**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MILLER POLYMER PRODUCTS, 4380 SOUTH SERVICE ROAD, BURLINGTON, ON L7L 5Y6CANADA | *VIA Deutsche Post* |
| 10924 | MILLER PRECAST, 2600 MARTIN LUTHER KING JR BLVD, COLUMBUS, GA 31906 | |
| 10924 | MILLER PRECAST, ATTN:  ACCOUNTS PAYABLE, COLUMBUS, GA 31906 | |
| 10924 | MILLER PRECAST, P O BOX 5693, COLUMBUS, GA 31906 | |
| 10924 | MILLER PRODUCTS & SUP CO, PO BOX 548, IRON MOUNTAIN, MI 49801 | |
| 10924 | MILLER PRODUCTS & SUPPLY CO., 1801 N. STEPHENSON AVE., IRON MOUNTAIN, MI 49801 | |
| 10924 | MILLER PRODUCTS & SUPPLY CO, P O BOX 548, IRON MOUNTAIN, MI 49801 | |
| 10924 | MILLER READY MIX CONCRETE, BRADFORD, VT 05033 | |
| 10924 | MILLER REDI MIX, 302 RICEVILLE ROAD, GLOVERSVILLE, NY 12078 | |
| 10924 | MILLER REDI MIX, P.O. BOX 291, MAYFIELD, NY 12117 | |
| 10924 | MILLER REDI-MIX CONCRETE, PO BOX747, KEENE, NH 03431 | |
| 10924 | MILLER REDI-MIX CONCRETE, RTE 12A, WEST LEBANON, NH 03784 | |
| 10924 | MILLER REDI-MIX, P.O. BOX 291, MAYFIELD, NY 12117 | |
| 10924 | MILLER SCIENCE BLDG, STEVEN F. CUSTIN UNIV., 1901 RAQUET ST., NACOGDOCHES, TX 75963 | |
| 10925 | MILLER THOMSON, PO BOX 27, SUITE 2700, TORONTO, ON M5H 3S1CANADA | *VIA Deutsche Post* |
| 10924 | MILLER TRANSIT MIX CO, 35555 DIVISION, RICHMOND, MI 48062 | |
| 10924 | MILLER TRANSIT MIX CO., 3555 -32 MILE RD, RICHMOND, MI 48062 | |
| 10924 | MILLER TRANSIT MIX CO., 35555 DIVISION, RICHMOND, MI 48062 | |
| 10925 | MILLER TRANSPORTERS INC, PO BOX 1123, JACKSON, MS 39215-1123 | |
| 10925 | MILLER TRANSPORTERS, INC, PO BOX 1123, JACKSON, MS 39215-1123 | |
| 10925 | MILLER WIRE WORKS INC, PO BOX 610280, BIRMINGHAM, AL 35261-0280 | |
| 10925 | MILLER, ADELE, C/O L. L. MILLER 209 ROLLINGDALE RD, BALTIMORE, MD 21228 | |
| 10925 | MILLER, ALAN, 7189 TALISMAN LA, COLUMBIA, MD 21045 | |
| 10925 | MILLER, ALAN, 815 NORTH WATERFORD DRIVE, GRAYSLAKE, IL 60030 | |
| 10925 | MILLER, ALBERT, 79-275 AVE 40, INDIO, CA 92201 | |
| 10925 | MILLER, ALMA, 2490 HARRIS BRIDGE RD, WOODRUFF, SC 29388 | |
| 10925 | MILLER, ALVIN, PO BOX 1782, ORANGE, TX 77630 | |
| 10925 | MILLER, ANDREW, 916 GEORGETOWN, CLEMSON, SC 29631 | |
| 10925 | MILLER, ANGELA, 105 E. CHARLES ST., AVON PARK, FL 33825 | |
| 10925 | MILLER, ANGELINE, 26448W SPUR CT, CHANNAHON, IL 60410 | |
| 10925 | MILLER, ANN M, 20 HERITAGE DR, WALPOLE, MA 02081-2240 | |
| 10925 | MILLER, ANTHONY, 1410 KEMP, WICHITA FALLS, TX 76309 | |
| 10925 | MILLER, ANTHONY, 19967 FLEETWOOD, HARPERWOODS, MI 48225 | |
| 10925 | MILLER, ANTHONY, WASHINGTON MANOR APT. # O-58, SANDERSVILLE, GA 31082 | |
| 10925 | MILLER, ASHLEIGH, PO BOX 3137, BECKLEY, WV 25802 | |
| 10925 | MILLER, AVERILE, 8200 OFFEN HAUSER, RENO, NV 89511-1715 | |
| 10925 | MILLER, B, W 1283 ARBOR LAKE EST, LYNDON STATION, WI 53944 | |
| 10925 | MILLER, BARBARA, 1 MEADORS AVE, GREENVILLE, SC 29605 | |
| 10925 | MILLER, BARBARA, 340 TWIN OAKS DR., PITTSBURGH, PA 15243 | |
| 10925 | MILLER, BERNARD, 423 RIDGEWOOD ROAD, MAPLEWOOD, NJ 07040 | |
| 10925 | MILLER, BETTIE, 14513 SUSSEX COURT G 3, OAK FOREST, IL 60452-1055 | |
| 10925 | MILLER, BETTY, 4208 8TH AVE, TEMPLE, PA 19560-1842 | |
| 10925 | MILLER, BILL E, 9100 HERRING HILL ROAD, MILLINGTON, TN 38053-4224 | |
| 10925 | MILLER, BILL, 9100 HERRING HILL RD, MILLINGTON, TN 38053 | |
| 10925 | MILLER, BILLIE J., 2822 ALVARADO, ALBUQUERQUE, NM 87110 | |
| 10925 | MILLER, BOBBIE, 103 LANCEWAY DR, MAULDIN, SC 29662 | |
| 10925 | MILLER, BOBBY, 116 TULLULAH AVE, RIVER RIDGE, LA 70123 | |
| 10925 | MILLER, BOBBY, 2490 HARRIS BRIDGE RD, WOODRUFF, SC 29388 | |
| 10925 | MILLER, BONNIE, 296 E CHURCH ST, SHREVE, OH 44676 | |
| 10925 | MILLER, BRADFORD, 1 BROOKHOLLOW DR, SANTA ANA, CA 92705 | |
| 10925 | MILLER, BRENDA, 6491 MARY OSCEOLA DR, HOLLYWOOD, FL 33024 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MILLER, BRENDA, RT 1 BOX 153, HEDGESVILLE, WV 25427

10925   MILLER, BRIAN, 49 SECOND ST, BOX 515, NEW GLARUS, WI 53574

10925   MILLER, BRIGGETTE, 1878 FAIRLAWN CT, ROCK HILL, SC 29732

10925   MILLER, C, C/O RV SHARPE DAVISON CHEMICAL, WR GRACE PO BOX 2117 BALT, MD 21203

10925   MILLER, CARBY, ROUTE 1 BOX 445, BASILE, LA 70515

10925   MILLER, CAROL, 134 CONNELL ST, QUINCY, MA 02169

10925   MILLER, CAROL, 2666 KIRK ST., SLATINGTON, PA 18080

10925   MILLER, CAROLEE, 5607 NORTH 61ST LANE, GLENDALE, AZ 85301

10925   MILLER, CAROLINE, 2117 W ALGONQUIN, SHREVEPORT, LA 71107

10925   MILLER, CAROLYN, 7861 HWY 100, NASHVILLE, TN 37221

10925   MILLER, CARROLL, 8023 BELLHAVEN AVE, PASADENA, MD 21122-3723

10925   MILLER, CATHERINE, 17 REVERE DR #1, STAMFORD, CT 06902

10925   MILLER, CATHERINE, 329 GARLAND, W HELENA, AR 72342

10925   MILLER, CATHERINE, 4674 ELIZABETH ST., CORAOPOLIS, PA 15108

10925   MILLER, CATHY, 10 ROYAL DR, 41, PISCATAWAY, NJ 08854

10925   MILLER, CECIL, RR #2, BOX #43, ALPHA, MN 56111-9623

10925   MILLER, CHARLES, 313 N STEWART AVE, LOMBARD, IL 60148-2028

10925   MILLER, CHARLES, 33885 RIVERSIDE DR NE, CAMBRIDGE, MN 55008

10925   MILLER, CHARLES, 3940 BAKER ROAD, WESTMINSTER, MD 21157

10925   MILLER, CHARLES, 5 GOVERNORS AVE., WINCHESTER, MA 01890

10925   MILLER, CHARLES, 9789 NE MURDEN COVE DR, BAINBRDG ISLAND, WA 98110

10925   MILLER, CHARLIE, 123 AMBER WOOD LANE, MAULDIN, SC 29662

10925   MILLER, CHERI, 3415 LONGHERRIDGE, PEARLAND, TX 77581

10925   MILLER, CHERYL, 2317 MISSION RD, EDMOND, OK 73034

10925   MILLER, CHRISTINE J, 840 RIVER RD, YOUNGSTOWN NY, NY 14174

10925   MILLER, CHRISTINE, 364 UNION AVE, CLIFTON, NJ 07011

10925   MILLER, CHRISTOPHER, PO BOX 965, PEMBROKE, NC 28372

10925   MILLER, CLYDE, PO BOX 933, JENNINGS, LA 70546-0000

10925   MILLER, CONNIE, 1242 SALUDA LAKE ROAD, GRENVILLE, SC 29611

10925   MILLER, CONNIE, 3046 CLINCHVIEW DR, MORRISTOWN, TN 37814

10925   MILLER, CRAIG, 1406 S. 18TH AVE, MAYWOOD, IL 60153

10925   MILLER, CRAIG, 3801 PLACID CT, MIDLAND, TX 79703

10925   MILLER, CRAIG, 7964 W RIVERSIDE DR, PASADENA, MD 21122

10925   MILLER, D, 2411 NEW HAVEN CIR, SUN CITY CENTER, FL 33573

10925   MILLER, D, C/O SYD MILLER WR GRACE & CO, P O BOX 277 MEMPHIS, TN 38101

10925   MILLER, DALE, 40 HIGH MEADOWS RD, WALDEN, NY 12586

10925   MILLER, DANIEL, 1665 MAYNARD DRIVE, INDIANAPOLIS, IN 46227

10925   MILLER, DANIEL, 410 NX BARRETT LANE, NEWARK, DE 19702

10925   MILLER, DARCI, 3603 S CLARKS CREEK RD, INDIANAPOLIS, IN 46231

10925   MILLER, DARLENA, 11868 SW 273 ST, HOMESTEAD, FL 33032

10925   MILLER, DARLENE, 21505 COLFAX, LOWELL, IN 46356

10925   MILLER, DAVID L, CUST FOR ROBERT S MILLER, UNDER CA UNIF TRAN MIN ACT, 13640 NORTON AVE, CHINO, CA 91710-4909

10925   MILLER, DEANNA, 3116 ELCAMINO DR, SPRINGFIELD, OH 45503

10925   MILLER, DEANNA, 7527 RANCHEROST, ORLANDO, FL 32822

10925   MILLER, DEBORAH D, 6800 NW FISK, KANSAS CITY, KS 64151

10925   MILLER, DENISE, 1027 HARTMONT ROAD, BALTIMORE, MD 21228

10925   MILLER, DENNIS, 1027 HARTMONT ROAD, BALTIMORE, MD 21228

10925   MILLER, DIANA, 5050 ORVILLE AVE BALTIMORE MD 21205, BALTIMORE, MD 21205

10925   MILLER, DIANA, RT 3 BOX 513A, HARRISONVILLE, MO 64701

10925   MILLER, DIANNE, 103 ANGIE LANE, SIMPSONVILLE, SC 29681-9343

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MILLER, DIONNE, 707 CLARK CT #103, LEESBURG, VA 22075

10925   MILLER, DONALD, 3965 GILL DRIVE, SULPHUR, LA 70663

10925   MILLER, DONNA, 20210 HWY 55 NO, STERRETT, AL 35147

10925   MILLER, DONNA, 230 SECOND ST, FILLMORE, CA 93015

10925   MILLER, DONNA, POST OFFICE BOX 2107, FERNLEY, NV 89408

10925   MILLER, E, 1910 SOUTH BROADWAY, BARTOW, FL 33830

10925   MILLER, E, C/O A ANDREOSATOS WR GRACE, WHITTEMORE AVENUE CAMBRI, MA 02140

10925   MILLER, EARL, 46 BERNE ROAD, HAMBURG, PA 19526

10925   MILLER, EARL, 8196 ETON CT, JONESBORO, GA 30236

10925   MILLER, EDDIE C, 607 NORTH ELM, PARIS, AZ 72855-2318

10925   MILLER, EDDIE, 406 FOREST PARK DRIVE, SIMPSONVILLE, SC 29681

10925   MILLER, EDDIE, 607 NORTH ELM, PARIS, AR 72855-2318

10925   MILLER, EDITH G., 1816 WYCLIFFE RD, BALTIMORE, MD 21234

10925   MILLER, EDMUND, 461 BELLEVUE AVE, LAKE ORION, MI 48362

10925   MILLER, EDWARD, 4617 CROCKETT, SAN ANGELO, TX 76903

10925   MILLER, EDWARD, 8343 MORVEN ROAD, BALTIMORE, MD 21234

10925   MILLER, ELIZABETH, 9269 GRAPEWINE COURT, COLUMBIA, MD 21045

10925   MILLER, ENID, 7418 MEADOWDALE LANE, CHARLOTTE, NC 28212

10925   MILLER, ENILMA, 86 SPRING ST, BLOOMFIELD, NJ 07003

10925   MILLER, ERIC, 5153 DEE ACRES, PHILPOT, KY 42366

10925   MILLER, ERICA, POBOX 151, MARSHALLVILLE, OH 44645

10925   MILLER, ESQ, JAMES, KIRKPATRICK & LOCKHART LLP, HENRY W. OLIVER BLDG, 535 SMITHFIELD ST, PITTSBURGH, PA 15222-2312

10925   MILLER, EUGENE, 5 WHEATON CENTER, WHEATON, IL 60187-4957

10925   MILLER, F, W 6005 PIONEER RD., NEW GLARUS, WI 53574

10925   MILLER, FELECIA, 3202 ALLISTER DR, PINE BLUFF, AR 71603

10925   MILLER, FLOYD, POST OFFICE BOX 2107, FERNLEY, NV 89408

10925   MILLER, FRANCES, 1803 EUTAW PLACE, BALTIMORE, MD 21217-3807

10925   MILLER, FRANCIS, C/O LINDA ANDREW 81 WEST MAIN ST, WATERBURY, CT 06702

10925   MILLER, FREDDY, 735 FOREST VIEW DRIVE, TALLMADGE, OH 44278-2909

10925   MILLER, GARRETT, 2943 W. ROY FURMAN HWY, WAYNESBURG, PA 15370

10925   MILLER, GARY, 1215 MCVEY, MT VERNON, MO 65712

10925   MILLER, GARY, 300 TRAVIS DRIVE, AVONDALE, LA 70094

10925   MILLER, GARY, 401 WILLOWRIDGE ST, A1, ARDMORE, OK 73401

10925   MILLER, GARY, 7502 PROGRESS DRIVE, AMARILLO, TX 79119

10925   MILLER, GEORGE, 1868 MEADOW GRASS DR #1, CORDOVA, TN 38018

10925   MILLER, GEORGE, 4078 NORTH 39TH ST, MILWAUKEE, WI 53216

10925   MILLER, GERALD, 1850 TETON DRIVE, GRAPEVINE, TX 76051

10925   MILLER, GERALD, BOX 33, TRUMAN, MN 56088-0033

10925   MILLER, GERALDINE, 8820 GREENWELL SPS, BATON ROUGE, LA 70814

10925   MILLER, GERI A, 512 CALIFORNIA AVE, LIBBY, MT 59923

10925   MILLER, GINA, 3100 MANCHESTER , BLDG #2, #109, FALLS CHURCH, VA 22044

10925   MILLER, GLADYS B, 581 MILLER RD, EAST DUMMERSTON, VT 05346-9689

10925   MILLER, GLEN, 3705 7TH AVE, BIRMINGHAM, AL 35224

10925   MILLER, GREGORY, 2513 ORLEANS ST, BALTIMORE, MD 21224

10925   MILLER, HAROLD D. JR, 31065 CTY RD #41, AKRON, CO 80720

10925   MILLER, HARVEY, ROUTE 1 , BOX 453, WAYNESBORO, MS 39367

10925   MILLER, HATTIE, 3658 KIRBY, DETROIT, MI 48211

10925   MILLER, HOMER, 3520 E GASKIN RD #27, BARTOW, FL 33830

10925   MILLER, IRENE, BOX 223, NEWHALL, IA 52315

10925   MILLER, JACK, 211 EAVES ST, ATHENS, TN 37303-1917

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MILLER, JACK, 6149 WATERMAN LANE, LAKELAND, FL 33813 | |
| 10925 | MILLER, JACK, RT 6 BOX 56-C, JASPER, AL 35501 | |
| 10925 | MILLER, JAIME, 1335 WEST DAVE DUGAS, CARLYSS, LA 70665 | |
| 10925 | MILLER, JAMES G, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | MILLER, JAMES, 107 CINDY CIRCLE RT. 5, RINGGOLD, GA 30736 | |
| 10925 | MILLER, JAMES, 1201 NORTH FOSTER, BATON ROUGE, LA 70806 | |
| 10925 | MILLER, JAMES, 202 A DONAVEN DR., SW, CULLMAN, AL 35055 | |
| 10925 | MILLER, JAMES, 2820 DANA COURT, ELLICOTT CITY, MD 21042 | |
| 10925 | MILLER, JAMES, 8866 KINGFISHER LAKE RD, MACEO, KY 42355 | |
| 10925 | MILLER, JAN, 8210 PLUM DRIVE, URBANDALE, IA 50322 | |
| 10925 | MILLER, JANE, 34 JACKSON DRIVE, ACTON, MA 01720 | |
| 10925 | MILLER, JANET, 2120 RYDALE CT, VIRGINIA BEACH, VA 23464 | |
| 10925 | MILLER, JANET, 4775 ROLLING MEADOWSDRIVE, MEMPHIS, TN 38128 | |
| 10925 | MILLER, JANIS, 510 SHERWOOD DR, SENECA, SC 29678 | |
| 10925 | MILLER, JEAN, 1385 BRESON AVE, RENO, NV 89502 | |
| 10925 | MILLER, JEANETTE, 1014 BONIFACE DR, LATROBE, PA 15650 | |
| 10925 | MILLER, JEFF, 123 SHIRE LN, WERNERSVILLE, PA 19565 | |
| 10925 | MILLER, JEFFREY, 1901 IOWA ST., CONNELLSVILLE, PA 15425 | |
| 10925 | MILLER, JEFFREY, 3417 PACIFIC AVE, FILLMORE, CA 93015 | |
| 10925 | MILLER, JEFFREY, 4117 ST FRANCIS PARK DR, GREEN BAY, WI 54313-8436 | |
| 10925 | MILLER, JEFFREY, 9837 GENESEE AVE, SAN DIEGO, CA 92121 | |
| 10925 | MILLER, JENNIFER, 1410 LAKE VISTA DRIVE, JOPPA,, MD 21085 | |
| 10925 | MILLER, JERI, 573 COLEMAN PARK ROAD, IOWA PARK, TX 76367 | |
| 10925 | MILLER, JERRY K, 159 NORTH 15TH ST, E ORANGE NJ, NJ 07017 | |
| 10925 | MILLER, JERRY, 79-275 AVE 40, INDIO, CA 92201 | |
| 10925 | MILLER, JESSE, 3103 WEATHERFORD, LAPORT, TX 77571 | |
| 10925 | MILLER, JIM, 222 NICHOLSON DR, MOORESTOWN, NJ 08057 | |
| 10925 | MILLER, JOANITA, 8003 BENAROYA LANE, HUNTSVILLE, AL 35802 | |
| 10925 | MILLER, JOANN, 3131 TIMMONS LANE #611, HOUSTON, TX 77027 | |
| 10925 | MILLER, JOANNE, 844 DUPRE CT., ST PETERS, MO 63376 | |
| 10925 | MILLER, JOHN H, 17805 KELLEY RD, PECATONICA, IL 61063 | |
| 10925 | MILLER, JOHN, 103 DOGWOOD BLVD, TRAVELERS REST, SC 29690 | |
| 10925 | MILLER, JOHN, 17805 KELLY RD, PECATONICA, IL 61063 | |
| 10925 | MILLER, JOHN, 4241 N.GRANDVIEW#76, ODESSA, TX 79763 | |
| 10925 | MILLER, JOHN, 8421 ARBUTUS RD, RIVIERA BEACH, MD 21122 | |
| 10925 | MILLER, JOHN, 876 FARMINGTON AVE, WEST HARTFORD, CT 06119 | |
| 10925 | MILLER, JOSEPH, 68 W 144TH ST, RIVERDALE, IL 60827 | |
| 10925 | MILLER, JOSEPH, 7419 QUAILWOOD DR, CHARLOTTE, NC 28226 | |
| 10925 | MILLER, JOSEPH, RR1 8-010, LOMBARDY, ON K0G 1L0CANADA | *VIA Deutsche Post* |
| 10925 | MILLER, JOYCE, 1516 EAST CLEMENT ST, BALTIMORE, MD 21230 | |
| 10925 | MILLER, JR, FLOYD, 154 BARRILEAUX ST., LOCKPORT, LA 70374 | |
| 10925 | MILLER, JUDITH, 16 VALMONT AVE, COMMACK, NY 11725-3319 | |
| 10925 | MILLER, JUDITH, 8505 COUNCIL CT., RALEIGH, NC 27615 | |
| 10925 | MILLER, JULAINE, 418 WEST MOHAWK TRAIL, DE FOREST, WI 53532 | |
| 10925 | MILLER, KAREN, 2270 SENECA DRIVE, RENO, NV 89506 | |
| 10925 | MILLER, KAREN, 9906 OWENSMOUTH AVE, #17, CHATSWORTH, CA 91311 | |
| 10925 | MILLER, KATHERINE, 1495 CARRIAGE LANE, ROCHESTER HILLS, MI 48306 | |
| 10925 | MILLER, KEITH, 402 BOHLAND, BELLWOOD, IL 60104 | |
| 10925 | MILLER, KEITH, 5729 ASPEN ST, LAKE CHARLES, LA 70605 | |
| 10925 | MILLER, KENDAL, 21 SOUTH BRIDGE ST, SOMERVILLE, NJ 08876 | |
| 10925 | MILLER, KENNETH, 1136 MERMAID DR, ANNAPOLIS, MD 21401 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MILLER, KENNETH, 1136 MERMAID DRIVE, ANNAPOLIS, MD 21401-0000

10925   MILLER, KEVIN, 40 WOODRIDGE ROAD, WAYLAND, MA 01778

10925   MILLER, KEVIN, 906 WAVERLY PL, GREEN BAY, WI 54304-3643

10925   MILLER, LANCE, 2549 HAWTHORNE DR., ATLANTA, GA 30345

10925   MILLER, LARRY, 195 NEEDMORE RD, OLD HICKORY, TN 37138

10925   MILLER, LARRY, 5 GIBB ST, FRAMINGHAM, MA 01710

10925   MILLER, LAUGHTON, 3417 NEWKIRK AVE, BROOKLYN, NY, NY 11203

10925   MILLER, LAWRENCE, 2051 SANDALWOOD, GREEN BAY, WI 54304

10925   MILLER, LEE ANDREW, 1915 N ORLEANS, 2-C, MCHENRY, IL 60050

10925   MILLER, LEE ANDREW, 51 S 46TH AVE, BELLWOOD, IL 60104

10925   MILLER, LEE, 1801 E. 109 PL, LOS ANGELES, CA 90059

10925   MILLER, LEIGH, BOX 3498 CLEMSON UNIVERSITY, CLEMSON, SC 29632

10925   MILLER, LEONARD, 370 STOUT ST, CRAIG, CO 81625-2926

10925   MILLER, LEONZA, 1906 SW 69TH DR, GAINESVILLE, FL 32607

10925   MILLER, LESLIE, 1000 MARY DRIVE, 702, IOWA PARK, TX 76367

10925   MILLER, LESLIE, 3139 SOUTHEASTDRIVE, WICHITA FALLS, TX 76305

10925   MILLER, LINDA, 220 LONGVIEW DRIVE, JEFFERSON, GA 30549

10925   MILLER, LONNIE, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   MILLER, MARCUS, 7915 WELLESLEY CT, PASADENA, MD 21122

10925   MILLER, MARGARET, 9971 BROADMOOR DR, SAN RAMON, CA 94583

10925   MILLER, MARIA A, 3004 V PL SE, WASHINGTON DC, DC 20020

10925   MILLER, MARIA, 138 DAVENPORT ST, SOMERVILLE, NJ 08876

10925   MILLER, MARIA, 6510 WISTERIA DR. APT. 6, CHARLOTTE, NC 28210

10925   MILLER, MARIE, 113 PINE DRIVE, MILTON, DE 19968

10925   MILLER, MARION, 1253 EAST 104 ST, BKLYN, NY 11236

10925   MILLER, MARISSA, 72 MONTICELLO AVE, NEWARK, NJ 07106

10925   MILLER, MARJORIE, 3787 FAIRINGTON DR., HEPHZIBAH, GA 30815

10925   MILLER, MARK, 1746 S. ANDREWS DR., PLAINFIELDIS, IN 46168

10925   MILLER, MARK, 210 WESTWOOD, BURKBURNETT, TX 76354

10925   MILLER, MARK, CAMERON STAR ROUTE BOX 37A, WAYNESBURG, PA 15370

10925   MILLER, MARK, RT 2 BOX 247, ROBELINE, LA 71469

10925   MILLER, MARSHA, PO BOX 437, ZEBULON, GA 30295

10925   MILLER, MARTY, RT. 2, BOX 163, JENNINGS, LA 70546

10925   MILLER, MARY ELLEN, 216 NEVADA AVE, G, LIBBY, MT 59923

10925   MILLER, MARY ELLEN, 216 NEVADA AVE, LIBBY, MT 59923

10925   MILLER, MARY, 1135 ROSELLE AVE, LAKELAND, FL 33805-4156

10925   MILLER, MARY, 2526 JUDY, ODESSA, TX 79762

10925   MILLER, MARY, 272 DEMOTT LANE, SOMERSET, NJ 08873

10925   MILLER, MARY, 430 MIRA ST, RENO, NV 89512

10925   MILLER, MARY, 4686 RED LEAF WAY, MARTINEZ, GA 30909

10925   MILLER, MARYLEE, 195 N HARBOR DR, CHICAGO, IL 60601

10925   MILLER, MAURICE, 1801 RIVERSIDE DRIVE, COLUMBUS, OH 43212-1806

10925   MILLER, MAYNARD, 1511 ASPEN DRIVE, ATLANTIC, IA 50022-2441

10925   MILLER, MC CLENDON, 12408 S EGGLESTON, CHICAGO, IL 60628

10925   MILLER, MEGAN, 4910 OAKCREST DR., FAIRFAX, VA 22030

10925   MILLER, MELANIE, 300 WEST 10TH ST, WELDON, NC 27890

10925   MILLER, MERRIT, R.R. 1, BOX 300, WALLKILL, NY 12589

10925   MILLER, MICHAEL, 108 ROSEMEAD AVE, SINKINGSPRING, PA 19608

10925   MILLER, MICHAEL, 21 AUTUMNWOOD CR, MADISON, WI 53719

10925   MILLER, MICHAEL, 25901K RIDGE MANOR DRIVE, DAMASCUS, MD 20872

10925   MILLER, MICHAEL, 742 LUDLOW, ROCHESTER, MI 48307

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MILLER, MICHAEL, 744 LONGVIEW AVE, GREEN BAY, WI 54301

10925   MILLER, MICHAEL, 8225 ORCHARD CIRCLE, SEVERN, MD 21144

10925   MILLER, MICHAEL, RT. 1, BOX 529, PORT BARRE, LA 70577

10925   MILLER, MICHELLE, 11228 TORRIE WAY, BEALETON, VA 22712

10925   MILLER, MICHELLE, 3063 CIMARRON TRAIL, MADISON, WI 53719

10925   MILLER, MOLLY JO, 8 JODYS PATH, EAST HAMPTON, NY 11937

10925   MILLER, NANCY, 1120 AVE I, BOGALUSA, LA 70427

10925   MILLER, NANCY, 1212 W. LAKE ST, GRIFFITH, IN 46319

10925   MILLER, NEIL, 1216 NW 3RD AVE, FT LAUDERDALE, FL 33313

10925   MILLER, NOREEN, 3658 E. KIRBY, DETROIT, MI 48211

10925   MILLER, NORMA, RT 3 SNOW RD, PELZER SC, SC 29669

10925   MILLER, NORMAN, 1189 HARBOR OAK DRIVE, CROWNSVILLE, MD 21032

10925   MILLER, PAMELA, 68 OGDEN ST, PROVIDENCE, RI 02906

10925   MILLER, PATRICIA, 1123 STANLEY AVE, BETHLEHEM, PA 18015

10925   MILLER, PATRICIA, 1752 W CAPRI, MESA, AZ 85202

10925   MILLER, PATRICIA, 305 JACKSON, COCHRAN, GA 31014

10925   MILLER, PATRICIA, PO BOX 293, MINDEN, LA 71058

10925   MILLER, PAUL, 3665 WINDSOR ROAD, DE FOREST, WI 53532

10925   MILLER, PAUL, 69 COUNTRY ESTATES RD, FOUNTAIN INN, SC 29644

10925   MILLER, PAULINE, 2385 POINSETTA DR, ORANGE CITY, FL 32763

10925   MILLER, PEGGIE, 8081 MARVIN D LOVE #804, DALLAS, TX 75237

10925   MILLER, PEGGY, 7000 COOK RD, HOUSTON, TX 77072

10925   MILLER, PETER, 22 EAST 88 ST, 10F, NEW YORK, NY 10128-0502

10925   MILLER, PETER, 2450 HARBORVIEW DRIVE, SAN LEANDRO, CA 94577-6358

10925   MILLER, PHILIP, 1222 N EDGEMONT ST, #9, L.A., CA 90029

10925   MILLER, PHILIP, RR1 BOX 7100, LUBEC, ME 04652-9664

10925   MILLER, R PAUL, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   MILLER, R, 2113 GRAND PRIX DR #S, FAYETTEVILLE, NC 28303

10925   MILLER, RACQUEL, 483 HAWTHORNE, #3, MONTEREY, CA 93490

10925   MILLER, RANDALL, 4151 HOMESTEAD DR, LAKELAND, FL 33809

10925   MILLER, RANDALL, RD 1 BOX 571, CONNEAUT LAKE, PA 16316

10925   MILLER, RANDY, RT 1 BOX 400, SUNSET, LA 70584

10925   MILLER, RICHARD, 19903 PINEHURST TRAIL DR, HUMBLE, TX 77346-1732

10925   MILLER, RICHARD, 301 NORTH OLIVE, KERMIT, TX 79745

10925   MILLER, RICHARD, 5724 HWY 56, CHAUVIN, LA 70344

10925   MILLER, RICHARD, 58600 CR. 19, GOSHEN, IN 46526

10925   MILLER, RICHARD, 707 VARNADO ST., FRANKLINTON, LA 70438

10925   MILLER, RICHARD, CUST FOR JESSE H MILLER A MINOR, UNDER PL 1955 CHAPT, 139 OF THE LAWS OF NJ, 122 N L ST, LAKE WORTH, FL 33460-3479

10925   MILLER, ROBERT, 1063 REDFIELD TERR, DUNWOODY, GA 30338

10925   MILLER, ROBERT, 111 SUMMIT HILLS DRIVE, SPARTANBURG, SC 29307-1533

10925   MILLER, ROBERT, 205 CHEYENNE DRIVE, SIMPSONVILLE, SC 29681

10925   MILLER, ROBERT, 34 JACKSON DRIVE, ACTON, MA 01720

10925   MILLER, ROBERT, 7313 SPRINGFIELD AVE, SYKESVILLE, MD 21784

10925   MILLER, ROBERT, 9801 WELLINGTON WAY, FORT SMITH, AR 72908

10925   MILLER, ROBIN, 8785 EMERSON RD, #D, APPLE CREEK, OH 44606

10925   MILLER, RODNEY, 544 CONGRESS, OTTAWA, IL 61350

10925   MILLER, RODNEY, RT 5 BOX 519, DEAN, TX 76302

10925   MILLER, ROGER, 117 NORTHWOOD DR, HIAWATHA, IA 52233

10925   MILLER, RONALD, 934 HILLSIDE CHURCH RD, FOUNTAIN INN, SC 29644

10925   MILLER, ROSALIND, 4455 CARROLTON, INDIANAPOLIS, IN 46205

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MILLER, RUSSELL, W.4TH ST. & LARCHWOOD, 411, STORM LAKE, IA 50588 | |
| 10925 | MILLER, RUTHIE, 1201 HARLESS APT. # 727, ODESSA, TX 79763 | |
| 10925 | MILLER, S, 1750 LAMPLIGHTER DR, MACUNGIE, PA 18062 | |
| 10925 | MILLER, S, FOREST ST, MEDFORD, MA 01821 | |
| 10925 | MILLER, SAM, 135 OAK VALLEY DR SW, OXFORD, GA 30054 | |
| 10925 | MILLER, SAM, 3038 DALE COURT, SNELLVILLE, GA 30278 | |
| 10925 | MILLER, SANDRA, 119 RIVA AVE, MILLTOWN, NJ 08850 | |
| 10925 | MILLER, SARA, 1802 A LANDING DR, SANFORD, FL 32771 | |
| 10925 | MILLER, SARAH, PO BOX 3036, BRANDON, FL 33509 | |
| 10925 | MILLER, SCOTT, 1637 LINDEN ST, ALLENTOWN, PA 18102 | |
| 10925 | MILLER, SEANDRA, 2492 WOOD MEADOWS DR, MARIETTA, GA 30064 | |
| 10925 | MILLER, SHARON, 150 DEWEY DRIVE, ANNAPOLIS, MD 21401 | |
| 10925 | MILLER, SHARON, 180 WYNFIELD CT, GRAY COURT, SC 29645 | |
| 10925 | MILLER, SHARON, 5256 N. 48TH ST, MILWAUKEE, WI 53218 | |
| 10925 | MILLER, SHAWNA, 959 LEAL ST, DOUGLAS, WY 82633 | |
| 10925 | MILLER, STEPHEN, 11810 HAMMOND, 605, HOUSTON, TX 77065 | |
| 10925 | MILLER, STEPHEN, 196 S. 6TH ST, NEWARK, NJ 07103 | |
| 10925 | MILLER, STEPHEN, 77 CARLTON AVE, PISCATAWAY, NJ 08854 | |
| 10925 | MILLER, STEPHEN, 8 GREEN HILL ROAD, HANOVER, MA 02339-2653 | |
| 10925 | MILLER, STEVEN K, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | MILLER, STEVEN, 16 MARINERS WALK WAY, MIDDLE RIVER, MD 21220 | |
| 10925 | MILLER, STEVEN, 18 SOUTH 5TH AVE., DARDANELLE, AR 72834 | |
| 10925 | MILLER, SUSAN, 218 VAN BUREN ST, FALLS CHURCH, VA 22046 | |
| 10925 | MILLER, SUSAN, 24 VESTA DR, FREDERICKSBURG, VA 22405 | |
| 10925 | MILLER, SUSAN, 321 MEANDERING WAY, PALMER, TX 75152 | |
| 10925 | MILLER, SUZANNE, 6546 MACCORKLE AVE, CHARLESTON, WV 25304 | |
| 10925 | MILLER, SYLVIA, 1401 PERSHING BLVD APT S211, READING, PA 19607 | |
| 10925 | MILLER, TERRY, 1644 SYLVAN RD, LOT 25, WOOSTER, OH 44691 | |
| 10925 | MILLER, THEODORE, %LORING,WOLCOTT & COOLIDGE, 230 CONGRESS ST, BOSTER, MA 21220-2437 | |
| 10925 | MILLER, THOMAS, 1043 UNIVERSITY AVE., SAN DIEGO, CA 92103 | |
| 10925 | MILLER, THOMAS, 13975 SR 39 #1, LAKEVILLE, OH 44638 | |
| 10925 | MILLER, THOMAS, 5088 CLAYRIDGE DR APT 109, SAINT LOUIS, MO 63129-1268 | |
| 10925 | MILLER, THOMAS, 6281 MILLCREEK TERR., ZUNI, VA 23898 | |
| 10925 | MILLER, TIMOTHY, 206 STOOKSBURY LANE, ANDERSONVILLE, TN 37705 | |
| 10925 | MILLER, TINA, 719 LYNNFIELD DR, ARLINGTON, TX 76014 | |
| 10925 | MILLER, TOM, HOOVER STATE OFFICE BLDG, 1305 E WALNUT, DES MOINES, IA 50319 | |
| 10925 | MILLER, TOMMIE, 4206 SILVER LAKE, SAN ANTONIO, TX 78219 | |
| 10925 | MILLER, TRACY, 9250 SWINTON AVE, SEPULVEDA, CA 91343 | |
| 10925 | MILLER, VELMA, 5414 CEDAR SPRINGS, DALLAS, TX 75235 | |
| 10925 | MILLER, VERCIL, 2106 HWY 60 W, BARTOW, FL 33830 | |
| 10925 | MILLER, VERNELL, 5256 N 48TH ST, MILWAUKEE, WI 53218 | |
| 10925 | MILLER, VERONICA, 707 CLARK CT NE #103, LEESBURG, VA 22075 | |
| 10925 | MILLER, VICKI, PO BOX 65, ALTO PASS, IL 62905 | |
| 10925 | MILLER, VIVIAN, 3914 WESTRIDGE MEADOW CR, CLEMMONS, NC 27012 | |
| 10925 | MILLER, WILBERT, 376 CROCHET ROAD, IOTA, LA 70543 | |
| 10925 | MILLER, WILLIAM, 6600 PLUM CREEK #161, AMARILLO, TX 79405 | |
| 10925 | MILLER, WYATT, 411 JEFFREY ST, BALTIMORE, MD 21225 | |
| 10925 | MILLER-HARRIS, PAMELA, 6512 OAKRIDGE DRIVE, DANVILLE, IN 46122 | |
| 10925 | MILLER-HINDS, PEGGY, 1331-C CRIQUE WAY, ROSWELL, GA 30076 | |
| 10925 | MILLER-III, F.-DANIEL, 410 NORTH BARRETT LA, CHRISTIANA, DE 19702 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MILLER-NELSON RESEARCH, INC, 8 HARRIS CT., BLDG. C-6, MONTEREY, CA 93940

10924   MILLERS INSUL./OK CASINO, ESPANOLA, NM 87532

10924   MILLERS INSUL./SUMMIT HOTEL, ONE LONE MOUNTAIN RD., BIG SKY, MT 59716

10924   MILLERS INSUL/ALBUQUERQUE TEMPLE, ALBUQUERQUE, NM 87102

10924   MILLERS INSUL/HISPANIC CULTURAL CTR, ALBUQUERQUE, NM 87102

10924   MILLERS INSUL/THE HART HOSPITAL, ALBUQUERQUE, NM 87102

10924   MILLER'S INSULATION & FIREPROOFING, 424 KINLEY AVE. N.E., ALBUQUERQUE, NM 87102

10925   MILLERS TRUCK REPAIR, PO BOX 335, PLYMOUTH, FL 32768-0335

10925   MILLER-STEPHENSON CHEM CO INC, PO BOX 950, DANBURY, CT 06810

10925   MILLER-STEPHENSON CHEMICAL CO, POBOX 950, DANBURY, CT 06810

10924   MILLER-STEPHENSON CHEMICAL CO., INC, 55 BACKUS AVE., DANBURY, CT 06810

10924   MILLER-STEWART INC, 1318 E 6TH ST, CHEYENNE, WY 82001

10925   MILLERT-DIETZ CO., 527 W. LANCASTER AVE., MALVERN, PA 19355

10925   MILLET, EMANUEL, HC-05 BOX 58100, HATILLO, PR 00659

10925   MILLETT, JOHN, 4200 S. HULEN ST SUITE 600, FT WORTH, TX 76109

10925   MILLETTE, CARLENE, 3706 NORWICH RD., NEW BERN, NC 28562

10925   MILLHOLLIN, L MARIE, 1101 W. MICHIGAN, MISSOURI VALLEY, VA 51555

10925   MILLIAM, GLORIE, 14425 NE 6 AVE APT. 306, MIAMI, FL 33161

10925   MILLIAN, KENNETH, 3527 WINFIELD LN NW, WASHINGTON, DC 20007-2378

10925   MILLIARD, ROBERT, 320 STEVENS ST, NO. ANDOVER, MA 01845

10925   MILLICAN, DANIEL, 6131 WRIGHT DRIVE, BATON ROUGE, LA 70812

10925   MILLICENT WRIGHT JAMES, 86 RICHMOND ST, NEWARK, NJ 07103-3424

10925   MILLIE, SARAH, 5 LINNAEAN ST APT. #8, CAMBRIDGE, MA 02138

10925   MILLIE, SARAH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   MILLIGAN READY MIX INC., 1679 CONSTITUTION DR., IUKA, MS 38852

10924   MILLIGAN READY MIX, HIGHWAY 25 NORTH, IUKA, MS 38852

10924   MILLIGAN READY MIX, HWY 25 N, IUKA, MS 38852

10925   MILLIGAN, AIMEE, 1913 SANDY COURT, MANSFIELD, OH 44904

10925   MILLIGAN, GERALDINE, 1919 DABNEY DR, AUGUSTA, GA 30906

10925   MILLIGAN, JAMES, HCR 67 BOX 25, RATLIFF CITY, OK 73081

10925   MILLIGAN, KATHLEEN, 6420 ARLENE LANE, SHREVEPORT, LA 71129

10925   MILLIGAN, RANDALL, 3324 YORK ST, WICHITA FALLS, TX 76309

10925   MILLIGAN, SANDRA, 910 PERRY ST ROAD, KINSTON, NC 28501

10924   MILLIKAN, JACK INC., 4680 NO DOWN RIVER RD, GRAYLING, MI 49738

10925   MILLIKAN, JEFFREY, RT 5 BOX 127 ROBBINS RD, TRINITY, NC 27370

10925   MILLIKEN & CO, GEORGE FISHER, PO BOX 1926 M-495, 920 MILLIKEN ROAD (29203), SPARTANBURG, SC 29304-1926

10925   MILLIKEN & MICHAELS INC, 3850 N CAUSEWAY BLVD SUITE 200, METAIRIE, LA 70002

10925   MILLIKEN & MICHAELS OF DELAWARE INC, POBOX 8708, METAIRIE, LA 70010

10924   MILLIKEN CYPRUS  PLANT, C/O WARCO, 150 MILLIKEN ROAD, BLACKSBURG, SC 29702

10924   MILLIKEN STATION, S. CARNEVALE FIREPROOFING, ITHACA, NY 14850

10925   MILLIKEN, JOHN, C/O MILLIKEN & CO 1045 6TH AVE, NEW YORK, NY 10036

10925   MILLIKEN, PAUL L V, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MILLIKEN, PAUL, 23 EPPING ST, ARLINGTON, MA 02174

10925   MILLIKEN, ROBERT, 31 NORTH HILL DR, CONWAY, MA 01341-9613

10924   MILLIKIN JACK INC., 4680 N DOWN RIVER RD, GRAYLING, MI 49738

10924   MILLIKIN JACK INC., 4680 N DOWNRIVER RD, GRAYLING, MI 49738

10925   MILLIKIN, MELISSA, 9333 MILLBROOK ROAD, ELLICOTT CITY, MD 21042

10925   MILLING MACHINERY, 1014 SOUTH SIRRINE, MESA, AZ 85210

10924   MILLING READY MIX, P O BOX 118, UNION, MS 39365

10924   MILLING READY MIX, PO BOX 118, UNION, MS 39365

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 10924 | MILLING, BENSON, WOODWARD, HILLYER, 909 POYDRAS ST STE 2300, NEW ORLEANS, LA 70112-1017 |
| 10925 | MILLING, BRENT, 202 2ND AVE, ATKINS, IA 52206 |
| 10925 | MILLING, ELLEN, 325 CONTINENTAL DR, GREENVILLE, SC 29615 |
| 10925 | MILLING, MARY, 202 2ND AVE, ATKINS, IA 52206 |
| 10924 | MILLIPORE - DO NOT USE, 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10925 | MILLIPORE - REPAIR DIV, 9701 DESSAU RD SUITE 901, AUSTIN, TX 78754 |
| 10925 | MILLIPORE CORP - PARTS, 915 ENTERPRISE DR, ALLEN, TX 75013 |
| 10924 | MILLIPORE CORP- DO NOT USE, 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10925 | MILLIPORE CORP, 135 SO LASALLE DEPT 2736, CHICAGO, IL 60674 |
| 10925 | MILLIPORE CORP, PO BOX 7247-8930, PHILADELPHIA, PA 19170 |
| 10925 | MILLIPORE CORP. - CUSTOMER SERVICE, 80 ASHBY RD, BEDFORD, MA 01730 |
| 10924 | MILLIPORE CORP.- DO NOT USE, 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10925 | MILLIPORE CORP., 135 S. LASALLE, DEPT 2736, CHICAGO, IL 60674-2736 |
| 10924 | MILLIPORE CORP., 17 CHERRY HILL DRIVE, DANVERS, MA 01923 |
| 10925 | MILLIPORE CORP., 186 MIDDLESEX TURNPIKE, BURLINGTON, MA 01803 |
| 10924 | MILLIPORE CORP., 38 CHERRY HILL DRIVE, DANVERS, MA 01923 |
| 10925 | MILLIPORE CORP., 80 ASBUY RD., BEDFORD, MA 01730 |
| 10924 | MILLIPORE CORP., 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10925 | MILLIPORE CORPORATION, 135 S LASALLE DEPT 2736, CHICAGO, IL 60674-2736 |
| 10925 | MILLIPORE CORPORATION, 135 S. LASALLE, DEPT. 2736, CHICAGO, IL 60674 |
| 10925 | MILLIPORE CORPORATION, 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10925 | MILLIPORE CORPORATION, PO BOX 7247-8930, PHILADELPHIA, PA 19170 |
| 10924 | MILLIPORE, 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10924 | MILLIPORE, INC.- DO NOT USE, 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10924 | MILLIPORE, INC., 72 CHERRY HILL DRIVE, BEVERLY, MA 01915 |
| 10924 | MILLIPORE, INC., 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10924 | MILLIPORE-DO NOT USE, 80 ASHBY ROAD, BEDFORD, MA 01730 |
| 10925 | MILLIS, W, 172 ARLINGTON, WILMINGTON, NC 28401 |
| 10925 | MILLS & PARDEE INC., 191 SUDBURY ROAD, CONCORD, MA 01742 |
| 10925 | MILLS FENCE CO, INC, 5626 MONTGOMERY RD., CINCINNATI, OH 45212 |
| 10925 | MILLS FENCE CO. INC., 13200 WALTON VERONA RD., WALTON, KY 41094 |
| 10925 | MILLS KELLY & ASSOCIATES, 301 54TH ST, VIRGINIA BEACH, VA 23451 |
| 10925 | MILLS MILLAR CULLAR, 801 WASHINGTON ST, SUITE 217, WACO, TX 76701 |
| 10925 | MILLS PALLET REPAIR & GRINDING, SERVICE INC, HANSON, MA 02341 |
| 10924 | MILLS PRIATE CORP, 423 HOEWELL RD, WAVERLY, OH 45690 |
| 10924 | MILLS READY MIX, RT 3 BOX 8X, ELLINGTON, MO 63638 |
| 10924 | MILLS READY MIX, RT 3, BOX 8X, ELLINGTON, MO 63638 |
| 10924 | MILLS SUPPLY, **TO BE DELETED**, LOUISVILLE, KY 40203 |
| 10924 | MILLS SUPPLY, 1100 S. 9TH STREET, LOUISVILLE, KY 40203 |
| 10924 | MILLS SUPPLY, P.O. BOX 19015, LOUISVILLE, KY 40259 |
| 10924 | MILLS SUPPLY, PO BOX19015, LOUISVILLE, KY 40259 |
| 10925 | MILLS WINDFIELD, 205 GRAND AVE, BENSENVILLE, IL 60106 |
| 10925 | MILLS WINFIELD ENG. SALES, 205 W. GRAND, BENSENVILLE, IL 60106 |
| 10925 | MILLS WINFIELD ENGINEERING SALES, 205 W GRAND AVE, BENSENVILLE, IL 60106 |
| 10925 | MILLS, ADELAIDE, 33 GROVE ST, ROCKLAND, ME 04841 |
| 10925 | MILLS, ALLEN, 1209 C 21ST AVE NE, HICKORY, NC 28601 |
| 10925 | MILLS, ANDREW, 14805 LONDON LANE, BOWIE, MD 20715 |
| 10925 | MILLS, ANNETTE L., 240 ROTHESAY DRIVE, CARNEGIE, PA 15106 |
| 10925 | MILLS, BARRY, 4336 N OLD HWY 14, GREER, SC 29651-8782 |
| 10925 | MILLS, BOBBIE, 1149 GEORGIA AVE., N AUGUSTA, SC 29841 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MILLS, BRANDON, 988 FM 367 E, IOWA PARK, TX 76367-7104 | |
| 10925 | MILLS, BRENDA, 311 PEBBLE CREEK DR, TAYLORS, SC 29687 | |
| 10925 | MILLS, CATHY, 2424 BRYANT RD, CHESNEE, SC 29323 | |
| 10925 | MILLS, CHRISTY, 1208 GERTSAM DR., BRADLEY, IL 60915 | |
| 10925 | MILLS, DEBORAH, 2125 HAWTHORNE ROAD, BALTIMORE, MD 21220 | |
| 10925 | MILLS, DONNA, 168 LOHRIG RD, JACKSON, TN 38301 | |
| 10925 | MILLS, EDWARD, 1163 SPIERS CIRCLE, BONNEAU, SC 29431 | |
| 10925 | MILLS, ELIZABETH, 1158 SOUTHVIEW, ANNAPOLIS, MD 21401 | |
| 10925 | MILLS, ELLIS, 33 GROVE ST, ROCKLAND, ME 04841 | |
| 10925 | MILLS, ELMINA, 703 E CURTIS ST., SIMPSONVILLE, SC 29681-9998 | |
| 10925 | MILLS, G CLARK, % WILLIAM E SNOUFFER JR 2806 PINEWICK RD, ELLICOTT CITY, MD 21043-2204 | |
| 10925 | MILLS, G, 4337 MEDLEY ST., EIGHT MILE, AL 36613 | |
| 10925 | MILLS, GEOFFREY, 157 E 32ND ST, NEW YORK, NY 10016 | |
| 10925 | MILLS, GLENN, 274 DUCK CREEK RD., TROUTMAN, NC 28166 | |
| 10925 | MILLS, GLORIA, 1905 YOSEMITE DR, FT WORTH, TX 76112 | |
| 10925 | MILLS, GLORIA, 5746 MARVINE ST, PHILA, PA 19141 | |
| 10925 | MILLS, GREGORY, 1645 KALAHARI DR, GREEN BAY, WI 54313 | |
| 10925 | MILLS, HATTIE, 209 CAPEWOOD RD, SIMPSONVILLE, SC 29680 | |
| 10925 | MILLS, J, 475 GRIFFIN ST., MOUNDVILLE, AL 35474 | |
| 10925 | MILLS, JAMES, 1354 NORTH AVE. R, SNYDER, TX 79549-8046 | |
| 10925 | MILLS, JAMES, 700 N PARKERRD, GREENVILLE, SC 29609 | |
| 10925 | MILLS, JAMIE, 408 S. ROUNDTREE ST, WILSON, NC 27893 | |
| 10925 | MILLS, JEANETTE, 140 DAVENPORT ST, SOMERVILLE, NJ 08876 | |
| 10925 | MILLS, JUDITH, 1523 PROVIDENCE, PLEASANT GARDEN, NC 27313 | |
| 10925 | MILLS, KATHERINE, POCOPSON HOME 1695 LENAPE RD, WEST CHESTER, PA 19382 | |
| 10925 | MILLS, KELLY, 407 CHAMBER LN, MOORE, SC 29369 | |
| 10925 | MILLS, LAURA, 1130 13TH ST #3, GREELEY, CO 80631 | |
| 10925 | MILLS, LAUREEN, 1300 280TH ST, REDFIELD, IA 50233 | |
| 10925 | MILLS, LISA, 35 PROVOST ST., BROCKTON, MA 02402 | |
| 10925 | MILLS, LYNN, 119 SUSAN DRIVE, MORGANTON, NC 28655 | |
| 10925 | MILLS, MAURICE, 810 TEXACO ROAD, HOBBS, NM 88240 | |
| 10925 | MILLS, MELANIE, RT. 1, BOX 118, ST LANDRY, LA 71367 | |
| 10925 | MILLS, MICHAEL, 316 S MAIN ST, BELMONT, NC 28012 | |
| 10925 | MILLS, MICHAEL, 8205 WONDER VIEW DR, WONDER LAKE, IL 60097 | |
| 10925 | MILLS, MIRIAM, ST RT 39E PO BOX 397, NASHVILLE, OH 44661 | |
| 10925 | MILLS, PAMLA, 2108 BENT TWIG RD, EDMOND, OK 73034 | |
| 10925 | MILLS, PHYLLIS, 4200 LAC DUBAY, HARVEY, LA 70058 | |
| 10925 | MILLS, RALPH, 10234 EPPING LANE, DALLAS, TX 75229 | |
| 10925 | MILLS, RAYMOND, 2424 OLD HARTFORD ROAD, OWENSBORO, KY 42301 | |
| 10925 | MILLS, RHONDA, 475 VINEYARD ROAD, SPARTANBURG, SC 29303 | |
| 10925 | MILLS, RODNEY, 30 TUNNEL BLVD. #208, CHATTANOOGA, TN 37411 | |
| 10925 | MILLS, STEVEN, 666 MILFORD COURT, ABINGDON, MD 21009 | |
| 10925 | MILLS, T MICHAEL, PO BOX 6583, EUREKA, CA 95501 | |
| 10925 | MILLS, THOMAS, 403 KEAT AVE, AUBURNDALE, FL 33823 | |
| 10925 | MILLS, TIMOTHY, 4221 NORTH 46TH ST, MILWAUKEE, WI 53216 | |
| 10924 | MILLSAP CENTER, 516 E. MILLSAP ROAD, FAYETTEVILLE, AR 72701 | |
| 10925 | MILLSAP, JOSHUA, 3050 RUE DORLEANS, SAN DIEGO, CA 92110 | |
| 10925 | MILLSAP, MICHAEL, 148 DILLON DR, DOUGLASVILLE, GA 30134 | |
| 10925 | MILLSAPS, DONNIE, RT. 1, BOX 313, VONORE, TN 37885 | |
| 10925 | MILLSAPS, MARIAN, 8622 LEMON AVE #7, LA MESA, CA 91941 | |
| 10925 | MILLS-GRAY, LAURA, 712 REGNER RD, MCHENRY, IL 60050 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MILLSTONE BANGERT, INC., 8510 EAGER ROAD, SAINT LOUIS, MO 63144 | |
| 10925 | MILLSTONE COFFEE SERVICE, NORTH 2610 VAN MARTER, SPOKANE, WA 99206 | |
| 10925 | MILLS-WINFELD ENG. SALES, AKA CHEMINEER, BENSENVILLE, IL 60106 | |
| 10925 | MILLS-WINFIELD, 2002 BLOOMINGDALE ROAD, GLENDALE HEIGHTS, IL 60139 | |
| 10925 | MILLTRONICS INC, PO BOX 961013, FORT WORTH, TX 76161-0013 | |
| 10925 | MILLTRONICS LTD, 730 THE KINGSWAY, PETERSBOROUGH, ON K9J 6W6CANADA | *VIA Deutsche Post* |
| 10925 | MILLTRONICS LTD, EMERY CUSTOMS BROKERS, 730 THE KINGSWAY, PETERSBOROUGH, ON K9J 6W6CANADA | *VIA Deutsche Post* |
| 10925 | MILLTRONICS, 3504 FT. HENRY DR., KINGSPORT, TN 37664 | |
| 10925 | MILLTRONICS, 4459 COLLECTIONS CENTER DR, FURLONG, PA 18925 | |
| 10925 | MILLTRONICS, 748 EDISON FURLONG ROAD, FURLONG, PA 18925 | |
| 10925 | MILLTRONICS, INC, 215 WRIGHTWOOD AVE, ELMHURST, IL 60126 | |
| 10925 | MILLTRONICS, INC, 4459 COLLECTIONS CENTER DR, ELMHURST, IL 60126 | |
| 10925 | MILLTRONICS, INC, PO BOX 961013, FORT WORTH, TX 76161-0013 | |
| 10925 | MILLTRONICS, PO BOX 961013, FORT WORTH, TX 76161-0013 | |
| 10925 | MILLWOOD, NANCY, 627 BLACKSTOCK ROAD, PAULINE, SC 29374-9518 | |
| 10925 | MILLWOOD, PAULINE, 1289 FIREWOOD RD., JONESBORO, LA 71251 | |
| 10925 | MILLWORK WEST INC, JAMES P OBRIEN OBRIEN LAW OFFICE, 401 NORTH WASHINGTON, PO BOX 7936, MISSOULA, MT 59807-7936 | |
| 10925 | MILLWORK WEST, PO BOX 396, LIBBY, MT 59923 | |
| 10925 | MILNE, JOHN, 203 GROVE ST, LEXINGTON, MA 02173-1008 | |
| 10925 | MILNER BUSINESS PROD INC., 3200 PROFESSIONAL PKWY, ATLANTA, GA 30339 | |
| 10925 | MILNER, BURL, 506 D AVE J EAST, GRAND PRAIRIE, TX 75050 | |
| 10925 | MILNER, MARK, PO BOX 7442, BRADENTON, FL 34210 | |
| 10925 | MILNER, MELINDA, 1212 HEMLOCK COURT, PLANO, TX 75023 | |
| 10925 | MILO CHRISTENSEN, 1928 COLFAX ST, BLAIR, NE 68008-1915 | |
| 10925 | MILON, MOHAMMED, 42-17 JUDGE ST, FLUSHING, NY 11373 | |
| 10925 | MILONAS, ERNEST, 5 POND DRIVE, MANCHESTER, NH 03103 | |
| 10924 | MILOT BUILDING, CORNER OF COLLEGE & BATTERY STREET, BURLINGTON, VT 05401 | |
| 10924 | MILPAR 1, 500 JERSEY AVENUE, NORTH BRUNSWICK, NJ 08902 | |
| 10925 | MILROY, C, 14-20 STRAWBERRY BANK ROAD, NASHUA, NH 03062 | |
| 10924 | MILSOLV CORP., 8100 W. FLORIST AVE., MILWAUKEE, WI 53218 | |
| 10924 | MILSOLV CORP., P O BOX 444, BUTLER, WI 53007 | |
| 10925 | MILSOLV CORPORATION, BOX 68-3005, MILWAUKEE, WI 53268-3005 | |
| 10924 | MILSOLV CORPORATION, CAMBRIDGE, MA 02140 | |
| 10925 | MILSTEAD, LOUISA, 3602 N 15 DRIVE, PHOENIX, AZ 85015 | |
| 10925 | MILTON A RADIMER & KAYE L, RADIMER JT TEN, 209 WHITTEMORE PT RD, BRIDGEWATER, NH 03222 | |
| 10925 | MILTON CAN COMPANY, 8200 BROADWELL RD PLT 2, CINCINNATI, OH 45244 | |
| 10924 | MILTON CAN COMPANY, INC., 1719 E. SECOND STREET, AUSTIN, TX 78702 | |
| 10924 | MILTON CAN COMPANY, INC., 8200 BROADWELL ROAD, CINCINNATI, OH 45242 | |
| 10925 | MILTON D SHULKIN, 400 RUGBY RD APT 2F, BROOKLYN, NY 11226-5657 | |
| 10924 | MILTON HARBOR HOUSE APT. BLDG., 720 MILTON ROAD, RYE, NY 10580 | |
| 10924 | MILTON HERSHEY H.S., 820 SPARTAN LANE, HERSHEY, PA 17033 | |
| 10925 | MILTON J ROSEN PHD, 20 RUSSELL WOODS ROAD, GREAT NECK, NY 11021 | |
| 10925 | MILTON L NEIMAN, 221 W PUTNAM ST, PRINCETON, IL 61356-1669 | |
| 10925 | MILTON R KOENIG, 2340 PROSPECT AVE, EVANSTON, IL 60201-1838 | |
| 10925 | MILTON R TEPAS TR UA DEC 20 96, THE RICHARD C TEPAS TRUST, 125 WEDGEWOOD DR, WILLIAMSVILLE, NY 14221-1467 | |
| 10925 | MILTON ROSENBERG &, FLORINE ROSENBERG JT TEN, 2 SWAN LAKE CT, BARNEGAT, NJ 08005-5519 | |
| 10925 | MILTON -ROY COMPANY, PO BOX 13687, NEWARK, NJ 07188-0687 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MILTON S HUBBARD, PO BOX 62, JEFFERSON, NY 12093-0062

10925   MILTON W HORWITZ, PO BOX 116, GLENCOE, IL 60022-0116

10925   MILTON, BERNADINE, POBOX 968, INDEPENDENCE, LA 70443

10925   MILTON, GERALDINE, 875 KENNESAW DR., FOREST PARK, GA 30050

10925   MILTON, JOHN, 907 EAGLE DRIVE, HOUMA, LA 70360

10925   MILTON, KAREN, 4240 S. CAPITOL ST SE APT. 203, WASHINGTON, DC 20023

10925   MILTON, LISA, PO BOX 668 16009 HWY 10 EAST, ROSELAND, LA 70456

10925   MILTON, MILDRED, 317-37 THIRD PLACE, FEDERALWAY, WA 98023

10925   MILTON, ROBERT, 3303 BOETTCHER, KILGORE, TX 75662

10925   MILTON, ROGER B, 322 S DAVIES ST #118, GREENSBORO, NC 27401

10925   MILTON, ROGER, 12E WHIRLWIND COURT, BALTIMORE, MD 21244

10925   MILWAUKEE BREWERS BASEBALL CLUB, 1 BREWERS WAY, MILWAUKEE, WI 53214-3651

10925   MILWAUKEE COUNTY CIRCUIT COURT, 901 NORTH 9TH ST , ROOM G-9, MILWAUKEE, WI 53233

10925   MILWAUKEE COUNTY PAVERS ASSOC, PO BOX 210798, MILWAUKEE, WI 53221

10925   MILWAUKEE COUNTY ZOO, 10001 W. BLUEMOUND ROAD, MILWAUKEE, WI 53226

10925   MILWAUKEE ELECTRIC TOOL CORPORATION, 13135 W.LISBON RD., BROOKFIELD, WI 53005

10924   MILWAUKEE GENERAL CONST, 4580 S 13TH ST, MILWAUKEE, WI 53221

10924   MILWAUKEE GENERAL CONSTR, P.O. BOX 210798, MILWAUKEE, WI 53221-0798

10924   MILWAUKEE GENERAL CONSTRUCTION, 4580 SOUTH 13TH ST, MILWAUKEE, WI 53221

10924   MILWAUKEE INSULATION, 11255 E. 37TH AVENUE, DENVER, CO 80239

10924   MILWAUKEE INSULATION, 1920 NIXON ST., LITTLE CHUTE, WI 54140

10924   MILWAUKEE INSULATION, 2901 PROGRESS ROAD, MADISON, WI 53716

10924   MILWAUKEE INSULATION, 4700 N. 129TH STREET, BUTLER, WI 53007

10925   MILWAUKEE INSULATION, 4700N 129TH ST, BUTLER, WI 53007

10924   MILWAUKEE INSULATION, PO BOX650, BUTLER, WI 53007

10925   MILWAUKEE PACKAGING PRODUCTS, N16 W22020 JERICHO DR, WAUKESHA, WI 53186

10924   MILWAUKEE PRECISION CASTINGS CORP., 3400 S NEVADA, MILWAUKEE, WI 53207

10925   MILWAUKEE RUBBER PRODUCTS INC, PO BOX 451, BUTLER, WI 53007-9998

10925   MILWAUKEE SOLVENTS & CHEMICAL, MILSOLV CORPORATION, LOCK BOX 790282, SAINT LOUIS, MO 63179

10925   MILWAUKEE VALVE CO, 2375 S BURRELL ST, CORPORATE HEADQUARTERS, MILWAUKEE, WI 53207-1592

10925   MILWAUKEE VALVE CO, MR ROY PICKHARD FACILITIES ENGINEER, 1075 WATER ST, PRAIRIE DU SAC, WI 53578

10925   MILWAUKEE WATER WORKS, 841 N BROADWAY - ROOM 406, MILWAUKEE, WI 53202-3687

10925   MILWAUKEE, BENEFIT, IOE, NY, NY 10037

10924   MILWAULKEE INSULATION, C/O HOWARD IMMEL, 923 N. WESTHILL BLVD., GRAND CHUTE, WI 54915

10925   MILWHITE INC., 7050 PORTWEST DRIVE, SUITE 190, HOUSTON, TX 77024

10925   MIMI DENISE BEIGBEDER, 572 DAYTON AVE, SAINT PAUL, MN 55102-1712

10925   MIMMS ENTERPRISES, 1901 MONTREAL RD. SUITE 108, TUCKER, GA 30084

10925   MIMMS ENTERPRISES, 85-A MILL ST SUITE 100, ROSWELL, GA 30075-4952

10925   MIMMS FAMILY L.P., 85-A MILL ST, ROSWELL, GA 30075

10925   MIMS, DEXTER, 2200 EAST MERE ST, HARVEY, LA 70058

10925   MIMS, DOLLY, 332 ORMOND VLG, DESTREHAN LA, LA 70047

10925   MIMS, GENE, 1491 HOLLY VALE DRIVE, LAKE CHARLES, LA 70611

10925   MIMS, JULIUS, 351 RIDGE ROAD, ENOREE, SC 29335

10925   MIMS, PAMELA, 205 KNOLLWOOD DR, JAMESTOWN, NC 27282

10925   MIMS, ROGER, PO BOX 433, ENOREE, SC 29335

10925   MIMS, SCOTT, 370 HIGH POINT RD, PIEDMONT, SC 29673

10925   MIMS, THOMAS, 718 8TH ST SW, CEDAR RAPIDS, IA 52404

10925   MINADEO, JAMES, 6127 CAMPFIRE, COLUMBIA, MD 21045

10925   MINARD, LETITCISA, 6616 SAMUEL ROAD, NEW MARKET, MD 21774

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  MINARDI, KENNETH, 2224 N. DYMOND ST, BURBANK, CA 91505

10925  MINARIK, PATRICK, 247 E CLAIBORNE, LONG BEACH, CA 90807

10925  MINARK, 545 GREAT ROAD, LITTLETON, MA 01460

10925  MINASIAN, SARAH, W71 N881 HARRISON CT., 202, CEDARBURG, WI 53012

10925  MINAYA, CARLOS, 4--15 12TH ST, LJC, NY 11101

10925  MINCEY, MONTRICE, 8841 SW 13TH ST, PEMBROKE PINES, FL 33025

10925  MINCHEW, ELDON, 429 A SUNSET DRIVE, HEREFORD, TX 79045

10925  MINCKS, LINDA, PO BOX 238, HOMER, GA 30547

10925  MINCO PRODUCTS INC, 7300 COMMERCE LANE, MINNEAPOLIS, MN 55432

10925  MINCO PRODUCTS INC, KARL SCHURR PRES, 7300 COMMERCE LANE, MINNEAPOLIS, MN 55432-3177

10924  MINCO, INC, 510 MIDWAY CIRCLE, MIDWAY, TN 37809

10925  MINDER, FRANCES, 189 NORTH AVE., PLAINFIELD, NJ 07060

10925  MINDESS PENG, PHD, SIDNEY, 1406 WEST 40TH AVE, VANCOUVER,, BC V6M 1V6CANADA          *VIA Deutsche Post*

10925  MINDLER, ERWIN, PO BOX 4 224 N MAIN ST, RICHLANDTOWN, PA 18955

10925  MINDLER, RICHARD, 121 SO TENTH ST, QUAKERTOWN, PA 18951

10925  MINDSHARP LEARNING CENTERS, 3800 W 80TH ST #1155, BLOOMINGTON, MN 55431-4426

10925  MINDT, S, 6405 A WEST LINCOLN, YAKIMA, WA 98908

10925  MINDY L MATSON, 6178 DOWNS RIDGE COURT, ELKRIDGE, MD 21075

10925  MINDY P GILBERT, 10 ASCOT PLACE, NORTH BRUNSWICK, NJ 08902-1488

10925  MINE SAFETY & HEALTH ADMINISTR, PO BOX 360250M, PITTSBURGH, PA 15251-6250

10925  MINE SAFETY & HEALTH ADMINISTRATION, PO BOX 360250M, PITTSBURGH, PA 15251-6250

10925  MINE SAFETY AND HEALTH, PO BOX 360250M, PITTSBURGH, PA 15251-6250

10924  MINE SAFETY APPLI. CO., PO BOX 426, PITTSBURGH, PA 15230

10925  MINE SAFETY APPLIANCE, PO BOX 426, PITTSBURGH, PA 15230

10925  MINE SAFETY APPLIANCES (MSA) CMOPAN, WYCHE BURGESS FREEMANS ET AL, 44 E CAMPERDOWN WY, PO BOX 728, GREENVILLE, SC 29602

10924  MINE SAFETY APPLIANCES CO, 511 BELL FORK ROAD, JACKSONVILLE, NC 28540

10924  MINE SAFETY APPLIANCES CO, PO BOX 426, PITTSBURGH, PA 15230

10925  MINE SAFETY APPLIANCES CO, PO BOX 426, PITTSBURGH, PA 15230-0426

10925  MINE SAFETY APPLIANCES CO, PO BOX 640348, PITTSBURGH, PA 15264-0348

10924  MINE SAFETY APPLIANCES CO., 511 BELL FORK ROAD, JACKSONVILLE, NC 28540

10925  MINE SAFETY APPLIANCES CO., PO BOX 360838M, PITTSBURGH, PA 15230

10924  MINE SAFETY APPLIANCES CO., PO BOX 426, PITTSBURGH, PA 15230

10925  MINE SAFETY APPLIANCES CO., PO BOX 640348, PITTSBURGH, PA 15264-0348

10924  MINE SAFETY APPLIANCES CO., RD 2 MARS EVANS CITY ROAD, EVANS CITY, PA 16033

10925  MINE SAFETY APPLIANCES COMPANY, DIR ENVIRONMENTAL AFFAIRS, MINE SAFETY APPLIANCES COMPANY, PO BOX 426, PITTSBURGH, PA 15230

10925  MINE SAFETY APPLIANCES COMPANY, PO BOX 640348, PITTSBURGH, PA 15264-0348

10925  MINE SAFETY APPLIANCES INC., 1100 CRANBERRY WOODS DR., CRANBERRY TWP., PA 16066-7456

10925  MINE SAFETY ASSOCIATES, POBOX 872, PRICE, UT 84501

10925  MINE SAFTY, PO BOX 1166, BECKLEY, WV 25802-1166

10925  MINE SAFTY APPLIANCES CO, MITCHELL COLE INSTRUMENT DIV, PO BOX 427, PITTSBURGH, PA 15230-0427

10924  MINE SITE, CAMBRIDGE, MA 99999

10925  MINEAR, CINDY, 26 OLIVE ST, OAKVIEW, CA 93022

10925  MINEFIELD, HENRY, 751 PALMETTO ST, MOBILE, AL 36603

10925  MINER AND ASSOCIATES, INC, PO BOX 297742, HOUSTON, TX 77297-0742

10925  MINER ELECTRONICS, 500 45TH AVE, MUNSTER, IN 46321

10924  MINER EXCAVATING, RT 28A, VALATIE, NY 12184

10925  MINER HOUSTON LTD., C/O THE MINER CORPORATION, 4848 WHIRLWIND DR, SAN ANTONIO, TX 78217

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MINER, JOHN, OLD BLOOD RD, MERRIMACK, NH 03054 | |
| 10925 | MINER, VERNICE, 2663 N 2ND ST, MILWAUKEE, WI 53212 | |
| 10925 | MINERAL AREA OVERHEAD DOOR, 1020 E. WOODLAWN DR, FARMINGTON, MO 63640 | |
| 10925 | MINERAL AREA OVERHEAD DOOR, 300 SCIENCE ST AT HWY. 32, PARK HILLS, MO 63601 | |
| 10925 | MINERAL MINING COMPANY INC, PO BOX 458, KERSHAW, SC 29067 | |
| 10925 | MINERAL RESEARCH & DEVELOPMENT CORP, 21761 NETWORK PLACE, CHICAGO, IL 60673-1217 | |
| 10925 | MINERAL RESEARCH & DEVELOPMENT, 200 WOODLAWN ROAD, CHARLOTTE, NC 28217 | |
| 10924 | MINERAL SOLUTIONS INC., 2700 SOUTH ROBINSON, CHICAGO, IL 60608 | |
| 10925 | MINERAL TRADING CORPORATION, 825 THIRD AVE 33RD FL, NEW YORK, NY 10022 | |
| 10925 | MINERO, MOISES, 1267 WENSLEY AVE, EL CENTRO, CA 92243 | |
| 10925 | MINER-SCHMIDT, LARAINE, 1049 SANTA FE AVE., ALBANY, CA 94706 | |
| 10924 | MINERSVILLE ELEMENARY SCHOOL, MINERSVILLE, PA 17954 | |
| 10925 | MINERT, DONALD, 804 TANGLEWOOD DRIVE, MANCHESTER, IA 52057 | |
| 10925 | MINERVA K KAOHI, BOX 343, HANAPEDE, HI 96716-0343 | |
| 10925 | MINET, INC, PO BOX 7247-7943, PHILADELPHIA, PA 19170-7943 | |
| 10925 | MING, MARCHAND, 4405 PHILLIPS, WICHITA FALLS, TX 76308 | |
| 10925 | MING, RICKY, 4405 PHILLIPS, WICHITA FALLS, TX 76308 | |
| 10925 | MING, SHIRLEY, 6362 TERRAROSA CIRCLE, BOYNTON BEACH, FL 33437 | |
| 10925 | MING-CHIT JUDY LEE, 1296 BELLEVUE WAY NE #3, BELLEVUE, WA 98004 | |
| 10925 | MINGE, ANTHONY, 5917 66TH ST, LUBBOCK, TX 79424 | |
| 10924 | MINGEI MUSEUM, BALBOA PARK, SAN DIEGO, CA 92101 | |
| 10925 | MINGLE, MARGARET, 216 W MAIN ST, #2, SOMERVILLE, NJ 08876 | |
| 10925 | MINGLE, SHEREE, 318 ANGLE AVE, MANVILLE, NJ 08835 | |
| 10925 | MINGORA, DAWN, 4466 MARIA DR, BETHLEHEM, PA 18017 | |
| 10925 | MINGUS, CLINTON, 715 W. RUTH ST, AVON PARK, FL 33825 | |
| 10925 | MINHAS, BHUPENDER, 7837 FLAGSTONE COURT, ELLICOTT CITY, MD 21043 | |
| 10925 | MINHINNETTE, LINDA, 4470 RIDGEVALE ROAD, FORT WORTH, TX 76116 | |
| 10925 | MINI CIRCUITS, 13 NEPTUNE AVE, BROOKLYN, NY 11235 | |
| 10925 | MINI COACH OF BOSTON COACH USA, 333 THIRD ST, CHELSEA, MA 02150 | |
| 10924 | MINI MASTER CONCRETE CORP, MOROVIS, PR 687PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MINI MASTER CONCRETE CORP, OROCOVIS, PR 720PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MINI MASTER CONCRETE SERVICE CORP., CARR 2 KM 20.6, TOA BAJA, PR 951PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MINI MASTER CONCRETE, JUNCOS, PR 777PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MINI PACK, C/O THOMPSONS BUILDING MATERIALS, SAN PEDRO, CA 90731 | |
| 10925 | MINI, LAURA, 7 HERITAGE DRIVE, READING, MA 01867 | |
| 10925 | MINICH, ROSEANNE, 1057 HIGHFIELD ROAD, BETHEL PARK, PA 15102 | |
| 10925 | MINIER, W, 3900 EAST N ST #200, GREENVILLE, SC 29615 | |
| 10925 | MINIER, WILLIAM, 3900 E NORTH #200, GREENVILLE, SC 29615 | |
| 10925 | MINIET, LINDA, 5646 W 103RD ST , UNIT 308, OAK LAWN, IL 60453 | |
| 10925 | MINIKES MORTON (LEACH OIL CO INC, 12100 WILSHIRE BLVD, SUITE 730, LOS ANGELES, CA 90025 | |
| 10925 | MINIKES MORTON (LEACH OIL CO), 12100 WILSHIRE BLVD, SUITE 730, LOS ANGELES, CA 90025 | |
| 10924 | MINI-MASTER CONCRETE CORP, JAYUYA, PR 664PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MINI-MASTER CONCRETE CORP, ROAD #30, LAS PIEDRAS, PR 771PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MINI-MASTER CONCRETE-USE #500272, CARR 2 KM 20.6, TOA BAJA, PR 759PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MINIMED, 12744 SAN FERNANDO RD, SYLMAR, CA 91342 | |
| 10925 | MINING ASSOC OF SC, PODRAWER 1368, IRMO, SC 29063-1368 | |
| 10925 | MINING ASSOCIATION OF S. C., PO DRAWER 1368, IRMO, SC 29063 | |
| 10925 | MINISH, BESSIE, 1497 OLD HOODS MILL RD., COMMERCE, GA 30529 | |
| 10925 | MINISH, CAROLYN, 1977 UNITY CHURCH RD, MAYSVILLE, GA 30558-2465 | |
| 10925 | MINISH, DEBBIE, RT 2 BOX 242, JEFFERSON, GA 30549 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MINISH, JOYCE, 140 WESTWOOD DR, COMMERCE, GA 30529

10925 MINISH, LEANN, RT 2 BOX 2642, MAYSVILLE, GA 30558

10925 MINISH, SHIRLEY, RT 5 BOX 294, COMMERCE, GA 30529

10925 MINITAB INC, 3081 ENTERPRISE DR, STATE COLLEGE, PA 16801

10925 MINITAB, INC, 3081 ENTERPRISE DRIVE, STATE COLLEGE, PA 16801-3008

10925 MINITEC CORPORATION, 43979 AIRPORT VIEW DR, HOLLYWOOD, MD 20636

10925 MINITOOL INC, 634 UNIVERSITY AVE, LOS GATOS, CA 95030

10925 MINIX, JACQUELINE, 914 NORTH AVE. B, CROWLEY, LA 70526

10925 MINK CONSULTING, 1340 WASHINGTON ST, WRIGHTSTOWN, WI 54180

10925 MINKEBIGE, MICHELE, 400 FOX SHORES DR APT 11, KAUKAUNA, WI 54130

10925 MINKEL, PAUL, 9367 S. LONGWOOD DR, BEVERLY HILLS, IL 60620

10925 MINKOVE, MICHAEL, 3915 SYBIL RD, RANDALLSTOWN, MD 21133

10925 MINMETALS INC, SHUXIN YU PRES AND CEO, 120 SCHOR AVE, LEONIA, NJ 07605

10924 MINN MINING & MFG CO., PO BOX 33121, SAINT PAUL, MN 55133-3121

10924 MINN SOUTH HIGH SCHOOL C/O CUSTOM D, 3131 19TH AVE SOUTH, MINNEAPOLIS, MN 55407

10925 MINN., EE, LOM, NY, NY 10987

10924 MINN./ST.PAUL INTERNATIONAL AIRPORT, MULCAHY DRYWALL, SAINT PAUL, MN 55111

10924 MINNEAPOLIS CITY OF*, 1925 E 26TH ST, MINNEAPOLIS, MN 55415

10924 MINNEAPOLIS CONVENTION CENTER EXP., 1525 3RD AVE. SOUTH, MINNEAPOLIS, MN 55404

10924 MINNEAPOLIS STAR & TRIBUNE, 425 PORTLAND AVE., MINNEAPOLIS, MN 55404

10924 MINNESOTA ATTY GENERAL, ATTN: MIKE HATCH, STATE CAPITOL, STE 102, ST PAUL, MN 55155

10924 MINNESOTA CHILDREN'S MUSEUM, 10 W. 7TH ST., SAINT PAUL, MN 55117

10925 MINNESOTA CONCRETE COUNCIL, 771 MOUND AVE, SAINT PAUL, MN 55126

10925 MINNESOTA CONCRETE COUNCIL, PO BOX 26063, SHOREVIEW, MN 55126-0063

10925 MINNESOTA CONCRETE COUNCIL, POBOX 26063, SAINT PAUL, MN 55126

10925 MINNESOTA CONWAY, 314 WEST 86TH ST SUITE 101, BLOOMINGTON, MN 55420

10925 MINNESOTA CORN PROCESSORS INC, 901 NORTH HWY 59, MARSHALL, MN 56258-2744

10924 MINNESOTA CORRECTIONAL FACILITY, 7525 4TH. AVE., MINNEAPOLIS, MN 55434

10924 MINNESOTA CORRECTIONAL FACILITY, C/O CUSTOM DRYWALL, STILLWATER, MN 55082

10925 MINNESOTA DEPT OF HEALTH, AGGIE LEITHEISER ASST COMM, 85 EAST 7TH PLACE, ST PAUL, MN 55101

10925 MINNESOTA DEPT OF NATURAL RESOURCES, 500 LAFAYETTE ROAD, ST PAUL, MN 55155

10925 MINNESOTA DEPT OF NATURAL RESOURCES, 500 LAFAYETTE ROAD, SAINT PAUL, MN 55155-4040

10925 MINNESOTA DEPT OF REVENUE, POBOX 821, MINNEAPOLIS, MN 55480-0821

10925 MINNESOTA DEPT OF REVENUE, SAINT PAUL, MN 55146-5210

10924 MINNESOTA ELECTRIC SUPPLY, P.O. BOX 997, WILLMAR, MN 56201

10925 MINNESOTA GLOVE INC, 203 EAST MARIE AVE, SAINT PAUL, MN 55118

10925 MINNESOTA LOCKS, 1606 SOUTH ROBERT ST, WEST SAINT PAUL, MN 55118

10925 MINNESOTA LUNG CENTER, LTD, 920 E 28TH ST SUITE 700, MINNEAPOLIS, MN 55407

10924 MINNESOTA MINERALS, 19360 HIGHWAY 81, ROGERS, MN 55374

10924 MINNESOTA MINERALS, P.O. BOX 280, SAINT MICHAEL, MN 55376

10925 MINNESOTA MINING & MANUFACTURING CO, 23 BAY ST ROAD, CAMBRIDGE, MA 02138

10925 MINNESOTA MINING & MANUFACTURING CO, DR TIM JOHNSON, BLDG 533, 367 GROVE ST, SAINT PAUL, MN 55101-2416

10924 MINNESOTA MINING & MANUFACTURING, 3211 E CHESNUT EXPRESSWAY, SPRINGFIELD, MO 65802

10924 MINNESOTA MINING & MANUFACTURING, 3M CENTER BLDG 270, SAINT PAUL, MN 55133

10924 MINNESOTA MINING & MANUFACTURING, 3M CENTER BUILDING 236, MAPLEWOOD, MN 55144

10924 MINNESOTA MINING & MANUFACTURING, PO BOX33121, SAINT PAUL, MN 55133-3121

10924 MINNESOTA MINING & MFG CO., 10746 CHEMOLITE RD. BLDG 26, COTTAGE GROVE, MN 55016

10924 MINNESOTA MINING & MFG CO., 6675 U S HWY 43, GUIN, AL 35563

10924 MINNESOTA MINING & MFG CO., PO BOX 33121, SAINT PAUL, MN 55133

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MINNESOTA MINING & MFG, MGR CORP ENV PROGRAMS,

10925   MINNESOTA MINING AND MANUF. CO., 3M CENTER, ST. PAUL, MN 55144-1000

10925   MINNESOTA POLLUTION CONTROL AGENCY, 520 LAFAYETTE ROAD N, 6TH FLR, ST PAUL, MN 55155-4194

10925   MINNESOTA POLLUTION CONTROL AGENCY, 520 LAFAYETTE ROAD, ST PAUL, MN 55155

10925   MINNESOTA POLLUTION CONTROL AGENCY, KAREN STUDDERS COMMISSIONER, 520 LAFAYETTE ROAD, ST PAUL, MN 55155-4194

10925   MINNESOTA POLLUTION CONTROL, ATTN: JEFF T CONNEL, 520 LAFAYETTE ROAD, ST PAUL, MN 55115

10924   MINNESOTA PRECAST IND., INC., 5480 142ND STREET EAST, ROSEMOUNT, MN 55068

10924   MINNESOTA PRECAST IND., INC., 5480 142ND STREET EAST, ROSEMOUNT, MN 99999

10924   MINNESOTA REPAIR, 70 W. HYACINTH, SAINT PAUL, MN 55117

10925   MINNESOTA RUBBER, QUADION CORP, ATTN: KELLY T FLAHERTY, 3630 WOODDALE AVE, MINNEAPOLIS, MN 55416

10925   MINNESOTA STATE BOARD OF LAW, 25 CONSTITUTION AVE SUITE 110, SAINT PAUL, MN 55155

10925   MINNESOTA SUPPLY CO, NW 8315, MINNEAPOLIS, MN 55485-8315

10925   MINNESOTA WESTERN, 921 PARKER ST, BERKELEY, CA 94710-2572

10924   MINNESOTA WILD HOCKEY ARENA, 155 WEST 7TH STREET, SAINT PAUL, MN 55102

10924   MINNETONKA BOAT WORK C/O STUCCO ONE, 294 E GROVE LAND, WAYZATA, MN 55391

10924   MINNETONKA CULTURAL ARTS, 18301 HIGHWAY 7, MINNETONKA, MN 55343

10924   MINNETONKA HIGH SCHOOL, 18301 HWY 7, MINNETONKA, MN 55345

10925   MINNHEALTH FAMILY PHYSICIANS, 3220 BELLAIRE AVE, WHITE BEAR LAKE, MN 55110

10925   MINNICK, JOHN, 9905 D BERLINER PL, BALTIMORE, MD 21220

10925   MINNICK, KREAL, 5055 S DALE MABRY APT 531, TAMPA, FL 33611

10925   MINNICKS JT TEN, DAVID A & KAREN C, 12621 CUMPSTON ST, NORTH HOLLYWOOD, CA 91607-1913

10925   MINNIE B SASS, 119 WASHINGTON ST, STREATOR, IL 61364-2845

10925   MINNIE BROWN, C/O RICHARD H BROWN, 1379 OAKMONT COURT, MURRELLS INLET, SC 29576-8639

10925   MINNIE GARNT SCHOOL, 1854 BRITTON DR, LONG BEACH, CA 90815

10925   MINNIE H SEIDEL, 5269 POGUE ST, SPARTANBURG, SC 29301-3416

10925   MINNIS, RALPH, 532 N SIXTH AVE, DESPLAINES, IL 60016

10924   MINNISOTA  CORRECTIONAL FACILITY, 7525 4TH AVE., LINO LAKES, MN 55014

10924   MINNKOTA POWER COOPERATIVE, INC., 1822 STATE MILL ROAD, GRAND FORKS, ND 58206

10924   MINNKOTA POWER COOPERATIVE, INC., PO BOX 1318, GRAND FORKS, ND 58206

10925   MINNKOTA POWER, MILTON YOUNG STATION, CENTER, ND

10925   MINOLETI, THERESA, 620 MEADOWFIELD DR, GASTON, SC 29053

10925   MINOLTA BUSINESS SYSTEM - MIDWEST, PO BOX 910679, DALLAS, TX 75391-0679

10925   MINOLTA BUSINESS SYSTEMS INC, POBOX 29721, NEW YORK, NY 10087-9721

10925   MINOLTA BUSINESS SYSTEMS, 1120 N. TUSTIN AVE, ANAHEIM, CA 92807

10925   MINOLTA BUSINESS SYSTEMS-SOUTHEAST, POBOX 911316, DALLAS, TX 75391-1316

10925   MINOLTA CORPORATION, 101 WILLIAMS DR., RAMSEY, NJ 07446

10925   MINOLTA CORPORATION, PO BOX 101663, ATLANTA, GA 30392

10925   MINOLTA LEASING SERVICES, PO BOX 105819, ATLANTA, GA 30348-5819

10925   MINOLTA LEASING SERVICES, POBOX 41601, PHILADELPHIA, PA 19101-1601

10924   MINOR ELEMENTARY SCHOOL, 4905 POWELL AVE, BIRMINGHAM, AL 35222

10925   MINOR GUICE, PO BOX 1388, BILOXI, MS 39533

10925   MINOR METALS, INC, ONE PARKER PLAZA, FORT LEE, NJ 07024

10925   MINOR, JOAN, 3013 SKYLAND DR, SNELLVILLE, GA 30278

10925   MINOR, JOHN, 210 PINEHURST AVE, SCOTCH PLAINS, NJ 07076

10925   MINOR, KEITH, 9300 W. 81ST PLACE, ARVADA, CO 80005

10925   MINOR, LEROY, 1374 OCEAN AVE, BROOKLYN, NY 11230

10925   MINOR, NANCY, R.D. #1, BOX 15-A, MILL RUN, PA 15464

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MINOR, RALPH, 3101 LORNA ROAD, 1317, BIRMINGHAM, AL 35216 | |
| 10925 | MINOR, SHARIE, RT1 BOX 200, MOMENCE, IL 60954 | |
| 10925 | MINOR, THOMAS, 26 VICTOR AVE., TRENTON, NJ 08609 | |
| 10925 | MINORITIES IN ACTION, 2101 CRYSTAL PLAZA ARCADE #420, ARLINGTON, VA 22202 | |
| 10925 | MINORITY STUDENT, 2131 W HOWLAND AVE, CHICAGO, IL 60620 | |
| 10924 | MINSA CORP, 2049 FERNWOOD AVENUE, RED OAK, IA 51566 | |
| 10924 | MINSA CORPORATION, PO BOX 111A, RED OAK, IA 51566 | |
| 10924 | MINSA SOUTHWEST CORP, 1 1/4 MI. EAST HWY 84, MULESHOE, TX 79347 | |
| 10924 | MINSA SOUTHWEST CORP, PO BOX 484, MULESHOE, TX 79347 | |
| 10925 | MINSKY, SAMANTHA, 7920 LASAINE, NORTHRIDGE, CA 91325 | |
| 10925 | MINSON, EDWARD, 5050 N. ARDMORE AVE, WHITEFISH BAY, WI 53217 | |
| 10925 | MINSTER MACHINE CO, 240 WEST FIFTH ST, MINSTER, OH 45865 | |
| 10925 | MINTEER, CARLEEN, 34 HENRY ST, NORWICH, CT 06360 | |
| 10924 | MINTEQ INTERNATIONAL INC., 2550 INDUSTRIAL DRIVE, HIGHLAND, IN 46322 | |
| 10924 | MINTEQ INTERNATIONAL INC., 395 GROVE CITY ROAD, SLIPPERY ROCK, PA 16057-9196 | |
| 10924 | MINTEQ INTERNATIONAL INC., 5864 CROWN RD NW, NAVARRE, OH 44662 | |
| 10924 | MINTEQ INTERNATIONAL INC., PO BOX 75164, CHARLOTTE, NC 28275-5164 | |
| 10925 | MINTEQ INTERNATIONAL, INC, 395 GROVE CITY RD., SLIPPERY ROCK, PA 16057 | |
| 10925 | MINTER ELLISON, GPO BOX 769G, MELBOURNE VIC, 3001AUSTRALIA | *VIA Deutsche Post* |
| 10925 | MINTER, SARAH, 964 MINNEHAHA, MEMPHIS, TN 38117 | |
| 10925 | MINTON, DAN, PO BOX 4584, MONROE, LA 71201 | |
| 10925 | MINTON, DAVID, 206 SOUTH SARAH, WELSH, LA 70591 | |
| 10925 | MINTON, MILFORD, 6806 CRESTON DR, LOUISVILLE, KY 40258 | |
| 10925 | MINTON, WILLIAM, 2611 KNOXVILLE DR, LEAGUE CITY, TX 77573 | |
| 10925 | MINTZ LEVIN COHN FERRIS GILOVSKY &, ONE FINANCIAL CENTER, BOSTON, MA 02111 | |
| 10925 | MINTZ, ANGEL, 8300 CEDARBROOK CT, RALEIGH, NC 27603 | |
| 10925 | MINTZER, SUSAN, 3230 NW 103RD TERRACE, CORAL SPRINGS, FL 33065 | |
| 10925 | MINUS, BERNARD, 4536 N. 11TH ST, PHILA, PA 19140 | |
| 10924 | MINUTE MAID PLANT, 2645 ORANGE AVENUE, APOPKA, FL 32703 | |
| 10924 | MINUTE MAID, 2501 ORANGE AVENUE, APOPKA, FL 32703 | |
| 10924 | MINUTE MAID, 8400 IMPERIAL, WACO, TX 76712 | |
| 10924 | MINUTE OGLE CO. INC., WAREHOUSE, S. MINNIAPOLIS, MN 99999 | |
| 10925 | MINUTEMAN CONTROLS CO INCA P A TRANSPORT, PO BOX 1559, WAKEFIELD, MA 01880 | |
| 10925 | MINUTEMAN INTERNATIONAL INC, POBOX 98591, CHICAGO, IL 60693-8591 | |
| 10925 | MINUTEMAN PRESS, 51 NORTH FEDERAL HWY, POMPANO BEACH, FL 33062 | |
| 10925 | MINUTEMAN PRESS, 713 MAIN ST, WALTHAM, MA 02154 | |
| 10925 | MINUTEMAN PRESS, 9815 WEST SAMPLE ROAD, CORAL SPRINGS, FL 33065 | |
| 10924 | MINUTI OGLE CO. - U. OF MINNESOTA, CANCER RESEARCH CENTER - JOB#94-078, MINNEAPOLIS, MN 55455 | |
| 10924 | MINUTI OGLE CO., INC., CAMBRIDGE, MA 02140 | |
| 10924 | MINUTI OGLE, 7030 6TH ST NORTH, OAKDALE, MN 55128 | |
| 10924 | MINUTI OGLE, 7030 N. 6TH STREET, OAKDALE, MN 55128 | |
| 10924 | MINUTI OGLE, LEAGUE OF MINNESOTA CITIES, SAINT PAUL, MN 55103 | |
| 10924 | MINUTI-OGLE CO.INC., 7030 SIXTH STREET NORTH, OAKDALE, MN 55128 | |
| 10924 | MINUTI-OGLE, 2855 CAMPUS DRIVE, PLYMOUTH, MN 55441 | |
| 10925 | MINX, EUGENE, 920 PINEWOOD CIRCLE, MORRISTOWN, TN 37814 | |
| 10925 | MINYARD, BILL, 3838 N.SAM HOUSTON PKWY E #230, HOUSTON, TX 77032 | |
| 10925 | MINYARD, WILLIAM, 703 ELECTRA, HOUSTON, TX 77079 | |
| 10925 | MINZLER, TRAVIS, 32 ARBORDALE COURT, ALGONQUIN, IL 60102 | |
| 10925 | MIO, JAMES D., 4890 NW 102ND AVE, MIAMI, FL 33178 | |
| 10925 | MIOC, IULIAN, 211 STEVENS DR, YPSILANTI, MI 48197 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MIORELLI, CAMBRIDGE, MA 99999

10924   MIORELLI, MAC TRUCK, ALLENTOWN, PA 18100

10924   MIORELLI/KIRLIN CO, WISSAHICKON HIGH SCHOOL, AMBLER, PA 19002

10924   MIORELLI/KIRLIN, AUSTIN MEEHAN MIDDLE SCHOOL, PHILADELPHIA, PA 19136

10924   MIORELLI/KIRLIN, PO BOX 236, EDGEMONT, PA 19028

10925   MIQUEZ, EUSTICE, 105 TWIN OAK DRIVE, RACELAND, LA 70394

10925   MIRABITO FUEL GROUP, JOSEPH MIRABITO CEO, 44 GRAND ST, SIDNEY, NY 13868-1183

10925   MIRABITO, JAMES A, CUST FOR ANNE S MIRABITO, UNIF GIFT MIN ACT NY, 36 TERRACE DR, BINGHAMTON, NY 13905-1524

10924   MIRACLE POLTICE CO., 301 EAST MAIN, POST, TX 79356

10924   MIRAGE PLASTERING, 1802 WEST GRANT ROAD #110 STE. 106, TUCSON, AZ 85745

10924   MIRAGE PLASTERING, 1802 WEST GRANT ROAD #110 SUITE 36, TUCSON, AZ 85745

10924   MIRAGE PLASTERING, INC., 1802 W. GRANT RD., TUCSON, AZ 85745

10924   MIRAGE PLASTERING/UNIV. OF ARIZONA, PSYCHOLOGY BLDG. RESEARCH LAB., 1503 E. UNIVERSITY BLVD., TUCSON, AZ 85701

10925   MIRAGE PROMOTIONS, 3115-B S. CASHUA DR., FLORENCE, SC 29501

10924   MIRAGE/EL CON MALL RENOVATION, 3601 E. BROADWAY, TUCSON, AZ 85716

10925   MIRAGLIA, BETTINA, 1561 HOLLYWOOD AVE, BRONX, NY 10461-5516

10924   MIRAMAR MCAS, C/O SQUIRE BELTS, SAN DIEGO, CA 92101

10925   MIRAND, HENRY, 14033 MONTICELLO DR, COOKSVILLE, MD 21723-9609

10925   MIRANDA, ALBERTO, 3811 72ND AV, LANDOVER HILLS, MD 20782

10925   MIRANDA, ANTONIO, 1205 S MARINE ST SANTA ANA CA, SANTA ANA, CA 92704

10925   MIRANDA, DAVE, 1701 W CHESTNUT #B, SANTA ANA, CA 92703

10925   MIRANDA, DAVID, 1701 W CHESTNUT ST APT B, SANTA ANA, CA 92707

10925   MIRANDA, EDWARD, 1 BRAY LANE, BRISTOL, RI 02809

10925   MIRANDA, ENRIQUE, 464 VIA HERMOSA, WEST PALM BEA, FL 33415

10925   MIRANDA, FELIX, 1841 NW 36TH AVE, MIAMI, FL 33125

10925   MIRANDA, JANICE, 72 ROUNSVILLE ST, NEW BEDFORD, MA 02745

10925   MIRANDA, KIMBERLY, 2681 N W 64 TERR, MARGATE, FL 33063

10925   MIRANDA, LUIS, 2534 N. PACIFIC SANTA ANA CA, SANTA ANA, CA 92706

10925   MIRANDA, LYDIA, 2512 BRACKETT DRIVE, MARIETTA, GA 30060

10925   MIRANDA, LYDIA, 5225 PHILLIP LEE DR., ATLANTA, GA 30336

10925   MIRANDA, MENSE, 18 YALE AVE, JERSEY, NJ 07304

10925   MIRANDA, MICHELE, 9403 SPRINGFIELD RD, DENHAM SPRINGS, LA 70726

10925   MIRANDA, NATHANAEL, 540 PALMETTO ST, SPARTANBURG, SC 29302

10925   MIRANDA, OBDULIA, 383 CLINTON ST, BROOKLYN, NY 11231

10925   MIRANDA, PAULA, 6 MAJESTIC WAY, SALEM, MA 01970

10925   MIRANDA, PETE, 307 N. AVE. C., HOBBS, NM 88240

10925   MIRANDA, RAQUEL, 45 WYCKOFF ST #1, BROOKLYN, NY 11201

10925   MIRANDA, WILLIAM, 542 WIMBERLY HILL RD, CEDARTOWN, GA 30125

10925   MIRANDA, YOLANDA, 122 LINK ROAD, RED OAK, TX 75154

10925   MIRANDA-ARNOLD, LAURA, 5150 S.GRAVENSTEIN, SEBASTOPOL, CA 95472

10925   MIRANDOLA, CARMEN, 308 WOODSIDE DR, BLOOMINGDALE, IL 60108

10925   MIRANDOLA, CARMEN, 308 WOODSIDE DRIVE, BLOOMINGDALE, IL 60108

10925   MIRANNE, MARTHA, CUST FOR JACQUELINE KIM MIRANNE, UNIF GIFT MIN ACT NY, 610 PARK AVE, MANHASSSET, NY 11030-2715

10925   MIRANNE, MARTHA, CUST FOR JOSEPH J MIRANNE IV, UNIF GIFT MIN ACT NY, 610 PARK AVE, MANHASSET, NY 11030-2715

10925   MIRANNE, MARTHA, CUST FOR ROBERT ANTHONY MIRANNE, UNIF GIFT MIN ACT NY, 610 PARK AVE, MANHASSET, NY 11030-2715

10924   MIRANOVA, 201 W. MOUND STREET, COLUMBUS, OH 43215

10925   MIRASOLO, FRANCIS, 5 TANGLEWOOD AVE, BILLERICA, MA 01821

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MIRAX CHEMICAL PRODUCTS CORPORATION, 4999 FLYER AVENUE, SAINT LOUIS, MO 63139

10925   MIRDADIAN, DAVID, 5730 LODGE CREEK DRIVE, HOUSTON, TX 77066

10925   MIRE, MICHAEL, 2931 DEAN DAY ROAD, SULPHUR, LA 70663

10925   MIRELES, TERESA, 4 INGALLS ST, NASHUA, NH 03060

10925   MIRENSKY, ALISA, 11056 SCOTTS LANDINGROAD, LAUREL, MD 20723

10925   MIRIAM CALIMANO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   MIRIAM MEDEIROS SILVA, PO BOX 485, DUNCAN, SC 29334-0485

10925   MIRIAM POLLACK, 4272 DESTE COURT, APT 107, LAKE WORTH, FL 33467-4116

10925   MIRIAM R CACEK, R R 1, ODELL, NE 68415-9801

10925   MIRIAM RISSIN &, RHODA BASKIN JT TEN, PO BOX 874, NEW YORK, NY 10156-0874

10925   MIRIAM S IRWIN & CLARA I TRAVER, TR UW R BEVERLY IRWIN, BOX 420356, ATLANTA, GA 30342-0356

10925   MIRIAM T VILLANUEVA, 84 HILL ST, LEXINGTON, MA 02173-4318

10925   MIRIAM W KOPP, 9369 MYERSVILLE RD, MYERSVILLE, MD 21773-7807

10925   MIRIGIAN, RICHARD, 5487 E. DINUBA, FOWLER, CA 93625

10925   MIRISE, PAUL, 1718 17TH AVE NW, NEW BRIGHTON, MN 55112

10925   MIRLE, SRINIVAS, 5364 DUNTEACHIN DRIVE, ELLICOTT CITY, MD 21043

10924   MIRO GMBH & CO., DEA-SCHOLVEN-STRABE, 76187 KARLSRUHE, 99999DEU     *VIA Deutsche Post*

10925   MIROCHA, WALTER, 1278 MAGGIE WAY, HUBERTUS, WI 53033

10924   MIRON BLDG PROD CO INC., DO NOT USE, CATSKILL, NY 12414

10924   MIRON BLDG PROD. (PRECAST), E CHESTER ST BYPASS, KINGSTON, NY 12401

10924   MIRON BUILDING PRODUCTS C, RTE 9W & KATRINE LANE, KINGSTON, NY 12401

10924   MIRON BUILDING PRODUCTS CO, RTE 9W & KATRINE LANE, KINGSTON, NY 12401

10924   MIRON BUILDING PRODUCTS CO., INC., 1377 HAMMONDVILLE RD., POMPANO BEACH, FL 33069

10924   MIRON LUMBER, 282 ROUTE 52E, LIBERTY, NY 12754

10925   MIRON RAPID MIX CONCRETE CORP., FYKE ROAD, CATSKILL, NY 12414

10925   MIRON, MARILYN, AS CUST FORDANIEL MIRON A MINOR, UNDER ART 8A OF THE PERSON, PROPERTY LAW OF NY, 4961 STERN AVE, SHERMAN OAKS, CA 91423-1925

10925   MIRONCHUCK, GEORGE, 82 BLOOMINGDALE ST, CHELSEA, MA 02150

10925   MISAO ITATANI, PO BOX 13157, COYOTE, CA 95013-3157

10925   MISC CUSTOMER, PO BOX, MO

10924   MISCELLANEOUS CUSTOMER, PLEASANTON, CA 94566

10925   MISCHEL, WILLIAM, 17 NYLANDER WAY, ACTON, MA 01720

10925   MISCHLER, DAVID, 701 WEST 8TH ST, KAUKAUNA, WI 54130

10925   MISCO OF TERRE HAUTE INC, PO BOX 889, TERRE HAUTE, IN 47808-0889

10925   MISCO, ONE MISCO PLAZA, HOLMDEL, NJ 07733

10925   MISCO, PO BOX 677, HOLMDEL, NJ 07733-0677

10925   MISCO, POBOX 677, HOLMDEL, NJ 07733

10925   MISENAS, PORFIRIO, 41-51 77TH ST., ELMHURST, NY 11373

10924   MISENER MARINE CONST INC, P O BOX 13427, TAMPA, FL 33681

10924   MISENER MARINE CONST INC, POWELL BROS BARGE TERMINAL, DANIA, FL 33004

10924   MISENER MARINE CONST, ATTN:  ACCOUNTS PAYABLE, TAMPA, FL 33681-3427

10925   MISENOR, RICHARD, 27 LITTLE JOHN DR., BILLERICA, MA 01821

10925   MISER, JAMES, 1613 COVINGTON, WICHITA FALLS, TX 76305

10925   MISER, TERRY, 6612 WEBB AVE, WICHITA FALLS, TX 76310

10924   MISHAWAKA HIGH SCHOOL, 1202 LINCOLNWAY EAST, MISHAWAKA, IN 46544

10925   MISHLER, LILLIAN, 144 FAIRVIEW AVE., SOMERVILLE, NJ 08876

10925   MISHRA PHD, VINAY, 7756 B OAKHILL RD, NORTH ROYALTON, OH 44133

10925   MISKINIS JR, JOHN, 6233S NARRAGANSETT, CHICAGO, IL 60638

10925   MISKO HOWIE SWEENEY, 3811 TURTLE CREEK BLVD, TURTLE CREEK CENTER STE 1900, DALLAS, TX 75219

10925   MISNER, LINDA, 108 GILBERT RD, SOUTHAMPTON, MA 01073

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MISS SMITHS BAKERY, HORIZON DRIVE, SUWANEE, GA 30024 | |
| 10925 | MISSET INTERNATIONAL, POBOX 7247-7107, PHILADELPHIA, PA 19170-7107 | |
| 10925 | MISSING LINK CONSULTANTS,INC, 8211 WEST BROWARD BLVD PH I, PLANTATION, FL 33324-2745 | |
| 10924 | MISSION BETHANY CHURCH, THE, 3601 W. SLAUGHTER LANE, AUSTIN, TX 78749 | |
| 10924 | MISSION FLAVORS & FRAGRANCES, INC., 25882 WRIGHT CIRCLE, FOOTHILL RANCH, CA 92610-3503 | |
| 10925 | MISSION ORCHARDS, PO BOX 72347, CLEVELAND, OH 44192-0347 | |
| 10925 | MISSION PETROLEUM CARRIERS, INC, PO BOX 800, SAN ANTONIO, TX 78293-0800 | |
| 10924 | MISSION READY MIX, PO BOX114, ONTARIO, CA 91761 | |
| 10924 | MISSION READY MIX, POST OFFICE BOX 114, ONTARIO, CA 91761 | |
| 10924 | MISSION RESEARCH, 2946 PONCE DE LEON, NEW ORLEANS, LA 70119US | *VIA Deutsche Post* |
| 10924 | MISSION VALLEY SHOPPING CENTER, FIREPROOF COATINGS, SAN DIEGO, CA 92100 | |
| 10924 | MISSION/ONTARIO, 840 SOUTH CUCAMONGA AVENUE, ONTARIO, CA 91761 | |
| 10925 | MISSIONARIES OF CHARITY, 335 EAST 145 STRET, BRONX, NY 10451 | |
| 10924 | MISSISSIPPI  SCHOOL FOR BLIND, 1253 EAST OBER DR., JACKSON, MS 39211 | |
| 10925 | MISSISSIPPI ATTY GENERAL, ATTN: MIKE MOORE, DEPT OF JUSTICE, PO BOX 220, JACKSON, MS 39205 | |
| 10925 | MISSISSIPPI CHAPTER CSI, POBOX 16554, JACKSON, MS 39236 | |
| 10925 | MISSISSIPPI CONCRETE INDUSTRIES, 6700 OLD CANTON RD SUITE K, RIDGELAND, MS 38157 | |
| 10925 | MISSISSIPPI CONCRETE INDUSTRIES, 6700 OLD CANTON ROAD SUITE K, RIDGELAND, MS 39157-1253 | |
| 10925 | MISSISSIPPI DEPT OF ENV QUALITY, 101 W CAPITAL ST #100, JACKSON, MS 39201 | |
| 10925 | MISSISSIPPI DEPT OF ENVIR QUALITY, 2380 HWY 80 WEST, JACKSON, MS 39204 | |
| 10925 | MISSISSIPPI DEPT OF ENVIR QUALITY, LEGAL DIVISION, BETTY RUTH FOX, ESQ, PO BOX 20305, JACKSON, MS 32989-1305 | |
| 10925 | MISSISSIPPI DEPT OF ENVIR QUALITY, RUSSEL H SMITH CHIEF, SUPERFUND BRANCH, PO BOX 10385, JACKSON, MS 39289-0385 | |
| 10925 | MISSISSIPPI DEPT OF ENVIR QUALITY, TONY RUSSELL, CHIEF, UNCONTROLLED SITES SECTION, 101 WEST CAPITAL ST #100, JACKSON, MS 39201 | |
| 10925 | MISSISSIPPI LIME CO, PO BOX 17436, SAINT LOUIS, MO 63178-7436 | |
| 10924 | MISSISSIPPI MATERIALS CO, PO BOX 5186, GREENVILLE, MS 38704 | |
| 10924 | MISSISSIPPI MATERIALS CO, PO BOX 820588, VICKSBURG, MS 39182 | |
| 10924 | MISSISSIPPI MATERIALS, 30 READY MIX RD, COLUMBUS, MS 39701 | |
| 10924 | MISSISSIPPI MATERIALS, 30 READY MIX ROAD, COLUMBUS, MS 39701 | |
| 10924 | MISSISSIPPI MATERIALS, 30 READY MIX ROAD, COLUMBUS, MS 39704 | |
| 10924 | MISSISSIPPI MATERIALS, ATTN:  ACCOUNTS PAYABLE, JACKSON, TN 38302 | |
| 10924 | MISSISSIPPI MATERIALS, HWY 61 NORTH, WOODVILLE, MS 39669 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 16474, HATTIESBURG, MS 39402 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 307, JACKSON, MS 39205 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 368, FOREST, MS 39074 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 4129, MERIDIAN, MS 39301 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 4129, MERIDIAN, MS 39304 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 5186, GREENVILLE, MS 38704 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 673, HORN LAKE, MS 38637 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 820588, VICKSBURG, MS 39182 | |
| 10924 | MISSISSIPPI MATERIALS, P O BOX 890, SENATOBIA, MS 38668 | |
| 10924 | MISSISSIPPI MATERIALS, P. O. BOX 2212, TUPELO, MS 38803 | |
| 10924 | MISSISSIPPI MATERIALS, P. O. BOX 673, BARTON, MS 38017 | |
| 10924 | MISSISSIPPI MATERIALS, P. O. BOX 820588, VICKSBURG, MS 39182 | |
| 10924 | MISSISSIPPI MATERIALS, P.O. BOX 890, SENATOBIA, MS 38668 | |
| 10924 | MISSISSIPPI MATERIALS, PO BOX 18338, NATCHEZ, MS 39122 | |
| 10924 | MISSISSIPPI MATERIALS, PO BOX 4129, MERIDIAN, MS 39301 | |
| 10924 | MISSISSIPPI MATERIALS, PO BOX 890, SENATOBIA, MS 38668 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MISSISSIPPI MATERIALS, PO BOX16474, HATTIESBURG, MS 39404 | |
| 10924 | MISSISSIPPI MATERIALS, PO BOX307, JACKSON, MS 39205 | |
| 10924 | MISSISSIPPI MATERIALS, PO BOX4129, MERIDIAN, MS 39304 | |
| 10924 | MISSISSIPPI MATLS, PO BOX 368, FOREST, MS 39074 | |
| 10925 | MISSISSIPPI POWER & LIGHT CO., PO BOX 61825, NEW ORLEANS, LA 70161-1825 | |
| 10925 | MISSISSIPPI STATE UNIVER., PO DRAWER AA, MISSISSIPPI STATE UNIVERS, MS 39762 | |
| 10925 | MISSISSIPPI STATE UNIVERSITY, DELTA BRANCH EXP. STATION, OFFICE OF THE GENERAL COUNSEL, PO BOX 6171, MISS STATE UNIV, MS 39762 | |
| 10925 | MISSISSIPPI STATE UNIVERSITY, HALE & DORR LLP, 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004 | |
| 10924 | MISSISSIPPI STATE UNIVERSITY, PRESIDENTS CIRCLE, MISSISSIPPI STATE, MS 39762 | |
| 10924 | MISSISSIPPI STATE UNIVERSITY, SWANN CHEMICAL ENGINEERING BLDG, PRESIDENTS CIRCLE-MISS. STATE UNIV., MISSISSIPPI STATE, MS 39762 | |
| 10925 | MISSISSIPPI TESTING LABORATORIES, POBOX 8948, COLUMBUS, MD 39705 | |
| 10925 | MISSISSIPPI VALLEY GAS CO, BOX 3377, JACKSON, MS 39207 | |
| 10925 | MISSOUI DEPT OF NR, JOHN YOUNG DIR DIV OF ENV QUAL, PO BOX 176, JEFFERSON CITY, MO 65102 | |
| 10925 | MISSOURI ANALYTICAL LABORATORIES IN, 1820 DELMAR BLVD., SAINT LOUIS, MO 63103 | |
| 10925 | MISSOURI ATTY GENERAL, ATTN: JEREMIAH W NIXON, SUPREME COURT BLDG, 207 WEST HIGH ST, JEFFERSON CITY, MO 65101 | |
| 10924 | MISSOURI BAPTIST C/O PHILLIPS WHSE, # 40 COMMERCE DRIVE, O'FALLON, IL 62269 | |
| 10924 | MISSOURI BAPTIST HOSPITAL, 3015 NEW BALLAS ROAD, SAINT LOUIS, MO 63100 | |
| 10924 | MISSOURI BAPTIST KITCHEN RENOVATION, #40 COMMERCE DRIVE, O'FALLON, IL 62269 | |
| 10924 | MISSOURI BAPTIST MEDICAL, 3016 NORTH BALLAS ROAD, SAINT LOUIS, MO 63131 | |
| 10924 | MISSOURI BOTANICAL GARDENS, C/O SMC SERVICES, SAINT LOUIS, MO 63110 | |
| 10925 | MISSOURI CONCRETE ASSOC, PO BOX 392, JEFFERSON CITY, MO 65102 | |
| 10925 | MISSOURI CONCRETE MASONRY COUNCIL, POBOX 1219, JEFFERSON CITY, MO 65102-1219 | |
| 10924 | MISSOURI DEPARTMENT OF TRANSPORTION, 3901 EAST 32ND STREET, JOPLIN, MO 64802 | |
| 10925 | MISSOURI DEPT OF NATURAL RESOURCES, 205 JEFFERSON ST, JEFFERSON CITY, MO 65101 | |
| 10925 | MISSOURI DEPT OF NATURAL RESOURCES, ATTN: RICHARD A NUSSBAUM, 1738 EAST ELM ST, JEFFERSON CITY, MO 65102 | |
| 10925 | MISSOURI DEPT OF NATURAL RESOURCES, DANIEL R SCHUETTE, CHIEF OF PERMIT SECTION, PO BOX 176, JEFFERSON CITY, MO 65102 | |
| 10925 | MISSOURI DEPT OF NATURAL RESOURCES, POBOX 477, JEFFERSON CITY, MO 65102 | |
| 10925 | MISSOURI DEPT OF NR, DANIEL P SCHUETTE, PO BOX 176, JEFFERSON CITY, MO 65102-0176 | |
| 10925 | MISSOURI DEPT OF NR, JOHN YOUNG DIR DIV OF ENV QUAL, PO BOX 176, JEFFERSON CITY, MO 65102 | |
| 10925 | MISSOURI DEPT OF NR, ROB MURPHY PE RICHARD A NUSSBAUM P, 1738 EAST ELM ST, JEFFERSON CITY, MI 65101 | |
| 10925 | MISSOURI DEPT. OF AGRICULTURE, PO BOX 630, JEFFERSON CITY, MO 65102 | |
| 10924 | MISSOURI DEPT. OF TRANSPORTATION, 610 EAST 10 TH, KANSAS CITY, MO 64106 | |
| 10925 | MISSOURI DNRHWP, PO BOX 477, JEFFERSON CITY, MO 65102 | |
| 10925 | MISSOURI EMERGENCY RESPONSE, BARBARA SULLIVAN-CAMBRIDGE, HILLSBORO, MO., MO 29334 | |
| 10925 | MISSOURI EMERGENCY RESPONSE, BARBARA SULLIVAN-CAMBRIDGE, HILLSBORO, MO., MO 29349-3344 | |
| 10925 | MISSOURI EMERGENCY RESPONSE, BARBARA SULLIVAN-CAMBRIDGE, HILLSBORO, MO., MO 99999 | |
| 10925 | MISSOURI EMERGENCY RESPONSE, PO BOX 3133, JEFFERSON CITY, MO 65102 | |
| 10925 | MISSOURI EMERGENCY RESPONSE, X, HILLSBORO, MO 29349 | |
| 10925 | MISSOURI FEED TONNAGE REPORT, POBOX 630, JEFFERSON CITY, MO 65102 | |
| 10924 | MISSOURI HISTORICAL SOCIETY, JEFF MEMORIAL IN FOREST PARK, SAINT LOUIS, MO 63112 | |
| 10924 | MISSOURI MOBLILE CONC, 507 MCCORMICK, CHILLICOTHE, MO 64601 | |
| 10925 | MISSOURI NATURAL GAS CO., DRAWER 2, SAINT LOUIS, MO 63171 | |
| 10925 | MISSOURI OVERHEAD DOOR CO, 118 OLD SUGAR CREEK ROAD, HIGH RIDGE, MO 63049 | |
| 10925 | MISSOURI PACIFIC RAILROAD COMPANY, D/B/A UNION PACIFIC RAILROAD CO, | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MISSOURI PACIFIC RAILROAD COMPANY, PO BOX 502453, SAINT LOUIS, MO 63150-2453

10925   MISSOURI PACIFIC RAILROAD, DEREK R. MCDONALD, BAKER & BOTTS, LLP, 98 SAN JACINTO BLVD #1600, AUSTIN, TX 78701-4039

10925   MISSOURI PACIFIC RAILROAD, MISSOURI PACIFIC RAILROAD CO, 808 TRAVIS ST #620, HOUSTON, TX 77002

10924   MISSOURI STEEL CASTINGS, 905 E. 3RD STREET, JOPLIN, MO 64802

10924   MISSOURI VETERANS HOME, 1111 EUCLID/EUCLID VALLEY ST., CAMERON, MO 64429

10924   MISSOURI VETERAN'S HOME, SAINT LOUIS, MO 63100

10924   MISSOURI VETERANS RETIREMENT HOME, 1111 EUCLID, CAMERON, MO 64429

10925   MISSOURIANS FOR MATT BLUNT, PO BOX 695, JEFFERSON CITY, MO 65102

10925   MISSTY, PAMELA, 409 WOODLAND AVE, WAUCONDA, IL 60084

10925   MISTER MAC, 21 SHUMWAY CIRCLE, WAKEFIELD, MA 01880

10924   MISTER SHEN CHINESE MARKET, 5660 BUFORD HIGHWAY, DORAVILLE, GA 30362

10925   MISTRAL RESTAURANT, 219 COLUMBUS AVE, BOSTON, MA 02116

10925   MISTRETTA, DOROTHY A, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   MISTRETTA, DOROTHY, 10 MORAY COURT, BALTIMORE, MD 21236

10925   MISTRIC, RACHAL, PO BOX 95, PROT BARRE, LA 70577

10925   MISURELL, JEAN, PO BOX 296 302 E. MAIN ST, ROCHESTER, WI 53167

10924   MIT BLDG #16, C/O EAST COAST FIREPROOFING, BOSTON, MA 02110

10925   MIT CENTER FOR TRANSPORTATION, STUDIES, ATTN: KIM MANN, 77 MASS AVE ROOM 1-235, CAMBRIDGE, MA 02139

10925   MIT FALL CAREER FAIR, 77 MASS AVE./BLDG 12 RM 170, CAMBRIDGE, MA 02139-4307

10925   MIT JAPAN PROGRAM EXECUTIVE, 77 MASS AVE, CAMBRIDGE, MA 02139-4307

10925   MIT SLOAN SCHOOL EXECUTIVE SHORT, 50 MEMORIAL DR E52 401A, CAMBRIDGE, MA 02142-1347

10925   MIT, ROOM 1-290 MIT, CAMBRIDGE, MA 02139

10925   MITCHEL, KIMBERLY, 13295 SW 101 ST, MIAMI, FL 33186

10925   MITCHELL & ASSOCIATES, 36 WEST 20TH ST, NEW YORK, NY 10011

10925   MITCHELL A ONISKO, 675 W DELAWARE AVE, TOLEDO, OH 43610-1314

10924   MITCHELL CONCRETE CO, BOX 818, MITCHELL, SD 99999

10924   MITCHELL CONCRETE COMPANY, 721 N EDMUNDS, MITCHELL, SD 57301

10924   MITCHELL CONCRETE COMPANY, BOX 818, MITCHELL, SD 57301

10924   MITCHELL CONCRETE PRODUCTS, PORTABLE PLANT, MITCHELL, SD 57301

10925   MITCHELL CONTRACT INTERIORS,INC, 1047 CONGAREE RD. EXT., GREENVILLE, SC 29615

10925   MITCHELL DABNEY INC., 1440 PELHAM RD. STE H, GREENVILLE, SC 29615

10925   MITCHELL DISTRIBUTING CO, PO BOX 32156, CHARLOTTE, NC 28232

10925   MITCHELL DISTRIBUTING CO., PO BOX 32156, CHARLOTTE, NC 28232-2156

10925   MITCHELL E HOLLIS &, MARJORIE T HOLLIS JT TEN, 4104 WACHS COVE, OLNEY, MD 20832-1714

10925   MITCHELL ELECTRIC INC, 7 DORIS DRIVE SUITE 6A, NORTH CHELMSFORD, MA 01863

10924   MITCHELL ENERGY CORP., PO BOX 4000, SPRING, TX 77387-4000

10924   MITCHELL ENERGY CORPORATION, PO BOX 4000, SPRING, TX 77387-4000

10925   MITCHELL FARM & SEED CO., PO BOX 906, WOODRUFF, SC 29388

10924   MITCHELL HIGH SCHOOL, 658 WEST MITCHELL ROAD, MEMPHIS, TN 38109

10925   MITCHELL III, HILLARY, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   MITCHELL INSTRUMENT CO, 1570 CHEROKEE ST, SAN MARCOS, CA 92069

10925   MITCHELL INSTRUMENT, 1570 CHEROKEE ST., SAN MARCOS, CA 92069-2433

10925   MITCHELL J BEDNARSH, 343 E 92ND ST APT 1R, NEW YORK, NY 10128-5473

10925   MITCHELL JR, JOHN, 106 FOXRUN DR, FT MILL, SC 29715

10925   MITCHELL JR., THOMAS, 3005 EATON, KANSAS CITY, KS 66103

10925   MITCHELL SR, DARRYL D, CUST FOR DARRYL D MITCHELL II, UNIF GIFT MIN ACT, 2161 STRADAVARIUS, CARROLLTON, TX 75007-2218

10925   MITCHELL SURVEYING, 400 WADDELL ROAD, WOODRUFF, SC 29388

10925   MITCHELL T MUNSON,OD, 8925 S. RIDGELINE BLVD.,STE 107, HIGHLANDS RANCH, CO 80126

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MITCHELL W SEDGWICK, 16 SUNSET RD, SOMERVILLE, MA 02144-1229

10925    MITCHELL, ANGELA, 102 MADLE, BORGER, TX 79007

10925    MITCHELL, AUDREY, RD 2 14A OAKMEADOWS, SAN MARCOS TX, TX 78666

10925    MITCHELL, BARBARA, 6909 HAWTHORNE ST, LANDOVER, MD 20785

10925    MITCHELL, BARBARA, 91 20 210 PLACE, QUEENS VILLAGE NY, NY 11428

10925    MITCHELL, BARBARA, RT 2 BOX 1415, UNICOI, TN 37692

10925    MITCHELL, BARRY, 6259 NORCROSS TUCKER ROAD, TUCKER, GA 30084-1238

10925    MITCHELL, BEATRICE, 1943 I ST NE #4, WASHINGTON, DC 20002

10925    MITCHELL, BENNY, 4345 LAKE SHORE BLVD., LAKEPORT, CA 95453

10925    MITCHELL, BILL, 22112 MEADOWHILL DR., SPRING, TX 77389

10925    MITCHELL, BOBBY, PO BOX 576, BOOTHVILLE, LA 70038

10925    MITCHELL, CAROL, PO BOX 362, ST BERNARD, LA 70085-0362

10925    MITCHELL, CAROLINE, 3054 SHADELAND DR, FALLS CHURCH, VA 22044

10925    MITCHELL, CECIL, 4309 E OSBORNE AVE, TAMPA, FL 33610

10925    MITCHELL, CHARLES, 2007 HOLTON AVE, DEER PARK, TX 77536

10925    MITCHELL, CHARLOTTE, PO BOX 575, MIMUK VILLAGE, CA 95346

10925    MITCHELL, CHRISTOPHER, 2796 CRAVEY DR, ATLANTA, GA 30345

10925    MITCHELL, COLIN, 4513 POWDER MILL RD, BELTSVILLE, MD 20705

10925    MITCHELL, CRAIG, 10417 HILLHAVEN, TUJUNGA, CA 91042

10925    MITCHELL, DAVID, 2120 STACKHOUSE DRIVE, YARDLEY, PA 19067

10925    MITCHELL, DAWN, 3301 BENNINGTON DRIVE, WIXOM, MI 48393

10925    MITCHELL, DAYLE, 5721 GULFTON, HOUSTON, TX 77081

10925    MITCHELL, DEBBIE, 5011 RIVERDALE RD, COLLEGE PARK, GA 30337

10925    MITCHELL, DEBORAH, RR 1 COUNTRYSIDE ESTATES #S-5, CHEBANSE, IL 60922

10925    MITCHELL, DENIDRA, 4005 OLD SPANISH, NEW IBERIA, LA 70560

10925    MITCHELL, DENISE, 7817 ELMHURST AVE, PARKVILLE, MD 21234

10925    MITCHELL, DENNIS, 403 4TH AVE SOUTH, PARK CITY, MT 59063

10925    MITCHELL, DENNIS, 7025 KIMBERLY LANE, PLAINFIELD, IN 46168

10925    MITCHELL, DEREK, 3878 MULKEY CIR SW, MARIETTA, GA 30008-5839

10925    MITCHELL, DONALD H., 138 DEER LAKE CIRCLE, ORMOND BEACH, FL 32174

10925    MITCHELL, DONALD, 3181 N. HEMBREE RD, MARIETTA, GA 30062

10925    MITCHELL, DONNA, 427 STEWART ST, GREENSBORO, NC 27401

10925    MITCHELL, EARL, 200 N COUNTRY WAY DR, CORDOVA, TN 38018-8941

10925    MITCHELL, ELDRIDGE, 1516 POPLAR GROVE ST, BALTIMORE, MD 21216

10925    MITCHELL, ELIZABETH, 21 BRONSDON ST, BRIGHTON, MA 02135

10925    MITCHELL, ERIC, 1601 WALTERSWOOD RD., BALTIMORE, MD 21133

10925    MITCHELL, ESTHER, 1115 PERRY ST., CHATTANOOGA, TN 37421

10925    MITCHELL, ESTHER, 4701 WILLARD AVE, BETHESDA, MD 20815-1730

10925    MITCHELL, FLORENCE, 13600 WOODSIDE DR, HUDSON, FL 34667

10925    MITCHELL, GARY, 2204 TAFT, WICHITA FALLS, TX 76309

10925    MITCHELL, GARY, 518 SEMI CIRCLE DRIVE, CHATTANOOGA, TN 37415-4708

10925    MITCHELL, GEORGE, 265 HIGH ST, SPARTANBURG, SC 29301

10925    MITCHELL, GEORGE, PO BOX 451, CHESTER, VT 05143

10925    MITCHELL, GINA, 1726 CANNONBALL CT, LAWRENCEVILLE, GA 30244

10925    MITCHELL, GLEN, 1500 HELD DR SP 23, MODESTO, CA 95355

10925    MITCHELL, GLORIA, 5316 LAKEVIEW, DETROIT, MI 48213

10925    MITCHELL, GRACE, 430 MAIN ST APT 110, W ORANGE, NJ 07052-5735

10925    MITCHELL, GREGORY, 4404 CANBERRA, WICHITA FALLS, TX 76308

10925    MITCHELL, HELLAN, 130 LAKELAND AVE, MOORE, SC 29369-9762

10925    MITCHELL, HERSHELL, 201 N 1ST ST, WALTERS, OK 73572

10925    MITCHELL, JACQUELINE, LIBBY CARE CENTER 308 E, LIBBY, MT 59923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MITCHELL, JACQUELINE, LIBBY CARE CENTER 308 E. 3RD ST., LIBBY, MT 59923

10925   MITCHELL, JAMES C., 4150 JEFFERSON, MARIETTA, GA 30066

10925   MITCHELL, JANA, 1401 W. HWY 78, VILLA RICA, GA 30180

10925   MITCHELL, JANA, 1401 W. HWY. 78, VILLA RICA, GA 30180

10925   MITCHELL, JEANETTE, 10362 SW 205 TERR, CUTLER RIDGE, FL 33189

10925   MITCHELL, JEROME, CARROLLWOOD # G-3, CARROLLTON, GA 30117

10925   MITCHELL, JERRY, 141 AUSTIN ROAD, HACKBERRY, LA 70645

10925   MITCHELL, JOHN C, PO BOX 9, CALPINE, CA 96124-0009

10925   MITCHELL, JOHN, 1451 GOLDUST DRIVE, SPARKS, NV 89436

10925   MITCHELL, JOHNNY, 1703 QUAIL CT, 1703, ROANOKE RAPIDS, NC 27870

10925   MITCHELL, JOHNNY, 4404 HEREFORD RD., ODESSA, TX 79764

10925   MITCHELL, JONATHAN, 58 PLYMOUTH DR, A, NORWOOD, MA 02062

10925   MITCHELL, JOSEPH D, 604 OLD HUNDRED ROAD, PELZER, SC 29669-9335

10925   MITCHELL, JUDITH, 7800 E 4250 S RD, ST ANNE, IL 60964

10925   MITCHELL, KAREN J., 1955 BELLS FERRY RD, MARIETTA, GA 30066

10925   MITCHELL, KAREN, 16 WESTBORO ST, LOWELL, MA 01851

10925   MITCHELL, KAREN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MITCHELL, KAREN, 8605 SKYVIEW TERRCE, FORT WORTH, TX 76116

10925   MITCHELL, KEITH, 6909 HAWTHORNE ST, LANDOVER, MD 20785

10925   MITCHELL, KERRY, 2624 BEAVERWOOD, HAUGHTON, LA 71037

10925   MITCHELL, KIMBERLY, 2060 N VERMONT ST #203, ARLINGTON, VA 22207

10925   MITCHELL, LARRY, 337 HIALEAH, CORPUS CHRISTI, TX 78418

10925   MITCHELL, LAURENCE, 1500 LIVE OAK DR, SILVER SPRING, MD 20910-1543

10925   MITCHELL, LISA, 7143 WINDWARD DR, NEW BERN, NC 28560

10925   MITCHELL, LYNESTER, 101 SHERIDAN DR., LAFAYETTE, LA 70506

10925   MITCHELL, MARGARET, POBOX 1684, NEWBERRY, FL 32669

10925   MITCHELL, MARIA, 705 WABASH, ODESSA, TX 79761

10925   MITCHELL, MARILYN, PO BOX 412, DESTREHAN, LA 70047

10925   MITCHELL, MARION, HC 88 BOX 1550, POCONO LAKE, PA 18347

10925   MITCHELL, MARJORIE, 1220 EAST WEST HWY, SILVER SPRING, MD 20910

10925   MITCHELL, MARK, C/O C LIPO, ABLRE TAX ASSOC 515 N WHITNEY WAY, MADISON, WI 53705

10925   MITCHELL, MARTHA, 401 BUCKINGHAM DRIVE, CHRSTAL LAKE, IL 60014

10925   MITCHELL, MARY, 6636 THORN HILL CT, BOCA RATON, FL 33433

10925   MITCHELL, MICHAEL, 17601 LEAVENWORTH ST, OMAHA, NE 68118

10925   MITCHELL, MICHELLE, 4304 NW 9TH AVE, POMPANO BCH, FL 33064

10925   MITCHELL, MURIEL, 1604 EDGEMONT DR., MESQUITE, TX 75149

10925   MITCHELL, NANCY, 1315 MUHLENBERG ST, READING, PA 19602

10925   MITCHELL, NICOLE, 329 MEARS ST, MARTINEZ, GA 30907

10925   MITCHELL, PATSY, 171 MUSTANG ST, SULPHUR, LA 70663

10925   MITCHELL, PATSY, 2731 DUNLAP ST., SHREVEPORT, LA 71103

10925   MITCHELL, PAUL, 2514 VENETIAN WAY, OWENSBORO, KY 42301

10925   MITCHELL, PAUL, 288 MILL ROAD N 82, MAULDIN, SC 29662

10925   MITCHELL, PAUL, 3490 HWY 81 N, CALHOUN, KY 42327

10925   MITCHELL, PAULINE, PO BOX 182, GRANT PARK, IL 60940-0182

10925   MITCHELL, RACHEL, 402 MAIN ST APT. 1, WESTBROOK, ME 04092

10925   MITCHELL, ROBERT, 177 GOLDMINE LANE, OLD BRIDGE, NJ 08857

10925   MITCHELL, ROCHELLE, 6143 S HAMPTON DR, MONTGOMERY, AL 36116

10925   MITCHELL, RONALD, 199 DAY ST NW, CEDAR RAPIDS, IA 52405

10925   MITCHELL, RONALD, 87 WESSON AVE., QUINCY, MA 02169

10925   MITCHELL, RONALD, 956 VILLAGE MILL RD, BIRMINGHAM, AL 35215

10925   MITCHELL, RONALD, PO BOX 615, GRAND ISLE, LA 70358

i9

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MITCHELL, ROSE, 16811 HAPPY HILL ROAD, COLONIAL HTS, VA 23834 | |
| 10925 | MITCHELL, RUTH, 86 MARTHA RD, HARRINGTON PK, NJ 07640 | |
| 10925 | MITCHELL, S, 7 CAPANO DRIVE APT. D5, NEWARK, DE 19702 | |
| 10925 | MITCHELL, SANDRA, 249 PINYON LN, COPPELL, TX 75019 | |
| 10925 | MITCHELL, SANDRA, RR2 BOX 407, MOMENCE, IL 60954 | |
| 10925 | MITCHELL, SARA, 5914 FOXHALL MANOR DRIVE, CATONSVILLE, MD 21228 | |
| 10925 | MITCHELL, SHANNA, 2921 MANHATTAN, AMARILLO, TX 79103 | |
| 10925 | MITCHELL, SHIRLEY, 899 OAK HOLLOW PLACE, BRANDON, FL 33510 | |
| 10925 | MITCHELL, STACY, 5539 COLUMBIA PIKE APT # A 210, ARLINGTON, VA 22204 | |
| 10925 | MITCHELL, STEVEN, 12006 BAY TREE WAY, CHARLOTTE, NC 28277 | |
| 10925 | MITCHELL, SYLVIA, 1301 S. 1 1/2 ST., MCALLEN, TX 78501 | |
| 10925 | MITCHELL, TAHITIA, 113 N HOLMAN ST, DURHAM, NC 27701 | |
| 10925 | MITCHELL, THELMA, 6830 AVILA DRIVE, SAN ANTONIO, TX 78239 | |
| 10925 | MITCHELL, TIM, 4915 ROCK POINT ST, WICHITA FALLS, TX 76310 | |
| 10925 | MITCHELL, TRACY SLAYBA, C/O C. LIPO, ABLRE TAX ASSOC 515 N WHITNEY WAY, MADISON, WI 53705 | |
| 10925 | MITCHELL, TRACY, 954 GREENWOOD AVE 2ND FL, TRENTON, NJ 08609 | |
| 10925 | MITCHELL, TREVOR, BOX 85, HARTSHORNE, OK 74547 | |
| 10925 | MITCHELL, VIOLET, BOX 7989 SOLLEY RD, GLEN BURIE, MD 21060 | |
| 10925 | MITCHELL, VIRGINIA, 7364 W FARM RD 140, SPRINGFIELD, MO 65802 | |
| 10925 | MITCHELL, WALTER, 5792 PARADISE AVE., BALTIMORE, MD 21227 | |
| 10925 | MITCHELL, WAYNE, 401 BUCKINGHAM DRIVE, CRYSTAL LAKE, IL 60014 | |
| 10925 | MITCHELL, WILLIAM, 15 GORDON ST, CHARLESTON, SC 29403-3615 | |
| 10925 | MITCHELL, WILLIAM, 23140 COBBLESTONE LANE, 212, CALIFORNIA, MD 20619 | |
| 10925 | MITCHELL, WILLIAM, 8608 BELLECHASE DR, GRANBURY, TX 76049 | |
| 10925 | MITCHELLS FORMAL WEAR, 4400 SHARON ROAD, CHARLOTTE, NC 28209 | |
| 10925 | MITCHELSON, FRANCINE, 704 ALDRICH, LINDEN, MI 48451 | |
| 10925 | MITCHEM, JOHN, 111 PEARSON RD., WOODRUFF, SC 29388-9450 | |
| 10925 | MITCHEM, SARAH, 617 WHITE OAK DR, LOWELL, NC 28098 | |
| 10925 | MITCHLER, GARY, 2503 N MASON ST, APPLETON, WI 54914 | |
| 10925 | MITCHS GREENTHUMB LANDSCAPING CORP, 32285 N ALLEGHANY ROAD, GRAYSLAKE, IL 60030 | |
| 10925 | MITCHS WELDING & HITCHES, 802 KINGSBURY ST, MAUMEE, OH 43537 | |
| 10925 | MITCHUM, MARY, 109 WATER ST, WELDON, NC 27890 | |
| 10925 | MITCO, ATTN: R. CLANCY, WOODRIDGE, IL 60517 | |
| 10925 | MITHOFF JACKS, 111 CONGRESS AVE, SUITE 1010, AUSTIN, TX 78701 | |
| 10925 | MITKEM CORPORATION, 175 METRO CENTER BLVD, WARWICK, RI 02886-1755 | |
| 10924 | MI-T-M CORP., 8545 KAPP DRIVE, PEOSTA, IA 52068 | |
| 10925 | MITRANO, ELAINE, 27 HICKORY AV, MEDFORD, MA 02155 | |
| 10925 | MITRONIC TRADING CORP, 223 PARK AVE, HICKSVILLE, NY 11801 | |
| 10924 | MITSUBISHI BANK, C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90050 | |
| 10925 | MITSUBISHI CATERPILLAR FORKLIFT, PO BOX 200612, HOUSTON, TX 77216-0612 | |
| 10924 | MITSUBISHI CEMENT, 5808 STATE HIGHWAY 18, LUCERNE VALLEY, CA 92356 | |
| 10924 | MITSUBISHI INT'L CORPORATION, 520 MADISON AVENUE, NEW YORK, NY 10022 | |
| 10924 | MITSUBISHI KAISEI CORPORATION, CHIYODA-KU, 5-2, MARUNOUCHI 2-CHOME, TOKYO 100, 99999999JPN | *VIA Deutsche Post* |
| 10924 | MITSUBISHI SILICON AMERICA, 1410 TANDEM AVE NE, SALEM, OR 97303 | |
| 10924 | MITSUBISHI, OLD AIRPORT CARGO TERMINAL, HILO, HI 96720 | |
| 10925 | MITSUGI HANE, 778 N 6TH ST, SAN JOSE, CA 95112-5022 | |
| 10924 | MITSUI & CO USA INC, INORGANIC CHEMICAL DEPT, 200 PARK AVENUE, NEW YORK, NY 10166-0130 | |
| 10924 | MITSUI & CO. (U.S.A.), INC., INORGANIC CHEMICAL DEPT., 200 PARK AVENUE, NEW YORK, NY 10166-0130 | |
| 10924 | MITSUI & CO. (USA) INC, 5578 ESTE AVENUE, CINCINNATI, OH 45232 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MITSUI PLASTICS, 11 MARTINE AVE - SUITE 965, WHITE PLAINS, NY 10606 | |
| 10925 | MITTMAN, BERNARD, 968 MIDLAND ROAD, ORADELL, NJ 07649 | |
| 10925 | MITTMAN, PHYLLIS, 2425 PRESIDENTAL WAY - PH2, WEST PALM BEACH, FL 33401-1321 | |
| 10925 | MITTMAN, SAUL, 240-77 67TH AVE, DOUGLASTON, NY 11362-1926 | |
| 10925 | MITTON, VERNON, RR1 BOX 416-B, ANTRIM, NH 03440 | |
| 10925 | MITTS, GALE, ROUTE 1 BOX 88, SAVANNAH, MO 64485 | |
| 10925 | MITTS, JANET, 4650 SIERRA MADRE, 779, RENO, NV 89502 | |
| 10924 | MIVASA WORLD WIDE INC., 7463 SW 50TH TERRACE, MIAMI, FL 33155 | |
| 10924 | MIVASA WORLDWIDE INC, 7463 S.W. 50 TERRACE, MIAMI, FL 33155 | |
| 10924 | MIVASA WORLDWIDE INC, 8300 N. W. 70TH STREET, MIAMI, FL 33166 | |
| 10925 | MIVEL CORPORATION, 133 NORTH COURT ST, MEDINA, OH 44256 | |
| 10925 | M-IVEMEX,INC, PO BOX 681331, HOUSTON, TX 77268 | |
| 10925 | MIX MOR, 3131 CASITAS AVE, LOS ANGELES, CA 90039 | |
| 10925 | MIX, NINA, 224 SW 2ND ST, FLORIDA CITY, FL 33034 | |
| 10925 | MIXED FERTILIZER PLANT, AA HWY, JOPLIN, MO 64802 | |
| 10925 | MIXING AND PROCESS EQUIPMENT, 5333 RIVER ROAD, SUITE #B, NEW ORLEANS, LA 70123 | |
| 10925 | MIXING EQUIPMENT CO INC, 1115 HILLTOP DR, ITASCA, IL 60143 | |
| 10925 | MIXING EQUIPMENT CO, INC, PO BOX 102432, ATLANTA, GA 30368 | |
| 10925 | MIXING EQUIPMENT CO. INC., PO BOX 403, BURLINGTON, NJ 08016 | |
| 10925 | MIXMOR, 3131 CASITAS AVE, LOS ANGELES, CA 90039-2499 | |
| 10925 | MIXMOR, 801 THIRD AVE, KING OF PRUSSIA, PA 19406 | |
| 10925 | MIXON, GAY, 42 HATCHETT CREEK RD, VENICE, FL 34292 | |
| 10925 | MIXON, JOEY, RT. 6, BOX 159-A, LUCEDALE, MS 39452 | |
| 10925 | MIXON, LENDON, STAR RT. BOX 297, LEAF, MS 39450 | |
| 10925 | MIXON, LOIS, 3700 FREDRICK, WACO, TX 76707 | |
| 10925 | MIXON, MARION, 1421 STILLMEADOW DR., MESQUITE, TX 75181 | |
| 10925 | MIXON, SUZANNE, 17084 NW 60 CT, MIAMI, FL 33015 | |
| 10925 | MIYAMOTO, CAROL, 5900 FRANKLIN AVE #2A, BALTIMORE, MD 21207 | |
| 10925 | MIZE, GREGORY, BOX 3297, SOLDOTNA, AK 99669 | |
| 10925 | MIZE, JAMES, 204 PERCHERON PATH, SIMPSONVILLE, SC 29681 | |
| 10925 | MIZE, JAMES, PO BOX 9, RANDLETT, OK 73562 | |
| 10925 | MIZE, RAY, PO BOX 945, IOWA PARK, TX 76367 | |
| 10925 | MIZELL JR, ROAN, 1101 BURTON ST, PLANT CITY, FL 33566-3003 | |
| 10925 | MIZELL, ROY, RT. 2, BOX 288, MANY, LA 71449 | |
| 10925 | MIZERA, EUGENE, 8026 WEST 85TH PL, JUSTICE, IL 60458 | |
| 10925 | MIZERA, ROBERTA, 372 WEST 55TH ST, CLARENDON HILLS, IL 60514 | |
| 10925 | MIZERAK, MICHAEL, 14 CHERRYWOOD DRIVE, STOUGHTON, MA 02072 | |
| 10925 | MIZUHARA, LINDA, 21550 BOX SPRINGS ROAD, #1043, MORENO VALLEY, CA 92557 | |
| 10925 | MIZURAK, MARY, 1605 COVINGTON ST, BALTIMORE, MD 21230 | |
| 10924 | MJ DE BASE, PLANET HOLLYWOOD, LAS VEGAS, NV 89103 | |
| 10925 | MJ GRAPHICS, 1911 RICHMOND AVE SUITE 115, STATEN ISLAND, NY 10314 | |
| 10925 | MJ SEIWERT CARTAGE CO., 2029 W HUBBARD ST, CHICAGO, IL 60612 | |
| 10925 | MJM PRINTING & GRAPHICS, 15914 INDIANOLA DRIVE, ROCKVILLE, MD 20855 | |
| 10925 | MJM PRINTING & GRAPHICS, PO BOX 1099, ROCKVILLE, MD 20849 | |
| 10925 | MJM SALES, 809 1ST ST., BERTHOUD, CO 80513 | |
| 10924 | MJM STUDIOS, 453 ROUTE 17 K, ROCK TAVERN, NY 12575 | |
| 10924 | MJS INDUSTRIES INC., 2125 SMITHTOWN AVENUE, RONKONKOMA, NY 11779 | |
| 10924 | MJS INDUSTRIES INC., 2125 SMITHTOWNAVENUE, RONKONKOMA, NY 11779 | |
| 10924 | MJS INDUSTRIES, INC., 2125 SMITHTOWN AVENUE, RONKONKOMA, NY 11779 | |
| 10925 | MK DATA SERVICES, 1920 N ST NW #601, WASHINGTON, DC 20036 | |
| 10925 | MKA ENVIRONMENTAL CONSULTING INC, 110 SCHILLER ST SUITE 304, ELMHURST, IL 60126 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 10924 | MKD CONSTRUCTION INC, PO BOX 11036, RENO, NV 89510 |
| 10924 | MKMC, HIGHWAY 49 EAST, YAZOO CITY, MS 39194 |
| 10925 | MKS BARATRON, 651 LOWELL ST., METHUEN, MA 01844 |
| 10925 | MKS INSTRUMENTS, INC, PO BOX 3553, BOSTON, MA 02241 |
| 10925 | MLASKA, RALPH, 412 TROUT ST, WILMINGTON, IL 60481 |
| 10924 | MLO PRODUCTS, 2351 NORTH WATNEY WAY, FAIRFIELD, CA 94533 |
| 10925 | MLPF&S TR, IRA, FBO JANICE A HEALY 01 01 85, 84-35 257 ST, FLORAL PARK, NY 11001-1003 |
| 10924 | MLV CONCRETE, INC., 160 3RD STREET, BROOKLYN, NY 11231 |
| 10925 | MM INDUSTRIES INC., PO BOX 720, SALEM, OH 44460 |
| 10925 | MM MANSFIELD BARREL, PO BOX 92, NORTH WEYMOUTH, MA 02191 |
| 10924 | MMC, #30 READY MIX ROAD, COLUMBUS, MS 39701 |
| 10924 | MMC, % ALABAMA CONCRETE, FAYETTE, AL 35555 |
| 10924 | MMC, 102 PORTER ROAD, SENATOBIA, MS 38668 |
| 10924 | MMC, 102 PORTER ST, SENATOBIA, MS 38668 |
| 10924 | MMC, 103 COMPRESS RD, UNION, MS 39365 |
| 10924 | MMC, 1117 S. RACEWAY ROAD, GREENVILLE, MS 38704 |
| 10924 | MMC, 1148 EAST & WALKER RD, PLAQUEMINE, LA 70764 |
| 10924 | MMC, 119 WEST JACKSON, BELZONI, MS 39038 |
| 10924 | MMC, 128 ELTON ROAD, JACKSON, MS 39212 |
| 10924 | MMC, 1805 N. MAIN, COLUMBIA, MS 39429 |
| 10924 | MMC, 1920 BYRON STREET, HATTIESBURG, MS 39404 |
| 10924 | MMC, 217 INDUSTRIAL PARK RD., STARKVILLE, MS 39759 |
| 10924 | MMC, 217 INDUSTRIAL ROAD, STARKVILLE, MS 39759 |
| 10924 | MMC, 260 COMMERCE STREET, COLLIERVILLE, TN 38017 |
| 10924 | MMC, 306 S. SPRING STREET, STARKVILLE, MS 39759 |
| 10924 | MMC, 306 SOUTH SPRING ST., LOUISVILLE, MS 39339 |
| 10924 | MMC, 358 LIBERTY AVE, NATCHEZ, MS 39120 |
| 10924 | MMC, 358 LIBERTY RD, NATCHEZ, MS 39120 |
| 10924 | MMC, 409 KNOX ROAD, KOSCIUSKO, MS 39090 |
| 10924 | MMC, 455 NAIL RD, HORN LAKE, MS 38637 |
| 10924 | MMC, 5224 ARUNDEL  (FRONT PLANT), MERIDIAN, MS 39304 |
| 10924 | MMC, 601 FACTORY RD, EUPORA, MS 39744 |
| 10924 | MMC, 6TH ST, NEWTON, MS 39345 |
| 10924 | MMC, 7902 HWY 45 N, MERIDIAN, MS 39304 |
| 10924 | MMC, 815 W. FORTIFICATION STREET, JACKSON, MS 39203 |
| 10924 | MMC, 8477 HIGHWAY 51 NORTH, COLDWATER, MS 38618 |
| 10924 | MMC, 999 N. 3RD AVE., SALTILLO, MS 38866 |
| 10924 | MMC, FISHER RD, WINONA, MS 38967 |
| 10924 | MMC, HIGHWAY 51 SOUTH, HERNANDO, MS 38632 |
| 10924 | MMC, HIGHWAY 65 SOUTH, EUDORA, AR 71640 |
| 10924 | MMC, HWY 12, ACKERMAN, MS 39735 |
| 10924 | MMC, HWY 16 EAST, CARTHAGE, MS 39051 |
| 10924 | MMC, HWY 178, MINERAL WELLS, MS 38654 |
| 10924 | MMC, HWY 190, LIVONIA, LA 70755 |
| 10924 | MMC, HWY 26 WEST, WIGGINS, MS 39577 |
| 10924 | MMC, HWY 45 NORTH, SHUBUTA, MS 39360 |
| 10924 | MMC, HWY 471, BRANDON, MS 39042 |
| 10924 | MMC, HWY 49 SOUTH, GREENWOOD, MS 38930 |
| 10924 | MMC, HWY 49, INDIANOLA, MS 38751 |
| 10924 | MMC, HWY 51 N, RIDGELAND, MS 39157 |
| 10924 | MMC, HWY 51 NORTH, CANTON, MS 39046 |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MMC, HWY 61 SOUTH, PRAIRIEVILLE, LA 70769 | |
| 10924 | MMC, HWY 63, LEAKESVILLE, MS 39451 | |
| 10924 | MMC, HWY 72, CORINTH, MS 38834 | |
| 10924 | MMC, HWY 8 WEST, 136 SWEETHOME ROAD, GRENADA, MS 38901 | |
| 10924 | MMC, HWY 80 WEST, FOREST, MS 39074 | |
| 10924 | MMC, HWY 80, BOVINA, MS 39180 | |
| 10924 | MMC, HWY 82, LAKE VILLAGE, AR 71653 | |
| 10924 | MMC, HWY 98, HATTIESBURG, MS 39404 | |
| 10924 | MMC, HWY. 49 SO., CLARKSDALE, MS 38614 | |
| 10924 | MMC, INC., 408 EAST GOWAN RD, NORTH LAS VEGAS, NV 89030 | |
| 10924 | MMC, OFF HWY 1, NEW ROADS, LA 70760 | |
| 10924 | MMC, P O DRAWER 1605, BATESVILLE, MS 38606 | |
| 10924 | MMC, P. O. DRAWER 1500, BATESVILLE, MS 38606 | |
| 10924 | MMC, PLANT #111, VICKSBURG, MS 39180 | |
| 10924 | MMC, PLANT #112, PORT GIBSON, MS 39150 | |
| 10924 | MMC, PO BOX419, BATESVILLE, MS 38606 | |
| 10924 | MMC, PO BOX419, BATESVILLE, MS 38606-4105 | |
| 10924 | MMC, ROBINSONVILLE, MS 38664 | |
| 10924 | MMC, SANDIFER ROAD, HOLLANDALE, MS 38748 | |
| 10924 | MMC, US 51-NORTH, BATESVILLE, MS 38606 | |
| 10924 | MMC, WALKER & CENTRAL, CLEVELAND, MS 38732 | |
| 10924 | MMC, WEST MICHIGAN STREET, POPLARVILLE, MS 39470 | |
| 10924 | MMC/TABS, BELT WAY WEST, LAS VEGAS, UT 89129 | |
| 10925 | MMG - NORTH AMERICA, 126 PENNSYLVANIA AVE, PATERSON, NJ 07503 | |
| 10925 | MMT, PO BOX 1719, PEORIA, IL 61656-1719 | |
| 10925 | MN CONCRETE & MASONRY, 275 MARKET ST., SUITE C13, MINNEAPOLIS, MN 55405 | |
| 10924 | MN CORRECTION FACILITY, 78525 4TH AVE, LINO LAKES, MN 55014 | |
| 10925 | MN POLLUTION CONTROL AGENCY, 520 LAFAYETTE ROAD NORTH, SAINT PAUL, MN 55155-4194 | |
| 10924 | MNBA BANK, C/O DAVENPORT INSULATION, BALTIMORE, MD 21203 | |
| 10924 | MNBA BANK, C/O DAVENPORT, HUNT VALLEY, MD 21031 | |
| 10925 | MO DEPT N R WATER POLLUTION CONTRO, PO BOX 176, JEFFERSON CITY, MO 65102-0176 | |
| 10925 | MO/KS CHAPTER ACPA, 10707 BARKLEY SUITE A, OVERLAND PARK, KS 66211 | |
| 10925 | MO/KS CHAPTER ACPA, 8245 NIEMAN RD SUITE 120, LENEXA, KS 66214 | |
| 10925 | MOAK, ELIZABETH, 535 HOLMSLEY TRAIL, EL PASO, TX 79915 | |
| 10925 | MOAK, ELLIS, ROUTE 1, BOX 285, WESSON, MS 39191 | |
| 10925 | MOAK, JOHNNY, ROUTE 1 BOX 285, WESSON, MS 39191 | |
| 10924 | MO-ARK CONST. PRODUCTS, 2565 W. BENNETT STREET, SPRINGFIELD, MO 65807 | |
| 10924 | MO-ARK CONST. PRODUCTS, 2565 W. BENNETT, SPRINGFIELD, MO 65807 | |
| 10925 | MOAWAD, CHRISTOPHER, 1008 LOMA DRIVE, HERMOSA BEACH, CA 90254 | |
| 10924 | MOBAY CHEMICAL COMPANY, NEW MARTINSVILLE, WV 26155 | |
| 10924 | MOBAY CHEMICAL COMPANY, WEST BAY ROAD, BAYTOWN, TX 77520 | |
| 10925 | MOBERLEY, FRANK, 1108 MAIN AVE, LIBBY, MT 59923 | |
| 10924 | MOBERLY COLLEGE, C/O SMC SERVICES, CORNER OF ROLLINS ST & COLLEGE AVE, MOBERLY, MO 65270 | |
| 10925 | MOBERLY, JAMES, PO BOX 2691, EVANSTON, WY 82930 | |
| 10925 | MOBIL BUSINESS RESOURCES CORP, 3225 GALLOWS ROAD, FAIRFAX, VA 22037-0001 | |
| 10924 | MOBIL CHEMICAL CANADA LTD, 323 UNIVERSITY AVE, BELLEVILLE, ON K8N 5A2TORONTO | *VIA Deutsche Post* |
| 10924 | MOBIL CHEMICAL CANADA LTD, 323 UNIVERSITY AVENUE, BELLEVILLE, ON K8N 5A2TORONTO | *VIA Deutsche Post* |
| 10924 | MOBIL CHEMICAL CANADA LTD., 323 UNIVERSITY AVENUE, BELLEVILLE, ON K8N 5A2TORONTO | *VIA Deutsche Post* |
| 10924 | MOBIL CHEMICAL CANADA LTD., PO BOX 280, BELLEVILLE, ON K8N 5A2TORONTO | *VIA Deutsche Post* |
| 10924 | MOBIL CHEMICAL CO, 2775 GULF STATES ROAD, BEAUMONT, TX 77704 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MOBIL CHEMICAL CO, CHEMICAL PRODUCTS DIV, PO BOX 3140, EDISON, NJ 08818

10924   MOBIL CHEMICAL CO, CHEMICAL PRODUCTS DIV., PO BOX 3140, EDISON, NJ 08818

10924   MOBIL CHEMICAL CO, GULF STATES ROAD, BEAUMONT, TX 77704

10924   MOBIL CHEMICAL CO, RTE 27 & VINEYARD RD, BOX 3140, EDISON, NJ 08818

10924   MOBIL CHEMICAL CO., 1 MILE WEST OF CITY LIMITS, BEAUMONT, TX 77707

10924   MOBIL CHEMICAL CO., 400 ATRIUM DRIVE, SOMERSET, NJ 08873

10924   MOBIL CHEMICAL CO., 555 WOLVERINE ROAD, SHAWNEE, OK 74801

10924   MOBIL CHEMICAL CO., 729 PITTSFORD-PALMYRA RD. RT.31, MACEDON, NY 14502

10924   MOBIL CHEMICAL CO., 729 PITTSFORD-PALMYRA RDS, MACEDON, NY 14502

10924   MOBIL CHEMICAL CO., PO BOX 2295, BEAUMONT, TX 77704

10924   MOBIL CHEMICAL CO., TECHNICAL CENTER/SEMI-WORKS, 729 PITTSFORD-PALMYRA RD. RT.31, MACEDON, NY 14502-0798

10924   MOBIL CHEMICAL COMPANY INC, 729 PITTSFORD-PALMYRA RD, MACEDON, NY 14502

10924   MOBIL CHEMICAL COMPANY INC., 1150 PITTSFORD-VICTOR RD, PITTSFORD, NY 14534

10924   MOBIL CHEMICAL COMPANY INC., 555 WOLVERINE RD, SHAWNEE, OK 74801

10924   MOBIL CHEMICAL COMPANY, 9822 LA PORTE FREEWAY, HOUSTON, TX 77017

10924   MOBIL CHEMICAL, PO BOX 139092, DALLAS, TX 75313-9092

10925   MOBIL CREDIT FINANCE CORP, PO BOX 15610, WILMINGTON, DE 19886-5610

10925   MOBIL CREDIT FINANCE CORP., PO BOX 85100, LOUISVILLE, KY 40285-5100

10924   MOBIL E & P U.S., 1014 SANTA BARBARA STREET, SANTA BARBARA, CA 93101

10924   MOBIL E & P U.S., PO BOX 1028, POTEAU, OK 74953

10925   MOBIL OIL COMPANY, OAKWOOD, TX 75855

10925   MOBIL OIL CORP, 3225 GALLOWS ROAD, FAIRFAX, VA 22037

10925   MOBIL OIL CORP, TOM M MILTON SUPERFUND RESPONSE GRO,

10924   MOBIL OIL CORP., EAST MAIN GATE WHSE, I-55 & ARSENAL ROAD, CHANNAHON, IL 60410

10924   MOBIL OIL CORP., END OF BURT STREET, BEAUMONT, TX 77701

10924   MOBIL OIL CORP., PO BOX 2788, BEAUMONT, TX 77704

10924   MOBIL OIL CORP., PO BOX 874, JOLIET, IL 60434

10924   MOBIL OIL CORPORATION, 800 BILLINGSPORT ROAD, PAULSBORO, NJ 08066

10925   MOBIL OIL CORPORATION, PO BOX 6324, NEW YORK, NY 10249

10925   MOBIL OIL CORPORATION, PO BOX 75024, CHICAGO, IL 60625-5024

10925   MOBIL OIL CORPORATION, PO BOX 75024, CHICAGO, IL 60675-5024

10925   MOBIL OIL CREDIT CORP, PO BOX 85061, LOUISVILLE, KY 40285-5061

10925   MOBIL OIL CREDIT CORP, POBOX 85100, LOUISVILLE, KY 40285-5100

10925   MOBIL OIL CREDIT CORPORATION, PO BOX 85100, LOUISVILLE, KY 40285-5100

10924   MOBIL PETROCHEMICAL DIVISION, PO BOX 139041, DALLAS, TX 75313-9021

10924   MOBIL REFINERY, 600 BILLINGSPORT ROAD, PAULSBORO, NJ 08066

10924   MOBIL RESEARCH & DELV. CORP., PO BOX 480, PAULSBORO, NJ 08066

10924   MOBIL RESEARCH & DEVELOPMENT CORP., 600 BILLINGSPORT ROAD, PAULSBORO, NJ 08066-0480

10924   MOBIL TECHNOLOGY CO., 600 BILLINGS PORT ROAD, PAULSBORO, NJ 08066

10924   MOBIL TECHNOLOGY CO., 600 BILLINGSPORT ROAD, PO BOX 480, PAULSBORO, NJ 08066

10924   MOBIL TECHNOLOGY COMPANY, 600 BILLINGSPORT ROAD, PO BOX 480, PAULSBORO, NJ 08066-0480

10924   MOBIL TECHNOLOGY CORP., PAULSBORO RESEARCH LAB, BLDG. 39, 600 BILLINGSPORT ROAD, VERNON ROCKVILLE, CT 06066

10925   MOBIL, PO BOX 4575, CAROL STREAM, IL 60197-4575

10925   MOBIL/EXXON, PO BOX 874, KINSMAN, IL 60437

10925   MOBILCOMM, PO BOX 630384, CINCINNATI, OH 45263-0384

10924   MOBILCRETE INC, ROUTE 3 BOX 28, LE SUEUR, MN 56058

10924   MOBILCRETE, INC., 402 - 1ST STREET S.W., NEW PRAGUE, MN 56071

10924   MOBILCRETE, INC., 801 E MAIN STREET, BELLE PLAINE, MN 56011

10924   MOBILCRETE, INC., RR 3, BOX 2B, LE SUEUR, MN 56058

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MOBILE COMM, PO BOX 4330, CAROL STREAM, IL 60197-4330

10925 MOBILE CONCRETE PUMPING, INC, PO BOX 186, MT. VERNON, MO 65712

10925 MOBILE CREDIT FINANCE CORPORATION, PO BOX 85100, LOUISVILLE, KY 40285-5100

10925 MOBILE INSTALLATIONS NW, 640 MULLIS ST SUITE 211, FRIDAY HARBOR, WA 98250

10924 MOBILE INSTRUMENT SERVICE & REPAIR, 333 WATER AVENUE, BELLEFONTAINE, OH 43311

10924 MOBILE MINI INC, ATTN: RON KUHN, MARICOPA, AZ 85239

10925 MOBILE MINI INC, PO BOX 79149, PHOENIX, AZ 85062-9149

10924 MOBILE MINI, INC., 11755 N. MIP ENTRANCE ROAD, ATTN: VICTOR ZAMORA, MARICOPA, AZ 85239

10924 MOBILE MINI, INC., ATTN:  ROH KUHN, MARICOPA, AZ 85239

10925 MOBILE MINI,INC, PO BOX 79149, PHOENIX, AZ 85062-9149

10924 MOBILE MIX CONCRETE LLC, 409 NEW STATE ROAD, MANCHESTER, CT 06040

10924 MOBILE MIX CONCRETE LLC, P. O. BOX 1326, MANCHESTER, CT 06045

10924 MOBILE MIX INC., 3022 SE 147TH, PORTLAND, OR 97236

10924 MOBILE OIL (AIMCOR), LUNDEEN PAINT, TORRANCE, CA 90501

10925 MOBILE OIL CO., PO BOX 75024, CHICAGO, IL 60675-5024

10924 MOBILE OIL CORP, C/O SCHENKERS INTERNATION, DALLAS, TX 75265

10925 MOBILE OIL CREDIT CORP, PO BOX 85100, LOUISVILLE, KY 40285-5100

10924 MOBILE OIL, ARSENAL ROAD & HWY. 55, JOLIET, IL 60434

10925 MOBILE OPTICAL STORE INC, 815B ROCKVILLE PIKE #288, ROCKVILLE, MD 20852

10925 MOBILE OPTICAL STORE INC., 815-B ROCKVILLE PIKE #288, ROCKVILLE, MD 20852-1214

10925 MOBILE OPTICAL STORE, INC, 15914-B SHADY GROVE RD.,#353, GAITHERSBURG, MD 20877

10924 MOBILE PAINT MANUF, 1775 HAMILTON BLVD, THEODORE, AL 36582

10924 MOBILE PAINT MANUFACTURING CO., 4775 HAMILTON BLVD., THEODORE, AL 36582

10925 MOBILE PAINT MFG CO OF PUERTO RICO, PO BOX 3859, CAROLINA, PR 00984PUERTO RICO      *VIA Deutsche Post*

10924 MOBILE PAINT, 4775 HAMILTON BLVD., THEODORE, AL 36582

10924 MOBILE PAINT, PO BOX 717, THEODORE, AL 36590

10925 MOBILE PLANET, 21228 VANOWEN ST., CANOGA PARK, CA 91303

10925 MOBILE STORAGE GROUP, PO BOX 808, EDISON, NJ 08818

10925 MOBILE STORAGE GROUP, PO BOX 931898,

10925 MOBILE TIRE SERVICE, 14235 MEDORA, HOUSTON, TX 77049

10924 MOBILE WATERPROOFING, 318 WEBER, MIDLAND, MI 48640

10924 MOBILE WATERPROOFING, P.O. BOX 1678, MIDLAND, MI 48641

10924 MOBILE, C/O WESTSIDE BUILDING MATERIALS, TORRANCE, CA 90501

10925 MOBILEAR INCORPORATED, 4699 AUVERGNE SUITE 11, LISLE, IL 60532

10925 MOBILECOMM, 1000 NW 65 ST, FORT LAUDERDALE, FL 33309

10925 MOBILECOMM, 275 WYMAN ST, WALTHAM, MA 02154

10925 MOBILECOMM, PO BOX 23568-0011, NEWARK, NJ 07189-0568

10925 MOBILECOMM, PO BOX 23568-011, NEWARK, NJ 07189-0568

10925 MOBILECOMM, PO BOX 23568-021, NEWARK, NJ 07189-0568

10925 MOBILECOMM, PO BOX 4326, CAROL STREAM, IL 60197-4326

10925 MOBILECOMM, PO BOX 4330, CAROL STREAM, IL 60197-4330

10925 MOBILECOMM, PO BOX 4376, CAROL STREAM, IL 60197-4376

10925 MOBILECOMM, PO BOX 6211, CAROL STREAM, IL 60197-6211

10925 MOBILECOMM, PO BOX 769200, DALLAS, TX 75376

10925 MOBILECOMM, PO BOX 8037, CHICAGO, IL 60680-8037

10925 MOBILECOMM, POBOX 4308, CAROL STREAM, IL 60197-4308

10925 MOBILECOMM, POBOX 4326, CAROL STREAM, IL 60197-4326

10925 MOBILECOMM, POBOX 4392, CAROL STREAM, IL 60197-4392

10925 MOBILECOMM-FORT LAUDERDALE, PO BOX 764088, DALLAS, TX 75376

10924 MOBILECRETE, INC., RT 3 BOX 2B, LE SUEUR, MN 56058

10925 MOBILEMEDIA, PO BOX 23568-0011, NEWARK, NJ 07189-0568

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOBILEMEDIA, PO BOX 23568-011, NEWARK, NJ 07189-0568 | |
| 10925 | MOBILEMEDIA, PO BOX 23604, NEWARK, NJ 07189-0604 | |
| 10925 | MOBILEMEDIA, PO BOX 5804, CHICAGO, IL 60680-5804 | |
| 10925 | MOBILEMEDIA, PO BOX 6013, CHICAGO, IL 60680-6013 | |
| 10925 | MOBILEMEDIA, PO BOX 8037, CHICAGO, IL 60680-8037 | |
| 10925 | MOBILEMEDIA, POBOX 4308, CAROL STREAM, IL 60197-4308 | |
| 10925 | MOBILFONE, PO BOX 419322, KANSAS CITY, MO 64141-6322 | |
| 10925 | MOBLEY CO INC, WICKS ST, KILGORE, TX 75662 | |
| 10924 | MOBLEY CONST CO, HIGHWAY 7 SOUTH, RUSSELLVILLE, AR 72801 | |
| 10924 | MOBLEY CONST CO, HWY 17 100, MCCRORY, AR 72101 | |
| 10924 | MOBLEY CONST CO, HWY 393, MORRILTON, AR 72110 | |
| 10924 | MOBLEY CONST CO, HWY 64, RUSSELLVILLE, AR 72801 | |
| 10924 | MOBLEY CONST CO, HWY 7 SOUTH & ARKANSAS RIVER BRIDGE, DARDANELLE, AR 72834 | |
| 10924 | MOBLEY CONST CO, P O BOX 620, MORRILTON, AR 72110 | |
| 10924 | MOBLEY CONST CO, P.O.BOX 620, MORRILTON, AR 72110 | |
| 10924 | MOBLEY CONST CO, RIVER FRONT DR, NEWPORT, AR 72112 | |
| 10924 | MOBLEY CONST CO, SOUTH WEST STREET, MORRILTON, AR 72110 | |
| 10925 | MOBLEY CONSTRUCTION CO., PO BOX 109, MORRILTON, AR 72110 | |
| 10925 | MOBLEY JR, JOHNNY, 670 E ESTHER ST, 47, LONG BEACH, CA 90813 | |
| 10925 | MOBLEY RADIATION CONSULTING, MOBLEY RADIATION CONSULTING, 344 MOBLEY LANE, CLARKSVILLE, TN 37043-7621 | |
| 10925 | MOBLEY, ANDREW, 3445 PLUMTREE DR APT. K, ELLICOTT CITY, MD 21043 | |
| 10925 | MOBLEY, BURTON, 1500 BONNIE CIRCLE, ERIE, CO 80516 | |
| 10925 | MOBLEY, BYRON, 803 CR 226, SEYMOUR, TX 76380 | |
| 10925 | MOBLEY, ELWOOD, 4290 N. FRONTAGE ROAD, PLANT CITY, FL 33565 | |
| 10925 | MOBLEY, IMOGENE, 9938 EVERGREEN AVE, COLUMBIA, MD 21046-1026 | |
| 10925 | MOBLEY, JACQUELINE, 405 STILES RD, SELMA, AL 36701 | |
| 10925 | MOBLEY, JERMAINE, 1307 VALLEY ST., BALTIMORE, MD 21202 | |
| 10925 | MOBLEY, KEARY, 22 EMMA ST, PLAINFIELD, NJ 07063 | |
| 10925 | MOBLEY, KENNETH, RT 2, PO BOX 258C #0, VINTON, VA 24179 | |
| 10925 | MOBLEY, LUANNE, 308 OLD SEDLY RD, FRANKLIN, VA 23851 | |
| 10925 | MOBLEY, MABLE, PO BOX113 120 DRURY LN, MAULDIN, SC 29662 | |
| 10925 | MOBLEY, QUEENIE, 1713 EVERGLADES DR, MILPITAS, CA 95035 | |
| 10925 | MOBLEY, REUBEN, 3903 ORLANDO TERRACE, JACKSONVILLE, FL 32207 | |
| 10925 | MOBLEY, SR, ALBERT, 2314 JOHNSON AVE, JACKSONVILLE, FL 32207 | |
| 10925 | MOBLEY, TRACY, 115 FINNER DRIVE, SELMA, AL 36701 | |
| 10925 | MOCCIA, LISA, 5 RAINTREE CIRCLE, C, BROCKTON, MA 02402 | |
| 10925 | MOCCIA, VINCENT, 74 POWDER HOUSE BLVD, SOMERVILLE, MA 02144 | |
| 10925 | MOCCO, CHARLES W, 3025 BAY SETTLEMENT RD, GREEN BAY, WI 54311-7301 | |
| 10925 | MOCCO, PATRICK, 6368 ALLEN RD, SOBIESKI, WI 54171 | |
| 10925 | MOCHAN, FERN, 4838-A 5TH AVE, TEMPLE, PA 19560-1428 | |
| 10925 | MOCHEL, PAUL, 3647 WILLOWCREST, STUDIO CITY, CA 91604 | |
| 10925 | MOCK, AMANDA, 817 BEATTY ROAD, RUSTON, LA 71270 | |
| 10925 | MOCK, ANNA, 10121 ROPE MAKER DRIVE, ELLICOTT CITY, MD 21042 | |
| 10925 | MOCK, DAVID, 1006 E. BRENTWOOD DR, MORRISTOWN, TN 37814 | |
| 10925 | MOCK, JOHN, 189 ELIOT ST, S. NATICK, MA 01760 | |
| 10925 | MOCK, MAX, 3845 GARLAND ST, MULBERRY, FL 33860 | |
| 10925 | MOCKABEE, LORETTO, PO BOX 215, COWPENS, SC 29330 | |
| 10925 | MOCKABEE, THEODORE, 24553 WHITE PINE DR, BEDFORD HTS, OH 44146 | |
| 10925 | MOCKAPETRIS, JOSEPH, 12509 BRADFORD HILL LN, HUNTERSVILLE, NC 28078 | |
| 10925 | MOCKETT, BRUCE, 1409 DULLES PLACE, HERNDON, VA 22070 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MOCKINGBIRD TOWERS-EAST, 1341 WEST MOCKINGBIRD, DALLAS, TX 75235

10925   MOCKUS, THOMAS, 780 MONTELLO ST, BROCKTON, MA 02401

10924   MOCON INC OF FULTON, BOX 518, FULTON, MO 65251

10924   MOCON INC OF FULTON, P O BOX 518, FULTON, MO 65251

10924   MOCON INC OF FULTON, PENN AVENUE, FULTON, MO 65251

10925   MOCON, POBOX 1450 NW-8244, MINNEAPOLIS, MN 55485-8244

10925   MOCZKOWSKI, LINDA, 14724 BETHANY ST, SAN LEANDRO, CA 94579

10925   MOCZULSKI, DENISE, BOX 477, ASBURY, NJ 08802

10925   MODAGRAFICS INC, 135 S LASALLE DEPT 1876, CHICAGO, IL 60674-1876

10925   MODAGRAFICS INC, 5300 NEWPORT DRIVE, ROLLING MEADOWS, IL 60008-3797

10925   MODAGRAFICS INC, PO BOX 88486, CHICAGO, IL 60680

10925   MODAGRAFICS, 135 S LASALLE DEPT #1876, CHICAGO, IL 60674-1876

10924   MODAHL & SCOTT INC, 917 EAST GROVE ST, BLOOMINGTON, IL 61701

10924   MODAHL & SCOTT INC, P O BOX 756, BLOOMINGTON, IL 61701

10924   MODAHL & SCOTT INC., 917 E. GROVE STREET, BLOOMINGTON, IL 61701

10924   MODAL, INC., 755 LOYD AVE., LATROBE, PA 15650

10925   MODELL, ARLENE, 356 SPINDLEWOOD AVE, CAMARILLO, CA 93010

10925   MODERN BUILDERS SUPPLY INC, 6601 HOPKINS RD, MENTOR, OH 44060

10924   MODERN BUILDERS SUPPLY, 1245 NEUBRECHT ROAD, LIMA, OH 45801

10924   MODERN BUILDERS SUPPLY, 1923 N. HARRISON AVENUE, POCATELLO, ID 83204

10924   MODERN BUILDERS SUPPLY, 1923 NORTH HARRISON AVENUE, POCATELLO, ID 83204

10924   MODERN BUILDERS SUPPLY, 2627 STANLEY AVENUE, DAYTON, OH 45404

10924   MODERN BUILDERS SUPPLY, 3500 PHILLIPS AVENUE, TOLEDO, OH 43608

10924   MODERN BUILDERS SUPPLY, 3808 E. 5TH AVENUE, COLUMBUS, OH 43219

10924   MODERN BUILDERS SUPPLY, 3900 JENNINGS RD, CLEVELAND, OH 44109

10924   MODERN BUILDERS SUPPLY, 3900 JENNINGS ROAD, CLEVELAND, OH 44109

10924   MODERN BUILDERS SUPPLY, 4549 INDUSTRIAL PARKWAY, CLEVELAND, OH 44135

10924   MODERN BUILDERS SUPPLY, 6225 WIEHE RD., CINCINNATI, OH 45237

10924   MODERN BUILDERS SUPPLY, 6225 WIEHE ROAD, CINCINNATI, OH 45237

10924   MODERN BUILDERS SUPPLY, 809 E. EXCHANGE STREET, AKRON, OH 44306

10924   MODERN BUILDERS SUPPLY, P.O. BOX 321, POCATELLO, ID 83204

10924   MODERN BUILDERS SUPPLY, P.O. BOX 7155, AKRON, OH 44306

10924   MODERN BUILDERS SUPPLY, P.O.BOX 321, POCATELLO, ID 83204

10924   MODERN BUILDING MATLS, 8011 GREEN BAY RD, KENOSHA, WI 53140

10925   MODERN BUILDING SUPPLY, 479 JUMPERS HOLE STE 301, SEVERNA PARK, MD 21146

10925   MODERN BUSINESS EQUIPMENT, INC, 2565 1/2 WASHINGTON RD., AUGUSTA, GA 30904

10925   MODERN BUSINESS SYSTEM, INC, PO BOX 1144, DEPT. C, JEFFERSON CITY, MO 65102

10925   MODERN BUSINESS SYSTEMS, POBOX 1144 DEPT D, JEFFERSON CITY, MO 65102

10925   MODERN CABLE TECHNOLOGY INC., PO BOX 9098, CHATTANOOGA, TN 37412

10925   MODERN CABLE TECHNOLOGY, INC, 6703 BONNY OAKS DR., CHATTANOOGA, TN 37421

10925   MODERN COATING & RESEARCH, 400 EAST MAIN ST, PALMYRA, NY 14522

10924   MODERN CONCRETE CO INC, 5512 NW 10 TERRACE, FORT LAUDERDALE, FL 33309

10924   MODERN CONCRETE CO., INC., 5512 N.W. 10TH TERRACE, FORT LAUDERDALE, FL 33309

10924   MODERN CONCRETE, 5512 N.W. 10TH TERRACE, FORT LAUDERDALE, FL 33309

10924   MODERN CONCRETE, 720 SILVER, ELKO, NV 89801

10924   MODERN CONCRETE, ATTN: ACCOUNTS PAYABLE, ELKO, NV 89802

10924   MODERN CONRETE, 2323 RALPH AVENUE, LOUISVILLE, KY 40256

10924   MODERN CONSTRUCTION, 2000 BLAINE STREET, LAREDO, TX 78041

10924   MODERN CONTINENTAL CONSTRUCTION CO., 600 MEMORIAL DRIVE, CAMBRIDGE, MA 02139

10924   MODERN CONTINENTAL CONSTRUCTION, 6 NECCO COURT, BOSTON, MA 02210

10925   MODERN CONTROLS INC, PO BOX 1450 NW 8244, MINNEAPOLIS, MN 55485-8244

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MODERN DESIGN INC, 7477 NW 63 STREET, MIAMI, FL 33166 | |
| 10924 | MODERN DRYWAL INC., CAMBRIDGE, MA 02140 | |
| 10924 | MODERN DRYWALL INC, PO BOX 13660, SPOKANE, WA 99213 | |
| 10924 | MODERN DRYWALL, INC., 9516 E. FIRST, SPOKANE, WA 99213 | |
| 10924 | MODERN ELECTRIC CO, 246 W 1ST ST., CASPER, WY 82602 | |
| 10924 | MODERN ELECTRIC CO, 407 N. BEVERLY, CASPER, WY 82601 | |
| 10924 | MODERN FASTENERS, 101 EAST LAUREL, CHELTENHAM, PA 19012 | |
| 10925 | MODERN GRAPHICS INC, 456 SUMMER ST, BROCKTON, MA 02402 | |
| 10925 | MODERN HANDLING EQUIPMENT CORP, 2501 DURHAM ROAD, BRISTOL, PA 19007 | |
| 10924 | MODERN INK TECHNOLOGY, 1005 WEST GRAND AVENUE, LIMA, OH 45801 | |
| 10924 | MODERN INK TECHNOLOGY, 902 MAPLE AVENUE, WAPAKONETA, OH 45895 | |
| 10924 | MODERN INTERIORS, 1201 INDUSTRIAL DR., JEFFERSON CITY, MO 65101 | |
| 10925 | MODERN LITHO-PRINT CO, 6009 STERTZER ROAD, JEFFERSON CITY, MO 65101 | |
| 10925 | MODERN MACHINE COMPANY, 123 N HAZEL ST, DANVILLE, IL 61832 | |
| 10925 | MODERN MACHINE SHOP, PO BOX 826, DANVILLE, IL 61832 | |
| 10924 | MODERN MECH. SYSTEM, 519 COOKE ST ATTN: PAUL, FARMINGTON, DC 06032 | |
| 10925 | MODERN OFFICE, 7545 GOLDEN TRIANGLE DR, EDEN PRAIRIE, MN 55344-3737 | |
| 10925 | MODERN PLASTICS, PO BOX 601, HIGHTSTOWN, NJ 08520 | |
| 10925 | MODERN POLYMERS, 901 WEST ACADEMY ST, CHERRYVILLE, NC 28021 | |
| 10925 | MODERN PROCESS EQUIP, INC, PO BOX 97156, CHICAGO, IL 60690 | |
| 10925 | MODERN PROCESS EQUIPMENT, INC, DEPT. 77-97156, CHICAGO, IL 60678-7156 | |
| 10924 | MODERN READY MIX, 4980 W 6TH STREET, WINONA, MN 55987 | |
| 10924 | MODERN READY MIX, INC., 4980 W. 6TH. STREET, WINONA, MN 55987 | |
| 10924 | MODERN STONE SOLUTIONS, 725 WEST BUCHANAN STREET, PHOENIX, AZ 85007 | |
| 10924 | MODERN SUPPLIERS, 1090 LEGGETT AVENUE, BRONX, NY 10474 | |
| 10925 | MODERN SUPPLY CO INC, 1507 E. 15TH ST, OWENSBORO, KY 42303 | |
| 10925 | MODERN TRADE COMMUNICATIONS, 7450 N. SKOKIE BLVD., SKOKIE, IL 60077 | |
| 10925 | MODERN WELDING COMPANY OF IOWA INC, 2818 MT PLEASANT RD, BURLINGTON, IA 52601-0806 | |
| 10925 | MODERN WELDING COMPANY OF OWENSBORO, PO BOX 1450, OWENSBORO, KY 42302 | |
| 10925 | MODERN WELDING COMPANY OF TEXAS INC, POBOX 85, RHOME, TX 76078 | |
| 10925 | MODERN WELDING OF FLORIDA, 1801 ATLANTA AVE, ORLANDO, FL 32806 | |
| 10924 | MODERN WELDING, 200 N. MAIN, RHOME, TX 76078 | |
| 10925 | MODESTO STEEL CO., PO BOX 5036, MODESTO, CA 95352 | |
| 10925 | MODIANO & ASSOCIATI S R L, VIA MERAVIGLI 16, MILANO, 20123ITALY | *VIA Deutsche Post* |
| 10925 | MODIANO & ASSOCIATI, VIA MERAVIGLL 16, MILANO, MI 20123 | |
| 10925 | MODICON, 1 HIGH ST, NORTH ANDOVER, MA 01845 | |
| 10925 | MODINE MANUFACTURING CO, ARMSTRONG TEASDALE, ATTN: JAMES F D, 2345 GRAND BLVD # 2000, KANSAS CITY, MO 64108-2617 | |
| 10925 | MODINE MANUFACTURING, 822 BUSSE HWY., PARK RIDGE, IL 60068 | |
| 10924 | MODINE MANUFACTURING, IN CARE OF WALL-TECH, INC, 1500 DEKOVEN AVENUE, RACINE, WI 53403 | |
| 10925 | MODLIN, DORIS, 117 N. WORCESTER ST, NORTON, MA 02766 | |
| 10924 | MODOC CONTRACTING COMPANY, PO BOX198, CANBY, CA 96015 | |
| 10924 | MODOC CONTRACTING, 3625 HOMEDALE ROAD, KLAMATH FALLS, OR 97601 | |
| 10924 | MODOC CONTRACTING/FAMILY BIRTHING, 2865 DAGGETT ST., KLAMATH FALLS, OR 97601 | |
| 10924 | MODOC/KLAMATH COUNTY COURT HOUSE, 406 MAIN ST., KLAMATH FALLS, OR 97601 | |
| 10924 | MODOC/KLAMMATH COUNTY FAIR GROUNDS, 3531 S. 6TH, KLAMATH FALLS, OR 97601 | |
| 10925 | MODRALL, SPERLING, ROEHL, HARRIS &, POST OFFICE BOX 9318, SANTA FE, NM 87504-9318 | |
| 10925 | MODRY, HOWARD, 143 DEXTER ST, MALDEN, MA 02148-2457 | |
| 10924 | MODULAR BARRACKS UPGRADE(FT.GORDON), 25TH & BRAINARD, AUGUSTA, GA 30905 | |
| 10925 | MODULAR COMPONENTS, 2302 INDUSTRY CIRCLE, FOREST HILL, MD 21050 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MODULAR PIPING SUPPLY, 5160 N. 125TH ST, BUTLER, WI 53007

10925   MODUTEX, 280 METRO PARK, ROCHESTER, NY 14623

10925   MOE, KEITH, 1717 HIGH POINT CIRCLE, STOUGHTON, WI 53589

10925   MOEBS, KENNETH, 401 SUNNYBROOK PLACE, MABLETON,, GA 30059

10925   MOEHLENBROCK, ANDREW, 121 MUSTANG CIRCLE, SIMPSONVILLE, SC 29681

10925   MOEHNKE, BENNY, 2306 REILLY ROAD, WICHITA FALLS, TX 76306

10925   MOEHNKE, STEVEN, 4506 MISTY VALLEY WEST, WICHITA FALLS, TX 76310

10925   MOEHRKE MACKIE & SHEA PC THOMAS A M, 137 NEWBURY ST, BOSTON, MA 02116

10924   MOELLER READY MIX - DO NOT USE, MEREDOSIA, IL 62665

10924   MOELLER READY MIX INC, P.O.BOX 1086, JACKSONVILLE, IL 62650

10924   MOELLER READY MIX, ROUTE 67 BOX 1086, JACKSONVILLE, IL 62650

10924   MOELLER READY MIX, RR 67 SOUTH, JACKSONVILLE, IL 62650

10925   MOELLER, CHRISTOPHER, 1509 35TH ST, KENOSHA, WI 53140

10925   MOELLER, ERIC M, 1 HOLLIS ST #B, CAMBRIDGE, MA 02140-1806

10925   MOELLER, ERIC M, ONE HOLLIS ST #B, CAMBRIDGE, MA 02140

10925   MOELLER, ERIC, 833A PIEDMONT AVE NE, ATLANTA, GA 30308

10925   MOELLER, ERIC, PO BOX 687 #17 RANNOCH WAY, INVERNESS, CA 94937

10925   MOELLER, LAURIE, 32 CROSSLAND DR., WEATHERFORD, TX 76087

10925   MOELLER, ROBERT, 4764 BRIARWOOD TERRACE, CARMEL, IN 46032-4652

10924   MOELLERING CONSTRUCTION CO, 3400 ENGLE RD, FORT WAYNE, IN 46809

10924   MOELLERING CONSTRUCTION CO, 3400 ENGLE ROAD, FORT WAYNE, IN 46809

10924   MOELLERING CONSTRUCTION COMPANY, 3400 ENGLE RD, FORT WAYNE, IN 46809

10924   MOELLER-MACRIS BLDG SUP, 325 S FRANCIS ST, SOUTH BEND, IN 46624

10925   MOEN, DALE, 289 PINEWOOD LANE, LIBBY, MT 59923

10925   MOEN, FRANCINE, 56 HEIGHTS ROAD, LIBBY, MT 59923-9998

10925   MOEN, MARK, 3854 COUNTRYSIDE DR, A, OWENSBORO, KY 42303

10925   MOENG, ROBERT, 573 KANEAPU PL, KAILUA, HI 96734

10925   MOERS, A, 6715 KOVARIK RD, WICHITA FALLS, TX 76310

10925   MOES, CHRISTINA, 1344 SPAIGHT #3, MADISON, WI 53703

10925   MOEST, ANTON, 2623 W FAIRVIEW, FREEPORT, IL 61032

10925   MOESTA, SCOTT, 1934 PARKSIDE DRIVE, SAN BERNADINO, CA 92404

10925   MOFFATT, M, 9639 ROSEMARK ROAD, ATOKA, TN 38004

10925   MOFFATT, THOMAS, BARRETT, ROCK &, US BANK PLAZA BLDG, BOISE, ID 83702

10924   MOFFETT FIELD, SPRAY ON, SAN JOSE, CA 95133

10925   MOFFITT, RONALD, 136 WOODRIDGE DRIVE, SPARTANBURG, SC 29301

10925   MOGA, JOYCE, 10940 FLORALITA AVE, SUNLAND, CA 91040

10925   MOGAN SR, WILLIAM P, 103 HUDSON MILL RD, LINCOLN, DE 19960

10925   MOGAN, ERIC M, 157 LASH DR, DEBARY, FL 32713

10925   MOGAN, ERIC, 157 LASH DR, DEBARY, FL 32713-4344

10925   MOGAN, ERIC, 157 LASH DRIVE, DEBARY, FL 32713

10925   MOGAN, ERIC, 5872 SUNDOWN CIR #1218, ORLANDO, FL 32822

10925   MOGAN, -JR., LAKEFIELD HOURSE 103 HUDSON MILL ROAD, LINCOLN, DE 19960

10925   MOGAS INDUSTRIES, INC, PO BOX 843840, DALLAS, TX 75284-3847

10925   MOGAVERO, ROSE, 102 RICHFIELD TERRACE, GREER, SC 29650

10925   MOGBO, EBENEZER, 21 CONGRESS ST, 30, NASHUA, NH 03062

10925   MOGHARBEL, KAREN, 9410 SW 24TH ST, MIAMI, FL 33165

10925   MOGOLLON, JOSE, 37-51 93RD ST, JACKSON HEIGHTS, NY 11372

10925   MOHABIR, PEARLIE, 277 STEVENS AVE, JERSEY CITY, NJ 07305

10925   MOHAMMAD KHAN, 7 LIBRARY COURT, GAITHERSBURG, MD 20877

10925   MOHAMMAD LONGI &, REHANA LONGI JT TEN, 197-20 58TH AVE, FRESH MEADOWS, NY 11365-1713

10925   MOHAMMED, HAZROON, 2397 SE SURRY PLACE, PORT ST. LUCIE, FL 34952

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOHAMMED, SAMIR M, 2801 N COURSE DR APT #A208, POMPANO BEACH, FL 33069 | |
| 10925 | MOHAMMED, SAMIR, 2801 NORTH COURSE DR #A208, POMPANO BEACH, FL 33069 | |
| 10925 | MOHAN III, JOSEPH, 922 MONTELLO ST, BROCKTON, MA 02401 | |
| 10925 | MOHAN, ALEWELT, PRILLAMAN, OLD CAPITOL PLAZA, SPRINGFIELD, IL 62701-1323 | |
| 10925 | MOHAN, MARGARET, 409 ANDOVER LANE, BALLWIN, MO 63011 | |
| 10925 | MOHAN, MARVIA, 3215 CHEVERLY HILLS, CHEVERLY, MD 20785 | |
| 10925 | MOHAN, NALINI, 6913 AMIGO AVE, RESEDA, CA 91335 | |
| 10925 | MOHAWK CONTRACTING CO, INC, 19 THOMAS AVE, BALTIMORE, MD 21225 | |
| 10925 | MOHAWK CONTRACTING CO, INC, 19 THOMAS AVE, BALTIMORE, MD 21225-3324 | |
| 10925 | MOHAWK CONTRACTING CO, INC, 7272 PARK CIRCLE DRIVE, SUITE 210, HANOVER, MD 21076 | |
| 10925 | MOHAWK IND & NUCLEAR SUPPLY, INC, 5 GLEN ROAD, MANCHESTER, CT 06040 | |
| 10924 | MOHAWK LABORATORIES, 2730 CARL ROAD, IRVING, TX 75060 | |
| 10924 | MOHAWK LABORATORIES, 2730 CARL ROAD, IRVING, TX 75062 | |
| 10924 | MOHAWK PAPER MILLS INC., CENTRAL RECEIVNG DOCK#10, WATERFORD, NY 12188 | |
| 10924 | MOHAWK PAPER MILLS INC., PO BOX 497, COHOES, NY 12047 | |
| 10925 | MOHAWK SHADE & BLIND CO INC, 2096 MASSACHUSETTS AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MOHAWK STAMP CO INC, 411 EAST GLENCOE, PALATINE, IL 60067 | |
| 10924 | MOHEGAN SUN PHASE II, ONE MOHEGAN SUN BOULEVARD, UNCASVILLE, CT 06382 | |
| 10924 | MOHEGAN SUN RESORT, MOHEGAN SUN BOULEVARD, UNCASVILLE, CT 06382 | |
| 10924 | MOHENGAN CASINO, ROUTE 395, MONTVILLE, CT 06353 | |
| 10925 | MOHER, RICHARD, 18 EDGEWOOD DRIVE, FT THOMAS, KY 41075-2013 | |
| 10924 | MOHICAN VALLEY CONCRETE, 195 ARDMORE STREET, FAIRFIELD, CT 06430 | |
| 10925 | MOHIUDDIN, MOHAMMED, 3508 KINGS COLLEGE, BRONX, NY 10467 | |
| 10925 | MOHL, LARRY, 345 CEDAR CIRCLE, CRAIG, CO 81625 | |
| 10925 | MOHLER, TINA, 2016 ROOSEVELT DR, SELLERSBURG, IN 47172 | |
| 10925 | MOHR, GARY, 324 E MAPLE ST, CENTRAL CITY, IA 52214 | |
| 10925 | MOHR, JOSEPH, 2 POPLAR ROAD, LONG VALLEY, NJ 07853 | |
| 10925 | MOHR, JUNELL, 363 MIRA FLORES, CAMARILLO, CA 93012 | |
| 10925 | MOHRMAN, JAMES, BOX 188A, BELLWOOD, NE 68624 | |
| 10925 | MOISE, EUGENIE, 2129 DELTA ST, PORT CHARLOTTE, FL 02154 | |
| 10925 | MOISES ZUNIGA, 4790 IRVINE BLVD SUITE 105-198, IRVINE, CA 92620-1973 | |
| 10924 | MOISTURE LOC, INC., 1425 CRESSIDA DR., CHARLOTTE, NC 28210 | |
| 10924 | MOISTURE PROTECTION TECH, 10630 T RIGGS HILL ROAD, JESSUP, MD 20794 | |
| 10925 | MOJAHEDUL ISLAM, 65 CHENANGO DR, POWELL, OH 43065 | |
| 10925 | MOJICA, AWILDA, 6465 W. 27 AVE., HIALEAH, FL 33016 | |
| 10925 | MOJICA, JOSEPH, 201 15TH ST, JERSEY CITY, NJ 07302 | |
| 10925 | MOJICA, MARIA, 606 LIGHTSTONE DR., SAN ANTONIO, TX 78258 | |
| 10925 | MOJKOWSKI, CYNTHIA, 19 GREYSTONE AVE, N. PROVIDENCE, RI 02911 | |
| 10924 | MO-KAN READY MIX, HWY 59, ATCHISON, KS 66002 | |
| 10925 | MO-KAN TRAILER REPAIR INC., 1333 WOODSWETHER RD., KANSAS CITY, MO 64105 | |
| 10924 | MO-KAN TRANSIT MIX INC, PO BOX 371, ATCHISON, KS 66002 | |
| 10924 | MO-KAN TRANSIT MIX INC, PO BOX371, ATCHISON, KS 66002 | |
| 10924 | MO-KAN TRANSIT, 6160 SOUTHWEST HIGHWAY 169, TRIMBLE, MO 64492 | |
| 10925 | MOKAS, TAMMY, 470 SUTTERTON DR, GAHANNA, OH 43230 | |
| 10925 | MOKON, 2150 ELMWOOD AVE., BUFFALO, NY 14207 | |
| 10925 | MOLANDER, GLENNA, 2649 CLUBHOUSE DR S, CLEARWATER, FL 33519 | |
| 10925 | MOLBE, ROSA, 207 FENNEL DR., SAN ANTONIO, TX 78213 | |
| 10925 | MOLDENHAUER, JILL, 321 GRANADOS AVE, SOLANA BEACH, CA 92075 | |
| 10925 | MOLE, ELLIE, 1116 SPRING COURT, AUBURNDALE, FL 33823 | |
| 10925 | MOLEA, PHILLIP, 40 BONAD RD, STONEHAM, MA 02180 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MOLECULAR ANALYTICS, LLC, 25 LOVETON CIRCLE, PO BOX 1123, SPARKS GLENCOE, MD 21152-1123

10924    MOLECULAR ANALYTICS, LLC, 25 LOVETON CIRCLE, SPARKS GLENCOE, MD 21152-1123

10925    MOLELLA, JOSEPH, 4227 SEIDEL AVE, BALTIMORE, MD 21206

10925    MOLES ENVIRONMENTAL SERVICES,INC, 306 WINTHROP ST, TAUNTON, MA 02780

10925    MOLES, ELICIA, 2001 E. 223RD ST, CLEVELAND, MO 64734

10925    MOLESKI, CHARLES, 4 MEADOW RIDGE LANE, NEW MILFORD, CT 06776

10925    MOLESKI, STACEY, 4 MEADOW RIDGE LANE, NEW MILFORD, CT 06776

10924    MOLETZ ELECTRC, 10 SHERMAN ST, PITTSBURGH, PA 15209

10925    MOLEX COMPANY INC., P.O BOX 1151, ATHENS, AL 35612

10925    MOLEX INC, 2216 WELLINGTON CT, LISLE, IL 60532

10925    MOLEX INC, 2222 WELLINGTON CT, LISLE, IL 60532

10925    MOLFESE, SHEILA, 425 PROSPECT AVE., BUFFALO, NY 14201

10925    MOLFETAS, ESTHER, 551 STELLMAN DR, RIVER VALE, NJ 07675

10925    MOLICK, JR, ROY, 316 CLAIBORNE ROAD, PASADENA, MD 21122

10925    MOLICK, WILLIAM, 7838 ST CLAIR LANE, BALTIMORE, MD 21222-3530

10924    MOLIN CONCRETE PRODUCTS, 415 LILAC, LINO LAKES, MN 55014

10925    MOLINA, AIDA, 825 PEDRO AVE, ORLANDO, FL 32807

10925    MOLINA, ANGELA, 947 COURT ST, READING, PA 19601

10925    MOLINA, CARLOS, 6241 N 27TH AVE #343, PHOENIX, AZ 85017

10925    MOLINA, DOLORES, 1670 N 21 RD # 9, ARLINGTON, VA 22209

10925    MOLINA, EDNA, 206 DEWEY AVE, ALICE, TX 78332

10925    MOLINA, ELMER, 248 BROADWAY, SOMERVILLE, MA 02145

10925    MOLINA, ILUMINADA, 1000, CHERRY HILL, NJ 08034

10925    MOLINA, JOAQUIN, 306 E ASH AVE, FULLERTON, CA 92632

10925    MOLINA, JUDY, 9501 SUNBURST SW, ALBUQUERQUE, NM 87121

10925    MOLINA, MIGUEL, 1055 21ST, SAN DIEGO, CA 92102

10925    MOLINA, N, 2024 N 9TH APT B, MCALLEN, TX 78501

10925    MOLINA, OSCAR, 1424 PARK RD, WASHINGTON, DC 20010

10925    MOLINA, PETE, 2204 9TH, WICHITA FALLS, TX 76301

10925    MOLINA, RINA, 1670 N 21ST RD #9, ARLINGTON, VA 22209

10925    MOLINA, WILLIAM, 4715 N BLACK, PHOENIX, AZ 85015

10925    MOLINAR, YOLANDA, 14471 LAHABRA RD, VICTORVILLE, CA 92392

10925    MOLINARI, JINA, 1520 FRANKFORT ST, SAN DIEGO, CA 92110

10925    MOLINARI, JOSEPH, 825 JAMESTOWN RD, EAST WINDSOR, NJ 08520

10925    MOLINARI, RAMON, 15431 CANTEEN CREEK, SAN ANTONIO, TX 78247

10925    MOLINARI, RITA, 4900 MEDICAL DR., SAN ANTONIO, TX 78229

10925    MOLINARO JR., LOUIS, 3207 SUNNY SLOPE RD., BRIDGEWATER, NJ 08807

10925    MOLINARO, CYNTHIA, 1214 PEMBERTON DR, SALISBURY, MD 21801

10925    MOLINARO, DEAN, 4638 SIERRA MADRE, WICHITA FALLS, TX 76310

10924    MOLINE CONSUMERS CO, 1701 5TH AVE, MOLINE, IL 61265

10924    MOLINE CONSUMERS CO, 1701 5TH AVENUE, MOLINE, IL 61265

10924    MOLINE CONSUMERS CO, 5000 11TH STREET, ROCK ISLAND, IL 61201

10924    MOLINE CONSUMERS CO, BABCOCK ADDITION, EAST MOLINE, IL 61244

10924    MOLINE CONSUMERS CO, DO NOT USE -, 2357 3RD AVWNUW, MOLINE, IL 61265

10924    MOLINE CONSUMERS CO, R/M CONCRETE DIVISION, MOLINE, IL 61265

10924    MOLINE CONSUMERS, 200 - 23RD STREET, MOLINE, IL 61265

10924    MOLINE ELECTRIC, 2601 5TH AVENUE, MOLINE, IL 61266

10925    MOLINOX RINGSCARBON CO, RUA PAMAMBI 450, 07224-130, GUARULHOS, BRAZIL        **\*VIA Deutsche Post\***

10925    MOLIS JR, SIGMUND, 586 RIDGEDALE AVE, WOODBRIDGE, NJ 07095

10925    MOLISKI, JOHN, 506 S. ELMER AVE, SAYRE, PA 18840

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOLL JT TEN, LEAH W & G ALAN, 54 SUNKIST LANE, LOS ALTOS, CA 94022-2333 | |
| 10925 | MOLL, DAVID, 196 ERNST ROAD, MOHRSVILLE, PA 19541 | |
| 10925 | MOLL, JOHN F, 130 CHEESEFACTORY ROAD, DOYLESTOWN, PA 18901 | |
| 10925 | MOLL, LUZ, 6530 KENDALE LK DR, MIAMI, FL 33183 | |
| 10925 | MOLLEMA, LINDA, RT 3 BOX 291, ST ANNE, IL 60964 | |
| 10925 | MOLLEN, THOMAS, 1237 STELLA DRIVE, BALTIMORE, MD 21207 | |
| 10925 | MOLLER, MELVIN, 405 WARRIOR ST, CHEROKEE, IA 51012 | |
| 10925 | MOLLETTE, DAWNA, 9436 MACARTHUR, YPSILANTI MI, MI 48198 | |
| 10925 | MOLLICONE, DEBORAH, 20 APPLETOWN ROAD, GREENVILLE, RI 02828 | |
| 10925 | MOLLICONE, DEBRA, 20 APPLETOWN RD, GREENVILLE, RI 02828 | |
| 10925 | MOLLIE K SPRINKLE, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | MOLLIERE, PAMELA, 168 WEST AVE, LAVONIA, GA 30553 | |
| 10925 | MOLLINEDA, RAUL, #100 PASEO SAN PABLO, BAYAMON, PR 00961PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MOLLOY, JOHN, 12619 S MENARD AVE, PALOS HEIGHTS, IL 60463 | |
| 10925 | MOLLOY, KENNETH, 15 REED LANE, BEDFORD, MA 01730 | |
| 10925 | MOLLY A MERCER, 503 SPRINGBROOK WEST, WESTERVILLE, OH 43081 | |
| 10924 | MOLLY INDUSTRIES, 6717 KEENELAND WAY, MASON, OH 45040-3425 | |
| 10924 | MOLO READY MIX, 45 JONES STREET, DUBUQUE, IA 52004 | |
| 10925 | MOLOGNE, LEWIS, 9427 PEARSALL DRIVE, HOUSTON, TX 77064 | |
| 10925 | MOLONEY, MARGIE, 40 KENWOOD LANE, NEW CITY, NY 10956 | |
| 10925 | MOLONY, JAMES, 221 GREENSVIEW DRIVE, ALGONQUIN, IL 60102-2373 | |
| 10925 | MOLSBEE, ANDREW, 202 WEST LLANO, HOBBS, NM 88240 | |
| 10925 | MOLSON COMPANIES LIMITED, THE, ATTN BRIAN CROMBIE, SCOTIA PLAZA SUITE 3600, 40 KING ST WEST, TORONTO, ON M5H 3Z5CANADA | *VIA Deutsche Post* |
| 10925 | MOLTENI, PEARL ELIZABETH, 1130 ALPINE CIRCLE, RENO, NV 89509-3526 | |
| 10925 | MOLTER, HAROLD, 265 CONCORD ROAD, YONKERS, NY 10710 | |
| 10924 | MOLTNOMA CITY LIBRARY, 801 SW 10TH, PORTLAND, OR 97201 | |
| 10925 | MOLVAR JR, HENRY, 107 FERNWOOD ROAD, WILLIAMSBURG, VA 23185-8122 | |
| 10925 | MOLVAR, PHILIP, 6 HILLCREST RD, BEDFORD, MA 01730 | |
| 10925 | MOLYCHEM, LLC, PO BOX 5063, ROCKFORD, IL 61125-0063 | |
| 10925 | MOLYCORP INC, PO BOX 92999, LOS ANGELES, CA 90009-2999 | |
| 10924 | MOLYCORP, 350 N. SHERMAN STREET, YORK, PA 17403 | |
| 10925 | MOLYCORP, INC, PO BOX 92999, LOS ANGELES, CA 90009-2999 | |
| 10925 | MOLYCORP, INC/A UNOCAL CO, PO BOX 164, MOUNTAIN PASS, CA 92366 | |
| 10925 | MOM & DADS DELI, 6345 S CENTRAL, CHICAGO, IL 60638 | |
| 10925 | MOM & DADS DELI, 6345 SOUTH CENTRAL AVE, CHICAGO, IL 60638 | |
| 10925 | MOM/MODERN OFFICE MACH., 806 TYVOLA RD STE 108, CHARLOTTE, NC 28217-3538 | |
| 10925 | MOMAR INCORPORATED, DRAWER CS 100465, ATLANTA, GA 30384-0465 | |
| 10925 | MOMBERGER, SARAH, 3341 WILLOW CRESCENT DRIVE, #31, FAIRFAX, VA 22030 | |
| 10925 | MOMBERGER, WILLIAM, 5525 SUMMIT ST, WESTLINN, OR 97068 | |
| 10925 | MOMENT, JOHN, 516 SUMMIT DR, DECATUR, GA 30032 | |
| 10925 | MOMMAERTS, BRUCE, 2062 HAZEN RD, GREEN BAY, WI 54311 | |
| 10925 | MOMMAERTS, HOWARD, 2562 LANCE ST, GREEN BAY, WI 54313 | |
| 10925 | MOMMAERTS, NANCY, 2791 NORTHWOOD RD, GREEN BAY, WI 54313-7932 | |
| 10925 | MOMMAERTS, THOMAS J, FORIZ & DOGALI, P.L., 4301 ANCHOR PLAZA PKWY STE 300, TAMPA, FL 33634-7521 | |
| 10925 | MOMMAERTS, THOMAS, 3305 HAVILAND CT APT 202, PALM HARBOR, FL 34684 | |
| 10925 | MOMMAERTS, THOMAS, FORIZS & DOGALI PL, 4301 ANCHOR PLAZA PKWY SUITE 300, TAMPA, FL 33634 | |
| 10925 | MOMSEN LEONARDOS & CIA, CENTRO, RIO DE JANEIRO, 20090-080BRAZIL | *VIA Deutsche Post* |
| 10925 | MOMSEN LEONARDOS & CIA, RUA TEOFILO OTTONI 63, 10 ANDAR, CENTRO, RIO DE JANEIRO, 20 090BRAZIL | *VIA Deutsche Post* |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MOMSEN, JAMES, 1517 JERSEY ROAD, OREGON, OH 43616

10924    MON GENERAL HOSPITAL, 1200 J.D. ANDERSON DRIVE, MORGANTOWN, WV 26505

10925    MONA G THOMSON, 430 AUTUMN RD, LIBBY, MT 59923-9235

10925    MONA IND., PO BOX 8500 (S-1615), PHILADELPHIA, PA 19178-1615

10925    MONA REED, 2 RANGER TRAIL, SPARTA, NJ 07871-1237

10925    MONACO JR, ESQ, FRANCIS A, WALSH, MONZACK & MONACO PA, 1201 N ORANGE ST # 400, PO BOX 2031, WILMINGTON, DE 19801

10925    MONACO, CAROLYN, 202 ORIENT AV, E BOSTON, MA 02128

10925    MONACO, CHRISTINE, 2891 ZULETTE AVE, BRONX, NY 10461

10925    MONACO, JR, FRANCIS A, WALSH, MONZACK & MONACO, 1201 N ORANGE ST #400, PO BOX 2031, WILMINGTON, DE 19899-2031

10925    MONACO, ROB, 427 ROUTE 440, JERSEY CITY, NJ 07305

10924    MONADNOCK PAPER MILL INC., 117 ANTRIM ROAD, BENNINGTON, NH 03442

10925    MONAGHAN, CONNIE, 441 GRAYSON DRIVE, MOORE, SC 29369

10925    MONAGHAN, LORI, 13337-75TH LANE N, PALM BEACH GARDEN, FL 33412

10925    MONAHAN JT TEN, BERNAD G & MARGARET E, 1620 LOGANBERRY WAY, PLEASANTON, CA 94566-6024

10925    MONAHAN, PATRICIA, 499 CHEROKEE TRAIL, TALLASSEE, AL 36078

10925    MONAHAN, STEPHEN JOHN, 275 N MURRAY AVE., RIDGEWOOD, NJ 07450

10925    MONAKIL, MARY, 4701 N CHARLES ST BOX 343, BALTIMORE, MD 21210

10924    MONARCH BUILDING SUPPLY HONOLULU, CAMBRIDGE, MA 02140

10924    MONARCH BUILDING SUPPLY, C/O WATKINS PACIFIC CORP, HONOLULU, HI 96819

10924    MONARCH CEMENT CO, 5200 PARK AVENUE, DES MOINES, IA 50321

10924    MONARCH CEMENT COMPANY IN, PO BOX 1000, HUMBOLDT, KS 66748

10924    MONARCH CEMENT, 1 MILE S. OF HUMBOLDT, HUMBOLDT, KS 66748

10924    MONARCH CEMENT, P O BOX 1000, HUMBOLDT, KS 66748

10924    MONARCH COLOR CORPORATION, 5226 SALEM CHURCH ROAD, CHARLOTTE, NC 28216

10924    MONARCH COLOR CORPORATION, 5327 BROOKSHIRE BOULEVARD, CHARLOTTE, NC 28216

10925    MONARCH MARKING SYSTEMS, PO BOX 945687, ATLANTA, GA 30394-5687

10924    MONARCH PAINT, PO BOX 55604, HOUSTON, TX 77255

10924    MONARCH PAXAR, 170 MONARCH LANE, MIAMISBURG, OH 45342

10924    MONARCH PAXAR, PO BOX 608, DAYTON, OH 45401

10924    MONARCH SUPPLY CORP., 1335 OAKPOINT AVENUE, BRONX, NY 10474

10924    MONARCH WALLER, 19914 G.H. CIRCLE, WALLER, TX 77484

10924    MONARCH WINDOW AND DOORS, PO BOX 249, ANNISTON, AL 36202

10925    MONASCO, RUBY, 2055 FLOYD HAMPTON RD., CROWLEY, TX 76036

10925    MONASTERIAL, LUCY, 275 LEE ST. #12, OAKLAND, CA 94610

10925    MONATH, JOAN, PO BOX 70345, BALTIMORE, MD 21237

10925    MONAYONG, ANASTASIA, 1420 ALBERTA DR, FORESTVILLE, MD 20747

10925    MONCADA, SIMON, ROUTE 4 BOX 296, ORANGE, TX 77632

10925    MONCAYO, JORGE, 21-50 31ST ST., #5, ASTORIA, NY 11105

10925    MONCRIEF, MARIANNE, 2804 CROSS BEND, PLANO, TX 75023

10925    MONCRIEF, MARILYN R, 5800 LUMBERDALE #18, HOUSTON, TX 77092

10925    MONCRIEF, MARILYN, 5800 LUMBERDALE #18, HOUSTON, TX 77092

10925    MONCRIEF, RICK, 4484 WEST DEER RUN DRIVE, 103, BROWN DEER, WI 53223

10924    MONCRIEF'S WHOLESALE GREENHOUSE, BOX 287   R.R. 1, BAXTER SPRINGS, KS 66713

10924    MONCRIF WHOLESALE GREENHS, ROUTE #1, BAXTER SPRINGS, KS 66713

10924    MONDA WINDOW CORP, 1900 E. DEVON AVENUE, ELK GROVE VILLAGE, IL 00000-0000

10925    MONDAY, CHRISTOPHER, 833 S. NORFOLK, INDIANAPOLIS, IN 46241

10925    MONDELLO, BRENDA, 2 OCEAN AVE #1M, MAGNOLIA, MA 01930

10925    MONDESIR, VIRGINIA, 376 MARION ST, UNION, NJ 07083

10925    MONDRAGON, JOSE, 2116 W. ROOSEVELT RD, WHEATON, IL 60187

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 MONDRAGON, MANUEL, PO BOX 464, DUNCAN, SC 29334

10925 MONDSCHEIN, ERIC, 3926 DUNES WAY, BURTONSVILLE, MD 20866

10925 MONDSHINE, ELLIOT, 1910 NORTH TAYLOR ST, ARLINGTON, VA 22207

10925 MONE, FRANK, 3341 RESERVOIR OVAL WEST, BRONX, NY 10467-3122

10925 MONELL, GWENDOLYN, 2328 S 76TH ST, WEST ALLIS, WI 53219-1847

10924 MONESSEN JR & SR HIGH SCHOOL, STATE ROAD, MONESSEN, PA 15062

10924 MONETTA PEACH PACKERS, ATTN: MR. CHILDERS, HIGHWAY 23, MONETTA, SC 29105

10925 MONEX RESOURCES INC, ATTN ROBERT LYONS, 45 NE LOOP 410 STE 700, SAN ANTONIO, TX 78216-5831

10925 MONEY BOOK CLUB, CUSTOMER SERVICE CENTER, CAMP HILL, PA 17012-8804

10925 MONEYMAKER, JANIS, 454 UNION ST, VERONA, PA 15147

10925 MONFORE, GENE, 201 CARMILLITA WAY, MODESTO, CA 95354-3210

10925 MONFREY, MARY, 1712 MANOR HEIGHTS, MARRERO, LA 70072

10925 MONGER, JOSEPH, 4806 ROLLINGTOP RD, ELLICOTT CITY, MD 21043

10925 MONGOGNA, LUCILLE, 201 W SOUTHWEST PWY, LEWISVILLE, TX 75067

10925 MONGOLD, BARBARA, PO BOX 3353, STINNETT, TX 79083

10925 MONGOLIS, PETER, 1111 S 17TH ST, MILWAUKEE, WI 53204-2013

10925 MONHOLLEN, STEFANA, 485 CHURCH ST, BULLHEAD CITY, AZ 86442

10925 MONICA DELGADO, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925 MONICA GADIDOV, 335 EAST 33RD ST, NEW YORK, NY 10016-9453

10925 MONICA J NENDZA, 63 HILL ST, NORWOOD, MA 02062-3649

10925 MONICA M GENSBITTEL, 215 WINSPEAR AVE, BUFFALO, NY 14215-1046

10925 MONICA M MANCINI-ZANNINO, 4322 MISPILLION RD, BALTIMORE, MD 21236-2974

10925 MONICA PRITCHETT, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 MONICO JT TEN, ANTHONY LEWIS & CARRIE, 19 CLIFFORD DRIVE, FARMINGDALE, NY 11735-3304

10924 MONIER LIFE TILE, 135 NW 20TH STREET, BOCA RATON, FL 33431

10924 MONIER LIFE TILE, 1369 HAMMONDVILLE RD., POMPANO BEACH, FL 33069

10924 MONIER LIFETILE LLC, 10920 SOUTH STEELE STREET, LAKEWOOD, WA 98499

10924 MONIER ROOF TILE INC, 1369 HAMMONDVILLE ROAD, POMPANO BEACH, FL 33069

10924 MONIER ROOF TILE INC, READY MIX, 1369 HAMMONDVILLE ROAD, POMPANO BEACH, FL 33069

10924 MONIER ROOF TILE, 1 PARK PLAZA, SUITE 900, IRVINE, CA 92714

10924 MONIER ROOF TILE, 1369 HAMMONDVILLE RD., POMPANO BEACH, FL 33069

10924 MONIER ROOF TILE, 1900 N.W. 21ST AVE, FORT LAUDERDALE, FL 33311

10924 MONIER ROOF TILE, 1990 E. RIVERVIEW DRIVE, SAN BERNARDINO, CA 92408

10924 MONIER ROOF TILE, 200 STORY RD., LAKE WALES, FL 33853

10924 MONIER ROOF TILE, 27600 COUNTY RD 90, WINTERS, CA 95694

10924 MONIER ROOF TILE, 9508 SOUTH HARLAN, FRENCH CAMP, CA 95231

10924 MONIER ROOF TILE, JAMBOREE CENTER, IRVINE, CA 92714

10924 MONILLAS, JANETTE, 2480 BRIGHTON, EL CENTRO, CA 92243

10924 MONITEAU COUNTY R/M, 810 EAST SMITH STREET, CALIFORNIA, MO 65018

10924 MONITEAU COUNTY R/M, P O BOX 761, JEFFERSON CITY, MO 65102

10924 MONITEAU COUNTY READY MIX, PO BOX 761, JEFFERSON CITY, MO 65102

10925 MONITOR COMPANY, D 3660, BOSTON, MA 02241-3660

10925 MONITOR LABS, 76 INVERNESS DR EAST, ENGLEWOOD, CO 80112-5189

10925 MONITOR LABS, INC, DEPT 0390, DENVER, CO 80256-0390

10925 MONITOR LABS, INC, PO BOX 8739, MANDEVILLE, LA 70448

10925 MONITOR LEADERSHIP DIREC, 104 FIFTH AVE, NEW YORK, NY 10011

10925 MONITOR MANUFACTURING INC., 44W320 KESLINGER ROAD, ELBURN, IL 60119-8048

10925 MONITOR SECURITY & CONTROL, INC, PO BOX 65, SEVERNA PARK, MD 21146

10925 MONITOR SECURITY & CONTROLS, INC, 482 WHITE PLAINS COURT, SEVERNA PARK, MD 21146

10925 MONITOR TECHNOLOGIES LLC, PO BOX 8048, ELBURN, IL 60119

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MONITRONICS INTERNATIONAL INC, PO BOX 650018, DALLAS, TX 75265-0018

10925   MONIZ, CATHERINE, 1011 MAIN ST, WOBURN, MA 01801

10925   MONIZ, JOANNE, 22 LITTLENECK ROAD, FAIRHAVEN, MA 02719

10925   MONIZ, STEVEN, 5607 OCASA DR, MIRA LOMA, CA 91752

10925   MONJARAS, MARTIN, 1234 GOULD, FORT WORTH, TX 76131

10925   MONK, CHARLES, PO BOX 271, WOODWORTH, LA 71485

10925   MONK, CYNTHIA, 834 S. 49TH ST, PHILADELPHIA, PA 19143

10925   MONK, J, 223 RIVRSDE CHASE CR, GREER, SC 29650

10925   MONK, RONALD, 309 GROVE ST, LOWELL, NC 28098

10925   MONK, SAMUEL, 722 GLENRIDGE DRIVE, SPARTANBURG, SC 29301

10925   MONKRES, HAROLD, 1307 LAMB, BOWIE, TX 76230-2816

10925   MONKS, CHARLES, PO BOX 124, CLEMSON, SC 29633

10925   MONKUS, NAOMI, 645 HALL ST, RAYNHAM, MA 02767

10924   MONMOUTH COUNTY ALLIED H&S ACADEMY, HECK AVENUE, NEPTUNE, NJ 07753

10924   MONMOUTH R/M CORP, 620 S 2ND, MONMOUTH, IL 61462

10924   MONMOUTH R/M CORP, BOX #794, MONMOUTH, IL 61462

10924   MONMOUTH R/M CORP, BOX 794, MONMOUTH, IL 61462

10924   MONMOUTH RUBBER, 75 LONG BRANCH AVENUE, HOLMDEL, NJ 07777

10925   MONNAHAN, SHARON, 3501 F AVE. NW, CEDAR RAPIDS, IA 52405

10925   MONNET HAYES BULLIS THOMPSON &, 1719 1ST NATL CENTER W, OKLAHOMA CITY, OK 73102

10925   MONNIER, CAMILLE, BOX 1667 277 BABCOCK ST, BOSTON, MA 02215

10924   MONNINGER CONCRETE, 4600 N. 13TH STREET, TERRE HAUTE, IN 47805

10924   MONNINGER, 4600 N 13TH ST, TERRE HAUTE, IN 47805

10924   MONO ELECTRIC LTD., HAMELAHA 71 ST POBOX 8198, NEW INDUSTRIAL ZONE, IT 0UNK    *VIA Deutsche Post*

10924   MONO ROCK LLC, ATTENTION: A/P, BISHOP, CA 93515

10925   MONOFLOOR TECHNOLOGY LTD, PO BOX 367, SWINDON WI, SN2 4EQUNITED KINGDOM    *VIA Deutsche Post*

10925   MONOGRAM DATA SYSTEMS, PO BOX 160221, ALTAMONTE SPRINGS, FL 32716-0221

10924   MONOMER SCIENCES, INC, 760 CHARLIE PATTERSON ROAD, NEW MARKET, AL 35761

10924   MONOMER SCIENCES, INC, NATURES WAY, NEW MARKET, AL 35761

10925   MONOMER-POLYMER & DAJAC LABS, INC, 1675 BUSTLETON PIKE, FEASTERVILLE, PA 19053

10925   MONON PROCESS EQUIPMENT COMPANY, RR1 BOX 43, MONON, IN 47959

10925   MONONA MASONRY INC, ELLIOTT LEO VP, PO BOX 8455, MADISON, WI 53708

10924   MONONA MASONRY, 2600 HIGHWAY 71, SPIRIT LAKE, IA 51360

10925   MONOT, DENNIS, PO BOX 440, DES ALLEMANDS, LA 70030

10925   MONREAL, VERONICA, 11171 TELFAIR AVE, PACIOMA, CA 91331

10925   MONROC INC, 147 ELECTION RD, SUITE 110, DRAPER, UT 84020

10924   MONROC INC, 147 WEST ELECTION ROAD, SUITE 110, DRAPER, UT 84020

10925   MONROC INC, POBOX 789, EAGLE, ID 83616

10924   MONROC INC., 155 E. AMITY, BOISE, ID 83705

10924   MONROC INC., 2300 N. MAIN ST., POCATELLO, ID 83201

10924   MONROC INC., 2503 CHACARTEGUY LANE, NAMPA, ID 83687

10924   MONROC INC., 6800 SOUTH 8400 WEST, SALT LAKE CITY, UT 84110

10924   MONROC INC., 826 N. WASHINGTON, KETCHUM, ID 83340

10924   MONROC INC., KEARNS PIT, WEST VALLEY CITY, UT 84120

10924   MONROC INC., PO BOX 51298, IDAHO FALLS, ID 83405

10924   MONROC INC., WALLACE & G STREET, WENDELL, ID 83355

10924   MONROC PRECAST, 1730 BECK ST., SALT LAKE CITY, UT 84116

10924   MONROC PRECAST, 2755 E. STATE ST., EAGLE, ID 83616

10924   MONROC READY MIX CONCRETE, 15585 S. 500 W., DRAPER, UT 84020

10924   MONROC READY MIX CONCRETE, 1700 S. MILLIGAN RD., IDAHO FALLS, ID 83401

10924   MONROC READY MIX CONCRETE, 1730 BECK STREET, SALT LAKE CITY, UT 84116

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MONROC READY MIX CONCRETE, 4122 ATKINSON ROAD, PARK CITY, UT 84060

10924    MONROC READY MIX CONCRETE, P.O. BOX 51298, IDAHO FALLS, ID 83405

10924    MONROC READY MIX, 10718 SOUTH HWY 75, BELLEVUE, ID 83313

10924    MONROC READY MIX, ADDISON AVE W., TWIN FALLS, ID 83301

10924    MONROC READY MIX, ATTN:  ACCOUNTS PAYABLE, IDAHO FALLS, ID 83405-1298

10924    MONROC READY MIX, INC., 419 W. 2ND N., BURLEY, ID 83318

10924    MONROC, 10718 SOUTH HWY 75, BELLEVUE, ID 83313

10924    MONROC, 150 S. 600 W., HEBER CITY, UT 84032

10924    MONROC, 2755 E. STATE ST., EAGLE, ID 83616

10924    MONROC, INC., 419 W. 2ND N., BURLEY, ID 83318

10925    MONROC, PO BOX 51298, IDAHO FALLS, ID 83405

10924    MONROE COMMUNITY HOSPITAL, 435 EAST HENRIETTA ROAD, ROCHESTER, NY 14620

10924    MONROE COUNTY CONCRETE, 1434 HIGHWAY 21 SOUTH, MONROEVILLE, AL 36461

10924    MONROE COUNTY CONCRETE, DO NOT USE, CAMBRIDGE, MA 02140

10924    MONROE COUNTY CONCRETE, HWY 21 N 613, MONROEVILLE, AL 36461

10924    MONROE COUNTY LIBRARY, C/O THERMO-SPRAY OF INDIANA, BLOOMINGTON, IN 47408

10924    MONROE DISTRIBUTORS, 314 CHURCH STREET, NEW BEDFORD, MA 02745

10924    MONROE ELEMENTARY SCHOOL, SPRAY, CHICAGO, IL 60611

10925    MONROE EXTINGUISHER CO. INC., PO BOX 12711, ROCHESTER, NY 14612

10925    MONROE EXTINGUISHER COMPANY INC, PO BOX 60980, ROCHESTER, NY 14606

10924    MONROE HOSPITAL, TRADESMAN CONSTRUCTION, C/O WARCO, 600  BREWER DRIVE, MONROE, NC 28112

10925    MONROE LAWSON, HWY 221, ENOREE, SC 29335

10924    MONROE MIDDLE SCHOOL, 345 FANHILL ROAD, MONROE, CT 06468

10924    MONROE OFFICE/GLENWOOD HOSPITAL, 1401 NATCHATOCHES, WEST MONROE, LA 71292

10925    MONROE SR., MARCEL, 1852 BERKLEY ST, CINCINNATI, OH 45237

10925    MONROE STREET, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10924    MONROE WOODBURY HIGH SCHOOL @ @, DUNDERBURG RD, MONROE, NY 10950

10925    MONROE, ANGELA, 14418 S. 71 HWY. APT. 301, KANSAS CITY, MO 64147

10925    MONROE, DEVON, 9 ROCKVILLE PARK, BOSTON, MA 02119

10925    MONROE, DOUGLAS, 102 EAST SUMMIT, ELECTRA, TX 76360

10925    MONROE, DWANE, 308 PARMENTER AVE, LIBBY, MT 59923

10925    MONROE, ERIC G, PO BOX 6221, CHANDLER, AZ 85246-6221

10925    MONROE, FEBIA, 6910 COCKRELL HILL, DALLAS, TX 75236

10925    MONROE, GINA, 1504 ORANGE, AMARILLO, TX 79107

10925    MONROE, KIM, 959 HUNTERWOOD DR., JASPER, TX 75951

10925    MONROE, MERLIN, 27 RICHWOOD DRIVE, GREENVILLE, SC 29607

10925    MONROE, MICHAEL, 4318 MEADOW RIDGE COURT, MULBERRY, FL 33860

10925    MONROE, PO BOX 7777-W6150, PHILADELPHIA, PA 19175

10925    MONROE, SUSAN, 4107 WOODSIDE DRIVE, 2, CORAL SPRINGS, FL 33065

10925    MONROE, VERN, 3608 CONCERTO DRIVE, CINCINNATI, OH 45241

10925    MONROE, VIRGINIA, 3138 N 13TH ST, MILWAUKEE, WI 53206-2763

10925    MONROE, WILLIAM, 1030 OCEAN TERRACE, DELRAY BEACH, FL 33483

10925    MONROE, WILLIAM, 1271 E LOMA LINDA, FRESNO, CA 93711

10925    MONROE, WILLIAM, 2495 NW 43RD ST, BOCA RATON, FL 33431

10925    MONROE, WILLIE, 125 OAKDALE GIN RD LOT 7, RAEFORD, NC 28376-9327

10925    MONRROY, DALILA, 1031 D AVE. APT.B, NATIONAL CITY, CA 91950

10925    MONSANTO - ACCOUNTS PAYABLE, 800 N. LINDBERGH BLVD, SAINT LOUIS, MO 63167

10925    MONSANTO CHEMICAL CO, BOX 75098, CHARLOTTE, NC 28275

10925    MONSANTO CO CT CORP SYSTEM, 2 OLIVER ST, BOSTON, MA 02109

10925    MONSANTO CO INC, 8520 UNIVERSITY GREEN, MIDDLETON, WI 53562

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MONSANTO COMPANY, 12501 S RIVER ROAD, LULING, LA 70070 | |
| 10924 | MONSANTO COMPANY, 12501 S. RIVER ROAD, LULING, LA 70070 | |
| 10925 | MONSANTO COMPANY, 700 CHESTERFIELD PKWY NORTH, BB4D, ST. LOUIS, MO 63198 | |
| 10925 | MONSANTO COMPANY, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10924 | MONSANTO COMPANY, HIGHWAY 90, LULING, LA 70070 | |
| 10925 | MONSANTO CORPORATION, 800 N. LINDBERGH BLVD., ST. LOUIS, MO 63141-7843 | |
| 10924 | MONSANTO CORPORATION, CAMBRIDGE, MA 02140 | |
| 10924 | MONSANTO, P O BOX 97, GONZALEZ, FL 32560 | |
| 10925 | MONSANTO, PO BOX 920082, ATLANTA, GA 30392-0082 | |
| 10925 | MONSEF, SIROUS, 10140 VANDERBILT CIR, ROCKVILLE, MD 20850 | |
| 10925 | MONSEN, EDWARD, 10 ESPIE AVE, MAYNARD, MA 01754 | |
| 10925 | MONSERRATE, MARIA, AV.LAS MARIAS 213, SRIO PIEDRAS, PR 00927 | |
| 10924 | MONSEY DIV., 2701 STATE RD 60 WEST, BARTOW, FL 33830 | |
| 10924 | MONSEY DIV., HENRY CO., 2651 COMMERCE DRIVE, ROCK HILL, SC 29730 | |
| 10924 | MONSEY DIV., HIGHWAY 60, 2 MILES WEST OF BARTOW, BARTOW, FL 33830 | |
| 10924 | MONSEY PRODUCTS, 430 HUDSON RIVER ROAD, WATERFORD, NY 12188 | |
| 10924 | MONSEY PRODUCTS, INC., 4685 FINANCE WAY, KINGMAN, AZ 86401 | |
| 10924 | MONSEY PRODUCTS, INC., PO BOX 368, KIMBERTON, PA 19442 | |
| 10924 | MONSEY PRODUCTS, PO BOX 368, KIMBERTON, PA 19442 | |
| 10924 | MONSEY, 4351 W. MORRIS STREET, INDIANAPOLIS, IN 46241 | |
| 10925 | MONSEY, JERRY, 1607 COLE VLQ, LAS CRUCES, NM 88001-5920 | |
| 10924 | MONSMA MARKETING CORP., 1409 BUCHANEN AVE. S.W., GRAND RAPIDS, MI 49507 | |
| 10924 | MONSMA MARKETING CORP., 2450 BUCHANAN AVE SW, GRAND RAPIDS, MI 49548-1005 | |
| 10925 | MONSMA, MARCIA, 5197 N GENEVIEVE, SN BERNARDINO, CA 92407 | |
| 10925 | MONSOD, SHEILA, 3158 LA CLETE AVE, LOS ANGELES, CA 90039 | |
| 10925 | MONSON CHEMICAL COMPANY, 154 PIONEER DR., LEOMINSTER, MA 01453 | |
| 10925 | MONSON CHEMICALS INC, PO BOX 3886, BOSTON, MA 02241-3886 | |
| 10925 | MONSON COMPANIES, INC, DEPT 5351, P.O.BOX 30000, HARTFORD, CT 06150 | |
| 10925 | MONSON COMPANIES, PO BOX 3886, BOSTON, MA 02241-3886 | |
| 10925 | MONSON CONSTRUCTION, 414 DONOFRIO DR # 100, MADISON, WI 53719-2804 | |
| 10925 | MONSON, CHARLES, 8 SWEETGUM COURT SOUTH, HOMOSASSA, FL 34446 | |
| 10925 | MONSTER.COM, PO BOX 905370, CHARLOTTE, NC 28290-5370 | |
| 10925 | MONSTER.COM, PO BOX 905370, CHARLOTTEI, OH 28290-5370 | |
| 10925 | MONT ASTER, LLC, 14901 N SCOTTSDALE RD #305, SCOTTSDALE, AZ 85254 | |
| 10925 | MONT ASTER, LLC, 14901 NORTH SCOTTSDALE ROAD STE 305, SCOTTSDALE, AZ 85254 | |
| 10925 | MONTA, ARTURO, 8459 COVENTRY DRIVE, ALLISON PARK, PA 15101 | |
| 10925 | MONTAGE AT METREON, 101 FOURTH ST., 2ND LEVEL, SAN FRANCISCO, CA 94103 | |
| 10925 | MONTAGNO, ROBERT, 34 CAPTAINS WAY, EXETER, NH 03833 | |
| 10925 | MONTAGUE INDUSTRIAL, INC, PO BOX 530111, ATLANTA, GA 30353-0111 | |
| 10924 | MONTAGUE VILLAGE ELEMENTARY SCHOOL, CLEMENT DRIVE BUILDING 84001, FORT HOOD, TX 76544 | |
| 10925 | MONTAGUE, GENEVIEVE, 700 GLENWAY DR. #2, INGLEWOOD, CA 90302 | |
| 10925 | MONTAGUE, ORVILLE, 6386 PHILLIPS PLACE, LITONIA, GA 30058 | |
| 10925 | MONTALVO CORP, THE, 50 HUTCHERSON DR, GORHAM, ME 04038 | |
| 10925 | MONTALVO CORP., 6601 NORTH AVONDALE, CHICAGO, IL 60631 | |
| 10925 | MONTALVO CORPORATION, 50 HUTCHERSON DR, GORHAM, ME 04038 | |
| 10925 | MONTALVO, ANGEL, PO BOX 1342, SAN GERMAN, PR 00683 | |
| 10925 | MONTALVO, CARMEN, VILLA INTERAMERICANA, SAN GERMAN, PR 00683 | |
| 10925 | MONTALVO, EDUARDO, ROUTE 6 BOX 550, EDINBURG, TX 78539 | |
| 10925 | MONTALVO, FRANKLIN, CALLE 13 N-15, BAYAMON, PR 00957 | |
| 10925 | MONTALVO, LUIS, 520 NORTH 20 ST, 206, MILWAUKEE, WI 53233 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MONTALVO, ROLANDO, HC 2 BOX 20184, SAN SEBASTIAN, PR 00755 | |
| 10925 | MONTALVO-RAMIREZ, LUIS, BOX 345, BOQUERON, PR 00622 | |
| 10925 | MONTANA ATTY GENERAL, ATTN: MIKE MCGRATH, JUSTICE BLDG, 215 N SANDERS, HELENA, MT 59620 | |
| 10925 | MONTANA CONTRACTORS ASSOC, THE, PO BOX 4519, HELENA, MT 59604 | |
| 10924 | MONTANA DEPARTMENT OF ENVIRONMENTAL, P.O. BOX 200901, HELENA, MT 59620-0901 | |
| 10925 | MONTANA DEPT OF ENVIR QUALITY, 1520 EAST SIXTH AVE, HELENA, MT 59620 | |
| 10925 | MONTANA DEPT OF HEALTH, COGSWELL BLDG, HELENA, MT 59620 | |
| 10925 | MONTANA DEPT OF NATURAL RESOURCES & CONSERVATION, 1625 ELEVENTH AVE , PO BOX 201601, HELENA, MT 59620 | |
| 10925 | MONTANA DEPT OF NATURAL RESOURCES & CONSERVATION, 1625 ELEVENTH AVE, PO BOX 201601, HELENA, MT 59620-1601 | |
| 10925 | MONTANA DEPT OF TRANSPORTATION, POBOX 201001, HELENA, MT 59620-1001 | |
| 10925 | MONTANA DEPT ON ENVIR QUALITY, 1520 E SIXTH AVE, HELENA, MT 59620 | |
| 10924 | MONTANA NATURALS, 19994 HWY 93, ARLEE, MT 59821 | |
| 10924 | MONTANA REFINING COMPANY, 1900 10 STREET, BLACK EAGLE, MT 59414 | |
| 10924 | MONTANA REFINING COMPANY, 501 EAST MAIN STREET, ARTESIA, NM 88211-0159 | |
| 10924 | MONTANA STATE UNIVERSITY, C/O THE MARTIN CO, BOZEMAN, MT 59717 | |
| 10925 | MONTANA, 2992 LA PALMA SUITE A, ANAHEIM, CA 92806 | |
| 10925 | MONTANA, MARTHA, 2 DEERPATH ROAD, CALIFON, NJ 07830 | |
| 10925 | MONTANA, ROBERT, 200 STONE HEDGE DRIVE, GREENVILLE, SC 29615-3744 | |
| 10925 | MONTANARI, GAIL, 141 LAUREL DRIVE, SPRINGFIELD, NJ 07081 | |
| 10925 | MONTANARO, ROBERT, 30 BRITTANY LANE, CARMEL, NY 10512 | |
| 10925 | MONTANE, GUILLERMINA, 11350 SW 40 ST, MIAMI, FL 33165 | |
| 10925 | MONTANEZ, ALBERTO, 772 COLUMBIA, AURORA, IL 60505 | |
| 10925 | MONTANIAN, THE, POBOX 946, LIBBY, MT 59923 | |
| 10925 | MONTANO, CAROLYN, 14 FIRST ST, WAYNE, NJ 07470 | |
| 10925 | MONTANO, CONNIE, 309 DAVIS APT-A, CLOVIS, NM 88101 | |
| 10925 | MONTANO, DELMA, 8139 15TH AVE, T2, HYATTSVILLE, MD 20783 | |
| 10925 | MONTANO, JOSE, 1934 KENNEDY DR APT 102, MCLEAN, VA 22102 | |
| 10924 | MONTCLAIR STATE SCHOOL, 132 WEST SPRING TOWN ROAD, LONG VALLEY, NJ 07853 | |
| 10924 | MONTE CARLO HOTEL & CASINO, SMITH AND GREEN, LAS VEGAS, NV 89101 | |
| 10924 | MONTE CARLO TRAM STATION, LAS VEGAS, NV 89125 | |
| 10925 | MONTE JR, FRANK, 101 EAST CLIFTON AVE, CLIFTON, NJ 07011 | |
| 10925 | MONTEATH, STUART, 1608 WINGATE WAY, DUNWOODY, GA 30350 | |
| 10924 | MONTEBELLO PACKAGING LTD., 1036 ABERDEEN STREET, HAWKESBURY, ONTARIO, ON K6A 1K5TORONTO | *VIA Deutsche Post* |
| 10924 | MONTEFIORE CHILDERN'S HOSPITAL, BAINBRIDGE AVE AND GUN HILL RD, BRONX, NY 10461 | |
| 10924 | MONTEFIORE MEDICAL CENTER, 111 E. 210TH STREET, BRONX, NY 10400 | |
| 10924 | MONTEFIORE MEDICAL CENTER, 1600 TENBROECK AVE, BRONX, NY 10461 | |
| 10925 | MONTEIRO, ANTONIO, 196 HIGHLAND ST, BROCKTON, MA 02301-3700 | |
| 10925 | MONTEIRO, ERNESTO, 21 UNION ST, BROCKTON, MA 02401 | |
| 10925 | MONTEIRO, JOAO, 27 SUMNER ST, DORCHESTER, MA 02125 | |
| 10925 | MONTEIRO, JOAO, 3709 VAUCLUSE DR., EULESS, TX 76040 | |
| 10925 | MONTEIRO, JOAO, PO BOX 4184, BROCKTON, MA 02403 | |
| 10925 | MONTEIRO, LOURENCO, 30 COOLIDGE AVE, BROCKTON, MA 02402 | |
| 10925 | MONTEIRO, NANCY, 115 MASON LANE, MORTH EAST, MD 21901 | |
| 10925 | MONTEITH, CONNIE, PO BOX 7, BYERS, TX 76357 | |
| 10925 | MONTEITH, OLIVER, 7201 SPENCER HWY #369, PASADENA, TX 77505 | |
| 10924 | MONTELBELLO PACKAGING LTD, 650 INDUSTRIAL DRIVE, LEBANON, KY 40033 | |
| 10925 | MONTELEON, JR, JOSEPH, 22 CHERRY TREE LN, KINNELON, NJ 07405-2286 | |
| 10924 | MONTELL -DO NOT USE, PO BOX 15439, WILMINGTON, DE 19850-5439 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10924 | MONTELL USA -DO NOT USE, PO BOX 15439, WILMINGTON, DE 19850-5439 |
| 10924 | MONTELL USA, INC., 12001 BAY AREA BLVD., PASADENA, TX 77507 |
| 10924 | MONTELL USA, INC., 4101 HIGHWAY 108, WESTLAKE, LA 70669 |
| 10925 | MONTEMARANO, THOMAS, 8701 BERGENLINE AVE, NORTH BERGEN, NJ 07047 |
| 10925 | MONTEMAYER, MITCHELL, 3831 COCOPLUM CIRCLE, COCONUT CREEK, FL 33063 |
| 10925 | MONTEMAYOR, IRMA, RT. 1, BOX 324-J, EDINBERG, TX 78539 |
| 10925 | MONTEMAYOR, MARIO, 4812 S. 28TH, MCALLEN, TX 78501 |
| 10925 | MONTEMAYOR, VICTOR, RT.1 BOX 324-J, EDINBURG, TX 78539 |
| 10925 | MONTENEGRO, RICHARD, 9136 HORNBY AVE, WHITTIER, CA 90603 |
| 10925 | MONTEREY MECHANICAL CO, 8275 SAN LEANDRO ST, OAKLAND, CA 94621 |
| 10924 | MONTEREY MECHANICAL, 45400 B COUNTY ROAD 28H, DAVIS, CA 95616 |
| 10925 | MONTERO, MARIA, 2012 O ST NW #41, WASHINGTON, DC 20036 |
| 10925 | MONTERO, SIMON, 920 S. PANNES AVE., COMPTON, CA 90221 |
| 10925 | MONTERO, STEVEN, APARTMENT E-3, SAN JUAN, PR 00921 |
| 10925 | MONTERO-DIAZ, ANN, 4004 ATLANTIC AVE, VIRGINIA BEACH, VA 23451 |
| 10925 | MONTERROSA, ISABEL, 74 LAKEWOOD AVE, SAN FRANCISCO, CA 94127 |
| 10925 | MONTE'S CONCRETE PRODUCTS INC, P O BOX 785, EFFINGHAM, IL 62401 |
| 10925 | MONTES, CATHY ANN, 406 HARDING, TAFT, TX 78390 |
| 10925 | MONTES, DANIEL, 5309 RIVIERA, WICHITA FALLS, TX 76310 |
| 10925 | MONTES, DAVID, 112 WILLOW DR, LAKE MARY, FL 32746 |
| 10925 | MONTES, FRANCISCO, PO BOX 485, SNOWFLAKE, AZ 85937 |
| 10925 | MONTES, MARIA, 16 LITTLE BROOK CT., BALTIMORE, MD 21207 |
| 10925 | MONTES, SUZIE, 5501 PLAINVIEW DR, EL PASO, TX 79924 |
| 10925 | MONTEX INVESTMENT GROUP, 1345 CAMPBELL ROAD, HOUSTON, TX 77055 |
| 10925 | MONTEZ MEDLING, 504 FAIRLANE, GREENFIELD, TN 38230-1214 |
| 10925 | MONTEZ WILLIAMS BAIRD, 3809 WEST WACO DR, WACO, TX 76710 |
| 10925 | MONTEZ, ALBERT, 3524 6TH AVE, FORT WORTH, TX 76110 |
| 10925 | MONTEZ, MARIA DEL R, RT 2 BOX 75-AA, MISSION, TX 78572 |
| 10924 | MONTFORT BROTHERS BLOCK, 29 ELM ST, FISHKILL, NY 12524 |
| 10924 | MONTFORT BROTHERS BLOCK, 29 ELM STREET, FISHKILL, NY 12524 |
| 10924 | MONTGOMERY BLOCK WORKS, RD 2 BOX 2194B, HARRISVILLE, PA 16038 |
| 10924 | MONTGOMERY BLOCK, 4275 WILLIAM FLYNN HWY, HARRISVILLE, PA 16038 |
| 10924 | MONTGOMERY CO. HIGH SCHOOL, DOBBINS ST., MOUNT VERNON, GA 30445 |
| 10924 | MONTGOMERY CONCRETE, 15130 SOUTHLAWN LANE, ROCKVILLE, MD 20850 |
| 10924 | MONTGOMERY COUNTY CONCRETE, 799 BARGE POINT ROAD, CLARKSVILLE, TN 37042 |
| 10924 | MONTGOMERY COUNTY HIGH SCHOOL, C/O BONITZ OF GEORGIA, MOUNT VERNON, GA 30445 |
| 10924 | MONTGOMERY COUNTY HUMAN SERVICES, NORRISTOWN, PA 19401 |
| 10925 | MONTGOMERY COUNTY SHRM, ONE CURIE COURT, ROCKVILLE, MD 20850 |
| 10924 | MONTGOMERY DOWNTOWN, THE, C/O BRASFIELD & GORRIE, L.L.C., 1001 FRONT STREET, ANNISTON, AL 36201 |
| 10925 | MONTGOMERY JR, WILLIAM F, 1815 TWILIGHT DR, KILLEEN, TX 76543-7943 |
| 10925 | MONTGOMERY JT TEN, DONALD & CAROL, 2123 MALLARD PLACE, LONGMONT, CO 80501-7323 |
| 10925 | MONTGOMERY LANDSCAPING, PO BOX 7991, METAIRIE, LA 70010-7991 |
| 10924 | MONTGOMERY REGIONAL HOSPITAL, 3700 SOUTH MAIN STREET, BLACKSBURG, VA 24060 |
| 10925 | MONTGOMERY TANK LINES INC, PO BOX 102863, ATLANTA, GA 30368-2863 |
| 10925 | MONTGOMERY TRUCKING INC., 450 HOLMES ROAD, HOUSTON, TX 77045 |
| 10925 | MONTGOMERY TWIBELL UPP GREENE, 901 ST. LOUIS ST, SUITE 601, SPRINGFIELD, MO 65806 |
| 10924 | MONTGOMERY VAULT CO., 14901 DOVER RD., ROCKVILLE, MD 20850 |
| 10925 | MONTGOMERY WARD & CO, INC, ONE MONTGOMERY WARD PLAZA, CHICAGO, IL 60671 |
| 10925 | MONTGOMERY WARD, ONE ORLAND COURT, ORLAND PARK, IL 60462 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  MONTGOMERY WARDS AT TPOANGA MALL, C/O WESTSIDE BUILDING MATERIALS, CANOGA PARK, CA 91303

10924  MONTGOMERY WARDS, C/O WESTSIDE BUILDING MATERIALS, CANOGA PARK, CA 91303

10925  MONTGOMERY WATSON MINING GROUP, PO BOX 774018, 1475 PIN GROVE RD, STEAMBOAT SPRINGS, CO 80477

10925  MONTGOMERY WATSON, MR DOUGLAS J BACH, ONCE SCIENCE COURT, PO BOX 5385, MADISON, WI 53705-0385

10925  MONTGOMERY WATSON, PO BOX 7009, PASADENA, CA 91109-7009

10925  MONTGOMERY WATSON, PO BOX 774018, STEAMBOAT SPRINGS, CO 80477

10925  MONTGOMERY WATSON, POST OFFICE BOX 51141, LOS ANGELES, CA 90051-5441

10924  MONTGOMERY WHOLESALE SPEC, PO BOX 2447, MONTGOMERY, AL 36102

10924  MONTGOMERY, BARNETT, BROWN, REED, H, 1100 POYDRAS 2300 ENERGY CTR, NEW ORLEANS, LA 70163-3200

10925  MONTGOMERY, BETTY, STATE OFFICE TOWER, 30 E BROAD ST, COLUMBUS, OH 43266-0410

10925  MONTGOMERY, BILLY, 1212 W. MAIN ST, LAURENS, SC 29360

10925  MONTGOMERY, CRAIG, 815 WASHINGTON, BAKERSFIELD, CA 93308

10925  MONTGOMERY, CRYSTAL, 104 FIR AVE, KANNAPOLIS, NC 28081

10925  MONTGOMERY, CYNTHIA, 805 E PINE, VICTORIA TX, TX 77901

10925  MONTGOMERY, DERRICK, 1024 WEST 4TH ST, CHARLOTTE, NC 28202

10925  MONTGOMERY, DOUGLAS, 371 NORTH MAIN ST, RANDOLPH, MA 02368

10925  MONTGOMERY, EARNEST, PO BOX 1045, KASILOF, AK 99610-1045

10925  MONTGOMERY, FANNIE, 301 DENSLOWE DRIVE, RENO, NV 89512

10925  MONTGOMERY, HOMER, 140 JAY CIRCLE, MOORE, SC 29369

10925  MONTGOMERY, ISAAC, 23 WOOLFE ST, CHARLESTON, SC 29403

10925  MONTGOMERY, JAMEEL, 6818 W. DEVONSHIRE, PHOENIX, AZ 85033

10925  MONTGOMERY, JAMES, 2210 SPRING LAKE DRIVE, TIMONIUM, MD 21093

10925  MONTGOMERY, JAMES, ROUTE 6, 221 LISTER ROAD, GREER, SC 29651-9806

10925  MONTGOMERY, JEWEL, 20 WHITTEMERE ST, ARLINGTON, MA 02474

10925  MONTGOMERY, JOHN C, 2020 GLENDALE RD, IOWA CITY, IA 52245-3215

10925  MONTGOMERY, JOHN, 109 BON AIR ROAD, BALTIMORE, MD 21225-3604

10925  MONTGOMERY, JOSEPH, 1646 SWANGATE WAY, SAN JOSE, CA 95124

10925  MONTGOMERY, JOYCE, 2846 N. ADAMS, INDIANAPOLIS, IN 46218

10925  MONTGOMERY, KELVIN, 107 SHORT ST, ENOREE, SC 29335

10925  MONTGOMERY, LEONARD, RR3 BOX 288-6, NOBLE, OK 73068-9214

10925  MONTGOMERY, LEWARD, 208 PRINCESS ST, WESTLAKE, LA 70669

10925  MONTGOMERY, LISA, 360 BLUE LEDGE DR, ROSLINDALE, MA 02131

10925  MONTGOMERY, LORAINE, 1514 PROCTOR, WACO, TX 76708

10925  MONTGOMERY, MARGO, 89 ROTON AVE, ROWAYTON, CT 06853

10925  MONTGOMERY, MARIELA, 23359F SW 55TH WAY, BOCA RATON, FL 33433

10925  MONTGOMERY, MARITA, 1136 S. DORRANCE ST.VENTURE, PHILADELPHIA, PA 19146

10924  MONTGOMERY, MCCRACKEN, WALKER & RHO, THREE PARKWAY 20TH FLR, PHILADELPHIA, PA 19102

10925  MONTGOMERY, MELVIN, 1209 BRUNNELL PKWY, LAKELAND, FL 33803

10925  MONTGOMERY, NANCY, 17 LEOS LANE APT. C, AVON, MA 02322

10925  MONTGOMERY, PERRY, 9245 WEST CORTEZ, PEORIA, AZ 85345

10925  MONTGOMERY, PHILANA, 5515 W MARKET ST, GREENSBORO, NC 27409

10925  MONTGOMERY, REGINALD, 7D PINE ISLE DRIVE, DERRY, NH 03038

10925  MONTGOMERY, RICHARD, 302 HAMILTON FORST DR, EASLEY, SC 29640

10925  MONTGOMERY, RICK, 4900 S. ULSTER, DENVER, CO 80237

10925  MONTGOMERY, ROBERT, 806 EAST JOHNSON ST, GARDEN CITY, KS 67846

10925  MONTGOMERY, ROBERTA, 9120 COLD SPRINGS, DALLAS, TX 75217

10925  MONTGOMERY, SHELLEY, 12557 CO RD #7, CRAIG, CO 81625

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　MONTGOMERY, STEWART, 17943 POND ROAD, ASHTON, MD 20861-9756

10925　MONTGOMERY, SUSAN, 157 DUTCHMAN, CHAPIN, SC 29036

10925　MONTGOMERY, TONY, 1133 RETEMA, CORPUS CHRISTI, TX 78412

10925　MONTGOMERY, VICTORIA, 11 SOUTH ALLEN, ANNISTON, AL 36201

10925　MONTGOMERY, VIRGINIA, 1549 S. FLORENCE CT. #601, DENVER, CO 80247

10925　MONTGOMERY, WALTER, 1812 E WARREN ST, PLANT CITY, FL 33566-6032

10925　MONTHLY EZ TAG STATEMENT, 330 MEADOWFERN, STE. 114, HOUSTON, TX 77067

10925　MONTHY, JUDITH, 1117 2ND ST, LEAGUE CITY, TX 77573

10925　MONTHY, LARRY, 1117 2ND ST, LEAGUE CITY, TX 77573

10924　MONTICELLO HIGH SCHOOL, 150 WOOD AVENUE, MONTICELLO, NY 12701

10925　MONTIE, ROBERT, 5966 DUHON ROAD, SULPHUR, LA 70665

10925　MONTIEL, ROSA, 2225 N ST #204, WASHINGTON, DC 20037

10924　MONTIFIORE HOSPITAL, 1061 THIRD STREET, NORTH VERSAILLES, PA 15137

10925　MONTIJO, ISIDRO, CALLE ESPANA #314, HATO REY, PR 00917

10925　MONTIJO, JACQUELINE, 2999 NEET AVE APT 1, SAN JOSE, CA 95128-0000

10925　MONTILLA, GREG, 118 EDGEMERE RD.#11, W. ROXBURY, MA 02132

10925　MONTLEY, ROSEMARY, 109 WATER FOUNTAIN W, GLEN BURNIE, MD 21060

10925　MONTMINY, EMILE, 202 BARKER AVE, LOWELL, MA 01850-1236

10925　MONTO, JAMES, 15 WESTBROOK AVE, SOUTH SOMERVILLE, NJ 08876

10924　MONTOLA GROWERS INC., 1 MILE EAST, CULBERTSON, MT 59218

10925　MONTONE, SHELLY, 109 WEST ST, RANDOLPHH, MA 02368

10925　MONTORO, CARMEN, 4035 S. 84TH ST TWELVE BRIDGES BLDG, GREENFIELD, WI 53228

10925　MONTOYA, ANA, 18265 CHATSWORTH ST, NORTHRIDGE, CA 91326

10925　MONTOYA, CATHERINE, 512 STARLITE, CLOVIS, NM 88101

10925　MONTOYA, DONNA, 125 SAM ST, SANTA FE, NM 87501

10925　MONTOYA, ELIZABETH, 74 LINCOLN AVE, SOMERVILLE, NJ 08876

10925　MONTOYA, ISRAEL, RT. 1 BOX 398, WESLACO, TX 78596

10925　MONTOYA, JOHNNY, 403 N OAK PO BOX 664, PECOS, TX 79772-2340

10925　MONTOYA, JULIE, 5008 S. FANNIN, AMARILLO, TX 79110

10925　MONTOYA, LUIS, 1651 TREMONT ST, LONG BEACH, CA 93333

10925　MONTOYA, THERESA, 6 BRYAN CIRCLE, BILLERICA, MA 01821

10925　MONTOYA, YVONNE, 10016 LOS ARBOLES N.E., ALBUQUERQUE, NM 87112

10925　MONTOYA-MERA, OTILIA, 146 CAPRICORN DR., #4, SOMERVILLE, NJ 08876

10924　MONTY GETMAN, INC., 1645 WALLACE DRIVE, CARROLLTON, TX 75006

10924　MONTY GETMAN, INC., 623 RAMADA TRAIL, AMARILLO, TX 79108

10924　MONTY SANITATION, 5545 SHIRLEY STREET, NAPLES, FL 33942

10924　MONTY SANITATION, 5545 SHIRLEY STREET, NAPLES, FL 34109

10925　MONTZ, SEAN, 628 ELMEER AVE, METAIRIE, LA 70005

10925　MONUMENT ENVIRONMENTAL LLC, POBOX 514, MONUMENT, CO 80132

10925　MONUMENT ENVIRONMENTAL, LCC, PO BOX 514, MONUMENT, CO 80132

10925　MONUMENTAL ENVIRONMENTAL, PO BOX 514, MONUMENT, CO 80132

10925　MONUMENTAL SUPPLY CO, INC, 1025 S. HAVEN ST., BALTIMORE, MD 21224

10925　MONUMENTAL SUPPLY CO, INC, 401 S. HAVEN ST., BALTIMORE, MD 21224

10925　MONY LIFE INSURANCE CO, POBOX 4830, SYRACUSE, NY 13221

10924　MONY TOWER, 4483 BUCKLEY ROAD, LIVERPOOL, NY 13089

10925　MONZO, CYNTHIA, 2374 GOODWOOD BLV., SMYRNA, GA 30080

10925　MOO, GLORIA, 24801 S. AVALON, WILMINGTON, CA 90744

10925　MOOBERRY, GERALD, PO BOX 894, OKAHUMPKA, FL 34762

10925　MOOBERRY, LINDA, 10738 W KALER DR, GLENDALE, AZ 85307

10925　MOOCK, JOY U., 2040 GOLFVIEW DR, LAPLACE, LA 70068

10925　MOODY AND REGAN, PO BOX 427, WALTHAM, MA 02254

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MOODY BIBLE INSTITUTE OF CHICAGO, 821 N. WELLS STREET, CHICAGO, IL 60610 | |
| 10924 | MOODY HEALTH CENTER, 1276 N. CLAYBORNE, CHICAGO, IL 60610 | |
| 10925 | MOODY JR., WALTER, 3640 DENSMORE DRIVE, CHARLOTTE, NC 28205 | |
| 10925 | MOODY MACHINERY CORP., PO BOX 277, FAIRBURN, GA 30213 | |
| 10925 | MOODY PRICE, INC, 3284 CARBIDE DR., SULPHUR, LA 70663 | |
| 10925 | MOODY PRICE, INC, PO BOX 54274, NEW ORLEANS, LA 70154-4274 | |
| 10925 | MOODY TRUCK CENTER INC, POBOX 10095, JACKSONVILLE, FL 32247-0095 | |
| 10925 | MOODY, BONNIE, 1013 MEADOR ST, PRINCETON, WV 24740-2211 | |
| 10925 | MOODY, CAROL, 7976 WELCHWOOD DR., INDIANAPOLIS, IN 46260 | |
| 10925 | MOODY, CATESSA, 3517 A BURKLAND DR, CHARLOTTE, NC 28205 | |
| 10925 | MOODY, CHARLES, RR4 BOX 699, BLANCHARD, OK 73010-9427 | |
| 10925 | MOODY, CLIFTON, 4001 DOLPHIN ST, BAY ST LOUIS, MS 39520 | |
| 10925 | MOODY, DEBBIE, 109 W. MARLEY LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | MOODY, DORIS, 104 FORTY OAKS FARM, W MONROE, LA 71291 | |
| 10925 | MOODY, ERVIN, 111 EASTVIEW RD, PELZER, SC 29669 | |
| 10925 | MOODY, JAMES, 146 BIG PINE RD, GRAY COURT, SC 29645 | |
| 10925 | MOODY, JAMES, 2393 FORRESTER RD, NEW MARKET, TN 37820 | |
| 10925 | MOODY, JAMES, HWY 221, ENOREE, SC 29335 | |
| 10925 | MOODY, JAMES, PO BOX 47486, ST. PETERSBURG, FL 33743 | |
| 10925 | MOODY, JULIE, 105 N. ELM ST., MOMENCE, IL 60954 | |
| 10925 | MOODY, KAREN, 1607 LENTZ HARNES, MT. PLEASANT, NC 28124 | |
| 10925 | MOODY, KIMBERLY, 400 COLE AVE, MONROE, LA 71203 | |
| 10925 | MOODY, LISA, 506 FARNSWORTH AVE, CLAIRTON, PA 15025 | |
| 10925 | MOODY, NATHANIEL, PO BOX 11, EATON PARK, FL 33840 | |
| 10925 | MOODY, RAYMOND, 209 LOVE DRIVE, TRAVELERS REST, SC 29690-0233 | |
| 10925 | MOODY, RICHARD, 8635 NEWFIELD LANE, BEAUMONT, TX 77707 | |
| 10925 | MOODY, SCOTT, 652 KRENZ AVE, CARY, IL 60013 | |
| 10925 | MOODY, SHAWN, PO BOX 55, MEEKER,, CO 81641 | |
| 10925 | MOODY, TERRI, 4400 NW 39TH AVE, GAINESVILLE, FL 32606 | |
| 10925 | MOODY, THOMAS, 1035 BAXTER AVE, LOUISVILLE, KY 40204 | |
| 10925 | MOODY-PRICE INC., PO BOX 65362, CHARLOTTE, NC 28265 | |
| 10925 | MOODYS INVESTOR SERVICE, PO BOX 102597, ATLANTA, GA 30368 | |
| 10925 | MOODYS INVESTORS SERVICE, PO BOX 102597, ATLANTA, GA 30368-0597 | |
| 10925 | MOOERS JT TEN, DONALD S & STEPHANIE, 216 HAMPTON RD, PIEDMONT, CA 94611-3524 | |
| 10924 | MOOG AIRCRAFT GROUP, 2268 SOUTH 3270 WEST, SALT LAKE CITY, UT 84119 | |
| 10924 | MOOG CONTROLS LIMITED, TEWKESBURY, GLOUCESTERSHIRE, GL 0UNK | *VIA Deutsche Post* |
| 10924 | MOOG INC., 20263 WESTERN AVENUE, TORRANCE, CA 90501 | |
| 10924 | MOOG, INC., SENECA STREET & JAMISON ROAD, PLANT 24, EAST AURORA, NY 14052-0018 | |
| 10925 | MOOMEY, EVERETT, PO BOX 188, MEEKER, CO 81641 | |
| 10925 | MOOMEY, JERRY, PO BOX 665, MEEKER,, CO 81641 | |
| 10924 | MOON FURNITURE, INC., 4150 LAWRENCEVILLE HWY., LILBURN, GA 30247 | |
| 10925 | MOON SCHOOL WAGE TAX OFF, 1700 BEAVER GRADE ROAD, MOON TOWNSHIP, PA 15108 | |
| 10925 | MOON, ANDREW, 41 DARTMOUTH ST, WATERTOWN, MA 02172 | |
| 10925 | MOON, ANGELA, 2330 FAUCETTE LA, BURLINGTON, NC 27217 | |
| 10925 | MOON, BRIAN, 126 EPPS RD, BELTON, SC 29627 | |
| 10925 | MOON, ELIZA, 11123 WAYBURN, DETROIT, MI 48224 | |
| 10925 | MOON, GEORGE, 989 BROOKTON SQ. DRIVE, POWDER SPRINGS, GA 30073 | |
| 10925 | MOON, HAL, 9840 POPPY LN, SANDY, UT 84094 | |
| 10925 | MOON, HELEN, PO BOX 695, FOUNTAIN INN, SC 29644 | |
| 10925 | MOON, HUGH, 109 NEW CUT ROAD, PIEDMONT, SC 29673 | |
| 10925 | MOON, J, PO BOX 695 116 INDUSTRIAL DRIVE, FOUNTAIN INN, SC 29644 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MOON, JOSEPH, 221 SOUTH MARKET ST, WINAMAC, IN 46996

10925   MOON, KAREN, 64 TIMOTHY AVE., CUYAHOGA FALLS, OH 44223

10925   MOON, KAROL, 4051 BAYOU RAPIDES, ALEXANDRIA, LA 71303

10925   MOON, MARILYN, 909 E FAIRFIELD, NEW CASTLE, PA 16105

10925   MOON, MARNA, RT. 8 BOX 42-6, AMARILLO, TX 79118

10925   MOON, MARVIN, 585 COUNTY ROAD 22, CRAIG,, CO 81625

10925   MOON, OFELIA, 1317 S. SAN SABA, GRAND PRAIRIE, TX 75052

10925   MOON, RANDALL, ROUTE 4 BOX 1364, ODESSA, TX 79764

10925   MOON, TERRY, 26923 AVENIDA, SAUGUS, CA 91350

10925   MOON, WILLIAM, PO BOX 745, TUSKEGEE INST., AL 36088

10924   MOONEY & MOSES / INSTALLED BLDG., 1320 MCKINLEY AVENUE SUITE C, COLUMBUS, OH 43222

10924   MOONEY & MOSES OF OHIO, WAREHOUSE, 6360 HUNTLEY ROAD, COLUMBUS, OH 43229

10925   MOONEY MATERIAL HANDLING, 712 MORSE AVE, SCHAUMBURG, IL 60193

10925   MOONEY, BOBBY, 303 N 21ST PLACE, LAMESA, TX 79331-2620

10925   MOONEY, CAROLE, 1315 PARKVIEW DRIVE, MARION, IA 52302

10925   MOONEY, CHARLES, 15 FREEMAN RD, CHELMSFORD, MA 01824

10925   MOONEY, DONALD, 1620 HARBORWAY, BARTOW, FL 33830

10925   MOONEY, ELIZABETH, 21 KEYES ST C/O MC ELGUNN, FLORHAM PARK, NJ 07932

10925   MOONEY, FLOYD, 4000 E FLETCHER AVE, TAMPA, FL 33613

10925   MOONEY, LISA, 115 N WASHINGTON AVE, BERGENFIELD, NJ 07621

10925   MOONEY, OREN, 1552 ROBERT THOMPSON DR, FESTUS, MO 63028

10925   MOONEY, ROBERT, 15H WIGGINS FARM DRIVE, SIMSBURY, CT 06070

10925   MOONEY, THOMAS, 3055 PATRICK HENRY DRIVE #301, FALLS CHURCH, VA 22044

10925   MOONEY, WILLIAM, 3200 N PALM AIRE DR, 301, POMPANO BEACH, FL 33069

10925   MOONEYHAM, KEVIN, 1401 E.GIRARD AVE, ENGLEWOOD, CO 80110

10924   MOON-HINES-TIGRETT, 1806 CAPITAL TOWERS, JACKSON, MS 39201

10925   MOONJUMPERS LTD., 6313 HONEY LANE, TINLEY PARK, IL 60477

10925   MOONLITE BAR-B-Q, 2840 W PARRISH AVE, OWENSBORO, KY 42301

10925   MOONS GARAGE INC, 8139 W BEAVER ST, JACKSONVILLE, FL 32220-2697

10925   MOORADIAN, JOHN, 6660 DARYN DRIVE, WEST HILLS, CA 91307

10925   MOORE & MUNGER MARKETING INC, PO BOX 8063, BRIDGEPORT, CT 06601-8063

10925   MOORE BUSINESS EQUIP DIV., PO BOX 951030, DALLAS, TX 75395-1030

10925   MOORE BUSINESS FORMS & SYSTEMS, CH10126, PALATINE, IL 60055-0126

10925   MOORE BUSINESS FORMS, BOX 101787, ATLANTA, GA 30392-1787

10925   MOORE BUSINESS FORMS, PO BOX 101787, ATLANTA, GA 30392-1787

10925   MOORE BUSINESS PRODUCTS, PO BOX 4425, CHICAGO, IL 60680

10924   MOORE COMPANY, PO BOX 538, WESTERLY, RI 02891

10925   MOORE DRUMS, INC, 2819 INDUSTRIAL AVE., CHARLESTON HEIGHTS, SC 29405-7451

10925   MOORE DRUMS, INC, 2819 INDUSTRIAL AVE., NORTH CHARLESTON, SC 29405-7451

10924   MOORE DRUMS, INC., 2819 INDUSTRIAL AVENUE, CHARLESTON HEIGHTS, SC 29405-7777

10924   MOORE DRUMS, INC., STARK INDUSTRIAL PARK, CHARLESTON, SC 29405

10924   MOORE ELECTRIC, 28 DAVID MOORE ROAD, ADRIAN, GA 31002

10925   MOORE INDUSTRIES C/O JOBE & CO., 7677 CANTON CTR. DR., BALTIMORE, MD 21224

10925   MOORE JR, GEORGE R, PO BOX 145, MAUGANSVILLE, MD 21767-0145

10925   MOORE JR, GEORGE, 1121 W 12TH ST, LAKELAND, FL 33805-3425

10925   MOORE JR, RICHARD C, 8722 WINNINGHAM, HOUSTON, TX 77055-6634

10925   MOORE JR, SHELBY H, 143 SEAWARD DR, SANTA ROSA BEACH, FL 32459

10925   MOORE JR, THAXTON, 1961 ALTON ROAD #705N, IRONDALE, AL 35210

10925   MOORE JR, WILLIAM T, CUST FOR ALLISON A MOORE, UNIF GIFT TO MINORS MD, 700 PRIESTFORD RD, CHURCHVILLE, MD 21028-1014

10925   MOORE JR., PAUL, 912 EASON PLACE, MONROE, LA 71021

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MOORE JT TEN, GEORGE & JUDY, 31400 JAMES AVE, MADERA, CA 93638-1473

10925   MOORE MEDICAL CORP, 370 JOHN DOWNEY DR, NEW BRITAIN, CT 06050-1500

10925   MOORE MEDICAL CORP., PO BOX 31773, HARTFORD, CT 06150-1773

10925   MOORE MEDICAL, PO BOX 2620, NEW BRITAIN, CT 06050-2620

10925   MOORE NORTH AMERICA, 250 SOUTH WACKER DR., CHICAGO, IL 60606

10925   MOORE PEST CONTROL SERVICE INC, 3995 SOUTH MARIPOSA ST, ENGLEWOOD, CO 80110

10925   MOORE PRODUCTS CO., 799 ROOSEVELT RD, GLEN ELLYN, IL 60137

10925   MOORE PRODUCTS INC., PO BOX 7777-W5490, PHILADELPHIA, PA 19175

10924   MOORE REGIONAL HOSPITAL, T.A. LOVING COMPANY, 200 MEMORIAL DRIVE, PINEHURST, NC 28374

10924   MOORE RESEARCH CENTER, 300 LAND BLVD., GRAND ISLAND, NY 14072-1697

10924   MOORE RESEARCH CENTER, 300 LANG BLVD., GRAND ISLAND, NY 14072-1697

10925   MOORE TESTING & INSPECTION LLC, POBOX 52828, BATON ROUGE, LA 70892-2828

10925   MOORE TIRES INC, 2411 EAST RT 30, ROCK FALLS, IL 61071

10924   MOORE WILBERT VAULT CO    ., 420 COLUMBIA INDUSTRIAL BLVD, EVANS, GA 30809

10924   MOORE WILBERT VAULT CO, 420 COLUMBIA INDUSTRIAL BLVD, EVANS, GA 30809

10924   MOORE WILBERT VAULT CO., 420 COLUMBIA IND BLVD., EVANS, GA 30809

10925   MOORE WILBERT VAULT CO., 420 COLUMBIA IND. BLVD., EVANS, GA 30809

10925   MOORE, A, 2449 PADEN, JACKSON, MS 39204

10925   MOORE, ALFRED, 220 ALLEN BRIDGE RD, WOODRUFF, SC 29388

10925   MOORE, ANGELA, 2 BEAUFORT ST, GREENVILLE, SC 29615

10925   MOORE, B, 2848 HAVERHILL CIRCLE, CHARLESTON, SC 29420

10925   MOORE, B, 5814 W. EVERGREEN RD, GLENDALE, AZ 82302

10925   MOORE, BARBARA, 159 JEFFERSON ST, HARTVILLE, OH 44632

10925   MOORE, BARBARA, PO BOX 66, GIBSLAND, LA 71028

10925   MOORE, BARRY, 7900 RESEDA BLVD, RESEDA, CA 91335

10925   MOORE, BERNADETTE, 1322 N. MAIN ST., GROVE CITY, PA 16127

10925   MOORE, BETTY, 2308 HALBERT, PEARLAND, TX 77581

10925   MOORE, BEVERLY, RT 7, 16 HARDEE, KINSTON, NC 28501

10925   MOORE, BOBBY, 13862 FULFER ROAD, IOWA PARK, TX 76367

10925   MOORE, BOBBY, 3403 CHISM, PARIS, AR 72855

10925   MOORE, BOBBY, PO BOX 1121, ODESSA, TX 79760

10925   MOORE, BRENDA, 2342 W. TOUHY AVE, CHICAGO, IL 60645

10925   MOORE, BRETANNIA, 1060 GARRETT ROAD, EDEN, NC 27288

10925   MOORE, C, RT 1, BOX 218, NEOSHO, MO 64850

10925   MOORE, CAROL ANN, PO BOX 356, SIMPSONVILLE, SC 29681

10925   MOORE, CARROLL, 14107 O DAY RD #78, PEARLAND, TX 77581

10925   MOORE, CARY, 306 ROBERTS ROAD, TAYLORS, SC 29687

10925   MOORE, CASSANDRA, 846 STONE CREEK BLVD, ASHLAND, OR 44805-4587

10925   MOORE, CHARLES, 1108 DEWEY ST, WESTLAKE, LA 70669-5324

10925   MOORE, CHARLES, 116 LEWIS ST, ROANOKE RAPIDS, NC 27870

10925   MOORE, CHARLES, 14 ADAMS LANE, EAST BRIDGEWATER, MA 02333

10925   MOORE, CHARLES, 245 THURSTON ST, WRENTHAM, MA 02093

10925   MOORE, CHARLES, 34 COUNTY ROAD, CHELSEA, MA 02150

10925   MOORE, CHARLES, 9065-L N LAUREL ROAD, LAUREL, MD 20723

10925   MOORE, CHERYL, ROUTE 1, BOX 30, BLOUNTS CREEK, NC 27814

10925   MOORE, CHRISTINE, 241 TERRY SHOP RD, FOUNTAIN INN, SC 29644

10925   MOORE, CLARENCE, 740 YAMPA AVE., CRAIG, CO 81625

10925   MOORE, CLIFFORD, 1505 GREENWAY, OKLAHOMA CITY, OK 73127

10925   MOORE, COLLEEN, 6466 MARCIE, METAIRIE, LA 70003

10925   MOORE, D, 545 STEWART ROAD, SPARTANBURG, SC 29306

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOORE, DALLAS, 124 WILDWOOD DRIVE, DUNCANVILLE, TX 75116 | |
| 10925 | MOORE, DANA, 4632 WEST ENCANTO, PHOENIX, AZ 85035 | |
| 10925 | MOORE, DANIEL, 1086 LEGION, CRAIG, CO 81625 | |
| 10925 | MOORE, DARIN, 9 SO MERCER COURT, IRMO, SC 29063 | |
| 10925 | MOORE, DARRELL, 3201 RUE PARC FONTAINE, 3011, ALGIERS, LA 70131 | |
| 10925 | MOORE, DARYL L, 3223 SMITH, SUITE 308, HOUSTON, TX 77008 | |
| 10925 | MOORE, DAVID R, 4000 N HAWTHORNE ST, CHATTANOOGA, TN 37406 | |
| 10925 | MOORE, DAVID, 464 LONG ISLAND ROAD, S. PITTSBURG, TN 37380 | |
| 10925 | MOORE, DAVID, PO BOX 415, COAL HILL, AR 72832 | |
| 10925 | MOORE, DAWN, 3107 HISS AVE , APT. 1, BALTIMORE, MD 21234 | |
| 10925 | MOORE, DENISE, 104-06 GLENWOOD RD APT 3E, BROOKLYN, NY 11236 | |
| 10925 | MOORE, DENISE, 9941 NAYLOR AVE, LAUREL, MD 20723 | |
| 10925 | MOORE, DERRICK, 6925 S. JUSTINE CHICAGO IL, CHICAGO, IL 60636 | |
| 10925 | MOORE, DIANA, 1648 WIND CHASE DRIVE, TALBOTT, TN 37877 | |
| 10925 | MOORE, DIANNA, 11325 N. 81ST DR., PEORIA, AZ 85345 | |
| 10925 | MOORE, DONA, 4012 N.E. 174TH CT, SILVER SPRING, FL 34488 | |
| 10925 | MOORE, DONALD, 105 BESSIE AVE, GREER, SC 29651 | |
| 10925 | MOORE, DONALD, 2136 JEFFCOAT DRIVE, CRAIG, CO 81625 | |
| 10925 | MOORE, DONALD, 580 GASPLANT ROAD, MOORE, SC 29369-9424 | |
| 10925 | MOORE, DONALD, PO BOX 735, GREER, SC 29651 | |
| 10925 | MOORE, DONNA, 3675 MCHALE, BEAUMONT, TX 77708 | |
| 10925 | MOORE, DOUGLAS, 1309 MULLINS ST, SILVER SPRING, MD 20904 | |
| 10925 | MOORE, DOUGLAS, 216 WINTER ST, HUMESTON, IA 50123 | |
| 10925 | MOORE, DOUGLAS, 351 SHARPE ST, WOODRUFF, SC 29388 | |
| 10925 | MOORE, DOUGLAS, ROUTE 1, BOX 144-2, FOREST, MS 39074 | |
| 10925 | MOORE, DWIGHT, 19930 RISING STAR, HUMBLE, TX 77338 | |
| 10925 | MOORE, E, 4452 MULLENS FORD ROAD, CHARLOTTE, NC 28226 | |
| 10925 | MOORE, EDDIE, 115 COLUMBIA PLACE, WOODSTOCK, GA 30188 | |
| 10925 | MOORE, EDNA, 1014 45TH ST NE., WASHINGTON, DC 20019 | |
| 10925 | MOORE, EDNA, 989 HWY 470, LECOMPTE, LA 71346 | |
| 10925 | MOORE, EDWARD, 47 CREIGHTON ST, CAMBRIDGE, MA 02140 | |
| 10925 | MOORE, ELIZABETH, 1132 SW 34, OKLA CITY, OK 73109 | |
| 10925 | MOORE, ELWOOD J, 712 SALT LAKE DR, SAN JOSE, CA 95133-1447 | |
| 10925 | MOORE, EMANUEL, 1312 B SIMS CR, GASTONIA, NC 28052 | |
| 10925 | MOORE, EMILY, 12 SAINT JERMAIN ST., APT#4, BOSTON, MA 02115 | |
| 10925 | MOORE, EMILY, 465 BUCKLAND HILLS DR. #27233, MANCHESTER, CT 06040 | |
| 10925 | MOORE, EMILY, 5666 SANTIAGO CIRCLE, BOCA RATON, FL 33433 | |
| 10925 | MOORE, ERNEST, 115 WEST PIER ST., OXFORD, MD 21654 | |
| 10925 | MOORE, ERNEST, 14910 MARKTWAIN, DETROIT, MI 48227 | |
| 10925 | MOORE, ETHEL, 5025 AMESBURY DR., DALLAS, TX 75206 | |
| 10925 | MOORE, EUGENE, 3703 GARRISON BLVD, BALTIMORE, MD 21215 | |
| 10925 | MOORE, EVERELL, 462 E. 45 ST., BROOKLYN, NY 11203 | |
| 10925 | MOORE, FRANCES, 15 GIBSON OAKS DR, GREER, SC 29651 | |
| 10925 | MOORE, GALE, 1199 E. SANTA FE, GARDNER, KS 66030 | |
| 10925 | MOORE, GARY, 47 MORROW ST, MANSFIELD, MA 02048 | |
| 10925 | MOORE, GENE, 49 CARRIAGE DRIVE, GREENVILLE, SC 29609-7102 | |
| 10925 | MOORE, GEORGE, 727 KING ST, BARTOW, FL 33830 | |
| 10925 | MOORE, GEORGIA, 126 MARLBORO DR, GREENVILLE, SC 29605 | |
| 10925 | MOORE, GLORIA, 1565 BRIDGE ROAD, GRIMESLAND, NC 27837 | |
| 10925 | MOORE, GRAHAM, 532 FRANCIS BLVD, LAKELAND, FL 33801 | |
| 10925 | MOORE, HELEN, 108 HARRISON RD, EASLEY, SC 29642 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MOORE, HENRY, 121 N FAIR OAKS AVE, MADISON, WI 53711

10925    MOORE, HENRY, 4255 WINSTON DRIVE, BEAUMONT, TX 77705

10925    MOORE, HERBERT, RIDGE CREST PARK 101, FOUNTAIN INN, SC 29644

10925    MOORE, HOWARD, PO BOX 6874, LAKELAND, FL 33807-6874

10925    MOORE, IRIS, PO BOX 2034 HWY 33W, GREENVILLE, NC 27836

10925    MOORE, IRLINA, 17340 NW 12TH AVE, MIAMI FL, FL 33169

10925    MOORE, JACK, 5902 ST JAMES AVE, EAST RIDGE, TN 37412

10925    MOORE, JACQUELINE, 1534 COUNTY ROAD #5, UNION SPRINGS, AL 36089

10925    MOORE, JAMES, 12251 S. OAK DR., HOUTON, TX 77089

10925    MOORE, JAMES, 1447 PEABODY, MEMPHIS, TN 38104

10925    MOORE, JAMES, 202 WEMBERLY LANE, SIMPSONVILLE, SC 29681

10925    MOORE, JAMES, 3911 GWYNN OAK AV, BALTIMORE, MD 21207

10925    MOORE, JANET, 211 ROYAL GRANT WY, DOVER, DE 19901

10925    MOORE, JANET, PO BOX 56, LAKE VILLAGE, IN 46349

10925    MOORE, JASON, 2607 OLD MILL ROAD, MAINEVILLE, OH 45039

10925    MOORE, JAY, 23 TURTLE LANE, LAKE WYLIE, SC 29710

10925    MOORE, JENNIFER, 162 RITTNER CT, LAWRENCEVILLE, GA 30244

10925    MOORE, JERRY, 12159 CHESTER TOWN, CHESTER, VA 23831

10925    MOORE, JIMMIE, BOX 163, KESWICK, IA 50136

10925    MOORE, JODY, 121 TALL TIMBERS LANE, GLASTONBURY, CT 06033

10925    MOORE, JOHN S, 745 BLUE RIDGE SPRINGS RD, BLUE RIDGE, VA 24064

10925    MOORE, JOHN, 135 FARGE WOODS, HOUSTON, TX 77015

10925    MOORE, JOHN, 232 SWINTON AVE, BRONX, NY 10465-3222

10925    MOORE, JOHN, 5924 E 26TH ST, TULSA, OK 74114-5122

10925    MOORE, JOSEPH, 1665 DELLWOOD COURT, GRAFTON, WI 53024

10925    MOORE, JR, CHARLES, 1091 MORRIS AVE., GREEN BAY, WI 54304

10925    MOORE, JR, RAY, 2001 WILLOWICK ST, LAKE CHARLES, LA 70607

10925    MOORE, JR, RONALD, 900 EDGERLY ROAD, GLEN BURNIE, MD 21060

10925    MOORE, JULIE, N 18813 CTY TRK N, MENASHA, WI 54952

10925    MOORE, KAREN, 1010 WILLOW BRANCH DR, SIMPSONVILLE, SC 29681

10925    MOORE, KATHERINE, 1839 ST JOHN ST, SHREVEPORT, LA 71101

10925    MOORE, KATHRYN, 893 SILVERSMITH CIR, LAKE MARY, FL 32746-4976

10925    MOORE, KENNETH, 503 COX ST, SIMPSONVILLE, SC 29681

10925    MOORE, KIMBERLEE, PO BOX 56, LAKE VILLAGE, IN 46349

10925    MOORE, LADEANA, 1217 SOUTH 34TH ST, BROKEN ARROW, OK 74014

10925    MOORE, LANIA, 248 LEWIS ST, MUSCLE SHOALS, AL 35661

10925    MOORE, LARRY, PO BOX 408, FOXWORTH, MS 39483

10925    MOORE, LATANJA, 7724 MAYO BLVD, NEW ORLEANS, LA 70126

10925    MOORE, LAURIE, 12 CENTER ST, WOBURN, MA 01801

10925    MOORE, LEE, 2320A N. 58TH ST, MILWAUKEE, WI 53210

10925    MOORE, LEONARDA, 5053 MUIR AVE, SAN DIEGO, CA 92107

10925    MOORE, LESLIE, 1627 BEACH PKWY, 205, CAPE CORAL, FL 33904

10925    MOORE, LESLIE, 305 W SECOND, BURKBURNETT, TX 76354

10925    MOORE, LETICIA, 68 E AVE H, SAN ANGELO, TX 76903

10925    MOORE, LILLIE, 3142 JACQUELINE RD, WICHITA FALLS, TX 76305

10925    MOORE, LINDA, 222 RENALDO DR, CHESTERFIELD, MO 63017

10925    MOORE, LISA, 15 HIGHLANDER WY, ODENVILLE, AL 35120

10925    MOORE, LISA, 1715 STOURBRIDGE CT, MITCHELLVILLE, MD 20721

10925    MOORE, LISA, 5783 CHIPMUNK RUN-C, INDIANAPOLIS, IN 46254

10925    MOORE, LORI, 7227 GINGER COURT, RIVERDALE, GA 30296

10925    MOORE, LORIE, 2125 APT.D 2ND AVE, TAMPA, FL 33621

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MOORE, LYNDA, 2210 PINEHAVEN DR., BRANDON, MS 39042-8351

10925   MOORE, LYNN, 16119 TIBET, FRIENDSWOOD, TX 77546

10925   MOORE, MARCIA, 20296 KNOX LAKE RD, FREDRICKTOWN, OH 43019

10925   MOORE, MARCY, 100 GARRETT DR, ZEBULON, NC 27597

10925   MOORE, MARIAN, 4965 BRUCE DR, BEAUMONT, TX 77708

10925   MOORE, MARTHA, 2489 AVONDALE AVE, ROSLYN PA, PA 19001

10925   MOORE, MARTIN, 8293 STURBRIDGE WAY, 202, CORDOVA, TN 38018

10925   MOORE, MARY, 101 CAPTAIN PIERCE ROAD, SCITUATE, MA 02066-2429

10925   MOORE, MARY, 116 LEWIS ST, ROANOKE RAPIDS, NC 27870

10925   MOORE, MARY, 43 ARLINGTON DR, LUGOFF, SC 29078

10925   MOORE, MATT, 279 W HALFWAY BRANCH RD, WALHALLA, SC 29691

10925   MOORE, MATTHEW, 1607 N LIBERTY, VICTORIA, TX 77901

10925   MOORE, MICHAEL, 2510 GRACE CHAPEL RD, ENOREE, SC 29335

10925   MOORE, MICHAEL, 2621 W MICHIGAN, MILWAUKEE, WI 53233

10925   MOORE, MICHAEL, 4608 TAMMY, WICHITA FALLS, TX 76306

10925   MOORE, MICHAEL, PO BOX 8644, SOMERVILLE, NJ 08876

10925   MOORE, MIKE, DEPT OF JUSTICE, PO BOX 220, JACKSON, MS 39205-0220

10925   MOORE, MITCHELL, RTE 20, BOX 137A, GREENVILLE, NC 27858

10925   MOORE, MONICA, 891 CORNWELL ST, UNIONDALE, NY 11553

10925   MOORE, NATANYA, 1460 IRVING ST NW #408, WASHINGTON, DC 20010

10925   MOORE, NEVERLYN, 3116 WASHINGTON, BATON ROUGE, LA 70802

10925   MOORE, NORMAN, 1109 E. 51ST., ODESSA, TX 79762

10925   MOORE, PATRICIA, 170D WILLOWCREEK, LUGOFF, SC 29078

10925   MOORE, PATRICIA, 2112 I ST. NE APT. 3, WASHINGTON, DC 20002

10925   MOORE, PATRICIA, 5550 FIELDSTON RD., 4I, BRONX, NY 10471-2529

10925   MOORE, PATSY, 1913 WOODHALL WAY, FORT WORTH, TX 76134

10925   MOORE, PAULETTE, PO BOX 352 229 BOBBY FAUCETTE RD, JONESVILLE, SC 29353

10925   MOORE, PETE, 614 CARVER ST, LAKELAND, FL 33805-2012

10925   MOORE, PO BOX 7777-W5220, PHILADELPHIA, PA 19175-5220

10925   MOORE, QUINTON, 2250 QUEENS COURT, MILLEDGEVILLE, GA 31061

10925   MOORE, R, 2156 W PLUM Q98, FT COLLINS, CO 80521

10925   MOORE, RAMMIE, 1504 E. 5TH, BIG SPRING, TX 79720

10925   MOORE, REGINALD, 2718 SOUTHRIDGE DR, MIDLOTHIAN, VA 23112

10925   MOORE, RICHARD, #4 ANTIGUA CIRCLE, ENGLEWOOD, FL 34223

10925   MOORE, RICHARD, 10530 KING COURT, WESTMINSTER, CO 80031-2210

10925   MOORE, RICHARD, 3 LANTERN LANE, CUMBERLAND FORESIDE, ME 04110-1410

10925   MOORE, RICHARD, 3 LANTERN LANE, CUMBERLAND, ME 04110-9998

10925   MOORE, RICHARD, 42 EDGEWOOD AVE, CLIFTON, NJ 07012

10925   MOORE, RICHARD, 9D SOUTH ST, WALPOLE, MA 02081

10925   MOORE, RITA, 1525 STEWART ROAD, WOODRUFF, SC 29388

10925   MOORE, ROBERT, 10 SUNNINGDALE CT, MAPLEWOOD, NJ 07040

10925   MOORE, ROBERT, 114 MARCIE DRIVE, SPARTANBURG, SC 29303

10925   MOORE, ROBERT, 2444 BURTON CIR., MORROW, GA 30260

10925   MOORE, ROBERT, 75 SILVER SPRING RD, SHORT HILLS, NJ 07078

10925   MOORE, RODNEY, 390 CARDIGAW CIRCLE, LILBURN, GA 30047

10925   MOORE, RONALD, 1401 BANKHEAD HWY. APT. J-15, ATLANTA, GA 30318

10925   MOORE, RONALD, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   MOORE, ROSE, 970 MATTERHORN BLVD., RENO, NV 89506

10925   MOORE, SAMMY, 126 MARLBORO DRIVE, GREENVILLE, SC 29605

10925   MOORE, SANDRA, 105 BESSIE AVE, GREER, SC 29651

10925   MOORE, SARAH, 317 HAMILTON ST, ROANOKE RAPIDS, NC 27870

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MOORE, SHARON, 746 MONTCLAIR, FAYETTEVILLE, NC 28301

10925 MOORE, SHARRON, 2742 YALE AVE, SAM ANGELO, TX 76904

10925 MOORE, SHAWN, 4813 TRAILS END ROAD, WAXHAW, NC 28173

10925 MOORE, SR, JERRY, 600 CEDAR RIDGE LANE, RICHTON PARK, IL 60471

10925 MOORE, STACEY, 76 2ND ST, SOMERVILLE, NJ 08876

10925 MOORE, STANLEY, 161 NORTH MOORE RD, SIMPSONVILLE, SC 29680

10925 MOORE, STANLEY, 2455 CORLEY, BEAUMONT, TX 77701

10925 MOORE, STEPHANIE Y, 1544 WELLWORTH AVE, MACON GA, GA 31204

10925 MOORE, STEPHEN, 3363 W. 9TH ST, LOS ANGELES, CA 90006

10925 MOORE, STEPHEN, HC69 BOX 2132, WINNETT, MT 59087

10925 MOORE, STEVE, PO BOX 686, MEEKER, CO 81641

10925 MOORE, STEVEN, 10 MIDDLETREE LANE, HAWTHORN WDS, IL 60047

10925 MOORE, STEVEN, 5018 NEW WORLD, GLENDALE, AZ 85302

10925 MOORE, SUSAN, ROUTE 3 BOX 15, COMMERCE, GA 30529

10925 MOORE, TAMATHA, 7950 N. STADIUM DR. #180, HOUSTON, TX 77054

10925 MOORE, THADDEUS, 401 DOUBLETRACE LANE, PEACHTREE CITY, GA 30269

10925 MOORE, THOMAS, 216 B MIRA MAR, LONG BEACH, CA 90803

10925 MOORE, THOMAS, RT 1 BOX 219, PARIS, AR 72855

10925 MOORE, TINA, 545 STEWART ROAD, SPARTANBURG, SC 29306

10925 MOORE, TINA, 766 N DEKALB ST, PHILA, PA 19104

10925 MOORE, TONI J, 4070 ARDMORE LANE, SARASOTA, FL 34232

10925 MOORE, TONJA, 3041 LANDRUM DR, ATLANTA, GA 30311

10925 MOORE, TONY, 704 MOORE AVE, ROCK SPRINGS, WY 82901

10925 MOORE, TRACY, 105 BESSIE AVE, GREER, SC 29651

10925 MOORE, VERNON, 7301 STONY HILL ROAD, WAKE FOREST, NC 27587

10925 MOORE, VIRGINIA, 11 HILL CT, RIO VISTA, CA 94571

10925 MOORE, VIVIAN, RT 10, BOX 98, KINSTON, NC 28501

10925 MOORE, W, 941 GLIDE FERRY WY, SACRAMENTO, CA 95831

10925 MOORE, WALTER, 142 BAINBRIDGE AVE, SAN ANTONIO, TX 78223

10925 MOORE, WALTER, 2915 SOUTH DRAWDY ROAD, PLANT CITY, FL 33566

10925 MOORE, WILLIAM H, 196 FAIRMONT AVE, WORCESTER, MA 01604

10925 MOORE, WILLIAM, 204 W 20TH, FARMINGTON, NM 87401

10925 MOORE, WILLIAM, 2444 BURTON CIRCLE, MORROW, GA 30260

10925 MOORE, WILLIAM, 3906 GWYNNS FALLS PKWY, BALTIMORE, MD 21216

10925 MOORE, YVONNE, 1009 BRADLEY COURT, MT LAUREL, NJ 08054

10925 MOOREFIELD MD, CHARLES, 701 E MICHIGAN ST, ORLANDO, FL 32806-4623

10924 MOOREHEAD CONSTRUCTION, 8770 JASON AVE., N.E., MONTICELLO, MN 55362

10925 MOOREHEAD, MAUREEN, 5302 W MAUI LN, GLENDALE, AZ 85306

10925 MOORE-IRBY, GRACE, 4302 E. 39TH ST,, INDIANAPOLIS, IN 46226

10925 MOOREN, MICHAELINE, RT 1 BOX 89, GARYSBURG, NC 27831

10925 MOORES HOME IMPROVEMENT, 424 ALEXANDRIA PIKE, FORT THOMAS, KY 41075

10925 MOORES, JONATHAN, PO BOX 211, ALPAUGH, CA 93201

10924 MOORESVILLE BLOCK, 167 MAPLE LANE, MOORESVILLE, IN 46158

10924 MOORESVILLE HIGH SCHOOL, 659 EAST CENTER STREET, MOORESVILLE, NC 28115

10924 MOORESVILLE MIDDLE SCHOOL, KISTLER FARM ROAD, MOORESVILLE, NC 28115

10925 MOORHEAD JR, JOHN STACY, PO BOX 7, BIG PRAIRIE, OH 44611

10925 MOORHEAD SR, JOHN, 2116 TWP. ROAD 76, KILLBUCK, OH 44637

10924 MOORHOUSE READY MIX(PORTABLE PLANT), VARIOUS LOCATIONS, CARROLL, IA 51401

10924 MOORHOUSE READY MIX, 1004 BURGESS STREET, CARROLL, IA 51401

10924 MOORHOUSE READY MIX, 1330 E. MAIN, LAKE CITY, IA 51449

10924 MOORHOUSE READY MIX, 17596 GUTHRIE STREET, CARROLL, IA 51401

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MOORING, JACK, 2405 N. MOORS ST., MUNCIE, IN 47304

10925   MOORMAN, GEORGE, 5402 TODDSBURY ROAD, RICHMOND, VA 23226

10925   MOORMAN, JAMES, 1108 ROSEMARY DR., WICHITA FALLS, TX 76305

10925   MOORMAN, JOSEPH, 960 ROLLING GREENS LANE, HUTCHINSON, MN 55350

10925   MOORMAN, LARRY, RT 2 BOX 2158, PEARLAND, TX 77581

10924   MOORPARK COLLEGE, RUTHERFORD PLASTERING, C/O WESTSIDE BUILDING MATERIALS, MOORPARK, CA 93020

10924   MOOR-TEX CONCRETE PRODUCTS, INC., 2735 HWY 36 N, SEALY, TX 77474

10925   MOQUIN, DALE, 9 SHOAL CREEK ROAD, HUDSON, NH 03051

10925   MOQUIN, PETER, 117 HOLLY AVE, MANCHESTER, NH 03103

10925   MOQUIN, THOMAS, 58 UNION ST, 17, STOUGHTON, MA 02072

10925   MOQUIN, THOMAS, PO BOX 153, MOUNT VERNON, NH 03057

10925   MOR PRINTING INC, 6800 SW 21ST COURT, FORT LAUDERDALE, FL 33317

10925   MORA, DAVID, 34 HILLSIDE AVE., 2F, NEW YORK, NY 10040

10925   MORA, JOE, 3301 AVENIDA DEL ORO, SANTA FE, NM 87501

10925   MORA, LEONOR, 835 MILE SQUARE RD., YONKERS, NY 10704

10925   MORA, ROSEANNA, 3418 AVE P, ROSENBERG, TX 77471

10925   MORABITO CONSULTANTS INC., 2526 SAINT PAUL ST, BALTIMORE, MD 21218-4609

10925   MORAGAS, LUIS, 10090 NW 80 CT, MIAMI, FL 33163

10925   MORAH, JULIET, 1223 PICKERING, LARGO, MD 20772

10924   MORAINE MATERIALS CO., 2500 EAST RIVER ROAD, DAYTON, OH 45439

10924   MORAINE MATERIALS COMPANY, 9411 SUGAR, GERMANTOWN, OH 45327

10925   MORAINE VALLEY COMMUNITY COLLEGE, 10900 S. 88TH AVE, PALOS HILLS, IL 60465

10925   MORALES, ALFRED, HC-01 BOX 8479, SAN GERMAN, PR 00683

10925   MORALES, ALICIA, 1307 W. 134TH ST, 30, GARDENA, CA 90247

10925   MORALES, ANALISA, 1217 E DALLAS, MCALLEN, TX 78501

10925   MORALES, ARTHUR, 2530 EASTCHESTER RD, BRONX, NY 10469-5942

10925   MORALES, CARLITO, 165 ROSEVILLE AVE., NEWARK, NJ 07107

10925   MORALES, CARMEN, 820 19TH ST, UNION CITY, NJ 07087

10925   MORALES, CORNELIO, DE JESUS PINERI ST #5, 343, GUANICA, PR 00653

10925   MORALES, CRISELDA, 411 AVE F, HEREFORD, TX 79045

10925   MORALES, DORA, 1637 PARK RD #305, WASHINGTON, DC 20010

10925   MORALES, ELVIN, 919 NORTH 4TH ST, READING, PA 19601

10925   MORALES, ENRIQUE, 8310 OLD MAPLE LANE, HUMBLE, TX 77330

10925   MORALES, FLAVIO, 205 W. ROSS, 144, EL CENTRO, CA 92243

10925   MORALES, GABRIELA, 1773 S.WATERS AVE, POMONA, CA 91766

10925   MORALES, IVONNE, BO PUEBLITO DEL RIO HC-02 BOX 4414, LAS PIEDRAS, PR 00791

10925   MORALES, JOANN, PO BOX 1103, DUMAS, TX 79029

10925   MORALES, JOSE, 692 LOGAN ST, BROOKLYN, NY 11208

10925   MORALES, JOSE, 719 LATANA #46, CORPUS CHRISTI, TX 78408

10925   MORALES, JUAN, 2202 TREE TERRACE, AUSTELL, GA 30001

10925   MORALES, JUAN, HC-04 BOX 47868, CAQUAS, PR 00725PUERTO RICO       **\*VIA Deutsche Post\***

10925   MORALES, LOUIE, 1652 E. FOSTER DR #A, TULARE, CA 93274

10925   MORALES, LUIS, 5805 BROADWAY AVE., HALTOM CITY, TX 76117

10925   MORALES, MARIA, 1018 CHERRY ST, READING, PA 19602

10925   MORALES, MARTIN, 9301 BEECHNUT, HOUSTON, TX 77036

10925   MORALES, MELANIA, 132 STONE ST, NEWARK, NJ 07104

10925   MORALES, NIRIA, BO. MAMEY BOX 527, PATILLAS, PR 00723

10925   MORALES, RAMON, 206 NORTH 5TH ST, NEWARK, NJ 07107

10925   MORALES, RAPHAEL, 121 OGDEN AVE, SEBASTIAN, FL 32958

10925   MORALES, ROGELIO, BOX 224, KEMAH, TX 77565

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MORALES, SANDRA, 38 RICH ST, IRVINGTON, NJ 07111 | |
| 10925 | MORALES, SARAH, 1113 E RIVER DR, MARGATE, FL 33063-3633 | |
| 10925 | MORALES, SARAH, 1113 EAST RIVER DR, MARGATE, FL 33063-3633 | *VIA Deutsche Post* |
| 10925 | MORALES, SARAH, 3971 CORAL TREE CIRCLE, COCONUT CREEK, FL 33073 | |
| 10925 | MORALES, SONIA, BO. RABANAL APARTADO 560, AIBONITO, PR 00705 | |
| 10925 | MORALES, THERESA, 540 E. CLAYTON AVE, FRESNO, CA 93725-0000 | |
| 10925 | MORALES, VIRGINIA, 3228 HOLT ROAD, AUGUSTA, GA 30909 | |
| 10925 | MORALES-CORALES, WILDE, CALLE LAS FLORES #228 BO. MONTALVO, ENSENADA, PR 00647 | |
| 10925 | MORALES-GARCIA, JOSE, #C-27 - 3ST, VEGA BAJA, PR 00693 | |
| 10925 | MORALES-LOPEZ, LYDIA, 6507 RIDGE PEAK DR, SAN ANTONIO, TX 78233 | |
| 10925 | MORALEZ, DANIEL, 744 BREEZE ST., CRAIG,, CO 81625 | |
| 10925 | MORAN ASSOCIATES, 1600 BRIGHTON BLUFF COURT, ORANGE PARK, FL 32073-7409 | |
| 10925 | MORAN JR, THOMAS, 401 N GREEN ST, BROWNSBURG, IN 46112-1024 | |
| 10925 | MORAN, ALBERTA, 3006 ADMIRAL DRIVE, STOCKTON, CA 95209 | |
| 10925 | MORAN, CATHERINE, 45 EVERGREEN AVE, NEW PROVIDENCE, NJ 07974 | |
| 10925 | MORAN, CHERYL, 347 E 10 ST, NEW YORK, NY 10010 | |
| 10925 | MORAN, D. RANDAL, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | MORAN, D.-RANDALL, 8345 JUMPERS HOLE RD, MILLERSVILLE, MD 21108 | |
| 10925 | MORAN, DANIEL, 2400 E LOURDRS, APPLETON, WI 54915 | |
| 10925 | MORAN, DARLENE, 4396 EDSON ROAD, KENT, OH 44240 | |
| 10925 | MORAN, EDWARD, RT. 4, BOX 17, KENTWOOD, LA 70444 | |
| 10925 | MORAN, ELLEN, 1320 STANDARD AVE, ELMONT, NY 11003 | |
| 10925 | MORAN, ELSY, 8150 15TH AVE., 201, HYATTSVILLE, MD 20783 | |
| 10925 | MORAN, FRANCESCA, 299 BROADWAY, SUITE 1700, NEW YORK, NY 10007 | |
| 10925 | MORAN, JOHN PATRICK, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | MORAN, JOHN, 1176 GREAT OAK COURT, CROWNSVILLE, MD 21032 | |
| 10925 | MORAN, JOHN, 8439 CARROLLTON PKWY, NEW CARROLLTON, MD 20784 | |
| 10925 | MORAN, JOSEPHINE, 1687 HWY 81 EAST, NEW BRAUNFELS, TX 78130 | |
| 10925 | MORAN, KAREN, 2808 CAMP WOOD CT, PLANO, TX 75025 | |
| 10925 | MORAN, L, 509 N. MAIN ST., 126, DE FOREST, WI 53532 | |
| 10925 | MORAN, LINDA, 3926 BAYOUWOOD CT, LAKE CHARLES, LA 70605 | |
| 10925 | MORAN, MARGARET, CUST FOR RICHARD K MORAN, UNIF GIFT MIN ACT NJ, 3 HAZLEWOOD CT, HOWELL, NJ 07731-1657 | |
| 10925 | MORAN, MARGUERITE, 18 DICKINSON CT, RED BANK, NJ 07701 | |
| 10925 | MORAN, MARK, 6104 PKWY DR, BALTIMORE, MD 21212 | |
| 10925 | MORAN, MARY, 48 INDEPENDENCE WAY, CONVENT STA, NJ 07961 | |
| 10925 | MORAN, MARY, 4931 TREMONT, DALLAS, TX 75214-5316 | |
| 10925 | MORAN, MAURA, 35 PELHAM ST, NEWTON, MA 02159 | |
| 10925 | MORAN, MICHAEL, 820 LAKE JOYCE ROAD, MOODY, AL 35009 | |
| 10925 | MORAN, ROBERT, 62 LENOX AVE, DUMONT, NJ 07628 | |
| 10925 | MORAN, SCOTT, 4 WOODCREST COURT, SO. WEYMOUTH, MA 02190 | |
| 10925 | MORAN, SUSAN, 1212 BLACK FRIARS ROAD, CATONSVILLE, MD 21228 | |
| 10924 | MORANDIN CONCRETE INC, PO BOX22, CHEYENNE, WY 82003 | |
| 10924 | MORANDIN CONCRETE INC., POST OFFICE BOX 22, CHEYENNE, WY 82003 | |
| 10924 | MORANDIN CONCRETE, 1201 W. 22ND STREET, CHEYENNE, WY 82001 | |
| 10924 | MORANGO GAMBLING, C/O WESTSIDE BUILDING MATERIALS, CABAZON, CA 92230 | |
| 10925 | MORANI, THOMAS, 194 SUMMER ST., SOUTH WALPOLE, MA 02071 | |
| 10925 | MORANINO, MARLENE, 463 PARK RD # 1, W. HARTFORD, CT 06119 | |
| 10925 | MORANO, SILVIO, 14 FOOTPATH ROAD, CHELMSFORD, MA 01824 | |
| 10925 | MORASKI, THERESA, 1255 16TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | MORATH, RICHARD, 4664 UNIVERSITY AVE, WICHITA FALLS, TX 76308 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  MORATH, RONALD, 708 N PACIFIC, IOWA PARK, TX 76367

10925  MORAVEC, JOSEPH, 5610 WOODWARD AVE, DOWNERS GROVE, IL 60516

10925  MORAVITZ, ROGER, PO BOX 522, CUERO, TX 77954

10925  MORAWIEC, PAUL, 1 MCKINLEY ST, ADAMS, MA 01220-1411

10924  MORCON INDUSTRIAL SPECIALTY, INC., 541 TURTLEBACK RD. 5, MESQUITE, NV 89024

10924  MORCON INDUSTRIAL SPECIALTY, INC., PO BOX1670, EVANSTON, WY 82931

10925  MORDECHAI ROCHBERT, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925  MORDECHI ROCHBERT, 33 FREEMONT ST, LEXINGTON, MA 02421-6526

10925  MORDHORST TAWELL ADAMS, 3900 JERMANTOWN ROAD, SUITE 300, FAIRFAX, VA 22030

10925  MORDUKHOVICH, GALINA, 218 GLENWOOD AVE, PAWTUCKET, RI 02860

10924  MOREAU PLASTERING, 400 RAY ST, PINEVILLE, LA 71360

10924  MOREAU PLASTERING, P.O. BOX 4000, PINEVILLE, LA 71360

10925  MOREAU, E., 400 QUARTZ RD, LIBBY, MT 59923

10925  MOREAU, JOHN, 124 BREEZEWOOD DRIVE, DEBORY, FL 32713

10925  MOREAU, JOSEPH, 113 PARKER AVE APT P, DRACUT, MA 01826

10925  MOREAU, JOSEPH, 336 TYNGSBORO ROAD, DRACUT, MA 01826

10924  MOREAU, LLOYD INC., P.O. BOX 4000, PINEVILLE, LA 71360

10925  MOREAU, MARC, 4 LAURETTA LANE, LINCOLN, RI 02865

10925  MOREAU, NANCY, 10 GARDNER AVE, SALEM, NH 03079

10925  MOREAU, TAMARA, 4 BARILONE CIRCLE, MAYNARD, MA 01754

10925  MOREAUX, JAMES, PO BOX 12951, NEW IBERIA, LA 70562-2951

10925  MOREE, ANDREE CASTA, PO BOX 160, SPICEWOOD, TX 78669

10925  MOREE, JENNIFER, 113 DAVIDSON DR, EASLEY, SC 29642

10925  MOREE, KIM, 21 LAS FLORES, BOYNTON BEACH, FL 33426

10925  MOREE, SARA, 201-A WEST CIRCLE, SIMPSONVILLE, SC 29681-3208

10925  MOREE, TYSON, 113 DAVIDSON DRIVE, EASLEY, SC 29642

10924  MOREHEAD BLOCK & TILE CO., INC., HWY. 70 WEST, MOREHEAD CITY, NC 28557

10924  MOREHEAD BLOCK & TILE, HWY 70 WEST, MOREHEAD CITY, NC 28557

10924  MOREHEAD BLOCK & TILE, P O BOX 30, MOREHEAD CITY, NC 28557

10924  MOREHEAD BLOCK & TILE, PO BOX30, MOREHEAD CITY, NC 28557

10924  MOREHEAD CITY BLOCK&TILE, PO BOX 36, MOREHEAD CITY, NC 28557

10925  MOREHEAD, BRENDA, PO BOX 22729, NEWARK, NJ 07101

10925  MOREHEAD, MICHAEL, 10 BROOKE LEE CIRCLE, TAYLORS, SC 29687

10925  MOREHOUSE, JOANNA, 28 HIGH ST, N. ATTLEBOROMA, MA 02760

10925  MOREHOUSE, RUSSEL, 1066 CARDIFF, CASPER, WY 82609

10925  MOREHOUSE-COWLES, DEPT LA 21941, PASADENA, CA 91185-1941

10925  MOREHOUSE-COWLES, INC, PO BOX 3620, FULLERTON, CA 92633

10925  MOREIRA, ADRIANO, 29 COLUMBUS AVE, SOMERVILLE, MA 02143

10925  MOREIRA, SERAFIN, 9 VALERIE AVE, BILLERICA, MA 01821-5536

10925  MOREJON, GUIDO, 1001 PACIFIC COAST HWY, 323, ARBOR CITY, CA 90710

10925  MOREL, JOSE, 201 N. 7TH ST, NEWARK, NJ 07107

10925  MOREL, JOSE, 75 STONE ST, NEWARK, NJ 07104

10925  MOREL, RICHARD, 1045 HARRISON DR #1, LAUREL, MD 20707

10925  MORELAND, BEVERLY, 629 IVA PL, JACKSONVILLE, FL 32208

10925  MORELAND, BONNIE, 7564 ST RTE 514, BIG PRAIRIE, OH 44611

10925  MORELAND, DONALD, 1112 ELSIE ST., VINTON, LA 70668-4008

10925  MORELAND, JOHN, 126 CARROLL RD, GLEN BURNIE, MD 21060-6902

10925  MORELAND, JOY, 415 E. CHERRY, WATSEKA, IL 60970

10925  MORELAND, KEITH, 126 CARROLL ROAD, GLEN BURNIE, MD 21060

10925  MORELAND, LISA, 4045 AFFIRMED DR, FLORISSANT, MO 63034-3418

10925  MORELAND, PATRICIA, 4222 CHICKASAW TRAIL, DOUGLASVILLE, GA 30135

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MORELAND, STEPHANIE, 24 DRUID ST, GREENVILLE, SC 29609

10925   MORELAND, WILLIAM, 884 FOREST PATH, STONE MTN, GA 30088

10925   MORELLI, DANIEL, 80 PARK ST, 9, LYNN, MA 01905

10925   MORELLI, EMELIA, 29293 POPPY MEADOW, CANYON COUNTRY, CA 91351

10925   MORELLO, ENES, GLENGARIFF HLTH CARE CTR DOSORIS LANE, GLEN COVE, NY 11542

10925   MORELLO, JOSEPH, 112 LEFFERTS ROAD, GARDEN CITY, NY 11530-1735

10925   MORELOCK, J, 18880 MARSH LANE #901, DALLAS, TX 75287

10925   MORENO, ABELINO, 2010 RUTH CIRCLE, ALICE, TX 78332-3767

10925   MORENO, ALEXANDER, 3848 PARRISH AVE, EAST CHICAGO, IN 46312

10925   MORENO, ALFRED, 5646 MAGNOLIA AVE, WHITTIER, CA 90601

10925   MORENO, ALICIA, 407 N. MANUS DRIVE, DALLAS, TX 75224

10925   MORENO, ANNA MARIA, 7021 ALABAMA AVE, CANOGA PK CA, CA 91303

10925   MORENO, ANNA, 908 S. MILAM, AMARILLO, TX 79102

10925   MORENO, ARGELIA, 513 E NEW YORK, MIDLAND, TX 79701

10925   MORENO, BENITO, 2219 ALDAMA, LAREDO, TX 78040

10925   MORENO, BETTE, 97 GRAY ST, BILLERICA, MA 01821

10925   MORENO, CAMILO, 5555 HOLLY VIEW DR APT 603, HOUSTON, TX 77091

10925   MORENO, CARLOS A., PO BOX 56972, NEW ORLEANS, LA 70156

10925   MORENO, CYNTHIA, 1302 WAVERLY, SAN ANTONIO, TX 78201

10925   MORENO, DAWN, 375 MEDIA LUNA APT - 1507, BROWNSVILLE, TX 78520

10925   MORENO, EDEN, 20 SUNNYSIDE RD, WEST ORANGE, NJ 07052

10925   MORENO, EUGENIO, 12104 MANOR DRIVE #B, HOWTHORNE, CA 90250

10925   MORENO, EVANGELINA, 822 HEMPHILL, SAN ANTONIO, TX 78228

10925   MORENO, GERARDO, 6664 BAKMAN AVE., 2, NORTH HOLLYWOOD, CA 91606

10925   MORENO, GILBERT, 5918 HIGHFIELD, SAN ANTONIO, TX 78238

10925   MORENO, GUILLERMO, 1400 W. WARNER AVE APT. #58, SANTA ANA, CA 92707

10925   MORENO, HERLINDA, 401 WAVERLY, MIDLAND, TX 79703

10925   MORENO, JESUS, 3574 TOWNSEND, FT WORTH, TX 76110

10925   MORENO, JOSE, 1631 NORTH ODE ST #4, ARLINGTON, VA 22209

10925   MORENO, JOSE, 513 E. NEW YORK, MIDLAND, TX 79701

10925   MORENO, JUAN, 1403 AVE. I, BAY CITY, TX 77414

10925   MORENO, JULIO, RR 2 BOX 260, ERATH, LA 70533-9661

10925   MORENO, KIMBERLY, 1718 S JEN-TILLY 115, TEMPE, AZ 85282

10925   MORENO, LETICIA, 409 E GIST APT B, MIDLAND, TX 79701

10925   MORENO, MILAGROS, CALLE 14 LL 21 VILLA, PONCE PR, PR 00731

10925   MORENO, MILAGROS, CALLE 14 LL-21 VILLA, PONCE, PR 00731

10925   MORENO, REBECCA, 887 S ASHFORD AVE, BLOOMINGTON, CA 92316

10925   MORENO, RENE, 1429 N. HAVENHURST, W LOS ANGELES, CA 90046

10925   MORENO, RENE, VIA 44 4QS #9 URB, CAROLINA, PR 00630

10925   MORENO, ROBERT, 6318 W. BETHANY HOME, GLENDALE, AZ 85301

10925   MORENO, ROQUE, PO BOX 734, SAN JUAN, TX 78589

10925   MORENO, RUBEN JR., PO BOX 275, SMILEY, TX 78159

10925   MORERA, OLGA, 32-45 88TH ST, JACKSON HEIGHTS, NY 11369

10925   MORET, CYNTHIA, 2322 W 3RD ST, SIOUX CITY, IA 51103

10925   MORETT, SYLVIA, 304 SOUTH SECOND AVE, HIGHLAND PARK, NJ 08904

10925   MORETTI, MARY ANN, 77 EASTERN AVE., SOMERVILLE, NJ 08876

10925   MORETTI, TERESA, 2918 HWY 297 A, CANTONMENT, FL 32533

10925   MORETTINI, FRANCES, 3955 APPLEGATE CR, BRANDON FL, FL 33511

10925   MOREY CORP VC2662, 2659 WISCONSIN AVE, DOWNERS GROVE, IL 60515

10925   MOREY, COLIN, 301 10TH ST, WINDSOR, CO 80550

10925   MOREY, GWENDOLYN, 10200 GANDY BLVD., ST PETERSBURG, FL 33702

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | MOREY, KAY, CUST FOR REX MOREY UNDERE THE, UNIF GIFTS MIN ACT UNDER WA, 1101 PRINCETON DR, SONOMA, CA 95476-4166 | |
| 10925 | MOREY, LORETTA, 13 HIGH ST, ADAMS, MA 01220-2101 | |
| 10925 | MOREY, MARYLYN, 9638 DUNDALK, SPRING, TX 77379 | |
| 10924 | MORFLEX, INC., 2110 HIGH POINT ROAD, GREENSBORO, NC 27403 | |
| 10925 | MORFORD, RICHARD, 7781 MAUREEN TERRACE, INDIANAPOLIS, IN 46214 | |
| 10925 | MORFORD, SUSAN, 7781 MAUREEN TERRACE, INDIANAPOLIS, IN 46214 | |
| 10925 | MORGAN BUILDINGS & SPAS INC, POBOX 660280, DALLAS, TX 75266-0280 | |
| 10925 | MORGAN CEN, ROOM 701, NAN XIANGZHOU ZHUHAI, 51900CHINA | *VIA Deutsche Post* |
| 10924 | MORGAN CONCRETE CO, 350 LOCUST ST, TOCCOA, GA 30577 | |
| 10924 | MORGAN CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, TOCCOA, GA 30577 | |
| 10924 | MORGAN CONCRETE, 1004 WINTERVILLE ROAD, ATHENS, GA 30608 | |
| 10924 | MORGAN CONCRETE, 159 RICHLAND ROAD, WESTMINSTER, SC 29693 | |
| 10924 | MORGAN COUNTY CONCRETE, INC, RT. 6, BOX 152/J. LONG DR., HARTSELLE, AL 35640 | |
| 10924 | MORGAN COUNTY CONCRETE, INC., RT. 6, HARTSELLE, AL 35640 | |
| 10924 | MORGAN COUNTY CONCRETE, ROUTE 6 BOX. 152, HARTSELLE, AL 35640 | |
| 10925 | MORGAN ENVIRONMENTAL SERVICES, 2433 POPLAR ST, OAKLAND, CA 94607 | |
| 10925 | MORGAN FOREST PRODUCTS, 800 JASON WAY AVE, COLUMBUS, OH 43214 | |
| 10925 | MORGAN GUARANTY TRUST CO, 23 WALL ST, NEW YORK, NY 10260-0023 | |
| 10925 | MORGAN JR, CHARLES, 9213 NBURCHFIELD DR., OAKRIDGE, TN 37830 | |
| 10925 | MORGAN JR., BILLY, 1215 MOCKINGBIRD LANE, CLAREMORE, OK 74017 | |
| 10924 | MORGAN KEEGAN BUILDING, 100 MORGAN KEEGAN, LITTLE ROCK, AR 72202 | |
| 10925 | MORGAN LASHLEY, 5210 PHILLIP LEE DR SW, ATLANTA, GA 60638 | |
| 10925 | MORGAN LEWIS & BOCKIUS LLP, 1800 M ST NW, WASHINGTON, DC 20036-5869 | |
| 10925 | MORGAN LEWIS & BOCKIUS LLP, 2000 ONE LOGAN SQUARE, PHILADELPHIA, PA 19103-6993 | |
| 10925 | MORGAN LEWIS & BOCKIUS, 1701 MARKET ST, PHILADELPHIA, PA 19103-2921 | |
| 10925 | MORGAN LEWIS & BOCKIUS, PO BOX 8500 S-6050, PHILADELPHIA, PA 19178 | |
| 10925 | MORGAN LUMBER SALES CO., PO BOX 20369, COLUMBUS, OH 43220 | |
| 10925 | MORGAN LUMBER SALES COMPANY, DEPT L-284, COLUMBUS, OH 43260 | |
| 10925 | MORGAN MATROC, 232 FORBES ROAD, BEDFORD, OH 44146 | |
| 10925 | MORGAN PORT BLDG CONTR INC, PO BOX 970817, DALLAS, TX 75397 | |
| 10924 | MORGAN READY MIX, 3160 FRED HAIGHT DR, SMITH RIVER, CA 95567 | |
| 10925 | MORGAN RESOURCES INC., 7300 CARMEL EXECUTIVE PK, CHARLOTTE, NC 28226 | |
| 10924 | MORGAN ROOF DECK CO, 2212 COMMON ST, LAKE CHARLES, LA 70601 | |
| 10924 | MORGAN ROOFING COMPANY, CAMBRIDGE, MA 02140 | |
| 10924 | MORGAN ROOFING, C/O J.I. WATSON SCHOOL - 10 MILES, IOWA, LA 70647 | |
| 10924 | MORGAN SPORT, 10898 COLLIERVILLE ROAD, COLLIERVILLE, TN 38017 | |
| 10924 | MORGAN STANLEY, ENTRANCE ON 48TH ST BETWEEN 6TH &, 7TH AVE 1ST GATE, 745 7TH AVE, MANHATTAN, NY 10011 | |
| 10924 | MORGAN TOOL & SUPPLY CO., 630 AIRPORT DR, SHREVEPORT, LA 71137-7901 | |
| 10925 | MORGAN, ALICIA, 1010 HOKE SMITH, DALLAS, TX 75224 | |
| 10925 | MORGAN, ALICIA, 12821 VILLAGE GATE, HOUSTON, TX 77082 | |
| 10925 | MORGAN, ARNOLD, 1004 W LINDSEY, PHILADELPHIA, PA 19141 | |
| 10925 | MORGAN, BENNICE, PO BOX 2, SMITHDALE, MI 39664 | |
| 10925 | MORGAN, BESSIE, 901 DOLPHIN COURT, WILMINGTON, NC 28403 | |
| 10925 | MORGAN, BRYCE, RT. 4, BOX 139, KENTWOOD, LA 70444 | |
| 10925 | MORGAN, C E, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | MORGAN, CAMILLE, PO BOX 1373, SANFORD, FL 32772 | |
| 10925 | MORGAN, CARL, 3002 VASSAR DRIVE, IRVING, TX 75062 | |
| 10925 | MORGAN, CHARLES, 1281 WALDEN LANE, TUSTIN, CA 92680-5742 | |
| 10925 | MORGAN, CHARLES, 1408 BUCHANAN ST, WICHITA FALLS, TX 76309 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MORGAN, CHARLES, 227 GINA DRIVE, DUSON, LA 70529

10925   MORGAN, CHARLES, 6537 ELGIN LN, BETHESDA, MD 20817

10925   MORGAN, CHRIS, 104TH SOUTHWEST HWY, LOT 5X, WORTH, IL 60482

10925   MORGAN, CHRISTINA, 903 WEST MYRA ST, SARALAND, AL 36571

10925   MORGAN, CHRISTOPHER, 150 QUARRY ST, #511, QUINCY, MA 02169

10925   MORGAN, CLARA, 540 KIRNWOOD DRIVE, DALLAS, TX 75232

10925   MORGAN, DARTANYIAN, 4141 N 55 AVE, PHOENIX, AZ 83033

10925   MORGAN, DAVID, 10176 SASSAFRAS WOOD, BURKE, VA 22015

10925   MORGAN, DEBRA, 4643 WILD INDIGO, 394, HOUSTON, TX 77027

10925   MORGAN, DENNIS, 1669 N. FISHER ST., SPEEDWAY, IN 46224

10925   MORGAN, DURWANDA, 87 DUNLEITH DR., DESTREHAN, LA 70047

10925   MORGAN, DWIGHT, 2 JAY LANE, ACTON, MA 01720

10925   MORGAN, EDGAR, 114 ADELAIDE DR, GREEDVILLE, SC 29615

10925   MORGAN, EDMOND, PO BOX 1693 694, CUBA, NM 87013

10925   MORGAN, EDWARD, 9001 SW 91ST CIRCLE, OCALA, FL 34481

10925   MORGAN, EMILY B, 1229 TUCKAHOE PL #2A, MUNSTER, IN 46321-4164

10925   MORGAN, EVERETT, 500 WENWOOD RD APT 1014, GREENVILLE, SC 29607

10925   MORGAN, FELICIA, 1010 HOKE SMITH, DALLAS, TX 75224

10925   MORGAN, GARY, 420 E IROQUOIS BOX 661, SHELDON, IL 60966

10925   MORGAN, GAYLE, 593 BAY ST #2, TAUNTON, MA 02780

10925   MORGAN, GEORGE, 6712 TORLINA DR., ST. LOUIS, MO 63134

10925   MORGAN, GLORIA, 954 OHARA COURT, JONESBORO, GA 30236

10925   MORGAN, HAROLD, 1027 HWY. 98W, KOKOMO, MS 39643

10925   MORGAN, HAROLD, 176 ROBERT BAGGETT RD., COLUMBIA, MS 39429

10925   MORGAN, JAMES, 1328 D SUSSEX LANE, DELAWARE, OH 43015

10925   MORGAN, JAMES, 5622 OLD RANCH RD, PARK CITY, UT 84098-6158

10925   MORGAN, JAMES, PO BOX 680038 5622 OLD RANCH ROAD, PARK CITY, UT 84068

10925   MORGAN, JENNIFER, 1006 CONCORD SW, CANTON, OH 44710

10925   MORGAN, JENNIFER, 6007 LILAC LN, AMARILLO, TX 79106

10925   MORGAN, JOHN, 5908 VANDEGRIFT AVE, ROCKVILLE, MD 20852

10925   MORGAN, JONI, 7501 HEARDS LN, GALVESTON, TX 77551

10925   MORGAN, JOSEPH, 12 ROSSMORE RD, BOSTON, MA 02130

10925   MORGAN, JOYCELYN, 926 N. BELLEVIEW PL, INDIANAPOLIS, IN 46222

10925   MORGAN, JR, JIMMIE, 574 AUTEN RD 7-I, HILLSBOROUGH, NJ 08876

10925   MORGAN, KATHLEEN, 16 WOLLASTON AVE, ARLINGTON, MA 02174

10925   MORGAN, KATHLEEN, 24743 SENDA PAJARO, CALABASAS, CA 91302

10925   MORGAN, KEITH, 144 HAYWOOD DR, ROCKY MOUNT, NC 27803

10925   MORGAN, KELLEY, 2902 BURTON SE, ALBUQUERQUE, NM 87106

10925   MORGAN, KEVIN, 19108 HOLBERTON LN, BROOKVILLE, MD 20833

10925   MORGAN, LARRY, 1213 COLOGATE, PERRYTON, TX 79070

10924   MORGAN, LEWIS & BOCKIUS, 2000 ONE LOGAN SQ, PHILADELPHIA, PA 19103

10924   MORGAN, LEWIS & BROCKIUS, 1800 M ST NW, WASHINGTON, DC 20036

10924   MORGAN, LEWIS & BROKIUS, LLP, 502 CARNEGIE CENTER, PRINCETON, NJ 08540-6289

10925   MORGAN, LINDA, 310 SOUTH BOWIE DRIVE, WEATHERFORD, TX 76086-4000

10925   MORGAN, LINDA, 35 FOXCROFT RD #127, NAPERVILLE, IL 60565

10925   MORGAN, LINDA, PO BOX 2973, LAKE CITY, FL 32055

10925   MORGAN, MARGARET, 8631 CEDAR CREEK RDG, RIVERDALE, GA 30274

10925   MORGAN, MARLENE, 109 CORTLAND DR, NEW STANTON, PA 15672

10925   MORGAN, MARY, 24 BLYTHEWOOD DRIVE, GREENVILLE, SC 29607

10925   MORGAN, MELODY, 403 COLLEGE ST, CENTRAL, SC 29630

10925   MORGAN, MEQUITTA, 4933 N. TEUTONIA AVE #4, MILWAUKEE, WI 53209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MORGAN, MICHAEL D, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 MORGAN, MICHAEL, 207 CAMP LANE, COLUMBIA, MS 39429

10925 MORGAN, MICHAEL, 8 JUDY ST, BILLERICA, MA 01821

10925 MORGAN, NOREDIN, 6 EDGAR RD, BILLERICA, MA 01821

10925 MORGAN, PATRICK, RR 2, BOX 93, TILDEN, NE 68781

10925 MORGAN, PAULINE, 114 ADELAIDE DR, GREEDVILLE, SC 29615

10925 MORGAN, REBECCA, 16 BILLY PYLE RD., ROME, GA 30161

10925 MORGAN, ROBERT, 220 WHATLEY, DADEVILLE, AL 36853

10925 MORGAN, ROBERT, 307 KATHLEEN, IOWA PARK, TX 76367

10925 MORGAN, S, 2754 DOWNING ST., JACKSONVILLE, FL 32205

10925 MORGAN, SEAN, 72 GARDENER ST, ALLSTON, MA 02134

10925 MORGAN, SHANNON, 6601 LANDING TRAIL, POWDER SPRINGS, GA 30073

10925 MORGAN, SONIA, R.D. #9, BOX 58, IRWIN, PA 15642

10925 MORGAN, STEPHAN, 4357 BEXLEY DR, STONE MTN, GA 30083

10925 MORGAN, STEPHEN, 3535 PARKHILL, WICHITA FALLS, TX 76310

10925 MORGAN, STEPHEN, 4510 NE I TERRACE POMPANO BEACH FL, POMPANO BEACH, FL 33064

10925 MORGAN, T, 5211 SHADY BLUFF ST., DURHAM, NC 27704

10925 MORGAN, TED, 1130 COOPER BRIDGE RD, WOODRUFF, SC 29388

10925 MORGAN, TED, 630 ROUND ST, WOODRUFF, SC 29388

10925 MORGAN, THOMAS, 6 PRINCETON DR, N CHELMSFORD, MA 01863

10925 MORGAN, VERLON, 614 E KIRK, PERKINS, OK 74059-9702

10925 MORGAN, VERNELL, 2740 RAINBOW FOREST DRIVE, DECATUR, GA 30034

10925 MORGAN, VIRGINIA, PO BOX 268, HENRICO, NC 27842

10925 MORGAN, WILLIAM, 201 W. BUTLER ROAD, 232, MAULDIN, SC 29662

10925 MORGAN, WILLIAM, 403 DEPOT RD, PELZER, SC 29669

10925 MORGAN-RANDALL, MICHELLE, 211 HOLLY DR., ROSELLE, NJ 07203

10924 MORGANS CONCRETE COMPANY, STAR ROUTE, BUFFALO, MO 65622

10925 MORGANTI, DIANE, 725 MT LAUREL AVE, READING, PA 19560

10925 MORGART, RICH, BOX 1484, EVANSTON, WY 82930

10925 MORGENTHALER, EDWIN, 416 BLOSSOMWOOD AV, LEAGUE CITY, TX 77573

10925 MORGENTHALER, TED, 6513 GRACE, PEARLAND, TX 77584

10925 MORI, EMI, 259 N. CAPITAL AVE, SAN JOSE, CA 95127

10925 MORI, JANNELLA, 53 EMERSON AVE., PATERSON, NJ 07502

10925 MORIANA, DORIS, 309 ALBION ST, WAKEFIELD, MA 01880

10925 MORIANA, JOHN, 309 ALBION ST, WAKEFIELD, MA 01880

10925 MORIARTY, CHRISTINA, 268A MAIN ST, MEDFORD, MA 02155

10925 MORIARTY, LESLIE, 150 PARSONAGE ROAD, GREENWICH, CT 06830

10925 MORIARTY, PATRICK, 10 HENDERSON WAY, MEDFIELD, MA 02052

10925 MORIARTY, PATRICK, BOX 3340, CLEMSON, SC 29632

10925 MORIARTY, SHARON, 27 GREEN ST, SENECA FALLS, NY 13148

10925 MORIARTY, SHEILA, 6 SPAULDING ST, DORCHESTER, MA 02122

10925 MORICE HAYMES, 1093 JEROME AVE, BRONX, NY 10452-4835

10924 MORIE CO INC, 1201 NO. HIGH ST, MILLVILLE, NJ 08332

10924 MORIE CO., INC., THE, 1201 N. HIGH ST., MILLVILLE, NJ 08332

10924 MORIE CO., THE, 1201 N. HIGH ST., MILLVILLE, NJ 08332

10925 MORIKAMI MUSEUM, INC, 4000 MORIKAMI PARK ROAD, DELRAY BEACH, FL 33446

10925 MORIMURA BROTHERS INC, 3440 TORRANCE BLVD, TORRANCE, CA 90503

10924 MORIN BRICK CO., PO BOX1510, AUBURN, ME 04211-1510

10925 MORIN JR, A, 39 FRIEND ST, ADAMS, MA 01220

10925 MORIN, ALBERT, 19 BURNS ST, LOWELL, MA 01852-4008

10925 MORIN, DANIEL, 72 PARK ST, ANDOVER, MA 01810

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MORIN, JOSE, 207 W. 8TH ST., SAN JUAN, TX 78589 | |
| 10925 | MORIN, JOSEPH, 23 PULASKI DRIVE, SALEM, NH 03078 | |
| 10925 | MORIN, KAREN, 326 AUBURN ST, PORTLAND, ME 04103 | |
| 10925 | MORIN, KATHERINE, 16 NORTON ROAD, KITTERY, ME 03904 | |
| 10925 | MORIN, MICHAEL, 8 PROSPECT AVE, ARLINGTON, MA 02174 | |
| 10925 | MORIN, MONICA, PO BOX 747, BROWNFIELD, TX 79316 | |
| 10925 | MORIN, NOE, 2500 TORREON, HIDALGO, TX 78557 | |
| 10925 | MORIN, SHANE, 97 CLARA ST, NEW BEDFORD, MA 02744 | |
| 10925 | MORINE, KAREN, 795 W DAVE DUGAS RD, SULPHUR, LA 70665 | |
| 10925 | MORINE, KAREN, 795 W. DAVE DUGAS RD., SULPHUR, LA 70665-9802 | |
| 10925 | MORINGIELLO, LAWRENCE, 1811 E 31ST ST, BROOKLYN, NY 11234-4439 | |
| 10924 | MORITZ PREMIX CONCRETE, 1805 SOUTH 4TH STREET, EFFINGHAM, IL 62401 | |
| 10925 | MORITZ, SUSAN, 552 BRITTON ST, CHICOPEE, MA 01020 | |
| 10925 | MORIWAKI, NANCY, 98-630 MOANALUA LP #329, AIEA, HI 96701 | |
| 10925 | MORK, MARY, 2109 CAMINITO, DEL MAR, CA 92110 | |
| 10925 | MORLACK, GLENN, 1 SYCAMORE DR, BURLINGTON, NJ 08016 | |
| 10925 | MORLAND, MARY, R 1 BOX 195, MOMENCE, IL 60954 | |
| 10925 | MORLEY, ERWIN, 4007 52ND ST CT W, BRADENTON, FL 33529 | |
| 10925 | MORLEY, JEAN, 22 VON BEASTE LANE, CONGERS, NY 10920-2316 | |
| 10925 | MORLEY, O, 403 N. MILL ST, GREENUP, IL 62428 | |
| 10925 | MORLEY, WILLIAM, 323 RIVERSIDE DRIVE, BALTIMORE, MD 21221 | |
| 10925 | MORLOCK, CARLOS, 6085 HILBURN RD, PENSACOLA, FL 32504 | |
| 10925 | MORMAN, JR, GASTON, PO BOX 26901, BALTIMORE, MD 21212 | |
| 10925 | MORMAN, KENNETH, 1115 FORK SHOALS RD, GREENVILLE, SC 29605 | |
| 10925 | MORMILE JT TEN, ARTHUR A & MARION C, PO BOX 698, MATTITUCK, NY 11952-0698 | |
| 10924 | MORNING SIDE ELEM. SCHOOL, 1053 E. ROCK SPRINGS, ATLANTA, GA 30306 | |
| 10924 | MORNING STAR, C/O WARCO, 5155 COUNTRY CLUB ROAD, WINSTON SALEM, NC 27104 | |
| 10925 | MORNINGSIDE MEDICAL CENTRE, 200-4218 LAWRENCE AVE E, SCARBOROUGH, ON M1E 4X9CANADA | *VIA Deutsche Post* |
| 10925 | MORNINGTON CONSULTING PARTNERS INC, 5410 NW THIRD TERRACE, BOCA RATON, FL 33487 | |
| 10925 | MORO, ANN, 1234 PARKLAND CT, ALTAMONTE SPRINGS, FL 32714 | |
| 10925 | MORO, KATHERINE, 5237 ARDMORE DRIVE, WINTER PARK, FL 32792 | |
| 10925 | MORO, LUIS, CALLE FELIX DE AMESTI 991 CASILLA 10310, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | MORO, MARY, 29 ROBINSON RD, WOBURN, MA 01801 | |
| 10925 | MORO, MAXINE, 3060 STARLING, THOUSAND OAKS, CA 91360 | |
| 10925 | MORO, PHYLLIS, 3060 STARLING AVE, THOUSAND OAKS, CA 91360 | |
| 10925 | MORO, RHONDA, 5225 ADMORE DRIVE, WINTER PARK, FL 32792 | |
| 10925 | MORO-KURE, LIBABATU, 207 SELVAGE AVE, TEANECK, NJ 07666 | |
| 10925 | MORONE, DOMINIC, 127 E 50TH ST, INDIANAPOLIS, IN 46205 | |
| 10925 | MORONEY, BARBARA, 4 SUDBERRY DRIVE, MORRISTOWN, NJ 07960 | |
| 10925 | MORONEY, JANET, 14032 EXINITE DRIVE, RENO, NV 89506 | |
| 10925 | MORONEY, JOHN J, PO BOX 320, ARGO, IL 60501 | |
| 10925 | MOROS III, NICOLAS, 17 S. HAMILTON AVE., GREENSBURG, PA 15601 | |
| 10925 | MOROTA, LILIAN, 1101 HADRIAN CT., IRVING, TX 75062 | |
| 10925 | MOROZ, CHARLES, 109 FAIRVIEW AVE, VALPARAISO, IN 46383 | |
| 10925 | MOROZIN, CHRISTINE, 1041 DREW DRIVE, YARDLEY, PA 19067 | |
| 10925 | MORPHIS, DAVID, 1408 W 25TH ST, PLAINVIEW, TX 79072 | |
| 10925 | MORQUECHO, MARK, 4400 N 19TH, WACO, TX 76707 | |
| 10925 | MORR, KAREN R, 2626 FOX HAVEN DR, ASHLAND OH, OH 44805 | |
| 10925 | MORRELL INC., 340 WINDY POINT DRIVE, GLENDALE HEIGHTS, IL 60139 | |
| 10925 | MORRELL, 340 WINDY POINT DR., GLENDALE HEIGHTS, IL 60139 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MORRELL, JORGE, 4515 BREAKWATER ROW W, JACKSONVILLE, FL 32225-1008

10925   MORRELL, R, 2508 ROSLYN LANE, LAKELAND, FL 33813

10924   MORRELL-BROWN FIREPROOFING, 723 EAST 140TH ST, BRONX, NY 10454

10925   MORRIDA, CATHY, 713CLINTON-FRANKFORT, CLINTON, PA 15026

10924   MORRILL COUNTY REDI-MIX, ATTN:  ACCOUNTS PAYABLE, BRIDGEPORT, NE 69336

10924   MORRILL COUNTY REDI-MIX, RR #1, BRIDGEPORT, NE 69336

10925   MORRILL, KEITH, 311 SYCAMORE, HIGHLANDS, TX 77562

10925   MORRILL, MANNING, 7 WAINWRIGHT ROAD, 55, WINCHESTER, MA 01890

10925   MORRIN, GRACE, 207 E. WILLIAM ST, WATERLOO, NY 13165

10925   MORRIS & RITCHIE ASSOCIATES INC, 3445-A BOX HILL CORPORATE CENTER DR, ABINGDON, MD 21009

10925   MORRIS C FITTS, 9 BANKS ST, CORTLAND, NY 13045-1103

10924   MORRIS CONCRETE INDUSTRIAL CORP, 29390 COUNTY ROAD 49, LOXLEY, AL 36551

10924   MORRIS CONCRETE L.L.C., 7191 I-10 SERVICE ROAD, THEODORE, AL 36582

10924   MORRIS CONCRETE L.L.C., ATTN: ACCOUNTS PAYABLE, SARALAND, AL 36571

10925   MORRIS COUPLING CO., 2240 W. 15TH ST., ERIE, PA 16505

10925   MORRIS COUPLING CO., PO BOX 9010, ERIE, PA 16505-8010

10925   MORRIS DUFFY ALONSO & FALEY, 170 BROADWAY, NEW YORK, NY 10038

10924   MORRIS FORMAN T.P., 4522 ALGONQUIN PKWY, LOUISVILLE, KY 40211

10925   MORRIS GINSBERG & SON INC, 213 S CENTRAL AVE, BALTIMORE, MD 21202

10924   MORRIS GINSBERG & SON, 213 SOUTH CENTRAL AVENUE, BALTIMORE, MD 21202

10924   MORRIS GINSBERG & SON, 222 SOUTH EDEN STREET, BALTIMORE, MD 21230

10924   MORRIS GINSBERG & SON, 222 SOUTH EDEN STREET, BALTIMORE, MD 21231

10924   MORRIS INDUSTRIAL, 9490 I-65 SERVICE RD, EXIT 22, CREOLA, AL 36525

10925   MORRIS J KLEINFELD, 5172 SW 94TH AVE, COOPER CITY, FL 33328-4116

10925   MORRIS JR, CLYDE B, 9556 RIGGS, OVERLAND PK, KS 66212-1538

10925   MORRIS JR., JAMES, 5931 CECIL AVE, BALTIMORE, MD 21207

10925   MORRIS MANNING & MARTIN GEORGE E HI, 1600 ATLANTA FINANCIAL CENTER, 3343 PEACHTREE ROAD NE, ATLANTA, GA 30326-1044

10925   MORRIS MATERIAL HANDLING CENTRAL, PO BOX 78943, MILWAUKEE, WI 53278-0943

10925   MORRIS MEYER, 13731 FLORA PLACE APT B, DELRAY BEACH, FL 33484-1662

10924   MORRIS READY MIX, HWY 14 & 34 WEST, PIERRE, SD 57501

10925   MORRIS S CHESTER & ASSOC, 27845 HAWTHORNE BLVD, RANCHO PALOS VERDES, CA 90275

10924   MORRIS SAND & GRAVEL INC, ATTN:  ACCOUNTS PAYABLE, SAFFORD, AZ 85546

10924   MORRIS SAND & GRAVEL INC, MORENCI, AZ 85540

10924   MORRIS SAND & GRAVEL INC, SAFFORD, AZ 85546

10925   MORRIS SR, R, 110 JETER HEIGHTS, CHESTER, SC 29706

10925   MORRIS TIRE & AUTO, 2540 COLUMBIA HWY. N., AIKEN, SC 29805

10925   MORRIS, ALBERT, 8880 SHRECK ROAD, BARTOW, FL 33830-9998

10925   MORRIS, ALFRED, 1300 42ND ST SE, CEDAR RAPIDS, IA 52403

10925   MORRIS, ANGELA, 198 BURNTWOOD LANE, INMAN, SC 29349

10925   MORRIS, ANGELA, 7302 RIVERVIEW DR, RIVERVIEW, FL 33569

10925   MORRIS, ANGIE, 495 N. CARDINAL RD, AZLE, TX 76020

10925   MORRIS, ANTHONY, 5425 16TH AVE, 102, HYATTSVILLE, MD 20782

10925   MORRIS, BARRY, 24 RICHMOND HILL, IRVINGTON, NY 10533

10925   MORRIS, BENNIE, 617 HOWELL ROAD, WELLFORD, SC 29385

10925   MORRIS, BENNIE, RT 2 BOX 357 B HILLSVIEW DR, RICEVILLE, TN 37370

10925   MORRIS, BETTY, 1421 MULBERRY, PINEBLUFF, AR 71601

10925   MORRIS, BEVERLY, 2B WILLOWOODS APT., ANDERSON, SC 29621

10925   MORRIS, BILLIE, RT. 3 BOX 175, DECATUR, TX 76234

10925   MORRIS, BOBBY, 3630 S. 1500 W., VERNAL, UT 84518

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  MORRIS, BRENDA, PO BOX 244, CLEARWATER, SC 29822

10925  MORRIS, BROOK, 8 SHEPARD AVE, EAST ORANGE, NJ 07018

10925  MORRIS, BRUCE, 3002 W MARYVILLE DRIVE, MCHENRY, IL 60050

10925  MORRIS, CARL, 101 NORWOOD PLACE, STERLING, VA 22170

10925  MORRIS, CAROL, 4801 EAST 9TH AVE, DENVER, CO 80220

10925  MORRIS, CECIL, 407 N. VIRGINIA, AMARILLO, TX 79106

10925  MORRIS, CHERYL, 104 WESTRIDGE E #C, WEST MONROE, LA 71291

10925  MORRIS, CYNTHIA, 108 EAST THIRD, RAYVILLE, LA 71269

10925  MORRIS, CYNTHIA, 5725 WOODLAKE CT., STONE MOUNTAIN, GA 30087

10925  MORRIS, CYNTHIA, 781 KENWICK ROAD, COLUMBUS, OH 43209

10925  MORRIS, DAN, 1140 RIDGEWAY ST, COMMERCE, GA 30529

10925  MORRIS, DANITA, 1007 BALBOA AVE, CAPITAL HEIGHTS, MD 20743

10925  MORRIS, DARLENE, 542 WEST 4TH ST, PLAINFIELD, NJ 07060

10925  MORRIS, DARRYL H, 5529 US 60-E, OWENSBORO, KY 42303-9776

10925  MORRIS, DARRYL, 2756 S COUNTY RD 350 WEST, ROCKPORT, IN 47635

10925  MORRIS, DAVID, 2203 OAKWOOD, ARLINGTON, TX 76012

10925  MORRIS, DAVID, 5504 WINDSOR MILL RD, WOODLAWNTOWN, MD 21207

10925  MORRIS, DEIDRA, RTE 1 BOX 198-C, ANDREWS, SC 29510

10925  MORRIS, DONALD, 16 DEHART AVE, HEWITT, NJ 07421

10925  MORRIS, DONALD, 3989 CHAMPIONSHIP DR, ANNANDALELE, VA 22003

10925  MORRIS, DONALD, ROUTE 1 BOX 51, DAHINDA, IL 61428-9719

10925  MORRIS, DONNA, 2215 ATHENS DR., NEW CANEY, TX 77357

10925  MORRIS, DORIS, 2100 W. LOTUS, FT. WORTH, TX 76111

10925  MORRIS, DORIS, RT 2 BOX 267, LULA, GA 30554

10925  MORRIS, DOROTHY, 4110 SW 30TH ST, HOLLYWOOD, FL 33023

10925  MORRIS, DUNNARD, 5934 SCANLAN, ST. LOUIS, MO 63139

10925  MORRIS, ESTHER, 406 PINE, FREDERICK, OK 73542

10925  MORRIS, F, 3630 S 1500 WEST, VERNAL, UT 84078

10925  MORRIS, FRANCIS, 8423 KY 144, PHILPOT, KY 42366

10925  MORRIS, GARY, 1048 DEERFIELD ROAD, SUMMIT, MS 39666

10925  MORRIS, GENEVA, 110 JETER HEIGHTS, CHESTER, SC 29706-1318

10925  MORRIS, GLENN, RT. 4, BOX 12, KENTWOOD, LA 70444

10925  MORRIS, GREGORY, 101 N 21ST AVE, BEECH GROVE, IN 46107-1027

10925  MORRIS, HAROLD, 106 DERBY DOWNS, SPARTANBURG, SC 29301

10925  MORRIS, HAROLD, PO BOX 137 10571 LAFAYETTE ST, WHITESVILLE, KY 42378

10925  MORRIS, HARRIET, 209 TWIN VALLEY ROAD, DUNCAN, SC 29334-9718

10925  MORRIS, HEATHER, 12765 SE 36TH AVE, BELLEVIEW, FL 34420

10925  MORRIS, JAMES, 3472 FM447, VICTORIA, TX 77905

10925  MORRIS, JAMES, 4 TOWNES COURT, SPARTANBURG, SC 29301-1284

10925  MORRIS, JAMES, 7500 W. NORTHRIDGE LAKE BLVD, 201, MILWAUKEE, WI 53223

10925  MORRIS, JAMIE, 411 SHERARD RD, BELTON, SC 29627

10925  MORRIS, JOYCE, 4003 ASHMEADE PLACE, CHESTERFIELD, VA 23832

10925  MORRIS, KEITH, 196 22ND ST, IRVINGTON, NJ 07111

10925  MORRIS, KEVIN, 295 BLUEGRASS DR, LEWISPORT, KY 42351

10925  MORRIS, KIM, 2628 TRAILRIDGE DR NW, SWISHER, IA 52338

10925  MORRIS, LAURA, 3417 MANCHESTER ROAD, WANTAUGH, NY 11793-3007

10925  MORRIS, LAURIE, 289 DOGWOOD LANE, CLARKSBORO, NJ 08020

10925  MORRIS, LEE, 530 E 23RD ST APT 14-H, NEW YORK, NY 10010-5026

10925  MORRIS, LYDIA, 11917 CARSON, BALCH SPRINGS, TX 75180

10925  MORRIS, M, 8723 PEAR ST., NEW ORLEANS, LA 70118

10925  MORRIS, MARILYN, 12276 APRICOT, SAN ANTONIO, TX 78247

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MORRIS, MARILYN, 3775 RIDGE ROAD RD#3, ALIQUIPPA, PA 15001

10925    MORRIS, MARYLOU, 116 N 16TH AVE, HOPEWELL, VA 23860

10925    MORRIS, MELVIN, 2653 SHIPSTON CT.,N., WARREN, MI 48091

10925    MORRIS, MICHAEL, 15 ELISE DR, SPRING VALLEY, NY 10977

10925    MORRIS, MICHAEL, 17400 VALLEY, # 4, FONTANA, CA 92335

10925    MORRIS, MIKELLE, 8125 48TH AVE , APT. 307, COLLEGE PARK, MD 20740

10925    MORRIS, NATHAN, 217 DOUGLAS DRIVE, SIMPSONVILLE, SC 29681

10925    MORRIS, NORMA, 629 S. LAKEVIEW DRIVE, PETERSBURG, IN 47567

10925    MORRIS, OLGA, 4001 B NW 6TH ST, GAINESVILLE, FL 32609

10925    MORRIS, PAMELA, 4413 80TH ST, LUBBOCK, TX 79424

10925    MORRIS, PAUL, UNIVERSITY CT. #52, JACKSONVILLE, AL 36265

10925    MORRIS, PETER E, CUST FOR CHARLES ALEXANDER MORRIS, UNIF GIFT MIN ACT TX, 506 GRACE LANE 2, AUSTIN, TX 78746-4815

10925    MORRIS, PETER E, CUST FOR ZACHARY SAMUEL MORRIS, UNIF GIFT MIN ACT TX, 506 GRACE LANE 2, AUSTIN, TX 78746-4815

10925    MORRIS, PHILLIP, 2500 FAIRWAY, 1508, ALVIN, TX 77511

10925    MORRIS, PINKNEY, 2521 PAUL CIRCLE, ANNISTON, AL 36201

10925    MORRIS, PURNELL, 221 NAVAHO DRIVE, SPARTANBURG, SC 29301

10925    MORRIS, RICHARD, 2433 COOL SPRING DRIVE SOUTH, JACKSONVILLE, FL 32246

10925    MORRIS, RICKEY, RT. 1, BOX 182-A, JONESVILLE, LA 71343

10925    MORRIS, ROBERT, 109 BUCKNAM ST, EVERETT, MA 02149

10925    MORRIS, ROBERT, 63 GARDEN ST, CUMBERLAND, RI 02864

10925    MORRIS, ROBERT, PO BOX 45338, BATON ROUGE, LA 70816

10925    MORRIS, ROBIN, 218 ALMA DRIVE NW, CEDAR RAPIDS, IA 52405

10925    MORRIS, SAKALARIOS & BLACKWELL, PLLC, 201 HARDY ST, HATTIESBURG, MS 39401

10925    MORRIS, SANDRA, 9007 LIPTONSHIRE, DALLAS, TX 75238

10925    MORRIS, SAUNDRA, 6921 SUTTON, BATON ROUGE, LA 70812

10925    MORRIS, SHAWANDA, 319 W. COLLEGE ST, GRIFFIN, GA 30223

10925    MORRIS, SONJA, 8707 BRANDI LANE, HIRAM, GA 30141

10925    MORRIS, STANLEY, ROUTE 2 BOX 143, WILBURTON, OK 74578

10925    MORRIS, STEPHEN, 1601 LANSDOWNE WAY, SILVER SPRING, MD 20910

10925    MORRIS, SUSAN, 3919 ARCHER AVE, JACKSON, MS 39212

10925    MORRIS, TAMMY, 9721 DALE CREST DR., DALLAS, TX 75220

10925    MORRIS, THOMAS, 842 SW MCCOMB AVE, PORT ST. LUCIE, FL 34953

10925    MORRIS, TIMOTHY, 29 ELMWOOD AVE, WALTHAM, MA 02453

10925    MORRIS, TINA, 2914 NORTH WALES RD, NORRISTOWN, PA 19401

10925    MORRIS, TRACEY, PO BOX 42, SPRING VALLEY, NY 10977

10925    MORRIS, TRISHA, 9 NOTTINGHAM ROAD, GREENVILLE, SC 29607

10925    MORRIS, VILLERE, 1475 E. WALDORF, MEMPHIS, TN 38106

10925    MORRIS, WAYNE, 15 OLD MISHNOCK, COVENTRY, RI 02816

10925    MORRIS, WILLIAM, 1138 E EASTON AVE, SOMERSET, NJ 08873

10924    MORRIS, WILLIAM, 1280 VILLAGE DRIVE, 201, ARLINGTON HTS, IL 600040000

10925    MORRIS, WILLIAM, 8423 HORSESHOE ROAD, ELLICOTT CITY, MD 21043

10925    MORRIS, WINSOME, 20425 IRVINGTON, DETROIT, MI 48203

10925    MORRISEAU, LISA, 33 ASH ST, NO. ATTLEBORO, MA 02760

10924    MORRISETTE PAPER & PACKAGING, PO BOX27947, RALEIGH, NC 27611

10924    MORRISETTE PAPER CO., 804 SEMART DRIVE, RALEIGH, NC 27604

10925    MORRISON & FOERSTER, FILE NO 72497, P.O. BOX 60000, SAN FRANCISCO, CA 94160-2497

10924    MORRISON & KNUDSEN, 4542 E. CLAY, FRESNO, CA 93702

10925    MORRISON EXPRESS CORP, 130 EASTERN AVNEUE, CHELSEA, MA 02150

10925    MORRISON JR, JAMES, 16825 LAKEVIEW AVE., UMATILLA, FL 32784

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MORRISON KNUDSEN CORP, ATTN: ACCOUNTS PAYABLE, HIGHLAND, CA 92346

10925   MORRISON KNUDSON CORPORATION, N.K.A. WASHINGTON GROUP INTL INC., 720 PARK BLVD., PO BOX 73, BOISE, ID 83729

10924   MORRISON MECHANICAL INSUL, PO BOX 91260, ANCHORAGE, AK 99509

10924   MORRISON MECHANICAL INSULATION, 940 E. 1ST AVE, ANCHORAGE, AK 99501

10924   MORRISON MECHANICAL INSULATION, CAMBRIDGE, MA 02140

10924   MORRISON READY MIX     ., P.O BOX 36231, DENVER, CO 80236

10924   MORRISON READY MIX CONC, PO BOX 36231, LAKEWOOD, CO 80227

10924   MORRISON READY MIX, 2605 ESTES STREET - SOUTH PLNT, LAKEWOOD, CO 80227

10924   MORRISON READY MIX, 280 EAST 64TH AVENUE, DENVER, CO 80221

10925   MORRISON SURVEYING INC, 600 N CITIES SERVICE HWY, SULPHUR, LA 70664-0071

10925   MORRISON, BETSY, 45 SUNDUST RD., EIGHTY FOUR, PA 15330

10925   MORRISON, BRYAN, 510 N MAIN, HOLLIDAY, TX 76366

10925   MORRISON, CONNIE, 754 FAIRVIEW ROAD, SIMPSONVILLE, SC 29680

10925   MORRISON, DANIELLE, 7655 FARM TO MARKET, LIBBY, MT 59923

10925   MORRISON, EGILE, 312 FIRST ST, FOREST PARK, GA 30050

10925   MORRISON, ELIZABETH, 109 LINNETT, OCEAN SPRINGS, MS 39564

10925   MORRISON, EMORY, 1371 WHITEHILL SCHOOL RD, COMMERCE, GA 30529

10925   MORRISON, ESTALENE, PO BOX 48151, CUMBERLAND, NC 28331

10925   MORRISON, H, RT 3, BOX 2715, AUBURNDALE, FL 33823

10925   MORRISON, HARRIET, 8 DIAMOND RD, LEXINGTON, MA 02173

10925   MORRISON, HEATHER, 113 LAMP POST LANE, CHERRY HILL, NJ 08003

10925   MORRISON, JACK, 8116 EVERGREEN DRIVE, MOHAVE VALLEY, AZ 86440

10925   MORRISON, JAMES, 101 COTTAGE ST, ROCHESTER, NY 14608

10925   MORRISON, JAMES, BOX 267, OAKTOWN, IN 47561-0267

10925   MORRISON, JERRY, 1292 MARIANNA WAY, CRAIG, CO 81625-2834

10925   MORRISON, JOE, RR 3 BOX 200, PAULS VALLEY, OK 73075

10925   MORRISON, JOSEPH E, 18 HIGH PLAIN ROAD, ANDOVER, MA 01810

10925   MORRISON, JOSEPH, 18 HIGH PLAIN RD, ANDOVER, MA 01810

10925   MORRISON, JOSEPH, 205 WOODBURY DR, LAFAYETTE, LA 70507

10925   MORRISON, LYNDA, 448 SOUTH OAKLEY LANE, SPARTANBURG, SC 29301

10925   MORRISON, MARGOT, 1371 WHITEHILL SCHOOL RD, COMMERCE, GA 30529

10925   MORRISON, MICHAEL, 1214 PINE ST, EUREKA, CA 95501

10925   MORRISON, MONIQUE, 1240 NORTHVIEW RD #304, BALTIMORE, MD 21218

10925   MORRISON, NELLIE, 2715 DIXIE DRIVE, AUBURNDALE, FL 33823

10925   MORRISON, RAYETTA, 7655 FARM TO MARKET, LIBBY, MT 59923

10925   MORRISON, REBECCA, 1707 MERRYCREST DR., MEMPHIS, TN 38111

10925   MORRISON, RICHARD, 93 DELMONT AVE, LOWELL, MA 01852-5717

10925   MORRISON, ROBERT, 8700 N PORT WASHINGTON RD #208, MILWAUKEE, WI 53217

10925   MORRISON, SHANNON, PO BOX 921163, DUTCH HARBOR, AK 99692

10925   MORRISON, SHERRI, 8003 PORTWOOD TURN, MANASSAS, VA 22110

10925   MORRISON, STEPHEN, 10 YORK ROAD, WINCHESTER, MA 01890

10925   MORRISON, STEVEN, 122-2 COCHRAN RD., CLEMSON, SC 29631

10925   MORRISON, SUSAN, 801 CHASTAIN RD, LIBERTY, SC 29657

10925   MORRISON, WILLIAM, 3924 BLUEJAY LN, NAPERVILLE, IL 60564-8330

10925   MORRISON, WILLIAM, 400 OLD COLONY PLACE, COMMERCE, GA 30529

10924   MORRISON-KNUDSEN, 400 GROESBECK HWY, MT. CLEMENS, MI 48043

10925   MORRISSETTE, ANGELINA, 1402 MAIN ST, MOBILE, AL 36617

10924   MORRISSEY ENTERPRISES, 1 ATLANTIS WAY, LEWISTON, ME 04240

10925   MORRISSEY, ANNE, 2323 LIGHTHOUSE LN, WILMINGTON, DE 19810

10925   MORRISSEY, FENTON, 1 MATTHEW COURT, LEBANON, NJ 08833-9998

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MORRISSEY, JUDITH, 10 MAITLAND ST, MILTON, MA 02186 | |
| 10925 | MORRISSEY, KAREN, 743 S ILLINOIS AVE, VILLA PARK, IL 60181 | |
| 10925 | MORRISSEY, MATHEW, 4434 GARRISON ST NW, WASHINGTON, NE 20016 | |
| 10924 | MORRISTOWN CHILDERN'S HOSPITAL, 115 FRANKLIN STREET, MORRISTOWN, NJ 07960 | |
| 10924 | MORRISTOWN HAMBLEN HOSP., 620 N. HEIGHT ST., MORRISTOWN, TN 37814 | |
| 10924 | MORRISTOWN MEMORIAL HOSPITAL, 60 MADISON AVENUE, MORRISTOWN, NJ 07962 | |
| 10925 | MORRISTOWN MEMORIAL HOSPITAL, PO BOX 23804, NEWARK, NJ 07189-0804 | |
| 10924 | MORRISTOWN MEMORIAL HOSPTIAL, MORRISTOWN, NJ 07960 | |
| 10924 | MORRISTOWN POOLS, 5231 WEST ANDREW JOHNSON HWY., MORRISTOWN, TN 37814 | |
| 10925 | MORRO, NORMA, 46-31 215 PL #2B, BAYSIDE, NY 11361 | |
| 10925 | MORRONE, EMILY, 9 BEMIS CIRCLE, TEWKSBURY, MA 01876 | |
| 10925 | MORRONGIELLO, ELISE, RD 1 BOX 222 SIDNEY RD, ANNANDALE, NJ 08801 | |
| 10925 | MORROW & ASSOCIATES, 581-C COUNTRY CLUB DRIVE, NEWARK, OH 43055 | |
| 10925 | MORROW JR, WILLIAM J, 18 FORECASTLE DR, LITTLE EGG HARBOR, NJ 08087-1512 | |
| 10925 | MORROW, ALLEN, 921 N. BRYANT, PLEASANTON, TX 78064 | |
| 10925 | MORROW, CHRISTOPHER, 1181 UNION HWY ENOREE SC 29335, ENOREE, SC 29335 | |
| 10925 | MORROW, CLAUDE, 6714 TAYLOR RD, LAKELAND, FL 33811-2159 | |
| 10925 | MORROW, GARY, 9811 PENTON DRIVE, SUGAR LAND, TX 77478 | |
| 10925 | MORROW, KARENANNE, 3022 CRUISER DR., STAFFORD, VA 22554 | |
| 10925 | MORROW, KELLY, 1310 BRINKLY, JACKSON, MS 39213 | |
| 10925 | MORROW, LARRY, 3845 HWY 60 W, MULBERRY, FL 33860 | |
| 10925 | MORROW, PAUL, 82 LAMPORT RD, UPPER DARBY, PA 19082 | |
| 10925 | MORROW, PHYLLIS, 29489 CARA WAY, TEMECULA, CA 92591 | |
| 10925 | MORROW, ROBERT, 43 ORCHARD ST., MEDFORD, MA 02155 | |
| 10925 | MORROW, SHERRIE, 1087 BONITA CIR, JONESBORO, GA 30236 | |
| 10925 | MORROW, TOMMY, 13014 BIRCHWOOD PIKE, HARRISON, TN 37341 | |
| 10924 | MORROWCRAFT '3', 6801 MORRISON BLVD., CHARLOTTE, NC 28211 | |
| 10925 | MORSA, ANN MARIE, 539 W. CANDLEWOOD LN, GILBERT, AZ 85234 | |
| 10925 | MORSCHAUSER, THOMAS, 5551 TOWN HALL ROAD, SUN PRAIRIE, WI 53590 | |
| 10925 | MORSCHER, ARNOLD H, 20771 BEACHCLIFF BLVD, ROCKY RIVER, OH 44116-1322 | |
| 10925 | MORSE ASSOCIATES, ARCHITECTS AND, 125 DEFREEST DR, TROY, NY 12180 | |
| 10924 | MORSE AUTOMOTIVE CORP., 4137 S. MORGAN, CHICAGO, IL 60609 | |
| 10925 | MORSE BROS, 11911 SW WALDO WAY, SHERWOOD, WA 97140 | |
| 10924 | MORSE BROS. - CORVALLIS, 28602 HIGHWAY 34, CORVALLIS, OR 97339 | |
| 10924 | MORSE BROS. - DEER ISLAND, 65060 COLUMBIA RIVER HIGHWAY, DEER ISLAND, OR 97054 | |
| 10924 | MORSE BROS. - HUB CITY/DON'T USE, FURTHER NOTICE., 31225 LONE OAK LANE, ALBANY, OR 97321 | |
| 10924 | MORSE BROS. - SWEET HOME, 2903 GREENRIVER RD, SWEET HOME, OR 97386 | |
| 10924 | MORSE BROS. SAND & GRAVEL, PORTLAND DIV./PRE QUARRIE, BEAVERTON, OR 97007 | |
| 10924 | MORSE BROS.- SHERWOOD, 12000 SW TONQUIN ROAD, SHERWOOD, OR 97140 | |
| 10924 | MORSE BROS.- STAYTON, 41816 STAYTONSCIO ROAD, STAYTON, OR 97383 | |
| 10924 | MORSE BROS., 11911 SOUTHWEST WALDO WAY, SHERWOOD, OR 97140 | |
| 10924 | MORSE BROS., 14515 S.W. SCHOOLS FERRY, BEAVERTON, OR 97007 | |
| 10924 | MORSE BROS., ATTN:  GREG MORSE, SWEET HOME, OR 97386 | |
| 10924 | MORSE BROS., ATTN: ACCOUNTS PAYABLE, SAINT HELENS, OR 97051 | |
| 10924 | MORSE BROS., BOX A, STAYTON, OR 97383 | |
| 10924 | MORSE BROS., PORTLAND DIVISION/PROG QUARRI, BEAVERTON, OR 97007 | |
| 10924 | MORSE BROS.-ALBANY PLANT, CORVALLIS DIVISION, CORVALLIS, OR 97339 | |
| 10924 | MORSE BROS.-COBURG, 90500 COBURG ROAD, COBURG, OR 97408 | |
| 10924 | MORSE BROS.-CORVALIS, ATTN: ACCOUNTS PAYABLE, CORVALLIS, OR 97339 | |
| 10924 | MORSE BROS.-EUGENE, 1001 DIVISION AVENUE, EUGENE, OR 97404 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MORSE BROS.-EUGENE, EUGENE DIVISION, EUGENE, OR 97404

10924   MORSE BROS.-SHERWOOD, 11911 S. W. WALDO WAY, SHERWOOD, OR 97140

10924   MORSE BROS.-ST. HELENS, 6560 COLUMBIA RIVER HWY, DEER ISLAND, OR 97054

10924   MORSE BROS.-SWEET HOME, 2903 GREEN RIVER RD, SWEET HOME, OR 97386

10924   MORSE BROS.-TANGENT, 32260 HWY 34, TANGENT, OR 97389

10924   MORSE BROS-STAYTON, ATTN:  ACCOUNTS PAYABLE, STAYTON, OR 97383

10924   MORSE BROTHERS - DO NOT USE, 35973 SOUTHEAST KENNEL ROAD, ALBANY, OR 97321

10924   MORSE BROTHERS - DON'T USE, 28602 HWY 34, CORVALLIS, OR 97339

10924   MORSE BROTHERS - TANGENT, 32260 OLD HIGHWAY 34, TANGENT, OR 97389

10924   MORSE BROTHERS- KENNEL ROAD, 35973 SE KENNEL ROAD, ALBANY, OR 97321

10924   MORSE BROTHERS, P O BOX 1126, CORVALLIS, OR 97339

10924   MORSE DEISDL INT., 165 N. AVENUE, BOSTON, MA 02127

10924   MORSE INDUSTRIAL CORPORATION, ATTN:  MR. BRYAN SCHROERS, FOREST AVENUE, DOCK #8 PLANT #2, MAYSVILLE, KY 41056

10924   MORSE INDUSTRIAL CORPORATION, PO BOX687, MAYSVILLE, KY 41056

10925   MORSE JT TEN, AARON H & JEANNINE E, PO BOX 2813, KENAI, AK 99611-2813

10924   MORSE SAND & GRAVEL CORP, 125 TIFFANY ST, ATTLEBORO, MA 02703

10924   MORSE SAND & GRAVEL CORP., 125 TIFFANY STREET, ATTLEBORO, MA 02703

10924   MORSE SAND & GRAVEL, 125 TIFFANY STREET, ATTLEBORO, MA 02703

10925   MORSE, AARON, PO BOX 2813, KENAI, AK 99611-2813

10925   MORSE, BETTY, PO BOX 63, HENRY, IL 61537

10925   MORSE, BRADFORD, 2 STOCKWELL LANE, SOUTHBOROUGH, MA 01777

10925   MORSE, CLIFF, 2383 EASTRIDGE LOOP, CHULA VISTA, CA 91915

10925   MORSE, DAVID, 20956 CADDO, 1, APPLE VALLEY, CA 92308

10925   MORSE, DEANNA, 1899 RED OAK WAY, KENNESAW, GA 30144

10925   MORSE, DEMARLOS, 4006 SCOTT DR, FOREST PARK, GA 30050

10925   MORSE, GEORGE, 89 COMMERCIAL ST, ADAMS, MA 01220

10925   MORSE, GERALD, 1899 RED OAK WAY, KENNESAW, GA 30144

10925   MORSE, HYWEL, 230 CHAMBER AVE, GREENVILLE, SC 29605

10925   MORSE, KAREN, 949 THIRD AVE, SACRAMENTO, CA 95818

10925   MORSE, KENNETH, RT. 2 BOX 292, LAURENS, SC 29360

10925   MORSE, MARIE, 775 STERLING AVE, BRICKTOWN, NJ 08723

10925   MORSE, PAUL, 5941 TORRINGTON, CINCINNATI, OH 45248

10925   MORSE, ROBERT, 15549 FRESNO, VICTORVILLE, CA 92392

10925   MORSE, ROBERT, RT. 2 BOX 203, MOMENCE, IL 60954

10925   MORSE, RONALD, PO BOX 8215, BAYTOWN, TX 77522

10925   MORSE, WILLIAM, 119 RANNEY RD, STOCKBRIDGE, VT 05772

10925   MORSEY, JASON, 151 CENTURY DRIVE APT 112A, GREENVILLE, SC 29607

10925   MORSS, HELAINE, 1S 680 VERDUN DR., WINFIELD, IL 60190

10925   MORSTAD, MARY, 3841 GANNETT APT # I-1, CASPER, WY 82609

10925   MORTATI, ALLYSON, 819 TERRACE BLVD, NEW HYDE PARK, NY 11040

10925   MORTELL, STEPHEN, 197 QUAIL ROOST ST, DELTONA, FL 32725

10925   MORTENSEN, KATHRYN, 2898 ORBIT DR, LAKE ORION, MI 48360

10925   MORTENSEN, MICHAEL, 21517 ARBOR ST, ELKHORN, NE 68022

10925   MORTENSEN, TRULS, 622 TRAPELO ROAD, BELMONT, MA 02178

10925   MORTILLARO, EUGENE, 1633 HIGGINS WAY, PACIFICA, CA 94044

10925   MORTIMER, JONATHAN, 3575 ELSA AVE, WALDORF, MD 20603

10925   MORTIMORE, MARGIE, 12518 S PRINCETON AVE, CHICAGO, IL 60628

10924   MORTON / ROHM & HAAS, 100 NORTH RIVERSIDE PLAZA, CHICAGO, IL 60606

10924   MORTON / ROHM & HAAS, 2401 PRATT BLVD., ELK GROVE VILLAGE, IL 60007

10924   MORTON / ROHM & HASS, 100 NORTH RIVERSIDE PLAZA, CHICAGO, IL 60606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MORTON A PARADISE &, PEPI B PARADISE JT TEN, 6611 NO FAIRFIELD AVE, CHICAGO, IL 60645-0000

10924    MORTON CHEMICAL CO., RINGWOOD, IL 60072

10924    MORTON CHEMICAL, 1275 LAKE AVENUE, WOODSTOCK, IL 60098

10924    MORTON CHEMICAL, 2 N. RIVERSIDE PLAZA, CHICAGO, IL 60606

10925    MORTON CORN AND ASSOCIATES, INC, 3208 BENNETT POINT ROAD, QUEENSTOWN, MD 21658

10924    MORTON EAST HIGH SCHOOL, 2423 SOUTH AUSTIN AVENUE, ARLINGTON HEIGHTS, IL 60004

10924    MORTON INTERNATION JOBSITE, 1116 TANNER ROAD, TAYLORS, SC 29687

10925    MORTON INTERNATIONAL INC, PO BOX 905001, CHARLOTTE, NC 28290-5001

10924    MORTON INTERNATIONAL, 10 SOUTH ELECTRIC STREET, WEST ALEXANDRIA, OH 45381

10924    MORTON INTERNATIONAL, 100 NORTH RIVERSIDE PLAZA, CHICAGO, IL 60606

10924    MORTON INTERNATIONAL, 1116 TANNER ROAD, TAYLORS, SC 29687

10924    MORTON INTERNATIONAL, 5005 BARNARD MILL ROAD, RINGWOOD, IL 60072

10924    MORTON INTERNATIONAL, 5724 ELDER FERRY ROAD, MOSS POINT, MS 39563

10924    MORTON INTERNATIONAL, A/C W.R. GRACE & CO., 312 COLLINS BOULEVARD, ORRVILLE, OH 44667

10925    MORTON INTERNATIONAL, INC, 1500 LATHEM ST., BATAVIA, IL 60510-1500

10925    MORTON INTERNATIONAL, INC, DEPT. 13658, NEWARK, NJ 07188-0658

10924    MORTON INTERNATIONAL, IPSCO DRIVE, DECATUR INDUSTRIAL PARK, DECATUR, AL 35602

10925    MORTON INTERNATIONAL, MORTON SPECIALTY CHEMICAL PRODUCTS, NEWARK, NJ 07188-0658

10924    MORTON INTERNATIONAL, PO BOX 15240, READING, PA 19612

10925    MORTON INTL INC, JEFFREY C WYANT,

10924    MORTON PLANT-BARDMORE PROJECT, C/O ARCHITECTURAL COATING, LARGO, FL 34643

10924    MORTON POWDER COATINGS, PO BOX 15240, READING, PA 19612

10924    MORTON POWDER READING, 150 COLUMBIA STREET, READING, PA 19601

10924    MORTON POWDER WYTHEVILLE, 2460 N. 4TH STREET, WYTHEVILLE, VA 24382

10924    MORTON QUALITY POOL & SPA, 106 PENN ST., MORTON, IL 61550

10925    MORTON R FIELD & GLORIA M FIELD, TR FIELD FAMILY TR U/A, DTD APR 6 70, 306 S BRONWOOD, LOS ANGELES, CA 90049-3106

10924    MORTON READY MIX, ROUTE 98 & ERIE ROAD, MORTON, IL 61550

10924    MORTON SALT, HWY 10 SOUTH, GRAND SALINE, TX 75140

10924    MORTON SALT, PO BOX 2 BOX 10, GRAND SALINE, TX 75140

10925    MORTON SPINNER, 17082 RYTON LANE, BOCA RATON, FL 33496-3205

10925    MORTON THIOKOL INC, ARTHUR E SLESINGER JOHN P COFFIN, 110 NORTH WACKER DRIVE, CHICAGO, IL 60606

10924    MORTON, 5724 ELDER FERRY ROAD, MOSS POINT, MS 39563

10925    MORTON, ALICE, 1213 CARY COURT, OWENSBORO, KY 42301-2875

10925    MORTON, BRIAN, 600 BESSIE RD, PIEDMONT, SC 29673

10925    MORTON, CATHERINE, 5121 N. CRITTENDEN, INDIANAPOLIS, IN 46205

10925    MORTON, CLIFFORD, PO BOX 645, EAGLE LAKE, FL 33839-0645

10925    MORTON, DAVID, 11164 MORTON RD., KEITHVILLE, LA 71047

10925    MORTON, DEBORAH, 114 WOODS AVE, OAKHILL, WV 25901

10925    MORTON, EDWARD, 401 ROBINSON ST, WILMINGTON, DE 19801

10925    MORTON, ELIZABETH, 4744 CRANBERRY CT, INDIANAPOLIS, IN 46221

10925    MORTON, GARRETT, 4853 STURBRIDGE PLACE, OWENSBORO, KY 42301

10925    MORTON, IRIS, RT 1, BOX 46, CHARLOTTE CT HSE, VA 23923

10925    MORTON, JANE, 7808 N VAN NESS, FRESNO, CA 93711

10925    MORTON, JOYCE, 10001 MARIE, LIVONIA MI, MI 48150

10925    MORTON, KATRINKA, 1806 OAKWOOD DR., SHELBYVILLE, KY 40065

10925    MORTON, KIRBY, 612 EAST 9TH ST, CHANDLER, OK 74834

10925    MORTON, MARJORIE, 34 SHEAFE ST, CHESTNUT HILL, MA 02167

10925    MORTON, MARVIN, PO BOX 7000-110, PALESTINE, TX 75801

10925    MORTON, MIKELL, 331 S WRIGHT ST, NAPERVILLE, IL 60540

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MORTON, PAULA, 1665 BRENTWOOD CROSSING S.E., CONYERS, GA 30013

10925   MORTON, PAULA, 6606 MARSHALL BLVD, LITHONIA, GA 30058

10925   MORTON, RICHARD, 8151 E ROSEMARY RD, EIGHTMILE, AL 36613

10925   MORTON, SANDRA, 19 RIVERBEND, CASPER, WY 82604

10925   MORTON, STEPHEN, 861 RINEHART RD, BELLVILLE, OH 44813

10925   MORTON, STEVEN, 273 FINCH ROAD, WELLFORD, SC 29385

10924   MORTON`S BUILDING MATLS, 900 EAST 15TH ST, LAWRENCE, KS 66044

10924   MORTONS BUILDING MTLS, 900 E 15TH ST, LAWRENCE, KS 66044

10924   MORTONS BUILDING MTLS, PO BOX1816, LAWRENCE, KS 66044

10925   MORTONS OF CHICAGO, 350 W HUBBARD, CHICAGO, IL 60610

10925   MORVANT, CLINCE, 100 POCAHONTAS ST, NEW IBERIA, LA 70560

10925   MORVILLO, ABRAMOWITZ, GRAND, IASON, 565 FIFTH AVE, NEW YORK, NY 10017

10925   MORY SR, DAVID, 2100 BRINKMAN ROAD, QUAKERTOWN, PA 18951

10925   MORYDZ, ANDRZEJ, 5907 W CORNELIA AVE, CHICAGO, IL 60634

10925   MOS MAGNETICS CORPORATION, 1075-A BAY BLVD, CHULA VISTA, CA 91911

10925   MOSBROKER, JR, DALY, PO BOX 952, EUNICE, LA 70535

10925   MOSCATELLO, CAROL, 4701 DOUBLE EAGLE, FLAGSTAFF, AZ 86004

10925   MOSCATO, MARY, 106 WHISTLE STOR ROAD, BALTIMORE, MD 21220

10925   MOSCHAK, MARGARET, 924 SOMERVILLE AVE, MANVILLE, NJ 08835

10925   MOSCHEL, LARRY, 1 NORMANDY DRIVE, GLEN BURNIE, MD 21061

10925   MOSCHELLA, MARK, 169 ROOSEVELT ST., OCEANSIDE, NY 11572

10925   MOSCHGAT, PATRICIA, 32501 HOOPES RD, SALEM, OH 44460

10925   MOSCHIN, SHARON, 21024 BRYANT, 7, CANOGA PARK, CA 91304

10925   MOSELEY JT TEN, JOHN H & MELBA M, 25 NORTHWOOD DRIVE, MCKENZIE, TN 38201

10925   MOSELEY, CHARLES, 10580 HWY 54, WHITESVILLE, KY 42378

10925   MOSELEY, JOHN, ROUTE 3 BOX 22, MCKENZIE, TN 38201-9204

10925   MOSELEY, LEROY, PO BOX 361, BARTOW, FL 33830

10925   MOSELEY, LUANNE, STAR RT BOX 5, GASTON, NC 27832

10925   MOSELEY, ROBERT, 1010 BRUCE SHAW RD, ADGER, AL 35006

10925   MOSELY, TAMMY, 104 WOOD DRIVE, SIMPSONVILLE, SC 29681

10925   MOSER, ANN, 1520 LAWSON, HOUSTON, TX 77023

10925   MOSER, ARLEEN, 597 GRAND CANYON BLVD, RENO, NV 89502

10925   MOSER, FREDERICK, 417 OAKWOOD ROAD, BALTIMORE, MD 21222

10925   MOSER, GLENN, 6408 ALPINE DRIVE, WEST BEND, WI 53095

10925   MOSER, JOAN, 202 RICHARDSON ROAD, LANSDALE, PA 19446

10925   MOSER, PERRY, 5143 VALLEY STREAM RD, CHARLOTTE, NC 28209-5510

10925   MOSER, REGINA, 212 DECATUR PIKE APT, ATHENS, TN 37303

10925   MOSER, STEVEN, 18 JOHNS CIRCLE, HUNTINGTON, WV 25705

10924   MOSES FILMS, 236 11TH ST. S.E., WASHINGTON, DC 20003

10925   MOSES FINDLEY JR &, CONSTANCE M WILLIAMS-FINDLEY, JT TEN, 23422 RIVERSIDE CT, SOUTHFIELD, MI 48034-3369

10925   MOSES, CARLA, 4236 E 60TH TERR, KANSAS CITY, MO 64130

10925   MOSES, DANIEL, 5300 AUGUSTA RD., GREENVILLE, SC 29605

10925   MOSES, ERIC, 153 ROSEVILLE AVE, 2B, NEWARK, NJ 07107

10925   MOSES, JUDY, 5456 JACKSON AVE, BATON ROUGE, LA 70806

10925   MOSES, MARLENE K, 2301 ZABEL DR, CHARLESTON WV, WV 25312

10925   MOSES, MELVIN, 834 WHITE RD, LAKE CHARLES, LA 70611

10925   MOSES, REGINA, 1512 WILLETT ST., ANNISTON, AL 36201

10925   MOSES, RICKY, 19710 E DARTMOUTH AV, AURORA CO, CO 80013

10925   MOSES, YVETTE, 5300 FELDWOOD DR, COLLEGE PARK, GA 30349

10925   MOSHE HELLER &, NAOMI HELLER JT TEN, 1668 47TH ST, BROOKLYN, NY 11204-1141

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MOSHE J LEVISON, 11 BON AIR AVE, NEW ROCHELLE, NY 10804-3204

10925   MOSHE R PERESS, 18723 LONG LAKE DR, BOCA RATON, FL 33496-1908

10925   MOSHER, KAREN, 170 WASHINGTON ST, HAVERHILL, MA 01830

10925   MOSHER, MARLIN, 3075 BROOKFIELD LANE, CLEARWATER, FL 34621

10925   MOSHER, RICHARD, 9 CURRENT ST, METHUEN, MA 01844

10925   MOSHER, THOMAS F, 3427 BANNERWOOD DR, ANNANDALE, VA 22003-1222

10925   MOSHER, WILLIAM, 7101 GOLF CT, 206, LAKE WORTH, FL 33467

10925   MOSHI, JAMES, 532 COVENTRY ROAD APT 5, BALTIMORE, MD 21229

10925   MOSHIRI, MARJAN, 95 AUDOBON RD APT 904, WAKEFIELD, MA 01880-1235

10925   MOSHKOVITZ, FAITH, 11226 JASMINE HILL CIRCLE, BOCA RATON, FL 33498

10925   MOSIER, EMILY, 808 N GRANT, CROWN POINT, IN 46307

10925   MOSIER, GARY, 2507 WINTER LEAF CRT, BALLWIN, MO 63011

10925   MOSKAL, COLLEEN, 9 GRAMERCY GARDENS, MIDDLESEX, NJ 08846

10925   MOSKAL, FRANCIS, 465 SOMERVILLE RD, BRIDGEWATER, NJ 08807

10925   MOSKALIK, JOHN, 5330 N 77TH ST, SCOTTSDALE, AZ 85250-6542

10925   MOSKOVIT, ALAN, 4 BAYBERRY DR, SHARON, MA 02067

10925   MOSKOWITZ, ALAN, 3 TERRACE LA, AMHERST, NH 03031

10925   MOSLEY CLARE TOWNES, 730 WEST MAIN ST, SUITE 500, LOUISVILLE, KY 40202

10925   MOSLEY, ANGELA, 11942 FRAZHO RD, WARREN, MI 48089

10925   MOSLEY, ARTHUR, 2225 COCQUINA DR., RESTON, VA 22091

10925   MOSLEY, DOUGLAS, 208 OAK HILL ROAD, BELTON, SC 29627-9243

10925   MOSLEY, HAL, 3329 SPENCER ROAD, ARCHDALE, NC 27263

10925   MOSLEY, J, 6402 WEBER #F-9, CORPUS CHRISTI, TX 78415

10925   MOSLEY, JAMES, RT 1, BOX 61, NOEL, MO 64854

10925   MOSLEY, KERMIT, 402 MERRYMAN ROAD, ANNAPOLIS, MD 21401

10925   MOSLEY, LILLIAN, 1181 MAIN ST 2ND FL, RHAWAY, NJ 07065

10925   MOSLEY, LONDELL, 4838 N 45TH ST, MILWAUKEE, WI 53218

10925   MOSLEY, LOUISE, 711 LORRI AVE, LAKELAND, FL 33801-1271

10925   MOSLEY, ROBERT, 8111 VICTORY, AMARILLO, TX 79119

10925   MOSLEY, ROBIN, 1822 BRAZOS, HOBBS, NM 88240

10925   MOSLEY, RUDOLPH, PO BOX 1226, LAKELAND, FL 33802-1226

10925   MOSLEY, WANDA, 1100 W 7TH ST, H3, PLAINFIELD, NJ 07060

10925   MOSLEY-CLARK, KATHERINE, HCR2 BOX 6RC, MEDINA, TX 78055

10925   MOSS & ASSOCIATES ARCHITECTS, 1608 13TH AVE S, #311, BIRMINGHAM, AL 35205

10924   MOSS BROTHERS CO., 3250 WOODSTOCK RD. S.E., ATLANTA, GA 30316

10925   MOSS, ADAM, PO BOX 154, MINDEN, LA 71058

10925   MOSS, BETTY LOU, 2985 ROBIN RD, RIVERSIDE, CA 92506-1437

10925   MOSS, BRUCE, 85 N. EVERGREEN, MEMPHIS, TN 38104

10925   MOSS, CAROLYN, 127 ANGUS LN, ATHENS, GA 30607

10925   MOSS, CONNIE M, PO BOX 144, HEPHZIBAH, GA 30815

10925   MOSS, EDWARD, RT. 4, BOX 572, ODESSA, TX 79764

10925   MOSS, GRETTA, 3996 LAKE FOREST DRIVE S % RICHARD BUSBY, MEMPHIS, TN 38128-2406

10925   MOSS, JAMES, 4212 FEAGEAN #1, HOUSTON, TX 77007

10925   MOSS, JAMES, PO BOX 1564, LAUREL, MS 39440

10925   MOSS, JOEL, 2985 ROBIN ROAD, RIVERSIDE, CA 92506

10925   MOSS, LAURA, 1721 S SEMINOLE DR, CHATTANOOGA, TN 37412

10925   MOSS, LAURENCE, 9713 FRANKLIN HILL BLVD., KNOXVILLE, TN 37922-3332

10925   MOSS, MICHAEL, 24502 COTTONWOOD COVE, SPRING, TX 77380-2505

10925   MOSS, MICHELLE, 1721 HAMPTON DRIVE, HARVEY, LA 70058

10925   MOSS, OLIVER, 1325 S JEFFERSON, WEBB CITY, MO 64870-2827

10925   MOSS, PATRICK, 1310 BERWICK CIRCLE, BIRMINGHAM, AL 35242

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOSS, PEGGY, CUST FOR SKIP MOSS, UNIF GIFT MIN ACT ILL, 100 E HURON APT 2301, CHICAGO, IL 60611-2935 | |
| 10925 | MOSS, PORTER, 1315 E 52ND ST, ODESSA, TX 79762-4355 | |
| 10925 | MOSS, REUBEN, 3710 OLD STERLINGTON RD, MONROE, LA 71203-2601 | |
| 10925 | MOSS, RHONDA, 273 HARVARD AVE, BOURBONNAIS, IL 60914 | |
| 10925 | MOSS, ROBERT, 1533 CORAL RIDGE DR, CORAL SPRINGS, FL 33071 | |
| 10925 | MOSS, SONJA, 234 DUNBAR DRIVE, TROY, AL 36081 | |
| 10925 | MOSS, T, 5010 SEQUOIA, MEMPHIS, TN 38117 | |
| 10925 | MOSS, THOMAS, 4316 CUNNINGHAM, WICHITA FALLS, TX 76308 | |
| 10925 | MOSS, TONY, RT. 1, BOX 57, STRINGER, MS 39481 | |
| 10925 | MOSS, VERNON, 12500 COBURN ROAD, EADS, TN 38028-9503 | |
| 10925 | MOSS, VICKIE, 5 E. WAY OAKS DR., THE WOODLANDS, TX 77380 | |
| 10925 | MOSS, VYRA, 407 W MASTER ST, PHILADELPHIA, PA 19122 | |
| 10925 | MOSS, W, C/O 3996 LAKE FOREST DR.S, MEMPHIS, TN 38128 | |
| 10925 | MOSS, WILLIAM, 115 STUDLEY ST, BRENTWOOD, NY 11717 | |
| 10925 | MOSSBROOK, MENDY, 128 CROSSHILL DRIVE, MOORE, SC 29369 | |
| 10925 | MOSSBURG, GARY, 902 LAWNDALE AVE, MCKEESPORT, PA 15132 | |
| 10924 | MOSSER CONSTRUCTION, OBERLIN COLLEGE, 122 ELM ST, OBERLIN, OH 44074 | |
| 10925 | MOSSER VALVE DIV., 160 WALNUT ST., ALLENTOWN, PA 18102 | |
| 10925 | MOSSER VALVE DIVISIONNC., PO BOX 641480, PITTSBURGH, PA 15264-1480 | |
| 10925 | MOSSETT JR., CLIFFORD, PO BOX 214, HALLIDAY, ND 58636 | |
| 10925 | MOSSETT, JONATHAN, BOX 423, HALLIDAY, ND 58636 | |
| 10925 | MOSSHOLDER, SUSAN, 642 MILLGATE PLACE, BATON ROUGE, LA 70808 | |
| 10924 | MOSTARDI-PLATT ASSOC., 945 OAKLAWN AVENUE, ELMHURST, IL 60126 | |
| 10925 | MOSTEK, JOAN, 3026 WEDGE CT, GREEN BAY, WI 54301 | |
| 10925 | MOSTELLA, DELLA, 114 AQUARIUS DR, GRAY COURT, SC 29645 | |
| 10925 | MOSTELLA, JAMES, 110 CHAPMAN DRIVE, FOUNTAIN INN, SC 29644 | |
| 10925 | MOSTELLO, LAURA, 165 REHILL AVE, SOMERVILLE, NJ 08876 | |
| 10924 | MOSTLY MEMORIES, 1420 WEST SKYLINE, OZARK, MO 65721 | |
| 10925 | MOSTOVOY, MARAT, 3 SAFFRON CT, REISTERSTOWN, MD 21136 | |
| 10925 | MOSTOVY, MARIAN, 59 NORTH AVE, MENDON, MA 01756 | |
| 10925 | MOTACKI, ROBERT, 255 NEWARK AVE, UNION, NJ 07083 | |
| 10925 | MOTALA, VERN, 584 LONGPOINT DR, LAKE ORION, MI 48362 | |
| 10925 | MOTAMEDI, MOHAMMAD, 5525 HWY 60 EAST, OWENSBORO, KY 42303 | |
| 10925 | MOTATEY, CONSUELO, 260 ENGLE ST APT 5C, ENGLEWOOD, NJ 07631 | |
| 10925 | MOTE, NELLA, 615 HUGHES LAKE ROAD SE, CLEVELAND, TN 37323 | |
| 10924 | MOTHER HOUSE, FIREPROOF COATINGS, SANTA ANA, CA 92707 | |
| 10924 | MOTHER MURPHY'S LABORATORIES, INC., 2826 SOUTH ELM STREET, GREENSBORO, NC 27416-0846 | |
| 10925 | MOTHERS AGAINST DRUNK DRIVING, PO BOX 131327, HOUSTON, TX 77219-1327 | |
| 10925 | MOTHERS FINEST CATERING, 1065 BANKHEAD HIGHTWAY S.W., MABLETON, GA 30059 | |
| 10925 | MOTHERSILL, MAX, 2050 N. CALVERT COURT, 406, ARLINGTON, VA 22201 | |
| 10924 | MOTION CONTROL CORP, GILLIS AVE., RIDGWAY, PA 15853 | |
| 10924 | MOTION CONTROL CORP., GILLIS AVE., RIDGWAY, PA 15853 | |
| 10924 | MOTION CONTROL INDUSTRIES, 1 SHANNON DRIVE, FREDERICKSBURG, VA 22401 | |
| 10924 | MOTION CONTROL INDUSTRIES, INC., 1440 HOLLAND ST., LOGANSPORT, IN 46947 | |
| 10925 | MOTION INDUSTRIES INC, PO BOX 11282, PHOENIX, AZ 85061 | |
| 10925 | MOTION INDUSTRIES INC, PO BOX 13426, BIRMINGHAM, AL 35202 | |
| 10925 | MOTION INDUSTRIES INC, PO BOX 911133, LOS ANGELES, CA 90091 | |
| 10925 | MOTION INDUSTRIES INC, PO BOX 98412, CHICAGO, IL 60693-8412 | |
| 10925 | MOTION INDUSTRIES INC, POBOX 129, SOMERVILLE, MA 02143 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOTION INDUSTRIES INC, POBOX 43965, ATLANTA, GA 30336 | |
| 10925 | MOTION INDUSTRIES INC., 2377 S 1900 W, OGDEN, UT 84401-3286 | |
| 10925 | MOTION INDUSTRIES INC., PO BOX 1511, AUGUSTA, GA 30903 | |
| 10925 | MOTION INDUSTRIES, 1234 E. 2ND ST, OWENSBORO, KY 42303 | |
| 10925 | MOTION INDUSTRIES, 1400 WALL AVE, OGDEN, UT 84404 | |
| 10925 | MOTION INDUSTRIES, 3620 CALUMET AVE., HAMMOND, IN 46325 | |
| 10925 | MOTION INDUSTRIES, 44 3RD AVE, SOMERVILLE, MA 02143 | |
| 10925 | MOTION INDUSTRIES, 5444 EAST AVE, COUNTRYSIDE, IL 60525 | |
| 10925 | MOTION INDUSTRIES, INC, 8415-250 KELSO DR., BALTIMORE, MD 21221 | |
| 10925 | MOTION INDUSTRIES, INC, PO BOX 11504, CHATTANOOGA, TN 37401 | |
| 10925 | MOTION INDUSTRIES, INC, PO BOX 129, SOMERVILLE, MA 02143 | |
| 10925 | MOTION INDUSTRIES, INC, PO BOX 1477, BIRMINGHAM, AL 35201-1477 | |
| 10925 | MOTION INDUSTRIES, INC, PO BOX 1649, WILMINGTON, NC 28402 | |
| 10925 | MOTION INDUSTRIES, INC, PO BOX 489, WESTLAKE, LA 70669 | |
| 10925 | MOTION INDUSTRIES, INC, PO BOX 98412, CHICAGO, IL 60693-8412 | |
| 10925 | MOTION INDUSTRIES, PO BOX 98412, CHICAGO, IL 60693 | |
| 10925 | MOTION SENSORS, 786 PITTS CHAPEL ROAD, ELIZABETH CITY, NC 27909 | |
| 10924 | MOTIVA ENTERPRISES LLC, (PHONE 225-562-7681), PO BOX 37, CONVENT, LA 70723-0037 | |
| 10924 | MOTIVA ENTERPRISES LLC, HIGHWAY 44, CONVENT, LA 70723 | |
| 10924 | MOTIVA ENTERPRISES LLC, HIGHWAY 44, CONVENT, LA 70723-0037 | |
| 10924 | MOTIVA ENTERPRISES LLC, PO BOX 4913, HOUSTON, TX 77210 | |
| 10924 | MOTIVA ENTERPRISES LLC, PO BOX 712, PORT ARTHUR, TX 77641-0712 | |
| 10924 | MOTIVA ENTERPRISES LLC, REYBOLD, NEAR, DELAWARE CITY, DE 19706 | |
| 10924 | MOTIVA ENTERPRISES LLC.        TRK, 2000 WRANGLE HILL ROAD, DELAWARE CITY, DE 19706 | |
| 10924 | MOTIVA ENTERPRISES LLC. -A, ST. JAMES PARISH, HIGHWAY 44(RIVER ROAD), CONVENT, LA 70723 | |
| 10924 | MOTIVA ENTERPRISES LLC., 2000 WRANGLE HILL ROAD, DELAWARE CITY, DE 19706 | |
| 10924 | MOTIVA ENTERPRISES LLC., CONVENT REFINERY, PO BOX 37, CONVENT, LA 70723 | |
| 10924 | MOTIVA ENTERPRISES LLC., HIGHWAY 44 (RIVER ROAD), CONVENT, LA 70723 | |
| 10924 | MOTIVA ENTERPRISES LLC., HIGHWAY 44(RIVER ROAD), CONVENT, LA 70723 | |
| 10924 | MOTIVA ENTERPRISES LLC-DO NOT USE, PO BOX 712, PORT ARTHUR, TX 44641-0712 | |
| 10924 | MOTIVA ENTERPRISES, #7 FRESH CAT HOPPER, 2100 HOUSTON AVENUE NORTH, PORT ARTHUR, TX 77640-0712 | |
| 10924 | MOTIVA ENTERPRISES, 2000 WRANGLE HILL ROAD, DELAWARE CITY, DE 19706 | |
| 10924 | MOTIVA ENTERPRISES, 2100 HOUSTON AVENUE, PORT ARTHUR, TX 77641-0712 | |
| 10924 | MOTIVA ENTERPRISES, DESOX ADDITIVE HOPPER, 2100 HOUSTON AVENUE NORTH, PORT ARTHUR, TX 77640-0712 | |
| 10924 | MOTIVA ENTERPRISES, LLC, ATTN: ACCOUNTS PAYABLE, PO BOX 712, PORT ARTHUR, TX 77641-0712 | |
| 10924 | MOTIVA ENTERPRISES, P.A. PLANT UNIT #3, 2100 HOUSTON AVENUE NORTH, PORT ARTHUR, TX 77640-0712 | |
| 10925 | MOTIVA ENTERPRISES, PO BOX 37, CONVENT, LA 70723 | |
| 10925 | MOTIVA ENTERPRISES, PO BOX 37, CONVENT, LA 70723-0037 | |
| 10925 | MOTIVATION MEDIA INC., PO BOX 94020, PALATINE, IL 60094-4020 | |
| 10925 | MOTIVATIONAL & PRO CO PROMOTIONS IN, PO BOX 34216, LOUISVILLE, KY 40232-4218 | |
| 10925 | MOTIVATIONAL DISPLAY PRODUCTS, 1700 GRAND AVE #187, SANTA ANA, CA 92705-4804 | |
| 10925 | MOTKOWSKI, HENRY, 131 MAPLE SHADE AVE, HAMILTON SQUARE, NJ 08690 | |
| 10925 | MOTLEY, EDWARD, 270 HENDERSON ST, JERSEY CITY, NJ 07302 | |
| 10925 | MOTOA, DIOFIR, 16 MORTON ST, MORRISTOWN, NJ 07960 | |
| 10924 | MOTON THIOKOL, HUNTSVILLE DIV., BLDG #7405, HUNTSVILLE, AL 35807 | |
| 10925 | MOTON, NETHEL, 61 BAILEY AVE, HILLSIDE, NJ 07205 | |
| 10925 | MOTON, RONDA, 704 N ROBINSON DR, WACO, TX 76706 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOTOR CARGO, 185 S REDWOOD RD, NORTH SALT LAKE, UT 84054 | |
| 10925 | MOTOR CARGO, 4500 E SPEEDWAY STE. 12, TUCSON, AZ 85712 | |
| 10925 | MOTOR CARGO, PO BOX 2351, SALT LAKE CITY, UT 84110 | |
| 10925 | MOTOR ENGINEERING & SERVICE, 6453 WARREN DR, NORCROSS, GA 30093 | |
| 10925 | MOTOR EXPRESS INC - NASH, 270 AMHERST ST, NASHUA, NH 03063-1785 | |
| 10925 | MOTOR VEHICLE ADMIN, 6601 RITCHIE HWY NE, GLEN BURNIE, MD 21062 | |
| 10925 | MOTOR VEHICLE DIVISION -, 1200 TRADEPORT BLVD WIN A, ATLANTA, GA 30354 | |
| 10925 | MOTOR VEHICLE DIVISION, 4005 N 51ST AVE, PHOENIX, AZ 85008 | |
| 10925 | MOTOR VEHICLE DIVISION, 4005 N.51ST AVE., PHOENIX, AZ 85031-2688 | |
| 10925 | MOTOR WHEEL CORP, DALE MARTIN VP, 4000 COLLINS ROAD, LANSING, MI 48910 | |
| 10925 | MOTOR WHEEL DISPOSAL SITE PRPS, 1144 E MARKET ST., AKRON, OH 44316 | |
| 10925 | MOTOR WHEEL DISPOSAL SITE, 1401 LAKE LANSING ROAD, LANSING, MI 48906 | |
| 10924 | MOTORALA BUILDING, 8000 WEST SUNRISE BLVD, FORT LAUDERDALE, FL 33322 | |
| 10925 | MOTORES REYNOSA SA DE CV, DEL NORTE PARQUE IND DEL NTE, REYNOSA TAM, 88500MEXICO | *VIA Deutsche Post* |
| 10924 | MOTOROLA - ASC INSULATION, 1441 W. SCHUR DRIVE, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | MOTOROLA AT AMDAL, BALHEARY ROAD, SWORDS COUNTY, DUBLIN, IRELAND | *VIA Deutsche Post* |
| 10924 | MOTOROLA BUILDING D, 3501 ED BLUESTEIN BLVD., AUSTIN, TX 78721 | |
| 10925 | MOTOROLA CELLULAR SERVICE, PO BOX 95774, CHICAGO, IL 60694-5774 | |
| 10925 | MOTOROLA COM & ELEC, INC, 1313 E. ALCONQUIN RD., SCHAUMBURG, IL 60196 | |
| 10924 | MOTOROLA CSG, SPRAY INSULATION JOB, HARVARD, IL 60033 | |
| 10924 | MOTOROLA DE CENTROAMERICA,S.A., 1 KM AL ESTE DE CINCO ESQUINAS DE T, GUADALUPE, 09999CRI | *VIA Deutsche Post* |
| 10924 | MOTOROLA DEER PARK, 21250 WEST LAKE COOK ROAD, DEER PARK, IL 60010 | |
| 10925 | MOTOROLA ELEC TAIWAN, NO 550 CHUNG-HWA RD, SECTION 1, CHUNG-LI, 0TAIWAN | *VIA Deutsche Post* |
| 10925 | MOTOROLA ELECTRONICS PTE LTD, 151 LORONG CHUAN, SINGAPORE, 01955SINGAPORE | *VIA Deutsche Post* |
| 10925 | MOTOROLA ELECTRONICS PTE LTD, YIO CHU KANG ROAD, ANG MO KIO INDUSTRIAL PARK 3, SINGAPORE, 02056SINGAPORE | *VIA Deutsche Post* |
| 10925 | MOTOROLA ELECTRONICS SDN BHD, BAYAN LEPAS FREE TRADE ZONE, PENANG, 11900MALAYSIA | *VIA Deutsche Post* |
| 10924 | MOTOROLA ELECTRONICS, CHINA LTD, #10 4TH AVENUE., TEDA, INDIANAPOLIS, IN 46220 | |
| 10925 | MOTOROLA INC, 1305 E ALGONQUIN RD, SCHAUMBURG, IL 60196 | |
| 10925 | MOTOROLA INC, 3740 N AUSTIN ST, SEGUIN, TX 78155 | |
| 10925 | MOTOROLA INC, 4000 COMMERCIAL AVE, NORTHBROOK, IL 60062 | |
| 10925 | MOTOROLA INC, 8000 W SUNRISE BLVD, PLANTATION, FL 33322 | |
| 10925 | MOTOROLA INC, ACCOUNTS PAYABLE, SCHAUMBURG, IL 60168 | |
| 10925 | MOTOROLA INC, ACCTS PAYABLE, SCHAUMBURG, IL 60168 | |
| 10925 | MOTOROLA INC, CHEMICAL DOCK, 5005 EAST MCDOWELL, PHOENIX, AZ 85008 | |
| 10924 | MOTOROLA INC, PO BOX 20922, PHOENIX, AZ 80536 | |
| 10925 | MOTOROLA INC, PO BOX 20922, PHOENIX, AZ 85036 | |
| 10924 | MOTOROLA INC., 555 N BEACH STREET, FORT WORTH, TX 76111-5909 | |
| 10925 | MOTOROLA PAGING PRODUCT GROUP, ACCTS PAYABLE, MAILSTOP E122-A, FORT WORTH, TX 76161-0000 | |
| 10925 | MOTOROLA PORTATILES, OF PUERTO RICO, VEGA BAJA, PR 00764PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MOTOROLA PORTATILES, RD 686 KM 170, CABO CARIBE IND PK, VEGA BAJA, PR 00763PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MOTOROLA, 1130 N. GRANITE REEF RD., SCOTTSDALE, AZ 85257 | |
| 10924 | MOTOROLA, 1313 E ALGONQUIN ROAD, SCHAUMBURG, IL 60196-1111 | |
| 10925 | MOTOROLA, 1475 W SHURE DR, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | MOTOROLA, 2100 E ELLIOT ROAD, TEMPE, AZ 85284 | |
| 10925 | MOTOROLA, 2265 E EL SEGUNDO BLVD, EL SEGUNDO, CA 90245 | |
| 10925 | MOTOROLA, 5555 N BEACH ST, FORT WORTH, TX 76137-2222 | |
| 10925 | MOTOROLA, 8000 W. SUNRISE BLVD, PLANTATION, FL 33322 | |
| 10924 | MOTOROLA, 8100 NW 68TH STREET, MIAMI, FL 33166 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MOTOROLA, C/O TOM MILLER, FORT LAUDERDALE, FL 33322 | |
| 10924 | MOTOROLA, INC., PO BOX9B, SCOTTSDALE, AZ 85252 | |
| 10925 | MOTOROLA, PO BOX 4467, ARLINGTON HEIGHTS, IL 60006 | |
| 10925 | MOTOROLA, PO BOX 730234, DALLAS, TX 75373-0234 | |
| 10925 | MOTOROLA, PO BOX 905311, CHARLOTTE, NC 28290-5311 | |
| 10924 | MOTOROLLA UNIVERSITY, TEMPE, AZ 85280 | |
| 10924 | MOTOROLLA, HENDERSON, CO 80640 | |
| 10924 | MOTOROLLA, SMITH & GREEN, PHOENIX, AZ 85001 | |
| 10924 | MOTOWN CAFE, LAS VEGAS, NV 89101 | |
| 10924 | MOTRUK, JENNIFER, 642 CHAELGATE DR, ODENTON, MD 21113 | |
| 10924 | MOTSINGER PRECAST CO., 199 DISHER ROAD, WINSTON-SALEM, NC 27107 | |
| 10924 | MOTSINGER PRECAST PRODUCTS, 199 DISHER RD, WINSTON-SALEM, NC 27107 | |
| 10924 | MOTSINGER PRECAST PRODUCTS, 199 DISHER RD., WINSTON-SALEM, NC 27107 | |
| 10924 | MOTT CHILDRENS CENTER, 806 TUURI PLACE, FLINT, MI 48503 | |
| 10925 | MOTT CORPORATION, 84 SPRING LANE, FARMINGTON, CT 06032 | |
| 10924 | MOTT CORPORATION, 84 SPRING LANE, FARMINGTON, CT 06032-3159 | |
| 10925 | MOTT CORPORATION, PO BOX 30600, HARTFORD, CT 06150 | |
| 10925 | MOTT MACDONALD LTD, WELLESLEY ROAD, CROYDON, CR9 2ULUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | MOTT METALLURGICAL, FARMINGTON INDUSTRIAL PARK, FARMINGTON, CT 06032 | |
| 10924 | MOTT METALLURIGICAL CORP., SPRING LANE, FARMINGTON, CT 06032 | |
| 10925 | MOTT METALURGICAL CORP., BIRMINGHAM INDUSTRIAL PK., 84 SPRING LANE, FARMINGTON, CT 06032-3159 | |
| 10925 | MOTT, DONALD, 106 MANN ALLEY, PERRYSVILLE, OH 44864 | |
| 10925 | MOTT, ISIAH, 6323 TAUTENHAHN, HOUSTON, TX 77016 | |
| 10925 | MOTT, J, 346 GREEN MEADOWS DRIVE, WILMINGTON, NC 28405 | |
| 10925 | MOTT, PATRICIA, 5879 BELCREST, HOUSTON, TX 77033 | |
| 10925 | MOTT, RAYMOND W, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | MOTT, RAYMOND, 470 LEAF COURT, SEVERNA PARK, MD 21146 | |
| 10925 | MOTT, TERESA, 2334 S. 131ST E. AVE., TULSA, OK 73137-2006 | |
| 10925 | MOTTA, ANTOINETTE, 82 LOCUSTWOOD BLVD, ELMONT, NY 11003 | |
| 10925 | MOTTA, MYRNA, 182 LOCUSTWOOD BLVD, ELMONT, NY 11003 | |
| 10925 | MOTTE, LUCAS, ROUTE 1, BOX 1555 312 MILAN ROAD, CLINTON, SC 29325 | |
| 10925 | MOTTET, GEORGE, 1300 8TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | MOTTET, GERALD, 407 B AVE., ATKINS, IA 52206 | |
| 10925 | MOTTET, GOERGE, 1300 8TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | MOTTINGER, LEWIS, PO BOX 43, LINDSAY, OK 73052 | |
| 10925 | MOTTLEY AIR POWER, PO BOX 17154, BALTIMORE, MD 21203 | |
| 10925 | MOTTLEY AIR POWER, PO BOX 64774, BALTIMORE, MD 21264-4774 | |
| 10925 | MOTTLEY ENTERPRISES, LLC, PO BOX 64774, BALTIMORE, MD 21264-4774 | |
| 10925 | MOTZER, ELIZABETH, 215 VALLEY GREEN, MAULDIN, SC 29662 | |
| 10925 | MOUAT CO INC, THE, POST OFFICE BOX 100759, BIRMINGHAM, AL 35210 | |
| 10925 | MOUER, PAUL, 1403 21 ST NW UNIT 1, WASH, DC 20036 | |
| 10925 | MOUGHAN, JAN, 211 15TH ST SW, ALBUQUERQUE, NM 87104 | |
| 10925 | MOUL JR, GEORGE E, 209 NORTH 8TH ST, ALLENTOWN, PA 18102-4012 | |
| 10925 | MOULDEN, MARIE, 1007 BIG BEAR DRIVE, GLEN BURNIE, MD 21061 | |
| 10925 | MOULDER, DIANNE, 524 W FAIRWAY DR, MESA, AZ 85201 | |
| 10925 | MOULDER, JERRY, 944 PENNINGTON RD, FOUNTAIN INN, SC 29644 | |
| 10925 | MOULDER, LUCAS, PO BOX 453, PELZER, SC 29669 | |
| 10925 | MOULDER, ROBIN, 1499 BRIARD ST, WANTAGH, NY 11793 | |
| 10925 | MOULTON, DIRK, 330 W. EXETER, GLADSTONE, OR 97027 | |
| 10925 | MOULTON, JAMES, 1561 EDGEHILL RD 1A, ABINGTON, PA 19001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MOULTON, MORRIS, 15233 S. 20TH PLACE, PHOENIX, AZ 85048

10925    MOULTON, PAMELA, ROUTE 1 BOX 18A, COMMERCE, GA 30529

10925    MOULTON, ROY, 47 E CEDAR ST, METUCHER, NJ 08840

10924    MOULTRIE COUNTY REDI MIX, 622 S WORTH, SULLIVAN, IL 61951

10924    MOULTRIE COUNTY REDI MIX, 622 SOUTH WORTH STREET, SULLIVAN, IL 61951

10925    MOULTRIE, JAMES, 7813 SO ADA, CHICAGO, IL 60620

10925    MOULTRIE, KATHRYN, 6 EMANUEL DRIVE, BRUNSWICK, ME 04011

10925    MOULTRIE, TIMOTHY, 1212 METZE RD APT 5E, COLUMBIA, SC 29210

10925    MOULTRIE, WANDA, 525 BRADBURY DR, COLUMBIA, SC 29203

10925    MOUNCE, COURTNEY, 4706 PRINCETON, AMARILLO, TX 79109

10924    MOUND CITY PRODUCTS, 1/2 MILE W.ON HWY 52, PLEASANTON, KS 66075

10924    MOUND FLEXIBLE CIRCUIT CORP, COS BUILDING 4241, 720 MOUND ROAD, MIAMISBURG, OH 45342-6666

10924    MOUNT ALOYISIOUS COLLEGE, NEW HEALTH AND SCIENCE BUILDING, EAU CLAIRE, PA 16030

10925    MOUNT AUBURN HOSPITAL OHS, 777 CONCORD AVE STE 301, CAMBRIDGE, MA 02138-1053

10925    MOUNT AUBURN HOSPITAL, EMPLOYEE ASSISTANCE SERVICES, LEXINGTON, MA 02173-4450

10924    MOUNT AUBURN HOSPITAL, MT. AUBURN ST., CAMBRIDGE, MA 02140

10925    MOUNT AUBURN HOSPITAL, POBOX 2388, CAMBRIDGE, MA 02238-2388

10924    MOUNT BETHEL CHURCH, CORNER OF JOHNSONS FERRY &, LOWER ROSWELL ROAD, MARIETTA, GA 30068

10924    MOUNT CARMEL S & G CO INC, P O BOX 458, MOUNT CARMEL, IL 62863

10924    MOUNT CARMEL SAND & GRAVEL COMPANY, SOUTH MULBERRY, MOUNT CARMEL, IL 62863

10925    MOUNT HOPE COMPANY, PO BOX 3004, BOSTON, MA 02241

10924    MOUNT MERCY COLLEGE, CEDAR RAPIDS, IA 52402

10924    MOUNT OLIVE SCHOOL, 160 WOLFE ROAD, MOUNT OLIVE, NJ 07828

10925    MOUNT OLYMPUS WATERS, POBOX 25426, SALT LAKE CITY, UT 84125

10924    MOUNT PLEASANT CMU, C/O REICHENBACH, 2338 EAST CAMPUS DRIVE, MOUNT PLEASANT, MI 48859

10924    MOUNT ROSE CEMETARY, 1502 MOUNT ROSE AVE., YORK, PA 17403

10924    MOUNT SAINT MARY'S HOSPITAL, 5300 MILITARY ROAD, LEWISTON, NY 14092

10924    MOUNT VERNON BAPTIST CHUCH, 3505 BAMBOO ROAD, BOONE, NC 28607

10924    MOUNT VERNON BAPTIST CHURCH @@, RICHMOND, VA 23219

10924    MOUNT VERNON CORP, 1210 SYCAMORE STREET, MOUNT VERNON, IN 47620

10924    MOUNT VERNON CORP., 1210 SYCAMORE, MOUNT VERNON, IN 47620

10924    MOUNT VERNON HOPSITAL, HOLLAND AVE, ALEXANDRIA, VA 22313

10925    MOUNT VERNON INN, GEORGE WASHINGTON PKWY, MOUNT VERNON, VA 22121

10925    MOUNT VERNON LADIES ASSOC, HOURS TOURS, MOUNT VERNON, VA 22121

10924    MOUNT ZYON BAPTIST CHURCH @@, 1301 ALAMACE CHURCH ROAD, GREENSBORO, NC 27401

10925    MOUNT, AUSTIN, 3611 NORMAN DRIVE, JOPLIN, MO 64801

10925    MOUNT, JR, WALTER E, 1424 GARDENIA DRIVE, METAIRIE, LA 70005

10925    MOUNT, JR, WALTER, 1424 GARDENIA DR., METAIRIE, LA 70005

10925    MOUNT, LARRY, 1285 VIRGINIA AVE., BARTOW, FL 33830

10924    MOUNTAIN AIR GAS, 3415 S. 700 WEST, SALT LAKE CITY, UT 84120

10924    MOUNTAIN AREA SYS./COLLEGE OF TECH., 3802 CENTRAL AVE., BILLINGS, MT 59102

10924    MOUNTAIN AREA SYS/MISSIONS RIDGE RD, 3940 RIMROCK RD., BILLINGS, MT 59103

10924    MOUNTAIN AREA SYSTEM, 2160 DALLAS DR., BILLINGS, MT 59102

10924    MOUNTAIN BUILDING SUP INC, MOUNTAIN VILLAGE SHOPPING, BLAIRSVILLE, GA 30512

10924    MOUNTAIN CASCADE INC., 555 EXCHANGE COURT, LIVERMORE, CA 94550

10924    MOUNTAIN CASCADE INC., 555 EXCHANGE CT, LIVERMORE, CA 94550

10924    MOUNTAIN CEMENT CO, P.O. BOX 339, LARAMIE, WY 82070

10924    MOUNTAIN CEMENT CO., 5 SAND CREEK ROAD, LARAMIE, WY 82070

10924    MOUNTAIN CEMENT CO., LARAMIE, WY 82070

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MOUNTAIN GAP ELEMENTARY SCHOOL, 821 MOUNTAIN GAP ROAD, HUNTSVILLE, AL 35803

10924   MOUNTAIN GRAVEL AND CONSTRUCTION, P. O. BOX 788, DOLORES, CO 81323

10924   MOUNTAIN GRAVEL, 6560 COUNTY ROAD 24B, CORTEZ, CO 81321

10924   MOUNTAIN GRAVEL, P. O. 788, DOLORES, CO 81323

10924   MOUNTAIN HERTAGE SYSTEMS, 430 PINOLA ST, NEWLAND, NC 28657

10925   MOUNTAIN JR, HARDING M, 65 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   MOUNTAIN READY MIX, 134606 HWY 550, DURANGO, CO 81302

10924   MOUNTAIN STATE WHOLESALE, INCORP, SUTTON, WV 26601

10925   MOUNTAIN STATES EMPLOYERS COUNCIL, 1799 PENNSYLVANIA ST, DENVER, CO 80203

10925   MOUNTAIN STATES EMPLOYERS COUNCIL, PO BOX 539, DENVER, CO 80201-0539

10925   MOUNTAIN STATES EMPLOYERS COUNCIL,I, PO BOX 539, DENVER, CO 80201

10925   MOUNTAIN STATES TRAILER & EQUIPMENT, 54 N. 700 W., NORTH SALT LAKE, UT 84054

10924   MOUNTAIN STONE INC, PO BOX938, DOLORES, CO 81323

10924   MOUNTAIN STONE, 6600 COUNTY ROAD 24.3, CORTEZ, CO 81321

10925   MOUNTAIN TEXTILES INC, PO BOX 334, STONE MOUNTAIN, GA 30086

10924   MOUNTAIN VIEW LIBRARY, MOUNTAIN VIEW, CA 93307

10924   MOUNTAIN VIEW READY MIX, HWY 5, 9 & 14, MOUNTAIN VIEW, AR 72560

10924   MOUNTAIN VIEW READY MIX, P O BOX 1378, MOUNTAIN VIEW, AR 72560

10924   MOUNTAIN VIEW, STRATIFORM, TUCSON, AZ 85701

10924   MOUNTAIN VILLAGE, 1 LONE MOUNTAIN, BIG SKY, MT 59716

10925   MOUNTAIN WATER ICE CO INC, STEVE CABRIEL, 17011 CENTRAL AVE, CARSON, CA 90746

10925   MOUNTAIN YOUTH BASEBALL, 107 ALPINE WAY, ASHEVILLE, NC 28805

10925   MOUNTAIN, FLORENCE, 19 NEWMAN ST, CAMBRIDGE, MA 02140

10925   MOUNTAIN, MELISSA, 19 NEWMAN ST, CAMBRIDGE, MA 02140

10925   MOUNTAIN, MICHAEL, 19 NEWMAN ST, CAMBRIDGE, MA 02140

10925   MOUNTAINAIRE VITAMIN, 200 EAST 4TH ST, NORTH LITTLE ROCK, AR 72119

10924   MOUNTAINBURG SCHOOL, C/O DALE CRAMPTON, MOUNTAINBURG, AR 72946

10924   MOUNTAINBURG SCHOOL, HWY 71 - 12 MILES NORTH OF INT. 40, MOUNTAINBURG, AR 72946

10924   MOUNTAINSIDE GENERAL HOSPITAL, 300 BAY AVE @ HIGHLAND AVENUE, MONTCLAIR, NJ 07042

10925   MOUNTAINVIEW INSURANCE COMPANY, 6021 SOUTH SYRACUSE WAY, SUITE 205, ENGLEWOOD, CO 80111

10924   MOUNTAINVIEW READY MIX, PO BOX1378, MOUNTAIN VIEW, AR 72560

10924   MOUNTAIRE FEEDS, 124 EAST 5TH ST., NORTH LITTLE ROCK, AR 72119

10925   MOUNTFORD, MICHAEL, RT 1 BOX 66, SEABOARD, NC 27876

10925   MOURA, FATIMA, 635 SOMERSET AVE, TAUNTON, MA 02780

10925   MOURA, GEORGINA, 20 HART ST, TAUNTON, MA 02780

10925   MOURAD, MICHAEL, 2966 CHATAUQUA, SILVER LAKE, OH 44224

10925   MOUSHREF, HAYSSAM, 3003 WINDOR ST, EASTON, PA 18042

10925   MOUSSLY MD PA, SOUHEIL, 3890 TURTLE CREEK DRIVE, PORT ORANGE, FL 32119

10925   MOUTON, BEVERLY, PO BOX 80031, BATON ROUGE, LA 70898

10925   MOUTON, CHARLES, 705 LANDRY ST, SULPHUR, LA 70663-6623

10925   MOUTON, JAMES, 306 ALLEN ST., NEW IBERIA, LA 70560

10925   MOUTON, MILLARD, PO BOX 461, VINTON, LA 70668

10925   MOUTON, PEGGY, 4319 HARSTVILLE, HOUSTON, TX 77047

10925   MOUW CELELLO, PO BOX 747, IRON MOUNTAIN, MI 49801

10925   MOUYAL, PIERRE, 9715 HUNTCLIFF TRACE, ATLANTA, GA 30350

10925   MOUZON, JEANETTE, 1512 W FIRTH ST, PHILA, PA 19132

10925   MOVABLE WOOD BUILDINGS CO, 11804 HEMPSTEAD RD, HOUSTON, TX 77092

10924   MOVIE 10 AUSTIN, C/O TOMAN & ASSOCIATES, AUSTIN, TX 78746

10924   MOVIES AT BIRKDALE, THE, SAM FURR ROAD, HUNTERSVILLE, NC 28078

10924   MOVING WALKWAY C/O DENN-CO, MERRIMAN & I-94, ROMULUS, MI 48174

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOVSOVITZ & SON OF FL INC, LARRY MAURER, 3100 HILTON ST, JACKSONVILLE, FL 32203 | |
| 10925 | MOWAT, NATHAN, 1401 RED FOX LN, BURKBURNETT, TX 76354 | |
| 10925 | MOWAT, STEVEN, 1401 RED FOX LN, BURKBURNETT, TX 76354 | |
| 10925 | MOWATT, CHRISTOPHER, 25 UNION AVE, BIDDEFORD, ME 04005 | |
| 10925 | MOWER, GAIL, 4353 GAIL LANE, CONCORD, NC 28027 | |
| 10925 | MOWERY JR, BRUCE A, R R 2, DANVILLE, PA 17821-9802 | |
| 10924 | MOWERY THOMASON YARD, LOS ANGELES, CA 90039 | |
| 10925 | MOWERY, ANTOINETTE, 6363 SHERMAN WAY, BUENA PARK, CA 90620 | |
| 10925 | MOWERY, CRYSTAL, PO BOX 643901, VERO BEACH, FL 32964 | |
| 10925 | MOWERY, LOIS, 68 MAPLEWOOD CIRCLE, BROCKTON, MA 02402 | |
| 10925 | MOWERY, PHILIP, 2221 SW 50TH, OKLAHOMA CITY, OK 73119 | |
| 10924 | MOWERY-THOMASON INC., 2910 ALLESSANDRO AVE, LOS ANGELES, CA 90039 | |
| 10924 | MOWERY-THOMASON/LAX - TERMINAL 8, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | MOWERY-THOMASON/UNITED AIRLINES, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90086 | |
| 10924 | MOWERY-THOMASON/WORLD FAITH CHURCH, WESTSIDE BUILDING MATERIALS, ANAHEIM, CA 92815 | |
| 10925 | MOWRY, CHARLES, 2325 THORNYBROOK DRIVE, COLUMBUS, IN 47203 | |
| 10925 | MOWRY, DEBORAH, 110 MAIN ST, RIVERSIDE, RI 02915 | |
| 10925 | MOXIES ON THE RIVER, 1835 ROSE ST, LA CROSSE, WI 54603 | |
| 10925 | MOY, THOMAS, 111 PACELLA PARK DRIVE, RANDOLPH, MA 02368-1765 | |
| 10925 | MOYA, NESTER, 23301 RIDGE ROUTE DR, LAGUNA HILLS, CA 92653 | |
| 10925 | MOYA, ROGELIO, PO BOX 62, EDINBURG,, TX 78540 | |
| 10925 | MOYE, KAREN, 960 WOODHAVEN DR, MOBILE, AL 36608 | |
| 10925 | MOYE, NEAL, 4502 20TH ST N, ST. PETERSBURG, FL 33714 | |
| 10925 | MOYE, STEPHEN, 12 DURBIN RIDGE RD, FOUNTAIN INN, SC 29644-8904 | |
| 10925 | MOYE, THURMAN, 3025 MOYE RD., BOWLING GREEN, FL 33834 | |
| 10925 | MOYE, TISHIE, 1605 HEIGHTS, HOUSTON, TX 77008 | |
| 10925 | MOYER JR., EDWARD, 66 RAINBOW DR, CRAIG, CO 81625 | |
| 10925 | MOYER PUBLISHING, TWO MOYER PLACE, OAKLAND, CA 94611-3137 | |
| 10924 | MOYER READY MIX SERVICE, BOX 74, MULLINVILLE, KS 67109 | |
| 10924 | MOYER READY MIX, 220 SOUTH PINE, MULLINVILLE, KS 67109 | |
| 10925 | MOYER, CANDACE, 914 SUELLEN DRIVE, READING, PA 19605 | |
| 10925 | MOYER, GRANT, 104 MESA DRIVE, SINKING SPRIN, PA 19608 | |
| 10925 | MOYER, JAMES, BOX 65, STONY RUN, PA 19557 | |
| 10925 | MOYER, JEFFERY, 1004 A COUNTRY AIRE, ROUND ROCK,, TX 78664 | |
| 10925 | MOYER, JOSEPH, 10707 FRANCIS DRIVE, SILVER SPRING, MD 20902-3805 | |
| 10925 | MOYER, KELLY, 320 W LAUREL ST, TREMONT, PA 17981 | |
| 10925 | MOYER, KENNETH, 602 N MAIN ST, LEOMINSTER, MA 01453 | |
| 10925 | MOYER, LAWRENCE, 4304 4TH AVE, TEMPLE, PA 19560-1704 | |
| 10925 | MOYER, LISA, 568 QUEEN ST, BELLEVILLE, WI 53508 | |
| 10925 | MOYER, MELINDA, 5500 MORRO WAY #64, LA MESA, CA 91942 | |
| 10925 | MOYER, MICHAEL, 3524 RIDGEWAY ST, READING, PA 19605 | |
| 10925 | MOYER, NICOLE, 1017 MOSS ST, READING, PA 19604 | |
| 10925 | MOYER, PAGE, 192 EAST 75TH ST, 6A, NEW YORK, NY 10021-3242 | |
| 10925 | MOYER, RUBY, 4000 ACE LN., LEWISVILLE, TX 75067 | |
| 10925 | MOYER, VICKI, 4508 GRAHAM RD, GREENSBORO, NC 27410 | |
| 10925 | MOYNIHAN, AMY, 2739 WILLOWGATE AVE, ORLANDO, FL 32822 | |
| 10925 | MOYNIHAN, BARRY, 119 MAPLE ST, SOMERSVILLE, CT 06072 | |
| 10925 | MOYNO INDUSTRIAL PRODUCTS, PO BOX 960, SPRINGFIELD, OH 45506 | |
| 10925 | MOZ, TANA, 1020 CURTISS AVE., SCHERTZ, TX 78154 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MOZEL INCORPORATED, PO BOX 500043, SAINT LOUIS, MO 63150 | |
| 10925 | MOZIE, ELIZABETH, 10087 ALPHA DRIVE, BATON ROUGE, LA 70814 | |
| 10925 | MOZINGO, CECELIA, 108 WILLOWBROOK CIRCLE, DAPHNE, AL 36526 | |
| 10925 | MOZUCH, MARIE, 34 AMY DRIVE RD #5, PITTSBURGH, PA 15205 | |
| 10925 | MOZZACHIO, ALICIA M., 10955 KIPLING LANE, PHILADELPHIA, PA 19154 | |
| 10925 | MP ENVIRONMENTAL SERVICES,INC, 3400 MANOR ST, BAKERSFIELD, CA 93308 | |
| 10925 | MP HUNTER & SONS, INC, ROUTE 6 BOX 6506, LAURENS, SC 29360 | |
| 10924 | MP HUSKY CORPORATION, 204 OLD PIEDMONT HIGHWAY, GREENVILLE, SC 29605 | |
| 10925 | MPA BRAUNSCHWEIG, BEETHOVENSTR 52, D-38106 BRAUNSCHWEIG, 38106GERMANY | *VIA Deutsche Post* |
| 10925 | MPA INC., PO BOX 576, SWARTHMORE, PA 19081 | |
| 10925 | MPB TECHNOLOGIES INC, 1725 NORTH SERVICE RD, DORVAL, QC H9P 1J1CANADA | *VIA Deutsche Post* |
| 10925 | MPB TECHNOLOGIES LTD, 151 HYMUS BLVD, POINTE CLAIRE, QC H9R 1E9CANADA | *VIA Deutsche Post* |
| 10925 | MPC CIRCUITS, 2161 THURSTON DR, OTTAWA, ON K1G 4G2CANADA | *VIA Deutsche Post* |
| 10925 | MPC LOUISVILLE PROMOTIONS, 2026 SHEPHERDSVILLE RD, LOUISVILLE, KY 40218 | |
| 10925 | MPC, 81 OLD FERRY ROAD, LOWELL, MA 01854 | |
| 10924 | MPE CONTRACTING CORP, 2716 SCHURZ AVENUE - SUITE C2, BRONX, NY 10465 | |
| 10925 | MPL TECHNOLOGIES, 9400 KING ST, FRANKLIN PARK, IL 60131 | |
| 10925 | MPPI LLC, PO BOX 64645, BALTIMORE, MD 21264 | |
| 10924 | MPS MEDICAL ACCOUNT, BLOUNT ISLAND, 5880 GATECO BLVD., JACKSONVILLE, FL 32226-3404 | |
| 10925 | MPW INDUSTRIAL SERVICES INC, PO BOX 710928, COLUMBUS, OH 43271-0928 | |
| 10925 | MPW INDUSTRIAL SERVICES INC., 1711 NIXON RD., AUGUSTA, GA 30906 | |
| 10925 | MQS INSPECTION, 10520 CHESTER RD., CINCINNATI, OH 45215 | |
| 10925 | MQS INSPECTION, INC, PO BOX 4437, HOUSTON, TX 77210-4437 | |
| 10925 | MQS INSPECTION, PO BOX 98498, CHICAGO, IL 60693 | |
| 10925 | MR ALAN G LANCE, IDAHO ATTORNEY GENERAL, STATEHOUSE, BOISE, ID 83720-1000 | |
| 10925 | MR ALBERT BENJAMIN CHANDLER, KENTUCKY ATTORNEY GEN, STATE CAPITAL, ROOM 116, FRANKFORT, KY 40601 | |
| 10925 | MR BILL LOCKYER, CALIFORNIA ATTORNEY GENERAL, 1300 I ST, STE 1740, SACRAMENTO, CA 95814 | |
| 10925 | MR BILL PRYOR, ALABAMA ATTORNEY GENERAL, STATE HOUSE, 11 S UNION ST, MONTGOMERY, AL 36130 | |
| 10925 | MR BRUCE M BOTELHO, ALASKA ATTORNEY GENERAL, PO BOX 110300 DIAMOND COURTHOUSE, JUNEAU, AK 99811-0300 | |
| 10925 | MR CHARLIE CONDON, SOUTH CAROLINA ATTORNEY GENERL, REMBERT C DENNIS BLDG, PO BOX 11549, COLUMBIA, SC 29211-1549 | |
| 10925 | MR DAVID SAMSON, NEW JERSEY ATTORNEY GENERAL, RICHARD J HUGHES JUSTICE COMPLEX 25 MARKET ST, CN, TRENTON, NJ 08625 | |
| 10925 | MR DON STENBERG, NEBRASKA ATTORNEY GENERAL, STATE CAPITOL, PO BOX 98920, LINCOLN, NE 68509-8920 | |
| 10925 | MR EARL I ANZAI, HAWAII ATTORNEY GENERAL, 425 QUEEN ST, HONOLULU, HI 96813 | |
| 10925 | MR ELIOT SPITZER, NEW YORK ATTORNEY GENERAL, DEPT OF LAW, THE CAPITOL, 2ND FLR, ALBANY, NY 12224 | |
| 10925 | MR G STEVEN ROWE, MAINE ATTORNEY GENERAL, STATE HOUSE STATION 6, AUGUSTA, ME 04333 | |
| 10925 | MR HARDY MEYERS, OREGON ATTORNEY GENERAL, JUSTICE BLDG 1162 COURT ST NE, SALEM, OR 97310 | |
| 10925 | MR HOKE MACMILLAN, WYOMING ATTORNEY GENERAL, STATE CAPITOL BLDG, CHEYENNE, WY 82002 | |
| 10925 | MR JAMES E DOYLE, WISCONSIN ATTORNEY GENERAL, STATE CAPITOL, SUITE 114 EAST PO BOX 7857, MADISON, WI 53707-7857 | |
| 10925 | MR JERMIAH W NIXON, MISSOURI ATTORNEY GENERAL, SUPREME COURT BLDG 207 W HIGH ST, JEFFERSON CITY, MO 65101 | |
| 10925 | MR JERRY KILGORE, VIRGINIA ATTORNEY GENERAL, 900 E MAIN ST, RICHMOND, VA 23219 | |
| 10925 | MR JIM RYAN, ILLINOIS ATTORNEY GENERAL, JAMES R THOMPSON CENTER 100 W RANDOLPH ST, CHICAGO, IL 60601 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MR JOHN CORNYN, TEXAS ATTORNEY GENERAL, CAPITOL STATION, PO BOX 12548, AUSTIN, TX 78711-2548

10925   MR JOHN OGRADY, US EPA REGION 5, REMEDIAL & ENFORCE RESPONSE, 77 W JACKSON BLVD, CHICAGO, IL 60604

10925   MR KEN SALAZAR, COLORADO ATTORNEY GENERAL, DEPT OF LAW, 1525 SHERMAN ST, DENVER, CO 80203

10925   MR MARK BARNETT, SOUTH DAKOTA ATTORNEY GENERAL, 500 E CAPITOL, PIERRE, SD 57501-5070

10925   MR MARK PRYOR, ARKANSAS ATTORNEY GENERAL, 200 TOWER BLDG, 323 CENTER ST, LITTLE ROCK, AR 72201-2610

10925   MR MARK SHURTEFF, UTAH ATTORNEY GENERAL, STATE CAPITOL, ROOM 236, SALT LAKE CITY, UT 84114-0810

10925   MR MIKE FISHER, PENNSYLVANIA ATTORNEY GENERAL, STRAWBERRY SQUARE, HARRISBURG, PA 17120

10925   MR MIKE HATCH, MINNESOTA ATTORNEY GENERAL, STATE CAPITOL, STE 102, ST PAUL, MN 55155

10925   MR MIKE MCGRATH, MONTANA ATTORNEY GENERAL, JUSTICE BLDG, 215 NORTH SANDERS, HELENA, MT 59620-1401

10925   MR MIKE MOORE, MISSISSIPPI ATTORNEY GENERAL, DEPT OF JUSTICE, PO BOX 22O, JACKSON, MS 39205-0220

10925   MR PAUL G SUMMERS, TENNESSEE ATTORNEY GENERAL, 500 CHARLOTTE AVE, NASHVILLE, TN 37243

10925   MR PHILIP T MCLAUGHLIN, NEW HAMPSHIRE ATTORNEY GEN, STATE HOUSE ANNEX, 25 CAPITOL ST, CONCORD, NH 03301-6397

10925   MR RICHARD BLUMENTHAL, CONNECTICUT ATTORNEY GENERA, 55 ELM ST, HARTFORD, CT 06141-0120

10925   MR RICHARD P LEYOUB, LOUISANA ATTORNEY GENERAL, DEPT OF JUSTICE, PO BOX 94095, BATON ROUGE, LA 70804-4095

10925   MR ROBERT A BUTTERWORTH, FLORIDA ATTORNEY GENERAL, THE CAPITAL, PL 01, TALLAHASSEE, FL 32399-1050

10925   MR ROBERT RIGSBY, DC ATTORNEY GENERAL, OFFICE OF THE CORPORATION COUNSEL 441 4TH ST NW, WASHINGTON, DC 20001

10925   MR ROY COOPER, NORTH CAROLINA ATTORNEY GENERL, DEPT OF JUSTICE, PO BOX 629, RALEIGH, NC 27602-0629

10925   MR SHELDON WHITEHOUSE, RHODE ISLAND ATTORNEY GENER, 150 SOUTH MAIN ST, PROVIDENCE, RI 02903

10925   MR STEVE CARTER, INDIANA ATTORNEY GENERAL, INDIANA GOVERNMENT CTR S 402 W WASHINGTON ST, 5TH, INDIANAPOLIS, IN 46204

10925   MR THURBERT E BAKER, GEORGIA ATTORNEY GENERAL, 40 CAPITOL SQUARE SW, ATLANTA, GA 30334-1300

10925   MR TOM MILLER, IOWA ATTORNEY GENERAL, HOOVER STATE OFFICE BLDG 1305 E WALNUT, DES MOINES, IA 50319

10925   MR TOM REILLY, MASSACHUSETTS ATTORNEY GENERAL, ONE ASHBURTON PLACE, BOSTON, MA 02108-1698

10925   MR W A DREW EDMONDSON, OKLAHOMA ATTORNEY GENERAL, STATE CAPITOL, ROOM 112 2300 NORTH LINCOLN BLVD, OKLAHOMA CITY, OK 73105

10925   MR WAYNE STENEHJEM, NORTH DAKOTA ATTORNEY GENERAL, STATE CAPITOL, 600 E BLVD AVE, BISMARCK, ND 58505-0040

10925   MR WILLIAM H SORRELL, VERMONT ATTORNEY GENERAL, 109 STATE ST, MONTPELIER, VT 05609-1001

10924   MR.B'S POOL CENTER INC, 7933 N LINDBERG, HAZELWOOD, MO 63042

10924   MR.DAN KOBYLINSKI, 720 S. OTSEGO BLVD., GAYLORD, MI 49735

10924   MR.RONALD GOULD, PO BOX 480, PAULSBORO, NJ 08066

10924   MR3 SYSTEMS INC, 45 CONGRESS STREET, SALEM, MA 01970

10925   MRA STAFFING SYSTEM INC., 40 EASTERN AVE, MALDEN, MA 02148

10924   MRB CANCER CENTER, 2678 QUEENSTOWN ROAD, ALTON, AL 35015

10925   MRC HOLDINGS INC, ELLEN T OBRIEN SR VP, 300 ST PAUL PLACE, BALTIMORE, MD 21202

10925   MRC HOLDINGS, ELLEN OBRIEN,

10925   MRCA, 4840 WEST 15TH ST., STE 1000, LAWRENCE, KS 66049

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MRCC/ACTION LEARNING, 91 CARL ST, NEWTON, MA 02161 | |
| 10924 | MRDC GEORGIA TECH, 771 FROST ST, ATLANTA, GA 30318 | |
| 10925 | MRE PRP GROUP MEMBERS, STRASBERGER & PRICE, ATTN: WALTER JA, 901 MAIN ST SUITE 4300, DALLAS, TX 75202 | |
| 10925 | MRG (USA), INC, 6279 TRI-RIDGE BLVD., SUITE 250, CINCINNATI, OH 45104 | |
| 10924 | MRI HOLY FAMILY, 70 EAST STREET, METHUEN, MA 01844 | |
| 10925 | MRI SALES CONSULTANTS OF, 3415 N. ARLINGTON HTS.ROAD, ARLINGTON HEIGHTS, IL 60004 | |
| 10924 | MRI, JENNIE STUART MED. CT., 409 WEST 18TH STREET, HOPKINSVILLE, KY 42240 | |
| 10924 | MRL INDUSTRIES, 19500 NUGGET BLVD, SONORA, CA 95370 | |
| 10924 | MRO SALES, INC., SUITE A-10, ANCHORAGE, AK 99502-1116 | |
| 10925 | MROSS, J, 6 BAILEY DRIVE, LYMAN, SC 29365 | |
| 10925 | MROZ, GENEVIEVE, 5925 SO MAYFIELD AVE, CHICAGO, IL 60638 | |
| 10925 | MROZ, MELANIE, 26004A ALIZIA CYN, CALABASAS, CA 91302 | |
| 10925 | MROZ, MICHAEL, 1321 VILLAGE GREEN, SOUTHLAKE, TX 76092 | |
| 10925 | MROZEK, JR, VALENTINE, 341 BUTTERNUT COURT, MILLERSVILLE, MD 21108 | |
| 10925 | MROZEK, MELISSA, 341 BUTTERNUT CT, MILLERSVILLE, MD 21108 | |
| 10925 | MROZEK, VAL, 341 BUTTERNUT CT., MILLERSVILLE, MD 21108 | |
| 10925 | MROZINSKI, JOHN, 432 N. LINWOOD AVE, BALTIMORE, MD 21224 | |
| 10925 | MROZOWSKI, JOHN, 630 CRYSLER ST, PITTSBURGH, PA 15226 | |
| 10924 | MRTC AUSTIN CAMPUS, BAHL INSULATION, AUSTIN, MN 55912 | |
| 10925 | MS ANNABELLE RODRIGUEZ, PUERTO RICO ATTORNEY GENER, PO BOX 192, SAN JUAN, PR 00902-0192 | |
| 10925 | MS BETH VENS, MICHIGAN DEPT OF EQ, ENVIRONMENTAL RESPONSE DIV 10650 BENNETT DR, MORRICE, MI 48857 | |
| 10925 | MS BETTY D MONTGOMERY, OHIO ATTORNEY GENERAL, STATE OFFICE TOWER, 30 E BROAD ST, COLUMBUS, OH 43266-0410 | |
| 10925 | MS CARLA J STOVALL, KANSAS ATTORNEY GENERAL, 120 SOUTHWEST 10TH AVE 2ND FL, TOPEKA, KS 66612-1597 | |
| 10925 | MS CHRISTINE O GREGOIRE, WASHINGTON ATTORNEY GENER, PO BOX 40100 1125 WASHINGTON ST SE, OLYMPIA, WA 98504-0100 | |
| 10925 | MS FRANKIE SUE DEL PAPA, NEVADA ATTORNEY GENERAL, OLD SUPREME COURTH BLDG 100 N CARSON ST, CARSON CITY, NV 89701 | |
| 10925 | MS JANET NAPOLITANO, ARIZONA ATTORNEY GENERAL, 1275 W WASHINGTON ST, PHOENIX, AZ 85007 | |
| 10925 | MS JENNIFER GRANHOLM, MICHIGAN ATTORNEY GENERAL, PO BOX 30212, 525 W OTTAWA ST, LANSING, MI 48909-0212 | |
| 10925 | MS M JANE BRADY, DELAWARE ATTORNEY GENERAL, CARVEL STATE OFFICE BLDG 820 N FRENCH ST, WILMINGTON, DE 19801 | |
| 10925 | MS PATRICIA A MADRID, NEW MEXICO ATTORNEY GENERAL, PO DRAWER 1508, SANTA FE, NM 87504-1508 | |
| 10925 | MSA C/O EASTERN CONTROLS, 414 E. JOPPA RD., TOWSON, MD 21204 | |
| 10925 | MSA CANADA, 1360 BEGIN, ST-LAURENT, QC H4R 1X1CANADA | *VIA Deutsche Post* |
| 10925 | MSAS CARGO INTERNATIONAL INC, 10205 NW 19TH ST., STE 101, MIAMI, FL 33172 | |
| 10925 | MSC INDUSTRIAL SUPPLY, 3051-A WASHINGTON BLVD., BALTIMORE, MD 21230 | |
| 10925 | MSC INDUSTRIAL SUPPLY, DEPT. CH0075, PALATINE, NY 60055-0075 | |
| 10924 | MSC SPECIALY FILMS, 4540 VIEWRIDGE AVENUE, SAN DIEGO, CA 92123-4359 | |
| 10925 | MSCH HEALTH CENTERS, PO BOX 844152, DALLAS, TX 75284-4152 | |
| 10925 | MSHA, FINANCE BRANCH, PO BOX 25367, DENVER, CO 80225 | |
| 10924 | MSHDA BUILDING, 735 EAST MICHIGAN AVENUE, LANSING, MI 48912 | |
| 10925 | MSI - MEASUREMENT SERVICES, 1309 N BORDEN ST, MCHENRY, IL 60050 | |
| 10925 | MSI CANTERBURY, PO BOX 1477, MORRISTOWN, NJ 07962-1477 | |
| 10925 | MSI CONSTRUCTION COMPANY, INC, 745 GREENWOOD ROAD, WESTOVER ACRES, SC 29169 | |
| 10925 | MSI DIGITAL AND IMAGING SOLUTIONS, PO BOX 601081, CHARLOTTE, NC 28260-1081 | |
| 10925 | MSI INC C/O CHASE BANK, 76 NAORTH MAIN ST, NEW CITY, NY 10956 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MSI MICROFILM SYSTEMS, INC, 2225 WOODWARD AVE., SHREVEPORT, LA 71103-3547 | |
| 10925 | MSI MICROFILM SYSTEMS, INC, PO BOX 3130, SHREVEPORT, LA 71133-3130 | |
| 10925 | MSI, PO BOX 427, LAWRENCEBURG, TN 38464 | |
| 10925 | MSI, PO BOX 601081, CHARLOTTE, NC 28260-1081 | |
| 10925 | MSI/TEMPS & CO SERVICES, POBOX 7247-0153, PHILADELPHIA, PA 19170-0153 | |
| 10925 | MST CORP, PO BOX 6718, ORANGE, CA 92863-6718 | |
| 10925 | MST FACTORING, INC, PO BOX 27356, SALT LAKE CITY, UT 84127-0356 | |
| 10925 | MST FASTPRO, PO BOX 6718, ORANGE, CA 92863-6718 | |
| 10925 | MST TRUCKING, 3683 W2270 S. STE E&F, WEST VALLEY CITY, UT 84120 | |
| 10924 | MST, INC., 11388 BREININGER ROAD, HICKSVILLE, OH 43526 | |
| 10924 | MST, INC., PO BOX 87, HICKSVILLE, OH 43526 | |
| 10924 | MSU - BIO PHYSICAL SCIENCES BLDG., FARM LANE AND WILSON ROAD, EAST LANSING, MI 48825 | |
| 10924 | MSU ANTHONY HALL/ENGINEERING BLDG., 3351 FOREST ROAD, EAST LANSING, MI 48823 | |
| 10925 | MSU FOUNDATION ACCOUNT 0123, PO BOX 91735-C/O ROY JOHNSTON-LAIA, LAKE CHARLES, LA 70609-1735 | |
| 10924 | MT AIRY BUILDERS SUPPLY, 1124 W LEBANNON ST, MOUNT AIRY, NC 27030 | |
| 10925 | MT AUBURN PROF SVCS, PO BOX 5-0455, WOBURN, MA 01815-0455 | |
| 10925 | MT DEPT OF ENV QUALITY REMEDIATION, JON CONSTAN, 2209 PHOENIX AVE, HELENA, MT 59620-0901 | |
| 10925 | MT DEPT OF ENV QUALITY, MARK SIMONICH DIR, 1520 EAST 6TH AVE, HELENA, MT 59601 | |
| 10925 | MT DEPT OF ENV QUALITY, MARK SIMONICH DIR, PO BOX 200901, HELENA, MT 59620-0901 | |
| 10924 | MT HOOD COMMUNITY COLLEGE, 26000 SE STARK, PORTLAND, OR 97227 | |
| 10925 | MT HOPE RECYCLING, 625 MOUNT HOPE RD, WHARTON, NJ 07885-2807 | |
| 10924 | MT SINAI HOSP C/O ASC INSULATING, 2100 STONINGTON AVE, HOFFMAN ESTATES, IL 60195 | |
| 10924 | MT SINAI HOSPITAL, 99TH STREET & MADISON AVE, NEW YORK, NY 10001 | |
| 10924 | MT.  PLEASANT SUPPLY, 1005 CORPORATE DR, MOUNT PLEASANT, MI 48858 | |
| 10924 | MT. ADAMS PAVILLION, CINCINNATI, OH 45202 | |
| 10924 | MT. CALVARY CHURCH, HOLLY STREET, ELIZABETHTOWN, PA 17022 | |
| 10924 | MT. CARMEL SAND & GRAVEL, PO BOX458, MOUNT CARMEL, IL 62863 | |
| 10924 | MT. CLEMONS GENERAL HOSPITAL, 1000 HERRINGTON BLVD, MOUNT CLEMENS, MI 48043 | |
| 10924 | MT. HOLLY CONCRETE CO.ONC, ROUTE 38, MOUNT HOLLY, NJ 08060 | |
| 10924 | MT. HOOD CHEMICAL, 4444 NORTH WEST YEON AVENUE, PORTLAND, OR 97210 | |
| 10924 | MT. ROYAL INTERMEDIATE @@, 1800 MT ROYAL BLVD, GLENSHAW, PA 15116 | |
| 10924 | MT. SAC PERFORMING ARTS, 110 N. GRAND, WALNUT, CA 91788 | |
| 10924 | MT. ZION MEDICAL CENTER, 1701 DIVISADERO, SAN FRANCISCO, CA 94101 | |
| 10924 | MT.AIRY BLOCK, RAINBOW FARM CENTER, MOUNT AIRY, NC 27030 | |
| 10925 | MT/ORLANDO, INC, 4600 L B MCLEAOD ROAD, ORLANDO, FL 32811 | |
| 10925 | MTA B&T, PO BOX 149002, STATEN ISLAND, NY 10314-9002 | |
| 10924 | MTA EAST PORTAL, LOS ANGELES, CA 90018 | |
| 10925 | MTC INDUSTRIES AND RESEARCH, CARMIEL INC, CARMIEL, 20100ISRAEL | *VIA Deutsche Post* |
| 10925 | MTC KENWORTH, 239-77 BERGEN TURNPIKE, RIDGEFIELD PARK, NJ 07660 | |
| 10924 | MTD, 5903 GRAFTON ROAD, VALLEY CITY, OH 44280 | |
| 10925 | M-TEC / RISE INC., 18321 SWAMP ROAD, PRAIRIEVILLE, LA 70769 | |
| 10925 | MTEC INC, POBOX 610, SPARTANBURG, SC 29304 | |
| 10925 | M-TEC/RISE, INC, 18321 SWAMP RD., PRAIRIEVILLE, LA 70769 | |
| 10925 | MTECH INC., PO BOX 4454, CHATTANOOGA, TN 37405 | |
| 10924 | M-TEX INDUSTRIAL SUPPLY CO.,, C/O USCO WAREHOUSE, DALLAS, TX 75212 | |
| 10924 | MTI MULLINS & TRANSIT INC, 12290 LOMA VERDE, EL PASO, TX 79936 | |
| 10925 | MTI, DEPT CH10731, PALATINE, IL 60055-0731 | |
| 10925 | MTL OF KENTUCKY, 1107 WING AVE, OWENSBORO, KY 42303 | |
| 10924 | MTM CONST. CO., I-80 W. EXIT 77, ROWLEY, UT 84029 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MTM ENVIRONMENTAL INC., 919 WALNUT ST, MILFORD, OH 45150 | |
| 10925 | M-TRON INDUSTRIES, EAST HWY 50, YANKTON, SD 57078 | |
| 10925 | M-TRON INDUSTRIES, PO BOX 630, YANKTON, SD 57078 | |
| 10925 | MTS SYSTEMS CORPORATION, 14000 TECHNOLOGY DR, EDEN PRAIRE, MI 55344 | |
| 10925 | MTS SYSTEMS CORPORATION, PO BOX 86, MINNEAPOLIS, MN 55486-1907 | |
| 10925 | MTS SYSTEMS, ATTN: GARY PARESKY, CM 3844, SAINT PAUL, MN 55170-3844 | |
| 10925 | MTS SYSTENS CORPORATION, CM 3844, SAINT PAUL, MN 55170-3844 | |
| 10925 | MTS, PO BOX 480, LIONVILLE, PA 19353 | |
| 10925 | MTSU FOUNDATION- GRADUATE 2000, PO BOX 109, MURFREESBORO, TN 37132 | |
| 10924 | MTW, CORP CENTER, PHOENIX, AZ 85031 | |
| 10925 | MU AWIN, ARDY, 3510 ANDALUSIA CT #222, GREEN BAY, WI 54301 | |
| 10925 | MU, NING, 19948 CARLISLE RD, APPLE VALLEY, CA 92307 | |
| 10925 | MUBAREKYAN, ERVIN, 516 THOMAS ST SUITE 2, BETHLEHEM, PA 18015 | |
| 10925 | MUCCI, LORRAINE, 25 MACARTHUR RD, NORTHBRIDGE, MA 01534 | |
| 10925 | MUCH BETTER ROOF CO, 6008 ADAMS ROAD, PO BOX 12, OREGON, WI 53575 | |
| 10925 | MUCHEL, ROBERT, 175 HUNTINGTON BAY, HUNTINGTON, NY 11743 | |
| 10925 | MUDAR, KIMBERLY, 445 RIVERWAY DRIVE, GREER, SC 29651 | |
| 10925 | MUDGE, CHRISTOPHER, 9261 NORTH TRUMBULL, PORTLAND, OR 97213 | |
| 10925 | MUDGETT JR, GEORGE, 440 MICOL RD., PEMBROKE, NH 03275 | |
| 10925 | MUDRE, CATHY, 1011 WILLOW BRANCH, SIMPSONVILLE, SC 29681 | |
| 10925 | MUDRICK, SUSAN, 511 G ST NE, WASHINGTON, DC 20002 | |
| 10925 | MUECK, TRACY, 903 BILLINGTON, WACO, TX 76706 | |
| 10925 | MUEHR, ALTON, 108 THRASHER ST, LAFAYETTE, LA 70506 | |
| 10924 | MUELLER BRASS CO, 2199 LAPEEK AVE, PORT HURON, MI 48060 | |
| 10924 | MUELLER BRASS CO., 2199 LAPIER AVE., PORT HURON, MI 48060 | |
| 10925 | MUELLER ELECTRIC, 9104 BELDEN AVE, FRANKLIN PARK, IL 60131 | |
| 10925 | MUELLER JR., KENNETH, 200 W. 34TH ST., STE 506, ANCHORAGE, AK 99503 | |
| 10925 | MUELLER ROOFING DISTRIBUTORS, 400 EAST WYOMING AVE, CINCINNATI, OH 45215 | |
| 10924 | MUELLER ROOFING, 1009 SARGENT STREET, CINCINNATI, OH 45203 | |
| 10924 | MUELLER ROOFING, 2521 EDWIN C. MOSES BLVD., DAYTON, OH 45408 | |
| 10924 | MUELLER ROOFING, 400 E. WYOMING AVENUE, CINCINNATI, OH 45215 | |
| 10924 | MUELLER ROOFING, 400 E. WYOMING AVENUE, LOCKLAND, OH 45215 | |
| 10925 | MUELLER, ARLENE, RT 1 BOX 573, MOMENCE, IL 60954 | |
| 10925 | MUELLER, BRIAN, 119 W. EDGEVALE ROAD, BALTIMORE, MD 21225 | |
| 10925 | MUELLER, DANIEL, 335 VILLAGE CREEK DR., WEBSTER, TX 77598 | |
| 10925 | MUELLER, DAVID J, 202 CLARK RD, CINCINNATI, OH 45215 | |
| 10925 | MUELLER, DAVID, 55 GORMAN LANE APT. C, CINCINNATI, OH 45215 | |
| 10925 | MUELLER, DONALD, 3 CHAPMAN ROAD, WAKEFIELD, MA 01880 | |
| 10925 | MUELLER, ERIC E, 208 PENRIDGE LANE, LAFAYETTE, IN 47905 | |
| 10925 | MUELLER, ERIC, 208 PENRIDGE LANE, LAFAYETTE, IN 47905 | |
| 10925 | MUELLER, JASON, 250 RIVERWOOD, BRAWLEY, CA 92227 | |
| 10925 | MUELLER, JUDY, 714 SUMMERWOOD DR, ARLINGTON, TX 76018 | |
| 10925 | MUELLER, LINDA, 227 BROOKLANE ROAD, FLORHAM PARK, NJ 07932 | |
| 10925 | MUELLER, MAX, 3819 SUNNYBANK DRIVE, VALRICO, FL 33594 | |
| 10925 | MUELLER, MONICA M, CUST, JOSEPH M, MUELLER UNIF GIFT MIN ACT CA, 3672 KEMPTON DR, LOS ALAMITOS, CA 90720-4112 | |
| 10925 | MUELLER, PAUL J, 17 SLAYTON RD., MELROSE, MA 02176 | |
| 10925 | MUELLER, PAUL, 17 SLAYTON ROAD, MELROSE, MA 02176 | |
| 10925 | MUELLER, RAY, ROUTE 1 BOX 283, BLUFFS, IL 62621-9752 | |
| 10925 | MUELLER, SUSAN, 313 CHUTE ST, MENASHA, WI 54952 | |
| 10925 | MUELLER, TAMMY, 112 E WASHINGTON, 3, MOMENCE, IL 60954 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MUELLER, THOMAS, 601 E LAKE ST, STREAMWOOD, IL 60107

10925   MUELLER, WALTER, 2225 W BARNARD AVE, MILWAUKEE, WI 53221-2943

10925   MUELLER, WALTER, 280 BERTHA BURNS ROAD, INMAN, SC 29349-9629

10925   MUELLERMIST IRRIGATION CO, POBOX 6307, BROADVIEW, IL 60153

10925   MUENDLEIN SR, CHARLES G, 2457 SPRING LAKE DR, LUTHERVILLE TIMONIUM, MD 21093-2648

10925   MUETEK ANALYTICAL INC., 2815 COLONNADES CT, NORCROSS, GA 30071

10925   MUFFOLETTO, JOSEPH, 13261 WHISTLER AVE, GRANADA HILLS, CA 91344-1142

10925   MUGAVERO, VINCENT, 47 HAMILTONS FERRY ROAD, LAKE WYLIE, SC 29710

10925   MUGG, BETTY, 1109 COLONIAL, BELLAIRE, TX 77401

10925   MUHAMMAD, ABDUL, 265 N. MAIN #205, MANSFIELD, MA 02048

10925   MUHART, KEITH, PO BOX 3139, FAIRFAX, VA 22038-3139

10925   MUHER, LISA, 2418 VELVET VALLEY W, OWINGS MILLS, MD 21117

10925   MUHL JR, DANIEL, 2302 RIVERSIDE AVE, BALTIMORE, MD 21221

10924   MUHLENBURG COLLEGE ACADEMIC CENTER, P/U TRENTON, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924   MUHLER COMPANY INC, THE, 6425 FAIN BLVD, CHARLESTON, SC 29406

10925   MUI, BARLY, 39 WELD HILL ST, BOSTON, MA 02130

10925   MUI, JENNY, 47 COPPERFIELD DRIVE, HAWTHORN WOODS, IL 60047

10925   MUIR, JENNIFER, 3340 W 92ND PL., WESTMINSTER, CO 80030

10925   MUIR, TERRY, PO BOX 1308, VERNAL, UT 84078

10925   MUIR, WILLIAM, 721 N PENNSYLVANIA, LIBERAL, KS 67901-3426

10925   MUIRKIRK, SOCSEC, ORL, NY, NY 10028

10925   MUISE, NANCY, 263 PROCTOR AVE, REVERE, MA 02151

10925   MUJAHID, SABIR, PO BOX 5543, OAKLAND, CA 94605

10925   MUJICA, WILFRED, 60 BROOKSIDE ESTATES HWY 35, HAZLET, NJ 07730-1512

10925   MUKIRA, MARGARET, 1282 WOODBOURNE AVE, BALTIMORE, MD 21239

10925   MUKODA, TIM, 7500 GRACE DR, COLUMBIA, MD 21044

10925   MUKODA, TIMOTHY, 10322 HICKORY RIDGE APT 84S, COLUMBIA, MD 21044

10925   MUKSURIS, SOTIRIS, 402 RINDGE AVE, CAMBRIDGE, MA 02140-2316

10925   MULAR, KEVIN, 304 EAST 7TH ST., RENO, NV 89523

10925   MULCAHEY, ROBIN, 26 SILVER ST, SALEM, MA 01970-1411

10924   MULCAHY - MINN. MASONIC HOME, 11400 NORMANDALE BLVD., BLOOMINGTON, MN 55420

10924   MULCAHY DRYWALL INC, 5232 GLENBROOK AVE N., OAKDALE, MN 55128

10924   MULCAHY DRYWALL INC,, CAMBRIDGE, MA 02140

10924   MULCAHY DRYWALL WAREHOUSE, 5232 GLENBROOK AVE., NORTH, OAKDALE, MN 55128

10924   MULCAHY DRYWALL, N. 5694 MILLER TRUCK HIGHWAY, DULUTH, MN 55811

10924   MULCAHY INCORP., 5232 GLENBRROK AVE, OAKDALE, MN 55128

10925   MULCAHY, CANDACE, 7926 COLONIAL DR, OVERLAND PARK, KS 66204

10925   MULCAHY, CHARLES, 12 PARKLAND AVE, 6, LYNN, MA 01904

10925   MULCAHY, KATHLEEN, 201 COLUMBIA ST., MALDEN, MA 02148

10925   MULCAHY, SARAH, RT 2 , BOX 137, DICKINSON, TX 77539

10925   MULDER, BRENDA, 2867 S. WICHERT N. RD., MOMENCE, IL 60964

10925   MULDER, DEBBIE, 236 S FULTON, BRADLEY, IL 60915

10925   MULDER, KAREN, PO BOX 95, CAPRON, VA 23829

10925   MULDERINK, DENISE, 129 43RD ST., MANHATTAN BEACH, CA 90266

10925   MULDOON, CYNTHIA M, 1121 E CENTER ST, MAHANDY CITY, PA 17948

10925   MULDOON, KEITH, 2014 E 9TH ST, CRIAG, CO 81625

10925   MULDOON, WENDY, 6 BELLA VISTA AVE, MANSFIELD, MA 02048

10925   MULDOON, WILLIAM, 60 SKYLINE DRIVE, LAKEWOOD, NJ 08701

10925   MULDROW, ROBERT, 1914 SAN MARCOS AVE, FORT PIERCE, FL 33450

10924   MULE-HIDE PRODUCTS CO., INC., 2924 WYETTA DRIVE, BELOIT, WI 53511

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MULE-HIDE PRODUCTS CO., INC., PO BOX 1057, BELOIT, WI 53511

10925    MULERO, MIGDALIA, 9407 SPRINGVALE DR, ORLANDO, FL 32825

10925    MULERO, MINERVA, PO BOX 2686, JUNCOS, PR 00777

10925    MULFORD, DAVID, 2110 26TH AVE COURT, GREELEY, CO 80631

10925    MULHALL, DONNA, 2624-16 SUNNYSLOPE, SPARKS, NV 89431

10925    MULHALL, JACQUELINE, 6811 NW 8TH COURT, MARGATE, FL 33063

10925    MULHALL, RISE, 4431 BACALL CT, SACRAMENTO, CA 95842

10925    MULHALL, THOMAS, 4261 AMERICANA DRIVE#228, CUYAHOGA FALLS, OH 44224

10925    MULHERIN, JOSEPH, 805 29TH ST NW, CEDAR RAPIDS, IA 52405

10925    MULHERN, DOUGLAS, 1706 BOW TREE DR, WEST CHESTER, PA 19380

10925    MULHOLLAND, ANN, 620 JOHN O HARA ST, POTTSVILLE, PA 17901-1617

10925    MULHOLLAND, DAVID, 750 B LIVERPOOL CIRCLE, LAKEHURST, NJ 08733

10925    MULHOLLAND, GEORGE, 518 W MAGNOLIA, IOWA PARK, TX 76367

10925    MULHOLLAND, KATHLEEN, 4567 NORTHSIDE PKWY, E, ATLANTA, GA 30339

10925    MULHOLLAND, MICHAEL, 1303 TAYLOR, WICHITA FALLS, TX 76309

10925    MULHOLLAND, SUSAN, 1281 GRAND AVE., MARION, IA 52302

10925    MULIG, FRANK, 470 RUDY ROAD #13, MANSFIELD, OH 44903

10925    MULKEY, DONNA, 14401 WATERMILL, SAN ANTONIO, TX 78217

10925    MULKEY, MICHAEL, 14 CONVERSE ST, GREENVILLE, SC 29607

10925    MULKEY, SHEREYL, 1011 FAIRWOOD LANE, ACWORTH, GA 30101

10925    MULKEY, VIVIAN, 302 KINGS CHAPEL RD., AUGUSTA, GA 30907

10925    MULKIN, VIRGINIA, 37 SUNSET DRIVE #73, SARASOTA, FL 34236-1917

10925    MULL, WILLIAM, 3617 ST. VICTOR ST, BALTIMORE, MD 21225

10925    MULLADY, NANCY, 144 ROLLINGWOOD DR, LEXINGTON, SC 29072

10925    MULLAHY COMPANY, ONE PENN SQUARE WEST, PHILADELPHIA, PA 19102

10925    MULLALLY, ALBERT, 49 STORY ROAD, LAKE WALES, FL 33853-9228

10925    MULLANE JT TEN, JOHN D & MARISA J, 10401 W 70TH TERR APT 20, SHAWNEE, KS 66203-4245

10925    MULLANEY JR, JOHN, 32 PLEASANT ST, WALTHAM, MA 02154-6133

10924    MULLANEY SCHOOL, 66 BODWELL STREET, LAWRENCE, MA 01840

10925    MULLANEY, JOSEPH, 213 ROBERTS FARM ROAD, SIMPSONVILLE, SC 29681

10925    MULLANEY, MICHAEL, 170 HOOPER AVE, STATEN ISLAND, NY 10306

10925    MULLANEY, PATRICK, 6278 BRAIDWOOD RUN, ACWORTH, GA 30101

10925    MULLARKEY ASSOCIATES INC, 12346 S KEELER AVE, ALSIP, IL 60803

10925    MULLARKEY ASSOCIATES INC, DEPT 77-6488, CHICAGO, IL 60678-6488

10924    MULLEN - TELLES INC., 12290 ROJAS, EL PASO, TX 79963

10925    MULLEN, CARMELLA, 8 DOUGLAS DRIVE, WATERLOO, NY 13165-1606

10925    MULLEN, CAROLE, 11 MOORE ROAD, HOPEDALE, MA 01747-1841

10925    MULLEN, CAROLE, 65 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    MULLEN, CHRISTOPHER, 5960 SW 85TH TH ST, MIAMI, FL 33143

10925    MULLEN, DOTTIE, 8304 TYNDSWALL PLACE, PASADENA, MD 21122

10925    MULLEN, EILEEN, 121 READINGTON RD, SOMERVILLE, NJ 08876

10925    MULLEN, ELIZABETH, 25244 KERRI LANE, RAMONA, CA 92065

10925    MULLEN, INGRID, 61101 N. MILL RD, LACOMBE, LA 70445-3115

10925    MULLEN, JACQUELINE, 105 BELLFORD DRIVE, MARS, PA 16046

10925    MULLEN, JEFF, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925    MULLEN, JEFFREY, 8304 TYNDSWALL PLACE, PASADENA, MD 21122

10925    MULLEN, JOHN, HC82 BOX 540, BRADFORD, VT 05033

10925    MULLEN, KARIN, 25632 SERENA DR, VALENCIA, CA 91355

10925    MULLEN, LYNNETTE, 1215-P CRYSTAL WAY, DELRAY BEACH, FL 33444

10925    MULLEN, M, 479 PINE RIDGE ROAD, ZEBULON, NC 27597

10925    MULLEN, MARGARET, 100 BUSTEED DRIVE, MIDLAND PARK, NJ 07432

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MULLEN, MARYJANE, 25 OUTLOOK AVE, PEABODY, MA 01960 | |
| 10925 | MULLEN, PATRICK, 3413 E. GLEN, EL PASO, TX 79936 | |
| 10925 | MULLEN, RICHARD, 2 CRANSTON CIRCLE, WOBURN, MA 01801 | |
| 10925 | MULLEN, ROBERT, 27011 CONDADO, MISSION VIEJO, CA 92691 | |
| 10925 | MULLEN, ROBERT, PO BOX 4416, MARBELTON, WY 83113 | |
| 10925 | MULLEN, SAMUEL, 313 E. ELISHA ST., WATERLOO, NY 13165 | |
| 10925 | MULLEN, VIRGINIA, 489 COLUMBUS AVE, NY, NY 10024 | |
| 10925 | MULLENIX, DONNA, 1490 CTTNWD LN NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | MULLENIX, STEPHEN, 8125 BREEZEWAY, JONESTOWN, TX 78645 | |
| 10924 | MULLEN-TELLES,INC, DBA MTI READY MIX, EL PASO, TX 79936 | |
| 10924 | MULLER FAMILY THEATER, 20653 KEOKUK AVENUE, MINNEAPOLIS, MN 55402 | |
| 10925 | MULLER MULLER RICHMOND HARMS, 314 MUNSON AVE, TRAVERSE CITY, MI 49686 | |
| 10925 | MULLER, ERIC, FLUSHING, NY 11355 | |
| 10925 | MULLER, IOLA, ROUTE 2, GRISWOLD, IA 51535-9722 | |
| 10925 | MULLER, JOSEPH F, PO BOX 151, COCHABAMBA, BOLIVIA | *VIA Deutsche Post* |
| 10925 | MULLER, NANCY, STADIONWEG 50, AMSTERDAM, 1077SNNETHERLANDS | *VIA Deutsche Post* |
| 10925 | MULLER, OLGA, 374 HIAWATHA DR, LAKE IN THE HILLS, IL 60102 | |
| 10925 | MULLER, THOMAS, 23 MILL STREAM ROAD, STAMFORD, CT 06903 | |
| 10925 | MULLER, WAYNE, 10827 SALMINA RD., KELSEYVILLE, CA 95451 | |
| 10925 | MULLET, KAREN, 8717 46TH AVE W, BRADENTON, FL 34210 | |
| 10925 | MULLEY, FRANK, 41 LEE ST, RIVERSIDE, NJ 08075 | |
| 10925 | MULLICANE, SUSANNE, 2830 RIO GRANDE DR., ANTIOCH, CA 94509 | |
| 10925 | MULLIGAN, BRENDA, RR2 BOX 454, MOMENCE, IL 60954 | |
| 10925 | MULLIGAN, JANE, 30 BOXWOOD ROAD, YONKERS, NY 10710 | |
| 10925 | MULLIGAN, JOHN, 30 BOXWOOD RD, YONKERS, NY 10710 | |
| 10925 | MULLIGAN, JOHN, 30 BOXWOOD ROAD, YONKERS, NY 10710 | |
| 10925 | MULLIGAN, JUDITH, 5719 S. OAK PARK AVE, CHICAGO, IL 60638 | |
| 10925 | MULLIGAN, ROBERT, 1572 HAWTHORNE, WOOSTER, OH 44691 | |
| 10925 | MULLIKIN MED CTRS-FREMONT, 1895 MOWRY AVE STE 100, FREMONT, CA 94538 | |
| 10925 | MULLIKIN, JOEL, RT. 6 BOX 259, KANKAKEE, IL 60901 | |
| 10925 | MULLIKIN, S, 2322 CHALET GARDENS ROAD, MADISON, WI 53711 | |
| 10925 | MULLIN & ASSOCIATES, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10020 | |
| 10925 | MULLIN, PAUL, 37 NELSON AVE, GEORGETOWN, MA 01833 | |
| 10925 | MULLINAX, ANTHONY, 209 PINE RIDGE RD, LYMAN, SC 29365 | |
| 10925 | MULLINAX, DEWEY, 12 GOODRICH ST, GREENVILLE, SC 29617 | |
| 10925 | MULLINAX, DIXIE, 7000 LAKES BLVD, FORT MILL, SC 29715 | |
| 10925 | MULLINAX, JANICE, 3435 OLD DOBBINS BRIDGE ROAD, FAIR PLAY, SC 29643 | |
| 10925 | MULLINAX, JUDY, 3 JONQUIL LANE, GREENVILLE, SC 29617 | |
| 10925 | MULLINAX, KENNETH, 19 ARRINGTON AVE, GREENVILLE, SC 29609 | |
| 10925 | MULLINAX, LEWIS, PO BOX 274, OAKWOOD, GA 30566 | |
| 10925 | MULLINAX, RICHARD, 122 BOMAR ROAD, GREER, SC 29651 | |
| 10925 | MULLINEAUX,JR, ROBERT, 1432 PATAPSCO ST, BALTIMORE, MD 21230 | |
| 10925 | MULLINS, CATHERINE, 128 GUMBO LIMBO DRIVE, KEY LARGO, FL 33037 | |
| 10925 | MULLINS, CHARLES, 16337 HERON HILLS DR, SPRING HILL, FL 34610 | |
| 10925 | MULLINS, CHERYL, 830 W. FIFTH ST., APPLETON, WI 54914 | |
| 10925 | MULLINS, DAVID, 7258 S.E. 119 PLACE, BELLEVIEW, FL 34420 | |
| 10925 | MULLINS, DUANE, 96 WEST 200 SOUTH PO BOX 315, CLARKSTON, UT 84305 | |
| 10925 | MULLINS, GLYNIS, 105 CEDAR COURT APT D, GREENVILLE, NC 27834 | |
| 10925 | MULLINS, GREG, 925 SUMMIT RIDGE, MORRISTOWN, TN 37814 | |
| 10925 | MULLINS, HAROLD, 53 GRAYS LANE, FAYETTEVILLE, TN 37334 | |
| 10925 | MULLINS, JOSEPH, 1420 OAKMONT ST, PHILADELPHIA, PA 19111 | |

9

WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MULLINS, KEVIN, 431 MORGANTOWN RD., FOXWORTH, MS 39483 | |
| 10925 | MULLINS, KYLE, 5850 BELTLINE, #110, 110, DALLAS, TX 75240 | |
| 10925 | MULLINS, LAURA, 316 IOWA COURT, FRANKFURT, IL 60423 | |
| 10925 | MULLINS, LINDA, PO BOX 2705, FORREST CITY, AR 72335 | |
| 10925 | MULLINS, LLOYD, 1666 KIMBERLY DR, MORRISTOWN, TN 37814 | |
| 10925 | MULLINS, LLOYD, 1666 KIMBERLY DRIVE, MORRISTOWN, TN 37814 | |
| 10925 | MULLINS, LYNN, 1330 RUFFIN MILL RD, COLONIAL HEIGHTS, VA 23834 | |
| 10925 | MULLINS, MELANIE, 310 VERNON ST, WHEELERSBURG, OH 45694 | |
| 10925 | MULLINS, MICHAEL, 2507 SPINDLEHILL DR APT 2, CINCINNATI, OH 45230-1025 | |
| 10925 | MULLINS, STEVE, 6614 NW 30TH ST, BETHANY, OK 73008 | |
| 10925 | MULLINS, TOMMY, RT 1 BOX 78A, MCALLISTER, OK 74501 | |
| 10925 | MULLINS, TRACY, 5600 CARMICHAEL RD, MONTGOMERY, AL 36117 | |
| 10924 | MULLIS LIGHTING & ELECTRICAL, 700 KELLAM RD, DUBLIN, GA 31021 | |
| 10925 | MULLIS, STEVEN, 222 EAST JASON DRIVE, RINGGOLD, GA 30736 | |
| 10925 | MULLIS, WILLIAM, 121 LAKE POINT DRIVE, LEAGUE CITY, TX 77573 | |
| 10925 | MULLON, CLAUDY, 163 PROSPECT ST, FRAMINGHAM, MA 01701 | |
| 10925 | MULLOWNEY, MARY, 908A MERRITT DRIVE, SOMERVILLE, NJ 08876-5315 | |
| 10925 | MULLOY, EUGENE, 6303 ST HENRY DRIVE, NASHVILLE, TN 37205-4417 | |
| 10925 | MULREADY, MARK, 19 DUNN TERRACE, RANDOLPH, MA 02368 | |
| 10925 | MULROY JT TEN, CHARLES E & SUE S, MULROY, 649 VIA LA CUESTA, CHULA VISTA, CA 91913 | |
| 10925 | MULTEK, 16 HAMMOND, IRVINE, CA 92718 | |
| 10924 | MULTI COUNTY CORRECTIONAL INSTITUTE, 1514 VICTORY ROAD, MARION, OH 43302 | |
| 10925 | MULTI METALS DIVISION VERMONT AMERI, JULIA P HAGAN VP & GEN COUN, 101 SOUTH FIFTH ST, NATIONAL CITY TOWER #2300, LOUISVILLE, KY 40202 | |
| 10925 | MULTI SERVICE CORP, PO BOX 930747, KANSAS CITY, MO 64193-0747 | |
| 10925 | MULTI STEEL PIPE AND SUPPLIES, PO BOX 70270, SAN JUAN, PR 00936PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MULTI UNIT ARMORY AANC/CAMA II ROBI, C/O CWR CONSTRUCTION CO., NORTH LITTLE ROCK, AR 72118 | |
| 10924 | MULTI UNIT ARMORY AANC/CAMA II ROBI, CAMBRIDGE, MA 99999 | |
| 10925 | MULTICARE ASSOC OF THE TWIN CITIES, ROSEDALE MEDICAL CENTER, 1835 COUNTY RD C WEST, ROSEVILLE, MN 55113 | |
| 10925 | MULTIFAB PLASTICS INC, 103 CLAYTON ST, BOSTON, MA 02122 | |
| 10924 | MULTI-LINE CANS, INC., NORTH HIGHWAY 301 & HORMUTH, DADE CITY, FL 33525 | |
| 6 | MULTI-MEASUREMENTS, INC, SUITE 6, 1 MADISON AVE., WARMINSTER, PA 18974 | |
| 10925 | MULTI-MODAL TRANSPORT INC, 620 MALCOLM AVE. S.E., MINNEAPOLIS, MN 55414 | |
| 10925 | MULTINATL COMPUTER MODEL, 333 FAIRFIELD ROAD, FAIRFIELD, NJ 07004 | |
| 10924 | MULTIPLE CONCRETE ACCESSORIES, 570 ROCK RD. UNITS L & M, EAST DUNDEE, IL 60118 | |
| 10924 | MULTIPLE CONCRETE SPEC, 20284 NO RAND RD, PALATINE, IL 60074 | |
| 10925 | MULTIPLE SCLEROSIS SOCTY, 600 SOUTH FEDERAL ST, CHICAGO, IL 60605 | |
| 10925 | MULTIPLE ZONES INTERNATIONAL INC, 707 S GRADY WAY, RENTON, WA 98055-3233 | |
| 10925 | MULTIPRINT INC, SIX-THIRTY EAST SECOND ST, SOUTH BOSTON, MA 02127 | |
| 10924 | MULTISORB TECHNOLOGIES, 325 HARLEM ROAD, BUFFALO, NY 14224-1893 | |
| 10924 | MULTISORB TECHNOLOGIES, INC., 325 HARLEM ROAD, BUFFALO, NY 14224 | |
| 10924 | MULTI-SOURCE ELECRICAL & IND., CORP, 1 ROBERT LANE, GLEN HEAD, NY 11545-1430 | |
| 10924 | MULTI-SOURCE ELECTRICAL & IND., 1 ROBERT LANE, GLEN HEAD, NY 11545-1430 | |
| 10925 | MULVEY THORNTON EARLY AND SULLIVAN, 18 TREMONT ST RM 900, BOSTON, MA 02108-2301 | |
| 10925 | MULVEY, MARY, 128 LOUDEN RD APT 1R, CONCORD, NH 03301 | |
| 10924 | MULVIHILL ELECTRIC, MK:NYCTA A33745, 503 CARY AVENUE, STATEN ISLAND, NY 10310 | |
| 10925 | MULVIHILL, MICHAEL, 207 TRAVIS, SALIX, IA 51052 | |
| 10925 | MUMFORD, KENNETH, 9611 WEST HAYES PLACE, WEST ALLIS, WI 53227 | |
| 10925 | MUMM, CAROL, 2809 SHADOW LAWN, MOMENCE, IL 60954 | |
| 10925 | MUMPHREY, J WAYNE, 9061 W. JUDGE PEREZ DR, PO BOX 90, CHALMETTE, LA 70044-0090 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MUMPOWER, EDWARD, 207 WHISPERING PNS DR, MOORE, SC 29369 | |
| 10925 | MUNALUK, ERIN, 4416-B SHARON CHASE, CHARLOTTE, NC 28215 | |
| 10925 | MUNAR, MARITES, 425 STATE ST, CHERRY HILL, NJ 08002 | |
| 10925 | MUNAR, MARITES, 470 W CHAPEL AVE, CHERRY HILL, NJ 08008 | |
| 10925 | MUNCH, KRISTY, 818 36TH AVE, GREELEY, CO 80634 | |
| 10925 | MUNCHEES POPCORN, 8614 MONROE ROAD, CHARLOTTE, NC 28212 | |
| 10925 | MUNCY, SOPHIA, HC 62 BOX 1397, CALVIN, KY 40813 | |
| 10925 | MUNCY, TONYA, POBOX 612, MOREHEAD, KY 40351 | |
| 10925 | MUNDAY AND NATHAN, 33 N DEARBON ST, SUITE 2220, CHICAGO, IL 60602 | |
| 10925 | MUNDAY JR, BENTON T, 8022 ENGLAND ST, OVERLAND PARK, KS 66204-3338 | |
| 10925 | MUNDAY, ANN MARIE, 4416 W 72 ST, PRAIRIE VILLAGE, KS 66208-2816 | |
| 10925 | MUNDORF, LARRY, 3100 BRISTOL AVE, BAKERSFIELD, CA 93308 | |
| 10925 | MUNDS, VIRGINIA, PO BOX 293024, SACRAMENTO, CA 95828 | |
| 10925 | MUNDT, BRANDON, 1506 CITY VIEW DRIVE, WICHITA FALLS, TX 76305 | |
| 10925 | MUNDT, JULIUS, 1356 WILD ROSE LANE, NEENAH, WI 54956 | |
| 10925 | MUNDT, PAUL, 4788 BUS 287 JE, IOWA PARK, TX 76367 | |
| 10925 | MUNDT, ROSE MERRIE, 239 E ORANGE ST, SAN BERNARDINO, CA 92410 | |
| 10925 | MUNDY, JOHN, 5 HILLCREST PLACE, NORTH CALDWELL, NJ 07006 | |
| 10925 | MUNDY, LORI, 9 W TUGALOO CT, GREENVILLE, SC 29609 | |
| 10925 | MUNDY, PHILLIP, 3217 DEER TRAIL DR., OWENSBORO, KY 42301 | |
| 10925 | MUNDY, WALTER, 1305 RICHLANDTOWN PIKE, QUAKERTOWN, PA 18951-4611 | |
| 10925 | MUNDZ, GLORIA, 2140 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10925 | MUNGIA, ADAN, ROUTE 1, BOX 314CC, HEREFORD, TX 79045 | |
| 10925 | MUNGIA, ROBERTO, 1309 S 25TH ST, TEMPLE, TX 76504 | |
| 10925 | MUNGO, DARREN, 1101 ROPER MTN RD #195, GREENVILLE, SC 29615 | |
| 10925 | MUNGO, JEROLYN, 2104 TIMBER RIDGE RD, MONROE, NC 28110 | |
| 10925 | MUNGOVAN, DONALD, BOWERS ST, 309, LOWELL, MA 01851-2040 | |
| 10925 | MUNGUIA, CAROLINA, RT. 4 BOX M-124, MISSION, TX 78572 | |
| 10925 | MUNI, BHAVESH, 7684 BELPINE PLACE, RANCHO CUCAMONGA, CA 91730 | |
| 10924 | MUNICIPAL BOND INSURANCE ASSOC., ROUTE 120, ARMONK, NY 10504 | |
| 10925 | MUNICIPAL CODE CORP, PO BOX 2235, TALLAHASSEE, FL 32316 | |
| 10925 | MUNICIPAL COURT OF THE CITY OF NEWARK, 31 GREEN ST, NEWARK, NJ 07102 | |
| 10925 | MUNICIPAL COURT-BOROUGH OF CARTERET, 230 ROOSEVELT AVE, CARTERET, NJ 07008 | |
| 10924 | MUNICIPAL COURTS FACILITY - WYATT, 660 FIRST AVE., PITTSBURGH, PA 15219 | |
| 10924 | MUNICIPAL COURTS FACILITY, 660 FIRST AVENUE, PITTSBURGH, PA 15219 | |
| 10925 | MUNICIPAL REVENUE COLLECTION CENTER, C/O PRICE WATERHOUSE COOPERS, BANKO POPULAR CENTER SUITE 1101, HATO REY, PR 00918PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MUNICIPAL TREASURER OF TOA BAJA, ., TOA BAJA, PR | |
| 10925 | MUNICIPAL UTILITIES AUTHORITY, 1707 - 69TH ST, NORTH BERGEN, NJ 07047 | |
| 10925 | MUNIZ DE IRIZARRY, SYLVIA, PO BOX 42, SAN GERMAN, 753 | *VIA Deutsche Post* |
| 10925 | MUNIZ, JORGE, 58 S OLDEN AVE, TRENTON, NJ 08609 | |
| 10925 | MUNIZ, MANUEL, COND JARDINES DE VALENCIA APT 308, HATO REY, PR 00919 | |
| 10925 | MUNIZ, PASCUAL, U.S.JOSE CALLE 12FF3, SABANA GRANDE, PR 00637 | |
| 10925 | MUNIZ, RICHARD, 7135 PALMETTO, HOUSTON, TX 77087 | |
| 10925 | MUNLEY, JAMES, 216 BEECH ST, KEARNY, NJ 07032 | |
| 10925 | MUNN MOBILE HOMES, 2895 HWY 80 EAST, PEARL, MS 39288 | |
| 10925 | MUNN, JOHN T., 40 STAG DRIVE, BILLERICA, MA 01821 | |
| 10925 | MUNN, RICHARD, 213 CHAMPLAIN DR., PLATTSBURGH, NY 12901 | |
| 10925 | MUNNEKE, RONALD, 1304 EAST 10TH ST, 30B, ATLANTIC, IA 50022 | |
| 10925 | MUNOZ JR, ALEX, 2939 WHITE TAIL, SAN ANTONIO, TX 78228 | |
| 10925 | MUNOZ, ALEJANDRA, 6105 TURNABOUT LANE APT. #3, COLUMBIA, MD 21044 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MUNOZ, ALFREDO, 1213 ELAINE PLACE, FT WORTH, TX 76106 | |
| 10925 | MUNOZ, BENJAMIN, 3320 AVE, | |
| 10925 | MUNOZ, DAN, 2613 MESA DRIVE, FARMINGTON, NM 87401 | |
| 10925 | MUNOZ, DOMINGA, 4626 HARVARD, LUBBOCK, TX 79416 | |
| 10925 | MUNOZ, EFREN, 20334 WESTERN BLVD, HAYWARD, CA 94541 | |
| 10925 | MUNOZ, ELIZABETH, 3320 K AVE, FORT WORTH, TX 76105 | |
| 10925 | MUNOZ, ERNESTO, 618 ANSELMO ST, ALICE, TX 78332 | |
| 10925 | MUNOZ, GLORIA, 33339 8TH ST, UNION CITY, CA 94587 | |
| 10925 | MUNOZ, GUADALUPE, 1604 LEUDA ST, FT WORTH, TX 76106 | |
| 10925 | MUNOZ, ISAAC, 5602 48TH ST, LUBBOCK, TX 79414 | |
| 10925 | MUNOZ, ITALIA, V-18, 28 ST., TRUJILLO ALTO, PR 00976 | |
| 10925 | MUNOZ, JILVER, 138 OVERLOOK AVE, BELLEVILLE, NJ 07109 | |
| 10925 | MUNOZ, JOSE, 3414 AVE J, FT WORTH, TX 76105 | |
| 10925 | MUNOZ, JOSE, 3738 GALLAGHER, DALLAS, TX 75212 | |
| 10925 | MUNOZ, JOSE, 375 NORTH DRIVE, C-6, NORTH PLAINFIELD, NJ 07060 | |
| 10925 | MUNOZ, JOSE, ROUTE 4 BOX 294-B, ALICE, TX 78332 | |
| 10925 | MUNOZ, JR, WILLIAM, 78B PLEASANT VIEW DR, PISCATAWAY, NJ 08854 | |
| 10925 | MUNOZ, JUAN, 714 E HAWK, PHARR, TX 78577 | |
| 10925 | MUNOZ, JUAN, ROUTE 4 BOX 294-E, ALICE, TX 78332 | |
| 10925 | MUNOZ, MANUEL, 10310 SW 154 CIRCLE COURT 13, MIAMI, FL 33196-2612 | |
| 10925 | MUNOZ, MARIA, 10456 WOODLEAF DR., DALLAS, TX 75227 | |
| 10925 | MUNOZ, MARIO, BOX 229, FALFURRIAS, TX 78355 | |
| 10925 | MUNOZ, MIGUEL, 5038 N 55 AVE #1048 ROAD #1053, GLENDALE, AZ 85301 | |
| 10925 | MUNOZ, MIGUEL, 5454 W INDIAN SCHOOLROAD #1053, PHOENIX, AZ 85031 | |
| 10925 | MUNOZ, ORLANDO, 138 OVERLOOK AVE, BELLEVILLE, NJ 07109 | |
| 10925 | MUNOZ, ROBERT, 3851 E. HAMILTON, FRESNO, CA 93702 | |
| 10925 | MUNOZ, ROBERTO, BETANCES 107, HATO REY, PR 00917 | |
| 10925 | MUNOZ-VALLEJO, GLORIA, 6808 CEDARWOOD CT., SAN ANTONIO, TX 78227 | |
| 10925 | MUNOZ-VELEZ, FELIX, 17A PEDRO VARGAS ST, GUANICA, PR 00653 | |
| 10924 | MUNRO DISTRIBUTING CO., INC., 314 CHURCH STREET, NEW BEDFORD, MA 02745 | |
| 10924 | MUNRO DISTRIBUTORS, 1550 ELMWOOD AVENUE, CRANSTON, RI 02910 | |
| 10925 | MUNRO, DOUGLAS, 11218 EVANS TRAIL #101, BELTSVILLE, MD 20705 | |
| 10925 | MUNRO, JOHN, 534 SHELL DRIVE, REDDING, CA 96003-3771 | |
| 10925 | MUNRO, SHANNON, 155 LINDEN AVE, KEARNEY, NJ 07032 | |
| 10925 | MUNRO, SUZANNE, 534 SHELL DR, REDDING, CA 96003 | |
| 10924 | MUNRO/NEW BEDFORD, 314 CHRUCH ST, NEW BEDFORD, MA 02745 | |
| 10924 | MUNROE INC., 328 MT. PISGAH ROAD, RINGGOLD, GA 30736 | |
| 10924 | MUNROE INC., UNION STREET, STRUTHERS, OH 44471 | |
| 10925 | MUNROE, CHARLES, 142 APSLEY ST, HUDSON, MA 01749 | |
| 10925 | MUNROE, HENRY, 1311 RHODE ISLAND AVE NW #3, WASHINGTON, DC 20005 | |
| 10925 | MUNROE, SHELLEY, 522 GIBSON RD, NEWMAN, GA 30263 | |
| 10925 | MUNSCHE, JAMES, 8160 MIZNER LANE, BOCA RATON, FL 33433 | |
| 10925 | MUNSEY, DAVID B, 50 BROOKSIDE DR, EXETER, NH 03833 | |
| 10925 | MUNSEY, DAVID, 50 BROOKSIDE DR UNIT N2, EXETER, NH 03833 | |
| 10925 | MUNSEY, JAMES, 5412 GREENBRIER DRIVE, MCHENRY, IL 60050 | |
| 10925 | MUNSINGER, JIMMIE, 1218 N. OLIVE A, VENTURA, CA 93301 | |
| 10924 | MUNSON MEDICAL CENTER -HOME ACRES, CORNER OF 6TH & MADISON, TRAVERSE CITY, MI 49684 | |
| 10925 | MUNSON, J, PO BOX 3040, GONGALES, LA 70737 | |
| 10925 | MUNSON, JOSEPH, 10 COLOMBARD COURT, MAULDIN, SC 29662 | |
| 10925 | MUNSON, LORIE, 13 LINDEN AVE., CONCORD, NC 28027 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MUNSON, LOWELL, 502 NORTHWEST HWY, 7, FOX RIVER GROVE, IL 60021 | |
| 10925 | MUNSTER, WALTER NELSON, PO BOX 495, THE PLAINS, VA 20198-0495 | |
| 10925 | MUNTASIR, TARIK, 10 PUTNAM GARDENS APT. #92, CAMBRIDGE, MA 02139 | |
| 10925 | MUNTZ ELECTRIC SUPPLY CO, PO BOX 1028, ROCKFORD, IL 61105 | |
| 10925 | MUNU, MARIE, 1301 7TH ST NW, WASHINGTON, DC 20001 | |
| 10925 | MUNYAN, DARCY, 300 BRYSON DRIVE, LAURENS, SC 29360 | |
| 10925 | MUNYAN, STEVEN, 300 BRYSON DRIVE, LAURENS, SC 29360 | |
| 10925 | MUNZ CORP, MUNZ STEVEN G TREAS, 133 SOUTH BUTLER ST, PO BOX 1587, MADISON, WI 53701-1587 | |
| 10925 | MUOLO, FRANCIS, 52 SEVENTH ST, CAMBRIDGE, MA 02141 | |
| 10925 | MUOTTIKOLMIA OY, FINNOONNIITTY 3, ESPOO, 02270FINLAND | *VIA Deutsche Post* |
| 10925 | MUOTTIKOLMIO OY, FINNOONNIITTY 3, ESPOO, 02270FINLAND | *VIA Deutsche Post* |
| 10925 | MUOTTIKOLMIO OY, FINNOONNIITYNKUJA 3, ESPOO, 02270FINLAND | *VIA Deutsche Post* |
| 10925 | MURACH, MARC, 42 HATHAWAY ST, NORTH ADAMS, MA 01247 | |
| 10925 | MURAKAMI, ROBERT, PO BOX 815, VICTORVILLE, CA 92393 | |
| 10925 | MURANE & BOSTWICK, 201 NORTH WOLCOTT, CASPER, WY 82601 | |
| 10925 | MURANO, ANIELLO, 627 SE 24TH ST, CAPE CORAL, FL 33904 | |
| 10925 | MURATET, ALAN, 3112 BEECH ST, SAN DIEGO, CA 92102 | |
| 10925 | MURAWSKI, CAROL, 8800 S HARLEM, LOT 2388F, BRIDGEVIEW, IL 60455 | |
| 10925 | MURAWSKI, DARLENE, 2 THOMAS ST., EXETER, PA 18643 | |
| 10925 | MURAWSKI, DIANNE, 1330 MEADOWLARK DRIVE, PITTSBURGH, PA 15243 | |
| 10925 | MURCH, ROBERT, 21 KNOLL DR, COLUMBUS, NC 28722-9431 | |
| 10925 | MURCHISON, FRANK, 2370 PAPER BIRCH LANE, MEMPHIS, TN 38119 | |
| 10925 | MURCHISON, WILLIAM P, CUST FOR JOHN ALEXANDER MURCHISON, UNIF GIFT MIN ACT TX, 3111 ST JOHNS, DALLAS, TX 75205-2937 | |
| 10925 | MURCIA, ALVARO A, 938 SHADOW TRACE CIRCLE, HOUSTON, TX 77082 | |
| 10925 | MURCIA, DAVID, 8304 14TH AVE APT 201, HYATTSVILLE, MD 20783 | |
| 10925 | MURCIA, ELIZABETH, 10327 CLAIR DRIVE, SUN CITY, AZ 85351 | |
| 10925 | MURCIA, ELIZABETH, 10327 CLAIR DRIVE, SUN CITY, AZ 85351-4442 | |
| 10924 | MURCO-MONROE (WESCO), 201 WASHINGTON STREET, MONROE, LA 71210 | |
| 10925 | MURDOCH INC., 936 TURRET CT., MUNDELEIN, IL 60060 | |
| 10925 | MURDOCK CO. INC., 936 TURRET COURT, MUNDELEIN, IL 60060 | |
| 10925 | MURDOCK SUPPLY, INC, 2488 RIVER ROAD, CINCINNATI, OH 45204 | |
| 10925 | MURDOCK, DAVID, 1035 EAGLE LAKE LP RD, WINTER HAVEN, FL 33880 | |
| 10925 | MURDOCK, LILLIAN, BOX 5 MAGOTHY BEACH ROAD, PASADENA, MD 21122-4427 | |
| 10925 | MURDOCK, RUSSELL, 499 PERRY ROAD, TROUTMAN, NC 28166 | |
| 10924 | MURDON CORP, 14241 OLD HWY 66, SAINT JAMES, MO 65559 | |
| 10924 | MURDON CORP, 14241 OLD HWY.66, SAINT JAMES, MO 65559 | |
| 10924 | MURDON CORPORATION, 14241 OLD HIGHWAY 66, SAINT JAMES, MO 65559 | |
| 10925 | MURENSKY II, RUDOLPH, PO BOX 588, WELCH, WV 24801 | |
| 10925 | MURFF, CHARLIE, 2055 SUFFOLK LANE, INDIANAPOLIS, IN 46260 | |
| 10925 | MURFF, TERRILL, 19147 CENTER, HOMEWOOD, IL 60430 | |
| 10925 | MURFIELD, FORREST, 2620 BRETTON, WICHITA FALLS, TX 76308 | |
| 10925 | MURFIELD, JAMES, 617 COMPTON, NEW IBERIA, LA 70560 | |
| 10925 | MURFIN DIV / MENASHA CORP, 539 INDUSTRIAL MILE RD, COLUMBUS, OH 43228 | |
| 10924 | MURFIN DIVISION, 539 INDUSTRIAL MILE ROAD, COLUMBUS, OH 43228-2412 | |
| 10924 | MURFIN DIVISION, 540 INDUSTRIAL MILE ROAD, COLUMBUS, OH 43228 | |
| 10924 | MURFIN DIVISION, PO BOX 28038, COLUMBUS, OH 43228 | |
| 10924 | MURFIN SOUTH, 235 CONWAY DRIVE, BOGART, GA 30622 | |
| 10925 | MURIEL B RYCKAERT AS CUSTODIAN, FOR NICOLE M RYCKAERT, UNDER THE MICHIGAN UNIFORM, TRANSFERS TO MINORS ACT, PO BOX 373, CHESANING, MI 48616-9481 | |
| 10925 | MURIEL C KASDON, 127 BAY STATE RD, BOSTON, MA 02215-1711 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MURIEL COLMAN, 1302 TAFT ROAD, TEANECK, NJ 07666

10925   MURIEL D MILLER, 4025 CONSAUL RD, SCHENECTADY, NY 12304-2417

10925   MURIEL H LARSEN TR UA JUL, 1 70 FBO KARL J LARSEN, 802 GIBBON ST, ALEXANDRIA, VA 22314-4128

10925   MURIEL M FLETT TR, UDT FEB 15 94, 3717 DOUNE WAY, CLAREMONT, FL 34711-6964

10925   MURIEL S BAUER, 3766 S HIBISCUS WAY, DENVER, CO 80237-1043

10925   MURIEL TOLL TR UA JAN 16 93, LEONARD TOLL TRUST, 205 RIVERSHIRE LN APT 210, LINCOLNSHIRE, IL 60069-3807

10925   MURILLO JR, JOHN, 18549 VICTORY BLVD, RESEDA CA, CA 91016

10925   MURILLO, DONALD, 1209 DEREK DRIVE SW, JACKSONVILLE, AL 36265

10925   MURILLO, ENRIQUE, 2662 MORELLO CT., UNION CITY, CA 94587

10925   MURILLO, HAZEL, 4224 EAST HWY, MESQUITE, TX 75149

10925   MURILLO, ILDA, 143 W. 234TH ST., CARSON, CA 90745

10925   MURILLO, JAVIER, 1136 44TH ST, SAN DIEGO, CA 92102

10925   MURILLO, JOSE ROBERT, 218 KERALUM AVE, MISSION, TX 78572

10925   MURILLO, JUANA, 10520 BURL ST, LENNOX, CA 90304

10925   MURILLO, LEOPOLDO, 218 KERALUM, MISSION, TX 78572

10925   MURILLO, MARIA, 1340 W. PARADE, 3, LONG BEACH, CA 90810

10925   MURILLO, ROBERT, 3622 ADAMS ST #41, RIVERSIDE, CA 92504

10925   MURILO, POLINA, 7 SHEPPARD TERRACE, WEST ORANGE, NJ 07052

10925   MURIN, MARGARET, 2502 LARCHMONT CT, AUGUSTA, GA 30909

10925   MURKINS, BRETT ANTHONY, 40 HIGGINS ST, LOGANHOLME QLD, 04129AUSTRALIA      *VIA Deutsche Post*

10925   MURLEY, EILEEN, PO BOX 247, BARNSTEAD, NH 03218

10925   MURNANE, SEAN, 11006 OLD BROOK ROAD, SPOTSYLVANIA, VA 22553

10925   MURNIN, KEVIN, 161 LIBERTY ST, BRAINTREE, MA 02184

10925   MURO, ERNEST, ONE BELLAGGIO PLACE PO BOX 40, ANNANDALE, NJ 08801

10925   MURPH, DEBORAH, 5900 FOREST LEDGE, SAN ANTONIO, TX 78240

10925   MURPH, DEBORAH, 6127 YOWM ST, PHILADELPHIA, PA 19142

10925   MURPH, DOUGLAS, 151 SHADYWOODS RD, MORRISTOWN, TN 37814

10925   MURPHEY, CARLENE, 7120 ALLYN DRIVE, AZLE, TX 76020

10925   MURPHREE, JEFFERSON, RT. 1, BOX 682, BIG SPRING, TX 79720

10925   MURPHY & DICKEY, 930 NORTH YORK ROAD, HINSDALE, IL 60521

10924   MURPHY & HIBBS SEALANTS, 4001 N. STILES, OKLAHOMA CITY, OK 73105

10925   MURPHY & MILLER INC., 135 SOUTH LASALLE ST, CHICAGO, IL 60674-2073

10925   MURPHY ACE HARDWARE, 319 SOUTH NELTNOR BLVD.-RTE 59, WEST CHICAGO, IL 60185

10924   MURPHY CONSTRUCTION CO, 1615 CLARE AVE, WEST PALM BEACH, FL 33402

10925   MURPHY CORMIER GEN CONT, INC, 2885 HWY 14 EAST, LAKE CHARLES, LA 70605

10924   MURPHY CORMIER, 2885 HIGHWAY 14 EAST, LAKE CHARLES, LA 70605

10924   MURPHY CORMIER, 2885 HWY 14 EAST, LAKE CHARLES, LA 70605

10924   MURPHY CORMIER, RT 14, BOX 1935, LAKE CHARLES, LA 70605

10925   MURPHY ESQ, BILL, PO BOX 302, SHERIDAN, AR 72150

10925   MURPHY EXPLORATION & PRODUCTION CO, 1209 ORANGE ST, WILMINGTON, DE 19801

10925   MURPHY EXPLORATION & PRODUCTION CO, 40 W LAWRENCE PO BOX 1166, SUITE A, HELENA, MT 59624

10925   MURPHY JR, BERNARD A, 1012 FAIRWOOD LANE, OLATHE, KS 66061

10925   MURPHY JR, J, 139 COONAMESSETTE CIRCLE, FALMOUTH, MA 02536

10925   MURPHY JR, JAMES, 1 INDIAN DAWN, WAYLAND, MA 01778

10925   MURPHY JR, ROBERT F, 14 LUCE ST, LOWELL, MA 01852-3010

10925   MURPHY JT TEN, JOHN J & HELEN G, 99 CORTWOOD VILLAGE, ORANGEBURG, NY 10962-2847

10925   MURPHY MORGAN, 30 WEST 4TH ST , SUITE 210, PO BOX 928, NEWPORT, KY 41072-0928

10924   MURPHY OIL CORP - 1, 2500 E. ST. BERNARD HWY, MERAUX, LA 70075

10924   MURPHY OIL CORPORATION, 200 PEACH STREET, EL DORADO, AR 71731-7000

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10924 | MURPHY OIL CORPORATION, PO BOX 100, MERAUX, LA 70075 |
| 10924 | MURPHY OIL USA, INC., 2400 STINSON AVENUE, SUPERIOR, WI 54880 |
| 10924 | MURPHY OIL USA, INC., PO BOX 100, MERAUX, LA 70075 |
| 10924 | MURPHY OIL USA, INC., PO BOX 2066, SUPERIOR, WI 54880 |
| 10924 | MURPHY OIL USA,INC. 2, 2500 E. ST. BERNARD HWY., MERAUX, LA 70075 |
| 10925 | MURPHY PACKAGING, 150 N. FAIRWAY DR.,STE. 160, VERNON HILLS, IL 60061 |
| 10925 | MURPHY TRANSPORTATION, INC, 256 W NORTH BEND RD, CINCINNATI, OH 45216 |
| 10925 | MURPHY, A, PO BOX 1439, MANSFIELD, LA 71052 |
| 10925 | MURPHY, ALVA, 4908 E WHITE OAK DR, LAKELAND, FL 33803 |
| 10925 | MURPHY, ANDREA, RT 3, LOT 43, CROWLEY, LA 70526 |
| 10925 | MURPHY, ARTHUR, 344 W MAIN ST, N ADAMS, MA 01247 |
| 10925 | MURPHY, BRENDA, # 1429, GRAND PRAIRIE, TX 75053 |
| 10925 | MURPHY, C, 1201 WISEBURG ROAD, WHITE HALL, MD 21161 |
| 10925 | MURPHY, CANDICE, 211 BOWKER ST, NORWELL, MA 02061 |
| 10925 | MURPHY, CARMELA, 53 MILES ST, MILLBURY, MA 01527 |
| 10925 | MURPHY, CAROL, 11 HOWARD ROAD, CHELMSFORD, MA 01824 |
| 10925 | MURPHY, CINDY, 559 CO RT #38, PARISH, NY 13131 |
| 10925 | MURPHY, DANIEL, 138 COOK LANE, MARLBORO, MA 01752 |
| 10925 | MURPHY, DARREN, 1656 BELLE HAVEN, GRAYSLAKE, IL 60030 |
| 10925 | MURPHY, DELIGHT, 1462 CARDINAL LN, GREEN BAY, WI 54313 |
| 10925 | MURPHY, DIANA, 5165A STONERIDGE RD, COLUMBUS, OH 43213 |
| 10925 | MURPHY, DIANNE, 1059 ALBA ST, MOBILE, AL 36605 |
| 10925 | MURPHY, DONALD, 2135 EAGLE ST, BALTIMORE, MD 21223-3335 |
| 10925 | MURPHY, DONNA, 27 ABERDEEN ST, 3R, BOSTON, MA 02215 |
| 10925 | MURPHY, DONNA, 838 WHITHEY AVE., MEMPHIS, TN 38127 |
| 10925 | MURPHY, DOROTHY J, 6251 OLD DOMINION DR APT 275, MC LEAN, VA 22101-6101 |
| 10925 | MURPHY, DOUGLAS, 1736 HAROLD ST, GREEN BAY, WI 54302 |
| 10925 | MURPHY, DUNCAN, 2 HELMWAY AVE, TRENTON, NJ 08609 |
| 10925 | MURPHY, EDITH, 461 FALCONCREST WEST, PLANT CITY, FL 33565-9079 |
| 10925 | MURPHY, EDWARD, 10 LINDEN ST, GARDEN CITY, NY 11530 |
| 10925 | MURPHY, EDWARD, 25 BOSTON ROCK RD, MELROSE, MA 02176-5302 |
| 10925 | MURPHY, EDWARD, 4426 ASHFORD PLACE, DOUGLASVILLE, GA 30135 |
| 10925 | MURPHY, ELEANOR, 5640 JIM TOM DRIVE, JACKSONVILLE, FL 32211 |
| 10925 | MURPHY, ERIN, 5111 127TH PLACE SE, BELLEVUE, WA 98006 |
| 10925 | MURPHY, FRED, 1611 NORTH WINDSOR DRIVE, ARLINGTON HEIGHTS, IL 60004 |
| 10925 | MURPHY, GEORGE, 2306 SECRETARIAT DRIVE, OWENSBORO, KY 42301 |
| 10925 | MURPHY, HILDA, 1103 FOX SPARROW DR, MURRELLS INLET, SC 29576 |
| 10925 | MURPHY, J, 1501 SHEPHERD RD. APT.13, LAKELAND, FL 33811 |
| 10925 | MURPHY, JAMES, 1835 HWY 418, PELZER, SC 29669 |
| 10925 | MURPHY, JAMES, 19 REVERE ROAD, LARCHMONT, NY 10538-1814 |
| 10925 | MURPHY, JAMES, 310 SINGLETARY LN, FRAMINGHAM, MA 01702 |
| 10925 | MURPHY, JAMES, 4450 SW 66TH TERR, DAVIE, FL 33314 |
| 10925 | MURPHY, JAMES, 7018 KINGSTREE HWY., MANNING, SC 29102 |
| 10925 | MURPHY, JANINE, 11 LYNNFIELD ST, PEABODY, MA 01960 |
| 10925 | MURPHY, JIM, RR1 BOX 116, BOWMAN, ND 58623 |
| 10925 | MURPHY, JIMMY, 1337 CLOVERDALE, HIXSON, TN 37343 |
| 10925 | MURPHY, JO, 11042 COLEMAN RD, GULFPORT, MS 39503 |
| 10925 | MURPHY, JODI, 86 NORTH ST, DOUGLAS, MA 01516 |
| 10925 | MURPHY, JOHN C, 2347 WILLESDEN GREEN, TOLEDO, OH 43617 |
| 10925 | MURPHY, JOHN J, 5500 PRESTON RD STE 260, DALLAS, TX 75205-2662 |
| 10925 | MURPHY, JOHN J, DIR, 5500 PRESTON RD # 260, DALLAS, TX 75205 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MURPHY, JOHN, 10085 E CHARTER OAK RD, SCOTTSDALE, AZ 85260

10925   MURPHY, JOHN, 14 BONNER AVE, SOMERVILLE, MA 02143

10925   MURPHY, JOHN, 2347 WILLESDEN GREEN, TOLEDO, OH 43615

10925   MURPHY, JOHN, 2719 WYOMING AVE, PUEBLO, CO 81004

10925   MURPHY, JOHN, 72 HAYES ST, BLAUVELT, NY 10913

10925   MURPHY, JOHN, 81 NINA DRIVE, TEWKSBURY, MA 01876

10925   MURPHY, JOHN, BOX 130, WELLFORD, SC 29385

10925   MURPHY, JOSEPH, 2447 E. HUNTINGTON DRIVE, 5, DUARTE, CA 91010

10925   MURPHY, JUDITH, 1852 LAKE AVE, SCOTCH PLAINS, NJ 07076

10925   MURPHY, JUDY, 313 HARVARD DRIVE, DE FOREST, WI 53532

10925   MURPHY, KATHLEEN, 234 CENTRAL ST, MANSFIELD, MA 02048

10925   MURPHY, KENNETH, 2819 EPWORTH LANE, OWENSBORO, KY 42303

10925   MURPHY, KEVIN, 3206 TUSKET AVE, NORTH PORT, FL 34287

10925   MURPHY, KEVIN, 6 FISKE AVE, STONEHAM, MA 02180

10925   MURPHY, LAWRENCE, 1748 W. 65TH PL., INDIANAPOLIS, IN 46260

10925   MURPHY, LAWRENCE, 4445 LISA WAY, LILBURN, GA 30247-3646

10925   MURPHY, LEAMAN, 2511 DUNNHILL DR, GREENSBORO, NC 27405

10925   MURPHY, LEIGH, 204 ST. NICHOLAS DR., LAFAYETTE, LA 70506

10925   MURPHY, LORETTA, ABBE MANOR 295 SW 4TH AVE, POMPANO BEACH, FL 33062-6933

10925   MURPHY, MARIE, 113 SUNCHASE DRIVE, EASLEY, SC 29642

10925   MURPHY, MARIE, 28 CLAREMON ST, SOMERVILLE, MA 02144

10925   MURPHY, MARION, 200 BEDFORD ROAD, 16-C, WOBURN, MA 01801

10925   MURPHY, MAUREEN, 1249 CARROLLYN DRIVE, WESTMINSTER, MD 21158

10925   MURPHY, MAUREEN, 13 BIRCHCREST ST, BURLINGTON, MA 01803

10925   MURPHY, MAX, 1528 HAVEN PLACE, ALLEN, TX 75002-9998

10925   MURPHY, MICHAEL, 23 EPPING ST, ARLINGTON, MA 02174

10925   MURPHY, MICHAEL, 433 HILLSIDE AVE, ATTLEBORO, MA 02703

10925   MURPHY, NOEL, 2275 COMPASSPOINT LA, RESTON, VA 22091

10925   MURPHY, PATRICIA, 22 STRAWBERRY LA, DUXBURY, MA 02332

10925   MURPHY, PATRICK E, 2139 BRACKENBURY LANE, CORDOVA, TN 38018

10925   MURPHY, PATRICK, 2139 BRACKENBURY, CORDOBA, TN 38018

10925   MURPHY, PAUL, 21 WHIPPLETREE ROAD, CHELMSFORD, MA 01824-1929

10925   MURPHY, PAUL, 2206 26TH PLACE SE, PUYALLUP, WA 98372

10925   MURPHY, PAUL, 4311 LORCARDO DRIVE NE, CEDAR RAPIDS, IA 52402

10925   MURPHY, PEGGY, 7209 URSULA AVE, BROOKSVILLE, FL 34601

10925   MURPHY, RAYMOND, 1257 PEACH, ABILENE, TX 79602

10925   MURPHY, RICHARD, 11 AUTUMN RD., DRACUT, MA 01826

10925   MURPHY, ROBERT, 22 LELAND ST, SOMERVILLE, MA 02143

10925   MURPHY, ROBERT, 4505 MCINTYRE CROSSING, OWENSBORO, KY 42301

10925   MURPHY, ROSE M, 3710 CANOPUS CT, LOUISVILLE KY, KY 40219

10925   MURPHY, SARAH, 154 BRIDGEWATER CIR, IRMO, SC 29063

10925   MURPHY, SHANNON, 1664 DARTMOUTH COURT, NAPERVILLE, IL 60565

10925   MURPHY, SHIRLEY P, CHRISTINE ELIZABETH MURPHY, UNIF GIFTS MIN LAWS-MO, 1202
        KORTWRIGHT, ST LOUIS, MO 63119-1027

10925   MURPHY, SHIRLEY P, CUST FOR JANE CLARA MURPHY, UNIF GIFTS MIN LAWS-MO, C/O JANE
        MURPHY SAMUEL, 2800 STONINGTON PLACE, ST LOUIS, MO 63131-3417

10925   MURPHY, STEVEN, 1806 WILSON AVE, WICHITA FALLS, TX 76301

10925   MURPHY, STEVEN, 4 MOUNTAIN CHASE, TAYLORS, SC 29687

10925   MURPHY, SUSAN, 27 ALVIRNE DR, HUDSON, NH 03051

10925   MURPHY, TAMARA, 5358 S.E. 17TH AVE, PORTLAND, OR 97202

10925   MURPHY, TANYA, 5806 BRADLEY BLVD, BETHESDA, MD 20814

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MURPHY, THOMAS, 1665 BROWNS BRIDGE RD, HATTIESBURG, MS 39401

10925   MURPHY, THOMAS, 16710 LONDON AVE, BATON ROUGE, LA 70819

10925   MURPHY, VICKIE, 4206 BUCKLAND SQ., OWENSBORO, KY 42301

10925   MURPHY, VIVIAN, BOX 143, BEACH, ND 58621-0143

10925   MURPHY, WALTER J, C/O WALTER J MURPHY JR, 2111 WILSON BLVD #700, ARLINGTON, VA 22201-3001

10925   MURPHY, WAYNE, BOX 1385, MEEKER, CO 81641

10925   MURPHY, WILFRED F, 77 WARREN ST, ARLINGTON, MA 02174-5234

10925   MURPHY, WILLIAM T, 8020 HALL, LENEXA, KS 66219

10925   MURPHY, WILLIAM, 311 CAMROSE AVE, BALTIMORE, MD 21225

10925   MURPHY, WILLIAM, 324 HARVARD DRIVE, DEFOREST, WI 53532

10925   MURPHY, WILLIE, 154 NORTH ST, WELLFORD, SC 29385-9765

10925   MURPHY-FAUBERT, DYMPNA, 26 LAUREL ST, WEYMOUTH, MA 02189

10925   MURPHYS HAULING SERVICE, 8455 VERREE ROAD, PHILADELPHIA, PA 19111

10925   MURPHYS PARTY RENTAL, 3114 WEST 95TH ST, EVERGREEN PARK, IL 60642

10925   MURPHYS PARTY RENTAL, 3114 WEST 95TH ST, EVERGREEN PARK, IL 60805

10925   MURPHYS WASTE OIL SERVICES, 252 SALEM ST, WOBURN, MA 01801

10925   MURRAY A VALENSTEIN &, SUZANNE G VALENSTEIN TEN ENT, 1150 PARK AVE APT 12F, NEW YORK, NY 10128-1244

10925   MURRAY BUILDING PRODUCTS, 4700 S RIVERSIDE, MURRAY, UT 84123

10924   MURRAY CONSTRUCTION SERVICES, P.O. BOX 141, ELKHORN, NE 68022

10924   MURRAY DRYWALL & INSUL, 14646 GROVER ST, OMAHA, NE 68144

10924   MURRAY DRYWALL & INSULATION, CAMBRIDGE, MA 02140

10925   MURRAY FURGANG, 34 MCKINLEY PLACE, ARDSLEY, NY 10502-2322

10925   MURRAY GROUP INC, PO BOX 71328, SAN JUAN, PR 00936-8428

10924   MURRAY HILL PAINTING CO INC, 10-29 48TH AVE, LONG ISLAND CITY, NY 11101

10925   MURRAY I SAPERSTEIN, 9 JERMAIN ST, ALBANY, NY 12206-1002

10925   MURRAY I ZARIN &, THE, FLORENCE ZARIN FOUNDATION INC, 10 LIGHTHOUSE RD, GREAT NECK, NY 11024-1138

10924   MURRAY JUNIOR HIGH SCHOOL, 2200 BUFORD AVE., SAINT PAUL, MN 55108

10925   MURRAY KRASNE TR, 08 17 89, OF THE MURRAY KRASNE, REVOCABLE TRUST, 4955 SABAL PALM BL, TAMARAC, FL 33319-2687

10925   MURRAY MD, HAMADA, PO BOX 1321, ENGLEWOOD, NJ 07632

10925   MURRAY OHIO MFG. COMPANY, 100 HANNON DRIVE, LAWRENCEBERG, TN 38464

10925   MURRAY PRINT& OFFICE SUPPLY,INC, 3385 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

10925   MURRAY R KOONZ, JOHNSONBURG ROAD BOX 176, HOPE, NJ 07844-0176

10925   MURRAY, ALLEN, 1108 COOPERS KILL RD., CHERRY HILL, NJ 08034

10925   MURRAY, ALVIN, 2333 HWY 418 EAST, FOUNTAIN INN, SC 29644

10925   MURRAY, ANGELA, 215 REVERE BLVD, READING, PA 19609

10925   MURRAY, ANGELA, 4505 ELMA AVE, ANNISTON, AL 36201

10925   MURRAY, ANGELA, MADISON GARDENS, OLD BRIDGE, NJ 08857

10925   MURRAY, AUGUST E, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925   MURRAY, AUGUST, 3787 SPRING DRIVE, HUNTSVILLE, TX 77346

10925   MURRAY, BARBARA, 9099 SO COUNTY RD 250 E, HAMLET, IN 46532

10925   MURRAY, BEVERLY, 363 HIGH ST, CLOSTER, NJ 07624

10925   MURRAY, BOBBY, 37 SCHNEIDERMAN, AKRON, OH 44319

10925   MURRAY, BRIAN, 125 WARNER HILL RD. #14, STRATFORD, CT 06497

10925   MURRAY, BRUCE, 401 E 4TH ST, NEWPORT, KY 41071

10925   MURRAY, CAROL, 24 BARROWS ST, UNITB, LOWELL, MA 01852

10925   MURRAY, CHRISTINE, 131 POND ST, DUNSTABLE, MA 01827

10925   MURRAY, COLLEEN A, 202 HEMLOCK ST, SPARTANBURG, SC 29301

10925   MURRAY, DANIEL, 1633 4TH ST UNIT C, BOULDER, CO 80302

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MURRAY, DAVID, 16 HORSESHOE RD, CHELMSFORD, MA 01824 | |
| 10925 | MURRAY, DIANE, 344 MCKEAN ST., PHILADELPHIA, PA 19148 | |
| 10925 | MURRAY, DONALD, 10853 CASSANDRA WAY, DALLAS, TX 75226 | |
| 10925 | MURRAY, DOREEN, 16D NORTH COMMONS, LINCOLN, MA 01773 | |
| 10925 | MURRAY, EDWARD, 656 PARK AVE, REVERE, MA 01851 | |
| 10925 | MURRAY, EDWIN, 39434 LOGAN DRIVE, FREMONT, CA 94538 | |
| 10925 | MURRAY, ELLA, 7843 WILLIAMS AVE., PHILADELPHIA, PA 19150 | |
| 10925 | MURRAY, ELWYN, 225 ANDERS ROAD, JOHNSONVILLE, NY 12094 | |
| 10925 | MURRAY, GENEVIEVE, 3672 CLIFMAR RD, BALTIMORE, MD 21207 | |
| 10925 | MURRAY, GLORIA, 7100 BLVD E APT 6C, GUTTENBERG, NJ 07093-4734 | |
| 10925 | MURRAY, GRACE E, TOWN TAX COLLECTOR, 66 VIRGINIA ST, WATERLOO, NY 13165 | |
| 10925 | MURRAY, GRACE, TOWN TAX COLLECTOR, 66 VIRGINIA ST, WATERLOO, NY 13165 | |
| 10925 | MURRAY, HOPE, PO BOX 670, ATKINSON, NH 03811 | |
| 10925 | MURRAY, IVARY, 304 SW 2ND ST, MULBERRY, FL 33860-3010 | |
| 10925 | MURRAY, J, 250 RANDY RD, EADS, TN 38028 | |
| 10925 | MURRAY, JAMES, 311 CHAPMAN RD BOX 95, FOUNTAIN INN, SC 29644 | |
| 10925 | MURRAY, JAMES, 607 CEDAR, ATLANTIC, IA 50022 | |
| 10925 | MURRAY, JANE, 42 MAPLE AVE, WOBURN, MA 01801 | |
| 10925 | MURRAY, JASPER, 1507 28TH PL SE #B, WASHINGTON, DC 20020 | |
| 10925 | MURRAY, JEFFREY, 1034 W GILMORE ST, WINSLOW, AZ 86047 | |
| 10925 | MURRAY, JEFFREY, 14 VICTORIA RD, ARLINGTON, MA 02174 | |
| 10925 | MURRAY, JOHN, 1613 DEERWOOD DR, MADISON, WI 53716-1827 | |
| 10925 | MURRAY, JOHN, 78 EAST YOUTZ AVE, AKRON, OH 44301 | |
| 10925 | MURRAY, JUDY, ROUTE 1, COMMERCE, GA 30529 | |
| 10925 | MURRAY, KATHLEEN V., 7718 FALCON OAK, SAN ANTONIO, TX 78249 | |
| 10925 | MURRAY, KATHLEEN, 878 SILVER WAY, FERNLEY, NV 89408 | |
| 10925 | MURRAY, KELLEY, M-7 INVERNESS CIRCLE, NEW CASTLE, DE 19720 | |
| 10925 | MURRAY, KEVIN, 1783 COUNTY LINE RD, KENDALL, NY 14476 | |
| 10925 | MURRAY, KRISTIN, 1609 BUFFALO ST, GREENSBORO, NC 27405 | |
| 10925 | MURRAY, L, 3213 WINTERBERRY DR, ROANOKE, VA 24018-2864 | |
| 10925 | MURRAY, LAWRENCE N, 243 HIGH ST, CHAGRIN FALLS, OH 44022 | |
| 10925 | MURRAY, LESLIE, 17B RANGERS DR, HUDSON, NH 03051 | |
| 10925 | MURRAY, LOIS, 49 LA RUE DR, HUNTINGTON, NY 11743 | |
| 10925 | MURRAY, LOUISE TERES, 5286 GUINESS CT, DUBLIN OH, OH 43017 | |
| 10925 | MURRAY, MARGARET, 9314 RIDGE BLD, BROOKLYN, NY 11209 | |
| 10925 | MURRAY, MARIAN, 227 W. 4TH ST, MOMENCE, IL 60954 | |
| 10925 | MURRAY, MARK, PO BOX 366, FREEDOM, NH 03836 | |
| 10925 | MURRAY, MARTHA, 10 JONES RD, PEABODY, MA 01960-3714 | |
| 10925 | MURRAY, MARY, 1346 1/2 G AVE NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | MURRAY, MARY, 17 SHELLY DR, DERRY, NH 03038 | |
| 10925 | MURRAY, MAUREEN, 10 LONGFORD LANE, NORTH BILLERICA, MA 01862 | |
| 10925 | MURRAY, MICHAEL, 201 ACTON RD, CHELMSFORD, MA 01824 | |
| 10925 | MURRAY, MICHAEL, 313 S PEARY, ODESSA, TX 79762 | |
| 10925 | MURRAY, MICHAEL, 721 GOLDER, ODESSA, TX 79763 | |
| 10925 | MURRAY, MICHAEL, PO BOX 531, KASILOF, AK 99610 | |
| 10925 | MURRAY, NATASHA, 730 JENNINGS RD, EVANS, GA 30809 | |
| 10925 | MURRAY, PATRICK, 3009 S W 125TH ST, OKLAHOMA CITY, OK 73170 | |
| 10925 | MURRAY, REMONA, 3512 LYNNE HAVEN DRIVE, BALTIMORE, MD 21244 | |
| 10925 | MURRAY, ROBERT, 3823 CARROLLTON ROAD, UPPERCO, MD 21155 | |
| 10925 | MURRAY, ROBERT, 8370 MARKET ST, WILMINGTON, NC 28405 | |
| 10925 | MURRAY, SHERRIN, 7462 FIRST LEAGUE, COLUMBIA, MD 21046 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MURRAY, STEPHEN, 16 HORSESHOE RD., CHELMSFORD, MA 01824

10925   MURRAY, SUSAN, 134 HILLTOP ST, MORGANTON, NC 28655

10925   MURRAY, SUZANNE, 30 HEATHER ROW, TEWKSBURY, MA 01876

10925   MURRAY, SYLVIA, 5747 A KINGFISH DR, LUTZ, FL 33549

10925   MURRAY, THOMAS E, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MURRAY, THOMAS, 16 HORSESHOE ROAD, CHELMSFORD, MA 01824

10925   MURRAY, THOMAS, 5914-8 OLD CAMP BULLIS RD, SAN ANTONIO, TX 78257

10925   MURRAY, THOMAS, 77 TANYA DRIVE, MANSFIELD, MA 02048

10925   MURRAY, TRACY, 33 MONTGOMERY DRIVE, PLYMOUTH, MA 02360

10925   MURRAY, VALERIE, 229 JOSEPH AVE, PRICHARD, AL 36610

10925   MURRAY, VANESSA, 615 N JEFFERSON, MEXICO, MO 65265

10925   MURRAY, VICTOR, 4690 LOG CABIN RD., MACON, GA 31212

10925   MURRAY, VINCENT, PO BOX 1503, SIMPSONVILLE, SC 29681

10925   MURRAY, WARREN, 3512 LYNNE HAVEN DR, BALTIMORE, MD 21244

10925   MURRAY, WAYNE, PO BOX 874207, WASILLA, AK 99687

10925   MURRAY, WILLIAM, 2004 GRANT, WICHITA FALLS, TX 76309

10925   MURRAY, WILLIE, 2001 13TH ST, LAKE CHARLES, LA 70601

10925   MURRAYE, DANIEL, 223 BEREA FOREST, GREENVILLE, SC 29611

10924   MURRAY'S READY MIX, PO BOX 1351, TEMECULA, CA 92593

10925   MURRELL, CARLA, 1213 STILLWATER, CARROLLTON, TX 75007

10925   MURRELL, JOHN, 1713 SOUTH ANDREWS ROAD, YORKTOWN, IN 47396

10925   MURRELL, MILTON, 1508 EAST 22 ST., WINSTON SALEM, NC 27105

10925   MURRHEE, RICHARD, 403 BEVERLY BLVD, BRANDON, FL 33511-5507

10925   MURRIETTA CIRCUITS, 4761 E HUNTER AVE, ANAHEIM, CA 92807

10925   MURRIN LAW FIRM, 4018 WEST 65TH ST, EDINA, MN 55345

10925   MURRISH, GILBERT, 810 EAST CHUSKA, HOBBS, NM 88240

10925   MURRMANN JR, JOHN G, 215 5TH AVE SW, GLEN BURNIE, MD 21061-3435

10924   MURRO CHEMICAL COMPANY OF VIRGINIA,, 1510 COLUMBUS AVENUE, PORTSMOUTH, VA 23704

10924   MURRY HILL PLANT, 10-29 48TH AVE C/O GEO STORY, LONG ISLAND CITY, NY 11101

10925   MURSIN, MARIA, 7755 WOLFORD WAY, LORTON, VA 22079

10925   MURTAGH, EUNICE, 45 BLACK ROCK RD, YARDLEY, PA 19067

10925   MURTAGH, RICHARD, 45 BLACK ROCK RD, YARDLEY, PA 19067

10925   MURTAUGH, DANIEL, 296 SW 29TH AVE, DELRAY BEACH, FL 33445

10925   MURTHA, MICHELE, 5577 SW 91ST TERR, GAINESVILLE, FL 32608

10925   MURTHY, SHOBHA, 5 CHILTON MANNOR, CHARLESTON, WV 25314

10925   MURTON ROOFING, 7860 NW 67TH ST, MIAMI, FL 33166

10925   MURTON, MARION, 603 NEWBROOK LANE, WEST COLUMBIA, SC 29169

10924   MUSCATINE COUNTY JAIL, INTERSECTION OF 4TH. & WALNUT, MUSCATINE, IA 52761

10924   MUSCLE SHOALS MEDICAL CENTER, C/O HICO CONCRETE, MUSCLE SHOALS, AL 35661

10925   MUSCO, CARLO, 1409 ROPER MOUNTAIN ROAD, APT. 286, GREENVILLE, SC 29615

10924   MUSCODA READY MIX, NEBRASKA AVENUE, MUSCODA, WI 53573

10925   MUSCULAR DYSTROPHY ASSOC, 566 DENNY WAY, SEATTLE, WA 98109

10925   MUSCULAR DYSTROPHY ASSOC., 900 JORIE BLVD #250B, OAK BROOK, IL 60523

10925   MUSCULAR DYSTROPHY ASSOCIATION, 4767 HOPYARD RD, PLEASANTON, CA 94566

10925   MUSCULAR DYSTROPHY ASSOCIATION, PO BOX 849, PORT ARTHUR, TX 77640

10925   MUSE JR, WILLIAM, 59 CENTRAL AVE, CLARK, NJ 07066

10925   MUSE, CHRISTOPHER J, 101 TREMONT ST #615, BOSTON, MA 02108

10925   MUSE, DANIEL, 21 SUNLAND DR., HUDSON, NH 03051

10925   MUSE, DAVID, ROUTE 4 BOX 1153, LAURENS, SC 29360

10925   MUSE, JANE K, 3104 51 ENGLAND DR, FAYETTEVILLE NC, NC 28306

10925   MUSE, JOSEPH, 3726 LEACH RD, GAINESVILLE, GA 30506

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MUSE, NANCY, 15503 BAY POINT DR., DALLAS, TX 75248

10925   MUSE, THOMAS, 244 S. HOUSTON, ARANSAS PASS, TX 78336

10924   MUSEUM JEWISH HERITAGE, 40 1ST PLACE, NEW YORK, NY 10014

10924   MUSEUM OF AFRICAN-AMERICAN HISTORY, 315 E. WARREN ROAD, DETROIT, MI 48201

10924   MUSEUM OF CONTEMPORARY ART, COMMERCIAL ENTERPRISES, SAN DIEGO, CA 92101

10925   MUSEUM OF FINE ARTS BOSTO, 479 HUNTINGTON AVE, BOSTON, MA 02115

10924   MUSEUM OF FINE ARTS DO NOT USE, 111 SOUTH ROYAL STREET, MOBILE, AL 36602

10924   MUSEUM OF SCIENCE & HISTORY, C/O BARNWELL INC., JACKSONVILLE, FL 32210

10924   MUSEUM OF SCIENCE AND INDUSTRY, 5700 LAKE SHORE DRIVE, CHICAGO, IL 60637

10925   MUSEUM OF SCIENCE, SCIENCE PARK, BOSTON, MA 02114

10924   MUSEUM TOWER, 15 MONSIGNOR HIGHWAY, CAMBRIDGE, MA 02141

10925   MUSGRAVE, ELIZABETH, 7618 CENTER ST, MCCORDSVILLE, IN 46055

10925   MUSGRAVE, SHERRI, 9019 CHRYSANTHEMUM DR, BOYNTON BEACH, FL 33437

10925   MUSGROVE, LINDA, 13801 N 37TH ST, TAMPA, FL 33613

10925   MUSGROVE, NEETA D, CUST FOR JACK V MUSGROVE, UNIF GIFT MIN ACT TX, 1701 LOST CREEK BLVD, AUSTIN, TX 78746-6133

10925   MUSGROVE, WILLIE, 126 GUNTER ST, MARIETTA, GA 30060

10925   MUSHINSKI, WILLIAM, 500 PALO VERDE DR, NAPLES, FL 34119-1805

10925   MUSHLIN, DR MARSHA, CUST FOR JENNIFER ELIZABETH MUSHLIN, UNIF GIFT MIN ACT KY, 19 FARINA RD, NEWTON, MA 02459-2833

10925   MUSHLIN, DR MARSHA, CUST FOR RACHEL NAOMI MUSHLIN, UNDER KY UNI TRAN TO MIN ACT, 19 FARINA RD, NEWTON, MA 02459-2833

10925   MUSHLIN, DR MARSHA, CUST FOR REBECCA ANN MUSHLIN, UNDER THE KENTUCKY, UNIFORM TRANSFERS TO MINORS ACT, 19 FARINA RD, NEWTON, MA 02459-2833

10925   MUSIAK, JOSEPH, 46 CABRAL DRIVE, MIDDLETON, MA 01949

10924   MUSICAND DISTRIBUTION CENTER, 2001 MUSICLAND DRIVE, FRANKLIN, IN 46131

10925   MUSICK, PHILIP, 310 MIMOSA, BURKBURNETT, TX 76354

10925   MUSK, CYNTHIA, RR 4, WISCASSET, ME 04578

10925   MUSKIEWICZ, JACK, 10 HENRY DRIVE, HUDSON, NH 03051-3408

10925   MUSKIN, WILLIE, 1525 NORTH 47TH ST, MILWAUKEE, WI 53208

10925   MUSKINGUM COLLEGE, 163 STORMONT, NEW CONCORD, OH 43762

10924   MUSKOGEE BRIDGE CO INC., P.O. BOX 798, MUSKOGEE, OK 74401

10924   MUSKOGEE BRIDGE CO. INC., MUSKOGEE, OK 74401

10924   MUSKOGEE BRIDGE CO. INC., P. O. BOX 798, MUSKOGEE, OK 74401

10925   MUSNGI, CRISOSTOMO P, 289 BLAISDELL RD, ORANGEBURG, NY 10962-2521

10925   MUSSACHIA, DEBRA, 17081 EVERGREEN CIR #C, HUNTINGTON BEACH, CA 92647

10925   MUSSE, MARIE, 178 STEPHENS ST., BELLEVILLE, NJ 07109

10925   MUSSELMAN, BRION, 5264 HWY 212 NORTH, COVINGTON, GA 30209

10925   MUSSELMAN, JEAN, 5852 CLEVELAND ROAD, WOOSTER, OH 44691

10925   MUSSELMAN, JOSEPH, 608-B CLAY ST, FRANKIN, VA 23851

10925   MUSSELMAN, MARGARET, POBX 421, MANVILLE, NJ 08835

10925   MUSSELWHITE, KEVIN, 526 BEACON ST., BOSTON, MA 02215

10925   MUSSER, MARK A, 1234 N WESTFIELD RD, MADISON, WI 53717-1040

10925   MUSSER, ROBERT, 4822 OLD STATE RD 8-N, AVON PARK, FL 33825

10925   MUSSON, BRADY, 3860 E. NEW YORK ST., #424, AURORA, IL 60504

10925   MUSSON, BRADY, 969 CORPORATE BLVD, AURORA, IL 60504

10925   MUSSRO JR, NICHOLAS, 68 COUNTRYSIDE DR, DOYLESTOWN, PA 18901

10925   MUSSRO JR, NICHOLAS, 68 COUNTRYSIDE DRIVE, DOYLESTOWN, PA 18901

10925   MUSTAFA, GHULAM, 4105 N 4 TH ST # 3, ARLINGTON, VA 22203

10925   MUSTAFA, TOMIKA, 221 FLEETWOOD DRIVE, GREENVILLE, SC 29605

10925   MUSTAIN, THOMAS, RR 6 BOX 188, CARTHAGE, MO 64836-9220

10924   MUSTANG FUEL CORP., 2000 CLASSEN CENTER - 800 EAST, OKLAHOMA CITY, OK 73106

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MUSTANG INDUSTRIAL EQUIPMENT CO., PO BOX 200386, DALLAS, TX 75320

10925   MUSTANG INDUSTRIAL EQUIPMENT CO., POBOX 4346 DEPT 160, HOUSTON, TX 77210-4346

10925   MUSTICA, ADA, 667 N 7TH ST, NEWARK NJ, NJ 07107

10925   MUSTO, ARMANDO, 8736 RIDGE ROAD, BETHESDA, MD 20817

10924   MUTCHLER CHEMICAL CO., INC., 99 KINDERKAMACK ROAD, WESTWOOD, NJ 07675

10925   MUTCHLER, CHARLES, 406 KEWANNA DRIVE, JEFFERSONVILLE, IN 47130

10925   MUTELL, ROBERT, 57 MICHAEL LANE, WHITINSVILLE, MA 01588

10925   MUTH ASSOCIATES INC, 53 PROGRESS AVE, SPRINGFIELD, MA 01104-3266

10925   MUTH ASSOCIATES, INC, 53 PROGRESS AVE., SPRINGFIELD, MA 01104-3266

10925   MUTH, AMY, 4739 TROJAN ST., OREFIELD, PA 18069

10925   MUTH, EARL, 3601 S SEELEY AVE, CHICAGO, IL 60609

10925   MUTH, HENRI, 1407 LUNETA DRIVE, DEL MAR, CA 92014

10925   MUTH, RITA, 4125 LORRAINE CIRCLE, ALLENTOWN, PA 18104

10925   MUTHER, MICHAEL, 1782 BURNS AVE, GREEN BAY, WI 54303-2360

10925   MUTIA, GINA, 14412 MARABELLA, CARSON, CA 90745

10925   MUTOLO, JOHN, 7242 LOST FABLE LN, HOUSTON, TX 77095

10925   MUTTER, SHIRLEY, 3105 VERNA ST, METAIRIE, LA 70003-1831

10924   MUTTONTOWN COUNTRY CLUB, ROUTE 25A, MUTTONTOWN, NY 11732

10924   MUTUAL BENEFIT LIFE, 5900 WHILSHIRE BLVD., LOS ANGELES, CA 90050

10924   MUTUAL LIFE BUILDING, 444 MERRICK RD, LYNBROOK, NY 11563

10925   MUTUAL LIFE INS CO OF NY, PO BOX 4830, SYRACUSE, NY 13221

10925   MUTUAL LIQUID GAS & EQUIPMENT, 17117 S.BROADWAY, GARDENA, CA 90248

10924   MUTUAL MATERIALS CO, 3150 29TH S W, TUMWATER, WA 98502

10924   MUTUAL MATERIALS CO, 5915 75TH ST. WEST, LAKEWOOD, WA 98499

10924   MUTUAL MATERIALS, 16800 S.E. 130TH, CLACKAMAS, OR 97015

10924   MUTUAL MATERIALS, 605 119TH NE, BELLEVUE, WA 98009

10924   MUTUAL MATERIALS, 6721 E TRENT, SPOKANE, WA 99212

10924   MUTUAL MATERIALS, 7414 SOUTH 206TH, KENT, WA 98031

10924   MUTUAL MATERIALS, 8760 COMMERCE PLACE DRIVE NE, LACEY, WA 98516

10924   MUTUAL MATERIALS, 8760 COMMERCE PLACE DRIVE, LACEY, WA 98516

10924   MUTUAL MATERIALS, EAST 15708 MARIETTA AVENUE, SPOKANE, WA 99214

10924   MUTUAL MATERIALS, LAKEWOOD, WA 98259

10924   MUTUAL MATERIALS, P.O. BOX 2009, BELLEVUE, WA 98005

10924   MUTUAL MATERIALS, P.O. BOX 2009, BELLEVUE, WA 98009

10925   MUTUAL MFG & SUPPLY CO., PO BOX 931640, CLEVELAND, OH 44193

10925   MUTUAL MFG. & SUPPLY CO., 3286 SPRING GROVE AVE., CINCINNATI, OH 45223

10924   MUTUAL STAMPING & MFG. COMPANY, 655 PLAINS ROAD, MILFORD, CT 06460

10925   MUTZ, SUZANNE C, 232 E 82ND ST-#4B, NEW YORK, NY 10028

10925   MUTZ, SUZANNE, 232 E 82ND ST - #4B, NEW YORK, NY 10028

10924   MUVICO  THEATRE, 3200  AIRPORT ROAD, BOCA RATON, FL 33431

10924   MUVICO ARUNDEL MILLS MALL, 7600 CLARK ROAD, HANOVER, MD 21076

10924   MUVICO ST PETE BAYWALK, C/O MADER CONSTRUCTION, 101 3 RD AVE NORTH, SAINT PETERSBURG, FL 33733

10924   MUVICO-CITY PLACE, SOUTH ROSMARY ROAD, WEST PALM BEACH, FL 33401

10924   MUYA LOUIE, 834 VIEW RIDGE DR, SAN MATEO, CA 94403-4040

10925   MUZAFFER ERSELCUK, 318 W 102ND ST, NEW YORK, NY 10025-4931

10925   MUZAK - CHARLOTTE, 9801-G SOUTHERN PINE BLVD, CHARLOTTE, NC 28273

10925   MUZAK INC, PO BOX 806, NEEDHAM HEIGHTS, MA 02194

10925   MUZAK, 60 KENDRICK ST, NEEDHAM HEIGHTS, MA 02194-0080

10925   MUZYCHENKO, RICHARD, 2212 TISINGER AVE, DALLAS, TX 75228

10925   MUZZY, LAURIE, 49 STATE ST, NEW BEDFORD, MA 02740

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MUZZY, SCOTT, 49 STATE ST, NEW BEDFORD, MA 02740

10925 MVA, 6601 RITCHIE HWY., NE, GLEN BURNIE, MD 21062-0002

10925 MVA, INC, 5500 OAKBROOK PKWY., NORCROSS, GA 30093

10924 MVP CONSTRUCTION SERVICES INC, 5099 N W 81ST TERRACE, CORAL SPRINGS, FL 33067

10924 MVRMC OFFICE BUILDING, 650 ADDISON AVE. WEST, TWIN FALLS, ID 83301

10925 MW HOTT, INC, PO BOX 62020, CINCINNATI, OH 45262

10925 MWAMUKA, MARIA, 10605 SANDPIPER, HOUSTON, TX 77035

10925 MWB BUSINESS SYSTEMS, 14397 AMARGOSA ROAD, VICTORVILLE, CA 92392-2346

10925 MWCEA, INC, 6400 BALTIMORE NTL PIKE # 455, CATONSVILLE, MD 21228-3915

10925 MWERINDE, VUYISWA, 4718 MERMAID BLVD., WILMINGTON, DE 19808

10925 MWM COMPANY INC, 11 NEWBURY ST, NORTH QUINCY, MA 02171

10925 MWM COMPANY INC, 11 NEWBURY ST, NORTH QUINCY, MA 02171-1751

10925 MWPCA, PO BOX 459, WINCHENDON, MA 01475

10924 MWRA, 2 GRIFFIN WAY, CHELSEA, MA 02150

10925 MY FLORIST, 1120 S COUNTRY CLUB #105, MESA, AZ 85202

10925 MY VERY OWN FLOWER SHOP, 2222 FRAYSER BLVD, MEMPHIS, TN 38127

10925 MYATT, C, 608 COMET DRIVE, NASHVILLE, TN 37209

10925 MYCHALUK, DANIEL, 2133 85 ST, NORTH BERGEN, NJ 07047

10925 MYCHALUK, DANIEL, 256 UNION AVE, WOODRIDGE, NJ 07075

10925 MYCO DIV OF WAYNE TRANSPORT, 3180 EAST 117TH ST, INVER GROVE HEIGHTS, MN 55075

10925 MYCO, 3180 EAST 117TH ST, INVER GROVE HEIGHTS, MN 55077

10925 MYELIN PROJECT, 1747 PENNSYLVANIA AVE., WASHINGTON, DC 20006

10925 MYER, DAVID, 4125 BEARD AVE, WICHITA FALLS, TX 76308

10925 MYER, LEON C & VERA S, TENANTS IN COMMON, PO BOX 563, PALM SPRINGS, CA 92263-0563

10924 MYERHOFF SYMPHONY HALL, BALTIMORE, BALTIMORE, MD 21205

10925 MYERS & HENLEY, INC, 11693 CHESTERDALE RD, CINCINNATI, OH 45246

10925 MYERS AGRI, PO BOX 180, FREDERICK, MD 21705

10925 MYERS ASSOCIATES, 32 TENNEY LANE, SCARBOROUGH, ME 04074-7510

10925 MYERS BODY SHOP, 5433 US 29 BUSINESS, REIDSVILLE, NC 27320

10925 MYERS CONTAINER CORPORATION, #49 SOUTH 600 W, SALT LAKE CITY, UT 84101

10925 MYERS ENGINEERING INC., 8376 SALT LAKE AVE, BELL, CA 90201-5880

10925 MYERS ENGINEERING, 7 CANDLESTICK DR., LUTHERVILLE, MD 21093

10925 MYERS ENGINEERING, 8376 SALT LAKE AVE, BELL, CA 90201

10925 MYERS ENGINEERING, 8376 SALT LAKE AVE., BELL, CA 90201

10925 MYERS ENGINEERING, INC, 8376 SALT LAKE AVE, BELL, CA 90201-5816

10925 MYERS EQUIPMENT CORPORATION, 601 EAST MAIN ST, CANFIELD, OH 44406

10925 MYERS FINANCE REVIEW, PO BOX 3082, SPOKANE, WA 99220-9878

10925 MYERS FORKLIFT, 3044 SOUTH KILSON DR, SANTA ANA, CA 92707-4294

10925 MYERS FORKLIFT, 3044 SOUTH KILSON DRIVE, SANTA ANA, CA 92707-4294

10925 MYERS JR, GEORGE, 18 S. ORANGE AVE, FT MEADE, FL 33841

10925 MYERS JR, HUBERT, 465 SKYVIEW LAKE RD, WARRIOR, AL 35180

10925 MYERS JT TEN, GARY T & MARY R, 537 JALNA RD, BIRMINGHAM, AL 35214-2215

10925 MYERS MATERIAL HANDLING INC, DOUGLAS MYERS, 102 CENTER ST, WILDER, KY 41071

10924 MYERS PARK HIGH SCHOOL, C/O WARCO CONSTRUCTION, CHARLOTTE, NC 28202

10924 MYERS TRANSFER & STORAGE SYST., 1420 BIGLEY AVENUE, CHARLESTON, WV 25302

10924 MYERS TRUCKING CO. INC., ROUTE 4 BOX 472  ., YADKINVILLE, NC 27055

10924 MYERS TRUCKING CO. INC., ROUTE 4 BOX 472, YADKINVILLE, NC 27055

10924 MYERS TRUCKING CO.INC., ROUTE 4 BOX 472, YADKINVILLE, NC 27055

10925 MYERS, ALICE, 7150 E. 43RD. ST., INDIANAPOLIS, IN 46226

10925 MYERS, ALMA, 910 NW 4TH, ANDREWS, TX 79714

10925 MYERS, AMY, 5520 ETTA CT., COLUMBIA, MD 21045

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MYERS, BARBARA, PO BOX 1203, ELK CITY, OK 73648

10925    MYERS, BERMAN, PO BOX 562, SELLERSVILLE, PA 18960

10925    MYERS, BERNARD, 5803 CEDONIA AVE, BALTIMORE, MD 21206

10925    MYERS, BEVERLY, 1909 N. HOLMES AVE., INDIANAPOLIS, IN 46222

10925    MYERS, BILLIE, RT 7 BOX 114, OPELOUSAS, LA 70570

10925    MYERS, CHARLENE, 1038 WOODLAWN AVE., CHULA VISTA, CA 91911

10925    MYERS, CHARLES, 10 DELAWARE AVE, WOBURN, MA 01801

10925    MYERS, CHARLES, 2943 BLANKENSHIP, WICHITA FALLS, TX 76308

10925    MYERS, CLIFTON, 7981 GUILFORD RD, COLUMBIA, MD 21044

10925    MYERS, CLYDE, 4357 CAMERON ROAD, MORRISTOWN, TN 37814

10925    MYERS, DANNY, 1101 SHADY GROVE DR, GRANBURY, TX 76049

10925    MYERS, DAVID FRANCIS, 20 LEXINGTON DR, ACTON, MA 01720

10925    MYERS, DAVID, 1435 OAKHURST DR, LOS ANGELES, CA 90035-3227

10925    MYERS, DAVID, 20 LEXINGTON DRIVE, ACTON, MA 01720

10925    MYERS, DEBORAH, 2671 CANDLER DRIVE, MARIETTA, GA 30064

10925    MYERS, DEBORAH, 3866 RAMBLE HURST RD, COLUMBUS, OH 43221

10925    MYERS, DONALD, 32 ARCADIA ROAD, NATICK, MA 01760

10925    MYERS, EDDIE, 310 E ELDER, CANTON, SD 57013-1217

10925    MYERS, ERIC, 100 AVERY #206, CHAPEL HILL, NC 27514

10925    MYERS, ERIC, 4306 ASHVILLE, ASHVILLE, OH 43103

10925    MYERS, FLOYD, 24301 HWY. 613, LUCEDALE, MS 39452

10925    MYERS, FRANCES, 8420 BUCKLAND STRRET, LA MESA, CA 91942

10925    MYERS, GARRY, PO BOX 643, LUCEDALE, MS 39452

10925    MYERS, GENEVA, 5941 MILLRACE COURT, COLUMBIA, MD 21045

10925    MYERS, GERALD, 1016 NICODEMUS ROAD, REISTERTOWN, MD 21136

10925    MYERS, GLENN, 120 NORTH DAKOTA ST, CANTON, SD 57013-1832

10925    MYERS, HARDY, JUSTICE BLDG, 1162 COURT ST NE, SALEM, OR 97310

10925    MYERS, HIRAM, PO BOX 22062, BILLINGS,, MT 59104

10925    MYERS, JOSE, 1928 3RD AVE., SAN DIEGO, CA 92101

10925    MYERS, JR, JERRY, PO BOX 174, ROANOKE, TX 76062

10925    MYERS, KATHRYN, 3107 BAYBERRY DR SW, CEDAR RAPIDS, IA 52404

10925    MYERS, KAY, 904 BANK ST, SMYRNA, GA 30080

10925    MYERS, KEITH, 3301 PHILLIPS AVE, STEGER, IL 60475

10925    MYERS, KENNETH, 311 LASALLE ST, DURHAM, NC 27705

10925    MYERS, KEVIN, PO BOX 288, RT 2, WATSEKA, IL 60970

10925    MYERS, KRISTA M, 1135 WILLIAMS ST, BALTIMORE, MD 21230

10925    MYERS, KRISTA, 1133 WILLIAM ST, BALTIMORE, MD 21230

10925    MYERS, LAMONT, 3107 BAYBERRY DR SW, CEDAR RAPIDS, IA 52404

10925    MYERS, LINDA, 7976 WINDING RUN ROAD, ST. LOUISVILLE, OH 43071

10925    MYERS, LOIS, 927 MORAN RD, TRIVOLI, IL 61569

10925    MYERS, LORETTA, 1214 CENTRAL AVE #C, ALAMEDA, CA 94501

10925    MYERS, LORI, 8 ROBERT ST, PARSIPPANY, NJ 07054

10925    MYERS, MICHAEL, 9795 LYNN OAKS DRIVE, TRINITY, NC 27370

10925    MYERS, MICHELE, 1475 LAKE MARTIN DR, KENT, OH 44240

10925    MYERS, MIONNE, 2031 HWY 85, FAYETTEVILLE, GA 30214

10925    MYERS, MITCHELL, 433 LOLA ST, PASDENA, CA 91107

10925    MYERS, NATHAN, 2717 ALLAIN ST., JEANERETTE, LA 70544

10925    MYERS, OLGA, 409-25 SHEOAH BLVD, WINTER SPGS, FL 32708

10925    MYERS, PAMELA, 3064 DEEPWATER WAY, EDGEWOOD, MD 21040

10925    MYERS, RAYMOND, 6016 DUKE RD, JACKSONVILLE, FL 32217

10925    MYERS, ROBERT, 12202 WINDER PLACE, FT. WASH., MD 20744

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MYERS, RONALD, 1295 HOLLAND PKWY #92, BARTOW, FL 33830

10925   MYERS, S, 13930 AMBER LANE, WALKER, LA 70785

10925   MYERS, SCOTT, 2811 FLORIDA AVE, BALTIMORE, MD 21227

10925   MYERS, SHERRY, 1610 W SANDPIPER CL, PEMBROKE PINES, FL 33026

10925   MYERS, SR, JERRY, 3156 RAY SIMONS, FORT WORTH, TX 76106

10925   MYERS, SR, WELFORD, 669 HENRY BYRD RD., FLORENCE, MS 39073

10925   MYERS, TROY, 2610 MIMOSA, ABILENE, TX 79603

10925   MYERS, TROY, 3302 N.E. 28TH ST, FT WORTH, TX 76106

10925   MYERS, VICTOR G, 221 N. GROVE AVE, OAK PARK, IL 60302

10925   MYERS, VICTOR, 221 N GROVE AVE # 2N, OAK PARK, IL 60302

10925   MYERS, WESLEY, PO BOX 2902, EDMOND, OK 73083

10925   MYERSON, PRISCILLA, 9514 WOODY LA, GREAT FALLS, VA 22066

10925   MYGATT, PEARL, 579 WIND RIVER, DUNCANVILLE, TX 75116

10925   MYHAL, LORRAINE, 4023 VINCENNES PL, NEW ORLEANS, LA 70125

10925   MYHRE, LESLIE, 546 GRANITE AVE, LIBBY, MT 59923

10925   MYK, SHELIA, PO BOX 47, LEAVITTSBURG, OH 44430-0047

10925   MYKYTA, IHOR, 2 FOREST ST., MEDFIELD, MA 02052

10924   MYLAN PHARMACEUTICAL INC., 3711 COLLINSFERRY ROAD, MORGANTOWN, WV 26505

10924   MYLAN PHARMACEUTICAL INC., 781 CHESTNUT RIDGE ROAD, MORGANTOWN, WV 26505

10924   MYLES S. KELLY INC., 43-57 HARRISON AVENUE, HARRISON, NJ 07029

10925   MYLES, III, GUS, 1416 AMES BLVD, MARRERO, LA 70072

10925   MYLES, LISA, 3692 TERRAPIN LN, CORAL SPRINGS, FL 33067

10925   MYOTT, AMANDA, 8322 DYNASTY DRIVE, BOCA RATON, FL 33433

10925   MYOTT, SCOTT, 8322 DYNASTY DRIVE, BOCA RATON, FL 33433

10925   MYRA D SMITH, 3606 PENBROKE, COLORADO SPRINGS, CO 80907-4737

10925   MYRA F GRAYSON, 28 HEMLOCK DR, GREAT NECK, NY 11024-1234

10925   MYRA JUAREZ, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   MYRA M BETHELL, 23 PORTLAND ST, FRYEBURG, ME 04037-1205

10925   MYRA MCLAUGHLIN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   MYRA SAMOTIN, 111 STONE OAK DR, HARTSDALE, NY 10530-1149

10925   MYRACLE, LAURIE, 5543 DAGGETT, LONG BEACH, CA 90815

10925   MYRES, ROBERT, 2150 E. 2500 SOUTH, VERNAL, UT 84078

10924   MYRIAD CONVENTION CENTER, ONE MYRIAD GARDENS, OKLAHOMA CITY, OK 73102

10925   MYRICK, APRIL, 3145 WALNUT HILL LN, IRVING, TX 75038

10925   MYRICK, DAVID, ROUTE 3 BOX 12, RICHTON, MS 39476

10925   MYRICK, G, 500 WALDON AVE, BARTOW, FL 33830

10925   MYRICK, GILBERT, 4300 CHATUGE DR, BUFORD, GA 30519

10925   MYRICK, STEVEN MICHA, 12932 VIRGINIA, KANSAS CITY MO, MO 64146

10925   MYRIE, EVERTON, 25 LEFFERTS AVE, BROOKLYN, NY 11225

10925   MYRIE, RAE, 176 LOCUSTWOOD BLVD., ELMONT, NY 11003

10925   MYRLEN, INC, PO BOX 353, MOUNT FREEDOM, NJ 07970

10925   MYRON CALVIN ROBERTS &, MARY KATHERINE ROBERTS JT TEN, 2312 JEANNES TRAIL, EDMOND, OK 73003-4422

10925   MYRON DIANISKA &, SHARON K DIANISKA JTWRS JT TEN, 2503 UNION CHAPEL, SUGAR LAND, TX 77479-1324

10925   MYRON MANUFACTURING CORP., PO BOX 27988, NEWARK, NJ 07101-7988

10925   MYRON MFG CO, PO BOX 400, MAYWOOD, NJ 07607

10925   MYRON MFG CORP, PO BOX 27988, NEWARK, NJ 07101-7988

10925   MYRON W WILLARD JR &, CHARLOTTE P WILLARD JT TEN, 1319 CHASE AVE, CHICAGO, IL 60626-2129

10924   MYRTLE BEACH AIRPORT, 1100 JETPORT RD., MYRTLE BEACH, SC 29577

10925   MYRTLE BEACH, 785 JASON BLVD, MYRTLE BEACH, SC 29577

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MYRTLE DU BROFF TR UA JUL 19 90, MYRTLE DU BROFF REVOCABLE TRUST, 1132 W LUNT, CHICAGO, IL 60626-3563

10925   MYRTLE FRANCES LIU, 27-311 KAIEIE RD, PAPAIKOU, HI 96781

10925   MYRTLE W CUNEO, 11 PINE TREE DR, WESTPORT, CT 06880-2640

10925   MYSKIW, WALTER, 5282 POST ROAD, RIVERDALE, NY 10471

10925   MYSKIW, WOLODYMYR, 5282 POST ROAD, BRONX, NY 10471-3053

10924   MYSTIC MARRIOTT, 625 NORTH ROAD (ROUTE 117), GROTON, CT 06340

10925   MYSTIC VALLEY FOUNDRY INC., 14-16 HORACE ST, SOMERVILLE, MA 02143

10924   N & L WHOLESALE, 5525 CAMERON STREET, LAS VEGAS, NV 89118

10924   N & L WHOLESALE, P.O. BOX 14731, LAS VEGAS, NV 89118

10925   N & R DRYWALL, INC, 10 D ST, HUDSON, NH 03051

10925   N A C M NEW ENGLAND, 18 CRAWFORD ST, NEEDHAM HEIGHTS, MA 02494-2635

10924   N A WEST BLOCK COMPANY, PO BOX 128, EAST ELLIJAY, GA 30539

10925   N B COCHRANE CO, THE, 2900 LOCH RAVEN ROAD, BALTIMORE, MD 21218

10925   N C CORFF PARTNERSHIP LTD. AND, 701 NW 63RD ST , SUITE 500, OKLAHOMA CITY, OK 73116

10925   N C DEPT OF INSURANCE, POBOX 26387, RALEIGH, NC 27611

10924   N C PRODUCTS, 600 OLIVE STREET, KINSTON, NC 28501

10924   N C PRODUCTS, 916 WITHERS RD., RALEIGH, NC 27603

10924   N C PRODUCTS, U.S. HIGHWAY 401 N, CLAYTON, NC 27520

10925   N C S, POBOX 24101, CLEVELAND, OH 44124

10925   N CHATTAHOOCHEE FAMILY P, 3890 JOHNS CREEK PKWY 220, SUWANEE, GA 30024

10925   N E COLLEGE OF OCCUPATIONAL &, THE, 22 MILL ST, GROVELAND, MA 01834

10925   N I G P P, PO BOX 18121, NEWARK, NJ 07191

10925   N M P CORP, 12437 EAST 60TH ST, TULSA, OK 74146

10925   N M P CORP, PO BOX 35493, TULSA, OK 74153

10925   N PAUL KLAAS &, RUTH B KLAAS JT TEN, 51 HOOT OWL TERRACE, KINNELON, NJ 07405-2409

10924   N SCHOOL C/O SPRAY INSULATION, 1425 N. TRIPP, CHICAGO, IL 60623

10924   N W MEM HOSP C/O E. F. BRADY, BETWEEN HURON ERIE ST.CLAIR FAIRBAN, CHICAGO, IL 60611

10925   N Y STATE CONCRETE PROMOTION, 620 DICK ROAD STE 345, DEPEW, NY 14043

10925   N Y STATE SOCIETY OF CPAS, PO BOX 11015, NEW YORK, NY 10286-1015

10924   N&H PLUMBING SERVICES, 2300 LAMAR SUITE 109, AUSTIN, TX 78704

10924   N. AMERICAN RESOURCES, 16157 WELD COUNTY RD. 22, FORT LUPTON, CO 80621

10924   N. C. PRODUCTS, P O BOX 27077, RALEIGH, NC 27611

10924   N. CHARLESTON CONVENTION CENTER, 3330 W. MONTAGUE AVE, NORTH CHARLESTON, SC 29418

10925   N. DEAN MEYER & ASSOC INC, 641 DANBURY ROAD, STE D, RIDGEFIELD, CT 06877

10925   N. DEAN WILLEY, 12940 WILLOW LANE, GOLDEN, CO 13537

10924   N. E. R. DATA PRODUCTS, PO BOX 124, BLYTHEVILLE, AR 72316

10924   N. MISS. MEDICAL CENTER, C/O SRD, TUPELO, MS 38802

10924   N. WESTERN UNIVERSITY, SHERATON ROAD, EVANSTON, IL 60201

10924   N.A. WEST BLOCK CO., HGWY. 282, EAST ELLIJAY, GA 30539

10924   N.A. WEST BLOCK, HWY 282 EAST, EAST ELLIJAY, GA 30539

10924   N.A. WEST BLOCK, P O BOX 128, EAST ELLIJAY, GA 30539

10925   N.B.M.U.A., PO BOX 11398, NEWARK, NJ 07101

10924   N.C. GLOBAL TRANPARK ATH., 2780 JETPORT RD., SUITE A, KINSTON, NC 28504

10924   N.C. PRODUCTS, ATTN:  ACCOUNTS PAYABLE, RALEIGH, NC 27611

10925   N.C.M.C.A., PO BOX 40399, RALEIGH, NC 27629-0399

10924   N.E. CEMENT BLOCK, 479 BROADWAY RD., DRACUT, MA 01826

10924   N.E. CHEMCAT, 678 IPPONMATSU, NUMAZU, SHIZUOKA 410-03, 99999999JPN     **\*VIA Deutsche Post\***

10924   N.E. CHEMCAT, 678 IPPONMATSU, NUMAZU, SHIZUOKA, 99999999JPN     **\*VIA Deutsche Post\***

10925   N.E. PICQUET, PO BOX 962, ANGEL FIRE, NM 87710

10924   N.E. READY MIX CONCRETE CORP., RTE 30, FRAMINGHAM, MA 01701

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | N.E.C.O.E.M., 50 BURROUGHS ST, BOSTON, MA, MA 02130 | |
| 10924 | N.E.R. DATA PRODUCTS, INDUSTRIAL PARK, BLYTHEVILLE, AR 72315 | |
| 10924 | N.E.R. DATA PRODUCTS, PO BOX 124, BLYTHEVILLE, AR 72316 | |
| 10924 | N.F.P.A. C/O EAST COAST, 4 BATTERYMARCH PARK, QUINCY, MA 02169 | |
| 10924 | N.H. WILBERT VAULT CO., 12 INDUSTRIAL PARK DRIVE, CONCORD, NH 03301 | |
| 10924 | N.J. DEPT. OF STATE BLDG, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | N.L.P. ENTERPRISES INC., P.O. BOX 349, OWINGS MILLS, MD 21117 | |
| 10925 | N.N.E.C.P.A., PO BOX 6427, SCARBOROUGH, ME 04070-6427 | |
| 10924 | N.S. LOWE COMPANY, INC., 76 9TH AVENUE, NEW YORK, NY 10011 | |
| 10924 | N.S.P., 414 NICHOLET MALL, MINNEAPOLIS, MN 55402 | |
| 10925 | N.T. FASTENERS & SUPPLY, PO BOX 1026, THREE RIVERS, MI 49093 | |
| 10924 | N.T. GARGIULO/DRESICK, PHOENIX COATINGS, FIREBAUGH, CA 93622 | |
| 10924 | N.W. AIRLINES/DETROIT-MIDFIELD TERM, C/O J.L. MANTA, 2700 MIDFIELD DRIVE, DETROIT, MI 48242 | |
| 10924 | N.W. ATHLETIC CLUB, 85TH AVENUE OFF OF I-94, MAPLE GROVE, MN 55369 | |
| 10924 | N.W. MARTIN BROTHERS, 1531 SAINT JAMES STREET, RICHMOND, VA 23222 | |
| 10924 | N.W. PIPE COMPANY, 12351 RANCHO RD., ADELANTO, CA 92301 | |
| 10925 | N.W. WALL & CEILING BUREAU, 1032-A NE 65TH ST, SEATTLE, WA 98115 | |
| 10925 | N.Y.C. DEPT. OF FINANCE, PO BOX 9097, NEW YORK, NY 10256-9097 | |
| 10924 | N0018102, RECEIVING OFFICER, BLDG. 276, PORTSMOUTH, VA 23709-5000 | |
| 10924 | N0042160, SUPPLY DEPT., BLDG. 665, PATUXENT RIVER, MD 20670-5665 | |
| 10925 | N57, N57W24728 NIGHTHAWK CT., SUSSEX, WI 53089-5049 | |
| 10925 | NAA/NRMCA, PO BOX 79433, BALTIMORE, MD 21279-0433 | |
| 10925 | NAAB, PAULA, 2 QUONSET ST, HULL, MA 02045 | |
| 10925 | NABA K DAS, 3605 MELLOR VALLEY CT, ELLICOTT CIT, MD 21042-3759 | |
| 10925 | NABAK, RICHARD, 875 CORPORATE WAY #1, PULASKI, WI 54162 | |
| 10925 | NABAVI, SIROUS, 23-54 CORPORAL KENNEDY, BAYSIDE, NY 11360-1449 | |
| 10924 | NABCO ELECTRIC CO., 2800 2ND AVE., CHATTANOOGA, TN 37404 | |
| 10925 | NABERHAUS, WILLIAM, 4118 SUNNY VIEW DR, LAKELAND, FL 33813 | |
| 10925 | NABISCO GROUP HOLDING CORP, 1301 AVE OF THE AMERICAS, NEW YORK, NY 10019 | |
| 10925 | NABORS, DAVID, 453 W HAYNE ST, WOODRUFF, SC 29388 | |
| 10925 | NABORS, J., 425 ELDER DRIVE, JEFFERSON, GA 30549 | |
| 10925 | NABORS, JOSEPH, 250 S. CO. ST., CENTRE, AL 35960 | |
| 10925 | NABORS, KENNETH, PO BOX 542, GRAY COURT, SC 29645 | |
| 10925 | NABORS, THOMAS, 305 THELMA DRIVE, MAULDIN, SC 29662 | |
| 10925 | NABUUMA, FLORENCE, 8228 14TH AVE, HYATTSVILLE, MD 20783 | |
| 10925 | NACALABAN, DEBRA, #9 N. TIMBER TOP DR., THE WOODLANDS, TX 77380 | |
| 10925 | NACAN, 60 WEST DR, BRAMPTON, ON L6T 4W7CANADA | *VIA Deutsche Post* |
| 10925 | NACCI, CATHERINE, 2525 N.E. 15TH ST, POMPANO BEACH, FL 33062 | |
| 10925 | NACE INTERNATIONAL, 1440 SOUTH CREEK DR, HOUSTON, TX 77084 | |
| 10925 | NACE, PAUL, 9 CURWEN ROAD, PEOBODY, MA 01960 | |
| 10925 | NACHES, JUAN, C/PI 9 A A 08840, VILANDECANS, BARCELONA, SPAIN | *VIA Deutsche Post* |
| 10925 | NACIO, BOBBY, PO BOX 604, PINE PRAIRIE, LA 70576 | |
| 10925 | NACK, AMY, 416 6TH ST NE, WASHINGTON, DC 20002 | |
| 10925 | NACM, 224 SCHILLING CIRCLE,STE. 115, HUNT VALLEY, MD 21031-9928 | |
| 10925 | NACM-NEW ENGLAND INC, 18 CRAWFORD ST, NEEDHAM HEIGHTS, MA 02494-2635 | |
| 10925 | NACM-NEW ENGLAND, INC, 18 CRAWFORD ST, NEEDHAM HEIGHTS, MA 02494-2635 | |
| 10924 | NACOGDOCHES MEDICAL CENTER, 4920 NE STALLINGS DRIVE, NACOGDOCHES, TX 75961 | |
| 10925 | NACORE INTERNATIONAL, 440 COLUMBIA DR STE 100, WEST PALM BEACH, FL 33409-6685 | |
| 10925 | NACS, 10670 BARKLEY, PO BOX 12370, OVERLAND PARK, KS 66212 | |
| 10925 | NADA USED CAR GUIDE CO, 8400 WESTPARK DR, MC LEAN, VA 22102-9985 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NADACKAPADOM, JOHN, 9020 N CLIFTON AVE, NILES, IL 60714

10925   NADAL, ALFONSO, 657 WEST 161ST ST., NEW YORK, NY 10032

10925   NADEAU, KAREN, RT 31, CLINTON, NJ 08809

10925   NADEAU, PATRICIA, 7 DIX ROAD, MAYNARD, MA 01754

10925   NADEAU, RICHARD, 19 E CHAMBERLAIN RD, MERRIMACK, NH 03054

10925   NADEAU, TERRI, 67 NEWTON DR, NASHUA, NH 03063

10924   NADEL INDUSTRIES INC., 40 TRAVERSE AVENUE, PORT CHESTER, NY 10573

10925   NADEL, ERIC, 2316 SOCIETY DR, CLAYMONT, DE 19703

10925   NADEP RECEIVING OFFICER, CUNNINGHAM ST, BLDG 159 BAY DOOR R4, CHERRY POINT, NC 28533

10925   NADER HOOSHMAND, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925   NADER, PETER, 13627 ROYALWOOD LANE, CHARLOTTE, NC 28273-4716

10925   NADIA COMMUNICATIONS LLC, 993 LENOX DR SUITE 200, LAWRENCEVILLE, NJ 08648-2316

10925   NADIA ROMATKO KROUWER, PO BOX 88, MOUNT VERNON, NY 10552-0088

10925   NADIK, MARIA, 804 COLLIER AVE., CARNEGIE, PA 15106

10925   NADINE BRABENEC CUST DAVID, BRABENEC UNIF GIFT MIN ACT OHIO, 5215 BEHRWALD AVE,
        CLEVELAND, OH 44144-3616

10925   NADING, LORETTA KAY, 8550 W 85TH, OVERLAND PARK, KS 66212

10925   NADJADI, ANDREW, 9254 REDBRIDGE CT, LAUREL, MD 20723

10925   NADLER, HANNAH, 4250 E ALLISON RD, TUCSON, AZ 85712-1039

10925   NAEGELE, SUSAN, PO BOX 621, HOBBS, NM 88240

10924   NAEVE HOSPITAL, ALBERT LEA, MN 56007

10925   NAEVE, MARY C, 711 UNION ST, ALTON IL, IL 62002

10925   NAFRADY, SR, JOHN, 36 ROCKEFELLER DRIVE, ORMOND BEACH, FL 32176

10925   NAFTA VENTURES INC, 4150 RIO BRAVO SUITE 120, EL PASO, TX 79902

10925   NAFTAL, ALISON, 289 GEORGE ST FL 2, NEW BRUNSWICK, NJ 08901

10925   NAFTAL, RANDY, 2657 WALKER ST, BELLMORE, NY 11710

10925   NAFUS, GARRY, 119 IDLEWILD RD, EDISON, NJ 08817

10925   NAGAI, BONNIE, BOX 450084, HOUSTON, TX 77245-0084

10925   NAGAI, BONNIE, PO BOX 450084, HOUSTON, TX 77245

10925   NAGEL AUTO BODY INC, 1700 ARTHUR CT, WAUKESHA, WI 53188

10925   NAGEL, HOMER, PO BOX 650 ARMSTRONG RD., ARANSAS PASS, TX 78336

10925   NAGEL, JAMIE, 915 ASHLAND ST, VALLEY COTTAGE, NY 10989

10925   NAGEL, PETER, PO BOX 1258, DAYTON, NV 89403

10925   NAGENGAST, JOHN J, RR 3 BOX 211, BLOOMFIELD, NE 68718-9398

10925   NAGLE JR, JOHN D, PO BOX 79052, WAVERLY, MA 02179-0052

10925   NAGLE JT TEN, JOHN D & JANE T, PO BOX 79052, WAVERLEY, MA 02479-0052

10925   NAGLE, JOHN, 17 BARISANO WAY, NASHUA, NH 03063

10925   NAGLE, KATARINA, SEPARATE PROPERTY, 4730 ARAGON DR, SAN DIEGO, CA 92115-4218

10925   NAGLE, KEVIN, 3831 N FREMONT, CHICAGO, IL 60613

10925   NAGLE, PEGGY ANN, 4373 HERITAGE DR., LIVERPOOL, NY 13090

10925   NAGLE, ROBIN, 161 TUCKERTON ROAD, READING, PA 19605

10924   NAGS HEAD OUTER BANKS HOSPITAL, C/O WARCO CONSTRUCTION, 48 SOUTH CROATAN HWY,
        NAGS HEAD, NC 27959

10925   NAGUM, TESSIE, 322 E CLARION DRIVE, CARSON, CA 90745

10925   NAGY, AKOS, 4813 ELLICOTT WOODS, ELLICOTT CITY, MD 21043

10925   NAGY, AKOS, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   NAGY, ALEXANDER, 402 WOODGROVE TRACE, SPARTANBURG, SC 29301

10925   NAGY, CHING, 6 CHELSEA WAY, BRIDGEWATER, NJ 08807

10925   NAGY, ELIZABETH, 2167 BOUNDARY ST, SAN DIEGO, CA 92104

10925   NAGY, FRANCES, 28 BRANDYWINE DR, MASTIC, NY 11950

10925   NAGY, NORA, 5375 214TH CT S, BOCA RATON, FL 33486

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NAGY, STEVEN, 5798-4 NEWFONLAND, FT. MYERS, FL 33907

10925   NAGY, TERESA, 3167 LAKE RANCH DR, GAINESVILLE, GA 30506

10924   NAHAEC, C/O WARCO CONSTRUCTION, ASHEVILLE, NC 28801

10925   NAHB ECONOMICS, HOME BUILDERS, 1201 15TH ST NW, WASHINGTON, DC 20005-2800

10925   NAHM, I, 3710 N OAKLAND AVE, SHOREWOOD, WI 53211

10925   NAIONAL BUSINESS TRAVEL ASSOCIATION, 1650 KING ST SUITE 401, ALEXANDRIA, VA 22314

10925   NAIR, SUSAN, 492 NW 45 TERRACE, DEERFIELD BEACH, FL 33442

10925   NAISER, RONALD J, 15415 GETTYSBURG, TOMBALL, TX 77375

10925   NAISER, RONALD, 15415 GETTYSBURG DR, TOMBALL, TX 77375

10925   NAJAFI, HAMID, 6700 MIDLAND IND. DR, SHELBYVILLE, KY 40065

10925   NAJARIAN, MICHAEL, 15 ALAN AVE, GLEN ROCK, NJ 07452

10925   NAJERA, AMELIA, 634 EASTWOOD COURT, BROWNSVILLE, TX 78520

10925   NAJERA, DIANE, 2550 W 8TH 40, ODESSA, TX 79763

10925   NAJJAR, EDWARD G, 30 GARLAND RD, LINCOLN, MA 01773

10925   NAJJAR, EDWARD, 30 GARLAND RD, LINCOLN, MA 01773

10925   NAJJAR, ELIZABETH, 30 GARLAND RD, LINCOLN, MA 01773

10925   NAKADA, NORIKO, 1735 MARKET ST #2264, PHIALDELPHIA, PA 19103

10925   NAKAJIMA, KAZUO, OR BLDG. 3-23-3, TAKADANOBABA, SHINJUKU-KU, 08925TOKYO          **\*VIA Deutsche Post\***

10925   NAKAMURA QUINN WALLS, SUITE 300, 2100 FIRST AVE N, BIRMINGHAM, AL 35203

10925   NAKAMURA, ITARU, N 19-14 KAMINOGE 2-CHOME,SETAGAYA, TOKYO, 158-0093JAPAN          **\*VIA Deutsche Post\***

10925   NAKAMURA, KAZ, 6803 12TH ST EAST, TACOMA, WA 98424-1412

10925   NAKASHIAN, ALISA A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   NAKASHIAN-HOLSBERG, ALISA, 6 BETTY LANE, WESTFORD, MA 01886

10925   NAKASHIGE, DAVID, 4111 ROOSEVELT ST., HOLLYWOOD, FL 33021

10925   NAK-MAN CORPORATION, UNIT K 5500 W. TOUHY AVE, SKOKIE, IL 60077

10925   NAKTIN, DEBBIE, 7745 W.BECKWITH RD., MORTON GROVE, IL 60053

10924   NALAD CORP, 9245 SW 157TH ST, MIAMI, FL 33157

10924   NALAD CORP., 9245 S. W. 157TH STREET, MIAMI, FL 33157

10924   NALAD CORP., C/O INTER CARGO INC., MIAMI, FL 33172

10924   NALCO CHEMICAL CO, ONE NALCO CENTER, CHICAGO, IL 60638

10925   NALCO CHEMICAL CO., ONE NALCO CENTER, NAPERVILLE, IL 60563

10925   NALCO CHEMICAL CO., PO BOX 640863, PITTSBURGH, PA 15264-0863

10925   NALCO CHEMICAL COMPANY, PO BOX 70716, CHICAGO, IL 60673-0716

10925   NALCO CHEMICAL COMPANY, POBOX 640863, PITTSBURGH, PA 15264-0863

10925   NALCO CHEMICAL, 6216 WEST 66 PLACE, CHICAGO, IL 60638

10924   NALCON READY MIX CO, 12484 ST. RT. 701, KENTON, OH 43326

10925   NALEZYNSKI, MELANIE H, 74 PATSY LANE, DEPEW, NY 14043

10925   NALGE CO SYBRON CORP, RUSS RANDALL, 2550 M ST NW, PATTON BOGGS & BLOW, WASHINGTON, DC 20037

10924   NALGE NUNC INT'L, 75 PANORAMA CRK DRIVE, ROCHESTER, NY 14602

10924   NALGE NUNC INT'L, PO BOX 20365, ROCHESTER, NY 14602-0365

10925   NALI, LEONARD, 5-41 ROYAL DANE DR., MARSHFIELD, MA 02050

10925   NALL, ALVIN, 6781 NEW HAMPSHIRE AVE. #1110W, TAKOMA PARK, MD 20912

10925   NALL, CHARLES, 5251 NORTH 16TH ST, PHOENIX, AZ 85016

10925   NALLEY MOTOR TRUCKS, POBOX 102870, ATLANTA, GA 30368-2870

10925   NALLEY, DAVID, 28171 WESTFIELD DRIVE, LAGUNA NIGUEL, CA 92677-1471

10925   NALLEY, MILFORD, PO BOX 459, HONEA PATH, SC 29654

10925   NALTEX, PO BOX 40909, AUSTIN, TX 78704-0016

10925   NAM H NGUYEN, 1448 SW 13TH DR, BOCA RATON, FL 33486-5369

10925   NAMAKA, KEITH, 4 HARPER BLVD., BELLINGHAM, MA 02019

10925   NAMANNY, EDWARD, PO BOX 87, 509 CEDAR, ATLANTIC, IA 50022

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NAMANNY, FREDERIC, 1506 ASPEN DRIVEET, ATLANTIC, IA 50022-2442

10924 NAMEPLATE FOR INDUSTRY INC, 313 THEODORE RIC BLVD, NEW BEDFORD, MA 02745

10925 NAMES, WESLEY, 7856 E MARSHAL ST, TULSA, OK 74115

10924 NAMPA HIGH SCHOOL, NAMPA, ID 83651

10924 NAMPA SKYVIEW HIGH SCHOOL, 1303 E GREENHURST ROAD, NAMPA, ID 83686

10924 NAMPAC, 1702 PORT OF TACOMA ROAD, TACOMA, WA 98421

10924 NAMPAC, 2400 COOPER AVENUE, MERCED, CA 95340

10925 NAMPAC, PO BOX 100495, PASADENA, CA 91189-0495

10925 NAMUR, CLARA, 9399B BOCA GARDENS CIR S, BOCA RATON, FL 33496

10925 NAMYNIUK, MARLIN, RT. 2, BELFIELD, ND 58622

10924 NAN GEE CO LTD, TAIPEI, TAIWAN ROC, 7TH FL-5, 200, SEC.1 SI-YUAN ROAD, SAVANNAH, GA 31418

10925 NAN, GUIJUAN, 12121 AUDELIA RD, DALLAS, TX 75243

10924 NANAOR J. POCZIK, 36370 FREDERICKBURG STREET, FARMINGTON, MI 48331

10925 NANAVATY, GAURANG, 2411 WATER REST, SUGARLAND, TX 77479-1312

10925 NANCARROW, DEETTA, HILL & ASSOCIATES, 800 PRESIDIO AVE., SANTA BARBARA, CA 93101-2210

10925 NANCE JR., RICHARD, PO BOX 864, CLINTON, SC 29325

10924 NANCE PRECAST, 5601 WASHINGTON AVENUE N.E., PIEDMONT, OK 73078

10924 NANCE PRECAST, ATTN: ACCOUNTS PAYABLE, PIEDMONT, OK 73078

10924 NANCE PRECAST, P. O. BOX 116, PIEDMONT, OK 73078

10925 NANCE, BOBBIE, 7504 S.W. DELTA, LAWTON, OK 73501

10925 NANCE, BRYAN, 3081 NW 206, EDMOND, OK 73003

10925 NANCE, CHRIS, 212 TONEY ROAD, UNION, SC 29379-9806

10925 NANCE, JACK, 2605 LINDENWOOD DRIVE, SAN ANGELO, TX 76904

10925 NANCE, JAMES, ROUTE 5 BOX 239, ALVIN, TX 77511-9608

10925 NANCE, JOSEPH, 55 CHESTNUT RIDGE, NEW CANEY, TX 77357

10925 NANCE, KEN, 10295 LAZY CREEK DR, OLIVE BRANCH, MS 38654

10925 NANCE, M, 133 W MAIN ST, SPRINGFIELD, KY 40069

10925 NANCE, RICHARD, 1106 CHESTNUT DRIVE LAURENS SC, LAURENS, SC 29360

10925 NANCE, ROBERT, 1106 CHESTNUT ST, LAURENS, SC 29360-3006

10925 NANCE, RONALD, 1722 E. BABCOCK DR., VISALIA, CA 93292

10925 NANCE, WILLIAM, 3970 HWY 48, ROANOKE RAPIDS, NC 27870

10925 NANCE-GAUSE, MISTY, 206 KEENAN ORCHARD DR, MAULDIN, SC 29662

10925 NANCY A BROWN, BOX 178, ERWIN, TN 37650-0178

10925 NANCY A DUDZIAK &, HELEN M WARREN JT TEN, 155 LOVERING ST, MANCHESTER, NH 03109-4725

10925 NANCY A EWING, PO BOX 1139, CLARCONA, FL 32710-1139

10925 NANCY A WILLINGHAM TR UA, AUG 14 97 NANCY A WILLINGHAM, REVOCABLE TRUST, 214 TRAVOIS RD, LOUISVILLE, KY 40207-1671

10925 NANCY A WILLIS, 1118 COPPERWOOD DR, HIXSON, TN 37343-2347

10925 NANCY ACKE, 6050 W 51 ST, CHICAGO, IL 60638

10925 NANCY ADAMS PERSONNEL, 10420 LITTLE PATUXENT PKWY, COLUMBIA, MD 21044

10925 NANCY ASHKIN, C/O NANCY ASHKIN SMITH, RFD 2 BOX 380A, SHELBURNE FALLS, MA 01370-9423

10925 NANCY B UPTON, 23 KELLEY GREEN, NEW CANAAN, CT 06840-5806

10925 NANCY BATES, 8 RICHARDSON ROAD, STONEHAM, MA 02180

10925 NANCY BIVONA & ANGELYN DENEVI TR, UA MAY 10 90 NANCY BIVONA TRUST, 682 NORTH WHITE RD, SAN JOSE, CA 95127-1445

10925 NANCY C HAUDE, 3804 WHALEY COURT, SNELLVILLE, GA 30039-4027

10925 NANCY C PURDO, 5860 STANLEY RD, COLUMBIAVILLE, MI 48421-8951

10925 NANCY C SHOOSHAN, 311 COLEMAN RD, MIDDLETOWN, CT 06457-5019

10925 NANCY CHILDRESS AS CUST FOR, LANCE A CHILDRESS UNDER THE, OKLAHOMA UNIF TRANSFERS, TO MINORS ACT, PO BOX 468, GUYMON, OK 73942-0468

10925 NANCY DRAGOTTA, 85 FIRST AVE, PORT READING, NJ 07064-1917

10925 NANCY E MITCHELL, 1315 MUHLENBERG ST, READING, PA 19602-2125

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NANCY E WILLIAMS, PO BOX 57, EATON CENTER, NH 03832-0057

10925    NANCY FOREMAN DESIGN, INC, 16 GREENMEADOW DRIVE, TIMONIUM, MD 21093

10925    NANCY G MANGER, 1309 AINTREE RD, TOWSON, MD 21286-1345

10925    NANCY GANT HOLLIS LIFE TENANT, UW SARAH E C GANT & L L HOLLIS &, JOHN P HOLLIS &
         LESLIE C HOLLIS, M B HOLLIS REMAINDERMAN, 3035 A1A 4A, MELBOURNE BEACH, FL 03295

10925    NANCY GRIMM PUGH, 2289 MCKENDREE RD, WEST FRIENDSHIP, MD 21794-9734

10925    NANCY H DAVIS, 10439 DOCKSIDER DR W, JACKSONVILLE, FL 32257-6375

10925    NANCY HELD, 5100 DUPONT BLVD #3F, FORT LAUDERDALE, FL 33308

10925    NANCY J ABRAMS, 310 LINDY LANE, BALA CYNWYD, PA 19004-1329

10925    NANCY J JONES, 305 EAST PINE ST, GILLESPIE, IL 62033-1647

10925    NANCY J KREDA, 296 BACON ST, NATICK, MA 01760-2047

10925    NANCY J MUNCH, 9 DOUGLASS LA, KIRKWOOD, MO 63122-4487

10925    NANCY JANE RENOE, 1715 THOMAS AVE N, MINNEAPOLIS, MN 55411-2907

10925    NANCY K SKELTON, 405 FERNWOOD DR, SPARTANBURG, SC 29307-2945

10925    NANCY KATHERINE COLLINS ESTATE OF, NANCY KATHERINE COLLINS, C/O DENNIS P BURGLASS
         EX, 16 CAMELLIA AVE, SAN FRANCISCO, CA 94112-1514

10925    NANCY L BURKLE, 8481 SAYBROOK DR, BROOKLYN, OH 44144-3108

10925    NANCY L HANSFORD, 88 QUAIL RUN, TEWKSBURY, MA 01876-1953

10925    NANCY LEE HAINES, 4616 CARLYLE CIRCLE, KETTERING, OH 45429-1803

10925    NANCY LEE KLINE TR, UA 03 19 82, BECKER FAMILY REVOCABLE TRUST, 6431 WOODLAND BLVD,
         PINELLAS PARK, FL 33781-4923

10925    NANCY M FLYNN, C/O NANCY M FLYNN-GIUNTA, 25 GROUSE ST, WEST ROXBURY, MA 02132-4113

10925    NANCY M JOHNSON, 615 SUNDALE DR, LAKE CHARLES, LA 70607-7029

10925    NANCY O BENFIELD, 1196 COLUMBIA RD, CHESTER, SC 29706-0000

10925    NANCY P CARTER, 3804 HILLTOP RD, FORT WORTH, TX 76109-2715

10925    NANCY R BOYE, 575 CURRAN PL, FRANKLIN LAKES, NJ 07417-2410

10925    NANCY R MCARTHUR, RT 1 BOX 82, WALLACE, WV 26448-9712

10925    NANCY R SIMESCU TR UA, SEP 9 94, THE NANCY SIMESCU, REVOCABLE LIVING TRUST, 10051
         CLEAR LAKE DR, ATLANTA, MI 49709

10925    NANCY R. BUTERBAUGHS, 742 MATCH POINT DR., ARNOLD, MD 21012

10925    NANCY RHEA ABEL, 71257 DAWN DR, UNION, MI 49130-9709

10925    NANCY RODRIGUES, 564 SILVERLEAF DR, OROVILLE, CA 95966-3980

10925    NANCY S BODARD & J MICHAEL ADCOCK, & D WESLEY SCHUBERT TR UW, DON BODARD 1995
         REVOCABLE TRUST, 3701 N HARRISON, SHAWNEE, OK 74804-2223

10925    NANCY S GRIMM, C/O NANCY GRIMM PUGH, 2289 MCKENDREE RD, WEST FRIENDSHIP, MD 21794-
         9734

10925    NANCY S NOTTINGHAM, 151 WYNNEHAVEN RD, MARY ESTHER, FL 32569

10925    NANCY S PATRICK &, HUGH D MAHER TEN COM, 1360 SW FIRST ST, BOCA RATON, FL 33486-4424

10925    NANCY SCHEUERMANN &, RICHARD SCHEUERMAN JT TEN, 3703 POPLAR CT, CARROLLTON, TX
         75007-1927

10925    NANCY T STAMM, 38 COVE RD, STONINGTON, CT 06378-2300

10925    NANCY W JONES, 3600 PINETOP RD, GREENSBORO, NC 27410-2824

10925    NANCY WEBB, 14 HEMLOCK CIRCLE, PEEKSKILL, NY 10566

10925    NANCY WORTH DAVIS, NESS, MOTLEY, LOADHOLT, POOLE, 28 BRIDGESIDE BLVD PO BOX 1792,
         MT PLEASANT, SC 29465

10925    NANFRO, JOHN, 1211 SW 78TH PL, MIAMI, FL 33144

10925    NANGLE, KATHY JO, DPO 2082 DOUS COL PO BOX 2005, NEW BRUNSWICK, NJ 08903

10925    NANGLE, PATRICK, 9 HERITAGE WAY, MILFORD, NH 03055

10925    NANNEN, B, 601 ROSEVIEW TERRACE, NEW ALBANY, IN 47150

10925    NANO JR, JOHN, 88 HEMING WAY, STAMFORD, CT 06903

10925    NANOPHASE TECHNOLOGIES CORP, 453 COMMERCE ST, BURR RIDGE, IL 60521

10925    NANOS, CHRISTOPER, 637 TOMPKINS AVE, STATEN ISLAND, NY 10305

10924    NANTICOKE HOMES MIDWEST, PO BOX F, GREENWOOD, DE 19950-0506

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    NANTICOKE MEMORIAL HOSPITAL, 801 MIDDLEFORD RD., SEAFORD, DE 19973

10924    NANTUCKET PAVERS, INC., 32 INDUSTRIAL COURT, SEEKONK, MA 02771

10924    NANTUCKET PAVERS, INC., 71 FALL RIVER AVENUE, REHOBOTH, MA 02769

10925    NANTZ, BRENT, RT 10 BOX 48, CUMMING, GA 30130

10925    NANTZ, DERRICK, RT 10 BOX 48, CUMMING, GA 30130

10924    NANYA PLASTICS, BEULAH ROAD, HIGHWAY 52 SOUTH, LAKE CITY, SC 29560

10924    NANYA PLASTICS, BEULAH ROAD, LAKE CITY, SC 29560

10924    NANYA, 140 EAST BEULAH, LAKE CITY, SC 29560

10924    NAO VALIDATION CTR BLDG 7, GENERAL MOTORS PROVING GROUND, 3300 GENERAL MOTORS ROAD, SUGAR TREE, TN 38380-3726

10925    NAOMI A CHILTON, 2975 PRINCETON PIKE, LAWRENCEVILLE, NJ 08648-3224

10925    NAOMI COHEN, 5 WEST 86TH ST, NEW YORK, NY 10024-3603

10925    NAOMI GORDON, BEATRICE LAMPERT TR UW, HELEN CYPERSTEIN, 115-16 GROSVENOR RD, KEW GARDENS, NY 11418-3474

10925    NAOMI JACOBSON CUST JANE, JACOBSON UNIF GIFT MIN ACT UNDER, VA, C/O COL BERTRAM JACOBSON, 824 C S G BOX 20252, APO SAN FRANCISCO, CA 96

10925    NAOMI L. NELSON, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140-1692

10925    NAOMI W COHEN, 5 WEST 86TH ST, NEW YORK, NY 10024-3603

10925    NAPA AUTO PARTS, 3560 W. BROWARD BLVD., FORT LAUDERDALE, FL 33312

10925    NAPA AUTO PARTS, POBOX 2000, NORCROSS, GA 30091

10924    NAPA CRIMINAL COURT, 3RD & MAIN ST., NAPA, CA 94558

10925    NAPA VALLEY CAST STONE IN, ATTN:  ACCOUNTS PAYABLE, NAPA, CA 94581

10925    NAPA, PO BOX 102127, ATLANTA, GA 30368-2127

10925    NAPACK, MARILYN, 68 GENESEE TRAIL, WESTFIELD, NJ 07090-2736

10925    NAPARALLA, RICHARD, 304 KUNESH NORTH RD, PULASKI, WI 54162

10925    NAPARSTEK, MARTIN, 4902 BERRYHILL CIRCL, PERRY HALL, MD 21128

10925    NAPCO, PO BOX 92170, ELK GROVE VILLAGE, IL 60009

10925    NAPERVILLE PARK DISTRICT, 320 W JACKSON, NAPERVILLE, IL 60565

10925    NAPIER, HAROLD, 10069 COTTON MILL LANE, COLUMBIA, MD 21046-1340

10925    NAPIER, MARYANNE, 32 CRANBERRY LANE, CONCORD, MA 01742

10925    NAPIER, WILLIE, PO BOX 2705, BARTOW, FL 33830-2705

10925    NAPIERSKIE, L, BOX 132, AVILLAIE, MO 64833

10925    NAPISA, R, 3113 CHEPSTOW LANE, FALLS CHURCH, VA 22042

10925    NAPIZA, ANGELA, 90-01 182 PLACE, HOLLIS, NY 11423

10925    NAPM CHEMICAL GROUP, POBOX 628, LIMA, OH 45802

10925    NAPM NEW YORK, 161 01 84TH RD, JAMAICA, NY 11432

10925    NAPM-CAROLINAS-VIRGINIA, 5601 ROANNE WAY STE 312, GREENSBORO, NC 27409-2932

10925    NAPM-MD, INC, 9 W. RIDGELY RD PMB 148, TIMONIUM, MD 21093

10925    NAPM-NC, POBOX 12156, SAN FRANCISCO, CA 94112

10925    NAPOLES, FERNANDO, 6701 COSTELLO ST, VAN NUYS, CA 91405

10925    NAPOLES, MARIA, 100 E. WASHINGTON, CLIFTON HIGHTS, PA 19018

10925    NAPOLI FILON, ELYSE, 15841 DOUBLE EAGEL T, DELRAY BEACH, FL 33446

10925    NAPOLI FILON, ELYSE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    NAPOLI, ELYSE B, 3101 S OCEAN BLVD APT 708, HIGHLAND BEACH, FL 33487-4708

10925    NAPOLI, EMANUEL F., 11 NEWHALL RD, LYNNFIELD, MA 01940

10925    NAPOLI, EMANUEL, 11 NEWHALL RD, LYNNFIELD, MA 01940

10925    NAPOLI, EMANUEL, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140

10925    NAPOLI, JAMES, 6415 AQUA MARINE, ALTA LOMO, CA 91701

10925    NAPOLI, SCOTT, 136 SHELDON DRIVE, MOORE, SC 29369

10925    NAPOLITANA, PATRICIA, 1842 SW HAMPSHIRE LN, PORT ST LUCIE, FL 34953

10925    NAPOLITANO, ANGELA, 1341 EXCALIBUR LANE, SILVER SPRING, MD 20860

10925    NAPOLITANO, CATHERINE, 112 BONAIRE CIR, SUFFERN, NY 10901

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NAPOLITANO, FRANK, 37 DRAKE VILLAGE APT. 519, ARLINGTON, MA 02174

10925 NAPOLITANO, JANET, 1275 W WASHINGTON ST, PHOENIX, AZ 85007

10924 NAPP SYSTEM, 260 SOUTH PACIFIC STREET, SAN MARCOS, CA 92069

10925 NAPP SYSTEMS USA INC, ATTN GERALD MILLER, 360 S PACIFIC ST, SAN MARCOS, CA 92069-3829

10925 NAPPI, FRANK, 2832 D ORANGE TREE CIR E, PALM HARBOR, FL 34684

10925 NAPPI, LOUIS, 318 PIEDMONT HWY, PIEDMONT, SC 29673

10925 NAPPI, MARSHA, 366 B.S. WIMBRAW DR, SEBASTIAN, FL 32958

10925 NAPPIER, JAMES, 7804 S TURKEY CREEK ROAD, PLANT CITY, FL 33566-9239

10925 NAPRO DIAGNOSTIC CHEMICAL, 6304 SPINE ROAD UNIT A, BOULDER, CO 80301

10924 NAPRO, 4884 STERLING DRIVE, BOULDER, CO 80301

10924 NAPRO, 6304 SPINE ROAD, BOULDER, CO 80301

10925 NAPZ KWIK PIK DELIVERY SERVICE, PO BOX AJ, SPARKS, NV 89432

10925 NAQUIN, CHRISTOPHER, 5607 GOETTEE, HOUSTON, TX 77091

10925 NAQUIN, EARLY, PO BOX 2250, GALLIANO, LA 70354

10925 NAQUIN, JR, ANDREW, 414 SAKO DRIVE, RACELAND, LA 70394

10925 NAQUIN, LISA, 5 ELM ST, GRETNA, LA 70053

10925 NAQUIN, ROBERT, RT 1 BOX 312, MOSELLE, MS 39459

10925 NARAKESARI NARAYANDAS, 19 HARRISON ST, NEWTON HIGHLANDS, MA 02161

10925 NARAN, CECILIA E, 159 COOLIDGE ST, HAVERSTRAW NY, NY 10927

10925 NARANJO, GALO, 411 44TH ST, UNION CITY, NJ 07087

10925 NARASIMHAN, RANGARAJ, 1010 TENNESSEE AVE, FORT LAUDERDALE, FL 33312

10925 NARATH, KHIEU, 5000 PLEASANT, MIDLAND, TX 79703

10925 NARC BULLETIN, THE, 2020 PENNSYLVANIA AVE NW #509, WASHINGTON, DC 20006

10925 NARCOTIC POLICE JOURNAL, THE, 2020 PENNSYLVANIA AVE NW, WASHINGTON, DC 20006

10925 NARD, JAMES, COLUMBUS HILLS, BELLE VERNON, PA 15012

10925 NARD, LILLIAN, COLUMBUS HILLS APT #8, BELLE VERNON, PA 15012

10925 NARDELLI JR, FRANCIS, 31 VINEDALE RD, BROCKTON, MA 02401

10925 NARDELLI, JOSEPH, 324 LENOX ST, NORWOOD, MA 02062

10925 NARDI, VINCENT, 1097 BONITA DRIVE, PARK RIDGE, IL 60068

10925 NARDIELLO, ANTHONY C, CUST FOR CHARLGES A NARDIELLO, UNDER UNIF GIFT MIN ACT NY, 6177 GRAYLING DR, JACKSONVILLE, FL 32256-8433

10925 NARDO, DARLENE, 150 ROTHESAY AVE., CARNEGIE, PA 15106

10924 NARDONE & VARAK, 12191 RHEA, PLAINFIELD, IL 60544

10925 NARDONE, ALEXANDER, 310 MYSTIC ST, ARLINGTON, MA 02174

10925 NARDUCCI, MARILYN J, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3511

10925 NARDUCCI, MARILYN, 2430 NW 89TH DRIVE, CORAL SPRINGS, FL 33065

10925 NARDUCCI, STEPHANIE, 212 ADVENTURE TRL, WAYNESBORO, VA 22980

10925 NARDUZZI, DENNIS, 213 FORRESTER CREEK WAY, GREENVILLE, SC 29607

10925 NARDUZZI, JOHN, 418 CLIFFVIEW CT, GREER, SC 29650

10925 NARGIZ, TENI, 6935 BUGLEDRUM WAY, COLUMBIA, MD 21045

10925 NARI, PO BOX 668, ELM GROVE, WI 53122

10925 NARRAMORE, ROBERT, 130 ELAINE DRIVE, AUBURNDALE, FL 33823

10925 NARRAMORE, TODD, 26302 W BASELINE RD, BUCKEYE, AZ 85326

10925 NARRON, JOHN, 714 HUNTING PLACE, BALTIMORE, MD 21229

10924 NARROWSBURG LUMBER COMPANY, 1 COMMERCIAL STREET, HONESDALE, PA 18431

10924 NARROWSBURG LUMBER COMPANY, P.O. BOX 175, NARROWSBURG, NY 12764

10925 NARROWSBURG LUMBER INC., ONE COMMERCIAL ST, HONESDALE, PA 18431

10924 NARROWSBURG LUMBER SUPPLY, P.O. BOX 175, NARROWSBURG, NY 12764

10925 NARVAEZ, RITA, 5515 AVE P 1/2, GALVESTON, TX 77551

10924 NARVICK BROS LUMBER CO., INC., 1036 ARMSTRONG, MORRIS, IL 60450

10924 NARVICK BROS. - PORTABLE PLANT, VARIOUS LOCATIONS, MORRIS, IL 60450

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   NARVICK LUMBER COMPANY, END OF TWIN RAIL ROAD, MINOOKA, IL 60447

10924   NARVICK LUMBER, 1037 ARMSTRONG, MORRIS, IL 60450

10925   NARVON PROCESSORS INC, PO BOX 339, NARVON, PA 17555

10924   NASA JSC, 2101 NASA RD #1 BLDG 420, HOUSTON, TX 77058

10925   NASA LANGLEY RESEARCH CENTER, ATTN: PO# L64749-D, HAMPTON, VA 23681-0000

10925   NASA LANGLEY RESEARCH CENTER, TWS BLDG 1206, HAMPTON, VA 23681-0000

10924   NASA LEWIS RESEARCH CENTER, BLDG. 21 NO.-MARKED C-70276P, 21000 BROOKPARK ROAD, CLEVELAND, OH 44135

10924   NASA TRANSPORTATION OFC, LYNDON B. JOHNSON SPACE CENTER, HOUSTON, TX 77058

10924   NASA, 4832 PAYNE AVENUE, CLEVELAND, OH 44103

10925   NASCIMENTO, JOSE, PO BOX 464, DUNCAN, SC 29334

10924   NASDAQ STOCK EXCHANGE, 80 MERRIT BOULEVARD, BRIDGEPORT, CT 06611

10925   NASEER, ABID, 11917 REYNOLDS AVE, POTOMAC, MD 20854

10924   NASH CONSTRUCTION  C/O K&L, ATTN:JOHN GREEN, 459 LOCUST AVENUE, CHARLOTTESVILLE, VA 22902

10924   NASH ENGINEERING CO, 5230 WALNUT AVE, DOWNERS GROVE, IL 60515

10925   NASH ENGINEERING CO, THE, PO BOX 9125, STAMFORD, CT 06925

10925   NASH ENGINEERING CO., 12175 BRIDGETON SQUARE DRIVE, BRIDGETON, MO 63044

10925   NASH ENGINEERING CO., PO BOX 40000 DEPT 0095, HARTFORD, CT 06151-0095

10925   NASH ENGINEERING COMPANY, THE, 9 TREFOIL DR, TRUMBULL, CT 06611

10925   NASH ENGINEERING, 252 WEST SWAMP RD., DOYLESTOWN, MD 18901

10925   NASH ENGINEERING, 519 UPSTREAM ST, RIVER RIDGE, LA 70123

10925   NASH ENGINEERING, 6529 TAYLOR DR, WOODRIDGE, IL 60517

10924   NASH GENERAL HOSPITAL, 2460 CURTIS ELLIS DR., ROCKY MOUNT, NC 27804

10924   NASH HOSPITAL, SHIRLEY CONSTRUCTION, 2400 MEDICAL PARK DRIVE, ROCKY MOUNT, NC 27802

10925   NASH, ANGELA, PO BOX 575, LEPANTO, AR 72354

10925   NASH, BEVERLY, ROUTE 2 BOX 11, GEORGETOWN, IN 47122-9501

10925   NASH, DEBRA, 1140 RIDGEWAY ST., COMMERCE, GA 30529

10925   NASH, DOREEN, FLUSHING, NY 11355

10925   NASH, DWIGHT, 126 BEAU CHEMIN, LAKE CHARLES, LA 70607

10925   NASH, DWIGHT, 126 BEAU CHEMIN, LAKE CHRLES, LA 70607

10925   NASH, EDITH E, 2628 NO WINNIFRED, TACOMA, WA 98407-0000

10925   NASH, GERALD, 9413 W UNIVERSITY, 5546, ODESSA, TX 79764

10925   NASH, JACQUELINE, 1140 RIDGEWAY ST, COMMERCE, GA 30529

10925   NASH, JAMES, 627 HENRY DR., NACOGDOCHES, TX 75961

10925   NASH, JANNA, 1506 RAYBURN DR, MORRISTOWN, TN 37814

10925   NASH, JEFFREY, 13940 CONNER KNOLL PKWY, FISHERS, IN 46038

10925   NASH, KENNETH, 2600 HARDEN BLVD, 66, LAKELAND, FL 33803

10925   NASH, MELLISA, 2637 HIGHWOOD, DALLAS, TX 75228

10925   NASH, SAMUEL, 307 PARKER SLATTON RD, SIMPSONVILLE, SC 29681

10925   NASH, SAMUEL, PO BOX 415, ELK CITY, OK 73648

10925   NASH, SONJI, 4673 N. 19TH ST, MILWAUKEE, WI 53209

10925   NASH, TIMOTHY, 4102 KINGSBURY, WICHITA FALLS, TX 76309

10925   NASH, TIMOTHY, 6834 W. 110TH ST, WORTH, IL 60482

10925   NASH, TRACY, 12718 THOMAS SUMTER, SAN ANTONIO, TX 78233

10925   NASH, VIRGIL, PO BOX 234, FOUNTAIN INN, SC 29644

10925   NASH, WENDY, 447 MILLER AVE, OSHAWA, ON L1J258CANADA      *VIA Deutsche Post*

10925   NASH, WILLIAM E, PO BOX 311, BRYAN, TX 77806-0311

10925   NASH, WILLIAM, 4513 SEQUOIA CIR., OAKWOOD, GA 30566

10925   NASHAWATY, LOIS, 66 WOODLAWN AVE, NEEDHAM, MA 02192

10925   NASHAWTUC CHARITIES INC, THE, 1861 SUDBURY ROAD, CONCORD, MA 01742

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   NASHAWTUC CHARITIES, 1861 SUDBURY ROAD, CONCORD, MA 01742

10925   NASHEF, IBRAHIM, 215 ABBOTT FARM LANE, HUDSON, NH 03051

10924   NASHUA CORPORATION, 44 FRANKLIN STRET, NASHUA, NH 03061

10924   NASHUA CORPORATION, 59 DANIEL WEBSTER HWY, MERRIMACK, NH 03054

10924   NASHUA CORPORATION, PO BOX 3001, MERRIMACK, NH 03054

10924   NASHUA DIGESTIVE PLANT, PICK UP AT BARRETT'S WAREHOUSE, SAWYER MILL ROAD, NASHUA, NH 03060

10925   NASHUA MARRIOTT, 2200 SOUTHWOOD DR, NASHUA, NH 03063

10925   NASHUA MOTOR EXPRESS INC, 270 AMHERST ST, NASHUA, NH 03063

10924   NASHUA NH HOSPITAL, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVENUE BLDG 3, NORWOOD, MA 02062

10925   NASHUA OFFICE PRODUCTS, PO BOX 95008, CHICAGO, IL 60694-5008

10924   NASHUA REDI MIX SERVICE, 89 CALEF RD, MANCHESTER, NH 03103

10925   NASHUA REDIMIX CONCRETE INC, 89 CALEF ROAD, MANCHESTER, NH 03103

10924   NASHUA REDIMIX CONCRETE, 16 COMMERCIAL ST, NASHUA, NH 03060

10924   NASHUA REDIMIX CONCRETE, 3 CALDWELL DRIVE, AMHERST, NH 03031

10924   NASHUA REDIMIX CONCRETE, 89 CALEF RD., MANCHESTER, NH 03103

10924   NASHUA REDIMIX CONCRETE, TOWNSEND, MA 01469

10925   NASHUA, SPOUSE OPTION, SUP, NY, NY 10078

10924   NASHVILLE BLOCK CO, P O BOX 110303, ANTIOCH, TN 37013

10925   NASHVILLE BLOCK CO, PO BOX 2589, MURFREESBORO, TN 37133-2589

10925   NASHVILLE CHAPTER CSI, 2014 BROADWAY SUITE 200, NASHVILLE, TN 37202-3887

10925   NASISI, FRANK, 65 EAST INDIA ROW, 27F, BOSTON, MA 02110-3388

10925   NASON, ADELIA, 2000 N CONGRESS AVE, WEST PALM BEACH, FL 33409

10925   NASON, STEPHEN, 46 RESERVOIR ST, BROCKTON, MA 02401

10925   NASON, SUZANNE, 568 CONGRESS AVE, HAVRE DE GRACE, MD 21078

10925   NASON, WAYMON, PO BOX 402, HIGHLAND CITY, FL 33846

10925   NASPO, J, 18547 PLUMMER ST #39, NORTHRIDGE, CA 91324

10925   NASPP LTD, PO BOX 21639, CONCORD, CA 94521-0639

10925   NASSAR, ENRIQUE, 146 TYVOLA DRIVE #5, CHARLOTTE, NC 28210

10925   NASSAU INN PRINCETON, PRINCETON, NJ 08542-3712

10925   NASSAU RECYCLE CORP, AT&T SR ATTY, 131 MORRISTOWN ROAD, BASKING RIDGE, NJ 07920

10925   NASSI ALBERT GREGG, 153 EAST 99TH ST, APT 2A, NEW YORK, NY 10029-6763

10924   NASTASI ASSOCIATES, 147HERRICKS RD, GARDEN CITY PARK, NY 11040

10924   NASTASI ASSOCIATES, C/O FDA 158TH ST. & LIBERTY AVE., JAMAICA, NY 11433

10925   NASUTI, S, 11R SOUTH FAIRVIEW ST, ROSLINDALE, MA 02131

10925   NAT IMBER &, DOROTHY RUTH IMBER TEN COM, 4512 CLOUDVIEW RD, FT WORTH, TX 76109-3324

10924   NAT. MUSEUM OF THE AMERICAN INDIAN, 12340 CONWAY RD., BELTSVILLE, MD 20705

10925   NATAL, IRIS, PO BOX 8626, CAGUAS, PR 00726

10925   NATALIE A ULRICH &, DIANE L ULRICH JT TEN, 1554 PUTTY HILL AVE, BALTIMORE, MD 21286-8041

10925   NATALIE ANN GEROW TR UA AUG 1 80, NATALIE ANN GEROW TRUST, 409 CHALFONTE, GROSSE POINTE FARMS, MI 48236-2944

10925   NATALIE GOODMAN, 14 LILLIAN LN, PLAINVIEW, NY 11803

10925   NATALIE KEAL SMITH, PO BOX 125, ARCOLA, IL 61910-0125

10925   NATALIE POTERAN, 9079 SARACEN DR, BALTIMORE, MD 21208

10925   NATALIZIO, CHRISTINE, 7778 MCKEE RD, SHREVE, OH 44676

10925   NATALIZIO, JOSEPH, 7562 MCKEE, SHREVE, OH 44676

10924   NATCHITOCHES P HOSPITAL, 501 KEYSER, NATCHITOCHES, LA 71457

10925   NATER, MANNY, 503 SOUTH MAIN ST, MANSFIELD, MA 02048

10924   NATGUN CORP., 11 TEAL RD., WAKEFIELD, MA 01880

10924   NATGUN CORP., JOB SITE, LEDYARD, CT 06339

10924   NATGUN CORPORATION, 11 TEAL RD, WAKEFIELD, MA 01880

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NATHAN BLOOM, 192 ALTON ROAD APT 2, AUGUSTA, ME 04330-6287

10925    NATHAN COOPER, 215 E 68TH ST, NEW YORK, NY 10021-5718

10925    NATHAN HAROLD SANDLER TR UA, OCT 2 96 THE NATHAN HAROLD, SANDLER REVOCABLE TRUST, 532 LAKESHORE DR, LEXINGTON, KY 40502-2654

10924    NATHAN KIMMEL COMPANY, 1213 SOUTH SANTA FE AVE, LOS ANGELES, CA 90021

10924    NATHAN KIMMEL INC, INDUSTRIAL SPLY, LOS ANGELES, CA 90021

10925    NATHAN KIMMEL INC., 1213 SO SANTA FE AVE, LOS ANGELES, CA 90021

10924    NATHAN KIMMEL, INC., CAMBRIDGE, MA 02140

10924    NATHAN KIMMELL, 940 RADFORD ROAD, CHRISTIANSBURG, VA 24073

10925    NATHAN MARKOWITZ, ONE BAY CLUB DR, BAYSIDE, NY 11360-2915

10925    NATHAN THORP, THORP & CO, PO BOX 690, JOHNSON CITY, TN 37605-0690

10925    NATHANAEL A LIEMKE & FRALEY N, WEIN TR UW MAUDE C REEDER, 312 E WISCONSIN AVE S-710, MILWAUKEE, WI 53202-4305

10925    NATHANIEL H SPEIGHTS, 3130 RITTENHOUSE ST NW, WASHINGTON, DC 20015-1615

10925    NATHANS, AARON, 925 FOXPOINTE CIR, DELRAY BEACH, FL 33445

10925    NATHANSON, JOHN, FLUSHING, NY 11355

10925    NATICK AIRLESS INC, 19 WILLOW ST, NATICK, MA 01760

10924    NATICK MUNICIPAL COMPLEX, 13 E CENTRAL ST ROOM 108, NATICK, MA 01760

10925    NATIELLO, JOYCE, 2675A ALBATROSS RD N, DELRAY BEACH, FL 33444

10925    NATION RENTS (FORMERLY BODE-FINN), 2650 SPRING GROVE AV., CINCINNATI, OH 45214-1772

10925    NATION, CHARLES, 8 FAIRMONT ROAD, HOLMDEL, NJ 07733

10925    NATION, GERALDINE, RT 3 BOX 522, CUMMING, GA 30130

10924    NATIONAL  SAFETY PRODUCTS, 31805 GLENDALE AVENUE, LIVONIA, MI 48150

10924    NATIONAL ABATEMENT, 300 E. 7 MILE, DETROIT, MI 48203

10925    NATIONAL AERIAL RESOURCES, 385 JORDAN ROAD, TROY, NY 12180-7604

10925    NATIONAL AGGREGATES ASSOCIATION, PO BOX 79433, BALTIMORE, MD 21279-0433

10925    NATIONAL AIRVIEWS INC, 11412 WILLIAMSPORT PIKE, GREENCASTLE, PA 17225-8465

10925    NATIONAL AIRVIEWS, INC, 11412 WILLIAMSPORT PIKE, GREENCASTLE, PA 17225-8465

10925    NATIONAL ALUMINUM CORP, ROBERT H STONE VP,

10925    NATIONAL AMERICAN PUBLICATIONS, 116 W SERVICE RD #459, CHAMPLAIN, NY 12919

10925    NATIONAL ANALYSTS RESEARCH AND, PO BOX 7780-4348, PHILADELPHIA, PA 19182-4348

10925    NATIONAL ANALYSTS, INC, PO BOX 7780-4348, PHILADELPHIA, PA 19182-4348

10925    NATIONAL ASSOC OF EXEC SECRETARIES, MEMBERSHIP RECORD CENTER, MERRIFIELD, VA 22116-0215

10925    NATIONAL ASSOC OF PURCHASING MGMT, 3847 TERESA TERRACE, LILBURN, GA 30047

10925    NATIONAL ASSOC OF PURCHASING, POST OFFICE BOX 22160, TEMPE, AZ 85285-2160

10925    NATIONAL ASSOC OF STATE FIRE, 1245 FARMINGTON AVE SUITE 101, WEST HARTFORD, CT 06107

10925    NATIONAL ASSOC. FOR, PO BOX 469031, ESCONDIDO, CA 92046

10925    NATIONAL ASSOC. OF BLACK, 7249-A HANOVER PKWY, GREENBELT, MD 20770

10925    NATIONAL ASSOC. OF EXECUTIVE, 900 SOUTH WASHINGTON ST., STE.G-13, FALLS CHURCH, VA 22046-4020

10925    NATIONAL ASSOC. OF LEGAL ASSISTANTS, 1516 SOUTH BOSTON, STE 200, TULSA, OK 74119

10925    NATIONAL ASSOC.OF MANUFACTURES, 1331 PENNSYLVANIA AVE.NW SUITE 600, WASHINGTON, DC 20004-1790

10925    NATIONAL ASSOCIATION FOR, POBOX 21369, WASHINGTON, DC 20009

10925    NATIONAL ASSOCIATION OF CREDIT, 8815 CENTRE PARK DR STE 200, COLUMBIA, MD 21045-2158

10925    NATIONAL ASSOCIATION OF STATE FIRE, 1319 F ST NW SUITE 301, WASHINGTON, DC 20004

10925    NATIONAL ASSOCIATION OF, 3637 4TH ST NORTH #330, SAINT PETERSBURG, FL 33704

10925    NATIONAL ASSOCIATION OF, 62 HIGHLAND AVE, BETHLEHEM, PA 18017-9085

10925    NATIONAL AUTOMOBILE SERVICES CORP., DEPT 266, WASHINGTON, DC 20042-0266

10924    NATIONAL BACKING LTD., MONTREAL, QUEBEC, QC O0O 0O0TORONTO    **\*VIA Deutsche Post\***

10925    NATIONAL BAG CO INC, 2233 OLD MILL RD, HUDSON, OH 44236

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NATIONAL BAG CO. INC., 2233 OLD MILL ROAD, HUDSON, OH 44236-1337

10925   NATIONAL BAG COMPANY, INC, 2233 OLD MILL RD., HUDSON, OH 44236

10924   NATIONAL BANK OF DETROIT, 250 E. FRONT ST, TRAVERSE CITY, MI 49684

10925   NATIONAL BELT SERVICE, INC, POBOX 1244, BESSEMER, AL 35021

10924   NATIONAL BIOLOGICAL SURVEY, HIGHWAY 1, PIEDRAS BLANCAS LIGHTHOUSE, SAN SIMEON, CA 93452

10924   NATIONAL BIOLOGICAL SURVEY, PO BOX70, SAN SIMEON, CA 93452-0000

10925   NATIONAL BLACK EMPLOYMENT DIRECTORY, 23705 VANOWEN ST SUITE 218, WEST HILLS, CA 91307

10925   NATIONAL BLACK PRESS, PO BOX 572199, TARZANA, CA 91357-2199

10925   NATIONAL BLACK REVIEW INC, 7215 LINDLEY AVE, RESEDA, CA 91335

10924   NATIONAL BLOCK, 3900 FORD RD, WAYNE, MI 48184

10924   NATIONAL BLOCK, 3900 FORD, WESTLAND, MI 48185

10925   NATIONAL BOARD OF BOILER INSPECTORS, 1055 CRUPPER AVE, COLUMBUS, OH 43229

10925   NATIONAL BUILDING CONTRACTORS INC, 2151 OLD COVINGTON HWY, CONYERS, GA 30012

10925   NATIONAL BUILDING MATERIALS, 183 MADISON AVE RM 1416, NEW YORK, NY 10016

10925   NATIONAL BULK EQUIPMENT, INC, 12838 STAINLESS DR., HOLLAND, MI 49424

10925   NATIONAL BULK EQUIPMENT, INC, PO BOX 486, FOREST HILL, MD 21050

10925   NATIONAL BUSINESS AIRCRAFT ASSN, 1200 18TH ST NW, WASHINGTON, DC 20077-6326

10925   NATIONAL BUSINESS AVIATION ASSOC IN, 1200 18TH ST NW SUITE 400, WASHINGTON, DC 20036-2506

10925   NATIONAL BUSINESS FURNITURE, 1819 PEACHTREE RD NE, ATLANTA, GA 30309

10925   NATIONAL BUSINESS FURNITURE, 1819 PEACHTREE ST., STE 313, ATLANTA, GA 30309

10925   NATIONAL BUSINESS FURNITURE, 3530 WILSHIRE BLVD.,STE 710, LOS ANGELES, CA 90010

10925   NATIONAL BUSINESS FURNITURE, 735 N. WATER ST., PO BOX 514052, MILWAUKEE, WI 53203-3452

10925   NATIONAL BUSINESS FURNITURE, PO BOX 514052, MILWAUKEE, WI 53203-3452

10925   NATIONAL BUSINESS FURNITURE, POBOX 514052, MILWAUKEE, WI 53203-3452

10925   NATIONAL BUSINESS GROUP, 2840 MT WILKINSON PKWY., SUITE 200, ATLANTA, GA 30339

10925   NATIONAL BUSINESS GROUP, 3290 CUMBERLAND CLUB DR, ATLANTA, GA 30339

10925   NATIONAL BUSINESS INFOBASE, POBOX 509, WEST HAVEN, CT 06516

10925   NATIONAL BUSINESS INFORMATION, 6226 4TH ST, CHESAPEAKE BEACH, MD 20732

10925   NATIONAL BUSINESS INFORMATION, 6226 FOURTH ST, CHESAPEAKE BEACH, MD 20732

10925   NATIONAL BUSINESS INSTITUTE, INC, PO BOX 3067, EAU CLAIRE, WI 54702

10925   NATIONAL BUSINESSWOMENS LEADERSHIP, PO BOX 2949, SHAWNEE MISSION, KS 66201-1349

10925   NATIONAL CALIBRATION INC, PO BOX 21369, PHOENIX, AZ 85036-1369

10925   NATIONAL CANCER RESEARCH CENTER, 1730 K ST, NW, WASHINGTON, DC 20006

10925   NATIONAL CAPITAL AREA UNITED WAY, 95 M. ST SW, WASHINGTON, DC 20024

10925   NATIONAL CAPITAL RECOVERY SERVICE, 481 MAIN ST, NEW ROCHELLE, NY 10801

10925   NATIONAL CAREER CENTERS, PO BOX 447, FAYETTEVILLE, NC 28302

10925   NATIONAL CARRIERS INC., PO BOX 263 DEPT 172, KANSAS CITY, MO 64193-0172

10924   NATIONAL CASEIN CO INC., 601 W 80TH STREET, CHICAGO, IL 60620

10925   NATIONAL CASEIN, POBOX 72018, CHICAGO, IL 60678-2018

10924   NATIONAL CEMENT CO INC, PO BOX 530010, BIRMINGHAM, AL 35253

10924   NATIONAL CEMENT CO INC., OF ALABAMA, INC., BIRMINGHAM, AL 35253

10925   NATIONAL CEMENT CO, INC, PO BOX 1247, LEBEC, CA 93243

10925   NATIONAL CEMENT CO, INC, PO BOX 460, RAGLAND, AL 35131

10924   NATIONAL CEMENT COMPANY, HWY 144, RAGLAND, AL 35131

10925   NATIONAL CEMENT CREDIT ASSOCIA, PO BOX 40120, CLEVELAND, OH 44140

10925   NATIONAL CEMENT CREDIT ASSOCIATION, PO BOX 40120, CLEVELAND, OH 44140

10924   NATIONAL CEMENT, 15821 VENTURA BLVD, ENCINO, CA 91436

10924   NATIONAL CEMENT, 15821 VENTURA BLVD, ENCINO, CA 91436-4778

10924   NATIONAL CEMENT, CALIFORNIA DIVISION, LEBEC, CA 93243

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NATIONAL CENTER FOR CONTINUING, 967 BRIARCLIFF DR, TALLAHASSEE, FL 32308

10925   NATIONAL CHILD SAFETY COUNCIL, 6701 S ARCHER AVE, BEDFORD PARK, IL 60501

10925   NATIONAL CHILDRENS CANCER SOCIETY, PO BOX 23287, BELLEVILLE, IL 62223-0287

10925   NATIONAL CITY BANK, 221 W BRIDGE ST, DUBLIN, OH 43017

10924   NATIONAL CITY BANK, PITTSBURG, PITTSBURGH, PA 15222

10924   NATIONAL CIVIL RIGHTS MUSEUM, 450 MULBERRY STREET, MEMPHIS, TN 38103

10925   NATIONAL CLIMATIC DATA CENTER, 151 PATTON AVE , ROOM 120, ASHEVILLE, NC 28801-5001

10924   NATIONAL COATING  CORP, 254 BEECH ST, ROCKLAND, MA 02370

10924   NATIONAL COATINGS CO, #1 PARADISE PARK ROAD, JACKSONVILLE, AR 72076

10924   NATIONAL COATINGS CORPORATION, CAMBRIDGE, MA 02140

10924   NATIONAL COATINGS, PO BOX 1314, GALESBURG, IL 61401

10924   NATIONAL COATINGS, RT. 150 E., GALESBURG, IL 61401

10925   NATIONAL COIL COATERS ASSN., PO BOX 809230, CHICAGO, IL 60680-9230

10925   NATIONAL CONCRETE MASONRY ASSO, 2302 HORSE PEN ROAD, HERNDON, VA 20171-3499

10925   NATIONAL CONCRETE MASONRY ASSOC, 2302 HORSE PEN RD, HERNDON, VA 22071-3406

10925   NATIONAL CONCRETE MASONRY ASSOC, 2302 HORSE PEN ROAD, HERNDON, VA 20171-3499

10924   NATIONAL CONCRETE PIPE, 11825 FRANKLIN AVE, FRANKLIN PARK, IL 60131

10924   NATIONAL CONCRETE PRODUCT, PO BOX F, GREENWOOD, DE 19950

10924   NATIONAL CONCRETE PRODUCTS, P.O. BOX F, GREENWOOD, DE 19950

10924   NATIONAL CONCRETE PRODUCTS, ROUTE 16, GREENWOOD, DE 19950

10924   NATIONAL CONSTR.PROD INC, P.O.BOX 670854, MARIETTA, GA 30066

10925   NATIONAL CONTROLS CORP., 1725 WESTERN DR., WEST CHICAGO, IL 60185

10925   NATIONAL CONTROLS CORP., LOCK BOX 135-S, WHEATON, IL 60187

10924   NATIONAL COOPERATIVE REFINERY ASSOC, 1391 IRON HORSE ROAD, MCPHERSON, KS 67460

10924   NATIONAL COOPERATIVE REFINERY ASSOC, 200O S. MAIN, MCPHERSON, KS 67460

10924   NATIONAL COOPERATIVE REFINERY ASSOC, PO BOX 1404, MCPHERSON, KS 67460

10925   NATIONAL COUNCIL FOR ADOPTION, 1930 17TH ST NW, WASHINGTON, DC 20009

10925   NATIONAL CREDIT AUDIT CORP, POBOX 3800, PEORIA, IL 61612-3800

10925   NATIONAL CREDIT CORP, 27285 LAS RAMBLAS #100, MISSION VIEJO, CA 92691

10925   NATIONAL CRIME PREVENTION COUNCIL, 1 PROSPECT ST, PO BOX 229, AMSTERDAM, NY 12010

10924   NATIONAL D- DAY MUSEUM, 935 MAGAZINE ST., NEW ORLEANS, LA 70140

10925   NATIONAL DATA SYSTEMS INC, 4403 S W HENDERSON, SEATTLE, WA 98136

10925   NATIONAL DEMOCRATIC CLUB, 30 IVY ST SE, WASHINGTON, DC 20003-4071

10925   NATIONAL DOOR LITE, 3080 E. OUTER DR., STE. 3, DETROIT, MI 48234

10924   NATIONAL DOOR LITE, 3080 E. OUTER DRIVE, DETROIT, MI 48234

10925   NATIONAL DRYING MACHINERY CO., 2190 HORNIG RD., PHILADELPHIA, PA 19116

10924   NATIONAL DRYWALL INC, 1212 BELLEVUE AVE, MEMPHIS, TN 38106

10924   NATIONAL DRYWALL INC., CAMBRIDGE, MA 02140

10924   NATIONAL DRYWALL, 1212 BELLEVUE AVENUE, MEMPHIS, TN 38106

10924   NATIONAL DRYWALL, 1212 SOUTH BELVUE, MEMPHIS, TN 38106

10924   NATIONAL DRYWALL, 6664 LANGLEY DR, BATON ROUGE, LA 70809

10924   NATIONAL DRYWALL, C/O NEW COMMAND POST, MILAN, TN 38358

10924   NATIONAL DRYWALL, PO BOX 46456, BATON ROUGE, LA 70895

10925   NATIONAL ELECTRIC MFCS ASSOC, 1300 NORTH 17TH ST, SUITE 1847, ROSSLYN, VA 22209

10925   NATIONAL ELECTRONIC TRANSPORT, POBOX 66809, SCOTTS VALLEY, CA 95067-6809

10925   NATIONAL ELEMENT INC., 422 OLIVER AVE., TROY, MI 48084-5491

10925   NATIONAL ENVIRONMENTAL TESTING INC, 850 WEST BARTLETT ROAD, BARTLETT, IL 60103

10925   NATIONAL ENVIRONMENTAL TESTING INC., POBOX 530101, ATLANTA, GA 30353-0101

10925   NATIONAL ENVIRONMENTAL TRNG. ASS., 5320 N. 16TH ST., STE. 114, PHOENIX, AZ 85016-3241

10925   NATIONAL ENVIRONMENTAL, 850 W. BARTLETT ROAD DEPT. CA, BARTLETT, IL 60103

10924   NATIONAL ENZYME COMPANY, HWY 160, FORSYTH, MO 65653

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NATIONAL ENZYME COMPANY, PO BOX 128, FORSYTH, MO 65653 | |
| 10925 | NATIONAL EVALUATION SERVICE INC, 5203 LEESBURG PIKE SUITE 708, FALLS CHURCH, VA 22041-3401 | |
| 10925 | NATIONAL EVALUATION SERVICE INC, 900 MONTCLAIR ROAD SUITE A, BIRMINGHAM, AL 35213-1206 | |
| 10925 | NATIONAL EVALUATION SERVICE,IN, THE, 900 MONTCLAIR ROAD, SUITE A, BIRMINGHAM, AL 35213 | |
| 10925 | NATIONAL EXPORT TRAFFIC LEAGUE, 401 BROADWAY SUITE 611, NEW YORK, NY 10013 | |
| 10925 | NATIONAL EXPORT TRAFFIC, 7 BROARWAY, NEW YORK, NY 10004 | |
| 10925 | NATIONAL FEDERATION OF THE BLIND, M, PO BOX 722, OWINGS MILLS, MD 21117-0722 | |
| 10924 | NATIONAL FILTER MEDIA COR, 1717 DICKWELL AVE, HAMDEN, CT 06514 | |
| 10925 | NATIONAL FILTER MEDIA CORP., 1717 DIXWELL AVE., HAMDEN, CT 06514 | |
| 10925 | NATIONAL FILTER MEDIA CORP., PO BOX 840, NEW HAVEN, CT 06504 | |
| 10924 | NATIONAL FILTER MEDIA, CAMBRIDGE, MA 02140 | |
| 10925 | NATIONAL FIRE PROTECTION ASSOC, 1 BATTERYMARCH PARK, QUINCY, MA 02269 | |
| 10925 | NATIONAL FIRE PROTECTION ASSOC, PO BOX 8977, BOSTON, MA 02266-8977 | |
| 10925 | NATIONAL FIRE PROTECTION ASSOC, PO BOX 9101, QUINCY, MA 02269 | |
| 10925 | NATIONAL FIRE PROTECTION ASSOC., FULFILLMENT CENTER, 11 TRACY DR., AVON, MA 02322-9908 | |
| 10925 | NATIONAL FIRE PROTECTION ASSOC., PO BOX 9146, QUINCY, MA 02269-9959 | |
| 10925 | NATIONAL FIRE PROTECTION ASSOCIATIO, PO BOX 8977, BOSTON, MA 02266-8977 | |
| 10924 | NATIONAL FIREPROOFING, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | NATIONAL FLEET TRAINING, 16 HUNTS COURT, CLARKS SUMMIT, PA 18411 | |
| 10924 | NATIONAL FLIGHT SERVICES, 5170 W. BETHANY HOME ROAD, GLENDALE, AZ 85301 | |
| 10925 | NATIONAL FOREIGN TRADE COUNCIL FDTN, 1270 AVE OF THE AMERICAS, NEW YORK, NY 10020 | |
| 10925 | NATIONAL FOREIGN TRADE COUNCIL, THE, 1270 AVE OF THE AMERICAS, NEW YORK, NY 10020 | |
| 10925 | NATIONAL FOREIGN TRADE, 1270 AVE OF THE AMERICAS, NEW YORK, NY 10020-1700 | |
| 10925 | NATIONAL FREIGHT INC, POBOX 11679-DEPT 591, NEWARK, NJ 07101 | |
| 10925 | NATIONAL FREIGHT, PO BOX 1321, EXTON, PA 19341-0950 | |
| 10925 | NATIONAL FUND FOR THE, 245 FIRST ST , SW, WASHINGTON, DC 20024-3201 | |
| 10925 | NATIONAL FURNITURE GALLERY, PHILLIP WRIGHT, PO BOX 14965, MONROE, LA 71207 | |
| 10924 | NATIONAL GEOGRAPHIC / ATTN: MR.NICK, 525 GROVE AVENUE, CHARLOTTESVILLE, VA 22902-4804 | |
| 10925 | NATIONAL GEOGRAPHIC SCTY, PO BOX 37461, WASHINGTON, DC 20013-7461 | |
| 10925 | NATIONAL GEOGRAPHIC SOC, POBOX 2339, WASHINGTON, DC 20013-2339 | |
| 10925 | NATIONAL GEOGRAPHIC SOCIE, PO BOX 98016, WASHINGTON, DC 20090-8016 | |
| 10925 | NATIONAL GEOGRAPHIC SOCIETY, BOX 1264, WASHINGTON, DC 20013 | |
| 10925 | NATIONAL GEOGRAPHIC SOCIETY, PO BOX 63001, TAMPA, FL 33663-3001 | |
| 10924 | NATIONAL GEOGRAPHIC TV, 1145 17TH STREET N.W., WASHINGTON, DC 20036-4688 | |
| 10924 | NATIONAL GEOGRAPHIC TV., 1145 17TH STREET N.W., WASHINGTON, DC 20036-4688 | |
| 10924 | NATIONAL GRANGE INSURANCE, 55 WEST STREET, KEENE, NH 03431 | |
| 10924 | NATIONAL GRANGE INSURANCE, CAMBRIDGE, MA 99999 | |
| 10925 | NATIONAL GRAPHIC SALES INC, 181 SOUTH BLOOMINGDALE ROAD STE 102, BLOOMINGDALE, IL 60108 | |
| 10925 | NATIONAL GRAPHIC SALES, 38 FOUNDERS POINTE N, BLOOMINGDALE, IL 60108-1458 | |
| 10924 | NATIONAL GRAPHICS, INC., 2711 MIAMI STREET, SAINT LOUIS, MO 63118 | |
| 10925 | NATIONAL GUARDIAN SECURITY, PO BOX 85046, LOUISVILLE, KY 40285 | |
| 10925 | NATIONAL GYPSUM CO, 832 COUNTY RD 311, ROTAN, TX 79546 | |
| 10925 | NATIONAL GYPSUM CO, PO BOX 60176, CHARLOTTE, NC 28260 | |
| 10925 | NATIONAL GYPSUM CO, SAMUEL A SCHIFFMAN, 2001 REXFORD ROAD, CHARLOTTE, NC 28211 | |
| 10924 | NATIONAL GYPSUM CO., 2001 REXFORD ROAD, CHARLOTTE, NC 28211 | |
| 10924 | NATIONAL GYPSUM CO., 6110 COMMERCE ST., TAMPA, FL 33616 | |
| 10925 | NATIONAL GYPSUM COMPANY, | |
| 10924 | NATIONAL GYPSUM COMPANY, 1850 PIER B STREET, LONG BEACH, CA 90813 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NATIONAL GYPSUM COMPANY, 2001 REXFORD ROAD, CHARLOTTE, NC 28211 | |
| 10924 | NATIONAL GYPSUM COMPANY, 838 SUNNYVALE DRIVE, WILMINGTON, NC 28412 | |
| 10925 | NATIONAL GYPSUM COMPANY, LOCK BOX 91669, CHICAGO, IL 60693 | |
| 10924 | NATIONAL GYPSUM OF TEXAS, L.P., P.O. DRAWER B, ROTAN, TX 79546 | |
| 10924 | NATIONAL GYPSUM RESEARCH CENTER, 1650 MILITARY ROAD, BUFFALO, NY 14217 | |
| 10924 | NATIONAL GYPSUM, 1650 MILITARY ROAD, BUFFALO, NY 14217 | |
| 10925 | NATIONAL GYPSUM/GOLD BOND BLDG POND, 1850 W 8TH ST, LONG BEACH, CA 90813 | |
| 10925 | NATIONAL GYPSUM/GOLD BOND BLDG PROD, 1040 CANAL BLVD, RICHMOND, CA 94800 | |
| 10924 | NATIONAL HEALTH CARE EXTENSION, C/O WARCO CONSTRUCTION, LAURENS, SC 29360 | |
| 10924 | NATIONAL HEALTH CARE, 4125 W. SAMPLE RD., COCONUT CREEK, FL 33073 | |
| 10925 | NATIONAL HEALTH LABORATORIES, 430 SOUTH SPRING ST, BURLINGTON, NC 27215 | |
| 10925 | NATIONAL HIGHWAY CARRIERS, POBOX 6099, BUFFALO GROVE, IL 60089 | |
| 10925 | NATIONAL HOSE & ACCESSORY, PO BOX 200782, HOUSTON, TX 77216-0782 | |
| 10925 | NATIONAL INDUSTRIAL MAINTENANCE,INC, 4530 BARING AVE, EAST CHICAGO, IN 46312-3209 | |
| 10925 | NATIONAL INDUSTRIAL SUPPLIES INC, PO BOX 214, LAFAYETTE HILL, PA 19444 | |
| 10925 | NATIONAL INDUSTRIAL, 1700 N. MOORE ST., #1900, ARLINGTON, VA 22209-1904 | |
| 10924 | NATIONAL INDUSTRIES, 2727 PHILMONT AVE, HUNTINGDON VALLEY, PA 19006 | |
| 10924 | NATIONAL INDUSTRIES, 2727 PHILMONT AVENUE, HUNTINGDON VALLEY, PA 19006 | |
| 10925 | NATIONAL INFO TECH CENTER, 1730 17TH ST NE, WASHINGTON, DC 20002 | |
| 10925 | NATIONAL INFORM. DATA CTR, PO BOX 96621, WASHINGTON, DC 20090-6621 | |
| 10925 | NATIONAL INFORMATION DATA CENTER, PO BOX 96618, WASHINGTON, DC 20090-6618 | |
| 10925 | NATIONAL INFO-TECH CENTER, #1120-9310 BLVD ST LAURENT, MONTREAL, QC, QC H2N 1N4CANADA | *VIA Deutsche Post* |
| 10925 | NATIONAL INSTITUTE OF STANDARDS, 100 BUREAU DR, STOP 8602, GAITHERSBURG, MD 20899-8602 | |
| 10925 | NATIONAL INSTRUMENTS, PO BOX 840909, DALLAS, TX 75284-0909 | |
| 10924 | NATIONAL INSULATION, 1795 CONSTITUTION RD. SE, ATLANTA, GA 30316 | |
| 10924 | NATIONAL JEWISH CENTER, HENDERSON, CO 80640 | |
| 10925 | NATIONAL JEWISH HOSPITAL/CENTER, 1400 JACKSON ST M010, DENVER, CO 80206 | |
| 10925 | NATIONAL JEWISH MEDICAL AND, DEPT 254, DENVER, CO 80291-0254 | |
| 10925 | NATIONAL JOURNAL INC, POBOX 46909, SAINT LOUIS, MO 63146 | |
| 10925 | NATIONAL JOURNAL INC., PO BOX 96400, WASHINGTON, DC 20077 | |
| 10925 | NATIONAL KIDNEY FOUNDATION, PO BOX 9130, DEDHAM, MA 02027 | |
| 10925 | NATIONAL KIDNEY FOUNDTION, 1040 WOODCOCK ROAD, ORLANDO, FL 32803 | |
| 10924 | NATIONAL LABEL COMPANY, 2025 JOSHUA ROAD, LAFAYETTE HILL, PA 19444 | |
| 10925 | NATIONAL LABORATORIES L&F PRODUCTS, 225 SUMMIT AVE, MONTVALE, NJ 07645 | |
| 10925 | NATIONAL LABORATORY CENTER, INC, PO BOX 1000 DEPT 315, MEMPHIS, TN 38148-0315 | |
| 10924 | NATIONAL LATH & PLASTER INC., 150 FINN COURT, FARMINGDALE, NY 11735 | |
| 10925 | NATIONAL LAW JOURNAL, PO BOX 50316, BOULDER, CO 80322-0316 | |
| 10925 | NATIONAL LAW JOURNAL, THE, 345 PARK AVE SOUTH, NEW YORK, NY 10010 | |
| 10925 | NATIONAL LAW JOURNAL, THE, PO BOX 58495, BOULDER, CO 80321-8495 | |
| 10925 | NATIONAL LAWL ENFORCEMENT, POBOX 3233 GRAND CENTRAL STATION, NEW YORK, NY 10163-3233 | |
| 10925 | NATIONAL LEGAL, OKC, TWO LEADERSHIP SQUARE #1250, OKLAHOMA CITY, OK 73102 | |
| 10924 | NATIONAL LIME & STONE CO., 9860 COUNTY RD 313, FINDLAY, OH 45839 | |
| 10924 | NATIONAL LIME & STONE CO., FIRST NATIONAL BANK BLDG, FINDLAY, OH 45839 | |
| 10924 | NATIONAL LIME & STONE CO., PORTABLE PLANT, FINDLAY, OH 45839 | |
| 10924 | NATIONAL LIME & STONE CO., RT 12, FINDLAY, OH 45840 | |
| 10924 | NATIONAL LIME & STONE COMPANY, FIRST NATIONAL BANK BLDG, FINDLAY, OH 45839 | |
| 10924 | NATIONAL LIME & STONE, COUNTY ROAD 212, FINDLAY, OH 45839 | |
| 10924 | NATIONAL LINEN SERVICE, PO BOX 34666, CHARLOTTE, NC 28234 | |
| 10925 | NATIONAL LIQUID BLASTER CORP, 29830 BECK ROAD, WIXOM, MI 48393 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NATIONAL LOGISTICS MANAGEMENT, FORMERLY NATIONAL LOGISTICS MGMT., PO BOX 5135 WALMER 6050, PORT ELIZABETH - S.A., IT 6050SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | NATIONAL MEDICAL CARE, INC, TWO LEDGEMONT CENTER, 95 HAYDEN AVE, LEXINGTON, MA 02420-9192 | |
| 10925 | NATIONAL MEDICAL RESOURCES, 4803 GEORGE ROAD SUITE 370, TAMPA, FL 33634 | |
| 10925 | NATIONAL MESSAGE CENTER, 27 OAK ST, ROSWELL, GA 30075-4599 | |
| 10925 | NATIONAL METAL DECORATORS ASSOC, 9616 DEERECO ROAD, TIMONIUM, MD 21093 | |
| 10925 | NATIONAL METAL DECORATORS, 9616 DEERECO ROAD, TIMONIUM, MD 21093 | |
| 10924 | NATIONAL MICROWAVE, 221 HUDSON ST, HACKENSACK, NJ 07602 | |
| 10924 | NATIONAL MICROWAVE, 221 HUDSON STREET, HACKENSACK, NJ 07602 | |
| 10924 | NATIONAL MINE SERVICE CORPORATION, 914 PLOOF DRIVE, HUEYTOWN, AL 35023 | |
| 10924 | NATIONAL MINE SERVICE CORPORATION, PO BOX310, INDIANA, PA 15701 | |
| 10925 | NATIONAL MINORITY REVIEW, 6433 TOPANGA CYN,STE 278, WOODLAND HILLS, CA 91303 | |
| 10925 | NATIONAL MINORITY UPDATE, 2200 WILSON BLVD #102-206, ARLINGTON, VA 22201 | |
| 10925 | NATIONAL MLTIPLE SCLEROSIS SOCIETY, 101 FIRST AVE SUITE #6, WALTHAM, MA 02154-1115 | |
| 10925 | NATIONAL MULTIPLE SCLEROSIS SOCIETY, 460 LAKE FOREST DR., SUITE 236, CINCINNATI, OH 45242 | |
| 10925 | NATIONAL NOTARY ASSOCIATION, 1025 S SEMORAN BLVD, WINTER PARK, FL 32792-9987 | |
| 10925 | NATIONAL NOTARY ASSOCIATION, 9350 DE SOTO AVE, CHATSWORTH, CA 91313-9965 | |
| 10925 | NATIONAL NOTRARY ASSOCIATION, 8236 REMMET AVE, CANOGA PARK, CA 91309-7184 | |
| 10925 | NATIONAL OCEANIC & ATMOSPHERIC AGENCY, US DEPT OF COMMERCE, 14TH & CONSTITUTION AVE NW, WASHINGTON, DC 20230 | |
| 10925 | NATIONAL OCEANIC & ATMOSPHERIC AGENCY, US DEPT OF, 14TH & CONSTITUTION AVE NW, WASHINGTON, DC 20230 | |
| 10925 | NATIONAL PACKAGING SUPPLY, PO BOX 4798, EAST PROVIDENCE, RI 02916 | |
| 10925 | NATIONAL PAINT & COATINGS ASSOC., PO BOX 631976, BALTIMORE, MD 21263-1976 | |
| 10924 | NATIONAL PARK SERVICE, 1220 SOUTH ST FRANCIS DR, SANTA FE, NM 87501 | |
| 10924 | NATIONAL PARK SERVICE, CASA GRANDE RUINS NAT'L, COOLIDGE, AZ 85228 | |
| 10925 | NATIONAL PEN CORP, PO BOX 740561, ATLANTA, GA 30374-0561 | |
| 10925 | NATIONAL PERIPHERALS INC., 4905 E. LA PALMA AVE, ANAHEIM, CA 92807 | |
| 10925 | NATIONAL PETROLEUM COUNCIL, 1625 K ST NW SUITE 600, WASHINGTON, DC 20006-1656 | |
| 10925 | NATIONAL PETROLEUM REF. ASSOC., 1899 L ST., NW, STE 1000, WASHINGTON, DC 20036 | |
| 10925 | NATIONAL PHOTOCOPY, INC, PO BOX 0028, TUCKER, GA 30085-0028 | |
| 10924 | NATIONAL PIGMENTS & CHEMICALS INC., 10625 MAHAFFEY, TOMBALL, TX 77375 | |
| 10925 | NATIONAL PLANNING ASSOC, 1424 16TH ST. NW STE 700, WASHINGTON, DC 20036 | |
| 10924 | NATIONAL PORTLAND CEMENT OF FL, ROUTE 1, PALMETTO, FL 34220 | |
| 10925 | NATIONAL POWER RODDING CORP., 2500 W. ARTHINGTON ST., CHICAGO, IL 60612-4108 | |
| 10925 | NATIONAL PRECAST CONCRETE ASSOC, 10333 NORTH MERIDIAN ST., SUITE 272, INDIANAPOLIS, MN 46290 | |
| 10924 | NATIONAL PRECAST INC, 30066 LITTLE MACK, ROSEVILLE, MI 48066 | |
| 10924 | NATIONAL PRECAST, INC., 30066 LITTLE MACK, ROSEVILLE, MI 48066 | |
| 10925 | NATIONAL PREMIUM AND MERCHANDISING, PO BOX 511037, NEW BERLIN, WI 53151-1037 | |
| 10925 | NATIONAL PRESS CLUB, 529 14TH ST , NW ., WASHINGTON, DC 20045 | |
| 10925 | NATIONAL PRINTING INK, 4825 JENNINGS LANE, LOUISVILLE, KY 40218 | |
| 10925 | NATIONAL PRIVATE TRUCK COUNCIL, PO BOX 6054, MC LEAN, VA 22106-6054 | |
| 10924 | NATIONAL PRODUCT SALES, 430 N. NEIL ARMSTRONG, SALT LAKE CITY, UT 84116 | |
| 10924 | NATIONAL PRODUCT SALES, INC., 1600 SOUTH EMPIRE ROAD, SALT LAKE CITY, UT 84104 | |
| 10925 | NATIONAL PROPERTY TAX MANAGEMENT, POBOX 42165, HOUSTON, TX 77242 | |
| 10924 | NATIONAL PRTLND CEMNT CO, OF FLORIDA INC, PALMETTO, FL 33561 | |
| 10925 | NATIONAL RAILROAD PASSENGER CORP, PO BOX 18266, SAINT LOUIS, MO 63150-8266 | |
| 10925 | NATIONAL RAILROAD PASSENGER CORP., BURNS WHITE & HICKTON, 2400 FIFTH AVE PLACE, 120 FIFTH AVE, PITTSBURGH, PA 15222-3001 | |
| 10925 | NATIONAL RAILROAD PASSENGER CORP., PO BOX 18266, ST. LOUIS, MO 63150-8266 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NATIONAL RAILWAY EQUIPMENT COMPANY, 300 9TH STREET NORTH, SILVIS, IL 61282 | |
| 10924 | NATIONAL READY MIX COC / DON'T USE, 15821 VENTURA BLVD SUITE 475, VAN NUYS, CA 91436 | |
| 10924 | NATIONAL READY MIX COC / DON'T USE, 9010 NORRIS AVENUE, SUN VALLEY, CA 91352 | |
| 10924 | NATIONAL READY MIX COC / DON'T USE, ATTN: ACCOUNTS PAYABLE, BALDWIN PARK, CA 91706 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 11725 EAST ARTESIA AVENUE, ARTESIA, CA 90701 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 13950 EAST LOS ANGELES, MOORPARK, CA 93020 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 15203 OXNARD STREET, VAN NUYS, CA 91411 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 15821 VENTURA BLVD SUITE 475, ENCINO, CA 91436-4778 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 16282 CONSTRUCTION CIRCLE, IRVINE, CA 92709 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 2620 BUENA VISTA, IRWINDALE, CA 91706 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 27050 RUETHER AVENUE, SANTA CLARITA, CA 91351 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 4549 BRAZIL STREET, GLENDALE, CA 91203 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, 4988 EAST FIRESTONE BLVD, SOUTH GATE, CA 90280 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, ATTN: ACCOUNTS PAYABLE, 15821 VENTURA BOULEVARD SUITE 475, ENCINO, CA 91436-4778 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, CANOGA PARK, CA 91303 | |
| 10924 | NATIONAL READY MIX CONCRETE COMPANY, SUN VALLEY, CA 91353 | |
| 10924 | NATIONAL READY MIX, 39000 FORD RD, WESTLAND, MI 48185 | |
| 10925 | NATIONAL READY MIXED CONCRETE ASSOC, PO BOX 79433, BALTIMORE, MD 21279-0433 | |
| 10925 | NATIONAL READY MIXED CONCRETE, ASSOCIATION, 900 SPRING ST, SILVER SPRING, MD 20910 | |
| 10925 | NATIONAL REAL ESTATE, PO BOX 1147, SKOKIE, IL 60076-9736 | |
| 10924 | NATIONAL RECOVERY SYSTEMS, 5222 INDIANAPOLIS, EAST CHICAGO, IN 46312 | |
| 10924 | NATIONAL RECOVERY SYSTEMS, CAMBRIDGE, MA 02140 | |
| 10925 | NATIONAL REFRACTORIES & MINERALS, PO BOX 47, COLUMBIANA, OH 44408-0047 | |
| 10925 | NATIONAL REFRACTORIES&MINERALS CORP, 1852 RUTAN DRIVE, LIVERMORE, CA 94550-7635 | |
| 10925 | NATIONAL REFRACTORIES, PO BOX 95867, CHICAGO, IL 60694 | |
| 10925 | NATIONAL REGISTER PUB CO, PO BOX 7247-0165, PHILADELPHIA, PA 19170-0165 | |
| 10925 | NATIONAL REGISTER PUBLISHING, 121 CHANLON ROAD, NEW PROVIDENCE, NJ 07974 | |
| 10925 | NATIONAL REGISTRY OF ENV. PROFESSIO, PO BOX 2099, GLENVIEW, IL 60025 | |
| 10925 | NATIONAL REGISTRY OF ENVIRONMENTAL, PO BOX 2099, GLENVIEW, IL 60025 | |
| 10925 | NATIONAL REGISTRY OF, PO BOX 2068, GLENVIEW, IL 60025 | |
| 10925 | NATIONAL REPUBLICAN SENATORIAL, 425 SECOND ST , NE, WASHINGTON, DC 20002 | |
| 10925 | NATIONAL RESEARCH BUREAU, 320 VALLEY ST, BURLINGTON, IA 52601 | |
| 10925 | NATIONAL RESEARCH BUREAU, 320 VALLEY ST, BURLINGTON, IA 52601-5513 | |
| 10925 | NATIONAL RESEARCH BUREAU, PO BOX 1, BURLINGTON, IA 52601-0001 | |
| 10925 | NATIONAL RESEARCH COUNCIL CANADA, 1200 MONTREAL ROAD, OTTAWA, ON K1A 0R6CANADA | *VIA Deutsche Post* |
| 10925 | NATIONAL RESEARCH COUNCIL CANADA, FINANCE AND INFORMATION MANAGEMENT, SERVICES, 1200 MONTREAL ROAD, OTTAWA, ON K1A 0R6CANADA | *VIA Deutsche Post* |
| 10925 | NATIONAL REVIEW, 150 EAST 35TH ST, NEW YORK, NY 10016 | |
| 10924 | NATIONAL ROLL CO., RAILROAD AVE., AVONMORE, PA 15618 | |
| 10924 | NATIONAL ROLL, 400 RAILROAD AVENUE, AVONMORE, PA 15618 | |
| 10925 | NATIONAL ROOFING CONTRACTORS, ASSOC., PO BOX 809261, CHICAGO, IL 60680 | |
| 10925 | NATIONAL ROOFING SERVICE CORP., POBOX 77-52141, CHICAGO, IL 60678-2141 | |
| 10924 | NATIONAL SAFETY COUNCIL OFF. BLDG., ITASCA, IL 60143 | |
| 10925 | NATIONAL SAFETY COUNCIL, 1121 SPRING LAKE DR, ITASCA, IL 60143-3201 | |
| 10925 | NATIONAL SAFETY COUNCIL, 2099 W. PROSPECT ROAD, FORT LAUDERDALE, FL 33309 | |
| 10925 | NATIONAL SAFETY COUNCIL, 303 TWIN DOLPHIN DR, STE 520, REDWOOD CITY, CA 94065-1409 | |
| 10925 | NATIONAL SAFETY COUNCIL, PO BOX 429, ITASCA, IL 60143-0429 | |
| 10925 | NATIONAL SAFETY COUNCIL, PO BOX 558, ITASCA, IL 60143-0558 | |
| 10925 | NATIONAL SAFETY COUNCIL, PO BOX 825, DEERFIELD, IL 60015-0825 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NATIONAL SAFETY COUNCIL, POBOX 558, ITASCA, IL 60143-0558 | |
| 10925 | NATIONAL SAFETY MANAGEMENT, 123 KYSIELDS, WEAVERVILLE, NC 28787 | |
| 10925 | NATIONAL SANITARY SUPPLY CO, DEPT #7183, LOS ANGELES, CA 90088-7183 | |
| 10925 | NATIONAL SANITARY SUPPLY CO, FILE 55390, LOS ANGELES, CA 90074-5390 | |
| 10925 | NATIONAL SEARCH & RETRIEVAL, 2138 SILAS DEANE HWY, SUITE 103, ROCKY HILL, CT 06067 | |
| 10924 | NATIONAL SEMI CONDUCTOR, 28 FODON ROAD, SOUTH PORTLAND, ME 04106 | |
| 10925 | NATIONAL SEMI TRAILER CORP, PO BOX 60842, CHARLOTTE, NC 28260 | |
| 10925 | NATIONAL SEMINARS GROUP, PO BOX 2433, SHAWNEE MISSION, KS 66201 | |
| 10925 | NATIONAL SEMINARS GROUP, PO BOX 2949, SHAWNEE MISSION, KS 66201 | |
| 10925 | NATIONAL SEMINARS GROUP, PO BOX 2949, SHAWNEE MISSION, KS 66201-1239 | |
| 10925 | NATIONAL SEMINARS GROUP, POBOX 2949, SHAWNEE MISSION, KS 66201-1349 | |
| 10924 | NATIONAL SERVICE CLEANING CORP., 11668 CORPORATE LAKE BLVD., SAN ANTONIO, FL 33576 | |
| 10924 | NATIONAL SERVICE CLEANING CORP., 3575 WEST 12TH STREET, HOUSTON, TX 77008 | |
| 10925 | NATIONAL SERVICE CLEANING CORP., LOCK BOX 3096, BOSTON, MA 02241-3096 | |
| 10924 | NATIONAL SERVICE CLEANING INC., 3575 WEST 12TH STREET, HOUSTON, TX 77008 | |
| 10925 | NATIONAL SERVICES INC, 2100 MAIN ST #240, HUNTINGTON BEACH, CA 92648 | |
| 10925 | NATIONAL SIGNS, 730 NORTH POST OAK ROAD, HOUSTON, TX 77024 | |
| 10925 | NATIONAL SOCIETY OF BLACK ENGINEERS, PO BOX 25588, ALEXANDRIA, VA 22313-5588 | |
| 10925 | NATIONAL SOFT DRINK ASSOCIATIO, 1101 SIXTEENTH ST NW, WASHINGTON, DC 20036 | |
| 10925 | NATIONAL SOFT DRINK ASSOCIATION, 1101 SIXTEENTH ST NW, WASHINGTON, DC 20036 | |
| 10924 | NATIONAL SOLIDIFICATION, INC., 4000 MOHONING AVENUE, WARREN, OH 44483 | |
| 10924 | NATIONAL SOLIDIFICATION, INC., P. O. BOX 7501, WARREN, OH 44483 | |
| 10925 | NATIONAL SPRING CO INC, 38-58 BRANFORD ST, NEWARK, NJ 07114 | |
| 10924 | NATIONAL STANDARD COMPANY, ATT: TERRY GILBERT, 3602 N. PERKINS ROAD, STILLWATER, OK 74075 | |
| 10924 | NATIONAL STANDARD, 1618 TERMINAL ROAD, NILES, MI 49120 | |
| 10925 | NATIONAL STARCH & CHEMICAL CO PROC, ASSOCIATE GEN COUN REGULATORY AFFAI, | |
| 10924 | NATIONAL STARCH & CHEMICAL IND'L LT, RUA ALDOLFO KONDER N. 725, CENTRO - TROMBUDO CENTRAL, 89176BRAZIL | *VIA Deutsche Post* |
| 10924 | NATIONAL STARCH & CHEMICAL INDL LTD, RUA CENNO SBRIGHI,27  3 4 5 ANDARES, SAO PAULO, 5036.01BRAZIL | *VIA Deutsche Post* |
| 10924 | NATIONAL STARCH & CHEMICAL INDUSTR, PORT OF ITALAI, ITAJAI, 88300-000BRAZIL | *VIA Deutsche Post* |
| 10924 | NATIONAL STARCH & CHEMICAL INDUSTR, R CENNO SBRIGHI 27 4AND EDIF, A BRANCA, 0BRAZIL | *VIA Deutsche Post* |
| 10925 | NATIONAL STARCH AND CHEMICAL CO, PO BOX 75171, CHICAGO, IL 60675 | |
| 10924 | NATIONAL STARCH AND CHEMICAL CO., 2960 EXXON AVENUE, CINCINNATI, OH 45212 | |
| 10924 | NATIONAL STARCH AND CHEMICAL CO., 504 WHITE BIRCH ROAD, HAZLETON, PA 18201 | |
| 10925 | NATIONAL STARCH AND CHEMICAL COMP, 10 FINDERNE AVE, BRIDGEWATER, NJ 08807-0500 | |
| 10924 | NATIONAL STARCH AND CHEMICAL, 46 MANNING ROAD, BILLERICA, MA 01821 | |
| 10925 | NATIONAL STARCH, 420 W MARQUETTE AVE, OAK CREEK, WI 53154 | |
| 10925 | NATIONAL STEEL ERECTION INC, PO BOX 1772, OWENSBORO, KY 42302-1772 | |
| 10925 | NATIONAL STOR ALL, 4475 SOUTH BLVD., CHARLOTTE, NC 28209 | |
| 10925 | NATIONAL STORES, INC, 2322 E. 51ST ST, VERNON, CA 90058 | |
| 10924 | NATIONAL SUFACE, 40 LYDEKER ST, NYACK, NY 10960-2104 | |
| 10924 | NATIONAL SUPPLY OF SPRINGFIELD, 7600-D FULLERTON ROAD, SPRINGFIELD, VA 22153-2814 | |
| 10925 | NATIONAL SURFACE CLEANING, 160 EISENHOWER LANE NORTH, LOMBARD, IL 60148 | |
| 10924 | NATIONAL SURFACE CLEANING, 40 LYDECKER ST, NYACL, NY 10960 | |
| 10924 | NATIONAL SURFACE CLEANING, CAMBRIDGE, MA 02140 | |
| 10925 | NATIONAL SURVEY SERVICE INC, 126 W GRAND AVE, CHICAGO, IL 60610-4271 | |
| 10925 | NATIONAL SYSTEMS, INC, 200 ASHFORD CTR, #400, ATLANTA, GA 30338 | |
| 10925 | NATIONAL TANK SERVICE OF WI INC, GERALD DOVIC, 1813 SOUTH 73RD ST, WEST ALLIS, WI 53214 | |
| 10925 | NATIONAL TANK TRUCK CARRIERS INC, 2200 MILL RD, ALEXANDRIA, VA 22314-4677 | |
| 10925 | NATIONAL TAX INSTITUTE INC, 87 TERRACE HALL AVE, BURLINGTON, MA 01803 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NATIONAL TECHNICAL INFORMATION, 5285 PORT ROYAL ROAD, SPRINGFIELD, VA 22161

10925    NATIONAL TECHNICAL, POBOX 2027, WINTER PARK, FL 32790-2027

10925    NATIONAL TECHNOLOGY GROUP RTP, POBOX 75321, CHARLOTTE, NC 28275

10925    NATIONAL TECHNOLOGY GROUP, 140 OXMOOR BLVD. SUITE J, BIRMINGHAM, AL 35209

10925    NATIONAL TECHNOLOGY TRANSFER, INC, PO BOX 4558, ENGLEWOOD, CO 80155-4558

10925    NATIONAL TECHNOLOGY TRANSFER, PO BOX 173861, DENVER, CO 80217-3861

10925    NATIONAL TESTING LABORATORIES LTD, 6555 WILSON MILLS ROAD, STE 102, CLEVELAND, OH 44143

10925    NATIONAL TIME SYSTEMS INC, 7770 NORTHWEST 53RD ST, MIAMI, FL 33166

10925    NATIONAL UNAFFILIATED SHIPPERS, 1150 DOUGLAS PIKE, SMITHFIELD, RI 02917

10925    NATIONAL UNDERWRITER CO, 505 GEST ST, CINCINNATI, OH 45203

10925    NATIONAL UNDERWRITER CO, THE, 505 GEST ST, CINCINNATI, OH 45203-1716

10925    NATIONAL UNIFORM SERVICE, 2402 WALKUP AVE, MONROE, NC 28110

10925    NATIONAL UNIFORM SERVICE, PO BOX 830, OPA-LOCKA, FL 33054

10925    NATIONAL VETERANS AGENCY, PO BOX 1500, LAUREL, MD 20707

10924    NATIONAL VITAMIN COMPANY, 2075 WEST SCRANTON AVENUE, PORTERVILLE, CA 93257

10924    NATIONAL VITAMIN COMPANY, 7440 SOUTH INDUSTRIAL ROAD, LAS VEGAS, NV 89139

10925    NATIONAL VOLUNTARY LABORATORY, NAT INSTITUTE OF STANDARDS TECHNOLO, GAITHERSBURG, MD 20899

10924    NATIONAL WAREHOUSES INC., C/O FOAMCO, INC., TROY, AL 36081

10925    NATIONAL WASTE DISPOSAL INC., 432 STOKES AVE, TRENTON, NJ 08638

10924    NATIONAL WEATHER BUREAU, 7220 NORTHWEST 101ST TERRACE, KANSAS CITY, MO 64153

10925    NATIONAL WELDERS, PO BOX 34513, CHARLOTTE, NC 28234

10924    NATIONAL WESTERN STOCK SHOW, HERBLAN, DENVER, CO 80201

10925    NATIONAL WOMEN REVIEW, PO BOX 7956-278, CANOGA PARK, CA 91309

10924    NATIONS BANK SITE (TRYON), 202 N. CHURCH ST., CHARLOTTE, NC 28209

10924    NATIONS BANK SITE (TRYON), C/O WARCO CONSTRUCTION, CHARLOTTE, NC 28202

10924    NATIONS BANK, 10301 DEERWOOD PARK BLVD., JACKSONVILLE, FL 32256

10924    NATIONS BANK, 150 E. PALMETTO PARK ROAD, BOCA RATON, FL 33432

10924    NATIONS BANK, 150 EAST PALMETTO PARK RD., BOCA RATON, FL 33432

10924    NATIONS BANK, 5TH FLOOR, BOCA RATON, FL 33486

10924    NATIONS BANK, C/O CROSS ENVIRONMENTAL SERVICES, BOCA RATON, FL 33432

10925    NATIONS RENT, DEPT #853, CINCINNATI, OH 45269-0853

10925    NATIONS WAY TRANSPORT SERVICE, PO BOX 710, DENVER, CO 80201-0710

10925    NATIONSBANK CORP TRST OP, PO BOX 105878, ATLANTA, GA 30348-5878

10925    NATIONSBANK OF TEXAS NA, POBOX 841935, DALLAS, TX 75284-1935

10925    NATIONSBANK/3750245235, DALLAS, TX 75283-2406

10925    NATIONSRENT #101, 2935 WEST DIVISION, ARLINGTON, TX 76012

10925    NATIONSRENT, PO BOX 846280, DALLAS, TX 75284-6280

10925    NATIONSRENT, POBOX 80548, SAN DIEGO, CA 92138

10925    NATIONSRENT, POBOX 846163, DALLAS, TX 75284-6163

10925    NATIONSWAY TRANSPORT INC, PO BOX 710, DENVER, CO 80201-0710

10925    NATIONWIDE ACCEPTANCE CORP, 3435 N CICERO, CHICAGO, IL 60641

10925    NATIONWIDE ADVERTISING SERVICE, INC, PO BOX 710215, CINCINNATI, OH 45271-0215

10925    NATIONWIDE CIRCUIT, 65 WEICHER ST, ROCHESTER, NY 14606

10925    NATIONWIDE DISTRIBUTION &, 167 LAMP & LANTERN VILLAGE, STE 114, CHESTERFIELD, MO 63006

10925    NATIONWIDE DISTRIBUTION &, SUITE 114, CHESTERFIELD, MO 63006

10925    NATIONWIDE DISTRIBUTION, 167 LAMP AND LANTERN VILLAGE, CHESTERFIELD, MO 63017

10924    NATIONWIDE FIRE SUPPLY, 811 CAMP HORNE ROAD, PITTSBURGH, PA 15237

10925    NATIONWIDE PAPER CO., 3465 HAUCK RD., CINCINNATI, OH 45241

10925    NATIONWIDE PAPERS DIVISION, AIRPORT, PO BOX 8719, BALTIMORE, MD 12104

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NATIONWIDE PAPERS, DRAWER CS 100892, ATLANTA, GA 30384-0892 | |
| 10925 | NATIONWIDE PRODUCTS INC, PO BOX 17730, PHILADELPHIA, PA 19135 | |
| 10925 | NATIONWIDE SHIPPERS COOPERATIVE ASS, 240 W NORTH BEND RD, CINCINNATI, OH 45263 | |
| 10925 | NATIONWIDE SHIPPERS COOPERATIVE, PO BOX 630423, CINCINNATI, OH 45263-0423 | |
| 10924 | NATIONWIDE, MARCONI AND SPRING, COLUMBUS, OH 43215 | |
| 10924 | NATIONWIDE, MARCONI SPRING, COLUMBUS, OH 43215 | |
| 10924 | NATITORIUM, 3202 CABANESS PARKWAY, CORPUS CHRISTI, TX 78469 | |
| 10925 | NATIVE AMERICAN MEDIA, 1015 GAYLEY AVE., STE 1024, LOS ANGELES, CA 90024 | |
| 10924 | NATIVIDAD NURSERY, 357 NATIVIDAD RD., SALINAS, CA 93906 | |
| 10925 | NATIVIDAD, AENA, 2110 N BUTTERNUT, MIDLAND, TX 79703 | |
| 10925 | NATIVIDAD, MANUEL, 2110 N BUTTERNUT LN, MIDLAND, TX 79705 | |
| 10925 | NATL ASSOC OF INVESTORS, 1515 EAST ELEVEN MILE RD, ROYAL OAK, MI 48067-2090 | |
| 10925 | NATL ASSOCIATION OF BRICK DISTRIB, 11490 COMMERCE PARK DR., STE 300, RESTON, VA 20191-1525 | |
| 10925 | NATL ASSOCIATION OF STATE LAND, 4598 CARLISLE DR, HERNDON, VA 22170-4819 | |
| 10925 | NATL ASSO-MANUFACTURERS, 1331 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20004-1790 | |
| 10925 | NATL BUSINESS AIRCRAFT, 1200 EIGHTEENTH ST NW, WASHINGTON, DC 20036 | |
| 10925 | NATL BUSINESS FURNITURE INC., 735 N. WATER ST, MILWAUKEE, WI 53202 | |
| 10925 | NATL CAREER CENTERS-USA INC, POBOX 447, FAYETTEVILLE, NC 28302 | |
| 10925 | NATL CHILD SAFETY COUNCIL, THE, POBOX 1368, JACKSON, MI 49204-1368 | |
| 10925 | NATL CONF CHRISTIAN/JEWS, 7880 W OAKLAND PARK BLVD, FORT LAUDERDALE, FL 33351 | |
| 10925 | NATL EVALUATION SERVICE INC., 4051 W. FLOSSMOOR ROAD, COUNTRY CLUB HILLS, IL 60478 | |
| 10925 | NATL EXECUTIVE INSTITUTE, 315 EAST 200 SOUTH, SALT LAKE CITY, UT 84111 | |
| 10925 | NATL FOREIGN TRADE COUNCIL, 1270 AVE OF THE AMERICAS, NEW YORK, NY 10020 | |
| 10925 | NATL GUARDIAN SCRTY SVCS, PO BOX 3808999, MIAMI, FL 33238-0899 | |
| 10925 | NATL GUARDIAN SECURITY, PO BOX 185489, FORT WORTH, TX 76181 | |
| 10924 | NAT'L MUSEUM OF THE AMERICAN INDIAN, 4220 SILVER HILL RD., SUITLAND-SILVER HILL, MD 20746 | |
| 10925 | NATL MUSEUM OF WOMEN IN THE ARTS, 1250 NEW YORK AVE.,NW, WASHINGTON, DC 20005 | |
| 10925 | NATL TECHNICAL INFORMATION SVC, PO BOX 100955, ATLANTA, GA 30384-0955 | |
| 10925 | NATL VIETNAM VETERANS COALITION FOUNDATION, 7333 HARWIN #210, HOUSTON, TX 77036 | |
| 10925 | NATLSCO, 1 KEMPER DR, LONG GROVE, IL 60049-0075 | |
| 10925 | NATLSCO, PO BOX 71386, CHICAGO, IL 60694 | |
| 10925 | NATLSCO, PO BOX 71386, CHICAGO, IL 60694-1386 | |
| 10925 | NATLSCO, PO BOX 99539, CHICAGO, IL 60693 | |
| 10925 | NATNL LAW ENFORCE ASSOC., PO BOX 3195, NEW YORK, NY 10008-3195 | |
| 10925 | NATOLI ENGINEERING CO, INC, 28 RESEARCH PARK CIRCLE, SAINT CHARLES, MO 63304 | |
| 10925 | NATOLI ENGINEERING COMPANY, INC, DEPT. XX, PO BOX 66971, SAINT LOUIS, MO 63166 | |
| 10924 | NATREN, INC., 3105 WILLOW LANE, WESTLAKE VILLAGE, CA 91361 | |
| 10924 | NATROCHEM, INC., 1205 EXLEY AVENUE, SAVANNAH, GA 31401 | |
| 10924 | NATROCHEM, INC., PO BOX 1205, SAVANNAH, GA 31402 | |
| 10925 | NATTANIA, CHRISTOPHER, 8208 GLYN ST, ALEXANDRIA, VA 22309 | |
| 10924 | NATTINGER MATERIALS CO, 1650 E ATLANTIC, SPRINGFIELD, MO 65808 | |
| 10924 | NATTINGER MATERIALS CO, P O BOX 4007, SPRINGFIELD, MO 65804 | |
| 10924 | NATTINGER MATERIALS CO, PO BOX 4007 GS, SPRINGFIELD, MO 65804 | |
| 10924 | NATURAL BALANCE, INC, 1416 NORTH PARK STREET, CASTLE ROCK, CO 80104 | |
| 10924 | NATURAL BALANCE, INC, 3155 NORTH COMMERCE CT., CASTLE ROCK, CO 80104 | |
| 10924 | NATURAL BALANCE, INC, PO BOX 8002, CASTLE ROCK, CO 80104 | |
| 10925 | NATURAL GREEN LAWN SVC & MAINTENANC, 4265 SAN FILLIPE STE 610, HOUSTON, TX 77027 | |
| 10924 | NATURAL TECHNOLOGY, 350 APACHE TRAIL, TERRELL, TX 75160 | |
| 10924 | NATURAL VENTURES, PO BOX 1262, SHERMAN, TX 75091 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NATURAL WHITE INC, 15449 YOUNGE STREET SUITE 206, AURORA, ONTARIO, IT L4G 1P3TORONTO | *VIA Deutsche Post* |
| 10924 | NATURAL WHITE INC., 175 COOPER AVENUE, TONAWANDA, NY 14150 | |
| 10924 | NATURAL WHITE INC., MANUFACTURING PLANT, 175 COOPER AVENUE, TONAWANDA, NY 14150 | |
| 10925 | NATURE CONSERVANCY OF TN., 50 VANTAGE WAY, STE. 250, NASHVILLE, TN 37228 | |
| 10924 | NATURE MUSEUM, 2400 NORTH CANNON DRIVE, CHICAGO, IL 60614 | |
| 10924 | NATURE SCIENCE MAGNET MIDDLE SCHOOL, 1810 OGILBY ROAD, ROCKFORD, IL 61102 | |
| 10924 | NATURE WOOD, NOVI, SACRAMENTO, CA 94203 | |
| 10924 | NATURE'S SUNSHINE PRODUCTS, INC., 1655 NORTH MAIN STREET, SPANISH FORK, UT 84660 | |
| 10924 | NATURE'S SUNSHINE PRODUCTS, INC., PO BOX 19005, PROVO, UT 84605-9005 | |
| 10924 | NATURESCAPES, 1041 EAST MILES, TUCSON, AZ 85719 | |
| 10924 | NATWEST FINANCIAL SERVICES, GLENMOURA INDUSTRAIL PARK, MOOSIC, PA 18507 | |
| 10925 | NAU CONCRETE CONFERENCE, POBOX 15600, FLAGSTAFF, AZ 86011-5600 | |
| 10924 | NAU YUMA ACADEMIC FACILITIES, SMITH AND GREEN, YUMA, AZ 85364 | |
| 10925 | NAU, JOHN, 6 FERNWOOD AVE, PITTSBURGH, PA 15228 | |
| 10925 | NAUDINE SPEAKER, 1850 ALICE ST APT 710, OAKLAND, CA 94612-4136 | |
| 10925 | NAUERT, JILL, W330 N6279 HASSLINGER DRIVE, NASHOTAH, WI 53258 | |
| 10925 | NAUGHTON COMPANY N.V., GEN COUNSEL, 3151 AIRWAY AVE, 8-1-2, COSTA MESA, CA 92626 | |
| 10925 | NAUGHTON, ANNE-MARIE, 5 BOSTON ST, MALDEN, MA 02148 | |
| 10925 | NAUGHTON, ANNE-MARIE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | NAUGHTON, CHRISTINE, 67 PLEASANT VIEW AVE, BRAINTREE, MA 02184 | |
| 10925 | NAUGHTON, WILLIAM, 220 MAGGIES ROAD, CLARKS SUMMIT, PA 18411-2841 | |
| 10925 | NAUGLE, LANELLE, 6 SPRAGUE ST, WILMERDING, PA 15148 | |
| 10925 | NAUGLER, STEPHEN, 37 TEMPLE ST, MELROSE, MA 02176 | |
| 10925 | NAULT, DELANI, 4800 BROOKDALE, 247, WICHITA FALLS, TX 76310 | |
| 10925 | NAULT, DENISE, 11 ORIOLE RD, WINDHAM, NH 03087 | |
| 10925 | NAUMANN HOBBS, POBOX 29625, PHOENIX, AZ 85038-9625 | |
| 10925 | NAUMANN III, JOHN, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | NAUMANN, HARVEY, 5057 COUNTY TRUNK P, NEW FRANKEN, WI 54229 | |
| 10925 | NAUMANN, JOHN, 112 OLEN DRIVE, GLEN BURNIE, MD 21061 | |
| 10925 | NAUMANN, LISA, 1 KNOLLWOOD LA, TOWNSEND, MA 01469 | |
| 10925 | NAUMANN, RICH, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | NAUMANN, RICHARD, 518 APPLEWOOD DRIVE, BEL AIR, MD 21014 | |
| 10925 | NAUROT, PAULETTE, 176 LAURIER DR, WESTMINSTER, MD 21157 | |
| 10925 | NAUT, MUSABELLE C, 14802 BRAMBLEWOOD, HOUSTON, TX 77079-6304 | |
| 10924 | NAUTICA, 2 WARREN STREET, CHARLESTOWN, MA 02129 | |
| 10924 | NAUVOO TEMPLE, 1195 MULLHOLLAND, NAUVOO, IL 62354 | |
| 10924 | NAV AIR, PATUXENT NAVAL AIR BASE, PATUXENT RIVER, MD 20670 | |
| 10925 | NAV CANADA, 77 RUE METCALFE, OTTAWA ON, ON K1P 5L6CANADA | *VIA Deutsche Post* |
| 10925 | NAVA, MICHAEL, 6535 N. NORMANDY, CHICAGO, IL 60631 | |
| 10925 | NAVA, RAYMOND, 521 AIRPORT RD #183, SANTA FE, NM 87501 | |
| 10925 | NAVA, SIGRID, 1722 MILNER ROAR, IRVING, TX 75061 | |
| 10924 | NAVAJO REFINING COMPANY, 501 EAST MAIN STREET, ARTESIA, NM 88210 | |
| 10924 | NAVAJO REFINING COMPANY, DRAWER 159, ARTESIA, NM 88210 | |
| 10924 | NAVAL AIR ENGINEERING STATION, BUILDING 271, HIGHWAY 547, LAKEHURST, NJ 08733 | |
| 10924 | NAVAL AIR STATION 84, MEMPHIS, MILLINGTON, TN 38054-5000 | |
| 10924 | NAVAL AIR STATION MEMPHIS, BUILDING S 242, MILLINGTON, TN 38054 | |
| 10924 | NAVAL AIR STATION, DFAS-CL CENTER, IN, CODE XGD, BLDG. 94, BOX 357058, SAN DIEGO, CA 92135 | |
| 10924 | NAVAL AIR STATION, NAVAL AVIATION DEPOT, JACKSONVILLE, FL 32212 | |
| 10924 | NAVAL AIR STATION, RECEIVING OFFICER, N6588C1, NAS NORTH ISLAND, SAN DIEGO, CA 92135 | |
| 10925 | NAVAL AVIATION DEPOT, BLDG LF-50, NORFOLK, VA 23511-5555 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NAVAL BASE, C/O KING AND COMPANY, BELLE CHASSE, LA 70037 | |
| 10924 | NAVAL COMMAND CONTROL & OCEAN, CAMBRIDGE, MA 02140 | |
| 10924 | NAVAL CONSTRUCTION BATALION CENTER, C/O F.P. WOLL & CO., BUILDING 510, PORT HUENEME, CA 93043-4301 | |
| 10924 | NAVAL CONSTRUCTION BATTALION CENTER, 34TH AVE. & 25TH ST., GULFPORT, MS 39501-5000 | |
| 10924 | NAVAL HOSPITAL CHARLESTON, BLDG NH-1, 3600 RIVERS AVENUE, NORTH CHARLESTON, SC 29405 | |
| 10924 | NAVAL HOSPITAL, C.C. NAVAL AIR STATION, CORPUS CHRISTI, TX 78408 | |
| 10924 | NAVAL MINE WARFARE ENGINEERING, ACTIVITY PORT HUENENE DIVISION, YORKTOWN, VA 23691 | |
| 10924 | NAVAL SEA SYSTEMS COMMAND, 2531 NATIONAL CENTER, WASHINGTON, DC 20362 | |
| 10924 | NAVAL SHIP RESEARCH, BUILDING # 18, UPPER MARLBORO, MD 20772 | |
| 10924 | NAVAL SUBMARINE BASE, BEO BLDG. 455, NAVAL SUBMARINE BASE, CT 06349 | |
| 10924 | NAVAL SUBMARINE SUPPORT FACILTY, NEW LONDON, GROTON, CT 06349-5300 | |
| 10924 | NAVAL SUPPLY CENTER, CHARLESTON, SC 29408-6300 | |
| 10924 | NAVAL SUPPLY CENTER, RECEIPT PROS DEPT., NORFOLK, VA 23512 | |
| 10925 | NAVAL UNDERSEA WARFARE CENTER, 801 CLEMATIS ST, WEST PALM BEACH, FL 33401 | |
| 10924 | NAVAL WEAPONS STATION/CIRCLE B, 100 ACCESS ROAD, GOOSE CREEK, SC 29445 | |
| 10924 | NAVAL WEAPONS STATIONS, 100 ACCESS ROAD, GOOSE CREEK, SC 29445 | |
| 10925 | NAVALANY, JOHN, 6718 107TH ST APT 1A, CHICAGO RIDGE, IL 60415-1796 | |
| 10925 | NAVARO ESQ, ANN D, ENVIR & NAT RESOURCES DIV, GENERAL LITIGATION SECTION, PO BOX 663, WASHINGTON, DC 20044-0663 | |
| 10925 | NAVARRA, EDNA MAY, PO BOX 735, WARREN, MI 48090 | |
| 10925 | NAVARRE JR, RUDOLPH, 4735 ANNETTE, NEW ORLEANS, LA 70112 | |
| 10925 | NAVARRE, EDWARD, 107 GEORGETTE ST, LAFAYETTE, LA 70506-3015 | |
| 10925 | NAVARRE, MICHAEL, 4735 ANETTE ST., NEW ORLEANS, LA 70122 | |
| 10925 | NAVARRETE, MANUEL, 1506 N 9TH ST, WICHITA FALLS, TX 76304 | |
| 10925 | NAVARRETE, RENE, 1602 JOHNSON, PECOS, TX 79772 | |
| 10925 | NAVARRETE, RICARDO, 131 S EVERETT ST, GLENDALE, CA 91205 | |
| 10924 | NAVARRO REGIONAL MEDICAL CENTER, 3201 WEST HWY 22, CORSICANA, TX 75110 | |
| 10925 | NAVARRO, ANTONIO, 151 CRANDEN BLVD, 600, KEY BISCAYNE, FL 33149 | |
| 10925 | NAVARRO, CARMEN, 103 BERNICE, SAN ANTONIO, TX 78228 | |
| 10925 | NAVARRO, CECILIA, 3946 MARIPOSA PL., ALEXANDRIA, VA 22309 | |
| 10925 | NAVARRO, DENNIS, 7950 JANNA LEE AVE, ALEXANDRIA, VA 22306 | |
| 10925 | NAVARRO, DONNA, 3407 CLEMA, AMARILLO, TX 79107 | |
| 10925 | NAVARRO, GAIL, 9023 GAYLORD #93, HOUSTON, TX 77024 | |
| 10925 | NAVARRO, JESUS, 449 W 3RD ST, PERRIS, CA 92370 | |
| 10925 | NAVARRO, JOSE LUIS, RT 11 22 RAVEN CIRCL, EDINBURG, TX 78539 | |
| 10925 | NAVARRO, JOSE, APARTADO POSTAL N299C P 42800 TULA, HIDALGO, MEXICO | *VIA Deutsche Post* |
| 10925 | NAVARRO, LEONEL, 305 N. 19TH, EDINBURG, TX 78539 | |
| 10925 | NAVARRO, LISA, 5808 RED BUD SPRINGS, HOUSE SPRINGS, MO 63051 | |
| 10925 | NAVARRO, LYDIA, 2779 ALTA VIEW DRIVE, SAN DIEGO, CA 92139-3203 | |
| 10925 | NAVARRO, MARIA, 921 W. 1ST ST., WILMINGTON, CA 90744 | |
| 10925 | NAVARRO, MARIO, 7240 CAMP MEETING RD, NEW TRIPOLI, PA 18066 | |
| 10925 | NAVARRO, MARIO, 7240 CAMP MEETING ROAD, NEW TRIPOLI, PA 18066 | |
| 10925 | NAVARRO, P, 6 PO BOX 3128, SAN JUAN, PR 00936 | |
| 10925 | NAVARRO, PABLO, 2204 AVE P, FT PIERCE, FL 33450-2069 | |
| 10925 | NAVARRO, RAFAEL, 2830 AVE. I, FT. WORTH, TX 76105 | |
| 10925 | NAVAS, MARGARITA, 1121 TWELFTH ST NW, WASHINGTON, DC 20005 | |
| 10925 | NAVE, BARBARA, 8864 OAK MEADOW CT, MONTGOMERY, AL 36116 | |
| 10925 | NAVE, KIMBERLY, 578 RENEE DR APT D, JOPPATOWNE, MD 21085 | |
| 10925 | NAVE, VALERIE, 8072 82ND AVE , NO, SEMINOLE, FL 34647 | |
| 10924 | NAVEL DEF FIN & ACCT. SER, DEF ACCT/OFFICE CLEVELAND, CHARLESTON, SC 29408 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NAVIA, SERVANDO, 11361 NW 2ND ST, MIAMI, FL 33172

10925 NAVICH, KIMBERLY, 801 SPRING ST., MOOSIC, PA 18507

10925 NAVIGATORS EXPRESS INC, 2031 SW 60TH AVE, PLANTATION, FL 33317

10925 NAVISTAR INTERNATIONAL CORP., CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10924 NAVISTAR INTERNATIONAL CORPORATION, INDIANAPOLIS PLANT, 5565 BROOKVILLE ROAD, INDIANAPOLIS, IN 46219

10924 NAVTEK, INC, DBA NAVAJO CONSTRUCTION, 3000 SECOND ST. NW, ALBUQUERQUE, NM 87107

10925 NAVY JR, ROY, 3151 POST OAK TRITT RD, MARIETTA, GA 30062

10924 NAVY PIER SHAKESPEARE THEATER, 300 E. GRAND AVENUE, CHICAGO, IL 60610

10924 NAVY PIER, 600 E. GRAND AVE., CHICAGO, IL 60611

10924 NAVY, COMMANDING OFFICER, BUILDING 350, NCSC, PANAMA CITY, FL 32407

10924 NAVY, M/F:  RESTOCK X28000, RECEIVING  LOADING DOCK ONE, SAN DIEGO, CA 92134

10924 NAVY, MATERIAL MANAGEMENT DEPARTMENT, ACQUISITIONS DIVISION, CODE, SAN DIEGO, CA 92134

10924 NAVY, NAVAL COASTAL SYSTEMS CENTER, PANAMA CITY, FL 32407

10924 NAVY, NAVAL COSTAL SYSTEMS CENTER, MARK FOR:, PANAMA CITY, FL 32407

10925 NAWARD, LINDA M., 1513 W. CULVER, PHOENIX, AZ 85007

10925 NAWAZ, MOHAMMED, PO BOX 2013, LINDEN, NJ 07036

10925 NAWIC, 1525 W RIPY, FORT WORTH, TX 76110

10925 NAWMAN, JACKIE, 6348 PITTMAN, CASPER, WY 82604

10925 NAY, GEORGE, 870 10TH ST, MEEKER, CO 81641

10925 NAY, TINA, 100 W. COURTLAND ST., PHILA, PA 19140

10924 NAYLOR CANDIES, 289 CHESTNUT STREET, MOUNT WOLF, PA 17347

10925 NAYLOR PUBLICATIONS INC., 11350 MCCORMICK RD STE 1107, HUNT VALLEY, MD 21031

10925 NAYLOR PUBLICATIONS, INC, PO BOX 31460, TAMPA, FL 33631-3460

10925 NAYLOR, DARREN, 355 ASTER, CASPER, WY 82604

10925 NAYLOR, DOLORES, 108 W CARDINAL LANE, LAWRENCEVILLE, GA 30244

10925 NAYLOR, J, 5256 KEATSWOOD CIRCLE SOUTH, MEMPHIS, TN 38120

10925 NAYLOR, JEFFREY, PO BOX 152, CLOVERDALE, IN 46120

10925 NAYLOR, KELVIN, 2021 WILLOWICK ST, LAKE CHARLES, LA 70605-2017

10925 NAYLOR, T, 5 CLAY ST #4, NEWPORT, RI 02840

10925 NAYLOR, WILLIAM, 8905 WEST BELMAR, LAKEWOOD, CO 80226

10925 NAZAR, RUBEENA, 1676 BRIARCLIFF RD, ATLANTA, GA 30306

10925 NAZARETH EVANGICAL LUTHERAN CHURCH, 3250 W. 60TH ST, CHICAGO, IL 60629-3230

10924 NAZARETHS MIDDLE SCHOOL, 362 TATAMY ROAD, NAZARETH, PA 18064

10925 NAZARIANS, VAHAG, 9825 OSO AVE., CHATSWORTH, CA 91311

10925 NAZARIO, CARMEN, URB. BAHIA-CALLE A-BUZON 35, GUANICA, PR 00653

10925 NAZARIO, FELIX, PO BOX 941, GUANICA, PR 00653

10925 NAZARIO, JAIME, PO BOX 32, GUANICA, PR 00653

10925 NAZARKO, JENNIFER, 100 SNOWY OWL DR, SILVER SPRING, MD 20901

10924 NAZCON INC., 11530 E. MAPLE AVE, BELTSVILLE, MD 20705

10924 NAZCON INC., 2155 QUEENS CHAPPEL ROAD, N.E., WASHINGTON, DC 20018

10924 NAZCON INC., 6500 AMMENDALE RD., BELTSVILLE, MD 20705

10924 NAZCON INC., 6500 AMMENDALE ROAD, BELTSVILLE, MD 20705

10924 NAZCON OF WASHINGTON D.C., INC., 6500 AMMENDALE ROAD, BELTSVILLE, MD 20705

10924 NAZDAR KC, 1087 N. NORTH BRANCH STREET, CHICAGO, IL 60622-4292

10924 NAZDAR SHAWENEE, 8501 HEDGE LANE TERRACE, SHAWNEE MISSION, KS 66227

10924 NAZDAR SHAWNEE, 8501 HEDGE LANE TERRACE, SHAWNEE MISSION, KS 66227

10924 NAZ-DAR, 8501 HEDGE LANE TERRACE, SHAWNEE MISSION, KS 66227

10925 NB COCHRANE CO, THE, 9330 PULASKI HWY., BALTIMORE, MD 21220-2418

10925 NB FINISHING INC, 1845 SOUTH 55TH AVE, CICERO, IL 60650

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | NBA STORES, 666 5TH AVENUE/52ND STREET, NEW YORK, NY 10001 | |
| 10924 | NBC, FM 2148 OFF HWY 82 WEST, NASH, TX 75569 | |
| 10925 | NBMMCG, 175 GHENT RD, FAIRLAWN, OH 44333 | |
| 10924 | NBTY INC., 115 ORVILLE DRIVE, BOHEMIA, NY 11716 | |
| 10924 | NBTY INC., 90 ORVILLE DRIVE, BOHEMIA, NY 11716 | |
| 10925 | NC ABC COMMISSION, PO BOX 26687, RALEIGH, NC 27611 | |
| 10925 | NC DEHNR DIVISION OF ENV MGMT GROUN, KENNETH SCHUSTER PE, 3800 BARRETT DR, SUITE 101, RALEIGH, NC 27609 | |
| 10925 | NC DEPT ENV AND NR DIV MGMTGRDWATER, 3800 BARRETT DR #101, RALEIGH, NC 27609 | |
| 10925 | NC DEPT OF REVENUE, PO BOX 25000, RALEIGH, NC 27640 | |
| 10924 | NC PRODUCTS, 9 MILES S.E. OF FAYETTEVILLE, FAYETTEVILLE, NC 28301 | |
| 10925 | NCDA, DEPT FM, POBOX 27647, RALEIGH, NC 27611 | |
| 10925 | NCEES, PO BOX 751975, CHARLOTTE, NC 28275-1975 | |
| 10924 | NCI MFG. INC., 209 LONNIE E. CRAWFORD BLVD., SCOTTSBORO, AL 35769 | |
| 10925 | NCM DIRECT DELIVERY, POBOX 14787, OAKLAND, CA 94614-1478 | |
| 10925 | NCMCA, PO BOX 2412, HICKORY, NC 28603-2412 | |
| 10925 | NCO FINANCIAL SYSTEMS INC, PO BOX 13692, PHIALDEPLHIA, PA 19101 | |
| 10925 | NCO FINANCIAL SYSTEMS INC, PO BOX 7825, METAIRIE, LA 70010 | |
| 10925 | NCR CORP, PO BOX 70083, CHICAGO, IL 60673-0083 | |
| 10924 | NCR CORP., 2651 SATELITE BLVD., DULUTH, GA 30136 | |
| 10925 | NCR CORP., 9095 WASHINGTON CHURCH RD., MIAMISBURG, OH 45342 | |
| 10925 | NCR CORP., PO BOX 740162, CINCINNATI, OH 45274-0162 | |
| 10925 | NCR CORPORATION, 7240 MOOREFIELD HWY, LIBERTY, SC 29657 | |
| 10925 | NCR CORPORATION, PO BOX 740162, CINCINNATI, OH 45274-0162 | |
| 10925 | NCR CORPORATION, PO BOX 75245, CHARLOTTE, NC 28275-5245 | |
| 10924 | NCR SUGAR CAMP, 101 W SCHANTZ AVE, DAYTON, OH 45479 | |
| 10925 | NCS CONSTRUCTION SERVICES GROUP, 729 MINER ROAD, CLEVELAND, OH 44143 | |
| 10925 | NCS PEARSON,INC, 21866 NETWORK PLACE, CHICAGO, IL 60673-1218 | |
| 10924 | NCS SUPPLY INC, CAMBRIDGE, MA 02140 | |
| 10924 | NCS SUPPLY INC., 1603 NORTH AMERICAN ST, PHILADELPHIA, PA 19122 | |
| 10924 | NCS SUPPLY, 1603 N. AMERICAN ST, PHILADELPHIA, PA 19122 | |
| 10925 | NCSBCS, 505 HUNTMAR PARK DR, HERNDON, VA 20170 | |
| 10924 | ND TECHNOLOGIES GROUP, 1893 BARRETT ROAD, TROY, MI 48084 | |
| 10924 | NDC ELECTRIC CONT. LLC, 10 OLIVE STREET, NEWINGTON, CT 06111 | |
| 10925 | NDEM, ANIEMA, PO BOX 92252, LAFAYETTE, LA 70509 | |
| 10925 | NDT SEALS, 1333 STERRETT ST., HOUSTON, TX 77002 | |
| 10925 | NE BRAND, INC, PO BOX 1186, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | NE FLORIDA CHAPTER AGC OF AMERICA, PO BOX 2519, JACKSONVILLE, FL 32203 | |
| 10924 | NE MEDICAL CENTER, HARRISON AVE.  LOADING DOCK, BOSTON, MA 02111 | |
| 10925 | NE PLUS UTILISER GRACE DAVISON GMBH, IN DER HOLLERHECKE 1, WORMS, 67547GERMANY | *VIA Deutsche Post* |
| 10924 | NE REHAB HOSP, 70 BUTLER ST, SALEM, NH 03079 | |
| 10925 | NEACI, 111 FIRST ST, CAMBRIDGE, MA 02141 | |
| 10925 | NEAGLE, ROBERT, 4127 SALLY DR. NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | NEAGLE, TODD, 2816 SEELY AVE. SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | NEAIHA, 80 MAIN ST, READING, MA 01867-3921 | |
| 10925 | NEAIHA,OCCUHEALTH,INC, 44 WOOD AVE., MANSFIELD, MA 02048 | |
| 10925 | NEAL & HARWELL, PLC, 150 FOURTH AVE , NORTH, NASHVILLE, TN 37219-2498 | |
| 10924 | NEAL & LOIA CONST. CO., 10495 WOODSTOCK ROAD, ROSWELL, GA 30075 | |
| 10925 | NEAL BERKE, 39 CHARLEMONT CT, CHEMLSFORD, MA 01863-2306 | |
| 10925 | NEAL H HODGES, 930 LONGBOW RD, CHARLOTTE, NC 28211-4273 | |
| 10925 | NEAL JR, JOHN, 305 WOFFORD ROAD, WOODRUFF, SC 29388-9427 | |

‹9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NEAL K HEISER, 2715 BROOKLYN AVE, FORT WAYNE, IN 46802

10925   NEAL OHARA GOLF CLASSIC, THE, 206 ANDOVER ST, ANDOVER, MA 01810

10925   NEAL RANDALL MORRIS, 4615 CHESTNUT ST, BETHESDA, MD 20814-3723

10925   NEAL STEVEN BERKE, 39 CHARLEMONT CT, N CHELMSFORD, MA 01863-2306

10925   NEAL W CHILTON, 2975 PRINCETON PIKE, LAWRENCEVILLE, NJ 08648-3224

10925   NEAL W SANSTROM, 12197 WOODFORK DR, MARRIOTTSVLLLE, MD 21104-1456

10925   NEAL, AGNES, 1214 CANDISE CT., MESQUITE, TX 75149

10925   NEAL, BARRY, RT 4, BOX 489, ENOREE, SC 29335

10925   NEAL, BOBBY, 5253 POGUE ST, SPARTANBURG, SC 29301

10925   NEAL, BONNIE L, 255 EAST 112TH DR, NORTHGLENN, CO 80233

10925   NEAL, BONNIE, 255 E 112TH DRIVE, NORTHGLE, CO 80233-3015

10925   NEAL, CALVIN, 2719 N BONSALL ST, PHILADELPHIA, PA 19132

10925   NEAL, DANNY, 1734 HWY 357, LYMAN, SC 29365-9721

10925   NEAL, DARRELL G., 2207 HIDDEN CREEK, KINGWOOD, TX 77339

10925   NEAL, DARRELL, 2207 HIDDEN CREEK, KINGWOOD, TX 77339

10925   NEAL, DAVID, 292 SHAWSHEEN AVE, WILMINGTON, MA 01887-9998

10925   NEAL, DONALD, 812 PARR ST, ALICE, TX 78332-3622

10925   NEAL, GEORGE, 94 SHANNON RD, SALEM, NH 03079

10925   NEAL, JAMES, 3708 VAUGHN ROAD, VAUGHAN, MS 39179

10925   NEAL, JAMES, 6421 WILMOT DR, REISTERSTOWN, MD 21136

10925   NEAL, JR, ANDREW, 608 AMBERLY ROAD, COLUMBIA, SC 29203-3603

10925   NEAL, JUDITH, 3212A LAWNDALEDR., GREENSBORO, NC 27408

10925   NEAL, KAREN, 3652 MISSION DR., APT. C, INDIANAPOLIS, IN 46224

10925   NEAL, MICKEY, 1530 SUMNER DR., ROCK HILL, SC 29732

10925   NEAL, RAYMOND, 303 ARLINGTON DR, WEST MONROE, LA 71291

10925   NEAL, ROBERT A, RT 1 BOX 458, NOBLE, OK 73068

10925   NEAL, ROBERT, RT 1 BOX 458, NOBLE, OK 73068

10925   NEAL, SUSIE, 9030 MARKVILLE DR., DALLAS, TX 75243

10925   NEAL, TANYA, 5590 LEON DRIVE, 51, SUN VALLEY, NV 89433

10925   NEAL, THOMAS, 401 HUNTCLIFF POINT, AIKEN, SC 29803

10925   NEAL, VERONICA, 2104 S APACHE, AMARILLO, TX 79103

10925   NEAL, WILLIAM, 7223 DAVIS ROAD, WAXHAW, NC 28173-9115

10925   NEALON, EUGENE, 8 SILVER STIRRUP COURT, TIMONIUM, MD 21093-4015

10925   NEALON, JENNIFER A., 1037 JOSHUA TREE ST., COLTON, CA 92324

10925   NEALY, SHAWN, 6158 W. PORT AVE., MILWAUKEE, WI 53223

10925   NEARMAN, STEVEN, 1711 WESTWIND WY, MCLEAN, VA 22102

10924   NEARPARA RUBBER COMPANY, 1849 E. STATE STREET, TRENTON, NJ 08619

10924   NEARS INC, 425 BULLOCK, WHITTEMORE, MI 48770

10925   NEARS, 54 CRAWFORD RD., COTUIT, MA 02635

10924   NEARS, INC., 425 BULLOCK, WHITTEMORE, MI 48770

10924   NEARS, INC., 426 BULLOCK, WHITTEMORE, MI 48770

10925   NEARY JR, MERRILL, 232 PARK AVE, COUNCIL BLUFFS, IA 51503

10925   NEARY, BRIAN, 2011 BIRCH ROAD, BALTIMORE, MD 21221

10925   NEARY, JOSEPH, 284 CARAWAN LANE, CHESAPEAKE, VA 23320

10925   NEARY, KAREN, 1561 PINEBREEZE DR., MARIETTA, GA 30062

10925   NEARY, MARGARET, 3137 N. 79TH ST, MILWAUKEE, WI 53222

10925   NEARY, PHYLLIS, 72 GRANGER DRIVE, FEEDING HILLS, MA 01030

10925   NEARY, SUSAN, 311 E. 72 ST, NEW YORK, NY 10021

10925   NEAS, LESTER, 2000 BRINKMAN ROAD, QUAKERTOWN, PA 18951-1239

10925   NEAS, MARY, 610 56TH ST, CLEVELAND, TN 37312

10925   NEASE, DAVID, 14 GREEN MEADOW COURT, MARIETTA, SC 29661

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | NEATHAWK LUMBER, RTE 219 N 164, LEWISBURG, WV 24901 | |
| 10925 | NEAVES, CELESTE, 2626 BABCOCK #2814, SAN ANTONIO, TX 78229 | |
| 10925 | NEAVES, DENISE, 2626 BABCOCK, #2814, SAN ANTONIO, TX 78229 | |
| 10925 | NEAVES, MARSHALL, 306 NORTH FLAT ROCK RD, PIEDMONT, SC 29673 | |
| 10925 | NEBBIA JT TEN, BARBARA G & ANTHONY A, 812 BOWLINE DR, FORKED RIVER, NJ 08731-3006 | |
| 10925 | NEBLETT, THOMAS, 2608 HANOVER AVE, RICHMOND, VA 23220 | |
| 10925 | NEBRASKA ATTY GENERAL, ATTN: DON STENBERG, STATE CAPITOL, PO BOX 98920, LINCOLN, NE 68509 | |
| 10925 | NEBRASKA CONCRETE AND, 7600 KARL DR, LINCOLN, NE 68516 | |
| 10925 | NEBRASKA CONCRETE MASONRY, PO BOX 7196, OMAHA, NE 68107 | |
| 10925 | NEBRASKA CONCRETE PIPE ASSOC, POBOX 209, SCOTTSBLUFF, NE 69363-0209 | |
| 10925 | NEBRASKA DEPT OF AGRICULTURE, PO BOX 94756, LINCOLN, NE 68509 | |
| 10925 | NEBRASKA DEPT OF ENV QUALITY, MIKE LINDER DIR, 1200 N ST PO BOX 98922, SUITE 400, LINCOLN, NE 68509-8922 | |
| 10925 | NEBRASKA DEPT OF ENVIR QUALITY, 1200 N ST , STE 400, LINCOLN, NE 68508 | |
| 10925 | NEBRASKA DEPT OF ENVIR QUALITY, 1200 N ST, STE 400, LINCOLN, NE 68508 | |
| 10925 | NEBRASKA DEPT OF NATURAL RESOURCES, 301 CENTENNIAL MALL SOUTH, LINCOLN, NE 68509 | |
| 10925 | NEBRASKA DEPT OF NATURAL RESOURCES, 301 CENTENNIAL MALL SOUTH, LINCOLN, NE 68509-4676 | |
| 10925 | NEBRASKA DEPT OF REVENUE, PO BOX 94818, LINCOLN, NE 68509-4818 | |
| 10924 | NEBRASKA PUBLIC POWER DIS, GENERAL OFFICE, COLUMBUS, NE 68601 | |
| 10924 | NEBRASKA PUBLIC POWER DISTRICT, 2 MILES SOUTH OF BROWNSVILL, BROWNVILLE, NE 68321 | |
| 10924 | NEBRASKA PUBLIC POWER DISTRICT, COOPER NUCLEAR STA., BROWNVILLE, NE 68321 | |
| 10924 | NEBRASKA PUBLIC POWER DISTRICT, GERALD GENTLEMAN STA S. HWY 25, SUTHERLAND, NE 69165 | |
| 10924 | NEBRASKA WILBERT VAULT, 2401 RIVERSIDE DR, NORFOLK, NE 68702 | |
| 10925 | NEBRASKA-IOWA SUPPLY CO, INC, PO BOX 368, BLAIR, NE 68008 | |
| 10925 | NEC COMPUTER SYSTEMS DIVISION, PO BOX 73680, CHICAGO, IL 60673-7680 | |
| 10924 | NEC CONST CO, 2200 WHITNEY AVE., NEW HAVEN, CT 06518 | |
| 10924 | NEC TECHNOLOGIES, 1 NEC DRIVE, MCDONOUGH, GA 30253 | |
| 10925 | NECCIAI, BRIAN, 209 GILDER CREEK DRIVE, GREENVILLE, SC 29607 | |
| 10925 | NECKER, BURTON, BOX 105, INDEPENDENCE, IA 50644 | |
| 10925 | NECOEM, 22 MILL ST, GROVELAND, MA 01734 | |
| 10924 | NEDCO (POQOZ-20887), 505 RUE LOCKE, SAINT LAURENT, QUEBEC, QC H4T 1X7TORONTO | *VIA Deutsche Post* |
| 10924 | NEDCO ELECTRICAL/WESTBURNE LTD, 600 MAIN ST., ST. JOHN, NB, NB E2L 4H0TORONTO | *VIA Deutsche Post* |
| 10924 | NEDCO, 4200 SPRING MOUNTAIN RD., LAS VEGAS, NV 89102 | |
| 10924 | NEDERLAND MIDDLE SCHOOL, HERBLAN, NEDERLAND, CO 80466 | |
| 10925 | NEDWOOD, ELOUISE, 1144 NORTH 3RD ST., PHILA, PA 19123 | |
| 10925 | NEE, JAMES, 6217 BIRD RACE, COLUMBIA, MD 21045 | |
| 10925 | NEE, ROBERT, 5 CHAPAQUOIT WAY, E. SANDWICH, MA 02537 | |
| 10925 | NEEB, WILLIAM, 3 COPLEY PLACE, BILLERICA, MA 01821 | |
| 10925 | NEECE, ERIC, 2365 DICKERSON RD, RENO, NV 89503 | |
| 10925 | NEECE, R, 8418 KESSLER, OVERLAND PARK, KS 66212 | |
| 10924 | NEED, 135 WILL DR, CANTON, MA 02021 | |
| 10924 | NEED, 179 CAMPANELLI PARKWAY, STOUGHTON, MA 02072 | |
| 10924 | NEED, 2100 THOMASTON AVENUE, WATERBURY, CT 06704 | |
| 10924 | NEED, 50 NIANTIC AVENUE, PROVIDENCE, RI 02907 | |
| 10925 | NEEDHAM ELECTRIC SUPPLY CORP, POBOX 30000, HARTFORD, CT 06150-5288 | |
| 10925 | NEEDHAM ELECTRIC SUPPLY CORP., 45 FOURTH AVE, NEEDHAM, MA 02194 | |
| 10925 | NEEDHAM INDUSTRIAL SALES INC., PO BOX 98, MILLIS, MA 02054 | |
| 10924 | NEEDHAM INDUSTRIAL SUPPLY, 31 LORING DR., FRAMINGHAM, MA 01702 | |
| 10925 | NEEDHAM, CHERYL, 2886 WINDSOR HIEGHTSDELTONA, 32738, FL 32738 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NEEDHAM, JAMES, 740 WOODSVIEW LANE SW, ORONOCO, MN 55960

10925    NEEDHAM, JEANNE, 5700 CANYON DR #6, AMARILLO, TX 79110

10925    NEEDHAM, ROBERT, 6329 60TH AVE, KENOSHA, WI 53142

10925    NEEDHAM, TERRI, 6128 BRIARBEND LANE, MEMPHIS, TN 38141

10925    NEEDHAMS BUSINESS MACHINES OF, 2208 W CENTRAL AVE, TOLEDO, OH 43606

10925    NEEDHON, WILLIE, 2916 STONEWALL ST, SHREVEPORT, LA 71109

10925    NEEDY, MONICA, 12504 MARTINGALE LANE, LOCKPORT, IL 60441

10925    NEEL, BRENDA, 700 N MARKET ST, SHREVE, OH 44676

10925    NEEL, DONALD, 2418 BRAFFERTON AVE, HUDSON, OH 44236

10925    NEEL, ELIZABETH, 752 MISSION CAYON RD, SANTA BARBARA, CA 93105-2913

10925    NEEL, KEVIN, 3413 COURT WAY, BALTIMORE, MD 21222

10925    NEELEY, PAULA, 4218 W. 2ND. APT. 6, AMARILLO, TX 79106

10925    NEELEY, TERRANCE, 112-41 175TH PLACE, ST ALBANS QUEENS, NY 11433

10925    NEELS JTWRS JT TEN, JOHN H & GLORIA M, 4881 INCHESTER, ELLICOTT CITY, MD 21043-0000

10925    NEELY COMPANY, PO BOX 12345, BIRMINGHAM, AL 35202

10925    NEELY COMPANY, POBOX 12345, BIRMINGHAM, AL 35202

10925    NEELY SR., TRAVIS, 269 LADY SAVANNAH DRIVE, DALLAS, GA 30157

10925    NEELY, RUTHANNE, 123 HERITAGE HILL ROAD, NEW CANNAN, CT 06840-4627

10925    NEELY, STEVEN, 224 SHADY OAKS DR, SIX MILE, SC 29682

10925    NEELY, WALTER, PO BOX 1033, LAURENS, SC 29360

10925    NEELY, WILLIE, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925    NEELY, WILLIE, 887 TALL DEER DR., FAIRBURN, GA 30213

10925    NEEPER, MICHAEL, PO BOX 3471, CLEVELAND, TN 37320

10925    NEESE, WILEY, 408 DARLINGTON AVE, GREENVILLE, SC 29609-3439

10925    NEEVES, CYNTHIA, 11 HIDDEN HARBOUR DR., GULFSTREAM, FL 33483

10925    NEEVES, JAMES, 11 HIDDEN HARBOUR DR., GULFSTREAM, FL 33483

10924    NEFCO METRO TOOL & SYS, 12332 CONWAY RD, BELTSVILLE, MD 20705

10925    NEFCO, 12096 CONWAY RD, BELTSVILLE, MD 20705

10924    NEFCO, 12096 CONWAY ROAD, BELTSVILLE, MD 20705

10924    NEFCO, 12332 CONWAY RD, BELTSVILLE, MD 20705

10924    NEFCO, 205 W. FIRST ST., SOUTH BOSTON, MA 02127

10924    NEFCO, 411 BURNHAM ST, EAST HARTFORD, CT 06108

10924    NEFCO, 411 BURNHAM ST., EAST HARTFORD, CT 06128

10924    NEFCO, 411 BURNHAM STREET, EAST HARTFORD, CT 06128

10925    NEFF ENGINEERING CO INC, 169 WEST US HWY 30, VALPARAISO, IN 46383

10925    NEFF, ALOURDES, 67 ANNAFRAN, ROSLINDALE, MA 02131-4706

10925    NEFF, GORDON, 2690 HAZELWOOD LA, GREEN BAY, WI 54304

10925    NEFF, MARILYN, 5222 PIKES COURT, MARIETTA, GA 30062

10925    NEFF, ROBIN, 427 WEST WALNUT ST, KUTZTOWN, PA 19530

10925    NEFF, T, 1369 NORTHWEST BLVD, COLUMBUS, OH 43212

10925    NEFF, WILLIAM R, 1600 COLORADO NATL BLDG, 950 17TH ST, DENVER, CO 80202

10924    NEFP NATIONAL SEMICONDUCTOR, C/O NEW ENGLAND FIREPROOFING, SOUTH PORTLAND, ME 04106

10925    NEGAS, GEORGE, 38 HUNTER ST, STATEN ISLAND, NY 10304

10924    NEGRI READY MIX CONCRTE, 178-01 LIBERTY AVENUE, JAMAICA, NY 11433

10925    NEGRON RIVERA, ERIC, URBANIZACION SAN PEDRO # 80, TOA BAJA, PR 00759

10925    NEGRON, BLANCA, PO BOX 191674, SAN JUAN, PR 00919

10925    NEGRON, JULIO, CALLE JAZMIN #5 BO PALMA, CATANO, PR 00962PUERTO RICO    **\*VIA Deutsche Post\***

10925    NEGRON, ZAIDA, P.P.AYALA #12, TOA BAJA, PR 00759

10925    NEGRU, GABRIEL, 175-27 WEXFORD TERRA, JAMAICA, NY 11432

10924    NEGWAR MATERIALS, 1900 N. DIRKSEN PARKWAY, SPRINGFIELD, IL 62702

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   NEGWER MATERIALS - DCTR, 850 E PERSHING, DECATUR, IL 62526

10924   NEGWER MATERIALS INC, 49 AIRPORT RD, SAINT LOUIS, MO 63135

10924   NEGWER MATERIALS INC., 1131 W. DETWEILLER DR, PEORIA, IL 61615

10924   NEGWER MATERIALS(FS), 49 AIRPORT RD., SAINT LOUIS, MO 63135

10924   NEGWER MATERIALS, 1131 W. DETWEILLER, PEORIA, IL 61615

10924   NEGWER MATERIALS, 49 AIRPORT RD., SAINT LOUIS, MO 63135

10924   NEGWER MATERIALS, FORT JESSE ROAD, BLOOMINGTON, IL 61701

10924   NEGWER MATERIALS, INC - DCTR, 850 E PERSHING, DECATUR, IL 62526

10924   NEGWER MATERIALS, INC., ST. LOUIS WAREHOUSE, SAINT LOUIS, MO 63135-1998

10924   NEGWER MATERIALS, SPRINGFIELD, IL 62700

10925   NEHER, LISA, 201 S REYNOLDS ST #L117, ALEXANDRIA, VA 22304

10925   NEHRING, STAN, 2605 PECTONICA RD, PECATONICA, IL 61063

10925   NEI, 1700 93RD LANE NE, BLAINE, MN 55449

10925   NEI/GTEL ENV LABS INC, PO BOX 74848, CLEVELAND, OH 44194-0931

10925   NEIBOLD, TAMARA, 2414 MAIN ST #5, BEECH GROVE, IN 46107

10925   NEIFELD, BELLA, 15 CAYUGA ST, SPRINGFIELD, NJ 07081

10925   NEIGHBORHOOD PACKAGE LIQUORS, 805 WALNUT AVE, ELGIN, IL 60123

10925   NEIGHBORS, CARL, 10421 MEACHAM RD, BAKERSFIELD, CA 93312

10925   NEIGHBORS, JULIE, PO BOX 488, TAHOKA, TX 79373

10925   NEIGHBORS, WAYNE, 11082 EMERSON WAY, STANTON, CA 90680

10925   NEIGHMOND, HELENA, 2114 EAST DUNBAR, TEMPE, AZ 85282-7453

10925   NEIGHOFF & SONS, INC, 117 HOLSUM WAY, GLEN BURNIE, MD 21060

10925   NEIGHOFF, KENNETH, 305 GREENWOOD RD., LINTHICOM, MD 21090

10925   NEIL B COHEN, 1116 DITMAS AVE, BROOKLYN, NY 11218-6000

10925   NEIL BLACK, 6274 CHERRY TREE LANE, ATLANTA, GA 30328

10925   NEIL J HODGES &, MARY E HODGES TR UA FEB 20 92, THE NEIL J HODGES REVOCABLE TRUST, 1639 FOREST HILLS DR, OKEMOS, MI 48864-2919

10925   NEIL J MEIGHAN & PHILOMENA P, MEIGHAN JT TEN, 29 NORTH PORT ROYAL DRIVE, HILTON HEAD ISLAND, SC 29928-3950

10925   NEIL K WILLIAMS, 5205 KLINGLE ST NW, WASHINGTON, DC 20016-2656

10925   NEIL MCLAUGHLIN, 14 DAWS HILL LANE, HIGH WYCOMBE BUCKS, HP11 1PWUNITED KINGDOM       ***VIA Deutsche Post***

10925   NEIL RUSSELL GARRETT, 1944 ELINORA DR, PLEASANT HILL, CA 94523-2828

10925   NEIL, BERNIECE, 8401 NW 101 ST., OKLA. CITY, OK 73132

10925   NEIL, CHARLES, 3910 EBENEZER RD, MARIETTA, GA 30066

10925   NEIL, KERRY, 976 HWY 665, MONTEGUT, LA 70377

10925   NEILAN, GARY E., 1116 HIGH ROAD, KENSINGTON, CT 06037

10925   NEILAN, LAURIE, 10382 HICKORY RIDGE RD, COLUMBIA, MD 21044

10925   NEILL CORBETT, 453 HOYT AVE, STATEN ISLAND, NY 10301-2626

10925   NEILSEN, CATHERINE, 2206 REDTAIL DRIVE, NEENAH, WI 54956

10925   NEILSON, CHRISTOPER, 2320 W AUGUSTA AVE, PHOENIX, AZ 85021

10925   NEILSON, RICHARD, 5 EPPING ST, NASHUA, NH 03063

10925   NEILSON, WILLIAM, 519 LA VISTA RD, WALNUT CREEK, CA 94598

10924   NEIMAN MARCUS  @ @, KING OF PRUSSIA MALL, KING OF PRUSSIA, PA 19406

10925   NEIMAN, JOY, 1044 CAUSEY RD, CONWAY, SC 29526

10925   NEIMAN, PHILLIP, 839 SCALEY BARK RD, CHARLOTTE, NC 28209

10925   NEIMILLER, DOROTHY, 401 ROSERY ROAD APT 202, LARGO, FL 33770-1452

10925   NEIPP, JERRY, 134 BLOSSOM CT, EASLEY, SC 29642-9315

10925   NEIRYNCK, MICHAEL, 51320 NORTH AVE, MACOMB, MI 48042

10925   NEIS, JAMES, PO BOX 205, SPALDING, NE 68665

10925   NEISER, NEDRIA, 363 SUNSET DR., BETHEL PARK, PA 15102

10925   NEISLER, LINDA, 1278 WATERWORKS ROAD, COMMERCE, GA 30529

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NEISS, HENRY, 180 65TH ST. EAST, WILLISTON, ND 58801

10925    NEISWENDER, LINDA, 2334 DRACENA ST., BAKERSFIELD, CA 93304

10925    NEITCH, DWIGHT, RT. 2, BOX 64N, VICTORIA, TX 77901

10925    NEJMAN-GROSS, MARY, 6300 RANDI AVE, WOODLAND HILLS, CA 91367

10925    NEKOSSA PAPERS INC A SUBSIDIARY OF, J MICHAEL DAVIS, 133 PEACHTREE ST NE, ATLANTA, GA 30348-5605

10925    NEL FREQUENCY, 357 BELOIT ST, BURLINGTON, WI 53105

10924    NELCH CONCRETE WEST, 3100 GREAT NORTHERN ROAD, SPRINGFIELD, IL 62707

10924    NELCH CONCRETE WEST, 800 S 9TH ST, SPRINGFIELD, IL 62708

10924    NELCH CONCRETE WEST, P O BOX 3108, SPRINGFIELD, IL 62708

10925    NELCO OIL REFINING, ROGER E HUMPHREYS, 600 W 13TH ST, NATIONAL CITY, CA 92050

10925    NELINET, INC, POBOX 155, NUTTING LAKE, MA 01865-9904

10925    NEL-KAN CONTAINER, DIV. PRIME PACKAGING GROUP, P.O. BOX 6755, JERSEY CITY, NJ 07306-0755

10925    NELL, DONALD, 4026 FOREST AVE, BROOKFIELD, IL 60513

10925    NELL, DONALD, 4026 FOREST AVE., BROOKFIELD, IL 60513

10925    NELL, SUZANNE, 36071 N. GRAND OAKS CT, 203, GURNEE, IL 60031

10925    NELLCOR, 2200 FARADAY AVE, CARLSBAD, CA 92008-7208

10925    NELLES, DENNIS, 4353 NICHOLAS AVE, BALTIMORE, MD 21206

10925    NELLIE C WILLIAMS, 860 ARNOLD AVE, TOWNHOUSE 57, POINT PLEASANT, NJ 08742-2453

10925    NELLIE LOSORDO, 2185 CAPTAINS WALK, VERO BEACH, FL 32963-2822

10925    NELLIE RUE VAN MIDDLESWORTH &, LESTER VAN MIDDLESWORTH JT TEN, 1950 LYNDALE AVE, MEMPHIS, TN 38107-5109

10924    NELLIS A.F.B., TO ELLSWORTH AVE. (LF), FOLLOW RD. TO PLANT SITE, (115) N. TO CRAIG RD.,, LAS VEGAS, NV 89100

10925    NELLYE A MEINTSMA FAMILY TRUST, SEWARD MORTIMER MEINTSMA, 1812 CANARY DR, EDMOND, OK 73034-6124

10925    NELMS, MICHAEL, RT 1 BOX 74, CASTALIA, NC 27816

10925    NELMS, MICHELLE, 7525 LAWYERS STATION, MINT HILL, NC 28227

10925    NELMS, STEVE, 423 JONES AVE, GREER,, SC 29651

10924    NELS BOWEN, PO BOX956, LOGANDALE, NV 89021

10925    NELS CONSULTING SERVICES, INC, 7334 GARNER ROAD, ONTARIO, ON L2E 6S5CANADA          *VIA Deutsche Post*

10925    NELSEN, GAIL F, CUST FOR TRISTAN M NELSEN, UNIF GIFT MIN ACT NJ, 9 BLUEBERRY LANE, LEONARDO, NJ 07737-1804

10924    NELSON BROS.READY MIX, 721 EAST MAIN ST, LEWISVILLE, TX 75057

10924    NELSON BROTHERS READY MIX INC., 721 E. MAIN STREET, LEWISVILLE, TX 75057

10925    NELSON C WHITE CO, INC, 8725 A LOCH RAVEN BLVD., BALTIMORE, MD 21286-2227

10924    NELSON CONCRETE, #1 S. FLORIDA, ALAMOGORDO, NM 88310

10924    NELSON ELECTRIC SUPPLY CO.(AD), 821 SOUTH AIRLINER RD, RACINE, WI 53406

10924    NELSON ELECTRIC SUPPLY CO.(AD), PO BOX 1528, RACINE, WI 53401-1528

10925    NELSON INSULATION CO., 366 HOLLOW HILL DR., WAUCONDA, IL 60084

10925    NELSON INSULATION COMPANY, 366 HOLLOW HILL DRIVE, WAUCONDA, IL 60084

10925    NELSON JR, WILBERT, 11626 REED CIRCLE, RIDGELY, MD 21660

10925    NELSON JR, WILLIAM C, PO BOX 461, REDMOND, WA 98073-0461

10925    NELSON MULLINS RILEY & SCARBOR, PO DRAWER 11009, COLUMBIA, SC 29211-1009

10925    NELSON MULLINS RILEY & SCARBOROUGH, 1300 LADY ST, THIRD FL KENAN BLDG, COLUMBIA, SC 29211

10925    NELSON MULLINS RILEY & SCARBOROUGH, PO DRAWER 11009, COLUMBIA, SC 29211-1009

10925    NELSON MULLINS RILEY & SCARBOROUGH, THIRD FL, KEENAN BLDG, 1330 LADY ST, COLUMBIA, SC 29211

10925    NELSON NAME PLATE CO, 3191 CASITAS AVE, LOS ANGELES, CA 90039

10924    NELSON NAME PLATE, 3191 CASITAS AVENUE, LOS ANGELES, CA 90039

10924    NELSON READY MIX CONCRETE ROC, JACK TONE ROAD & HIGHWAY 99, RIPON, CA 95366

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   NELSON READY MIX CONCRETE ROCK CO., ATTN:  ACCOUNTS PAYABLE, RIPON, CA 95366

10924   NELSON READY MIX CONCRETE ROCK, 11628 W. LINNE ROAD, TRACY, CA 95376

10924   NELSON READY MIX CONCRETE ROCK, 2059 NAVY DRIVE, STOCKTON, CA 95206

10924   NELSON REALITY TRUST,AGENT FOR, THE VANGUARD PROJECT, C/O LF DRISCOLL 80 ACRE JOB SITE, 679 CEDAR HOLLOW RD, MALVERN, PA 19355

10924   NELSON REALTY TRUST,AGENT FOR, THE VANGUARD PROJECT C/O, L F DRISCOLL 80 ACRE JOB SITE, 679 CEDER HOLLOW RD, MALVERN, PA 19355

10925   NELSON ROOFING CORP, NELSON CHARLES A, 2642 CAMBRIAN CIRCLE, MADISON, WI 53711

10925   NELSON, ALMA, 914 CARMADELLE ST, MARRERO, LA 70072

10925   NELSON, AMY, 20 GROVE ST APT 52, SOMERVILLE, MA 02144

10925   NELSON, ANTHONY, 114 RAINWOOD DRIVE, SIMPSONVILLE, SC 29681

10925   NELSON, ARNOLD, 7610 W 60TH PL, ARGO, IL 60501-1511

10925   NELSON, BARBARA, 7358 NW 48TH ST, LAUDERHILL, FL 33319

10925   NELSON, BARRY C, 802 CORNWALL COURT, ELDERSBURG, MD 21784

10925   NELSON, BARRY, 802 CORNWALL CT, ELDERSBURG, MD 21784

10925   NELSON, BETTY, 13630 SW 26TH ST, DAVIE, FL 33325

10925   NELSON, BRAD A, 2020 N 6200 W, WARREN, UT 84404

10925   NELSON, BRAD, 2020 NORTH 6200 WEST, OGDEN, UT 84404

10925   NELSON, BRIAN, 3358 PUTNAM ST, WEST LAFAYETTE,, IN 47906-1276

10925   NELSON, BRIAN, PMB 319, 655 FAIRVIEW RD, STE H, SIMPSONVILLE, SC 29680-6777

10925   NELSON, C, 1101 CHARISSE ST, KILLEEN, TX 76543

10925   NELSON, C, 4915 MARTIN ST, MIRA LOMA, CA 91752

10925   NELSON, CAROL, 180 FRANKLIN CORNER RD., L-12, LAWRENCEVILLE, NJ 08648

10925   NELSON, CHARLES, 3 FOXWOOD CT, SIMPSONVILLE, SC 29680

10925   NELSON, CHRISTOPHER, 108 CEDAR ST, LAURENS, SC 29360

10925   NELSON, CLARENCE, 1210 SELMA ST, MOBILE, AL 36604-2344

10925   NELSON, CLAYTON, 129 ABBOTSFORD DR, SIMPSONVILLE, SC 29681

10925   NELSON, CLAYTON, 129 ABBOTSFORD DRIVE, SIMPSONVILLE, NC 29681

10925   NELSON, CONNIE, 7519 SOUTH QUINCY, OAK CREEK, WI 53154

10925   NELSON, CRAIG, 1927 NIAGARA DR, CAMDEN, SC 29020

10925   NELSON, CRAIG, 5750 W 950 NORTH, OGDEN, UT 84404

10925   NELSON, CURTIS, PO BOX 1524, AURORA, IL 60507

10925   NELSON, DANIEL, 2155 TEMPLE ST #4, SIGNAL HILL, CA 90804-1024

10925   NELSON, DAVID, 520 N. HAZEL, SULPHUR, LA 70663

10925   NELSON, DAVID, 6130 RIDGEVIEW BLVD, N RIDGEVIEW, OH 44039

10925   NELSON, DAWN, 3 MIRROR LAKE RD, SPRING VALLEY, NY 10977

10925   NELSON, DENNIS, 708 HAYMOUNT DRIVE, INDIANAPOLIS, IN 46241

10925   NELSON, DON, 290 BERRY ROAD, PELZER, SC 29669

10925   NELSON, DON, PO BOX 142, SLAGLE, LA 71475

10925   NELSON, DONALD, 1000 S.W. 5TH, ANDREWS, TX 79714

10925   NELSON, DONNIE, 10384 FM 1565, TERRELL, TX 75160

10925   NELSON, DOUGLAS, 8061 VIA DE, FAIROAKS, CA 95628

10925   NELSON, DUANE G, 3803 OLD HWY 37-VILLAS 3-UNIT 120A, LAKELAND, FL 33813

10925   NELSON, DUANE, 3803 OLD HWY 37, LAKELAND, FL 33813

10925   NELSON, ELIZABETH, 2600 S KANNER HWY, STUART, FL 34994

10925   NELSON, ERIK, 48 MULBERRY ST, #1, ATTLEBORO, MA 02703

10925   NELSON, ERNEST, 2931 MOUNTAIN BLVD, SEVIERVILLE, TN 37862

10925   NELSON, F, 15521 PAHUTE AVE, VICTORVILLE, CA 92392

10925   NELSON, GAIL, 4964 FAIR FOREST DR, STONE MOUNTAIN, GA 30088

10925   NELSON, GARY, 3316 S. LITUANICA, 2, CHICAGO, IL 60608

10925   NELSON, GERALD, 1021 MAIN AVE, LIBBY, MT 59923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NELSON, GLENN, PO BOX 39, CIRCLEVILLE, WV 26804

10925 NELSON, GLYNIS, RT 1, BOX 156, SUTHERLIN, VA 24594

10925 NELSON, GORDON, 1414 N JACKSON ST, LEXINGTON, NE 68850-1415

10925 NELSON, HOLLY, 38 LIBERTY AVE, WOBURN, MA 01801

10925 NELSON, HORACE, 1100 PENNSYLVANIA AVE, 415, BALTIMORE,, MD 21201

10925 NELSON, J, 175 WEST ST., SUGAR GROVE, IL 60554

10925 NELSON, JAMES, 6561 RANDALL MARK DR, MORROW, GA 30260

10925 NELSON, JANET, 141 N. 91ST ST, MILWAUKEE, WI 53226

10925 NELSON, JANICE, 29 ROBINHOOD RD, WINCHESTER, MA 01890

10925 NELSON, JEAN, 2610 ALLEN ST, DALLAS, TX 75204

10925 NELSON, JEROME, 3534 N 4TH ST, MILWAUKEE, WI 53223

10925 NELSON, JOHNNIE, 4613 HORTON ROAD, PLANT CITY, FL 33566-8137

10925 NELSON, JONATHAN, 2311 TALUNAR, WICHITA FALLS, TX 76301

10925 NELSON, JOYCE, 120 MATTHEW ST, ROANOKE RAPIDS, NC 27870

10925 NELSON, JR, WILLIE, 1718 DEAUVILLE DR #B, TAMPA, FL 33619-5542

10925 NELSON, JUANITA, 3775 HOUSTON AVE. APT. 16-C, MACON, GA 31206

10925 NELSON, KARLA, 402 RANDY, WACO, TX 76712

10925 NELSON, KATRINA, 9932 SUDAN, PLACE, UPPER MARLBORO, MD 20772

10925 NELSON, KEN, 40 SOUTH AVE, DERRY, NH 03038

10925 NELSON, KENNETH, HENSYN VILLAGE, BUDD LAKE, NJ 07828

10925 NELSON, KEVIN, 14301 BRUCE B DOWNS BLVD #1711, TAMPA, FL 33613

10925 NELSON, L.W., 8 AUTUMN BLAZE CT, WOODSTOCK, MD 21163

10925 NELSON, LAKISCHA, PO BOX 849, ST.AUGUSTINE, FL 32084

10925 NELSON, LARRY, 6110 GRNBRIR LN SW #C, CEDAR RAPIDS, IA 52404

10925 NELSON, LAURA, 2613 LEXINGTON ST., ARLINGTON, VA 22207

10925 NELSON, LEROY, 2409 CHESTNUT ST, 19, ATLANTIC, IA 50022

10925 NELSON, LINDA, 209 BURLINGTON RD, #100, BEDFORD, MA 01730

10925 NELSON, LOREN, 3333 W DUNLAP, PHOENIX, AZ 85027

10925 NELSON, LYNNE, 2030 N CLEVELAND AVE, CHICAGO, IL 60614

10925 NELSON, MARIAN, 1692 ELM LN, WILLITS, CA 95490

10925 NELSON, MARK, 1215 INFINITY RD., DURHAM, NC 27712

10925 NELSON, MARTINDALE, 314 HEMLOCK TER, MOUNTAINTOP, PA 18707

10925 NELSON, MARY, 13 STEVENS ROAD, EDISON, NJ 08817

10925 NELSON, MICHAEL, 503 PT. SAN PEDRO ROAD, SAN RAFAEL, CA 94901

10925 NELSON, MICHELLE, 289 DESOTO DR, LOS GATOS CA, CA 95032

10925 NELSON, MIKE, 839 NEELY FERRY RD, SIMPSONVILLE, SC 29680

10925 NELSON, MILLIE, 9311 SOUTHWOOD DRIVE, PETERSBURG, VA 23803

10925 NELSON, MULLINS, RILEY & SCARBOROUGH, PO BOX 11070, COLUMBIA, SC 29211

10925 NELSON, NANCY, 9403 E. HEATHERSTONE, SHREVEPORT, LA 71129

10925 NELSON, NAOMI, 29 ROBINHOOD ROAD, WINCHESTER, MA 01890

10925 NELSON, NORMAN, BOX 634, MOUNTAIN LAKE, MN 56159

10925 NELSON, PAMELA, 203 PUCKETT RD SW, HARTSELLE, AL 35640

10925 NELSON, PATRICK, 534 S LAGRANGE RD #4, LA GRANGE, IL 60525

10925 NELSON, PATTI, 8467 ROCHELLE, SAN ANTONIO, TX 78240

10925 NELSON, PAULA, 5025 MILWAUKEE ST, MADISON, WI 53714

10925 NELSON, PEGGY, 69 DIVISION AVE, SPRING VALLEY, NY 10977

10925 NELSON, RAYLETTE, 2262 JEFFERSONVILLE APT. D-2, MACON, GA 31201

10925 NELSON, RAYMOND, 103 ROSE ST, WARNER ROBINS, GA 31093

10925 NELSON, RICHARD, 1211 NATHAN AVE, ST. CHARLES, MO 63301

10925 NELSON, ROBERT, 5901 PRAIRIE NIGHT, ALBUQUERQUE, NM 87120

10925 NELSON, ROBERT, BOX 2063, NEW LONDON, NH 03257-2063

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NELSON, RODNEY, 6750 CUTHBERT RD, WHITE LAKE, MI 48386

10925 NELSON, RONALD, 304 ESSEX ST, BEVERLY, MA 01915

10925 NELSON, ROY, 5405 GLYNN RD, OCONTO, WI 54153

10925 NELSON, SAMUEL, 18 E. WOODLAND AVE, COLUMBIANA, OH 44408

10925 NELSON, SHEILA, PO BOX 445, PULASKI, VA 24301

10925 NELSON, SHERRY, 1104 RD 14, POWELL, WY 82435

10925 NELSON, STACEY, RT 1 BOX 184-3, ELBA, AL 36323

10925 NELSON, STEVEN, 104 BENNETT ST, GREER, SC 29651

10925 NELSON, STEVEN, 7513 NORTH PT RD, BALTIMORE, MD 21219

10925 NELSON, SUE, 2701 W 27TH, PINE BLUFF, AR 71603

10925 NELSON, SUSAN, 5235 W DESERT COVE A, GLENDALE, AZ 85304

10925 NELSON, THERESA, 861 CISCO ST, COLTON, CA 92324

10925 NELSON, TIMOTHY, 236 DORSTONE ROAD, ROCHESTER, NY 14624

10925 NELSON, TINA, 11723 CAENEN LANE, OVERLAND PARK, KS 66210

10925 NELSON, TRACI, 605 DOHENY WAY, CASSELBERRY, FL 32707

10925 NELSON, TRACY, 382 HARRIS ROAD, HAYWARD, CA 94544

10925 NELSON, W, 1614 TARRAGON DR, MADISON, WI 53716

10925 NELSON, WARREN, RR 1, BOX 18, STANLEY, ND 58784

10925 NELSON, WAYNE, R.R. 1, BOX 21, STANLEY, ND 58784

10925 NELSON, WILLIAM, 16 NEW ST, NASHUA, NH 03060

10925 NELSON, YOLANDA, 1415 PARKWOOD DR, ANNISTON, AL 36201

10925 NELSON,MULLINS RILEY & SCARBOROUGH, LLP, PO BOX 11070, COLUMBIA, SC 29211

10925 NELSON,MULLINS RILEY & SCARBOROUGH, PO BOX 11070, COLUMBIA, SC 29211

10925 NELSON,MULLINS RILEY & SCARBOROUGH, PO DRAWER 11009, COLUMBIA, SC 29211

10925 NELSON,MULLINS,RILEY & SCARBOROUGH, 1201 PEACHTREE ST. NE, ATLANTA, GA 30361

10924 NEMAN MARCUS, 2201 NORTH DALLAS PARKWAY, PLANO, TX 75093

10925 NEMEC, DAVID, 1208 MC CAMERON, LOCKPORT, IL 60441

10925 NEMEC, GEORGE, 3110 TOWNHOUSE DR NE, CEDAR RAPIDS, IA 52402

10925 NEMEC, JOSEPH, 1850 COUNTRY CLUB DR, MARION, IA 52302

10925 NEMETH, ABEL, 1615 A ADDISON, BERKELEY, CA 94703

10925 NEMETH, JOSEPH G, 1000 PRICE ST, MORGANTOWN, WV 26505-5181

10925 NEMETH, MARK, 2612 TRALEE DR, GASTONIA, NC 28056

10925 NEMETH, MONICA, 13173, MIAMI, FL 33186

10925 NEMETH, WILLIAM, 9327 NORTHGATE DRIVE, ALLISON PARK, PA 15101

10925 NEMETH/MARTIN CONSULTING, INC, 24 STONY HILL RD RTE 6, BETHEL, CT 06801

10925 NEMETZ, JULIE, 1470 S FILBERT WAY, DENVER, CO 80222

10925 NEMITZ, OLIVIA, 454 S THIRD, KANKAKEE, IL 60901

10925 NEMMERS, THEODORE, 162 FISHER AVE, BOSTON, MA 02120

10924 NEMO'S AUTO BODY, INC., P. O. BOX 307, RAYLAND, OH 43943

10925 NEMZER, EUGENIA, 9723 LOCHWOOD ST, PHILA PA, PA 19115

10925 NENCHEK, JOSEPH, 20 APPLEWOOD LANE, MORRIS TOWNSHIP, NJ 07960-5954

10925 NENNIG, JAMES, 2797 NEWBERRY AV, GREEN BAY, WI 54302

10925 NENO J AIELLO & CARLENE K AIELLO, TR UA 11/13/95 AIELLO LIVING, TRUST, 1557 CARNAVON WAY, SAN JOSE, CA 95131-2482

10925 NENON, PO BOX 380753, CAMBRIDGE, MA 02238-0753

10925 NEO ASSOCIATES, PO BOX 2015, WESTMINSTER, MD 21158

10924 NEO TECH COSMETIC MFG., 20626 BELSHAW AVENUE, CARSON, CA 90746

10925 NEOMA, C/O DARYL BICHEL, BOSTON, MA 02115

10925 NEOPHARM LTD, 8 HASHILOACH ST PO 3506, PETACH TIQVA, 49130ISRAEL    **\*VIA Deutsche Post\***

10925 NEOPOST LEASING, 30955 HUNTWOOD AVE, HAYWARD, CA 94544

10925 NEOPOST LEASING, 30955 HUNTWOOD AVE., HAYWARD, CA 94544

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NEOPOST LEASING, PO BOX 13210, NEWARK, NJ 07101-3210 | |
| 10925 | NEOPOST LEASING, PO BOX 73727, CHICAGO, IL 60673-7727 | |
| 10925 | NEOPOST LEASING, PO BOX 73740, CHICAGO, IL 60673-7740 | |
| 10925 | NEOPOST LEASING, POBOX 73740, CHICAGO, IL 60673-7740 | |
| 10925 | NEOPOST, PO BOX 1183, UNION CITY, CA 94587 | |
| 10925 | NEOPOST, PO BOX 73727, CHICAGO, IL 60673-7727 | |
| 10925 | NEOPOST, POBOX 13206, NEWARK, NJ 07101-3206 | |
| 10925 | NEOPOST, POBOX 73727, CHICAGO, IL 60673-7727 | |
| 10924 | NEOSHO CONCRETE PROD, 851 E INDUSTRIAL DR, NEOSHO, MO 64850 | |
| 10924 | NEOSHO CONCRETE PROD, E INDUSTRIAL DR, NEOSHO, MO 64850 | |
| 10924 | NEOSHO CONCRETE PROD, PO BOX 179, NEOSHO, MO 64850 | |
| 10924 | NEOSHO CONCRETE PRODUCTS*, 851 E INDUSTRIAL DR., NEOSHO, MO 64850 | |
| 10924 | NEOSHO CONCRETE PRODUCTS, E INDUSTRIAL DR, NEOSHO, MO 64850 | |
| 10925 | NEOSID CANADA LTD, 10 VANSCO ROAD, TORONTO, ON M8Z 5J4CANADA | *VIA Deutsche Post* |
| 10924 | NEOTERIK HEALTH TECH. INC., 401 SOUTH MAIN STREET, WOODSBORO, MD 21798 | |
| 10924 | NEOTERIK HEALTH TECH. INC., PO BOX 128, WOODSBORO, MD 21798 | |
| 10925 | NEPARANO IRON & METAL CO, HAWKINS ST, NEWARK, NJ | |
| 10924 | NEPEAN BUILDING SUPPLIES, 30 JAMIE AVENUE, NEPEAN, ON K2E 6T6TORONTO | *VIA Deutsche Post* |
| 10924 | NEPERA, INC., ROUTE 17, HARRIMAN, NY 10926 | |
| 10924 | NEPHI LUMBER CO., 1005 SO.MAIN ST, NEPHI, UT 84648 | |
| 10924 | NEPHI RUBBER PRODUCTS, 255 WEST 11TH NORTH, NEPHI, UT 84648 | |
| 10924 | NEPHI RUBBER PRODUCTS, PO BOX 310, LA PORTE, IN 46352 | |
| 10924 | NEPHI SANDSTONE CORPORATION, NEPHI, UT 84648 | |
| 10924 | NEPHI SANDSTONE, 1250 NORTH 200 WEST, NEPHI, UT 84648 | |
| 10924 | NEPHI SMALLEY, 2512 TYLER AVENUE, OGDEN, UT 84401 | |
| 10925 | NEPOMUCENO, ARSENIO, 206 LINDEN AVE, ROMEOVILLE, IL 60446 | |
| 10925 | NEPOMUCENO, NICOLE, 14 AUTUMN ST, BILLERICA, MA 01821 | |
| 10924 | NEPTCO INC, PO BOX2323, PAWTUCKET, RI 02861-0000 | |
| 10924 | NEPTCO INC., 30 HAMLET STREET, PAWTUCKET, RI 02861 | |
| 10925 | NEPTUNE CHEMICAL PUMP CO, PO BOX 247, LANSDALE, PA 19446 | |
| 10925 | NEPTUNE CHEMICAL PUMP CO., PO BOX 247, LANSDALE, PA 19446 | |
| 10925 | NEPTUNE EQUIPMENT CO., 520 WEST SHARON ROAD, CINCINNATI, OH 45240 | |
| 10924 | NEPTUNE ORIENT LINE, 1195 MARITIME ST., OAKLAND, CA 94612 | |
| 10924 | NEPTUNE ORIENT LINE, 701 NEW DOCK ST. - BERTH 212, TERMINAL ISLAND, CA 90731 | |
| 10924 | NEPTUNE ORIENT LINE/TRICOM SHIPPING, 3737 BIRCH ST., NEWPORT BEACH, CA 92660 | |
| 10925 | NEPTUNE ORIENT LINES LTD, 80 GRAND AVE SUITE 700, OAKLAND, CA 94612 | |
| 10925 | NEPTUNE ORIENT LINES, LTD, 1250 E. COPELAND RD., SUITE 400, ARLINGTON, TX 76011 | |
| 10924 | NER DATA PRODUCTS INC, PO BOX 524, GLASSBORO, NJ 08028 | |
| 10924 | NER DATA PRODUCTS, 5125 RACE CT, DENVER, CO 80216 | |
| 10924 | NER DATA PRODUCTS, 5125 RACE STREET, DENVER, CO 80216 | |
| 10925 | NERAC INC, ONE TECHNOLOGY DRIVE, TOLLAND, CT 06084-3900 | |
| 10925 | NERAC,INC, ONE TECHNOLOGY DRIVE, TOLLAND, CT 06084 | |
| 10925 | NERCA, 1400 HANCOCK ST, QUINCY, MA 02169 | |
| 10924 | NERCO OIL & GAS, INC., PO BOX 55009, PORTLAND, OR 97238-5009 | |
| 10924 | NERMAK, 2601 COMMERCE BLVD., IRONDALE, AL 35210 | |
| 10925 | NERO, LOIS, 3211 WALNUT HILL, IRVING, TX 75038 | |
| 10925 | NERO, RAY, 7034 SE 20TH, PORTLAND, OR 97202 | |
| 10925 | NESACS C/O PROF ALFRED VIOLA, NORTHEASTERN UNIVERSITY, BOSTON, MA 02115 | |
| 10925 | NESBITT, CHIQUITA, 14G SCOTLAND HGTS, MACON, GA 31204 | |
| 10925 | NESBITT, EVELYN, 1623 W. CHESTNUT ST, LOUISVILLE, KY 40203 | |
| 10925 | NESBITT, LARRY, 3134 STRATFORD LN SW, CEDAR RAPIDS, IA 52404 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NESBITT, RICHARD J, 7 HILLTOP TERRACE, WOBURN, MA 01801

10925   NESBITT, RICHARD, 7 HILLTOP TERRACE, WOBURN, MA 01801

10925   NESBITT, SHARON, 5837 LEON DRIVE, MACON, GA 31206

10925   NESBITT, WILLIE, 207 BOYD AVE, SIMPSONVILLE, SC 29681-2208

10925   NESCI, BRUNO, 8737 S. 52ND AVE, OAK LAWN, IL 60453

10924   NESCO CONTAINER CORPORATION, 1801 BENTON STREET, GRANITE CITY, IL 62040

10925   NESCO CONTAINER CORP., 135 S. LASALLE ST. DEPT. 1656, CHICAGO, IL 60674-1656

10924   NESCO CONTAINER CORPORATION, 2391 CASSENS DRIVE, FENTON, MO 63026

10924   NESCO CONTAINER CORPORATION, 2391 CASSENS ROAD, FENTON, MO 63026

10924   NESCO ELEC C/O BRYAN FOODS, CHURCH HILL ROAD, WEST POINT, MS 39773

10924   NESCO ELECTRICAL DISTRIBUTORS, 1715 SO;UTH GREEN ST., TUPELO, MS 38801

10925   NESCO SERVICE COMPANY, POBOX 901372, CLEVELAND, OH 44190-1372

10924   NESHAMINY MALL, BENSALEM, PA 19020

10925   NESKORA, BRYAN, 2929 HAYES ROAD, 1814, HOUSTON, TX 77082

10925   NESLAB INSTRUMENTS, INC, PO BOX 1178, PORTSMOUTH, NH 03802

10925   NESLAB INSTRUMENTS, INC, PO BOX 4793, BOSTON, MA 02212-4793

10925   NESLAB, PO BOX 4793, BOSTON, MA 02212

10925   NESMITH, H, 4587 HWY 77S, CHIPLEY, FL 32428

10925   NESMITH, MITCHEL, 40 COLONY SQUARE, ANGLETON, TX 77515

10925   NESMITH, PEARLIE, RT2 BOX 287-AB, SALTERS, SC 29590

10925   NESMITH, ROBERT, 2600 CAMP CREEK PKWY, COLLEGE PARK, GA 30337

10925   NESP, PO BOX 160, BAYAMON, PR 00960-0160

10925   NESS MOTLEY LOADHOLT RICHARDSON PO, 151 MEETING ST SUITE 600, PO BOX 1137, CHARLESTON, SC 29402

10925   NESS MOTLEY LOADHOLT RICHARDSON PO, 1555 POYDRAS ST , SUITE 1700, NEW ORLEANS, LA 70112

10925   NESS MOTLEY LOADHOLT RICHARDSON PO, 1730 JACKSON ST, PO BOX 365, PO BOX 365, BARNWELL, SC 29812

10925   NESS MOTLEY LOADHOLT RICHARDSON PO, 321 SOUTH MAIN ST, PO BOX 6067, PROVIDENCE, RI 02940-6067

10925   NESS, JILL, 1445 ELM ST, GREEN BAY, WI 54302

10925   NESS, MOTLEY, LOADHOLT, RICHARDSON, PO BOX 1792, MOUNT PLEASANT, SC 29465

10924   NESS, MOTLEY, LOADHOLT, RICHARDSON,, 151 MEETING STREET STE 600, CHARLESTON, SC 29402

10925   NESSARI, AHMED, 5811 BUTTERFIELD DR., CLINTON, MD 20735

10925   NESSET, LAWRENCE, 1375 EIGHTH AVE, MARION, IA 52302

10925   NESSMAN, JERALD, 605 E. CEDAR ST., BERESFORD, SD 57004

10925   NESTER, JANICE, 524 SALMON RD., MECHANIESBURG, PA 17055

10925   NESTER, RETHA, 320 RAPIDS ST, ROANOKE RAPIDS, NC 27870

10925   NESTER, STEVEN, 5761 GATLIN AVE, ORLANDO, FL 32822

10925   NESTER, WARREN, R. D. #2, 2109, FLEETWOOD, PA 19522

10924   NESTLE DOMINICANA S.A., APARTTADO 900, SANTO DOMINGO, SANTO DOMINGO          *VIA Deutsche Post*

10924   NESTLE JMP JAMICA, 60 KNUTSFORD BOULEVARD, KINGSTON 5, JAMAICA          *VIA Deutsche Post*

10924   NESTLE PERU S.A., AV. PASEO DE LA REPUBLICA 3755, LIMA, 27PER          *VIA Deutsche Post*

10924   NESTLE SERVICES, INC., 14TH FLOOR, 800 N. BRAND BLVD., GLENDALE, CA 91203

10924   NESTLE SERVICES, INC., 3535 EAST 14TH STREET, BROWNSVILLE, TX 78520

10924   NESTLE SERVICES, INC., 8TH FLOOR, 6 LANDMARK SQUARE, STAMFORD, CT 06901

10925   NESTLE USA INC, ARMSTRONG TEASDALE, ATTN: JAMES F D, 2345 GRAND BLVD #2000, KANSAS CITY, MO 64108-2617

10925   NESTLE USA INC, NOELIA MARTI-COLON, DE

10924   NESTLE USA, INC., PO BOX39430, SOLON, OH 44139

10925   NESTLE USA, NOELIA MARTI-COLON,

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NESTOR HEALTHCARE GROUP PLC, THE COLONNADES, BEACONFIELD, CLOSE, HATFIELD, HERTFORDSHIRE, AL108YDUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | NESTOR, GEORGE, 58 SMITH ST, CHELMSFORD, MA 01824 | |
| 10925 | NESTOR, TOD, 1834 ELGIN DR, VIENNA, VA 22182 | |
| 10924 | NETCOM TECHNOLOGIES INC, 7423 LINDBERGH DR., GAITHERSBURG, MD 20879 | |
| 10925 | NETH & SON INC, 360 E LANDST RD, ORLANDO, FL 32824 | |
| 10925 | NETH & SON,INC, 146 TAYLOR DRIVE, DEPEW, NY 14043 | |
| 10925 | NETHERLAND, RANDALL, PO BOX 26, RHINEHART, LA 71363 | |
| 10925 | NETHERTON, CLIFFORD, 704 SW 1ST ST, MOORE, OK 73160-2301 | |
| 10925 | NETJETS, PO BOX 631196 DEPT 1196, CINCINNATI, OH 45263-1196 | |
| 10925 | NETMANAGE INC, POBOX 45557, SAN FRANCISCO, CA 94145 | |
| 10925 | NETOLICKY, COLLEEN, 4087 HWY 30 EAST, ELY, IA 52227 | |
| 10925 | NETOLICKY, STEVEN, 4087 HWY 30 EAST, ELY, IA 52227 | |
| 10925 | NETPLANNER SYSTEMS INC, 3284 MEDLOCK BRIDGE RD., NORCROSS, GA 30092 | |
| 10925 | NETRIX CORPORATION, PO BOX #D-3513, BOSTON, MA 02241-3513 | |
| 10925 | NETRO, AUDIAS, 3538 W. 112 ST., INGLEWOOD, CA 90303 | |
| 10925 | NETS NATIONAL, 1900 L ST NW SUITE 705, WASHINGTON, DC 20036 | |
| 10925 | NETSCAPE COMMUNICATIONS CORPORATION, FILE 72726 PO BOX 61000, SAN FRANCISCO, CA 94161-2726 | |
| 10925 | NETSCAPE COMMUNICATIONS CORPORATION, PO BOX 91288, CHICAGO, IL 60693 | |
| 10925 | NETTCO CORP., PO BOX 329, EVERETT, MA 02149 | |
| 10925 | NETTEKOVEN, TIMOTHY, 1655 JEFFERSON, E, KANSAS CITY, MO 64108 | |
| 10925 | NETTIE GA TRAILER SALES INC, 1866 BUFORD HWY, CUMMING, GA 30131 | |
| 10925 | NETTIE M DAVIS, 506 SIVERS ROAD, GLENWOOD, IA 51534-1538 | |
| 10925 | NETTIES DRAPERIES, 4111 W. 63RD ST, CHICAGO, IL 60629 | |
| 10925 | NETTLES, LISA, 8802C SCHICK ROAD, AUSTIN, TX 78729 | |
| 10924 | NETTLETON CONCRETE WORKS, 2020 WATT STREET, JONESBORO, AR 72403 | |
| 10924 | NETTLETON CONCRETE WORKS, 2314 MOORE RD., JONESBORO, AR 72401 | |
| 10924 | NETTLETON CONCRETE WORKS, PO BOX 2157, JONESBORO, AR 72403 | |
| 10925 | NETTLING, WILLIAM, 16220 N. 7TH ST., PHOENIX, AZ 85022 | |
| 10925 | NETWORK AIR MEDICAL SYSTEMS, INC, 801 AIRPORT DRIVE, ROCKFORD, IL 61109 | |
| 10925 | NETWORK ASSOCIATES, INC, 3965 FREEDOM CIRCLE, SANTA CLARA, CA 95054 | |
| 10925 | NETWORK ASSOCIATES, INC, 4099 MCEWEN, SUITE 500, DALLAS, TX 75244 | |
| 10925 | NETWORK CABLE SERVICES, INC, 619 DOVER ST, MARIETTA, GA 30066 | |
| 10925 | NETWORK CABLES & CONNECTORS INC, 2956 NW 72ND AVE, MIAMI, FL 33122 | |
| 10925 | NETWORK CIRCUITS INC, 145 RIVERIA DRIVE, MARKHAM, ON L3R 5J6CANADA | *VIA Deutsche Post* |
| 10925 | NETWORK COURIER SERVICE, PO BOX 90912, LOS ANGELES, CA 90009 | |
| 10924 | NETWORK DESIGN MATRIX CO, 171 CHESIRE LN #700, PLYMOUTH, MN 55441 | |
| 10925 | NETWORK GENERAL CORP, 4200 BOHANNON DR, MENLO PARK, CA 94025 | |
| 10925 | NETWORK GENERAL CORP, PO BOX 60000, SAN FRANCISCO, CA 94160-2306 | |
| 10924 | NETWORK MULTI-FAMILY, 140 N HWY 434 SUITE #157, ALTAMONTE SPRINGS, FL 32714 | |
| 10925 | NETWORK MUSIC, 15150 AVE OF SCIENCE, SAN DIEGO, CA 92128 | |
| 10925 | NETWORK MUSIC,INC, 11021 VIA FRONTERA, SAN DIEGO, CA 92127 | |
| 10925 | NETWORK SERVICES GROUP, POBOX 3357, VENTURA, CA 93006 | |
| 10925 | NETWORK SERVICES, 4635 SW FREEWAY, HOUSTON, TX 77027 | |
| 10925 | NETWORK SERVICES, 896 JOE DRIVE, COLLIERVILLE, TN 38017 | |
| 10925 | NETWORK SOLUTIONS INC, PO BOX 17305, BALTIMORE, MD 21297-0525 | |
| 10925 | NETWORK USA, 40 SOUTH PALAFOX ST, PENSACOLA, FL 32501 | |
| 10925 | NETWORK WORLD INC, 161 WORCESTER RD, FRAMINGHAM, MA 01701-9172 | |
| 10924 | NETWORKS PROJECT, PICK UP AT J. LESTICIANS WAREHOUSE, 200 ENTERPRISE AVENUE, TRENTON, NJ 08638 | |
| 10925 | NETWORKS, 3265 MERIDIAN PKWY, STE 104, FORT LAUDERDALE, FL 33331 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   NETWORKS, INC, 22783 STATE ROAD 7, BOCA RATON, FL 33428

10925   NETWORKS, INC, THE, 20 WEST MARKET ST, YORK, PA 17401

10925   NETZER, PHILIP, W7684 HARVEST DRIVE, GREENVILLE, WI 54942

10925   NETZSCH INC, POBOX 35, DOWNINGTOWN, PA 19335-0035

10925   NETZSCH INC., PO BOX 31013, NEWARK, NJ 07101-0130

10925   NETZSCH INSTRUMENTS INC, 37 INDUSTRIAL BLVD, PAOLI, PA 19301

10925   NETZSCH INSTRUMENTS INC, PO BOX 4469, ESTES PARK, CO 80517-4469

10925   NETZSCH, INC, 119 PICKERING WAY, EXTON, PA 19341

10925   NEU, JK, 7009 BLALOCK, THE COLONY, TX 75056

10925   NEUBAUER, TIMOTHY J, CUST FOR KEVIN J NEUBAUER, UNIFORM GIFT TO MIN ACT, 5052 W SUNNYSIDE AVE, CHICAGO, IL 60630-3924

10925   NEUBER, MARK, 26116 HILLSFORD PLACE, EL TORO, CA 92630

10925   NEUBERGER JT TEN &, DONALD E & BARBARA C, 45 VALLEY VIEW RD, STRATFORD, CT 06497-2440

10925   NEUBERGER, DAVID A, 12060 LITTLE PATUXENT PKWY APT B, COLUMBIA, MD 21044

10925   NEUBERGER, DAVID, 12060 LITTLE PATUXENT PKWY, B, COLUMBIA, MD 21044

10925   NEUBERT, BRUCE, 253 LOWER MAGOTHY BEACH ROAD, SEVERNA PARK, MD 21146

10925   NEUBERT, ROBERT J, 4775 PADDOCK RD., CINCINNATI, OH 45229

10925   NEUBERT, ROBERT, 2028 BELL ROAD, HAMILTON, OH 45013

10925   NEUCO, 5101 THATCHER ROAD, DOWNERS GROVE, IL 60515

10925   NEUENFELD, CRAIG, ROUTE 2 BOX 97A, KENMARE, ND 58746

10925   NEUENFELD, ROBERT, 423 SECOND AVE , NE, KENMARE, ND 58746

10925   NEUHAUSER, KATHRYN, 4514 MILLBROOK RD, WOOSTER, OH 44691

10925   NEU-ION, INC, 7200 RUTHERFORD RD., STE. 100, BALTIMORE, MD 21224

10925   NEUMAN, KRISTEN, 7021 BUNKER HILL RD, GREENLEAF, WI 54126

10924   NEUMANN & BENNETTS, 419 BROAD STREET, KLAMATH FALLS, OR 97601

10925   NEUMANN, DANA, 4004 JUNO DR, CHALMETTE, LA 70043

10925   NEUMANN, GLENN, 472 KUEHNIS DRIVE, CAMPBELL, CA 95008

10925   NEUMANN, JESSICA, 4601 MONTENA, ALBUQUERQUE, NM 87120

10925   NEUMANN, LORETTA, 450 ACRES LANE, SEALY, TX 77474

10925   NEUMANN, VERONICA, 2070 ALLEN BLVD #22, 22, MIDDLETON, WI 53562

10925   NEUMAYR, EDITH, 2690 CORAL LANDINGS BLVD, 627, PALM HARBOR, FL 34684

10925   NEUMEIER, LEO, 915 E SHORT MTN ST., PARIS, AR 72855

10925   NEUMEIER, ROBERT, 419 SOUTH ROSEVILLE, PARIS, AR 72855

10925   NEUMEYER, DEBORAH, 2630 CONCORD FARM RD, CONCORD, NC 28027

10925   NEUROHR, LINDA, 31 OAKHILL AVE, GREENSBURG, PA 15601

10924   NEUROSCIENCE RESEARCH CENTER, PHOENIX, AZ 85001

10924   NEUTOCRETE PRODUCTS, INC., 564 DANBURY ROAD, NEW MILFORD, CT 06776

10924   NEUTOCRETE, 12 TROW BRIDGE ROAD, BETHEL, CT 06801

10924   NEUTREX, INC, 11215 A JONES RD, WEST, HOUSTON, TX 77065

10924   NEUTREX, INC, 11215 A JONES ROAD, WEST, HOUSTON, TX 77065

10925   NEUTRON INDUSTRIES INC., PO BOX 74195, CLEVELAND, OH 44194-0271

10925   NEUTRON INDUSTRIES, 7107 NORTH BLACK CANYON, PHOENIX, AZ 85021

10925   NEUTRON INDUSTRIES, PO BOX 74189, CLEVELAND, OH 44194-0268

10925   NEVA J CURTIS, PO BOX 129, JOHNSTOWN, CO 80534-0129

10925   NEVADA ADVERTISING CO, POBOX 803, ELKO, NV 89803

10925   NEVADA ATTORNEY GENERAL, ATTN: FRANKI SUE DEL PAPA, OLD SUPREME COURT BLDG, 100 NORTH CARSON ST, CARSON CITY, NV 89701

10924   NEVADA BILLS, ALL SEASONS, RENO, NV 89501

10924   NEVADA CEMENT CO., INTERSTATE 80 AT EXIT 46, FERNLEY, NV 89408

10924   NEVADA CONCRETE SUPPLY, 1609 FREEPORT BLVD., SPARKS, NV 89431

10924   NEVADA CONCRETE, 1609 FREEPORT BLVD, SPARKS, NV 89431

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NEVADA DEPT OF CONSERVATION & NATURAL RESOURCES, 123 W NYE LANE, ROOM 230, CARSON CITY, NV 89706-0818 | |
| 10925 | NEVADA DEPT OF CONSERVATION & NATURAL RESOURCES, 123 WEST NYE LANE, ROOM 230, CARSON CITY, NV 89701 | |
| 10925 | NEVADA DIVISION OF ENV PROTECTION, DAVID COWPERTHWAITE COMMISSIONER, 333 W NYE LANE RM 138, CARSON CITY, NV 89706-0851 | |
| 10925 | NEVADA DIVISION OF ENVIR PROTECTION, 333 W NYE LANE, CARSON CITY, NV 89710 | |
| 10925 | NEVADA DIVISION OF ENVIR PROTECTION, 333 WEST NYE LANE, CARSON CITY, NV 89710 | |
| 10924 | NEVADA ELECTRIC SUPPLY INC., 3065 SHERIDAN STREET, LAS VEGAS, NV 89102 | |
| 10925 | NEVADA HOUSE OF HOSE, 1015 SHARP CIR, NORTH LAS VEGAS, NV 89030-8054 | |
| 10925 | NEVADA HOUSE OF HOSE, 2912 S. HIGHLAND, LAS VEGAS, NV 89109 | |
| 10925 | NEVADA, LESLIE, 1128 N.ROXBORO ST#3, DURHAM, NC 27701 | |
| 10925 | NEVAERZ, SERGIO, 114 W. 13TH, DUMAS, TX 79029 | |
| 10925 | NEVAREDO, ALFREDO, 4017 KERNACK ST, DALLAS, TX 75211 | |
| 10925 | NEVAREZ, EMANUEL, PARCELA 11-C BO.MACUN, TOA BAJA, PR 00949PUERTO RICO | *VIA Deutsche Post* |
| 10925 | NEVAREZ, ERMA, 335 YORK WAY, SPARKS, NV 89431-2352 | |
| 10925 | NEVAREZ, FRANCISCO, 6279 DAIRY AVE, NEWARK, CA 94560 | |
| 10925 | NEVAREZ, GONZALO, 37203 CEDAR BLVD. B, NEWARK, CA 94560 | |
| 10925 | NEVAREZ, GUILLE, 896 WEBSTER ST., EAGLE PASS, TX 78852 | |
| 10925 | NEVAREZ, NICACO, 114 W. 13TH, DUMAS, TX 79029 | |
| 10924 | NEVE TRANSWAC MASCHINEN AG, DATTENMATTSTRASSE 21, KUONIMATT, KRIENS BEI LUZERN, IT 06010UNK | *VIA Deutsche Post* |
| 10925 | NEVEAU, RAYMOND, 1845 WHITE SWAN DR, OSHKOSH, WI 54901-2559 | |
| 10925 | NEVELS, DIETER, 1331 JOHNSON DRIVE, 1623, BUFFALO GROVE, IL 60089 | |
| 10925 | NEVES UNIFORMS INC, 4855 PECOS ST, DENVER, CO 80221-1594 | |
| 10925 | NEVES, ALBERT, 728 HILLSIDE CH RD, FOUNTAIN INN, SC 29644 | |
| 10925 | NEVES, ANNE, 14 GOLDEN OAK COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | NEVES, EDWARD, 14 GOLDEN OAK COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | NEVES, EDWARD, ONE TOWN CENTER RD, BOCA RATON, FL 33486 | |
| 10925 | NEVES, FRANK, 1902 FAIRVIEW RD., FOUNTAIN INN, SC 29644 | |
| 10925 | NEVES, MARLENE, 1901 CONIFER COURT, WINTER PARK, FL 32792 | |
| 10925 | NEVES, WALTON, 210 OLD HUNDRED ROAD, PELZER, SC 29669-9335 | |
| 10925 | NEVILLE CHEMICAL COMPANY, PO BOX 640030, PITTSBURGH, PA 15264-0030 | |
| 10925 | NEVILLE, CHERYL, 774 KEMORE BLVD, AKRON, OH 44314 | |
| 10925 | NEVILLE, JAMES, 63 THORNHILL ROAD, STRATHAM, NH 03885 | |
| 10925 | NEVILLE, LEE, RT. 1 BOX 415-B, ORRUM, NC 28369 | |
| 10925 | NEVILLE, M, 712 PABLINS, SANTA FE, NM 87501 | |
| 10925 | NEVILLE, MICHAEL, 109 W. HALIFAX ST., LITTLETON, NC 27850 | |
| 10925 | NEVILLE, ROBERT C, 9627 SPRINGFIELD WOODS CIR, GLEN ALLEN, VA 23060-4104 | |
| 10925 | NEVILS, RANDEL, 8410 CINNAMON RUN, SPRING, TX 77389 | |
| 10925 | NEVIN HERZFELD BENJAMIN, 303 W. BANNOCK, PO BOX 2772, BOISE, ID 83701 | |
| 10925 | NEVINS, DEBORAH, 6 MILLET ST, BOSTON, MA 02124 | |
| 10925 | NEVINS, ELIZABETH, 8301 WHITTIER BLVD, BETHESDA, MD 20817 | |
| 10925 | NEVINS, JENNIFER, 8301 WHITTIER BLVD, BETHESDA, MD 20817 | |
| 10925 | NEVINS, SIMONE, 59 WOODROW AVE, WEST PATERSON NJ, NJ 07424 | |
| 10925 | NEVITT, CAROL, 383 THOMAS ST, PHILLIPSBURG, NJ 08865 | |
| 10925 | NEVLING, SHERYL ANN, 14 MAYBERRY DRIVE, WESTBORO, MA 01581 | |
| 10924 | NEW 42ND STREET STUDIO, BETWEEN 7TH AND 8TH AVENUE, NEW YORK, NY 10011 | |
| 10925 | NEW AGE TECHNOLOGIES INC, 18130 US HWY 441, MOUNT DORA, FL 32757 | |
| 10924 | NEW ALBANY SCHOOL, SPRAY CRAFT INC., NEW ALBANY, OH 43054 | |
| 10924 | NEW AMERICAN ELECTRIC DISTRIB., 578 PERRY STREET, TRENTON, NJ 08618 | |
| 10924 | NEW ASTRODOMAIN EXHIBIT HALL, 8215 NORTH STADIUM DRIVE, HOUSTON, TX 77054 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NEW ATLANTIC SHOPPING, 3934 WEST 26TH STREET, WEST CHICAGO, IL 60185 | |
| 10924 | NEW BASIS, 3330 N. ZARAGOSA RD, EL PASO, TX 79963 | |
| 10924 | NEW BASIS, 7818 SO COOPER, ARLINGTON, TX 76017 | |
| 10924 | NEW BASIS, P O BOX 1046, BENTON, AR 72015 | |
| 10924 | NEW BASIS, VULCAN ROAD, HASKELL, AR 72015 | |
| 10924 | NEW BEAVER COUNTY JAIL, 6000 WOODLAWN BOULEVARD, ALIQUIPPA, PA 15001 | |
| 10924 | NEW BERLIN READY MIX, 20500 W LAWNSDALE RD, NEW BERLIN, WI 53151 | |
| 10924 | NEW BERLIN READY MIX, 20590 KOHLER CT, NEW BERLIN, WI 53151 | |
| 10924 | NEW BERLIN REDI-MIX, INC., 20500 W. LAWNSDALE ROAD, NEW BERLIN, WI 53146 | |
| 10925 | NEW BIRTH AUTOMATION & TECHNOLOGY, 634 ROY HUIE RD SUITE 20A, RIVERDALE, GA 30274 | |
| 10925 | NEW BOLD, POBOX 630971, BALTIMORE, MD 21263-0971 | |
| 10925 | NEW BOSTON ALEWIFE LIMITED, ONE LONGFELLOW PLACE 36TH FL, BOSTON, MA 02114-2434 | |
| 10924 | NEW BOSTON CONCRETE CO., 119 NO. ELM, NEW BOSTON, TX 75570 | |
| 10924 | NEW BOSTON CONCRETE CO., PO BOX 326, NEW BOSTON, TX 75570 | |
| 10924 | NEW BOSTON CONCRETE CO.P, P. O. BOX 326, NEW BOSTON, TX 75570 | |
| 10925 | NEW BOSTON FUND IV INC., ONE LONGFELLOW PLACE, SUITE 3612, BOSTON, MA 02114-2434 | |
| 10925 | NEW BOSTON SYSTEMS, POBOX 4729, BOSTON, MA 02212-4729 | |
| 10924 | NEW BRITAIN COURTHOUSE @ @, 20 FRANKLIN SQUARE, NEW BRITAIN, CT 06050 | |
| 10925 | NEW BRUNSWICK POWER CORP, 515 KING ST, FREDERICTON, NB E3B 4X1CANADA | *VIA Deutsche Post* |
| 10925 | NEW BRUNSWICK POWER CORP, HWY 790, LEPREAU, NB E0G 2H0CANADA | *VIA Deutsche Post* |
| 10924 | NEW BUFFALO CONCRETE PROD, 825 S WHITTAKER ST, NEW BUFFALO, MI 49117 | |
| 10924 | NEW BUFFALO CONCRETE PROD, 825 S WHITTAKER, NEW BUFFALO, MI 49117 | |
| 10924 | NEW CANTON CONCRETE, RT 1 BOX 254, NEW CANTON, VA 23123 | |
| 10925 | NEW CASTLE ENGINEERING INC., PO BOX 8055, FORT WAYNE, IN 46898 | |
| 10925 | NEW CASTLE ENGINEERING, INC, 5402 SPELLMIRE DR., CINCINNATI, OH 45246 | |
| 10925 | NEW CASTLE ENGINEERING, PO BOX 8055, FORT WAYNE, IN 46898 | |
| 10925 | NEW CASTLE RECEIVER OF TAXES, CITY BLDG, NEW CASTLE, PA 16101 | |
| 10925 | NEW CASTLE SANITATION AUTHORITY, POBOX 1404, NEW CASTLE, PA 16103-1404 | |
| 10924 | NEW CENTRAL LIBRARY, 3030 POPULAR, MEMPHIS, TN 38111 | |
| 10925 | NEW CENTURY TRANSPORTATION, 70 SEWELL ST, UNIT G, GLASSBORO, NJ 08028 | |
| 10924 | NEW CHILD CARE FACILITY, CONCOURSE VILLAGE, BRONX, NY 10499 | |
| 10924 | NEW CHILDERN'S CENTER (ASC BELL), 492 1ST AVENUE, MANHATTAN, NY 10016 | |
| 10924 | NEW CITY HALL, PHOENIX, AZ 85004 | |
| 10924 | NEW COMMAND POST, MILAN AMMUNITION PLANT, MILAN, TN 38358 | |
| 10924 | NEW COMMUNITY CENTER, P/U @ J. LESTICIAN WAREHOUSE, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | NEW COMPREHENSIVE HEALTH CARE FAC., INTERSECTION OF I-90 AND HWY  212, CROW AGENCY, MT 59022 | |
| 10925 | NEW DAY MINISTRIES, 3571 CASTLEHILL COURT, TUCKER, GA 30084 | |
| 10925 | NEW DIMENSIONAL BUILDING SERVICES, PO BOX 496, AVENEL, NJ 07001 | |
| 10924 | NEW EAGLE SILO CO, THE, 7648 HURDVILLE RD, ARCADE, NY 14009 | |
| 10924 | NEW EAGLE SILO CO, THE, 7648 HURDVILLE ROAD, ARCADE, NY 14009 | |
| 10924 | NEW ENGLAND AQUARIUM, CENTRAL WHARF, BOSTON, MA 02113 | |
| 10924 | NEW ENGLAND CEMENT & BLOCK PIPE CO, DRACUT, MA 01826 | |
| 10925 | NEW ENGLAND CHAPTER - SFPE, ONE WALNUT ST, BOSTON, MA 02108-3616 | |
| 10925 | NEW ENGLAND COATINGS ASSOCIATION, PO BOX 47, WALTHAM, MA 02254 | |
| 10925 | NEW ENGLAND COATINGS CORP., 3 SANBORN RD, LONDONDERRY, NH 03053 | |
| 10925 | NEW ENGLAND COLLEGE OF, THE, 50 BURROUGHS ST, BOSTON, MA 02130 | |
| 10925 | NEW ENGLAND COMPUTER SUPPLY INC, PO BOX 1991, ANDOVER, MA 01810-0034 | |
| 10925 | NEW ENGLAND CONCRETE MASONRY ASSOC, 268 MAIN ST ,STE 241, NORTH READING, MA 01864 | |
| 10925 | NEW ENGLAND CONCRETE MASONRY, PO BOX 448, MANCHAUG, MA 01526-0448 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10924 | NEW ENGLAND CONCRETE PRODUCTS, INC., P. O. BOX 807, AMESBURY, MA 01913 |
| 10924 | NEW ENGLAND CONCRETE PRODUCTS, INC., ROUTE 110, HAVERHILL ROAD, AMESBURY, MA 01913 |
| 10925 | NEW ENGLAND CONSTRUCTION NEWS, 2770 INDIAN RIVER BLVD, VERO BEACH, FL 32960 |
| 10925 | NEW ENGLAND CONSTRUCTION, POBOX 101587, ATLANTA, GA 30392-1587 |
| 10924 | NEW ENGLAND CONTAINER CORPORATION, 75 JONERGIN DRIVE, SWANTON, VT 05488 |
| 10925 | NEW ENGLAND CONTAINER, 455 GEORGE WASHINGTON HWY, SMITHFIELD, RI 02917 |
| 10924 | NEW ENGLAND CONTAINER, 4603 NORTH POINT BLVD, BALTIMORE, MD 21219 |
| 10924 | NEW ENGLAND CONTRACTING CORP @ @, CAMBRIDGE, MA 02140 |
| 10924 | NEW ENGLAND CONTRACTING CORP, 14 SHASTA DRIVE, LONDONDERRY, NH 03053 |
| 10925 | NEW ENGLAND COPY SPECIALISTS INC, PO BOX 4024, WOBURN, MA 01888-4024 |
| 10925 | NEW ENGLAND DRY ICE CO, PO BOX 4606, MANCHESTER, NH 03108 |
| 10925 | NEW ENGLAND DRY ICE CO., PO BOX 4606, MANCHESTER, NH 03108 |
| 10925 | NEW ENGLAND ELECTRIC MOTOR SERVICE, 214 ARLINGTON ST, CHELSEA, MA 02150 |
| 10925 | NEW ENGLAND ELECTRIC, 365 MAIN ST, LISBON, NH 03585 |
| 10925 | NEW ENGLAND FIRE EQUIPMENT CO, 9 CONGRESS ST, NASHUA, NH 03062 |
| 10924 | NEW ENGLAND FIREPROOFING, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062 |
| 10924 | NEW ENGLAND FIREPROOFING, CAMBRIDGE, MA 02140 |
| 10924 | NEW ENGLAND FIREPROOFING, PO BOX 419, WATERVILLE, ME 04901 |
| 10924 | NEW ENGLAND FIREPROOFING, PO BOX 419, WATERVILLE, ME 04903 |
| 10925 | NEW ENGLAND ICRI, PO BOX 514, HUBBARDSTON, MA 01452 |
| 10925 | NEW ENGLAND INDUSTRIAL SUPPLY CO, PO BOX 232, EVERETT, MA 02149-0002 |
| 10925 | NEW ENGLAND INDUSTRIAL TRUCK INC, 195 WILDWOOD AVE, WOBURN, MA 01801-2024 |
| 10925 | NEW ENGLAND INDUSTRIAL TRUCK, 10 RYAN ROAD, WOBURN, MA 01801 |
| 10925 | NEW ENGLAND INDUSTRIAL, 10 RYAN ROAD, WOBURN, MA 01801 |
| 10925 | NEW ENGLAND INSTRUMENT SERVICE, POBOX 94, EPSOM, NH 03234-0094 |
| 10925 | NEW ENGLAND INSTRUMENT, 245 RAILROAD ST, WOONSOCKET, RI 02895 |
| 10925 | NEW ENGLAND LABORATORY, 36 WEST WATER ST, WAKEFIELD, MA 01880 |
| 10925 | NEW ENGLAND LEGAL FOUNDATION, 150 LINCOLN ST, BOSTON, MA 02111 |
| 10925 | NEW ENGLAND MASONRY INSTITUTE, 268 MAIN ST, NORTH READING, MA 01864 |
| 10924 | NEW ENGLAND MECHANICAL, 166 TUNNEL ROAD, VERNON, CT 06066 |
| 10924 | NEW ENGLAND MEDICAL CENTER, H. CARR, BOSTON, MA 02133 |
| 10925 | NEW ENGLAND MINORITY PURCHASING, 4 COPLEY PLACE SUITE 125 BOX 145, BOSTON, MA 02116 |
| 10925 | NEW ENGLAND MINORITY, THE, BOX 145/FOUR COPLEY PL #125, BOSTON, MA 02116 |
| 10925 | NEW ENGLAND MOTOR FREIGHT INC, 1-71 NORTH AVE EAST, ELIZABETH, NJ 07207-6031 |
| 10925 | NEW ENGLAND MOTOR FREIGHT, 1-71 NORTH AVE EAST, ELIZABETH, NJ 07207-6031 |
| 10925 | NEW ENGLAND MOTOR FREIGHT, I-71 NORTH AVE, ELIZABETH, NJ 07201 |
| 10925 | NEW ENGLAND MOTOR FREIGHT, INC, I-71 NORTH AVE., EAST, PO BOX 6031, ELIZABETH, NJ 07207-6031 |
| 10925 | NEW ENGLAND MUTUAL LIFE INS. CO., TRAMMEL CROW HOUSTON INC., GEN COUNSEL, 1800 W. LOOP SOUTH, SUITE 600, HOUSTON, TX 77027 |
| 10925 | NEW ENGLAND NEWSCLIP AGENCY INC, POBOX 9128, FRAMINGHAM, MA 01701-9128 |
| 10925 | NEW ENGLAND OFFICE SUPPLY INC, 135 LUNDQUIST DRIVE, BRAINTREE, MA 02184 |
| 10924 | NEW ENGLAND PAINT MFG., 51 HIGGINSON AVENUE, PAWTUCKET, RI 02861 |
| 10924 | NEW ENGLAND PRECAST CORP, P.O. BOX 807, AMESBURY, MA 01913 |
| 10924 | NEW ENGLAND PRECAST CORP., DO NOT USE THIS #, RT 110, AMESBURY, MA 01913 |
| 10924 | NEW ENGLAND PRECAST CORP., P. O. BOX 807, AMESBURY, MA 01913 |
| 10925 | NEW ENGLAND PRINTING & GRAPHICS, 27 WELLINGTON ROAD, LINCOLN, NE 02865 |
| 10924 | NEW ENGLAND PROTON THERAPY, MASS GENERAL HOSPITAL, BOSTON, MA 02110 |
| 10925 | NEW ENGLAND RESINS & PIGMENT, PO BOX 3600-50, BOSTON, MA 02241 |
| 10925 | NEW ENGLAND RESINS & PIGMENTS, PO BOX 2435, WOBURN, MA 01888-0735 |
| 10925 | NEW ENGLAND RESINS & PIGMENTS, PO BOX 9381, BOSTON, MA 02209-9381 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NEW ENGLAND RESINS & PIGMENTS, POBOX 9381, BOSTON, MA 02209-9381 | |
| 10925 | NEW ENGLAND ROUNDTABLE, 134 RAILROAD AVE, REVERE, MA 02151 | |
| 10925 | NEW ENGLAND ROUNDTABLE, 505 UNIVERSITY AVE, NORWOOD, MA 02062 | |
| 10925 | NEW ENGLAND RUBBER INC., 55 COMMERCIAL CIRCLE, DEDHAM, MA 02026 | |
| 10925 | NEW ENGLAND SEALCOATING CO, INC, 120 INDUSTRIAL PARK RD, HINGHAM, MA 02034 | |
| 10925 | NEW ENGLAND SEALCOATING INC, 120 INDUSTRIAL PARK ROAD, HINGHAM, MA 02043 | |
| 10925 | NEW ENGLAND SEMICONDUCTOR, 6 LAKE ST, LAWRENCE, MA 01841 | |
| 10925 | NEW ENGLAND SIGHTS, 92 BRATTLE ST, CAMBRIDGE, MA 02138 | |
| 10925 | NEW ENGLAND SOCIETY FOR COATINGS, BF GOODRICH COMPANY, 300 WHITNEY ST, TECHNOLOGY, LEOMINSTER, MA 01453 | |
| 10925 | NEW ENGLAND SPRING WATER CO INC, 217 R MAIN ST, NORTH READING, MA 01864 | |
| 10925 | NEW ENGLAND TELECOMMUNICATION ASSOC, PO BOX 962, ESSEX, MA 01929 | |
| 10925 | NEW ENGLAND TELECOMMUNICATIONS, POBOX 112, MILLIS, MA 02054 | |
| 10925 | NEW ENGLAND THERMAL FORUM/NETF, ONE TURKEY HILL ROAD, WAYLAND, MA 01778 | |
| 10925 | NEW ENGLAND TIME & SYSTEMS, 1275 PAWTUCKET BLVD, LOWELL, MA 01854 | |
| 10924 | NEW ENGLAND VINYL, 14 BENNETT STREET, LYNN, MA 01905 | |
| 10925 | NEW ENGLAND WATER PURIFICATION, 3 RAWSON ROAD, HANOVER, MA 02339-8206 | |
| 10924 | NEW ENTERPRISE STONE & LIME CO, P.O. BOX 77, NEW ENTERPRISE, PA 16664 | |
| 10924 | NEW ENTERPRISE STONE & LIME, P O BOX 77, NEW ENTERPRISE, PA 16664 | |
| 10924 | NEW ENTERPRISE STONE & LIME, ROAD 36 NORTH, ROARING SPRING, PA 16673 | |
| 10924 | NEW ENTERPRISE STONE & LIME, RT #1 RT 36, ROARING SPRING, PA 16673 | |
| 10924 | NEW ENTERPRISE STONE &, LIME COMPANY, NEW ENTERPRISE, PA 16664 | |
| 10925 | NEW FACE CONSTRUCTION, 162 LAFAYETTE AVE, HAWTHORNE, NJ 07506 | |
| 10924 | NEW FLOOR SYSTEMS INC, 8 BERRY ST, BROOKLYN, NY 11211 | |
| 10924 | NEW GENERATION POLYMERS, 400 CHESTNUT STREET, BRADFORD, PA 16701 | |
| 10924 | NEW GENERATION POLYMERS, PO BOX 14, LAKEWOOD, NY 14750 | |
| 10925 | NEW HAMPSHIRE ATTY GENERAL, PHILIP T MCLAUGHLIN, STATE HOUSE ANNEX, 25 CAPITAL ST, CONCORD, NH 03301 | |
| 10925 | NEW HAMPSHIRE CHAPTER CSI, 16 MULBERRY LANE, BEDFORD, NH 03110 | |
| 10925 | NEW HAMPSHIRE DEPT OF ENVIR SERVICES, SIX HAZEN DRIVE, CONCORD, NH 03301 | |
| 10925 | NEW HAMPSHIRE DEPT OF ENVIR SVCS, SIX HAZEN DRIVE, CONCORD, NH 03301 | |
| 10925 | NEW HAMPSHIRE PLASTICS INC, ONE BOUCHARD ST, MANCHESTER, NH 03103-3398 | |
| 10924 | NEW HANOVER COUNTY LIBRARY, C/O BONITZ OF THE CAROLINAS, WILMINGTON, NC 28401 | |
| 10925 | NEW HANOVER COUNTY TAX OFFICE, PO BOX 9004, WILMINGTON, NC 28402-9004 | |
| 10924 | NEW HANOVER HOSPITAL, C/O STANDARD INSULATING, 2131 SOUTH 17TH ST., WILMINGTON, NC 28401 | |
| 10925 | NEW HARBOR ENTERPRISES, INC, 2 EVES DRIVE, SUITE 212, MARLTON, NJ 08053 | |
| 10925 | NEW HAVEN CONSULTING GROUP, ONE RESEARCH DR, SHELTON, CT 06484 | |
| 10924 | NEW HEALTH AND HUMAN SERVICE CENTER, C/O ELIASON AND KNUTH, LAWRENCE, KS 66047 | |
| 10925 | NEW HERMES INC, PO BOX 740092, ATLANTA, GA 30374-0092 | |
| 10925 | NEW HERMES INC., 3642 W. 128TH PLACE, CHICAGO, IL 60658 | |
| 10924 | NEW HOLLAND CONCRETE PROD, PO BOX 196, NEW HOLLAND, PA 17557 | |
| 10924 | NEW HOLLAND CONCRETE PROD, PO BOX 218, NEW HOLLAND, PA 17557 | |
| 10924 | NEW HOLLAND CONCRETE PRODUCTS, 828 EAST EARL ROAD, NEW HOLLAND, PA 17557 | |
| 10925 | NEW HORIZONS CLC OF LOS ANGELES, 100 CORPORATE POINTE #195, CULVER CITY, CA 90230 | |
| 10925 | NEW HORIZONS CLC OF NASHVILLE INC., PO BOX 154, MEMPHIS, TN 38101-0154 | |
| 10925 | NEW HORIZONS COMPUTER LEARNING CENT, 5 OLD CONCORD ROAD, BURLINGTON, MA 01803 | |
| 10925 | NEW HORIZONS COMPUTER LEARNING CENT, 7125 AMBASSADOR RD., STE. 100, BALTIMORE, MD 21244 | |
| 10925 | NEW HORIZONS COMPUTER LEARNING CTR, 5 OLD CONCORD ROAD, BURLINGTON, MA 01803 | |
| 10925 | NEW HORIZONS COMPUTER LEARNING CTR, 7480 MIRAMAR ROAD SUITE 202, SAN DIEGO, CA 92126 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NEW HORIZONS COMPUTER LEARNING CTR, POLOCKBOX 931814, ATLANTA, GA 31193

10925   NEW HORIZONS COMPUTER LEARNING, 2600 THOUSAND OAKS BLVD, MEMPHIS, TN 38118

10925   NEW HORIZONS COMPUTER LEARNING, 2851 S PARKER ROAD #1300, AURORA, CO 80014-2734

10925   NEW HORIZONS COMPUTER LEARNING, 601 BEACON PKWY W #106, BIRMINGHAM, AL 35209

10925   NEW HORIZONS DIAGNOSTICS CORP., 11301 BUCKLEBERRY PATH, COLUMBIA, MD 21044

10925   NEW HORIZONS LANDSCAPING, PO BOX 338, FANWOOD, NJ 07023

10925   NEW HORIZONS, 1231 E. DYER ROAD SUITE 140, SANTA ANA, CA 92705-5643

10925   NEW HORIZONS, 14115 FARMINGTON ROAD, LIVONIA, MI 48154

10925   NEW HORIZONS, 33 VILLA RD, GREENVILLE, SC 29615

10925   NEW HORIZONS, 4660 N UNIVERSITY DR, FORT LAUDERDALE, FL 33351

10925   NEW HORIZONS, PO BOX 23346, CHATTANOOGA, TN 37422-3346

10925   NEW HORIZONS, POBOX 891554, DALLAS, TX 75389-1554

10924   NEW HOUSE ROYAL ATHLETIC CENTER, 1910 EAST CAMPUS DRIVE, AUSTIN, TX 78705

10924   NEW INTERSTATE CONCRETE SOUTH, 3700 N. 13TH STREET, TERRE HAUTE, IN 47805

10924   NEW INTERSTATE CONCRETE, 2213 MARGARET AVE, TERRE HAUTE, IN 47802

10924   NEW INTERSTATE CONCRETE, 2213 MARGARET AVENUE, TERRE HAUTE, IN 47802

10925   NEW INTERSTATE CONCRETE, 2223 E MARGARET DR, TERRE HAUTE, IN 47802

10924   NEW INTERSTATE CONCRETE, PORTABLE PLANT, VARIOUS LOCATIONS, TERRE HAUTE, IN 47802

10924   NEW ISLE HOSPITAL, 4295 HEMSTEAD TURNPIKE, BETHPAGE, NY 11714

10925   NEW JERSEY ATTORNEY GENERAL, ATTN: DAVID SAMSON, RICHARD J HUGHES JUSTICE COMPLEX, 25 MARKET ST , CN 080, TRENTON, NJ 08625

10925   NEW JERSEY CONCRETE &, 1230 PKWY AVE STE 101, WEST TRENTON, NJ 08628

10925   NEW JERSEY DEPT OF ENV PROTECTION, DIV OF RESPONSIBLE PARTY, SITE REMED, 401 E STATE ST #CN 028, TRENTON, NJ 08625-0028

10925   NEW JERSEY DEPT OF ENV PROTECTION, SOUTHERN AIR PROGRAM, 2 RIVERSIDE DR #201, CAMDEN, NJ 08103

10925   NEW JERSEY DEPT OF ENVIR PROECTION, 401 E STATE ST, PO BOX 402, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, 401 E STATE ST, PO BOX 402, TRENTON, NJ 08625-0402

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, 401 EAST STATE ST, PO BOX 433, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, ATTN: RICHARD BURGOS, DIVISION OF RESPONSIBLE PARTY SITE 401 E STATE ST,, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, ATTN: SUKHDEV BHALLA, PE CHIEF, BUREAU OF LANDFILL & RECYCLING, DIV OF SOLID WASTE MGMT, 120 S STOCKTON ST #CN-414, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, BUREAU OF FUND MANAGEMENT, COMPLIANCE & RECOVERY, 22 SOUTH CLINTON AVE 3RD FL, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, DIVISION OF SITE REMEDIATION, 2 BABCOCK PLACE, WEST ORANGE, NJ 07052

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, GARY GRUELICH, PROJ MGR, DIV OF SITE REMEDIATION, 2 BABCOCK PLACE, W ORANGE, NJ 07052

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, GERALD HAHN, CASE MGR, BUREAU OF UNDERGROUND, STORAGE TANKS, 401 EAST STATE ST, PO BOX 433, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, SERGIO HONL, CASE MGR, BUREAU OF FEDERAL CASE MGT, 401 ET STATE ST, PO BOX 433, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, THOMAS W DOWNEY, SECT CHIEF, BUREAU OF FIELD OPERATIONS, DIV OF RESP PARTIES SITES, SOUTHERN FIELD OFFICE, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF ENVIR PROTECTION, VICKEY GALOFRE, CASE MGR, BUREAU OF FEDERAL CASE MGT, 401 EAST STATE ST, PO BOX 433, TRENTON, NJ 08625

10925   NEW JERSEY DEPT OF LAW & PUBLIC SAFETY, MARK D OSHINSKIE DEPUTY ATTY GEN, 25 MARKET ST , PO BOX 093, TRENTON, NJ 08625-0093

10924   NEW JERSEY DEPT OF STATE BUILDING, 225 WEST STATE STREET, TRENTON, NJ 08638

10925   NEW JERSEY DIV OF MOTOR VEHICLES, CN 008, TRENTON, NJ 08666-0008

10925   NEW JERSEY ECONOMIC DEVELOPMENT, 22 SOUTH CLINTIN AVE, TRENTON, NJ 08625

10925   NEW JERSEY ENVIRONMENTAL, CN027, TRENTON, NJ 08625-0027

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 10925 | NEW JERSEY FAMILY SUPPORT PAYMENT, PO BOX 4880, TRENTON, NJ 08650-4880 | |
| 10925 | NEW JERSEY INSTITUTE OF TECHNOLOGY, UNIVERSITY HEIGHTS, NEWARK, NJ 07102-1982 | |
| 10925 | NEW JERSEY LAW JOURNAL, PO BOX 20081, NEWARK, NJ 07101 | |
| 10924 | NEW JERSEY MANUFACTURER'S INSURANCE, 301 SULLIVAN WAY, TRENTON, NJ 08638 | |
| 10924 | NEW JERSEY MANUFACTURERS INSURANCE, SULLIVAN WAY & LOWER FERRY ROAD, TRENTON, NJ 08638 | |
| 10925 | NEW JERSEY MONTHLY, PO BOX 1961, MARION, OH 43306-4061 | |
| 10924 | NEW JERSEY PERFORMING ARTS, 34 PARK PLACE, NEWARK, NJ 07111 | |
| 10925 | NEW JERSEY STATE BAR ASSOC, PO BOX 15142, NEWARK, NJ 07192-5142 | |
| 10925 | NEW JERSEY STATE BAR ASSOCIATION, ONE CONSTITUTION SQUARE, NEW BRUNSWICK, NJ 08901-1500 | |
| 10925 | NEW JERSEY STATE DISABILITY, POBOX 0878, NEWARK, NJ 07101-0878 | |
| 10924 | NEW JERSEY TRANSIT, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | NEW JERSEYS FUND FOR CLIENT, PO BOX 961, TRENTON, NJ 08625 | |
| 10924 | NEW JUNIATA GAP ELEMENTARY, JUNIATA GAP ROAD & CASTLE FARM ROAD, ALTOONA, PA 16601 | |
| 10925 | NEW LINE PRODUCTS LTD, 3910 GRANT ST, BURNABY, BC V5C 3N3CANADA | *VIA Deutsche Post* |
| 10924 | NEW LONDON CONC PRODS, 17550 HWY 23 N.E., NEW LONDON, MN 56273 | |
| 10924 | NEW LONDON CONC PRODS, P O BOX 283, NEW LONDON, MN 56273 | |
| 10925 | NEW LONDON ENGINEERING, 1700 DIVISION ST, NEW LONDON, WI 54961 | |
| 10925 | NEW LONDON TAPE, PO BOX 465, NIANTIC, CT 06357-0465 | |
| 10924 | NEW MEADOWS ABATEMENT, OLD RTE 1, BATH, ME 04530 | |
| 10925 | NEW MEXICO ATTY GENERAL, ATTN: PATRICIA A MADRID, PO DRAWER 1508, SANTA FE, NM 87504 | |
| 10925 | NEW MEXICO ENERGY, MINERALS & NAT RESOURCES DEPT, 1220 S ST FRANCIS DR, PO BOX 6429, SANTA FE, NM 87505 | |
| 10925 | NEW MEXICO ENERGY, MINERALS & NAT RESOURCES DEPT, 1220 SOUTH ST FRANCIS DR, PO BOX 6429, SANTA FE, NM 87505 | |
| 10925 | NEW MEXICO ENV DEPT, 1190 ST FRANCIS DR, PO BOX 26110, SANTA FE, NM 87502 | |
| 10925 | NEW MEXICO ENV DEPT, 1190 ST FRANCIS DR, PO BOX 26110, SANTE FE, NM 87502 | |
| 10925 | NEW MEXICO ENV DEPT, PO BOX 26110, 1190 ST FRANCIS ST, SANTA FE, NM 87502 | |
| 10925 | NEW MEXICO ENVIR DEPT, 1190 ST FRANCIS DR, HAROLD RUNNELS BLDG, ROOM NORTH 4050, SANTA FE, NM 87505 | |
| 10925 | NEW MEXICO ENVIRONMENT DEPT, HARROLD RUNNELS BLDG, 1190 ST FRANCIS DRIVE ROOM NORTH 4050, SANTA FE, NM 87505 | |
| 10925 | NEW MEXICO STATE, ANDERSON HALL, STEWART & ESPINA STS, LAS CRUCES, NM 88003 | |
| 10925 | NEW MEXICO TAXATION & REVENUE, PO BOX 25128, SANTA FE, NM 87504-5128 | |
| 10924 | NEW MILFORD BLOCK, 44 ELM STREET, FISHKILL, NY 12524 | |
| 10924 | NEW MILFORD BLOCK, 574 DANBURRY ROAD, NEW MILFORD, CT 06776 | |
| 10924 | NEW MILFORD BLOCK, 574 DANBURY ROAD, NEW MILFORD, CT 06776 | |
| 10924 | NEW MILFORD H.S., ROUTE 7N, NEW MILFORD, CT 06776 | |
| 10924 | NEW MILL LAKE ELEMENTARY SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | NEW MILLENNIUM INC, POBOX 5130, WAKEFIELD, RI 02880 | |
| 10924 | NEW N.P. MOSS MIDDLE SCHOOL, 805 TEURLINGS DR., LAFAYETTE, LA 70502 | |
| 10925 | NEW NAME -OFF, THREE, ABFD, 1, NY, NY 10001 | |
| 10924 | NEW ORLANDO SCIENCE CENTER, C/O AMERICAN FIREPROOFING, ORLANDO, FL 32803 | |
| 10924 | NEW ORLANDO SCIENCE CENTER, C/O BAKER/MELLON STUART CONSTRUCT., ORLANDO, FL 32803 | |
| 10924 | NEW ORLANDO SITE CENTER, ATTN; JOANNA HACKETT, ORLANDO, FL 32803 | |
| 10924 | NEW ORLEANS AIRPORT, AIRLINE HWY/FEEDER, KENNER, LA 70062 | |
| 10924 | NEW ORLEANS AIRPORT, CONCOARSE D (WEST TERMINAL), KENNER, LA 70062 | |
| 10924 | NEW ORLEANS AIRPORT-PHASE III, 900 AIRLINE HWY-GATE 167, KENNER, LA 70062 | |
| 10924 | NEW ORLEANS CEMENT PRODUCTS CO INC, PO BOX50520, NEW ORLEANS, LA 70150 | |
| 10924 | NEW ORLEANS CEMENT, 13201 OLD GENTILLY RD, NEW ORLEANS, LA 70129 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | NEW ORLEANS CONVENTION CENTER, CONSTRUCTION SITE, 340 TERPSCHORE, NEW ORLEANS, LA 70130 | |
| 10925 | NEW ORLEANS COURTYARD, 300 JULIA ST, NEW ORLEANS, LA 70130 | |
| 10924 | NEW ORLEANS FAIR GROUNDS, 1751 GENTILLY BLVD., NEW ORLEANS, LA 70119 | |
| 10925 | NEW ORLEANS HOSPITALITY, POBOX 71283, TALLULAH, LA 71283 | |
| 10924 | NEW ORLEANS INTERNATIONAL AIRPORT, CONCOURSE C, STAGE 3, PHASE 4, KENNER, LA 70062 | |
| 10924 | NEW ORLEANS INTERNATIONAL AIRPORT, FEDERAL INSPECTION SERVICE, KENNER, LA 70062 | |
| 10924 | NEW ORLEANS LOUISIANA SAINTS, 5800 AIRLINE HWY, METAIRIE, LA 70003 | |
| 10925 | NEW ORLEANS MARRIOTT, 555 CANAL ST.-ATTN: PATTI BALL, NEW ORLEANS, LA 70130 | |
| 10924 | NEW ORLEANS MARRIOTT, 555 CANAL STREET, NEW ORLEANS, LA 70140 | |
| 10924 | NEW ORLEANS MUSEUM OF ART, 1 LELONG AVE., NEW ORLEANS, LA 70124 | |
| 10924 | NEW ORLEANS RECONSTRUCTION, C/O KING & COMPANY, 2200 GENTILLY, NEW ORLEANS, LA 70122 | |
| 10924 | NEW PACIFIC LUMBER CO. INC., 331 NORTH SEPULVEDA BLVD., EL SEGUNDO, CA 90245 | |
| 10925 | NEW PALTZ FAMILY HEALTH, PO BOX 1151, POUGHKEEPSIE, NY 12602 | |
| 10924 | NEW PATH, 3715 SOUTHERN BLVD, YOUNGSTOWN, OH 44507 | |
| 10925 | NEW PENN MOTOR EXPRESS, 625 S FIFTH AVE, LEBANON, PA 17042-0630 | |
| 10925 | NEW PENN MOTOR EXPRESS, PO BOX 630, LEBANON, PA 17042-0630 | |
| 10925 | NEW PIG CORP, PIG PLACE - ONE PORK AVE, TIPTON, PA 16684-0304 | |
| 10924 | NEW PIG CORP, THREE PORK AVE, TIPTON, PA 16684 | |
| 10925 | NEW PIG CORP, THREE PORK AVE, TIPTON, PA 16684 | |
| 10924 | NEW PIG CORP., ALTOONA DISTRIBUTION CENTER, ALTOONA, PA 16602 | |
| 10925 | NEW PIG CORP., PO BOX 304, TIPTON, PA 16684-0304 | |
| 10925 | NEW PIG CORPORATION, ONE PORK AVE, TIPTON, PA 16684 | |
| 10925 | NEW PIG CORPORATION, PO BOX 304, TIPTON, PA 16684 | |
| 10925 | NEW PIG CORPORATION, PO BOX 304, TIPTON, PA 16684-0304 | |
| 10924 | NEW PIG, CORP., THREE PORK AVE., TIPTON, PA 16684 | |
| 10924 | NEW PIG, INC., CAMBRIDGE, MA 02140 | |
| 10925 | NEW REPUBLICAN MAJORITY FUND, 900 SECOND ST NE SUITE 114, WASHINGTON, DC 20002 | |
| 10925 | NEW RESINA CORP, 246 CREAMER ST, BROOKLYN, NY 11231 | |
| 10924 | NEW RITZ CARLTON, 2200 M STREET, WASHINGTON, DC 20090 | |
| 10924 | NEW RIVER CONCRETE SUPPLY, 10 FOREST AVE., RADFORD, VA 24141 | |
| 10924 | NEW RIVER CONCRETE SUPPLY, 1208 N. MAIN ST., BLACKSBURG, VA 24060 | |
| 10924 | NEW RIVER CONCRETE SUPPLY, P.O. BOX 1347, HARRISONBURG, VA 22801 | |
| 10924 | NEW RIVER CONCRETE, P.O.BOX 520, BLACKSBURG, VA 24060 | |
| 10924 | NEW RIVER VALLEY REGIONAL JAIL, MAIN STREET, DUBLIN, VA 24084 | |
| 10924 | NEW ROCHELLE MALL, 33 LECOUNT PLACE, NEW ROCHELLE, NY 10801 | |
| 10925 | NEW SHINE AUTO, 175 SO JEFFERSON ST, ORANGE, NJ 07050 | |
| 10925 | NEW SONG COMMUNITY LEARNING CENTER, 1385 NORTH GILMOR ST, BALTIMORE, MD 21217 | |
| 10924 | NEW SOUTH SUPPLY CO INC, PO BOX512, COLUMBIA, SC 29202 | |
| 10924 | NEW SOUTH SUPPLY INC ., PO BOX512, COLUMBIA, SC 29202 | |
| 10924 | NEW SOUTH SUPPLY, 951 HARBOR ROAD, WESTOVER ACRES, SC 29169 | |
| 10924 | NEW SOUTH SUPPLY, GREENVILLE, SC 29602 | |
| 10925 | NEW SOUTHWEST INDUSTRIES, 3067 CARBIDE DR., SULPHUR, LA 70665 | |
| 10924 | NEW SPIRIT NATURALS, 615 WEST ALLEN AVENUE, SAN DIMAS, CA 91773 | |
| 10925 | NEW STAR FREIGHT SERVICE INC, 6416 QUINN DR, BATON ROUGE, LA 70817 | |
| 10925 | NEW STAR FREIGHT SERVICE, INC, 15131 AIRLINE HWY, BATON ROUGE, LA 70817-7308 | |
| 10925 | NEW STAR TRANSPORTATION, INC, 6416 QUINN DRIVE, BATON ROUGE, LA 70817 | |
| 10925 | NEW SWISS CHEMICAL SOCIETY, K-25.1.45, BASEL, 4002SWITZERLAND | *VIA Deutsche Post* |
| 10924 | NEW TACONIC HILLS SCHOOL, RTE 23 & 11 C/O SCHENECTADY, CRARYVILLE, NY 12521 | |
| 10925 | NEW TECH INTERNATIONAL INC, 211 ALLEN DR, EXTON, PA 19341-1770 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    NEW TUCUMSEH HIGH SCHOOL, 760 BROWN STREET, TECUMSEH, MI 49286

10924    NEW UNITED MOTOR MANUFACTURING, INC, 45500 FREMONT BOULEVARD, FREMONT, CA 94538

10925    NEW VICI INC (FOR GONZALES/MONTEREY, PAUL G SESSLER PRES FINANCE,

10925    NEW VICI INC (FOR GONZALES/MONTEREY, PAUL G SESSLER PRES,

10924    NEW VIEW WINDOWS INC., 416 SOUTH COUNTY HWY. 393 BOX #4, SANTA ROSA BEACH, FL 32459

10925    NEW VISION COMMUNICATIONS, 1619 BROADWAY, NEW YORK, NY 10019

10925    NEW WAY PALLET INC., 21661 W. GOOD HOPE ROAD, LANNON, WI 53046

10925    NEW WAY PALLETS, 21661 WEST GOOD HOPE RD., LANNON, WI 53046

10925    NEW WORLD JANITORIAL, 1153 W 2050 NORTH, CLINTON, UT 84015

10924    NEW YORK AIR NATIONAL GUARD, C/O  DON DIESEL, INC., SCHNECTADY COUNTY AIRPORT, SCOTIA, NY 12302

10924    NEW YORK AIRPORT, PICK UP IN TRENTON, 32 PLUM STREET, TRENTON, NJ 08638

10925    NEW YORK ATTY GENERAL, ATTN: ELIOT SPITZER, DEPT OF LAW - THE CAPITOL, 2ND FLR, ALBANY, NY 12244

10925    NEW YORK BLOWER CO, THE, PO BOX 93465, CHICAGO, IL 60673-3465

10925    NEW YORK BLOWER CO., PO BOX 45890, BATON ROUGE, LA 70895

10925    NEW YORK BLOWER CO., PO BOX 93465, CHICAGO, IL 60673-3465

10925    NEW YORK BLOWER COMPANY, 625 PLAINFIELD ROAD, WILLOWBROOK, IL 60521

10925    NEW YORK BLOWER COMPANY, THE, POBOX 93465, CHICAGO, IL 60673-3465

10925    NEW YORK BLOWER, PO BOX 93465, CHICAGO, IL 60673-3465

10924    NEW YORK BUILDERS SUPPLY CO, CAMBRIDGE, MA 02140

10924    NEW YORK BUILDERS, 545 W. 28TH STREET, NEW YORK, NY 10001

10924    NEW YORK BUILDING SUPPLY, 545 WEST 28TH ST, NEW YORK, NY 10001

10925    NEW YORK CITY DEPT OF FINANCE, PO BOX 2035 PECK SLIP STATION, NEW YORK, NY 10272-2035

10925    NEW YORK CITY DEPT OF FINANCE, PO BOX 3213, NEW YORK, NY 10242-0323

10925    NEW YORK CITY DEPT, 25 ELM PLACE - 3RD FL, BROOKLYN, NY 11201

10924    NEW YORK CITY PUBLIC LIBRARY, 40TH STREET & 5TH AVENUE, NEW YORK, NY 10018

10925    NEW YORK COMMERCIAL LUBRICANTS INC, 229 ARLINGTON AVE, STATEN ISLAND, NY 10303-1697

10925    NEW YORK CONSTRUCTION MATERIALS, 8 CENTURY HILL DR, LATHAM, NY 12110

10925    NEW YORK CONSTRUCTION NEWS, PO BOX 74657, CHICAGO, IL 60675-4657

10925    NEW YORK DEPT OF ENVIR CONSERV REGION 8, ATTN: MANMOHAN MEHTA, 6274 EAST AVON-LIMA RD, AVON, NY 14414

10925    NEW YORK DEPT OF ENVIR CONSERV, 50 WOLF ROAD, RM 403, ALBANY, NY 12233

10925    NEW YORK DEPT OF ENVIR CONSERV, 50 WOLF ROAD, ROOM 403, ALBANY, NY 12233

10925    NEW YORK DEPT OF ENVIR CONSERV, 625 BROADWAY, 14TH FLR, ALBANY, NY 12233

10925    NEW YORK DEPT OF ENVIR CONSERV, 625 BROADWAY, 14TH FLR, ALBANY, NY 12233-1010

10924    NEW YORK DEPT OF TRANS., 2436 CHENANGO RD, UTICA, NY 13502

10924    NEW YORK FLUSHING HOSPITAL, 45TH AVENUE & PARSON BOULEVARD, BROOKLYN, NY 11203

10924    NEW YORK HISTORICAL SOCIETY, 2 WEST 77TH STREET ON 76TH ST., NEW YORK, NY 10024

10924    NEW YORK HOSPITAL QUEENS, 56-45 MAIN STREET, FLUSHING, NY 11355

10924    NEW YORK HOSPITAL, 68TH STREET & YORK AVENUE, NEW YORK, NY 10001

10925    NEW YORK KNICKS, 4 PENNSYLVANIA PLAZA, NEW YORK, NY 10017-0377

10925    NEW YORK LAW JOURNAL, 345 PARK AVE SOUTH, NEW YORK, NY 10010-1707

10925    NEW YORK LEGAL PUBLISH CO, 136 RAILROAD AVE, ALBANY, NY 12205-5786

10925    NEW YORK LIFE - SANUS, PO BOX 75755, CHICAGO, IL 60675-0001

10925    NEW YORK LIFE INSURANCE CO, PO BOX 423, PARSIPPANY, NJ 07054-0423

10924    NEW YORK MACHINERY, 211 GATES ROAD UNIT #20-A, LODI, NJ 07644

10924    NEW YORK MACHINERY, 300 FRANK W. BURR BLVD, TEANECK, NJ 07666

10924    NEW YORK MEDICAL CENTER, 660 1ST AVE FI5, NEW YORK, NY 10001

10924    NEW YORK MERCANTILE, WEST STREET AND MURRAY, NEW YORK, NY 10001

10924    NEW YORK NEW YORK HOTEL, 3790 LAS VEGAS BLVD, LAS VEGAS, NV 89109

10925    NEW YORK POST, 132ND STREET & WALNUT AVENUE, BRONX, NY 10454

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NEW YORK POWER AUTHORITY, 1633 BROADWAY, NEW YORK, NY 10019 | |
| 10924 | NEW YORK POWER AUTHORITY, 5777 LEWISTOWN ROAD, LEWISTON, NY 14092 | |
| 10924 | NEW YORK POWER AUTHORITY, INDIAN POINN5 #3 NPP, BUCHANAN, NY 10511 | |
| 10924 | NEW YORK POWER AUTHORITY, PO BOX 26, BUCHANAN, NY 10511 | |
| 10925 | NEW YORK RANGERS, 4 PENNSYLVANIA AVE, NEW YORK, NY 10001 | |
| 10924 | NEW YORK READY MIX, INC., 120 RUSHMORE STREET, WESTBURY, NY 11590 | |
| 10924 | NEW YORK SCHOOL FOR CAREERS, 3RD AND STATE STREET, BROOKLYN, NY 11210 | |
| 10924 | NEW YORK STATE APPELLATE COURT, 42 EAST AVE., ROCHESTER, NY 14604 | |
| 10924 | NEW YORK STATE APPELLATE COURT, 42 EAST AVENUE, ROCHESTER, NY 14604 | |
| 10925 | NEW YORK STATE BAR ASSOC, ONE ELK ST, ALBANY, NY 12207 | |
| 10925 | NEW YORK STATE BAR ASSOCIATION, ONE ELK ST, ALBANY, NY 12207 | |
| 10925 | NEW YORK STATE BAR ASSOCIATION, PO BOX 129, ALBANY, NY 12201-0129 | |
| 10925 | NEW YORK STATE CHEMICAL ALLIANCE, 111 WASHINGTON AVE, ALBANY, NY 12210 | |
| 10924 | NEW YORK STATE COLLEGE OF CERAMICS, ALFRED UNIVERSITY -RT. 244, ALFRED, NY 14802 | |
| 10925 | NEW YORK STATE CONCRETE PIPE ASSOC., 27 NORTHCREST DR, CLIFTON PARK CENTER, NY 12065 | |
| 10925 | NEW YORK STATE CONCRETE, MASONRY ASSOCIATION, 275 1/2 LARK ST, ALBANY, NY 12210-1007 | |
| 10925 | NEW YORK STATE DEPT OF ENV CONSERVA, JOHN P CAHILL COMMISSIONER, 625 NYS DEPT ENCON, ALBANY, NY 12233-0001 | |
| 10925 | NEW YORK STATE DEPT OF ENV CONSERVA, WESTERN FIELD UNIT, 270 MICHIGAN AVE, BUFFALO, NY 14203-2999 | |
| 10925 | NEW YORK STATE DEPT OF ENVIRONMENTA, PO BOX 5973, NEW YORK, NY 10087-5973 | |
| 10925 | NEW YORK STATE DEPT OF LABOR, PO BOX 15012, ALBANY, NY 12212-5012 | |
| 10925 | NEW YORK STATE DEPT OF, PO BOX 5045, ALBANY, NY 12205-5045 | |
| 10924 | NEW YORK STATE DOT, BRIDGE MAINT. GROUP, HAMBURG, NY 14075 | |
| 10924 | NEW YORK STATE DOT, BRIDGE MAINTENANCE GROUP, HAMBURG, NY 14075 | |
| 10924 | NEW YORK STATE DOT., BRIDGE MAINTENANCE GROUP, HAMBURG, NY 14075 | |
| 10925 | NEW YORK STATE EDUCATION DEPT., DIV. OF PROF. LICENSING SERVICES, ALBANY, NY 12230 | |
| 10925 | NEW YORK STATE FESTIVAL, 1511 K ST NW, WASHINGTON, DC 20005 | |
| 10925 | NEW YORK STATE SOCIETY OF CERTIFIED, PO BOX 11015 CHURCH ST STATION, NEW YORK, NY 10286-1015 | |
| 10925 | NEW YORK STATE, GENERAL POST OFFICE BOX 29327, NEW YORK, NY 10087-9327 | |
| 10925 | NEW YORK STOCK EXCHANGE, PO BOX 4530, NEW YORK, NY 10163 | |
| 10925 | NEW YORK STOCK EXCHANGE, PO BOX 4695, NEW YORK, NY 10163 | |
| 10925 | NEW YORK TIMES SALES INC, PO BOX 100181, PASADENA, CA 91189-0181 | |
| 10925 | NEW YORK TIMES SALES INC, PO BOX 85055, LOUISVILLE, KY 40285-5055 | |
| 10925 | NEW YORK TIMES, C.S. BOX 9001, UNIONDALE, NY 11555-9001 | |
| 10925 | NEW YORK TIMES, THE, PO BOX 15647, WORCESTER, MA 01615-0647 | |
| 10925 | NEW YORK TIMES, THE, PO BOX 4039, WOBURN, MA 01888-4039 | |
| 10925 | NEW YORK TIMES, THE, POBOX 15647, WORCESTER, MA 01615 | |
| 10924 | NEW YORK UNIVERSITY, 247 MERCER ST. & WEST 4TH ST., MANHATTAN, NY 10021 | |
| 10925 | NEW YORK UNIVERSITY, 249 SULLIVAN ST, NEW YORK, NY 10012-1079 | |
| 10924 | NEW YORK UNIVERSITY/STERN SCHOOL, C/O ISLAND LATH WAREHOUSE, HOLTSVILLE, NY 11742 | |
| 10925 | NEW YORK-COURT ADMINISTRN, PO BOX 2806, NEW YORK, NY 10008 | |
| 10925 | NEW, CASTLE, BRIDGE, NY, NY 10098 | |
| 10925 | NEW, DONALD, 11 BLUEBIRD DRIVE, FOUNTAIN INN, SC 29644 | |
| 10925 | NEW, KEVIN, 102 TOWHEE TR., ANDERSON, SC 29621 | |
| 10925 | NEW, LEDA, 74 NEWELL AVE, BRONSTON, KY 42518 | |
| 10924 | NEWARK AIRPORT TERMINAL B, TERMINAL B, ELIZABETH, NJ 07208 | |
| 10924 | NEWARK AIRPORT, TERMINAL B, NEWARK, NJ 07111 | |
| 10924 | NEWARK CITY SUBWAY EXTENSION, CONER WATSESSING AND GROVE STREET, BLOOMFIELD, NJ 07003 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | NEWARK ELECTRIC SALES, 100 NORTH 11TH ST., NEWARK, OH 43055 | |
| 10925 | NEWARK ELECTRONICS CO, 1919 S HIGHLAND AVE, LOMBARD, IL 60148 | |
| 10925 | NEWARK ELECTRONICS, 1875 MORSE RD, COLUMBUS, OH 43229 | |
| 10925 | NEWARK ELECTRONICS, 4801 NORTH RAVENSWOOD AVE, CHICAGO, IL 60640 | |
| 10925 | NEWARK ELECTRONICS, 500 N PULASKI RD, CHICAGO, IL 60624 | |
| 10925 | NEWARK ELECTRONICS, 59 COMPOSITE WAY, LOWELL, MA 01851 | |
| 10925 | NEWARK ELECTRONICS, 8726 TOWN & COUNTRY BLVD., ELLICOTT CITY, MD 21043 | |
| 10925 | NEWARK ELECTRONICS, PO BOX 94151, PALATINE, IL 60094 | |
| 10925 | NEWARK ELECTRONICS, PO BOX 94151, PALATINE, IL 60094-4151 | |
| 10925 | NEWARK GROUP, PO BOX 18074, NEWARK, NJ 07191-4095 | |
| 10924 | NEWARK IRONBOUND ELECTRIC SY, 259-261 SOUTH STREET, NEWARK, NJ 07114 | |
| 10925 | NEWARK WIRE CLOTH CO, 351 VERONA AVE, NEWARK, NJ 07104 | |
| 10925 | NEWARK WIRE CLOTH CO., 351 VERONA AVE., NEWARK, NJ 07104 | |
| 10925 | NEWARK WIRE CLOTH, 351 VERONA AVE, NEWARK, NJ 07104 | |
| 10924 | NEWBASIS, 10050 BLACK MOUNTAIN ROAD, SAN DIEGO, CA 92126 | |
| 10924 | NEWBASIS, 1900 RILLING RD., SAN ANTONIO, TX 78214 | |
| 10924 | NEWBASIS, 19401 CAJON BOULEVARD, SAN BERNARDINO, CA 92407 | |
| 10924 | NEWBASIS, 2626 KANSAS AVE, RIVERSIDE, CA 92507 | |
| 10924 | NEWBASIS, 2626 KANSAS AVENUE, RIVERSIDE, CA 92507 | |
| 10924 | NEWBASIS, 3175 CHOPPER ROAD, PENSACOLA, FL 32514 | |
| 10924 | NEWBASIS, 4301 WEST MAC ARTHUR BOULEVARD, SANTA ANA, CA 92704 | |
| 10924 | NEWBASIS, 4301 WEST MACARTHUR BOULEVARD, SANTA ANA, CA 92704 | |
| 10924 | NEWBASIS, 7818 SOUTH COOPER ST, ARLINGTON, TX 76017 | |
| 10924 | NEWBASIS, 999 MISSION ROCK ROAD, SANTA PAULA, CA 93060 | |
| 10924 | NEWBASIS, ATTN:  ACCOUNTS PAYABLE, VENTURA, CA 93004 | |
| 10924 | NEWBASIS, ATTN; ACCOUNTS PAYABLE, 2626 KANSAS AVENUE, RIVERSIDE, CA 92507 | |
| 10924 | NEWBASIS, PO BOX1046, BENTON, AR 72015 | |
| 10925 | NEWBEGIN, TRACEY, 49 PARKER AVE, DRACUT, MA 01826 | |
| 10925 | NEWBERG ESQ, HERBERT B, LIPPINCOTT BLDG, SUITE 200, 227 S. 6TH ST, PHILADELPHIA,, PA 19106 | |
| 10925 | NEWBERG, LINDA, 3875 EL RANCHO DRIVE, SPARKS, NV 89431 | |
| 10925 | NEWBERG, ROBERT, 3605 SKYLINE BLVD., RENO, NV 89509 | |
| 10925 | NEWBERGER, LINDA, 7763 COLUMBUS RD, SHREVE, OH 44676 | |
| 10925 | NEWBERGER, PAMELA, 3675 VALLEY RD., WOOSTER, OH 44691 | |
| 10925 | NEWBERRY & UNGERER, 2331 SW WANAMAKER RD SUITE 101, TOPEKA, KS 66614 | |
| 10924 | NEWBERRY HOSPITAL ADDITION, 2600 EVANS STREET, NEWBERRY, SC 29108 | |
| 10924 | NEWBERRY READY MIX, E. VICTORY WAY, NEWBERRY, MI 49868 | |
| 10924 | NEWBERRY READY MIX, P.O. BOX 404, NEWBERRY, MI 49868 | |
| 10924 | NEWBERRY READY MIX, PO BOX 404, NEWBERRY, MI 49868 | |
| 10925 | NEWBERRY, CHERYL, RR2 BOX 205, MOMENCE, IL 60954 | |
| 10925 | NEWBERRY, IRENE, 402 W SIXTH ST., MOMENCE, IL 60954 | |
| 10925 | NEWBERRY, JUSTIN, 5413 S. MULLIGAN, CHICAGO, IL 60638 | |
| 10925 | NEWBERRY, KAREN, RT 2 BOX 20-3, WELLBORN, FL 32094 | |
| 10925 | NEWBERRY, KENNETH, W147 N10474 WILSON DR, GERMANTOWN, WI 53022-1624 | |
| 10925 | NEWBERRY, SCOTT, 209 N MAPLE, MOMENCE, IL 60954 | |
| 10925 | NEWBERRY, TODD, 271 S BLAINE AVE, BRADLEY, IL 60915 | |
| 10925 | NEWBERY & UNGERER, SUITE 101, TOPEKA, KS 66614-4275 | |
| 10925 | NEWBILL, DARONDA, 2743 S 25TH, WACO, TX 76705 | |
| 10924 | NEWBIRTH MISSONARY CHURCH, 6400  WOODROW  ROAD, DECATUR, GA 30034 | |
| 10925 | NEWBURY, TINA, 607 WEST 9TH, ATLANTIC, IA 50022 | |
| 10925 | NEWBY, CHAD, 8 OAK ST, BARRINGTON, IL 60010 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NEWBY, CHADD, 1021 21ST AVE, CENTRAL CITY, NE 68826

10925 NEWBY, MONICA, PO BOX 9822, WASHINGTON, DC 20026

10925 NEWCASTLE, EARLY, 25 FLO, NY, NY 10098

10925 NEWCASTLE, EARLY-RET, JFK, NY, NY 10098

10925 NEWCASTLE, REDUCTION, SYRIT, NY, NY 10098

10924 NEWCHEM CORPORATION, 23 W. BACON STREET, PLAINVILLE, MA 02762

10924 NEWCHEM CORPORATION, PO BOX 1008, PLAINVILLE, MA 02762

10924 NEWCO INTERNATIONAL TRADING INC, 2901 PONCE DE LEON BLVD, CORAL GABLES, FL 33134

10924 NEWCO INTERNATIONAL TRADING, INC, 4 EAST PORT RD, RIVIERA BEACH, FL 33404

10925 NEWCOMBE, FREDERICK, 5690 MEDALLION CT, ALEXANDRIA, VA 22303

10924 NEWCON INC, PO BOX 4097, NEWARK, OH 43058

10924 NEWCON, INC., 2000 W. MAIN STREET, NEWARK, OH 43055

10924 NEWCON, INC., P. O. BOX 4097, NEWARK, OH 43058

10924 NEWCON, INC., VARIOUS LOCATIONS, REYNOLDSBURG, OH 43068

10925 NEWCOURT COMMUNICATIONS, POBOX 93603, CHICAGO, IL 60673-3603

10925 NEWCOURT LEASING CORP, 1 RESEARCH DR #300C, WESTBORO, MA 01581

10925 NEWCOURT LEASING CORP, PO BOX 33076, NEWARK, NJ 07188-0076

10925 NEWCOURT LEASING CORP, POBOX 93000, CHICAGO, IL 60673-3000

10925 NEWCOURT LEASING, PO BOX 33076, NEWARK, NJ 07188

10925 NEWDOCS (4326), VIA S. MARIA 9, NERVIANO, MI 20014

10924 NEWELL ABATEMENT, 101 W. PINE ST., STILLWATER, MN 55082

10925 NEWELL CORPORATION, 5734 CALUMET AVE., HAMMOND, IN 46320

10925 NEWELL TEN COM, ANTOINETTE & CLARENCE C, 9413 CANYON RD E, PUYALLUP, WA 98371-6303

10925 NEWELL, CAROLE, 6815 41ST DRIVE N., LOT 761, RIVIERA BEACH, FL 33404

10925 NEWELL, CLARA MAE, 1184 W 962N, LAKE VILLAGE, IN 46349

10925 NEWELL, GENE, ROUTE 1, BOX 326C, WESSON, MS 39191

10925 NEWELL, JOHN, PO BOX 1091, CLEARFIELD, UT 84015

10925 NEWELL, JUDITH, 3 GARDEN ST, WOBURN, MA 01801

10925 NEWELL, LAWRENCE, 17774 CTY RD JJ, FORT MORGAN, CO 80701

10925 NEWELL, MASON, 19335 CORMOY LANE, TINLEY PARK, IL 60477

10925 NEWELL, MATTHEW, 10375 MORETTI DR., CUPERTINO, CA 95014

10925 NEWELL, MEREDITH, 3709 OLD REDSTAR DRIVE, WESSON, MS 39191-9998

10925 NEWELL, NICHOLAS, 45 JASON ST, ARLINGTON, MA 02174

10925 NEWELL, OSCAR, 114 MASONITE DR, LAUREL, MS 39440

10925 NEWELL, PAUL, 17825 IROQUOIS, TINLEY PARK, IL 60477

10925 NEWELL, STACEY, 801 PORTLAND RIDGE, NORCROSS, GA 30071

10925 NEWGARD, DENNIS, PO BOX 543, MOHALL, ND 58761

10925 NEWHARD, BETTY, 1045 N. WEST END BLVD., 286, QUAKERTOWN, PA 18951-4116

10925 NEWHAUSER, PHILLIP, 968 EXCALIBUR COURT, NEKOOSA, WI 54457

10925 NEWHOUSE, GRANT, 16242 S HILLTOP, OREGON CITY, OR 97045

10925 NEWHOUSE, GREG, 9701 SE JOHNSON CREEK BLVD APT Q108, PORTLAND, OR 97266-8208

10925 NEWHOUSE, IRVING, CUST FOR ROBERT D NEWHOUSE, UNIF GIFT MIN ACT NY, PO BOX 233, MIDDLE VILLAGE, NY 11379-0233

10925 NEWILL, CHAD, 200 CORK LN. APT. T4, REISTERSTOWN, MD 21136

10924 NEWINGTON CONCRETE CORP., 8413 TERMINAL RD., NEWINGTON, VA 22122

10924 NEWINGTON CONCRETE CORP., P O BOX 250, NEWINGTON, VA 22122

10924 NEWINGTON CONCRETE CORP., PO BOX 250, NEWINGTON, VA 22122

10925 NEWKAM, LINDA, 721 ROYAL ST, NATCHITOCHES, LA 71457

10925 NEWKIRK, GEORGE, 2238 NOTTINGHAM CT, GREEN BAY, WI 54311

10925 NEWKIRK, RICHARD, RT. 2, BOX 78F, MISSION, TX 78572

10925 NEWLAND, DAVID, 6699 OAK HILL DR, GRANITE BAY, CA 95746-9636

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  NEWLIFE INDUSTRIES, PO BOX 1280, SOMERSET, KY 42502-1280

10925  NEWLINE PUBLISHING, 2660 20TH ST, PORT HURON, MI 48060

10925  NEWLINE PUBLISHING, 2695 MILL ST., RENO, NV 89502

10925  NEWLINE PUBLISHING, 8 LAKE ST, ROUSES POINT, NY 12979-1004

10925  NEWMAKER, FREDERICK, 1240 SHADOW WAY, GREENVILLE, SC 29615

10924  NEWMAN CONST CO, P O BOX 774, LA GRANGE, GA 30240

10925  NEWMAN III, GEORGE, 23215 CHARWOOD PL, DIAMOND BAR, CA 91765-3016

10925  NEWMAN JR., WILLIAM, 115 KING ARTHUR DR., FRANKLIN, IN 46131

10925  NEWMAN MATHIS BRADY WAKEFIELD &, 3301 NORTH BLVD, BATON ROUGE, LA 70806-3700

10924  NEWMAN MEMORIAL HOSPITAL, 1037 ELM STREET, EMPORIA, KS 66801

10925  NEWMAN SAYLOR & GREGORY, PO BOX 5806, COLUMBIA, SC 29250

10924  NEWMAN SMITH HIGH SCHOOL, 2335 N JOSEY LANE, CARROLLTON, TX 75006

10925  NEWMAN, ANTHONY, 856 52ND ST NE, WASHINGTON, DC 20019

10925  NEWMAN, ARTHUR, 2525 W HADLEY, MILWAUKEE, WI 53206

10925  NEWMAN, BARBARA, 1681 FORBES ST, NORTH TONAWANDA, NY 14120

10925  NEWMAN, BETH, 12-B HASBROUCK DRIVE, GARNERVILLE, NY 10923

10925  NEWMAN, CHRISTINE, 68 HUFF AVE, MANVILLE, NJ 08835

10925  NEWMAN, CRYSTAL, 665 MIKOM ROAD, SUMTER, SC 29153

10925  NEWMAN, DAVID, 6832 SAYLER AVE, CINCINNATI, OH 45233

10925  NEWMAN, DAVID, 8786 RAMBLINRIDGE, WEST CHESTER, OH 45069

10925  NEWMAN, DAVIS, 324 CATHY DRIVE, DANVILLE, VA 24540

10925  NEWMAN, GENE, 481 GLEN MAR CIRCLE, B_4, GLEN BURNIE, MD 21061

10925  NEWMAN, JANET, 10030 SOUTHRIDGE DRIVE, OKLAHOMA CITY, OK 73159

10925  NEWMAN, JOEL, 7052F DUBLIN MEADOWS ST, DUBLIN, CA 94568

10925  NEWMAN, JONATHAN, 15 JANE DRIVE, ENGLEWOOD CLIFFS, NJ 07632

10925  NEWMAN, KENNETH, 120 CORRINE DRIVE, GREENVILLE, SC 29607

10925  NEWMAN, KENNETH, 1845 LAKE PARK CR, MORRISTOWN, TN 37814

10925  NEWMAN, KRISTI, 14 LIFER ROAD, CLINTON, MS 39056

10925  NEWMAN, L, 1629 OAKEN BUCKET, CORDOVA, TN 38018

10925  NEWMAN, MARK, 1601 W 3RD ST, HOBART, IN 46342-4936

10925  NEWMAN, PHILLIP, 16 ATLANTIC ST, ARITON, AL 36311

10925  NEWMAN, R, 212 10TH ST, PRAIRIE DU SAC, WI 53578

10925  NEWMAN, RICHARD, 11652 HWY. 60 E., SPOTTSVILLE, KY 42458

10925  NEWMAN, ROBERT, 51 NORTH 10TH AVE., MANVILLE, NJ 08835

10925  NEWMAN, ROBERT, RT. 2, BOX 29C, MCCOMB, MS 39648

10925  NEWMAN, SAMUEL, 1027 CAMILA RD, W COVINA, CA 91790

10925  NEWMAN, THOMAS, 39-59 64TH ST, WOODSIDE, NY 11377

10925  NEWMAN, TRACI, 103 W MAIN PO BOX 847, ELMMOTT, TX 76640

10925  NEWMAN, VELDA, 6316 N. COLLEGE AVE., OKLAHOMA CITY, OK 73122

10925  NEWMAN, WAYNE, 194 IRENE AVE, PASADENA, MD 21122

10925  NEWMAN-GREEN INC., 57 WEST INTERSTATE ROAD, ADDISON, IL 60101

10924  NEWMAN-RENNER-COLONY, P.O. BOX 132, DORCHESTER, MA 02122

10924  NEWMARK INTERNATIONAL INC., ATTN:  ACCOUNTS PAYABLE, BIRMINGHAM, AL 35201

10924  NEWMARK INTERNATIONAL INC., ATTN:  ACCOUNTS PAYABLE, CLAXTON, GA 30417

10924  NEWMARK INTERNATIONAL INC., ATTN: ACCOUNTS PAYABLE, CLAXTON, GA 30417

10924  NEWMARK INTERNATIONAL INC., RT. 2, INDUSTRIAL RD., CLAXTON, GA 30417

10924  NEWMARK INTERNATIONAL INC., SUITE 475 WEST, TWO PERIMETER PARK SOUTH, BIRMINGHAM, AL 35243

10925  NEWMARK, FRAN, CUST FOR REBECCA NEWMARK, UNIF GIFTS MIN ACT NY, 524 MIDVALE RD, VESTAL, NY 13850-3818

10924  NEWNAN HIGH SCHOOL, 190 LAGRANGE STREET, NEWNAN, GA 30263

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  NEWNAN ORTHOPEDICS, 1755   HWY 34 EAST, NEWNAN, GA 30265

10924  NEWORLANDO SCIENCE CENTER, CAMBRIDGE, MA 02140

10925  NEWPHER, REYNA, 5595 JUNIPER STREES, SILVER SPRINGS, NV 89429

10924  NEWPORT AQUARIUM, 15 EAST 3RD ST, NEWPORT, KY 41071

10925  NEWPORT BEACH MARRIOTT, 900 NEWPORT CENTER DR, NEWPORT BEACH, CA 92660

10925  NEWPORT ELECTRONICS INC, 2229 S YALE ST, SANTA ANA, CA 92704

10925  NEWPORT ELECTRONICS INC, PO BOX 740497, ATLANTA, GA 30371

10925  NEWPORT MAGNETICS INC, OLD STATE ROAD, NEWPORT, NY 13416

10925  NEWPORT MAGNETICS INC, PO BOX 533, NEWPORT, NY 13416

10925  NEWPORT NEWS IND COR, 700 THIMBLE SHOALS, NEWPORT NEWS, VA 23606

10924  NEWPORT OFFICE CENTER #3, 499 WASHINGTON AVENUE, JERSEY CITY, NJ 07302

10924  NEWPORT OFFICE CENTER, 545 WASHINGTON BLVD, JERSEY CITY, NJ 07310

10924  NEWPORT OFFICE COMPLEX, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924  NEWPORT RICHEY HOSPITAL, NEWPORT RICHEY DRIVE, NEW PORT RICHEY, FL 34653

10924  NEWPORT RIDGE, C/O WESTSIDE BUILDING MATERIALS, NEWPORT BEACH, CA 92657

10925  NEWPORT, KIMBERLY, 785 DEAD END RD., DALTON, GA 30721

10925  NEWPOWER JR, GEORGE D, PO BOX 349, MANCELONA, MI 49659

10925  NEWS CLIPS ETC INC, 313 CONGRESS ST, BOSTON, MA 02210

10925  NEWS COM INTERNATIONAL, PO BOX 21, NEW YORK, NY 10156-0021

10925  NEWS JOURNAL, THE, PO BOX 1337, BUFFALO, NY 14240-1337

10925  NEWS OBSERVER, THE, POBOX 2222, RALEIGH, NC 27602-2222

10925  NEWS, THE, PO BOX 7577, MIAMI, FL 33195-7577

10925  NEWSEDGE, PO BOX 30378, HARTFORD, CT 06150

10925  NEWSNET, 945 HAVERFORD ROAD, BRYN MAWR, PA 19010

10925  NEWSOM, GARY, 2809 19TH ST, LUBBOCK, TX 79410

10925  NEWSOME, A, 4409 N PLATT ROAD, PLANT CITY, FL 33566

10925  NEWSOME, DAVID, 1965 GREENWOOD ROAD, ALLENTOWN, PA 18103

10925  NEWSOME, DONNA, PO BOX 1566, PRESTONSBURG, KY 41653

10925  NEWSOME, J, 6415 NEWSOME RD., LAKELAND, FL 33813

10925  NEWSOME, KENT, 1904 FOREST GUARD CT, JARRETTSVILLE, MD 21084

10925  NEWSOME, MIRTIE, 6415 NEWSOME RD, LAKELAND, FL 33813

10925  NEWSPAPER AGENCY CORPORATION, PO BOX 45838, SALT LAKE CITY, UT 84145-0838

10924  NEWSTRESS INTERNATIONAL, INC., P. O. BOX 330, EPSOM, NH 03234

10924  NEWSTRESS INTERNATIONAL, INC., ROUTE 4, EPSOM, NH 03234

10925  NEWSTRIPE, 1700 JASPER ST, AURORA, CO 80011

10925  NEWSWEEK, BOX 401, LIVINGSTON, NJ 07039-0401

10925  NEWSWEEK, BOX 418, LIVINGSTON, NJ 07039-9975

10925  NEWSWEEK, PO BOX 404, LIVINGSTON, NJ 07039-1676

10925  NEWSWEEK, PO BOX 59925, BOULDER, CO 80322-9925

10925  NEWSWEEK, PO BOX 59928, BOULDER, CO 80321-9928

10925  NEWSWEEK, PO BOX 59967, BOULDER, CO 80322

10925  NEWT, RITA, 14795 N.E. 18TH AVE, N. MIAMI, FL 33181

10925  NEWTECH FLOW CONTROL PROD. INC, 5026 CHASE AVE, DOWNERS GROVE, IL 60515

10925  NEWTECH FLOW CONTROL PRODUCTS, 5026 CHASE AVE., DOWNERS GROVE, IL 60515

10925  NEWTECH INSTRUMENTS LTD, 63 THORNBURN ROAD, ST JOHNS, NL A1B 4G1CANADA          *VIA Deutsche Post*

10925  NEWTECH INSTRUMENTS, PEACE BRIDGE BROKERS, 12 MAIN ST, CALAIS, ME 04619

10924  NEWTEX INDUSTRIES INC, 8050 VICTOR MENDON RD., VICTOR, NY 14564

10925  NEWTEX INDUSTRIES INC, 8050 VICTOR-MENDON ROAD, VICTOR, NY 14564

10924  NEWTEX, 8050 VICTOR MENDON RD, VICTOR, NY 14564

10925  NEWTH, NINA, 3102 EAST FAIRBROOK CIR, MESA, AZ 85213

10925  NEWTH, RICHARD, 3102 E FAIRBROOK CIRCLE, MESA, AZ 85213-0000

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 NEWTON BLDG. MATERIALS, P.O. BOX 4187, VENTURA, CA 93003

10924 NEWTON BUILDING MATERIALS, 11220 AZAHAR ST, SATICOY, CA 93004

10924 NEWTON BUILDING SUPPLY, 15 S. KELLOGG AVE., GOLETA, CA 93116

10924 NEWTON COUNTRY DAY, 785 CENTRE STREET, NEWTON, MA 02464

10924 NEWTON ELEMENTRY, 503 EAST STREET, NEWTON, TX 75966

10925 NEWTON H KAPLAN, SPECIAL ACCOUNT, 30 ELLIOTT AVE, ALBANY, NY 12203-2612

10924 NEWTON PAINTING CO, 4610 N. MAIN ST, SAINT JOSEPH, MO 64508

10924 NEWTON PAINTING COMPANY INC., 4610 N. MAIN ST-ATHERTON, INDEPENDENCE, MO 64058

10924 NEWTON READY MIX CONCRETE CO., STATE ROUTE 130), RR #6  BOX 60, NEWTON, IL 62448

10924 NEWTON READY MIX CONCRETE CO.1, RR # 6  BOX 60, NEWTON, IL 62448

10924 NEWTON READY MIX, RR #6 BOX 60, NEWTON, IL 62448

10925 NEWTON, BARRY, 230 PASTURE DRIVE, GRAY COURT, SC 29645

10925 NEWTON, EDYTHE, 403 SWEETWATER RD, GREER, SC 29650

10925 NEWTON, FREDERIC, 21 HAZELTINE COURT, SIMPSONVILLE, SC 29681

10925 NEWTON, HAROLD, 6238 NORTH 95TH ST, MILWAUKEE, WI 53225-1605

10925 NEWTON, JAMES, 2118 E 35TH ST, JOPLIN, MO 64804-4225

10925 NEWTON, LISA, 3206 PINTO RD, PINE BLUFF, AR 71602

10925 NEWTON, LLOYD, ROUTE 1 BOX 81D, RUSH SPRINGS, OK 73082

10925 NEWTON, MARCIA, 78 MISTY MORN LANE, EWING, NJ 08638

10925 NEWTON, MELISSA, 217 21ST AVE N, N MYRTLE BEACH, SC 29582

10925 NEWTON, MERILYN, 473 W. ATHENS, CLOVIS, CA 93612-0000

10925 NEWTON, MONEET, 4301 23RD PKWY #210, TEMPLE HILLS, MD 20748

10925 NEWTON, NICOLE, 133 COVE ROAD, BAYTOWN, TX 77520

10925 NEWTON, PAUL, 525 EDGAR ROAD, WESTFIELD, NJ 07090

10925 NEWTON, R, 2818 ADELINE ST, OAKLAND, CA 94608

10925 NEWTON, RICHARD, 15 SANDY POINT COURT, SIMPSONVILLE, SC 29680

10925 NEWTON, TIMOTHY, 1360 ST CLAIR, GREEN BAY, WI 54301

10925 NEWTON, TODD, 163 A CONEJO, THOUSAND OAKS, CA 93162

10925 NEWTON, VIRGINIA, 1250 S ALHAMBRA CIR, CORAL GABLE, FL 33146

10925 NEWTONVILLE CAMERA INC., 249 WALNUT ST, NEWTONVILLE, MA 02460

10924 NEWTOWN OFFICE BUILDING, 32 PLUM STREET, TRENTON, NJ 08638

10924 NEXAIR LLC, 1385 CORPORATE AVENUE, MEMPHIS, TN 38132

10924 NEXAIR LLC, PRODUCTION COURT, SUITE 226, LOUISVILLE, KY 40299

10925 NEXSEN PRUET JACOBS, PODRAWER 10648, GREENVILLE, SC 29603

10925 NEXSTAR PHARMACEUTICALS (NEXAGEN), 2860 WILDERNESS PLACE, BOULDER, CO 80301

10925 NEXT GENERATION, 1655 PALM BEACH LAKES BLVD, WEST PALM BEACH, FL 33401

10925 NEXT STEP COMMUNICATIONS, 1225 NE 24TH ST, WILTON MANORS, FL 33305

10925 NEXTCARE/DESERT SUN, PO BOX 1649, SCOTTSDALE, AZ 85252

10925 NEXTEL COMMUNICATIONS, 2430-A MARINER SQUARE LOOP, ALAMEDA, CA 94501

10925 NEXTEL COMMUNICATIONS, PO BOX 6220, CAROL STREAM, IL 60197-6220

10925 NEXTEL COMMUNICATIONS, PO BOX 7418, PASADENA, CA 91109-7418

10925 NEXTEL COMMUNICATIONS, PO BOX 820832, PHILADELPHIA, PA 19182-0832

10925 NEXTEL NEXTDAY ACCESSORIES, 880 HARBOUIR WAY S, RICHMOND, CA 94804

10925 NEXTEL NEXTDAY ACCESSORIES, 880 HARBOUR WAY S, RICHMOND, CA 94804

10925 NEXTEL NEXTDAY ACCESSORIES, 880 HARBOUR WAY S, RICHMOND, CA 94804-3613

10925 NEXTEL, POBOX 7417, PASADENA, CA 91109-7417

10924 NEXTLINK, REF NBR:16280, SUITE L, 3350 WEST ALI BABA LN, LAS VEGAS, NV 89118

10924 NEXTLINK, SUITE L, 3350 WEST ALI BABA LANE, LAS VEGAS, NV 89118

10925 NEY, ASHLEY, 2026 GOLF COURSE DR, RESTON, VA 22091

10925 NEYHART, CAROL, HC70 BOX 763, STEEP FALLS, ME 04085

10924 NEYRA INDUSTRIES INC., 10700 EVENDALE DRIVE, CINCINNATI, OH 45241

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NEYWICK, CHARLES, 6 LAWNWOOD PLACE, BOSTON, MA 02129-3032

10925   NEZIANYA, UCHE, 11230 EVANS TRAIL, BELTSVILLE, MD 20705

10925   NFIP, PO BOX 105856, ATLANTA, GA 30348-5656

10924   NFL BROWNS STADIUM, CORNER W. 3RD AND LAKESIDE, CLEVELAND, OH 44114

10924   NFL FILMS, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   NFM WELDING ENGINEERS, 120 UWCHUIAN AVE., SUITE 102, EXTON, PA 19341

10925   NFM WELDING ENGINEERS, PO BOX 9159, CANTON, OH 44711-9159

10925   NFPA, FIRE CODES SUBSCRIPTION RENEWAL, QUINCY, MA 02269-9802

10925   NFT INC-NUCLEAR FILTER, 600 COPORATE CIR STE A, GOLDEN, CO 80401-5604

10925   NG, ANTHONY, 2663 ENLOW COURT, PINOLE, CA 94564

10925   NG, JULIETTE, 78 SHERMAN ROAD, CHESTNUT HILL, MA 02167

10925   NG, NORMAN M, 17085 WALNUT ST, YORBA LINDA, CA 92886-1731

10925   NG, WAIMON, 1104 WNDY, ANN ARBOR, MI 48103

10925   NGA/SUPPLIERS GUIDE, 8200 GREENSBORO DR #302, MCLEAN, VA 22102

10925   NGAMKHOA, EDY, 3130 N. SPRING, AMARILLO, TX 79107

10925   NGC ASBEST.DISEASE&PROP DAMAGETRUST, SUITE 285, 310 E. INTERSTATE 30, GARLAND, TX 75043-1433

10925   NGUYEN, AN, 112 FELLSWAY WEST, MEDFORD, MA 02155

10925   NGUYEN, AN, 22 LYDON WAY ST #2, DORCHESTER, MA 02124

10925   NGUYEN, BE, 1447 LINDEN AVE, LONG BEACH, CA 90813

10925   NGUYEN, BIET, 595 LOWELL ST, PEABODY, MA 01960

10925   NGUYEN, CHANH, 2133 SUGARLOAF DRIVE, HARVEY, LA 70058-9999

10925   NGUYEN, CHI, 16 BUTTERNUT LANE, NEWINGTON, CT 06111

10925   NGUYEN, CHRISTOPHER, 9223 BRIAN DR, VIENNA, VA 22180

10925   NGUYEN, DANG, 465 HIGH ST, MEDFORD, MA 02155

10925   NGUYEN, DINH, 10122 SPINNING WHEEL, FAIRFAX, VA 22032

10925   NGUYEN, DUC, 3910 W 59TH ST, LOS ANGELES, CA 90043

10925   NGUYEN, DUNG, 7348 DARBY PLACE, RESEDA, CA 91335

10925   NGUYEN, ERIC, PO BOX 711491, SAN DIEGO, CA 92171

10925   NGUYEN, HELEN, 537 NO SOMERSET TERR, OLATHE, KS 66062

10925   NGUYEN, HIEN, 201 W. WINDSOR ST, READING, PA 19601

10925   NGUYEN, HONG, 572 NORTH END ROAD, MOHRSVILLE, PA 19541

10925   NGUYEN, HUAN, 122 WEST DOUGLASS ST, READING, PA 19601

10925   NGUYEN, HUNG, 4700 NW 1ST. CT, PLANTATION, FL 33317

10925   NGUYEN, JOHN, 99 CLEARMONT DR, ELK GROVE, IL 60007-3917

10925   NGUYEN, KHANH L.E., 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3521

10925   NGUYEN, KHANH, 112 SPRING ST, READING, PA 19601

10925   NGUYEN, KHANH, 304 CREEKSIDE DRIVE, GREENVILLE, SC 29605

10925   NGUYEN, KHANH, 7523 SALLY LYN LANE, LAKE WORTH, FL 33467

10925   NGUYEN, KIMLAN, 1771 WEST 7TH ST, PISCATAWAY, NJ 08854

10925   NGUYEN, LAM, 29 MANSFIELD ST, EVERETT, MA 02149

10925   NGUYEN, LAMAR, 420 NEW WOODRUFF RD, GREER, SC 29651

10925   NGUYEN, LONG, 10907 KIRKVALE, HOUSTON, TX 77089

10925   NGUYEN, LUC, 16 AMY LANE, TAYLORS, SC 29687-3602

10925   NGUYEN, MARTINA, 11444 CHERRY HILL RD, #304, BELTSVILLE, MD 20705

10925   NGUYEN, MARY, 8022 HARTE PL #103, VIENNA, VA 22180

10925   NGUYEN, MINH, 108 SOUTH 10TH ST, READING, PA 19602

10925   NGUYEN, MINH, 124 W LIBERTY ST, ALLENTOWN, PA 18102

10925   NGUYEN, MY DUNG, 15741 ALTAMIRE DR, CHINO HILLS, CA 91709-0000

10925   NGUYEN, NAM H, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   NGUYEN, NAM, 1448 SW 13TH DR, BOCA RATON, FL 33486

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NGUYEN, NGUYEN, 1710 CENTRE AVE, READING, PA 19605 | |
| 10925 | NGUYEN, PETER, 23 ORIENT ST, MALDEN, MA 02148 | |
| 10925 | NGUYEN, PHUONG LAN, 7912 BELLAIRE BLVD. APT. #715, HOUSTON, TX 77036 | |
| 10925 | NGUYEN, PHUONG, 465 HIGH ST, MEDFORD, MA 02155 | |
| 10925 | NGUYEN, QUY, 465 HIGH ST, W MEDFORD, MA 02155 | |
| 10925 | NGUYEN, RENO, 16950 JASMINE ST APT. #239, VICTORVILLE, CA 92392 | |
| 10925 | NGUYEN, SAC, 112 SPRING ST, READING, PA 19601 | |
| 10925 | NGUYEN, TAI, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | NGUYEN, TAM, 521 CHESTNUT ST, READING, PA 19602 | |
| 10925 | NGUYEN, TAN, 2325 N. VAGEDES #101, FRESNO, CA 93705 | |
| 10925 | NGUYEN, THAI, 128 SOUTH 11TH ST, READING, PA 19602 | |
| 10925 | NGUYEN, THANH, 14620 NW 60TH AVE, MIAMI LAKE, FL 33014 | |
| 10925 | NGUYEN, THANH, 8102 AMELIA #511, HOUSTON, TX 77055 | |
| 10925 | NGUYEN, THAO, 405 N TRAVIS, WICHITA FALLS, TX 76304 | |
| 10925 | NGUYEN, THAO, 806 DOUGLASS ST, READING, PA 19604 | |
| 10925 | NGUYEN, THERESA, 1526 N. CATALINA ST., BURBANK, CA 91505 | |
| 10925 | NGUYEN, THERESA, 1526 N.CATALINA ST, BURBANK, CA 91505 | |
| 10925 | NGUYEN, THOI, 10122 SPINNING WHEEL, FAIRFAX, VA 22032 | |
| 10925 | NGUYEN, THUC, 465 HIGH ST, MEDFORD, MA 02155 | |
| 10925 | NGUYEN, TIEN, 465 HIGH ST, W MEDFORD, MA 02155 | |
| 10925 | NGUYEN, TON, 1265 SOUTH NEVEEN LANE, ANAHEIM, CA 92804 | |
| 10925 | NGUYEN, TUAN, 2851 RAZOR WAY, RIVERSIDE, CA 92509 | |
| 10925 | NGUYEN, VU, 2700 ELROY ROAD APT# H8, HATFIELD, PA 19400 | |
| 10925 | NGUYEN, XUAN, 2040 LA QUINTA VIA, HARVEY, LA 70058 | |
| 10925 | NH READY MIX CONCRETE ASSOC., 105 STATE ROUTE 101A UNIT 5, AMHERST, NH 03031 | |
| 10925 | NHARE, BETTY, 213A POPLAR AV, EDGEWATER, MD 21037 | |
| 10925 | NHC COMMUNICATIONS, 5450 COTE DE LIESSE, MOUNT ROYAL, QC H4P 1A5CANADA | *VIA Deutsche Post* |
| 10925 | NHC INC, 2137 RUST AVE, CAPE GIRARDEAU, MO 63703-7668 | |
| 10924 | NHL PRACTICE FAC., C/O DALE,INC, 224 25TH AVE N, NASHVILLE, TN 37203 | |
| 10924 | NHL PRACTICE FAC./CENTENNIAL SPORTS, 222 25TH AVENUE NORTH, NASHVILLE, TN 37203 | |
| 10925 | NHOMPSON, JOYCE, 1245 NOTTINGHAM, BEAUMONT, TX 77706 | |
| 10925 | NHRMCA, 105 STATE ROUTE 101A, UNIT 5, AMHERST, NH 03031 | |
| 10925 | NI INDUSTRIES INC, SCOTT A HALPERT ASST CORP, 21001 VAN BORN ROAD, TAYLOR, MI 48180 | |
| 10924 | NIACET CORPORATION, 400 47TH STREET, NIAGARA FALLS, NY 14304 | |
| 10924 | NIACET CORPORATION, 400 47TH STREET, NIAGARA FALLS, NY 14304-2102 | |
| 10925 | NIAGARA CHOCOLATES, 3500 GENESEE ST, BUFFALO, NY 14225 | |
| 10925 | NIAGARA MOHAWK POWER CORP, PO BOX 4798, SYRACUSE, NY 13221-4798 | |
| 10925 | NIAGARA MOHAWK POWER CORP., 300 ERIE BLVD WEST, SYRACUSE, NY 13252-0001 | |
| 10924 | NIAGRA WAREHOUSE, 800 WALCK ROAD, NORTH TONAWANDA, NY 14120 | |
| 10925 | NIBBE, JOHN H, 7770 NW 79TH AVE E-4, TAMARAC, FL 33321 | |
| 10925 | NIBBE, JOHN, 9009 NW 6TH CT, PLANTATION, FL 33324 | |
| 10925 | NIBBLETT JR, RICHARD, 1438 FREEZE MOUNTAINDRIVE, ODENVILLE, AL 35120 | |
| 10925 | NIBCO, 4050 CORPORATE DR SUITE 100, GRAPEVINE, TX 76051 | |
| 10925 | NIBHON NIMBHONGSAK, 3523 W VALENCIA DR, FULLERTON, CA 92833-3132 | |
| 10925 | NIBLETT, DERRICK, 1721 EAST PINE, MIDLAND, TX 79705 | |
| 10925 | NIBLETT, DOUGLAS, 28 HARMONY LANE, DOVER, DE 19901 | |
| 10925 | NIBLETT, LLOYD, 5625 STATE HWY 159, LA GRANGE, TX 78945 | |
| 10925 | NIBLETT, MELINDA, 3405 PEYTON CT., MOBILE, AL 36695 | |
| 10925 | NIBLETT, RACHELLE, 1705 E. PINE, MIDLAND, TX 79705 | |
| 10925 | NICE CONFERENCE 2000, POBOX 9094, FARMINGTON HILLS, MI 48333 | |
| 10924 | NICE PEACE CO LTD., 13FL. 172 SUNG THE RD., TAIPEI, TAIWAN R.O.C., 110TWN | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NICE PEACE CO., LTD., 430 WUNLIN ROAD SHINLIN, TAIWAN R.O.C., 99999TWN | *VIA Deutsche Post* |
| 10925 | NICE, GERALDINE, 36 CRESTVIEW DR, GREENWOOD, IN 46143 | |
| 10925 | NICE, M, 10235 MADREID WAY #113, SPRING VALLEY, CA 92077 | |
| 10924 | NICHIMEN AMERICA INC, 1345 AVENUE OF THE AMERICAS 23RD F, NEW YORK, NY 10105 | |
| 10924 | NICHIMEN AMERICA INC, 1345 AVENUE OF THE AMERICAS 23RD.FL, NEW YORK, NY 10105 | |
| 10924 | NICHIMEN CORPORATION, TXPXV SEC., 1-23, SHIBA 4-CHOME, MINATO-KU, TOKYO, 108JPN | *VIA Deutsche Post* |
| 10925 | NICHIPOR, ALEXANDER, 9 FAIRLAND ST, LEXINGTON, MA 02173-7509 | |
| 10925 | NICHOL, JERRY, 1811 OLD YELLOWSTONE RD, CHEYENNE, WY 82009-9134 | |
| 10925 | NICHOLAKAKOS, PETER, 6413 18TH AVE, BROOKLYN, NY 11204 | |
| 10925 | NICHOLAS A BORSELLA &, KATHERINE MAMOCK BORSELLA JT TEN, 617 BAY GREEN DR, ARNOLD, MD 21012-2073 | |
| 10925 | NICHOLAS A DUCA & MARIE B DUCA, JT TEN, 50 COLLINWOOD AVE, LIVINGSTON, NJ 07039-3728 | |
| 10925 | NICHOLAS A LODATO, 5400 CENTRAL, WESTERN SPRINGS, IL 60558-1836 | |
| 10925 | NICHOLAS BACHES, 5145 CLEARWATER DR, STONE-MOUNTAIN, GA 30087-3618 | |
| 10925 | NICHOLAS COSTI, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | NICHOLAS F ALBRITTON, BOX 255, ALTURAS, FL 33820-0255 | |
| 10925 | NICHOLAS G BOMBOLIS &, GEORGE N BOMBOLIS JT TEN, 8420 SELWICK DR, PARMA, OH 44129-6057 | |
| 10925 | NICHOLAS G TSOUCALAS, 88 25 63RD AVE, REGO PARK, NY 11374-2813 | |
| 10925 | NICHOLAS GRAZIANO &, LUCY GRAZIANO JT TEN, 31 FONDA DRIVE, STONY POINT, NY 10980-2436 | |
| 10925 | NICHOLAS HAASE, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | NICHOLAS J O CONNOR, 4320 CONSTANCE ST, NEW ORLEANS, LA 70115-1443 | |
| 10925 | NICHOLAS J. DE NOVIO TR., ONE S.E. THIRD AVE, MIAMI, FL 33131 | |
| 10925 | NICHOLAS L BAKER, 125 RIVEREDGE DR, MOORE, SC 29369 | |
| 10925 | NICHOLAS RENAUDIN, 43 FOREST ST, STONEHAM, MA 02180 | |
| 10925 | NICHOLAS SARDONE, 209 WEST SHERMAN AVE, EDISON, NJ 08820-1326 | |
| 10925 | NICHOLAS STRENK, 516 SUMMIT ST, ENGLEWOOD CLIFFS, NJ 07632-3034 | |
| 10925 | NICHOLAS TSOUCALES &, CATHERINE TSOUCALES JT TEN, 88-25 63RD AVE, REGO PARK, NY 11374-2813 | |
| 10925 | NICHOLAS V GIANINO, 5058 CROSSWOOD, ST LOUIS, MO 63129-2407 | |
| 10925 | NICHOLAS WAGNER, 109 WINDSOR DR, WARNER ROBINS, GA 31088-6007 | |
| 10925 | NICHOLAS, DOROTHEA, 7490 BROMPTON BLVD, HOUSTON, TX 77025 | |
| 10925 | NICHOLAS, EUGENIE, 70 RAILROAD AVE, PEARL RIVER, NY 10965 | |
| 10925 | NICHOLAS, KRISTINE, 70 RAILROAD AVE, PEARL RIVER, NY 10965 | |
| 10925 | NICHOLAS, LINDA, 161 GEORGIA ST RR 12, SPARTANBURG, SC 29307 | |
| 10925 | NICHOLAS, MICHAEL, ROUTE 1 BOX 229-M, RATCLIFF, AR 72951 | |
| 10925 | NICHOLAS, THOMAS J, 379 QUARRY BROOK DR, SOUTH WINDSOR, CT 06074 | |
| 10924 | NICHOLETT FOOTBALL PRACTICE FAC., NORTHWESTERN UNIV. C/O SPRAY INSUL., EVANSTON, IL 60201 | |
| 10925 | NICHOLL, ARTHUR C, 6930 MONTGOMERY RD, ELKRIDGE, MD 21075-5404 | |
| 10925 | NICHOLS CHEMICALS INC, POBOX 216, MAULDIN, SC 29662 | |
| 10924 | NICHOLS ELECTRIC SUPPLY, INC, P.O. BOX 425, HAUBSTADT, IN 47639 | |
| 10925 | NICHOLS JR., OSKER, BOX 1741, ANDREWS, TX 79714 | |
| 10924 | NICHOLS SCHOOL PERFORMING ARTS, 125 AMHERST STREET, BUFFALO, NY 14217 | |
| 10925 | NICHOLS SCHOOL, 1250 AMHERST ST, BUFFALO, NY 14216 | |
| 10925 | NICHOLS, BILLY, PO BOX 3763, KENAI, AK 99611 | |
| 10925 | NICHOLS, CATHERINE, RT. 2, BOX 131H, MONTICELLO, AR 71655 | |
| 10925 | NICHOLS, CHRISTOPHER, 150 WEST 88TH ST, NEW YORK, NY 10024 | |
| 10925 | NICHOLS, CLARENCE, 721 GENEVIEVE DRIVE, LAFAYETTE, LA 70503 | |
| 10925 | NICHOLS, DAVID, 52 WOODROW AVE, HAVERHILL, MA 01830 | |
| 10925 | NICHOLS, DEBRA, ROUTE 2 BOX 122, ATLANIC, IA 50022 | |
| 10925 | NICHOLS, DENNIS, 74 WINDOVER LANE, DOYLESTOWN,, PA 18901 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NICHOLS, DONNA, 1732 WEST ST, RADFORD, VA 24141

10925   NICHOLS, DONNA, 221 DUSTIN TAVERN RD, S WEARE, NH 03281

10925   NICHOLS, ELLEN, CUST FOR SARAH NICHOLS, UNIF GIFT MIN ACT CONN, 75 N QUAKER AVE, WEST HARTFORD, CT 06119-1354

10925   NICHOLS, H, 4830 HW51 SOUTH, DYESBURG, TN 38024

10925   NICHOLS, HAROLD, 652 WEAVER CREEK RD, BLUFF CITY, TN 37618

10925   NICHOLS, J, 404 SEAWIND, AUSTIN, TX 78734

10925   NICHOLS, J, 4706 HARTLAND, CHARLOTTE, NC 28205

10925   NICHOLS, JEANNE, RT 1 BOX 31A, BEAVERVILLE, IL 60912

10925   NICHOLS, JODY, 166 TRAM ROAD, COWPENS, SC 29330

10925   NICHOLS, JOE, RT 2 BOX 531 FLAT SHOALS RD, WALHALLA, SC 29691

10925   NICHOLS, KIP, 113 S CENTRAL, OLATHE, KS 66061

10925   NICHOLS, LINDA, 3004 MIAMI, WICHITA FALLS, TX 76309

10925   NICHOLS, LOIS, HC 32 BOX 217, SEBASCO ESTATES, ME 04565

10925   NICHOLS, MARNE, 815 S 89TH ST, MILWAUKEE, WI 53214-2816

10925   NICHOLS, MARTHA S, CUST FOR MOLLIE R NICHOLS, UNIF GIFT MIN ACT SC, PO BOX 1022, DRAYTON, SC 29333-0721

10925   NICHOLS, MITCHELL, 243 E. ELMVIEW PL., SAN ANTONIO, TX 78209

10925   NICHOLS, NANCY, 72 CHARLES ST, READING, MA 01867

10925   NICHOLS, PAIGE, 940 LANGFORD LANE, PRATTVILLE, AL 36067

10925   NICHOLS, PATRICIA, 10 CHITTENDEN LANE, OWINGS MILLS, MD 21117

10925   NICHOLS, PAUL, 125 COLBY DR, GRAY COURT, SC 29645

10925   NICHOLS, RAYMOND, 401 PETERSON RD, KILGORE, TX 75662-4234

10925   NICHOLS, RICHARD, 605 E 21 ST, ATLANTIC, IA 50022

10925   NICHOLS, ROBERT, 16014 SURREY WOODS DRIVE, FRIENDSWOOD, TX 77546-3100

10925   NICHOLS, ROBERT, 205 S 11TH, SARCOXIE, MO 64862-0241

10925   NICHOLS, SHIRLEY, 166 TRAM ROAD, COWPENS, SC 29330

10925   NICHOLS, TAMMY, 1815 HILLBORO, RENO, NV 89512

10925   NICHOLS, THOMAS, 1345 LOCUST AVE, BOHEMIA, NY 11716

10925   NICHOLS, TONE, 736 SLIDING ROCK RD, PICKENS, SC 29671

10925   NICHOLS, V, 6397 MEADOW LARK, LAS VEGAS, NV 89103

10924   NICHOLSON & GALLOWAY INC., **DO NOT USE**, GLEN HEAD, NY 11545

10924   NICHOLSON & GALLOWAY INC., 261 GLENHEAD ROAD, GLEN HEAD, NY 11545

10924   NICHOLSON CONSTRUCTION COMPANY, 12 MCCLANE STREET, CUDDY, PA 15031

10924   NICHOLSON INTERIOR SYSTEM, 1431 SOUTHEAST AVE, TALLMADGE, OH 44278

10924   NICHOLSON INTERIOR SYSTEMS, CAMBRIDGE, MA 02140

10925   NICHOLSON PH.D, LEE, 39 HUNTVILLE RD, KATONAH, VA 10536-2018

10925   NICHOLSON, AARON, 2278 STANDING SPRINGS RD, GREENVILLE, SC 29605

10925   NICHOLSON, CHARLOTTE, 24 COLUMBIA ROAD, ARLINGTON, MA 02474-2238

10925   NICHOLSON, CHARLOTTE, 3123 CIRCLEVIEW DR, DALTON, GA 30721

10925   NICHOLSON, CHRISTINE, 23 WREN ST, E. TAUNTON, MA 02718

10925   NICHOLSON, DAVID, 319 JUNIPER DRIVE, CHERRY HILL, NJ 08003

10925   NICHOLSON, DAVID, 3233 VILLAGE WOODS DRIVE, ATWATER, CA 95301

10925   NICHOLSON, DONALD, 371 UNION ST, LEOMINSTER, MA 01453

10925   NICHOLSON, DOUGLAS, PO BOX 24266, ROCHESTER, NY 14624

10925   NICHOLSON, GERALDINE, 2202 ROOSEVELT AVE, MOBILE, AL 36617

10925   NICHOLSON, JAMES, 702 W MANES, IOWA PARK, TX 76367

10925   NICHOLSON, JAMES, 702 WEST MANES, IOWA PARK, TX 76367

10925   NICHOLSON, JANE, 715 N W WASHINGTON RD, SALEM, IN 47167

10925   NICHOLSON, JERRY, 311 SOUTH BUXTON, INDIANOLA, IA 50125

10925   NICHOLSON, JOSEPHINE, ROUTE 2 BOX 21B, ST ANNE, IL 60964

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NICHOLSON, K, 518 MILWAUKEE ST, STOUGHTON, WI 53589 | |
| 10925 | NICHOLSON, KENT, BOX 681, DICKINSON, ND 58601 | |
| 10925 | NICHOLSON, LAURA, PO BOX 165 17 OAKS ST, STARTEX, SC 29377 | |
| 10925 | NICHOLSON, LOIS, 395 BEAVER ST, ST ANNE, IL 60964 | |
| 10925 | NICHOLSON, LORI, 6329 HUBBARD AVE, MIDDLETON, WI 53562 | |
| 10925 | NICHOLSON, MATTHEW, 3401 SUGARHILL, SAN ANTONIO, TX 78230 | |
| 10925 | NICHOLSON, MICHAEL, 900 MOUNTAIN CREEK ROAD, CHATTANOOGA, TN 37405 | |
| 10925 | NICHOLSON, PETER ANDREW, 1549 BAY BLVD, ATLANTIC BEACH, NY 11509-1605 | |
| 10925 | NICHOLSON, SCOTT, 6 WEST ST, LEBANON, NH 03766-1274 | |
| 10925 | NICHOLSON, SHARON, 809 BROADWAY AVE, PATERSON, NJ 07514 | |
| 10925 | NICHOLSON, WANDA, 514 E CRAWFORD AVE, CONNELLSVILLE, PA 15425 | |
| 10925 | NICHOLSON, WARREN, 211 PARK LANE CIRCLE, ELDRIDGE, IA 52748-9669 | |
| 10925 | NICHOLSON, WILLIAM, 101 INDIAN OAKS ROAD, SENECA, SC 29672 | |
| 10925 | NICHOLSON, WILMA, 520 NAVAJO DRIVE, NEW ALBANY, IN 47150-4060 | |
| 10925 | NICK DUNCAN, 100 PARK AVE BLDG SUITE 1200, OKLAHOMA CITY, OK 73102-8006 | |
| 10925 | NICK GRIGG, 4905 WOODROW, PARMA, OH 44134-3851 | |
| 10925 | NICK HAASE, ONE TOWN CENTER, BOCA RATON, FL 33486 | |
| 10925 | NICK P JOURAS, 702 W 115TH TERR, KANSAS CITY, MO 64114-5596 | |
| 10925 | NICK PAGE, 78 WHEBLE DR WOODLEY, BERKSHIRE, READING, RGS3DUUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | NICK PANAGIOTOU, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | NICKEL, MELVIN, PO BOX 254, WICHENBURG, AZ 85358 | |
| 10925 | NICKELBERRY, CLARA, 2214 MIRAMAR WALK, OXNARD, CA 93035 | |
| 10925 | NICKELL, APRIL, 4115 2ND AVE NW DRIVE NORTH, BRADENTON, FL 34209 | |
| 10925 | NICKELL, CHARLES, 3517 COLONIAL DRIVE, CLAREMORE, OK 74017 | |
| 10925 | NICKELL, JAYNE, 3831 BAYS FERRY TR, MARIETTA, GA 30062 | |
| 10925 | NICKELL, LOUIS, 24 SIERRA DRIVE, HOT SPNG VILL, AR 71909 | |
| 10925 | NICKELL, WILLIAM, 1199 S POLK, AMARILLO, TX 79114 | |
| 10925 | NICKELS, PAULA, 707 S SPENCER ST, AURORA, IL 60505 | |
| 10925 | NICKELSON, BILLY, 10426 AMBURSEN, HOUSTON, TX 77034 | |
| 10925 | NICKELSON, HARRY, 1393 MULBERRY LANE, CRYSTAL LAKE, IL 60014 | |
| 10925 | NICKENS, JEFFREY, 601 E SECOND ST, BURKBURNETT, TX 76354 | |
| 10925 | NICKERSON, BARBARA, 15810 SAN ANTONIO CT, FORT MEYERS, FL 33908 | |
| 10925 | NICKERSON, BEVERLY, 200 MATTLAND AVE #172, ALTAMONTE SPRINGS, FL 32701-5546 | |
| 10925 | NICKERSON, CONNIE, 140 SILK FARM ROAD, CONCORD, NH 03301 | |
| 10925 | NICKERSON, EDWIN, 15810 SAN ANTONIO COURT MCGREGOR WOODS, FORT MYERS, FL 33908 | |
| 10925 | NICKERSON, PATRICIA, 3863 CODY ST., SAN DIEGO, CA 92117 | |
| 10925 | NICKERSON, ROBERT, 8 RED GATE LA, SOUTHBORO, MA 01772 | |
| 10925 | NICKEY PETROLEUM CO, INC, PO BOX 669, ATWOOD, CA 92811 | |
| 10925 | NICKLAS, DIANE, 618 MONTE VISTA AVE, VENTURA, CA 93003 | |
| 10925 | NICKLAUS, JANET, POBOX 356, GRISWOLD, IA 51535 | |
| 10925 | NICKLAUS, KAREN, 1 RACHEL CT, FRANKLIN PARK, NJ 08823 | |
| 10925 | NICKLEN, JEAN, 349-8 WATERDOWN DR, FAYETTEVILLE, NC 28314 | |
| 10925 | NICKLES, ALONDA, 7038 ROUNDTABLE CT., SMYRNA, GA 30080 | |
| 10925 | NICKLES, ROBERT, 21 QUEEN ANN RD, GREENVILLE, SC 29615 | |
| 10925 | NICKODEMUS, ROSE, 1126 THURMAN, SAGINAW, MI 48602 | |
| 10925 | NICKOLOPOULOS, BONNIE, 10410 WASHINGTON RD., SAINT HELEN, MI 48656 | |
| 10925 | NICKS SILICA COMPANY, PO BOX 2806, JACKSON, TN 38302-2806 | |
| 10925 | NICKS TOWING SERVICE, INC, 158 EAST PASSAIC AVE., RUTHERFORD, NJ 07070 | |
| 10925 | NICKS, JERRY, 126 PEBBLE BEACH DR, VICKSBURG, MS 39183 | |
| 10925 | NICKYS TRANSPORTATION SERVICE, 5244 S MAJOR AVE., CHICAGO, IL 60638 | |
| 10924 | NICOAT INCORPORATED, 840 INDUSTRIAL DRIVE, BENSENVILLE, IL 60106 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NICODEMUS, DAVID, 12131 W 79TH TERRACE, LENEXA, KS 66215

10925   NICODEMUS, LEE, 9020 COPLEY LANE, RIVERSIDE, CA 92504

10925   NICOLAI, LEONARD M, 1439 HOOVER AVE, EAU CLAIRE, WI 54701-4297

10925   NICOLANTI, OBERDAN, 5267 S.R. 303, RAVENNA, OH 44266

10925   NICOLAS MIGUEL MAVROS, BARRIO MIRAMAR PUERTO DE SAN JOSE, DEPTO DE ESCUINTLA,   *VIA Deutsche Post*
        GUATEMALA CITY, GUATEMALA

10925   NICOLAS S SPANOPOULOS & DIMITRA, SPANOPOULOS JT TEN, 10910 SW MIRA CRT, TIGARD, OR
        97223-3838

10925   NICOLAS, JAMIE, 190 W. 24TH ST A-21, BAYONNE, NJ 07002

10925   NICOLAS, PATRICIA, 624 E. SIXTH ST., MOMENCE, IL 60954

10925   NICOLAY, CAROL, 8 OAKLAND AVE APT 610, WEST CALDWELL, NJ 02171

10925   NICOLAY, MATTHEW, 1755 VANNESS AVE, SAN FRANCISCO, CA 94109

10924   NICOLE FAHRI, SOUTH SIDE OF 60TH, MADISON & FIFTH, MANHATTAN, NY 10021

10925   NICOLE M SIOUI, 352 STARR DR, TROY, MI 48083-1650

10925   NICOLEAU, EVELYNE, 89-15 PARSON BLVD., JAMAICA, NY 11432

10925   NICOLET INSTRUMENT CORP, JAMES MACKEY, PO BOX 44451, 5225 VERONA ROAD, MADISON, WI
        53744-4451

10925   NICOLET INSTRUMENT CORP, STAFFORD ROSENBAUM MICHAEL J ALLE, PO BOX 1784, MADISON,
        WI 53701

10925   NICOLET INSTRUMENT CORP., 5225 VERONA RD., MADISON, WI 53711

10925   NICOLET INSTRUMENT CORP., 5225 VERONA ROAD, MADISON, WI 53711-4495

10925   NICOLET INSTRUMENT CORPORATION, DEPT CH 10385, PALATINE, IL 60055-0385

10925   NICOLICH, JEFFREY, WR GRACE & CO-CONN 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   NICOLOSI JR, JOSEPH F & FRED H, 2063 OLDMANS CREEK RD, WOOLWICH TWP., NJ 08085

10925   NICOLOSI, DIANE, 1412 SEQUOIA BLVD, TRACY, CA 95376

10925   NICOLOSI, LUCILLE, 23330 LAVIDA WAY, BOCA RATON, FL 33433

10924   NICOLS SCHOOL, 505 UNIVERSITY AVE.; BLDG#3, NORWOOD, MA 02062

10924   NICOM COATINGS CORP., INDUSTRIAL LANE, MONTPELIER, VT 05602

10924   NICOM COATINGS CORP., P.O. BOX 727, BARRE, VT 05641

10925   NICOR GAS, PO BOX 632, AURORA, IL 60507-0632

10925   NICSON AUTOMOTIVE INC, 5117 EAST WASHINGTON BLVD, LOS ANGELES, CA 90040

10924   NIDESOL S.A., 11100, MONTEVIDEO, URY                                              *VIA Deutsche Post*

10925   NIEBOER, CHRISTOPHER, 154 BEARHILL RD., 705, CUMBERLAND, RI 02864

10925   NIECGORSKI, JOEL, 746 LILLIAN ST, PITTSBURGH, PA 15210

10925   NIEDERMEYER, LOIS, 405 PKWY DRIVE, CARY, IL 60013

10925   NIEDERT, PAMELA, 100 SONGBIRD LA, FARMINGTON, CT 06032

10925   NIEDZWIECKI, CHARLES, 12 WILEY ST, FALL RIVER, MA 02720

10925   NIEH, GEM-KANG, 17323 CARRANZA, SAN DIEGO, CA 92127

10924   NIEHAUS CONSTRUCTION SERVICES, 4151 SARPY AVE., SAINT LOUIS, MO 63110

10924   NIEHAUS CONSTRUCTION SERVICES, CAMBRIDGE, MA 02140

10924   NIEHAUS CONSTRUCTION, 4151 SARPY AVE., SAINT LOUIS, MO 63110

10924   NIEHAUS CONSTRUCTION, 4151 SARPY AVENUE, SAINT LOUIS, MO 63110

10925   NIELD, JANICE, 24 CANNONHURST COVE, JACKSON, TN 38305

10925   NIELDS LEMARK & DINGMAN, 176 E MAIN ST SUITE 8, WESTBORO, MA 01581

10925   NIELDS,LEMARK & DINGMAN, 176 E MAIN ST SUITE 8, WESTBORO, MA 01581

10925   NIELL, TERESA, 9696 WALNUT ST, 404, DALLAS, TX 75243-2369

10924   NIELSEN WOODSHOP, 37600 SYCAMORE ST, NEWARK, CA 94560

10925   NIELSEN, GREGORY, ROUTE L, 640 BLUE GOOSE ROAD, TAMPICO, IL 61283

10925   NIELSEN, HANS, 14441 COUNTY ROAD 307, ST JOSEPH, MO 64505

10925   NIELSEN, MARY, 60 BERTWELL ROAD, LEXINGTON, MA 02173

10925   NIELSEN, PLACIDE, 20 LINDA ROAD, PORT WASHINGTON, NY 11050

10925   NIELSEN, RICHARD H, 3619 WHISPERING BROOK DR, KINGWOOD, TX 77345-3063

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NIELSEN, ROBERT, 12 SHAW ROAD, BELMONT, MA 02178

10925 NIELSEN, SANDRA, 7140 SALT CR.RT, CASPER, WY 82601

10925 NIELSEN, TIMOTHY, 1327 N NICOLAS, ARLINGTON, VA 22205

10925 NIELSON, DRU, 177 BIG GULCH, CRAIG,, CO 81625

10925 NIELSON, KENNETH, 551 S VERNAL AVE, VERNAL, UT 84078

10925 NIELSON, MICHAEL, 3350 E. 5000 SOUTH, VERNAL, UT 84078

10925 NIEMAN CENTRAL WI ROOFING CO INC, HADEN LARY VP, N 2599 24TH AVE, LYNDON STATION, WI 53944

10925 NIEMAN CENTRAL WI ROOFING, ERIC J POLLEX, 111 OAK ST, MAUSTON, WI 53948

10925 NIEMEIER, RICHARD, 2102 NORTHRIDGE DRIVE, FAIRBURY, NE 68352

10925 NIEMEYERS, 7918 TROY LANE, MAPLE GROVE, MN 55311

10925 NIEMIEC, MARK A, 526 CRAIG LANE, VILLANOVA, PA 19085

10925 NIEMYNSKI, THOMAS, 811 RICHMOND DR, SICKLERVILLE, NJ 08081

10925 NIEPRAWSKI, MICHAEL, 192 BRANDYWINE, ELK GROVE, IL 60007

10925 NIER SYSTEMS INC, 6678 NEWPORT LAKE CIRCLE, BOCA RATON, FL 33496

10925 NIERLE, JOHN, 101 N TULPEHOCKEN ROAD, READING, PA 19601

10925 NIES, JANET, 3961 COUNTY TRK PP, DE PERE, WI 54115

10925 NIETO, ALBERTO, 1400 PATRICIA, SAN ANTONIO, TX 78213

10925 NIETO, ANNETTE, 90 COUNTRY ACRES, SEQUIN, TX 78155

10925 NIEUWSMA, HAROLD, 309 ND APT 201, OSKALOOSA, IA 52577

10925 NIEVES, ANDELMO, 111-37 112ST, SO. OZONE PK, NY 11420

10925 NIEVES, CECILIO, CALLE 17 1-7 VULLAS DE CANEY, TRUJILLO ALTO, PR 00976

10925 NIEVES, DANIEL, 419 LINCOLN AVE #4, FOX RIVER GROVE, IL 60021

10925 NIEVES, FELIX, APARTADO 2929, ARECIBO, PR 00613

10925 NIEVES, JOSE, CALLE LUNA 101 LAS MONJAS, HATO REY, PR 00917

10925 NIEVES, MARLENE, 2133 85TH ST, NORTH BERGEN, NJ 07047

10925 NIEVES, MARLENE, 5213 FAIRVIEW TERR, W NEW YORK, NJ 07093

10925 NIEVES, MILAGROS, HC-02 B2N-17331, ARECIBO, PR 00612

10925 NIEVES, ROBERTO, 1309 S. 29TH ST, MILWAUKEE, WI 53215

10925 NIEVES, TOMAS, PO BOX 04434, MILWAUKEE, WI 53204

10925 NIEWALD WALDECK & BROWN, 120 W. 12TH ST SUITE 1300, KANSAS CITY, MO 64105-1917

10925 NIEZGODA, JOHN, 146 ROBBINS ST, WALTHAM, MA 02154

10925 NIFONG, WENDY, 1217 CASTLEGATE DR, GASTONIA, NC 28054

10925 NIGAN, VISHAL, 7530 COACHWOOD, HOUSTON, TX 77071-2301

10925 NIGEL PALMER, #1 OLD QUIDNET MILK ROUTE, NANTUCKET, MA 02554

10925 NIGH, PHYLLIS, 2669 MONTEREY PLACE, FULLERTON, CA 92633

10925 NIGH, RANDALL, 8125 N SUMMIT, KANSAS CITY, MO 64118

10925 NIGHTHAWK INC, 209 SW 9TH CIRCLE, DELRAY BEACH, FL 33444

10925 NIGHTHAWKS JANITORIAL SERVICES, 221 ANDREWS AVE, DELRAY BEACH, FL 33483

10925 NIGHTINGALE CONANT, 7300 NORTH LEHIGH AVE., NILES, IL 60714

10925 NIGHTINGALE, BEN, CUST FOR DAVID NIGHTINGALE, UNIF GIFT MIN ACT-NY, 14 SOUNDVIEW AVE C5-28, WHITE PLAINS, NY 10606-3327

10925 NIGHTINGALE, BEN, CUST FOR ELANA NIGHTINGALE, UNIF GIFT MIN ACT-NY, 14 SOUNDVIEW C5-28, WHITE PLAINS, NY 10606-0000

10925 NIGHTINGALE-CONANT CORPORATION, 7300 NORTH LEHIGH AVE, CHICAGO, IL 60648-9947

10925 NIGHTOWL LEGAL COPY SERVICE, 724 NORTH FIRST ST, MINNEAPOLIS, MN 55401

10925 NIGHTRIDER OVERNIGHT COPY SERVICE, PO BOX 54903, NEW ORLEANS, LA 70154

10925 NIGHTRIDER OVERNITE COPY SERVICE, PO BOX 5-0484, WOBURN, MA 01815

10925 NIGHTRIDER OVERNITE COPY, DEPT 3005, WASHINGTON, DC 20061-3005

10925 NIGHTRIDER OVERNITE COPY, LOCATION: FT. LAUDERDALE, MIAMI, FL 33121-0865

10925 NIGHTWINE & ASSOC, INC, 8374 WETHERFIELD LANE, CINCINNATI, OH 45236

10925 NIGHTWINE & ASSOC, INC, PO BOX 901609, CLEVELAND, OH 44190-1609

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NIGON, JOSEPH, 17705 PRINCE EDWARD DR, OLNEY, MD 20832 | |
| 10925 | NIGRO, ALEJANDRO, 4901 ROPER MT ROAD APT 428, GREENVILLE, SC 29615 | |
| 10925 | NIGRO, JANICE, 24765 NE 135TH ST., SALT SPRINGS, FL 32134 | |
| 10925 | NIGRO, KENNETH, 215 POWHATTAN COURT, DANVILLE, CA 94526 | |
| 10924 | NIH #37, WHITING & TURNER JOB, 37 CONVENT DRIVE, BETHESDA, MD 20814 | |
| 10924 | NIHON ETHANOL K.K., YOTSUKAICHI KOJO, 3-3-71 OBATA, YOKKAICHI-SHI MIE-KEN, 510-0875JPN | *VIA Deutsche Post* |
| 10924 | NIHON GOSEI ALCOHOL K.K., KAWASAKI KOJO, 10-8 UKISHIMA-CHO KAWASAKI-KU, KAWASAKI-SHI KANAGAWA-KEN, 210-0862JPN | *VIA Deutsche Post* |
| 10924 | NIHON SIBER HEGNER K K-DO NOT USE, 4-19, MITA 3-CHOME, SIBER HEGNER MITA BLDG, MINATO-KU, 108JPN | *VIA Deutsche Post* |
| 10925 | NIHON SIBER HEGNER K.K., INDUSTRIAL MATERIALS DIVISION, 4-19, MITA 3-CHOME, MINATO-KU, TOKYO, 1088360JAPAN | *VIA Deutsche Post* |
| 10924 | NIHON SIBER HEGNER K.K., SIBER HEGNER MITA BLDG, 4-19, MITA 3-CHOME, MINATO-KU, 99999999JPN | *VIA Deutsche Post* |
| 10924 | NIHON SIBER HEGNER K.K., SIBER HEGNER MITA BLDG, 4-19, MITA 3-CHOME, MINATO-KU, TOKYO*, 108-8360JPN | *VIA Deutsche Post* |
| 10924 | NIHON SIBER HEGNER K.K., SIBER HEGNER MITA BLDG, 4-19, MITA 3-CHOME, MINATO-KU, TOKYO, 108-8360JPN | *VIA Deutsche Post* |
| 10924 | NIHON SIBER HEGNER K.K., SIBER HEGNER MITA BLDG., 4-19, MIT, TOKYO, 99999999JPN | *VIA Deutsche Post* |
| 10924 | NIHON SIBER HEGNER K.K.-DO NOT USE, SIBER HEGNER MITA BLDG., 4-19, MIT, TOKYO, 99999999JPN | *VIA Deutsche Post* |
| 10924 | NIHON SIBERHEGNER K.K., 4-19 MITA 3 - CHOME, MINATO-KU, TOKYO, 99999999JPN | *VIA Deutsche Post* |
| 10924 | NIHON SIBERHEGNER K.K.-DO NOT USE, MITA 3 - CHOME, MINATO-KU TOKYO, 99999999JPN | *VIA Deutsche Post* |
| 10925 | NII (ECDL) NOPLOCK, 7812 WENDOVER AVE., BALTIMORE, MD 21234 | |
| 10925 | NIIMI PATENT AGENCY, GOKOMACHI-SANJO AGARU, NAKAGYO-KU, KYOTO, JAPAN | *VIA Deutsche Post* |
| 10924 | NIKE BUILDINGS E & F, SIPLAST, CORNER OF SAMKIMI & WALKER, BEAVERTON, OR 97005 | |
| 10924 | NIKKEI & ASSOCIATES, 728 EAST LINCOLN WAY, AMES, IA 50010 | |
| 10925 | NIKKEL, LEO, 712 E. LIBERTY ST., PELLA, IA 50219 | |
| 10924 | NIKKEN WORLD HEADQUARTERS, SIPLAST, 52 1/2 DISCOVERY, IRVINE, CA 92604 | |
| 10925 | NIKODEM, JOHN, RT. 3, BOX 456, JASPER, TX 75951 | |
| 10925 | NIKOLA RADONICH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | NIKOLA, SANDRA, 6 GREENVIEW COURT, JOHNSTON, RI 02919 | |
| 10925 | NIKOS RESTAURANT, 7600 SOUTH HARLEM AVE, BRIDGEVIEW, IL 60455 | |
| 10925 | NILDA R GALACE, 6701 WEST 63RD ST, CHICAGO, IL 60638-4003 | |
| 10925 | NILE R STROHMAN, 20 TIFFANY LANE, ANDOVER, MA 01810-3317 | |
| 10925 | NILE R STROHMAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | NILE SPICE FOODS, INC., 4101-K INDUSTRY DRIVE EAST, TACOMA, WA 98424 | |
| 10924 | NILE SPICE FOODS, INC., PO BOX 80744, SEATTLE, WA 98108 | |
| 10925 | NILE, ASENATH, 3435 R ST NW, WASHINGTON, DC 20007 | |
| 10924 | NILES CHEMICAL & PAINT CO., 225 FORT STREET, NILES, MI 49120 | |
| 10924 | NILES CHEMICAL & PAINT CO., PO BOX 307, NILES, MI 49120 | |
| 10924 | NILES PRECISION, 1308 FORT STREET, NILES, MI 49120 | |
| 10925 | NILES R MASON, 31 ANDERSON RIDGE RD, CATONSVILLE, MD 21228 | |
| 10925 | NILES, CHARLES, 7917 GILMORE RD, INDIANAPOLIS, IN 46219 | |
| 10925 | NILES, CLAUDIA, 1550 N STAPLEY DR, MESA, AZ 85203 | |
| 10925 | NILES, ROBERT, PO BOX 207, PHIPPSBURG, ME 04562-0207 | |
| 10925 | NILFISK OF AMERICA, 300 TECHNOLOGY DR, MALVERN, PA 19355 | |
| 10925 | NILFISK-ADVANCE AMERICA INC, 300 TECHNOLOGY DRIVE, MALVERN, PA 19355 | |
| 10925 | NILS FERNSTROEM, GROCHOLICKA NO 2A, 02-495WARSZAWA-URSUS, | |
| 10925 | NILSA BARTLEY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | NIM-COR, INC, POBOX 31272, HARTFORD, CT 06150-1272 | |
| 10925 | NIMMO FLUID POWER INC, PO BOX 541172, CINCINNATI, OH 45254-1172 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NIMMO FLUID POWER, INC, 4426 MT. CARMEL TOBASCO RD., CINCINNATI, OH 45244

10925   NINA H ELOESSER, 2121 LYON ST, SAN FRANCISCO, CA 94115-1611

10925   NINA STAHL &, MARTIN STAHL JT TEN, 325 EAST 79TH ST, NEW YORK, NY 10021-0954

10925   NINA, URSO, 357 BELTON ST, CHARLOTTE, NC 28209

10925   NINKER, PAT, 4941 WEST TUFTS AVE, DENVER, CO 80236-3315

10925   NINTEAU, JOHN, 1123 LAWRENCE ST, LOWELL, MA 01852-4811

10925   NINTZEL, BETH, 197 SHIRWOY ROAD, LEXINGTON, SC 29073

10924   NIOSH ANIMAL CARE, 105 RIVER RD., MCKEES ROCKS, PA 15136

10925   NIPER III, LOUIS, 212 EAST LAKE DRIVE, MARIETTA, GA 30062

10925   NIPPER, ANGELIA, 252 SHELBURN DR, RIVERDALE, GA 30274

10924   NIPPON CARBITE, C/O WARCO CONSTRUCTION, 1250 W. PERIMETER ROAD, GREENVILLE, SC 29607

10925   NIPPON ELECTRIC GLASS AMERICA, PO BOX 319, MOUNT PROSPECT, IL 60056

10925   NIPSCO, PO BOX 13007, MERRILLVILLE, IN 46411-3007

10925   NIRENBERG, JEFFREY, 1644 EAST 8TH ST, BROOKLYN, NY 11223

10925   NIRI, PO BOX 96040, WASHINGTON, DC 20090-6040

10925   NIRK, TODD, 1184 CYPRESS AVE., HERMOSA BEACH, CA 90254

10925   NIRO INC., PO BOX 13385, NEWARK, NJ 07101-3385

10925   NIRO, INC, 9165 RUMSEY RD., COLUMBIA, MD 21045-1991

10925   NISBET, JEFFREY, 1926 THE PLAZA, CHARLOTTE, NC 28205

10925   NISBET, NANCY, 3136 DEVON CROFT LN., CHARLOTTE, NC 28269

10925   NISBET, WENDY, 661 WAREHAM ST, MIDDLEBORO, MA 02346

10924   NISE ENGINEERING CENTER, NAVAL WEAPONS STATION S. ANEX, LIONS BEACH, SC 29461

10925   NISHIMURA, KEIJI, 4551 OLD SPARTANBURG, 621, TAYLORS, SC 29687

10925   NISHIOKA, GARY M, 219 WESTMOORE AVE, NEWARK, OH 43058-4338

10924   NISSAN CHEMICAL AMERICA CORP, 10777 WESTHEIMER, HOUSTON, TX 77042

10925   NISSAN CHEMICAL AMERICA CORP, 303 SOUTH BROADWAY SUITE #223, TARRYTOWN, NY 10591

10924   NISSAN CHEMICAL AMERICA CORPORATION, 1140 E. SANDHILL AVENUE, CARSON, CA 90746

10924   NISSAN CHEMICAL AMERICA, 10777 WESTHEIMER, SUITE 105, HOUSTON, TX 77042

10924   NISSAN CHEMICAL AMERICA, 12330 BAY AREA BLVD, PASADENA, TX 77507

10925   NISSAN CHEMICAL AMERICAN CORP., 10777 WESTHEIMER, SUITE 150, HOUSTON, TX 77042

10924   NISSEN CONCRETE & COAL, 5700 NAVARRE AVE, OREGON, OH 43616

10924   NISSHO IWAI AMERICAN CORP., 1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036

10925   NIST, 100 BUREAU DR., GAITHERSBURG, MD 20899-3732

10925   NIST, PO BOX 845117, DALLAS, TX 75284-5117

10925   NISZCZAK, DONNA, 4858 PENNS WAY, E GREENVILLE, PA 18041

10925   NITE & DAY SEDAN INC, 570 MOONACHIE AVE, WOOD-RIDGE, NJ 07075

10925   NITKA, D, 3134 MANITOWOC RD, GREEN BAY, WI 54311

10925   NITKA, DAVID, 3152 MANITOWOC RD, GREEN BAY, WI 54311

10925   NITKA, JAMES, 2800 KLONDIKE RD, GREEN BAY, WI 54311

10925   NITSCHE, BILLY, 1006 MILL RUN DRIVE, SUGARLAND, TX 77478

10924   NITTANY PHARMACEUTICALS, INC., 5135 U.S. HWY. 322, MILROY, PA 17063

10924   NITTANY PHARMACEUTICALS, INC., PO BOX 474, REEDSVILLE, PA 17084

10924   NITTERHOUSE MASONRY PRODUCTS, 2733 MOLLY PITCHER HWY RT 11 SOUTH, CHAMBERSBURG, PA 17201

10925   NITTERHOUSE MASONRY PRODUCTS, 859 CLEVELAND AVE BOX 692, CHAMBERSBURG, PA 17201-0692

10924   NITTERHOUSE MASONRY PRODUCTS, 859 CLEVELAND AVENUE, CHAMBERSBURG, PA 17201

10924   NITTERHOUSE MASONRY PRODUCTS, LLC, 859 CLEVELAND AVENUE, CHAMBERSBURG, PA 17201

10924   NITTERHOUSE MASONRY PRODUCTS, PO BOX 692, CHAMBERSBURG, PA 17201

10925   NITTI JR, NICK P, 575 MONTEGO DR, ELK GROVE VILLAGE, IL 60007-3468

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NITTI, KAREN, CUST FOR FRANK EDWARD NITTI, UNIF GIFT MIN ACT-NJ, 24 NEBEL WAY, COLONIA, NJ 07067-4020

10925 NITU, VASILE, 8225 NILES CENTER RD APT 411, SKOKIE, IL 60077

10924 NIU HEALTH CARE FACILITY, DEKALB, IL 99999

10925 NIU, PATRICIA, 40 WESTFORD ST, ALLSTON, MA 02134

10925 NIVEN, RAYMOND, 917 BRILL ST, PHILADELPHIA, PA 19124

10925 NIVERA, EUGENE, 6003 PURDUN DRIVE, CAMP SPRINGS, MD 20748

10925 NIX LAW FIRM, 205 LINDA DR, DAINGERFIELD, TX 75638

10924 NIX READY MIX, HWY 87 SOUTH, TIMPSON, TX 75975

10924 NIX READY MIX, INC., PO BOX190, TIMPSON, TX 75975

10924 NIX READY MIX,INC., P O BOX 190, TIMPSON, TX 75975

10925 NIX, ANDRE, 9 CROFTON DR, GREENVILLE, SC 29605

10925 NIX, CHRISTINE, 6213 STELLA AVE, CINCINNATI, OH 45224

10925 NIX, COLLEEN, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925 NIX, CONNIE, RT 2 BOX 138, JEFFERSON, GA 30549

10925 NIX, EMANUEL, 9 CROFTON DRIVE, GREENVILLE, SC 29605

10925 NIX, HENRY, 4091 MORELAND AVE., CONLEY, TX 30027

10925 NIX, JAMES, 5621 CHERRY ROAD, LAKELAND, FL 33809-1801

10925 NIX, JAMES, 7 BREWSTER DRIVE, TAYLORS, SC 29687

10925 NIX, JIMMIE, ROUTE 1, BOX 340, WATERLOO, SC 29384

10925 NIX, JOHN, 267 BETHANY CHURCH ROAD, MOORE, SC 29369

10925 NIX, MARCUS, 512 PARK HAYWOOD APT, GREENVILLE, SC 29607

10925 NIX, NILES, 986 ROCKY RIDGE ROADENOREE SC, ENOREE, SC 29335

10925 NIX, PATRICIA, RT 2 BOX 2389, MAYSVILLE, GA 30588

10925 NIX, TERESA, RT 1 BOX 385, HULL, GA 30646

10925 NIX, TERRY, 108 RICHARDSON ST, SIMPSONVILLE, SC 29681

10925 NIX, THERESA, 245 CONGAREE RD #906, GREENVILLE, SC 29607

10925 NIX, THOMAS, RT. 6, BOX 972, REIDSVILLE, NC 27320

10925 NIX, TIMOTHY, 6868 AUTUMN HILL LN, BARTLETT, TN 38135

10925 NIX, VERDIE, 4756 PRINCETON, MEMPHIS, TN 38117

10924 NIXA HIGH SCHOOL, HIGHWAY 14, SPRINGFIELD, MO 65801

10925 NIXON EXTERMINATING INC, PO BOX 1963, GASTONIA, NC 28053-1963

10925 NIXON HARGRAVE DEVANS & DOYLE, LINDOLN FIRST TOWER, PO BOX 1051, ROCHESTER, NY 14603

10925 NIXON HARGRAVE DEVANS & DOYLE, ONE KEYCORP PLAZA, ALBANY, NY 12207

10925 NIXON, 11860 OLD BALTIMORE PIKE, BELTSVILLE, MD 20705

10925 NIXON, 2925 NORTHEAST BLVD, WILMINGTON, DE 19802

10925 NIXON, 2925 NORTHEAST BLVD., WILMINGTON, DE 19802

10925 NIXON, AMANDA, 5631 PRESTON LANE, CHARLOTTE, NC 28270

10925 NIXON, ARGUS, 20515 RINGS ROAD, NEW CANEY, TX 77357

10925 NIXON, BRIAN, 714 29TH, SIOUX CITY IA, IA 51104

10925 NIXON, CATHY, 1014 VIGO AVE, ORLANDO, FL 32822

10925 NIXON, DAVID, ROUTE 2 BOX 46, WILBURTON, OK 74578

10925 NIXON, DEMPSEY, 5530 WELLS ROAD, BARTOW, FL 33830-9455

10925 NIXON, GERALD, 1661 SNOWSHOE RD, LIBBY, MT 59923

10925 NIXON, GWENDOLYN, 2162-78TH AVE, BATON ROUGE, LA 70807

10925 NIXON, JEREMIAH, SUPREME CT BLDG, 207 W HIGH ST, JEFFERSON CITY, MO 65101

10925 NIXON, LEONARD, 3141 HOUSTON RIVER ROAD, WEST LAKE, LA 70669

10925 NIXON, LISA, 229 CRESCENT, HEWITT, TX 76643

10925 NIXON, MARY E, 11 WHITAKER COURT, WILLIAMSBURG, VA 23188-6349

10925 NIXON, PAMELA, 6073 DORCHESTER CIR, KEITHVILLE, LA 71047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NIXON, ROBIN, 22521 S W 66 ST, BOCA RATON, FL 33428

10925 NIXON, ROGER, CUST FOR KAREN D NIXON UNDER, THE FL UNIF GIFTS TO MIN ACT, 9801 W PARMER LN APT 2421, AUSTON, TX 78717-4623

10925 NIXON, T, 3714 N. 32ND ST, TAMPA, FL 33610

10925 NIXTTERSON ROACH, 206 LINDA DR, DANGERFIELD, TX 75638

10925 NIZAM USTA, 40 SKILTON LANE, BURLINGTON, MA 01803-2141

10925 NIZAM USTA, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 NIZICK, JAMES LOUIS, CUST FOR JEFFREY SCOTT NIZICK, UNIF GIFT MIN ACT- PA, 21560 BEE CREEK BLVD, WESTON, MO 64098-9204

10925 NIZICK, JAMES LOUIS, CUST FOR KENNETH LOUIS NIZICK, UNIF GIFT MIN ACT-PA, 21560 BEE CREEK BLVD, WESTON, MO 64098-9204

10925 NIZICK, JAMES LOUIS, CUST FOR THOMAS MICHAEL NIZICK, UNDER MO UNIF TRAN TO MIN ACT, 21560 BEE CREEK BLVD, WESTON, MO 64098-9204

10925 NIZICK, SHIRLEY ANN, CUST FOR BRADLEY MICHAEL MERTEN, UNIF GIFT MIN ACT MO, 103 BAXTER ACRES, BALLWIN, MO 63011-3936

10925 NIZICK, SHIRLEY ANN, CUST FOR KRISTINA MARIE MERTEN, UNIF GIFT MIN ACT MO, 103 BAXTER ACRES, BALLWIN, MO 63011-3936

10925 NJ CHAPTER ACI, 25 IRELAND BROOK DR,RD#4, NORTH BRUNSWICK, NJ 08902

10925 NJ DEPT OF ENV PROTECTION AND ENERG, DEBORAH COWELL, 2 BABCOCK PLACE, WEST ORANGE, NJ 07052

10925 NJ DEPT OF ENV PROTECTION AND ENERG, SECTION CHIEF, 401 EAST STATE ST FIFTH FL, TRENTON, NJ 08625

10925 NJ DEPT OF ENV PROTECTION, GARY GRUELICH PROJECT MANAGER, DIVISON SITE REMEDIATION, 2 BABCOCK PLACE, WEST ORANGE, NJ 07052

10925 NJ DEPT OF ENV PROTECTION, ROBERT SHINN JR COMMISSIONER, 401 E STATE ST - PO BOX 402, TRENTON, NJ 08625-0402

10925 NJ DEPT OF ENV PROTECTION, ROBERT SHINN JR COMMISSIONER, 401 E STATE ST PO BOX 402, TRENTON, NJ 08625-0402

10925 NJ DIVISION OF FIRE SAFETY, PO 807, TRENTON, NJ 08625-0809

10925 NJ FRESHWATER WETLANDS MITIGATION, NJ DPT OF ENV PROT LAND USE PRGRAM, CN401, TRENTON, NJ 08625

10924 NJ PORT WATER AUTHORITY, ROUTE 31, CLINTON, NJ 08809

10925 NJCAA, 1230 PKWY AVE #101, WEST TRENTON, NJ 08628

10925 NJCAA, 1230 PKWY AVE SUITE #101, TRENTON, NJ 08628

10925 NJDEP, PO BOX 417, TRENTON, NJ 08625-0417

10925 NJINIMBAM, LOVALLA, 309 POPLAR LANE, MAULDIN, SC 29662

10924 NJIT, C.H.E.N BUILDING, NEWARK, NJ 07101

10924 NKK CORPORATION, 2-1, SUEHIRO-CHO, YOKOHAMA, 99999999JPN    *VIA Deutsche Post*

10925 NL ENVIRONMENTAL MGMT SERVICES INC, 14015 PARK DR #109, TOMBALL, TX 77375

10925 NL INDUSTRIES INC, BARRY L SAMS, PO BOX 1090, HIGHSTOWN, NJ 08520

10925 NL INDUSTRIES INC, JAMES H SCHINK KIRKLAND & ELLIS, 200 EAST RANDOLPH DRIVE, CHICAGO, IL 60601

10925 NL INDUSTRIES INC, JANET D SMITH ASSOCIATE GEN COUN, 445 PARK AVE, NEW YORK, NY 10022

10925 NL INDUSTRIES, SYSTEM, 2711 CENTERVILLE RD., STE 400, WILMINGTON, DE 19808

10925 NLC, PO BOX 7222, LAKE CHARLES, LA 70606

10924 NLU LIBRARY, 4100 NORTHEAST DRIVE, MONROE, LA 71209

10925 NM READY MIX CONCRETE &, PO BOX 35128, ALBUQUERQUE, NM 87176

10925 NMC, 95 HAYDE N. AVE., LEXINGTON, MA 02173

10925 NMFALES, INC, PO BOX 311, WESTWOOD, MA 02090

10925 NMHG FINANCIAL SERVICES, PO BOX 642385, PITTSBURGH, PA 15264-2385

10925 NNAJI, GLENDA, 9723 KENNETH OREN DR, CHARLOTTE, NC 28213

10925 NNR AIRCARGO SERVICE INC, 24 RAILROAD ST, REVERE, MA 02151

10925 NNRTIN, DAVID, 204 COOL BROOK DR, GREENVILLE, SC 29605

10924 NO BAY DRYWALL CO, PO BOX 750007, PETALUMA, CA 94975

10925 NO DIVISION-CAMBRIDGE LITTLE, 141 OXFORD ST, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NO JERSEY JOINT BOARD TEXTILE, 275 7TH AVE FL 11, NEW YORK, NY 10001-6708

10925    NO JERSEY JOINT BOARD TEXTILE, 4810 KENNEDY BLVD, UNION CITY, NJ 07087-2715

10924    NO LONGER A BUSINESS ADDRESS, CAMBRIDGE, MA 02140

10925    NO METRO RADIO ASSOC-PUTNAM, PO BOX 30000/DEPT 5057, HARTFORD, CT 06150-5057

10925    NO ON I-695, 1605 - 116TH AVE NE, BELLEVUE, WA 98004-3034

10924    NO TOUCH NORTH AMERICA, 20472 CRESCENT BAY DRIVE, LAKE FOREST, CA 92630-8817

10925    NO. AMERICAN SYSTEMS INTL, 9201 E. BLOOMINGTON FRWY, BLOOMINGTON, MN 55420

10924    NO. DAKOTA STATE UNIVERSITY, COMPUTER CENTER, FARGO, ND 58102

10925    NO. JERSEY JOINT BOARD TEXTILE WRKR, UNION OF AMERICA AFLCIO, 4810 KENNEDY BLVD., UNION CITY, NJ 07087-2715

10925    NO.JERSEY JOINT BOARD TEXTILE, 275 7TH AVE 11TH FL, NEW YORK, NY 10001

10925    NOAA NATIONAL DATA CENTERS, PO BOX 70169, CHICAGO, IL 60673-0169

10925    NOAA, NATIONAL OCEAN SERVICE N/ACC3, RIVERDALE, MD 20737-1199

10925    NOAA, NATIONAL OCEAN SERVICE, RIVERDALE, MD 20737-1199

10925    NOAH PELL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924    NOAH TECHNOLOGIES, 1 NOAH PARK, SAN ANTONIO, TX 78249-3419

10925    NOAH, LEWIS, 107 GREER CT, GREER, SC 29650

10925    NOBBS, DOUGLAS, 8 ERICK DRIVE, DOVER, NH 03820

10925    NOBEL, 300 SOUTH RIVERSIDE PLACE, CHICAGO, IL 60606

10925    NOBEL, AKZO, PO BOX 905361, CHARLOTTE, NC 28290-5361

10925    NOBEL, HEDWIG, 12800 SW 80TH AVE, MIAMI, FL 33156

10925    NOBIS, CHERANNE, 8330 N 19TH AVE APT 2008, PHOENIX, AZ 85021

10925    NOBIS, CRYSTAL, 553 NEAL ST, PLEASANTON, CA 94566

10925    NOBLE ELECTRIC,INC, 912 MONTANA AVE., LIBBY, MT 59923

10925    NOBLE EXCAVATING INC, PO BOX 1592, LIBBY, MT 59923-1592

10925    NOBLE HOOD & DUCT CLEANING CO, 51 ELLINGTON ROAD, TEWKSBURY, MA 01876

10925    NOBLE JONES, PO BOX 5661, LAKELAND, FL 33807

10924    NOBLE OIL SERV INCORP, 5617 CLYDE RHYNE DR, SANFORD, NC 27330

10924    NOBLE OIL SERVICES, INC., 5617 CLYDE RHYNE DR., SANFORD, NC 27330

10925    NOBLE, DANIEL, 20 SUNRISE COURT WAHMETA, WINTER HAVEN, FL 33880-5950

10925    NOBLE, DONALD, 2321 NW BON COLONY CT, STUART, FL 34994

10925    NOBLE, DOROTHY, 78 AVE B, LIBBY, MT 59923

10925    NOBLE, ELDRED, 3716 HATCH, BIG SPRING, TX 79720

10925    NOBLE, ELIZABETH, 5025 SE 35TH AVE, OCALA, FL 34480

10925    NOBLE, FRANCES, 324 R COUNTRY WAY, SCITUATE, MA 02066

10925    NOBLE, GILLETTE, 58 SEMINOLE ROAD, ACTON, MA 01720-2523

10925    NOBLE, JOI, 451 E LINCOLN ST, CARSON, CA 90745

10925    NOBLE, MICHAEL, 6797 FARM TO MARKET ROAD, LIBBY, MT 59923

10925    NOBLE, ROBERT, 2335 ERA ADAMS DRIVE, RENO, NV 89509

10925    NOBLE, ROGER, RT 2, BOX 66, BURKEVILLE, TX 75932

10925    NOBLE, STEVEN, 15 ELM ST, QUAKERTOWN, PA 18951

10925    NOBLE, WILLIAM, 756 FOREST ROAD, TROY, MT 59935

10925    NOBLES, ABIGAIL, 1637 TALLWOOD, BATON ROUGE, LA 70816

10925    NOBLES, EDDIE, RT. 2 BOX 256, BYRON, GA 31008

10925    NOBLES, MARY, 907 4TH AVE W, PALMETTO, FL 34221

10925    NOBLES, WILLIAM, PO BOX 5961, PEARL, MS 39288

10925    NOBLES, WILLILE, RT 1, BOX 632, CITRONELLE, AL 36522

10925    NOBLIT, MICHAEL, PO BOX 55, EAU CLAIRE, PA 16030

10925    NOBLITT, CHERYL, 7944 TIMBERRIDGE, INDIANAPOLIS, IN 46201

10925    NOBLITT, DANIEL, 18 W BALBACH AVE, NEW CASTLE, DE 19720

10925    NOBOA, MARTHA, 609 WEST 137TH ST, 65, NEW YORK, NY 10031

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NOBUO MIZOTA, 1725 MT PLEASANT RD, SAN JOSE, CA 95148-1418

10925    NOCA ARTS, 27 NORRIS ST, CAMBRIDGE, MA 02140

10925    NOCCO, KELLY, 4990 KINGSWOOD DRIVE, CARMEL, IN 46033

10925    NOCES, ANN, 808 BLACKSPUR DR., SUISUN, CA 94585

10924    NOCIL, INDUSTRIES LIMITED, MAPATLAL CENTER, NARIMAN PT BOMBAY, 0INDIA          *VIA Deutsche Post*

10925    NOCITO, KAREN, PO BOX 2671, WOBURN, MA 01888

10925    NOCK, CHARLES, PO BOX 118, GARY, TX 75643

10925    NOCUM, MARIA, 307 STEGMAN PKWY, JERSEY CITY, NJ 07304

10924    NODAK BLOCK CEMENTINC, ROUTE 7 BOX 186, JAMESTOWN, ND 58401

10924    NODAK INSURANCE, 1ST AVENUE NORTH AND 11THH STREET, FARGO, ND 58103

10925    NODEAN, DEANNA, PO BOX 325, AMANA, IA 52203

10925    NOE, CHARLIE, 671 TUCKER ST, CRAIG, CO 81625

10925    NOE, CONNIE, 5450 LIME TREE DR, SOUTHAVEN, MS 38671

10925    NOE, JAKE, 5001 SEA STAR LANE, BAKERSFIELD, CA 93309

10925    NOE, SHELIA, 107 WILLIAMS ROAD, TAYLORS, SC 29687

10925    NOECKER, LINDA, BOWMANSVILLE ROAD, PO BOX 676, ADAMSTOWN, PA 19501

10925    NOEL G STOCKER &, STELLA C STOCKER JT TEN, 6313 NORTH 11TH RD, ARLINGTON, VA 22205-
1717

10925    NOEL P ATHERTON, 31 KINGSBORO LN, FAIRFIELD GLADE, TN 38558-6452

10925    NOEL STEPHEN HANSON, RRT 1 BOX 35, CONCORDIA, KS 66901

10925    NOEL, ADVIE, 11 ERNEST AVE, HYDE PARK, MA 02136

10925    NOEL, CHARISSE, 16824 ASBURY PARK, DETROIT, MI 48235

10925    NOEL, DAVID, 4001 PELHAM RD AP 284, GREER, SC 29650

10925    NOEL, DON, RT. 1 BOX 200, ODESSA, TX 79765

10925    NOEL, JOSEPH, PO BOX 664, DOUGLAS, WY 82633-0664

10925    NOEL, LONNIE, 1209 ROOSEVELT ST., ESCONDIDO, CA 92027

10925    NOEL, NETA, PO BOX 664, DOUGLAS, WY 82633-0664

10925    NOEL, RONALD, HC 63, BOX 3486, SNOWFLAKE, AZ 85937

10925    NOEL, SUSAN, 219 HEDGEWOOD TERRACE, GREER, SC 29650

10925    NOEUN, NIZZA, 332 BLACKHAWK DRIVE, CHARLOTTE, NC 28213

10925    NOFFZ, WILLIAM, 102 WHISPERING WAY, LAURENS, SC 29360

10925    NOFSINGER, 9400 WARD PKWY, KANSAS CITY, MN 64114-3319

10925    NOGA, EVELYN, 706 EL RANCHO DRIVE, FT. PIERCE, FL 34982

10924    NOGALES FORWARDING WAREHOUSE, 975 N. INDUSTRIAL PARK, NOGALES, AZ 85621

10925    NOGAY, CLAUDE WILLI, 3418 CHEVERLY AVE., CHEVERLY, MD 20785

10925    NOGELO, A MILES, 19 WASHINGTON DR, SUDBURY, MA 01776

10925    NOGELO, LAURA, 19 WASHINGTON DRIVE, SUDBURY, MA 01776

10925    NOGGLE, ERVEN, 10714 HW133 LT 21, CASSVILLE, WI 53806

10925    NOGGLER, BEVERLY, 3920 S. BELL # 143, AMARILLO, TX 79109

10925    NOGUEIRA, ROBYN, 56 OLETREE RD, PEMBROKE, MA 02359

10925    NOHL ELECTRICAL PRODUCTS CORP., 5901 W. BENDER CT., MILWAUKEE, WI 53218-1610

10924    NOISE POLLUTION CONTROL, 213 WHITSETT RD., NASHVILLE, TN 37210

10924    NOISE POLLUTION CONTROL, 213 WHITSETT ROAD, NASHVILLE, TN 37210

10925    NOISETTE, LOUIS, 441 HUGER ST, N. CHARLESTON, SC 29403

10924    NOKIA CORPOORATE HEADQUARTERS, INTERSECTION OF HWY. 114 & HWY., IRVING, TX 75060

10924    NOKIA CORPORATE HEADQUARTERS, INTERSECTION OF HWY. 114 & HWY. 161, IRVING, TX 75060

10924    NOKIA HEADQUARTERS, 6021 CONNECTION DRIVE, IRVING, TX 75039

10924    NOKIA MOBILE PHONE MANUFACTURING, 1400 VICKERY, FORT WORTH, TX 76100

10924    NOKIA MOBILE PHONE MANUFACTURING, FACILITY C/O TRUE FIREPROOOFING, FORT WORTH, TX
76100

10925    NOLA M PREISSIG, 416 WALNUT AVE, JACKSON, TN 38301-4349

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NOLA PREISSIG, 416 WALNUT, JACKSON, TN 38301-4349

10925    NOLAN & HYNES, PO BOX 704, WOODBRIDGE, NJ 07095

10925    NOLAN PLUMHOFF WILLIAMS CHARTERED, 210 WEST PENNSYLVANIA AVE, SUITE 700 COURT TOWERS, TOWSON, MD 21204-5340

10925    NOLAN R JONES, PO BOX 526, BOOTHVILLE, LA 70038-0526

10925    NOLAN, ANNE, 7801 GATESHEAD LA, MANASSAS, VA 22110

10925    NOLAN, CECILE, 549 W BROMPTON, CHICAGO, IL 60657

10925    NOLAN, JEANETTE M., 455 CATAMARAN DR #43, MERRITT ISLAND, FL 32952

10925    NOLAN, JONATHAN, 3A AVE, SALEM, NH 03079

10925    NOLAN, JOSEPH, N4321 CTY TK U, DE PERE, WI 54115

10925    NOLAN, MICHAEL, 5162 CANOGA, MONTCLAIR, CA 91763

10925    NOLAN, MICHAEL, N4347 CTY RD U, DE PERE, WI 54115

10925    NOLAN, MILLICENT, 7829 A RENAISSANCE, CHARLOTTE, NC 28226

10925    NOLAN, PETER, 6400 31ST NW, WASHINGTON, DC 20015

10925    NOLAN, PLUMHOFF & WILLIAMS, 210 WEST PENNSYLVANIA AVE, TOWSON, MD 21204-5340

10925    NOLAN, ROBERT, 4730 HILTON ROAD, SCHNECKSVILLE, PA 18078

10925    NOLAN, RUSTY, 606 21ST ST WEST, CHARLESTON, WV 25312

10925    NOLAN, STEPHANIE, MAGNOLIA CT APT 19A, BERGENFIELD, NJ 07621

10925    NOLAN, TAMMY, 105 CHAPEL, BEAVERVILLE, IL 60912

10924    NOLAND COMPANY, 2508 PAPER MILL RD, WINCHESTER, VA 22601

10924    NOLAND COMPANY, 2510 BELLWOOD RD, RICHMOND, VA 23237

10924    NOLAND COMPANY, 2700 WARWICK BOULEVARD, NEWPORT NEWS, VA 23607

10924    NOLAND COMPANY, 616 CHURCH ST. NE, DECATUR, AL 35602

10925    NOLAND COMPANY, 717 UNION ST, SPARTANBURG, SC 29306

10925    NOLAND, BILL, 305 GOVERNMENT ST, WETUMPKA, AL 36092

10925    NOLAND, VICTOR, 1326 SPARROWS WALK, NORCROSS, GA 30093

10925    NOLASCO, IVETTE, 214 BLG 4T-25, RIO PIEDRAS, PR 00926

10925    NOLDS OFFICE PRODUCTS, 7647 W 63RD ST, SUMMIT, IL 60501

10925    NOLDS OFFICE PRODUCTS, 7647 W. 63RD ST, SUMMIT, IL 60501

10924    NOLEN H COPE INC, BOX 830, LAMESA, TX 79331

10925    NOLEN, CARLTON, 4202 WEST MARTIN ST, MILWAUKEE, WI 53208

10925    NOLEN, CARLTON, 4953 N. 65TH ST, MILWAUKEE, WI 53218

10925    NOLEN, KATHY, 589 SAMPSEL RD, GREENWICH, OH 44837

10925    NOLEN, MICHAEL, BOX 672, ARKANSAS PASS, TX 78336

10925    NOLEN, PETER, 207 CHAPMAN ST, CANTON, MA 02021

10925    NOLES, LANCE, 295 OAK RIDGE TR, FAYETTEVILLE, GA 30214

10925    NOLIN, MILDRED, 1675 NORTH TATE AVE, BARTOW, FL 33830-3147

10925    NOLL INC, 2120 S 72ND ST SUITE 900, OMAHA, NE 68124-2341

10924    NOLLABS, PENN STATE UNIVERSITY, UNIVERSITY PARK, PA 16802

10925    NOLLER, PATRICIA, 202 MONTCLAIR AVE, BARNEGAT, NJ 08005

10925    NOLLETT, DAVID, 2801 POULIOT PLACE, WILMINGTON, MA 01887

10925    NOLLEY, ALISON, 2807 MISTY WATERS 16, DECATUR, GA 30032

10925    NOLLEY, KIMBERLY, 2807 MISTY WATER #16, DECATUR, GA 30032

10925    NOLLEY, RICKY, 2922 JENNINGS DR, MOBILE, AL 36606

10925    NOLLEY, TRACY, 1738 TEXAS ST., NATCHITOCHES, LA 71457

10925    NOLLIDO, JORGE, 68 OLD WESTERN HWY, BLAUVELT, NY 10913

10925    NOLTE, GEOFFREY, 1808 CLEVELAND ST, MIAMI, OK 74354

10925    NOLTE, WILLIAM, PO BOX 511, SHEFFIELD, IA 50475

10925    NOL-TEC SYSTEMS INC, 425 APOLLO DRIVE, LINO LAKES, MN 55014

10925    NOL-TEC SYSTEMS INC, SDS 12-1409, PO BOX 86, MINNEAPOLIS, MN 55486-1409

10925    NOL-TEC SYSTEMS, INC, 425 APOLLO DR., LINO LAKES, MN 55014

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NOLTEE, WILLIAM, 551 HOMECREST DRIVE, AMHERST, NY 14226 | |
| 10925 | NOLTING, ELISABETH A, BRACKETTS RT 3, BOX 1410, TREVILIANS, VA 23093-0000 | |
| 10925 | NOMBERG, B, 405 SIERRA S.E., ALBUQUERQUE, NM 87108 | |
| 10925 | NOMER JR, HAROLD A, 2717 P POST ROAD, WAKEFIELD, RI 02879-7555 | |
| 10925 | NOMER, HAROLD, 2717 P PERRY HWY, WAKEFIELD, RI 02879 | |
| 10925 | NOMURA JIMUSHO, INC, BUSSAN BLDG. ANNEX, MINATO-KU, TOKYO105JAPAN | *VIA Deutsche Post* |
| 10924 | NOMURA JIMUSHO, INC., BUSSAN BLDG. ANNEX, 1-15, NISHISHBASHI 1-CHOME, TOKYO, 99999JPN | *VIA Deutsche Post* |
| 10925 | NON METALLIC RESOURCES, 8375 ZIEGLER BLVD, MOBILE, AL 36608 | |
| 10925 | NO-NAME BAR-B-Q, INC, 101 S.TATAR, PASADENA, TX 77506 | |
| 10925 | NONUS, PETE, 9609 NE 116 AVE, VANCOUVER, WA 98662 | |
| 10924 | NOODLE KIDOODLE, 105 PRICE PARKWAY, FARMINGDALE, NY 11735 | |
| 10925 | NOONAN, DARLENE, 3938 SHERWOOD FOREST, DALLAS, TX 75220 | |
| 10925 | NOONAN, DAWN, 8330 N 19TH AVE, PHOENIX, AZ 85021 | |
| 10925 | NOONAN, HARRIET, 8 FITZ ROAD, PEABODY, MA 01960 | |
| 10925 | NOONE, STEPHEN, 61 WASHINGTON DR, ACTON, MA 01720 | |
| 10925 | NOONKESTER, TIMOTHY, RT 5 BOX 80-BB, CORSICANA, TX 75110 | |
| 10924 | NOR CAL, 1534 COPPERHILL ROAD, SANTA ROSA, CA 95401 | |
| 10924 | NOR COTE, 605 LAFAYETTE AVENUE, CRAWFORDSVILLE, IN 47933 | |
| 10924 | NOR COTE, PO BOX 668, CRAWFORDSVILLE, IN 47933 | |
| 10925 | NORA L TIGHE, 9000 SHORE ROAD APT 14-B EAST, BROOKLYN, NY 11209-5449 | |
| 10925 | NORA PE, FRANK R, PO BOX 479, MIDDLESEX, NJ 08846-0479 | |
| 10925 | NORA R WEBER, 80-35 188TH ST, JAMAICA ESTATES, NY 11423-1028 | |
| 10924 | NORAMCO, INC., C/O WARCO CONSTRUCTION, 1440 OLYMPIC DRIVE, ATHENS, GA 30608 | |
| 10925 | NORANDA DUPONT LLC, CUSTOMER SERVICE CENTER B-15, WILMINGTON, DE 19898 | |
| 10925 | NORANDA DUPONT LLC, PO BOX 8500-S3420, PHILADELPHIA, PA 19178 | |
| 10925 | NORANDA DUPONT, LLC, 5 CHRISTY DR., BRANDYWINE II BLDG, CHADDS FORD, PA 19317 | |
| 10925 | NORANDA DUPONT, PO BOX 905552, CHARLOTTE, NC 28290-5552 | |
| 10925 | NORANDA INC, 220 DUROCHER AVE, MONTREAL EST, QC H1B 5H6CANADA | *VIA Deutsche Post* |
| 10925 | NORAT, MARTHA, PO BOX 392, COAMO, PR 00769 | |
| 10925 | NORBECK, RUTH A, 1081 STRICKLAND, FAYETTEVILLE NC, NC 28304 | |
| 10925 | NORBERT ANDREWS, 5058 DRUMMOND, CHICAGO, IL 60639-1602 | |
| 10925 | NORBERT C MATOSKA &, CAROLYN C MATOSKA JT TEN, 904 42ND ST, KENOSHA, WI 53140-2812 | |
| 10925 | NORBERT, MOES, 1352 SUNRAY LA, GREEN BAY, WI 54313 | |
| 10925 | NORBY, JOHN J, 1165 HELEN WYNN, EL PASO, TX 79936 | |
| 10925 | NORBY, JOHN, 11651 HELEN WYNN CT, EL PASO, TX 79936 | |
| 10924 | NORCAL BUILDING MATERIALS, 1534 COPPER HILL PKWY., SANTA ROSA, CA 95401 | |
| 10924 | NORCAL BUILDING MATERIALS, 3995 SEBASTOBOL RD., SANTA ROSA, CA 95401 | |
| 10924 | NORCAL BUILDING MATERIALS, 975 W. NAPA STREET, SONOMA, CA 95476 | |
| 10924 | NORCAL ELECTRIC SUPPLY, 10338 RIVER PARK PLACE, TRUCKEE, CA 96160 | |
| 10924 | NOR-CAL READY MIX INC, 3600 WILBUR AVE, ANTIOCH, CA 94509 | |
| 10925 | NORCAL WASTE SERVICES INC, 901 S MAPLE AVE, MONTEBELLO, CA 90640-5411 | |
| 10925 | NORCAL WASTE SERVICES,INC, 3514 EMERY ST, LOS ANGELES, CA 90023-3908 | |
| 10925 | NORCHEM CONCRETE PRODUCTS INC., PO BOX 19169, NEWARK, NJ 07195-0169 | |
| 10925 | NORCHEM CONCRETE PRODUCTS, INC, PO BOX 19169, NEWARK, NJ 07195-0169 | |
| 10924 | NORCHEM INDUSTRIAL CORPORATION, 15470 S. ROUNDTABLE ROAD, FORT LAUDERDALE, FL 33331 | |
| 10924 | NORCHEM INDUSTRIAL CORPORATION, 2929 NW 73RD STREET, MIAMI, FL 33147 | |
| 10925 | NORCIO, SHEILA, 23209 BOCA CLUB COLONY CIRCLE, BOCA RATON, FL 33433 | |
| 10924 | NORCO REFINING COMPANY, 15536 RIVER ROAD, NORCO, LA 70079 | |
| 10924 | NORCO REFINING, MOTIVA, PO BOX 196, CONVENT, LA 70723 | |
| 10924 | NORCO VALLEY SCHOOL, 3RD AND CAMPUS, NORCO, CA 91760 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NORCON SYSTEMS, INC, 1245 S. HIGHLAND AVE., LOMBARD, IL 60148 | |
| 10924 | NORCROSS SAFETY PRODUCTS L.L.C., 2ND STREET, ROCK ISLAND, IL 61201 | |
| 10925 | NORCROSS TAG CO INC, POBOX 309, JEFFERSON, GA 30549-0309 | |
| 10925 | NORD/LB, 1270 AVE OF THE AMERICAS, NEW YORK, NY 10020 | |
| 10925 | NORDDEUTSCHE LANDESBANK GIROZENTRA, 1270 AVE OF THE AMERICAS, NEW YORK, NY 10020 | |
| 10925 | NORDER, EIMO, 1926 E 2400 N RD, WATSEKA, IL 60970 | |
| 10925 | NORDHOFF, HELEN LILLEY, 2610 FOOTHILL RD, SANTA BARBARA, CA 93105-2151 | |
| 10925 | NORDIC HILLS RESORT, 21 WEST 240 NORDIC RD, ITASCA, IL 60143 | |
| 10925 | NORDLAND/BARRETO GRAPHICS, POBOX 222, HARRINGTON PARK, NJ 07640 | |
| 10925 | NORDLANDER, RUTH H, 1545 BARRINGTON DR, UPPER ARLINGTON, OH 43221-3836 | |
| 10925 | NORDSON CORP, PO BOX 101385, ATLANTA, GA 30392 | |
| 10925 | NORDSON CORP., 11475 LAKEFIELD DR, DULUTH, GA 30155 | |
| 10925 | NORDSON CORPORATION, PO BOX 101385, ATLANTA, GA 30392 | |
| 10924 | NORDSTORM'S, FRANCIS ST. & HOYT ST., PROVIDENCE, RI 02903 | |
| 10924 | NORDSTROM DEPARTMENT STORE, 1101 MELBORNE ROAD  SUITE 400, HURST, TX 76053 | |
| 10924 | NORDSTROM PARK MEADOWS MALL, 8490 S. YOSEMITE ST., LITTLETON, CO 80124 | |
| 10924 | NORDSTROM, 2852 WEST BIG BEAVER ROAD, TROY, MI 48084 | |
| 10924 | NORDSTROM, 5820 GLADES ROAD, BOCA RATON, FL 33431 | |
| 10925 | NORDSTROM, DOREEN, 2950 OLIVEWOOD , 108, BOCA RATON, FL 33431 | |
| 10924 | NORDSTROMS, 2613 PRESTON ROAD, FRISCO, TX 75034 | |
| 10924 | NORDSTROM'S, 55 E. GRAND AVENUE, CHICAGO, IL 60611 | |
| 10924 | NORDSTROMS, C/O E. PATTI & SONS, ROOSEVELT MALLS, GARDEN CITY, NY 11530 | |
| 10924 | NORDSTROMS/EDWARDS, C/O THOMPSONS BUILDING MATERIALS, COSTA MESA, CA 92627 | |
| 10925 | NORDYKE, LORI, 6272 GUUSON COURT, PLEASANTON, CA 94588 | |
| 10925 | NOREAST ELECTRONICS LIMITED, INTERNATIONAL BRIDGE PLAZA, BLDG 6, ROUTE 37, ROOSEVELTOWN, NY 13683 | |
| 10925 | NOREAST ELECTRONICS, 1175 TUPPER ST, HAWKESBURY, ON K6A 2R4CANADA | *VIA Deutsche Post* |
| 10925 | NOREEN JT TEN, FREDERICK B & MEREDITH H, 1841 ARGONNE DR, WALNUT CREEK, CA 94598-1202 | |
| 10925 | NOREL SERVICE CO INC, 16 CHERRY ST, CAMBRIDGE, MA 02139 | |
| 10925 | NOREL SERVICE CO. INC., 16 CHERRY ST, CAMBRIDGE, MA 02139 | |
| 10925 | NORESCO, 111 SPEEN ST, FRAMINGHAM, MA 01701 | |
| 10925 | NORFALCO LLC, 6050 OAK TREE BLVD STE 190, INDEPENDENCE, OH 44131 | |
| 10925 | NORFIELD CORPORATION, 36 KENOSIA AVE, DANBURY, CT 06810 | |
| 10925 | NORFLIS, HELEN, 309 BRISTOL BLVD., SAN LEANDRO, CA 94577 | |
| 10924 | NORFOLK JUVENILE DETENTION CENTER, 1325 CHILD CARE COURT, NORFOLK, VA 23501 | |
| 10925 | NORFOLK NAVAL SHIPYARD, ACCOUNTS PAYABLE, PORTSMOUTH, VA 23709 | |
| 10924 | NORFOLK NAVAL SHIPYARD, RECEIVING OFFICER, BUILDING #276, PORTSMOUTH, VA 23709-5000 | |
| 10924 | NORFOLK NAVEL SHIPYARD, INVOICES 610.13, PORTSMOUTH, VA 23709 | |
| 10925 | NORFOLK SOUTHERN CORP. LAW DEPT, 3 COMMERCIAL PLACE, NORFOLK, VA 23510-2191 | |
| 10925 | NORFOLK SOUTHERN CORP., PO BOX 945503, ATLANTA, GA 30394-5503 | |
| 10925 | NORFOLK SOUTHERN RAILROAD - LAW DEP, MR BLAIR WINBUSH, THREE COMMERICAL PLACE, NORFOLK, VA 23510-2191 | |
| 10925 | NORFOLK SOUTHERN RAILWAY CO SOUTHE, A GAYLE JORDAN GENERAL SOLICITOR -, | |
| 10925 | NORFOLK SOUTHERN RAILWAY CO., CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | NORFOLK SOUTHERN, PO BOX 75623, CHARLOTTE, NC 28275 | |
| 10925 | NORGREEN CORP, PO BOX 768148, ROSWELL, GA 30076 | |
| 10925 | NORGREEN CORPORATION, PO BOX 768148, ROSWELL, GA 30076 | |
| 10925 | NORHEIM, GERHARD, 118 GEORGE ST, MARKDALE, ON N0C1H0CANADA | *VIA Deutsche Post* |
| 10925 | NORHEIM, JACOBA, 1641 BOB-O-LINKWAY, NANAIMO, BC VGS 2P7CANADA | *VIA Deutsche Post* |
| 10925 | NORHTEASTERN UNIVERSITY, 254 RICHARDS HALL, BOSTON, MA 02115 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   NORHTERN MARINE & GENERAL CONTRACT., DAWSON CONSTRUCTION, C/O ALASKA MARINE LINES, JUNEAU, AK 99801

10924   NORHTERN MARINE/BELLINGHAM H.S., 2020 CORNWELL, BELLINGHAM, WA 98225

10925   NORIA CORPORATION, 2705 E. SKELLY DR, TULSA, OK 74105

10925   NORIAN, ROBERT, 1077 WILDWOOD ROAD, ORADELL, NJ 07649-1339

10925   NORIEGA & ALEXANDER, PO BOX 1431, BAKERSFIELD, CA 93302

10925   NORIEGA, DAVID, 470 PALOS VERDES BLVD, REDONDO BEACH, CA 90277

10925   NORIEGA, JUAN, 7210 GLEN POINT, SAN ANTONIO, TX 78239

10925   NORIEGA, SONIA, 74 NORTH COLE AVE, SPRING VALLEY, NY 10977

10925   NORIKUS, LEO, 6235 4TH PLACE, VERO BEACH, FL 32962-9232

10924   NOR-INDUSTRIES, 600 MEADOWLANDS PKY. #20-21B, SECAUCUS, NJ 07094

10924   NORISIOUX, INC., 3436 S. 56TH STREET W, BILLINGS, MT 59106

10925   NORITTA A RUEHL, 18 BLOSSOM DR, COLD SPRING, KY 41076-1911

10925   NORKETT, TERRI, 3728 DUFFIN DR., CHARLOTTE, NC 28215

10924   NORLAND PRODUCTS, 695 JOYCE KILMER AVE, NEW BRUNSWICK, NJ 08902

10925   NORLICO CORP, 153 LAFAYETTE RD, HAMPTON FALLS, NH 03844

10925   NORLICO CORP, PO BOX 225, HAMPTON FALLS, NH 03844

10925   NORLUND, LYDIA, 1706 OAK CIRCLE, BLUE SPRINGS, MO 64014

10925   NORM LEGRAND, 5604 S. NATOMA, CHICAGO, IL 60638

10925   NORM PERKINS, PO BOX 1679, PLYMOUTH, MA 02362

10925   NORM WILSON & SONS INC, 8125 SOMERSET BLVD, PARAMOUNT, CA 90723

10925   NORMA E CONNER &, PAUL B CONNER II JT TEN, 215 CONSTANT AVE, STATEN ISLAND, NY 10314-2365

10925   NORMA E NOLL &, LLOYD E NOLL JT TEN, 25876 LIMIT, WINCHESTER, KS 66097-3007

10925   NORMA F TAPPER, 419 W 2ND ST, HAZLETON, PA 18201-5057

10925   NORMA J JANULEWICZ, RR 1 BOX 149 D, LOUP CITY, NE 68853-9765

10925   NORMA LYNCH, 1914 PRIMROSE LANE, CARROLLTON, TX 75007-3114

10925   NORMA M BEECHAM, 1108 SO OFF, EL RENO, OK 73036

10925   NORMA M SMITH CUTRIGHT, 413 N OPAL, CASEY, IL 62420-1427

10925   NORMA MARIE FLYNN, 107 PLEASANT HILL RD, CHELTERHAM, PA 19012-1028

10925   NORMA R MANN & CARL K MANN TR UA, JUL 24 90 NORMA R MANN, 5115 TOWNE SOUTH ROAD, ST LOUIS, MO 63128-2958

10925   NORMA SUE CREATIONS, 108 E. PATAPSCO AVE., BALTIMORE, MD 21225

10925   NORMA T MEYERJACK, 2215 ASHLAR VILLAGE, WALLINGFORD, CT 06492-3077

10925   NORMAN A DION &, EDYTHE V DION &, SHERRI A CUMMINGS JT TEN, 7 WINTER ST, CLAREMONT, NH 03743-2390

10925   NORMAN AUDIO-VISUAL, 912 CENTRAL AVE., CHARLOTTE, NC 28204

10925   NORMAN BOBROW & CO, 310 MADISON AVE, NEW YORK, NY 10018

10925   NORMAN BOBROW & CO., 310 MADISON AVE., NEW YORK, NY 10017

10925   NORMAN BOWEN &, CHARLOTTE BOWEN JT TEN, PO BOX 175, ROCK CREEK, OH 44084-0175

10924   NORMAN BROTHERS MATERIALS, PO BOX2794, WEST HELENA, AR 72390

10925   NORMAN C ALT, 1070 BOSTON POST RD, RYE, NY 10580-2902

10925   NORMAN C ALT, 7500 GRACE DR, COLUMBIA, MD 21044

10925   NORMAN C DIXON &, ALBERTA M DIXON JT TEN, 5100 MILBURN RD, ST LOUIS, MO 63129-2539

10925   NORMAN C LEAMON, 1267 DERBY DR, COHUTTA, GA 30710-7718

10925   NORMAN C LINDSTROM, 4 BELCHER LANE, FOXBORO, MA 02035-2636

10925   NORMAN C PETERSON, 17732 CADDY DR, DERWOOD, MD 20855-1002

10925   NORMAN C. ALT, 28 WOODLAND AVE, BRONXVILLE, NY 10708

10925   NORMAN D NELSON, 129 TAMARACK DR, BOLINGBROOK, IL 60440-2742

10925   NORMAN D STEVENS &, WENDY K STEVENS JT TEN, 3115 HASTINGS AVE, PORT TOWNSEND, WA 98368-5939

10925   NORMAN EQUIPMENT COMPANY, 135 S. LASALLE - DEPT. 3209, CHICAGO, IL 60674-3209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NORMAN EQUIPMENT COMPANY, 135 S. LASALLE DEPT. 3209, CHICAGO, IL 60674-3209 | |
| 10925 | NORMAN EQUIPMENT COMPANY, 135 W LASALLE DEPT 3209, CHICAGO, IL 60674-3209 | |
| 10925 | NORMAN EQUIPMENT COMPANY, PO BOX 1349, BRIDGEVIEW, IL 60455 | |
| 10925 | NORMAN EQUIPMENT, 9850 SOUTH INDUSTRIAL DR, BRIDGEVIEW, IL 60455 | |
| 10925 | NORMAN F CROWELL TR UA FEB 21 89, THE CROWELL FAMILY TRUST B, 1800 EARLY DR, FELTON, CA 95018-9507 | |
| 10925 | NORMAN FILTER COMPANY, 135 S LASALLE DEPT 3394, CHICAGO, IL 60674-3394 | |
| 10925 | NORMAN H KUHLMAN, 1125 NEIL AVE, ST MARTS, OH 45885-1552 | |
| 10925 | NORMAN HARRY SINCLAIR &, LORENE L SINCLAIR & MARY ELLA, PAYNE & RONALD JOSEPH SINCLAIR &, WILLIAM ROGER SINCLAIR JT TEN, 466 S EVERGREEN LN, WICHITA, KS 67209-1758 | |
| 10925 | NORMAN HIRSCHL, PO BOX 198, WEST STOCKBRIDGE, MA 01266-0198 | |
| 10925 | NORMAN III, WILLIAM, 7001 CALDWELL LANE, PLANO, TX 75025 | |
| 10925 | NORMAN J JENSEN, 14237 ACORN TRAIL, FARLBAULT, MN 55021-7317 | |
| 10925 | NORMAN J PROVOST &, ROSE MARGARET PROVOST JT TEN, 4486 ZARAHEMLA DR, SALT LAKE CITY, UT 84124-4037 | |
| 10925 | NORMAN L. LAINE, 15013 WESTBURY RD., ROCKVILLE, MD 20853 | |
| 10925 | NORMAN LACH &, PEGGY LACH JT TEN, RRT 1 BOX 331 B, MURPHYSBORO, IL 62966-0000 | |
| 10925 | NORMAN MACHINE TOOL LTD., 1311-1313 S. PONCA ST., BALTIMORE, MD 21224 | |
| 10925 | NORMAN MASONRY CO, 3559 DUNBAR CT, FREMONT, CA 94536 | |
| 10925 | NORMAN MICHAEL BOYAR, 22234 SESAME ST APT P, TORRANCE, CA 90502 | |
| 10925 | NORMAN MILLER, 76-37 172ND ST, FLUSHING, NY 11366-1408 | |
| 10925 | NORMAN MOPSIK LAW ASSOC, 3731 CANAL ST, NEW ORLEANS, LA 70119 | |
| 10924 | NORMAN POINT, 5601 GREEN VALLEY ROAD, BLOOMINGTON, MN 55438 | |
| 10925 | NORMAN R KING & ROSALIND KING, TR UA SEP 10 96 NORMAN R KING, LIVING TRUST, 14 MALLOW RD, EAST ROCKAWAY, NY 11518-2222 | |
| 10924 | NORMAN REGIONAL HOSPITAL, NORMAN, OK 73069 | |
| 10925 | NORMAN SANDERS, 1039 EAST 29TH ST, BROOKLYN, NY 11210-3743 | |
| 10925 | NORMAN STEINBERG, 409 WOLF ST, PHILADELPHIA, PA 19148-5710 | |
| 10925 | NORMAN STEPHEN LIEBERFREUND &, KARA MICHELLE LIEBERFREUND JT TEN, 27 CYNTHIA LANE, PLAINVIEW, NY 11803-5622 | |
| 10925 | NORMAN W BUNN AS CUSTODIAN FOR, DAVID E BUNN UNDER THE GEORGIA, UNIFORM TRANSFERS TO MINORS, ACT, 1224 WALNUT ST, NEWBERRY, SC 29108-3554 | |
| 10925 | NORMAN W BUNN CUST FOR, LAURA C BUNN, UNIF GIFT MIN ACT GA, 1224 WALNUT ST, NEWBERRY, SC 29108-3554 | |
| 10925 | NORMAN WHITE JR &, GLORIA LEE WHITE JT TEN, 324 WEST ARUNDEL RD, BALTIMORE, MD 21225-2625 | |
| 10925 | NORMAN, BRENDA, 7489 ROSEFIELD DR., NORFOLK, VA 23513 | |
| 10925 | NORMAN, CLARENCE, 2912 WHEELER ST, BARTOW, FL 33830 | |
| 10925 | NORMAN, CONNIE, 625 RAILROAD AVE, MOMENCE, IL 60954-1367 | |
| 10925 | NORMAN, DEBORAH, 13 EAST MILL COURT, TAYLORS, SC 29687 | |
| 10925 | NORMAN, DEBORAH, 4534 SINCLAIR AVE., MIDLAND, TX 79707 | |
| 10925 | NORMAN, DONNA, 5101 S DELAWARE ST, ENGLEWOOD, CO 80110 | |
| 10925 | NORMAN, EDWARD, 2402 CRYSTAL LAKE CI, MACON, GA 31206 | |
| 10925 | NORMAN, F, 8865 CHERRY WOOD COVE, CORDOVA, TN 38018 | |
| 10925 | NORMAN, GERALD, 4712 BURDSALL, SAGINAW, MI 48601 | |
| 10925 | NORMAN, JAMES, 1307 W BURTON ST, SULPHUR, LA 70663-0000 | |
| 10925 | NORMAN, JAMES, 716 LANFORD ROAD, WOODRUFF, SC 29388-0000 | |
| 10925 | NORMAN, JULIA, 203 BROOKLAWN DR, FOUNTAIN INN, SC 29644 | |
| 10925 | NORMAN, KARSHEANA, 1000 SEDGEFIELD ST., DURHAM, NC 27705 | |
| 10925 | NORMAN, KENYATTA, 501 SHARPE ST, WOODRUFF, SC 29388 | |
| 10925 | NORMAN, MACIE, 127 SWEENEY RD, SIMPSONVILLE, SC 29681 | |
| 10925 | NORMAN, PATRICK, 922 WEST OSTERHOUT, PORTAGE, MI 49081 | |
| 10925 | NORMAN, ROBERTA, 11441 W. 112TH TERR, OVERLAND PARK, KS 66210 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NORMAN, RUSSELL, 523 RAYMOND RD, CHESTER, NH 03036 | |
| 10925 | NORMAN, SHERMEIN, 359 LAKE DR APT#H, MARIETTA, GA 30060 | |
| 10925 | NORMAN, STEFANIE, 3516 OAKRIDGE, ODESSA, TX 79762 | |
| 10925 | NORMAN, STEVEN, 13 EAST MILL CT, TAYLORS, SC 29687 | |
| 10925 | NORMAN, WALTER, 4459 VASSAR, DEARBORN HGTS, MI 48125 | |
| 10925 | NORMAND, PIERRE F, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | NORMAND, PIERRE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | NORMAND, PIERRE-FRAN, 16 CENTRAL AVE, NEWTONVILLE, MA 02160 | |
| 10925 | NORMANDEAU ASSOC INC, DRAWER CS19-8575, ATLANTA, GA 30384-8575 | |
| 10925 | NORMANDIN, DAVID, 1445 4TH ST DRIVE, HICKORY, NC 28601 | |
| 10925 | NORMANDIN, TRACY, 26 VENDALE ST, BRODLINE, MA 02446 | |
| 10925 | NORMANN B NIELSEN 11, 1210 PASA TIEMPO WAY, SALINAS, CA 93901-1726 | |
| 10925 | NORMARK CORP., 10395 YELLOW CIRCLE DR., MINNETONKA, MN 55343 | |
| 10925 | NORMENT, J, 519 JENNINGS DRIVE, WILMINGTON, NC 28403 | |
| 10925 | NORONA, ROSALEE, 400 ORTEGA AVE #104, MOUNTAIN VIEW, CA 94040 | |
| 10925 | NORPLEX (ALLIEDSIGNAL), 1349 MOFFET PK DR, SUNNYVALE, CA 94089 | |
| 10925 | NORPOTH, LAWRENCE, 104 SUMMER CREEK CT, GREER, SC 29650 | |
| 10925 | NORR STIEFENHOFER & LUTZ, POSTFACH 101121, MUENCHEN, 80085GERMANY | *VIA Deutsche Post* |
| 10924 | NORRBACK SCHOOL, PICK UP @ NORWOOD WHSE, 505 UNIVERSITY AVE - BLDG. #3, NORWOOD, MA 02062 | |
| 10925 | NORRELL SERVICES INC., 3033 WEST JEFFERSON, JOLIET, IL 60435 | |
| 10925 | NORRELL, PO BOX 102178, ATLANTA, GA 30368 | |
| 10925 | NORRELL, SHELA, 2150 CARVILLE DRIVE, 6, RENO, NV 89512 | |
| 10925 | NORRENBERNS, 17649 MOCKINGBIRD RD, NASHVILLE, IL 62263 | |
| 10925 | NORRIS & SONS INC, PO BOX 71957, CHATTANOOGA, TN 37407 | |
| 10925 | NORRIS OIL CO, BERRY PETROLEUM CO, 5682 W PACIFIC COAST HWY, VENTURA, CA 93001 | |
| 10924 | NORRIS PRECISION MFG., INC., 4680-110TH AVENUE N., CLEARWATER, FL 33762 | |
| 10924 | NORRIS RADER, 3701 AVERY ISLAND RD., NEW IBERIA, LA 70560 | |
| 10924 | NORRIS RADERS BUILDING SUPPLY, 1801 RESS ST., BREAUX BRIDGE, LA 70517 | |
| 10924 | NORRIS RADERS BUILDING SUPPLY, P.O. BOX 10410, NEW IBERIA, LA 70562 | |
| 10924 | NORRIS RADERS BUILDING SUPPLY, P.O. DRAWER 10410, NEW IBERIA, LA 70562 | |
| 10925 | NORRIS SUPPLY CO, POBOX 5613 STA B, GREENVILLE, SC 29606 | |
| 10925 | NORRIS WINNER INC, 90 CHELMSFORD ROAD, NORTH BILLERICA, MA 01862 | |
| 10925 | NORRIS, ALBERT N, 16301 OAKMANOR, TAMPA FL, FL 33624 | |
| 10925 | NORRIS, ALLASON, 13716 WALKERS CRK DR, CHARLOTTE, NC 28273 | |
| 10925 | NORRIS, CECILIA, 1517 U ST, 2ND FL, WASHINGTON, DC 20009 | |
| 10925 | NORRIS, COURTNEY, 208 ARGO, SAN ANTIONO, TX 78209 | |
| 10925 | NORRIS, D, ROUTE 3, BOX 185, CARTHAGE, MO 64836 | |
| 10925 | NORRIS, DANNY, 1703 SOUTHLAKE COVE, JONESBORO, GA 30236 | |
| 10925 | NORRIS, DAVID, 739 B N NICKALSON, LONG BEACH, MS 39560 | |
| 10925 | NORRIS, DOLAN, 406 WINDEMERE ROAD, WILMINGTON, NC 28405 | |
| 10925 | NORRIS, DONALD, 2760 S. ROBERTSON ROAD, CASPER, WY 82604 | |
| 10925 | NORRIS, DOUGLAS, RT6 6125 CATHCART CIR, LAURENS, SC 29360 | |
| 10925 | NORRIS, DURWOOD, 1723 ELIZABETH, WICHITA FALLS, TX 76301 | |
| 10925 | NORRIS, EDWARD J, 10902 102ND AVE CT SW, TACOMA, WA 98498-2914 | |
| 10925 | NORRIS, JAMES, 106 NOLTON, WILLOW SPRING, IL 60480 | |
| 10925 | NORRIS, JANET, 204 ELMWOOD DRIVE, W MONROE, LA 71291 | |
| 10925 | NORRIS, JUDY, 3126 N W EXPRESSWAY, 182, OKLAHOMA CITY, OK 73112 | |
| 10925 | NORRIS, LARRY, 211 VALLEY DRIVE, IOWA PARK, TX 76367 | |
| 10925 | NORRIS, LISA, RT 1 BOX 1443, JEFFERSON, GA 30549 | |
| 10925 | NORRIS, MARK, 133 NAVAJO DR, AUBURN, PA 17922 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NORRIS, MARTIN, 1613 RIVERPARK AVE, WAGONER, OK 74467 | |
| 10925 | NORRIS, MARY, 10245 MARIA DR., FORT WORTH, TX 76108 | |
| 10925 | NORRIS, MELISHA, 3191 OLD WAGON ROAD, GREER, SC 29651 | |
| 10925 | NORRIS, PAUL J, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | NORRIS, PAUL, 12649 GOLDEN OAK DR, ELLICOTT CITY, MD 21042 | |
| 10925 | NORRIS, PAUL, RT 4 BOX 452, KNOX, IN 46534 | |
| 10925 | NORRIS, RONALD, 142 HORSESHOE ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | NORRIS, SHERYL, 4251 CURTIS AVE., LOUISVILLE, KY 40213 | |
| 10925 | NORRIS, TROY, 937 LEAWOOD, JOLIET, IL 60436 | |
| 10925 | NORRIS, WILLIAM, 374 TOMLIN MILL RD, OLIN, NC 28660 | |
| 10925 | NORRIS, WOODROW, 306 HILLANDALE RD, GREENVILLE, SC 29609-2301 | |
| 10925 | NORRISH, DEBBIE, 1290 HADDOCK DRIVE, RENO, NV 89512 | |
| 10925 | NORRIS-WEINER INC, 90 CHELMSFORD ROAD, NORTH BILLERICA, MA 01862 | |
| 10925 | NORRIS-WIENER INC, 90 CHELMSFORD RD, NORTH BILLERICA, MA 01862 | |
| 10924 | NORSIOUX, INC, 3436 S. 56TH STREET WEST, BILLINGS, MT 59106 | |
| 10924 | NORSTAN COMMUNICATIONS, 5101 SHADY OAK RD, MINNETONKA, MN 55343 | |
| 10925 | NORSTAR ENERGY LIMITED, PO BOX 2774, BUFFALO, NY 14240 | |
| 10925 | NORSTAR ENERGY LIMITED, POBOX 35101, NEWARK, NJ 07193-5101 | |
| 10924 | NORSTAT C.A., C/O CTRO. PROFESS'L LA URGINA, CARACAS, VENZUALA | *VIA Deutsche Post* |
| 10925 | NORSTONE INC, PO BOX 3, WYNCOTE, PA 19095 | |
| 10925 | NORSTONE, INC, 101 SURREY RD., MELROSE PARK, PA 19027-2931 | |
| 10925 | NORSTRAND, DONALD, 331 PEARL ROAD, SEYMOUR, TN 37865 | |
| 10925 | NORTECH CORPORATION, PO BOX 87, MIDLAND PARK, NJ 07432 | |
| 10924 | NORTECH INC., 2121 WARNER ROAD S.E., CANTON, OH 44707 | |
| 10924 | NORTECH INC., PO BOX20310, CANTON, OH 44701 | |
| 10924 | NORTEL   /CLANCEY & THEYS, 4001 E. NELSON CHAPEL HILL HWY, DURHAM, NC 27713 | |
| 10925 | NORTEL NETWORKS USA INC., 1100 TECHNOLOGY PARK DR., BILLERICA, MA 01821-5501 | |
| 10924 | NORTEL, 5405 WINDWARD PKWY, ALPHARETTA, GA 30201 | |
| 10925 | NORTEL, PO BOX 502765, SAINT LOUIS, MO 63150-2765 | |
| 10925 | NORTEL, PO BOX 75523, CHARLOTTE, NC 28275 | |
| 10925 | NORTEL, POBOX 502765, ST LOUIS, MO 63150-2765 | |
| 10925 | NORTELL, LARAINE, N. 1724 LACEY ST., SPOKANE, WA 99207 | |
| 10924 | NORTH ALABAMA LUMBER CO I, 2ND AVE & 20TH ST, JASPER, AL 35501 | |
| 10924 | NORTH ALABAMA LUMBER CO., INC., COMMERCE AVE., JASPER, AL 35501 | |
| 10924 | NORTH ALABAMA LUMBER CO., INC., HWY 78 WEST, SUMITON, AL 35148 | |
| 10924 | NORTH ALLEGHENY SCHOOL @ @, C/O EASLEY & RIVERS, PITTSBURGH, PA 15123 | |
| 10925 | NORTH AMERICAN CHILEAN, 220 EAST 81ST ST, NEW YORK, NY 10028 | |
| 10924 | NORTH AMERICAN COMPOSITES, 165 SOUTH 800 WEST, BRIGHAM CITY, UT 84302 | |
| 10924 | NORTH AMERICAN COMPOSITES, 6638 W. FRYE RD., CHANDLER, AZ 85226 | |
| 10925 | NORTH AMERICAN ENVIRONMENTAL CORP, PO BOX 129, ROSWELL, GA 30077 | |
| 10925 | NORTH AMERICAN LIGHT, 20 INDUSTRIAL PARK, FLORA, IL 62839 | |
| 10924 | NORTH AMERICAN LIGHT, 20 INDUSTRIAL PARK, PO BOX 499, FLORA, IL 62839 | |
| 10925 | NORTH AMERICAN LIGHTING, 1875 WEST MAIN, SALEM, IL 62881 | |
| 10924 | NORTH AMERICAN LIGHTING, 20 INDUSTRIAL PARK, FLORA, IL 62839 | |
| 10924 | NORTH AMERICAN LIGHTING, 20 INDUSTRIAL PARK, PO BOX 499, FLORA, IL 62839 | |
| 10924 | NORTH AMERICAN LIGHTING, INC, 20INDUSTRIAL PARK, FLORA, IL 62839 | |
| 10924 | NORTH AMERICAN LIGHTING, NO. 20 INDUSTRIAL PARK, PO BOX 499, FLORA, IL 62839 | |
| 10925 | NORTH AMERICAN MFG CO, POBOX 71009, CLEVELAND, OH 44191-0209 | |
| 10925 | NORTH AMERICAN MFG LTD, PO BOX 7436, THE WOODLANDS, TX 77387 | |
| 10925 | NORTH AMERICAN MFG. CO., 200 E. JOPPA RD., SUITE 103A, TOWSON, MD 21286 | |
| 10925 | NORTH AMERICAN MFG. CO., 4455 71ST ST, CLEVELAND, OH 44105 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NORTH AMERICAN MFG. CO., PO BOX 71009, CLEVELAND, OH 44191-0209 | |
| 10924 | NORTH AMERICAN MFG. COMPANY, 4455 EAST 71ST STREET, CLEVELAND, OH 44105 | |
| 10924 | NORTH AMERICAN OXIDE, INC, 480 ARCATA BLVD, CLARKSVILLE, TN 37040 | |
| 10924 | NORTH AMERICAN PACKAGING CORP., 165 WYECROFT ROAD, OAKVILLE, ONTARIO, ON L6K 3N8TORONTO | *VIA Deutsche Post* |
| 10924 | NORTH AMERICAN PRECAST (NAPCO), 6949 LOW BID LANE, SAN ANTONIO, TX 78250 | |
| 10924 | NORTH AMERICAN PRECISION CASTING, 356 LANGSTON CIR, COLUMBUS, MS 39703 | |
| 10924 | NORTH AMERICAN PRESICION CAST, HWY 11 & 29TH STREET, CHRISNEY, IN 47611 | |
| 10924 | NORTH AMERICAN PRINTED CIRCUITS, 4 OLD MONSON ROAD, STAFFORD, CT 06075 | |
| 10925 | NORTH AMERICAN PROFESSIONAL PRODUCT, 1500 MCCONNELL ROAD, WOODSTOCK, IL 60098-7310 | |
| 10925 | NORTH AMERICAN REFRACTORIES CO., PO BOX 67000, DETROIT, MI 48267-0816 | |
| 10925 | NORTH AMERICAN REFRACTORIES COMPANY, 350 NORTH ST. PAUL ST., DALLAS, TX 75201 | |
| 10925 | NORTH AMERICAN REFRACTORIES COMPANY, 600 GRANT ST, PITTSBURGH, PA 15219 | |
| 10925 | NORTH AMERICAN REFRACTORIES COMPANY, SUITE 500, 1228 EUCLID AVE., CLEVELAND, OH 44115-1831 | |
| 10925 | NORTH AMERICAN REFRACTORIES CORP., 8361 BROADWELL RD, CINCINNATI, OH 45244-1609 | |
| 10924 | NORTH AMERICAN SEASONINGS, 1815 RED SOILS COURT, OREGON CITY, OR 97045 | |
| 10925 | NORTH AMERICAN SYSTEMS, 3344 HWY 149, EAGAN, MN 55121 | |
| 10924 | NORTH AMERICAN TECHNOLOGIES, 3504 ROSE AVENUE, ASBURY PARK, NJ 07712 | |
| 10925 | NORTH AMERICAN THERMAL ANALYSIS SOC, C/O THE COMPLETE CONF INC, SACRAMENTO, CA 95815 | |
| 10925 | NORTH AMERICAN TRAILER SALES LTD, 7649 CONCORD BLVD, INVER GROVE HEIGHTS, MN 55076 | |
| 10925 | NORTH AMERICAN VAN LINES, PO BOX 75641, CHARLOTTE, NC 28275 | |
| 10925 | NORTH ARUNDEL HOPITAL, PO BOX 1510, PASADENA, MD 21122 | |
| 10924 | NORTH ATLANTIC ENERGY SERVICE CORPO, C/O WAREHOUSE #2, SEABROOK, NH 03874 | |
| 10924 | NORTH ATLANTIC ENERGY SERVICE CORPO, PO BOX 300, SEABROOK, NH 03874 | |
| 10924 | NORTH ATLANTIC REFINERY LTD, PO BOX 40, COME BY CHANCE, IT A0B 1N0TORONTO | *VIA Deutsche Post* |
| 10924 | NORTH ATLANTIC REFINERY LTD, REFINERY ROAD, COME BY CHANCE NEWFOUNDLA, IT A0B 1N0UNK | *VIA Deutsche Post* |
| 10924 | NORTH ATTLEBORO MIDDLE SCHOOL, LANDRY ST, ATTLEBORO, MA 02703 | |
| 10924 | NORTH AVENUE MIDDLE SCHOOL, 88 NORTH AVENUE, WESTPORT, CT 06880 | |
| 10924 | NORTH AVENUE PRESBYTERIAN CHURCH, C/O CHAMBLESS FIREPROOFING, ATLANTA, GA 30365 | |
| 10924 | NORTH BAY HOSPITAL, C/O EAST COAST APPLICATORS, 6600 MADISON STREET, NEW PORT RICHEY, FL 34652 | |
| 10925 | NORTH BERGEN MUA, PO BOX 11398, NEWARK, NJ 07101 | |
| 10924 | NORTH BROTHERS COMPANY, 1135 WEEMS STREET, JACKSON, MS 39208 | |
| 10924 | NORTH BROTHERS COMPANY, PO BOX 50216, KNOXVILLE, TN 37950 | |
| 10924 | NORTH BROTHERS INC., C/O SWEETWATER HOSPITAL, SWEETWATER, TN 37874 | |
| 10924 | NORTH BROTHERS OF JACKSON, MS., C/O SLIDELL MEMORIAL HOSPITAL, SLIDELL, LA 70458 | |
| 10924 | NORTH BROTHERS, 291 TELFAIR ROAD, SAVANNAH, GA 31401 | |
| 10924 | NORTH BROTHERS, 602 NORTH 34TH ST., TAMPA, FL 33605 | |
| 10924 | NORTH BROTHERS, C/O GRAY CONST./LILLY INDUSTRIES, BOWLING GREEN, KY 42101 | |
| 10924 | NORTH BROTHERS, CAMBRIDGE, MA 02140 | |
| 10924 | NORTH BROTHERS, PO BOX3338, COLUMBIA, SC 29230 | |
| 10925 | NORTH BROWARD HOSPITAL DISTRICT, POBOX 025397, MIAMI, FL 33102-5397 | |
| 10925 | NORTH CAMBRIDGE CRIME TASK FORCE, PO BOX 400948, CAMBRIDGE, MA 02140 | |
| 10925 | NORTH CAMBRIDGE NEWS, PO BOX 342, CAMBRIDGE, MA 02140 | |
| 10925 | NORTH CAMBRIDGE SENIOR CENTER, 2050 MASSACHUSETTS AVE, CAMBRIDGE, MA 02140 | |
| 10925 | NORTH CAROLINA A & T UNIVERSITY, 1601 EAST MARKET ST, GREENSBORO, NC 27401 | |
| 10925 | NORTH CAROLINA ATTY GENERAL, ATTN: ROY COOPER, DEPT OF JUSTICE, PO BOX 629, RALEIGH, NC 27602 | |
| 10925 | NORTH CAROLINA BUILDING INSPECTORS, 410 NORTH BOYLAN AVE, RALEIGH, NC 27603 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   NORTH CAROLINA CENTRAL UNIVERSITY, EDUCATION BUILDING, 712 CECIL STREET, DURHAM, NC 27707

10924   NORTH CAROLINA D O T, PURCHASING DEPARTMENT, RALEIGH, NC 27611

10925   NORTH CAROLINA DEPT OF ENV HEALTH A, WAYNE MCDEVITT SECY, PO BOX 27687, RALEIGH, NC 27611-7867

10925   NORTH CAROLINA DEPT OF ENVIR & NAT RES, 512 N SALISBURY ST, RALEIGH, NC 27604

10925   NORTH CAROLINA DEPT OF ENVIR & NAT RES, ATTN: KENNETH SCHUSTER, PE, DIV OF EM-GROUDWATER SECT, 3800 BARRETT DR #101, RALEIGH, NC 27609

10925   NORTH CAROLINA DEPT OF ENVIRONMENT & NATURAL RESOU, 512 NORTH SALISBURY ST, RALEIGH, NC 27604

10925   NORTH CAROLINA DEPT OF REVENUE, PO BOX 25000, RALEIGH, NC 27640-0050

10925   NORTH CAROLINA DEPT OF, PO BOX 29518, RALEIGH, NC 27626-0518

10925   NORTH CAROLINA DEPT. OF AGRICULTURE, PO BOX 27647, RALEIGH, NC 27611

10925   NORTH CAROLINA DEPT. OF AGRICULTURE, PO BOX 8204, RALEIGH, NC 27695-8204

10924   NORTH CAROLINA DEPT. OF CORRECTION, MCDONALD CHURCH ROAD AT US 1, HOFFMAN, NC 28347

10924   NORTH CAROLINA DOT, 7703 DISTRICT DRIVE, CHARLOTTE, NC 28213

10924   NORTH CAROLINA DOT, GEOTECHNICAL UNIT, P O BOX 25201, RALEIGH, NC 27611

10924   NORTH CAROLINA DOT, GEOTECHNICAL UNIT, RALEIGH, NC 27611

10924   NORTH CAROLINA MOTOR SPEEDWAY, C/O ACOUSTICS INC., ROCKINGHAM, NC 28379

10925   NORTH CAROLINA STATE BAR, PO BOX 25908, RALEIGH, NC 27611

10924   NORTH CAROLINA STATE UNIVERSITY, C/O ALLSTATES FIREPROOFING, 820 MAIN CAMPUS DRIVE, RALEIGH, NC 27607

10924   NORTH CATAWBA SCHOOL, 4670 OXFORD SCHOOL RD., CLAREMONT, NC 28610

10925   NORTH CENTRAL COLLEGE, 30 N. BRAINARD ST,BX 3063, NAPERVILLE, IL 60566

10924   NORTH CENTRAL CONSTR SPLY, 731 NORTH PRIOR AVE, SAINT PAUL, MN 55104

10924   NORTH CENTRAL HEART INSTITUTE, 4520 W. 65TH STREET, SOUIX FALLS, SD 57108

10924   NORTH CENTRAL TEXAS COLLEGE, 1600 N. CORINTH ST., CORINTH, TX 76205

10925   NORTH CENTRAL TEXAS COUNCIL, POBOX 5888, ARLINGTON, TX 76005-5888

10924   NORTH CHARLESTON COLLISEUM ANEX, 5001 COLISSEUM DR., NORTH CHARLESTON, SC 29418

10925   NORTH CHARLESTON SEWER DISTRICT, 7225 STALL ROAD, NORTH CHARLESTON, SC 29419

10925   NORTH CHARLESTON SEWER DISTRICT, 7225 STALL ROAD, PO BOX 63009, NORTH CHARLESTON, SC 29419

10925   NORTH CHEMICAL CO., 609 E. KING ST., YORK, PA 17403

10924   NORTH COAST CALIG CORPORATION, 1400 FLEMING AVENUE, MCKEES ROCKS, PA 15136

10924   NORTH COAST COMMERCIAL, 1288 ESSEX AVENUE, COLUMBUS, OH 43201

10924   NORTH COAST COMMERCIAL, 2440 EDISON BLVD., TWINSBURG, OH 44087

10924   NORTH COAST COMMERCIAL, 2920 DOUGLASS ROAD, TOLEDO, OH 43606

10924   NORTH COAST COMMERCIAL, 500 WASHINGTON STREET WEST, CHARLESTON, WV 25302

10924   NORTH COAST COMMERCIAL, 6941 CORNELL ROAD, CINCINNATI, OH 45242

10924   NORTH COAST COMMERCIAL, 79 N. INDUSTRIAL PARK, SEWICKLEY, PA 15143

10924   NORTH COAST CONTAINER CORPORATION, 8806 CRANE AVENUE, CLEVELAND, OH 44100

10924   NORTH COAST CONTAINER, 8806 CRANE AVENUE, CLEVELAND, OH 44105

10925   NORTH COAST ELECTRIC CO, POBOX 97010, BELLEVUE, WA 98009

10924   NORTH COAST ELECTRIC COMPANY(AD), 13400 N.E. 16TH PLACE, BELLEVUE, WA 98009-9002

10924   NORTH COAST ELECTRIC(AD), P.O. BOX 80566, SEATTLE, WA 98108

10924   NORTH COAST ELECTRIC, 2424 8TH. AVE. SOUTH, SEATTLE, WA 98134

10924   NORTH COAST LOGISTICS INC, 2323 LAKESIDE, CLEVELAND, OH 44114

10924   NORTH COAST LOGISTICS WAREHOUSE, 2323 LAKESIDE AVENUE, CLEVELAND, OH 44114

10924   NORTH COBB HIGH SCHOOL, 3400 OLD HWY 41, KENNESAW, GA 30144

10924   NORTH COUNTRY GLASS, 2609 TWIN CITY DRIVE, MANDAN, ND 58554

10924   NORTH COUNTRY GLASS, PO BOX 579, MANDAN, ND 58554

10924   NORTH COUNTRY TOOL & SUPPLY, INC, PO BOX217, FEEDING HILLS, MA 01030-0217

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    NORTH COUNTRY TOOL & SY. CO,, 47 NORTH FARMS ROAD, FLORENCE, MA 01062

10924    NORTH COUNTRY TOOL & SY. CO., 4 SOUTH MAIN STREET, HAYDENVILLE, MA 01039

10924    NORTH COUNTRY TOOL OF VERMONT, 41 MEMORY LANE, FEEDING HILLS, MA 01030-0217

10924    NORTH COUNTRY TOOL OF VERMONT, 45 MAIN STREET, HAYDENVILLE, MA 01039

10924    NORTH COUNTY MATERIALS, P.O. BOX 64, SAN DIEGO, CA 92112

10924    NORTH COUNTY MATERIALS, PO BOX 639069, SAN DIEGO, CA 92163-9069

10925    NORTH COUNTY MUNICIPAL COURT, 338 VIA VERA CRUZ STE 101, SAN MARCOS, CA 92069

10924    NORTH CROSS MEDICAL CENTER, 16455 STATESVILLE ROAD, HUNTERSVILLE, NC 28078

10925    NORTH DAKOTA ATTY GENERAL, ATTN: WAYNE STENEHJEM, STATE CAPITOL, 600 E BLVD AVE, BISMARCK, ND 58505

10924    NORTH DAKOTA CONCRETE PROD INC, 601 BISMARK, BISMARCK, ND 58502

10924    NORTH DAKOTA CONCRETE PROD INC, BOX 815, BISMARCK, ND 58501

10924    NORTH DAKOTA CONCRETE PROD, 1 MILE SOUTH OF 1-94, MENOKEN, ND 58558

10924    NORTH DAKOTA CONCRETE PRODUCTS, 1925 NORTH 42ND STREET, GRAND FORKS, ND 58201

10924    NORTH DAKOTA CONCRETE PRODUCTS, HWY 2 WEST, DEVILS LAKE, ND 58301

10924    NORTH DAKOTA CONCRETE PRODUCTS, P.O. BOX 815, BISMARCK, ND 58501

10924    NORTH DAKOTA CONCRETE PRODUCTS, PO BOX1429, FARGO, ND 58107

10924    NORTH DAKOTA CONCRETE PRODUCTS, PO BOX815, BISMARCK, ND 58502

10924    NORTH DAKOTA CONCRETE, P O BOX 815, BISMARCK, ND 58502

10925    NORTH DAKOTA DEPT OF HEALTH, ENVIRONMENTAL HEALTH SECTION, 1200 MISSOURI AVE, PO BOX 5520, BISMARCK, ND 58506

10925    NORTH DAKOTA DEPT OF HEALTH, ENVIRONMENTAL HEALTH, 1200 MISSOURI AVE , PO BOX 5520, BISMARCK, ND 58506-5520

10925    NORTH DAKOTA DEPT OF HEALTH, FRANCIS J SCHWINDT CHIEF ENV HEALTH, 1200 MISSOURI AVE PO BOX 5520, BISMARCK, ND 58506-5520

10925    NORTH DAKOTA READY MIX AND, PO BOX 1076, BISMARCK, ND 58502

10925    NORTH DALLAS MOVING &, PO BOX 110336, CARROLLTON, TX 75011-0336

10924    NORTH EAST ALABAMA MEDICAL CENTER, 2678 QUEENSTOWN ROAD, ALTON, AL 35015

10925    NORTH EAST ASSOCIATION OF RAIL, 54 CRAWFORD ROAD, COTUIT, MA 02635

10925    NORTH EAST FIRE & SAFETY EQUIP CO I, 855 SOCIAL ST, WOONSOCKET, RI 02895

10925    NORTH EAST FLEET SERVICES, PO BOX 375, COLUMBUS, NJ 08022

10924    NORTH EAST STATE BANK C/O MINUTI, 77 NE BROADWAY AVE, MINNEAPOLIS, MN 55432

10925    NORTH EAST TRAILER SERVICES INC, 1922 RIVER ROAD, BURLINGTON, NJ 08016

10925    NORTH EAST TRAILER SERVICES, 798 WOODLANE ROAD, MOUNT HOLLY, NJ 08060-3317

10924    NORTH FLA CONCRETE INC, PO BOX 1388, LAKE CITY, FL 32055

10924    NORTH FLORIDA CONCRETE IN., 1415 N. MAIN STREET, LAKE CITY, FL 32055

10924    NORTH FLORIDA CONCRETE IN., 441 SOUTH, HIGH SPRINGS, FL 32643

10924    NORTH FLORIDA CONCRETE, E. FLORIDA AVENUE, MACCLENNY, FL 32063

10924    NORTH FLORIDA CONCRETE, HWY. 27 EAST, PERRY, FL 32347

10924    NORTH FLORIDA CONCRETE, JASPER, FL 32052

10924    NORTH FLORIDA CONCRETE, P.O. BOX 1388, LAKE CITY, FL 32055

10924    NORTH HIGH SCHOOL, 4200 CHEYENNE BLVD., SIOUX CITY, IA 51104

10924    NORTH HIGH SCHOOL, C/O BARCELONA, INC., EVANSVILLE, IN 47715

10924    NORTH HIGH SCHOOL, C/O T & T ACOUSTIC & DRYWALL, EVANSVILLE, IN 47711

10924    NORTH HILLS PASSAVANT HOSPITAL, 9100 BABCOCK, PITTSBURGH, PA 15237

10925    NORTH HILLS SIGNAL PROCESSING, 1 ALEXANDER PLACE, GLEN COVE, NY 11542

10924    NORTH ILLINOIS UNIVERSITY, STEVENSON HALL/STADIUM DRIVE, DE KALB, IL 60115

10924    NORTH IOWA PLASTERING, ST.JOSEPH MERCY HOSPITAL, MASON CITY, IA 50401

10924    NORTH JERSEY APPLIANCE WAREHOUSE, 1000 FRANK ROGERS BLVD SOUTH, HARRISON, NJ 07029

10925    NORTH JERSEY TRUCK CENTER INC, PO BOX 528, SADDLE BROOK, NJ 07663-0528

10924    NORTH KANSAS CITY HOSPITAL, 2700 CLAY DRIVE, NORTH KANSAS CITY, MO 64116

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    NORTH KANSAS CITY HOSPITAL, 2800 BLADE EDWARD DR., KANSAS CITY, MO 64117

10924    NORTH KANSAS CITY HOSPITAL, 2800 CLAY EDWARDS DRIVE, KANSAS CITY, MO 64116

10924    NORTH KENTUCKY CONVENTION CENTER, RIVER CENTER DRIVE, COVINGTON, KY 41011

10925    NORTH LAKE ENGINEERING, 8320 193RD AVE, BRISTOL, WI 53104

10924    NORTH LAMAR CONCRETE, 217 TODD ROAD, SUMRALL, MS 39482

10924    NORTH LAWRENCE HIGH SCHOOL, C/O W. R. KELSO, INDIANAPOLIS, IN 46256

10924    NORTH LAWRENCE HIGH SCHOOL, MCKENZIE CAREER CENTER, INDIANAPOLIS, IN 46256

10925    NORTH LOOP DODGE BODY SHOP, PO BOX 820969, FORT WORHT, TX 78182-0000

10924    NORTH MEDICAL CENTER, SMITH & GREEN, SCOTTSDALE, AZ 85250

10925    NORTH MEDICAL FAMILY PHYSICIANS, 5100 WEST TAFT RD SUITE 1, LIVERPOOL, NY 13088

10924    NORTH MEDICAL PLAZA, SMITH & GREEN, SCOTTSDALE, AZ 85250

10925    NORTH METAL & CHEMICAL CO, PO BOX 1904, YORK, PA 17405-1904

10924    NORTH METRO CHURCH, 1026 OLD PEACHTREE ROAD N.E., LAWRENCEVILLE, GA 30043

10924    NORTH MIDDLE SCHOOL, 13635 BEATTIES FORD RD., HUNTERSVILLE, NC 28078

10924    NORTH MISSISSIPPI MEDICAL CENTER, 4381 SOUTH EASON BOULEVARD, TUPELO, MS 38801

10924    NORTH MISSISSIPPI MEDICAL, P.O.BOX 7052, TUPELO, MS 38802

10924    NORTH OTTAWA HOSPITAL, GRAND HAVEN, MI 49417

10924    NORTH PARK 1, KILLEARN WAY, STOCKBRIDGE, GA 30281

10925    NORTH PARK TRANSPORTATION, PO BOX 271337, SALT LAKE CITY, UT 84127-1337

10924    NORTH PARK VILLAGE GYM, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186

10925    NORTH PENN DIAGNOSTIC IMAGING ASSOC, 593 BETHLEHEM PIKE SUITE #4A, MONTGOMERYVILLE, PA 18936

10925    NORTH PENN FAMILY MEDICAL ASSOC, 2026 N BROAD ST, LANSDALE, PA 19446

10924    NORTH PENN GAS CO., 55 S. THIRD STREET, OXFORD, PA 19363

10924    NORTH PENN GAS CO., ROUTE 6 EAST, PORT ALLEGANY, PA 16743

10925    NORTH PENN HOSPITAL, PO BOX 8500-S-4370, PHILADELPHIA, PA 19178

10924    NORTH POINTE PLAZA, EDGEWOOD RD. NE & N RIVER BLVD NE, CEDAR RAPIDS, IA 52404

10924    NORTH PUTTNAM MIDDLE SCHOOL, TERSTEP, BAINBRIDGE, IN 46105

10925    NORTH RALEIGH HILTON, 3415 WAKE FOREST ROAD, RALEIGH, NC 27690-7330

10924    NORTH RICHLAND HILLS BAPTIST CHURCH, 4001 VANCE, FORT WORTH, TX 76161

10925    NORTH RIVER PRESS, BOX 567, GREAT BARRINGTON, MA 01230

10925    NORTH RIVER PRESS, POBOX 567, GREAT BARRINGTON, MA 01230

10925    NORTH SAINT PAUL WELDING HITCH, 2589 SEPPALA BLVD N, NORTH SAINT PAUL, MN 55109

10925    NORTH SHORE AGENCY, PO BOX 260009, GREAT NECK, NY 11026-0009

10924    NORTH SHORE ENVIRONMENTAL, ATTN PATRICK TUCKER, 510 CONGLOMERATE STREET, ONTONAGON, MI 49953

10925    NORTH SHORE GAS, PO BOX 0, CHICAGO, IL 60690-3991

10924    NORTH SHORE HOSPITAL, C/O ISLAND LATHING, LONG ISLAND CITY, NY 11101

10924    NORTH SHORE OFFICE PARK, INTERSECTION OF HEFFNER RD & PWKY, 10900 HEFFNER POINT, OKLAHOMA CITY, OK 73162

10925    NORTH SHORE RECYCLED FIBER, PO BOX 18074, NEWARK, NJ 07191-4095

10924    NORTH SHORE REGIONAL MEDICAL CENTER, C/O CALMAR, 100 MEDICAL CENTER DRIVE, SLIDELL, LA 70461

10925    NORTH SHORE ROOFING INC, POBOX 6536, TAHOE CITY, CA 96145

10924    NORTH SHORE SCHOOLS, 505 GLEN COVE, GLENWOOD LANDING, NY 11547

10925    NORTH SHORE SUPPLY COMPANY, POBOX 9940, HOUSTON, TX 77213-9940

10924    NORTH SHORE UNIVERSITY HOSPITAL ICU, ONE OLD COUNTY RD, PLAINVIEW, NY 11803

10924    NORTH SIDE CENTER, 3101 INDUSTRIAL DRIVE, RALEIGH, NC 27609

10925    NORTH SOUTH PROMOTIONS II INC, 1516 N DIXIE HWY, HOLLYWOOD, FL 33020-3051

10924    NORTH STAR CONCRETE (KIT MIX), HWY 94 (1 MILE SOUTH OF 70), SAINT CHARLES, MO 63301

10925    NORTH STAR RECYCLING, 5220 DOWN ST, TAMPA, FL 33619

10924    NORTH STARR BHP STEEL, 6767 COUNTY ROAD 9, DELTA, OH 43515

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NORTH STATE ENVIRONMENTAL, PO BOX 5624, SOUTH SAN FRANCISCO, CA 94083-5624 | |
| 10924 | NORTH STATE PYROPHYLLITE, 3514 WEST WENDOVER AVE., GREENSBORO, NC 27417 | |
| 10924 | NORTH STATE PYROPHYLLITE, 3514 WEST WENDOVER RD, GREENSBORO, NC 27407 | |
| 10924 | NORTH STATE PYROPHYLLITE, PO BOX 7247, GREENSBORO, NC 27407 | |
| 10925 | NORTH STATE PYROPHYLLITE, PO BOX 7247, GREENSBORO, NC 27417 | |
| 10924 | NORTH STATE PYROPLYLLITE, PO BOX 7247, GREENSBORO, NC 27407 | |
| 10925 | NORTH STATE TELEPHONE CO, PO BOX 612, HIGH POINT, NC 27261 | |
| 10924 | NORTH SUPPLY, 600 NEW CENTURY PARKWAY, NEW CENTURY, KS 66031 | |
| 10924 | NORTH SUPPLY, MAIL STATION 265, 600 INDUSTRIAL PKWY, NEW CENTURY, KS 66031 | |
| 10924 | NORTH SYRACUSE JR. HIGH SCHOOL, 5353 WEST TAFT STREET, SYRACUSE, NY 13212 | |
| 10924 | NORTH TEXAS CEMENT COMPANY, 900 GIFCO ROAD, MIDLOTHIAN, TX 76065 | |
| 10925 | NORTH TEXAS CIRCUIT BOARD, 1501 WEST SHADY GROVE, GRAND PRAIRIE, TX 75050 | |
| 10925 | NORTH TOWN MECHANICAL SERVICES, 665 ACADEMY DRIVE, NORTHBROOK, IL 60062 | |
| 10924 | NORTH VALLEY MEDICAL PLAZA, 3929 E. BELL ROAD, PHOENIX, AZ 85032 | |
| 10924 | NORTH VALLEY READY MIX, 11 THREE SEVENS LANE, CHICO, CA 95973-9223 | |
| 10924 | NORTH WEST CASCADE INC, P O BOX 73399, PUYALLUP, WA 98373 | |
| 10924 | NORTH WEST INDUSTRIES, 2500 WEST JAMESON STREET, SEATTLE, WA 98199 | |
| 10924 | NORTH WEST INDUSTRIES, 2501 WEST COMMODORE WAY, SEATTLE, WA 98199 | |
| 10924 | NORTH WEST MEDICAL CENTER, 5901 COLONIAL DR., MARGATE, FL 33063 | |
| 10924 | NORTH WEST REGIONAL MEDICAL PLAZA, 13725 F M 624, CORPUS CHRISTI, TX 78411 | |
| 10924 | NORTH WEST ROCK, 4000 RIVERBEND ROAD NW, SALEM, OR 97304 | |
| 10924 | NORTH WEST ROCK, ATTENTION: ACCOUNTS PAYABLE, SALEM, OR 97301 | |
| 10924 | NORTH WESTERN UNIV C/O E.C.M.I. INC, 1501 CENTRAL STADIUM, EVANSTON, IL 60208 | |
| 10924 | NORTH WESTERN UNIV C/O WILKIN, 1501 CENTRAL STADIUM, EVANSTON, IL 60208 | |
| 10924 | NORTH WESTERN UNIVERSITY, C/O SPRAY INSULATION, SHERATON ROAD AND FORESTER AVE., EVANSTON, IL 60202 | |
| 10925 | NORTH WOOD PLASTICS INC, 923 SOUTH 21ST ST, SHEBOYGAN, WI 53081 | |
| 10925 | NORTH, CRAIG, 1505 FARSTA COURT, RESTON, VA 22090 | |
| 10925 | NORTH, GERTRUDE, 40 HUDSON ST, FREEHOLD, NJ 07728 | |
| 10925 | NORTH, LEWIS, 2096 MARBUT LANE, LITHONIA, GA 30058 | |
| 10925 | NORTH, PERGEN, PRIM, NY, NY 10098 | |
| 10925 | NORTH, RICHARD, 1036 PINEVIEW PLACE, LAKELAND, FL 33801-2948 | |
| 10925 | NORTH, SUSAN, 8 ASHLAND PLACE, TAUNTON, MA 02780 | |
| 10925 | NORTH, THOMAS, 12415 W HICKORY ROAD, NEW BERLIN, WI 53151 | |
| 10924 | NORTHAMPTON HIGH SCHOOL, RT 9, NORTHAMPTON, MA 01060 | |
| 10925 | NORTHBOROUGH SQUARE LIMITED, GEN COUNSEL, 580 WESTLAKE PARK BLVD., SUITE 810, HOUSTON, TX 77079 | |
| 10924 | NORTHBROOK CONT'RS SY, 3925 COMMERCIAL AVE., NORTHBROOK, IL 60062 | |
| 10924 | NORTHBROOK LIBRARY, 1210 CEDAR LANE, NORTHBROOK, IL 60062 | |
| 10925 | NORTHCRAFT, JAMES, 3612 MORGAN DRIVE, WEIRTON, WV 26062 | |
| 10925 | NORTHCUT, CHARLES, 7880 CROSS RIDGE DR, GERMANTOWN, TN 38138 | |
| 10925 | NORTHCUTT, JENNIFER, 214 WILLOWCREST WAY, LAGRANGE, GA 30240 | |
| 10925 | NORTHDALE HOUSE, NORTH CIRCULAR ROAD, LONDON, NW10 7UHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | NORTHEAST A/V SUPPLIES, 591 SUMMIT AVE, GRASSELLI, NJ 07036 | |
| 10924 | NORTHEAST ARCHITECTURAL PRODUCTS, 36 HAZELTON STREET, ASHLEY, PA 18706 | |
| 10925 | NORTHEAST ATLANTA HILTON, 5993 PEACHTREE INDL BLVD, NORCROSS, GA 30092 | |
| 10925 | NORTHEAST A-V SUPPLIES INC., 423 PLEASANT ST, MELROSE, MA 02176 | |
| 10925 | NORTHEAST CHAPTER AMERICAN CONCRETE, 2805 MCRAE RD, RICHMOND, VA 23235 | |
| 10924 | NORTHEAST COMMUNITY HOSPITAL, 1301 AIRPORT FREEWAY, BEDFORD, TX 76021 | |
| 10924 | NORTHEAST CONCRETE PROD., DIV OF HALLAMORE CORP, PLAINVILLE, MA 02762 | |
| 10924 | NORTHEAST CONCRETE PROD., DIV.OF HALLAMORE CORP, PLAINVILLE, MA 02762 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NORTHEAST CONCRETE PRODUCTS ASSOC, PO BOX 4123, CHELMSFORD, MA 01824

10925 NORTHEAST CONCRETE PRODUCTS ASSOC, POBOX 1312, PLYMOUTH, MA 02362

10925 NORTHEAST EDM, 4 MULLIKEN WAY, NEWBURYPORT, MA 01950

10925 NORTHEAST ELECTRICAL DISTRIBUTORS, PO BOX 9999, LYNN, MA 01903

10924 NORTHEAST ENVIRONMENTAL RENEWAL, 1300 OLD PLANK ROAD, MAYFIELD, PA 18433

10925 NORTHEAST FINANCIAL CONSULTANTS, POBOX 2630, WESTPORT, CT 06880-0630

10924 NORTHEAST FIREPROOFING, I295 BUSINESS CENTER BUILDING R, SUITE 2, WESTVILLE, NJ 08093

10924 NORTHEAST FIREPROOFING, P.O. BOX 168, I295 BUSINESS CENTER BLDG R SUITE 2, WESTVILLE, NJ 08093

10924 NORTHEAST FIREPROOFING, PO BOX 1910, EAST GREENWICH, RI 02818

10925 NORTHEAST FLUID CONTROL, INC, 348 PARK ST. SUITE 105 EAST, NORTH READING, MA 01864

10925 NORTHEAST HUMAN RESOURCES ASSOC, ONE WASHINGTON ST SUITE 101, WELLESLEY, MA 02841-1706

10924 NORTHEAST OHIO REGIONAL SEWER, 4832 PAYNE AVENUE, CLEVELAND, OH 44103

10925 NORTHEAST POLY BAG CO, 2 NORTHEAST BLVD, STERLING, MA 01564

10925 NORTHEAST POLY BAG CO, TWO NORTHEAST BLVD, STERLING, MA 01564

10924 NORTHEAST POOL SUPPLY, 679 YORKTOWN ROAD, LEWISBERRY, PA 17339

10924 NORTHEAST PRISON, STATE ROAD & RHAWN STREET, PHILADELPHIA, PA 19136

10925 NORTHEAST PUBLISHING GP, 23 DRYDOCK AVE, BOSTON, MA 02210

10925 NORTHEAST QUALITY PRODUCTS, 6 MULLIKAN WAY, NEWBURYPORT, MA 01950

10924 NORTHEAST READY MIX, 573 S. OLD KILBOURNE RD., OAK GROVE, LA 71263

10924 NORTHEAST READY MIX, 573 SO OLD KILBOURNE RD, OAK GROVE, LA 71263

10924 NORTHEAST REDI MIX INC, BOX 241 ROUTE 4, BERWICK, ME 03901

10924 NORTHEAST REDI MIX, 5306 E. M 72, HARRISVILLE, MI 48740

10924 NORTHEAST REDI MIX, 5306 E. M72, HARRISVILLE, MI 48740

10924 NORTHEAST REDI MIX, 5306 E.M 72, HARRISVILLE, MI 48740

10924 NORTHEAST REDI MIX, INC., 241 RT. 4, BERWICK, ME 03901

10924 NORTHEAST REDI MIX, INC., BOX 241 ROUTE 4, BERWICK, ME 03901

10925 NORTHEAST REGION CSI FY 2001, 150 WEST 25TH ST - 8TH FL, NEW YORK, NY 10001

10925 NORTHEAST RESEARCH GROUP INC, 95 COURT ST, PLYMOUTH, MA 02360

10925 NORTHEAST RESOURCE GROUP INC, 95 COURT ST, PLYMOUTH, MA 02360

10925 NORTHEAST RESOURCE GROUP INC., 95 COURT ST, PLYMOUTH, MA 02360

10924 NORTHEAST RESTORATION, 17 PRESCOTT STREET, MEDFORD, MA 02155

10924 NORTHEAST RESTORATION, 31 CANAL STREET, MEDFORD, MA 02155

10924 NORTHEAST RESTORATION, 505 UNIVERSITY AVE. BLDG 3, NORWOOD, MA 02062

10924 NORTHEAST RESTORATION, CAMBRIDGE, MA 02140

10925 NORTHEAST RUBBER PRODUCTS INC, PO BOX 927, FRAMINGHAM, MA 01701

10925 NORTHEAST SUSTAINABLE, 23 AMES ST, GREENFIELD, MA 01301-9917

10925 NORTHEAST TECHNICAL SERVICES INC, PO966, ABINGDON, MD 21009-0966

10925 NORTHEAST TECHNICAL SERVICES, 220 BROOKDALE DRIVE, SPRINGFIELD, MA 01104

10925 NORTHEAST TECHNOLOGY INC, 19 NORMAN AVE, MAGNOLIA, MA 01930-5555

10925 NORTHEAST TEXAS CHAPTER ACI, 1341 WEST MOCKINGBIRD LANE, DALLAS, TX 75247

10924 NORTHEAST UNIVERSITY-CLASSROOM BLDG, C/O SPRAY FORCE FRIEPROOFING, BOSTON, MA 02115

10925 NORTHEAST UTILITIES, BOX # 2960, HARTFORD, CT 06104-2960

10925 NORTHEAST WINDOW & DOOR ASSOCIATION, PO BOX 15822, PHILADELPHIA, PA 19103

10925 NORTHEAST YOUTH BALLET, 99 A ESSEX ST, MELROSE, MA 02176

10924 NORTHEASTERN CULVERT, P O BOX 40, WESTMINSTER STATION, VT 05159

10924 NORTHEASTERN CULVERT, R F D #1, LEEDS, ME 04263

10924 NORTHEASTERN INSUL INC., 1240 RESEARCH FOREST, MACEDON, NY 14502

10924 NORTHEASTERN INSULATION, 1240 RESEARCH FOREST, MACEDON, NY 14502

10924 NORTHEASTERN PLATE GLASS, 3 ALICE STREET, BINGHAMTON, NY 13902

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    NORTHEASTERN PLATE GLASS, PO BOX 2397, BINGHAMTON, NY 13902

10924    NORTHEASTERN READY MIX*, 1001 KNOBS CREEK DR, ELIZABETH CITY, NC 27909

10924    NORTHEASTERN READY MIX, ATTN:  ACCOUNTS PAYABLE, ELIZABETH CITY, NC 27909

10924    NORTHEASTERN READY MIX, KNOBBS CREEK DRIVE, ELIZABETH CITY, NC 27909

10924    NORTHEASTERN UNIV.W.CAMPUS RES.HALL, 500 PARKER STREET, BOSTON, MA 02115

10925    NORTHEASTERN UNIVERSITY CAREER, PO BOX 895, BOSTON, MA 02117

10925    NORTHEASTERN UNIVERSITY GRADUATE, 360 HUNTINGTON AVE, BOSTON, MA 02115

10924    NORTHEASTERN UNIVERSITY REC CTR, HUNTINGTON AVENUE, BOSTON, MA 02101

10925    NORTHEASTERN UNIVERSITY, 101 HAYDEN HALL, COLLEGE OF BUSINESS ADMIN, BOSTON, MA 02115

10925    NORTHEASTERN UNIVERSITY, 269 RYDER HALL, BOSTON, MA 02115

10925    NORTHEASTERN UNIVERSITY, 360 HUNTINGTON AVE, 101 HAYDEN HALL, BOSTON, MA 02115

10924    NORTHEASTERN UNIVERSITY, 5500 NORTH SAINT LOUIS, CHICAGO, IL 60625

10924    NORTHEASTERN UNIVERSITY, C/O ISLAND LATHING, EAST PROVIDENCE, RI 02915

10925    NORTHEASTERN UNIVERSITY, PO BOX 9684, MANCHESTER, NH 03108-9684

10924    NORTHERN ADHESIVES INC., 83 APPOLO STREET, BROOKLYN, NY 11222

10925    NORTHERN ANALYTICAL LABORATORY INC, 23 DEPOT ST, MERRIMACK, NH 03054

10925    NORTHERN ARIZONA UNIVERSITY, PO BOX 15600 - CONCRETE CONFERENCE, FLAGSTAFF, AZ 86011-1560

10924    NORTHERN AUTOMOTIVE SYSTEMS, 20875 W. GALE AVENUE, GALESVILLE, WI 54630

10925    NORTHERN BUSINESS MACHINES INC, 24 TERRY AVE, BURLINGTON, MA 01803

10924    NORTHERN CALIF BLDG MATLS, ATTN:  ACCOUNTS PAYABLE, WINDSOR, CA 95492

10925    NORTHERN CALIFORNIA AND, 440 RAYMOND DR, BENICIA, CA 94510

10925    NORTHERN CENTERLESS CO, 6 HOLYOKE ST, MALDEN, MA 02148

10924    NORTHERN COATINGS & CHEMICAL CO. ., PO BOX 456, MENOMINEE, MI 49858-0456

10924    NORTHERN COATINGS & CHEMICAL CO., I, 705 6TH AVENUE, MENOMINEE, MI 49858

10924    NORTHERN COATINGS & CHEMICAL CO., I, PO BOX 456, MENOMINEE, MI 49858-0456

10924    NORTHERN CONCRETE BLOCK, RD#6 SILK ROAD, FULTON, NY 13069

10924    NORTHERN CONCRETE PIPE, 401 KELTON ST, BAY CITY, MI 48706

10924    NORTHERN CONCRETE PIPE, 5281 LANSING ROAD RTE 3, CHARLOTTE, MI 48813

10925    NORTHERN CONCRETE PRODUCTS, 32 SILK ROAD, FULTON, NY 13069

10924    NORTHERN CONCRETE, 32 SILK RD., FULTON, NY 13069

10924    NORTHERN CONCRETE, 32 SILK ROAD, FULTON, NY 13069

10924    NORTHERN DESIGN PRECAST, 51 INTERNATIONAL DRIVE, LOUDON, NH 03301

10924    NORTHERN DESIGN PRECAST, INC., PO BOX7305, GILFORD, NH 03247

10924    NORTHERN DESIGN PRECAST, P.O. BOX 7305, GILFORD, NH 03247

10924    NORTHERN ENGRAVING CORP., PO BOX 877, WEST SALEM, WI 54669

10924    NORTHERN ENGRAVING, 1023 SANDLAKE ROAD, HOLMEN, WI 54636

10924    NORTHERN ENGRAVING, 803 S BLACK RIVER STREET, SPARTA, WI 54656

10924    NORTHERN ENVIRONMENTAL, PO BOX 207, EAST SYRACUSE, NY 13057

10925    NORTHERN FIRE EQUIPMENT CORP, 9480 CALUMET AVE, MUNSTER, IN 46321

10924    NORTHERN HOSPITAL, 830 ROCKFORD STREET, MOUNT AIRY, NC 27030

10925    NORTHERN HYDRAULICS INC, GEN COUNSEL, 2800 SOUTHCROSS DRIVE-WEST, PO BOX 1219, BURNSVILLE, MN 55306

10924    NORTHERN HYDRAULICS OF FL, 2800 SOUTHCROSS DRIVE, BURNSVILLE, MN 55337

10924    NORTHERN HYDRAULICS, INC., 2800 SOUTHCROSS DRIVE, BURNSVILLE, MN 55337

10925    NORTHERN HYDRAULICS, PO BOX 1219, BURNSVILLE, MN 55337

10924    NORTHERN ILL BRICK & SUPP, 222 DOUGLAS AVE, ELGIN, IL 60120

10925    NORTHERN ILLINOIS GAS, PO BOX 416, AURORA, IL 60568-0001

10925    NORTHERN ILLINOIS GAS, POBOX 190, AURORA, IL 60507-0190

10925    NORTHERN ILLINOIS GAS, POBOX 310, AURORA, IL 60507-0310

10925    NORTHERN ILLINOIS GAS, POBOX 632, AURORA, IL 60507-0632

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NORTHERN ILLINOIS PLANNING, 4415 W HARRISON ST SUITE 435, HILLSIDE, IL 60162 | |
| 10925 | NORTHERN ILLINOIS READY MIX, 4415 W.HARRISON ST, HILLSIDE, IL 60162 | |
| 10925 | NORTHERN ILLINOIS STEEL SUPPLY, RT 6 1/2 MILE WEST OF I-55, CHANNAHON, IL 60410 | |
| 10925 | NORTHERN ILLINOIS STEEL, PO BOX 2146, JOLIET, IL 60434 | |
| 10924 | NORTHERN ILLINOS UNIVERSITY, DIEHL ROAD, NAPERVILLE, IL 60540 | |
| 10924 | NORTHERN IMPROVEMENT CO., 2 MI. SOUTH OF AIRPORT ON UNV., BISMARCK, ND 58502 | |
| 10924 | NORTHERN IMPROVEMENT CO., P O BOX 2846, FARGO, ND 58108 | |
| 10924 | NORTHERN IMPROVEMENT CO., PO BOX 2846, FARGO, ND 58108 | |
| 10924 | NORTHERN IMPROVEMENT CO., VARIOUS LOCATIONS, FARGO, ND 58108 | |
| 10924 | NORTHERN IMPROVEMENT, U.S. 75, TOPEKA, KS 66600 | |
| 10924 | NORTHERN INSULATION, 6910 TANAINA DR., ANCHORAGE, AK 99502 | |
| 10924 | NORTHERN KENTUCKY CONFERENCE CENTER, 1 WEST RIVER CENTER DRIVE, COVINGTON, KY 41011 | |
| 10925 | NORTHERN LIGHT TECHNOLOGY INC, ONE ATHENAEUM ST, CAMBRIDGE, MA 02142 | |
| 10925 | NORTHERN LIGHT TECHNOLOGY, 1 ANTHENAEUM ST., CAMBRIDGE, MA 02142 | |
| 10925 | NORTHERN MANUFACTURING CO INC, 132 N RAILROAD ST, POBOX 30, OAK HARBOR, OH 43449 | |
| 10924 | NORTHERN MARINE & GENERAL, 5751 MT. BAKER HWY., DEMING, WA 98244 | |
| 10924 | NORTHERN MARINE GENERAL CONTRACTORS, BELLINGHAM, WA 98227 | |
| 10924 | NORTHERN MARINE GENERAL CONTRACTORS, CAITEC GOLF COURSE, BELLINGHAM, WA 98227 | |
| 10924 | NORTHERN MARINE GENERAL CONTRACTORS, CAMBRIDGE, MA 02140 | |
| 10924 | NORTHERN MARINE/1106 HARRIS, 1106 HARRIS ST., BELLINGHAM, WA 98225 | |
| 10924 | NORTHERN MARINE/DICKERSON DISTRIBUT, 1750 MOORE ST, BELLINGHAM, WA 98226 | |
| 10924 | NORTHERN MARINE/HAGGART HALL, BELLINGHAM, WA 98225 | |
| 10924 | NORTHERN MARINE/KETCHIKAN INDIAN, ALASKA MARINE LINES, 5615 W. MARGINAL WAY, SEATTLE, WA 98106 | |
| 10924 | NORTHERN MARINE/WESTERN WA., C/O DAWSON CONSTRUCTION, 1500 KENTUCKY ST., BELLINGHAM, WA 98226 | |
| 10925 | NORTHERN MEDICAL SPECIALIST, 111 CLOCKTOWER COMMONS DR, BREWSTER, NY 10509 | |
| 10925 | NORTHERN MFG COMPANY, 132 N. RAILROAD ST., OAK HARBOR, OH 43449 | |
| 10925 | NORTHERN NEW ENGLAND CONCRETE, PROMOTION ASSOCIATION, PO BOX 6427, SCARBOROUGH, ME 04070-6427 | |
| 10924 | NORTHERN OHIO LUMBER & TIMBER, 1895 CARTER ROAD, CLEVELAND, OH 44113 | |
| 10924 | NORTHERN OKLAHOMA INSULATING, 800 HARDING AVE., PONCA CITY, OK 74602 | |
| 10924 | NORTHERN PRECAST, 5565 QUAM AVENUE N.E., ROGERS, MN 55374 | |
| 10924 | NORTHERN PRECAST, BOX 280, SAINT MICHAEL, MN 55376 | |
| 10924 | NORTHERN PRECISION CASTING, HWY 120 NORTH, LAKE GENEVA, WI 53147 | |
| 10924 | NORTHERN READY MIX, 32 SILK RD., FULTON, NY 13069 | |
| 10924 | NORTHERN READY MIX, 710 EAST SENECA ST, OSWEGO, NY 13126 | |
| 10924 | NORTHERN READY MIX, 9531 ROUTE 13, CAMDEN, NY 13316 | |
| 10925 | NORTHERN RESEARCH AND ENGINEERING C, 39 OLYMPIA AVE, WOBURN, MA 01801 | |
| 10924 | NORTHERN RESTORATION, DO NOT USE, GRAWN, MI 49637 | |
| 10924 | NORTHERN RESTORATION, P.O. BOX 146, GRAWN, MI 49637 | |
| 10925 | NORTHERN SAFETY CO INC, DEPT. CH. 10119, PALATINE, IL 60055 | |
| 10925 | NORTHERN SAFETY CO INC, PO BOX 4250, UTICA, NY 13504-4250 | |
| 10925 | NORTHERN SAFETY CO, INC, PO BOX 4250, UTICA, NY 13504-4250 | |
| 10924 | NORTHERN SAND & GRAVEL, P.O. BOX 365, SAULT SAINTE MARIE, MI 49783 | |
| 10924 | NORTHERN SAND & GRAVEL, PO BOX 365, SAULT SAINTE MARIE, MI 49783 | |
| 10924 | NORTHERN SAND & GRAVEL, W 3 MILE ROAD, SAULT SAINTE MARIE, MI 49783 | |
| 10925 | NORTHERN STAR MINERAL INC, 2910 GRANTLINE ROAD, NEW ALBANY, IN 47150 | |
| 10925 | NORTHERN STAR MINERALS INDIANA, PO BOX 66973, CHICAGO, IL 60666-0973 | |
| 10925 | NORTHERN STAR MINERALS INDIANA, POBOX 66973, CHICAGO, IL 60666-0973 | |
| 10925 | NORTHERN STAR, PO BOX 66973, CHICAGO, IL 60666-0973 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NORTHERN STATES POWER CO, PO BOX 9255, MINNEAPOLIS, MN 55480-0002 | |
| 10925 | NORTHERN STATES POWER COMPANY, PO BOX 9477, MINNEAPOLIS, MN 55484-9477 | |
| 10925 | NORTHERN TELECOM INC, PO BOX 80510, NASHVILLE, TN 37208-0000 | |
| 10925 | NORTHERN TELECOM, 4001 E CHAPEL HILL, RESEARCH TRIANGLE PARK, NC 27709 | |
| 10925 | NORTHERN TELECOM, 4401 WESTWINDS DR NE, CALGARY, AB T3J 3R3CANADA | *VIA Deutsche Post* |
| 10925 | NORTHERN TELECOM, 4600 EMPEROR BLVD, MORRISVILLE, NC 27560 | |
| 10924 | NORTHERN TELECOM, 8200 DIXIE ROAD, BRAMPTON ONTARIO, ON L6V 2M6TORONTO | *VIA Deutsche Post* |
| 10925 | NORTHERN TELECOM, 8200 DIXIE ROAD, BRAMPTON, ON L8V 2M6CANADA | *VIA Deutsche Post* |
| 10925 | NORTHERN TELECOM, 9300 TRANS CANADA HWY, ST LAURENT, QC H4S 1K5CANADA | *VIA Deutsche Post* |
| 10925 | NORTHERN TOOL & EQUIP., PO BOX 1499, BURNSVILLE, MN 55337 | |
| 10925 | NORTHERN TOOL & EQUIPMENT CO, POBOX 1219, BURNSVILLE, MN 55337-0219 | |
| 10925 | NORTHERN TOOL & EQUIPMENT, PO BOX 1219, BURNSVILLE, MN 55337-0219 | |
| 10924 | NORTHERN TRUST BANK, DIVISION NINE, PHOENIX, AZ 85009 | |
| 10925 | NORTHERN TRUST COMPANY, PO BOX 75599, CHICAGO, IL 60675-5599 | |
| 10925 | NORTHERN VIRGINIA CHAPTER CSI, 277 SUNSET PK DR, HERNDON, VA 20170 | |
| 10924 | NORTHERN WATERPROOFING, 745 SOUTH AIRPORT ROAD WEST, TRAVERSE CITY, MI 49684 | |
| 10924 | NORTHERN WATERPROOFING, 745 SOUTH AIRPORT ROAD WEST, TRAVERSE CITY, MI 49686 | |
| 10924 | NORTHERN WATERPROOFING, DO NOT USE, TRAVERSE CITY, MI 49684 | |
| 10924 | NORTHERN WESTCHESTER HOSPITAL CTR, 400 EAST MAIN STREET, MOUNT KISCO, NY 10549 | |
| 10924 | NORTHERN WESTCHESTER HOSPITAL, ROUTE 117 & S. BEDFORD AVENUE, MOUNT KISCO, NY 10549 | |
| 10925 | NORTHERN, FRANCIS, 6909 PLSNT RDG DR SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | NORTHERN, FREDDIE, 6909 PLSNT RDG DR SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | NORTHERN, PO BOX 1219, BURNSVILLE, MN 55337 | |
| 10925 | NORTHFIELD BLOCK CO, ONE HUNT COURT, MUNDELEIN, IL 60060 | |
| 10925 | NORTHFIELD BLOCK, 1 HUNT COURT, MUNDELEIN, IL 60060 | |
| 10924 | NORTHFIELD BLOCK, 23451 S. YOUNGS RD, CHANNAHON, IL 60410 | |
| 10924 | NORTHFIELD BLOCK, 509 ROWELL AVE., JOLIET, IL 60433 | |
| 10924 | NORTHFIELD BLOCK, 717 PARKWOOD, ROMEOVILLE, IL 60441 | |
| 10924 | NORTHFIELD CROSSING, 1141 WEST LONG LAKE RD., TROY, MI 48098 | |
| 10925 | NORTHGATE MALL, HWY 153 & HIXSON PIKE, HARRISON, TN 37341 | |
| 10925 | NORTHGLEN LEASE VENTURE, 10200 E GIRARD AVE, DENVER, CO 80231 | |
| 10925 | NORTHGLEN LEASE VENTURE, GEN COUNSEL, 10200 E. GIRARD AVE., BLDG. CSUITE 355, DENVER, CO 80231 | |
| 10925 | NORTHGLEN LEASE VENTURE, GENERAL COUNSEL, 10200 E. GIRARD AVE., BLDG. C, SUITE 355, DENVER, CO 80231 | |
| 10925 | NORTHGLENN LEASE VENTURE, PO BOX 24352, DENVER, CO 80224-0352 | |
| 10924 | NORTHLAKE OFFICE BLDG., 2150 NORTHLAKE PARKWAY, ATLANTA, GA 30321 | |
| 10925 | NORTHLAND COLD STORAGE, INC, PO BOX 11903, GREEN BAY, WI 54307-1903 | |
| 10924 | NORTHLAND ELECTRIC SUPPLY, 1216 2ND. ST. S.W., ROCHESTER, MN 55902 | |
| 10924 | NORTHLAND ELECTRIC SUPPLY, 201  CENTER STREET WEST, ROOM S-69, ROCHESTER, MN 55901 | |
| 10924 | NORTHLAND ELECTRIC SUPPLY, 3919 HIGHWAY 14 WEST, ROCHESTER, MN 55901-6609 | |
| 10924 | NORTHLAND ELECTRIC SUPPLY, 3919 HWY. 14 WEST, ROCHESTER, MN 55901 | |
| 10924 | NORTHLAND ELECTRIC SUPPLY, P.O. BOX 6297, ROCHESTER, MN 55903-6297 | |
| 10925 | NORTHLAND EQUIPMENT CO INC, 306 WEST STATE ST, JANESVILLE, WI 53546-2556 | |
| 10925 | NORTHLAND INDUSTRIAL TRUCH CO INC, PO BOX 9413, BOSTON, MA 02209-9413 | |
| 10924 | NORTHLAND READY MIX, 69 HWY & SCHELL ROAD, PLEASANT VALLEY, MO 64068 | |
| 10924 | NORTHLAND READY MIX, 8607 SCHELL RD, LIBERTY, MO 64068 | |
| 10925 | NORTHLAND STEEL CORPORATION, ROUTE 62-MAIN ST., NORTH READING, MA 01889 | |
| 10924 | NORTHLAND U-CART READY MI, 8607 SCHELL RD, LIBERTY, MO 64068 | |
| 10924 | NORTHMEADOW OFFICE BLDG.ONE, 1357 HAMBREE RD., ROSWELL, GA 30076 | |
| 10924 | NORTHRIDGE FASHION MALL, C/O WESTSIDE BUILDING MATERIALS, SAN FERNANDO, CA 91342 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 NORTHRIDGE MEDICAL CENTER, 1306-1320 E. RIDGE ROAD, HENRIETTA, NY 14467

10924 NORTHROP CORPORATION, 1 NORTHROP AVENUE, HAWTHORNE, CA 90250

10924 NORTHROP CORPORATION, DEPT 5097/62, 3309 W. EL SEGUNDO, BLDG. AP3, HAWTHORNE, CA 90250

10925 NORTHROP GRUMAN CORP, NORMAN L SEALANDER MANAGER CORPORAT,

10924 NORTHROP GRUMANN, 1111 STEWART AVENUE, BETHPAGE, NY 11714

10925 NORTHROP GRUMMAN CORP, ROUTE 3 BOX 115, BENEDUM INDUSTRIAL PARK, BRIDGEPORT, WV 26330

10924 NORTHROP GRUMMAN CORP. MASD, 8900 E. WASHINGTON BLVD., PICO RIVERA, CA 90660

10925 NORTHROP GRUMMAN, 101 INDUSTRIAL PK BLVD, WARNER ROBINS, GA 31093

10924 NORTHROP GRUMMAN, 1111 STEWART AVE, BETHPAGE, NY 11714

10924 NORTHROP GRUMMAN, 2501 EAST BYPASS, COLLEGE STATION, TX 77845

10925 NORTHROP GRUMMAN, 500 HICKS ROAD, ROLLING MEADOWS, IL 60008

10925 NORTHROP GRUMMAN, 7323 AVIATION BLVD, BALTIMORE, MD 21240

10925 NORTHROP GRUMMAN, ATTN ACCTS PAYABLE, ARLINGTON HEIGHTS, IL 60005

10924 NORTHROP GRUMMAN, ELECTRONIC SYS SUPPORT DIV, BALTIMORE, MD 21203

10925 NORTHROP GRUMMAN, FRANKLIN VALLEY ROAD, FLEETVILLE, PA 18420

10924 NORTHRUP CONCRETE, INC., P O BOX 431, BROCKPORT, NY 14420

10924 NORTHRUP CONCRETE, INC., P O BOX K55, BROCKPORT, NY 14420

10924 NORTHRUP CONST CONCRETE, P O BOX 431, BROCKPORT, NY 14420

10924 NORTHRUP CONTR INC, PO BOX K55, BROCKPORT, NY 14420

10924 NORTHRUP GRUMMAN CORP., BLDG. #23, 111 SCHILLING ROAD, HUNT VALLEY, MD 21031

10924 NORTHRUP GRUMMAN CORP., MAIL STOP A ALPHA 320, PO BOX 392, BALTIMORE, MD 21203

10924 NORTHRUP GRUMMAN CORP., PO BOX 392, BALTIMORE, MD 21203

10924 NORTHRUP HIGH SCHOOL, CORNER OF COOK RD. & COLDWATER RD., FORT WAYNE, IN 46816

10925 NORTHRUP, DEANNA, BOX 64, ELY, IA 52227

10925 NORTHRUP, THERESA R, 1512 PUFFIN CT, PASADENA MD, MD 21122

10924 NORTHSHORE HOSPITAL, 825 NORTHERN BLVD, GREAT NECK, NY 11020

10925 NORTHSHORE MARINE, 815 ULVALDE, HOUSTON, TX 77015

10924 NORTHSHORE UNIVERSITY HOSPITAL, @ GLEN COVE, GLEN COVE, NY 11542

10924 NORTHSIDE PLUMBING SUPPLY, 11501 W. HARDY, HOUSTON, TX 77078

10925 NORTHSTAR HOLDINGS, INC, 100 WASHINGTON AVE SOUTH, SUITE 800, MINNEAPOLIS, MN 55401-2121

10925 NORTHSTAR HOLDINGS, INC, 300 FIRST STAMFORD PLACE, STAMFORD, CT 06902

10924 NORTHSTAR INVESTMENT MGMT. CORP., 2 PICKWICK PLAZA, GREENWICH, CT 06830

10925 NORTHSTAR PLUMBING CO, INC, 3324 TIMBERLAKE ROAD, KENNESAW, GA 30144

10925 NORTHSTAR REPROGRAPHICS, 129 PORTLAND ST, BOSTON, MA 02114

10924 NORTHSTATE READYMIX, 16575 CREEK ROAD, REDDING, CA 96099

10924 NORTHSTATE READYMIX, ACCOUNTS PAYABLE, REDDING, CA 96099

10925 NORTH-STRONG SCIENTIFIC, INC, ALPHA INDUSTRIAL PARK, 15 AVE. A, PHILLIPSBURG, NJ 08865

10925 NORTHTOWN REFRIGERATION, 4711 NORTH LINCOLN, CHICAGO, IL 60625

10924 NORTHVILLE SUNRISE ASSISTED LIVING, 16100 HAGGERTY ROAD, NORTHVILLE, MI 48167

10925 NORTHWAY, TANYA, 112 TUSCARORA, LAKE WINNEBAGO, MO 64034

10924 NORTHWEST AIRLINES, AIRCRAFT MAINTENANCE, DETROIT, MI 48200

10924 NORTHWEST AIRLINES, JFK INTERNATIONAL AIRPORT, CARGO AREA D HANGAR 1 TRAILER, JAMAICA, NY 11430

10925 NORTHWEST ANALYTICAL, INC, 519 SW PARK AVE, PORTLAND, OR 97205

10924 NORTHWEST BLDG. MATERIALS, 31 W. 524 DIEHL  RD., NAPERVILLE, IL 60563

10924 NORTHWEST CARGO, NORTH ACCESS ROAD, OHARA FIELD, CHICAGO, IL 60629

10924 NORTHWEST CARGO, OHARA FIELD, NORTH ACCESS ROAD, CHICAGO, IL 60607

10924 NORTHWEST CASCADE INC., P.O. BOX 73399, PUYALLUP, WA 98373

10924 NORTHWEST COATINGS, 6870 S. 13TH STREET, OAK CREEK, WI 53154

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | NORTHWEST COATINGS, 7221 SOUTH 10TH. STREET, OAK CREEK, WI 53154 | |
| 10925 | NORTHWEST COMMON, PO BOX 342, CAMBRIDGE, MA 02140 | |
| 10924 | NORTHWEST COMMUNITY HOSPITAL, C/O J.L. MANTA, ARLINGTON HEIGHTS, IL 60005 | |
| 10925 | NORTHWEST CONCRETE MASONY, ASSOC, PO BOX 430, YAKIMA, WA 98907 | |
| 10924 | NORTHWEST CONCRETE/ARPS RED-E-MIX, 6205 N. 87 CIRCLE, OMAHA, NE 68134 | |
| 10924 | NORTHWEST COOPERAGE COMPANY, 7152 FIRST AVENUE S., SEATTLE, WA 98108 | |
| 10924 | NORTHWEST DRYWALL, 206 WEST 11TH STREET, REDWOOD FALLS, MN 56283 | |
| 10924 | NORTHWEST ELEMENTARY SCHOOL, 840 GREEN RIVER RD, SPARTANBURG, SC 29305 | |
| 10924 | NORTHWEST FIREPROOFING, PO BOX 7026, LYNNWOOD, WA 98046 | |
| 10924 | NORTHWEST FIREPROOFING, PO BOX3546, LYNNWOOD, WA 98046 | |
| 10924 | NORTHWEST FIREPROOFING/BIO SCIENCE, 3830 MONTE VILLA, BOTHELL, WA 98021 | |
| 10924 | NORTHWEST FIREPROOFING/EYE,EAR,NOSE, 217 W. CATALDO, SPOKANE, WA 99201 | |
| 10924 | NORTHWEST FIREPROOFING/NORTH CREEK, 19801 NORTH CREEK PKWY, BOTHELL, WA 98011 | |
| 10924 | NORTHWEST FIREPROOFING/SAFEWAY 1551, VIKING TERMINAL SEATTLE, SEATTLE, WA 98101 | |
| 10924 | NORTHWEST FIREPROOFING/SEA TAC, CORNER OF 28TH & 188TH, SEATTLE, WA 98188 | |
| 10924 | NORTHWEST FIREPROOFING/SEA-TAC, 18502 76TH AVE. WEST, EDMONDS, WA 98026 | |
| 10924 | NORTHWEST FIREPROOFING/SEATTLE, 800 PIKE ST., SEATTLE, WA 98111 | |
| 10924 | NORTHWEST FIREPROOFING/SWEDISH HOSP, MADISON & MINOR, SEATTLE, WA 98188 | |
| 10924 | NORTHWEST FIREPROOFING/WEST POINT, 22515 6TH AVE. SOUTH, DES MOINES, WA 98198 | |
| 10925 | NORTHWEST HEATING &, POBOX 1806, ARVADA, CO 80001 | |
| 10925 | NORTHWEST HOSPITAL CENTER, PO BOX 630710, BALTIMORE, MD 21263-0710 | |
| 10924 | NORTHWEST IL CONSTRUCTION COMPANY, 350 ANTEC ROAD, ROCK FALLS, IL 61071 | |
| 10924 | NORTHWEST IL CONSTRUCTION COMPANY, P. O. BOX 994, STERLING, IL 61081 | |
| 10924 | NORTHWEST IOWA HEALTH CENTER, HOSPITAL, SHELDON, IA 51201 | |
| 10924 | NORTHWEST LABEL & DESIGN, 3259 20TH AVE WEST, SEATTLE, WA 98199 | |
| 10924 | NORTHWEST MAGNET SCHOOL, C/O ACOUSTICS, INC., CHARLOTTE, NC 28216 | |
| 10924 | NORTHWEST MASONRY REINFORCEMENT, 19501 144TH AVENUE N.E., WOODINVILLE, WA 98072 | |
| 10924 | NORTHWEST MASONRY REINFORCEMENT, PO BOX2984, REDMOND, WA 98073 | |
| 10924 | NORTHWEST MEDICAL CENTER, 120 LABREE AVENUE SOUTH, THIEF RIVER FALLS, MN 56701 | |
| 10924 | NORTHWEST MEDICAL CENTER, FAIRFIELD STREET, SAINT ALBANS, VT 05478 | |
| 10925 | NORTHWEST METAL & SALVAGE SERVICE, 9607 AURORA AVE N., SEATTLE, WA 98103 | |
| 10925 | NORTHWEST MICROFILM CO, PO BOX 2199, SPOKANE, WA 99210 | |
| 10924 | NORTHWEST PIPE & CASING, PO BOX280, ADELANTO, CA 92301 | |
| 10924 | NORTHWEST PIPE COMPANY, 6501 CLAY STREET, RIVERSIDE, CA 92509 | |
| 10924 | NORTHWEST R/M, (LOCATED ON THE HAYDON POWER PLANT), 12795 E. UTE, HAYDEN, CO 81639 | |
| 10924 | NORTHWEST READY MIX INC., ATTN: ACCOUNTS PAYABLE, CRAIG, CO 81626 | |
| 10924 | NORTHWEST READY MIX, 2940 E. HWY 40, CRAIG, CO 81625 | |
| 10924 | NORTHWEST READY MIX, 40 COUNTY ROAD 8, MEEKER, CO 81641 | |
| 10924 | NORTHWEST READY MIX, ATTN: ACCOUNTS PAYALE, CRAIG, CO 81626 | |
| 10924 | NORTHWEST SENIOR HIGH SCHOOL, 7007 NW 12TH AVENUE, MIAMI, FL 33150 | |
| 10924 | NORTHWEST STONE & BRICK, ATTN:  ACCOUNTS PAYABLE, ROYAL CITY, WA 99357 | |
| 10924 | NORTHWEST STONE AND BRICK, 19503 63RD AVENUE N.E., ARLINGTON, WA 98223 | |
| 10924 | NORTHWEST STONE AND BRICK, 3997 ROAD 13.6 S.W., ROYAL CITY, WA 99357 | |
| 10924 | NORTHWEST STONE AND BRICK, ATTN:  ACCOUNTS PAYABLE, ROYAL CITY, WA 99357 | |
| 10925 | NORTHWEST TITLE COMPANY, 530 BREEZE ST, CRAIG, CO 81625 | |
| 10925 | NORTHWEST VILLAGE SHOPPNG, 17378 NORTHWEST FREEWAY, HOUSTON, TX 77040 | |
| 10925 | NORTHWEST WALL& CEILING BUREAU, 1032-A N.E. 65TH ST, SEATTLE, WA 98115 | |
| 10924 | NORTHWESTERN CORPORATE CENTER, 10 MILE AND NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48075 | |
| 10924 | NORTHWESTERN HIGH SCHOOL, 2305 WEST MAIN ST., ROCK HILL, SC 29732 | |
| 10924 | NORTHWESTERN MASONRY, STORE #6899, 4400 NORTH MAIN STREET, FINDLAY, OH 45840 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NORTHWESTERN MEM HOSP C/O SPRAY INS, BETWEEN HURON ERIE ST.CLAIR FAIRBAN, CHICAGO, IL 60611 | |
| 10924 | NORTHWESTERN MEMORIAL, C/O SPRAY INSULATION, CHICAGO, IL 60611 | |
| 10925 | NORTHWESTERN MUTUAL LIFE, 177 BROAD ST SUITE 1005, STAMFORD, CT 06901 | |
| 10925 | NORTHWESTERN MUTUAL LIFE, 666 THIRD AVE,30TH FL, NEW YORK, NY 10017 | |
| 10924 | NORTHWESTERN TECH. UNIVERSITY, SHERIDIAN ROAD, EVANSTON, IL 60185 | |
| 10924 | NORTHWESTERN UNIVERSITY HOSPITAL, C/O BARRIER CORPORATION, CHICAGO, IL 60611 | |
| 10925 | NORTHWESTERN UNIVERSITY, 2001 SHERIDAN ROAD, EVANSTON, IL 60208-2800 | |
| 10924 | NORTHWESTERN UNIVERSITY, 2145 SHERIDAN ROAD, EVANSTON, IL 60208 | |
| 10925 | NORTHWESTERN UNIVERSITY, 2145 SHERIDAN ROAD, EVANSTON, IL 60208-4400 | |
| 10925 | NORTHWESTERN UNIVERSITY, 600 FOSTER ST, EVANSTON, IL 60208-4055 | |
| 10924 | NORTHWIND CONC PRODUCTS, 4633 PRAIRIE HILL RD., SOUTH BELOIT, IL 61080 | |
| 10924 | NORTHWIND CONCRETE PRODUCTS, PO BOX7369, ROMEOVILLE, IL 60446 | |
| 10924 | NORTHWIND CONCRETE PRODUCTS, ROUTE 7 & ROUTE 53, ROMEOVILLE, IL 60446 | |
| 10924 | NORTHWIND CONCRETE, 4633 PRAIRIE HILL ROAD, SOUTH BELOIT, IL 61080 | |
| 10925 | NORTHWOODS HANDICAPPED ASSEMBLED, 21080 OLINDA TRAIL NO, SCANDIA, MN 55073 | |
| 10924 | NORTON & SON, 148 E. 5TH ST., BAYONNE, NJ 07002 | |
| 10924 | NORTON AND SON, E. 5TH AND HOBOART AVE, BAYONNE, NJ 07002 | |
| 10924 | NORTON ART GALLERY, 1451 S. OLIVE AVE, WEST PALM BEACH, FL 33401 | |
| 10924 | NORTON ART GALLERY, C/O AMERICAN FIREPROOFING, WEST PALM BEACH, FL 33401 | |
| 10924 | NORTON ART GALLERY, C/O SUFFOLK CONSTRUCTION, WEST PALM BEACH, FL 33401 | |
| 10924 | NORTON ART GALLERY, CAMBRIDGE, MA 99999 | |
| 10924 | NORTON AS, ATTN: O. SYRDAL, LILLESAND, 04791NOR | *VIA Deutsche Post* |
| 10924 | NORTON AS, ATTN: O. SYRDAL, LILLESAND, 0NOR | *VIA Deutsche Post* |
| 10925 | NORTON BEVERAGE CO., 2451 MASS. AVE, NORTH CAMBRIDGE, MA 02140 | |
| 10924 | NORTON CHEMICAL PROCESS PRODUCTS, 3840 FISHCREEK ROAD, STOW, OH 44224 | |
| 10924 | NORTON CHEMICAL PROCESS PRODUCTS, PO BOX 350, AKRON, OH 44309 | |
| 10925 | NORTON CO SAINT-COBAIN CORP, LAUREN P ALTERMAN, 750 E SWEDESFORD ROAD, VALLEY FORGE, PA 19482-0101 | |
| 10925 | NORTON CO, LAUREN P ALTERMAN SR COUNS, 750 E SWEDESTORD RD, VALLEY FORGE, VA 19482 | |
| 10924 | NORTON ELECTRIC WHOLESALE, P.O. BOX 86048, LOS ANGELES, CA 90086-0048 | |
| 10924 | NORTON GALLERY & SCHOOL, OF ART, WEST PALM BEACH, FL 33401 | |
| 10925 | NORTON GALLERY OF ART, 1451 S. OLIVE AVE, WEST PALM BEACH, FL 33401 | |
| 10924 | NORTON GALLERY SCHOOL, THE, 1451 SO. OLIVER AVE., WEST PALM BEACH, FL 33401 | |
| 10925 | NORTON LILLY, INTERNATIONAL, INC, 200 PLAZA DR., SECAUCUS, NJ 07096 | |
| 10924 | NORTON MIDDLE SCHOOL, ROUTE 95 TO ROUTE 123 -WEST MAIN RD, NORTON, MA 02766 | |
| 10925 | NORTON PACKAGING INC, 20670 CORSAIR BLVD, HAYWARD, CA 94545 | |
| 10924 | NORTON PACKAGING, INC., 3100 E. 10TH STREET, OAKLAND, CA 94601 | |
| 10924 | NORTON SIMON MUSEUM, C/0 WESTSIDE, PASADENA, CA 91109 | |
| 10925 | NORTON WELDING SUPPLY, INC, 2906 DEANS BRIDGE RD., AUGUSTA, GA 30906 | |
| 10925 | NORTON, ARNOLD, 604 EASTWAY DRIVE, LAKELAND, FL 33803 | |
| 10925 | NORTON, ARRANA, ROUTE 4 BOX 235 M, LEESVILLE, SC 29070 | |
| 10925 | NORTON, BARBARA, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | NORTON, BARBARA, LONGWOOD RT 97, GLENWOOD, MD 21738 | |
| 10925 | NORTON, BARBARA, PO BOX 290427, DAVIE, FL 33329 | |
| 10925 | NORTON, BRUCE, 5022 SOUTH BROOKLINE, OKLAHOMA CITY, OK 73119 | |
| 10925 | NORTON, CAROL, 58 DEWEY DRIVE, RINGWOOD, NJ 07456 | |
| 10925 | NORTON, CLIFFORD, 29 OLD AUBURN RD, DERRY, NH 03038 | |
| 10925 | NORTON, DEAN, 1680 MOUNTAIN DRIVE, ROCK SPRINGS, WY 82901 | |
| 10925 | NORTON, DEBBIE, 129 IRENE DR., TROY, AL 36081 | |
| 10925 | NORTON, DONNA, 5329 ISABEL WAY S, MOBILE, AL 36693 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NORTON, EUGENE, ESSEX COOP APTS 1000 FRANKLIN AVE, 1116, ESSEX, MD 21221 | |
| 10925 | NORTON, FRANK, 151 MONTGOMERY AVE, IRVINGTON, NJ 07111 | |
| 10925 | NORTON, HEIDI, 255 NORTH ROAD UNIT 226, CHELMSFORD, MA 01824 | |
| 10925 | NORTON, JAMES, 422 SE 17TH PLACE, OCALA, FL 34474 | |
| 10925 | NORTON, JANET, 3265 VIRGINIA ST SUITE #5, COCONUT GROVE, FL 33133 | |
| 10925 | NORTON, JOHN, 127 MARLBROOKE WAY, KENNETT SQUARE, PA 19348 | |
| 10925 | NORTON, JULIA, 8107 PINE HILL, LAUREL, MD 20707 | |
| 10925 | NORTON, MARVIN, 3820 LUMBERDALE #E2, HOUSTON, TX 77092 | |
| 10925 | NORTON, MICHAEL, 913 SHENANDOAH DR., SPRING LAKE, NJ 07762 | |
| 10925 | NORTON, PATRICIA, 622 DUSTY ROAD, BOONVILLE, IN 47601 | |
| 10925 | NORTON, RON, 1104 W. READING PLACE, TULSA, OK 74127-2700 | |
| 10925 | NORTON, SUSAN, 204 BOLTON ST # 4, MARLBORO, MA 01752 | |
| 10925 | NORTON, THOMAS, 213 FIRST ST, MELROSE, MA 02176 | |
| 10925 | NORTON, THOMAS, 3379 DREW CT, MIDDLEBURG, FL 32068 | |
| 10925 | NORTON, TIMOTHY, 101 SALEM END ROAD, FRAMINGHAM, MA 01701 | |
| 10925 | NORTON, WILLIE, PO BOX 594, ABBEVILLE, AL 36310 | |
| 10925 | NORTRUP, FARREL, LOT O, SAN BENITO, TX 78586 | |
| 10925 | NORVAL E GUTTORMSEN, 20996 T R 157, W LAFAYETTE, OH 43845 | |
| 10924 | NORWALK DRUM, 10970 NANCE ST, NORWALK, CA 90650 | |
| 10925 | NORWALK READY MIX CONCRETE INC, PO BOX 309, NORWALK, IA 50211 | |
| 10924 | NORWALK READY MIX CONCRETE,INC., P.O. BOX 309, NORWALK, IA 50211 | |
| 10924 | NORWALK READY MIX CONCRETE,INC., PO BOX309, NORWALK, IA 50211 | |
| 10925 | NORWALK READY MIX, 933 HUGHES, NORWALK, IA 50211 | |
| 10924 | NORWALK TANK CO, 2121 MAPLE RD, JOLIET, IL 60432 | |
| 10924 | NORWALK TANK CO., 2121 MAPLE RD., JOLIET, IL 60432 | |
| 10924 | NORWALK VAULT CO OF MAINE, INC., 1907 KIENLEN AVE., SAINT LOUIS, MO 63133 | |
| 10924 | NORWALK VAULT CO.OF MAINE, INC, 1907 KIENLEN AVENUE, SAINT LOUIS, MO 63133 | |
| 10925 | NORWARD, MARVIN, 909 TWIN CREEK DR., DESOTO, TX 75115 | |
| 10924 | NORWEGIAN AMERICAN HOSPITAL, 1044 N. FRANSCISCO AVE., CHICAGO, IL 60622-2794 | |
| 10924 | NORWEST MORTGAGE BUILDING, 1725 68TH STREET, WEST DES MOINES, IA 50266 | |
| 10925 | NORWOOD CUSTOM HOMES, ROARK DAVID M REGISTERED AGENT, 1009 S WHITNEY WAY, MADISON, WI 53711 | |
| 10925 | NORWOOD ENGINEERING CO INC, 1410 ROUTE ONE, NORWOOD, MA 02062 | |
| 10925 | NORWOOD FIRE PROTECTION INC, 30 OLD PAGE ST, STOUGHTON, MA 02072 | |
| 10925 | NORWOOD SHADE & BLIND, PO BOX 61, NORWOOD, MA 02062 | |
| 10925 | NORWOOD SHEET METAL, 744 PROVIDENCE HWY, NORWOOD, MA 02062 | |
| 10925 | NORWOOD, C, PO BOX 14182, GREENVILLE, SC 29610-4182 | |
| 10925 | NORWOOD, JOHNNY, 8690 OVERHILL LANE, BEAUMONT, TX 77707 | |
| 10925 | NORWOOD, JOSEPH, 2121 SUMMER AVE., WACO, TX 76707 | |
| 10925 | NORWOOD, JOSIAH, 282 RENNER AVE, NEWARK, NJ 07112 | |
| 10925 | NORWOOD, K, PO BOX 1102, ANTIOCH, TN 37011 | |
| 10925 | NORWOOD, KENNETH, 220 CALHOUN ST, CLEMSON, SC 29631 | |
| 10925 | NORWOOD, TRACY, RT 3 BOX 743, WESTMINSTER, SC 29693 | |
| 10925 | NORYKO, ROBERT, 230 WILSHIRE AVE, DALY CITY, CA 94015-1036 | |
| 10925 | NORZ, GERALD R, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | NORZ, GERALD, 1456 HOCKERS ST, DEPERE, WI 54115 | |
| 10925 | NOSAL, JOSEPH, 407 N AMBLER ST, QUAKERTOWN, PA 18951 | |
| 10925 | NOSEGBY, DAVID, 4026 7TH ST NE #7, WASHINGTON, DC 20017 | |
| 10925 | NOSELLI, CHRISTOPHER, 501 MITCHELL DR, VALLEY COTTAGE, NY 10989 | |
| 10925 | NOSELLI, EDWINA, 501 MITCHELL DRIVE, VALLEY COTTAGE, NY 10989 | |
| 10925 | NOSEWORTHY, JAMES, 16 PALISADE PLACE, HALIFAX, NS B3M 2Y8CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NOSKOWIAK, GARY, PO BOX 142, GREENLEAF, WI 54126 | |
| 10925 | NOTARANGELO, DR VINCENT M, 3001 S. HANOVER ST., #G-11, BALTIMORE, MD 21225 | |
| 10925 | NOTARY PUBLIC UNDERWRITER, PO BOX 5378, TALLAHASSEE, FL 32314-5378 | |
| 10925 | NOTARY SEMINARS INC, 4735 ROLANDO BLVD, SAN DIEGO, CA 92115 | |
| 10925 | NOTBOHM, KEITH, 4343 W BELTLINE HWY, MADISON, WI 53711 | |
| 10925 | NOTH, RICHARD, 3480 BARRON AVE, MEMPHIS, TN 38111 | |
| 10924 | NOTHERS AWARDS & IDENTIFICATION, 323 HORTON STREET, LONDON  ONTARIO, ON N6B 1L5TORONTO | *VIA Deutsche Post* |
| 10924 | NOTHERS AWARDS & IDENTIFICATION, 3560 PINEGROVE AVENUE, PORT HURON, MI 48060 | |
| 10924 | NOTIFIER OF NEW YORK,INC., 102 MARY LANE, NEDROW, NY 13120 | |
| 10924 | NOTIFIER OF NEW YORK,INC., 265 INDUSTRIAL PARK DR., KIRKWOOD, NY 13795 | |
| 10924 | NOTIFIER OF NEW YORK,INC., PO BOX E, NEDROW, NY 13120 | |
| 10924 | NOTRE DAME SCHOOL OF BUSINESS, U. OF NORTH DAKOTA, SOUTH BEND, IN 46556 | |
| 10924 | NOTRE DAME UNIVERSITY/JOYCE CENTER, SOUTH BEND, IN 46637 | |
| 10925 | NOTTAGE, BOYTO, 21 QUEENTREE COURT, F, BALTIMORE, MD 21244 | |
| 10925 | NOTTAGE, EARL, 10825 SW 152 TERR, MIAMI, FL 33157 | |
| 10925 | NOUD, THOMAS, 213 3RD AVE, ILIFF, CO 80736 | |
| 10925 | NOURSE JR, LARRY, 1512 WOODSIDE CT, CHESAPEAKE, VA 23320 | |
| 10925 | NOUSS, J, 2341 NE 28 CT, LIGHTHOUSE PT, FL 33064 | |
| 10925 | NOUVELLES IMAGES INC, 860 CANAL ST, STAMFORD, CT 06902 | |
| 10924 | NOVA CHEMICALS LTD, BLDG. #21, RED DEER, AB T4N 6A1TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD, MOORE PLANT, 510 MOORE LINE, SARNIA, ON N7T 8E3TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD, PO BOX 3050, SARNIA, ON N7T 8G9TORONTO | *VIA Deutsche Post* |
| 10925 | NOVA CHEMICALS LTD, POBOX 5006, RED DEER, AB T4N 6A1CANADA | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD., 1271 LOUGAR STREET, SARNIA, IT N7T 7M1TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD., 285 ALBERT STREET, CORUNNA, IT N0N 1G0TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD., 475 HILL STREET, CORUNNA ONTARIO, IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD., HIGHWAY 11 EAST, PLANT SITE, RED DEER, IT T4N 6A1TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD., PO BOX 3042, SARNIA, ON N7T 7M1TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD., PO BOX 3042, SARNIA, ON N7T 8C9TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS LTD., PO BOX 3070, SARNIA, IT N7T 8E3TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA CHEMICALS, STATION M, 645 SEVENTH AVENUE SW, CALGARY, AB T2P 5C6TORONTO | *VIA Deutsche Post* |
| 10924 | NOVA GROUP, INC., TRAILER ON AXIS ROAD, NORTH OF BUILDING 2013, NAVEL AIR STATION, NORTH ISLAND NAVAL AIR ST, CA 92135 | |
| 10924 | NOVA GROUP, INCORPORATED, 7411 NAPA-VALLEJO HIGHWAY, NAPA, CA 94558 | |
| 10924 | NOVA GROUP, INCORPORATED, PO BOX357103, SAN DIEGO, CA 92135 | |
| 10924 | NOVA MOLECULAR TECHNOLOGIES, INC., 10200 BAY AREA BOULEVARD, PASADENA, TX 77507 | |
| 10924 | NOVA MOLECULAR, 10200 BAY AREA BLVD, PASADENA, TX 77507-1852 | |
| 10925 | NOVA PB INC, 1200 GARNIER ST, STE-CATHERINE, QC L2V 3Y9CANADA | *VIA Deutsche Post* |
| 10924 | NOVA RESEARCH & TECHNICAL CTR, 2928 16TH ST N.E., CALGARY, AB T2E 7K7TORONTO | *VIA Deutsche Post* |
| 10925 | NOVA UNIVERSITIES TECHNOLOGY INC, 1379 SEYMOUR ST, HALIFAX, NS B3H 3M6CANADA | *VIA Deutsche Post* |
| 10925 | NOVACARE INC, 2406 SOUTH 24TH ST #E-116, PHOENIX, AZ 85034 | |
| 10925 | NOVACARE OCC HEALTH, PO BOX 100491, ATLANTA, GA 30384-0491 | |
| 10925 | NOVACARE OUTPATIENT REHAB, 2403 WASHINGTON RD., CANONSBURG, PA 15317 | |
| 10925 | NOVACARE OUTPATIENT REHABILITATION, 5015 W. 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | NOVACEK, ARTHUR C, 1790 SE 25TH AVE, FT LAUDERDALE, FL 33316-3112 | |
| 10924 | NOVACOR, 785 PETROLINA LINE, CORUNNA, IT N0N 1G0TORONTO | *VIA Deutsche Post* |
| 10925 | NOVAK LANDFILL PRP GROUP, MONTGOMERY MCCRACKEN WALKER & RHOAD, 123 SOUTH BROAD ST, PHILIDELPHIA, PA 19109 | |
| 10925 | NOVAK RD/RA GROUP SITE, NATL PENN BANK, ALLENTOWN, PA 18101 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NOVAK SITE RD/RA PRP GROUP, C/O NIHILL & RIEDLEY, INDEPENDENCE SQ WEST #720 E, PHILADELPHIA, PA 19106 | |
| 10925 | NOVAK, ANTHONY, 1312 LAKEVIEW ST, WHITING, IN 46394 | |
| 10925 | NOVAK, CHRISTOPHER, 22 CASCADE RD, ARNOLD, MD 21012 | |
| 10925 | NOVAK, DALE, 1332 SUNRAY LANE, GREEN BAY, WI 54313 | |
| 10925 | NOVAK, GARY, 2760 WOODBURY DRIVE, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | NOVAK, JAMES, N1230 CLUNE RD, KAUKAUNA, WI 54130 | |
| 10925 | NOVAK, JEFFREY, 1222 ILLINOIS AVE., 1, DORMONT, PA 15216 | |
| 10925 | NOVAK, LINDA A, 151 MITCHELL RD APT D6, GREENVILLE, SC 29615 | |
| 10925 | NOVAK, LINDA ANNE, 2206 MERRIMAC AVE, MECHANICSBURG, PA 17055-5788 | |
| 10925 | NOVAK, LINDA, 208 CHARMAR WAY, TAYLORS, SC 29687 | |
| 10925 | NOVAK, LOIS, 1847 HAMILTON ST S W, CEDAR RAPIDS, IA 52404 | |
| 10925 | NOVAK, MARK, 2704 LANSING, WICHITA FALLS, TX 76309 | |
| 10925 | NOVAK, NINA JANE, CUST FOR ANDREW PATRICK NOVAK, UNIF GIFT MIN ACT PA, 1932 OAKCREST COURT, ALLSION PARK, PA 15101-2850 | |
| 10925 | NOVAK, NINA JANE, CUST FOR HEATH PATRICK NOVAK, UNIF GIFT MIN ACT PA, 1932 OAKCREST COURT, ALLISON PARK, PA 15101-2850 | |
| 10925 | NOVAK, NINA JANE, CUST FOR MICHAEL ANDREW NOVAK, UNIF GIFT MIN ACT PA, 1932 OAKCREST COURT, ALLSION PARK, PA 15101-2850 | |
| 10925 | NOVAK, NINA JANE, CUST FOR RYAN JAMES NOVAK, UNIF GIFT MIN ACT PA, 1932 OAKCREST COURT, ALLSION PARK, PA 15101-2850 | |
| 10925 | NOVAK, PATRICK, 19401 VANOWEN, RESEDA, CA 91335 | |
| 10925 | NOVAK, SANDRA, 83 ANNE ST, SOMERVILLE, NJ 08876 | |
| 10925 | NOVAK, WAYNE A, CUST TODD ALLEN, NOVAK UNIF GIFT MIN ACT, 221 ROSS AVE, SAN ANSELMO, CA 94960 | |
| 10925 | NOVAMAX CHEMICAL MANAGEMENT, PLANT #11 OIL HOUSE, DEPT# 1122, ANDERSON, IN 46018 | |
| 10925 | NOVAMAX TECHNOLOGIES INC, 1615 JOHNSON ROAD N W, ATLANTA, GA 30318 | |
| 10924 | NOVAMED S.A. DE C.V., 27 AV. NTE 1331,LOCAL 13,, URB LA ESPERANZA, ENTRE 23Y 25 CALLE PTE., SAN SALVADOR, SLV | *VIA Deutsche Post* |
| 10925 | NOVARA TESIJA NOUHAN, 2000 TOWN CENTER, SUITE 2370, SOUTHFIELD, MI 48075-1314 | |
| 10924 | NOVARTIS BLDG 425/426, 59 ROUTE 10 EAST, EAST HANOVER, NJ 07936 | |
| 10924 | NOVARTIS CONSUMER HEALTH INC, 10401 HWY 6, LINCOLN, NE 68517 | |
| 10924 | NOVARTIS CONSUMER HEALTH INC., PO BOX 83288, LINCOLN, NE 68501-3288 | |
| 10925 | NOVARTIS CROP PROTECTION INC., NOVARTIS CROP PROTECTION INC., PO BOX 19300, 410 SWING ROAD, GREENSBORO, NC 27419-8300 | |
| 10924 | NOVARTIS CROP PROTECTION, INC., 410 SWING ROAD, GREENSBORO, NC 27409 | |
| 10924 | NOVARTIS CROP PROTECTION, INC., 7145 58TH AVE., VERO BEACH, FL 32967 | |
| 10924 | NOVARTIS CROP PROTECTION, INC., PO BOX18300, GREENSBORO, NC 27419 | |
| 10924 | NOVARTIS PHARMACEUTICAL, 25 OLD MILL ROAD, SUFFERN, NY 10901 | |
| 10924 | NOVARTIS PHARMACEUTICAL, ROUTE 59, SUFFERN, NY 10901 | |
| 10924 | NOVARTIS PHARMACEUTICALS, 608 5TH AVE, MANHATTAN, NY 10020 | |
| 10924 | NOVARTIS PHARMECUTICAL CORP, 59 RTE.10/BUILDING 408, EAST HANOVER, NJ 07936 | |
| 10925 | NOVARTIS SEEDS INC, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10924 | NOVARTIS SEEDS INC., 1428 MADISON, NAMPA, ID 83653 | |
| 10924 | NOVARTIS SEEDS INC., 650 SUGAR MILL RD, LONGMONT, CO 80501 | |
| 10924 | NOVARTIS SEEDS, 1020 SUGAR MILL RD, LONGMONT, CO 80501 | |
| 10925 | NOVARTIS/SANDOZ ARGO INC/ZOECON, GEORGE CROUSE JOHN LICATA, | |
| 10925 | NOVASEP, 481 S. DEMOCRAT RD., DEPTFORD TERRACE, NJ 08097 | |
| 10925 | NOVASPECT INC, PO BOX 92202, CHICAGO, IL 60675-2202 | |
| 10925 | NOVASPECT INC., 1776 COMMERCE DRIVE, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | NOVASPECT, INC, PO BOX 92202, CHICAGO, IL 60675-2202 | |
| 10924 | NOVATEC, INC., 222 E. THOMAS AVENUE, BROOKLYN, MD 21225 | |
| 10925 | NOVATECH PACKAGING SYSTEMS, INC, 4131 HOMESTEAD, IRVINE, CA 92604 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | NOVEH, JACQUELINE, 5 ALBERT CT., METAIRIE, LA 70003 | |
| 10925 | NOVEILLO, JOHN, 105 LILAH LANE, READING, MA 01867 | |
| 10924 | NOVELAIRE TECHNOLOGIES, 10132 MAMMOTH AVENUE, BATON ROUGE, LA 70814 | |
| 10925 | NOVELL INC, PO BOX 641025, PITTSBURGH, PA 15264-1025 | |
| 10925 | NOVELL INC, POBOX 641025, PITTSBURGH, PA 15264-1025 | |
| 10925 | NOVELL PREMIUM SERVICES, 1555 N TECHNOLOGY WAY, OREM, UT 84057 | |
| 10924 | NOVELLUS SYSTEMS, INC., 3175 HANOVER STREET, PALO ALTO, CA 94303 | |
| 10924 | NOVEN PHARMACEUTICALS, 11960 S.W. 144TH STREET, MIAMI, FL 33186 | |
| 10924 | NOVEN PHARMACEUTICALS, 14500 S.W. 119TH AVENUE, MIAMI, FL 33186 | |
| 10924 | NOVEX, 11040 ROSELLE ST, SAN DIEGO, CA 92121 | |
| 10924 | NOVI HIGH SCHOOL, 24062 TAFT ROAD, NOVI, MI 48374 | |
| 10924 | NOVI PLASTERING, C/O CEN CAL WALLBOARD SUPPLY, RANCHO CORDOVA, CA 95670 | |
| 10924 | NOVI PLASTERING/VISION SERVICE PLAN, C/O CEN WALLBOARD SUPPLY, SACRAMENTO, CA 94203 | |
| 10924 | NOVI, PATIENT SUPPORT, SACRAMENTO, CA 94203 | |
| 10924 | NOVIA UNIVERSITY, C/O GALE FIREPROOFING, ORLANDO, FL 32806 | |
| 10925 | NOVICK, ANDREW, 3 BRIARCLIFFE DR, SCOTCH PLAINS, NJ 07076 | |
| 10925 | NOVIGEN SCIENCES, INC, 1730 RHODE ISLAND AVE - NW, STE.110, WASHINGTON, DC 20036 | |
| 10924 | NOVILLE ESSENTIAL CO, 124 CHASE DR, SOUTH PLAINFIELD, NJ 07080 | |
| 10924 | NOVILLE ESSENTIAL OIL CO., INC., CAMBRIDGE, MA 02140 | |
| 10924 | NOVINGERS INC, 3360 INDUSTRIAL WAY, HARRISBURG, PA 17110 | |
| 10924 | NOVINGERS INC, PO BOX 60186, HARRISBURG, PA 17106 | |
| 10925 | NOVITSKI, MICHAEL, 1120 ELIZABETH ROW 5, GREEN BAY, WI 54302 | |
| 10925 | NOVITSKY, DONALD, 1035 GRANDELL AVE, READING, PA 19605 | |
| 10924 | NOVO PHARMACEUTICAL, 6200 FREEPORT CENTER, BALTIMORE, MD 21224 | |
| 10925 | NOVOTEL, 45 THE ESPLANADE, TORONTO, ON M5E 1W2CANADA | *VIA Deutsche Post* |
| 10925 | NOVOTNEY, JANICE, 2507 VILLAGE OF, LEVITTOWN, PA 19054 | |
| 10925 | NOVOTNY, RAYMOND, 1523 W SUFFIELD CT, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | NOVUS SYSTEMS INC, POBOX 297742, HOUSTON, TX 77297-0742 | |
| 10925 | NOW CARE MEDICAL CENTERS, 13031 RIDGEDALE DR, MINNETONKA, MN 55305 | |
| 10925 | NOW COURIER, INC, 95 WASHINGTON ST, FOXBORO, MA 02035 | |
| 10925 | NOW FREIGHT SYSTEMS, PO BOX 4080, SOUTH STATION, NEWARK, NJ 07114 | |
| 10925 | NOWAK, BRUCE, 137 BELMONT ROAD, MADISON, WI 53714 | |
| 10925 | NOWAK, CHARLES, PO BOX 103, MOMENCE, IL 60954 | |
| 10925 | NOWAK, DEBORAH, 137 BELMONT ROAD, MADISON, WI 53714 | |
| 10925 | NOWAK, EDWARD, 1331 BELLEVUE ST LOT 178, GREEN BAY, WI 54302 | |
| 10925 | NOWAK, EDWARD, 1331 BELLEVUE ST LOT 542, GREEN BAY, WI 54302 | |
| 10925 | NOWAK, ELLEN, 334 N FLAT ST, PENN YAN, NY 14527 | |
| 10925 | NOWAK, GREGORY, 1434 OSAGE AVE, AKRON, OH 44305 | |
| 10925 | NOWAK, JEANETTE, 105 N HILL S, MOMENCE, IL 60954 | |
| 10925 | NOWAK, LYNN, 406 N PROSPECT, LIBERAL, KS 67901 | |
| 10925 | NOWAK, PEARL S, F1528 COUNTY TRUNK F, MINOCQUA, WI 54548 | |
| 10925 | NOWAK, S PETER, CUST FOR ANNE E NOWAK, UNIF GIFT MIN ACT-PA, 202 OVERLOOK AVE, WILLOW GROVE, PA 19090-2726 | |
| 10925 | NOWAKOWSKI, ROBERT, 11 MARION ST, HARTFORD, CT 06106 | |
| 10925 | NOWELL, CHARLETTE, 2731 HICKORY BEND, GARLAND, TX 75044-7437 | |
| 10925 | NOWELL, LISA, 82 S. BATES ROAD, TAYLOR, SC 29687 | |
| 10925 | NOWELL, RODNEY, 836 OAK HILL, WOOSTER, OH 44691 | |
| 10925 | NOWLAND E REYNOLDS III, 1901 THOMAS DR, ANNAPOLIS, MD 21401-6237 | |
| 10925 | NOWLIN FENCE CO, PO BOX 59, BELLFLOWER, CA 90707 | |
| 10925 | NOWLIN, ANN F, 1943 CLAY ROAD, MABLETON, GA 30059 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    NOWLIN, DELMAR, 959 MORGAN RD, WEST HARRISON, IN 47060

10925    NOWLIN, JAMES D, 1424 W WHIPPOORWILL WY, MUSTANG, OK 73064-2014

10925    NOWLIN, JAMES, 1424 W WHIPPOORWILL, MUSTANG, OK 73064

10925    NOWLIN, ROBERT, 6702 HELMERS, HOUSTON, TX 77022

10925    NOWOKUNSKI, MICHAEL, 6B BUEL PLACE APT B, WOBURN, MA 01801

10925    NOXELL CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925    NOYCE, PATRICIA, 605 DOHENY WAY, CASSELBERRY, FL 32707

10925    NOYE, SANDRA, 875 WILLIAMS BLVD, RIDGELAKE, MS 39157

10925    NOYES DATA CORPORATION, 120 MILL ROAD, PARK RIDGE, NJ 07656

10925    NOYES, TORREY, 3504 HABERSHAM DR., CUMMING, GA 30130

10925    NOZEMACK, MATTHEW, 1903 BILLY BARTON CIRCLE, REISTERSTOWN, MO 21136

10925    NOZEMACK, RICHARD J, 7500 GRACE DR., COLUMBIA, MD 21044

10925    NOZEMACK, RICHARD, 1903 BILLY BARTON CI, REISTERSTOWN, MD 21136

10924    NPA COATINGS, INC., 11110 BEREA ROAD, CLEVELAND, OH 44102

10925    NPC CORPORATION, PO BOX 245, NEWTON UPPER FALLS, MA 02164

10924    NPG, INC., GENTW10, PO BOX 25235, LEHIGH VALLEY, PA 18002-5223

10924    NPN-8-S3731-IN, 1 SUPS - LGS, HURLBURT FIELD, FL 32544-5350

10925    NPR, INC, PO BOX 8069, PHILADELPHIA, PA 19101-8069

10925    NPRA, 1899 L ST.,NW,STE. 1000, WASHINGTON, DC 20036

10924    NPS ENERGY SERVICES, BRUNNER ISLAND/WAGO RD., YORK HAVEN, PA 17370

10925    NR, KHAM, 4851 MATTERHORN, WICHITA FALLS, TX 76310

10925    NRB INC, MODULAR BUILDING SYSTEM, 115 SOUTH SERVICE ROAD WEST,BOX 129, GRIMSBY, ON    *VIA Deutsche Post*
L3M 4G3CANADA

10925    NRB INC, MODULAR BUILDING SYSTEMS, 115 S. SERVICE ROAD WEST, BOX 129, GRIMSBY, ON    *VIA Deutsche Post*
L3M 4G3CANADA

10925    NRCC TRUST - NON FEDERAL, 320 FIRST ST S.E., WASHINGTON, DC 20003

10925    NRCC-NATIONAL REPUBLICAN, 320 FIRST ST., SOUTHEAST, WASHINGTON, DC 20003

10925    NRF, SEVEN, ABC, NY, NY 10059

10925    NRG DISTRIBUTION CORP, #2 CALLE TABONUCO SUITE 100, GUAYNABO, PR 00968PUERTO RICO    *VIA Deutsche Post*

10925    NRG, EIGHT, KLM, NY, NY 10012

10925    NRG, FIVE, HEART, NY, NY 10034

10925    NRG, FOUR, LOD\, NY, NY 10098

10925    NRG, ONE, GORN, NY, NY 10098

10925    NRG, THREE, SOLO, NY, NY 10098

10925    NRG, TWO, 159W5STR, NY, NY 10047

10925    NRI DATA & BUSINESS PRODUCTS, 1313 S PENNSYLVANIA, MORRISVILLE, PA 19067

10925    NRI DATA & BUSINESS PRODUCTS, 1313 S. PENNSYLVANIA AVE., MORRISVILLE, PA 19067-1725

10925    NRI DATA & BUSINESS PRODUCTS, 1313 SOUTH PENNSYLVANIA AVE, MORRISVILLE, PA 19067

10925    NRMCA, PO BOX 540, WAKEFIELD, MA 01880

10925    NRMCA, PO BOX 79433, BALTIMORE, MD 21279-0433

10925    NSBE/SHPE CAREER FAIR 2000, TROY BLDG 110 8TH ST, TROY, NY 12180-3590

10925    NSC CORPORATION, 124 137TH ST., HAMMOND, IN 46327

10924    NSC-FRUCON/FLUOR DANIEL, 14916 STATE HWY 177, JACKSON, MO 63755

10925    NSF INTERNATIONAL, 3475 PLYMOUTH ROAD, ANN ARBOR, MI 48113-0140

10925    NSF INTERNATIONAL, 789 DIXBORO ROAD, ANN ARBOR, MI 48105

10925    NSF INTERNATIONAL, PO BOX 32850, DETROIT, MI 48232-0850

10924    NSF WORLD HEADQUARTERS, 789 DIXBORO ROAD, ANN ARBOR, MI 48105

10924    NSI CORPORATION, 234 W. COFAX, MISHAWAKA, IN 46545

10925    NSIGHT INC, 10 FAWCETT ST, CAMBRIDGE, MA 02138

10925    NSL ACCOUNT NO IV, 997 LENOX DR BLDG 3, LAWRENCEVILLE, NJ 08648-2311

10925    NSPI NATIONAL PROMOTION PROGRAM, 2111 EISENHOWER AVE, ALEXANDRIA, VA 22314

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | NSS ENVIRONMENTAL,INC, 8003 VINECREST AVE SUITE 4, LOUISVILLE, KY 40222 | |
| 10925 | NSTAR ELECTRIC, PO BOX 4508, WOBURN, MA 01888-4508 | |
| 10925 | NSTAR ELECTRIC, PO BOX 970030, BOSTON, MA 02297-0030 | |
| 10925 | NSTAR GAS, PO BOX 4508, WOBURN, MA 01888-4508 | |
| 10925 | NTC ELECTRONICS, INC, 12838 SOUTH CICERO AVE, ALSIP, IL 60658 | |
| 10925 | NTC ELECTRONICS, INC, DEPT. 77-3088, CHICAGO, IL 60678-3088 | |
| 10925 | NTC, PO BOX 309, JEFFERSON, GA 30549-0309 | |
| 10925 | NTD PATENT & TRADE MARK AGENCY LTD., TSIMSHATSUI EAST, KOWLOON, HONG KONG, 99999 | |
| 10925 | NTD PATENT & TRADEMARK, BEIJING OFFICE, 10TH FL BLOCK A, INVESTMENT PLAZA 27 JINRONGDAJIE, BEIJING, 100032CHINA | *VIA Deutsche Post* |
| 10925 | NTEK TECHNOLOGY, 1170 SONORA COURT, SUNNYVALE, CA 94086 | |
| 10925 | NTFC CAPITAL CORPORATION, PO BOX 642888, PITTSBURGH, PA 15264-2888 | |
| 10925 | NTFC CAPITAL CORPORATION, PO BOX 740428, ATLANTA, GA 30374-0428 | |
| 10925 | NTI COLORADO DIVISION, 6035 GALLEY ROAD, COLORADO SPRINGS, CO 80915 | |
| 10925 | NTI COLORADO DIVISION, 980 TECHNOLOGY COURT, COLORADO SPRINGS, CO 80915 | |
| 10925 | NTIS, PO BOX 100955, ATLANTA, GA 30384-0955 | |
| 10925 | NTS INC, PO BOX 200770, DALLAS, TX 75320-0770 | |
| 10925 | NTS INC, PO BOX 910526, DALLAS, TX 75391-0526 | |
| 10925 | NTS INC., PO BOX 200256, DALLAS, TX 75320-0256 | |
| 10925 | NTS, PO BOX 200243, DALLAS, TX 75320-0243 | |
| 10925 | NTS, PO BOX 910531, DALLAS, TX 75391-0531 | |
| 10925 | NTS, POBOX 200770, DALLAS, TX 75320-0770 | |
| 10925 | NU LUSTRE POLISHING, 3395 N. DIXIE HWY, BOCA RATON, FL 33431 | |
| 10925 | NU WAY CONCRETE FORMS INC., 4190 HOFFMEISTER, SAINT LOUIS, MO 63125 | |
| 10924 | NU WAY, 4190 HOFFMEISTER AVENUE, SAINT LOUIS, MO 63125 | |
| 10925 | NU WEIBOLT HALL, 339 EAST SUPERIOR, CHICAGO, IL 60610 | |
| 10925 | NUCCIARONE, A PATRICK, 321 BROAD ST SUITE 200, RED BANK, NJ 07701 | |
| 10924 | NUCERO ELECTRIC, 7210 WISSINOMING STREET, PHILADELPHIA, PA 19135 | |
| 10924 | NU-CHEK-PREP, INC., 109 MAIN ST. WEST, ELYSIAN, MN 56028-2034 | |
| 10924 | NU-CHEK-PREP, INC., PO BOX 295, ELYSIAN, MN 56028-0295 | |
| 10924 | NUCKLES & SON READY MIX, PO BOX1302, JONESBORO, AR 72403-1302 | |
| 10925 | NUCKLEY COMPANIES, 2341 SCRANTON RD, CLEVELAND, OH 44113 | |
| 10924 | NUCKLEY PACKAGING, 2341 SCRANTON ROAD, CLEVELAND, OH 44113 | |
| 10924 | NUCLEAR DEPT MTL CTR, ALLOWAY CREEK NECK RD - MC W01, PSE&G CO. (104 0), HANCOCKS BRIDGE, NJ 08038 | |
| 10925 | NUCLEAR FUEL SERVICES, INC, 1205 BANNER HILL RD., ERWIN, TN 37650 | |
| 10925 | NUCLEAR FUEL SERVICES, INC, DEPT. 888089, KNOXVILLE, TN 37995-8089 | |
| 10924 | NU-CO CONCRETE INC, P.O. BOX 959, MURPHYSBORO, IL 62966 | |
| 10924 | NU-CO CONCRETE INC, WILLIAMS STREET, MURPHYSBORO, IL 62966 | |
| 10925 | NUCO MECHANICAL CONTRACTING, 504 CONGRESS CIRCLE, ROSELLE, IL 60172 | |
| 10924 | NU-CO, PERRYSVILLE, MO 53775 | |
| 10925 | NUCO2 INC., PO BOX 3328, STUART, FL 34995 | |
| 10924 | NUCOAT INC, 235 EAST LAKE WAY, WAYZATA, MN 55391 | |
| 10924 | NUCOAT INC., 235 EAST LAKE STREET, WAYZATA, MN 55391 | |
| 10924 | NUCOAT INC., 3431 HOGARTH ST, EAU CLAIRE, WI 54703 | |
| 10924 | NUCOAT INC., 3431 HOGARTH STREET, EAU CLAIRE, WI 54702-1992 | |
| 10924 | NUCOAT INC., 3431 HOGARTH, PO BOX 1992, EAU CLAIRE, WI 54702 | |
| 10924 | NUCON SCHOKBETON, INC., 3102 CORK STREET, KALAMAZOO, MI 49001 | |
| 10924 | NUCOR STEEL - DO NOT USE, INTERSECTION CITY ROADS, CRAWFORDSVILLE, IN 47933 | |
| 10924 | NUCOR STEEL CORP, 1455 HAGEN AVENUE, HUGER, SC 29450 | |
| 10924 | NUCOR STEEL CORP, P.O. BOX 2259, MOUNT PLEASANT, SC 29465 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | NUCOR STEEL, P O BOX 2259, MOUNT PLEASANT, SC 29465 | |
| 10924 | NUCOR STEEL, P O BOX 525, DARLINGTON, SC 28532 | |
| 10924 | NUCOR STEEL, P.O. BOX 525, DARLINGTON, SC 29532 | |
| 10924 | NUCOR STEEL/ LOFLAND LR, I-55 EXIT 18 E 5 MI RT, ARMOREL, AR 72310 | |
| 10925 | NUDD, ELIZABETH, 28 SPRING ST, NORTH ATTLEBORO, MA 02760 | |
| 10925 | NUDO, SYBIL, 240 SCOTT ST, WILKES BARRE, PA 18702 | |
| 10925 | NUDRAULIX AUTOMATION INC, 840 BLACKBURN DR, MOBILE, AL 36608 | |
| 10925 | NUELSUMA, PIM, 1908 W RAMONA ROAD, ALHAMBRA, CA 91804 | |
| 10925 | NUEVA, LELISA, 104 WESTERN AVE, JERSEY CITY, NJ 07307 | |
| 10924 | NUEVO CENTRO(JUDICIAL MAYAGUEZ), 91 HIRAM D. CABASSA AVENUE, MAYAGUEZ, PR 681PUERTO RICO | *VIA Deutsche Post* |
| 10925 | NUGENT, DOROTHY, 79 RIVER BEND RD, BERKELEY HTS, NJ 07922 | |
| 10925 | NUGENT, GLORIA, 1802 BITTERSWEET ST, RUSTON, LA 71270 | |
| 10925 | NUGENT, MICHAEL, 10754 GREEN ST, WHITESVILLE, KY 42378 | |
| 10925 | NUGENT, MIKE, 5529 US 60-E, OWENSBORO, KY 42303-9776 | |
| 10925 | NUGENT, NANCY, 125 BEACH PLAIN RD, DANVILLE, NH 03819 | |
| 10925 | NUGENTG, THERESA, 5375 IRON PEN PLACE, COLUMBIA, MD 21044 | |
| 10924 | NUGGET, MAC BROTHERS C/O UNIVERSAL, RENO, NV 89503 | |
| 10924 | NUGGETT, UNIVERSAL ROOFERS CO. MARK BROS., RENO, NV 89503 | |
| 10925 | NUGRAPHICS, 82 OLYMPIA AVE, WOBURN, MA 01801 | |
| 10924 | NUHEALTH MANUFACTURING, LLC., 9627 44TH AVENUE, NW, GIG HARBOR, WA 98332 | |
| 10924 | NUHEALTH MANUFACTURING, LLC., PO BOX 1729, GIG HARBOR, WA 98335 | |
| 10925 | NUHFER, ROBERT, 397 SOUTH OAKWOOD DR., GREENWOOD, IN 46142 | |
| 10924 | NU-LITE ELECTRICAL WHOLESALERS, 850 EDWARDS AVENUE, HARAHAN, LA 70123 | |
| 10924 | NU-LITE ELECTRICAL WHOLESALERS, PO BOX 23581, HARAHAN, LA 70123 | |
| 10925 | NULL, A, 2720 JHNSN AVE NW #204, CEDAR RAPIDS, IA 52405 | |
| 10925 | NULL, NANCI, 11301 172ND ST, SCOTCH GROVE, IA 52331 | |
| 10925 | NULL, NIZA, 42 3RD ST., SHELBY, OH 44875 | |
| 10925 | NUMAN, TODD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | NUMAN, TODD, 95 CHRISTINE ST, WORCESTER, MA 01606 | |
| 10925 | NUMATIC ENGINEERING, 3012 RIVERSIDE DR, LOS ANGELES, CA 90039-2087 | |
| 10925 | NUMATIC ENGINEERING, DEPT LA 22039, PASADENA, CA 91185-2039 | |
| 10925 | NUMAZAKI, NOBUO, 24E HARBOR TOWER 1, 85 E. INDIA ROW, BOSTON, MA 02110 | |
| 10925 | NUMBERS, WILLIAM, 2225 FAIRMONT ST, ALLENTOWN, PA 18104 | |
| 10925 | NUMERAX, 555 US HWY 1 SOUTH, ISELIN, NJ 08830-3179 | |
| 10925 | NUMINA SYSTEM CORPORATION, 60 SHORE DR, BURR RIDGE, IL 60521 | |
| 10925 | NUMINA SYSTEMS CORPORATION, 60 SHORE DR, BURR RIDGE, IL 60521 | |
| 10925 | NUMINA SYSTEMS, 60 SHORE DR, BURR RIDGE, IL 60521 | |
| 10925 | NUMMELIN TESTING SERVICES INC, 332 NORTH GEORGIA ST, STEVENS POINT, WI 54481 | |
| 10925 | NUNCIO JR, RODOLFO, 6210 CHIPPEWA BLVD, HOUSTON, TX 77086 | |
| 10925 | NUNERY, DENNIS, 210 EAST LINDEN AVE, MIAMISBURG, OH 45342 | |
| 10925 | NUNES, ALEXANDRE, 19 BUNKER AVE., BROCKTON, MA 02401 | |
| 10925 | NUNES, EUNICE, 92 WYMAN ST, BROCKTON, MA 02401 | |
| 10925 | NUNES, S, 504 KEMP APT 211, WICHITA FALLS, TX 76301 | |
| 10925 | NUNES, SUSAN, 439 WASHINGTON ST, RENO, NV 89503 | |
| 10925 | NUNEZ, ALBERTO, 2733 FRANKLIN DR., MESQUITE, TX 75150 | |
| 10925 | NUNEZ, ANGEL, 11 GREENDALE AVE, POMPTON PLAINS, NJ 07444 | |
| 10925 | NUNEZ, DAVID, 2408 CALLE LOMA, SANTA FE, NM 87505 | |
| 10925 | NUNEZ, EDIS, 324 N GEORGE MASON DR # 1, ARLINGTON, VA 22203 | |
| 10925 | NUNEZ, ESQ, E., ALSTON & BIRD LLP, 1201 WEST PEACHTREE ST, ATLANTA, GA 30309 | |
| 10925 | NUNEZ, JAIME, 9409 ALEXANDER AVE, SOUTH GATE, CA 90280 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 NUNEZ, JEANI, 1700 N TULLY RD, TURLOCK, CA 95380

10925 NUNEZ, MARCO, 2520 WEST PEARL DR., MARRERO, LA 70072

10925 NUNEZ, MARIO, 602 W 184 ST, NEW YORK, NY 10033

10925 NUNEZ, NATALIA, 11930 NEVADA AVE, LYNWOOD, CA 90262

10925 NUNEZ, RUTH, 703 INDIAN PAINT DR., MESQUITE, TX 75149

10925 NUNEZ, VICTOR, 5016 N. E. ST, MCALLEN, TX 78504

10925 NUNLEY, CYD, 4705 LOIS LANE, WICHITA FALLS, TX 76306

10924 NUNN ELECTRIC (AD), 2425 TEXAS AVENUE, LUBBOCK, TX 79408

10924 NUNN ELECTRIC SUPPLY CO. (AD), 622 MORROW ST., AUSTIN, TX 78758

10924 NUNN ELECTRIC, 622 MORROW, AUSTIN, TX 78752

10925 NUNN, H, 1001 AVENT HILL APT 2A, RALEIGH, NC 27606

10925 NUNN, JACK, 4309 AVE J, SANTA FE, TX 77510

10925 NUNN, LINDA, 4344 WHITFIELD RD, RALEIGH, NC 27610

10925 NUNN, RONALD, 5529 BUCKNELL ROAD, BALTIMORE, MD 21206

10925 NUNN, TIMOTHY, 343 GA HWY 326, COMMERCE, GA 30529

10925 NUNNALLY, GLENN, 106 MELISSA RD, EASLEY, SC 29640

10925 NUNNELEE JR., CHARLES, 116 CASA GRANDE, ODESSA, TX 79763

10925 NUNNELEE, CHARLES, 116 CASA GRANDE, ODESSA, TX 79763

10925 NUNNERY, ALBERT, RT 1, BOX 266, ETOWAH, TN 37331

10925 NUNNERY, EMANUEL, 411 CAUSEWAY BLVD, JEFFERSON, LA 70121

10925 NUNNERY, TAMARA, 1614 OAK KNOLL LANE, CHARLOTTE, NC 28214

10925 NUNNO, ADELE, PO BOX 757, HANOVER MA, MA 02339

10925 NUNNO, PAMELA, 4212 HILLSPIRE NW, ALBUQUERQUE, NM 87120

10925 NUNO, MARGARITA, 1923 E. 114TH ST, LOS ANGELES, CA 90059

10925 NUNZIO INCREMONA &, ANNA C INCREMONA JT TEN, 107-20 110TH ST, RICHMOND HILL, NY 11419-2414

10925 NUNZIO INCREMONA, 107 20 110TH ST, RICHMOND HILL, NY 11419-2414

10925 NUPARADIGM, 12412 POWERSCOURT DR SUITE 40, SAINT LOUIS, MO 63131

10924 NUPOWER SHOP ACCOUNT, 4015 W DEWEY DRIVE, LAS VEGAS, NV 89118

10925 NURENBERG PLEVIN HELLER MCCARTHY, 1370 ONTARIO ST , 1ST FL, CLEVELAND, OH 44113

10925 NURICK, ALICIA, 4801 SPENCER, N 1, LAS VEGAS, NV 89119

10925 NURIDDIN, AHMAD, 1355 BRIARWOOD RD, ATLANTA, GA 30319

10925 NURMI, DONNA, 3105 PYLES DR., UPPER MARLBORO, MD 20772

10925 NURPHY, CINDY, 36 MELODY AVE., HASTINGS, NY 13076

10925 NURRE CO., 4686 PADDOCK RD., CINCINNATI, OH 45229

10925 NURRE COMPANY, PO BOX 17104, CINCINNATI, OH 45217

10925 NUSBAUM, LLOYD, 618 FAIRMOUNT ROAD, LINTHICUM HGHTS, MD 21090

10924 NUSC, NUWC BUILDING 116, NEWPORT, RI 02841

10925 NUSS, JUDY, 6159 CHALLEN CR.,S., MOBILE, AL 36608

10925 NUSSBAUM & CO INC, 4411 S KILDARE AVE, CHICAGO, IL 60632

10925 NUSSBAUM WARE INC, 525 LEXINGTON RD, CONCORD, MA 01742-3714

10925 NUSSBAUM, JASON, 3248 GROVELAND WAY, ANTELOPE, CA 95843

10925 NUSSBAUM, WAYNE, 3248 GROVELAND WAY, ANTELOPE, CA 95843

10925 NU-TECH DIVERSIFIED, 535 W.IRON, STE 125, MESA, AZ 85210

10924 NUTECH ELECTRIC, 4675 WEST HENRIETTA RD, ROCHESTER, NY 14623

10925 NUTHALS, ROBERT, 2633 OAKWOOD DR, GREEN BAY, WI 54304-1616

10924 NUTRACEUTIX, 8340 154TH AVENUE, REDMOND, WA 98052

10924 NUTRA-FLO CHEMICAL CO., 1919 GRAND AVENUE, SIOUX CITY, IA 51107

10924 NUTRA-TECH, 1246 LOYCE LN, DOUGLAS, GA 31533

10924 NUTRATECH, INC., 208 PASSAIC AVENUE, FAIRFIELD, NJ 07004

10924 NUTRI MAP, 13111 E BRIARWOOD AVENUE, 300P, ENGLEWOOD, CO 80112

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 NUTRI MAP, 7399 SOUTH TUSCON WAY, ENGLEWOOD, CO 80112

10924 NUTRI MAP, UNIT C-6, 7399 SOUTH TUCSON WAY, ENGLEWOOD, CO 80112

10924 NUTRIBIOTIC, 865 PARALLEL DRIVE, LAKEPORT, CA 95453

10924 NUTRIBIOTIC, PO BOX 238, LAKEPORT, CA 95453

10924 NUTRICIA MANUFACTURING USA, 4941 LIBERTY HIGHWAY, ANDERSON, SC 29621

10924 NUTRICIA MANUFACTURING USA, INC., 1050 WOODRUFF ROAD, GREENVILLE, SC 29607

10924 NUTRI-HEALTH, 218 JUSTIN DRIVE, COTTONWOOD, AZ 86326

10924 NUTRILITE PRODUCTS, INC., 5600 BEACH BLVD., BUENA PARK, CA 90621

10924 NUTRITION FORMULATORS INC., 2598 WEST 78TH STREET, HIALEAH, FL 33016

10924 NUTRITION RESEARCH CENTER, C/O WARCO, 301 MEDICAL CENTER BOULEVARD, WINSTON-SALEM, NC 27102

10924 NUTRITIONAL LAB, 11300 HWY 93 SOUTH, LOLO, MT 59847

10924 NUTRIUS INC, PO BOX 799, KINGSBURG, CA 93631

10924 NUTRI-WEST, 2132 EAST RICHARDS, DOUGLAS, WY 82633

10924 NUTRI-WEST, PO BOX 950, DOUGLAS, WY 82633

10924 NUTRO LABORATORIES, 650 HADLEY ROAD, SOUTH PLAINFIELD, NJ 07080

10924 NUTRO LABORATORIES, CN-2019, SOUTH PLAINFIELD, NJ 07080

10924 NUTS N BOLTS PLUS, INC., 5421 WEST 84TH STREET, INDIANAPOLIS, IN 46278

10924 NUTS/USE 554020, 5421 W. 84TH. ST., INDIANAPOLIS, IN 46268

10925 NUTT SR, LOUIS, PO BOX 392, MULBERRY, FL 33860-0392

10925 NUTTER MCCLENNEN & FISH LLP, ONE INTERNATIONAL PLACE, BOSTON, MA 02110-2699

10925 NUTTER, EMMAJEAN, 1643 CALVIN CIRCLE, KISSIMMEE, FL 34746-7210

10925 NUTTER, JOHN, 281 NW 47 CT, FT. LAUDERDALE, FL 33309

10924 NU-VIEW WINDOW, 2012 WALNUT STREET, MC KEESPORT, PA 15132

10925 NUWAY FILTERS & INDUSTRIAL, 3013 GRIFFITH ST, CHARLOTTE, NC 28203

10924 NU-WAY INC., 4190 HOFFMEISTER AVENUE, SAINT LOUIS, MO 63125

10924 NU-WAY INC., 4788 OLD CAPE RD. EAST, JACKSON, MO 63755

10925 NUZBACK, DENNIS, 3107 PALM ST., ATLANTIC, IA 50022

10925 NUZZO, LAURIE, 2305 DELAWARE AVE., NEW CASTLE, PA 16105

10925 NVL LABORATORIES, 4708 AURORA AVE. N, SEATTLE, WA 98103

10925 NW CHAPTER - A.C.P.A., 1605 116TH AVE NE, BELLEVUE, WA 98004

10925 NWAKA, IFEOMA, 1855 WASHINGTON ST. # 7M, BOSTON, MA 02118

10925 NXS ENVIRONMENTAL SERVICES, 17150 BELL ST, HOCKLEY, TX 77447

10925 NXS ENVIRONMENTAL SERVICES, INC, 17150 BELL ST, HOCKLEY, TX 77447

10925 NXS TRANSPORTATION INC., 12811 SKYNOLL LANE, HOUSTON, TX 77082

10925 NXS TRANSPORTATION, INC, 12811 SKYKNOLL LN., HOUSTON, TX 77082

10925 NY ASSO/CHIEFS OF POLICE, 1232 WESTERN AVE, ALBANY, NY 12203

10924 NY BOTANICAL GARDENS, 200TH ST & SOUTHERN BLVD., BRONX, NY 10458

10925 NY HILLSIDE INC INTL PETROLEUM MGMT, PARKER MILLIKEN CLARK ET AL, 333 S HOPE ST 27TH FL, LOS ANGELES, CA 90071-1488

10925 NY HILLSIDE INC, 16547 ACADEMIA DRIVE, ENCIA, CA 91436

10924 NY HOSPITAL, 68TH & NEW YORK AVE, NEW YORK, NY 10001

10925 NY PUBLIC LIBRARY, THE, 476 5TH AVE, NEW YORK, NY 10018

10924 NY U TISCH, 34TH & EAST RIVER DRIVE, NEW YORK, NY 10001

10924 NYACK HOSPITAL, OFF EXIT 11, NYACK, NY 10960

10924 NYACOL PRODUCTS INC, PO BOX 15443, WORCESTER, MA 01613

10925 NYAD, 837 ARNOLD DR, SUITE 210, MARTINEZ, CA 94553

10925 NYAMHONDORO, TAPIWA, 1192 HICKORY HILL DR, GREEN BAY, WI 54304

10925 NYBERG ASSOCIATES, 849 INTERNATIONAL DR.,STE. 310, LINTHICUM, MD 21090

10925 NYBERG, MARIA, 367 N TOWNVIEW CR, MANSFIELD, OH 44907

10925 NYBY, BRUCE, BOX 7, DAGMAR, MT 59219

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NYC BRICKWORK DESIGN CENTER, 386 PARK AVE SOUTH SUITE 801, NEW YORK, NY 10016-8804

10924   NYC ENGINE COMPANY #69, 248 WEST 143RD STREET, MANHATTAN, NY 10021

10924   NYC ENGINE CO'S 55, 34, 5, 363 BROOME STREET, NEW YORK, NY 10021

10924   NYC TRANSIT AUTHORITY, 5504 MASPETH AVE STOREROOM #55, MASPETH, NY 11378

10924   NYCOMED, INC., 33 RIVERSIDE AVENUE, RENSSELAER, NY 12144

10925   NYCUM, GARY, 625 BREMUDA, CORPUS CHRISTI, TX 78411

10925   NYE, DANIEL, 5928 SADDLE CRK TERR, PARKER, CO 80134

10925   NYE, JODY, 1720 WASHINGTON, WOODWARD, OK 73801

10925   NYE, JOHN, 61 KENNEY ST, NEEDHAM, MA 02192-4447

10925   NYE, LAURA, 4465 BOCA WAY, #152, RENO, NV 89502

10925   NYE, MARK, 6025 S. 47TH ST, PHOENIX, AZ 85040

10925   NYEMASTER GOODE VOIGTS, 700 WALNUT ST, SUITE 1600, DES MOINES, IA 50309

10925   NYHAN, THOMAS, 6133 ROUND TOWER LANE, DUBLIN, OH 43017

10925   NYISZTOR, MARIETTA, 5311 MESSINA, LAKELAND, FL 33813-2535

10925   NYK LINE, 300 LIGHTING WAY, 5TH FL, SECAUCUS, NY 07096

10925   NYLANDER, RONALD, 1006 YAMPA AVE, #1, CRAIG, CO 81625-2163

10925   NYLCARE, PO BOX 75755, CHICAGO, IL 60675-0001

10925   NYLUND, DOROTHY, 72 OXFORD ST, ARLINGTON, MA 02174

10925   NYMAN, JOHN, 522 EASTWOOD LANE APT. D, DAYTONA BEACH, FL 32118

10925   NYMAN, JOHN, 6070 RIDGEWAY, DOUGLASVILLE, GA 30135

10924   NYNEX BUILDING, 1095 6TH AVENUE, NEW YORK, NY 10001

10925   NYNEX LEARNING CENTER, 337 GRACE AVE., NEWARK, NY 14513

10925   NYNEX LEARNING CENTER, ATTN: EXTERNAL TRAINING, MARLBORO, MA 01752

10925   NYNEX MOBILE COMMUNICATIONS, PO BOX 15485, WORCESTER, MA 01615-0485

10924   NYNEX, 1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10001

10925   NYNEX, 15 CHESTNUT ST, WORCESTER, MA 01609

10925   NYNEX, 460 TOTTEN POND RD 5TH FLR, WALTHAM, MA 02154

10924   NYNEX, 84 KING ST., NEW YORK, NY 10001

10925   NYNEX, PO BOX 1, BOSTON, MA 02207-0001

10925   NYNEX, PO BOX 1, WORCESTER, MA 01654-0001

10925   NYNEX, PO BOX 1100, ALBANY, NY 12250-0001

10925   NYNEX, PO BOX 15124, ALBANY, NY 12212-5124

10925   NYNEX, PO BOX 15519, WORCESTER, MA 01615-0519

10925   NYNEX, PO BOX 1939, PORTLAND, ME 04104-5010

10925   NYNEX, PO BOX 9000, MANCHESTER, NH 03018-9000

10925   NYNEX, POBOX 15123, ALBANY, NY 12212-5123

10924   NYPCO, BROOKLYN NAVY YARD, BLDG. #3, BROOKLYN, NY 11205

10925   NYS CORPORATION TAX, ALBANY, NY 12201-1909

10925   NYS DEPT OF TRANSPORTATIO, 1035 FIRST ST STEWART AIR, NEW WINDSOR, NY 12553

10925   NYS OFFICE OF COURT ADMINISTRATION, PO BOX 2806 CHURCH ST STATION, NEW YORK, NY 10008

10925   NYS OFFICE OF COURT ADMINISTRATION, PO BOX 2806, NEW YORK, NY 10008

10925   NYSDEC - REGION 8, 6274 E AVON-LIMA RD, AVON, NY 14414

10925   NYSDEC - REGION 8, MANMOHAN MENTA, 6274 EAVEON-LIMA RD, AVON, NY 14414

10925   NYSDOT, 1220 WASHINGTON AVE., ALBANY, NY 12232-0204

10925   NYSEG, PO BOX 5550, ITHACA, NY 14852-5550

10925   NYSTROM, JULIA, 7379 STONEDALE DR, PLEASANTON, CA 94588

10925   NYTZEN, JAN, 7900-J HARRIS HILL LANE, CHARLOTTE, NC 28269

10924   NYU MED/HOSPITAL, 550 1ST AVE REC ON 34TH, BETW 1ST AVE & FOR DR, NEW YORK, NY 10016

10925   NYVOLD, DONALD, 1325 HILLCREST DRIVE, MINNEAPOLIS, MN 55432

10925   NYZIO, JASON, 1207 MALINDA RD, ORELAND, PA 19075

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   NZURDIA, ANTONIO, 809 LAKESIDE, 304, CHICAGO, IL 60640

10924   O & G INDUSTRIES INC, 112 WALL ST, TORRINGTON, CT 06790

10924   O & G INDUSTRIES, 112 WALL STREET, TORRINGTON, CT 06790

10924   O & G INDUSTRIES, 250 BOSTWICK AVE., BRIDGEPORT, CT 06605

10924   O & G INDUSTRIES, INC., 52 PULASKI ST., STAMFORD, CT 06904

10924   O & G INDUSTRIES, INC., RAIL ROAD AVE., BEACON FALLS, CT 06403

10924   O & G INDUSTRIES, ROUTE 67, SOUTHBURY, CT 06488

10925   O BEN HANDER, 30 COLT RD, SUMMIT, NJ 07901-3040

10925   O BRIEN, JANICE K, 1528 FROST DR, SAN JOSE, CA 95131-3315

10925   O BRIEN, MICHAEL, 604 N.HYDE PARK AVE, SCRANTON, PA 18504

10925   O BRIEN, PAUL, 35910 WAVERLY RD, MURDOCK, NE 68407-2068

10925   O BRYAN, MARTHA, 2038 HAYDEN BRIDGE RD., OWENSBORO, KY 42301

10924   O C ADHESIVES, 125 5TH AVE, PATERSON, NJ 07524

10925   O C TANNER, 1930 SOUTH STATE ST, SALT LAKE CITY, UT 84115-2383

10925   O CONNELL, RICHARD C, UNIT 11/39 WILLISON ROAD, CARLTON 2218, SYDNEY, N S W,

10925   O CONNELL, TERESE, PO BOX 245, YORKVILL, CA 95494

10925   O CONNOR, BARBARA, 111 YELLOW WOOD CT, COLLEGEVILLE, PA 19426

10925   O CONNOR, DEBORA J, 5422 VIA ALCAZAR, SAN DIEGO, CA 92111-4609

10925   O CONNOR, JIM, 1525 MELROSE, ROUND LAKE BEACH, IL 60073-1907

10925   O CONNOR, MICHAEL R, 4804 RUTH BORCHARDT DR, FRISCO, TX 75035-7050

10925   O CONNOR, SHIRLEY S, 15240 S W 188 ST, MIAMI, FL 33187-2207

10925   O DELL, SHERRI D, 1804 MECKLENBURG AVE, CHARLOTTE NC, NC 28205

10925   O DONNEL, JEANNE, 3036 GERMANTOWN PK, NORRISTOWN, PA 19403

10925   O DONNELL JR, JOHN C, 3862 CLUBLAND DR, MARIETTA, GA 30068-4008

10925   O DONNELL JR, WILLIAM, 8 FIRST PK ST, MILFORD, CT 06460-3627

10925   O GARMON-BROWN MD, PO BOX 37967, CHARLOTTE, NC 28237-7967

10925   O GORMAN, CHARLES CLEMENT, 156 CLAFLIN BLVD, FRANKLIN SQ, NY 11010-4220

10925   O GORMAN, JOSEPH BRIAN, PO BOX 4261, KODIAK, AK 99615-4261

10925   O GRADY, PHILLIP, 14 BROADWATER ST, POINT CLARE, NEW SOUTH WALES, 02250AUSTRALIA     **\*VIA Deutsche Post\***

10925   O HANLON, JAMES, 325 RUGBY RD, SYRACUSE, NY 13203

10925   O KEEFFE JR JT TEN, JOHN E & RET T, 3306 CLEVELAND AVE, ALIQUIPPA, PA 15001-4616

10925   O LEARY, BRIAN, 239 N HIGHLAND ST, ARLINGTON, VA 22201

10925   O M SCOTT ASSOCIATES CO INC, 14111 SCOTTSLAWN ROAD, MARYSVILLE, OH 43040

10925   O NEAL, JAMES, 2341 N CRYSTAL LAKE DR, LAKELAND, FL 33801-6526

10925   O REILLY, JENNIFER, 109-50 134 ST, SO. OZONE PARK, NY 11420

10925   O ROURKE, JOHN J, 41 DEVOE AVE, YONKERS, NY 10705-4718

10925   O S T TRUCKING CO INC, POBOX 9589, BALTIMORE, MD 21237

10924   O S U SUITES, 102 S. CLEVELAND, STILLWATER, OK 74074

10925   O SULLIVAN, JOHN F, 1517 HARVARD LANE, SCHAUMBURG, IL 60193-3661

10925   O TOOLE JT TEN, MICHAEL B & MARILYN J, 11444 N 40TH AVE, PHOENIX, AZ 85029-3005

10925   O TOOLE, JOHN, 200 W 15 ST, APT 1, NEW YORK, NY 10011

10925   O. C. KECKLEY CO., PO BOX 67, SKOKIE, IL 60076

10925   O. C. TANNER, 1930 SOUTH STATE ST, SALT LAKE CITY, UT 84115

10925   O. C. TANNER, 1930 SOUTH STATE ST, SALT LAKE CITY, UT 84115-2383

10925   O. C. TANNER, 6402 GOLDEN RING RD., BALTIMORE, MD 21237

10925   O. HOMMEL COMPANY THE, 235 HOPE ST, CARNEGIE, PA 15106

10924   O. HOMMEL COMPANY, THE, 235 HOPE STREET, CARNEGIE, PA 15106

10925   O. MARIO FAVORITO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   O.A. NEWTON & SON CO., PO BOX 397, BRIDGEVILLE, DE 19933

10924   O.C. PLASTERING/DISNEY HOLLYWOOD, DISNEY HOLLYWOOD BACKLOT, ANAHEIM, CA 92801

10925   O.C. TANNER RECOGNITION CO., 1930 S. STATE ST., SALT LAKE CITY, UT 84115-2383

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   O.C.A.P.A., 293 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550

10924   O.C.B. REALTY COMPANY, 1460 BUFFET WAY, EAGAN, MN 55121

10924   O.C.P./GLENDALE MARKET PLACE, C/O WESTSIDE, GLENDALE, CA 91201

10924   O.C.P./LAKE LAS VEGAS COUNTRY CLUB, LAS VEGAS, NV 89101

10924   O.C.P./ROBINSON-MAY, NORTHRIDGE, NORTHRIDGE MALL, NORTHRIDGE, CA 91324

10924   O.C.P./ROBINSONS MAY, C/O WESTSIDE BUILDING MATERIALS, MONTCLAIR, CA 91763

10924   O.E. MEYER COMPANY, 2016 MILAR ROAD, SANDUSKY, OH 44870

10924   O.E. SMITH'S SONS. INC., 11749 US 1 NORTH, JACKSONVILLE, FL 32219

10924   O.E.SMITH'S SONS.INC., 11749 US 1 NORTH, JACKSONVILLE, FL 32219

10924   O.G. PACKING, 2097 BEYER LANE, STOCKTON, CA 95215

10925   O.I. ANALYTICAL, PO BOX 9010, COLLEGE STATION, TX 77842-9010

10924   O.M. SCOTT & SONS, 14512 SCOTTSLAWN RD., MARYSVILLE, OH 43041

10925   O.R.C. ELECTRONIC PRODUCTS, POBOX 840955, DALLAS, TX 75284-0955

10925   O.T. KALLIO, 29 CONANT ST, ACTON, MA 01720

10924   O.T. NEIGHOFF & SONS, INC., 117 HOLSUM WAY, GLEN BURNIE, MD 21060

10924   O.W.F.N. LINK, ROCKVILLE, MD 20850

10925   O/E SYSTEMS INC, PO BOX 1213, NEWARK, NJ 07101-1213

10925   OACHS, EUGENE, 2818 E. 6TH, CASPER, WY 82609

10925   OAG ASIA/PACIFIC POCKET FLIGHT, POBOX 57890, BOULDER, CO 80322-7890

10925   OAG BUSINESS TRAV. PLAN, PO BOX 55665, BOULDER, CO 80322-5665

10925   OAG BUSINESS TRAVEL PLANNER, PO BOX 55665, BOULDER, CO 80322-5665

10925   OAG BUSINESS TRAVEL PLANNER, PO BOX 58107, BOULDER, CO 80322-8107

10925   OAG DESKTOP FLIGHT GUIDE WORDWIDE, POBOX 57518, BOULDER, CO 80322-7518

10925   OAG DESKTOP FLIGHT GUIDE, PO BOX 56789, BOULDER, CO 80322-6789

10925   OAG DESKTOP FLIGHT GUIDE, PO BOX 57232, BOULDER, CO 80322-7232

10925   OAG DESKTOP FLIGHT GUIDE, PO BOX 57519, BOULDER, CO 80322-7519

10925   OAG EUROPEAN TRAVEL PLANN, PO BOX 58108, BOULDER, CO 80322-8108

10925   OAG FLIGHTDISK, POBOX 54232, BOULDER, CO 80322-4232

10925   OAG NORTH AMER. EDITION, PO BOX 56742, BOULDER, CO 80322-6742

10925   OAG NORTH AMERICA FLIGHTDISK, POBOX 57470, BOULDER, CO 80322-7470

10925   OAG NORTH AMERICAN EDITION, PO BOX 56741, BOULDER, CO 80322-6741

10925   OAG NORTH AMERICAN EDITION, PO BOX 56788, BOULDER, CO 80322-6788

10925   OAG NORTH ANERICAN EDITION INC., PO BOX 57232, BOULDER, CO 80322-7232

10925   OAG POCKET FLIGHT GUIDE, NORTH AMERICAN EDITION, BOULDER, CO 80322-6717

10925   OAG POCKET FLIGHT GUIDE, PO BOX 56717, BOULDER, CO 80322-6717

10925   OAG POCKET FLIGHT GUIDE, PO BOX 56718, BOULDER, CO 80322-6718

10925   OAG SPECIAL FILES, PO BOX 55817, BOULDER, CO 80322-5817

10925   OAG WORLDWIDE EDITION, PO BOX 57519, BOULDER, CO 80322-7519

10925   OAK BROOK COMPUTER CENTRE, CHICAGO, 620 ENTERPRISE DR, OAK BROOK, IL 60523

10925   OAK CREEK PALLET CO, INC, PO BOX 237, OAK CREEK, WI 53154

10925   OAK FREQUENCY CONTROLS, 100 WATTS ST, MT HOLLY SPRINGS, PA 17065

10925   OAK HILL TRUST, 119 LEWIS AVE, WALPOLE, MA 02081

10925   OAK HILL TRUST, MICHAEL & PAM LAMPERTI,

10924   OAK HILLS CHURCH OF CHRIST, 8308 FREDRICKSBURG RD., SAN ANTONIO, TX 78229

10924   OAK HURST BAPTIST CHURCH, CORNER OF EASTLAKE & 3RD AVENUE, DECATUR, GA 30030

10925   OAK LAWN BASEBALL, PO BOX 341, OAK LAWN, IL 60454

10924   OAK ORCHARD CONCRETE, 2945 CULVERT RD, MEDINA, NY 14103

10925   OAK PARK ASSOC, INC, 6650 S. OAK PARK AVE., BEDFORD PARK, IL 60638-4812

10924   OAK PARK MALL, 11461 WEST 95TH STREET, OVERLAND PARK, KS 66214

10924   OAK PARK SHOPPING CENTER C/O  ASC, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186

10924   OAK RIDGE BUILDERS, P.O.BOX 188, SPRINGDALE, AR 72765

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   OAK VIEW BAPTIST CHURCH, 810 OAK VIEW ROAD, HIGH POINT, NC 27261

10924   OAK VIEW MIDDLE SCHOOL, CONROY BROS., ANDOVER, MN 55304

10924   OAKCREST RESIDENTIAL BUILDING #24, 3317 E. JOPPA ROAD, BALTIMORE, MD 21200

10924   OAKDALE CONCRETE, 1375 POST ROAD, OAKDALE, CA 95361

10924   OAKDALE TRANSIT MIX, 159 MONK ROAD, OAKDALE, LA 71463

10924   OAKDALE TRANSIT MIX, 318 MONK RD, OAKDALE, LA 71463

10924   OAKDALE TRANSIT MIX, HWY 165 NO., OAKDALE, LA 71463

10924   OAKES ELECTRIC, PO BOX 13060, ALBANY, NY 12212

10925   OAKES, ANDREW, 278 HARRIOTT AVE, HARRINGTON PARK, NJ 07640

10925   OAKES, DARROLL, 115 WLANUT, ALICE, TX 78332

10925   OAKES, JAMES, 3713 FALCON DRIVE, FORT WORTH, TX 76119-7226

10925   OAKES, JAN, 7580 S. LAKESHORE DR, SHREVEPORT, LA 71119

10925   OAKES, L, 401 POETS WAY, NAHWAH, NY 07430

10925   OAKES, MARY, 284 COACHMAN APT 2 A, TROY, MI 48083

10925   OAKHILL, FREDERIC, 208 OVERCREEK ROAD, GREENVILLE, SC 29607-9615

10925   OAKITE PRODUCTS, POBOX 641935, PITTSBURGH, PA 15264-1935

10924   OAKLAND ADMINISTRATION, BROADWAY & 14TH STREETS, OAKLAND, CA 94601

10925   OAKLAND ATHLETICS BASEBALL COMPANY, POBOX 2220, OAKLAND, CA 94621

10924   OAKLAND CLOCK TOWERS, ANNING JOHNSON, SAN FRANCISCO, CA 94103

10924   OAKLAND COMMONS, 20700 CIVIC CENTER DRIVE, SOUTHFIELD, MI 48037

10924   OAKLAND COMMUNITY COLLEGE, 2900 FEATHERSTONE ROAD, AUBURN HILLS, MI 48326

10924   OAKLAND GENERAL HOSPITAL, 27351 DEQUINDRE, MADISON HEIGHTS, MI 48071

10925   OAKLAND PALLETS, 2500 GRANT AVE, SAN LORENZO, CA 94580

10924   OAKLAND UNIVERSITY, 2000 SQUIRREL ROAD, ROCHESTER, MI 48309

10924   OAKLAND UNIVERSITY, CREAMERY BUILDING, ROCHESTER, MI 48309

10924   OAKLAND UNIVERSITY, SQUIRREL & FEATHERSTONE, ROCHESTER, MI 48309

10924   OAKLAND WHOLESALE/BENSON OAKLAND, 556 N. SAGINAW, PONTIAC, MI 48342

10924   OAKLAND WHOLESALE/BENSON, 556 N. SAGINAW, PONTIAC, MI 48342

10924   OAKLAND WHOLESALE/WAYNE OAKLAND, 25018 PLYMOUTH ROAD, REDFORD, MI 48239

10924   OAKLAND WHOLESALE/WAYNE, 25018 PLYMOUTH ROAD, REDFORD, MI 48239

10925   OAKLANDER PRIMARY MEDICAL ASC, 311 SOUTH CYPRESS ROAD, POMPANO BEACH, FL 33060

10925   OAKLEY MEDICAL CENTER, 5002 RIDGE AVE, CINCINNATI, OH 45209

10925   OAKLEY, DAVID, 4307 FRONTIER DR., MYRTLE BEACH, SC 29577

10925   OAKLEY, MICHELLE, RT 2 BOX 240B, WHITAKERS, NC 27891

10925   OAKLEY, PO BOX 17880, NORTH LITTLE ROCK, AR 72117

10925   OAKMAN, SHIRLEY, 1175 COUNTY RD 15, LAFAYETTE, AL 36862

10925   OAKRIDGE BODY SHOP, 5761 WINFIELD BLVD #E, SAN JOSE, CA 95123

10924   OAKRIDGE BUILDERS, 2922 S. 1ST. ST., ROGERS, AR 72756

10924   OAKRIDGE BUILDERS, P.O. BOX 188, SPRINGDALE, AR 72765

10924   OAKS BROTHERS INC., 2 EAST SKYLINE DR., GREENBRIER, AR 72058

10924   OAKS BROTHERS, 2 EAST SKYLINE DRIVE, GREENBRIER, AR 72058

10925   OAKS FLORIST INC., 640 WEST GLADES ROAD, BOCA RATON, FL 33431

10925   OAKS, THE, KEY CENTERS - GEN COUNSEL, 2899 AGOURA ROAD, #590, WESTLAKE VILLAGE, CA 91361

10925   OAKSMITH, CLAUDIA, 526 HANNA ROAD, BEL AIR, MD 21014

10925   OAKSTONE WELLNESS, PO BOX 381116, BIRMINGHAM, AL 35238-1116

10924   OAKTON COLLEGE, 1600 E. GOLF ROAD, DES PLAINES, IL 60018

10924   OAKVIEW II (SANCTUARY 5), SANCTUARY PARKWAY, ALPHARETTA, GA 30004

10925   OAKWOOD CORPORATE HOUSING, 148 STATE ST #415, BOSTON, MA 02109

10925   OAKWOOD CORPORATE HOUSING, 2424 S VOSS RD, SUITE A-102, HOUSTON, TX 77057

10925   OAKWOOD CORPORATE HOUSING, 4622 150TH AVE.,NE #D-4, REDMOND, WA 98052

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OAKWOOD CORPORATE HOUSING, 4900 SW GRIFFITH DR SUITE 105, BEAVERTON, OR 97005

10925   OAKWOOD CORPORATE HOUSING, 7536 COLLECTION CENTER DR, CHICAGO, IL 60693

10925   OAKWOOD CORPORATE HOUSING, 8804 N 23RD AVE SUITE A-1, PHOENIX, AZ 85021

10925   OAKWOOD CORPORATE HOUSING, 8804 N. 23RD AVE. SUITE A-1, PHOENIX, AZ 85021

10924   OAKWOOD HOSPITAL C/O DENN-CO CONST, OAKWOOD BLVD., DEARBORN, MI 48121-1427

10924   OAKWOOD HOSPITAL, 18101 OAKWOOD BLVD., DEARBORN, MI 48123

10924   OAKWOOD PRODUCTS, INC, 1741 OLD DUNBAR ROAD, WEST COLUMBIA, SC 29169

10925   OAKWOOD, 7808 CHERRY CREEK DR. S. STE 404, DENVER, CO 80231

10925   OAS, WARREN, 1580 WOODCREST AVE, OWATANNA, MN 55060

10925   OASIS ALIGNMENT SERVICES, PO BOX 9593, MANCHESTER, NH 03108-9593

10924   OASIS AT TRAVIS LAKE, 6550 COMANCHE TRAIL, AUSTIN, TX 78732

10925   OASIS CARWASH, 1022 BEGLIS PKWY., SULPHUR, LA 70663

10924   OASIS IMAGES, 7473 E-SAND HILLS RD, SCOTTSDALE, AZ 85255

10925   OATES, CHARLOTTE, 1761 E CARSON RD, PHOENIX, AZ 85040

10925   OATES, TERESA, 6100 SWEDE LANE, FLAGSTAFF, AZ 86004

10925   OATHOUT, RUTH, 237 JENNESS ST, LYNN, MA 01904

10925   OATS JR, JOHN, 1445 W CROSBY ST, SLATON, TX 79364

10925   OAXACO BERNAL ASSOC, 1515 MONTANA AVE, EL PASO, TX 79902

10925   OBAL, PEGGY, PO BOX 4624, EL PASO, TX 79914

10924   OBANION MIDDLE SCHOOL, 700 BIRCHWOOD, GARLAND, TX 75043

10925   OBANION, FRANK, 18 O BANION COURT, WARRENVILLE, SC 29851

10925   OBANION, HAROLD, 1442 LARK ROAD, JOPLIN, MO 64804-9313

10925   OBARA, JOHN, 19 TREE FARM COURT, GLEN ARM, MD 21057-9109

10924   OBBCO SAFTEY & SUPPLY, 1737 SOUTH PARK CT, CHESAPEAKE, VA 23320

10925   OBCS INC, 1013 16TH ST, LAKE CHARLES, LA 70601

10925   OBEE, RICHARD, 1600 SANDPIPER DR., EDMOND, OK 73034

10925   OBER, KALER, GRIMES & SHRIVER, 120 EAST BALTIMORE ST, BALTIMORE, MD 21202

10925   OBERDORSTER, DR. GUNTER, 121 SOUTHERN PKWY, ROCHESTER, NY 14618

10924   OBERFIELD'S CONCRETE INC, 1165 ALUM CREEK DRIVE, COLUMBUS, OH 43209

10924   OBERFIELD'S CONCRETE INC, 528 LONDON RD, DELAWARE, OH 43015

10924   OBERFIELD'S CONCRETE, 1165 ALUM CREEK DRIVE, COLUMBUS, OH 43209

10924   OBERFIELD'S CONCRETE, 777 W. CHERRY ST., SUNBURY, OH 43074

10924   OBERFIELD'S CONCRETE, PO BOX362, DELAWARE, OH 43015

10925   OBERFIELDS INC, PO BOX 362, DELAWARE, OH 43015

10925   OBERFOELL, SHELLEY, 707 VININGS PKWY, SMYRNA, GA 30080

10925   OBERG, GERARD, 56 CHESTNUT ST, BROOKLINE, MA 02146

10925   OBERG, STEPHEN, 14111 148TH PLACE SE, RENTON, WA 98059

10925   OBERHANSLY, WARREN, PO BOX 221921, ANCHORAGE, AK 99522

10925   OBERHELMAN, MARK, 704 E MAIN ST, OTTAWA, IL 61350

10925   OBERHOLTZER, EMILY, 47 E. TIMONIUM RD., TIMONIUM, MD 21093

10925   OBERHOLTZER, EMILY, 47 E. TIMONIUM ROAD, TIMONIUM, MD 21093

10925   OBERHOLTZER, WENDY, 559 VILLAGE CIRCLE, BLUE BELL, PA 19422

10925   OBERHOLZ, RICHARD, 2839 MAIN ST, PERU, IL 61354-3439

10925   OBERHUBER, NIKOLAUS, 60 W. RUTLAND SQ, BOSTON, MA 02118

10925   OBERKROM, CINDY, 7623 EICHER, SHAWNEE, KS 66217

10925   OBERLANDER, JOANNE, 6455 E TAMARIND ST, AGOURA, CA 91301

10925   OBERLE, TIMOTHY, 10 MEADOW LANE, GREENVILLE, SC 29615

10924   OBERLIN COLLEGE, 130 WEST LORAIN STREET, OBERLIN, OH 44074

10924   OBERLIN CONC CO, PO BOX92, OBERLIN, KS 67749

10924   OBERLIN CONCRETE COMPANY, 701 N. PENNSYLVANIA, OBERLIN, KS 67749

10924   OBERLIN CONCRETE COMPANY, P. O. BOX 92, OBERLIN, KS 67749

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | OBERMEYER, MARVIN, 4398 CLIFFORD RD, BROWNSBURG, IN 46112 | |
| 10925 | OBERNYER, KRISTEN, 99 MOORE ST, CAMBRIDGE, MA 02139 | |
| 10925 | OBERSTE, MICHAEL, 3245 SW 99 TH, OKLAHOMA CITY, OK 73159 | |
| 10925 | OBERWITTE, DOROTHY, 510 CO. RD. 76, CRAIG, CO 81625 | |
| 10925 | OBERWITTE, RICHARD, 510 CO. RD. #76, CRAIG,, CO 81625 | |
| 10925 | OBICI, JULIA, 1739 BROADLEE TRAIL, ANNAPOLIS, MD 21401 | |
| 10925 | OBISPO, ALMA, 1977 WALKER AVE, UNION, NJ 07083 | |
| 10925 | OBLACK, GAY, 11509 MCKEE RD, NORTH HUNTINGDON, PA 15642 | |
| 10925 | OBLANCA, RAFAEL, 11818 S. PERRY AVE, HOUSTON, TX 77071 | |
| 10925 | OBLIGADO & CIA LDA S A, PO BOX 6514, NEW YORK, NY 10249-6514 | |
| 10925 | OBLIGADO & CIA LDA, PARAGUAY 610, BUENOS AIRES, 01350ARGENTINA | *VIA Deutsche Post* |
| 10925 | OBLON SPIVAK ET.AL., PO BOX 26238, ARLINGTON, VA 22215 | |
| 10925 | OBMERGA, ROSALINDA, 281 LARCH AVE APT 1, DUMONT, NJ 07628 | |
| 10925 | OBRADOVIC, MILAN, 1167 MORGANSHIRE DR, COLLIERVILLE, TN 38017 | |
| 10924 | OBRAS PORTUARIAS DE COATZACOALCOS, KM 7.5 CARR. COATZACOALCOS-MI-, NATITLAN APDO POSTAL 768, COATZACOALCOS, 99999MEXICO | *VIA Deutsche Post* |
| 10925 | OBRIEN & GERE ENGINEERS INC, DEPT 956 PO BOX 8000, BUFFALO, NY 14267-8000 | |
| 10925 | OBRIEN & GERE ENGINEERS INC, PO BOX 8000, BUFFALO, NY 14267 | |
| 10925 | OBRIEN & GERE ENGINEERS, INC, 2809 SOUTH LYNNHAVEN ROAD, VIRGINIA BEACH, VA 23452 | |
| 10925 | OBRIEN & GERE ENGINEERS, INC, PO BOX 2882, SYRACUSE, NY 13220-2882 | |
| 10925 | OBRIEN & GERE ENGINEERS, INC, PO BOX 8000, BUFFALO, NY 14267 | |
| 10925 | OBRIEN & GERE OPERATIONS INC, PO BOX 3672, SYRACUSE, NY 13220-3672 | |
| 10925 | OBRIEN CORP THE, JEROME J CROWLEY JR, 2483 MIDDLEFIELD WAY, #103, MOUNTAIN VIEW, CA 94043 | |
| 10925 | OBRIEN LAW FIRM LLC, 906 OLIVE, SUITE 720, ST. LOUIS, MO 63101 | |
| 10924 | O'BRIEN REDI-MIX CO., LINCOLN & SOUTHERN BLVDS., PARSONS, KS 67357 | |
| 10925 | OBRIEN REPORTING SERVICES INC, PO BOX 711, RUTLAND, VT 05702 | |
| 10924 | O'BRIEN ROCK CO. INC., 712 CENTRAL, SAINT PAUL, KS 66771 | |
| 10924 | O'BRIEN ROCK CO., ATT: JOLENE BORN, MAIN ST., SAINT PAUL, KS 66771 | |
| 10924 | O'BRIEN ROCK COMPANY, INC., PO BOX217, SAINT PAUL, KS 66771 | |
| 10924 | O'BRIEN ROCK, ASHGROVE ROAD, CHANUTE, KS 66720 | |
| 10925 | OBRIEN SHAFNER STUART KELLY MORRI, 475 BRIDGE ST, PO BOX 929, GROTON, CT 06340 | |
| 10925 | OBRIEN, COLLEEN, 14128 GILMORE, VAN NUYS, CA 91401 | |
| 10925 | OBRIEN, DANIEL, 4113 MONTANA AVE., BALTIMORE, MD 21206 | |
| 10925 | OBRIEN, EDWARD, 1427 PAWNEE DR. NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | OBRIEN, EUGENE, 202 PINEAPPLE ST, ENGLEWOOD, FL 34223 | |
| 10925 | OBRIEN, JAMES, 238 MT VERNON AVE, LAUREL SPRINGS, NJ 08021 | |
| 10925 | OBRIEN, JAMES, 5036 RIDGETOP TRAIL, CHARLOTTE, NC 28215 | |
| 10925 | OBRIEN, JANET, 1 TYLER LANE, MIDDLETON, MA 01949 | |
| 10925 | OBRIEN, JEANETTE, 7 N WINDY ROAD, TILTON, NH 03276 | |
| 10925 | OBRIEN, JEANNE, 46 WEST POINT LANE, ROME, ME 04963 | |
| 10925 | OBRIEN, JOHN, 112 W ASHLAND ST, BROCKTON, MA 02401-2734 | |
| 10925 | OBRIEN, JOHN, 531 FENIMORE AVE, NO BABYLON, NY 11703 | |
| 10925 | OBRIEN, KAREN, 165 WEST 91ST ST, NEW YORK, NY 10024 | |
| 10925 | OBRIEN, KAREN, 741B NAUTILUS COURT, JAMESBURG, NJ 08831 | |
| 10925 | OBRIEN, KERRY, 113 NEW AVE, REISTERSTOWN, MD 21136 | |
| 10925 | OBRIEN, LINDA, 135 NORTH WALKER ST, TAUNTON, MA 02780 | |
| 10925 | OBRIEN, MARGARET, 45 BELLAMY WOODS, DOVER, NH 03820 | |
| 10925 | OBRIEN, MARK, PO BOX 1054, EVANSVILLE, WY 82636 | |
| 10925 | OBRIEN, MARY, 12102 E ORANGE DRIVE, WHITTIER, CA 90601 | |
| 10925 | OBRIEN, MARY, 66 EMERSON ROAD, WATERTOWN, MA 02172-1606 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | OBRIEN, PATRICIA, 1106 LOCUST, ATLANTIC, IA 50022 | |
| 10925 | OBRIEN, RICHARD, 60 WOODLAND ROAD, BEDFORD, MA 01730 | |
| 10925 | OBRIEN, RICHARD, 705 6TH AVE.W., WILLISTON, ND 58801 | |
| 10925 | OBRIEN, ROBERT, 3021 ST RD. 590 #320, CLEARWATER, FL 34619 | |
| 10925 | OBRIEN, ROBERT, 8324 NW 118TH, OKLAHOMA CITY, OK 73162 | |
| 10925 | OBRIEN, SANDRA, 2 TURKEY HILL ROAD, NEWBURYPORT, MA 01950 | |
| 10925 | OBRIEN, T, 4130 HWY 96, BURNS, TN 37029 | |
| 10925 | OBRIEN, WILLIAM, 1411 5TH WEST, HENDERSONVILLE, NC 28739 | |
| 10925 | OBRIEN, WILLIAM, 353 PARK TERRACE DR, STONEHAM, MA 02180 | |
| 10925 | OBRIEN, WILLIAM, 777 OAKWILDE WAY, MILLERSVILLE, MD 21108 | |
| 10925 | OBRINGER, JOHN, 310 SOUTH ST, HURON, OH 44839-1629 | |
| 10925 | OBRON ATLANTIC CORPORATION, PO BOX 71369, CLEVELAND, OH 44191 | |
| 10924 | OBRON ATLANTIC, 830 E. ERIE STREET, PAINESVILLE, OH 44077 | |
| 10925 | OBRYAN BARREL COMPANY, 5501 OLD BOONVILLE HWY, EVANSVILLE, IN 47715 | |
| 10925 | OBRYAN TRANSPORT INC, 5501 OLD BOONVILLE HWY, EVANSVILLE, IN 47715 | |
| 10925 | OBRYAN, DAMON, 3861 RIVERS RUN TRACE, ACWORTH, GA 30101 | |
| 10925 | OBRYAN, DANIELLE, 1757 ELMWOOD DR, ACWORTH, GA 30101 | |
| 10925 | OBRYAN, DARRELL, 1924 EAST 20TH, OWENSBORO, KY 42303 | |
| 10925 | OBRYAN, JOSEPH, 1723 HUGHES AVE, OWENSBORO, KY 42303 | |
| 10925 | OBRYAN, JOSEPH, 7100 HWY 144, PHILPOT, KY 42366 | |
| 10925 | OBRYAN, JOSEPH, 910 WALNUT PARK DR, OWENSBORO, KY 42301 | |
| 10925 | OBRYAN, RONNIE, 2029 WIMBLEDON CT, OWENSBORO, KY 42301 | |
| 10925 | OBRYAN, SEAN, 30 BELKNAP ST, ARLINGTON, MA 02174 | |
| 10925 | OBRYANT, JAMES, 421 W. BLVD., CASHION, OK 73016 | |
| 10925 | OBRYANT, MARY ANN, 3639 MADRID DR N., AUGUSTA, GA 30906 | |
| 10925 | OBRYANT, SANDRA, 2254 POCKET ROAD, LAFAYETTE, GA 30728 | |
| 10925 | OBRYANT, STEPHANIE, 22 LESLIE LANE, MONROE, LA 71203 | |
| 10924 | OBSOLETE - NOT A DISTRIBUTOR, CAESARS PALACE, LAS VEGAS, NV 89103 | |
| 10925 | OBST, EDWARD, 210 SW 32ND AVE, DEERFIELD BEACH, FL 33442 | |
| 10925 | OBST, ROBERT, 6107 TIMOTHY COURT, COLUMBIA, MD 21044 | |
| 10924 | OBY INC., 1413 CHESNUT AVENUE, HILLSIDE, NJ 07205 | |
| 10925 | OCA INC, 100 SLITTING MILL ROAD, GLEN MILLS, PA 19342 | |
| 10925 | OCAIN, BETTY, 955 WEST LAKE DRIVE, BARTOW, FL 33830 | |
| 10924 | OC-ALC-TISD, BUILDING 506  DOOR 15, TINKER AIR FORCE BASE, OK 73145 | |
| 10925 | OCAMPO, BELINDA, 1308 U.S. HWY. 41N, CALHOUN, GA 30701 | |
| 10925 | OCAPA, 737 13TH ST SE, SALEM, OR 97301 | |
| 10925 | OCASIO, ANGEL, CALLE BRAZIL A1, URB BUNKER-CAGUAS, PR 00725 | |
| 10925 | OCASIO, ANGELITA, CALLE 16 J-25 VALLE, PONCE, PR 00731 | |
| 10925 | OCASIO, IVETTE, CALLE 34 AM-19, LOIZA, PR 00629 | |
| 10925 | OCASIO, MICHAEL, 100 WEST 93ST 2H, NEW YORK, NY 10025 | |
| 10925 | OCASIO, NYDIA, CALLE 8 H-11, SAN GERMAN, PR 00683 | |
| 10925 | OCASIO, RUTH, APARTADO 766, YABUCOA, PR 00767 | |
| 10925 | OCASIO, WANDA I, URB SANTA TERESITA C-34 CR-17, PONCE, PR 00731 | |
| 10925 | OCASIO, WILLIAM, PO BOX 70773, SPRINGFIELD, MA 01107 | |
| 10925 | OCC. MED. ASSOC. OF SL, 2587 MERCED ST, SAN LEANDRO, CA 94577 | |
| 10924 | OCCIDENTAL CHEM CORP, PO BOX 809050, DALLAS, TX 75380 | |
| 10924 | OCCIDENTAL CHEM CORP, PO BOX 809050, DALLAS, TX 75380-9050 | |
| 10924 | OCCIDENTAL CHEM CORP., PO BOX 809050, DALLAS, TX 75380-9050 | |
| 10924 | OCCIDENTAL CHEMICAL CO., BLDG E-3 RECEIVING, NIAGARA FALLS, NY 14302 | |
| 10924 | OCCIDENTAL CHEMICAL CO., PO BOX 344, NIAGARA FALLS, NY 14302 | |
| 10924 | OCCIDENTAL CHEMICAL CORP, 457 E 18TH STREET, TACOMA, WA 98421 | |

‖9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | OCCIDENTAL CHEMICAL CORP, 4600 ST JOSEPH STREET, TROIS RIVERES PQ, IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10925 | OCCIDENTAL CHEMICAL CORP, FIVE GREENWAY PLAZA, SUITE 2100, HOUSTON, TX 77227-7702 | |
| 10925 | OCCIDENTAL CHEMICAL CORP, PO BOX 360472M, PITTSBURGH, PA 15251 | |
| 10925 | OCCIDENTAL CHEMICAL CORP, PO99018, CHICAGO, IL 60693 | |
| 10925 | OCCIDENTAL CHEMICAL CORP., 1300 MORRIS DR., SUITE 302, WAYNE, PA 19087 | |
| 10925 | OCCIDENTAL CHEMICAL CORP., PO BOX 360472M, PITTSBURGH, PA 15251 | |
| 10924 | OCCIDENTAL CHEMICAL CORP-DO NOT USE, PO BOX 809050, DALLAS, TX 75380 | |
| 10925 | OCCIDENTAL CHEMICAL CORPORATION, PO BOX 360472M, PITTSBURGH, PA 15251 | |
| 10925 | OCCIDENTAL CHEMICAL CORPORATION, PO BOX 809050, DALLAS, TX 75380-9050 | |
| 10925 | OCCIDENTAL CHEMICAL CORPORATION, POBOX 99018, CHICAGO, IL 60693 | |
| 10925 | OCCIDENTAL CHEMICAL CORPORATON, PO BOX 360472M, PITTSBURGH, PA 15251 | |
| 10924 | OCCIDENTAL CHEMICAL VCM PLANT, C/O BASIC INDUSTRIES, INGLESIDE, TX 78362 | |
| 10924 | OCCIDENTAL CHEMICAL VCM PLANT, HIGHWAY 361 GATE 1, INGLESIDE, TX 78362 | |
| 10924 | OCCIDENTAL CHEMICAL VCM PLANT, HWY 361, GATE 1, INGLESIDE, TX 78362 | |
| 10924 | OCCIDENTAL CHEMICAL, 4403 PASADENA FREEWAY, PASADENA, TX 77503 | |
| 10924 | OCCIDENTAL CHEMICAL, 4701 PADDOCK ROAD, CINCINNATI, OH 45229 | |
| 10924 | OCCIDENTAL CHEMICAL, PO BOX 1368, ADDISON, TX 75001-1368 | |
| 10924 | OCCIDENTAL CHEMICAL, PO BOX 500, DEER PARK, TX 77536 | |
| 10924 | OCCIDENTAL CHEMICAL, PO BOX 809050, DALLAS, TX 75380 | |
| 10925 | OCCIDENTAL OIL AND GAS HOLDING CORP, ELLIOTT HEIDE, OCCIDENTAL PETROLEUM CORP., 10889 WILSHIRE BLVD #1500, LOS ANGELES, CA 90024 | |
| 10925 | OCCIDENTAL PETROLEUM CORP, RAY R IRANI CHM & CEO, 10889 WILSHIRE BLVD, LOS ANGELES, CA 90024 | |
| 10925 | OCCIDENTAL PETROLEUM CORP., SYSTEM, 2711 CENTERVILLE RD., STE 400, WILMINGTON, DE 19808 | |
| 10925 | OCCIDENTAL RESEARCH CORP, OCCIDENTIAL RESEARCH CORP, | |
| 10925 | OCCIDENTIAL CHEMICAL CORPORATION, C/O PRENTICE HALL CORP SYSTEM, 800 BRAZOS, AUSTIN, TX 78701 | |
| 10925 | OCCNET/THE CHRIST HOSPITAL, PO BOX 691229, CINCINNATI, OH 45269-1229 | |
| 10925 | OCCUHEALTH, 726 BROADWAY #201, SEATTLE, WA 98122-4303 | |
| 10925 | OCCUMATRIX INC, POST OFFICE BOX 190515, BIRMINGHAM, AL 35209 | |
| 10925 | OCCUPATIONAL HEALTH & SAFETY, PO BOX 594, MOUNT MORRIS, IL 61054 | |
| 10925 | OCCUPATIONAL HEALTH &, 59 EAST AVE, LEWISTON, ME 04240 | |
| 10925 | OCCUPATIONAL HEALTH &, POBOX 940, BANGOR, ME 04402-0940 | |
| 10925 | OCCUPATIONAL HEALTH CENTER, 3470 LANDERS RD, NORTH LITTLE ROCK, AR 72117 | |
| 10925 | OCCUPATIONAL HEALTH CENTERS, PO BOX 9005, ADDISON, TX 75001 | |
| 10925 | OCCUPATIONAL HEALTH CENTERS, THE, POBOX 64073, KENNER, LA 70064 | |
| 10925 | OCCUPATIONAL HEALTH CTRS, 3010 LBJ FRW #400, DALLAS, TX 75234 | |
| 10925 | OCCUPATIONAL HEALTH NETWORK, 504 FOURTH ST, SIOUX CITY, IA 51101 | |
| 10925 | OCCUPATIONAL HEALTH SERVICES OF, 2233 UNIVERSITY AVE, STE 233, ST. PAUL, MN 55114 | |
| 10925 | OCCUPATIONAL HEALTH SERVICES, 2124A FOURTH AVE SOUTH, BIRMINGHAM, AL 35233 | |
| 10925 | OCCUPATIONAL HEALTH SERVICES, 330 MOUNT AUBURN ST, CAMBRIDGE, MA 02238 | |
| 10925 | OCCUPATIONAL HEALTH SERVICES, 3521 BRIARFIELD BLVD SUITE C, MAUMEE, OH 43537 | |
| 10925 | OCCUPATIONAL HEALTH SOLUTIONS OF NE, 195 ROUTE 125, BRENTWOOD, NH 03833-6026 | |
| 10925 | OCCUPATIONAL HEALTH SYSTEMS OF, PO BOX 359, MENASHA, WI 54952 | |
| 10925 | OCCUPATIONAL MED. ASSOC INC, 210 JACKSON AVE #503, MEMPHIS, TN 38105 | |
| 10925 | OCCUPATIONAL MEDICINE ASSOCIATES, 2587 MERCED ST, SAN LEANDRO, CA 94577 | |
| 10925 | OCCUPATIONAL MEDICINE ASSOCIATES, 6533 EMERALD ST., BOISE, ID 83704 | |
| 10925 | OCCUPATIONAL MEDICINE CENTERS OF, 12014 MIRAMAR PKWY, MIRAMAR, FL 33025-7000 | |
| 10925 | OCCUPATIONAL MEDICINE, 1400 HWY 61 SUITE G50, FESTUS, MO 63028 | |
| 10925 | OCCUPATIONAL PHY SERVICES, 901 W BROADWAY, LOUISVILLE, KY 40203 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | OCCUPATIONAL SERVICES, 973 OTTAWA NW, GRAND RAPIDS, MI 49503-1431 | |
| 10924 | OCCUPATIONAL THERAPY, C/O R AND Z PLASTERING, SAINT LOUIS, MO 63112 | |
| 10925 | OCCUPATIONAL TRAINING & SUPPLY, 12601 S. SPRINGFIELD, ALSIP, IL 60803 | |
| 10925 | OCCU-TEC, INC, 6700 CORPORATE DR.,STE. 130, KANSAS CITY, MO 64120 | |
| 10925 | OCCUTRAIN CORPORATION, 107 ROUTE 620 SOUTH #35E, AUSTIN, TX 78734 | |
| 10924 | OCE' IMAGING SUPPLIES, 1800 BRUNING DRIVE WEST, ITASCA, IL 60143 | |
| 10924 | OCE' IMAGING SUPPLIES, 6075 XAVIER DRIVE, ATLANTA, GA 30336 | |
| 10924 | OCE' U.S.A., 5450 NORTH CUMBERLAND AVENUE, CHICAGO, IL 60656 | |
| 10925 | OCEAN BREA EXPLORATION CO, 2 CUMBERLAND PLACE, RICHARDSON, TX 75080 | |
| 10924 | OCEAN CITY CONVENTION CENTER@@, OCEAN CITY, MD 21842 | |
| 10925 | OCEAN CONCRETE PRODUCTS LTD, 13066 88 AVE, SURREY, BC V3W 3K3CANADA | *VIA Deutsche Post* |
| 10925 | OCEAN CONSTRUCTION SUPPLIES, POBOX 1270, VICTORIA, BC V8W 2W2CANADA | *VIA Deutsche Post* |
| 10925 | OCEAN EQUIPMENT, POBOX 17725, FORT LAUDERDALE, FL 33318-7725 | |
| 10925 | OCEAN FREIGHT CONSULTANTS, PO BOX 640370, BAYSIDE, NY 11364 | |
| 10924 | OCEAN FRONT DEVELOPERS, BUILDING 4, STE. B, FREEPORT, BHS | *VIA Deutsche Post* |
| 10924 | OCEAN KNIGHT SHIPPING, 123 PENNSYLVANIA AVE, SOUTH KEARNY, NJ 07032 | |
| 10924 | OCEAN PACIFIC MARINE PROD, 2086 PLACENTIA AVE., COSTA MESA, CA 92627 | |
| 10924 | OCEAN PLAZA RESORT, C/O HAWKRIDGE  INTERPRIZES, HIGHWAY 80 AND 14TH TERRACE, TYBEE ISLAND, GA 31328 | |
| 10925 | OCEANA PUBLICATIONS INC, 75 MAIN ST, DOBBS FERRY, NY 10522 | |
| 10925 | OCEANA PUBLICATIONS, INC, 75 MAIN ST., DOBBS FERRY, NY 10522 | |
| 10925 | OCEANA PUBLICATONS INC, 75 MAIN ST, DOBBS FERRY, NY 10522 | |
| 10925 | OCEANAIR INC, PO BOX 619, REVERE, MA 02151 | |
| 10925 | OCEANAIR, 135 AMERICAN LEGION HWY, REVERE, MA 02151 | |
| 10924 | OCEANANIA RESEDENTIAL DEVELOPEMENT, 3205 CONEY ISLAND AVE, BROOKLYN, NY 11235 | |
| 10925 | OCEJO, FIORELA, 56 NEWMAN ROAD, MALDEN, MA 02148 | |
| 10924 | OCENCO INC., 10225 82ND AVENUE, PLEASANT PRAIRIE, WI 53158-5801 | |
| 10924 | OCE-USA, INC, 5450 N. CUMBERLAND AVE., SUITE 800, CHICAGO, IL 60656 | |
| 10925 | OCE-USA, INC, PO BOX 92601, CHICAGO, IL 60675-2601 | |
| 10925 | OCHINANG, FLORENCIA, 2168 QUINCY ST., DELANO, CA 93215 | |
| 10925 | OCHOA FERTILIZER CO INC, AUGUSTO R PALMER GENERAL MANAGER, | |
| 10925 | OCHOA FERTILIZER CO INC, POBOX 32, GUANICA, PR 00653PUERTO RICO | *VIA Deutsche Post* |
| 10925 | OCHOA FERTILIZER CO. INC., PO BOX 32, GUANICA, PR 00653 | |
| 10924 | OCHOA INDUS. SALES CORP., PO BOX 363968, SAN JUAN, IT 9363968UNK | *VIA Deutsche Post* |
| 10924 | OCHOA INDUSTRIAL SALES CO, SAN JUAN, P. O. BOX 363968, PUERTO RICO, PR 99999PUERTO RICO | *VIA Deutsche Post* |
| 10924 | OCHOA INDUSTRIAL SALES CORP., CAMBRIDGE, MA 99999 | |
| 10925 | OCHOA INDUSTRIAL SALES CORP., PO BOX 363968, SAN JUAN, PR 00936-6968 | |
| 10925 | OCHOA INDUSTRIAL SALES CORP., ROAD 869, BARRIO PALMUS, CATANO, PR 00962PUERTO RICO | *VIA Deutsche Post* |
| 10924 | OCHOA INDUSTRIAL SALES CORPORATION, 869 BARRIO PALMAS CATANO, SAN JUAN, IT 9363968UNK | *VIA Deutsche Post* |
| 10924 | OCHOA INDUSTRIAL SALES CORPORATION, ROAD 869 BO. PALMAS, CATANO, IT 962UNK | *VIA Deutsche Post* |
| 10924 | OCHOA INDUSTRIAL SALES ROAD 869, PALMAS BO, CATANO, PR 962PUERTO RICO | *VIA Deutsche Post* |
| 10924 | OCHOA INDUSTRIAL SALES, ROAD 879, BARRIO PALMUS, CATANO, IT 962UNK | *VIA Deutsche Post* |
| 10925 | OCHOA, BELEN, 3720 WINGATE, ODESSA, TX 79764 | |
| 10924 | OCHOA, C/O C&F WORLDWIDE, CHARLOTTE, NC 28206 | |
| 10925 | OCHOA, CARLOS, 7237 S W 112 PL CIR, MIAMI, FL 33173 | |
| 10925 | OCHOA, MARIA, 7891 YORKSHIRE AVE., STANTON, CA 90680 | |
| 10925 | OCHOA, PEDRO, FREER ROUTE BOX 3A, SAN DIEGO, TX 78384-1039 | |
| 10925 | OCHOA, SALOME, 3901 LEBON, FORT WORTH, TX 76106 | |
| 10925 | OCHOA, SANDRA, 408 S MARLBOROUGH, DALLAS, TX 75208 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   OCHOA, VALENTINE, 1308 DEARBORN, AURORA, IL 60505

10925   OCHS, BRIAN, 3809 ARDMORE AVNUE, READING, PA 19605

10925   OCHS, CHERYL, 10 ELLISON ROAD, LEXINGTON, MA 02173

10925   OCHS, DENA, PO BOX 131, KILLBUCK, OH 44637

10925   OCI CHEMICAL CORP., DEPT. CH 10963, PALATINE, IL 60055-0963

10925   OCKIYA, EMMANUEL, 2000 CONN AVA NW, WASH, DC 20008

10925   OCMA, 17 S HIGH ST SUITE 200, COLUMBUS, OH 43215

10925   OCON, ROLAND, 119 W. IRIS, MCALLEN, TX 78501

10925   OCONEE FAMILY PRACTICE PA, 301 MEMORIAL DR SUITE G, SENECA, SC 29672

10925   OCONEE PICKENS VOCATIONAL REHAB CTR, 1951 WELLS HWY, SENECA, SC 29678

10925   OCONNELL & GLOCK, PC, 1901 PENNSYLVANIA AVE NW, WASHINGTON, DC 20006-3408

10925   OCONNELL JR, DANIEL J, 360 E 234TH ST, BRONX, NY 10470-2240

10925   OCONNELL JR, JOHN, 2700 NW 29TH DRIVE, BOCA RATON, FL 33434

10925   OCONNELL SUPPLY CORP., 2-16 NORMAN ST, EVERETT, MA 02149

10925   OCONNELL, ALICE, 7 PATCHES POND LANE, WILMINGTON, MA 01887

10925   OCONNELL, BETTE, 26 BRIAR MILLS DRIVE, BRICKTOWN, NJ 08724

10925   OCONNELL, BRIAN, 5317 COLUMBIA RD APT F, COLUMBIA, MD 21041

10925   OCONNELL, BRIAN, 93 GREENWOOD AVE, WAKEFIELD, MA 01880

10925   OCONNELL, CARA, 122 MAHONING DRIVE, PITTSBURGH, PA 15235

10925   OCONNELL, CATHERINE, 9 RAYMOND PLACE, WINCHESTER, MA 01890

10925   OCONNELL, CHARLES, 12 MASON ST, BILLERICA, MA 01862

10925   OCONNELL, COLEEN, 213 RIVER BEND DR., CHESTERFIELD, MO 63017

10925   OCONNELL, DANIEL F, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   OCONNELL, DANIEL, 138 DOWNING DRIVE, SEVERNA PARK, MD 21146

10925   OCONNELL, DAVID, 7 PATCHES POND LN, WILMINGTON, MA 01887

10925   OCONNELL, DENNIS, 17 IRONSTONE DR, READING, PA 19606

10925   OCONNELL, ELIZABETH, 42 BAKER ST, REHOBOTH, MA 02769

10925   OCONNELL, GAIL, 9205 PIEDMONT ST, SPRING VALLEY, CA 91977

10925   OCONNELL, HEATHER, 1617 SOUTH ROBB WAY, LAKEWOOD, CO 80232

10925   OCONNELL, J, 14405 MTN. HIGH DR., FONTANA, CA 92335

10925   OCONNELL, J, 28007 WHITESTONE CT, HAYWARD, CA 94542

10925   OCONNELL, JAMES, 36 SENTRY WAY, MERRIMACK, NH 03054-4407

10925   OCONNELL, JOAN, 434 E 76 ST, 4, NEW YORK, NY 10021

10925   OCONNELL, JOHN, 2700 NW 29TH DR, BOCA RATON, FL 33434

10925   OCONNELL, JOHN, 574 NORTH ROAD, SUDBURY, MA 01776

10925   OCONNELL, JOHN, 7900 RUNNYMEADE DR, FREDERICK, MD 21701

10925   OCONNELL, JOSEPH, BOX 32, LANCASTER RD, SHIRLEY, MA 01464

10925   OCONNELL, KAREN, 156 PARK AVE EXTENSION, ARLINGTON, MA 02174

10925   OCONNELL, KAREN, 84 ANTWERP ST, MILTON, MA 02186

10925   OCONNELL, KATHLEEN, 122 LAUREL COURT, NEWTON, PA 18940

10925   OCONNELL, KERRY, 51 N ST AGUSTINE BVD, ST AUGUSTINE, FL 32084

10925   OCONNELL, KEVIN J, 1014 GRANT ST., HERNDON, VA 20170

10925   OCONNELL, KEVIN, 1014 GRANT ST, HERNDON, VA 20170

10925   OCONNELL, LISA, 93 GREENWOOD AVE., WAKEFIELD, MA 01880

10925   OCONNELL, MT, 5303 E CORTLAND #B4, FLAGSTAFF, AZ 86004

10925   OCONNELL, NANCY, 326 EAST 70TH ST, NEW YORK, NY 10021

10925   OCONNELL, ROBERT, 10 HILLCREST ROAD, PT WASHINGTON, NY 11050

10925   OCONNELL, SARAH, 1129 BLAINE AVE, RACINE, WI 53405

10925   OCONNELL, SHAWN, 5928 COSTELLO AVE, VAN NUYS, CA 91401

10925   OCONNELL, WILLIAM, 1 ELMCREST TERRACE APT 4, NORWALK, CT 06854

10925   OCONNELL, WILLIAM, 2 ROYAL CREST DR, NASHUA, NH 03060

l9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | OCONNER, FRANCES, 1 GEORGIA AVE 5H, BRONXVILLE, NY 10708 | |
| 10925 | OCONNOR II, JOSEPH, 770 CLAUGHTON ISL.DR. 501, MIAMI, FL 33131 | |
| 10925 | OCONNOR OIL CORP., PO BOX 968, FOND DU LAC, WI 54936-0968 | |
| 10925 | OCONNOR, ALAN, 10 HILLCREST RD, BEVERLY FARMS, MA 01915 | |
| 10925 | OCONNOR, BLANCHE, 200 HAMPTON ROAD, APT #2, SOUTHAMPTON, NY 11968 | |
| 10925 | OCONNOR, CHARLES, 210 NEPONSET ST, CANTON, MA 02021 | |
| 10925 | OCONNOR, DAVID, 2663 GLENGYLE DR, VIENNA, VA 22181 | |
| 10925 | OCONNOR, DEIRDRE, 30 SEAGRAVE ROAD, CAMBRIDGE, MA 02140 | |
| 10925 | OCONNOR, DORIAN, 20311 SHERMAN WAY, 115, CANOGA PARK, CA 91306 | |
| 10925 | OCONNOR, ETTA, 23 NATHALIE DR., HOCKESSIN, DE 19707 | |
| 10925 | OCONNOR, EVELYN, 426 ROGERS ST, TEWKSBURY, MA 01876 | |
| 10925 | OCONNOR, FRANCES, 1 GEORGIA AVE, 5H, BRONXVILLE, NY 10708 | |
| 10925 | OCONNOR, FRANK, 1144 AVALON PKWY, WILLIAMSPORT, PA 17701 | |
| 10925 | OCONNOR, GERALDINE, 35-51 85TH ST, JACKSON HTS, NY 11372 | |
| 10925 | OCONNOR, JAMES, 141 WEST BAYARD ST, SENECA FALLS, NY 13148 | |
| 10925 | OCONNOR, JOHN, 50 SMITH TERRACE, STATEN ISLAND, NY 10304 | |
| 10925 | OCONNOR, JOSEPH, % JOSEPH P OCONNOR 79 BEAN ROAD, STERLING, MA 01564 | |
| 10925 | OCONNOR, KATHLEEN, 3 E MAIN ST, MOORESTOWN, NJ 07628 | |
| 10925 | OCONNOR, KEVIN, 33 CLAREMONT AVE, BLOOMFIELD, NJ 07003 | |
| 10925 | OCONNOR, KEVIN, 4162 DOUBLE TREE LANE, HAMPSTEAD, MD 21074 | |
| 10925 | OCONNOR, LAURIE, 728 FOREST ST, N ANDOVER, MA 01845 | |
| 10925 | OCONNOR, LYNDA, 646 PERIWINKLE TURN, BOURBONNAIS, IL 60914 | |
| 10925 | OCONNOR, MARGARET, 29 SEAGRAVE ROAD, CAMBRIDGE, MA 02140-1640 | |
| 10925 | OCONNOR, MARJORIE, 1349 BROOKWOOD DR, SUFFIELD, OH 44260 | |
| 10925 | OCONNOR, MARK, 381 PALISADE AVE, JERSEY CITY, NJ 07307 | |
| 10925 | OCONNOR, MONICA, 7707 ARTHUR AVE, RICHMOND HEIGHTS, MO 63117 | |
| 10925 | OCONNOR, PATRICK, 531 SPRUCE, HAMMOND, IN 46324 | |
| 10925 | OCONNOR, PRUDENCE P, CUST FOR ANDREW S OCONNOR, UNIFT GIFT MIN ACT UNDER NY, TEN MOHEGAN ROAD, LARCHMONT, NY 10538 | |
| 10925 | OCONNOR, RAYMOND, 1816 DUNMERE ROAD, BALTIMORE, MD 21222 | |
| 10925 | OCONNOR, RICHARD, 7707 ARTHUR AVE, RICHMOND HEIGHTS, MO 63117 | |
| 10925 | OCONNOR, RIZALINA, 48 5TH ST, CLOSTER, NJ 07624 | |
| 10925 | OCONNOR, SHANNON, 1260 GEORGE LANE, BOURBONNAIS, IL 60914 | |
| 10925 | OCONNOR, SUSANNE, 1224 DALEVIEW DR, MCLEAN, VA 22102 | |
| 10925 | OCONNOR, THOMAS, 728 FOREST ST, N ANDOVER, MA 01845 | |
| 10925 | OCONNOR, TIMOTHY, 1360 N. GLENHURST DRIVE, BIRMINGHAM, MI 48009 | |
| 10925 | OCR SUBSCRIPTION SERVICES INC, PO BOX 12510, RESEARCH TRIANGLE PARK, NC 27709-2510 | |
| 10925 | OCTEL COMMUNICATIONS CORP., PO BOX 60000, SAN FRANCISCO, CA 94160-1878 | |
| 10925 | OCTEL COMMUNICATIONS CORPORATION, 5 WESTBROOK CORP CTR, WESTCHESTER, IL 60154 | |
| 10924 | OCTOFOIL/UNIVERSAL CONCRETE PROD., 1018 SAWDUST TRAIL - RT 527 NORTH, KISSIMMEE, FL 34744 | |
| 10925 | OCTROOIBUREAU VRIESENDORP & GAADE, 2514 BB, THE HAGUE, 2514 BBNETHERLANDS | *VIA Deutsche Post* |
| 10925 | OCTROOIBUREAU VRIESENDORP &, PO BOX 266, THE HAGUE, 2501 AWNETHERLANDS | *VIA Deutsche Post* |
| 10924 | OCULAR INSTRUMENTS, 2255 116TH AVENUE NE, BELLEVUE, WA 98004 | |
| 10925 | OCULL, EVALINE, PO BOX 32, MOMENCE, IL 60954 | |
| 10925 | OCULL, HELEN, 209 VERMONT ST, MOMENCE, IL 60954-1803 | |
| 10925 | OCULL, YVONNE, 118 VERMONT, MOMENCE, IL 60954 | |
| 10924 | OCWEN MANAGEMENT CENTER, 408 EAST PILLEND STREET, ORLANDO, FL 32819 | |
| 10925 | OCY VINYLS LP, POBOX 99018, CHICAGO, IL 60693-9018 | |
| 10925 | ODABACHIAN, TANIA, 3400 N.E. 6TH DRIVE, BOCA RATON, FL 33431 | |
| 10925 | ODABASHIAN, MARIE, 113 HOLLY CIRCLE, GREER, SC 29651-1846 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ODABASHIAN, ROBERT, 113 HOLLY CIRCLE, GREER, SC 29651-1846 | |
| 10925 | ODAJIMA PATENT OFFICE, 9-15 1-CHOME AKASAKA, MINATO-KU TOKYO, 13 107JAPAN | *VIA Deutsche Post* |
| 10925 | ODAJIMA PATENT OFFICE, NIPPON JITENSHA BLDG, 9-15 1-CHOME AKASAKA, MINATO-KU, TOKYO, 107JAPAN | *VIA Deutsche Post* |
| 10924 | O'DANIEL TRUCKING CO, RT. 4 BOX 120-A, CARMI, IL 62821 | |
| 10924 | O'DANIEL TRUCKING COMPANY, ROUTE 37 SOUTH, CARMI, IL 62821 | |
| 10924 | O'DANIEL TRUCKING COMPANY, ROUTE 4, BOX 120 A, CARMI, IL 62821 | |
| 10924 | ODD FELLOW & REBEKAH HOME, 106 OLD NIAGARA & NORTH CANAL RD, LOCKPORT, NY 14094 | |
| 10925 | ODDO, JAMES, 301 MAYHILL ST, SADDLE BROOK, NJ 07663 | |
| 10925 | ODDO, JR, JAMES J, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486 | |
| 10925 | ODEA, CAROL, 6105 SILVER OAK DR., LAKE WORTH, FL 33467 | |
| 10925 | ODEAN, JOSHUA, 2710 BIRCHWOOD RD, NORTH PLATTE, NE 69101 | |
| 10924 | ODEBRECT CONTRACTORS OF CA, 15260 VENTURA BOULEVARD SUITE 800, SHERMAN OAKS, CA 91403 | |
| 10924 | ODEBRECT CONTRACTORS\SEVEN OAKS DAM, 32330 SANTA ANA CANYON ROAD, HIGHLAND, CA 92346-5032 | |
| 10925 | ODELL OIL CO., PO BOX 291, LAURENS, SC 29360 | |
| 10925 | ODELL, ANTHONY, 305 CHEROKEE ST, BOAZ, AL 35957 | |
| 10925 | ODELL, DIANE, 2560 SANDGATES ROAD, MECHANICSVILLE, MD 20659 | |
| 10925 | ODELL, MICHAEL, 726 DORSET ROAD, ALLENTOWN, PA 18104 | |
| 10925 | ODELL, MICHAEL, RT 1 BOX 161-F, ZEBMLON, GA 30295 | |
| 10925 | ODELL, RANDALL, 46 WILLOWWOOD LN, LONDON, OH 43140 | |
| 10925 | ODELL, SIDNEY, 3251 NORTON ROAD, MEMPHIS, TN 38109 | |
| 10925 | ODEM, TIMOTHY, 719 HAMILTON AVE, FARRELL, PA 16121 | |
| 10925 | ODEN, BILLIE, RT 3, BOX 570, CORSICANA, TX 75110 | |
| 10925 | ODEN, CONNIE, 206 CUMBERLAND DR, DAYTON, TX 77535 | |
| 10925 | ODEN, WILLIAM, 48 BAY 46TH ST, BROOKLYN, NY 11214 | |
| 10925 | ODESKY, MARV, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | ODESKY, MARVIN, 14214 DAY FARM ROAD, GLENELG, MD 21737 | |
| 10924 | ODESSA CONCRETE SUPPLY CO., 1107 W. MURPHY, ODESSA, TX 79760 | |
| 10924 | ODESSA CONCRETE SUPPLY CO., PO BOX3027, ODESSA, TX 79760 | |
| 10924 | ODESSA MEDICAL HOSPITAL, WILLIAMS INSULATION, ODESSA, TX 79760 | |
| 10925 | ODESSY CIRCUITS, 90-B WYANDANCH AVE, WYANDANCH, NY 11798 | |
| 10925 | ODETTE WILBUR, 5 NANTUCKET LANE, PALM COAST, FL 32137-2532 | |
| 10925 | ODG, 500 N. SHORELINE BLVD., STE 1101, CORPUS CHRISTI, TX 78471 | |
| 10925 | ODIORNE, LESLIE, 1602 HAYES, WICHITA FALLS, TX 76309 | |
| 10925 | ODLAND IRON WORKS,INC, PO BOX 8158, TOLEDO, OH 43605 | |
| 10924 | ODOM CONSTRUCTION SYSTEMS, CAMBRIDGE, MA 02140 | |
| 10924 | ODOM CONSTRUCTION, PO BOX 20146, KNOXVILLE, TN 37920 | |
| 10925 | ODOM ELLIOTT, 1 EAST MOUNTAIN, PO BOX 186, FAYETTEVILLE, AR 72702 | |
| 10925 | ODOM JT TEN, BARBARA ANN & GARY LEE, 5017 BANKHEAD HWY, ADAMSVILLE, AL 35005-1246 | |
| 10925 | ODOM TRAILER MFG CO INC, 212 IH 45 SOUTH, CONROE, TX 77304 | |
| 10925 | ODOM, CHICO, 4012 E 31ST ST, INDIANAPOLIS, IN 46218 | |
| 10925 | ODOM, D, 813 LACY ST, JOHNSON CITY, TN 37604 | |
| 10925 | ODOM, DENNIS, PO BOX 2415, GREER, SC 29652 | |
| 10925 | ODOM, GLINDA, 2952 RIVER RD, WICHITA FALLS, TX 76304 | |
| 10925 | ODOM, JEAN, 305 SOUTH NEW HOPE, KENNEDALE, TX 76060 | |
| 10925 | ODOM, JULAINE, 310 PARKSIDE DR, SIMPSONVILLE, SC 29681 | |
| 10925 | ODOM, KEVIN, 2302 BUCHANAN, WICHITA FALLS, TX 76304 | |
| 10925 | ODOM, NORMAN, 100 MELLISA RD, EASLEY, SC 29640 | |
| 10925 | ODONNELL ORGANIZATION, 1100 16TH ST. NORTH, SAINT PETERSBURG, FL 33705 | |
| 10924 | O'DONNELL PLASTER, 2318 LAFETTE, SANTA CLARA, CA 95050 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   O'DONNELL PLASTERING, 2318 LA FAYETTE RD., SANTA CLARA, CA 95050

10925   ODONNELL, CHRISTINE, 130 LAWTON ST, LUDLOW, MA 01056

10925   ODONNELL, COLUM, 1924 IDLEWILD DR, GREENVILLE, MS 38701

10925   ODONNELL, JAMES MICHAE, 9 GLASCOW CT, LAKE IN THE HILLS, IL 60156-6352

10925   ODONNELL, KATHLEEN, PO BOX 136, HUNTINGTON, MA 01050

10924   ODONNELL, KENNEDY, VESPOLE & PIECHT, 414 EAGLE ROCK AVE, W ORANGE, NJ 07051

10925   ODONNELL, LEO, 28 LEOPOLD ST, BURLINGTON, MA 00000

10925   ODONNELL, PATRICIA, 167 SAVOY AVE, SPRINGFIELD, MA 01104

10925   ODONNELL, SEAN, 623 FIFTH AVE, TROY, NY 12182

10925   ODONNELL, TERESA, 12333 91ST AVE N, SEMINOLE, FL 34642

10925   ODONNELL, WILLIAM, 3901 BUCKNELL, ODESSA, TX 79764

10925   ODONNELL, WILLIAM, 8153 S KENNETH AVE, CHICAGO, IL 60652

10924   O'DONOHUE INDUSTRIES, INC., 6505 W. CALUMET ROAD, MILWAUKEE, WI 53223

10925   ODOR CONTROL TECHNOLOGY, PO BOX 1627, FLOWERY BRANCH, GA 30542

10925   ODOR SCIENCE & ENGINEERING INC, 1350 BLUE HILLS AVE, BLOOMFIELD, CT 06002

10925   ODOR SCIENCE & ENGINEERING INC., 1350 BLUE HILLS AVE., BLOMMFIELD, CT 06002

10925   ODOR, DEWEY, 207 SUNSET, ERLANGER, KY 41018-1525

10925   ODORITE, 1111 MARYLAND AVE., BALTIMORE, MD 21201

10925   ODOT CONTRACTOR PLANS, 434 TRANSPORTATION BLD., SALEM, OR 97310

10925   ODUCA, MARITES, 7474 SKILMAN #106, DALLAS, TX 75231

10925   ODUFEKO, GRACE, 5454 PETERSON LN, DALLAS, TX 75240

10924   ODUM CONCRETE CO, 100 E.ST LOUIS ST, WEST FRANKFORT, IL 62896

10924   ODUM CONCRETE COMPANY, 1800 N. COURT, MARION, IL 62959

10924   ODUM CONCRETE COMPANY, 1800 NORTH COURT, MARION, IL 62959

10924   ODUM CONCRETE COMPANY, 404 RUSHING DRIVE, MARION, IL 62959

10924   ODUM CONCRETE COMPANY, P O BOX 127, HERRIN, IL 62948

10924   ODUM CONCRETE PRODUCTS IN, 1800 N. COURT, MARION, IL 62959

10924   ODUM CONCRETE PRODUCTS, 100 E. ST. LOUIS ST, WEST FRANKFORT, IL 62896

10924   ODUM CONCRETE PRODUCTS, 100 EAST ST. LOUIS STREET, WEST FRANKFORT, IL 62896

10925   ODUM, MATTHEW, 2010 ARRAS DRIVE, E CARONDELET, IL 62240

10925   ODYSSEY TRANSPORTATION OF NEVADA, 1281 KIMMERING RD, GARDNERVILLE, NV 89410

10925   OEBEL ASSOCIATES INC, 2 OLD FORT ROAD, BERNARDSVILLE, NJ 07924

10925   OEC FLUID HANDLING INC, PO BOX 2807, SPARTANBURG, SC 29304

10925   OEC FLUID HANDLING INC, POBOX 2807, SPARTANBURG, SC 29304

10925   OEC FLUID HANDLING INC., 140 CEDAR SPRING RD. PO BOX 2807, SPARTANBURG, SC 29304

10925   OEC FLUID HANDLING, INC, 140 CEDAR SPRINGS RD., SPARTANBURG, SC 29304

10925   OECD DISTRIBUTION CENTER, POBOX 122, ANNAPOLIS JUNCTION, MD 20701

10925   OEHLER III, HENRY, 3885 SPRINGTREE DR, OWENSBORO, KY 42301

10925   OEHLER INVESTMENT CO, 7457 CAPILIA DR, ST LOUIS, MO 63123-2003

10925   OEHLER, EMILY, RT 5 BOX 254 HH, CLEVELAND, TX 77327

10925   OELTJEN, BILLY, 4608 MORRIS, VICTORIA, TX 77901

10925   OEM HEALTH INFO, INC, 8 W. ST., BEVERLY FARMS, MA 01915-2226

10925   OEMICHEN, MICHAEL, 1166 COUNTRY HIGHLANDS DR., HUBERTUS, WI 53033

10924   OERDEX, INC., 47531 WARM SPRINGS BOULEVARD, FREMONT, CA 94539

10925   OERTEL HOFFMAN FERNANDEZ & COLE PA, PO BOX 1110, TALLAHASSEE, FL 32302

10925   OERTEL HOFFMAN FERNANDEZ & COLE, PO BOX 1110, TALLAHASSEE, FL 32302-1110

10925   OERTEL, ERVIN, 1401 HIGHLAND ROAD, STILLWATER, MN 55082

10925   OES - OFFICE EQUIPMENT SERVICES, 5520 SHELBY OAKS DRIVE, MEMPHIS, TN 38134

10925   OES, 5520 SHELBY OAKS DR, MEMPHIS, TN 38134

10925   OES, PO BOX 1000 DEPT 37, MEMPHIS, TN 38148-0037

10925   OESCH, CLIFFORD M, 23624 N 57TH DR, GLENDALE, AZ 85310-3644

l9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | OESCH, CLIFFORD, 23624 N 57TH DRIVE, GLENDALE, AZ 85310 | |
| 10925 | OESTERLE II, ERIC ADAM, 645 LAKE RD, GLEN ELLYN, IL 60137-4249 | |
| 10925 | OETINGER, DEBORAH, 8228 PIONEER RD, WEST PALM, FL 33411 | |
| 10925 | OETINGER, GLEN, 39 ALLEN ROAD, ASHBY, MA 01431 | |
| 10925 | OETJEN, ERIC, LAKE LOOD ROAD #111, EUGENE, OR 97401 | |
| 10925 | OETZEL-WILLIAMS GROUP, THE, 321 WOODLAND PASS, EAST LANSING, MI 48823 | |
| 10924 | O'FALLON CONC SPLY CO, PO BOX 8, O'FALLON, IL 62269 | |
| 10924 | O'FALLON CONCRETE, 570 W. 3RD STREET, O'FALLON, IL 62269 | |
| 10925 | OFF 104TH AUTOBODY, 10325 QUIVAS ST, THORTON, CO 80221 | |
| 10925 | OFF OF CHILD SUPP ENFORCE, PO BOX 605, RIVERDALE, MD 20737 | |
| 10924 | OFF THE STREET, 25 NORTH CARLOV, CHICAGO, IL 60624 | |
| 10925 | OFF, EIGHT, 71STR, 25, NY, NY 10001 | |
| 10925 | OFF, FIVE-TWO, PTV, 1, NY, NY 10001 | |
| 10925 | OFF, FOUR, HH, 1, NY, NY 10001 | |
| 10925 | OFF, NINE, W 25TH STR., 45, NY, NY 10001 | |
| 10925 | OFF, ONE, ELM STR, 1A, NY, NY 10001 | |
| 10925 | OFF, SEVEN, 7TH AVE, 25, NY, NY 10001 | |
| 10925 | OFF, SIX, AVE, 5, NY, NY 10001 | |
| 10925 | OFF, TEN, 241PARK AV., 55, NY, NY 10001 | |
| 10925 | OFF, THREE, ABFD, 1, NY, NY 10001 | |
| 10925 | OFF, TWO, HIGHT STR., NY, NY 10001 | |
| 10925 | OFFENBERG, SHARON, 419 CONCORD AVE., CAMBRIDGE, MA 02138 | |
| 10925 | OFFERMAN, JILL, BOX 716, CLIFTON, IL 60927 | |
| 10925 | OFFERMAN, LINDA, 102 TROY ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | OFFERMAN, PAUL, 29 CENTRAL AVE, PISCATAWAY, NJ 08854 | |
| 10925 | OFFERMANN, DORIS M, 10330 W THUNDERBIRD BLVD A226, SUN CITY, AZ 85351-3052 | |
| 10925 | OFFICE ASSISTANTS INC, 9722 S CICERO AVE., OAK LAWN, IL 60453 | |
| 10924 | OFFICE BLDG, 21650 OXNARD, WOODLAND, CA 95695 | |
| 10924 | OFFICE BUILDING, 2021 SANTA MONICA BLVD., SANTA MONICA, CA 90401 | |
| 10925 | OFFICE CONNECTION, PO BOX 9157, FORT LAUDERDALE, FL 33310-9157 | |
| 10925 | OFFICE DE BREVETS, 234 ROUTE DARLON, STRASSEN, L-8001LUXEMBOURG | *VIA Deutsche Post* |
| 10925 | OFFICE DEPOT CARD PLAN, DEPT 56-4100376010, COLUMBUS, OH 43218-2378 | |
| 10925 | OFFICE DEPOT CARD PLAN, PO BOX 182378, COLUMBUS, OH 43218-2378 | |
| 10925 | OFFICE DEPOT CARD PLAN, PO BOX 30292, SALT LAKE CITY, UT 84130 | |
| 10925 | OFFICE DEPOT CREDIT PLAN, PO BOX 30292, SALT LAKE CITY, UT 84130-0292 | |
| 10925 | OFFICE DEPOT CREDIT PLAN, POBOX 30292, SALT LAKE CITY, UT 84130-0292 | |
| 10925 | OFFICE DEPOT CREDIT PLANT, PO BOX 9020 DEPT. 56-4201113049, DES MOINES, IA 50368-9020 | |
| 10925 | OFFICE DEPOT INC, DAVID FANNIN EXEC VP GEN COUNSEL, 2200 OLD GERMANTOWN RD 3RD FL, DELRAY BEACH, FL 33445 | |
| 10925 | OFFICE DEPOT INC, DAVID FANNIN VP GEN COUNSEL SEC, 2200 OLD GERMANTOWN ROAD, DELRAY BEACH, FL 33445 | |
| 10925 | OFFICE DEPOT INC, PO BOX 182378, COLUMBUS, OH 43218-2378 | |
| 10925 | OFFICE DEPOT INC, POBOX 91587, CHICAGO, IL 60693-1587 | |
| 10925 | OFFICE DEPOT, 45 DUNHAM ROAD, BILLERICA, MA 01821-1858 | |
| 10925 | OFFICE DEPOT, 6623 GOVERNOR RITCHIE HWY, GLEN BURNIE, MD 21061 | |
| 10925 | OFFICE DEPOT, DAVID FANNIN EXEC VP GEN COUNSEL, 2200 OLD GERMANTOWN ROAD, DELRAY BEACH, FL 33445 | |
| 10925 | OFFICE DEPOT, FILE # 91587, BOSTON, MA 02205-9143 | |
| 10925 | OFFICE DEPOT, FILE #81901, LOS ANGELES, CA 90074-1901 | |
| 10925 | OFFICE DEPOT, FILE #91587, CHARLOTTE, NC 28201-1067 | |
| 10925 | OFFICE DEPOT, FILE N 81901, LOS ANGELES, CA 90074-1901 | |
| 10924 | OFFICE DEPOT, INC., 2200 OLD GERMANTOWN RD., DELRAY BEACH, FL 33445 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | OFFICE DEPOT, INC., 2200 OLD GERMANTOWN ROAD, DELRAY BEACH, FL 33445 | |
| 10925 | OFFICE DEPOT, PO BOX 182378, COLUMBUS, OH 43218-2378 | |
| 10925 | OFFICE DEPOT, PO BOX 182378, DEPT 56, COLUMBUS, OH 43218 | |
| 10925 | OFFICE DEPOT, PO BOX 198030, ATLANTA, GA 30384-8030 | |
| 10925 | OFFICE DEPOT, PO BOX 198030, LOS ANGELES, CA 90074-1901 | |
| 10925 | OFFICE DEPOT, PO BOX 30292, SALT LAKE CITY, UT 84130-0292 | |
| 10925 | OFFICE DEPOT, PO BOX 660337 DEPT 80, DALLAS, TX 75266 | |
| 10925 | OFFICE DEPOT, PO BOX 9143, BOSTON, MA 02205-9143 | |
| 10925 | OFFICE DEPOT, PO BOX 915034, ORLANDO, FL 32891-5034 | |
| 10925 | OFFICE DEPOT, PO BOX 91587, FILE #91587, CHICAGO, IL 60693-1587 | |
| 10925 | OFFICE DEPOT, POBOX 198030, ATLANTA, GA 30384-8030 | |
| 10925 | OFFICE ENVIRONMENTS OF NEW ENGLAND, POBOX 6054, BOSTON, MA 02212-6054 | |
| 10925 | OFFICE ENVIRONMENTS, 3925 ROSE LAKE DR, CHARLOTTE, NC 28217 | |
| 10925 | OFFICE ENVIRONMENTS, PO BOX 6054, BOSTON, MA 02212-6054 | |
| 10925 | OFFICE ENVIRONMENTS, PO BOX 845291, BOSTON, MA 02284 | |
| 10925 | OFFICE ENVIRONMENTS, PO BOX 845291, BOSTON, MA 02284-5291 | |
| 10925 | OFFICE EQUIPMENT COMPANY OF CHICAGO, 223 WEST LAKE ST, CHICAGO, IL 60606 | |
| 10925 | OFFICE EQUIPMENT COMPANY OF CHICAGO, 900 N CHURCH ROAD, ELMHURST, IL 60126 | |
| 10925 | OFFICE EQUIPMENT SERVICE, POBOX 1000 BOX 43, MEMPHIS, TN 38148-0043 | |
| 10925 | OFFICE FURNITURE LIQUIDATORS, 1941 E EDINGER AVE, SANTA ANA, CA 92705 | |
| 10925 | OFFICE FURNITURE PLACE, THE, 77-734 COUNTRY CLUB DR SUITE C, PALM DESERT, CA 92211 | |
| 10925 | OFFICE GREGORJ, 1 VIA DOGANA, MILAN, MI 20123 | |
| 10925 | OFFICE KIRKPATRICK S A, AVE WOLFERS 32, B-1310 LA HULPE, BRUSSELS, BELGIUM | *VIA Deutsche Post* |
| 10925 | OFFICE KIRKPATRICK, LA HULPE, B-1310BELGIUM | *VIA Deutsche Post* |
| 10925 | OFFICE MACHINES INC, PO BOX 370736, EL PASO, TX 79935 | |
| 10925 | OFFICE MAX INC, GENERAL COUNSEL, 308 CONSTITUTION DRIVE, PO BOX 62526, VIRGINIA BEACH, VA 23462 | |
| 10924 | OFFICE MAX, 4041 NORTHFIELD ROAD, HIGHLAND HILLS, OH 44122 | |
| 10925 | OFFICE MAX, POBOX 182378, COLUMBUS, OH 43218-2378 | |
| 10925 | OFFICE MOVERS, INC, 6810 DEERPATH RD.,#100, BALTIMORE, MD 21075 | |
| 10925 | OFFICE OF ATTORNEY GENERAL, PO BOX 961014, FORT WORTH, TX 76161-0014 | |
| 10925 | OFFICE OF CABLE TELEVISION, 449 BROADWAY, CAMBRIDGE, MA 02138 | |
| 10925 | OFFICE OF CHAPTER 13 TRUSTEE, 135 S.LASALLE ST., CHICAGO, IL 60674-1899 | |
| 10925 | OFFICE OF CHILD SUPPORT ENFORCEMENT, PO BOX 605, RIVERDALE, MD 20737 | |
| 10925 | OFFICE OF COUNTY COUNSEL, TIMOTHY MCNULTY, COUNTY GOVERNMENT CENTER ROOM 386, SAN LUIS OBISP, CA 93408 | |
| 10925 | OFFICE OF ENFORCEMENT COMPLIANCE AN, CONNALLY E MEARS DIR TECHNICAL, | |
| 10925 | OFFICE OF FINANCIAL SERVICES US DEP, EMMA I ANDERSON, 400 7TH ST, WASHINGTON, DC 20590 | |
| 10925 | OFFICE OF RECOVERY SERVICES, PO BOX 45011, SALT LAKE CITY, UT 84145-0011 | |
| 10925 | OFFICE OF RECOVERY SERVICES, POBOX 45011, SALT LAKE CITY, UT 84145 | |
| 10925 | OFFICE OF REGULATION SERVICES, 1300 I ST 8TH FL, SACRAMENTO, CA 95814 | |
| 10925 | OFFICE OF REORGANIZATION, SECURITES & EXCHANGE COM, STE 1000, 3475 LENOX RD NE, ATLANTA, GA 30326-1232 | |
| 10925 | OFFICE OF STATE FIRE MARSHALL, 5150 FLORIDA BLVD., BATON ROUGE, LA 70806 | |
| 10925 | OFFICE OF TAX & REVENUE, PO BOX 176, WASHINGTON, DC 20044 | |
| 10925 | OFFICE OF TAX ADMIN., 700 N TRYON ST, CHARLOTTE, NC 28202 | |
| 10924 | OFFICE OF THE CORPORATION COUNSEL, DISTRICT OF COLUMBIA GOVERNMENT EC, WASHINGTON, DC 20001 | |
| 10925 | OFFICE OF THE MISSOURI ATTY GENERAL, KARA R VALENTINE, ASST ATTY GENL, PO BOX 899, 221 W HIGH ST, JEFFERSON CITY, MO 65102 | |
| 10925 | OFFICE OF THE TEXAS STATE CHEMIST, POBOX 3160, COLLEGE STATION, TX 77841 | |
| 10925 | OFFICE OF WEIGHTS & MEASURES, POBOX 490, AVENEL, NJ 07001 | |

‖9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OFFICE OURS, PO BOX 190639, FORT LAUDERDALE, FL 33319-0639

10925   OFFICE OURS, PO BOX 22289, SARASOTA, FL 34276

10925   OFFICE OURS, PO BOX 22289, SARASOTA, IL 34276

10925   OFFICE PANEL SYSTEMS INC., 1406 ELROD ROAD, PIEDMONT, SC 29673

10925   OFFICE PAVILION NATIONAL SYSTEMS, 200 ASHFORD CTR #400, ATLANTA, GA 30338

10925   OFFICE PLUS OF LAKE CHARLES, 320 SEVENTH ST, LAKE CHARLES, LA 70601

10925   OFFICE SPECIALISTS, PO BOX 6142, BOSTON, MA 02212-6142

10925   OFFICE SPECIALISTS, PO BOX 7183, MIAMI, FL 33195-7183

10925   OFFICE SPECIALISTS, POBOX 60583, CHARLOTTE, NC 28260

10925   OFFICE SYSTEMS OF FLORIDA, PO BOX 4910, MIAMI LAKES, FL 33014

10925   OFFICE TEAM, 60 TEMPLE PLACE 3RD FL, BOSTON, MA 02111-1306

10925   OFFICE TEAM, D-3759, BOSTON, MA 02241-3759

10925   OFFICE TEAM, PO BOX 60000, SAN FRANCISCO, CA 94160-3484

10925   OFFICE TEAM, PO BOX 6248, CAROL STREAM, IL 60197-6248

10925   OFFICE TECHNOLOGY SUPPLIE, 1101 SAWGRASS CORP PKY, FORT LAUDERDALE, FL 33323

10925   OFFICE WAREHOUSE WHOLESALE, LLC, 4645 W. POLK ST, PHOENIX, AZ 85043

10925   OFFICECARE CORP., 5902 MONTCLAIR BLVD., MILFORD, OH 45150

10925   OFFICEMATES 5 OF ENGLEWOOD CLIFFS, 560 SYLVAN AVE, ENGLEWOOD CLIFFS, NJ 07632

10925   OFFICEMAX CREDIT PLAN, PO BOX 182378, COLUMBUS, OH 43218-2378

10925   OFFICEMAX CREDIT PLAN, PO BOX 30292, SALT LAKE CITY, UT 84130-0292

10925   OFFICEMAX CREDIT PLAN, POBOX 30292, SALT LAKE CITY, UT 84130-0292

10925   OFFICEMAX INC.(REF.STORE #313), GENERAL COUNSEL, PO BOX 228070, CLEVELAND, OH 44122

10925   OFFICEMAX, 5345 SOUTH BLVD, CHARLOTTE, NC 28210

10925   OFFICETEAM, POBOX 6248, CAROL STREAM, IL 60197-6248

10925   OFFICIAL AIRLINE GUIDE, POBOX 56742, BOULDER, CO 80322-6742

10925   OFFICIAL AIRLINE GUIDES, PACIFIC TRAVEL PLANNER EDITION, BOULDER, CO 80322-8271

10925   OFFICIAL AIRLINE GUIDES, PO BOX 2095, CAROL STREAM, IL 60132-2095

10925   OFFICIAL AIRLINE GUIDES, PO BOX 55664, BOULDER, CO 80322-5664

10925   OFFICIAL AIRLINE GUIDES, PO BOX 56717, BOULDER, CO 80322-6717

10925   OFFICIAL AIRLINE GUIDES, PO BOX 56718, BOULDER, CO 80322-6718

10925   OFFICIAL AIRLINE GUIDES, PO BOX 56741, BOULDER, CO 80322-6741

10925   OFFICIAL AIRLINES GUIDE, PO BOX 57519, BOULDER, CO 80322-7519

10925   OFFICIAL EDUCATIONAL SERVICE, PO BOX 1609, HICKORY, NC 28603

10925   OFFICIAL HOTEL GUIDE, PO BOX 10710, RIVERTON, NJ 08076

10925   OFFICIAL RAILWAY GUIDE, PO BOX 1749, RIVERTON, NJ 08077

10925   OFFNER, ELIZABETH, 202 BROAD ST, BLOOMFIELD, NJ 07003

10925   OFFSET PRESS, THE, POBOX 1001, ARLINGTON, MA 02174-1001

10925   OFFSET, SERP, 111, 1A, NY, NY 10036

10925   OFFSHORE FACTORIES INC, 3065 BEYER BLVD, SAN DIEGO, CA 92154

10924   OFFSHORE SPECIALTIES LTD., 581 ABBOTT DRIVE, BROOMALL, PA 19008

10925   OFF-SITE RECORDS MANAGEMENT INC, 1115 ALMA ST, DALLAS, TX 75215

10925   OFSONKA, ROBIN, PO BOX 621, PAWCREEK, NC 28130

10925   O-G CAB CO, INC, PO BOX 616, LYONS, IL 60534

10924   OG PACKING, 2097 BEYER LANE, STOCKTON, CA 95215

10925   OG&E, PO BOX 26040, OKLAHOMA CITY, OK 73126-0040

10925   OGALAWASH, POBOX 91-7366, ORLANDO, FL 32891-7366

10925   OGALLALA ELECTRONICS, 414 WEST 2ND ST, OGALLALA, NE 69153

10924   OGALLALA READY MIX CO., 2800 EAST RIVERDALE DRIVE, OGALLALA, NE 69153

10924   OGALLALA READY MIX CO., ATTN:  ACCOUNTS PAYABLE, OGALLALA, NE 69153

10925   OGAN, GWENDOLYN, PO BOX 99, RT. 2, EATON, CO 80615

10925   OGATA, MIKE, 3523 SIDNEY ST, RIVERSIDE, CA 92503

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OGAWA, YOJI, 2 KIMBALL COURT, 409, WOBURN, MA 01801

10925   OGAZ, ERIC, 2212 S 152 ST, OMAHA, NE 68144

10925   OGAZ, HERMAN, 2212 SOUTH 152 ST, OMAHA, NE 68144-1907

10925   OGBURN, CHARLES, 504 NORTH ROAD, SCOTTSVILLE, NY 14546

10924   OGDEN ALC PCD 341, 7525 6TH STREET-FX2027 99MR142, HILL AIR FORCE BASE, UT 84056-5706

10924   OGDEN ALLIED ABATEMENT AND, CAMBRIDGE, MA 02140

10924   OGDEN ALLIED ABATEMENT IC, TWO PENNSYLVANIA PLAZA, NEW YORK, NY 10121

10924   OGDEN BUILDERS SUPPLY, 203 W. BROADWAY, OGDEN, IL 61859

10924   OGDEN BUILDERS SUPPLY, P. O. BOX 1014, CHAMPAIGN, IL 61824

10924   OGDEN BUILDERS SUPPLY, P. O. BOX 1014, CHAMPAIGN, IL 61825

10925   OGDEN CORPORATION, SYSTEM, 2711 CENTERVILLE RD #400, WILMINGTON, DE 19808

10925   OGDEN ENVIRONMENTAL AND ENERGY, PO BOX 840513, DALLAS, TX 75284-0513

10925   OGDEN MANUFACTURING CO., 64 W. SEEGERS, ARLINGTON HEIGHTS, IL 60005

10925   OGDEN MANUFACTURING CO., 719 WEST ALGONQUIN ROAD, ARLINGTON HEIGHTS, IL 60005

10925   OGDEN PUBLISHING CORPORATION, PO BOX 951, OGDEN, UT 84401

10925   OGDEN, BILLY, RT 5 BOX 511, ALVIN, TX 77511

10925   OGDEN, DANIEL, 509 MADISON AVE., GROVE CITY, PA 16127

10925   OGDEN, J, RR2, BOX 130B, GLOUSTER, OH 45732

10925   OGDEN, NEWELL & WELCH, 1200 ONE RIVERFRONT PLAZA, LOUISVILLE, KY 40202-2973

10925   OGDEN, POBOX 43606, ATLANTA, GA 30336

10924   OGDENSBURG READY MIX, DIV. OF GRAYSTONE MATERIALS., PLATTSBURGH, NY 12901

10924   OGDENSBURG READY MIX, INDUSTRIAL PARK, OGDENSBURG, NY 13669

10925   OGG, GLORIA, 416 W. PARADISE ST, ORRVILLE, OH 44667

10925   OGG, KELLY, 416 W. PARADISE ST., ORRVILLE, OH 44667

10925   OGILVIE, ELDEN, 1100 VFW PKWY, W. ROXBURY, MA 02132

10925   OGIN, ELIZABETH, 1122 GRESS ST, MANVILLE, NJ 08835

10925   OGLE COUNTY CIRCUIT CLERK, PO BOX 337, OREGON, IL 61061

10925   OGLE, ELAINE L, CUST FOR CHARLES OGLE, UNIF GIFT MIN ACT-NY, 2540 WOODLAND DR, EUGENE, OR 97403-1866

10925   OGLE, PAMELA, 5305 MAYWOOD DRIVE, KNOXVILLE, TN 37921

10925   OGLESBEE, HARRIET, 240 HEATHWOOD DRIVE, SPARTANBURG, SC 29302

10925   OGLESBEE, RICHARD, 1796 GREYSTONE LANE, LOGANVILLE, GA 30249

10925   OGLESBY LAWN SERVICE, 8470 EPPERSON MILL, MILLINGTON, TN 38053

10925   OGLESBY, ANGELA, 7123 SWIFT ST, LITHONIA, GA 30058

10925   OGLESBY, HARVEY, 1055 JOHNSON DRIVE, BUFFALO GROVE, IL 60089

10925   OGLESBY, STELLA, 36 CAROLINE DR., TAYLORS, SC 29687

10925   OGLETREE DEAKINS NASH SMOAK &,

10925   OGLETREE DEAKINS NASH SMOAK &, PO BOX 101860, ATLANTA, GA 30392-1860

10925   OGLETREE DEAKINS NASH SMOAK &, PO BOX 2757, GREENVILLE, SC 29602

10925   OGLETREE DEAKINS NASH SMOAK AND, PO BOX 101860, ATLANTA, SC 30392-1860

10925   OGLETREE DEAKINS NASH SMOAK, PO BOX 101860, ATLANTA, GA 30392-1860

10925   OGLETREE DEAKINS NASH SMOAK, POBOX 101860, ATLANTA, SC 30392-1860

10925   OGLETREE, BOBBY, 1718 KOMENICH DR., MANTECA, CA 95336

10925   OGLETREE, GEORGE, 31 THIRD ST, SOMERVILLE, NJ 08876

10925   OGLETREE, JUDY, 31 3RD ST, SOMERVILLE, NJ 08876

10925   OGLETREE, MICHELE, 381 GEMINI DRIVE, 7, SOMERVILLE, NJ 08876

10925   OGLETREE, RAYMOND, 2830 GORDON ST, MULBERRY, FL 33860-9713

10925   OGOKEH, PERPETUA, 6850 RIVERDALE RD, LANAHM, MD 20706

10925   OGORMAN, CINDY, 331 DEAR TRACK LANE, VALLEY COTTAGE, NY 10989

10925   OGORMAN, KEVIN, 14 OAK VALE ROAD, WABAN, MA 02468

10925   OGORMAN, MAUREEN, 560 LAGRANGE ST, WEST ROXBURY, MA 02132

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | OGOSH, BOX 1200, ONEONTA, AL 35121 | |
| 10925 | OGRADY, DANIEL, 7 PARTRIDGE CIRCLE, TOWNSEND, MA 01469 | |
| 10925 | OGRADY, KAREN, 960 N POMPANO DR, JUPITER, FL 33458 | |
| 10925 | OGRAM, WILLIAM, 810 PONCA ST, BALTIMORE, MD 21224 | |
| 10925 | OGUNDANA, FELICIA, 1782 MANOR DRIVE, IRVINGTON, NJ 07111 | |
| 10925 | OGUNLANA, JACKIE, 12334 ASHLING DR., STAFFORD, TX 77477 | |
| 10925 | OH FASTENERS & TOOL, INC, PO BOX 372, MEDINA, OH 44258 | |
| 10925 | OH, DAN, 2 HICKORY LANE, BEVERLY, MA 01915 | |
| 10925 | OH. CHAMBER OF COMMERCE, PO BOX 15159, COLUMBUS, OH 43215-0159 | |
| 10925 | OH. CHEMISTRY TECHNOLOGY COUNCIL, 17 S. HIGH ST.,STE. 410, COLUMBUS, OH 43215 | |
| 10925 | OH. DEPT. OF COMMERCE, ATT: FISCAL BO, PO BOX 4009, REYNOLDSBURG, OH 43068-9009 | |
| 10925 | OH. NATIONAL GUARD ASSOCIATION, PO BOX 591, DAYTON, OH 45405-0591 | |
| 10925 | OH. SCHOOL DISTRICT INCOME TAX OFFI, PO BOX 182388, COLUMBUS, OH 43218-2388 | |
| 10925 | OHAGAN, DEBORAH, 1 WELLINGTON SQUARE, LOWELL, MA 01851 | |
| 10925 | OHAIR, JERRY, 5809 CAMPUS, AMARILLO, TX 79109 | |
| 10925 | OHALLORAN, MARY, 4 WILSON AVE, BELMONT, MA 02178 | |
| 10925 | OHANIAN, PHYLLIS, 2 COT HILL RD, BEDFORD, MA 01730 | |
| 10924 | O'HARA EXPRESS CENTER, AIRPORT SITE -19, WEST CHICAGO, IL 60185 | |
| 10925 | OHARA INVESTMENTS LTD, BOX 2340, SYDNEY, BC V8L 3W6CANADA | *VIA Deutsche Post* |
| 10925 | OHARA, ANNE, 253 SULLY ROAD, BROCKTON, MA 02402 | |
| 10925 | OHARA, CHARLES, 13 CAPT SAMUEL FORBUSH RD, WESTBORO, MA 01581 | |
| 10925 | OHARA, HEATHER A, 1000 KENSINGTON, GROSSE POINTE PARK, MI 48230 | |
| 10925 | OHARA, HEATHER, 1000 KENSINGTON, GROSSE PTE PA, MI 48230 | |
| 10925 | OHARA, JOHN, 39 S FULTON ST, WILKES BARRE, PA 18702 | |
| 10925 | OHARA, JOSEPH, 11357 N W 20TH DR., CORAL SPRINGS, FL 33071 | |
| 10925 | OHARA, KATHLEEN, 292 MIDDLESEX AVE, WILMINGTON, MA 01887 | |
| 10925 | OHARA, KEVIN, 53 CHESNUT HILL ROAD, GROTON, MA 01450 | |
| 10925 | OHARA, NOLAN, 905 WEST GEORGIA ST, BARTOW, FL 33830-6815 | |
| 10924 | O'HARE#2 EXPRESS CENTER C/0 ASC INS, O'HARE FIELD, WEST CHICAGO, IL 60185 | |
| 10925 | OHARROW, ROBERTA, 214 WISE NE, NORTH CANTON, OH 44720 | |
| 10925 | OHASHI, ARNOLD I, 631 VIA MONTE D ORO, REDONDO BEACH, CA 90277-6652 | |
| 10925 | OHAUS CORP., PO BOX 18175, NEWARK, NJ 07191 | |
| 10925 | OHAUS SCALE CORP., 29 HANOVER RD., FLORHAM PARK, NJ 07932 | |
| 10925 | OHC - HOUSTON CHANNEL VIEW, PO BOX 9005, ADDISON, TX 75001 | |
| 10925 | OHEARN, ANNE, 48 KINGSTON ST, NORTH ANDOVER, MA 01845 | |
| 10925 | OHEARN, RONNY, #4 COURT CAPISTRANO, WICHITA FALLS, TX 76310 | |
| 10925 | OHEARN, ROSEMARIE, 43 FREEMAN AVE, EVERETT, MA 02149 | |
| 10925 | OHEARN, THOMAS, 35111 CHARMOOD CT, NEWARK, CA 94560 | |
| 10925 | OHENLEY, RICHARD, 12 GREENVALE, LAS FLORES, CA 92688 | |
| 10925 | OHIO ATTY GENERAL, BETTY D MONTGOMERY, STATE OFFICE TOWER, 30 E BROAD ST, COLUBUS, OH 43266 | |
| 10924 | OHIO BELT & CONTROL SUPPLY CO., 1734 WALL RD, WADSWORTH, OH 44281 | |
| 10925 | OHIO BLOW PIPE CO., 446 E. 131ST ST, CLEVELAND, OH 44108 | |
| 10925 | OHIO CHEMICAL COUNCIL, 17 SOUTH HIGH ST, COLUMBUS, OH 43215 | |
| 10925 | OHIO CHILD SUPPORT PAYMENT CENTRAL, PO BOX 182394, COLUMBUS, OH 43218-2394 | |
| 10925 | OHIO CONCRETE BLOCK ASSOC., 17 SOUTH HIGH ST, COLUMBUS, OH 43215-3458 | |
| 10925 | OHIO CONCRETE MASONRY ASSOCIATION, 17 S HIGH ST, COLUMBUS, OH 43213 | |
| 10924 | OHIO CONCRETE PRODUCTS, 4330 STATE RT 60 SOUTH, ZANESVILLE, OH 43701 | |
| 10924 | OHIO CONCRETE PRODUCTS, P.O. BOX 1585, ZANESVILLE, OH 43701 | |
| 10924 | OHIO CONCRETE, P O BOX 1585, ZANESVILLE, OH 43701 | |
| 10925 | OHIO COUNTY BALEFILL, BEAVER DAM, KY 42320 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OHIO DEPT OF NATURAL RESOURCES, 1930 BELCHER DRIVE, COLUMBUS, OH 43224

10925   OHIO DEPT OF NATURAL RESOURCES, 1930 BELCHER DRIVE, COLUMBUS, OH 43224-1387

10925   OHIO EMERGENCY PLANNING FUND, DEPT. 409, COLUMBUS, OH 43265

10925   OHIO ENVIRONMENTAL PROTECTION AGENCY, LAZARUS GOVT, 122 S FRONT ST, 6TH FLR, COLUMBUS, OH 43215

10925   OHIO ENVIRONMENTAL PROTECTION, DEPT.631, COLUMBUS, OH 43265-0631

10925   OHIO EPA, 1800 WATERMARK DR, COLUMBUS, OH 43266

10925   OHIO EPA, CHRIS JONES DIR, LAZARUS GOV CR PO BOX 1049, 122 SOUTH FRONT ST, COLUMBUS, OH 43216-1049

10925   OHIO EPA, LAZARUS GOVT CENTER, 122 S FRONT ST, 6TH FL, COLUMBUS, OH 43215

10925   OHIO FASTENERS & TOOL, INC, PO BOX 460179, NASHVILLE, TN 37244

10924   OHIO GEAR/RICHMOND GEAR, 1208 OLD NORRIS ROAD, LIBERTY, SC 29657

10925   OHIO KENTUCKY CHAPTER-ACPA, PO BOX 29037, COLUMBUS, OH 43229-0037

10924   OHIO METAL COVERS, INC., 401 ORCHARD STREET, SEWICKLEY, PA 15143

10924   OHIO METAL COVERS, INC., 6117 BURNETTE EAST ROAD N.E., KINSMAN, OH 44428

10924   OHIO METAL COVERS, INC., 681 MILLERS RUN ROAD, CUDDY, PA 15031

10924   OHIO PAINT AND PAPER, C/O AZTEC PROXIDES, ELYRIA, OH 44035

10925   OHIO POWER COMPANY, 301 CLEVELAND AVE. S.W., CANTON, OH 44702-1623

10925   OHIO READY MIXED CONCRETE ASSN., PO BOX 29190, COLUMBUS, OH 43229-0190

10925   OHIO READY-MIXED CONCRETE, THE, POBOX 29190, COLUMBUS, OH 43229-0190

10925   OHIO SCHOOL DISTRICT, PO BOX 182388, COLUMBUS, OH 43218-2388

10924   OHIO STATE HOUSE-COLUMBUS, C/O OREN FAB & SUPPLY CO., HUBER HEIGHTS, OH 45424

10925   OHIO STATE UNIVERSITY, 1501 NIEL AVE, COLUMBUS, OH 43201

10925   OHIO STATE UNIVERSITY, THE, 881-103RD AVE. NORTH, NAPLES, FL 34108

10924   OHIO STATE, 1940 CANNON DRIVE, COLUMBUS, OH 43210

10925   OHIO TRANSMISSION & PUMP CO., DBA:AIR TECHNOLOGIES, COLUMBUS, OH 43265

10925   OHIO TRANSMISSION & SUPPLY CO, DEPT 667, COLUMBUS, OH 43265-0667

10925   OHIO TRANSMISSION & SUPPLY CO., 201 GARVER RD., MONROE, OH 45050

10925   OHIO TURNPIKE COMMISSION, POBOX 75517, CLEVELAND, OH 44101-4755

10924   OHIO UNIVERSITY - OMNI FIREPROOFING, RECREATION CENTER, ATHENS, OH 45701

10924   OHIO VALLEY BUILDERS SPLY, ROUTE 4, MARIETTA, OH 45750

10924   OHIO VALLEY ELECTRIC CORP., 3932 US RTE 23, PIKETON, OH 45661

10924   OHIO VALLEY ELECTRIC CORP., PO BOX 468, PIKETON, OH 45661

10925   OHIO VALLEY GASKET, PO BOX 40429, CINCINNATI, OH 45240-0429

10925   OHIO VALLEY SPEEDOMETER, 3918 BARDSTOWN ROAD, LOUISVILLE, KY 40218

10925   OHLAND, DORIS M, C/O DORIS M VOLLMER, 2611 CHATSWORTH, BELOIT, WI 53511-2307

10925   OHLHEISER CORPORATION, POBOX 330249, WEST HARTFORD, CT 06133-0249

10925   OHLSON, JOHN, 14 ORCHARD ST, KEENE, NH 03431

10924   OHM LABORATORIES INC., PO BOX 7397, NORTH BRUNSWICK, NJ 08902

10924   OHM LABORATORIES, 195 BLACKHORSE LN., MONMOUTH JUNCTION, NJ 08852

10925   OHM REMEDIATION SERVICES CORP, PO BOX 98236, CHICAGO, IL 60693

10925   OHM RESOURCE RECOVERY CORP, JOHN KERR GEN MGR, 5371 COOK ROAD, MORROW, GA 30260

10925   OHM RESOURCE RECOVERY CORP, RANDALL M WALTERS VP GEN COUN, 16406 US ROUTE 224 EAST, FINDLEY, OH 45840

10925   OHM, JULIE, 500 GONZALES, OXNARD, CA 93030

10925   OHMAN BOILER DESCALING, 120 EAST BURLINGTON AVE., LA GRANGE, IL 60525

10925   OHMART VEGA, 4241 ALLENDORF DR, CINCINNATI, OH 45209

10925   OHMART/VEGA, 10151 YORK RD., #118, HUNT VALLEY, MD 21030

10925   OHMART/VEGA, PO BOX 473, BRISTOL, TN 37621

10925   OHMCRAFT INC, 3800 MONROE AVE, PITTSFORD, NY 14534

10924   OHMEDA INC., OHMEDA DRIVE, MADISON, WI 53707

10925   OHMEDA, PO BOX 98171, CHICAGO, IL 60693

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　OHMIC INSTRUMENTS CO., 508 AUGUST ST., EASTON, MD 21601

10925　OHMITE MFG CO, 3604 HOWARD ST, SKOKIE, IL 60076

10925　OHMTEK INC, 2160 LIBERTY DRIVE, NIAGARA FALLS, NY 14304

10925　OHNEMUS, STEVE, PO BOX 630, CARSON, WA 98610-0630

10925　OHNICK, FRANKLIN, PO BOX 1142, GUYMON, OK 73942-1142

10925　OHR, INC, PO BOX 17490, BALTIMORE, MD 21203

10925　OHRT, ROGER, 1013 KISHWAUKEE ST, MARENGO, IL 60152-2463

10924　OHSU - NEUROSENSORY, PORTLAND, OR 97204

10924　OHSU, PORTLAND, OR 97204

10925　OHTAKE, HIROFUMI, 500H BROOKSIDE DR., ANDOVER, MA 01810

10925　OI PARTNERS, (FORMERLY OUTPLACEMENT INTL), 200 BAKER AVE SUITE 217, CONCORD, MA 01742

10925　OIL AND SOLVENT PROCESS CO, STEVEN D RUTHERFORD GROUP REMEDIAL,

10924　OIL COMPANY OF AUSTRALIA, 339 CORONATION DRIVE, MILTON, 09999AUSTRALIA　　*VIA Deutsche Post*

10925　OIL PROCESS SYSTEMS INC/MIROIL, CHARLES F WEISS, 602 TACOMA ST, ALLENTOWN, PA 18103

10924　OIL PROCESSING PLANT, C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90050

10925　OIL STOP INC., 804 FIRST AVE, HARVEY, LA 70058

10925　OIL-DRI CORPORATION, 410 N. MICHIGAN AVE, SUITE 400, CHICAGO, IL 60611-4213

10925　OILDYNE DIVISION, 4301 QUEBEC AVE N, MINNEAPOLIS, MN 55428

10925　OILDYNE DIVISION, 8811 SCIENCE CENTER DR, MINNEAPOLIS, MN 55428

10925　OILIND SAFETY, 5002 S 40TH ST SUITE A, PHOENIX, AZ 85040

10925　OILIND SAFETY, 7825 E. 40TH AVE., DENVER, CO 80207

10925　OILMENS TRUCK TANK, INC, POBOX 2807, SPARTANBURG, SC 29304

10925　OILQUIP, INC, 1400 SECOND ST., PO DRAWER 3228, LAKE CHARLES, LA 70602

10924　OILTEST, 9191 WINKLER DRIVE, HOUSTON, TX 77017

10924　OILTEST, ATTN: ACCTS PAYABLE, 9191 WINKLER DRIVE, HOUSTON, TX 77017

10924　OILTEST, ATTN: PURCHASING, 9191 WINKLER DRIVE, HOUSTON, TX 77017

10925　OJEDA MD, W, PO BOX 885, CABO ROJO, PR 00623

10925　OJEDA, CHRISTINA, 602.5 TAYLOR ST., NEW CASTLE, PA 16101

10925　OJEDA, ELIZABETH, CALLE RIO HUMACAO AH, BAYAMON, PR 00961

10925　OJEDA, JO ELLEN, 25 OXBOW RD, WELLESLEY, MA 02181

10925　OJEDA, MAGALY, CALLE 47 S #873, RIO PIEDRAS, PR 00921

10925　OJEDA, PAUL, 1515 N TENTH ST, WICHITA FALLS, TX 76304

10925　OJEDA, SENEN, VIA 34 MN-8, CAROLINA, PR 00983

10924　OJI PAPER K.K., NICHINAN, 1850 OAZA-TODAKA, NICHINAN-SHI MIYAZAKI-KEN, 887-0031JPN　　*VIA Deutsche Post*

10924　OK CONCRETE, 2304 SHEPPARD ACCESS RD, WICHITA FALLS, TX 76304

10924　OK CONCRETE, 2304 SHEPPARD ACCESS RD., WICHITA FALLS, TX 76304

10924　OK CONCRETE, HWY 277 ON LEFT, SEYMOUR, TX 76380

10924　OK CONCRETE, HWY 287, VERNON, TX 76384

10924　OK CONCRETE, HWY 387, CHILDRESS, TX 79201

10924　OK CONCRETE, P.O. BOX 1354, VERNON, TX 76384

10925　OK GAS & ELECTRIC CO, PO BOX 26040, OKLAHOMA CITY, OK 73126-0040

10925　O-K GENERATORS & DIESEL, 373 NORTH RIVER AVE, DEERFIELD BEACH, FL 33441

10925　OK SAFETY SUPPLY INC, 4647 HENRY AVE., PO BOX 564, HAMMOND, IN 46325-0564

10925　OKA, GLORIA, 3839 GANNON LANE, DALLAS, TX 75237

10925　OKANE, MICHAELA, 2948 N 47TH AVE, OMAHA, NE 68104

10924　OKAY INDUSTRIES, 200 ELLIS STREET, NEW BRITAIN, CT 06051

10925　OKEEFE ENVIRONMENTAL DRILLING, POBOX 3810, BUTTE, MT 59702

10925　OKEEFE, KIMBERLY, 15905 BENT TREE, DALLAS, TX 75248

10925　OKEEFE, LORI, 20 FURNACE TRAIL, GREENWOOD LAKE, NY 10925

10925　OKEEFE, MARSHALL, 419 NEW YORK AVE., JERSEY CITY, NJ 07307

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OKEEFE, RICHARD, 146 PLACE LANE, WOBURN, MA 01801

10925   OKEEFE, TERRY A., 5757 WILSON DRIVE, BETHEL PARK, PA 15102

10925   OKEEFE, WILLIAM, 20702 EL TORO RD APT 364, LAKE FOREST, CA 92630-6131

10925   OKELLEY, AMY, ROUTE 4,BOX 227-E, COMMERCE, GA 30529

10925   OKELLEY, AMY, RT 1, BOX 182, COMMERCE, GA 30529

10925   OKELLEY, MELODY, RT 2 BOX 242, BILLINGS, MO 65610

10925   OKELLEY, VICKI, 415-13 MICHELE, CHARLOTTE, NC 28262

10925   OKESON, LARRY, ROUTE 1 BOX 10, TOLLEY, ND 58787

10925   OKI SYSTEMS INC., LOCATION 00138, CINCINNATI, OH 45264

10925   OKI SYSTEMS LTD., PO BOX 632994, CINCINNATI, OH 45263-2994

10925   OKI SYSTEMS, LTD, 4665 INTERSTATE DR., CINCINNATI, OH 45246

10924   OKIDATA, MT LAUREL, MOUNT LAUREL, NJ 08054

10925   OKKEMA, ANN, 635 S. CATHERINE AVE, LA GRANGE, IL 60525

10925   OKLAHOMA ATTY GENERAL, ATTN: W A DREW EDMONDSON, STATE CAPITOL, ROOM 112, 2300 N LINCOLN BLVD, OKLAHOMA CITY, OK 73105

10924   OKLAHOMA CITY ALS DSSB, BASE SUPPLY, TINKER AIR FORCE BASE, OK 73145-5550

10924   OKLAHOMA CITY INDUSTRIAL&FACILITIES, C/O MAX TRUE, P O BOX 1029, JENKS, OK 74037

10925   OKLAHOMA COUNTY TREASURER, PO BOX 268875, OKLAHOMA CITY, OK 73126-8875

10925   OKLAHOMA DEPT OF ENV QUALITY, 1000 NE 10TH ST, OKLAHOMA CITY, OK 73117-1212

10925   OKLAHOMA DEPT OF ENVIR QUALITY, 707 N ROBINSON #7100, OKLAHOMA CITY, OK 73102

10925   OKLAHOMA DEPT OF ENVIRONMENTAL QUALITY, 707 N ROBINSON, STE 7100, OKLAHOMA CITY, OK 73102

10925   OKLAHOMA SAFETY EQUIPMENT CO INC, PO BOX 1327, BROKEN ARROW, OK 74013-1327

10925   OKLAHOMA SAFETY EQUIPMENT CO. INC., PO BOX 99916, OKLAHOMA CITY, OK 73199

10924   OKLAHOMA STATE CORRECTIONAL CTR., 2 HALF MILE N HWY 99D, HOMINY, OK 74035-0220

10925   OKLAHOMA TAX COMMISSION, 2501 NORTH LINCOLN BLVD, OKLAHOMA CITY, OK 73144

10925   OKLAHOMA TAX COMMISSION, 500 WEST MAIN ST, OKLAHOMA CITY, OK 73102-2275

10925   OKLESON JT TEN, BARBARA & RONALD M, 5128 THOREAU DR, PARMA, OH 44129-6545

10925   OKLESON, BARBARA A, 5128 THOREAU DR, PARMA, OH 44129-6545

10925   OKONITE CO. THE, 1209 ORANGE ST, WILMINGTON, DE 19801

10925   OKORN, FRANK, 47 YORK ROAD, MANSFIELD, MA 02048

10925   OKORO, SYLVIA, 11334 EVANS TRAIL APT. T-4, BELTSVILLE, MD 20705

10925   OKOYE, CHUKWUEMEKA, 8 AMBLING WAY, OWINGS MILLS, MD 21117

10925   OKPARAEKE, GODEY, 509 ARGYLE AVE, ORANGE, NJ 07050

10925   OKUNUBI, OLU, 936 MADISON ST NW #306, WASHINGTON, DC 20011

10925   OKURA & CO INC, 624 SOUTH GRAND AVE, LOS ANGELES, CA 90017

10925   OKWUDI, SCHOLASTICA, 144-67 177 ST, SPRINGFIELD GDNS, NY 11434

10924   OL JOLLY-PIONEER CONSTRUCTION, I-26 TO HWY 78 THEN 3 MILES TO, RED BANK RD, CHARLESTON, SC 29419

10925   OLA CRAIG, 5355 GOLD DR, SANTA ROSA, CA 95409-5536

10925   OLAF B SCHUBBE, STRATENWEG 69, 40629, DUSSELDORF, GERMANY        *VIA Deutsche Post*

10925   OLAGUE, BEVERLY, 3318 CANDLEWOOD DRIVE, BAKERSFIELD, CA 93306

10925   OLANDER, JOSEPH, 1326 S CORNELIA ST, SIOUX CITY, IA 51106

10925   OLARI, MICHAEL, 9637 MANZANITA DRIVE, ALTA LOMA, CA 91737

10925   OLARTE, HUGO, 75K HOWARD DRIVE, BERGENFIELD, NJ 07621

10925   OLARTE, MARTHA, 439 BROAD AVE, PALISADES PARK, NJ 07650

10924   OLATHE BLOCK CO., 825 K.C.RD, OLATHE, KS 66061

10924   OLATHE BLOCK, 825 KANSAS CITY RD., OLATHE, KS 66061

10925   OLATHE HEATING & COOLING INC, 521 E KANSAS CITY ROAD, OLATHE, KS 66061

10924   O'LAUGHLIN, LEO INC, 553 E. MAPLE STREET, SHELBINA, MO 63468

10924   O'LAUGHLIN, LEO INC, HWY 36 EAST, MACON, MO 63552

10924   O'LAUGHLIN, LEO INC, HWY 36 EAST, MARCELINE, MO 64658

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   O'LAUGHLIN, LEO INC., 553 MAPLE, SHELBINA, MO 63468

10924   O'LAUGHLIN. LEO INC, BOX 197, SHELBINA, MO 63468

10925   OLAVARRIA, LOURDES, CALLE 2S GG-2, ARECIBO, PR 00612

10925   OLAVARRIA, MARY E, 3260 E PALM DR, BOYNTON FL, FL 33435

10925   OLAYA, CONCHITA, 1468 KAWELU ST, PEARL CITY, HI 96782

10925   OLAZAGASTI, DOMINGO, ONE GASZI AVE, SOUTH RIVER, NJ 08882

10925   OLBRISCH, ANNETTE, 8160 DAVIS ST, NILES, IL 60648

10925   OLBRISCH, JAMES, 8160 W. DAVIS ST, NILES, IL 60714-1508

10925   OLD AMERICA POTTERY CO, CORP, D/B/A OLD AMERICA STORES, 811 NORTH COLLINS FWY, HWY #75 N, PO BOX 370, HOWE, TX 75059

10924   OLD AMERICAN POTTERY CO., 811 N. COLLINS FREEWAY 75N, HOWE, TX 75059

10925   OLD BARN RESTAURANT, THE, 8100 S. CENTRAL, BURBANK, IL 60459

10924   OLD CASTLE - ALWINE BLOCK, 299 BRICKYARD RD., NEW OXFORD, PA 17350

10924   OLD CASTLE APG NATIONAL, INC., PO BOX337, NEW OXFORD, PA 17350

10924   OLD CASTLE PRECAST EAST INC., 155 STATE STREET, MANCHESTER, NY 14504-9728

10924   OLD CASTLE PRECAST EAST, 2140 PONDELLA RD., NORTH FORT MYERS, FL 33903

10925   OLD COLONY FOAM/PACK INC, 47 MELLEN ST, FRAMINGHAM, MA 01702

10925   OLD DOMINION FREIGHT LINE INC, PO BOX 60908, CHARLOTTE, NC 28260

10925   OLD DOMINION FREIGHT LINE, INC, PO BOX 60908, CHARLOTTE, NC 28260-0908

10925   OLD DOMINION FREIGHT, PO BOX 60908, CHARLOTTE, NC 28260

10924   OLD DOMINION SPICE COMPANY, 10990 LEADBETTER RD., ASHLAND, VA 23005

10925   OLD EXCHANGE, 122 E. BAY ST., CHARLESTON, SC 29401

10924   OLD FORT INDUSTRIES, INC, P O BOX 510, FORT WAYNE, IN 46803

10924   OLD FORT SUPPLY COMPANY, 2001 WAYNE TRACE, FORT WAYNE, IN 46803

10924   OLD FORT SUPPLY COMPANY, P.O. BOX 11308, FORT WAYNE, IN 46857

10924   OLD FORT SUPPLY, **TO BE DELETED**, FORT WAYNE, IN 46803

10924   OLD FORT SUPPLY, **TO BE DELETED**, SOUTH BEND, IN 46613

10924   OLD FORT SUPPLY, 1401 S MAIN ST, SOUTH BEND, IN 46680

10924   OLD FORT SUPPLY, 1401 S. MAIN STREET, SOUTH BEND, IN 46613

10924   OLD FORT SUPPLY, 2000 WAYNE TRACE, FORT WAYNE, IN 46803

10924   OLD FORT SUPPLY, P.O. BOX 2586, SOUTH BEND, IN 46680

10925   OLD HICKORY CLAY COMPANY, PO BOX 66, HICKORY, KY 42051-0066

10924   OLD KENT BANK - RITSEMA, 1830 E. PARIS ST., GRAND RAPIDS, MI 49503

10925   OLD KENT LEASING (VANGUARD), POBOX 790295, SAINT LOUIS, MO 63179-0295

10924   OLD NAVY, (MANHATTAN), 33RD STREET BETWEEN 6TH AND 7TH, NEW YORK, NY 10001

10924   OLD ORCHARD EXPANSION - SPRAY, SKOKIE BLVD. & GULF ROAD, SKOKIE, IL 60076

10924   OLD ORCHID CINEMA, SPACE D 129, SKOKIE, IL 60077

10924   OLD PUEBLO GARDEN ART, 1765 W. PRINCE ROAD, TUCSON, AZ 85705

10924   OLD TAPPAN SCHOOL, 275 OLD TAPPAN ROAD, OLD TAPPAN, NJ 07675

10925   OLD TOWN TROLLEY TOURS, 380 DORCHESTER AVE, SOUTH BOSTON, MA 02127

10924   OLD TOWNE MUSIC THEATRE, 201 SOUTH MILL - SUITE 200, LEWISVILLE, TX 75057

10924   OLD WELLS FARGO BLDG., FIREPROOF COATINGS, SAN DIEGO, CA 92101

10924   OLD WESTBURY COLLEGE, C/O DARCON, ROUTE 107, WESTBURY, NY 11590

10925   OLDAKER, DARLENE, RD#2, BLOOMINGDALE, OH 43910

10925   OLDCASTLE - ARTHUR WHITCOMB, POBOX 747, KEENE, NH 03431

10924   OLDCASTLE ALWINE BLOCK, PO BOX337, NEW OXFORD, PA 17350

10924   OLDCASTLE PRECAST EAST, 4478 GREER CIRCLE, STONE MOUNTAIN, GA 30083

10924   OLDCASTLE PRECAST EAST, ATTN:  ACCOUNTS PAYABLE, TUCKER, GA 30085

10924   OLDCASTLE PRECAST EAST, ATTNL  ACCOUNTS PAYABLE, TUCKER, GA 30085

10924   OLDCASTLE PRECAST, 1100 HERITAGE PARKWAY, MANSFIELD, TX 76063

10924   OLDCASTLE PRECAST, INCORPORATED, 1185 TURNER ROAD, EASTANOLLEE, GA 30538

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 OLDCASTLE PRECAST, INCORPORATED, ATTN: ACCOUNTS PAYABLE, TOCCOA, GA 30577

10924 OLDCASTLE PRECAST, INCORPORATED, PO BOX1185, TOCCOA, GA 30577

10924 OLDCASTLE PRECAST, PO BOX2277, MANSFIELD, TX 76063

10925 OLDCASTLE, 3333 K ST NW STE #405, WASHINGTON, DC 20007

10925 OLDENBURG, DAVID, 2410 CLIFCORN DR, BELOIT, WI 53511

10925 OLDENBURG, STEPHEN, 8401 S CENTRAL AVE, BURBANK, IL 60457

10925 OLDFIELD, DONALD, 3302 BELLHAVEN CT, CINCINNATI, OH 45248

10925 OLDFIELD, DOUGLAS, 35 FLUSHING POND RD, WESTFORD, MA 01886

10925 OLDHAM, DIANNE, 939 LIDO CIRCLE, BYRON, CA 94514

10925 OLDHAM, KEVIN D, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925 OLDHAM, KEVIN, 1349 QUEEN ANNES DR, CHESTER, MD 21619

10925 OLDHAM, RICHARD, 5051 BOWDON, MARRERO, LA 70072

10924 OLDHAM, ROBERT INC., 1299 RIVERSIDE (DO NOT USE), SIDNEY, OH 45365

10924 OLDHAM, ROBERT INC., 1299 RIVERSIDE, SIDNEY, OH 45365

10924 OLDHAM, ROBERT LTD., 4625 HARDIN-WAPAK ROAD, SIDNEY, OH 45365

10925 OLDHAM, TERY, 2903 MEMORY LANE # 300, AMARILLO, TX 79109

10925 OLDHAM, WILLIAM, 21 E HIGHLAND AVE, MELROSE, MA 02176

10925 OLDHAM-SYKES, DIANA, 9189 NEWBY, ST LOUIS, MO 63137

10925 OLDING, DONALD, 681 SKYWAY DRIVE, INDEPENDENCE, KY 41051

10925 OLDLAND, JOHN, 785 STOUT ST, CRAIG, CO 81625

10925 OLDPORT HOLDINGS INC, ., NEW YORK, NY 10017

10925 OLDPORT PARTNERS INC, ., NEW YORK, NY 10017

10924 OLDS CAST STONE PROD INC, PO BOX 177, THOMPSON, OH 44086

10925 OLDS JT TEN, DONALD H & CATHRYN M, PO BOX 726, DAPHNE, AL 36526-0726

10925 OLDS, DEWEY, 69 PROSPECT ST, JAFFREY, NH 03452

10925 OLDS, ERIC, 511 W REBECCA, IOWA PARK, TX 76367

10925 OLDS, GERALD, 19226 CHASE ST, NORTHRIDGE, CA 00000

10925 OLDS, JULIE, 2611 TWIN OAKS COURT, 137, DECATUR, IL 62526

10924 OLEAN SCHOOLS, WAYNE STREET, OLEAN, NY 14760

10924 O'LEARY PAINT, 415 BAKER STREET, LANSING, MI 48910

10924 O'LEARY PAINT, PO BOX 17009, LANSING, MI 48901

10925 OLEARY, ANTHONY, 1818 13TH ST NW, WASHINGTON, DC 20009

10925 OLEARY, BARBARA, 222 LAWRENCE RD, MEDFORD, MA 02155

10925 OLEARY, BRIAN, 1123 POLK ST., HOLLYWOOD, FL 33019-1322

10925 OLEARY, CAROLE, 3 QUINCY ST, ARLINGTON, MA 02174

10925 OLEARY, DAVID, 31-5 ROYAL CREST DR, N.ANDOVER, MA 01845

10925 OLEARY, DENISE, 24 REVERE ROAD, WOBURN, MA 01801

10925 OLEARY, DIANE, 6531 HALSEY, SHAWNEE, KS 66216

10925 OLEARY, DONNA, PO BOX 671071, MARIETTA, GA 30066

10925 OLEARY, GEORGE, 3 COCHRANE ROAD, WILMINGTON, MA 01887

10925 OLEARY, J, 21032 4TH PLACE S, DES MOINES, WA 98198-3617

10925 OLEARY, LEIGH, 23 TOWNHOUSE ROAD, ALLENSTOWN, NH 03275

10925 OLEARY-ROWAN, 300 MOTOR CITY CT., MODESTO, CA 95356

10925 OLECH, ANNA, R.D. #3, BOX 749, UNIONTOWN, PA 15401

10925 OLEGARIO, JENNIFER, 147 WASHINGTON AVE, APT D, RUTHERFORD, NJ 07070-1545

10925 OLEJNICZAK, WADE, 1422 STERLING HTS CT#12, GREEN BAY, WI 54302

10925 OLEN, LINDA, 2360 CENTRAL ST., STOUGHTON, MA 02072

10925 OLENICK, ANNA, 3022 W. MARQUETTE RD, CHICAGO, IL 60629

10925 OLES, DONALD, 995 SANDBAR CT, BETHANY BEACH, DE 19930

10925 OLES, F DONALD, 995 SANDBAR COURT, BETHANY BEACH, DE 19930

10925 OLES, F., 995 SANDBAR CT., BETHANY BEACH, DE 19930

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OLESEN, CHARLES, 2119 E. 12TH, WINFIELD, KS 67156

10925   OLESEN, J. A., 5423 BEAVER LODGE DR., KINGWOOD, TX 77345-2138

10925   OLESEN, JOHN, 5423 BEAVER LODGE DR, KINGWOOD, TX 77345

10925   OLESEN, RODNEY, 1450 SUMMIT DRIVE, BULLHEAD, AZ 86442

10925   OLESKO, GEORGE, 1450 HICKORY LANE, WOOSTER, OH 44691-1816

10925   OLESKY, DEBORAH, 368 WALNUT ST, NEWARK, NJ 07125

10925   OLESNEVICH, MI, 32 EASTERN DRIVE, KENDALL PARK, NJ 08824

10925   OLESON, GEORGE, PO BOX 342, ATLANTIC, IA 50022-0342

10925   OLEUM INDUSTRIAL INC, GARDEN HILLS PLAZA, PMB 420,1353 RD 19, GUAYNABO, PR 00966-2700

10925   OLFAT, YASAMIN, 7240 BERNADINE AVE, WEST HILLS, CA 91307

10925   OLGA CENKOVICH, 1935 ASH ST, SANTA CLARA, CA 95054-2510

10925   OLIMAN, EDEN, 2223 POIPU WAY, SAN DIEGO, CA 92154

10925   OLIMAR, ISSENE, 1520 SHERIDAN AVE., BRONX, NY 10457

10925   OLIN AEROSPACE COMPANY, 11441 WILLOWS ROAD NE, REDMOND, WA 98052

10925   OLIN BROTHERS, 7094 PERRY CENTER WARSAW ROAD, PERRY, NY 14530

10924   OLIN CHEMICAL, 2450 OLIN RD, BRANDENBURG, KY 40108

10924   OLIN CHEMICAL, 2450 OLIN ROAD, BRANDENBURG, KY 40108

10924   OLIN CHEMICAL, PO BOX 547, BRANDENBURG, KY 40108

10924   OLIN COLLEGE BUILDING "D", GREAT PLAINS AVENUE, NEEDHAM, MA 02492

10925   OLIN CORP., 2450 OLIN ROAD, BRANDENBURG, KY 40108

10925   OLIN CORP., 490 STUART RD. N.E., CLEVELAND, TN 37312-4918

10924   OLIN CORP., INTERSTATE HGWY 10-WEST, LAKE CHARLES, LA 70601

10924   OLIN CORP., PO BOX 2896, LAKE CHARLES, LA 70602

10925   OLIN CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925   OLIN CORPORATION, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10925   OLIN CORPORATION, PO BOX 75335, CHARLOTTE, NC 28275

10925   OLIN CORPORATION, PO BOX 945629, ATLANTA, GA 30394-5629

10924   OLIN E. TEAGUE VETERANS CENTER, 1901 SOUTH 1ST STREET, TEMPLE, TX 76503

10924   OLIN ELECTRONIC MATERIALS, 16161 6TH STREET, SEWARD, IL 61077

10924   OLIN ELECTRONIC MATERIALS, PO BOX 126, SEWARD, IL 61077

10925   OLIN WATER SERVICES MARKETING, SURVEY C O R T DUNTIZ, BLDG 51 CORPORATE WOODS STE 600, 9393 WEST 110TH, OVERLAND PARK, KS 66210-1406

10925   OLINGER, DONALD, 21928 ROYAL ST. GEORGES LANE, LEESBURG, FL 34748

10925   OLIPHANT, A, 110 SUNSET DRIVE, CHESTER, SC 29706

10925   OLITSKY, STEVEN, 3700 S PLAZA DRIVEAPT. #GPH2, SANTA ANA, CA 92704

10925   OLIVA JT TEN, JOHN M & TAMMY L, OLIVA, 5004 ORILOE DR, LONGVIEW, WA 98632-9283

10925   OLIVA, RODRIGO, 3116 W. 4TH ST, FORT WORTH, TX 76107

10925   OLIVARES JR., RUDY, 4951 WOODSTONE, SAN ANTONIO, TX 78230

10925   OLIVAREZ, A, 1700 WEST WASHINGTON, MILWAUKEE, WI 53204

10925   OLIVAREZ, ALEJANDRO, 5442 PORT TOWNSEND, SAN ANTONIO, TX 78242

10925   OLIVAREZ, ASCENCION, 1568 S. 14TH ST, MILWAUKEE, WI 53204

10925   OLIVAS JT TEN, JAMES R & JANET M, BOX 563, SOQUEL, CA 95073-0563

10925   OLIVAS, ALMA, 23607 NAFFA AVE., CARSON, CA 90745

10925   OLIVAS, PAULA, 13713 CERISE AVE., HAWTHORNE, CA 90250

10925   OLIVAS-CARDENAS, LON, 7000 LAPALMA AVE APT #A-102, BUENA PARK, CA 90602

10924   OLIVE CAN COMPANY, 1111 BOWES ROAD, ELGIN, IL 60123

10925   OLIVE GROUP, THE, 90 MAIN ST 3RD FL, CHARLESTOWN, MA 02129

10925   OLIVE JEAN WOOD, 9560 SUNLAND BLVD, SUNLAND, CA 91040-1338

10925   OLIVE W KINNEY &, JOANNE K HODDE CO TR UW, J WARREN KINNEY JR, 8358 SQUIRRELRIDGE DR, CINCINNATI, OH 45243-1053

10925   OLIVE, DAVID, 405 PRIMROSE COURT, EASLEY, SC 29642

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OLIVEIRA CONSTRUCTION, 2 FLORENCE ST # 30, MALDEN, MA 02148

10925   OLIVEIRA, DANIEL, 2 FLORENCE ST, SUITE 30, MALDEN, MA 02148

10925   OLIVEIRA, MARIA, 25 W 84 ST, 1B, NEW YORK, NY 10024

10925   OLIVEIRA, MARIO, 45 ANAWAN ST, TAUNTON, MA 02780

10924   OLIVER B CANNON & SON, CAMBRIDGE, MA 02140

10924   OLIVER B. CANNON &SONS IN, 5600 WOODLAND AVE, PHILADELPHIA, PA 19143

10924   OLIVER CARR/BUILDING ENGINEER, 1730 PENNSYLVANIA AVE. NW., WASHINGTON, DC 20006-4706

10924   OLIVER CO, PO BOX 45025, BATON ROUGE, LA 70895

10924   OLIVER CO. C/O RED LINE EQUIPMENT, 1201 BAKER STREET, MOBILE, AL 36603

10924   OLIVER COMPANY, 1543 DELPLAZA, BATON ROUGE, LA 70815

10924   OLIVER COMPANY, CAMBRIDGE, MA 02140

10925   OLIVER E MONTEITH, PO BOX 2585, HOUSTON, TX 77252

10925   OLIVER GLIDDEN & PARTNERS, 1401 FLORUM WAY SUITE 100, WEST PALM BEACH, FL 33401

10925   OLIVER H REEDER, 1300 DULANEY VALLEY RD, TOWSON, MD 21286-1308

10925   OLIVER III, PAUL, 2351 LA VISTA LANE, ORANGE PARK, FL 32073

10925   OLIVER JR, CALVIN, 202 SAYBROOKE VIEW PL, GAITHERSBURG, MD 20877

10925   OLIVER JR, RICHARD, 5031 EAGLE TRAIL DR., HOUSTON, TX 77084

10925   OLIVER LAMONT &, IELEEN LAMONT JT TEN, 410 N PROSPECT RR 1, APPLE RIVER, IL 61001-9702

10924   OLIVER MERCER WIRING, 806 HIGHWAY DR., HAZEN, ND 58545

10925   OLIVER PRESS, 1900 FREDERICK RD., BALTIMORE, MD 21229

10925   OLIVER PRODUCTS CO., DEPT 78218, PO BOX 78000, DETROIT, MI 48278-0218

10924   OLIVER PRODUCTS, INC., 445 6TH STREET, NORTH WEST, GRAND RAPIDS, MI 49504

10925   OLIVER R HAYES & ESTHER W HAYES, JT TEN, PO BOX 328 WINDHAM CENTER, WINDHAM, CT 06280-0328

10924   OLIVER RUBBER CO., 220 ONETA STREET, ATHENS, GA 30601

10924   OLIVER RUBBER, 6820 FOREST PARK DRIVE, DALLAS, TX 75235

10924   OLIVER RUBBER, 700 LUNA AVE, FINDLAY, OH 45839-0550

10925   OLIVER SALES COMPANY, 13445 FLOYD CIRCLE, DALLAS, TX 75243-1593

10924   OLIVER TIRE & RUBBER COMPANY, 408 TELEPHONE AVENUE, ASHEBORO, NC 27203

10924   OLIVER TIRE & RUBBER COMPANY, 408 TELEPHONE WAY, ASHEBORO, NC 27203

10925   OLIVER TRUCKING CORP., PO BOX 7700, INDIANAPOLIS, IN 46277

10925   OLIVER WIGHT PUBLIC EDUCATION, 12 NEWPORT ROAD, NEW LONDON, NH 03257

10925   OLIVER WILLIAMSON, 615 PENN AVE, AURORA, IL 60506

10925   OLIVER, ANGELA, 77 UNIONDALE AVE, UNIONDALE, NY 11553

10925   OLIVER, BARBARA, HWY 221, ENOREE, SC 29335

10925   OLIVER, BARBARA, RT. 1, BOX 58, ENOREE, SC 29335

10925   OLIVER, BARRY, 121 PLEASANT ST., LAKE ARTHUR, LA 70549

10925   OLIVER, BETTY, 4584 SHADY OAK, SULPHUR, LA 70663

10925   OLIVER, BRIAN, 30B NEHLS, WICHITA FALLS, TX 76311

10925   OLIVER, CHRISTINE, 8134 BILLINGSLEY RD, WHITE PLAINS, MD 20695

10925   OLIVER, CYNTHIA, 19479 HELEN, DETROIT, MI 48234

10925   OLIVER, DANGELO, 940 CALLAHAN TERRACE, AIKEN,, SC 29801

10925   OLIVER, DONALD, PO BOX 1525, CRAIG, CO 81625

10925   OLIVER, FAYE, 1806 21ST ST., WOODWARD, OK 73801

10925   OLIVER, GARY, 4175 JANICE DR, COLLEGE PARK, GA 30337

10925   OLIVER, GEORGE, 136 WOODLAND DRIVE, EASLEY, SC 29642

10925   OLIVER, GLENN, 2711 NORTH HALIFAX, #893, DAYTONA BEACH, FL 32118

10925   OLIVER, JAMES, 202 CADILLAC ST, MINDEN, LA 71055

10925   OLIVER, JAMES, 4584 SHADY OAKS, SULPHUR, LA 70663

10925   OLIVER, JANE, 7488 W. ROXBURY, LITTLETON, CO 80123

10925   OLIVER, JERRY, 7641 PEDIGO RD, KNOXVILLE, TN 37938

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　OLIVER, JOHN, 1806 21ST ST, WOODWARD, OK 73801

10925　OLIVER, JON, PO BOX 719, LAKE ARTHUR, LA 70549

10925　OLIVER, KATHLEEN, 62 PIERCE AVE, CRESSKILL, NJ 07626

10925　OLIVER, KEN, 2411 SILVERSTONE, DALLAS, TX 75287

10925　OLIVER, LONNIE, 23459 HWY 31 EAST, KILGORE, TX 75662

10925　OLIVER, MARK, RT. 6, BOX 224-B, COLUMBIA, MS 39429

10925　OLIVER, MARY, 34 WARNER AVE, JERSEY CITY, NJ 07305-2931

10925　OLIVER, MICHAEL, 2608 MULBERRY, PASADENA, TX 77502

10925　OLIVER, PETER, 553 TOMPKINS AVE, STATEN ISLAND, NY 10305

10925　OLIVER, SANDRA, 658 56TH ST, OAKLAND, CA 94609

10925　OLIVER, SERENA, 2850 WYNTERHALL RD, HUNTSVILLE, AL 35803

10925　OLIVER, SHARON, 4827 SE 11TH PL, OCALA, FL 34471-8518

10925　OLIVER, SHELDON, 2923 N 35TH TERRACE, HOLLYWOOD, FL 33021

10925　OLIVER, TERRY, RT 1, BOX 8, TURPIN, OK 73950

10925　OLIVER, TRACEY R, 7061 OLD KINGS RD S, APT 127, JACKSONVILLE, FL 32217

10925　OLIVER, TRICIA, 139 SCOTT ST, NEW BRIGHTON, PA 15066

10925　OLIVER, VERNETTA, 1401 DESOTO AVE, ATLANTA, GA 30310

10925　OLIVERAS-SOTO, C, 142-02 84 DR, 4G, BRIARWOOD, NY 11435

10925　OLIVERIO, ROBERT, 2980 SOUTH INTERLOCKEN DRIVE, EVERGREEN, CO 80439

10925　OLIVERIO, ROBERT, 7962 LOS PINOS CIRCLE, CARLSBAD, CA 92009

10925　OLIVERO, VIVIAN, 5317 CURRYFORD #L204, ORLANDO, FL 32807

10925　OLIVER-VAZQUEZ, CARMELO, GUACIMA ST P-26 URB. SANTA CLARA, GUAYNABO, PR 00969

10925　OLIVETTE K MORAN, 11579 NORGATE DR, ST LOUIS, MO 63138-1127

10925　OLIVETTI DO BRASIL SA, 07034-911 GUARULHOS - SP, SAO PAULO, 0BRAZIL **\*VIA Deutsche Post\***

10925　OLIVIA HERNEASE ROSS, 100-8 ERSKINE PLACE, BRONX, NY 10475-5732

10925　OLIVIER, JAMES, 516 S GUIDRY, CHURCH POINT, LA 70525

10925　OLIVIER, KARLA, 1545 18TH ST NW APT 421, WASHINGTON, DC 20036

10925　OLIVIER, LEROY, ROUTE 2 BOX 143B, LUVERNE, MN 56156

10925　OLIVIERI, EDGAR, 3905 NIGHTINGALE, MCALLEN, TX 78504

10925　OLIVO, ROSE MARIE, 852 PARK AVE, BOUND BROOK, NJ 08805

10925　OLK, JOANNE, 4020 W SWEETWATER, PHOENIX, AZ 85029

10925　OLKOWSKI, M, 2023 HILLVIEW ST, 6, SARASOTA, FL 33579

10925　OLLECH, BRIAN, 4229 W. RIVERS EDGE CIRCLE, BROWN DEER, WI 53209

10925　OLLER, ANDREA, 450 TAYLOR ST F33, WASHINGTON, DC 20017

10925　OLLER, BRENDA, 206 HANCOCK AVE, BRIDGEWATER, NJ 08807

10925　OLLERENSHAW, CAREY, 67 LAKE ROAD, DENVILLE, NJ 07834

10925　OLLICK, ANDREW, 1028 SIMMONS COURT, AKRON, OH 44306

10925　OLLIE MEYER INC, 2803 SHALLOWFORD RD NE, ATLANTA, GA 30341

10924　OLLIE'S BARGAIN OUTLET, 6040 CARLISLE PIKE, MECHANICSBURG, PA 17055

10925　OLLIES BARGAIN OUTLET, GEN COUNSEL, 6040 CARLISLE PIKE, MECHANICSBURG, PA 17055

10925　OLLIES SERVICE CENTER, 310 MAIN ST, WOBURN, MA 01801

10925　OLLILA, SUSAN, 1050 FIFTH AVE 6B, NEW YORK, NY 10028

10925　OLLINS, JIMOLA, PO BOX 1127, BARTOW, FL 33830-1127

10925　OLLISON, CHINI, 1930 FLAT SHOALS RD, ATLANTA, GA 30316

10925　OLLIVIERRE, RENE, 2535 N. BOOTH, MILWAUKEE, WI 53212

10925　OLM, KEVIN, 310 THIRD ST, REEDSVILLE, WI 54230

10925　OLMEDA, EDNA, 56 WAIT ST, SPRINGFIELD, MA 01104

10925　OLMEDA, HIPOLITO, 106 NEWPORT AVE, READING, PA 19611

10925　OLMEDA, HIPOLITO, 206 C MANSION DRIVE, SHILLINGTON, PA 19607

10925　OLMOS, ADAM, 1206 NW 15TH ST., FORT WORTH, TX 76106-8715

10925　OLMOS, ARMANDO P, C/O GRACE Y CIA BOLIVIA SA, CASILLA 852, LA PAZ, BOLIVIA **\*VIA Deutsche Post\***

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 OLMOS, AUGUSTIN, 234 N.E. 37TH ST, FT WORTH, TX 76106

10925 OLMOS, GUADALUPE, 3412 PECAN ST, FT WORTH, TX 76104

10925 OLMOS, JUAN, 3005 HALE, FT WORTH, TX 76106

10925 OLMOS, PEDRO, 3712 N HARDING, FORT WORTH, TX 76106

10925 OLMOS, ROBERTO, 2316 BROTHERS, FT WORTH, TX 76106

10925 OLMS, LABOR - U S DEPT OF LABOR, ROOM N-5616, WASHINGTON, DC 20210

10925 OLMSTED, SUSAN, 624 N ADAMS ST, DE PERE, WI 54115

10925 OLOUGHLIN, FRANCIS, 16A GLENDALE AVE., SOMERVILLE, MA 02144

10925 OLOUGHLIN, PETER, 14 WINTER VILLAGE ROAD, GRANBY, CT 06035

10925 OLOVSON, MARIE, 4262 AIRLINE ROAD NE, MUSKEGON, MI 49444

10925 OLOYEDE, FELIX, 9232 EDMONSTON RD, GREENBELT, MD 20770

10925 OLSAVSKY, STEPHEN, 533 PEMBROOKE COURT, MILLERSVILLE, MD 21108

10925 OLSCHEFSKI, ARTHUR W, 8113 CANTERBURY DR, ORANGE, TX 77632-0506

10925 OLSEN & GRAFF, 1200 NW NAITO PKWY SUITE 220, PORTLAND, OR 97209

10924 OLSEN PRECAST INC, 2140 PONDELLA ROAD, NORTH FORT MYERS, FL 33903

10925 OLSEN, AMY, 133 W FULLERTON AVE, GLENDALE HTS, IL 60139

10925 OLSEN, BARRY, 2511 MAGNOLIA LANE, LINDENHURST, IL 60046

10925 OLSEN, BRIAN, 1313 CHARLES ST, DEPERE, WI 54115

10925 OLSEN, CHARLES, 489 S. KENILWORTH AVE., ELMHURST, IL 60126

10925 OLSEN, CHARLES, 489 SO KENILWORTH AV, ELMHURST, IL 60126

10925 OLSEN, CLARENCE, 1040 TEQUESITA TRAIL, LAKE WALES, FL 33853

10925 OLSEN, DONALD, 15713 BERRYFIELD ST, HUNTERSVILLE, NC 28078

10925 OLSEN, GAIL, 10768 LAKE OAK WAY, BOCA RATON, FL 33498

10925 OLSEN, GAIL, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 OLSEN, HEATHER, 10811 CLIFTON BLVD, CLEVELAND, OH 44102

10925 OLSEN, HENRY, 71 WILDEN DR. S, EASTON, PA 18045

10925 OLSEN, JAMES A, 5462 JAMES CLARK DR., SULPHUR, LA 70663

10925 OLSEN, JAMES W, 1206 WEST 6TH ST, ASHLAND, WI 54806-1214

10925 OLSEN, JAMES, 5462 JAMES CLARK DR, SULPHUR, LA 70665

10925 OLSEN, LLOYD, 1261 E BROCKWAY CIRCLE, SALT LAKE CITY, UT 84117

10925 OLSEN, LORI, 4507 GOYA PKWY, SACRAMENTO, CA 95823

10925 OLSEN, PETER, CUST FOR TODD OLSEN, UNIF GIFT MIN ACT MD, PO BOX 410, SIMPSONVILLE, MD 21150-0410

10925 OLSEN, RONALD, 4 HIGH FIELDS DRIVE, DANBURY, CT 06811

10925 OLSEN, RUTH, 27 EAST L ST, SPARKS, NV 89431

10925 OLSEN, SEAN MICHAEL, 41 STAR LAKE RD., BLOOMINGDALE, NJ 07403

10925 OLSEN, SONJA, 735 S. MCKINLEY, CASPER, WY 82601

10925 OLSEN, STEVEN, 16E FRANKLIN GREEN, SOMERSET, NJ 08873

10925 OLSHAN, ARTHUR, 29 CLEMSON ROAD, CHERRY HILL, NJ 08034

10925 OLSHENS BOTTLE SUPPLY CO, PO BOX 11249, PORTLAND, OR 97211-0249

10925 OLSON JR, JOHN W, 3312 HARVEY PKWY, OKLAHOMA CITY, OK 73118-8633

10924 OLSON PRECAST CO. INC., ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85036

10924 OLSON PRECAST CO., 2750 MARION DRIVE, LAS VEGAS, NV 89115

10924 OLSON PRECAST CO., 6970 E. VEGAS VALLEY, LAS VEGAS, NV 89122

10924 OLSON PRECAST OF ARIZONA, INC, 3045 SOUTH 35TH AVENUE, PHOENIX, AZ 85036

10924 OLSON PRECAST OF ARIZONA, INC, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85036

10925 OLSON TECHNOLOGIES, 160 WALNUT ST, ALLENTOWN, PA 18102

10925 OLSON TECHNOLOGIES, INC, PO BOX 641480, PITTSBURGH, PA 15264-1480

10925 OLSON, ARTHUR L, 2418 NW 43RD CIRCLE, OKLAHOMA CITY, OK 73112-8722

10925 OLSON, BEVERLY, 226 ANCHORAGE AVE, SANTA CRUZ, CA 95062

10925 OLSON, BRENDA, 1331 LEE RD 946, OPELIKA, AL 36801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | OLSON, CARRIE, 3225 ROSEMARY LANE, WEST FRIENDSHIP, MD 21794 | |
| 10925 | OLSON, CHARLES, 9329 SOUTH 77TH CT, HICKORY HILLS, IL 60457 | |
| 10925 | OLSON, CHARLOTTE, 6315 55TH AVE NORTH APT 324, CRYSTAL, MN 55429-3554 | |
| 10925 | OLSON, CHERYLE, 916 PINE ST, CONTOOCOOK, NH 03229 | |
| 10925 | OLSON, CHRIS, 5617 COLORADO AVE. NW, WASHINGTON, DC 20011 | |
| 10925 | OLSON, EDNA MAY, 02 APPLE LANE III, RIDGEFIELD, CT 06877 | |
| 10925 | OLSON, EMMETT, PO BOX 774303 1719 HIGHLAND WY, STEAMBOAT SPRINGS, CO 80477 | |
| 10925 | OLSON, G, 532 N FRANKLIN ST, POYNETTE, WI 53955-9998 | |
| 10925 | OLSON, GERALD, ROUTE 2 80-12 KOA MOBILE CT, WEST LIBERTY, IA 52776-9336 | |
| 10925 | OLSON, JOHN, 4731 AVENIDA DELOS SUENOS, YORBA LINDA, CA 92686 | |
| 10925 | OLSON, KATHERINE, 8629 CHESHIRE CT., JESSUP, MD 20794 | |
| 10925 | OLSON, KELLY, 525 BELLEVUE ST, 2, GREEN BAY, WI 54302 | |
| 10925 | OLSON, LARRY, 127 THIRD AVE, PULASKI, WI 54162 | |
| 10925 | OLSON, LAUHRI, 820 NW WADE, 31, ESTACADA, OR 97023 | |
| 10925 | OLSON, LEE, 10694 W. 85TH PLACE, ARVADA, CO 80005 | |
| 10925 | OLSON, LYNN C, C/O LYNN C OLSON HARBERT, PO BOX 661, DUMAS, TX 79029-0661 | |
| 10925 | OLSON, PAM, 830 PROSPER ROAD, DE PERE, WI 54115 | |
| 10925 | OLSON, PAULINE, 38659 GREENWICH CR, FREMONT, CA 94536 | |
| 10925 | OLSON, RANDOLPH, 5553 COCHRAN ST #140, SIMIVALLEY, CA 93063 | |
| 10925 | OLSON, ROBERT, POX 152, STOCKBRIDGE, WI 53088 | |
| 10925 | OLSON, VERA, 305 FOREST PARK ROAD, LOUISVILLE, KY 40223-9998 | |
| 10925 | OLSON, WILLIAM, 4835 KNICKERBOCKER, HOUSTON, TX 77035 | |
| 10924 | OLSSON INDUSTRIAL ELECTRIC, 1919 LAURA ST., SPRINGFIELD, OR 97477 | |
| 10925 | OLSSON, LYNN, 7012 AURORA, DES MOINES, IA 50322 | |
| 10925 | OLSSON, OLAF, 370 EASTERN AVE, 1, LYNN, MA 01902 | |
| 10925 | OLSSON, PRESTON, 304 ESSEX COURT, BLOOMINDALE, IL 60108 | |
| 10925 | OLSTEN STAFFING SERVICES INC, PO BOX 8906, MELVILLE, NY 11747-8906 | |
| 10925 | OLSTEN STAFFING SERVICES INC., PO BOX 7777-W501845, PHILADELPHIA, PA 19175-1845 | |
| 10925 | OLSTEN STAFFING SERVICES INC., PO BOX 8906, MELVILLE, NY 11747-8906 | |
| 10925 | OLSTON STAFFING SERVICES INC, PO BOX 7777-W501845, PHILADELPHIA, PA 19175-1845 | |
| 10925 | OLSZEWSKI JR, ALPHONE, 12541 LASHBROOK LN W, BRIGHTON, MI 48114-6005 | |
| 10925 | OLSZEWSKI, CYNTHIA, 125 MUSQUASH RD, HUDSON, NH 03051 | |
| 10925 | OLSZEWSKI, MARK, 28 FLETCHER ST, PLAINVILLE, MA 02762 | |
| 10925 | OLSZUK, PETER, 26 REX PLACE, SOUTH RIVER, NJ 08882 | |
| 10925 | OLSZYK, HEATHER, 88 MARCY ST, SOMERVILLE, NJ 08873 | |
| 10925 | OLSZYK, WILHELMINE, 86 A-2 FINDERNE AVE, BRIDGEWATER, NJ 08807 | |
| 10924 | OLTMAN & SONS INC, P O BOX 212, HENRY, IL 61537 | |
| 10924 | OLTMAN & SONS INC, PO BOX 212, HENRY, IL 61537 | |
| 10924 | OLTMAN & SONS INC, R R 1, HENRY, IL 61537 | |
| 10925 | OLTMAN, PATRICK, 1212 HULL ST, BALTIMORE, MD 21230 | |
| 10925 | OLUOKUN, BAMIDELE, 30 CHILD ST., HYDE PARK, MA 02136 | |
| 10925 | OLVERA, BAIDOMARO, 7230 LINCOLN ST., RIVERSIDE, CA 92504 | |
| 10925 | OLVERA, FRANCISCO JR, 106 HACIENDA LN., BROWNSVILLE, TX 78520 | |
| 10925 | OLVERA, NORMA, 12506 S ALCAN CIR, OLATHE, KS 66062 | |
| 10924 | OLY INT'L CONSOLIDATORS INC., 8060 N .W. 71 STREET, MIAMI, FL 33166 | |
| 10924 | OLYLMPIC WALL SYSTEMS OF IOWA, INC., ATTN: CLEO STROUD, DES MOINES, IA 50309-2014 | |
| 10925 | OLYMPIA MANAGEMENT, ATTN: STERLING WESTHROP, 3899 PARK AVE., MEMPHIS, TN 38111 | |
| 10925 | OLYMPIA MANAGEMENT, STERLING WESTHROP, 3899 PARK AVE, MEMPHIS, TN 38111 | |
| 10925 | OLYMPIA SUPPLY CO, POBOX 6668, BURBANK, CA 91510-6668 | |
| 10924 | OLYMPIAN PRECAST INC., ATTN:  ACCOUNTS PAYABLE, REDMOND, WA 98073 | |
| 10924 | OLYMPIAN PRECAST, INC., 19150 UNION HILL ROAD, REDMOND, WA 98053 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 OLYMPIC BUILDERS, 2402 S. 16TH ST., LA CROSSE, WI 54601

10924 OLYMPIC CENTER, LOS ANGELES, CA 90001

10925 OLYMPIC GLOVE AND SAFETY CO, THE, PO BOX 9410, ELMWOOD PARK, NJ 07407

10924 OLYMPIC HIGH SCHOOL, 4301 SANDY PORTER ROAD, CHARLOTTE, NC 28273

10925 OLYMPIC INTERL TRUCKS, INC, PO BOX 3050, HOUSTON, TX 77253-3050

10925 OLYMPIC PROCESS PIPING INC, PO BOX 900, NEW LENOX, IL 60451

10924 OLYMPIC WALL SYSTEM, 2823 HEDBERG DRIVE, MINNETONKA, MN 55305

10924 OLYMPIC WALL SYSTEMS INC., CAMBRIDGE, MA 02140

10924 OLYMPIC WALL SYSTEMS, 13705 "B" ST., OMAHA, NE 68144

10924 OLYMPIC WALL SYSTEMS, 13705 "B" STREET, OMAHA, NE 68144

10924 OLYMPIC WALL SYSTEMS, 13705 B STREET, OMAHA, NE 68144

10924 OLYMPIC WALL SYSTEMS, 317 EAST COURT AVENUE, DES MOINES, IA 50309

10924 OLYMPIC WALL SYSTEMS, INC., 13705 B STREET, OMAHA, NE 68144

10924 OLYMPIC WALLS SYSTEMS INC, 2823 HEDBERG DRIVE, MINNETONKA, MN 55305

10924 OLYMPIC WALLS SYSTEMS, 2823 HEDBERG DRIVE, MINNETONKA, MN 55305

10924 OLYMPIC WALLS, 2504 SOUTH 156TH CIRCLE, OMAHA, NE 68130

10925 OLYMPIC WELDING & MFG INC, 1615 OLYMPIC ROAD, PRINCETON, IL 61356

10925 OLYMPUS AMERICA INC, POBOX 890, NEW YORK, NY 10116

10924 OM NOVA SOLUTIONS INC, 133 YORKVILLE ROAD, COLUMBUS, MS 39702

10924 OM NOVA SOLUTIONS INC, PO BOX 191, COLUMBUS, MS 39702

10924 OMAHA PUBLIC POWER DIST, 444 S. 16TH ST. MALL, OMAHA, NE 68102

10924 OMAHA PUBLIC POWER DISTRICT, CORPORATE ACCT. ROOM 600, OMAHA, NE 68102

10924 OMAHA PUBLIC POWER DISTRICT, ELKHORN SERVICE CENTER, 101 N. 180TH, ELKHORN, NE 68022

10925 OMAHA STEAKS OS SALES CO INC, 11030 O ST, OMAHA, NE 68103-2575

10924 OMAHA WORLD HERALD, C/O INTERIOR CONSTRUCTION, OMAHA, NE 68140

10925 OMALLEY, GENEVIEVE, 10332 HICKORY RIDGE ROAD APT#718, COLUMBIA, MD 21044

10925 OMALLEY, JOHN P, AS CUSTODIAN FOR KRISTIN ANN OMALLEY UNDER THE CA, TRANSFERS TO MINORS ACT, C/O BELL AND INGRAM PO BOX 1769, EVERETT, WA 98206

10925 OMARALI MD, IQBAL I, 2222 EAST ST STE 260, CONCORD, CA 94520

10925 OMASTIAK, STEVEN, 5411 W. 138TH PLACE CRESTWOOD IL, CRESTWOOD, IL 60445

10924 OMBOLI INTERIORS INC., PO BOX 10648, RENO, NV 89510

10924 OMBOLI INTERIORS, 4200 REWANA WAY #505, RENO, NV 89511

10924 OMBOLI INTERIORS, CAMBRIDGE, MA 99999

10925 OMC - MILWAUKEE OUTBOARD MARINE COR, DALE T VITALE, 100 SEA HORSE DR, WAUKEGAN, IL 60085

10924 OMC EVINRUDE, 6101 N 64TH STREET, MILWAUKEE, WI 53218

10925 OMEARA, JOSEPH, 2417 DONIPHAN, ST JOSEPH, MO 64503

10924 OMEGA COATING CORPORATION, 1210 N. HAVERHILL ROAD, EL DORADO, KS 67042

10924 OMEGA COATING CORPORATION, PO BOX 1318, EL DORADO, KS 67042

10924 OMEGA CONCRETE SYSTEMS IN, PO BOX 2443, KANSAS CITY, KS 66110

10924 OMEGA CONCRETE SYSTEMS INC, P.O. BOX 2443, KANSAS CITY, KS 66110

10924 OMEGA CONCRETE, 5525 KAW DRIVE, KANSAS CITY, KS 66106

10924 OMEGA CONTRACTING INC., 2818 RUDER ST., DALLAS, TX 75212

10925 OMEGA ENGINEERING INC, PO BOX 14001, NEW YORK, NY 10249-0011

10925 OMEGA ENGINEERING INC., CHURCH ST. STATION, NEW YORK, NY 10249-0011

10925 OMEGA ENGINEERING, 976 RUE BERGAR, LAVAL, QC H7L 5A1CANADA        *VIA Deutsche Post*

10925 OMEGA ENGINEERING, INC, ONE OMEGA DR., BOX 4047, STAMFORD, CT 06907

10925 OMEGA ENGINEERING, INC, PO BOX 14001, NEW YORK, NY 10249

10925 OMEGA ENGINEERING, INC, PO BOX 740496, ATLANTA, GA 30374-0496

10925 OMEGA ENGINEERING, ONE OMEGA DR, BRIDGEPORT, NJ 08014

10925 OMEGA ENGINEERING, PO BOX 4047, STAMFORD, CT 06907

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | OMEGA ENGINEERING, PO BOX 740496, ATLANTA, GA 30374-0496 | |
| 10925 | OMEGA ENGINEERING, RECEIVING DEPT BLDG 4, STAMFORD, CT 06907 | |
| 10925 | OMEGA HEATER COMPANY INC, 2059 NINTH AVE, RONKONKOMA, NY 11779-6233 | |
| 10925 | OMEGA LANDSCAPING AND LAWN, MAINTENANCE, PO BOX 1231, TAVARES, FL 32778 | |
| 10924 | OMEGA PACKAGING, 55 KING ROAD, TOTOWA, NJ 07512 | |
| 10924 | OMEGA PINT LABORATORIES, INC., 16015 SHADY FALLS ROAD, ELMENDORF, TX 78112-9784 | |
| 10925 | OMEGA POINT LABORATORIES INC, 16015 SHADY FALLS ROAD, ELMENDORF, TX 78112 | |
| 10924 | OMEGA POINT LABORATORIES, 16015 SHADY FALLS ROAD, ELMENDORF, TX 78112 | |
| 10925 | OMELETTE QUEEN CATERERS, INC, THE, PO BOX 244, BROOKLANDVILLE, MD 21022 | |
| 10925 | OMELVENY & MYERS LLP, 153 EAST 53RD ST, NEW YORK, NY 10022-4611 | |
| 10925 | OMER GAIL SACCO &, NEIL L SACCO JT TEN, 6908 W 52ND ST 2B, MISSION, KS 66202-1516 | |
| 10924 | OMERO DISTRIBUTION TECHN., 13801 OLD GENTILLY RD, NEW ORLEANS, LA 70129 | |
| 10924 | OMG AMERICAS, 2601 WECK DRIVE, DURHAM, NC 27709 | |
| 10924 | OMG AMERICAS, 2601 WECK DRIVE, DURHAM, NC 27709-2166 | |
| 10925 | OMG AMERICAS, 811 SHARON DR., WESTLAKE, OH 44145-1522 | |
| 10925 | OMG AMERICAS, PO BOX 6066N, CLEVELAND, OH 44193 | |
| 10924 | OMG APEX, INC., MILE 15 HWY 91 WEST, SAINT GEORGE, UT 84770 | |
| 10924 | OMG APEX, INC., PO BOX 2407, SAINT GEORGE, UT 84771 | |
| 10925 | OMG MOONEY CHEMICALS, PO BOX 6066N, CLEVELAND, OH 44193 | |
| 10925 | OMHART/VEGA CORP, 4241 ALLENDORF DR, CINCINNATI, OH 45209 | |
| 10925 | OMI INC, 3006 11TH AVE SW, HUNTSVILLE, AL 35805 | |
| 10925 | OMI, PO BOX 61000, SAN FRANCISCO, CA 94161-1568 | |
| 10924 | OMICRON PROPRIETARY LTD, LOT 54-55 KEILOR PARK DR, TULLAMARINE VIC, 03043AUSTRALIA | *VIA Deutsche Post* |
| 10925 | OMNI COMPUTER PRODUCTS, POBOX 6205, CARSON, CA 90749-6205 | |
| 10924 | OMNI ELECTRIC, 3050 W. 71ST. ST., WESTMINSTER, CO 80030 | |
| 10924 | OMNI FINISHING SYSTEMS INC., 163 RAILROAD DRIVE, IVYLAND, PA 18974 | |
| 10924 | OMNI FIREPROOFING CO INC, 9305 LESAINT DR, FAIRFIELD, OH 45014 | |
| 10924 | OMNI FIREPROOFING, 9305 LE SAINT ROAD, FAIRFIELD, OH 45014 | |
| 10924 | OMNI FIREPROOFING, 9305 LESAINT DR., FAIRFIELD, OH 45014 | |
| 10924 | OMNI FIREPROOFING-C/O TURNER CONST., AMERICAN GENERAL CENTER, BRENTWOOD, TN 37027 | |
| 10925 | OMNI HOTEL, 100 CNN CENTER, ATLANTA, GA 30355 | |
| 10925 | OMNI HOTEL, DEPT CH10411, PALATINE, IL 60055-0411 | |
| 10925 | OMNI INDUSTRIES INC, 7031 BRYCE CANYON AVE, GREENWELL SPRINGS, LA 70739 | |
| 10924 | OMNI PARKERHOUSE, TREMONT @ SCHOOL STREET, BOSTON, MA 02215 | |
| 10925 | OMNI PARTNERS, BOX 136, BOCA RATON, FL 33428 | |
| 10925 | OMNI PRODUCTS INC., PO BOX 15319, PORTLAND, OR 97293-5319 | |
| 10925 | OMNI ROSEN, THE, 9840 INTERNATIONAL DR, ORLANDO, FL 32819-8122 | |
| 10925 | OMNI SERVICES, 110 COUNTRY RD 701, RICEVILLE, TN 37370 | |
| 10925 | OMNI SERVICES, 25 UNION ST., WORCESTER, MA 01608 | |
| 10925 | OMNICARE INC, 1717 DIXIE HWY, SUITE 800, FORT WRIGHT, KY 41011 | |
| 10925 | OMNICARE, INC, 255 E FIFTH ST, CINCINNATI, OH 45202-4728 | |
| 10925 | OMNIFAX, PO BOX 80709, AUSTIN, TX 78708-0709 | |
| 10925 | OMNIKIN, 8165 DU MISTRAL #202, CHARNY, QC G6X 3R8CANADA | *VIA Deutsche Post* |
| 10925 | OMNIPOINT COMMUNICATIONS, PO BOX 29098, NEW YORK, NY 10087-9098 | |
| 10925 | OMNIPOINT COMMUNICATIONS,ENT, PO BOX 29570, NEW YORK, NY 10087-9570 | |
| 10925 | OMNIREL, 205 CRAWFORD ST, LEOMINSTER, MA 01453 | |
| 10925 | OMNIS CORP, 1201 NATIONAL AVE, ADDISON, IL 60101 | |
| 10925 | OMNIS CORP, 1984 RAYMOND DR, NORTHBROOK, IL 60062 | |
| 10925 | OMNISOURCE CORP, 9000 HAGGERTY RD, DETROIT, IN 48277 | |
| 10924 | OMNITECH INTERNATIONAL, 4709 LAGUARDIA, SUITE 160, SAINT LOUIS, MO 63134 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   OMNITECH INTERNATIONAL, 6355 WARD ROAD, SUITE 300, ARVADA, CO 80004

10924   OMNOVA PRINTWORLD, 2011 ROCKY RIVER ROAD, MONROE, NC 28110

10924   OMNOVA PRINTWORLD, 2011 ROCKY RIVER ROAD, NORTH, MONROE, NC 28110

10924   OMNOVA PRINTWORLD, 2990 GILCHRIST ROAD, AKRON, OH 44305

10924   OMNOVA SOLUTIONS, 165 SOUTH CLEVELAND AVENUE, MOGADORE, OH 44260

10924   OMNOVA SOLUTIONS, 2011 ROCKEY RIVER ROAD NORTH, MONROE, NC 28110

10924   OMNOVA SOLUTIONS, 2722 CHAMBERS DRIVE, MONROE, NC 28110

10924   OMNOVA SOLUTIONS, 95 HICKORY DRIVE, AUBURN, PA 17922

10925   OMOLAJA, RUBY, 1852 EL CAPITAN DR., DALLAS, TX 75228

10925   OMOPEKUN, OLUWOLE, 7037 ALABAMA AVE, CANOGA PARK, CA 91303

10925   OMRON IDM CONTROLS, INC, 11637 CEDAR PARK AVE., BATON ROUGE, LA 70809

10925   OMRON IDM CONTROLS, INC, PO BOX 201756, HOUSTON, TX 77216-1756

10924   OMSF AMERICAN AIRLINES, NEW CONSTRUCTON SITE ACROSS FROM, AMERICAN AIRLINES, TERMINAL 8 AND 9 JFK AIRPORT, JAMAICA, NY 11430

10924   OMSF BUILDING JFK AIRPORT, JFK AIRPORT, JAMAICA, NY 11430

10924   OMSF LONG TERM PARKING, NEW CONSTRUCTION SITE (NEW STEEL), ADJACENT TO LONG TERM PARKING, JFK AIRPORT, JAMAICA, NY 11430

10925   OMTOOL, 8 INDUSTRIAL WAY, SALEM, NH 03079

10925   OMTOOL, LTD, PO BOX 3570, BOSTON, MA 02241-3570

10925   OMUNDSON, CRAIG, 701 N WALNUT, MANTENO, IL 60950

10925   OMURA, WENDY, 1107 MAGNOLIA AVE. #2, GARDENA, CA 90247

10924   OMV(CANADA) LTD., EDMONTON, 10428 123RD STREET, ALBERTA, IT T5N 1N7TORONTO     **\*VIA Deutsche Post\***

10925   OMYA INC., PO BOX 825, LUCERNE VALLEY, CA 92356

10925   ON LINE CONNECTING POINT, 8 AUTRY, IRVINE, CA 92718

10925   ON MY OWN TIME, 333 WYMAN ST, WALTHAM, MA 02254

10924   ON SITE MANAGEMENT, INC, C/O JACKSON EQUESTRIAN CENTER, JACKSON, WY 83001

10924   ON SITE MATERIALS, 3801 DAWES AVENUE, WEST PALM BEACH, FL 33405

10924   ON SITE READY MIX, 1108 S. HIGHWAY 87, SAN ANGELO, TX 76904

10924   ON SITE READY MIX, 3033 MERCEDES, ODESSA, TX 79764

10924   ON SITE READY MIX, PO BOX 2473, SAN ANGELO, TX 76902

10924   ON SITE READY MIX, WILL BE ON THE LEFT SIDE, HWY 17 S. FROM FORT DAVIS, FORT DAVIS, TX 79734

10924   ON TARGET CONCRETE, INC., #2 17TH STREET, VIENNA, WV 26105

10924   ON TARGET, #2 17TH ST, VIENNA, WV 26105

10925   ON THE RISE INC, POBOX 916, CAMBRIDGE, MA 02140

10925   ON TIME GROUND TRANSPORTATION INC, POBOX 25096, BALTIMORE, MD 21229

10925   ON TIME GROUND TRANSPORTATION, PO BOX 25096, BALTIMORE, MD 21229

10925   ON TIME MAILING INC, 120 BANKS ST, WINTHROP, MA 02152

10925   ON TRACK COMPUTER TRAINING, 2255 GLADES RD., STE 118E, BOCA RATON, FL 33431

10925   ON TRACK, E38-755 77 MASS AVE, CAMBRIDGE, MA 02139-4307

10925   ONA, ROSEMARY, 3418 PEACH BLOSSOM, NATIONAL CITY, CA 91950

10925   ONCKEN, EDWARD, 1013 8TH ST NW, CEDAR RAPIDS, IA 52405

10924   ONCOLOGY, WESTSIDE BUILDING MATERIALS, IRVINE, CA 92604

10925   ONDRACEK, DAVID, 4821 W NORWICH CT, MILWAUKEE, WI 53220

10925   ONDRACEK, PAMELA, 8505 W NORTH AVE APT3, WAUWOTOSA, WI 53226

10925   ONDRUCH, JOYSAN, 19410 QUIETBROOK, HOUSTON, TX 77084

10925   ONDULINE-USA, ROUTE 9 BOX 195, FREDERICKSBURG, VA

10924   ONE AIRPORT CENTRAL, SHELL COVE, 7800 AIRPORT CIRCLE DRIVE, GREENSBORO, NC 27404

10924   ONE BEAVER CREEK PLACE, 15 WEST THOMAS PLACE, EAGLE, CO 81631

10924   ONE BOSTON PLACE C/O EAST COAST, ONE BOSTON PLACE, BOSTON, MA 02101

10924   ONE BOSTON PLACE, 1 BOSTON PLACE, BOSTON, MA 02108

10924   ONE BOSTON PLACE, 1 BOSTON PLACE, BOSTON, MA 02110

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ONE BOSTON PLACE, ONE BOSTON PLACE, BOSTON, MA 02108

10924    ONE BROADWAY C/O ISLAND, 835 SCHOOL STREET, PAWTUCKET, RI 02860

10924    ONE BROADWAY, 14TH FLOOR, ONE BROADWAY, CAMBRIDGE, MA 02138

10924    ONE BROADWAY, 835 SCHOOL STREET, PAWTUCKET, RI 02860

10924    ONE CAMBRIDGE PLACE, 205 BROADWAY, CAMBRIDGE, MA 02139

10924    ONE CORPORATE CENTER DEERFIELD, WEBB ROAD & MORRIS ROAD, ALPHARETTA, GA 30009

10925    ONE EARTH ONE PEOPLE, 5405 WARING DR., CINCINNATI, OH 45243

10924    ONE FINANCIAL PLAZA C/O CONROY BROS, MINNEAPOLIS, MN 55440

10924    ONE FINANCIAL PLAZA, MINNEAPOLIS, MN 55400

10925    ONE HOUR PHOTO QUICK, 1097 LEXINGTON ST, WALTHAM, MA 02154

10924    ONE LAKE PARK, 1410 TATUM, RICHARDSON, TX 75080

10924    ONE LENOX COURTYARD RETAIL, 3535 PEACHTREE RD., ATLANTA, GA 30326

10924    ONE LENOX OFFICE BLDG, 1410 TATUM ST., RICHARDSON, TX 75080

10924    ONE METRO PLACE, 545 METRO PLACE SOUTH, DUBLIN, OH 43017

10924    ONE NORTH WACKER, ONE NORTH WACKER, WEST CHICAGO, IL 60186

10925    ONE ON ONE, 2055 W. ARMY TRAIL RD.,STE 100, ADDISON, IL 60101

10924    ONE PLAZA, FOR ALLIED BLDG SUPPLY, 32 PLUM STREET, TRENTON, NJ 08638

10924    ONE POINT COMMUNICATIONS, 5801 NICKOLSON LANE  LENNOX GRANDE, NORTH BETHESDA, MD 20852

10924    ONE POINT ROYAL, C/O ADAMS CONSTRUCTION, 4400 NORTHPOINT PARKWAY, ALPHARETTA, GA 30022

10924    ONE POST CROCKER PLAZA, FIREPROOF COATINGS, SAN FRANCISCO, CA 94101

10924    ONE RENAISSANCE CENTER, BENSON ROAD, RALEIGH, NC 27609

10924    ONE RESOURCE CENTER, CHARLOTTE, NC 28200

10924    ONE RESOURCE CENTER, DAVID TAYLOR DR., CHARLOTTE, NC 28217

10925    ONE SOURCE FACILITY SERVICES INC, POBOX 19061A, NEWARK, NJ 07195-0061

10925    ONE SOURCE SUPPLY, PO BOX 23, SNELLVILLE, GA 30078

10924    ONE STATE STREET, ONE STATE STREET, BETWEEN PEARL AND WHITEHALL, MANHATTAN, NY 10021

10925    ONE STEP ENVIORMENTAL, PO BOX 248, PORT WASHINGTON, WI 53074

10925    ONE STEP ENVIRONMENTAL,INC, 1126 SOUTH 70TH ST, WEST ALLIS, WI 53214

10925    ONE STOP TRANSPORT & REPAIR, 1639 EAST 750 SOUTH #A, CLEARFIELD, UT 84015

10924    ONE TIME CUSTOMER  (TAX EXEMPT), PREPAID SALES, CAMBRIDGE, MA 02140

10924    ONE TIME CUSTOMER  (TAXABLE), PREPAID SALES-CEMENT, CAMBRIDGE, MA 02140

10924    ONE TIME CUSTOMER  (TAXABLE), PREPAID SALES-CONCRETE, CAMBRIDGE, MA 02140

10924    ONE TON TOWER LTD., SAM SAMRA, SAN DIEGO, CA 92101

10924    ONE TOWNSHIP HIGH SCHOOL, 34090 ALMOND, GURNEE, IL 60031

10924    ONE WEST COURT SQUARE, ONE WEST COURT SQUARE, DECATUR, GA 30030

10925    ONEACRE, SALLY, 3305 EDINGTON RD., AKRON, OH 44333

10925    ONEAL, ALBERT, 2803 VIRGINIA AVE., AIKEN, SC 29801

10925    ONEAL, BARBARA, 10 RIVER WAY DRIVE, GREER, SC 29651

10925    ONEAL, BETTY, 1319 CYRESS ST, ROCKY MOUNT, NC 27801

10925    ONEAL, CORBIT, 1230 TEXAS ST, SULPHUR, LA 70663

10925    ONEAL, DEBBIE, 2470 NORTHOP AVE, SACRAMENTO, CA 95825

10925    ONEAL, ELLEN, 3704 HOLLY SPRINGS, FT WORTH, TX 76133

10925    ONEAL, JANICE, 610 ANDREA DR., BEECHGROVE, IN 46107

10925    ONEAL, JERRY, 4513 PENLUCY RD, BALTIMORE, MD 21229

10925    ONEAL, JERRY, 6530 MAGEE ST, BROOKSVILLE, FL 34613

10925    ONEAL, JUDITH, 10546 W. CORTEZ CIRCLE, 31, FRANKLIN, WI 53132

10925    ONEAL, KRISTA, 5775 VERNIER DR, COLLEGE PK, GA 36034

10925    ONEAL, LEE, 2480 LAUREL, B4, BEAUMONT, TX 77702

10925    ONEAL, MICHAEL, 1409 WHITEHALL RD, ANDERSON, SC 29625

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ONEAL, PATRICK, 16042 RUSTIC SANDS DRIVE, HOUSTON,, TX 77084

10925   ONEAL, ROY, 506 BOBO BANKS RD, GRANTVILLE, GA 30220

10925   ONEAL, SHERRIE, 1007 HOGUE PLACE, HOBBS, NM 88240

10925   ONEAL, TERRY, PO BOX 460, LITHIA, FL 33547

10925   ONEAL, WYNETTA, 4385 FOREST LANE, WEST PALM BEACH, FL 33406

10924   ONEBANE, DONOHUE, BERNARD, TORIAN,, PO BOX 3507, LAFAYETTE, LA 70502

10924   ONEDA CORPORATION, 4000 ONEDA DRIVE, COLUMBUS, GA 31907

10924   ONEDA CORPORATION, PO BOX9167, COLUMBUS, GA 31908

10924   ONEIDA COUNTY CORRECTIONAL FACILITY, 6065 JUDD ROAD, ORISKANY, NY 13424

10925   ONEIDA LTD, 120 E SENECA ST, SHERRILL, NY 13461

10925   ONEIL JR, RICHARD, 10201 GREG LYNN ROAD, RICHMOND, VA 23236

10925   ONEIL RELOCATION, 12101 WESTERN AVE, GARDEN GROVE, CA 92841

10925   ONEIL STORAGE, 2061 S RITCHEY ST, SANTA ANA, CA 92705

10925   ONEIL, BORETA, 8405 WILCREST #1106, HOUSTON, TX 77072

10925   ONEIL, CANNON & HOLLMAN, SC, 111 E. WISCONSIN AVE STE 1400, MILWAUKEE, WI 53202-4803

10925   ONEIL, CANNON & HOLLMAN, SC, 111 EAST WISCONSIN AVE, MILWAUKEE, WI 53202-4803

10925   ONEIL, CANNON & HOLLMAN, SC, SUITE 1400, BANK ONE PLAZA, MILWAUKEE, WI 53202-4803

10925   ONEIL, CHARLIE, 11890 LOCH LOMOND RD., MIDDLETOWN, CA 95461

10925   ONEIL, CHRISTI, 2132 LINDA DR, WESTLAKE, LA 70669

10925   ONEIL, EDWARD, PO BOX 111, CLEO SPRINGS, OK 73729

10925   ONEIL, FRANCES, 4428 CROSSJACK COURT, FORT MEYERS, FL 33919

10925   ONEIL, JAMES, 2030 A CANYON WOODS DR., SAN RAMON, CA 94583

10925   ONEIL, JOHN, 38 FRYE ST, MARLBORO, MA 01752

10925   ONEIL, MICHAEL, 555 BELCHER RD S, LARGO, FL 33461

10925   ONEIL, PAUL, 8 ELTON AVE., STRATHAM, NH 03885

10925   ONEIL, STACEY, 14114 SORREL CHASE C, CENTREVILLE, VA 22020

10925   ONEIL, STEPHEN, 15037 S HIGHLAND, ORLAND PARK, IL 60402

10925   ONEIL, STEPHEN, 15037 S HIGHLAND, ORLAND PARK, IL 60462

10925   ONEIL, SUSAN, 4 EDGEWOOD COURT, HILLSDALE, NJ 07642

10925   ONEILL & BORGES, 250 MUNOZ RIVERA AVE, SAN JUAN, PR 00918-1808PUERTO RICO    **\*VIA Deutsche Post\***

10925   ONEILL, BRIAN, 6604 NW 42ND TERRACE, COCONUT CREEK, FL 33073

10925   ONEILL, BRIAN, 7900 FAIRVIEW DRIVE, TAMARAC, FL 33321

10925   ONEILL, CAROL, 52 GREAT POND ROAD, KINGSTON, NH 03848

10925   ONEILL, CLARICE, 40859 VILLAGE WOOD, NOVI, MI 48375

10925   ONEILL, DORIS, 18 HOWARD ST, SALEM, NH 03079

10925   ONEILL, GEORGE, 1614 MORRIS AVE., SWEETWATER, TX 79556-2646

10925   ONEILL, GERALD, 70 RIDGE ST, ARLINGTON, MA 02174

10925   ONEILL, HORACE, PO BOX 1678, MILLS, WY 82644

10925   ONEILL, JAMES, 1558 BUNSDEN AVE, MISSISSAUGA, ON L5H 2B4CANADA    **\*VIA Deutsche Post\***

10925   ONEILL, JAMES, 327 16TH, HEREFORD, TX 79045

10925   ONEILL, JAMES, 6007 NW 67TH AVE, TAMARAC, FL 33321

10925   ONEILL, JEAN, 13 MARSHBROOK RD, BILLERICA, MA 01821

10925   ONEILL, JOAN, 2198 VALENTINE AVE, BRONX, NY 10457

10925   ONEILL, JOHN, 2933 VILLAGE SPRING LN, VIENNA, VA 22180

10925   ONEILL, JULIA, 446 EAST 20TH ST, NEW YORK, NY 10008

10925   ONEILL, LAURA, 2420 W DALE, COLORADO SPRINGS, CO 80904

10925   ONEILL, LORI, 32 LINDEN ST, 2, SALEM, MA 01976

10925   ONEILL, MARIA, FLUSHING, NY 11355

10925   ONEILL, MICHAEL, 19 GUNN RD EXT, SOUTHAMPTON, MA 01073

10925   ONEILL, MICHAEL, 4100 NORTH OCEAN BLVD #1502, SINGER ISLAND, FL 33404

10925   ONEILL, MICHAEL, 57 HOLT ST, DUMONT, NJ 07628

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ONEILL, NATHALIE, 1614 MORRIS AVE., SWEETWATER, TX 79556-2646 | |
| 10925 | ONEILL, ROSEMARY, 24 FRANCIS ST, EVERETT, MA 02149 | |
| 10925 | ONEILL, TIMOTHY, 2208 HALL CT, REDONDO BEACH, CA 90278 | |
| 10925 | ONEILL, TINA, 7958 LIMEWOOD COURT, PLEASANTON, CA 94588 | |
| 10925 | ONEILL, WARREN, RT 1 BOX 279-A, LIBERTY, TX 77575 | |
| 10924 | ONEONTA BLOCK CO, BOX 448-BE ROUTE 23, ONEONTA, NY 13820 | |
| 10924 | ONEONTA BLOCK CO, RD #2 BOX 2066, ONEONTA, NY 13820 | |
| 10924 | ONEONTA BLOCK CO, RT. 23 SOUTHSIDE, ONEONTA, NY 13820 | |
| 10925 | ONESOURCE DISTRIBUTION INC, POBOX 910309, SAN DIEGO, CA 92191 | |
| 10925 | ONESOURCE FACILITY SERVICES,INC, PO BOX 198352, ATLANTA, GA 30384-8352 | |
| 10925 | ONESOURCE LANDSCAPE & GOLF SERVICE, DRAWER CS198352, ATLANTA, GA 30384-8382 | |
| 10925 | ONESOURCE, 330 S WELLS ST STE 1214, CHICAGO, IL 60606-7104 | |
| 10925 | ONEY, IRMA J, C/O IRMA J ASHLEY, 1605 B PACIFIC RUN CT, PMB 71 BOX 262, SAN DIEGO, CA 92143 | |
| 10925 | ONEY, MICHAEL, 1317 PAIGE, HOBBS, NM 88240 | |
| 10925 | ONG, TIMOTEO, 14 DARTMOUTH ROAD, W ORANGE, NJ 07052 | |
| 10925 | ONIAS D. DICKSON, PO BOX 90857, WASHINGTON, DC 20090-0857 | |
| 10924 | ONIX PROCESS ANALYSIS INC., 1201 NORTH VELASCO, ANGLETON, TX 77515 | |
| 10925 | ONLINE CONNECTING POINT, 8 AUTRY, IRVINE, CA 92618-2708 | |
| 10925 | ONLINE CONNECTING POINT, PO BOX 14367, IRVINE, CA 92623-4367 | |
| 10925 | ONLINE TECHNOLOGIES, 87 CHURCH ST., EAST HARTFORD, CT 06108 | |
| 10925 | ONLY, DAPHINE, 2330 MILLBANK DR, ORLANDO, FL 32837 | |
| 10925 | ONO, DR. R. DANA, 18 SPRING ROAD, CONCORD, MA 01742 | |
| 10924 | ONONDAGA CONSTRUCTION SYS, PO BOX 2700, LIVERPOOL, NY 13089 | |
| 10924 | ONONDAGA CONSTRUCTION WAREHOUSE, 4483 BUCKLEY RD., LIVERPOOL, NY 13089 | |
| 10924 | ONONDAGA CONSTRUCTION, 4483 BUCKLEY ROAD WEST, LIVERPOOL, NY 13089 | |
| 10924 | ONONDAGA CONSTRUCTION, 4483, LIVERPOOL, NY 13089 | |
| 10924 | ONONDAGA COUNTY MULTI USE STADIUM, SECOND NORTH STREET, SYRACUSE, NY 13200 | |
| 10924 | ONONDAGA COUNTY OFFICE BUILDING, 600 SOUTH STATE STREET, SYRACUSE, NY 13202 | |
| 10925 | ONOPA, RICHARD, 20272 169TH CIRCLE, BIG LAKE, MN 55309 | |
| 10925 | ONORATO, ARMAND, 399 REEDY CREEK DRIVE, ROEBUCK, SC 29376 | |
| 10925 | ONORATO, S, 39 TREBLE COVE RD, BILLERICA, MA 01821 | |
| 10925 | ONSET COMPUTER CORP., 470 MACARTHUR BLVD., BOURNE, MA 02532 | |
| 10925 | ONSET COMPUTER CORP., PO BOX 3450, POCASSET, MA 02559-3450 | |
| 10925 | ONSITE COMMERCIAL STAFFING, PO BOX 198531, ATLANTA, GA 30384-8531 | |
| 10924 | ON-SITE COMPANIES, 3157 EAST 84TH PLACE, MERRILLVILLE, IN 46410 | |
| 10925 | ON-SITE COMPANIES, INC - INTL, 11760 JUSTEN CIRCLE, MAPLE GROVE, MN 55369-9282 | |
| 10924 | ON-SITE CONCRETE, INC., 75 BODWELL ST., AVON, MA 02322 | |
| 10924 | ON-SITE CONCRETE, INC., 75 BODWELL STREET, BOX 42, AVON, MA 02322 | |
| 10925 | ON-SITE FLEET SERVICE INC, 25 BOROUGH ST, RUTHERFORD, NJ 07070 | |
| 10925 | ONSITE FLEET SERVICE INC, 36 EDGEBORO RD, EAST BRUNSWICK, NJ 08816 | |
| 10925 | ON-SITE PRODUCTIONS, INC, 3000 M ST , NW SUITE 215, WASHINGTON, DC 20007 | |
| 10924 | ONSLOW MEMORIAL HOSPITAL, 317 WESTERN BLVD., JACKSONVILLE, NC 28541 | |
| 10925 | ONSTOTT, KENNETH, 921 FLINT RD, COLDWATER, MI 49036 | |
| 10925 | ONTARIO AIRPORT MARRIOTT, 2200 EAST HOLT BLVD., ONTARIO, CA 91761 | |
| 10924 | ONTARIO FOODS INC., 4001 SALT WORKS ROAD, MEDINA, NY 14103 | |
| 10924 | ONTARIO SPECIALTY COAT., 16830 COUNTY ROUTE 155, WATERTOWN, NY 13601 | |
| 10924 | ONTARIO SPECIALTY COATINGS, 16830 COUNTY ROUTE 155, WATERTOWN, NY 13601 | |
| 10924 | ONTARIO SPECIALTY COATINGS, 225 W. LAKE STREET, RAVENNA, OH 44266 | |
| 10925 | ONTIVEROS, ARMANDO, 3875 CHERIE GLEN RD, SNELLVILLE, GA 30278 | |
| 10925 | ONTIVEROS, J, 1927 S. BONSALLO, #3, LOS ANGELES, CA 90007 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ONTIVEROS, JAVIER, 7873 MONTECITO, EL PASO, TX 79915

10925   ONUFERKO, JULIA, 8911 ALTON PKWY, SILVER SPRING, MD 20910

10925   ONYEKWERE, BIBLANA, 2419 LYTTONSVILLE RD, SILVER SPRING, MD 20910

10925   ONYEWU, ULUMMA, 2107 GLENALLEN AVE T-2, SILVER SPRING, MD 20906

10924   ONYX ENVIRONMENTAL SERVICES, 5202 OCEANS DRIVE, HUNTINGTON BEACH, CA 92649

10924   ONYX ENVIRONMENTAL SERVICES, 5202 OCEANUS DR., HUNTINGTON BEACH, CA 92649

10925   ONYX ENVIRONMENTAL SERVICES, DEPT 73709, CHICAGO, IL 60673-7709

10924   ONYX ENVIRONMENTAL SERVICES/AETS, 12480 B DEBARTOLO DRIVE, NORTH JACKSON, OH 44451

10924   ONYX ENVIRONMENTAL, 107 S. MOTOR AVE., AZUSA, CA 91702

10924   ONYX ENVIRONMENTAL/AETS, 4644 LOUISVILLE AVE., LOUISVILLE, KY 40209

10925   ONYX INDUSTRIAL SERVICES INC, POBOX 70610, CHICAGO, IL 60673-0610

10925   ONYX INDUSTRIAL SERVICES, 510 N. HAZEL ST., SULPHUR, LA 70663

10925   ONYX INDUSTRIAL SVCS, INC, PO BOX 70610, CHICAGO, IL 60673-0610

10925   ONYX INVESTMENT CLUB OF SAN, ANTONI A PARTNERSHIP, C/O ROWENA JOHNSON, 646 HOLMGREEN RD, SAN ANTONIO, TX 78220-3414

10925   ONYX VALVE CO, 835 INDUSTRIAL HWY UNIT-4, CINNAMINSON, NJ 08077

10925   OODY, CHARLIE, 1626 LAKEWOOD DR, HIGH POINT, NC 27262

10925   OOMMEN, MARIAMMA, 5424 HOWLAND ST, PHILADELPHIA, PA 19124

10925   OOMMEN, MARYKUTTY, 5423 BINGHAM ST, PHILADELPHIA, PA 19120

10925   OP TECH, PO BOX 331, BINGHAMTON, NY 13902

10925   OPAL S WADE, 985 MARIA ST, MEMPHIS, TN 38122-5023

10925   OPAROWSKI, MATTHEW, 139 WILLOW COVE, CHESHIRE, MA 01225-9709

10925   OPC COMPUTER SERVICES, PO BOX 161, WOODSTOWN, NJ 08098

10924   OPEALOUSAS GENERAL HOSPITAL, 520 PRUDE HOMME LANE, OPELOUSAS, LA 70570

10924   OPELOUSAS GENERAL HOSPITAL, NATCHES BLVD. & TUNICA DRIVE, OPELOUSAS, LA 70570

10925   OPEN ARCHIVE SYSTEMS, INC, 25 INDIAN ROCK RD., SUITE 24, WINDHAM, NH 03087

10925   OPEN MARKET, 28 WALDEN ST, CONCORD, MA 01742

10925   OPEN SYSTEM TECHNOLOGIES, PO BOX 29156, PHOENIX, AZ 85038-9156

10925   OPEN SYSTEMS TRAINING, PO BOX 651388, CHARLOTTE, NC 28265-1388

10925   OPERATING INDUSTRIES, INC, SUPERFUND SITE, MONTEREY, CA

10925   OPERATING TAX SPECIALIST, INC, 65 ROSWELL ST., BLDG 400, ALPHARETTA, GA 30201-1931

10925   OPERATION TECHNOLOGY INC., 23692 BIRTCHER DR., LAKE FOREST, CA 92630

10924   OPERATIONS BLDG. AT VISTANA, 12418 VISTANA PALM BEACH DRIVE, ORLANDO, FL 32821

10924   OPERATIONS CONTROL CENTER COMPLEX, MA HIGHWAY, BOSTON, MA 02201

10924   OPERATONS CENTER, NORFOLK, VA 23500

10925   OPHELIA, TINA, 2853 WILSON SCHOOL COURT, SINKNG SPRING, PA 19608

10925   OPIC, TIMOTHY, 3729 B N OCONNOR, IRVING, TX 75062

10925   OPIE, BRENDAN, 67 HIGGINSVILLE RD, NESHANIC STATION, NJ 08853

10924   OPP POLIETILENOS S/A, KM 419 CANOS, 95853-000 TRINFO - RS - BRAZIL, VIA DE CONTORNO, 999999999BRAZIL    *VIA Deutsche Post*

10925   OPPENHEIMER WOLFF & DONNELLY LLP, 45 S 7TH ST # 3300, MINNEAPOLIS, MN 55402-1609

10925   OPPENHEIMER WOLFF & DONNELLY LLP, PLAZA VII 45 S 7TH ST #3400, MINNEAPOLIS, MN 55402-7100

10925   OPPENHEIMER, PAUL, RT 3 BOX 1067, CARENCRO, LA 70520

10924   OPPORTUNITY CONCRETE, 1 POTOMAC AVE. S.E., WASHINGTON, DC 20003

10924   OPPORTUNITY CONCRETE, 4600 FORBES BLVD. SUITE 105, LANHAM, MD 20706

10924   OPRY HILLS MALL/REGAL CINEMAS, 2828  OPRYLAND DRIVE, NASHVILLE, TN 37214

10924   OPRYLAND CONVENTION CENTER, NASHVILLE, TN 37214

10924   OPRYLAND MAINTENANCE BUILDING, 2800 OPRYLAND DRIVE, NASHVILLE, TN 37214

10924   OPRYLAND MAINTENANCE BUILDING, FOR: HICO CONCRETE COMPANY, NASHVILLE, TN 37214

10925   OPSAHL, JOHN, 2389 JUBILEE DR, GREEN BAY, WI 54311

10925   OP-TECH ENVIRONMENTAL SERVICES INC, 6392 DEERE RD, SYRACUSE, NY 13206

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OP-TECH, PO BOX 331, BINGHAMPTON, NY 13902

10924   OPTEK TECHNOLOGY INC, 1215 WEST CROSBY ROAD, CARROLLTON, TX 75006

10924   OPTEK TECHNOLOGY INC, 9300 BILLY THE KID DR, EL PASO, TX 79907

10925   OPTI LITE, 5552 W. ADAMS BLVD, LOS ANGELES, CA 90016

10925   OPTICAL IMAGING SYSTEMS, 47050 FIVE MILE RD, NORTHVILLE, MI 48167

10925   OPTICAL MEDIA INTERNATIONAL, PO BOX 52492, PHOENIX, AZ 85072

10924   OPTICAL RADIATION CORPORATION, 1300 OPTICAL DRIVE, AZUSA, CA 91702

10924   OPTICAL TECHNOLOGIES CORPORATION, 47-00 33RD ST., LONG ISLAND CITY, NY 11101

10925   OPTIMA ENCLOSURES, 2166 MOUNTAIN INDUSTRIAL BLVD, TUCKER, GA 30084

10924   OPTIMAL TECHNOLOGIES, 575 WILLIAM PITT WAY, PITTSBURGH, PA 15238

10925   OPTIMATION TECHNOLOGY INC, 50 HIGH TECH DR, RUSH, NY 14543

10925   OPTIMIZE TECHNOLOGIES INC, PO BOX 09, OREGON CITY, OR 97045

10924   OPTIMOX CORPORATION, 656 HITECH PARKWAY #E, OAKDALE, CA 95361

10924   OPTIMOX CORPORATION, ATTN: ACCOUNTS PAYABLE, 2720 MONTEREY STREET, TORRANCE, CA 90503

10924   OPTIMOX CORPORATION, PO BOX 3378, TORRANCE, CA 90510-3378

10924   OPTIMUM NUTRITION, 12424 NORTH WEST 39TH STREET, POMPANO BEACH, FL 33065

10924   OPTIMUM NUTRITION, 600 N. COMMERCE STREET, AURORA, IL 60504

10925   OPTIMUM POWER AND ENVIRONMENT OF, 434 SW 12TH AVE, DEERFIELD BEACH, FL 33442

10925   OPTIONS TECHNOLOGIES INC, 389 WEST SECOND SUITE B, OGDEN, UT 84404

10925   OPTIONS TECHNOLOGIES, INC, 545 WEST 500 SOUTH, BOUNTIFUL, UT 84010

10924   OPTIVA CORPORATION, 13221 SOUTH EAST 26TH STREET, BELLEVUE, WA 98005

10924   OPTIVA CORPORATION, PO BOX 5000, BELLEVUE, WA 98005

10925   OPTO DIODE CORP, 750 MITCHELL ROAD, NEWBURY PARK, CA 91320

10924   OPUS CORPORATE CENTER, CUSTOMER PICK UP, MINNETONKA, MN 55343

10925   OPUSZKO, SLAWOMIR, 4950 DORSEY HALL DR #5, ELLICOTT CITY, MD 21042

10925   OQUENDO, ADA, BOX 9193, CAGUAS, PR 00726

10925   OQUENDO, REMEDIOS, 21-31 29 AVE #1, ASTORIA, NY 11102

10925   OQUINN, JAMES, PO BOX 713, PARIS, AR 72855

10925   OQUINN, NANCY, 1415 BALL ST, GALVESTON, TX 77550

10925   OQUINN, PATSY, 17 N DARYL COURT, WAGGAMAN, LA 70094

10925   OQUINN, WILLIAM, POB 633, PITTSBURG, TX 75686

10924   ORACLE BUILDING, NASHUA, NH 03060

10925   ORACLE CORP., PO BOX 71028, CHICAGO, IL 60694-1028

10925   ORACLE CORPORATION, 500 ORACLE PLWY, REDWOOD CITY, CA 94065-1675

10924   ORACLE CORPORATION, PO BOX 71028, CHICAGO, IL 60694-1028

10925   ORACLE SUPPORT SALES & MARKETING, 500 ORACLE PKWY, REDWOOD CITY, CA 94065

10924   ORACLE, 50 BLANCHARD ROAD, BURLINGTON, MA 01803

10924   ORAL B, 600 CLIPPER DR., BELMONT, CA 94002

10925   ORAL DIXON & CHARLOTTE RAINEY, DIXON TR UA AUG 19 92, ORAL DIXON REVOCABLE TRUST, 522 N BEAVER, GUYMON, OK 73942-4107

10925   ORAM MATERIAL HANDLING, 1034 S. 8TH ST., KANSAS CITY, KS 66119-0337

10924   ORAMA CONSTRUCTION-USE #500253, HC BOX 6262, JAYUYA, PR 664PUERTO RICO                **\*VIA Deutsche Post\***

10925   ORAMA, ORLANDO, 2018 ANACUA CIRCLE, EDINBURG, TX 78539

10925   ORANDAY, JOSEFINA, RT.2 BOX 49287, ALAMO, TX 78516

10924   ORANGE COAST COLLEGE, C/O WESTSIDE BUILDING MATERIALS, ORANGE, CA 92667

10924   ORANGE COAST ELECTRIC SUPPLY C, 1021 DURYEA AVE., IRVINE, CA 92614

10924   ORANGE COAST ELECTRIC SUPPLY C, PO BOX 16367, IRVINE, CA 92623

10925   ORANGE COUNTY BOARD OF, POBOX 38, ORLANDO, FL 32802-0038

10924   ORANGE COUNTY CHEMICAL SY., 7294 MELROSE ST, BUENA PARK, CA 90621

10924   ORANGE COUNTY CHEMICAL, 1230 E. ST GERTRUDE PL., SANTA ANA, CA 92707

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | ORANGE COUNTY CHEMICAL, CAMBRIDGE, MA 02140 | |
| 10924 | ORANGE COUNTY COURT FACILITY, GOVERNMENT CENTER, GOSHEN, NY 10924 | |
| 10925 | ORANGE COUNTY CSI, 23 MEADOW ST, IRVINE, CA 92612 | |
| 10925 | ORANGE COUNTY FIRE PROTECTION, 11541 SALINAZ DR, GARDEN GROVE, CA 92843 | |
| 10925 | ORANGE COUNTY HEALTH DEPT, 832 W CENTRAL BLVD, ORLANDO, FL 32805 | |
| 10925 | ORANGE COUNTY HEALTH DEPT, 832 WEST CENTRAL BLVD, ORLANDO, FL 32805 | |
| 10924 | ORANGE COUNTY JAIL, 109 - 6 1/2 STATION ROAD, GOSHEN, NY 10924 | |
| 10925 | ORANGE COUNTY PLASTERING CO, INC, 13729 ROSECRANE AVE., SANTA FE SPRINGS, CA 90670 | |
| 10925 | ORANGE COUNTY REGISTER, THE, POBOX 11867, SANTA ANA, CA 92711-1867 | |
| 10925 | ORANGE COUNTY TAX COLLECTOR, PO BOX 1980, SANTA ANA, CA 92702 | |
| 10925 | ORANGE COUNTY TAX COLLECTOR, PO BOX 2551, ORLANDO, FL 32802 | |
| 10924 | ORANGE COUNTY TRANSPORTATION AUTHOR, 14736 SAN CANYON ROAD, IRVINE, CA 92618 | |
| 10925 | ORANGE COUNTY WHOLESALE ELECTRIC, PO BOX 1647, ORANGE, CA 92868 | |
| 10925 | ORANGE COUNTY WHOLESALE, PO BOX 1647, ORANGE, CA 92868 | |
| 10925 | ORANGE COURIER, 3731 WEST WARNER AVE, SANTA ANA, CA 92704 | |
| 10924 | ORANGE CRUSH RECYCLE, TIGER CONCRETE, ELMHURST, IL 60126 | |
| 10925 | ORANGE FLORIST, 469 S GLASSELL, ORANGE, CA 92866 | |
| 10925 | ORANGE GROVE CENTER, PO BOX 3249, CHATTANOOGA, TN 37404-0249 | |
| 10925 | ORANGE RECYCLING SERVICES, 1010 EAST PETTIFREW ST, DURHAM, NC 27701 | |
| 10925 | ORANGE RECYCLING SERVICES, 1109 EAST PEABODY ST, DURHAM, NC 27701 | |
| 10925 | ORANGE RESEARCH INC, ATTN ACCOUNTS RECEIVABLE, MILFORD, CT 06460 | |
| 10924 | ORANGEBURG READY MIX, ATTN:  ACCOUNTS PAYABLE, ORANGEBURG, SC 29115 | |
| 10924 | ORANGEBURG READY MIX, HWY 33, ORANGEBURG, SC 29115 | |
| 10924 | ORANGEBURG READY MIX, HWY 78 WEST, BAMBERG, SC 29003 | |
| 10924 | ORANGEBURG REDI-MIX INC, ATTN:  ACCOUNTS PAYABLE, ORANGEBURG, SC 29115 | |
| 10925 | ORANTES, EDGAR, 64 DIALITA DRIVE, AVONDALE, LA 70094 | |
| 10925 | ORANTES, MARIA, 412 56TH ST, WEST NEW YORK, NJ 07093 | |
| 10925 | ORATON RUBBER STAMP CO, POBOX 56560, HARWOOD HEIGHTS, IL 60656 | |
| 10925 | ORAU, PO BOX 117 MAIL STOP #11, OAK RIDGE, TN 37831 | |
| 10925 | ORAVEC, PATRICIA, 1046 NATCHEZ PT, 290, MEMPHIS, TN 38103 | |
| 10925 | ORAZINE, EDWARD, 7 CHETWYND ROAD, CAMBRIDGE, MA 02140 | |
| 10924 | ORB INDUSTRIES, INC., #2 RACE STREET, BROOKHAVEN, PA 19015 | |
| 10924 | ORB INDUSTRIES, INC., #2 RACE STREET, PO BOX 1067, BROOKHAVEN, PA 19015 | |
| 10925 | ORBAN, MARGARET, 3495 SADDLEBORO DR, UNIONTOWN, OH 44685 | |
| 10925 | ORBISPHERE LABORATORIES, 3 WEST MAIN ST, BUFORD, GA 30518 | |
| 10925 | ORBIT PROPERTY CORPORATION, 1475 POWELL ST, EMERYVILLE, CA 94608 | |
| 10924 | ORBIT TESTING, 7335 E. MADISON STREET, PARAMOUNT, CA 90723 | |
| 10924 | ORBITAL SCIENCE, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | ORBITAL SCIENCES, 20301 CENTURY BLVD., GERMANTOWN, MD 20874 | |
| 10924 | ORBITAL SCIENCES, 5011 HERZEL PL., BELTSVILLE, MD 20705 | |
| 10925 | ORBOS CABUSORA TAGUIAM & STA, PENTHOUSE QUADSTAR BLDG, ORTIGAS AVE GREENHILLS, SAN JUAN METRO MANILA, 01502PHILIPPINES | *VIA Deutsche Post* |
| 10925 | ORBOS, CABUSORA, TAGUIAM & STA ANA, ROOM 310 QUADSTAR BLDG, ORTIGAS AVE, GREENHILLS SAN JUAN METRO, 09999 | |
| 10924 | ORC CARIBE, PO BOX 1358, CIDRA, IT 639UNK | *VIA Deutsche Post* |
| 10924 | ORCA PRODUCTS, 199 WHITING STREET, NEW BRITAIN, CT 06050 | |
| 10924 | ORCALITE, 16016 MONTOYA STREET, AZUSA, CA 91702 | |
| 10925 | ORCHANIAN, RAFFY, 109 MYRTLE ST WALTHAM MA, WALTHAM, MA 02154 | |
| 10924 | ORCHARD CHURCH, PITTSBURGH, PA 15123 | |
| 10924 | ORCHARD DECORATIVE PRODUCTS, ROUTE 2, BLYTHEWOOD, SC 29016 | |
| 10925 | ORCHARD PARK CORP, 3113 PINE ORCHARD LANE, ELLICOTT CITY, MD 21042 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    ORCHARD SUPPLY HARDWARE STORES CORP, GEN COUNSEL, 1555 S SEVENTH ST, SAN JOSE, CA 95112

10925    ORCHARD SUPPLY HARDWARE, PO BOX 49016, SAN JOSE, CA 95161-9016

10925    ORCHARD, CATHLEEN, 86 KENVIL AVE, KENVIL, NJ 07847

10924    ORCHESTRA HALL C/O ECMI, ON ADAMS ST, 1/2 BLOCK OF WABASH, WEST CHICAGO, IL 60185

10924    ORCHESTRA HALL, C/O WILKIN, WEST CHICAGO, IL 60185

10924    ORCHESTRA PLACE C/O PONTIAC C&P, 25 PARSONS ROAD, DETROIT, MI 48201

10925    ORCHIDIA, 1525 BROOK DR, DOWNERS GROVE, IL 60515

10925    ORCHOLSKI, SALLY, 4485 THIRD ST, WINDSOR, WI 53598

10924    ORCO BLOCK CO INC, 26380 PALOMAR RD, RIVERSIDE, CA 92509

10924    ORCO BLOCK CO INC, 26380 PALOMAR RD, ROMOLAND, CA 92380

10924    ORCO BLOCK CO INC, 4510 RUTILE ST., RIVERSIDE, CA 92509

10924    ORCO BLOCK CO INC, 4510 RUTILE STREET, RIVERSIDE, CA 92509

10924    ORCO BLOCK CO. INC., 26380 PALOMAR RD., ROMOLAND, CA 92585

10924    ORCO BLOCK, 3501 OCEANSIDE BLVD, OCEANSIDE, CA 92054

10924    ORCO BLOCK, 4510 RUTILE, RIVERSIDE, CA 92509

10924    ORCO BLOCK, 600 N. HATHAWAY, BANNING, CA 92220

10924    ORCO BLOCK, 600 NO. HATHAWAY, BANNING, CA 92220

10925    ORCO BLOCK, 8042 KATELLA AVE, STANTON, CA 90680

10924    ORCO BLOCK, 8042 KATELLA AVENUE, STANTON, CA 90680

10924    ORCO CONSTRUCTION SUPPLY, 1352 B BURTON AVENUE, SALINAS, CA 93901

10924    ORCO CONSTRUCTION SUPPLY, 14241 N.E. 200TH., BLDG. A, WOODINVILLE, WA 98072

10924    ORCO CONSTRUCTION SUPPLY, 1460 MABURY RD., SAN JOSE, CA 95133

10924    ORCO CONSTRUCTION SUPPLY, 1841 SOUTH HORNE, MESA, AZ 85204

10925    ORCO CONSTRUCTION SUPPLY, 2001 EASTMAN AVE, OXNARD, CA 93030

10924    ORCO CONSTRUCTION SUPPLY, 2100 SOUTH RITCHEY ST., SANTA ANA, CA 92705

10924    ORCO CONSTRUCTION SUPPLY, 2313 MENDENHALL, SUITE A, NORTH LAS VEGAS, NV 89031

10924    ORCO CONSTRUCTION SUPPLY, 2650 S LA CADENA DR., COLTON, CA 92324

10924    ORCO CONSTRUCTION SUPPLY, 3068 N. SUNNYSIDE AVE., #110, FRESNO, CA 93727

10924    ORCO CONSTRUCTION SUPPLY, 3267 DUTTON AVE, SANTA ROSA, CA 95407

10924    ORCO CONSTRUCTION SUPPLY, 3650 WEST RENO, LAS VEGAS, NV 89118

10925    ORCO CONSTRUCTION SUPPLY, 3803 W THOMAS ROAD, PHOENIX, AZ 85019

10924    ORCO CONSTRUCTION SUPPLY, 3803 WEST THOMAS RD., PHOENIX, AZ 85019

10924    ORCO CONSTRUCTION SUPPLY, 4212 BANGS AVE., MODESTO, CA 95356

10924    ORCO CONSTRUCTION SUPPLY, 4686 MERCURY ST., SAN DIEGO, CA 92111

10924    ORCO CONSTRUCTION SUPPLY, 4750 N. LACHOLLA BLVD., TUCSON, AZ 85705

10924    ORCO CONSTRUCTION SUPPLY, 477 N. CANYONS PKWY, LIVERMORE, CA 94550

10924    ORCO CONSTRUCTION SUPPLY, 6125 PASEO DEL NORTH, CARLSBAD, CA 92009

10924    ORCO CONSTRUCTION SUPPLY, 701-D SIXTEENTH ST., SAN FRANCISCO, CA 94107

10925    ORCO CONSTRUCTION SUPPLY, 7901-14TH AVE, SACRAMENTO, CA 95826

10924    ORCO CONSTRUCTION SUPPLY, 7946 EAST MCCLAIN DR., SCOTTSDALE, AZ 85260

10924    ORCO CONSTRUCTION SUPPLY, 8847 LANKERSHIM BLVD., SUN VALLEY, CA 91352

10924    ORCO CONSTRUCTION SUPPLY, P.O. BOX 5058, LIVERMORE, CA 94551-5058

10924    ORCO-FRESNO-BRANCH 40, 313 W. FALLBROOK AVENUE, FRESNO, CA 93711

10924    ORCO-REGION 11 WAREHOUSE, 1375 RUTAN COURT, LIVERMORE, CA 94550

10924    ORCO-SACRAMENTO BRANCH 20, 7901 14TH. AVENUE, SACRAMENTO, CA 95826

10924    ORCO-SANTA ROSA-BRANCH 52, 3267 DUTTON AVENUE, SANTA ROSA, CA 95407

10924    ORCO-SPARKS, 380 S ROCK BLVD, SPARKS, NV 89431

10924    ORCO-USE555898, 7901 14TH AVE., SACRAMENTO, CA 95826

10925    ORDAK, FRANCIS, 808 220TH ST, PASADENA, MD 21122

10925    ORDANES, EDNA MERHAN, 1602 RUSHWORTH DR, HOUSTON, TX 77014

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ORDAY, MARK, 911 CAPITAL AVE, ATLANTA, GA 30315 | |
| 10924 | ORDEG CO. LTD., 14TH FLOOR. ORIENTAL CHEMICAL BULDI, SEOUL, 100-718KOR | *VIA Deutsche Post* |
| 10924 | ORDEG CO. LTD., 50 SOKONG-DONG, CHUNG-KU, SEOUL, 99999KOR | *VIA Deutsche Post* |
| 10925 | ORDONEZ, CAYETANO, 5428 DENNIS, FT WORTH, TX 76114 | |
| 10925 | ORDWAY BUILDING SUPPLY, INC, 218 MAIN ST, ORDWAY, CO 81063 | |
| 10924 | ORDWAY PLAZA, C/O CEN CAL WALLBOARD, OAKLAND, CA 94617 | |
| 10925 | ORDWAY, GRANT, 4647 KIRKLAND AVE, SPRING HILL, FL 34606 | |
| 10925 | ORDWAY, LAWRENCE, 3 SEQUOIA LANE, PLAISTOW, NH 03865 | |
| 10925 | ORE, JESSICA, 11858 W HAWTHORNE, HAWTHORNE, CA 90250 | |
| 10925 | ORE, JUAN, 4812 WEST 134TH ST, HAWTHORNE, CA 90250 | |
| 10925 | OREAR, ANGELIA, 114 PENARTH ROAD, SPARTANBURG, SC 29301 | |
| 10925 | OREAR, MORRIS, 114 PENARTH RD, SPARTANBURG, SC 29301-2941 | |
| 10925 | OREAR, SANDRA, 1802 POST OAK DR, ROWLETT, TX 75088 | |
| 10925 | ORECCHIO, ROSA, 3209 WATERBURY AVE, BRONX, NY 10465 | |
| 10925 | OREGAN, KAREN, 9733 BEAVER HOLLOW COURT, CHARLOTTE, NC 28269 | |
| 10925 | OREGON ATTY GENERAL, ATTN: HARDY MYERS, JUSTICE BLDG, 1162 COURT ST NE, SALEM, OR 97310 | |
| 10925 | OREGON CONCRETE & AGGREGATE, 737 13TH ST. SE, SALEM, OR 97301 | |
| 10925 | OREGON DEPT OF ENV QUALITY, LANGDON MARSH DIR, 811 SW 6TH AVE, PORTLAND, OR 97204 | |
| 10925 | OREGON DEPT OF ENVIR QUALITY, 811 SW SIXTH AVE, OKLAHOMA CITY, OK 73118 | |
| 10925 | OREGON DEPT OF ENVIR QUALITY, 811 SW SIXTH AVE, PORTLAND, OR 97204 | |
| 10925 | OREGON DEPT OF ENVIR QUALITY, ATTN: KEVIN MCCRANN, 2020 SW 4TH AVE #400, PORTLAND, OR 97201 | |
| 10925 | OREGON DEPT OF REVENUE, POBOX 14725, SALEM, OR 97309-5018 | |
| 10925 | OREGON GRADUATE INSTITUTE, 20000 NW WALKER ROAD, BEVERTON, OR 97006 | |
| 10924 | OREGON INSUL/INSULATION SUPPLY, 1145 FISHER AVE., MEDFORD, OR 97504 | |
| 10924 | OREGON INSUL/PINE MT. ACOUSTICS, 61542 AMERICAN LOOP, BEND, OR 97702 | |
| 10924 | OREGON INSULATION SUPPLY, PO BOX920, VANCOUVER, WA 98666-0920 | |
| 10924 | OREGON READY MIX, 80025 HORN LANE, COTTAGE GROVE, OR 97424 | |
| 10924 | OREGON READY-MIX, 80025 HORN LANE, COTTAGE GROVE, OR 97424 | |
| 10924 | OREGON STATE UNIV., WINEGAR HALL, CORVALLIS, OR 97330 | |
| 10924 | OREGONIAN BLDG., WESTERN PARTITIANS, PORTLAND, OR 97227 | |
| 10924 | O'REILLY THEATER, 615 PENN AVENUE, PITTSBURGH, PA 15219 | |
| 10925 | OREILLY, CHARLOTTE, 25 ECHO AVE, MT. SINAI, NY 11766 | |
| 10925 | OREILLY, JOHN, 72 WARNOKE ROAD, WILTON, CT 06897 | |
| 10925 | OREILLY, KEVIN, 5272 POST ROAD, BRONX, NY 10471 | |
| 10925 | OREILLY, PATRICK, 19 FAIRMEAD RD, DARIEN, CT 06820 | |
| 10925 | ORELICK, EVELYN, 2550 INDEPENDENCE AVE, BRONX, NY 10463 | |
| 10925 | ORELL, DENNIS, 973 ST ANDREWS CIRCLE, GENEVA, IL 60134 | |
| 10925 | ORELL, MONICA, 868 DEPOT RD, BOXBOROUGH, MA 01719 | |
| 10925 | ORELLANA, JOSE, 3055 16TH ST NW, WASHINGTON, DC 20009 | |
| 10925 | OREM, ROWLAND, 8605 STONE CREEK CT, DOUGLASVILLE, GA 30135 | |
| 10925 | OREMUS, JACK, 4 NORTH 301 LAKE ELEANOR RD, WAYNE, IL 60185 | |
| 10924 | OREN FAB & SUPPLY CO, 7275 BRIDGEWATER RD, HUBER HEIGHTS, OH 45424 | |
| 10924 | OREN FAB & SUPPLY CO., 7275 BRIDGEWATER ROAD, HUBER HEIGHTS, OH 45424 | |
| 10924 | OREN FAB & SUPPLY CO., CAMBRIDGE, MA 02140 | |
| 10925 | OREN L BRADY III COUNTY TREASURER, POBOX 5807, SPARTANBURG, SC 29304 | |
| 10925 | OREN L BRADY III, COUNTY TREASURER, PO BOX 5807, SPARTANBURG, SC 29304 | |
| 10925 | ORENDORF, PAULA, 64 MENLO AVE, LYNN, MA 01905 | |
| 10925 | ORESTE ALLARIO & GLADYS M ALLARIO, TR UA NOV 13 74, 102 CUMULUS AVE, SUNNYVALE, CA 94087-1447 | |
| 10925 | ORF, BRUCE, 3125 NE DELP RD., CLAREMORE, OK 74017 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ORFF, L, 16 MERLOT COURT, MARLTON, NJ 08053

10924   ORGAIN READY MIX CONC CO, 240 KRAFT ST, CLARKSVILLE, TN 37040

10924   ORGAIN READY MIX CONC CO, P O BOX 561, CLARKSVILLE, TN 37041

10924   ORGAIN READY MIX CONC CO., P.O. BOX 561, CLARKSVILLE, TN 37041

10925   ORGANEK, MILDRED, 10 CLEVELAND ST, SOMERVILLE, NJ 08876

10925   ORGANIC CHEMICAL DIVISION, 739 BATTLEGROUND ROAD, DEER PARK, TX 77536

10925   ORGANIC CHEMICAL DIVISION, SPIT BROOK ROAD, NASHUA, NH 03061

10925   ORGANIC CHEMICALS, POISSON AVE, NASHUA, NH

10925   ORGANIC REACTIONS CATALYST SOC., PO BOX 156, FAIRPORT, NY 14450

10924   ORGANIC TECHNOLOGY, 4654 KENNY ROAD, COLUMBUS, OH 43220

10924   ORGANIC TECHNOLOGY, PO BOX 670, COSHOCTON, OH 43812

10925   ORGANIZATION FOR ECONOMIC, 2001 L ST , NW ST700, WASHINGTON, DC 20036-4910

10925   ORGANIZATION FOR ECONOMIC, 2001 L ST NW SUITE 650, WASHINGTON, DC 20036-4910

10925   ORGANIZATION RESOURCES, 1211 AVE OF AMERICAS, NEW YORK, NY 10036-8701

10925   ORGANIZATION RESOURCES, 12400 WILSHIRE BLVD., STE 600, LOS ANGELES, CA 90025

10925   ORGELL, CARL, 3740 ASCOT BEND CT, BONITA SPRINGS, FL 34134

10925   ORGERON, ANGELA, 2265 SUGARLOAF DR, HARVEY, LA 70058

10925   ORGERON, DANNY, 211 GEMINI ST, LOCKPORT, LA 70374

10925   ORGERON, HARRY, 1021 VETERANS ST., LOCKPORT, LA 70374-2361

10925   ORGERON, JR, DONALD, PO BOX 875, LAROSE, LA 70373

10925   ORGERON, MORMAN, 1309C EAST MAIN, CUT OFF, LA 70345

10925   ORGERON, PETER, 500 ALICE DRIVE, 4, THIBODAUX, LA 70301

10925   ORGERON, RODDY, 2265 SUGARLOAF DR, HARVEY, LA 70058

10925   ORGERON, SCOTT, 222 DUFRENE ST, GHEENS, LA 70355

10925   ORGERON, SR, DICKIE, 303 THIRD ST., LOCKPORT, LA 70374

10925   ORGERON, TONY, PO BOX 274, LAROSE, LA 70373

10925   ORI, BARBARA, 5161 HEATHER RD, SMYRNA, GA 30080

10925   ORI, DIANE, 568 THOMPSON MILL RD, BONAIRE, GA 31005

10924   ORICK ELEMENTARY SCHOOL, 120918 HIGHWAY 101, ORICK, CA 95555

10925   ORIEN L. & JACK WOLF, 4231 LAWTHER DRIVE, DALLAS, TX 75214

10925   ORIEN L. WOOLF, ORIEN L. WOOLF, 4231 LAWTHER DR, DALLAS, TX 75214

10924   ORIENT CATALYST CO., LTD., TORANOMON 5-CHOME MINATO-KU, TOKYO 105, 99999999JPN    *VIA Deutsche Post*

10924   ORIENT TRADING CORPORATION, KANDA IZUMICHO CHIYODA-KU, TOKYO, 0JPN    *VIA Deutsche Post*

10925   ORIENTAL EXPRESS DELIVERY SERVICE, PO BOX 9108, BAYAMON, PR 00960PUERTO RICO    *VIA Deutsche Post*

10924   ORIENTAL INST. C/O ASC INS., THE, 1155 E 58TH STREET, CHICAGO, IL 60637

10924   ORIENTAL INSTITUTE, 26 WEST RANDOLPH, CHICAGO, IL 60625

10924   ORIENTAL THEATER, 24 W. RANDOLPH, CHICAGO, IL 60618

10924   ORIGINAL ROCK OF ARIZONA, 10135 E. MCDOWELL ROAD, SCOTTSDALE, AZ 85256

10924   ORIGINAL ROCK OF AZ., 10135 E. MCDOWELL RD., SCOTTSDALE, AZ 85256

10924   ORIGINAL ROCK REPLICAS OF VA, 9017 JEFFERSON DAVIS HGY., FREDERICKSBURG, VA 22407

10924   ORIGINAL ROCK, SCOTTSDALE, AZ 85256

10925   ORINGER, DOUGLAS, 46 SCHENCK AVE, GREAT NECK, NY 11021

10925   ORINGER, KEITH, 13 OBRIEN COURT, BEDMINISTER, NJ 07921

10925   ORINGER, KEITH, 62 BROOKSTONE CIRCLE, MORRIS PLAINS, NJ 07950

10924   ORINGINAL ROCK REPLICA OF, VIRGINIA INC,, FREDERICKSBURG, VA 22407

10924   ORION REFINING COMPANY, 15272 RIVER ROAD, NORCO, LA 70079

10924   ORION REFINING COMPANY-DO NOT USE, PO BOX 400, NORCO, LA 70079

10925   ORION RESEARCH INC, 500 CUMMINGS PARK, BEVERLY, MA 01915-6199

10925   ORIORDAN, MARJORIE, 10829 OLDE WOODS WAY, COLUMBIA, MD 21044

10925   ORISCHAK, JOHN, 15668 E MEXICO, AURORA, CO 80017

10925   ORIX CREDIT ALLIANCE INC., PO BOX 1690, PITTSBURGH, PA 15230-1690

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ORKIN EXTERMINATING CO, INC, 1040 S.W. 12TH AVE., POMPANO BEACH, FL 33069-4689

10925   ORKIN EXTERMINATING CO,INC, POBOX 740036, ATLANTA, GA 30374-0036

10925   ORKIN EXTERMINATING CO. INC., PO BOX 21836, MILWAUKEE, WI 53221

10925   ORKIN EXTERMINATING CO., 367 W. REMINGTON BLVD., BOLINGBROOK, IL 60440

10925   ORKIN EXTERMINATING COMPANY INC, 1660 NORMAN DRIVE, COLLEGE PARK, GA 30349

10925   ORKIN EXTERMINATING, 2485 TECHNOLOGY DR, HAYWARD, CA 94545-4866

10925   ORKIN EXTERMINATING, PO BOX 6297, TOLEDO, OH 43614-0297

10925   ORKIN EXTERMINATING, POBOX 140365, TOLEDO, OH 43614

10925   ORKIN EXTERMINATING, POBOX 22780, FORT LAUDERDALE, FL 33335

10925   ORKIN PEST CONTROL, 5103 W 2100 SOUTH #B, SALT LAKE CITY, UT 84120

10924   ORLAND PARK MALL, 143RD & LAGRANGE, ORLAND PARK, IL 60462

10924   ORLAND PARK MALL, 153RD & LAGRANGE ROAD, ORLAND, IL 60462

10924   ORLAND SAND & GRAVEL CORP, HWY 99 W, ORLAND, CA 95963

10924   ORLAND SAND & GRAVEL CORP., HIGHWAY 99 WEST, ORLAND, CA 95963

10924   ORLAND SAND & GRAVEL CORP., HIGHWAY 99, ORLAND, CA 95963

10925   ORLANDO DOMINICK ALOE &, ANGELINE R ALOE JT TEN, SEVENTH ST, WEST PITTSBURGH, PA 16160

10925   ORLANDO DRUM CO, 4880 HOFFNER AVE, ORLANDO, FL 32812

10924   ORLANDO DRUM CO., 4880 HOFFNER AVE., ORLANDO, FL 32812

10925   ORLANDO DRUM COMPANY, 4880 HOFFNER AVE, ORLANDO, FL 32812

10925   ORLANDO FREIGHTLINER - REMCO, 2455 S. ORANGE BLOSSOM TRAIL, APOPKA, FL 32703

10924   ORLANDO INTERNATIONAL AIRPORT, 1 AIRPORT BLVD., ORLANDO, FL 32827-4399

10924   ORLANDO INTERNATIONAL AIRPORT, BP272- GATE E31, ORLANDO, FL 32802

10924   ORLANDO PLATING CO, 601 N ORANGE BLOSSOM TRAIL, ORLANDO, FL 32805

10925   ORLANDO PLUMBING, PO BOX 102188, ATLANTA, GA 30368-2188

10925   ORLANDO SENTINEL, THE, POBOX 5151, CHICAGO, IL 60680-5151

10925   ORLANDO, GERTRUDE, 14A 440 ELIZABTH AVE, NEWARK, NJ 07112

10925   ORLANDO, GUINO & ANNA, 1160 MAIN ST, WALPOLE, MA 02081

10925   ORLANDO, GUINO, 1160 MAIN ST, WALPOLE, MA 02081

10925   ORLANDO, NANCY, 88 EAST WATER ST, NO. ANDOVER, MA 01845

10925   ORLANDO, PAMELA, 32 TWIN ELMS LN, NEW CITY, NY 10956

10925   ORLAV, PETER, 5252 WISCONSON AVE, WASH, DC 20016

10924   ORLEANS CORRECTIONAL FACILITY, 3531 GAINES BASIN, ALBION, NY 14411

10924   ORLEANS, LAS VEGAS, NV 89101

10925   ORLEANSKI, LORI, 1425 CLUB DR, TARPON SPRINGS, FL 34689

10925   ORLOFF,LOWENBACH,STIFELMAN &, 101 EISENHOWER PKWY, ROSELAND, NJ 07068

10925   ORMAN, JAMES, 831 GEN. GEORGE PATTON, NASHVILLE, TN 37221

10925   ORMAT INC, 980 GREG ST, SPARKS, NV 89431-6666

10925   ORME, JR, MALCOLM, RT. 1 BOX 65-C, ANACOCO, LA 71403

10924   ORMET CORPORATION, OMAL MONROE COUNTY, STATE ROUTE 7, HANNIBAL, OH 43931

10925   ORMOND, CONNIE, RT 2 BOX 482C, RICHLANDS, NC 28574

10925   ORMSBEE, SHARON, 1219 BAYSIDE DRIVE, CORONA DEL MAR, CA 92625

10925   ORNDORF, EDNA, PO BOX 152, JAMAICA, IA 50128-0152

10925   ORNDORF, G, PO BOX 152, JAMAICA, IA 50128

10925   ORNDORFF, JOHN, 10333 ALBERTA COURT, NEW PORT RICHEY, FL 34654-9998

10925   ORNELAS, FRANK, PO BOX 81, GRANDFALLS, TX 79742

10925   ORNELAS, MARTIN, #13 PARADISE VALLEY, SOUTH, CARSON, CA 90745

10925   ORNELAS, PATRICIA, 33354 EIGHT ST, UNION CITY, CA 94587

10925   ORNELAS, RUBEN, 7216 MOSSROSE, HOUSTON, TX 77012

10925   ORNELLI MICHAEL RINALDI, 7300 SUN ISLAND DR S APT 904, S PASADENA, FL 33707-4421

10925   ORNES, LINDA, N621 CTY RD F, LOT 17, MONTELLO, WI 53949

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 OROHO, STEVEN, 17 EDSALL RD, FRANKLIN, NJ 07416

10925 ORONA, LETICIA, 4801 OAKWOOD, ODESSA, TX 79761

10925 OROSCO, DANIEL, 1422 COOPER ST, SELMA, CA 93662

10925 OROUKE, MICHAEL, 6544 GRANT, ST JOSEPH, MO 64504

10925 OROURKE, DANIEL, 284 PLYMOUTH ST, ABINGTON, MA 02351

10925 OROURKE, JOHN P, 2771 NW 26TH ST, BOCA RATON, FL 33434

10925 OROURKE, JOHN, 2771 NW 26TH ST, BOCA RATON, FL 33434

10925 OROURKE, KERRILYN, 2771 NW 26TH ST, BOCA RATON, FL 33434

10925 OROURKE, PATRICIA, 37 FOUNTAIN LANE, WEYMOUTH, MA 02190

10925 OROURKE, SHAWN, 2 MAYFAIR LANE, 206, NASHUA, NH 03063

10925 OROZCO, ALEJANDRA, 1235 W 252ND ST, HARBOR CITY, CA 90710

10925 OROZCO, CONSUELO, 706 W.,

10925 OROZCO, FRANCES, 1704 CENTRAL AVE, UNION CITY, NJ 07087

10925 OROZCO, LYDIA, 3008 LULU, FT WORTH, TX 76106

10925 OROZCO, PAMELA, RT 2 BOX, MOMENCE, IL 60954

10925 OROZCO, SONJA, 10811 KEWEN ST, PACOIMA, CA 91340

10925 OROZCO, SYLVIA, 3612 ANNAGILL, EL PASO, TX 79936

10924 ORPHEUM, DIVISION NINE, PHOENIX, AZ 85001

10925 ORR PROFESSIONAL SERVICES, PO BOX 631671, CINCINNATI, OH 45263-1671

10925 ORR PROTECTION SYSTEMS, INC, PO BOX 631702, CINCINNATI, OH 45263-1702

10925 ORR SAFETY CORP., PO BOX 631698, CINCINNATI, OH 45263-1698

10925 ORR SAFETY EQUIPMENT CO., 351 S. LOMBARD, ADDISON, IL 60101-3059

10925 ORR SAFETY SUPPLY CO., 11379 GROOMS RD., CINCINNATI, OH 45242

10925 ORR SAFETY, PO BOX 631698, CINCINNATI, OH 45263-1698

10925 ORR, ALICE, 210 PARK DR, WILSON, NC 27893

10925 ORR, BETTYE, 18741 SCHOOLCRAFT, DETROIT, MI 48223

10925 ORR, DEXTER, 511 MAPLE GROVE, MATTHEWS, NC 28105

10925 ORR, DIRK, 150 ASPEN CT., DELAWARE, OH 43015

10925 ORR, EDWARD, 722 AVE B, LIBBY, MT 59923

10925 ORR, EDWINA, 18920 NW 30 CT, CAROL CITY, FL 33055

10925 ORR, GARY S, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925 ORR, GARY, 8116 GREEN TREE DRIVE, ELKRIDGE, MD 21075

10925 ORR, JACK, PO BOX 112549, ANCHORAGE, AK 99511

10925 ORR, JERRY, 8 SHAWS CREST DRIVE, AIKEN, SC 29801-0000

10925 ORR, JOSEPH, 2281 SW SUSSET LN, PORT ST LUCIE, FL 34953

10925 ORR, KEITH, 10 ARAPAHO, THORNTON, IL 60476

10925 ORR, KEITH, 5613 LIBERTY TERRACE, BALTIMORE, MD 21225

10925 ORR, LORI, 265 LEEHAM AVE, BRIDGEWATER, NJ 08807

10925 ORR, RACHEL, 811 ISSAQUEENA TRAIL, 706, CENTRAL, SC 29630

10925 ORR, RICHARD, 191 BARBADO LANE, SPARTANBURG, SC 29301

10925 ORR, TERESA, RT 2 BOX 188-F, WEST, TX 76691

10925 ORR, W, 514 MANSFIELD, CHARLESTON, SC 29407

10925 ORR, WALTER, 1017 GRIFFEN RD. #405W, LAKELAND, FL 33805

10925 ORR, WILLIAM, 2208 W.BASELINE AVE, 193, APACHE JCT, AZ 85220

10925 ORREX PLASTICS CO., PO BOX 4269, ODESSA, TX 79760

10925 ORRIS, D, PO BOX 935, ST AUGUSTINE, FL 32085

10925 ORRIS, MARY, 519 PISCES LANE, FRUITA, CO 81521-9022

10925 ORR-MARTINEZ, MAUREEN, 6990 CONSOLATA ST, BOCA RATON, FL 33433-3536

10925 ORSCHIED, ROBERT, 639 WOOD CREEK DR, ANTIOCH, IL 60002

10925 ORSHAL, MICHAEL, 329 SOUTH 2ND AVE., UPLAND, CA 91786

10925 ORSHAL, WILSON, 11003 CAMPBELL AVE, RIVERSIDE, CA 92505

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ORSINI, ANTONIO, 3119 N. ADAMS, ODESSA, TX 79762 | |
| 10925 | ORSINI, KAREN, 154 BEAR HILL ROAD FRIARS GREEN #1206, CUMBERLAND, RI 02864 | |
| 10925 | ORSINI, LINDA, 290 BURNS HILL ROAD, ALEXANDRIA VLG, NH 03222 | |
| 10925 | ORSOGNA, THERESA, 269 W 254 ST, BRONX, NY 10471 | |
| 10925 | ORTA-RUIZ, EDWARD, 10 TRESCOTT ST, DORCHESTER, MA 02125 | |
| 10924 | OR-TECH , INC, 8700 DIPLOMACY ROW, DALLAS, TX 75247 | |
| 10924 | OR-TECH ,INC, 8700 DIPLOMACY ROW, DALLAS, TX 75247 | |
| 10925 | ORTECH CORPORATION, 2395 SPEAKMAN DR, MISSISSAUGA, ON L5K 1B3CANADA | *VIA Deutsche Post* |
| 10925 | ORTEGA, CARMEN, 7230 NW 179 ST, MIAMI FL, FL 33015 | |
| 10925 | ORTEGA, CHRISTINA, 205 SARGENT, EL PASO, TX 79907 | |
| 10925 | ORTEGA, DAISY, PO BOX 757, CAGUAS, PR 00726 | |
| 10925 | ORTEGA, DENNIS, 1210 ELNIDO DRIVE, FALLBROOK, CA 92028 | |
| 10925 | ORTEGA, ESTHER T, 2733 SWANTNER, CORPUS CHRISTI, TX 78404 | |
| 10925 | ORTEGA, FRANK, 211 WILMER HTS. DR., WILMER, TX 75172 | |
| 10925 | ORTEGA, HECTOR, 7835 BORSON ST, DOWNEY, CA 90242 | |
| 10925 | ORTEGA, JESUS, 15576 HEMLOCK ST, SAN LEANDRO, CA 94579 | |
| 10925 | ORTEGA, MARIA, 820 W. LEAL, MISSION, TX 78572 | |
| 10925 | ORTEGA, RAMON, 1119 100TH AVE, OAKLAND, CA 94603 | |
| 10925 | ORTEGA, ROBERT, 4560 WEST MEGGAN PLACE, TUCSON, AZ 85741 | |
| 10925 | ORTEGA, SANDRA, 1311 E. 57TH., ODESSA, TX 79762 | |
| 10925 | ORTEGA, SHIRLEY, 203 POLK ST, WICHITA FALLS, TX 76301 | |
| 10925 | ORTEGA, YOLANDA, 2543 S 6TH ST, MILWAUKEE, WI 53215 | |
| 10925 | ORTEGO, EDISON, 26310 WAX ROAD, DENHAM SPRINGS, LA 70726 | |
| 10925 | ORTEGO, HUGH, 633 LEDOUX ST, JENNINGS, LA 70546 | |
| 10925 | ORTEGO, KIRTLEY, PO BOX 374, KROTZ SPRINGS, LA 70750 | |
| 10925 | ORTEGO, SAMPSON, PO BOX 111, SIMSBORO, LA 71275 | |
| 10925 | ORTEGO, SANDY, ROUTE 8 BOX 594, OPELOUSAS, LA 70570 | |
| 10925 | ORTEGON, ALEXANDER, 1016 82ND AVE, OAKLAND, CA 94621 | |
| 10924 | ORTEK THERAPEUTICS INC., 1205 FRANKLIN AVENUE, GARDEN CITY, NY 11530 | |
| 10925 | ORTEZ, CARLOS, 59 GREEN ST, APT 110, MALDEN, MA 02148 | |
| 10925 | ORTEZ, DEBBIE, 1574 KENAZO AVE., EL PASO, TX 79927 | |
| 10925 | ORTH, JOACHIM, DROSTE H LSHOF STRASSE 63, WORMS, 67549GERMANY | *VIA Deutsche Post* |
| 10925 | ORTHMAN, DAVID, 304 2ND ST. PO BOX 127, SCOTIA, NE 68875-0127 | |
| 10924 | ORTHO CLINICAL DIAGNOSTIC, 100 INDIGO CREEK DRIVE, ROCHESTER, NY 14626-5101 | |
| 10924 | ORTHOPEDIC INSTITUTE, 810 EAST 23RD STREET, SIOUX FALLS, SD 57105 | |
| 10925 | ORTHWEIN, WILLIAM, 9761 NORTHMONT LANE, RENO, NV 89511 | |
| 10925 | ORTIGOZA, EMILY, PO BOX 4093, FAIRVIEW, NM 87533 | |
| 10925 | ORTINS, ANTHONY, 5 WALSH AVE, PEABODY, MA 01960 | |
| 10925 | ORTIZ TORRES, JOSE, CARR #171 KM. 4-2 BO RINCON, CIDRA, PR 00739 | |
| 10925 | ORTIZ TORRES, NORMAN, LA VEGORTA HC 44 BOX 12590, CAYEY, PR 00633 | |
| 10925 | ORTIZ, ALFREDO, 9 DEAN AVE, TAUNTON, MA 02780 | |
| 10925 | ORTIZ, ANDRES, 524 MOSS ST, READING, PA 19604 | |
| 10925 | ORTIZ, ANTHONY, 1806 W. SOUTHCROSS, SAN ANTONIO, TX 78211 | |
| 10925 | ORTIZ, BALVINA, 3516 N. NICHOLS, FT WORTH, TX 76106 | |
| 10925 | ORTIZ, CARLOS, 22 NASSAU ST, TRENTON, NJ 08638 | |
| 10925 | ORTIZ, CHRISTINA, 12174 MEMPHIS AVE, SYLMAR, CA 91342 | |
| 10925 | ORTIZ, CHRISTOPHER, 292 DEEP DELL RD., SAN DIEGO, CA 92114 | |
| 10925 | ORTIZ, CLAUDIA, 4440 E WILDWOOD DR, PHOENIX, AZ 85044 | |
| 10925 | ORTIZ, CONCEPCION, 16008 AINSWORTH, GARDENA, CA 90247 | |
| 10925 | ORTIZ, CONNIE, 1102 BINKLEY, DUMAS, TX 79029 | |
| 10925 | ORTIZ, DEBORAH, 225 ERIE ST APT 1C, ELIZABETH, NJ 07206 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ORTIZ, DENISE, 95 SKYLINE ESTATES, MORGANTOWN, WV 26505

10925   ORTIZ, DIANE, 139 E. JUNIETA ST., ALLENTOWN, PA 18103

10925   ORTIZ, DINAH, COLLE 3, #312, MAYAGUEZ, PR 00680

10925   ORTIZ, EFRAIN, APARTADA 185, COAMO, PR 00769

10925   ORTIZ, EMMA, CALLE 9 NE #313, RIO PIEDRAS, PR 00920

10925   ORTIZ, ERMINIA, POBOX 734, ORANGE GROVE, TX 78312

10925   ORTIZ, ERNESTO, 952 WILEMAN ST, FILLMORE, CA 93015

10925   ORTIZ, ESTHER, 527 RAPID FALLS DR, BRANDON, FL 33511

10925   ORTIZ, FELIPE, CALLE 25 UU-7, PONCE, PR 00731

10925   ORTIZ, FLAVIO, 2223 BLOSSOM CREEK TRAIL, KINGWOOD, TX 77339

10925   ORTIZ, HELEN, 2803 WEST AVE. 33, LOS ANGELES, CA 90065

10925   ORTIZ, HILARIO, 114 CABOT, SAN ANTONIO, TX 78213

10925   ORTIZ, JAIME, 95 1/2 TREMONT ST, TAUNTON, MA 02780

10925   ORTIZ, JESUS, 6324 BAKERS BLVD., A-34, FORT WORTH, TX 76118

10925   ORTIZ, JOSE, LA HACIENDA 44-AS 11, GUAYAMA, PR 00654

10925   ORTIZ, JULIA, 1248 EVERGREEN AVE, BRONX, NY 10472

10925   ORTIZ, MARIA, 302 WILLOW, FORT WORTH, TX 76103

10925   ORTIZ, MARIA, 385 GEMINI DRIVE, BLDG. 1, 9, SOMERVILLE, NJ 08876

10925   ORTIZ, MARIA, 5737 BURLINGAME, RIVERSIDE, CA 92504

10925   ORTIZ, MARIA, BDA BLONDET A-325, GUAYAMA, PR 00654

10925   ORTIZ, MARIA, RT. 2 BOX 49266, ALAMO, TX 78516

10925   ORTIZ, MELANIE, 3700 RUE ANDREE, NEW ORLEANS, LA 70131-5429

10925   ORTIZ, MONICA, 557 EMERSON, EL PASO, TX 79915

10925   ORTIZ, NANCY, BOX 1248, ISABELA, PR 00662

10925   ORTIZ, NICOLAS, 10101 ROARK, HOUSTON, TX 77099

10925   ORTIZ, OSCAR, 5700 WEST GATE RD, LANHAM, MD 20706

10925   ORTIZ, PAULINE, 1301 BIRGE, DUMAS, TX 79029

10925   ORTIZ, PRISCILLA, CALLE ASTULIAS, #59 URB BELMONTE, MAYAGUEZ, PR 00680

10925   ORTIZ, R, 6620 S 33RD ST, MCALLEN, TX 78503

10925   ORTIZ, RAMON, 34 GILLETTE PLACE APT #6, NEWARK, NJ 07114

10925   ORTIZ, ROBERTO, 10110 SEPULVEDA BLVD, 6, MISSION HILLS, CA 91345

10925   ORTIZ, RODOLFO, 6727 SOUTH KILDARE, CHICAGO, IL 60629

10925   ORTIZ, ROSA, 5749 ROANOKE ST., SAN DIEGO, CA 92139

10925   ORTIZ, RUBEN, 6613 EDSALL RD #301, SPRINGFIELD, VA 22151

10925   ORTIZ, RUTH, 140 EVERGREEN DR, E. PROVIDENCE, RI 02914

10925   ORTIZ, STEPHEN, 3541 SOUTH E ST, OXNARD, CA 93033

10925   ORTIZ, VENUS, 37-30 73 ST, JACKSON HEIGHTS, NY 11372

10925   ORTIZ-TORRES, MARITZA, 16406 CANARIO DR., HOUSTON, TX 77083

10925   ORTLIEB, JAMES, 2014 BUFFALO BEND, LEWISVILLE, TX 75067

10925   ORTMAN, LINDA, RT 8 BOX 124, ST. JOSEPH, MO 64504

10925   ORTON FLUIDPOWER, PO BOX 620130, DORAVILLE, GA 30362

10925   ORTON INDUSTRIES, PO BOX 620130, DORAVILLE, GA 30362-0130

10925   ORTON, DANIEL, 987 S STATE ST, HAMPSHIRE, IL 60140

10925   ORTON, JAY, 8821 W. WELDON, PHOENIX, AZ 85037

10925   ORVILLE, JAKE, 530 WESTMINSTER, NEWPORT BEACH, CA 92663

10925   ORWICK, J, 8836 SHOREHAM BLVD, KNOXVILLE, TN 37922

10925   ORWIG, PHIL, 4207 ARROYO, MIDLAND, TX 79707-6730

10925   ORWIG, ROBERT, PO BOX 314, CRAIG,, CO 81626

10924   ORYX ENERGY COMPANY, PO BOX 2880, DALLAS, TX 75221-2880

10924   ORYX ENERGY CORPORATION, PO BOX 219003, DALLAS, TX 75221-9003

10925   ORYX POWER PRODUCTS, 47341 BAYSIDE PKWY, FREMONT, CA 94538

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ORYX POWER PRODUCTS, 6001 S 35TH ST, MCALLEN, TX 78503 | |
| 10925 | ORZOLEK, ANNA, 510 W CAMPLAIN RD, MANVILLE, NJ 08835 | |
| 10924 | OSAGE COUNTY INDUSTRIES, BOX 568, LINN, MO 65051 | |
| 10924 | OSAGE COUNTY INDUSTRIES, HWY 50 WEST, LINN, MO 65051 | |
| 10924 | OSAKIS READY MIX, 207 2ND AVE. E., OSAKIS, MN 56360 | |
| 10924 | OSAKIS SILO CO, 207 2ND  AVE. E., OSAKIS, MN 56360 | |
| 10924 | OSAKIS SILO CO, 207 2ND AVE. E., OSAKIS, MN 56360 | |
| 10924 | OSAKIS SILO CO, PO BOX T, OSAKIS, MN 56360 | |
| 10925 | OSANITSCH, AMY, 4026 W GREENWOOD DR, BETHLEHEM, PA 18017 | |
| 10925 | OSBORN, JUSTIN, 122 MAPLE TERRACE, PENDLETON, SC 29670 | |
| 10925 | OSBORN, KENNETH, MORAPOS ROUTE, HAMILTON, CO 81638 | |
| 10925 | OSBORN, LAURIE, 49 HERITAGE DR, TEWKSBURY, MA 01876 | |
| 10925 | OSBORN, RANDY, 510 N VICTORIA, IOWA PARK, TX 76367 | |
| 10925 | OSBORN, STEPHEN, 2315 PTARMIGAN, COLORADO SPRINGS, CO 80918 | |
| 10924 | OSBORNE COMPANY, THE, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28206 | |
| 10925 | OSBORNE JR, CHARLES EDGAR, 307 FAIRVIEW ST SE, NO CANTON, OH 44720-3105 | |
| 10925 | OSBORNE TRUCKING COMPANY, 325 OSBORNE DR, FAIRFIELD, OH 45014 | |
| 10925 | OSBORNE, BILLY, 2124 HARRIS BRIDGE ROAD, WOODRUFF, SC 29388 | |
| 10925 | OSBORNE, DEBRA, 1975 E. CEDAR ST., 10, KANKAKEE, IL 60901 | |
| 10925 | OSBORNE, DOLORES, 44 GARDEN ST, TEANECK, NJ 07666-5919 | |
| 10925 | OSBORNE, DOROTHY, 2100 HARRIS BRIDGE RD., WOODRUFF, SC 29388 | |
| 10925 | OSBORNE, FLOYD, 2671 CREST ROAD, CINCINNATI, OH 45231 | |
| 10924 | OSBORNE, INC., 21223 AURORA, WARRENSVILLE, OH 44122 | |
| 10924 | OSBORNE, INC., P.O. BOX 658, MENTOR, OH 44061-0658 | |
| 10924 | OSBORNE, INC., PO BOX658, MENTOR, OH 44061-0658 | |
| 10925 | OSBORNE, JACK, 2243 U.S. HWY 17 S, BARTOW, FL 33830-7551 | |
| 10925 | OSBORNE, JAMES, 4 DOUGLAS DR., WATERLOO, NY 13165 | |
| 10925 | OSBORNE, JAMES, 6324 BLEMONT ROAD, LOVELAND, OH 45140 | |
| 10925 | OSBORNE, JANE, CEDAR MEADOW FARM RD2 BOX 2105, MOHNTON, PA 19540 | |
| 10925 | OSBORNE, LECLAIRE, PO BOX 75, OAKS CORNERS, NY 14518 | |
| 10925 | OSBORNE, LORI, 2700 LENNOX, SPARKS, NV 89434 | |
| 10925 | OSBORNE, M, RT. 4 BOX 375, GLEN ALLEN, VA 23060 | |
| 10925 | OSBORNE, MARTHA, 17 WINNATUXETT RD, MATTAPOISETT, MA 02739 | |
| 10925 | OSBORNE, NEDRA, PO BOX 75, OAKS CORNERS, NY 14518 | |
| 10925 | OSBORNE, NOLAN, 116 SUNNY PLACE, CHANDLER, OK 74834 | |
| 10925 | OSBORNE, RICHARD, 217 EDGEWOOD DRIVE, MAULDIN, SC 29662 | |
| 10925 | OSBORNE, RITA, 2704 RED LION SQ., WINTER PARK, FL 32792 | |
| 10925 | OSBORNE, SANDRA, 1826 PORTAGE COURT, INDIANAPOLIS, IN 46227 | |
| 10925 | OSBORNE, STACY, PO BOX 135, MAYSVILLE, GA 30558 | |
| 10925 | OSBORNE, SUSAN, PO BOX 882, CHEPACHET, RI 02814 | |
| 10925 | OSBORNE, TERRELL, 44 HICKORY CT, JAMESBURG, NJ 08831 | |
| 10925 | OSBORNE, TIMOTHY, 8410 BEECHWOOD AVE, INDIANAPOLIS, IN 46219-7710 | |
| 10925 | OSBORNE, WILLIAM, 273 LOG SHOALS RD, GREENVILLE, SC 29607 | |
| 10925 | OSBORNE, WILLIAM, 2982 HARRIS BRIDGE RD, WOODRUFF, SC 29388 | |
| 10925 | OSBORNE-SCHWAKE, MARY, 255 REA AVE APT 1, HAWTHORNE, NJ 07506 | |
| 10925 | OSBOURN, ROBBYN, 6301 ACKEL ST 42 B, METAIRIE, LA 70003 | |
| 10925 | OSBURN, JOYCE, 6829 S R 754 RD #1, MILLERSBURG, OH 44654 | |
| 10925 | OSBURN, PEGGY, 509 BARKER DR, WICHITA FALLS, TX 76305 | |
| 10925 | OSCAR ALBERTO FRIEDRICH SILVA, C/O GLADYS FRIEDRICH ESCALERA, POBLAGON ARICA, BLOCK B DEPTO 16, ARICA, CHILE | *VIA Deutsche Post* |
| 10925 | OSCAR AND ASSOCIATES INC, PO BOX A-3801, CHICAGO, IL 60690 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   OSCAR CASTRO, 18511 BANDERA HIGHWAY, HELOTES, TX 78023

10925   OSCAR EDUARDO CARCELEN, 41 JOY AVE C, BRISBANE, CA 94005-1748

10925   OSCAR MAYER FOODS CORP, ROBERT J SHERMAN PE ENV MANAGER, 910 MAYER AVE, MADISON, WI 53704-9772

10924   OSCAR MAYER FOODS, 910 MAYER AVENUE, MADISON, WI 53704

10924   OSCAR MAYER FOODS, PO BOX 7188, MADISON, WI 53707

10924   OSCAR MAYER FOODS, PO BOX 795093, SAN ANTONIO, TX 78279-5093

10924   OSCAR TRADING CO., 1452 S. SANTA FE AVE., COMPTON, CA 90221

10925   OSCAR, KATHLEEN, 6015 HARVARD ROAD, DETROIT, MI 48224

10924   OSCEOLA MEDICAL CENTER, 700 WEST OAK STREET, KISSIMMEE, FL 34744

10924   OSCHNER HOSPITAL, 1516 JEFFERSON HIGHWAY, METAIRIE, LA 70002

10925   OSCO INCORPORATED, PO BOX 70, LEMONT, IL 60439

10925   OSE, TAMYN, 3958 APPLEWOOD LANE, DENVER, NC 28037

10925   OSECO, PO BOX 1327, BROKEN ARROW, OK 74013

10925   OSECO, PO BOX 99916, OKLAHOMA CITY, OK 73199

10925   OSEGUEDA, RAUL, 10440 SOUTH DR. #1103, HOUSTON, TX 77099

10925   OSEN, DANNA, 713 21ST AVE NE, HICKORY, NC 28601

10925   OSENBAUGH & ASSOCIATES, 11111 KATY FREEWAY, HOUSTON, TX 77079

10925   OSENGA, KATHERINE, 177 WEST 5TH ST, MANTENO, IL 60950

10925   OSENTOSKI, TAMMY, 31020 HUNTLEY SQR E, BIRMINGHAM, MI 48025

10924   OSERS, 300 E. BROAD STREET, COLUMBUS, OH 43215

10924   OSF SAINT JAMES HOSPITAL, CORNER OF ROUTE 116 AND EWING ROAD, SAINT CHARLES, IL 60174

10925   OSGOOD, ANN, 45 HANOVER ST, LYNN, MA 01902

10925   OSGOOD, COLIN, 27 MAPLEHURST RD, LITTLETON, MA 01460

10925   OSGOOD, JAMES, 1715 S. DEL NORTE AVE, LOVELAND, CO 80537

10925   OSGOOD, Z, 7704 COUNTY TRUNK V, CALEDONIA, WI 53108-9505

10925   OSHANICK, KERRY, 1244 QUAKERRIDGE DR., ARNOLD, MD 21012

10925   OSHAUGHNESSY, JUDIT, 280 W BRIAR LANE, GREEN BAY, WI 54301

10925   OSHAWEEK, PO BOX 2604, WACO, TX 76702

10925   OSHEA REYNOLDS & CUMMINGS, 237 MAIN ST , STE 500, BUFFALO, NY 14203-2712

10925   OSHEA, ADRIENNE, 3808 DELAWARE ST., KENNER, LA 70065

10925   OSHEA, CATHERINE, 2 SUMMIT DRIVE, # 39, READING, MA 01867

10925   OSHEA, JOANN, 1801 WOODBRIDGE DR., ARLINGTON, TX 76013

10925   OSHEA, JOHN, 4 DAVIS AVE, ARLINGTON, MA 02174

10925   OSHEA, TIM, 1313 SHERMAN AVE, MENLO PARK, CA 94025

10925   OSHEA, VICKI, 106 FUGATE DRIVE, SIMPSONVILLE, SC 29681

10925   OSHEA, WILLIAM, 1855 BRIAN CT., THOUSAND OAKS, CA 91362

10925   OSHIELDS, DON, 217 OAK DRIVE, BELTON, SC 29627

10925   OSHIELDS, JENNIFER, 2630 WEST WINNEMAC, CHICAGO, IL 60625

10925   OSHIELDS, KAREN, PO BOX 122, REIDVILLE, SC 29375

10925   OSHINSKY, SHERI, 41 BENNINGTON DRIVE, E WINDSOR, NJ 08520

10924   OSHKOSH TRUCK CORP, PO BOX 2566, OSHKOSH, WI 54903

10924   OSHKOSH TRUCK CORP., 2307 OREGON STREET, OSHKOSH, WI 54903

10924   OSHKOSH TRUCK CORP., 333 WEST 29TH GATE 8, OSHKOSH, WI 54902

10924   OSHNER RESEARCH CENTER, NEW ORLEANS, LA 70117

10925   OSI EDUCATION SERVICES INC, PO BOX 9064-WWU, DUBLIN, OH 43017

10925   OSI SPECIALTIES INC, PO BOX 360313, PITTSBURGH, PA 15251-6313

10925   OSIA, REDENCION, 21765 FLANDERS DR., FARMINGTON HILLS, MI 48335

10925   OSIA, ROBERT, 21765 FLANDERS DRIVE, FARMINGTON HILLS, MI 48335

10925   OSIA, SHELLY, HC 32 BOX 29AA, BLACKWELL, MO 63626

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | OSKALOOSA CONC CO, PO BOX 2, OSKALOOSA, IA 52577 | |
| 10924 | OSKALOOSA CONCRETE PRODUCTS, 1007 S. 7TH STREET, OSKALOOSA, IA 52577 | |
| 10924 | OSKALOOSA CONCRETE PRODUCTS, P.O. BOX 2, OSKALOOSA, IA 52577 | |
| 10925 | OSLAGER, EVELYN, 5129 S NATOMA AVE., CHICAGO, IL 60638 | |
| 10925 | OSLAGER, PAUL, 6324 W. 65TH ST., CHICAGO, IL 60638 | |
| 10925 | OSLO PATENTKONTOR AS, POSTBOKS 7007 M, OSLO, N-0306NORWAY | *VIA Deutsche Post* |
| 10925 | OSMAN LTD, 50 ROCKEFELLER PLAZA, NEW YORK, NY 10020 | |
| 10925 | OSMENA, PAUL, 7120 LEYTE DR, OXONHILL, MD 20745 | |
| 10925 | OSMONICS, 4953 WEST MISSOURI AVE., GLENDALE, AZ 85301 | |
| 10925 | OSMONICS, PO BOX 735, MINNETONKA, MN 55343-0735 | |
| 10924 | OSMOSE WOOD PRESERVING INC., 980 ELLICOTT STREET, BUFFALO, NY 14209 | |
| 10925 | OSMOSE, INC, PO BOX 2652, SHELBY, NC 28151 | |
| 10925 | OSMUS, EDDIE, RT. 3, BOX 53R, DUNCAN, OK 73533 | |
| 10925 | OSORIO, ANGELA, 351 UNION AVE, C11, ELIZABETH, NJ 07208 | |
| 10925 | OSORIO, DANIEL, PO BOX 2686, JUNCOS, PR 00777 | |
| 10925 | OSORIO, JUAN, 2916 DOVER LA #T 3, FALLS CHURCH, VA 22042 | |
| 10925 | OSORIO, KATHY, 511 NANDINA DRIVE, ALLEN, TX 75002 | |
| 10925 | OSORIO, MARTHA, 150 S. BRIDGE ST, B3, SOMERVILLE, NJ 08876 | |
| 10925 | OSORTO, ANTONIO, 6075 ARGILE DR. #16, FALLS CHURCH, VA 22041 | |
| 10925 | OSORTO, RUBEN, 6075 ARGYLE DR # 16, FALLS CHURCH, VA 22041 | |
| 10925 | OSORTO, SANDRA, 6017 ARGIN #2, FALLS CHURCH, VA 22041 | |
| 10925 | OSORTO, YOLANDA, 6075 ARGGLE DR #16, FALLS CHURCH, VA 22041 | |
| 10925 | OSRAM SYLVANIA INC, 201 CHARLES ST, MILLBROOK, NY 12545 | |
| 10925 | OSRAM SYLVANIA INC, 275 W MAIN ST, HILLSBORO, NH 03244 | |
| 10925 | OSRAM SYLVANIA INC, 416 E WASHINGTON ST, WINCHESTER, KY 40391 | |
| 10925 | OSRAM SYLVANIA INC., HARTER SECREST & EMERY, CRAIG A. SLATER AND ANGELA DEMERLE, 12 FOUNTAIN PLAZA STE 400, BUFFALO, NY 14202-2293 | |
| 10925 | OSRAM SYLVANIA PRODUCTS INC, 100 ENDICOTT, DANVERS, MA 01923 | |
| 10925 | OSS/PROJECT SQUARE 221, PO BOX 95147, NEW ORLEANS, LA 70195 | |
| 10925 | OSSID CORP, 4000 COLLEGE ROAD, ROCKY MOUNT, NC 27801 | |
| 10924 | OSSOLA, J. W. COMPANY INC., P.O.BOX 346, GRANVILLE, IL 61326 | |
| 10924 | OSSOLA, J.W. CO INC, 502 E  HARPER, GRANVILLE, IL 61326 | |
| 10924 | OSSOLA, J.W. CO INC, P O BOX 346, GRANVILLE, IL 61326 | |
| 10925 | OSTEEN, JOHN, RR 2 BOX 1140, MAYO, FL 32066-9616 | |
| 10925 | OSTEEN, PATRICIA, 5714 LONDONDERRY RD, CHARLOTTE, NC 28210 | |
| 10925 | OSTEEN, REX, 233 BUCKINGHAM RD, GREENVILLE, SC 29607 | |
| 10925 | OSTEGUIN, BEATRICE, 223 W MAYFIELD, SAN ANTONIO, TX 78221 | |
| 10925 | OSTEN, THERESA, 1109 OLDE TOWNE, IRVING, TX 75061 | |
| 10924 | OSTEOTECH, 61 JAMES WAY, EATONTOWN, NJ 07724 | |
| 10925 | OSTER, MARLENE, 32 RIVERSIDE ST, DANVERS, MA 01923 | |
| 10925 | OSTERBERGER, LIJUNZHOU, 12741 HWY 965, JACKSON, LA 70748 | |
| 10925 | OSTERBY, DANIEL, 1905 ELM CT, 1, HANOVER PARK, IL 60103 | |
| 10925 | OSTERCAMP, STEPHEN, 301 MAYHILL ST, SADDLE BROOK, NJ 07663 | |
| 10925 | OSTERGAARD, CINDY, 3260 E. NEES, CLOVIS, CA 93611 | |
| 10925 | OSTERGAARD, DEAN, 2 PEACH COURT, FLEMINGTON, NJ 08822 | |
| 10925 | OSTERGAARD, KATHY, 12 HAVER FARM RD, CLINTON, NJ 08809 | |
| 10925 | OSTERGAARD, STEPHEN, 200 SEVEN OAKS ROAD, 18M, DURHAM, NC 27704 | |
| 10925 | OSTERHOUSE, DAVID, 6204 - 93RD PLACE, SEABROOK, MD 20706 | |
| 10925 | OSTERHUS, IDA, BOX 1047, MOUNTAIN HOME, AR 72653 | |
| 10925 | OSTERKAMP, LORI, 1050 F AVE NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | OSTERMAN GAS SERVICE, PO BOX 225, NORTHBRIDGE, MA 01534 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  OSTERMEYER, ANITA, 363 NORTH 525 WEST, GREENFIELD, IN 46140

10925  OSTERMILLER CORP D/B/A JUST US KIDS, 45 GLENWOOD PLAZA, EAST ORANGE, NJ 07017

10924  OSTERMILLER CORP., 45 GLENWOOD PL., NEWARK, NJ 07102

10925  OSTERTAG, CHRISTINA, 37211 LAKESHORE DR, LAKE VILLA, IL 60046

10925  OSTERTOG, ROBERT, 29 WALKER AVE. EXT., MILFORD, MA 01757

10924  OSTLER JENKINS, 600 S. VINCENT AVE., AZUSA, CA 91702

10925  OSTLER, JERRY, 632 WEST 2025 NORTH, CENTERVILLE, UT 84014

10925  OSTLIND, R, RT31 BOX 184B SOL TERRA HOUSE, MERRIMAC, WI 53561

10925  OSTOLAZA, YOLANDA, N-20 X-23 GLENVIEW, PONCE, PR 00731

10925  OSTOYIC, LORIE S., 5447 CHIMMEY CIRCLE, KETTERING, OH 45440

10925  OSTRANDER, CHERYL, 17 DEARBORNE AVE., MONONGAHELA, PA 15063

10925  OSTROLENK FABER GERB & SOFFEN LLP, 1180 AVE OF THE AMERICAS, NEW YORK, NY 10036-8403

10925  OSTROM BOILER SERVICE INC, 2124 HUDSON DR, LILBURN, GA 30047

10925  OSTROM BOILER SERVICE INC., 2124 HUDSON DRIVE, LILBURN, GA 30047

10925  OSTROVSKI, SERGE, 50 GREEN ST, #310, BROOKLINE, MA 02146

10925  OSTROWICKI, LAWRENCE, 278 GROTE ST., BUFFALO, NY 14207

10925  OSTROWSKY, JOHN, 13120 WINDCREST DRIVE, PORT CHARLOTTE, FL 33953

10925  OSTWALL, SANDRA, 6344 W CHERYL D., GLENDALE, AZ 85302

10924  O'SULLIVAN CORP., 1944 VALLEY AVE., WINCHESTER, VA 22601

10925  OSULLIVAN, CATHERINE, PO BOX 24127, GREENVILLE, SC 29616

10925  OSULLIVAN, DOROTHY, 228 MANNING AVE, RIVER EDGE, NJ 07661

10925  OSULLIVAN, PATRICK, 11490 ROYAL PALM BLV, CORAL SPRINGS, FL 33065

10925  OSULLIVAN, SHAHLA, 5410 LOS RIOS, YORBA LINDA, CA 92687-0000

10925  OSULLIVAN, TIMOTHY, 10 SAINT MARK PLACE, HUNTINGTON, NY 11743

10924  O'SULLIVAN, WINCHESTER, VA 22601

10925  OSVALD LAURITS &, VILMA LAURITS JT TEN, 177 BAY 8TH ST, BROOKLYN, NY 11228-3808

10925  OSWALD, BILLY, 108 RAILROAD AVE., LEXINGTON, SC 29072

10925  OSWALD, DENNIS, 4218 RANDALL HUNT RD, DEARING, GA 30808

10925  OSWALD, LEWIS, 2705 COUNTY RD. #139, CRAIG,, CO 81625

10925  OSWALD, LYNNE, 122 W HARBOR DRIVE, LAKE ZURICH, IL 60047

10925  OSWALD, RICHARD, E13640 HWY 78 - 113, MERRIMAC, WI 53561

10925  OSWALD, ROBERT, PO BOX 942, ARCHER CITY, TX 76351

10925  OSWALT, NANCY, 127 S ADAMS ST, LOUDONVILLE, OH 44842

10925  OSWALT, REBECCA, 395 DAVIS RD, MANSFIELD, OH 44907

10925  OSWALT, SONYA, 1510 A W WEBSTER, SPRINGFIELD, MO 65802

10924  OSWEGO DRYWALLL, PORTLAND, OR 97200

10924  OTAY AMPHITHEATER, OTAY, CA 91911

10925  OTERO, FLORDELUZ, RD 1, WHITEHAVEN PA, PA 18661

10925  OTHMAR W WINKLER &, ELLEN F WINKLER JT TEN, 6095 N 8TH PL, ARLINGTON, VA 22205-1426

10925  OTIS BRANSON, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925  OTIS CLAPP MEDICAL SUPPLY, 115 SHAWMUT ROAD, CANTON, MA 02021-9160

10924  OTIS INSULATION, 243 C COCKEYSVILLE RD, HUNT VALLEY, MD 21030

10924  OTIS INSULATION, CAMBRIDGE, MA 02140

10924  OTIS, 929 WEST STREET, BRISTOL, CT 06010

10925  OTIS, FRANK, 132 CARLISLE WAY, BENICIA, CA 94510

10925  OTLOWSKI, WALTER, 128 W MAIN ST, SILVERDALE, PA 18962

10925  OTONDO, LISA, 3686 3RD AVE. #8, SAN DIEGO, CA 92103

10925  OTOOLE, JOHN, 236 E. 36TH ST., 10C, NY, NY 10016

10925  OTR EXPRESS INC, PO BOX 87-4900, KANSAS CITY, MO 64187-4900

10925  OTR, GENERAL COUNSEL, 275 EAST BROAD ST, COLUMBUS, OH 43215

10924  OTSE GO MEMORIAL HOSPITAL, C/O CHESS CONSTRUCTION, GAYLORD, MI 49735

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | OTSEGO READY MIX, 2 WELLS AVE, ONEONTA, NY 13820 | |
| 10925 | OTSUKA PHARMACEUTICAL, OTSUKA AMERICA PHARMACEUTICAL INC, 2440 RESEARCH BLVD, ROCKVILLE, MD 20850 | |
| 10925 | OTT, BEVERLY, HASTINGS, ON LIV 3K8CANADA | *VIA Deutsche Post* |
| 10925 | OTT, CLARENCE, 1226 HAY ROAD, TEMPLE, PA 19560 | |
| 10925 | OTT, DOROTHY, FRANKLIN GREENS 12F, SOMERSET, NJ 08873 | |
| 10925 | OTT, DOROTHY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | OTT, JACQUELINE W, 277 WESTHILL AV, SOMERSET MA, MA 02726 | |
| 10925 | OTT, JAMES, 4615 SOUTHWEST FREEWAY, HOUSTON, TX 77027 | |
| 10925 | OTT, LORETTA, HCR BOX 82, EQUALITY, AL 36026 | |
| 10925 | OTT, LYNDA, 4905 JAMES WAY RD, FORT WORTH, TX 76135 | |
| 10925 | OTT, MARTIN, W1079 WEINER RD, COLUMBUS, WI 53925 | |
| 10925 | OTT, MELANIE, 129 C WILLOW BRANCH, WEST MONROE, LA 71291 | |
| 10925 | OTT, SANDRA, 134 CLEVELAND AVE, READING, PA 19605 | |
| 10925 | OTTAWA MEDICAL CENTER PC, 1614 EAST NORRIS DR, OTTAWA, IL 61350 | |
| 10925 | OTTAWA OFFICE SUPPLY & EQUIP., 209 WEST MAIN, OTTAWA, IL 61350 | |
| 10924 | OTTAWA READY MIX, 1521 S. MAPLE, OTTAWA, KS 66067 | |
| 10924 | OTTAWA READY MIX, 1521 SO MAPLE, OTTAWA, KS 66067 | |
| 10925 | OTTEMAN, MARK, 13510 WINDCHASE COURT, HOUSTON, TX 77082 | |
| 10925 | OTTEN GREG, GREG OTTEN, 22510 HWY 55, HAMEL, MN 55340 | |
| 10925 | OTTER, ALBERT, 2810 LOUISE AVE, BALTIMORE, MD 21214 | |
| 10925 | OTTERMAN JR, GLENN E, 5958 BUENA VISTA AVE, OAKLAND, CA 94618-2148 | |
| 10925 | OTTERSTEIN, JUDY, 308 PARKWOOD LANE #11, MADISON, WI 53714 | |
| 10925 | OTTERSTEIN, JULIE, 303 JONATHAN DRIVE, BENTONVILLE, AR 72712-6641 | |
| 10925 | OTTESEN, RICHARD, 3822 WEST 11TH ST, 23, GREELEY, CO 80634 | |
| 10925 | OTTINGER, JOHN, 216 SHERWOOD CIR, BRATTLEBORO, VT 05301-8841 | |
| 10925 | OTTLEY, JAMES, 1506 BROADWAY ST, NEW ORLEANS, LA 70118 | |
| 10925 | OTTO BLAU &, PEARL BLAU JT TEN, 974 HARRISON ST, WASHINGTON TWP, NJ 07675-4604 | |
| 10924 | OTTO DUKES TOOL, 2556 AGNES STREET, CORPUS CHRISTI, TX 78405-1618 | |
| 10924 | OTTO DUKES TOOL, 2588 MORGAN ST., CORPUS CHRISTI, TX 78405 | |
| 10925 | OTTO, ANITA, 733 S. WAYNE ST., ARLINGTON, VA 22204 | |
| 10925 | OTTO, CATHERINE, 131 KALMIA CT, LAPLATA, MD 20646 | |
| 10925 | OTTO, ELDON, 317 MAIN BOX 672, AURELIA, IA 51005 | |
| 10925 | OTTO, GERALD, BOX 772, MOHALL, ND 58761 | |
| 10925 | OTTO, MICHAEL, 2044 PREBLE AVE, GREEN BAY, WI 54302 | |
| 10925 | OTTO, PATRICIA, 13908 BATHGATE DRIVE, STERLING HEIGHTS, MI 48077 | |
| 10925 | OTTO, PAUL, 668 SCOTLAND ROAD, ORANGE, NJ 07050 | |
| 10925 | OTTOMAN JT TEN WROS, MARY E & BONNIE A, OTTOMAN, PO BOX 1522, SANTA YNEZ, CA 93460-1522 | |
| 10925 | OTTOS TOOL REPAIR, PO BOX 490, AVON, MA 02322-0490 | |
| 10925 | OTTOSEN, LYLE, 6310 CO. RD #7, MEEKER, CO 81641 | |
| 10925 | OTTS, JO ANN, 7090 FOOTHILL RD, PLEASANTON, CA 94566 | |
| 10925 | OTTS, LOIS, 110 MEDICAL ARTS DR ROSEWOOD APT. #206-B, SANDERSVILLE, GA 31082 | |
| 10924 | OTTUMA HOSPITAL, 1001 E. PENNSYLVANIA AVE., OTTUMWA, IA 52501 | |
| 10924 | OTTUMWA WILBERT VAULT, 401 S. FOREST ST, OTTUMWA, IA 52501 | |
| 10925 | OU, CHIA, 12 STIMSON AVE, LEXINGTON, MA 02173 | |
| 10925 | OUACHITA ELECTRIC SERVICE,INC, 122 WASSAN ST, WEST MONROE, LA 71292 | |
| 10925 | OUBRE, ELSERIE, 19468 LEMON ST, VACHERIE, LA 70090 | |
| 10925 | OUBRE, KATHERINE, 603 PARIS ST., LAFAYETTE, LA 70506 | |
| 10925 | OUBRE, KATHRYN, 159 PLANTATION DRIVE, NEW IBERIA, LA 70560 | |
| 10925 | OUELLET, MARGARET, 430 DEVONSHIRE DRIVE, JONESBORO, GA 30236 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   OUELLETTE, BRENDA, 629 S. MYRTLE, KANKAKEE, IL 60901

10925   OUELLETTE, DAVID, 1 BIRCH ST, MERRIMACK, NH 03054

10925   OUELLETTE, DIANA, 261 LONGWOOD DR, KANKAKEE, IL 60901

10925   OUELLETTE, KATHY, 10900 SW 136TH ST, MIAMI, FL 33176

10925   OUELLETTE, PAUL, 142 MEADOWBROOK RD, EAST LONGMEADOW, MA 01028

10925   OUELLETTE, RITA, 231 HAMPSTEAD ST, METHUEN, MA 01844

10925   OUELLETTE, RONALD, 25 TROUT BROOK DRIVE, NASHUA, NH 03062-1181

10925   OUIMET, CATHERINE, 9720 NW 10 ST, PLANTATION, FL 33322

10925   OULLA, WILLIAM, 7022 HWY 25 NORTH, HODGES, SC 29634

10925   OULTON, FLOYD, 125 OLD JENNINGS ROAD, ORANGE PARK, FL 32075

10925   OUNANIAN JR, HARDING, 46 GREENDALE AVE, NEEDHAM, MA 02194-2129

10925   OUNANIAN, JR, HARDING, 46 GREENDALE AVE, NEEDHAM, MA 02194

10925   OUNCE OF PREVENTION SOFTWARE, 1120 PERRY HWY, PITTSBURGH, PA 15237

10925   OUR DAILY BREAD, 411 CATHEDRAL ST, BALTIMORE, MD 21201

10924   OUR LADY OF BELLEFONTE HOSPITAL, C/O SWOPE CONSTRUCTION CO., ASHLAND, KY 41101

10925   OUR LADY OF GRACE MEMORIAL FUND, 310 KANE BLVD, PITTSBURGH, PA 15243

10925   OUR LADY OF GREENWOOD CHURCH, 335 S. MERIDIAN ST, GREENWOOD, IN 46142

10924   OUR LADY OF THE LAKE EMERGENCY CTR., C/O LLOYD MOREAU, BATON ROUGE, LA 70815

10924   OUR LADY OF THE LAKES EMER. CENTER, C/O LLOYD N. MOREAU, INC., BATON ROUGE, LA 70815

10925   OUR LADY OF VISITATION CHURCH, 3172 SOUTH ROAD, CINCINNATI, OH 45248

10925   OURADA, JAMES, R R 2,BOX 21, OVERTON, NE 68863

10925   OURADNIK, RUSSELL, 149 SHERIDAN DR, GREEN BAY, WI 54302

10925   OUSLEY, GWENDOLYN, 2095 VALENCIA DR, FLORISSANT, MO 63033

10925   OUT OF TOWN TICKET AGENCY, 145 DARTMOUTH ST, BOSTON, MA 02116

10925   OUT OF TOWN TICKET AGENCY, PO BOX 390738, CAMBRIDGE, MA 02139-9998

10925   OUT OF TOWN TICKETS, ZERO HARVARD SQUARE, CAMBRIDGE, MA 02139

10924   OUT PATIENT DIALYSIS CENTER, BALL MEMORIAL HOSPITAL-CIRCLE B, MUNCIE, IN 47303

10925   OUTAGAMIE CLERK OF COURTS, 410 S WALNUT ST, APPLETON, WI 54911

10924   OUTBACK STEAK HOUSE, 1260 SOUTH MOORLAND ROAD, BROOKFIELD, WI 53005

10925   OUTBACK STEAKHOUSE, 2616 DEREK DR, LAKE CHARLES, LA 70605

10925   OUTBOARD MARINE CORPORATINO, J ROGER CRAWFORD CORP DIR, 190 SEA-HORSE DR, WAUKEGAN, IL 60085

10925   OUTLAW, CHRISTOPHER, 714 PATTON CIRCLE, WINTERVILLE, NC 28950

10925   OUTLAW, JOHN, 1017 VINCENT GUIDRY RD., BREAUX BRIDGE, LA 70517

10925   OUTLAW, ROBERT, 2731 BLUE JAY CIRCLE, HUMBLE, TX 77396

10924   OUTPATIENT-ER ADDITION/CHOWAN HOSP., C/O ROOFING SYSTEMS, EDENTON, NC 27932

10925   OUZOUNIAN, MARY, 7 SPENCER ST, LEXINGTON, MA 02173

10925   OUZTES, WARREN, 164 HOLLY DR, PELZER, SC 29669

10925   OVAERT PH.D., TIMOTHY C, 672 STONELEDGE RD., STATE COLLEGE, PA 16803

10925   OVANDO, GUILLERMO, 2212 S. 30TH ST, MCALLEN, TX 78501

10925   OVASKA, LAURA, 17350 SW 232 ST, GOULDS, FL 33170

10925   OVER, SIXTY-FIVE, REM, NY, NY 10078

10925   OVERBERG, VIRGINIA, 30 BUTTONWOOD DRIVE, SOMERSET, NJ 08873

10925   OVERBY, B, 4001 MOUNTAINBROOK RD., APEX, NC 27502-8366

10925   OVERBY, CAROLE, 1267 FORRESTAL AVE, SAN JOSE, CA 95110-0000

10925   OVERBY, KARIN, 231 SHANNON LAKE CIRCLE, GREENVILLE, SC 29615

10925   OVERBY, TONITA, 905 HOPKINS ST APT-A, DURHAM, NC 27701

10925   OVERDALE CORPORATION, 12400 LOMBARD, ALSIP, IL 60803

10925   OVERDOORS OF ILLINOIS, 601 RIDGE ROAD, HOMEWOOD, IL 60430

10925   OVERDOORS OF ILLINOIS, INC, 601 RIDGE RD., HOMEWOOD, IL 60430

10925   OVEREEM, DONNA, 1960 MTN VIEW RD, CASPER, WY 82604

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | OVERHAUL SUPPORT SERVICES, 237 A ADDISON ROAD, WINDSOR, CT 06095 | |
| 10925 | OVERHEAD CRANE MAINTENANCE CO., 15648 CRANBROOK ST, SAN LEANDRO, CA 94579 | |
| 10925 | OVERHEAD DOOR CO BOCA RAT, 2511 N W FIRST AVE, BOCA RATON, FL 33431 | |
| 10925 | OVERHEAD DOOR CO. OF BALTIMORE, 3501 CENTURY AVE., BALTIMORE, MD 21227 | |
| 10925 | OVERHEAD DOOR CO. OF SW LA., PO BOX 1633, SULPHUR, LA 70663 | |
| 10925 | OVERHEAD DOOR CO., 858 CRESCENTVILLE RD., CINCINNATI, OH 45246 | |
| 10925 | OVERHEAD DOOR COMPANY OF BIRMINGHAM, POST OFFICE BOX 100906, BIRMINGHAM, AL 35210 | |
| 10925 | OVERHEAD DOOR COMPANY OF DANVERS, 49 N. PUTNAM ST, DANVERS, MA 01923-2097 | |
| 10925 | OVERHEAD DOOR COMPANY OF GREENVILLE, PO BOX 6225, STATION B, GREENVILLE, SC 29606 | |
| 10925 | OVERHEAD DOOR COMPANY OF HOUSTON, 11533 S. MAIN ST, HOUSTON, TX 77025 | |
| 10925 | OVERHEAD DOOR COMPANY OF ORLANDO, PO BOX 150847, ALTAMONTE SPRINGS, FL 32715-0847 | |
| 10925 | OVERHEAD DOOR COMPANY OF, THE, PO BOX 100906, BIRMINGHAM, AL 35210 | |
| 10925 | OVERHEAD DOOR COMPANY, 3501 CENTURY AVE, BALTIMORE, MD 21227 | |
| 10925 | OVERHEAD DOOR COMPANY, POBOX 392003, DENVER, CO 80239 | |
| 10925 | OVERHEAD DOOR OF ALTANTA, PO BOX 14107, ATLANTA, GA 30324 | |
| 10925 | OVERHEAD DOOR OF BOSTON, 300 WEYMOUTH ST, ROCKLAND, MA 02370 | |
| 10925 | OVERHEAD INC, 5918 N DETROIT AVE, TOLEDO, OH 43612 | |
| 10925 | OVERHEAD MATERIAL HANDLING ILL INC, 135 W JOHNSON ST SUITE 5, PALATINE, IL 60067 | |
| 10925 | OVERHOLSER, DORIS, 1514 LOCUST ST, BALTIMORE, MD 21226 | |
| 10925 | OVERHUEL, JANET, FLUSHING, NY 11355 | |
| 10925 | OVERKING, MARIBETH, RT 3 BOX 293, FAIRMONT, WV 26554 | |
| 10925 | OVERLAND TRANSPORTATION, PO BOX 7004, INDIANAPOLIS, IN 46207 | |
| 10925 | OVERMYER SR., KENNETH, 480 ORANGE ST, DEQUINCY, LA 70633 | |
| 10925 | OVERMYER, MONICA, 110 K ST, ANDERSON, SC 29625 | |
| 10925 | OVERMYER, WADE, PO BOX 1097, COLLEGEDALE, TN 37315 | |
| 10925 | OVERNIGHT TRANSPORTATION CO., PO BOX 1216, RICHMOND, VA 23209 | |
| 10925 | OVERNIGHT TRANSPORTATION CO., PO BOX 905385, CHARLOTTE, NC 28290-5385 | |
| 10925 | OVERNITE TRANSPORATION CO., PO BOX 79755, BALTIMORE, MD 21279-0755 | |
| 10925 | OVERNITE TRANSPORTATION CO, PO BOX 905385, CHARLOTTE, NC 28290-5385 | |
| 10925 | OVERNITE TRANSPORTATION CO, PO BOXS 79755, BALTIMORE, MD 21279-0755 | |
| 10925 | OVERNITE TRANSPORTATION CO., PO BOX 79755, BALTIMORE, MD 21279-0755 | |
| 10925 | OVERNITE TRANSPORTATION CO., PO BOX 905385, CHARLOTTE, NC 28290-5385 | |
| 10924 | OVERNITE TRANSPORTATION DOCK, 4924 S. 13TH STREET, MILWAUKEE, WI 53221 | |
| 10924 | OVERNITE TRANSPORTATION, HOLD AT DOCK FOR PICK UP, COLUMBUS, GA 31900 | |
| 10925 | OVERNITE TRANSPORTATION, PO BOX 1216, RICHMOND, VA 23209-1216 | |
| 10925 | OVERNITE TRANSPORTATION, PO BOX 905385, BEDFORD PARK, IL 28290 | |
| 10924 | OVERSEAS BECHTEL INC., ONETEMASEK AVE, #05-00 MILLENIA TOWER, 0SGP | *VIA Deutsche Post* |
| 10925 | OVERSEAS PROJECT TRANSPORT INC., 46 SELLERS ST, KEARNY, NJ 07032 | |
| 10925 | OVERSTREET, BEN, PO BOX 974, CITRONELLE,, AL 36522 | |
| 10925 | OVERSTREET, DAEMON, 10312 STONE SCH RD, LOUISVILLE, KY 40059 | |
| 10925 | OVERSTREET, HENRY, 301 A E. FLORIDA ST., CLINTON, SC 29325 | |
| 10925 | OVERSTREET, JAY, 5616 BAKERSVILLE LN, BURKE, VA 22015 | |
| 10925 | OVERSTREET, MARION, 1917 SHADOW LAKE, EDMOND, OK 73034 | |
| 10925 | OVERSTREET, NEMIAH, 411 W MAGNOLIA, LAKELAND, FL 33801-1509 | |
| 10925 | OVERSTREET, ROBERT, 119 BRANDYWINE LANE, SPARTANBURG, SC 29301 | |
| 10925 | OVERSTREET, TOMMY, 101 DAVIS ST, CLINTON, SC 29325 | |
| 10925 | OVERSTREET, WILEY, PO BOX 1714, PRENTISS, MS 39474 | |
| 10925 | OVERSTREET, WILLIAM, 5015 GRAHAM LANE, OWENSBORO, KY 42303 | |
| 10924 | OVERTON HIGH SCHOOL, 4820 FRANKLIN PIKE, NASHVILLE, TN 37200 | |
| 10924 | OVERTON HIGH SCHOOL, 4820 FRANKLIN PIKE, NASHVILLE, TN 37220 | |
| 10925 | OVERTON, A, 8735 N E EUGENE ST, PORTLAND, OR 97220-5408 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | OVERTON, DAVID, 15127 WILLOW BRANCH, HOUSTON, TX 77070 | |
| 10925 | OVERTON, DOUGLAS, PO BOX 7, MEEKER, CO 81641 | |
| 10925 | OVERTON, JERRY, 10 FAIR RIDGE CIRCLE, ATLANTIC, IA 50022-2848 | |
| 10925 | OVERTON, JIMMIE, 165 MAIN ST, MEEKER, CO 81641 | |
| 10925 | OVERTON, JOHN, RR6 BOX 870, ALVIN, TX 77511-9506 | |
| 10925 | OVERTON, JOHNNY, 4340 SOUTH 300 E, KNOX, IN 46534 | |
| 10925 | OVERTON, JOSEPH, 28 FRANKLIN PLACE, WASHINGTONVILLE, NY 10992 | |
| 10925 | OVERTURF, CAROLINE, RD 1 BOX 11, ROCKTON, PA 15856 | |
| 10925 | OVERTURF, KATHY, 2066 HEARTLAND CIR., BRENTWOOD, CA 94513 | |
| 10925 | OVERTURF, REX, 214 STONEY CRK RD NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | OVITT, KIMBERLY, 8000 VILLAGE OAK, SAN ANTONIO, TX 78233 | |
| 10925 | OVRUTSKY, MARGARITA, 3 F FLETCHER ROAD, MONSEY, NY 10952 | |
| 10925 | OVSHAK, KERRI, 417 EAST MAIN ST., WINNECONNE, WI 54986 | |
| 10924 | OWATONNA HIGH SCHOOL, 333 EAST SCHOOL STREET, OWATONNA, MN 55060 | |
| 10925 | OWCZARCZAK, MARILOU, 231 VICKSBURG AVE, TONAWANDA, NY 14150 | |
| 10925 | OWCZAREK, EDWARD, 6059 W 64TH PLACE, CHICAGO, IL 60638 | |
| 10925 | OWEN CLERK, JERRY P, 120 VICKERY ST RM 202, HEFLIN, AL 36264 | |
| 10924 | OWEN CONSTRUCTION LTD, 11 1435 40TH AVENUE N.E., CALGARY, AB T2A 5Z8TORONTO | *VIA Deutsche Post* |
| 10925 | OWEN GALLOWAY CLARK, 3003 MAGNOLIA ST, PASCAGOULA, MS 39567 | |
| 10925 | OWEN MC CRUDDEN &, MARGARET MC CRUDDEN JT TEN, 3581 FROST RD, SHRUB OAK, NY 10588-1801 | |
| 10925 | OWEN MURPHY &, CATHERINE MURPHY JT TEN, 7691 ALDERSYDE DR, MIDDLEBURG HTS, OH 44130-7101 | |
| 10925 | OWEN THOMAS BLUNT, 2353 PINON RD, RESCUE, CA 95672-9649 | |
| 10925 | OWEN, C, 159 WEST OXFORD, PONTOTOC, MS 38863 | |
| 10925 | OWEN, DAVE, 2241 JOHN DODD ROAD, WELLFORD, SC 29385-9783 | |
| 10925 | OWEN, EARL, 3253 RAINTREE RD, OKLAHOMA CITY, OK 73120 | |
| 10925 | OWEN, EUGENE, 690 GRINDSTONE RD, WAYNESVILLE, NC 28786 | |
| 10925 | OWEN, HASKELL, RT. 1, LYNN ST, FORT COBB, OK 73038 | |
| 10925 | OWEN, HEATHER, 2241 JOHN DODD ROAD, WELLFORD, SC 29385 | |
| 10925 | OWEN, ILA RUTH, RT 1 256 BEACHWOOD LOOP, TRINIDAD, TX 75163 | |
| 10925 | OWEN, JOHN C, 1013 16TH ST., LAKE CHARLES, LA 70601 | |
| 10925 | OWEN, KIMRA, 3900 IOWA PARK ROAD, WICHITA FALLS, TX 76305 | |
| 10925 | OWEN, LARRY, PO BOX 822, SIMPSONVILLE, SC 29681 | |
| 10925 | OWEN, MICHAEL, 3604 OAKMONT, MIDLAND, TX 79707 | |
| 10925 | OWEN, PEGGY, 110 LINDSEY WAY, SANFORD, FL 32771 | |
| 10925 | OWEN, ROGER, RT. 1, BOX 257C, PORT LAVACA, TX 77979 | |
| 10925 | OWEN, RONNEY, PO BOX 993, 303 N MAIN, HOLLIDAY, TX 76366 | |
| 10925 | OWEN, RONNIE, PO BOX 935, IOWA PARK, TX 76367 | |
| 10925 | OWEN, SR, LARRY B., PO BOX 1882, 8, OWENSBORO, KY 42302 | |
| 10925 | OWEN, THOMAS, 6004 TEE CT, FARMINGTON, NM 87402-4925 | |
| 10925 | OWEN, YVONNE, 260 PARR BLVD, E5, RENO, NV 89506 | |
| 10925 | OWEN-FAULKNER AND ASSOCIATES, PO BOX 9242, GREENVILLE, SC 29604 | |
| 10924 | OWENS & MINOR - AUGUSTA, 777 HORIZON SOUTH PARKWAY, GROVETOWN, GA 30813 | |
| 10924 | OWENS & MINOR - ERLANGER, SUITE 120, 3300 TURFWAY ROAD, ERLANGER, KY 41018 | |
| 10924 | OWENS & MINOR INC., 3131 VALLEYHIGH DR. NW, ROCHESTER, MN 55901 | |
| 10924 | OWENS & MINOR, 11439 MOOG DRIVE, SAINT LOUIS, MO 63146 | |
| 10924 | OWENS & MINOR, 11440 EAST 56TH STREET, DENVER, CO 80239 | |
| 10924 | OWENS & MINOR, 1220 FOREST PARKWAY, WEST DEPTFORD, NJ 08066 | |
| 10924 | OWENS & MINOR, 135 CONSTITUTION BOULEVARD, FRANKLIN, MA 02038 | |
| 10924 | OWENS & MINOR, 1434 PATTON PLACE, CARROLLTON, TX 75007 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | OWENS & MINOR, 14599 N.W. 8TH STREET, SUNRISE, FL 33325 | |
| 10924 | OWENS & MINOR, 1800 SOUTHERN ROAD, KANSAS CITY, MO 64120 | |
| 10924 | OWENS & MINOR, 200 JOHN HANCOCK, TAUNTON, MA 02780 | |
| 10924 | OWENS & MINOR, 2302 W. VALLEY, AUBURN, WA 98001 | |
| 10924 | OWENS & MINOR, 2700 BRITTMORE, HOUSTON, TX 77043 | |
| 10924 | OWENS & MINOR, 27695 SW 95TH AVENUE, WILSONVILLE, OR 97070 | |
| 10924 | OWENS & MINOR, 289 CAHABA PARKWAY, PELHAM, AL 35124 | |
| 10924 | OWENS & MINOR, 3019 MERCER DRIVE, ORLANDO, FL 32808 | |
| 10924 | OWENS & MINOR, 31-B BUTTERFIELD TRAIL, EL PASO, TX 79906 | |
| 10924 | OWENS & MINOR, 3375 COBB INTERNATIONAL BOULEVARD, KENNESAW, GA 30152 | |
| 10924 | OWENS & MINOR, 3551 WORKMAN ROAD, KNOXVILLE, TN 37921 | |
| 10924 | OWENS & MINOR, 45755 FIVE MILE ROAD, PLYMOUTH, MI 48170 | |
| 10924 | OWENS & MINOR, 4683 CAROLINA AVENUE, RICHMOND, VA 23222 | |
| 10924 | OWENS & MINOR, 4740 MOLINE, DENVER, CO 80239 | |
| 10924 | OWENS & MINOR, 501 S. NEW HOPE ROAD, RALEIGH, NC 27610 | |
| 10924 | OWENS & MINOR, 6100 NE 2ND STREET, OKLAHOMA CITY, OK 73127 | |
| 10924 | OWENS & MINOR, 6150 LAS POSITAS ROAD, LIVERMORE, CA 94550 | |
| 10924 | OWENS & MINOR, 700 ELMWOOD PARK BOULEVARD, HARAHAN, LA 70123 | |
| 10924 | OWENS & MINOR, 7437 INDUSTRIAL BLVD., ALLENTOWN, PA 18104 | |
| 10924 | OWENS & MINOR, 8730 A GREENWOOD PLACE, SAVAGE, MD 20763 | |
| 10924 | OWENS & MINOR, 8952 WESTERN WAY, JACKSONVILLE, FL 32256 | |
| 10924 | OWENS & MINOR, 9225 FLACK ROAD, SHREVEPORT, LA 71106 | |
| 10924 | OWENS & MINOR, 9727 BAUER DRIVE EAST, INDIANAPOLIS, IN 46280 | |
| 10924 | OWENS & MINOR, DONAHUE & LUXOR ROADS, GREENSBURG, PA 15601 | |
| 10924 | OWENS & MINOR/GREEN BAY, 969 WAUBE LANE, GREEN BAY, WI 54304 | |
| 10924 | OWENS & MINOR/HANOVER PARK, 945 MUIRFIELD DRIVE, HANOVER PARK, IL 60103 | |
| 10924 | OWENS & MINOR/INDIANAPOLIS, 6585 EAST 30TH ST STE A, INDIANAPOLIS, IN 46219 | |
| 10924 | OWENS & MINOR/JACKSON, 326 US HIGHWAY 49 SOUTH, RICHLAND, MS 39218 | |
| 10924 | OWENS & MINOR/LOS ANGELES, 455 SOUTH BREA CANYON, CITY OF INDUSTRY, CA 91789 | |
| 10924 | OWENS & MINOR/MOUNDS VIEW, 2151 COUNTY ROAD H2, MOUNDS VIEW, MN 55112 | |
| 10924 | OWENS & MINOR/PHOENIX, SUITE 101, 107 S. 41ST AVE, PHOENIX, AZ 85009 | |
| 10924 | OWENS & MINOR/SALT LAKE, 2297 WEST CUSTER ROAD, SALT LAKE CITY, UT 84104 | |
| 10924 | OWENS & MINOR/TULSA, 8831 EAST PINE STE 100, TULSA, OK 74115 | |
| 10924 | OWENS & MINOR/WAUNAKEE, 201 RAEMISCH ROAD, WAUNAKEE, WI 53597 | |
| 10924 | OWENS & SONS CONC, 2034 AGRICULTURE ST, NEW ORLEANS, LA 70182 | |
| 10924 | OWENS & SONS INC, 2034 AGRICULTURE ST, NEW ORLEANS, LA 70182 | |
| 10925 | OWENS ALTERATIONS & REPAIR, 27094 HWY 221 N, ENOREE, SC 29335 | |
| 10925 | OWENS ALTERATIONS & REPAIR, HWY 221, ENOREE, SC 29335 | |
| 10925 | OWENS BODY SHOP, 400 MILL ST, LAURENS, SC 29360 | |
| 10925 | OWENS BORO POST, SIXTY THREE, GARM, NY, NY 10045 | |
| 10925 | OWENS BORO, FEMALE, PLM, NY, NY 10034 | |
| 10925 | OWENS COMMUNITY COLLEGE, POBOX 10,000, TOLEDO, OH 43699-1947 | |
| 10925 | OWENS CORNING CORPORATION, ONE OWENS CORNING PKWY, TOLEDO, OH 43659 | |
| 10925 | OWENS CORNING MARSHALL & MELHORN, DAVID SCHLAUDECKER, | |
| 10924 | OWENS CORNING, CHARLESTON, WV 25334 | |
| 10924 | OWENS CORNING, PO BOX69047, CHARLESTON, WV 25334 | |
| 10925 | OWENS CORNING-TRUMBULL DIVISION, PO BOX 360029M, PITTSBURGH, PA 15251-6029 | |
| 10924 | OWENS ELECTRIC SUPPLY, P.O. BOX 3427, WILMINGTON, NC 28403 | |
| 10924 | OWENS ILLINOIS, 25875 U.S. RT. 25, 29 LD, PERRYSBURG, OH 43551 | |
| 10925 | OWENS ILLINOIS/KIMBLE GLASS, MCCARTER & ENGLISH, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | OWENS JR., STEVEN, CLOUSE HWY., WHITESIDE, TN 37396 | |
| 10925 | OWENS MARKETING DESIGN, 5 HUNTFIELD COURT, OWINGS MILLS, MD 21117 | |
| 10924 | OWENS MINOR/CHARLOTTE, 3010C HUTCHINSON-MCDONALD RD, CHARLOTTE, NC 28269 | |
| 10925 | OWENS VENTURES INC, BOX 1055, LIBBY, MT 59923 | |
| 10925 | OWENS VENTURES, 1673 HWY 37 BOX 1055, LIBBY, MT 59923 | |
| 10925 | OWENS, ARLENE, PO BOX 141, GASTON, NC 27832 | |
| 10925 | OWENS, AVRAY, 20247 BIRWOOD, DETROIT, MI 48221 | |
| 10925 | OWENS, BARBARA, RT 2 BOX 384N, ROANOKE RAPIDS, NC 27870 | |
| 10925 | OWENS, BETH, 2818 PLAZA VERDE, SANTA FE, NM 87505 | |
| 10925 | OWENS, BONNYE, 305 MCDOWELL PARK CIR, JACKSON, MS 39204 | |
| 10925 | OWENS, CAROL, 7319 GLEN CHASE RD, MONTGOMERY, AL 36117 | |
| 10925 | OWENS, CHILTON, 5610 N DIXIE, ODESSA, TX 79762 | |
| 10925 | OWENS, CHRISTOPER, 769 ST MICHAELS DR, MITCHELLVILLE, MD 20716 | |
| 10925 | OWENS, CLARY & AIKEN, LLP, 1717 MAIN ST SUITE 2400, DALLAS, TX 75201 | |
| 10925 | OWENS, CLIFFORD, 220 PONDEROSA PASS, CRAIG, CO 81625 | |
| 10925 | OWENS, COLUMBUS, 390 HOLLAND FORD ROAD, PELZER, SC 29669-9295 | |
| 10925 | OWENS, CYNTHIA, 2025 DANVILLE PK, DECATUR, AL 35603 | |
| 10925 | OWENS, DAVID, 105 BEACON POINT CT, JOPPA, MD 21085 | |
| 10925 | OWENS, DAVID, 1705 HAIRINGTON CT, VIRGINIA BEACH, VA 23464 | |
| 10925 | OWENS, DAVID, 7744 CR 41, HAMILTON, CO 81638 | |
| 10925 | OWENS, DEBORAH, 3107 W LARKSPUR DR, PHOENIX, AZ 85029 | |
| 10925 | OWENS, DENISE, 13660 GLEN CANYON DR, CORONA, CA 91719 | |
| 10925 | OWENS, DONALD, 10122 CLAIRMONT, LA PORTE, TX 77571 | |
| 10925 | OWENS, DONNA, 200 AMBERCHASE CT, LEXINGTON, SC 29073 | |
| 10925 | OWENS, DONOVAN, 326 ABERCROMBIE RD, FOUNTAIN INN, SC 29644 | |
| 10925 | OWENS, EARL, 6416 W 26TH, ODESSA, TX 79764 | |
| 10925 | OWENS, EUNICE, PO BOX 42, BELLE HAVEN, VA 23366 | |
| 10925 | OWENS, FARIS, 4950 STONEYBROOK BLV, HILLIARD, OH 43026 | |
| 10925 | OWENS, GARY, 445 MOTLOW SCHOOL RD, CAMPOBELLO, SC 29322 | |
| 10925 | OWENS, GEORGE, 4684 SEQUOIA ROAD, MEMPHIS, TN 38117-1824 | |
| 10925 | OWENS, IRENE, 390 HOLLAND FORD ROAD, PELZER, SC 29669-9295 | |
| 10925 | OWENS, J, 130 HOLSTON VALLEY CIRCLE, INMAN, SC 29349 | |
| 10925 | OWENS, J, 15 MASSASOIT AVE, EAST PROVIDENCE, RI 02914 | |
| 10925 | OWENS, JAMES, 6901 WEST CALDWELL CT, MILWAUKEE, WI 53218 | |
| 10925 | OWENS, JEAN, RT. 1 BOX 103, MOMENCE, IL 60964 | |
| 10925 | OWENS, JIMMY, 3802 CARAVELLE PKWY, CORPUS CHRISTI, TX 78415 | |
| 10925 | OWENS, JOE, 204 HYDE CIRCLE, MAULDIN, SC 29662 | |
| 10925 | OWENS, JOHN, 1200 EAST JOY LANE, FT PIERCE, FL 34945 | |
| 10925 | OWENS, JOHN, 216 COMPTON ROAD, BELTON, SC 29627 | |
| 10925 | OWENS, JONATHAN, 6094 BUSCH BLVD, COLUMBUS, OH 43229 | |
| 10925 | OWENS, KEVIN, 4006 FM 646 NORTH, SANTA FE, TX 77510 | |
| 10925 | OWENS, KIMBERLY A., 5590 WOODLAND DRIVE, ACWORTH, GA 30102 | |
| 10925 | OWENS, KIN, 3400 N MARYLANDD, MILWAUKEE, WI 53211 | |
| 10925 | OWENS, LAVETTE, 2634 WOODLAND AVE., LOUISVILLE, KY 40211 | |
| 10925 | OWENS, MARK, 827 ROAULT AVE, LAS CRUCES, NM 88005 | |
| 10925 | OWENS, MARK, DALE COCKRELL CHRISTENSEN MOORE C, P0 BOX 7370, KALISPELL, MT 59904-0370 | |
| 10925 | OWENS, MARY, RFD 1, BOX 317A, ROSEBORO, NC 28382 | |
| 10925 | OWENS, MATTHEW, 4927 POSTLEWAITE RD, COLUMBUS, OH 43235 | |
| 10925 | OWENS, NANCY, 480 ALEXANDER SPUR, SOMERSET, KY 42501 | |
| 10925 | OWENS, RACHEL, 5456 GLEN CANYON ROAD, FORT WORTH, TX 76137 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OWENS, RAYMOND, 544 BETHANY ROAD, SIMPSONVILLE, SC 29681

10925   OWENS, REBECCA, 690 TRAYNHAM RD, HONEA PATH, SC 29654

10925   OWENS, ROBIN, 101 EAST HILLS DRIVE, GREER, SC 29650

10925   OWENS, ROLAND, 5603 OLD SCOTT LAKE ROAD, LAKELAND, FL 33803

10925   OWENS, SHERIAN, 16073 LITTLE ROCK RD, CHILHOWIE, VA 24319

10925   OWENS, STEVE, 2425 CHALET GARDENS, 2, MADISON, WI 53711

10925   OWENS, SUSAN, 133 SAVANNA ST, JACKSON, MS 39212

10925   OWENS, SUSAN, 309 W STATION ST, ST ANNE, IL 60964

10925   OWENS, SYLVESTER, 8100 BAYFIELD ROAD, COLUMBIA, SC 29223

10925   OWENS, TERRY, 1109 MOUNTAIN VIEW ROAD, ANDERSON, SC 29624

10925   OWENS, TONY, 3815 DIXON RD, ANDERSON, SC 29625

10925   OWENS, V, 8937 E. 4 TH ST., TULSA, OK 74112

10925   OWENSBORO ARMATURE WORKS INC, 609 E. 14TH ST, OWENSBORO, KY 42303

10924   OWENSBORO CONCRETE, 1645 HALL STREET, OWENSBORO, KY 42302

10924   OWENSBORO CONCRETE, PO BOX 2000, OWENSBORO, KY 42302

10924   OWENSBORO GRAIN & EDIBLE OILS, 1145 EWING ROAD, OWENSBORO, KY 42302

10924   OWENSBORO GRAIN CO., PO BOX 1787, OWENSBORO, KY 42302-1787

10925   OWENSBORO HAULING, 2103 GRIMES AVE, OWENSBORO, KY 42303

10925   OWENSBORO HIGH SCHOOL, 2626 W PARRISH AVE, OWENSBORO, KY 42301

10925   OWENSBORO INTERNAL MEDICINE, 815 EAST PARRISH AVE, OWENSBORO, KY 42303

10925   OWENSBORO-DAVIES COUNTY CHAMBER OF, PO BOX 825, OWENSBORO, KY 42302-0825

10924   OWENSBORO-DAVIESS CO. HOSPITAL, OWENSBORO, KY 42301

10924   OWENS-BROCKWAY, 316 WEST 16TH STREET, ERIE, PA 16502

10925   OWENSBY, AARON, 414 W. RUBY, IOWA PARK, TX 76367

10925   OWENSBY, ARCH, 2425 BRENTON DRIVE, COLORODO SPRING, CO 80918

10925   OWENSBY, BETTY, 1454 CABIN CREEK DRIVE, NICHOLSON, GA 30565

10925   OWENSBY, JOSEPH, 335 SEVEN OAKS LN, SPARTANBURG, SC 29301-2713

10925   OWENSBY, TAMRA, 130 LEE CIRCLE, GREER, SC 29651

10925   OWENSBY, W., 162 SMOKEY HOLLOW RD, JEFFERSON, GA 30549

10925   OWENS-CORNING FIBERGLAS CORP., FIBERGLAS TOWER T-26, TOLEDO, OH 43659

10925   OWENS-CORNING FIBERGLAS CORP., PO BOX 360029M, PITTSBURGH, PA 15251

10925   OWENS-CORNING FIBERGLAS CORPORATION, 350 NORTH ST. PAUL ST, DALLAS, TX 75201

10925   OWENS-CORNING FIBERGLASS INC, RODNEY A NOWLAND ASST SECRETR,

10925   OWENS-IL INC, SUSAN SMITH,

10925   OWENS-ILLINOIS INC., ONE SEAGATE, TOLEDO, OH 43666

10925   OWENS-ILLINOIS, INC, PO BOX 91526, CHICAGO, IL 60693

10924   OWESEN & CO., 144 CENTRE STREET, BROOKLYN, NY 11231

10925   OWINGS, JIMMY, 419 FORK SHOALS ROAD, WOODRUFF, SC 29388

10925   OWINGS, LUTHER, 201 OAKVIEW FARMS ROAD, WOODRUFF, SC 29388-9306

10925   OWINGS, OLIVER, 1303 W CLYDE, VINITA, OK 74301

10925   OWINGS, ROBERT, PO BOX 874, WOODRUFF, SC 29388

10924   OWL ROCK, 31943 EAST MAIN ST, BARSTOW, CA 92311

10924   OWNER OPERATOR READY MIX, 8216 TUJUNGA AVE, SUN VALLEY, CA 91352

10924   OWNER OPERATOR READY MIX, 8216 TUJUNGA AVE., SUN VALLEY, CA 91352

10925   OWOSSO READY MIX CO, PO BOX 484, OWOSSO, MI 48867

10924   OWOSSO READY MIX CO., 441 CLEVELAND, OWOSSO, MI 48867

10924   OWOSSO READY MIX CO., CLEVELAND RD, OWOSSO, MI 48867

10924   OWOSSO READY MIX COMPANY, 441 CLEVELAND, OWOSSO, MI 48867

10925   OWSIANY, ESQ, ROBERT, KIRKPATRICK & LOCKHART LLP, HENRY W. OLIVER BLDG, 535 SMITHFIELD ST, PITTSBURGH, PA 15222-2312

10925   OWTEN, CHERYL, 5948 N. SHERMAN BLVD #6, MILWAUKEE, WI 53209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   OWYANG JT TEN, JOHN & ELLA J, 1430 CEDAR, BERKELEY, CA 94702-1221

10925   OX, DENNIS, 5122 ROCKPOINT, WICHITA FALLS, TX 76310

10925   OXBORROW, CAROL, 3645 ORMSBY LANE, CARSON CITY, NV 89704

10925   OXENDINE, CAROLYN, 3618 LAKESHORE DR, HOPE MILLS, NC 28348

10925   OXENDINE, JANET, 3114 TURTLE POINT DR, FAYETTEVILLE, NC 28304

10925   OXENDINE, SONYA, 3965 GROSBEAK DR, CONCORD, NC 28025

10925   OXFORD & ASSOCIATES, INC, 100 CUMMINGS CTR., STE. 206-L, BEVERLY, MA 01915-6104

10924   OXFORD ATHLETIC CLUB, 100 VILLAGE CLUB DRIVE, WEXFORD, PA 15090

10925   OXFORD COMMERCIAL FUNDING LLC, PO BOX 952056, SAINT LOUIS, MO 63195-2056

10925   OXFORD ENGINEERS, 5900 YORK ROAD, BALTIMORE, MD 21212

10925   OXFORD FRAME GALLERY, 401 SOUTH LAMAR, OXFORD, MS 38655

10925   OXFORD FURNISHED APARTMENTS INC, PO BOX 5891, INDIANAPOLIS, IN 46255

10925   OXFORD GLOBAL RESOURCES, 100 CUMMINGS CTR., STE. 206-L, BEVERLY, MA 01915-6104

10925   OXFORD GLOBAL RESOURCES, 4 CENTENNIAL DR., PEABODY, MA 01960

10924   OXFORD HILLS HIGH SCHOOL, SOUTH PARIS, ME 04281

10924   OXFORD INST, 21000 E. 12 MIE RD., SAINT CLAIR SHORES, MI 48081-1116

10925   OXFORD INSTRUMENTS INC, 275 TECHNOLOGY CIRCLE, SCOTTS VALLEY, CA 95066

10925   OXFORD INSTRUMENTS, 130 A BAKER AVE EXT., CONCORD, MA 01742

10924   OXFORD INSTRUMENTS, INC., DOCK B, 601 OAK RIDGE TURNPIKE, OAK RIDGE, TN 37830

10924   OXFORD INSTRUMENTS, INC., NUCLEAR MEASUREMENTS GROUP, 601 OAK RIDGE TURNPIKE, OAK RIDGE, TN 37830

10924   OXFORD LUMBER CO., 1400 BARRY ST., OXFORD, AL 36203

10924   OXFORD MACHINE CO., INC., COLDWATER INDUSTRIAL PARK, OXFORD, AL 36203

10924   OXFORD SAND & GRAVEL, 107 CEDAR HILL DRIVE, OXFORD, MS 38655

10924   OXFORD SAND & GRAVEL, NEW PONTOTOC COUNTY INDUSTRIAL RD., PONTOTOC, MS 38863

10925   OXFORD SUPERCONDUCTIVE TECHNOLOGIES, 600 MILIK ST, CARTERET, NJ 07008

10925   OXFORD UNIVERSITY PRESS, 198 MADISON AVE, NEW YORK, NY 10016

10925   OXFORD UNIVERSITY PRESS, 2001 EVANS RD., CARY, NC 27513

10925   OXLEY, WILLIAM, 7 CHURCH ST, HAMPTON, NH 03842

10924   OXNARD BLDG MATERIALS, ATTN:  ACCOUNTS PAYABLE, OXNARD, CA 93032

10924   OXNARD BUILDING MATERIALS, 121 COOPER ROAD, OXNARD, CA 93032

10924   OXNARD BUILDING MATERIALS, 132 N. SHERMAN, CORONA, CA 91718

10924   OXNARD BUILDING MATERIALS, 620 QUINIENTOS ST., SANTA BARBARA, CA 93103

10924   OXNARD BUILDING MATERIALS, ARIZONA PLASTERING, PHOENIX, AZ 85019

10924   OXNARD BUILDING MATERIALS, PO BOX2889, CORONA, CA 92878

10924   OXNARD HIGH SCHOOL, C/O WESTSIDE BUILDING MATERIALS, OXNARD, CA 93030

10924   OXO WELDING EQUIPMENT COMPANY, 701 W WATER STREET, TROY, OH 45373

10925   OXTON, JOHANNA, 328 LOMA VISTA AVE, SANTA BARBARA, CA 93101-1229

10924   OXY CHEMICAL, 4403 PASEDENA FARWAY HWY 225, PASADENA, TX 77503

10924   OXY DRY CORPORATION, 3023 MALMO DRIVE, ARLINGTON HEIGHTS, IL 60005

10925   OXY USA INC [FORMERLY KNOWN AS CITI, OXY USA INC,

10924   OXY USA, PO BOX 27570, HOUSTON, TX 77227

10924   OXY USA. INC., PO BOX 27570, HOUSTON, TX 77227

10924   OXYCHEM-HCC, 1000 TIDAL ROAD, DEER PARK, TX 77536

10924   OXY-DRY CORP., 1208 N SWIFT ROAD, ADDISON, IL 60101

10924   OXY-DRY CORPORATION, 1331 W. HAMILTON PARKWAY, ITASCA, IL 60143

10924   OXY-DRY CORPORATION, 26 C WORLD'S FAIR DRIVE, SOMERSET, NJ 08873

10924   OXY-DRY, 1 ELIZABETH STREET, RARITAN, NJ 08869

10925   OYAMA BROS, PO BOX 360195, MILPITAS, CA 95036-0195

10925   OYENEYIN, CATHY, 8414 CARROLLTON PKWYAPT. #102, NEW CARROLLTON, MD 20784

10925   OYLER, D, 126 ELDORADO DRIVE, DE BARY, FL 32713

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   OYLER, KIMBERLEY, 109 SANDLEWOOD TERR, FREDERICKSBURG, VA 22405

10924   OYSTER SCHOOL, 29TH AND CALCERT STREET, 2801 CALCERT STREET, WASHINGTON, DC 20008

10925   OYSTER, PERLE, 819 E LAKE ST, OSAKIS, MN 56360

10925   OYSTER, W, 819 E LAKE ST, OSAKIS, MN 56360

10925   OZANIC, THOMAS, 45321 NORTH AVE, MT CLEMENS, MI 48045

10924   OZARK 2000 HOSPITAL, 1100 KENTUCKY, WEST PLAINS, MO 65775

10924   OZARK BUILDING MATERIAL, 2840 BRECKENRIDGE IND CT, SAINT LOUIS, MO 63144

10924   OZARK BUILDING MATERIAL, 2840 BRECKENRIDGE IND. CT, SAINT LOUIS, MO 63144

10924   OZARK BUILDING MATERIALS, 2840 BRECKENRIDGE IND. CT, SAINT LOUIS, MO 63144

10924   OZARK R/M, 19860 HOUSTON RD., LEBANON, MO 65536

10924   OZARK READY MIX CONC CO INC, 1115 BLUFF DRIVE, OSAGE BEACH, MO 65065

10924   OZARK READY MIX CONC CO INC, HIGHWAY 54 WEST, CAMDENTON, MO 65020

10924   OZARK READY MIX CONC CO INC, HIGHWAY 54, LINN CREEK, MO 65052

10924   OZARK READY MIX CONC CO INC, ROUTE TT, SUNRISE BEACH, MO 65079

10924   OZARK READY MIX, HIGHWAY 52, ELDON, MO 65026

10924   OZARK READY MIX, HWY 54, OSAGE BEACH, MO 65065

10924   OZARK READY-MIX, 1115 BLUFF DRIVE, OSAGE BEACH, MO 65065

10924   OZARK VILLAGE DOCK INC, 294 SUSAN RD, LAKE OZARK, MO 65049

10924   OZARK VILLAGE DOCK INC, 300 SUSAN ROAD, LAKE OZARK, MO 65049

10924   OZARK VILLAGE DOCK,INC., 300 SUSAN ROAD, LAKE OZARK, MO 65049

10924   OZAUKEE COUNTY, 121 WEST MAIN STREET, PORT WASHINGTON, WI 53074

10925   OZBIRN, HILTON, 490 MILK SPRINGS RD, TUSCUMBIA, AL 35674

10925   OZBURN ELECTRICAL CONTRACTORS INC, PO BOX 230, COVINGTON, GA 30015

10925   OZDINC, AYLA, 820 DURANT COURT, WEST CHESTER, PA 19380

10925   OZDONSKI, WILLIAM, 330 RUSLING ST, TRENTON, NJ 08611

10925   OZERGENE, BINGUL, 8000 GLENSIDE DRIVE, TAKOMA PARK, MD 20912

10925   OZIE ROUSE & MARODIE ROUSE JT TEN, 634 HUSSA ST, LINDEN, NJ 07036-2627

10924   OZINGA BROS INC, 3837 W. 127TH ST, ALSIP, IL 60658

10924   OZINGA BROS. DO NOT USE, 825 S. WHITTAKER ST., NEW BUFFALO, MI 49117

10924   OZINGA BROTHERS, 825 SO WHITTAKER, NEW BUFFALO, MI 49117

10924   OZINGA CHICAGO RMC, 5600 WEST 41ST STREET, FOREST VIEW, IL 60402

10924   OZINGA CHICAGO RMC, INC., 1818 EAST 103RD STREET, CHICAGO, IL 60617

10924   OZINGA CHICAGO RMC, INC., 2001 N. MENDELL STREET, CHICAGO, IL 60614

10924   OZINGA CHICAGO RMC, INC., 2255 S. LUMBER ST. (CHINATOWN), CHICAGO, IL 60616

10924   OZINGA CHICAGO RMC, INC., 2255 S. LUMBER STREET, CHICAGO, IL 60616

10925   OZINGA CHICAGO RMC,INC, 2255 S.LUMBER ST, CHICAGO, IL 60616

10925   OZINGA CONCRETE PRODUCTS INC, 15959 S 108TH AVE, ORLAND PARK, IL 60467

10924   OZINGA CONCRETE PRODUCTS, 15959 S 108TH AVENUE, ORLAND PARK, IL 60462

10924   OZINGA CONCRETE PRODUCTS, INC., 15959 SOUTH 108TH AVENUE, ORLAND PARK, IL 60462

10924   OZINGA ILLINOIS, 11400 OLD LEMONT ROAD, LEMONT, IL 60439

10924   OZINGA ILLINOIS, 131ST PLACE & KEDZIE AVENUE, BLUE ISLAND, IL 60406

10924   OZINGA ILLINOIS, 1750 S STATE STREET, CHICAGO HEIGHTS, IL 60411

10924   OZINGA ILLINOIS, 18825 S.96TH AVE.  (I-80 & RT 45), MOKENA, IL 60448

10924   OZINGA ILLINOIS, 18825 SOUTH 96TH AVENUE, MOKENA, IL 60448

10924   OZINGA ILLINOIS, 504 RAILROAD AVENUE, JOLIET, IL 60436

10924   OZINGA ILLINOIS, 6141 NORTH ROUTE 50, MANTENO, IL 60950

10924   OZINGA ILLINOIS, ROUTE 126, PLAINFIELD, IL 60544

10924   OZINGA ILLINOIS, SUNSET DRIVE, MONEE, IL 60449

10924   OZINGA INDIANA RMC, INC., 11551 N. STATE ROAD 49, WHEATFIELD, IN 46392

10924   OZINGA INDIANA RMC, INC., 1203 SUMMIT STREET, CROWN POINT, IN 46307

10924   OZINGA INDIANA RMC, INC., 25200 STATE ROAD 23, SOUTH BEND, IN 46614

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    OZINGA INDIANA RMC, INC., 2750 RAYSTONE, VALPARAISO, IN 46383

10924    OZINGA INDIANA RMC, INC., 400 BLAINE ST. @ CLINE AVENUE, GARY, IN 46406

10924    OZINGA INDIANA RMC, INC., 400 BLAINE STREET, GARY, IN 46406

10924    OZINGA INDIANA RMC, INC., 52600 COUNTY ROAD 17 (AT TOLL RD), BRISTOL, IN 46507

10924    OZINGA INDIANA RMC, INC., I-65 & 61ST AVENUE, MERRILLVILLE, IN 46410

10924    OZINGA INDIANA RMC, INC., INDUSTRIAL AVENUE, PORTAGE, IN 46368

10924    OZINGA INDIANA RMC, INC., NORTH ON STATE ROAD 19, 27632 COUNTY ROAD 20 - MISHAWAKA RD, ELKHART, IN 46514

10924    OZINGA INDIANA RMC, INC., RT.41 - 891 HARTFARM RD - W.OF 41, SCHERERVILLE, IN 46375

10924    OZINGA INDIANA RMC, INC., VARIOUS LOCATIONS - ZIPPER PLANT, HIGHLAND, IN 46322

10924    OZINGA MICHIGAN RMC, INC., 1523 LAKE STREET, NILES, MI 49120

10924    OZINGA MICHIGAN RMC, INC., 220 NORTH WAYNE, SAINT JOSEPH, MI 49085

10924    OZINGA MICHIGAN RMC, INC., 3600 COVINGTON STREET, KALAMAZOO, MI 49001

10924    OZINGA MICHIGAN RMC, INC., 400 BLAINE STREET, GARY, IN 46406

10924    OZINGA MICHIGAN RMC, INC., 59285 COUNTY ROAD 665, PAW PAW, MI 49079

10924    OZINGA MICHIGAN RMC, INC., 825 S WHITTAKER, NEW BUFFALO, MI 49117

10924    OZINGA MICHIGAN RMC, INC., 954 E. BRIDGE STREET, PLAINWELL, MI 49080

10924    OZINGA MICHIGAN RMC, INC., P.O. BOX 8629, BENTON HARBOR, MI 49022

10924    OZINGA NORTH SUBURBAN RMC, 555 TOLLGATE ROAD, ELGIN, IL 60123

10924    OZINGA NORTHWEST SUBURBAN RMC., 1475 W. BARTLETT ROAD, ELGIN, IL 60120

10924    OZINGA NORTHWEST SUBURBAN RMC., 29 W. 701 NORTH AURORA RD  (RTE 59), NAPERVILLE, IL 60540

10924    OZINGA NORTHWEST SUBURBAN RMC., 4701 AUVERGNE AVENUE - SUITE 102, LISLE, IL 60532

10924    OZINGA NORTHWEST SUBURBAN RMC., 766 HUNTER STREET, BATAVIA, IL 60510

10924    OZINGA READY MIX, MAYFLOWER ROAD, SOUTH BEND, IN 46614

10924    OZINGA SOUTH SUBURBAN RMC, INC., 11295 LEMONT RD, LEMONT, IL 60439

10924    OZINGA SOUTH SUBURBAN RMC, INC., 3837 W. 127TH STREET, ALSIP, IL 60658

10924    OZINGA SOUTH SUBURBAN RMC., INC., MOKENA, IL 60448

10925    OZINGA, 21900 SOUTH CENTRAL AVE, MATTESON, IL 60443

10925    OZIO, ALVIN, PO BOX 260, CHINA, TX 77613

10924    OZMAN EAST VERTICAL EXPANSION, 515 2ND STREET SW, ROCHESTER, MN 55902

10925    OZMAN, EDMUND, 1129 W HAMBURG ST, BALTIMORE, MD 21230-1910

10925    OZMENT, BILLY, 3906 SKYLINE DRIVE, WICHITA FALLS, TX 76305

10924    OZONE TECHNOLOGY INC, 2113 ANTHONY DRIVE, TYLER, TX 75701

10925    OZORES, MARIA, COSTANCIA GARDENS, PONCE, PR 00731

10925    OZSAC, LORI, 4013 LINKCREST DRIVE, FORT WORTH, TX 76118

10925    OZUNA, CARRIE, 5308 LANGFORD, WICHITA FALLS, TX 76310

10925    OZWGA BROTHERS INC, 2255 S LUMBER ST, CHICAGO, IL 60616

10924    P & A SUPPLY, 2600 ENDICOTT, SAINT LOUIS, MO 63114

10924    P & A SUPPLY, P.O. BOX 15806, SAINT LOUIS, MO 63114

10925    P & G CHEM DRY, 38 BETA COURT B-2, SAN RAMON, CA 94583

10925    P & H AUTO-ELECTRIC, INC, PO BOX 25889, BALTIMORE, MD 21224-0589

10924    P & K SAND & GRAVEL, ATTN:  ACCOUNTS PAYABLE, NAPLES, ME 04055

10924    P & L CONCRETE PRODUCTS, INC., 1900 ROOSEVELT AVENUE, ESCALON, CA 95320-1763

10924    P & M BRICK & BLOCK, 213 ARLINGTON STREET, WATERTOWN, MA 02172

10925    P & M INDUSTRIES INC, 3052 BARROW DR, RALEIGH, NC 27616

10924    P & M REIS TRUCKING INC., 57 SURFSIDE RD., NANTUCKET, MA 02554

10925    P & P TRANSPORT, PO BOX 1710, DELRAN, NJ 08075

10924    P & S MASONRY, 108 S RICE, HAMILTON, TX 76531

10924    P & T PRODUCTS, INC., 1050 CHURCH STREET, WYTHEVILLE, VA 24382

10924    P & T PRODUCTS, INC., P. O. BOX 675, WYTHEVILLE, VA 24382

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | P & W LUBRICANTS, INC, PO BOX 80249, BALTIMORE, MD 21280-0249 | |
| 10924 | P & W ROOFING, 4199 ROBERTS ROAD, COLUMBUS, OH 43204 | |
| 10924 | P & W ROOFING, 8600 DAYTON ROAD, FAIRBORN, OH 45324 | |
| 10925 | P + M LOCKSMITH SERVICE INC, 463 MAIN ST, WOBURN, MA 01801 | |
| 10925 | P AND A FOOD SYSTEMS, 501 WEST DYER ROAD, SANTA ANA, CA 92707 | |
| 10925 | P AND S ENTERPRISES, 4800 S TRYON, CHARLOTTE, NC 28217 | |
| 10925 | P ANDY FAULCONER, 231 HANS HILL DR, MADISON HEIGHTS, VA 24572 | |
| 10924 | P B & S CHEM CO INC, PO BOX 20, HENDERSON, KY 42420 | |
| 10924 | P B & S CHEMICAL CO INC, HWY 136 WEST, HENDERSON, KY 42420 | |
| 10925 | P B & S CHEMICAL CO INC, SECTION 970, LOUISVILLE, KY 40289 | |
| 10925 | P B & S CHEMICAL CO INC, SECTION 970, LOUISVILLE, KY 40289-0970 | |
| 10924 | P B & S CHEMICAL CO, HWY 136, HENDERSON, KY 42420 | |
| 10924 | P B & S CHEMICAL CO, PO BOX 20, HENDERSON, KY 42420 | |
| 10924 | P B & S CHEMICAL COMPANY, PO BOX 20, HENDERSON, KY 42419 | |
| 10925 | P B A OF MOUNT KISCO, PO BOX 613, MOUNT KISCO, NY 10549-0613 | |
| 10925 | P C & PRINTER PARADISE, 1332 EAST COMMERCIAL BLVD, FORT LAUDERDALE, FL 33334 | |
| 10924 | P C CONCRETE CO INC, 3320 N 14TH, PONCA CITY, OK 74601 | |
| 10924 | P C CONCRETE, E. LAKE ROAD, PONCA CITY, OK 74601 | |
| 10925 | P C DIGEST, POBOX 551, HIGHTSTOWN, NJ 08520 | |
| 10925 | P C DOCTORS INC, 4485 I FULTON IND BLVD, ATLANTA, GA 30336 | |
| 10925 | P C DOCTORS INC, THE, 498 COBB PKWY SOUTH, MARIETTA, GA 30062 | |
| 10925 | P C PROMOTIONS/ ASI/288693, 3123 S JAMESTOWN AVE, TULSA, OK 74135 | |
| 10925 | P E JACKMAN, 20 PARK ST, PRINCES RISBOROUGH BUCKS, HP27 9AHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | P F GRABAREK & ASSOCIATES, POBOX 3363, CROFTON, MD 21114 | |
| 10925 | P FERNICOLA INC, PO BOX 5046, NEWARK, NJ 07105 | |
| 10925 | P G & E, BOX 997300, SACRAMENTO, CA 95899-7300 | |
| 10924 | P GERMINERO & SONS, 329 COMMERCIAL AVE, PALISADES PARK, NJ 07650 | |
| 10924 | P H  GLATFELTER COMPANY, 228 S MAIN STREET, SPRING GROVE, PA 17362 | |
| 10924 | P H GLATFELTER, 228 S. MAIN STREET / COATER BLDG., SPRING GROVE, PA 17362 | |
| 10924 | P H GLATFELTER, 228 S. MAIN STREET, SPRING GROVE, PA 17362 | |
| 10925 | P J DRURY, 95 SPRING ST, LEXINGTON, MA 02173-7829 | |
| 10925 | P J MCKENZIES, 4800 S TRYON ST, CHARLOTTE, NC 28217 | |
| 10925 | P J ODONNELL CO INC, 115 BOSTON ST, DORCHESTER, MA 02125 | |
| 10925 | P M & S INC., DBA PERSONAL MOVERS, 7 REPUBLIC ROAD, NORTH BILLERICA, MA 01862-2503 | |
| 10925 | P M COHEE, 2112 HILLSIDE DR, CENTRAL POINT, OR 97502-1369 | |
| 10925 | P M RESOURCES, 13001 ST CHARLES ROCK RD, BRIDGETON, MO 63044 | |
| 10925 | P MICHAEL LOOP &, SHERRI A LOOP JT TEN, 4323 E MOUNT VERNON ST, WICHITA, KS 67218-4114 | |
| 10924 | P O BOX 999, TAYLOR, MI 48180 | |
| 10925 | P P G INDUSTRIES INC., 7625 MARLBORO PIKE, FORESTVILLE, MD 20747 | |
| 10924 | P P G INDUSTRIES, P O BOX 1857, LEXINGTON, NC 27293 | |
| 10925 | P RICHARD THOMAS, 1085 WOODMONT DR, MEADVILLE, PA 16335-2859 | |
| 10924 | P S 181, 900 BAGCHESTER AVENUE, BRONX, NY 10475 | |
| 10925 | P S DE BEAUMONT, BOX 1528, MANCHESTER, MA 01944-0861 | |
| 10925 | P S ENTERPRISES, 4800 SOUTH TRYON ST, CHARLOTTE, NC 28210 | |
| 10925 | P S GREENE PLUMBING &, 4500 KLONDIKE ROAD, LITHONIA, GA 30038 | |
| 10924 | P SCHOOL C/O SPRAY INSULATION, 5024 S. WOLCOTT, CHICAGO, IL 60609 | |
| 10925 | P T GRACE SPECIALTY CHEMICALS, KAV C-32 CIKARANG-BEKASI, JAKARTA, 99999INDONESIA | *VIA Deutsche Post* |
| 10924 | P T HUTCHINS COMPANY LTD, 2150 MARINER SQ DR STE 201, ALAMEDA, CA 94501 | |
| 10924 | P T HUTCHINS COMPANY LTD, 2300 DAVIS STREET, SAN LEANDRO, CA 94577 | |
| 10925 | P T MORGAN PACKAGING CO, POBOX 332, SEVERNA PARK, MD 21146 | |
| 10925 | P W ASSOCIATES, POBOX 101, HARBOR CITY, CA 90710-0101 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    P W C ADMINSTRATION   BUILDING, 955 OLD WILMINGTON, FAYETTEVILLE, NC 28301

10924    P W N ENVIRONMENTAL, DIV. OF ADCO SERVICES, VISTA, CA 92083

10925    P&D WAREHOUSE CLEANING, PO BOX 279, PORT READING, NJ 07064

10924    P&G BUILDING/SPRAYCRAFT, 8340 MASON & MONTGOMERY ROAD, MASON, OH 45040

10924    P&G, 8340 MASON & MONTGOMERY ROAD, MASON, OH 45040

10924    P&K SAND & GRAVEL, INC., P.O. BOX 118, NAPLES, ME 04055

10924    P&K SAND & GRAVEL, INC., RT. 26, BETHEL, ME 04217

10924    P&K SAND & GRAVEL, INC., RTE. 11, NAPLES, ME 04055

10925    P&L COAL HOLDINGS CORP PEABODY DEV, JL LAUTENSCH-LAGER PRES, 701 MARKET ST, ST LOUIS, MO 63101-1826

10924    P&L CONCRETE PRODUCTS, 1900 ROSSWVELT ST, ESCALON, CA 95320

10925    P&M LOCKSMITH SERVICE INC., 463 MAIN ST, WOBURN, MA 01801

10924    P&M REIS TRUCKING INC., 57 SURFSIDE RD, NANTUCKET, MA 02554

10925    P&O NEDLLOYD, 1 MEADOWLANDS PLAZA, EAST RUTHERFORD, NJ 07073

10924    P&W CONCRETE CO, PO BOX 679, MONTICELLO, AR 71655

10924    P&W CONCRETE CO, PO BOX 679, MONTICELLO, AR 71657

10925    P, 7117 DONIPHAN DR, CANUTILLO, TX 79835

10924    P. GERMINARIO & SONS, CAMBRIDGE, MA 02140

10925    P. H. WHITE & ASSOCIATES, 130 WEST LIBERTY DRIVE, WHEATON, IL 60187

10924    P. J. DICK INCORPORATED, P. O. BOX 13520, COLUMBUS, OH 43213-9998

10924    P. J. DICK INCORPORATED-DFAS, ATTN:  JEFF SMITH, 3990 E. BROAD STREET, COLUMBUS, OH 43213

10924    P. MICHELOTTI & SONS, 150 MIDLAND AVE., SADDLE BROOK, NJ 07662

10924    P.A. LANDERS INC., P.O BOX F.F., HANOVER, MA 02339

10924    P.A. LANDERS, INC., NICKS ROCK ROAD, PLYMOUTH, MA 02362

10924    P.A. LANDERS, INC., P.O. BOX FF, HANOVER, MA 02339

10925    P.A.S. TECHNOLOGIES, PO BOX 997, RIO GRANDE, PR 00745-0997

10925    P.B. & S. CHEMICAL COMPANY INC., SECTION 970, LOUISVILLE, KY 40289

10924    P.B. & S. CHEMICAL COMPANY, 933 WALTERJETTON BLVD., PADUCAH, KY 42001

10924    P.B.& S. CHEMICAL COMPANY, 4510 GILBERTSVILLE ROAD, CALVERT CITY, KY 42029

10924    P.B.&S., PO BOX 20, HENDERSON, KY 42420

10925    P.C.CONNECTIONS, PO BOX 4520, WOBURN, MA 01888-4520

10924    P.D.C. FACILITIES, 700 WALNUT RIDGE, HARTLAND, WI 53029

10924    P.E. BLDG. AT CAL STATE NORTHRIDGE, NORTHRIDGE, CA 91330

10924    P.E. DEPT. AT CAL STATE NORTHRIDGE, NORTHRIDGE, CA 91324

10924    P.F. CHANGS, CORNER OF BUTTERFIELD & MYERS, LOMBARD, IL 60148

10924    P.F. LABORATORIES, 100 CONNECTICUT AVENUE, NORWALK, CT 06850-3590

10924    P.F. LABORATORIES, 700 UNION BLVD., TOTOWA, NJ 07512

10925    P.G. OFFICE SUPPLY CO.INC., 342 MAIN ST, LAUREL, MD 20707

10924    P.I.P.E. INC., ATTN:  ACCOUNTS PAYABLE, TACOMA, WA 98409

10924    P.I.P.E. INC., ATTN: BRANDY-ACCOUNTS PAYABLE, PORTLAND, OR 97211

10924    P.I.P.E., INC., 5032 SALEM-DALLAS HWY NW, SALEM, OR 97304

10924    P.J. SPILLANE COMPANY, 97 TILESTON STREET, EVERETT, MA 02149

10924    P.J.POTTERY, RD 6, UNIONTOWN, PA 15401

10924    P.J.R. INDUSTRIES, 2 PORETE AVE., NORTH ARLINGTON, NJ 07031

10924    P.J.R. INDUSTRIES, C/O BAYONNE BLOCK, BAYONNE, NJ 07002

10924    P.J.R.INDUSTRIES, P. O. BOX 183, BAYONNE, NJ 07002

10925    P.K.W. ASSOCIATES, 11419 CRONRIDGE DR., OWINGS MILLS, MD 21117

10924    P.L. ZEOLI CO/CAPITAL SALVAGE, 5455 WILSHIRE BLVD, LOS ANGELES, CA 90036

10924    P.MICHELOTTI & SONS, 150 MIDLAND AVE, SADDLE BROOK, NJ 07662

10924    P.P.G. INDUSTRIES, 14800 EMERY AVENUE, CLEVELAND, OH 44135

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | P.P.G. INDUSTRIES, PO BOX 110513, CLEVELAND, OH 44111 | |
| 10925 | P.P.S. INFORMATION SYSTEMS STAFFING, 1420 EAST JOPPA RD., TOWSON, MD 21286 | |
| 10925 | P.R.I.M.E. COMMUNICATIONS, 118 BOROSKEY DR., FAIRFIELD, CT 06430 | |
| 10924 | P.S. 166, 33-09 35TH AVENUE, LONG ISLAND CITY, NY 11106 | |
| 10924 | P.S. 178 / CALCEDO, 132 18TH STREET, BROOKLYN, NY 11215 | |
| 10924 | P.S. 228, NORTHERN BLVD, FLUSHING, NY 11364 | |
| 10924 | P.S. 242, 136-11 31ST ROAD, FLUSHING, NY 11354 | |
| 10924 | P.S. 280, 149 EAST LOSHOLU PARKWAY, BRONX, NY 10499 | |
| 10924 | P.S. 63, (CORNER OF 91ST AND SUTTER AVE), 90-15 SUTTER AVENUE, OZONE PARK, NY 11417 | |
| 10924 | P.S. 65, 941 MCDONALD AVENUE, BROOKLYN, NY 11218 | |
| 10924 | P.S. 69, 941 MCDONALD AVENUE, BROOKLYN, NY 11218 | |
| 10924 | P.S. 87, 942 MCDONALD AVENUE, BROOKLYN, NY 11218 | |
| 10924 | P.S. 93, 1535 STORY AVENUE, BRONX, NY 10473-4555 | |
| 10924 | P.S.129, 9TH AVE AND 129TH STREET, COLLEGE POINT, NY 11356 | |
| 10924 | P.T. GRACE SPEC. CHEM INDO (797), CIKARANG INDUSTRIAL ESTATE KAV. C-3, CIKARANG-BEKASI 17530, 0IDN | *VIA Deutsche Post* |
| 10924 | P.T. GRACE SPEC. CHEM INDONESIA, CIKARANG INDUSTRIAL ESTATE KAV C-32, JAKARTA, 17530IDN | *VIA Deutsche Post* |
| 10924 | P.T. GRACE SPECIALTY CHEMICALS(797), DAREX CONTAINER PRODUCTS, ATTN. SUSANTO JOYO, CIKARANG IND ESTATE KAV. C-32, BEKASI - INDONESIA, 17530IDN | *VIA Deutsche Post* |
| 10924 | P.T. GRACE SPECIALTY CHEMICALS, CIKARANG IND ESTATE KAV C-32, BEKASI, 17530IDN | *VIA Deutsche Post* |
| 10924 | P.T. GRACE SPECIALTY CHEMICALS, GRACE CONSTRUCTION PRODUCTS, CIKARANG IND ESTATE KAV C-32, BEKASI, 17530IDN | *VIA Deutsche Post* |
| 10924 | P.T. O'MALLEY LUMBER CO., INC., 4242 NORTH POINT ROAD, BALTIMORE, MD 21222-3625 | |
| 10924 | P.T.O"MALLEY LUMBER CO, 4242 N.POINT RD, BALTIMORE, MD 21222 | |
| 10925 | PA DEPT OF ENVIRONMENTAL RES, ANTHONY TALAK, JR, 230 CHESTNUT ST, MEADVILLE, PA 16335 | |
| 10925 | PA DEPT OF TRANSPORTATIO, BOX 2028 ROOM G123, HARRISBURG, PA 17105 | |
| 10924 | PA DOT, 1140 LIBERTY ST., FRANKLIN, PA 16323-1251 | |
| 10925 | PA GLOUCESTER LAND DVLPMNT CO INC, 52 WOODBINE COURT, HORSHAM, PA 19004 | |
| 10925 | PA GLOUCESTER LAND DVLPMNT CO INC, PO BOX 306, HUNTINGDON, PA 19006 | |
| 10924 | PA STATE CORRECTIONAL INSTITUTE, FOLLIES RD, DALLAS, PA 18612 | |
| 10924 | PA STATE CORRECTIONS, ROUTE 29, GRATERFORD, PA 19426 | |
| 10925 | PA. STATE UNIVERSITY, 255 S. 38TH ST., PHILADELPHIA, PA 19104-6359 | |
| 10925 | PAAPE, HOWARD, 1961 ARGONNE ST, GREEN BAY, WI 54304 | |
| 10925 | PAAU, ALAN, 314 NE 16TH ST, ANKENY, IA 50021 | |
| 10924 | PABCO GYPSUM CO, PO BOX 405, NEWARK, CA 94560 | |
| 10924 | PABCO GYPSUM CO-APEX, 1973 NORTH NELLIS BLVD. #328, LAS VEGAS, NV 89115 | |
| 10924 | PABCO GYPSUM, 1973 N. NELLIS # 328, LAS VEGAS, NV 89115 | |
| 10924 | PABCO GYPSUM, 1973 N. NELLIS RD. #328, LAS VEGAS, NV 89115 | |
| 10924 | PABCO GYPSUM, 37851 CHERRY ST., NEWARK, CA 94560 | |
| 10924 | PABCO INSULATION, 1110 16TH RD, FRUITA, CO 81521 | |
| 10924 | PABCO INSULATION, CAMBRIDGE, MA 02140 | |
| 10925 | PABCO/CA GYPSUM CO/FIBREBOARD PAPER, 37851 CHERRY ST, NEWARK, CA 94560-4348 | |
| 10925 | PABLEO, MARIA, 1506 BIRCHWOOD DR, OXON HILL, MD 20745 | |
| 10925 | PABLO, WILFRIDO, 18912 KINBRACE ST, NORTHRIDGE, CA 91326 | |
| 10925 | PABON, EDWIN, 83 LAMARTINE ST, JAMAICA PLAIN, MA 02130 | |
| 10924 | PABST BREWING CO., SCHMIDT PLACE & CUSTER WAY, OLYMPIA, WA 98501 | |
| 10925 | PAC 21, 11888 WESTERN AVE, STANTON, CA 90680 | |
| 10925 | PAC 21, 11888 WESTERN AVE, STANTON, CA 90680-3438 | |
| 10924 | PAC BELL 9TH AVE., SIPLAST, 1125 9TH AVE., SAN DIEGO, CA 92101 | |
| 10924 | PAC BELL FACILITY, C/O SIPLAST, 217 N. LEMON ST., ANAHEIM, CA 92806 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  PAC BELL FACILITY, SIPLAST, 16816 W. ARROW HWY., FONTANA, CA 92334

10924  PAC BELL FACILITY, SIPLAST, 1786 ORANGE AVE., COSTA MESA, CA 92627

10924  PAC BELL, SIPLAST, 420 3RD AVE., CHULA VISTA, CA 91910

10925  PAC SR, ROBERT L, 8408 SO MELVINA - APT#1, BURBANK, IL 60459

10925  PAC SR., ROBERT, 8408 SO MELVINA, BURBANK, IL 90071

10924  PAC SUPPLY, 10680 S W INDUSTRIAL WAY BLDG 2, TUALATIN, OR 97062

10924  PAC.SPAY-ON/CENTURY PARK CENTER, C/O WESTSIDE BLDG. MTLS., LOS ANGELES, CA 90001

10924  PAC.SPRAYON/1880 CENTURY PARK EAST, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924  PAC.SPRAY-ON/EDWARD AIR FORCE BASE, C/O WESTSIDE BLDG. MATERIAL, EDWARDS, CA 93523

10924  PAC.SPRAYON/KAISER CADILLAC, C/O WESTSIDE BLDG. MATERIAL, PACIFIC SPRAYON, LOS ANGELES, CA 90001

10924  PAC.SPRAYON/LA TRADE TECH, WESTSIDE BLDG. MATERIALS, LOS ANGELES, CA 90001

10924  PAC.SPRAYON/MISSION GORGE, SAN DIEGO, CA 92101

10924  PAC.SPRAYON/TRW, SAN CLEMENTE, CA 92672

10924  PAC.SPRAYON/XEROX, 1990 XEROX CENTER DR., EL SEGUNDO, CA 90245

10925  PACCAR INC. A DELAWARE CORP., GEN COUNSEL, PO BOX 1518, BELLEVUE, WA 98009

10925  PACCAR LEASING CORP, PO BOX 676378, DALLAS, TX 75267-6378

10925  PACCIONE, MARIE, 330 86TH ST, BROOKLYN, NY 11209

10925  PACE COLLECTION INC, THE, 11-11 34TH AVE, LONG ISLAND CITY, NY 11106

10924  PACE ELECTRIC, 243 QUIGLEY BLVD., SUITE E, NEW CASTLE, DE 19720

10925  PACE OVERHEAD DOOR OF KANSAS CITY, 218 E 11TH AVE, NORTH KANSAS CITY, MO 64116

10925  PACE PACKAGING CORPORATION, 7401 SOUTH PULASKI ROAD, CHICAGO, IL 60629

10924  PACE UNIVERSITY, 1 PACE PLAZA & PARK ROW, MANHATTAN, NY 10027

10924  PACE UNIVERSITY, 1 PACE PLAZA, MANHATTAN, NY 10038

10925  PACE UNIVERSITY, 275 MADISON AVE. #1414, NEW YORK, NY 10016

10925  PACE, ANNIE, 1016 ROCK ST, CEDARTOWN, GA 30125

10924  PACE, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10925  PACE, CAROL, 4965 LEE FARM COURT, ELLICOTT CITY, MD 21043

10925  PACE, CAROL, 7500 GRACE DR., COLUMBIA, MD 21044

10925  PACE, CHOON, 1104 E MAIN ST, DUNCAN, SC 29334

10925  PACE, DAVID, 1958 PETERSON RD, IOWA PARK, TX 76367

10925  PACE, DONNA, PO BOX 1303, N SIOUX CITY, SD 57049

10925  PACE, DORIS, RT 2 BOX 620, COMMERCE, GA 30529

10925  PACE, FRED, ROUTE 1 BOX 156, SALUDA, NC 28773

10925  PACE, GRADY, 492 CINNAMON RIDGE DRIVE, INMAN, SC 29349

10925  PACE, MARVIN, 3749 VINBURN ROAD, DE FOREST, WI 53532

10925  PACE, REBECCA, RT 2 BOX 620, COMMERCE, GA 30529

10925  PACE, SHIRL, 7557 MELROSE, UNIV CITY, MO 63130

10925  PACE, STEVEN, 404 WEST 26TH ST., RIFLE, CO 81650

10925  PACE, TRACY, 1400 SOMERSET PL NW, WASHINGTON, DC 20011

10925  PACE, VIRGIL, 3801 ARDEN RD, SAN ANGELO, TX 76901

10924  PACEMAKER MILLAR, 501 MAIN STREET, UTICA, NY 13501

10925  PACER INTERNATIONAL INC, 8201 WEST 183RD ST SUITE 1, TINLEY PARK, IL 60477

10925  PACESETTER GRAPHIC SERVICE CORP., 637 WEST HOFFMAN AVE, LINDENHURST, NY 11757

10925  PACEWICZ, THOMAS, BOX 20281, LEIGH VALLEY, PA 18002

10925  PACFIC RUBBER & SUPPLY CORP, 690 CONGER ST, EUGENE, OR 97402

10925  PACHE, DUANE, W7315 KING ROAD, POYNETTE, WI 53955

10925  PACHECO, ALBERTO, 28 MONROE ST, TAUNTON, MA 02780

10925  PACHECO, CIRILO, 2100 BALBOA, MCALLEN, TX 78503

10925  PACHECO, DAVID, 273 BAY ST, TAUNTON, MA 02780

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PACHECO, DOROTHY, 4 LAUREL DR., SODUS, NY 14551

10925   PACHECO, JUAN, 9125 SW 77 AVE, MIAMI, FL 33156

10925   PACHECO, JUANA, 1743 KEOKEE ST, HYATTSVILLE, MD 20783

10925   PACHECO, LINDA, 15 SPRING GARDEN ST, WARWICK, RI 02888

10925   PACHECO, MANUEL, 25 WHEELER ST, PAWTUCKET, RI 02861

10925   PACHECO, MARIA, 1743 KEOKEE ST, HYATTSVILLE, MD 20783

10925   PACHECO, MIGUEL A, CALLE MATTEI LLUBERAS NUM 56, YAUCO, PR 00698

10925   PACHECO, MIGUEL, CALLE MATTEI LLUBERAS NUM. 56, YAUCO, PR 00698

10925   PACHECO, OSWALDO, 1 CHESTER AVE, BERKLEY, MA 02779

10925   PACHECO, PAULITA, 9330 LYMONT DRIVE, ADELPHI, MD 20783

10925   PACHECO, REBECCA, 1313 WHEATFIELD, MESQUITE, TX 75149

10925   PACHECO, RICARDO, PO BOX 306, AGUA DULCE, TX 78330

10925   PACHECO, RUI, 568 BERKLEY ST, BERKLEY, MA 02779

10925   PACHECO, SAN-ANTONIO, URB TURNKEY CALLE 4, 16, YAUCO, PR 00698

10925   PACHECO-GACH, CAMILLE, 3825 SUMMER BREEZE, COLORADO SPRING, CO 80918

10925   PACHELLA, ERMIN, 201 EVENING WAY, MAULDIN, SC 29662

10925   PACHOCO, NERIZA, 3613 B BEAR ST, SANTA ANA, CA 92704

10925   PACHOLSKY, GENE, 642 MINERVA AVE, WAUCONDA, IL 60084-1150

10925   PACHYDERM MARKETING CORP, 2603-C AZEELE ST, TAMPA, FL 33609

10925   PACIFIC ADHESIVES CO, INC, 8670 23RD AVE., SACRAMENTO, CA 95826

10925   PACIFIC AERODYNE, 25334 AVE STANFORD, VALENCIA, CA 91355

10925   PACIFIC AEROSPACE, 1571 MACARTHUR BLVD, COSTA MESA, CA 92626

10924   PACIFIC ALASKA FORWARDERS, 1725 8TH AVENUE SOUTH, SEATTLE, WA 98134

10925   PACIFIC BELL DIRECTORY, POBOX 60,000, SAN FRANCISCO, CA 94160-1767

10925   PACIFIC BELL TELEPHONE CO/PACIFIC T, IRENE SOTO, 2600 CAMINO RAMON, ROOM 3E000U, SAN RAMON, CA 94583

10924   PACIFIC BELL, C/O WESTSIDE, IRVINE, CA 92619

10925   PACIFIC BELL, PAYMENT CENTER, SACRAMENTO, CA 95887-0001

10925   PACIFIC BELL, PAYMENT CENTER, VAN NUYS, CA 91388-0001

10924   PACIFIC CERAMICS, INC., 824 SAN ALESO AVENUE, SUNNYVALE, CA 94086

10925   PACIFIC CIRCUITS SUPPLY, 3140 WEST WARNER AVE, SANTA ANA, CA 92704

10925   PACIFIC CIRCUITS, 17550 NE 67TH COURT, REDMOND, WA 98052

10924   PACIFIC COAST BLDG PROD, PO BOX 160488, SACRAMENTO, CA 95816

10925   PACIFIC COAST BLDG. PRODUCTS, 1735 24TH ST, OAKLAND, CA 94623

10924   PACIFIC COAST BUILDING PRODUCTS, 1140 W. BONANZA, LAS VEGAS, NV 89106

10924   PACIFIC COAST BUILDING PRODUCTS, 1140 WEST BONAZA, LAS VEGAS, NV 89106

10924   PACIFIC COAST BUILDING PRODUCTS, 1990 EVANS STREET, SAN FRANCISCO, CA 94124

10924   PACIFIC COAST BUILDING PRODUCTS, 2202 CENTURION PLACE, BOISE, ID 83709

10924   PACIFIC COAST BUILDING PRODUCTS, 2875 SOUTH 300 WEST, SALT LAKE CITY, UT 84115

10924   PACIFIC COAST BUILDING PRODUCTS, 3000 MATHER FIELD ROAD, RANCHO CORDOVA, CA 95670

10924   PACIFIC COAST BUILDING PRODUCTS, 355 GREG STREET, SPARKS, NV 89431

10924   PACIFIC COAST BUILDING PRODUCTS, 500 WEST WESLEY AVENUE, DENVER, CO 80223

10924   PACIFIC COAST BUILDING PRODUCTS, 5550 ROSEVILLE ROAD, NORTH HIGHLANDS, CA 95660

10924   PACIFIC COAST BUILDING PRODUCTS, 600 DANIEL STREET, BILLINGS, MT 59101

10924   PACIFIC COAST BUILDING PRODUCTS, 6565 SMITH AVENUE, NEWARK, CA 94560

10924   PACIFIC COAST BUILDING PRODUCTS, DO NOT USE, INCLINE VILLAGE, NV 89450

10924   PACIFIC COAST BUILDING PRODUCTS, P.O. BOX 160488, SACRAMENTO, CA 95816

10924   PACIFIC COAST BUILDING PRODUCTS, PO BOX160488, SACRAMENTO, CA 95816

10925   PACIFIC COAST CHEMICALS CO, PO BOX 88672, EMERYVILLE, CA 94662

10925   PACIFIC COAST CHEMICALS CO., 2424 4TH ST, BERKELEY, CA 94710

10924   PACIFIC COAST PRODUCERS, 835 S. STOCKTON STREET, LODI, CA 95240

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PACIFIC CONCEPT SYSTEMS, A CORPORATION, ATTN FRANK T NISHIMOTO, 2730 CANANAGH COURT, HAYWARD, CA 94545-1623

10924   PACIFIC CONCRETE IND., 2800 WEST STREET, BELLINGHAM, WA 98225

10924   PACIFIC CONCRETE IND., POST OFFICE BOX J, BELLINGHAM, WA 98227

10924   PACIFIC CONCRETE INDSTRS, ATTN: ACCOUNTS PAYABLE, BELLINGHAM, WA 98227

10924   PACIFIC CONCRETE PRODUCTS, 303 26TH STREET NE, AUBURN, WA 98002

10924   PACIFIC CONCRETE, 303 26TH STREET NE, AUBURN, WA 98002

10924   PACIFIC CONS/WILLIAM KNIGHT LAW CTR, PACIFIC CONSTRUCTION SYSTEMS, 1515 AGATE ST., EUGENE, OR 97403

10924   PACIFIC CONST./BALLARD HIGH SCHOOL, 1418 N.W. 65TH ST., SEATTLE, WA 98101

10924   PACIFIC CONST./METRO TREATMENT CNT., SEATTLE, WA 98101

10924   PACIFIC CONST/#30 KENT ELEMENTRY, 11919 S.E. 270TH, KENT, WA 98031

10924   PACIFIC CONST/1100 112TH AVE., 1100 112TH AVE. N.E., BELLEVUE, WA 98004

10924   PACIFIC CONST/505 UNION STATION, 505 S. 5TH AVE., SEATTLE, WA 98101

10924   PACIFIC CONST/ALASKA AIRLINE, FLIGHT TRAINING, 2651 S. 192ND, SEATAC, WA 98188

10924   PACIFIC CONST/AUGUSTA, C/O PACIFIC CONSTRUCTION SYSTEMS, N.E. 156TH AT 36TH, REDMOND, WA 98073

10924   PACIFIC CONST/BELLEVUE GALLERIA, 550 106 TH AVE. N.E., BELLEVUE, WA 98004

10924   PACIFIC CONST/BENAROYA HALL, 1301 3RD. AVE., SEATTLE, WA 98101

10924   PACIFIC CONST/BOEING 2-80/2-81, 8123 EAST MARGINAL WAY SOUTH, SEATTLE, WA 98122

10924   PACIFIC CONST/BOHLER GYMNASIUM, WASHINGTON STATE UNIVERSITY, PULLMAN, WA 99163

10924   PACIFIC CONST/BURNS DETENTION CNTR, 1700 W. MONROE, PORTLAND, OR 97220

10924   PACIFIC CONST/CNB HYUNDAI, 1830 WILLOWCREEK ROAD, EUGENE, OR 97402

10924   PACIFIC CONST/CONCORD ELEMENTARY, 723 S. CONCORD ST., SEATTLE, WA 98108

10924   PACIFIC CONST/DEPT OF CORRECTIONS, PLEASANT VALLEY ROAD, BOISE, ID 83705

10924   PACIFIC CONST/ED. WOODWAY HI SCHOOL, 7600 212 ST. S.W., EDMONDS, WA 98026

10924   PACIFIC CONST/ELLIOTT HOTEL, PARKING FACILITY, 721 PINE ST., SEATTLE, WA 98101

10924   PACIFIC CONST/FRED HUTCHINSON, PACIFIC CONSTRUCTION, 825 EASTLAKE AVE. EAST, SEATTLE, WA 98101

10924   PACIFIC CONST/HANGER HOLDING, PACIFIC CONSTRUCTION, 7675 PERMETER RD., SEATTLE, WA 98101

10924   PACIFIC CONST/HARBORVIEW RESEARCH, 9TH & ALDER ST., SEATTLE, WA 98101

10924   PACIFIC CONST/HUDSON BAY HI SCHOOL, 1206 E. RESERVED ST., VANCOUVER, WA 98661

10924   PACIFIC CONST/ID VILLAGE SQUARE, 700 8TH AVE. S., SEATTLE, WA 98104

10924   PACIFIC CONST/INTEL DUPONT 3, PACIFIC CONSTRUCTION, 2800 CENTER DR., DU PONT, WA 98327

10924   PACIFIC CONST/ISSAQUAH POLICE, 130 E SUNSET WY, ISSAQUAH, WA 98027

10924   PACIFIC CONST/JFCC INTEL, 2099 NE GRIFFEN OAKS ROAD, HILLSBORO, OR 97124

10924   PACIFIC CONST/JFK LIBRARY, CHENEY, WA 99004

10924   PACIFIC CONST/JOB 18011, 12130 N.E. AINSWORTH CIRCLE STE.255, PORTLAND, OR 97220

10924   PACIFIC CONST/KENT ELEMENTARY, 11800 216 TH ST., KENT, WA 98031

10924   PACIFIC CONST/KENT ELEMENTRY, PACIFIC CONSTRUCTION, 64 TH AVE. SOUTH & MEEKER, KENT, WA 98031

10924   PACIFIC CONST/MARY GATES HALL, 4000 15TH AVE., N.E., SEATTLE, WA 98195

10924   PACIFIC CONST/MASCA "D" WAFTER FAB, 1111 39TH AVE S.E., PUYALLUP, WA 98374

10924   PACIFIC CONST/MICROSOFT BLDG. D, 3240 157TH AVE., REDMOND, WA 98052

10924   PACIFIC CONST/MILLENIUM TOWER, 711 2ND AVE., SEATTLE, WA 98101

10924   PACIFIC CONST/MULTNOMAH ATHLETIC, 1849 S.W. SALMON, PORTLAND, OR 97201

10924   PACIFIC CONST/NIKE BLDG. C, 14700 S.W. WALKER, BEAVERTON, OR 97006

10924   PACIFIC CONST/OHSU #18012, PORTLAND, OR 97203

10924   PACIFIC CONST/PACIFIC PLACE, 7TH & PINE, SEATTLE, WA 98101

10924   PACIFIC CONST/PROVIDENCE HOSPITAL, 105 S. 11TH AVE. UNIT 4, YAKIMA, WA 98902

10924   PACIFIC CONST/RAINIER BEACH H.S., 8815 SEWARD PARK AVE. S., SEATTLE, WA 98101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PACIFIC CONST/SEATTLE UNIV.LAW SCHO, SEATTLE UNIVERSITY LAW SCHOOL, BROADWAY AVE./COLUMBIA ST., SEATTLE, WA 98122

10924   PACIFIC CONST/SKAGIT VALLEY HOSPT, 1415 E. KINCAID, MOUNT VERNON, WA 98273

10924   PACIFIC CONST/THREE BELLEVUE CENTER, N.E. 108 TH AVE.  N.E. 6TH, BELLEVUE, WA 98004

10924   PACIFIC CONST/U W SCHOOL OF SOCIAL, PACIFIC CONSTRUCTION, 15TH AVE. N.E.& N.E. 41ST. ST., SEATTLE, WA 98101

10924   PACIFIC CONST/WARRENTON JAIL, 1800 S.E. JETTY AVE., WARRENTON, OR 97146

10924   PACIFIC CONST/WASH CNTY JUSTCE CNTR, 215 S.W. ADAMS, HILLSBORO, OR 97123

10924   PACIFIC CONST/WASHINGTON CONV. CNT., PACIFIC CONSTRUCTION SYSTEMS, 1500 8TH AVE., SEATTLE, WA 98101

10924   PACIFIC CONST/WILLIAM KNIGHT LAW, 15TH & AGATE ST., 1515 AGATE ST., EUGENE, OR 97403

10924   PACIFIC CONST/WORLD TRADE CENTER, 2211 ELLIOTT, SEATTLE, WA 98101

10924   PACIFIC CONST/WSU ENGINEER LIB, ENGINEERING TEACHING BUILDING, PULLMAN, WA 99163

10924   PACIFIC CONSTRUCTION SUPPLY, 2275 116TH AVE. N.E., BELLEVUE, WA 98004

10925   PACIFIC CONSTRUCTION SYSTEMS INC, 3439 NE SANDY BLVD #280, PORTLAND, OR 97232

10924   PACIFIC CONSTRUCTION SYSTEMS, 11011 120TH AVE. N.E., KIRKLAND, WA 98033

10924   PACIFIC CONSTRUCTION SYSTEMS, 2275 116TH AVE NE, BELLEVUE, WA 98004

10924   PACIFIC CONSTRUCTION SYSTEMS, C/O ROLANDS EQUIPMENT, KIRKLAND, WA 98033

10924   PACIFIC CONSTRUCTION SYSTEMS, DELETION**, 2275 116TH AVENUE NE, BELLEVUE, WA 98004

10924   PACIFIC CONSTRUCTION WAREHOUSE, 11011 120TH AVE. NE, KIRKLAND, WA 98033

10924   PACIFIC COST/ST HELEN ELEMNTRY SCHL, SEATTLE, WA 98101

10924   PACIFIC ELECTRICAL SUPPLY, 801 STRIKER AVE, SACRAMENTO, CA 95834

10925   PACIFIC ENGINEERING, 1268 NORTH LAKEVIEW AVE, ANAHEIM, CA 92807

10924   PACIFIC ENTERPRISES OIL COMPANY, 3040 POST OAK BLVD., HOUSTON, TX 77056

10924   PACIFIC ENTERPRISES, 3040 POST OAK BLVD, STE 600, HOUSTON, TX 77056

10925   PACIFIC ENVIR SERVICES, INC, 4700 DUKE DRIVE, SUITE 150, MASON, OH 45040

10924   PACIFIC ENVIRONMENTAL SERVICES, 4700 DUKE DRIVE, MASON, OH 45040

10925   PACIFIC ENVIRONMENTAL SERVICES, 7209 E. KEMPER RD., CINCINNATI, OH 45249

10924   PACIFIC ENVIRONMENTAL SERVICES, SUITE #200, 560 HERNDON PKWY, HERNDON, VA 20170-5240

10925   PACIFIC ENVIRONMENTAL SERVICES,INC, PO BOX 277701, ATLANTA, GA 30384-7701

10925   PACIFIC FIRE LABORATORY INC, 2401 B TALLEY WAY, KELSO, WA 98626

10924   PACIFIC FIRE SAFETY, 335 W. 2880 S. BLDG. B, SALT LAKE CITY, UT 84115

10924   PACIFIC FIRE SAFETY, 517 EAST KATELLA AVENUE, ANAHEIM, CA 92806

10924   PACIFIC GAS & ELECTRIC CO, ATTN:  ACCOUNTS PAYABLE, SAN FRANCISCO, CA 94120-7760

10925   PACIFIC GAS & ELECTRIC CO, BOX 52001, SAN FRANCISCO, CA 94152-0002

10925   PACIFIC GAS & ELECTRIC LAND DVMPT, GENERAL COUNSEL, 1170 MARKET ST, SAN FRANCISCO, CA 94102

10924   PACIFIC GAS & ELECTRIC, P.O. BOX 7760, SAN FRANCISCO, CA 94106

10925   PACIFIC GAS & ELECTRIC, SR VP AND GEN COUN,

10925   PACIFIC GAS AND ELECTRIC, BOX 52001, SAN FRANCISCO, CA 94152-0002

10925   PACIFIC IMAGING CONSULTANTS, POB 45273, SAN FRANCISCO, CA 94145-0000

10925   PACIFIC INDUSTRIAL DEV. CORP., 900 VICTORS WAY, SUITE 300, ANN ARBOR, MI 48108

10925   PACIFIC INDUSTRIAL DEVELOPMENT CORP, DEPT.# 158301, PO BOX 67000, DETROIT, MI 48267-1583

10925   PACIFIC INDUSTRIAL SALES OF SO CA, 27762 PEBBLE BEACH, MISSION VIEJO, CA 92692

10925   PACIFIC INDUSTRIAL SALES, 27762 PEBBLE BEACH, SAN JUAN CAPISTRANO, CA 92692

10924   PACIFIC K&S CORP., 3F,120 CHUNG CHENG 1ST RD, KAOHSIUNG, R.O.C.TWN      ***VIA Deutsche Post***

10925   PACIFIC LIFE INSURANCE COMPANY, POBOX 100418, PASADENA, CA 91189-0418

10925   PACIFIC LOCK & SECURITY, PO BOX 2642, CYPRESS, CA 90630

10925   PACIFIC MAGNETICS, 2602 TRANSPORTATION, NATIONAL CITY, CA 92050

10925   PACIFIC MAT RESOURCES, INC, 16701 N.E. 80TH ST. #202, REDMOND, WA 98052

10924   PACIFIC MATERIALS RESOURCES, 16701 NE 80TH STREET #202, REDMOND, WA 98052

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PACIFIC MATERIALS RESOURCES, INC., 16701 NE 80TH ST #202, REDMOND, WA 98052 | |
| 10924 | PACIFIC MECHANICAL SUPPLY, 13705 MILROY PLACE, SANTA FE SPRINGS, CA 90670-5130 | |
| 10925 | PACIFIC MICROELECTRONICS, 10575 S W CASCADE BLVD, PORTLAND, OR 97223 | |
| 10925 | PACIFIC MINIATURES, 2021 RAYMER AVE, FULLERTON, CA 92833 | |
| 10925 | PACIFIC MOLDED FOAM, 12160 S WOODRUFF AVE, DOWNEY, CA 90241 | |
| 10925 | PACIFIC MUTUAL LIFE INSURANCE CO, 177 BROAD ST, STAMFORD, CT 06901 | |
| 10925 | PACIFIC NATIONAL CO, 2108 DILLARD WAY, ANTIOCH, CA 94509 | |
| 10924 | PACIFIC NUTRITIONAL PRODUCTS, 11304 N.E. 66TH STREET #102, VANCOUVER, WA 98662 | |
| 10925 | PACIFIC OFFSHORE PIPELINE CO, MICHAEL J WALKER VP, | |
| 10924 | PACIFIC OMNI INTERNATIONAL, 2637 W. WOODLAND DRIVE, ANAHEIM, CA 92801 | |
| 10924 | PACIFIC OMNI INTERNATIONAL, 283 E REDONDO BEACH BLVD., GARDENA, CA 90248 | |
| 10924 | PACIFIC PACKAGING PRODUCTS, INC., 24 INDUSTRIAL WAY, WILMINGTON, MA 01887 | |
| 10924 | PACIFIC PACKAGING PRODUCTS, INC., PO BOX 697, WILMINGTON, MA 01887 | |
| 10924 | PACIFIC PARTITION SYS INC, BOX 91268, ANCHORAGE, AK 99508 | |
| 10924 | PACIFIC PARTITION SYSTEMS, CAMBRIDGE, MA 02140 | |
| 10924 | PACIFIC PARTITIONS, 6600 WESWAY, ANCHORAGE, AK 99501 | |
| 10924 | PACIFIC PARTITIONS/MARRIOTT HOTEL, 820 W. 7TH AVE., ANCHORAGE, AK 99501 | |
| 10924 | PACIFIC PIPE, PO BOX23711, OAKLAND, CA 94623 | |
| 10924 | PACIFIC PLAST/VIKING TERMINAL, 3505 E. 17TH AVE., EUGENE, OR 97403 | |
| 10924 | PACIFIC PLASTERING, 870 W. 2ND AVE., UNIT C, EUGENE, OR 97402 | |
| 10924 | PACIFIC PLASTERING, 870 WEST 2ND AVE, UNIT C, EUGENE, OR 97402 | |
| 10925 | PACIFIC PLUMBING CO, PO BOX 1494, SANTA ANA, CA 92702 | |
| 10924 | PACIFIC POOLS & SPAS, 913 W. LOOP 281 STE 103, LONGVIEW, TX 75604 | |
| 10924 | PACIFIC POOLS & SPAS, 913 W. LOOP 281, LONGVIEW, TX 75604 | |
| 10925 | PACIFIC POWER & LIGHT COMPANY, 920 S.W. SIXTH AVE., PORTLAND, OR 97256 | |
| 10924 | PACIFIC PUTTY, 1330 SOUTH EAST 8TH AVENUE, PORTLAND, OR 97214 | |
| 10924 | PACIFIC READY MIX, 11628 WEST LINNE ROAD, TRACY, CA 95376 | |
| 10924 | PACIFIC READY MIX, 1789 CHARTER WAY #215, STOCKTON, CA 95206-1114 | |
| 10925 | PACIFIC RESEARCH INSTIT., 755 SANSOME ST, SAN FRANCISCO, CA 94111 | |
| 10925 | PACIFIC RIM TECHNOLOGIES LTD., 9511 FLORIMOND ROAD, RICHMOND, BC V7E 1M2CANADA | *VIA Deutsche Post* |
| 10925 | PACIFIC RIM, 1146 N CENTRAL AVE, GLENDALE, CA 91202 | |
| 10925 | PACIFIC RUBBER OF MEDFORD INC, 3811 B CRATER LAKE HWY, MEDFORD, OR 97504 | |
| 10925 | PACIFIC RUBBER OF OREGON INC., 9841 N. VANCOUVER WAY, PORTLAND, OR 97217 | |
| 10925 | PACIFIC SCIENTIFIC, 7073 W WILLIS DR, CHANDLER, AZ 85226 | |
| 10925 | PACIFIC SEMICONDUCTORS, FTI COMPOUND, TAGUIG METRO MANILA, MANILA, 0PHILIPPINES | *VIA Deutsche Post* |
| 10924 | PACIFIC SPRAY ON/CULVER POLICE, CULVER CITY, CA 90230 | |
| 10924 | PACIFIC SPRAY ON/SAN DIEGO, SAN DIEGO, CA 92101 | |
| 10924 | PACIFIC SPRAYON, 6380 WILSHIRE BLVD, LOS ANGELES, CA 90001 | |
| 10924 | PACIFIC SPRAY-ON/FULLERTON COLLEGE, FULLERTON, CA 92831 | |
| 10924 | PACIFIC SPRAYON/KAISER, LOS ANGELES, CA 90001 | |
| 10925 | PACIFIC SUPPLY BLDG PRODUCTS, POBOX 24389, OAKLAND, CA 94623 | |
| 10924 | PACIFIC SUPPLY LAS VEGAS, 1140 WEST BONANZA ROA, LAS VEGAS, NV 89106 | |
| 10924 | PACIFIC SUPPLY, 1140 W. BONANZA, CRYSTAL BAY, NV 89450 | |
| 10925 | PACIFIC SUPPLY, 1735-24TH ST, OAKLAND, CA 94607 | |
| 10924 | PACIFIC SUPPLY, 2114 SO. 400 WEST, SALT LAKE CITY, UT 84115 | |
| 10925 | PACIFIC SUPPLY, 2202 CENTURION PLACE, BOISE, ID 83709 | |
| 10924 | PACIFIC SUPPLY, 3300 CRATER LAKE AVE., MEDFORD, OR 97504 | |
| 10924 | PACIFIC SUPPLY, 3965 N. WILCOX, STOCKTON, CA 95215 | |
| 10924 | PACIFIC SUPPLY, 4310 WEST SIDE ROAD, REDDING, CA 96001 | |
| 10924 | PACIFIC SUPPLY, C/O: DAVID MASONRY - L.V., LAS VEGAS, NV 89100 | |
| 10924 | PACIFIC SUPPLY, LEEDS, UT 84746 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  PACIFIC SUPPLY, P.O. BOX 888, BAYVIEW, ID 83803-0888

10924  PACIFIC SUPPLY, PROVO, UT 84606

10925  PACIFIC TRANSFORMER, 4729 E WESLEY DR, ANAHEIM, CA 92807

10925  PACIFIC WALK-IN MEDICAL, PO BOX 9208, FOUNTAIN VALLEY, CA 92708

10924  PACIFIC WEST, ARDEN FAIR MALL, SACRAMENTO, CA 99999

10924  PACIFIC WILSHIRE CORP., 9701 WILSHIRE BLVD, BEVERLY HILLS, CA 90212

10925  PACIFIC, JANICE, 187 PLEASANT ST, BERLIN, MA 01503

10924  PACIFIC/NASA-BLDG J-EDWARDS AFB, C/O WESTSIDE, EDWARDS, CA 93523

10925  PACIFICARE, POBOX 3997, SEATTLE, WA 98124-3997

10925  PACIFICI, MICHELE, 37 PROVIDENCE ST, ALBANY, NY 12203

10925  PACIFICO, JOSEPH, 4300 8TH AVE, TEMPLE, PA 19560

10925  PACIFICO, MADELYN, 748 CAROLINA AVE, READING, PA 19605

10925  PACIFICO, SHARON, 5 GLEN ROAD, 102, STONEHAM, MA 02180

10925  PACIFICO, SUSAN, 4300 8TH AVE, TEMPLE, PA 19560

10925  PACILLAS, MICHAEL, 1824 PASEO REAL, EL PASO, TX 79936

10925  PACILLO, ANTHONY, 105 QUEENSBURY ST # 12A, BOSTON, MA 02215

10925  PACIOUS, NANCY, 5 WHIFFLETREE LANE, GEORGETOWN, MA 01833

10925  PACK, ALMA, 6016 BUENA VENTURA, OAKLAND, CA 94605

10925  PACK, DARRELL, 122 LICHTENWALTER ROAD, WINTER HAVEN, FL 33880

10925  PACK, JAMES, PO BOX 825, DALZELL, SC 29040-0825

10925  PACK, KENNETH, 627 SPRUCE ST. APT. 3, WOOSTER, OH 44691

10925  PACK, MARY, 1150 HAYNE ST, SPARTANBURG, SC 29301

10925  PACK, MILDRED, 12 DOMENIC DR, CHELMSFORD, MA 01824

10924  PACKAGE ADVANTAGE CORP, 4633 DOWNEY ROAD, LOS ANGELES, CA 90058

10924  PACKAGE KARE, 301 SMALLEY AVENUE, MIDDLESEX, NJ 08846

10925  PACKAGE POWER, INC, PO BOX 211063, DENVER, CO 80221

10925  PACKAGE SUPPLY & EQUIPMENT CO, INC, PO BOX 1791, COLUMBIA, NC 29202-1791

10925  PACKAGE SUPPLY & EQUIPMENT CO., PO BOX 19021, GREENVILLE, SC 29605

10925  PACKAGE SUPPLY & EQUIPMENT, POBOX 890142, CHARLOTTE, NC 28289-0142

10924  PACKAGE SYSTEMS CORP., 109 CONNECTICUT MILLS AVENUE, DANIELSON, CT 06239

10924  PACKAGE SYSTEMS CORP., 175 CONNECTICUT MILLS AVENUE, DANIELSON, CT 06239

10924  PACKAGED CONCRETE INC., 1S950 S. LORANG RD, ELBURN, IL 60119

10924  PACKAGED SYSTEMS INC., MARTINS BRANCH RD.- RTE 4 BOX 347X, CHARLESTON, WV 25312

10924  PACKAGED SYSTEMS INC., P.O. BOX 13399, CHARLESTON, WV 25360

10925  PACKAGING AIDS CORP, POBOX 9144, SAN RAFAEL, CA 94912-9144

10925  PACKAGING AIDS CORP., PO BOX 9144, SAN RAFAEL, CA 94912-9144

10925  PACKAGING AND SPECIALTY PAPERS, PO BOX 1010, FAIRFOREST, SC 29336

10924  PACKAGING BUSINESS SERVICES, PO BOX 180906, SAINT LOUIS, MO 63118-8906

10925  PACKAGING BY DESIGN INC, 6276 LAKE SHORE ROAD, CLAY, NY 13041

10924  PACKAGING CONSULTANTS GROUP IN, THE, SUITE #4, 210 MARBLE AVENUE, PLEASANTVILLE, NY 10570

10925  PACKAGING CONSULTANTS, INC, 7801 PARK ROAD, CHARLOTTE, NC 28220

10925  PACKAGING CONSULTANTS, INC, P.O BOX 11131, CHARLOTTE, NC 28220

10925  PACKAGING CORPORATION OF AMERICA, 21594 NETWORK PLACE, CHICAGO, IL 60673

10925  PACKAGING DISTRIBUTORS, INC, 4100 NORTH POWERLINE RD., STE S4, POMPANO BEACH, FL 33073

10925  PACKAGING EDUCATION FORUM, 481 CARLISLE DR, HERNDON, VA 20170-4823

10925  PACKAGING INTEGRITY, INC, PO BOX 7042, 105 RAINBOW INDUSTRY BLVD., RAINBOW CITY, AL 35906

10925  PACKAGING MACHINERY MFG INSTITUTE, 4350 N. FAIRFAX DR., STE. 600, ARLINGTON, VA 22203

10925  PACKAGING RESEARCH INC, 103 PINE ST NORTH, MONTICELLO, MN 55362

10925  PACKAGING RESEARCH INTERNATIONAL IN, PO BOX 3144, WEST CHESTER, PA 19381-3144

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PACKAGING RESEARCH INTL INC, PO BOX 3144, WEST CHESTER, PA 19381

10925   PACKAGING SPECIALTIES, 300 LAKE RD., MEDINA, OH 44256

10924   PACKAGING SPECIALTIES, 300 LAKE ROAD, MEDINA, OH 44256

10925   PACKAGING STRATEGIES INC, 122 S. CHURCH ST, WEST CHESTER, PA 19382-3223

10925   PACKAGING SYSTEMS INTL, PO BOX 2847, DENVER, CO 80201

10925   PACKARD HUGHES INTERCONNECT, 17150 VON KARMEN AVE, IRVINE, CA 92614-0000

10925   PACKARD HUGHES INTERCONNECT, 17195 HWY US 98 WEST, FOLEY, AL 36535

10925   PACKARD HUGHES INTERCONNECT, ATTN FINANCE, FOLEY, AL 36536

10925   PACKARD HUGHES INTERCONNECT, OLD COAL MINE ROAD, FORT DEFIANCE, AZ 86504

10925   PACKARD HUGHES INTERCONNECT, PO BOX 19685, IRVINE, CA 92623-9999

10925   PACKARD TRANSPORT INC, PO BOX 340, CHANNOHON, IL 60410-0340

10924   PACKATEERS INC, PO BOX 204, EDGEMONT, PA 19028

10925   PACKCO ACQUISITION CORP., ONE TOWN CENTER RD., BOCA RATON, FL 33486-1010

10925   PACKER, FRANCES, PO BOX 711 271 HAVEN ST, READING, MA 01867

10925   PACKER, KEVIN, 1331 MEADOW VIEW LN #8, LANCASTER, CA 93536

10925   PACKER, WILLIAM, RT1 BOX 233-9, DURHAM, NC 27705

10925   PACKETEERS, INC, PO BOX 547, DOWNINGTOWN, PA 19335-0547

10925   PACKETT, JOHN, 11818 CASH SMITH RD, KEYMAR, MD 21757

10924   PACKWAY MATERIALS INC, 19599 HIGHWAY 89, HAT CREEK, CA 96040

10924   PACKWAY MATERIALS INC., 22246 CASSELL ROAD, BURNEY, CA 96013

10924   PACKWAY MATERIALS INC., POST OFFICE BOX 777, HAT CREEK, CA 96040

10925   PACLE BOARD, 5035 RITTER RD SUITE 500, MECHANICSBURG, PA 17055

10925   PACLE, PO BOX 869, MECHANICSBURG, PA 17055

10925   PACLEASE LARSEN LEASING, 700 LARSEN LANE, BENSENVILLE, IL 60106

10925   PACLEASE OF ATLANTA, 5860 RIVERVIEW ROAD, MABLETON, GA 30126

10925   PACLEASE OF CENTRAL MARYLAND, 1801 SOUTH CLINTON ST, BALTIMORE, MD 21224

10925   PACLIBON, EMELDA, 4820 LA PAZ, MESQUITE, TX 75150

10925   PACO CORPORATION, 9945 INDUSTRIAL DR, BRIDGEVIEW, IL 60455

10924   PACOLET CONCRETE PRODUCTS, 404 MILLEM FARM RD, GAFFNEY, SC 29340

10924   PACOLET CONCRETE PRODUCTS, 404 MILLEM FARM ROAD, GAFFNEY, SC 29340

10924   PACOR INC., 333 RISING SUN ROAD, BORDENTOWN, NJ 08505

10924   PACOR INC., PO BOX 2470, CINNAMINSON, NJ 08077

10925   PACRIM TECHNOLOGIES INC, 317 W LAS TUNAS DRIVE, SAN GABRIEL, CA 91776

10925   PAC-SKY MEDICAL GROUP INC., 3100 W. WARNER AVE STE 1, SANTA ANA, CA 92704

10924   PACUR INC., 3555 MOSER STREET, OSHKOSH, WI 54901

10925   PACURAR, LAVINIA, 1525 LEON, WALLED LAKE, MI 48390

10925   PACUSKA, JEFFERY, 40 LINNAEAN ST APT 6, CAMBRIDGE, MA 02138

10925   PADAYAO, ERNESTO S, 11341 ANEGADA ST, CYPRESS, CA 90630-5330

10925   PADDACK, MARYLE, 1014 VERNON ST, ALEXANDRIA, VA 22314

10925   PADDEN, JOHN, 8 KIMBLE LANE, SPARTA, NJ 07871

10925   PADEN, LEONARD, RT 5, BOX 889-B, LAURENS, SC 29360

10925   PADGET, SUSAN, BOX 14, SWISHER, IA 52338

10925   PADGETT JR., JAMES, 314 TIMBERLINE DR., GRANBURY, TX 75048

10925   PADGETT THOMPSON, PO BOX 169, SARANAC LAKE, NY 12983-0169

10925   PADGETT, ANGIE, 115 HIGHLAND DRIVE, DUNCAN, SC 29334-9646

10925   PADGETT, CLARENCE, 502 BEAR DRIVE, GREENVILLE, SC 29605

10925   PADGETT, DEBRA, 7096 MCCLEAN BLVD., BALTIMORE, MD 21234

10925   PADGETT, FREDERICK, ROUTE 1 BOX 179-A, BOSTIC, NC 28018-9630

10925   PADGETT, JAMIE, RT 1 BOX 288, LAURENS, SC 29360

10925   PADGETT, JOHN, 735 FOREST DRIVE, BARTOW, FL 33830-3234

10925   PADGETT, MICHAEL, 7017 KNIGHTSWOOD, CHARLOTTE, NC 28226-7640

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PADGETT, NORMA, RT 3 BOX 266, BOSTIC, NC 28018 | |
| 10925 | PADGETT, PAMELA, 1031 THE FALLS PKWY, DULUTH, GA 30136 | |
| 10925 | PADGETT, SONYA, 262 EAST AUTUMN RIDGE RD, MOORE, SC 29369 | |
| 10925 | PADGETT, THOMAS, 1233 W 37TH ST, BALTIMORE, MD 21211 | |
| 10925 | PADGETT-THOMPSON, PO BOX 4725, BUFFALO, NY 14240-4725 | |
| 10925 | PADILHA, SERGIO, CONDE PORTO ALEGRE 64597573-581 S. DO, 701, LIVRAMENTO-RS, BRAZIL | *VIA Deutsche Post* |
| 10925 | PADILLA LANDSCAPE MAINTENANCE, PO BOX 174, SAN LORENZO, CA 94580 | |
| 10925 | PADILLA LANDSCAPE MAINTENANCE, POBOX 174, SAN LORENZO, CA 94580 | |
| 10924 | PADILLA LANDSCAPE, 1163 VIA MANZANAS, SAN LORENZO, CA 94580 | |
| 10924 | PADILLA S&G REDI-MIX, 409 CAMINO RAMANOTE, RIO RICO, AZ 85648 | |
| 10924 | PADILLA SAND & GRAVEL R/M, 409 CAMINO RAMANOTE, RIO RICO, AZ 85648 | |
| 10924 | PADILLA SAND & GRAVEL REDI MIX, 409 CAMINO RAMANOTE, RIO RICO, AZ 85648 | |
| 10925 | PADILLA, ANTONIO, 301 1/2 ACADEMY, GUYMON, OK 73942 | |
| 10925 | PADILLA, ARQUELIO, 1062 NORTH 9TH ST, READING, PA 19604-2249 | |
| 10925 | PADILLA, EDGARDO, HC-73 BOX 4391, BO. ACHIOTE, NARANJITO, PR 00719PUERTO RICO | *VIA Deutsche Post* |
| 10925 | PADILLA, EDUARDO, 903 RYANWOOD DRIVE, WEST PALM BEACH, FL 33413 | |
| 10925 | PADILLA, ELICIA, 2300 S.ATKINSON, ROSWELL, NM 88201 | |
| 10925 | PADILLA, F, 4976 E FILLMORE AVE, FRESNO, CA 93727 | |
| 10925 | PADILLA, FRANCISCA, PO BOX 408, SEELEY, CA 92273 | |
| 10925 | PADILLA, JACQUELINE, 14131 SW 3O TER RD., OCALA, FL 34473 | |
| 10925 | PADILLA, JAIME, 5946 W MITCHELL DR, PHOENIX, AZ 85032 | |
| 10925 | PADILLA, JOHN, 6301 W HAMPDEN BLDG 4-201, DENVER, CO 80227 | |
| 10925 | PADILLA, JOSE, 8981 MAY COURT, SOUTH GATE, CA 90280 | |
| 10925 | PADILLA, JUAN, 15610 PARK AVE, COLORADO SPRINGS, CO 80921 | |
| 10925 | PADILLA, MARK, 1718 DRURY LANE, ODESSA, TX 79762 | |
| 10925 | PADILLA, MELISSA, 627 STAR, HEREFORD, TX 79045 | |
| 10925 | PADILLA, NIVIAN, CALLE 11 AL 21 A, BAYAMON, PR 00959 | |
| 10925 | PADILLA, PATRICIA, 221 SOUTH 24TH, EDINBURG, TX 78539 | |
| 10925 | PADILLA, RENE, PO BOX 342, AQUA DULCE, TX 78330 | |
| 10925 | PADILLA, SHERRY, 448 FM 2025, CLEVELAND, TX 77327 | |
| 10925 | PADILLA, SILVIA, 3480 PONTIAC AVE, RIVERSIDE, CA 92509 | |
| 10925 | PADILLA, TAMMY, 512 HERITAGE AVE, GRETNA, LA 70056 | |
| 10925 | PADILLA-LOPEZ, IVETTE, 4639 N. KARLOV, CHICAGO, IL 60630 | |
| 10925 | PADIN, MARLENE, 13239 SW 55 ST, MIAMI, FL 33175 | |
| 10925 | PADMORE, HELEN, 151 MILTON ST, BROOKLYN, NY 11222-2501 | |
| 10925 | PADOLINA, JOSE, 126 CORNELL RD, BALA CYNWYD, PA 19004 | |
| 10925 | PADOVANI, ALEJANDRO, CALLE LOS BASORA #20, LAJAS, PR 00667 | |
| 10925 | PADOVANI, MARILYN, 312 SPUR ROAD, GREENSBORO, NC 27406 | |
| 10925 | PADRTA, LYNDA, 1113 FIRST ST, NEPTUNE BEACH, FL 32266 | |
| 10925 | PADRTA, LYNDA, 735 TIVOLI CIRCLE APT 101, DEERFIELD BEACH, FL 33441 | |
| 10924 | PADUCAH POOLS & SPAS, INC., CAMBRIDGE, MA 02140 | |
| 10924 | PADUCAH, 3932 CLARKS RIVER RD, PADUCAH, KY 42003 | |
| 10925 | PADULCHICK, SHELLY A., 33 KERR DR., WHITEHOUSE, NJ 08610 | |
| 10925 | PAEPCKE, MATTHEW, 405 BACK RIVER NECK, BALTIMORE, MD 21221 | |
| 10925 | PAESCH, MARGARET, 6774 COWAN ST., DUBLIN, OH 43017 | |
| 10925 | PAETOW, ANGELA, 4259 DARLEIGH RD, BALTIMORE, MD 21236 | |
| 10925 | PAETZKE, HANS, N4824 LAKE WINTER RD., WINTER, WI 54896 | |
| 10925 | PAFFORD, RON L, 2061 STONE FOREST DRIVE, LAWRENCEVILLE, GA 30043 | |
| 10925 | PAFFORD, RON LEWIS, 800 UNDEROAKS DR, ALTAMONTE SPRINGS, FL 32701 | |
| 10925 | PAFFORD, RONALD, 4109 TREEMONT LANE, SUWANEE, GA 30024 | |
| 10925 | PAG INDUSTRIES INC, 51 MIDDLESEX ST SUITE 113, NORTH CHELMSFORD, MA 01863 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PAG INDUSTRIES INC, BOX 2034, NORTH CHELMSFORD, MA 01863

10924   PAG INDUSTRIES INC, CAMBRIDGE, MA 02140

10925   PAGADUAN, JEFFREY, 6 BEARSE AVE, DORCHESTER, MA 02124

10925   PAGADUAN, JOY, 1113 LUPINE DR., GARLAND, TX 75043

10925   PAGADUAN, WENDY, 6 BEARSE AVE, DORCHESTER, MA 02124

10925   PAGAN, AIDA, BO PARABUEYON CARR 1, CABO ROJO, PR 00623

10925   PAGAN, JOHN, 3495 BEECHWOOD LANE, TRIANGLE, VA 22172

10925   PAGAN, JORGE, BO GUANAJIBO CASTILL, MAYAGUEZ, PR 00708

10925   PAGAN, JUAN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925   PAGAN, MINERVA, BO PAMPANOS, PONCE, PR 00731

10925   PAGAN, RENEE, 2742 MILL AVE, BROOKLYN, NY 11234

10925   PAGAN, ROBERT, 1315 DANIELS LANE, OWENSBORO, KY 42303-9617

10925   PAGAN, ROSABEL, 231 RAHWAY AVE, ELIZABETH NJ, NJ 07202

10925   PAGAN, WILBERTO, 1 B-4, GUAYAMA, PR 00784

10925   PAGAN, WILLIE, 3805 KUTZTOWN ROAD, READING, PA 19605

10925   PAGANELLI, MICHAEL, 610 COLUMBUS AVE. APT. #5, BOSTON, MA 02118

10925   PAGANO, VINCENT, CUST FOR ROBERT A PAGANO, UNIF GIFT MIN ACT-NY, 195 TODT HILL RD, STATEN ISLAND, NY 10314-5410

10925   PAGANO, WILLIAM, RD #4 B606 CUTTER ROAD, MEADVILLE, PA 16335-8255

10925   PAGANUCCI, ELIZABETH, 33 ROPE FERRY RD., HANOVER, NH 03755

10925   PAGANUCCI, PAUL, 33 ROPE FERRY ROAD, HANOVER, NH 03755-1481

10925   PAGE 2000, PO BOX 9533, NEW HAVEN, CT 06534-0533

10925   PAGE ELECTRICAL CORPORATION, 60 ELM HILL AVE, LEOMINSTER, MA 01453

10925   PAGE II, CLYDE, RT 1 BOX 230-B, HALIFAX, NC 27839

10925   PAGE JR, GILBERT, 735 MEMORIAL DRIVE LOT # 111, CHICOPEE, MA 01020

10925   PAGE MANNINO PERESICH DICKINSON MC, 759 VIEUX MARCHE MALL, BILOXI, MS 39533

10925   PAGE NEW ENGLAND, PO BOX 34, BOSTON, MA 02297-0034

10925   PAGE NEW ENGLAND, POBOX 34, BOSTON, MA 02297-0034

10925   PAGE NEW YORK, 1770 CENTRAL AVE, ALBANY, NY 12205-4781

10925   PAGE NEW YORK, POBOX 16806, NEWARK, NJ 07101-6806

10925   PAGE SOUTH, PO BOX 105888, ATLANTA, GA 30348-5888

10925   PAGE SOUTH, PO BOX 105889, ATLANTA, GA 30348-5889

10925   PAGE SOUTH, PO BOX 96017, CHARLOTTE, NC 28296-0017

10925   PAGE, CAROLYN, 17 FORGOTTEN PROMISELANE, LOS LUNAS, NM 87031

10925   PAGE, CHARLES, 18 RICE ST, SALEM, MA 01970

10925   PAGE, CHARLES, 3612 DECATURST, RICHMOND, VA 23224

10925   PAGE, CHRISTINE, 218 POCAHONTAS CT, HENDERSON, NV 89014

10925   PAGE, DANIEL, 7029 ANDALUSIA AVE, JACKSONVILLE, FL 32217

10925   PAGE, DANISE, 253 MILLTOWN RD, BRIDGEWATER, NJ 08807

10925   PAGE, DONALD, 137 TRAVELIER TRAIL, PIEDMONT, SC 29673

10925   PAGE, DONNA, 262 GEORGIA QUEEN DR, WOODRUFF, SC 29388

10925   PAGE, DOUGLAS, 40 RIVERSIDE DRIVE, GREENVILLE, SC 29605-1143

10925   PAGE, GERALDINE, 105 HYDE CIRCLE, MAULDIN, SC 29662

10925   PAGE, J, 330 HOLLOWTREE DR., SEFFNER, FL 33584

10925   PAGE, JAMES, 127 MCCALL RD, SIMPSONVILLE, SC 29681

10925   PAGE, JEFFREY, 220 BLAND BLVD, BURLINGTON, NC 27215

10925   PAGE, JERRI, 5038 CAHUENGA BL. #7, N HOLLYWOOD, CA 91601

10925   PAGE, KIM, 522 WEST 50TH ST, NEW YORK, NY 10019

10925   PAGE, LESLIE, 1649 NAZARETH CHURCH RD, SPARTANBURG, SC 29301

10925   PAGE, LISA, 1217 TRENTON APT 22B, W MONROE, LA 71291

10925   PAGE, MARY ROSE, 45A BIRCH ROAD, CEDAR GROVE, NJ 07009

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PAGE, MARY, RT. 3 BOX 168, MOMENCE, IL 60954

10925   PAGE, MELINDA, 202 MARTIN ROAD, FOUNTAIN INN, SC 29644

10925   PAGE, MICHAEL, 137 TRAVELIER TRAIL, PIEDMONT, SC 29673

10925   PAGE, RENEE, PO BOX 92, SUMAVA RESORTS, IN 46379

10925   PAGE, RONALD, 1505 SHADOWBROOK DR, KELLER, TX 76248

10925   PAGE, RONNIE, 302 GLENWOOD AVE, BELTON, SC 29627

10925   PAGE, SHERRY, 103 HUNTS LANE, BRANDON, MS 39042

10925   PAGE, TERRY, 3403 WOODRUFF ROAD, SIMPSONVILLE, SC 29681-4352

10925   PAGE, THOMAS, 49 BERDAN ST, ROCHELLE PARK, NJ 07662

10925   PAGE, TONY, 202 MARTIN RD, FOUNTAIN INN, SC 29644

10925   PAGE, WALTER, 5506 S. TOLEDO PLACE, TULSA, OK 74135

10925   PAGE, WILLIAM, 35 BETHANY CIRCLE, FOUNTAIN INN, SC 29644

10925   PAGECOM INC, 11545 PAGEMILL ROAD, DALLAS, TX 75243

10925   PAGE-DAVIES, KARYN, 380 MARY HANNA RD, WOODRUFF, SC 29388

10925   PAGEL, CHERYL, 11450-602 PATUXENT PKWY, COLUMBIA, MD 21044

10925   PAGEL, LEONARD, 554 TROUT CREEK DR, ONEIDA, WI 54155-9101

10925   PAGEL, RON, 3324 S HEMLOCK LANE, APPLETON, WI 54915-4545

10925   PAGEMART - CORPORATE, 6688 N CENTRAL EXPWY, DALLAS, TX 75206

10925   PAGEMART - CORPORATE, PO BOX 78450, PHOENIX, AZ 85062-8450

10925   PAGEMART - CORPORATE, PO BOX 78645, PHOENIX, AZ 85062-8645

10925   PAGEMART - CORPORATE, PO BOX 910967, DALLAS, TX 75391-0967

10925   PAGEMART - HOUSTON, PO BOX 78450, PHOENIX, AZ 85062-8450

10925   PAGENET DBA PAGENET NORTH CENTRAL, DEPT 0102 OFFICE 068, PALATINE, IL 60055-0102

10925   PAGENET OF COLORADO INC, 6300 S SYRACUSE WAY SUITE 550, ENGLEWOOD, CO 80111

10925   PAGENET OF MARYLAND, OFFICE 038 DEPT 0102, PALATINE, IL 60055-0102

10925   PAGENET OF PHILADELPHIA, 1001 W 9TH AVE, KING OF PRUSSIA, PA 19406-1209

10925   PAGENET OF PHILADELPHIA, PO BOX 42957, PHILADELPHIA, PA 19162-4295

10925   PAGENET OF UPSTATE NEW YORK, OFFICE 040,DEPT.0102, PALATINE, IL 60055-0102

10925   PAGENET OF UPSTATE NEW YORK, PO BOX 42957, PHILADELPHIA, PA 19162-4295

10925   PAGENET PAGING NETWORK, INC, DEPT. 0049, PALATINE, IL 60055-0049

10925   PAGENET, 5900 N. ANDREWS AVE., FORT LAUDERDALE, FL 33309

10925   PAGENET, 6TH FL, BURLINGTON, MA 01803

10925   PAGENET, 9658 BALTIMORE AVE. #304, COLLEGE PARK, MD 20740

10925   PAGENET, DEPT 206, PALATINE, IL 60055-0206

10925   PAGENET, INC, OFFICE 038, DEPT 0102, PALATINE, IL 60055-0102

10925   PAGENET, PO BOX 1002, SOUTHEASTERN, PA 19398

10925   PAGENET, PO BOX 120002, DALLAS, TX 75312-0676

10925   PAGENET, PO BOX 4062, WOBURN, MA 01888-4062

10925   PAGENET, PO BOX 42957, PHILADELPHIA, PA 19162

10925   PAGENET, PO BOX 660770, DALLAS, TX 75266-0770

10925   PAGENET, POBOX 5098, MOUNT LAUREL, NJ 08054

10925   PAGENET, POBOX 650046, DALLAS, TX 75265-0046

10925   PAGENET, TWO WORLD TRADE CENTER, NEW YORK, NY 10048

10925   PAGET, SAM, 117 PLUMTREE ROAD, DEERFIELD, IL 60015

10925   PAGGEN, MARVIN V, 1320 LAURA LN., SULPHUR, LA 70663

10925   PAGGEN, MARVIN, 1320 LAURA LANE, SULPHUR, LA 70663

10925   PAGING NETWORK OF ARIZONA INC, DEPT 0049, PALATINE, IL 60055-0049

10925   PAGING NETWORK OF ARIZONA INC., 4127 E VAN BUREN ST, #265, PHOENIX, AZ 85008

10925   PAGING NETWORK OF ATLANTA, PO BOX 4062, WOBURN, MA 01888-4062

10925   PAGING NETWORK OF COLORADO INC, DEPT 0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF COLUMBUS INC, DEPT 0102, PALATINE, IL 60055-0102

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PAGING NETWORK OF HOUSTON, POBOX 672097, DALLAS, TX 75267-2097

10925   PAGING NETWORK OF ILLINOIS INC, CENTER - SUITE 300, WESTCHESTER, IL 60154

10925   PAGING NETWORK OF ILLINOIS, DEPT 0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF ILLINOIS, INC, DEPT. 0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF MA INC, DEPT 0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF MA.INC, PO BOX 42957, PHILADELPHIA, PA 19162-4295

10925   PAGING NETWORK OF MARYLAND, 25 CROSSROADS DR #110, OWINGS MILLS, MD 21117-5422

10925   PAGING NETWORK OF MASSACHUSETTS INC, OFFICE 035, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF MASSACHUSETTS,INC, DEPT. 0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF MASSACHUSETTS,INC, PO BOX 42957, PHILADELPHIA, PA 19162-4295

10925   PAGING NETWORK OF OHIO INC, DEPT 0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF OHIO INC., 2 CROWNE POINT COURT, CINCINNATI, OH 45241-5401

10925   PAGING NETWORK OF OHIO,INC, DEPT.0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF OREGON INC, DEPT 0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK OF PHILADEPHIA INC, OFFICE 032 DEPT 0102, PALATINE, IL 60055-0102

10925   PAGING NETWORK, INC, PO BOX 42961, PHILADELPHIA, PA 19162-4296

10925   PAGLIA, L, 47 GOLDSMITH AVE, E PROVIDENCE, RI 02914

10925   PAGLIARANI, MARILYN, 4 ATHELSTONE RD, NEWTON CENTER, MA 02159

10925   PAGLIARELLA, MICHAEL, 1004 GLENDEVON COURT, AMBLER, PA 19002

10924   PAGNATTA BUILDERS, 6178 GARDEN AVENUE, HUBBARD, OH 44425

10925   PAGNOTTA, ROSARIO, 1116 84 ST, NORTH BERGEN, NJ 07047

10925   PAGNUTTI, PETER B, 2325 GIRARD PLACE, SPOKANE, WA 99223-5152

10924   PAGOSA MATERIALS, WEST HWY 160, PAGOSA SPRINGS, CO 81147

10925   PAGOULATOS, DANIELLE, 105 HAVERFORD RD, HICKSVILLE, NY 11801

10925   PAHL, THOMAS, 7205 GLADSTONE DRIVE, MADISON, WI 53719-3410

10925   PAHNKE, CRAIG, E1535 HWY J, DENMARK, WI 54208

10925   PAHOMI, RICHARD N, 105 DODD, NORTHLAKE IL, IL 60164

10924   PAHRUMP CONCRETE, BOX 459, PAHRUMP, NV 89041

10924   PAHRUMP CONCRETE, INC., 2911 E. COMMERCE, PAHRUMP, NV 89041

10924   PAHRUMP CONCRETE, INC., P.O. BOX  459, PAHRUMP, NV 89041

10925   PAID PRESCRIPTIONS LLC, PO BOX 945551, ATLANTA, GA 30394-5551

10925   PAIGE CO INC, 400 KELBY ST, FORT LEE, NJ 07024

10925   PAIGE K MCBEE-WISE, 222 BROAD ST, SEWICKLEY, PA 15143-1525

10925   PAIGE, DEREK, 75 HARRY S TRUMAN DRAPT 23, LARGO, MD 20772

10925   PAIGE, GINA, 921 F ST NE, WASHINGTON, DC 20002

10925   PAIGE, JENNY, 1821 MOORE COURT, SAINT CHARLES, IL 60174

10925   PAIGE, MARY, 331 NORTHVIEW DRIVE, COMMERCE, GA 30529

10925   PAIK, SANG, 12307 RAGWEED ST., SAN DIEGO, CA 92129

10925   PAINE HAMBLEN COFFIN BROOKE & MILLE, 717 WEST SPRAGUE AVE, SUITE 1200, SPOKANE, WA 99201

10925   PAINE WEBBER INCORPORATED, 1000 HARBOR BLVD, WEEHAWKEN, NJ 07087

10925   PAINE, DAWN, 240 SOUTH MAIN ST, 5, ATTLEBORO, MA 02703

10925   PAINE, ELIZABETH, 105 MAIN ST, TOWNSEND, MA 01469

10925   PAINE, FREDERICK, 10 UPTOM PINE ROAD, LEBANON, NJ 08833-4339

10924   PAINE, HAMBLEN, COFFIN, BROOKE & MI, 717 W SPRAGUE AVE STE 1200, SPOKANE, WA 99201-3505

10925   PAINE, KIM, 441 RED LANE ROAD, BIRDSBORO, PA 19508

10925   PAINT PROJECT INC, THE, 19 WILLOW ST, NATICK, MA 01760

10925   PAINT PROJECT INC, THE, 584 WAVERLY ST, FRAMINGHAM, MA 01702

10925   PAINTER, CHARLES, 418 ANDERSON RIDGE RD, GREER, SC 29651

10925   PAINTER, CHRISTOPHER, 773 SIESTA KEY-, DEERFIELD BEACH, FL 33441

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PAINTER, DELIGHT, 23 FIELDSTONE DR, SOMERVILLE, NJ 08876 | |
| 10925 | PAINTER, DONNA, 504 OAKRIDGE, CORSICANA, TX 75110 | |
| 10925 | PAINTER, HAROLD, 23 WEAVERS LANE, COLD SPRINGS, KY 41076 | |
| 10925 | PAINTER, MAX, 103 BRIAN DRIVE, SPARTANBURG, SC 29307 | |
| 10925 | PAINTERS STORE, THE, 2300 E. ATLANTIC BLVD., POMPANO BEACH, FL 33062 | |
| 10925 | PAINTN PLACE, PO BOX 3072, ORANGE, CA 92665 | |
| 10925 | PAIS, JULIO, 45 N. PLEASANT ST, TAUNTON, MA 02780 | |
| 10925 | PAISLEY PRODUCTS OF CANADA INCORPOR, 40 UPTON ROAD, SCARBOROUGH, ON M1L 2B9CANADA | *VIA Deutsche Post* |
| 10925 | PAIVA, LOUIS, 281 SOMERSET AVE, TAUNTON, MA 02780 | |
| 10925 | PAIZ, CESAR, 1353 BASIL CT, NEWMAN, CA 95360 | |
| 10925 | PAIZ, DORA, 1771 E 114TH ST, LOS ANGELES, CA 90059 | |
| 10925 | PAIZ, RUDY, 715 WARE ST., SAN ANTONIO, TX 78221 | |
| 10924 | PAJCO PRODUCTS, INC., 5492 BOSTWICK, LOWVILLE, NY 13367 | |
| 10924 | PAJCO PRODUCTS, INC., 7740 WEST STREET, LOWVILLE, NY 13367 | |
| 10925 | PAJIAN CARPETS, 4716 MAIN ST, LISLE, IL 60532 | |
| 10924 | PAK TECHNOLOGIES, PO BOX 90080, MILWAUKEE, WI 53209 | |
| 10924 | PAK TECHNOLOGY, 2730 W SILVER SPRING DRIVE, MILWAUKEE, WI 53209 | |
| 10925 | PAK, SOON, 136-25 59TH AVE, FLUSHING, NY 11355 | |
| 10925 | PAK/TEEM INC., PO BOX 690649, CINCINNATI, OH 45269-0649 | |
| 10925 | PAK/TEEM, INC, 11500 ROCKFIELD COURT, CINCINNATI, OH 45241-1919 | |
| 10924 | PAKWEST PAPER & CHEMICAL, P.O. BOX 5140, SANTA ANA, CA 92704 | |
| 10924 | PAL LABORATORIES, INC., 10655 N.W. 29TH TERRACE, MIAMI, FL 33172 | |
| 10925 | PAL PIKE ASSOCIATES, A.L. LEVINE COMPANY - GEN COUNSEL, ONE WAYNE HILLS MALL, WAYNE, NJ 07470 | |
| 10925 | PAL PIKE ASSOCIATES, GENERAL COUNSEL, 115 ELLISON ST, PATTERSON, NJ 07505 | |
| 10925 | PALACE CAFE, THE, 605 CANAL ST. ATTN: KELLY LEVASSEUR, NEW ORLEANS, LA 70130 | |
| 10925 | PALACE MANUFACTURING, 25 SULLIVAN RD., BILLERICA, MA 01862 | |
| 10924 | PALACE OF AUBURN HILLS, 2 CHAMPIONSHIP DRIVE, AUBURN HILLS, MI 48321 | |
| 10924 | PALACE OF AUBURN HILLS, 2 CHAMPIONSHIP DRIVE, DETROIT, MI 48201 | |
| 10924 | PALACE THEATER, 1120 ELMWOOD PARK BOULEVARD, HARAHAN, LA 70123 | |
| 10924 | PALACE THEATRE, 21 WEST OTTERMAN STREET, GREENSBURG, PA 15601 | |
| 10925 | PALACIO, OMAR, 35 RUCERETO AVE, DUMONT, NJ 07628 | |
| 10925 | PALACIOS, DINA, 3510 HACKBERRY, MCALLEN, TX 78501 | |
| 10925 | PALACIOS, JERRY, 2161 AVE G, WICHITA FALLS, TX 76309 | |
| 10925 | PALADINO, CAROLE, 72 PEARL ST, WOBURN, MA 01801 | |
| 10925 | PALAFOX, RODOLFO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | PALAFOX, RODOLFO, SAN MATEO OXTATILAN, TOLUCA, 50100MEXICO | *VIA Deutsche Post* |
| 10925 | PALAFOX, ZENAIDA, 220 NEPTUNE AVE, JERSEY CITY, NJ 07305 | |
| 10925 | PALAGI, DAVID, 45 WISTERIA DR, COVENTRY, RI 02816 | |
| 10925 | PALAMATIC HANDLING USA, INC, PO BOX 2020, WEST CHESTER, PA 19380 | |
| 10925 | PALAMATIC HANDLING USA, INC, PO BOX 749, HORSHAM, PA 19044 | |
| 10925 | PALAMATIC, PO BOX 2020, WEST CHESTER, PA 19380 | |
| 10925 | PALAN, JUAN, 5400 BROKEN SOUND BLVD NW, #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | PALANCA, RICHARD, 3639 W SCOTT DR, ALSIP, IL 60658 | |
| 10925 | PALANGIO, MICHAEL, 27 BROAD ST APT #1, BROCKTON, MA 02401 | |
| 10925 | PALANIUK, CRAIG, STAR ROUTE BOX 48, FAIRFIELD, ND 58627 | |
| 10925 | PALANTI, MARC, 2421 S.MCKINLEY, CASPER, WY 82601 | |
| 10925 | PALAO, JR, CYRIL, 6229 MUSIC ST, NEW ORLEANS, LA 70122 | |
| 10924 | PALATKA FL PLANT, 886 N. HWY. 17, PALATKA, FL 32177 | |
| 10925 | PALAU, FRANCIS, 26 MOUNTAIN MANOR, EAST STRAUDSBURG, PA 18301 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PALAZZI, RANDY, 123 EAST SECOND ST, BOUND BROOK, NJ 08805 | |
| 10925 | PALCICH, MARY, 3410 S. WASHINGTON, AMARILLO, TX 79110 | |
| 10925 | PALCO, PO BOX 1213, WHEAT RIDGE, CO 80034 | |
| 10925 | PALECZNY, LISA, 1104 JENNIFER LANE, BOLINGBROOK, IL 60440 | |
| 10925 | PALENCIA, LIBERTY, 14046 E ADGER DRIVE, WHITTIER, CA 90604 | |
| 10925 | PALERMO, GINA, 7175 NOVA DR, DAVIE, FL 33317 | |
| 10925 | PALERMO, JANICE, 8419 S KEAN AVE, HICKORY HILLS, IL 60457 | |
| 10924 | PALESTINE CONCRETE TILE, OFF HWY 79, 2500 W. REGAN, PALESTINE, TX 75801 | |
| 10924 | PALESTINE CONCRETE TILE, P.O. BOX 2508, PALESTINE, TX 75802 | |
| 10924 | PALESTINE CONCRETE TILE, P.O.BOX 2508, PALESTINE, TX 75802 | |
| 10924 | PALESTINE CONCRETE TILE, ROUTE 8 BOX 138, PALESTINE, TX 75801 | |
| 10924 | PALESTINE CONCRETE, 2202 CHALK HILL, DALLAS, TX 75222 | |
| 10924 | PALESTINE CONCRETE, PO BOX2508, PALESTINE, TX 75802 | |
| 10925 | PALESTINE CONCRETE, POBOX 2508, PALESTINE, TX 75802 | |
| 10925 | PALEVICIUS, ALPHONSE, 17 MARINA DR, NASHUA, NH 03062-1242 | |
| 10925 | PALEX CONTAINER SYSTEMS INC, PO BOX 160, GRAYSVILLE, GA 30726 | |
| 10925 | PALEX CONTAINER SYSTEMS, PO BOX 2075, MONTEBELLO, CA 90640-1475 | |
| 10925 | PALEX CONTAINER SYSTEMS, PO BOX 278, ZELLWOOD, FL 32798 | |
| 10924 | PALISADES MALL, PALISADES MALL, VIRGINIA AVENUE, WEST NYACK, NY 10994 | |
| 10925 | PALL AEROPOWER CORP, 10540 RIDGE ROAD, NEW PORT RICHEY, FL 34654 | |
| 10925 | PALL AEROPOWER CORP, 34665-5798, 6301 49TH ST N, PINELLAS PARK, FL 34665 | |
| 10924 | PALL AEROPOWER CORP, 4245 EVANS AVENUE, FORT MYERS, FL 33901 | |
| 10924 | PALL AEROPOWER CORP., 10540 RIDGE ROAD, NEW PORT RICHEY, FL 34654 | |
| 10924 | PALL AEROPOWER CORP., 5775 RIO VISTA DRIVE, NEW PORT RICHEY, FL 34654 | |
| 10924 | PALL AEROPOWER CORP., 6301 49TH ST. NORTH, PINELLAS PARK, FL 34665 | |
| 10924 | PALL AEROPOWER, 10540 RIDGE ROAD, NEW PORT RICHEY, FL 34654 | |
| 10925 | PALL INDUSTRIAL HYDRAULICS, 4245 EVANS AVE, FORT MYERS, FL 33901 | |
| 10925 | PALL PROCESS, 3669 STATE ROUTE 281, CORTLAND, NY 13045-0000 | |
| 10925 | PALL PUERTO RICO, ROAD 194 KM 04, FAJARDO, PR 00738PUERTO RICO | *VIA Deutsche Post* |
| 10925 | PALL TRINCOR CORP, PO BOX 75312, CHARLOTTE, NC 28275 | |
| 10925 | PALL TRINCOR CORP., 110 SUMMIT DR, EXTON, PA 19341 | |
| 10925 | PALL TRINITY MICRO CORP, 121 S LOMBARD RD, ADDISON, IL 60101 | |
| 10925 | PALL TRINITY MICRO, RTE 281 & MCLEAN RD, CORTLAND, NY 13045-0000 | |
| 10925 | PALLA, MARK, 1475 MASS. AVE, LEXINGTON, MA 02173 | |
| 10925 | PALLACK, RUTH, 16939 DAVENPORT RD, DALLAS, TX 75248-1462 | |
| 10925 | PALLADIAN PUBLICATIONS LIMITED, 15 SOUTH ST, SURREY, FARNHAM, GU97QUUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PALLADINO, FRANCESCO, 88 BERDINE COURT, COLONIA, NJ 07067 | |
| 10924 | PALLADIUM, THE, DELIVERY ON 13TH STREET, 14TH STREET & 3RD AVE, MANHATTAN, NY 10021 | |
| 10925 | PALLES, YETTA, 8801 W.GOLF ROAD, 5G, NILES, IL 60714-5715 | |
| 10925 | PALLESEN, MARTHA, 3496 FOXHUND TR., MEMPHIS, TN 38115 | |
| 10925 | PALLET EXCHANGE, PO BOX 52522, PHOENIX, AZ 85072-2522 | |
| 10925 | PALLET KING INC., 1800 NW 22ND COURT, POMPANO BEACH, FL 33069 | |
| 10925 | PALLET MASTERS INC., 655 E.FLORENCE AVE, LOS ANGELES, CA 90001 | |
| 10925 | PALLET PALLET INC, PO BOX 931506, CLEVELAND, OH 44193-0573 | |
| 10925 | PALLET PALLET, INC, 1505 LYNDON B JOHNSON FWY STE 340, DALLAS, TX 75234-6080 | |
| 10925 | PALLET REMOVAL & REPAIR SERVICE, 1334 ELBERT TAYLOR RD., PELION, SC 29123 | |
| 10925 | PALLETIZED TRUCKING INC., PO BOX 8744, HOUSTON, TX 77249-8744 | |
| 10924 | PALLETTE STONE CORP, PO BOX 4550, SARATOGA SPRINGS, NY 12866 | |
| 10924 | PALLETTE STONE CORP., 373 WASHINGTON ST. @ RT. 29, SARATOGA SPRINGS, NY 12866 | |
| 10924 | PALLETTE STONE CORP., DO NOT USE, SOUTH CORINTH, NY 12822 | |
| 10924 | PALLETTE STONE CORP., P. O. BOX 4550, SARATOGA SPRINGS, NY 12866 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PALLEX, RANDY, 1115 SHARIE LA, GREEN BAY, WI 54304

10925   PALLEX, SUSAN, 1115 SHARIE LANE, GREEN BAY, WI 54304

10925   PALLIN, CYNTHIA, 2711 BAYOU BLVD., PENSACOLA, FL 32503

10925   PALLO, KENNETH, 1635 11TH S.W, VERO BEACH, FL 32962

10925   PALLOZZI, LYNN, 520 HOLY CROSS ROAD, BALTIMORE, MD 21225

10925   PALM BEACH AIRCRAFT PAINT, 1515 PERIMETER ROAD, WEST PALM BEACH, FL 33406

10925   PALM BEACH CHEMICAL CO., PO BOX 8177, WEST PALM BEACH, FL 33407

10925   PALM BEACH COUNTY 10-13 CLUB, POBOX 1511, BOYNTON BEACH, FL 33435

10925   PALM BEACH COUNTY BAR ASSOCIATION, 1601 BELVEDER RD. STE302E, WEST PALM BEACH, FL 33406

10925   PALM BEACH COUNTY BAR ASSOCIATION, 1601 BELVEDERE RD #302E, WEST PALM BEACH, FL 33406

10925   PALM BEACH COUNTY BAR ASSOCIATION, 1601 BELVEDERE RD., STE 302E, WEST PALM BEACH, FL 33406-1541

10925   PALM BEACH COUNTY CHAPTER, PO BOX 870, WEST PALM BEACH, FL 33402

10925   PALM BEACH COUNTY CULTURAL COUNCIL, 1555 PALM BEACH LAKE BLVD, WEST PALM BEACH, FL 33401

10924   PALM BEACH COUNTY JUDICAL CENTER, 410 4TH STREET, WEST PALM BEACH, FL 33401

10925   PALM BEACH COUNTY LITERAC, PO BOX 20809, WEST PALM BEACH, FL 33416-0809

10925   PALM BEACH COUNTY SHERIFF, 3228 GUN CLUB ROAD, WEST PALM BEACH, FL 33406

10925   PALM BEACH COUNTY SHERIFF, PO BOX 24681, WEST PALM BEACH, FL 33416-4681

10925   PALM BEACH COUNTY, TAX COLLECTOR, PO BOX 3715, WEST PALM BEACH, FL 33402-3715

10925   PALM BEACH NEWSPAPERS, INC, PO BOX 24698, WEST PALM BEACH, FL 33416-4698

10925   PALM BEACH TRANSPORTATION INC, 1700 N FLORIDA MANGO RD, WEST PALM BEACH, FL 33409

10925   PALM COMMODITIES INTERNATIONAL, 1289 BRIDGESTONE PKWY, LA VERGNE, TN 37086

10925   PALM COMMODITIES INTERNATIONAL, INC, 1289 BRIDGESTONE PKWY, LA VERGNE, TN 37086

10925   PALM COVE APARTMENTS, 1805 PALM COVE BLVD, DELRAY BEACH, FL 33445

10924   PALM GARDEN OF CLEARWATER, 3480 MCMULLEN BOOTH ROAD, CLEARWATER, FL 34621

10924   PALM GARDEN OF GAINESVILLE, C/O AMERICAN FIREPROOFING, GAINESVILLE, FL 32607

10925   PALM JR, PHILIP G, 1445 N E 142ND ST, NORTH MIAMI, FL 33161-3012

10924   PALM PAINT, 1010 SOUTH NOVA ROAD, ORMOND BEACH, FL 32174-7341

10924   PALM POOL PRODUCTS, 4644 LOUISVILLE AVE., LOUISVILLE, KY 40209

10924   PALM POOLS PRODUCTS INC, PO BOX19357, DETROIT, MI 48219

10924   PALM POOLS, 12000 MOSTELLER ROAD, CINCINNATI, OH 45241

10924   PALM SPRINGS AIRPORT, SIPLAST, 3400 E. TAHQUITZ CANYON RD., PALM SPRINGS, CA 92262

10925   PALM SPRINGS DESERT MUSEUM, THE, 101 MUSEUM DR, PALM SPRINGS, CA 92262

10925   PALM WAY PRODUCTIONS INC, 2303 23RD LANE, LAKE WORTH, FL 33463

10924   PALM WEST HOSPITAL, 13001 SOUTHERN BLVD, LOXAHATCHEE, FL 33470

10925   PALM, JULIA DUERR, 27 WYNRIDGE RD, WINDHAM, NH 03087

10925   PALM-AIRE SPA RESORT, 2601 PALM AIRE DR NORTH, POMPANO BEACH, FL 33069

10924   PALMEDO BAKING CO., 1037 BROUGHTON ST., S.E., ORANGEBURG, SC 29115

10925   PALMER & DODGE WILLIAM L LAHEY, ONE BEACON ST, BOSTON, MA 02108

10924   PALMER ASPHALT, 196 WEST 5TH STREET, BAYONNE, NJ 07002

10924   PALMER BRICK, 2305 FOURTH STREET, TUCKER, GA 30084

10925   PALMER DISTRIBUTION SERVICES INC., PO BOX 15212, HOUSTON, TX 77220

10925   PALMER DISTRIBUTION SERVICES, INC, PO BOX 7144, NORTH BRUNSWICK, NJ 08902

10924   PALMER DONAVIN MFG CO, 1200 STEELWOOD ROAD, COLUMBUS, OH 43212

10925   PALMER HERBERT, ROUTE 3, THERMOPOLIS, WY

10924   PALMER PAINT PRODUCTS, 1291 ROCHESTER ROAD, TROY, MI 48084

10924   PALMER PAINT PRODUCTS, PO BOX 1058, TROY, MI 48099-1058

10924   PALMER SUPPLIES CO. OF CLEVELAND, 12080 BEST PL, CINCINNATI, OH 45241

10924   PALMER SUPPLIES CO. OF CLEVELAND, 3607 W 56TH ST, CLEVELAND, OH 44102

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PALMER SUPPLIES COMPANY, 1779 MARVO DRIVE, AKRON, OH 44306 | |
| 10925 | PALMER, AUGUSTO, PO BOX 27, YAUCO, PR 00698 | |
| 10925 | PALMER, CAROLE, 717 EAST 7TH ST, PLAINFIELD, NJ 07062 | |
| 10925 | PALMER, CATHI, RT 4 BOX 4174, DANIELSVILLE, GA 30633 | |
| 10925 | PALMER, CHRISTOPHER, PO BOX 23, ENOREE, SC 29335 | |
| 10925 | PALMER, CLARA, 118 ROSEWOOD CIRCLE, DUNCAN, SC 29334-9802 | |
| 10925 | PALMER, CLINTON, 4080 SW 7TH ST, GRESHAM, OR 97030-9998 | |
| 10925 | PALMER, CLYDE, 5 FIR ROAD, MANAHAWKIN, NJ 08050 | |
| 10925 | PALMER, DAVID, 2950 HWY 92, ENOREE, SC 29335 | |
| 10925 | PALMER, DAWN, 1332 WESTBROOK, LAWRENCE, KS 66049 | |
| 10925 | PALMER, DONNIE, RT # 1 BOX 1670, LEXINGTON, GA 30606 | |
| 10925 | PALMER, ELLIOT, ONE LIBRETY PLAZA, NEW YORK, NY 10006 | |
| 10925 | PALMER, EUGENE, 105 WESTCHESTER CT, EASLEY, SC 29640 | |
| 10925 | PALMER, GARY, 1920 RUATAN ST, ADELPHI, MD 20783 | |
| 10925 | PALMER, GLENNA, 1295 TINDER BOX LN., KENNESAW, GA 30144 | |
| 10925 | PALMER, GUY, 3800 FAIRHAVEN TERRA, ABINGDON, MD 21009 | |
| 10925 | PALMER, JAMES, PO BOX 141, WOODRUFF, SC 29388 | |
| 10925 | PALMER, JAMES, PO BOX 1554, CONWAY, SC 29526 | |
| 10925 | PALMER, JANET, 5239 LONGWOOD DRIVE, MEMPHIS, TN 38122-5313 | |
| 10925 | PALMER, JASON, ROUTE 1 BOX 1364, NICHOLSON, GA 30565 | |
| 10925 | PALMER, JENNIFER, 40 MAPLE ST, MALDEN, MA 02148 | |
| 10925 | PALMER, JOHN, 1701-K MT. WASHINGTO, BALTIMORE, MD 21209 | |
| 10925 | PALMER, KATHLEEN A, PO BOX 1168, DENNISPORT, MA 02639 | |
| 10925 | PALMER, KEVIN, 145 LOWELL RD., HUDSON, NH 03051 | |
| 10925 | PALMER, MATTIE, 5732 ARCHER RD, HOPE MILLS, NC 28348 | |
| 10925 | PALMER, MELVA, 2806 HEMPRIDGE RD, SHELBYVILLE, KY 40065 | |
| 10925 | PALMER, MICHAEL, 10810 TELEPHONE #335, HOUSTON, TX 77075 | |
| 10925 | PALMER, NANETTE, 717 E 7TH ST, PLAINFIELD, NJ 07062 | |
| 10925 | PALMER, NIGEL I, 6068 NW 24TH TERR, BOCA RATON, FL 33496 | |
| 10925 | PALMER, NIGEL, 46 NANEPASHMET ST., MARBLEHEAD, MA 01945 | |
| 10925 | PALMER, NOREEN, 5554 ISAAC RD, CANAL WINCHESTER, OH 43110-3692 | |
| 10925 | PALMER, OTIS, 860 GRAND CONCOURSE, 3F, BRONX, NY 10451 | |
| 10925 | PALMER, RANDLE, ROUTE 1, BOX 390, LAUREL, MS 39440 | |
| 10925 | PALMER, RANDLE, RT 2 BOX 1224, LAUREL, MS 39440 | |
| 10925 | PALMER, RICHARD, 822 WASHINGTON, CRAIG,, CO 81625 | |
| 10925 | PALMER, ROBERT, 10227 S. COUNTRY DRIVE, ALVIN, TX 77511 | |
| 10925 | PALMER, SANDRA, 12 LENOX RD, DERRY, NH 03038 | |
| 10925 | PALMER, SHELLEY, 8303 ZONA DRIVE, INDIANAPOLIS, IN 46227 | |
| 10925 | PALMER, SHELLY, 8877 BURNHAM WAY, JONESBORO, GA 30236 | |
| 10925 | PALMER, TIMOTHY, 125 PARK AVE, 2, COUNCIL BLUFFS, IA 51503 | |
| 10925 | PALMER, WILEY, 1627 PARKDALE DR, WICHITA FALLS, TX 76304-1332 | |
| 10925 | PALMER, WILFRED, 5967 NORHAM DR, ALEXANDRIA, VA 22315-4735 | |
| 10925 | PALMER, WILLIAM, 10600 WILSHIRE BLVD, 423, LOS ANGELES, CA 90024 | |
| 10925 | PALMER-TOUCHARD, DONNA, 2930 BETHANY LANE, ELLICOTTCITY, MO 21043 | |
| 10925 | PALMETER, MERRILL, 946 STAFFORD ROAD, PALMYRA, NY 14522 | |
| 10925 | PALMETTO COUNTING SYSTEMS, 1416 DREXELL DR, CHARLESTON, SC 29407 | |
| 10925 | PALMETTO LANDFILL, PO BOX 66963, CHICAGO, IL 60666 | |
| 10925 | PALMETTO LANDFILL, PO BOX 66963, CHICAGO, IL 60666-0963 | |
| 10925 | PALMETTO PACKAGE SHOPE, INC, 230 PARK AVE. S. W., AIKEN, SC 29801 | |
| 10925 | PALMETTO PALLET CO,INC, PO BOX 666, NEWBERRY, SC 29108 | |
| 10924 | PALMETTO PRECAST, 1317 PINEVIEW DRIVE, COLUMBIA, SC 29209 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PALMETTO TMR, PO BOX 610, SPARTANBURG, SC 29304

10925 PALMETTO TRUCK & EQUIPMENT, 3757 WAGENER RD., AIKEN, SC 29805

10925 PALMETTO VERMICULITE CO/RAY BROWN E, BOX 178, 13101 HWY 221, WOODRUFF, SC 29388

10925 PALMETTO WELDING SUPPLY INC, 409 W BUTLER RD, MAULDIN, SC 29662

10925 PALMETTO WELDING SUPPLY, INC, 409 WEST BUTLER RD., MAULDIN, SC 29662

10925 PALMIERI, ANNAROSE, 2410 MARTINDALE DRIVE, WESTCHESTER, IL 60154

10925 PALMIERI, JAMES, 5224 V ST, SACRAMENTO, CA 95817

10925 PALMLAND EQUIPMENT CO, PO BOX 20606, TAMPA, FL 33622-0606

10925 PALMORE, EDNA, 1324 CARTER ST, ANNISTON, AL 36201

10925 PALMOUTH REPAIR CENTER, 21 COMMERCE PKWY #103, FREDERICKSBURG, VA 22406

10924 PALMYRA HOSPITAL, ALBANY, GA 31700

10924 PALOMA CITRUS, PHOENIX COATINGS, VISALIA, CA 93291

10924 PALOMAR HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, ESCONDIDO, CA 92025

10924 PALOMAR TRANSIT MIX INC., P.O. BOX 461179, ESCONDIDO, CA 92046

10924 PALOMAR TRANSIT MIX, PO BOX461179, ESCONDIDO, CA 92046

10924 PALOMAR TRANSIT MIX/OCEANSIDE, 2925 INDUSTRY STREET, OCEANSIDE, CA 92054

10924 PALOMAR TRANSIT MIX/POWAY, 13501 KIRKHAM WAY, POWAY, CA 92064

10924 PALOMAR/ESCONDIDO, 849 WEST WASHINGTON, ESCONDIDO, CA 92025

10925 PALOMBA, CAROL, 85 LAKE ST, ARLINGTON, MA 02174

10925 PALOMBA, JOSEPH, 45 CARVER RD, WATERTOWN, MA 02472

10925 PALOMBA, JOSEPH, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 PALOMBA, KRISTIN, 45 CARVER RD, WATERTOWN, MA 02472

10925 PALOMINO, HELIODORO, 107 4TH AVE, PATERSON, NJ 07524

10925 PALOMO, BELINDA, 118 POWELL ST, SAN ANTONIO, TX 78204

10925 PALOMO, HORTENSIA, 102 HAMILTON AVE, LYNN,, MA 01902

10925 PALOMO, REBECCA, 6620 SOUTH 33RD ST, MCALLEN, TX 78503

10925 PALOMO, SERGIO, 102 HAMILTON AVE., LYNN, MA 01902

10925 PALONE, GENICE, 6413 MANCHESTER, BAKERSFIELD, CA 93309

10925 PALOS COUNTRY CLUB, 13100 SOUTHWEST HWY, PALOS PARK, IL 60464

10925 PALOS HILLS BASEBALL ASSOCIATION, 10348 MICHAEL DR, PALOS HILLS, IL 60465

10925 PALOUMBIS, STEVEN S, ADENAUERRING 4B, WORMS, 67547GERMANY         **\*VIA Deutsche Post\***

10925 PALSO, JAMES, 130 PETERS DRIVE, GLENSHAW, PA 15116

10925 PALUCH, JACK, 2519 VALLEY HEIGHTS, GREEN BAY, WI 54311

10925 PALUCK, STEVEN M., PO BOX 1107, BURGAW, NC 28425

10924 PALUMBO BLOCK, 365 DOVER FURANCE RD, DOVER PLAINS, NY 12522

10924 PALUMBO BLOCK, 365 DOVER FURNACE RD, DOVER PLAINS, NY 12522

10925 PALUMBO, FRANK, 4833 GADWELL DRIVE W, MEMPHIS, TN 38141

10925 PALUS, ROSEMARY, 884 AMWELL RD, HILLSBOROUGH, NJ 08844

10925 PALY ROTHMAN GOLDSTEIN ROSENBERG &, 1800 MERCANTILE BANK & TRUST BLDG, BALTIMORE, MD 21201-2978

10925 PAM UCCELLO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 PAMARCO INC, PO BOX 8500-41320, PHILADELPHIA, PA 19178

10925 PAMELA A HIRD, 21 WEBSTER AVE, SUMMIT, NJ 07901-1525

10925 PAMELA ANN REYHAN, 2102 N HUDSON AVE 2, CHICAGO, IL 60614-4523

10925 PAMELA DARLENE WHIPPLE, 124 SARAH COURT, LEWISBERRY, PA 17339-9519

10925 PAMELA ESTES, 14612 TRIADELPHIA MILL RD., DAYTON, MD 21036

10925 PAMELA J TAYLOR, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925 PAMELA J. HAMILTON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 PAMELA M ALLEN, 19 VAILL POINT ROAD, YARMOUTH, ME 04096-5754

10925 PAMELA R PERLS, 3378 SPRINGHILL RD, LAFAYETTE, CA 94549-2520

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    PAMELA S EBERHART & JOHN R, GARDNER TR UA AUG 20 90, 52 PECKSLAND RD, GREENWICH, CT 06831-3738

10925    PAMELA SCOTT-SAVAGE &, AUDREY SCOTT JT TEN, 823 EAST 46TH ST, BROOKLYN, NY 11203-5749

10925    PAMELA ZILLY RICHARD SHINDER DAVID BLACHMAN MICHAE, 345 PARK AVE, NEW YORK, NY 10154

10925    PAMETICKY, SCOTT, 2110 L ST SW, CEDAR RAPIDS, IA 52404

10924    PAMPA CONCRETE CO. INC., 220 W. TYNG, PAMPA, TX 79066

10924    PAMPA CONCRETE CO. INC., 2600 ILL. ROUTE 89, SPRING VALLEY, IL 61362

10924    PAMPA CONCRETE CO. INC., 3300 E. K-68 HWY, OTTAWA, KS 66067

10924    PAMPA CONCRETE CO. INC., 4795 IMAGINATION DRIVE, MEMPHIS, TN 38100

10924    PAMPA CONCRETE CO. INC., AIRPORT EXIT 70, PAULS VALLEY, OK 73075

10924    PAMPA CONCRETE CO. INC., PO BOX 1700, PAMPA, TX 79066

10924    PAMPA CONCRETE CO. INC., PORTABLE PLANT, WAKEENEY, KS 67672

10924    PAMPA CONCRETE CO., INC., NORTH OUTER ROAD, ST. JAMES, SAINT JAMES, MO 65559

10924    PAMPA CONCRETE CO., INC., PO BOX 1700, PAMPA, TX 79066

10924    PAMPA CONCRETE, 11540 HOPEWELL RD., HAGERSTOWN, MD 21740

10924    PAMPA CONCRETE, 12600 N. STEMMONS, SANGER, TX 76266

10924    PAMPA CONCRETE, 9259 POCAHONTAS TRAIL, WILLIAMSBURG, VA 23185

10924    PAMPA CONCRETE, 973 W.STATE HWY 30, NEW ALBANY, MS 38652

10924    PAMPA CONCRETE, HWY 130, NEW ALBANY, MS 38652

10924    PAMPA CONCRETE, P. O. BOX 1700, PAMPA, TX 79066

10924    PAMPA CONCRETE, PO BOX1700, PAMPA, TX 79066

10924    PAMPA CONCRETE, PORTABLE PLANT, ROUTE 1 BOX 309, AIRLINE ROAD, PAULS VALLEY, OK 73075

10925    PAMPLIN, JOHN, PO BOX 506, BARTOW, FL 33831

10925    PAMPLIN, RAE, 148 TOCCOA FALLS DR. POB 800-142, TOCCOA FALLS, GA 30598

10925    PAMPLONA, BERNARDO, 251 LEXINGTON AVE, JERSEY CITY, NJ 07304

10924    PAMUNKEY REGIONAL JAIL @@, C/O AMERICAN COATINGS, HANOVER, VA 23069

10924    PAN AM DISTRIBUTION, 11329 TODD ST, HOUSTON, TX 77055-1301

10924    PAN AM DISTRIBUTION, 1833 HORMEL, SAN ANTONIO, TX 78296

10924    PAN AM DISTRIBUTION, 2300 RUTLAND ROAD, AUSTIN, TX 78758

10924    PAN AM DISTRIBUTION, 6615 ROXBURGH 100, HOUSTON, TX 77041

10924    PAN AM FLIGHT ACADAMY, 6989 LEE VISTA ROAD, ORLANDO, FL 32802

10925    PAN AMERICAN DEVELOPMENT FOUNDATION, 815 NORTH RED ROAD, MIAMI, FL 33126

10924    PAN AMERICAN SEED CO., 622 TOWN ROAD, WEST CHICAGO, IL 60185

10925    PAN ENERGY, 5400 WESTHEIMER COURT, HOUSTON, TX 77251-1642

10924    PAN PACIFIC FISHERIES INC., 338 CANNERY STREET, TERMINAL ISLAND, CA 90731

10924    PAN PACIFIC FISHERIES INC., 815 BARRACUDA STREET, TERMINAL ISLAND, CA 90731

10925    PAN PACIFIC GLENMARIE RESORT, PO BOX 8354, KELANA JAYA, SELANGOR DARUL EHSAN, 46788MALAYSIA          *VIA Deutsche Post*

10924    PAN TECHNOLOGY INC, 115-117 MOONACHIE AVE, CARLSTADT, NJ 07072

10924    PAN TECHNOLOGY, INC., 115-117 MOONACHIE AVENUE, CARLSTADT, NJ 07072

10925    PAN, HELEN, 22 BELLVISTA ROAD, BROOKLINE, MA 02146

10925    PAN, SHIRLEY, 22 BELLVISTA ROAD APT. # 3, BROOKLINE, MA 02146

10925    PAN, SOPHOLY, 4014 BENTMAIL COURT, FAIRFAX, VA 22032

10925    PANACHE CATERING INC., 14100 E.JEWELL AVE.,STE 24, AURORA, CO 80012

10925    PANAGGIO, ANDREW, MAMMOTH ROAD, PELHAM, NH 03076

10924    PANALPINA, 22750 GLENN DRIVE, STERLING, VA 20164

10924    PANAMA CANAL COMMISSION, ATTN: LARRY GROOM-IMPC PO #11207), 7801 NW 37TH STREET, MIAMI, FL 33166-6599

10924    PANAMA CANAL COMMISSION, PO BOX 25519, MIAMI, FL 33102-5519

10925    PANAMETRICS INC, PO BOX 3700-49, BOSTON, MA 02241-0749

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PANAMETRICS INC, PO BOX3700-49, BOSTON, MA 02241-0749

10925   PANAMETRICS INC., PO BOX 3700-49, BOSTON, MA 02241-0749

10925   PANAMETRICS, 221 CRESCENT ST., WALTHAM, MA 02254

10925   PANAMETRICS, 820 GESSNER, HOUSTON, TX 77024

10925   PANAMETRICS, PO BOX 3700-49, BOSTON, MA 02241-0749

10924   PANARAMA BLDG, 968 RIVER ROAD, EDGEWATER, NJ 07020

10925   PANARELLO, MARY, 844 PARSONAGE HILL DR, BRANCHBURG, NJ 08876

10925   PANARO JT TEN, ANTHONY L, GLORIA R PANARO JT TEN, 46 03 217TH ST, BAYSIDE, NY 11361-3529

10925   PANARO, ANTHONY, 4603 217 ST, BAYSIDE, NY 11361-3529

10925   PANASONIC COMMUNICATIONS & SYS, 305 W BIG BEAVER ROAD, TROY, MI 48084

10925   PANASONIC COMMUNICATIONS & SYS, PO BOX 371992, PITTSBURGH, PA 15250

10925   PANASONIC COMMUNICATIONS & SYS, POBOX 371992, PITTSBURGH, PA 15250-7992

10925   PANASONIC COMMUNICATIONS & SYSTEMS, POBOX 905400, CHARLOTTE, NC 28290-5400

10925   PANASONIC COMMUNICATIONS AND SYSTEM, LEASE ADMINISTRATION CENTER, PITTSBURGH, PA 15250-7992

10925   PANASONIC OF MEMPHIS, PO BOX 1000 DEPT 37, MEMPHIS, TN 38148-0037

10924   PANASONIC OFFICE FACILITY, CORNER OF I-90 & RANDALL ROAD, ELGIN, IL 60120

10925   PANBOR INDUSTRIAL SUPPLY, 177 WEST HINTZ, WHEELING, IL 60090

10925   PANCIOCCO, WILLIAM, 16 TALBOT ROAD, EAST, CANTON, MA 02021

10925   PANCOL, STEPHEN, 2125 TARTAN RD., ANDERSON, IN 46012

10925   PANCYGRAU, RICHARD, 402A WEST BROAD ST, QUAKERTOWN, PA 18951

10925   PANDA CAPITAL CORP, 271 NORTH AVE, NEW ROCHELLE, NY 10801

10925   PANDA CAPITAL CORP, ROOM 213, 149-10 183 ST, JAMAICA, NY 11413

10925   PANDE CONTROLS, 98 ANNEX 702, ATLANTA, GA 30398-0702

10925   PANDEY, ANAND, 22 ASHFORD ST, ALLSTON, MA 02134

10925   PANDEY, CHANDRA, 13715 WHEATBRIDGE DR, HOUSTON, TX 77041

10925   PANDIAN, PRABHAKARAN, 923 GARDEN ST - APT 3, HOBOKEN, NJ 07030

10925   PANDO ASSOCIATES ARCHITECTS INC, LAUREL OAK FARM, CANTON, MA 02021

10925   PANDO, AMADOR, 103 W ODESSA, ODESSA, TX 79761

10925   PANDYA, PRAKASH, 4125 BRETON ST, INDIANAPOLIS, IN 46222

10925   PANE, PUTNAM A BASSETT, PO BOX 184, NORTH POMFRET, VT 05053-0184

10925   PANEBIANCO, JAMES, 3364 N. 7TH ST, ALLEGANY, NY 14706

10925   PANEBIANCO, SHARON, 3 KINGS ROW, N READING, MA 01864

10925   PANEDA, SYLVIA, 873 N. PACIFIC, DINUBA, CA 93618

10925   PANEK, MICHELE, 46 FRANCES ST, AUBURN, NY 13021

10924   PANEL PROCESSING, 681 RACE STREET, COLDWATER, MI 49036

10925   PANEL PUBLISHERS, PO BOX 1577, NEWBURGH, NY 12551-1577

10925   PANEL PUBLISHERS, PO BOX 4448, GREENWICH, CT 06831-0408

10925   PANEL SPECIALTIES INC, 1720 MADISON ST NE, MINNEAPOLIS, MN 55413

10925   PANELMATIC CINCINNATI INC, PO BOX 6148, YOUNGSTOWN, OH 44501-6148

10925   PANELMATIC CINCINNATI, INC, PO BOX 18219, FAIRFIELD, OH 45018-0219

10925   PANEQUE, GARDENIA, 1887 S.W. 136 PL., MIAMI, FL 33175

10925   PANER SALES, 9318 GULF STREAM, FRANKFORT, IL 60423

10925   PANETO, WILFREDO, 1039 N 27TH ST, CAMDEN, NJ 08105-3927

10925   PANETTA, JAMES, 18700 VANDEVER RD, HOUSTON, MO 65483

10925   PANETTA, MARITZA, 75 ORCHARD ST, ELMWOOD PARK, NJ 07407

10925   PANFILI, WAYNE, 28 UNION AVE, SOMERVILLE, NJ 08889

10925   PANG PH.D., ROY H.L., 15 PARTRIDGE ROAD, ETNA, NH 03750

10925   PANGANIBAN, AUGUSTO, 1603-A ROSE SHADOW, HOUSTON, TX 77038

10925   PANGBORN, DEBORAH, 8625 E.GAIL RD, SCOTTSDALE, AZ 85260

10925   PANGBURN, PAMELA, 3778 MANILA AVE, OAKLAND, CA 94609

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PANGILINAN, AMELITA, 2131 ARTHERFIELD, CARROLLTON, TX 75006

10924   PANHANDLE CONC PRODS INC, PO BOX209, SCOTTSBLUFF, NE 69361

10924   PANHANDLE CONCRETE CO INC, 2001 AMARILLO BLVD WEST, AMARILLO, TX 79116

10924   PANHANDLE CONCRETE CO INC., 2001 AMARILLO BLVD WEST, AMARILLO, TX 79116

10924   PANHANDLE CONCRETE CO INC., 7TH AND JACKSON STS., FRIONA, TX 79035

10924   PANHANDLE CONCRETE CO INC., C/O PRISON, DALHART, TX 79022

10924   PANHANDLE CONCRETE CO INC., HWY 385/HWY 60, HEREFORD, TX 79045

10924   PANHANDLE CONCRETE CO INC., PORTABLE PLANT, AMARILLO, TX 79116

10924   PANHANDLE CONCRETE CO INC., RT 3, BOX 168, CLOVIS, NM 88101

10924   PANHANDLE CONCRETE CO. INC., 2001 AMARILLO BLVD WEST, AMARILLO, TX 79116

10924   PANHANDLE CONCRETE PRODUCTS, 1914 WEST OVERLAND, SCOTTSBLUFF, NE 69363

10925   PANIAGUA, ADRIAN, 115 15TH ST, WASHINGTON, DC 20002

10925   PANIAGUA, LUCY, 1650 GEORGE DIETER, EL PASO, TX 79936

10925   PANIAGUA, MARIA, 650 W GARDENA BL #6, GARDENA, CA 90247

10925   PANICCI, RAMONA, 8 RANGER COURT, HENDERSON, NV 89014

10925   PANICE, ANGELA, 8060 CAPRA TRAIL, DARIEN, IL 60561

10925   PANICE, ANGIE, 8060 CAPRA TRAIL, DARIEN, IL 60551

10925   PANICE, MARIE, 16701 SHERIDANS TRAIL, ORLAND PARK, IL 60462

10925   PANICKER, SANTHA, 1915 N JOSEY LN, CARROLLTON, TX 75006

10925   PAN-JIT INTERNATIONAL INC, 1F NO74 LANE 201, KOAHSIUNG CITY, 0TAIWAN                    *VIA Deutsche Post*

10925   PANKEY, REGINA, 217 NORTH FAIRMONT, KANKAKEE, IL 60901

10925   PANKEY, SHELIA, 3365 STEVE ROAD, MEMPHIS, TN 38111

10925   PANKO, KATHLEEN, 360 SAW MILL RUN RD, BUTLER, PA 16001

10925   PANKOREA, PO BOX 3503, CENTRAL SEOUL, KOREA                    *VIA Deutsche Post*

10925   PANKRATZ, CHARLES, 9742 HASKELL ST., SEPULVEDA, CA 91343

10925   PANLMATIC COMPANY, 79 BOND ST, ELK GROVE VILLAGE, IL 60007

10925   PANNELL, ELIZABETH, 1400 CHIP SHOT DRIVE, MOREHEAD CITY, NC 28557

10925   PANNELL, RICHARD, RT 1 BOX 35-B, DEVOL, OK 73531

10924   PANO CAP CANADA LTD., 55 WEBSTER STREET, KITCHENER, ONTARIO, ON O0O 0O0TORONTO                    *VIA Deutsche Post*

10924   PANOLA HOSPITAL ADDITION, CARTHAGE, TX 75633

10925   PANOPOULOS, MARY, 82 SECOND ST, NEW YORK, NY 11530

10925   PANORAMA BAPTIST CHURCH, 8767 WOODMAN AVE, PACOIMA, CA 91331

10925   PANORAMA FLIGHT SERVICE, WESTCHESTER CNTY AIRPORT, WHITE PLAINS, NY 10604

10924   PANORAMA WINDOWS LTD, 763-65 EAST 132ND STREET, NEW YORK, NY 10001

10925   PANORAMIC CORPORATION, 1470 INDUSTRIAL DR, ITASCA, IL 60143

10925   PANOS, DORIS, 143 CHAPMAN PLACE, LEOMINSTER, MA 01453

10925   PANOS, DORIS, 20 MALBURN TERR, LEOMINSTER, MA 01453

10925   PANSA, SUSAN, 411 E FIFTH, MOMENCE, IL 60954

10925   PANTANI, STEPHEN, 80 E HARTSDALE AVE, 414, HARTSDALE, NY 10530

10925   PANTANO, ELAINE, 74A ROPER ST., LOWELL, MA 01852

10925   PANTER, MICHAEL, 134 LAWRENCE BRIDGE ROAD, SENECA, SC 29678

10925   PANTIS, GREGORY, 91 CHESTNUT ST, GARFIELD, NJ 07026

10925   PANTOJA, FRANCISCO, 3400 S. WALLACE CHICAGO IL, CHICAGO, IL 60616

10925   PANTOJA, ISAURO, 628 BEVERLY ROAD, BROOKLYN, NY 11215

10925   PANTOJA, MARIA, 3522 MT. WASHINGTON, DALLAS, TX 75211

10925   PANTOJA, SEBASTIAN, 4747 S HOYNE CHICAGO IL, CHICAGO, IL 60609

10925   PANTOS, MICHAEL, 19 WATSON LANE, RUTLAND, MA 01543

10925   PANTTI, DAVID, PO BOX 607, DE PERE, WI 54115-0607

10925   PANTZLAFF, ANDREW, 13024 HOSTAK RD, MARIBEL, WI 54227

10925   PANZARELLA, JOSEPH, 5603 COACHMANS LANE, HAMBURG,, NY 14075

10925   PANZARIELLO, ANTONIO, 84050 SORVARO CASTINATELLI, SALERNO, ITALY                    *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PANZERI, ANTHONY, 21 LARKIN RD, W NEWTON, MA 01256

10925   PANZO JT TEN, MARCIA Y & GEORGE B, 95 NORWOOD AVE, HAMDEN, CT 06518-2623

10924   PANZONE & CO., PO BOX 12007, JACKSON, MS 39236

10924   PANZONE & COMPANY, CAMBRIDGE, MA 02140

10925   PANZONE, ANDREA, 17 ELLSWORTH ST, EVERETT, MA 02419

10925   PAO, MARIA, 2002 17TH ST NW, WASHINGTON, DC 20009

10924   PAOLI MEMORIAL HOSPITAL, PAOLI, PA 19301

10925   PAOLINI, DORIS, 100 VILLAGE GREEN CR E, B216, PALM SPRINGS, FL 33461

10925   PAOLINO, DEBRA, 18 STEERE ROAD, JOHNSTON, RI 02919

10925   PAOLONE, JACINDA, 4905 22ND AVE, KENOSHA, WI 53142

10925   PAOLONI, JOSEPH, 950 CLARENCE AVE, BRONX, NY 10465

10925   PAONE CALLAHAN MCHOLM & WINTON, 19100 VON KARMAN 8TH FLR, IRVINE, TX 92713-2900

10925   PAONE, GERRY, 42 WOODLEIGH RD., WATERTOWN, MA 02172

10924   PAPA JOHN'S, 12201 PLANTSIDE DRIVE, LOUISVILLE, KY 40243

10925   PAPA, ROBERT, 2545 RAMFOS PLACE, SAN DIEGO, CA 92139

10925   PAPACONSTANTINOU, DR HELEN G, 2 COUMBARI ST, ATHENS, 10674GREECE     *VIA Deutsche Post*

10925   PAPADATOS, RUTH, 8451 TOPANGA CANYON BLVD., WEST HILLS, CA 91304

10925   PAPAELIAS, KATHLEEN, 4728 CAPE COD, WICHITA FALLS, TX 76310

10925   PAPAELIAS, LOUIS, 4728 CAPE COD, WICHITA FALLS, TX 76310

10925   PAPAGEORGES, ELEANOR, 3410 LILLY AVE, LONG BEACH, CA 90808-3213

10925   PAPAGEORGIOU, JAMES, 4024 N CLARENDON # 3N, CHICAGO, IL 60613

10925   PAPAKYRIKOS, EVANTHIA, 16 ARIZONA TERRACE, ARLINGTON, MA 02174

10925   PAPALEO, MELISSA, 350 N COUNTRY CLUB BLVD, BOCA RATON, FL 33487

10925   PAPANDREA, PATSY, 94 MORELAND ST, SOMERVILLE, MA 02145-9998

10924   PAPAS PAINTING/555 SKY PARK BLVD, 555 SKY PARK BLVD, SACRAMENTO, CA 94203

10925   PAPASTAMOU, VERONICA, 6750 DORIANA ST. #22-E, SAN DIEGO, CA 92139

10925   PAPAVIEROS, JOHN, 1739 19TH ST #3 NW, WASHINGTON, DC 20009

10925   PAPCIAK, NANCY, 308 WOODLOCK ST, INGLESIDE, IL 60041

10925   PAPCONSTANTINOU, DR HELEN, 2 COUMBARI ST, KOLONAKI, ATHENS, 10674GREECE     *VIA Deutsche Post*

10925   PAPE, DONALD, 211 S CHURCH, MT OLIVE, IL 62069

10925   PAPE, LUCY S, 46 GREENWOOD RD, NEWPORT NEWS, VA 23601-2441

10925   PAPE, MARY, 3546 S OCEAN BLVD APT 323, PALM BEACH, FL 33480-5722

10925   PAPE, MURRAY, 15 SOMERSET DR, 12D, SUFFERN, NY 10901-6931

10925   PAPE, PATRICIA, 15 SOMERSET DR, SUFFERN, NY 10901-6931

10925   PAPE, RUSSELL, 3212 SUE ANN, WICHITA FALLS, TX 76309

10925   PAPER ALLEY, 2 BELL OAK LANE, LEMONT, IL 60439

10925   PAPER CO INC, 325 EMMETT AVE, PO BOX 51866, BOWLING GREEN, KY 42101-6866

10925   PAPER CONVERTING MACHINE CO LTD, SOUTHWAY DR, SOUTHWAY PLYMOUTH, DEVON, DV PL6     *VIA Deutsche Post*
       6ELUNITED KINGDOM

10925   PAPER DIRECT INC., 100 PLAZA DRIVE, SECAUCUS, NJ 07096-1515

10925   PAPER PLUS INC, PO BOX 240, CARTERET, NJ 07008-0240

10925   PAPER STORE, THE, 1155 SOUTH CONGRESS AVE, DELRAY BEACH, FL 33445

10925   PAPER THERMOMETER CO, PO BOX 129, GREENFIELD, NH 03047

10925   PAPER THERMOMETER COMPANY, PO BOX 129, GREENFIELD, NH 03047

10925   PAPERA, DILETTA, 42 GASTON AVE, RARITAN, NJ 08876

10925   PAPERDIRECT, INC, PO BOX 675, LYNDHURST, NJ 07071-0675

10925   PAPICH, CHRIS, 5000 APPLE DRIVE, READING, PA 19606

10925   PAPICH, ROBERT, 5000 APPLE DRIVE, READING, PA 19606

10925   PAPINEAU, DONNA, PO BOX 184, AROMA PARK, IL 60910

10925   PAPINEAU, LAURA, 1340 COUNTY ST, #66, ATTLEBORO, MA 02703

10925   PAPINEAU, REX, 312 S WILLOW, BUCKINGHAM, IL 60917

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PAPORELLO, GLEN, 82 FAYSON LAKES ROAD, KINNELON, NJ 07405

10925   PAPP, MARSHA, 21 ANNE ST, SOMERVILLE, NJ 08876

10925   PAPPACENA, JOSEPH, 61 HARDING AVE, DUMONT, NJ 07628

10925   PAPPAJOHN, PHILIP, 5 BENNINGTON DRIVE, NEWARK, DE 19711

10924   PAPPAS CONCRETE INC, HWY 50  CLUB RD, HOLCOMB, KS 67851

10924   PAPPAS CONCRETE INC, HWY 50, HOLCOMB, KS 67851

10924   PAPPAS CONCRETE INC., HWY 23 NORTH, CIMARRON, KS 67835

10924   PAPPAS CONCRETE, E. HWY 160, MEADE, KS 67864

10925   PAPPAS, ALEXANDER, 409 WAYNE AVE, WEIRTON, WV 26062

10925   PAPPAS, JAMES, 7710 OAKDELL WAY, SAN ANTONIO, TX 78240

10925   PAPPAS, PETER, 13526 S 88TH AVE, ORLAND PARK, IL 60462

10925   PAPPAS, THOMAS, 167 SOUTH 7TH AVE, MANVILLE, NJ 08835

10925   PAPROCKI, ANN MARIE, 1820 PEACOCK COURT, SUN PRAIRIE, WI 53590

10924   PAQ-CELL INC., 17962 280TH STREET, TEMPLETON, IA 51463

10925   PAQUET, CHARLES, 18215 N. 19TH LANE, PHOENIX, AZ 85023

10925   PAQUET, DONALD, 190 TOWNSEND RD, SHIRLEY, MA 01464

10924   PAQUETTE BROS, 1395 WACHUSETTE /RT 31/, HOLDEN, MA 01520

10924   PAQUETTE BROS, P O BOX 297, HOLDEN, MA 01520

10925   PAQUETTE, ROBYN, 980 ROBINSON ROAD, GREER, SC 29651

10925   PAQUIN CO., 8050 BECKETT CNTR. DR.,STE. 213, WEST CHESTER, OH 45069

10925   PAQUIN CO., PO BOX 901266, CLEVELAND, OH 44190-1266

10925   PAQUIN COMPANY, SUITE 213, WEST CHESTER, OH 45069

10925   PAQUIN, BROOKE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   PAQUIN, BROOKE, 63 MARSHALL ST. APT 3, SOMERVILLE, MA 02145

10924   PAR CHEM CO., 1806 BOXWOOD CIRCLE, PARKERSBURG, WV 26101

10925   PAR SERVICES INC, 6325 CONSTITUTION DRIVE, FORT WAYNE, IN 46804

10925   PAR SERVICES, PO BOX 64, SOUTH BEND, IN 46624

10925   PARA-CHEM SOUTHERN INC., POBOX 8500 S-4055, PHILADELPHIA, PA 19178

10924   PARA-CHEM SOUTHERN, HWY 14, SIMPSONVILLE, SC 29681

10925   PARA-CHEM SOUTHERN, PO BOX 127, SIMPSONVILLE, SC 29681

10924   PARA-CHEM SOUTHERN, PO BOX 127, SIMPSONVILLE, SC 29681

10925   PARADIGM CONSULTANTS INC, 2501 CENTRAL PKWY SUITE A-3, HOUSTON, TX 77092

10925   PARADIGM CONSULTANTS INC, PO BOX 73685, HOUSTON, TX 77273

10925   PARADIGM LEARNING INC., PO BOX 45218, TAMPA, FL 33677-5218

10925   PARADIS, GLORIA, 25 JUNE ST, NASHUA, NH 03060

10925   PARADIS, MAUREEN, 1937 NORTH BLURLING ST, 3F, CHICAGO, IL 60614

10925   PARADIS, NICOLLE, 11 S. WILLIAM ST, PEARL RIVER, NY 10965

10924   PARADISE HARBOR, 100 GAIR STREET, PIERMONT, NY 10968

10924   PARADISE READY MIX, 8321 SKYWAY, PARADISE, CA 95969

10924   PARADISE READY MIX., 8321 SKYWAY, PARADISE, CA 95969

10924   PARADISE VALLEY ELEMENTARYSCHOOL#27, 7525 E. GRAYHAWK, SCOTTSDALE, AZ 85250

10924   PARADISE VALLEY PUBLIC SAFETY BLDG., DON BOEHMER, PARADISE VALLEY, AZ 85253

10924   PARADISE VALLEY SCHOOL #26, PHOENIX, AZ 85019

10925   PARADISE, LINDA, 63 HIGH ST, S DARTMOUTH, MA 02748

10925   PARADISE, MARIE, 118 CHESTNUT ST, FOXBORO, MA 02035

10925   PARADISE, PEPI B, CUST FOR GALE L PARADISE, UNIF GIFT MIN ACT IL, 6611 NO FAIRFIELD, CHICAGO, IL 60645-0000

10925   PARADISE, SHAWN, 94-1/2 CHANDLER ST, NASHUA, NH 03060

10925   PARADISO JT TEN, RICHARD & THERESA, 1031 PINE AVE, SAN JOSE, CA 95125-2577

10925   PARADKAR, VIKRAM, 754 S GAMMON RD, 7, MADISON, WI 53719

10925   PARADYNE CORPORATION, PO BOX 100299, ATLANTA, GA 30384-0299

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PARADYNE CORPORATION, PO BOX 2826, LARGO, FL 33779-2826

10925 PARADYNE CORPORATION, PO BOX 930224, ATLANTA, GA 31193-0224

10925 PARADYNE CREDIT CORP., 8545 126TH. AVE. NORTH, LARGO, FL 33773

10925 PARADYNE CREDIT CORP., PO BOX 930224, ATLANTA, GA 31193-0224

10925 PARADYNE CREDIT CORP., PO BOX 2826, LARGO, FL 33779-2826

10925 PARADYNE CREDIT CORP., PO BOX 930224, ATLANTA, GA 31193-0224

10925 PARADYNE CREDIT CORPORATION, PO BOX 930224, ATLANTA, GA 31193-0224

10925 PARADYNE, PO BOX 930224, ATLANTA, GA 31193-0224

10925 PARAGON ANALYTICS, INC, 225 COMMERCE DR., FORT COLLINS, CO 80524

10924 PARAGON CONSTRUCTION, 2423 DELAWARE ST. S.E., MINNEAPOLIS, MN 55414

10924 PARAGON GLASS CO., 210 FACTORY STREET, WATERTOWN, NY 13601

10924 PARAGON LABORATORIES, INC., 12649 RICHFIELD CT., LIVONIA, MI 48150

10924 PARAGON PRECISION PRODUCTS, 26150 W. TECHNOLOGY DRIVE, VALENCIA, CA 91355

10925 PARAGON STEAKHOUSE RESTAURANTS INC, GEN COUNSEL, 6620 CONWAY COURT, SAN DIEGO, CA 92111

10925 PARAGON TRADING, 3808 BELLS LN, LOUISVILLE, KY 40211

10925 PARAGULLA, RAFAEL, 143 HARDING AVE, EDISON, NJ 08817

10924 PARAMETRICS TECHNOLOGIES CORP., 140 KENDRICK STREET, NEEDHAM, MA 02192

10924 PARAMONT ELECTRIC SUPPLY, 27780 WEST CONCRETE DRIVE, INGLESIDE, IL 60041

10925 PARAMORE JT TEN, WADE H & SHIRLEY G, 6093 CROWNE FALLS PKWY, HOOVER, AL 35244-3091

10925 PARAMOUNT CAN CO. INC., 16430 PHOEBE AVE, LA MIRADA, CA 90638

10925 PARAMOUNT ELEVATOR CORP, 249 FALLON ST, OAKLAND, CA 94607

10925 PARAMOUNT PACKING & RUBBER, INC, 4012 BELLE GROVE RD., BALTIMORE, MD 21225

10924 PARAMOUNT PERLITE CO., ATTN:  ACCOUNTS PAYABLE, PARAMOUNT, CA 90723

10925 PARAMOUNT PERLITE, PO BOX 48, PARAMOUNT, CA 90723

10924 PARAMOUNT PETROLEUM CORP, 14700 DOWNEY AVENUE, PARAMOUNT, CA 90723-1418

10924 PARAMOUNT PETROLEUM CORP., 8835 SOMERSET BLVD., PARAMOUNT, CA 90723

10924 PARAMOUNT READY MIX, 13949 EAST STAGE ROAD, SANTA FE SPRINGS, CA 90670

10924 PARAMOUNT READY MIX, ATTN:  ACCOUNTS PAYABLE, PARAMOUNT, CA 90723

10924 PARAMOUNT READY MIX, ATTN:  ACCOUNTS PAYABLE, SANTA FE SPRINGS, CA 90670

10924 PARAMOUNT TRADE GROUP, INC., 7957 N.W. 67TH STREET, MIAMI, FL 33166

10924 PARAMOUNT WINDOW, 2457 E. JUDD ROAD, BURTON, MI 48529

10925 PARAMOUNTS CAROWINDS, DEPT. AT 40140, ATLANTA, GA 31192-0140

10925 PARAS, ALICIA, 26575 PARKSIDE DR., HAYWARD, CA 94542

10925 PARAS, ROMMEL, 23413 BROADWELL AVE, TORRANCE, CA 90502

10925 PARAS, WEANA, 32-49 74TH ST., JACKSON HEIGHTS, NY 11370

10925 PARASKOULAKIS, CATHERINE, 4398 HOPKINS LAKE DR, DULUTH, GA 30136

10925 PARATHERM CORPORATION, 1050 COLWELL ROAD, CONSHOHOCKEN, PA 19428

10925 PARATORE, JOSEPH, 42 ELIZABETH ROAD, BELMONT, MA 02180-3212

10925 PARBERRY FAMILY LIMITED, PARTNERSHIP, PO BOX R, BELLINGHAM, WA 98227-1305

10925 PARC TECHNICAL SERVICES, INC, 100 WILLIAM PITT WAY, PITTSBURGH, PA 15238

10924 PARC, 2706 SO. RAILROAD AVE., FRESNO, CA 93745

10924 PARCEL 7 EAST, 12 MARSHALL ST, BOSTON, MA 02108

10924 PARCEL 7 WEST, 12 MARSHALL ST, BOSTON, MA 02108

10925 PARCEL DELIVERY QUICK INC, PO BOX 57746, WEBSTER, TX 77598

10925 PARCEL, BERNADETTE, 1236 WILSON AVE SW, CEDAR RAPIDS, IA 52404

10925 PARCEL, MAURO, HULTON, SPAANSTRA, 1801 CALIFORNIA ST, DENVER, CO 80202

10925 PARCELS, INC, ATTN: VITO I DIMAIO, 10TH & KING STS, WILMINGTON, DE 19801

10925 PARCHMAN, CINDY, 1206 GROVER AVE, LUBBOCK TX, TX 79416

10925 PARCHMAN, D, 1111 ABRAMS #202, RICHARDSON, TX 75081

10925 PARCON, MARILOU, 18 MIDLAND BLVD., MAPLEWOOD, NJ 07040

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PARDEE HOSPITAL -DUYCK CONSTRUCTION, 715 FLEMMMING STREET, HENDERSONVILLE, NC 28739

10925   PARDEN, ROBIN, 1613 FERNBROOK DR., MOBILE, AL 36605

10925   PARDI, GEORGE, 9 GARFIELD ST, AMESBURY, MA 01913

10925   PARDO, MANUEL, 4991 S.W. 146 AVE., MIAMI, FL 33175

10925   PARDO, RICHARD, 1519 CHESACO AVE, BALTIMORE, MD 21237

10925   PARDO, SEAN, 5934 SANDHURST, CANTON, MI 48187

10925   PAREDES, ALFREDO, 1352 W BUSH URB. SAN MARTIN, RIO PIEDRAS, PR 00924

10925   PAREDES, JOSE, 135 HENRY RD BOX 183, GRAMLING, SC 29348

10925   PAREDES, LINDA, 445 NW 138 ST, MIAMI, FL 33161

10925   PAREDES, RICARDO, 8415 WEST BLVD, INGLEWOOD, CA 90305

10925   PAREDEZ, YVONNE, 13015 BASSFORD, HOUSTON, TX 77099

10925   PARELLI OPTICAL, 8 PARK PLAZA, BOSTON, MA 02116

10925   PARENT, JENNETTE, REP OF ESTATE OF THOMAS PARENT ATTN: JOSEPH F RICE, NESS, MOTLEY, LOADHOLD, POOLE, 26 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC 29465

10925   PARENT, YVES, 3925 DOUGLAS MOUNTAIN DRIVE, GOLDEN, CO 80403

10925   PARENT-HORGAN, RITALEE, 12 FARRELL ROAD, LYNN, MA 01905

10925   PARENTI, WENDY, 63 E SOMERSET ST, RARITAN, NJ 08869

10925   PARET, CYNTHIA, PO BOX 37, SCHNECKSVILLE, PA 18078

10924   PAREX, 1870 STONE MOUNTAIN, REDAN, GA 30074

10925   PARGMANN, THOMAS, RT. 1, BOX 257, CUERO, TX 77954

10925   PARHAM, III, ODIES, 132 CHELSEA WAY, BRIDGEWATER, NJ 08807

10925   PARHAM, JOHN, 6838 CROSS ANCHOR RD, ENOREE, SC 29335

10925   PARHAM, LAURA, 628 CAMBRIDGE DR., LAFAYETTE, LA 70503-4380

10925   PARHAM, MARC, 6 RUBEN DUREN WAY, BEDFORD, MA 01730

10925   PARHAM, ROBERT, 605 MCCABE AVE, BALTIMORE, MD 21212

10925   PARHAM, TRACEY, RT 1 BOX 97-S, UNION SPRINGS, AL 36089

10925   PARHAM, TREMAYNNE, 830 SHIPFRIEND ROAD, BALTIMORE, MD 21220

10925   PARHAM, WILLIAM, 628 CAMBRIDGE DR., LAFAYETTE, LA 70503-4380

10925   PARHAM, WILLIAM, 6838 CROSS ANCHOR ROAD, ENOREE, SC 29335-9548

10925   PARI, JOYCE, 2247 ELEVENTH ST., CUYAHOGA FALLS, OH 44221

10925   PARIKH, DEIDRE A., 634 LYNNE DR., GRAND PRAIRIE, TX 75051

10925   PARILLI, KIMBERLY, 4141 N HENDERSON RD #702, ARLINGTON, VA 22203

10925   PARILLO, FRANKIE, 36 BOARDMAN LANE, S. ATTLEBORO, MA 02730

10925   PARIMORE, JUANITA, 801 GLENDAGLE CT, LOUISVILLE, KY 40223

10924   PARIS CASINO RESORT, SIPLAST, 3675 AUDRIE LN., LAS VEGAS, NV 89101

10925   PARIS, CHRISTOPHER, 7811 PADDOCK WAY, BALTIMORE, MD 21244

10925   PARIS, JAMES D, 2552 SCARLETT DR., LAKE CHARLES, LA 70611

10925   PARIS, JAMES, 3557 DEER RUN RD, LAKE CHARLES, LA 70611

10925   PARIS, JAMES, FLUSHING, NY 11355

10925   PARIS, WESLEY, 516 EAST ANDERSON ST, ORLANDO, FL 32801

10925   PARISEAU, BETH, 4637 JOANNE AVE., BAKERSFIELD, CA 93309

10924   PARISH CONCRETE INC, PO BOX 1540, MANDEVILLE, LA 70470

10925   PARISH CONCRETE INC, POBOX 1540, MANDEVILLE, LA 70470

10924   PARISH CONCRETE INC., 401 W 28TH AVE, COVINGTON, LA 70434

10924   PARISH CONCRETE INC., HWY 22, MADISONVILLE, LA 70447

10924   PARISH CONCRETE INC., P.O. BOX 1540, MANDEVILLE, LA 70470

10924   PARISH CONCRETE, HWY 59 NORTH, ABITA SPRINGS, LA 70420

10925   PARISH SUPPLY CORP, 217 ALTAMONTE COMMERCE BLVD, ALTAMONTE SPRINGS, FL 32714

10925   PARISH, DEBORAH, 4002 GOSSETT, WICHITA FALLS, TX 76308

10925   PARISH, ESTHER, 108 GARNSEY AVE, BAKERSFIELD, CA 93309-8121

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PARISH, MARGARET, 6307 FAIRLANE DRIVE, ARLINGTON, TX 76017

10925   PARISI CONSTRUCTION CO INC, JOHN C PARISI PRES, 508 S NINE ROAD PO BOX 930277, SUITE A, VERONA, WI 53593-0277

10925   PARISI, CHRISTOPHER, 34 JOHN ST #5, WALTHAM, MA 02154

10925   PARISI, PATRICIA, 19 CANDY LANE, ELLENDALE, DE 19941

10925   PARISI, ROSE, 25 CARTER ST, TEWKSBURY, MA 01876

10925   PARISSI, RAUL, 40 THIELLS MT IVY RD, POMONA, NY 10970

10925   PARIZA, J, 32163 SODA CREEK, EVERGREEN, CO 80439

10925   PARIZANSKI, PAUL, 6024 S MULLIGAN, CHICAGO, IL 60638

10925   PARIZEK, KIRT, ROUTE 2, WEST LIBERTY, IA 52776

10924   PARK & N. W. POINT, 50 N.W. POINT ROAD, ELK GROVE VILLAGE, IL 60007

10924   PARK AT BENT TREE OFFICE BUILDING, 8309 BENT TREE ROAD, AUSTIN, TX 78759

10924   PARK AVE. BAPTIST CHURCH, NASHVILLE, TN 37202

10924   PARK AVENUE BUILDING, 1520  SOUTH BLVD., CHARLOTTE, NC 28203

10924   PARK AVENUE CEMENT BLOCK, 30 BUDLONG RD, CRANSTON, RI 02920

10924   PARK AVENUE CEMENT BLOCK, 30 BUDLONG ROAD, CRANSTON, RI 02920

10924   PARK AVENUE CEMENT BLOCK, PO BOX 8827, CRANSTON, RI 02920

10925   PARK AVENUE COUNTRY CLUB, 381 PARK AVE SOUTH, NEW YORK, NY 10016

10925   PARK AVENUE LIMOUSINE, 2715 SOUTH FEDERAL HWY, DELRAY BEACH, FL 33483

10924   PARK CENTER HOTEL, NEW YORK, NY 10001

10924   PARK CENTRAL HOTEL, 7TH AVENUE BTWN 55TH & 56TH STREETS, NEW YORK, NY 10001

10924   PARK CITY GOVERNMENT CENTER, UNIVERSAL ROOFERS, LAS VEGAS, NV 89101

10924   PARK DAVIS, 1602 HURON PARKWAY, ANN ARBOR, MI 48105

10924   PARK DAVIS, 2800 PLYMOUTH RD., ANN ARBOR, MI 48105

10924   PARK EQUIPMENT CO. INC., PO BOX 41949, HOUSTON, TX 77241-1949

10924   PARK EQUIPMENT CO., INC., 7015 FAIRBANKS NORTH HOUSTON, HOUSTON, TX 77040

10924   PARK EQUIPMENT CO., INC., P. O. BOX 9549, THE WOODLANDS, TX 77380

10924   PARK HILLS ELEMENTARY SCHOOL, 137 WEST GRANGER STREET, HANOVER, PA 17331

10925   PARK NICOLLET CLINIC - AIRPORT, 7775 26TH AVE SO, MINNEAPOLIS, MN 55450-1075

10924   PARK PLAZA CHURCH OF CHRIST, 5925 E. 51ST STREET, TULSA, OK 74145

10924   PARK RAPIDS SENIOR HOUSING, NORTH CENTRAL AVE., PARK RAPIDS, MN 56470

10924   PARK RIDGE HOSPITAL, 175 DODGE STREET, ROCHESTER, NY 14606

10924   PARK RIDGE HOSPITAL, LONG POND ROAD, ROCHESTER, NY 14626

10924   PARK RIDGE PUBLIC WORKS, 400 BUSSEY HWY., PARK RIDGE, IL 60068

10924   PARK SURGICAL, 5001 NEW UTRECHT, BROOKLYN, NY 11219

10924   PARK WEST HOSPITAL, 9352 PARK WEST BLVD., KNOXVILLE, TN 37923

10924   PARK WEST MOB, 9430 PARK WEST BLVD, KNOXVILLE, TN 37923

10925   PARK, BETH, 500 ROLLING HILLS, LANCASTER, TX 75146

10925   PARK, HEASUCK, 350 REVERE BCH BLVD, REVERE, MA 02151

10925   PARK, JAMES, 3904 WICKIUP HILL RD, TODDVILLE, IA 52341

10925   PARK, KYOUNG, 11523 LONGBROOK, HOUSTON, TX 77099

10925   PARK, LAWRENCE, 1601 TRAPELO RD, WALTHAM, MA 02154

10925   PARK, PATRICIA, 3904 WICKIUP HILL RD., TODDVILLE, IA 52341

10925   PARKANS INTL LLC, MR JEFF VANDERSTEEG, 5521 ARMOUR DR, HOUSTON, TX 77020

10924   PARKE DAVIS DIV PFIZER INC, 188 HOWARD AVENUE, HOLLAND, MI 49424

10924   PARKE DAVIS, 2800 PLYMOUTH ROAD, ANN ARBOR, MI 48105

10925   PARKE, BYRON, 2075 JOHN L. AVE., KINGMAN, AZ 86401-2805

10924   PARKER AIRCRAFT DIVISION, PARKER HANIFAN, WALTHAM, MA 02154

10924   PARKER AMCHEM/TEROSON, PO BOX71948, MADISON HEIGHTS, MI 48071

10925   PARKER B MIMS, 104 QUAIL RUN MEADOWBROOK SUBDIV, LAURENS, SC 29360

10924   PARKER BLOCK CO. INC., RT 24, MILLSBORO, DE 19966

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PARKER BOILER CO, 5930 BANDINI BLVD, LOS ANGELES, CA 90040 | |
| 10924 | PARKER CHOMERICS, 77 DRAGON COURT, WOBURN, MA 01888 | |
| 10925 | PARKER CHOMERICS, PO BOX 751266, CHARLOTTE, NC 28275-1266 | |
| 10925 | PARKER DENACO, 1465 HOOKSETT RD, HOOKSETT, NH 03106-1860 | |
| 10925 | PARKER DUMLER KIELY, 36 SOUTH CHARLES ST, SUITE 2200, BALTIMORE, MD 21201 | |
| 10925 | PARKER ENTERPRISES INC, 21 PARKER DRIVE, AVON, MA 02322 | |
| 10925 | PARKER EXPRESS, 21 PARKER DR, AVON, MA 02322 | |
| 10925 | PARKER HANIFIN CORP, 50 W TECHNICENTER DR, MILFORD, OH 45150-9792 | |
| 10924 | PARKER HANNIFAN, 101 PARKER DRIVE, ANDOVER, OH 44003 | |
| 10924 | PARKER HANNIFAN, 2501 NORTH MAIN, CLEBURNE, TX 76031 | |
| 10924 | PARKER HANNIFAN, 30240 LAKELAND BOULEVARD, WICKLIFFE, OH 44092 | |
| 10924 | PARKER HANNIFAN, PO BOX1120, ANDOVER, OH 44003 | |
| 10925 | PARKER HANNIFIN CORP, PO BOX 75760, CHARLOTTE, NC 28275 | |
| 10925 | PARKER HANNIFIN CORP., 7975 COLLECTION CENTER DR, CHICAGO, IL 60693 | |
| 10925 | PARKER HANNIFIN CORPORATION, 1515 WEST SOUTH ST, LEBANON, IN 46052-3333 | |
| 10925 | PARKER HANNIFIN CORPORATION, PO BOX 18692, SAINT LOUIS, MO 63195 | |
| 10924 | PARKER HANNIFIN, 1425 WEST 2675 NORTH, OGDEN, UT 84404 | |
| 10925 | PARKER HANNIFIN, 6035 PARKLAND BLVD., CLEVELAND, OH 44124 | |
| 10924 | PARKER HANNIFIN, 77 DRAGON COURT, WOBURN, MA 01888 | |
| 10925 | PARKER HANNIFIN/PROCESS FILTRATION, STATE ROAD 66, TELL CITY, IN 47586 | |
| 10925 | PARKER INDUSTRY, 737 ST. JOSEPH ST., HARVEY, LA 70058 | |
| 10924 | PARKER JOB, PEORIA, AZ 85345 | |
| 10924 | PARKER LUMBER COMPANY OF PORT, PO BOX3817, PORT ARTHUR, TX 77643 | |
| 10924 | PARKER LUMBER, 2700 MAC ARTHUR DRIVE, ORANGE, TX 77630 | |
| 10924 | PARKER LUMBER, 2948 GULFWAY, PORT ARTHUR, TX 77643 | |
| 10925 | PARKER MD, TF, 3525 TURTLE CREEK, APT 2A, DALLAS, TX 75219 | |
| 10925 | PARKER PARKS, ONE PLAZA SQUARE, PORT ARTHUR, TX 77642 | |
| 10924 | PARKER READY MIX, HIGHWAY 63, ROLLA, MO 65401 | |
| 10924 | PARKER READY MIX, P O BOX 111, ROLLA, MO 65401 | |
| 10924 | PARKER READY MIX, P.O.BOX 111, ROLLA, MO 65401 | |
| 10925 | PARKER TEN COM, DOUGLAS J & SUZON LYNN, 4440 NORTH CENTER, BALDWIN PARK, CA 91706-2336 | |
| 10925 | PARKER WAREHOUSE &, 21 PARKER DRIVE, AVON, MA 02322-0000 | |
| 10925 | PARKER, AHMED, 6212 E 110 TH TERRACE, KANSAS CITY, MO 64134 | |
| 10925 | PARKER, ALICIA, 2860 NE 43RD PLACE, OCALA, FL 34479 | |
| 10925 | PARKER, ANSELL, 502 SPAULDING LAKE DR, GREENVILLE, SC 29615 | |
| 10925 | PARKER, ARIADNE, 9 DEARBORN AVE, BEVERLY, MA 01905 | |
| 10925 | PARKER, BARBARA, 565 SPARKS BLVD., BT 88, SPARKS, NV 89431 | |
| 10925 | PARKER, BETTY, 7855 WATER ST RD, PERRY, NY 14530 | |
| 10925 | PARKER, BONNIE, 8735 N. CEDAR, FRESNO, CA 93720 | |
| 10925 | PARKER, BRENDA, 6531 WANDA LANE, HOUSTON, TX 77074 | |
| 10925 | PARKER, BRETT, 5 MURRUMBOOEE PLACE, TASCOTT, NEW SOUTH WALES, 02250AUSTRALIA | *VIA Deutsche Post* |
| 10925 | PARKER, BRIAN, 130 ROBINSON ROAD, NASHUA, NH 03051 | |
| 10925 | PARKER, BRIAN, 8630 PLAINFIELD LANE, CINCINNATI, OH 45236 | |
| 10925 | PARKER, CARL, 2801 WILLOW ST, WILMINGTON, NC 28405-3051 | |
| 10925 | PARKER, CATHY, 165 FERGUSON DR, WOODRUFF, SC 29388 | |
| 10925 | PARKER, CECIL, 302 DELLROSE DRIVE, MAULDIN, SC 29662 | |
| 10925 | PARKER, CHAD, 1441 HWY 144, CALHOUN, LA 71225 | |
| 10925 | PARKER, CHARLES, 105 CONCORD CT, SIMPSONVILLE, SC 29681 | |
| 10925 | PARKER, CHARLES, 24 EDMOND CIR WRIGHT FRM, ATKINSON, NH 03811 | |
| 10925 | PARKER, CLIFFORD, 1100 15TH ST #34A, SPARKS, NV 89431 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PARKER, DANNY, PO BOX 193, EATON PARK, FL 33840-0193 | |
| 10925 | PARKER, DAVID, 11 WEDGEWOOD DR, CHELMSFORD, MA 01824 | |
| 10925 | PARKER, DAVID, 131 KING ST., HOUMA, LA 70360 | |
| 10925 | PARKER, DAVID, 429 ALLEN AVE, GLENDALE, CA 91201 | |
| 10925 | PARKER, DEBBIE, 7279 OAK RUN DRIVE, GERMANTOWN, TN 38138 | |
| 10925 | PARKER, DEBORAH, 111 OAK DRIVE, GREER, SC 29650 | |
| 10925 | PARKER, DEBORAH, 213 HAZELWOOD PL, PISCATAWAY, NJ 08854 | |
| 10925 | PARKER, DENNIS, RR #3, BOX 9, CALIFORNIA, KY 41007 | |
| 10925 | PARKER, DEVERICK, 18001 CYPRESS TRACE APT #1704, HOUSTON, TX 77090 | |
| 10925 | PARKER, DONALD, 515 NIGHTINGALE LN, COTTAGE GROVE, WI 53527-9152 | |
| 10925 | PARKER, DUDLEY, 105 SHERWOOD DR, RAINBOW CITY, AL 35906 | |
| 10925 | PARKER, ELIZABETH, 1920 RIDGEFIELD WAY, DALTON, GA 30720 | |
| 10925 | PARKER, ERIC, 361 LAUREL WOOD DR., WILTON, NH 03086 | |
| 10925 | PARKER, ERNEST, 2516 CHELMSFORD DR, CROFTON, MD 21114-1677 | |
| 10925 | PARKER, FRANK, 18361 WEEPING WILLOW, PEARLAND, TX 77584 | |
| 10925 | PARKER, FREDERICK, 2409 GRAYSTONE LANE, FREDERICK, MD 21702 | |
| 10925 | PARKER, GARY, 15365 TROY, MARKHAM, IL 60426 | |
| 10925 | PARKER, GERALD, 110 TAFT ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | PARKER, GLENN, 327 E. DUVAL STREE, LAKE CITY, FL 32055 | |
| 10925 | PARKER, GLORIA, 806 JEFFERSON CT, CONYERS, GA 30207 | |
| 10925 | PARKER, GRETA, 1111 KING ST, MYRTLE BEACH, SC 29577 | |
| 10925 | PARKER, HAYWARD, 2711 W. SLIGH, TAMPA, FL 33614-4343 | |
| 10925 | PARKER, HELEN, 3101 COVENTRY DR., BAKERSFIELD, CA 93304 | |
| 10925 | PARKER, JANE, 311 PINE ST, GREER, SC 29651 | |
| 10925 | PARKER, JEFFREY BRADFORD, 63 WOODHAVEN DR, LAGUNA NIGUEL, CA 92677 | |
| 10925 | PARKER, JEFFREY, 1850 VENTURE RD., ELLENSBURG, WA 98926 | |
| 10925 | PARKER, JEFFREY, 30318 VIA VAL VERDE, TEMECULA, CA 92591 | |
| 10925 | PARKER, JEFFREY, 629 COACHMAN WAY, PARKTON, MD 21120 | |
| 10925 | PARKER, JENNIFER, 13D SUNDOWN DRIVE, DERRY, NH 03038 | |
| 10925 | PARKER, JENNIFER, 1695 COMM. AVE, BRIGHTON, MA 02135 | |
| 10925 | PARKER, JOHN, 2115 HEIGHT ST, MOBILE, AL 36605-5150 | |
| 10925 | PARKER, JOHN, 2230 VAUGHN ROAD, BURKBURNETT, TX 76354 | |
| 10925 | PARKER, JOHN, 326 AVERY LANDING, MARTINEZ, GA 30909 | |
| 10925 | PARKER, JOHN, 801 N DIVISION ST, DEQUINCY, LA 70633 | |
| 10925 | PARKER, JOHNNY, 1214 WASHINGTON ST, CRAIG, CO 81625 | |
| 10925 | PARKER, JOSEPH, 7920 AVENIDA NAVIDAD, SAN DIEGO, CA 92122 | |
| 10925 | PARKER, JR, LARRY, 402 1ST ST, JONESVILLE, LA 71343 | |
| 10925 | PARKER, KAREN, 40 SUMMER ST, ROCHESTER, NH 03867 | |
| 10925 | PARKER, KAREN, PO BOX 431, EXMORE, VA 23350 | |
| 10925 | PARKER, KATHY, 3667 MONROE #8, RIVERSIDE, CA 92507 | |
| 10925 | PARKER, KENNETH, 2274 PEKIN ROAD, SPRINGBORO, OH 45066 | |
| 10925 | PARKER, KENRIC, 2905 PALMETTO DR, AUGUSTA, GA 30906 | |
| 10925 | PARKER, KEVIN, 15 FRANCIS AVE, MANSFIELD, MA 02048 | |
| 10925 | PARKER, KRISTA, 1285 CORONADO DR, LAWRENCEVILLE, GA 30243 | |
| 10925 | PARKER, L, 1837 G PROSPECT DRIVE, CHARLOTTE, NC 28213 | |
| 10925 | PARKER, LARRY, PO BOX 774, HEMINGWAY, SC 29554 | |
| 10925 | PARKER, LAVERNE, 5730 LINWOOD, DEMOTTE, IN 46310 | |
| 10925 | PARKER, LAWRENCE, 6015 S VERDE TRAIL #205L, BOCA RATON, FL 33433 | |
| 10925 | PARKER, LINDA, 10700 E DARTMOUTH AV#FF311, AURORA, CO 80014 | |
| 10925 | PARKER, LINDA, 10700 E.DARTMOUTH AVE #FF311, AURORA, CO 80014 | |
| 10925 | PARKER, LINDA, 3489 HILLSIDE DR PO BOX 321, YPSILANTI, MI 48197 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PARKER, LINDA, 355 FAMILY LANE, EASTABOGA, AL 36260

10925   PARKER, LINDA, PO BOX 721, MECHANICSVILLE, MD 20659

10925   PARKER, LORITTA, 5948 LUNNBRIER, MEMPHIS, TN 38120

10925   PARKER, M C, 316 WEST HENCOCK ST, LAKELAND, FL 33803-9998

10925   PARKER, MARGARET HELEN MARIE, PO BOX 744, CEDAR GLEN, CA 92321-0744

10925   PARKER, MARGARET, 95 WATER ST, FRAMINGHAM, MA 01701

10925   PARKER, MARIANNE, PO BOX 609, PANORA, IA 50216

10925   PARKER, MARY L, 6666 BROOKMONT TR 701, NASHVILLE, TN 37205

10925   PARKER, MEL, RAINTREE NURSERY, 5000 HWY 37 NORTH, LIBBY, MT 59923

10925   PARKER, MELISSA D, 1411 BRIARCLIFF DR, FAYETTEVILLE NC, NC 28305

10925   PARKER, MICHAEL, 2301 N. MCCALL LOT #76, MCALLEN, TX 78501

10925   PARKER, MICHAEL, 240 WYCHE ST, ROANOKE RAPIDS, NC 27870

10925   PARKER, MILLER, SUITE 100, DALLAS, TX 75206

10925   PARKER, NORMA, 385 CORBY BRIDGE, LIMESTONE, TN 37681

10925   PARKER, P, 6862 SKILLMAN #239, DALLAS, TX 75231

10925   PARKER, PATRICIA, 1076 MARYLAND AVE., SPARTANBURG, SC 29307

10925   PARKER, PATRICIA, 154 KEELS RD, SUMTER, SC 29154

10925   PARKER, PATSY, RT 1 BOX 32-1, TICKFAW, LA 70466

10925   PARKER, PAUL, 2808 LAKE ROAD, PERRY, NY 14530

10925   PARKER, PERRY, 2155 BALTIMORE BLVD, FINKSBURG, MD 21048

10925   PARKER, PERRY, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   PARKER, PHILLIPP, 1116 WEST 79TH ST., LOS ANGELES, CA 90044

10925   PARKER, RANDY, 326 CLAY ST., WATERTOWN, NY 13601

10925   PARKER, RAY, 206 CAMELOT DRIVE, SIMPSONVILLE, SC 29681

10925   PARKER, RICKY, 4608 DAHLIA, VICTORIA, TX 77901

10925   PARKER, RITA, 20 SHAFFER LANE, MORGANTOWN, WV 26505

10925   PARKER, ROBERT, 3983 S MCCORRAN, 292, RENO, NV 89502

10925   PARKER, ROBERT, PO BOX 84, SEABOARD, NC 27876

10925   PARKER, RONA, 346 STRINGER RD, ROCKMART, GA 30153

10925   PARKER, ROSE, 162 VINE ST, ROANOKE RAPIDS, NC 27870

10925   PARKER, ROY, 165 FERGUSON DRIVE, WOODRUFF, SC 29388

10925   PARKER, SANDRA, 1804 BROOKS ST, DALLAS, GA 30132

10925   PARKER, SANDRA, PO BOX 126, HOLLISTER, FL 32147

10925   PARKER, SUZETTE, 2435 CHAPMAN SPGS, ATLANTA, GA 30337

10925   PARKER, SYLVESTER, 2600 WESTRIDGE APT 343, HOUSTON, TX 77054

10925   PARKER, T, 205 N. WASHINGTON, MEREDOSIA, IL 62665

10925   PARKER, TERESA, 560 1/2 PLEASANT RIDGE RD, CARROLLTON, GA 30117

10925   PARKER, TERRY, 2003 BEDFORD DR, PALM BEACH GARDENS, FL 33403

10925   PARKER, THERESA, PO BOX 720377, MCALLEN, TX 78504

10925   PARKER, THOMAS, 14 MASON ST, GRETNA, LA 70053

10925   PARKER, TIFFANY, 1339 S EDGEWATER DR, CHARLESTON, SC 29407

10925   PARKER, TRACY, 941 LOOKOUT AVE, MONESSEN, PA 15062

10925   PARKER, VERA, 8735 S MARQUETTE, CHICAGO, IL 60617

10925   PARKER, VICTORIA, 3535 WILLIAMSON RD. 11-C, MACON, GA 31206

10925   PARKER, WILLIAM, 757 HIGHLAND SQ. DR., SHREVEPORT, LA 71107

10925   PARKER, WILLIS, 4048 LAKEWOOD TRAILS, CLAYTON, IN 46118

10925   PARKER-HANNIFIN CORP, 200 PARKER DR, BOONEVILLE, MS 38829

10925   PARKER-HANNIFIN CORPORATION, 17325 EUCLID AVE, CLEVELAND, OH 44112

10925   PARKERS EXPRESS INC, 21 PARKER DRIVE, AVON, MA 02322

10925   PARKERS EXPRESS, 21 PARKER DR, AVON, MA 02322

10925   PARKEY, MICHAEL, 996 SCHMOKER, BURKBURNETT, TX 76354

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PARKHOUSE, KIRBEE, 1785 17TH AVE S.W., VERO BEACH, FL 32962

10925   PARKHURST, ANNE M, 3060 S 58TH ST, LINCOLN, NE 68506-4029

10925   PARKIN, NANCY, 330 LINCOLN ST, #24, WALTHAMHURCH, MA 02154

10925   PARKING CONTROL SYSTEMS, PO BOX 5057, HOLLYWOOD, FL 33083-5057

10925   PARKING MARKET RESEARCH COMPANY, 1311 DOLLEY MADISON BLVD SUITE 2B, MC LEAN, VA 22101-3925

10925   PARKINS, CHARLENE, 109 BENNETTS CRSNG CT, GREER, SC 29651

10925   PARKINSON, DONALD, 243 EAU CLAIRE ROAD, BOYERS, PA 16020

10925   PARKINSON, JOAN, C/O PALMER, SCOTTSDALE, AZ 85257

10925   PARKINSON, LARRY, 4 EVERGREEN CIRCLE, NORWOOD, MA 02062

10925   PARKINSON, RONALD, 99 SEA ST, HYANNIS MA, MA 02601

10925   PARKINSONS ACTION NETWORK, 818 COLLEGE AVE SUITE C, SANTA ROSA, CA 95404

10925   PARKLAND COURT ENTERPRISES, PO BOX 3077, MILWAUKEE, WI 53201-3077

10924   PARKLAND HIGH SCHOOL, CEDAR CREST BLVD. & RITTER ROAD, ALLENTOWN, PA 18103

10924   PARKLAND HIGH SCHOOL, CEDARCREST BLVD. & RITTER ROAD, ALLENTOWN, PA 18103

10924   PARKLAND MEDICAL CENTER, 1 PARKLAND DRIVE, DERRY, NH 03038

10925   PARKOS, JERRY, 785 LITTLEFOOT DR, FREMONT, CA 94539

10924   PARKRIDGE HOSPITAL - MOB, 233 MCCALLIE AVE., CHATTANOOGA, TN 37410

10924   PARKS CORPORATION, 7850 OHIO RIVER ROAD, LESAGE, WV 25537

10924   PARKS CORPORATION, NUMBER 1 WEST STREET, FALL RIVER, MA 02720

10924   PARKS PAINT & VARNISH CO., 660 TONNELLE AVENUE, JERSEY CITY, NJ 07307

10924   PARKS PAINT & VARNISH CO., 660 TONNELLE AVENUE, PO BOX 7AW, JERSEY CITY, NJ 07307

10924   PARKS PRECAST PRODUCTS CO., P. O. BOX 764, BURNET, TX 78611

10924   PARKS PRECAST PRODUCTS, 3345 HWY 29 EAST, BURNET, TX 78611

10924   PARKS PRECAST PRODUCTS, PO BOX764, BURNET, TX 78611

10925   PARKS, ANGELA, RT 2, LUAL, GA 30554

10925   PARKS, AURIEANN, 1000 MONTREAL RD., CLARKSTON, GA 30021

10925   PARKS, BONNIE, 15923 MANOR SQUARE, HOUSTON, TX 77062

10925   PARKS, BRUCE, 13 AUSTIN LA, BYFIELD, MA 01922

10925   PARKS, CARROLL, 807 S DANTZLER ROAD, DUNCAN, SC 29334-9802

10925   PARKS, CHRISTOPHER M, 1 PLAZA SQUARE, PORT ARTHUR, TX 77642

10925   PARKS, CYNTHIA, RT 2 BOX 1234, DANIELSVILLE, GA 30633

10925   PARKS, DELLA, 2507 IVY BROOK CT, ARLINGTON, TX 76006

10925   PARKS, EUGENE, 75 HENRY, ROANOKE RAPIDS, NC 27870

10925   PARKS, FRED, 3517 QUAIL LANE, CASPER, WY 82604

10925   PARKS, GAREN, PO BOX 890661, OKLAHOMA CITY, OK 73189

10925   PARKS, GARY, RT 1 BOX 143 B, ALDIE, VA 22007

10924   PARKS, HANSEN, & DITCH, MERCANTILE TOWSON BLDG, TOWSON, MD 21204

10925   PARKS, JAMES, 333 WALLACE DRIVE, NEWARK, DE 19711

10925   PARKS, JANICE, RT. 1, BOX 303-A, MARKSVILLE, LA 71351

10925   PARKS, JEFFREY, 2507 IVY BROOK CT, ARLINGTON, TX 76006

10925   PARKS, JEFFREY, 520 EAGLE DRIVE, RACELAND, LA 70394

10925   PARKS, JENNIE, 414 JUNIPER ST, QUAKERTOWN, PA 18951-1606

10925   PARKS, JERRY, PO BOX 5592, MCALLEN, TX 78502

10925   PARKS, KEITH, 180 DANOS ST, RACELAND, LA 70394

10925   PARKS, LEROY, 14403 CYPRESS CREST, CYPRESS, TX 77429

10925   PARKS, LINDA, 6528 CONRAD AVE NW, ALBUQUERQUE, NM 87120

10925   PARKS, MARCIA, 217 MAXWELL ST, DECATUR, GA 30030

10925   PARKS, MARK, 907 ST. PHILLIP ST, RACELAND, LA 70394

10925   PARKS, MARY, 3477 HWY 82 N, JEFFERSON, GA 30549

10925   PARKS, MAXINE, RT 2 BOX 2143, DANIELSVILLE, GA 30633

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PARKS, MELVIN, 217 WEBSTER ST NE, WASHINGTON, DC 20011

10925   PARKS, PAMELA, 16 FLAGSTONE DR, HUDSON, NH 03051

10925   PARKS, PAUL, 421 SHARPE ST, WOODRUFF, SC 29388

10925   PARKS, RICKY, 1009 ST. PHILLIP ST, RACELAND, LA 70394

10925   PARKS, SANDRA L, 10524 W 62, SHAWNEE KS, KS 66203

10925   PARKS, SANDRA, 12004 DOVE CIRCLE, LAUREL, MD 20708

10925   PARKS, SANDRA, RT 2, LULA, GA 30554

10925   PARKS, SHARON, 616 BRIARCLIFF WEST, ELGIN, SC 29045

10925   PARKS, STEVE, STAR RT., BOX 39-2, CHAUVIN, LA 70344

10925   PARKS, THEODORE, 198 JETER ST, CHESTER, SC 29706-1332

10925   PARKS, THERESA, RT 1, HARRISVILLE, MS 39082

10925   PARKS, THOMAS, 2408 258TH PLACE N W, STANWOOD, WA 98292

10925   PARKS, TIMOTHY, 808 ST. LOUIS ST, RACELAND, LA 70394

10925   PARKS, VIRGIE, 75 HENRY ST, ROANOKE RAPIDS, NC 27870

10925   PARKSIDE AUTO BODY, ONE SOUTH HICKORY, ARLINGTON HEIGHTS, IL 60004

10924   PARKVIEW 1, 925 NORTH POINT PKWY, ALPHARETTA, GA 30022

10924   PARKWAY 400, 803 AMBER PWKY BLVD, ALPHARETTA, GA 30004

10924   PARKWAY BLOCK & SUPPLY, 693 DICKEY HOLLOW RD, ALIQUIPPA, PA 15001

10924   PARKWAY BLOCK & SUPPLY, MACARTHUR STATION, ALIQUIPPA, PA 15001

10924   PARKWAY FORREST, 2050 MARCONI DRIVE, ALPHARETTA, GA 30005

10924   PARKWAY MEDICAL CENTER, 1874 BELTLINE ROAD S W, DECATUR, AL 35601

10924   PARKWAY REGIONAL MEDICAL CENTER, 1000 THORNTON RD., LITHIA SPRINGS, GA 30057

10925   PARKWOOD COMMUNICATIONS, 7200 W ARCHER, SUMMIT, IL 60501

10925   PARLAY INTERNATIONAL, BOX 8817, EMERYVILLE, CA 94662-0817

10925   PARLAY INTERNATIONAL, PO BOX 8817, EMERYVILLE, CA 94662-0817

10925   PARLER WOBBER, 40 W. CHESAPEAKE AVE, SUITE 204, TOWSON, MD 21204

10924   PARLEX, 145 MILK STREET, METHUEN, MA 01844

10925   PARLIER, FERN, 206 HILLCREST AVE., LOUISVILLE, KY 40206

10925   PARLIER, MICHAEL, 206 HILLCREST AVE, LOUISVILLE, KY 40206

10925   PARLIER, SUSAN, 252 NANDERSON ST, MORGANTON, NC 28655

10925   PARLIER, TIMOTHY, 5142 WESTBROOK PL, UNION CITY, GA 30291

10925   PARLIN, DARLENE, 28 ELIOT ST, BILLERICA, MA 01821

10925   PARLIN, DARLENE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   PARMA COMMUNITY GENERAL HOSPITAL, 7007 POWERS BOULEVARD, PARMA, OH 44129

10924   PARMA HOSPITAL, 7007 POWERS BOULEVARD, PARMA, OH 44129

10925   PARMAR, JASPAL, 500 FAIRVIEW AVE, MIDDLESEX, NJ 08846

10924   PARMATECH CORP., 2221 PINE VIEW WAY, PETALUMA, CA 94954

10925   PARMATIC FILTER CORP, 88 FORD ROAD, DENVILLE, NJ 07834

10925   PARMENTER, FLORENCE E, PO BOX 2136, BRATTLEBORO, VT 05303-2136

10925   PARMENTER, K, 1 MATTHEW ROAD, CUMBERLAND, RI 02864

10925   PARNELL, CALVIN, RT 2, BOX 222, ANTHONY, NM 88021

10925   PARNELL, CHRISTOPHER, 3303 OLD CAMP LONG ROAD, AIKEN, SC 29801

10925   PARNELL, LILLIE, 2603 CYLBURN AVE., BALTIMORE, MD 21215

10925   PARNELL, MICHAEL J, 1 CHARLESTOWN COURT, MAULDIN, SC 29662

10925   PARNES, JEFFREY MICHAEL, CUST FOR ADAM JACOB PARNES, UNIF GIFT MIN ACT VA, 3153 RAMESSES COURT, HERNDON, VA 20171-4102

10925   PARNES, JEFFREY MICHAEL, CUST FOR SARAH ELAINE PARNES, UNIF GIFT MIN ACT VA, 3153 RAMESSES COURT, HERNDON, VA 20171-4102

10925   PARNIZARI JR, ANTHONY, WARFIELD ROAD, CHARLEMONT, MA 01339

10925   PAROLINI, ROSEMARIE, 221 SHERRY ST APT 103, NEENAH, WI 54956-2562

10925   PARQUET, PAMELA, 820 VOURAY, B, KENNER, LA 70065

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PARQUETTE, CHRISTINE, PO BOX 57, LAKE VILLAGE, IN 46349 | |
| 10925 | PARR INSTRUMENT CO., 209 53RD ST, MOLINE, IL 61265 | |
| 10924 | PARR LUMBER CO, 219 S.W. 185TH AVE, ALOHA, OR 97006 | |
| 10924 | PARR MANUFACTURING COMPANY, 3001 MCKINLEY AVENUE, DES MOINES, IA 50315 | |
| 10925 | PARR, ARTHUR, 22 BEDLE ST, BELLE MEAD, NJ 08502 | |
| 10925 | PARR, BETTY, 2929 DUNAWAY, AMARILLO, TX 79103 | |
| 10925 | PARR, CONNIE, RT 2, ARCADE, JEFFERSON, GA 30549 | |
| 10925 | PARR, JENIFER, 4750 RUSINA RD #206, COLORADO SPRINGS, CO 80907 | |
| 10925 | PARR, MELINDA, PO BOX 462, COMMERCE, GA 30529 | |
| 10925 | PARR, PATRICK, 129 W. KINGSTON AVE., CHARLOTTE, NC 28219 | |
| 10925 | PARR, ROBERT, 1085 CR 175, CRAIG, CO 81625 | |
| 10925 | PARR, WILLIAM, PO BOX 783, MAGEE, MS 39111 | |
| 10925 | PARRA, LILLIAN, CALLE 5 D-4 BERWIN STATE, RIO PIEDRAS, PR 00924 | |
| 10925 | PARRA, LUZ, 1820 BRADFORD ST, PLAINFIELD, NJ 07060 | |
| 10925 | PARRA, MARTHA, 150 E 60TH ST, LOS ANGELES, CA 90003 | |
| 10925 | PARRADO, GILBERTO, 4298E 9TH COURT, HIALEAH, FL 33013 | |
| 10925 | PARRAMORE, ROSITA, 56 CANTEBURY CT., PISCATAWAY, NJ 08854 | |
| 10925 | PARRAZ, MARIO, 1305 N 1ST, LAMESA, TX 79331 | |
| 10925 | PARRELLI OPTICAL INC, 1 PORTER SQUARE, CAMBRIDGE, MA 02140 | |
| 10925 | PARRELLI OPTICAL INC, 8 PARK PLAZA, BOSTON, MA 02116 | |
| 10925 | PARRELLI OPTICAL, 8 PARK PLAZA, BOSTON, MA 02116 | |
| 10925 | PARRENO, AMBROSIO, 10275 TRAILS END CIR, SAN DIEGO, CA 92126 | |
| 10925 | PARRETT, MICHAEL, 9 WINDERMERE DRIVE, MANSFIELD, MA 02048 | |
| 10925 | PARRICK, FRED, 1413 SW 64TH, OKLAHOMA CITY, OK 73159 | |
| 10925 | PARRILL, KENT, 1256 B NEWARK GRANVILLE ROAD, GRANVILLE, OH 43023 | |
| 10925 | PARRILLO, JERRY, 41 GREENE VILLAGE DRIVE, LIMA, NY 14485 | |
| 10925 | PARRINELLO, LORI, 9209 SEMINOLE BLVD, SEMINOLE, FL 34642 | |
| 10925 | PARRINO, JANICE, 12967 CASTLE HILL DR, BATON ROUGE, LA 70814 | |
| 10925 | PARRIOTT, JANICE, 4085 E. MIRADA ST, HIGHLAND, CA 92346 | |
| 10925 | PARRIS, CARLA, 732 S EASTGATE, SPRINGFIELD, MO 65809 | |
| 10925 | PARRIS, ELIZABETH, PO BOX 243, HAZARD, KY 41702 | |
| 10925 | PARRIS, JAMES, PO BOX 442, MULBERRY, FL 33860-0442 | |
| 10925 | PARRIS, JANIE, 217 SOUTH MAIN ST, DUNCAN, SC 29334 | |
| 10925 | PARRIS, NENA, 1275 MCLENDON DR, DECATUR, GA 30033 | |
| 10925 | PARRIS, STEVEN, 139 CROMER ST, ROEBUCK, SC 29376-9801 | |
| 10925 | PARRISH, A, PO BOX 671 HWY 29, ROANOKE, AL 36274 | |
| 10925 | PARRISH, CLYDE, 933 OLIVER ST, FILMORE, CA 93015 | |
| 10925 | PARRISH, GEORGE, 3004 THORNHILL RD, WINTER HAVEN, FL 33880 | |
| 10925 | PARRISH, J RONALD, 220 ROSE LANE, LAUREL, MS 39443 | |
| 10925 | PARRISH, JUDITH, 1911 51 ST AVE E., BRADENTON, FL 34203 | |
| 10925 | PARRISH, KEVIN, 2706 GENOA #I2, LUBBOCK, TX 79407 | |
| 10925 | PARRISH, LUCINDA, 109 MEETING WAY, PONTE VEDRA BCH, FL 32082 | |
| 10925 | PARRISH, MARK, 2214 E. 7TH ST, CHARLOTTE, NC 28204 | |
| 10925 | PARRISH, NINA, 4365 N 1000E, BROWNSBURG, IN 46112 | |
| 10925 | PARRISH, PAUL, 7727 DONALD ROSS RD., SARASOTA, FL 34240 | |
| 10924 | PARRISH-HARE COMPANY, 1211 REGAL ROW, DALLAS, TX 75247 | |
| 10924 | PARRISH-HARE COMPANY, PO BOX 224107, DALLAS, TX 75247 | |
| 10925 | PARROCHA, E, 200 1 DOWNS DR, BROWNSVILLE, TX 78521 | |
| 10925 | PARROTT, BETTY, 511 GLENMORE RD, MONTGOMERY, AL 36107 | |
| 10925 | PARROTT, BURDETTE, 1403 LINN ST, ATLANTIC, IA 50022 | |
| 10925 | PARROTT, DENNIS, PO BOX 716, HAYDEN, CO 81639 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PARROTT, E MARIE, ROUTE 2, ATLANTIC, IA 50022

10925 PARROTT, ELLIS, 412 EAST LAGRANGE, LAKE CHARLES, LA 70605-0000

10925 PARROTT, VIRGIL, 1671 HEMMINGWAY DRIVE, LAWRENCEVILLE, GA 30243

10925 PARROW, MERALD, RR #7, HANNIBAL, NY 13074

10925 PARRY, CARY, 109 LARKSPUR LANE, BURLINGTON, WI 53105

10925 PARRY, TAMMY, 4701 KING RANCH RD., FORT WORTH, TX 76132

10925 PARS MANUFACTURING CO., MILTON LAURENCE & DIXON, 500 MECHANICS BANK TOWER, WORCESTER, MA 01608

10925 PARS MANUFACTURING CORPORATION, 101 S. MAIN, AMBLER, PA 19002-4717

10925 PARSLEY, DUNCAN, 11710 DECADE AVE, RESTON, VA 22091

10925 PARSON GROUP, DEPT 77-2996, CHICAGO, IL 60678-2996

10924 PARSON READY MIX, 4TH EAST ROCKET ROAD, TREMONTON, UT 84337

10925 PARSON, TERRY L, 3789 H N DECATUR RD, DECATUR GA, 30032

10925 PARSONAGE MILLWORK, 157 NORTH WOLFEBORO RD, WOLFEBORO, NH 03894

10925 PARSONAGE, JOANN, 220 JEFFRY RANCH PLACE, CLAYTON, CA 94517

10925 PARSONAGE, THE, 584 CASTRO ST APT 344, SAN FRANCISCO, CA 94114-2594

10925 PARSONS BEHLE & LATIMER, RICHARD J ANGELL, 201 S MAIN ST, SUITE 1800, SALT LAKE CITY, UT 84111

10924 PARSONS ELECTRIC ATTN U OF M STEAM, 90 SE 6TH ST, UNIVERSITY, MN 55414

10925 PARSONS JR, JOHN D, 111 CAMBRIDGE TRAIL, MADISON, AL 35758-8651

10925 PARSONS JR, NORMAN, 107 BULL RUN RD, BROWNSVILLE, PA 15417

10924 PARSONS READY MIX, ATTN: ACCOUNTS PAYABLE, OGDEN, UT 84409

10924 PARSON'S READY MIX, ATTN: ACCOUNTS PAYABLE, OGDEN, UT 84409

10924 PARSON'S READY MIX, POST OFFICE BOX 3429, OGDEN, UT 84409

10924 PARSON'S READY MIX/BRIGHAM CITY, 33 SOUTH 900 EAST, BRIGHAM CITY, UT 84302

10924 PARSONS READY MIX/CORINNE, WEST CORINNE, CORINNE, UT 84307

10924 PARSONS READY MIX/GATEWAY, 450 WEST 50 NORTH, SALT LAKE CITY, UT 84115

10924 PARSON'S READY MIX/HENEFER, HWY 84 DEVILS SLIDE JUNCTION, HENEFER, UT 84033

10924 PARSON'S READY MIX/KEARNS, 5400 SOUTH 6000 WEST, KEARNS, UT 84118

10924 PARSONS READY MIX/LEHI, 12100 N. EAST SIDE FRONTAGE RD., LEHI, UT 84043

10924 PARSON'S READY MIX/OGDEN, 2350 SOUTH 1900 WEST, OGDEN, UT 84401

10924 PARSON'S READY MIX/PAYSON, 12000 SOUTH 600 WEST, PAYSON, UT 84651

10924 PARSONS READY MIX/SMITHFIELD, 3RD N. 600 E., SMITHFIELD, UT 84335

10924 PARSON'S READY MIX/SOUTH WEBER, 2585 EAST SOUTH WEBBER DRIVE, SOUTH WEBER, UT 84401

10924 PARSONS READY MIX/TOOELE, 2894 SOUTH MM50, TOOELE, UT 84074

10924 PARSON'S READY MIX/WOODS CROSS, 1055 WEST 500 SOUTH, WOODS CROSS, UT 84087

10924 PARSONS RM**NOT VALID**, CAMBRIDGE, MA 02140

10924 PARSONS RM, 5 MILES WEST ON HWY 50, ELY, NV 89301

10924 PARSONS RM, DUGWAY PROVING GROUND, DUGWAY, UT 84022

10924 PARSONS RM, GLEN'S EXCAVATING, MAGNA, UT 84044

10924 PARSONS RM/HIGHLAND, 1180 N. 8000 W., HIGHLAND, UT 84003

10924 PARSONS RM/MONTPELIER, 1895 DINGLE RD, MONTPELIER, ID 83254

10924 PARSONS RM/SALT LAKE CITY, 1940 N. BECK ST., SALT LAKE CITY, UT 84116

10924 PARSONS RM/SODA SPRINGS, 655 E. INDUSTRIAL PLACE, SODA SPRINGS, ID 83276

10924 PARSONS RM/TOOELE, 1830 WEST HIGHWAY 112, TOOELE, UT 84074

10925 PARSONS, A, 130 WOODS RD, E WINDSOR, NJ 08520

10925 PARSONS, ALEX, 1200 HALCYON CIRCLE # 205, GREER, SC 29651

10925 PARSONS, BARRY, 4089 S FLOUR MILL RUN DR #203, ARLINGTON, VA 22204

10925 PARSONS, COLETTE, 325 PAISANO, NEW BRAUNFELS, TX 78130

10925 PARSONS, DEANN, 7116 MARTHA LANE, FT WORTH, TX 76112

10925 PARSONS, F, 5734 W GROVERS AVE, GLENDALE, AZ 85308

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PARSONS, IRENE, 8 HERITAGE DRIVE, AVON, CT 06001 | |
| 10925 | PARSONS, JUDY, 202 ALLENDLE CIRCLE, LENOIR, NC 28645 | |
| 10925 | PARSONS, KATHIE, PO BOX 3371, STAMFORD, CT 06905 | |
| 10925 | PARSONS, LIBERTY, 807 SOUTH 3RD, LAMESA, TX 79331 | |
| 10925 | PARSONS, LINDA, 812 FAWCETT AVE, MCKEESPORT, PA 15132 | |
| 10925 | PARSONS, LINDA, STAR ROUTE BOX 32 B, CRAB ORCHARD, WV 25827 | |
| 10925 | PARSONS, MARY, 136 AUSTIN AVE, TAPPAN, NY 10983 | |
| 10925 | PARSONS, NEIL, 622 ATTINGHAM DRIVE, HOUSTON, TX 77024-4032 | |
| 10925 | PARSONS, PATSY, 1515 E.DIVOT, TEMPE, AZ 85284 | |
| 10925 | PARSONS, PETER, 69 BRYANT ST, BERKLEY, MA 02779 | |
| 10925 | PARSONS, RALPH, 4725 PENNINGTON AVE, BALTIMORE, MD 21226-1445 | |
| 10925 | PARSONS, SHARON, OMNI PLUMBING/706 MORRIS, SPRINGDALE, AR 72764 | |
| 10925 | PARSONS, SOPHIE, 11070 MEED RD, BATON ROUGE, LA 70816 | |
| 10925 | PARSONS, SUZANNE, 2627 MANHATTAN AVE, HERMOSA BEACH, CA 90254 | |
| 10925 | PARTAIN, BRANDON, RT. 5, COUNTY RD. 711, ATHENS, TN 37303 | |
| 10925 | PARTAIN, CAROLYN, PO BOX 372, ATHENS, TN 37303 | |
| 10925 | PARTAIN, LINDA, 6 FORREST ST. BSMNT APT, NO ATTLEBORO, MA 02760 | |
| 10924 | PARTECH INDUSTRIES, INC., 532 WEST 20TH STREET, HIALEAH, FL 33010 | |
| 10924 | PARTECH INDUSTRIES, INC., PO BOX 172267, HIALEAH, FL 33017-2267 | |
| 10925 | PARTEK CONCRETE ENGINEERING LTD, PO BOX 33, TOIJALA, 37801FINLAND | *VIA Deutsche Post* |
| 10924 | PARTEN OPERATING INC., 12450 GREENSPOINT DRIVE, HOUSTON, TX 77060-1916 | |
| 10925 | PARTHA, SARATHY, 200 CROSSVINE WAY, SIMPSONVILLE, SC 29680 | |
| 10925 | PARTICLE AND COATING TECHNOLOGIES, 5445 HIGHLAND PARK DR, SAINT LOUIS, MO 63110 | |
| 10925 | PARTICLE TECHNOLOGY LABS, PO BOX 809187, CHICAGO, IL 60680-9187 | |
| 10925 | PARTIDA, DONNA, 10262 BALSAM AV, HESPERIA, CA 92345 | |
| 10925 | PARTIDA, JOSE, 420 S 20TH ST, MCALLEN, TX 78501 | |
| 10925 | PARTIDA, JOSE, 420 SO 20TH ST, MCALLEN, TX 78501 | |
| 10925 | PARTIDA, TERESA, 1077 WOZENCRAFT CT, CALEXICO, CA 92231 | |
| 10925 | PARTITIONS PLUS CO INC, 360 MERRIMACK ST, LAWRENCE, MA 01843 | |
| 10925 | PARTITIONS PLUS COMPANY INC, 20 B ST, BURLINGTON, MA 01803 | |
| 10924 | PARTITIONS PLUS INC, 4022 SHIP YARD BLVD, WILMINGTON, NC 28412 | |
| 10924 | PARTITIONS PLUS, 810 TURNPIKE ROAD, NEW IPSWICH, NH 03071 | |
| 10924 | PARTITIONS PLUS, CAMBRIDGE, MA 02140 | |
| 10924 | PARTITIONS PLUS, PO BOX 168, NEW IPSWICH, NH 03071 | |
| 10925 | PARTLOW, K, 610 1/2 HORATIO ST APT 4, TAMPA, FL 33606 | |
| 10925 | PARTNERS FOR ACADEMIC EXCELLENCE, I, PO BOX 4212, CHATTANOOGA, TN 37405 | |
| 10925 | PARTNERS INVESTMENT CLUB, C/O EDWARD C ANCHER, RD 3 BOX 594 ROSLYN ROAD, BRANCHVILLE, NJ 07826-9550 | |
| 10925 | PARTNERS REAL ESTATE MGMT CO, PO BOX 6724, TOWSON, MD 21285-6724 | |
| 10925 | PARTNERS RESTAURANT CORP, 204 WEST THIRD ST, OWENSBORO, KY 42303 | |
| 10925 | PARTRIDGE, BARBARA, BOX 142, HINGHAM, MA 02043-0142 | |
| 10925 | PARTRIDGE, JACKLYN, 2903 E NORTH ST, GREENVILLE, SC 29615 | |
| 10925 | PARTRIDGE, ROBERT, PO BOX 242, ANACOCO, LA 71403 | |
| 10925 | PARTS & ELECTRIC MOTORS, 1400 NORTH CICERO, CHICAGO, IL 60651 | |
| 10925 | PARTS & ELECTRIC MOTORS, 1400-34 N. CICERO AVE., CHICAGO, IL 60651 | |
| 10925 | PARTS AND ELECTRIC MOTORS, INC, 1400-34 N. CICERO AVE., CHICAGO, IL 60651 | |
| 10925 | PARTS ASSOCIATES INC., 12420 PLAZA DRIVE, CLEVELAND, OH 44130 | |
| 10925 | PARTS EXPRESS, 1366 DOOLITTLE DR, SAN LEANDRO, CA 94577 | |
| 10925 | PARTY MAKERS, THE, 22771 WOODRIDGE DR, HAYWARD, CA 94541 | |
| 10925 | PARTY NEEDS INC., 411 WAVERLY OAKS ROAD, WALTHAM, MA 02154 | |
| 10925 | PARTY REFLECTIONS, 10500 MCMULLEN CREEK PKWY, CHARLOTTE, NC 28226 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PARVA, SHAHAB, 3918 FAWN CREEK, KINGWOOD, TX 77339 | |
| 10925 | PARVEY, CHAD, 881 LITTLE BEND ROAD, AHAMONTE SPRINGS, FL 32714 | |
| 10925 | PARVIN, GARY, 2011 6TH ST, GALENA PARK, TX 77547 | |
| 10924 | PARVIS ENTERPRISES, 126-12 34TH AVE, FLUSHING, NY 11368 | |
| 10924 | PARVIS EQUIPMENT, 126-12 34TH AVENUE, CORONA, NY 11368 | |
| 10925 | PARVIS, CHARLES, P.O BOX 1448, LEOMINSTER, MA 01453 | |
| 10925 | PARWOOD COMMUNICATIONS, 267 N NAPERVILLE RD, BOLINGBROOK, IL 60490 | |
| 10925 | PARWOOD COMMUNICATIONS, 7200 W ARCHER, SUMMIT, IL 60501 | |
| 10925 | PARYS, BERNADETTE, 4537 B ST, OMAHA, NE 68106 | |
| 10925 | PARZYNSKI, DAVID, 3881 BORDEAUX DRIVE, HOFFMAN ESTATES, IL 60195 | |
| 10925 | PAS OSWEGO SITE FUND, FOUR ALBANY ST, NEW YORK, NY 10006 | |
| 10924 | PASA S.A., (2200) PTO. GRAL. SAN MARTIN, PCIA DE SANTA FE, 09999ARG | *VIA Deutsche Post* |
| 10925 | PASADA, CHARITO, 87-20 175 ST, JAMAICA, NY 11432 | |
| 10924 | PASADENA HARDWARE INC, 222 W PASADENA FREEWAY, PASADENA, TX 77506 | |
| 10924 | PASADENA INDUSTRIAL SUPPLY, 222 W. PASADENA FREEWAY, PASADENA, TX 77506 | |
| 10925 | PASAO, HELEN, 9419 STOCKWELL DR, HOUSTON, TX 77083 | |
| 10924 | PASCALE CONCRETE PROD INC, 107 HIGGINSON AVENUE, LINCOLN, RI 02865 | |
| 10924 | PASCALE CONCRETE PRODUCTS, 54 INDUSTRIAL CR., LINCOLN, RI 02865 | |
| 10925 | PASCALOFF, KARL, 408 SO BROOKSHIRE, VENTURA, CA 93003 | |
| 10925 | PASCHAL, CYNTHIA, 5908 NW DRIVE #202, MESQUITE, TX 75150 | |
| 10925 | PASCHAL, SHARON, 2305 30TH ST, VALLEY, AL 36854 | |
| 10925 | PASCHALL TRUCK LINES INC, PO BOX 1889, MURRAY, KY 42071 | |
| 10925 | PASCHALL TRUCK LINES, INC, PO BOX 1889, MURRAY, KY 42071-1889 | |
| 10925 | PASCHALL, CORNELIUS, 7665 MOUNTAIN ROAD, OXFORD, NC 27565 | |
| 10925 | PASCO, CELIA, 1540 ALLEGHENY AVE, 3, READING, PA 19601-1517 | |
| 10925 | PASCO, ROSALIE, 113 WESTERN AVE, JERSEY CITY, NJ 07307 | |
| 10925 | PASCOE, FORREST, W 12065 BEHAN ROAD, COLUMBUS, WI 53925 | |
| 10925 | PASCOE, LINDA, 10656 LYNN CIRCLE, CYPRESS, CA 90630 | |
| 10924 | PASCON, 1541 N. LAKE DRIVE, LEXINGTON, SC 24022 | |
| 10924 | PASCON, CALHOUN COUNTY INDUSTRIAL PARK, GASTON, SC 29053 | |
| 10925 | PASCUAL, CARMEN, COND. PORTALES DE ALHELI, 604, GUAYNABO, PR 00969 | |
| 10925 | PASCUAL, LEVY, 2123 ALTO AVE, CARROLLTON, TX 75007 | |
| 10925 | PASEK CORPORATION, 9 WEST THIRD ST, SOUTH BOSTON, MA 02127 | |
| 10925 | PASH, P, 413 ST OLAF ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | PASHKI, JAMES, 2440 E TURKEYFOOT LK ROAD, AKRON, OH 44312 | |
| 10925 | PASION, AMELIA, 37 50 76TH ST APT 2H, JACKSON HEIGHTS, NY 11372 | |
| 10925 | PASK, LILLIAN, 6810 RAYS DR., ONSTED, MI 49265 | |
| 10925 | PASKO, DENNIS, 126 OAKHAVEN DRIVE, WEXFORD, PA 15090 | |
| 10925 | PASKO, WILLIAM, 23 FOREST VIEW DR, HOLLIS, NH 03049 | |
| 10925 | PASKOW, STEVEN, 21292 BEACH BLVD APT 102, HUNTINGTON BEACH, CA 92648 | |
| 10925 | PASKOW, STEVEN, 2500 S GARNSEY ST, SANTA ANA, CA 92707 | |
| 10925 | PASLEY, NANCY, 36 BARROWS ST, NEW YORK, NY 10014 | |
| 10925 | PASLEY, NANCY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | PAS-OSWEGO SITE GROUP FUND, PO BOX 307022, NASHVILLE, TN 37230-7022 | |
| 10925 | PASQUALE LENTINI, 651 K ST N E, WASHINGTON, DC 20002-3529 | |
| 10925 | PASQUALE, JAMES, 13700 S 83RD AVE, ORLAND PARK, IL 60462 | |
| 10925 | PASQUALETTI, DONALD, 1027 FUHRMAN RD, READING, OH 45215-3935 | |
| 10925 | PASQUARELLI, DIANE, 9914 OAKDALE WOODS, VIENNA, VA 22181 | |
| 10925 | PASQUARIELLO GRAPHICS INC, 41 ATLANTIC AVE, WOBURN, MA 01801-1001 | |
| 10925 | PASQUARIELLO, KEITH, 920 PALISADES AVE., UNION CITY, NJ 07087 | |
| 10925 | PASQUAROSE, PAUL, 6 J F KENNEDY DR, NORTON, MA 02766 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PASQUENZA, JOSEPH, 621 UNION AVE, BROOKLYN, NY 11211-1224

10925   PASQUIER, TOM M, 4410 126TH AVE CT E, SUMNER, WA 98390-9202

10924   PASQUOTANK NARROWS HIGH SCHOOL, 1064 NORTHSIDE STREET, ELIZABETH CITY, NC 27909

10924   PASS & SEYMOUR/LEGRAND, 4515 ENTERPRISE DRIVE NW, CONCORD, NC 28027

10925   PASSARO, MICHAEL, 474 DEER WATCH CR, LONGS, SC 29568

10924   PASSAVANT HOSPITAL, 9100 BABCOCK BLVD, PITTSBURGH, PA 15237

10925   PASSERA, MARY, 158 MERRIMAC AVE, SPRINGFIELD, MA 01104

10925   PASSERINI, NANCY, 1983 LAGO VISTA BLVD, PALM HARBOR, FL 34685

10924   PASSIAC GENERAL HOSPITAL, 435 LAFAYETT AVE, PASSAIC, NJ 07055

10925   PASSMAN, BRIAN, 47278 T.C. BRUMFIELD RD., FRANKLINTON, LA 70438

10925   PASSMORE, DAWN, 2601 COMMERCE BLVD, IRONDALE, AL 35210

10925   PASSMORE, DAWN, 870 WILLOW BEND LANE, BESSEMER, AL 35023

10925   PASSMORE, JAMES, 22 GLENCOVE COURT, SIMPSONVILLE, SC 29681

10925   PASSMORE, M, 1423 WILLOW WISP, MISSOURI CITY, TX 77489

10924   PASSONNO PAINTS, 500 BROADWAY, WATERVLIET, NY 12189

10925   PASSPORT SERVICES, ., CAMBRIDGE, MA 02140

10925   PASTALOW, JOSEPH, 5519 WASENA AVE, BALTIMORE, MD 21225

10925   PASTENE R. GREEN, 475 PINE RIDGE RD., PELL CITY, AL 35125

10925   PASTERNAK, E, 45 ORCHARD ST, ADAMS, MA 01220

10925   PASTERSKI, JOHN, 4760 GIBSON LANE, GREEN BAY, WI 54311

10925   PASTERSKI, JUDD, 216 S LOCUST ST, GREEN BAY, WI 54303

10924   PASTEUR MERIEUX CONNAUGHT, DISCOVERY DRIVE, SWIFTWATER, PA 18370-0187

10925   PASTOR, GREGORY, 219 HARRIS DRIVE, ELIZABETH, PA 15037

10925   PASTOR, PAMELA, 6100 STONIA RD, METAIRIE, LA 70003

10925   PASTORE, DIANE, 465 BROADWAY, 6B, HASTINGS-ON-THE-HUDSON, NY 10706

10925   PASTORES, 3820 MOUNTAIN ROAD, PASADENA, MD 21122

10925   PASZTELAN, EDWARD, 7351 S RICHMOND, CHICAGO, IL 60629

10925   PAT & SON TOWING & RECOVERY, 1524 WEST STATE ROUTE 163, GENOA, OH 43430

10925   PAT D ROBERTSON SR &, BETTY ROBERTSON TEN COM, 5544 BRODLEY, HOUSTON, TX 77056-0000

10925   PAT DI FABIO &, ANITA DI FABIO JT TEN, 414 HEMLOCK AVE, GARWOOD, NJ 07027-1433

10925   PAT LEGAN - LEGAN PROPERTIES, 4402 VANCE JACKSON SUITE 200, SAN ANTONIO, TX 78230

10925   PAT LEGAN AND FROST NATIONAL BANK, POBOX 2950, SAN ANTONIO, TX 78299-2950

10925   PAT LEGAN, 4402 VANCE JACKSON, SAN ANTONIO, TX 78230

10924   PAT MARTIN, 1701 E. 105TH PLACE, DENVER, CO 80233

10924   PAT THOMAS SAND & GRAVEL, RT 1 BOX 202, PINE GROVE, LA 70453

10925   PATADIA, NINA, 12 TOWER ROAD, LIVINGSTON, NJ 07039

10925   PATAK, ELINER, 4033 S. MANHATTAN AVE., TAMPA, FL 33611-1273

10925   PATAPSCO SPECIALTY SUPPLY, INC, 2940 WASHINGTON BLVD., BALTIMORE, MD 21230

10925   PATCH, ALLEN, 8120 1/2 EDGEWATER ROAD, BALTIMORE, MD 21226

10925   PATCHAK, CAROL, 302 PEARL ST, BOSCOBEL, WI 53805

10925   PATCHETT, ARTHUR A, 1090 MINISINK WAY, WESTFIELD, NJ 07090-3727

10924   PATCO POOLS, ROUTE 23 SOUTH, PAINTSVILLE, KY 41240

10925   PATE COMPANY, THE, 1945 HOOVER COURT, BIRMINGHAM, AL 35226

10925   PATE, ALAN, 1331 ORALIS AVE, ORLANDO, FL 32807

10925   PATE, BARBARA, 8635 HOLIDAY DR, ODESSA, TX 79705

10925   PATE, BOBBIE, 2433 OAKLAND MANOR, LAWRENCEVILLE, GA 30244

10925   PATE, EMILY S, 7804 HARRISON AVE, CINCINNATI, OH 45231-3112

10925   PATE, EMILY, 7804 HARRISON AVE, CINCINNATI, OH 45231-3112

10925   PATE, JEFFREY, 401 CHAPERAL, WILBURTON, OK 74578

10925   PATE, JOHN, 7804 HARRISON AVE, CINCINNATI, OH 45231-0000

10925   PATE, LAMARCO, 4439 SHADY LANE, INDIANAPOLIS, IN 46226

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PATE, LARRY, 8210 GLEN FOX, SAN ANTONIO, TX 78239 | |
| 10925 | PATE, LEWIS, 7900 GREY FOX ROAD, OAK RIDGE, NC 27310 | |
| 10925 | PATE, R, 3113 DEEGAN DRIVE, SANTA ANA, CA 92704 | |
| 10925 | PATE, RUBY, 4011 83RD AVE SE, MERCER ISLAND, WA 98040-4011 | |
| 10925 | PATE, SHEILA, 102 INLET DRIVE, WILMINGTON, NC 28405 | |
| 10925 | PATEL FATA, DAKSHA, 23-41 204TH, BAYSIDE, NY 11360 | |
| 10925 | PATEL, AJAY, 2721 S. HWY 281, EDINBURG, TX 78539 | |
| 10925 | PATEL, ARCHANA, 14004 VISTA DR, 5-B, LAUREL, MD 20707 | |
| 10925 | PATEL, ARCHANA, 14004 VISTA DR, LAUREL, MD 20707 | |
| 10925 | PATEL, ASHOK, 4114 S WELLINGTON DR, LAKELAND, FL 33813 | |
| 10925 | PATEL, BIPIN, 29 THURLBY RD, WEMBLEY MIDDX LONDON, UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PATEL, CHHAYA, 888 ST. JOHN CIRCLE, CONCORD, CA 94518 | |
| 10925 | PATEL, DEVKUMAR, 113 KATHERINE AVE, CLIFTON, NJ 07012 | |
| 10925 | PATEL, DHANANJAY, 321 TULIP LANE, LOWELL, MA 01851 | |
| 10925 | PATEL, DILINDRAKUMA, 70 IRVING ST, MIDLAND PARK, NJ 07432 | |
| 10925 | PATEL, DILIP, 33 EDDY ST, WALTHAM, MA 02154 | |
| 10925 | PATEL, JITENDRA, 8608 NEWKIRK AVE, NORTH BERGEN, NJ 07047 | |
| 10925 | PATEL, K TOSH, 3503 PALLADIAN CIRCLE, DEERFIELD BEACH, FL 33442 | |
| 10925 | PATEL, KIRTIDABEN, 2120 CHAMBERS COVE D, MACON, GA 31206 | |
| 10925 | PATEL, MAHARSHI, 108 ROANOKE ST., WOODBRIDGE, NJ 07095 | |
| 10925 | PATEL, MITA, 575 EASTON AVE, 20H, SOMERSET, NJ 08873 | |
| 10925 | PATEL, NARENDRA, 11 VIOLA TERRACE, WASHINGTON TWP, NJ 07675 | |
| 10925 | PATEL, PARESH, 420-A TERRACE AVE, HASBROUCK HEIGHTS, NJ 07604 | |
| 10925 | PATEL, PARIMAL S, CUST FOR HENRIK P PATEL, UNIF GIFT MIN ACT MASS, 10 GOULD RD, BEDFORD, MA 01730-1214 | |
| 10925 | PATEL, PRAVINCHANDR, 100 DUNCAN ST, STATEN ISLAND, NY 10304 | |
| 10925 | PATEL, PRITESH, 821 FARMS DR, BURLINGTON, MA 01803 | |
| 10925 | PATEL, PRITI, 7960 ASHFORD BLVD, 204, LAUREL, MD 20707 | |
| 10925 | PATEL, RAMESH, 65 ZALESKI DRIVE, SAYREVILLE, NJ 08872 | |
| 10925 | PATEL, RAVINDU, 2404 W. DUNFRIES CT., ORANGE PARK, FL 32065 | |
| 10925 | PATEL, STEVE, # 6 ROME RD, CAVE SPRING, GA 30124 | |
| 10925 | PATEL, SWETAL, 351 PAWTUCKET BLVD APT 19, LOWELL, MA 01854 | |
| 10925 | PATELLIS, CHARLES, 18118 MADISON ROAD, MIDDLEFIELD, OH 44062 | |
| 10925 | PATELLIS, CHARLES, PO BOX 707, PARKMAN, OH 44080 | |
| 10925 | PATENAUDE, CARLYNE, 217 CANONERO LN., FORT MILL, SC 29715 | |
| 10925 | PATENAUDE, MICHAEL, 25 FOX ST, LOWELL, MA 01850 | |
| 10925 | PATENOTTE, SANDRA, PO BOX 299, LONG BEACH, MS 39560 | |
| 10925 | PATENT AND TRADEMARK OFFICE SOCIETY, PO BOX 2600, ARLINGTON, VA 22202 | |
| 10925 | PATENT COOPERATION TREATY, 34 CHEMIN DES COLOMBETTES, GENEVA, 1211 20SWITZERLAND | *VIA Deutsche Post* |
| 10925 | PATENT REPRODUCTION CO., 26 N. ST SE, WASHINGTON, DC 20003 | |
| 10925 | PATENT RESOURCES GROUP INC, 102 WHITEWOOD ROAD SUITE 1, CHARLOTTESVILLE, GA 22901 | |
| 10925 | PATENT RESOURCES GROUP INC, 528 EAST MAIN ST, CHARLOTTESVILLE, VA 22902 | |
| 10925 | PATENT RESOURCES GROUP INC, PO BOX 7166, CHARLOTTESVILLE, VA 22906-7166 | |
| 10925 | PATENT TRANSLATIONS, INC, 111 LIVINGSTON ST., STE.1110, BROOKLYN, NY 11201 | |
| 10925 | PATENTANWALT, POSTFACH 2144, HANAU, 63411GERMANY | *VIA Deutsche Post* |
| 10925 | PATERNITI, C, 3040 NE 42ND PL., OCALA, FL 32670 | |
| 10925 | PATERRA, THOMAS, 440 JENNIE AVE, PITTSBURGH, PA 15211 | |
| 10925 | PATERSON, ANDREW, 470-1P RAINTREE CT., GLENN ELLYN, IL 60137 | |
| 10925 | PATES, JOHN L, 9 PINE ST, MANCHESTER, MA 01944-1047 | |
| 10925 | PATH LAB INC, PO BOX 4070, PORTSMOUTH, NH 03802-4070 | |
| 10925 | PATH MASTERS INTERNATIONAL, PO BOX 27-474, KANSAS CITY, MO 64180-0474 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 PATHMARK, (UPPER MANHATTAN), 125TH STREET & 3RD AVENUE, MANHATTAN, NY 10021

10924 PATHMARK, 32 PLUM STREET, TRENTON, NJ 08638

10924 PATHMARK, NORTH BERGEN, NJ 07047

10925 PATHOLOGY INSTITUTE, ALTA BATES MEDICAL CENTER, 2450 ASHBY AVE, BERKELEY, CA 94705

10925 PATHOLOGY LABORATORY OF, THIBODAUX RETIREMENT TRUST, 101 AUDUBON S2, THIBODAUX, LA 70301-3646

10925 PATHROSE, CHENCHITTAYIL, 53 GILMORE DRIVE, STONY POINT, NY 10980

10925 PATHWAY BELLOWS INC, POST OFFICE BOX 3027, OAK RIDGE, TN 37831-3027

10925 PATHWAY BELLOWS, INC, PO BOX 3027, OAK RIDGE, TN 37830-3027

10924 PATILLO CONSTRUCTION, C/O MEDICAL OFFICE BLDG., LAWRENCEVILLE, GA 30243

10924 PATILLO CONSTRUCTION, DANAKLON AMERICAN INDUSTRIES, ATHENS, GA 30601

10924 PATILLO CONSTRUCTION, LOT # 11, JEFFERSON, GA 30549

10924 PATILLO CONSTRUCTION, LOT 11, JEFFERSON, GA 30549

10925 PATIN, MICHAEL, 629 HOEN AVE, SANTA ROSA, CA 95405

10925 PATIN, RAYMOND, 2101 RUE RACINE, MARRERO, LA 70072

10925 PATIN, TROY, 2930 SILVER CEDAR TR, KATY, TX 77449

10925 PATIN, TROY, PO BOX 1564, SULPHUR, LA 70664

10925 PATINO, MADELINE, 16 ROYAL PALM WAY #301, BOCA RATON, FL 33432

10925 PATINO, MARIA M, 6620 S 33RD ST, MCALLEN, TX 78503

10925 PATINO, ROSA, 5855 SW 116TH AVE, MIAMI, FL 33173

10925 PATKUS, NANCY, 4419 STANFORD ST, CHEVY CHASE, MD 20815

10925 PATNODE, KEVIN, 319 13TH AVE, GREEN BAY, WI 54303

10925 PATON, A C, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925 PATON, ALEXANDER C, 9 SIBLEY DR, BEDFORD, MA 01730

10925 PATON, ALEXANDER, 9 SIBLEY DR, BEDFORD, MA 01730

10925 PATON, ALLISON, 48 SUMMER ST, 3, FRANKLIN, MA 02038

10925 PATON, RICHARD, 2 WILTON RD., EASTHAMPTON, MA 01027

10925 PATOV, OLGA, 2826 DAMASCUS COURT, A, BALTIMORE, MD 21209

10925 PATRIACO, CAROLANNE, 1426 YORK ST, MAHWAH, NJ 07430

10925 PATRIACO, J, 4 GREENWOOD RD, OLD TAPPAN, NJ 07675

10925 PATRICE G FAULKENBERRY &, WARREN DALE FAULKENBERRY JT TEN, 241 DONEGAL DRIVE, MOORE, SC 29369-9484

10925 PATRICIA A FRANCHINO, 5282 FAR OAK CIR, SARASOTA, FL 34238-3304

10925 PATRICIA A GAYLORD, PO BOX 190, GRAND MARAIS, MN 55604-0190

10925 PATRICIA A GLICK TR UA, OCT 14 96 PATRICIA A GLICK, LIVING TRUST, 611 DARK STAR AVE, GAHANNA, OH 43230-3819

10925 PATRICIA A HELMERS EVANS, 29 DEBERG DR, OLD TAPPAN, NJ 07675-7249

10925 PATRICIA A HOVORKA, 9836 WILLIAM, TAYLOR, MI 48180-3754

10925 PATRICIA A JONES, C/O PATRICIA JONES O ROURKE, 16 WILLIAMSBURG DR, ROSELAND, NJ 07068-1215

10925 PATRICIA A LIGHTFOOT, 2311 LASIERRA WAY, CLAREMONT, CA 91711-1582

10925 PATRICIA A LOURES, 31 BEACH 220 ST, BREEZY POINT, NY 11697-1529

10925 PATRICIA A LYSAGHT &, EUGENE F LYSAGHT JT TEN, 4820 BROOKTON WAY, ST LOUIS, MO 63128-3906

10925 PATRICIA A MORRIS, PO BOX 696, BELMONT, CA 94002-0696

10925 PATRICIA ANN BURKE, 3 CHURCH ST, BEDFORD HILLS, NY 10507-1805

10925 PATRICIA ANN CURLEY, 27 PINE HILL DR, KATONAH, NY 10536-3719

10925 PATRICIA ANN GARRETT, 4041 4TH ST CT NW, HICKORY, NC 28601-9032

10925 PATRICIA ANN PUCHALSKI & LINDA, MARIE PUCHALSKI & CAROL PUCHALSKI, & SUSAN PUCHALSKI & ROBERT, PUCHALSKI JT TEN, 21 BRUCE LANE, VALHALLA, NY 10595-1301

10925 PATRICIA ANN SULLIVAN, 3914 QUENTIN ROAD, BROOKLYN, NY 11234-4337

10925 PATRICIA ANNE SCULLY, 11 CENTER TERRACE, STAMFORD, CT 06906-1724

10925 PATRICIA B HILDEN, 216 MORE AVE, LOS GATOS, CA 95030-1110

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    PATRICIA B. KITSON, 450 EAST 20TH ST. #2D, NEW YORK, NY 10009

10925    PATRICIA BUSH, 242 SULLIVAN ST. APT.1, WATERLOO, IA 50701

10925    PATRICIA BYRNE, 556 GIDNEY AVE, NEWBURGH, NY 12550-2810

10925    PATRICIA C KELSO &, DAVID MARK KELSO JT TEN, 5924 MASTERS CT, CHARLOTTE, NC 28226-8045

10925    PATRICIA C MCQUEEN, 386 SCARSDALE RD, YONKERS, NY 10707-2117

10925    PATRICIA CHAVES NAFZIGER, 327 SO SIERRA AVE, OAKDALE, CA 95361-4031

10925    PATRICIA CIRESE, 5421 W 96TH TERR, OVERLAND PK, KS 66207-3218

10925    PATRICIA D BRENNER, & STEVEN R BRENNER JT TEN, 5904 PLAINVIEW ROAD, BETHESDA, MD 20817-6153

10925    PATRICIA D DALOIA, 25 3RD ST, EDISON, NJ 08837-2637

10925    PATRICIA D SANDERS, 116 BUCKINGHAM ROAD, UPPER MONTCLAIR, NJ 07043-2307

10925    PATRICIA DERDERIAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    PATRICIA E HUNSINGER, 18438 BEDFORD, BIRMINGHAM, MI 48025-3030

10925    PATRICIA E MAGUIRE, C/O EX-PAT SERVICES, PO BOX 1615, WARREN, NJ 07061-1615

10925    PATRICIA E MC GEE, 35-63 163RD ST, FLUSHING, NY 11358-1724

10925    PATRICIA E METZINGER, 1223 S WESTERN, PARK RIDGE, IL 60068-5057

10925    PATRICIA E WEISS, 7 EWELL ST, BABYLON, NY 11704-6714

10925    PATRICIA ERICSON &, LAURIN HOLMES, JT TEN, 56 ROBINWOOD RD, BELMONT, MA 02478-1114

10925    PATRICIA FORD, 32-31 102ND ST., CORONA, NY 11369

10925    PATRICIA FRANK-COOPER, 5532 OAK GROVE ROAD, KANSAS CITY, KS 66106

10925    PATRICIA G MARQUARDT, 3502 WARWICK DR, ROCHESTER HILLS, MI 48309-4710

10925    PATRICIA H WENGRYN, 173 WHITE BRIDGE ROAD, PITTSTOWN, NJ 08867-4129

10925    PATRICIA HERBERICH, 6352 79TH ST, MIDDLE VILLAGE, NY 11379-1310

10925    PATRICIA HURNEY WATKINS &, MICHAEL PAUL WATKINS JT TEN, 7825 BROWN BRIDGE RD, HIGHLAND, MD 20777-0000

10925    PATRICIA I WALSH, 823 ASHLAND AVE, RIVER FOREST, IL 60305-1431

10925    PATRICIA J FRAYNE, 6639 LLOYD DR 3-W, WORTH, IL 60482-1537

10925    PATRICIA J SNIDER, 1834 7TH AVE, GREELEY, CO 80631-5806

10925    PATRICIA J. FRAYNE, 6050 W 51 ST, CHICAGO, IL 60638

10925    PATRICIA J. SPRINGER, PO BOX 99, CLEVELAND, SC 29635

10925    PATRICIA JURAS, 1021 GLENN FERRY ROAD, EAST BEND, NC 27018-8688

10925    PATRICIA K BUTLER, PO BOX 68, SALEM, OH 44460-0068

10925    PATRICIA K WHITE, 20 MARIANNE RD, DARIEN, CT 06820-2330

10925    PATRICIA KAY GERICKE, 1621 N E 26TH AVE, FT LAUDERDALE, FL 33305-3519

10925    PATRICIA KIMBLE, 7 FREDERICKS ST, WANAQUE, NJ 07465-2323

10925    PATRICIA L BRIDGES, 315 W BRIDGE ST, GRANBURY, TX 76048-2120

10925    PATRICIA L CRABTREE & PHYLIP, R CRABTREE JT TEN, 450 E 55TH, KANSAS CITY, MO 64110-2454

10925    PATRICIA L GOAD, PO BOX 6776, NORTH AUGUSTA, SC 29861-6776

10925    PATRICIA L KOENIG, 2340 PROSPECT AVE, EVANSTON, IL 60201-1838

10925    PATRICIA L STAYN CUST JOSHUA L, STAYN UNIF GIFT MIN ACT MA, 34 INGLESIDE RD, LEXINGTON, MA 02173-2522

10925    PATRICIA LIPMAN, 2340 PROSPECT AVE, EVANSTON, IL 60201-1838

10925    PATRICIA LYNN &, KENNETH SHAW DUFFY JR JT TEN, 12046 VALE DR, OAKTON, VA 22124-2322

10925    PATRICIA LYNN HAROLD, 438 HOMESTEAD AVE, METAIRIE, LA 70005-3208

10925    PATRICIA M KISHPAUGH, 2808 LANDERSHIRE LN, PLANO, TX 75023-7924

10925    PATRICIA MANCE, 503 WILBUR AVE, KINGSTON, NY 12401-6223

10925    PATRICIA MCCALL, 329 MAPLE ST, PANTEGO, NC 27860-9596

10925    PATRICIA MORAN, 112 EMERSON LANE, BERKELEY HEIGHTS, NJ 07922-2453

10925    PATRICIA MORELAND, 5210 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925    PATRICIA OZMIN, 7729 CHESTNUT DR., OAKLAND PARK, IL 60462

10925    PATRICIA PADGETT LANIER, 11901 SW 68 COURT, PINECREST, FL 33156-4761

10925    PATRICIA R WHITESIDE, 1455 SHERMER RD 210, NORTHBROOK, IL 60062-5339

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PATRICIA REDDING, 26300 FARGO AVE., CLEVELAND, OH 44136-1370 | |
| 10925 | PATRICIA S BRODERICK, 5930 ROSSMORE DR, BETHESDA, MD 20814-2232 | |
| 10925 | PATRICIA STANLEY, 3445 SADDLEBROOK LANE, FORT LAUDERDALE, FL 33331-3034 | |
| 10925 | PATRICIA STASIK &, KIMBERLY L STASIK JT TEN, 1829 STANTON AVE, WHITING, IN 46394-1516 | |
| 10925 | PATRICIA VER STRAETEN, 2201 DIAMOND TRAIL ROAD, DEEP RIVER, IA 52222-8543 | |
| 10925 | PATRICIA VIKEN LAFFORD &, JEANNE VIKEN SCHLETTE &, ELLEN VIKEN PAULSEN JT TEN, 214 CHAPELLE ST, PEMBROKE, NH 03275-3211 | |
| 10925 | PATRICIA W LAYFIELD, PO BOX 7606, COLUMBUS, GA 31908-7606 | |
| 10925 | PATRICIA W MOTHERAL, 6031 BRYANT ST, PITTSBURGH, PA 15206-1739 | |
| 10925 | PATRICIA WATKINS, 7825 BROWN BRIDGE RD, HIGHLAND, MD 20777-0000 | |
| 10925 | PATRICIA, KATHLEEN, RANDOLPH, 9898 HOLLOW WAY, DALLAS, TX 75220-2123 | |
| 10925 | PATRICIAN, MARK, 52 B GEORGE ST, PLAINVILLE, MA 02762 | |
| 10925 | PATRICIO CLARO S A, SANTA LUCIA 330 70 PISO, SANTIAGO CHILE, CHILE | *VIA Deutsche Post* |
| 10925 | PATRICIO CLARO SA, SANTA LUCIA 330 7TH PISO, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10924 | PATRICK & HENDERSON, 2005 AIRPORT DRIVE, BAKERSFIELD, CA 93308 | |
| 10925 | PATRICK A MARTIN, 5943 BROADWAY UNIT #2, DENVER, CO 80216 | |
| 10925 | PATRICK ALLEN LEONARD &, PATRICIA LLOYD LEONARD JT TEN, 4607 FOXWOOD ROAD, CHESTER, VA 23831-8013 | |
| 10925 | PATRICK B FUNK, 7N065 RIDGE LINE RD, ST CHARLES, IL 60175 | |
| 10925 | PATRICK CHAVES, 864 MOSSY RIDGE LN, LINCOLN, CA 95648-8453 | |
| 10925 | PATRICK E TOLAN &, MARJORIE M TOLAN, JT TEN, E7688 NEITZKE RD, CLINTONVILLE, WI 54929-9719 | |
| 10925 | PATRICK E VALENTINE, 760 CAMINO LAKE CIRCLE, BOCA RATON, FL 33486-6958 | |
| 10925 | PATRICK EDWARDS & ANNE EDWARDS, JT TEN, 1370 BETSY DRIVE, CHARLOTTE, NC 28211-5502 | |
| 10925 | PATRICK ENGINEERING INC, 22W600 BUTTERFIELD ROAD, GLEN ELLYN, IL 60137-6957 | |
| 10925 | PATRICK ENGINEERING, | |
| 10925 | PATRICK ENGINEERING, 22 W 600 BUTTERFIELD RD., GLEN ELLYN, IL 60137-6957 | |
| 10925 | PATRICK ENGINEERING, 4985 VARSITY DR, LISLE, IL 60532 | |
| 10925 | PATRICK ENGINEERING, DEPT. 77-52206, CHICAGO, IL 60678-2206 | |
| 10924 | PATRICK FARMS, 165 COLLEGE AVENUE, OMEGA, GA 31775 | |
| 10925 | PATRICK GRACE, 110 PARK AVE APT15C, NEW YORK, NY 10017-5510 | |
| 10925 | PATRICK H BURKE &, KAREN H BURKE JT TEN, 44 RUNNING SPRINGS RD, GORHAM, ME 04038-1658 | |
| 10925 | PATRICK J CONNOLLY &, 102 BROKSBY VILLAGE DR, UNIT 121, PEABODY, MA 01960 | |
| 10925 | PATRICK J CUNNIFF &, MARY E CUNNIFF JT TEN, 5305 44TH ST, LUBBOCK, TX 79414-1321 | |
| 10925 | PATRICK J DEENEY, BOX 844, HILLSIDE, NJ 07205-0844 | |
| 10925 | PATRICK J HALEY, 12110 W 185TH ST, LAKEVILLE, MN 55044 | |
| 10925 | PATRICK J MCLAUGHLIN, 399 SW 14TH PLACE, BOCA RATON, FL 33432 | |
| 10925 | PATRICK J ROCHE &, CORNELIA ROCHE JT TEN, 68 EGERTON RD, ARLINGTON, MA 02174-8521 | |
| 10925 | PATRICK J STEVENS, 230 HILLTOP RD, SWISHER, IA 52338-9543 | |
| 10925 | PATRICK JAMES WOLF, 103 NORTHWOOD CT, NORTHFIELD, NJ 08225-1150 | |
| 10925 | PATRICK JOSEPH DRONEY &, ALICE FRANCES DRONEY JT TEN, C/O PATRICK JOSEPH DRONEY, 422 HIGH ST, MEDFORD, MA 02155-3669 | |
| 10925 | PATRICK JOSEPH HARVEY, 23 RONALD AVE, HICKSVILLE, NY 11801-2131 | |
| 10925 | PATRICK L GAIDOR &, JANE A GAIDOR JT TEN, 1311 ORIOLE DR, MUNSTER, IN 46321-3345 | |
| 10925 | PATRICK L GARRISON &, JOSETTE E GARRISON JT TEN, 117 GRANDVIEW COURT, ITHACA, NY 14850-5741 | |
| 10925 | PATRICK LINSKEY, 3062 Q ST NW, WASHINGTON, DC 20007 | |
| 10925 | PATRICK M MARIANI, 4337 W SOFT WIND DR, GLENDALE, AZ 85310 | |
| 10925 | PATRICK M. HENSON, 44 LONG FOREST DR., GREENVILLE, SC 29609 | |
| 10925 | PATRICK MAGUIRE &, MARGARET MAGUIRE JT TEN, 6516 ORLAND ST, FALLS CHURCH, VA 22043-1815 | |
| 10925 | PATRICK MCGEHEE, 2526 TROJAN DR, GREEN BAY, WI 54304 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PATRICK PEYTON GRACE, C/O MARY J GRACE, 150 W 56TH ST APT 3708, NEW YORK, NY 10019-3836

10925    PATRICK T DUNLEA, 61 EAST RIVER ST, WATERLOO, NY 13165-1736

10925    PATRICK TAYLOR, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    PATRICK W COMMISKEY, 2647 ANTIETAM DR, ANN ARBOR, MI 48105-1456

10925    PATRICK, BARBARA, RR1 BOX 167 A, LAKE VILLAGE, IN 46349

10925    PATRICK, BERNARD, 2912 PARC LORRAINE C, LITHONIA, GA 30038

10925    PATRICK, BRENDA, PO BOX 292, COMMERCE, GA 30529

10925    PATRICK, CHERYL, 14210 DICHENS #9, SHERMAN OAKS, CA 91423

10925    PATRICK, CURTIS, 1516 7TH ST, WOODWARD, OK 73801

10925    PATRICK, DAYLE, 1453-9 EAST 96TH ST, NEW YORK, NY 10028

10925    PATRICK, DERREK, 5393 LEE RUDY RD., OWENSBORO, KY 42301

10925    PATRICK, FREDERICK, 106 HENDERSON ST., HOUMA, LA 70364

10925    PATRICK, GARDNER, 9510 PALMETTO DR., ISLE OF PALMS, SC 29451

10925    PATRICK, GREGG, 301 GLYNDON MEWS CT, REISTERSTOWN, MD 21136

10925    PATRICK, GREGG, 7500 GRACE DRIVE, COLUMBIA, MD 21004

10925    PATRICK, JAMES, 396 S.W. PKWY, LEWISVILLE, TX 75067

10925    PATRICK, KENNETH, 729 CHEROKEE TRAIL, ROSSVILLE, GA 30741

10925    PATRICK, LARRY, 5393 LEE RUDY ROAD, OWENSBORO, KY 42301

10925    PATRICK, LOUIS, 161 GREEN HILL ROAD, BARTO, PA 19504

10925    PATRICK, M, PO BOX 1426, LAKE ALFRED, FL 33850

10925    PATRICK, MARTHA, RT 2, BOX 2235, DANIELSVILLE, GA 30633

10925    PATRICK, MICHAEL A, 630 CLEVELAND AVE, LOUISVILLE, CO 80027

10925    PATRICK, NANCY, 1360 SW 1ST ST, BOCA RATON, FL 33486

10925    PATRICK, NANCY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    PATRICK, RAY, 133 HOLLY DRIVE, PELZER, SC 29669

10925    PATRICK, RHONDA, 5647 HWY 20 SOUTH, COVINGTON, GA 30016

10925    PATRICK, SHEREE, 1856 N. MOTT, MOBILE, AL 36617

10925    PATRICK, WANDA, ROUTE 2 BOX 344, GRIMESLAND, NC 27837

10925    PATRICK, WILLIAM, 1000 CARTERET ROAD, BRIDGEWATER, NJ 08807

10924    PATRIOT NEWS, PICK UP AT J. LESTICIANS WHSE, 32 PLUM STREET, TRENTON, NJ 08638

10924    PATRIOT PAINT CO., 201 S. MIDDLE STREET, PORTLAND, IN 47371

10925    PATRIOT PLASTIC & SUPPLY, PO BOX 608, WOBURN, MA 01801

10925    PATRIOT PLASTICS INC, PO BOX 608, WOBURN, MA 01801

10925    PATRIOT SUPPLY CORPORATION, 172 COPELAND DR, MANSFIELD, MA 02048

10925    PATRIOT WAREHOUSE, 7 CHARLTON ST, EVERETT, MA 02149

10924    PATRIOT/FOXBORO STADIUM, ROUTE 1, FOXBORO, MA 02035

10925    PATRON, EMPERATRESS, 513 GERRITT ST, PHILADELPHIA, PA 19147

10925    PATRONS MERCENTILE COOPERATIVE, ANDREW FIENE, 1009 MILLS ST, BLACK EARTH, WI 53515

10925    PATROSE, BABU, 1958 AMESBURY CT., WALNUT CREEK, CA 94596

10925    PATRUSKY, HANNAH, 2296-0 VIA PUERTA, LAGUNA HILLS, CA 92653-2240

10925    PATS OF HENDERSON, 1500 SIEBARTH DR., LAKE CHARLES, LA 70601

10924    PATS SANITARY SERVICES, (SLADES CORNERS), HWY. 50, NEW MUNSTER, WI 53152

10925    PATSY A WITZMAN &, JULIE L WITZMAN JT TEN, 706 E MAIN, KNOXVILLE, IA 50138-1811

10925    PATTA, MEREDITH, 29 DRUMMER BOY WAY, LEXINGTON, MA 02173

10925    PATTACINI, SILVIO, 1601 VILLAGE SQUARE, DANBURY, CT 06810

10925    PATTEN INDUSTRIES INC, 635 W LAKE ST, ELMHURST, IL 60126

10925    PATTEN INDUSTRIES INC, 6400 INDIANAPOLIS BLVD, HAMMOND, IN 45320

10925    PATTEN JR, JAMES W, 1921-Q NEW GARDEN RD APT 202, GREENSBORO, NC 27410

10925    PATTEN POWER SYSTEMS, 6400 INDIANAPOLIS BLVD, HAMMOND, IN 46320

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PATTEN WORNOM HATTEN DIAMONSTEIN L, PATRICK HENRY CORPORATE CENTER, 12350 JEFFERSON AVE , SUITE 360, NEWPORT NEWS, VA 23602 | |
| 10925 | PATTEN, AMY, 3 BURNS HILL RD, HUDSON, NH 03051 | |
| 10925 | PATTEN, BARBARA, 5722 TIMBER STAR, SAN ANTONIO, TX 78205 | |
| 10925 | PATTEN, GEORGE, 4845 JOHNSON AVE. NW #226, CEDAR RAPIDS, IA 52405 | |
| 10925 | PATTEN, H LESLIE, 3218 S JEFFERSON, SPOKANE, WA 99203-1344 | |
| 10925 | PATTEN, JR, JAMES, 4997 COLUMBIA ROAD APT # 303, COLUMBIA, MD 21044 | |
| 10925 | PATTEN, WILLIAM, 131 RAMONA AVE, PIEDMONT, CA 94611 | |
| 10925 | PATTEN, WILLIAM, ELMWAY DRIVE, LAKE MAHOPAC, NY 10541 | |
| 10924 | PATTEN-BEERS CONS. C/O MCI, 599 SW 16TH TERRACE, POMPANO BEACH, FL 33069 | |
| 10925 | PATTERN, GISELE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | PATTERN, GISELE, PO BOX 4787, DEERFIELD BEACH, FL 33442 | |
| 10924 | PATTERSON BLOCK, INC., R.R.2 BOX 432, CATAWISSA, PA 17820 | |
| 10924 | PATTERSON BLOCK, R.R. 2 BOX 432, CATAWISSA, PA 17820 | |
| 10924 | PATTERSON BLOCK, ROUTE 901, MOUNT CARMEL, PA 17851 | |
| 10925 | PATTERSON JR, JOE, 826 8TH ST APT. #104, LAUREL, MD 20707 | |
| 10925 | PATTERSON LORENTZEN DUFFIELD, 505 5TH AVE, DES MOINES, IA 50309-2313 | |
| 10925 | PATTERSON PUMP CO INC, POBOX 101049, ATLANTA, GA 30392 | |
| 10925 | PATTERSON TRUCK REPAIR INC, 806 16TH ST, MENDOTA, IL 61342 | |
| 10925 | PATTERSON VERMICULITE CO LAURENS CO, ROUTE 1, ENOREE/LANFORD, SC | |
| 10924 | PATTERSON VERMICULITE CO, RTE 1 BOX 93, ENOREE, SC 29335 | |
| 10924 | PATTERSON VERMICULITE COMPANY, CAMBRIDGE, MA 02140 | |
| 10925 | PATTERSON, ALAN, 419 EAST CRESCENT DRIVE, SENECA, SC 29678 | |
| 10925 | PATTERSON, ALICE C, 5084 BUNCH ROAD, SUMMERFIELD, NC 27358-9015 | |
| 10925 | PATTERSON, BELKNAP, WEBB & TYLER, 1133 AVE OF THE AMERICAS, NEW YORK, NY 10036-6710 | |
| 10925 | PATTERSON, BELKNAP, WEBB, 1133 AVE OF AMERICAS, NEW YORK, NY 10036-6710 | |
| 10925 | PATTERSON, BONNIE, 706 BROOKFIELD, GARLAND, TX 75040 | |
| 10925 | PATTERSON, BRAD, 3303 BARRETT PL, WICHITA FALLS, TX 76308 | |
| 10925 | PATTERSON, BRIAN, 620 NEW ST, RIVERVALE, NJ 07675 | |
| 10925 | PATTERSON, CAROL, 21 FOX CREEK CT, TRAVELERS REST, SC 29690 | |
| 10925 | PATTERSON, CATHERINE, 18801 SUN VALLEY RD, NEWALLA, OK 74857 | |
| 10925 | PATTERSON, CHARLES, 1100 BURLINGTON AVE, DELANCO, NJ 08075-4808 | |
| 10925 | PATTERSON, CHARLES, 301 ME MECHEN ST APT 806, BALTIMORE, MD 21217 | |
| 10925 | PATTERSON, CHRISTOPHER W, 5601 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | PATTERSON, CHRISTOPHER, 7409 SUDBROOK ROAD, PIKESVILLE, MD 21208 | |
| 10925 | PATTERSON, CLAUDIA, RR1 BOX 160, MANTENO, IL 60950 | |
| 10925 | PATTERSON, CONNIE, PO BOX 543, SHEPHERDSTOWN, WV 25442 | |
| 10925 | PATTERSON, DALE, PO BOX 762, CRAIG,, CO 81626 | |
| 10925 | PATTERSON, DANNY, RT. 2, BOX 403, FOXWORTH, MS 39483 | |
| 10925 | PATTERSON, DAVID, 2410 W. 4TH ST, HASTING, NE 68901 | |
| 10925 | PATTERSON, DAWN, 137 WATSON, DALLAS, GA 30132 | |
| 10925 | PATTERSON, DEBORAH, RT 1, BOX 1278, CARNESVILLE, GA 30529 | |
| 10925 | PATTERSON, DONALD, 845 EDWIN LANFORD ROAD, WOODRUFF, SC 29388 | |
| 10925 | PATTERSON, EARL H, 210-2320 TRINITY ST, VANCOUVER, BC V5L 4W7CANADA | *VIA Deutsche Post* |
| 10925 | PATTERSON, EDWARD, 1229 N ALAMEDA DRIVE, LAKELAND, FL 33805-2341 | |
| 10925 | PATTERSON, EUGENE, 211 W VALENCIA ST, LAKELAND, FL 33805-3136 | |
| 10925 | PATTERSON, FRANKIE, 208 MUSKET, VICTORIA, TX 77901 | |
| 10925 | PATTERSON, FRED, 408 MTN SPRINGS RD, PIEDMONT, SC 29673 | |
| 10925 | PATTERSON, GERALD, 21 FOX CREEK CT, TRAVELER REST, SC 29690 | |
| 10925 | PATTERSON, GWEN, 1102 S E 10TH TERR, DEERFIELD BCH., FL 33441 | |
| 10925 | PATTERSON, HARRY, 519 BILL PEARSON ROAD, WOODRUFF, SC 29388 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PATTERSON, HARRY, 636 WHISPERING OAK, OKLAHOMA CITY, OK 73127 | |
| 10925 | PATTERSON, HUBERT, 17600 COUNTRY ROAD 34, RT 3, STERLING, CO 80751 | |
| 10925 | PATTERSON, ILONA, 5626 HOOVER, WAYNE, MI 48184 | |
| 10925 | PATTERSON, JACKIE, 2400 EAST BASELINE AV, #113, APACHE JUNCTION, AZ 85219 | |
| 10925 | PATTERSON, JAMES, 1522 IMPERIAL DR, DURHAM, NC 27712 | |
| 10925 | PATTERSON, JAY, PO BOX 7544, BALTIMORE, MD 21207 | |
| 10925 | PATTERSON, JEANNIE, 8 LAUREL HILL LANE, BURLINGTON, MA 01803 | |
| 10925 | PATTERSON, JENNIFER, 1326 PLUMSTEAD RD, CHARLOTTE, NC 28216 | |
| 10925 | PATTERSON, JERRY, 1005 BEXLEY DR APT D, GREENWOOD, IN 46143-3364 | |
| 10925 | PATTERSON, JR., 722 E. WHITNER ST., ANDERSON, SC 29624 | |
| 10925 | PATTERSON, JUDITE, 3254 CREEKWOOD CT, FALLS CHURCH, VA 22042 | |
| 10925 | PATTERSON, KAREN, 652 PINE MEADOWS #2, SPARKS, NV 89431 | |
| 10925 | PATTERSON, KATHRYN, 3605 RENA DAWN LANE, EDMOND, OK 73013 | |
| 10925 | PATTERSON, KEITH, 4484 KIMBALL, MEMPHIS, TN 38117 | |
| 10925 | PATTERSON, LAURIE, 1711 JAMES BOWIE, BAYTOWN, TX 77520 | |
| 10925 | PATTERSON, LEIGHTON, 24 HIGHLAND ST, WALPOLE, MA 02081 | |
| 10925 | PATTERSON, LEROY, BOX 106, FAIRFAX, IA 52228-0106 | |
| 10925 | PATTERSON, MARK J, 2 CARDINAL COURT, CLIFTON PARK, NY 12065 | |
| 10925 | PATTERSON, MARK J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140-1692 | |
| 10925 | PATTERSON, MARK, 4 EQUESTRIAN DR., NORTH READING, MA 01864 | |
| 10925 | PATTERSON, MARLENE, 1829 SADDLE BROOK CIRCLE, WOOSTER, OH 44691 | |
| 10925 | PATTERSON, MARVIN, 312 MILAM ROAD, CLINTON, SC 29325 | |
| 10925 | PATTERSON, MARY, 2112 LOMA VERDE, BEDFORD, TX 76021 | |
| 10925 | PATTERSON, MARY, 3524 DUROCHER APT 12-B, MONTREAL, QC H2XRE5CANADA | *VIA Deutsche Post* |
| 10925 | PATTERSON, MICHAEL, 5752 FOLKSTONE LANE, ORLANDO, FL 32822 | |
| 10925 | PATTERSON, MICHAEL, 971 W. 24TH ST, SAN BERNARDINO, CA 92405 | |
| 10925 | PATTERSON, MICHELA, 3933 NEWDALE RD, CHEVY CHASE, MD 20815 | |
| 10925 | PATTERSON, NADINA, 595 BETTY ST, GASTONIA, NC 28052 | |
| 10925 | PATTERSON, NATALIE, 912 DELRAY DR., INDIANAPOLIS, IN 46241 | |
| 10925 | PATTERSON, OLIVER, 6318 S RENELLIE COURT, TAMPA, FL 33616-1339 | |
| 10925 | PATTERSON, PHILLIP, 9 BRENDLE DR, SIMPSONVILLE, SC 29681 | |
| 10925 | PATTERSON, PHYLLIS, 11134 FREEMAN AVE. APT., | |
| 10925 | PATTERSON, RICHARD, RT. 2 BOX 247, SEMINARY, MS 39479 | |
| 10925 | PATTERSON, ROBERT, 220 AVE H, INGLESIDE, TX 78362 | |
| 10925 | PATTERSON, RONALD, 2727 LORRING DR #203, FORESTVILLE, MD 20747 | |
| 10925 | PATTERSON, RUSSELL A, 2050 SUNNYBANK DR, LA CANADA FLINTRIDGE, CA 91011-1355 | |
| 10925 | PATTERSON, RUSSELL, 16 BARBERRY ROAD, WEST ISLIP, NY 11795 | |
| 10925 | PATTERSON, RUTH D, 7514 ROSEFIELD DR, NORFOLK, VA 23513 | |
| 10925 | PATTERSON, SHELLEY, 37 COUNTRY HILL RD, ST PETERS, MO 63376 | |
| 10925 | PATTERSON, TABITHA, 271 AMELIA DR, FT MILL, SC 29715 | |
| 10925 | PATTERSON, THOM, 2603 JESSUP ST., WILMINGTON, DE 19802 | |
| 10925 | PATTERSON, THOMAS, 21444 HWY 79, PINSON, AL 35126 | |
| 10925 | PATTERSON, TRUSTEE, BOB, POBOX 2751, MEMPHIS, TN 38101-2751 | |
| 10925 | PATTERSON, TY, 6709 NATHANIEL DRIVE, SHREVE, OH 44676 | |
| 10925 | PATTERSON, VALERY, 5915 TRAMMEL RD., MORROW, GA 30260 | |
| 10925 | PATTERSON, VERNELL, 714 CONFEDERATE DR, MACON, GA 31210 | |
| 10925 | PATTERSON, WILLIAM, 1102 NW 12TH ST., ANDREWS, TX 79714 | |
| 10925 | PATTERSON, WILLIAM, 1911 CHELSEA ROAD, BALTIMORE, MD 21216-2411 | |
| 10925 | PATTERSON, WILLIAM, 4305 FRUITWOOD COURT, BOWIE, MD 20720 | |
| 10925 | PATTERSON, WILLIAM, 6 NORTHFIELD CT, WELLFORD, SC 29385 | |
| 10925 | PATTERSON, WILLIAM, 8 GAIL ROAD, MERRIMACK, NH 03054 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PATTERSON, WILLIAM, 8231 43RD AVE, KENOSHA, WI 53142

10925   PATTERSON-KELLEY CO,INC, 105 WARREN ST., EAST STROUDSBURG, PA 18301

10925   PATTERSON-KELLEY CO., PO BOX 905703, CHARLOTTE, NC 28290-5703

10925   PATTERSON-KELLEY, 1850 YORK RD., STE J, TIMONIUM, MD 21093

10925   PATTERSON-KELLEY, BOX 640394, PITTSBURGH, PA 15264-0394

10924   PATTERSON-KELLY CO, HARSCO CORP, EAST STROUDSBURG, PA 18301

10925   PATTI & SONS INC, 8 BERRY ST, BROOKLYN, NY 11211

10925   PATTI JOHNSON, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   PATTI, KENNETH, 78 TANGLEWOOD LANE, N. ANDOVER,, MA 01845

10925   PATTILLO, THOMAS, 2204 DAVID MILLER RD, JOHNSON CITY, TN 37604

10925   PATTISON, LLOYD, 509 HICKOK ST, SULPHUR, LA 70663

10925   PATTISON, MICHAEL, HC 61, BOX 910, CONVERSE, LA 71419

10925   PATTON & VEIGAS P.C., 2323 2ND AVE NORTH SUITE 100, BIRMINGHAM, AL 35203

10925   PATTON BOGGS LLP, 2550 M ST NW, WASHINGTON, DC 20037-1350

10924   PATTON COMPANY, 390 NEWALBANY ROAD, MOORESTOWN, NJ 08057

10925   PATTON LAW OFFICES, 4122 TEXAS BLVD, PO BOX 1897, TEXARKANA, TX 75504

10925   PATTON SALES CORP, POBOX 273, ONTARIO, CA 91762

10925   PATTON TIDWELL SANDERFUR, 4605 TEXAS AVE, TEXARKANA, TX 75503

10925   PATTON, ALICE, 7350 HAZELTINE AVE, 12, VAN NUYS, CA 91405

10925   PATTON, ANGELA, 304 GOLDFINCH DR., FT WORTH, TX 76108

10925   PATTON, ANTHONY, 826 ARLINGTON AVE , APT. A, CHATTANOOGA, TN 37406

10925   PATTON, BILLY, PO BOX 250, ALTUS, AR 72821-0250

10925   PATTON, BOBBY, 720 OLD HUNDRED RD, PELZER, SC 29669-9335

10925   PATTON, CHRISTOPHER, 35298 NIELSEN, ROUND LAKE, IL 60073

10925   PATTON, CONNIE, 148 DEMPSEY LANE, LONDON, KY 40741

10925   PATTON, DEBORAH, RT 83, BOX 208, ELLENSBORO, WV 26346

10925   PATTON, GLORIA, 2021 SHERYL PL, WEST COVINA, CA 91792

10925   PATTON, HARVETTA, 6062 S ROCKWELL, CHICAGO, IL 60629

10925   PATTON, JAMES, 2375 SCUFFLETOWN RD, FOUNTAIN INN, SC 29644

10925   PATTON, JAMES, RT. 1 BOX 161, WATERLOO, SC 29384

10925   PATTON, JOANN, 1973 SE SANDIA DR, PT ST LUCIE, FL 34983

10925   PATTON, JOSPHINE, 222 CAMDEN ST, GLENDORA, CA 91740

10925   PATTON, LETONYA, PO BOX 320, HONEA PATH, SC 29654

10925   PATTON, MARSHALL, 899 PLAZA CT, HARKER HEIGHTS, TX 76548

10925   PATTON, MICHAEL, 2228 RAYMOND AVE, READING, PA 19605

10925   PATTON, STEVEN, 502 NORTH 10TH ST #70, DE PERE, WI 54115

10925   PATTON, THOMAS, ROUTE 2 BOX 82, CLARKSVILLE, AR 72830

10925   PATTON, VIVIAN, 8060 NORMILE, DETROIT, MI 48204

10925   PATTON, WILLIAM, 2707 SANDY LAKE, KING WOOD, TX 77339

10925   PATTONS INC., PO BOX 65422, CHARLOTTE, NC 28265

10924   PATTONSBURG READY MIX INC, PO BOX287, UTICA, MO 64686

10924   PATTONSBURG READY MIX, ROUTE 1, PATTONSBURG, MO 64670

10925   PATTY ELLIOTT-GRAY, 3911 52ND ST, BLADENSBURG, MD 20710

10925   PATTY ELLIOTT-GRAY, 3911 52ND ST, BLADENSBURG, MD 20710-2305

10925   PATTY LEE SMITH POE, PO BOX 2403, BROKEN ARROW, OK 74013-2403

10925   PATTY LEWIS, 6825 YACHTING WAY, ACWORTH, GA 30102

10925   PATTY, MARY, 1292 INDEPENDENCE DR, ORANGE PARK, FL 32065

10925   PATWARDHAN, RASHMI, 6 BEECHWOOD LANE, YARDLEY, PA 19067

10924   PATY LUMBER CO, PO BOX B, PINEY FLATS, TN 37686

10924   PATY LUMBER CO., P O BOX 250, PINEY FLATS, TN 37686

10924   PATY LUMBER COMPANY, 407 EAST STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PATZKE, KAY, 450 WEST SUNNYVIEW DR, OAK CREEK, WI 53154

10925   PAUL A CHANDLER &, ANNELIE CHANDLER JT TEN, 20 PETERSBURG COURT, OAK RIDGE, NJ 07438-9183

10925   PAUL A CHANDONNET &, MARY C CHANDONNET JT TEN, 27 DAVID DRIVE, HUDSON, NH 03051-3102

10925   PAUL A DIFRANZA, 34 REAR WALTON ST, WAKEFIELD, MA 01880

10925   PAUL A FAULCONER, ROUTE #1, BOX 119A, MONROE, VA 24574

10925   PAUL A HARTER, 208 BAILEY RD, CRYSTAL CITY, MO 63019-1801

10925   PAUL A HREHA &, ANDREW HREHA JT TEN, 216 SULLIVAN ST, EXETER, PA 18643-2519

10925   PAUL A HREHA &, CONCETTA HREHA JT TEN, 216 SULLIVAN ST, EXETER, PA 18643-2519

10925   PAUL A HREHA &, ROBERT HREHA JT TEN, 216 SULLIVAN ST, EXETER, PA 18643-2519

10925   PAUL A KINER, 1242 EAST 113 ST, CLEVELAND, OH 44108-3742

10925   PAUL A L BLACK &, MONA C BLACK JT TEN, 5553 OLEANDER DR, WILMINGTON, NC 28403-5813

10925   PAUL A ROBROCK, 19603 LORNE ST, RESEDA, CA 91335-1026

10925   PAUL A SYRAKOS, 92 NELLS POND DR, LYNN, MA 01904-1065

10925   PAUL A. KASSA, 5601 CHEMICAL RD., BALTIMORE, MD 21226

10925   PAUL ARMESTO, 18 COLONIAL AVE, KENMORE, NY 14217-1104

10925   PAUL B GIFFORD, 128 RAINBOW DR PMB 2829, LIVINGSTON, TX 77399-1028

10924   PAUL B. HALL REGIONAL MEDICAL CTR, 625 JAMES S. TRIMBLE BLVD., PAINTSVILLE, KY 41240

10925   PAUL BARDACH, 82-35 188TH ST, HOLLIS, NY 11423-1032

10924   PAUL BEASLEY CONCRETE, 11280 NC HWY 55 WAST, DUNN, NC 28334

10925   PAUL BOLAND - TAX COLL, 1600 PACIFIC HWY #152, SAN DIEGO, CA 92101-2475

10924   PAUL BROWN STADIUM, 310 PETE ROSE WAY, CINCINNATI, OH 45202

10925   PAUL BUCENS, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   PAUL C CIRIGNANO, 74 BICKFORD ROAD, BRAINTREE, MA 02184-3602

10925   PAUL C SOMERS, 10 OAK AVE, WAKEFIELD, MA 01880-3920

10925   PAUL C WOLF, 217 GLENDALE DR, COPPELL, TX 75019-5114

10925   PAUL CIRIGNANO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   PAUL CONZELMANN &, MONA B CONZELMANN TR UA, AUG 11 99 THE CONZELMANN, LIVING TRUST, 801 BOURQUE ROAD, LAFAYETTE, LA 70506-9315

10925   PAUL COOPER, BROWN, 4547 WEST SEVENTH AVE, VANCOUVER, BC V6R 1X2CANADA     *VIA Deutsche Post*

10925   PAUL D HENDERSON ATTY, 1009 W. GREEN AVE, ORANGE, TX 77630

10925   PAUL DAVID STRENIO, 2910 NC 152-E, CHINA GROVE, NC 28023

10925   PAUL DEMAY & ASSOCIATES, INC, 236 OLD SULPHUR SPRINGS RD., MANCHESTER, MO 63021-5353

10925   PAUL DOUGLAS MADER &, SHARON J MADER JT TEN, 991 EASTERN PKWY, LOUISVILLE, KY 40217-1547

10925   PAUL DUNGAN &, JUANITA JEANNE DUNGAN JT TEN, 121 PRAIRIE CREEK DR, KECHI, KS 67067-8800

10925   PAUL E GARHART, 2151 FAIRFIELD RD, GETTYSBURG, PA 17325-7218

10925   PAUL E GORMAN &, MICHELLE S GORMAN JT TEN, BOX 849, PORTSMOUTH, NH 03802-0849

10925   PAUL E HAPPY &, RHODA MELVENE HAPPY JT TEN, 456 KINGROW, CROSSVILLE, TN 38555-5712

10925   PAUL E KORENBERG, 231 JUDY FARM RD, CARLISLE, MA 01741-1413

10925   PAUL E KORENBERG, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   PAUL E LUBBERT & LILLIAN R LUBBERT JT TEN, 428 TRIANGLE AVE, DAYTON, OH 45419-1734

10925   PAUL E THOMPSON, 1304 EAST SHERRY DR, ROSSVILLE, GA 30741-1728

10925   PAUL F CLOUTIER, 21984 ALTONA DR, BOCA RATON, FL 33428

10925   PAUL FRANK COLLINS, PO BOX 1307, BURLINGTON, VT 05402

10925   PAUL FRANKS, 26 MAYFLOWER DR, MILFORD, NH 03055-4110

10925   PAUL G DOLAN JR CUSTODIAN FOR, FREDERICK J DOLAN UNDER THE, MISSOURI UNIF GIFTS TO MIN LAW, 1494 KINGS LANE, PALO ALTO, CA 94303-2836

10925   PAUL G DOLAND CUSTODIAN FOR, BETTINA K DOLAN UNDER THE, MISSOURI UNIF GIFTS TO MIN LAW, 1494 KINGS LANE, PALO ALTO, CA 94303-2836

10925   PAUL G MURRAY &, LUELLA W MURRAY JT TEN, 1239 WHEATLAND AVE, LANCASTER, PA 17603-2513

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　PAUL G NEWELL, 17825 IROQUOIS TRACE, TINLEY PARK, IL 60477-6534

10925　PAUL G NEWELL, 6050 W 65TH ST, CHICAGO, IL 60638

10925　PAUL G TOURNEY, 200 MASSMILLS DR # 2-610, LOWELL, MA 01852-1241

10925　PAUL G TOURNEY, 2954 HUNTERS MDWS, KALAMAZOO, MI 49048-6126

10925　PAUL GIESTA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　PAUL GOULD, 6020 DANBURY COURT, WEST BLOOMFIELD, MI 48322-3561

10925　PAUL H DILUCA, 21 DEXTER ROAD, MELROSE, MA 02176

10925　PAUL H DILUCA, 67 BOWMAN ST, MALDEN, MA 02148-1913

10925　PAUL H FRANKEL &, DEANNA M FRANKEL JT TEN, 19 BURNT MILL CIR, OCEANPORT, NJ 07757-1060

10925　PAUL H RHODES, HCR 1 BOX 144, SHINGLEHOUSE, PA 16748-9611

10925　PAUL H VITALI &, JANEEN M VITALI JT TEN, 2903 VIMY RIDGE, JOLIET, IL 60435-1685

10925　PAUL HANLEY, 4905 CENTRAL AVE , SUITE 200, RICHMOND, CA 94804

10925　PAUL HANLEY, 5430 CERRO SUR ST, EL SOBRANTE, CA 94803-3873

10925　PAUL HASTINGS JANOFSKY & WALKER, 600 PEACHTREE ST. NE, ATLANTA, GA 30308-2222

10925　PAUL HASTINGS JANOFSKY & WALKER, PETER WEINER, 345 CA ST, 29TH FL, SAN FRANCISCO, CA 94104

10925　PAUL HINE, 1636 WENTWORTH AVE, BALTIMORE, MD 21234

10925　PAUL HOLTBERG &, PAULETTE PELTZ JTWRS JT TEN, 11012 BEACH MILL ROAD, GREAT FALLS, VA 22066-3026

10925　PAUL J BETZ, 4225 CARRIAGELITE DR, CINCINNATI, OH 45241-2273

10925　PAUL J HIDDING TR, PAUL J HIDDING TR, DATED FEB 19 70, PO BOX 1030, KEOKUK, IA 52632-1030

10925　PAUL J LAROCCA, 82 WHITING RD, E HARTFORD, CT 06118-1549

10925　PAUL J MERCK JR &, KRISTIN MC KENNA REAGAN JT TEN, 74 EDGEWOOD DR, HOHOKUS, NJ 07423-1528

10925　PAUL J MITRANO, 115 DRAKE RD, BURLINGTON, MA 01803-1841

10925　PAUL J NORRIS, 12649 GOLDEN OAK DR, ELLICOTT CITY, MD 21042-1149

10925　PAUL J SCHACHTER ASSOC, 250 GRANDVIEW DR, SUITE 500, FORT MITCHELL, KY 41017-5610

10925　PAUL J WYAK &, NANETTE C WYAK JT TEN IN COMMON, 650 W WASHINGTON AVE, ELMIRA, NY 14901-1946

10925　PAUL J. MURPHY, 3 MALLARD COURT, GREENVILLE, SC 29609

10925　PAUL J. WESTGATE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925　PAUL JOHNSON, 1810 JUANITA AVE, FORT PIERCE, FL 34946

10925　PAUL JOSEPH THOMAS, 3335 YORK PLACE, DECATUR, GA 30032-6863

10925　PAUL JT TEN, ALBERT D & MARLENE L, 8307 GEORGETOWN AVE, LOS ANGELES, CA 90045-2612

10925　PAUL K ANGMORTER, PO BOX 2422, MONTCLAIR, CA 91763-0922

10925　PAUL K FULLER, 22 NOMAHEGAN CT, CRANFORD, NJ 07016-1514

10925　PAUL KAMINSKI, 427 PARK ST, FREELAND, PA 18224-2140

10925　PAUL KING, 937 BECKER ST, HAMMOND, IN 46320-2110

10925　PAUL L AHLERT &, ANITA K AHLERT JT TEN, 5000 GRAVES RD, CINCINNATI, OH 45243-3806

10925　PAUL L PRATT, ROUTE 111 AT AIRLINE DR, PO BOX 179, EAST ALTON, IL 62024

10925　PAUL L RUNKEL & JUDITH C RUNKEL, JT TEN, 14230 TULANE ST, BROOKFIELD, WI 53005-4163

10925　PAUL L TUTEUR, 7327 N OSCEOLA, CHICAGO, IL 60631-4379

10925　PAUL LEWIS TIRE CENTER INC, PAUL A LEWIS, 591 PARK ST, JACKSONVILLE, FL 32204-2930

10925　PAUL LEWIS TIRE CENTER INC, PAUL A LEWIS, 591 PARK ST, PALATKA, FL 32177-3646

10925　PAUL LEWIS TIRE CENTER INC, PAUL A LEWIS, 813 REID ST, JACKSONVILLE PALATKA, FL 32177-3646

10925　PAUL LEWIS TIRE SERVICE INC, PAUL A LEWIS, 8108 CONCORD BLVD WEST, JACKSONVILLE, FL 32208

10925　PAUL LEWIS TIRE SERVICE INC, PAUL A LEWIS, 901 PENINSULAR PLACE, JACKSONVILLE, FL 32208

10924　PAUL LUMBER & SUPPLY, 4072 LIBERTY AVENUE, PITTSBURGH, PA 15224-0280

10925　PAUL M BRAY, 159 BREVATOR ST, ALBANY, NY 12206-1011

10925　PAUL M COYNE &, ANNE B COYNE JT TEN, 768 LAUREL DRIVE, LIGONIER, PA 15658-8730

10924　PAUL M. LEARY ASSOC., P.O. BOX 1168, RIDGEFIELD, CT 06877

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PAUL M. LEARY ASSOCIATES, 80 GROVE ST, RIDGEFIELD, CT 06877 | |
| 10925 | PAUL MAGEE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | PAUL MARCH INC, 654 MADISON AVE, NEW YORK, NY 10021 | |
| 10925 | PAUL MARKO, 300 TERRACE DR, SYRACUSE, NY 13219-2721 | |
| 10925 | PAUL MARKOV, 6050 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | PAUL MARTIN, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | PAUL MATHELY, 10 SQUARE HENRY PATE, PARIS, 75016FRANCE | *VIA Deutsche Post* |
| 10925 | PAUL MCCRAY, 24902 DOE TRAILS, MAGNOLIA, TX 77355 | |
| 10925 | PAUL MCEVOY &, ROSE MCEVOY JT TEN, 210 POWER HOUSE BLVD, SOMERVILLE, MA 02143 | |
| 10925 | PAUL MCGOVERN COMPANY, 195 ESMEYER DRIVE, SAN RAFAEL, CA 94903-3771 | |
| 10925 | PAUL MILICI, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | PAUL MILLER, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | PAUL MUELLER CO., PO BOX 1323, DOYLESTOWN, PA 18901 | |
| 10925 | PAUL MUELLER CO., PO BOX 27-428, KANSAS CITY, MO 64180-0428 | |
| 10925 | PAUL MUELLER COMPANY, PO BOX 828, SPRINGFIELD, MO 65801 | |
| 10925 | PAUL N CLAWSON, 1015 ASHLEY RD, SAVANNAH, GA 31410-4201 | |
| 10925 | PAUL N GARDNER COMPANY INC, PO BOX 10688, POMPANO BEACH, FL 33061-6688 | |
| 10925 | PAUL N GARDNER COMPANY, INC, PO BOX 10688, POMPANO BEACH, FL 33061-6688 | |
| 10925 | PAUL N GARDNER COMPANY, INC, PO BOX 10688, POMPANO BEACH, POMPANO BEACH, FL 33061-6688 | |
| 10925 | PAUL N KLEIN &, KATHLEEN E KLEIN JT TEN, 7420 SOUTH ST 12, LINCOLN, NE 68506-6555 | |
| 10925 | PAUL N. GARDNER CO., PO BOX 10688, POMPANO BEACH, FL 33061-6688 | |
| 10924 | PAUL NETTLE SCHOOL, 217 PARK STREET, MEDFORD, MA 02155 | |
| 10925 | PAUL O. ABBE, 139 CENTER ST, AWOSTING, NJ 07421 | |
| 10924 | PAUL OLIVER HOSPITAL, 224 PARK ST., HARRIETTA, MI 49638 | |
| 10924 | PAUL PARKER, 2808 LAKE ROAD, PERRY, NY 14530 | |
| 10925 | PAUL PERCY, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10925 | PAUL R ABELES, 169 PARKER RD, LONG VALLEY, NJ 07853-3060 | |
| 10925 | PAUL R COLLIER, 229 OAK HIGHLAND DR, CORAOPOLIS, PA 15108-1363 | |
| 10925 | PAUL R EARLE, PO BOX 57, BEDFORD, MA 01730-0057 | |
| 10925 | PAUL R JACOBSEN, 1633 NORDIC HILL CIRCLE, SILVER SPRING, MD 20906-5929 | |
| 10925 | PAUL R PARKER, 2808 LAKE ROAD, PERRY, NY 14530 | |
| 10925 | PAUL R TRIPLETT &, MARSHA L TRIPLETT JT TEN, RTE 3 BOX 272, LAREDO, MO 64652-9708 | |
| 10925 | PAUL R WISNER, PO BOX 525, FREDERICK, MD 21705-0525 | |
| 10925 | PAUL RAHFIELD, 809 SIXTH AVE, CLEVELAND, MS 38732-3643 | |
| 10925 | PAUL REICH MYERS, 1608 WALNUT ST SUITE 500, PHILADELPHIA, PA 19103 | |
| 10925 | PAUL REILLY CO., 7085 COLLECTION CENTER DR., CHICAGO, IL 60693 | |
| 10924 | PAUL RIEFLER INC., P O BOX 210, HAMBURG, NY 14075 | |
| 10924 | PAUL RIEFLER INC., SEE #00204278, ROUTE 62, COLLINS, NY 14034 | |
| 10924 | PAUL ROBERSON MIDDLE SCHOOL, C/O SELLERS & MARQUIS, KANSAS CITY, MO 64120 | |
| 10925 | PAUL S MAZZOTTA, 380 COLEMAN RD, MIDDLETOWN, CT 06457-5020 | |
| 10925 | PAUL S MICHAELS CONSULTING INC, 5921 SERVAIS ROAD, NEW FRANKEN, WI 54229 | |
| 10925 | PAUL SHAFFER, 1069 CLINTON FRANKFORT RD, CLINTON, PA 15026 | |
| 10925 | PAUL SOILEAU, 230 HEATHER ST., LAKE CHARLES, LA 70605 | |
| 10925 | PAUL SOMERS, W R GRACE & CO, CONN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | PAUL STRAUSS, 4201 MASSACHUSETTS AVE N W APT, 381, WASHINGTON, DC 20016-4701 | |
| 10925 | PAUL T EDELMAN, 18 DEACON HUNT DR, ACTON, MA 01720 | |
| 10925 | PAUL T FIALKOWSKI, 1404 RUXTON ROAD, BALTIMORE, MD 21204 | |
| 10925 | PAUL T. FIALKOWSKI, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | PAUL TAUBE, 6409 W. 83RD ST., BURBANK, IL 60459 | |
| 10925 | PAUL V TROY, 27W211 VIRGINIA ST, WINFIELD, IL 60190-1801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PAUL VINCENT TTEE, UA DTD 12 7 94, THE STANLEY PAUL VINCENT REV, LIVING TR, 1089 ARLINGTON AVE, EL CERRITO, CA 94530-275

10925   PAUL W HANLON, 27 PAON BLVD, WAKEFIELD, MA 01880-1138

10925   PAUL W KOHLER, BOX 1414, STUART, FL 34995-1414

10925   PAUL W KRAUSE & LORRAINE M, KRAUSE JT TEN, 6384 APPLE BUTTER ROAD, SLATINGTON, PA 18080-3159

10925   PAUL W KRAUSE CUST DEBRA A, KRAUSE UNIF GIFT MIN ACT PA, 4372 CIDER PRESS RD, SLATINGTON, PA 18080

10925   PAUL W KRAUSE CUST DIANE S, KRAUSE UNIF GIFT MIN ACT PA, 6384 APPLE BUTTER RD, SLATINGTON, PA 18080-3159

10925   PAUL W TAYLOR MOVING CO, 90 NEW SALEM ST, WAKEFIELD, MA 01880

10925   PAUL W. HANLON, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02150

10925   PAUL WAYNE SEXTON &, DONNA KAYE SEXTON JT TEN, BOX 10, HAMMON, OK 73650-0010

10925   PAUL WENGER, 11 WATERSIDE LANE, WEST HARTFORD, CT 06107-3523

10925   PAUL WESTGATE, 83 NASHOBA RD, LITTLEON, MA 01460-2205

10925   PAUL YAMAGUCHI, 1425 TODD PLACE, MONTEBELLO, CA 90640

10925   PAUL YODZIS, 3410 COURT HOUSE DR, ELLICOTT CITY, MD 21043-4546

10925   PAUL YUNCKER, 12906 N MORROW, FOUNTAIN, FL 32438-2216

10925   PAUL ZAVADSKIY, 7500 GRACE DR, COLUMBIA, MD 21044

10925   PAUL ZAVADSLIY, 7500 GRACE DR, COLUMBIA, MD 21044

10925   PAUL, ANGELA, 10135 PRINCE PLACE APT 401, LARGO, MD 20772

10925   PAUL, CHERYL, 188 MAIN ST, CORNWALL, NY 12518

10925   PAUL, CLAUDE, 45 ROSE ST W, LIBBY, MT 59923

10925   PAUL, CLAUDE, 45 ROSE ST W, LIBBY, MT 59923-9118

10925   PAUL, DIANE, 1890 JAMESTOWN LANE, ELGIN, IL 60123

10925   PAUL, GREGORY, 5900 LAWRENCE DRIVE, ELDERSBURG, MD 21784

10925   PAUL, HEATHER, 5718 NORTH ORANGE, CHICAGO, IL 60631

10925   PAUL, HEATHER, 814 ST. LEO ST., LAFAYETTE, LA 70501

10925   PAUL, IVAN, 2140 LONNIE LANE, MOORE, OK 73170

10925   PAUL, JACKIE, ROUTE 9, BOX 848, ANDERSON, SC 29624

10925   PAUL, JASON, 34 PROSPECT ST., ALEXANDRIA, LA 71303

10925   PAUL, JOHN, 1185 PEDEN BRIDGE ROAD, CHESTER, SC 29706-9719

10925   PAUL, JON, 1240 HUNTERTON ST, UPPER MARLBORO, MD 20772

10925   PAUL, LARRY, 654 19 AVE SW, CEDAR RAPIDS, IA 52404

10925   PAUL, MICHELLE, 15651 SW 85 TERR, MIAMI, FL 33194

10925   PAUL, PAMELA, 1945 PELICAN LANDING, CLEARWATER, FL 34622

10925   PAUL, PATRICIA, 48 AYCOCK RD, DEVILLE, LA 71328

10925   PAUL, ROBERT N, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   PAUL, ROBERT, 13 TAFT AVE, MAYNARD, MA 01754

10925   PAUL, ROBERT, 90 HAYWOOD AVE, W.SPRINGFIELD, MA 01089

10925   PAUL, RONALD, 1021 RT 206, G9, BORDENTOWN, NJ 08505

10925   PAUL, SANITA, 1328 VANDALE PL, ANDERSON, SC 29624

10925   PAUL, TERESA, 303 SPRINGHILL RD, GREENVILLE, NC 27834

10925   PAUL, THOMAS, 173 ADAMS ST, MALDEN, MA 02148

10925   PAUL, WILLIAM, 1323 N MURRAY, COLORADO SPRINGS, CO 80915

10925   PAUL,HASTINGS,JANOFSKY & WALKER, 600 PEACHTREE ST,NE #2400, ATLANTA, GA 30308-2222

10925   PAULA A RASMUSS, 8302 HOWARD ST, OMAHA, NE 68114-4427

10925   PAULA ANN MARGRAVE, PO BOX 234, HARRIMAN, TN 37748-0234

10925   PAULA C DONAYRI, 7500 GRACE DR, COLUMBIA, MD 21044

10925   PAULA CHRISTINE WAGNER, 5306 MERRYBELL LN, GROVE CITY, OH 43123-9019

10925   PAULA CIRALSKY EXEC EST, ROBERT G CIRALSKY, 1243 A AUBERT AVE, ST LOUIS, MO 63113-2019

10925   PAULA FISCHETTI, 65 GROTON RD, WESTFORD, MA 01886

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PAULA GAITHER, 7500 GRACE DR, COLUMBIA, MD 21044

10925   PAULA J RASERA & PHYLLIS J, JOSEPHSON TR UW PAUL J SCHLUNDT, C/O GREENSTEIN & SOLOTKE, 30 N LA SALLE ST, SUITE 1726, CHICAGO, IL 60602-2503

10925   PAULA JANE DUFF, PO BOX 396, DENISON, IA 51442-0396

10925   PAULA JUDD, 427 MERIDEN AVE REAR, SOUTHINETON, CT 06489-3656

10925   PAULA S RACKOW, 225 LINCOLN PL APT 5G, BROOKLYN, NY 11217-3718

10925   PAULA SULLIVAN, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   PAULA VANOVITCH, 17 DAWSON LANE, MONROE TWP, NJ 08831-2660

10925   PAULAHA, CRAIG, 3550 HARLAN ST #7-166, DENVER, CO 80235

10925   PAULAHA, CRAIG, 8101 W. MIDWAY DRIVE, LITTLETON, CO 80125

10924   PAULDEN SAND & ROCK, WEST BIG CHINO ROAD, PAULDEN, AZ 86334

10924   PAULDING CONCRETE COMPANY, INC., 102 INDUSTRIAL DRIVE, DALLAS, GA 30132

10924   PAULDING CONCRETE COMPANY, INC., ATTN:  ACCOUNTS PAYABLE, DALLAS, GA 30132

10925   PAULETICH, JUDY, 3805 WOODBRIAR DR., HARVEY, LA 70058

10925   PAULETT, RAYMOND, 205 WORCHESTER PLACE, SIMPSONVILLE, SC 29680

10925   PAULEY, DEBRA, 8425 69TH ST E., PALMETTO, FL 34221

10925   PAULEY, GAYLA, 4950 GOERNMENT BLVD, MOBILE, AL 36693

10925   PAULEY, JAMES, 950 HOLLY CIRCLE, LAKE ZURICH, IL 60047

10925   PAULEY, JOAN, 41B REGINA RD, MORGANVILLE, NJ 07751

10925   PAULEY, LARRY, 8002 CATALPA ST, TEXAS CITY, TX 77591

10925   PAULEY, ROBERT, 200 FRIEDENSBURG ROAD, MT PENN, PA 19606

10925   PAULICH OHARA SLACK, 3401 TAMIAMI TRAIL NORTH, SUITE 207, NAPLES, FL 33940

10925   PAULIN, DONN, 840 WILSON DR, DOVER, DE 19901

10925   PAULIN, MIRIAM, 49 ORMOND ST, HEMPSTEAD, NY 11550

10925   PAULINE BARNFIELD, 27 SKYLINE DR, FARMINGTON, CT 06032-2018

10925   PAULINE C NOMMENSEN, 4201 CATHEDRAL AVE NW 207-E, WASHINGTON, DC 20016-4952

10925   PAULINE CULLEN, 1805 PALM COVE BLVD., DELRAY BEACH, FL 33445

10925   PAULINE DAMATO, 138 GRAND ST, MIDDLETOWN, CT 06457-2651

10925   PAULINE FOLEY, RD 1 BOX 361, 1 WHITEBRIDGE RD, PITTSTOWN, NJ 08867-4130

10925   PAULINE G GOODLOE, 408 HAYLONG AVE, MT PLEASANT, TN 38474-1435

10925   PAULINE J MENDRISKI, 281 DIVISION ST, MELROSE PARK, IL 60160-2528

10925   PAULINE K SHAW, ONE GRACIE TERRACE APT 10E, NEW YORK, NY 10028-7968

10925   PAULINE LALLY, 54 BUNKER HILL RD, KILLINGWORTH, CT 06419-1011

10925   PAULINE M MACDONALD, 300 HOG HOUSE HILL ROAD, EXETER, RI 02822-2600

10925   PAULINE R KAISER, 4401 ROLAND AVE, APT 414, BALTIMORE, MD 21210-2792

10925   PAULINO, PABLO, 522 10TH ST., UNION CITY, NJ 07087

10925   PAULK, EILEEN, 63 CHURCH ST, WINCHESTER, MA 01890

10925   PAULK, TIMOTHY, 4317 SOUTHWEST 22 ND, 2001, OKLAHOMA CITY, OK 73108

10925   PAULO, ALBERT, 186 ALDEN RD, HAYWARD, CA 94541

10925   PAULOV, DENISE, 525 CHELSEA ST., FORKED RIVER, NJ 08731

10924   PAUL'S PLASTERING, 19 DAVIDSON LANE, NEW CASTLE, DE 19720

10924   PAUL'S PLASTERING, NEW CASTLE, DE 19720

10925   PAULS TRUCKING CORP, PO BOX 17577, NEWARK, NJ 07194

10925   PAULSEN CENTER, THE, 421 W. RIVERSIDE, STE 620, SPOKANE, WA 99201

10925   PAULSEN, ARNOLD, 62 RICHARDSON DRIVE, FITCHBURG, MA 01420

10925   PAULSEN, BARBARA, 1980 CLIFF DR.#111, SANTA BARBARA, CA 93109

10925   PAULSEN, CURTIS, 602 6TH ST , SW, SPENCER, IA 51301

10925   PAULSEN, HARVEY, 1761 S NAPERVILLE RD, SUITE 202, WHEATON, IL 60187

10925   PAULSEN, JOHN, ROUTE 1, BOX 10L, HILLS, MN 56138

10925   PAULSEN, KRAIG, 208 13TH AVE, HIAWATHA, IA 52233

10925   PAULSEN, MARIE, 82 CONGAMOND ROAD, SOUTHWICK, MA 01077

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PAULSEN, NORMAN, 311 SMITH ST, LEWIS, IA 51544

10925   PAULSEN, ROBERT, 2857 S FLORENCE AVE, TULSA, OK 74114-5809

10925   PAULSEN, THOMAS, 2107 CHATEAU KNOLL, BEHENDORF, IA 52722

10925   PAULSEN, THOMAS, 700 SUMMIT DRIVE, RIVERSIDE, WY 82501

10925   PAULSEN, WILLIAM, 24 LANDAU DRIVE, WESTMINSTER, MD 21157

10925   PAUL-SON DICE & CARD CO, 2121 INDUSTRIAL RD, LAS VEGAS, NV 89102

10925   PAUL-SON DICE MEXICO, 23590 CESAR CHAVEZ ST, SAN LUIS, AZ 85349

10925   PAULSON JR, MAURICE HARLAN, PO BOX 333, MAPLE FALLS, WA 98266-0333

10925   PAULSON, ANN, 1842 PICCADILLY CRCL, ALLENTOWN, PA 18103

10925   PAULSON, ES, 15 EAST 29TH ST, KANSAS CITY, MO 64108

10925   PAULSON, FRANCES, 6 RAILROAD AVE, MONTVALE, NJ 07645

10925   PAULSON, JON, RT 1 BOX 246, HUMBOLDT, IA 50548

10925   PAULSON, RAYMOND, 1005 JERRY LANE, WICHITA FALLS, TX 76305

10925   PAULUS SOKOLOWSKI & SARTOR INC, PO BOX 4039, WARREN, NJ 07059

10925   PAULUS, JILL, 1723 SPRINGHAVEN CRL, MASSILLON, OH 44646

10925   PAULUS, P., 20726 FAWNBROOK CT, KATY, TX 77040

10925   PAULYSHUN, PETER, 29 BROOKDALE GARDENS, BLOOMFIELD, NJ 07003

10925   PAUMIER, LOUIS, 3369 OAK HILL RD, WOOSTER, OH 44691

10925   PAUST, SARAH, N9003 YORK CTR RD, BLANCHARDVILLE, WI 53516

10925   PAUTIENUS, WILLIAM, 41 N CENTER ST APT 7, FRACKVILLE, PA 17931

10925   PAVAN, JEANNETTE, 13 HUNTSMAN LN, BELLE MEAD, NJ 08502

10925   PAVAO, AUGUSTO, 2218 TURNPIKE ST, N ANDOVER, MA 01845

10925   PAVAO, ROSE, 38 CLARENDON AVE, SOMERVILLE, MA 02144

10925   PAVAO, ROSE, 8 BEVERLY AVE, WILMINGTON, MA 01887

10925   PAVCO STRUCTURAL STEEL, PO BOX 36, WORTH, IL 60482

10925   PAVE TECHNOLOGY, 2751 THUNDERHAWK CT, DAYTON, OH 45414

10925   PAVELKA, JAMES, 12711 ARIES LOOP, WILLIS, TX 77378

10924   PAVELOC IND, ATTN:ACCT. PAYABLE, MARENGO, IL 60152

10924   PAVELOC INDUSTRIES, 8302 SO. ROUTE 23, MARENGO, IL 60152

10924   PAVER MODULE, 411 LEONARD BLVD. NORTH, LEHIGH ACRES, FL 33971

10924   PAVERMODULE INC., 1590 N.W. 15 ST., POMPANO, FL 33069

10924   PAVERMODULE, 1590 N.W. 15TH ST., POMPANO BEACH, FL 33069

10924   PAVERMODULE, 1980 MARLEY DRIVE, HAINES CITY, FL 33844

10924   PAVERNITE INC, 1462 S. W. 12 AVENUE, POMPANO BEACH, FL 33069

10924   PAVERNITE, 1462 SW 12TH AVE, POMPANO BEACH, FL 33069

10925   PAVESE, KATHRYN, 11 LAKEMONT DRIVE, ST ALBANS, VT 05478

10924   PAVEWAY CONSTRUCTION, P O BOX 823, BEDFORD, TX 76095

10924   PAVEWAY CONSTRUCTION, P.O.BOX 823, BEDFORD, TX 76095

10924   PAVEWAY CONSTRUCTION, VIRGINIA PRKWY WEST OFF HWY 75, MCKINNEY, TX 75069

10925   PAVEY, CHARLES, 2137 LONG TRAIL, HOPKINS, SC 29061

10924   PAVILION CENTRAL SCHOOL, BUNCE ELEMENTARY SCHOOL, 7014 BIG TREE ROAD, PAVILION, NY 14525

10925   PAVILION FLOOR, 1 DESIGN CENTER PLACE SUITE 734, BOSTON, MA 02210

10925   PAVILIONIS, DENNIS, 1941 N. HICKS RD. #101, PALATINE, IL 60074

10924   PAVING MATERIALS INC, E WASHINGTON, PITTSFIELD, IL 62363

10924   PAVING MATERIALS, P O BOX 261, PITTSFIELD, IL 62363

10924   PAVING MATERIALS, ROUTE 107 - NORTH, PITTSFIELD, IL 62363

10925   PAVLIDIS, ARTHUR, 124 PEELE ROAD, NASHUA, NH 03062

10925   PAVLIK, DAVID J, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   PAVLIK, DAVID, 2550 HENISRA LN, GREEN BAY, WI 54304

10925   PAVLIK, DAVID, 30 REVERE RD, WOBURN, MA 01801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PAVLIK, RICHARD, 1909 GIGI LANE, DARIEN, IL 60561 | |
| 10925 | PAVLINSKY, CAROL, 124 MAIN ST, HELLERTOWN, PA 18055 | |
| 10925 | PAVLINSKY, WAYNE, 1816 HILLSIDE DRIVE, BETHLEHEM, PA 18015 | |
| 10925 | PAVLIS, RICK, 127 N 8TH ST, CENTRAL CITY, IA 52214 | |
| 10925 | PAVLIS, TERRY, 1512 10TH AVE. SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | PAVLOFF, INA, 14561 GROVE RD, GARRETTSVILLE, OH 44231 | |
| 10925 | PAVLOWITZ, STEVAN, 119 METACOMET ROAD, PLAINVILLE, CT 06062 | |
| 10925 | PAVLOWITZ, STEVE, 119 METACOMET RD, PLAINVILLE, CT 06062 | |
| 10924 | PAW CREEK ELEMENTARY, 1300 CATHEY RD., CHARLOTTE, NC 28202 | |
| 10925 | PAWAR, YASHODHARA, 180 FRANKLIN CORNER RD #G4, LAWRENCEVILLE, NJ 08648 | |
| 10925 | PAWELEK, GEORGE, PO BOX 689, POTEET, TX 78065 | |
| 10925 | PAWELEK, GLENN, 721 EAST FIRST ST, ALICE, TX 78332 | |
| 10925 | PAWLOSKI, JUDY, 20 NEWELL AVE, SOUTHBRIDGE, MA 01550 | |
| 10925 | PAWLOWSKI, JENNIFER, 119 N PAYNE ST, ALEXANDRIA, VA 22314 | |
| 10925 | PAWLOWSKI, JULIUS, 439 LILAC CITY EAST, ROCHESTER, NH 03867-4552 | |
| 10925 | PAWLOWSKI, LORRAINE, PARK AVE, PALISADES, NY 10964 | |
| 10925 | PAWLUK, JANET, 8 VALEMONT RD, MONTVALE, NJ 07645 | |
| 10925 | PAXAM CORP, FOOT OF MCARTHUR ST, PEORIA, IL | |
| 10924 | PAXAR CORPORATION, 1 WILCOX STREET, SAYRE, PA 18840 | |
| 10924 | PAXAR CORPORATION, 524 ROUTE 303, ORANGEBURG, NY 10962 | |
| 10924 | PAXAR CORPORATION, ATTN: CARLA DORN/JIM SEIVIER, 524 ROUTE 303, ORANGEBURG, NY 10962 | |
| 10925 | PAXSON, MICHAEL, 1541 NORTH 25TH ST, ALLENTOWN, PA 18104 | |
| 10924 | PAXTON READY MIX, 745 N. MARKET, PAXTON, IL 60957 | |
| 10924 | PAXTON READY MIX, P O BOX 177, PAXTON, IL 60957 | |
| 10924 | PAXTON READY MIX, PO BOX 177, PAXTON, IL 60957 | |
| 10925 | PAXTON, CHRISTY, PO BOX 258, LAPORTE, CO 80535 | |
| 10925 | PAXTON, KENT, 2245 OLIVE AVE, FREMONT, CA 94539 | |
| 10925 | PAXTON, LLOYD, 43 BLAKE ST, GREENVILLE, SC 29605 | |
| 10925 | PAXTON, SHELLIE, 2410 W. VESPER ST, BLUE SPRINGS, MO 64015 | |
| 10925 | PAXTON, SPURGEON, 110 BRYSON DR #96, SIMPSONVILLE, SC 29681 | |
| 10925 | PAXTON, TWYMAN, 302 WIMBERLY DR, SIMPSONVILLE, SC 29681 | |
| 10925 | PAY LESS PLUMBING INC., 3909 TUCKASEEGEE ROAD, CHARLOTTE, NC 28208 | |
| 10925 | PAYABYAB, CHRIS, 15 E. GLENWOOD DR, BERGENFIELD, NJ 07621 | |
| 10925 | PAYCO GENERAL AMERICAN CREDITS, INC, PO BOX 9064-WWU, DUBLIN, OH 43017 | |
| 10925 | PAYET, FELIPE, FLUSHING, NY 11355 | |
| 10925 | PAYETTE, WAYNE, 14325 SOUTH 85TH AVE, ORLAND PARK, IL 60462 | |
| 10925 | PAYLESS CASHWAYS INC, PO BOX 9900, MACON, GA 31297-9900 | |
| 10925 | PAYLESS CASHWAYS INC, POBOX 5206, CAROL STREAM, IL 60197-5206 | |
| 10924 | PAYLESS CASHWAYS, 4330 S. DECATUR BLVD., LAS VEGAS, NV 89103 | |
| 10924 | PAYLESS CASHWAYS, 6920 W. ALLISON, CHANDLER, AZ 85226 | |
| 10924 | PAYLESS CASHWAYS, 800 NW CHIPMAN ROAD, LEES SUMMIT, MO 64063-5717 | |
| 10924 | PAYLESS CASHWAYS, INC., 10801 READING ROAD, EVENDALE, OH 45241 | |
| 10924 | PAYLESS CASHWAYS, P.O. BOX 648000, LEES SUMMIT, MO 64064-8000 | |
| 10925 | PAYLESS CASHWAYS, PO BOX 660333, DALLAS, TX 75266 | |
| 10924 | PAYLESS CONCRETE, 2918 SOUTH 6TH STREET, SAINT JOSEPH, MO 64504 | |
| 10924 | PAYLESS CONCRETE, ATTN:  ACCOUNTS PAYABLE, SAINT JOSEPH, MO 64504 | |
| 10924 | PAYLESS CONCRETE, P. O. BOX 4283, SAINT JOSEPH, MO 64504 | |
| 10924 | PAYLESS INSULATION, 1616 COHN STREET, HOUSTON, TX 77007 | |
| 10924 | PAYLESS INSULATION, 207 REINERMAN STREET, HOUSTON, TX 77007 | |
| 10924 | PAYLESS INSULATION, 207 REINERMAN, HOUSTON, TX 77007 | |
| 10925 | PAYLOR, WILLIAM, 4663 WALDROP DR APT G-8, FOREST PARK, GA 30050 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　PAYMASTER BUSINESS MACHINES, 3000 NORTHFIELD PLACE SUITE 600, ROSWELL, GA 30076

10925　PAYMENT CENTER, PO BOX 55000, DETROIT, MI 48255-1212

10925　PAYMENT, BARBARA Z, 107 BEXHILL COURT, GREENVILLE, SC 29609

10925　PAYMENT, WALTER R, 107 BEXHILL COURT, GREENVILLE, SC 29609

10925　PAYMENT, WALTER, 107 BEXHILL CT, GREENVILLE, SC 29609

10925　PAYNE ELEVATOR COMPANY, PO BOX 340049, BOSTON, MA 02241-0449

10925　PAYNE ENGINEERING & FAB CO INC, POBOX 520, CANTON, MA 02021

10925　PAYNE ENGINEERING, PO BOX 520, CANTON, MA 02021

10925　PAYNE JONES, BLDG C, COMMERCE TERRACE, 1100 KING ST , SUITE 200, OVERLAND PARK, KS

10925　PAYNE JR, PAUL, 1731 DAVIESS ST, OWENSBORO, KY 42303

10925　PAYNE TURNER, SHAWNDA, 9010 FREEPORT DR, DALLAS, TX 75238

10925　PAYNE, ANNISE, 1201 AVE B, WACO, TX 76705

10925　PAYNE, BENJAMIN, 16 OSCEOLA LANE, BILLERICA, MA 01821

10925　PAYNE, BENJAMIN, 3543 MARCIA DR, SMYRNA, GA 30082

10925　PAYNE, BENJAMIN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　PAYNE, BEVERLY, 416 W. CROWFORD, PAMPA, TX 79065

10925　PAYNE, BRENDA, 119 CLYDE RD., FOUNTAIN INN, SC 29644

10925　PAYNE, BRENDA, 485 WESTOVER HILLS BLVD #105, RICHMOND, VA 23225

10925　PAYNE, CARL, 3025 KY. 554, OWENSBORO, KY 42301

10925　PAYNE, CATHERINE, 433 13TH AVE E, SEATTLE, WA 98102

10925　PAYNE, CHARLES, 953 RAINTREE LANE, MAINEVILLE, OH 45039

10925　PAYNE, CHRISTY, 3278 WOODVIEW DR, JACKSON, MS 39212

10925　PAYNE, DANIEL, 8025 KRISTINA LN, N. RICHLAND HILLS, TX 76180

10925　PAYNE, DARRELL, 22663 SITTING BULL ROAD, APPLE VALLEY, CA 92307

10925　PAYNE, DONALD R, 1020 ATHERTON LANE, WOODSTOCK, GA 30188

10925　PAYNE, DONALD, 820 WELLMAN AV, NORTH CHELMSFORD, MA 01863

10925　PAYNE, EDITH, 421 MORNINGSIDE DR, FREDERICKSBURG, VA 22401

10925　PAYNE, EDWARD, 1664 FEDERAL AVE E, SEATTLE, WA 98102

10925　PAYNE, FRANCIS, 5858 KY 1389, OWENSBORO, KY 42301

10925　PAYNE, GERALD, 3537 SHUT OUT CT, OWENSBORO, KY 42303

10925　PAYNE, GREGORY, 6968 MILTON RD, PHILPOT, KY 42366

10925　PAYNE, JANE, 4010 BERNHARDT DR., MOBILE, AL 36605

10925　PAYNE, JOANNE, 5003 W BONNER DR, MCHENRY, IL 60050

10925　PAYNE, JOSEPH, 5838 HWY 405, OWENSBORO, KY 42303

10925　PAYNE, JOSEPH, 9411 HWY 144, PHILPOT, KY 42366

10925　PAYNE, JR, JAMES, 6471 LILAC LN, UTICA, KY 42376

10925　PAYNE, KAREN, 508 CORAL DR., HIAWATHA, IA 52233

10925　PAYNE, KAREN, PO BOX 956, EL PRADO, NM 87529

10925　PAYNE, KATHY, 1593 COLLINGWOOD, MARIETTA, GA 30067

10925　PAYNE, KEVIN, 3 LAKE ST, CONCORD, NH 03301

10925　PAYNE, LARRY, 1511 W. WARNER, GUTHRIE, OK 73044

10925　PAYNE, LINDA, RT 3, CARNESVILLE, GA 30521

10925　PAYNE, LINWOOD, 421 MORNIGSIDE DR, FREDERICKSBURG, VA 22401

10925　PAYNE, LISSA, 3541 BARRYMORE DRIVE, RENO, NV 89512

10925　PAYNE, LYNNETTE, PO BOX 141, PENELOPE, TX 76676

10925　PAYNE, MATTHEW, 410 KELLY MILL RD, CUMMING, GA 30130

10925　PAYNE, MELANIE, 9406 CRISPIN, HOUSTON, TX 77080

10925　PAYNE, MICHAEL, 8151 HWY 54, PHILPOT, KY 42366

10925　PAYNE, PAULA, 3 LAKE ST, CONCORD, NH 03301

10925　PAYNE, PHYLLIS, 409 SE NATHAN PASS, LEES SUMMIT, MO 64063

10925　PAYNE, REBECCA, RT 2 BOX 121, ALTO, GA 30510

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PAYNE, RUSSELL, 1659 ALPINE DR, DALEVILLE, VA 24083

10925   PAYNE, WHITNEY, 1265 N. CAPITOL, SAN JOSE, CA 95132

10925   PAYNTER, JAMES ERNEST, R-1 BOX 179A, BLANCHARDVILLE, WI 53516-9801

10925   PAYNTER, JAMES, W 7740 HWY. 39, BANCHARDVILLE, WI 53516

10925   PAYROLL SERVICES INC, 1800 JOHN F KENNEDY BLVD, PHILADELPHIA, PA 19103-7478

10924   PAYSON HOSPITAL, SMITH & GREEN, PAYSON, AZ 85541

10925   PAYTAS JR, GEORGE, C/O ST VINCENT CHARITY HOSPITAL, 2351 E 22ND ST, CLEVELAND, OH 44115-3111

10925   PAYTON, JARRETT, 5701 NORTH DALPASO, HOBBS, NM 88240

10925   PAYTON, JOANNE, 646 W BITTERSWEET PLACE UNIT #3, CHICAGO, IL 60613

10925   PAYTON, KIMBERLY, 12990 HAMPTON FOREST CT, FAIRFAX, VA 22030

10925   PAYTON, RICKY, RR#1, LYNN CITY RD., SACRAMENTO, KY 42372

10925   PAYTON, ROBERT A, 16917 ROLLING ROCK DR, TAMPA, FL 33618

10925   PAYTON, ROBERT, 16917 ROLLING ROCK DRIVE, TAMPA, FL 33618

10925   PAYTON, WILLIAM, 2034 STRADIVARIUS LN, CARROLLTON, TX 75007

10925   PAZ, ARNOLDO, 3024 JONATHAN, FALLS CHURCH, VA 22024

10925   PAZ, DIANA, 313 CLIFF, SAN ANTONIO, TX 78214

10925   PAZ, INMAR, 518 S. SPRING ST, FALLS CHURCH, VA 22046

10925   PAZ, JORGE, 12400 BROOKGLADE #27, HOUSTON, TX 77099

10925   PAZ, JOSE, 4455 W. 102ND ST., INGLEWOOD, CA 90304

10925   PAZ, JOSE, 913 N WAYNE ST #202, ARLINGTON, VA 22201

10925   PAZ, LORENZA, 1948 RUBY RD, IRVING, TX 75060

10925   PAZ, ROBERTO, 518 S. SPRING ST, FALLS CHURCH, VA 22046

10925   PAZ, ROBERTO, 9935 NW 46 ST, MIAMI, FL 33178

10925   PAZNONSKI, LEONARD, 545 S MAIN ST, PITTSTON, PA 18640

10925   PAZZANESE, JAMES, 177 LEXINGTON ST, BELMONT, MA 02478

10925   PB & S CHEMICAL CO., SECTION 970, LOUISVILLE, KY 40289

10925   PBCC, ATTN: V. ZOLGHADRI, ATLANTA, GA 30358

10925   PBCC, PO BOX 85390, LOUISVILLE, KY 40285

10925   PBCC, PO BOX 85460, LOUISVILLE, KY 40285-5460

10925   PBCC, PO BOX 856460, LOUISVILLE, KY 40285-6460

10925   PBI INC., 583 FREDERICK RD 3B, CATONSVILLE, MD 21228

10925   PBI-AMERICAS CLEAN AIR CELEBRATION, 1201 7 LOCKS RD,STE300-ATTN:HEATHER, POTOMAC, MD 20854

10924   PBM CONCRETE INC, PO BOX 460, ROCHELLE, IL 61068

10924   PBM CONCRETE, 111 FIFTH AVENUE, ROCHELLE, IL 61068

10924   PBS & J ORLANDO OFFICE BUILDING, 482 KELLER ROAD, ORLANDO, FL 32810

10925   PBSS EXCHANGE, 8 COMMERCIAL ST, HICKSVILLE, NY 11801

10924   PBX CORPORATION, 1736 NORTH 9TH ST., SAPULPA, OK 74066

10924   PBX CORPORATION, PO BOX644, SAPULPA, OK 74067

10925   PC & MAC CONNECTION, POBOX 8983, BOSTON, MA 02266-8983

10925   PC & MAC CONNECTION, ROUTE 101A 730 MILFORD ROAD, MERRIMACK, NH 03054-4631

10925   PC COMPLETE OF TENNESSEE, INC, 3084 VILLAGE SHOPS DRIVE, GERMANTOWN, TN 38138

10925   PC COMPUTING, PO BOX 58200, BOULDER, CO 80322-8200

10925   PC COMPUTING, POBOX 58206, BOULDER, CO 80321-8206

10925   PC CONNECTION, INC, 528 ROUTE 13 SOUTH, MILFORD, NH 03055

10925   PC CONNECTION, INC, 730 MILFORD ROAD, ROUTE 101A, EAST MERRIMACK, NH 03054-4631

10925   PC CONNECTION, INC, PO BOX 4520, WOBURN, MA 01888-4520

10925   PC DOCS INC, P BOX 414388, BOSTON, MA 02241

10925   PC DOCTORS INC, THE, 498 COBB PKWY SOUTH, MARIETTA, GA 30062

10925   PC MAGAZINE CD, PO BOX 59494, BOULDER, CO 80322-9494

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PC MAGAZINE, PO BOX 51524, BOULDER, CO 80323-1524 | |
| 10925 | PC MAGAZINE, PO BOX 54064, BOULDER, CO 80322-4064 | |
| 10925 | PC MAGAZINE, PO BOX 54070, BOULDER, CO 80322-4070 | |
| 10925 | PC MAGAZINE, PO BOX 54080, BOULDER, CO 80321-4080 | |
| 10925 | PC MAGAZINE, PO BOX 54080, BOULDER, CO 80322-4080 | |
| 10925 | PC MAGIC, 5344 COVINGTON HWY, DECATUR, GA 30035 | |
| 10925 | PC NOVICE, PO BOX 82517, LINCOLN, NE 68501-2517 | |
| 10925 | PC SERVICE SOURCE, PO BOX 840438, DALLAS, TX 75284-0438 | |
| 10925 | PC SERVICES INC., ONE SOUTH WASHINGTON, SPOKANE, WA 99204 | |
| 10925 | PC USER BOOK CLUB, PO BOX 6004, RIVERSIDE, NJ 08370-6004 | |
| 10925 | PC WAREHOUSE, 47 WATER ST., SOUTH NORWALK, CT 06854 | |
| 10925 | PC WORLD, PO BOX 37568, BOONE, IA 50037 | |
| 10925 | PC WORLD, PO BOX 55000, BOULDER, CO 80322 | |
| 10924 | PCA APPAREL INDUSTRIES, 801 HIGHLANDDRIVE, MADISONVILLE, TN 37354 | |
| 10924 | PCA APPAREL INDUSTRIES, PO BOX 271, MANCHESTER, TN 37349 | |
| 10925 | PCA ENGINEERING INC., 430 MONTCLAIR AVE, POMPTON LAKES, NJ 07442 | |
| 10924 | PCB ENGINEERING INC, 1478 GLADDING COURTS, MILPITAS, CA 95035 | |
| 10924 | PCC AIRFOILS, INC, 1781 OCTAVIA ROAD, CLEVELAND, OH 44112 | |
| 10924 | PCC, 5105 REX MCLEOD DRIVE, SANFORD, NC 27330 | |
| 10925 | PCE INC, 22 MERIDIAN ROAD, EATONTOWN, NJ 07724 | |
| 10924 | PCE INC, 468 INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724 | |
| 10925 | PCE OF LA. INC., PROFESSIONAL CONSULTING ENGINEERS, OF LOUISIANA, PO BOX 149, SULPHUR, LA 70664-0149 | |
| 10925 | PCI CENTRAL REGION, 7870 OLENTANGY RIVER ROAD, COLUMBUS, OH 43235-1319 | |
| 10924 | PCI DE MEXICO S.A. DE C.V., NINOS HEROES #150 DESP. 6-404, COL. DOCTORES C.P., 06720MEXICO | *VIA Deutsche Post* |
| 10925 | PCI DE MEXICO SA DE CV, NINOS HEROES #150 DESP. 6-404, COL DOCTORES, 99999 | |
| 10924 | PCI OZONE & CONTROL SYSTEMS, INC., 1 FAIRFIELD CRESCENT, CALDWELL, NJ 07006 | |
| 10925 | PCI SERVICE CO., 7909 PHILADELPHIA RD., BALTIMORE, MD 21237-2694 | |
| 10925 | PCI, 175 WEST JACKSON BLVD., CHICAGO, IL 60604-9773 | |
| 10924 | PCI/1900 MAIN ST., IRVINE, CA 92604 | |
| 10924 | PCI/1901 MAIN & MAC ARTHUR, 1901 MAIN ST., IRVINE, CA 92709 | |
| 10924 | PCI/24 HOUR FITNESS, CRAIG & CLAYTON, NORTH LAS VEGAS, NV 89031 | |
| 10924 | PCI/24 HOUR FITNESS, WEST SAHARA & BUFFALO, LAS VEGAS, NV 89134 | |
| 10924 | PCI/400 N. BRAND, 400 N. BRAND, GLENDALE, CA 91201 | |
| 10924 | PCI/ADVANCED TECH.ACADEMY, 2501 VEGAS DR., LAS VEGAS, NV 89101 | |
| 10924 | PCI/ALADDIN THEATER, 3667 S. LAS VEGAS BLVD., LAS VEGAS, NV 89101 | |
| 10924 | PCI/AMBERGLEN, 1925 N.W. AMBERGLEN PKWY., HILLSBORO, OR 97124 | |
| 10924 | PCI/AMERICAN AIRLINE, LAX, LOS ANGELES, CA 90045 | |
| 10924 | PCI/AMERICAN AIRLINES, ACOUSTICAL MATERIAL SERVICES, LOS ANGELES, CA 90001 | |
| 10924 | PCI/ANAHEIM HILLS AUTO BODY, ANAHEIM, CA 92807 | |
| 10924 | PCI/CALIFORNIA DEPT. OF FORESTRY, 444 E. BONITA AVE., SAN DIMAS, CA 91773 | |
| 10924 | PCI/CENTRAL CHRISTIAN CHURCH, I95 & RUSSELL RD., LAS VEGAS, NV 89101 | |
| 10924 | PCI/CENTURY THEATERS, 81555 EUREKA RD, ROSEVILLE, CA 95661 | |
| 10924 | PCI/CHINESE THEATER, HOLLYWOOD, CA 90028 | |
| 10924 | PCI/CLARK COUNTY DETENTION CENTER, 330 S. CASINO CENTER, LAS VEGAS, NV 89101 | |
| 10924 | PCI/CNF, 2040 N.W. THURMAN, PORTLAND, OR 97208 | |
| 10924 | PCI/COMMERCE CASINO, 6121 TELEGRAPH RD, COMMERCE, CA 90040 | |
| 10924 | PCI/CRYSTAL COURT, COSTA MESA, CA 92627 | |
| 10924 | PCI/DAVE & BUSTER'S, 3025 CAMINO DEL RIO  NORTH, SAN DIEGO, CA 92101 | |
| 10924 | PCI/DISNEY STUDIO, C/O ACOUSTICAL MATERIAL SERVICES, BURBANK, CA 91501 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924  PCI/DORNBECHER CHILDREN'S HOSPITAL, CAMPUS DR., PORTLAND, OR 97203

10924  PCI/EASTERN STATE HOSPITAL, WEST 850 MAPLE ST., MEDICAL LAKE, WA 99022

10924  PCI/FEDERAL BUILDING, 333 S. 6TH ST.  (OR DELIVER TO), 601 S. LAS VEGAS BLVD., LAS VEGAS, NV 89101

10924  PCI/FIESTA HOTEL & CASINO, 2400 N. RANCHO RD., LAS VEGAS, NV 89130

10924  PCI/FIRST NATIONAL BANK OF OREGON, BROADWAY & OAK, EUGENE, OR 97440

10924  PCI/GLENDALE PLAZA, 134 FRWY. & CENTRAL, GLENDALE, CA 91201

10924  PCI/HARD ROCK CASINO, 4455 PARADISE RD., LAS VEGAS, NV 89109

10924  PCI/HOAG HOSPITAL, NEWPORT BEACH, CA 92657

10924  PCI/HOAG HOSPITAL, WESTSIDE BUILDING MATERIALS, NEWPORT BEACH, CA 92657

10924  PCI/HOLLYWOOD & HIGHLAND, HOLLYWOOD BLVD & HIGHLAND, HOLLYWOOD, CA 90028

10924  PCI/HUNTINGTON MEMORIAL, C/O ACOUSTICAL MTL. SERVICES "AMS", PASADENA, CA 91109

10924  PCI/HUNTINGTON MEMORIAL, WESTSIDE BLDG. MTL., PASADENA, CA 91101

10924  PCI/IKEA, BURBANK, CA 91501

10924  PCI/INTEL JONES FARM 4, PERFORMANCE CONTRACTING, 2110 N.E. 15TH, HILLSBORO, OR 97124

10924  PCI/INTEL JONES FARM 5, 2110 N.E. 15TH, HILLSBORO, OR 97123

10924  PCI/INTEL RONLAR ACRES, 2501 NE 229TH AVE., HILLSBORO, OR 97123

10924  PCI/INTEL, PERFORMANCE CONTRACTING, 2501 N.W. 229TH AVE., HILLSBORO, OR 97123

10924  PCI/INTEL-D1C, 2501 N.E. 229TH, HILLSBORO, OR 97123

10924  PCI/INTERIOR APPLICATIONS, 6621 E. MISSION ST., SPOKANE, WA 99212

10924  PCI/INVERNESS JAIL, 11640 N.E. INVERNESS, PORTLAND, OR 97201

10924  PCI/JACK LUND SCHOEFIELD, SPENCER & WIGWAM, LAS VEGAS, NV 89109

10924  PCI/JOB - VENTURA, WESTSIDE BUILDING MTLS, VENTURA, CA 93001

10924  PCI/LA CELLULAR, CERRITOS, CA 90703

10924  PCI/LAX-AMERICAN AIRLINE, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924  PCI/LITTLE COMPANY OF MARY, 4101 TORRANCE BLVD., TORRANCE, CA 90503

10924  PCI/MATERNAL CHILD & HEALTH CARE, 1115 S. SUNSET AVE., WEST COVINA, CA 91790

10924  PCI/MOUNTAINVIEW HOSPITAL, 3100 N. TENAYA WAY, LAS VEGAS, NV 89119

10924  PCI/NIKKEN, 52 DISCOVERY, IRVINE, CA 92604

10924  PCI/NORCORE JAIL, 221 WEBBER RD., THE DALLES, OR 97058

10924  PCI/NORTHTOWN MALL, 4600 N. DIVISION, SPOKANE, WA 99201

10924  PCI/OREGON STEEL MILL, 14400 N. RIVER GATE, PORTLAND, OR 97201

10924  PCI/OZONE WATER TREATMENT FACILITY, 243 LAKESHORE, BOULDER CITY, NV 89005

10924  PCI/PARIS CASINO, 3675 AUDREY LN., LAS VEGAS, NV 89109

10924  PCI/PARK TOWERS, 1 HUGHES CENTER DR, LAS VEGAS, NV 89101

10924  PCI/PDX AIRPORT, AIRPORT WAY, PORTLAND, OR 97201

10924  PCI/PROJECT "F", I15 W ON FLAMINGO & ARVILLE, LAS VEGAS, NV 89119

10924  PCI/RESORT AT GREEN VALLEY, 215 FWY. & GREEN VALLEY PKWY., HENDERSON, NV 89015

10924  PCI/RESORT AT SUMMERLIN, 9004 CANYON RUN DR., LAS VEGAS, NV 89134

10924  PCI/RIVER MOUNTAIN PROJECT, 1299 BURKHOLDER, HENDERSON, NV 89014

10924  PCI/RIVER PARK SQUARE, 818 W. MAIN AVE., SPOKANE, WA 99201

10924  PCI/ROBINSON'S MAY, VENTURA, CA 93001

10924  PCI/S & H, 4111 NE 112, VANCOUVER, WA 98685

10924  PCI/ST. PATRICK HOSPITAL, 500 W. BROADWAY, MISSOULA, MT 59802

10924  PCI/ST. VINCENT HOSPITAL MOB, 9427 S.W. BARNES RD., PORTLAND, OR 97201

10924  PCI/STANDARD PLAZA, PORTLAND, OR 97201

10924  PCI/SUNRISE HOSPITAL, 3186 S. MARYLAND PKWY, LAS VEGAS, NV 89109

10924  PCI/SUPERBLOCK, C/O CAL-PLY REDLANDS, 616 IOWA ST., REDLANDS, CA 92373

10924  PCI/SUTTER AMADOR HOSPITAL, 200 MISSION BLVD., JACKSON, CA 95642

10924  PCI/UNVERSAL 9TH FLOOR, 100 UNIVERSAL CITY PLAZA, LOS ANGELES, CA 90068

10924  PCI/VALLEY CHILDRENS HOSPITAL, FRESNO, CA 93650

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | PCI/WILLIAMETTE VIEW, 12705 S.E. RIVER RD., PORTLAND, OR 97222 | |
| 10924 | PCL HARDAWAY/INTERBETON, 2517 FERRY RD., VIRGINIA BEACH, VA 23455 | |
| 10924 | PCL/HARBERT, DENVER INT'L AIRPORT-MAIN TERMINAL, COMMERCE CITY, CO 80022 | |
| 10925 | PCMAC, 100 NORTH BRAND BLVD SUITE 200, GLENDALE, CA 91203 | |
| 10925 | PCOTT, RONALD, 4396 FIELDING LANE, NORCROSS, GA 30092 | |
| 10925 | PCP CHARITY GOLF TOURNAMENT, 835 S.STOCKTON, LODI, CA 95240 | |
| 10924 | PCS BUILIDNG, C/O: UNIVERSAL ROOFERS, SCOTTSDALE, AZ 85260 | |
| 10925 | PCS COMPLEAT INC, PO BOX 3008, BOSTON, MA 02241-3008 | |
| 10925 | PCS IN A PINCH, 338 CLUBHOUSE ROAD, BALTIMORE, MD 21263-1972 | |
| 10925 | PCS IN A PINCH, PO BOX 631972, BALTIMORE, MD 21263-1972 | |
| 10925 | PCS IN A PINCH-SYSTEM SOURCE, 338 CLUBHOUSE RD., HUNT VALLEY, MD 21031 | |
| 10925 | PCS NITROGEN FERTILIZER LP, 5790 OLD MILLINGTON RD, MILLINGTON, TN 38053 | |
| 10925 | PCS NITROGEN FERTILIZER LP, PO BOX 102835, ATLANTA, GA 30368-2835 | |
| 10924 | PCS NITROGEN FERTILIZER LTD, ATLANTIC AVENUE, POINT LISAS, TTO | *VIA Deutsche Post* |
| 10925 | PCS NITROGEN FERTILIZER, LP, 3175 LENOX PARK BLVD. SUITE 400, MEMPHIS, TN 38115-4256 | |
| 10925 | PCS NITROGEN FERTILIZER,LP, PO BOX 630, WILMINGTON, NC 28402 | |
| 10925 | PCS SALES (USA), INC, PO BOX 102835, ATLANTA, GA 30368-2835 | |
| 10925 | PCS SALES (USA), INC, PO BOX 71029, CHICAGO, IL 60694-1029 | |
| 10925 | PCS SALES, (USA), PO BOX 102835, ATLANTA, GA 30368 | |
| 10924 | PCS WAREHOUSE, 11011 120TH AVE. N.E., KIRKLAND, WA 98033 | |
| 10924 | PCS/SEATAC CONTROL TOWER, 2440 S. 166TH, SEATTLE, WA 98158 | |
| 10924 | PDC GLASS OF MICHIGAN, INC., 11866 HUBBARD, LIVONIA, MI 48150 | |
| 10924 | PDC WAREHOUSE/ORCH, REF P.O. B14101-0027, PALM RD., ITHACA, NY 14853 | |
| 10924 | PDG/GPU, MADISON AVE. AT PUNCH BOWL ROAD, MADISON, NJ 07940 | |
| 10925 | PDI, 2245 WEST UNIVERSITY DR, TEMPE, AZ 85281 | |
| 10925 | PDMA CORPORATION, 5909-C HAMPTON OAKS PKWY, TAMPA, FL 33610 | |
| 10925 | PDMA, PO BOX 809263, CHICAGO, IL 60680-9263 | |
| 10925 | PDQ PRINTING SERVICE, INC, 1914 CLARK AVE., CLEVELAND, OH 44109 | |
| 10924 | PDVSA SERVICES, INC., 1617 NW 84TH AVENUE, MIAMI, FL 33122 | |
| 10924 | PDX TAP, PORTLAND, OR 97220 | |
| 10924 | PE BLDG., SIERRA LATHING, LOS ANGELES, CA 90001 | |
| 10925 | PEABODY & ARNOLD, 50 ROWES WHARF, BOSTON, MA 02110-3342 | |
| 10925 | PEABODY DEVELOPMENT, PO BOX 66746, 301 N MEMORIAL DR #300, ST. LOUIS, MO 63166 | |
| 10925 | PEABODY ENGINEERING CORP., 39 MAPLE TREE AVE., STAMFORD, CT 06907 | |
| 10925 | PEABODY ENGINEERING CORPORATION, 1000 BRIDGEPORT AVE, SHELTON, CT 06484 | |
| 10925 | PEABODY ENGINEERING, 13618 ALMA AVE, GARDENA, CA 90249 | |
| 10925 | PEABODY ENGINEERING, PO BOX 1213 DEPT 925, NEWARK, NJ 07101-1213 | |
| 10925 | PEABODY HOTEL, THE, 149 UNION AVE, MEMPHIS, TN 38103 | |
| 10925 | PEABODY OFFICE FURNITURE CORP., PO BOX 5561, BOSTON, MA 02206 | |
| 10925 | PEABODY PRESS INC., 1023 S. CURLEY ST., BALTIMORE, MD 21224 | |
| 10925 | PEABODY PRESS, 1023 S. CURLEY ST, BALTIMORE, MD 21224 | |
| 10925 | PEABODY, ARTHUR, 626 ROCKY RIVER, HOUSTON, TX 77056 | |
| 10925 | PEABODY, ARTHUR, PO BOX 826, UPTON, WY 82730 | |
| 10925 | PEABODY, BETTY SUE, 626 ROCKY RIVER, HOUSTON, TX 77056 | |
| 10925 | PEABODY, INC, PO BOX 1245/13618 S. ALMA AV, GARDENA, CA 90249 | |
| 10925 | PEACE BRIDGE BROKERAGE LTD., PO BOX 920, BUFFALO, NY 14213 | |
| 10925 | PEACE BRIDGE BROKERAGE, LIMITED, PO BOX 40, FORT ERIE, ON L2A 5M7CANADA | *VIA Deutsche Post* |
| 10925 | PEACE CENTER FOUNDATION, 101 WEST BROAD ST, GREENVILLE, SC 29601 | |
| 10924 | PEACE COLLEGE, C/O WARCO, 15 EAST PEACE STREET, RALEIGH, NC 27604 | |
| 10925 | PEACE PRODUCTS COMPANY, 143 PENNSYLVANIA AVE, MALVERN, PA 19355 | |
| 10925 | PEACE, MICHAEL, 200 AVE K SE APT #273, WINTER HAVEN, FL 33880 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PEACH STATE INSTRUMENTS, 869 PICKENS INDUSTRIAL DR SUITE 1, MARIETTA, GA 30062

10925   PEACH, BYRON, 764 BERWYN AVE, OWENSBORO, KY 42301

10925   PEACH, STEPHEN, 13121 BRAHMS TERR, SILVER SPRING, MD 20904

10924   PEACH, THE, 2868 PEACHTREE ROAD, ATLANTA, GA 30305

10924   PEACHTREE CENTER, 230 PEACHTREE STREET, ATLANTA, GA 30329

10925   PEACHTREE CITY FOAMCRAFT, 386 SENOIA ROAD, TYRONE, GA 30290

10924   PEACHTREE CITY FOAMCRAFT,INC, 386 SENOIA ROAD, TYRONE, GA 30290

10925   PEACHTREE CORNERS, 5635 PEACHTREE PKWY SUITE 100, NORCROSS, GA 30092

10924   PEACHTREE EXECUTIVE CENTER, 2443 HIGHWAY 54, OXFORD, GA 30267

10924   PEACOCK COLORS, 1000 NATIONAL AVENUE, ADDISON, IL 60101

10924   PEACOCK COLORS, 1000 NATIONAL AVENUE, ADISON, IL 60101

10925   PEACOCK, ANGELA, 3350 ADKINS LN., CHATTANOOGA, TN 37419

10925   PEACOCK, BOBBY, 1304 21ST AVE SW, CEDAR RAPIDS, IA 52404

10925   PEACOCK, JAMES D, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

10925   PEACOCK, JAMES, 3350 ADKINS LANE, CHATTANOOGA, TN 37419

10925   PEACOCK, JANET, 5002 70TH PL, HYATTSVILLE, MD 20789

10925   PEACOCK, KAREN, 229 MADISON AVE, WARMINSTER, PA 18974

10925   PEACOCK, SYBIL, 807 VALENCIA ROAD, PLANT CITY, FL 33566

10925   PEACOCK, T, 5705 40TH ST, VERO BEACH, FL 32966

10925   PEACOCK, VIRGINIA, 538R WALPOLE ST, NORWOOD, MA 02062

10925   PEAGLER, CHARLES, 2180 HELM AVE, NORTH CHARLESTON, SC 29405

10925   PEAK 1 RESOURCES INC, 10394 W. CHATFIELD AVE., LITTLETON, CO 80127

10925   PEAK OIL GROUP, THE, SHOOK HARDY & BACON, ATTN: LAUREL L, 201 S BISCAYNE BLVD, MIAMI CENTER #2400, MIAMI, FL 33131-4332

10925   PEAK OIL SUPERFUND SITE, STATE ROAD 574, NEAR INTERSTATE 4, TAMPA, FL

10925   PEAK OILFIELD SERVICE CO, 2525 C ST #201, ANCHORAGE, AK 99503

10925   PEAK TECHNOLOGIES INC., PO BOX (8500) S-4955, PHILADELPHIA, PA 19178-4955

10925   PEAK TECHNOLOGIES, INC, PO BOX 651588, CHARLOTTE, NC 28265-1588

10925   PEAK, THOMAS, 2039 HWY. 587, FOXWORTH, MS 39483

10925   PEAKE, DIANNE, 17246 HANNA, MELVINDALE, MI 48122

10925   PEAKE, DONALD, 3 VERDUN AVE, GREENVILLE, SC 29609

10925   PEAKE, GEORGE, 117 ASH AVE, LYMAN, SC 29365

10925   PEARCE JR, BOBBY, 3023 BONNER, LAPORTE, TX 77571

10925   PEARCE, DANIEL, 211 MONROE, LOUDONVILLE, OH 44842

10925   PEARCE, DAVID, 158 LAKE SHORE DRIVE, PASADENA, MD 21122

10925   PEARCE, DONEGAL, 5252 WISCONSIN AVE, WASHINGTON, DC 20016

10925   PEARCE, DOUGLAS, 3745 WESTRIDGE CT., CRAIG, CO 81625

10925   PEARCE, EMMA, 2214 HINSON ROAD, DOVER, FL 33527

10925   PEARCE, JAMES, PO BOX 891, CRAIG, CO 81626

10925   PEARCE, JEFFREY, 1811-D MEADOWLAND LN, LOUISVILLE, TN 37777

10925   PEARCE, M, 2214 HINSON RD., DOVER, FL 33527

10925   PEARCE, ROBBIE, 839 N.LAMB, LAS VEGAS, NV 89110

10925   PEARCE, STEPHEN, 404 N MARKET ST, LOUDONVILLE, OH 44842

10925   PEARCE, WILLIAM, 77 CR 341, TUKA, MS 38852

10925   PEARD, DAVID, 124 WILLARD WAY, PLAISTOW, NH 03865

10925   PEARD, DAVID, 7 RANGEWAY ROAD, LEXINGTON, MA 02173

10925   PEARL ART & CRAFT SUPPLIES INC, 579 MASSACHUSETTS, CAMBRIDGE, MA 02139

10925   PEARL AUSTEIN TR UA, NOV 21 94, PEARL AUSTEIN TRUST, 14609 BROUGHAM WAY, GAITHERSBURG, MD 20878-0000

10925   PEARL D SCHAFER, 400 FARRELL DR APT 215, FT WRIGHT, KY 41011-3787

10925   PEARL GAS, 435 ILLINOIS AVE, MAUMEE, OH 43537

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PEARL M HESSEN, 216 HESS BLVD, LANCASTER, PA 17601-4048

10925   PEARL NECKLACE, PO BOX 761, NEWPORT, RI 02841

10925   PEARL RAKIN, 1021 GEORGIAN DR, LINDEN, NJ 07036-6007

10924   PEARL RIVER MIDDLE SCHOOL, 520 GILBERT AVENUE, PEARL RIVER, NY 10965

10925   PEARL ZAGELBAUM, 67-34 173RD ST, FLUSHING, NY 11365-3431

10925   PEARL, D-JEFFERY, 2143 CHAFFEE COURT, OWENSBORO, KY 42301

10925   PEARL, MARY, 2206 WRIGHT DRIVE, GREER, SC 29651-9402

10925   PEARL, RUTH, 5415 CHERYL LYNN LANE, BLACK RIVER, MI 48721

10924   PEARLGREEN CORPORATION, 606 WEST 131ST. STREET, NEW YORK, NY 10027

10925   PEARLMAN, BURT, 2100 EL DORADO WAY, CARROLLTON, TX 75006

10925   PEARLMAN, MARK, 347 S. MAIN ST, RANDOLPH, MA 02368

10924   PEARMAN & SON, INC., 14105 SO. NORMANDIE AVE, GARDENA, CA 90249

10924   PEARMAN & SON, INC., 14105 SOUTH NORMANDIE AVENUE, GARDENA, CA 90249

10925   PEARS COMPANY INC, 30 GLOUCESTER ST, BOSTON, MA 02115

10925   PEARSE PEARSON, 135 SOUTH ROAD, FARMINGTON, CT 06032

10924   PEARSON CONST. CO., RAMER, TN 38367

10924   PEARSON CONSTRUCTION, 3301 WEST MINISTER ST., WACO, TX 76701

10924   PEARSON ELECTRIC, INC., 16 RIVER ST, NORWALK, CT 06850

10924   PEARSON HALL/MURPHY HALL ADDITION, 1122 WEST CAMPUS ROAD, LAWRENCE, KS 66045

10925   PEARSON JR., ROBERT, 11224 COBLE ROAD, CHARLOTTE, NC 28227

10925   PEARSON SR, PETER, PO BOX 1170, BANDON, OR 97411

10924   PEARSON WALL SYSTEMS WAREHOUSE, 5205 18TH AVENUE SW, CEDAR RAPIDS, IA 52406

10924   PEARSON WALL SYSTEMS, CAMBRIDGE, MA 02140

10924   PEARSON WALL SYSTEMS, PO BOX 846, CEDAR RAPIDS, IA 52406

10925   PEARSON, BARBARA, 106 ODON CIRCLE, GREENVILLE, SC 29602

10925   PEARSON, BARBARA, 7615 LUMBERJACK, HOUSTON, TX 77040-1706

10925   PEARSON, BILLY, 6125 BOWDEN, AUSTELL, GA 30001

10925   PEARSON, BRIAN, 10344 HICKORY RIDGE ROAD, 427, COLUMBIA, MD 21044

10925   PEARSON, CHARLES, 2424 CORNING AVE APT 1, FORT WASHINGTON, MD 20746

10925   PEARSON, CHRISTY, 231 OVERHILL DRIVE, DUNCAN, SC 29334-9802

10925   PEARSON, DONALD, 719 SOUTH LINE EXT, GREER, SC 29651-4026

10925   PEARSON, DONALD, 8913 CRESTVIEW DRIVE, MANUEL, TX 77578

10925   PEARSON, GLORIA, RT 2 BOX 284, ROANOKE RAPIDS, NC 27870

10925   PEARSON, JACK B, 3838 N SAM HOUSTON PKWY E,#230, HOUSTON, TX 77032

10925   PEARSON, JACK, 7527 PRAIRIE OAK TRA, KINGWOOD, TX 77346

10925   PEARSON, JACKIE, 975 JONES MILL ROAD, FOUNTAIN INN, SC 29644

10925   PEARSON, JANET, 3581 LLOYD CR SO, MEMPHIS, TN 38108

10925   PEARSON, JOHN, 27 ROTH AVE, HELLERTOWN, PA 18055

10925   PEARSON, JOYCE, 8535 WALTON WOOD CT., ST. LOUIS, MO 63114

10925   PEARSON, LAURA L, 1021 HILLSBORO MILE #904, HILLSBORO BEACH, FL 33062

10925   PEARSON, LAURA, E. 22106 ROWAN, OTIS ORCHARDS, WA 99027

10925   PEARSON, LENTON, PO BOX 354, BARNWELL, SC 29812

10925   PEARSON, MARIAN, 12 SITKA AVE, GREENVILLE, SC 29607

10925   PEARSON, MELINDA, 25726 LUPITA DR., VALENCIA, CA 91355

10925   PEARSON, RAYMOND, 3922 EDMONDSON AVE., BALTIMORE, MD 21229

10925   PEARSON, RILEY, PO BOX 351, LOCKPORT, LA 70374

10925   PEARSON, SHARON, 4745 N. 50TH ST, MILWAUKEE, WI 53218

10925   PEARSON, STEPHEN, 2005 OAK COURT, AUSTELL, GA 30001

10925   PEARSON, TERRY, 5049 E. SCOTLAND RD., KIRKLIN, IN 46050

10925   PEARSON, TOMECA, 6042 N LEE ST 11-F, MORROW, GA 30260

10925   PEARSON, TRENT, 35 SPUR FOREST, DAYTON, TX 77535

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PEARSON, VICKLIN, 6111 BOWDEN ST, AUSTELL, GA 30001

10925   PEARSON, W, 3338 TOBACCO ROAD, APT 13, GREENVILLE, NC 27834

10925   PEARSON, WILLIAM, 1308 NORRIS AVE, CHARLOTTE, NC 28206

10925   PEARSON, WILLIAM, 519 CAMELOT, VICTORIA, TX 77901

10925   PEARSON, WILLIE, 4301 MAINE AVE., BALTIMORE, MD 21207

10925   PEARSON, WILTON, 3329 HWY 418E, FOUNTAIN INN, SC 29644

10925   PEARSON, WILTON, ROUTE 2, FOUNTAIN INN, SC 29644

10924   PEARSONS CONCRETE, 10284 UNDERWOOD RD, ACAMPO, CA 95220

10924   PEARSONS CONCRETE, 10284 UNDERWOOD ROAD, ACAMPO, CA 95220

10924   PEARSONS CONCRETE, 901 SIMMERHORN ROAD, GALT, CA 95632

10925   PEASE, ELLEN, 5403 MAGIE ST, BALTIMORE, MD 21225

10925   PEASE, LEONARD, 4933 SUN VALLEY, EL PASO, TX 79924

10925   PEASLEE, JOSEPH, 3740 BOX ELDER CT, WELLINGTON, CO 80549

10924   PEATON VILLAGE, 3305 CHRISTOPHER DR., JACKSON, WY 83001

10924   PEAVEY BUILDING, 730 2ND AVENUE SOUTH, MINNEAPOLIS, MN 55402

10924   PEAVEY BUILDING, C/O CONROY BROTHERS, MINNEAPOLIS, MN 55455

10925   PEAVEY, CHRISTOPHER, 15708 CAMINO CODORNIZ, SAN DIEGO, CA 92127

10925   PEAVEY, ELIZABETH, 82 LEONARD ST, CANTON, MA 02021-3244

10925   PEAVEY, JENNIFER, 104 E BEARDEN ST, GREER, SC 29651

10925   PEAVEY, JOHN, 82 LEONARD ST, CANTON, MA 02021

10925   PEAVY JR, LOUIS E, 1408 WAVERLY ST., LAKE CHARLES, LA 70605

10925   PEAVY JR, LOUIS, 1408 WAVERLY ST, LAKE CHARLES, LA 70605

10925   PEAVY, DOROTHY, 1613 CEDAR DOWNS DR PO. BOX 5253, MOBILE, AL 36605

10925   PEAVY, KEITH, 2310 BRENDA LN., ABILENE, TX 79606

10925   PEAVY, REBECCA, RT 3 BOX 392A, ALEXANDER CITY, AL 35010

10925   PEAVY, ROSLYN, 3400 LLOYD LN, MOBILE, AL 36693

10925   PEAY, ALBERT, PO BOX 1164, TEXAS CITY, TX 77592-1164

10925   PEAY, DAVID, 1053 BROOKWAY DRIVE, PLAINFIELD, IN 46168

10925   PEAY, JONATHAN, 6718 WAKEFIELD RD., COLUMBIA, SC 29203

10924   PEBBLE C OFFICE BUILDING, UNIVERSAL ROOFERS, LAS VEGAS, NV 89102

10925   PEBBLE CREEK COUNTRY CLUB, 101 PEBBLE CREEK DR, TAYLORS, SC 29687

10924   PEBBLE TECHNOLOGY INC., 7950 E.ACOMA, SCOTTSDALE, AZ 85260

10924   PEBBLE TECHNOLOGY, INC., 7950 E. ACOMA   SUITE 105, SCOTTSDALE, AZ 85260

10924   PEBBLE TECHNOLOGY, INC., 7950 E. ACOMA,   SUITE 105, SCOTTSDALE, AZ 85260

10924   PEBBLEBROOK HIGH SCHOOL, 991 OLD ALABAMA RD. S.W., MABLETON, GA 30059

10924   PEBBLEBROOK HIGH SCHOOL, 991 OLD ALABAMA RD., MABLETON, GA 30059

10925   PEBCO, PO BOX 7506, PADUCAH, KY 42001

10925   PEBLER, FRANCES, PO BOX 273, WEIRSDALE, FL 32195

10925   PEC VIKTRON, 5780 CARRIER DR, ORLANDO, FL 32819

10925   PECCATIELLO, K. A., 1543 CURRIE DR., SULPHUR, LA 70665-7936

10925   PECCATIELLO, KENNETH, 1543 CURRIE ROAD, SULPHUR, LA 70665

10925   PECCATIELLO, ROBERT, 1543 CURRIE DR, SULPHUR, LA 70665

10925   PECEVICH, JOHN, 1 POWERS ST, BEVERLY, MA 01915-2724

10925   PECH II, LORENZO, PO BOX 212, RACELAND, LA 70394

10925   PECH-AGUILAR, LORENZO, 143 DANTIN ST, RACELAND, LA 70394

10925   PECHAITIS, AMY, 480 COMMONWEALTH AVE, BOSTON, MA 02215

10924   PECHIN HOME CENTER III, 1 PECHEN RD, DUNBAR, PA 15431

10924   PECHIN HOME CENTER III, 1 PECHIN ROAD, DUNBAR, PA 15431

10924   PECHIN HOME CENTER III, 1000A MAIN ST., DENBO, PA 15429

10924   PECHINEY PACKAGING, RHYMNEY GWENT, WALES, GM 0UNK       ***VIA Deutsche Post***

10925   PECHINEY PLASTICS PACKAGING, PO BOX 905315, CHARLOTTE, NC 28290

    |9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PECHINEY WORLD TRADE USA, 475 STEAMBOAT RD., GREENWICH, CT 06830

10925    PECHINEY WORLD TRADE USA, BRANDEIS CHEMICAL DIV., PO BOX 73462, CHICAGO, IL 60673-7462

10925    PECINA, REBECCA, 531 CICERO, SAN ANTONIO, TX 78218

10925    PECK, ANTONY, 2716 VANPELT RD, SEBRING, FL 33872

10925    PECK, EDWARD, 7426 TIMBER LAKE TRAIL, #301, MADISON, WI 53719

10925    PECK, GERALD, 1830 KOOTER LANE, LAKELAND, FL 33805-8508

10925    PECK, KURT, 8819 RIDGE GATE, SAN ANTONIO, TX 78250

10925    PECK, MARCUS, 7840 JEFF DRIVE, JAX, FL 32244

10925    PECK, PHILLIP, 8504 AUGUSTA RD, PELZER, SC 29669

10925    PECK, SCOTT, 3187 LAUREL WAY, SNELLVILLE, GA 30278

10925    PECK, VICKY, 916 ARBOR DOWNS, PLANO, TX 75023

10925    PECKENS, SANDRA, 565 F.W. HARTFORD DR, PORTSMOUTH, NH 03801

10925    PECKHAM, DEANE, N8620 GARFIELD RD, HOLMEN, WI 54636

10925    PECKHAM, DONALD, 25 OUTLOOK AVE, PEABODY, MA 01960-6246

10925    PECKHAM, JEAN, 901 11TH ST, EUNICE, NM 88231

10925    PECKHAM, WILLIAM, 129 VENETIAN DRIVE, DELRAY BEACH, FL 33483

10924    PECO ENERGY COMPANY STOREROOM 348, EVERGREEN& SANATOGA ROAD, LIMERICK, PA 19468

10924    PECO ENERGY PLANT C/O ZACK PAINTING, 1848 LAY ROAD, DELTA, PA 17314

10925    PECO ENERGY, PO BOX 13437, PHILADELPHIA, PA 19101

10925    PECO ENERGY, PO BOX 13778, PHILADELPHIA, PA 19101

10925    PECO ENERGY, PO BOX 7888, PHILADELPHIA, PA 19101

10924    PECO, 23RD & MARKET STREET  15TH FLOOR, PHILADELPHIA, PA 19120

10924    PECO, PHILADELPHIA, PA 19106

10925    PECORA, LISA, 11540 SW 12TH ST, PEMBROKE PINE FL, FL 33025

10925    PECORE, CONNIE, 1811 BELFORD, AUSTIN, TX 78756

10925    PECTEN CHEMICAL CO, POBOX 8500 (S-2930), PHILADELPHIA, PA 19178-2930

10924    PEC-WISC, 1204 E. LINCOLN STREET, MOUNT HOREB, WI 53572

10924    PED MANUFACTURING LTD, 13963 FIR STREET, OREGON CITY, OR 97045

10925    PEDANA, ANTOINETTE, 26 GAMEWELL LA, WILLINGBORO, NJ 08046

10925    PEDDAR, MOLLIE, PO BOX 610363, NEWTON HIGHLANDS, MA 02461-0363

10925    PEDDICORD, DONALD, 2811 MISTY CIRCLE, DURANT, OK 74701

10925    PEDDLE, GABRIELLE, 2960 RIVERSIDE DR, CORAL SPRINGS, FL 33065

10925    PEDEN, HENRY, 2138 FAIRVIEW ROAD, FOUNTAIN INN, SC 29644

10925    PEDEN, JACKIE, ROUTE 1, FOUNTAIN INN, SC 29644

10925    PEDEN, JAMES, 3714 GRANDVIEW DR. APT. 121 C, SIMPSONVILLE, SC 29681

10925    PEDEN, WILL, 2001 N JEFFERSON 30, HOBBS, NM 88240

10925    PEDERS JR, THORVALD, 8606 WATER FALL DR, LAUREL, MD 20723

10925    PEDERSEN, ASTA E, 2069 NE GINGER TER, JENSEN BEACH, FL 34957-6720

10925    PEDERSEN, CYRIL, HC 1, BOX 1799, PENGILLY, MN 55775-9711

10925    PEDERSEN, ERNIE, 14174 SCHANBACHER RD, GULFPORT, MS 39503

10925    PEDERSEN, JAMES, 49 WILL DRIVE, 125, CANTON, MA 02021

10925    PEDERSEN, MARVIS, 12819 AVE DU BOIS SW, TACOMA, WA 98498-5231

10925    PEDERSEN, MICHAEL, 409 E. GREEN BOX 465, WEST BRANCH, IA 52358

10925    PEDERSEN, PATRICIA, 6301 MERCEDES BEND, AUSTIN, TX 78759

10925    PEDERSEN, RICHARD, 1511 GUNS ROAD, GREEN BAY, WI 54311

10925    PEDERSEN, THOMAS, 119 BIRCH LANE, NEW CITY, NY 10956

10925    PEDERSON, DUANE, 1426 46TH ST WEST, WILLISTON, ND 58801-1924

10925    PEDERSON, GEORGE, 84 LEONARD AVE, DRACUT, MA 01826-2420

10925    PEDERSON, HAROLD M, C/O MARGARET PEDERSON, 1203 W 9TH AVE, SPOKANE, WA 99204-3223

10925    PEDERSON, HEIDI, 3246 3RD PLACE, VERO BEACH, FL 32968

10925    PEDERSON, JEFFREY, 2600 UNIV. AVE. #95, WILLISTON, ND 58801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PEDERSON, JOHN, 44 MATAWANAKEE TR., LITTLETON, MA 01460

10925 PEDERSON, SCOTT, 2019 SCHANOCK DR, GREEN BAY, WI 54303

10925 PEDERSON, STEPHEN, PO BOX 487, MONTICELLO, WI 53570

10925 PEDIGO, ROBERT, 20705 MEADOW OAK RD, SARATOGA, CA 95070

10925 PEDLEY, JILL, 2 MONTCLAIR DR., AUBURN, MA 01501

10925 PEDRAZA, CARMEN, PO BOX 9762, CAGUAS, PR 00726

10925 PEDRAZA, HERLINDA, 329 EAST EVERETT AVE 2B, CRYSTAL LAKE, IL 60014

10925 PEDRAZA, IRMA, BO TOMAS DE CASTRO 1, CAGUAS, PR 00725

10925 PEDREGON, SYLVIA, 1121 RANGER ST., EL PASO, TX 79907

10925 PEDRO DEL MUNRO TRUCKING, 16369 E SAN BERNARDINO RD, COVINA, CA 91722

10925 PEDRO, GEORGE, 307 SUNSET LANE, ODESSA, TX 79763

10924 PEDRONI'S CAST STONE, INC, 5169 EDGEWOOD CT, JACKSONVILLE, FL 32254

10925 PEDROZA, DENNIS, 3500 MANZANITA AVE., BAKERSFIELD, CA 93307

10925 PEDUTO, KATHLEEN, 44 ALCOTT ST, ACTON, MA 01720

10925 PEDUTO, KATHLEEN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924 PEE DEE BLOCK CO., JONES AVE. EXT., MARION, SC 29571

10924 PEE DEE BLOCK, ATTN:  ACCOUNTS PAYABLE, FLORENCE, SC 29502

10925 PEEBLES, CURTIS, 2884 BATDORF, WOOSTER, OH 44691

10925 PEEBLES, DEBRA, RT 4 BOX 431, ROANOKE RAPIDS, NC 27870

10925 PEEBLES, DELMAR, 13751 TR 511, LAKEVILLE, OH 44638

10925 PEEBLES, M, 326 LANGSTON DRIVE, GREENVILLE, SC 29609

10925 PEEBLES, NADINE, 2884 BATDORF RD, WOOSTER, OH 44691

10925 PEEBLES, TABBY, 193 ORANGE BLOSSOM TR, ROANOKE RAPIDS, NC 27870

10925 PEED JR, ROBERT, 6701 FOXCATCHER CT, ELKRIDGE, MD 21075

10925 PEEDEN, CAROLYN, 1401 CYPRESS ST, GREENSBORO, NC 27405

10925 PEEL, BETTY, 6952 CEDAR KNOLL DR, DALLAS, TX 75236

10925 PEELE, JOHN, 18 LEROY ROAD, BROWNSBURG, IN 46112

10925 PEELE, NADIA, 1595 UNION ST, BROOKLYN, NY 11213

10925 PEELER, GEORGE, WESLEY MEADOWS RM 420, HERNANDO, MS 38632

10925 PEELING, CHARLES, 2605 OLD FORT SCHOOLHOUSE RD, HAMPSTEAD, MD 21074

10924 PEEN PACK SAND & GRAVEL, INC., 96 LYBOLT DRIVE, HUGUENOT, NY 12746

10925 PEEPLES JR., ROBERT, ROUTE 1 BOX 441, BROCKHAVEN, MS 39601

10925 PEEPLES, ALAN, 2127 REEDY FORK RD, PELZER, SC 29669-9236

10925 PEEPLES, JOSEPH, 1054 PEEPLES ROAD, KINGLAND, GA 31548

10925 PEEPLES, RICHARD, 4118 PARK DOUGLAS, HOUSTON, TX 77084

10925 PEEPLES, TAMATHA, 4721 LARCH DR, ZEPHYRHILLS, FL 33541

10925 PEERBOLTE, MARGARET, 901 N. ENTRANCE AVE, KANKAKEE, IL 60901

10924 PEERLESS BLOCK & BRICK COMPANY, 400 OLIVER STREET, SAINT ALBANS, WV 25177-1783

10924 PEERLESS BLOCK & BRICK, 400 OLIVER STREET, SAINT ALBANS, WV 25177

10924 PEERLESS BLOCK & SUPPLY, P O BOX 1400, SAINT ALBANS, WV 25177

10924 PEERLESS BLOCK CO, PO BOX1400, SAINT ALBANS, WV 25177

10924 PEERLESS COATINGS, 1611 22ND STREET S.E., CULLMAN, AL 35055

10924 PEERLESS CONCRETE PRODUCTS, 234 MAIN ST., BUTLER, NJ 07405

10924 PEERLESS CONCRETE PRODUCTS, 246 MAIN ST., BUTLER, NJ 07405

10924 PEERLESS CONCRETE PRODUCTS, USE "SOLD TO" 502927, 234 MAIN ST., BUTLER, NJ 07405

10924 PEERLESS ELECTRIC, P.O. BOX 7006, INDIANAPOLIS, IN 46207

10925 PEERLESS ELECTRONICS INC., 8815 CENTRE PARK DRIVE SUITE 208, COLUMBIA, MD 21045

10924 PEERLESS MANUFACTURING CO., PO BOX 845390, DALLAS, TX 75284-5390

10924 PEERLESS PRODUCTS INC, PO BOX 2469, SHAWNEE MISSION, KS 66201

10924 PEERLESS PRODUCTS, INC., HIGHWAY 69 SOUTH, FORT SCOTT, KS 66701

10924 PEERLESS PRODUCTS, PO BOX 431, FORT SCOTT, KS 66701

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PEERLESS PUMP COMPANY, 2005 DR. MARTIN LUTHER KING JR. ST., INDIANAPOLIS, IN 46202

10924   PEERLESS SUPPLY, 40 LOUISA VIENS DRIVE, DAYVILLE, CT 06241

10925   PEERLESS SUPPLY, PO BOX 276, NORTH SCITUATE, RI 02857

10924   PEERLESS SUPPLY, PO BOX 276, NORTH SCITUATE, RI 02857

10924   PEERLESS TUBE COMPANY, INC., 58-76 LOCUST AVENUE, BLOOMFIELD, NJ 07003

10925   PEERPOINT TECHNOLOGIES, PO BOX 40572, HOUSTON, TX 77240

10925   PEERS, M, 1032 GORDON AVE, GORDONSVILLE, VA 22942

10925   PEERY, JOANN, 2704 PEDERNALES, COLLEGE STATION, TX 77840

10925   PEETERS, PATRICK, 1140 DREWS DRIVE, DE PERE, WI 54115

10925   PEETERS, PATRICK, CUST, MARDI PEETERS, UNIF GIFT MIN ACT WI, 1140 DREWS DRIVE, DE PERE, WI 54115-1036

10925   PEEV, PEPI, 2416 VIA DEL ORO, CARROLLTON, TX 75006

10925   PEFFER, PATRICIA, RD #5 BOX 367, MT PLEASANT, PA 15666

10925   PEFFERMAN, JUNE, 394 RICH HILL RD, CHESWICK, PA 15024

10925   PEFINE JR, DOMINIC, 54 FRANCESCA AVE, SOMERVILLE, MA 02144

10925   PEFINE, MARY, 54 FRANCESCA AVE., SOMERVILLE, MA 02144

10925   PEGASUS SOFTWARE, 148 WOODSIDE ROAD, SIMPSONVILLE, SC 29680-6945

10925   PEGG, ANDREA, 9 MEADOW RD, WESTPORT, MA 02790

10925   PEGG, ROBIN, 11043 ZEOLITE DRIVE, RENO, NV 89506

10925   PEGGY CANTRELL, HWY 221, ENOREE, SC 29335

10925   PEGGY D PARROTT, 1 N ISLAND RD, STUART, FL 34996-7005

10925   PEGGY J HOLFORD, 10003 NORTH CO RD 7, WELLINGTON, CO 80549-0000

10925   PEGGY L PLIMPTON, 39 CLYDE ST, CHESTNUT HILL, MA 02167-2906

10925   PEGGY SEONG, WEST 421 RIVERSIDE #1150, SPOKANE, WA 99201-0600

10925   PEGO SYSTEMS, PO BOX 90038, LONG BEACH, CA 90809

10925   PEGO, DEMPSEY L, 1417 EAST KENT, SULPHUR, LA 70663

10925   PEGO, DEMPSEY, 1417 EAST KENT, SULPHUR, LA 70663

10925   PEI SYSTEMS INC, PO BOX 1945, LONG ISLAND CITY, NY 11101-0945

10925   PEIFER, RITA, 2750 CHURCHVIEW AVE, PITTSBURGH, PA 15227

10925   PEIFER, ROBERT, 72 CISNEY AVE, FLORAL PARK, NY 11001

10925   PEIFER, THEODORE, 9047 QUAIL CREEK DRIVE, TAMPA, FL 33647-2226

10925   PEIRCE RAIMOND ASSOC, 945 FOURTH AVE, SUITE 119, HUNTINGTON, WV 25701

10925   PEIRCE RAYMOND OSTERHOUT WADE CARLS, 2500 GULF TOWER, 707 GRANT ST, PITTSBURGH, PA 15219

10925   PEIRCE, CAMILLE, 6 PELL TERACE, GARDEN CITY, NY 11530

10925   PEIRCE, MATTHEW, 1334 THIRTY SECOND ST, 6, DES MOINES, IA 50311

10925   PEIRCE, RANDY, 6 WALNUT ST, REHOBOTH, MA 02769

10925   PEIRSOL, TIM, 136 DONNELLY DRIVE, CANYON LAKE, TX 78133

10925   PEIRSON JR, DWIGHT, 6400 CALLAND RD, URBANA, OH 43078

10925   PEKA, TERRI, 1329 B IVY TRAIL, CHESAPEAKE, VA 23320

10925   PEKIN LANDFILL, RR NO 2 TOWERLINE ROAD, PEKIN, IL

10925   PEKSA, MARK, 3004 W CROFT CIR, SPARTANBURG, SC 29302

10925   PELAEZ, ALEX, 1105 OTT LANE, N. MERRICK, NY 11566

10925   PELAEZ, MARCO, 6352 BELLINGHAM AVE, NORTH HOLLYWOOD, CA 91606

10925   PELAYO, MARGARITA, 4940 VIRGINIA AVE., LONG BEACH, CA 90805

10924   PELCO  ELECTRIC SUPPLY, P.O. BOX 1669, SPRINGDALE, AR 72765-1669

10925   PELCZAR, MARILYN, 1105 MICHIGAN CT, WINTER SPRINGS, FL 32708

10925   PELCZAR, NANCY, 206 MESSINGER ST, BANGOR, PA 18013

10925   PELEGRIN, LINDA, 628 S MONROE, 4, GREEN BAY, WI 54301

10925   PELES, VIRGINIA, 100 PINE CREST DRIVE, INDIANA, PA 15701

10925   PELESKA, DONALD, 912 LUNGA DRIVE, ROUND LAKE, IL 60073

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PELESKA, JERRY, 324 GLENWOOD, ROUND LAKE BEACH, IL 60073

10925   PELFREY, LINDA, 8230 SAN FERNANDO WY, DALLAS, TX 75218

10924   PELHAM TOOL CO., 21 ABENDROTH AVENUE, PORT CHESTER, NY 10573

10925   PELHAM, STEPHEN, 419 HILLCREST RD, APEX, NC 27502

10924   PELICAN BUILDING CENTER/, MOSS BUILDING SUPPLY, WASHINGTON, NC 27889

10924   PELICAN CO INC., 125 W. GREENVILLE BLVD., GREENVILLE, NC 27834

10924   PELICAN CO INC., 1292 HWY. 501 BUSINESS, CONWAY, SC 29526

10924   PELICAN CO INC., 603 HIGHWAY 17 SOUTH, LITTLE RIVER, SC 29566

10924   PELICAN CO INC., 815 LUMBER ST., MYRTLE BEACH, SC 29577

10924   PELICAN CO INC., HIGHWAY 17 BY-PASS, MURRELLS INLET, SC 29576

10924   PELICAN CO INC., PO BOX 860, PAWLEYS ISLAND, SC 29585

10924   PELICAN CONSTRUCTION SUPPLY, PO BOX95, KENNER, LA 70063

10924   PELICAN OF GREENVILLE, 125 W. GREENVILLE BLVD, GREENVILLE, NC 27834

10924   PELICAN OF LITTLE RIVER, 603 HIGHWAY 17, LITTLE RIVER, SC 29566

10924   PELICAN OF LITTLE RIVER, PO BOX 860, CONWAY, SC 29528

10924   PELICAN PARK, 63350 PELICAN DRIVE, MANDEVILLE, LA 70448

10924   PELICAN PARK, BETWEEN I-12 & US 190, MANDEVILLE, LA 70448

10925   PELICO, MAUREEN, 1270 SW 13TH DRIVE, BOCA RATON, FL 33486

10925   PELICO, MAUREEN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   PELIKAN, TOM, 13706 CLAYTON ROAD, ST LOUIS, MO 63017

10925   PELIPADA, BERNARDO, 318 WAYNE ST, JERSEY CITY, NJ 07302

10925   PELISHEK, LARRY, 6210 DOGWOOD DR, OCONTO, WI 54153

10925   PELKEY, D, 58 ERHARDT TRAIL, BARABOO, WI 53913

10925   PELKEY, R, 506 DUNNING ST., MADISON, WI 53704

10924   PELKOWSKI PRE CAST, 294A OLD NORTHPOST ROAD, KINGS PARK, NY 11754

10924   PELKOWSKI PRECAST CORP., 294A OLD NORTHPORT RD., KINGS PARK, NY 11754

10924   PELKOWSKI PRECAST CORP., 294A OLD NORTHPORT ROAD, KINGS PARK, NY 11754

10925   PELKY, DAVE, 881 ORCHID DRIVE, RIO RANCHO, NM 87124

10925   PELL, KENNETH, 42 HARVARD AVE, BROOKLINE, MA 02146

10925   PELL, NOAH, 637 KING ST, FRANKLIN, MA 02038

10924   PELLA CONSTRUCTION CO., 213 SOUTH MONROE ST., MONROE, IA 50170

10924   PELLA CONSTRUCTION COMPANY, P O BOX 25, PELLA, IA 50219

10924   PELLA CONSTRUCTION COMPANY, SOUTH CLARK ST., PELLA, IA 50219

10924   PELLA CONSTRUCTION COMPANY, SOUTH CLARK STREET, PELLA, IA 50219

10924   PELLA PLASTICS, INC., 1419 WASHINGTON STREET, PELLA, IA 50219

10925   PELLA WINDOW AND DOOR COMPANY, 2000 HAGGERTY ROAD, WEST BLOOMFIELD, MI 48322

10924   PELLA WINDOW CORPORATE OFFICE, HWY 163, PELLA, IA 50219

10925   PELLARCHY, NOEL, 1283 38TH ST NW, WINTER HAVEN, FL 33811-2256

10925   PELLEGRIN, KARL, 6310 TAVE ST., CHAUVIN, LA 70344

10925   PELLEGRIN, VIRGINIA, 198 ARDOYNE DR, HOUMA, LA 70360

10925   PELLEGRINI, DENISE, 2050 AUSTELL RD, MARIETTA, GA 30060

10925   PELLEGRINO JT TEN, ANTHONY & MARY, 222 BAY 11TH ST, BROOKLYN, NY 11228-3841

10925   PELLEGRINO, ELSIE, 550 ANDES AVE, ORLANDO, FL 32806

10925   PELLEGRINO, RITA, 6206 STEFANI DR., DALLAS, TX 75225

10925   PELLERIN, ERNEST, 2732 AERMOSA NE, ALBUQUERQUE, NM 87101

10925   PELLETIER, CELINE, 108 BARLEY SHEAF DR, NORRISTOWN, PA 19403

10925   PELLETIER, CHRISTINA, 80 PARK ST, 2, MEDFORD, MA 02155

10925   PELLETIER, KEITH, 123 ELLIOTT ST, DANVERS, MA 01923

10925   PELLETIER, LARRY, 10 MORGAN DRIVE, HAVERHILL, MA 01832

10925   PELLETIER, LISA, 3306 FAYETTE RD, KENSINGTON, MD 20895

10925   PELLETIER, LUCIEN, 465 BOSTON POST ROAD, AMHERST, NH 03031

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PELLETIER, MICHELLE, 3306 FAYETTE RD, KENSINGTON, MD 20895 | |
| 10925 | PELLETIER, NORMAND, 24 RENA, HUDSON, NH 03051 | |
| 10925 | PELLETIER, RAYMOND, PO BOX 3791, NASHUA, NH 03061 | |
| 10925 | PELLETIER, RICHARD, 17 CHERRY HILL AVE, SALEM, MA 01970-1915 | |
| 10925 | PELLETT, WALTER D, 823 SE THIRD AVE, PORTLAND, OR 97214 | |
| 10925 | PELLIS, ROBERTA, RD 2 BOX 182BB, BASKING RIDGE, NJ 07920 | |
| 10925 | PELLOM, DORIS, 133 N 475E, DANVILLE, IN 46122 | |
| 10925 | PELOCK, SANDRA, RR3 BOX 25, MOMEMCE, IL 60954 | |
| 10925 | PELOQUIN, ARTHUR, 50 SEASPRAY DR, E FALMOUTH, MA 02536 | |
| 10925 | PELOQUIN, MARK, 824 LESWOOD CT., BALTIMORE, MD 21222 | |
| 10925 | PELOSI, MARIA, 10700 ACADEMY NE, ALBUQUERQUE, NM 87111 | |
| 10925 | PELOUS, ROBERT, 4413 HAZARD RD, NEW IBERIA, LA 70560 | |
| 10925 | PELOWSKI, MARLYS, 102 EAGLECREST DR, HAMBURG, NY 14075 | |
| 10925 | PELT, WILBUR, 14046 S. LYDIA AVE., ROBBINS, IL 60472 | |
| 10925 | PELTIER, NICOLE, 4516 BARNETT ROAD, 2066, WICHITA FALLS, TX 76310 | |
| 10925 | PELTON, D, 11416 WOLF CREEK ROAD, EDMOND, OK 73034 | |
| 10925 | PELTON, MARY, 428 PINE TREE CIR W, KELLER, TX 76248 | |
| 10925 | PELTZ, BARBARA, 202 ROUNDUP, NEWCASTLE, WY 82701-3017 | |
| 10925 | PELUSO, M, 4036 BRANT ST #4, SAN DIEGO, CA 92103 | |
| 10925 | PELUZZO IRON WORKS INC, PO BOX 363827, SAN JUAN, PR 00936-3827 | |
| 10925 | PELZER, ANTHONY, PO BOX 35937, FAYETTEVILLE, NC 28303 | |
| 10925 | PELZER, RONALD, 835 E 10TH ST, SUPERIOR, NE 68978-2322 | |
| 10925 | PEMBER, BRIAN, 257 GLEN COURT, PASADENA, MD 21122 | |
| 10925 | PEMBERTON MARKET & LIQUORS, 2172 MASSACHUSETTS AVE, CAMBRIDGE, MA 02140 | |
| 10925 | PEMBERTON, CAROLINE, PO BOX 1346, MT. BELVIEU, TX 77580 | |
| 10925 | PEMBERTON, LISA, 1529 WESTERN OAKS, WACO, TX 76712 | |
| 10925 | PEMBERTON, SARAH, 411 SOLONA, SANTA FE, NM 87501 | |
| 10925 | PEMBERTON, STEVEN, 7747 S. JEFFERSON RD., SHREVE, OH 44676 | |
| 10924 | PEMBROKE STATE UNIVERSITY, PEMBROKE, NC 28372 | |
| 10924 | PEMBROOKE COMMONS, 1806 PEMBROOKE DRIVE, ORLANDO, FL 32810 | |
| 10924 | PEMCO INTERNATIONAL, 5601 EASTERN AVENUE, BALTIMORE, MD 21224-2791 | |
| 10924 | PEMEX-REFINACION C/O PMI, ATTN: ARACELI RUIZ, AV. MARINA NACIONAL 329, TORRE EJEC, 11311MEXICO | *VIA Deutsche Post* |
| 10924 | PEMEX-REFINACION C/O PMI, ATTN: ARACELI RUIZ, MEXICO, D.F. C.P. 11311, HOUSTON, TX 77040-3020 | |
| 10924 | PEMEX-REFINACION C/O PMI, TORRE EJECTUIVE PISO 22, MEXICO D.F.C.P., 11311MEXICO | *VIA Deutsche Post* |
| 10924 | PEMEX-REFINACION C/O PMI, TORRE EJECTUIVE PISO 22, MEXICO D.F.C.P., 99999MEXICO | *VIA Deutsche Post* |
| 10925 | PEMEX-REFINACION, 2500 CITIYWEST BLVD.,STE. 1750, HOUSTON, TX 77042 | |
| 10924 | PEMEX-REFINACION, 2500 CITY WEST BLVD/SUITE 2400, HOUSTON, TX 77042 | |
| 10924 | PEMEX-REFINACION, AGENCIA ADUANAL RAUL CARVAJA, 3541 E. 14TH STREET, BROWNSVILLE, 78520MEXICO | *VIA Deutsche Post* |
| 10924 | PEMEX-REFINACION, AGENCIA RAUL CARAJAL, 3547 E. 14TH STREET, BROWNSVILLE, 78520MEXICO | *VIA Deutsche Post* |
| 10924 | PEMEX-REFINACION, APARTADO POSTAL 1, TULA, 0MEXICO | *VIA Deutsche Post* |
| 10924 | PEMEX-REFINACION, ATTN: ACCOUNTS PAYABLE, 2500 CITY WEST BLVD, HOUSTON, TX 77042 | |
| 10924 | PEMEX-REFINACION, CARRETERA TRANSITSMICA KM.3, SALINA CRUZ, 0MEXICO | *VIA Deutsche Post* |
| 10924 | PEMEX-REFINACION, HEPECA INC, 14416 EXPORT RD/INT'L TRADE CTR, LAREDO, 78041MEXICO | *VIA Deutsche Post* |
| 10924 | PEMEX-REFINACION, TORRE EJEC, PISO 40 CO, MEXICO CITY, 11311MEXICO | *VIA Deutsche Post* |
| 10924 | PEMEX-SALAMANCA, SUITE 2400, 2500 CITY WEST BLVD., HOUSTON, TX 77042 | |
| 10924 | PEMEX-TULA, SUITE 2400, 2500 CITY WEST BLVD., HOUSTON, TX 77042 | |
| 10924 | PEMNACLE TELE. FACILITY, C/O WARCO CONSTRUCTION, 731 EAST TRADE ST., CHARLOTTE, NC 28204 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PEMPEK, JOHN J, 11745 SOUTHWEST HWY STE. D, PALOS HEIGHTS, IL 60463 | |
| 10925 | PENA, ALBERTO, 3007 SAN CLARA DRIVE, UNIT B, DELRAY BEACH, MO 33445 | |
| 10925 | PENA, ALMA, 5800071, PENITAS, TX 78576 | |
| 10925 | PENA, ANDRES, 7458 LOUIS PASTEUR, SAN ANTONIO, TX 78229 | |
| 10925 | PENA, AUGUSTIN, C/O D LANDAU 6040 ARGONNE BLVD, NEW ORLEANS, LA 70214 | |
| 10925 | PENA, BEATRIZ, RR1 BOX 45A, MOMENCE, IL 60954 | |
| 10925 | PENA, CARLOS, 2D FLORENCE HEIGHTS, FLORENCE, MA 01060 | |
| 10925 | PENA, CONNIE, 1000 RUPP ST, GRETNA, LA 70053 | |
| 10925 | PENA, EDWARDO, 7031 VINEVALE AVE, BELL, CA 90201 | |
| 10925 | PENA, ELIZABETH, 1189 ELM AVE., CHULA VISTA, CA 91911 | |
| 10925 | PENA, FERNANDO, PO BOX 533, BEN BOLT, TX 78342 | |
| 10925 | PENA, IRMA, PO BOX 500057, SAN ANTONIO, TX 78280 | |
| 10925 | PENA, JAMIE, 500 WALL BLVD., GRETNA, LA 70056-7763 | |
| 10925 | PENA, JARNI, 56-53RD ST SE, WASHINGTON, DC 20019 | |
| 10925 | PENA, JESUS, 8620 PUERTO ANGEL, LAREDO, TX 78041 | |
| 10925 | PENA, JORGE, 2707 GLENDALE DRIVE, PEARLAND, TX 77584 | |
| 10925 | PENA, JUAN, 546 LIVINGSTON ST., ELIZABETH, NJ 07206 | |
| 10925 | PENA, LETICIA, PO BOX 5252, MCALLEN, TX 78502 | |
| 10925 | PENA, MANUEL, 417 OAK VISTA, FRIENDSWOOD, TX 77546 | |
| 10925 | PENA, MARIANO, 6236 WOODWARD AVE., BELL, CA 90201 | |
| 10925 | PENA, MARTIN, 1322 WEST LINBERG, ODESSA, TX 79763 | |
| 10925 | PENA, MICHAEL, 9209 HOWLAND RD, LAUREL, MD 20723 | |
| 10925 | PENA, OLGA, 1205 N 15TH ST, MCALLEN, TX 78501 | |
| 10925 | PENA, RAFAEL E, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | PENA, RAFAEL, 3007 SAN CLARA DR. APT. B, DELRAY BEACH, FL 33445 | |
| 10925 | PENA, RICHARD, 117 S BUTTERFIELD, WEST COVINA, CA 91791 | |
| 10925 | PENA, ROSALIO, 2275 WEST DUNLOP ST., SAN DIEGO, CA 92111 | |
| 10925 | PENA, TERESA, 6914 DIONNE, HOUSTON, TX 77076 | |
| 10925 | PENA, YVONNE, 615 IRVING, HEREFORD, TX 79045 | |
| 10925 | PENANSKY, PHILIP, 7716 WEST 87TH PLACE, BRIDGEVIEW, IL 60455 | |
| 10924 | PENARNIK BROS. INC. C/O LARSON ASSO, C/O I.U.P. CLASSROOM BUILDING, INDIANA, PA 15701 | |
| 10924 | PENCE SEPTIC TANK, 3115 DIXIE HWY N.E., PALM BAY, FL 32906 | |
| 10924 | PENCE SEPTIC TANK, 3115 DIXIE HWY NE, PALM BAY, FL 32906 | |
| 10924 | PENCE SEPTIC TANK, 4150 OLD DIXIE HWY, MALABAR, FL 32950 | |
| 10925 | PENCE, EDGAR, PO BOX 1062, HOLLY HILL, SC 29059-1062 | |
| 10925 | PENCE, KATHY, 133 MAPLE, COTTAGE HILLS, IL 62018 | |
| 10925 | PENCE, LISA, 2855 BRANDYWINE LANE, MARTINSVILLE, IN 46151 | |
| 10925 | PENCE, REECE C, 806 S WILDFLOWER CIR, OGDEN, UT 84404-8113 | |
| 10925 | PENCE, REECE, 1307 CANTERBURY LANE, LARGO, FL 33770 | |
| 10925 | PENCE, WILLIAM, ROUTE 1, LOMAX, IL 61454 | |
| 10924 | PENCO PRECISION, 19140 SAN JOSE AVENUE, CITY OF INDUSTRY, CA 91748 | |
| 10925 | PENCZEK, PROF S., 90-363 LODZ, SIENKIEWICZA 112, 99-999POLAND | *VIA Deutsche Post* |
| 10925 | PENCZEK, PROF STANISLAW, SIENKIEWICZA 112, PL-90-363 LODZ, 99-999 | *VIA Deutsche Post* |
| 10925 | PENDELL, YOHANNA, PO BOX 114, LAUREL, MD 20725 | |
| 10925 | PENDER, BOYD, RT 2 BOX 430, ABINGDON, VA 24210 | |
| 10925 | PENDER, EARLENE, 6425 HOWE DR, JACKSONVILLE, FL 32208 | |
| 10925 | PENDER, GERALDINE, RT. 1, BOX 34A, CLIFTON, IL 60927 | |
| 10925 | PENDERGRAFT, STEPHEN, 401 NOTTINGHAM DR, CHAPEL HILL, NC 27514 | |
| 10925 | PENDERGRASS, ANDREW, 749 SPRING CREED RD, DANDRIDGE, TN 37725 | |
| 10925 | PENDERGRASS, NATHAN, 2005 HACKERMANN AVE, CHARLESTON, SC 29405 | |
| 10925 | PENDERGRAST, RUTH, 1336 CATALPA, BERKLEY, MI 48072 | |

l9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PENDERS, GEMINA, 1770 CROCKER LANE, JAMISON, PA 18929

10924   PENDERY,S, 1221 MANUFACTURING, DALLAS, TX 75207

10924   PENDERY'S, 1221 MANUFACTURING, DALLAS, TX 75207

10925   PENDGRAFT, ROYAL, 1816 E 25TH, LUBBOCK, TX 79404

10925   PENDLETON & SABIAN, PC, 303 E 17TH AVE., STE 1000, DENVER, CO 80203

10925   PENDLETON, EILEEN, 4825 ASTROZON BLVD #248, COLORADO SPRINGS, CO 80916

10925   PENDLEY, MICHAEL, 19123 EMORY TRAIL, SPRING, TX 77388

10924   PENDOT, READING, PA 19607

10925   PENEGUY EQUIPMENT CO., PO BOX 14779, BATON ROUGE, LA 70898-4779

10925   PENELOPE M DURHAM, PO BOX 153, KINGSVILLE, TX 78364-0153

10925   PENELOPE S PRITCHARD, 454 SWING LANE, LOUISVILLE, KY 40207-1444

10925   PENFIELD, JOANNE, 6165 AUTHUR GAYLE RD, WEDGEFIELD, SC 29168

10925   PENGAL, MARY LEE, 1551 DOUGLAS ROAD, WICKLIFFE, OH 44092

10925   PENGELLY, SYLVIA, 1806 PALMWOOD, SPARKS, NV 89431

10925   PENICHTER, DAVID, 805 LOCHE LANE, YORKTOWN HEIGHTS, NY 10598

10924   PENINSULA BLDG MATL, PO BOX 5807, REDWOOD CITY, CA 94063

10925   PENINSULA COATING SERVICES INC, 809 ALDO AVE SUITE 104, SANTA CLARA, CA 95054

10924   PENINSULA HOTEL, 730 NORTH MICHIGAN, CHICAGO, IL 60611

10924   PENINSULA MASONRY, CORNER OF HAMPTON ROAD, CENTER PKWY. & BIG BETHEL ROAD, HAMPTON, VA 23669

10925   PENINSULA POLYMERS, INC, PO BOX 2842, GRAND RAPIDS, MI 49501

10925   PENINSULA PUMP & EQUIPMENT INC, 210 LITTLEFIELD AVE, SOUTH SAN FRANCISCO, CA 94080

10925   PENISKA, VAUGHNELLE, 6338 MCGEE, KANSAS CITY, MO 64113

10925   PENKOSKI, DIANE M., 24 FOX HILL ROAD, FAIRFIELD, NJ 07004

10925   PENLAND, NANCY, 794 HWY 418, SIMPSONVILLE, SC 29680

10925   PENN AIR, 1750 INDUSTRIAL HWY, YORK, PA 17402

10925   PENN BOTTLE & SUPPLY CO., 710 E THIRD ST, ESSINGTON, PA 19029-1530

10925   PENN BOTTLE & SUPPLY CO., ATTN: ANN MARIE CARROZZA, 710 EAST THIRD ST, ESSINGTON, PA 19029

10925   PENN CENTRAL CORP., BURNS WHITE & HICKTON, 2400 FIFTH AVE PLACE, 120 FIFTH AVE, PITTSBURGH, PA 15222-3001

10925   PENN CHEMICAL INDUSTRY, 212 NORTH THIRD ST, HARRISBURG, PA 17101

10924   PENN COLOR, 2755 BERGEY ROAD, HATFIELD, PA 19440

10924   PENN COLOR, 30 PAUL KOHNER PLACE, ELMWOOD PARK, NJ 07407

10925   PENN COLOR, 400 OLD DUBLIN PIKE, DOYLESTOWN, PA 18901

10924   PENN COLOR, INC., 2801 RICHMOND ROAD, HATFIELD, PA 19440

10924   PENN COLOR, INC., 400 OLD DUBLIN PIKE, DOYLESTOWN, PA 18901

10924   PENN FUEL GAS, 5 SOUTH THIRD STREET, OXFORD, PA 19363

10924   PENN FUEL GAS, 55 SOUTH THIRD STREET, OXFORD, PA 19363

10924   PENN FUEL GAS, INC., 55 SOUTH THIRD STREET, OXFORD, PA 19363

10924   PENN INDUSTRIAL COATING, 1001 EAST 2ND ST, DAYTON, OH 45402

10924   PENN INDUSTRIAL COATINGS, 7502 MCWHOTER PLACE, ANNANDALE, VA 22003

10924   PENN JERSEY BLDG. MATERIALS, INC., 2817 FIRE ROAD, PLEASANTVILLE, NJ 08232

10924   PENN JERSEY BLDG. MATERIALS, INC., 300 ESPLANADE AVENUE, PITMAN, NJ 08071

10924   PENN JERSEY BUILDING MATERIALS, INC, P. O. BOX 616, OCEAN VIEW, NJ 08230

10924   PENN LIBERTY PLACE @@, PITTSBURGH, PA 15219

10924   PENN LIBERTY PLAZA @@, LIBERTY AVE, PITTSBURGH, PA 15219

10924   PENN LIBERTY PLAZA, C/O WYATT, (BEHIND GREYHOUND BUS STATION), CORNER OF LIBERTY & 12TH ST., PITTSBURGH, PA 15219

10924   PENN POWER & LIGHT, PA ROUTE 54 ON LR 414, WASHINGTONVILLE, PA 17884

10925   PENN POWER, POBOX 3686, AKRON, OH 44309-3686

10924   PENN PRAFFORD H.S., C/O LARSON CONTRACTING, GREENSBURG, PA 15606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    PENN PRECISION, 521 NORTH 3RD AVENUE, LEBANON, PA 17042

10925    PENN PROCESS TECHNOLOGIES INC, 6100 EASTON RD, PO BOX 427, PLUMSTEADVILLE, PA 18949-0427

10925    PENN PROCESS TECHNOLOGIES INC, PO BOX 427, PLUMSTEADVILLE, PA 18949-0427

10925    PENN SPECIALTY CHEMICALS INC, POBOX 80035, MEMPHIS, TN 38108

10925    PENN STAINLESS PRODUCTS, INC, PO BOX 9001, QUAKERTOWN, PA 18951

10924    PENN STATE BEAVER STADIUM, CORNER OF PARK AVE & UNIVERSITY DR, 131 WEST PARK AVENUE, STATE COLLEGE, PA 16803-3501

10924    PENN STATE UNIVERSITY  (WYATT INC), NEW CONVOCATION CENTER, STATE COLLEGE, PA 16801

10924    PENN STATE UNIVERSITY, BREAZEALE REACTOR, UNIVERSITY PARK, PA 16802

10925    PENN STATE UNIVERSITY, CAREER SERVICES, 408 BOUCKE BLDG, UNIVERSITY PARK, PA 16802

10924    PENN STATE UNIVERSITY, PO BOX 30, STATE COLLEGE, PA 16804

10925    PENN STATE, BERKS CAMPUS, PO BOX 7009, READING, PA 19610

10924    PENN STATION, PLATFORM EXTENSION, NEW YORK, NY 10014

10924    PENN SUPPLY, 618 EAST STATE STREET, TRENTON, NJ 08609

10925    PENN TOOL CO, 1776 SPRINGFIELD AVE, MAPLEWOOD, NJ 07040-2931

10924    PENN UNITED TECHNOLOGY, INC, 799 NORTH PIKE ROAD, CABOT, PA 16023

10924    PENN UNITED TECHNOLOTY, INC, PO BOX399, SAXONBURG, PA 16056

10924    PENN VALLEY CONSTR INC, 1707 SO PENN AVE, MORRISVILLE, PA 19067

10925    PENN VENTILATION COMPANY, 1370 WELSH ROAD, NORTH WALES, PA 19454

10925    PENN, ARTHUR S, ., NEW YORK, NY 10017

10925    PENN, GARY, 337 26TH ST NW, CEDAR RAPIDS, IA 52405-3607

10925    PENN, JEAN, 1204 PINE RIDGE RD, PHILLIPS, WI 54555-1518

10925    PENN, JULES, 40 NW 30 ST, MIAMI, FL 33127

10925    PENN, JULIUS, 195 SYCAMORE DRIVE, ATHENS, GA 30606

10925    PENN, MICAH, 154 WEST 133RD ST., NEW YORK, NY 10030

10925    PENN, STEVEN, 202 CLARK ST., YOAKUM, TX 77995

10925    PENNA TURNPIKE COMMISSION, POBOX 400050, PITTSBURGH, PA 15268-0050

10925    PENNACHIO, KENNETH, 13358 SCENIC CIRCLE, CORPUS CHRISTI, TX 78410

10924    PENNACLE TELECOMM FACILITY, THE, C/O WARCO, 113  NORTH MYERS  STREET, CHARLOTTE, NC 28202

10925    PENN-DEL, INC, 8338 VETERANS HWY, SUITE 205A, MILLERSVILLE, MD 21108

10925    PENNEL BROOKS, HELEN VIRGINIA, 4240 SHARPSBURG DR, BIRMINGHAM, AL 35213-2208

10925    PENNEL, HELEN, 240 DOGWOOD ROAD, SOMERVILLE, TN 38068

10925    PENNEL, J, RT 1, BOX 345, SOMERVILLE, TN 38068

10925    PENNELL, ELIZABETH, 12569 CAVALIER DR, WOODBRIDGE, VA 22192

10925    PENNELL, JUANITA, 240 MADISON AVE, LOUDONVILLE, OH 44842

10925    PENNELL, TRACI, 2920 HWY 101 SOUTH, GREER, SC 29651

10925    PENNENBERG, RONALD, N3909 CTY RD U, DEPERE, WI 54115

10925    PENNEY JR., GEORGE, PO BOX 407, WEST DENNIS, MA 02670

10925    PENNEY, CLAYTON, 270 VAN, KERMIT, TX 79745

10925    PENNEY, SANDRA, 4302 CULMER, BALCH SPRINGS, TX 75149

10925    PENNI E. FROMM, 3018 SUNRISE LAKE, MILFORD, PA 18337

10925    PENNIGAN, HAROLD, 8127 STONE HURST #2, DALLAS, TX 75217

10925    PENNIMAN & BROWNE, INC, PO BOX 65309, BALTIMORE, MD 21209

10925    PENNINGTON RUBBER CO., DEPT 868, CINCINNATI, OH 45269

10925    PENNINGTON RUBBER CO., PO BOX 868, CINCINNATI, OH 45229

10925    PENNINGTON, BENNIE, 2150 MELISSA ROAD, YULEE, FL 32097

10925    PENNINGTON, BILLY, MINDEN BANK & TRUST CO., MINDEN, LA 71055

10925    PENNINGTON, CATHERINE, 6315 LAKEVIEW DRIVE, MUSTANG, OK 73064

10925    PENNINGTON, DAWN, 800 N. 4TH ST, SANGER, TX 76266

10925    PENNINGTON, EUGENE, 8439 MULBERRY AVE, FONTANA, CA 92335

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | PENNINGTON, EUGENE, 902 CYPRESS ST, SABINAL, TX 78881 | |
| 10925 | PENNINGTON, JACK, 6500 DUNLAP 139, HOUSTON, TX 77074 | |
| 10925 | PENNINGTON, JENNI, 19 SOUTH GREENWOOD AVE, WARE SHOALS, SC 29692 | |
| 10925 | PENNINGTON, JOHN, 113 SUNRISE DR, MAULDIN, SC 29662 | |
| 10925 | PENNINGTON, LUCY, PO BOX 113, GRAY COURT, SC 29645-0113 | |
| 10925 | PENNINGTON, MICHAEL, 204 OVERHILL DR, DUNCAN, SC 29334 | |
| 10925 | PENNINGTON, N., 6470 COTTONTAIL TRL, BURLINGTON, KY 41005 | |
| 10925 | PENNINGTON, PAM, 2103 LANSDOWN, CARROLLTON, TX 75010 | |
| 10925 | PENNINGTON, ROBIN, 111 COTTONWOOD COVE, MARION, AR 72364 | |
| 10925 | PENNINGTON, SAMUEL, 4204 W COMMANCHE, HOBBS, NM 88240 | |
| 10925 | PENNINGTON, TERESA, 230 ESQUIRE HUNT, HUMBOLDT, TN 38343 | |
| 10925 | PENNINGTON, THOMAS, 407 W CURTIS ST, SIMPSONVILLE, SC 29681 | |
| 10925 | PENNOCK, ALFRED, PO BOX 448, LIBBY, MT 59923 | |
| 10925 | PENNOCK, ALFRED, PO BOX 448, LIBBY, MT 59923-0448 | |
| 10925 | PENNONI ASSOCIATES INC, 3001 MARKET ST, PHILADELPHIA, PA 19104 | |
| 10925 | PENNONI ASSOCIATES INC, 515 GROVE ST, HADDON HEIGHTS, NJ 08035-1701 | |
| 10925 | PENNONI ASSOCIATES, 3001 MARKET ST, PHILADELPHIA, PA 19104 | |
| 10925 | PENN-SMITH, ANGELA, 101 CHARLTON ST, LAURENS, SC 29360 | |
| 10924 | PENNSY SUPPLY, 1001 PAXTON STREET, HARRISBURG, PA 17105 | |
| 10925 | PENNSY SUPPLY, PO BOX 3331, HARRISBURG, PA 17105 | |
| 10925 | PENNSYLVANIA AGGREGATES AND, 3509 NORTH FRONT ST, HARRISBURG, PA 17110-1438 | |
| 10925 | PENNSYLVANIA AMERICAN WATER CO, POBOX 371326, PITTSBURGH, PA 15250-7326 | |
| 10925 | PENNSYLVANIA ATTY GENERAL, ATTN: MR MIKE FISHER, STRAWBERRY SQUARE, HARRISBURG, PA 17120 | |
| 10925 | PENNSYLVANIA BAR INSTITUTE, 5080 RITTER RD., MECHANICSBURG, PA 17055 | |
| 10925 | PENNSYLVANIA CONCRETE MASONRY, PO BOX 1230, LEBANON, PA 17042 | |
| 10925 | PENNSYLVANIA CONTROLS, 250 MEADOWLANDS BLVD., WASHINGTON, PA 15301 | |
| 10925 | PENNSYLVANIA DEPT OF CONSERV & NAT RES, ATTN: RACHEL CARSON, STATE OFF BLDG 7TH FL, PO BOX 8767, HARRISBURG, PA 17105 | |
| 10925 | PENNSYLVANIA DEPT OF CONSERVATION AND NATURAL RESO, 7TH FLR, PO BOX 8767, HARRISBURG, PA 17105-8767 | |
| 10925 | PENNSYLVANIA DEPT OF ENV PROTECTION, JAMES SEIF SECY, PO BOX 2063, HARRISBURG, PA 17105-2063 | |
| 10925 | PENNSYLVANIA DEPT OF ENVIR PROTECTION, RACHEL CARSON STATE OFF BLDG, 16TH FLR, 400 MARKET ST, HARRISBURG, PA 17101 | |
| 10925 | PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION, RAC, 16TH FLR, 400 MARKET ST, HARRISBURG, PA 17101-2301 | |
| 10925 | PENNSYLVANIA DEPT OF TRANS, PO BOX 2028, HARRISBURG, PA 17105 | |
| 10925 | PENNSYLVANIA HAZARDOUS MATERIAL, PO BOX 68571, HARRISBURG, PA 17106-8571 | |
| 10924 | PENNSYLVANIA HOSPITAL, 325 S. 9TH STREET, PHILADELPHIA, PA 19107 | |
| 10924 | PENNSYLVANIA PERLITE CORPORATION, 1428 MAUCH CHUNK ROAD, BETHLEHEM, PA 18018 | |
| 10924 | PENNSYLVANIA POWER & LIGHT CO., 1 SCOTCH PINE DRIVE, HAZLETON, PA 18201 | |
| 10924 | PENNSYLVANIA POWER & LIGHT CO., 4810 LYCOMING MALL DRIVE, MONTOURSVILLE, PA 17754 | |
| 10924 | PENNSYLVANIA POWER & LIGHT CO., TWO NORTH NINTH STREET, ALLENTOWN, PA 18101 | |
| 10925 | PENNSYLVANIA SCDU, PO BOX 69112, HARRISBURG, PA 17106-9112 | |
| 10925 | PENNSYLVANIA STATE UNIVERSITY, 127 BRYCE JORDAN CENTER, UNIVERSITY PARK, PA 16802 | |
| 10925 | PENNSYLVANIA STEEL CO, INC, PO BOX 98, EMIGSVILLE, PA 17318 | |
| 10924 | PENNSYLVANIA SUPPLY, 827 N. 12TH STREET, ALLENTOWN, PA 18105 | |
| 10924 | PENNSYLVANIA SUPPLY, BOX 4445, ALLENTOWN, PA 18105 | |
| 10924 | PENNSYLVANIA SUPPLY, P.O. BOX 4445, ALLENTOWN, PA 18105 | |
| 10925 | PENNSYLVANIA TURNPIKE COMMISSION, PO BOX 67676, HARRISBURG, PA 17106 | |
| 10925 | PENNSYLVANIA TURNPIKE COMMISSION, POBOX 67676, HARRISBURG, PA 17106-7676 | |
| 10925 | PENNSYLVANIA-AMERICAN WATER CO, PO BOX 371412, PITTSBURGH, PA 15250-7412 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PENN-TRAFFORD SCHOOL, TAX OFFICE, HARRISON CITY, PA 15636

10924   PENNWALT CORP, 955 MEARNS ROAD, WARMINSTER, PA 18974

10925   PENNWELL PUBLISHING CO., PO BOX 21308, TULSA, OK 74121-1308

10925   PENNWELL PUBLISHING COMPANY, PO BOX 94881, TULSA, OK 74194

10925   PENNY, CHRISTOPHER, 74 BONE LANE, LAGRANGEVILLE, NY 12540

10925   PENNY, EARL, 2711 KEARNEY LN, XENIA, OH 45385

10925   PENNY, MARY, 6019 CAVAN CR., ALEXANDRIA, LA 71303

10924   PENNYS CONCRETE INC, 23307 WEST 82ND STREET, SHAWNEE, KS 66203

10925   PENNYS CONCRETE INC, 23400 W 82ND ST, SHAWNEE MISSION, KS 66227-2705

10925   PENNYS CONCRETE INC, 23400 W. 82ND ST, SHAWNEE MISSION, KS 66227

10924   PENNY'S CONCRETE INC., 13520 OAK STREET, MARTIN CITY, MO 64145

10924   PENNY'S CONCRETE INC., 23400 W. 82ND ST, SHAWNEE MISSION, KS 66227

10924   PENNY'S CONCRETE INC., 23400 W.82ND ST, SHAWNEE MISSION, KS 66227

10924   PENNY'S CONCRETE INC., 800 E. 8TH STREET, LAWRENCE, KS 66044

10924   PENNY'S CONCRETE INC., 8601 N.E. 38TH STREET, KANSAS CITY, MO 64161

10924   PENNY'S CONCRETE INC., ROUTE 1, PAOLA, KS 66071

10924   PENNY'S CONCRETE INC., ROUTE 2 BOX 46, LANSING, KS 66043

10924   PENNY'S CONCRETE, 627 KELLEY ST., BURLINGTON, KS 66839

10924   PENNYS CONCRETE, 7905 W. 247TH STREET, LOUISBURG, KS 66053

10924   PENNY'S CONCRETE, HWY 71 & 7, HARRISONVILLE, MO 64701

10924   PENNYS READY MIX, ***DO NOT USE***, SHAWNEE, KS 66203

10924   PENNZOIL PRODUCTS COMPANY, 3333 MIDWAY STREET, SHREVEPORT, LA 71109

10924   PENNZOIL PRODUCTS COMPANY, PENNZOIL PLACE, HOUSTON, TX 77252-2967

10924   PENNZOIL PRODUCTS COMPANY, SHREVEPORT REFINERY, PO BOX 3099, SHREVEPORT, LA 71133-3099

10924   PENNZOIL, PO BOX 7569, SPRING, TX 77387

10925   PENO, GLORIA, 3 TUMBLEBROOK LN., NASHUA, NH 03062

10925   PENOYER, JOHN, 106 STURBRIDGE DRIVE, GREENVILLE, SC 29615

10925   PENRECO DIV-PENNZOIL, PO BOX 10387, NEWARK, NJ 07193-0387

10925   PENRIL DATABILITY NETWORK, 1300 QUINCE ORCHARD BLVD., GAITHERSBURG, MD 20878

10925   PENROD, DOUGLAS, 3023 SHAEFFER DR. SW, CEDAR RAPIDS, IA 52404

10925   PENROD, FAYE, RR 1, SWISHER, IA 52338

10925   PENROD, HARRY, 408 BONNYBROOK ROAD, BUTLER, PA 16001

10925   PENROD, SAMUEL, 8314 N 56TH AVE, GLENDALE, AZ 85302

10925   PENROSE GLASS, 144 MOODY ST, WALTHAM, MA 02154

10925   PENROSE HOSPITAL, 5570 DTC PKWY, ENGLEWOOD, CO 80111

10924   PENSACOLA AIRPORT, 2460 AIRPRT BLVD., PENSACOLA, FL 32504

10925   PENSACOLA ICE PILOTS, 1834 PEYTON DR, PENSACOLA, FL 32503

10925   PENSACOLA TESTING LABORATORIES, 217 E. BRENT LANE, PENSACOLA, FL 32503

10925   PENSERV-METASA GROUP,INC, PO BOX 7248, COLUMBIA, SC 29202

10925   PENSION BENEFIT GUARANTY CORP, PO BOX 64880, BALTIMORE, MD 21264-4880

10925   PENSION BENEFIT GUARANTY CORPORATIO, 1200 K ST NW, WASHINGTON, DC 20005-4026

10925   PENSION BENEFIT INFORMATION, POBOX 111, TIBURON, CA 94920

10925   PENSKE TANK PENTRON INC, DON STOVER VP OF FINANCE, POLAR TANK, 12810 COUNTY ROAD 17, HOLDINGFORD, MN 56340-9773

10925   PENSKE TRUCK LEASING CO LP, 5020 ANGOLA RD, TOLEDO, OH 43615-6415

10925   PENSKE TRUCK LEASING CO LP, ATTENTION DEPT C, READING, PA 19603-0301

10925   PENSKE TRUCK LEASING CO LP, PO BOX 1297, BREA, CA 92622-1297

10925   PENSKE TRUCK LEASING CO LP, PO BOX 1297, BREA, CA 92822-1297

10925   PENSKE TRUCK LEASING CO LP, POBOX 1297, BREA, CA 92822-1297

10925   PENSKE TRUCK LEASING CO, PO BOX 301, READING, PA 19603-0301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  PENSKE TRUCK LEASING CO,LP, PO BOX 105040, TUCKER, GA 30085-5040

10925  PENSKE TRUCK LEASING CO. L.P., PO BOX 1045, CHESTERFIELD, MO 63006-1045

10925  PENSKE TRUCK LEASING, 2295 PARK LAKE DR SUITE 300, ATLANTA, GA 30345

10925  PENTA INTERNATIONAL CORPORATION, PO BOX 1448, CALDWELL, NJ 07007-1448

10925  PENTA INTERNATIONAL CORPORATION, POBOX 1448, CALDWELL, NJ 07007-1448

10925  PENTAGON PUBLISHING INC, PO BOX 451403, ATLANTA, GA 31145

10924  PENTAGON, THE, ARLINGTON, VA 22210

10925  PENTAIR, MS JEANNE M GODE, WATERS EDGE PLACE, 1500 COUNTY ROAD B2 WEST, ST PAUL, MN 55113-3105

10925  PENTECOST, JUDITH, 6813 MINNESOTA, MO, MO 63111

10924  PENTEK, 5703 MACCORKLE AVENUE S.W., SOUTH CHARLESTON, WV 25309

10925  PENTEK, JR, JOHN, 2822 FARVIEW DRIVE, RICHFIELD, WI 53076

10924  PENTEK, PO BOX8455, SOUTH CHARLESTON, WV 25303

10925  PENTICO, ALFRED, PO BOX 71, JUSTIN, TX 76247

10925  PENTON INSTITUTE, THE, 1100 SUPERIOR AVE, CLEVELAND, OH 44114

10925  PENTON PUBLISHING, LOCK BOX 901982, CLEVELAND, OH 44190-1982

10925  PENTON, JOHN, 3305 PINEWOOD DRIVE, LADSON, SC 29456

10925  PENTON, LILYMAE, PO BOX 733, PINEDALE, WY 82941-0733

10925  PENTON, ROBERT, RT. 1, #414-B, ANGIE, LA 70426

10925  PENTON, SR, WILLIAM, PO BOX 60, BUSH, LA 70431

10925  PENTRANIC, 50 NORTHLAND ROAD, WATERLOO, ON N2V 1N3CANADA          *VIA Deutsche Post*

10925  PENTRO INC. WEST CHESTER, 280 KING ROAD, WEST CHESTER, PA 19380

10925  PENTRON INC, 120 CEDAR SPRING RD, SPARTANBURG, SC 29302

10925  PENTRON INC, 5200 NAVIGATION BLVD, HOUSTON, TX 77011

10925  PENTRON INC., 200 KING ROAD, WEST CHESTER, PA 19380

10925  PENTRON INC., 5200 NAVIGATION BLVD., HOUSTON, TX 77011

10925  PENTRON, INC, 10035 STATE RT. 0, SAINTE GENEVIEVE, MO 63670

10925  PENTUK, ROBERT, 3311 PECAN POINT DR, SUGAR LAND, TX 77478

10924  PENWEST PHARMACEUTICALS, 2981 ROUTE 22, PATTERSON, NY 12563-9970

10925  PENZA, MICHAEL, 610 COLUMBUS AVE APT. #1, BOSTON, MA 02118

10925  PEOPLE GAS SYSTEM, PO BOX 2562, TAMPA, FL 33601

10925  PEOPLE WORKING COOPERATIVELY, 7107 SHONA DR., CINCINNATI, OH 45237

10925  PEOPLE, PO BOX 60300, TAMPA, FL 33660-0300

10925  PEOPLE, PO BOX 61320, TAMPA, FL 33661-1320

10924  PEOPLES COAL & LUMBER COMPANY, 121 S 3RD, WATSEKA, IL 60970

10924  PEOPLES COAL & LUMBER, 121 SOUTH 3RD, WATSEKA, IL 60970

10924  PEOPLES COAL & LUMBER, P O BOX 70, WATSEKA, IL 60970

10925  PEOPLES GAS COMPANY, PO BOX 79071, BALTIMORE, MD 21279-0071

10925  PEOPLES GAS SYSTEM, INC, PO BOX 31017, TAMPA, FL 33631-3017

10925  PEOPLES GAS, ATTN: ACCOUNTING DEPT., CHICAGO, IL 60687-0001

10925  PEOPLES NATURAL GAS CO, THE, PO BOX 79050, BALTIMORE, MD 21279-0050

10925  PEOPLES NATURAL GAS CO, THE, PO BOX 86188, PITTSBURGH, PA 15221-0188

10925  PEOPLES NATURAL GAS, PO BOX 219703, KANSAS CITY, MO 64121-9703

10925  PEOPLES NATURAL GAS, PO BOX 27-840, KANSAS CITY, MO 64180-0840

10924  PEOPLES READY MIX INC, 4TH GOSS ST, KENTLAND, IN 47951

10924  PEOPLES READY MIX, GOSS STREET, KENTLAND, IN 47951

10924  PEOPLES READY MIX, P O BOX 25, KENTLAND, IN 47951

10925  PEOPLES, BILLY, 2904 AVE H, ENSLEY, AL 35218

10925  PEOPLES, EARNEST, 5530 S MARTINDALE, DETROIT, MI 48204

10925  PEOPLES, PATRICIA, 5019 LORI CIRCLE NW, HUNTSVILLE, AL 35810

10925  PEOPLES, RAYMOND, 4451 MARTIN LUTHER, GARFIELD HTS, OH 44105

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PEOPLES, VERIDELL, 2980 MORRIS DRIVE, BARTOW, FL 33830

10925    PEORIA AND PEKIN UNION, 301 WESLEY ROAD, PEORIA, IL 61610-5200

10924    PEORIA COURTHOUSE, PEORIA, IL 61602

10925    PEORIA DISPOSAL CO, 4349 SOUTH PORT ROAD, PEORIA, IL 61615

10924    PEORIA YARD, 1131 W DETWEILLER, PEORIA, IL 61615

10925    PEOTTERS MID CITY TRUCK & AUTOBODY, 5555 W WISCONSIN AVE, APPLETON, WI 54915

10925    PEP BOYS - MANNY, MOE & JACK, THE, 3111 WEST ALLEGHENY AVE., PHILADELPHIA, PA 19132

10925    PEP BOYS-MANNY MOE & JACK, THE, GEN COUNSEL, 3111 WEST ALLEGHENY AVE, PHILADELPHIA, PA 19132

10924    PEP BOYS-MANNY, MOE & JACK, THE, 3111 WEST ALLEGHENY AVENUE, PHILADELPHIA, PA 19132

10924    PEP PRODUCTS, INC., 1416 NORTH PARK STREET, CASTLE ROCK, CO 80104

10924    PEP PRODUCTS, INC., PO BOX 8002, CASTLE ROCK, CO 80104

10925    PEPA GOLD, 3 TULIP COURT, OAKHURST, NJ 07755-1659

10924    PEPCO POTOMAC ELECTRIC POWER, PO BOX 37215, WASHINGTON, DC 20013-7215

10925    PEPCO, 8300 OLD MARLBORO PIKE, NAYLOR, MD 20772

10924    PEPCO, P.O. BOX 1570, EASTLAKE, OH 44095

10925    PEPE, BARBARA ANN, 45 LANDING LANE, COVINGTON, GA 30016

10925    PEPE, KATHLEEN, 12 SERVAN CT, WILMINGTON, DE 19805

10925    PEPE, RONALD, 34 FAIRMOUNT WAY, QUINCY, MA 02169

10925    PEPIA, JOHN, 23167 SW 61 AVE, BOCA RATON, FL 33428

10925    PEPIN, HERVE, 15 SATURN LANE, NASHUA, NH 03062

10925    PEPIN, JOHN, 28 SIMS ST, NASHUA, NH 03063

10925    PEPIN, RENE, 209 MILTON ROAD, LOT 52, ROCHESTER, NH 03868

10925    PEPPARD, MARTHA, 5141 HWY 78 BOX 7, STONE MTN, GA 30087

10924    PEPPER CONSTRUCTION, 643 N. ORLEANS, CHICAGO, IL 60610

10924    PEPPER CONSTRUCTION, 643 NORTH ORLEANS, CHICAGO, IL 60610

10925    PEPPER HAMILTON & SCHEETZ, 3000 LOGAN SQUARE, PHILADELPHIA, PA 19103-2799

10925    PEPPER HILL LANDFILL, 141 FENNELL ROAD, NORTH CHARLESTON, SC 29418

10925    PEPPER SQ. VENTURE 1, MCCUTCHIN PROPERTIES - GEN COUNSEL, 14902 PRESTON RD., SUITE 201, DALLAS, TX 75240

10925    PEPPER, CALVIN, 203 E DORCHESTER BLVD, GREENVILLE, SC 29605

10925    PEPPER, DONALD, 18716 KRIST LANE, PEARLAND, TX 77584

10925    PEPPER, GAYE, PO BOX 177, PICKENS, MS 39146

10925    PEPPER, JIMMIE, 715 LEONARD ST, PATTERSON, LA 70392

10925    PEPPER, RHONDA, 1125 MOHAWK RD, MCDONALD, PA 15057

10924    PEPPERMILL INN & CASINO/AD SEENO, 1045 WENDOVER BLVD, WENDOVER, NV 89883

10925    PEPPERTED, JANET, 231 UNION ST, LODI, NJ 07644

10924    PEPSICO INC, 1 PEPSI WAY, SOMERS, NY 10589-2201

10924    PEPSICO INC., 700 ANDERSON HILL ROAD, PURCHASE, NY 10577

10925    PEPSI-COLA BOTTLING CO., PO BOX 241167, CHARLOTTE, NC 28224-1167

10924    PEPSI-COLA, 700 ANDERSON HILL ROAD, PURCHASE, NY 10577

10924    PEQUOT EMPLOYEE ENTRANCE, LEDYARD, CT 06339

10924    PEQUOT FOXWOOD CASINO/HOTEL, FOXWOOD CASINO/HOTEL, LEDYARD, CT 06339

10924    PEQUOT MUSEUM @ @, 111 PEQUOTT TRAIL, MASHANTUCKET, CT 06339

10924    PER MAR, 924 FIRST AVE N.W., CEDAR RAPIDS, IA 52405

10925    PERALES, DIANA, 722 SHAOWELL DRIVE, SAN ANTONIO, TX 78228

10925    PERALES, LUIS, 5265 RIVENDELL # 6, COLUMBIA, MD 21044

10925    PERALEZ, BETTY, 401 N. A., BROWNFIELD, TX 79316

10925    PERALTA, PAUL, 11152 NAUTICAL, EL PASO, TX 79936

10925    PERAZZOLA, JANE, 101 NANCY PL, BONAIRE, GA 31211

10925    PERCELL ESQ, KARL R, #32 NORRE GADE, PO BOX 304910, ST. THOMAS, VI 00803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PERCEPTION NETWORK INC, POBOX 492, PALOS HEIGHTS, IL 60463

10925   PERCH, ESQ, FRANK J, OFFICE OF THE US TRUSTEE, 844 KING ST RM 2313, LOCKBOX 35, WILMINGTON, DE 19801

10925   PERCHINSKY, PATRICIA ANN, 383 ANNA ST, BELLE VERNON, PA 15012

10925   PERCIVAL, CHERYL, 8907 FAIRHAVEN LN LOT #7, DALLAS, TX 75227

10925   PERCLE, DENISE, 101 NITA DR, THIBODAUX, LA 70301

10925   PERCLE, HOWARD, 502 ESTATE DR., NEW IBERIA, LA 70560

10925   PERCLE, JOEY, RT. 1 BOX 1720-8, BROUSSARD, LA 70518

10925   PERCLE, RANDY, 216 MARGARET ST, HOUMA, LA 70360

10925   PERCY BARCLAY, AVE.SANTA CRUZ 949, DPTO.202, MIRAFLORES, LIMA 18 PERU, 99999

10925   PERCY JR, PAUL, 21548 EMPRESS LANE, PLAINFIELD, IL 60544

10925   PERCY, LISA, 153 CONCORD ST, NEWTON, MA 02162

10925   PERCY, VIVIAN, 3540 BRECKENRIDGE, EL PASO, TX 79936

10925   PERCZYNSKI, DAVID, 1240 W 131ST COURT, LEMONT, IL 60439

10925   PERDUE, BEVERLY, 323 VERMONT ST, MOMENCE, IL 60954

10925   PERDUE, FLORENCE, 211 E HIGH ST, BOUND BROOK, NJ 08805

10925   PERDUE, INC., PO BOX 1537, SALISBURY, MD 21801

10924   PERDUE, INC., ZION CHURCH ROAD, SALISBURY, MD 21801

10925   PERDUE, MARY, 2215 BALSAM DR SW, CEDAR RAPIDS, IA 52404

10925   PERDUE, RICHARD, 302 SASSAFRAS DR, TAYLORS, SC 29687-9249

10925   PEREA, ROBERT, 3411 12TH ST NW, ALBUQUERQUE, NM 87107

10925   PEREGO, CHRISTOPHER, 6225 CHESSHIRE LN N, MAPLE GROVE, MN 55311

10925   PEREGO, VIRGINIA, 319 EAST CIRCLE, BAYTOWN, TX 77521

10925   PEREGOY, THOMAS, 3332 CHOPTANK AVE, BALTIMORE, MD 21220

10925   PEREGRINE E-MARKETS GROUP, 1277 LENOX PARK BLVD., ATLANTA, GA 30316-5396

10925   PEREGRINE E-MARKETS GROUP, PO BOX 198145, ATLANTA, GA 30384-8145

10925   PEREGRINE SYSTEMS INC, 12670 HIGH BLUFF DRIVE, SAN DIEGO, CA 92130

10925   PEREGRINE SYSTEMS INC, POBOX 7607, CHICAGO, IL 60693

10925   PEREIRA, ANTERO, 266 STEERE ST, ATTLEBORO, MA 02703

10925   PEREIRA, CARMO, 1912 MIDDLEBRIDGE DRIVE, SILVER SPRING, MD 20906

10925   PEREIRA, HELENA, 30 WHITE ST, TAUNTON, MA 02780

10925   PEREIRA, JOHN, % LOUIS PERRY 59 WINSOR PARK RD, LOWELL, MA 01852

10925   PEREIRA, LILIAN PATRICIA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   PEREIRA, MANUEL, 30 WHITE ST, TAUNTON, MA 02780

10925   PEREIRA, MARIA, 5 SARAH LANE RD, DERRY, NH 03038

10925   PEREIRA, STAVIS, 1612 DOGWOOD DR, HARVEY, LA 70058

10925   PEREIRA, ZULMIRA, 109 CROSS ST, SOMERVILLE, MA 02145

10925   PERES, MARIA, 6620 S 33RD ST, MCALLEN, TX 78503

10925   PEREZ RODRIGUEZ, D, BOX 236, GUANICA, PR 00653

10925   PEREZ, ABEL, 2908 ROOSEVELT AVE, FORT WORTH, TX 76106

10925   PEREZ, ALBERT, 13306 WHITCHURCH WAY, HOUSTON, TX 77015

10925   PEREZ, ALEJANDRINA, 148 E 221ST, CARSON, CA 90745

10925   PEREZ, ANA, 540 GOLDEN AVE., LONG BEACH, CA 90802

10925   PEREZ, ANGEL, 18541 16TH AVE, ORLANDO, FL 32833

10925   PEREZ, ANIBAL, PO BOX 2586, SAN SEBASTIAN, PR 00685

10925   PEREZ, ANNABELLE, 737 COMMUNIPAW AVE, JERSEY CITY, NJ 07304

10925   PEREZ, ARMANDO, 2206 DUVAL, WICHITA FALLS, TX 76301

10925   PEREZ, ARMANDO, 2216 E 20TH ST, OAKLAND, CA 94606

10925   PEREZ, AURELIO, 110 LEAL ST, MISSION, TX 78572

10925   PEREZ, BRENDA, 511 S. REFORMA, SAN DIEGO, TX 78384

10925   PEREZ, CARLOS, 20100 SW 84 PL, MIAMI, FL 33189

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PEREZ, CARMEN, 108 E MAIN ST, SOMERVILLE, NJ 08876

10925    PEREZ, CARMEN, PO BOX 22033, SAN JUAN, PR 00931

10925    PEREZ, CEASER, 520 ISHAM ST, NEW YORK, NY 10034

10925    PEREZ, CHERYL, 5206 S.W. 91 TERR, COOPER CITY, FL 33328

10925    PEREZ, CRAIG, PO BOX 153, LYDIA, LA 70569

10925    PEREZ, DAVID, 1512 FILLMORE, WICHITA FALLS, TX 76309

10925    PEREZ, DAVID, 6402 ALBANY, LUBBOCK, TX 79424

10925    PEREZ, DAVID, RT 2 BOX 370-A, WICHITA FALLS, TX 76309

10925    PEREZ, DIANE, 1603 CLAY, WACO, TX 76704

10925    PEREZ, DOMINGO, 14547 WOOD PINE DRIV, DELRAY BEACH, FL 33445

10925    PEREZ, DOMINGO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    PEREZ, DONNA, 915 AARON PL, SAN ANTONIO, TX 78221

10925    PEREZ, EDELIZA R, 7037 BROCTON COURT, SPRINGFIELD, VA 22150-3049

10925    PEREZ, EDUARDO, 729 W. 141ST ST, GARDENA, CA 90247

10925    PEREZ, ELIZABETH, 3144 SE 6TH ST, OCALA, FL 34471

10925    PEREZ, ESGARDO, 729 W. 141ST. ST, GARDENA, CA 90247

10925    PEREZ, EULALIO, 538 N JENKINS, HOUSTON, TX 77003

10925    PEREZ, EVA, 22042 NEPTUNE AVE, CARSON, CA 90745

10925    PEREZ, GENARO, PO BOX 149, FALFURRIAS, TX 78355

10925    PEREZ, GLADYS, 188 1/2 HUTTON ST., JERSEY CITY, NJ 07307

10925    PEREZ, GUILLERMO, 2515 W JEFFERSON, 214, DALLAS, TX 75211

10925    PEREZ, HECTOR, PO BOX 2812, GRAND RAPIDS, MI 49501

10925    PEREZ, HERIBERTO, 399 NORTH 12TH ST, NEWARK, NJ 07107

10925    PEREZ, HERLINDA, 3113 WESTGARD LANE, CORPUS CHRISTI, TX 78415

10925    PEREZ, HOWARD, 18074 DERBES, COVINGTON, LA 70433

10925    PEREZ, HUGO, 1311 MAGDALENA ST, 54, LOS ANGELES, CA 90012

10925    PEREZ, INOCENZIO, 4619 W 34TH ST, 320, HOUSTON, TX 77092

10925    PEREZ, ISELA, 1901 N. GLASSCOCK, MISSION, TX 78572

10925    PEREZ, J. ANTONIO, 7557 WELLS AVE., NEWARK, CA 94560

10925    PEREZ, JACOB, 308 E RUBY, IOWA PARK, TX 76367

10925    PEREZ, JAMIE, 33443 4TH ST, UNION CITY, CA 94587

10925    PEREZ, JANIE, 1806 W LAURE, SAN ANTONIO, TX 78207

10925    PEREZ, JAVIER, 1409 ROPER MT RD #219, GREENVILLE, SC 29615

10925    PEREZ, JAVIER, 1409 ROPER MTN. RD, #219, GREENVILLE, SC 29615

10925    PEREZ, JESSE, 1002 LIQUSTRUM, CORPUS CHRISTI, TX 78408

10925    PEREZ, JESSE, 1302 S. SULLIVAN, SANTA ANA, CA 92704

10925    PEREZ, JESUSA, 1479 CHAMPLIN, TEANECK, NJ 07666

10925    PEREZ, JOEANGEL, 6907 WESTMOOR RT. 4, BOX 1160, ODESSA, TX 79764

10925    PEREZ, JOEL, RT 1 BOX 8-EE, PREMONT, TX 78375

10925    PEREZ, JORGE, 8234 14TH AVE., 202, HYATTSVILLE, MD 20783

10925    PEREZ, JORGE, RT. 2 BOX 238, RAYMONDVILLE, TX 78580

10925    PEREZ, JOSE, 1318 5TH ST, ROSENBERG, TX 77471

10925    PEREZ, JOSE, 18308 SO AIRPORT WAY, MANTECA, CA 95337

10925    PEREZ, JOSE, 2201 NW 93RD AVE, 302, PEMBROKE, FL 33024

10925    PEREZ, JOSE, 3213 ELLIS AVE, FT WORTH, TX 76106

10925    PEREZ, JOSE, 3414 E WALNUT, PEARLAND, TX 77581

10925    PEREZ, JOSE, 531 COLEMAN AVE, LOS ANGELES, CA 90042

10925    PEREZ, JOSE, 5435 OLD TUCKER ROW, COLUMBIA, MD 21044

10925    PEREZ, JOSE, 920 S BUCHANAN ST # 101, ARLINGTON, VA 22204

10925    PEREZ, JOSE, PO BOX 314, GUANICA, PR 00653

10925    PEREZ, JOSEPH, 11411 BUFFALO HORN, SAN ANTONIO, TX 78245

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PEREZ, JUAN, 6790 MEADE ST, HOLLYWOOD, FL 33024

10925   PEREZ, JUAN, 8841 W FLAGLER ST #108, MIAMI, FL 33174

10925   PEREZ, JUAN, CUC STATION BOX 5103, CAYEY, PR 00633

10925   PEREZ, KRISTA, 7151 W. INDIAN SCHOOL ROAD, PHOENIX, AZ 85033

10925   PEREZ, LAURA, 2414 WALNUT, AMARILLO, TX 79107

10925   PEREZ, LAURA, HCO2 BUZON 5832, LARES, PR 00669

10925   PEREZ, LIBRADO, 539 W. NOBLE, FALFURRIAS, TX 78355

10925   PEREZ, LISA, 88-09 30 AVE, EAST ELMHURST, NY 11369

10925   PEREZ, LORETTA, PO BOX 2027, CORRALES, NM 87048

10925   PEREZ, LUIS, 2842 BEDFORD, DALLAS, TX 75212

10925   PEREZ, LUIS, 4950 REGINAL RD, ORLANDO, FL 32829

10925   PEREZ, LUIS, CALLE 1 A-17, CAROLINA, PR 00982

10925   PEREZ, LUIS, CALLE APOLO 158, PONCE, PR 00731

10925   PEREZ, LUZ, ACUARIO H5 URB VILLADEL OESTE, MAYAGUEZ, PR 00680

10925   PEREZ, MANUEL, 114 PERSYN, SAN ANTONIO, TX 78207

10925   PEREZ, MARGARITA, PO BOX 348, PHARR, TX 78577

10925   PEREZ, MARIA, 1213 WALMSLEY, DALLAS, TX 75208

10925   PEREZ, MARIA, 14822 SW 69TH ST, MIAMI, FL 33193

10925   PEREZ, MARIO, 4303 WHITE RIVER, PASADENA, TX 77504

10925   PEREZ, MARIO, 471 EAST CHARLES, RAYMONDVILLE, TX 78580

10925   PEREZ, MARTIN, PO BOX 830, SAN BENITO, TX 78586

10925   PEREZ, MARY, 12366 JEROME ST, SUN VALLEY, CA 91352

10925   PEREZ, MATILDE, 1143 E 103 PL, LOS ANGELES, CA 90002

10925   PEREZ, MAYRA, #9 BRASIL ST URB VISTA VERDE, VEGA BAJA, PR 00693

10925   PEREZ, MICHAEL, 1810 S FERNCREEK AVE, ORLANDO, FL 32806

10925   PEREZ, MIGUEL, 45014 27TH ST. EAST SPACE #13, LANCASTER, CA 93535

10925   PEREZ, MYRNA, URB CORCHADO, ISABELA, PR 00662

10925   PEREZ, NELSON, 14243 VICTORY BLVD, VAN NUYS, CA 91401

10925   PEREZ, NIKKI, 5322 GOLDER, ODESSA, TX 79764

10925   PEREZ, NILDA, 14 YAGER ST - BOX 314, GUANICA, PR 00653

10925   PEREZ, NOEMI, 22010 CLARETTA AVE, HAWIIAN GARDENS, CA 90716-1618

10925   PEREZ, NOEY, 2925 HILLDALE, CORPUS CHRISTI, TX 78415-5643

10925   PEREZ, OLGA, 4590 N.TEXAS #113, ODESSA, TX 79761

10925   PEREZ, ONESIMO, RT 1, BOX 22A, EDCOUCH, TX 78538

10925   PEREZ, PEDRO, 1420 WEST 179TH, P, GARDENA, CA 90248

10925   PEREZ, PEDRO, 4045 ROBIN HOOD, CORPUS CHRISTI, TX 78411

10925   PEREZ, RAFAEL, 33346 8TH ST, UNION CITY, CA 94587

10925   PEREZ, RAMIRO, 1406 E. RAY CIRCLE, MISSION, TX 78572

10925   PEREZ, RAMON, 18308 S AIRPORT AVE, MANTECA, CA 95336

10925   PEREZ, RENE, PO BOX 283, SAN DIEGO, TX 78384

10925   PEREZ, RICHARD, 6628 SEPULVEDA BLVD., VAN NUYS, CA 91406

10925   PEREZ, ROBERTO, RT 1, BOX 8-A, PREMONT, TX 78375

10925   PEREZ, ROGELIO, 443 PARK PLAZA, SAN ANTONIO, TX 78237

10925   PEREZ, ROMEO P, 3309 N GARDEN LANE, AVONDALE, AZ 85323

10925   PEREZ, ROMEO, 3309 N GARDEN LANE, ABONDALE, AZ 85323

10925   PEREZ, ROSA, 15200 MARSON ST, VAN NUYS, CA 91402

10925   PEREZ, ROSEANNE, 220 W. 2ND, DUMAS, TX 79029

10925   PEREZ, RUDOLPHO, 11911 GALLANT FOREST, SAN ANTONIO, TX 78248

10925   PEREZ, RUMALDO, 825 E. RETAMA, FALFURRIAS, TX 78355

10925   PEREZ, SALVADOR, 17122 WILLIAMS DR, PEARLAND, TX 77584

10925   PEREZ, SAM, 3201 BISCAYNE DR, MCHENRY, IL 60050

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PEREZ, SANDRA, 3390 FAIRBURN RD SW, ATLANTA, GA 30331

10925   PEREZ, SANTOS, 1135 N. MARINE AVE., WILMINGTON, CA 90744

10925   PEREZ, SHELLEY, 700 N. CLEVELAND, AMARILLO, TX 79107

10925   PEREZ, TERESA, PO BOX 564, SAN JUAN, TX 78589

10925   PEREZ, VALERIE, 1330 NW 13TH ST # 19, BOCA RATON, FL 33486

10925   PEREZ, VALERIE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   PEREZ, VICTOR, 989 HART ST, BROOKLYN, NY 11237

10925   PEREZ, VIRGINIA, 209 ALTON GRIFFEN, EL PASO, TX 79907

10925   PEREZ-GONZALEZ, HECTOR, CALLE 2 #A-34 EXT. SAGRADO CORAZON, GUANICA, PR 00653

10925   PEREZ-JIMENEZ, ROBERTO, LA RAMBLA CALLE 2, #342, PONCE, PR 00731

10925   PEREZ-REYES, NARCISO, EDF22 JARDINES DE COUNTY CLUB, RIO PIEDRAS, PR 00924

10925   PEREZ-RODRIGUEZ, DANIEL, PO BOX 122, GUANICA, PR 00653

10924   PERFECT CONCRETE, 843 MARYLAND AVENUE, BUTTE, MT 59701

10925   PERFECT IMAGE, THE, 76 LAKE ST, MIDDLETON, MA 01949

10925   PERFECT PACK INC, 3455 JARITA WAY, DOUGLASVILLE, GA 30135

10925   PERFECT TIME INC, 1422 S BROADWAY, LOS ANGELES, CA 90015

10924   PERFECTED GRAVE VAULT CO., 1175 BURTON ST, GRAND RAPIDS, MI 49507

10924   PERFECTED GRAVEL VAULT CO., 1175 BURTON ST, GRAND RAPIDS, MI 49506

10925   PERFECTO, JOSEPHINE, 29378 N. BEGONIAS LN., CYN. COUNTRY, CA 91351

10925   PERFETT, NANCY, 1013 FOREST GREEN DRIVE, CORAOPOLIS, PA 15108

10925   PERFETTI, LYNNE, 8 DIEGO, BELEN, NM 87002

10925   PERFETTO, JOHN, 5525 U.S. 60 E., OWENSBORO, KY 42303

10925   PERFEX CORP., 12 CASE ST, POLAND, NY 13431-0180

10924   PERF-FORM PRODUCTS INC., 301 COUNTY ROAD 43, BIG LAKE, MN 55309

10924   PERF-FORM PRODUCTS, 301 COUNTY ROAD 43, BIG LAKE, MN 55309

10925   PERFOMANCE RESOURCES INC, 20 VALLEYWOOD DR SUITE 100, MARKHAM, ON L3R 6G1CANADA      *VIA Deutsche Post*

10924   PERFORMANCE  CONTRACTING INC, 602 N.34TH ST, TAMPA, FL 33605

10924   PERFORMANCE ABATEMENT, HARRAHS @ RENO, RENO, NV 89510

10925   PERFORMANCE ACC, 1005 ALDERMAN DR SUITE 107, ALPHARETTA, GA 30005

10925   PERFORMANCE ACC, 1005 ALDERMAN DRIVE SUITE 107, ALPHARETTA, GA 30005

10925   PERFORMANCE ANALYTICAL INC., PO BOX 4700-06, PORTLAND, OR 97208-4700

10925   PERFORMANCE CONSTRUCTION SERVICES, 9234 S KILPATRICK, OAK LAWN, IL 60453

10925   PERFORMANCE CONTRACTING INC, 1270 HANCOCK ST, ANAHEIM, CA 92807

10924   PERFORMANCE CONTRACTING INC, 4340 ROSEVILLE RD, NORTH HIGHLANDS, CA 95660

10924   PERFORMANCE CONTRACTING INC, 516D 35 TH STREET NORTH, BIRMINGHAM, AL 35203

10924   PERFORMANCE CONTRACTING INC., 1203 MAIN STREET, GRANDVIEW, MO 64030

10924   PERFORMANCE CONTRACTING INC., P O BOX 50216, KNOXVILLE, TN 37950

10924   PERFORMANCE CONTRACTING, 1270 HANCOCK STREET, ANAHEIM, CA 92807

10924   PERFORMANCE CONTRACTING, 2900 E. PARTICK LANE, LAS VEGAS, NV 89120

10924   PERFORMANCE CONTRACTING, 2900 E. PATRICK LANE, LAS VEGAS, NV 89120

10924   PERFORMANCE CONTRACTING, 4340 ROSEVILLE ROAD, NORTH HIGHLANDS, CA 95660

10924   PERFORMANCE CONTRACTING, 6621 E. MISSION ST., SPOKANE, WA 99212

10924   PERFORMANCE CONTRACTING, 6621 EAST MISSION, SPOKANE, WA 99212

10924   PERFORMANCE CONTRACTING, 8015 S.W. HUNZIKER RD., TIGARD, OR 97223

10924   PERFORMANCE CONTRACTING, 8015 S.W. HUNZIKER, TIGARD, OR 97223

10924   PERFORMANCE CONTRACTING, 8015 S.W.HUNZIKER RD., TIGARD, OR 97223

10924   PERFORMANCE CONTRACTING, C/O WESTSIDE BUILDING MATERIALS, ANAHEIM, CA 92807

10924   PERFORMANCE CONTRACTING, CAMBRIDGE, MA 02140

10924   PERFORMANCE CONTRACTING, KNOXVILLE, TN 37921

10924   PERFORMANCE CONTRACTORS, 1270 HANCOCK STREET, ANAHEIM, CA 92807

10924   PERFORMANCE CONTRACTORS, CIVIC CENTER, SAN RAFAEL, CA 94901

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PERFORMANCE ENGINEERS INC, CHARLES RATLIFF, 5527 RIVER GULF DRIVE, PORT RICHEY, FL 34668

10925   PERFORMANCE FIRST, 30083 AHERN ST, UNION CITY, CA 94587

10925   PERFORMANCE FLOOR CODING, 165 NORTH GRATIOT, MOUNT CLEMENS, MI 48043

10925   PERFORMANCE FREIGHT SYSTEM, PO BOX 210947, MILWAUKEE, WI 53221

10924   PERFORMANCE FRICTION PRODUCTS, PO BOX 8326, LONGVIEW, TX 75607

10924   PERFORMANCE FRICTION PRODUCTS, RT. 3 BOX 168, HWY 349, LONGVIEW, TX 75607

10925   PERFORMANCE KENWORTH, 6855 NORTH LOOP 610 EAST, HOUSTON, TX 77028

10925   PERFORMANCE METERS INC, 1400 S TROOPER ROAD, NORRISTOWN, PA 19403

10925   PERFORMANCE PACKAGING INC., 1957 B PIONEER ROAD, HUNTINGDON VALLEY, PA 19006-2503

10925   PERFORMANCE PACKAGING, 406 MASSAPOAG ROAD, LINCOLNTON, NC 28092

10924   PERFORMANCE PLASTERING/PSYCHO, OSO & MAREBLU, MISSION VIEJO, CA 92690

10925   PERFORMANCE PLASTICS INC, 1602 PRECISION PARK LANE, SAN YSIDRO, CA 92173

10925   PERFORMANCE SYSTEMS INTL, PO BOX 485, HERNDON, VA 22070

10925   PERFORMANCE TRAINING ASSOC INC, 135 BEAVER ST, WALTHAM, MA 02154

10925   PERFORMANCE TRAINING ASSOC INC, POBOX 18185, TAMPA, FL 33679-8185

10924   PERFORMAX BUILDING MATERIALS, INC., 810 E. 6TH STREET, KIMBALL, NE 69145

10924   PERFORMING ARTS - UNIV OF MARYLAND, 3601 UNIVERSITY BOULEVARD, COLLEGE PARK, MD 20740

10924   PERFORMING ARTS CENTER, C/O GLOBAL INSULATION, ACADAMY STREET, GAINESVILLE, GA 30501

10924   PERFORMING ARTS, C/O R. DICKERSON & ASSOC., JACKSONVILLE, FL 32202

10925   PERGREM, DWAYNE, 7163 E DESERT SPOON, GOLD CANYON, AZ 85219

10925   PERHACS, GREGORY, 26681 15TH ST, HIGHLAND, CA 92346

10925   PERHACS, PATRICIA, 6114 VERONA ROAD, VERONA, PA 15147

10925   PERHAM, CONSTANCE B, BOX ONE, NEW ALMADEN, CA 95042

10925   PERI, RETAROSE, 1800 KEOKEE ST., LANGLY PARK, MD 20783

10925   PERICORP, 9328 LINCOLN AVE, BROOKFIELD, IL 60513

10925   PERIDOT CHEMICALS, PO BOX 931537, ATLANTA, GA 31193-1537

10925   PERIGNY, JOSEPH, 29 HOBBS RD, PELHAM, NH 03076

10925   PERILLO, MARTHA, 15 BLAKE ST, METHUEN, MA 01844

10924   PERILSTEIN DISTRIBUTING CORP., 100 BUSINESS CENTER DRIVE, CHESWICK, PA 15024

10924   PERILSTEIN DISTRIBUTION CORPORATION, 100 BUSINESS CENTER DRIVE, CHESWICK, PA 15024

10924   PERILSTIN DISTRIBUTION CORPORATION, 100 BUSINESS CENTER DRIVE, CHESWICK, PA 15024

10924   PERIMETER CHURCH, 9500 MEDLOCK BRIDGE ROAD, DULUTH, GA 30097

10924   PERIMETER CHURCH, 9500 MEDLOCK BRIDGE ROAD, DULUTH, GA 30136

10924   PERIMETER POINT SHOPPING CENTER, C/O CHAMBLESS FIREPROOFING, ATLANTA, GA 30338

10925   PERIN AND CAMPBELL INC, 128 NAHANT ST, WAKEFIELD, MA 01880-3329

10924   PERINI CORP C/O GEOLOGISTICS SERVIC, 6500 QUAD AVENUE, BALTIMORE, MD 21202

10924   PERINI INTERNATIONAL CORP., 73 MT. WAYTE AVE., FRAMINGHAM, MA 01701

10925   PERIPHERAL PRODUCTS, 4312 W. CACTUS ROAD SUITE 11, GLENDALE, AZ 85304-2336

10925   PERIPHERAL SOLUTIONS INDUSTRIES, RD3, BOX 165 W, HONEYBROOK, PA 19344

10925   PERIPHERAL TECHNOLOGY GROUP, INC, 7625 GOLDEN TRIANGLE DR., EDEN PRAIRIE, MN 55344

10925   PERIS, JOSE JORDI, C AMIGO 48 4, C, BARCELONA, 08021SPAIN                    **\*VIA Deutsche Post\***

10925   PERITO, RICHARD P, 91 FELLSMERE ROAD, MALDEN, MA 02148

10925   PERITO, RICHARD, 91 FELLSMERE ROAD, MALDEN, MA 02148

10925   PERKERSON, JULIE, 5710 PACES LAKE RDG, DALLAS, GA 30132

10925   PERKET, RUEBEN, 1003 PANTHER DRIVE, RENO, NV 89506-8620

10925   PERKIN ELMER CORP, BOX 7247-9000, PHILADELPHIA, PA 19170-9000

10925   PERKIN ELMER CORP, CITIBANK DEL, PHILADELPHIA, PA 19170-9000

10925   PERKIN ELMER CORP., PO BOX 101668, ATLANTA, GA 30392

10925   PERKIN ELMER CORP., PO BOX 101668, ATLANTA, GA 30392-1668

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PERKIN ELMER CORPORATION, 761 MAIN AVE, NORWALK, CT 06859-0241

10925   PERKIN ELMER CORPORATION, PO BOX 95230, CHICAGO, IL 60690

10925   PERKIN ELMER INSTRUMENT LLC, 761 MAINE AVE M/S 10, NORWALK, CT 06859-0010

10925   PERKIN ELMER INSTRUMENTS LLC, PO BOX 101668, ATLANTA, GA 30392-1668

10925   PERKIN ELMER LLC, POBOX 101668, ATLANTA, GA 30392-1668

10925   PERKIN ELMER, 761 MAIN AVE, NORWALK, CT 06859

10925   PERKIN-ELMER CO, THE, PO BOX 95230, CHICAGO, IL 60690

10925   PERKIN-ELMER CORP, BOX 7247-9000, PHILADELPHIA, PA 19170-9000

10925   PERKIN-ELMER CORP, PO BOX 101668, ATLANTA, GA 30392-1668

10925   PERKIN-ELMER CORPORATION, PO BOX 95230, CHICAGO, IL 60690

10925   PERKINELMER WALLAC INC., PHARMACIA LKB NUCLEAR, 45 WILLIAM ST, WELLESLEY, MA 02481

10925   PERKIN-ELMER, 3206 TOWER OAKS BLVD., ROCKVILLE, IL 20852-2280

10925   PERKINS & COIE, 1620 26TH ST, SANTA MONICA, CA 90404

10924   PERKINS AIRCRAFT SERVICES, 2300 WEST 6TH STREET, FORT WORTH, TX 76107

10924   PERKINS AIRCRAFT SERVICES, PO BOX 470277, FORT WORTH, TX 76147

10924   PERKINS COIE, 1201 THIRD AVE 40TH FLR, SEATTLE, WA 98101-3099

10925   PERKINS COIE, 40TH FL, 1201 THIRD AVE, SEATTLE, WA 98101-3099

10925   PERKINS COIE, ATTN: CLIENT ACCOUNTING, 1201 3RD AVE 40TH FL, SEATTLE, WA 98101-3099

10925   PERKINS COLE, ROCCO TREPPIEDI, 221 N WALL ST # 600, SPOKANE, WA 99201

10925   PERKINS COLE, VL WOOLSTON JR THOMAS L BOEDER, 1201 THIRD AVE #4800, SEATTLE, WA 98101-3099

10924   PERKINS FARM MARKET PLACE (S&S), WORCESTER, MA 01600

10925   PERKINS FERRIS, PO BOX 570, MACON, MS 39341

10924   PERKINS HALL ELEMENTARY, 3350 4TH ST. N, MINNEAPOLIS, MN 55412

10925   PERKINS III, MARVIN, 65 SKY MANOR ROAD, PITTSTOWN, NJ 08867

10924   PERKINS PRODUCTS INC., 7025 WEST 66TH PLACE, CHICAGO, IL 60632

10925   PERKINS PRODUCTS, 7025 W. 66TH PLACE, BEDFORD PARK, IL 60638-4703

10925   PERKINS, 305 MYLES STANDISH BLVD, TAUNTON, MA 02780-0229

10925   PERKINS, AUDREY, 41 UNION AVE, #1, MEMPHIS, TN 38103

10925   PERKINS, BRIAN, 317 E BERKELEY, SANTA ANA, CA 92707

10925   PERKINS, CAROLYN, BOX 16 STAGE COACH RD, SANDIA PARK, NM 87047

10925   PERKINS, CHARLES, 181 CHALK BED ROAD, GRANITEVILLE, SC 29829

10925   PERKINS, CHARLES, EAST 11420 10TH, SPOKANE, WA 99206

10925   PERKINS, CHRISTINE, 8383 GREEN ST, WHEELERSBURG, OH 45694

10925   PERKINS, CHRISTOPHER, 2823 KNOLLSIDE LN, VIENNA, VA 22180

10925   PERKINS, CHRISTOPHER, 464 NORTH WICKHAM ROAD, 269, MELBOURNE, FL 32935

10925   PERKINS, DAWN, 11 LOCUST AVE, COLUMBUS, NJ 08022

10925   PERKINS, DIANE, 1056 OLD RIVER RD, NATCHITOCHES, LA 71457

10925   PERKINS, DIANE, 200 NW 40TH ST, POMPANO BEACH, FL 33064

10925   PERKINS, ELIJAH, 5961 PERKINS ROAD, LELAND, NC 28451

10925   PERKINS, FELICIA, 3718 N. IRVINGTON AVE., INDIANAPOLIS, IN 46218

10925   PERKINS, GLEN, 8365 PERRI DR, SAVAGE, MD 20763

10925   PERKINS, J, 251 TWIN VALLEY RD, DUNCAN, SC 29334

10925   PERKINS, JAMI, 7 WAGON DR #B, WOLFFORTH, TX 79382-2206

10925   PERKINS, JAN, 10315 ARISTOCRAT, SAN ANTONIO, TX 78245

10925   PERKINS, JOE, 3718 N IRVINGTON, INDIANAPOLIS, IN 46218

10925   PERKINS, JOHN, 176 COUNTY RD 3320, GREENVILLE, TX 75402

10925   PERKINS, JOHN, 249 TWIN VALLEY ROAD, DUNCAN, SC 29334

10925   PERKINS, JOHN, 7 TOPATH DR, WILMINGTON, MA 01887

10925   PERKINS, JUDY, 249 TWIN VALLEY ROAD, DUNCAN, SC 29334

10925   PERKINS, KALYN, 103 DOLLIE, C2, SONORA, TX 76950

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PERKINS, KALYN, 103 DOLLIE, SONORA, TX 76950

10925    PERKINS, KALYN, 1434 HALIFAX, ODESSA, TX 79761

10925    PERKINS, KATHERINE, 3036 OLIVER ST NW, WASHINGTON, DC 20015

10925    PERKINS, L, RT 1 BOX 57, SOMMERVILLE, TN 38068

10925    PERKINS, LEWIS, 3718 N IRVINGTON, INDIANAPOLIS, IN 46218

10925    PERKINS, LORI, 1704 PALOMAR, ODESSA, TX 79763

10925    PERKINS, MARK BERTON, 3846 BENSON RD., ORANGE, TX 77632

10925    PERKINS, MARK, 3846 BENSON ROAD, ORANGE, TX 77632

10925    PERKINS, MARK, 3846 BENSON ROAD, ORANGE, TX 77632-0739

10925    PERKINS, MARY, 9 SAWYER RD, NORTHBORO, MA 01532

10925    PERKINS, P, 195 BLACKBERRY HILL LANE, BUTLER, PA 16001

10925    PERKINS, RICHARD H, 3166 GLEN ECHO DRIVE, MEMPHIS, TN 38115

10925    PERKINS, RICHARD, 249 RAY RD, GREENWICH, NY 12834

10925    PERKINS, RICHARD, 310 SOMERSET DR, NIXA, MO 65714

10925    PERKINS, RODERICK, 6209 RENAISSANCE WAY, NE, ATLANTA, GA 30308

10925    PERKINS, S, 33 DOLORES DR W, WAGGAMN, LA 70094

10925    PERKINS, SARAH, 624 WALKER AVE, GREENSBORO, NC 27401

10925    PERKINS, SCOTT, R.R. #2 BOX 1279, WELLS, ME 04090

10925    PERKINS, SHERRY, 3803 S. 135TH EAST PLACE, TULSA, OK 74134

10925    PERKINS, THOMAS, 16827 BLENHEIM DRIVE, LUTZ, FL 33549

10925    PERKINS, TIM, 3027 E 6TH ST, 34, LONG BEACH, CA 90803

10925    PERKINS, TRACY, 808 E MAHOGANY, ATLANTIC, IA 50022

10925    PERKINS, VALERIE, 2433 EUTAW PL, BALTIMORE, MD 21217

10925    PERKINS, WILLIAM, 7304 W 62ND PLACE, ARGO, IL 60501

10925    PERKINS-BANKS, DALE, 3001 OLD CHANNEL ROAD, LAUREL, MD 20724

10925    PERKINSON BEALE, DOROTHY, BOX 367, FRANKLIN, VA 23851-0367

10924    PERKO, INC., 16490 N.W. 13TH AVENUE, MIAMI, FL 33169

10924    PERKO, INC., 16490 NW 13TH AVENUE, MIAMI, FL 33169-5707

10925    PERKS WELDING CO INC, 28 CULVERT ST, PORT JERVIS, NY 12771

10925    PERKS WELDING CO., 28 CULVERT ST., PORT JERVIS, NY 12771

10924    PERLA BLOCK CO, 3RD & STANWICK, MOORESTOWN, NJ 08057

10925    PERLEBERG, TERRY, 1565 COMMANCHE AVE, GREEN BAY, WI 54313

10925    PERLEY, JENNIFER, 192 LITTLEWORTH RD, MADBURY, NH 03820

10925    PERLISH, ROBERT, 800 AVONDALE ROAD #61, WELLINGTON, PA 19086

10924    PERLITE PLASTER, ALISO NIGUEL HIGH SCHOOL, LAGUNA BEACH, CA 92651

10925    PERLITE PLASTERING CO INC, 500 N FIRST ST, ARCADIA, CA 91006

10924    PERLITE PLASTERING CO. INC., 8328 WILLOUGHBY AVE., LOS ANGELES, CA 90069

10924    PERLITE PLASTERING CO.,INC., 500 N. FIRST ST., ARCADIA, CA 91006

10925    PERLITE PLASTERING CO.INC., 8328 WILLOUGHBY AVE., LOS ANGELES, CA 90069

10924    PERLITE PLASTERING, BEACON ST., SAN PEDRO, CA 90731

10924    PERLITE PLASTERING, CAL-STATE LONG BEACH, LONG BEACH, CA 90800

10924    PERLITE PLASTERING, COUNTY BLDG., RIVERSIDE, CA 92500

10924    PERLITE PLASTERING, L.A. TRADE TECH COLLEGE, LOS ANGELES, CA 90050

10924    PERLITE PLASTERING, S. W. COLLEGE, LOS ANGELES, CA 90050

10924    PERLITE PLASTERING/CARRIER BLDG., LOS ANGELES, CA 90001

10924    PERLITE PLASTERING/CLARK MAGNET HS, 4747 NEW YORK AVE., LA CRESCENTA, CA 91214

10924    PERLITE PLASTERING/CORALWOOD, RESEDA, CA 91335

10924    PERLITE PLASTERING/SAN PEDRO M.C., C/O WESTWOOD BLDG. MATERIALS, HARBOR & 7TH, SAN PEDRO, CA 90731

10924    PERLITE PLASTERING/SPACE SAVER #9, WESTWOOD BLDG. MTRL., SANTA ANA, CA 92707

10924    PERLITE/ANAHEIM CONV. CENTER, 800 W. KATELLA, ANAHEIM, CA 92801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924 PERLITE/CABRILLO HIGH SCHOOL, LONG BEACH, CA 90801

10924 PERLITE/CARRIER BLDG., LOS ANGELES, CA 90001

10924 PERLITE/JIM THORPE ELEMENTARY, ALTON & GREENVILLE, SANTA ANA, CA 92707

10924 PERLITE/SPACE SAVER #9, 200 N. BRISTOL ST., SANTA ANA, CA 92707

10925 PERLMAN, MARC D, 100 ANDERER LANE APT 3, BOSTON, MA 02132

10925 PERLMAN, TIMOTHY, 43 GOLDEN AVE, LEXINGTON, MA 02173

10925 PERMA - PIPE INC, 720 NORTH LEHIGH AVE, NILES, IL 60714-3491

10925 PERMA GLAS-MESH INC, POBOX 640771, PITTSBURGH, PA 15264-0771

10925 PERMA LUBRICATION, INC, 2503 CHICAGO ST, VALPARAISO, IN 46383-5862

10924 PERMA PURE INC., 8 EXECUTIVE DRIVE, TOMS RIVER, NJ 08754

10925 PERMA R PRODUCTS, PO BOX 5235-EKS, JOHNSON CITY, TN 37603

10925 PERMA TRON ELEVATOR INC., PO BOX 1800, DENISON, TX 75021-1800

10924 PERMA-CHINK SYSTEMS, 1605 PROSSER ROAD, KNOXVILLE, TN 37914

10924 PERMA-CHINK SYSTEMS, INC., 1605 PROSSER ROAD, KNOXVILLE, TN 37914

10924 PERMA-CHINK SYSTEMS, INC., 17635 N.E. 67TH COURT, REDMOND, WA 98052

10924 PERMA-FLEX MOLD CO, 1919B LIVINGSTON AVE, COLUMBUS, OH 43209

10924 PERMA-FLEX MOLD CO., INC., CAMBRIDGE, MA 02140

10925 PERMAGLAS MESH, INC, PO BOX 640771, PITTSBURGH, PA 15264-0771

10924 PERMALITE REPRODUCTIVE MEDIA, 230 EAST ALONDRA BLVD., GARDENA, CA 90248

10924 PERMALITH PLASTICS, INC., 6901 CRESCENT BLVD., PENNSAUKEN, NJ 08110

10924 PERMANENT CASINO, C/O KING COMPANY, NEW ORLEANS, LA 70150

10924 PERMANENT COATINGS, INC., 8405 FLORIDA BLVD., DENHAM SPRINGS, LA 70726

10924 PERMANENT COATINGS, INC., PO BOX 1605, DENHAM SPRINGS, LA 70727-1605

10925 PERMAR, REGINA, 2000 CRICKET DRIVE, ORLANDO, FL 32808

10924 PERMATILE CONC PROD CO, PO BOX 2049, BRISTOL, VA 24203

10924 PERMATILE CONCRETE, 100 BEACON RD, BRISTOL, VA 24201

10924 PERMATILE CONCRETE, P.O. BOX 2049, BRISTOL, VA 24203

10925 PERMA-TYPE RUBBER, 83 NORTHWEST DR, PLAINVILLE, CT 06062

10925 PERMENTER, MACEL, 9513 STELLA AVE., ST. LOUIS, MO 63125

10925 PERMENTER, RAMONA, ROUTE 5, BOX 232, UNION, MS 39365

10924 PERMIAN CONCRETE, 220 S. MEADOW, ODESSA, TX 79760

10924 PERMIAN CONCRETE, PO BOX903, ODESSA, TX 79760

10924 PERMITE CORPORATION, 5239 BRER RABBIT ROAD, STONE MOUNTAIN, GA 30083

10924 PERMITE CORPORATION, PO BOX 33127, DECATUR, GA 30033

10925 PERMUTIT CO, INC, PO BOX 7346, NEW YORK, NY 10049

10925 PERMUTIT CO, PO BOX 451, MORTON GROVE, IL 60053

10925 PERMUTT, GERALD, 23 NEWPORT DRIVE, NANUET, NY 10954

10925 PERNA, HUMBERTO, 607A ARNETT ST, ELIZABETH NJ, NJ 07202

10925 PERNA, STEPHEN, 8 MT VERNON ST, DORCHESTER, MA 02125

10925 PERNANKIL, GANESH, 4994 DORSEY HALL DRIUNIT A1, ELLICOTT CITY, MD 21045

10925 PERNELL, CONNIE, PO BOX 399, GASTON, NC 27832

10925 PERNELL, SHELLEY, TEA ST, APT 84-B, BOUND BROOK, NJ 08805

10925 PERNIA, CHRISTINO, 2923 FREEWAY, BALTIMORE, MD 21227

10925 PEROCCHI, DAVID, 158 HESPERUS AVE, MAGNOLIA, MA 01930

10925 PEROCK, RICHARD, 749 OAK ST, DE PERE, WI 54115

10925 PEROGLIO, ANNETTE, 2755 FOXFORD WAY, SPARKS, NV 89436-7616

10925 PERONE, WENDY, 100 CROSS HILL RD, MONROE, CT 06468

10925 PEROTTI, RICHARD, 723 PRAIRIE CRK DR, PACIFICA, CA 94044

10925 PEROUTKA & PEROUTKA P.A., 8028 RITCHIE HWY S-300, PASADENA, MD 21122

10925 PEROZ, M, STERLING HOUSE OF ALLIANCE, ALLIANCE, OH 44601

10925 PEROZ, WANDA, 1723 CARRIAGE ARMS, ALLIANCE, OH 44601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PERRANTI, KENT, 273 WASHINGTON ST, CHELSEA, MA 02150

10925 PERRAS, NORMAN, 60 CASS AVE, DRACUT, MA 01826

10925 PERRAULT, DENISE, 21242 TURQUOISE WAY, BOCA RATON, FL 33428

10925 PERRAULT, DENISE, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925 PERRAULT, RUBY, 6615 COBALT, HOUSTON, TX 77016

10925 PERRAULT, SHEREE, 8642 DAWNRIDGE, HOUSTON, TX 77071

10925 PERREAULT JT TEN, ROLAND J & DONNA W, 36 KENNETH CIRCLE, WATERBURY, CT 06710-1144

10925 PERRETT, ARNOLD, 104 SHADOWOOD DRIVE, SIMPSONVILLE, SC 29681

10925 PERRIAN, ANGELO, 446 N CROWN HILL RD, ORRVILLE, OH 44667

10925 PERRIER, ROBERT L, 19 CHANDOGA DRIVE, NEWTON, NJ 07860

10925 PERRIER, ROBERT, 19 CHANDOGA DR., NEWTON, NJ 07860

10925 PERRIGAN, DENNIS, 901 W COLLEGE, GUTHRIE, OK 73044

10925 PERRIGAN, FREDRICK, 2032 E. UNIVERSITY, GUTHRIE, OK 73044

10924 PERRIGO CO. OF S. CAROLINA INC., 4611 DAIRY DRIVE, GREENVILLE, SC 29607

10924 PERRIGO CO. OF S. CAROLINA INC., PO BOX 1968, GREENVILLE, SC 29602

10924 PERRIGO COMPANY, 117 WATER STREET, ALLEGAN, MI 49010

10924 PERRIGO COMPANY, 502 EASTERN AVENUE, ALLEGAN, MI 49010

10925 PERRIN, BOBBY, PO BOX 323, GRAY COURT, SC 29645

10925 PERRIN, GEORGE, 300 E 33RD ST APT 6A, NEW YORK, NY 10016-9407

10925 PERRIN, MICHELLE, 42 BEACH ROAD, SOUTHWICK, MA 01077

10925 PERRINE, EUGENE, #10 INDEPENDENCE SQUARE, BLOOMINGTON, IL 61701

10925 PERRINE, EUGENE, #10 INDEPENDENCE SQUARE, BLOOMINGTON, IL 61704

10925 PERRIS, NINA E, 2178 KLOCKNER ROAD, TRENTON, NJ 08690

10925 PERRODIN, BARBARA, 1010 DELCAMBRE ROAD, BREAUX BRIDGE, LA 70517-7517

10925 PERRODIN, ERASTE, 2026 E MARTHA ST, LAKE CHARLES, LA 70601

10925 PERRODIN, NOLAN B, 1510 20TH ST., LAKE CHARLES, LA 70601-1172

10925 PERRODIN, NOLAN, 1510 20TH ST, LAKE CHARLES, LA 70601

10925 PERRON, ARTHUR, 10 VASSAR DR, PELHAM, NH 03076

10925 PERRON, JANE, 7373 TIMBERNOLL DR, W CHESTER, OH 45069

10925 PERRON, JOANNE, 7250 W. LACEY LANE, HOMOSASSA, FL 34448

10925 PERRON, RITHA, 10121 OLIPHANT RD, DATON ROUGE, LA 70809

10925 PERRON, SCOTT, 602 NEW HOPE CHR RD, ENOREE, SC 29335

10925 PERRON, SUSAN, 2727A LAKEWOOD DR, AUGUSTA, GA 30904

10925 PERROTTA, ARTHUR, 50-22 103RD ST, CORONA, NY 11368-3154

10925 PERRY CHEMICAL CORPORATION, 17-20 WHITESTONE EXPY, WHITESTONE, NY 11357

10924 PERRY COUNTY READY MIX, HWY 51 NO, DU QUOIN, IL 62832

10925 PERRY COUNTY REDI MIX, PO BOX 130, CARBONDALE, IL 62903

10924 PERRY COUNTY REDI MIX, PO BOX 256, DU QUOIN, IL 62832

10924 PERRY DANFORD CONSTRUCTION CO., INT. OF JOHN TYLER & JAMESTOWN RDS., WILLIAMSBURG, VA 23185

10925 PERRY EQUIPMENT CORP., PO BOX 640, MINERAL WELLS, TX 76068

10925 PERRY FAMILY TRUST, THE, 1512 PASEO DEL MAR, PALOS VERDES ESTATES, CA 90274-1852

10925 PERRY J HITE SR &, NORMA H HITE JT TEN, 3417 DOUGLAS DR, MURRYSVILLE, PA 15668-2106

10925 PERRY JOHNSON INC, 3000 TOWN CENTER #2960, SOUTHFIELD, MI 48075

10925 PERRY JOHNSON INC., 3000 TOWN CENTER STE 2960, SOUTHFIELD, MI 48075

10925 PERRY JR, ALBERT, 2628 HERON LANDING, ORLANDO, FL 32837

10925 PERRY JR., JOE, 114 STAFFORD COURT, LEXINGTON, SC 29073

10925 PERRY L HAYNES, 239 GRANT, PARK FOREST, IL 60466-1013

10925 PERRY M MITTLER, 4694 S CRYSTAL WAY C, AURORA, CO 80015-1142

10925 PERRY PACKAGING, POBOX 160, MAYNARD, MA 01754

10924 PERRY PAINT & GLASS CO., 306 E.EHRINGHAUS STREET, ELIZABETH CITY, NC 27909

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | PERRY READY MIX, BOX 387, PERRY, IA 50220 | |
| 10925 | PERRY SCALE COMPANY INC, PO BOX 1474, HOUSTON, TX 77251 | |
| 10925 | PERRY TELECOM INC., 2963 WAREHAM CT., WEST PALM BEACH, FL 33414 | |
| 10925 | PERRY VIDEX LLC, PO BOX 10, HAINESPORT, NJ 08036 | |
| 10925 | PERRY WEITZ, 233 BROADWAY, NEW YORK, NY 10279 | |
| 10925 | PERRY, ALFRED, 112 SUNSET CIRCLE, SPARTANBURG, SC 29301 | |
| 10925 | PERRY, ALISON, 187 STATION ST, STOUGHTON, MA 02072 | |
| 10925 | PERRY, AMES, 8705 CHESTNUT AVE, BOWIE, MD 20720 | |
| 10925 | PERRY, ARVIN L, 25072 SHAVER LAKE CIRCLE, LAKE FORREST, CA 92630-2538 | |
| 10925 | PERRY, B, 1045 WORKMAN ROAD, WOODRUFF, SC 29388 | |
| 10925 | PERRY, BENNY, 13906 MELANIE, PEARLAND, TX 77581 | |
| 10925 | PERRY, BRADLEY, 144 MINZ PARK CIR 1, WEST BEND, WI 53095 | |
| 10925 | PERRY, CATHERINE, 1741 SHADYBROOK LANE, COLUMBUS, OH 43228 | |
| 10925 | PERRY, CHARLES, C/O DEATON SPEC. HOSP 611 S CHARLES ST, BALTIMORE, MD 21230 | |
| 10925 | PERRY, CHRISTIE, 210 HILLSIDE CHURCH ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | PERRY, CHRISTOPHER, 6443 S FAIRFIELD ST, RAVENNA, OH 44266 | |
| 10925 | PERRY, DANIEL, 53 FULKERSON ST, CAMBRIDGE, MA 02135 | |
| 10925 | PERRY, DAWN, 13711-1 RALEIGH LN., FT. MYERS, FL 33919 | |
| 10925 | PERRY, E, 3527 BRICK CHURCH PIKE, NASHVILLE, TN 37207-2003 | |
| 10925 | PERRY, ELIZABETH, 118 WOODWELLS GARRISON - BOX 232, CONTOOCOOK, NH 03229 | |
| 10925 | PERRY, ERA, 1201 THOMPSON AVE, SEVERN, MD 21144 | |
| 10925 | PERRY, ERENIA, 13118 E. BIGELOW ST., CERRITOS, CA 90703 | |
| 10925 | PERRY, FRANCIS, 1215 DUKELAND ST, BALTIMORE, MD 21216-4334 | |
| 10925 | PERRY, GEORGE, 508 S FRANKLIN, PLANT CITY, FL 33566-5312 | |
| 10925 | PERRY, GERALDINE, 38178 EGGERS CT, FREMONT, CA 94536 | |
| 10925 | PERRY, GORDON L, 5601 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | PERRY, GORDON, 278 LIONS WATCH DR, PASADENA, MD 21122 | |
| 10925 | PERRY, GUSTAV, 2426 SOUTH 19TH ST, PHILADELPHIA, PA 19145 | |
| 10925 | PERRY, HAROLD, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036-7794 | |
| 10925 | PERRY, HELEN, 26923 AVENIDA, SAUGUS, CA 91350 | |
| 10925 | PERRY, HUEY, PO BOX 1206, SULPHUR, LA 70664 | |
| 10925 | PERRY, JANET, 21415 PARK BISHOP, KATY, TX 77450 | |
| 10925 | PERRY, JERRY, 1404 JUDY ST, VINTON, LA 70668 | |
| 10925 | PERRY, JOHNNY R, 12835 EASTBROOK DR, HOUSTON, TX 77013-5011 | |
| 10925 | PERRY, JOHNNY, 1401 OLIVE ST, BAYTOWN, TX 77520 | |
| 10925 | PERRY, JOY, ROUTE 5 BOX 12, COMMERCE, GA 30529 | |
| 10925 | PERRY, JUANITA A, 12730 BRANT ROCK DR, HOUSTON TX, TX 77082 | |
| 10925 | PERRY, K, 837 LAFEYETTE LANE, LAKELAND, FL 33805 | |
| 10925 | PERRY, KENNETH, 1106 W. GOLD, HOBBS, NM 88240 | |
| 10925 | PERRY, LARRY, PO485, HIGHLAND CITY, FL 33486 | |
| 10925 | PERRY, LEAH, 1435 N ST NW #202, WASHINGTON, DC 20005 | |
| 10925 | PERRY, LEANNE, 23 BREED ST, 5, LYNN, MA 01902 | |
| 10925 | PERRY, LEWANA, 4650 SIERRA MADRE, #798, RENO, NV 89502 | |
| 10925 | PERRY, LINDA, PO BOX 622, HARRELLSVILLE, NC 27942 | |
| 10925 | PERRY, MARSHA, 3556 WILMINGTON RD, MONTGOMERY, AL 36105 | |
| 10925 | PERRY, MARY, 132 LA RUE BIARRITZ, DUSON, LA 70529-9660 | |
| 10925 | PERRY, MICHAEL, 1291 N LAKE SYBELIA, MAITLAND, FL 32751 | |
| 10925 | PERRY, MICHAEL, RR #2, BOX 162A, BUNKIE, LA 71322 | |
| 10925 | PERRY, MYNEKIA, 805 W.CLUB BLVD, DURHAM, NC 27701 | |
| 10925 | PERRY, NATHAN, 5612 OLD ELECTRA RD, IOWA PARK, TX 76367 | |
| 10925 | PERRY, NATHANIEL S, 261-VA-CUTOFF RD APT 2, WHITE RIVER JUNCTI, VT 05001-0000 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PERRY, NORMAN, 1203 DELAWARE PLACE, BALTIMORE, MD 21228

10925   PERRY, PAMELA, 24 HUDSON RD., LEXINGTON, MA 02173

10925   PERRY, PAULINE, 1360N DE SOTO, CHANDLER, AZ 85224

10925   PERRY, PERCY, 1222 N. 21ST ST, MILWAUKEE, WI 53205

10925   PERRY, R., 420 CABONIA COURT, PLEASANTON, CA 94566

10925   PERRY, RALPH, 23 FRANCIS AVE, 2316, MANSFIELD, MA 02048

10925   PERRY, RANDALL, 1110 MCHENRY DRIVE, GLEN BURNIE, MD 21061

10925   PERRY, REBECCA, 210 HILLSIDE CHRCH RD, FOUNTAIN INN, SC 29644

10925   PERRY, RITA, 30 CANTON ST, LOWELL, MA 01851-1701

10925   PERRY, ROBERT, 30 PLAINFIELD ROAD, PEPPERELL, MA 01463

10925   PERRY, ROBERT, 3900 HWY 146, WOODRUFF, SC 29388

10925   PERRY, ROBERT, ROUTE 5 BOX 12, COMMERCE, GA 30529

10925   PERRY, ROSELYN, 5606 CANNON CT., APT. C, SPEEDWAY, IN 46224

10925   PERRY, RYAN D, 420 CABONIA CT., PLEASANTON, CA 94566

10925   PERRY, RYAN D, 420 CABONIA CT., PLEASANTON, CA 94588

10925   PERRY, SANDRA, 3619 HONEYGLEN WAY, ONTARIO, CA 91761

10925   PERRY, SCOTT, 102 MAXWELL RD, SIMPSONVILLE, SC 29681

10925   PERRY, SCOTT, 2708 SANIBEL LANE, SMYRNA, GA 30082

10925   PERRY, SHARON, 6131 N WARREN AVE, OKLA CITY, OK 73112

10925   PERRY, SHERYL, 8 OLD MEADOW LANE, ACTON, MA 01720

10925   PERRY, STEPHEN, 3783 WOOSTER AVE PO BOX 267, RAVENNA, OH 44266

10925   PERRY, STEVEN M, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   PERRY, STEVEN, 8 JERSEY ST, PEPPERELL, MA 01463

10925   PERRY, SUZANNA, CUST FOR BRIAN F PERRY, UNIF GIFT MIN ACT NY, 15 DUNDERBERG ROAD, PO BOX 357, TOMKINS COVE, NY 10986-0357

10925   PERRY, SUZANNA, CUST FOR JOHN M PERRY, UNIF GIFT MIN ACT NY, 15 DUNDERBERG ROAD, TOMKINS COVE, NY 10986-1003

10925   PERRY, SUZANNA, CUST FOR STEPHEN H PERRY, UNIF GIFT MIN ACT NY, 15 DUNDERBERG ROAD, PO BOX 357, TOMKINS COVE, NY 10986-0357

10925   PERRY, THERESA, 1465 CARDINAL LANE, BEAUFORT, SC 29902

10925   PERRY, THOMAS, PO BOX 67, MOUNDVILLE, AL 35747

10925   PERRY, TOD, 124 LOWELL ST APT #2, SOMERVILLE, MA 02143

10925   PERRY, TOMMY, 204 S E AVE A, ANDREWS, TX 79714

10925   PERRY, TREMAYNE, 6521 MEDWICK DRIVE, HYATTSVILLE, MD 20783

10925   PERRY, VIOLET, 62 JOYCETON WAY, UPPER MARLBORO, MD 20772

10925   PERRY, WILLIAM, 1002 FOLEY, IOWA PARK, TX 76367

10925   PERRY, WILLIAM, 58 ARLINGTON ST, NASHUA, NH 03060

10925   PERRYMAN, EARNESTINE, 831 HENDERSON ROAD, JACKSON, MS 39212

10925   PERRYMAN, VANGELIA, RT 9 BOX 233, LUBBOCK, TX 79423

10925   PERSCHKA, SUNDA, 1820 W SAHUARO, PHOENIX, AZ 85029

10925   PERSICK, SHELLY, 59320 MICHELLE DR, PLAQUEMINE, LA 70764

10925   PERSICK, TAMMY, 1202 EMMA, IOWA PARK, TX 76367

10924   PERSIDIO PLASTERING, HUGHS BUILING, TUCSON, AR 85713

10925   PERSINGER, JAMES, 10771 VIA JACARA, STANTON, CA 90680

10925   PERSINGER, LISA, PO BOX 865, OAK HILL, WV 25901

10925   PERSINGER, MICHELLE, 249 KENNEDY DRIVE, SEVERNA PARK, MD 21146

10925   PERSINGER, MICHELLE, 7500 GRACE DR, COLUMBIA, MD 21044

10925   PERSINGER, RALPH, 10030 MALLISON, SOUTH GATE, CA 90280

10925   PERSKY ESQ, JOEL, 3144 DAVENPORT AVE, PO BOX 6490, SAGINAW, MI 48602-3451

10925   PERSO, MARGARETE, 4597 GREEN SHORES DR SE, PT. ORCHARD, WA 98367

10924   PERSON & CONVEY, 600 NORTH IRVING AVENUE, GLENDALE, CA 91201

10924   PERSON & CONVEY, 616 ALLEN AVENUE, GLENDALE, CA 91201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PERSON, DEBORAH, 9 REDCLIFFE AVE #1B, HIGHLAND PARK, NJ 08904 | |
| 10925 | PERSON, LESLIE, 1801 WILLIAMSBURG RD, DURHAM, NC 27707 | |
| 10925 | PERSONAL PRODUCTIVITY TOOLS, INC, 14141 MIRANDA RD., LOS ALTOS HILLS, CA 94022 | |
| 10925 | PERSONAL REPORT FOR THE, PO BOX 25347, ALEXANDRIA, VA 22313-5347 | |
| 10925 | PERSONAL REPORT FOR THE, PO BOX 9225, MC LEAN, VA 22102-0225 | |
| 10925 | PERSONAL STRENGTHS PUBLISHING, PO BOX 2605, CARLSBAD, CA 92018-2605 | |
| 10925 | PERSONAL TOUCH JANITORIAL INC., POBOX 87495, CAROL STREAM, IL 60188 | |
| 10925 | PERSONAL TRAINING SYSTEMS, 173 JEFFERSON DR., MENLO PARK, CA 94025 | |
| 10925 | PERSONALIZED ENTERPRISES, 7577 N. TEUTONIA AVE, MILWAUKEE, WI 53209 | |
| 10925 | PERSONEL ONE INC, PO BOX 144540, CORAL GABLES, FL 33114-4540 | |
| 10925 | PERSONNEL ASSOCIATION OF, PO BOX 17016, WEST PALM BEACH, FL 33416-7016 | |
| 10925 | PERSONNEL CONCEPTS LIMITED, POST OFFICE BOX 1183, COVINA, CA 91722 | |
| 10925 | PERSONNEL CONNECTION INC., PO BOX 1117, FORT WORTH, TX 76101 | |
| 10925 | PERSONNEL JOURNAL, PO BOX 55965, BOULDER, CO 80322-5695 | |
| 10925 | PERSONNEL MANAGEMENT ASSOCIATION, 9722 S CICERO AVE, OAK LAWN, IL 60453 | |
| 10925 | PERSONNEL ONE, INC, PO BOX 144540, CORAL GABLES, FL 33114-4540 | |
| 10925 | PERSONNEL PLUS, 12052 E IMPERIAL HWY SUITE 200, NORWALK, CA 90650 | |
| 10925 | PERSON-PUGH, CASSANDRA, 4354 GREENWOOD DR, PORTSMOUTH, VA 23701 | |
| 10924 | PERSONS CONCRETE INC, LOWER BAY RD, WINNISQUAM, NH 03289 | |
| 10924 | PERSONS CONCRETE INC., DO NOT USE PLANT SOLD, OFF ROUTE 28, OSSIPEE, NH 03864 | |
| 10924 | PERSONS CONCRETE INC., LOWER BAY RD, WINNISQUAM, NH 99999 | |
| 10925 | PERSONS CONCRETE LLC, PO BOX 480, WINNISQUAM, NH 03289 | |
| 10924 | PERSONS CONCRETE, DO NOT USE PLANT SOLD, LAMCASTER RD., GORHAM, NH 03581 | |
| 10924 | PERSONS CONCRETE, DO NOT USE PLANT SOLD, ROUTE 113, MADISON, NH 03849 | |
| 10924 | PERSONS CONCRETE, LOWER BAY RD, WINNISQUAM, NH 03289 | |
| 10924 | PERSONS CONCRETE, RAILROAD AVE., LITTLETON, NH 03561 | |
| 10924 | PERSONS CONCRETE, ROUTE 3, COLUMBIA, NH 03576 | |
| 10924 | PERSONS R. M., ROUTE 49, WEST CAMPTON, NH 03223 | |
| 10925 | PERSONS, JARROD, 1141 LESLIE PLACE, LITTHONIA, GA 30058 | |
| 10925 | PERSSON, GARY, 38 BURTON PLACE, CRESSKILL, NJ 07626 | |
| 10925 | PERSTORP CONSTRUCTION CHEMICALS, 10, RUE COMTESSE, BREBIERES, 62117FRANCE | *VIA Deutsche Post* |
| 10925 | PERSTORP CONSTRUCTION CHEMICALS, PERSTORP AB, PERSTORP, 28480SWEDEN | *VIA Deutsche Post* |
| 10925 | PERSTORP POLYOLS INC, PO BOX 642133, PITTSBURGH, PA 15264-2133 | |
| 10925 | PERSTORP POLYOLS, INC, PO BOX 642133, PITTSBURGH, PA 15264-2133 | |
| 10925 | PERSTORPS PERSONTRANSPORT AB, PI 1121, PERSTORP, 28491SWEDEN | *VIA Deutsche Post* |
| 10925 | PERSYN, ANTHONY, 922 W AARON ST, #B, STATE COLLEGE, PA 16803 | |
| 10925 | PERTAIN, NICOLE, 1701 NEWPORT RD APT 1626, CROYDON, PA 19021 | |
| 10925 | PERTARB, MARION, 110 TOWER ST, HUDSON, MA 01749 | |
| 10924 | PERTH AMBOY HIGH SCHOOL, EASTERN CONCRETE DECKS, PERTH AMBOY, NJ 08862 | |
| 10925 | PERTMER, TAMERA, 285 PLANTATION ST, 624, WORCESTER, MA 01604 | |
| 10925 | PERTROLINK INTL LLC, 2130 MEDWAY DR, SPRING, TX 77386 | |
| 10925 | PERU, DEBORAH, 3611 CHASE HILLS DR, LAUREL, MD 20724 | |
| 10925 | PERUSINA JT TEN, DANFORD & ARLENE, 4325 KIRK RD, SAN JOSE, CA 95124-4818 | |
| 10925 | PERUSINA JT TEN, RAY & SHIRLEY, 2810 LA RHEE DR, SAN JOSE, CA 95124-1928 | |
| 10925 | PERVO PAINT CO, SCOTT GILMORE, | |
| 10925 | PESA, CECELIA, 415 BEGIER AVE., SAN LEANDRO, CA 94577 | |
| 10925 | PESCHEL, LINDA, 20740 VINCENT CT, BROOKFIELD, WI 53045 | |
| 10925 | PESCHKE, LORRAINE, 4326 LEE HWY, ARLINGTON, VA 22207 | |
| 10925 | PESEK, DONALD, 5916 S 175TH AVE CR, OMAHA, NE 68135 | |
| 10925 | PESEK, RACHEL D., 721 E. GUENTHER, SAN ANTONIO, TX 78210 | |
| 10925 | PESINA, BARBARA, 1352 N. PLEASANT AVE, FRESNO, CA 93728 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PESKE, CHARLENE, S70 W22355 SONOMA WAY, BIG BEND, WI 53103 | |
| 10925 | PEST CONTROL SERVICES, POBOX 482, NORTHBROOK, IL 60065 | |
| 10925 | PESTANA, TONY, 21173 LOCUST ST, HAYWARD, CA 94541 | |
| 10925 | PESTICIDE BLEND PLANT, CARY, NC FORMER, 411 EAST DURHAM ROAD, CARY, NC | |
| 10925 | PESTKOWSKI, DAVID, 36 KELLY PKWY, BAYONNE, NJ 07002 | |
| 10925 | PESTOTNIK, DAVID, 4050 BRETTON, CASPER, WY 82609 | |
| 10924 | PET HAVEN, AUGUSTA, AUGUSTA, ME 04330 | |
| 10924 | PET PRODUCTS, 1700 BRIDGE SCHOOL ROAD, ROLLA, MS 65401 | |
| 10924 | PET-AG, INC., 261 KEYES AVENUE, HAMPSHIRE, IL 60140 | |
| 10924 | PET-AG, INC., PO BOX 396, HAMPSHIRE, IL 60140-0396 | |
| 10925 | PETAL PUSHER FLORIST, 607 S. CAMP MEADE RD., LINTHICUM, MD 21090 | |
| 10925 | PETCO PLASTICS INC, 8800 CRESCENT 1, VILLA DANJOU (QUEBEC), QC H1J 1C8CANADA | *VIA Deutsche Post* |
| 10924 | PETCO, INC., 10271 HAZETON ETNA RD., PATASKALA, OH 43062 | |
| 10925 | PETE GONZALEZ, 2140 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10924 | PETE KING, C/O REW BUILDING MATERIALS, PHOENIX, AZ 85001 | |
| 10924 | PETE W. RODINO JR FEDERAL BUILDING, 970 BROAD STREET, NEWARK, NJ 07102 | |
| 10925 | PETE, LAWRENCE, 102 DOLESE ST., LAFAYETTE, LA 70501 | |
| 10925 | PETELLE, KRISTIN, 826 5TH ST NE, WASHINGTON, DC 20002 | |
| 10925 | PETER A WESTCOTT &, SUSAN J WESTCOTT JT TEN, 4564 AIRLIE WAY, ANNANDALE, VA 22003-3517 | |
| 10925 | PETER ALDEN WHITMAN &, ALINDA JANE WHITMAN JT TEN, 7182 W 117TH AVE, CROWN POINT, IN 46307-8726 | |
| 10925 | PETER ALLEN LEVY, 15 GOFF LANE, BLOOMSBURY, NJ 08804-2030 | |
| 10925 | PETER ALLEN ROY &, GLORIA JEAN ROY JT TEN, 18 NEW ST, NORTH ADAMS, MA 01247-3138 | |
| 10925 | PETER ARVYDAS JANUS, 2 REDWOOD LANE, AVON, CT 06001-4532 | |
| 10925 | PETER B GREMILLION, 263 PEA RIDGE RD, NEW HILL, NC 27562 | |
| 10925 | PETER B GREMILLION, 263 PEARIDGE RD, NEW HILL, NC 27562-8952 | |
| 10925 | PETER BECK, PO BOX 487, HUNTINGTON STA, NY 11746-0395 | |
| 10925 | PETER BEDFORD, BEDFORD PROP GENERAL COUNSEL, 3470 MOUNT DIABLE BLVD, LAFAYETTE, CA 94549 | |
| 10925 | PETER BROOKS DEERING, 50 GRETCHEN LANE, HOLLISTON, MA 01746-2421 | |
| 10925 | PETER C HARN, 15 OLD FARM LANE, NEW FREEDOM, PA 17349-9409 | |
| 10925 | PETER C LEAMING &, JAMES G LEAMING JT TEN, 418 NORTH AVE, BARRINGTON, IL 60010-3333 | |
| 10925 | PETER C O SCHLIESSER, 315 EAST 68TH ST APT 14-H, NEW YORK, NY 10021-5692 | |
| 10925 | PETER C OLSEN &, JANYCE A OLSEN JT TEN, PO BOX 410, SIMPSONVILLE, MD 21150-0410 | |
| 10925 | PETER C REICHLE, 1285 NILEY LODT RD, BLOWING ROCK, NC 28605-9558 | |
| 10925 | PETER CREMER N AMERICA, LP, 3117 SOUTHSIDE AVE., CINCINNATI, OH 45204 | |
| 10925 | PETER D HOOD, 173 MONITOR AVE, CINCINNATI, OH 45233-1287 | |
| 10925 | PETER D. FONBERG TRUSTEE, MR. PETER D. FONBERG TRUSTEE, 5452 GLEN LAKES DRIVE, SUITE 203, DALLAS, TX 75231 | |
| 10925 | PETER D. HOUCHIN, RD.3, BOX 194, RICHFIELD SPRINGS, NY 13439 | |
| 10925 | PETER D. LUXEMBURGER, CHEMIN DE FANTAISE 1A, PULLY, 1009SWITZERLAND | *VIA Deutsche Post* |
| 10925 | PETER D. LUXEMBURGER, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | PETER DEWEY, 19 EATON ST, CONCORD, MA 01742 | |
| 10925 | PETER DIGIOVANNE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | PETER E MORRIS, 506 GRACE LANE 2, AUSTIN, TX 78746-4815 | |
| 10925 | PETER E SKINNER, PO BOX 262, LARAMIE, WY 82073-0262 | |
| 10925 | PETER E WILK, 2134 NORTH AVE, BRIDGEPORT, CT 06604-2411 | |
| 10925 | PETER G ALYEA, 2217 GEORGETOWN RD, BLOOMINGTON, IN 47401-6774 | |
| 10925 | PETER G ANGELOS, 4725 SILVER HILL RD #21, SUITLAND, MD 20746 | |
| 10925 | PETER G ANGELOS, 63 HENDERSON AVE, CUMBERLAND, MD 21502 | |
| 10925 | PETER G ANGELOS, 9140 ACADEMY ROAD UNIT F, PHILADELPHIA, PA 19114 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PETER G CHURCH &, KATRINA V CHURCH JT TEN, PO BOX 10731, ST THOMAS, 00801VIRGIN ISLANDS | *VIA Deutsche Post* |
| 10925 | PETER G FINNEY, 1808 WIND DANCER TRAIL, TECUMEH, MI 49286-7749 | |
| 10925 | PETER G HAWKINS, 514 E 81 ST, NEW YORK, NY 10028-2513 | |
| 10925 | PETER H PERSHALL, C/O UNITED STATES TRUST CO, A/C 2302725-3, PO BOX 373, BOSTON, MA 02101-0373 | |
| 10925 | PETER HERRERA &, AMELIA HERRERA JT TEN, 2447 REVERE LANE, SEAFORD, NY 11783-3548 | |
| 10925 | PETER HOLMES, 9B EXCELSIOR AVE, CASTLE HILL 2154, JYONEY, SYDNEY NSW, AUSTRALIA | *VIA Deutsche Post* |
| 10925 | PETER IMLAY & ASSOCIATES, PO BOX 470247, SAN FRANCISCO, CA 94147 | |
| 10925 | PETER J BIANCHI, 67 EISENHOWER AVE, OSWEGO, NY 13126-4049 | |
| 10925 | PETER J GRIFFIN, 2 COUNTRY MEADOW DR, COLTS NECK, NJ 07722-1571 | |
| 10925 | PETER J LENCKI &, MARY E LENCKI JT TEN, 16 RIMWOOD LANE, COLTS NECK, NJ 07722-1348 | |
| 10925 | PETER J MCCARTHY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | PETER J MESSA & BETTY L MESSA, TR UA MAY 13 92, PETER J MESSA & BETTY L MESA, TRUST, 1161 VIRGINIA AVE, CAMPBELL, CA 95008-6045 | |
| 10925 | PETER J MORTIMER, 23 AMHERST RD, BEVERLY, MA 01915-5623 | |
| 10925 | PETER J OTT 3RD, 17 TREMONT COURT, NEWARK, DE 19711-1903 | |
| 10925 | PETER J PELUSO, 2885 PHILIP AVE, BRONX, NY 10465-2236 | |
| 10925 | PETER J TORCIVIA, 6365 CHESTNUT PKWY, FLOWERY BRANCH, GA 30542-3872 | |
| 10925 | PETER JAMES PIH, 87 CLARENDON AVE, SOMERVILLE, MA 02144-1733 | |
| 10925 | PETER L CANTONE &, PAULINE T CANTONE JT TEN, 11 MONTANA ST, NORTH ADAMS, MA 01247-4053 | |
| 10924 | PETER LUMBER COMPANY, E WASHINGTON AVENUE & LYONS C, PLEASANTVILLE, NJ 08232-2782 | |
| 10925 | PETER M BENTLEY, 144 BARABO, HAMILTON, OH 45011-2518 | |
| 10925 | PETER M DEWEY, 50 INDEPENDENCE RD, ACTON, MA 01720 | |
| 10925 | PETER M THIELMAN, 110 HENNEPIN PKWY, BUFFALO, NY 14206-1363 | |
| 10925 | PETER M. STERN & ASSOC., 12378 SARATOGA-SUNNYVALE RD., SARATOGA, CA 90570 | |
| 10925 | PETER M. STERN & ASSOC., 5965 ALMADEN EXPY STE M, SAN JOSE, CA 95120-5921 | |
| 10925 | PETER MILLER, 22 EAST 88 ST, NEW YORK, NY 10128-0502 | |
| 10925 | PETER N PICCO &, ARLENE MARIE PICCO JT TEN, 9112 SYCAMORE CT, UNION BRIDGE, MD 21791-7559 | |
| 10925 | PETER NICHOLSKAKOS, 6413 18TH AVE, BROOKLYN, NY 11204 | |
| 10925 | PETER P KACHUR &, FRANCES KACHUR TEN ENT, 223 HOPWOOD FARICHANCE RD, UNIONTOWN, PA 15401-6511 | |
| 10925 | PETER P WOLFE &, DIANE L WOLFE JT TEN, PO BOX 82, ISTACHATTA, FL 34636-0082 | |
| 10925 | PETER PAUL OFFICE EQUIP, INC, 711 CARR ST., CINCINNATI, OH 45203 | |
| 10925 | PETER R. OLOUGHLIN, 10314 NEWINGTON DR., ORLANDO, FL 32836 | |
| 10925 | PETER RAJNER, 3028 MEDFORD, TOLEDO, OH 43614-5456 | |
| 10925 | PETER RODRIGUEZ FOUNDATION, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | PETER ROEGE, 4981 380TH ST, SHELDON, IA 51201-7507 | |
| 10925 | PETER RONCO & ERCOLE RONCO, EX UW MARIO RONCO, 1213 SABAL DR, SAN JOSE, CA 95132-2750 | |
| 10925 | PETER S KRAUS, 49 EAST 96TH ST APT 8-C, NEW YORK, NY 10128-0782 | |
| 10925 | PETER S SAFRAN, 192 W HOBART GAP RD, LIVINGSTON, NJ 07039-5142 | |
| 10925 | PETER SAWKA &, JULIA S SAWKA JT TEN, 106 GRANDE AVE, WINDSOR, CT 06095-3961 | |
| 10925 | PETER STEPHEN DESANTI, 700 EAST COOP RD, APT C 1035B, STONY BROOK, NY 11790 | |
| 10925 | PETER T RIZZI, 10 LEGION PL, ELMWOOD PARK, NJ 07407-3102 | |
| 10925 | PETER TOLI, 35 ARAN RD, WESTWOOD, MA 02090-2209 | |
| 10925 | PETER V TEGNER III, 105 AVONWOOD BLVD, ROCHESTER HILLS, MI 48309-2049 | |
| 10925 | PETER W ZEFF & MARGARET, M ZEFF JT TEN, 939 ENSLEN AVE, MODESTO, CA 95350-5108 | |
| 10925 | PETER WEST, C/O MRS GEORGE D WEST, 4 FOWLER ST, FRANKLIN, NJ 07416-1406 | |
| 10925 | PETER Y M YIN & HUA-NIEN C YIN, TR UDT AUG 1 91 THE YIN FAMILY, TRUST, 2250 CACTUS ST, FREMONT, CA 94539-6506 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PETERKA, ROBERT, 25762 SCIOTO DRIVE, MONEE, IL 60449

10925   PETERKIN, TAMIKA, 3464 COUSINS DR, NEW CARROLTON, MD 20785

10925   PETERLA, PAUL, 93 MIRYBROOK AVE, TRENTON, NJ 08690

10924   PETERMAN CONCRETE COMPANY, 30 WATKINS ROAD, BATTLE CREEK, MI 49017

10924   PETERMAN CONCRETE COMPANY, 333 PETERMAN LANE, PORTAGE, MI 49002

10924   PETERMAN CONCRETE COMPANY, 363 AGGREGATE DRIVE, QUINCY, MI 49082

10924   PETERMAN CONCRETE COMPANY, 7620 S. WESTNEDGE, PORTAGE, MI 49081

10925   PETERMAN, DEBORAH, 202 BUCKINGHAM CT, TOWNSEND, DE 19734

10925   PETERS AND SONS, 829 WEST RIVERSIDE, SPOKANE, WA 99201

10925   PETERS AND SONS, PO BOX 1718, SPOKANE, WA 99210-1718

10925   PETERS CHRISTATOS, 1407 BROADWAY, NEW YORK, NY 10018

10925   PETERS JT TEN, GAIL ALBERTA & RONALD G, 6209 E MCKELLIPS APT 278, MESA, AZ 85215-2849

10925   PETERS SMITH & CO, GEN COUNSEL, 3209 ARMAND ST., MONROE, LA 71201

10925   PETERS, ALAN, 13618 ROUTE 108, HIGHLAND, MD 20777

10925   PETERS, ANNE, 4906 SEDGELANE DR, GREENSBORO, NC 27407

10925   PETERS, ARTHUR M, CUST FOR DAVID M PETERS, UNIF GIFT MIN ACT-MASS, PO BOX 454, CHARLTON, MA 01507-0454

10925   PETERS, BELINDA, 3441 HALFWAY AVE., MCKINLEYVILLE, CA 95519

10925   PETERS, BRANDEN, 119 6TH AVE NORTH, WAITE PARK, MN 56387

10925   PETERS, CARNELL, 12331 KINGS MEADOW DRIVE, HOUSTON, TX 77044

10925   PETERS, CHARLES, 427 S EDGEWATER DR, PLANT CITY, FL 33565-9270

10925   PETERS, CHARLOTTE, 7551 GREENS MILL DRIVE, LOGANVILLE, GA 30052

10925   PETERS, DANIEL, 413 S SIXTH ST, DE PERE, WI 54115

10925   PETERS, DEBORAH, S-250 TENBYTOWNE APT, DELRAN, NJ 08075

10925   PETERS, DENNIS, 23391 MULHOLLAND DR., WOODLAND HILL, CA 91364

10925   PETERS, DILSHAD, 720 PHEASANT RIDGE DRIVE, LAKE ZURICH, IL 60047

10925   PETERS, DONNA, 768 HAMPSHIRE LANE, VA BEACH, VA 23462

10925   PETERS, EDWARD, 4246 LOCUST DR., SCHNECKSVILLE, PA 18078

10925   PETERS, FERNEE, 5807 PINEWAY, SAN ANTONIO, TX 78247

10925   PETERS, GAIL, 6209 E. MCKELLIPS RD, 278, MESA, AZ 85205

10925   PETERS, HENRY, 230 ANDERSON ST, 6F, HACKENSACK, NJ 07601

10924   PETERS, J.W. & SONS INC, 34212 MARKET STREET, BURLINGTON, WI 53105

10924   PETERS, J.W. & SONS INC, P O BOX 160, BURLINGTON, WI 53105

10924   PETERS, J.W. AND SONS INC, 34212 W MARKET ST, BURLINGTON, WI 53105

10925   PETERS, JAMES, 5289 LADE BEACH RD, LITTLE SUAMICO, WI 54141

10925   PETERS, JEFFERSON, S68-W15093 KOSO DRIVE, MUSKEGO, WI 53150-8955

10925   PETERS, JEFFREY, 1470 WOODSTOCK ROAD, WOODSTOCK, MD 21163

10925   PETERS, JENNIFER, RT 5 BOX 482, ELIZABETHTON, TN 37643

10925   PETERS, JOHN, 4709 CHANEY LANE, BAKERSFIELD, CA 93311

10925   PETERS, JOHN, 57 LONGFELLOW LA, MAHWAH, NJ 07430

10925   PETERS, JOSEPH, 685 TAMPICO DRIVE, WALNUT CREEK, CA 94598

10925   PETERS, KEVIN, 137 WILLOW CT APT 4, CENTRAL, SC 29630

10925   PETERS, LARRY, 6741 CEDAR LANE, COLUMBIA, MD 21044

10925   PETERS, LESLEY, 3116 HILLSIDE DRIVE, WONDER LAKE, IL 60097

10925   PETERS, LINDA, 506 INDIAN RIDGE TRAIL, WAUCONDA, IL 60084

10925   PETERS, LOLITA, 3095 FENWICK ST, ARLINGTON, VA 22204

10925   PETERS, LUBNA, 720 PHEASANT RIDGE DRIVE, LAKE ZURICH, IL 60047

10925   PETERS, LURA B, 7500 GRACE DR, COLUMBIA, MD 21044

10925   PETERS, LURA B, 7500 GRACE DR., COLUMBIA, MD 21044

10925   PETERS, LURA, 2088 COON CLUB ROAD, WESTMINSTER, MD 21157

10925   PETERS, MARTA, 4 TWEED, FOX LAKE, IL 60020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PETERS, MICHAEL A, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | PETERS, MICHAEL, 2088 COON CLUB ROAD, WESTMINSTER, MD 21157 | |
| 10925 | PETERS, MICHAEL, 634 US HWY 41-141 LOT 14, LITTLE SUAMICO, WI 54141 | |
| 10925 | PETERS, PATRICA, 401 LAKEVIEW DR 435, CLUTE, TX 77531 | |
| 10925 | PETERS, PATRICIA, HICKORY HILLS BOX12, WHITE HAVEN, PA 18661 | |
| 10925 | PETERS, RANDOLPH, 12504 WALMER, OVERLAND PARK, KS 66209 | |
| 10925 | PETERS, RICHARD, PO BOX 274, LAKE ZURICH, IL 60047 | |
| 10925 | PETERS, ROBERT B, 1325 A DAVANN DRIVE, BETHLEHEM, PA 18017 | |
| 10925 | PETERS, ROBERT L, 1124 FAIRBANKS DRIVE, CARMEL, IN 46033 | |
| 10925 | PETERS, ROBERT R, 2000 FREMONT AVE, ST. PAUL, MN 55119 | |
| 10925 | PETERS, ROBERT, 1124 FAIRBANKS DRIVE, CARMEL, IN 46033 | |
| 10925 | PETERS, ROBERT, 2000 FREMONT AVE, ST PAUL, MN 55119 | |
| 10925 | PETERS, ROLAND, 1135 33RD ST NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | PETERS, RONALD, 400 NORTH KNOX, ABINGDON, IL 61410-1278 | |
| 10925 | PETERS, SMITH & COMPANY, 3209 ARMAND ST, MONROE, LA 71201 | |
| 10925 | PETERS, STEPHANIE, 110 PACES BROOK AVE, COLUMBIA, SC 29212 | |
| 10925 | PETERS, SUSAN, 632 DRUMMOND DR., BOURBONNAIS, IL 60914 | |
| 10925 | PETERS, THOR, 312 S. MIDDLETOWN RD, NANUET, NY 10954 | |
| 10925 | PETERS, TONY, 4020 BROOK HAVEN, ADDISON, TX 75244 | |
| 10925 | PETERSBERGER, HELEN, 8000 SOUTH KOLMAR AVE, CHICAGO, IL 60652-2034 | |
| 10924 | PETERSBURG BLOCKS INC., P.O. BOX 756, PETERSBURG, WV 26847 | |
| 10924 | PETERSBURG BLOCKS, INC., JUNCTION OF 55/42, PETERSBURG, WV 26847 | |
| 10925 | PETERSEN INC, 1527 NORTH 2000 WEST, OGDEN, UT 84404 | |
| 10925 | PETERSEN JR, WILLIA, 1841 VAN DEUREN ST, GREEN BAY, WI 54302-3629 | |
| 10924 | PETERSEN MFG CO*, 1527 4TH AVE, DENISON, IA 51442 | |
| 10925 | PETERSEN PRODUCTS, 421 WHEELER AVE, FREDONIA, WI 53021-0340 | |
| 10925 | PETERSEN, BLAINE, 2370 W HWY 89A, 410, SEDONA, AZ 86336 | |
| 10925 | PETERSEN, CARL, 1205 MEADOWLARK RD, DE PERE, WI 54115-9649 | |
| 10925 | PETERSEN, DANIEL, 2290 A SODA BAY RD, LAKEPORT, CA 95453 | |
| 10925 | PETERSEN, DAVID, 15 CALAMINTHILL RD N, PRINCETON, MA 01541 | |
| 10925 | PETERSEN, DAVID, 2417 TIMOTHY LN, KISSIMMEE, FL 34743 | |
| 10925 | PETERSEN, EVELYN, 1648 RUE DESIREE, BATON ROUGE, LA 70810 | |
| 10925 | PETERSEN, EVERETT, BOX 124, MARNE, IA 51552 | |
| 10925 | PETERSEN, GEOFFREY, 2162 OAKMOUNT ROAD, COLUMBUS, OH 43221 | |
| 10925 | PETERSEN, GERDA, 3962 SAN MARTINE WAY, SAN DIEGO, CA 92130 | |
| 10925 | PETERSEN, H.-GEOFFREY, 2162 OAKMOUNT RD, COLUMBUS, OH 43221 | |
| 10925 | PETERSEN, HEIDI, 3724 REBEL DRIVE, DE FOREST, WI 53532 | |
| 10925 | PETERSEN, JUDITH, 307 EAST EIGHTH ST, ATLANTIC, IA 50022-1715 | |
| 10925 | PETERSEN, KENT, 719 BUCKLEY ST, SLOAN, IA 51055-0431 | |
| 10925 | PETERSEN, LARRY R, BOX 33637, PHOENIX, AZ 85067-3637 | |
| 10925 | PETERSEN, MICHAEL, 110 NORTH PAGE ST, STOUGHTON, WI 53589 | |
| 10925 | PETERSEN, MICHAEL, 2122 JEN RAE, GREEN BAY, WI 54311 | |
| 10925 | PETERSEN, PAUL, 112 1/2 BIRCH ST, PROPHETSTOWN, IL 61277 | |
| 10925 | PETERSEN, ROBERT, RT 1 BOX 112, ALBERT, KS 67511 | |
| 10925 | PETERSEN, SOREN, 605 EAST SIXTH, ATLANTIC, IA 50022 | |
| 10925 | PETERSEN, TIMOTHY, 17505 W RIVER BIRCH DRIVE APT 209, BROOKFIELD, WI 53045 | |
| 10925 | PETERSEN, VIVIEN, 5767 N CAMINO ESPLENDORA, TUCSON, AZ 85718 | |
| 10925 | PETERSEN, WILLIAM, 500 SOUTH 11TH, NORFOLK, NE 68701 | |
| 10924 | PETERSON BUILDING MATERIALS, 2145 E. HENRIETTA, ROCHESTER, NY 14623 | |
| 10924 | PETERSON CONSTRUCTION CO, P.O. BOX 2058, WAPAKONETA, OH 45895 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PETERSON CONSTRUCTION COMPANY, C/O YMCA 1100 DEFIANCE STREET, WAPAKONETA, OH 45895

10924   PETERSON CONSTRUCTION, 7998 US ROUTE 127 NORTH, VAN WERT, OH 45891

10925   PETERSON CONSULTING, 1301 MCKINNEY, SUITE 500, HOUSTON, TX 77010

10925   PETERSON JR, JAMES, PO BOX 371, WELDON, NC 27890

10925   PETERSON LUMBER CO INC, PO BOX 214, TRAVELERS REST, SC 29690

10925   PETERSON LUMBER CO INC, POBOX 214, TRAVELERS REST, SC 29690

10925   PETERSON MD, DAVID N, 575 SOUTH STATE, OREM, UT 84058

10924   PETERSON MFG, 1527 4TH AVENUE SOUTH, DENISON, IA 51442

10924   PETERSON MFG, P. O. BOX 644, DENISON, IA 51442

10925   PETERSON PARTY CENTER INC, 139 SWANTON ST, WINCHESTER, MA 01890

10925   PETERSON PARTYCENTER, INC, 139 SWANTON ST, WINCHESTER, MA 01890-1918

10925   PETERSON PETIT AND PETERSON, 1111 SAN JACINTO, BEAUMONT, TX 77701

10924   PETERSON READY MIX, 112 COLLEGE STREET & HWY 10, PETERSON, IA 51047

10925   PETERSON SCHOOL, 25 MONTVALE AVE, WOBURN, MA 01801

10925   PETERSON SCHOOL, THE, 372 UNIVERSITY AVE, WESTWOOD, MA 02090

10924   PETERSON STUCCO DRYWALL, 12351 CLOUD RD., BLAINE, MN 55449

10924   PETERSON STUCCO, 12351 CLOUD DRIVE, BLAINE, MN 55449

10924   PETERSON STUCCO, CAMBRIDGE, MA 02140

10925   PETERSON THERMAL EQUIPMENT CO INC, POBOX 2446, TOLEDO, OH 43606

10925   PETERSON, ADORA, 34 CLUF BAY RD, BRUNSWICK, ME 04011

10925   PETERSON, BARBARA, 56 RICHELIEW TERR, NEWARK, NJ 07106

10925   PETERSON, BECKY, 26261 CAVACCO RD., DANVILLE, OH 43014

10925   PETERSON, BEN, PO BOX 50562, INDIANAPOLIS, IN 46250

10925   PETERSON, BERNIE, RT. 4 BOX 308, POPLARVILLE, MS 39470

10925   PETERSON, BETTY, RT 3 BOX 185, MOMENCE, IL 60954

10925   PETERSON, BONNA, 3311 YEOMAN AVE, VANCOUVER, WA 98660

10925   PETERSON, CARL, 14612 LINN COURT, WESTFIELD, IN 46074

10925   PETERSON, CARLETON, 295 RIVER HILLS CT, CAMBRIDGE, MN 55008-3730

10925   PETERSON, CAROL, 15150 PARTHENIA ST #77, SEPULVEDA, CA 91343

10925   PETERSON, CAROL, 806 OAK ST, ATLANTIC, IA 50022

10925   PETERSON, CHARLES, 13611 WEST CO. RD. 179, ODESSA, TX 79766

10925   PETERSON, CHARLES, 555 RIVER BEND DRIVE, MONROE, GA 30655-9641

10925   PETERSON, CRAIG, 188 LARKSPUR ST, SAN RAFAEL, CA 94901

10925   PETERSON, DANIEL, N90 W17260 ST THOMAS DR, MENOMONEE FALLS, WI 53051

10925   PETERSON, DAWN, 610 POINSEHIA ST, ST. AUGUSTINE, FL 32084

10925   PETERSON, EARNEST, 2924 LOREN ST, AIKEN, SC 29801

10925   PETERSON, EMERY, 210 NORTH MALL DR #70, ST. GEORGE, UT 84790

10925   PETERSON, ERVIN, 5023 N 18TH ST, PHOENIX, AZ 85016

10925   PETERSON, FRANCES, 5413 W BARRY AVE, CHICAGO, IL 60641

10925   PETERSON, FRANK, 163 SOUTH ST, WESTMINSTER, MA 01473

10925   PETERSON, GARY, 15 GRANGER PL, ROCHESTER, NY 14607

10925   PETERSON, GENE, 934 RASMUSSON PL, GREEN BAY, WI 54304

10925   PETERSON, HERBERT, 204 OAK ST, WESTWOOD, MA 02090

10925   PETERSON, J, 1954 MELROSE ST, MADISON, WI 53704-3328

10925   PETERSON, JAMES, 1067 WEST CORNELIA, 2, CHICAGO, IL 60613

10925   PETERSON, JAMES, 4418 23RD ST, COLUMBUS, NE 68601-8510

10925   PETERSON, JEANNE, E42 SCOTTY HOLLOW DR, N CHELMSFORD, MA 01863

10925   PETERSON, JENNIFER, 956 AMBERLY TR, GREEN BAY, WI 54311

10925   PETERSON, JOE, 361 ROCKY RIVER LANE, GUNNISON, CO 81230

10925   PETERSON, JOE, 4644 FAIRWAY, WICHITA FALLS, TX 76308

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PETERSON, JOHN, 9 LEWIS RD., WINCHESTER, MA 01890

10925   PETERSON, KAREN, 529 W WOODLAND DRIVE, ROUND LAKE, IL 60073

10925   PETERSON, LAURIE, 727 EASY CYPRESS AVE, BURBANK, CA 91501

10925   PETERSON, LESLIE, 903 FRANKLIN ST, DE PERE, WI 54115

10925   PETERSON, LINDA, 6470 RIVER ROAD, DEFOREST, WI 53532

10925   PETERSON, LINDA, 6703 SHADY LAKE, SAN ANTONIO, TX 78244

10925   PETERSON, MARIE, 3233 GILBERTSON ROAD, DE FOREST, WI 53532

10925   PETERSON, MARK W, 5210 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   PETERSON, MARK, 2700 S MEMORIAL DR APT 21-C, GREEN BAY, WI 54313-4044

10925   PETERSON, MARK, 376 BASKIN DR. SW, MARIETTA, GA 30064

10925   PETERSON, MARK, 4047 ELM CREST TRAIL, HOUSTON, TX 77059

10925   PETERSON, MELISSA, 215 38TH, LUBBOCK, TX 79404

10925   PETERSON, MICHAEL, HC51 BOX 8, PETROLIA, TX 76377

10925   PETERSON, PATRICIA, 6 HEATHER DR, WILMINGTON, MA 01887

10925   PETERSON, PAUL, 4945 LAKESIDE DRIVE, DORAVILLE, GA 30366

10925   PETERSON, PAUL, 816 EDGEWOOD DR, GREEN BAY, WI 54311

10925   PETERSON, ROBERT, 1001 BILOXI DR., ENNIS, TX 75119

10925   PETERSON, ROBERT, N2027 OLD F ROAD, RIO, WI 53960

10925   PETERSON, ROGER, CUST FOR NICOLE E PETERSON, UNIF GIFT MIN ACT-CALIF, 3120 LEATHA WAY, SACRAMENTO, CA 95821-2509

10925   PETERSON, RONALD L, 515 W 2ND PLACE, MESA, AZ 85201

10925   PETERSON, RONALD, 1225 N. KANSAS ST, SUPERIOR, NE 68978

10925   PETERSON, SIRIPORN, 4595 CALIFORNIA AVE, LONG BEACH, CA 90807

10925   PETERSON, STEVEN, 612 N MONROE, BRADLEY, IL 60915

10925   PETERSON, STEVEN, RT 4 BOX 264, STAR CITY, AR 71667

10925   PETERSON, TIMOTHY, 2007 EAST 8TH, PINE BLUFF, AR 71601

10925   PETERSON, TODD, N8836 HWY 58, NEW LISBON, WI 53950

10925   PETERSON, VICKI, 1509 BELMONT DR, ORLANDO, FL 32806

10925   PETERSON, VICKI, 1509 BELMONT DRIVE, ORLANDO, FL 32806

10925   PETERSON, VIOLET, 903 TANNINGER DR, INDIANAPOLIS, IN 46239

10925   PETERSON, WILLIAM E, 308 WEST 10TH, ELLENSBURG, WA 98926-2406

10925   PETERSON,BERNARD,VANDENBERG,ZEI, PO BOX 15700, WEST PALM BEACH, FL 33416

10925   PETERSONS, PO BOX 23636, NEWARK, NJ 07189

10925   PETERSSON WORLDWIDE, LLC, 993 LENOX DR SUITE 207, LAWRENCEVILLE, NJ 08648

10925   PETERSSON, BO, 56 HIGHGATE ST., NEEDHAM, MA 02192

10925   PETES ROAD SERVICE INC., 2230 E ORANGETHORPE AVE, FULLERTON, CA 92831

10925   PETES ROAD SERVICE, INC, 1351 ALLEC ST, ANAHEIM, CA 92805

10925   PETES TIRE BARNS INC, 275 EAST MAIN ST, ORANGE, MA 01364

10925   PETETE, HAROLD, 1124 S.W. 50, OKLAHOMA CITY, OK 73109

10925   PETHEL, CINDY, ROUTE 1 BOX 1644, JEFFERSON, GA 30549

10925   PETHEL, HUNTER, 19020 LOMOND BLVD, SHAKER HEIGHTS, OH 44122

10925   PETHOUD, LEROY, PO BOX 161, BURNS FLAT, OK 73624

10925   PETIT, DWAYNE, 225 ST MICHEL ST, HOUMA, LA 70363

10925   PETIT, ILA, 509 E GLISSON, ELECTRA, TX 76360

10925   PETITJEAN, TIMOTHY, 2040 BARK RIVER CT, DE PERE, WI 54115

10925   PETKIEWICH, ANDREA, 67 MORELAND ST, SOMERVILLE, MA 02145

10925   PETKO, JOSEPH, RT 3 BOX 229, DICKINSON, TX 77539

10925   PETO MACCALLUM LTD, 165 CARTWRIGHT AVE, TORONTO ONTARIO, ON M6A 1V5CANADA      *VIA Deutsche Post*

10925   PETR, CATHLEEN, 6269 FAIRBOURNE CT, HANOVER, MD 21076

10925   PETR, STANLEY, 6269 FAIRBOURNE CT, HANOVER, MD 21076

10925   PETR, STANLEY, 7500 GRACE DRIVE, COLUMBIA, MD 21044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   PETRA CONSTRUCTION, #98 REBESCHI DRIVE, NORTH HAVEN, CT 06473

10925   PETRA TEK INTERNATIONAL INC, PO BOX 1343, CARROLLTON, GA 30113

10925   PETRACCI, MICHELE, PO BOX 2307, MONROE, NY 10950

10925   PETRAKIS PHD, LEONIDAS, 104 STARVIEW COURT, OAKLAND, CA 94618

10925   PETRAKIS, DR. LEON, BROOKHAVEN NATIONAL LAB, BLDG. 526, UPTON, NY 11973

10925   PETRALIA, ELIZABETH, 700 LINDELL BLVD #3087A, DELRAY BEACH, FL 33444

10925   PETRASEK, EMIL, 3 FOX DEN RD, HOLLIS, NH 03049

10925   PETRASEK, PATRICIA, 3 FOX DEN RD, HOLLIS, NH 03049

10925   PETRASH, DAVID, 501 MOUNTAIN ROAD, CONCORD, NH 03301

10925   PETRASKA, JOYCE, 2341 FAIRMONT AVE, MIRAMAR, FL 33025

10925   PETREE STOCKTON & ROBINSON, 1001 WEST FOURTH ST, WINSTON-SALEM, NC 27101

10925   PETREE STOCKTON, 1001 W FOURTH ST, WINSTON-SALEM, NC 27101-2400

10925   PETREE, JIMMY, 1403 S.E. 21ST ST, MINERAL WELLS, TX 76067

10925   PETREE, MARK, 11401 LONGLEY ROAD, IOWA PARK, TX 76367

10925   PETRELLA, PATRICIA, 7612 PARK AVE, NORTH BERGEN, NJ 07047

10925   PETRENAS, ROBERT, 41812 QUINCE PO BOX 664, NOVI, MI 48376

10925   PETREY JR, DOYLE, 1605 SUNSET BLVD, ODESSA, TX 79762

10924   PETRI PAINT COMPANY, INC., 198 PACIFIC STREET, NEWARK, NJ 07114

10925   PETRI, JACLYN, PO BOX 98 WHIDBEY ISLAND, FREELAND, WA 98249

10925   PETRI, JAMES, N502 HWY Q, DENMARK, WI 54208

10925   PETRICH, JOHN, PO BOX 7, BYRON, WY 82412-0007

10925   PETRIE, DEBORAH, PO BOX 646, UKIAH, CA 95482

10925   PETRIE, LINDA, 32-57 36TH ST., 1F, LONG ISLAND CITY, NY 11106

10925   PETRIE, PENNI, PO BOX 8, DRESDEN, NY 14441

10925   PETRILLI, REJEAN, 209 TICONDEROGA DRIVE, GREER, SC 29650

10925   PETRILLO JR, CHARLES, 174 PORCUPINE CIRCLE, SALEM, NH 03079

10924   PETRILLO LOUIS INC, 1 EDISON AVE, MOUNT VERNON, NY 10550

10924   PETRILLO LOUIS, INC., 1 EDISON AVE., MOUNT VERNON, NY 10550

10924   PETRILLO LOUIS, INC., 1 EDISON AVENUE, MOUNT VERNON, NY 10550

10925   PETRITIS, VAL E, 6051 W 65TH ST, CHICAGO, IL 60638

10925   PETRITIS, VALDIS, 755 86TH PLACE, DOWNERS GROVE, IL 60516

10925   PETRIZZI, CHRISTINE, 2189 ALLWOOD DR., BETHLEHEM, PA 18018

10925   PETRO LUBE #028, 970 1-20 @ W FRONTGE ROAD, JACKSON, MS 39201

10925   PETRO PERU -VIA BANCO CONTINENTIAL, AV REPUBLICA DE PANAMA 3050/65, SAN ISIDRO, LIMA 27, PERU     *VIA Deutsche Post*

10925   PETRO PERU -VIABANCO CONTINENTIAL, AV REPUBLICA DE PANAMA 3055, LIMA, PERU     *VIA Deutsche Post*

10925   PETRO RESOURCES INC, 777 TAYLOR ST #1126, FORT WORTH, TX 76102

10925   PETRO RESOURCES INC., WESTON BENSHOOF ROCHEFORT, 444 SOUTH FLOWER ST, FORTY THIRD FL, LOS ANGELES, CA 90071-2901

10925   PETRO, GREGORY, 10 PELHAM ST., PRINCETON, NJ 08540

10924   PETROBRAS AMERICA, INC., 10777 WESTHEIMER, HOUSTON, TX 77042

10924   PETROBRAS AMERICA, INC., 10777 WESTHEIMER, SUITE 1200, HOUSTON, 999999999BRAZIL     *VIA Deutsche Post*

10924   PETROBRAS AMERICA, INC., ACCTS PAYABLE, 10777 WESTHEIMER, HOUSTON, TX 77042

10924   PETROBRAS AMERICA, INC., PROCUREMENT PAYABLES, 10777 WESTHEIMER, SUITE 1200, HOUSTON, TX 77042

10924   PETROBRAS AMERICA, INC., STE 100, 15700 INTERNATIONAL PLAZA DRIVE, HOUSTON, TX 77032

10924   PETROBRAS-RLAM II (UNIT 650), RODOVIA RA-849, KM 4, MATARIPE, 43970****BRAZIL     *VIA Deutsche Post*

10925   PETROCHEM ATHLETIC ASSOCIATION, 3902 COMMON ST., LAKE CHARLES, LA 70601

10925   PETROCHEM DATA SERVICES, PO BOX 570444, HOUSTON, TX 77257-0444

10925   PETRO-CHEM EQUIPMENT CO., PO BOX 358, BATON ROUGE, LA 70821

10925   PETROCHEM FLUID CONTROLS INC., PO BOX 1266, LAKE CHARLES, LA 70602

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PETROCHEM INSUL/JOHN MECHAM BODY, JOHN MECHAM BODY SHOP, 2330 S. MAIN ST., SALT LAKE CITY, UT 84115 | |
| 10924 | PETROCHEM INSULATION, INC., 110 CORPORATE PLACE, VALLEJO, CA 94590 | |
| 10924 | PETROCHEM INSULATION, INC., 6117 S. STRATLER ST., MURRAY, UT 84107 | |
| 10925 | PETRO-CHEMICAL TRANSPORT, PO BOX 601285, CHARLOTTE, NC 28260-1285 | |
| 10925 | PETRO-CHEMICAL, PO BOX 2729, CHAPEL HILL, NC 27516-2929 | |
| 10925 | PETROFF, CONNIE, 2986 MILLERSBURG RD, WOOSTER, OH 44691 | |
| 10924 | PETROINDUSTRIAL (PETROECUADOR), CALLE ALPALLANA S/N WIMPER, EDF, M, QUITO, ECU | *VIA Deutsche Post* |
| 10924 | PETROLEO BRASILEIRO S.A.-PETROBRAS, AV. CHILE, 65-S/602-T, RIO DE JANEIRO, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | PETROLEO BRASILEIRO S.A.-PETROBRAS, AV. REPUBLICA DO CHILE 65-2/655, RIO DE JANEIRO, 999999999BRAZIL | *VIA Deutsche Post* |
| 10925 | PETROLEOS - PETROPERU - PERU, AV REPUBLICA DE PANAMA 3050/65, SAN ISIDRO, LIMA 27, PERU | *VIA Deutsche Post* |
| 10924 | PETROLEOS MEXICANOS, 6100 N. SANTAMARIA AVENUE, LAREDO, 78040MEXICO | *VIA Deutsche Post* |
| 10924 | PETROLEOS MEXICANOS, AVE. MARINA DE NACIONAL NO. 329, MEXICO 11311 D. F., 11311MEXICO | *VIA Deutsche Post* |
| 10924 | PETROLEOS MEXICANOS, AVE. MARINA DE NACIONAL NO. 329, MEXICO 11311 D. F., 99999MEXICO | *VIA Deutsche Post* |
| 10924 | PETROLEOS MEXICANOS, AVE. MARINA DE NACIONAL NO. 329, MEXICO D.F., 11311MEXICO | *VIA Deutsche Post* |
| 10924 | PETROLEOS MEXICANOS, AVE. MARINA DE NACIONAL NO. 329, MEXICO, 11311MEXICO | *VIA Deutsche Post* |
| 10924 | PETROLEOS MEXICANOS, MEXICO 11311 D. F., MEXICO, 11311MEXICO | *VIA Deutsche Post* |
| 10925 | PETROLEUM ANALYSIS LAB, PO BOX 2716, COLUMBIA, SC 29202-0000 | |
| 10925 | PETROLEUM ANALYSIS LABORATORY, POBOX 2199, COLUMBIA, SC 29202-0000 | |
| 10925 | PETROLEUM CHEMICALS TRANSPORTERS, PO BOX 3749, BATON ROUGE, LA 70821-3749 | |
| 10924 | PETROLEUM COMMERCIAL SUPPLY, INC., 15534 WEST HARDY RAOD, HOUSTON, TX 77060 | |
| 10924 | PETROLEUM EQUIPMENT & CONTROLS, INC, 10641 HARWIN DRIVE, HOUSTON, TX 77036 | |
| 10924 | PETROLEUM EQUIPMENT & CONTROLS, INC, PO BOX 770667, HOUSTON, TX 77215-0667 | |
| 10925 | PETROLEUM EQUIPMENT & METER, POBOX 1598, LUTZ, FL 33548 | |
| 10925 | PETROLEUM EQUIPMENT CO., PO BOX 180417, RICHLAND, MS 39218-0417 | |
| 10924 | PETROLEUM HELICOPTERS, 113 BONMAN DRIVE, LAFAYETTE, IN 70509 | |
| 10925 | PETROLEUM MANAGEMENT - INDPLS, 7901 W MORRIS ST, INDIANAPOLIS, IN 46231 | |
| 10925 | PETROLEUM MANAGEMENT INC, 2191 S W 115 TERRACE, DAVIE, FL 33325 | |
| 10925 | PETROLEUM MANAGEMENT, PO BOX 68123, INDIANAPOLIS, IN 46268 | |
| 10925 | PETROLEUM SERVICE CORP., PO BOX 3517, BATON ROUGE, LA 70821 | |
| 10925 | PETROLEUM SERVICE CORPORATION, PO BOX 3749, BATON ROUGE, LA 70821-3749 | |
| 10924 | PETROLINK INTERNATIONAL LLC, 2130 MEDWAY DRIVE, SPRING, TX 77386 | |
| 10924 | PETROLINK INTERNATIONAL LLC, 26838 I-45 NORTH, SPRING, TX 77386 | |
| 10925 | PETROLINK INTERNATIONAL, LLC, 26838 IH 4S N., STE. 226, SPRING, TX 77386 | |
| 10924 | PETROLINK INT'L, LLC, 26838 1-45 NORTH, SPRING, TX 77386 | |
| 10925 | PETROLITE CORP / BARECO DIV, BARECO PRODUCTS, CHARLOTTE, NC 28265-0453 | |
| 10925 | PETROMINERALS CORP, SHELDON L FORMAON MORRIS V HODGES, 24241 BURBANK, FOOTHILL RANCH, CA 92610 | |
| 10924 | PETRON BUILDING, THE, 3660 NORTH BLVD., ALEXANDRIA, LA 71302 | |
| 10924 | PETRON BUILDING, THE, C/O LLOYD MOREAU INC., ALEXANDRIA, LA 71302 | |
| 10925 | PETRONELIS, BETHANIE, RD 2 BOX 126, PORTERSVILLE, PA 16051 | |
| 10924 | PETROPERU S.A., AV GRAU S/N - AREA INDUSTRIAL, TALARA, .PER | *VIA Deutsche Post* |
| 10924 | PETROPERU S.A., AV. GRAU S/N - AREA INDUSTRIAL, TALARA, PER | *VIA Deutsche Post* |
| 10924 | PETROPOLIS S.A., E. CANAVAL MOREYRA 425-34, LIMA, PER | *VIA Deutsche Post* |
| 10924 | PETROQUIMICA CUYO S.A.I.C., PTE PERON 646 PISO 8 (1038), CAPITAL FEDERAL, 01038ARG | *VIA Deutsche Post* |
| 10924 | PETROQUIMICA ESCOLIN SA DE CV, CARR. A PALMA SOLA S/N KM 1.0, POZA RICA, 99999MEXICO | *VIA Deutsche Post* |
| 10924 | PETROQUIMICA MORELOS, SA DE CV, EJIDO PAJARITOS S/N. GAVILAN DE, ALLENDE COATZACOALCOS, 99999MEXICO | *VIA Deutsche Post* |
| 10924 | PETROQUIMICA RIO TERCERO S.A., 25 DE MAYO 565, PISO 8, BUENOS AIRES, 09999ARG | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PETROS, MATINA, 481 TALLGRASS CIRCLE, LAKE ZURICH, IL 60047 | |
| 10925 | PETROSE, ANTHONY, PO BOX 10913, NEW IBERIA, LA 70560 | |
| 10925 | PETROSKY, DEBORAH, 20404 SATICOY #120, CANOGA PARK, CA 91306 | |
| 10925 | PETROSS, ERNEST W, 222 QUELQUESHUE ST., SULPHUR, LA 70663 | |
| 10925 | PETROSS, ERNEST, 222 QUELQUESHUE, SULPHUR, LA 70663 | |
| 10925 | PETROTECH CONSULTING, 1870 HAVERFORD DR., ALGONQUIN, IL 60102 | |
| 10925 | PETROTECH CONSULTING, 2294 WEIGNER ROAD, LANSDALE, PA 19446 | |
| 10924 | PETROTEX ENGINEERING CO., ATTN: CHARLEY GREEN, 13430 N.W. FREEWAY, HOUSTON, TX 77040 | |
| 10925 | PETROW, JOANNE, 292 WASHO DRIVE, LAKE ZURICH, IL 60047 | |
| 10924 | PETROX S.A., PO BOX 29-C, CONCEPCION, 10048CHL | *VIA Deutsche Post* |
| 10925 | PETROZELLI, NANCY, PO BOX 404, SCOTT DEPOT, WV 25560 | |
| 10925 | PETROZZI, TONYA, 4829 CHARLESTON, CHARLOTTE, NC 28212 | |
| 10925 | PETRU ESQ, ANTHONY S, HILERBRAND MCLEOD & NELSON INC, WEST LAKE BLDG, 350 FRANK H OGAWA PLAZA 4TH FL, OAKLAND, CA 94612-2006 | |
| 10925 | PETRU, ANTHONY, HILDEBRAND, MCLEOD & NELSON, W LAKE BLDG #350, FRANK H OGAWA PLZ 4TH FL, OAKLAND, CA 94612-2006 | |
| 10925 | PETRUCCI, ALICE, 431 RAMSEY CIRCLE, UNION, NJ 07083 | |
| 10925 | PETRUZZO, SANDRA J, 464 OSTERVILLE, MARSTONS MILLS MA, MA 02648 | |
| 10925 | PETRY, ALLISON, 554 E. 17TH ST., CROWLEY, LA 70526 | |
| 10925 | PETRY, G, 2905 RED FOX RUN, 107A, PORTAGE, WI 53901 | |
| 10925 | PETRY, TODD, 615 COWAN ST, 203, FORT COLLINS, CO 80524 | |
| 10925 | PETSCHAUER, RODERICK, 11 RIDGE RD, W. LONG BRANCH, NJ 07764 | |
| 10925 | PETTAWAY, BRENDOLYN, 1257 B AIRMAN DR., MOBILE, AL 36615 | |
| 10925 | PETTAWAY, HELEN, 2813 S.W. 87TH ST, OKLAHOMA CITY, OK 73159 | |
| 10925 | PETTENATI, ALAN, 10 CHESTNUT HILL RD, DILLSBURG, PA 17019 | |
| 10925 | PETTENGER, SUEANN, 114 FALAWATER, MOMENCE, IL 60954 | |
| 10925 | PETTERSON, B, 15 E. PKWY S. #2, MEMPHIS, TN 38104 | |
| 10925 | PETTERSON, VIRGINIA, 15 E. PKWY S., MEMPHIS, TN 38104 | |
| 10925 | PETTI, NATALIE, 10344 HICKORY RIDGE ROAD #427, COLUMBIA, MD 21044 | |
| 10925 | PETTI, NATALIE, C/O GRACE DAVISON, 7500 GRACE DR., COLUMBIA, MD 21044-4098 | |
| 10925 | PETTI, THOMAS, 10344 HICKORY RDG RD#427, COLUMBIA, MD 21044 | |
| 10925 | PETTI, THOMAS, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | PETTIBONE, EARL, 5203 W 4TH AVE, KENNEWICK, WA 99336 | |
| 10925 | PETTICREW, LLOYD, 515 OLD COLONY, RICHMOND, TX 77469 | |
| 10925 | PETTICREW, THELMA, 3 TERRA DR, NEW CATSLE, DE 19720 | |
| 10925 | PETTIGREW, COREY, 3463 WINTHROP, INDIANAPOLIS, IN 46205 | |
| 10925 | PETTIJOHN, CHRIS, 1008 CHRISWOOD, ABILENE, TX 79601 | |
| 10925 | PETTINE, GREGORY, 833 GREENMOUNT CT, MISHAWAKA, IN 46544 | |
| 10925 | PETTIS, RODNEY, 132 LORAN POINTE CIRCLE, SENECA, SC 29672 | |
| 10925 | PETTIT DAMRON, POST OFFICE BOX 349, PO BOX 349, HUNTINGTON, WV 25708 | |
| 10925 | PETTIT JT TEN, RONALD DALE & MARGARET B, 1222 N ARKANSAS AVE, ALMA, AR 72921-0000 | |
| 10925 | PETTIT, DARREL, 1604 AVE H, KEARNY, NE 68847 | |
| 10925 | PETTIT, HAZEL I, 2740 TWNE HS DR NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | PETTIT, PHYLLIS, 10 SHIELD CT-SHIELD STBROUGHY FERRY, DUNDEE, DD52TEUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PETTIT, STANLEY, PO BOX 323, COWPENS, SC 29330 | |
| 10925 | PETTITT, TRACY, 65 EGYPT MOUNTAIN RD, ALTOONA, AL 35952 | |
| 10925 | PETTIWAY, JAMES, 5074 SILVER HILL CT, FORRESTVILLE, MD 20747 | |
| 10924 | PETTLER CO, P.O. BOX 120, BEAVER FALLS, PA 15010 | |
| 10925 | PETTS ENTERPRISES, 7622 BRYN MAWR RD., RICHMOND, VA 23229 | |
| 10925 | PETTUS, DEBORAH, 3719 A BYRD RD, AUGUSTA, GA 30906 | |
| 10925 | PETTWAY, CHARLCIE, 1325 SUNNYSIDE PLACE, PLAINFIELD, NJ 07060 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PETTWAY, LAVERNE, 2117 BRAGG AVE, MOBILE, AL 36617 | |
| 10925 | PETTY CASH - COLORADO, 8101 W. MIDWAY DR., LITTLETON, CO 80125 | |
| 10925 | PETTY CASH - CURTIS BAY PLANT, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | PETTY CASH - HARRY FISHEL, 213 KAOLIN RD., AIKEN, SC 29801 | |
| 10925 | PETTY CASH - HOUSTON, PO BOX 2585, HOUSTON, TX 77252 | |
| 10925 | PETTY CASH - JANICE PALERMO, 4099 W. 71ST ST., CHICAGO, IL 60629 | |
| 10925 | PETTY CASH - LAKE CHARLES, PO BOX 3247, LAKE CHARLES, LA 70602 | |
| 10925 | PETTY CASH - POMPANO BEACH, 1200 NW 15TH AVE, POMPANO BEACH, FL 33069 | |
| 10925 | PETTY CASH - SHIRLEY J. WAKE, 1115 E MAIN ST BOX 14, ROCHESTER, NY 14609-6152 | |
| 10925 | PETTY CASH - SWEDESBORO, VILLAGE CENTER DR SUITE 210, SWEDESBORO, NJ 08085 | |
| 10925 | PETTY CASH - TECH CENTER, 5601 CHEMICAL RD., BALTIMORE, MD 21225 | |
| 10925 | PETTY CASH - WRC, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | PETTY CASH ACCOUNT, HWY 221, ENOREE, SC 29335 | |
| 10925 | PETTY CASH ACCT, 12340 CONWAY RD, BELTSVILLE, MD 20705 | |
| 10925 | PETTY CASH ACCT. - SEATTLE, 596 INDUSTRY DR, SEATTLE, WA 98188 | |
| 10925 | PETTY CASH AGENT CPD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | PETTY CASH, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | PETTY CASH, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406 | |
| 10925 | PETTY CASH, 4775 PADDOCK RD., CINCINNATI, OH 45229 | |
| 10925 | PETTY CASH, 6606 MARSHALL BLVD. 484-1508, LITHONIA, GA, GA 30058 | |
| 10925 | PETTY CASH, 6960 KOLL CENTER PKWY #307, PLEASANTON, CA 94566 | |
| 10925 | PETTY CASH-CHICAGO, 6051 W. 65TH ST, CHICAGO, IL 60638 | |
| 10925 | PETTY CASH-CLEARFIELD, PO BOX 160188, CLEARFIELD, UT 84016 | |
| 10925 | PETTY CASH-ZELLWOOD, PO BOX 759, ZELLWOOD, FL 32798 | |
| 10924 | PETTY MACHINE AND TOOL INC., 610 CARROLL AVENUE, JACKSON, MI 49202 | |
| 10925 | PETTY, BILLY, RT 1 BOX 130, WYNNEWOOD, OK 73098 | |
| 10925 | PETTY, CRISSY, 8195 ETON CT, JONESBORO, GA 30236 | |
| 10925 | PETTY, GEORGE, 104 DERBY DOWNS, SPARTANBURG, SC 29301 | |
| 10925 | PETTY, JEFFERY S, 3330-103 MERIDIAN ST., HUNTSVILLE, AL 35811 | |
| 10925 | PETTY, JESSE, 504 E 191ST PLACE, GLENWOOD, IL 60425 | |
| 10925 | PETTY, KENDRA, 5855 WEST 95TH ST., WESTCHESTER, CA 90045 | |
| 10925 | PETTY, RANDY, 2755 CHARLESTON DR, GREEN BAY, WI 54304 | |
| 10925 | PETTY, TERESA, 239 NORRIS RD, SPARTANBURG, SC 29303 | |
| 10925 | PETTYJOHN, JOHN, 141 HIGH ST., APT. B, MT. HOLLY, NJ 08060 | |
| 10925 | PETTYJOHN, MICHAEL, 37 CENTURY LANE, MANCHESTER, NH 03103 | |
| 10925 | PETTYJOHN, ROBERT, 8-A PALMETTO ARMS, CAMDEN, SC 29020 | |
| 10925 | PETZOLD, BARBARA, 3046 N CAMBRIDGE AVE, MILWAUKEE, WI 53211 | |
| 10925 | PETZOLD, KRISTEN, 19 JOHNSON AVE, SALEM, NH 03079 | |
| 10925 | PEUSCH, PATRICK, 245 GREEN FERN WAY, BALTIMORE, MD 21227 | |
| 10925 | PEVEY, JR, BILLY, PO BOX 433, TYLERTOWN, MS 39667 | |
| 10925 | PEYRES, LUCIEN, 3103 N. TWIN CITY HWY #17, NEDERLAND, TX 77627 | |
| 10925 | PEYTON ESQ, HARVEY D, 2602 FIRST AVE, PO BOX 216, NITRO, WV 25143 | |
| 10925 | PEYTON, DANNY, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | PEYTON, DEBORAH, 1917 S BONHAM, AMARILLO, TX 79109 | |
| 10925 | PEYTON, MARK, PO BOX 1714, GONZALES, TX 78629 | |
| 10925 | PEYTONRRENTI WHITTINGTON FAHRENZ, 2801 FIRST AVE, POST OFFICE BOX 216, PO BOX 216, NITRO, WV 25143 | |
| 10925 | PEZDIRC, EMANUEL, 1338 ALLEGHANY AVE, READING, PA 19601 | |
| 10925 | PEZUELA, MARIA F, 1434 SW 102 AVE, MIAMI FL, FL 33174 | |
| 10925 | PEZZELLE, MATHEW, 7397 W KRISTAL WAY, GLENDALE, AZ 85308 | |
| 10925 | PEZZELLE, MICHAEL, PERS, AVE. #309, AZ 85029 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PEZZULLO & PATEL PC, MILAN C PATEL ESQ, 1740 OAK TREE ROAD, SECOND FL, EDISON, NJ 08820 | |
| 10925 | PEZZULLO, THOMAS, 2505 CANTERBURY CIRCLE, VIERA, FL 32955-6528 | |
| 10925 | PFAELZER BROTHERS, 1505 HOLLAND ROAD, MAUMEE, OH 43537 | |
| 10924 | PFAFF & SMITH BLDERS SUP., P O BOX 2508, CHARLESTON, WV 25329 | |
| 10924 | PFAFF & SMITH BLDERS SUP., P.O. BOX 2508, CHARLESTON, WV 25329 | |
| 10924 | PFAFF & SMITH BLDERS SUP., SPRING & BULLITT STREET, CHARLESTON, WV 25329 | |
| 10925 | PFAFF & SMITH, POBOX 2508, CHARLESTON, WV 25329 | |
| 10924 | PFALTZ & BAUER, 172 EAST AUROSE STREET, WATERBURY, CT 06708 | |
| 10925 | PFALTZ & BAUER, INC, PO BOX 3723, NEW HYDE PARK, NY 11040-0801 | |
| 10924 | PFALTZ & BAUER, PO BOX 4, WATERBURY, CT 06725 | |
| 10925 | PFALTZ & BAUER,INC, 172 E. AURORA ST., WATERBURY, CT 06708 | |
| 10925 | PFANNKOCH, EDWARD, 411 TRUDY DRIVE, SYKESVILLE, MD 21784 | |
| 10925 | PFANNKUCHE, FRITZ, 6502 OAK MASTERS, SPRING, TX 77379 | |
| 10925 | PFAUDLER CO., 1000 WEST AVE., ROCHESTER, NY 14611 | |
| 10925 | PFAUDLER CO., PO BOX 96299, CHICAGO, IL 60693-6299 | |
| 10925 | PFE INTERNATIONAL, 3021 SOUTH 35TH ST. #BS, PHOENIX, AZ 85034 | |
| 10925 | PFEFFER, AILEEN, 8430 SMETHWICK, STERLING HGTS, MI 48312 | |
| 10925 | PFEFFER, PENNIE, 27520 KAUFMAN, ROSEVILLE, MI 48066 | |
| 10925 | PFEIFER & FABIAN, PA, ST. PAUL SQ., STE. 100, 326 ST. PAUL PLACE, BALTIMORE, MD 21202 | |
| 10925 | PFEIFER, ANITA, 2260 W NICHOLS RD APT A, ARLINGTON HTS, IL 60004 | |
| 10925 | PFEIFER, SHARON, 4135 TAMAYO ST, FREMONT, CA 94536 | |
| 10925 | PFEIFFER & COMPANY, 8617 PRODUCTION AVE, SAN DIEGO, CA 92121 | |
| 10925 | PFEIFFER, CHRISTA L, PO BOX 54, HENDERSONVILLE PA, PA 15339 | |
| 10925 | PFEIFFER, DONALD, 1609 GROTON DRIVE, HUDSON, OH 44236 | |
| 10925 | PFEIFFER, GLEN, 34 CHARLES PL, OLD TAPPAN, NJ 07675 | |
| 10925 | PFEIFFER, R KYLE, 6403 WALEBRIDGE LANE, AUSTIN, TX 78739 | |
| 10924 | PFI, 11257 WILLIAMSON RD, CINCINNATI, OH 45241 | |
| 10925 | PFIEFFER VACUUM TECH., 8 SAGAMORE PKWY., HUDSON, NH 03051 | |
| 10925 | PFIEFFER VACUUM TECHNOLOGIES, PO BOX 9608, MANCHESTER, NH 03108-9608 | |
| 10924 | PFIZER ANIMAL HEALTH, 4444 SO. 76TH ST., OMAHA, NE 68127 | |
| 10924 | PFIZER ANIMAL HEALTH, P O BOX 34777, BARTLETT, TN 38184-0777 | |
| 10924 | PFIZER BLDG.#230, EASTERN POINT RD, GROTON, CT 06340 | |
| 10924 | PFIZER CENTRAL RESEARCH, PFIZER BLDG. 220, EASTERN POINT ROAD, GROTON, CT 06340 | |
| 10924 | PFIZER CHEMICAL, PHIZER BUILDING 260 /JESMAC, GROTON, CT 06340 | |
| 10925 | PFIZER CORPORATION, 235 EAST 42ND ST, NEW YORK, NY 10017 | |
| 10924 | PFIZER GDF, 81 PEQUOT AVENUE, NEW LONDON, CT 06320 | |
| 10924 | PFIZER INC, PO BOX 88, TERRE HAUTE, IN 47808 | |
| 10924 | PFIZER INC., 100 PFIZER DRIVE, TERRE HAUTE, IN 47802 | |
| 10924 | PFIZER INC., 630 FLUSHING AVENUE, BROOKLYN, NY 11206 | |
| 10924 | PFIZER INC., ACCTS PAYABLE, PO BOX 88, TERRE HAUTE, IN 47808 | |
| 10925 | PFIZER INC., CAREW TOWER, CINCINNATI, OH 45202 | |
| 10925 | PFIZER INC., MS. CAROLE DOMINGUIN, 235 EAST 42ND ST, NEW YORK, NY 10017 | |
| 10924 | PFIZER INC./ WARNER LAMBERT, 201 TABOR ROAD, MORRIS PLAINS, NJ 07950 | |
| 10924 | PFIZER PHARMACEUTICAL, ROAD NO. 2, KM 58.2, BARCELONETA, IT 617UNK | *VIA Deutsche Post* |
| 10924 | PFIZER PHARMACEUTICALS, INC., PO BOX 628, BARCELONETA, IT 617UNK | *VIA Deutsche Post* |
| 10924 | PFIZER, EASTERN POINT ROAD, BLDG. #257, GROTON, CT 16304 | |
| 10924 | PFIZER, EASTERN POINT ROAD, GROTON, CT 16304 | |
| 10924 | PFIZER, INC., 2001 GEHMAN ROAD, KULPSVILLE, PA 19443 | |
| 10924 | PFIZER, INC., 400 WEST LINCOLN AVENUE, LITITZ, PA 17543 | |
| 10924 | PFIZER, INC., BLDG #113, GROTON, CT 06340 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PFIZER, INC., BLDG. 257 REC'G, GROTON, CT 06340 | |
| 10924 | PFIZER, INC., EASTERN POINT ROAD, BLDG. #113, GROTON, CT 06340 | |
| 10924 | PFIZER, INC., EASTERN POINT ROAD, GROTON, CT 06340 | |
| 10924 | PFIZER, INC., PO BOX 34600, MEMPHIS, TN 38184 | |
| 10924 | PFIZER, INC./ WARNER LAMBERT, 201 TABOR ROAD, MORRIS PLAINS, NJ 07950 | |
| 10925 | PFIZER, MICHAEL G MAHONEY LEGAL DEPT, 235 EAST 42ND ST, NEW YORK, NY 10017-5755 | |
| 10924 | PFIZER, PO BOX 525, MORRIS PLAINS, NJ 07950 | |
| 10925 | PFLUEGER, BETH, 28 MOUNTAIN SPRING RD, BLANDON, PA 19510 | |
| 10925 | PFLUEGER, YOLANDA, 50 MT SPRING RD, BLANDON, PA 19510 | |
| 10925 | PFLUG, BARBARA, 532 NW 47TH AVE, COCONUT CREEK, FL 33063 | |
| 10925 | PFLUGHOFT, LONA, 5575 HARVEST HILL, DALLAS, TX 75230 | |
| 10925 | PFT/ALEXANDER SERVICE, INC, 3250 GRANT ST, SIGNAL HILL, CA 90804 | |
| 10925 | PFULLMAN, TANYA, 1168 LAKE AVE #320, METAIRIE, LA 70005 | |
| 10925 | PFUNTNER, DONNA L, C/O DONNA L PFUNTNER MC COY, 3788 WALDORF, DALLAS, TX 75229-3936 | |
| 10924 | P-G INSULATION, 2565 12 MILE ROAD, SPARTA, MI 49345 | |
| 10925 | PG OFFICE SUPPLY CO, INC, 342 MAIN ST, LAUREL, MD 20707 | |
| 10924 | PG SUPPLY, 110 EAST THIRD STREET, MOUNT KISCO, NY 10549 | |
| 10925 | PG&E, BOX 997300, SACRAMENTO, CA 95899-7300 | |
| 10925 | PG&E, PO BOX 52001, SAN FRANCISCO, CA 94152-0002 | |
| 10924 | PGI FUSION, AUSTRAILA, 16 KEARNEY STREET, BAYSWATER, 03131AUSTRALIA | *VIA Deutsche Post* |
| 10925 | PGI ORIENTED POLYMERS INC., CUSTOMER SALES ACCOUNTING, LOCK BOX 910779, DALLAS, TX 75391-0779 | |
| 10924 | PGL BUILDERS PRODUCTS, P.O. BOX 1049, AUBURN, WA 98071 | |
| 10924 | PGL BUILDING PRODUCTS, 525 "C" STREET N.W., AUBURN, WA 98071 | |
| 10924 | PGL BUILDING PRODUCTS, P.O. BOX 1049, AUBURN, WA 98071 | |
| 10925 | PGM, 385 BROAD ST, WEYMOUTH, MA 02188-4103 | |
| 10924 | PGOC TRANSPORATION MANAGER, C/O THE BOEING COMPANY, BLDG. M-6-698, KENNEDY SPACE CENTER, FL 32899 | |
| 10925 | PGP INDUSTRIES INC, JERRY D WORSHAM, TWO NORTH CENTRAL AVE, SUITE 1800, PHOENIX, AZ 85004 | |
| 10925 | PGT INC., 1200 STATE RD., PRINCETON, NJ 08540 | |
| 10924 | PGT, 501 S.W. RIVER PARKWAY, PORTLAND, OR 97204 | |
| 10925 | PH ASSOCIATES (STEAKHOUSE), BOLGER & COMPANY INC., GEN COUNSEL, 79 CHESTNUT ST., RIDGEWOOD, NJ 07450 | |
| 10925 | PHAGAN, JAN, POB 77, GILLSVILLE, GA 30543 | |
| 10925 | PHAGAN, KIM, 2603 BRANDYWYNE, CARROLLTON, TX 75007 | |
| 10925 | PHAIR, THOMAS, 143 PRESIDENTIAL DR., ABINGTON, MA 02351 | |
| 10925 | PHAM, ANH PHUONG, 4116 AQUARIUS CIRCLE, UNION CITY, CA 94587 | |
| 10925 | PHAM, DANNY, 29 MANSFIELD ST, EVERETT, MA 02149 | |
| 10925 | PHAM, DAVID, 8212 E. PEACOCK LANE, ORANGE, CA 92669 | |
| 10925 | PHAM, HUNG, 2733 WOODMERE BLVD, HARVEY, LA 70058 | |
| 10925 | PHAM, LUAN, 261 ADAMS ST. #3, DORCHESTER, MA 02122 | |
| 10925 | PHAM, NGA, 14000 MARSH LN, ADDISON, TX 75234 | |
| 10925 | PHAM, NGOC, 4337 WEDGEWOOD DR #103, ANNANDALE, VA 22003 | |
| 10925 | PHAM, TOAN, 8710 FAIRBROOK LN, LA PORTE, TX 77571-7604 | |
| 10925 | PHAN, BILLY, 9570 MAYNE ST, BELLFLOWER, CA 90706 | |
| 10925 | PHAN, LE, 409 S HIDALGO AVE, ALHAMBRA, CA 91801-4045 | |
| 10925 | PHAN, LONG, 10261 QUIET POND TERRACE, BURKE, VA 22042 | |
| 10925 | PHAN, ROBERT, 412 WOODSEDGE COURT, MOORE, SC 29369 | |
| 10925 | PHAN, SI, 1123 CEDAR AVE.#6, LONG BEACH, CA 90813 | |
| 10924 | PHARES CONSTRUCTION C/O, MERCY HOSPITAL, CHARLOTTE, NC 28207 | |
| 10925 | PHARES JR, JERRY, 7847 WATER OAK POINT RD, PASADENA, MD 21122 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PHARIS, BELINDA, 861 DENNY ROAD, DEVILLE, LA 71328 | |
| 10925 | PHARIS, MILTON T, 105 CAROLINE ST., DEQUINCY, LA 70633 | |
| 10925 | PHARIS, MILTON, 105 CAROLINE ST, DEQUINCY, LA 70633 | |
| 10924 | PHARMACEUTICAL FORMULATIONS, INC., 460 PLAINFIELD AVENUE, EDISON, NJ 08818 | |
| 10925 | PHARMACEUTICS INTERNATIONAL, 10819 GILROY RD., STE. 100, HUNT VALLEY, MD 21031 | |
| 10924 | PHARMACEUTICS INTERNATIONAL, 10819 GILROY ROAD, HUNT VALLEY, MD 21031 | |
| 10924 | PHARMACEUTICS INTERNATIONAL, PO BOX 567, COCKEYSVILLE, MD 21030 | |
| 10924 | PHARMACEUTICS INTERNATIONAL, PO BOX 751, COCKEYSVILLE, MD 21030 | |
| 10924 | PHARMACIA & UPJOHN CO., 7000 PORTAGE ROAD, KALAMAZOO, MI 49001-0199 | |
| 10925 | PHARMACIA & UPJOHN COMPANY, ENVIRONMENTAL COUNSEL, PHARMACIA & UPJOHN, 7000 PORTAGE ROAD, KALAMAZOO, MI 49001 | |
| 10924 | PHARMACIA & UPJOHN, 100 CENTRAL AVENUE, KEARNY, NJ 07032 | |
| 10924 | PHARMACIA & UPJOHN, CO., 701 MILHAM ROAD, KALAMAZOO, MI 49001 | |
| 10924 | PHARMACIA & UPJOHN, HIGHWAY 2, KM. 60., ARECIBO, IT 612UNK | *VIA Deutsche Post* |
| 10924 | PHARMACIA, 7000 PORTAGE ROAD, KALAMAZOO, MI 49001 | |
| 10924 | PHARMACIA, 7171 PORTAGE ROAD, KALAMAZOO, MI 49001 | |
| 10925 | PHARMAKINETICS, 302 WEST FAYETTE ST, BALTIMORE, MD 21201-3438 | |
| 10925 | PHARMASCIENCE LABORATORIES, 175 RANO ST., BUFFALO, NY 14207 | |
| 10924 | PHARMAVITE, 1150 AVIATION PLACE, SAN FERNANDO, CA 91340 | |
| 10924 | PHARMAVITE, 15451 SAN FERNANDO MISSION BLVD, MISSION HILLS, CA 91346-9606 | |
| 10924 | PHARMEDICA, ROUTE 80 & 81, KILLINGWORTH, CT 06419 | |
| 10925 | PHARO, ARNOLD E, 386 S CHURCH ST, RICHLAND CENTER, WI 53581-2548 | |
| 10924 | PHARR/SAN JUAN/ALAMO 3RD HIGH SCH., 802 SOUTH ALAMO RD., ALAMO, TX 78516 | |
| 10925 | PHASEX CORP., 360 MERRIMACK ST, LAWRENCE, MA 01843 | |
| 10924 | PHASOR ELEC C/O CENTENNIAL LAKES, 7650 EDINBOROUGH WAY, EDINA, MN 55435 | |
| 10924 | PHC MANUFACTURING INC., 900 OLD FREEPORT ROAD, PITTSBURGH, PA 15238 | |
| 10924 | PHC MANUFACTURING, INC., 440 WILLIAM PITT WAY, PITTSBURGH, PA 15238 | |
| 10925 | PHD LIGHTING CO INC, 1501 MAIN ST, TEWKSBURY, MA 01876 | |
| 10925 | PHEAA, PO BOX 1463, HARRISBURG, PA 17105 | |
| 10925 | PHEASANT RUN RESORT, 135 S. LASALLE DEPT 1514, CHICAGO, IL 60674-1514 | |
| 10925 | PHEENY, STEPHEN, 161 LOVERING ST, MEDWAY, MA 02053 | |
| 10925 | PHELAN JT TEN, JOHN J & CAPITOLA E, 12629 SAFETY TURN, BOWIE, MD 20715-1918 | |
| 10925 | PHELAN, PAMELA, 462 COMMACK ROAD, COMMACK, NY 11725 | |
| 10925 | PHELAN, ROBERT, 7 HIGHLAND AVE, WAKEFIELD, MA 01880 | |
| 10925 | PHELAN-POOLE, MARY, S. 7510 LINKE RD., GREENACRES, WA 99016 | |
| 10924 | PHELPS CEMENT PRO, PO BOX40, PHELPS, NY 14532 | |
| 10924 | PHELPS CEMENT PROD, NEWARK ST, PHELPS, NY 14532 | |
| 10924 | PHELPS COUNTY REG HOSPITAL, 10TH & ASHER WEST OF HIGHWAY 63, ROLLA MO, MO 99999 | |
| 10925 | PHELPS COUNTY REGIONAL MEDICAL CTR, PO BOX 220, ROLLA, MO 65402-0220 | |
| 10924 | PHELPS DODGE MINING CO, MATERIALS MGMT. DEPT.-HIDALGO, PLAYAS, NM 88009 | |
| 10924 | PHELPS DODGE MORENCI, INC, 4521 U.S. HIGHWAY 191, MATERIALS MANAGEMENT DEPT., MORENCI, AZ 85540 | |
| 10924 | PHELPS DODGE MORENCI, INC., 4521 U.S. HIGHWAY 191, MORENCI, AZ 85540 | |
| 10924 | PHELPS DODGE MORENCI,INC, 4521 U.S. HWY 191, MORENCI, AZ 85540 | |
| 10924 | PHELPS DODGE, 2600 W CENTRAL AVE, PHOENIX, AZ 85004 | |
| 10925 | PHELPS DUNBAR, 200 S. LAMAR ST, JACKSON, MS 39225-3066 | |
| 10925 | PHELPS INDUSTRIAL PRODUCTS, INC, 6300 WASHINGTON BLVD., ELKRIDGE, MD 21075 | |
| 10925 | PHELPS TIRE, POBOX 24968, SEATTLE, WA 98124-0968 | |
| 10925 | PHELPS, BERNICE, 318 FAIRVIEW ST, WOODRUFF, SC 29388 | |
| 10925 | PHELPS, BOBBY, 702 BRYSON DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | PHELPS, BRIAN, 1005 VALLEY COURT, PENNSBURG, PA 18073 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PHELPS, BRIAN, 368 W BROAD ST APT #B, TELFORD, PA 18969

10925 PHELPS, CARL, 321 BLAKELY AVE, PIEDMONT, SC 29673

10925 PHELPS, CORY, 20 ROSEDALE AVE, MANCHESTER, NH 03101

10925 PHELPS, CRAIG, 919 4TH ST.W., WILLISTON, ND 58801

10925 PHELPS, QUINCY, 600 W BLAIR AVE, WILBURTON, OK 74578-3426

10925 PHELPS, RANDAL, 3002 36TH AVE SW, 1, FARGO, ND 58104

10925 PHELPS, RONALD, 1907 W. GEORGIA ROAD, WOODRUFF, SC 29360

10925 PHELPS, THELMA, 321 BLAKELY ST, PIEDMONT, SC 29673

10925 PHELPS, VELMA, 600 W BLAIR AVE, WILBURTON, OK 74578-3426

10925 PHELPS, WINDSOR, 14 FLINTLOCK LN, 27, MERRIMACK, NH 03054

10925 PHELPS, XENIA, 554 FOURTH ST., BUTLER, PA 16001

10924 PHENIX CITY BOARD OF EDUCATION, CENTRAL HIGH SCHOOL, PHENIX CITY, AL 36867

10925 PHENIX, M ANN, 810 DUNSON, HOUSTON, TX 77090

10925 PHENNICIE, BRETT, 1121 KINGSBURG RD., OWINGS MILLS, MD 21117

10925 PHENOMENEX INC, 2320 W 205TH ST, TORRANCE, CA 90501

10924 PHENOMENEX, 2320 WEST 205TH ST., TORRANCE, CA 90501

10924 PHENOMENEX, 2320 WEST 205TH STREET, TORRANCE, CA 90501

10924 PHENOMENEX, 411 MADRID AVE., TORRANCE, CA 90501

10925 PHH AUTOMOTIVE SERVICES, DEPT 913-1025-21-06, BALTIMORE, MD 21203

10925 PHH DESTINATION SERVICES, PO BOX 5022, STAMFORD, CT 06904

10925 PHH DESTINATION SERVICES, PO BOX 73049, CHICAGO, IL 60673-7049

10925 PHH FINANCIAL SERVICES INC., POBOX 64575, BALTIMORE, MD 21264

10925 PHH FLEETAMERICA CORP, PO BOX 371738M, PITTSBURGH, PA 15251

10925 PHH HOMEQUITY, 249 DANBURY RD., WILTON, CT 06897

10925 PHH HOMEQUITY, PO BOX 40000, HARTFORD, CT 06151-0142

10925 PHH HOMEQUITY, POBOX 73049, CHICAGO, IL 60673-7049

10925 PHH MORTGAGE SERVICES, GPO 5854, NEW YORK, NY 10087

10924 PHH MORTGAGE, 3000 LEADEN HALL ROAD, MOUNT LAUREL, NJ 08054

10925 PHH RELOCATION, 200 SUMMIT LAKE DR., VALHALLA, NY 10595

10925 PHH RELOCATION, POBOX 73049, CHICAGO, IL 60673-7049

10925 PHH VEHICLE MANAGEMENT SERVICES COR, FILE NO 99334, CHARLOTTE, NC 28201-1067

10925 PHH VEHICLE MANAGEMENT SERVICES, 307 INTERNATIONAL CIRCLE, HUNT VALLEY, MD 21030

10925 PHH VEHICLE MANAGEMENT SVCS, FILE NO 99334, CHARLOTTE, NC 28201-1067

10925 PHH VEHICLE MGMT SERVICES CORP, PO BOX 1067, CHARLOTTE, NC 28201-1067

10925 PHIBBS II, HENRY, 3251 PINEWOOD DR., LADSON, SC 29456

10924 PHIBRO USA, 9701 MANCHESTER AVENUE, HOUSTON, TX 77262

10924 PHIBRO USA, PO BOX 5038, HOUSTON, TX 77262

10925 PHIBRO-TECH INC, TIM MORAN, ONE PARKER PLAZA, FORT LEE, NJ 07024

10925 PHIFER, MERRILL, 3445 BARRINGER DRIVE, CHARLOTTE, NC 28217

10925 PHIL & SON INC., 871 N MADISON ST, CROWN POINT, IN 46307

10925 PHIL FRANCHI, PO BOX 734, CAMDEN, NJ 08101

10925 PHIL GILLIG ELECTRIC, 1257 NW 4TH ST, BOCA RATON, FL 33486

10924 PHILA COLLEGE OF PHARMACY & SCIENCE, 4512 WOODLAND AVE, PHILADELPHIA, PA 19118

10925 PHILACOR CORP, 8377 DR A SANTOS AVE, MANILA, 0PHILIPPINES                    *VIA Deutsche Post*

10924 PHILADELPHIA AIRPORT, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924 PHILADELPHIA AIRPORT, TERMINAL C (OVERSEAS), PHILADELPHIA, PA 19104

10925 PHILADELPHIA COLLEGE OF OSTEOPATHIC, 4190 CITY AVE, PHILADELPHIA, PA 19131

10925 PHILADELPHIA DOOR & LOCK CO, INC, 137 ROBERTS DRIVE, SOMERDALE, NJ 08083

10925 PHILADELPHIA GEAR CORP, 845 MIDWAY DR, HINSDALE, IL 60521

10925 PHILADELPHIA GEAR CORP, PHILADELPHIA MIXER DIV, KING OF PRUSSIA, PA 19406

10925 PHILADELPHIA GEAR CORPORATION, BOX 8500-1670, PHILADELPHIA, PA 19178-1670

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PHILADELPHIA GEAR, 221 E MAIN ST., PALMYRA, PA 17078 | |
| 10924 | PHILADELPHIA INTERNATIONAL AIRPORT, TERMINAL B/C IMPROVEMENT, 8800 ESSINGTON AVE, PHILADELPHIA, PA 19153 | |
| 10924 | PHILADELPHIA INTERNATIONAL, AIRPORT - SKYWALK, PHILADELPHIA, PA 19105 | |
| 10924 | PHILADELPHIA INTERNATIONAL, AIRPORT - SKYWALK, PHILADELPHIA, PA 19118 | |
| 10925 | PHILADELPHIA MIXER CORP., 181 S. GULPH RD., KING OF PRUSSIA, PA 19406 | |
| 10925 | PHILADELPHIA MIXER CORPORATION, PO BOX 7780-5102, PHILADELPHIA, PA 19182-5102 | |
| 10925 | PHILADELPHIA MIXERS CORP., 212 CIRCLE DR., PALMYRA, PA 17078 | |
| 10925 | PHILADELPHIA MIXERS CORP., PO BOX 8500-2180, PHILADELPHIA, PA 19178-2180 | |
| 10925 | PHILADELPHIA MIXERS CORPORATION, PO BOX 8500-2180, PHILADELPHIA, PA 19178-2180 | |
| 10925 | PHILADELPHIA MIXERS, 619 FOREST VIEW DR, PO BOX 489, GENEVA, IL 60134 | |
| 10925 | PHILADELPHIA MIXERS, PO BOX 8500-2180, PHILADELPHIA, PA 19178-2180 | |
| 10924 | PHILADELPHIA NAVAL YARD, BUILDING 1000, REALIGNMENT/CONSOLIDATION DIVISION, PHILADELPHIA, PA 19112 | |
| 10924 | PHILADELPHIA NEWSPAPER (PNI), 15TH & SPRING GARDEN, PHILADELPHIA, PA 19092 | |
| 10924 | PHILADELPHIA NEWSPAPER INC., 15TH & SPRING GARDEN, PHILADELPHIA, PA 19092 | |
| 10924 | PHILADELPHIA PROTESTANT HOME, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | PHILADELPHIA RESERVE SUPPLY CO, 400 MACK DRIVE, CROYDON, PA 19021 | |
| 10924 | PHILADELPHIA RESERVE SUPPLY, 200 MACK DRIVE, CROYDON, PA 19020 | |
| 10924 | PHILADELPHIA RESERVE SUPPLY, 400 MACK DRIVE, CROYDON, PA 19020 | |
| 10925 | PHILADELPHIA STEEL DRUM CO INC, 8 WOODSIDE DRIVE, RICHBORO, PA 18954 | |
| 10925 | PHILADELPHIA TIRE SERVICE INC, 3755 ARAMINGO AVE, PHILADELPHIA, PA 19137 | |
| 10924 | PHILADELPHIA WATER WORKS, 9001 STATE ROAD, PHILADELPHIA, PA 19136 | |
| 10924 | PHILADLPHIA GERIATRIC, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | PHILBECK, THOMAS, 9215 RIDGE BREEZE, SAN ANTONIO, TX 78250 | |
| 10925 | PHILBEY, MARTIN, 83 RITCROFT ST, HEMEL HEMPSTEAD, HERTS, HP3 8PEUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PHILBROOK, MARK, 33 WOODROW AVE, VALLEJO, CA 94590 | |
| 10925 | PHILCO DA AMAZONIA SA, MANAUS, MANAUS, BRAZIL | *VIA Deutsche Post* |
| 10924 | PHILCON LABORATORIES, INC., 37 SOUTH 20TH STREET 8TH FLR., PHILADELPHIA, PA 19103 | |
| 10924 | PHILCON LABORATORIES, INC., 37 SOUTH 20TH STREET, PHILADELPHIA, PA 19103 | |
| 10925 | PHILIBERT, DENISE, 23 GOVE RD, WEARE, NH 03281 | |
| 10925 | PHILIBERT, RENE E, 1401 N WOODLAWN AVE, METAIRIE LA, LA 70001 | |
| 10925 | PHILIP A GEDDES, CHAPTER 13 TRUSTE, PO BOX 2388, DECATUR, AL 35602 | |
| 10925 | PHILIP A LOES, 17 LOMBARDY LN, HAMBURG, NY 14075-6225 | |
| 10925 | PHILIP A PADUA, 519 THOMPSON ST, GLASTONBURY, CT 06033-4030 | |
| 10925 | PHILIP A VECCHIONE, 615 W OCEAN HEIGHTS AVE, SOMERS POINT, NJ 08244-2221 | |
| 10925 | PHILIP A. LUTIN, PO BOX 21780, CHATTANOOGA, TN 37424 | |
| 10925 | PHILIP A. WESTFALL, 6858 SHEARWATER DR., SAN JOSE, CA 95120 | |
| 10925 | PHILIP ALBERT & HELEN T ALBERT, JT TEN, 1665 DEER PATH RD, READING, PA 19604-1314 | |
| 10925 | PHILIP ANALYTICAL SERVICES INC, 200 BLUEWATER ROAD, BEDFORD, NS B4B 1G9CANADA | *VIA Deutsche Post* |
| 10925 | PHILIP ANDREWS RASH, 54 SAGAMORE RD, BRONXVILLE, NY 10708-1500 | |
| 10925 | PHILIP ASHEN, 2315 AVE I, BROOKLYN, NY 11210-2825 | |
| 10925 | PHILIP B CROMMELIN &, RUTH M CROMMELIN JT TEN, BOX 38, STANTON, NJ 08885-0038 | |
| 10925 | PHILIP B MOSHCOVITZ, PO BOX 953, BROOKLINE, MA 02446-0007 | |
| 10925 | PHILIP B WHITE, 710 CLINTON, RIVER FOREST, IL 60305-1914 | |
| 10925 | PHILIP BERMINGHAM - PHOTOGRAPHY, 6724 CURRAN ST, MCLEAN, VA 22101 | |
| 10925 | PHILIP BROOKS &, LAURIE BROOKS JT TEN, 764 ARBUCKLE AVE, WOODMERE L I, NY 11598-2706 | |
| 10925 | PHILIP C FORSTER &, VIOLA ERBACHER JT TEN, 58-81 57 DRIVE, MASPETH, NY 11378-2726 | |
| 10925 | PHILIP CAMERA, 806 PORTSMOUTH, WESTCHESTER, IL 60154 | |
| 10925 | PHILIP D SLINGLUFF, 1236 CRESS PKWY, HIAWATHA, IA 52233-1842 | |
| 10925 | PHILIP E MCDONALD, 112 EAST ELISHA ST, WATERLOO, NY 13165-1435 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PHILIP ENVIRONMENTAL CORP., POBOX 502322, SAINT LOUIS, MO 63150-2322 | |
| 10925 | PHILIP ENVIRONMENTAL SERVICES, DEPT.45801 POBOX 67000, DETROIT, MI 48267-0458 | |
| 10925 | PHILIP ENVIRONMENTAL SERVICES, PO BOX 84846, SEATTLE, WA 98124-6146 | |
| 10925 | PHILIP F O CONNELL &, HELEN J O CONNELL JTWRS JT TEN, 11 WILLIAM ST, BETHPAGE, NY 11714-4435 | |
| 10925 | PHILIP FISHMAN CORPORATION, 192 SOUTH ST, BOLTON, MA 01740-9937 | |
| 10925 | PHILIP FISHMAN CORPORATION, 192 SOUTH ST, HOPKINTON, MA 01748-9937 | |
| 10925 | PHILIP FROST & ASSOCIATES, ST ANNS ROAD, SURREY, CHERTSEY, KT169DDUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PHILIP G BUFFINTON TR UA, JAN 03 92 PHILIP G BUFFINTON, TRUST, 210 IMPERIAL DR, BLOOMINGTON, IL 61701-2029 | |
| 10925 | PHILIP G O ROURKE DMD, 3099 KIRKLEVINGTON DR 115, LEXINGTON, KY 40517-2478 | |
| 10925 | PHILIP GREENE, 5 WARD DR BLVD, NEW ROCHELLE, FL 10804 | |
| 10925 | PHILIP GREENE, 5 WARD DR, NEW ROCHELLE, NY 10804 | |
| 10925 | PHILIP GREENE, 856 LAKESIDE BLVD., BOCA RATON, FL 33434 | |
| 10925 | PHILIP J FARLEY, WHARTON HOLLOW RD, SUMMIT, NY 12175 | |
| 10925 | PHILIP J RIEDE &, ELINOR L RIEDE TR UA JAN 29 93, RIEDE FAMILY TRUST, 225 ALAMEDA DRIVE, MERRITT ISLAND, FL 32952-6234 | |
| 10925 | PHILIP J. RYAN III, 121 MUIRFIELD DR, SPARTANBURG, SC 29306 | |
| 10925 | PHILIP K BUCHANAN &, DONNA BUCHANAN JT TEN, 1410 CRESTWAY COURT, FALLSTON, MD 21047-1600 | |
| 10925 | PHILIP K. PENANSKY, 6051 W. 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | PHILIP KOLLER &, MYRA KOLLER JT TEN, 2630 CROPSEY AVE APT 7D, BROOKLYN, NY 11214-6721 | |
| 10925 | PHILIP L FUNKHOUSER, 14717 S 53RD EAST AVE, BIXBY, OK 74008-4048 | |
| 10925 | PHILIP L. SHEA CORPORATION, 23 B DRAPER ST, WOBURN, MA 01801 | |
| 10925 | PHILIP LIU, 1158 TALAN DR, ENDWELL, NY 13760 | |
| 10924 | PHILIP LOCHMAN & CO., 2405 OAKTON STREET, EVANSTON, IL 60202 | |
| 10925 | PHILIP M CARKNER, 306 LAKESIDE CT, SOUTHLAKE, TX 76092-7817 | |
| 10925 | PHILIP M COOK, 45 PHEASANT DR, RIDGEFIELD, CT 06877-1127 | |
| 10925 | PHILIP MESSINA &, HELEN ROBERTA MESSINA JT TEN, 38 HEATHER LANE, COLONIA, NJ 07067-3114 | |
| 10925 | PHILIP MORRIS TOBACCO, INC, 4001 COMMERCE ROAD, RICHMOND, CA 23234 | |
| 10924 | PHILIP MORRIS USA, GATE C/DOOR 17, 4201 COMMERCE ROAD, RICHMOND, VA 23234 | |
| 10925 | PHILIP PRESS INC, 9489 BATTLER COURT, COLUMBIA, MD 21045 | |
| 10925 | PHILIP PRESS, INC, 9489 BATTLER COURT, COLUMBIA, MD 21045 | |
| 10925 | PHILIP PRESS, INC, 9489 BATTLER COURT, COLUMBIA,, MD 21045 | |
| 10925 | PHILIP R BENSON, HILLHOLME CARROLL RD, PHOENIX, MD 21131 | |
| 10925 | PHILIP R LANE TR UW, PHIL H LANE FAMILY TRUST, C/O HALL & LANE LLP, PO BOX 5460, SAN ANGELO, TX 76902-5460 | |
| 10925 | PHILIP R LOSCHIAVO &, SIBYLLE LOSCHIAVO JT TEN, 449 SKEEL AVE, SELTRIDGE, MI 48045-5126 | |
| 10925 | PHILIP R. WALKER & ASSOC., PO BOX 924, COCKEYSVILLE, MD 21030-0924 | |
| 10924 | PHILIP ROOS, BIRMINGHAM ROAD ( RT 8 BOX 525), MARSHALL, TX 75670 | |
| 10925 | PHILIP ROSNER, 23 MARIONS LANE, FT SALONGA, NY 11768-1410 | |
| 10925 | PHILIP S BALL, 6410 COVE POINTE LANE, HIXSON, TN 37343-3197 | |
| 10925 | PHILIP S MARDEN, 429 STERLING PL APT 1L, BROOKLYN, NY 11238-4569 | |
| 10925 | PHILIP SERVICES CORP, PO BOX 200907, HOUSTON, TX 77216-0907 | |
| 10925 | PHILIP SERVICES CORP, PO BOX 84846, SEATTLE, WA 98124-6146 | |
| 10925 | PHILIP SERVICES CORP., 330 WALCOT ROAD, WESTLAKE, LA 70669 | |
| 10925 | PHILIP SERVICES CORPORATION, PO BOX 201056, HOUSTON, TX 77216-1056 | |
| 10925 | PHILIP SERVICES OF BIRMINGHAM, POBOX 201849, HOUSTON, TX 77216-0907 | |
| 10925 | PHILIP SERVICES, PO BOX 6216, CHATTANOOGA, TN 37401 | |
| 10924 | PHILIP SERVICES, PO BOX6021, INGLEWOOD, CA 90301 | |
| 10925 | PHILIP SERVICES, POBOX 201849, HOUSTON, TX 77216-1849 | |
| 10925 | PHILIP SERVICES/ATLANTA, PO BOX 277831, ATLANTA, GA 30384-7831 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PHILIP SMOWTON, 62 ROCHFORD GARDENS, SLOUGH BERKSHIRE SL2 5XJ, SLOUGH BERKSHIRE, SL2 5XJUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PHILIP STERLING HOWARD, 9165 PINETREE CIRCILE, GAINESVILLE, GA 30506 | |
| 10925 | PHILIP SU, 18B, 37 BRAEMAR HILL, ROADNORTH POINT, 0 | |
| 10925 | PHILIP SU, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | PHILIP T MEYER, 266 NEVADA, DUBUQUE, IA 52001-6457 | |
| 10925 | PHILIP T. CIONI, 4127 MANOR VIEW CT., JARRETTSVILLE, MD 21084 | |
| 10925 | PHILIP TRANSPORTATION & REMEDI, PO BOX 3069-DEPT 6, HOUSTON, TX 77253-3069 | |
| 10925 | PHILIP TRANSPORTATION & REMEDIATION, PO BOX 3069-DEPT 6, HOUSTON, TX 77253-3069 | |
| 10925 | PHILIP ULLERICH, 3613 LAUREL FOREST DR 35, OMAHA, NE 68164-2718 | |
| 10925 | PHILIP V O BRIEN & HELEN, O BRIEN JT TEN, 7 MARYCREST RD, WEST NYACK, NY 10994-2433 | |
| 10925 | PHILIP W KIPLINGER, 12333 RAMPART ST, HOUSTON, TX 77035-5421 | |
| 10925 | PHILIP, MATHEW, 150 W ECKERSON RD, SPRING VALLEY, NY 10977 | |
| 10925 | PHILIP, SELIN, 331 E ROOSEVELT BLVD, PHILADELPHIA, PA 19120 | |
| 10924 | PHILIPP BROTHERS CHEMICAL INC., S. OZONE PK., STA., 114-16 ROCKAWAY BLVD., SOUTH OZONE PARK, NY 11420 | |
| 10924 | PHILIPP BROTHERS CHEMICAL, INC., 1 PARKER PLAZA, FORT LEE, NJ 07024 | |
| 10924 | PHILIPP BROTHERS CHEMICAL, INC., TERMINAL WAY OFF RANDOLF AVENUE, BLDG. #7, AVENEL, NJ 07001 | |
| 10925 | PHILIPP BROTHERS CHEMICALS INC, THOMAS L MORAN SR VP & CHIEF REGULA, 1 PARKER PLAZA, 14 FL, FORT LEE, NJ 07024 | |
| 10925 | PHILIPP, FRED, 6321 CHIKERING WOODS DR., NASHVILLE, TN 37215-5302 | |
| 10925 | PHILIPP, HOWARD, 1621 GULF BLVD, #507, CLEARWATER, FL 33767 | |
| 10925 | PHILIPPES CATERING, 6400 S EASTERN AVE # 5, LAS VEGAS, NV 89120 | |
| 10925 | PHILIPPES CATERING, TEN MAPLE ST, MIDDLETON, MA 01949 | |
| 10925 | PHILIPPINE EMBASSY, 556 FIFTH AVE., NEW YORK, NY 10036 | |
| 10925 | PHILIPPOV, KYRINKOS, 552 81ST ST, BROOKLYN, NY 11209 | |
| 10925 | PHILIPPS, MICHAEL F, 5 DAVID HENRY GARDNER LANE, SOUTHBOROUGH, MA 01772 | |
| 10925 | PHILIPPS, MICHAEL, 5 DAVID HENRY GARDNER LANE, SOUTHBOROUGH, MA 01772 | |
| 10925 | PHILIPS ACCESS CONTROL, 7041 ORCHARD, DEARBORN, MI 48126 | |
| 10925 | PHILIPS ANALYTICAL X-RAY, 1120 NASA RD. 1, HOUSTON, TX 77058 | |
| 10925 | PHILIPS ANALYTICAL X-RAY, 90 MACFARLAND AVE., IVYLAND, PA 18974 | |
| 10925 | PHILIPS ANALYTICAL, 12 MICHIGAN DR, NATICK, MA 01760 | |
| 10925 | PHILIPS ANALYTICAL, INC, 12 MICHIGAN DR., NATICK, MA 01760 | |
| 10925 | PHILIPS ANALYTICAL, PO BOX 751405, CHARLOTTE, NC 28275 | |
| 10925 | PHILIPS CEC FACTORY SERV, 681 EAST BROKAW ROAD, SAN JOSE, CA 95112 | |
| 10925 | PHILIPS CEC FACTORY SERVICE, 200 N COBB PKWY, MARIETTA, GA 30062 | |
| 10925 | PHILIPS COMPONENTS DISCRETE PRODUCT, RAY LARKIN ENV CONSULTANT, 100 PROVIDENCE PIKE, SLATERSVILLE, RI 02876 | |
| 10925 | PHILIPS CONSUMER ELEC CORP, 1515 INDUSTRIAL ROAD, GREENEVILLE, TN 37743 | |
| 10925 | PHILIPS CONSUMER ELEC CORP, PO BOX 1210, GREENEVILLE, TN 37744-1111 | |
| 10924 | PHILIPS CONSUMER ELEC CORP, PO BOX1210, GREENEVILLE, TN 37744-1111 | |
| 10924 | PHILIPS CONSUMER ELEC. CORP., 1515 INDUSTRIAL ROAD, GREENEVILLE, TN 37743 | |
| 10925 | PHILIPS CONSUMER ELECTRIC, 1 PHILIPS DR, KNOXVILLE, TN 37914 | |
| 10925 | PHILIPS EBEI TAIWAN LIMITED, NANTZE EXPORT PROCESSING ZONE, KAOHSIUNG, 0TAIWAN | *VIA Deutsche Post* |
| 10925 | PHILIPS EBEI TAIWAN, NANTZE EPZ, ATTN: ERIC KUO (PURCHASING), KAOHSIUNG, 0TAIWAN | *VIA Deutsche Post* |
| 10925 | PHILIPS ELECTRONICS N AMERICAN CORP, HARTER SECREST & EMERY, CRAIG A SLATER & ANGELA DEMERLE, 12 FOUNTAIN STE 400, BUFFALO, NY 14202-2292 | |
| 10925 | PHILIPS ELMET CORP PHILIPS ELECTRO, DEBORAH HURWITZ LEGAL ASST-ENV, 1251 AVE OF THE AMERICAS, NEW YORK, NY 10020-1104 | |
| 10925 | PHILIPS ELMET CORP PHILIPS ELECTRO, WALTER GROSS ENV ENGINEERE, 1560 LISBON ROAD, LEWISTON, ME 04240 | |
| 10925 | PHILIPS FOODS INC., 137 SOUTH WARWICK AVE, BALTIMORE, MD 21223 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PHILIPS HONGKONG, 17 KENNEDY ROAD, HOPEWELL CENTRE, HONGKONG, 0HONG KONG | *VIA Deutsche Post* |
| 10924 | PHILIPS INDUSTRIES, 499 W. SASSAFRAS STREET, SELINSGROVE, PA 17870 | |
| 10924 | PHILIPS INDUSTRIES, PO BOX 118, SELINSGROVE, PA 17870 | |
| 10925 | PHILIPS LIGHTING COMPANY, 5850 WELCH, EL PASO, TX 79905 | |
| 10925 | PHILIPS LIGHTING COMPANY, 7265 RTE 64, BATH, NY 14810 | |
| 10925 | PHILIPS LIGHTING COMPANY, PO BOX 9606, EL PASO, TX 79986 | |
| 10925 | PHILIPS LIGHTING, 12429 ROJAS DR, EL PASO, TX 79927 | |
| 10925 | PHILIPS METALS, INC, PO BOX 931939-N, CLEVELAND, OH 44193-0246 | |
| 10925 | PHILIPS MONITOR - JUAREZ, 12435 ROJAS DR, EL PASO, TX 79982-0000 | |
| 10924 | PHILIPS PRODUCTS CO., 3221 MAGNUM DRIVE, ELKHART, IN 46516 | |
| 10924 | PHILIPS PRODUCTS, 301 CYPRESS ROAD, OCALA, FL 34472 | |
| 10924 | PHILIPS PRODUCTS, PO BOX 2327, ELKHART, IN 46516 | |
| 10924 | PHILIPS PRODUCTS, PO BOX 7151, OCALA, FL 34472 | |
| 10925 | PHILIPS SINGAPORE, EASTERN CARGO TERMINAL, LOGAN INTERNATIONAL AIRPORT, EAST BOSTON, MA 02128 | |
| 10925 | PHILIPS SINGAPORE, PURCHASING DEPT, LORONG ONE, TOA PAYOH, SINGAPORE, 01231SINGAPORE | *VIA Deutsche Post* |
| 10925 | PHILIPS TECHNOLOGIES, 807 WOODS ROAD, CAMBRIDGE, MD 21613 | |
| 10925 | PHILIPS, JR, NATHAN O, ROBINS, CLOUD, GREENWOOD, 910 TRAVIS, #2020, HOUSTON, TX 77002 | |
| 10924 | PHILL/HAVERHILL, 558 RIVER STREET, HAVERHILL, MA 01832 | |
| 10925 | PHILLABAUM, MICHAEL, 4601 HAWK LANE, AMARILLO, TX 79109 | |
| 10925 | PHILLIP A WOOD, 41 FAIRVIEW AVE, NEW PROVIDENCE, NJ 07974-1001 | |
| 10925 | PHILLIP CRONIS, E42 SCOTTY HOLLOW DR, NORTH CHELMSFORD, MA 01863-1227 | |
| 10925 | PHILLIP D ISRAEL, 2314 W DICKINSON CT, MEQUON, WI 53092-5408 | |
| 10925 | PHILLIP D. ISRAEL, 165 TRAILS WEST DR, CHESTERFIELD, MO 63017-2553 | |
| 10925 | PHILLIP D. ISRAEL, 2004 GRANADA DR, APT. H-3, COCONUT CREEK, FL 33066-1156 | |
| 10925 | PHILLIP DECANI, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | PHILLIP E PFEIFFER &, GENEVIEVE T PFEIFFER JT TEN, 632 FOREST AVE, BELLEVUE, PA 15202-2926 | |
| 10925 | PHILLIP ISRAEL, 2314 W. DICKENSON RD., MEQUON, WI 53092 | |
| 10925 | PHILLIP J MOLVAR, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | PHILLIP L WOODWORTH, 11516 W 141 ST, OVERLAND PARK, KS 66221-2822 | |
| 10924 | PHILLIP MORRIS USA, GATE C/DOOR 17, 4201 COMMERCE ROAD, RICHMOND, VA 23234 | |
| 10925 | PHILLIP MORRIS USA, PHILLIP MORRIS USA, PO BOX 26603, RICHMOND, VA 23261-6603 | |
| 10924 | PHILLIP MORRIS, PO BOX 26603, RICHMOND, VA 23261 | |
| 10924 | PHILLIP SERVICES CORP, 425 ISIS AV, INGLEWOOD, CA 90301 | |
| 10924 | PHILLIP SERVICES CORP, 4613 NORTH CLARK AVE, TAMPA, FL 33614 | |
| 10924 | PHILLIP SERVICES CORPORATION, RHO CHEM FACILITY, 425 ISIS AV, INGLEWOOD, CA 90301 | |
| 10924 | PHILLIP SERVICES GROUP, 4613 N. CLARK AVENUE, TAMPA, FL 33614 | |
| 10925 | PHILLIP, FELICIA, 1209 CLINTON AVE, IRVINGTON, NJ 07111 | |
| 10925 | PHILLIP, JOANNA, 173 W. DEMAREST AVE, ENGLEWOOD, NJ 07631 | |
| 10925 | PHILLIPP, RUTH, 20333 DETROIT ROAD #413, ROCKY RIVER, OH 44116-2447 | |
| 10925 | PHILLIPPE, JEAN, 4410 DEERVW RD NE, CEDAR RAPIDS, IA 52411 | |
| 10924 | PHILLIPS 66 CO., BORGER REFINERY WAREHOUSE-SPUR 119N, BORGER, TX 79007 | |
| 10924 | PHILLIPS 66 CO., REFINERY WHSE, SPUR 119 N, BORGER, TX 79007 | |
| 10924 | PHILLIPS 66 COMPANY - A, SUBSIDIARY OF PHILLIPS PET. COMPANY, HIGHWAY 35 SOUTH, OLD OCEAN, TX 77463 | |
| 10924 | PHILLIPS 66 COMPANY, A DIV. OF PHILLIPS PETROLEUM CO., HWY 35 SOUTH, FARM ROAD, OLD OCEAN, TX 77463 | |
| 10924 | PHILLIPS 66 COMPANY, A DIV. OF PHILLIPS PETROLEUM, PO BOX 700, SWEENY, TX 77480 | |
| 10925 | PHILLIPS 66 COMPANY, BOX 66, BARTLESVILLE, OK 74005-0066 | |
| 10924 | PHILLIPS 66 COMPANY, PO BOX 271, BORGER, TX 79008-0271 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | PHILLIPS 66 COMPANY, PO BOX 5300, BARTLESVILLE, OK 74005 | |
| 10925 | PHILLIPS 66 COMPANY, PO BOX 75201, CHARLOTTE, NC 28275 | |
| 10924 | PHILLIPS 66 COMPANY, PO BOX 792, PASADENA, TX 77501 | |
| 10925 | PHILLIPS 66 COMPANY, POBOX 98204, CHICAGO, IL 60693-8204 | |
| 10924 | PHILLIPS 66 COMPANY, SPUR 119 NORTH, BORGER, TX 79007 | |
| 10924 | PHILLIPS 66 COMPANY, SUBSIDIARY OF PHILLIPS PET. COMPANY, HIGHWAY 35 SOUTH, FARM RD 524, OLD OCEAN, TX 77463 | |
| 10924 | PHILLIPS 66 COMPANY, SUBSIDIARY OF PHILLIPS PET. COMPANY, HWY 35 SOUTH, FARM RD. 524, OLD OCEAN, TX 77463 | |
| 10924 | PHILLIPS 66 COMPANY/29/RC, BORGER REFINERY, SPUR 119 NORTH, BORGER, TX 79007 | |
| 10924 | PHILLIPS 66 COMPANY/40/RC, BORGER REFINERY, SPUR 119 NORTH, BORGER, TX 79007 | |
| 10924 | PHILLIPS 66, (806) 275-1387, PO BOX 968, BORGER, TX 79008 | |
| 10925 | PHILLIPS AIR COMPRESSOR, 5946 S. WESTERN AVE, CHICAGO, IL 60636 | |
| 10924 | PHILLIPS BROS ELEC CTR, SWEET SPRING RD, GLENMOORE, PA 19343 | |
| 10925 | PHILLIPS BUSINESS INFORMATION, INC, 1201 SEVEN LOCKS RD., POTOMAC, MD 20854 | |
| 10925 | PHILLIPS BUSINESS INFORMATION, INC, PO BOX 60055, POTOMAC, MD 20859-0055 | |
| 10925 | PHILLIPS CHEMICAL CO, PO BOX 98204, CHICAGO, IL 60693-8204 | |
| 10925 | PHILLIPS CHEMICAL CO., PO BOX 75467, CHARLOTTE, NC 28275 | |
| 10925 | PHILLIPS CHEMICAL CO., SPUR 119, BORGER, TX 79007 | |
| 10925 | PHILLIPS CHEMICAL COMPANY, 4358 COLLECTION DRIVE, CHICAGO, IL 60693 | |
| 10924 | PHILLIPS CO., 40 COMMERCE DRIVE, O'FALLON, IL 62269 | |
| 10925 | PHILLIPS FOODS, INC, 137 SOUTH WARWICK AVE., BALTIMORE, MD 21223 | |
| 10925 | PHILLIPS I VANSCHAICK, PO BOX 277, SHARON SPRINGS, NY 13459-0277 | |
| 10924 | PHILLIPS INTERIOR EXTERIOR, # 40 COMMERCE DRIVE, O'FALLON, IL 62269 | |
| 10924 | PHILLIPS INTERIOR EXTERIOR, P.O. BOX 580, O'FALLON, IL 62269 | |
| 10925 | PHILLIPS KILN SERVICE CO, INC, LOCK BOX 78078, MILWAUKEE, WI 53278-0078 | |
| 10925 | PHILLIPS KILN SERVICE CO, INC, PO BOX 1108, SIOUX CITY, IA 51102 | |
| 10925 | PHILLIPS KONIGSBERG, 90 PARK AVE, NEW YORK, NY 10016 | |
| 10925 | PHILLIPS LYTLE HITCHCOCK BLAINE & H, KEVIN M HOGAN, 3400 HSBC CENTER, BUFFALO, NY 14203 | |
| 10925 | PHILLIPS LYTLE HITCHCOCK BLAINE & H, KEVIN M HOGAN, 3400 MARINE MIDLAND CENTER, BUFFALO, NY 14203 | |
| 10925 | PHILLIPS LYTLE HITCHCOCK, 3400 HSBC CENTER, BUFFALO, NY 14203 | |
| 10925 | PHILLIPS MONITORS, 701 DISTRIBUTION DR, DURHAM, NC 27713 | |
| 10925 | PHILLIPS ORMONDE & FITZPATRICK, 367 COLLINS ST, MELBOURNE, 03000AUSTRALIA | *VIA Deutsche Post* |
| 10925 | PHILLIPS ORMONDE &, 367 COLLINS ST, MELBOURNE, 03000AUSTRALIA | *VIA Deutsche Post* |
| 10924 | PHILLIPS PETROLEUM CO, 620-G PLAZA OFFICE BUILDING, BARTLESVILLE, OK 74004 | |
| 10924 | PHILLIPS PETROLEUM CO, ATTN: PRC WHSE, BLDG 84G, BARTLESVILLE, OK 74004 | |
| 10925 | PHILLIPS PETROLEUM CO, MICHAEL C WOFFORD GEN COUN JJ MULVA, 1128 ADAMS BLDG, PHILLIPS BLDG, BARTLESVILLE, OK 74004 | |
| 10924 | PHILLIPS PETROLEUM CO, PO BOX 2200, BARTLESVILLE, OK 74005 | |
| 10924 | PHILLIPS PETROLEUM CO, SPUR 119 NORTH, BORGER, TX 79007 | |
| 10924 | PHILLIPS PETROLEUM CO., PO BOX 2200, BARTLESVILLE, OK 74005 | |
| 10925 | PHILLIPS PETROLEUM CO., PO BOX 271, BORGER, TX 74004-0271 | |
| 10925 | PHILLIPS PETROLEUM CO., PO BOX 968, BORGER, TX 79008-0968 | |
| 10924 | PHILLIPS PETROLEUM COMPANY, PO BOX 271, BARTLESVILLE, OK 74004 | |
| 10924 | PHILLIPS PETROLEUM COMPANY, PO BOX 271, BORGER, TX 79008 | |
| 10924 | PHILLIPS PETROLEUM COMPANY, PO BOX 700, SWEENY, TX 77480 | |
| 10924 | PHILLIPS PETROLEUM COMPANY, RESEARCH CENTER, BARTLESVILLE, OK 74004 | |
| 10924 | PHILLIPS PETROLEUM COMPANY/29, BORGER REFINERY UNIT #29, BORGER, TX 79008 | |
| 10924 | PHILLIPS PETROLEUM COMPANY/29/TRK, BORGER REFINERY UNIT #29, BORGER, TX 79008 | |
| 10924 | PHILLIPS PETROLEUM COMPANY/40/TRK, BORGER REFINERY UNIT #40, BORGER, TX 79008 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   PHILLIPS PETROLEUM, 393 SOUTH 800 WEST, WOODS CROSS, UT 84087

10925   PHILLIPS PLAZA EXXON SHOP, SUKI CHANG, 3708 PHILLIPS HWY, JACKSONVILLE, FL 32207-6829

10924   PHILLIPS PLUMBING & MAECHANICAL, 4380 ZIEGLER RD BLDG 1 DOCK E, FORT COLLINS, CO 80525

10924   PHILLIPS READY MIX CONCRETE, ATTN:  ACCOUNTS PAYABLE, FAYETTEVILLE, GA 30214

10924   PHILLIPS READY MIX, 2168 PROSPERITY AVE, WINSLOW, AZ 86047

10925   PHILLIPS RESTAURANT, HARBOR PLACE, BALTIMORE, MD 21226

10925   PHILLIPS SUPPLY, 1 CROSLEY FIELD LN, CINCINNATI, OH 45214

10925   PHILLIPS, ALAN R, 14224 GREENCROFT LN., HUNT VALLEY, MD 21030

10925   PHILLIPS, ALAN, 14224 GREENCROFT LA, HUNT VALLEY, MD 21030

10925   PHILLIPS, ALFRED, 605 EAST SCHARBAUER, HOBBS, NM 88240

10925   PHILLIPS, ANDREW, PO BOX 28066, CHICAGO, IL 60628

10925   PHILLIPS, ANDREW, PO BOX 288066, CHICAGO, IL 60628

10925   PHILLIPS, ANGELA, 527 BARBARA JEAN, HEWITT, TX 76643

10925   PHILLIPS, ANGELA, 5843 WESTERLING PL, POWDER SPRINGS, GA 30073

10925   PHILLIPS, ANN, RT 7 BOX 7714, CHATSWORTH, GA 30705

10925   PHILLIPS, ANNETTE, 12341 NW 26TH CT, CORAL SPRINGS, FL 33065

10925   PHILLIPS, AUTUMN, 33 E 9TH ST., SHERIDAN, WY 82801

10925   PHILLIPS, BARBARA, 3413 KNOB OAK DR, GRAPEVINE, TX 76051

10925   PHILLIPS, BEVERLY, 239 ORATON PKWY, EAST ORANGE, NJ 07107

10925   PHILLIPS, BILLIE, PO BOX 571, BIG SPRING, TX 79721

10925   PHILLIPS, BRADFORD, 1260 CHICKASHA DR, PFAFFTOWN, NC 27040

10925   PHILLIPS, BRENDA, 1277 DAISY ROAD, LORIS, SC 29569

10925   PHILLIPS, C, 1511 WALNUT RIDGE WAY, STONE MOUNTAIN, GA 30083

10925   PHILLIPS, CALVIN, SPRIGS CREEK ROAD, TRAVLERS REST, SC 29690

10925   PHILLIPS, CAROL FANT, 302 ROVBERTS ST, ANDERSON, SC 29621

10925   PHILLIPS, CAROLYN, 1B MELSON ST, NEWNAN, GA 30263

10925   PHILLIPS, CHARLES, RT 3 BOX M29, MERKEL, TX 79536

10925   PHILLIPS, CYNTHIA, 1 FOREST LAKE DRIVE, SIMPSONVILLE, SC 29681

10925   PHILLIPS, D, 1025 SHENANDOAH DR, GASTONIA, NC 28052

10925   PHILLIPS, DANNY, 4890 HWY 101, WOODRUFF, SC 29388

10925   PHILLIPS, DAVID, 3071 FERNDALE DR, GREEN BAY, WI 54313

10925   PHILLIPS, DAVID, 54 MOUNTAIN AVE, MALDEN, MA 02148

10925   PHILLIPS, DEBORAH, RT 2 BOX 37, LAUREL, DE 19956

10925   PHILLIPS, DIANE, 1904 SNOWBIRD, HARVEY, LA 70058

10925   PHILLIPS, DONALD, 115 S OWENS CIRCLE, AUBURNDALE, FL 33823-2124

10925   PHILLIPS, DORIS, 37-14 PARSONS BLVD, 4F, FLUSHING, NY 11354

10925   PHILLIPS, DORIS, PO BOX 752, JEFFERSON, GA 30549-0752

10925   PHILLIPS, DUKE, 9818 POTTERS RD, MATTHEWS, NC 28105

10925   PHILLIPS, E, 2800 N 109TH ST, KANSAS CITY, KS 66109

10925   PHILLIPS, EDITH, 511 E. 43 RD. ST, ODESSA, TX 79762

10925   PHILLIPS, ELIZABETH, 36128 REINNINGER, DENHAM SPRINGS, LA 70726

10925   PHILLIPS, EMMA, 2027 W. 4TH ST, OWENSBORO, KY 42301

10925   PHILLIPS, ETHEL, 4019 GLAZEBROOK DR, FREDERICKSBURG, VA 22407

10925   PHILLIPS, FRANK, 125 MARAUDER ST, SULPHUR, LA 70663

10925   PHILLIPS, FRED, 417 EAST 48TH, ODESSA, TX 79762

10925   PHILLIPS, G, 15 FAIRLANE CIRCLE, GREENVILLE, SC 29607

10925   PHILLIPS, GARY, 37 INDIAN SPRINGS DR, RYDAL, GA 30171

10925   PHILLIPS, GERALD, 16738 HAYDENVILLE, HAYDENVILLE, OH 43127

10925   PHILLIPS, GOLDMAN & SPENCE, 1200 N BROOM ST, WILMINGTON, DE 19806

10925   PHILLIPS, ILYSE, 6503 N. MILITARY TRAIL, 601, BOCA RATON, FL 33496

10925   PHILLIPS, IRA, 8921 S. KINGSTON, TULSA, OK 74137-3016

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    PHILLIPS, ISSIA, 2758 FRAZIER ST, BARTOW, FL 33830

10925    PHILLIPS, JACK, #27 FRY, LAKESIDE CITY, TX 76308

10925    PHILLIPS, JAMES, 171 REDLAND CIRCLE, CANTON, NC 28716

10925    PHILLIPS, JAMES, 3705 EDGEBROOK DRIVE, BAYTOWN, TX 77521

10925    PHILLIPS, JAMES, 4658 WAY BURN LANE, STONE MTN, GA 30083

10925    PHILLIPS, JAMES, PO BOX 2367, LAKELAND, FL 33803-2367

10925    PHILLIPS, JANET, 1779 RUTHERFORD ST, RAHWAY, NJ 07065-5217

10925    PHILLIPS, JENNIFER L, 7500 GRACE DR., COLUMBIA, MD 21044

10925    PHILLIPS, JENNIFER, 6272 WILD SWAN WY, COLUMBIA, MD 21045

10925    PHILLIPS, JERRY, 704 EAST WILSON ST, VILLE PLATTE, LA 70586

10925    PHILLIPS, JOHN E, 308 DRURY LANE, MAULDIN, SC 29662-2230

10925    PHILLIPS, JOHN, 102 WOODS RD NBU 5, PELZER, SC 29669

10925    PHILLIPS, JOHN, 308 DRURY LANE, MAULDIN, SC 29662

10925    PHILLIPS, JOHN, 500 EAST DALE ROAD, MONTGOMERY, AL 36117

10925    PHILLIPS, JOHN, 704 W.MOUNTAIN ST, KINGS MOUNTAIN, NC 28086

10925    PHILLIPS, JOHNNIE, 123 DAVENPORT ST, SOMERVILLE, NJ 08876

10925    PHILLIPS, JOSEPH, 1021 S JOHNSON, PASADENA, TX 77506

10925    PHILLIPS, JOSEPHINE, 212 WHITE AVE, MANVILLE, NJ 08835

10925    PHILLIPS, JUDY, CARDINAL DR, LYMAN, SC 29365

10925    PHILLIPS, KELLY, 3860 LOON COURT, RENO, NV 89506

10925    PHILLIPS, KENNETH, 13 LEE ST, NASHUA, NH 03064

10925    PHILLIPS, KIMBERLY, 2636 RUDDER, PORT HUENEME, CA 93041

10925    PHILLIPS, L, 3413 S SUMAS AVE, OKLAHOMA CITY, OK 73119

10925    PHILLIPS, LAWRENCE, 1520 ROANOKE, WICHITA FALLS, TX 76304

10925    PHILLIPS, LEONARD, SPRIGS CREED ROAD, TRAVELERS REST, SC 29690

10925    PHILLIPS, LOLA, 2080 E GAPCREEK RD, GREER, SC 29651-9712

10925    PHILLIPS, LORI, 219 THOMAS ST, BEL AIR, MD 21014

10925    PHILLIPS, LORRIE, 5566 BROWNSVILLE RD, PITTSBURGH, PA 15236

10925    PHILLIPS, LYTLE,HITCHCOCK,BLAIN &, 3400 MARINE MIDLAND CENTER, BUFFALO, NY 14203

10925    PHILLIPS, M, 804 LEE ROAD 38, OPELIKA, AL 36801

10925    PHILLIPS, MABLE, ROUTE #1, WELLFORD, SC 29385

10925    PHILLIPS, MARGARET, 2110 WILLIAMSBURG COURT S., LEAGUE CITY, TX 77573

10925    PHILLIPS, MARILYN, 8102 E. 65 PL., TULSA, OK 74133

10925    PHILLIPS, MARK, 16 CANYON ISLAND DR, NEWPORT BEACH, CA 92660

10925    PHILLIPS, MARTHA, 7 EVERETT PAINE BLVD, MARBLEHEAD, MA 01945

10925    PHILLIPS, MERRILL, 1236 EXETER AVE, DALLAS, TX 75216

10925    PHILLIPS, NED, 1 FOREST LAKE DRIVE, SIMPSONVILLE, SC 29681

10925    PHILLIPS, PARKER ORBERSON & MOORE &, 716 WEST MAIN ST, SUITE 300, LOUISVILLE, KY 40202

10925    PHILLIPS, PATRICIA, 28 COLONIAL COURT, BARBOURSVILLE, WV 25504

10925    PHILLIPS, PATRICK, N2937 HWY 22, POYNETTE, WI 53955

10925    PHILLIPS, PATTIE, 3756 CASEYS COVE, ELLENWOOD, GA 30049

10925    PHILLIPS, PAULA, 11200 LOCKWOOD DR, 510, SILVER SPRING, MD 20901

10925    PHILLIPS, RANDALL, 2355 WOODROW WAY, GREEN BAY, WI 54301-2144

10925    PHILLIPS, RAYFORD, 207 WEST JEFFERSON, IOWA PARK, TX 76367-2215

10925    PHILLIPS, REGINALD, BOX 734, ARTESIA, NM 88260

10925    PHILLIPS, REX, 226 29TH AVE SW, CEDAR RAPIDS, IA 52404

10925    PHILLIPS, RHONDA, 421 ST PAUL ROAD, EASLEY, SC 29642

10925    PHILLIPS, RICKY, 1005 CUMBERLAND DR, BRANDON, MS 39042

10925    PHILLIPS, ROBERT, 2340 DEER TRAIL, GREEN BAY, WI 54302

10925    PHILLIPS, ROBERT, F-9 JUANITA DR, MAGNOLIA, DE 19962

10925    PHILLIPS, ROLAND, ROUTE 3 BOX M29, MERKEL, TX 79536

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PHILLIPS, ROY, 9109 SARDIS FOREST DR, CHARLOTTE, NC 28270

10925 PHILLIPS, RUTH, 110 HARLEQUIN COURT, SIMPSONVILLE, SC 29681

10925 PHILLIPS, RUTH, 94 LINCOLN, PONTIAC, MI 48341

10925 PHILLIPS, SCOTT, 275 OAK CREEK DRIVE, WHEELING, IL 60090

10925 PHILLIPS, SHARON, 3001 CYPRESS ST, BURTON, SC 29902

10925 PHILLIPS, SHELLEY, 310 W. FAIR AVE., LANCASTER, OH 43130

10925 PHILLIPS, SHERRY, 1750 ABNER CREEK ROAD, GREER, SC 29651

10925 PHILLIPS, SHIRLEY, 2804 REDBUD, ODESSA, TX 79762

10925 PHILLIPS, STEVEN, 3265 SO HELENA ST, AURORA, CO 80013

10925 PHILLIPS, STEVEN, RR 1, PO BOX 169, MT OLIVE, IL 62069

10925 PHILLIPS, T, 1577 FRAYSER BLVD, MEMPHIS, TN 38127

10925 PHILLIPS, TERESA, 1408 TEASLEY LN, DENTON, TX 76205

10925 PHILLIPS, TERRY, 1402 TRADERS RD., GREENVILLE, TX 75401

10925 PHILLIPS, TIMOTHY, 1405 AVE Q, FORT PIERCE, FL 33450

10925 PHILLIPS, TONY, 115 HARTS LANE, SIMPSONVILLE, SC 29681

10925 PHILLIPS, WALTER, 104 SOUTH LINCOLN, WAYNOKA, OK 73860

10925 PHILLIPS, WALTER, HC 67 BOX 40, CANADIAN, OK 74425

10925 PHILLIPS, WARREN, 16 RICKER DR., RINGWOOD, NJ 07656

10925 PHILLIPS, WAYNE, 521 SHAGBARK DR, ELGIN, IL 60123

10925 PHILLIPS, WILLIAM, 1300 SAN JOSE, GREEN BAY, WI 54303

10925 PHILLIPS, WILLIAM, 2080 E GAP CREEK ROAD, GREER, SC 29651-9998

10925 PHILLIPS, WILLIAM, PO BOX 574, WOODRUFF, SC 29388

10925 PHILLIPS, WILLIE, 125 HAMILTON ST., SOMERVILLE, NJ 08876

10925 PHILLIPS, YVONNE, 479 ROSEVILLE AVE, 33, NEWARK, NJ 07107

10925 PHILLOS, JIM, 8115 ELMORE ST, NILES, IL 60714

10925 PHILMON, WILLIAM, 1210 SAMUEL ST, MARIETTA, GA 30060

10925 PHILOGENE, EPHRAIM, BOX 11, ECCLES, WV 25836

10925 PHILPO, COURTNEY, PO BOX 631, MATHIS, TX 78368

10925 PHILPOT JT TEN, MARVIN J & MILDRED J, 4290 ADELL AVE, NEW BERLIN, WI 53151-5872

10925 PHILPOT LAW FIRM, 115 BROADUS AVE, GREENVILLE, SC 29601

10925 PHILPOT, BARNEY, 422 JEFFERSON AVE, CINCINNATI, OH 45217

10925 PHILPOT, COYT, 4679 MATTHEW PLACE, FAIRFIELD, OH 45014

10925 PHILPOTT, CHARLES, 8 MEAHME TRAIL, CRAWFORDSVILLE, IN 47933

10924 PHIL'S BUILDING MATERIALS INC, 231 1ST AVENUE, CORALVILLE, IA 52241

10924 PHIL'S BUILDING MATERIALS INC, BOX 5308, CORALVILLE, IA 52241

10924 PHILS BUILDING MATERIALS, INC., BOX 5308, CORALVILLE, IA 52241

10925 PHILSON, LA, 104 HILL ST, SIMPSONVILLE, SC 29681

10925 PHILYAW, SANDRA, 839 ASHLEY RD, CRAIG, CO 81625

10925 PHINNEY, BETH, 24 FAIRCHILD ST, HUNTINGTON, NY 11743

10925 PHIPPEN, MARILYN, 131 CLYDE RD, FOUNTAIN INN, SC 29644

10925 PHIPPS, CARSON, 601 UNDERWOOD ST, CLINTON, NC 28338

10925 PHIPPS, DAVID, 4960 TURKEY RANCH RD, WICHITA FALLS, TX 76308

10925 PHIPPS, FRANCES, 4718 HALLMARK APT. 406, HOUSTON, TX 77056

10925 PHIPPS, JEFFREY, 555 OX BOTTOM RD, TALLAHASSEE, FL 32312

10925 PHIPPS, JERRY, 267 CENTER POINT DR, MONTEZUMA, IA 50171

10925 PHIPPS, JOHN, 124 COTTAGE CT, LAURENS, SC 29360

10925 PHIPPS, MICHEL, 5401 50TH ST., LUBBOCK, TX 79414

10925 PHIPPS, ROBERT, 391 WALLACE RD, BEDFORD, NH 03110

10925 PHIPPS, SUSAN, 72 CONCORD ROAD, WESTFORD, MA 01886

10925 PHIPPS, WILLIAM, 4718 HALLMARK DR, 406, HOUSTON, TX 77056-3912

10925 PHOENIX & VICINITY YELLOW PAGE, PO BOX 29684, DALLAS, TX 75229

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PHOENIX 500, INC, PO BOX 704, ELMHURST, IL 60126 | |
| 10924 | PHOENIX ART MUSEUM, SMITH AND GREEN, PHOENIX, AZ 85019 | |
| 10924 | PHOENIX CARDIOIGIST, PHOENIX, AZ 85001 | |
| 10924 | PHOENIX CEMENT CO, P O BOX 428, CLARKDALE, AZ 86324 | |
| 10924 | PHOENIX CEMENT CO, P.O.BOX 428, CLARKDALE, AZ 86324 | |
| 10925 | PHOENIX CHEMICAL LAB, 3953 SHAKESPEARE AVE, CHICAGO, IL 60647 | |
| 10924 | PHOENIX CMT/GIFFORDHILL, CEMENT PLANT RD, CLARKDALE, AZ 86324 | |
| 10924 | PHOENIX COATINGS, % SAMBADO PARKING, LINDEN, CA 95236 | |
| 10924 | PHOENIX COATINGS, % SUNTREAT GROWERS, BUELLTON, CA 93427 | |
| 10924 | PHOENIX COATINGS, 19893 BERENDA BLVD., MADERA, CA 93638 | |
| 10924 | PHOENIX COATINGS, 900 INDUSTRIAL COURT, PENSACOLA, FL 32505 | |
| 10924 | PHOENIX COATINGS, INC., 19893 BERENDA BLVD., MADERA, CA 93638 | |
| 10924 | PHOENIX COATINGS, PO BOX18721, PENSACOLA, FL 32523 | |
| 10924 | PHOENIX COATINGS/BRANDT FARMS, 6040 AVENUE 430, REEDLEY, CA 93654 | |
| 10924 | PHOENIX COATINGS/COLOMBO-KEY FARMS, 4800 LEGRAY DR., ARVIN, CA 93203 | |
| 10924 | PHOENIX COATINGS/KOVACEVICH FARMS, 425 KINGS AVE., ARVIN, CA 93203 | |
| 10924 | PHOENIX CONTAINER, 1202 AIRPORT ROAD, NORTH BRUNSWICK, NJ 08902 | |
| 10925 | PHOENIX DIVISION, DEPT 7498, LOS ANGELES, CA 90088-7498 | |
| 10924 | PHOENIX DWI FACILITY, 3402 W. COCOPAH, PHOENIX, AZ 85019 | |
| 10925 | PHOENIX ECONOMY PLUMBING SUPPLY, POBOX 53050, PHOENIX, AZ 85072-3050 | |
| 10925 | PHOENIX ELECTRIC LLC, PO BOX 12850, LAKE CHARLES, LA 70612 | |
| 10924 | PHOENIX ELECTRIC SUPPLY, 3002 E. WASHINGTON ST., PHOENIX, AZ 85034 | |
| 10924 | PHOENIX ELECTRIC SUPPLY, 3400 S. LAKE MARY RD., FLAGSTAFF, AZ 86001 | |
| 10924 | PHOENIX ELECTRIC SUPPLY, P.O. BOX 21044, PHOENIX, AZ 85036 | |
| 10925 | PHOENIX ENVIRONMENTAL ENGINEERS INC, PO BOX 121555, NASHVILLE, TN 37212-1555 | |
| 10925 | PHOENIX FENCE, PO BOX 21183, PHOENIX, AZ 85036-1183 | |
| 10924 | PHOENIX FIREPROOFING INC., C/O THE SOUTHLAND TOWER, DALLAS, TX 75201 | |
| 10924 | PHOENIX FIREPROOFING, 1229 EAST DICKERSON ROAD, GOODLETTSVILLE, TN 37070 | |
| 10924 | PHOENIX FIREPROOFING, 392 BALTIMORE PIKE, CHADDS FORD, PA 19317 | |
| 10924 | PHOENIX FIREPROOFING, BURGER FEDERAL BUILDING, SAINT PAUL, MN 55101 | |
| 10924 | PHOENIX FIREPROOFING, CAMBRIDGE, MA 02140 | |
| 10924 | PHOENIX FIREPROOFING, PO BOX1247, GOODLETTSVILLE, TN 37070 | |
| 10925 | PHOENIX FLOWER SHOPS, 5733 E THOMAS RD STE 4, SCOTTSDALE, AZ 85251-9886 | |
| 10925 | PHOENIX GRAPHICS L.C., 2791 NW 82ND AVE, MIAMI, FL 33122 | |
| 10924 | PHOENIX HOME LIFE, 10 KREY BLVD, EAST GREENBUSH, NY 12061 | |
| 10924 | PHOENIX INC DIV OF, SUPERIOR, FREDERICK, MD 21701 | |
| 10924 | PHOENIX IND INC, PO BOX 1237, GLEN ALLEN, VA 23060 | |
| 10924 | PHOENIX INDUSTRIAL SUPPLY, PHOENIX, AZ 85000 | |
| 10924 | PHOENIX INDUSTRIES, INC., 302 SOUTH LEADBETTER ROAD- UNIT 10, ASHLAND, VA 23005 | |
| 10924 | PHOENIX INDUSTRIES, INC., CAMBRIDGE, MA 02140 | |
| 10924 | PHOENIX MANUFACTURING, 1727 BENNETT STREET, JACKSONVILLE, FL 32206 | |
| 10924 | PHOENIX MANUFACTURING, P O BOX 3197, JACKSONVILLE, FL 32206 | |
| 10924 | PHOENIX MANUFACTURING, PO BOX 3197, JACKSONVILLE, FL 32206 | |
| 10925 | PHOENIX MECHANICAL CONTRACTING, 197 WEST CENTRAL ST., NATICK, MA 01760 | |
| 10924 | PHOENIX MEMORIAL HOSPITAL, 1201 S. SEVENTH STREET, PHOENIX, AZ 85036 | |
| 10924 | PHOENIX MUTUAL, CORNER OF STATE ST & COLUMBUS BLVD, 1 AMERICAN ROW, HARTFORD, CT 06100 | |
| 10925 | PHOENIX NEWSPAPERS, INC, PO BOX 300, PHOENIX, AZ 85001-0300 | |
| 10925 | PHOENIX PACKAGING - WARNER, 2121 WARNER RD SE, CANTON, OH 44707 | |
| 10924 | PHOENIX PACKAGING CORPORATION, 3075 BROOKLINE ROAD N.W., NORTH CANTON, OH 44720 | |
| 10924 | PHOENIX PACKAGING CORPORATION, PO BOX2290, NORTH CANTON, OH 44720 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    PHOENIX PACKAGING, 2121 WARNER RD SE, CANTON, OH 44707

10924    PHOENIX PACKAGING-WARNER, 2121 WARNER ROAD S.E., CANTON, OH 44707

10924    PHOENIX PARK GAS PROCESSORS LTD, POINT LISAS, COUVA TRINIDAD, TTO                    *VIA Deutsche Post*

10925    PHOENIX POLICE DEPT., PO BOX 29380, PHOENIX, AR 85038-9380

10924    PHOENIX PRECAST PRODUCTS, 1856 E DEER VALLEY ROAD, PHOENIX, AZ 85024

10924    PHOENIX PRODUCE, ST.FARMERS MARKET  BUILDING J, 16 FOREST PARKWAY, FOREST PARK, GA 30050

10924    PHOENIX PUBLIC LIBRARY, SUND CORP., PHOENIX, AZ 85001

10925    PHOENIX PUMPS INC., 3552 E. CORONA, PHOENIX, AZ 85040

10924    PHOENIX R/M #5/TEMPE, 1976 E. PIMA ROAD, TEMPE, AZ 85281

10924    PHOENIX REDI-MIX CO INC, 3635 SOUTH 43RD AVE, PHOENIX, AZ 85009

10924    PHOENIX REDI-MIX CO., INC., 3635 SOUTH 43RD AVENUE, PHOENIX, AZ 85009

10924    PHOENIX REDI-MIX, 3635 SOUTH 43RD AVENUE, PHOENIX, AZ 85009

10924    PHOENIX REDI-MIX, 5159 N. EL MIRAGE RD., GLENDALE, AZ 85307

10925    PHOENIX REPAIR CREW, 4220 W. GLENROSA, TEMPE, AZ 85282

10925    PHOENIX SCALE COMPANY, SUITE 9, 6802 N. 47TH AVE, GLENDALE, AZ 85301-3599

10924    PHOENIX SCIENTIFIC, 3915 S. 48TH STREET, SAINT JOSEPH, MO 64506

10924    PHOENIX SCIENTIFIC, PO BOX 6457, SAINT JOSEPH, MO 64506

10924    PHOENIX TECH SCIENCE, PHOENIX, AZ 85000

10924    PHOENIX TRADE FINANCE CORP., 8250 NW 27TH STREET, MIAMI, FL 33122

10924    PHOENIX TRADE FINANCE, 3101 NW 74TH AVENUE, MIAMI, FL 33122

10925    PHOENIX-HECHT, PO BOX 60622, CHARLOTTE, NC 28260

10925    PHOENIXX INTERN RESOURCES,INC, 533 WASHINGTON AVE, CARNEGIE, PA 15106

10925    PHOMMACHANH, SISOUVANH, 4520 CINDY LANE, KENNASAW, GA 30144

10925    PHOMMACHANH, VATSANA, 1002 MT VERNON RD, HURRICANE, WV 25526

10925    PHOMMAHASAY, THONGASMOUT, 1158 CAMELLIA DR., MARIETTA, GA 30062

10925    PHOMMASITH, NOVING, 19 FRANCES RD, WOBURN, MA 01801

10925    PHONETICS,INC, 901 TRYENS ROAD, ASTON, PA 19014

10925    PHONG, MICHAEL, 774 REBECCA ST, LILBURN, GA 30247

10925    PHOTIKON, 1387 FAIRPORT ROAD, FAIRPORT, NY 14450

10925    PHOTINI SCROLLINI, 22 STIRRUP COURT, TINTON FALLS, NJ 07724-2327

10925    PHOTO ADVENTURE TOURS, 2035 PARK ST, ATLANTIC BEACH, NY 11509-1236

10925    PHOTO ARTS LIMITED, 258 SOUTH MAIN ST, TORRINGTON, CT 06790

10924    PHOTO FAB CHEMICAL & EQUIPMENT, 522 ROUTE 30, FRAZER, PA 19355

10925    PHOTO RESOURCES CORP., PO BOX 1400, CONCORD, MA 01742

10924    PHOTOCIRCUITS ATLANTA, 309 DIVIDEND DRIVE, PEACHTREE CITY, GA 30269

10925    PHOTOCIRCUITS CORPORATION, 225 ROBBINS LANE, SYOSSET, NY 11791

10924    PHOTOCIRCUITS CORPORATION, 31 SEA CLIFF AVENUE, GLEN COVE, NY 11542

10924    PHOTOCIRCUITS CORPORATION, 88 HAZEL STREET, GLEN COVE, NY 11542

10925    PHOTOGRAPHER BETH SINGER, 25741 RIVER DR, FRANKLIN, MI 48025

10925    PHOTOSOUND OF ORLANDO INC., POBOX 536575, ORLANDO, FL 32853-6575

10925    PHOTOTEK, 4430 NELSON RD., LAKE CHARLES, LA 70605

10925    PHS PHYSICIAN MGT OF OHIO,INC, PO BOX 74852, CLEVELAND, OH 44194

10925    PHYLLIS ALLEN, 6926 NORTHWOOD RD, DALLAS, TX 75225-2436

10925    PHYLLIS BERKOWITZ CUST HEIDI BETH, BERKOWITZ UNIF GIFT MIN ACT NJ, 3 COLD STREAM LANE, UPPER SADDLE RIVER, NJ 07458-1403

10925    PHYLLIS C JEROME, 11646 SAPPINGTON BRKS RD, ST LOUIS, MO 63127

10925    PHYLLIS ELMAN &, EDWARD ELMAN JT TEN, 23 BASCOM PLACE, STATEN ISLAND, NY 10314-4203

10925    PHYLLIS G AGAN TR UA NOV 4 93, PHYLLIS G AGAN TRUST, 6 THOMPSON AVE, LUDLOW, VT 05149-1022

10925    PHYLLIS GIANNINI, 9528 GRANDVIEW, OVERLAND PK, KS 66212-5045

10925    PHYLLIS GORE, 7500 GRACE DR., COLUMBIA, MD 21044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PHYLLIS GULAS, 72 THERESA CT, WEST SENECA, NY 14224-4716

10925 PHYLLIS HANNAGAN &, HERBERT A HANNAGAN JT TEN, 4833 FOX HUNT TRAIL, BOCA RATON, FL 33487-2118

10925 PHYLLIS HANNAGAN, 1 TOWN CENTER, BOCA RATON, FL 33486-1010

10925 PHYLLIS HANNAGAN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 PHYLLIS JOAN CAYLE, 25 N HENRY ST, VALLEY STREAM, NY 11580-1928

10925 PHYLLIS LEE SMITH, 999 HIDDEN LAKE DR APT 16 A, NORTH BRUNSWICK, NJ 08902-1115

10925 PHYLLIS LOVE &, KENNETH W LOVE JT TEN, 2515 228TH ST, PASADENA, MD 21122-7207

10925 PHYLLIS M PEASE TR UA MAR 29 93, PHYLLIS M PEASE FAMILY TRUST, 3219 N 82ND ST, MILWAUKEE, WI 53222-3838

10925 PHYLLIS MCTIERNAN TR UA SEP 28 95, HUGH J MCTIERNAN & PHYLLIS, MCTIERNAN & SUCCESSORS TRUSTEE OF, P MCTIERNAN NOMINEE TRUST, PO BOX 358, YARMOUTH PORT, MA 02675-

10925 PHYLLIS NOCERO, 500 EAST 83RD ST, NEW YORK, NY 10028-7208

10925 PHYLLIS P MARINARI, 22 OAKLANWN AVE APT 114, CRANSTON, RI 02910-4548

10925 PHYLLIS S LOFINK, 708 WEST 20TH ST, WILMINGTON, DE 19802-3813

10925 PHYLLIS SCHRIGER & WILLIAM D, ROGER TR UW HERMAN STEINLAUF TR 1, 260 MADISON AVE 18TH FL, NEW YORK, NY 10016-2401

10925 PHYLLIS SCHRIGER & WILLIAM D, ROGER TR UW HERMAN STEINLAUF TR 2, 260 MADISON AVE 18TH FL, NEW YORK, NY 10016-2401

10925 PHYLLIS SCHRIGER, 541 NEXT DAY HILL DR, ENGLEWOOD, NJ 07631-1922

10925 PHYLLIS T DAVIS, PO BOX 157, CUMMAQUID, MA 02637-0157

10925 PHYLLIS WHALON, 14 BENJAMIN RD, LEXINGTON, MA 02173-8006

10925 PHYSICAL ACOUSTICS CORP., PO BOX 3135, PRINCETON, NJ 08543

10925 PHYSICAL ELECTRONICS, 6509 FLYING CLOUD DR., EDEN PRAIRIE, MN 55344

10925 PHYSICAL ELECTRONICS, INC, PO BOX 30000 DEPT 5024, HARTFORD, CT 06150-5024

10925 PHYSICIAN CARE, 620 VONDERBERG DR, BRANDON, FL 33511

10925 PHYSICIAN SALES & SERVICE, 10848 KENWOOD RD., CINCINNATI, OH 45242

10925 PHYSICIAN SERVICE OFFICE, PO BOX 1769, COLUMBIA, SC 29202-1769

10925 PHYSICIANS BILLING SERVICE, PO BOX 410411, SALT LAKE CITY, UT 84141-0411

10924 PHYSICIANS CENTER AT THE PARK, 3201 UNIVERSITY DRIVE EAST, BRYAN, TX 77801

10925 PHYSICIANS DESK REFERENCE, PO BOX 10690, DES MOINES, IA 50336-0690

10925 PHYSICIANS HEALTH PLAN HMO, PO BOX 890228, CHARLOTTE, NC 28289-0228

10924 PHYSICIAN'S OFFICE BLDG., 225 MICHIGAN STREET, N.E., GRAND RAPIDS, MI 49503

10925 PHYSICIANS PLUS INSUR. CO, DRAWER #697, MILWAUKEE, WI 53278-0697

10924 PHYSIO-DYNE INSTRUMENT COMPANY, INDUSTRIAL PATH, QUOGUE, NY 11959

10925 PHYSIOTHERAPY-NRH REHAB LLC, 1135 BUSINESS PKWY S #100R, WESTMINSTER, MD 21157

10925 PIA CONSULTING SERVICES, LLC, 2525 NW EXPRESSWAY, OKLAHOMA CITY, OK 73112

10925 PIA, VICKIE, 9471 GOLDCOAST DR., SAN DIEGO, CA 92126

10925 PIANAS FLOWER SHOP INC, 221 NEPONSET ST, CANTON, MA 02021

10925 PIANDES, ANNE, 2501 S OCEAN BLVD, 304, BOCA RATON, FL 33432

10925 PIANDES, ANNE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 PIANELLA, RANDALL, 246 JOHNSON ROAD, ROEBUCK, SC 29376

10925 PIASECKI, EVA E, 9900 VALE RD, VIENNA, VA 22181-4074

10925 PIASECKI, JAMES, 91 VOGEL ST, WEST ROXBURY, MA 02132-5178

10925 PIASECKI, JOHN, 55 BELLEVUE AVE., MELROSE, MA 02176

10925 PIASECKI, LAWRENCE A, 2918 CASHEL LANE, VIENNA, VA 22181-6008

10925 PIASECKI, MICHAEL, 674 PALM AVE. #60, IMPERIAL BEACH, CA 91932

10925 PIATKOWSKI, DIANE, 4448 BRAMBLE CT, WARREN, MI 48092-4171

10925 PIATTI, RICHARD, 120 LIBAL ST, DE PERE, WI 54115-3649

10925 PIAZZA, DENISE, 8440 WOODSTOCK DR, GREENWOOD, LA 71033-3343

10925 PIAZZA, PATRICIA, 326 FISHERMANS COVE, INMAN, SC 29349-9117

10925 PIBAL, DAVID, RT 1 BOX 8B 5 SUNSET PT, CHEROKEE, IA 51012

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  PICANO, LORELIE, 217 FRANKLIN ST, NORTHVALE, NJ 07647

10925  PICARD JR, NORMAN EDWAR, 940 SORIA AVE, ORLANDO, FL 32807

10925  PICARD SR, LEO, C/O LEO PICARD JR, 7 NICOLL DR, ANDOVER, MA 01810-6052

10925  PICARD, BONNIE, 4231 BRANDEMERE WAY, HOUSTON, TX 77066

10925  PICARDI, GRACE, 2339 SURREY LANE, CLEARWATER, FL 34623

10925  PICARDO RAMIREZ & CO. S.A., 2800 PONCE DE LEON BLVD., 8TH FLR., CORAL GABLES, FL 33134

10925  PICARIELLO, JOSEPH, 12 BAKER AVE, BEVERLY, MA 01915

10925  PICASSO WALLS, 14518 PLAYER ST, HOUSTON, TX 77045

10924  PICATINNY ARESENAL, DOVER, NJ 07801

10925  PICATO, ELISA, 6507 SPRING WELL #1, SAN ANTONIO, TX 78249

10925  PICCHINI, PRIMO, 65 RAVINE DRIVE, MATAWAN, NJ 07747

10925  PICCININ, DORIS, 656 CABANA E, WINDSOR, ON N9G1A4CANADA          *VIA Deutsche Post*

10925  PICCIRILLO JR, V., 66 PORTAGE CROSSING, FARMINGTON, CT 06032

10925  PICCIRILLO, NATALIE, RR 2 BOX 523, HIGHLAND LAKES, NJ 07422

10925  PICCIURRO, PETER, 1016 E HAMILTON AVE, MILWAUKEE, WI 53202-1531

10924  PICCO, 11601 MCKINLEY, HOUSTON, TX 77038

10925  PICCOLO-RADOLF, SUSAN, 4032 CANDLENUT LN., DALLAS, TX 75244

10925  PICCONE, ELLEN, 2406 CARLTON DR., ORLANDO, FL 32817

10925  PICHA, PATRICIA, 1804 MARLIN ST, PORTLAND, TX 78374

10925  PICHAI, PUVIN, 5281 TALBOTS LANDING, ELLICOTT CITY, MD 21043

10925  PICHANY, RAYMOND, 1529 POWDERLY ROAD, WATERLOO, NY 13165

10925  PICHARDO RAMIREZ & CO, SA, 2800 PONCE DE LEON BLVD 8TH FL, CORAL GABLES, FL 33134

10925  PICHARDO, GONZALO, 142 E 6TH ST APT 3, HIALEAH, FL 33010-4865

10925  PICHARDO, JOSE, 175 HAVERHILL ST, METHUEN, MA 01844

10925  PICHE, DANIEL R, 42 RUE FABRE, VALLEYFIELD, QC J6S 4P6CANADA          *VIA Deutsche Post*

10925  PICHE, DANIEL, 1044 ST VIATEUR WEST, A-202, OUTREMONT, QC H2V1Y3CANADA          *VIA Deutsche Post*

10925  PICHE, MAXINE, 15712 115 ST NW, EDMONTON, AB T5X 2M7CANADA          *VIA Deutsche Post*

10925  PICHE, MAXINE, 15712-115 ST, EDMONTON, AB T5X 2M7CANADA          *VIA Deutsche Post*

10925  PICHE, RACHEL, 70 DAHLIA DR, KINGSTOWN, RI 02852

10925  PICHNIC, JOHN R, 2783 MILLER DR, SULPHUR, LA 70665

10925  PICHNIC, JOHN, 2783 MILLER DR, SULPHUR, LA 70665

10925  PICHOFF, KENNETH, 321 RUBY ST., 113, GRETNA, LA 70053

10925  PICHON, DALE, 94 BLUET LN, SAN ANTONIO, TX 78213

10925  PICHORA, MICAELA, 6152 W. OAKLAND DR., CHANDLER, AZ 85226

10925  PICHOTTA, LARRY, PO BOX 2201, CONROE, TX 77305

10925  PICK INC, 63 LAURA AVE, STOUGHTON, MA 02072

10924  PICK UP AT IRONDALE, FOR:LESTER HILL LIBRARY, IRONDALE, AL 35210

10925  PICKARD, F, 2000 CAMBRIDGE AVE, 344, READING, PA 19610-2738

10925  PICKARD, MELISSA, 1409 ROPER MTN RD, 569, GREENVILLE, SC 29615

10925  PICKARD, MICHAEL, 10128 DEER BROOK LA, CHARLOTTE, NC 28210

10925  PICKART, CHERYL, 3202 76TH ST., NORWAY, IA 52318

10925  PICKART, JOHN, 3202 76TH ST, NORWAY, IA 52318

10925  PICKARTS, GERALD, PO BOX 05349, MILWAUKEE, WI 53205-0349

10925  PICKARTS, TAMARA, 6195 HARVEST LANE, DE FOREST, WI 53532

10924  PICKENS COUNTY CONCRETE, ATTN:  ACCOUNTS PAYABLE, JASPER, GA 30143

10924  PICKENS COUNTY CONCRETE, I-575 & COUNTY RD. #278, JASPER, GA 30143

10924  PICKENS COUNTY CONCRETE, P.O. BOX 87, JASPER, GA 30143

10925  PICKENS, DENA, 514B NE 6TH ST, BLUE SPRINGS, MO 64014

10925  PICKENS, J, 311W 4TH ST, 309, ODESSA, TX 79761

10925  PICKENS, LINDA, 14215 DOBSON, DOLTON, IL 60419

10925  PICKERELL, CHERAMI, 4284 S WASHINGTON, ENGELWOOD, CO 80110

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PICKERING, CHARLES, 620 TERRACE VIEW ROAD, LIBBY, MT 59923

10925   PICKERING, DAVID, 143 CHURCH ST. #1, WALTHAM, MA 02452

10925   PICKERSGILL, CAROL, 160 GREEN POINT CIRCLE, PALM BEACH GARDENS, FL 33418

10925   PICKERSGILL, CAROL, 160 GREEN POINT CR, PALM BCH GARDENS, FL 33418

10925   PICKERSGILL, LES, 160 GREEN POINT CIRCLE, PALM BEACH GARDENS, FL 33418-8041

10925   PICKERSGILL, LESLIE, 160 GREEN POINT CIR, PALM BEACH GA, FL 33418

10925   PICKERSGILL, LESLIE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   PICKERT, REBECCA, 616 BARCLAY ST, CRAIG, CO 81625

10925   PICKETT, CYNTHIA, 1115 ABBOTT LANE, UNIVERSITY PARK, IL 60466

10925   PICKETT, DOYLE, 240 GREAT HILLS ROAD, BRIDGEWATER, NJ 08807

10925   PICKETT, EDDIE, MOSS FARMLAND, JASPER, TN 37347

10925   PICKETT, JAMES, 4234 W. HWY 108, SULPHUR, LA 70663

10925   PICKETT, LINDA, 28089 W 85TH TER, DESOTO, KS 66018

10925   PICKETT, MARCIA, 7301 N ROGERS RD, COLUMBIA, MO 65202

10925   PICKETT, MATTHEW T, 225 WALDEN ST APT 6H, CAMBRIDGE, MA 02140

10925   PICKETT, MATTHEW, 15 ALBAMONT RD, WINCHESTER, MA 01890

10925   PICKETT, ROBERT, N5235 CENTER RD, MONROE, WI 53566-9349

10925   PICKETT-JACOBS CONSULTANTS INC, 1609 SOUTH CHESTNUT NO 107, LUFKIN, TX 75901

10925   PICKLE, GREG, 1515 CROSSBEAM CIR, CASSELBERRY, FL 32707

10925   PICKLE, TED, PO BOX 60, HARTFORD, AR 72938

10925   PICKTHALL, THOMAS, 8688 LOMAS AZULES PL., SAN JOSE, CA 95135

10925   PICKUP, CHARLES, R.D. #1 BOX 405A, LIGONIER, PA 15658

10925   PICKUPS PLUS, 2424 LAS POSITAS ROAD, LIVERMORE, CA 94550

10924   PICKWICK LANDING STATE PARK, PLAYGROUND LOOP, PICKWICK DAM, TN 38365

10925   PICO ELECTRONICS, 143 SPARKS AVE, PELHAM, NY 10803

10925   PICO RIVERA FLORIST, PO BOX 893 /7004 ROSEMEAD BLVD, PICO RIVERA, CA 90660

10925   PICO, VICTORIA, 185 FREEMAN ST APT 249, BROOKLINE, MA 02446

10925   PICONNE, KATHY, 248 CONCORD RD., SCHWENKSVILLE, PA 19473

10925   PICOU, KELLEN, 602 SAN ANTONIO BLVD, HOUMA, LA 70360

10925   PICQUET, NORMAN, PO BOX 962, ANGEL FIRE, NM 87710-0962

10925   PICTON, DIANNA, 9 CRESCENT AVE, BEDFORD, MA 01730

10925   PICTROVICH, CORI, 650 S. CANOSA COURT, DENVER, CO 80219

10925   PICTURE CUBE INC, THE, 67 BROAD ST, BOSTON, MA 02109

10925   PICTURE PRETTY INTERIORS, 7040 W PALMETTO PD RD, BOCA RATON, FL 33433

10924   PICTURE TEL @@, OFF RIVER ROAD, NORTH ANDOVER, MA 01845

10924   PICTURETEL, 200 MINUTEMAN DRIVE, ANDOVER, MA 01810

10924   PICTURETEL, OFF RIVER ROAD, NORTH ANDOVER, MA 01845

10925   PICULICH, JULIA, 6 SHADY LANE, FANWOOD, NJ 07023

10925   PIDC, 900 VICTORS WAY, SUITE 300, ANN ARBOR, MI 48108

10925   PIECEWICZ, LAURA, 29 MARKHAM CIRCLE, AYER, MA 01432

10925   PIECEWICZ, STANLEY, 105 SUMMERHILL GLEN, MAYNARD, MA 01754-1557

10925   PIECH, RENATA, 307 GARNETT ROAD, JOPPA, MD 21085

10925   PIECH, SANDRA J, 4012 BLUE STATE DR, ALEXANDRIA, VA 22306-1356

10925   PIECHOWSKI, DIONNE, 1648 N. JACKSON, 5, MILWAUKEE, WI 53202

10925   PIECUCH, HENRY, BOX 222 TIMBERPOINT, BELGRADE LAKES, ME 04918

10924   PIEDMONT ADHESIVES, 84 PATTERSON ROAD, LAWRENCEVILLE, GA 30244

10925   PIEDMONT AUTOMATED TECHNOLOGIES,INC, PO BOX 5583, GREENVILLE, SC 29606

10924   PIEDMONT CENTER WEST OFFICE BLDG., C/O ADAMS CONSTRUCTION, GREENVILLE, SC 29601

10924   PIEDMONT CENTER, 100 HENDRICK DRIVE, THOMASVILLE, NC 27360

10925   PIEDMONT CLARKLIFT INC, POBOX 16328, GREENVILLE, SC 29606-7328

10924   PIEDMONT CONCRETE PRODUCTS INC, ATTN:  ACCOUNTS PAYABLE, UNION, SC 29379

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | PIEDMONT CONCRETE PRODUCTS, 195 QUARRY RD., SPARTANBURG, SC 29302 | |
| 10924 | PIEDMONT CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, UNION, SC 29379 | |
| 10924 | PIEDMONT CONCRETE PRODUCTS, HGWY. 18M NORTH, UNION, SC 29379 | |
| 10924 | PIEDMONT DISTRIBUTORS, 4515 GRENDEL ROAD, GREENSBORO, NC 27410 | |
| 10924 | PIEDMONT DRIVING CLUB, CAMP CREEK PARKWAY, ATLANTA, GA 30337 | |
| 10924 | PIEDMONT ELLIS, TRUST COMPANY BANK, ATLANTA, GA 30321 | |
| 10924 | PIEDMONT FIRE EXTINGUISHERS, 72 SMITH VILLAGE, WATERLOO, SC 29384 | |
| 10925 | PIEDMONT FIRE PROTECTION, INC, 8130 LARKHAVEN ROAD, CHARLOTTE, NC 28216 | |
| 10925 | PIEDMONT GLASS CO., 2002 ANGIER AVE, DURHAM, NC 27703 | |
| 10925 | PIEDMONT GLOVE MFG. CO., 806 SHELBY HWY., GAFFNEY, SC 29341 | |
| 10924 | PIEDMONT HIGH SCHOOL, 1619 PIEDMONT SCHOOL ROAD, MONROE, NC 28110 | |
| 10924 | PIEDMONT HOSPITAL EMERGENCY ROOM, C/O ADAMS CONSTRUCTION, 1968 PEACHTREE STREET, ATLANTA, GA 30309 | |
| 10924 | PIEDMONT HOSPITAL, 95 COLLIER ROAD OFF PEACHTREE ST., ATLANTA, GA 30309 | |
| 10924 | PIEDMONT HOSPITAL, MARIETTA, GA 30069 | |
| 10925 | PIEDMONT MILL SUPPLY, PO BOX 1866, CHARLESTON, WV 25327 | |
| 10925 | PIEDMONT MIN. DIV OF RESCO PROD INC, PO BOX 566, HILLSBOROUGH, NC 27278 | |
| 10925 | PIEDMONT MINOR EMERGENCY CLINIC, 2993 PIEDMONT ROAD, ATLANTA, GA 30305-2768 | |
| 10925 | PIEDMONT NATIONAL CORPORATION, PO BOX 102384, ATLANTA, GA 30368-0384 | |
| 10924 | PIEDMONT NATIONAL, 1561 SO. LAND CIRCLE NW., ATLANTA, GA 30318 | |
| 10925 | PIEDMONT NATIONAL, PO BOX 102384, ATLANTA, GA 30368-0384 | |
| 10924 | PIEDMONT NATIONAL, PO BOX20118, ATLANTA, GA 30325 | |
| 10925 | PIEDMONT NATURAL GAS CO INC, POBOX 33068, CHARLOTTE, NC 28233-3068 | |
| 10925 | PIEDMONT NATURAL GAS COMPANY, PO BOX 1905, GREENVILLE, SC 29602 | |
| 10925 | PIEDMONT PACKAGING, INC, PO BOX 890004, CHARLOTTE, NC 28289-0004 | |
| 10925 | PIEDMONT PAINT CO, WYCHE BURGESS FREEMAN & PARHAM PA B, 44 E CAMPERDOWN WY PO BOX 728, GREENVILLE, SC 29602 | |
| 10925 | PIEDMONT PEST CONTROL INC, POBOX 762, LAURENS, SC 29360 | |
| 10924 | PIEDMONT POLYMERS, 5025 SOUTH ROYAL ATLANTA DRIVE, TUCKER, GA 30084 | |
| 10925 | PIEDMONT RURAL TELEPHONE COOP INC, POBOX 249, LAURENS, SC 29360 | |
| 10925 | PIEDMONT SOCIETY FOR COATINGS, PO BOX 2124, HIGH POINT, NC 27261 | |
| 10925 | PIEDMONT TECHNICAL COLLEGE, POBOX 1467, GREENWOOD, SC 29648-1467 | |
| 10924 | PIEDMONT TRI-AD AIRPORT, SOUTH CONCOURSE EXPANSION, 6415 AIRPORT PKWY, GREENSBORO, NC 27409 | |
| 10924 | PIEDMONT WOMEN CENTER, 1735 FRANK P GASTON BLVD, ROCK HILL, SC 29732 | |
| 10925 | PIEDRA, MANUEL H, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | PIEDRA, MANUEL, 301 MAYHILL ST., SADDLE BROOK, NJ 07663 | |
| 10925 | PIEHLER, MARIAN, 423 BRIARWOOD LANE, NORTHVALE, NJ 07647 | |
| 10925 | PIEKARCZYK, ROBERTA, 208 S WALNUT ST, MOMENCE, IL 60954 | |
| 10925 | PIEKARCZYK, SUSAN, 14005 E RT 114, MOMENCE, IL 60954-9403 | |
| 10925 | PIEKARSKI, CHRIS, 7719 HAMPTON SUMMIT PLACE, CHESTERFIELD, VA 23832 | |
| 10925 | PIEKOS, STANLEY, 4 MORNING GLORY CIRCLE, WESTFORD, MA 01886 | |
| 10925 | PIEKUTOWSKI, REBECCA, PO BOX 507, PENDLETON, SC 29670 | |
| 10925 | PIEL, JOHN, 522 DELMAR ST, STERLING, CO 80751 | |
| 10925 | PIEMONTE, PAUL, 34 STARK LANE, LITCHFIELD, NH 03052 | |
| 10925 | PIENIASZEK, LAUREN, 8408 SMOKETREE CIRCLE, OOLTEWAH, TN 37363 | |
| 10925 | PIENTA, FLORENCE, 4117 DANOR DRIVE, READING, PA 19605 | |
| 10925 | PIEPER, DARLENE, 2300 E. 18TH STE, CASPER, WY 82609 | |
| 10925 | PIEPER, ELMER, 406 HEARTHSTONE BLVD., 10, YORK, NE 68467-1068 | |
| 10925 | PIER 1 IMPORTS (US) INC, GEN COUNSEL, 301 COMMERCE ST, SUITE 600, FORT WORTH, TX 76102 | |
| 10924 | PIER ONE IMPORTS, UNKNOWN, WILLIAMSVILLE, NY 0 | |
| 10925 | PIERANGELI, REBECCA, 7803 22ND AVE, KENOSHA, WI 53143 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PIERATT, JAMES, 251 YOUNGS MILL RD., LAGRANGE, GA 30240

10925 PIERATT, PAUL, 4503 TAMARRON DR, WICHITA FALLS, TX 76308

10924 PIERCE & STEVENS CORP., 710 OHIO STREET, BUFFALO, NY 14203

10924 PIERCE & STEVENS CORP., PO BOX 1092, BUFFALO, NY 14340

10924 PIERCE & STEVENS CORP., PO BOX 2535, BUFFALO, NY 14240-2535

10924 PIERCE & STEVENS CORP., ROUTE 113, KIMBERTON, PA 19442

10924 PIERCE & STEVENS, 245 EAST KEHOE BLVD., CAROL STREAM, IL 60188

10924 PIERCE & STEVENS, PO BOX 1092, BUFFALO, NY 14240

10925 PIERCE A CORNELIUS, 19617 SUNSHINE WAY, BEND, OR 97702-1981

10925 PIERCE ALUMINUM CO INC, 136 WILL DRIVE, CANTON, MA 02021-0100

10925 PIERCE BIZAL, 639 LOYOLA AVE, SUITE 1620, NEW ORLEANS, LA 70113

10925 PIERCE CHEMICAL CO., POBOX 66, ROCKFORD, IL 61105-0066

10924 PIERCE COMPANY, THE, 201 N. EIGHTH STREET, UPLAND, IN 46989

10924 PIERCE COMPANY, THE, PO BOX2000, UPLAND, IN 46989

10924 PIERCE CONCRETE INC, BOX 248, NEW BERN, NC 28560

10924 PIERCE CONCRETE, 116 S. STUART ST., AZLE, TX 76020

10924 PIERCE CONCRETE, P.O. BOX 1378, AZLE, TX 76020

10924 PIERCE ENT./EAST LOOP, SAN FRANCISCO, CA 94107

10924 PIERCE ENT./OAKLAND ARENA, 7000 COLISEUM WAY, OAKLAND, CA 94601

10924 PIERCE ENT./OAKLAND ARENA, C/O GYPSUM DRYWALL SUPPLY, OAKLAND, CA 94601

10924 PIERCE ENT./SOUTH PARKING GARAGE, SAN FRANCISCO AIRPORT, SAN FRANCISCO, CA 94107

10924 PIERCE ENT./STAPLES CENTER, LOS ANGELES, CA 90001

10924 PIERCE ENT./UC DAVIS MEDICAL CENTER, 2315 STOCKTON BLVD., SACRAMENTO, CA 95817

10924 PIERCE ENT/NORTHRIDGE FASHION CTR., CALIFORNIA WHOLESALE MAT'L SUPPLY, NORTHRIDGE, CA 91324

10924 PIERCE ENTERPRISES, 11310 STEWART AVE, EL MONTE, CA 91731

10924 PIERCE ENTERPRISES, 11310 STEWART AVE., EL MONTE, CA 91731

10924 PIERCE ENTERPRISES, USC LIBRARY, LOS ANGELES, CA 90050

10925 PIERCE JR, DAVID, 32 SOUTH 8TH ST, EASTON, PA 18042

10925 PIERCE JR, JOHN S, 4208 BROMLEY LA, RICHMOND, VA 23221-1136

10924 PIERCE PRE-CAST CONC INC., PO BOX 1378, AZLE, TX 76020

10925 PIERCE STANLEY ROBINSON, 600 WEST FOURTH ST, NORTH LITTLE ROCK, AR 72114

10925 PIERCE, ALDEN C, 2342 DATE PALM ROAD, BOCA RATON, FL 33432

10925 PIERCE, ALDEN C, 2343 DATE PALM ROAD, BOCA RATON, FL 33432

10925 PIERCE, ALDEN, 2343 DATE PALM RD, BOCA RATON, FL 33432

10925 PIERCE, AMY C, 16229 MONTY COURT, ROCKVILLE, MD 20853

10925 PIERCE, AMY, 16229 MONTY COURT, ROCKVILLE, MD 20853

10925 PIERCE, ANTHONY, PO BOX 27977, GREENVILLE, SC 29613

10925 PIERCE, BRIAN, 1105 W. 23RD, ODESSA, TX 79761

10925 PIERCE, CALVIN, 18633 EAST MAIN, GALLIANO, LA 70354

10925 PIERCE, CASIMER, 1611 CHERRY ST, BALTIMORE, MD 21226-1438

10925 PIERCE, CASSIDY, 2295 PREBLE AVE, PITTSBURGH, PA 15233

10925 PIERCE, CATHLEEN, 107 BUCKEYE CIRCLE, COLUMBUS, OH 43217

10925 PIERCE, CHARLES E., 1110 RIVERWOOD, DALLAS, TX 75217

10925 PIERCE, CHARLES, 117 MORNINGSIDE DRIVE, LAKELAND, FL 33803

10925 PIERCE, DANIEL, PO BOX 666, DES ALLEMANDS, LA 70030

10925 PIERCE, DAVID, 1585 MEADOW BROOK CT, NICEVILLE, FL 32578

10925 PIERCE, DEBORAH, 4310 GREENRIDGE, WICHITA FALLS, TX 76305

10925 PIERCE, DONALD, 49 WOODLAND AVE, LYNN, MA 01904

10925 PIERCE, E, PO BOX 292, MIAMI, OK 74354

10925 PIERCE, EDITH, 378 27TH AVE. SW, CEDAR RAPIDS, IA 52404

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PIERCE, ELISA, 199 GREEN MEADOW CIRCLE, FOUNTAIN INN, SC 29644

10925    PIERCE, ELLA, PO BOX 34324, PHILADELPHIA, PA 19101

10925    PIERCE, HARRIET, 34 OAKMONT TERRACE, HIGHTSTOWN, NJ 08520

10925    PIERCE, HARRY, 1220-460 TASMAN DRIVE, SUNNYVALLE, CA 94089

10925    PIERCE, HAZEL, 1536 C AVE NE, CEDAR RAPIDS, IA 52402

10925    PIERCE, JACKIE, 462 DEE GILLAND ROAD, SINGER, LA 70660

10925    PIERCE, JAMES, 222 OLD DUNHAM BR RD, GREENVILLE, SC 29611

10925    PIERCE, JEAN A, 9530 HAMPTON OAKS LN, CHARLOTTE NC, NC 28226

10925    PIERCE, JEAN, 1108 TAYLOR ST, DURHAM, NC 27701

10925    PIERCE, JENNIFER, 450 GREENVIEW CIRCLE, FAIRBURN, GA 30213

10925    PIERCE, JOHN, 14 ARTHUR ST, DANVERS, MA 01923

10925    PIERCE, JUDITH, 313 MAPLE AVE., WAUKESHA, WI 53186

10925    PIERCE, KEITH, RT. 2, 113 ST. PIERRE DRIVE, LOCKPORT, LA 70374

10925    PIERCE, KENNETH, 4102 AVE U, SNYDER, TX 79549

10925    PIERCE, KIRBY, 328 BELLEVUE AVE., LOCKPORT, LA 70374

10925    PIERCE, L, 1511 GRAY FOX, WICHITA FALLS, TX 76304

10925    PIERCE, MADELINE, 722 HAZEL GREEN ROAD, SMITHVILLE, WV 26178

10925    PIERCE, MARK, 3423 1/2 S LINCOLN, ENGLEWOOD, CO 80110

10925    PIERCE, MARY, 2147 SAM POWELL RD, ROANOKE RAPIDS, NC 27870

10925    PIERCE, MICHAEL, 37 SHERWOOD DRIVE, RAMSEY, NJ 07446

10925    PIERCE, NICHOLAS, 13534 COUNTRY CIRCLE, TOMBALL, TX 77375

10925    PIERCE, NORRIS, PO BOX 227, POYNOR, TX 75782-0227

10925    PIERCE, ROBERT, 20 DUNCAN RD, EVERETT, MA 02149

10925    PIERCE, ROBERT, 64 GOVERNORS ROAD, MILTON, MA 02186

10925    PIERCE, RONALD, 820 N W 23RS ST, MOORE, OK 73160

10925    PIERCE, SAMUEL, RT. 1, BOX 555, OSYKA, MS 39657

10925    PIERCE, TERRY, 801 S 5TH, PHILADELPHIA, PA 19147

10925    PIERCE, TERRY, ROUTE 3, BOX 76N, FLORESVILLE, TX 78114

10925    PIERCE, TIMMIE LEE, 14815 W 65TH, SHAWNEE, KS 66215

10925    PIERCE, WILLIAM, 1012 LAUREL TR, MARTINSVILLE, NJ 08836

10925    PIERCE, WILLIAM, 1012 LAUREL TRAIL, MARTINSVILLE, NJ 08836-2211

10924    PIERCE/CAPITAL EAST END, BLOCK 225, SACRAMENTO, CA 95817

10924    PIERCE/LAPD COMMUNICATION CENTER, LOS ANGELES, CA 90001

10924    PIERCE/LAPD VALLEY COMMUNICATIONS, CANOGA PARK, CA 91309

10924    PIERCE/NORTHRIDGE FASHION MALL, WESTSIDE BUILDING MATERIALS, NORTHRIDGE, CA 91324

10924    PIERCE/PASEO COLORADO, PASADENA, CA 91101

10924    PIERCE/SAN FRANCISCO AIRPORT, PARKING GARAGE, SAN FRANCISCO, CA 94107

10924    PIERCE/SANDS VENETIAN, 3317 LAS VEGAS BLVD., LAS VEGAS, NV 89101

10924    PIERCE/U.C.MEDICAL TOWER II, SACRAMENTO, CA 94203

10924    PIERCE/UCSF BLDG #24, 500 16TH ST., SAN FRANCISCO, CA 94107

10925    PIERCEALL, CAROLE, 4813 S LITTLE DRIVE, MCHENRY, IL 60050

10925    PIERCY, DONNA, 2521 SUMMERTREE LN., ARLINGTON, TX 76006

10924    PIERESEARCH, 1602 INDUSTRIAL CT, ARLINGTON, TX 76011

10924    PIERESEARCH, 501 E MAIN STREET, ARLINGTON, TX 76010-1229

10925    PIERGROSSI, MICHAEL, 15221 BUCKS RUN DR WOODBINE MD 21797, WOODBINE, MD 21797

10925    PIERGROSSI, NICHOLAS, 15221 BUCKS RUN DRIVE, WOODBINE, MD 21797

10925    PIERGROSSI,SR, MICHAEL, 1 TOLLCROSS RD., CHELMSFORD, MA 01824

10925    PIERING, EILEEN, 1418 N 51ST ST, MILWAUKEE, WI 53201

10925    PIERINI, RIKKI, 4800 KIETZKE LANE #35, RENO, NV 89502

10924    PIERMONT LANDING, 100 GAIR STREET, PIERMONT, NY 10968

10925    PIERNER, KEVIN, 3075 FERNDALE DR, GREEN BAY, WI 54313

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PIERNO, ROBERT, 62 EASTER ST, UNIONTOWN, PA 15401

10925 PIERONI, CATHERINE, 4413 WOODLAKE DR, BAKERSFIEL, CA 93309

10925 PIEROTTI, JAMES, 5216 N 8TH ROAD, ARLINGTON, VA 22205

10925 PIEROTTI, KRIS, 375 OAK TRAILS, 101, DES PLAINES, IL 60016

10925 PIERRE AUTO REPAIR SHOP, 3991 NORTH DIXIE HWY, POMPANO BEACH, FL 33064

10925 PIERRE LUNDY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 PIERRE NEW YORK, THE, FIFTH AVE AT 61ST ST, NEW YORK, NY 10021-8402

10925 PIERRE, JOSEPH, 4 GLACIER CT, NEW ORLEANS, LA 70131

10925 PIERRE, JOYCE, 2071 75TH AVE, BATON ROUGE, LA 70807

10925 PIERRE, MARIE, 401 NW 116 ST, MIAMI, FL 33168

10925 PIERRE, PATRICK, 5465 CURRY FORD APT. # B-102, ORLANDO, FL 32812

10925 PIERRE, SCOTTI, 110 SILVER ST, HOUMA, LA 70364

10925 PIERRE, TERI, 10 ETHEL COURT, MALDEN, MA 02148

10925 PIERRE, TERI, 7 BRADFORD ST, EVERETT, MA 02148

10925 PIERRE-MICHEL, CARINE, 35 GERALDINE PLACE, NEW CITY, NY 10956

10925 PIERRE-MICHEL, RAYMOND, 35 GERARDINE PLACE, NEW CITY, NY 10956

10925 PIERRY MOORHEAD, 301 NORTH AVALON BLVD, WILMINGTON, CA 90744-5888

10925 PIERS, PO BOX 64961, BALTIMORE, MD 21264-4961

10925 PIERSOL, HARRY, 1350 CAMBRIDGE DRIVE, CLEARWATER, FL 33756

10924 PIERSON HALL, MURPHY HALL JOB, LAWRENCE, KS 66044

10925 PIERSON, DANIEL, BOX 3, MEDICINE LAKE, MT 59247

10925 PIERSON, DONNAMARIE, 1473 FARINGTON DR, NAPERVILLE, IL 60563

10925 PIERSON, HARRY E, 433 SILVERMOSS DRIVE, VERO BEACH, FL 32963

10925 PIERSON, HARRY, 9 WOODEDGE RD, PLANDOME, NY 11030

10925 PIERSON, KEITH, 3866 CTY RD C, PULASKI, WI 54162

10925 PIERSON, LINDA, 709 DANE TOWN HILL RD, OAKLAND, IA 51560

10925 PIERSON, MICHAEL N, 8415 EVERSEEN, HOUSTON, TX 77040-1556

10925 PIERSON, MICHAEL, 416 HAMPSHIRE DR #16, HAMILTON, OH 45011

10925 PIERSON, NANCY, 133 EAST CLIFF ST, 1, SOMERVILLE, NJ 08876

10925 PIERSON, TAMMY, 3500 MOCKINGBIRD, AMARILLO, TX 79109

10925 PIERSTORFF, JOHN, 2302 B PULLMAN LN, REDONDO BCH, CA 90278

10925 PIERWOLA, KIMBERLY, 55 OILMILL RD #21, DANBURY, CT 06810

10924 PIERZ READY MIX, RTE BOX 290, PIERZ, MN 56364

10925 PIESCHEK, KRISTIN, 392 WAY FARER WAY, GREEN BAY, WI 54302

10925 PIESCO, KATHRYN, 605 STADIUM ST, MINERVA, OH 44657

10925 PIETILA, ANDREW, 974 LOMBARDI AVE, GREEN BAY, WI 54304

10924 PIETRA INTERNATIONAL LLC, 855 32ND STREET, SAN DIEGO, CA 92102

10924 PIETRA INTERNATIONAL, LLC, 855 32ND STREET, SAN DIEGO, CA 92102

10925 PIETRAS, F, 12 HILBERT ST, ADAMS, MA 01220

10925 PIETROPAOLO, GINA, 109 IRVING ST, JERSEY CITY, NJ 07307

10925 PIETRZAK, SHEILA, 2111 WISCONSIN AVE #224, WASHINGTON, DC 20009

10925 PIEZ, RICHARD, THE PENINSULA REGENT 1 BALDWIN AVE, SAN MATEO, CA 94401-3806

10925 PIFFERRER, VICTOR, 333 E ROOSEVELT BLVD, PHILADELPHIA, PA 19120

10925 PIGEON, ELLEN, C/O HEINSER ONE SUFFOLK ROAD, MASSAPEQUA, NY 11758-6762

10925 PIGEON, KEITH, 210 VICTORIA ST, GREEN BAY, WI 54302-2819

10925 PIGG, LOIS, 105 POINSETTA ST, LAFAYETTE, LA 70506

10925 PIGGINS, KENNETH, 6010 FOREST LANE, LAKELAND, FL 33811

10925 PIGNOLI, 79 PARK PLAZA, BOSTON, MA 02116

10924 PIGOTT CONSTRUCTION, NIAGARA FALLS DRINKING WATER PLANT, NIAGARA FALLS, NY 14303

10925 PIGOTT ELECTRIC CO INC, 70 MASS AVE, ARLINGTON, MA 02174

10925 PIGOTT ELECTRIC CO INC, 70 MASSACHUSETTS AVE, ARLINGTON, MA 02474-8622

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PIGUE, JANINE, 2678 BRYNWOOD CLOSE, ROCKFORD, IL 61114

10925   PIKARSKY, JACOB, 47 MYSTIC ST, 8-B, ARLINGTON, MA 02174

10924   PIKE COUNTY READY MIX, 1012 HWY 48 EAST, MAGNOLIA, MS 39652

10924   PIKE COUNTY REDI-MIX, ROUTE 23 SOUTH, PIKETON, OH 45661

10925   PIKE, ALLEN, 1547 STEVEN COURT, SPARKS, NV 89431

10925   PIKE, DOLORES, 23085 AQUA VIEW #2, BOCA RATON, FL 33433

10925   PIKE, DOLORES, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   PIKE, HAROLD, 4123 ALPINE, WICHITA FALLS, TX 76302

10925   PIKE, LEROY, 3021 CLARK ROAD, BOILING SPRINGS, SC 29316

10925   PIKE, MICHELLE, 8700 SOUTHSIDE BLVD AP, JACKSONVILLE, FL 32256

10925   PIKE, PATRICIA, RFD 2 BOX 1370, TURNER, ME 04282

10925   PIKE, TANIA, 495 BELMONT ST, BROCKTON, MA 02401

10925   PIKE, TERRI, 2373 BROADWAY, 1007, NEW YORK, NY 10024

10925   PIKE, VONNIE, 8917 CORNELL DRIVE, JONESBORO, GA 30236

10925   PIKES PEAK TEST LABS INC, 4750 EDISON AVE, COLORADO SPRINGS, CO 80915

10925   PIKESVILLE LUMBER CO., 7104 LIBERTY RD., BALTIMORE, MD 21207-4518

10924   PIKEVILLE HOSPITAL, 911 S. BYPASS ROAD, PIKEVILLE, KY 41501

10924   PIKEVILLE HOSPITAL, 911 SOUTH BYPASS ROAD, PIKEVILLE, KY 41501

10924   PIKEVILLE METHODIST HOSPITAL, 911 S. BYPASS ROAD, PIKEVILLE, KY 41501

10924   PIKEVILLE METHODIST HOSPITAL, 911 SOUTH BYPASS ROAD, PIKEVILLE, KY 41501

10925   PIKOVSKY, JOSEPHINE, 821 OHIO, GLASSPORT, PA 15045

10925   PIKOWSKI, LEONARD, 365 E RICHMOND, WESTMONT, IL 60559

10925   PIKUL, EDWARD, 9800 ODELL, MORTON GROVE, IL 60053

10925   PILAND, SARAH, 5338 MONETA LANE, DALLAS, TX 75236

10925   PILAT, KAZIMIERZ, 159 WARREN ST, NEWTON, MA 02159

10925   PILCHARD, DONNA, 803 GEORGE WASHINGTON TRAIL, GEORGETOWN, SC 29440

10925   PILCHARD, JOHN, 803 GEORGE, GEORGETOWN, SC 29440

10925   PILCHER HAMILTON CORP, THE, HAMILTON CORP., CHICAGO, IL 60678-6105

10925   PILCHER HAMILTON CORP., 1850 S. 25TH AVE., BROADVIEW, IL 60153

10925   PILCHER HAMILTON CORPORATION, DEPT 77-6105, CHICAGO, IL 60678-6105

10925   PILCHER, ANGELA, 17 RODNEY LANE, BAYTOWN, TX 77520

10925   PILCHER, DONNA, 1047 PARK DRIVE, KANKAKEE, IL 60901

10925   PILCHER, DOUGLAS R, 205 DANUBINA, BAYTOWN, TX 77520-5834

10925   PILCHER, DOUGLAS R, PO BOX 2585, HOUSTON, TX 77252

10925   PILCHER, DOUGLAS, BOX 20 SCOTT RD, DAYTON, TX 77535

10925   PILCHER, TERRY, 1500 SIN-35, #1216, ROUND ROCK, TX 78681

10925   PILEEKI, E, 7 RIVERBANK ROAD, MAYNARD, MA 01754

10925   PILEEKI, IGNACY, 7 RIVERBANK ROAD, MAYNARD, MA 01754

10925   PILESKI, MARILYN, 1602 BROKEN ARROW, BAYTOWN, TX 77521

10925   PILGREEN, ROBERT, ROUTE 2, BOX 369, MAGAZINE, AR 72943

10925   PILGREEN, ROBERT, RT 1 BOX 369, MAGAZINE, AR 72943

10925   PILGREEN, SIDNEY, 80 LEGION HUT RD, PARIS, AR 72855

10925   PILGRIM HEALTH CARE INC, PO BOX 6543, NEW YORK, NY 10249-6543

10925   PILGRIM HEALTH CARE INC, PO BOX 73740, ROCHESTER, NY 14673-3740

10925   PILGRIM HEALTH CARE INC, POBOX 73740, ROCHESTER, NY 14673-3740

10925   PILGRIM HEALTH CARE INC., CHURCH ST STATION, ROCHESTER, NY 14673-3740

10925   PILGRIM INSTRUMENT & CONTROLS, 38 UNION ST, EAST WALPOLE, MA 02032

10925   PILGRIM INSTRUMENTS & CONTROLS, 38 UNION ST, EAST WALPOLE, MA 02032

10925   PILGRIM MAT SERVICES, PO BOX 1943, TUCKER, GA 30085-1943

10924   PILGRIM PSYCHIATRIST CENTER, BUILDING 80, BRENTWOOD, NY 11717

10925   PILGRIM, ELGIE, PO BOX 1203, LUSK, WY 82225

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PILGRIM, JAMES, 104 PINSON RD, PELZER, SC 29669 | |
| 10925 | PILGRIM, PENNY, 1656 BARETT DR., PLACERVILLE, CA 95667 | |
| 10925 | PILGRIM, RANDY, 104 PINSON RD, PELZER, SC 29669 | |
| 10925 | PILGRIMS 92, 19 PHILLIPS ROAD, LEXINGTON, MA 02421 | |
| 10924 | PILGRIMS PRIDE, 1220 SOUTH O'TYSON ST., MOUNT PLEASANT, TX 75455 | |
| 10924 | PILGRIMS PRIDE, 928 BUTTS ST., NACOGDOCHES, TX 75963 | |
| 10925 | PILKINGTON, BILLIE, 1609 N. LINCOLN, ODESSA, TX 79761 | |
| 10924 | PILL//HAVERHILL, 558 RIVER STREET, HAVERHILL, MA 01832 | |
| 10925 | PILLAI, ANNAMMA, 3430 WINTERFIELD DR., WARREN, MI 48092 | |
| 10925 | PILLAR HOUSE, 26 QUINOBEQUIN ROAD, NEWTON LOWER FALLS, MA 02162 | |
| 10925 | PILLARD, FRANK, 119 CENTURY CIRCLE, HOT SPRINGS, AR 71913 | |
| 10925 | PILLARD, JOHN, ROUTE 2 BOX 243, WAUCHULA, FL 33873-9524 | |
| 10925 | PILLI, INGO, 5215 CANFIELD AVE, CHICAGO, IL 60656 | |
| 10925 | PILLI, JASMIN, 4621 QUIMBY AVE, BELTSVILLE, MD 20705 | |
| 10925 | PILLIARD, SCOTT, 92 PARHAM ROAD, TYNGSBORO, MA 01879-1278 | |
| 10925 | PILLOW, KEVIN, 500 FILLMORE APT 6-L, WICHITA FALLS, TX 76301 | |
| 10925 | PILLSBURY, JAMES, 154 WATER ST, NORTH ANDOVER, NH 01845-2615 | |
| 10925 | PILLSBURY, MARTHA, 528 LINCOLN AVE, MANVILLE, NJ 08835-2478 | |
| 10925 | PILOT AIR FREIGHT, PO BOX 7777-W9015, PHILADELPHIA, PA 19175-9015 | |
| 10925 | PILOT AIR FREIGHT, PO BOX 777-W9015, PHILADELPHIA, PA 19175-9015 | |
| 10925 | PILOT CHEMICAL COMPANY, DEPT. N 7473, LOS ANGELES, CA 90084-7473 | |
| 10924 | PILOT HOUSE, 2 ATLANTIC AVE, BOSTON, MA 02110 | |
| 10925 | PILOT HOUSE, INC, 6021 GARDNER RD., ALTAMONT, NY 12009 | |
| 10925 | PILOT, ARNETT, 3713 W 137TH ST, ROBBINS, IL 60472 | |
| 10925 | PILZ, J, 629 1/2 CHESTNUT TERRACE, EASTON, PA 18042 | |
| 10924 | PIMA MINIMUM SECURITY, SCOTTSDALE, AZ 85257 | |
| 10924 | PIMA PAVING, 5108 B N. LA CHOLLA, TUCSON, AZ 85705 | |
| 10925 | PIMENTAL, RONALD, 37 PLEASANT, NORTON, MA 02766 | |
| 10924 | PIMENTEL INDUSTRIAL S. A., DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | PIMENTEL, MANUEL, 839 CHANDLER ST, TEWKSBURY, MA 01876-3709 | |
| 10925 | PIMENTIL, B, 9700 LEAWOOD #211, HOUSTON, TX 77099 | |
| 10925 | PIMLOTT, JIM, 1425 K ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | PIN CUSHION, THE, 101 NORTH SEVENTH, WYOMING, IL 61491 | |
| 10925 | PIN, JEAN-MICHAEL, 3012 WEST FAIRVIEW, SPOKANE, WA 99205 | |
| 10925 | PIN, JEAN-MICHEL, 1907 RIVERSIDE #2, SPOKANE, WA 99201 | |
| 10925 | PINA JR, NICHOLAS, 32 N HILL DR, N FALMOUTH, MA 02556 | |
| 10925 | PINA, DONNA, 1714 TILTON DRIVE, SILVER SPRING, MD 20902 | |
| 10925 | PINA, ELENA, 2544 SPRINGVALE, FARMERS BRANCH, TX 75234 | |
| 10925 | PINA, SUSAN P, PO BOX 1326, MIDDLEBORO MA, MA 02346 | |
| 10925 | PINA, TESSA, 115 PARK ST, NEW BEDFORD, MA 02740 | |
| 10924 | PINAL LUMBER, 1780 E. ASH, GLOBE, AZ 85501 | |
| 10924 | PINAL LUMBER, PO BOX2779, GLOBE, AZ 85501 | |
| 10924 | PINAR/VENTURA ELEMENTRY, 4001 S. GOLDENROD ROAD, ORLANDO, FL 32822 | |
| 10925 | PINARDI, STACEY, 33 BROOK ST, BROCKTON, MA 02401 | |
| 10925 | PINATA INC., NEWCO MANAGEMENT CO. INC., GEN COUNSEL, 6320 CANOGA AVE., SUITE 1430, WOODLAND HILLS, CA 91367-2591 | |
| 10925 | PINATA INC., NEWCO MGMT CO. INC. - GEN COUNSEL, 6320 CANOGA AVE., SUITE 1430, WOODLAND HILLS, CA 91367-2591 | |
| 10925 | PINATA, INC, 6320 CANOGA AVE., SUITE 1430, WOODLAND HILLS, CA 91367-2591 | |
| 10925 | PINATA, INC, 6320 CANOGA AVE.,STE 1430, WOODLAND HILLS, CA 91367-2591 | |
| 10925 | PINCH A PENNY #83, 19635-47 STATE RD 7, BOCA RATON, FL 33498 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PINCHEK, ANNA MARIE, 3611 NORTHPORT DR, STOW, OH 44224

10925   PINCKARD, JAMES, 1529 TEEKELL ST, BOSSIER CITY, LA 71111

10925   PINCKARD, TRAVIS, 546 W NEVADA, VIVIAN, LA 71082

10925   PINCKNEY JR, JAMES, 1947 BOHICKET ROAD, JOHNS ISLAND, SC 29455

10924   PINCUS ASSOCIATES INC., 9 WILLARD CIRCLE, ANDOVER, MA 01810

10925   PINCUS, RALPH M, CUST FOR DANIEL ALFRED PINCUS, UNIF GIFT MIN ACT NJ, 384 ELLIOT PLACE, PARAMUS, NJ 07652-4622

10925   PINCUS, RALPH M, CUST FOR DANIEL PINCUS, UNDER NJ UNIF TRAN TO MIN ACT, 384 ELLIOT PLACE, PARAMUS, NJ 07652-4622

10925   PINDEL, NICHOLUS, 741 CANTERBURY AVE, LIVERMORE, CA 94550

10924   PINE & LARKIN HOUSING, 1303 LARKIN STREET, SAN FRANCISCO, CA 94101

10925   PINE BANKS VARIETY & SUB, 74-78 MAIN ST, MELROSE, MA 02176

10924   PINE BLUFF SAND & GRAVEL, KANSAS STREET & ARKANSAS RIVER, PINE BLUFF, AR 71611

10924   PINE BLUFF SAND & GRAVEL, P O BOX 7008, PINE BLUFF, AR 71611

10924   PINE BLUFF SAND & GRAVEL, PO BOX 7008, PINE BLUFF, AR 71611

10925   PINE HEIGHTS, 2900 W. PATAPSCO AVE., BALTIMORE, MD 21230

10924   PINE HILL CONCRETE MIX CO, 2255 BAILEY AVE., BUFFALO, NY 14211

10924   PINE HILL CONCRETE MIX, 2255 BAILEY AVE., BUFFALO, NY 14211

10924   PINE HILL CONCRETE, 2255 BAILEY AVE., BUFFALO, NY 14212

10924   PINE HILL CONCRETE, 4001 RIVER ROAD, NORTH TONAWANDA, NY 14120

10924   PINE HILL CONCRETE, 5636 TRANSIT RD, DEPEW, NY 14043

10925   PINE HILL MATERIALS, 2255 BAILEY AVE, BUFFALO, NY 14211-1798

10925   PINE INSTRUMENT COMPANY, 101 INDUSTRIAL DRIVE, GROVE CITY, PA 16127

10924   PINE MEADOW CORPORATE CENTER, 1000 TECHNOLOGY WAY, LIBERTYVILLE, IL 60048

10924   PINE MOUNTAIN READY MIX, 100 HART ROAD, PINE MOUNTAIN, GA 31822

10924   PINE MOUNTAIN READY MIX, ATTN:  ACCOUNTS PAYABLE, PINE MOUNTAIN, GA 31822

10925   PINE ROOFING CO.INC., 5428 N. KEDZIE AVE., CHICAGO, IL 60625-3922

10925   PINE STREET INN, INC, 444 HARRISON AVE, BOSTON, MA 02118

10924   PINE TREE CASTING, 411 SUNAPEE ST, NEWPORT, NH 03773

10924   PINE TREE CASTING-DO NOT USE, 411 SUNAPEE ST, NEWPORT, NH 03773

10924   PINE TREE HIGH SCHOOL, AT CORNER FAIRMONT & HWY 80, LONGVIEW, TX 75608

10925   PINE, BRENDA, 12236 S.SPRINGFIELD, ALSIP, IL 60058

10925   PINE, KIMBERLY, 411 N LOCUST, 2, MOMENCE, IL 60954

10924   PINEAPPLE GROVE DESIGN  ., 151 COMMERCE ROAD, BOYNTON BEACH, FL 33426

10924   PINEAPPLE GROVE DESIGN, 132 N. SWINTON AVE, DELRAY BEACH, FL 33444

10924   PINEAPPLE GROVE DESIGN, 151 COMMERCE ROAD, BOYNTON BEACH, FL 33426

10925   PINEAPPLE GROVE DESIGN, 1515 PINE LANE, DELRAY BEACH, FL 33444

10924   PINEAPPLE GROVE DESIGN, 725 S.W. 16TH AVENUE, DELRAY BEACH, FL 33444

10924   PINEBELT READY MIX, 2306 HWY 11 NORTH, LAUREL, MS 39441

10924   PINEBELT READY MIX, HIGHWAY 49, COLLINS, MS 39428

10924   PINEBELT READY MIX, HWY 15 NORTH, BAY SPRINGS, MS 39422

10924   PINEBELT READY MIX, HWY 27 NORTH, TAYLORSVILLE, MS 39168

10924   PINEBELT READY MIX, P O BOX 3032, LAUREL, MS 39442

10925   PINEBELT READY MIX, PO BOX 3032, LAUREL, MS 39442

10924   PINEBELT READY MIX, PO BOX3032, LAUREL, MS 39442

10924   PINEBELT READY MIX, SANDERSON DR, LAUREL, MS 39441

10924   PINEBLUFF SAND & GRAVEL, HWY 270 & 65, WHITE HALL, AR 71602

10925   PINEDA, ADELAIDA, 7413 BEN DRIVE, OXON HILL, MD 20745

10925   PINEDA, ARLENE, 82 ANDERSON AVE, BERGENFIELD, NJ 07621

10925   PINEDA, CESAR, 6026 KNOLLWOOD DR#10, FALLS CHURCH, VA 22041

10925   PINEDA, FLOR, 6542 S. MAPLEWOOD, CHICAGO, IL 60629

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PINEDA, HERMINIA, 1033 WOODSIDE TRAIL, TROY, MI 48098

10925    PINEDA, ILKA, 166 W 27TH ST, HIALEAH, FL 33010

10925    PINEDA, JOSE, 13837 W. 58TH TERRACE #6, SHAWNEE, KS 66216

10925    PINEDA, ROSA, 1322 B S ST. NW, WASHINGTON, DC 20009

10925    PINEDA, VICTOR, 911 NORTH GOLDER, ODESSA, TX 79764

10924    PINELAKE COMMUNITY HOSPITAL, 1051 HOUSEMAN, MAYFIELD, KY 42066

10924    PINER MIDDLE SCHOOL, 402 W. PECAN STREET, SHERMAN, TX 75090

10925    PINERTON RISK ASSESSMENT, 1600 WILSON BLVD, ARLINGTON, VA 22209-2507

10925    PINES, CHAUNCY, 6617 HWY 6, HITCHOCK, TX 77563

10925    PINESET, L, 3867 POTOMAC AVE 5, LOS ANGELES, CA 90008-1618

10925    PINETREE TECH INTL, 1095E DUANE AVE #107, SUNNYVALE, CA 94086

10924    PINEWOOD KEY WEST READY MIX CORP, 121 US HIGHWAY 1, ROCKLAND KEY, KEY WEST, FL 33040

10924    PINEWOOD MATERIALS CORP, 121 U.S. HIGHWAY 1, SUITE 108, KEY WEST, FL 33040

10924    PINEWOOD MATERIALS CORP., 1500 107TH STREET, MARATHON, FL 33050

10924    PINEWOOD MATERIALS CORP., 3980 OVERSEAS HWY, MARATHON, FL 33050

10924    PINEWOOD MATERIALS CORP., DELETION** S. CLARK, P.O. BOX 430374, BIG PINE KEY, FL 33043

10924    PINEWOOD MATERIALS CORP., INDUSTRIAL ROAD, BIG PINE KEY, FL 33043

10924    PINEWOOD MATERIALS, 121 US HIGHWAY 1, ROCKLAND KEY, KEY WEST, FL 33040

10924    PINEWOOD MATERIALS, DO NOT USE, MILE MARKER 8-1/2, EAST ROCKLAND KEY, FL 33040

10925    PINEY BRANCH GOLF & COUNTRY CLUB, PO BOX 697, HAMPSTEAD, MD 21074

10925    PINGATORE, RICHARD, 1624 S BEECH AVE, BROKEN ARROW, OK 74012-6207

10925    PINGO, MARY, 100 ROCK RD, HAWTHORNE, NJ 07506

10925    PINGS, DON, 303 BIRCH, CRAIG, CO 81625

10925    PINICK, MATTHEW, 1402 DORAN, ODESSA, TX 79761

10925    PINKARD, KATHLEEN, 1210 STEWART ST. APT. # F-13, CARROLLTON, GA 30117

10925    PINKERTON CONSULTING &, PO BOX 406394, ATLANTA, GA 30384-6394

10925    PINKERTON SECURITY &, (LOCKBOX NO 2111) PO BOX 4655, CAROL STREAM, IL 60132-4655

10925    PINKERTON SECURITY SERVICES, PO BOX 2111, CAROL STREAM, IL 60132-2111

10925    PINKERTON, DEPT 4094, LOS ANGELES, CA 90096-4094

10925    PINKERTONS RISK ASSESSMENT SERVICES, 4245 FAIRFAX DR, #725, ARLINGTON, VA 22203

10925    PINKERTONS, PO BOX 8596, BALTIMORE, MD 21234

10924    PINKNEY HIGH SCHOOL, 10255 DEXTER - PINKNEY ROAD, PINCKNEY, MI 48169

10925    PINKNEY JR, JOHNEES, 233A ARLINGTON AVE, JERSEY CITY, NJ 07305

10925    PINKNEY, HARVEY, 1111 LEADENHALL ST, BALTIMORE, MD 21230-3706

10925    PINKNEY, MICHELLE, 19 TICHENOR TERR., IRVINGTON, NJ 07111

10925    PINKNEY, STACEY, 122 SOUTH 5TH ST, LININGSTON, MT 59047

10925    PINKOWSKY, GERALD, 9423-4100 C.T.H. X, BLACK CREEK, WI 54106

10925    PINKSTON JR., HAROLD, 5235 W ALLENS BRIDGEROAD, GREENVILLE, TN 37743

10925    PINKSTON, HAROLD D, 3617 ASPENWOOD DRIVE, BEDFORD, TX 76021

10925    PINKSTON, KEVIN, 3005 EMERALD COVE, 104, VIRGINIA BEACH, VA 23452

10925    PINKSTON, MICHAEL, 13802 GARDEN RD #174, PEARLAND, TX 77581

10925    PINKSTON, SARAH, 1106 HALE ST, WAYNESBORO, GA 30830

10925    PINN, OTTO, 1808 FRIENDLEY PT, HORSESHOE BEND, AR 72512

10924    PINNACLE FOOD PRODUCTS, 635 OAKWOOD ROAD, LAKE ZURICH, IL 60047

10924    PINNACLE FOOD PRODUCTS, 750 OAKWOOD ROAD, LAKE ZURICH, IL 60047

10925    PINNACLE FREIGHT SYSTEMS INC, 4379 S HOWELL AVE, MILWAUKEE, WI 53207

10925    PINNACLE MULTIMEDIA, PO BOX 1409, DRAPER, UT 84020-1409

10924    PINNACLE OFFICE GROUP, C/O SRD, INC., ATHENS, AL 35611

10925    PINNACLE PUBLISHING INC., 1000 HOLCOMB WOODS PKWY STE 280, ROSWELL, GA 30076-2587

10925    PINNACLE PUBLISHING, INC, PO BOX 769389, ROSWELL, GA 30076-9783

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PINNACLE PUBLISHING, INC, PO BOX 888, KENT, WA 98035-0888

10925   PINNACLE SALES, 530 INDUSTRIAL DR, NAPERVILLE, IL 60563

10925   PINNACLE SALES, INC, 530 INDUSTRIAL DRIVE, NAPERVILLE, IL 60563

10924   PINNACLES, % PHOENIX COATINGS, SOLEDAD, CA 93960

10925   PINNAVAIA, THOMAS J, 5901 SLEEPY HOLLOW, EAST LANSING, MI 48823

10925   PINNELL, THEDA, 5835 FISHERMANS DR, BRADENTON, FL 34209

10925   PINNER, CHARLES, 226 N. MESA, NBU, #42, FRUITA, CO 81512

10925   PINNER, R, 524 15 TH AVE SOUTH, JACKSONVILLE, FL 32250

10925   PINNICKS, GLENDA, 735 N GEYERS CHAPEL RD, WOOSTER, OH 44691

10925   PINO, LUIS, 25 MALDEN ST, EVERETT, MA 02150

10925   PINOLA, BILLYRENE, 368 SMOKEWOOD DR., SANTA ROSA, CA 95407

10925   PINSON ENTERPRISES, INC, 1771 NW 129 TERRACE, MIAMI, FL 33167

10925   PINSON, AMY, BOX 6563 LOT 107, DENVER, NC 28037

10925   PINSON, ANITA, 303 VICTORY TRAIL, MORGANTON, NC 28655

10925   PINSON, DAVID, 23 WEST MAIN, EDMOND, OK 73003

10925   PINSON, JEFFREY, 3107 N WASHINGTON, ODESSA, TX 79764

10925   PINSON, JULIE, 223 SWEETWATER RD., FOUNTAIN INN, SC 29644

10925   PINSON, NATALIE, 334 BOWDEN ST, COMMERCE, GA 30529

10925   PINSONNEAULT, MARTIN, 115 MIDDLE ROAD, CLARKSBURG, MA 01247

10925   PINTABONE, GRACE, 109 PALMER ST., EASTON, PA 18042

10925   PINTACODA, RUTH, 21 STATE ST, LOWELL, MA 01852

10925   PINTEA, SHEREE, 6700 HEATHERWOOD LN, CHARLOTTE, NC 28227

10924   PINTEXS CHEMICAL CO, 13050 N.W.43RD AVE, OPA LOCKA, FL 33054

10924   PINTEXS CHEMICAL CO., 13050 N.W. 43RD AVENUE, OPA LOCKA, FL 33054

10925   PINTO, KAREN, 1528 12TH ST. #2, SANTA MONICA, CA 90404

10925   PINTO, STEVEN, 114 THURLOW ST, GEORGETOWN, MA 01833

10924   PIO PICO, C/O WESTSIDE BUILDING MATERIALS, SANTA ANA, CA 92707

10925   PIO, JACQUELINE, 6902 PALMETTO CIR S #814, BOCA RATON, FL 33433

10924   PIONEER - G. BROS. CONSTRUCTION, 1111 E. HOWELL, ANAHEIM, CA 92805

10924   PIONEER #1524, PLANT 1524, PLANO, TX 75074

10924   PIONEER #1525, 1250 DIGITAL DRIVE, RICHARDSON, TX 75081

10924   PIONEER #31/APACHE JUNCTION, 3695 SOUTH MERIDIAN ROAD, APACHE JUNCTION, AZ 85220

10924   PIONEER AIR SYSTEMS INC., 210 FLATFORK ROAD, WARTBURG, TN 37887

10924   PIONEER AIR SYSTEMS, INC., 210 FLATFORD ROAD, WARTBURG, TN 37887

10925   PIONEER ASPHALT CORPORATION, 100 JERICHO QUADRANGLE, JERICHO, NY 11753

10924   PIONEER CARVER HALL, 7000 N.W. 62ND AVENUE, JOHNSTON, IA 50131

10924   PIONEER CHEMICAL CO., 4315 S. COUNTY RD. 1290, ODESSA, TX 79765

10924   PIONEER CHEMICAL CORP., 100 NORTH SAM HOUSTON ROAD, MESQUITE, TX 75149

10925   PIONEER CHEMICAL INC, 100 NORTH SAM OUSTON ROAD, MESQUITE, TX 75149

10924   PIONEER CHEMICAL, 100 N SAM HOUSTON RD, MESQUITE, TX 75149

10925   PIONEER CLUB, ONE LAKESIDE PLAZA, LAKE CHARLES, LA 70601

10924   PIONEER COATINGS, 7265 BETHEL STREET, BOISE, ID 83704

10924   PIONEER CONC.CO./SMITH CONC., 10419 SINGER DRIVE, STREETSBORO, OH 44241

10924   PIONEER CONC.CO./SMITH CONC., P.O. BOX 460, RENO, OH 45773

10924   PIONEER CONC/SMITH CONC, 10419 SINGER DRIVE, STREETSBORO, OH 44241

10924   PIONEER CONCRETE - RESIDENTIAL, 1101 MOUNT LEBANON ROAD, CEDAR HILL, TX 75104

10924   PIONEER CONCRETE - RESIDENTIAL, 1550 HWY 121, FRISCO, TX 75034

10924   PIONEER CONCRETE - RESIDENTIAL, 1710 SEYENE ROAD, MESQUITE, TX 75149

10924   PIONEER CONCRETE - RESIDENTIAL, 403 S. DELPHINE, TERRELL, TX 75160

10924   PIONEER CONCRETE - RESIDENTIAL, 7204 S. COOPER STREET, ARLINGTON, TX 76015

10924   PIONEER CONCRETE #1511, PLANT #1511, DALLAS, TX 75220

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PIONEER CONCRETE #1512, 2151 IRVING BLVD, DALLAS, TX 75207 | |
| 10924 | PIONEER CONCRETE #1514, PLANT #1514, BALCH SPRINGS, TX 75180 | |
| 10924 | PIONEER CONCRETE & FUEL INC., 843 MARYLAND, BUTTE, MT 59701 | |
| 10924 | PIONEER CONCRETE & FUEL INC., ATTN:  ACCOUNTS PAYABLE, BUTTE, MT 59702 | |
| 10924 | PIONEER CONCRETE OF ARKANSAS, 1481 LOWERY DRIVE, EL DORADO, AR 71730 | |
| 10924 | PIONEER CONCRETE OF AZ, ATTN:  ACCOUNTS PAYABLE, MESA, AZ 85277-0370 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, #1564, HURST, TX 76053 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, #1573, 701 JARVIS, SAGINAW, TX 76131 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, #1575  WEBB ROAD, ARLINGTON, TX 76010 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, #1577, CEDAR HILL, TX 75104 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, (NORTH SIDE), PLANT 1572 ALLIANCE, JUSTIN, TX 76247 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, 6100 OLD HEMPHILL RD, FORT WORTH, TX 76134 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, 9000 BLUE MOUND ROAD, FORT WORTH, TX 76100 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, HWY 26, SOUTHLAKE, TX 76092 | |
| 10924 | PIONEER CONCRETE OF FORT WORTH, PLANT 1523, 880 N. HOUSTON STREET, FORT WORTH, TX 76131 | |
| 10924 | PIONEER CONCRETE OF FT. WORTH, 880 NO. HOUSTON ST., FORT WORTH, TX 76106 | |
| 10924 | PIONEER CONCRETE OF TEXAS, 800 GESSNER, HOUSTON, TX 77024 | |
| 10925 | PIONEER CONCRETE OF TEXAS, INC, 1101 JARVIS, SAGINAW, TX 76131 | |
| 10924 | PIONEER CONCRETE OF TEXAS, MYKAWA 21, 5830 HALMART, HOUSTON, TX 77033 | |
| 10924 | PIONEER CONCRETE OF TEXAS, TUF-CRETE 27, 16801 JETOMA, CONROE, TX 77385 | |
| 10925 | PIONEER CONCRETE OF UTAH, 1151 W VINE ST, SALT LAKE CITY, UT 84107-4775 | |
| 10925 | PIONEER CONCRETE RAISING SERVICE, 8765 POLO RIDGE CT, BURR RIDGE, IL 60521-0324 | |
| 10924 | PIONEER CONCRETE TILE, 13000 FLORA AVE., HOBE SOUND, FL 33455 | |
| 10924 | PIONEER CONCRETE TILE, 1340 S.W. 34TH ST., DEERFIELD BEACH, FL 33442 | |
| 10924 | PIONEER CONCRETE TILE, 1340 SW 34TH STREET, DEERFIELD BEACH, FL 33442 | |
| 10924 | PIONEER CONCRETE TILE, 1340 SW.34TH STREET, DEERFIELD BEACH, FL 33442 | |
| 10924 | PIONEER CONCRETE(CLOSED), 9709 BEAR HOLLOW ROAD, FORT SMITH, AR 72916 | |
| 10924 | PIONEER CONCRETE, 1123 GOODNIGHT TRAIL, HOUSTON, TX 77017 | |
| 10924 | PIONEER CONCRETE, 11300 SYLVANIA COURT, FORT WORTH, TX 76111 | |
| 10924 | PIONEER CONCRETE, 1229 S. RAILROAD, LEWISVILLE, TX 75067 | |
| 10924 | PIONEER CONCRETE, 1240 CENTURY COURT, SANTA ROSA, CA 95403 | |
| 10924 | PIONEER CONCRETE, 13540 S. E. 31ST AVENUE, SUMMERFIELD, FL 34491 | |
| 10924 | PIONEER CONCRETE, 2001 AMARILLO BLVD W., AMARILLO, TX 79107 | |
| 10924 | PIONEER CONCRETE, 2224 ROLK, HOUSTON, TX 77077 | |
| 10924 | PIONEER CONCRETE, 240 SINGLETON BLVD, DALLAS, TX 75200 | |
| 10924 | PIONEER CONCRETE, 2401 SLEEPY HOLLOW, CONROE, TX 77385 | |
| 10924 | PIONEER CONCRETE, 302 BENNINGTON, HOUSTON, TX 77022 | |
| 10924 | PIONEER CONCRETE, 3616 S. COOPER, ARLINGTON, TX 76015 | |
| 10924 | PIONEER CONCRETE, 511 COUNTY ROAD 27, PROSPER, TX 75078 | |
| 10924 | PIONEER CONCRETE, 5511 RENWICK, HOUSTON, TX 77081 | |
| 10924 | PIONEER CONCRETE, 5711 HARBORSIDE DRIVE, GALVESTON, TX 77551 | |
| 10924 | PIONEER CONCRETE, 610 JACKSON STREET, FRIONA, TX 79035 | |
| 10924 | PIONEER CONCRETE, 620 SARTARTIA ROAD, SUGAR LAND, TX 77479 | |
| 10924 | PIONEER CONCRETE, 7641 WRIGHT ROAD, JERSEY VILLAGE, TX 77040 | |
| 10924 | PIONEER CONCRETE, 800 GESSNER STE 1100, HOUSTON, TX 77024 | |
| 10925 | PIONEER CONCRETE, 800 GESSNER, STE 1100, HOUSTON, TX 77024 | |
| 10924 | PIONEER CONCRETE, BAYPORT 18, 10430 PORT ROAD, PASADENA, TX 77507 | |
| 10924 | PIONEER CONCRETE, CINCO 25/CLODINE, 19707 FM 1093, RICHMOND, TX 77469 | |
| 10924 | PIONEER CONCRETE, ELLINGTON, 10715 HIGHWAY 3, HOUSTON, TX 77034 | |
| 10924 | PIONEER CONCRETE, FM 85, ENNIS, TX 75119 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    PIONEER CONCRETE, FRANKFORD ROAD, CARROLLTON, TX 75006

10924    PIONEER CONCRETE, HWY 385 SOUTH, HEREFORD, TX 79045

10924    PIONEER CONCRETE, HWY 385, DALHART, TX 79022

10924    PIONEER CONCRETE, PORTABLE #2, BELT LINE, DALLAS, TX 75212

10924    PIONEER CONCRETE, SHELDON 07, 17510 VAN ROAD, HOUSTON, TX 77049

10924    PIONEER CONCRETE, VALLEY VIEW PLANT, IRVING, TX 75060

10924    PIONEER CONCRETE, WAXAHACHIE, TX 75165

10924    PIONEER CONCRETE-RESIDENTIAL, HWY 121, COPPELL, TX 75019

10925    PIONEER ELECTRICAL SALES, 6066 CHINGLE CREEK PKWY/ PMB1170, BROOKLYN CENTER, MN 55430

10925    PIONEER EQUIPMENT INC., 3738 E. MIAMI AVE, PHOENIX, AZ 85040

10925    PIONEER MACHINERY INC, PO BOX 1098, PIEDMONT, SC 29673

10924    PIONEER MANUFACTURING CO., 4529 INDUSTRIAL PARKWAY, CLEVELAND, OH 44135

10924    PIONEER MANUFACTURING CO., 801 BY-PASS, RICHMOND, KY 40475

10924    PIONEER MANUFACTURING CO., PO BOX 35311, CLEVELAND, OH 44135

10925    PIONEER MANUFACTURING COMPANY, 4529 INDUSTRIAL PKWY, CLEVELAND, OH 44135

10925    PIONEER MASONRY RESTORATION CO INC, PO BOX 70110, SEATTLE, WA 98107

10924    PIONEER MASONS MATLS CORP, 321 DENTON AVE, NEW HYDE PARK, NY 11040

10924    PIONEER MASONS MATLS CORP., 321 DENTON AVE., NEW HYDE PARK, NY 11040

10924    PIONEER MATERIAL, PO BOX280, CLIFTON, CO 81520

10924    PIONEER MATERIALS (GMS), 7271 SOUTH EAGLE STREET, ENGLEWOOD, CO 80112

10924    PIONEER MATERIALS (GMS)-DENVER, 5151 BANNOCK STREET, DENVER, CO 80216

10924    PIONEER MATERIALS, AVON, CO 81620

10925    PIONEER MFG CO., 4529 INDUSTRIAL PKWY, CLEVELAND, OH 44135

10925    PIONEER NR USA INC CT CORP SYSTEM, PO BOX 1166 40 W LAWRENCE, SUITE A, HELENA, MT 59624-1166

10925    PIONEER NR USA INC, 1209 ORANGE ST, WILMINGTON, DE 19801

10924    PIONEER ROOF TILE, 8800 W. BUCKEYE RD, TOLLESON, AZ 85353

10924    PIONEER ROOF TILE, 8800 WEST BUCKEYE RD., TOLLESON, AZ 85353

10924    PIONEER ROOF TILES, 8668 SPARLING LANE, DIXON, CA 95620

10924    PIONEER ROOFING TILES CO, 10650 POPLAR AVENUE, FONTANA, CA 92335

10924    PIONEER ROOFING TILES CO, 10650 POPLAR AVENUE, FONTANA, CA 92337

10924    PIONEER ROOFING TILES CO, 10650 POPULAR AVE, FONTANA, CA 92335

10924    PIONEER ROOFING TILES, 8668 SPARLING LANE, DIXON, CA 95620

10924    PIONEER ROOFING, 9221 NO 15TH AVE., PHOENIX, AZ 85021

10925    PIONEER RUBBER & GASKET CO INC, PO BOX 1015, TUCKER, GA 30085

10924    PIONEER STAR DIVISION, 800 GESSNER, HOUSTON, TX 77024

10924    PIONEER WATERPROOFING COMPANY, 4200 S.E. BELMONT STREET, PORTLAND, OR 97215

10924    PIONEER WATERPROOFING, 4200 SO E. BELMONT, PORTLAND, OR 97215

10925    PIONEER WILDLIFE, POBOX 307, WESTWOOD, MA 02090

10924    PIONEER, ****DO NOT USE****, HURST, TX 76053

10925    PIOTROWSKI, PAMELA, 412 FOXLAIR LANE, HAVELOCK, NC 28532

10925    PIOTROWSKI, THOMAS, 3216 CTY TRK PP, DEPERE, WI 54115

10925    PIP PRINTING #9034, 2200 W GLADES ROAD, BOCA RATON, FL 33431

10925    PIP PRINTING, 220 W. GLADES ROAD, BOCA RATON, FL 33431

10924    PIPE & PRECAST CONST PROD, OLD PHOENIXVILLE PIKE, DEVAULT, PA 19432

10924    PIPE & PRECAST CONST PROD, PO BOX 425, DEVAULT, PA 19282

10924    PIPE & PRECAST CONST. PROD, P O BOX 425, DEVAULT, PA 19282

10924    PIPE GASKET & SUPPLY, 2701 S. COLISEUM BLVD., FORT WAYNE, IN 46803

10925    PIPELINE ENERGY, PO BOX 350182, JACKSONVILLE, FL 32235-0182

10925    PIPELINE SERVICES INC, POST OFFICE BOX 2030, BRYSON CITY, NC 28713

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PIPER ELECTRIC, 16 MARKET SQUARE 4TH FLOOR, DENVER, CO 80204

10925   PIPER MARBURY RUDNICK & WOLFE LLP, 6225 SMITH AVE, BALTIMORE, MD 21209-3600

10924   PIPER MEDICAL, SMITH AND GREEN, SCOTTSDALE, AZ 85250

10925   PIPER, DAVID, 16341 ROSEWOOD ST, FOUNTAIN VALLEY, CA 92708

10925   PIPER, GRAHAM, 1107 HALF MILE WAY, GREENVILLE, SC 29609

10925   PIPER, JOSEPH H, 332 VANDERPOOL LN, HOUSTON, TX 77024-6144

10924   PIPESTONE CONCRETE, 620 3RD AVE SE, PIPESTONE, MN 56164

10924   PIPESTONE CONCRETE, 620 3RD AVENUE S.E., PIPESTONE, MN 56164

10924   PIPESTONE CONCRETE, RR 1, BOX 205, PIPESTONE, MN 56164

10925   PIPING & EQUIPMENT A USFLOW CO, PO BOX 931641, CLEVELAND, OH 44193

10925   PIPING & EQUIPMENT CO A US FLOW CO, 1523 ANTIOCH CHURCH RD, GREENVILLE, SC 29606

10925   PIPING & EQUIPMENT CO, 2030 SOUTH PHILIPPE AVE, GONZALES, LA 70737

10925   PIPING & EQUIPMENT CO, 98 ANNEX 702, ATLANTA, GA 30398-0702

10925   PIPING & EQUIPMENT CO, 98 ANNEX 702, ATLANTA, GA 30398-0702

10925   PIPING SUPPLY CO., PO BOX 5099, CHATTANOOGA, TN 37406

10925   PIPKIN, CAROLYN, 3265 ADRIAN RD., PENSACOLA, FL 32504

10925   PIPKIN, PAMELA, 4486 MAYO AVE, MEMPHIS, TN 38128

10925   PIPKINS, CORA, 8016 243RD ST, GRAHAM, WA 98338

10925   PIPKINS, LUCILLE, 2730 GIBBS WILLAMS, DALLAS, TX 75233

10925   PIPPENGER, PHILIP, 1202 APPLEWOOD RD, BATON ROUGE, LA 70808

10925   PIPPIN, GLENDA A, RT 2 BOX 292, SARCOXIE MO, MO 64862

10925   PIPPIN, SHERI, RT 1 BOX 458, LAKE PROVIDENCE, LA 71254

10925   PIPPIN, WALLACE H, 201 ROYAL VIEW DRIVE, WEST CHESTER, PA 19382

10924   PIQUA CONCRETE, 10400 HADDIX ROAD, FAIRBORN, OH 45324

10924   PIQUA CONCRETE, 555 OLD SPRINGFIELD RD., UNION, OH 45322

10924   PIQUA CONCRETE, 8395 N.PIQUA - LOCKINGTON ROAD, PIQUA, OH 45356

10925   PIQUANT, MICHELE, 220 COVE ROAD - #2C, STAMFORD, CT 06902

10925   PIRCH JT TEN, HOWARD R & PATRICIA A, 2633 SO OAKLAND ST, AURORA, CO 80014-1809

10924   PIRELLI ARMSTRONG, 10701 IDAHO AVENUE, HANFORD, CA 93230

10924   PIRELLI ARMSTRONG, 710 MYATT DRIVE, MADISON, TN 37115

10924   PIRELLI ARMSTRONG, PO BOX 2001, NEW HAVEN, CT 06536

10924   PIRELLI ARMSTRONG, PO BOX 359, MADISON, TN 37116

10924   PIRELLI TIRE LLC, 300 GEORGE STREET, NEW HAVEN, CT 06511

10925   PIRES, MARK A., 5 HATHAWAY AVE., PEABODY, MA 01960

10925   PIRES, MARK, 5 HATHAWAY AVE., PEABODY, MA 01960

10925   PIRES, SANDRA, 14 CASCADES TERRACE, BRANCHBURG, NJ 08876

10925   PIRKLE, JOSEPH, 107 BLUE RIDGE DRIVE, FOUNTAIN INN, SC 29644

10925   PIRKLE, ROBERT, 101 PINE LANE, SIMPSONVILLE, SC 29681

10925   PIRKLE, SHEILA, 101 PINE LANE, SIMPSONVILLE, SC 29681

10925   PIRKOLA, MARY, 7665 HOLLYHOCK, JENISON, MI 49428

10925   PIRLOT, MARK, 915 MEACHAM ST, GREEN BAY, WI 54313

10925   PIRNER, RONALD, 2412 N. MORRISON, APPLETON, WI 54911

10925   PIRNIA, ABOLHASSAN, 4615 NORTH PARK AVE APT. 415, CHEVY CHASE, MD 20815

10925   PIRRERA, RANDALL, 13111 W MARKHAM, LITTLE ROCK AR, AR 72211

10925   PIRRMAN, STEVEN, PO BOX 4173, LOUISVILLE, KY 40204

10925   PISACRITA, TERESA, 514 GADSRN ROAD LOT1, JACKSONVILLE, AL 36265

10925   PISANESCHI, A, 6323 OAK SQUARE W., LAKELAND, FL 33813

10925   PISANO, CRAIG, 14 CRAVEN CIRCLE, WALTHAM, MA 02154

10925   PISANO, JOSEPH, 29 SO FURNESS ST, REVERE, MA 02151

10925   PISARIK, BEVERLY, 663 20TH AVE SW, CEDAR RAPIDS, IA 52404

10925   PISARSKI, KELLIE, 6423 EAST 16TH ST., KANSAS CITY, MO 64126

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PISARSKI, PATRICIA, 11 ADA DR, STATEN ISLAND, NY 10314 | |
| 10925 | PISATURO, ERICA, 6 COURT ST, WAKEFIELD, MA 01880 | |
| 10925 | PISATURO, RALPH, 6 COURT ST, WAKEFIELD, MA 01880 | |
| 10925 | PISCADLO, ALICE, 9 SOUTH 11TH AVE, MANVILLE, NJ 08835 | |
| 10925 | PISCATAQUA, 583 OLD PORTSMOUTH AVE, GREENLAND, NH 03840 | |
| 10925 | PISCITELLO-LOUDON, RITA, 25 APPLE DRIVE, SPRING LAKE HTS, NJ 07762 | |
| 10925 | PISEL, DOLORES, 301 8TH AVE, HIAWATHA, IA 52233-1749 | |
| 10925 | PISELLI, MATTHEW, 11 BRECK AVE APT 2, BRIGHTON, MA 02135 | |
| 10925 | PISHIONERI, JAMES, 147 RUSTIC PARK ROAD, ELLWOOD CITY, PA 16117 | |
| 10925 | PISKOR, THOMAS, 731 SAVOIE CT, GREEN BAY, WI 54301 | |
| 10924 | PISOS Y TECHADOS TORGINOL C. POR A., AV. ROMULO BETANCOURT ESQ I AGUILAR, SANTO DOMINGO, SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | PISOS Y TECHADOS TORGINOL C.A., ZONA IND. DE HERRERA, SANTO DOMINGO, SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | PISSOTT, CARL, 1 CHIPMUNK DRIVE, BRICKTOWN, NJ 08724-9998 | |
| 10925 | PISTORIUS, RONALD, 300 WALTER ST, PITTSBURGH, PA 15210 | |
| 10925 | PISZCZEK, GLORIA, 8040 S. OCTAVIA, BRIDGEVIEW, IL 60455 | |
| 10925 | PITAO, ISABELITA, 16 MING DRIVE, JERSEY CITY, NJ 07305 | |
| 10925 | PITCHER, MICHAEL, 114 RIVER POINTE WAY#6307, LAWRENCE, MA 01843 | |
| 10925 | PITCHER, MICHAEL, 4141 COWELL BLVD APT 10, DAVIS, CA 95616-4361 | |
| 10925 | PITCHFORD, ANTHONY, 1606 LAKE BLUFF DRIVE, SEABROOK, TX 77586 | |
| 10925 | PITCOCK, HAROLD, 1563 IVY ROAD, MEMPHIS, TN 38117 | |
| 10925 | PITCOCK, PEGGY, 350 CIRCLE DR WEST, ST AUGUSTINE, FL 32085 | |
| 10925 | PITK, HEINO, 604 W. 26TH AVE #183, ANCHORAGE, AK 99503 | |
| 10925 | PITKIN, DOROTHY, 1442 KINGS MANOR DR, MITCHELLVILLE, MD 20716 | |
| 10925 | PITKIN, MARK, 10 HILLCREST ROAD, BEVERLY FARMS, MA 01915 | |
| 10925 | PITKIN, SISLINE, 1442 KINGSMANOR DR, MITCHELLVILLE, MD 20721 | |
| 10925 | PITKIN, ZORINA, 26 MALLARD DRIVE, SHARON, MA 02067 | |
| 10925 | PITMAN COMPANY, PO BOX 30185, TAMPA, FL 33630-3185 | |
| 10925 | PITMAN, DONALD, 849 SANDTRAP CIRCLE NE, WINTER HAVEN, FL 33881 | |
| 10925 | PITMAN, GLORIA, 9704 WINANDS RD, RANDALLSTOWN, MD 21133 | |
| 10925 | PITMAN, JON, 1444 GREENFIELD RD, WESTMINSTER, SC 29693 | |
| 10925 | PITMAN, ROBERT, 4657 SCHIRRA COURT, SPARTANBURG, SC 29301 | |
| 10925 | PITMAN, SANDRA, 4657 SCHIRRA COURT, SPARTANBURG, SC 29301 | |
| 10925 | PITNER, TODD, 5064 COLLEGE AVE, SAN DIEGO, CA 92115 | |
| 10925 | PITNEY BOWES CREDIT CORP, 6133 NORTH RIVER ROAD, ROSEMONT, IL 60018-5177 | |
| 10925 | PITNEY BOWES CREDIT CORP, PO BOX 5151, SHELTON, CT 06484-5151 | |
| 10925 | PITNEY BOWES CREDIT CORP, PO BOX 5151, SHELTON, CT 06484-7151 | |
| 10925 | PITNEY BOWES CREDIT CORP, PO BOX 530660, ATLANTA, GA 30353-0660 | |
| 10925 | PITNEY BOWES CREDIT CORP, PO BOX 85460, LOUISVILLE, KY 40285-5460 | |
| 10925 | PITNEY BOWES CREDIT CORP., ATTN CAPITAL SERVICES, PO BOX 5151, SHELTON, CT 06484-5151 | |
| 10925 | PITNEY BOWES CREDIT CORP., PO BOX 5151, NORWALK, CT 06856-5151 | |
| 10925 | PITNEY BOWES CREDIT CORP., PO BOX 85460, LOUISVILLE, KY 40285-5460 | |
| 10925 | PITNEY BOWES CREDIT CORPORATION, PO BOX 5151, NORWALK, CT 06856-5151 | |
| 10925 | PITNEY BOWES CREDIT CORPORATION, PO BOX 85460, LOUISVILLE, KY 40285-5460 | |
| 10925 | PITNEY BOWES INC, | |
| 10925 | PITNEY BOWES INC, PO BOX 85390, LOUISVILLE, KY 40285-5390 | |
| 10925 | PITNEY BOWES INC, PO BOX 856210, LOUISVILLE, KY 40285-6210 | |
| 10925 | PITNEY BOWES INC, PO BOX 856390, LOUISVILLE, KY 40285-6390 | |
| 10925 | PITNEY BOWES INC., 959 CONCORD ST, FRAMINGHAM, MA 01701-4682 | |
| 10925 | PITNEY BOWES INC., PO BOX 85210, LOUISVILLE, KY 40285-5210 | |
| 10925 | PITNEY BOWES INC., PO BOX 856390, LOUISVILLE, KY 40285-6390 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PITNEY BOWES MGMT SERVICE, PO BOX 845801, DALLAS, TX 75284-5801

10925   PITNEY BOWES, 2225 AMERICAN DR, NEENAH, WI 54956-1005

10925   PITNEY BOWES, 4701 MOUNT HOPE DR., STE. A, BALTIMORE, MD 21215

10925   PITNEY BOWES, 815 ATLANTIC AVE #100, ALAMEDA, CA 94501

10925   PITNEY BOWES, INC, 8375 DIX ELLIS TRAIL, SUITE 301, JACKSONVILLE, FL 32256-1221

10925   PITNEY BOWES, INC, PO BOX 85390, LOUISVILLE, KY 40285-5390

10925   PITNEY BOWES, INC, PO BOX 85390, LOUISVILLE, KY 40285-6390

10925   PITNEY BOWES, INC, PO BOX 856390, LOUISVILLE, KY 40285-6390

10925   PITNEY BOWES, INC, PO BOX 856460, LOUISVILLE, KY 40285-6460

10925   PITNEY BOWES, PO BOX 5309, BURLINGTON, ON L7R 4T7CANADA                    **\*VIA Deutsche Post\***

10925   PITNEY BOWES, PO BOX 85390, LOUISVILLE, KY 40285-5390

10925   PITNEY BOWES, PO BOX 856460, LOUISVILLE, KY 40285-6460

10925   PITNEY HARDIN KIPP & SZUCH ATTY FO, WILLIAM S HATFIELD, PO BOX 1945, MORRISTOWN, NJ 07962-1945

10925   PITNEY HARDIN KIPP & SZUCH ROBERT, PO BOX 1945, MORRISTOWN, NJ 07962-1945

10925   PITNEY HARDIN KIPP & SZUCH, 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950

10925   PITNEY HARDIN KIPP & SZUCH, PO BOX 1945, MORRISTOWN, NJ 07692

10925   PITNEY HARDIN KIPP & SZUCH, PO BOX 1945, MORRISTOWN, NJ 07962

10925   PITNEY HARDIN KIPP & SZUCH, PO BOX 1945, MORRISTOWN, NJ 07962-1945

10925   PITNEY WORKS, PO BOX 85042, LOUISVILLE, KY 40285

10925   PITNEY, HARDIN, KIPP & SZUCH, PO BOX 1945, MORRISTOWN, NJ 07962-1945

10925   PITNEY, WILLIAM, 21 ASHLEY AVE, GREENVILLE, SC 29609

10925   PITNEY-BOWES, PO BOX 856390, LOUISVILLE, KY 40285-6390

10925   PITNEYWORKS, PO BOX 85042, LOUISVILLE, KY 40285-5042

10925   PITON, CALVIN, 1206 ALPINE DRIVE, GREEN BAY, WI 54313

10925   PITRA, RONALD, 1 BLUEBERRY DRIVE, MILLTOWN, NJ 08850

10925   PITRE JR, EUGENE, PO BOX 450702, HOUSTON, TX 77245-0702

10925   PITRE, CARTER, 207 CHAUVIN ST., CHAUVIN, LA 70344

10925   PITRE, DEAN, RT. 2, BOX 248-B, CUT OFF, LA 70345

10925   PITRE, ERROL, 5210 HWY 1, RACELAND, LA 70394

10925   PITRE, ETTA, 521 MACKEY ST, SULPHUR, LA 70663-3223

10925   PITRE, HURIST, 2406 SECOND AVE., LAKE CHARLES, LA 70601

10925   PITRE, JAI, 306 WEST 109TH ST, CUT OFF, LA 70345

10925   PITRE, JARVIS, 129 HIGGINS RD., LAFAYETTE, LA 70506

10925   PITRE, JODIE, PO BOX 870, W MONROE, LA 71294

10925   PITRE, JR, LIONEL, PO BOX 144, MONTEGUT, LA 70377

10925   PITRE, LANCE, 1206 BOURG ST, HOUMA, LA 70360

10925   PITRE, MANSON, 521 MACKEY ST, SULPHUR, LA 70663-0000

10925   PITRE, MARTY, 1050 COLLIARD, OPELOUSAS, LA 70570

10925   PITRE, MICKY, PO BOX 515, MONTEGUT, LA 70377

10925   PITRE, RICHARD, PO BOX 496, CUT OFF, LA 70345

10925   PITRE, RODDY, 128-E 110TH ST, GALLIANO, LA 70354

10925   PITT OHIO EXPRESS INC., PO BOX 371013, PITTSBURGH, PA 15250-7013

10925   PITT OHIO EXPRESS, INC, PO BOX 371013, PITTSBURGH, PA 15250-7013

10925   PITT, MARY, 3115 SARA DR., ROWLETT, TX 75088

10924   PITTARDS, SHERBORNE ROAD, YEOVIL, BA21 5BAGBR                    **\*VIA Deutsche Post\***

10925   PITTIGLIO RABIN TODD & MCGRATH, 1050 WINTER ST, WALTHAM, MA 02451

10925   PITTINGER, RONALD, 8212 FOREST GLEN AVE, PASADENA, MD 21122

10925   PITTMAN CO., PO BOX 1504, MINNEAPOLIS, MN 55480-1504

10924   PITTMAN CONCRETE & BLDG SUPPLY INC., 635 GA. HIGHWAY 292, VIDALIA, GA 30474

10924   PITTMAN CONCRETE & BLDG SUPPLY INC., ATTN: ACCOUNTS PAYABLE, VIDALIA, GA 30474

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PITTMAN, ANTONIA, 315 HOMER ST, COMMERCE, GA 30529

10925    PITTMAN, AUDREY, 56 CROSS ST, COMMERCE, GA 30529

10925    PITTMAN, CHERYL, PO BOX 769, BACLIFF, TX 77518

10925    PITTMAN, CLYDE, PO BOX 459, FOXWORTH, MS 39483

10925    PITTMAN, CURTIS, 10507 NEWTOWN ROAD, WAXHAW, NC 28173-9346

10925    PITTMAN, EARL, 217 LUCINDA ST, PERRY, IA 50220

10925    PITTMAN, JACQUELINE, 2935 KEARSTIN CT., DOUGLASVILLE, GA 30135

10925    PITTMAN, JASON, RT 1 BOX 172 BT, ROANOKE RAPIDS, NC 27870

10925    PITTMAN, JEFFREY, 12664 S. E. POWELL, 12, PORTLAND, OR 97236

10925    PITTMAN, JOANNA, 302 SYCAMORE ST, WELDON, NC 27890

10925    PITTMAN, JUDY, S. 3519 SUNDOWN DR., SPOKANE, WA 99206

10925    PITTMAN, LARRY, 707 CALLAHAN MOUNT., TRAVELERS REST, SC 29690

10925    PITTMAN, LISA, RT. 11 BOX 115, LUMBERTON, NC 28358

10925    PITTMAN, NATHANIEL, 2217 SEYBERT ST, PHILADELPHIA, PA 19121

10925    PITTMAN, PATRICIA, 1622 CLARK LAKE DR., ACWORTH, GA 30101

10925    PITTMAN, PATRICIA, 1944 FAIRFAX CT N.E., WINTERHAVEN, FL 33881

10925    PITTMAN, PEGGY, 2900 REIDVILLE RD, #503, SPARTANBURG, SC 29301

10925    PITTMAN, REGINALD, 317 SW 7 ST, HOMESTEAD, FL 33030

10925    PITTMAN, RICHARD, 12235 W THUNDERBIRD, EL MIRAGE, AZ 85335

10925    PITTMAN, ROBERT, 1141 W 11TH ST, LAKELAND, FL 33805-3421

10925    PITTMAN, RODERICK, 516 NUTMEG CIRCLE, DELAND, FL 32724-6260

10925    PITTMAN, RUDI, 1501 14TH AVE, PHENIX CITY, AL 36867-4803

10925    PITTMAN, SHELTON, RT. 2, BOX 205, ANGIE, LA 70426

10925    PITTMAN, TRAVIS, RT. 3, BOX 730 B, WAYNESBORO, MS 39367

10925    PITTMAN, VELORA, 9340 E. RT 1 & 17, MOMENCE, IL 60954

10925    PITTMAN, WINIFORD, PO BOX 1065, OAKDALE, LA 71463

10924    PITTS GIN CO., HIGHWAY 280, PITTS, GA 31072

10924    PITTS READY MIX OF BURKE, 101 E COLLEGE, BURKBURNETT, TX 76354

10924    PITTS READY MIX OF BURKE, P O BOX 962, BURKBURNETT, TX 76354

10924    PITTS READY MIX OF BURKE, PO BOX962, BURKBURNETT, TX 76354

10925    PITTS SR., RUSSELL, 442 JIM PITTS RD., WAYNESBORO, MS 39367

10925    PITTS STEEL INC., PO BOX 45, LAURENS, SC 29360

10925    PITTS, BILLY, 593 DEER MEADOWS ROAD, LAURENS, SC 29360-9537

10925    PITTS, DEXTER, 104 CREEKDALE LOOP RD, WAYNESBORO, MS 39367

10925    PITTS, JACK, 4420 OLD GOVERNMENT RD, LAKELAND, FL 33811

10925    PITTS, JAMES, 431 FLYNT ROAD, LAUREL, MS 39440

10925    PITTS, JUDITH, 212 REGAN ST APT 1, GREEN BAY, WI 54303

10925    PITTS, LOIS, 1209 E GEORGIA ROAD, SIMPSONVILLE, SC 29681

10925    PITTS, TERRA, 6748 NORTH ASHLAND, 602, CHICAGO, IL 60626

10925    PITTS, TERRI, #151 BOANZA LANE, WICHITA FALLS, TX 76306

10925    PITTS, TERRY, 308 ROCKY CREEK ROAD, SIMPSONVILLE, SC 29681

10925    PITTS, TOBY, ROUTE 1, BOX 280-C, WAYNESBORO, MS 39367

10925    PITTS, WADE C, 2727 OLD DERIDDER HWY., LAKE CHARLES, LA 70615

10925    PITTS, WADE, 2727 OLD DERIDDER HW, LAKE CHARLES, LA 70615

10924    PITTSBURG FEDERATION OF TEACHERS, S 19TH STREET, PITTSBURGH, PA 15203

10924    PITTSBURG STATE UNIVERSTY, 401 EAST FORD, PITTSBURGH, PA 66762

10925    PITTSBURGH APPLIED RESEARCH CORP, UNIVERSITY OF PITTSBURGH, OFFICE OF GENERAL COUNSEL, 3200 CATHEDRAL OF LEARNING, PITTSBURGH, PA 15260

10925    PITTSBURGH BRANCH, PO BOX 299, PITTSBURGH, PA 15230-0299

10924    PITTSBURGH CHEMICAL, INC., 12235 NORTH WEST 6TH STREET, MIAMI, FL 33182

10924    PITTSBURGH CHEMICAL, INC., ATTN: RECEIVING DEPT., 8050 N.W. 79TH AVENUE, MIAMI, FL 33122

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PITTSBURGH CORNING CORP., 2700 W. 16TH STREET, SEDALIA, MO 65301

10925   PITTSBURGH CORNING CORP., LITIGATION SUPPORT GROUP, 800 PRESQUE ISLE DR, PITTSBURGH, PA 15239-2799

10925   PITTSBURGH CORNING CORPORATION, 800 PRESQUE ISLE DR, PITTSBURGH, PA 15239

10924   PITTSBURGH FLEXICORE - C.O.D., 401 RAILROAD STREET, MONONGAHELA, PA 15063

10925   PITTSBURGH HILTON & TOWERS, THE, POBOX 92167, CHICAGO, IL 60675-2167

10925   PITTSBURGH HILTON AND TOWERS, GATEWAY CENTER, PITTSBURGH, PA 15222

10925   PITTSBURGH INTERNATIONAL INDUSTRIAL, PO BOX 15, IMPERIAL, PA 15126

10924   PITTSFORD BLOCK, 4444 N. 2ND ST., PITTSFORD, MI 49271

10924   PITTSFORD BLOCK, BOX 42, PITTSFORD, MI 49271

10925   PITTS-RUDICIL, SHERRY, 147 S.FRANKLIN APT.3, KNIGHTSTOWN, IN 46148

10925   PITZEN, CHRISTOPHER, 3600 HOUMA BLVD, METAIRIE, LA 70006

10925   PITZEN, MARY JO, 1120 CRESTVIEW DR, ANNAPOLIS, MD 21401

10925   PIVA JR, JOHN J, 3005 NORWICH WAY, DURHAM, NC 27707-5144

10925   PIWINSKI, DALE, 4620 BUNKER RD, N ROYALTON, OH 44133

10925   PIWINSKI, DALE, 4620 BUNKER ROAD, NORTH ROYALTON, OH 44133

10925   PIWKIEWICZ, DOLORES, 1218 MCEWING CT, CONCORD, CA 94521

10925   PIXLEY, HELEN, PO BOX 1117, MERAUX LA, LA 70075

10925   PIXLEY, JASON, RT. 1, BOX 152 B, PROCTOR, AR 72376

10925   PIYAS, YUPIN, 2806 ARNOTT ST., SAN DIEGO, CA 92110

10925   PIZEO, 100 K ST, CARLISLE, PA 17013

10925   PIZIAK, JACK, 106 CAPISTRANO DRIVE, WINSTON-SALEM, NC 27103

10925   PIZONERO, BERNARDO, 11132 SW 5TH ST, MIAMI, FL 33174

10924   PIZZA BLENDS, 1541 VERNON STREET, KANSAS CITY, MO 64116

10924   PIZZA BLENDS, 5357 NORTH MARINE DRIVE, PORTLAND, OR 97203

10924   PIZZA BLENDS, 5387 NORTH MARINE DRIVE, PORTLAND, OR 97203

10924   PIZZA BLENDS, ATTN: ACCOUNTS PAYABLE 5357 NORTH M, PORTLAND, OR 97203

10925   PIZZA, ALLEN, 235 WEST PASSAIC ST, ROCHELLE PARK, NJ 07662

10925   PIZZA, JOSEPH, 10444 QUIET BAY COURT, CHARLOTTE, NC 28278

10925   PIZZA, SUSAN, 10444 QUIET BAY COURT, CHARLOTTE, NC 28278

10925   PIZZICHETTA, ANTONIO, 5 WHITE TERRACE, LEXINGTON, MA 02173

10925   PIZZICHETTA, ANTONIO, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925   PIZZINI, WANDA ELIZABETH, 8923 VICTORIA RD, SPRINGFIELD, VA 22151-1134

10925   PIZZO, SALVATORE, 27333 MANZANLTA LANE, CANYON COUNTRY, CA 91351

10925   PIZZO, SALVATORE, 27940 SOLAMINT ROAD, CANYON COVNTRE, CA 91351

10925   PIZZOLI, SANDRA, 5 VAN NESTE PLACE, MANVILLE, NJ 08835

10925   PIZZUTA, A, 134 CENTRAL AVE, RIDGEFIELD PARK, NJ 07660

10925   PIZZUTA, PATRICIA, FLUSHING, NY 11355

10925   PJ DIONNE COMPANY, INC, 128E NEW BOSTON ST, WOBURN, MA 01888

10924   PJ POTTERY, RD 6 BOX 81, UNIONTOWN, PA 15401

10925   PJAX FREIGHT SYSTEM, DEPT 8823, PITTSBURGH, PA 15278-8823

10925   PJAX, PO BOX 8823, PITTSBURGH, PA 15278-8823

10924   PJR INDUSTRIES, INC., 1951 HAMBURG TPKE, BUFFALO, NY 14218

10924   PJR INDUSTRIES, INC., P.0. BOX 78, BUFFALO, NY 14205

10924   PJS TANNING SALON, 4325 GATEWAY DR, OWENSBORO, KY 42303

10925   PK ASSOCIATES INC, PO BOX 369, ROCKLAND, MA 02370

10925   PKG EQUIPMENT, INC, 367 PAUL ROAD, ROCHESTER, NY 14624

10925   PLACE, A G, 1749 GLENVIEW LANE, BARTONVILLE, TX 76226-6819

10925   PLACE, ALAN, 4 WASHINGTON ST APT 23, METHUEN, MA 01844

10925   PLACE, PATRICIA, 1757 PARK RD NW, WASHINGTON, DC 20010

10925   PLACETECO INC, 4161-50TH AVE, GRANDMERE, QC G9T 1A6CANADA          *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | PLACID OIL COMPANY, PO BOX 329 7, HOUMA, LA 70361 | |
| 10924 | PLACID REFINING CO., 1940 LOUISIANA HIGHWAY 1 NORTH, PORT ALLEN, LA 70767 | |
| 10925 | PLACIDES, EMMA CRISTIN, 4430 READING DRIVE, OXNARD, CA 93033 | |
| 10925 | PLACIDO, PATRICA, 1820 SPRUCE ST, PHILADELPHIA, PA 19103 | |
| 10925 | PLACKO, SUSAN, 12727 COURSEY BLVD, BATON ROUGE, LA 70816 | |
| 10924 | PLACOSA SA DE CV, CALLE 56 SUR NO 11 CIVAC JUTE PEC M, CUERNAVACA, 62500MEXICO | *VIA Deutsche Post* |
| 10924 | PLACOSA SA DE CV, CALLE 56 SUR NO 11 CIVAC JUTE, CUERNAVACA, 62500MEXICO | *VIA Deutsche Post* |
| 10925 | PLAGENS, BARRY W, 5620C COACH HOUSE CIR, BOCA RATON, FL 33486 | |
| 10925 | PLAGENS, BARRY, 1009 HOLLY KNOLL DRIVE, ANDERSON, SC 29624 | |
| 10925 | PLAIN, AMANDA, 1033 VISTA SIERRE DR, EL CAJON, CA 92019 | |
| 10924 | PLAINFIELD RFG. & SHEET METAL, 1108 OLD YORK ROAD, CROTON, NJ 08822 | |
| 10924 | PLAINFIELD RFG. & SHEET METAL, 300-330 WEST 3RD STREET, PLAINFIELD, NJ 07060 | |
| 10925 | PLAINFIELD WELL DRILLING CO, PO BOX 328, MARTINSVILLE, NJ 08836 | |
| 10924 | PLAINS READY MIX, BOX 638, PLAINS, KS 67869 | |
| 10924 | PLAINS READY MIX, EAST HWY 54, PLAINS, KS 67869 | |
| 10924 | PLAINS READY MIX, ROUTE 1 HWY 54 EAST, GUYMON, OK 73942 | |
| 10924 | PLAINSCO ELECTRICAL, P.O. BOX 1187, SIOUX FALLS, SD 57104-1187 | |
| 10924 | PLAINSCO, INC., 108 E. MAIN STREET, RAPID CITY, SD 58108 | |
| 10924 | PLAINSCO-RAPID CITY, 108 E. MAIN, RAPID CITY, SD 58108 | |
| 10924 | PLAINVIEW ASSISTED LIVING, WASHINGTON AVENUE AND, MANETTO HILL ROAD, PLAINVIEW, NY 11803 | |
| 10924 | PLAINVILLE CONCRETE CO, ATTN:ACCOUNTS PAYABLE, 1978 CLARK LANE, BATAVIA, OH 45103 | |
| 10924 | PLAINVILLE CONCRETE CO., 1440 W. 8TH STREET, CINCINNATI, OH 45203 | |
| 10924 | PLAINVILLE CONCRETE CO., 1978 CLARK, BATAVIA, OH 45103 | |
| 10924 | PLAINVILLE CONCRETE CO., 3962 WALTON CIRCLE, ALTON, OH 43119 | |
| 10924 | PLAINVILLE CONCRETE CO., 3993 TURTLE CREEK ROAD, LEBANON, OH 45036 | |
| 10924 | PLAINVILLE CONCRETE CO., 50 ILLINOIS AVENUE, CINCINNATI, OH 45215 | |
| 10924 | PLAINVILLE CONCRETE COMPANY, 581 GARVER ROAD, MONROE, OH 45050 | |
| 10924 | PLAINWELL PAPER CO, 200 ALEGAN STREET, PLAINWELL, MI 49080 | |
| 10925 | PLAISANCE, BRYAN, 229 PEYTRAL, RACELAND, LA 70394 | |
| 10925 | PLAISANCE, CHRIS, 2160 HWY. 654, GHEEN, LA 70375 | |
| 10925 | PLAISANCE, EDWARD, PO BOX 136, MOUNT HERMON, LA 70450-0136 | |
| 10925 | PLAISANCE, JAMIE, 146 LOT 1 SOUTH LEON DRIVE, GHEENS, LA 70375 | |
| 10925 | PLAISANCE, JOHN, 306 ST. LOUIS ST, RACELAND, LA 70394 | |
| 10925 | PLAISANCE, MARK, BOX 40-A LEON DRIVE, MATHEWS, LA 70375 | |
| 10925 | PLAISANCE, MARK, RT. 2, BOX 655-B, LOCKPORT, LA 70374 | |
| 10925 | PLAISANCE, SR, CAMERON, 180 DANOS ST, RACELAND, LA 70394 | |
| 10925 | PLAISANCE, SUSAN, 3419 BALBOA CIR. W, NAPLES, FL 33942 | |
| 10925 | PLAISANCE, TED, PO BOX 151, MATHEWS, LA 70375 | |
| 10925 | PLAISANCE, TOMMY, 2160 HWY. 654, GHEENS, LA 70375 | |
| 10925 | PLAKAS, WILLIAM, 67 SHERMAN ST, BELMONT, MA 02178 | |
| 10925 | PLANB, FAS, BBB, BB, NY, NY 11111 | |
| 10925 | PLANB, NONCREDIT, 005, 005, NY, NY 11111 | |
| 10925 | PLANB, SALCHANGE, 005, 005, NY, NY 11111 | |
| 10925 | PLANB, SERV, 005, 005, NY, NY 11111 | |
| 10925 | PLANCHON, VIRGINIA, 4617 W. MYRTLE, GLENDALE, AZ 85301 | |
| 10925 | PLANCK, LESLIE, 28 MEADOW ST, EAST ORANGE, NJ 07017 | |
| 10925 | PLANE CLEANERS INC, 210 WOODLANDS RD, PALM SPRINGS, FL 33461 | |
| 10925 | PLANE CLEANERS INC., 1530B FOREST LAKES CIR., WEST PALM BEACH, FL 33406 | |
| 10925 | PLANE CLEANERS INC., 3 E CROSSINGS CIRCLE, BOYNTON BEACH, FL 33435 | |
| 10925 | PLANH, SERVICE, HHH, HH, NY, NY 11111 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PLANINSEK, BARBARA L, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   PLANINSEK, BARBARA, 82 BELKNAP RD, FRAMINGHAM, MA 01701

10925   PLANK, CAROL, 267 W ROBINSON ST, SHREVE, OH 44676

10925   PLANK, LORIANNE, 19844 S FARMINGTON LANE, FRANKFORT, IL 60423

10925   PLANK, MARK, 19844 S FARMINGTON L, FRANKFORT, IL 60423

10925   PLANNED LIGHTING, 3223 NORTH WESTERN AVE, CHICAGO, IL 60618

10924   PLANNED PARENTHOOD ALTERATIOINS, 70 MAPLE AVENUE, SMITHTOWN, NY 11787

10925   PLANNING DYNAMICS INC., CONLIN HERSHEY - PLANNING DYNAMICS, 135 INDUSTRY DRIVE, PITTSBURGH, PA 15275

10924   PLANO CINEMARK 20 THEATER, C/O WILLIAMS INSULATION, PLANO, TX 75093

10924   PLANO ICE RINK, 4100 W. PLANO PKWY., PLANO, TX 75093

10924   PLANO MEDICAL CENTER, 3715 W 15TH STREET, PLANO, TX 75074

10924   PLANO MEDICAL OFFICE BUILDING, 4001 WEST 15TH STREET, PLANO, TX 75075

10925   PLANO MOLDING COMPANY, POBOX71675, CHICAGO, IL 60694-1675

10924   PLANT & ANIMAL BIOTECH, U. OF ILLINOIS, URBANA, IL 61801

10924   PLANT CLOSED - DO NOT USE, CAMBRIDGE, MA 99999

10924   PLANT CLOSED - HEAD INC., TRIAD AIRPORT, GREENSBORO, NC 27408

10924   PLANT CLOSED, CAMBRIDGE, MA 02140

10924   PLANT CLOSED, YADKINVILLE, NC 27055

10925   PLANT EQUIPMENT, INC, PO BOX 15730, CINCINNATI, OH 45215

10925   PLANT EQUIPMENT, INC, PO BOX 641001, CINCINNATI, OH 45264-1001

10925   PLANT INSTRUMENTS CO, 12 EUHARLEE ROAD SUITE H, CARTERSVILLE, GA 30120

10925   PLANT INSULATION CO, 1300 64TH ST, PO BOX 8646, EMERYVILLE, CA 94662-8646

10925   PLANT MAINTENANCE INC OF CALIFORNIA, 3773 PACHECO BLVD, MARTINEZ, CA 94553

10924   PLANT OPERATIONS CENTER, ANTIOCH, CA 94509

10925   PLANT SPECIALITIES, INC, PO BOX 1306, LAKE CHARLES, LA 70602

10925   PLANT SPECIALITIES, INC, PO BOX 269, SULPHUR, LA 70664

10925   PLANT, MABEL, BOX 7117, SHREVE, OH 44676

10924   PLANTABBS CORPORATION, 10957 MCCORMICK ROAD, HUNT VALLEY, MD 21031

10924   PLANTABBS PRODUCTS, 10957-59 MCCORMICK ROAD, HUNT VALLEY, MD 21031

10924   PLANTABBS PRODUCTS, PO BOX 165, COCKEYSVILLE, MD 21030

10924   PLANTATION ESTATES RETIREMENT CO, C/O ROOFING SYSTEMS, MATTHEWS, NC 28105

10925   PLANTE, DIANE, 63 LINCOLN PK AV, CRANSTON, RI 02920

10925   PLANTE, KIMBERLY, 63 LINCOLN PARK AVE, CRANSTON, RI 02920

10925   PLANTE, LISA M., 4250 SW 67TH AVE, MIAMI, FL 33155

10925   PLANTE, THERESA, 110 ASYLUM ROAD, WARWICK, RI 02886

10924   PLANTS ETC., 15161 VAN BUREN, MIDWAY CITY, CA 92655

10924   PLANTS, ETC. INC, 15161 VAN BUREN, MIDWAY CITY, CA 92655

10925   PLANTTABBS CORP, AULESBERRY ROAD, TIMONIUM, MD

10924   PLAS LABS, INC., 917 E. CHILSON STREET, LANSING, MI 48906-3322

10925   PLAS TECH SERVICES INC, 3520 WILKENS AVE, BALTIMORE, MD 21229

10925   PLASCENCIA, JOSE, 5520 BLACKMORE, FT WORTH, TX 76107

10924   PLASITE PROTECTIVE COATINGS, INC., 614 ELIZABETH STREET, GREEN BAY, WI 54302

10924   PLASITE PROTECTIVE COATINGS, INC., PO BOX 308, MAPLE SHADE, NJ 08052

10924   PLASKON PRODUCTS, 2829 GLENDALE AVENUE, TOLEDO, OH 43614

10925   PLASMA COATINGS INC., PO BOX 10006, WATERBURY, CT 06725

10925   PLASMA TECHNICAL SERVICES, 42543 DOTSON CT., STERLING HEIGHTS, MI 48313

10925   PLASMINE TECHNOLOGY, INC, PO BOX 30209, PENSACOLA, FL 32503

10924   PLAS-TECH COATINGS, INC., 3575 INVESTMENT LANE, WEST PALM BEACH, FL 33404

10925   PLASTECH SERVICES, INC, 3903 A WASHINGTON BLVD., BALTIMORE, MD 21227

10925   PLASTEK WERKS, INC, 196 INDUSTRIAL BLVD., CLEVELAND, GA 30528

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PLASTEK WERKS, INC, PO BOX 5906, GAINESVILLE, GA 30504 | |
| 10925 | PLASTER TECH, 4360 N TONOPAH DR, PRESCOTT VALLEY, AZ 86314 | |
| 10925 | PLASTER, GREGORY, 452 TIMBER RIDGE RD., KERNERSVILLE, NC 27284 | |
| 10925 | PLASTER, MABLE, 8064 ST RT 754, SHREVE, OH 44676 | |
| 10925 | PLASTERING INDUSTRY BUREAU, 735 INDUSTRIAL ROAD SUITE 36, SAN CARLOS, CA 94070 | |
| 10924 | PLASTERING SPEC/CYMER INC, 17075 THORNMINT COURT, SAN DIEGO, CA 92127 | |
| 10924 | PLASTERING SPEC/SANTA ANA, WESTSIDE BUILDING MATERIALS, SANTA ANA BLVD. & ROSS, SANTA ANA, CA 92701 | |
| 10924 | PLASTERING SPEC/SEQUENOM TENANT, TORRY PINES SCIENCE CENTER  LOT #1, 3585 JOHN HOPKINS COURT, SAN DIEGO, CA 92121 | |
| 10924 | PLASTERING SPEC/VALLEY CTR. SCHOOL, VALLEY CENTER SCHOOL, ANAHEIM, CA 92802 | |
| 10924 | PLASTERING SPECIALTIES INC., PO BOX 12227, EL CAJON, CA 92022 | |
| 10924 | PLASTERING SPECIALTIES, 537 FRONT STREET, EL CAJON, CA 92020 | |
| 10924 | PLASTERING SPECIALTIES/GROSS MOUNT, SAN DIEGO, CA 92101 | |
| 10925 | PLASTIC COLORANTS & DISPERSION, 54 KELLOG CRT, EDISON, NJ 08817-2509 | |
| 10925 | PLASTIC DESIGN, 180 MIDDLESEX ST, N CHELMSFORD, MA 01863 | |
| 10925 | PLASTIC FILMS COMPANY, POBOX 70851, CHICAGO, IL 60673-0851 | |
| 10925 | PLASTIC INGENUITY INC, FOLEY & LARDNER DOUGLAS B CLARK, 150 EAST GILMAN ST, PO BOX 1497, MADISON, WI 53701-1497 | |
| 10925 | PLASTIC INGENUITY INC, JOSEPH R KUEHN, 1017 PARK ST, CROSS PLAINS, WI 53528 | |
| 10925 | PLASTIC NEWS, DEPT 77940, DETROIT, MI 48277-0940 | |
| 10925 | PLASTIC PIPING SYS., 8924 MCGAW COURT, COLUMBIA, MD 21045 | |
| 10925 | PLASTIC REINFORCEMENTS, 15126 S SIERRA BONITA LN, CHINO, CA 91710 | |
| 10925 | PLASTIC REPAIRS, 4124 PLEASENT DR, LAKE CHARLES, LA 70605 | |
| 10924 | PLASTIC RESEARCH, 211 1/2 PARK PLACE AVENUE, BRADLEY BEACH, NJ 07720 | |
| 10925 | PLASTIC SALES & MANUFACTURING, PO BOX 411125, KANSAS CITY, MO 64141 | |
| 10925 | PLASTIC SALES & MFG CO,INC, POBOX 411125, KANSAS CITY, MO 64141 | |
| 10925 | PLASTIC SALES & MFG. CO.INC., POBOX 411125, KANSAS CITY, MO 64141 | |
| 10925 | PLASTIC SYSTEMS DESIGN INC, 54 WILLOW LANE, WINONA, MN 55987 | |
| 10924 | PLASTIC TECHNOLOGIES, INC., 1440 TIMBERWOLF DRIVE, HOLLAND, OH 43528 | |
| 10925 | PLASTICAN INC, POBOX 845682, BOSTON, MA 02206-5682 | |
| 10925 | PLASTICARE, INC, 4211 S. NATCHES COURT,UNIT K, ENGLEWOOD, CO 80110 | |
| 10925 | PLASTICHEM CONSULTANTS, 126 ASTER LN., LAKE JACKSON, TX 77566 | |
| 10925 | PLASTICO, POBOX 12183, MEMPHIS, TN 12183 | |
| 10924 | PLASTICOS DEL LAGO CA(PLASTILAGO), AV. 9-B ENTRE 77 Y 78, EDIF. BANCO INDUSTRIAL, VENZUALA | *VIA Deutsche Post* |
| 10924 | PLASTICOS DEL LITORAL S.A., PLASTLIT S.A., VIA DAULE KM 11.5, GUAYAQUIL, ECU | *VIA Deutsche Post* |
| 10924 | PLASTICOS FEDERAL, FEDERAL SECTOR FINCA CAMPO ALEGRE S, LOS ALTOS EDO MIRANDA, VENZUALA | *VIA Deutsche Post* |
| 10924 | PLASTICS ENGINEERING CO., 2732 N. 15TH ST., SHEBOYGAN, WI 53083 | |
| 10924 | PLASTICS ENGINEERING CO., 3518 LAKESHORE DR., SHEBOYGAN, WI 53082-0758 | |
| 10925 | PLASTICS FOR IND, INC, 11257 WILLIAMSON RD., CINCINNATI, OH 45241 | |
| 10925 | PLASTICS INC., 6255 DEXTER ST, COMMERCE CITY, CO 80022 | |
| 10925 | PLASTICS NEWS, 965 EAST JEFFERSON, DETROIT, MI 48207-3185 | |
| 10925 | PLASTICS NEWS, CIRCULATION DEPT, FOUNTAIN HILLS, AZ 85269-7480 | |
| 10924 | PLASTICS, METALS, & GLASS, INC, 2733 WILLIAMSON ROAD, ROANOKE, VA 24012 | |
| 10924 | PLASTICS, METALS, & GLASS, INC., PO BOX 5067, ROANOKE, VA 24012 | |
| 10925 | PLASTI-KOTE COMPANY INC., 1000 LAKE ROAD, MEDINA, OH 44256 | |
| 10925 | PLASTILAM, 14 PROCTOR ST, SALEM, MA 01970 | |
| 10924 | PLASTODENT, INC., 2881 MIDDLETOWN ROAD, BRONX, NY 10461 | |
| 10924 | PLAST-O-MERIC, INC, PO BOX 360, SUSSEX, WI 53089 | |
| 10924 | PLAST-O-MERIC, INC, W 227 N622 SUSSEX ROAD, SUSSEX, WI 53089 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PLASTRIDGE, ROBERT A, 6035 CHATEAU LOIRE, MANDEVILLE, LA 70448

10925   PLASTRIDGE, ROBERT, 6035 CHAT LOIRE CR, MANDEVILLE, LA 70448

10925   PLATA, MARIA, RT 10, BOX 30 FB, MISSION, TX 78572

10925   PLATANOTIS, IRA, 9371 FONTAINEBLEU, MIAMI, FL 33172

10924   PLATEAU INSULATION, 14200 E. 33RD PLACE, AURORA, CO 80011

10924   PLATEAU INSULATION, 14200 EAST 33RD PLACE, AURORA, CO 80011

10924   PLATEAU READY MIX, 252 MARIETTA STREET, CROSSVILLE, TN 38555

10924   PLATEAU READY MIX, CROSSVILLE WASTE WATER PLANT, MARIETTA AVENUE (END OF ROAD), CROSSVILLE, TN 38555

10924   PLATEAU READY MIX, HIGHWAY 42 NORTH, LIVINGSTON, TN 38570

10924   PLATEAU READY MIX, HWY 52 WEST, JAMESTOWN, TN 38556

10924   PLATEAU SUPPLY, 14200 E 33RD STREET, AURORA, CO 80011

10924   PLATEE COUNTY READY MIX, P O BOX 290, PLATTE CITY, MO 64079

10925   PLATH, SHANE, 1448 DEERWOOD DR, NEENAH, WI 54956

10925   PLATINUM COMMUNICATIONS, 6 POWDER HORN DR, WARREN, NJ 07059

10925   PLATINUM COMMUNICATIONS, 600 COTTONTAIL LANE, SOMERSET, NJ 08873

10925   PLATNER, LAURA, 4037 LOMAR DRIVE, MT. AIRY, MD 21771

10924   PLATT COLLEGE, C/O WESTSIDE BUILDING MATERIALS, SIMI VALLEY, CA 93062

10925   PLATT ELECTRIC SUPPLY, PO BOX 2858, PORTLAND, OR 97208-2858

10924   PLATT ELECTRIC, 1275 14TH. ST. S.E., SALEM, OR 97302

10924   PLATT ELECTRIC, 1303 FONES RD., OLYMPIA, WA 98501-2717

10924   PLATT ELECTRIC, 18098 SW LWR. BOONES FERRY RD., PORTLAND, OR 97224-7229

10924   PLATT ELECTRIC, 3053 NW 29TH. AVE., PORTLAND, OR 97210

10924   PLATT ELECTRIC, 344 NE CHANNON STREET, ROSEBURG, OR 97470

10924   PLATT ELECTRIC, PO BOX 3167, PORTLAND, OR 97208-3167

10925   PLATT, ELIE, 809 N. DUKELAND, BALTIMORE, MD 21216

10925   PLATT, JAMES, 401 13TH AVE N., TEXAS CITY, TX 77590

10925   PLATT, SAMUEL, 5808 HARRIS GROVE LANE, CHARLOTTE, NC 28212

10925   PLATT, SUZANNE, 8215 STINE RD, BAKERSFIELD, CA 93313

10925   PLATTA, MICHAEL, 400 S FLOWER #B7, ORANGE, CA 92668

10925   PLATTCO CORPORATION, 18 WHITE ST., PLATTSBURGH, NY 12901

10924   PLATTE COUNTY READY MIX, 15475 KNIGHTON AVENUE, PLATTE CITY, MO 64079

10924   PLATTE COUNTY READY MIX, P.O.BOX 290, PLATTE CITY, MO 64079

10924   PLATTE READY MIX, 312 PENNSYLVANIA, PLATTE, SD 57369

10924   PLATTE READY MIX, 321 PENNSYLVANIA, PLATTE, SD 57369

10925   PLATTE VALLEY MED CLINIC, POBOX 650, SARATOGA, WY 82331

10925   PLATT-SACO-LOWELL ( HOLLINGSWORTH S, EUGENE C MCCALL JR, MCCALL ENV PA, PO BOX 10005, GREENVILLE, SC 29603-1025

10924   PLATTSBURGH QUARRIES, P.O. BOX 825, PLATTSBURGH, NY 12901

10924   PLATTSBURGH QUARRIES, QUARRY RD., PLATTSBURGH, NY 12901

10924   PLATTSBURGH READY MIX, PO BOX69, PLATTSBURGH, NY 12901

10924   PLATTSMOUTH READY MIX, PO BOX 156, PLATTSMOUTH, NE 68048

10925   PLATUS, KRISTINA, 1108 PINE COVE DR., LILBURN, GA 30247

10925   PLATZKERE, HAL, 343 CHERRY BEND, MERION, PA 19066

10925   PLATZKERE, HAL, 7500 GRACE DR, COLUMBIA, MD 21044

10925   PLAUCHE SMITH AND NIESET, 1123 PITHON ST, LAKE CHARLES, LA 70602

10925   PLAUT LIPSTEIN COHEN, 12600 W COLFAX AVE, SUITE C-400, LAKEWOOD, CO 80215

10924   PLAXICON CO., 1275 NUCLEAR DRIVE, WEST CHICAGO, IL 60185-0399

10924   PLAXICON CO., 265 ROGERS STREET, DELTA, OH 43515

10925   PLAYER, KATHRYN, RT 1 BOX 89, TURBEVILLE, SC 29162

10925   PLAYER, KELLIE, 11711 WALL ST, SAN ANTONIO, TX 78230

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PLAYERS ISLAND, A AND F, MESQUITE, NV 89024

10924   PLAYERS ISLAND, C/O WATKINS PLASTERING, LAKE CHARLES, LA 70601

10925   PLAYLE, RANDY, 801 N. 29TH ST, MCALLEN, TX 78503

10925   PLAZA CAMINO REAL A CA LTD, WESTFIELD CORP INC GEN COUNSEL, 11111 SANTA MONICA BLVD., 17TH FL, LOS ANGELES, CA 90025

10925   PLAZA CAMINO REAL, CA LTD. PS CENTERMARK PROP INC, WESTFIELD CORP. INC.-GEN COUNSEL, 11111SANTA MONICA BLVD., 17TH FL, LOS ANGELES, CA 90025

10924   PLAZA EAST CINEMAS, 1701 LINCOLN HWY.; ROUTE 30, NORTH VERSAILLES, PA 15137

10925   PLAZA GROUP TEXACO REFINING &, THE, PO BOX 201876, HOUSTON, TX 77216-1876

10925   PLAZA GROUP, THE, 211 MIDTOWN PLAZA, ROCHESTER, NY 14604

10924   PLAZA HOTEL, 768 5TH AVENUE, NEW YORK, NY 10019

10924   PLAZA HOTEL, DON BOEHMER, TUCSON, AZ 85701

10924   PLAZA POOL & SPA, HWY. 67 NORTH, PARK HILLS, MO 63601

10925   PLAZA SAN ANTONIO, 555 SOUTH ALAMO, SAN ANTONIO, TX 78205

10925   PLAZA, MIGUEL, URB. METROPOLIS, CAROLINA, PR 00986

10925   PLAZA, PAMELA, 125 N PRINDLE, ARLINGTON HEIGHTS, IL 60004

10925   PLAZA, PRIMITIVO, 35-14 72ND ST., JACKSON HEIGHTS, NY 11372

10925   PLAZAS PROPERTY OWNERS ASSOC, THE, 5200 TOWN CENTER CIRCLE, BOCA RATON, FL 33486

10925   PLAZAS PROPERTY OWNERS ASSOC, THE, 5200 TOWN CENTER RD SUITE 306, BOCA RATON, FL 33486

10925   PLAZIAK, JOSEPH, 7432 N HARLEM, CHICAGO, IL 60631

10925   PLC DIRECT, 3505 HUTCHINSON ROAD, CUMMING, GA 30040

10925   PLCE INC DBA/ZEE MEDICAL SERVICE, 501 W LAKE ST, STE 200, ELMHURST, IL 60126-1419

10924   PLEASANT GROVE ELEMENTARY SCHOOL, STOCKBRIDGE, GA 30281

10924   PLEASANT RIDGE, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   PLEASANT, TAMMY, RT. #1 BOX 443, DAMASCUS, VA 24236

10925   PLEASANT, TAMMY, RT. #1 BOX 443, DAMASCUS, VA 27236

10925   PLEASANTON HOTEL, 855 MAIN ST, PLEASANTON, CA 94566

10924   PLEASANTON READY MIX, 3400 BOLDER STREET, PLEASANTON, CA 94566

10924   PLEASANTON READY MIX, P.O.BOX 879, PLEASANTON, CA 94566

10924   PLEASANTON READY MIX, POST OFFICE BOX 879, PLEASANTON, CA 94566

10924   PLEASANTON TEXAS JR. HIGH SCHOOL, C/O DRURY SOUTH, PLEASANTON, TX 78064

10925   PLEASANTON URGENT CARE, 3128 SANTA RITA ROAD, PLEASANTON, CA 94566

10925   PLEASANTS, SANDRA, 10112 SIMPLICITY ST, CHESTERFIELD, VA 23832

10924   PLEASURE POOLS, 2179 MAIDEN LANE, SAINT JOSEPH, MI 49085

10924   PLEASURE POOLS, 2887 ALABAMA HWY., ROME, GA 30165

10924   PLEASURE POOLS, 9401 W HIGHWAY 84, WACO, TX 76712

10925   PLECHA, STANISLAW, 10518 VISTA ROAD, COLUMBIA, MD 21044

10925   PLECHA, STANISLAW, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925   PLECKER, JAMES, 1360 CHALLENGE ROAD, BATAVIA, IL 60510-4518

10924   PLEMMONS CONCRETE, ATTN:  ACCOUNTS PAYABLE, CANTON, NC 28716

10924   PLEMMONS CONCRETE, P.O. BOX 1052, CANTON, NC 28716

10925   PLEMMONS, BARBARA, 4800 BROOKDALE 152M, WICHITA FALLS, TX 76301

10925   PLEMMONS, DAVID, 4026 GOSSETT, WICHITA FALLS, TX 76308

10925   PLEMMONS, SARAH, 6809 SPRUCE HILL, BARTLETT, TN 38135

10925   PLEMONS, SHELLY, 11 SEQUOIA AVE., ATHENS, TN 37303

10925   PLENTY PRODUCTS INC, PO BOX 847994, DALLAS, TX 75284-7994

10925   PLENTY, BETTY, W8856 RICHARDS ROAD, POYNETTE, WI 53955

10925   PLESHA, JOHN, 5418 CENTER AVE, SUMMIT, IL 60501

10925   PLEUS, DEBORAH, 9617 TALLOW DRIVE, FORT WAYNE, IN 46804-1397

10924   PLEXUS, 55 JEWELERS PARK DRIVE, NEENAH, WI 54957

10925   PLEZALL WIPERS, PO BOX 6500, CLEVELAND, OH 44101-1500

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|
| 10924 | PLIBRICO CO., ROUTE 140, OAK HILL, OH 45656 | |
| 10925 | PLIBRICO COMPANY, 16 E. BROAD ST, COLUMBUS, OH 43215 | |
| 10925 | PLIBRICO COMPANY, 1800 N. KINGSBURY ST, CHICAGO, IL 60614 | |
| 10924 | PLIBRICO, 1800 N KINGSBURY ST, CHICAGO, IL 60614 | |
| 10924 | PLIBRICO, ROUTE 140, OAK HILL, OH 45656 | |
| 10925 | PLICHTA, BERNADETTE, 2302 STOCKTON ROAD, JOPPA, MD 21085 | |
| 10925 | PLICHTA, BERNADETTE, 5603 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10925 | PLISKIN REALTY AND DEVELOPMENT INC, 179 WESTBURY AVE CARLE PL, CARLE PLACE, NY 11514 | |
| 10924 | PLITHUS INVESTMENTS, TORRE BAZAR BOLIVAR, PISO 3, EL MARQUES, CARACAS, VENZUALA | *VIA Deutsche Post* |
| 10925 | PLITT, JEFFERY, 5621 N 9 TH RD, ARLINGTON, VA 22205 | |
| 10925 | PLITT, THOMAS A, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | PLITT, THOMAS, 1206 LEEDS TERRACE, BALTIMORE, MD 21227 | |
| 10925 | PLM CONSULTING INC, 816 WASHINGTON ST, WILMINGTON, DE 19801 | |
| 10925 | PLOEHN, HARRY, C/O STAHL HCR 49, N BLENHEIM, NY 12131-9701 | |
| 10925 | PLOETZ, LAWRENCE, 4610 NORTH 150TH ST, BROOKFIELD, WI 53005-1524 | |
| 10925 | PLOSINSKI, VICTOR, 104 CLIFTON ST, CAMBRIDGE, MA 02140 | |
| 10925 | PLOTT, JANINE, 602 SETTLERS RIDGE ROAD, GAINSVILLE, VA 22065 | |
| 10925 | PLOTZ, GARY, 35 26TH AVE. DR. SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | PLOUFF, JOHN, 2553 LANCE ST, GREEN BAY, WI 54313 | |
| 10925 | PLOURDE, GAYLE, 2355 ANDERS, WATERFORD, MI 48329 | |
| 10925 | PLOWMAN, CHARLES, 413 E TUCKER BLVD, ARLINGTON, TX 76010 | |
| 10925 | PLOWMAN, G, 1414 EAST 900 NORTH, LOGAN, UT 84321-3606 | |
| 10925 | PLOWMAN, JOANN, 7521 TOWPATH LANE, INDIANAPOLIS, IN 46214 | |
| 10925 | PLUHAR, LORRAINE, 5 FARM RD, 162, SOMERVILLE, NJ 08876 | |
| 10925 | PLUMB MART, 214 SOUTH THIRD ST, WATSEKA, IL 60970 | |
| 10925 | PLUMB, DONALD, 1056 CHIPPEWA DR, ELGIN, IL 60120-0000 | |
| 10925 | PLUMBER, THE, 1502 WHELON ROAD, LAURENS, SC 29360 | |
| 10925 | PLUMBING EXPERTS INC, 303 NW 1ST AVE, BOCA RATON, FL 33432 | |
| 10925 | PLUMBING INC, POBOX 81285, ATLANTA, GA 30366 | |
| 10925 | PLUMBING SPECIALTIES CO., 3825 W. MCNAB ROAD, POMPANO BEACH, FL 33069 | |
| 10924 | PLUMBING TRENDS, 608 E ELIZABETH AVE, LINDEN, NJ 07036 | |
| 10925 | PLUMEY, EILEEN, 212 DIEZ DE ANDINO, SANTURCE, PR 00912 | |
| 10924 | PLUMILITE BLOCK & SUPPLY, P O BOX 5348, SALEM, OR 97304 | |
| 10925 | PLUMLEE, KARL, 3704 MESA COURT, ELLICOTT CITY, MD 21042 | |
| 10925 | PLUMLEE, KARL, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | PLUMLEE, STEVEN B, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | PLUMLEE, STEVEN, 3151 W. SPRINGS DR. APT. A, ELLICOTT CITY, MD 21043 | |
| 10924 | PLUMLEY DIVISION, PLANT #14/100 PLUMLEY DRIVE, PARIS, TN 38242 | |
| 10924 | PLUMLEY DIVISION, PO BOX 758, PARIS, TN 38242 | |
| 10925 | PLUMLEY, CHRISTOPHER, 5237 POMMEROY DR, FAIRFAX, VA 22032 | |
| 10925 | PLUMMER, ELLEN, 7852 MORRISON ST, MORRISONVILLE, WI 53571 | |
| 10925 | PLUMMER, JOHN, 651 MT HOPE ST, N ATTLEBORO, MA 02760 | |
| 10925 | PLUMMER, JOSEPH, STAR ROUTE BOX 165, CHILHOWIE, VA 24319 | |
| 10925 | PLUMMER, MARGESTDGEN, 3510 N W 3RD ST, FT.LAUD., FL 33311 | |
| 10925 | PLUMMER, NORRIS, 21 PECAN HILLS DRIVE, HATTIESBURG, MS 39402 | |
| 10925 | PLUMMER-NEVIUS, GINA, 19119 W 231 ST, SPRINGHILL, KS 66083 | |
| 10925 | PLUNK, SHARON, 3843 REGENT DRIVE, DALLAS, TX 75229 | |
| 10925 | PLUNKETT, KEVIN, 700 SPRING GARDEN RD, NEW BERN, NC 28562 | |
| 10925 | PLUNKETT, MARTIN, 286 GOODSPRINGS RD., AIKEN, SC 29801 | |
| 10925 | PLUNKETT, RICHARD, 615 LYCOMING ST, SILVER SPRING, MD 20901-4828 | |
| 10925 | PLUNKETT, SCHWARTZ, PETERSON, PA, 10 SECOND ST. SUITE 114, MINNEAPOLIS, MN 55413 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  PLUS INC, 1326 LAURENS ROAD, GREENVILLE, SC 29607

10925  PLUSCO SUPPLY CORP, 6350 EAST ROGERS CIRCLE, BOCA RATON, FL 33487

10925  PLUTA, CORAZON SANC, 415 CLYMER AV, MORRISVILLE, PA 19067

10925  PLYLER, HAROLD E, 5817 WEDDINGTON MONROE RD., MATHEWS, NC 28105

10925  PLYLER, HAROLD, 5817 WEDDINGTON MONROE ROAD, MATTHEWS, NC 28104

10925  PLYMOUTH COACH & AUTO BODY, 2241 CORSON LANE, PLYMOUTH MEETING, PA 19462

10924  PLYMOUTH DISTRICT LIBRARY, 223 SOUTH MAIN STREET, PLYMOUTH, MI 48170

10924  PLYMOUTH PRINTING, 450 NORTH AVENUE, CRANFORD, NJ 07016

10925  PLYMOUTH PUMP SYSTEMS CO., 445 EAST ELM ST., CONSHOHOCKEN, PA 19428

10925  PLYMOUTH ROCK TRANSPORTATION CORP, 95 MAPLE ST, STONEHAM, MA 02180

10924  PLYMOUTH RUBBER COMPANY, 104 REVERE STREET, CANTON, MA 02021

10925  PLYWOOD & DOOR MANUFACTURERS, PO BOX 4002, PATERSON, NJ 07509

10925  PLYWOOD PANELS INC, BOX 15435, NEW ORLEANS, LA 70175-5435

10925  PM RESOURCES INC, 13001 ST CHARLES ROCK RD, BRIDGETON, MO 63044

10924  PM RESOURCES, 13001 ST CHARLES ROCK RD, BRIDGETON, MO 63044

10924  PM RESOURCES, INC., 13001 ST. CHARLES ROCK ROAD, BRIDGETON, MO 63044

10925  PMA INC., 123 HAMILTON ST, BOSTON, MA 02125

10925  PMA INC., 123 HAMILTON ST, BOSTON, MA., MA 02125

10925  PMB ENTERPRISES WEST INC, PANCHOS MEXICAN BUFFET, PO BOX 7407, 3500 NOBLE AVE, FORT WORTH, TX 76111-0407

10925  PMC ELECTRICAL AGENCIES LTD, 163 SUZUKI ST, NEW WESTMINSTER BC, BC V3M 6T5CANADA          *VIA Deutsche Post*

10925  PMC SPECIATIES GROUP, PO BOX 95079, CHICAGO, IL 60694

10925  PMC/JIMMY FUND, 27 NAEK ROAD, VERNON, CT 06066

10925  PMCO,INC, PO BOX 5512, DEPTFORD, NJ 08096

10925  PMI IMAGING SYSTEMS INC, 2100 PARK CENTRAL BLVD NO, POMPANO BEACH, FL 33064

10924  PML CONSTRUCTION, 14320 INDUSTRIAL RD, OMAHA, NE 68144-3334

10924  PML CONSTRUCTION, INC, 14320 INDUSTRIAL ROAD, OMAHA, NE 68144

10925  PMOPAC/ALO EMANUELSON, BLDG 977, TRAVIS AFB, CA 99999

10925  PMP FERMENTATION PRODUCTS CO., PO BOX 99245, CHICAGO, IL 60693-9245

10925  PNC AIRPORT, 7775 26TH AVE S, MINNEAPOLIS, MN 55450-1075

10924  PNC BANK % GRUBB & ELLIS, 35 SUMMIT DRIVE, PITTSBURGH, PA 15275

10924  PNC BANK, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924  PNC BLACKROCK, ONE BELLEVUE PARKWAY, WILMINGTON, DE 19808

10924  PNC FIRST SIDE, 500 FIRST AVENUE, PITTSBURGH, PA 15219

10924  PNC OPERATIONS CENTER, PHILADELPHIA, PA 19105

10924  PNC PARK, ATTN: RON PALUMBO, 300 STADIUM DRIVE, PITTSBURGH, PA 15212

10925  PNEU-FORCE, PO BOX 132, YORK, PA 17405-0132

10925  PNEU-FORCE, PO BOX 8998, DUNDALK, MD 21222

10924  PNEUMAFIL CORP., CHARLOTTE NC, 4500 CHESAPEAKE DRIVE, CHARLOTTE, NC 28216

10924  PNEUMAFIL CORP., PO BOX 16348, CHARLOTTE, NC 28297

10925  PNEUMATIC & ELECTRIC TOOL SERVICE, 5503 LAWNDALE AVE., HOUSTON, TX 77023

10925  PNEUMATIC AUTOMATION INC, 705 THAMES CIRCLE, PELHAM, AL 35124

10925  PNEUMATIC SCALE, POBOX 71920, CHICAGO, IL 60694-1920

10924  PNEUMEDICS, 25 VAN ZANT STREET, NORWALK, CT 06855

10925  PNEUTEK INC, 29 FLAGSTONE DR, HUDSON, NH 03051

10925  PNLLINS, SHERYL, 1209 CEDAR ST, BERKELEY, CA 94702

10925  PNUCOR, PO BOX 60607, CHARLOTTE, NC 28260

10925  POAG, MICHAEL, 410 N MARION ST, JOANNA, SC 29351

10925  POAG, THOMAS, 1216 MT ZION ROAD, SPARTANBURG, SC 29303-9760

10925  POAGE, SARITA, 2506 INGERSOL, PASADENA, TX 77506

10925  POAT, MICHAEL, 8618 NEW CASTLE AVE., BURBANK, IL 60459

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | POBIN & ROONEY, 5318 GLENMONT STREET, HOUSTON, TX 77081 | |
| 10925 | POBLADOR AZADA & BUCOY, 186 SALCEDO ST LEGAZPI VILLAGE, MAKATI CITY, 01229PHILIPPINES | *VIA Deutsche Post* |
| 10925 | POBLADOR, AZADA & ASSOCIATES, NINOY AQUINO INTL. AIRPORT, 09999PHILIPPINES | *VIA Deutsche Post* |
| 10925 | POBLETE, ELEANOR, 6260 KRAFT AVE, NORTH HOLLYWOOD, CA 91606 | |
| 10925 | POBLOCKI PAVING CORP, PO BOX 13456, WAUWATOSA, WI 53213-0456 | |
| 10924 | POCAHONTAS CONCRETE, INC., P.O. BOX 2376, SALISBURY, MD 21802 | |
| 10924 | POCAHONTAS CONCRETE, INC., SEE 01243336, 1000 PARSONS ROAD, SALISBURY, MD 21801 | |
| 10924 | POCAHONTAS INCORPORATED, PO BOX 2376, SALISBURY, MD 21802 | |
| 10925 | POCAN, AMY, 16650 PINE RIDGE RD, TOWNSEND, WI 54175 | |
| 10925 | POCAN, MICHAEL, 5547 LIEGEOIS RD, ABRAMS, WI 54101 | |
| 10924 | POCATELLO READY MIX INC., 9659 NORTH PHILBIN ROAD, POCATELLO, ID 83201 | |
| 10925 | POCHRON, STEVE, 589 HICKORY RD, ONEIDA, WI 54155 | |
| 10925 | POCIUS, STANLEY, PO BOX 7164, ROMEOVILLE, IL 60441 | |
| 10925 | POCIUS, STANLEY, RR 6 SCHMIDT RD, BOLING BROOK, IL 60439 | |
| 10925 | POCKRANDT, MILO, 3717 SEUCLID AVE, BERWYN, IL 60402 | |
| 10925 | PODACH, THOMAS, 431 1/2 W. ELM ST., FOSTORIA, OH 44830 | |
| 10925 | PODELL, RONNA, 59 LINDEN ST, TAUNTON, MA 02780 | |
| 10925 | PODES, JENNIE, 541 TIMBER RIDGE COURT, LAWRENCEVILLE, GA 30245 | |
| 10925 | PODGORNIK, TERRY, 5344 PLATTE DR, PARKVILLE, MO 64150 | |
| 10925 | PODGURSKI CORPORATION, PO BOX 456, CANTON, MA 02021 | |
| 10925 | PODLASEK, ELAINE, 4746 S LUNA, STICKNEY TOWNSHIP, CHICAGO, IL 60638 | |
| 10925 | PODOWSKI, JOSHUA, 12305 OAK CREEK LM, FAIRFAX, VA 22033 | |
| 10925 | PODRAZA, LINNEL, 15225 HOWE ST, OMAHA, NE 68144 | |
| 10925 | PODY, ARTHUR, 111 CIRCLE ROAD, GREENVILLE, SC 29611 | |
| 10924 | POE & BROWN, (PALUCK CONSTRUCTION), 3828 COLONIAL BLVD, FORT MYERS, FL 33912 | |
| 10924 | POE MIDDLE SCHOOL, 714 ARANSAS, SAN ANTONIO, TX 78210 | |
| 10925 | POE, BARBARA, 2928 W LOUISIANA, 105, MIDLAND, TX 79701 | |
| 10925 | POE, C DOUGLAS, 121 JEFFERSON DR., HENDERSONVILLE, TN 37075 | |
| 10925 | POE, CARL, 1940 MAXWELL AVE, BALTIMORE, MD 21222 | |
| 10925 | POE, CHARLES, 121 JEFERSON DRIVE, HENDERSON, TN 37075 | |
| 10925 | POE, DALE, HC80 BOX 187, LEESVILLE, LA 71446 | |
| 10925 | POE, RAYMOND, 2209 DIVAC DR., SCHERERVILLE, IN 46375 | |
| 10925 | POE, ROBERT, 15921 ARBOR TR, NEWBURY, OH 44065 | |
| 10925 | POE, WILLARD, 16521 HWY 171, RAGLEY, LA 70657 | |
| 10925 | POEHLER, VIRGINIA D, AS CUST FOR JOESEPH T POEHLER, UNDER THE CA UNIF TRAN MIN ACT, 4444 BLACKTHORNE, LONG BEACH, CA 90808-1336 | |
| 10925 | POEHLER, VIRGINIA D, AS CUST FOR JOHN V POEHLER, UNDER THE CA UNIF TRAN MIN ACT, 4444 BACKTHORNE, LONG BEACH, CA 90808-1336 | |
| 10925 | POEHLER, VIRGINIA D, AS CUST FOR KATIE V POEHLER, UNDER THE CA UNIF TRAN MIN ACT, 4444 BLACKTHORNE, LONG BEACH, CA 90808-1336 | |
| 10924 | POELLINGER, CAMBRIDGE, MA 02140 | |
| 10925 | POELS, MARK, 2397 JUBILEE DR, GREEN BAY, WI 54311 | |
| 10925 | POEPPEL, ALAN, 2525 BITTERSWEET CT., RACINE, WI 53402 | |
| 10925 | POEPSEL, JAMES, 7019 LAFKER DRIVE #536, GALVESTON, TX 77551 | |
| 10925 | POERJECT VACCINES, LORI NICHOLSON, | |
| 10925 | POFFENBARGER, H, 83 FRONT ST, OWEGO, NY 13827 | |
| 10925 | POFFINBARGER, SANDY, 1107 MASTERS WAY, KINGWOOD, TX 77339 | |
| 10925 | POGANY, ALBERT, 1501 ROOSEVELT AVE LOT K-10, CARTERET, NJ 07008 | |
| 10924 | POGGENPOHL READY MIX, 105 BAUGHMAN ROAD, TAYLORVILLE, IL 62568 | |
| 10924 | POGGENPOHL READY MIX, 230 W CHERRY STREEY, MOWEAQUA, IL 62550 | |
| 10924 | POGGENPOHL READY MIX, 31 SPARKS, RAYMOND, IL 62560 | |
| 10924 | POGGENPOHL READY MIX, P. O. BOX 581, RAYMOND, IL 62560 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   POGGENPOHL READY MIX, PO BOX 581, RAYMOND, IL 62560

10925   POGGI, FRANCIS, 149 WILLOW GROVE ROAD, STEWARTVILLE, NJ 08886

10925   POGHARIAN, PAUL, 158 LOVELL ROAD, WATERTOWN, MA 02172

10925   POGOR, KURT, 605 S MCHENRY AVE, MCHENRY, IL 60050

10925   POGORELC JT TEN, ANTHONY J & ANN J, 414 SOUTH 2ND ST, MILWAUKEE, WI 53204-1611

10925   POGUE, BERNICE, 3421 BOLING ROAD, UTICA, KY 42376

10925   POHLAND, LINDA, 12306 SHADETREE LANE, LAUREL, MD 20708

10925   POHLMAN, JANE, 4711 SE 4TH, DES MOINES, IA 50315

10925   POHLMAN, MICHAEL, 5259 COLERAIN AVE, CINCINNATI, OH 45223

10925   POHLMANN, EDWARD, 2644 MILWAUKEE ST #B, MADISON, WI 53704

10925   POHLNER, KENNETH, 220 WATERCREST ST, SEBASTIAN, FL 32958-9998

10925   POHOSKI, BOZENNA, 5718 E MULBERRY, CAMARILLO, CA 93012

10925   POINCOT, WAYNE, 2742 BAYOU BLUE RD, HOUMA, LA 70363

10925   POINDEXTER, DEBRA, 908 WATEKA, RICHARDSON, TX 75080

10925   POINDEXTER, GARY C, 1947 S WADSWORTH BLVD 305, LAKEWOOD, CO 80227

10925   POINDEXTER, GARY, 1947 S. WADSWORTH BLAPT. #305, LAKEWOOD, CO 80227

10925   POINDEXTER, PATRICIA, 3006 CORBIESHAW RD., ROANOKE, VA 24015

10925   POINDEXTER, TONY, PO BOX 123, BIG PINEY, WY 83113

10925   POINSETT PLUMBING SUPPLY, 164 S MAIN ST, TRAVELERS REST, SC 29690

10925   POINSETTIA PROJECT YMCA, 6631 PALMETTO CIRCLE SO, BOCA RATON, FL 33433

10925   POINT TELECOM, 12700 DUPONT CIRCLE, TAMPA, FL 33626

10924   POINT VIEW, 1 CYANAMID DRIVE, WAYNE, NJ 07470

10924   POINTE AT DEERFIELD, THE, 12720 OLD MORRIS RD, ALPHARETTA, GA 30004

10924   POINTE ORLANDO, 8888 REPUBLIC DR., ORLANDO, FL 32819

10925   POINTER, ALETHEA, 319 TENN AVE NE, WASHINGTON, DC 20002

10925   POINTER, CAROL, 1507 GREENLAWN DR., BEAUFORT, SC 29902

10925   POIRIER, ARMAND, 815 VIATOR ST., DELCAMBRE, LA 70528

10925   POIRIER, JAYNE, 22 CROSS ST., CHARLESTOWN, MA 02129

10925   POIRIER, KENNETH, 845 LEDFORD ST, CRAIG, CO 81625-3124

10925   POIRIER, ROBERT, 20 FAIRFIELD AVE #2, NORWALK, CT 06854

10925   POIRIER, ROBERT, 28 PEARL ST, LEXINGTON, MA 02173

10925   POIST GAS CO., 360 MAINE ST, LAUREL, MD 20707

10925   POIST GAS COMPANY, THE, 360 MAIN ST, LAUREL, MD 20707

10925   POITIER, CATHY, 1603 NW 44TH ST, MIAMI, FL 33142

10925   POITRAS, THELMA, 431 CABOT ST, BEVERLY, MA 01915

10925   POKER, MARIAN, CUST FOR FRED POKER, UNIF GIFT MIN ACT-NY, 169 SCHOOL LANE, LIDO BEACH, NY 11561-4930

10925   POLAK WINTERS & CO, RETIREMENT PLAN, C/O JEFFREY H WINTERS, PO BOX 445, BURLINGAME, CA 94011-0445

10925   POLAK, JEFFREY, 161 CAPRICORN DRIVE APT 9, SOMERVILLE, NJ 08876

10925   POLALA, MALLA, 418B WOODLAKE COURT, GLEN BURNIE, MD 21061

10925   POLANCO, LAZARO, 563 N.E. 163 ST, N MIAMI, FL 33162

10925   POLANCO, WILLIAM, 175 SHERMAN AVE, NEW YORK, NY 10034

10924   POLAND CONCRETE PRODUCTS INC OF W V, P.O. BOX 400, MASONTOWN, WV 26542

10924   POLAND CONCRETE PRODUCTS INC OF WV, ROUTE 7, CASCADE, WV 26542

10925   POLAND SPRING DIST, PO BOX 85071, LOUISVILLE, KY 40285-5071

10925   POLAND SPRING WATER, PO BOX 43065, ATLANTA, GA 30378

10925   POLAND SPRING WATER, PO BOX 52271, PHOENIX, AZ 85072-2271

10925   POLAND SPRING WATER, PO BOX 85071, LOUISVILLE, KY 40285-5071

10925   POLAND SPRING WATER, PO BOX 85810, LOUISVILLE, KY 40285-5810

10925   POLAND SPRING WATER, POBOX 52271, PHOENIX, AZ 85072-2271

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　POLAND SPRING, 50 COMMERCE WAY, NORTON, MA 02766-3313

10925　POLAND SPRING, POBOX 85071, LOUISVILLE, KY 40285-5071

10925　POLAND, BRENDA R., 2495 WINTER HILL, BATAVIA, OH 45103

10925　POLAND, DOROTHY, 1103 ESTERS RD, IRVING, TX 75061

10925　POLAND, JOHN, RR 2 BOX 671AC, NEW BRAUNFELS, TX 78130

10925　POLANSKY, KEVIN, 5880 TOWN BAY DR APT 1018, BOCA RATON, FL 33486

10925　POLANSKY, KEVIN, 5880 TOWN BAY DRIVE APT 1018, BOCA RATON, FL 33486

10925　POLAR AIR CORP, POBOX 630007, HOUSTON, TX 77263-0007

10925　POLAR ICE CO INC, 2308 WEST 21ST PLACE, CHICAGO, IL 60608

10924　POLAR MINERALS, 1703 BLUFF ROAD, MOUNT VERNON, IN 47620

10924　POLAR MINERIALS, 1703 BLUFF ROAD, MOUNT VERNON, IN 47620

10925　POLAR PALS, POBOX 331, CARLISLE, MA 01741

10925　POLAR SERVICE CENTER, 7600 E SAM HOUSTON PKWY N, HOUSTON, TX 77049

10925　POLAR SERVICE CENTERS, 10035 STATE RT. 0, SAINTE GENEVIEVE, MO 63670

10925　POLAR SERVICE CENTERS, 120 CEDAR SPRING ROAD, SPARTANBURG, SC 29302

10925　POLAR SERVICE CENTERS, 120 CEDAR SPRINGS ROAD, SPARTANBURG, SC 29302

10924　POLAR SUPPLY CO. INC., 300 E. 54TH AVENUE, ANCHORAGE, AK 99518

10924　POLAR SUPPLY COMPANY, 300 E. 54TH AVE., ANCHORAGE, AK 99518

10924　POLAR SUPPLY INC, 300 E. 54TH AVE., ANCHORAGE, AK 99518

10925　POLAR TRAILER SALES & LEASING, 1617 BROENING HWY, BALTIMORE, MD 21224-6002

10925　POLAR WATER CO, POBOX 429, SAVAGE, MD 20763-0429

10925　POLAR WATER COMPANY, PO BOX 5876, CAROL STREAM, IL 60197-5876

10925　POLARA ENGINEERING, 4115 WEST ARTESIA AVE, FULLERTON, CA 92633

10924　POLARES SCHOOL, CAMBRIDGE, MA 99999

10924　POLARES SCHOOL, NORTHERN INSULATION, ANCHORAGE, AK 99502

10924　POLARIS MISSILE FACILITY ATLANTIC, BLDG. 317 (TCN: N8302823144539XXX), CHARLESTON, SC 29408-5700

10924　POLARIS PACKAGING, 8 MARLEN DRIVE, ROBBINSVILLE, NJ 08691

10924　POLAROID CORP, 1 UPLAND ROAD, NORWOOD, MA 02062

10925　POLAROID CORP, 201 BURLINGTON ROAD, BEDFORD, MA 01730

10925　POLAROID CORP, JOSEPH SCHOHN, 784 MEMORIAL DR, CAMBRIDGE, MA 02139

10924　POLAROID CORP., 2 OSBORNE STREET, CAMBRIDGE, MA 02139

10924　POLAROID CORP., 201 BROADWAY, CAMBRIDGE, MA 02139

10924　POLAROID CORP., BLDG. W-4, 1265 MAIN STREET, NORTH WALTHAM, MA 02154-1799

10924　POLAROID CORP., BLDG. W-5, 1265 MAIN STREET, NORTH WALTHAM, MA 02154

10924　POLAROID CORPORATION, 1 UPLAND RD BLDG N2X, NORWOOD, MA 02062

10924　POLAROID CORPORATION, 2 OSBORN STREET, CAMBRIDGE, MA 02139

10924　POLAROID CORPORATION, 2 OSBORNE STREET, CAMBRIDGE, MA 02139

10925　POLAROID CORPORATION, 201 BROADWAY (5TH FL), CAMBRIDGE, MA 02139

10924　POLAROID CORPORATION, 50 DUCHAINE BLVD, NEW BEDFORD, MA 02745

10924　POLAROID CORPORATION, 52 DUCHAINE BLVD., BLDG. NB6, NEW BEDFORD, MA 02745

10924　POLAROID CORPORATION, PO BOX391829, CAMBRIDGE, MA 02139

10925　POLAROID CORPORATION, POBOX 641244, PITTSBURGH, PA 15264

10925　POLCHIN, GEORGE A, 658 LINDEN ST, PARAMUS NJ, NJ 07652

10925　POLEN, KELLY, 505-D SW RICHWOOD LN, BLUE SPRINGS, MO 64014

10925　POLERECKY, MARJORIE, 1605 LONGMEADOW DR, GLENVIEW, IL 60025

10925　POLESCHUK, VICTOR, 79 EAST CRESCENT AVE, ALLENDALE, NJ 07401

10925　POLETICK, MARCIA, 1350 W LAMBERT RD, LAHABRA, CA 90631

10925　POLEWACZYK, MARY, 15 CHESTNUT ST, N READING, MA 01864

10925　POLHILL, TYLER, 1802 VILLAGEBROOK, CHARLOTTE, NC 28210

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | POLIALDEN PETROQUIMICA S/A, POLO PETROQUIMICO DE CAMACARI, RUA HIDROGENIO NO 3520 COPEC, CAMACARI / BAHIA / BRASIL, 428100000BRAZIL | *VIA Deutsche Post* |
| 10924 | POLIALDEN PETROQUIMICA S/A, RUA HIDROGENIO 3520 - COPEC, BAHIA, 428100000BRAZIL | *VIA Deutsche Post* |
| 10924 | POLIALDEN PETROQUIMICA S/A, ZIP CODE 42810-000 CAMACARE, BAHIA, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | POLIBRASIL RESINAS S.A., 09380-901, MAUA, SAO PAULO, 09380-901, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | POLICE SERVICE AREA #6, BETWEEN 147TH & 148TH, FREDERICK DOUGLAS BOULEVARD (8TH), NEW YORK, NY 10001 | |
| 10925 | POLICE, STEPHANIE, 721 DONLEE RD, LANCASTER, TX 75134 | |
| 10925 | POLING, GREGORY E, 4284 BUCKSKIN LAKE DR., ELLICOTT CITY, MD 21042 | |
| 10925 | POLING, GREGORY E, PO BOX 1500, COLUMBIA, MD 21044-0500 | |
| 10925 | POLING, GREGORY, 4284 BUCKSKIN LK DR, ELLICOTT CITY, MD 21042 | |
| 10924 | POLIPROPILENO DEL CARIBE S.A., ZONA INDUSTRIAL MAMONAL, CARTAGENA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | POLIQUIMICOS DEL ECUADOR S.A., K.M. 6.5 VIA A DAULE - CASILLA, GUYAQUIL, 09062-14ECU | *VIA Deutsche Post* |
| 10924 | POLISUR S.A., AV. 18 DE JULIO S/N, BUENOS AIRES, 08000ARG | *VIA Deutsche Post* |
| 10924 | POLISUR S.A., AV. SAN MARTIN 1881, BAHIA BLANCA, 08000ARG | *VIA Deutsche Post* |
| 10924 | POLISUR, 1V. 18 DE JULIO S/N, PCIA. DE BUENOS AIRES, 09999ARG | *VIA Deutsche Post* |
| 10924 | POLISUR, BAHIA BLANCA, AV. SAN MARTIN 1881, BUENOS AIRES, 08000ARG | *VIA Deutsche Post* |
| 10925 | POLITANO, JOSEPH, 8460 RED ROAD DRIVE, NEW PORT RICHEY, FL 34653 | |
| 10925 | POLITE, KATHLEEN, 16001 S.W. 98 CT., MIAMI, FL 33157 | |
| 10924 | POLITENO INDUSTRIA E COMERCIO S/A, 42810-000, RUA BENZENO, 999999999BRAZIL | *VIA Deutsche Post* |
| 10925 | POLITICS IN AMERICA 1998, 1414 22ND ST, NW, WASHINGTON, DC 20077-6778 | |
| 10925 | POLITO, ANGELO, 317 ALEWIFE B PKWY, SOMERVILLE, MA 02144 | |
| 10925 | POLITOWSKI, DIANE, 612 BAYNARD DR, TARPON SPRINGS, FL 34689 | |
| 10925 | POLITOWSKI, STANLEY, 20 CHARLES ST, 4-C, WESTWOOD, NJ 07675 | |
| 10925 | POLITOWSKI, STANLEY, ONE TOWN CENTER DRIVE, BOCA RATON, FL 33428 | |
| 10924 | POLITTE READY MIX INC, PO BOX 368, POTOSI, MO 63664 | |
| 10924 | POLITTE READY MIX, HWY 21, ARCADIA, MO 63621 | |
| 10924 | POLITTE READY MIX, HWY 49, VIBURNUM, MO 65566 | |
| 10924 | POLITTE READY MIX, HWY 67 & 8, FARMINGTON, MO 63640 | |
| 10924 | POLITTE READY MIX, INC., RTE.67 & MULL ROAD, BONNE TERRE, MO 63628 | |
| 10924 | POLITTE READY MIX, PO BOX 368, POTOSI, MO 63664 | |
| 10925 | POLIZIANI, DARLENE, 360 FOREST AVE, PALO ALTO, CA 94301 | |
| 10925 | POLIZZI, CLAIRE, 5400 KINNERLY CT, BURKE, VA 22015 | |
| 10925 | POLIZZI, DOUGLAS, BOX 30160, GEORGIA TECH STATION, ATLANTA, GA 30332 | |
| 10925 | POLK COUNTY COMMUNITY, FOUNDATION INC, 505 NORTH TRADE ST, TRYON, NC 28782-3713 | |
| 10924 | POLK COUNTY JUVENILE DETENTION, 1548 HULL AVENUE, DES MOINES, IA 50313 | |
| 10925 | POLK COUNTY TAX COMMISSIONER, ROOM 101 COURTHOUSE, CEDARTOWN, GA 30125 | |
| 10925 | POLK COUNTY, RM 101 COURTHOUSE, CEDARTOWN, GA 30125 | |
| 10924 | POLK INSTITUTE, 1001 VEAZEY ROAD, BUTNER, NC 27509 | |
| 10925 | POLK, BOBBY, 2601 WALLACE BRANCH ROAD, PLANT CITY, FL 33566-8579 | |
| 10925 | POLK, PHILLIP, 37 WINANS AVE, NEWARK, NJ 07108 | |
| 10925 | POLK, RICKY, RT 7 BOX 7CC, TYLERTOWN, MS 39667 | |
| 10925 | POLK, TERESA, 313 E. RAMBO RD, ROCK HILL, SC 29730 | |
| 10925 | POLKEY, LEE, RT. 7, BOX 86, FRANKLINTON, LA 70438 | |
| 10925 | POLLACK, BARBARA, 12800 SW 103 TERR, MIAMI, FL 33186 | |
| 10925 | POLLACK, CRAIG, 1 COBBLESTONE CT #2B, BALTIMORE, MD 21215 | |
| 10925 | POLLACK, DAVID, 5724 EUNICE, SIMI VALLEY, CA 93063 | |
| 10925 | POLLAK, M E, 6231 WESTWARD RD 61, HOUSTON, TX 77081-3222 | |
| 10925 | POLLARD PUMPING INC, 304 NORTH HICKORY, NORFOLK, NE 68701 | |
| 10925 | POLLARD, ALBERT, 961 N. CLARK, WESTWEGO, LA 70094 | |
| 10925 | POLLARD, ALICE, RT 1 BOX 1812, FARMVILLE, NC 27834 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   POLLARD, CHARLES, 5644 TILLMAN ROAD, LAKELAND, FL 33809-1825

10925   POLLARD, COURTNEY, 961 NORTH CLARK, WESTWEGO, LA 70094

10925   POLLARD, DARRELL, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   POLLARD, DAVID, 925 ARKARD DR., RENO, NV 89503

10925   POLLARD, DEBORAH, 27 BRUSSELS DR, NASHUA, NH 03060

10925   POLLARD, DWAYNE, 200 MYRNA ST, HOUMA, LA 70363

10925   POLLARD, JOSEPH, 1200 E BYERS AVE, OWENSBORO, KY 42303

10925   POLLARD, PERRY, 437 S. 2ND ST, LAKE CITY, FL 32055

10925   POLLARD, S, 1809 HECHLER ST., RICHMOND, VA 23223

10925   POLLARD, SANDRA, RT.2 BOX 483, HAZARD, KY 41701

10925   POLLARD, WANDA, 3709 BRIAR RIDGE, LAGRANGE, KY 40031

10925   POLLARD, WILLIAM, 1404 SOUTH ALLEN, MONAHANS, TX 79756

10925   POLLEY, ARNOLD T, 2301 LARK LANE, SARASOTA, FL 34231-5533

10925   POLLHAMMER, DONALD, 9659 DUNDAWAN RD, BALTIMORE, MD 21236

10925   POLLINI, JOAN, PO BOX 338, HARTLAND, ME 04943

10925   POLLINI, JOSEPH, PO BOX 338, HARTLAND, ME 04943

10925   POLLINO, EILEEN F, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   POLLINO, EILEEN, 41 SAMOSET ROAD, WOBURN, MA 01801

10925   POLLITT, KELLY, 8131 17TH AVE, KENOSHA, WI 53143

10925   POLLOCK CO, 1711 CENTRAL AVE, AUGUSTA, GA 30904

10925   POLLOCK JT TEN, RONALD H & NHU QUYNH, 10622 WEST KELSO DRIVE, SUN CITY, AZ 85351-4858

10925   POLLOCK OFFICE MACHINE CO., PO BOX 5179, SIOUX FALLS, SD 57117-5179

10925   POLLOCK OFFICE MACHINE, 115 W COLLEGE DR, MARSHALL, MN 56258

10925   POLLOCK OFFICE MACHINE, PO BOX 5179, SIOUX FALLS, SD 57117-5179

10924   POLLOCK PAPER DISTRIBUTORS, 1507 LAMAR ST., WICHITA FALLS, TX 76301

10924   POLLOCK PAPER DISTRIBUTORS, PO BOX660005, DALLAS, TX 75266-0005

10924   POLLOCK READY MIX INC, 1 MI N 1/2 E ON 45B, EWING, NE 68735

10924   POLLOCK READY MIX INC, PO BOX97, EWING, NE 68735-0097

10925   POLLOCK, DAVID, 4335 SOUTH LAKE DRIVE, CUDAHY, WI 53110

10925   POLLOCK, DAVID, 46 MAPLE ST, WILTON, NH 03086

10925   POLLOCK, GEORGE, 113 AVON LANE, GREENVILLE, NC 27858

10925   POLLOCK, JAMES, 17911 BILL TAYLOR ROAD, LITHIA, FL 33547-9998

10925   POLLOCK, LOTTIE, PO BOX 351, DANFORTH, IL 60930

10925   POLLOCK, MICHAEL, 1132 COLONY DRIVE, QUAKERTOWN, PA 18951

10925   POLLOCK, REBECCA, 714 MONTCLAIR DR, JOHNSON CITY, TN 37601

10925   POLLOK, KEVIN, 523 VALLEY GREEN, MAULDIN, SC 29662

10924   POLLUTION CONTROL INDUSTRIES, 4343 KENNEDY AVE., EAST CHICAGO, IN 46312

10925   POLLUTION CONTROL SYSTEMS, INC, 822 HERTZ WAY, SUITE 204, DANVILLE, CA 94526

10925   POLLUTION CONTROL, 8710 AVENIDA DE LA FUERTE, SAN DIEGO, CA 92173

10924   POLLY POOLS INC, 1401 NORTH C STREET, SACRAMENTO, CA 95814

10924   POLLY'S CONCRETE PRODUCTS  ., 4519 E. HWY 20, NICEVILLE, FL 32578

10924   POLLY'S CONCRETE PRODUCTS, 4619 E.HWY 20, NICEVILLE, FL 32578

10924   POLLY'S CONCRETE PRODUCTS, 4619 HWY 20 E., (1 MI. EAST OF DESTIN BRIDGE ROAD), NICEVILLE, FL 32578

10924   POLLY'S PET PRODUCTS, 424 HIGHWAY 247 SOUTH, BONAIRE, GA 31005

10924   POLLY'S PETS, 424 HIGHWAY 247 SOUTH, BONAIRE, GA 31005

10924   POLLY'S PETS, 424 HWY 247 SOUTH, BONAIRE, GA 31005

10925   POLMAN, ALBERT, 201 N. WALNUT ST, E-1, WEST LIBERTY, IA 52776

10924   POLO PLAZA, 3745 S. LAS VEGAS BLVD., LAS VEGAS, NV 89102

10925   POLON, MARGARET, 348 GEMINI DR, #1 SOUTH, SOMERVILLE, NJ 08876

10925   POLONIO, MARIETTINA, 961 WEST 43RD ST., LOS ANGELAS, CA 90037

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | POLOR SUPPLY CO, INC., 300 E. 54TH AVE., ANCHORAGE, AK 99518 | |
| 10925 | POLSERVICE, PO BOX 335, CHALUBINSKIEGO, 99-999POLAND | *VIA Deutsche Post* |
| 10925 | POLSERVICE, UL CHALUBINSKIEGO 8, WARSAW, POLAND | *VIA Deutsche Post* |
| 10925 | POLSINELLI, GERALD, 305 PINEKNOLL DR, GREENVILLE, SC 29609 | |
| 10925 | POLSKA ADADEMIA NAUK CENTRUM BADAN, 90-363 LODZ, SIENKIEWICZA 112, 90-363POLAND | *VIA Deutsche Post* |
| 10925 | POLSTER SR, PHILIP B, 6823 WATERMAN BLVD, ST LOUIS, MO 63130-4662 | |
| 10925 | POLSTON, CAROLYN, 97 PELICAN PT RD, WILMINGTON, NC 28409 | |
| 10925 | POLTIE, LAUREN, 60-17 70 AVE, RIDGEWOOD, NY 11385 | |
| 10925 | POLTORICK, ALICE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | POLTORICK, ALICE, 63 GRANT AVE, WATERTOWN, MA 02472 | |
| 10925 | POLUMBUS, EMILE, 3927 S. PEACH WAY, DENVER, CO 80237 | |
| 10924 | POLY CIRCUITS, 215 PARK, BENSENVILLE, IL 60106 | |
| 10924 | POLY CIRCUITS, 216 EVERGREEN, BENSENVILLE, IL 60106 | |
| 10925 | POLY PROCESSING CO, INC, PO BOX 4150, MONROE, LA 71211 | |
| 10925 | POLY PROCESSING CO., PO BOX 80, FRENCH CAMP, CA 95231 | |
| 10925 | POLY PROCESSING COMPANY, POBOX 4150, MONROE, LA 71211-4150 | |
| 10924 | POLY RESEARCH CORPORATION, 125 CORPORATE DRIVE, HOLTSVILLE, NY 11742 | |
| 10925 | POLY SYSTEMS INC, 10A YENNICOCK AVE, PORT WASHINGTON, NY 11050 | |
| 10925 | POLY SYSTEMS INC, 37 AVE C, BAYONNE, NJ 07002 | |
| 10925 | POLY00, 10335 LANDSBURY DR. SUITE 300, HOUSTON, TX 77099 | |
| 10925 | POLYACRYL INC., 66 VIADUCT ROAD, STAMFORD, CT 06907 | |
| 10925 | POLY-BOND MFG. CO., 16525 VAN DAM RD., SOUTH HOLLAND, IL 60473 | |
| 10924 | POLY-CAR  INC., 33095 BAINBRIDGE ROAD, SOLON, OH 44139 | |
| 10924 | POLY-CARB INC., 33095 BAINBRIDGE ROAD, SOLON, OH 44139 | |
| 10924 | POLY-CARB, 33095 BAINBRIDGE RD, CLEVELAND, OH 44139 | |
| 10924 | POLYCHROME CORPORATION, 160 TERMINAL AVENUE, CLARK, NJ 07066 | |
| 10924 | POLYCOAT SYSTEM INC, 5 DEPOT ST, HUDSON FALLS, NY 12839 | |
| 10924 | POLYCOAT SYSTEMS INC, 5 DEPOT STREET, HUDSON FALLS, NY 12839 | |
| 10925 | POLYCOM, 2584 JUNCTION AVE., SAN JOSE, CA 95134 | |
| 10925 | POLYCOM, POBOX 61000, SAN FRANCISCO, CA 94161-2835 | |
| 10924 | POLYDYNE, INC., 1095 WILLAMETTE FALLS DRIVE, WEST LINN, OR 97068 | |
| 10924 | POLYDYNE, INC., PO BOX 202, WEST LINN, OR 97068 | |
| 10924 | POLY-EX S.A. DE C.V., RAMON CORRAL 696 - A PTE, MONTERREY  NL, 64290MEXICO | *VIA Deutsche Post* |
| 10925 | POLYFIBRON DIVISION, 5525 US 60E, OWENSBORO, KY 42303 | |
| 10925 | POLYFIBRON DIVISION, COMMERCE BLVD, MORRISTOWN, TX 37814 | |
| 10925 | POLYFIBRON DIVISION, HARMONY ST, ADAMS, MA 01220 | |
| 10925 | POLYFIBRON TECH, INC, 900 MIDDLESEX TURNPIKE,, BILLERICA, MA 01821 | |
| 10924 | POLYFIBRON TECHNOLGIES, 5210 PHILLIP LEE DRIVE, ATLANTA, GA 30336 | |
| 10925 | POLYFIBRON TECHNOLOGIES INC, 5700 COMMERCE BLVD, MORRISTOWN, TN 37814 | |
| 10925 | POLYFIBRON TECHNOLOGIES INC, HARMONY ST, ADAMS, MA 01220 | |
| 10925 | POLYFIBRON TECHNOLOGIES INC, PO BOX 751906, CHARLOTTE, NC 28275-1906 | |
| 10925 | POLYFIBRON TECHNOLOGIES INC., PO BOX 751906, CHARLOTTE, NC 28275-1906 | |
| 10924 | POLYFIBRON TECHNOLOGIES, 5201 PHILLIP LEE DRIVE, ATLANTA, GA 30336 | |
| 10924 | POLYFIBRON TECHNOLOGIES, 5210 PHILLIP LEE DRIVE, ATLANTA, GA 30336 | |
| 10924 | POLYFIBRON TECHNOLOGIES, 5700 COMMERCE BLVD, MORRISTOWN, TN 37814 | |
| 10924 | POLYFIBRON TECHNOLOGIES, 5700 COMMERCE BLVD., MORRISTOWN, TN 37814 | |
| 10924 | POLYFIBRON TECHNOLOGIES, INC., CAMBRIDGE, MA 02140 | |
| 10925 | POLYFIBRON TECHNOLOGIES, PO BOX 751906, CHARLOTTE, NC 28275 | |
| 10924 | POLYFIBRON TECHNOLOGY, 5210 PHILLP LEE DR, ATLANTA, GA 30336 | |
| 10924 | POLYFIL CORPORATION, 74 GREEN POND ROAD, ROCKAWAY, NJ 07866 | |
| 10924 | POLYFIL CORPORATION, PO BOX 130, ROCKAWAY, NJ 07866 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | POLYFOAM PACKERS CORPORATION, 135 S LASALLE ST, CHICAGO, IL 60674-3160 | |
| 10925 | POLYFOAM PACKERS. CORP., 2320 S. FOSTER AVE., WHEELING, IL 60090 | |
| 10925 | POLYGON CORP, POBOX 348, SOUTH BOSTON, MA 02127 | |
| 10925 | POLYGON INC, POBOX 8470, SAINT LOUIS, MO 63132 | |
| 10925 | POLYHEDRON LABS, INC, 10626 KINGHURST ST, HOUSTON, TX 77099 | |
| 10924 | POLYIFL CORPORATION, PO BOX 130, ROCKAWAY, NJ 07866 | |
| 10924 | POLYLITE ROOFDECKS, INC., PO BOX 419, MILLINGTON, NJ 07946 | |
| 10924 | POLYMARK CORPORATION, 750 REDNA TERRACE, CINCINNATI, OH 45215 | |
| 10924 | POLYMER CIRCUIT WORKS, 60 N HARRISON AVE #12, CONGERS, NY 10920 | |
| 10925 | POLYMER CORPORATION, POBOX 13700, PHILADELPHIA, PA 19191-1215 | |
| 10925 | POLYMER DESIGN, 180 PLEASANT ST, ROCKLAND, MA 02370 | |
| 10924 | POLYMER DESIGN, 180 PLEASANT STREET, ROCKLAND, MA 02370 | |
| 10925 | POLYMER LABORATORIES, 160 OLD FARM ROAD, AMHERST, MA 01002 | |
| 10925 | POLYMER LABS INC, 160 OLD FARM RD., AMHERST, MA 01002 | |
| 10924 | POLYMER PROCESSING INSTITUTE, GITC BLDG, SUITE 3901, NEWARK, DE 07102-1982 | |
| 10924 | POLYMER RESEARCH CORPORATION, 2186 MILL AVENUE, BROOKLYN, NY 11234 | |
| 10925 | POLYMER STEEL CO., 9383 FURROW AVE., ELLICOTT CITY, MD 21043 | |
| 10925 | POLYMER SYSTEMS CORPORATION, 7388 CHANCELLOR DR, ORLANDO, FL 32809 | |
| 10924 | POLYMER TECH INCORP, 3 LAVRELWOOD DR, MILFORD, OH 45150 | |
| 10924 | POLYMER TECHNOLOGIES, 3 LAURELWOOD DRIVE, MILFORD, OH 45150 | |
| 10924 | POLYMER TECHNOLOGIES, 458 W. MAIN STREET, BATAVIA, OH 45103 | |
| 10924 | POLYMER TECHNOLOGY CORP, 100 RESEARCH DRIVE, WILMINGTON, MA 01887 | |
| 10925 | POLYMER VENTURES, 3 BROAD ST - SUITE 450, CHARLESTON, SC 29401 | |
| 10924 | POLYMERIC IMAGING INC, 117 E 14TH AVENUE, NORTH KANSAS CITY, MO 64116 | |
| 10924 | POLYMERICA, INC, 4026 PRODUCE ROAD, LOUISVILLE, KY 40218 | |
| 10924 | POLYMERICA, INC, 609 A FERTILLA STREET, CARROLLTON, GA 30117 | |
| 10925 | POLYMERLAND, INC, 12200 HEREBERT WAYNE COURT, SUITE 1, HUNTERSVILLE, NC 28078 | |
| 10925 | POLYMERLAND, POBOX 641071, PITTSBURGH, PA 15264-1071 | |
| 10924 | POLYMORE CIRCUIT TECH, 1626 MUSTANG DRIVE, MARYVILLE, TN 37801 | |
| 10925 | POLYONE CORP, PO BOX 931984, CLEVELAND, OH 44193 | |
| 10924 | POLYONE CORP., 150 S. CONNELL, DYERSBURG, TN 38024 | |
| 10924 | POLYONE CORP., 34208 AURORA ROAD, SOLON, OH 44139 | |
| 10924 | POLYONE CORPORATION, 1675 NAVARRE RD SE, MASSILLON, OH 44646 | |
| 10924 | POLYONE CORPORATION, 2020 FRONT STREET, CUYAHOGA FALLS, OH 44221 | |
| 10925 | POLYONE CORPORATION, C/O WALTER P. BUBNA, 5700 PEARL ROAD #301, CLEVELAND, OH 44129 | |
| 10925 | POLYONE CORPORATION, POBOX 93888, CHICAGO, IL 60673-3888 | |
| 10924 | POLYONE ENGINEERED FILMS INC., 1804 RIVER ROAD, BURLINGTON, NJ 08016 | |
| 10924 | POLYONE ENGINEERED FILMS INC., PO BOX 3510, WINCHESTER, VA 22604 | |
| 10924 | POLYONE ENGINEERED FILMS INC., PO BOX 3510, WINCHESTER, VA 22604-2710 | |
| 10925 | POLYPORE GROUP INC, JERRY JUCKER JAMES G BOYD, 4838 JENKINS AVE, NORTH CHARLESTON, SC 29406 | |
| 10925 | POLYPURE, JOHN RINGER, 5930 SOUTEL DR, JACKSONVILLE, FL 32219-3740 | |
| 10925 | POLYSCIENCES INC, 400 VALLEY ROAD, WARRINGTON, PA 18976 | |
| 10925 | POLY-SEAL CORP., 1810 PORTAL ST., BALTIMORE, MD 21224 | |
| 10925 | POLYSPEDE ELECTRONICS, 6770 TWIN HILLS AVE., DALLAS, TX 75231-6559 | |
| 10925 | POLYSPEDE ELECTRONICS, PO BOX 822720, DALLAS, TX 75382-2720 | |
| 10925 | POLYSTAR, INC, 573-7E HIGHLAND ROAD, MACEDONIA, OH 44056 | |
| 10925 | POLYSTEEL ATLANTIC LIMITED, 468 PORTSWAY AVE, NORTH SYDNEY, NS B2A 3L7CANADA | *VIA Deutsche Post* |
| 10925 | POLYSTYRENE PRODUCTS CO INC., 8875 KELSO DRIVE, BALTIMORE, MD 21221 | |
| 10925 | POLYTAINERS, INC, 1400 NORTH DOUGLAS, LEES SUMMIT, MO 64063 | |
| 10925 | POLYTECHNIC TA COURSE, 6 METROTECH CENTER, BROOKLYN, NY 11201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   POLYTEX ENVIRONMENTAL INKS LTD, 820 EAST 140TH STREET, BRONX, NY 10454

10924   POLYTRADE, 1105 - M UPLAND DRIVE, HOUSTON, TX 77043

10924   POLYTRON CORP., 53155 OAKTON DRIVE, SOUTH BEND, IN 46635

10925   POLZIN, MICHAEL, 1524 S. 80TH ST, WEST ALLIS, WI 53214

10925   POLZINE, ANTHONY, 10303 ROYAL MEADOW, SAN ANTONIO, TX 78239

10925   POLZKILL, MICHAEL, 2116 N. 200 RD., WELLSVILLE, KS 66092

10925   POMALES, ANNA, 40 JONES ST, JERSEY CITY, NJ 07306

10925   POMAR, MARION, 402 N. PEAR, BEEBE, AR 72012

10925   POMAR, MILDRED, PO BOX 7662, LONGRIVER, TX 75607

10925   POMARICO, CLAIRE MAURE, 19 PINE BROOK DR, KINGSTON, MA 02364

10925   POMERANZ, REBECCA, 2745 NE 15 ST, POMPANO BEACH, FL 33062

10925   POMERING, H, 6500 GILLIA CIRCLE S, MEMPHIS, TN 38135

10925   POMERING, MIREE, 6500 GILLIA CIRCLE S., MEMPHIS, TN 38135

10924   POMEROY CORPORATION - DON'T USE, THIS IS A DUPLICATE!!!, 500 HOPPER STREET, PETALUMA, CA 94952

10924   POMEROY CORPORATION, 500 HOPPER STREET, PETALUMA, CA 94952

10924   POMEROY CORPORATION, ATTENTION: ACCOUNTS PAYABLE, PETALUMA, CA 94953-0411

10924   POMEROY CORPORATION, P.O. BOX 411, PETALUMA, CA 94953

10925   POMEROY, JR, LAWRENCE, RR #4, BOX 284B, WINONA, MN 55987

10925   POMEROY, L, 602 WALNUT ST, WINONA, MN 55987-3679

10925   POMEROY, LAURA, 117 MANKATO AVE, WINONA, MN 55987

10925   POMEROY, MELVIN, 455 WOODBURY, CRAIG, CO 81625

10925   POMMET, JAMES A, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   POMMET, JAMES, 35 BONNER AVE, MEDFORD, MA 02155

10925   POMMIER, AARON, 905 BROOKMONT BLVD., BRADLEY, IL 60915

10925   POMMIER, DONNA, 1071 S. 8TH, KANKAKEE, IL 60901

10925   POMP, RICHARD D, 65 ELIZABETH ST, HARTFORD, CT 06105-2290

10924   POMPA BROS, 5 PETRIFIED GARDENS RD., SARATOGA SPRINGS, NY 12866

10924   POMPA BROS, P.O. BOX 561, BALLSTON SPA, NY 12020

10924   POMPA BROS, PO BOX 561, BALLSTON SPA, NY 12020

10925   POMPA, MARY, 1306 AVE J, LEVELLAND, TX 79336

10925   POMPA, RAY, RT 6 BOX 6429, PEARLAND, TX 77581

10925   POMPANO ELECTRIC UTILITIE, PO BOX 102188, ATLANTA, GA 30368-2188

10924   POMPANO EXPORT INC., C/O KUNKEL - WIESE INC., POMPANO BEACH, FL 33064

10925   POMPANO FIRE EQUIPMENT, 11 SW 5 COURT, POMPANO BEACH, FL 33060

10925   POMPANO FIRE EQUIPMENT, DEPT AT 40199, ATLANTA, GA 31192-0199

10925   POMPANO LOCK & DOOR, 1294 N.FEDERAL HWY., POMPANO BEACH, FL 33062

10925   POMPANO LOCK & DOOR, 1400 S.W. 3RD ST, POMPANO BEACH, FL 33069

10925   POMPE, DEBRA, 2711 FARMHOUSE COURT, EASTON, PA 18045

10924   POMPERAUG HIGH SCHOOL, 234 JUDD ROAD, SOUTHBURY, CT 06488

10925   POMPHREY JR, FREDERICK, 31 CYPRESS DRIVE, EATONTOWN, NJ 07724

10924   POMPILI PRECAST CONCRETE, 12307 BROADWAY AVENUE, GARFIELD HEIGHTS, OH 44125

10924   POMPILI PRECAST CONCRETE, 12307 BROADWAY, GARFIELD HEIGHTS, OH 44125

10925   POMPS TIRE SERVICE INC., PO BOX 1630, GREEN BAY, WI 54305-1630

10925   POMRENING, EVE, 1012 N. LEMINWAH, APPLETON, WI 54911

10924   PONCE & BENZO SUCR., C.A., 2DA. AVENIDA URB. SANTA EDUVIGIS, CARACAS, VENZUALA        **\*VIA Deutsche Post\***

10925   PONCE DE LEON, FRANK, 5071 S.W. 154TH PL, MIAMI, FL 33185

10924   PONCE WASTE DISPOSAL INC, PO BOX 111, MERCEDITA, 00715-0111PUERTO RICO        **\*VIA Deutsche Post\***

10925   PONCE WASTE DISPOSAL, PO BOX 111, MERCEDITA, PR 7150111PUERTO RICO        **\*VIA Deutsche Post\***

10925   PONCE, DE, 2715 BOOKINS, ODESSA, TX 79762

10925   PONCE, ELVIRA, 215 E. DIAZ, PHARR, TX 78577

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PONCE, GUADALUPE, 10724 LIMAS, EL PASO, TX 79935 | |
| 10925 | PONCE, JUAN, 544 N PARKER ST, ORANGE, CA 92668 | |
| 10925 | PONCE, MIGUEL, 11249 TENAHA, EL PASO, TX 79936 | |
| 10925 | PONCE, RAUL, 546 N PARKER ST, ORANGE, CA 92668 | |
| 10925 | PONCSAK, MICHAEL, PO BOX 264, PORTLAND, ME 04112 | |
| 10924 | POND SUPPLIES OF AMERICA, INC., 1204A DEER STREET, YORKVILLE, IL 60560 | |
| 10924 | POND SUPPLIES OF AMERICA, INC., 322 CAMP HORN ROAD, PITTSBURGH, PA 15202 | |
| 10925 | POND TECHNICAL SALES, INC, 174 NORTH PLAINS INDUSTRIAL ROAD, WALLINGFORD, CT 06492 | |
| 10925 | POND, KENNITA, 6802 XANA WAY, CARLSBAD, CA 92009-6026 | |
| 10925 | POND, RICHARD, 9304 KINGS GRANT RD, LAUREL, MD 20723 | |
| 10925 | PONDER, KAREN, 604 WOODCREST, MOORE, OK 73160 | |
| 10925 | PONDER, SHELIA, RT 5 BOX 232 POWERS, MONROE, GA 30655 | |
| 10925 | PONDER, VALERIE, 1900 CHRISTINE, BOSSIER CITY, LA 71112 | |
| 10925 | PONDERCEL S.A., SIERRA DE LA CAMPANA 3400, CHIHUAHUA, MEXICO | *VIA Deutsche Post* |
| 10925 | PONG MOON CHANG, 41 ANNANDALE RD, NASHVILLE, TN 37215-5820 | |
| 10925 | PONISH, GREGORY, RR#5 BOX 104-ANUE, MIFFLEINBURG, PA 17844 | |
| 10925 | PONN MACHINE CUTTING CO, 20 A CROSS ST, WOBURN, MA 01808 | |
| 10925 | PONN MACHINE CUTTING CO, 20A CROSS ST, WOBURN, MA 01801 | |
| 10925 | PONO, LUCILLE, 406 ADMIRAL ST, PROVIDENCE, RI 02908 | |
| 10925 | PONSOCK, CASSAUNDRA, 530 EAST SECOND AVE., SUN VALLEY, NV 89433 | |
| 10925 | PONSON, KEITH, 121 ST. ANN, RACELAND, LA 70394 | |
| 10925 | PONTE VEDRA INN & CLUB, 200 PONTE VEDRA BLVD, PONTE VEDRA BEACH, FL 32082 | |
| 10924 | PONTIAC CEILING & PARTITION, 715 AUBURN AVE, PONTIAC, MI 48056 | |
| 10924 | PONTIAC CEILING & PARTITION, PONTIAC, MI 48340 | |
| 10924 | PONTIAC CEILING, 25 PARSONS ROAD, DETROIT, MI 48201 | |
| 10924 | PONTIAC CEILING, 715 AUBURN ROAD, PONTIAC, MI 48343-0119 | |
| 10925 | PONTIKIS, THOMAS, 20 N WACKER DR SUITE 2100, CHICAGO, IL 60606 | |
| 10925 | PONTIUS, MARCIA, 43 HIGHLAND RD, STAMFORD, CT 06902 | |
| 10925 | PONTON, BEVERLY, 166 SOUTH FRASER, KANKAKEE, IL 60901-3352 | |
| 10925 | PONTON, CAROLYN, ROUTE 2, ST ANNE, IL 60964 | |
| 10925 | PONTON, MONICA, 6781 22ND ST NORTH, ST PETERSBURG, FL 33702 | |
| 10925 | PONTOW, TODD, 2250 FARLIN AVE, GREEN BAY, WI 54302 | |
| 10924 | POOL & SPA DEPOT, 1805 ANTIOCH PIKE, ANTIOCH, TN 37013 | |
| 10924 | POOL BLDRS SUPPLY OF THE, CAROLINAS INC, CHARLOTTE, NC 28204 | |
| 10924 | POOL BUILDERS SUPPLY, 10490 DOW-GIL ROAD, ASHLAND, VA 23005 | |
| 10924 | POOL BUILDERS SUPPLY, 2000 RIVER ROAD, GREER, SC 29650 | |
| 10924 | POOL BUILDERS SUPPLY, 3105 S.ELM ST, GREENSBORO, NC 27406 | |
| 10924 | POOL BUILDERS SUPPLY, 3105 SO. ELM ST., GREENSBORO, NC 27406 | |
| 10924 | POOL BUILDERS SUPPLY, 6480 BEST FRIEND RD, NORCROSS, GA 30071 | |
| 10924 | POOL BUILDERS SUPPLY, 6480 BEST FRIEND ROAD, NORCROSS, GA 30071 | |
| 10924 | POOL BUILDERS, 110 INDUSTRIAL BLVD., GREENSBORO, NC 27420 | |
| 10924 | POOL BUILDERS, 6480 BEST FRIEND ROAD, NORCROSS, GA 30071 | |
| 10924 | POOL BUILDERS, INC., 1124 CENTRAL AVE., CHARLOTTE, NC 28204 | |
| 10924 | POOL EQUIPMENT & SUPP, 893 PLANTATION WAY, MONTGOMERY, AL 36117 | |
| 10924 | POOL EQUIPMENT & SUPPLY, 3482 OAKCLIFF ROAD, ATLANTA, GA 30340 | |
| 10924 | POOL EQUIPMENT & SUPPLY, SUITE C, 3482 OAKCLIFF ROAD, ATLANTA, GA 30340 | |
| 10924 | POOL KING RECREATION INC, #2 HOOD DRIVE, OLNEY, MO 63370 | |
| 10924 | POOL KING RECREATION INC, 2261 LEMAY FERRY ROAD, SAINT LOUIS, MO 63125 | |
| 10924 | POOL KING RECREATION, 13726 RIDER TRAIL N., EARTH CITY, MO 63045 | |
| 10924 | POOL KING RECREATION, 1545 N HIGHWAY #67, FLORISSANT, MO 63031 | |
| 10924 | POOL KING RECREATION, 1545 NORTH HWY. 67, FLORISSANT, MO 63031 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | POOL KING RECREATION, INC., 2261 LEMAY FERRY ROAD, SAINT LOUIS, MO 63125 | |
| 10924 | POOL KING RECREATION, INC., 4024 N.SERVICE ROAD, SAINT PETERS, MO 63376 | |
| 10924 | POOL 'N SPA FACTORY OUTLET, 5 RULAND ROAD, MELVILLE, NY 11747 | |
| 10924 | POOL 'N SPA FACTORY OUTLET, 720 SOUTH PULASKI HWY., BEAR, DE 19701 | |
| 10924 | POOL TOWN, 8914 E VALLEY BLVD, ROSEMEAD, CA 91770 | |
| 10925 | POOL, A VANCE, 2817 N W 68 LANE, MARGATE, FL 33063 | |
| 10925 | POOL, ALAN, 2817 NW 68TH LANE, MARGATE, FL 33063 | |
| 10925 | POOL, JAMES, 8114 E. 19TH, TULSA, OK 74112 | |
| 10925 | POOL, L, 290 WEST, SONORA, TX 76950 | |
| 10925 | POOL, SUSAN, 1300 SUNSET DR., ENNIS, TX 75119 | |
| 10925 | POOL, VICKIE, 1419 GENERAL LEE AVE, FAYETTEVILLE, NC 28305 | |
| 10925 | POOLE & MCKINLEY, 106 EAST COLLEGE AVE, TALLAHASSEE, FL 32301 | |
| 10925 | POOLE & SHAFFERY, DAVID S POOLE, 445 S FIGUEROA ST STE 2520, LOS ANGELES, CA 90071-1629 | |
| 10925 | POOLE BROTHERS LUMBER, TOWNSEND AVE, BOOTHBAY HARBOR, ME 04538 | |
| 10925 | POOLE INTERNATIONAL GROUP, NETHERHART RD., MISSISSAUGUA, ON L5T 1C3CANADA | *VIA Deutsche Post* |
| 10925 | POOLE JR, LAURANCE, 3008 FALMOUTH DR, CHESAPEAKE, VA 23321 | |
| 10925 | POOLE, ANDREW, 5 ELAINE ROAD, WOBURN, MA 01801 | |
| 10925 | POOLE, AVERY, 135 MILL ST, WOODRUFF, SC 29388 | |
| 10925 | POOLE, C, 9137 FOX LONAS ROAD, KNOXVILLE, TN 37923 | |
| 10925 | POOLE, CHARLES, RT. 1 BOX 366, COLUMBIA, LA 71418 | |
| 10925 | POOLE, CHERYL, 85302 PERRY ROAD, COVINGTON, LA 70423 | |
| 10925 | POOLE, DEBRA, 114 NE 16TH COURT DELRAY BEACH FL, DELRAY BEACH, FL 33444 | |
| 10925 | POOLE, ELVIN, PO BOX 243, HAYES, LA 70646-0000 | |
| 10925 | POOLE, FELICIA, 9504 WOODLAWN, DETROIT, MI 48213 | |
| 10925 | POOLE, HENRY, 502 AGEWOOD DR, SIMPSONVILLE, SC 29680 | |
| 10925 | POOLE, HILLERY, 14720 RIDGE PT DR #1C, MIDLOTHIAN, VA 23112 | |
| 10925 | POOLE, JAMES, 12 RIDGECREST TRL PK, FOUNTAIN INN, SC 29644 | |
| 10925 | POOLE, JOHN, PO BOX 204, SHAREINGTON, LA 70532-0204 | |
| 10925 | POOLE, JOSEPH, PO BOX 123, CLEVELAND, SC 29635 | |
| 10925 | POOLE, KEITH, RT 1 BOX 224, BALDWIN, GA 30511 | |
| 10925 | POOLE, LAWRENCE, 3445 RIFORD CT., CRAIG, CO 81625 | |
| 10925 | POOLE, LESTER, 435 TRANYHAM ROAD, HONEA PATH, SC 29654 | |
| 10925 | POOLE, LINDA, 10627 HERMOSA, DALLAS, TX 75218 | |
| 10925 | POOLE, LINDA, 113 BEACON HILL ROAD, TEMPLE, PA 19560 | |
| 10925 | POOLE, M, 735 PATTERSON ROAD, SPARTANBURG, SC 29307 | |
| 10925 | POOLE, MILDRED, PO BOX 13003, RICHMOND, VA 23235 | |
| 10925 | POOLE, MITZIE, 6 PEARMAC COURT, WOODRUFF, SC 29388-8922 | |
| 10925 | POOLE, NELLE, 14 IDLEWOOD DRIVE, GREENVILLE, SC 29609-4804 | |
| 10925 | POOLE, PATRICIA, 110 DEERFIELD DRIVE, LAURENS, SC 29360 | |
| 10925 | POOLE, R, 708 BRENTWOOD LN, SIMPSONVILLE, SC 29680-3115 | |
| 10925 | POOLE, R, PO BOX 772, MARIETTA, SC 29661-0772 | |
| 10925 | POOLE, RHONDA, 5 ELAINE ROAD, WOBURN, MA 01801 | |
| 10925 | POOLE, RUSSELL, 1218 W GEORGIA ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | POOLE, SCOTT, 1000 PINEGATE DRIVE APT F-98, SPARTANBURG, SC 29303 | |
| 10925 | POOLE, TEDDIE, 2104-A FOURTH ST, JONESVILLE, LA 71343 | |
| 10925 | POOLE, TERRY, 809 CORNELIUS RD, CEDARTOWN, GA 30125 | |
| 10924 | POOLS & MORE, 4420 S. DIXIE HWY., FRANKLIN, OH 45005 | |
| 10924 | POOLS & SPAS & STUFF, 717 E. RIDGE ROAD, GARY, IN 46406 | |
| 10924 | POOLS A GO-GO, INC., 48270 VAN DYKE, UTICA, MI 48315 | |
| 10924 | POOLS ETC., HWY. 15-501, ABERDEEN, NC 28315 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | POOLS N SPAS & STUFF, INC., 901 W. 62ND ST., MERRILLVILLE, IN 46410 | |
| 10924 | POOLS, ECT., HWY. 15-501, ABERDEEN, NC 28315 | |
| 10924 | POOLS, INCORPORATED, 48270 VAN DYKE, UTICA, MI 48315 | |
| 10925 | POOLSIDE, PO BOX 1635, BOCA RATON, FL 33429 | |
| 10924 | POOR BOY GLASS CO., 5388 NORTON ROAD, GROVE CITY, OH 43123 | |
| 10925 | POOR, BRIAN, 51 POND ST, APT 15, WALTHAM, MA 02451-4539 | |
| 10925 | POORE, CHARLIE, 144 POORE DRIVE, HONEA PATH, SC 29654 | |
| 10925 | POORE, WILFORD, 117 POORE DRIVE, HONEA PATH, SC 29654 | |
| 10925 | POORMAN, JONNA, 132 BUCKTHORN CT, MANSFIELD, OH 44907 | |
| 10925 | POP TOPS CO. INC., 10 PLYMOUTH DRIVE, SOUTH EASTON, MA 02375 | |
| 10925 | POPE & TALBOT, PO BOX 2000, CASTLEGAR, BC VIN464CANADA | *VIA Deutsche Post* |
| 10924 | POPE AIR FORCE BASE, C/O STANDARD INSULATING, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28231 | |
| 10924 | POPE CHEVROLET, GEORGIA 400 & MANSELL RD., ALPHARETTA, GA 30004 | |
| 10925 | POPE INDUSTRIES INC, THEODORE CHEN PRES, 585 MIDDLESEX ST, LOWELL, MA 01851 | |
| 10925 | POPE JOHN PAUL II H S, 4001 NORTH MILITARY TRAIL, BOCA RATON, FL 33431-4302 | |
| 10925 | POPE SCIENTIFIC INC., PO BOX 495, MENOMONEE FALLS, WI 53052 | |
| 10925 | POPE, AARIAN, 2251 SHERMA AVE NW, WASHINGTON, DC 20001 | |
| 10925 | POPE, ANDREA, 2626 JOHN WEST RD., MESQUITE, TX 75150 | |
| 10925 | POPE, BETTY, 505 2ND ST PO BOX 201, LEWIS, IA 51544 | |
| 10925 | POPE, CANARIE, 1701 PEARLIE 3-A, WICHITA FALLS, TX 76306 | |
| 10925 | POPE, CARL, 941 48TH ST NO, BIRMINGHAM, AL 35212 | |
| 10925 | POPE, CARRIE, 13114 WCR 46, PLATTEVILLE, CO 80651 | |
| 10925 | POPE, EDDIE, 3506 WILDEWOOD #76, SAN ANGELO, TX 76904 | |
| 10925 | POPE, ELGIA, 2325 SUNTUOSO CT., 14, FARMINGTON, NM 87401 | |
| 10925 | POPE, H, ROUTE 1 BOX 254, ENIGMA, GA 31749 | |
| 10925 | POPE, HARRY, 5016 FERNDALE ROAD, WILMINGTON, NC 28405 | |
| 10925 | POPE, HURSHELL, ROUTE 1 - BOX 254, ENIGMA, GA 31749 | |
| 10925 | POPE, JILL, 6420 HWY 311 N, WALKERTOWN, NC 27051 | |
| 10925 | POPE, JOSEPH, 1902 N. MIDLAND DRIVE #1308, MIDLAND, TX 79707 | |
| 10925 | POPE, KAREN, 1321 NORTH MERIDIAN ST, #314, INDIANAPOLIS, IN 46202 | |
| 10925 | POPE, KATHE, 10045 MAINS COURT, GOODRICH, MI 48438 | |
| 10925 | POPE, MARIE, 77 CREST ST, HARDING, PA 18643 | |
| 10925 | POPE, MARTHA, 2118 SELMA, WICHITA FALLS, TX 76306 | |
| 10925 | POPE, PAIGE, 14 LAKEVIEW DR., ROCKMART, GA 30153 | |
| 10925 | POPE, SHARRI, 5075 VALLEY CREST DR#257, CONCORD, CA 94521-0000 | |
| 10925 | POPE, TEENA, 3140 A DRIFTWOOD, CHARLOTTE, NC 28205 | |
| 10925 | POPE, TIMOTHY, RT 1 BOX 75, MOORSEVILLE, NC 28115 | |
| 10925 | POPE, TRISHA, 1508 AUTUMN LANE, LUGOFF, SC 29078 | |
| 10925 | POPEJOY, MATHEW, 105 E MAIN, BOX 94, RICHLAND, IA 52585 | |
| 10925 | POPELA JR, J P, 2346 BURR OAK AVE, NORTH RIVERSIDE, IL 60546-1320 | |
| 10924 | POPEYE'S #I?, 3670 WEST CHASE DRIVE, HOUSTON, TX 77042 | |
| 10924 | POPEYE'S #III, 12550 BELLAIRE, HOUSTON, TX 77072 | |
| 10925 | POPHAM CONWAY SWEENY FREMONT BUNDS, 1300 COMMERCE TRUST BLDG, 922 WALNUT ST, KANSAS CITY, MO | |
| 10925 | POPHAM HAIK SCHNOBRICH & KAUFMAN, 222 SOUTH NINTH ST, MINNEAPOLIS, MN 55402 | |
| 10925 | POPHAM HAIK SCHNOBRICK, 222 SOUTH 9TH ST, MINNEAPOLIS, MN 55402 | |
| 10925 | POPHAM, KAREN, 7825 LAKEVIEW DR, BLACK FOREST, CO 80908 | |
| 10925 | POPLAWSKI, BARBARA, RT 1 BOX 62, LAKE VILLAGE, IN 46349 | |
| 10925 | POPLAWSKI, CATHY, RT 2 BOX 58, LAKE VILLAGE, IN 46349 | |
| 10925 | POPOVICH, BEVERLY, 229 KINGS WAY, UNIONTOWN, PA 15401 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 POPOVICH, JULIE, 11070 MEAD RD # 1504, BATON ROUGE, LA 70816

10925 POPOVICH, KIMBERLY, 7250-D COLUMBIA CT, SAN DIEGO, CA 92122

10925 POPOVICH, PETER, CUST, KEITH JAMES POPOVICH, UNIF GIFT MIN ACT-WV, RFD 7 BOX 169 A, MORGANTOWN, WV 26505-9135

10925 POPOVITCH, PATRICK, 8892 STONEBROOK LN, COLUMBIA, MD 21046

10925 POPOWICH, SCOTT, 3611 CRESTVIEW DR, APPLETON, WI 54915

10925 POPPE, KARL, 1643 MAIN ST, MARSHFIELD, MA 02050

10925 POPPELREITER, THOMAS, 704 N. CATALINA, TUCSON, AZ 85711

10925 POPPER, FELIX, 22 SCOTT AVE, NASHUA, NH 03062-2504

10925 POPPER, TIMOTHY, 24 DUNMORE ROAD, CATONSVILLE, MD 21228

10925 POPPY RIDGE GOLF COURSE, 4280 GREENVILLE ROAD, LIVERMORE, CA 94550

10925 POPULAR LEASING & RENTAL INC, OLD SAN JUAN STATION, SAN JUAN, PR 00902-6245

10925 POPULAR LEASING & RENTAL INC, PO BOX 50045, OLD SAN JUAN STATION, SAN JUAN, PR 00902-6245

10925 POPULAR LEASING, PO BOX 15011, SAN JUAN, PR 00902-8511

10925 POPULATION OF THE CITY OF LIBBY, PUBLICATION,

10925 PORADEK, MARK, 1287 SHAWANO AVE # 6, GREEN BAY, WI 54303

10925 PORCARO, SHEILA, 31 DALY ROAD, MEDFORD, MA 02155

10925 PORCELAIN PATCH & GLAZE CORP OF AME, 140 WATERTOWN ST, WATERTOWN, MA 02172

10925 PORCELAIN PRODUCTS CO, BLDG 5 DOCK 7, 225 N PATTERSON ST, CAREY, OH 43316

10924 PORCELAIN PRODUCTS COMPANY, 225 N. PATTERSON STREET, CAREY, OH 43316

10925 PORCELLO, WILLIAM, 406 HILL CREST RD, NEEDHAM, MA 02192

10925 PORCELLO, WILLIAM, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925 PORCH JR, THEODORE, RT 1 BOX 25, GARYSBURG, NC 27831

10925 PORCH, IDA, RT 1 BOX 51, GARYSBURG, NC 27831

10925 PORCH, NICOLE, 3031 N CIVIC CNTR, SCOTTSDALE, AZ 85251

10925 PORCH, THEODORE, RT 1 BOX 25, GARYSBURG, NC 27831

10925 PORCHAI ASSAVABORVORNVONG, 364/117 ROYAL NINE RESIDENT, SOI JAPANESE SCHOOL, **\*VIA Deutsche Post\*** RAMA 9 RD, BANGKAPI HUAYKWANG, BANGKOK, 10320BANGKOK

10925 PORCHE, JR, ERNEST, 107 DUPRE ST, HOUMA, LA 70364

10925 PORCINO, JILL, 207TA RODGERS FORGE ROAD, BALTIMORE, MD 21212

10925 PORE, MIKKI, 4800 SIMMONS LANE, EFLAND, NC 27243

10925 PORINCHAK, JOSEPH, 1801 RAINBOW DRIVE, SILVER SPRING, MD 20904

10925 POROCEL CORP, PO BOX 3980, LITTLE ROCK, AR 72203-3950

10925 POROCEL CORP., 1 LANDY LANE, READING, OH 45215

10925 POROCEL CORP., 10300 ARCH ST. PIKE, LITTLE ROCK, AR 72206

10924 POROCEL CORPORATION, 10300 ARCH STREET PIKE, LITTLE ROCK, AR 72206

10925 POROCEL, 10777 WESTHEIMER, SUITE 1100, HOUSTON, TX 77042

10925 POROCEL, ATTN: RACHEL PRITCHARD, 1 LANDY LANE, READING, OH 45215

10925 POROCHONSKI, JEAN, 750 S.E. 6TH AVE APT #220, DEERFIELD BEA, FL 33441

10925 POROUS MEDIA CORP, 1350 HAMMOND ROAD, SAINT PAUL, MN 55110

10924 POROUS MEDIA CORP., 1350 HAMMOND ROAD, SAINT PAUL, MN 55110

10925 POROUS MEDIA LTD, 1107 SOUTH I-45, CONROE, TX 77301

10925 PORRAS JT TEN, JUAN F & JUAN JOSE, 4 AVE-A 22-06 ZONA 14, GUATEMALA CITY, GUATEMALA **\*VIA Deutsche Post\***

10925 PORRAS, ANGIE, HCR 1 BOX 260, STRATFORD, TX 79084

10925 PORRAS, DANNY, 23411 SUMMERFIELD APT 21-K, ALISO VIEJO, CA 92656

10925 PORRAS, JOHN, 2015 SPRUCE ST, SANTA ANA, CA 92704

10925 PORRAS, JUAN, SECCION 209 PO BOX 02-5289, MIAMI, FL 33102

10925 PORRAS, LUZ, 707 BLACKSTONE, ODESSA, TX 79763

10925 PORRAS, RAFAEL, 5975 LUBBOCK AVE., LA MESA, CA 91942

10925 PORRAS, SANJUANA, 2209 S. TYLER # 2, AMARILLO, TX 79109

10925 PORRAS, STEPHEN, 10791 BERRY AVE, ANAHEIM, CA 92804

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PORRECA, JOSEPH, 9 MANSFIELD ST, EVERRET, MA 02149 | |
| 10925 | PORT AGGREGATES, INC, ONE LAKESHORE DR., SUITE 1200, LAKE CHARLES, LA 70629 | |
| 10925 | PORT AUTHORITY OF NEW YORK & NJ, MS KATHY KOVACH ENV COORD, ONE WORLD TRADE CTR - 64W, NEW YORK, NY 10048 | |
| 10925 | PORT AUTHORITY OF NEW YORK, THE, POBOX 1310, FORT LEE, NJ 07024 | |
| 10925 | PORT AUTHORITY OF NY & NJ, ONE WORLD TRADE CENTER,, NEW YORK, NY 10048 | |
| 10925 | PORT AUTHORITY OF NY & NJ, ONE WORLD TRADE CTR - 64W, NEW YORK, NY 10048 | |
| 10925 | PORT AUTHORITY OF NY & NJ, PO BOX 17309, NEWARK, NJ 07194 | |
| 10925 | PORT AUTHORITY OF NY & NJ, THE, PO BOX 17309, NEWARK, NJ 07194-0001 | |
| 10924 | PORT CITY READY MIX, 1780 SHERIDIAN DRIVE, MUSKEGON, MI 49444 | |
| 10924 | PORT CITY READY MIX, P.O. BOX 4029, MUSKEGON, MI 49444 | |
| 10924 | PORT CITY READY MIX, PO BOX 4029, MUSKEGON, MI 49444 | |
| 10924 | PORT COLUMBUS INTERNATIONAL AIRPORT, C/O PJ DICK, 4480 INTERNATIONAL GATEWAY, COLUMBUS, OH 43219 | |
| 10924 | PORT HUENEME, NCBC, CODE 645, 1000 23RD AVENUE, PORT HUENEME, CA 93043 | |
| 10924 | PORT HURON BUILDING SUPPLY, 3555 ELECTRIC AVE., PORT HURON, MI 48060 | |
| 10924 | PORT HURON MERCY HOSPITAL, ***NO CASH SALES** NO ORDERS AT ALL, 2801 ELECTRIC AVENUE, PORT HURON, MI 48060 | |
| 10924 | PORT MANATEE CRUISE TERMINAL, 13231 EASTERN AVENUE, PALMETTO, FL 34221 | |
| 10924 | PORT MARINE, 1982 GLADWICK STREET, RANCHO DOMINGUEZ, CA 90220 | |
| 10924 | PORT OF PALM BEACH DISTRICT, 4 EAST PORT ROAD, RIVIERA BEACH, FL 33404 | |
| 10925 | PORT PETROLEUM, INC, PO BOX 21092, FORT LAUDERDALE, FL 33335 | |
| 10925 | PORT PRINTING, 931 HODGES ST, LAKE CHARLES, LA 70601 | |
| 10925 | PORT ROYAL TAPES, INC, 1020B S.W. 10TH AVE.-BAY 4, POMPANO, FL 33069 | |
| 10925 | PORT ST LUCIE TRACTOR SERVICE INC, 3102 ENTERPRISE ROAD, FORT PIERCE, FL 34982 | |
| 10925 | PORT, 66 FORT POINT ST, NORWALK, CT 06855 | |
| 10925 | PORT, 66 FORT POINT ST., NORWALK, CT 06855 | |
| 10924 | PORT, BALTIMORE, MD 21224 | |
| 10924 | PORT, BRITT FERGUSON 501-490-4787, 5501 THIBAULT ROAD, LITTLE ROCK, AR 72206 | |
| 10925 | PORT, FALINE, 1654 WOODHURST AVE., MAYFIELD HEIGHTS, OH 44124 | |
| 10925 | PORT, INC, 66 FORT POINT ST, NORWALK, CT 06855 | |
| 10925 | PORT, JENNIFER, 5123 45 TH ST N W, WASH, DC 20016 | |
| 10925 | PORT, JOHN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33486-1010 | |
| 10925 | PORT, JOHN, 936 SW 38TH CT, BOYNTON BEACH, FL 33435 | |
| 10925 | PORTA POWER, 3939 WILLIAMS, DENVER, CO 80205 | |
| 10925 | PORTA, LUCIANO, 2300 W 66TH PL, HIALEAH, FL 33016 | |
| 10925 | PORTABLE JOHN, 13747 W 159TH ST, LOCKPORT, IL 60441 | |
| 10924 | PORTABLE PLANT SPECIALISTS INC., DECATUR AVENUE OFF CRAIG ROAD, NORTH LAS VEGAS, NV 89031 | |
| 10924 | PORTABLE PLANT, WICHITA FALLS, TX 76301 | |
| 10925 | PORTABLE STRUCTURES, INC, PO BOX 610, LYNNFIELD, MA 01940 | |
| 10925 | PORTABLE TOOL SALES & SERVICE, 13401 S. HALSTED ST., RIVERDALE, IL 60627 | |
| 10924 | PORT-A-CRETE INC., P O BOX 874, SAINT PETERS, MO 63376 | |
| 10924 | PORT-A-CRETE, INC., PO BOX 874, SAINT PETERS, MO 63376 | |
| 10924 | PORT-A-CRETE, INC., VARIOUS MISSOURI LOCATIONS, CAMBRIDGE, MA 02140 | |
| 10924 | PORTAGE CONCRETE CO INC, P O BOX 507, PORTAGE, WI 53901 | |
| 10924 | PORTAGE CONCRETE, 16 & 51 SOUTH, PORTAGE, WI 53901 | |
| 10924 | PORTAGE CONCRETE, BOX 130, BARABOO, WI 53913 | |
| 10925 | PORTAGE COUNTY CHILD SUPPORT, 449 SOUTH MERIDIAN ST, RAVENNA, OH 44266 | |
| 10925 | PORTAGE COUNTY CHILD SUPPORT, PO BOX 1208, RAVENNA, OH 44266-1208 | |
| 10924 | PORTAGE COUNTY COURTHOUSE, 1985 MANCHESTER ROAD, AKRON, OH 44314 | |
| 10924 | PORTAGE COUNTY COURTHOUSE, 203 WEST MAIN STREET, RAVENNA, OH 44266 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PORTAGE ELECTRIC PRODUCTS INC, PO BOX 2170, NORTH CANTON, OH 44720

10924   PORTAGE ELECTRIC SUPPLY CO., 413 W. SPRUCE, RAVENNA, OH 44266

10925   PORTAGE ELECTRIC, 7700 FREEDOM AVE NW, NORTH CANTON, OH 44720

10924   PORTAGEVILLE CONC INC, PO BOX 156, PORTAGEVILLE, MO 63873

10924   PORTAGEVILLE CONCRETE INC., HWY 162 EAST & HAYNES DRIVE, PORTAGEVILLE, MO 63873

10924   PORTAGEVILLE CONCRETE INC., P. O. BOX 156, PORTAGEVILLE, MO 62873

10925   PORTAGEVILLE CONCRETE, PO BOX 156, PORTAGEVILLE, MO 63873

10924   PORTAL INC., 10 TRACY DR., AVON, MA 02322

10925   PORTAL, CHARLES, 3 SUMMIT LAKE, KINGWOOD, TX 77339

10924   PORTALES CONCRETE, 2517 W 18TH ST, PORTALES, NM 88130

10924   PORTALES CONCRETE, 2517 W. 18TH AVENUE, PORTALES, NM 88130

10925   PORTE, SOLOMON, 726 SHARON AVE #12-6, PARK CITY, IL 60085

10925   PORTEC, INC, ONE FORGE RD., CANON CITY, CA 81212

10925   PORTELL, CHRISTOPHER, 19019 W LAKE DR, MIAMI, FL 33015

10925   PORTENEUVE, CHARLOTTE, 195 COMMONWEALTH AVEAPT 5, BOSTON, MA 02116

10924   PORTER BISSELL, F&N THOMPSON CO, 4521 SHARON RD., CHARLOTTE, NC 28277

10925   PORTER BOILER SERVICE INC, 2460 CERRITOS AVE, LONG BEACH, CA 90806

10925   PORTER CAPITAL CORP, 809-K BARKWOOD COURT, LINTHICUM, MD 21090

10924   PORTER CONTRACTORS INC, 7413 MCWHORTER PLACE, ANNANDALE, VA 22003

10924   PORTER CONTRACTORS, 7413 MCWHORTER PLACE, ANNANDALE, VA 22003

10924   PORTER DEWITT CONSTRUCTION CO, HWY 61 SOUTH, POPLAR BLUFF, MO 63901

10924   PORTER DEWITT READY MIX COMPANY, 912 MALLORY STREET, DEXTER, MO 63841

10924   PORTER HOSPITAL, SOUTH STREET, MIDDLEBURY, VT 05753

10925   PORTER INSTRUMENT CO, INC, PO BOX 907, HATFIELD, PA 19440-0907

10925   PORTER JT TEN, JOHN G & DEBRA A, 206 REDBUD ST, CELEBRATION, IL 34747-5054

10925   PORTER MALOUF, PO BOX 12768, PO BOX 12768, JACKSON, MS 39236-2768

10925   PORTER MEMORIAL HOSPITAL, 5570 DTC PKWY, ENGLEWOOD, CO 80111

10925   PORTER PAINTS A DIVISON OF, 1915 S BROAD, CHATTANOOGA, TN 37408

10925   PORTER PAINTS, 3112 W HILLSBORO BLVD, DEERFIELD BEACH, FL 33442-9401

10925   PORTER PAINTS, 3112 WEST HILLSBORO BLVD, DEERFIELD BEACH, FL 33442-9401

10925   PORTER PAINTS, PO BOX 101228, WILLIAMSON, GA 30292-1228

10925   PORTER PIPE AND SUPPLY CO, 35049 EAGLE WAY, CHICAGO, IL 60678-1350

10925   PORTER WARNER IND, LLC, N2 EAST 38TH. ST., CHATTANOOGA, TN 37410

10924   PORTER WARNER INDUSTRIES INC, 633 107TH STREET, ARLINGTON, TX 76011

10924   PORTER WARNER INDUSTRIES INC, PO BOX 5926, ARLINGTON, TX 76005-5926

10924   PORTER WARNER INDUSTRIES LLC, 633 107TH STREET, ARLINGTON, TX 76011

10924   PORTER WARNER INDUSTRIES, 6623 E. WASHINGTON BLVD., COMMERCE, CA 90040

10924   PORTER WARNER INDUSTRIES, 6623 EAST WASHINGTON BOULAVARD, COMMERCE, CA 90040

10925   PORTER WARNER INDUSTRIES, LLC, PO BOX 2159, CHATTANOOGA, TN 37409

10925   PORTER, ANNA, 27 WASHINGTON AVE., WALTHAM, MA 02154

10925   PORTER, ANNETTE, 3037 N. 44TH ST., MILWAUKEE, WI 53210

10925   PORTER, ARTHUR, 7 PILGRIM ROAD, WELLESLEY, MA 02181-2426

10925   PORTER, BETTY, 126 S. WALNUT ST, MOMENCE, IL 60954

10925   PORTER, BRETT E, 8165 ANACONDIA RD, OAK HILL, CA 92345

10925   PORTER, BRETT, 8165 ANACONDA ROAD, OAK HILLS, CA 92345

10925   PORTER, CAROLYN, 324 RIDGE ROAD, AMBRIDGE, PA 15003

10925   PORTER, CHARLENE, 5029 BALDPATE, CORPUS CHRISTI TX, TX 78413

10925   PORTER, CLAY, 900 S LOGAN, INDEPENDENCE, MO 64050

10925   PORTER, CODY, 108 REBEL COURT, SIMPSONVILLE, SC 29681

10925   PORTER, DANIELLE, 2560 DELK ROAD, MARIETTA, GA 30067

10925   PORTER, DANNY, RT 1 BOX 149 B, MOMENCE, IL 60954

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PORTER, DAVID, PO BOX 164, KREMLIN, OK 73753 | |
| 10925 | PORTER, DONALD, POST OFFICE BOX 965, GREENVILLE, SC 29602 | |
| 10925 | PORTER, DOUGLAS, 721 HWY A, EDGERTON, WI 53534 | |
| 10925 | PORTER, EDWARD, 4218 CARLO AVE, MACON, GA 31204 | |
| 10925 | PORTER, ELIZABETH, 5406 TRENT ST, CHEVY CHASE, MD 20815 | |
| 10925 | PORTER, ERNEST, 3702 E MCBERRY ST, TAMPA, FL 33610-6424 | |
| 10925 | PORTER, JAMES, 2 RICHARDS DRIVE, FOUNTAIN INN, SC 29644 | |
| 10925 | PORTER, JAMES, 306 HARDY ST, WILLIAMSTON, SC 29697 | |
| 10925 | PORTER, JEAN, 21 FOX CREEK COURT, TRAVELERS REST, SC 29640 | |
| 10925 | PORTER, JERRY, PO BOX 532891, GRAND PRAIRIE, TX 75053-2891 | |
| 10925 | PORTER, JOHN G, 2124 ROUTE 96A, OVID, NY 14521-0000 | |
| 10925 | PORTER, JOHN, 12397 W VEGAS DR, TUCSON, AZ 85736 | |
| 10925 | PORTER, JON, 19040 WENTWORTH, LANSING, IL 60438 | |
| 10925 | PORTER, JOYCE, 1318 POLARIS DR, MOBILE, AL 36617 | |
| 10925 | PORTER, KAREN, 39675 CALLE, MURRIETA, CA 92562 | |
| 10925 | PORTER, KEITH, 48 HANDWICK TERR., BRIGHTON, MA 02135 | |
| 10925 | PORTER, KENNETH E, 38488 S CANYON SHADOWS DR, TUCSON, AZ 85737 | |
| 10925 | PORTER, KENNETH, 38488 SO CANYON SHAWDOWS DRIVE, TUCSON, AZ 85739 | |
| 10925 | PORTER, LAKEISHA, 1006 JASON COURT, GAMBRILLS, MD 21054 | |
| 10925 | PORTER, LESLEY, 3414 JOEL CT., STONE MT., GA 30087 | |
| 10925 | PORTER, LOUIS D, 5603 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | PORTER, LOUIS, 715 205TH ST, PASADENA, MD 21122 | |
| 10925 | PORTER, MARIAN, 3829 W GROVERS, GLENDALE, AZ 85308 | |
| 10925 | PORTER, MICHAEL, 195 HIGH CT.PL. # 8, DECATUR, GA 30032 | |
| 10925 | PORTER, MICHAEL, 2508 MIDDLEGROUND DR N, OWENSBORO, KY 42301 | |
| 10925 | PORTER, NINA, 3131 75TH AVE #3, LANDOVER, MD 20785 | |
| 10925 | PORTER, PAMELA, 4505 RAWLEY, HOUSTON, TX 77020 | |
| 10925 | PORTER, PATRICK, 4012 HAZELWOOD, PEARLAND, TX 77584 | |
| 10925 | PORTER, PATRICK, 525 ELHILOW LANE, TOWNVILLE, SC 29689 | |
| 10925 | PORTER, PENNY, 1914 MCKINNEY ST, BURLINGTON, NC 27215 | |
| 10925 | PORTER, RALPH, 111 BRIGHAM CREEK DR, GREER, SC 29650 | |
| 10925 | PORTER, RANDOLPH, 34 WINTHROP ST, KINGSTON, MA 02360 | |
| 10925 | PORTER, RICHARD, 10304 EAST RIVER S RD, MOMENCE, IL 60954 | |
| 10925 | PORTER, ROBERT, 1601 COWART ROAD, PLANT CITY, FL 33566 | |
| 10925 | PORTER, RODNEY, RT. 2 BOX 459, WINNFIELD, LA 71483 | |
| 10925 | PORTER, RUSSELL, PO BOX 1862, VINTON, LA 70668 | |
| 10925 | PORTER, STANLEY, 409 WALNUT ST, CINCINNATI, OH 45216 | |
| 10925 | PORTER, STEVE, 2828 SILKSTREAM LANE, CHARLOTTE, NC 28262 | |
| 10925 | PORTER, STEVEN, 2216 ADAMS ST, NORWOOD, OH 45212 | |
| 10925 | PORTER, SUSAN, 11 LOWELL AVE, WESTFIELD, MA 01085 | |
| 10925 | PORTER, SUSAN, 3801 KEATS DRIVE, ST LOUIS, MO 63134 | |
| 10925 | PORTER, TERRAL, 2727 OLD FORT ROAD, SUGARLAND, TX 77479 | |
| 10925 | PORTER, TRACY, 9870 RIVERMOUNT, ST LOUIS, MO 63137 | |
| 10925 | PORTER, TRICIA, 5209 FAIRFIELD, METAIRIE, LA 70006 | |
| 10925 | PORTER, WILLIAM B, 1021 MIRROR LAKE LN, CORDOVA, TN 38018 | |
| 10925 | PORTER, WILLIAM, 1021 MIRROR LAKE LN, CORDOVA, TN 38018 | |
| 10924 | PORTER, WRIGHT, MORRIS & ARTHUR, 925 EUCLID AVE STE 1500, CLEVELAND, OH 44115-1405 | |
| 10924 | PORTER-DEWITT READY MIX COMPANY, 912 MALLORY STREET, DEXTER, MO 63841 | |
| 10924 | PORTERET BEAULIEU INDUSTRIE S.A., B.P. 11, BEZOUOTTE   FRANCE, 21310FRANCE | *VIA Deutsche Post* |
| 10925 | PORTERFIELD, LEWIS, RT 2 BOX 142D, BUCHANAN, VA 24066 | |
| 10924 | PORTERS CAMERA, 411 VIKING ROAD, CEDAR FALLS, IA 50613-0628 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PORTERS FLUID POWER INC., 3054 NORTH 30TH AVE, PHOENIX, AZ 85017

10925    PORTERS SUPPPLY CO, INC, 1100 WHISTLER AVE., PO BOX 4451, BALTIMORE, MD 21223-4510

10924    PORTERVILLE CONCRETE PIPE, 474 SOUTH MAIN ST, PORTERVILLE, CA 93257

10924    PORTERVILLE CONCRETE PIPE, P O BOX 408, PORTERVILLE, CA 93257

10924    PORTERVILLE CONCRETE PIPE, P.O. BOX 408, PORTERVILLE, CA 93258

10924    PORTERVILLE READY MIX, 22157 AVE 152, PORTERVILLE, CA 93257

10924    PORTERVILLE READY MIX, 22157 AVENUE 152, PORTERVILLE, CA 93257

10924    PORTERVILLE READY MIX, ATTN:  ACCOUNTS PAYABLE, 22157 AVENUE 152, PORTERVILLE, CA 93257

10924    PORTER-WALKER, INC., PO BOX 519, COLUMBIA, TN 38401

10925    PORTET, MONROE, 2807 N PARHAM SUITE 320, RICHMOND, VA 23294

10925    PORTH, JOHN L, 149 ALPINE RIDGE, BLOWING ROCK, NC 28605

10925    PORTH, JOHN, 149 RAMBLING ROAD, BLOWING ROCK, NC 28605

10925    PORTIE, AMORA, 103 GARDEN ST, SULPHUR, LA 70663

10925    PORTIER, SHARON, 2806 BROADMOOR AVE, HOUMA, LA 70364

10925    PORTIER, WALTER, 531 LIBERTY ST, HOUMA, LA 70360

10924    PORTIFINO BAY HOTEL, 5800 VINELAND RD, ORLANDO, FL 32819

10925    PORTILLA, CECILE, 137 DAFRACK DRIVE, LAKE HIAWATHA, NJ 07034

10925    PORTILLA, MARIO, PO BOX 304, LAKE HIAWATHA, NJ 07034

10925    PORTILLO, CHRISTINA, 1115 KLONDIKE, SAN ANTONIO, TX 78245

10925    PORTILLO, ELSY, 2255 HANNON ST, HYATTSVILLE, MD 20783

10925    PORTILLO, JOSEFINA, 9936 SIDEWINDER, EL PASO, TX 79924

10925    PORTILLO-RODRIGUEZ, JOSE, 8010 14TH AVE., 101, HYATTSVILLE, MD 20783

10925    PORTINAUSE, FRANK D., 1419 SISTRUNCK RD., LAKE CHARLES, LA 70611

10925    PORTINAUSE, FRANK, 1419 SISTRUNK ROAD, LAKE CHARLES, LA 70611

10925    PORTIS, PAUL, 447 WEEKS ST., AKRON, OH 44306

10925    PORTLAND CEMENT ASSOC, 5420 OLD ORCHARD ROAD, SKOKIE, IL 60077-1083

10925    PORTLAND CEMENT ASSOC, PO BOX 92382, CHICAGO, IL 60675-2382

10925    PORTLAND CEMENT ASSOCIATION, PO BOX 92382, CHICAGO, IL 60675

10924    PORTLAND PACKAGING CO, PO BOX 12128, PORTLAND, OR 97212

10924    PORTLAND PLAST./P.H.I. CASCADE GEN, PORTLAND, OR 97266

10924    PORTLAND PLASTERING, 12019 S.E. PARDEE, PORTLAND, OR 97266

10924    PORTLAND STONE WARE CO., P. O. BOX 670, DRACUT, MA 01826-0670

10924    PORTLAND STONEWARE INC, PO BOX670, DRACUT, MA 01826

10925    PORTLOCK, CLARA, 957 MARINE, MOBILE, AL 36603

10925    PORTMAN EQUIPMENT CO., 4331 ROSSPLAIN ROAD, CINCINNATI, OH 45236

10925    PORTMAN MATERIAL HANDLING, LOCATION 0176, CINCINNATI, OH 45264-0176

10925    PORTOCORK AMERICA, 560 TECHNOLOGY WAY, NAPA, CA 94558-6272

10924    PORTOLA PLASTERING & LATH, 533 BOWDOIN ST, SAN FRANCISCO, CA 94134

10925    PORTSIDE TERMINAL SERVICES INC., PO BOX 3490, BALTIMORE, MD 21225-3490

10925    PORTSIDE TERMINAL SERVICES INC., PO BOX 70029, BALTIMORE, MD 21237-2516

10924    PORTSMOUTH BLOCK INC., 2700 GALLIA STREET, PORTSMOUTH, OH 45662

10925    PORTSMOUTH COUNTRY CLUB, 1 COUNTRY CLUB LANE, GREENLAND, NH 03840

10924    PORTSMOUTH HOSPITAL, 333 BORTHWICK AVENUE, PORTSMOUTH, NH 03801

10924    PORTSMOUTH HOSPITAL, PORTSMOUTH HOSPITAL, PORTSMOUTH, NH 03801

10924    PORTSMOUTH HOTEL, 425 WATER STREET, PORTSMOUTH, VA 23704

10924    PORTSMOUTH JUVENILE COURTS, 11204 HOBSON ROAD, ASHLAND, VA 23005

10924    PORTSMOUTH REGIONAL HOSPITAL, EDMRI PHARMACY ADDITION & RENOV., PORTSMOUTH, NH 03802

10924    PORTSON INC, 9201 QUIVIRA ROAD, OVERLAND PARK, KS 66214

10925    PORT-TRONICS INC, 1904 PIEDMONT HWY, GREENVILLE, SC 29605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PORT-TRONICS, 1904 PIEDMONT HWY, GREENVILLE, SC 29605 | |
| 10925 | PORTUESI, TERRANCE, 5 ALPINE LA, HICKSVILLE, NY 11801 | |
| 10925 | PORTUGAL, JOEL, 15 EAST 26 ST, NEW YORK, NY 10010 | |
| 10924 | PORTUGUESE LIASON OFFICE, HQ AFSAC-FLO/PORTUGAL (AFMC), WRIGHTPATTERSON AIR FORCE, OH 45433 | |
| 10925 | PORTUGUESE NAVY LIAISON OFFICE, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5555 | |
| 10925 | PORTUGUESE NAVY, 248-29 BROOKVILLE BLVD, JAMAICA, NY 11422-3333 | |
| 10924 | PORTVILLE CONCRETE PRODUCTS, PO BOXN, PORTVILLE, NY 14770 | |
| 10924 | PORTVILLE CONCRETE, 463 ANDERSON ROAD, PORTVILLE, NY 14770 | |
| 10925 | PORTWOOD, GLENN, PO BOX 6747, MACON, GA 31208 | |
| 10925 | PORTZLINE, ROXANNE, 1977 QUIET LANE, MARION, IA 52302 | |
| 10925 | PORZIO RIOS & ASSC (PATRICIO, SANTA LUCIA 330 7TH FL, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | PORZIO RIOS & CIA, PO BOX 10.294, SANTIAGO - CHILE, CHILE | *VIA Deutsche Post* |
| 10924 | POS PILOT PLANT CORP, 118 VETERINARY ROAD, SASKATOON, SK S7N 2R4TORONTO | *VIA Deutsche Post* |
| 10924 | POS PILOT PLANT CORP., 118 VETERINARY ROAD, SASKATOON, IT S7N 2R4TORONTO | *VIA Deutsche Post* |
| 10925 | POSEIDON ENTERPRISES, INC, 2224 GRAHAM PARK DRIVE, CHARLOTTE, NC 28273 | |
| 10925 | POSEKANY, DARBY, 6306 BROOKMONT COURT, ARLINGTON, TX 76018 | |
| 10925 | POSER, WILLIAM, 200 BETHANY ROAD, HAMLET, NJ 07773 | |
| 10925 | POSEY, BOBBIE, 1628 INA MAE, DEL CITY, OK 73115 | |
| 10925 | POSEY, BRIAN, 1628 INA MAE, DEL CITY, OK 73115 | |
| 10925 | POSEY, C, PO BOX 311, CLIFTON, TX 76634 | |
| 10925 | POSEY, ERVIN, 211 FAIRFIELD NE, AIKEN, SC 29801 | |
| 10925 | POSEY, ERVIN, 888 WINDSOR ROAD, WINDSOR, SC 29856 | |
| 10925 | POSEY, JOYCE, PO BOX 251, MEEKER, CO 81641 | |
| 10925 | POSEY, KATHI, 14685 CASSIANO, ELMENDORF, TX 78112 | |
| 10925 | POSEY, KATHRYN, 310 MILL CREEK CIR, WACO, TX 76712 | |
| 10925 | POSEY, KEVIN, RT. 1 BOX 108-1, JONESVILLE, LA 71343 | |
| 10925 | POSEY, MARGARET, 7915 HORSE, CHARLOTTE, NC 28277 | |
| 10925 | POSEY, MILES, 5209 ROYAL CREEK RD., OKLA. CITY, OK 73135 | |
| 10925 | POSEY, PEARLIE, 12407 WEST VILLAGE, HOUSTON, TX 77039 | |
| 10925 | POSEY, POLLY, N3090 CTY C, KEWAUNEEY, WI 54216 | |
| 10925 | POSEY, RAYMOND, 116 E. NORTHRUP, MIDWEST CITY, OK 73110 | |
| 10925 | POSEY, SYDNEY, 23 FREDA CIR, CALERA, OK 74730-4300 | |
| 10925 | POSEY, WILLIE LEE, 220 TRIPLE CROWN RUN, SAN MARCOS, TX 78666 | |
| 10925 | POSEY, WILLIE, 220 TRIPLE CROWN RUN, SAN MARCOS, TX 78666 | |
| 10925 | POSILLIPO, NANCY, 12 VICTORIA DR, NANUET, NY 10954 | |
| 10925 | POSING, ELIZABETH, 491 W. BEAVER ST., ST. ANNE, IL 60964 | |
| 10925 | POSINS BAKERY AND, 5756 GEORGIA AVE , NW, WASHINGTON, DC 20011 | |
| 10925 | POSINSKI, MICHAEL, 602 WESTBURY ROAD, FALLSTON, MD 21047 | |
| 10925 | POSITIONS INC., PO BOX 3734, BOSTON, MA 02241 | |
| 10925 | POSITIVE LAB SERVICE, 781 EAST WASHINGTON BLVD, LOS ANGELES, CA 90021 | |
| 10925 | POSITIVE PROMOTIONS, 222 ASHLAND PLACE, BROOKLYN, NY 11217 | |
| 10925 | POSITIVE PROMOTIONS, 40-01 168TH ST., FLUSHING, NY 11358 | |
| 10925 | POSITIVE PUBLICATIONS L.L.C., PO BOX 1900, MORRISTOWN, NJ 07962-1900 | |
| 10925 | POSITIVE SUPPORT REVIEW, 23311 PALOMA BLANCA DR, MALIBU, CA 90265 | |
| 10924 | POSNAR HALL, 101 TECH STREET, PITTSBURGH, PA 15213 | |
| 10925 | POSNER, JEFFREY M, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | POSNER, JEFFREY, 8730 NW 54TH ST, CORAL SPRINGS, FL 33067 | |
| 10925 | POSNER, JONATHAN, 32 CAMELOT DRIVE, MANCHESTER, NH 03104 | |
| 10925 | POSOUKH, ALEX, 95 HORATIO ST, NEW YORK, NY 10014 | |
| 10925 | POSPAHALA, WANDA, 13111 ROSSER RD, DALLAS, TX 75244-5440 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   POSS, JAMES, 235 WEST HULETT LANE, CARROLLTON, GA 30117

10925   POSSIN, LARAE, 11015 TERRY ROAD, AVON, MN 56310

10925   POSSOIT, JOHN, 21630 JULIE LANE, TOMBALL, TX 77375

10925   POST AIRGAS INC., PO BOX 10763, BIRMINGHAM, AL 35202

10925   POST AIRGAS, PO BOX 10763, BIRMINGHAM, AL 35202-0763

10924   POST APPLE SCIENTIFIC, 8893 GULF ROAD, NORTH EAST, PA 16428

10924   POST STREET, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10925   POST, DAVID, 1108 WALKER LANE, OLATHE, KS 66061

10925   POST, GERALD, 1609 BELLE CHASE CIR, TAMPA, FL 33634

10925   POST, JANET, 62 WEST SHORE DR, HASKELL, NJ 07420

10925   POST, PETER, 5926 SILENT OAKS DR., HUMBLE, TX 77346

10925   POST, RANDY, 13221 WINONA RD, APPLE VALLEY, CA 92308

10925   POST, RICHARD, 1204 E. 39TH ST, SAN BERNARDINO, CA 92404

10925   POST, ROSALIND, 63 PIERCE ST, MALDEN, MA 02148

10925   POST, STANLEY, PO BOX 1665, ROCKPORT, TX 78381-1665

10925   POSTAGE - ZELLWOOD, PO BOX 759, ZELLWOOD, FL 32798

10925   POSTAGE BY PHONE SYSTEM, PO BOX 7900071, SAINT LOUIS, MO 63179-0071

10925   POSTAGE BY PHONE SYSTEM, POBOX 7900071, SAINT LOUIS, MO 63179-0071

10925   POSTAGE BY PHONE SYSTEMS, 1005 CONVENTION PLAZA, SAINT LOUIS, MO 63101

10925   POSTAGE BY PHONE, PO BOX 7247-0166, PHILADELPHIA, PA 19170-0166

10925   POSTAL CENTER INTL INC., DEPT 214725, MIAMI, FL 33121

10925   POSTAL CUSTOMER COUNCIL OF GREATER, POBOX 1234, BOSTON, MA 02205-1234

10925   POSTELL, MICHAEL, 3473 SPAIN ROAD, LITHONIA, GA 30058

10925   POSTELLE, SHARI, 401 LAFAYETTE HWY, DALTON, GA 30740

10925   POSTEN, EDWARD, 4810 CEDAR SPRINGS RD#23, DALLAS, TX 75219

10925   POSTER COMPLIANCE CENTER, 213 CONGRESS DEPT 205, AUSTIN, TX 78701

10925   POSTERNAK BLANKSTEIN & LUND ROSANNA, 100 CHARLES RIVER PLAZA, BOSTON, MA 02114

10925   POSTHUMA, RANA, 124 COLUMBA LANE #18, CLOVIS, NM 88101

10924   POSTIN PRODUCTS, INC., 32 SHIPYARD DRIVE, BRUNSWICK, GA 31520

10924   POSTIN PRODUCTS, INC., PO BOX 554, FAITH, NC 28041

10925   POSTIN PRODUCTS, PO BOX 554, FAITH, NC 28041

10925   POSTLETHWAITE, DONALD, 3920 N. MIDSUMMER LANE, COLORADO SPGS, CO 80917

10925   POSTLETHWAITE, TIMOTHY, 2106 FLAMINGO PLACE, SAFETY HARBOR, FL 34695

10925   POSTMA JT TEN, STEVEN H & PAULETTE C, C/O PRIVATE LEDGER, 11140 BUSINESS CR, CERRITOS, CA 90703-5523

10925   POSTMASTER - BELTSVILLE, 12340 CONWAY ROAD, BELTSVILLE, MD 20705

10925   POSTMASTER - MILWAUKEE, MILWAUKEE, WI 53223

10925   POSTMASTER BOSTON, GENERAL MAIL FACILITY, BOSTON, MA 02205-9763

10925   POSTMASTER GENERAL, HOUSTON, HOUSTON, TX 77072

10925   POSTMASTER HOUSTON, HOUSTON, TX 77252

10925   POSTMASTER LEXINGTON, LEXINGTON, MA 02173

10925   POSTMASTER, 25 DORCHESTER AVE, BOSTON, MA 02205-9763

10925   POSTMASTER, 2800 N MILITARY TRAIL, BOCA RATON, FL 33431-9998

10925   POSTMASTER, 307 LAURENS ST SW, AIKEN, SC 29801

10925   POSTMASTER, 501 BENIGNO BLVD., BELLMAWR, NJ 08099-9511

10925   POSTMASTER, 5645 S ARCHER AVE, CHICAGO, IL 60638-9998

10925   POSTMASTER, 5670 E WASHINGTON, LOS ANGELES, CA 90040

10925   POSTMASTER, 600 W WASHINGTON ST, GREENVILLE, SC 29602

10925   POSTMASTER, 604 BANYAN TRAIL, BOCA RATON, FL 33431

10925   POSTMASTER, PO BOX 2453, BALTIMORE, MD 21203

10925   POSTMASTER, PO BOX 7247-0255, PHILADELPHIA, PA 19170-0255

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   POSTMASTER-BOSTON, 770 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139-9998

10925   POSTMASTER-CLEARFIELD, PO BOX FEE PAYMENT, CLEARFIELD, UT 84016

10925   POSTMASTER-GREENVILLE, 100 EAST ORCHARD PK DR, GREENVILLE, SC 29616-9998

10925   POSTNER & RUBIN, 17 BATTERY PLACE, NEW YORK, NY 10004

10925   POSTON, ANNE, PO BOX 268, TIMMONSVILLE, SC 29161

10925   POSTON, MARCIA, 104 LOONEYBROOK DRIVE, FOUNTAIN INN, SC 29644

10925   POSTON, RICHARD, 94 SUFFOLK DRIVE, AIKEN, SC 29803

10924   POST-OP ENTERPRISES, SUITE - 226, 1800 SANDY PLAINS INDUSTRIAL PKWY, MARIETTA, GA 30066

10925   POTAKI, JOANNE, 1 DARLING RD., WALDWICK, NJ 07463

10925   POTAKI, JON, 1 DARLING RD, WALDWICK, NJ 07463

10925   POTASH, LEONARD, 533 BANTA ST, RIDGEWOOD, NJ 07450

10924   POTATO WAREHOUSE   (BAHL INSUL.), MCCAIN FOODS INC., CLARK, SD 57225-0100

10925   POTE, NICOLE, 4201 MASS AVE # A344 C, WASH, DC 20016

10925   POTEET SR., HURLEY, 4200 N MERIDIAN, 1301, OKLAHOMA CITY, OK 73112

10925   POTEET, JAMES, 1105 S. ROGERS, LOT #64, POOLER, GA 31322

10925   POTEET, MICHELE, 208 WHISPERING PINES, HAUGHTON, LA 71037

10925   POTEETE, DENNIS, 922 N HORSEPRAIRIE, INVERNESS, FL 34450

10925   POTENTIALS INC, 1704 HYDRO DRIVE, AUSTIN, TX 78728

10925   POTENTIALS INC, PO BOX 26446, AUSTIN, TX 78766

10925   POTERAN, NATALIE, 212 RIVERVIEW COURT, SYKESVILLE, MD 21784

10925   POTH, PATRICIA, 3486 OLIVESBURG RD, MANSFIELD, OH 44903

10925   POTHIER, JOSEE, 698 RICE HILL RD, FRANKLIN, VT 05457

10924   POTLATCH CORP, 207 AVENUE C, CLOQUET, MN 55720

10924   POTLATCH CORPORATION, C/O OSCAR BOLDT CONSTRUCTION, CLOQUET, MN 55720

10924   POTLATCH PAPER, ATTN: BAHL INSULATION, COLCQUET, MN 99999

10925   POTOCHNIK, MARK, 4559 S. VERMONT, ST. FRANCIS, WI 53235

10925   POTOLICCHIO, BARBARA, 60 OLD PASTURE RD, COHASSET, MA 02025

10925   POTOMAC AIRGAS INC., 4995 FAIRVIEW AVE, LINTHICUM, MD 21090

10924   POTOMAC CONSTRUCTION IND, PO DRAWER 768, MARTINSBURG, WV 25401

10924   POTOMAC CONSTRUCTION IND., 3 KELLY ISLAND RD, MARTINSBURG, WV 25401

10924   POTOMAC CONSTRUCTION IND., P O DRAWER 768, MARTINSBURG, WV 25401

10924   POTOMAC ELECTRIC POWER CO., BLDG 88, 3400 BENNING ROAD, N.E., WASHINGTON, DC 20019

10924   POTOMAC ELECTRIC POWER CO., PO BOX 37215, WASHINGTON, DC 20013-7215

10925   POTOMAC ELECTRIC POWER CO., PO BOX 97275, WASHINGTON, DC 20090-7275

10924   POTOMAC ELECTRIC POWER CO., PO BOX 97276, WASHINGTON, DC 20090-7276

10925   POTOMAC ELECTRIC POWER COMPANY, 1900 PENNSYLVANIA AVE NW, WASHINGTON, DC 20063-0001

10925   POTOMAC ELECTRIC POWER COMPANY, POBOX 37605, WASHINGTON, DC 20067-7605

10925   POTOMAC ELECTRICAL POWER COMPANY, 1900 PENNSYLVANIA AVE. NW ROOM 84, WASHINGTON, DC 20068-0001

10925   POTOMAC PERSONNEL SERVICES INC, POBOX 7247 - 8190, PHILADELPHIA, PA 19170-8190

10924   POTOMAC VALLEY BRICK & SUPPLY CO, P.O. BOX 1309, ROCKVILLE, MD 20849

10924   POTOMAC VALLEY BRICK & SUPPLY, 3 DERWOOD CIRCLE, ROCKVILLE, MD 20850

10924   POTOMAC VALLEY BRICK & SUPPLY, 8306 CINDERBED ROAD, LORTON, VA 22079

10924   POTOMAC VALLEY BRICK & SUPPLY, P.O. BOX 1309, ROCKVILLE, MD 20849

10924   POTPOURRI FLOWERS & GIFTS, 2404 EASTERN AVE., S.E., GRAND RAPIDS, MI 49507

10924   POTSDAM STONE AND CONCRETE, WEST PARISHVILLE RD., POTSDAM, NY 13676

10925   POTT, FREDERICK, 924 STRAWBERRY LANE, CLAYTON, NY 13624-9552

10924   POTTAWATTAMIE COUNTY JAIL, BIG LAKE ROAD & 16TH STREET, COUNCIL BLUFFS, IA 51501

10925   POTTEIGER, ARTHUR, 3009 GRANDVIEW BLVD, SINKING SPRING, PA 19608-1046

10925   POTTEIGER, CHARLES, 1122 EXETER ST, READING, PA 19604

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | POTTEIGER, HELEN, 3009 GRANDVIEW BLVD, SINKING SPRING, PA 19608 | |
| 10925 | POTTENGER, BEVERLY S, 404 E CONCORDA DR, TEMPE, AZ 85282-2315 | |
| 10925 | POTTER & BRUMFIELD INC, 12124A ROJAS DRIVE, EL PASO, TX 79936 | |
| 10925 | POTTER & BRUMFIELD, 200 RICHLAND CREEK, PRINCETON, IN 47671 | |
| 10925 | POTTER & BRUMFIELD, CHAPEL HILL RD, MARION, KY 42064 | |
| 10924 | POTTER BUILDERS MART, 325 NEWMEN DR, COOKEVILLE, TN 38501 | |
| 10924 | POTTER FORM & TIE COMPANY, 151 N. 16TH AVENUE, ELDRIDGE, IA 52748 | |
| 10924 | POTTER FORM & TIE COMPANY, 2309 ADVANCE ROAD, MADISON, WI 53704 | |
| 10924 | POTTER FORM & TIE COMPANY, 2440 N. WOODFORD, DECATUR, IL 62526 | |
| 10924 | POTTER FORM & TIE COMPANY, 2500 NORTH SHORE DRIVE, URBANA, IL 61801 | |
| 10924 | POTTER FORM & TIE COMPANY, 2530 LAUDE DRIVE, ROCKFORD, IL 61109 | |
| 10924 | POTTER FORM & TIE COMPANY, 2595 TRIPP ROAD, BELVIDERE, IL 61008 | |
| 10924 | POTTER PAINT CO., 21 CRAWFORD STREET, CORTLAND, NY 13045 | |
| 10924 | POTTER PAINT CO., PO BOX 150, CORTLAND, NY 13045 | |
| 10925 | POTTER, CHERYL, 108 GLENDALE LANE, EASLEY, SC 29640 | |
| 10925 | POTTER, CHRISTINA, 1064 RHONDELL, EAST ALTON, IL 62024 | |
| 10925 | POTTER, DENNIS, 7041 TWP RD. LOT #38, LAKEVILLE, OH 44638 | |
| 10925 | POTTER, DIANE, 643 LONGMEADOW CR, LONGWOOD, FL 32779 | |
| 10925 | POTTER, DONNA, 1426 M ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | POTTER, GEORGE, 284 THIBEAULT AVE, WOONSOCKET, RI 02895 | |
| 10925 | POTTER, GWENDOLYN, 304 N SALEM AVE, SUMTER, SC 29150 | |
| 10925 | POTTER, JAMES, 209 S. AVE. B LOT 5, BURKBURNETT, TX 76354 | |
| 10925 | POTTER, JEAN, 4601 CARMEN AVE, RANCHO VIEJO, TX 78575 | |
| 10925 | POTTER, KATHERINE, 1022 MALONE ROAD, SAN JOSE, CA 95125 | |
| 10925 | POTTER, LINDA, 1577 CORDOVA, LAKEWOOD, OH 44107 | |
| 10925 | POTTER, MARK, 121 2ND AVE BOX 304, ATKINS, IA 52206 | |
| 10925 | POTTER, RHONDA, 211 WESTWOOD, BURKBURNETT, TX 76354 | |
| 10925 | POTTER, RIAL, 2792 ROCKWOOD HTS, GREEN BAY, WI 54313 | |
| 10925 | POTTER, RICHARD, 314 SIEBERT ST, COLUMBUS, OH 43206 | |
| 10925 | POTTER, RUSSELL L, RTE BOX 522, GREENVILLE, VA 24440 | |
| 10925 | POTTER, T, 3938 E TANO ST, PHOENIX, AZ 85044 | |
| 10925 | POTTER, THOMAS, 8250 KNIGHTS BRIDGE RD., CHARLOTTE, NC 28210 | |
| 10925 | POTTER, YOLANDE, 41 NADINE LANE, STOUGHTON, MA 02072 | |
| 10925 | POTTER,MINTON,ROBERTS,DAVIS & JONES, PO BOX 359, TYLER, TX 75710 | |
| 10925 | POTTER-POIRIER, KONA, 10285 QUI, BELLEVILLE, MI 48111 | |
| 10925 | POTTERS CANADA, 1505 BOUL. INDUSTRIEL, LAPRAIRIE, QC J5R 2E4CANADA | *VIA Deutsche Post* |
| 10925 | POTTERS INDUSTRIES INC, PO BOX 8500-S-7815, PHILADELPHIA, PA 19178-7815 | |
| 10925 | POTTERS INDUSTRIES, INC, HWY 279 N., HC30, PO BOX 20, BROWNWOOD, TX 76801 | |
| 10925 | POTTERS INDUSTRIES, INC, PO BOX 20, PHILADELPHIA, PA 19178 | |
| 10925 | POTTERS INDUSTRIES, INC, PO BOX 840, VALLEY FORGE, PA 19482-0840 | |
| 10925 | POTTERS INDUSTRIES, INC, PO BOX 8500 S-7815, PHILADELPHIA, PA 19178-7815 | |
| 10925 | POTTERS INDUSTRIES, INC, PO BOX 8500-S-7815, PHILADELPHIA, PA 19178 | |
| 10924 | POTTERY PORTRAITS, 12395 ALDERSYDE DRIVE, VALLEY VIEW, OH 44125 | |
| 10924 | POTTERY PORTRAITS, 6550 STAFMORE DRIVE, VALLEY VIEW, OH 44125 | |
| 10925 | POTTORFF, LINDA, RT. 2, BOX 313 G, NATCHITOCHES, LA 71457 | |
| 10925 | POTTS HARDWARE INC, 5201 NATIONS FORD ROAD, CHARLOTTE, NC 28217 | |
| 10925 | POTTS, ANTHONY, 973 DORTHY DRIVE, INDEPENDENCE, KY 41051 | |
| 10925 | POTTS, CYNTHIA, 16351 SAN MATE, HOUSTON, TX 77053 | |
| 10925 | POTTS, CYNTORIA, 14 TERMINAL AVE, NEW CASTLE, DE 19720 | |
| 10925 | POTTS, D, 1505 PENNSYLVANIA AVE, PITTSBURGH, PA 15233 | |
| 10925 | POTTS, GORDON, 2825 SE 23RD AVE, OCALA, FL 34471 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   POTTS, HAL, 341 BARRETT RD., JEFFERSON, GA 30549

10925   POTTS, HUBERT, 1590 RACHEL COURT, LEWISPORT, KY 42351

10925   POTTS, MARY, 3757 E. TORTOLITA, TUCSON, AZ 85737

10925   POTTS, RICHARD, 1335 WEST WALNUT, LAKELAND, FL 33801-4329

10925   POTTS, TRACY, ROUTE 4 BOX 443, COMMERCE, GA 30529

10925   POTTS, TRACY, RT 3 JEFFERSON HGTS APTS, JEFFERSON, GA 30549

10925   POTTS, WILLIAM, 2211 IRON LEIGE CT, OWENSBORO, KY 42301

10924   POTTSDAM STONE & CONCRETE, DIV. F GRAYSTONE MAT., PLATTSBURGH, NY 12903

10924   POTTSVILLE OPERATIONS, 823 NORTH COAL STREET, POTTSVILLE, PA 17901

10925   POTVIN, EDWARD, 338 MAIN ST, NORTHBORO, MA 01532

10925   POUCHET, RACQUEL, 3614 PEARTREE CT #21, SILVER SPRING, MD 20906

10925   POUCHET, RACQUEL, 8750 GEORGIA AVE #523A, SILVERSPRING, MD 20910

10924   POUDRE PRE-MIX INC, 418 LINDEN ST, FORT COLLINS, CO 80524

10924   POUDRE PRE-MIX INC., 3000 EAST DRAKE, FORT COLLINS, CO 80525

10924   POUDRE PRE-MIX INC., 418 LINDEN STREET, FORT COLLINS, CO 80524

10925   POUDRIER, EVELYN, 25 DRAGON CIRCLE, EASTHAMPTON, MA 01027

10925   POUGH, ANTHIA, 913 MONTE DIABLO, SAN MATEO, CA 94401

10925   POULICAKOS, MARK, 36 PARK AVE WEST, S WEYMOUTH, MA 02190

10925   POULIN, ROBERT, POBOX 572, BELMONT, NH 03220-0572

10925   POULLARD, ALBERT R, 2422 13TH ST., LAKE CHARLES, LA 70601

10925   POULLARD, ALBERT, 2422 THIRTEENTH ST, LAKE CHARLES, LA 70601

10925   POULOS, MIRANDA, PO BOX 1011, TAYLORS, SC 29687

10925   POULOS, SHERRI, 75 RESERVOIR ROAD, COVENTRY, RI 02816

10925   POULSEN, PETER, PO BOX 1547, LAKE JACKSON, TX 77566-1547

10925   POULSON, ELLEN, HC 66 BOX 76, FOSS, OK 73647

10925   POULTRY POWER BRANDS, INC, PO BOX 1670, CLEARWATER, SC 29822-1670

10925   POUNCEY, PATRICIA, 3429 NAVAHO TRL SE, SMYRNA, GA 30080-4544

10925   POUNCY, HOWARD, 716 WEST HENDERSON DRIVE, CHATTANOOGA, TN 37405

10925   POUNDERS, ROBERT, ROUTE 1, BASKIN, LA 71219

10925   POUNDS, CHARLES, RT. 2, BOX 83, FOXWORTH, MS 39483

10925   POUPPIRT, DIANA, 308 PLEASANT ST, LAWRENCE, KS 66044

10925   POURCIAU, MELANIE, 8538 WAYNE ST, DENHAM SPRINGS, LA 70726

10925   POURCIAU, WARREN, 9365 MEADOWLANE, OSCR, LA 70762

10925   POUREMAD, REZA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   POUREMAD, REZA, PO BOX 1062, ARLINGTON, MA 02474

10925   POUREMAD, REZA, POBOX 2233, CHICAGO, IL 60690

10925   POURIER, GWENDOLYN, 909 RICHLAND ROAD #7, SAN MARCOS, CA 92069

10925   POURZANJANI, LYDIA, 15555 HILLIARD RD #904, LAKEWOOD, OH 44107

10925   POUWELS, DALE, W9452 CTY RD S, NEW LONDON, WI 54961

10925   POUX, EDWARD, 1409 BRIAR DR, BEDFORD, TX 76022

10925   POUX, EDWARD, 1409 BRIAR DRIVE, BEDFORD, TX 76022

10925   POVERELLO CENTER INC., 2292 WILTON DRIVE, WILTON MANORS, FL 33305

10925   POVEY, CHERYL, 3605 HUMMINGBIRD DR, RENO, NV 89506

10924   POVIA PAINTS INC., 504 CENTER ROAD, FORT MYERS, FL 33907

10924   POVIA PAINTS, 504 CENTER ROAD, FORT MYERS, FL 33907

10925   POVOLO, KEVIN, N70 W26285 EDGEWOOD DRIVE, SUSSEX, WI 53089

10924   POW WOW ARENA, 1111 POW WOW PARKWAY, KINDER, LA 70648

10925   POWALIE, SHAROLYN, 537 RIVER OAKS DR, MYRTLE BEACH, SC 29577

10925   POWANDA, JOAQUINA, 32 WILSON ST, MIDDLESEX, NJ 08846

10925   POWDER MILL SPORTS CENTER, 94 POWDER MILL ROAD, MAYNARD, MA 01754

10925   POWDER TECH, JOE LANG PRES, PO BOX 3221, TUALATON, OR 97062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    POWDER TECHNOLOGIES, 14331 EWING AVE, BURNSVILLE, MN 55337

10924    POWDER TECHNOLOGY INC/ENGELHARD, 1119 RIVERWOOD DRIVE, BURNSVILLE, MN 55337

10925    POWDERTECH CORPORATION, 5103 EVANS AVE, VALPARAISO, IN 46383-8387

10925    POWE, JOHNNY, PO BOX 313, TROUT, LA 71371

10924    POWELL DUFFRYN TERMINALS, CAMBRIDGE, MA 02140

10924    POWELL DUFFRYN TERMINALS, PO BOX 37, LEMONT, IL 60439

10925    POWELL ELECTRONICS, ISLAND & ENTERPRISE AVE, PHILADELPHIA, PA 19153

10925    POWELL ESQ, MICHAEL V, LOCKE LIDDELL & SAPP LLP, 2200 ROSS AVE STE 2200, DALLAS, TX 75201-2748

10925    POWELL GROUP, THE, 8590 SWISS AIR RD, GAINESVILLE, GA 30506

10925    POWELL JR, CURTIS, 177 DOGWOOD CIR, BRANDON, MS 39042

10925    POWELL JR, DELROY, 7 ROCKWELL ST, CAMBRIDE, MA 02139

10925    POWELL MINEHART, 1923 WELSH ROAD, PHILADELPHIA, PA 19115

10925    POWELL OSHEA HANES MINEHART, 1700 MARKET ST, SUITE 3131, PHILADELPHIA, PA 19103

10925    POWELL, ANDREA, 7122 WALNUT AV, BALTIMORE, MD 21208

10925    POWELL, ANTOINETTE, 1325 ORILLIA RD, VIRGINIA BEACH, VA 23464

10925    POWELL, BARON, 903 OAK CREEK CIRCLE, DOUGLASVILLE, GA 30134

10925    POWELL, BRENT, 144 CHAMALE DRIVE, SLIDELL, LA 70460

10925    POWELL, CARL, ROUTE 2 BOX 360, PARIS, AR 72855

10925    POWELL, CARMEN, 2464 ROSS ROAD DR, SILVER SPRING, MD 20910

10925    POWELL, CHARLES, 1209 TALLEY ROAD, CHATTANOOGA, TN 37411

10925    POWELL, CHARLES, 1217 W BELL ST. BOX 26, GLENDIVE, MT 59330

10925    POWELL, CHARLES, 417 GREAT GLEN RD, GREENVILLE, SC 29615

10925    POWELL, CINDY, 448 1/2 KINGSLEY AVE, KINGSPORT, TN 37660

10925    POWELL, CLYDIE, 2075 LAUREL ST, BARTOW, FL 33830-5327

10925    POWELL, CORA, PO BOX 70, WAYNESBORO, GA 30830

10925    POWELL, DANIEL, 1268 SE 24TH, OKLAHOMA CITY, OK 73129

10925    POWELL, DELL, 323 FOREST BLVD, LAKE MARY, FL 32746

10925    POWELL, DENNIS, 7564 NORTHVIEW CT, LAKELAND, FL 33809

10925    POWELL, EDWARD, BOX 372, WAVERLY, FL 33877-0372

10925    POWELL, ELAINE, 6621 23RD AVE, HYATTSVILLE, MD 20782

10925    POWELL, ELEANOR, 200 SHERWOOD CT, STERLING, VA 22170

10925    POWELL, ELLEN, 240 COMPTON DRIVE, GREENVILLE, SC 29615-2743

10925    POWELL, FRANKIE, 417 GREAT GLEN ROAD, GREENVILLE, SC 29615

10925    POWELL, GARY, PO BOX 69184, ODESSA, TX 79769

10925    POWELL, GEMMA, 788 HARRISON ST, APT 637, SAN FRANCISCO, CA 94107

10925    POWELL, HAROLD, 803 E. BROWN, PARIS, AR 72855

10925    POWELL, HUGH, 1122 ORANGE ST, NEW ORLEANS, LA 70130

10925    POWELL, J, 8910 CHERRY LANE, LAUREL, MD 20708

10925    POWELL, JAMES, 326 EARLESTEAD DR, WALHALLA, SC 29691

10925    POWELL, JEFFREY, 195 TIERRA REJADA, SIMI VALLEY, CA 93065

10925    POWELL, JEFFREY, 5627 WARM SPRINGS, HOUSTON, TX 77035

10925    POWELL, JEROME, 8071 HARRIET TUBMAN LANE, COLUMBIA, MD 21044

10925    POWELL, JOHN E, HWY 221, ENOREE, SC 29335

10925    POWELL, JOHN, 45 SADLER WAY DR., GREENVILLE, SC 29607

10925    POWELL, JOSEPH, 115 S GIROUARD #0-2, BROUSSARD, LA 70518

10925    POWELL, JOSEPH, 2371 LAKE VILLAGE DRIVE, KINGWOOD, TX 77339

10925    POWELL, JUNE, 926 SILVERWOOD DR, COLLEGE PARK, GA 30349

10925    POWELL, K, 533 CHERRY DRIVE, ELIZABETHTOWN, KY 42701

10925    POWELL, KAREN, 109C CHESTNUT TERR, WEST MONROE, LA 71291

10925    POWELL, KAREN, 302 WEBB ST, TUSKEGEE, AL 36083

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    POWELL, KATHY, 6406 DIAMOND HEAD LN, MONROE, LA 71203

10925    POWELL, LARRY, 2505 KNIGHTSBRIDGE, GRAND PRAIRIE, TX 75050

10925    POWELL, LARRY, RT. 1, BOX 32-A, IOTA, LA 70543

10925    POWELL, LASHANDRA, 2007 EAST 32ND ST, BALTIMORE, MD 21218

10925    POWELL, LAWRENCE, RT 4 BOX 869, JEFFERSON, TX 75657

10925    POWELL, LEE, 6202 NORTH 23RD TERR, ST JOSEPH, MO 64505

10925    POWELL, LISA D, PO BOX 671, ROBERT, LA 70455

10925    POWELL, LISA, 326 TWIN OAK DR, LA VERNIA, TX 78121

10925    POWELL, LORI, LOT A 24, BOURBONNAIS, IL 60914

10925    POWELL, LUEELLA, 3205 W. MICHIGAN ST., INDIANAPOLIS, IN 46222

10925    POWELL, MICHAEL, 7030 SANDUSKY BLVD., HARRISBURG, NC 28075

10925    POWELL, MICHELLE, 1850 CROSSLAND AVE., NORTH AUGUSTA, SC 29841

10925    POWELL, NORMAN, 7 STUDLEY RD, SOUTH YARMOUTH, MA 02664

10925    POWELL, NORRIS, 3620 N 24TH, WACO, TX 76708

10925    POWELL, PATRICIA R, 8127 RUSTIC PARK, SAN ANTONIO, TX 78240-5238

10925    POWELL, PATRICIA, 100 DELMAR DRIVE, WHITINSVILLE, MA 01588

10925    POWELL, PATRICIA, 8127 RUSTIC PARK, SAN ANTINIO, TX 78240

10925    POWELL, RACHEL L, 8902 MEREDITH, HIGHLANDS, TX 77562

10925    POWELL, RACHEL, 8902 MEREDITH, HIGHLANDS, TX 77562

10925    POWELL, RAMONA, 1978 ROCK CREEK ROAD, OTTAWA, KS 66067

10925    POWELL, RAYFORD, 6017 LANCELOT LN, SMYRNA, GA 30080

10925    POWELL, ROBERT, 1199 E INDIAN TRAIL ROAD, CHANDLER, OK 74834-9108

10925    POWELL, RONALD, 125 HEDGEROW LANE, LEWISVILLE, TX 75057

10925    POWELL, ROSALIND E., 6510 WOOD GREEN CIR., BALTIMORE, MD 21244

10925    POWELL, SAMUEL, 457 DARTON COURT, GLEN BURNIE, MD 21061

10925    POWELL, SARA, 401 S. 1ST ST APT 4, EASLEY, SC 29640

10925    POWELL, SHARON, 920 S EASY ST, SEBASTIAN, FL 32958

10925    POWELL, SILAS, 5505 S CALHOUN ROAD, PLANT CITY, FL 33566-8774

10925    POWELL, STACEY, 2871 WILDWOOD RD., FAYETVILLE,, AR 72703

10925    POWELL, STEPHEN, 3816 DEERFOOT RD., CHATTANOOGA, TN 37406

10925    POWELL, SUSAN, 215 N.EASTERN SLOPE LOOP, TUCSON, AZ 85748

10925    POWELL, TAMMY, 3406 YODER TIPTON RD, TAYLORSVILLE, KY 40071-9746

10925    POWELL, TOSCHA, 8 BOLTON COURT, SOMERSET, NJ 08873

10925    POWELL, VANDELIN, 97 FLORENCE AVE, IRVINGTON, NJ 07111

10925    POWELL, VANITA, 3737 WHITTING DR SE, ST. PETERSBURG, FL 33705

10925    POWELL, WILLIAM, 108 MEADOW GREEN RD, MONTEVALLO, AL 35115

10924    POWELL'S SEPTIC TANK SALES, & SERVICE, ROANOKE RAPIDS, NC 27870

10924    POWELL'S SEPTIC TANK SALES, PO BOX395, ROANOKE RAPIDS, NC 27870

10924    POWELL'S SEPTIC TANK, PO BOX395, ROANOKE RAPIDS, NC 27870

10925    POWER & COMBUSTION CO., 7909 PHILADELPHIA RD., BALTIMORE, MD 21237

10925    POWER & FROST LLP, 810 TWO HOUSTON CENTER, 909 FANNIN, HOUSTON, TX 77010

10925    POWER & PUMPS INC, 3402 SOUTH WEST 26TH TERRACE, FORT LAUDERDALE, FL 33312

10925    POWER & SYSTEMS INNOVATIONS INC, POBOX 590223, ORLANDO, FL 32859-0223

10924    POWER & TELEPHONE SUPPLY CO., 2673 YALE AVENUE, MEMPHIS, TN 38112

10924    POWER & TELEPHONE SUPPLY CO., 2950 GREENSBORO ST. EXT., LEXINGTON, NC 27295

10924    POWER & TELEPHONE SUPPLY, 2673 YALE AVE, MEMPHIS, TN 38112

10924    POWER & TELEPHONE SUPPLY, 2950 GREENSBORO ST. EXT., LEXINGTON, NC 27295

10924    POWER (DO NOT USE), 140 N PAULINE ST., MEMPHIS, TN 38105

10925    POWER ASSOCIATES, KEYSTONE BUSINESS CENTER, 2014-D FORD RD, BRISTOL, PA 19007

10925    POWER CONVERTIBLES, 3450 SOUTH BROADMONT DR, TUCSON, AZ 85713

10924    POWER CORP, 11725 INDUSTRIPLEX D SUITE 5, BATON ROUGE, LA 70809

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | POWER CORPORATION, PO BOX 4794, CHATTANOOGA, TN 37405 | |
| 10925 | POWER CORPORATION, POBOX 4794, CHATTANOOGA, TN 37405 | |
| 10925 | POWER DISTRIBUTION SER, INC, 9870 CRESCENT PARK DR., WEST CHESTER, OH 45069 | |
| 10925 | POWER DISTRIBUTION SERVICES, PO BOX 751702, CHARLOTTE, NC 28275-1702 | |
| 10925 | POWER DISTRIBUTION SERVICES,INC, 1165 OLD BANKHEAD HWY SW, MABLETON, GA 30126-3136 | |
| 10925 | POWER DRIVES INC, PO BOX 10, BUFFALO, NY 14220 | |
| 10925 | POWER ELECTRO SUPPLY CO INC, PO BOX 481, FLUSHING, NY 11367 | |
| 10924 | POWER ENTERPRISES, PO BOX43, NAVARRE, MN 55392 | |
| 10925 | POWER EQUIPMENT PLUS, 581 EAST 400 SOUTH, CLEARFIELD, UT 84015 | |
| 10925 | POWER IMAGES, 505 NW 65 COURT SUITE 100, FORT LAUDERDALE, FL 33309 | |
| 10925 | POWER JR, GEORGE, 107 CHESTER ST., BOX 163, NO. FALMOUTH, MA 02556 | |
| 10925 | POWER LIFT CORPORATION, PO BOX 30518, LOS ANGELES, CA 90030-0518 | |
| 10925 | POWER LIGHTING INC, 1430 PROGRESS WAY SUITE 106, ELDERSBURG, MD 21784 | |
| 10925 | POWER LIGHTING, INC, 1393 PROGRESS WAY, STE. 905, ELDERSBURG, MD 21784 | |
| 10925 | POWER LINE CONTRACTORS, 22 WOBURN ST, READING, MA 01867 | |
| 10924 | POWER LINK CORP  C/O SHURGARD, 9520-B LEE HWY, FAIRFAX, VA 22031 | |
| 10925 | POWER LOGIC INC, PO BOX 2482, BATON ROUGE, LA 70821 | |
| 10925 | POWER LOGIC, INC, PO BOX 2482, BATON ROUGE, LA 70895-6216 | |
| 10925 | POWER MAGNETICS, 711 W KNOX AVE, GARDENA, CA 90248 | |
| 10925 | POWER MATION DIVISION, NW-8330,POBOX 1450, MINNEAPOLIS, MN 55485 | |
| 10924 | POWER PACKAGING, INC, 803 WEST NORTH CARRIER PKWY, GRAND PRAIRIE, TX 75050 | |
| 10925 | POWER PACKING CO, INC, PO BOX 52915, BATON ROUGE, LA 70892-2915 | |
| 10925 | POWER PARTS, 1325 PRATT BLVD, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | POWER POLES, INC., ATTN:  ACCOUNTS PAYABLE, RIO GRANDE, PR 745PUERTO RICO | *VIA Deutsche Post* |
| 10924 | POWER POLES, INC., RD 955 KM 8.9, RIO GRANDE, PR 745PUERTO RICO | *VIA Deutsche Post* |
| 10925 | POWER PUMPS INC, 2820 SEABOARD LANE, LONG BEACH, CA 90805-3752 | |
| 10925 | POWER PUMPS, INC, 2820 SEABOARD LANE, LONG BEACH, CA 90805 | |
| 10925 | POWER PUMPS, INC, C/O C.R. MCBRIDE, 2820 SEABOARD LN., LONG BEACH, CA 90805-3752 | |
| 10925 | POWER QUALITY CONSULTANTS, 1217 WALLINGFORD ROAD, KNOXVILLE, TN 37923 | |
| 10924 | POWER SERVICES INC, 16000 TRADE ZONE AVE STE #105, UPPER MARLBORO, MD 20774 | |
| 10924 | POWER SUPPLY INC., 618 W. CHARLES ST. EXT., MATTHEWS, NC 28105 | |
| 10924 | POWER SUPPLY INC., PO BOX 1277, MATTHEWS, NC 28105 | |
| 10925 | POWER TOOL AND SAW SERVICE, 883 SAN LEANDRO BLVD, SAN LEANDRO, CA 94577 | |
| 10924 | POWER TOOLS, INC., 1200 S. BELLEVUE BLVD, MEMPHIS, TN 38106 | |
| 10924 | POWER TOOLS, INC., 123 UNIVERSITY DR., MARTIN, TN 38237 | |
| 10924 | POWER TOOLS, INC., 2770 YORKMONT RD., CHARLOTTE, NC 28217 | |
| 10925 | POWER TRANSMISSION & BEARINGS INC, 1865 CORPORATE DRIVE SUITE 230, NORCROSS, GA 30093 | |
| 10925 | POWER TRANSMISSION SYSTEMS, 942 W. PATAPSCO AVE., BALTIMORE, MD 21230 | |
| 10925 | POWER TRENDS INC, 27715 DIEHL ROAD, WARRENVILLE, IL 60555 | |
| 10925 | POWER WASHER INC, 637 E BIG BEAVER ROAD, TROY, MI 48083 | |
| 10925 | POWER, ADOLPHUS, 5526 N. SHASTA DRIVE, GLENDALE, WI 53209 | |
| 10925 | POWER, C, 23 BOYLSTON, MALDEN, MA 02148 | |
| 10925 | POWER, DAVID, 3601 N DIXIE HWY STE 16, BOCA RATON, FL 33431-5903 | |
| 10925 | POWER, DAVID, 3601 N DIXIE HWY STE16, BOCA RATON, FL 33431-5903 | |
| 10925 | POWER, DIANNE, 46 STERLING ST APT #2, MALDEN, MA 02148 | |
| 10925 | POWER, JOHN M, CUST FOR JOHN W POWER, UNIF GIFT MIN ACT NJ, 86 TWIN FALLS RD, BERKLEY HEIGHTS, NJ 07922-2715 | |
| 10925 | POWER/MATION DIVISION, NW-8330, PO BOX 1450, MINNEAPOLIS, MN 55485 | |
| 10925 | POWER/MATION DIVISION, PO BOX 1450, MINNEAPOLIS, MN 55485 | |
| 10925 | POWER/MATION, 945 NORTH EDGEWOOD AVE, WOOD DALE, IL 60191 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | POWERAMP, W 194 N11481 MCCORMICK DR, GERMANTOWN, WI 53022 | |
| 10925 | POWERBUILT STARTER & ALTERNATOR, 139 PEAKE RD, ROEBUCK, SC 29376 | |
| 10925 | POWERCALL INC, 1541 ADRIAN ROAD, BURLINGAME, CA 94010 | |
| 10925 | POWEREX INC, HILLIS ST, YOUNGWOOD, PA 15697 | |
| 10925 | POWERGLIDE MEDIA, 25 HUNTINGTON AVE, BOSTON, MA 02116 | |
| 10925 | POWERGLIDE MEDIA, INC, 108 WATER ST, SUITE 2R, WATERTOWN, MA 02172 | |
| 10924 | POWERINE OIL, 12354 E. LAKELAND, SANTA FE SPRINGS, CA 90670 | |
| 10925 | POWERLINE CHEMICAL &, 2205 NORTHWEST 30TH PLACE, POMPANO BEACH, FL 33069 | |
| 10925 | POWERLINE, 7790 HILLROSE DR, DUBLIN, CA 94568 | |
| 10925 | POWERS & ASSOCIATES, 1001 BISHOP ST SUITE 450, HONOLULU, HI 96813 | |
| 10925 | POWERS AND GARRISON, 6TH FL, WARNER CENTER, PITTSBURGH, PA 15222 | |
| 10924 | POWERS BRICK & TILE, 715 E 15TH STREET, CHEYENNE, WY 82001 | |
| 10924 | POWERS BRICK & TILE, 715 EAST 15TH STREET, CHEYENNE, WY 82001 | |
| 10924 | POWERS BRICK & TILE, PO BOX  1187, CHEYENNE, WY 82001 | |
| 10925 | POWERS CONSTRUCTION, PO BOX 238, ENOREE, SC 29335 | |
| 10924 | POWERS INDUSTRIAL EQUIPMENT, 5713 KENWICK, SAN ANTONIO, TX 78238 | |
| 10924 | POWERS PLASTIC, 7824 PIONEER RD, WEST PALM BEACH, FL 33411 | |
| 10924 | POWERS PLASTICS, CAMBRIDGE, MA 02140 | |
| 10925 | POWERS REGULATOR CO, 5440 FARGO AVE, SKOKIE, IL 60076 | |
| 10925 | POWERS SERVICE CO, PO BOX 305, ENOREE, SC 29335 | |
| 10925 | POWERS SR, ROBERT, 270 ROBERTS RD, SUWANEE, GA 30024 | |
| 10925 | POWERS, AMBROSE, 330 ORIENT AVE, PAWTUCKET, RI 02861 | |
| 10925 | POWERS, B, ROUTE 7, BOX 942, JOPLIN, MO 64801 | |
| 10925 | POWERS, BARBARA, 137 HUNTSVILLE CIR, FAYETTEVILLE, NC 28306 | |
| 10925 | POWERS, DAVID, 4886 MONROE AVE, SAN DIEGO, CA 92115 | |
| 10925 | POWERS, DONALD H, POBOX 607, EAST ORLEANS, MA 02643 | |
| 10925 | POWERS, DONALD, PO BOX 607, EAST ORLEANS, MA 02643 | |
| 10925 | POWERS, DOUGLAS, 1764 WILLIAMS GRANT, DE PERE, WI 54115-9528 | |
| 10925 | POWERS, JACK, 203 RAINWOOD DR, SIMPSONVILLE, SC 29681 | |
| 10925 | POWERS, JERRY, 1620 EDGEMONT, SAN DIEGO, CA 92102 | |
| 10925 | POWERS, JOHN, 4124 F AVE N W, CEDAR RAPIDS, IA 52405 | |
| 10925 | POWERS, KATHERINE, 12 RUGBY ROAD, NASHUA, NH 03063 | |
| 10925 | POWERS, KATHY, 201 OLD CENTER ST., MIDDLEBORO, MA 02346 | |
| 10925 | POWERS, LAURA JEAN, 5420 OLD ORCHARD RD, SKOKIE, IL 60077 | |
| 10925 | POWERS, LAURA, 1709B WICKLAND CT, OWENSBORO, KY 42301 | |
| 10925 | POWERS, LONNIE, 35 WATSON ST, LAURENS, SC 29360 | |
| 10925 | POWERS, MARK, 145 WARD MTN RD, ADAIRSVILLE, GA 30103 | |
| 10925 | POWERS, MARK, 1639 E 750 ST # A, CLEARFIELD, UT 84015 | |
| 10925 | POWERS, MICHAEL, 412 HEMINGFORD GREY, FORT MILL, SC 29715 | |
| 10925 | POWERS, PAUL, 72 EISENHOWER ST, WEST BRANCH, IA 52358 | |
| 10925 | POWERS, PHYLLIS, 1806 SOUTH PLAZA DR, 43, ELWOOD, IN 46036 | |
| 10925 | POWERS, PHYLLIS, 53 POOLE ST 114 P, BIDDEFORD, ME 04005 | |
| 10925 | POWERS, RONALD, 1466 SUTTER LOOP SOUTH, OWENSBORO, KY 42303 | |
| 10925 | POWERS, SHELLEY, 5900 HOUGHTEN, TROY, MI 48098 | |
| 10925 | POWERS, STANLEY, 17 PARK AVE, GENEVA, NY 14456 | |
| 10925 | POWERS, STANLEY, C/O KEVIN POWERS 17 PARK AVE, GENEVA, NY 14456 | |
| 10925 | POWERS, THERESA, 246 CENTRAL ST, NEWTON, MA 02166 | |
| 10925 | POWERS, THOMAS E, 4932 S. 2925 W., ROY, UT 84067 | |
| 10925 | POWERS, THOMAS, 4932 S 2925 W, ROY, UT 84067 | |
| 10925 | POWERS, THOMAS, 6259 NERO LN, SOBIESKI, WI 54171-0000 | |
| 10925 | POWERSOFT CORPORATION, PO BOX 4970, BOSTON, MA 02212 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | POWERSOFT CORPORATION, POBOX 4970, BOSTON, MA 02212-4970 | |
| 10925 | POWERTECH ELECTRIC CORP., 44 NOTTINGHAM WAY, MIDDLETOWN, NJ 07748 | |
| 10925 | POWERTEX CORPORATION, INC, PO BOX 670, RT. 2, ROUSES POINT, NY 12979 | |
| 10925 | POWERTEX, INC, ONE LINCOLN BLVD., ROUSES POINT, NY 12979 | |
| 10924 | POWERTRAIN VEHICLE LAB BLDG 7, EMISSIONS LAB, MILFORD, MI 48380-3726 | |
| 10925 | POWERWARE, 8609 SIX FORKS RD., RALEIGH, NC 27615 | |
| 10925 | POWLESS, BRADLEY, 9661 FOXHOUND DR., MIAMISBURG, OH 45342 | |
| 10925 | POWLESS, LISA, 1401 IDA AVE, FLINT, MI 48503 | |
| 10925 | POWLING, DOUGLAS, 4295 BRANDWINE DR, BOCA RATON, FL 33431 | |
| 10925 | POWR-LIFT CORPORATION, POBOX 170458, IRVING, TX 75017-0458 | |
| 10925 | POWRTECH ENGINEERS, INC, PO BOX 266, JARRETTSVILLE, MD 21084 | |
| 10925 | POYNER & SPRUILL, 100 NORTH TRYON ST SUITE 4000, CHARLOTTE, NC 28202-4010 | |
| 10925 | POYTHRESS, CHARLES, ROUTE 2 BOX 49, BROADNAX, VA 23920 | |
| 10925 | POZERYCKI, JOSEPH, 7 MCKINLEY ST, MAYNARD, MA 01754 | |
| 10925 | POZNAK, MACRINA, 6720 W 2ND COURT, 304, HIALEAH, FL 33012 | |
| 10925 | POZNIAK JR, EDMUND, 3115 HILL-GAIL CT, OWENSBORO, KY 42301 | |
| 10925 | POZO MOVING COMPANY, 140 76 ST, NORTH BERGEN, NJ 07047 | |
| 10925 | POZSONYI, JOSEPHINE, 2402 MONMOUTH COURT, POINT PLEASANT, NJ 08742 | |
| 10924 | POZZA-LITE CORP, 1772 22 ST, OGDEN, UT 84401 | |
| 10924 | POZZA-LITE CORPORATION, 1012 WEST 2800 SOUTH, OGDEN, UT 84401 | |
| 10924 | POZZA-LITE CORPORATION, 1772  22ND STREET, OGDEN, UT 84401 | |
| 10925 | POZZI BROS. TRANSPORTATION INC, PO BOX 776, KENT, WA 98035 | |
| 10925 | POZZI WILSON ATCHISON, 910 STANDARD PLAZA, 1100 SW 6TH AVE, PORTLAND, OR 97204-1020 | |
| 10925 | POZZOLANIC INTL INC, 421 NEW KARNER ROAD #6, ALBANY, NY 12205 | |
| 10924 | PP&L, INC., 2501 SYCAMORE STREET, HARRISBURG, PA 17111 | |
| 10924 | PP&L, INC., GENTW10, PO BOX 25223, LEHIGH VALLEY, PA 18002-5223 | |
| 10924 | PP&L, INC., PO BOX 25223, LEHIGH VALLEY, PA 18002-5223 | |
| 10924 | PP&L, PO BOX 25223, ALLENTOWN, PA 18101 | |
| 10925 | PPA, 1042 NORTH 38TH ST, ALLENTOWN, PA 18104 | |
| 10925 | PPC INDUSTRIES INC, PO BOX 400, PLEASANT PRAIRIE, WI 53158-0400 | |
| 10925 | PPC INDUSTRIES INC, PO BOX 92170, ELK GROVE VILLAGE, IL 60009 | |
| 10925 | PPC INDUSTRIES, 3000 E. MARSHALL ST., LONGVIEW, TX 75601 | |
| 10925 | PPC INDUSTRIES, 3000 E. MARSHALL, LONGVIEW, TX 75601 | |
| 10925 | PPF INDUSTRIES INC., ONE PPG PLACE, PITTSBURGH, PA 15272 | |
| 10924 | PPG / PORTER PAINTS, 400 SOUTH 13TH STREET, LOUISVILLE, KY 40203 | |
| 10924 | PPG / PORTER PAINTS, PO BOX 1385, LOUISVILLE, KY 40201-1385 | |
| 10924 | PPG CANADA INC., 880 AVONHEAD RD., MISSISSAUGA, ONTARIO, ON L5J 2Z5TORONTO | *VIA Deutsche Post* |
| 10924 | PPG IND., 440 COLLEGE PARK DRIVE, MONROEVILLE, PA 15146 | |
| 10925 | PPG INDUSTRIES (PPG), ONE PPG PLACE 08N1, PITTSBURGH, PA 15272 | |
| 10925 | PPG INDUSTRIES INC, BOX 72167, CHICAGO, IL 60678-2167 | |
| 10924 | PPG INDUSTRIES INC, ONE PPG PLACE, PITTSBURGH, PA 15272 | |
| 10925 | PPG INDUSTRIES INC, ONE PPG PLACE, PITTSBURGH, PA 15272-0001 | |
| 10924 | PPG INDUSTRIES INC, P O BOX 31, BARBERTON, OH 44203 | |
| 10925 | PPG INDUSTRIES INC, PAUL J KING RAYMOND W LEBOEUF CHM &, ONE PPG PLACE, PITTSBURGH, PA 15272 | |
| 10925 | PPG INDUSTRIES INC, PO BOX 72167, CHICAGO, IL 60678-2167 | |
| 10924 | PPG INDUSTRIES INC., 848 SOUTHERN AVENUE, CHILLICOTHE, OH 45601 | |
| 10924 | PPG INDUSTRIES INC., WORKS NO. 22, 1719 HIGHWAY 72 EAST, HUNTSVILLE, AL 35811 | |
| 10924 | PPG INDUSTRIES, 1020 OLYMPIC DRIVE, BATAVIA, IL 60510 | |
| 10924 | PPG INDUSTRIES, 10800 SOUTH 13TH. STREET, OAK CREEK, WI 53154 | |
| 10924 | PPG INDUSTRIES, 125 COLFAX STREET, SPRINGDALE, PA 15144 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    PPG INDUSTRIES, 1301 W. KENTUCY STREET, LOUISVILLE, KY 40210

10924    PPG INDUSTRIES, 1377 OAKLEIGH DRIVE, ATLANTA, GA 30344

10924    PPG INDUSTRIES, 151 COLFAX STREET, SPRINGDALE, PA 15144

10924    PPG INDUSTRIES, 23000 ST. CLAIR AVENUE, EUCLID, OH 44117

10924    PPG INDUSTRIES, 4829 FAIRLAND ROAD, BARBERTON, OH 44203

10924    PPG INDUSTRIES, 510 TELFAIR RD., GARDEN CITY, GA 31408

10924    PPG INDUSTRIES, 6804 ENTERPRISE DRIVE, LOUISVILLE, KY 40214

10924    PPG INDUSTRIES, 760 PITTSBURGH DRIVE, DELAWARE, OH 43015

10924    PPG INDUSTRIES, 856 ECHO LAKE ROAD, WATERTOWN, CT 06795

10924    PPG INDUSTRIES, FIBER GLASS RESEARCH CENTER, PITTSBURGH, PA 15238

10925    PPG INDUSTRIES, INC, ATT: KAREN MORRIS, ONE PPG PLACE, PITTSBURGH, PA 15272

10925    PPG INDUSTRIES, INC, ONE PPG PLACE 35 NI, PITTSBURGH, PA 15272

10925    PPG INDUSTRIES, INC, ONE PPG PLACE, PITTSBURGH, PA 15272

10925    PPG INDUSTRIES, INC, PO BOX 360175, PITTSBURGH, PA 15251-6175

10924    PPG INDUSTRIES, INC, PO BOX 7044, CHILLICOTHE, OH 45601

10924    PPG INDUSTRIES, INC, RECEIVING DOCK#1360702, 1719 HWY 72 EAST - WORKS #22, HUNTSVILLE, AL 35811

10925    PPG INDUSTRIES, INC, SYSTEM, 2711 CENTERVILLE RD., STE 400, WILMINGTON, DE 19808

10924    PPG INDUSTRIES, INC., 2648 SCHUST ROAD, SAGINAW, MI 48603

10924    PPG INDUSTRIES, INC., COLUMBIA SOUTHERN ROAD, LAKE CHARLES, LA 70601

10924    PPG INDUSTRIES, INC., PO BOX 1000, LAKE CHARLES, LA 70602

10924    PPG INDUSTRIES, INC., PO BOX 7022, CHILLICOTHE, OH 45601

10924    PPG INDUSTRIES, INC., PO BOX 7032, CHILLICOTHE, OH 45601

10924    PPG INDUSTRIES, INC., PO BOX 7039, CHILLICOTHE, OH 45601

10924    PPG INDUSTRIES, INC., PO BOX 7043, CHILLICOTHE, OH 45601

10924    PPG INDUSTRIES, INC., PO BOX 99428, PITTSBURGH, PA 15233

10925    PPG INDUSTRIES, ONE PPG PLACE, PITTSBURGH, PA 15272

10924    PPG INDUSTRIES, PO BOX 31, BARBERTON, OH 44203

10924    PPG INDUSTRIES, PO BOX 7041, CHILLICOTHE, OH 45601

10924    PPG INDUSTRIES, PO BOX 7044, CHILLICOTHE, OH 45601

10924    PPG INDUSTRIES/TRI-CITY, 9282 MIRAMAR ROAD, SAN DIEGO, CA 92126

10924    PPG, 465 CRENSHAW BLVD., TORRANCE, CA 90509

10924    PPG, 4829 FAIRLAND ROAD, BARBERTON, OH 44203

10924    PPG, PO BOX 656, DOVER, DE 19903

10924    PPG, PO BOX 704456, CHILLICOTHE, OH 45601

10925    PPG/CONTRACTOR SAFETY FORUM, PO BOX 1000, LAKE CHARLES, LA 70602-1000

10925    PPI/MRS INC, 603 WASHINGTON AVE SUITE 10C, SOUTH AMBOY, NJ 08879

10925    PPIPP, DANIEL, 244 HICKORY TRACE, NASHVILLEIE, TN 37211

10924    PPL ELECTRIC UTILITIES CORP, 2 N. 9TH STREET, ALLENTOWN, PA 18101-1179

10924    PPL GAS UTILITIES CORP, ROUTE 6 EAST, PORT ALLEGANY, PA 16743

10924    PPL GAS UTILITIES CORP., PO BOX 25235, LEHIGH VALLEY, PA 18002-5223

10925    PPL UTILITIES, 2 NORTH 9TH ST, ALLENTOWN, PA 18101-1175

10925    PPS INFORMATION SYSTEMS STAFFING, 1420 EAST JOPPA ROAD, TOWSON, MD 21286

10925    P-Q CONTROLS INC, 60 PARK ST, DOVER-FOXCROFT, ME 04426

10925    P-Q CONTROLS INC, 95 DOLPHIN ROAD, BRISTOL, CT 06010

10925    PQ CORP., PO BOX 840, VALLEY FORGE, PA 19482

10924    PQ CORPORATION, 17TH STREET & KANSAS AVENUE, KANSAS CITY, KS 66105

10924    PQ CORPORATION, 17TH STREET AND KANSAS AVENUE, KANSAS CITY, KS 66105

10924    PQ CORPORATION, 2430 DOUG BARNARD PARKWAY, AUGUSTA, GA 30906

10924    PQ CORPORATION, PO BOX 840, VALLEY FORGE, PA 19482-0840

10925    PQ CORPORATION, PO BOX 8500 S-3380, PHILADELPHIA, PA 19178

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PQT SERVICES, INC, 806 BOTANY RD., GREENVILLE, SC 29615-1608 | |
| 10924 | PR CONSOL INSTL PROP BOOK DOL I, BLDG. J 2050, FORT BRAGG, NC 28307-5000 | |
| 10925 | PR GAS, CALLE CATALUNA #302 INTERIOR, URB VISTAMAR, CAROLINA, PR 00983PUERTO RICO | *VIA Deutsche Post* |
| 10925 | PR NEWSWIRE INC, G PO BOX 5897, NEW YORK, NY 10087-5897 | |
| 10925 | PR PALLET RECYCLING, 90 RIO HONDO AVE, BAYAMON, PR 00961-3113 | |
| 10924 | PR SSSC, BLDG. 1019, FORT STEWART, GA 31314-5185 | |
| 10925 | PR WEEK, POBOX 1808, DANBURY, CT 06813 | |
| 10925 | PRABHAKARA, SHALINI, 2198 LYNNWOOD DR, NISKAYUNA, NY 12309 | |
| 10925 | PRACTICAL APPLICATIONS, ACCOUNTS RECEIVABLE, 319 A ST (REAR), BOSTON, MA 02210 | |
| 10925 | PRACTICAL WINERY & VINEYARD, 15 GRANDE PASEO, SAN RAFAEL, CA 94903 | |
| 10925 | PRACTICE RESOURCES, INC, 319 E MADISON #4M/BOX 3597, SPRINGFIELD, IL 62708-3597 | |
| 10925 | PRACTICE RESOURCES, INC, PO BOX 3597, SPRINGFIELD, IL 62708-3597 | |
| 10925 | PRACTISING LAW INSTITUTE, 810 SEVENTH AVE, NEW YORK, NY 10019 | |
| 10925 | PRACTITIONERS PUBLISHING CO., PO BOX 966, FORT WORTH, TX 76101-9976 | |
| 10925 | PRACTITIONERS PUBLISHING COMPANY, PO BOX 966, FORT WORTH, TX 76101-0966 | |
| 10925 | PRADAT, DONNA, RT. 2, BOX 68A, STURGIS, MS 39769 | |
| 10925 | PRADO, JESUS, 11581 VIRGINIA AVE, LYNWOOD, CA 90280 | |
| 10925 | PRADO, JUAN, 1028 HOLLISTER ST, SAN FERNANDO, CA 91340 | |
| 10925 | PRAGASA, ROMULO, 3220 CHAMPION ST., OAKLAND, CA 94602 | |
| 10925 | PRAGER, INC, PO BOX 61670, NEW ORLEANS, LA 70161-1670 | |
| 10925 | PRAGER, WILLIAM I, 7331 WOODTHRUSH, DALLAS, TX 75230-4237 | |
| 10925 | PRAGMA SYSTEMS INC, 13706 RESEARCH BLVD SUITE 301, AUSTIN, TX 78750 | |
| 10925 | PRAHL, SANDY, RT 6 BOX 189, EASTMAN, GA 31023 | |
| 10925 | PRAHM, DIANE, 132 MAIN ST, RIDGEFIELD PARK, NJ 07660 | |
| 10924 | PRAIRE CENTRAL, 520 E. FAIRCHILD, DANVILLE, IL 61832 | |
| 10924 | PRAIRIE AVENUE CONCRETE INC, 3500 PRAIRIE AVENUE, BELOIT, WI 53511 | |
| 10924 | PRAIRIE AVENUE CONCRETE, 3500 PRAIRIE AVE, BELOIT, WI 53511 | |
| 10924 | PRAIRIE BUILDERS SUPPLY, 2114 WEST HAYES AVENUE, FREMONT, OH 43420 | |
| 10924 | PRAIRIE CENTRAL - YARD 22, 701 SECTION STREET, DANVILLE, IL 61832 | |
| 10924 | PRAIRIE CENTRAL - YARD 37, 3200 W SPRINGFIELD AVE, CHAMPAIGN, IL 61821 | |
| 10924 | PRAIRIE CENTRAL - YARD 37, P O BOX 1040, CHAMPAIGN, IL 61824 | |
| 10924 | PRAIRIE CENTRAL - YARD 38, P O BOX 223, FARMER CITY, IL 61842 | |
| 10924 | PRAIRIE CENTRAL - YARD 38, RTE. 150 & EAST MONROE STREET, FARMER CITY, IL 61842 | |
| 10924 | PRAIRIE CENTRAL - YARD 39, 13 RAYMOND RD, MONTICELLO, IL 61856 | |
| 10924 | PRAIRIE CENTRAL - YARD 39, P.O. BOX 223, FARMER CITY, IL 61842 | |
| 10924 | PRAIRIE CENTRAL, 705 EAST MCKINLEY AVENUE, DECATUR, IL 62526 | |
| 10924 | PRAIRIE CENTRAL, P O BOX 1040, CHAMPAIGN, IL 61824-1040 | |
| 10924 | PRAIRIE CENTRAL, PO BOX 1040, CHAMPAIGN, IL 61824-1040 | |
| 10925 | PRAIRIE CONCRETE INC, PO BOX 562, WEST POINT, MS 39773 | |
| 10924 | PRAIRIE DU CHIEN READY MIX, 800 N. VILLA LOUIS ROAD, PRAIRIE DU CHIEN, WI 53821 | |
| 10924 | PRAIRIE DU CHIEN READY MIX, P O BOX 210, PRAIRIE DU CHIEN, WI 53821 | |
| 10924 | PRAIRIE GROUP, 5222 E. MARGARET AVENEUE, TERRE HAUTE, IN 47803 | |
| 10924 | PRAIRIE GROUP, KENTUCKY AVENUE, INDIANAPOLIS, IN 46241 | |
| 10924 | PRAIRIE GROUP, P O BOX 42203, INDIANAPOLIS, IN 46242 | |
| 10924 | PRAIRIE GROUP, PLANT #70, NOBLESVILLE, IN 46060 | |
| 10924 | PRAIRIE GROUP, PO BOX 42203, INDIANAPOLIS, IN 46242 | |
| 10924 | PRAIRIE MATERIAL (MATERIAL & FUEL), 7601 W. 79TH STREET, BRIDGEVIEW, IL 60455 | |
| 10925 | PRAIRIE MATERIAL SALES, PO BOX 1123, BRIDGEVIEW, IL 60455 | |
| 10924 | PRAIRIE MATERIALS & SALES - YD 18, 2000 SKOKIE VALLEY HIGHWAY, HIGHLAND PARK, IL 60035 | |
| 10924 | PRAIRIE MATERIALS & SALES (YD 2), 305 BENSON STREET, CHICAGO, IL 60608 | |
| 10924 | PRAIRIE MATERIALS & SALES (YD 24), 1200 NORTH BUTTERFIELD ROAD, MUNDELEIN, IL 60060 | |

i9

WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   PRAIRIE MATERIALS & SALES (YD 25), 800 EAST MCKINLEY, DECATUR, IL 62526

10924   PRAIRIE MATERIALS & SALES (YD 32), 865 N PEORIA ST, CHICAGO, IL 60622

10924   PRAIRIE MATERIALS & SALES (YD 33), 3300 S CALIFORNIA AVE, CHICAGO, IL 60608

10924   PRAIRIE MATERIALS & SALES (YD 7), 200 BELMONT & SCHOOL STREET, CHICAGO, IL 60657

10924   PRAIRIE MATERIALS & SALES (YD 8), 385 E TOUHY AVENUE, DES PLAINES, IL 60018

10924   PRAIRIE MATERIALS & SALES YD 1, 7601 W 79TH STREET, BRIDGEVIEW, IL 60455

10924   PRAIRIE MATERIALS & SALES YD 4, 80 E 159TH STREET, SOUTH HOLLAND, IL 60473

10924   PRAIRIE MATERIALS & SALES YD 6, VULCAN PIT, ROMEOVILLE, IL 60441

10924   PRAIRIE MATERIALS & SALES YD.3, 6200 S. EAST AVENUE, HODGKINS, IL 60525

10924   PRAIRIE MATERIALS & SALES YD10, 1660 HUBBARD STREET, BATAVIA, IL 60510

10924   PRAIRIE MATERIALS & SALES YD11, 622 ROUTE 34, AURORA, IL 60504

10924   PRAIRIE MATERIALS & SALES YD14, 799 ROUTE 53, ADDISON, IL 60101

10924   PRAIRIE MATERIALS & SALES YD16, 1151 PENNY ROAD, EAST DUNDEE, IL 60118

10924   PRAIRIE MATERIALS & SALES YD17, PLANO, IL 60545

10924   PRAIRIE MATERIALS & SALES YD19, ROCK ROAD, CLARE, IL 60111

10924   PRAIRIE MATERIALS & SALES YD21, 2900 OLD WILLOW ROAD, GLENVIEW, IL 60025

10924   PRAIRIE MATERIALS & SALES YD32, 901 N. SANGAMON ST., CHICAGO, IL 60622

10924   PRAIRIE MATERIALS & SALES(ACCURATE), 1220 WEST 171ST & CENTER AVENUE, EAST HAZEL CREST, IL 60429

10924   PRAIRIE MATERIALS & SALES, 7601 W 79TH STREET, BRIDGEVIEW, IL 60455

10924   PRAIRIE MATERIALS & SALES, INC. YD5, 9100 GREEN ST, CHICAGO, IL 60620

10924   PRAIRIE MATERIALS & SALES, INC., 7601 W 79TH ST, BRIDGEVIEW, IL 60455

10924   PRAIRIE MATERIALS (MATERIAL & FUEL), 701 SECTION STREET, DANVILLE, IL 61832

10924   PRAIRIE MATERIALS, 800 EAST MCKINLEY, DECATUR, IL 62526

10924   PRAIRIE MATERIALS, P.O. BOX 1040, CHAMPAIGN, IL 61824-1040

10924   PRAIRIE MEADOWS RACETRACK CASINO, 5300 ADVENTURELAND DRIVE, ALTOONA, IA 50009

10925   PRAIRIE PATH PAVERS, 500 E. COSSITT AVE, LA GRANGE, IL 60525

10925   PRAIRIE PLUMBING & HEATING INC, WILFRED FUCHES PRES, 866 PHILLIPS ROAD, SAUK CITY, WI 53583

10924   PRAIRIE READY MIX, PO BOX 210, PRAIRIE DU CHIEN, WI 53821

10924   PRAIRIE ROSE CONST. SUPPLY, BOX 811, BISMARCK, ND 58502

10924   PRAIRIE ROSE CONSTRUCTION SUPPLY, 2123 E. FRONT AVE., BISMARCK, ND 58502

10924   PRAIRIE ROSE CONSTRUCTION SUPPLY, 2123 EAST FRONT AVENUE, BISMARCK, ND 58502

10924   PRAIRIE STATE BUILDING SUPPLY, 4118 ROUTE 12, RICHMOND, IL 60071

10924   PRAIRIE SUPPLY INC., P.O. BOX 3071, FARGO, ND 58108-3071

10925   PRAIRIE, BRENT, PO BOX 314, MONEE, IL 60449

10925   PRAIRIE, SCOTT, 3618 N. VINCENNES, MOMENCE, IL 60954

10925   PRAKOTH, KASIN, 3115 CHERRY CREEK, MISSOURI CITY, TX 77459

10925   PRALL, VICTOR, 6735 CHESAPEAKE POINT, ATLANTA, GA 30328

10925   PRAMOD C KARULKAR &, SHUKLA P KARULKAR JT TEN, 3816 FORT HILL DR, ELLIOTT CITY, MD 21042-0000

10925   PRANAS ZUNDE &, GYTIS J ZUNDE JT TEN, 3070 MEADOW MERE WEST, CHAMBLEE, GA 30341-3812

10925   PRANDIUM INC, GEN COUNSEL, 18831 VAN KARMAN, IRVINE, CA 92715

10925   PRANGES, YOUNKERS, 53 EAST TOWNE MALL, MADISON, WI 53704

10925   PRANSKIETIS-FROILAN, CAROL, 335 PENFIELD PLACE, DUNELLEN, NJ 08812

10925   PRASAD RANGARAJU, 122 1/2 MARSTELLER ST, WEST LAFAYETTE, IN 47906

10925   PRASAD, JAYANTHI, 651 MARET ROAD, LEXINGTON, MA 02173

10925   PRASERTHDAMMD, M, 13774 TERN LANE, CLEARWATER, FL 34622

10925   PRATER IND., PO BOX 428638, CINCINNATI, OH 45242-8638

10925   PRATER INDUSTRIES, 1515 55TH COURT, CICERO, IL 60650

10924   PRATER INDUSTRIES, INC, 1515 SOUTH 55TH CT, CHICAGO, IL 60650

10925   PRATER, FRANCES, 877 SCOTT DRIVE, FERNLEY, NV 89408

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PRATER, JAMES, 215 THOMAS HEIGHT, SENECA, SC 29678

10925    PRATER, JEFFERY, 255 LITTLE CHAUGA FARM, WESTMINSTER, SC 29693

10925    PRATER, W, 4354 WESTOAK HWY, WESTMINSTER, SC 29693

10925    PRATHER, ERNEST, 184 SUMMIT AVE, DUMONT, NJ 07628

10925    PRATHER, JOSHUA, 5678 THICKET LANE, COLUMBIA, MD 21044

10925    PRATHER, KELLY, 829 EAST BYERS AV, OWENSBORO, KY 42303

10925    PRATHER, KIMBERLEE, 241 LOCUST LANE, ELKTON, MD 21921

10925    PRATHER, RHONE, 1316 SALEM, EDMOND, OK 73003

10925    PRATHER, ROBERTA, 3598 CHINABERRY LANE, SNELLVILLE, GA 30278

10925    PRATHER, SHANNON, 1301 N WOODLAWN AVE, METAIRIE, LA 70001

10925    PRATI MD, R, 6010 FOREST PARK RD, DALLAS, TX 75235

10924    PRATT & WHITNEY, 1525 MIDWAY PARK ROAD, BRIDGEPORT, WV 26330

10924    PRATT & WHITNEY, M/S 18201, 400 MAIN STREET, EAST HARTFORD, CT 06108

10924    PRATT & WHITNEY, WELLS ROAD, NORTH BERWICK, ME 03906

10924    PRATT CONCRETE PRODUCTS, 1100 S. JACKSON, PRATT, KS 67124

10925    PRATT JR., HENRY, RT.5 BOX 360, AMARILLO, TX 79118

10925    PRATT SR, RUSSELL W, PO BOX 219, 815 SUNSET AVE, EARLVILLE, IL 60518-0000

10925    PRATT THOMPSON CO. INC., 1924 S. CHARLES ST., BALTIMORE, MD 21230

10924    PRATT TRANSIT MIX CO., MEDICINE LODGE, KS 67104

10925    PRATT, BARBARA, 2503 N CALVERT ST, BALTIMORE, MD 21218

10925    PRATT, CLARENCE, 8104 HIGHWOOD DRIVE G-325, BLOOMINGTON, MN 55438-1006

10925    PRATT, DAVID, 104 WOODBRIDGE CIR, ROANOKE RAPIDS, NC 27870

10925    PRATT, DENISE, 1108 PEAVY RD, DALLAS, TX 75218

10925    PRATT, ELAINE, HC 73 BOX 1823, LOCUST GROVE, VA 22508

10925    PRATT, FRED, 23 KURCHIAN LANE, READING, MA 01867

10925    PRATT, KENNETH, 126 24TH ST NE, CEDAR RAPIDS, IA 52402

10925    PRATT, LARRY, 209 L ST SE, WASHINGTON, DC 20003

10925    PRATT, LINDA, RR 1 BOX 63, VIPER, KY 41774

10925    PRATT, MARILYN, 87 LORRAINE DR, E BRIDGEWATER, MA 02333

10925    PRATT, MARK, 235 ABERCROMBIE RD, FOUNTAIN INN, SC 29644

10925    PRATT, ROBERT, 14068 E 4000 NO RD, HOOPESTON, IL 60942

10925    PRATT, ROBERT, 515 VALOR ROAD # 462, AURELIA, IA 51005

10925    PRATT, WAYNE, 8137 RHOADS WAY, NORTH HOLLYWOOD, CA 91605

10925    PRATT, WILLIAM, 17 PROSPECT ST, MAYNARD, MA 01754-1314

10925    PRATT, WILLIAM, 61 ADDISON AVE, N ADAMS, MA 01247

10925    PRATTI, LEWIS, 49 ALPINE ST, SOMERVILLE, MA 02144

10925    PRATTINI, MICHELE, 219 METAIRIE HEIGHTS, METAIRIE, LA 70001

10924    PRATTVILLE CONFERENCE CENTER, I 459 AND I 65, PRATTVILLE, AL 36066

10925    PRAXAIR DISTRIBUTION INC, PO BOX 9213, DES MOINES, IA 50306-9213

10925    PRAXAIR DISTRIBUTION SOUTHEAST, LLC, PO BOX 3287, TEQUESTA, FL 33469-0287

10925    PRAXAIR INC, 30W626 RTE. 20,

10924    PRAXAIR INC, 6435 CRESCENT DRIVE, NORCROSS, GA 30091

10924    PRAXAIR INC, PO BOX 808, TONAWANDA, NY 14151

10924    PRAXAIR INC., 112-A LACHICHOTTE ROAD, LUGOFF, SC 29078

10924    PRAXAIR INC., 112A LACHIOTTE ROAD, LUGOFF, SC 29078

10924    PRAXAIR INC., 1ST AT 'A' STREET, HURLEY, NM 88043

10924    PRAXAIR INC., LINDE DIV, TONAWANDA, NY 14151

10925    PRAXAIR INC., PO BOX 651287, CHARLOTTE, NC 28265-1287

10924    PRAXAIR INC., PO BOX 808, TONAWANDA, NY 14151

10924    PRAXAIR INC., PO BOX 808, TONAWANDA, NY 14151-0808

10924    PRAXAIR INC., PROJET 6998, 100 HARRISON STREET, DOVER, NJ 07801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PRAXAIR INC./LINDE, 300 EAST GREAT LAKES AVENUE, ECORSE, MI 48229 | |
| 10924 | PRAXAIR INC./LINDE, PO BOX 44, TONAWANDA, NY 14151-0044 | |
| 10924 | PRAXAIR INC./LINDE, PO BOX 808, TONAWANDA, NY 14151-0808 | |
| 10924 | PRAXAIR PLANTA, COL GARZAA CANTU, ATT: LETICIA IBARRA, SAN NICOLAS DE LOS GARZA, 66364MEXICO | *VIA Deutsche Post* |
| 10924 | PRAXAIR SURFACE TECH., INC., 1555 MAIN STREET, INDIANAPOLIS, IN 46224 | |
| 10924 | PRAXAIR SURFACE TECHNOLOGIES, INC., 1245 MAIN STREET, SPEEDWAY, IN 46224 | |
| 10924 | PRAXAIR SURFACE TECHNOLOGIES, INC., PO BOX24184, SPEEDWAY, IN 46224 | |
| 10924 | PRAXAIR VENEZUELA, EDIF CENTRO EMPRESARIAL, PARQUE DEL ESTE, PISO 3, LA CARLOTA CARACAS 1070, VENZUALA | *VIA Deutsche Post* |
| 10924 | PRAXAIR, 1500 E. EUCLID, TRENTWOOD, WA 99215 | |
| 10924 | PRAXAIR, 1785 OLD OAKLAND RD., SAN JOSE, CA 95131 | |
| 10924 | PRAXAIR, 2200 STOKKE, MENOMONIE, WI 54751 | |
| 10924 | PRAXAIR, 28 & PEARL STS., LORAIN, OH 44055 | |
| 10924 | PRAXAIR, 3406 E. PLEASANT ROAD, KNOXVILLE, IA 50138-9517 | |
| 10924 | PRAXAIR, C/O USS KOBE STEEL, LORAIN, OH 44055 | |
| 10925 | PRAXAIR, HWY 3142 GATE 866, TAFT, LA 70057 | |
| 10924 | PRAXAIR, INC, 2300 E. PACIFIC COAST HWY, WILMINGTON, CA 90744 | |
| 10925 | PRAXAIR, INC, 39 OLD RIDGEBURY RD., DANBURY, CT 06810 | |
| 10924 | PRAXAIR, INC, COUNTY ROAD 10, MARIETTA, OH 45750 | |
| 10925 | PRAXAIR, INC, PO BOX 281901, CHARLOTTE, NC 28265-1287 | |
| 10925 | PRAXAIR, INC, PO BOX 651287, CHARLOTTE, NC 28265-1287 | |
| 10924 | PRAXAIR, INC, PO BOX 808, TONAWANDA, NY 14151 | |
| 10924 | PRAXAIR, INC, PO BOX 808, TONAWANDA, NY 14151-0808 | |
| 10925 | PRAXAIR, INC, PO BOX 91385, CHICAGO, GA 60693-1385 | |
| 10924 | PRAXAIR, INC., 11499 COURTHOUSE BLVD., INVER GROVE HEIGHTS, MN 55077 | |
| 10924 | PRAXAIR, INC., 175 EAST PARK DRIVE, TONAWANDA, NY 14151-0044 | |
| 10924 | PRAXAIR, INC., 2300 E. PACIFIC COAST HWY., WILMINGTON, CA 90744 | |
| 10924 | PRAXAIR, INC., 300 E. GREAT LAKES AVE., ECORSE, MI 48229 | |
| 10924 | PRAXAIR, INC., 40433 HWY. 45 SOUTH, HAMILTON, MS 39746 | |
| 10924 | PRAXAIR, INC., 4400 KENNEDY AVE., EAST CHICAGO, IN 46312 | |
| 10924 | PRAXAIR, INC., 629 S. FRASER ST., GEORGETOWN, SC 29440 | |
| 10924 | PRAXAIR, INC., 6701 ST. JOHN AVE., KANSAS CITY, MO 64123 | |
| 10924 | PRAXAIR, INC., 7662 ALBURTIS ROAD, ALBURTIS, PA 18011 | |
| 10924 | PRAXAIR, INC., ATT: CLYDE HOWARD, 6710 HOGEBOOM, GROVES, TX 77619 | |
| 10924 | PRAXAIR, INC., BLDG #90, 175 E. PARK DRIVE, TONAWANDA, NY 14151-0044 | |
| 10924 | PRAXAIR, INC., BLDG. 2A RECEIVING DOCK, 61 E. PARK DRIVE, TONAWANDA, NY 14150 | |
| 10924 | PRAXAIR, INC., DELAWARE CITY REPOWERING PROJECT, GOV. LEA ROAD (OFF RT. 9), DELAWARE CITY, DE 19706 | |
| 10924 | PRAXAIR, INC., HWY 611 SOUTH, PASCAGOULA, MS 39568-1300 | |
| 10924 | PRAXAIR, INC., INDUSTRIAL ROAD AT OLIN CHEMICAL, MCINTOSH, AL 36553 | |
| 10924 | PRAXAIR, INC., PO BOX 44, TONAWANDA, NY 14151-0004 | |
| 10924 | PRAXAIR, INC., PO BOX 808, TONAWANDA, NY 14151 | |
| 10924 | PRAXAIR, INC., PO BOX 808, TONAWANDA, NY 14151-0808 | |
| 10924 | PRAXAIR, INC., PO BOX808, TONAWANDA, NY 14150 | |
| 10924 | PRAXAIR, PO BOX 44, TONAWANDA, NY 14151 | |
| 10925 | PRAXAIR, PO BOX 7912, SAN FRANCISCO, CA 94120-7912 | |
| 10925 | PRAXAIR, PO BOX 8213, DES MOINES, IA 50301-8213 | |
| 10924 | PRAXAIR, PROJECT #2331, 2000 LOVERIDGE ROAD, PITTSBURG, CA 94565 | |
| 10925 | PRAXAIR, RT. 38 PLEASANT VALLEY RD., MOORESTOWN, NJ 08057 | |
| 10925 | PRAXAIR/GAS TECH, DEPT CH10660, PALATINE, IL 60055-0660 | |
| 10925 | PRAXAIR/GAS TECH., PO BOX 289, HOBART, IN 46342 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PRAXAIR/LINDE DIV., 100 STRANG ROAD, LA PORTE, TX 77571 | |
| 10924 | PRAXAIR/LINDE DIV., PO BOX 808, TONAWANDA, NY 14151-0808 | |
| 10925 | PRAXIAR/GAS TECH, DEPT. CH10660, PALATINE, IL 60055-0660 | |
| 10925 | PRAY, LARRY, RR3 BOX 172, WATSEKA, IL 60970-9552 | |
| 10925 | PRAYAGA, SUDHIRDAS, 7365 MACLEOD LANE, OFALLON, MO 63366 | |
| 10925 | PRAYBOURNE LIMITED, HEMING ROAD, REDDITCH WO, B98 ODHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PRAYLOW, MICHAEL, 4232 DONAVAN ST, COLUMBIA, SC 29210 | |
| 10925 | PRAZNIK, MICHAEL, 2314 KALISTE SALOOM, LAFAYETTE, LA 70508 | |
| 10924 | PRC-DESOTO INTERNATIONAL INC, 11601 UNITED STREET, MOJAVE, CA 93501 | |
| 10924 | PRC-DESOTO INTERNATIONAL INC, 5430 SAN FERNANDO ROAD, GLENDALE, CA 91203 | |
| 10924 | PRC-DESOTO INTERNATIONAL INC, PO BOX 1800, GLENDALE, CA 91209 | |
| 10924 | PRE CAST PRODUCTS, 9764 ST CHARLES ROCK RD, SAINT LOUIS, MO 63114 | |
| 10924 | PRE CAST SYSTEMS, P O BOX 1550, BROOKSHIRE, TX 77423 | |
| 10924 | PRE CON SHOKBETON, 3102 E CORK ST, KALAMAZOO, MI 49003 | |
| 10924 | PRE PAID SALE, TERR W15, HOUSTON, TX 77000 | |
| 10924 | PRE PAID SALE, TERR. 238, POMPANO, FL 33060 | |
| 10924 | PRE PAID SALES TERR 626, W.R/GRACE-H.TORMEY, HOUSTON, TX 77252 | |
| 10924 | PRE PAID SALES TERR 642, JIM FRAZIER, HOUSTON, TX 77000 | |
| 10924 | PRE PAID TERR. 243, POMPANO, FL 33060 | |
| 10925 | PRE, FIVE, HALM, NY, NY 10001 | |
| 10925 | PRE, FOUR, AVE P, NY, NY 10001 | |
| 10925 | PRE, ONE, KLEIN, NY, NY 10001 | |
| 10925 | PRE, THREE, HALL, NY, NY 10025 | |
| 10925 | PRE, TWO, AVEL, NY, NY 10001 | |
| 10924 | PREACH BLDG SUPPLY, 1601 W. HATCHER RD, PHOENIX, AZ 85021 | |
| 10924 | PREACH BUILDING SUPPLY, 1601 W. HATCHER RD., PHOENIX, AZ 85021 | |
| 10925 | PRE-ACQ, CHATTANOOGA, CHAT, AA, CHATTANOOGA, NY 10049 | |
| 10925 | PREAS, TIMOTHY, 4322 10TH ST, BACLIFF, TX 77518 | |
| 10925 | PREAUS, RODDY KREBS, LLP, SUITE 1650, NEW ORLEANS, LA 70130-6114 | |
| 10925 | PREBLE, JO-ANN, 83 DESMOND AVE, SOMERSET, MA 02726 | |
| 10924 | PRE-BLEND PRODUCTS INC., 29 S UNION AVE, LANSDOWNE, PA 19050 | |
| 10924 | PRE-BLEND PRODUCTS INC., 29 S UNION AVE, LANSDOWNE, PA 19050-2536 | |
| 10924 | PRECAST CONC PROD, 7951 EAST US 223, BLISSFIELD, MI 49228 | |
| 10924 | PRECAST CONC. PROD OF ME., AUGUSTA RD, TOPSHAM, ME 04086 | |
| 10924 | PRECAST CONC.PROD OF ME., AUGUSTA RD, TOPSHAM, ME 04086 | |
| 10925 | PRECAST CONCRETE ASSOC OF NY INC, 234 HUDSON AVE, ALBANY, NY 12210 | |
| 10925 | PRECAST CONCRETE CONCRETE ASSOC, 2006 OLD GREENBRIER RD SUITE 7, CHESAPEAKE, VA 23320 | |
| 10925 | PRECAST CONCRETE MANUFACTURERS, 2455 NE LOOP 410 SUITE #125, SAN ANTONIO, TX 78217 | |
| 10924 | PRECAST CONCRETE PROD, PO BOX 8350, SAVANNAH, GA 31412 | |
| 10924 | PRECAST CONCRETE PRODUCTS, 2820 TREMONT ROAD, SAVANNAH, GA 31405 | |
| 10924 | PRECAST CONCRETE PRODUCTS, PO BOX 8350, SAVANNAH, GA 31412-8350 | |
| 10924 | PRECAST CONCRETE SERVICES, 9025 DUNMORE DRIVE, DALLAS, TX 75231 | |
| 10924 | PRECAST CONCRETE SPEC, 230 MCKINLEY, OMRO, WI 54963 | |
| 10924 | PRECAST CONCRETE SPEC, P O BOX 412, OMRO, WI 54963 | |
| 10924 | PRECAST CONCRETE SPEC, PO BOX 412, OMRO, WI 54963 | |
| 10924 | PRECAST MANUFACTURING, 187 STRYKERS RD., PHILLIPSBURG, NJ 08865 | |
| 10924 | PRECAST MANUFACTURING., 187 STRYKERS RD., PHILLIPSBURG, NJ 08865 | |
| 10924 | PRE-CAST MFG CO, 301 WEST BROADWAY, PHOENIX, AZ 85041 | |
| 10924 | PRE-CAST MFG CO., 301 WEST BROADWAY, PHOENIX, AZ 85041 | |
| 10924 | PRECAST OF VIRGINIA, INC., 5303 RITCHIE ROAD, BEALETON, VA 22712 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PRECAST PRODUCTS, 9764 S CHARLES ROCK, SAINT LOUIS, MO 63114 | |
| 10924 | PRECAST SERVICES INC., 6106 FM 3009, SCHERTZ, TX 78154 | |
| 10924 | PRECAST SERVICES, 6106 FM 3009, SCHERTZ, TX 78154 | |
| 10924 | PRECAST SERVICES, INC., 6106 FM 3009, SCHERTZ, TX 78154 | |
| 10924 | PRE-CAST SPECIALTIES INC, 1380 NE 48TH STREET, MIAMI, FL 33164 | |
| 10924 | PRECAST SPECIALTIES, 1380 NE 48TH ST., POMPANO BEACH, FL 33069 | |
| 10924 | PRECAST SPECIALTIES, 1380 NORTH EAST 48TH ST, POMPANO BEACH, FL 33064 | |
| 10924 | PRECAST STRUCTURES, AUBURN, ME 04210 | |
| 10924 | PRECAST STRUCTURES, P O BOX 1347, AUBURN, ME 04210 | |
| 10924 | PRECAST STRUCTURES, PO BOX 1347, AUBURN, ME 04210 | |
| 10924 | PRECAST SYSTEMS INC, P. O. BOX 56, DARWIN, MN 55324 | |
| 10924 | PRECAST SYSTEMS INC., 502 FM 359 SOUTH, BROOKSHIRE, TX 77423 | |
| 10924 | PRECAST SYSTEMS INC., PO BOX 1550, BROOKSHIRE, TX 77423 | |
| 10924 | PRECAST SYSTEMS, BOX 56, DARWIN, MN 55324 | |
| 10924 | PRECAST SYSTEMS, HWY. 12, DARWIN, MN 55324 | |
| 10925 | PRECAST/PRESTRESSED CONCRETE INST., 114 NOTTINGHAM CIRCLE, STATESVILLE, NC 28677 | |
| 10925 | PRECAST/PRESTRESSED CONCRETE, 209 WEST JACKSON BLVD, CHICAGO, IL 60606 | |
| 10925 | PRECAST/PRESTRESSED CONCRETE, 8200 FAIRWAY DR, COLUMBUS, OH 43235-1118 | |
| 10925 | PRECAST/PRESTRESSED CONCRETE, INSTITUTE, 116 RADCLIFFE ROAD, BELMONT, MA 02478 | |
| 10925 | PRECAST/PRESTRESSED PRODUCERS, 424 N. 4TH ST /STE. 100, SPRINGFIELD, IL 62702 | |
| 10924 | PRECENT CORP, 3057 NORTH ROCKWELL, CHICAGO, IL 60618 | |
| 10924 | PRECENT CORPORATION, 6526 LAVERGNE AVE., BEDFORD PARK, IL 60638 | |
| 10924 | PRECENT CORPORATION, 7816 SOUTH OAKLEY, CHICAGO, IL 60620 | |
| 10925 | PRECHT, TAMMY, 551 NW 55TH TERR, KANSAS CITY, MO 64118 | |
| 10925 | PRECIADO, MARTA, 100 HIGH ST, CLOSTER, NJ 07624 | |
| 10924 | PRECICAST INDUSTRIA E COMMERCIA, C/O, .?, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | PRECICAST INDUSTRIA E COMMERCIO, SERTAO DO IMIRIM-SC, RODOVIA SC-407 KM 05, SAO JOSE-DOS-SC, 999999999BRAZIL | *VIA Deutsche Post* |
| 10925 | PRECIPTECH, INC, 8800 EAST 63RD ST, KANSAS CITY, MO 64133-4883 | |
| 10924 | PRECISE CASTING, 251 LORNE AVE WEST, STRATFORD, ON N5A 7V8TORONTO | *VIA Deutsche Post* |
| 10925 | PRECISE CORPORATE PRINTING INC, 75 FRONT ST, BROOKLYN, NY 11201 | |
| 10924 | PRECISE FOOD INGREDIENTS, IN, 3311 WILEY POST ROAD, CARROLLTON, TX 75006 | |
| 10924 | PRECISE FOOD INGREDIENTS, INC, 3311 WILEY POST ROAD, CARROLLTON, TX 75006 | |
| 10924 | PRECISE INTERNATIONAL, 15 CORPORATE DRIVE, ORANGEBURG, NY 10962 | |
| 10924 | PRECISIION PIPING & STEEL FAB.,INC., 4142 W. 49TH ST., TULSA, OK 74157 | |
| 10924 | PRECISION ADHESIVES HVAC INC., PO BOX 910, PERTH AMBOY, NJ 08861 | |
| 10925 | PRECISION BOILERS,LCC, 5727 SUPERIOR DR, MORRISTOWN, TN 37814 | |
| 10924 | PRECISION CAST PARTS, 13489 S E JOHNSON ROAD, PORTLAND, OR 97222 | |
| 10924 | PRECISION CAST PARTS, 4600 S E HARNEY DRIVE, PORTLAND, OR 97206 | |
| 10925 | PRECISION CIRCUITS, 18025 HWY 99, LYNNWOOD, WA 98037 | |
| 10924 | PRECISION CLEANING SYSTEMS, C/O KELLY WILKIE, 8165 ALPINE AVENUE, SACRAMENTO, CA 95826 | |
| 10924 | PRECISION COAT., INC., PO BOX 155, WALLED LAKE, MI 48390 | |
| 10925 | PRECISION COATING, 58 MCDONALD ST, DEDHAM, MA 02026 | |
| 10924 | PRECISION COATINGS INC., 8120 GOLDIE STREET, WALLED LAKE, MI 48390 | |
| 10924 | PRECISION COATINGS INC., PO BOX 155, WALLED LAKE, MI 48390 | |
| 10924 | PRECISION COATINGS, INC., 13910 OAKS AVENUE, CHINO, CA 91710 | |
| 10924 | PRECISION COATINGS, INC., 6 WOLFER INDUSTRIAL PARK,, SPRING VALLEY, IL 61362 | |
| 10924 | PRECISION COATINGS, INC., PO BOX 155, WALLED LAKE, MI 48390 | |
| 10924 | PRECISION COATINGS, INC., PO BOX 5108, DIAMOND BAR, CA 91765-5108 | |
| 10925 | PRECISION COMPONENT, 400 WEST DAVY LANE, WILMINGTON, IL 60481 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PRECISION COMPONENT, PO BOX 1217, ADDISON, IL 60101 | |
| 10925 | PRECISION DATA PRODUCTS, PO BOX 8367, GRAND RAPIDS, MI 49518 | |
| 10925 | PRECISION DETECTORS, 10 FORGE PARK, FRANKLIN, MA 02038 | |
| 10924 | PRECISION DIVERSIFIED INC, 14755 27TH AVENUE NORTH, PLYMOUTH, MN 55447 | |
| 10925 | PRECISION ELECTRONIC BALANCING, CO INC, 10 BARNES DR, BELMONT, NC 28012 | |
| 10925 | PRECISION ENGINEERING CORP, 276 COUNTY ROAD 101, OXFORD, MS 38655 | |
| 10924 | PRECISION FABRICATING & CLEANING, 505 CANAVERAL GROVES BLVD, COCOA, FL 32926 | |
| 10924 | PRECISION FABRICATION, 3975 EAST RAILROAD AVE, COCOA, FL 32926 | |
| 10925 | PRECISION FABRICS GROUP INC, PO BOX 60944, CHARLOTTE, NC 28260 | |
| 10924 | PRECISION FIBERGLASS PRODUCTS LTD, PO BOX 215, GROVE CITY, MN 56243 | |
| 10924 | PRECISION FIBERGLASS PRODUCTS LTD., HIGHWAY 12, GROVE CITY, MN 56243 | |
| 10924 | PRECISION FIBERLASS PRODUCTS LTD., PO BOX 215, GROVE CITY, MN 56243 | |
| 10924 | PRECISION FORM, 428 CONDAD, JACKSON, MI 49202 | |
| 10924 | PRECISION FOUNDERS DIVISION, 414 HESTER STREET, SAN LEANDRO, CA 94577 | |
| 10925 | PRECISION GAGE & TOOL CO, 375 GARGRAVE ROAD, DAYTON, OH 45449 | |
| 10925 | PRECISION GAGE & TOOL CO., 375 GARGRAVE RD., DAYTON, OH 45449 | |
| 10925 | PRECISION GAGE, 375 GARGRAVE ROAD, DAYTON, IL 45449 | |
| 10924 | PRECISION GEAR, 4545 SOUTHWESTERN BOULEVARD, CHICAGO, IL 60609 | |
| 10924 | PRECISION GEAR, 4613 SOUTHWESTERN BOULEVARD, CHICAGO, IL 60609 | |
| 10925 | PRECISION GLASS, 14775 EAST HINSDALE AVE., ENGLEWOOD, CO 80112 | |
| 10925 | PRECISION GLASSBLOWING, 14775 E. HINSDALE AVE., ENGLEWOOD, CO 80112 | |
| 10925 | PRECISION GRAPHICS, 59 LAGRANGE ST, RARITAN, NJ 08869 | |
| 10924 | PRECISION INDUSTRIES - LND, 410 ALLEN ST., ELIZABETH, NJ 07202 | |
| 10924 | PRECISION INDUSTRIES, 102 MAIN ST., PELLA, IA 50219-2147 | |
| 10924 | PRECISION INDUSTRIES, CAMBRIDGE, MA 02140 | |
| 10924 | PRECISION INDUSTRIES, P O BOX 3377, OMAHA, NE 68103 | |
| 10925 | PRECISION LANDSCAPE & TURF, 940 LESLIE ST, LA HABRA, CA 90631 | |
| 10925 | PRECISION MAINTENANCE, 3940 WELL ROAD, CHARLOTTE, NC 28227 | |
| 10924 | PRECISION METAL SMITHS, 1149 N MARGARET STREET, MARKESAN, WI 53946 | |
| 10924 | PRECISION METALSMITHS INC, 1081 E 200TH STREET, CLEVELAND, OH 44117 | |
| 10924 | PRECISION MILLWORK INC., 315 BABCOCK STREET, BUFFALO, NY 14210 | |
| 10924 | PRECISION PIPI.STEEL FAB INC, 4142 W 49TH ST, TULSA, OK 74157 | |
| 10924 | PRECISION PIPING & STEEL FAB., INC., 4142 W. 49TH ST., TULSA, OK 74157 | |
| 10924 | PRECISION PIPING, 4142 W. 49TH ST., TULSA, OK 74157 | |
| 10924 | PRECISION POOL & CONST., DAVID HOLMES RESIDENCE, WAHOO, NE 68066 | |
| 10925 | PRECISION PRINTING, 26 W DRY CREEK CIRCLE, STE 175, LITTLETON, CO 80120 | |
| 10925 | PRECISION PRINTS, 2901 MAPLEWOOD DR., SULPHUR, LA 70663 | |
| 10925 | PRECISION PRODUCTS, 6116 E 15TH ST, TULSA, OK 74114 | |
| 10925 | PRECISION REPAIR, 3201 NORTH WOLF ROAD, FRANKLIN PARK, IL 60131 | |
| 10925 | PRECISION SCALES INC, 5621 E ADAMO DR UNIT B, TAMPA, FL 33619 | |
| 10924 | PRECISION SCIENTIFIC, 2777 WASHINGTON BLVD., BELLWOOD, IL 60104 | |
| 10925 | PRECISION SCIENTIFIC, PO BOX 25308, RICHMOND, VA 23260-5308 | |
| 10924 | PRECISION SILICONES, INC., 5387 SCHAEFER AVENUE, CHINO, CA 91710 | |
| 10925 | PRECISION SPECIALTY METALS INC, LAWRENCE HALL PRES, 3301 MEDFORD ST, LOS ANGELES, CA 90063 | |
| 10925 | PRECISION STRIP INC., PO BOX 631508, CINCINNATI, OH 45263-1508 | |
| 10925 | PRECISION SVC MACH SHOP,INC, PO BOX 4967, LAKE CHARLES, LA 70606-4967 | |
| 10925 | PRECISION TECHNOLOGIES INC, 65 W CENTURY PKWY, SALT LAKE CITY, UT 84115 | |
| 10924 | PRECISION VALVE CORP, RIVER ROAD, YONKERS, NY 10703 | |
| 10924 | PRECISION VALVE CORPORATION, RIVER ROAD, YONKERS, NY 10702 | |
| 10925 | PRECISION VAULT & SAFE SERVICE, PO BOX 5457, DEPFORD, NJ 08096 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  PRECISION WALLS INC, 3721 B WEST MARKET ST, GREENSBORO, NC 27403

10924  PRECISION WALLS INC., 3640 BANKS ROAD, RALEIGH, NC 27600

10924  PRECISION WALLS INC., CAMBRIDGE, MA 02140

10924  PRECISION WALLS INC., P. O. BOX 33309, RALEIGH, NC 27636

10924  PRECISION WALLS, 303-A SWING ROAD, GREENSBORO, NC 27409

10924  PRECISION WALLS, 3721 B WEST MARKET ST., GREENSBORO, NC 27463

10924  PRECISION WALLS-RALEIGH, 4501 BERRY ROAD, RALEIGH, NC 27606

10925  PRECISION WIRE PRODUCTS INC., PO BOX 103, BLAIRSVILLE, PA 15717

10924  PRECISIONS COMMUNICATIONS, 74 THOMPSON RD. NB COURT, WEBSTER, MA 01570

10924  PRECISIONS COMMUNICATIONS, SUPERIOR COURT HOUSE, NEW BRITAIN, CT 06051

10925  PRECO INC, 120 DETROIT PKWY, MORTON, IL 61550

10925  PRECO INC, 415 N MAPLE GROVE, BOISE, ID 83704

10925  PRECOAT METALS, 3900 BINGHAM AVE, ST. LOUIS, MS 63116

10925  PREDA, NICOLAE, 45-41 39TH ST, NEW YORK, NY 11104

10925  PREDDIE, ALOYSIUS, 5837 SEBING DR., APT. D, INDIANAPOLIS, IN 46254

10925  PREDICT, PO BOX 931898, CLEVELAND, OH 44193-3046

10925  PREDICT/DLI, 253 WINSLOW WAY W., BAINBRIDGE ISLAND, WA 98110

10925  PREDICT/DLI, 9555 ROCKSIDE RD., STE. 350, CLEVELAND, OH 44125-6231

10925  PREDKELIS, ROMUALDO, 322 20TH ST, HUNTINGTON BEACH, CA 92648

10925  PREDKELIS, RUTA, 7531 SEABLUFF DR, 101, HUNTINGTON BEACH, CA 92648-2490

10925  PREDMORE, GREGORY, 1320 N. DELAWARE, INDIANAPOLIS, IN 46202

10924  PREFERRED BUILDING MATERIALS, 529 HARBOR AVE., MONROE, MI 48163

10925  PREFERRED CARE MEDICAL CENTER, 842 WASHINGTON ST, MIDDLETOWN, CT 06457

10924  PREFERRED CONC PLACEMENT, 629 ECKEL RD, PERRYSBURG, OH 43551

10924  PREFERRED CONCRETE CORPORATION, BRALEY ROAD, EAST FREETOWN, MA 02717

10924  PREFERRED CONCRETE CORPORATION, P. O. BOX 35, SWANSEA, MA 02777

10924  PREFERRED CONCRETE PLACEMENT, 629 ECKEL RD., PERRYSBURG, OH 43551

10924  PREFERRED CONCRETE PLACEMENT, 629 ECKEL ROAD, PERRYSBURG, OH 43551

10925  PREFERRED FIRE PROTECTION, PO BOX 906, FOUNTAIN INN, SC 29644

10925  PREFERRED IMAGE INC, PO BOX 441827, HOUSTON, TX 77244-1827

10925  PREFERRED INKING & PAPER COMPANY, 6310 EAST KEMPER, CINCINNATI, OH 45241

10925  PREFERRED INSTRUMENTS, 253 MILFORD DR., MIDDLETOWN, DE 19709

10925  PREFERRED MACHINE & TOOL PRODUCT, PO BOX 640101, PITTSBURGH, PA 15264-0101

10925  PREFERRED MACHINE & TOOL PRODUCTS, POBOX 92170, ELK GROVE VILLAGE, IL 60009

10925  PREFERRED MACHINE & TOOL, 7337 SOUTH MASON, BEDFORD PARK, IL 60638

10924  PREFERRED MACHINING CORPORATION, 3730 S. KALAMATH STREET, ENGLEWOOD, CO 80110

10925  PREFERRED MACHINING CORPORATION, 3730 S. KALAMATH, ENGLEWOOD, CO 80110

10925  PREFERRED MACHINING CORPORATION, 3730 SOUTH KALAMATH, ENGLEWOOD, CO 80110

10925  PREFERRED MAINTENANCE ASSOC., 123 HAMILTON ST, BOSTON, MA 02125

10925  PREFERRED OFFICE PRODUCTS, 826 S ERVAY AT CADIZ, DALLAS, TX 75201

10925  PREFERRED PLASTIC SHEET, ROUTE 48 WEST P.O.BOX 385, TAYLORVILLE, IL 62568

10925  PREFERRED SYSTEMS INC, 1026 WESTERN DRIVE, HARTFORD, WI 53027

10925  PREFERRED SYSTEMS, INC, 250 CAPTAIN THOMAS BLVD, WEST HAVEN, CT 06516

10925  PREFERRED TINTING & SPORT TRUCKS, 500 THORNTON RD SUITE 3, LITHIA SPRINGS, GA 30122

10925  PREFERRED UTILITIES MANUFACTURING C, 31-35 SOUTH ST, DANBURY, CT 06810

10925  PREFERRED UTILITIES MFG. CORP., 31-35 SOUTH ST., DANBURY, CT 06810

10925  PREFFERED MACHINE & TOOL, PO BOX 97120, ELK GROVE VILLAGE, IL 60009

10925  PREFINISHED MILLWORK CORP, JOHN UDELHOFEN, 8001 UNIVERSITY AVE, MIDDLETON, WI 53562

10925  PREHN, MATTHEW, 13664 BARRENS SPRING, CENTERVILLE, VA 22020

10924  PREIMETER MARKET, ATLANTA, GA 30010

10925  PREISACH, JOHN M, 9499 ALLEGHENY RD, CORFU, NY 14036-9506

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PREISER SCIENTIFIC CO., PO BOX 1330, SAINT ALBANS, WV 25177 | |
| 10924 | PREISER SCIENTIFIC CO., PO BOX 1330, SAINT ALBANS, WV 25177-1330 | |
| 10924 | PREISER SCIENTIFIC, 94 OLIVER STREET, SAINT ALBANS, WV 25177 | |
| 10924 | PREISER SCIENTIFIC, PO BOX 1330, SAINT ALBANS, WV 25177-1330 | |
| 10925 | PRELUDE YEARBOOK, THE, POBOX 7491, NORTH BERGEN, NJ 07047 | |
| 10924 | PREMARC METRO SUPPLY, 4950 WHITE LAKE ROAD, CLARKSTON, MI 48346 | |
| 10924 | PREMCO, INC., FOOT OF BROAD ST., POMPTON LAKES, NJ 07442 | |
| 10924 | PREMCOR REFINING GROUP INC, 8182 MARYLAND AVENUE, SAINT LOUIS, MO 63105-3721 | |
| 10924 | PREMCOR REFINING GROUP, INC., 1150 SOUTH METCALF STREET, PO BOX 307322, LIMA, OH 45802 | |
| 10924 | PREMCOR REFINING GROUP, INC., PO BOX 4505, LIMA, OH 45802-4505 | |
| 10924 | PREMCOR, 1150 SOUTH METCALF STREET, LIMA, OH 45804 | |
| 10924 | PREMCOR, 131ST AND KENZIE AVENUE, BLUE ISLAND, IL 60406 | |
| 10924 | PREMCOR, 201 E. HAWTHORNE STREET, HARTFORD, IL 62048 | |
| 10924 | PREMCOR, ATTN:, PO BOX 788, PORT ARTHUR, TX 77641-0788 | |
| 10924 | PREMCOR, DELIVER TO FCC 1241, PORT ARTHUR, TX 77641 | |
| 10924 | PREMCOR, GATE 19-#1 STOREHOUSE, PORT ARTHUR, TX 77641 | |
| 10924 | PREMCOR, NORTH SIDE, 201 E. HAWTHORNE STREET, HARTFORD, IL 62048 | |
| 10924 | PREMCOR, PO BOX 297, BLUE ISLAND, IL 60406 | |
| 10924 | PREMCOR, PO BOX 4505, LIMA, OH 45802-4505 | |
| 10924 | PREMDOR CORP., 1615 KNOWN STREET, MOBILE, AL 36615 | |
| 10924 | PREMDOR, COLLEGE FARM LANE, LINTON, NR WETHERBY, WEST YORKSHIRE, LS22 4HRGBR | *VIA Deutsche Post* |
| 10925 | PREMENOS, PO BOX 39000, SAN FRANCISCO, CA 94139-5068 | |
| 10925 | PREMIER AVIATION INC, 2621 AVIATION PKWY, GRAND PRAIRIE, TX 75052 | |
| 10925 | PREMIER BEVERAGE INC, 5710-K HIGH POINT RD #189, GREENSBORO, NC 27407 | |
| 10924 | PREMIER CHEMICALS, INC, STATE ROAD 382 NORTH, PORT SAINT JOE, FL 32456 | |
| 10924 | PREMIER COATINGS, 2250 ARTHUR AVENUE, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | PREMIER COMPUTER EDUCATION, INC, 7200 FRANCE AVE.,SOUTH, EDINA, MN 55435 | |
| 10924 | PREMIER CONCRETE PRODUCT, 38200 HWY 16, DENHAM SPRINGS, LA 70706 | |
| 10924 | PREMIER CONCRETE PRODUCTS, PO BOX45212, BATON ROUGE, LA 70895-4212 | |
| 10925 | PREMIER CONVENTION SERVICES INC, 4501 VINELAND RD #111, ORLANDO, FL 32811 | |
| 10925 | PREMIER EDIBLE OILS CORP., POBOX 4000-73, PORTLAND, OR 97208 | |
| 10924 | PREMIER FARNELL CORPORATION, 1051 W LIBERTY STRETT, WOOSTER, OH 44691 | |
| 10925 | PREMIER FASTENER CO, PO BOX 74075, CLEVELAND, OH 44194 | |
| 10925 | PREMIER FASTENER CO., POBOX 74075, CLEVELAND, OH 44194 | |
| 10925 | PREMIER FASTNER CO., 19201 CRANWOOD PKWY., WARRENSVILLE HEIGHTS, OH 44128 | |
| 10925 | PREMIER INDUSTRIES INC., FILE 5390-64, LOS ANGELES, CA 90074-3474 | |
| 10925 | PREMIER INDUSTRIES, INC, 1019 PACIFIC AVE., STE 1501, TACOMA, WA 98402-4483 | |
| 10924 | PREMIER INK, 10420 N STATE STREET, HARRISON, OH 45030 | |
| 10924 | PREMIER INK, 10420 NORTH STATE STREET, HARRISON, OH 45030 | |
| 10924 | PREMIER INK, PO BOX 670, HARRISON, OH 45030 | |
| 10925 | PREMIER MILL CORP, PO BOX 683, SOUTHEASTERN, PA 19399-0683 | |
| 10925 | PREMIER MILL CORP., ONE BIRCHMONT DR., READING, PA 19606 | |
| 10925 | PREMIER MILL CORP., PO BOX 820979, PHILADELPHIA, PA 19182-0979 | |
| 10925 | PREMIER NETWORK SYSTEMS INC, 3706 NORTH OCEAN BLVD, FORT LAUDERDALE, FL 33308 | |
| 10925 | PREMIER PLASTIC LP, POBOX 275, CREIGHTON, PA 15030 | |
| 10925 | PREMIER PNEUMATICS, INC, PO BOX 17, SALINA, KS 67402 | |
| 10924 | PREMIER PRODUCTS CO., 250 BYBERRY ROAD, PHILADELPHIA, PA 19116 | |
| 10925 | PREMIER REFRACTORIES & CHEMICALS, I, PO BOX 98104, CHICAGO, IL 60693 | |
| 10925 | PREMIER REFRACTORIES & CHEMS., INC., 901 E. 8TH AVE., KING OF PRUSSIA, PA 19406-0969 | |
| 10925 | PREMIER REFRACTORIES INC, 901 E. 8TH AVE., KING OF PRUSSIA, PA 19406 | |
| 10925 | PREMIER REFRACTORIES INT., 901 E. EIGHTH AVE., KING OF PRUSSIA, PA 19406 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PREMIER REFRACTORIES, 101 JONESBOROUGH ROAD, ERWIN, TN 37650 | |
| 10924 | PREMIER REFRACTORIES, 2700 DOOLEY AVE., ANNISTON, AL 36207 | |
| 10925 | PREMIER REFRACTORIES, PO BOX 72875, CHATTANOOGA, TN 37407 | |
| 10925 | PREMIER RUBBER & SUPPLY, 9841 N VANCOUVER WAY, PORTLAND, OR 97217 | |
| 10925 | PREMIER SCALES & SYSTEMS, PO BOX 6258, EVANSVILLE, IN 47719-0258 | |
| 10925 | PREMIER SERVICES CORPORATION, 7251 ENGLE RD., SUITE 415, MIDDLEBURG HEIGHTS, OH 44130 | |
| 10924 | PREMIER SUPPLY, 2151 S. HARVEY, MUSKEGON, MI 49442 | |
| 10924 | PREMIER SUPPLY, 2151 SOUTH HARVEY, MUSKEGON, MI 49442 | |
| 10925 | PREMIER SYSTEMS INTEGRATORS, 2475 NORTHWINDS PKWY #340, ALPHARETTA, GA 30201 | |
| 10925 | PREMIER SYSTEMS INTEGRATORS, INC, 2475 NORTHWINDS PKWY, SUITE 340, ALPHARETTA, GA 30004 | |
| 10925 | PREMIER SYSTEMS INTEGRATORS, LLC, PO BOX 651340, CHARLOTTE, NC 28265-1340 | |
| 10925 | PREMIER SYSTEMS INTEGRATORS, POBOX 651340, CHARLOTTE, NC 28265-1340 | |
| 10925 | PREMIER TECH, 1, AVE PREMIER, RIVIÈRE-DU-LOUP, QC G5R 6C1CANADA | *VIA Deutsche Post* |
| 10925 | PREMIER TECH, 1, AVE PREMIER, RIVIERE-DU-LOUP, QUEBEC, QC G5R 6C1CANADA | *VIA Deutsche Post* |
| 10925 | PREMIER TECH, C.P. 3500, PO BOX 3500, RIVIERE-DU-LOUP, QC G5R 4C9CANADA | *VIA Deutsche Post* |
| 10924 | PREMIER TECHNOLOGIES, 7350 N. LINCOLN AVE, LINCOLNWOOD, IL 60646 | |
| 10925 | PREMIERE EQUIPMENT, 13918 AIRLINE HWY., BATON ROUGE, LA 70817 | |
| 10925 | PREMIERE TECHNOLOGIES, 135 S. LASALLE ST. DEPT. 1772, CHICAGO, IL 60674-1772 | |
| 10925 | PREMIERE TECHNOLOGIES, PO BOX 105024 (VKC), ATLANTA, GA 30348-5024 | |
| 10924 | PREMIERE TOOLING, INC., 8853 KAPP DRIVE, PEOSTA, IA 52068 | |
| 10925 | PREMIERE, 135 S LASALLE DEPT 8850, CHICAGO, IL 60674-8850 | |
| 10924 | PREMIUM ALLIED TOOL INC, 5680 OLD KENTUCKY 54, PHILPOT, KY 42366 | |
| 10924 | PREMIUM ALLIED TOOL INC, PO BOX1598, OWENSBORO, KY 42302 | |
| 10924 | PREMIUM COATINGS, INC., 214 SIMPSON STREET, CONOVER, NC 28613 | |
| 10924 | PREMIUM COATINGS, INC., PO BOX 1059, CONOVER, NC 28613 | |
| 10924 | PREMIUM PRODUCTS, 207 WOLF STREET, YORKVILLE, IL 60560 | |
| 10924 | PREMIUM PRODUCTS, PO BOX 273, BLOOMINGDALE, IL 60108 | |
| 10924 | PREMIX CONCRETE INC, 4000 DELAWARE, DES MOINES, IA 50313 | |
| 10924 | PREMIX INC, 4000 DELAWARE, DES MOINES, IA 50313 | |
| 10924 | PREMIX INC, VARIOUS LOCATIONS/PORTABLE PAVER, DES MOINES, IA 50313 | |
| 10924 | PREMIX INC. CONCRETE, 5951 AIRPORT ROAD, PULLMAN, WA 99163 | |
| 10924 | PREMIX INC., ATTN:  ACCOUNTS PAYABLE, MOSCOW, ID 83843 | |
| 10924 | PREMIX MARBLETITE MFG CO, 1259 NW 21ST STREET, POMPANO BEACH, FL 33069 | |
| 10924 | PREMIX WEST, 312 LINCOLN PLACE, DES MOINES, IA 50313 | |
| 10924 | PRE-MIX, INC., ATTN:  ACCOUNTS PAYABLE, MOSCOW, ID 83843 | |
| 10924 | PRE-MIXED CONCRETE, ATTN: ACCOUNTS PAYABLE, SAN DIEGO, CA 92163-9069 | |
| 10924 | PRE-MIXED/CARLSBAD, 3701 HAYMAR ROAD, CARLSBAD, CA 92008 | |
| 10924 | PRE-MIXED/CARROL CANYON, 9255 CAMINO SANTA FE, SAN DIEGO, CA 92126 | |
| 10924 | PRE-MIXED/ESCONDIDO, 550 NORTH TULIP STREET, ESCONDIDO, CA 92025 | |
| 10924 | PRE-MIXED/MIRA MAR, 1/2 MILE WEST OF KEARNY VILLA, SAN DIEGO, CA 92110 | |
| 10924 | PRE-MIXED/MISSION VALLEY, 5784 MISSION CENTER ROAD, SAN DIEGO, CA 92108 | |
| 10924 | PRE-MIXED/OTAY, 389 HOLLISTER STREET, CHULA VISTA, CA 91909 | |
| 10924 | PRE-MIXED/PALA, 10331 HIGHWAY 76, PALA, CA 92059 | |
| 10924 | PREMIX-MARBLETITE MFG. CO., 1259 NW 21ST STREET, POMPANO BEACH, FL 33069 | |
| 10925 | PREMUS INC, 16403 MYERS COURT, CLERMONT, FL 34711 | |
| 10925 | PRENDERGAST, VINCENT, 124 HIGH ST, FITCHBURG, MA 01420 | |
| 10925 | PRENGER, KARLA, 1720 HIGHLAND AVE, MANHATTAN BEACH, CA 90266 | |
| 10925 | PRENTICE HALL CORP SYSTEM INC, SUITE L-100, 32 MARKERMAN SQUARE, DENVER, DE 19 | |
| 10925 | PRENTICE HALL DIRECT, PO BOX 11022, DES MOINES, IA 50336-1022 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PRENTICE HALL LAW&BUSINES, PO BOX 102406, ATLANTA, GA 30368-0406

10925 PRENTICE HALL, BOOK DIST. CENTER, WEST NYACK, NY 10995

10925 PRENTICE HALL, PO BOX 102670, ATLANTA, GA 30368-0670

10925 PRENTICE HALL, PO BOX 11022, DES MOINES, IA 50336

10925 PRENTICE HALL, PO BOX 11074, BOOK DEPT, DES MOINES, IA 50336-1074

10925 PRENTICE HALL, PO BOX 11074, DES MOINES, IA 50336-1074

10925 PRENTICE, DELPHINE, 2511 W BURNETT AVE, LOUISVILLE, KY 40210

10925 PRENTICE, JEANNIE, 908 CANDY LANE, ALEXANDRIA, LA 71303

10925 PRENTICE, JONI, 418 PECK LANE, CHESHIRE, CT 06410

10925 PRENTICE, KATHERINE, 7803 W CHOLLA, PEORIA, AZ 85345

10925 PRENTICE-HALL CORP SYSTEM, INC, THE, 80 STATE ST, ALBANY, NY 12207

10925 PRENTICE-HALL CORPORATION, THE, 327 HILLSBOROUGH ST, RALEIGH, NC 27602

10925 PRENTICE-HALL, INC, PO BOX 11074, DES MOINES, IL 50336-1074

10924 PREPAID SALE TERR 00W, SAN DIEGO, SAN DIEGO, CA 92154

10924 PREPAID SALE TERR 0NC, FRANKLIN PARK, FRANKLIN PARK, IL 60131

10924 PREPAID SALE TERR 0SE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924 PREPAID SALE TERR 165, WR GRACE FEN FONE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALE TERR 168, WR GRACE KEN FONE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALE TERR 170, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALE TERR 171, ATTN: JEFF DANNEKER, 100 CRAWFORD STREET-UNIT 4, LEOMINSTER, MA 01453

10924 PREPAID SALE TERR 172, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALE TERR 188, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALE TERR 195, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALE TERR 198, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALE TERR 312, JOHN MURPHY WR GRACE CPD, CHICAGO, IL 60638

10924 PREPAID SALE TERR 342, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924 PREPAID SALE TERR 507, WR GRACE BOB MCGRATH, PLEASANTON, CA 94566

10924 PREPAID SALE TERR 516, WR GRACE MARK PHILLIPS, LOS ANGELES, CA 90040

10924 PREPAID SALE TERR 518, % DAVE LAWTON - WR GRACE, SEATTLE, WA 98188

10924 PREPAID SALE TERR 556, RICH SHADLE  WR GRACE CPD, DENVER, CO 80216

10924 PREPAID SALE TERR 558, % RICH SHADLER - WR GRACE, DENVER, CO 80216

10924 PREPAID SALE TERR 565, RANDY WELCH WR GRACE CPD, PHOENIX, AZ 85063

10924 PREPAID SALE TERR 958, L.I.DANIELS WR GRACE CPD, POMPANO BEACH, FL 33060

10924 PREPAID SALES 208, % STEVE COX-W.R.GRACE, POMPANO, FL 33069

10924 PREPAID SALES 616, WR GRACE H.TORMEY, HOUSTON, TX 77252

10924 PREPAID SALES CTI, 1005 BLUE MOUND RD, FORT WORTH, TX 76131

10925 PREPAID SALES DO NOT USE, 62 WHITTEMORE AVE, BARCELONATA, PR 02140

10924 PREPAID SALES TERR 161, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02141

10924 PREPAID SALES TERR 167, ATTN:  JEFF DANNEKER, 100 CRAWFORD STREET-UNIT 4, LEOMINSTER, MA 01453

10924 PREPAID SALES TERR 173, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALES TERR 174, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALES TERR 175, KEN FONE W R GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALES TERR 176, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALES TERR 177, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALES TERR 178, ATTN:  C. BRUCE ANDREWS, FREDERICKSBURG, VA 22408

10924 PREPAID SALES TERR 180, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALES TERR 182, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924 PREPAID SALES TERR 183, 961 LYELL AVENUE-J. DEFRANCISCO, ROCHESTER, NY 14606

10924 PREPAID SALES TERR 184, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   PREPAID SALES TERR 186, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924   PREPAID SALES TERR 188, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924   PREPAID SALES TERR 189, CAMBRIDGE, CAMBRIDGE, MA 02140

10924   PREPAID SALES TERR 190, 961 LYELL AVE-J. DEFRANCISCO, ROCHESTER, NY 14606

10924   PREPAID SALES TERR 191, KEN FONE W R GRACE CPD, CAMBRIDGE, MA 02140

10924   PREPAID SALES TERR 192, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924   PREPAID SALES TERR 193, KEN FONE WR GRACE CPD, CAMBRIDGE, MA 02140

10924   PREPAID SALES TERR 194, ATTN: C.BRUCE ANDREWS, FREDERICKSBURG, VA 22408

10924   PREPAID SALES TERR 210, 1200 NW 15TH AVE-STEVE COX, POMPANO BEACH, FL 33069

10924   PREPAID SALES TERR 220, 62 WHITTEMORE AVE, POMPANO BEACH, FL 33060

10924   PREPAID SALES TERR 225, S.COX C/O WR GRACE & CO, POMPANO BEACH, FL 33069

10924   PREPAID SALES TERR 230, J.WOLFE C/O WR GRACE CPD, POMPANO BEACH, FL 33058

10924   PREPAID SALES TERR 233, L.I. DANIELS, WR GRACE CPD, POMPANO BEACH, FL 33060

10924   PREPAID SALES TERR 235, C/O J. WOLFE WR GRACE, LITHONIA, GA 30058

10924   PREPAID SALES TERR 240, POMPANO BEACH, POMPANO BEACH, FL 33060

10924   PREPAID SALES TERR 245, S.COX C/O WR GRACE & CO, POMPANO BEACH, FL 33069

10924   PREPAID SALES TERR 250, L.I. DANIELS WR GRACE CPD, POMPANO BEACH, FL 33060

10924   PREPAID SALES TERR 255, S.COX C/O WR GRACE & CO, POMPANO BEACH, FL 33069

10924   PREPAID SALES TERR 265, 1200 NW 15TH AVE-STEVE COX, POMPANO BEACH, FL 33069

10924   PREPAID SALES TERR 270, J.WOLFE C/O WR GRACE & CO, POMPANO BEACH, FL 33058

10924   PREPAID SALES TERR 275, L.I.DANIELS WR GRACE CPD, POMPANO, FL 33060

10924   PREPAID SALES TERR 290, 1200 NW 15TH AVENUE, POMPANO BEACH, FL 33069

10924   PREPAID SALES TERR 300, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 301, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 303, WR GRACE JOHN MURPHY, BEDFORD PARK, IL 60638

10924   PREPAID SALES TERR 304, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 305, WR GRACE JOHN MURPHY, CHICAGO, IL 60606

10924   PREPAID SALES TERR 306, WR GRACE-JOHN WOLF, SAINT LOUIS, MO 63110

10924   PREPAID SALES TERR 307, WR GRACE JOHN MURPHY, BEDFORD PARK, IL 60638

10924   PREPAID SALES TERR 308, ATTN:  WALLY JOHNSON, 6050 W. 51ST STREET, CHICAGO, IL 60638

10924   PREPAID SALES TERR 314, WR GRACE JOHN MURPHY, BEDFORD PARK, IL 60638

10924   PREPAID SALES TERR 315, 6051 W. 65TH ST-JOHN MURPHY, BEDFORD PARK, IL 60638

10924   PREPAID SALES TERR 318, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 319, 6051 W. 65TH ST-JOHN MURPHY, BEDFORD PARK, IL 60638

10924   PREPAID SALES TERR 322, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 323, CHICAGO, CHICAGO, IL 60606

10924   PREPAID SALES TERR 325, CHICAGO, CHICAGO, IL 0

10924   PREPAID SALES TERR 326, WR GRACE JOHN MURPHY, BEDFORD PARK, IL 60638

10924   PREPAID SALES TERR 327, 6051 W. 65TH ST-JOHN MURPHY, BEDFORD PARK, IL 60638

10924   PREPAID SALES TERR 328, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 329, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 330, CHICAGO, CHICAGO, IL 60606

10924   PREPAID SALES TERR 330, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 338, R.SCHMELIG WR GRACE CPD, OVERLAND PARK, KS 66214

10924   PREPAID SALES TERR 346, WALLACE JOHNSON WR GRACE, CHICAGO, IL 60638

10924   PREPAID SALES TERR 347, 6050 W. 51ST ST-JOHN MURPHY, CHICAGO, IL 60638

10924   PREPAID SALES TERR 501, % BRETT PORTER - WR GRACE, LOS ANGELES, CA 90040

10924   PREPAID SALES TERR 503, **MARKED FOR DELETION. SCLARK**, 6960 KOLL CTR PKWY-STE 307, PLEASANTON, CA 94566

10924   PREPAID SALES TERR 505, **MARKED FOR DELETION. SCLARK**, 6960 KOLL CTR PKWY-SUITE 307, PLEASANTON, CA 94566

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PREPAID SALES TERR 505, 6960 KOLL CENTER PKWY-SUITE 307, PLEASANTON, CA 94566 | |
| 10924 | PREPAID SALES TERR 509, % BRETT PORTER - WR GRACE, LOS ANGELES, CA 90040 | |
| 10924 | PREPAID SALES TERR 510, % DAVE LAWTON - WR GRACE, SEATTLE, WA 98188 | |
| 10924 | PREPAID SALES TERR 511, 596 INDUSTRY DRIVE-DAVE LAWTON, SEATTLE, WA 98188 | |
| 10924 | PREPAID SALES TERR 512, BRETT PORTER WR GRACE CPD, SEATTLE, WA 98188 | |
| 10924 | PREPAID SALES TERR 513, BRETT PORTER WR GRACE CPD, LOS ANGELES, CA 90040 | |
| 10924 | PREPAID SALES TERR 514, % BRETT PORTER - WR GRACE, LOS ANGELES, CA 90040 | |
| 10924 | PREPAID SALES TERR 515, % DAVE LAWTON - WR GRACE, SEATTLE, WA 98188 | |
| 10924 | PREPAID SALES TERR 555, RICH SHADLE  WR GRACE CPD, DENVER, CO 80216 | |
| 10924 | PREPAID SALES TERR 557, RICH SHADLE  WR GRACE CPD, DENVER, CO 80216 | |
| 10924 | PREPAID SALES TERR 562, RANDY WELCH W R GRACE CPD, PHOENIX, AZ 85063 | |
| 10924 | PREPAID SALES TERR 564, RANDY WELCH  WR GRACE CPD, PHOENIX, AZ 85063 | |
| 10924 | PREPAID SALES TERR 564, RANDY WELCH WR GRACE CPD, PHOENIX, AZ 85063 | |
| 10924 | PREPAID SALES TERR 568, RANDY WELCH W R GRACE CPD, PHOENIX, AZ 85063 | |
| 10924 | PREPAID SALES TERR 610, HARRY TORMEY WR GRACE CPD, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 613, RICHARD FOLLETTE WR GRACE, KENNER, LA 70065 | |
| 10924 | PREPAID SALES TERR 614, RICH FOLLETTE WR GRACE CP, KENNER, LA 70062 | |
| 10924 | PREPAID SALES TERR 615, RICHARD FOLETTE WR GRACE, KENNER, LA 70065 | |
| 10924 | PREPAID SALES TERR 617, ATTN:  HARRY TORMEY, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 621, WRGRACE H.TORMEY, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 622, WR GRACE H.TORMEY, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 625, 7309 CINDY COURT-MIKE BRADLEE, NORTH RICHLAND HILLS, TX 76180 | |
| 10924 | PREPAID SALES TERR 627, HARRY TORMEY WR GRACE CPD, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 628, WR GRACE H.TORMEY, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 629, ATTN:  HARRY TORMEY, HOUSTON, TX 77001 | |
| 10924 | PREPAID SALES TERR 631, WR GRACE H.TORMEY, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 632, ATTN: HARRY TORMEY, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 633, W.R.GRACE-H.TORMEY, HOUSTON, TX 77001 | |
| 10924 | PREPAID SALES TERR 634, WR GRACE H.TORMEY, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 640, HARRY TORMY WR GRACE CPD, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 646, HARRY TORMY WR GRACE CPD, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES TERR 647, HARRY TORMY WR GRACE CPD, HOUSTON, TX 77252 | |
| 10924 | PREPAID SALES, S.COX C/O WR GRACE & CO, POMPANO BEACH, FL 33069 | |
| 10924 | PREPAID SALES-DPR, 1200 NW 15 AVENUE, POMPANO BEACH, FL 33069 | |
| 10924 | PREPAID TERR 962, W.R.GRACE C/O RIP CASE, CARROLLTON, TX 75006 | |
| 10925 | PREPAID TERR. 280 DO NOT USE, 1200 NW 15 AVE, POMPANO BEACH, FL 33069 | |
| 10925 | PREPEJCHAL, DENNIS, 3004 SCENICWOOD LANE, WOODRIDGE, IL 60517 | |
| 10925 | PRESA, HECTOR, 3615 SLOAN ST, CHARLOTTE, NC 28209 | |
| 10925 | PRESA, MICHAEL, 23511 SUMMER PINE DR., SPRING, TX 77373 | |
| 10925 | PRESBERY, GREGORY, PO BOX 1783, MEDIA, PA 19063 | |
| 10925 | PRESBYTERIAN CENTER FOR BUSINESS, PO BOX 33549, CHARLOTTE, NC 28233-3549 | |
| 10925 | PRESBYTERIAN COLLEGE, 501 S. BROAD ST, CLINTON, SC 29325 | |
| 10924 | PRESBYTERIAN HEALTH CARE, 101 MOUNTAIN ROAD N.E., ALBUQUERQUE, NM 87102 | |
| 10924 | PRESBYTERIAN HOSPITAL MATTHEWS, MEDICAL OFFICE BUILDING, MATTHEWS, NC 28106 | |
| 10924 | PRESBYTERIAN HOSPITAL OF GREENVILLE, 4819 WELLINGTON, GREENVILLE, TX 75402 | |
| 10924 | PRESBYTERIAN HOSPITAL OF PLANO, 6200 W. PARKER ROAD, PLANO, TX 75093 | |
| 10924 | PRESBYTERIAN HOSPITAL, 215 N. CASWELL STREET, CHARLOTTE, NC 28204 | |
| 10924 | PRESBYTERIAN HOSPITAL, 3202 COMMUNICATION, PLANO, TX 75093 | |
| 10924 | PRESBYTERIAN HOSPITAL, C/O MILLERS INSULATION, ALBUQUERQUE, NM 87101 | |
| 10924 | PRESBYTERIAN HOSPITAL, C/O SPECIALTY SPRAY, MCKEES ROCKS, PA 15136 | |
| 10924 | PRESBYTERIAN HOTEL, PITTSBURGH, PA 15200 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PRESBYTERIAN MEDICAL CTR OF, 51 N 39TH ST, PHILADELPHIA, PA 19104

10924   PRESBYTERIAN MEDICAL PLAZA, MEDICAL PLAZA DR., CHARLOTTE, NC 28262

10924   PRESBYTERIAN MEDICAL PLAZA, MEDICAL PLAZA DRIVE, CHARLOTTE, NC 28262

10925   PRESCHER, ANGELA, 14402 CIRCLE A TRL, HELOTES, TX 78023-4073

10925   PRESCOLITE CONTROLS, 1434 PATTON PLACE #190, CARROLLTON, TX 75007

10925   PRESCOLITE CONTROLS, PO BOX 110173, CARROLLTON, TX 75011-0000

10925   PRESCOM INDUSTRIES, BOX 26187, ALEXANDRIA, VA 22313-6187

10924   PRESCOTT CASINO, PRESCOTT, AZ 86301

10925   PRESCOTT, ALBERT, 100 MIDDLESEX AVE, WILMINGTON, MA 01887

10925   PRESCOTT, JAMES, 5305 SCHINDLER TERRACE, BRIDGEWATER, NJ 08807

10925   PRESCOTT, JEAN, 7426 SPRINGFIELD, SYKERVILLE, MD 21784

10925   PRESCOTT, JENNIFER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   PRESCOTT, JENNIFER, 90 GREEN ST APT 1, READING, MA 01867

10925   PRESCOTT, LEE R, 12 MOULTON DRIVE, EAST HAMPSTEAD, NH 03826-2417

10925   PRESCOTT, LEE, 12 MOULTON DRIVE, EAST HAMPSTEA, NH 03826

10925   PRESCOTT, LYNNE, 1935 LINTON LAKE DR APT F, DELRAY BEACH, FL 33445

10925   PRESCOTT, LYNNE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   PRESCOTT, STEVEN, 96 KATIE DRIVE, LANGHORNE, PA 19047

10925   PRESEAU, MONIQUE, 3415 SHADY GROVE RD, HONEA PATH, SC 29654

10925   PRESENTATION ELECTRONICS, 4320 ANTHONY COURT, ROCKLIN, CA 95677

10925   PRESENTATION SERVICES/HRI, PO BOX 5940, CAROL STREAM, IL 60197-5940

10925   PRESENTING ATLANTA, 3216 PACES FERRY PLACE NW, ATLANTA, GA 30305-1309

10924   PRESERVATIVE FACTORY, 987 COMMERCIAL STREET, SAN CARLOS, CA 94070

10924   PRESERVATIVE PAINT COMPANY, 5400 AIRPORT WAY S., SEATTLE, WA 98108

10925   PRESIDENT & FELLOWS OF HARVARD COLL, 1350 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10924   PRESIDENT BUILDING #74, C/O CIRCLE B, INDIANAPOLIS, IN 46217

10925   PRESIDENTS CLUB SERVICE CENTER, POBOX 4555, HOUSTON, TX 77210-4555

10924   PRESIDIDO, ROBIN ELEMENTARY SCHOOL, TUSCON, NV 85713

10925   PRE-SIXTY FIVE, SERVICE, FRANK, NY, NY 10098

10925   PRESLEY, ANDREW, PO BOX 544, FAIRVIEW, NC 28730

10925   PRESLEY, JULIE, 2366 ALBOT RD, RESTON, VA 22091

10925   PRESLEY, PHYLLIS, 620 ALLEN STA. RD., BROWNVILLE, TN 38012

10925   PRESLEY, TERESA, PO BOX 232, SECTION, AL 35711

10925   PRESNAL, SANDRA, 4455 N EMERSON AVE, INDIANAPOLIS, IN 46226-3217

10925   PRESNALL, JOHN, 205 INDIAN TRACE, WAXAHACHIE, TX 75165

10924   PRESNELL BROTHERS INC, 1001 N. CHENEY, TAYLORVILLE, IL 62568

10924   PRESNELL BROTHERS INC, 2 NORTH WALNUT, PANA, IL 62557

10924   PRESNELL BROTHERS, 2 NORTH WALNUT ST, PANA, IL 62557

10925   PRESORT PLUS INC., PO BOX 855, TAYLORS, SC 29687-0018

10925   PRESRAY CORP., 159 CHARLES COLMAN BLVD., PAWLING, NY 12564-1193

10925   PRESRAY CORPORATION, PO BOX 1135B, NEW YORK, NY 10286-1135

10925   PRESS TANK & EQUIPMENT CO INC, POBOX 94516, CHICAGO, IL 60690

10925   PRESS, PHILIP, 9489 BATTLER COURT, COLUMBIA, MD 21045

10924   PRESSAC INC, 2304 INDUSTRIAL AVENUE, CULLMAN, AL 35055

10925   PRESSEL, PAMELA, 650 35TH AVE., SAN FRANCISCO, CA 94121

10925   PRESSKITS, 583 PROVIDENCE HWY., WALPOLE, MA 02081

10925   PRESSLER, ROSARIO, 4500 S KENILWORTH, FOREST VIEW, IL 60402

10925   PRESSLER, ROSARIO, 4500 S.KENILWORTH, FOREST VIEW, IL 60402

10925   PRESSLER, THERESE, 605 W REBECCA, IOWA PARK, TX 76367

10925   PRESSLEY, DAVID, 304 WEMBERLY DRIVE, SIMPSONVILLE, SC 29681

10925   PRESSLEY, JAMES, 230 WOODSIDE RD, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PRESSLEY, JAMES, 339 DOBYS BRIDGE RD, FORT MILL, SC 29715 | |
| 10925 | PRESSLEY, JUDY, 171 SUMMER LAKE DR, MARIETTA, GA 30060 | |
| 10925 | PRESSLEY, KENNETH, 59 KING JAMES DR, DALLAS, GA 30132 | |
| 10925 | PRESSLEY, LARRY, 115 GREENPOND FARM RD, GRAY COURT, SC 29645 | |
| 10925 | PRESSLEY, STORMIE, 503 N SPRINGLAKE CIRCLE, TERRY, MS 39170 | |
| 10925 | PRESSLEY, WOODROW, 105 CHEROKEE DR, SIMPSONVILLE, SC 29680 | |
| 10925 | PRESSNELL, CALVIN, 343 MEYER, ALVIN, TX 77511 | |
| 10924 | PRESSON MANUFACTURING LTD., PO BOX 146, NISKU, IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10925 | PRESSROOM FILTERS INC, 5215 WOODLAWN BLVD, MINNEAPOLIS, MN 55417 | |
| 10925 | PRESSROOM,INCORPORATED, THE, 32 BLACKBURN CENTER, GLOUCESTER, MA 01930-9914 | |
| 10925 | PRESS-TELEGRAM, POBOX 93115, LONG BEACH, CA 90809-3115 | |
| 10924 | PRESSURE CHEMICAL CO, 3419 SMALLMAN STREET, PITTSBURGH, PA 15201 | |
| 10924 | PRESSURE CHEMICAL CO., 3419 SMALLMAN STREET, PITTSBURGH, PA 15201 | |
| 10925 | PRESSURE PRODUCTS COMPANY INC, 4540 WEST WASHINGTON ST, CHARLESTON, WV 25313 | |
| 10925 | PRESSURE SYSTEMS, INC, PO BOX 3727, LAKE CHARLES, LA 70602 | |
| 10925 | PRESSURE WASHER CENTER INC, 119 N ELM ST, GIBSON CITY, IL 60936 | |
| 10925 | PRESSWOOD, CHARLES, 106 WEST PARKER, PINCKNEYVILLE, IL 62274 | |
| 10925 | PRESTAGE, DEBRA, 1229 WALLACE, INDIANAPOLIS, IN 46201-1841 | |
| 10925 | PRESTAGE, MICHAEL, 107 ANN DRIVE, PEARL, MS 39208 | |
| 10925 | PRESTAMO TORRES, RAFAEL, AZULES J-5 DORADO DEL MAR, DORADO, PR 00646 | |
| 10925 | PRESTAMO TRUCKING INC, PO BOX 902, DORADO, PR 00646PUERTO RICO | *VIA Deutsche Post* |
| 10925 | PRESTAMO, RAFAEL, PO BOX 2546, TOA BAJA, PR 00951PUERTO RICO | *VIA Deutsche Post* |
| 10925 | PRESTANGEN, DARRIN, PO BOX 523, CRAIG, CO 81626 | |
| 10925 | PRESTEGAARD, PAAL, 19 MAYFLOWER AVE, WESTPORT, CT 06880 | |
| 10924 | PRESTI READY MIX CONCRETE, 210 EAST MERRICK RD, FREEPORT, NY 11520 | |
| 10925 | PRESTIDGE, HELEN, 121 BALLPARK LANE, LEEDS, AL 35094 | |
| 10925 | PRESTIGE AUTO BODY INC, 200 FRONTAGE DRIVE, MANCHESTER, NH 03103-5717 | |
| 10925 | PRESTIGE AWARDS & SCREENPRINTING, 411 MAXHAM ROAD # 900, AUSTELL, GA 30001 | |
| 10925 | PRESTIGE EMPLOYMENT SERVICES, PO BOX 160, FLOSSMOOR, IL 60422-0160 | |
| 10925 | PRESTIGE FARMS, PO BOX 561928, CHARLOTTE, NC 28256-1928 | |
| 10924 | PRESTIGE GUNITE, 17600 S. R. 50, WINTER GARDEN, FL 34787 | |
| 10924 | PRESTIGE GUNITE, 203 S. JACKSON ROAD #1-A, VENICE, FL 34292 | |
| 10924 | PRESTIGE GUNITE, 7228 C WEST PORT PLACE, WEST PALM BEACH, FL 33413 | |
| 10924 | PRESTIGE MOBILE CONCRETE INC, 5061 S.W. 36TH STREET, FORT LAUDERDALE, FL 33314 | |
| 10925 | PRESTIGE OFFICE PRODUCTS, INC, 9801 SOUTH 78TH AVE, HICKORY HILLS, IL 60457 | |
| 10924 | PRESTIGE POOLS, 406 PINEY FOREST ROAD, DANVILLE, VA 24540 | |
| 10925 | PRESTIGE SALES CO, INC, PO BOX 5002, CHATTANOOGA, TN 37406 | |
| 10925 | PRESTIGE TRANSPORTATION INC, PO BOX 363, REVERE, MA 02151 | |
| 10925 | PRESTIGE TRANSPORTATION, PO BOX 363, REVERE, MA 02151 | |
| 10925 | PRESTON BUNNELL STONE, 1100 SW SIXTH AVE SUITE 1405, PORTLAND, OR 97204 | |
| 10925 | PRESTON JTWRS JT TEN, ROLAND L & MARSHA A, 7932 ARROWHEAD FOREST COURT, MONTGOMERY, AL 36117-3978 | |
| 10924 | PRESTON READY MIX, BOX 399, PRESTON, IA 52069 | |
| 10924 | PRESTON READY MIX, HWY 64 EAST, PRESTON, IA 52069 | |
| 10924 | PRESTON SCHOOL, HARRISON STREET AT PARK AVENUE, HARRISON, NY 10528 | |
| 10925 | PRESTON TRUCKING COMPANY INC, POBOX 277084, ATLANTA, GA 30384-7084 | |
| 10925 | PRESTON TRUCKING, PO BOX 277084, ATLANTA, GA 30384-7084 | |
| 10925 | PRESTON, BRETT, R D # 1, BOX 298, WERNERSVILLE, PA 19565 | |
| 10925 | PRESTON, CHRISTOPHER, PO BOX 131, PINETOPS, NC 27864 | |
| 10925 | PRESTON, CYNTHIA, PO BOX 131 RT1 CRISP PINETOPS, PINETOPS, NC 27864 | |
| 10925 | PRESTON, DENISE, 25 REVERE RD, WOBURN, MA 01801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PRESTON, DENISE, 5805 KOWETA RD., COLLEGE PARK, GA 30349

10925    PRESTON, DENISE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    PRESTON, DONNA, 123 S. MUNN AVE, EAST ORANGE, NJ 07018

10925    PRESTON, JAMES, 5825 SE KATHARINE AV, STUART, FL 34997

10925    PRESTON, JANET, 62 A SECOND ST, SOUTH ORANGE, NJ 07079

10925    PRESTON, KEVIN, 2324 A FALLS GABLE, BALTIMORE, MD 21209

10925    PRESTON, LARRY, RT. 2, BOX 221, BOONEVILLE, AR 72927

10925    PRESTON, MARCY, 6741 SENECA ST PO BOX 119, ELMA, NY 14059

10925    PRESTON, MARK, 440 RUSTWOOD DR, ATHENS, GA 30606

10925    PRESTON, MARY, PO BOX 105, SHREVE, OH 44676

10925    PRESTON, MICHAEL, 765 NORTHWEST 177TH TERRACE, MIAMI, FL 33169

10925    PRESTON, PATRICK, 1056 E 18TH AVE, COLUMBUS, OH 43211

10925    PRESTON, SUZAN, 19 SPRING ST, BUDD LAKE, NJ 07828

10925    PRESTON, THOMAS, 14839 KNIGHTSWAY, HOUSTON, TX 77083

10924    PRESTONS INSULATION, 602 E 24TH ST, TUCSON, AZ 85713

10924    PRESTONWOOD BAPTIST CHURCH, 6801 WEST PARK BLVD., PLANO, TX 75093

10924    PRESTRESS CASTING CO., 1600 S. SCENIC, SPRINGFIELD, MO 65807

10924    PRESTRESS CASTING CO., INDIAN VALLEY RD, OZARK, MO 65721

10924    PRESTRESS CASTING CO., PO BOX3499, SPRINGFIELD, MO 65808-3499

10924    PRESTRESS CONC OF IOWA, PO BOX 518, IOWA FALLS, IA 50126

10924    PRESTRESS CONCRETE CO, P.O. BOX 32055, CHARLESTON, SC 29417

10924    PRESTRESS ENGINEERING COMPANY, 15606 E.3200 N ROAD, BLACKSTONE, IL 61313

10924    PRESTRESS ENGINEERING COMPANY, RT 17 - 12 MI. WEST OF DWIGHT, BLACKSTONE, IL 61313

10924    PRESTRESS ENGINEERING, 15606 E. 3200 N ROAD, BLACKSTONE, IL 61313

10924    PRESTRESS SER.MELBOUNE IN, PO BOX 211, MELBOURNE, KY 41059

10924    PRESTRESS SERV.OF MELBOURNE, P. O. BOX 211, MELBOURNE, KY 41059

10924    PRESTRESS SERV.OF MELBOURNE, STATE ROUTE #8, MELBOURNE, KY 41059

10924    PRESTRESS SERVICES, INC, PO BOX 55436, LEXINGTON, KY 40555

10924    PRESTRESS SERVICES, INC., HALEY ROAD, LEXINGTON, KY 40516

10924    PRESTRESSED CASTING COMPANY, PO BOX3499GS, SPRINGFIELD, MO 65808

10924    PRESTRESSED CONCRETE INC, PO BOX 311, NEWTON, KS 67114

10924    PRESTRESSED CONCRETE INC., HWY 81 & 27TH ST., NEWTON, KS 67114

10924    PRESTRESSED CONCRETE INC., P.O. BOX 311, NEWTON, KS 67114

10924    PRESTRESSED SERVICES INC, P O BOX 111, DECATUR, IN 46733

10924    PRESTRESSED SERVICES INC, RT 8 WINCHESTER ROAD, DECATUR, IN 46733

10924    PRESTRESSED SERVICES INC., PO BOX 111, DECATUR, IN 46733

10925    PRESUTTI, SYLVIA, 45 WATER ST, BRAINTREE, MA 02184

10925    PRESUTTI, WAYNE, 45 WATER ST, BRAINTREE, MA 02184

10925    PRETA, LINDA, 102 CHESTNUT ST, 4, BRIDGEWATER, NJ 08807

10925    PRETLOW, DAWN, 3226 G CALUMET DR, RALEIGH, NC 27610

10925    PRETNAR, ANGIE, 3172 PECAN LAKE DR, MEMPHIS, TN 38115

10924    PRETTY PRODUCTS, 437 CAMBRIDGE ROAD, COSHOCTON, OH 43812

10924    PRETTY PRODUCTS, PO BOX 6002, COSHOCTON, OH 43812

10925    PRETTYMAN, MARTHA, 7694 PRETTYMAN CIR, EXMORE, VA 23350

10925    PRETTYMAN, MICHAEL, 4261 182ND ST, #B, TORRANCE, CA 90504

10925    PREUSS, DAVID, 13524 W. PROSPECT PLACE, NEW BERLIN, WI 53151

10925    PREUSS, STEPHEN, 2544 QUEEN CITY AVE, CINCINNATI, OH 45238

10925    PREVAS, PETER, 4157 MCDOWELL LANE, BALTIMORE, MD 21227

10925    PREVATT JR, KERNEL, 4511 NESMITH ROAD, PLANT CITY, FL 33566-8659

10925    PREVATT, LARRY, 5017 WRIGHT AVE., BALTIMORE, MD 21205

10925    PREVATTE, AMANDA, RT 12, BOX 757, LUMBERTON, NC 28358

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PREVATTE, WILLIAM, 5360 MISTY LAKE DRIVE, MULBERRY, FL 33860-8605

10925 PREVENTIVE FIRE & SAFETY, 1233 OLD DIXIE HWY, #5, LAKE PARK, FL 33403

10925 PREVIANT GOLDBERG UELMEN GRATZ MILL, PO BOX 12993, 1555 N RIVERCENTER DR SUITE 202, PO BOX 12993, MILWAUKEE, WI 53212

10925 PREVIDI, WAYNE, 11 ELMHURST ROAD, STONEHAM, MA 02180

10925 PREVIDI, WILLIAM, 11 ELMHURST RD, STONEHAM, MA 02180

10925 PREVITE, FRANK, 15 ALDEN CIRCLE, READING, MA 01876

10925 PREVITE, MARY, 40 GLEN ROAD, HOPKINTON, MA 01748

10925 PREVITE, ROBERT, 140 PRESCOTT ST, NORTH ANDOVER, MA 01845

10925 PREVOIR, JEANNE, 59 ROCKY NOOK, MALDEN, MA 02148

10925 PREVOST, IDA, 1200 PENNSBURY BLVD, PITTSBURGH, PA 15205

10925 PREVOST, ROBERT, 13 SAINT AUGUSTINE DRIVE, GREENVILLE, SC 29615

10925 PREVOST, SUSANNE, 13 ST AUGUSTINE DRIVE, GREENVILLE, SC 29615

10925 PREVUZNIK, ELSIE, 174 E KATHERINE ST, WASHINGTON, PA 15301

10925 PREWETT, MARTHA, 2484 ROCKWOOD WAY, STONE MOUNTAIN, GA 30087

10925 PREWETT, MARTHA, 635 PARK CREEK CT, GAINESVILLE, GA 30504

10925 PREWETT, MARY ANN, 1210 CHALLENARANJA, ALMA, TX 78516

10925 PREYER, ANTONIO, 2003 SUFFOLK LANE, INDIANAPOLIS, IN 46260

10925 PREZIOTTI, RICHARD, 350 EAST 82ND #5M, NEW YORK, NY 10028

10925 PRI ASPHALT TECHNOLOGIES INC, 6408 BADGER DRIVE, TAMPA, FL 33610-2004

10925 PRI ASSOCIATES, 1905 CHAPEL HILL ROAD, DURHAM, NC 27707

10925 PRIANTI JT TEN, JOHN J & MURIEL, 5157 ORANGE PORT RD, BREWERTON, NY 13029-9721

10925 PRIATKO, GREGORY, 4134 GREENSBURG PIKE, PITTSBURGH, PA 15221

10925 PRIBAN, LORRINE, 4828 W. SCHOOL ST., CHICAGO, IL 60641

10925 PRIBIS JR, STEVEN, 701 HONEY RUN ROAD, AMBLER, PA 19002-3735

10924 PRIBUSS ENG., 690 POTRERO AVE., SAN FRANCISCO, CA 94110

10925 PRIBYL, GREGG, 2756 GEMINI CT, GREEN BAY, WI 54311

10925 PRICE ASSOCIATES, 1800 K ST #718, WASHINGTON, DC 20006

10925 PRICE ASSOCIATES, INC, PO BOX 342, WHITE PLAINS, NY 10605

10924 PRICE BROS CO INC, COMFORT ROAD, PALATKA, FL 32077

10924 PRICE BROS CO, 1501 PERRYMAN RD, PERRYMAN, MD 21130

10924 PRICE BROTHERS CO*, 1510 EDWARDS ST, HATTIESBURG, MS 39401

10924 PRICE BROTHERS CO, 1510 EDWARDS ST, HATTIESBURG, MS 39401

10924 PRICE BROTHERS CO. INC., COMFORT ROAD, PALATKA, FL 32177

10924 PRICE BROTHERS CO. INC., P.O. BOX 1770, PALATKA, FL 32078

10924 PRICE BROTHERS CO., 1501 PERRYMAN RD., PERRYMAN, MD 21130

10925 PRICE COMPANY, THE, GENERAL COUNSEL, 2657 ARIANE DR, SAN DIEGO, CA 92117

10925 PRICE JR, DOUGLAS, 2947 DALTON ST, MACON, GA 31206

10925 PRICE JR, JOSEPH THOMAS, 2561 BROOKDALE LANE, BROOKLYN PARK, MN 55444-2336

10925 PRICE MODERN, 7110 GOLDEN RING RD., STE. 115, BALTIMORE, MD 21221

10925 PRICE MODERN, INC, PO BOX 62032, BALTIMORE, MD 21211-2032

10924 PRICE PUMP COMPANY, 1 PUMP WAY, SONOMA, CA 95476

10924 PRICE PUMP COMPANY, PO BOXQ, SONOMA, CA 95476

10925 PRICE VICKERY, 410 CONGRESS AVE, AUSTIN, TX 78701

10925 PRICE WATERHOUSE AOYAMA CONSULTING, 20-3, EBISU 4-CHOME, SHIBUYO KU TOKYO, 150-5013JAPAN      *VIA Deutsche Post*

10925 PRICE WATERHOUSE COOPERS LLP, 700 FIRST UNION FINANCIAL CENTER, MIAMI, FL 33131-2330

10925 PRICE WATERHOUSE COOPERS LLP, CHASE MANHATTAN BANK BLDG 9TH FL, HATO REY, 918

10925 PRICE WATERHOUSE COOPERS LLP, PO BOX 641300, PITTSBURGH, PA 15264-1300

10925 PRICE WATERHOUSE COOPERS LLP, PO BOX 7247-7868, PHILADELPHIA, PA 19170-7868

10925 PRICE WATERHOUSE COOPERS LLP, PO BOX 7247-8001, PHILADELPHIA, PA 19170-8001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PRICE WATERHOUSE COOPERS LLP, PO BOX 988, FLORHAM PARK, NJ 07932 | |
| 10925 | PRICE WATERHOUSE COOPERS LLP, POBOX 641300, PITTSBURGH, PA 15264-1300 | |
| 10925 | PRICE WATERHOUSE LLC, POBOX 65948, CHARLOTTE, NC 28265-0948 | |
| 10925 | PRICE WATERHOUSE LLP, 1177 AVE OF THE AMERICAS, NEW YORK, NY 10036 | |
| 10925 | PRICE WATERHOUSE LLP, ONE EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, FL 33301 | |
| 10925 | PRICE WATERHOUSE LLP, PO BOX 651376, CHARLOTTE, NC 28265-1378 | |
| 10925 | PRICE WATERHOUSE LLP, PO BOX 65948, CHARLOTTE, NC 28265-0948 | |
| 10925 | PRICE WATERHOUSE LLP, PO BOX 7247-7111, PHILADELPHIA, PA 19170-7111 | |
| 10925 | PRICE WATERHOUSE LLP, PO BOX 7247-7868, PHILADELPHIA, PA 19170-7868 | |
| 10925 | PRICE WATERHOUSE LLP, PO BOX 7247-8062, PHILADELPHIA, PA 19170-8582 | |
| 10925 | PRICE WATERHOUSE LLP, PO BOX 7247-8073, PHILADELPHIA, PA 19107-8073 | |
| 10925 | PRICE WATERHOUSE LLP, PO BOX 7247-8582, PHILADELPHIA, PA 19170-8582 | |
| 10925 | PRICE WATERHOUSE LLP, PO BOX 7247-8593, PHILADELPHIA, PA 19170-8593 | |
| 10925 | PRICE WATERHOUSE, 3109 W DR MLK JR BLVD, TAMPA, FL 33607 | |
| 10925 | PRICE WATERHOUSE, POBOX 71220, SAN JUAN, PR 00936-8720 | |
| 10925 | PRICE WATERHOUSECOOPERS LLP, PO BOX 7247-8073, PHILADELPHIA, PA 19170-8073 | |
| 10925 | PRICE, ALAN, 12 HALLMARK GARDENS APT. #3, BURLINGTON, MA 01803 | |
| 10925 | PRICE, ALEXANDER, 1277 S. JAMES RD., COLUMBUS, OH 43227 | |
| 10925 | PRICE, ALONZO, 3104 GARRISON BLVD, BALTIMORE, MD 21216 | |
| 10925 | PRICE, APRIL, POB 125, HOMER, GA 30597 | |
| 10925 | PRICE, BARBARA, 9017 PRICE LANE, KNOXVILLE, TN 37922 | |
| 10925 | PRICE, BESSIE, 117 PROSPECT AVE, WELDON, NC 27890 | |
| 10925 | PRICE, BETTY, 6881 COCONUT GROVE, ELLENTON, FL 34222 | |
| 10925 | PRICE, BEULAH, 468 COLDWATER BRANCH, HAROLD, KY 41635 | |
| 10925 | PRICE, BRIGITTE, 126 WEST RIVER, MOMENCE, IL 60954 | |
| 10925 | PRICE, C, 1108 W. INDIANA, BEEBE, AR 72012 | |
| 10925 | PRICE, CANDACE, 2241 PARK RD. #2, CHARLOTTE, NC 28203 | |
| 10925 | PRICE, CARLA, 5626 GLOUCHESTER CT., FOREST PARK, GA 30050 | |
| 10925 | PRICE, CARMEN, 1103 LOUISE DR, JACKSONVILLE, AL 36265 | |
| 10925 | PRICE, CAROL, 24 STANLEY ROAD, GARNERVILLE, NY 10923 | |
| 10925 | PRICE, CHERIE, 3843 EVERGREEN, IRVING, TX 75061 | |
| 10925 | PRICE, CYNTHIA, 160 MCCARTER DRIVE, WELLFORD, SC 29385 | |
| 10925 | PRICE, D, 223 SW SEAGULL CT, LEES SUMMIT, MO 64083 | |
| 10925 | PRICE, DAVID, PO BOX 95, ROANOKE RAPIDS, NC 27870 | |
| 10925 | PRICE, DEBRA L, RT 1 BOX 135 B, MILLER, MO 65707 | |
| 10925 | PRICE, DERRICK, 4320 PORTWOOD, LOUISVILLE, KY 40218 | |
| 10925 | PRICE, DIANE E, 1121 WALNUT ST, PHILA PA, PA 19107 | |
| 10925 | PRICE, DONALD, 4110 DEBARR RD. APT. D-7, ANCHORAGE, AK 99508 | |
| 10925 | PRICE, DOUGLAS, 605 LINCOLN ST, CRAIG,, CO 81625 | |
| 10925 | PRICE, EDWARD, RT.2 BOX 153-A, CRYSTL SPRINGS, MS 39059 | |
| 10925 | PRICE, FELICIA, 117 FOREST RIDGE, HICKORY, NC 28602 | |
| 10925 | PRICE, GARY, 1485 DEVONSHIRE CT., DUNWOODY, GA 30338 | |
| 10925 | PRICE, GARY, 21061 BARBADOS CIR, HUNTINGTON BE, CA 92646 | |
| 10925 | PRICE, GEORGE, 95 KENTWAY, BALTIMORE, MD 21222 | |
| 10925 | PRICE, GERTRUDE, 107 E 2ND ST, BROOKLYN, NY 11218 | |
| 10925 | PRICE, GREGORY, 10742 3RD ST N, ST PETERSBURG, FL 33716 | |
| 10925 | PRICE, HEATHER, 4017 SHERMAN OAKS, VA BEACH, VA 23456 | |
| 10925 | PRICE, JAMES, 190 RHONDA LANE, GRAY COURT, SC 29645 | |
| 10925 | PRICE, JAMES, 809 N RIDGE ST, MADISON, NC 27025 | |
| 10925 | PRICE, JAMES, HC76 BOX 129, AIMWELL, LA 71401 | |
| 10925 | PRICE, JANAH, 306 EAST BANK, IOWA PARK, TX 76367 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PRICE, JANE, 1280 NORWALK TRACE, LAWRENCEVILLE, GA 30243 | |
| 10925 | PRICE, JANIS, 101 LINDA LANE, LAGRANGE, GA 30240 | |
| 10925 | PRICE, JASON, 13506 LAKE MARY JANE, ORLANDO, FL 32832 | |
| 10925 | PRICE, JEFFERY, PO BOX 1031, GIDDINGS, TX 78942 | |
| 10925 | PRICE, JEFFREY, ROUTE 1, BOX 456, BROOKHAVEN, MS 39601 | |
| 10925 | PRICE, JOAN, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | PRICE, JOE, 160 MCCARTER DRIVE, WELLFORD, SC 29385-9710 | |
| 10925 | PRICE, JOEY, RT 3 BOX 559, ALVIN, TX 77511 | |
| 10925 | PRICE, JOSEPH, 919 S EAST AVE, BALTIMORE, MD 21224-5033 | |
| 10925 | PRICE, JOYCE, 1030 GIFFORD CT, FLORISSANT, MO 63031 | |
| 10925 | PRICE, KARI, 15300 37TH AVE, PLYMOUTH, MN 55447 | |
| 10925 | PRICE, KENNETH, 3020 N TIMBERLINE, ODESSA, TX 79762 | |
| 10925 | PRICE, KEVIN, RD 1, BOX 290, PENNSBURG, PA 18073 | |
| 10925 | PRICE, KIMBERLY, PO BOX 1836, LAURENS, SC 29360 | |
| 10925 | PRICE, KROHN, & MCLEMORE, 413 CRUISE ST, CORINTH, MS 38834 | |
| 10925 | PRICE, LANDA, 7702 ROCK QUARRY RD, RALEIGH, NC 27610 | |
| 10925 | PRICE, LARRY, 101 PINE ST, LAURENS, SC 29360 | |
| 10925 | PRICE, LEONARD, PO BOX 3875, EDMOND, OK 73083-3875 | |
| 10925 | PRICE, LORRAINE, 5351 H NEW PEACHTREERD, CHAMBLEE, GA 30341 | |
| 10925 | PRICE, LOUIS, 3011 N BAKER ST, BAKERSFIELD, CA 93305 | |
| 10925 | PRICE, MARCIA, #4 GLENSIDE (OAK KNOLLS), ANNANDALE, NJ 08801 | |
| 10925 | PRICE, MICHAEL, 3194 KINGS RD, ST AUGUSTINE, FL 32086 | |
| 10925 | PRICE, MICHAEL, PO BOX 85, CROPWELL, AL 35054 | |
| 10925 | PRICE, MICHELLE, 16 VINCENT CIRCLE, WORCESTER, MA 01604 | |
| 10925 | PRICE, NEAL, 9 HINSTON ST, WOBURN, MA 01801 | |
| 10925 | PRICE, PAMELA, 6828 CABALLERO DR, JACKSONVILLE, FL 32217 | |
| 10925 | PRICE, PATRICIA, 465 N. MICHIGAN AVE., BRADLEY, IL 60915 | |
| 10925 | PRICE, R, 909 E LEXINGTON AVE, HIGH POINT, NC 27262 | |
| 10925 | PRICE, RAYMOND, 64 HOITT ROAD, BELMONT, MA 02478-3126 | |
| 10925 | PRICE, RHONDA, 10-A NOTTINGHAM WOODS, OXFORD, AL 36203 | |
| 10925 | PRICE, RHONDA, 3335 FOREST RIDGE SW, ROANOKE, VA 24018 | |
| 10925 | PRICE, RICHARD, 6834 ENDHAVEN LN., CHARLOTTE, NC 28226 | |
| 10925 | PRICE, ROBERT, 2411 WOODGATE ST, HOUSTOH, TX 77039-3137 | |
| 10925 | PRICE, ROBERT, 7805 ROCKDALE RD, FORT WORTH, TX 76134 | |
| 10925 | PRICE, RUTH, 5213 EDENROC, MARRERO, LA 70072 | |
| 10925 | PRICE, S, 3649 WOODLEY RD.APT 16, MONTGOMERY, AL 36116 | |
| 10925 | PRICE, STEPHEN, 1735 HUNTERS BLUFF #103, MEMPHIS, TN 38120 | |
| 10925 | PRICE, TANIA, 19738 APPLEWOOD CT., PARKER, CO 80138 | |
| 10925 | PRICE, TANISHA, 3072 VALLEY MEADOW, DALLAS, TX 75220 | |
| 10925 | PRICE, THELMA, 1267 WINDBURN DRIVE, MARIETTA, GA 30066 | |
| 10925 | PRICE, VINCENT, 3001 W. WALNUT HILL, IRVING, TX 75038 | |
| 10925 | PRICE, WAYNE, 421 SCHUYLKILL AVE, READING, PA 19601 | |
| 10925 | PRICE, WESTLEY, 412 JOHNSON ST, READING, PA 19602 | |
| 10925 | PRICE, WILLIAM, 2 BRUCE RD, WOBURN, MA 01801 | |
| 10925 | PRICE, WILLIAM, 427 ROSENTHAL ST, READING, PA 19601 | |
| 10925 | PRICE, WILLIAM, 473 CHERRY HILL ROAD, LAURENS, SC 29360 | |
| 10925 | PRICECOSTCO BUSINESS DELIVERY, ATTN MEMBERSHIP, MILPITAS, CA 95035 | |
| 10925 | PRICECOSTCO MEMBERSHIP, PO BOX 34535, SEATTLE, WA 98124-1535 | |
| 10925 | PRICE-DRISCOLL CORP., 17 INDUSTRIAL DR, WATERFORD, CT 06385 | |
| 10925 | PRICELESS PROMISES FOUNDATION INC, 4863 BROWNS MILL ROAD, LITHONIA, GA 30058 | |
| 10925 | PRICE-MODERN, INC, PO BOX 62032, BALTIMORE, MD 21264-2032 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PRICE-MODERN, PO BOX 62032, BALTIMORE, MD 21264-2032 | |
| 10924 | PRICEVILLE SCHOOL, HWY. 67 SOUTH, PRICEVILLE, AL 35601 | |
| 10925 | PRICEWATERHOUSE COOPERS LLP, 200 EAST LAS OLAS BLVD, FORT LAUDERDALE, FL 33301 | |
| 10925 | PRICEWATERHOUSE COOPERS LLP, POBOX 65640, CHARLOTTE, NC 28265-0640 | |
| 10925 | PRICEWATERHOUSE COOPERS LLP, POST OFFICE BOX 7247-7111, PHILADELPHIA, PA 19170-7111 | |
| 10925 | PRICEWATERHOUSE COOPERS, ONE ROBERT SPECK PKWY, MISSISSAUGA, ON L4Z 3M3CANADA | *VIA Deutsche Post* |
| 10925 | PRICEWATERHOUSE JURIDQUE ET FISCAL, 32 RUE GUERSANT, PARIS CEDEX 17, 75833FRANCE | *VIA Deutsche Post* |
| 10925 | PRICE-WATERHOUSE LLP, PO BOX 7247-8593, PHILADELPHIA, PA 19170-8593 | |
| 10925 | PRICEWATERHOUSECOOPERS LLP, 160 FEDERAL ST, BOSTON, MA 02110 | |
| 10925 | PRICEWATERHOUSECOOPERS LLP, 1900 K ST NW, WASHINGTON, DC 20006 | |
| 10925 | PRICEWATERHOUSECOOPERS LLP, 200 SOUTH BISCAYNE BLVD, SUITE 700, MIAMI, FL 33131 | |
| 10925 | PRICEWATERHOUSECOOPERS LLP, PO BOX 676384, DALLAS, TX 75267-6384 | |
| 10925 | PRICEWATERHOUSECOOPERS LLP, POBOX 71220, SAN JUAN, PR 00936-8720 | |
| 10925 | PRICEWATERHOUSECOOPERS LLP, POBOX 905695, CHARLOTTE, NC 28290-5695 | |
| 10925 | PRICEWATERHOUSECOOPERS, 6 BATTERY ROAD #32-00, SINGAPORE, 49909 | |
| 10925 | PRICEWATERHOUSECOOPERS, BANK PLACE, LIMERICK, IRELAND | *VIA Deutsche Post* |
| 10925 | PRICEWATERHOUSECOOPERS, RUA GENERAL JARDIM, 36, SAO PAULO CEP, 01059-970BRAZIL | *VIA Deutsche Post* |
| 10925 | PRICHARD, HOLLIS, 3444 NORTH DRUID HILLS ROAD, M, DECATUR, GA 30033 | |
| 10924 | PRICKETT JONES ELLIOT KRISTOL &, 1310 KING ST, WILMINGTON, DE 19899 | |
| 10925 | PRICKETT, AGNES, RT 2 BOX 300, COMMERCE, GA 30529 | |
| 10925 | PRICKITT, C SCOTT, 3C HAMILTON RD, MAPLESHADE, NJ 08052 | |
| 10925 | PRICOA RELOCATION MANAGEMENT, 136 NEW BOND ST, LONDON, W1Y OPBUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PRIDDY, JAMES, 508 E. BOWIE, FALFURRIAS, TX 78355 | |
| 10925 | PRIDDY, NANCY, 51 JORDAN AVE, BRUNSWICK, ME 04011 | |
| 10925 | PRIDE ELECTRIC, 10201 CROSBY AVE, GARDEN GROVE, CA 92643 | |
| 10925 | PRIDE MECHANICAL CO, INC, PO BOX 14727, GREENVILLE, SC 29610 | |
| 10924 | PRIDE PAINTS, INC., 1524 WILLINGHAM DRIVE, ATLANTA, GA 30344 | |
| 10925 | PRIDE PRINTERS INC, 215 SALEM ST, WOBURN, MA 01801-2070 | |
| 10924 | PRIDE SOLVENTS & CHEMICALS, 211 RANDOLPH AVENUE, AVENEL, NJ 07001 | |
| 10925 | PRIDE TECHNOLOGY INC, PO BOX 26001, NEWARK, NJ 07101-6601 | |
| 10925 | PRIDE TRANSPORT, PO BOX 27765, SALT LAKE CITY, UT 84127 | |
| 10925 | PRIDE TRANSPORTATION INC., 200 NORTHPARKE DRIVE, FINDLAY, OH 45840-7221 | |
| 10925 | PRIDE, CAROLYN, 21217 WARRIOR DRIVE, MATOACA, VA 23803 | |
| 10925 | PRIDE, JUDITH, 81 PRINCES POINT RD, YARMOUTH, ME 04096 | |
| 10925 | PRIDE, MICHEAL, 3219 N. WARWICK, FAYETTEVILLE, AR 72703 | |
| 10925 | PRIDEMORE, FLOYD, BOX 303, MEEKER, CO 81641 | |
| 10925 | PRIDGEON, JULIAN, 1104 MOORE-DUNCAN HWAY, MOORE, SC 29369 | |
| 10925 | PRIDGIN, GARY, ROUTE 1, BOX 10, SCRANTON, AR 72863 | |
| 10925 | PRIESMEYER, JOHN, 2310 HWY 59 WEST, EL CAMPO, TX 77437-9270 | |
| 10925 | PRIEST III, ALBERT, 6643 MAROTT DRIVE, BALTIMORE, MD 21207 | |
| 10925 | PRIEST, CAROL, 9600 ROYAL, DALLAS, TX 75243 | |
| 10925 | PRIEST, JR, ALBERT, 3406 CHRISTOPHER CT, BALTIMORE, MD 21244 | |
| 10925 | PRIEST, LOVIE, 3406 CHRISTOPHER CT, BALTIMORE, MD 21244 | |
| 10925 | PRIEST, WILLIAM, 761 BURROUGHS ROAD, BOXBORO, MA 01719 | |
| 10925 | PRIESTAS JR, EDWARD, 15 E ETTWEIN ST, BETH, PA 18018 | |
| 10925 | PRIESTNELL, IAN, PO BOX 6996, SNOWMASS VILLAGE, CO 81615 | |
| 10925 | PRIETO, ARTURO, 2120 LEE AVE, FT. WORTH, TX 76106 | |
| 10925 | PRIETO, ENRIQUE, 8776 KATHRINE AVE, PANORMA CITY, CA 91402 | |
| 10925 | PRIETO, HAZEL, 23235 MARIBEL AVE, CARSON, CA 90745 | |
| 10925 | PRIETO, JUANA, 3109 B WAYSIDE, EL PASO, TX 79936 | |
| 10925 | PRIETO, MICHAEL, 377 WEST OAK RD NW, ADAIRSVILLE, GA 30103 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PRIETO, TERESA, 2518 LINCOLN AVE, FT WORTH, TX 76106

10925   PRIETZ, SHIRLEEN M, 312 KEARNEY DR., OWINGS MILLS, MD 21117

10925   PRIETZ, SHIRLEEN, 312 KEARNEY DRIVE, OWINGS MILLS, MD 21117

10925   PRIGOT JT TEN, EMILY G & JONATHAN M, 44 HIGH ST, CANTON, MA 02021-3609

10925   PRIGOT, JONATHAN M, 92 WALNUT ST., EVERETT, MA 02149

10925   PRIGOT, JONATHAN, 44 HIGH ST, CANTON, MA 02021-3609

10924   PRILLAMAN CHEMICAL, 825 FISHER ROAD, MARTINSVILLE, VA 24112

10924   PRILLAMAN CHEMICAL, PO BOX 4024, MARTINSVILLE, VA 24115

10925   PRILLAMAN, PO BOX 751411, CHARLOTTE, NC 28275

10925   PRIMARK TOOL GROUP, 33319 TREASURY CENTER, CHICAGO, IL 60694-3300

10925   PRIMARK TOOL GROUP, 33319 TREASURY CENTER, CHICAGO, KY 60694-3300

10925   PRIMARY CARE ASSOC OF N KY, POBOX 1112, COVINGTON, KY 41012

10924   PRIMARY CARE CLINIC, TULANE MEDICAL CENTER, NEW ORLEANS, LA 70130

10925   PRIMARY SOURCE MEDIA, PO BOX 71873, CHICAGO, IL 60694-1873

10925   PRIMATECH, INC, 50 NORTHWOODS BLVD, COLUMBUS, OH 43235-4717

10925   PRIMBS, MELISSA, 85 JOLIETTE RD, NAPOLEON, OH 43545

10925   PRIME CAPITAL FUNDING, 7 FOREST ROCK CT., STE. 300, BALTIMORE, MD 21228-1021

10925   PRIME CARE - CPM, 50 LEROY ST, POTSDAM, NY 13676

10924   PRIME ELECTRIC, 5538 E INDIANA ST, EVANSVILLE, IN 47715

10925   PRIME ENERGY SYSTEMS, ATLAS COPCO, FAIRFIELD, NJ 07004

10925   PRIME ENERGY SYSTEMS/PRIME SERVICES, PO BOX 1239, LA PORTE, TX 77572

10925   PRIME EQUIPMENT RENTAL, PO BOX 218, WESTLAKE, LA 70669-0218

10924   PRIME EQUIPMENT, 16225 PARK TEN PL., HOUSTON, TX 77084

10924   PRIME EQUIPMENT, 2510 S MAIN STREET, STAFFORD, TX 77477

10924   PRIME EQUIPMENT, 5120 WURZBACH, SAN ANTONIO, TX 78238

10925   PRIME EQUIPMENT, 8618 PHILIPS HWY, JACKSONVILLE, FL 32216

10924   PRIME EQUIPMENT, 915 E. ELM AVE, HERMISTON, OR 97838

10925   PRIME EQUIPMENT, PO BOX 1239, LA PORTE, TX 77572

10925   PRIME EQUIPMENT, PO BOX 840514, DALLAS, TX 75284

10925   PRIME EQUIPMENT, POBOX 840514, DALLAS, TX 75284-0514

10925   PRIME INC, PO BOX 4208, SPRINGFIELD, MO 65808

10924   PRIME INDUSTRIAL, 1444 WESTBANK EXPRESSWAY, WESTWEGO, LA 70094

10925   PRIME INDUSTRIES, 4090 DAHLIA ST., DENVER, CO 80216

10925   PRIME INTERIOR CONTRACTORS INC, 209 WATER ST, WAKEFIELD, MA 01880

10924   PRIME LEATHER FINISHES, 1002 HICKORY STREET, PEWAUKEE, WI 53072

10924   PRIME LEATHER FINISHES, 205 S. 2ND STREET, MILWAUKEE, WI 53204

10925   PRIME MATERIALS ASSOCIATES INC, 19 DEPOT ST, UXBRIDGE, MA 01569

10925   PRIME MEDICAL BOCA, 20401 STATE RD., BAY G-12, BOCA RATON, FL 33498

10925   PRIME MEDICAL, 20401 STATE RD 7 BAY G-12, BOCA RATON, FL 33498

10925   PRIME MEDICAL/HEALTHSOUTH, 4055 N ANDREWS AVE, OAKLAND PARK, FL 33309

10925   PRIME PACKAGING GROUP INC, POBOX 6755, JERSEY CITY, NJ 07306

10925   PRIME PLUMBING SERVICE & REPAIR, 4325 WOODWARD WAY, BUFORD, GA 30518-9879

10925   PRIME TREES INC, 5901 VAL VERDE, HOUSTON, TX 77057

10925   PRIME, 6914 GATEWAY EAST, EL PASO, TX 79915

10925   PRIME, EMMA, 8021 FALSTAFF RD, MCLEAN, VA 22102

10925   PRIMEAUX, ALBERT, 130 ALINE, ST. MARTINVILLE, LA 70582

10925   PRIMECARE HEALTH CARE, PO BOX 553, MILWAUKEE, WI 53259-0553

10925   PRIMECARE HEALTH PLAN, BOX 553, MILWAUKEE, WI 53259-0553

10925   PRIMECARE MEDICAL ASSOCIATES, 241-251 FREEPORT ROAD, PITTSBURGH, PA 15215

10925   PRIMECARE MEDICAL CENTERS, PO BOX 24609, WINSTON SALEM, NC 27114-4609

10925   PRIMECARE OF GREENSBORO-OCC, 3833 HIGH POINT RD., GREENSBORO, NC 27407

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | |
|---|---|
| 10925 | PRIMECO PERSONAL, PO BOX 630062, DALLAS, TX 75263-0062 |
| 10925 | PRIMEDIA INTERTEC, 9800 METCALF AVE, OVERLAND PARK, KS 66212-2215 |
| 10925 | PRIMEDIA WORKPLACE LEARNING, PO BOX 98565, CHICAGO, IL 60693-8565 |
| 10925 | PRIMEDICA ARGUS, PO BOX 31151, HARTFORD, MA 06150-1151 |
| 10924 | PRIMENET, 2340 MON UMENTAL AVENUE, HALETHORPE, MD 21227 |
| 10924 | PRIMENET, 2340 MONUMENTAL AVENUE, HALETHORPE, MD 21227 |
| 10925 | PRIMERICA CORP, 65 EAST 55TH ST, NEW YORK, NY 10022 |
| 10925 | PRIMET CORPORATION, 1450 E. AMERICAN LN.,STE. 1860, SCHAUMBURG, IL 60173 |
| 10924 | PRIMET, 1450 EAST AMERICAN LANE, SCHAUMBURG, IL 60173 |
| 10925 | PRIMETEC INC, 4241 CORPORATE SQUARE, NAPLES, FL 33939 |
| 10925 | PRIMEX PLASTICS CORP, 1235 NORTH F ST, RICHMOND, IN 47374 |
| 10925 | PRIMIS CORP, 7107 BELGOLD, HOUSTON, TX 77066-1003 |
| 10925 | PRIMMER, SCOTT, 1339 N SUMMIT, CENTER POINT, IA 52213 |
| 10925 | PRIMO SORBELLI &, JANEST SORBELLI JT TEN, 1 HART ST RD 10, WILKES BARRE, PA 18702-2703 |
| 10925 | PRIMO ZANDERIGO, 65 GUILFORD ST, TORRINGTON, CT 06790-4704 |
| 10925 | PRIMROSE, RONALD, 6013 LANGDON AVE. SW, CEDAR RAPIDS, IA 52404 |
| 10924 | PRIMUS AUTOMOTIVE - PHASE II, 9011 CARROTHERS ROAD, FRANKLIN, TN 37067 |
| 10925 | PRIMUS TECHNOLOGIES CORP, 2333 REACH RD, WILLIAMSPORT, PA 17701 |
| 10925 | PRIMUS, LATASHA, 6526 WHITE HORSE RD, GREENVILLE, SC 29611 |
| 10925 | PRIMUS, MICHAEL, 1877 PINEY CREEK RD., CASPER, WY 82604 |
| 10925 | PRINCE GEORGES COUNTY, PO BOX 1700, UPPER MALBORO, MD 20733-1700 |
| 10925 | PRINCE III, JAMES, 1000 READS LAKE #301, CHATTANOOGA, TN 37415-2061 |
| 10925 | PRINCE JR, CARL PAUL, CUST FOR CHRISTINE PATRICIA PRINCE, UNIF GIFT MIN ACT NY, 664 CRAWFORD RD, SCHENECTADY, NY 12306-7304 |
| 10925 | PRINCE JR, JOHN S, 1167 SUMMIT ROAD, APALACHIN, NY 13732 |
| 10924 | PRINCE WILLIAMS FIRETOWER, PRINCE WILLIAMS, VA 99999 |
| 10925 | PRINCE, CATHERINE, BLDG F-1/ZONE 03/SORT 5000, TAMPA, FL 33610-9122 |
| 10925 | PRINCE, CHRISTOPHER, 145 ST. TROPEZ, LAGUNA BEACH, CA 92651 |
| 10925 | PRINCE, DANIEL, 114 EASTVIEW CIR, SIMPSONVILLE, SC 29681 |
| 10925 | PRINCE, ELIJAH, 3517 KESTON ROAD, BALTIMORE, MD 21207 |
| 10925 | PRINCE, EUGENE, 10520 E PANTERA AVE, MESA, AZ 85212 |
| 10925 | PRINCE, G, 2110 GRAND BLVD, AUGUSTA, GA 30901 |
| 10925 | PRINCE, GEORGE, 2103 MERRIFIELD DR, SELMA, AL 36701 |
| 10925 | PRINCE, JOHN C, 4433 INYO CT, FREMONT, CA 94538-1209 |
| 10925 | PRINCE, LISA, 3120 GILSON AVE, EAST LIVERPOOL, OH 43920 |
| 10925 | PRINCE, MICHAEL, 120 PINE LANE, SIMPSONVILLE, SC 29681 |
| 10925 | PRINCE, PENELOPE, RT 2 BOX 328C, LULA, GA 30554 |
| 10925 | PRINCE, RONALD, 1901 BARNEY HOFFPAUIR RD., SULPHUR, LA 70663 |
| 10925 | PRINCE, ROSEANNE, 310 RIVERBEND BLVD, LONGWOOD, FL 32750 |
| 10925 | PRINCE, ROY, BOX 498, NEW LONDON, NH 03257 |
| 10925 | PRINCE, SUSAN, 1036 OAK GROVE RD #56, CONCORD, CA 94518 |
| 10924 | PRINCESTON FORRESTAL CENTER, 100 COLLEGE ROAD, PLAINSBORO, NJ 08536 |
| 10924 | PRINCESTON FREINDS CENTER, WILLIAMS AND CHARLTON STREET, PRINCETON, NJ 08544 |
| 10924 | PRINCESTON PIKE CORP CENTER, 844 NORTH LENOLA UNIT 4, MOORESTOWN-LENOLA, NJ 08057 |
| 10924 | PRINCETON CHROMATOGRAPHY, INC., 1206 CRANBURY - SOUTH RIVER ROAD, CRANBURY, NJ 08512 |
| 10925 | PRINCETON CLUB OF N Y, 15 WEST 43RD ST, NEW YORK, NY 10036-7497 |
| 10925 | PRINCETON ECONOMICS, PO BOX 398, PRINCETON, MA 01541 |
| 10925 | PRINCETON GAMMATECH, PO BOX 8500S-41330, PHILADELPHIA, PA 19178 |
| 10925 | PRINCETON GROUNDWATER, 100 S ASHLEY DR STE 1180, TAMPA, FL 33602-5300 |
| 10925 | PRINCETON GROUNDWATER, PO BOX 273776, TAMPA, FL 33688 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 PRINCETON HOSPITAL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924 PRINCETON PHYSICS LAB, PRINCETON, NJ 08544

10925 PRINCETON PROCESS, PO BOX 169, 7 LITTLE COVE LN., EAST ORLEANS, MA 02643

10924 PRINCETON READY MIX INC., 604 W. GRANT, PRINCETON, MO 64673

10924 PRINCETON READY MIX INC., P O BOX 194, PRINCETON, MO 64673

10924 PRINCETON READY MIX, 101 WESTVIEW STREET, PRINCETON, WV 24740

10924 PRINCETON READY MIX, INC., 604 W. GRANT, PRINCETON, MO 64673

10925 PRINCETON READY MIX, PO BOX 194, PRINCETON, MO 64673

10924 PRINCETON REDI MIX INC, EAST RAILROAD AVE, PRINCETON, IL 61356

10924 PRINCETON REDI MIX, E RAILROAD AVENUE, PRINCETON, IL 61356

10924 PRINCETON REDI MIX, P O BOX 9, PRINCETON, IL 61356

10924 PRINCETON SOCIAL SCIENCE, 26 PROSPECT STREET, PRINCETON, NJ 08540

10925 PRINCETON UNIVERSITY, E-319 ENGINEERING QUADRANGLE, PRINCETON, NJ 08544

10924 PRINCETON UNIVERSITY, JADWIN SQUASH COURT RENOVATION, PRINCETON, NJ 08540

10925 PRINCETON UNIVERSITY, NEW SOUTH BLDG, PRINCETON, NJ 08544-0036

10925 PRINCETON UNIVERSITY, POBOX 5292, PRINCETON, NJ 08544-5292

10924 PRINCETON UNIVERSITY/WOOLWORTH, WASHINGTON STREET & PRINCETON, PRINCETON, NJ 08540

10925 PRINCING, VERNON, 19 MAJESTIC, FREEHOLD, NJ 07728

10925 PRINCIPAL FINANCIAL GROUP, 711 HIGH ST, DES MOINES, IA 50392

10925 PRINCIPAL MUTUAL LIFE INS. CO., GEN COUNSEL, PO BOX 10387, DES MOINES, IA 50306

10925 PRINCIPAL MUTUAL LIFE INS., PO BOX 10387, DES MOINES, IA 50306

10925 PRINCIPAL MUTUAL LIFE INSURANCE CO, 711 HIGH ST, DES MOINES, IA 50307

10925 PRINCIPAL MUTUAL LIFE INSURANCE, C/O TRAMMEL CROW DENVER DEPT.600, DENVER, CO 80291-0600

10925 PRINCIPAL MUTUAL LIFE, PO BOX 10387, DES MOINES, IA 50306

10925 PRINCIPE, MIGUEL, 2209 N. PALETHORP ST, PHILA, PA 19133

10924 PRINCIPLE SUPPLY, 2014 OLD ARCH RD, NORRISTOWN, PA 19401

10925 PRINCO INSTRUMENTS INC, 1020 INDUSTRIAL BLVD, SOUTHAMPTON, PA 18966-4095

10925 PRINCO INSTRUMENTS, INC, 1020 INDUSTRIAL BLVD., SOUTHAMPTON, PA 18966

10925 PRINCO INSTRUMENTS, PO BOX 159, DEERFIELD, IL 60015

10925 PRINDIVILLE, TIMOTHY, 234 BERRY, PARK RIDGE, IL 60068

10925 PRINE, EMMETT, 17810 20 MILE ROAD, MARSHALL, MI 49068-9453

10925 PRINE, MILADA B, 1710 WENDY LA, MADISON, WI 53716-1950

10925 PRINGLE, FARILYN, WESTWOOD APT# 16-C, MANNING, SC 29102

10925 PRINGLE, WILLIAM, 714 KING ST, CHARLESTON, SC 29403

10925 PRINGNITZ, STANLEY, ROUTE 4, BOX 26, OSAGE, IA 50461

10924 PRINICIPAL LIFE INSURANCE CO. BLDG., (CONROY BROS), DES MOINES, IA 50301

10925 PRINT MART, 4724 WEST 103RD ST., OAK LAWN, IL 60453

10925 PRINT SHOP, THE, 110 HERRON ST., FORT OGLETHORPE, GA 30742

10925 PRINT TECH INTERNATIONAL INC., CITICORP VENTURE CAPITAL, 399 PARK AVE, NEW YORK, NY 10043

10925 PRINT TIME, 9926 COLLEGE BLVD, OVERLAND PARK, KS 66210

10925 PRINT-A-MATIC, POST OFFICE BOX 321, LAURENS, SC 29360

10925 PRINTCO INC., 1307 W. PALMETTO PARK RD, BOCA RATON, FL 33486

10925 PRINTCO INDUSTRIES, 5324 KUNESH RD, PULASKI, WI 54162

10925 PRINTCO INDUSTRIES,LTD, 5324 KUNESH RD., PULASKI, WI 54162

10925 PRINTCO, PO BOX 51, MEMPHIS, TN 38101-0051

10924 PRINTED CIRCUIT CORP, 10 MICRO DRIVE, WOBURN, MA 01801

10925 PRINTED IMAGE, THE, 1705 E. 23RD ST., CHATTANOOGA, TN 37404

10925 PRINTEMPS, SHERRILL, 3820 KENWOOD DR, SPRING VALLEY, CA 91977

10925 PRINTERS OIL SUPPLY CO. INC., 310 BALLARDVALE ST, WILMINGTON, MA 01887-1097

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PRINTERS SERVICE, IRONBOUND STATION, NEWARK, NJ 07105-4702

10925   PRINTING INDUSTRIES OF NEW, PO BOX 2009, NATICK, MA 01760-0015

10925   PRINTING RESEARCH INC, PO BOX 970986, DALLAS, TX 75397-0986

10925   PRINTING SOLUTION, THE, 3131 CUSTER ROAD, PLANO, TX 75075

10925   PRINTING SOLUTIONS (VB), PO BOX 2384, VEGA BAJA, PR 00694-2384

10925   PRINTRONIX, 17421 DERIAN AVE, IRVINE, CA 92713

10925   PRINTRONIX, PO BOX 19559, IRVINE, CA 92713

10925   PRINTSHACK, 105 CLINTON AVE, EATONTOWN, NJ 07724

10925   PRINTZ, GRANT, 3817 WILLOWGROVE AVE, READING, PA 19605

10925   PRIOR, CYNTHIA, 95 PINON HEIGHTS RD, SANDIA PARK, NM 87047

10925   PRIOR, GERALD, 111 WINNICUTT ROAD, STRATHAM, NH 03885

10925   PRIOR, MOIRA, 4 MARIE ST, LUDLOW, MA 01056

10925   PRIOR, SHAWNA, 209 S. DALLAS CT., BALTIMORE, MD 21231

10924   PRIORITY FOOD PROCESSING, 635 OAKWOOD ROAD, LAKE ZURICH, IL 60047

10924   PRIORITY ONE CONSTRUCTION SERVICES, 5178 CROOK SHANK ROAD, CINCINNATI, OH 45238-3304

10924   PRIORITY ONE, 5178 CROOKSHANK ROAD, CINCINNATI, OH 45238

10925   PRIORITY SYSTEMS INC, 1853 S CAMPUS AVE, ONTARIO, CA 91761

10925   PRIORITY TRANSPORTATION INC, PO BOX 952, CULLMAN, AL 35056

10925   PRISCILLA A BRUSKE TR, UA 12 22 97, PRISCILLA A BRUSKE REV TRUST, 7325 HERITAGE COURT, FRANKFORT, IL 60423-9538

10925   PRISCILLA L MCCLAY, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   PRISCILLA T GRAHAM, 93010 DAIRY VIEW LA 301, HOUSTON, TX 77099-0000

10925   PRISCO, JAIMIE, 4544 WESTLAWN #5, LOS ANGELES, CA 90066

10925   PRISM CORP., 6130 SOUTH PULASKI RD., CHICAGO, IL 60629

10925   PRISM CORPORATION, 6957 WEST ARCHER AVE, CHICAGO, IL 60638

10925   PRISM GROUP INC, 300 WEST MAIN ST BLDG B, NORTHBORO, MA 01532

10925   PRISTACH, DEBRAH, 326 S ELM #37, SO. HUTCHINSON, KS 67505

10925   PRISTINE SERVICE CORP, 646 CENTRAL ST, LEOMINSTER, MA 01453

10925   PRISTINE SERVICE CORPORATION, 243 NASHUA ST, LEOMINSTER, MA 01453

10925   PRITCHARD ENGINEERING INC, POBOX 2523, STARKVILLE, MS 39760

10925   PRITCHARD JT TEN, ANNE M WETZEL & KENNETH G, 349 ONOTA ST, PITTSFIELD, MA 01201-3146

10925   PRITCHARD LAW FIRM, PO BOX 1707, PO BOX 1707, PASCAGOULA, MS 39568-1704

10925   PRITCHARD, BEVERLY, 993 PINE ORCHARD RD, BUTLER, TN 37640

10925   PRITCHARD, CHRISTINE, BOX 225 RR 2, CATAWISSA, PA 17820

10925   PRITCHARD, JOHN, 81 ELLIS ST, WESTWOOD, MA 02090

10925   PRITCHARD, M, 5443 NORTH U.S.I., FORT PIERCE, FL 34946

10925   PRITCHARD, PEGGY, BOX 109, BEAVERVILLE, IL 60912

10925   PRITCHARD, THOMAS, 5590 FORKWOOD DR., ACWORTH, GA 30101

10925   PRITCHARD, WILFORD, 5037 BLACKBIRCH TRAIL, MULBERRY, FL 33860

10925   PRITCHETT & ASSOCIATES, 13155 NOEL ROAD, STE 1600, DALLAS, TX 75240

10925   PRITCHETT RUMMLER-BRACHE, 5800 GRANITE PKWY., STE. 450, PLANO, TX 75024

10925   PRITCHETT, ANGELA, 409 BERNARD DRIVE, WARNER ROBINS, GA 31093

10925   PRITCHETT, BONNIE, RT 3 BOX 3372, CARNESVILLE, GA 30521

10925   PRITCHETT, CAROLYN, 311 DOW ROSS, DUNCANVILLE, TX 75116

10925   PRITCHETT, CLAIN, 1043 N. ALDER, CLOVIS, CA 93611

10925   PRITCHETT, DONALD, 540 FINKS RUN ROAD, MCDONALD, PA 15057

10925   PRITCHETT, LARRY K, PO BOX C-9000, SPOTSYLVANIA, VA 22553

10925   PRITCHETT, MONICA, 62 RIVER ST APT. 1, CAMBRIDGE, MA 02139

10925   PRITCHETT, TIMOTHY, 244 GEORGIA QUEEN DR, WOODRUFF, SC 29388

10925   PRITESH PATEL, 601 ROBERT S KERR AVE APT #219, OKLAHOMA CITY, OK 73102

10925   PRITESH PATEL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PRITT, RALPH, 14035 ROSEDALE HWY #160, BAKERSFIELD, CA 93312 | |
| 10925 | PRIVATE FLEET MANAGEMENT INSTITUTE, 66 CANAL CENTER PLAZA, ALEXANDRIA, VA 22314 | |
| 10924 | PRIVATE LABEL COSMETICS CO., INC., 20-10 MAPLE AVE, FAIR LAWN, NJ 07410 | |
| 10924 | PRIVATE LABEL COSMETICS, 20-10 MAPLE AVENUE, FAIR LAWN, NJ 07410 | |
| 10925 | PRIVATE LINES INC, GOOD HOPE ROAD, SUSSEX, WI 53089 | |
| 10925 | PRIVATSKY, MARJORIE, 1811 D AVE NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | PRIVETT, ANTHONY, 1080 ROCK BLVD., #H, SPARKS, NV 89431 | |
| 10925 | PRIVETTE, JANE, 12106 SHOREFIELD CT, WHEATON, MD 20902 | |
| 10925 | PRIVOTT, RONALD, 208 POPULAR PL, PISCATAWAY, NJ 08854 | |
| 10924 | PRM CONCRETE CORP., 875 PHENIX AVENUE, CRANSTON, RI 02920 | |
| 10924 | PRM CONCRETE CORP., EAST GREENWICH, RI 02818 | |
| 10924 | PRM CONCRETE CORP., NORTH SMITHFIELD, RI 02876 | |
| 10924 | PRM CONCRETE CORP., P. O. BOX 2190, PAWTUCKET, RI 02861 | |
| 10924 | PRM CONCRETE CORP., SCHOOL ST., PAWTUCKET, RI 02861 | |
| 10924 | PRM CONCRETE CORPORATION, PO BOX 2190, PAWTUCKET, RI 02861 | |
| 10924 | PRMHHC1BN131AVN, ROUTE 17 BOX 500, FT. SHEPARD, MONTGOMERY, AL 36108-9727 | |
| 10924 | PRO BUILDING MATERIALS, 7910 HASKELL AVE, VAN NUYS, CA 91406 | |
| 10924 | PRO BUILDING MATERIALS, 7910 HASKELL AVE., VAN NUYS, CA 91406 | |
| 10925 | PRO COLLISION & GLASS, 7125 151ST ST WEST #107, APPLE VALLEY, MN 55124-5941 | |
| 10924 | PRO CRETE SYSTEMS INC, 6251 44TH ST N., PINELLAS PARK, FL 34665 | |
| 10925 | PRO CUT, PO BOX 1586, WALTHAM, MA 02454 | |
| 10925 | PRO EXPRESS, 1220 W WASHINGTON BLVD, MONTEBELLO, CA 90640 | |
| 10925 | PRO EXPRESS, PO BOX 2039, MONTEBELLO, CA 90640 | |
| 10925 | PRO GOLF DISCOUNT OF BOCA RATON, 3591 N FEDERAL HWY, BOCA RATON, FL 33431 | |
| 10924 | PRO HEALTH LABORATORIES, 1200 CHESTER INDUSTRIAL PARKWAY, AVON, OH 44011-1081 | |
| 10924 | PRO HEALTH LABORATORIES, 1430 AVENUE R, GRAND PRAIRIE, TX 75050-1605 | |
| 10925 | PRO IMAGE BUILDING SERVICE, 4397 W BETHANY HOME RD #1258, GLENDALE, AZ 85301-5400 | |
| 10925 | PRO LAWN GARDEN CENTER, 1101 MACKEY AVE, CHATTANOOGA, TN 37421 | |
| 10925 | PRO LEASING, POST OFFICE BOX 3978, JACKSON, MS 39207 | |
| 10925 | PRO LEATHER RESTORATION, 2060 SW 71ST TERRACE BLDG. F 1&2, DAVIE, FL 33317 | |
| 10925 | PRO LEATHER RESTORATION, PO BOX 16053, PLANTATION, FL 33318 | |
| 10924 | PRO MACK BUILDING SUPPLY, 2001 AUSTRAILIAN AVE, RIVIERA BEACH, FL 33404 | |
| 10924 | PRO PACK LABS, 3804 S AIRPORT ROAD, OGDEN, UT 84409 | |
| 10924 | PRO PACK LABS, 3804 SOUTH AIRPORT ROAD, OGDEN, UT 84405 | |
| 10925 | PRO PUBLICATION INTERNATIONAL LTD., 6B EAST ST, EPSOM SURREY, KT171HHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | PRO QUIP INC, 850 E. HIGHLAND ROAD, MACEDONIA, OH 44056-0165 | |
| 10924 | PRO SAFETY, 7330 NORTH 60TH STREET, MILWAUKEE, WI 53223 | |
| 10925 | PRO STAFF PERSONNEL SERVICES, 36 S. CHARLES ST., STE. 2310, BALTIMORE, MD 21201 | |
| 10925 | PRO STAFF, PO BOX 86, MINNEAPOLIS, MN 55486-0979 | |
| 10925 | PRO STOP FUEL INC., POB. 64110, SAINT PAUL, MN 55164-0110 | |
| 10925 | PRO SYSTEMS INC, 3717 LATROBE DRIVE, CHARLOTTE, NC 28211 | |
| 10925 | PRO TAX SERVICES, INC, PO BOX 122283, FORT WORTH, TX 76121-2283 | |
| 10925 | PRO TECH, 4804 NORTH EAST 10TH AVE, FORT LAUDERDALE, FL 33334 | |
| 10925 | PRO TOOL & SUPPLY, 1353 MAIN ST, WALTHAM, MA 02254 | |
| 10925 | PROBASCO, JUDY, 3390 BECARD LANE, RENO, NV 89506 | |
| 10925 | PROBST, GEORGE, 118 SPRINGHOUSE DR, BUTLER, PA 16001 | |
| 10925 | PROBY, VICKI, 1605 NE FREMONT, PORTLAND, OR 97212 | |
| 10925 | PROCARIO, ANGELA, 2100 STONE ROAD, WESTMINSTER, MD 21158 | |
| 10925 | PROCEDYNE CORP., 11 INDUSTRIAL DR, NEW BRUNSWICK, NJ 08901 | |
| 10924 | PROCESADORA DE CARNES CHE, DOMIICAN REPUBLIC, DOMINICAN REP, 99999SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | PROCESS & UTILITY CORP., 2901 HUNGARY SPRING RD., RICHMOND, VA 23228 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PROCESS ANALYSIS CORPORATION, 8341 E EVANS SUITE 112, SCOTTSDALE, AZ 85260

10925   PROCESS AND CONTROL EQUIP. CO., 1710 NORTH GRAHAM ST., CHARLOTTE, NC 28233

10925   PROCESS COMBUSTION CORP., PO BOX 12866, PITTSBURGH, PA 15241-2866

10925   PROCESS CONTROL CONCEPTS, PO BOX 4798, EVANSVILLE, IN 47724

10925   PROCESS CONTROL INDUSTRIES, ROUTE SOUTH PARK, WALPOLE, MA 02081

10925   PROCESS CONTROL SYSTEMS INTL., 11993 RAVENNA RD. STE 5A, CHARDON, OH 44024

10925   PROCESS ENGINEERING PRODUCTS, 621 MOOREFIELD PK. DR. STE G, RICHMOND, VA 23236

10925   PROCESS EQUIPMENT UNLIMITED, 46 NASHUA RD., LONDONDERRY, NH 03053

10925   PROCESS EQUIPMENT, INC, 2770 WELLBORN ST., PO BOX 1607, PELHAM, AL 35124

10925   PROCESS HEATING CORPORATION, 547 HARTFORD TURNPIKE, SHREWSBURY, MA 01545

10925   PROCESS MEASUREMENT & CONTROL, INC, 4400 SOUTH WAYSIDE DRIVE, SUITE 104, HOUSTON,
TX 77087

10925   PROCESS MEASUREMENTS, 9643 INTERLINE AVE., BATON ROUGE, LA 70809

10925   PROCESS PHYSICS DIST, INC, DBA VACUUM PARTS SUPPLY, 305 MATHEW ST, SANTA CLARA, CA
95050

10925   PROCESS PLUS, 1340 KEMPER MEADOW DR., STE. 100, CINCINNATI, OH 45240

10925   PROCESS PUMP & SEAL, INC, 2933 GLENDALE-MILFORD RD., CINCINNATI, OH 45241-3130

10925   PROCESS PUMP & SEAL, INC, PO BOX 630158, CINCINNATI, OH 45263-0158

10925   PROCESS SALES INC, 743 ANNORENO DR, ADDISON, IL 60101

10925   PROCESS SALES INC., 743 ANNORENO DRIVE, ADDISON, IL 60101

10925   PROCESS SEAL AND PACKAGING INC, POBOX 48, CLARENDON HILLS, IL 60514

10925   PROCESS SUPPLIES & ACCESSORIES INC, 1 RIVER COURT, CARTERSVILLE, GA 30120

10925   PROCESS SUPPLIES & ACCESSORIES INC, DEPT 8028, KNOXVILLE, TN 37995-8028

10924   PROCESS SUPPLY INC., ATTN: MR. BOB PAUL/PHONE 908-862-91, 991 E. LINDEN AVENUE, LINDEN,
NJ 07036

10924   PROCESS SUPPLY INC., PO BOX 99, NORTHPORT, NY 11768

10924   PROCESS TECHNOLOGIES & PACKAGING, 160 COMMERCE ROAD, PITTSTON, PA 18641

10925   PROCESS TECHNOLOGIES, PO BOX 82070, TAMPA, FL 33682

10925   PROCESS TECHNOLOGY INC, POBOX 75107, CLEVELAND, OH 44101-2199

10925   PROCESS TECHNOLOGY, 1625 SOUTH SUNKIST BLVD, ANAHEIM, CA 92806

10925   PROCESS TECHNOLOGY, 1709 HATBORO AVE., HATBORO, PA 19040

10925   PROCESS TECHNOLOGY, 7010 LINDSAY DR, MENTOR, OH 44060

10925   PROCESS TECHNOLOGY, PO BOX 660, MENTOR, OH 44061

10925   PROCESSING CENTER, THE, PO BOX 85047, LOUISVILLE, KY 40285-5047

10925   PROCHASKA, ELIZABETH, 214 23RD ST NW, CEDAR RAPIDS, IA 52405

10925   PROCHASKA, MARY, 1822 WHISPERWOOD WAY, HUNTSVILLE, AL 35806

10925   PRO-CHEM MECHANICAL CONTRACTORS INC, 88 HOLMES ST, BELLEVILLE, NJ 07109

10925   PROCHIMIE INTL INC., 488 MADISON AVE, NEW YORK, NY 10022

10925   PROCK, ROBERT, BOX 69, RED OAK, OK 74563-0000

10925   PROCK, ROBERT, PO BOX 2038, LEUCADIA, CA 92024-2038

10925   PRO-CLEAN, INC, 8410 OAK VIEW DR, CHATTANOOGA, TN 37421

10924   PROCOAT SYSTEMS, 5775 STAPLETON DRIVE NORTH, DENVER, CO 80216

10925   PROCOK, ROBERT, 2469 2ND ST SW, CEDAR RAPIDS, IA 52404

10924   PROCON INC, HWY 55 SOUTH, ANGELICA, WI 54162

10924   PRO-CON INC., 1475 TILE DRIVE, PULASKI, WI 54162

10925   PROCON PRODUCTS, DRAWER T-800, NASHVILLE, TN 37244

10924   PROCON, ANGELICAST DIV, PULASKI, WI 54162

10925   PROCONEX C/O HERRON VALVE & INSTRUM, 103 ENTERPRISE DR, ROYERSFORD, PA 19468-1281

10925   PROCONEX, PO BOX 10696, BALTIMORE, MD 21285-0696

10925   PROCONEX, PO BOX 13700-1259, PHILADELPHIA, PA 19191-1259

10925   PRO-COPY LEASING, PO BOX 691355, CINCINNATI, OH 45269-1355

10925   PRO-COPY OF CINCINNATI,LTDA,INC, 4720 GLENDALE-MILFORD RD., CINCINNATI, OH 45242

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PRO-COPY, PO BOX 691355, CINCINNATI, OH 45269-1355 | |
| 10924 | PROCRETE, 6251 44TH STREET N. SUITE 1921, PINELLAS PARK, FL 34665 | |
| 10924 | PROCTER & GAMBLE CO., THE, 11530 REED HARTMAN HWY, CINCINNATI, OH 45241 | |
| 10924 | PROCTER & GAMBLE CO., THE, ATT: DEBBIE BARDO, 8700 MASON-MONTGOMERY ROAD, MASON, OH 45040 | |
| 10924 | PROCTER & GAMBLE CO., THE, PO BOX 701, CINCINNATI, OH 45201 | |
| 10924 | PROCTER & GAMBLE COMPANY, 4460 KINGSRUN ROAD, GATE 22, CINCINNATI, OH 45217 | |
| 10924 | PROCTER & GAMBLE COMPANY, 4520 KINGSRUN ROAD, GATE 23, CINCINNATI, OH 45217 | |
| 10924 | PROCTER & GAMBLE COMPANY, PO BOX 599, CINCINNATI, OH 45201 | |
| 10924 | PROCTER & GAMBLE COMPANY, PO BOX 701, CINCINNATI, OH 45201 | |
| 10924 | PROCTER & GAMBLE, 6200 BRYAN PARK ROAD, BROWNS SUMMIT, NC 27214 | |
| 10924 | PROCTOR & GAMBLE CO., BUILDING #310, CINCINNATI, OH 45224 | |
| 10924 | PROCTOR & GAMBLE CO., THE, SHARON WOOD TECHNICAL CENTER, CINCINNATI, OH 45242 | |
| 10925 | PROCTOR & GAMBLE DISTRIB CO (THE), C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10924 | PROCTOR & GAMBLE IVORYDALE, SPRING GROVE ROAD, CINCINNATI, OH 45223 | |
| 10925 | PROCTOR & GAMBLE MANUFACTURING CO T, EG NELSON VP, | |
| 10925 | PROCTOR & GAMBLE MANUFACTURING CO, DAVID E ROSS, | |
| 10924 | PROCTOR & GAMBLE, 5289 VINE STREET, CINCINNATI, OH 45217 | |
| 10924 | PROCTOR & GAMBLE, 6300 CENTER HILL ROAD, CINCINNATI, OH 45224 | |
| 10924 | PROCTOR & GAMBLE, 8700 MASON-MONTGOMERY ROAD, MASON, OH 45040 | |
| 10924 | PROCTOR & GAMBLE, HEALTH CARE RESEARCH CENTER, MASON, OH 45040 | |
| 10924 | PROCTOR & GAMBLE, MIAMI VALLEY, CINCINNATI, OH 45200 | |
| 10924 | PROCTOR & GAMBLE, PO BOX 5555, CINCINNATI, OH 45201-5555 | |
| 10925 | PROCTOR & SCHWARTZ INC, POBOX 42046, PROVIDENCE, RI 02940 | |
| 10925 | PROCTOR & SCHWARTZ, INC, 251 GIBRALTAR RD., HORSHAM, PA 19044 | |
| 10925 | PROCTOR & SCHWARTZ, PO BOX 4042, BOSTON, MA 02211 | |
| 10925 | PROCTOR, ANTHONY, 1657 FARM BUREAU RD, CONCORD, CA 94519 | |
| 10925 | PROCTOR, BILL, 404 S THIRD, FAIRVIEW, OK 73737-2344 | |
| 10925 | PROCTOR, CHERI, PO BOX 196, COLLEGEDALE, TN 37315 | |
| 10925 | PROCTOR, DARRIN, 4001 PELHAM RD APT 25, GREER, SC 29650 | |
| 10925 | PROCTOR, DOROTHEA, 2222 JULIET DRIVE, SANTA ROSA, CA 95409 | |
| 10925 | PROCTOR, DOROTHY, 3636 W.OLIVE, FRESNO, CA 93727 | |
| 10925 | PROCTOR, K, 7758 CRESTVIEWCT, WATAUGA, TX 76148 | |
| 10925 | PROCTOR, LORRI, 17597 STOEPEL, DETROIT, MI 48221 | |
| 10925 | PROCTOR, REGINA, 9502N 14500E RD, GRANT PARK, IL 60940 | |
| 10924 | PROCUREMENT SERVICES, DUKE UNIVERSITY, PO BOX90493, DURHAM, NC 27708-0493 | |
| 10925 | PROCUT INC, 10 GLENMORE DR, GREENVILLE, SC 29609 | |
| 10924 | PROD.ALIMENTO DEL CARIBE, DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | PRO-DENTEC THERAPEUTICS, 500 WHITE DRIVE, BATESVILLE, AR 72501 | |
| 10924 | PRODENVASES, AUTOPISTA NORTE CRA 64C NO 96-26, MEDELLIN, 0COLOMBIA | *VIA Deutsche Post* |
| 10925 | PRODIGY SERVICES CO, POBOX 2076, OMAHA, NE 68103-2076 | |
| 10925 | PRODIGY SERVICES COMPANY, PO BOX 182166, COLUMBUS, OH 43218-2166 | |
| 10924 | PRODINTRA S.A. DE C.V., HEGEL NO. 153-504, COLONIA POLANCO, 11570MEXICO | *VIA Deutsche Post* |
| 10924 | PRO-DIVERSIFIED/ROGE VALLEY, KNEZ BUILDING MATERIALS, 4800 BARNETT, MEDFORD, OR 97504 | |
| 10925 | PRODOMAX INDUSTRIAL AUTOMATION, 455 WELHAM RD, BARRIE, ON L4M 6E7CANADA | *VIA Deutsche Post* |
| 10925 | PRODUCERS COUNCIL OF FLORIDA, POBOX 5973, JACKSONVILLE, FL 32247 | |
| 10925 | PRODUCT DEVELOPMENT INSTITUTE, INC, 1063 KING ST. W.,STE. 125, HAMILTON, ON L8S 1L8CANADA | *VIA Deutsche Post* |
| 10924 | PRODUCT QUEST, INC., 100 MODERN AGE BLVD., DAYTONA BEACH, FL 32117-4334 | |
| 10925 | PRODUCT SAFETY CORPORATION, POBOX 13080, CHARLESTON, WV 25360 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PRODUCTIGEAR, 1900 W. 34TH ST, CHICAGO, IL 60608 | |
| 10924 | PRODUCTION CHEMICALS INC, 7613 BISCAYNE BLVD, MIAMI, FL 33138 | |
| 10924 | PRODUCTION CHEMICALS INC., 2019 ELLER DRIVE  BLDG 19, PORT EVERGLADES, FL 33316 | |
| 10924 | PRODUCTION CHEMICALS INC., 7350 NW 12TH ST, MIAMI, FL 33126 | |
| 10925 | PRODUCTION CONCRETE INC., PO BOX 2773, NAPERVILLE, IL 60567 | |
| 10924 | PRODUCTION FACILITIES CO., 28010 FM 2978, MAGNOLIA, TX 77355 | |
| 10924 | PRODUCTION LABS, INC., 2490 ASH STREET, VISTA, CA 92083 | |
| 10925 | PRODUCTION MAX, DISABILITY, 67 W 92 STR, 92, NY, NY 10047 | |
| 10925 | PRODUCTION PACKAGING & PROCESSING, 1450 E. VAN BUREN ST., PHOENIX, AZ 85006-3522 | |
| 10925 | PRODUCTION, DISABILITY, ELM, NY, NY 10042 | |
| 10925 | PRODUCTION, EARLY RET, FULT, NY, NY 10789 | |
| 10924 | PRODUCTIVE ELECTRIC, 8371 SOUTHPARK LANE, LITTLETON, CO 80110 | |
| 10925 | PRODUCTIVITY PLUS, 350 EAST ELLIOT ROAD, CHANDLER, AZ 85225 | |
| 10925 | PRODUCTIVITY POINT INTERNATIONAL, 5431 SUPERIOR DR, BATON ROUGE, LA 70816 | |
| 10925 | PRODUCTIVITY POINT INTERNATIONAL, DEPT CH10678, PALATINE, IL 60055-0678 | |
| 10925 | PRODUCTIVITY POINT INTERNATIONAL-FL, DEPT CH010418, PALATINE, IL 60055-0418 | |
| 10925 | PRODUCTIVITY POINT, 1051 WINDERLY PLACE, SUITE 303, MAITLAND, FL 32751 | |
| 10925 | PRODUCTIVITY POINT, 3639 AMBASSADOR CAFFERY PKWY, 325, LAFAYETTE, LA 70503 | |
| 10925 | PRODUCTIVITY PRESS, INC, 541 NORTH EAST 20TH AVE, PORTLAND, OR 97213-0390 | |
| 10925 | PRODUCTIVITY-QUALITY SYSTEMS INC, PO BOX 1825, DAYTON, OH 45401-1825 | |
| 10924 | PRODUCTOS CHEF S. A., DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | PRODUCTOS ELECTRONICOS, DIVISION OF THOMSON, EL PASO, TX 79987 | |
| 10925 | PRODUCTS & RECYCLING SERVICES, PO BOX 991, FORT WAYNE, IN 46801 | |
| 10925 | PRODUCTS ENGINEERING, 3668 HEATHERWOOD WAY, EVERGREEN, CO 80439 | |
| 10925 | PRODUCTS ENGINEERING, 541 CLOVER LANE, BOULDER, CO 80303-3109 | |
| 10924 | PRODUCTS RESEARCH SERVICES, PO BOX 159, BELLE CHASSE, LA 70037 | |
| 10924 | PRODUCTS RESEARCH SVC., 9229 HIGHWAY 23, BELLE CHASSE, LA 70037 | |
| 10924 | PRODUCTS RESEARCH SVC., PO BOX 159, BELLE CHASSE, LA 70037 | |
| 10924 | PRODUVEN C.A., CENTRO PLAZA, TORRE C, NIVEL 19 OFICINA E, CHACAO 1060-A, CARACAS, VENZUALA | *VIA Deutsche Post* |
| 10924 | PROENFAR S.A., CALLE 10 N. 34A-13, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | PRO-EQUIPMENT SERVICE, 3 BREED AVE, WOBURN, MA 01801 | |
| 10925 | PROF AVV ADRIANO VANZE, VIA F DAVERIO 6 - 20122, MILANO, ITALY | *VIA Deutsche Post* |
| 10925 | PROF CLER SVC, P EDWARDS, DBA, 1226 CRANBROOK DR, HIXSON, TN 37343 | |
| 10925 | PROF. AVV. ADRIANO VANZETTI, VIA F. DAVERIO, 6 - 20122, MILANO, MI 99999 | |
| 10925 | PROF. R. GORTE-DEPT. CHEM. ENGINEER, 220TH SOUTH ST., PHILADELPHIA, PA 19104 | |
| 10925 | PROF. TELECOMMUNICATIONS SER., 2119 BEECHMONT AVE., CINCINNATI, OH 45230 | |
| 10925 | PROF.DOTT FERDINANDO, 22 CORSO, MILAN, MI 33763 | |
| 10925 | PROF.GIAN FRANCO PREGAGLIA, SETTIMA STRADA NO21, MILANO SAN FELICE, 20090ITALY | *VIA Deutsche Post* |
| 10925 | PROFESSIONAL ABATEMENT SERVICES, PO BOX 824, MAULDIN, SC 29662 | |
| 10925 | PROFESSIONAL ANSWERING SERVICE, 4175 FIRST ST, LIVERMORE, CA 94550 | |
| 10925 | PROFESSIONAL AUTOMOTIVE, 4737 COMMON ST., LAKE CHARLES, LA 70605 | |
| 10925 | PROFESSIONAL CAREER DEVELOPMENT, 430 TECHNOLOGY PKWY, NORCROSS, GA 30092 | |
| 10925 | PROFESSIONAL CARGO, PO BOX 9244, WICHITA, KS 67277 | |
| 10925 | PROFESSIONAL CLERICAL SERVICES, 1226 CRANBROOK DRIVE, HIXSON, TN 37343 | |
| 10925 | PROFESSIONAL COFFEE SERVICE INC, POBOX 516, MAULDIN, SC 29662 | |
| 10925 | PROFESSIONAL CONSULTING & COMPUTING, PO BOX 601, MAYNARD, MA 01754 | |
| 10925 | PROFESSIONAL CONTROLS CORP., PO BOX 130, GERMANTOWN, WI 53022 | |
| 10925 | PROFESSIONAL COPIER SERVICES, INC, 1188 LAKE VICTORIA DR. #C, WEST PALM BEACH, FL 33411 | |
| 10924 | PROFESSIONAL DENT THERAPEUTICS, 633 LAWRENCE STREET, BATESVILLE, AR 72501 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 PROFESSIONAL DEVELOPMENT GROUP INC, PO BOX 986, FRAMINGHAM, MA 01701

10925 PROFESSIONAL DEVELOPMENT, PO BOX 986, FRAMINGHAM, MA 01701

10925 PROFESSIONAL DOOR SYSTEMS INC, POBOX 1408, SHEBOYGAN, WI 53082-1408

10925 PROFESSIONAL DRIVERS, INC, PO BOX 910596, DALLAS, TX 75391

10925 PROFESSIONAL ENGINEERING ASOC., 8007 VINECREST AVE, LOUISVILLE, KY 40222

10925 PROFESSIONAL GARAGE DOOR SYSTEMS, 925 KOONCE RD., LAKE CHARLES, LA 70611

10925 PROFESSIONAL GRAPHICS MGMT., 385 BROAD ST, WEYMOUTH, MA 02188-4103

10925 PROFESSIONAL HEALTH SERVICES INC, 83 S EAGLE RD, HAVERTOWN, PA 19083

10925 PROFESSIONAL HEALTH SERVICES INC., 83 S. EAGLE RD., HAVERTOWN, PA 19083

10925 PROFESSIONAL HEALTH SERVICES, INC, 83 S EAGLE RD, HAVERTOWN, PA 19083

10925 PROFESSIONAL HEALTH SERVICES, INC, 83 SOUTH EAGLE ROAD, HAVERTOWN, PA 19083

10924 PROFESSIONAL HOSPITAL SUPPLY, 2373 N. WATNEY WAY, FAIRFIELD, CA 94533

10924 PROFESSIONAL HOSPITAL SUPPLY, 41980 WINCHESTER ROAD, TEMECULA, CA 92590

10924 PROFESSIONAL MEDICAL BLDG., WEAVER CONST, 1002 NORTH CHURCH ST., GREENSBORO, NC 27401

10924 PROFESSIONAL PAINT SUPPLY, 42 JEFRY LANE, HICKSVILLE, NY 11801

10925 PROFESSIONAL PLASTICS, 740 MONROE WAY, PLACENTIA, CA 92670

10924 PROFESSIONAL POOLS, INC., 2110 TIMBER DRIVE, QUINTON, VA 23141

10925 PROFESSIONAL PROTECTION SECURITY, PO BOX 890248, OKLAHOMA CITY, OK 73189

10925 PROFESSIONAL RESOURCES INC, 1041 STERLING RD STE 206, HERNDON, VA 22070

10925 PROFESSIONAL RESOURCES, INC, 1033 STERLING RD., STE 204, HERNDON, VA 20170

10925 PROFESSIONAL SECRETARIES INTERNATIO, PO BOX 413740, KANSAS CITY, MO 64141-3740

10925 PROFESSIONAL SECRETARIES, PO BOX 263-818, KANSAS CITY, MO 61493-0818

10925 PROFESSIONAL SECRETARIES, POBOX 20404, KANSAS CITY, MO 64195-0404

10925 PROFESSIONAL SERVICE INDUSTRIES, 2710 WEST 5TH AVE, EUGENE, OR 97402

10925 PROFESSIONAL SERVICE, PO BOX 71168, CHICAGO, IL 60694-1168

10925 PROFESSIONAL SHORTHAND REPORTERS, 1615 PAN AMERICAN LIFE CENTER, NEW ORLEANS, LA 70130

10925 PROFESSIONAL TECHNOLOGIES, INC, A DIVISION OF PROFESSIONAL MFG INC, 120 CAPOTE OAKS DRIVE, SEGUIN, TX 78155

10925 PROFESSIONAL TRANSLATORS, 1801 S FLAGLER DR., WEST PALM BEACH, FL 33401

10925 PROFESSIONAL TRANSLATORS, 1801 S. FLAGLER DR. #1811, WEST PALM BEACH, FL 33401

10925 PROFESSIONAL TRANSPORTATION SERVICE, 1910 EAST WATERLOO ROAD, AKRON, OH 44312

10924 PROFESSIONAL URETHANE, C/O FOAM ENTERPRISES, SCHERERVILLE, IN 46375

10924 PROFESSIONAL WALL BUILDER, P.O. BOX 2131, IOWA CITY, IA 52244

10924 PROFESSIONAL WALL BUILDERS, UNIVERSITY OF IOWA - EYE INSTITUTE, IOWA CITY, IA 52240

10925 PROFESSOR DR.-ING PETER SCHIEBL, BAUMBACHSTRABE 7, MUNCHEN, 81245GERMANY    *VIA Deutsche Post*

10925 PROFESSOR HAMLIN M. JENNINGS, 2145 SHERIDAN RD., EVANSTON, IL 60208-3109

10925 PROFESSOR STANISLAW PENCZEK, MACROMOLECULAR STUDIES, LODZ, UL SIENKIEWICZA 112, 90-363

10925 PROFESSOR THOMAS B. METZLOFF, PO BOX 90360, DURHAM, NC 27708-0360

10925 PROFESSOR VICTOR C. LI, 2326 G.G. BROWN BLDG/UN MICH, ANN ARBOR, MI 48109-2125

10925 PROFETA JT TEN, SHIRLEY A & JOHN, 1055 W 11TH ST, SAN PEDRO, CA 90731-3563

10925 PROFFER, DORA, 36018 VERDANT CIRCLE, FARMINGTON HILLS, MI 48335

10925 PROFIS, ELEANOR, 74 FOUNTAIN ROAD, ARLINGTON, MA 02174

10925 PROFIT, CATHERINE, 219-17 JAMAICA AVE., QUEENS VILLAGE, NY 11428

10925 PROFIT, EDWARD, 2921 VEVA DRIVE, PEARLAND, TX 77584

10925 PROFIT, RODNEY, 3500 PELHAM PLACE APT, 111, GREENVILLE, SC 29615

10925 PROFITT, DONNA, 701 FOREST HAVEN, EDISON, NJ 08871

10925 PROFLAME, 1155 N 15TH ST, SAN JOSE, CA 95112

10924 PRO-FORDYCE CONCRETE, NASCAR PLANT, 1501 NORTH 110 STREET, KANSAS CITY, KS 66111

10924 PRO-FORDYCE, PO BOX25348, OVERLAND PARK, KS 66225

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PRO-FORM LABORATORIES, 1910 MARK COURT, CONCORD, CA 94520 | |
| 10924 | PRO-FORM LABORATORIES, 2200 LAPHAM DRIVE #3, MODESTO, CA 95357-8789 | |
| 10925 | PROFOUND, PO BOX 751193, CHARLOTTE, NC 28275-1193 | |
| 10925 | PROGAS, PO BOX 21406, SAN JUAN, PR 00928-1406 | |
| 10925 | PROGEN, WILLIAM, 8 LILAC COURT, ACTON, MA 01720-4406 | |
| 10925 | PROGEP, 18 CHEMIN DE LA LOGE, TOULOUSE, 31078FRANCE | *VIA Deutsche Post* |
| 10925 | PROGRAMMED COMPOSITES INC, 250 KLUG CIRCLE, CORONA, CA 92880-5409 | |
| 10924 | PROGRESS ELECTRIC SUPPLY INC., 208 PARK ROAD NORTH, WYOMISSING, PA 19610 | |
| 10925 | PROGRESS LIGHTING CO, JEFF PICKENS DIR OF PURCH, 101 CORPORATE DR SUITE L, SPARTANBURG, SC 29303-5007 | |
| 10925 | PROGRESS MECHANICAL, 7 MAPLE AVE, NEWTON, NH 03558 | |
| 10925 | PROGRESS MECHANICAL, 7 MAPLE AVE, NEWTON, NH 03858 | |
| 10924 | PROGRESS PAINT MFG CO., 201 E MARKET STREET, LOUISVILLE, KY 40202 | |
| 10924 | PROGRESS PAINT MFG CO., 826 W MAIN STREET, LOUISVILLE, KY 40202 | |
| 10924 | PROGRESS PAINT MFG CO., PO BOX33188, LOUISVILLE, KY 40232 | |
| 10925 | PROGRESS PLASTICS, INC, PO BOX 1816, AUBURNDALE, FL 33823-1816 | |
| 10925 | PROGRESS PUBLISHING, 531 MAIN ST SUITE 1155, EL SEGUNDO, CA 90245 | |
| 10925 | PROGRESS PUMP & MACHINE SERVICES, 918 KENNEDY AVE, SCHERERVILLE, IN 46375 | |
| 10924 | PROGRESSIVE - BLDG.#2, 320 SOM CENTER RD., MAYFIELD VILLAGE, OH 44143 | |
| 10924 | PROGRESSIVE ADHESIVES INC., 5300 COMMAND DRIVE, MEMPHIS, TN 38118 | |
| 10924 | PROGRESSIVE BUILDING 3, 300 NORTH COMMONS BOULEVARD, MAYFIELD VILLAGE, OH 44143 | |
| 10925 | PROGRESSIVE BUS. PUBLICATIONS, 370 TECHNOLOGY DR, MALVERN, PA 19355 | |
| 10925 | PROGRESSIVE BUSINESS PUBLICATIONS, 370 TECHNOLOGY DR, MALVERN, PA 19355 | |
| 10925 | PROGRESSIVE BUSINESS PUBLICATIONS, PO BOX 3019, MALVERN, PA 19355 | |
| 10925 | PROGRESSIVE BUSINESS PUBLICATIONS, PO BOX 3019, MALVERN, PA 19355-3019 | |
| 10925 | PROGRESSIVE BUSINESS PUBLICATIONS, PO BOX 992, VESTAL, NY 13851 | |
| 10925 | PROGRESSIVE CONCEPTS INC, POBOX 961027, FORT WORTH, TX 76161-0027 | |
| 10925 | PROGRESSIVE CONCEPTS, INC, 3201 W. AIRPORT FREEWAY, #109, IRVING, TX 75062 | |
| 10925 | PROGRESSIVE CONCEPTS, INC, PO BOX 961027, FORT WORTH, TX 76161-0027 | |
| 10924 | PROGRESSIVE CONSTRUCTION, 15811 E.MERCER PLACE, AURORA, CO 80013 | |
| 10924 | PROGRESSIVE CONSTRUCTION, CAMBRIDGE, MA 02140 | |
| 10925 | PROGRESSIVE CONSTRUCTORS INC, 9000 CONSTRUCTION PLACE, LITTLE ROCK, AR 72206 | |
| 10924 | PROGRESSIVE CONTRACTORS, 6TH & SHAW LANE, AGRA, KS 67621 | |
| 10924 | PROGRESSIVE CONTRACTORS, INC., 14123 42ND STREET NE, SAINT MICHAEL, MN 55376 | |
| 10925 | PROGRESSIVE CRANE INC, 13721 BENNINGTON AVE, CLEVELAND, OH 44135 | |
| 10924 | PROGRESSIVE INK COMPANY, 148 INDUSTRIAL PARK DRIVE, ROCKINGHAM, NC 28379 | |
| 10924 | PROGRESSIVE INK COMPANY, PO BOX 191670, SAINT LOUIS, MO 63119-7670 | |
| 10924 | PROGRESSIVE INK COMPANY, PO BOX 2116, ROCKINGHAM, NC 28379 | |
| 10924 | PROGRESSIVE INK- DO NOT USE, PO BOX 191670, SAINT LOUIS, MO 63119-7670 | |
| 10924 | PROGRESSIVE INK- DO NOT USE, PO BOX 220, SHERIDAN, AR 72150 | |
| 10924 | PROGRESSIVE INK PRODUCTS, 104 NATIONAL DRIVE, ANNISTON, AL 36201 | |
| 10924 | PROGRESSIVE INK, ., 104 NATIONAL DRIVE, ANNISTON, AL 36201 | |
| 10924 | PROGRESSIVE INK, 2334 FRANKLIN DRIVE, FORT WORTH, TX 76106 | |
| 10924 | PROGRESSIVE INK, 2985 N. MARINE DRIVE WEST, PORTLAND, OR 97217 | |
| 10924 | PROGRESSIVE INK, 4150 CARR LANE CT, SAINT LOUIS, MO 63119 | |
| 10924 | PROGRESSIVE INK, 801-U BLACKLAWN ROAD, CONYERS, GA 30012 | |
| 10924 | PROGRESSIVE INK, PO BOX 191670, SAINT LOUIS, MO 63119-7670 | |
| 10924 | PROGRESSIVE INSURANCE, 320 SOM CENTER RD (RT. 91), MAYFIELD VILLAGE, OH 44143 | |
| 10925 | PROGRESSIVE MACHINING INC, 200 KERNS AVE, GREENVILLE, SC 29609 | |
| 10925 | PROGRESSIVE METHODS INC, 308 W PONCE DE LEON AVE, DECATUR, GA 30030 | |
| 10925 | PROGRESSIVE NETWORKS, INC, 3701 COMMERCE DR., STE. 107A, BALTIMORE, MD 21227 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    PROGRESSIVE PUBLICATIONS INC, 16161 VENTURA BLVD SUITE 402, ENCINO, CA 91436

10925    PROGRESSIVE PUMPS, PO BOX 73108, HOUSTON, TX 77273-3108

10924    PROGRESSIVE ROOFING, 23 NORTH 35TH AVE., PHOENIX, AZ 85009

10924    PROGRESSIVE ROOFING/HEARD MUSEUM, 22 E. MONTE VISTA RD., PHOENIX, AZ 85019

10924    PROGRESSIVE ROOFING/PRESCOTT H.S., 1050 RUTH ST., PRESCOTT, AZ 86301

10925    PROGRESSIVE SERVICE DIE CO., PO BOX 790051, SAINT LOUIS, MO 63179

10925    PROGRESSIVE SERVICE DIE COMPANY, PO BOX 790051, SAINT LOUIS, MO 63179

10925    PROGRESSIVE SWEEPING, 455 TERMINAL RD, TOLEDO, OH 43612-3711

10924    PROGRESSIVE WEATHERPROOFING, INC., 33 RANSIER DRIVE, WEST SENECA, NY 14224

10925    PROIETTO PAINTING, 4800 NORTHEAST TENTH AVE, FORT LAUDERDALE, FL 33334

10924    PROJECT 777, C/O WESTSIDE BUILDING MATERIALS, 100 UNIVERSITY CITY PLAZA, LOS ANGELES, CA 90001

10924    PROJECT 777, C/O WESTSIDE BUILDING MATERIALS, UNIVERSAL CITY, CA 91608

10925    PROJECT ASSOCIATES, PO BOX 15395, EVANSVILLE, IN 47716-0395

10924    PROJECT C, RDA, RENO, NV 89501

10924    PROJECT C, RENO, NV 89501

10924    PROJECT C, UNIVERSAL ROOFERS, RENO, NV 89500

10924    PROJECT C., RDA, RENO, NV 89512

10925    PROJECT CHALLENGE, 8306 MILLS DR #190, MIAMI, FL 33183

10925    PROJECT CONTROL COMPANIES INC., 239 LITTLETON RD STE. 4A, WESTFORD, MA 01886

10924    PROJECT FLEX TEMP A/R CUSTOMER, W.R. GRACE & CO.-CONN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    PROJECT LITERACY, 300 ESTUDILLO AVE., SAN LEANDRO, CA 94577

10925    PROJECT MANAGEMENT CONSULTANTS, INC, PO BOX 15314, CHATTANOOGA, TN 37415

10925    PROJECT MANAGEMENT CONSULTANTS, PO BOX 15314, CHATTANOOGA, TN 37415

10925    PROJECT MANAGEMENT INST., 130 SOUTH STATE ROAD, UPPER DARBY, PA 19082

10925    PROJECT RESOURCES, 3080 OGDEN AVE SUITE 104, LISLE, IL 60532

10925    PROJECT RESOURCES, 98 WEST 63RD ST. SUITE 336, WILLOWBROOK, IL 60514

10925    PROJECT SQUARE 221, PO BOX 95147, NEW ORLEANS, LA 70195

10925    PROJECTS UNLIMITED, 3680 WYSE RD, DAYTON, OH 45414

10925    PROJECTS UNLIMITED, PO BOX 14538, DAYTON, OH 45413

10925    PROKOP, ALFRED, 10 DEERMEADOW ROAD, ANDOVER, MA 01908-9999

10925    PROKOS, FRANK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    PROKOS, FRANK, 9 PINEGROVE AVE, BILLERICA, MA 01821

10925    PROKOS, RANDY, 9 PINE GROVE AVE, BILLERICA, MA 01821

10925    PROKSA, DONALD, 522 FOREST DR SE, CEDAR RAPIDS, IA 52403

10925    PROKSEL, JANET, 10510 CEDAR ISLAND, OMAHA, NE 68123

10925    PRO-LIFT HANDLING & STORAGE EQUIPME, 3731 BLACKBERRY LANE, ELLICOTT CITY, MD 21042

10925    PRO-LIFT HANDLING &, 3731 BLACKBERRY LANE, ELLICOTT CITY, MD 21042-1251

10924    PRO-LINE PAINT MANUFACTURING CO., 2646 MAIN STREET, SAN DIEGO, CA 92113

10925    PRO-LINK FENCE CO, POBOX 310, ROY, UT 84067

10925    PROM MANAGEMENT GROUP INC, 190 NORTH SMITH AVE, SAINT PAUL, MN 55102

10925    PROM MANAGEMENT GROUP, INC, 2002 US SENIOR OPEN, 484 INWOOD AVE, OAKDALE, MN 55128

10925    PROMARK ASSOCIATES INC, 2656 BROADWAY AVE, EVANSTON, IL 60201-1502

10924    PROMATEC, P.O. BOX 309, CYPRESS, TX 77429

10925    PROMEDICAL LLC, PO BOX 620126, NEWTON LOWER FALLS, MA 02162-0126

10924    PROMEGA CORPORATION, 2800 WOODS HOLLOW ROAD, MADISON, WI 53711

10924    PROMEGA CORPORATION, 2800 WOODS HOLLW ROAD, MADISON, WI 53711

10924    PROMEGA CORPORATION, 5445 EAST CHERYL PARKWAY, MADISON, WI 53711

10924    PROMENADE @ BONITA BAY, BUILDING F, BONITA SPRINGS, FL 34135

10924    PROMINADE MALL, C/O TRUE FIREPROOFING, 41ST AND YALE, TULSA, OK 74105

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PROMOCIONES INDUSTRIALES C POR A, KM. 12.5, SANTO DOMINGO, SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | PROMOTIONAL PRODUCTS MFG INC, 337 EVANS AVENUE, TORONTO ONTARIO, ON M3Z 1K2TORONTO | *VIA Deutsche Post* |
| 10925 | PROMOTIVATION CONCEPTS, 84 CYNTHIA RD, NEWTON, MA 02159 | |
| 10924 | PRONK BROTHERS READY MIX, BOX 367, LEOTA, MN 56153 | |
| 10925 | PRONOVOST, JACQUELINE, 27 E BULGER AVE, NEW MILFORD, NJ 07646 | |
| 10925 | PRONTO CIRCUIT TECHNOLOGIES, 3000-5 N W 25TH AVE, POMPANO BEACH, FL 33069 | |
| 10925 | PROOF MANAGEMENT CONSULTANTS, 2727 BUFORD ROAD, SUITE B, RICHMOND, VA 23235 | |
| 10925 | PRO-PAC CORP, 118 MEISTER AVE, BRANCHBURG, NJ 08876 | |
| 10925 | PROPAK MATERIALS, 245 CRESCENT THERESE, ST JOSEPH DU LAC, QC J0M 1M0CANADA | *VIA Deutsche Post* |
| 10925 | PROPAK MATERIALS, 410 BOILEAU, ST EUSTACHE, QC J7R 4R7CANADA | *VIA Deutsche Post* |
| 10925 | PROPANE POWER CORPORATION, PO BOX 1748, PARAMUS, NJ 07653-1748 | |
| 10925 | PROPERTY CARE OF WEST ORANGE, PO BOX 2191, WINDERMERE, FL 34786-2191 | |
| 10925 | PROPERTY DESCRIPTION OFFICE, 127 E OAK ST, JUNEAU, WI 53039 | |
| 10925 | PROPEST, JONATHON, 2306 ROCKHILL, WICHITA FALLS, TX 76306 | |
| 10925 | PROPOSITIONS INC, 175 CALIFORNIA ST, NEWTON, MA 02458 | |
| 10925 | PROPST & SONS, 107 MOUNTAIN RD.,STE. N, PASADENA, MD 21122 | |
| 10924 | PROPST POOLS, 1203 PAGE, DEXTER, MO 63841 | |
| 10925 | PROPST, MARGARET, 2629 B5 US 70 E, VALDESE, NC 28690 | |
| 10925 | PROPST, SHAROLYN, 224 HICKORY POINT RD, PASADENA, MD 21122 | |
| 10924 | PROPYSOL S.A. DE C.V., MPO. DE TEOLOYUCAN, 54770 EDO. DE MEX., MEXICO, 54770 EDO. DE MEX., 99999MEXICO | *VIA Deutsche Post* |
| 10924 | PROQUINAL S.A., CALLE 11 #31, SANTAFE DE BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | PROQUINAL S.A., CALLE 11 #31-50, SANTAFE DE BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | PROQUINAL S.A., CALLE 11, #31-50, SANTA FE DE BOGATA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | PROQUIP INC, C/O PROQUIP, INC., 418 SHAWMUT AVE., LA GRANGE, IL 60525 | |
| 10925 | PROQUIP INC., 418 SHAWMUT AVE, LA GRANGE, IL 60525 | |
| 10925 | PRO-QUIP INCORPORATED, 418 SHAWMUT AVE, LA GRANGE, IL 60525 | |
| 10925 | PROQUIRE LLC., PO BOX 70071, CHICAGO, IL 60673-0071 | |
| 10924 | PROSAFETY , INC., 2220 LANDMEIER, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | PROSAFETY , INC., 5805 WEST HEMLOCK STREET, MILWAUKEE, WI 53223 | |
| 10925 | PROSCHE ENG SALES, PO BOX 256, NAPERVILLE, IL 60540 | |
| 10924 | PROSCO PRODUCTS, INC., LUKER ROAD, CORTLAND, NY 13045 | |
| 10924 | PROSCO PRODUCTS, INC., PO BOX 629, CORTLAND, NY 13045-0629 | |
| 10925 | PROSERIES ORDER PROCESSING, PO BOX 513135, LOS ANGELES, CA 90051-1135 | |
| 10924 | PROSET SYSTEMS, 1355 CAPITAL CIR, LAWRENCEVILLE, GA 30043 | |
| 10925 | PROSKAUER ROSE GOETZ & MENDELSOHN, 2255 GLADES ROAD, BOCA RATON, FL 33431 | |
| 10925 | PROSKAUER ROSE GOETZ &, 2255 GLADES RD STE 340W, BOCA RATON, FL 33431-7360 | |
| 10925 | PROSKINE, SALLIE, 633 PARK ST, MONONGAHELA, PA 15063 | |
| 10925 | PROSPEC 2000, 9311 SE 36TH #110, MERCER ISLAND, WA 98040 | |
| 10925 | PROSPECT INDUSTRIES CORPORATION, 1202 AIRPORT ROAD, NORTH BRUNSWICK, NJ 08902 | |
| 10924 | PROSPECT WATERPROOFING COMPANY, 118 ACACIA LANE, STERLING, VA 20166-9307 | |
| 10925 | PROSPERIE, DONNA, 203 N SOUTHLAND CIRCLE, HOUMA, LA 70364 | |
| 10925 | PROSS, ANDREW, 1452 VIOLA COURT, BRICK, NJ 08724 | |
| 10925 | PROSS, JEFFERY, 214 LOCUST, ATLANTIC, IA 50022 | |
| 10924 | PROSSER MEMORIAL HOSPITAL, 723 MEMORIAL STREET, PROSSER, WA 99350 | |
| 10925 | PROSSER, BURLEIGH, 58 NORTH HIGH ST, FOXBORO, MA 02035 | |
| 10924 | PROSSER, G.W. COMPANY, 1300 WEST SOUTH 5TH STREET, SHELBYVILLE, IL 62565 | |
| 10924 | PROSSER, G.W. COMPANY, P.O. BOX 558, SHELBYVILLE, IL 62565-0287 | |
| 10925 | PROSSER, JANICE, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | PROSSER, JANICE, 9114 COVE POINT ROAD, BALTIMORE, MD 21219 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PROSSER, TODD, 1812 ROOSEVELT ST, WAUSAU, WI 54401

10925   PROST, CHERYL, PO BOX 408, SHREVE, OH 44676

10925   PRO-STAFF PERSONNEL SERVICES, PO BOX 86, MINNEAPOLIS, MN 55486-1027

10925   PROSTKO, JEFFREY, 1806 E. BASSWOOD LN., MT PROSPECT, IL 60056

10925   PROSTOP, 543 N CLEVELAND AVE, SAINT PAUL, MN 55114

10925   PROTA, JAMES A., 183 STONY CREEK RD, BRANFORD, CT 06405

10925   PROTAS & SPIVOK, CHARTERED, 6707 DEMOCRACY BLVD.,, BETHESDA, MD 20817-1129

10925   PROTEAU, ROBERT, 3437 E WESTRIDGE, ORANGE, CA 92667

10924   PRO-TEC FIREPROOFING INC, 24905 N.E.10TH AVE, RIDGEFIELD, WA 98642

10925   PROTECH COMPUTER GROUP INC., 143 FIRST ST, BATAVIA, IL 60510

10924   PRO-TECH FIREPROOFING INC., 24905 N.E. 10TH AVE., RIDGEFIELD, WA 98642

10924   PROTECH SYSTEMS INC, 26 GANSEVOORT ST, ALBANY, NY 12202

10924   PROTECH SYSTEMS, INC., CAMBRIDGE, MA 02140

10925   PRO-TECH, 11164 YOUNG RIVER AVE, FOUNTAIN VALLEY, CA 92708

10925   PRO-TECH, 17371 MT WYNNE CIRCLE, FOUNTAIN VALLEY, CA 92708

10924   PRO-TECH, 416 HOME AVENUE, MARYVILLE, TN 37801

10924   PRO-TECH, PO BOX6286, MARYVILLE, TN 37801

10925   PROTECHNICS INTERNATIONAL INC., 6316 WINDFERN ROOM 310, HOUSTON, TX 77040

10924   PRO-TECT OF CONN., INC., 141 AVENUE OF INDUSTRY, WATERBURY, CT 06705

10924   PRO-TECT OF CONNECTICUT INC, 141 AVE OF IND.REAR, WATERBURY, CT 06705

10925   PROTECTION CONTROLS INC, PO BOX 287, SKOKIE, IL 60076-0287

10925   PROTECTION CONTROLS, INC, PO BOX 287, SKOKIE, IL 60076-0287

10925   PROTECTIVE CLOSURES CO., PO BOX 96028, CHICAGO, IL 60693

10925   PROTECTIVE LINING CORP., 601 - 39TH ST., BROOKLYN, NY 11232

10925   PROTECTIVE OPTICS, BOX 78068, MILWAUKEE, WI 53278-0068

10925   PROTECTIVE PACKAGING, POBOX 3321, ALLENTOWN, PA 18106-3321

10925   PROTECTOSEAL CO, THE, PO BOX 95588, CHICAGO, IL 60694-5588

10925   PROTECTOSEAL COMPANY, THE, PO BOX 95588, CHICAGO, IL 60694

10925   PROTECTOSEAL, POBOX 95588, CHICAGO, IL 60694

10924   PROTEIN RESOURCES, INC., 105 130 TH ST. (COUNTY RD B63), WEST BEND, IA 50597

10924   PROTEIN TECH INT'L, ATTN: PURCHASING, N 1725 805TH STREET, HAGER CITY, WI 54014-8147

10925   PROTEK DEVICES, 2929 SOUTH FAIR LANE, TEMPE, AZ 85282

10925   PROTEK DEVICES, PO BOX 3129, TEMPE, AZ 85280

10925   PRO-TEK ENVIRONMENTAL MANAGEMENT, 112 CONSUMER LANE, FRANKFORT, KY 40601

10925   PRO-TEMPO INC, STOP 23, SANTURCE, PR 00909PUERTO RICO                    **\*VIA Deutsche Post\***

10925   PROTERRA PROPERTIES INC, 2001 E RANDOL MILL RD, SUITE 101, ARLINGTON, TX 76011

10925   PROTHRO, CAROLINE, RTE. 5 BOX 454, NATCHITOCHES, LA 71457

10925   PROTO ENGINEERING, 183 COMMERCIAL ST, SUNNYVALE, CA 94086

10925   PROTO TECHNOLOGY, 55 GREEN ST, CLINTON, MA 01510

10924   PROTOTECH COMPANY, 32 FREMONT STREET, BOSTON, MA 02194

10924   PROTOTECH COMPANY, 44 FREMONT STREET, BOSTON, MA 02194

10925   PROTOTYPE CIRCUITS INCORPORATED, 2020 ELLESMERE RD UNITS 1-10, SCARBOROUGH, ON      **\*VIA Deutsche Post\***
        M1H 2Z8CANADA

10924   PROTRADE INTERNATIONAL CORPORATION, GCT, SAVANNAH, GA 31407

10924   PROTRADE INTERNATIONAL CORPORATION, PO BOX 2921, REDMOND, WA 98052

10925   PROTZE, CHRISTOPHER, 125 SCITUATE ROAD, MASHPEE, MA 02649

10925   PROTZE, CHRISTOPHER, ONE FEDERAL ST, BOSTON, MA 02110

10925   PROTZE, HERMAN, 1 MILL ST, SHEBORN, MA 01770

10925   PROUD, BARBARA, 204 CLARENDON AVE, UNIONTOWN, PA 15401

10925   PROUD, VERNON, PO BOX 207, COAL CITY, IL 60416

10925   PROUDLEY, JENNIFER, 4196 GORMAN AVE, ENGLEWOOD, OH 45322

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PROUGH, LARRY, 4106 MORRISON ROAD NW, RAPID CITY, MI 49676

10924   PROULX BUILDING MATERIALS, 3275 S.W. 42ND STREET, FORT LAUDERDALE, FL 33312

10925   PROULX, THERESA, 4 DAY ST, CAMBRIDGE, MA 02140-1204

10925   PROUSE, STEVE, 3512 E BROADWAY #921, PEARLAND, TX 77581

10925   PROUTY JR, DAYTON L, CUST FOR STEVE E PROUTY UNDER, MICH UNIF GIFTS MIN ACT, C/O MIDDLESEX COMM COLLEGE, SPRINGS ROAD, BEDFORD, MA 01730

10925   PROUTY, DANNY, 1644 MALLARD RD, DE PERE, WI 54115-9622

10925   PROVALCO, 1777 UPLAND SUITE 103, HOUSTON, TX 77043

10924   PROVAST AVENUE, PROVAST AVENUE, NEW YORK, NY 10001

10925   PROVEN PRODUCTS AND SERVICES INC, POBOX 2704, HUNTINGTON BEACH, CA 92647

10925   PROVENCHER, KATHLEEN, 2871 S. 10TH ST, A, MILWAUKEE, WI 53215

10925   PROVENCHER, LISA, 50 CEDAR ST, TAUNTON, MA 02780

10924   PROVENZANO BROS, 1850 DE LA CRUZ BLVD., SANTA CLARA, CA 95052

10924   PROVENZANO BROS, CAMBRIDGE, MA 02140

10924   PROVENZANO BROS., 1850 DE LA CRUZ BLVD., SANTA CLARA, CA 95052

10925   PROVIA SOFTWARE, 5460 CORPORATE GROVE BLVD SE, GRAND RAPIDS, MI 49512-5500

10925   PROVIA SOFTWARE, 5460 CORPORATES GROVE BLVD., S.E., GRAND RAPIDS, MI 49512

10924   PROVIDENCE COMMONS, FN THOMPSON CONSTRUCTION, 10720 SIKES PLACE, CHARLOTTE, NC 28277

10924   PROVIDENCE ELECTRIC, 3473 GERMANTOWN PIKE, COLLEGEVILLE, PA 19426

10924   PROVIDENCE ELM-OPERATIONS, ANCHORAGE, AK 99501

10925   PROVIDENCE ENVIRONMENTAL INC, PO BOX 290397, COLUMBIA, SC 29229-0007

10925   PROVIDENCE FIRE FIGHTERS LOCAL #799, 609 CHARLES ST, PROVIDENCE, RI 02904

10924   PROVIDENCE HIGH SCHOOL, C/O ROOFING SYSTEMS, CHARLOTTE, NC 28270

10924   PROVIDENCE HOSPITAL, 16009 W 9 MILE ROAD, SOUTHFIELD, MI 48075

10924   PROVIDENCE HOSPITAL, 47601 GRAND RIVER AVE, NOVI, MI 48374

10924   PROVIDENCE HOSPITAL, 47601 GRAND RIVER, NOVI, MI 48374

10924   PROVIDENCE HOSPITAL, NORTHWEST, TOPPENISH, WA 98948

10924   PROVIDENCE HOSPITAL, SEATTLE, WA 98107

10924   PROVIDENCE MALL, FRANCIS ST. & W. EXCHANGE, PROVIDENCE, RI 02905

10924   PROVIDENCE MALL, FRANCIS STREET & W. EXCHANGE, PROVIDENCE, RI 02905

10924   PROVIDENCE NORTH EAST, C/O WARCO CONSTRUCTION, 120 GATEWAY CORPORATE BLDG., COLUMBIA, SC 29203

10925   PROVIDENCE REES, 2111 BUILDERS PLACE, COLUMBUS, OH 43204

10924   PROVIDENT CENTER, CINCINNATI, OH 45200

10925   PROVIDIAN LIFE AND HEALTH, TWO HOPKINS PLAZA, BALTIMORE, MD 21201-2978

10925   PROVIEW, 101 W WORTHINGTON AVE #100, CHARLOTTE, NC 28203

10925   PROVINCE, MARTIN, 5420 E. 22ND, # 1, WOOWARD, OK 73801

10925   PROVOST, EDMOND, 25 LENN ROAD, SPRINGFIELD, MA 01118

10925   PROWEST, 310 W ORANGETHORPE AVE, PLACENTIA, CA 92870

10925   PROWORKS OCCUPATIONAL HEALTH CARE, 500 SCOTT ST, WILKES-BARRE, PA 18702

10924   PROXIM INC, 295 N BERNARDO AVE, MOUNTAIN VIEW, CA 94043

10925   PROXIMA, 9440 CARROLL PARK DR, SAN DIEGO, CA 92121

10925   PROXIMITY, PO BOX 1008, BURLINGTON, VT 05402-1008

10925   PRT TELEFONICA, PO BOX 71401, SAN JUAN, PR 00936-8501

10925   PRUDE, H, 1394 PERSON AVE., MEMPHIS, TN 38106

10925   PRUDE, RUBY, 1394 E PERSON AVE, MEMPHIS, TN 38106-6905

10925   PRUDENT PUBLISHING CO, PO BOX 360, RIDGEFIELD PARK, NJ 07660-0360

10925   PRUDENT PUBLISHING COMPANY, PO BOX 360, RIDGEFIELD PARK, NJ 07660-0360

10925   PRUDENT, JANE, 7601 HAMLET ST, SPRINGFIELD, VA 22151

10925   PRUDENTE, JANE, 4425 SIERRA MADRE, RENO, NV 89502

10924   PRUDENTIAL CENTER C/O EAST COAST, 800 BOYLSTON STREET, BOSTON, MA 02199

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | PRUDENTIAL FLORIDA REALTY, 2301 W. GLADES ROAD, BOCA RATON, FL 33431 | |
| 10925 | PRUDENTIAL FLORIDA REALTY, THE, 2301 GLADES ROAD, BOCA RATON, FL 33431 | |
| 10925 | PRUDENTIAL HEALTHCARE, PO BOX 905579, CHARLOTTE, NC 28290-5579 | |
| 10924 | PRUDENTIAL OFFICE BUILDING, 200 WOOD AVENUE, WOODBRIDGE, NJ 07095 | |
| 10925 | PRUDENTIAL OVERALL SUPPLY CO, POBOX 11210, SANTA ANA, CA 92711 | |
| 10925 | PRUDENTIAL OVERALL SUPPLY, RICHARD H GLUCKSMAN, | |
| 10925 | PRUDENTIAL REALTY ESCROW ACCOUNT, BOCA RATON, FL 33487 | |
| 10925 | PRUDENTIAL RELOCATION, 200 SUMMIT LAKE DR, VALHALLA, NY 10595 | |
| 10925 | PRUDENTIAL RELOCATION, 200 SUMMIT LAKE DR., VALHALLA, NY 10595 | |
| 10925 | PRUDENTIAL RELOCATION, PO BOX 13697, NEWARK, NJ 07188 | |
| 10925 | PRUDENTIAL RELOCATION, PO BOX 13697, NEWARK, NJ 07188-0697 | |
| 10924 | PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02100 | |
| 10924 | PRUDENTIAL TOWER, BOYLSTON STREET, BOSTON, MA 02116 | |
| 10924 | PRUDENTIAL TUNNEL, CSX RAILYARD, ALLSTON, MA 02134 | |
| 10924 | PRUDENTIAL, 751 BROAD STREET, NEWARK, NJ 07108 | |
| 10925 | PRUDHOMME, MARY, 3104 SPRUCE TERRACE, ISLAND LAKE, IL 60042 | |
| 10925 | PRUDHOMME, THOMAS, 164 WALKER ST, NORTH ADAMS, MA 01247 | |
| 10925 | PRUE, KEVIN, 11531 BIG CREEK DR., BELTSVILLE, MD 20705 | |
| 10925 | PRUESS, GAIL, 1834 SHELLEY LANE, DE PERE, WI 54115 | |
| 10925 | PRUETT, ALANA, PO BOX 531, SPURGER, TX 77660 | |
| 10925 | PRUETT, JACK, 8101 EVERGREEN DR, LITTLE ROCK, AR 72227-5915 | |
| 10925 | PRUETT, JOHN, 623 MAIN ST, 33, WOBURN, MA 01801 | |
| 10925 | PRUETT, SHEREE, 14600 S W 20TH ST, FT LAUDERDALE, FL 33325 | |
| 10925 | PRUITT TRUCKING INC., PO BOX 630310, BALTIMORE, MD 21263-0310 | |
| 10925 | PRUITT, DARLA, 1719 LAKEWOOD BLVD., EULESS, TX 76039 | |
| 10925 | PRUITT, DONNY, 5025 ST. PAUL RD., MORRISTOWN, TN 37814 | |
| 10925 | PRUITT, FRED, 106 PINE LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | PRUITT, FRED, 196 MT VIEW, GRAY COURT, SC 29645 | |
| 10925 | PRUITT, JANICE, 10557 VALIJEAN AVE, GRANADA HILLS, CA 91344 | |
| 10925 | PRUITT, JUDITH, RT 3 BOX 184, VINTON, VA 24179 | |
| 10925 | PRUITT, JULIAN, 540 AIRPORT ROAD, GREER, SC 29651-9802 | |
| 10925 | PRUITT, KEVIN, 119-B MORNINGSIDE DRIVE, SENECA, SC 29678 | |
| 10925 | PRUITT, REBECCA, 12709 ROCA GRANDE, POWAY, CA 92064 | |
| 10925 | PRUITT, ROBERT, 1771 WORTHAM ROAD, DOUGLASVILLE, GA 30134 | |
| 10925 | PRUITT, ROBERT, 59 SOUTH ADELAIDE AVE, HIGHLAND PARK, NJ 08904 | |
| 10925 | PRUITT, TAMINIKA, 93 SHEPHARD AVE, TEANECK, NJ 07666 | |
| 10925 | PRUITT, TONY, 102 CARRIAGE LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | PRUITT, VINITA, 12913 TEAKWOOD DR, BAKER, LA 70714 | |
| 10925 | PRUNIER, EDWARD, 6 SUMMIT ST, FT. EDWARD, NY 12828 | |
| 10925 | PRUNTY, TERRI, 4612 RUNNYMEADE RD, OWINGS MILLS, MD 21117-6220 | |
| 10925 | PRUNUSKE, RUBEN, 509 ALAN DRIVE APT 3, MOUNT HOREB, WI 53572-1897 | |
| 10925 | PRUSS, DIANNE, 115 COVENTRY COURT, MIDLAND, MI 48642 | |
| 10925 | PRUSSIA, STEPHEN LEO, 554 HERMITAGE COURT, CONROE, TX 77302-3730 | |
| 10924 | PRUVEN CONCRETE CORP, P O BOX 85, DOVER, NH 03820 | |
| 10924 | PRUVEN CONCRETE CORP., DO NOT USE #, PLANT CLOSED, MAST RD., DOVER, NH 03820 | |
| 10924 | PRUVEN CONCRETE CORP., P.O. BOX 85, DOVER, NH 03820 | |
| 10925 | PRY, FRANCIS, ROUTE 5 BOX 293, SAND SPRINGS, TX 74063 | |
| 10925 | PRYOR GIGGEY CO, 10000 SANTA FE SPRINGS ROAD, SANTA FE, CA | |
| 10925 | PRYOR GIGGEY CO, 12393 SLAVSEN AVE, WHITTIEX, CA 90606 | |
| 10925 | PRYOR GIGGEY CO, THE, DEPT 824, DENVER, CO 80291-0824 | |
| 10925 | PRYOR RESOURCES INC, PO BOX 2951, SHAWNEE MISSION, KS 66201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PRYOR RESOURCES, INC, 2000 SHAWNEE MISSION PKWY., SHAWNEE MISSION, KS 66205

10925   PRYOR RESOURCES, INC, PO BOX 2951, SHAWNEE MISSION, KS 66201

10925   PRYOR, BILL, STATE HOUSE, 11 S UNION ST, MONTGOMERY, AL 36130

10925   PRYOR, DARRYL, 2701 PASADENA BLVD, PASADENA, TX 77502

10925   PRYOR, ERIN, 3253 DANMARK DR, WEST FRIENDSHIP, MD 21794

10925   PRYOR, JAMES, 3253 DANMARK DRIVE, W. FRIENDSHIP, MD 21794

10925   PRYOR, JAMES, 7500 GRACE DR., COLUMBIA, MD 21044

10925   PRYOR, JAMPA, 18 BOSTON AVE, SOMERVILLE, MA 02144

10925   PRYOR, MARK, 200 TOWER BLDG, 323 CENTER ST, LITTLE ROCK, AR 72201-2610

10925   PRYTZ, VERNON, 902 HERBERT #7, PASADENA, TX 77506

10925   PRZYBYCIEN, KENT, ROUTE 4 BOX 35, WILLISTON, ND 58801

10925   PRZYBYLSKI, KARYN, 39 WANDA AVE., CHEEKTOWAGA, NY 14211

10925   PRZYDROZNY, TOMASZ, 205 EAST 14TH ST, NEW YORK, NY 10003

10925   PRZYWARA, GARY, 4712 MADISON, DEARBORN HEIGHTS, MI 48125

10924   PS 102X, 1827 ARCHER STREET, BRONX, NY 10475

10924   PS 152, 2310 GLENWOOD ROAD, BROOKLYN, NY 11211

10924   PS 176, 4848 BROADWAY AND 204TH ST, BROOKLYN, NY 11200

10924   PS 212, 83RD STREET BETWEEN 34TH & 35TH, JACKSON HEIGHTS, NY 11370

10924   PS 217, CONEY ISLAND AVE, BROOKLYN, NY 11200

10924   PS 22, ST MARKS & CLASSON AVE, BROOKLYN, NY 11220

10924   PS 244, BEVERLY ROAD, BROOKLYN, NY 11200

10924   PS 43, SEAGIRT AVENUE & BEACH, FAR ROCKAWAY, NY 11691

10924   PS 54, WEBSTER AVE AND 194TH ST, NEW YORK, NY 10001

10924   PS111, 37-15 13TH STREET, LONG ISLAND CITY, NY 11101

10924   PS32, 123 COLES, JERSEY CITY, NJ 07305

10925   PSA AIRLINES INC, 3400 TERMINAL DRIVE, VANDALIA, OH 45377

10925   PSA, INC, DEPT. 8028, KNOXVILLE, TN 37995-8028

10925   PSC ISG WESTERN REGION, PO BOX 200584, HOUSTON, TX 77216-0584

10925   PSE&G CO, PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444

10925   PSE&G CO, POBOX 14104, NEW BRUNSWICK, NJ 08906-4104

10925   PSE&G CO., PO BOX 14101, NEW BRUNSWICK, NJ 08906-4101

10925   PSE&G CO., PO BOX 790, CRANFORD, NJ 07016

10924   PSE&G, ATTN: MGR DISBURSEMENTS, T23, PO BOX 1868, NEWARK, NJ 07101-1868

10925   PSE&G, P.O. BOX 14105, NEW BRUNSWICK, NJ 08906-4105

10925   PSE&G, PO BOX 14105, NEW BRUNSWICK, NJ 08906-4105

10925   PSE&G, PO BOX 14106, NEW BRUNSWICK, NJ 08906-4106

10924   PSE&G, PO BOX 236-MC W05, HANCOCKS BRIDGE, NJ 08038

10925   PSENKO, GERARD, 4507 S. 117TH ST, GREENFIELD, WI 53228

10924   PSF, ROUTE 5 HCR 5, DALHART, TX 79022

10924   PSI ENERGY, 1000 E. MAIN STREET, PLAINFIELD, IN 46168

10924   PSI ENERGY, 21225 RIVERWOOD AVENUE, NOBLESVILLE, IN 46060

10924   PSI ENERGY, 30 JACKSON STREET, NEW ALBANY, IN 47151

10924   PSI ENERGY, 450 BOLTON ROAD, WEST TERRE HAUTE, IN 47885

10924   PSI ENERGY, PO BOX 5385, CINCINNATI, OH 45021-5385

10924   PSI ENERGY, PO BOX 5385, CINCINNATI, OH 45201

10924   PSI ENERGY, PO BOX 5385, CINCINNATI, OH 45201-5385

10925   PSI INC, PO BOX 71168, CHICAGO, IL 60694-1168

10925   PSI REPAIR SER., CALLER BOX 3313, LIVONIA, MI 48151-3313

10925   PSI REPAIR SERVICES, INC, PO BOX 77000, DETROIT, MI 48277-1325

10925   PSI URETHANES, INC, 10503 METROPOLITAN DR., AUSTIN, TX 78758

10925   PSI, 1026 WESTERN DR., HARTFORD, WI 53027

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PSI, 11337 DISTRIBUTION AVE WEST, JACKSONVILLE, FL 32256 | |
| 10925 | PSI, PO BOX 71168, CHICAGO, IL 60694-1168 | |
| 10925 | PSI, POBOX 20404, KANSAS CITY, MO 64195-0404 | |
| 10925 | PSIAKIS, ELAINE, 48A JOHNSON ROAD, WINCHESTER, MA 01890 | |
| 10924 | PSIMI CONSTRUCTION, PICKERING & SONS, TUSTIN, CA 92680 | |
| 10925 | PSINET INC, PO BOX 485, HERNDON, VA 22070 | |
| 10925 | PSINET, INC, PO BOX 485, HERNDON, VA 20172 | |
| 10925 | PSYCHIATRIC GROUP OF CHATTANOOGA, 551 OAK ST., CHATTANOOGA, TN 37403 | |
| 10924 | PT SEROJA BUMIPERSADA, JL PINTU BESAR SELATAN NO 71, JAKARTA BARAT 11110, 0IDN | *VIA Deutsche Post* |
| 10924 | PT. POLI CONTINDO NUSA, JL. JEND SUDIRMAN, KAV 70-71, N.P.W.P.: 1 602.350.2.011, JAKARTA, 0IDN | *VIA Deutsche Post* |
| 10924 | PTASCHINSKI CONSTRUCTION CO., 320 COOPER STREET, BEAVER DAM, WI 53916 | |
| 10924 | PTASCHINSKI CONSTRUCTION, INC., VARIOUS PORTABLE LOCATIONS, BEAVER DAM, WI 53916 | |
| 10925 | PTG FLORIDA INC., PO BOX 231, PALM BEACH, FL 33480-0231 | |
| 10924 | PTI AUSTRALIA, 29 DENNIS STREET, VICTORIA, 03061AUSTRALIA | *VIA Deutsche Post* |
| 10924 | PTI AUSTRALIA, SEE 046421, VICTORIA, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10925 | PTI ENVIRONMENTAL SERVICES, 15375 SE 30TH PL #250, BELLEVUE, WA 98007 | |
| 10924 | PTI INDUSTRIES INC., 237 ADDISON ROAD, WINDSOR, CT 06095 | |
| 10925 | PTI TECHNOLOGIES, 950 RANCHO CONEJO BLVD, NEWBURY PARK, CA 91320 | |
| 10924 | PTRL EAST, INC., 3945 SIMPSON LANE, RICHMOND, KY 40475 | |
| 10925 | PTS LEARNING SYSTEMS, 1150 FIRST AVE, KING OF PRUSSIA, PA 19406 | |
| 10925 | PTS, 1910 E. WATERLOO RD, AKRON, OH 44312 | |
| 10924 | PTX INDUSTRIES, 5355 NORTH VINCENT AVENUE, IRWINDALE, CA 91706 | |
| 10924 | PTX INDUSTRIES, ATTN: ACCOUNTS PAYABLE, IRWINDALE, CA 91706 | |
| 10925 | PUBLIC AFFAIRS COUNCIL, 1019 NINETEENTH ST NW, WASHINGTON, DC 20036 | |
| 10925 | PUBLIC AFFAIRS RESEARCH COUNCIL OF, PO BOX 14776, BATON ROUGE, LA 70898-4776 | |
| 10924 | PUBLIC BUILDING AUTHORITY OF, THE, C/O GADSDEN PLASTERING CO., C/O HUDEK & HAWKINS, 828 FOREST AVENUE, GADSDEN, AL 35901 | |
| 10924 | PUBLIC BUILDING AUTHORITY OF, THE, C/O HUDAK & DAWSON, 901 RIDGEWAY AVENUE, GADSDEN, AL 35902 | |
| 10924 | PUBLIC ELECTRIC SUPPLY, 794 BROADWAY, HICKSVILLE, NY 11801 | |
| 10925 | PUBLIC RELATIONS SEMINAR, 300 ERIE BLVD WEST A-5, SYRACUSE, NY 13202 | |
| 10925 | PUBLIC RELATIONS SOCIETY, 33 IRVING PLACE, NEW YORK, NY 10003-2376 | |
| 10925 | PUBLIC RELATIONS, THE, 8200 DIXIE ROAD.STE 100, BRAMPTON, ON L6T 5P6CANADA | *VIA Deutsche Post* |
| 10924 | PUBLIC SAFTY COMMUNICATIONS, 17 CANAL STREET, PEQUABUCK, CT 06781 | |
| 10924 | PUBLIC SCHOOL #114, 1077 REMSEN AVENUE, BROOKLYN, NY 11236 | |
| 10924 | PUBLIC SCHOOL #114, PICK UP IN TRENTON, TRENTON, NJ 08638 | |
| 10924 | PUBLIC SCHOOL #115, 91ST STREET BETWEEN AVE'S L & M, NEW YORK, NY 10001 | |
| 10924 | PUBLIC SCHOOL #120, 1 1/2 BLKS OFF MAIN ON 56TH AVENUE, FLUSHING, NY 11374 | |
| 10924 | PUBLIC SCHOOL #135, 89TH AVENUE & 207TH STREET, QUEENS VILLAGE, NY 11427 | |
| 10924 | PUBLIC SCHOOL #149, 93-11 THIRTY FOURTH AVENUE, JACKSON HEIGHTS, NY 11372 | |
| 10924 | PUBLIC SCHOOL #16, 132 18TH STREET, BROOKLYN, NY 11215 | |
| 10924 | PUBLIC SCHOOL #25, 941 MCDONALD AVENUE, BRONX, NY 10499 | |
| 10924 | PUBLIC SCHOOL #68, 22 CHERRY STREET, LEBANON, NJ 08833 | |
| 10924 | PUBLIC SCHOOL #7 - BROOKLYN, CRESCENT STREET @ JAMAICA AVENUE, BROOKLYN, NY 11208 | |
| 10924 | PUBLIC SCHOOL #83, ACROSS FROM MORRIS PARK, 1840 BOGART, BRONX, NY 10462 | |
| 10924 | PUBLIC SCHOOL 35, 191-02 90TH AVENUE, JAMAICA, NY 11423 | |
| 10924 | PUBLIC SCHOOL 36, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | PUBLIC SCHOOL 36, FOR PICK UP AT TRENTON WAREHOUSE, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | PUBLIC SCHOOL 51, 520 WEST 45TH STREET, MANHATTAN, NY 10036 | |
| 10925 | PUBLIC SERVICE CO. OF COLORADO, PO BOX 17230, DENVER, CO 80217-0230 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PUBLIC SERVICE COMPANY OF CO., PO BOX 9477, MINNEAPOLIS, MN 55484-9477 | |
| 10925 | PUBLIC SERVICE COMPANY OF COLORADO, PO BOX 840, DENVER, CO 80201 | |
| 10925 | PUBLIC SERVICE COMPANY OF COLORADO, PO BOX 92002, AMARILLO, TX 79120-6002 | |
| 10925 | PUBLIC SERVICE OF COLORADO, PO BOX 840, DENVER, CO 80201-0840 | |
| 10925 | PUBLIC SERVICE TRAFFIC, 205 KNICKERBOCKER AVE, BOHEMIA, NY 11716 | |
| 10924 | PUBLIC STORAGE @ @ @ @, ROUTE 17 NORTH-NEXT TO PC WAREHOUSE, PARAMUS, NJ 07652 | |
| 10925 | PUBLIC STORAGE INC, 2421 N BLACK CANYON HWY, PHOENIX, AZ 85009 | |
| 10925 | PUBLIC STORAGE INC, 7000 SOUTH CICERO AVE, BEDFORD PARK, IL 60638 | |
| 10924 | PUBLIC STORAGE, CORNER OF GREENFIELD & 8 MILE RD., OAK PARK, MI 48237 | |
| 10925 | PUBLIC TECHNOLOGY INC., PO BOX 321, ANNAPOLIS JUNCTION, MD 20701 | |
| 10925 | PUBLIC WORKS AND GOVERNMENT, CANADIAN GOVERNMENT PUBLISHING, OTTAWA, ON K1A 0S9CANADA | *VIA Deutsche Post* |
| 10924 | PUBLIC WORKS COMMISSION, HIGHWAY 301 & OLD WILMINGTON ROAD, FAYETTEVILLE, NC 28301 | |
| 10925 | PUBLIC, JOHN, 111 MT. PLEASANT RD., BOCA RATON, FL 33481 | |
| 10925 | PUBLISHER RESOURCES, INC, 1224 HEIL QUAKER BLVD, LA VERGNE, TN 37086 | |
| 10924 | PUBLIX DISTRIBUTION CENTER, 85 NORTH HWY. 3166, LAWRENCEVILLE, GA 30243 | |
| 10924 | PUBLIX DISTRIBUTION CENTER, I-85 NORTH & HWY. 316, LAWRENCEVILLE, GA 30243 | |
| 10924 | PUBLIX GROCERY STORE, ABERNATHY SQUARE SHOPPING CENTER, SANDY SPRINGS, GA 30328 | |
| 10925 | PUBLIX SUPER MARKETS INC, POBOX 32009, LAKELAND, FL 33802-2009 | |
| 10925 | PUBLIX SUPER MARKETS INC., PO BOX 32009, BRYCEVILLE, FL 32009 | |
| 10924 | PUBLIX, 724 PONCE DE LEON, ATLANTA, GA 30306 | |
| 10924 | PUBLIX, PEACHTREE DUNWOODY ROAD, ATLANTA, GA 30341 | |
| 10925 | PUCCI, CHRISTOPHER, 24 CAIN COURT, BRIDGEWATER, NJ 08807 | |
| 10925 | PUCCI, GUISTI, RR 2 BOX 49, BLUFORD, IL 62814 | |
| 10925 | PUCCIA, MARJORIE, 156 PILGRIM TRAIL, PLYMOUTH, MA 02360-5431 | |
| 10925 | PUCCIA, MICHAEL, 37 LAFAYETTE LN, NORFOLK, MA 02056 | |
| 10925 | PUCKETT, ANN, 129 FOREST DR, ONA, WV 25545 | |
| 10925 | PUCKETT, CHRISTOPHER, 4150 WILLIS RD, MULBERRY, FL 33860 | |
| 10925 | PUCKETT, DONALD, 7008 BURGUNDY DRIVE, LAKE CHARLES, LA 70605 | |
| 10925 | PUCKETT, LOU ANN, ROUTE 3 BOX 226, JEFFERSON, GA 30549 | |
| 10925 | PUCKETT, RICHARD, 9534 INTERNATIONAL DRIVE, INDIANAPOLIS, IN 46268 | |
| 10925 | PUCKO, STANLEY, 80 COLUMBIAN AVE, GREENVILLE, NH 03048 | |
| 10925 | PUDDY, ROBERT, 106 SUMMIT WALK, PEACHTREE CITY, GA 30269 | |
| 10924 | PUEBLO CONFERENCE CENTER, 320 CENTRAL MAIN, PUEBLO, CO 81001 | |
| 10925 | PUENTE, ESMERALDA, 6620 S 33RD ST, MCALLEN, TX 78503 | |
| 10925 | PUENTE, LISA, 373 E MAIN ST APT 308, SOMERVILLE, NJ 08876 | |
| 10925 | PUENTE, PHYLLIS, 141 NEWHAVEN LANE, BUTLER, PA 16001 | |
| 10925 | PUENTES, SILVIA, 342 W 24TH ST, SAN PEDRO, CA 90731 | |
| 10925 | PUERTAS, MANUEL, 10615 ROSE AVE, L A, CA 90034 | |
| 10924 | PUERTO RICAN CEMENT COMPANY, INC., PO BOX1349, PONCE, PR 00733-1349PUERTO RICO | *VIA Deutsche Post* |
| 10925 | PUERTO RICO ATTY GENERAL, ATTN: ANNABELLE RODRIGUEZ, PO BOX 192, SAN JUAN, PR 00902 | |
| 10925 | PUERTO RICO ELECTRIC POWER AUTH, HWY #2, KM.20.5 BARRIO CANDELARIA, TOA BAIA, PR 00949 | |
| 10925 | PUERTO RICO ELECTRIC POWER AUTHORIT, NIDIA GALANES CARLOS LOPEZ, | |
| 10925 | PUERTO RICO ENV QUALITY BOARD, WANDA GARCIA-HERNANDEZ CHIEF PERMIT, 431 PONCE DE LEON AVE, 5TH FL OFFICE 527, HATO REY, PR 00910 | |
| 10925 | PUERTO RICO ENVIRON QUAL BOARD, ATTN: MERCEDES PADILLA, NATIONAL BANK PLAZA, 431 PONCE DE LEON AVE, HATO REY, PR 08917 | |
| 10925 | PUERTO RICO ENVIRONMENTAL QUALITY BOARD, PONCE DE LEON AVE, NATIONAL PLAZA BLDG, 12TH FL #431, HATO REY, PR 00917 | |
| 10925 | PUERTO RICO ENVIRONMENTAL QUALITY BOARD, PONCE DE, NATIONAL PLAZA BLDG, 12TH FLR, #431, HATO REY, PR 00917 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PUERTO RICO MANUFACTURERS ASSOC, AVE PONCE DE LEON 420, HATO REY, PR 00918PUERTO RICO | *VIA Deutsche Post* |
| 10925 | PUERTO RICO READY MIX ASSOCIATION, 271 SIERRA MORENA, SAN JUAN, PR 00926PUERTO RICO | *VIA Deutsche Post* |
| 10925 | PUERTO RICO TELEPHONE, PO BOX 71401, SAN JUAN, PR 00936-8501 | |
| 10925 | PUERTO RICO TRACTION TIRES, PO BOX 11919, SAN JUAN, PR 00922-1919 | |
| 10924 | PUFF, INC., 1851 GLECO MILLS LANE, CHARLOTTESVILLE, VA 22903 | |
| 10925 | PUFFER, NANCY A, CUST FOR TIMOTHY D PUFFER, UNIF GIFT MIN ACT MI, 3188 INTERLAKEN ST, ORCHARD LAKE, MI 48323-1821 | |
| 10925 | PUFFER, RONDA, PO BOX 28, HUFSMITH, TX 77337 | |
| 10925 | PUFFER, SARA, 2 GODWIN PLACE, APT 2, EVERETT, MA 02149 | |
| 10925 | PUGENS, ANDREW, 3034 S. HANSON AVE, MILWAUKEE, WI 53207 | |
| 10924 | PUGET BUILDERS SUPPLY INC, 2419 PACIFIC HIGHWAY, TACOMA, WA 98424 | |
| 10924 | PUGET HOLDING YARD, SEATTLE, WA 98101 | |
| 10925 | PUGET SOUND ENERGY, PO BOX 91269, BELLEVUE, WA 98009-9269 | |
| 10925 | PUGET SOUND NAVAL SHIPYARD, CODE 61023, 1400 FARRAGUT AVE, BREMERTON, WA 98314-5555 | |
| 10924 | PUGET SOUND REFINING CO., A DIVISION OF EQUILON ENTERPRISES, 6 SOUTH TEXAS ROAD, ANACORTES, WA 98221 | |
| 10924 | PUGET SOUND REFINING CO., EQUILON ENTERPRISES LLC (023-918), PO BOX 4913, HOUSTON, TX 77210 | |
| 10924 | PUGET SOUND REFINING CO., EQUILON ENTERPRISES LLC (023-918), PO BOX 6222, ANACORTES, WA 98221 | |
| 10925 | PUGH PIPING SUPPLY CO, 2150 EDISON AVE, SAN LEANDRO, CA 94577-1131 | |
| 10925 | PUGH, ALVIN, 1224 TARMMELL ST, C, PENSACOLA, FL 32505 | |
| 10925 | PUGH, ALVIN, 1224 TARMMELL ST., C, PENSACOLA, FL 32505 | |
| 10925 | PUGH, BRIAN T, 6050 W 51ST ST., CHICAGO, IL 60638 | |
| 10925 | PUGH, BRUCE, 22 W. MIDLAND RD., BALTIMORE, MD 21220 | |
| 10925 | PUGH, BRYAN, 29 W 260 WAGNER RD, NAPERVILLE, IL 60564 | |
| 10925 | PUGH, IRENE, 1121 WYLEY AVE, AKRON, OH 44306 | |
| 10925 | PUGH, J, 16303 HAWK RIDGE COURT, HARLAN, IN 46743 | |
| 10925 | PUGH, JAMES, 3032 OXFORD LANE, NORTHBROOK, IL 60062 | |
| 10925 | PUGH, NANCY, 2289 MCKENDREE ROAD, WEST FRIENDSHIP, MD 21794 | |
| 10925 | PUGH, ROBERT, PO BOX 619, BLANDON, PA 19510-0619 | |
| 10925 | PUGH, RONALD, 1308 HILLSWAY CT, BALTIMORE, MD 21234 | |
| 10925 | PUGH, TAMMY, 203 BROOKSIDE LANE, ELGIN, SC 29045 | |
| 10925 | PUGH, TIMOTHY, 1807 COUNTRYSIDE PL, SMYRNA, GA 30080 | |
| 10925 | PUGLIARISI, JOHN, C/O VILLA SCULBRINI 10631 VINEDALE, SUN VALLEY, CA 91352 | |
| 10925 | PUGLIESE, MICHELLE, 162 ELSIE ROAD, BROCKTON, MA 02402 | |
| 10925 | PUIG, MADELINE, CALLE 13 N 15, BAYAMON, PR 00619 | |
| 10925 | PUISSANT, JOEL, 1520 NORFIELD RD, SUAMICO, WI 54173 | |
| 10925 | PUISSEGUR, GERARD, 5000 A-WEST ESPLANDE #257, METAIRIE, LA 70006 | |
| 10925 | PUJOLS, MARIA, HC-03 BOX 23557, SAN SEBASTIAN, PR 00755 | |
| 10925 | PUKAC, RONALD, 3824 LOLAN COURT, MARRERO, LA 70072 | |
| 10924 | PULASKI HOSPITAL, C/O WARCO-JM TURNER & CO., PULASKI, VA 24301 | |
| 10925 | PULASKI, ALEXANDER, 672 OLD BEDFORD RD., CONCORD, MA 01742-3307 | |
| 10925 | PULCIR, INC, 9209 OAK RIDGE HWY., OAK RIDGE, TN 37830-3500 | |
| 10925 | PULEO, CHRISTINE, 50 VALLEY ST, WAKEFIELD, MA 01880 | |
| 10925 | PULEO, DOROTHEA, 56 HAMILTON ST, READVILLE, MA 02136 | |
| 10925 | PULIDO, RAMON, 607 FONTENELLE ST, HOUSTON, TX 77035 | |
| 10925 | PULIDO, SARAH, 4550 E FOUNTAIN WAY, FRESNO, CA 93726-0000 | |
| 10925 | PULISCIANO, KRISTEN, 10 ST. THERESA ST., NO READING, MA 01864 | |
| 10925 | PULLARA CONSTRUCTION, INC, 2404 REEVES ROAD, JOLIET, IL 60436 | |
| 10925 | PULLELA, SURESH, 201 WEST LANE APT 902, CLEMSON, SC 29631 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   PULLEN, ALBERT, STAR ROUTE #2, OZARK, AR 72949

10925   PULLEN, DAVID E, 2232 DECKMAN LANE, SILVER SPRING, MD 20906

10925   PULLEN, JAMES C, 2056 KILMONACK LANE, CHARLOTTE, NC 28270-9780

10925   PULLEN, JAMES W, 8308 S MCLAWS PL, FREDERICKSBURG, VA 22407-2144

10925   PULLEN, KAREN, 5009 NOCONA LANE, ARLINGTON, TX 76018

10925   PULLEN, MACK, 3502 S JAP TUCKER ROAD, PLANT CITY, FL 33566-8177

10925   PULLEN, ROBIN, 6 BECKS LANDING, OWENSBORO, KY 42303

10925   PULLEN, ROBIN, 6 BECKS LANDING, OWENSBORO, KY 42303-1764

10925   PULLEY JR., JAMES, 3360 OLD HILLS BRIDGE ROAD, ENOREE, SC 29335

10925   PULLEY, CLIFFORD, PO BOX 134, MOUNTVILLE, SC 29370

10925   PULLEY, GEORGE, 102 PARK PLACE, LAURENS, SC 29360

10925   PULLEY, JAMES, 2459 W COLDSPRING LANE, BALTIMORE, MD 21215-6914

10925   PULLEY, JIM, 5405 STARWOOD, WICHITA FALLS, TX 76310

10925   PULLEY, LINDA, RT. 1 BOX 193, ROANOKE RAPIDS, NC 27870

10925   PULLEY, VERA, 9416 RIO GRANDE BLVD NW, ALBUQUERQUE, NM 87114

10925   PULLIAM, DEBORAH, PO BOX 1734 440 CRYSTAL OAKS, MOREHEAD CITY, NC 28557

10925   PULLIAM, GARY, RT 1 BOX 207A, ROANOKE RAPIDS, NC 27870

10925   PULLIAS, MICHAEL, 5811 PINELAND, DALLAS, TX 75231

10925   PULLIN JR, ERNEST, 3612 WILLOW WISP DR N, LAKELAND, FL 33809

10925   PULLMAN COMLEY BRADLEY REEVES, 855 MAIN ST, PO BOX 7006, BRIDGEPORT, CT 06601-7006

10924   PULLUM WINDOW CORP., 415 N. LAFAYETTE, SOUTH LYON, MI 48178

10925   PULLUM, JEAN, RR 1 BOX 29, MOMENCE, IL 60954

10925   PULLUM, JEAN, RR1 BOX 29, MOMENCE, IL 60954

10925   PULLUM, WILLIAM, PO BOX 582, MOOREHEAD, MS 38761

10925   PULP & PAPER, BOX 1064, SKOKIE, IL 60077

10924   PULPDENT CORPORATION, 80 OAKLAND ST., WATERTOWN, MA 02471

10925   PULSAFEEDER INC, 2800 SOUTH 24TH ST WEST, MUSKOGEE, OK 74402

10925   PULSAFEEDER INC, PO BOX 96053, CHICAGO, IL 60693-6053

10925   PULSAFEEDER, 11270 CORNELL PARK DR., CINCINNATI, OH 45242

10925   PULSAFEEDER, PO BOX 22909, ROCHESTER, NY 14692-2909

10925   PULSE ENGINEERING INC, PO BOX 12235, SAN DIEGO, CA 92112

10925   PULSE ENGINEERING, 12220 WORLD TRADE DR, SAN DIEGO, CA 92128

10925   PULSFUS, MARION, 115 ELLICKSON ST BOX 92, ARLINGTON, WI 53911-9998

10925   PULTZ, GARY, 1628 ST JAMES AVE, LAKELAND, FL 33805

10925   PULVA CORPORATION, POBOX 427, SAXONBURG, PA 16056-0427

10925   PULVER, MARY, 117 NATIONAL ROAD, WEIRTON, WV 26062

10925   PUMAREJO, VERNA, PO BOX 3328, HARLINGEN, TX 78550

10925   PUMP & POWER EQUIPMENT INC., PO BOX 19209, LENEXA, KS 66285-9209

10925   PUMP & VIBRATION CONSULTANTS INC, 375 MARTIN WARD RD, TUNNEL HILL, GA 30755

10925   PUMP / PROCESS INC., 1234 REMINGTON ROAD, CHICAGO HEIGHTS, IL 60411

10925   PUMP ENGINEERING, 625 DISTRICT DR, ITASCA, IL 60143

10925   PUMP PACKAGING & SYSTEMS, 570 RUNDLE AVE., NASHVILLE, TN 37210

10925   PUMP POWER & AIR INC, 69 CONGO ROAD, GILBERTSVILLE, PA 19525

10925   PUMP PROS, INC, 4862 BUSINESS CENTER WAY, CINCINNATI, OH 45246

10925   PUMP PROS, INC, PO BOX 640904, CINCINNATI, OH 45246

10925   PUMP PROS, PO BOX 640904, CINCINNATI, OH 45264-0904

10925   PUMP RELIABILITY & MAINT. CONF, 123 NORTH COLLEGE AVE, FORT COLLINS, CO 80524-2443

10924   PUMP ROOM, THE, 1301 NORTH STATE PARKWAY, CHICAGO, IL 60610

10925   PUMP SOLUTIONS INC, PO BOX 386, FRANKSVILLE, WI 53126

10925   PUMP SOUTH, INC, PO BOX 24139, GREENVILLE, SC 29616

10925   PUMP SPECIALTIES INC, 9428 WEST 47TH ST, BROOKFIELD, IL 60513

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PUMP TECHNOLOGY INC, 890 E HIGGINS ROAD, SCHAUMBURG, IL 60173-4702

10925   PUMP TECHNOLOGY INC., 890 E. HIGGINS ROAD, SCHAUMBURG, IL 60173-4702

10925   PUMPELLY OIL COMPANY, PO BOX 2059, SULPHUR, LA 70664-2059

10925   PUMPING SOLUTIONS, INC, 1910 S. ARCHIBALD STE Q, ONTARIO, CA 91761

10925   PUMPING SYSTEMS INC, 1100 VIJAY DR, ATLANTA, GA 30341

10925   PUMPS & PROCESS EQUIPMENT INC, 1234 REMINGTON RD, SCHAUMBURG, IL 60173

10925   PUMPS & PROCESS EQUIPMENT, INC, 1234 REMINGTON RD, SCHAUMBURG, IL 60173

10925   PUMPS & SPECIALTIES, PO BOX 653, LILBURN, GA 30048

10925   PUMPS, PARTS & SERVICE INC, PO BOX 75658, CHARLOTTE, NC 28275

10925   PUMPTEK, 7275 EDINGTON DR, CINCINNATI, OH 45249

10925   PUNCH, TERRY, 340 ST ANN ST., RACELAND, LA 70394

10925   PUNG, ELINOR, 2320 NW 119TH TERRACE, OKLAHOMA CITY, OK 73120

10925   PUNG, WALTER, 2320 NW 119TH TERRACE, OKLAHOMA CITY, OK 73120

10924   PUNGO DISTRICT HOSPITAL, 202 WATER STREET, BELHAVEN, NC 27810

10925   PUNKO, BARBARA, 2404 LOYAL LANE, BEL AIR, MD 21015

10925   PUNKO, BARBARA, 7500 GRACE DR., COLUMBIA, MD 21044

10925   PUNO, ELIZABETH, 6600 FAIRDALE #66, SAN ANTONIO, TX 78218

10925   PUNZALAN, PAMELA, 541 S. WILDE ST., ANAHEIM, CA 92802

10925   PUNZEL, GERALD, 627 OVERLOOK TERRACE, DE FOREST, WI 53532

10925   PUPPO, ROSE, 20 NICHOD ST, ARLINGTON, MA 02174

10925   PURA FLO, 250 MEADOWFERN #110, HOUSTON, TX 77067

10924   PURATOS CORPORATION, 1941 OLD CUTHBERT ROAD, CHERRY HILL, NJ 08034

10925   PURCEL INTERNL FORWARDING, HOOKCREEK AIRPORT INDUSTRIAL PARK, VALLEY STREAM, NY 11581

10925   PURCELL CONSTRUCTION INC., 2900 WESLAYAN #375, HOUSTON, TX 77027

10925   PURCELL CONSTRUCTION, INC, 2900 WESLAYAN, SUITE 375, HOUSTON, TX 77027

10924   PURCELL INDUSTRIES, 4139 BANDINI BLVD., LOS ANGELES, CA 90023

10924   PURCELL INDUSTRIES, 6511-A KIMBLE AVE., CHINO, CA 91710

10924   PURCELL INDUSTRIES, PO BOX 540, SYLACAUGA, AL 35150

10925   PURCELL SR, DONALD, 14947 S RIDGEWAY AVE, MIDLOTHIAN, IL 60445

10925   PURCELL TIRE & RUBBER CO., POBOX 60468, SAINT LOUIS, MO 63160-0468

10925   PURCELL TIRE CO, PO BOX 958008, SAINT LOUIS, MO 63195-8008

10925   PURCELL, ALICE, C/O SUSAN FOOHEY 55 BRAND ST, ARLINGTON, MA 02174

10925   PURCELL, COLLEEN, 5 CHARBONNEAU AVE, LAKEVILLE, MA 02347-2501

10925   PURCELL, DAVID, 1027 CRESTVIEW DRIVE, PORT WASHINGTON, WI 53074

10925   PURCELL, JEFFREY, 16 N. GIBSON AVE., INDIANAPOLIS, IN 46219

10925   PURCELL, JOHN, 5334 SANDRA WAY, LAKELAND, FL 33813-3062

10925   PURCELL, MAURICE, 314 MEYERS DRIVE, GREENVILLE, SC 29605

10925   PURCELL, RUTH, PO BOX 122, CUMMING, GA 30130

10925   PURCELL, SHAYNA, 406 DOGWOOD, BORGER, TX 79007

10925   PURCHASE POWER, PO BOX 856042, LOUISVILLE, KY 40285

10925   PURCHASE POWER, PO BOX 856042, LOUISVILLE, KY 40285-6042

10924   PURCHASING DEPT, UNIVERSITY OF MARYLAND, COLLEGE PARK, MD 20742-6015

10924   PURCHASING ENTERPRISES, INC, 1176 DOMON LANE, CHESTERTON, IN 46304

10925   PURCHASING MANAGEMENT, 200 BAKER AVE, CONCORD, MA 01742-2108

10925   PURCHASING MANAGEMENT, ASSOCIATION OF BOSTON INC, CONCORD, MA 01742

10925   PURCHASING SERVICES INC., PO BOX 5338, COCHITUATE, MA 01778

10925   PURDIE, LARRY, 200 DELANCO RD V5, BEVERLY, NJ 08010

10925   PURDON, ROBINA, 304-82 ST, BROOKLYN, NY 11209

10925   PURDUE ENGINEERING STUDENT COUNCIL, CIVIL ENGINEERING BLDG. RM. G292C, WEST LAFAYETTE, IN 47907

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | PURDUE FOUNDATION, THE, 1137 HOUDE HALL, WEST LAFAYETTE, IN 47907 | |
| 10924 | PURDUE UNIVERSITY CLASSROOM, FIRST & UNIVERSITY ST., W. LAFAYETTE, IN 99999 | |
| 10925 | PURDUE UNIVERSITY, 1081 SCHLEMAN HALL RM 342, WEST LAFAYETTE, IN 47907-1081 | |
| 10925 | PURDUE UNIVERSITY, 1094 STEWART CENTER, WEST LAFAYETTE, IN 47907-1094 | |
| 10925 | PURDUE UNIVERSITY, 2655 YEAGER ROAD SUITE 103, WEST LAFAYETTE, IN 47906 | |
| 10925 | PURDUE UNIVERSITY, PO BOX 7200, INDIANAPOLIS, IN 46207-7200 | |
| 10924 | PURDY COMPANY, 3633 RD 43 S. (11 BURNETT RD), LAFAYETTE, IN 47905 | |
| 10924 | PURDY COMPANY, 3633 ROAD 43 SOUTH (11 BURNETT RD), LAFAYETTE, IN 47901 | |
| 10924 | PURDY CONCRETE, STATE RT. 231, LAFAYETTE, IN 47905 | |
| 10924 | PURDY CORPORATION, THE, 586 HILLIARD STREET, MANCHESTER, CT 06040 | |
| 10924 | PURDY CORRECTION CENTER, PUDGET BLDG. SUPPLY, TACOMA, WA 98406 | |
| 10925 | PURDY, DALLAS, 205 NE CLARK, GREENFIELD, IA 50849-1137 | |
| 10925 | PURDY, ELIZABETH, 9717 PACIFIC AVE., 14, TACOMA, WA 98444 | |
| 10925 | PURDY, EVELYN, 15 WINSLOW AVE, MEDFORD, MA 02155 | |
| 10924 | PURE ASPHALT CO, 3300 W 31ST ST, CHICAGO, IL 60623 | |
| 10924 | PURE ASPHALT COMPANY, 3300 W. 31ST. ST., CHICAGO, IL 60623 | |
| 10924 | PURE CARBON CO., 441 HALL AVENUE, SAINT MARYS, PA 15857 | |
| 10924 | PURE CARBON CO., E. SECOND STREET, COUDERSPORT, PA 16915 | |
| 10924 | PURE CARBON CO., PO BOX 386, SAINT MARYS, PA 15857 | |
| 10925 | PURE IMAGING INC., 125 WALNUT ST, WATERTOWN, MA 02472 | |
| 10925 | PURE LAB, 291 WASHINGTON ST, WESTWOOD, MA 02090 | |
| 10925 | PURE OIL CO, 1215 TALLEYRAND AVE, JACKSONVILLE, FL 32206-6045 | |
| 10924 | PURE TECH, 22800 LAKELAND BLVD., EUCLID, OH 44132 | |
| 10924 | PURE TECH, PO BOX 1950, BREWSTER, NY 10509-8950 | |
| 10924 | PURE TEK, 1145 ARROYO AVENUE, SAN FERNANDO, CA 91340 | |
| 10924 | PURE WORLD BOTANICALS, 375 HUYLER STREET, SOUTH HACKENSACK, NJ 07606 | |
| 10925 | PURESTREAM INC, PO BOX 68, FLORENCE, KY 41042 | |
| 10925 | PURFEY, CATHERINE, 2041 MENOLD DRIVE, ALLISON PARK, PA 15101 | |
| 10924 | PURIMETRICS, INC., 5231 INDUSTRIAL BLVD., MINNEAPOLIS, MN 55439 | |
| 10925 | PURIS MAINTENANCE, 1424 NE 31ST COURT, POMPANO, FL 33064 | |
| 10925 | PURITAN/CHURCHHILL CHEMICAL COMPANY, PO BOX 100494, ATLANTA, GA 30384 | |
| 10924 | PURITY CATALYST LTD, 1240 SPEERS ROAD, OAKVILLE, ON L6L 2K4TORONTO | *VIA Deutsche Post* |
| 10924 | PURITY CATALYST LTD, 1476 RIVER STREET, HYDE PARK, MA 02136 | |
| 10924 | PURITY ZINC METALS, 480 INTERNATIONAL BLVD, CLARKSVILLE, TN 37040 | |
| 10925 | PURKINS, RICHARD, 8323 MCGRATH RD, MANASSAS, VA 22111 | |
| 10924 | PURNELL CENTER OF THE ARTS - CMU, 5000 FORBES AVENUE, PITTSBURGH, PA 15213 | |
| 10925 | PURNELL, ELLEN, 176 E HIGHLAND DR, MC MURRAY, PA 15317 | |
| 10925 | PURNELL, MARY, 733 W 50TH ST, CHICAGO, IL 60609 | |
| 10925 | PURNELL, SCOTT K, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | PURNELL, SCOTT, 3216 GINGERBREAD CT, ELLICOTT CITY, MD 21042 | |
| 10925 | PURNELL, WESS, 974 MAIN ST, WAKEFIELD, MA 01880 | |
| 10924 | PUROFIRST, 1401 HANNA RD., STE 5, CONROE, TX 77385-7900 | |
| 10924 | PUROFIRST, D/B/A J'ST CONCRETE, COLLEGE STATION, TX 77840 | |
| 10925 | PUROFLOW CORP, 1558 TENTH ST, SANTA MONICA, CA 90404 | |
| 10925 | PUROFLOW CORP, 1631 TENTH ST, SANTA MONICA, CA 90404 | |
| 10925 | PUROHIT, NAGENDRA, 4 BROOKSIDE LANE, BURLINGTON, MA 01803 | |
| 10925 | PUROHIT, TRUPTI, 3012 MOSS CREEK DR, JOHNSON CITY, TN 37604 | |
| 10925 | PUROLATOR COURIER LTD., PO BOX 1100, ETOBICOKE POST STN ONTAR, ON M9C 5K2CANADA | *VIA Deutsche Post* |
| 10925 | PUROLATOR COURIER, PO BOX 1100, ETOBICOKE, ON M9C 5K2CANADA | *VIA Deutsche Post* |
| 10925 | PUROLATOR COURIER, PO BOX 1100, LASALLE, QC H8R 4B2CANADA | *VIA Deutsche Post* |
| 10924 | PUROLATOR PRODUCTS, 1900 SOUTH - 3480 WEST, SALT LAKE CITY, UT 84120 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   PUROLATOR PRODUCTS, HARRIS DRIVE, DEXTER, MO 63841

10924   PUROLATOR PRODUCTS, INC., 1900 SOUTH - 3480 WEST, SALT LAKE CITY, UT 84104

10924   PUROLATOR PRODUCTS, INC., 1900 SOUTH - 3480 WEST, SALT LAKE CITY, UT 84120

10924   PUROLATOR PRODUCTS, INC., 201 N. HARRIS DRIVE, DEXTER, MO 63841

10924   PUROLATOR PRODUCTS, INC., 3200 NATAL ROAD, FAYETTEVILLE, NC 28306

10924   PUROLATOR PRODUCTS, INC., 6100 S. YALE AVENUE, TULSA, OK 74136

10924   PUROLATOR PRODUCTS, INC., 9910 EAST 56TH STREET NORTH, TULSA, OK 74117

10925   PURSEL, BRIAN, #50 YUCCA DRIVE, WICHITA FALLS, TX 76305

10925   PURSER, DAVID, 257 BUCK SEAY ROAD, SPARTANBURG, SC 29316

10925   PURSER, JON, 11101 HUNE NE, ALBUQUERQUE, NM 87112

10925   PURSUE ENERGY CORPORATION, 3900 THANKSGIVING TOWER, DALLAS, TX 75201

10925   PURSUE GAS PROCESSING &, 1601 ELM ST, DALLAS, TX 75201

10925   PURTECH, RR7- BOX 7072 PROGRESS ST., EAST STROUDSBURG, PA 18301

10925   PURTELL, RICHARD, 2218 WHITED ST, PITTSBURGH, PA 15226

10925   PURTILL, EDWARD, 148 SCHARER AVE, NORTHVALE, NJ 07647

10925   PURTO, ROBIN, 12928, ALBUQUERQUE, NM 87128

10925   PURVIS, BRIDGET, 7900 MORLEY, HOUSTON, TX 77061

10925   PURVIS, CATHY, PO BOX 745, SPANISH FORT, AL 36527

10925   PURVIS, EMILY, 405 E.12TH, DUMAS, TX 79029

10925   PURVIS, WILLIE, 104 18TH ST W, WINTER HAVEN, FL 33880-6115

10925   PURYEAR, MARVIL, RT 3 ORIOLE LANE, CLYDE, TX 79510

10925   PURYEAR, PAUL, 2 LADOGA AVE, TAMPA, FL 33606

10925   PUSINSKY, JR, PAUL, 4048 ST. AUGUSTINE LANE, BALTIMORE, MD 21222

10925   PUSTORINO PEDERSON TILTON RRINGTON, 4005 WEST 65TH ST, SUITE 200, MINNEAPOLIS, MN 55435

10925   PUSTY, THOMAS, 2739 BRECKEN RIDGE L, NAPERVILLE, IL 60565

10925   PUSTY, TOM, 4099 W. 71ST ST., CHICAGO, IL 60629

10925   PUSZAITIS, HELEN, 2806 NEW YORK AVE, BALTIMORE, MD 21227

10925   PUTIS, AMY, 14 CLYDESDALE RD, CHELMSFORD, MA 01824

10924   PUTMAN CO HOSP C/O CIRCLE B, 1542 S. BLOOMINGTON ST., GREENCASTLE, IN 46135-2297

10924   PUTMAN COMMUNITY HOSPITAL, C/O MADER FIREPROOFING, PALATKA, FL 32177

10925   PUTMAN, BOBBY, 317 PUTMAN ROAD, FOUNTAIN INN, SC 29644

10925   PUTMAN, GARY, 3812 RAINTREE DR., OWENSBORO, KY 42301

10925   PUTMAN, JEANNE, 321 MEMORY LANE, EDMOND, OK 73013

10925   PUTMAN, JOHN, 402 SOUTH 29TH ST., OZARK, AR 72949

10925   PUTMAN, ROSEMARIE, 7062 LEE ROAD, LODI, WI 53555

10924   PUTNAM COMMONS NURSING HOME, MT. EBO ROAD NORTH, BREWSTER, NY 10509

10925   PUTNAM FURNITURE LEASING CO., 614 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139

10925   PUTNAM FURNITURE LEASING, 614 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139

10925   PUTNAM HOSPITAL CENTER, POBOX 30787, HARTFORD, CT 06150-0787

10924   PUTNAM HOSPITAL, STONELEIGH AVENUE, CARMEL, NY 10512

10925   PUTNAM PUBLISHING GROUP, THE, POST OFFICE BOX 12287, NEWARK, NJ 07101-5287

10925   PUTNAM, ELLEN, 2904 FLEETWOOD, CASPER, WY 82604

10925   PUTNAM, MARK, 503 N WESTON ST, FOUNTAIN INN, SC 29644

10925   PUTNAM, MARSHA, 16 MILLER PLACE, LYNN, MA 01904

10925   PUTNAM, THOMAS, 108 N. DEAL ST, KINGS MOUNTAIN, NC 28086

10925   PUTNEY TWOMBLEY HALL & HIRSON, 521 FIFTH AVE., NEW YORK, NY 10175

10925   PUTNEY, ANNA, 3409 LAWN AVE, TAMPA, FL 33611

10925   PUTNOI, DONALD W, 20 HOPE AVE, WALTHAM, MA 02154

10925   PUTTCAMP, STANTON, 1549 CLAYTON WOODS CT., WILDWOOD, MO 63011

10925   PUTZER, KEVIN, 5431 W BELOIT RD, WEST MILWAUKEE, WI 53214

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   PUTZMEISTER INC., 18601 S MAIN ST, GARDENA, CA 90248

10924   PUTZMEISTER INCORP, 1733 90TH ST, STURTEVANT, WI 53177

10925   PUTZMEISTER, 1733 90TH ST, STURTEVANT, WI 53177

10924   PUTZMEISTER, INC., CAMBRIDGE, MA 02140

10925   PUU POA ASSOC OF APT OWNERS, 841 BISHOP ST, HONOLULU, HI 96813

10925   PUZIO, MARIA, 264 E CAMPLAIN RD, MANVILLE, NJ 08835

10925   PUZIO, TERESA, 24 VALERIE DR, MANVILLE, NJ 08835

10925   PUZON, JAIME, 6261 HIDDEN CLEARING, COLUMBIA, MD 21045

10925   PV ENGINEERING CO, 18 REPUBLIC ROAD, BILLERICA, MA 01821

10924   PVC INDUSTRIES, 107 PIERCE ROAD, CLIFTON PARK, NY 12065

10925   PVLDWIN, MICHELLE, 122 S HARVARD ST, MOMENCE, IL 60954

10925   PVP INDUSTRIES INC, BOX 129, 9819 PENNIMAN RD N, N BLOOMFIELD, OH 44450

10924   PVP INDUSTRIES INC, PO BOX129, NORTH BLOOMFIELD, OH 44450

10924   PVP INDUSTRIES, ARROW TERMINAL, LORDSTOWN, OH 44481

10924   PVP INDUSTRIES, INC., PO BOX129, NORTH BLOOMFIELD, OH 44450

10925   PYA/MONARCH, INC, PO BOX 668347, CHARLOTTE, NC 28266

10925   PYANOWSKI, JAMES, 159 LABELLE AVE., BLASDELL, NY 14219

10925   PYARE SQUARE BLDG, JUN W LEE GENERAL PARTNER, 4610 UNIVERSITY AVE, MADISON, WI 53705

10925   PYATT, ALBERT, PO BOX 5381, DELTONA, FL 32728

10925   PYC, SYLVIA, 2000 KEMP RD., MARIETTA, GA 30066

10925   PYE - BARKER SUPPLY CO., DEPT GA00347, PO BOX 530109, ATLANTA, GA 30353-0109

10925   PYE JR, THEO, 14100 DEL PAPA, 95, HOUSTON, TX 77047

10925   PYE, FORREST, 1338 NE 16TH ST, OCALA, FL 34470

10925   PYE-BARKER FIRE, PO BOX 957689, DULUTH, GA 30095-9529

10925   PYE-BARKER SUPPLY CO, DEPT. GA 00347, P.O. BOX 530109, ATLANTA, GA 30353-0109

10925   PYE-BARKER WELDING SUPPLY CO, POBOX 81227, ATLANTA, GA 30366

10925   PYE-BARKER WELDING, PO BOX 81227, ATLANTA, GA 30366

10925   PYKE, MARY WALDRON, 380 VALLEJO DR, MILLBRAE, CA 94030

10925   PYKE, MARY WALDRON, 616 CANYON ROAD, REDWOOD CITY, CA 94062

10925   PYKE, ORVAL, RT. #2 BOX 48 A1, BOWLING GREEN, FL 33834

10925   PYLE NATIONAL CO, 1334 N KOSTNER, CHICAGO, IL 60651

10925   PYLE, JERRI, 223 MARYSVILLE RD, NORTH EAST, MD 21901

10925   PYLE, JOHN F, 10600 CROTHERS RD, SAN JOSE, CA 95127-1728

10925   PYLE, KENNETH, 1100 E, COLUMBUS, OH 43211

10925   PYLE, PATRICIA, 14512 SUNROSE, DALLAS, TX 75234

10925   PYLE, WILLIAM, 141 GENOA ST, IND HARBOR BCH, FL 32937

10925   PYLES, BETTYE, 1647 GREENLAND PK CR., SHELBYVILLE, KY 40065

10925   PYLES, CECIL, 103 SPRING MEADOW RD, SIMPSONVILLE, SC 29681

10925   PYLES, CURTIS, 513 GOLDSMITH ROAD, SIMPSONVILLE, SC 29681

10925   PYLES, KENNETH, 103 SPRING MEADOW RD, SIMPSONVILLE, SC 29680

10925   PYLES, LEROY, 515 GOLD SMITH ROAD, SIMPSONVILLE, SC 29681

10925   PYLES, RUSSELL, 126 SYCAMORE CROSSING, SAVANNAH, GA 31410

10925   PYLES, VIRGINIA, 103 SPRING MEADOW RD, SIMPSONVILLE, SC 29681

10925   PYNE, SPENCER, 135 NETHERWOOD AVE., PLAINFIELD, NJ 07062

10925   PYNER, BERT, 2300 HARRIS, KEY WEST, FL 33040

10925   PYNN, RHONDA, 6441 DEVOE ROAD, CAMILLUS, NY 13031

10925   PYRAMID COMMUNICATIONS, 947 S.MAIN ST., GREENWOOD, SC 29646

10925   PYRAMID COMMUNICATIONS, PO BOX 910, STEPHENVILLE, TX 76401-0910

10925   PYRAMID COMPANIES, THE, ONE N LEXINGTON AVE, WHITE PLAINS, NY 10601

10924   PYRAMID CONCRETE PROD, 301 BENTON AVE, JANESVILLE, WI 53545

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | PYRAMID CONCRETE PRODUCTS, 301 BENTON AVE., JANESVILLE, WI 53545 | |
| 10924 | PYRAMID CONSTRUCTION, 1303 HILLS WAY CT, BALTIMORE, MD 21234 | |
| 10924 | PYRAMID INSULATION, 2902 EAST JAPPA ROAD, BALTIMORE, MD 21234 | |
| 10924 | PYRAMID INSULATION, INC., 2902 EAST JOPPA ROAD, BALTIMORE, MD 21234 | |
| 10924 | PYRAMID PRECAST CO, 2438 NORHT LOCUST AVENUE, RIALTO, CA 92377 | |
| 10924 | PYRAMID READY MIX - DO NOT USE, 6825 IRENE RD, BELVIDERE, IL 61008 | |
| 10924 | PYRAMID READY MIX - DO NOT USE, 6825 IRENE ROAD, BELVIDERE, IL 61008 | |
| 10924 | PYRAMIDS HEALTH ATHLETIC CLUB, 4100 HEWITT ST., GREENSBORO, NC 27404 | |
| 10924 | PYRO ENGINEERING, 14801 ANSON AVE., SANTA FE SPRINGS, CA 90670 | |
| 10924 | PYRO ENGINEERING, 14801 SO. ANSON, SANTA FE SPRINGS, CA 90670 | |
| 10925 | PYRO-MATIC, 2185 W. PERSHING ST., APPLETON, WI 54914 | |
| 10925 | PYROMATICS CORP, 3985 BEN HUR AVE, WILLOUGHBY, OH 44094 | |
| 10924 | PYROMAX - STOCK, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | PYROMAX, 1829 OLD MILL ROAD, WALL, NJ 07719 | |
| 10925 | PYRON, ANNE R, 117 FOREST AVE, TROY, AL 36081 | |
| 10924 | PYROTEK ENG MATL LIMITED, GARAMONDE DR., WYMBUSH MILTON, BUCKS, MK8 8LNGBR | *VIA Deutsche Post* |
| 10924 | PYROTEK INC, 2400 BOUL. LEMIRE, DRUMMONDVILLE, QC J2B 6X9TORONTO | *VIA Deutsche Post* |
| 10924 | PYROTEK, 4447 E PARK 30 DR, COLUMBIA CITY, IN 46725 | |
| 10924 | PYROTEK, CHARLOTTE PLANT, PINEVILLE, NC 28134 | |
| 10924 | PYROTEK, INC., 1231 MANUFACTURERS ROW, TRENTON, TN 38382 | |
| 10924 | PYROTEK, INC., 970 GRACE CHURCH ROAD, SALISBURY, NC 28147 | |
| 10924 | PYROTEK, INC., CAMBRIDGE, MA 02140 | |
| 10924 | PYROTEK, WYMBUSH, GARAMONDE DRIVE, MILTON KEYNES, BUCKS, MK8 8LNGBR | *VIA Deutsche Post* |
| 10924 | PYROYFIRE FIREWORKS, R.R. #2, KENILWORTH ONTARIO, ON N0C 2E0TORONTO | *VIA Deutsche Post* |
| 10925 | Q LOGISTIC SOLUTIONS, PO BOX 505, GRIFFIN, GA 30224 | |
| 10925 | Q M S, DEPT 3297, BIRMINGHAM, AL 35287-3297 | |
| 10925 | Q PANEL CO, THE, PO BOX 75548, CLEVELAND, OH 44101-4755 | |
| 10925 | Q PANEL CO., 26200 FIRST ST., CLEVELAND, OH 44145 | |
| 10924 | Q SPORTS CLUB, 1375 E. CAMPBELL ROAD, RICHARDSON, TX 75081 | |
| 10925 | Q TECH CORPORATION, 8C HEADLEY PLACE, FALLSINGTON, PA 19054 | |
| 10924 | Q WEST CYBER AND HUB SIOTE, 55 CHURCH STREET, WHITE PLAINS, NY 10605 | |
| 10924 | Q.C. ELECTRONICS INC., 16 HIGHWOOD AVENUE, ENGLEWOOD, NJ 07631 | |
| 10925 | Q95 ASSOCIATES L.P., GEN COUNSEL, PO BOX 413952, KANSAS CITY, MO 64141 | |
| 10925 | Q95 ASSOCIATES LP, PO BOX 413952, KANSAS CITY, MO 64141 | |
| 10925 | QABRIELLI, MARK, 2405 20TH AVE SE, ROCHESTER, MN 55904 | |
| 10924 | QCI BRITANNIC, 8514 N.W. 70TH STREET, MIAMI, FL 33166 | |
| 10924 | QCI BRITANNIC, PO BOX 450871, MIAMI, FL 33245-0871 | |
| 10924 | QED (AD), 1661 WEST 3RD AVENUE, DENVER, CO 80223 | |
| 10924 | QED (AD), 3560 SO. VALLEY VIEW BLVD., LAS VEGAS, NV 89103 | |
| 10924 | QED (AD), 7095 SOUTH 700 WEST, MIDVALE, UT 84047 | |
| 10925 | QED ENVIRONMENTAL SYSTEMS INC, PO BOX 3726, ANN ARBOR, MI 48106 | |
| 10924 | QED INC., 828 S. SHERMAN, LONGMONT, CO 80501 | |
| 10925 | QENDOZA, MARIE, 55 PALM DESERT COURT, SPARKS, NV 89431 | |
| 10925 | QI SERVICES INC, PO BOX 694, MULLICA HILL, NJ 08062 | |
| 10925 | QI SERVICES, PO BOX 694, MULLICA HILL, NJ 08062 | |
| 10925 | QIAN, JUN, EAST 811 BOONE AVE. #3, SPOKANE, WA 99202 | |
| 10925 | QIAN, KUANGNAN, 45 HENDRICKSON DR, BELLEMEAD, NJ 08502 | |
| 10925 | QIS INC, 2519 WEST 109TH PLACE, CHICAGO, IL 60655 | |
| 10925 | QIU, PING, 6110 NEWBERRY CT, GURNEE, IL 60031 | |
| 10925 | Q-LAB, 24742 WEST DURANGO ST, BUCKEYE, AZ 85326 | |
| 10925 | QMS INC, PO BOX 2153, BIRMINGHAM, AL 35287-3297 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | QMS, INC, PO BOX 2153, BIRMINGHAM, AL 35287-3297 | |
| 10925 | QORE PROPERTY SCIENCES, 98 ANNEX 365, ATLANTA, GA 30398-0365 | |
| 10925 | Q-PANEL CO, THE, 26200 FIRST ST, CLEVELAND, OH 44101-4755 | |
| 10925 | Q-PANEL COMPANY, THE, POBOX 75548, CLEVELAND, OH 44101-4755 | |
| 10925 | Q-PANEL LAB PRODUCTS, 26200 FIRST ST, CLEVELAND, OH 44145 | |
| 10925 | Q-PANEL LAB PRODUCTS, POBOX 75548, CLEVELAND, OH 44101-4755 | |
| 10925 | QQEST SOFTWARE SYSTEMS, PO BOX 57728, SALT LAKE CITY, UT 84157-0728 | |
| 10925 | QSALES AND LEASING, 135 S LASALLE DEPT 4045, CHICAGO, IL 60674-4045 | |
| 10925 | QSI SECURITY INC, 136 HARVEY ROAD, LONDONDERRY, NH 03053 | |
| 10925 | QSR, INC, 13873 PARK CENTER RD. STE 217, HERNDON, VA 20171-3223 | |
| 10925 | QST ENERGY INC, 300 HAMILTON BLVD SUITE 300, PEORIA, IL 61602 | |
| 10925 | QST ENVIRONMENTAL, PO BOX 3478, PEORIA, IL 61612-3478 | |
| 10924 | QST, 404 SW 140TH TERRACE, NEWBERRY, FL 32669-3000 | |
| 10924 | QST, PO BOX 1703, GAINESVILLE, FL 32602-1703 | |
| 10924 | QT ELECTRIC SUPPLY, 40 S. WESTEND BLVD, QUAKERTOWN, PA 18951 | |
| 10925 | QUABBIN INVESTMENT CLUB, C/O DENNIS DEXTRADEUR, SOUTH ST, BARRE, MA 01005 | |
| 10925 | QUACKENBUSH CO., 6711 SANDS RD., CRYSTAL LAKE, IL 60014 | |
| 10925 | QUACKENBUSH COMPANY INC, 6711 SANDS RD, CRYSTAL LAKE, IL 60014 | |
| 10925 | QUACKENBUSH COMPANY, 500 E. MAIN ST. (RTE. 22), LAKE ZURICH, IL 60047 | |
| 10924 | QUACKENBUSH CONSTRUCTION, 4175 SOUTH LITCHFIELD ROAD, AVONDALE, AZ 85323 | |
| 10925 | QUACKENBUSH, JOHN, 435 HWY 417, MOORE, SC 29369 | |
| 10924 | QUAD CITIES CIVIC CENTER, 3RD AVE. & 14TH ST., MOLINE, IL 61265 | |
| 10924 | QUAD CITY PLAZA HOTEL, QUALITY WALLS, DAVENPORT, IA 52802 | |
| 10924 | QUAD COUNTY READY MIX, 100 E RHODE ST, CENTRALIA, IL 62801 | |
| 10924 | QUAD COUNTY READY MIX, 2090 WASHINGTON ST, CARLYLE, IL 62231 | |
| 10924 | QUAD COUNTY READY MIX, 902 N. WASHINGTON, NASHVILLE, IL 62263 | |
| 10924 | QUAD COUNTY READY MIX, BREESE, IL 62230 | |
| 10924 | QUAD COUNTY READY MIX, HOTZE ROAD, SALEM, IL 62881 | |
| 10924 | QUAD COUNTY READY MIX, HWY 160 SOUTH, NEW BADEN, IL 62265 | |
| 10924 | QUAD COUNTY READY MIX, OKAWVILLE, IL 62271 | |
| 10924 | QUAD COUNTY READY MIX, PLANT #1 - SHILOH DRIVE, MOUNT VERNON, IL 62864 | |
| 10924 | QUAD COUNTY READY MIX, PLANT #2 - RR2-BENTON ROAD, MOUNT VERNON, IL 62864 | |
| 10924 | QUAD COUNTY READY MIX, RR 1 BOX 53, OKAWVILLE, IL 62271 | |
| 10925 | QUAD GROUP INC, 1815 S LEWIS ST, SPOKANE, WA 99204 | |
| 10924 | QUAD ONE SUITE C, HAMMONDS & SILLS, 1111 S FOSTER DR, BATON ROUGE, LA 70896 | |
| 10924 | QUAD READY MIX, P. O. BOX 158, OKAWVILLE, IL 62271 | |
| 10925 | QUAD TECH, INC, PO BOX 5-0551, WOBURN, MA 01815-0551 | |
| 10925 | QUADE, DAVID, 4201 KINGSBURY DRIVE, FORT COLLINS, CO 80525-3340 | |
| 10925 | QUADIR, TARIQ, 8808 TIMBERCHASE COURT, CINCINNATI, OH 45069 | |
| 10925 | QUADNA PSI, POBOX 41475, TUCSON, AZ 85717 | |
| 10925 | QUADNA PUMP SYSTEMS, 9146 MARSHALL PLACE, WESTMINSTER, CO 80030 | |
| 10925 | QUADRA CHEMICAL COMPANY, 1100 BLAIR ROAD, BURLINGTON, ON L7M 1K9CANADA | *VIA Deutsche Post* |
| 10925 | QUADRA CHEMICAL, 370 JOSEPH CARRIER BLVD, VAUDREUIL, QC J7V 5V5CANADA | *VIA Deutsche Post* |
| 10925 | QUADRAMED CORPORATION, POBOX 1438, SAN JOSE, CA 95109-1438 | |
| 10925 | QUADRANT CHEMICAL CORP, JOEL BACHMAN, | |
| 10925 | QUADRANT HEALTH STRATEGIES, 34 SALEM ST, WILMINGTON, MA 01887 | |
| 10925 | QUADREL BROS TRUCKING CO, PO BOX 1191C, RAHWAY, NJ 07065 | |
| 10925 | QUADRO INC., PO BOX 33042, DETROIT, MI 48232 | |
| 10925 | QUADRO, INC, 55 BLEEKER ST., MILLBURN, NJ 07041-1414 | |
| 10925 | QUADROS, GEORGINA, 195 TRULL LANE EAST, LOWELL, MA 01852 | |
| 10924 | QUADROZZI CONCRETE CORP, PO BOX 920179, ARVERNE, NY 11692-0179 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    QUADROZZI CONCRETE CORP., 7302 AMSTEL BLVD, ARVERNE, NY 11692

10924    QUADROZZI CONCRETE CORP., CROPSY AVENUE, CONEY ISLAND, NY 11224

10924    QUADROZZI CONCRETE CORP., P.O. BOX 920179, ARVERNE, NY 11692-0179

10924    QUADROZZI CONCRETE CORP., SMITH & 9TH STREET, BROOKLYN, NY 11237

10925    QUAGLIERI, DAVID, 110A OLDE DERBY RD, NORWOOD, MA 02062

10925    QUAGLINO, JAMES, 24 CHARLES ST, WESTWOOD NJ, NJ 07675

10924    QUAIL CHOICE, 100 KIMEL FOREST DRIVE, WINSTON SALEM, NC 27103

10925    QUAIL VALLEY, PO BOX 445, MISSOURI CITY, TX 77459-0445

10925    QUAIL, GAIL, 60 SABLE AV, NORTH DARTMOUTH, MA 02747

10925    QUAILE, JAMES, 9617 GLENDOWER CT, LAUREL, MD 20723

10924    QUAKENBUSH CONSTRUCTION, ATTENTION: ACCOUNTS PAYABLE, AVONDALE, AZ 85323

10925    QUAKER CHEMICAL CORP, SAMUEL H ISRAEL, FOX ROTHSCHILD OBR, 2000 MARKET ST 10TH FL, PHILADELPHIA, PA 19103-3291

10925    QUAKER CITY CHEMICALS INC, 7360 MILNOR ST, PHILADELPHIA, PA 19136

10924    QUAKER CITY CHEMICALS, INC., 7360 MILNOR STREET, PHILADELPHIA, PA 19136

10924    QUAKER COLOR COMPANY, 201 S. HELLERTOWN AVENUE, QUAKERTOWN, PA 18951

10924    QUAKER COLOR COMPANY, PO BOX 219, QUAKERTOWN, PA 18951

10925    QUAKER OATS CO THE, LARS JOHNSON,

10925    QUAKER OATS CO, MS SANDY LONG, 321 NORTH CLARK ST, CHICAGO, IL 60610

10925    QUAKER SUGAR COMPANY, 432 RODNEY ST, BROOKLYN, NY 11211

10925    QUAKER TOWN, PRE-RET, STEEL, NY, NY 10069

10925    QUAKER TOWN, SINGLE, FLEE, NY, NY 10056

10925    QUAKER, J&S OPTIONS, BLIM, NY, NY 10089

10925    QUAKER, ONE, ELMH AVE, 2H, NY, NY 10010

10925    QUAKER, TWO, AVEC, 25, NY, NY 11010

10924    QUAL RUN AT WELLINGTON, 41 WELLINGTON CENTER, STATEN ISLAND, NY 10314

10925    QUALA SYSTEMS INC., 102 PICKERING WAY, EXTON, PA 19341

10925    QUALAWASH, PO BOX 8500 S-5855, PHILADELPHIA, PA 19178

10925    QUALCOMM, 4122 SORRENTO VALLEY BLVD, SAN DIEGO, CA 92121-1111

10925    QUALCOMM, 5525 MOREHOUSE DR, SAN DIEGO, CA 92121

10925    QUALCOMM, ATTN:ACCOUNTS PAYABLE, SAN DIEGO, CA 92191-9999

10925    QUALEX CONSULTING SERVICES, 382 FOX CHASE DR., COLLINSVILLE, VA 24078

10924    QUALEX, 1200 N. DIXIE HWY, HOLLYWOOD, FL 33020

10925    QUALI TECH, INC, 318 LAKE HAZELTINE DR., CHASKA, MN 55318-1093

10924    QUALITECH, 318 LAKE HAZELTINE DRIVE, CHASKA, MN 55318

10924    QUALITY #4072/HOLBROOK, HWY 77 SOUTH / 1 MI. S. OF HOLBROOK, HOLBROOK, AZ 86025

10924    QUALITY #4073/SNOWFLAKE, SNOWFLAKE, AZ 85937

10924    QUALITY #4074/WINSLOW, 1501 E. 2ND STREET, WINSLOW, AZ 86047

10924    QUALITY #4075/CHINLE, CHINLE, AZ 86503

10924    QUALITY #4076/GREASEWOOD, BITAHOCHEE, AZ 86031

10924    QUALITY #4077/DELCON, ROUTE 15 W. OF INDIAN WELLS, INDIAN WELLS, AZ 86031

10925    QUALITY AIR, INC, 6309 FORT SMALLWOOD RD., BALTIMORE, MD 21226

10925    QUALITY ASSURANCE SPECIALISTS, PO BOS 12031, LAKE CHARLES, LA 70612

10924    QUALITY AUTOMOTIVE COMPANY, 501 SILVER LAKE RD., SANFORD, FL 32773

10924    QUALITY AUTOMOTIVE, 1875 EAST LAKE MARY BLVD., SANFORD, FL 32773

10924    QUALITY BLOCK & SUPPLY, 1590 INDUSTRIAL PARK, TAMPA, FL 33660

10924    QUALITY BLOCK & SUPPLY, PO BOX247, SEFFNER, FL 33584

10924    QUALITY BLOCK CO, 3035 SO. 35TH AVE., PHOENIX, AZ 85041

10924    QUALITY BLOCK, 3035 S. 35TH AVE, PHOENIX, AZ 85041

10924    QUALITY BUILDERS SUPPLY, N61 W23198 SILVER SPRING DRIVE, SUSSEX, WI 53089

10924    QUALITY BUILDERS SUPPLY, P.O. BOX 391, SUSSEX, WI 53089

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | QUALITY BUILDING MAINTENANCE SUPPLI, PO BOX 2561, NEWNAN, GA 30264-2561 | |
| 10924 | QUALITY BUILDING PRODUCTS, 7737 N. 67TH STREET, MILWAUKEE, WI 53223 | |
| 10924 | QUALITY BUILDING PRODUCTS, 7737 NORTH 67TH STREET, MILWAUKEE, WI 53223 | |
| 10925 | QUALITY BUILDING SERVICE, 14747 ARTESIA BLVD SUITE 4E, LA MIRADA, CA 90638 | |
| 10924 | QUALITY BUILDING SUPPLY, 4918 W. NORTH AVENUE, CHICAGO, IL 60639 | |
| 10924 | QUALITY BUILDING SUPPLY, P.O. BOX 39160, CHICAGO, IL 60639 | |
| 10925 | QUALITY CARRIERS INC, PO BOX 102863, ATLANTA, GA 30368-2863 | |
| 10925 | QUALITY CARRIERS, INC, PO BOX 102863, ATLANTA, GA 30368-2863 | |
| 10925 | QUALITY CHEMICAL EXCHANGE INC, 375 PKWY 575 SUITE 200, WOODSTOCK, GA 30188 | |
| 10925 | QUALITY CHEMICAL EXCHANGE, 216 CREEKSTONE RIDGE, WOODSTOCK, GA 30188 | |
| 10925 | QUALITY CIRCUITS INC, 1102 PROGRESS DRIVE, FERGUS FALLS, MN 56537 | |
| 10924 | QUALITY COATINGS, 1700 NORTH STATE STREET, CHANDLER, IN 47610 | |
| 10924 | QUALITY COMM. & CABLING, 44645 GUILFORD DR.SUITE 204, ASHBURN, VA 20147 | |
| 10924 | QUALITY CONCRE-MIX, INC., ATTN:  ACCOUNTS PAYABLE, BAYAMON, PR 960PUERTO RICO | *VIA Deutsche Post* |
| 10924 | QUALITY CONCRE-MIX, INC., DELETION** S.CLARK, PO BOX1302, BAYAMON, PR 960PUERTO RICO | *VIA Deutsche Post* |
| 10924 | QUALITY CONCRETE & READY MIX, 1401 E. 75H, EUREKA, KS 67045 | |
| 10924 | QUALITY CONCRETE BLOCK IN, P O BOX 1110, ELBERTON, GA 30635 | |
| 10924 | QUALITY CONCRETE BLOCK INC, OLD MIDDLETON RD, ELBERTON, GA 30635 | |
| 10924 | QUALITY CONCRETE BLOCK INC, P O BOX 1110, ELBERTON, GA 30635 | |
| 10924 | QUALITY CONCRETE CO. INC., 2111 4TH AVENUE NORTH, BILLINGS, MT 59101 | |
| 10924 | QUALITY CONCRETE COMPANY, 327 17TH AVE S, CLINTON, IA 52732 | |
| 10924 | QUALITY CONCRETE COMPANY, 327 17TH AVENUE S, CLINTON, IA 52732 | |
| 10924 | QUALITY CONCRETE COMPANY, 35 MADISON, SAVANNA, IL 61074 | |
| 10924 | QUALITY CONCRETE CORP, 17290 S W 192 STREET, MIAMI, FL 33187 | |
| 10924 | QUALITY CONCRETE CORP, 400 N W 10 AVENUE, HOMESTEAD, FL 33030 | |
| 10924 | QUALITY CONCRETE CORP, 810 FISH ROAD, TIVERTON, RI 02878 | |
| 10924 | QUALITY CONCRETE CORP., 245 TRIPP ST., FALL RIVER, MA 02724 | |
| 10924 | QUALITY CONCRETE CORP., 810 FISH RD., TIVERTON, RI 02878 | |
| 10924 | QUALITY CONCRETE MIX, PLANT #1, TOA BAJA, PR 949PUERTO RICO | *VIA Deutsche Post* |
| 10924 | QUALITY CONCRETE MIX, PLANT #2, NARANJITO, PR 719PUERTO RICO | *VIA Deutsche Post* |
| 10924 | QUALITY CONCRETE MIX, PLANT #3, NARANJITO, PR 719PUERTO RICO | *VIA Deutsche Post* |
| 10924 | QUALITY CONCRETE PROD., PO BOX 130, SUSSEX, WI 53089 | |
| 10924 | QUALITY CONCRETE, 3225 CHELAN HIGHWAY, WENATCHEE, WA 98801 | |
| 10924 | QUALITY CONCRETE, 400 NW 10TH AVENUE, HOMESTEAD, FL 33030 | |
| 10924 | QUALITY CONCRETE, 46-73 METROPOLITAN AVE, FLUSHING, NY 11385 | |
| 10924 | QUALITY CONCRETE, 945 COLLEGE AVE., ATHENS, GA 30603 | |
| 10924 | QUALITY CONCRETE, ATTN:  ACCOUNTS PAYABLE, BILLINGS, MT 59103 | |
| 10924 | QUALITY CONCRETE, RT 2 BOX 177, MARSHALL, MO 65340 | |
| 10924 | QUALITY CONCRETE, RTE 2 BOX 177, MARSHALL, MO 65340 | |
| 10924 | QUALITY CONCRETE/NEW YORK, 46-73 METROPOLITAN AVE., FLUSHING, NY 11385 | |
| 10924 | QUALITY CONCRETE/NEW YORK, METROPOLITAN AVE., MASPETH, NY 11378 | |
| 10924 | QUALITY CONTAINERS LTD., 128 MILVAN DRIVE, WESTON, ONTARIO, ON M9L 1Z9TORONTO | *VIA Deutsche Post* |
| 10925 | QUALITY CONTROL EQUIP CO, 7310 CENTRAL, RIVER FOREST, IL 60305 | |
| 10925 | QUALITY CUSTOM PACKAGING INC 11, PO BOX 66, MIDDLETON, MA 01949 | |
| 10925 | QUALITY DRYWALL OF MAZOMANIE INC, VIRGIL P RUHLAND, 10247 OLSON ROAD, MAZOMANIE, WI 53560 | |
| 10924 | QUALITY ELECTRIC, 210 EAST LEE, HARLINGEN, TX 78550 | |
| 10924 | QUALITY ENGINEERING CORP., 9400 N.W. 12 STREET, MIAMI, FL 33172 | |
| 10924 | QUALITY ENGINEERING CORP., PO BOX 52-3446, MIAMI, FL 33152-3446 | |
| 10925 | QUALITY FENCE CO, 1403 SW WALTON LAKES DR, PORT SAINT LUCIE, FL 34952 | |
| 10925 | QUALITY FIRE PROTECTION INC, 5454 WASHINGTON ST UNIT #5, DENVER, CO 80216 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    QUALITY FORMULATION LABS, 110 PENNSYLVANIA AVENUE, PATERSON, NJ 07509

10925    QUALITY FREIGHT SERVICE, 11810 DIAMOND HEAD, EL PASO, TX 79936

10925    QUALITY GAS PRODUCTS, INC, 10172 MAMMOTH AVE., BATON ROUGE, LA 70814

10924    QUALITY GLASS & MIRROR, 7009 SO. 107TH STREET, LA VISTA, NE 68128

10925    QUALITY HOIST & ELECTRIC, 952 N BARCELONA PLACE, WALNUT, CA 91789

10925    QUALITY HOTEL CENTRAL, 4747 MONTGOMERY RD., CINCINNATI, OH 45212

10925    QUALITY INDUSTRIAL PROPANE INC, 99 JACKSON ST, CANTON, MA 02021

10925    QUALITY INN - HAYWOOD, 50 ORCHARD PARK DR, GREENVILLE, SC 29615

10924    QUALITY INN, PHOENIX, AZ 85019

10924    QUALITY INSUL OF MEMPHIS, 5571 UNIVERSAL DR., MEMPHIS, TN 38118

10924    QUALITY INSULATION FABRICATORS INC, 16538 CLEARCREEK ROAD, REDDING, CA 96001

10924    QUALITY INSULATION FABRICATORS INC, 4562 EAST 2ND STREET SUITE F, BENICIA, CA 94510

10924    QUALITY INSULATION OF MEMPHIS, CAMBRIDGE, MA 02140

10925    QUALITY INSULATION, 118 D KIRKLAND CIRCLE, OSWEGO, IL 60543

10925    QUALITY INSULATION, 8825 DALLAS HOLLOW RD., HIXSON, TN 37343

10925    QUALITY LANDSCAPING INC, POBOX 921, CLEMENTON, NJ 08021

10925    QUALITY LINEN & TOWEL SUPPLY CO, POBOX 4018, SALT LAKE CITY, UT 84110-4018

10925    QUALITY LITIGATION SUPPORT L.L.C., 341 THIRD ST, BATON ROUGE, LA 70801

10924    QUALITY MACHINING, 1001 UNIEK DRIVE, WAUNAKEE, WI 53597

10925    QUALITY MAINTENANCE & FILTRATION, 166 N. MARTINTOWN RD., EDGEFIELD, SC 29824

10924    QUALITY MATERIAL, INC, 123 S.E. 4TH STREET, BEND, OR 97702

10924    QUALITY MATERIALS INC, ATTN:  ACCOUNTS PAYABLE, BEND, OR 97708

10924    QUALITY MATERIALS, INC., P.O. BOX 6269, BEND, OR 97708

10924    QUALITY METAL PRODUCTS, 11500 WEST 13TH AVENUE, LAKEWOOD, CO 80215

10924    QUALITY METAL PRODUCTS, 1250 SIMMS, GOLDEN, CO 80401

10925    QUALITY OIL CO INC, PO BOX 489, OWENSBORO, KY 42302-0489

10925    QUALITY PARTS AND SERVICE, 211 FLEMING ST, LAURENS, SC 29360

10925    QUALITY PATENT PRINTING INC, PO BOX 2404, ARLINGTON, VA 22202

10925    QUALITY PLUMBING CO, INC, PO BOX 597, AIKEN, SC 29802

10924    QUALITY POULTRY, BELIZE, AK 99999

10925    QUALITY PRINTED CIRCUITS, 5815 SOUTH 25TH ST, PHOENIX, AZ 85040

10925    QUALITY PRINTERS, 12008 S.CENTRAL AVE., ALSIP, IL 60658

10925    QUALITY PRINTING & GRAPHICS, 502 EDGEFIELD RD., NORTH AUGUSTA, SC 29841

10925    QUALITY PRINTING CO., 2106 TRIPLETT ST, OWENSBORO, KY 42303

10925    QUALITY PRODUCTS, 101 SHERRILL ST, JACKSON, GA 30233

10924    QUALITY READY MIX CONCRETE COMPANY, 14849 LYNDON RD., MORRISON, IL 61270

10924    QUALITY READY MIX CONCRETE, HIGHWAY 38 EAST, DIXON, IL 61021

10924    QUALITY READY MIX INC, 12201 FRYBURG RD, WAPAKONETA, OH 45895

10924    QUALITY READY MIX INC, ATTN:  ACCOUNTS PAYABLE, SEARCY, AR 72145

10924    QUALITY READY MIX INC., 261 S. WHITE MOUNTAIN RD, SHOW LOW, AZ 85901

10924    QUALITY READY MIX INC., 261 SOUTH WHITE MOUNTAIN ROAD, SHOW LOW, AZ 85901

10924    QUALITY READY MIX, 13134 GALT ROAD, STERLING, IL 61081

10924    QUALITY READY MIX, 1415 14TH AVENUE, FULTON, IL 61252

10924    QUALITY READY MIX, 14849 LYNDON RD, MORRISON, IL 61270

10924    QUALITY READY MIX, 14849 LYNDON ROAD, MORRISON, IL 61270

10924    QUALITY READY MIX, 1824 GILFORD AVE., NEW HYDE PARK, NY 11040

10924    QUALITY READY MIX, 201 CARTOON RD, SEARCY, AR 72143

10924    QUALITY READY MIX, 327 17TH AVE S., CLINTON, IA 52732

10924    QUALITY READY MIX, 327 17TH STREET S, CLINTON, IA 52732

10924    QUALITY READY MIX, 501 EAST ST, BAYARD, NM 88023

10924    QUALITY READY MIX, COTTONWOOD, AZ 86326

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | QUALITY READY MIX, HWY 321 SOUTH, AVOCA, AR 72711 | |
| 10924 | QUALITY READY MIX, HWY 67, CAMANCHE, IA 52730 | |
| 10924 | QUALITY READY MIX, P O BOX 69, ERIE, IL 61250 | |
| 10924 | QUALITY READY MIX, PO BOX 82, SEARCY, AR 72143 | |
| 10924 | QUALITY READY MIX, PO BOX410, SILVER CITY, NM 88062 | |
| 10924 | QUALITY READY MIX, PROPHETSTOWN, IL 61277 | |
| 10924 | QUALITY READY MIX, SILVER CITY, NM 88062 | |
| 10924 | QUALITY REDI-MIX, 703 RAND ROAD, KAUFMAN, TX 75142 | |
| 10924 | QUALITY REDI-MIX, PO BOX535, KAUFMAN, TX 75142 | |
| 10924 | QUALITY ROOFING SUPPLY, 1572 HIGHWAY ONE, LEWES, DE 19958 | |
| 10924 | QUALITY ROOFING SUPPLY, 2890 HEMPLAND ROAD, LANCASTER, PA 17601 | |
| 10924 | QUALITY ROOFING SUPPLY, 9 PARKWAY CENTER, NEW CASTLE, DE 19720 | |
| 10924 | QUALITY ROOFING SUPPLY, 95 VAN GUYSLING AVENUE, SCHENECTADY, NY 12305 | |
| 10925 | QUALITY ROOFING, 12 UNION ST, JERSEY CITY, NJ 07304 | |
| 10925 | QUALITY ROOFING, 2890 HEMPLAND RD, LANCASTER, PA 17601 | |
| 10925 | QUALITY SCALE, 7241 WEST ROOSEVELT ROAD, FOREST PARK, IL 60130 | |
| 10924 | QUALITY SCREENS INC, POBOX 713, JACKSBORO, TN 37757 | |
| 10924 | QUALITY SERVICE & SUPPLY, 1500 W. 3RD ST, AMARILLO, TX 79106 | |
| 10925 | QUALITY SERVICES INC, PO BOX 2561, NEWNAN, GA 30264 | |
| 10925 | QUALITY SHOE REPAIR, 246 MAIN ST, EAST SETAUKET, NY 11733 | |
| 10925 | QUALITY SOLUTIONS, 3824 HAZEL AVE SUITE 250, CINCINNATI, OH 45212-3826 | |
| 10925 | QUALITY STAINLESS FABRICATION, 140 CHERRY ROAD, ROCHESTER, NY 14624 | |
| 10925 | QUALITY STAMP & SEAL INC, 4323 WEST CACTUS RD SUITE 11, GLENDALE, AZ 85304-2300 | |
| 10925 | QUALITY STORAGE PRODUCTS INC, PO BOX 2736, HOMEWOOD, IL 60430-7736 | |
| 10924 | QUALITY SUPPLY & TOOL, **TO BE DELETED**, INDIANAPOLIS, IN 46217 | |
| 10924 | QUALITY SUPPLY & TOOL, 1440 W. SUNDAY DRIVE, INDIANAPOLIS, IN 46217 | |
| 10925 | QUALITY SYSTEMS INC., PO BOX 11252, FORT LAUDERDALE, FL 33339 | |
| 10925 | QUALITY SYSTEMS REGISTRARS, INC, 13873 PARK CENTER RD., STE. 217, HERNDON, VA 20171-3223 | |
| 10925 | QUALITY TEMPS INC, 623 PLEASANT ST, BROCKTON, MA 02401 | |
| 10925 | QUALITY TRANSFER, INC, 45051 INDUSTRIAL DR., FREMONT, CA 94538-6436 | |
| 10925 | QUALITY TRANSFORMER, 150 EAST AURORA ST, WATERBURY, CT 06708 | |
| 10925 | QUALITY TRANSPORTATION SERVICE, PO BOX 6457, ASHLAND, VA 23005 | |
| 10925 | QUALITY TRANSPORTATION SERVICES INC, PO BOX 6457, ASHLAND, VA 23005 | |
| 10924 | QUALITY WALLS, 708 34TH AVE, ROCK ISLAND, IL 61201 | |
| 10924 | QUALITY WALLS, INC, 708 34TH AVENUE, ROCK ISLAND, IL 61201 | |
| 10924 | QUALITY WALLS, INC., CAMBRIDGE, MA 02140 | |
| 10924 | QUALITY WALLS, INC., HAMMOND HENRY HOSPITAL, GENESEO, IL 61254 | |
| 10925 | QUALLS, ANNA E, BOX 116 TEAYS HOLLOW RD, HURRICANE, WV 25526 | |
| 10925 | QUALLS, KERRI, 955 PINE TREE LANE, APTOS, CA 95003 | |
| 10925 | QUALLS, MELVIN, 307 PECAN GROVE #44, SCOTT, LA 70583 | |
| 10925 | QUALLS, SALLY, 174 WOODSIDE RD, SIMPSONVILLE, SC 29680 | |
| 10925 | QUALLS, SAMUEL, 230 14TH ST, SAN LEON, TX 77518 | |
| 10925 | QUAL-MED PLANS FOR HEALTH, DEPT NUMBER 01612, SAN FRANCISCO, CA 94139-1612 | |
| 10925 | QUALMED SEATTLE, WA, PO BOX 24145, SEATTLE, WA 98124-9789 | |
| 10925 | QUALTECH OF RACINE, INC, PO BOX 1527, RACINE, WI 53401-1527 | |
| 10925 | QUALTER, DIANNE, 2 FREDERICKSON DR, RANDOLPH, MA 02368 | |
| 10925 | QUALTIERI, JOHN, 2075 COTTONWOOD CIRCLE #37, EL CENTRO, CA 92243 | |
| 10925 | QUAL-TRON, 4339 S 93RD EAST AVE, TULSA, OK 74145 | |
| 10925 | QUAL-TRONICS INC, 12909 CERISE AVE, HAWTHORNE, CA 90250 | |
| 10925 | QUAM, GARY, N2139 LAKE DRIVE, LODI, WI 53555-9743 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 QUAM, RUTH, 31 EAMES ST, N READING, MA 01864

10925 QUAMME, RICHARD, 2109 YORKTOWN DRIVE, LAPLACE, LA 70068

10924 QUANDT, GIFFELS, BUCK & RODGERS, 800 THE LEADER BLDG, CLEVELAND, OH 44114-1460

10925 QUANTACHROME CORP., 1900 CORP. DR., BOYNTON BEACH, FL 33426

10925 QUANTERRA INC, PO BOX 98301, CHICAGO, IL 60693-8301

10925 QUANTEX CORP, 2 RESEARCH COURT, ROCKVILLE, MD 20850

10924 QUANTICO MANPOWER CENTER, QUANTICO, VA 22134

10925 QUANTROL INC, 543 S WASHINGTON ST, NAPERVILLE, IL 60540

10925 QUANTUM CHEMICAL COMPANY, POBOX 429550, CINCINNATI, OH 45249

10924 QUANTUM CHEMICAL CORP, 1275 SECTION ROAD, CINCINNATI, OH 45237

10924 QUANTUM CHEMICAL CORP, 3100 GOLF ROAD, ROLLING MEADOWS, IL 60008

10924 QUANTUM CHEMICAL CORP, ALLEN RESEARCH CTR, PO BOX 429566, CINCINNATI, OH 45249-9566

10925 QUANTUM CHEMICAL CORP, USI DIV, PITTSBURGH, PA 15264-0885

10924 QUANTUM CHEMICAL CORP., ALLEN RESEARCH CENTER, 11530 NORTHLAKE DRIVE, CINCINNATI, OH 45249

10924 QUANTUM CHEMICAL CORP., HWY 30 WEST, CLINTON, IA 52732

10924 QUANTUM CHEMICAL CORPORATION, PO BOX 218, TUSCOLA, IL 61953

10924 QUANTUM CHEMICAL CORPORATION, ROUTE 36 WEST, TUSCOLA, IL 61953

10925 QUANTUM COMPLIANCE SYSTEMS INC, 4251 PLYMOUTH ROAD SUITE 1200, ANN ARBOR, MI 48105

10925 QUANTUM COMPLIANCE SYSTEMS, INC, 2111 GOLFSIDE, YPSILANTI, MI 48197

10925 QUANTUM MARKETING, 441 HIGH ST, PERTH AMBOY, NJ 08861

10925 QUARLES & BRADY, 411 E. WISCONSIN AVE, MILWAUKEE, WI 53202-4278

10925 QUARLES & BRADY, 411 E.WISCONSIN AVE., MILWAUKEE, WI 53202-4497

10924 QUARLES SUPPLY, 1616 CALHOUN ROAD, GREENWOOD, SC 29649

10925 QUARLES, ALLIE, 2203 GRAND AVE, LOUISVILLE, KY 40210

10925 QUARLES, HARRY BEN, 66 POOR FARM ROAD, HARVARD, MA 01451

10925 QUARLES, HARRY, 66 POOR FARM RD, HARVARD, MA 01451

10925 QUARLES, JIMMIE, 642 N. LIVINGSTON, INDIANAPOLIS, IN 46222

10925 QUARLES, MICHAEL, 4 HATTERAS LANE, SIMPSONVILLE, SC 29680

10925 QUARTERLEY, KEVIN, 70 DEERFIELD DRIVE, BRIDGEWATER, MA 02324

10925 QUARTERMAN, CRAIG, 5850 PAR 4 COURT, DECATUR, GA 30035

10925 QUARTZ PRODUCTS COMPANY, PO BOX 641375, PITTSBURGH, PA 15264-1375

10925 QUARTZ PRODUCTS, PO BOX 74009, LOUISVILLE, KY 40201

10925 QUARTZ, SUSAN, 328 WHEELER, 8, RENO, NV 89502

10925 QUASS, JEFFEREY D, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925 QUASS, JEFFREY, 4072 HACKBERRY CT, GREEN BAY, WI 54311

10925 QUATERNARY RESOURCE INVESTIGATIONS, 10500 COURSEY BLVD SUITE 106, BATON ROUGE, LA 70816

10925 QUATREVINGT, JR, HERBERT, 3204 EAST PARK AVE., #226, HOUMAORT, LA 70363

10925 QUATREVINGT, LLOYD, 5324 BAYOUSIDE DRIVE, CHAUVIN, LA 70344

10925 QUATRO, 6100 JEFFERSON NE, ALBUQUERQUE, NM 87109

10925 QUATRO, JEAN, 69 MARIE AVE., BRIDGEWATER, NJ 08807

10924 QUATRONE MASONRY, 24 PENN AVE., RIDGWAY, PA 15853

10925 QUATT, MARK, 216 GILDERBROOK ROAD, GREENVILLE, SC 29615

10925 QUATTLEBAUM, ROBERT, 1521 CAROLINA DRIVE, TRYON, NC 28782

10925 QUATTROCCHI, KIMBERLY, 171 LAWNDALE ROAD, STONEHAM, MA 02180

10925 QUATTROCCHI, S, 29 CARGILL ST, LIVERMORE FALLS, ME 04254

10925 QUAY CORPORATION, 10 INDUSTRIAL WAY EAST, EATONTOWN, NJ 07724

10925 QUDSIEH, SAMIR, 33 SCHOOL ST, N. UXBRIDGE, MA 01538

10925 QUEAHPAMA, CATHY, 3501 BARRYMORE DR, RENO, NV 89512

10924 QUEBECOR, 4800 SPRING HILL ROAD, FARMERS BRANCH, TX 75234

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | QUEBEDEAUX, TAMMY, 200 MICKEY RD, LAFAYETTE, LA 70502 | |
| 10925 | QUEBODEAUX, WILFRED, 1028 FLORENCE DRIVE, BREAUX BRIDGE, LA 70517 | |
| 10924 | QUEEN CITY BARREL COMPANY, THE, 401 COLORADO AVENUE., LOUISVILLE, KY 40208 | |
| 10924 | QUEEN CITY ELECTRICAL SUPPLY C, 3RD & WALNUT STREET, ALLENTOWN, PA 18105 | |
| 10924 | QUEEN CITY INSULATION, 10005 SPRINGFIELD PIKE, CINCINNATI, OH 45215 | |
| 10925 | QUEEN CITY REPRODUCTION, 10804 MILLINGTON CT, CINCINNATI, OH 45242 | |
| 10924 | QUEEN COLLEGE, 1900 SEWYN AVE., CHARLOTTE, NC 28207 | |
| 10925 | QUEEN MARY AND WESTFIELD COLLEGE, MILE END ROAD, LONDON, E1 4NSUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | QUEEN OF PEACE HOSP C/O MINUTI OGLE, 301 2ND STREET NE, NEW PRAGUE, MN 56071 | |
| 10925 | QUEEN, CAROL, 2905 CAMA DR., GASTONIA, NC 28052 | |
| 10925 | QUEEN, ELAINE L, CUST FOR CHARLES OGLE, UNIF GIFT MIN ACT-NY, 2540 WOODLAND DR, EUGENE, OR 97403-1866 | |
| 10925 | QUEEN, KAREN, 704 S. CEDAR ST, LINCOLNTON, NC 28092 | |
| 10925 | QUEEN, LETA, 2061 STARLIGHT DRIVE, MARIETTA, GA 30062 | |
| 10925 | QUEEN, NANCY, RT 2 BOX 136E, COMMERCE, GA 30529 | |
| 10925 | QUEEN, PATRICIA, 5882 HOLCOMB, DETROIT, MI 48213 | |
| 10925 | QUEEN, ROBERT, 1504 FERNWOOD/GLENDALE, P1, SPARTANBURG, SC 29302 | |
| 10925 | QUEEN, SHERYLL, 18 ARBOUR LANE, SPARTANBURG, SC 29302 | |
| 10925 | QUEEN, STACEY, 101 JASON, RED OAK, TX 75154 | |
| 10925 | QUEENAN, THERESA, 1250 LITTLE BAY AVE, NORFOLK, VA 23503 | |
| 10924 | QUEENS BLVD EXTENDED CARE CENTER, QUEENS BLVD & 61ST STREET, QUEENS, NY 11401 | |
| 10924 | QUEENS CIVIL COURT, 153RD STREET AND JAMACIA AVE, JAMAICA, NY 11432 | |
| 10924 | QUEENS PLACE, 88-01 QUEENS BLVD, JAMACIA, NY 11428 | |
| 10925 | QUEIROLO, MARCIA, 5212 SW 127 CT, MIAMI, FL 33175 | |
| 10925 | QUEIRUGA, LUIS, URB ISABEL LA CATOL, AGUADA, PR 00602 | |
| 10925 | QUEMETCO INC ( RSR HOLDING CORP), HOWARD MYERS, 2777 STEMMONS FREEWAY, SUITE 1800, DALLAS, TX 75207 | |
| 10925 | QUENTIN ALEXANDER, 2657 RIVER RD, CHAGRIN FALLS, OH 44022-6602 | |
| 10924 | QUENTIN BURDICK COURTHOUSE C/O BAHL, 1ST AVE. & 7TH ST. N., FARGO, ND 58102 | |
| 10924 | QUENTIN BURDICK COURTHOUSE, FIRST AVE. AND 7TH STREET NORTH, FARGO, ND 58102 | |
| 10925 | QUENTIN M CABNESS &, DAEON A CABNESS JT TEN, 423 70TH PLACE, CAPITOL HEIGHTS, MD 20743-2235 | |
| 10925 | QUENVOLDS SAFETY SHOEMOBILES, 4868 SUNRISE DR, MARTINEZ, CA 94553 | |
| 10925 | QUERQUES, S, 368 JACKSON ST, ORANGE, NJ 07050 | |
| 10925 | QUERUSIO, SALVATORE, 8 MONROE ST, SOMERVILLE, MA 02143-2009 | |
| 10925 | QUERZE, LOUIS, 1368 SO SAGUARO DRIVE, APACHE JUNCTION, AZ 85220 | |
| 10925 | QUESENBERRY, JOSEPH, 2701 CONNECTICUT AVE , NW, WASHINGTON, DC 20008 | |
| 10925 | QUESNEL, NORMAN, 2 HILLCREST ROAD, FRAMINGHAM, MA 01701 | |
| 10924 | QUEST ENVIROMENTAL & SAFETY, 7998 CENTERPOINT DRIVE,, INDIANAPOLIS, IN 46256 | |
| 10924 | QUEST AIR TECHNOLOGIES, INC., 6961 RUSSELL AVENUE, BURNABY, BC V5J 4R8TORONTO | *VIA Deutsche Post* |
| 10924 | QUEST COMMUNICATION, C/O FAST RESPONSE, 55 CHURCH STREET, WHITE PLAINS, NY 10601 | |
| 10924 | QUEST COMMUNICATIONS, 205 WEST 4TH ST SUITE 920, CINCINNATI, OH 54202 | |
| 10925 | QUEST CONSULTANTS INC., 52 UNION ST., CONCORD, NC 28026 | |
| 10925 | QUEST DIAGNOSTICS INC, POBOX 15643, WORCESTER, MA 01615-0643 | |
| 10925 | QUEST DIAGNOSTICS INC., 7124 COLLECTION CENTER DR., CHICAGO, MD 60693 | |
| 10925 | QUEST DIAGNOSTICS INC., ONE MALCOM AVE, TETERBORO, NJ 07608 | |
| 10925 | QUEST DIAGNOSTICS INC., ONE MALCOM AVE., CHICAGO, MD 60693 | |
| 10925 | QUEST DIAGNOSTICS INC., PO BOX 64813, BALTIMORE, MD 21264-4813 | |
| 10925 | QUEST DIAGNOSTICS, INC, 1901 SULPHUR SPRING RD., BALTIMORE, MD 21227 | |
| 10925 | QUEST DIAGNOSTICS, ONE MALCOM AVE., TETERBORO, NJ 07608-1070 | |
| 10925 | QUEST DIAGNOSTICS, PO BOX 13589, PHILADELPHIA, PA 19101-3589 | |
| 10924 | QUEST INTERNATIONAL, 400 INTERNATIONAL DRIVE, BUDD LAKE, NJ 07828 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    QUEST INTERNATIONAL, 5115 SEDGE BOULEVARD, HOFFMAN ESTATES, IL 60192

10924    QUEST INTERNATIONAL, 880 WEST THORNDALE AVENUE, ITASCA, IL 60143

10924    QUEST INTERNATIONAL, FLAVORS & FOOD INGREDIENTS COMPANY, 800 WEST THORNDALE AVENUE, ITASCA, IL 60143

10924    QUEST INTERNATIONAL, FLAVORS & FOOD INGREDIENTS COMPANY, 880 WEST THORNDALE AVENUE, ITASCA, IL 60143

10924    QUEST INTERNATIONAL, INTERAMERICA INDUSTRIAL PARK, (REF BURLINGTON PACKAGING), 14208 TRANSPORTATION AVE., LAREDO, TX 78041

10924    QUEST KANSAS CITY SWITCH, 711 EAST 19TH STREET, KANSAS CITY, MO 64180

10925    QUEST MANAGEMENT SYSTEMS, 30 WEST MONROE SUITE 300, CHICAGO, IL 60603

10925    QUEST MICRO SERVICES, 9828 KITTY LANE, OAKLAND, CA 94603

10925    QUEST SYSTEMS, INC, 4701 SANGAMORE RD., BETHESDA, MD 20816

10925    QUEST TECHNOLOGIES, INC, 1060 CORPORATE CENTER DR., OCONOMOWOC, WI 53066-4828

10925    QUEST TEMPORARY SERVICES INC, 3201 ATLANTA INDUSTRIAL PKWY, ATLANTA, GA 30331

10924    QUESTAR CORPORATION, 6204 INGHAM ROAD, NEW HOPE, PA 18938

10925    QUESTAR GAS, POBOX 45841, SALT LAKE CITY, UT 84139-0001

10925    QUESTAR GAS/ MOUNTAIN FUEL, PO BOX 45841, SALT LAKE CITY, UT 84139

10924    QUESTAR INC., 7231 WHIPPLE AVE NW, NORTH CANTON, OH 44720

10925    QUESTEL ORBIT, INC, 8000 WESTPARK DR.,STE. 103, MCLEAN, VA 22102

10925    QUESTEL.ORBIT INC, 8000 WESTPARK DRIVE, MCLEAN, VA 22102

10925    QUESTEL.ORBIT, 4 RUE DES COLONNES, PARIS CEDEX 02, 75082FRANCE          *VIA Deutsche Post*

10925    QUESTEL/ORBIT, 8000 WEST PARK DR, MCLEAN, VA 22101

10925    QUEVEDO, JONATHAN, 222 HUFF AVE, MANVILLE, NJ 08835

10925    QUEVEDO, MANUEL, 7 BLOOMINGDALE DR., 223, HILLSBOROUGH, NJ 08876

10925    QUEVEDO, RACHEL, 8660 CUYAMACA #28, SANTEE, CA 92071

10925    QUEZADA, BETO, 7402 WAKETON, SAN ANTONIO, TX 78250

10925    QUEZADA, SERGIO, 13827 VUDD ST., PACOIMA, CA 91331

10925    QUEZON, ANTONIO, 1604 SAM HOUSTON, HARLINGEN, TX 78550

10924    QUIAGEN, 19300 GERMANTOWN ROAD (HWY 118), GERMANTOWN, MD 20874

10925    QUICHO, ROSEMARIE, 2230 PEACHTREE CIR, CHULA VISTA, CA 91915

10924    QUICK CRETE PRODUCTS CORP, PO BOX639, NORCO, CA 91760

10924    QUICK CRETE PRODUCTS CORP., 741 WEST PARK RIDGE AVENUE, NORCO, CA 91760

10925    QUICK FUEL COMPANY, BOX 88249, MILWAUKEE, WI 53288-0249

10925    QUICK INTL COURIER, PO BOX 11170, NEW YORK, NY 10286-1170

10924    QUICK ROLL LEAF MFG. COMPANY, PO BOX 2, BOX 50, MIDDLETOWN, NY 10940

10924    QUICK STOCK INDUSTRIAL SUPPLY, 210 SPARANGO LANE, PLYMOUTH MEETING, PA 19462

10925    QUICK, DEBORAH, 2320 SCARBOROUGH DRIVE, ANCHORAGE, AK 99504

10925    QUICK, FRANKLIN, 913 CALWELL RD., BALTIMORE, MD 21229

10925    QUICK, HAROLD, RR 2 BOX 386, LINEVILLE, IA 50147-9724

10925    QUICK, KIMBERLY, 4138 RIVERLOOK PKWY, MARIETTA, GA 30067

10925    QUICK, MARION, 6 PINE RIDGE DR, SOMERVILLE, NJ 08876

10925    QUICK, STEVE, 2518 ANABAS, SAN PEDRO, CA 90732

10925    QUICK, TERRY, 1921-B MCLENNAN DRIVE, KAILUA, HI 96734

10925    QUICK, THOMAS R, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925    QUICK, THOMAS, 48 FOUNTAIN ST, MEDFORD, MA 02155

10925    QUICKDRAFT, PO BOX 80659, CANTON, OH 44708

10925    QUICKLINE, 5403 GRAYWOOD AVE., LAKEWOOD, CA 90712

10925    QUICKPRINT, 701 WILMINGTON AVE, NEW CASTLE, PA 16101

10924    QUICKRETE OF SOUTHERN CALIFORNIA, 11145 TUXFORD STREET, SUN VALLEY, CA 91352

10925    QUICKSILVER EXPRESS COURIER, PO BOX 64417, SAINT PAUL, MN 55164-0417

10925    QUICKTRANS/NECP/C.F.S., TIDEWATER HUB, CHESAPEAKE, VA 23320

10925    QUIET FLOOR SYSTEMS INC, POBOX 367, TIMONIUM, MD 21094

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | QUIET FLOOR SYSTEMS, INC, CAMBRIDGE, MA 99999 | |
| 10924 | QUIET FLOOR SYSTEMS, INC, WAREHOUSE F, COCKEYSVILLE, MD 21030 | |
| 10924 | QUIET FLOORS SYSTEM, PO BOX 1278, COCKEYSVILLE, MD 21030 | |
| 10925 | QUIETFLO NOISE CONTROL DIVISIO, SUITE 103, NANUET, NY 10954 | |
| 10925 | QUIGGINS, KERRI, 5620 DUFF, BEAUMONT, TX 77706 | |
| 10925 | QUIGLEY COMPANY INC., GROSVENOR CENTER SUITE 3100, 737 BISHOP ST., HONOLULU, HI 96813 | |
| 10925 | QUIGLEY CORP., ONE COMMERCE CTR #762, 1201 N. ORANGE ST., WILMINGTON, DE 19801 | |
| 10925 | QUIGLEY JR, ROBERT P, 425 PARKVIEW PLACE, BURR RIDGE, IL 60521 | |
| 10925 | QUIGLEY MOTOR CORPORATION, 100 SUNSET DR., MANCHESTER, PA 17345-1330 | |
| 10925 | QUIGLEY, LARRY, 10741 LARKWOOD, CORPUS CHRISTI, TX 78410 | |
| 10925 | QUIGLEY, PAUL, 26 FAIR OAKS AVE, LYNN, MA 01904 | |
| 10925 | QUIGLEY, ROBERT, 425 PARKVIEW PLACE, BURR RIDGE, IL 60521 | |
| 10925 | QUIGLEY-GALLETT, LAURA, 14 CRAWFORD ST, SHREWSBURY TWP, NJ 07724 | |
| 10925 | QUIJANO, ALICE, 17279 RODEO DR., MADERA, CA 93638-0000 | |
| 10925 | QUIK PRINT, 5035 HIXSON PIKE, HIXSON, TN 37343 | |
| 10925 | QUIK STIK LABEL MFG CO, PO BOX 232, EVERETT, MA 02149-0002 | |
| 10925 | QUIKBIZ MEDIA CENTER, INC, 2121 W. OAKLAND PK BLVD, FORT LAUDERDALE, FL 33311 | |
| 10924 | QUIKCRETE/W. F. SAUNDERS, LIME LEDGE ROAD, MARCELLUS, NY 13108 | |
| 10924 | QUIKCRETE/W. F. SAUNDERS, P.O. BOX 246, MARCELLUS, NY 13108 | |
| 10925 | QUIKIE PRINT & COPY SHOPS, 2005 HWY 35, OAKHURST, NJ 07755 | |
| 10925 | QUIKLAB MULTIMEDIA CENTER INC, 2121 W. OAKLAND PARK BLVD, FORT LAUDERDALE, FL 33311 | |
| 10925 | QUIKLAB MULTIMEDIA CENTERS, INC, 2121 WEST OAKLAND PARK BLVD., FORT LAUDERDALE, FL 33311 | |
| 10925 | QUIKLAB MULTIMEDIA, 2121 W OAKLAND PK BLVD, FORT LAUDERDALE, FL 33311 | |
| 10924 | QUIKLINE DESIGN, 85 NICHOLSON ROAD, GLOUCESTER CITY, NJ 08030 | |
| 10924 | QUIKRETE /W. F. SAUNDERS, P.O.BOX 246, MARCELLUS, NY 13108 | |
| 10924 | QUIKRETE OF NEW MEXICO, 2700 SECOND ST S.W., ALBUQUERQUE, NM 87102 | |
| 10924 | QUIKRETE OF NEW MEXICO, 2700 SECOND ST, ALBUQUERQUE, NM 87102 | |
| 10924 | QUIKRETE OF NORTHERN CALIFORNIA, 6950 STEVENSON BOULAVARD, FREMONT, CA 94538-2485 | |
| 10924 | QUIKRETE OF NORTHERN CALIFORNIA, 6950 STEVENSON BOULEVARD, FREMONT, CA 94538-2485 | |
| 10924 | QUIKRETE OF SOUTHERN CALIFORNIA, 11145 TUXFORD STREET, SUN VALLEY, CA 91352 | |
| 10924 | QUIKRETE OF SOUTHERN CALIFORNIA, 20625 TEMESCAL CANYON ROAD, CORONA, CA 91719 | |
| 10925 | QUILES, NANCY, 15580 SW 144 AVE, MIAMI, FL 33177 | |
| 10925 | QUILL AND PRESS, 285 MAIN ST, ACTON, MA 01720 | |
| 10924 | QUILL CO, THE, 2080 PLAINFIELD PIKE, CRANSTON, RI 02921 | |
| 10924 | QUILL CO, THE, PO BOX6608, PROVIDENCE, RI 02940 | |
| 10925 | QUILL CORP., 100 SCHELTER RD, LINCOLNSHIRE, IL 60069-3521 | |
| 10925 | QUILL CORPORATION, PO BOX 94081, PALATINE, IL 60094-4080 | |
| 10925 | QUILL CORPORATION, PO BOX 94081, PALATINE, IL 60094-4081 | |
| 10925 | QUILL, MEI, 50 N. AUTEN AVE, SOMERVILLE, NJ 08876 | |
| 10925 | QUILL, TIMOTHY F, 9245 KNIGHTSRIDGE LN, MASON, OH 45040 | |
| 10925 | QUILL, TIMOTHY, 9245 KNIGHTS RIDGE LANE, MASON, OH 45040 | |
| 10925 | QUILLIN, DAVID, PO BOX 1415, PALISADE, CO 81526 | |
| 10925 | QUILLIN, LYNN, 1078 LAKE POINT, WESTERVILLE,, OH 43082 | |
| 10925 | QUIMBY, PATRICIA, 207N VIA COLINAS, WESTLAKE VILLAGE, CA 91362 | |
| 10924 | QUIMICA DE BAHIA IND. COM. S.A., CEP: 42810 000 CAMACARI, BAHIA, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | QUIMICA INDUSTRIAL FRONTERIZA, 808 SOUTH SANTA FE, EL PASO, TX 79901 | |
| 10924 | QUIMICAS MARACAY S.A., AV.FRANCISCO MIRANDA & LUIS ROCHE, ALTAMIRA, CARACAS, 01062VENZUALA | *VIA Deutsche Post* |
| 10924 | QUIMICAS MARACAY, S.A., NO. 88-154 ENTRE C / AYACUCHO Y, FALCON, IT UNK | *VIA Deutsche Post* |
| 10924 | QUIMINMEX, 54 HUIZACHE STREET, BROWNSVILLE, TX 78520 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | QUIMISERV S.R.L., 1879 - QUILMES, PCIA. DE BUENOS AIRES, 09999ARG | *VIA Deutsche Post* |
| 10925 | QUINAN, CHERYL, 99 CONANT ROAD, LINCOLN, MA 01773 | |
| 10925 | QUINAN, VIRGINIA, 1770 CROCKER LN, JAMISON, PA 18929 | |
| 10925 | QUINBY, ANDREA, 4612 18TH ST, BACLIFF, TX 77518 | |
| 10925 | QUINBY, KENNETH, 102 3RD ST, BOX 5250, SAN LEON, TX 77539 | |
| 10925 | QUINCHIA, DIEGO, 54 W PALISADE AVE, ENGLEWOOD, NJ 07631 | |
| 10924 | QUINCY ADAMS PARKING GARAGE, QUINCY, MA 02169 | |
| 10924 | QUINCY READY MIX CO, 58TH & RADIO ROAD, QUINCY, IL 62301 | |
| 10925 | QUINGERT, JOHN JOSEPH, 2418 PLEASANTVILLE RD, FALLSTON, MD 21047-2029 | |
| 10924 | QUINLAN HIGH SCHOOL, 1060 BUSINESS HWY 34, QUINLAN, TX 75474 | |
| 10925 | QUINLAN PUBLISHING CO,INC, 23 DRYDOCK AVE., BOSTON, MA 02210 | |
| 10925 | QUINLAN, BARBARA, 1319 W., FRESNO, CA 93711 | |
| 10925 | QUINLAN, EDWARD, 156 LIBERTY CIRCLE BOX 323, HEREFORD, PA 18056 | |
| 10925 | QUINLAN, GREGORY, 1319 W. NORTHRIDGE AVE., FRESNO, CA 93711 | |
| 10925 | QUINN ASSOCIATES, 309 NORTH HOWARD AVE., TAMPA, FL 33606 | |
| 10924 | QUINN BROS CORP, 105 STATE ROUTE 101A, AMHERST, NH 03031 | |
| 10925 | QUINN BROS. CORP., 105 STATE ROUTE 101A, U5, AMHERST, NH 03031 | |
| 10924 | QUINN BROTHERS CORP., 105 STATE ROUTE 5 101A UNIT 5, AMHERST, NH 03031 | |
| 10924 | QUINN BROTHERS CORP., 3 CALDWELL DR., AMHERST, NH 03031 | |
| 10924 | QUINN BROTHERS CORP., TOWNSEND, MA 01469 | |
| 10925 | QUINN BUSECK LEEMHUIS, 2222 WEST GRANDVIEW BLVD, ERIE, PA 16506-4508 | |
| 10924 | QUINN MACHINE & FOUNDRY, 1518 E. 12TH STREET, BOONE, IA 50036 | |
| 10924 | QUINN MACHINE & FOUNDRY, P O BOX 130, BOONE, IA 50036 | |
| 10924 | QUINN MACHINE&FOUNDRY, POBOX 130, BOONE, IA 50036 | |
| 10925 | QUINN PATENT DRAWING SERVICE INC, 9200 HAMPTON OVERLOOK, CAPITOL HEIGHTS, MD 20743 | |
| 10925 | QUINN, AIMEE, 1247 CENTRAL CHURCH, MORRISTOWN, TN 37814 | |
| 10925 | QUINN, ANTHONY, 11374 GREENWOOD ROAD, PRINCESS ANNE, MD 21853 | |
| 10925 | QUINN, BARBARA, 5422 CLEVELAND, MCHENRY, IL 60050 | |
| 10925 | QUINN, BEATRICE, 2465 KENNEDY BLVD, JERSEY CITY, NJ 07304 | |
| 10925 | QUINN, BILLY, 1013 TEDDY AVE APT 517, SLIDELL, LA 70458 | |
| 10925 | QUINN, BRIAN, 140 TUCKERTON ROAD, READING, PA 19605 | |
| 10925 | QUINN, CLARENCE, 3301 E RILEY ROAD, FLOYD KNOBBS, IN 47119 | |
| 10925 | QUINN, DOROTHY, 204 GLENDALE AVE, LAURENS, SC 29360-1809 | |
| 10925 | QUINN, FLOYD, 204 GLENDALE AVE, LAURENS, SC 29360-1809 | |
| 10925 | QUINN, J, 50 REGAL DR, MONNOUTH JUNCTION, NJ 08852-9788 | |
| 10925 | QUINN, JAMES, 132 EAST 35TH ST, NEW YORK, NY 10016 | |
| 10925 | QUINN, JOHN J, 278 ELM ST, SOMERVILLE, MA 02144 | |
| 10925 | QUINN, JOHN M, 3 MONTAGUE TERR, BROOKLYN, NY 11201 | |
| 10925 | QUINN, JOHN, 4003 STATE HWY, LA GRANGE, TX 78945-4341 | |
| 10925 | QUINN, JOHN, 7308 WAVERLY ISLAND RD, EASTON, MD 21601 | |
| 10925 | QUINN, JOHN, AMSTERDAM, 1074AXNETHERLANDS | *VIA Deutsche Post* |
| 10925 | QUINN, JOHN, SKIPPERS ROW, GIBSON ISLAND, MD 21056 | |
| 10925 | QUINN, KATHLEEN, 1601 TRAPELO RD., WALTHAM, MA 02154 | |
| 10925 | QUINN, LEWIS, 13690 HWY 221, ENOREE, SC 29335 | |
| 10925 | QUINN, MELBA, 10779 BEGONIA ST, ADELANTO, CA 92301 | |
| 10925 | QUINN, MICHAEL, 205 E SHEFFORD ST, GREER, SC 29650-2735 | |
| 10925 | QUINN, PATRICIA, 3268 AMENO DRIVE, LAFAYETTE, CA 94549 | |
| 10925 | QUINN, PHILIP, C/O KEVIN MURPHY, ESQ, 1 COURTHOUSE LANE, CHELMSFORD, MA 01824 | |
| 10925 | QUINN, ROBERT, 181 GARFIELD PLACE, MAPLEWOOD, NJ 07040 | |
| 10925 | QUINN, ROBERT, 4603 TAMMY DRIVE, WICHITA FALLS, TX 76306 | |
| 10925 | QUINN, SHEILA, 1 EDGEWOOD DRIVE, BARRINGTON, RI 02806 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    QUINN, STEPHEN, RT. 1, BOX 170, ENOREE, SC 29335

10925    QUINN, STEVE, 715 BOLIVAR ST., OWENSBORO, KY 42301

10925    QUINN, TERRENCE, 7319 SOUTH LA FAYETTE CIRCLE WEST, LITTLETON, CO 80122

10925    QUINN, THOMAS, 6 WESTGATE DR APT #107, WOBURN, MA 01801

10925    QUINN, THOMAS, PO BOX 64, E. BRIDGEWATER, MA 02333

10925    QUINNELL, NOAH, 2736 N. PALMER, MILWAUKEE, WI 53212

10925    QUINNELLY III, HENRY, 2650 POLLARD LANE, MOBILE, AL 36606

10925    QUINNEY, ROBERT, 4622 LANGFORD, WICHITA FALLS, TX 76310

10925    QUINNEY, WANDA, 1811 AVALON PLACE, WICHITA FALLS, TX 76304

10925    QUINNEY-BLUE, MARY, 4823 COLLEEN, WICHITA FALLS, TX 76302

10925    QUINN-SABATT, CATHY, PO BOX 512 120 BUNKER HILL ROAD, OSTERVILLE, MA 02655

10925    QUINONES VELEZ, LOURDES, CARR 181 HC 645 BZ 5100 QUEBRADA NEGRIT, TRUJILLO ALTO, PR 00760

10925    QUINONES, IVETTE, 194 MADISON AVE, PERTH AMBOY, NJ 08861

10925    QUINONES, JOSE F, 1717 PALMETTO ST, BROOKLYN NY, NY 11237

10925    QUINONES, JR, ELIGIO, 216 LAWRENCE ST, SO. BOUND BROOK, NJ 08880

10925    QUINONES, JULIA, 216 LAWRENCE ST., SO. BOUND BROOK, NJ 08880

10925    QUINONES, LUZ, AVE B BLG R48 URB RIO GRANDE STATES, RIO GRANDE, PR 00745

10925    QUINONES, MARIA, BO AREANAS PARCELA, GUANICA, PR 00653

10925    QUINONES, MILDRED, 216 LAWRENCE ST, SOUTH BOUND BROOK, NJ 08880

10925    QUINONES, NANCY, 611 CENTAL AVE 2ND FL, PLAINFIELD, NJ 07060

10925    QUINONES, NILSA, VERGEL ED.14 APT 710, RIO PIEDRAS, PR 00923

10925    QUINONES, RICHARD, 734 BELVIA LANE, CHULA VISTA, CA 91911

10925    QUINONES, ROBERT, PO BOX 1489, LEESVILLE, LA 71496

10925    QUINONEZ, ALVARO, 121A BURR PLACE, HASBROUCK HEIGHTS, NJ 07604

10925    QUINSTAR TECHNOLOGY INC, 1840 W 220TH ST #310, TORRANCE, CA 90501

10925    QUINT COMPANY, 3725 CASTOR AVE, PHILADELPHIA, PA 19124

10925    QUINT CORPORATION, 3725 CASTOR AVE. #1, PHILADELPHIA, PA 19124-5699

10925    QUINTANA ASSOCIATES, 597 MIDDLE STREET, BRISTOL, CT 06010

10924    QUINTANA ASSOCIATES, 599 CANAL STREET, LAWRENCE, MA 01840

10925    QUINTANA PETROLEUM CORP, J G MURPHEY DIR OF HUMAN RESOU, 601 JEFFERSON PO BOX 3331, HOUSTON, TX 77253

10924    QUINTANA PETROLEUM CORPORATION, PO BOX 280, REFUGIO, TX 78377

10925    QUINTANA, DAVID, 11306 EVANS TRAIL APT. 203, BELTSVILLE, MD 20705

10925    QUINTANA, M, 1547 WHISTLER, EL PASO, TX 79936

10925    QUINTANILLA, ADRIANA, 1200 KERALUM AVE., MISSION, TX 78572

10925    QUINTANILLA, CAROL, 635 CLOVIS PL, SAN ANTONIO, TX 78221

10925    QUINTANILLA, JOE, 10418 WILLIE, HOUSTON, TX 77093

10924    QUINTARD MALL, 700 QUINTARD DRIVE, OXFORD, AL 36203

10925    QUINTAVALLE, ELIZABETH, 7943 ST. BRIDGET LANE, BALTIMORE, MD 21222

10925    QUINTAVALLE, ROBERT, 7941 ST BRIDGET LANE, DUNDALK, MD 21222

10924    QUIN-TEC, INC., 14057 STEPHENS, WARREN, MI 48089

10925    QUINTEL, INC, PO BOX 176, SCHERERVILLE, IN 46375

10925    QUINTER, JESSICA, 3133 MCKENTLY ST, READING, PA 19605

10925    QUINTER, JOHN, 3133 MCKENTLY, HYDE PARK, READING, PA 19605

10925    QUINTERO, ELOISA, 410 38TH ST, LUBBOCK, TX 79401

10925    QUINTERO, JAVIER, 408 WINDSOR CT, SOMERVILLE, NJ 08876

10925    QUINTERO, MARY, 502 W. ALBURQUERQUE, ROSWELL, NM 88201

10925    QUINTERO, RAFAEL, 9832 GRAND VERDE WAY APT 205, BOCA RATON, FL 33428-3519

10925    QUINTERO, RAFAEL, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    QUINTERO, RICARDO, 20536 KENWOOD AVE, TORRANCE, CA 90502

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | QUINTERO, ROSA, PO BOX 723, LAMESA, TX 79331 | |
| 10925 | QUINTILES BRI, INC, PO BOX 890062, CHARLOTTE, NC 28289-0062 | |
| 10925 | QUINTO, HILARIO, 336 ELRIO DR., MESQUITE, TX 75150 | |
| 10925 | QUINTO, REVELITA, 336 EL RIO DR, MESQUITE, TX 75150 | |
| 10925 | QUINTON E WATKINS, 1102 28TH ST S E, CLEVELAND, TN 37323-0615 | |
| 10925 | QUINTON, CLEO, 10204 BLUME NE, ALBUQUERQUE, NM 87112 | |
| 10925 | QUINTRELL, W, 7107 TIMBERCREEK DRIVE, SAN ANTONIO, TX 78227 | |
| 10925 | QUIRAM, MARTIN, 104 N. 5TH EAST, HUBBARD, TX 76648 | |
| 10925 | QUIRIN, MARJORIE, 228 WOODLAND AVE, MT PENN, PA 19606-1058 | |
| 10925 | QUIRK, GERDA F, 102 ROSLYN HILLS DR, RICHMOND, VA 23229-7915 | |
| 10925 | QUIRK, J, 520 WEST OAK DRIVE, LAKELAND, FL 33803 | |
| 10925 | QUIRK, JENNIFER, 1805 BYRNEBRUK DRIVE, CHAMPAIGN, IL 61821 | |
| 10925 | QUIRK, PHILLIP, 130 ANNES CT, ATHENS, GA 30606 | |
| 10925 | QUIRK, RICHARD, 229 FULTON ST, MEDFORD, MA 02155 | |
| 10925 | QUIRK, WALTER, 68 EIGHTH ST, WOOD RIDGE, NJ 07075 | |
| 10925 | QUIROGA, R, POBOX 35, CHAMERINO, NM 88027 | |
| 10925 | QUIROGA, YVONNE, 3724 W HIDALGO AVE, PHOENIX, AZ 85041 | |
| 10925 | QUIROS, EVELIO, 283 E. MAIN ST. #21, NORTON, MA 02766 | |
| 10925 | QUIROZ, JR.RAYMOND, 9480 BEN BRUSH, ODESSA, TX 79763 | |
| 10925 | QUIROZ, MARY, 2101 27TH ST., LUBBOCK, TX 79411 | |
| 10925 | QUISUMBING TORRES & EVANGELISTA, MCPO BOX 327, MAKATI CITY, 01200PHILIPPINES | *VIA Deutsche Post* |
| 10925 | QUITMEYER, JOANN A, 12 AMBLE RD, NASHUA, NH 03062 | |
| 10925 | QUITMEYER, JOANN, 1408 JACKSON PLACE, HERMITAGE, TN 37076 | |
| 10925 | QUITTER, MARC, 3549 WHITEHILLS DR, AMELIA, OH 45012 | |
| 10925 | QUIZON, GEMMA, 13906 BAY GARDENS DR, SUGARLAND, TX 77478 | |
| 10924 | QUOIN INDUSTRIAL INC., 401 VIOLET STREET, GOLDEN, CO 80401 | |
| 10924 | QUORUM CAROLINA HOSPITAL, 1548 FREEDOM BLVD, FLORENCE, SC 29505 | |
| 10925 | QUORUM VIDEOCONFERENCING, 2027 1ST AVE NORTH, BIRMINGHAM, AL 35203 | |
| 10925 | QUORUM/LANIER, PO BOX D-1560, MINNEAPOLIS, MN 55480-1560 | |
| 10925 | QURESHI, RUQIA, 217 WILLIAM ST, ENGLEWOOD, NJ 07631 | |
| 10924 | QURETECH, 34 FOLLY MILL ROAD, SEABROOK, NH 03874 | |
| 10925 | QUTOB, VICKIE, 2407 CRIPPLE CREEK, ARLINGTON, TX 76014 | |
| 10925 | QUYEN SYSTEMS, INC, 9210 CORPORATE BLVD #150, ROCKVILLE, MD 20850-4608 | |
| 10925 | QWEST DEX, DEPT 334, DENVER, CO 80271 | |
| 10925 | QWEST, ATTN: CASHIER, DENVER, CO 80244-0001 | |
| 10925 | QWEST, DENVER, CO 80244-0001 | |
| 10925 | QWEST, PO BOX 29060, PHOENIX, AZ 85038-9060 | |
| 10925 | QWEST, POBOX 1301, MINNEAPOLIS, MN 55483-0001 | |
| 10925 | QWEST, POBOX 737, DES MOINES, IA 50338-0001 | |
| 10925 | QWEST, SALT LAKE CITY, UT 84135-0001 | |
| 10925 | R & B MECHANICAL CO INC, PO BOX 270, DRAYTON, SC 29333 | |
| 10925 | R & B MECHANICAL COMPANY, INC, 120 RIVERSIDE DRIVE, CARTERSVILLE, GA 30120 | |
| 10925 | R & C AIR SALES, INC, 625 PLAINFIELD ROAD, WILLOWBROOK, IL 60521 | |
| 10924 | R & D COATINGS, INC. C/O ATOMIZED, 205 PARKS ROAD, MC DONALD, PA 15057 | |
| 10924 | R & D COATINGS, INC., 205 PARKS ROAD, MC DONALD, PA 15057 | |
| 10924 | R & D COATINGS, INC., PO BOX 325, WEXFORD, PA 15090 | |
| 10924 | R & D COATINGS, INC., PO BOX 418, MC KEES ROCKS, PA 15136 | |
| 10925 | R & D MAGAZINE, 2000 CLEARWATER DRIVE, OAK BROOK, IL 60523 | |
| 10925 | R & E MERSHON CONC PROD, P O BOX 254, BORDENTOWN, NJ 08505 | |
| 10924 | R & E MERSHON CONC PROD, ROUTE 130, BORDENTOWN, NJ 08505 | |
| 10924 | R & G CONSTRUCTION SUPPLY INC., 2001 BROUSSARD STREET, TYLER, TX 75701 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    R & G CONSTRUCTION SUPPLY INC., PO BOX9699, TYLER, TX 75711

10925    R & G MATHEWS HEATING & AIR INC, 9595 CHARLES ELLAN DRIVE, BESSEMER, AL 35023-7262

10924    R & H CONSTRUCTION, 1530 SW TAYLOR, PORTLAND, OR 97205

10924    R & H CONSTRUCTION, 3421 S.W. MOODY STREET, PORTLAND, OR 97201

10925    R & H PLUMBING HEATING, 114 NORTH JEFFERSON ST, NEW CASTLE, PA 16101

10925    R & J AUTO SUPPLY LLC, 754 15TH ST, PRAIRIE DU SAC, WI 53578

10924    R & J CONSTRUCTION SUPPLY, 30 W. 180 BUTTERFIELD RD, WARRENVILLE, IL 60555

10924    R & J CONSTRUCTION SUPPLY, 30W180 BUTTERFIELD ROAD, WARRENVILLE, IL 60555

10924    R & L BROSAMER INC., TURN NORTH ON WILDWOOD, 2 MILES NORTH  ON WILDWOOD PLANT IS, ON EAST SIDE OF ROAD, WASCO, CA 93280

10924    R & L BROSAMER, 2916 WEST MAIN ST, VISALIA, CA 93291

10924    R & L BROSAMER, ATTN: ACCOUNTS PAYABLE, ALAMO, CA 94507

10924    R & L BROSAMER, INC, ALTERS ROAD & ROUTE 198 BATCH PLANT, VISALIA, CA 93291

10925    R & L CARRIERS, PO BOX 713153, COLUMBUS, OH 43271-3153

10924    R & L READY MIX COMPANY, 602 N STEELE STREET, ROBINSON, IL 62454

10924    R & L READY MIX, PLANT 1, 602 NO STEELE ST, ROBINSON, IL 62454

10924    R & L READY MIX, PLANT 2, 602 N. STEELE STREET, ROBINSON, IL 62454

10924    R & L SHEET METAL, 920-A ELDRIDGE DRIVE, HAGERSTOWN, MD 21740

10925    R & M ASSOCIATES, INC, 915 MADISON AVE, VALLEY FORGE, PA 19481

10925    R & M ASSOCIATES, PO BOX 920, VALLEY FORGE, PA 19482-0920

10925    R & O CONSTRUCTION CO, 933 WALL AVE, OGDEN, UT 84404

10924    R & R BACKHOE SERVICE, 721 SUGAR CREEK ROAD, CALLAHAN, CA 96014

10924    R & R BACKHOE SERVICE, ATTENTION: ACCOUNTS PAYABLE, CALLAHAN, CA 96014

10925    R & R ELECTRIC, 1216 ST MICHAEL DRIVE, HARVEY, LA 70058

10924    R & R FLORAL, PO BOX 1159, HAVERHILL, MA 01830

10925    R & R FLORAL, POBOX 1159, HAVERHILL, MA 01830

10925    R & R PALLETS, 1894 COUNTRY ROAD 838, CULLMAN, AL 35057

10924    R & R READY MIX INC, 1601 W YOUNGS DITCH RD, BAY CITY, MI 48706

10924    R & R READY MIX, HWY 62 & 412, HARDY, AR 72542

10924    R & R READY MIX, INC., 1601 W YOUNGS DITCH RD, BAY CITY, MI 48706

10924    R & R READY MIX, INC., 432 SOUTH PINE STREET, HEMLOCK, MI 48626

10924    R & R READY MIX, INC., 6050 MELBOURNE RD, SAGINAW, MI 48604

10924    R & R READY MIX, INC., 6050 MELBOURNE ROAD, SAGINAW, MI 48604

10924    R & R REDI MIX INC, P O BOX 599, HARDY, AR 72542

10924    R & R REDI MIX, INC., PO BOX599, HARDY, AR 72542

10925    R & R TRUCKING COMPANY, POBOX 151, SUMMIT-ARGO, IL 60501

10925    R & S OVERHEAD GARAGE DOOR INC, 1140 MONTAGUE AVE, SAN LEANDRO, CA 94577

10925    R & S SUPPLY INC, POBOX 3115, TWIN FALLS, ID 88303-3115

10924    R & S SUPPLY, 2395 VALLEY ROAD, RENO, NV 89512

10924    R & S SUPPLY, 5294 83RD STREET, SACRAMENTO, CA 95826

10924    R & S SUPPLY, P.O. 162248, SACRAMENTO, CA 95816

10925    R & T MACHINE INC, 189 PATTERSON DRIVE, MUNFORD, AL 36268

10925    R & V DIESEL INC., 1342 NW 14TH AVE, POMPANO BEACH, FL 33060

10925    R A EDWARDS &, TERRY EDWARDS JT TEN, 73 WILLOWBROOK, HUTCHINSON, KS 67502-8947

10924    R A FRANCOEUR MARINE, INC., 150 ELM STREET, SALISBURY, MA 01952

10925    R A KICK, 2815 CORMORANT ROAD, DELRAY BEACH, FL 33444

10925    R A MUELLER, INC, LOCATION N 00170, CINCINNATI, OH 45264-0170

10925    R A PRUSZKOWSKI, 2262 KENT PLACE, UNION, NJ 07083-5807

10925    R A RISLEY II, 5527 YARBOROUGH LANE, LAKELAND, FL 33813-4166

10925    R A ROSS AND ASSOCIATES, 2231 AMPERE DRIVE, LOUISVILLE, KY 40299

10925    R AND K MAINTENANCE INC, 8392 S 77TH AVE, BRIDGEVIEW, IL 60455

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   R ANDY JACOBS, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   R BRUCE ORCHARD TR, UA APR 25 89, KMO TRUST, 901 CORNELL CT, MADISON, WI 53705-2241

10925   R C ASSOCIATES, 60 COTUIT ST, NORTH ANDOVER, MA 01845

10925   R C BEACH & ASSOCIATES INC, 539 SAN CHRISTOPHER DRIVE, DUNEDIN, FL 34698

10924   R C MARTIN CONCRETE CO, SEABOARD AVE, VENICE, FL 34292

10925   R C MARTIN MEMORIAL SCHOLARSHIP, 318 NEWMAN ROAD, SEBRING, FL 33870-6702

10925   R C MASON MOVERS INC, 229 NEWBURY ST - ROUTE 1 NORTH, PEABODY, MA 01960-1399

10924   R C SALES, 2341 PORTER LAKE DRIVE, SUITE 104, SARASOTA, FL 34240

10925   R C STEELE, 1989 TRANSIT WAY, BROCKPORT, NY 14420

10924   R D F CORPORATION, 23 ELM AVENUE, HUDSON, NH 03051

10925   R D MCMILLAN COMPANY INC, POBOX 1340, GEORGETOWN, TX 78627

10924   R DESO INC, P O BOX 517, CHAMPLAIN, NY 12919

10925   R E CARROLL INC, PO BOX 5806, TRENTON, NJ 08638-0806

10925   R E GOFORTH CO LPA, 219 WEST HIGH AVE, NEW PHILADELPHIA, OH 44663

10925   R E GRAHAM TRUSTEE UNDER THE, RUPERT E GRAHAM LIVING TRUST, DTD OCT 11 93, 7290 ROBIN COURT, REDMOND, OR 97756-9255

10925   R E HEIDT CONSTRUCTION CO, INC, PO BOX 577, WESTLAKE, LA 70669

10925   R E LYONS & SON, 197 VFW DRIVE, ROCKLAND, MA 02370

10925   R E ROTHFELDER, POBOX 3328, DANA POINT, CA 92629

10925   R E W MATERIALS, 3077 510 SW 13TH DRIVE, DEERFIELD BEACH, FL 33442-8192

10924   R F MICRO DIV., 7907 PIEDMONT TRIAD PWKY, GREENSBORO, NC 27409

10925   R F PRIME, 10561 OLD PLACERVILLE RD, SACRAMENTO, CA 95827

10924   R FREDRICK REDI MIX INC, HWY 164 W229 N. 2500, WAUKESHA, WI 53186

10924   R G BURNS ELECTRIC, 211 RTE 245, STANLEY, NY 14561

10925   R GERALDINE CATRON &, K RANDOLPH ROGERS JT TEN, 1407 RIDGEMONT CT, COLUMBIA, MO 65203-1955

10925   R H DAWSON, PO BOX 513, ONALASKA, TX 77360-0513

10924   R H PLUNKETT CO INC, 17705 W. 155TH TERR., OLATHE, KS 66062

10925   R I T A CORP, POBOX 1487, WOODSTOCK, IL 60098

10925   R J BRODERICK ASSOCIATES INC, 8061 OAK PARK ROAD, ORLANDO, FL 32819

10925   R J BRUNO ROOFING INC, 2 WAREHOUSE LANE, ELMSFORD, NY 10523

10925   R J CHADWELL, 4547 INDIAN HILL BLVD, LIVINGSTON, TX 77351-8806

10925   R J CINCOTTA CO INC, POBOX 556, WALTHAM, MA 02254

10925   R J GALLAGHER CO., PO BOX 200020, HOUSTON, TX 77216-0020

10925   R J HAUSERMAN ASSOCIATES, PO BOX 2255, WAYNE, NJ 07474

10924   R J JUROWSKI CONSTRUCTION, C/O INSULATOR'S INC., CHIPPEWA FALLS, WI 54774

10925   R J MCCUNNEY MD MPH, 685 JERUSALEM ROAD, COHASSET, MA 02025

10924   R J REYNOLDS TOBACCO CO., BGTC-BLDG 611-12, 950 REYNOLDS BLVD, WINSTON SALEM, NC 27105-0000

10925   R JUSTINE MARK & DENISE L SMITH, TR UA JUL 1 93 THE MARK FAMILY, TRUST, 3027 WOODRIDGE DRIVE NW, CANTON, OH 44718-3443

10925   R JUSTINE MARK & DENISE L, SMITH TR UA JUL 1 93, THE MARK FAMILY REVOCABLE, LIVING TRUST, 3027 WOODRIDGE DR NW, CANTON, OH 44718-3443

10924   R K ELECTRIC, 1720 S 12TH ST., BISMARK, ND 58504

10924   R L CASEY INC, 79 HORTON ROAD, PITTSBORO, NC 27312

10925   R L RAY, 10703 JORDAN RD, CARMEL, IN 46032-4029

10924   R L SANDERS ROOFING CO, 3151 ELIZABETH LA, SMYRNA, GA 30080

10925   R LAMAR DAVIS, 502 ASHANTILLY ST, ST SIMONS ISLAND, GA 31522-3609

10924   R M ENGINEERED PRODUCTS, INC., 4854 O'HEAR AVENUE, NORTH CHARLESTON, SC 29405-4972

10925   R M KARTER BUSINESS MACHINES, 934 SO ATLANTIC BLVD, LOS ANGELES, CA 90022

10925   R M ROBINSON, 1411 AVE G, STERLING, IL 61081-2131

10924   R M ROWLEY, 84 CENTRAL ST, ROWLEY, MA 01969

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | R M ROWLEY, BOX 321, ROWLEY, MA 01969 | |
| 10925 | R M VAN VALKENBURGH, 1441 ROBINWOOD AVE, LAKEWOOD, OH 44107-4532 | |
| 10925 | R N STRETTON, 1891 PLERSPORT VALLEY, STREETSBORO, OH 44241 | |
| 10925 | R NEUE TRANSVAC MASCHINEN AG, DATTENMATTSTRASSE 21, KRIENS, 06010SWITZERLAND | *VIA Deutsche Post* |
| 10925 | R P ADAMS CO, INC, 3629 W. DEVON AVE., CHICAGO, IL 60659 | |
| 10925 | R P ASSOCIATES, MINTRUN FIRM RD, BRISTOL, RI 02809 | |
| 10925 | R P M TRANSPORTATION INC, 13827 CARMENITA RD UNIT E, SANTA FE SPRINGS, CA 90670 | |
| 10924 | R P RICHARDS TRAILER, BEHIND BLDG 1150, LUKE AIRFORCE BASE, LUKE AIR FORCE BASE, AZ 85309 | |
| 10924 | R P SMITH & SONS, MAIN STREET, SUCCASUNNA, NJ 07876 | |
| 10924 | R P SMITH & SONS, PO BOX209, SUCCASUNNA, NJ 07876 | |
| 10924 | R PEPIN & SONS, SHAWS RIDGE RD, SANFORD, ME 04073 | |
| 10925 | R RONALD KLEIMAN, 6797 WILLOWOOD DR, BOCA RATON, FL 33434-3559 | |
| 10925 | R ROTHFELDER & ASSOCIATES, 1984 RIVIERA AVE, BANNING, CA 92220 | |
| 10924 | R S CONCETE INC., 14508 CHRISMAN, HOUSTON, TX 77039 | |
| 10925 | R S EVANS WORLDS LARGEST AUTO DEAL, 3RD & MAIN STS, JACKSONVILLE, FL 32234 | |
| 10925 | R S LEE CO INC, 90 E. HOUSATONIC ST, DALTON, MA 01226 | |
| 10925 | R S OWENS & CO PROFIT SHARING, PLAN UA OCT 31 72, ATT OWEN SEIGEL PRES, 5535 N LYNCH, CHICAGO, IL 60630-1417 | |
| 10925 | R STEPHEN HARSHBARGER, 12 BANKS HILL RD, PAWLING, NY 12564-2009 | |
| 10924 | R SUPPLY CO, 315 RECORD STREET, RENO, NV 89512 | |
| 10924 | R SUPPLY, CO., INC., 305 VALLEY ROAD, RENO, NV 89512 | |
| 10924 | R SUPPLY, CO., INC., P.O. BOX 2877, RENO, NV 89505 | |
| 10925 | R T VANDERBILT CO INC, DEPT 2133, NORTH SUBURBAN, IL 60132-2133 | |
| 10925 | R TERRY JOHANSEN &, DONNA M JOHANSEN, JT TEN, 522 S 130TH ST, OMAHA, NE 68154-2908 | |
| 10925 | R THOMAS SCHEER INTER VIVOS TR, JOHN ECKMAN TTEE, 860 WALLACE AVE, MILFORD, OH 45150-1158 | |
| 10925 | R W GODBEY RAILROAD SERVICES, INC, 8166 MONTGOMERY ROAD, PMB 463, CINCINNATI, OH 45236 | |
| 10925 | R W GREEFF & CO,LLC, PO BOX 30785, HARTFORD, CT 06150 | |
| 10925 | R W HOLLAND, INC, 5004 SOUTH 101 EAST AVE, TULSA, OK 74146 | |
| 10924 | R W SIDLEY INC, P O BOX 150, PAINESVILLE, OH 44077 | |
| 10924 | R W SIDLEY INC., P O BOX 150, PAINESVILLE, OH 44077 | |
| 10924 | R W SIDLEY INCORPORATED, 7123 MADISON RD, THOMPSON, OH 44086 | |
| 10925 | R W SUMMERS RAILROAD CONTRACTOR INC, 3693 E GANDY ROAD, BARTOW, FL 33830-8702 | |
| 10924 | R&A SALES & SERVICE CORP., 1244 LAFAYETTE AVE., TERRE HAUTE, IN 47804 | |
| 10924 | R&A SALES & SERVICE CORP., 1430 BUCKEYE ST., TERRE HAUTE, IN 47804 | |
| 10925 | R&D MAGAZINE, 2000 CLEARWATER DR., OAK BROOK, IL 60523 | |
| 10924 | R&D SYSTEMS, INC., 614 MC KINLEY PLACE, NE, MINNEAPOLIS, MN 55413 | |
| 10924 | R&D SYSTEMS, INC., 640 MC KINLEY PLACE, NE, MINNEAPOLIS, MN 55413 | |
| 10925 | R&H ELECTRIC SERVICE INC, 2200 N. FEDERAL HWY #206C, BOCA RATON, FL 33431 | |
| 10925 | R&L CARRIERS, PO BOX 713153, COLUMBUS, OH 43271-3153 | |
| 10925 | R&M EQUIPMENT CO., 319 COMMERCE COURT, POTTSTOWN, PA 19464 | |
| 10925 | R&M WELDING PROD., 105 WILLIAMS WAY, WILDER, KY 41076 | |
| 10924 | R&R ELECTRIC SUPP;Y, PO BOX 111762, TACOMA, WA 98409 | |
| 10925 | R&R EVENTS, INC, 4201 ODONNELL ST., BALTIMORE, MD 21224 | |
| 10925 | R&R FLORAL, PO BOX 1159, HAVERHILL, MA 01830 | |
| 10925 | R&R TOOL COMPANY, 5940 SOUTH HARLEM AVE, SUMMIT, IL 60501 | |
| 10925 | R&S OVERHEAD GARAGE DOOR, INC, 1140 MONTAGUE AVE., SAN LEANDRO, CA 94577-4334 | |
| 10924 | R&S POOL & SPA, 12001 DORSETT, MARYLAND HEIGHTS, MO 63043 | |
| 10924 | R&S REPAIR SERVICE, 11976 DORSETT, MARYLAND HEIGHTS, MO 63043 | |
| 10925 | R&V DIESEL, INC, 1300 NW 13TH AVE, POMPANO BEACH, FL 33069 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | R. & W. OTTE, PO BOX 1973, EAST HANOVER, NJ 07936-1973 | |
| 10925 | R. A. DAUGHERTY SALES, 716 WEST ALGONQUIN ROAD, ARLINGTON HEIGHTS, IL 60005-4416 | |
| 10924 | R. C. REDI MIX, 7 FAIR STREET, BURGETTSTOWN, PA 15021 | |
| 10924 | R. C. SIEBERT, INC., 390 SYSTEMS ROAD, ROCHESTER, NY 14623 | |
| 10924 | R. C. SIEBERT, INC., P. O. BOX 23510, ROCHESTER, NY 14692 | |
| 10924 | R. DESO, INC., P.O. BOX 517, CHAMPLAIN, NY 12919 | |
| 10924 | R. DESO, INC., ROUTE 9, CHAMPLAIN, NY 12919 | |
| 10924 | R. DICKERSON & ASSOC., 24 CINCINNATI AVENUE, SAINT AUGUSTINE, FL 32084 | |
| 10924 | R. DICKERSON & ASSOCIATES, 24 CINCINNATI AVENUE, SAINT AUGUSTINE, FL 32084 | |
| 10924 | R. DICKERSON AND ASSOCIATES, 24 CINCINNATI AVENUE, SAINT AUGUSTINE, FL 32084 | |
| 10924 | R. DUCHARME INC., 451 MCKINSTRY AVE., CHICOPEE, MA 01020 | |
| 10924 | R. E. CARROLL, INC, PO BOX 5806, TRENTON, NJ 08638-0806 | |
| 10924 | R. E. CARROLL, INC., 1570 N. OLDEN AVENUE, TRENTON, NJ 08601 | |
| 10924 | R. E. CARROLL, INC., PO BOX 139, TRENTON, NJ 08601 | |
| 10924 | R. E. CARROLL, INC., PO BOX 5806, TRENTON, NJ 08601 | |
| 10924 | R. E. CARROLL, INC., PO BOX 5806, TRENTON, NJ 08638 | |
| 10924 | R. E. CARROLL, INC., PO BOX 5806, TRENTON, NJ 08638-0806 | |
| 10924 | R. E. CARROLL, PO BOX 139, TRENTON, NJ 08601 | |
| 10925 | R. F. CORCORAN COMPANY, PO BOX 429, NEW LENOX, IL 60451 | |
| 10924 | R. J. REYNOLDS TOBACCO CO., PLANT 604 INK HOUSE, WINSTON SALEM, NC 27105 | |
| 10924 | R. J. REYNOLDS TOBACCO CO., PO BOX 2955, WINSTON SALEM, NC 27102 | |
| 10925 | R. L. POLK & CO., PO BOX 77709, DETROIT, MI 48277-0709 | |
| 10925 | R. LIGHT SERVICE CO., 3407-F LANG RD., HOUSTON, TX 77092 | |
| 10924 | R. M. ENGINEERED PRODUCTS, INC., VIRGINIA AVE. ENTRANCE, NORTH CHARLESTON, SC 29406 | |
| 10924 | R. M. FERGUSON & CO., INC, 292 WALKER DRIVE, BRAMPTON, ON L6T 4Z1TORONTO | *VIA Deutsche Post* |
| 10924 | R. M. FERGUSON & CO., LTD., 292 WALKER DR.-UNIT 8, BRAMPTON, ON L6T 4Z1TORONTO | *VIA Deutsche Post* |
| 10924 | R. PALMIERI ELECTRICAL CONST., 310 MORRIS AVENUE, LANDISVILLE, NJ 08326 | |
| 10924 | R. PEPIN & SONS, SHAWS RIDGE RD, SANFORD, ME 04073-0729 | |
| 10925 | R. RAYMOND ROGERS, 1111 GREENWAY DR, RICHARDSON, TX 75080 | |
| 10924 | R. ROMERO PRODUCE, PUERTO RICO, PR 99999PUERTO RICO | *VIA Deutsche Post* |
| 10924 | R. S. STERN, INC., 1000 S. HIGHLAND AVENUE, BALTIMORE, MD 21224 | |
| 10924 | R. S. STERN, INC., PO BOX 8872, BALTIMORE, MD 21224 | |
| 10924 | R. T. FRICTION, 101 INDUSTRIAL, CARUTHERSVILLE, MO 63830 | |
| 10925 | R. T. VANDERBILT CO., 30 WINFIELD ST, NORWALK, CT 06855 | |
| 10925 | R. V. SHARPE, 450 EGRET CIRCLE #9510, DELRAY BEACH, FL 33444 | |
| 10925 | R. W. ROBIDEAUX & COMPANY, 421 WEST RIVERSIDE, SPOKANE, WA 99201 | |
| 10924 | R.A. CULLINAN & SONS, PEORIA AIRPORT, PENFIELD, IL 61862 | |
| 10924 | R.A. CULLINAN & SONS, PO BOX 166 121 WEST PARK, TREMONT, IL 61568 | |
| 10924 | R.A.CULLINAN & SONS, P.O.BOX 166, TREMONT, IL 61568 | |
| 10925 | R.A.D., PO BOX 188, WESTMINSTER, MD 21158 | |
| 10925 | R.A.EGLI & CO, HORNEGGSTRASSE 4, POSTFACH ZURICH, CH-8034SWITZERLAND | *VIA Deutsche Post* |
| 10924 | R.B.S. INC., P.O. DRAWER S, ALVON, WV 24986 | |
| 10924 | R.B.S. INC., RTE 60, CALDWELL, WV 24925 | |
| 10924 | R.B.S., INC., P.O. BOX 490, WHITE SULPHUR SPRINGS, WV 24986 | |
| 10924 | R.B.S., INC., US ROUTE 60 WEST, CALDWELL, WV 24925 | |
| 10924 | R.C. DOLNER, 53 NORTH MOORE ST., NEW YORK, NY 10013 | |
| 10925 | R.C. KREIDER STUDIOS INC, 13105 PENNERVIEW LANE, FAIRFAX, VA 22033 | |
| 10924 | R.C. MARTIN CONCRETE PRODUCTS, (BRANDON), 311 FALKENBERG RD S, TAMPA, FL 33619 | |
| 10924 | R.C. MARTIN CONCRETE PRODUCTS, (PALMETTO), 2910 E 17TH STREET, ELLENTON, FL 34222 | |
| 10924 | R.C. MARTIN CONCRETE PRODUCTS, 1022 CENTRAL AVE., SARASOTA, FL 34236 | |
| 10924 | R.C. MARTIN CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, SARASOTA, FL 34276 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | R.C. MARTIN CONCRETE PRODUCTS, MCINTOSH RD. BEE RIDGE, SARASOTA, FL 34233 | |
| 10924 | R.C. MARTIN CONCRETE PRODUCTS, SKIPPER RD, LUTZ, FL 33549 | |
| 10924 | R.C. MARTIN CONCRETE, ATTN:  ACCOUNTS PAYABLE, SARASOTA, FL 34276 | |
| 10925 | R.C. MASON MOVERS INC., 229 NEWBURY ST, PEABODY, MA 01960-1399 | |
| 10925 | R.C. SIMPSON INC, SUITE 604 5950 FAIRVIEW RD, CHARLOTTE, NC 28210 | |
| 10924 | R.C.I. ELECTRICAL CONTRACTORS, U.S. NAVAL BASE BLDG 84, GROTON, CT 06349 | |
| 10924 | R.C.P. BLOCK & BRICK, 9631 NORTH MAGNOLIA AVE., SANTEE, CA 92071 | |
| 10924 | R.C.P. BLOCK & BRICK, P.O. BOX 579, LEMON GROVE, CA 91946 | |
| 10924 | R.C.P. BLOCK & BRICK, PO BOX579, LEMON GROVE, CA 91946 | |
| 10925 | R.D. HOOTON, 41 EDGEMORE DR., ETOBICOKE, ON M8Y 2N4CANADA | *VIA Deutsche Post* |
| 10924 | R.D.C./PARADISE-MADELIN BAY, COYOTE BUILDING MATERIALS, LAS VEGAS, NV 89125 | |
| 10924 | R.D.DREWISCH/FIRST PRESBYTERIAN, SANTA BARBARA, CA 93103 | |
| 10924 | R.DUCHARME INC, 451 MCKINSTRY AVE, CHICOPEE, MA 01020 | |
| 10924 | R.DUCHARME, 451 MCKINSTRY AVE, CHICOPEE, MA 01020 | |
| 10925 | R.E. CARROLL INC., 1570 NORTH OLDEN AVE, TRENTON, NJ 08638-0806 | |
| 10924 | R.E. CARROLL, INC., PO BOX 5806, TRENTON, NJ 08638 | |
| 10925 | R.E. MICHEL CO. INC., 1017 GREENMOUNT AVE., BALTIMORE, MD 21202 | |
| 10924 | R.E. MICHEL CO., 2713 WILLARD RD., RICHMOND, VA 23294 | |
| 10924 | R.E. MICHEL CO., INC., 1 R.E. MICHEL DR., GLEN BURNIE, MD 21060-6495 | |
| 10925 | R.E. ROTHFELDER, PO BOX 3328, DANA POINT, CA 92629 | |
| 10925 | R.E. SERVICE CO., INC., 400 SO. BECKMAN ROAD, LODI, CA 95240 | |
| 10924 | R.E. TRACY CONSTRUCTION, 3242 CROSBY, KLAMATH FALLS, OR 97603 | |
| 10924 | R.E.CARROLL, INC., PO BOX 5806, TRENTON, NJ 08638 | |
| 10924 | R.E.CARROLL, INC., PO BOX 5806, TRENTON, NJ 08638-0806 | |
| 10924 | R.E.S. ENVIRONMENT, 450 WEST BELMONT ST., CHICAGO, IL 60657 | |
| 10924 | R.F.BIGGS CO, INC., 745 ORANGE ST., CHICO, CA 95928 | |
| 10924 | R.F.BIGGS CO, INC., P.O.BOX3340, CHICO, CA 95927 | |
| 10924 | R.F.J.INC., DBA MEISWINKEL CO., SAN FRANCISCO, CA 94124 | |
| 10924 | R.G. METZ, 3914 MIAMI ROAD, CINCINNATI, OH 45247 | |
| 10925 | R.H. CREAGER INC, PO BOX 100, KENNER, LA 70063 | |
| 10924 | R.H. PLUNKETT CO. INC., WAREHOUSE, OLATHE, KS 66061 | |
| 10924 | R.H. PLUNKETT CO., INC., 312 SOUTH WALKER STREET, OLATHE, KS 66061 | |
| 10924 | R.H. PLUNKETT, INC., CAMBRIDGE, MA 02140 | |
| 10924 | R.I. LAMPUS COMPANY, 816 RAILROAD STREET, SPRINGDALE, PA 15144 | |
| 10924 | R.I.P. ACOUST/WILSHIRE HIGHRISE JOB, C/O WESTSIDE BUILDING MATERIALS, BEVERLY HILLS, CA 90210 | |
| 10925 | R.J. ELECTRIC &, 604 GLENDALE AVE, HOUMA, LA 70360 | |
| 10925 | R.J. GALLAGHER CO., 100 BAYOU BEND DR., SULPHUR, LA 70663 | |
| 10924 | R.J. HARVEY INSTRUMENT CORP., 123 PATTERSON ST., HILLSDALE, NJ 07642 | |
| 10925 | R.J. LEE GROUP, 350 HOCHBERG RD., MONROEVILLE, PA 15146 | |
| 10924 | R.J. MIGCHELBRINK, JR., INC., 2665 RABER ROAD, UNIONTOWN, OH 44685 | |
| 10925 | R.J. PATTON CO., 1908 DUNLAP ST., CINCINNATI, OH 45214 | |
| 10924 | R.J. PATTON CO., 31 CAMP STREET, MERIDEN, CT 06451 | |
| 10925 | R.J. PRICE & ASSOC., 27 PIONEER COURT, OSWEGO, IL 60543 | |
| 10925 | R.J. REYNOLDS TOBACCO CO., 401 N. MAIN ST, WINSTON SALEM, NC 27102 | |
| 10925 | R.J.G. TRUCKING & LEASING INC, 205 WEST ALEXIS RD, TOLEDO, OH 43612 | |
| 10924 | R.J.R.-PACKAGING, BUILDING 641-1, 27 DEACON BOULEVARD, WINSTON SALEM, NC 27102 | |
| 10924 | R.J.R.-PACKAGING, PO BOX 854, WINSTON SALEM, NC 27102 | |
| 10925 | R.K. COMBUSTION & CONTROL, PO BOX 33079, CINCINNATI, OH 45233 | |
| 10924 | R.K. PERKINS & ASSOCIATES, 1619 LOCUST, KANSAS CITY, MO 64108 | |
| 10924 | R.K. PERKINS, 1619 LOCUST, KANSAS CITY, MO 64108 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  R.K. STEWART & SON, INC., 215 CHURCH AVENUE, HIGH POINT, NC 27261

10924  R.L. COATES...DBA, DESCHUTES READY MIX, BEND, OR 97709

10925  R.L. KRIEGER, PO BOX 82, FAIRHAVEN, MA 02719

10924  R.L. SCHREIBER, INC., 1741 N.W. 33RD STREET, POMPANO BEACH, FL 33064

10925  R.M. BRADLEY, 73 TREMONT ST, BOSTON, MA 02108

10925  R.M. MEADOWS COMPANY, PO BOX 4779, AUSTIN, TX 78765-4779

10925  R.M. VINING, 6360 PELICAN BAY BLVD APT # 201C, NAPLES, FL 33963

10924  R.M. WAITE CO, 2100 EMBARCADERO, OAKLAND, CA 94606

10924  R.M. WAITE CO. C/O, 1 SUPS - LGS, HURLBURT FIELD, FL 32544-5737

10924  R.M. WAITE CO., 2100 EMBARCADERO, OAKLAND, CA 94606

10925  R.M. YOUNG COMPANY, 2801 AERO-PARK DRIVE, TRAVERSE CITY, MI 49684

10925  R.M.ARMSTRONG & SON INC., POBOX 56, HUNTLEY, IL 60142-0056

10924  R.M.D./CAL STATE NORTHRIDGE, C/O WESTSIDE BUILDING MATERIALS, NORTHRIDGE, CA 91324

10924  R.M.D./GENSIA, C/O WESTSIDE BUILDING MATERIALS, IRVINE, CA 92714

10924  R.M.D./HALLENBECK YOUTH CENTER, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924  R.M.D./NORTHRIDGE HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, NORTHRIDGE, CA 91324

10924  R.M.D./ONCOLOGY, C/O WESTSIDE BLDG. MTLS., IRVINE, CA 92714

10924  R.M.D./TORRANCE MEMORIAL HOSPITAL, C/O WESTSIDE BUILDING, TORRANCE, CA 90503

10924  R.M.LUMBER, 92 EAST CLARK ST, EAST PALESTINE, OH 44413

10925  R.M.MEADOWS COMPANY, PO BOX 4779, AUSTIN, TX 78765

10925  R.M.R.S.SYSTEM, PO BOX 7150M, SAINT LOUIS, MO 63195

10924  R.M.WAITE CO, 2100 EMBARCADERO, OAKLAND, CA 94606

10924  R.O. FLEET & INDUSTRIAL  SUPPLY CO., 467 "W" ST., BREMERTON, WA 98314

10925  R.O.I. INDUSTRIES, PO BOX 315, MILFORD, NH 03055

10925  R.P. CARGILLE LABORATORIES, 55 COMMERCE ROAD, CEDAR GROVE, NJ 07009-1205

10924  R.P. MOORE INC., C/O MIDWEST CITY HOSPITAL, MIDWEST CITY, OK 73110

10924  R.P. MOORE, INC., HILLCREST HOSPITAL, OKLAHOMA CITY, OK 73119

10924  R.P. RICHARDS CONST./LUKE A.F.B., TRAILER BEHIND BLDG. #1150, LUKE AIR FORCE BASE, AZ 85309

10924  R.P.RICHARDS/AIRFORCE DINING FACIL., CAL WAL GYPSUM SUPPLY, SCHOFIELD, HI 96786

10924  R.P.S. INC (AD), 721 WORTHINGTON ST, SPRINGFIELD, MA 01101-1645

10925  R.S. ANDREWS SERVICES INC., 1800 MONTREAL CIRCLE, TUCKER, GA 30084

10925  R.S. ENVIRONMENTAL SERVICES, 1400 NW 13TH AVE, POMPANO BEACH, FL 33069

10925  R.S. HUGHES CO. INC., 4643 S. 32ND ST, PHOENIX, AZ 85040

10924  R.S.I, PO BOX671627, HOUSTON, TX 77267

10924  R.S.I. WHOLESALE, **TO BE DELETED**, MERRILLVILLE, IN 46410

10924  R.S.I. WHOLESALE, 4402 W. SPRINGFIELD AVE., CHAMPAIGN, IL 61826

10924  R.S.I. WHOLESALE, 9050 LOUISIANA, MERRILLVILLE, IN 46410

10924  R.S.I., 2600 W. MOUNT HOUSTON ROAD, HOUSTON, TX 77083

10924  R.S.I., 800 EDWARDS AVE, NEW ORLEANS, LA 70123-3123

10924  R.S.I., P.O. BOX 671627, HOUSTON, TX 77207

10924  R.S.I., P.O. BOX 671627, HOUSTON, TX 77267

10925  R.T.M. TROPHY & AWARD CO., 4700 W. 103RD ST., OAK LAWN, IL 60453

10925  R.V. GILDERSLEEVE, PO BOX 66203, BATON ROUGE, LA 70896

10924  R.V. SUPPLY, C.A., NO. 36-08, AVENIDA 36 C/CALLE 80, R.V. SUPPLY, VENZUALA        *VIA Deutsche Post*

10925  R.V. THEO AUTO PARTS, PO BOX 220, WOODRUFF, SC, SC 29388

10924  R.W. GREEFF & CO. INC., 24 PIER LANE WEST, CALDWELL, NJ 07006

10924  R.W. GREEFF & CO. INC., 777 W. PUTNAM AVENUE, GREENWICH, CT 06830

10924  R.W. SIDLEY BLOCK PLANT, BY ESSROC AND BFI DUMP, STATE LINE ROAD, HILLSVILLE, PA 16132

10924  R.W. SIDLEY INC. NOT CURRENTLY SELL, PAINESVILLE, OH 44077

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   R.W. SIDLEY, INC, 3401 NEW CASTLE RD, WEST MIDDLESEX, PA 16159

10925   R.WAREHOUSING & PORT SERVICES, PO BOX 24157, HOUSTON, TX 77229

10925   R0Y LONGINETTI &, DOROTHY M LONGINETTI TR, UA DTD APR 30 85 THE LONGINETTI, REVOCABLE LIVING TRUST, 2500 CHURCH AVE, SAN MARTIN, CA 95046-9106

10925   RA MUELLER INC., LOCATION 00170, CINCINNATI, OH 45264-0170

10925   RA MUELLER, INC, 11270 CORNELL PARK DR., CINCINNATI, OH 45242

10925   RAAB, ANDREW, 14821 BROWNSTONE DR, BURTONSVILLE, MD 20866

10925   RAAF, JAMES, PO BOX 6117, SNOWMASS VILL., CO 81615

10925   RAASCH, ARVID, 1110 N 9TH ST, NORFOLK, NE 68701-2820

10925   RAASCH, GARY, 704 SQUIRREL LANE, MARATHON, WI 54448

10925   RAASCH, HARLAND, 511 NORTH ST, BEEMER, NE 68716

10925   RAASCH, THOMAS, 3651 MAPLE CT, GREEN BAY, WI 54311-9613

10925   RABA KISTNER CONSULTANTS INC, PO BOX 971037, DALLAS, TX 75397-1037

10925   RABAGO, JAVIER, 158 MAPLE VALLEY, SAN ANTONIO, TX 78227

10925   RABAGO, JOSE, 8343 TIMBER BOUGH, SAN ANTONIO, TX 78250

10925   RABAGO, VIRGIL, 4115 GARFIELD, DALLAS, TX 75211

10925   RABALAIS, DEBRA, 103 SOUTH MEADOW LN, HAUGHTON, LA 71037

10925   RABALAIS, DEBRA, 16817 TENEIYA, GREENWELL SPRINGS, LA 70739

10925   RABALAIS, DIANE, PO BOX 8405, ALEXANDRIA, LA 71306

10925   RABASSA, TAMMY, PO BOX 365, LEWISTON, ME 04240

10925   RABB, LAWRENCE, 4 EDWARDS PLAZA, TRENTON, NJ 08618

10925   RABE, MARIAN, 736 SUMMERWOOD, NEW BRAUNFELS, TX 78130

10925   RABENSBURG, CHARLES, 2920 OZARK ROAD, CHATTANOOGA, TN 37415

10925   RABER, PO BOX 2686, GADSDEN, AL 35903-2686

10925   RABER, STEVEN, 10857 TR 262, MILLERSBURG, OH 44654

10925   RABERT, ARTHUR, 1925 W. TURNER ST, ALLENTOWN, PA 18104-5551

10924   RABEY ELECTRIC, 2824 TREMONT ROAD, SAVANNAH, GA 31401

10925   RABIN GLOVE, 130 WALNUT ST, NEWARK, NJ 07105

10925   RABINOW, DAVID, 24 COACHMAN LN, NATICK, MA 01760

10925   RABKE, ODELL, RT. 1 BOX 298, YORKTOWN, TX 78164

10925   RABO CHEMICAL COMPANY, PO BOX 2155, HUNTINGTON, WV 25721

10925   RABON, JOHN, 22606 BUCKTROUT LANE, KATY, TX 77449

10925   RABREAU, RAYMOND, 442 W 57TH ST APT 7K, NEW YORK, NY 10019

10925   RABUN COUNTY HBA, PO BOX 759, GAINESVILLE, GA 30503

10924   RABUN GAP NACOOCHEE SCHOOL, 339 NACOOCHEE DRIVE, RABUN GAP, GA 30568

10925   RABY, JORGE, PIPING ROCK ROAD, LOCUST VALLEY, NY 11560

10925   RABY, WENDY O, NIBALDO CORREA 553, SANTIAGO, 10CHILE     *VIA Deutsche Post*

10925   RAC ENTERPRISES INC, PO BOX 6377, CAGUAS, PR 00726PUERTO RICO     *VIA Deutsche Post*

10924   RAC ENTERPRISES, INC., PO BOX6377, CAGUAS, PR 726PUERTO RICO     *VIA Deutsche Post*

10924   RAC ENTERPRISES, INC., ROAD #1, KM. 24.8, CAGUAS, PR 726PUERTO RICO     *VIA Deutsche Post*

10925   RACADIO, ALECIA, 10606 VISTA GRAND DRDR, MITCHELLVILLE, MD 20721

10924   RACAL - MESL LIMITED, NEWBRIDGE, EDINBURGH, AV EH288PLUNK     *VIA Deutsche Post*

10925   RACAL DATA COMMUNICATIONS, 1601 NORTH HARRISON PKWY, SUNRISE, FL 33323

10925   RACAL, ERLINDA, 3030 EDWIN AVE #1J, FORT LEE, NJ 07024

10925   RACAL-DATACOM INC, PO BOX 102409, ATLANTA, GA 30368-0409

10925   RACCA, DAVID, 478 MIMS ROAD, WESTLAKE, LA 70669

10925   RACCA, JOSEPH, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   RACCA, SELENA R, 302 W. WAYSIDE DR., WESTLAKE, LA 70669

10925   RACCA, SELENA, PO BOX 3247, LAKE CHARLES, LA 70602

10925   RACCIOPPI, JOANN, 5720 S.W.188TH AVE., FT LAUDERDALE, FL 33332

10925   RACE FOR THE CURE, POBOX 880, WEST PALM BEACH, FL 33402

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RACE JR, DONALD, 277 SMOKY ROAD, WILLIMSTOWN, KY 41097

10925   RACELIS, LILIAN, 6090 N ALBANY AVE, CHICAGO, IL 60659

10925   RACER, SAMUEL, CUST FOR EVELYN J RACER, UNIF GIFT MIN ACT NY, 85 BARLOW DRIVE NORTH, BROOKLYN, NY 11234-6719

10925   RACH, ROBERT, 1693 FERNANDO DR, DE PERE, WI 54115

10925   RACH, STEVEN, 1693 FERNANDO RD, DE PERE, WI 54115

10925   RACHAL, BECKA, RT. 1, BOX 116H, ST. LANDRY, LA 71367

10925   RACHAL, BILLIE, 1132 HIGHLAND PARK DR., NATCHITOCHES, LA 71457

10925   RACHAL, BILLIE, 1132 HIGHLAND PK DR, NATCHITOCHES, LA 71457

10925   RACHEL B STERN, 23 WILLETS RD, OLD WESTBURY, NY 11568-1522

10925   RACHEL M HIGGINS &, CARLTON E HIGGINS JT TEN, 57 WOBURN ST, LEXINGTON, MA 02173-2221

10925   RACHERBAUMER, PAULINE, 321 MARYLAND AVE, METAIRIE, LA 70003

10925   RACHO, MIRIAM, 3969 HANCOCK CIRCLE, DORAVILLE, GA 30349

10925   RACHUBA TEN ENT, ANTHONY & ALICE, TEN ENT, 1332 TYSON AVE, PHILADELPHIA, PA 19111-4517

10925   RACINE BAKERY & DELICATESSEN, 6216 WEST ARCHER AVE, CHICAGO, IL 60638

10925   RACITE, DOMINIC J, CENTER SQUARE RD., BOX 119, SWEDESBORO, NJ 08085

10925   RACITI, JANET, 13-5 APPLERIDGE RD, MAYNARD, MA 01754

10925   RACK, KATHLEEN, PO BOX 227, COOPERSBURG, PA 18036

10925   RACKEMANN SAWYER & BREWSTER, ONE FINANCIAL CENTER, BOSTON, MA 02111-2659

10925   RACKEY, ANN, AND GAIL PEARSE JT TEN, 1264 WOODBRIDGE EAST, ST CLAIR SHORES, MI 48080-1621

10925   RACKLEY, MICHAEL, 4501 DAHLGREN PL, BURKE, VA 22030

10925   RACKLEY, WALTER, 2 KENTLAND LANE, GREENVILLE, SC 29611

10925   RACKLEY, WILLIAM, 104 CLUBVIEW CT, ROCKY MT, NC 27804

10925   RACOFF, BARRY, 33698 NORTH CATTLE CREEK DRIVE, ACTON, CA 93510

10925   RACZ, DARLENE, HASTINGS, ON KOL 140CANADA                                    *VIA Deutsche Post*

10925   RACZEK, TISA, RT. 1 BOX 230, MANTENO, IL 60950

10924   RAD ELEC., INC., 5714 C INDUSTRY LA., FREDERICK, MD 21701

10925   RAD GROUP,INC, THE, 2675 GREENSTONE DR.,STE.911, AUBURN HILLS, MI 48326

10925   RADA, MERL, PO BOX 2463, EL CENTRO, CA 92243

10924   RADCLIFF ELECTRIC SUPPLY, 169 E. VINE STREET, RADCLIFF, KY 40160

10925   RADCLIFF, CAROLYN, 46 LONGFELLOW ROAD, SUDBURY, MA 01776

10925   RADCLIFF, PAULA, RT. 1 BOX 104, LAPINE, AL 36046

10925   RADCLIFFE, JANET, 10 CASHELL COURT, BALTIMORE, MD 21213

10925   RADCO CONSTRUCTION SERVICES, INC, PO BOX 16385, CHARLOTTE, NC 28297-6385

10924   RAD-CURE, #1 JUST ROAD, LIVINGSTON, NJ 07039

10924   RAD-CURE, 112 NAYLOR AVENUE, LIVINGSTON, NJ 07039

10925   RADDA, GERALDINE M, CUST FOR JENNIFER L RADDA, UNIF GIFT MIN ACT CT, 291 GARRY DR, NEW BRITAIN, CT 06052-1105

10925   RADDER, DAVID, 1301 CROWN CT, DE PERE, WI 54115

10925   RADECKI, E, 510 LEMON ST, EUSTIS, FL 32726

10925   RADEKA, VALERIE J, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   RADEKA, VALERIE, 8643 W 73RD PLACE, JUSTICE, IL 60458

10925   RADEMACHER, VERLE, 20 OVERBROOK ROAD, GREENVILLE, SC 29607

10925   RADEMAN, JERRY E, 5700 ST AUGUSTINE RD, JACKSONVILLE, FL 32207

10925   RADER, GERALD, 3154 CO. ROAD 43, HAMILTON, CO 81638

10925   RADER, JAMES, 7770 WELLS ROAD, TALBOTT, TN 37877

10925   RADER, RONALD, 384 BONDERUD, CRAIG, CO 81625

10925   RADER, TONYA, 13231 S BROUGHAM, OLATHE, KS 66062

10924   RADFORD UNIVERSITY ACADEMIC BLDG, C/O AMERICAN COATINGS, RADFORD, VA 24141

10925   RADFORD, CAROLYN, BUCKINGHAM, BUCKINGHAMSHIRE, E MK18 1GNUNITED KINGDOM        *VIA Deutsche Post*

10925   RADFORD, CHESTER, 830 LOUISIANA AVE, ETOWAH, TN 37331

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   RADFORD, HERBERT, 22 WELLS AVE, WESTWOOD, MA 02090

10925   RADFORD, LARRY, 3812 MCELROY ROAD, C-14, DORAVILLE, GA 30340

10925   RADFORD, M, 708 EDGEMONT AVE, GREENVILLE, SC 29611

10925   RADFORD, MARSHA, 215 E. RIVERTRAIL, MORGANTONN, NC 28655

10925   RADFORD, STEPHEN, PO BOX 44, MARIETTA, SC 29661

10925   RADFORD, TANGIE, RT. 1 BOX 233, FLOYD, VA 24091

10925   RADFORD, WAYNE, 4516 BARNETT ROAD APT. 1071, WICHITA FALLS, TX 76310

10924   RADIAC ABRASIVES INC., 1015 S COLLEGE AVENUE, SALEM, IL 62881

10925   RADIAC RESEARCH CORP, JOHN V TEKIN PRES, 261 KENT AVE, BROOKLYN, NY 11211

10925   RADIAN CORP, PO BOX 841687, DALLAS, TX 75284-1687

10925   RADIAN CORPORATION, 16845 VON KARMAN AVE STE 100, IRVINE, CA 92714

10924   RADIAN CORPORATION, 7831 NORTH NAGLE AVENUE, MORTON GROVE, IL 60053

10924   RADIAN ELECTRONICS DIVISION, 15508 BRATTON LANE, AUSTIN, TX 78728

10925   RADIAN INTERNATIONAL LLC, PO BOX 201088, AUSTIN, TX 78720-1088

10925   RADIAN INTERNATIONAL LLC, PO BOX 844130, DALLAS, TX 75284-4130

10924   RADIAN INTERNATIONAL, COLONIAL ROAD, SALEM, MA 01970

10925   RADIAN INTERNATIONAL, PO BOX 844130, DALLAS, TX 75284-4130

10924   RADIAN INTERNATIONAL, PO BOX201088, AUSTIN, TX 78720-1088

10924   RADIANT SYSTEMS 2 C/O DUKE WEEKS, 3905 BROOKSIDE PARKWAY, ALPHARETTA, GA 30022

10924   RADIANT SYSTEMS, 3925 BROOKSIDE PARKWAY, ALPHARETTA, GA 30022

10924   RADIANT SYSTEMS, 3925 BROOKSIDE PKWY., ALPHARETTA, GA 30022

10925   RADIANT TECHNOLOGY CORPORATION, 1340 N JEFFERSON, ANAHEIM, CA 92807

10924   RADIATION SAFETY OFFICE, MEDICAL ED. BLDG. LOADING DOCK, RICHMOND, VA 23219

10924   RADIATION SERVICE ORGANIZATION, 5204 MINNICK ROAD, LAUREL, MD 20707

10925   RADIATION SERVICE, PO BOX 1450, LAUREL, MD 20725-1526

10925   RADIATRONICS NDT INC, POBOX 2649, SHAWNEE MISSION, KS 66201-2649

10925   RADICE, DEBORAH, 502 HARRINGTON ST. 3RD FL, PERTHAMBOY, NJ 08861

10925   RADIO BILLING SERVICE, PO BOX 6038, BUFFALO GROVE, IL 60089

10925   RADIO COMM ASSOCIATES INC, 1169 SOUTH REDERAL HWY, BOCA RATON, FL 33432

10925   RADIO DIRECT GROUP INC, THE, 960 INDUSTRIAL DR UNIT #4, ELMHURST, IL 60126

10925   RADIO PAGE COMMUNICATIONS, 102 CENTRE BLVD.- SUITE J, MARLTON, NJ 08053

10925   RADIO SALES & SERVICE CORPORATION, 5920 MILWEE, HOUSTON, TX 77092-6214

10925   RADIO SHACK A/C REC, PO BOX 105371, ATLANTA, GA 30348-5371

10925   RADIO SHACK, PO BOX 1052, FORT WORTH, TX 76101

10925   RADIO SHACK, PO BOX 281395, ATLANTA, FL 30384-1395

10925   RADIO SHACK, PO BOX 7058, SAN FRANCISCO, CA 94120-7058

10925   RADIO SHACK, PO BOX 7777-W9570, PHILADELPHIA, PA 19175

10925   RADIO STATION BILLING SERVICE, PO BOX 6038, BUFFALO GROVE, IL 60089

10925   RADIO SYSTEMS INC, 1725 REVERE BEACH PKWY, EVERETT, MA 02149

10925   RADIO SYSTEMS, 107 BOSTON ST, EVERETT, MA 02149

10925   RADIO SYSTEMS,INC, 426 BOSTON ST, LYNN, MA 01905

10925   RADIO TELEVISON PRODUCTS CORPORATIO, 2702 WASHINGTON AVE N, DOUGLAS, AZ 85607

10925   RADIOLOGIC ASSOCIATES OF MIDDLETOWN, PO BOX 931, MIDDLETOWN, CT 06457

10925   RADIOLOGICAL ASSOCIATES P C, POBOX 2910, WATERLOO, IA 50704-2910

10924   RADIOLOGICAL SOCIETY OF N. AMERICA, JORIE BLVD SOUTH OF 22ND, OAK BROOK, IL 60521

10925   RADIOLOGY ASSOCIAT, POBOX 23470, BELLEVILLE, IL 62223-0470

10925   RADIOLOGY ASSOCIATES LLP, 2481 MORGAN AVE, BOX 5608, CORPUS CHRISTI, TX 78465

10925   RADIOLOGY FOUNDATION, POBOX 8538-521, PHILADELPHIA, PA 19171

10925   RADIOLOGY IMAGING ASSOCIATION PC5, PO BOX 272011, DENVER, CO 80227

10925   RADIOLOGY SERVICES, 157 CATAWBA ST, SPARTANBURG, SC 29303-3030

10925   RADIOSHACK 01-8947, 101 TOWN CENTER, BOCA RATON, FL 33431-7217

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RADISON HOTEL ST. PAUL, 11 EAST KELLOGG BLVD., SAINT PAUL, MN 55101 | |
| 10925 | RADISSON HOTEL SANTA BARBARA, 1111 E CABRILLO BLVD, SANTA BARBARA, CA 93103 | |
| 10925 | RADISSON HOTEL SCHAUMBURG, 1725 E ALGONQUIN RD, SCHAUMBURG, IL 60173 | |
| 10925 | RADISSON INVERRARY RESORT, 3501 INVERRAY BLVD, FORT LAUDERDALE, FL 33319 | |
| 10925 | RADISSON RIVERFRONT HOTEL AUGUSTA, TWO TENTH ST, AUGUSTA, GA 30901 | |
| 10925 | RADISSON SUITE HOTEL, 106 W 12TH ST, KANSAS CITY, MO 64105 | |
| 10925 | RADISSON SUITE HOTEL, 7920 GLADES ROAD, BOCA RATON, FL 33434 | |
| 10924 | RADISYS, C/O FRED SHEARER & SONS, PORTLAND, OR 97201 | |
| 10925 | RADJUNAS, VIOLET, 431 CANTERBURY CT, HINSDALE, IL 60521 | |
| 10925 | RADLOFF, R WAYNE, CUST FOR ANDREW W RADLOFF, UNDER THE CALIFORNIA UNIFORM, TRANSFERS TO MINORS ACT, 8631 BLACKPOOL DR, ANNANDALE, VA 22003-4318 | |
| 10925 | RADLOFF, ROBERT W, 8631 BLACKPOOL DR, ANNANDALE, VA 22003-4318 | |
| 10925 | RADLOWSKI, BERNARD, 152 WEST ROAD, ADAMS, MA 01220 | |
| 10925 | RADLOWSKI, CECELIA A, 401 HERRICK ROAD, RIVERSIDE, IL 60546 | |
| 10925 | RADLOWSKI, CECELIA, 401 HERRICK ROAD, RIVERSIDE, IL 60546 | |
| 10924 | RADNOR, INC., 1772 B. GENESEE AVE., COLUMBUS, OH 43211 | |
| 10925 | RADOMSKI, LAURA, 329 NORTH 13TH AVE, MANVILLE, NJ 08835 | |
| 10925 | RADONICH, NIKOLA, 12 WOLLITZER LANE, WATERTOWN, MA 02172 | |
| 10925 | RADONICH, NIKOLA, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | RADTECH INTERNATIONAL NORTH AMERICA, 600 REVERE DR, NORTHBROOK, IL 60062 | |
| 10925 | RADTKE, KATHLEEN, 107 BARLEY SHEAF DR., NORRISTOWN, PA 19403 | |
| 10925 | RADTKE, KELLY, 8730 N HIMES AVE APT 612, TAMPA, FL 33614 | |
| 10925 | RADTKE, RANDALL, 12460 YORKSHIRE DR, LOCKPORT, IL 60441 | |
| 10925 | RADTKE, SUSAN, RT 2 BOX 111, PEOTONE, IL 60468 | |
| 10925 | RADVEN, ALBERT, 161 CARLYLE COURT, CARLSTADT, NJ 07072 | |
| 10925 | RADWELL, MARY, 253 PEPPER RD, HUNTINGTON VALLEY, PA 19006 | |
| 10925 | RAE C HEIPLE, ATTY AT LAW, 1007 COMMERCE BANK BLDG, 416 MAIN ST, PEORIA, IL 61602-1103 | |
| 10925 | RAE K MCNULTY, 236 N E 12TH AVE, OCALA, FL 34470-6714 | |
| 10925 | RAE, CLANCY, 12311 ANNETTE RD, ANGLETON, TX 77515 | |
| 10925 | RAE, PATRICIA, 2464 CAROLTON RD, MAITLAND, FL 32751 | |
| 10925 | RAECO, INC, 253 W. JOE ORR ROAD, CHICAGO HEIGHTS, IL 60411-1744 | |
| 10925 | RAECO, INC/ENVIRONMENTAL DIV, 9324 GULFSTREAM RD., FRANKFORT, IL 60423-2529 | |
| 10925 | RAEDER, BLANCA JULIANA, CUST FOR JULIANA CHRIS PETRAS, UNIF GIFT MIN ACT VA, 10108 DECKHAND DRIVE, BURKE, VA 22015-3933 | |
| 10925 | RAEL, EILEEN, PO BOX 92, CORDOVA, NM 87523 | |
| 10925 | RAFAEL A MORALES INC, 509 INTERAMERICA BLVD, LAREDO, TX 87045 | |
| 10925 | RAFAEL ECHEGARY, BOX 10764, CAPARRA HEIGHTS, PR 00922PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RAFAEL PRESTAMO TRUCKING INC, CALLE AZULES DEL MAR #J-5, DORADO DEL MAR, DORADO, PR 00646PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RAFALKO, JOANN, 29 YORKTOWN RD, MOUNTAINTOP, PA 18707 | |
| 10925 | RAFATJOO, ESQ, HAMID R, PACHULSKI, STANG, ZIEHL YOUNG, 10100 SANTA MONICA BLVD #1100, LOS ANGELES, CA 90067-4100 | |
| 10925 | RAFFAELE, DAVID, 18 DOPPING BROOK DRIVE, SHERBORN, MA 01770 | |
| 10925 | RAFFAELE, MARY, 1 SEAL HARBOR ROAD APT. #915, WINTHROP, MA 02152 | |
| 10924 | RAFFERTY ALUMINUM & STEEL CO., ONE SPRATT TECHNOLOGY WAY, STERLING, MA 01564 | |
| 10925 | RAFFERTY, EVELYN, 76 GASLIGHT TRAIL, WILLIAMSVILLE, NY 14221 | |
| 10925 | RAFFERTY, ROBERT JOSEPH, 29655 CORAL COVE, LAGUNA NIGUEL, CA 92677-1641 | |
| 10925 | RAFFETY, MARYANN, 237 BUTTONWOOD AVE, WINTER SPRINGS, FL 32708 | |
| 10925 | RAFFI & SWANSON INC, 100 EAMES ST, WILMINGTON, MA 01887 | |
| 10924 | RAFFI & SWANSON, 100 EAMES STREET, WILMINGTON, MA 01887 | |
| 10924 | RAFFI & SWANSON, 100 EAMES, WILMINGTON, MA 01887 | |
| 10925 | RAFFI AND SWANSON INC, PO BOX 5-0619, WOBURN, MA 01815-0619 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RAFFI CUSTOM PHOTO LAB, 21 WEST 46TH ST, NEW YORK, NY 10036 | |
| 10925 | RAFFI/VAN CHROMES, INC, 21 WEST 46TH ST, NEW YORK, NY 10036 | |
| 10924 | RAFFINERIE DE GULF CANADA LTEE, 11001 ST. CATHERINE ST. E., MONTREAL-EST, QC H1B 1S1TORONTO | *VIA Deutsche Post* |
| 10924 | RAFFINERIE DE GULF CANADA LTEE, 3501 RUE BROADWAY, MONTREAL-EST, QC H1B 5B3TORONTO | *VIA Deutsche Post* |
| 10925 | RAFFO, ROSEMARY, 331 LINCOLN BLVD, MIDDLESEX, NJ 08843 | |
| 10925 | RAFFY ORCHANIAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | RAFIEHA, FARIBA, 2126 DEER VALLEY, SPRING, TX 77373 | |
| 10925 | RAFIQI, NAELAH, 8516 SPRINGFIELD, SKOKIE, IL 60076 | |
| 10925 | RAFLE, MARGARET, 5531 MILES COURT, SPRINGFIELD, VA 22151 | |
| 10925 | RAFLE, MARGO, 5531 MILES COURT, SPRINGFIELD, VA 22151 | |
| 10925 | RAFOL, CAESAR, 644 HIGHLAND VILLAGE, MESQUITE, TX 75149 | |
| 10925 | RAFTER, JOHN J, 40 SUMMIT RD, VERONA, NJ 07044-2609 | |
| 10925 | RAFUSE AIA, JOHN R, 82 WAGON WHEEL TRAIL, MEREDITH, NH 03253 | |
| 10925 | RAG SHOP CUSTOM FRAMING, 1616 N FEDERAL HWY, BOCA RATON, FL 33432 | |
| 10925 | RAGAN COMMUNICATIONS INC, 316 N MICHIGAN AVE, CHICAGO, IL 60601-9756 | |
| 10925 | RAGAN COMMUNICATIONS INC., 212 W. SUPERIOR ST. STE. 200, CHICAGO, IL 60610-3533 | |
| 10925 | RAGAN, KATHLEEN, 610 BORDEAUX DRIVE, SOUTHLAKE, TX 76092 | |
| 10925 | RAGAN, MICHAEL D, 44 FOREST VIEW DR., HOLLIS, NH 03049 | |
| 10925 | RAGAN, MICHAEL, 95 NARTOFF RD, HOLLIS, NH 03049 | |
| 10925 | RAGAN, RICHARD, 1817 W. FULTON, BROKEN ARROW, OK 74012 | |
| 10925 | RAGAN, SUSAN IRENE, 502 QUAIL CT, ROANOKE RAPIDS, NC 27870 | |
| 10925 | RAGAS, BRUCE, 2938 JOHNSON ST, METAIRIE, LA 70001 | |
| 10925 | RAGAS, ROBERT, 2229 EASTMERE ST, HARVEY, LA 70058-2212 | |
| 10925 | RAGER JR, RUSSELL, 6587 BUNKEROAK TRAIL, MASON, OH 45040 | |
| 10925 | RAGER JR., JOHN, 91 SWISS LANE, LONDON, KY 40740 | |
| 10925 | RAGER, ROBERT, 9900 CEDAR CIRCLE, CHARLOTTE, NC 28210 | |
| 10925 | RAGER, WILLIAM, 7464 WAYNE BRIDGE RD, OWENSBORO, KY 42301 | |
| 10925 | RAGGIANI, ALBERT, 54 ANN ST, RAYNHAM, MA 02767 | |
| 10925 | RAGGIANI, FRANK, 10 SIMONE ST., WELLS NB, E251A5 | *VIA Deutsche Post* |
| 10925 | RAGGIO, JOHN, 7030 COLINA LA, RANCHO MURIETA, CA 95683 | |
| 10925 | RAGHUNANDAN, ERIC, 240 FROG POND ROAD, HUNTINGTON STAT, NY 11746 | |
| 10925 | RAGIN, ANDREA, 368 ASHBURY WAY, NAPLES, FL 33942 | |
| 10925 | RAGLAND, LOUWARNER, 22451 LATONIA, RICHTON PARK, IL 60471 | |
| 10925 | RAGLAND, MICHAEL, 6216 CREST GREEN APT. # 208, BIRMINGHAM, AL 35212 | |
| 10925 | RAGLAND, ROBERT, 1728 WADSWORTH WAY, BALTIMORE, MD 21239-3125 | |
| 10925 | RAGLAND, SHELDON, 3432 ROESNER, MARKHAM, IL 60426 | |
| 10925 | RAGNONE, MARY, 42 VAN WINKLE AVE, HAWTHORNE, NJ 07506 | |
| 10925 | RAGO, NINA, 15414 BRUSHWOOD DR, TAMPA, FL 33624-1644 | |
| 10925 | RAGO, RICHARD, 436 NW RAVENSWOOD LN, PT. ST. LUCIE, FL 34982 | |
| 10925 | RAGOR, L, 7487 CO RD 21 RT#4, FREDERICKTOWN, OH 43019 | |
| 10925 | RAGOR, ROSE, 7487 CO RD 21 RT #4, FREDERICKSTOWN, OH 43019 | |
| 10925 | RAGSDALE, DANIEL, 5151 N ANNETTE ST, INDIANAPOLIS, IN 46208 | |
| 10925 | RAGSDALE, PAULA, 148 MORGAN HARE, MONROE, LA 71203 | |
| 10925 | RAGSDALE, TORIE, 299 TONY TR., MABLETON, GA 30059 | |
| 10925 | RAGSDALE, TRACY, PO BOX 5532, ANDERSON, SC 29623 | |
| 10925 | RAGSDALE, WILLIAM, 1913 S. HEDGEWOOD, BOLIVAR, MO 65613 | |
| 10925 | RAHEJA, SHULING, 9 LANGLEY RISE, PITTSFORD, NY 14534 | |
| 10925 | RAHILLY, CAROLYN, 115 BAYSTATE ROAD, TEWKSBURY, MA 01876 | |
| 10925 | RAHILLY, CATHERINE, 1605 WOODCREST DR, TOMS RIVER, NJ 08753 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RAHIMI, PARWIN, 625 STONEY RUN RD., POTTSVILLE, PA 17901

10925   RAHMAN, HASIN, 805 63RD ST, BROOKLYN, NY 11220

10925   RAHMAN, JAHANGIR, 42-27 35TH AVE, LONG ISLAND CITY, NY 11101

10925   RAHMAN, MOHD, 35-52 STEINWAY ST, LONG ISLAND CITY, NY 11101

10925   RAHMAN, TARIQ, 191 VALLEY RD, RIVER EDGE, NJ 07661

10925   RAHWAN, STEPHEN, 24 JANA WAY, NORTON, MA 02766

10925   RAHWAN, STEPHEN, 62 WDHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   RAHWAY RAIL, EAST MILTON AVE, RAHWAY, NJ 07065

10925   RAICH, JILL, 478 SOUTH WILDWOOD, KANKAKEE, IL 60901

10925   RAICH, JUDI, 695 W CHARLES, KANKAKEE, IL 60901

10925   RAICHLE,BANNING,WEISS & STEPHENS, 410 MAIN ST, BUFFALO, NY 14202-3702

10924   RAIDER PRECAST, 1222 W. MT. PLEASANT, WEST BURLINGTON, IA 52655

10924   RAIDER PRECAST, 1222 WEST PLEASANT STREET, WEST BURLINGTON, IA 52655

10924   RAIDER PRECAST, 205 SOUTH GEAR STREET, WEST BURLINGTON, IA 52655

10924   RAIDER PRECAST, ARCHITECTURAL HOG SLATE (GEAR AVE), WEST BURLINGTON, IA 52655

10924   RAIDER PRECAST, NORTH PLANT (GEAR AVENUE), WEST BURLINGTON, IA 52655

10924   RAIDER PRECAST, P O BOX 356, WEST BURLINGTON, IA 52655

10924   RAIDER PRECAST, SOUTH PLANT (GEAR AVENUE), WEST BURLINGTON, IA 52655

10924   RAIFORD COAL & BLDG. SUPPLY, CAMBRIDGE, MA 02140

10924   RAIFORD COAL & BUILDING, PO DRAWER 370, PHENIX CITY, AL 36867

10925   RAIFORD, J, 622 FORMOSA PLACE, BARTOW, FL 33830

10925   RAIFORD, JOLETTA, 52 CAMBRIDGE LANE, JACKSON, TN 38305

10925   RAIFORD, RAYMOND, PO BOX 31204, CHARLOTTE, NC 28231

10925   RAIGNS, JR, RUDOLPH, 2025 CLIFWOOD AVE, BALTIMORE, MD 21213

10925   RAIL SERVICES, INC, PO BOX 35, CALVERT CITY, KY 42029

10925   RAIL WORKS WM. A. SMITH, PO BOX 15217, HOUSTON, TX 77220-5217

10924   RAILROAD CONCRETE CROSSTIES, 7160 PHILLIPS HGWY., JACKSONVILLE, FL 32216

10924   RAILROAD CONCRETE CROSSTIES, 7160 PHILLIPS HGWY., JACKSONVILLE, FL 32256

10924   RAILROAD CONCRETE, CROSSTIES, JACKSONVILLE, FL 32216

10925   RAILROAD CONSTRUCTION CO., 75-77 GROVE ST, PATERSON, NJ 07503

10924   RAILROAD FRICTION PROD CO, PO BOX 1349, LAURINBURG, NC 28353

10924   RAILROAD FRICTION PRODUCTS CORP., 13601 AIRPORT ROAD, MAXTON, NC 28364

10924   RAILROAD FRICTION PRODUCTS CORP., CAMBRIDGE, MA 02140

10924   RAILROAD FRICTION PRODUCTS, LAURINBURG MAXTON AIR BASE, LAURINBURG, NC 28352

10925   RAILROAD SUPPORT SERVICES, 116 S BEND DR, PONTE VERDE, FL 32082-2572

10925   RAILSBACK, ROBERT, 5516 MARIT DR, SANTA ROSA, CA 95409

10925   RAIL-TRAK CONSTRUCTION CO, INC, PO BOX 7, HAMMOND, IN 46325-0007

10925   RAIL-TRAK CONSTRUCTION CO., PO BOX 7, HAMMOND, IN 46325-0007

10924   RAILWAY CAMPBELL -BRANCH 1, 264 RAILWAY AVENUE, CAMPBELL, CA 95008-3008

10925   RAILWAY EDUCATIONAL BUREAU, THE, 18PO CAPITOL AVE., OMAHA, NE 68102-4905

10924   RAILWAY, P.O. BOX 6564, YOUNGSTOWN, OH 44501

10925   RAIM, SHIRLEY, 2975 126TH ST., AMANA, IA 52203-8057

10925   RAIMOND, FRANCES, 8570 SW 124TH ST, MIAMI, FL 33156-5838

10925   RAIMONDI, LEE, 4507 AVONDALE ST, 101, BETHESDABURG, MD 20814

10924   RAIN & HAIL, 9200 NORTH PARK DRIVE, DES MOINES, IA 50318

10925   RAIN DANCE IRRIGATION, 652 MUSKEGON, CALUMET CITY, IL 60409

10924   RAIN FOREST CAFE, 1612 PALICADES CENTER DRIVE, WEST NYACK, NY 10994

10925   RAINA, HIMI, 8 HAZEL RD, LEXINGTON, MA 02173

10925   RAINA, SANTOSH, 8 HAZEL RD, LEXINGTON, MA 02173

10924   RAINBOW CONCRETE, 13521 E. 11TH STREET, TULSA, OK 74108-2701

10925   RAINBOW ELECTRIC INC., PO BOX 4445 N.809 NAPA, SPOKANE, WA 99202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RAINBOW ELECTRIC, 2910 BIRCH ST, FRANKLIN PARK, IL 60131 | |
| 10925 | RAINBOW INDUSTRIES INC., PO BOX 6247, FAIRFIELD, NJ 07004 | |
| 10925 | RAINBOW MATERIALS INC, POBOX 18838, AUSTIN, TX 78760 | |
| 10924 | RAINBOW MATERIALS INCORP, P O BOX 18838, AUSTIN, TX 78760 | |
| 10924 | RAINBOW MATERIALS, INC., 14411 HWY 290E, MANOR, TX 78653 | |
| 10924 | RAINBOW MATERIALS, INC., 4756 RANCH RD #1431 (NORTH PLT), LEANDER, TX 78641 | |
| 10924 | RAINBOW MATERIALS, INC., PLANTS 1 & 2, 2935 HIGHWAY 71 EAST (SOUTH PLT), DEL VALLE, TX 78617 | |
| 10924 | RAINBOW MATERIALS, INC., PO BOX 18838, AUSTIN, TX 78760 | |
| 10925 | RAINBOW PAINT & WALLPAPER INC, 118 GREENACRE RD, GREENVILLE, SC 29607 | |
| 10925 | RAINBOW PRESS LTD, 605 W KENT AVE, VANCOUVER, BC V6P 6T7CANADA | *VIA Deutsche Post* |
| 10924 | RAINBOW TECH CORP., 261 CAHABA VALLEY PARKWAY, PELHAM, AL 35124 | |
| 10924 | RAINBOW TECH CORP., P.O. BOX 26445, BIRMINGHAM, AL 35226 | |
| 10925 | RAINBOW TECHNOLOGY, 50 TECHNOLOGY DR, IRVINE, CA 92718 | |
| 10924 | RAINCROSS DEVELPMENT, 268 N.LINCOLN AVE #2, CORONA, CA 91720 | |
| 10925 | RAINE, ARNOLD, 10 DAVISON TERRACE, SACRISTON DURHAM, DH7 6AEUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | RAINERI BLDG MATL INC., 6351 KNOX INDUSTRIAL DRIVE, SAINT LOUIS, MO 63139 | |
| 10924 | RAINERI BUILDING MATERIAL, 6351 KNOX INDUSTRIAL DR, SAINT LOUIS, MO 63139 | |
| 10925 | RAINERI BUILDING MATERIALS INC, 6351 KNOX INDUSTRIAL DRIVE, SAINT LOUIS, MO 63139 | |
| 10924 | RAINERI READY MIX OF EUREKA, 14 TRUITT DRIVE, EUREKA, MO 63025 | |
| 10925 | RAINES, CAROL, 26 COACHWOOD COLONY, SIMPSONVILLE, SC 29681 | |
| 10925 | RAINES, CYNTHIA, 1104 BARNES ST, BRIDGE CITY, LA 70094 | |
| 10925 | RAINES, HAROLD, 6712 ALMAND RD NW, ALBUQUERQUE, NM 87120 | |
| 10925 | RAINES, JENNIFER, 109 OAKWOOD DRIVE, LYMAN, SC 29365 | |
| 10925 | RAINES, PHILLIP, 624 CHRISTMAS TREE LA, WOODRUFF, SC 29388 | |
| 10925 | RAINES, RANDOLPH, 825 RICES CREEK RD, LIBERTY, SC 29657 | |
| 10925 | RAINES, SAMUEL, 12B CAMINO LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | RAINEY BROS ELECTRIC CO, INC, PO BOX 81028, ATLANTA, GA 30388 | |
| 10925 | RAINEY, BEVERLY, 17 F FAIRVIEW GARDEN, ANDERSON, SC 29621 | |
| 10925 | RAINEY, DON, 851 BIRCHFIELD PLACE, SOUTHAVEN, MS 38671-9998 | |
| 10925 | RAINEY, ERIC, 10545 W. DONNA DRIVE, MILWAUKEE, WI 53224 | |
| 10925 | RAINEY, GREGORY, 2939 RIVER RIDGE DR., ATLANTA, GA 30354 | |
| 10925 | RAINEY, JODIE, 4 PURDUE COURT, MAULDIN, SC 29662 | |
| 10925 | RAINEY, JUDY, 1020 DIAMOND BLVD., SOUTHLAKE, TX 76092 | |
| 10925 | RAINEY, LESTER, 104 QUIET LANE, SENECA, SC 29678 | |
| 10925 | RAINEY, MARK, BOX 123, MOORES HILL, IN 47032 | |
| 10925 | RAINEY, MICHAEL, 526 BEACON ST, BOSTON, MA 02215 | |
| 10925 | RAINEY, RAYMOND, 1889 CURTIS DR # 7, ATLANTA, GA 30329 | |
| 10925 | RAINFORD, LEONA, BOX 7A, LAKE VILLAGE, IN 46349 | |
| 10925 | RAINFORD, NEVA, 2521 SW 71 TERR # 201, DAVIE, FL 33317 | |
| 10925 | RAINFORD, STELLA, 3513 W. 950 N, LAKE VILLAGE, IN 46349 | |
| 10925 | RAININ INSTRUMENT CO INC, BOX 4026, WOBURN, MA 01888-4026 | |
| 10925 | RAININ INSTRUMENT CO. INC, MACK ROAD, WOBURN, MA 01888-4026 | |
| 10925 | RAINOSEK, ELVIS, RT. 3, BOX 288D, YOAKUM, TX 77995 | |
| 10925 | RAINS, BRENT, 3675 WINSTON DR, LAKE HAVASU, AZ 86403 | |
| 10925 | RAINS, EARL, 40 ROCKLAND AVE APT. 11, MALDEN, MA 02148 | |
| 10925 | RAINS, EARL, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | RAINS, GARY, 4414 US 70 BUS HWY W LOT 71, CLAYTON, NC 27520 | |
| 10925 | RAINS, JULIA, 307 WEST COOPER, W MEMPHIS, AR 72301 | |
| 10925 | RAINS-FLO SEALING SYSTEMS, INC, 820 S. LIPAN ST., DENVER, CO 80223-2744 | |
| 10925 | RAINWATER, VIRGINIA C, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   RAINWATER, VIRGINIA, 2220 CHARLESTON PL, LITHIA SPRING, GA 30122

10925   RAIOLA, DONNA, 28 CLARKE ST, SEEKONK, MA 02771

10924   RAISEBOR, 29318 HIGHWAY 160 EAST, DURANGO, CO 81301

10924   RAISEBOR, P.O. BOX 2108, DURANGO, CO 81302

10924   RAISEBOR, RICK SIDWELL, DURANGO, CO 81302

10925   RAISOR, THOMAS, 2225 E BROADWAY, LOGANSPORT, IN 46947

10925   RAITON, CYNTHIA, 518 RIVER ROAD, ANNANDALE, NJ 08801

10925   RAJAGOPALAN, KUPPUSWAMY, 10247 FAIRWAY DRIVE, ELLICOTT CITY, MD 21042

10925   RAJAGOPALAN, KUPPUSWANY, 7500 GRACE DR., COLUMBIA, MD 21044

10925   RAJAGOPALAN, PADMA, TIPTON 2 - 62, ALBANY, NY 12203

10925   RAJALA, ASARI, 309 BRIDGEBORO ROAD, 1117, MOORESTOWN, NJ 08057-1420

10925   RAJAN, VALSAMMA, 2853 WALNUT HILL ST APT. H-7, PHILADELPHIA, PA 19152

10925   RAJCICH, RITA M, 7501 RUBY DR SW APT 204-J, TACOMA, WA 98498-5008

10925   RAJENDRA K SRIVASTAVA PH.D, 3684 RANCH CREEK DR, AUSTIN, TX 78730-3701

10925   RAJTEROWSKI JT TEN, BARBARA A & RICHARD J, 920 PHEASANT RIDGE, LAKE ZURICH, IL 60047-
2716

10925   RAJTEROWSKI, BARBARA, 920 PHEASANT RIDGE, LAKE ZURICH, IL 60047-2716

10925   RAJU, SILVI, 2061 NESTOR ST., PHILA, PA 19115

10924   RAK SALES AGENCY, 534 RALEIGH ST., BLUEFIELD, WV 24701

10925   RAKES, ELIZABETH, RT 1, BOX 78A, KEYSVILLE, VA 23947

10925   RAKESTRAW, CHARLES, BOX 93, HAMILTON, CO 81638

10925   RAKHMILEVICH, ALEXANDER, 730 S WEST SHORE DR, DELAFIELD, WI 53018

10925   RAKIEWICZ, EDWARD, 1193 WOODHILL DRIVE, GIBSONIA, PA 15044

10925   RAKOWSKI, JOHN, 2322 ESSEX ST., BALTIMORE, MD 21224

10925   RAKOWSKI, MARIA T, 1517 NORTH HOFFMAN, PARK RIDGE, IL 60068-1438

10925   RAKSIS, GARY, JOSEPH RAKSIS 41, ANN ARBOR, MI 48108

10925   RAKSIS, JOSEPH, 4123 WESTBROOK DRIVE, ANN ARBOR, MI 48108

10925   RAKSIS, JOSEPH, 4123 WESTBROOK DRIVE, ANN ARBOR,, MI 48108

10925   RAKSIS, KAREN, 5216 WOODAM CT, COLUMBIA, MD 21044

10925   RAKSTAD, RONALD, PO BOX 293, POPLAR, MT 59255-0293

10925   RALAT, T, COPP JDNES SAU IGNACIO APT 1306, RIO PIEDRAS, PR 00920

10924   RALEIGH AIRPORT, RDU AIRPORT, RALEIGH, NC 27611

10924   RALEIGH READY MIX, RT 1 BOX 24 A, RALEIGH, IL 62977

10924   RALEIGH READY MIX, RT 1 BOX 24-A, RALEIGH, IL 62977

10924   RALEIGH READY MIX, RT 7, MARION, IL 62959

10924   RALEIGH READY MIX, RT1 BOX 24-A, RALEIGH, IL 62977

10925   RALEIGH, JEAN, 1403 YORK ST, MAHWAH, NJ 07430

10924   RALEY INDUSTRIAL SALES COMPANY, 6063 PEACHTREE PARKWAY, NORCROSS, GA 30092-3302

10925   RALEY, ANTHONY, 2321 W. PATAPSCO AVE, BALTIMORE, MD 21230

10925   RALEY, HELEN, PO BOX 1454, PONCHATOULA, LA 70454

10925   RALEY, JOY, 2669 CARIBBEAN DRIVE, GRAND JUNCT., CO 81506

10925   RALL, ERIC, 19431 RANCH LANE, 110, HUNTINGTON BEACH, CA 92648

10925   RALL, LINDA, 7006 COPPER COVE DR, RIDGELAND, MS 39157

10925   RALLS, WEAVER, 232 SYMPHONY LANE, SHREVEPORT, LA 71105-4144

10925   RALPH A WILLIAMS &, MIRJA H WILLIAMS JT TEN, PO BOX 158, MONSON, MA 01057-0158

10925   RALPH B HANDWERK &, REBA ALEXANDER HANDWERK JT TEN, 13200 DYKELAND TERR, AMELIA,
VA 23002-4222

10925   RALPH B JOHNSON JR TR UA, JUN 20 97 L VIRGINIA JOHNSON, REVOCABLE TRUST, 827 PHOENIX,
DELAVAN, WI 53115-2350

10925   RALPH BENSON, 11613 TREY BURTON, EL PASO, TX 79936

10925   RALPH C HODGES JR &, BRIDGET T HODGES, JT TEN, 4 GARDEN COURT, SOUTH TOMS RIVER, NJ
08757-5535

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    RALPH CLAYTON & SONS, 1025 ROUTE 1, EDISON, NJ 08817

10924    RALPH CLAYTON & SONS, 1144 NEW YORK AVENUE, TRENTON, NJ 08638

10924    RALPH CLAYTON & SONS, 189 RT. 526 WEST, ALLENTOWN, NJ 08501

10924    RALPH CLAYTON & SONS, 500 HOLLYWOOD BOULEVARD, SOUTH PLAINFIELD, NJ 07080

10924    RALPH CLAYTON & SONS, 515 LAKEWOOD-NEW EGYPT RD., LAKEWOOD, NJ 08701

10924    RALPH CLAYTON & SONS, HAMILTON RD., TINTON FALLS, NJ 07724

10924    RALPH CLAYTON & SONS, P O BOX 3015, LAKEWOOD, NJ 08701

10924    RALPH CLAYTON & SONS, PO BOX3015, LAKEWOOD, NJ 08701

10925    RALPH D ANDERSON, 7041 SECOR RD, TREVOR CITY, MI 49684-9017

10925    RALPH D GRZECKI JR UA MAY, 2 73 RALPH D GRZECKI JR, 20 CLARK RD, WELLESLEY, MA 02181-6735

10925    RALPH DESENA &, HAZEL R DESENA JT TEN, 14 NE 108TH ST, MIAMI SHORES, FL 33161-7036

10925    RALPH F HORNSBY &, RUTH D HORNSBY JT TEN, 2205 N 33RD ST TERRACE, SAINT JOSEPH, MO 64506-2219

10925    RALPH FAYAD, 58 ADAMS ST #3, WALTHAM, MA 02453

10925    RALPH FERGUSON, 475 ARDMORE BLVD, PITTSBURGH, PA 15221-3018

10925    RALPH GREEN TR UA AUG 18 93, RALPH GREEN TRUST, 650 HUNTINGTON AVE APT 24H, BOSTON, MA 02115-5911

10925    RALPH HODGINS, 1925 WALKER AVE, COLLEGE PARK, GA 30337-1119

10925    RALPH HURST, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925    RALPH IVY &, DEBBIE IVY JT TEN, 111 S 5TH ST, FERNANDINA, FL 32034-3903

10925    RALPH J PUJOLAR & MARY A, PUJOLAR TR UA FEB 29 88, PUJOLAR 1988 TRUST, 3080 24TH AVE, SAN FRANCISCO, CA 94132-1538

10925    RALPH JR, GEORGE, 2415 ELDER DRIVE, OWENSBORO, KY 42301

10925    RALPH JR, GEORGE, 418 REID RD BOX 109, OWENSBORO, KY 42303

10925    RALPH L WENTWORTH, PO BOX 9, TROY, NH 03465-0009

10925    RALPH LOCKE, 264 DEWEY PLACE, TEANECK, NJ 07666-3415

10925    RALPH MCELROY TRANSLATION CO., 910 W. AVE., AUSTIN, TX 78701

10925    RALPH MCELROY TRANSLATION COMPANY, 910 WEST AVE, AUSTIN, TX 78701

10925    RALPH METZGER III, 3407 S OCEAN BLVD APT 4-B, HIGHLAND BEACH, FL 33487-4715

10925    RALPH PAUL LEUTZ, 60 BLVD ST, GREENLAWN, NY 11740-1402

10924    RALPH PILL ELECTRIC SUPPLY(AD), 1 MARSTON STREET, LAWRENCE, MA 01841

10924    RALPH PILL ELECTRIC SUPPLY(AD), 254A N. BROADWAY, SALEM, NH 03079

10924    RALPH PILL ELECTRIC SUPPLY(AD), 307 DORCHESTER AVENUE, BOSTON, MA 02127

10924    RALPH PILL ELECTRIC SUPPLY(AD), 326 MYSTIC AVE., MEDFORD, MA 02155

10924    RALPH PILL ELECTRIC SUPPLY(AD), 558 RIVER STREET, HAVERHILL, MA 01832

10924    RALPH PILL ELECTRIC SUPPLY, 1 MARSTON STREET, LAWRENCE, MA 01841

10924    RALPH PILL ELECTRIC SUPPLY, 219 WASHINGTON ST., QUINCY, MA 02169

10924    RALPH PILL ELECTRIC SUPPLY, 22 BRIDGE STREET, CONCORD, NH 03301

10924    RALPH PILL ELECTRIC SUPPLY, 558 RIVER STREET, HAVERHILL, MA 01832

10924    RALPH PILL ELECTRIC SUPPLY, 62 PORTSMOUTH AVENUE, STRATHAM, NH 03885

10924    RALPH PILL ELECTRIC SY., 151 PORTLAND AVENUE, DOVER, NH 03820

10925    RALPH PINCUS, C/O REINA PINCUS, 3950 BLACKSTONE AVE, APT 4W, BRONX, NY 10471-3709

10925    RALPH PISATURO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    RALPH ROBINSON & SONS, INC, PO BOX 833, HOT SPRINGS, AR 72901

10925    RALPH SARLI, 6461 OVERBROOK RD, SHAWNEE MISSION, KS 66208-1939

10925    RALPH VELAZQUEZ, 8 SPRING ST, WOBURN, MA 01801-4230

10925    RALPH W POWERS,JR, PO BOX 1598, UPPER MARLBORO, MD 20773

10925    RALPH WALTER, 1839 NORTH 21ST RD, GRAND RIDGE, IL 61325-9663

10925    RALPH WILLIAMS, PO BOX 759, ZELLWOOD, FL 32798

10925    RALPH, DONA, 804 FOXRIDGE DR, ARLINGTON, TX 76017

10925    RALPH, JANICE, PO BOX 1241, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   RALPH, JOHN, 3015 GOSHEN RD., BEAVER DAM, KY 42320

10925   RALPH, JUDY, 2704 SUNRISE UNIT C, OWENSBORO, KY 42303

10925   RALPH, MILTON, 108 HOLLIBROOK CT, MAULDIN, SC 29662

10925   RALPH, RONALD, 117 ASHDOWN RD, SIMPSONVILLE, SC 29681

10925   RALPH, WILLIAM, 400 N FEDERAL HWY, 611, DEERFIELD BEACH, FL 33441

10925   RALPHOS PIZZA, 794 BROAD AVE, RIDGEFIELD, NJ 07657

10925   RALPHS ELECTRONICS, 4129 HWY. 90 EAST, LAKE CHARLES, LA 70615

10925   RALPHS GROCERY COMPANY, POBOX 54143, LOS ANGELES, CA 90099-4837

10925   RALPHS INDUSTRIAL ELECTRONICS, PO BOX R, LAFAYETTE, LA 70502

10925   RALPHS PLUMBING CO., 1315 CHERRY SPRING, HOUSTON, TX 77038

10924   RALPHS STORE, C/O WESTSIDE BUILDING MATERIALS, 60 GLENDALE, GLENDALE, CA 91200

10925   RALPHS, DONNA, 6 QUIGLEY COURT, WINCHESTER, MA 01890

10924   RALSTON COMPANY INC., THE, L.D. MOLDER PLASTERING CO. INC., BURLESON, TX 76028

10925   RALSTON PURINA COMPANY, CHECKERBOARD SQUARE, SAINT LOUIS, MO 63164

10924   RALSTON PURINA, 2200 MANUFACTURING DRIVE, CLINTON, IA 52732

10924   RALSTON PURINA, 824 GRATIOT STREET, SAINT LOUIS, MO 63102

10924   RALSTON PURINA, 931 DUNLUCE RD., KING WILLIAM, VA 23086

10924   RALSTON PURINA, C/O PINE TREE TRUCKING, VINE STREET - COUNTY RD 207, ADVANCE, MO 63730

10924   RALSTON PURINA, CHECKERBOARD SQUARE, DEPT. 1501, SAINT LOUIS, MO 63164

10924   RALSTON PURINA, CHECKERBOARD SQUARE, PET PRODUCT HAC12T, SAINT LOUIS, MO 63164

10924   RALSTON PURINA, DEPARTMENT 1501, SAINT LOUIS, MO 63102

10924   RALSTON PURINA, N 1725 805TH STREET, HAGER CITY, WI 54014-8147

10925   RALSTON, MICHELE, 433 SPINK ST, WOOSTER,, OH 44691

10925   RALSTON, RANDY, RR #1 BOX 36, DEARBORN, MO 64439

10925   RALSTON, SUSAN, 4605 MEADOW LAKE DRIVE, WICHITA FALLS, TX 76310

10925   RALSTON, TEDDY, 105 WEST VIEW LANE, IOWA PARK, TX 76367

10924   RAM ACCOUSITCAL, CAMBRIDGE, MA 02140

10924   RAM ACCOUSTICAL, UNIVERSITY OF PGH-GREENSBURG, GREENSBURG, PA 15601

10924   RAM ACOUSTICAL CORP, BOX 908, BEAVER FALLS, PA 15010

10924   RAM CORP., 421 N. WATER ST., JOLIET, IL 60431

10925   RAM NATIONWIDE, INC, NSCA CARTAGE DIV., DEPT# L-2141, CINCINNATI, OH 45270-2141

10925   RAM SERVICES, INC, 2508 FOREST AVE, TWO RIVERS, WI 54241

10925   RAM SUBRAYAN, J 7 PINE GROVE APTS, YPSILANTI, MI 48197

10924   RAM TOOL & SUPPLY CO, 1517 SOUTH BRAOD STREET, MOBILE, AL 36605

10924   RAM TOOL & SUPPLY CO, ATTN:  ACCOUNTS PAYABLE, BIRMINGHAM, AL 35232

10924   RAM TOOL & SUPPLY CO, PO BOX320979, BIRMINGHAM, AL 35222

10924   RAM TOOL & SUPPLY, 220 RESEARCH DR., HARAHAN, LA 70123

10924   RAM TOOL & SUPPLY, 4024 3RD AVE. SOUTH, BIRMINGHAM, AL 35222

10924   RAM TOOL & SUPPLY, 840 FESSLER PARKWAY, NASHVILLE, TN 37210

10925   RAM TOOL, PO BOX 320979, BIRMINGHAM, AL 35232

10925   RAM UNIVERSAL INC, RAM MOTOR FREIGHT DIV, CINCINNATI, OH 45270-2141

10925   RAM UNIVERSAL INC., DEPT L-2141, CINCINNATI, OH 45270-2141

10925   RAMACHANDRAN, M, 2088 APPALOOSA TRAIL, WEST PALM BEACH, FL 33430

10924   RAMADA EXPRESS TRACK II, 2121 S. CASINO WAY, LAUGHLIN, NV 89029

10925   RAMADA INN, 450 NOTT ST, SCHENECTADY, NY 12308

10925   RAMADA INN, 7272 GAGE AVE, CITY OF COMMERCE, CA 90040

10925   RAMADA INN, PO BOX 19228, SPOKANE, WA 99219

10925   RAMADA PLAZA HOTEL, 6600 N MANNHEIM ROAD, ROSEMONT, IL 60018

10925   RAMADON, ADRIENNE J, 300 SUMMIT AVE SUITE 3, BROOKLINE, MA 02146

10925   RAMAEKERS, R, 10951 JOHAN BLVD, H 119, SEMINOLE, FL 34642-4765

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RAMALHO, IRENE, 714 BROADWAY APT #4, SOMERVILLE, MA 02144 | |
| 10924 | RAMALLO ESERIBANO, 227 DUARTE STREET, HATO-REY, PR 99999PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RAMANTANIN, PAULETTE, 4018A BANNOCKBURN PL, CHARLOTTE, NC 28211 | |
| 10924 | RAMAPO SALES & MARKETING, 31 DWIGHT PLACE, FAIRFIELD, NJ 07004 | |
| 10924 | RAMAPO SALES & MRKTING-DO NOT USE, 31 DWIGHT PLACE, OAKLAND, NJ 07436 | |
| 10924 | RAMAR CONSTRUCTION, 2621 CARROLLTON ST., SAGINAW, MI 48604 | |
| 10924 | RAMAZ MIDDLE SCHOOL, 60 EAST, NEW YORK, NY 10021 | |
| 10925 | RAMBEL, DUANE, BOX 211021, CRESCENT VALLEY, NV 89821 | |
| 10925 | RAMBERT, PATRICIA, 25861 PECOS RD, LAGUNA HILLS, CA 92653 | |
| 10924 | RAMBO NURSERY INC., 279 TUCKER BOULEVARD, DALLAS, GA 30157 | |
| 10924 | RAMBO NURSERY, TUCKER BLVD.  (OFF HWY 278), DALLAS, GA 30132 | |
| 10925 | RAMBO, HUGH, 6045 BROOKGREEN CT, SPARTANBURG, SC 29301 | |
| 10925 | RAMBOLL, BREDEVEJ 2, VIRUM, 02830DENMARK | *VIA Deutsche Post* |
| 10925 | RAMCHARAN, INDRANI E, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | RAMCHARAN, INDRANI, 9535 OHIO PLACE, BOCA RATON FL, FL 33434 | |
| 10925 | RAMCO USA INC, PO BOX 99, WOODSTOCK, GA 30188 | |
| 10925 | RAMEAU, PAUL, 154 MEADOWS DRIVE, BOYNTON BEACH, FL 33436 | |
| 10925 | RAMEAU, YOLAINE, 20325 HIGHLND LK BLV, N MIAMI BCH, FL 33179 | |
| 10925 | RAMEIOR, LISA, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | RAMEIOR, LISA, 94 FAIRMONT ST, ARLINGTON, MA 02174 | |
| 10925 | RAMELLA, JOCELYN, 33 SLEEPER ST, BOSTON, MA 02210 | |
| 10925 | RAMELMEIR, ROLF, 5161 HARPERS FARM RD., COLUMBIA, MD 21044-5710 | |
| 10925 | RAMER, JOHN, POBOX 195, SPURGER, TX 77660 | |
| 10925 | RAMESH B. BORADE, 7298 VENTANA DR., SAN JOSE, CA 95129 | |
| 10925 | RAMESH G PAMNANI & JUDITH DY, PAMNANI TR UA NOV 4 94, THE RAMESH G PAMNANI & JUDITH DY, PAMNANI REVOCABLE TRUST, 1811 ALDEN ST, BELMONT, CA 94002-1801 | |
| 10925 | RAMESH MAHADEVAN, 314 HIDDEN CREEK DR, HATBORO, PA 19040-1617 | |
| 10925 | RAMESH, RAM, 6 ROSEBANK WAY, GREENVILLE, SC 29615 | |
| 10925 | RAMEY PARTS & SALES INC., OLD HWY 99 N, ROSEBURG, OR 97470 | |
| 10925 | RAMEY, ANGELA, 159 SAMANTHA DRIVE, WESTMINSTER, SC 29693 | |
| 10925 | RAMEY, DON, 7536 WOODLAND BAY DRIVE, HARRISON, TN 37341 | |
| 10925 | RAMEY, DONALD, 941 SMITTYS LANE, TOWNVILLE, SC 29689 | |
| 10925 | RAMEY, DOYLE, 30769 COUNTY ROAD 16, ELKHART, IN 46516-1029 | |
| 10925 | RAMEY, ELAINE, 9731 FAIRLEE LDG. RD, CHESTERTOWN, MD 21620 | |
| 10925 | RAMEY, GERALD, RT 1 BOX 568, MUNFORD, AL 36268 | |
| 10925 | RAMEY, JOHN, 800 SUNVIEW DRIVE, SENECA, SC 29678 | |
| 10925 | RAMEY, TERRAL, 9710 EVERGREEN, VICTORIA, TX 77901 | |
| 10925 | RAMI, IDA, 685 KING ST, OPELOUSAS, LA 70570 | |
| 10925 | RAMIREZ JR, ARMANDO, 15618 ATWOOD LANE, CROSBY, TX 77532 | |
| 10925 | RAMIREZ JR, JACINTO, 312 W. HILAND, EDCOUCH, TX 78538 | |
| 10925 | RAMIREZ JR., IGNACIO, 8112 STAGHORN, EL PASO, TX 79907 | |
| 10925 | RAMIREZ JR., LORENZO, 10513 MARGARITA AVE, FOUNTAIN VALL, CA 92708 | |
| 10925 | RAMIREZ JR., MIKE, 1535 W LYNN, SLATON, TX 79364 | |
| 10925 | RAMIREZ, AMPARO, 2416 W SALINAS, SAN ANTONIO, TX 78207 | |
| 10925 | RAMIREZ, ANDRES, PO BOX 438, SAN SEBASTIAN, PR 00685 | |
| 10925 | RAMIREZ, ANNA, 197 LAKE SHORE DR., LAKE HIAWATHA, NJ 07034 | |
| 10925 | RAMIREZ, ANTHONY, 8721 OWENSMOUTH AVE, CANOGA PARK, CA 91304 | |
| 10925 | RAMIREZ, ARLENE, 2142 STORY AVE, BRONX, NY 10473 | |
| 10925 | RAMIREZ, ARNOLDO, 505 W. KOHLER, HEBBRONVILLE, TX 78361 | |
| 10925 | RAMIREZ, ATANACIA, RT 1 BOX 19, MOMENCE, IL 60954 | |
| 10925 | RAMIREZ, BENITO, PO BOX 194, LA JOYA, TX 78560 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   RAMIREZ, BERTHA, 2158 48TH AVE, OAKLAND, CA 94601

10925   RAMIREZ, BOBBY, 210 CHESSWOOD, SAN ANTONIO, TX 78228

10925   RAMIREZ, CARLOS, 199 N. 2ND ST, NEWARK, NJ 07107

10925   RAMIREZ, CARLOS, PASEO MORELL CAMPOS #F-4 HAC. LA MATILDE, PONCE, PR 00731

10925   RAMIREZ, CARMEN, 1719 EL VISTA CR., ARCADIA, CA 91006

10925   RAMIREZ, CHRISTO, 752 W. MAIN, RAYMONDVILLE, TX 78580

10925   RAMIREZ, DIANA, REPARTO SENORIAL, MAYAGUEZ, PR 00680

10925   RAMIREZ, EDWARDO, 1900 BOSQUE BLVD., WACO, TX 76707

10925   RAMIREZ, ELIAS, 3621 NICHOLS, FT WORTH, TX 76106

10925   RAMIREZ, FRANCES, 1781 GRAND PAINT WAY, RENO, NV 89523

10925   RAMIREZ, FREDDIE, 4020 W.3RD., AMARILLO, TX 79106

10925   RAMIREZ, G. NICHOLAS, 219 CANDELARIA NW, ALBUQUERQUE, NM 87107

10925   RAMIREZ, GUILLERMINA, 2113 COLUMBUS, FORT WORTH, TX 76106

10925   RAMIREZ, HILDA, 4020 W. THIRD, AMARILLO, TX 79106

10925   RAMIREZ, IRENE, 1715 TOM GREEN, ODESSA, TX 79762

10925   RAMIREZ, IVYS, 457 E PADILLA, ARECIBO, PR 00612

10925   RAMIREZ, JACKIE, 6584 OAK VALLEY DR, RIVERDALE, GA 30274

10925   RAMIREZ, JOHNNY, 2206 VARSITY DR, GRAND PRAIRIE, TX 75050

10925   RAMIREZ, JOSE, 103 N1753, QUEENS, NY 11368

10925   RAMIREZ, JOSE, 112 EAST MASON ST, FT WORTH, TX 76110

10925   RAMIREZ, JOSE, 5888 CLIFTON BLVD., RIVERSIDE, CA 92504

10925   RAMIREZ, JOSEPH, 1409 ROPER MTN RD APT 533, GREENVILLE, SC 29615

10925   RAMIREZ, JOSEPH, 605 JAMESON DR, PIEDMONT, SC 29673

10925   RAMIREZ, LEILA, 1220 DECKSIDE DR, OXNARD, CA 93035

10925   RAMIREZ, LEONA, 8518 LAMPPOST LANE, HOUSTON, TX 77064

10925   RAMIREZ, LUIS E, PO BOX 13070, EL PASO, TX 79913

10925   RAMIREZ, LUIS, 6620 S. 33RD ST, MCALLEN, TX 78503

10925   RAMIREZ, LUPE, 1505 GLENMORE, PASADENA, TX 77503

10925   RAMIREZ, MANUEL, 11114 S. W, 156 COUR, MIAMI, FL 33196

10925   RAMIREZ, MANUEL, 12200 IH 10 WEST, SAN ANTONIO, TX 78230

10925   RAMIREZ, MANUEL, 16711 S. FIGUEROA ST, GARDEAN, CA 90248

10925   RAMIREZ, MARGARET, 1226 9TH AVE, DELANO, CA 93215

10925   RAMIREZ, MARIA, 1610 NORTH HONORE, 2, CHICAGO, IL 60622

10925   RAMIREZ, MARIA, 4538 W.104TH ST., INGLEWOOD, CA 90304

10925   RAMIREZ, MARIA, BOX 8984, ALAMO, TX 78516

10925   RAMIREZ, MERCEDES, 3379 RT 46 E, PARSIPPANY, NJ 07054

10925   RAMIREZ, MOSES, PO BOX 985, HEREFORD, TX 79045

10925   RAMIREZ, NIDIA, 3379 RT 46E APT 11J, PARSIPPANY, NJ 07054

10925   RAMIREZ, OLGA, 11514 CABALLO LAKE, EL PASO, TX 79936

10925   RAMIREZ, OLGA, CARR BOQUERON KM103, CABO ROJO, PR 00623

10925   RAMIREZ, OSCAR, 3185 CONTRA LOMA BLVD APT 312-A, ANTIOCH, CA 94509

10925   RAMIREZ, PEDRO, 803 N. MISSOURI, FT. STOCKTON, TX 79735

10925   RAMIREZ, R, BDA TOMEI B-16, LAJAS, PR 00667

10925   RAMIREZ, REINERIO, 10812 S W 75 TERR, MIAMI, FL 33173

10925   RAMIREZ, RENE, 304 S. CASA, PHARR, TX 78577

10925   RAMIREZ, RICHARD, 6111 NW 7TH ST, MARGATE, FL 33063

10925   RAMIREZ, ROBERTO, 1415 ANGE, EL PASO, TX 79902

10925   RAMIREZ, ROBERTO, 3752 NEWTON AVE., SAN DIEGO, CA 92113

10925   RAMIREZ, ROBERTO, 922 E. BOWIE ST, FALFURRIAS, TX 78355

10925   RAMIREZ, ROSA, 2311 LOVING, FT WORTH, TX 76106

10925   RAMIREZ, ROSARA, 606 B MC GEE, BORGER, TX 79007

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  RAMIREZ, RUBEN, 412 ROOSEVELT ST, SAN MARCOS, TX 78666

10925  RAMIREZ, RUBER, PO BOX 186, IRAAN, TX 79744

10925  RAMIREZ, SHARON, RR1 BOX 34, BEAVERVILLE, IL 60912

10925  RAMIREZ, SUSANA, 500 WILLIAMS DR. NE #410, MARIETTA, GA 30066

10925  RAMIREZ, VIRGINIA, 3724 IDLEBROOK CIR, CASSELBERRY, FL 32707

10925  RAMIREZ, YOLANDA, 112 ROBIN RD, 228, SOMERVILLE, NJ 08876

10925  RAMIREZ, ZENAIDA, 10 SPARROW LANE, PEABODY, MA 01960

10925  RAMIRO, WILHELMINA, 8741 SW 9TH COURT, PEMBROKE PINES, FL 33025

10924  RAMIT EXPORT, INC., MIAMI, FL 33166

10925  RAMKISSOON, ASHOK, 1208 KENT AVE, BALTIMORE, MD 21207

10925  RAMMING, PATRICIA, 10424 SILVER ROCK RDPO BOX 294121, PHELAN, CA 92329

10925  RAMNARINE, REYNOLD, 13787 STAIMFORD DR, WELLINGTON, FL 33414

10925  RAMNATH-KHAN, PARBATIE, 319 PENN ESTATES, E. STROUDSBURG, PA 18301

10925  RAMOCIOTTI, CAROL, 1701 RADCLIFFE, RENO, NV 89502

10925  RAMON L. CARRASQUILLO, 10100 BURNET RD.,BLDG 18B, AUSTIN, TX 78758

10925  RAMON O FOLTZ, 13863 TIMBERWYCK DR, SHELBY TOWNSHIP, MI 48315-2410

10925  RAMON, DEONNA, PO BOX 91, LAKE PANASOFFKEE, FL 33538

10925  RAMON, ROLANDO, 3700 N HARDING, FORT WORTH, TX 76106

10925  RAMONA M NESTOR, 108 BLACKBURN AVE, MENLO PARK, CA 94025-2704

10924  RAMONA TRANSIT MIX, 1508 MISSION ROAD, ESCONDIDO, CA 92029

10924  RAMONA TRANSIT MIX, C/O SUPERIOR READY MIX, ESCONDIDO, CA 92029

10924  RAMONA TRANSIT MIX/RAMONA, 940 OLIVE STREET, RAMONA, CA 92065

10925  RAMONDELLI, SUSAN, 121 VICTORY BLVD, NEW ROCHELLE, NY 10804

10925  RAMOS III, MARTIN, PO BOX 611, EAGLE PASS, TX 78853

10925  RAMOS JT TEN, CONRADO T & RENIE A, 1461 CARLOS WAY, UPLAND, CA 91786-2463

10925  RAMOS OIL COMPANY, PO BOX 401, WEST SACRAMENTO, CA 95691-0401

10925  RAMOS, ALFREDO, RD 423 KM 4-6, MOCA, PR 00716

10925  RAMOS, ANGELITA, 12844 ELMROCK AVE, LA MIRADA, CA 90638

10925  RAMOS, ANTONIO M, 19787 NW ROCK CREEK DR, PORTLAND, OR 97229-2869

10925  RAMOS, ARACELIO, 8121 COLUMBUS ST, SAN DIEGO, CA 92126

10925  RAMOS, AWILDA, 3 TRENTON ST, LAWRENCE, MA 01841

10925  RAMOS, EPIFANIO, 15429 ROSELLE AVE, LAWNDALE, CA 90260-3515

10925  RAMOS, ERLINDA, 1321 SAN SABA SOUTH, GRAND PRAIRIE, TX 75052

10925  RAMOS, ERNESTINA, RT7 BOX 701, ODESSA, TX 79763

10925  RAMOS, FE, 1025 MASTERSON DR, BATON ROUGE, LA 70180

10925  RAMOS, GERARDO, 292 HAMILTON AVE, TRENTON, NJ 08619

10925  RAMOS, GONSALO, 3452 DAVIS ST, OAKLAND, CA 94601

10925  RAMOS, HILDA, 827 N BARTON ST, ARLINGTON, VA 22204

10925  RAMOS, IRIS, COND MUNDO FELIZ, ISLA VERDE, PR 00979

10925  RAMOS, ISABEL, CA. PADRE DELGADO E3EXT. LAINMACULADA, VEGA ALTA, PR 00692

10925  RAMOS, JAMES, 915 NW 1ST AVE, MIAMI, FL 33136

10925  RAMOS, JOHN, 6719 HOUNDMASTER RD, SPRINGFIELD, VA 22152

10925  RAMOS, JOSE, 5017 38TH AVE, HYATTSVILLE, MD 20782

10925  RAMOS, JOSE, 8812 LANIER DR #201, SILVER SPRING, MD 20910

10925  RAMOS, JOSE, 8812 LANIER DR APT 201, SILVER SPRING, MD 20910

10925  RAMOS, JOSEFINA, 10345 GALABAD WAY, EL PASO, TX 79924

10925  RAMOS, MA ELENA, 737 CANYONWOOD CT, BRENTWOOD, CA 94513

10925  RAMOS, MARCIELA, 6620 S 33RD ST, MCALLEN, TX 78503

10925  RAMOS, MARTHA, 5017 38TH AVE, HYATTSVILLE, MD 20783

10925  RAMOS, MARTHA, 8812 LANIER DR #201, SILVER SPRING, MD 20910

10925  RAMOS, MARY, RT 3 BOX 794, TEMPLE, TX 76501

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RAMOS, MICHELLE, 3305 CHILLUM RD #301, MT RANIER, MD 20712

10925   RAMOS, MIRIAM, C/31 FF 39, RIO GRANDE, PR 00745

10925   RAMOS, MONICA, 12628 LOUISE, ODESSA, TX 79764

10925   RAMOS, OLGA, 1924 S. WARE RD., MCALLEN, TX 78503

10925   RAMOS, OLGA, 1942 A WELCH CT, KISSIMMEE, FL 34741

10925   RAMOS, OLGA, 204 MAGUEY, LAREDO, TX 78041

10925   RAMOS, R, 7928 PORCHE, EL PASO, TX 79915

10925   RAMOS, ROLANDO, 1509 E.SAN PEDRO, LAREDO, TX 78041

10925   RAMOS, RUTH, 417 E. RUTH, ODESSA, TX 79763

10925   RAMOS, SERVILLANO, 1466 KINGSVALE CIR., HERNDON, VA 22070

10925   RAMOS, SIGFRIDO, 2601 THOMPSON BR.RD., GAINESVILLE, GA 30501

10925   RAMOS, SONIA, B-10 B, PONCE, PR 00731

10925   RAMOS, SUZANNE, 3141 N.HANCOCK, ODESSA, TX 79762

10925   RAMOS-ALCARAZ, FELIX, S PEDRO K-6 N DAME, CAGUAS, PR 00725

10925   RAMOS-CHRISTIAN, LUIS, CALLE 3N #BB-9 QUINTAS DE DORADO, DORADO, PR 00646

10925   RAMOS-DAQUIOAG, AIDA, 324 HUNTCLIFF DR, COLUMBIA, SC 29223

10925   RAMOS-RODRIGUEZ, ORLANDO, CALLE E #29 BDA. ESPERANZA, GUANICA, PR 00653

10925   RAMOS-TORRES, MARIA, 434A 13 ST, BROOKLYN, NY 11215

10925   RAMOY, DEENA, 17904 RIVENDEL RD #1302, LUTZ, FL 33549

10925   RAM-PAC INTERNATIONAL INC, PO BOX 510260, NEW BERLIN, WI 53151-0260

10925   RAMPALE, ROBERT, 23186 N PRAIRIE LANE, PRAIRIE VIEW, IL 60069

10925   RAMPERSAD, DONNA, 48-78 37TH ST., LONG ISLAND CITY, NY 11101

10925   RAMPERSAD, VIRUN, 201 WEST 70TH ST, 8D, NEW YORK, NY 10023

10925   RAMSAUER, PAUL, 965 BEACON LANE, VERO BEACH, FL 32963

10924   RAMSAY COMMUNICATIONS, REF. NBR: M98039, 16120 COHASSET STREET, VAN NUYS, CA 91406

10925   RAMSAY, ALISON, 743 ISSAQUEENA TRL APT 41, CENTRAL, SC 29630

10925   RAMSAY, CHARLOTTE, 14401 SW BASS CREEK RD, MIRAMAR, FL 33027

10925   RAMSDELL, DICK, RT. 2, BOX 140, KENMARE, ND 58746

10925   RAMSDELL, GARY, PO BOX 227, POWERS LAKE, ND 58773

10925   RAMSDELL, RICHARD, 1761 PRATT AVE., DES PLAINES, IL 60018

10925   RAMSDEN, BRIAN, 35 SYCAMORE DR, DESBOROUGH NORTHANTS, NN14, NN14 2YH

10925   RAMSDEN, JANET, 2356 ESCALON, CLOVIS, CA 93611

10925   RAMSEL, CATHY, 11147 PHILADELPHIA, WHITE MARSH, MD 21162

10925   RAMSEY ELECTRIC SUPPLY CO., PO BOX 48, CHATTANOOGA, TN 37401

10924   RAMSEY ELECTRIC SUPPLY, 2310 ROSSVILLE BLVD, CHATTANOOGA, TN 37408

10924   RAMSEY ELECTRIC, 2514 PENNSYLVANIA AVE., CHARLESTON, WV 25311

10924   RAMSEY JR. HIGH SCHOOL, 3201 JENNY LIND ROAD, FORT SMITH, AR 72901-7198

10924   RAMSEY JR. HIGH SCHOOL, 3201 JENNY LYNN ROAD, FORT SMITH, AR 72901

10925   RAMSEY LAW FIRM P C, 150 GOVERNMENT ST, SUITE 1002, MOBILE, TX 36602

10924   RAMSEY MEDICAL CENTER - CUSTOM, EMERGENCY DEPT., SAINT PAUL, MN 55117

10925   RAMSEY SOREY, PO BOX 1359, PO BOX 1359, VICKSBURG, MS 39181

10925   RAMSEY, ALAN, 1786 E 27TH ST, JACKSONVILLE, FL 32206

10925   RAMSEY, ALAN, 201 WESTWOOD DR, SIMPSONVILLE, SC 29680

10925   RAMSEY, ANDREA, 1419 CENTER ST, BLACK EARTH, WI 53515

10925   RAMSEY, BARBARA, 2661 TALLANT RD, SANTA BARBARA, CA 93105

10925   RAMSEY, BOBBY, 811 FURYS FERRY RD., EVANS, GA 30809

10925   RAMSEY, DAVID, 52 DEXTER RD, LEXINGTON, MA 02173

10925   RAMSEY, GLENDA, 14610 TR 469, LAKEVILLE, OH 44638

10925   RAMSEY, HOMER, 114 ALPHEA LANE, INTERLACHEN, FL 32148

10925   RAMSEY, JAMES, 52 DEXTER RD, LEXINGTON, MA 02173

10925   RAMSEY, MARY, 1354 DEER TRAIL, ROCKLEDGE, FL 32955

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RAMSEY, ROBERT, 339 WARREN DR., JACKSONVILLE, AL 36265 | |
| 10925 | RAMSEY, SALLIE, 107 S PATRICIA, WACO, TX 76705 | |
| 10925 | RAMSEY, VICKY, 4718 GAY, WICHITA FALLS, TX 76306 | |
| 10925 | RAMSEY, WADE, RT. 1, RICEVILLE, TN 37370 | |
| 10925 | RAMSEY,JR, THOMAS, RD 1 BOX 1025, FLEETWOOD, PA 19522 | |
| 10925 | RAMSHUR, ANTHONY, ROUTE 3 BOX 110, COLUMBIA, MS 39429 | |
| 10925 | RAMSHUR, TOMMY, 841 MCLINDEN AVE, SMYRNA, GA 30080 | |
| 10925 | RAMSIER, PAMELA, PO BOX 106, WEST SALEM, OH 44287 | |
| 10925 | RAMSLAND, THORDES, 8820 WALTHER BLVD., PARKVILLE, MD 21234 | |
| 10925 | RAMUNDT, SCOTT, 1346 E MOUNTAIN VIEW, PHOENIX, AZ 85020 | |
| 10925 | RANA, BANKIM, 252 CHURCH ST, LODI, NJ 07644 | |
| 10925 | RANA, JAYASHREE, 235 PAULISON AVE, PASSAIC, NJ 07055 | |
| 10925 | RANA, UDAY, 324 LAFAYETTE AVE, PASSAIC, NJ 07055 | |
| 10925 | RANAHAN, MONIKA, 9 PLEASANT COURT, MEDFIELD, MA 02052 | |
| 10925 | RANAUDO, REBECCA, 4001 E. 134TH ST., CHICAGO, IL 60603 | |
| 10925 | RANAURO, CARMEN, 136 LOWELL ST, ARLINGTON, MA 02174 | |
| 10924 | RANBAR ELECTRICAL MATERIALS, RT 993, MANOR, PA 15665 | |
| 10925 | RANCAS FREIGHT SYSTEMS, INC, PO BOX 266882, HOUSTON, TX 77207-6882 | |
| 10924 | RANCH MISTIQUE, LAS VEGAS, NV 89101 | |
| 10925 | RANCHO LA QUINTA COUNTRY CLUB, 79-325 CASCADES CIRCLE, LA QUINTA, CA 92253 | |
| 10924 | RANCHO READY MIX INC, PO BOX570, COLTON, CA 92324 | |
| 10924 | RANCHO READY MIX, 864 WEST 4TH STREET, BEAUMONT, CA 92223 | |
| 10924 | RANCHO READY MIX, INC, 1150 S. RANCHO AVENUE, COLTON, CA 92324 | |
| 10924 | RANCHO READY MIX, INC., P.O. BOX 570, COLTON, CA 92324 | |
| 10924 | RANCHO SANTIAGO, RAYMOND INTERIORS, SANTA ANA, CA 92703 | |
| 10925 | RANCO INC, 8115 ROUTE 42N, PLAIN CITY, OH 43064 | |
| 10925 | RANCOURT, R, 1165 NO HOOSAC RD, WILLIAMSTOWN, MA 01267 | |
| 10924 | RAND ENVIRONMENTAL, 26453 NORTH LINE BLVD, TAYLOR, MI 48180 | |
| 10925 | RAND MATERIALS & HANDLING, 515 NARRAGANSETT PK DR, PAWTUCKET, RI 02861 | |
| 10925 | RAND MATERIALS HANDLING EQ. CO., PO BOX 3003, PAWTUCKET, RI 02861 | |
| 10925 | RAND MCNALLY - MAP & TRAVEL, 84 STATE ST, BOSTON, MA 02109 | |
| 10925 | RAND MCNALLY - TDM INC., PO BOX 98904, CHICAGO, IL 60693 | |
| 10925 | RAND TUGENDRAJCH, KITTY, CUST FOR PHILIP J TUGENDRAJCH, UNIF GIFT MIN ACT UNDER ILL, 315 WEST 23RD ST 6B, NEW YORK, NY 10011-2253 | |
| 10925 | RAND, ANITA, 520 CYPRUS, FORT BRAGG, CA 95437 | |
| 10925 | RAND, DAVID, 3745 GLENNVALE COURT, CUMMING, GA 30130 | |
| 10925 | RAND, DAVID, 63 WATERVALE RD, MEDFORD, MA 02155 | |
| 10925 | RAND, FREDERICK, 38 ONEIDA ST., LYNN, MA 01902 | |
| 10925 | RAND, JOHN, 367 MERION ROAD, WAREHAM, MA 02571 | |
| 10925 | RAND, LARRY, 306 ROBBIN ST, MOBILE, AL 36603 | |
| 10924 | RANDAL NUTRITIONAL PRODUCTS, 1595 HAMPTON WAY, SANTA ROSA, CA 95407 | |
| 10924 | RANDAL NUTRITIONAL PRODUCTS, PO BOX 7328, SANTA ROSA, CA 95407-0328 | |
| 10925 | RANDAL VOSS, 6585 ROYAL PKWY P, LOCKPORT, NY 14094 | |
| 10925 | RANDALL A BONO LTD, 65 E FERGUSON AVE., PO BOX 128, WOOD RIVER, IL 62095 | |
| 10925 | RANDALL BROOME, ROUTE 2 BOX 283, COMMERCE, GA 30529-9802 | |
| 10925 | RANDALL C ZAIKIS TR, UA 06 21 94, RANDALL C ZAIKIS TRUST, 263D AVE 6, 94 MACKINAW AVE, CALUMET CITY, IL 60409 | |
| 10925 | RANDALL C. SNEEGAS, 1024 HARTLAND DR., LAWRENCE, KS 66049 | |
| 10925 | RANDALL FIERKE, 200 SUNRISE AVE, HINSDALE, IL 60521-6132 | |
| 10925 | RANDALL FIERKE, 2257 SO DESPLAINES AVE, N RIVERSIDE, IL 60546-1366 | |
| 10925 | RANDALL G WESTLEY, 4009 ARDMORE AVE, READING, PA 19605-1117 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    RANDALL K. KOPELMAN ENTERPRISES,INC, 6215 S. ORANGE BLOSSOM TERRACE, ORLANDO, FL 0

10925    RANDALL K. KOPELMAN, 6215 S. ORANGE BLOSSOM TRAIL, ORLANDO, FL 32809

10925    RANDALL L WELCH, 14208 CAVELLE COURT, ORLANDO, FL 32828

10925    RANDALL M. FIERKE, 200 SUNRISE AVE., HINSDALE, IL 60521

10925    RANDALL POOLE, THERESA, CUST FOR ALLEN TUCKER POOLE, UNIF GIFT MIN ACT VA, 720 COVEY HILL, CHARLOTTESVILLE, VA 22901-3268

10925    RANDALL POOLE, THERESA, CUST FOR LESLIE JANE POOLE, UNIF GIFT MIN ACT VA, 720 COVEY HILL, CHARLOTTESVILLE, VA 22901-3268

10925    RANDALL REED FORD, 19000 EASTEX FREEWAY, HUMBLE, TX 77338

10925    RANDALL, ALVIN, 3072 WASHINGTON RD, 4C, E POINT, GA 30341

10925    RANDALL, ANNETTE, 8236 DOVER, HOUSTON, TX 77061

10925    RANDALL, CA HAL, 414 N THOMAS, GILMAN, IL 60938

10925    RANDALL, CECIL, 13409 N SR 13, ELWOOD, IN 46036

10925    RANDALL, DON, 3729 BELLEVUE TERRACE, GASTONIA, NC 28056

10925    RANDALL, EVERETT, 181 EAST HARBOR RD, CHESHIRE, MA 01225

10925    RANDALL, GERALD, 391 PURCHASE ST, S. EASTON, MA 02375

10925    RANDALL, GILBERT, 427 HUNTRIDGE DR., MOAB, UT 84532

10925    RANDALL, RONDALL, PO BOX 185, HARRISONBURG, LA 71340

10925    RANDALL, WESLEY, 807 CHELSEA LANE, FRIENDSWOOD, TX 77546

10925    RANDAZZO, RICKY, 307 EAST 14-A ST, CUT OFF, LA 70345

10925    RANDCASTLE EXTRUSION SYSTEMS, 74 SAND PARK RD., CEDAR GROVE, NJ 07009

10925    RANDELL, BRIAN, 14 SUNCREST AVE, WILMINGTON, MA 01887

10925    RANDLE, ROBBIN, 1906 TYLER ST, DALLAS, TX 75224

10924    RANDOLPH CONCRETE PRODUCTS, 321 STARK ST, RANDOLPH, WI 53956

10924    RANDOLPH CONCRETE PRODUCTS, 321 STARK STREET, RANDOLPH, WI 53956

10925    RANDOLPH COUNTY TAX COLLECTOR, 725 MCDOWELL ROAD, ASHEBORO, NC 27203-7370

10925    RANDOLPH JR., LEROY, 11 HARDING AVE, WALTHAM, MA 02154

10924    RANDOLPH MACON ATHLETIC FACILITY @ @, C/O AMERICAN COATINGS, ASHLAND, VA 23005

10924    RANDOLPH PRODUCTS CO., 701 12TH STREET, CARLSTADT, NJ 07072

10924    RANDOLPH PRODUCTS CO., PO BOX 830, CARLSTADT, NJ 07072

10924    RANDOLPH SCHOOLS, MAIN STREET, RANDOLPH, NY 14772

10925    RANDOLPH, BRIAN, 14283 SHARON DRIVE, LARGO, FL 34644

10925    RANDOLPH, BRUCE, 207 W. MALNE AVE., BESSEMER, NC 28016

10925    RANDOLPH, EDDIE, 2612 HWY 60 EAST, PLANT CITY, FL 33566-9998

10925    RANDOLPH, H, 3706 E. NORTH ST. TOWNPARK CONDOS, P-2, GREENVILLE, SC 29615

10925    RANDOLPH, JOAN, 648 W. DR. DELRAY, DELRAY BEACH, FL 33444

10925    RANDOLPH, KLEE, 6743 SUNSET MEADOW DR., WINDSOR, WI 53598

10925    RANDOLPH, MICHELLE, 740 NW 95TH ST, MIAMI FL, FL 33168

10925    RANDOLPH, PERRY, 669 AMBER DRIVE, LAKE CHARLES, LA 70611

10925    RANDOLPH, ROBERT, 3311 WOODLANE DR, PHILPOT, KY 42366

10925    RANDOLPH, SANDRA, 2418 MARCHBANKS AVE, ANDERSON, SC 29621

10925    RANDOLPH, VELVA, BOX 44, SUMAVA RESORTS, IN 46379

10925    RANDOLPH, WALDEAN, 5182 CLACTON AVE, SUITLAND, MD 20746

10925    RANDOLPH, WANDA, 668 GREENHURST CT, FENTON, MO 63026

10924    RANDOM HOUSE, 56TH & BROADWAY, MANHATTAN, NY 10021

10924    RANDOM HOUSE, WESTMINSTER, MD 21157

10925    RANDON PROFESSIONAL SERVICES INC, ROXANN DAVENPORT, 336 14TH AVE N, JACKSONVILLE, FL 32250

10925    RANDSTAD STAFFING SERVICES, PO BOX 277075, ATLANTA, GA 30384-7075

10925    RANDSTAD, PO BOX 6142, BOSTON, MA 02212-6142

10925    RANDSTAD, PO BOX 75188, BALTIMORE, MD 21275

10925    RANDY \ OIL CB, 147-95 FARMERS BLVD, JAMAICA, NY 11434

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RANDY A DARLING &, BETH S DARLING JT TEN, 7 SANIBEL DR, FAIRPORT, NY 14450-8618

10925   RANDY A. STONE, 26106 COTTONWOOD ST, MURRIETA, AZ 92563

10925   RANDY ADERMAN, 5824 S NATOMA, CHICAGO, IL 60638

10925   RANDY BLAUSTEIN & ARLENE ROBBINS, TR UA MAY 10 97, FBO ABRAHAM ROBBINS TRUST, C/O RANDY BLAUSTEIN, 155 EAST 31ST ST STE 15L, NEW YORK, NY 10016-6864

10925   RANDY BROWN, 421 RIVERSIDE, SPOKANE, WA 99201

10925   RANDY C ALLEN, INC, 7716 APOPKA BLVD, APOPKA, FL 32703-2007

10925   RANDY DUNCAN, PO BOX 464, DUNCAN, SC 29334

10925   RANDY GODEKE DIRECTOR, PO BOX 83061, BIRMINGHAM, AL 35283

10925   RANDY GUTFELD, PO BOX 254591, SACRAMENTO, CA 95865-4591

10925   RANDY HOLLANDER &, ROBERTA HOLLANDER JT TEN, 396 REDMOND AVE, OAKHURST, NJ 07755-1428

10925   RANDY KENT WILLIAM &, LADAWN WILLIAMS JT TEN, 1163 WEST 2300 NORTH, CLINTON, UT 84015-9036

10925   RANDY YING-LIN CHU &, PAU JEN CHU JT TEN, 68-45 KESSEL ST, FOREST HILLS, NY 11375-5729

10925   RANERO, LYDIA, PO BOX 11564 CAPPARA STATION, CAPPARA, PR 00922

10925   RANEY, JOHN, PO BOX 1893, SOLDOTNA, AK 99669

10925   RANEY, NORMAN T, PO BOX 250018, LITTLE ROCK, AR 72225-0018

10925   RANEY, NORMAN, PO BOX 250018, LITTLE ROCK, AR 72225

10925   RANGAN GIRI, 3647 HELMS AVE, CULVERCITY, CA 90232-2416

10925   RANGANATHAN, ANANDAKUMAR, 18 EAST MEADOW LANE #102, LOWELL, MA 01854

10925   RANGANATHAN, ANANDAKUMAR, 18 EAST MEADOW LANE APT 102, LOWELL, MA 01854

10925   RANGANATHAN, ANANDAKUMAR, 73B LIONEL AVE, WALTHAM, MA 02452

10924   RANGE SYSTEM ENGINEERING, 3200 E. REGATTA BLVD., RICHMOND, CA 94804

10924   RANGE SYSTEM ENGINEERING, 3200 EAST REGATTA BLVD., RICHMOND, CA 94804

10924   RANGE SYSTEMS ENG., 3200 E. REGATTA BLVD., RICHMOND, CA 94804

10925   RANGEL JR, RAYMUNDO, 11215 SAGEKING, HOUSTON, TX 77089

10925   RANGEL, ALICIA, 1620 EUCLID AVE, EL CENTRO, CA 92243

10925   RANGEL, APRIL, 11215 SAGEKING DR, HOUSTON, TX 77089

10925   RANGEL, BERNARDO, 3506 UNIVERSITY, WICHITA FALLS, TX 76308

10925   RANGEL, ELIFONSO, PO BOX 222, WOODRUFF, SC 29388

10925   RANGEL, JAVIER, HUNTWOOD AVE, HAYWARD, CA 94544

10925   RANGEL, JR, RAYMUNDO R, 11215 SAGEKING, HOUSTON, TX 77089

10925   RANGEL, NORMA, RT. 2 BOX 259-A, SAN JUAN, TX 78578

10925   RANGEL, RAFAEL, 26609 GODING RD., HAYWARD, CA 94544

10925   RANGEL, RAYMUNDO, 12626 GOTHAM, HOUSTON, TX 77089

10925   RANGEL, ROSA, 911 E. 13TH., ODESSA, TX 79763

10925   RANGEL, ROSALINDA, 2305 N.MUSKINGUM, ODESSA, TX 79762

10925   RANGEL, STEVEN, 11067 COUNTRY BLUFF, RIVERSIDE, CA 92505

10925   RANGEL, VELMA, RT12 BOX205, ODESSA, TX 79766

10925   RANGEL, YADIRA, 615 SOUTH SUGAR RD., EDINBURG, TX 78539

10925   RANGELEY, JOY Y, 205 MOUNTAIN AVE, BIRMINGHAM, AL 35213-2918

10924   RANGER BARRICKS COMPLEX, SITE SEEING ROAD, FORT BENNING, GA 31905

10924   RANGER ENGINEERING INC, POBOX 3111, FRAMINGHAM, MA 01705-3111

10925   RANGLE, JOSEPH, 1405 S NORWOOD AVE #, GREEN BAY, WI 54304

10925   RANGLE, RAFAEL, 27039 HUNTWOOD AVE., HAYWARD, CA 94544

10925   RANGREZ, FARIDA, 703 GRANT TERRACE, TEANECK, NJ 07666

10925   RANIA, TRACY, 6 BRENTWOOD AVE, WILMINGTON, MA 01887

10925   RANIERE, PATRICIA, 1009 KAREN DR, NEW BERN, NC 28562

10925   RANK, LINDA, 5990 ARAPAHO ROAD, 18, DALLAS, TX 75248-3715

10924   RANKEN TECHNICAL COLLEGE, 4431 FINNEY AVENUE, SAINT LOUIS, MO 63113

10924   RANKIN ELEMENTARY SCHOOL, 3301 SUMMIT AVENUE, GREENSBORO, NC 27404

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    RANKIN, CHRISTY, 3500 N. EULA, AMARILLO, TX 79107

10925    RANKIN, H. ALLAN, 195 PARKWOOD CIRCLE, CARROLLTON, GA 30117-8756

10925    RANKIN, MORSIN, 6419 LEE PLACE, SEAT PLEASANT, MD 20743

10925    RANKIN, RICHARD, BOX 355 RD. #1, RIMERSBURG, PA 16248

10925    RANKIN, WILLIAM H, CUST FOR WILLIAM S RANKIN, UNIF GIFT MIN ACT IL, BOX 292, HIGHWOOD, IL 60040-0292

10925    RANKIN, WILLIAM, 10440 SOUTH DRIVE, 2301, HOUSTON, TX 77099

10925    RANNEY, JEFFREY, 1301 MEADOWBROOK APTS, FLORENCE, MA 01060

10925    RANNEY, THERESA, 430 MC CLURE CIRCLE, SPARKS, NV 89431-1242

10925    RANNO, MELISSA, PO BOX 1076, SHIRLEY, MA 01464

10925    RANNSOKNASTOFNUN BYGGENGARIONAOARIN, IBRI KELDNAHOLT, REYKJAVIC, 112ICELAND          *VIA Deutsche Post*

10925    RANOCCHIA, GREG, 1415 W. NORTH ST. #609, ANAHEIM, CA 92801

10925    RANOCCHIA, GREGORY, 1415 W. NORTH STAPT. 609, ANAHEIM, CA 92801

10925    RANSFORD, DANIEL, 1047 EVERGREEN, OLYMPIA FIELDS, IL 60461

10925    RANSLEBEN, LD, 4803 SHADE CREEK, SAN ANTONIO, TX 78238

10924    RANSOHOFF, 4933 PROVIDENT DRIVE, CINCINNATI, OH 45246

10925    RANSOM & BENJAMIN PUBLISHERS LLC, PO BOX 564, MYSTIC, CT 06355

10925    RANSOM FORD JR &, PATRICIA JEAN FORD JT TEN, 3406 PRINCEWOOD CT, ARLINGTON, TX 76016-2313

10925    RANSOM, DELBERT, GENERAL DELIVERY, WOODBURN, IA 50275-9998

10925    RANSOM, GEORGIA, 209 PUGUESNE DR, GREER, SC 29650

10925    RANSOM, JOHN, 1011 N AIR DEPOT, EDMOND, OK 73034

10925    RANSOM, THERESA, 7922 TWP RD 457, LOUDONVILLE, OH 44842

10925    RANSON, CAROLYN, 101 PINE ST, FLORA, MS 39071

10925    RANSONE, M., 1020 WINSFORD RD, TOWSON, MD 21204-0000

10925    RANSONET, LYN, 1712 JULES ROAD, NEW IBERIA, LA 70560

10924    RANTEC CORPORATION, PO BOX 729, RANCHESTER, WY 82839

10925    RANTEC MICROWAVE & ELECTRONICS INC, 24003 VENTURA BLVD, CALABASAS, CA 91302

10924    RANTOUL BUILDERS, 520 S.TANNER (RTE.45 S), RANTOUL, IL 61866

10924    RANTOUL BUILDERS, P.O. BOX 1014, CHAMPAIGN, IL 61820

10924    RANTOUL BUILDERS, PO BOX1014, CHAMPAIGN, IL 61820

10925    RANTZ, LEONARD, 40 COUNTRY CLUB DR, TEWKSBURY, MA 01876

10925    RAO, JOEY, 344 EAST 63RD, 12A, NEW YORK, NY 20005

10925    RAPANARO, PETER, 65 SECOND ST, EAST ROCKAWAY, NY 11518

10925    RAPE CRISIS OF SPARTANBURG, 1447 E. MAIN ST, SPARTANBURG, SC 29301

10925    RAPER, CHARLES, 2921 LANCELOT, BATON ROUGE, LA 70816

10925    RAPER, HAROLD W, RT 2 BOX 295, PARIS, AR 72855-9802

10925    RAPERT, MILOUS, 6469 SOUTHWEST AVE, ST. LOUIS, MO 63139

10925    RAPHAEL, CARLOS, 10425 TABOR ST, WEST LOS ANGELES, CA 90034

10925    RAPHAEL, LINDA, 79 MARIE AVE, BRIDGEWATER, NJ 08807

10925    RAPHAEL, RICHARD, 1289 BRECKENRIDGE ST, SAN LEANDRO, CA 94579

10925    RAPHIEL, TURENA, 5727 ALBANS WAY, LITHONIA, GA 30058

10925    RAPID AMERICAN CORP., 667 MADISON AVE., NEW YORK, NY 10021

10925    RAPID AMERICAN CORP., PHILIP CAREY CORP&PHILLIP CAREY MFG, STATUTORY AGENT STUART H. AARONS, 888 SEVENTH AVE., NEW YORK, NY 10106

10925    RAPID AMERICAN, MASON KETTERMAN & MORGAN, 210 ALLEGHENY AVE., TOWSON, MD 21204

10925    RAPID FORMS, 301 GROVE ROAD, THOROFARE, NJ 08086-9499

10925    RAPID INDUSTRIAL CORP, 2330 W 58TH ST, CHICAGO, IL 60636-1598

10925    RAPID INDUSTRIAL PLASTIC, 13 LINDEN AVE, JERSEY CITY, NJ 07405

10924    RAPID INDUSTRIES, SUITE B, 45 BUTTERFIELD CIRCLE, EL PASO, TX 79906

10924    RAPID READYMIX CO., ATTN:  ACCOUNTS PAYABLE, GOLDENDALE, WA 98620

10925    RAPID RED SERVICE, 10211 SAMPLE ROAD, CORAL SPRINGS, FL 33065

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RAPID SIGN CENTER, 3220 D CORPORATE CT, ELLICOTT CITY, MD 21042

10925   RAPID SIGN CENTER, 3220-D CORPORATE CT, ELLICOTT CITY, MD 21042

10925   RAPID TRACK SERVICE INC., PO BOX 508, TYRONE, GA 30290

10925   RAPID TRANSFER & STORAGE CO. INC., PO BOX 4405, PORTLAND, OR 97208

10925   RAPIDEX DELIVERY SERVICE, APARTADO 3137, BAYAMON, PR 00960-3137

10925   RAPIDFORMS, 301 GROVE RD, THOROFARE, NJ 08086-9499

10925   RAPIDGEAR CO, POBOX 7780-3056, PHILADELPHIA, PA 19812-3056

10924   RAPIDS READY MIX, 800 N. BOONE STREET, ROCK RAPIDS, IA 51246

10924   RAPIDS READY MIX, 800 N. BOONE, ROCK RAPIDS, IA 51246

10925   RAPISTAN CORP, 507 PLYMOUTH AVE NE, GRAND RAPIDS, MI 49505

10925   RAPLE, ALICE, 2925 SOUTHERN CROSS, GARLAND, TX 75044

10925   RAPONE, J, 1426 SW SUDDER AVE, PORT ST LUCIE, FL 34953

10925   RAPOSO, MARIA, 4 LUCY ST, STONEHAM, MA 02180

10925   RAPP, GERALD, 8551 S. NEW ENGLAND, BURBANK, IL 60459

10924   RAPPAHANNOCK CONCRETE, 5266 GEORGE WASHINGTON MEMORIAL HWY, WHITE MARSH, VA 23183

10924   RAPPAHANNOCK CONCRETE, OFF ROUTE 17, SALUDA, VA 23149

10924   RAPPAHANNOCK CONCRETE, P O BOX 520, GLOUCESTER, VA 23061

10924   RAPPAHANNOCK CONCRETE, PO BOX 520, GLOUCESTER, VA 23061

10924   RAPPAHANNOCK CONCRETE, ROUTE 33, WEST POINT, VA 23181

10925   RAPPAHANNOCK ELECTRIC COOPERATIVE, POBOX 85595, RICHMOND, VA 23285-5595

10924   RAPPAHANNOCK REGIONAL JAIL, 1745 JEFFERSON DAVIS HWY., STAFFORD, VA 22554

10925   RAPPAPORT ASERKOFF & RAPPAPORT, ONE LONGFELLOW PLACE, BOSTON, MA 02114

10925   RAPPE, BARRY, 1012 MANCHESTER CT, BEL AIR, MD 21014

10925   RAPPE, BARRY, 7500 GRACE DR., COLUMBIA, MD 21044

10925   RAPPORT COMMUNICATION, 6238 CASTLE HILL DR, MIDDLETOWN, OH 45044

10925   RAPSON, SCOTT, 4117 FONT HILL DR., ELLICOTT CITY, MD 21043

10925   RAPTOR SYSTEMS INC, DEPT CH-10971, PALATINE, IL 60055-0971

10925   RAR MACHINE & MFG. INC., 1231-35 COMMERICAL DRIVE, SCHERERVILLE, IN 46375

10924   RARITAN BAY MEDICAL CENTER @ @, 486 LAWRIE STREET, PERTH AMBOY, NJ 08861

10925   RARITAN SUPPLY CO., BRIDGE SUPPLY CO., 30 MEADOW RD., EDISON, NJ 08817

10925   RASCH, BRADLEY, PO BOX 1364, SOLDOTNA, AK 99669

10925   RASCHE, B, PO BOX 38204, GERMANTOWN, TN 38138

10925   RASCHE, JOYCE, PO BOX 38204, GERMANTOWN, TN 38138

10925   RASCHER & BETZOLD, 228 LACKAWANNA AVE, WEST PATERSON, NJ 07424

10924   RASCO SUPPLY, 2846-A AWAAWALOA ST., HONOLULU, HI 96819

10924   RASCO SUPPLY, 3071 A. PELEKE ST., LIHUE, HI 96766

10925   RASHID, MAMUNUR, 30 WEST 181ST ST, BRONX, NY 10453

10925   RASHID, RAUF, 15 SOUTH FAIRVIEW ST, ROSLINDALE, MA 02131

10925   RASINSKI, ROBERT, 5506 SEFTON AVE, BALTIMORE, MD 21214

10925   RASK, DOUGLAS, 210 STERLING ST., KENAI, AK 99611

10925   RASKE, MICHAEL, RURAL ROUTE 1, RADCLIFFE, IA 50230

10925   RASMOVICH, VICTOR, 7 WESTFIELD ST, NASHUA, NH 03060

10925   RASMUSSEN EQUIPMENT CO., 3333 WEST 2100 SOUTH, SALT LAKE CITY, UT 84119-1197

10925   RASMUSSEN, DAVID, 1048 E AVE J10, LANCASTER, CA 93535

10925   RASMUSSEN, DEBBIE, 6708 PARK CREST, LONG BEACH, CA 90808

10925   RASMUSSEN, ELMER, 100 GAY ST, MANCHESTER, IA 52057

10925   RASMUSSEN, GISELE, SUBURBAN VILLAGE, OPELOUSAS, LA 70570

10925   RASMUSSEN, MARVIN, 1407 PEACH ROAD, KIRKMAN, IA 51447-7515

10925   RASMUSSEN, ROBERT, 1525 ARIZONA COURT NE, CEDAR RAPIDS, IA 52402

10925   RASMUSSEN, WAYNE, 101 CENTRAL AVE, CHARLES CITY, IA 50616

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RASNAKE, R, 3525 COUNTRY SQ DR APT#S203, CARROLLTON, TX 75006

10925   RASO, LORENE B, 2162 MCCOY RD., CARROLLTON, TX 75006

10925   RASO, LORENE, 2162 MCCOY ROAD, CARROLLTON, TX 75006

10925   RASOR, CHERYL, 2178 HARBOR VIEW DRIVE, DUNEDIN, FL 33528

10924   RASPOLICH MATERIAL COMPANY, 401 NORTH WEST AVENUE, KANKAKEE, IL 60901

10925   RASS, KURT, 220 LANGFORD FARMS, BRANDON, MS 39042

10925   RASSEL, STEVEN C, RT 2 BOX 223, ST JOSEPH, MO 64505

10925   RASTEGAR, MARYAM, 2734 TORREY PINES, LA JOLLA, CA 92037

10925   RASTER GRAPHICS, 3025 ORCHARD PARK WAY, SAN JOSE, CA 95134

10925   RASTETTER, JOHN, 6900 SHADY OAK RD, EDEN PRAIRIE, MN 55344

10925   RASTOM, CHRISTINA, 25033 OAKS BLVD, LAND OLAKES, FL 34639

10925   RASTOM, STEVEN, PO BOX 151353, TAMPA, FL 33684

10925   RASTUS J MORELAND &, HATTIE W MORELAND JT TEN, 3309 STOREY LAKE DR, TYLER, TX 75707-1759

10925   RATAJCZAK, PAUL, E3512 CTY TK F, KEWAUNEE, WI 54216

10925   RATCLIFF, DON, 108 BOURG DRIVE, BOURG, LA 70343

10925   RATCLIFF, JIMMY, 301 SANTA FE DRIVE, VICTORIA, TX 77904

10925   RATCLIFF, KRISTIE, 311 N WASHINGTON, BRADLEY, IL 60915

10925   RATCLIFF, MELBA, 1805 BAYOU CIRCLE, BOSSIER CITY, LA 71112

10925   RATCLIFF, SANDRA, 10075 REGENCY DRIVE, BATON ROUGE, LA 70815

10925   RATCLIFFE, JR, DONALD, 200 MARGARET AVE, BALTIMORE, MD 21221

10925   RATCLIFFE, MERIAM, 1611 E 220TH ST, CARSON, CA 90745

10925   RATCLIFFE, PAUL, 446 WEIR ST, TAUNTON, MA 02780

10925   RATER, RENEE, 2689 SWEET SPRINGS, DELTONA, FL 32725

10925   RATES, KATHLEEN, 437 1/2 HIGH ST., BROWNSVILLE, PA 15417

10925   RATGEN, CLIFFORD, 109 E AUGUSTA PL, GREENVILLE, SC 29605

10925   RATH YOUNG AND PIGNATELLI, PO BOX 1500, CONCORD, NH 03302-1500

10925   RATHBUN, M, 539 LLOYDE AVE, PROVIDENCE, RI 02906

10925   RATHELL, THOMAS, 5238 SIXTH ST, BALTIMORE, MD 21225

10925   RATHER, DOUGLAS, 309 MICHIGAN ST, SULPHUR, LA 70663

10925   RATHMANN, RONALD, 1520 APACHE AVE, GREEN BAY, WI 54313

10925   RATINER REYES OSHEA, 1101 BRICKELL AVE , #1601, MIAMI, FL 33131-3104

10925   RATKEWITCH, MARION, 536 HILDA ST, E MEADOW, NY 11554

10925   RATLEDGE, DANIEL, SPACE 51 225 S ELK ST, HWMWR, CA 92343

10925   RATLIFF, APRIL, 1118 S. PARKWOOD DR., FOREST PARK, GA 30050

10925   RATLIFF, DEBRA, 1924 PLYMOUTH LANE, OKLAHOMA CITY, OK 73120

10925   RATLIFF, WILLIAM, 3089 STEEPLECHASE, OWENSBORO, KY 42303

10925   RATTERMAN, RICHARD, 2237 S STRATFORD DR, OWENSBORO, KY 42301

10925   RATTIKIN TITLE COMPANY, 611 THROCKMORTON ST, FORT WORTH, TX 76102-9971

10925   RATTIN, KRISTIN, 708 N ENTRANCE, KANKAKEE, IL 60901

10925   RATTLER JR, WILLIE, RT 1 BOX 1304, FRESNO, TX 77545

10925   RATTLEY, HENRY, 24 WEST SURREY DRIVE, CHARLESTON, SC 29405-7514

10925   RATTRAY, LINTON, 7 MARY AGNES RD, FRAMINGHAM, MA 01701

10925   RATZEL, CHRISTINE, PO BOX 234, WILLIAMSBURG, MA 01096

10925   RATZLAFF, TERRY, 11217 PINE BANK CT, FT WAYNE, IN 46845

10925   RAU & ASSOCIATES, 25 TIMBERLY DR., LAKE CHARLES, LA 70605

10925   RAU, OTTO, 8 JIB DR, S. DAYTONA, FL 32119

10925   RAUB, ROBERT, 3863 LITTLE COUNTRY RD, PARRISH, FL 34219

10925   RAUBACH, DAVID, 33 ELIZABETH AVE, BALTIMORE, MD 21227-2904

10925   RAUBER, KAREN, 6021 SILVERSPUR, ANAHEIM HILLS, CA 92807

10925   RAUCCI, LEE, 23 REYNOLDS ROAD, PEABODY, MA 01960

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  RAUCH, DONNA, RD. 4, BOX 4163, BANGOR, PA 18013

10925  RAUCH, WILLIE, 533 N FRONT ST, READING, PA 19601

10925  RAUCHWERGER, JOSEPH, 7608 NW 18TH ST, MARGATE, FL 33063-3172

10925  RAUDENBUSH, PAUL, 353 MOHAWK, SANTA BARBARA, CA 93109

10925  RAUGHLEY, GEORGE, 3537 3RD ST, BALTIMORE, MD 21225

10925  RAUH, JOHN, 6037 E. HILLSIDE, INDIANAPOLIS, IN 46220

10925  RAUH, LOIS, 1509 SWOPE, COLORADO SPRINGS, CO 80909

10925  RAUL OSEGUEDA, PO BOX 2585, HOUSTON, TX 77252

10924  RAULERSON HOSPITAL, C/O AMERICAN FIREPROOFING, OKEECHOBEE, FL 34972

10925  RAULIE, SUSAN, 9312 MARS AVE, CORPUS CHIRSTI TX, TX 78409

10925  RAULS, WENDY, 3628 WINDSOR ROAD 5 N WHITNEY WAY, DE FOREST, WI 53532

10925  RAULSTEN, JAMES, 905 KANSAS, GREAT BEND, KS 67530

10925  RAULSTON, CARLA, 208 FREDERICKSBURG DR, SIMPSONVILLE, SC 29681

10925  RAULSTON, COREY, 114 CROMPTON DR, PELZER, SC 29662

10925  RAULSTON, JASON, 208 FREDERICKSBURG DR, SIMPSONVILLE, SC 29681

10925  RAULSTON, LEMOIN, 4102 FORK SHOALS RD, SIMPSONVILLE, SC 29680

10925  RAUSA, ERNESTO, 49 HESSENFORD ST., SUGARLAND, TX 77479

10925  RAUSCH, KIMBERLY, 249 GINA COURT, PASADENA, MD 21122

10925  RAUSCH, MITCHELL, 4300 JOHNSON, WESTERN SPRINGS, IL 60558

10925  RAUSCHERT PROCESS TECH. GROUP, 351 INDUSTRIAL PARK RD., MADISONVILLE, TN 37354

10925  RAUTENSTRAUCH, GARY, 83 PINE ST, CHATHAM, NJ 07928

10925  RAVAN, MARGARET, 423 RUTLEDGE LAKE ROAD, GREENVILLE, SC 29617

10924  RAVE 16 THEATER, C/O CROWN ENERGY, CORNER OF W STREET AND HIGHWAY 29, PENSACOLA, FL 32502

10924  RAVEN BUILDING PRODUCTS, 855 OLD RICHARDSON HWY, FAIRBANKS, AK 99707

10925  RAVEN INDUSTRIES, 205 EAST 6TH ST, SIOUX FALLS, SD 57104-5931

10925  RAVEN INDUSTRIES, NW-9348, PO BOX 1450, MINNEAPOLIS, MN 55485-9348

10925  RAVEN INDUSTRIES, PO BOX 1450, MINNEAPOLIS, MN 55485-9348

10924  RAVENDEN READY MIX, 89 N. ALLEN STREET, RAVENDEN, AR 72459

10924  RAVENDEN READY MIX, PO BOX727, HARDY, AR 72542

10925  RAVENEL TRAVEL, 32 VENDUE RANGE, CHARLESTON, SC 29401

10925  RAVENER, LOUIS, 411 EAST 35TH ST, BROOKLYN, NY 11203

10924  RAVENNA REDI-MIX, 23844 36TH AVE., RAVENNA, MI 49451

10924  RAVENNA REDI-MIX, 23844 36TH. AVENUE, RAVENNA, MI 49451

10925  RAVENSCROFT, COLLEEN, 208 PAULINE DRIVE, SALTBURG, PA 15681

10925  RAVER, DIANE, 2112 BIRCHWOOD COURT, NEW BRUNSWICK, NJ 08902

10925  RAVER, RICHARD, 4189 TEN OAKS RD, DAYTON, MD 21036

10925  RAVIER, ROGER, 1157 STATE RD, COOPERSBURG, PA 18036

10925  RAWHIDE, 7005 E CAVE CREEK RD #105, CAVE CREEK, AZ 85331

10925  RAWL, JOHN, PO BOX 1968, WOODSTOCK, GA 30188

10925  RAWL, THOMAS, PO BOX 7084, CLEMSON, SC 29632

10925  RAWLINGS, MATTHEW, 7395 E QUINCY AVE #106, DENVER, CO 80237

10925  RAWLINGS, NANCY, PO BOX 15, NEW LIBERTY, IA 52765

10925  RAWLINGS, RAE, 516 GUNN CIRCLE, ROCK SPRINGS, WY 82901

10925  RAWLINGS, STEPHEN, 802 W 300 N, HYRUM, UT 84319-1023

10925  RAWLINS, JACK HENRY, PO BOX 1083, SUMMERLAND, CA 93067

10925  RAWLINS, KERRY, 1404 S SPRING, INDEPENDENCE, MO 64055

10925  RAWLINS, PAULA, 1019 N. 3RD ST, IRONTON, OH 45638

10925  RAWLINS, ROBERT L, 5902 GRAYSON ST, SPRINGFIELD, VA 22150-3714

10924  RAWLINSON ELECTRIC, 1202 DRAGON ST, DALLAS, TX 75207

10925  RAWLS JR, HERBERT, 1624 PENTWOOD ROAD, BALTIMORE, MD 21239

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  RAWLS, HASKLE, PO BOX 244, ASHER, OK 74826

10925  RAWLS, KATRINA, 391 LA HWY 577, PIONEER, LA 71266

10925  RAWLS, RACHEL, 2800 NASA ROAD 1 APT. 502, SEABROOK, TX 77586

10925  RAWLS, RICHARD, 609 S. WIGGINS RD., PLANT CITY, FL 33566-7238

10925  RAWLS, SUSAN, 2741 S. ORANGE, MESA, AZ 85224

10925  RAWSON & CO, INC, PO BOX 201715, HOUSTON, TX 77216-1715

10925  RAWSON & CO, INC, PO BOX 3272, LAKE CHARLES, LA 70602

10925  RAWSON, BRIAN, 17 NELSON ST, CLINTON, MA 01510

10925  RAWYER, SHERRI, 25427 WEST PARK CT., LAKE VILLA, IL 60046

10925  RAXCO SOFTWARE INC., 2400 RESEARCH BLVD., ROCKVILLE, MD 20850

10925  RAXTER, KAY J, 4031 FAUNSDALE DR N, MONTGOMERY, AL 36109

10925  RAY A MOORE & MARJORIE S MOORE, TR UA APR 5 83, THE RAY A MOORE LIVING TRUST, 2932 N SHOREWOOD DR, MCHENRY, IL 60050-2649

10924  RAY ANGELINI INC., BARNSBORO-BLACKWOOD ROAD, SEWELL, NJ 08080

10925  RAY B HENDERSON, 399 HEMLOCK LANE, NAZARETH, PA 18064-8545

10925  RAY DISTRIBUTING, SAUNDY METT,

10925  RAY E KNICKMAN, 7723A CHARING SQ, ST LOUIS, MO 63119-5438

10925  RAY ENGINEERING INC., 317 MINERAL AVE, LIBBY, MT 59923

10925  RAY ENGINEERING, 3879 MISSION HILLS DR E, JACKSONVILLE, FL 32225

10925  RAY ESQ, CYNTHIA, ASST ATTY GENERAL, INSURANCE DEFENSE SECT, 1275 W WASHINGTON ST, PHOENIX, AZ 85007

10925  RAY EVANS, 8449 SOMERSET DR, SHAWNEE MISSION, KS 66207-1845

10925  RAY F HOYER, 903 S ASHLAND AVE APT 718B, CHICAGO, IL 60607-4063

10925  RAY H HAWKSLEY CO INC, 220 CUTTING BLVD, RICHMOND, CA 94804-2128

10925  RAY HAMILTON CO. MOVERS, 1025 LAIDLAW AVE, CINCINNATI, OH 45237

10925  RAY HILLER & ASSOCIATES INC, POBOX 29662, ATLANTA, GA 30359

10925  RAY IOCONO & JEAN R IOCONO JT TEN, 9 MATHEWS RD, NEWARK, DE 19713-2554

10925  RAY J PLUMMER &, NANCY K PLUMMER JT TEN, 3222 CENTRAL AVE, CHARLOTTE, NC 28205-5521

10925  RAY JR, FRANCIS, 79 MEADOW PD DR. 31D, LEOMINSTER, MA 01453-4203

10925  RAY K FARRIS, 18401 LEXINGTON DR, MONTE SERENO, CA 95030-3122

10925  RAY LAMBERT ENTERPRISES, INC, PO BOX 1000, SOPHIA, WV 25921

10925  RAY PALMER & DEANNA PALMER TR, UA JUL 12 89 RAY PALMER TRUST, 6612 NEWMAN DR, OKLAHOMA CITY, OK 73162-7440

10925  RAY SAKERS PHOTOGRAPHY, 25126 GORGANS PK., THE WOODLANDS, TX 77380

10924  RAY SELDWICK (EMPLOYEE SALE), 9 WEATHERBEE CT., PHOENIX, MD 21131

10925  RAY SHERBERT, ROUTE 221, ENOREE, SC 29335

10925  RAY T YASUI & MIKIE K YASUI, JT TEN, 3888 MASSEE GRADE RD, HOOD RIVER, OR 97031-9413

10925  RAY THOMAS ERVIN & ELIZABETH P, ERVIN TR UA NOV 10 86 RAY, THOMAS & ELIZABETH P ERVIN TRUST, 8158 S LEYDEN ST, ENGLEWOOD, CO 80112-3060

10925  RAY VALDES TAX COLLECTOR, POBOX 630, SANFORD, FL 32772-0630

10925  RAY W KNIPPLE, 5225 SW 8TH PLACE, CAPE CORAL, FL 33914-7012

10924  RAY WARD AND SONS, 1601 NORTH KENTUCKY, ROSWELL, NM 88201

10925  RAY, ALAK, 129 LITTLE YORK, HOUSTON, TX 77076

10925  RAY, ANITA, 7727 BARREN RIDGE, SAN ANTONIO, TX 78239

10925  RAY, ANTHONY, 581 E. 56TH ST., BROWNSBURG, IN 46112

10925  RAY, BARBARA, PO BOX 524, LINDEN, TN 37096

10925  RAY, BYRON, 11879 SHOTGATE COURT, ORLANDO, FL 32837

10925  RAY, CHARLES, PO BOX 867, PORT BARRE, LA 70577

10925  RAY, DENNIS, 509 WESTBRIDGE DR, FAIRBURN, GA 30213

10925  RAY, DIANNE, 6924 ROBERTS AVE, UNIVERSITY CITY, MO 63130

10925  RAY, DOLORIS, 2716 LAKESIDE DR, OKLA CITY, OK 73120

10925  RAY, DONALD, 16 MAKECHNIE RD, BURLINGTON, MA 01803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RAY, DONALD, 3296 HWY 13 NORTH, COLUMBIA, MS 39429 | |
| 10925 | RAY, DONNA, 212 BAYVIEW AVE, CRANSTON, RI 02905 | |
| 10925 | RAY, EDWIN, 100 NORWAY ST, BOSTON, MA 02115-3408 | |
| 10925 | RAY, FRED, 221 RAY HILL ROAD, MOORE, SC 29369 | |
| 10925 | RAY, FRIEDA, 1658 YELVINGTON-KNOTTSVILLE RD, MACEO, KY 42355 | |
| 10925 | RAY, GAIL, 79 MEADOW POND DRIVE, 31D, LEOMINSTER, MA 01453 | |
| 10925 | RAY, GERALD, 237 RAYHILL ROAD, MOORE, SC 29369-9742 | |
| 10925 | RAY, JAMES, 100 BONWOOD AVE, SIMPSONVILLE, SC 29681 | |
| 10925 | RAY, JAMES, 130 SURF COURT, NASSAU BAY, TX 77058 | |
| 10925 | RAY, JOE, 1910 BAIRD ST, LOUISVILLE, KY 40203 | |
| 10925 | RAY, JOSEPH, 6904 SHAREITH DR., LOUISVILLE, KY 40228-1440 | |
| 10925 | RAY, JUDY, 1210 A NO FULTON ST, IUKA, MS 38852 | |
| 10925 | RAY, KARYN, 1283 THREE BRANCHES, LUGOFF, SC 29078 | |
| 10925 | RAY, LAURA, 1208 FOREST MANN CIRCLE, BROWNSVILLE, TN 38012 | |
| 10925 | RAY, LAYLA, 7297 AUBREY DR., RIVERDALE, GA 30296 | |
| 10925 | RAY, LEE, 600 MARTIN ST A-3 S.W., ATLANTA, GA 30312 | |
| 10925 | RAY, LINDA, 2208 GULF AVE, GULFPORT, MS 39501 | |
| 10925 | RAY, LISA, 4512 VISTA, PASADENA, TX 77504 | |
| 10925 | RAY, LLOYD, 420 SOUTH 1ST ST, GREENFIELD, IA 50849 | |
| 10925 | RAY, LOUIS JAMES, 1513 PINE OAK DR, EDMOND, OK 73013-5927 | |
| 10925 | RAY, MARIE, PO BOX 867, PORT BARRE, LA 70577 | |
| 10925 | RAY, MICHAEL, 1795 KOOTENAI RIVER, LIBBY, MT 59923 | |
| 10925 | RAY, MICHAEL, 20134 ECORSE, TAYLOR, MI 48180 | |
| 10925 | RAY, MICHAEL, 3879 MISSION HILLS DRIVE E., JACKSONVILLE, FL 32225 | |
| 10925 | RAY, MICHAEL, PO BOX 548, CUBA, NM 87013 | |
| 10925 | RAY, NELLIE W, 200 W WENDOVER AVE, GREENSBORO, NC 27401 | |
| 10925 | RAY, PATRICIA, 3832 N CARROLLTON, INDIANAPOLIS, IN 46205 | |
| 10925 | RAY, PATRICIA, 54 SPIVEY RD, TABOR CITY, NC 28463 | |
| 10925 | RAY, RANDY, PO BOX 102, SKIDMORE, TX 78389 | |
| 10925 | RAY, REBECCA, 405 HOLLY CIRCLE, MYRTLE BEACH, SC 29577 | |
| 10925 | RAY, RONALD, 10703 JORDAN ROAD, CARMEL, IN 46032 | |
| 10925 | RAY, RONNIE, 209 RAYHILL ROAD, MOORE, SC 29369-9801 | |
| 10925 | RAY, SUSAN B, H 2 STONEHEDGE DR, SOUTH BURLINGTON, VT 05403 | |
| 10925 | RAY, SUSAN, 207 WOODBRIDGE DR., PITTSBURGH, PA 15237 | |
| 10925 | RAY, SYLINDA, 342 OLLIE LN, ROANOKE RPDS, NC 27870 | |
| 10925 | RAY, TACOMA, 2816 GILBERTO AVILA, EL PASO, TX 79936 | |
| 10925 | RAY, TEDDIE, 3915 W 55TH PL, CHICAGO, IL 60629 | |
| 10925 | RAY, TIMOTHY, PO BOX 25045, GREENVILLE, SC 29616 | |
| 10925 | RAY, TODD, 19463 GRANDVILLE, DETROIT, MI 48219 | |
| 10925 | RAY, VIOLA, 1133 WASHINGTON ST, GLOUCESTER, MA 01930 | |
| 10925 | RAYAS, RAMONA, PO BOX #1025, HIDALGO, TX 78557 | |
| 10925 | RAYBON, MARY FRANCES, PO BOX 1271, CAMDEN, SC 29020 | |
| 10925 | RAYBON, REBEKAH, 2912 GREENHOUSE PKWY, ALPHARETTA, GA 30202 | |
| 10925 | RAYBORN, ALBERT, % BRIERCLIFF HEALTH CARE CTR, 100 ELMHURST DR, OAK RIDGE, TN 37830 | |
| 10925 | RAYBURN, BRIAN C, 3997 RE ROBERTSON RD., VINTON, LA 70668 | |
| 10925 | RAYBURN, BRIAN, 3997 R.E. ROBERTSON RD, VINTON, LA 70656 | |
| 10925 | RAYBURN, CATHERINE, 455 S ITHACA ST, ITHACA, MI 48847 | |
| 10925 | RAYBURN, DAVID, 520 W. LAKE PARK DR, ADDISON, IL 60101 | |
| 10925 | RAYBURN, GARY, 210 PIER AVE, NAPERVILLE, IL 60565 | |
| 10925 | RAYBURN, HEIDI, 2436 TREELANE AVE, MONROVIA, CA 91016 | |
| 10925 | RAYBURN, JIMMIE, RT. 1, BOX 117-N, VICTORIA, TX 77901 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　RAYBURN, SHERRY, 1617 HIGHLAND PARK, WOOSTER, OH 44691

10925　RAYBURN, THERESA, PO BOX 297, WORTHINGTON, PA 16262

10925　RAYBURN, TIMOTHY, 1363 SANTE FE TRAIL, MACON, GA 31210

10925　RAYBURN, WAYNE, 3450 MOHICAN ST., BATON ROUGE, LA 70805

10924　RAYCHEM CORPORATION, 300 CONSTITUTION DRIVE, MENLO PARK, CA 94025

10924　RAYCHEM, 1277 REAMWOOD AVENUE, SUNNYVALE, CA 94089

10924　RAYCHEM, 300 CONSTITUTION DRIVE, MENLO PARK, CA 94025-1111

10925　RAYE REISS & IRL B DARIS, TR UW DELVIN REISS, TENTH FL THE SHELL BLDG, 1221 LOCUST ST, ST LOUIS, MO 63103-2364

10924　RAYFIELD & ASSOCIATES, 27244 GLENWOOD ROAD, PERRYSBURG, OH 43551

10925　RAYFIELD, EDWIN HODGES, 1906 SHEPHER S GATE, CHESAPEAKE, VA 23320-0000

10925　RAYFIELD, TAMMY, 2879 EXCHANGE ST, MC FARLAND, WI 53558

10925　RAYMARK OFFICE PRODUCTS CENTER, 900 NORTH CHURCH RD, DES PLAINES, IL 60016

10925　RAYMARK OFFICE SUPPLY, 900 N. CHURCH RD., ELMHURST, IL 60126

10925　RAYMER, TERESA, 3542 VINYARDWAY, LAWRENCEVILLE, GA 30244

10925　RAYMERS EXPRESS, PO BOX 0549, METHUEN, MA 01844-0549

10925　RAYMOND A CONLON, 73 BURLINGTON AVE, BRISTOL, CT 06010-4204

10925　RAYMOND A ENGLERT &, ELSA O ENGLERT JT TEN, BOX 354, WILLIAMSBURG, VA 23187-0354

10925　RAYMOND A JEWETT &, PATRICIA L JEWETT JT TEN, 30 CRANWELL PKWY, S BURLINGTON, VT 05403-7327

10925　RAYMOND A MOREAU, 6049 LILLI WAY, BRADENTON, FL 34207-4761

10925　RAYMOND B KENYON &, IRENE R KENYON JT TEN, 4325 MEADOWVIEW AVE, NORTH BERGEN, NJ 07047-2738

10925　RAYMOND B KNIPLING EX UW, MAUDE C KNIPLING, C/O RICHARD F KNIPLING, PO BOX 309, RICHMOND, TX 77406-0309

10925　RAYMOND BALDACCI &, VIRGINIA BALDACCI JT TEN, 8010 HERMITAGE RD, RICHMOND, VA 23228-3704

10925　RAYMOND BAMFORD, 19 DAVIS ROAD APT B 1, ACTON, MA 01720-4721

10925　RAYMOND BIRMINGHAM, 9811 SUNCREST DR, RENO, NV 89506-7552

10925　RAYMOND BORGES, 4520 4TH AVE, BROOKLYN, NY 11220-1152

10925　RAYMOND BOSLEY, 5040 W 118TH ST, WORTH, IL 60482

10925　RAYMOND BRUGGER, 14714 CINDYWOOD DR, HOUSTON, TX 77079-6410

10925　RAYMOND C WITTE & VIVIAN, R WITTE TR UA NOV 1 88 JT TEN, 13131 SIAM DR, SPRING HILL, FL 34609-1371

10925　RAYMOND CAPOZZI, 797 MCCOY RD, FRANKLIN LAKES, NJ 07417-1230

10925　RAYMOND CO, POBOX 1727, ORANGE, CA 92668-1727

10924　RAYMOND CO./DIRECT TV, 12800 CULVER BLVD., CULVER CITY, CA 90230

10925　RAYMOND D BRADY &, MARY T BRADY JT TEN, 6628 ITALY RD, EXPORT, PA 15632-1102

10925　RAYMOND D PATTEN, 50 HOLLYHOCK DR, CRANSTON, RI 02920-5803

10925　RAYMOND D RING, 307 HOLLYWOOD AVE, HO HO KUS, NJ 07423-1126

10924　RAYMOND DESTEIGER INC.(AD), 1241 E 14 MILE RD., TROY, MI 48083

10924　RAYMOND DESTEIGER INC.(AD), 12500 HALL ROAD, STERLING HEIGHTS, MI 48313-1100

10924　RAYMOND DESTEIGER INC.(AD), 25673 MEADOWBROOK ROAD, NOVI, MI 48375

10924　RAYMOND DESTEIGER, 4371 DOVE ROAD, PORT HURON, MI 48061

10925　RAYMOND E DUFFY & ALICE B DUFFY, JT TEN, 23 HARDWICK DR, HUNTINGTON STATION, NY 11746-4528

10925　RAYMOND E KOEHLER, 4371 VIRGINIA AVE, CINCINNATI, OH 45223-1532

10925　RAYMOND E POWERS &, NANCY JO POWERS JT TEN, 4208 HAMPTON, WESTERN SPRINGS, IL 60558-1310

10925　RAYMOND E SCHWALM & GEORGETTE D, SCHWALM JT TEN, 979 ELIZABETH ST, PITTSBURGH, PA 15221-3966

10925　RAYMOND E SLOAN, 19 FERNDALE AVE, GLEN ROCK, NJ 07452-2703

10925　RAYMOND E SMILEY, 35415 SOLON RD, SOLON, OH 44139-2415

10924　RAYMOND ELEMENTARY SCHOOL, WEBBS MILL ROAD, RAYMOND, ME 04071

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  RAYMOND FATTORE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  RAYMOND G BRUCKMAN, 132 CASTILE ST, VENICE, FL 34285-2105

10925  RAYMOND GALLE, 8 CHARLOTTE AVE, BRADFORD, PA 16701-1213

10924  RAYMOND GEORGE M CO*, 520 W WALNUT, ORANGE, CA 92668

10925  RAYMOND H GLASER, 11636 QUARTERFIELD DR., ELLICOTT CITY, MD 21042

10925  RAYMOND H NORRIS JR &, DENNIS R NORRIS JT TEN, 1608 NORWOOD HILLS DR, OFALLON, MO
63366-5573

10925  RAYMOND HILLARD, 4 ARTHUR AVE, #2, LOWELL, MA 01854

10925  RAYMOND INTERIOR SYS NO, 2440 SPRIG CT, CONCORD, CA 94520

10924  RAYMOND INTERIOR SYS. NO., 2440 SPRING COURT, CONCORD, CA 94520

10924  RAYMOND INTERIOR SYSTEMS - NORTH, 2440 SPRIG COURT, CONCORD, CA 94520

10924  RAYMOND INTERIOR SYSTEMS, 520 WEST WALNUT AVE., ORANGE, CA 92868

10924  RAYMOND INTERIOR, 6435 S. VALLEY VIEW  STE H, LAS VEGAS, NV 89118

10924  RAYMOND INTERIOR, 6435 S. VALLEY VIEW STE.H, LAS VEGAS, NV 89818

10924  RAYMOND INTERIORS NORTH, 2440 SPRIG COURT, CONCORD, CA 94520

10924  RAYMOND INTERIORS, CAMBRIDGE, MA 02140

10924  RAYMOND INTERIORS/1000 VAN NESS, ALTA BUILDING MATERIALS, SAN FRANCISCO, CA 94101

10924  RAYMOND INTERIORS/1000 VAN NESS, SAN FRANCISCO, CA 94101

10924  RAYMOND INTERIORS/ADOBE HDQTRS., C/O ALTA BUILDING MATERIALS, SAN JOSE, CA 95101

10924  RAYMOND INTERIORS/ADOBE HEADQUARTRS, 123 ALMADEN BLVD, SAN JOSE, CA 95113

10924  RAYMOND INTERIORS/ADOBE, C/O CAL PLY - HAYWARD, SAN JOSE, CA 95113

10924  RAYMOND INTERIORS/ALTERA, 99 CAVIGLIA DRIVE, SAN JOSE, CA 95134

10924  RAYMOND INTERIORS/BEVERLY HOTEL, BEVERLY HILLS, CA 90209

10924  RAYMOND INTERIORS/CANON CORPORATION, 3300 N. FIRST ST., SAN JOSE, CA 95101

10924  RAYMOND INTERIORS/CHAIRON, 1405 53RD ST. (& HOLLIS ST.), EMERYVILLE, CA 94608

10924  RAYMOND INTERIORS/CISCO SYSTEMS, 425 E. TASMAN, SAN JOSE, CA 95134

10924  RAYMOND INTERIORS/CONTINENTAL, WESTWOOD BUILDING MATERIALS, EL SEGUNDO, CA 90245

10924  RAYMOND INTERIORS/COX COMMUNICATION, CALIFORNIA WHOLESALE MAT'L SUPPLY, RANCHO
SANTA MARGARITA, CA 92688

10924  RAYMOND INTERIORS/DREAMWORKS, C/O CAL PLY ANAHEIM, GLENDALE, CA 91201

10924  RAYMOND INTERIORS/EMPIRE TOWERS, ONTARIO, CA 91761

10924  RAYMOND INTERIORS/HYPERION SOLIDS, C/O CAL PLY ANAHEIM, PLAYA DEL REY, CA 90293

10924  RAYMOND INTERIORS/HYPERION, LOS ANGELES, CA 90045

10924  RAYMOND INTERIORS/JAPANESE MUSEUM, C/O WESTSIDE BLDG. MTLS., LOS ANGELES, CA 90086

10924  RAYMOND INTERIORS/MCCANDLESS TOWERS, 3965 FREEDOM CIRCLE, SANTA CLARA, CA 95054

10924  RAYMOND INTERIORS/OLEN POINT, C/O WESTSIDE BUILDING MATERIALS, BREA, CA 92822

10924  RAYMOND INTERIORS/OPUS, WESTSIDE BUILDING MATERIALS, IRVINE, CA 92614

10924  RAYMOND INTERIORS/RONALD REAGAN FED, C/O WESTSIDE BLDG. MTLS., SANTA ANA, CA 92707

10924  RAYMOND INTERIORS/RONALD REAGAN, SANTA ANA, CA 92701

10924  RAYMOND INTERIORS/SIANI TEMPLE, WESTSIDE BLDG., LOS ANGELES, CA 90001

10924  RAYMOND INTERIORS/SYMANTEC, 10200 S. DE ANZA BLVD., CUPERTINO, CA 95014

10924  RAYMOND INTERIORS/US COURTHOUSE, 801 FIFTH STREET, SACRAMENTO, CA 95812

10924  RAYMOND INTERIORS/WELL POINT, THOUSAND OAKS, CA 91358

10925  RAYMOND IRVIN BATHGATE &, WILMA JOYCE BATHGATE JT TEN, 1302 ASHBURTON COURT,
MILLERSVILLE, MD 21108-1900

10925  RAYMOND J GOMES & CHARLOTTE B, GOMES TR UA MAR 31 84 RAYMOND J, GOMES &
CHARLOTTE B GOMES FAMILY, REVOCABLE FAMILY LIVING TRUST, 17655 LAUREL RD, MORGAN
HILL, CA 95037-31

10925  RAYMOND J KEZON &, ARLENE M KEZON JT TEN, 1272 JANAS LANE, LEMONT, IL 60439-6123

10925  RAYMOND J. BRANDT ESQ., TWO LAKEWAY CTR. SUITE 1200, 3850 N. CAUSEWAY BLVD,
METAIRIE, LA 70002

10925  RAYMOND JAMES & ASSOC,INC, 511 EAST ST. JOHN ST, SPARTANBURG, SC 29302

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RAYMOND JOHN EHRIG SR &, MARGARET M EHRIG TR UA NOV 22 95, THE EHRIG FAMILY TRUST, 2808 HANGING ROCK DRIVE, LAS VEGAS, NV 89134-7318 | |
| 10925 | RAYMOND KOSINSKI &, ELAINE KOSINSKI JT TEN, 14 QUEENS RD, NEW CITY, NY 10956-2932 | |
| 10925 | RAYMOND L SANDERS, 393 SICOMAC, WYCKOFF, NJ 07481-2141 | |
| 10925 | RAYMOND LACH &, JUDY LACH JT TEN, 2924 N MARMORA, CHICAGO, IL 60634-5119 | |
| 10925 | RAYMOND LEIMAN &, SONDRA LEIMAN JT TEN, 679 2 239TH ST OWAIK, BRONX, NY 10463-1258 | |
| 10925 | RAYMOND M CRAVER TR UA, AUG 5 81, MARY H CRAVER, LIVING TRUST, 4045 FRANKO SWITCH RD, WEATHERFORD, TX 76088-7107 | |
| 10925 | RAYMOND MASAYKO, 1500 W WASHINGTON ST, CARSON CITY, NV 89703-3659 | |
| 10925 | RAYMOND NELS JOHNSON, 735 N REESE PL, BURBANK, CA 91506-1823 | |
| 10925 | RAYMOND O ELLIOTT &, SANDRA J ELLIOTT JT TEN, 14260 SW 16 ST, DAVIE, FL 33325-5907 | |
| 10925 | RAYMOND P CATTELL INC, WADE CATTELL, 2401 VONDRON RD, MADISON, WI 53704 | |
| 10925 | RAYMOND R SPIREK, 6895 BRECKSVILLE ROAD, CLEVELAND, OH 44131-5054 | |
| 10925 | RAYMOND R. YOUNGBLOOD, 77 HIDDEN VALLEY ROAD, GROTON, MA 01450 | |
| 10925 | RAYMOND RASZL, 19 ARTHUR ST, BLASDELL, NY 14219-1701 | |
| 10924 | RAYMOND READY MIX, ATTN:  ACCOUNTS PAYABLE, HATILLO, PR 659PUERTO RICO | *VIA Deutsche Post* |
| 10924 | RAYMOND READY MIX, HATILLO, PR 659PUERTO RICO | *VIA Deutsche Post* |
| 10924 | RAYMOND READY MIX-USE #500264, FOR DELETION** S.CLARK, PO BOX366, HATILLO, PR 00659-0336PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RAYMOND RICKART HANSON, RRT 2 BOX 45, CONCORDIA, KS 66901 | |
| 10925 | RAYMOND RING, 307 HOLLYWOOD AVE, HO-HO-KUS, NJ 07423-1126 | |
| 10925 | RAYMOND ROOKS, 5234 PINEVIEW DR., CROSS LANES, WV 25313 | |
| 10925 | RAYMOND ROY CLAIRMONT SR &, RUTH F CLAIRMONT JT TEN, WELLS ROAD, CHESHIRE, MA 01225 | |
| 10925 | RAYMOND S ECKHART, 633 BAMFORD AVE, WOODBRIDGE, NJ 07095-3811 | |
| 10925 | RAYMOND SCOTT BERGGREEN, 5945 GRAND VIEW WAY, SUWANEE, GA 30024-3421 | |
| 10924 | RAYMOND SHOEMAKER INC, 115 WEST TABOR ROAD, PHILADELPHIA, PA 19120 | |
| 10925 | RAYMOND T COL &, ELIZABETH P COL TR, UA DEC 13 95, FOR THE COL 1995 FAMILY TRUST, 161 GORDON AVE, SAN JOSE, CA 95127-2211 | |
| 10925 | RAYMOND TOWEY, 10 07 147TH ST, WHITESTONE, NY 11357-1711 | |
| 10925 | RAYMOND VINCENT TURNER, 3423 DEERFIELD AVE, YORKTOWN HEIGHTS, NY 10598-1934 | |
| 10925 | RAYMOND W GRAF, 5414 BERG RD, LACKAWANNA, NY 14218-3773 | |
| 10925 | RAYMOND W HOBBS, 10914 ST MARYS LA, HOUSTON, TX 77079-3623 | |
| 10925 | RAYMOND W PICHANY, 1529 POWDERLY ROAD, WATERLOO, NY 13165-9426 | |
| 10925 | RAYMOND WOOD, PO BOX 267, SWISHER, IA 52338-0267 | |
| 10925 | RAYMOND Z BATEH, 1334 PALMER TERRACE, JACKSONVILLE, FL 32207-8941 | |
| 10925 | RAYMOND, ALAN, 6272 MARYLAND RD, PLATTSBURGH, NY 12901 | |
| 10925 | RAYMOND, ANNE, 198-07 30 AVE, BAYSIDE, NY 11358 | |
| 10925 | RAYMOND, EDWARD, 308 SOOSE ROAD, PITTSBURGH, PA 15209 | |
| 10925 | RAYMOND, ELAINE, 553 SALEM ST, LYNNFIELD, MA 01940 | |
| 10925 | RAYMOND, J, 4220 BURGUNDY RD., MEMPHIS, TN 38111 | |
| 10925 | RAYMOND, JOSEPH, 110 WEST ALDINE, IOWA PARK, TX 76367 | |
| 10925 | RAYMOND, JR, LEON, 2908 HILLCREST DRIVE, LAKE CHARLES, LA 70601 | |
| 10925 | RAYMOND, LESLIE, 23222 IDA PLACE, CHATSWORTH, CA 91311 | |
| 10925 | RAYMOND, MARY, 308 SOOSE RD, PITTSBURGH, PA 15209 | |
| 10925 | RAYMOND, MICHAEL, 1246 GAIL ST., NEW IBERIA, LA 70560 | |
| 10925 | RAYMOND, MICHAEL, 4358 S 146TH ST, OMAHA, NE 68137 | |
| 10925 | RAYMOND, PATRICIA, 225 RUSSELL ST, EVERETT, MA 02149 | |
| 10925 | RAYMOND, SHARON, 2700 GIRALDA CIR W, PALMI BCH GARDENS, FL 33410 | |
| 10925 | RAYMOND, SHIRLEY, 110 WEST ALDINE, IOWA PARK, TX 76367 | |
| 10924 | RAYMOND/ABC-MEDIA CAFE, DISNEY CALIFORNIA, ANAHEIM, CA 92804 | |
| 10924 | RAYMOND/ANIMATION, DISNEY CALIFONIA, ANAHEIM, CA 92804 | |
| 10924 | RAYMOND/CIVIC PLAZA, 888 SAN CLEMENTE DR., NEWPORT BEACH, CA 92660 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   RAYMOND/CONDOR FLATS-ULTRA FLIGHT, DISNEY CALIFORNIA, ANAHEIM, CA 92804

10924   RAYMOND/COUNTRY WIDE, SIMI VALLEY, CA 93062

10924   RAYMOND/DPSS, EL MONTE, CA 91731

10924   RAYMOND/EXPERION, 475 ANTON, COSTA MESA, CA 92626

10924   RAYMOND/HOLLYWOOD & HIGHLAND HOTEL, HOLLYWOOD, CA 90028

10924   RAYMOND/KILROY AIRPORT CENTER, LONG BEACH, CA 90801

10924   RAYMOND/MISSION RIDGE, 27201 1/2 PUERTA REAL, MISSION VIEJO, CA 92690

10924   RAYMOND/MUPPET VISION, DISNEY CALIFORNIA, ANAHEIM, CA 92804

10924   RAYMOND/OPUS CENTER IRVINE, 2030 MAIN ST., IRVINE, CA 92614

10924   RAYMOND/SAKS FIFTH AVENUE, MISSION VIEJO, CA 92690

10924   RAYMOND/SOKA UNIVERSITY, 27865 WOOD CANYON, ALISO VIEJO, CA 92656

10924   RAYMOND/UNIVERSAL STUDIOS, CALIFORNIA WHOLESALE MAT'L SUPPLY, UNIVERSAL CITY, CA 91608

10924   RAYMOND/UNIVISION, 5999 CENTER, LOS ANGELES, CA 90086

10924   RAYMONDINTERIORS/CHAPMAN UNIVERSITY, ORANGE, CA 92866

10925   RAYMUND G BOSLEY, 5040 W 118TH ST, ALSIP, IL 60803-5189

10925   RAYNAL, TERESA, 8548 LONGSPUR WAY, SACRAMENTO, CA 95842

10925   RAYNER, JED, 5 TOWANDA ROAD, TEWKSBURY, MA 01876

10925   RAYNES MCCARTY BINDER ROSS MUNDY, 1845 WALNUT ST 20TH FL, PHILADELPHIA, PA 19103

10925   RAYNOR, CHARLOTTE, 1050 LONGFELLOW CT, SARASOTA, FL 34243

10925   RAYNOR, NANCY, 697 LYMAN RD, BEULAVILLE, NC 28518

10925   RAYOS, SEVERO, 432 S.E. 54TH, OKLA. CITY, OK 73129

10925   RAYOVAC CORP, JAMES T LUCKE VP AND GEN COUN, PO BOX 44960, MADISON, WI 53744-4960

10925   RAYOVAC, 2600 N BALLARD RD, APPLETON, WI 54912

10925   RAYOVAC, MICHAEL BEST & FRIEDRICH CHARLES V, ONE SOUTH PINCKNEY ST, PO BOX 1806, MADISON, WI 53701-1806

10925   RAYSER, JOHN, 611 W. HIGH ST, HADDON HEIGHTS, NJ 08035

10925   RAYTESTOS MANHATTAN, OHEAR AVE AND GRACE ST, NORTH CHARLESTON, SC 29406

10925   RAYTHEON CO, 100 VANCE TANK ROAD, BRISTOL, TN 37620

10925   RAYTHEON CO, 1847 WEST MAIN ROAD, PORTSMOUTH, RI 02871

10925   RAYTHEON CO, 20 SEYON ST, WALTHAM, MA 02154

10925   RAYTHEON CO, 20 SEYON ST, WALTHAM, MA 02154

10925   RAYTHEON CO, 350 LOWELL ST, WEST ANDOVER, MA 01810

10925   RAYTHEON CO, 6380 HOLLISTER AVE, GOLETA, CA 93117

10925   RAYTHEON CO, JEFFREY B AXELROD, 141 SPRING ST, LEXINGTON, MA 02421

10925   RAYTHEON COMPANY, LC-38, WHITE SANDS MISSILE RANGE, NM 88002

10924   RAYTHEON CONST. INC., DEXTER GATE, BLDG 57-210 WEBSTER RD, PINE BLUFF, AR 71602

10924   RAYTHEON CONSTRUCTOR, INC., UMATILLA CHEMICAL DEPOT, HERMISTON, OR 97838

10925   RAYTHEON CORPORATE JETS, PO BOX 751217, CHARLOTTE, NC 28275

10925   RAYTHEON ENGIN.&CONSTRUCT. INC, 25800 NORTHWESTERN HWY, SOUTHFIELD, MI 48037

10925   RAYTHEON ENGINEERS&CONSTRUCT. INC., UE&C CATALYTIC, 141 SPRING ST, LEXINGTON, MA 02421

10924   RAYTHEON MISSILE SYSTEMS CO., 6201 STRAWBERRY LANE, LOUISVILLE, KY 40214

10925   RAYTHEON SERVICE CO, 5740 E BAYSIDE RD, VIRGINIA BEACH, VA 23455

10924   RAYTHEON SERVICE COMPANY, CONTINENTAL PARK, SUITE 2400, MANHATTAN BEACH, CA 90266

10925   RAYTHEON SUPPORT SERVICES CO, 4600 VILLAGE AVE, NORFOLK, VA 23502

10925   RAYTHEON SUPPORT SERVICES, 4925 MERCURY ST, SAN DIEGO, CA 92111

10925   RAYTHEON TRAVEL AIR COMPANY, POBOX 102470, ATLANTA, GA 30368-2470

10925   RAYTHEON, 47 FOUNDRY AVE BLDG #50, WALTHAM, MA 02452

10925   RAYTHEON, 7 REDMOND ST, NASHUA, NH 03062

10925   RAYTHEON, PO BOX20340, PINE BLUFF, AR 71612

10924   RAYVEN INC., 431 GRIGGS ST. NORTH, SAINT PAUL, MN 55104