**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   RAYVEN INC., 431 GRIGGS ST. NORTH, ST. PAUL, MN 55204

10925   RAYVID REPORTING SERVICE INC, PENSION PLAN DTD 1/31/87, 20 E 46TH ST 14, NEW YORK, NY 10017-2417

10925   RAY-YOUNG, DEBORAH, RT 6, MACON, GA 31201

10925   RAZAUSKAS, RICHARD, 147 TRUCK HOUSE RD, SEVERNA PARK, MD 21146

10925   RAZEL SCIENTIFIC INSTRUMENTS, POBOX 4054, STAMFORD, CT 06907

10925   RAZGUNAS, ANN, 7C WEST BIDDLE, BALTIMORE, MD 21201

10925   RAZLOG, LINDA, 3030 EDWIN AVE APT 4B, FORT LEE, NJ 07024

10925   RAZO, CHRISTOPHER, 11814 BIRCHVIEW CT, CLINTON, MD 20735

10924   RAZORBACK CONCRETE, 1101 MCHANEY, BLYTHEVILLE, AR 72319

10924   RAZORBACK CONCRETE, 1175 INDUSTRIAL ROAD, OSCEOLA, AR 72370

10924   RAZORBACK CONCRETE, 200 AFCO ROAD, WEST MEMPHIS, AR 72301

10924   RAZORBACK CONCRETE, 4351 W. HIGHWAY 18, MANILA, AR 72442

10924   RAZORBACK CONCRETE, 4870 N. COUNTY ROAD 967, BLYTHEVILLE, AR 72315

10924   RAZORBACK CONCRETE, 5350 HWY 755, MARKED TREE, AR 72365

10924   RAZORBACK CONCRETE, P O BOX 1028, WEST MEMPHIS, AR 72301

10925   RAZORBACK CONCRETE, PO BOX 51384, WEST MEMPHIS, TN 72301

10924   RAZORBACK CONCRETE, PO BOX1028, WEST MEMPHIS, AR 72301

10925   RAZZANO, JOSEPH, 1008 PINE ACRES CT., KNIGHTDALE, NC 27545

10925   RAZZINO, LUCILLE, 1479 E SECOND ST, BROOKLYN, NY 11230

10924   RB CHRISTIAN & SON INC., 25 LYNDALE CT., BATTLE CREEK, MI 49015

10925   RBL INDUSTRIES, 4030 BENSON AVE., BALTIMORE, MD 21227

10924   RBS BUILDING MATERIALS DIST., 350 S. ADAMS STREET, BLOOMINGTON, IN 47401

10924   RBS BUILDING MATERIALS DISTRIBUTOR, 444 SOUTH PATTERSON DRIVE, BLOOMINGTON, IN 47401

10925   RBS INC, PO BOX 490, WHITE SULPHUR SPRINGS, WV 24986

10925   RC CEMENT CO INC, 100 BORDHEAD ROAD SUITE 230, BETHLEHEM, PA 18017-8989

10925   RC DAVIS CO INC, 1600 OLD COUNTRY ROAD, PLAINVIEW, NY 11803

10925   RC DEERFIELD BEACH INC, 1410 SW 13TH COURT, POMPANO BEACH, FL 33069

10924   RC MARINA, SHENANGO RESEVER, CLARK, PA 16113

10924   RC REDI MIX, 15595 S. HIGHWAY 224, CLACKAMAS, OR 97015

10924   RC REDI MIX, PO BOX344, CLACKAMAS, OR 97015

10925   RC3, POST OFFICE BOX 540, WAKEFIELD, MA 01880

10925   RCAT HEADQUARTERS, PO BOX 785, PFLUGERVILLE, TX 78660

10924   RCB BAKING, 1301 39TH ST. NORTH, FARGO, ND 58108

10925   RCC LTD, LANDSTRASSE 33, CH-4452 ITINGEN, 04452

10925   RCD SALES COMPANY, PO BOX 267, HEBRON, OH 43025

10924   RCDI CONSTRUCTION MANAGEMENT, INC., 422 MARKET STREET, PARKERSBURG, WV 26102

10925   RCHIMPF, DAVID, 5577 CLEAR LAKE DRIVE, HICKORY, NC 28601

10925   RCI ENVIRONNEMENT INC., C.P. 1300, ANJOU, QC H1K 4H2CANADA                    *VIA Deutsche Post*

10925   RCI ROOFING & WATERPROOFING, 178 SONGBIRD COURT, VACAVILLE, CA 95687

10925   RCI WRS INC, POBOX 99461, CHICAGO, IL 60693

10925   RCI, 7424 CHAPEL HILL ROAD, RALEIGH, NC 27607

10924   RCN, 1000 ADAMS AVENUE, SUITE 106, TROOPER, PA 19403

10924   RCN, 850 RITTENHOUSE RD., TROOPER, PA 19403

10925   RCORD, MELVIN, 110 LAS TUNAS CIRCLE, SAVANNAH, GA 31419

10925   RCOTT, TRACY, 23 BURNET ST., NEW BRUNSWICK, NJ 08901

10925   RCP INC., 1 TURKEY HILL ROAD SOUTH, WESTPORT, CT 06880

10925   RCRA PROGRAMS BRANCH EPA REGION III, 841 CHESTNUT BLDG, PHILADELPHIA, PA 19107

10925   RCS PLUS INC, 500 PROVIDENCE HWY, NORWOOD, MA 02062

10925   RCSWAIN, ANTHONY, A HARLEY ST BOX 603, CAROLEEN, NC 28019

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RDA INC, 1223 7TH ST, LAYTONVILLE, CA 95454 | |
| 10924 | RDA INC, 2400 TAMPA WAY, RENO, NV 89512 | |
| 10924 | RDA INC. - STOCK, 2400 TAMPA WAY, RENO, NV 89501 | |
| 10924 | RDA/ATLANTIS, RENO, NV 89511 | |
| 10924 | RDA/KIRKWOOD MOUNTAIN CLUB, 2400 TAMPA ST., RENO, NV 89501 | |
| 10924 | RDA/PEPPERMILL CASINO EAST EXPAN., RENO, NV 89501 | |
| 10924 | RDA/PEPPERMILL CASINO, RENO, NV 89501 | |
| 10925 | RDAY BARINCO, 500 WALNUT ST, NORWOOD, NJ 07648 | |
| 10925 | RDC CONTROLE LIMITED, 61 BOUL DE LA SEIGNEURIE, BLAINVILLE, QC J7C 4M9CANADA | *VIA Deutsche Post* |
| 10924 | RDF CORPORATION, 23 ELM AV, HUDSON, NH 03051 | |
| 10925 | RDT ELECTRIC INC, 3 GLORIA ST, CLARK, NJ 07066 | |
| 10924 | RDT, 3131 NE BROADWAY PARKWAY, ALOHA, OR 97006 | |
| 10924 | RDV, 1701 S. WOODROW, LITTLE ROCK, AR 72204 | |
| 10925 | RE HEIDT CONSTRUCTION CO, INC, PO BOX 577, WESTLAKE, LA 70669 | |
| 10925 | RE MASON & ASSOCIATES, PO BOX 33424, CHARLOTTE, NC 28233 | |
| 10925 | RE MICHEL CO, INC, PO BOX 2318, BALTIMORE, MD 21203 | |
| 10924 | RE MICHELS CO, 1 RE MICHEL DRIVE, GLEN BURNIE, MD 21060-6495 | |
| 10924 | RE MICHELS CO, 1918 TUCKER STREET, BURLINGTON, NC 27215 | |
| 10924 | RE MICHELS CO, 716 MIDDLE GROUND ROAD, NEWPORT NEWS, VA 23606 | |
| 10924 | RE MICHELS CO, 913-929 E. HIGHLAND ST., ALLENTOWN, PA 18103 | |
| 10924 | RE PING ENTERPRISE CO., LTD., 9F-3 NO. 844 CHIU RU 1 ROAD, SUNG MING, KAOHSIUNG, IT 807UNK | *VIA Deutsche Post* |
| 10925 | RE RUSSELL PAINTING CO, 11426 S. PERRY AVE, CHICAGO, IL 60628 | |
| 10924 | RE USE TECH CONSTRUCTION, PO BOX 5411, SUFFOLK, VA 23435 | |
| 10925 | RE, JOHN, 1190 CARRIAGE CIRCLE, FOND DU LAC, WI 54935 | |
| 10925 | RE/MAX TEAM 2,000, 8951 W. 51ST ST, ORLAND PARK, IL 60462 | |
| 10924 | REA CONSTRUCTION CO, 701 WEBB ROAD, SALISBURY, NC 28147 | |
| 10924 | REA CONSTRUCTION CO, ATTN: ACCOUNTS PAYABLE, CHARLOTTE, NC 28232 | |
| 10925 | REA, FRANK, 198 EDGEWOOD AVE, LONGMEADOW, MA 01106 | |
| 10925 | REA, LINDA, 3323 RETA ST, LA CRESENTA, CA 91214 | |
| 10925 | REA, MARILYN LEE, 1809 ROSSIER LANE, SANTA BARBARA, CA 93101 | |
| 10925 | REA, WILLIAM, 1309 NE 7TH ST, MULBERRY, FL 33860 | |
| 10925 | REACH, GARY, 2900 PARR CT SOUTH PPT.#2404, ATLANTA, GA 30336 | |
| 10925 | REACH, GARY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | RE-ACT, INC, 103 SACHS ST., DAYTON, OH 45403 | |
| 10925 | REACTOR SERVICES INTN, INC, PO BOX 41027, HOUSTON, TX 77240-1027 | |
| 10925 | READ, EDDIE, PO BOX 10, RINGGOLD, TX 76261-0035 | |
| 10925 | READ, JAMES, 35 HAYES AVE, SAN JOSE, CA 95123 | |
| 10925 | READ, JULIE, 19 B. HAM ST, DOVER, NH 03820 | |
| 10925 | READ, KAREN, 3441 N 31ST ST, PHOENIX, AZ 85016 | |
| 10925 | READ, WILLIAM, PO BOX 327, CALNEVARI, NV 89039 | |
| 10925 | READE JR, AMOS, 202 MIDDLE MT RD, PICKENS, SC 29671 | |
| 10925 | READE JR, ERNEST J, 7 ALLISON CIRCLE, CARTERSVILLE, GA 30120 | |
| 10925 | READICARE MED GROUP - OAK, PO BOX 39000, SAN FRANCISCO, CA 94139-5805 | |
| 10925 | READING CARPET & RUG SERVICE, PO BOX 414, READING, MA 01867 | |
| 10925 | READING CONCRETE PROD, 4600 DEVITT DR, CINCINNATI, OH 45246 | |
| 10924 | READING CONCRETE PRODUCTS, 4600 DEVITT DR, CINCINNATI, OH 45246 | |
| 10924 | READING HOSPITAL, PENNSYLVANIA AVENUE, READING, PA 19601 | |
| 10925 | READING JR, ALPHEUS E, RD 1 BOX 71-C, GREENTOWN, PA 18426-9732 | |
| 10924 | READING POLICE STATION, PICKUP IN NORWOOD, 505 UNIVERSITY BLVD.; BLDG.#3, NORWOOD, MA 02062 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | READING ROCK INC., 4600 DEVITT DR, CINCINNATI, OH 45246 | |
| 10925 | READING ROCK, 4600 DEVITT DR, CINCINNATI, OH 45246 | |
| 10924 | READING SCIENTIFIC COMPANY, 2200 NORTH 11TH STREET, READING, PA 19604 | |
| 10924 | READING TERMINAL, PHILADELPHIA, PA 19092 | |
| 10925 | READING, ANDREW, 525 4TH ST, 3, OAKMOND, PA 15139 | |
| 10925 | READING, ARLENE, 13400 LORD DUNBORE PLACE, UPPER MARLBORO, MD 20772 | |
| 10925 | READY MACHINE PRODUCTS, 1353 W. 59TH ST., CHICAGO, IL 60636 | |
| 10924 | READY MADE CONCRETE INC, 67 EAST 8000 SOUTH, MIDVALE, UT 84047 | |
| 10924 | READY MADE CONCRETE, INC., 67 EAST 8000 SOUTH, MIDVALE, UT 84047 | |
| 10924 | READY MIX #6, U.S 1 AT HWY 55, APEX, NC 27502 | |
| 10924 | READY MIX CONC CO-DOVER, DIV OF DODGE COUNTY READY MIX, DOVER, MN 55929 | |
| 10924 | READY MIX CONC CO-STEWARTVILLE, DIV OF DODGE COUNTY READY MIX, STEWARTVILLE, MN 55976 | |
| 10924 | READY MIX CONCRETE CO, P.O.BOX 6236, ROCHESTER, MN 55903 | |
| 10924 | READY MIX CONCRETE INC.-USE #500265, ATTN:  ACCOUNTS PAYABLE, CAROLINA, PR 628PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE OF O'FALLON, #5 COMMERCE PLAZA PORT. PLANT, O'FALLON, IL 62269 | |
| 10924 | READY MIX CONCRETE OF O'FALLON, #5 COMMERCE PLAZA, O'FALLON, IL 62269 | |
| 10924 | READY MIX CONCRETE OF O'FALLON, #5 COMMERCE, O'FALLON, IL 62269 | |
| 10924 | READY MIX CONCRETE SOMERS, **TO BE DELETED**, SOMERSET, KY 42501 | |
| 10924 | READY MIX CONCRETE SOMERS, 131 A HIGHWAY 27, SOMERSET, KY 42501 | |
| 10924 | READY MIX CONCRETE, ATTN:  ACCOUNTS PAYABLE, CAROLINA, PR 984PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, BECHARA, PR 99999PUERTO RICO | *VIA Deutsche Post* |
| 10925 | READY MIX CONCRETE, CONSTRUCTION PRODUCTS, 36 & L ST, OMAHA, NE | |
| 10924 | READY MIX CONCRETE, P O BOX 12783, NEW BERN, NC 28561 | |
| 10924 | READY MIX CONCRETE, P O BOX 1604, MANTEO, NC 27954 | |
| 10924 | READY MIX CONCRETE, P O BOX 3588, PINEHURST, NC 28374 | |
| 10924 | READY MIX CONCRETE, P O BOX 806, WINDSOR, NC 27983 | |
| 10924 | READY MIX CONCRETE, P.O. BOX 688, SANFORD, NC 27330 | |
| 10924 | READY MIX CONCRETE, PLANT # 21, CATANO, PR 632PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT # 7, HUMACAO, PR 791PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT #1, CAROLINA, PR 984PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT #14, CAROLINA, PR 982PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT #15, FAJARDO, PR 738PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT #16, SAN JUAN, PR 979PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT #20, CATANO, PR 962PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT #4, CAGUAS, PR 725PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT #8, CAGUAS, PR 725PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, PLANT #9, DORADO, PR 646PUERTO RICO | *VIA Deutsche Post* |
| 10924 | READY MIX CONCRETE, POPLAR LEVE: RD, LOUISVILLE, KY 40217 | |
| 10924 | READY MIX CONCRETE-COUNCIL BL, 1220 SOUTH 8TH STREET, COUNCIL BLUFFS, IA 51501 | |
| 10924 | READY MIX OF DENVER, 2801 HIGHWAY 85, CASTLE ROCK, CO 80104 | |
| 10924 | READY MIX OF DENVER, 4395 WASHINGTON, DENVER, CO 80216 | |
| 10924 | READY MIX OF OMAHA, 1800 W. Y STREET, LINCOLN, NE 68529 | |
| 10924 | READY MIX OF OMAHA, 3602 L STREET, OMAHA, NE 68107 | |
| 10924 | READY MIX OF OMAHA, 370 HWY & 75 HWY, BELLEVUE, NE 68005 | |
| 10924 | READY MIX OF OMAHA, 4315 CUMMINGS ST, OMAHA, NE 68131 | |
| 10925 | READY MIX OF OMAHA, 4315 CUMMINGS ST, OMAHA, NE 68131 | |
| 10924 | READY MIX OF OMAHA, 4520 DODGE STREET, OMAHA, NE 68132 | |
| 10924 | READY MIX OF OMAHA, 4765 SO. 135TH STREET, OMAHA, NE 68135 | |
| 10924 | READY MIX OF OMAHA, 601 SEWARD STREET, OMAHA, NE 68110 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | READY MIX OF OMAHA, 6490 N. 288 STREET, VALLEY, NE 68064 | |
| 10924 | READY MIX OF OMAHA, 8611 MAPLE STREET, OMAHA, NE 68134 | |
| 10924 | READY MIX OF OMAHA, CHANDLER RD, CHALCO, NE 68046 | |
| 10925 | READY MIX SERVICE INC, 2320 LAKE CREST DRIVE, SPRINGFIELD, IL 62707 | |
| 10924 | READY MIX SERVICE INC., 229 HILLSBORO, HAMEL, IL 62046 | |
| 10924 | READY MIX SERVICE INC., 229 NORTH HILLSBORO RD, HAMEL, IL 62046 | |
| 10924 | READY MIX SERVICE INC., 4555 N. ALBY, ALTON, IL 62002 | |
| 10924 | READY MIX SERVICE INC., 710 CEDAR STREET, COLLINSVILLE, IL 62234 | |
| 10924 | READY MIX SERVICE, BOX 25, HAMEL, IL 62046 | |
| 10924 | READY MIX USA INC, 6366 HELENA ROAD, HELENA, AL 35080 | |
| 10924 | READY MIX USA INC., 2651 RUFFNER ROAD, IRONDALE, AL 35210 | |
| 10924 | READY MIX USA, 116 PARK AVE, MOODY, AL 35094 | |
| 10924 | READY MIX USA, 1614 HWY 84, CALERA, AL 35040 | |
| 10924 | READY MIX USA, 2486 SIMMSVILLE ROAD, ALABASTER, AL 35007 | |
| 10924 | READY MIX USA, 2640 S. MCKENZIE STREET - HWY 59, FOLEY, AL 36535 | |
| 10924 | READY MIX USA, 2800 24TH STREET NORTH, BIRMINGHAM, AL 35207 | |
| 10924 | READY MIX USA, 30050 STATE HWY 79, LOCUST FORK, AL 35097 | |
| 10924 | READY MIX USA, 3150 15TH STREET, TUSCALOOSA, AL 35401 | |
| 10924 | READY MIX USA, 83 HWY 39, CHELSEA, AL 35043 | |
| 10924 | READY MIX USA, 905 14TH STREET NORTH, BIRMINGHAM, AL 35203 | |
| 10924 | READY MIX USA, 930 CAMPBELL ROAD, CENTURY, FL 32535 | |
| 10924 | READY MIX USA, INC., 100 SPEEDWAY INDUSTRIAL DRIVE, LINCOLN, AL 35096 | |
| 10924 | READY MIX USA, INC., 1190 POWDER PLANT ROAD, BESSEMER, AL 35020 | |
| 10924 | READY MIX USA, INC., ATTN:  ACCOUNTS PAYABLE, PELHAM, AL 35124 | |
| 10924 | READY MIX USA, INC., ATTN: ACCOUNTS PAYABLE, PELHAM, AL 35124 | |
| 10924 | READY MIXED CONC CO INC, P.O.BOX 11063, RICHMOND, VA 23230 | |
| 10924 | READY MIXED CONCRETE CO INC, 3928 JOLLY ROAD, AYDEN, NC 28513 | |
| 10924 | READY MIXED CONCRETE CO, ATTMN:  ACCOUNTS PAYABLE, PINEHURST, NC 28374 | |
| 10924 | READY MIXED CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, DENVER, CO 80201 | |
| 10924 | READY MIXED CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, GOLDSBORO, NC 27530 | |
| 10924 | READY MIXED CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, RALEIGH, NC 27611 | |
| 10924 | READY MIXED CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, ROCKY MOUNT, NC 27804 | |
| 10924 | READY MIXED CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, SANFORD, NC 27330 | |
| 10924 | READY MIXED CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, WINDSOR, NC 27983 | |
| 10924 | READY MIXED CONCRETE CO., 3636 WARBARO ROAD, MIDLOTHIAN, VA 23113 | |
| 10924 | READY MIXED CONCRETE CO., ATTN:  ACCOUNTS PAYABLE, NEW BERN, NC 28561 | |
| 10924 | READY MIXED CONCRETE CO., ATTN:  ACCOUNTS PAYABLE, ROCKY MOUNT, NC 27804 | |
| 10924 | READY MIXED CONCRETE CO., INC., 4607 RACRETE RD., RICHMOND, VA 23230 | |
| 10924 | READY MIXED CONCRETE CO., INC., P O BOX 11063, RICHMOND, VA 23230 | |
| 10924 | READY MIXED CONCRETE PLANT #1, GOLDSBORO, NC 27530 | |
| 10924 | READY MIXED CONCRETE PLANT #12, HWY 70 PARRISH DRIVE, SMITHFIELD, NC 27577 | |
| 10924 | READY MIXED CONCRETE PLANT #14-1, 312 PLUM STREET, DURHAM, NC 27703 | |
| 10924 | READY MIXED CONCRETE PLANT #14-2, PLUM STREET, DURHAM, NC 27703 | |
| 10924 | READY MIXED CONCRETE PLANT #15, 506 WEST CHESTNUT STREET, GOLDSBORO, NC 27530 | |
| 10924 | READY MIXED CONCRETE PLANT #16, 219 GURTHURIE AVE, CARRBORO, NC 27510 | |
| 10924 | READY MIXED CONCRETE PLANT #17, 3315 APEX HWY & HWY 55, DURHAM, NC 27713 | |
| 10924 | READY MIXED CONCRETE PLANT #22, 401 NORTH FAYETTEVILLE AVENUE, DUNN, NC 28334 | |
| 10924 | READY MIXED CONCRETE PLANT #24, 9220 DURANT ROAD, RALEIGH, NC 27604 | |
| 10924 | READY MIXED CONCRETE PLANT #33, 1715 RACETRACK ROAD, NEW BERN, NC 28561 | |
| 10924 | READY MIXED CONCRETE PLANT #34, 417 MILLER BLVD, HAVELOCK, NC 28532 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | READY MIXED CONCRETE PLANT #35, CARL GARNER ROAD, STATE ROAD #1148, NEWPORT, NC 28570 | |
| 10924 | READY MIXED CONCRETE PLANT #36, 111 WEST 13TH STREET, ROANOKE RAPIDS, NC 27870 | |
| 10924 | READY MIXED CONCRETE PLANT #37, HWT 461 & HWY 11, AHOSKIE, NC 27910 | |
| 10924 | READY MIXED CONCRETE PLANT #38, 741 WARREN STREET, WILLIAMSTON, NC 27892 | |
| 10924 | READY MIXED CONCRETE PLANT #39, 3100 US HIGHWAY 64 E, HWY 64 & HWY 45/WATER ST., PLYMOUTH, NC 27962 | |
| 10924 | READY MIXED CONCRETE PLANT #4, 331 REEDY CREEK ROAD, CARY, NC 27513 | |
| 10924 | READY MIXED CONCRETE PLANT #40, 302 HICKS STREET, EDENTON, NC 27932 | |
| 10924 | READY MIXED CONCRETE PLANT #7, 320 MARKET STREET, SANFORD, NC 27330 | |
| 10924 | READY MIXED CONCRETE PLANT #8, 1801 N. WHITE STREET, WAKE FOREST, NC 27587 | |
| 10925 | READY MIXED CONCRETE RESEARCH, 900 SPRING ST, SILVER SPRING, MD 20910 | |
| 10924 | READY MIXED CONCRETE, 10 22ND STREET, 10 RAILROAD AVE/PLANT 13, BUTNER, NC 27509 | |
| 10924 | READY MIXED CONCRETE, 1064 COLLINSTON ROAD, MANTEO, NC 27954 | |
| 10924 | READY MIXED CONCRETE, 1506 HOLLAND ROAD, FUQUAY-VARINA, NC 27526 | |
| 10924 | READY MIXED CONCRETE, 1940 ASHLAND RD., ROCKVILLE, VA 23146 | |
| 10924 | READY MIXED CONCRETE, 2116 WESTGATE RD, (AIRPORT PLANT), RALEIGH, NC 27613 | |
| 10925 | READY MIXED CONCRETE, 320 MARKET ST, SANFORD, NC 27330 | |
| 10924 | READY MIXED CONCRETE, 4395 WASHINGTON ST., DENVER, CO 80216 | |
| 10924 | READY MIXED CONCRETE, 510 S. WASHINGTON ST., LILLINGTON, NC 27546 | |
| 10924 | READY MIXED CONCRETE, 604 OLD GARNER ROAD, GARNER, NC 27529 | |
| 10924 | READY MIXED CONCRETE, 613 HARGETT STREET, RALEIGH, NC 27611 | |
| 10924 | READY MIXED CONCRETE, 6823 BRUCE RD (OLD CAPITOL R/M), SIMS, NC 27880 | |
| 10924 | READY MIXED CONCRETE, 6844 FORESTVILLE RD., RALEIGH, NC 27604 | |
| 10924 | READY MIXED CONCRETE, 699 N. GREEN STREET, GREENVILLE, NC 27834 | |
| 10924 | READY MIXED CONCRETE, 714 PERSHING ROAD, RALEIGH, NC 27608 | |
| 10924 | READY MIXED CONCRETE, 9017 MILE BRANCH ROAD, ROUGEMONT, NC 27572 | |
| 10924 | READY MIXED CONCRETE, ATTN:  ACCOUNTS PAYABLE, GOLDSBORO, NC 27530 | |
| 10924 | READY MIXED CONCRETE, ATTN:  ACCOUNTS PAYABLE, RALEIGH, NC 27611 | |
| 10924 | READY MIXED CONCRETE, HIGHWAY 11 NORTH, KINSTON, NC 28503 | |
| 10924 | READY MIXED CONCRETE, HIGHWAY 210 WEST, ANGIER, NC 27501 | |
| 10924 | READY MIXED CONCRETE, HWY 13  17 BYPASS, WINDSOR, NC 27983 | |
| 10924 | READY MIXED CONCRETE, HWY 13 SOUTH, FARMVILLE, NC 27828 | |
| 10924 | READY MIXED CONCRETE, HWY 421 EAST, DUNN, NC 28334 | |
| 10924 | READY MIXED CONCRETE, HYW 55  PLANT #6, APEX, NC 27502 | |
| 10924 | READY MIXED CONCRETE, JUNIPER LAKE ROAD, PINEHURST, NC 28374 | |
| 10924 | READY MIXED CONCRETE, OLD MILL RD, ROCKY MOUNT, NC 27804 | |
| 10924 | READY MIXED CONCRETE, P O BOX 1604, KILL DEVIL HILLS, NC 27948 | |
| 10924 | READY MIXED CONCRETE, PLANT #11, CALYPSO, NC 28325 | |
| 10925 | READY MIXED CONCRETE, POBOX 27326, RALEIGH, NC 27611 | |
| 10925 | READY MIXED CONCRETE, RT 1 BOX 38, DUNN, NC 28334 | |
| 10924 | READY MIXED CONCRETE, SEABOARD STREET, LOUISBURG, NC 27549 | |
| 10925 | READY, CHARLES, PO BOX 286, NEW HEBRON, MS 39140 | |
| 10924 | READYMIX CONCRETE & BLOCK, 814 W. COLUMBIA STREET, SOMERSET, KY 42501 | |
| 10924 | READYMIX CONCRETE & BLOCK, 814 WEST COLUMBIA ST., SOMERSET, KY 42501 | |
| 10924 | READY-MIX, INC., 108 WEST DELHI, NORTH LAS VEGAS, NV 89030 | |
| 10924 | READY-MIX, INC., 11500 WEST BEARDSLEY, SUN CITY, AZ 85373 | |
| 10924 | READY-MIX, INC., 3430 E. FLAMINGO SUITE #100, LAS VEGAS, NV 89121 | |
| 10924 | READY-MIX, INC., 39353 NORTH SCHNEPF ROAD, QUEEN CREEK, AZ 85242 | |
| 10924 | READY-MIX, INC., 8200 NORTH FAIN ROAD, PRESCOTT VALLEY, AZ 86314 | |
| 10924 | READY-MIX, INC., TAKE DURANGO DRIVE EXIT OFF HWY 95, TO RACEL HEAD EAST TO TENAYA, INTERSECTION OF RACEL & TENAYA, LAS VEGAS, NV 89131 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | READY-MIX, INC./HENDERSON PLANT, AMERICAN PACIFIC DRIVE AND, STEPHANIE STREET, HENDERSON, NV 89009 | |
| 10925 | REAGAN, WILLIAM JOHN, CUST FOR MARY ELLEN REAGAN, UNIF GIFT MIN ACT-MICH, C/O MARY ELLEN ACKROYD, 7322 MACEDAY LAKE ROAD, WATERFORD, MI 48329-2622 | |
| 10925 | REAGENT CHEMICAL & RESEARCH INC, 4140 GEIGY ACCESS RD, SAINT GABRIEL, LA 70776 | |
| 10925 | REAGENT CHEMICAL & RESEARCH INC, POBOX 23835, NEWARK, NJ 07189-0835 | |
| 10925 | REAGENT CHEMICAL & RESEARCH, INC, 114 BROAD ST, FLEMINGTON, NJ 08822 | |
| 10925 | REAGENT CHEMICAL, 115 ROUTE 202-31 SOUTH, RINGOES, NJ 08551 | |
| 10925 | REAGENTS, INC, PO BOX 240746, CHARLOTTE, NC 28224 | |
| 10925 | REAKSECKER, MELVIN, BOX 1231 19425 OLD CREEK ROAD, MIDDLETOWN, CA 95461 | |
| 10924 | REAL COLOR INC. DBA PUHI PAINT, 4490 PUHI RD., TIHUE KAUAI, HI 96766 | |
| 10924 | REAL COLOR INC. DBA PUHI PAINT, P.O. 2007 PUHI RB, LIHUE, HI 96766 | |
| 10925 | REAL ESTATE ANALYSIS CORP, 180 NORTH LASALLE ST #1718, CHICAGO, IL 60601 | |
| 10924 | REAL ESTATE GROUP, 6185 CROOKED CREEK ROAD, NORCROSS, GA 30092 | |
| 10924 | REAL SEAL CONTRACTING LTD., 111 5065-13TH STREET SOUTH EA., CALCARY, ALBERTA, AB T2G 5M8TORONTO | *VIA Deutsche Post* |
| 10925 | REAL, ANTHONY, 14 CRESTONE ST, GREENVILLE, SC 29611 | |
| 10925 | REALES, JESUS, 2596 RIVERSIDE DR, CORAL SPRINGS, FL 33065 | |
| 10925 | REALEX CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10924 | REALM CONSTRUCTION INC, 502 W. GOLFVIEW, BLUE SPRINGS, MO 64014 | |
| 10924 | REALM CONSTRUCTION INC, P. O. BOX 1236, BLUE SPRINGS, MO 64013 | |
| 10924 | REALM CONSTRUCTION INC., P O BOX 1236, BLUE SPRINGS, MO 64013 | |
| 10925 | REALSTAR SOLUTIONS, 3000 MILLER COURT WEST, NORCROSS, GA 30071 | |
| 10924 | REALTY HOLDINGS GROUP, 330 S. 4TH ST., LAS VEGAS, NV 89101-6004 | |
| 10925 | REAM JR, JOHN M, EXEC OF EST BETTY JANE REAM, 256 WOODRIDGE RD, TALLMADGE, OH 44278-2527 | |
| 10924 | REAMES & SON CONSTRUCTION CO., 160 GIL HARBIN INDUSTRIAL BLVD, VALDOSTA, GA 31601 | |
| 10924 | REAMES & SON CONSTRUCTION CO., 415 LEON STREET, VALDOSTA, GA 31601 | |
| 10924 | REAMES & SON CONSTRUCTION CO., BARRETTS ROAD, BARRETTS, GA 31602 | |
| 10924 | REAMES & SON CONSTRUCTION CO., P.O. BOX 546, VALDOSTA, GA 31603 | |
| 10924 | REAMES & SONS CONSTRUCTION, 1301 N HUTCHINSON, ADEL, GA 31620 | |
| 10924 | REAMES & SONS CONSTRUCTION, HIGHWAY 76-E, NASHVILLE, GA 31639 | |
| 10924 | REAMES SON CNSTR CO INC, ATTN:  ACCOUNTS PAYABLE, VALDOSTA, GA 31603 | |
| 10925 | REAMES, BETTY, 116 EASTVIEW DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | REAMES, LYLE, 909 NORTH THIRD, PARIS, AR 72855 | |
| 10925 | REAMES, PERRY, 15 FAIR BROOK LANE, CLARKSVILLE, AR 72830 | |
| 10925 | REAMS, DONNA, 48 HAZLE ST, SWOYERSVILLE, PA 18704 | |
| 10925 | REAMS, MARY, 4036 RIVENDELL FARM, ASHLAND, KY 41102 | |
| 10925 | REAMS, MICHELLE, PO BOX 971606, MIAMI, FL 33197 | |
| 10925 | REAMY, DOROTHEA, 1455 RAGGED EDGE RD., CHAMBERSBURG, PA 17201 | |
| 10925 | REANO, AL, 700 SOUTH 6TH ST, 205, BURBANK, CA 91501 | |
| 10925 | REANO, JOSE, 10933 WHIPPLE, 6, NORTH HOLLYWOOD, CA 91602 | |
| 10925 | REAR, KENNETH B, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | REAR, KENNETH, 12 SCHAEFER CIRCLE, HUDSON, NH 03051 | |
| 10925 | REARDON ASSOCIATES, 990 WASHINGTON ST, DEDHAM, MA 02026 | |
| 10925 | REARDON, PATRICIA, 2495 RIDGMAR PLAZA, FT WORTH, TX 76116 | |
| 10925 | REARDON, PATRICIA, 3824 S. CUBA, SPOKANE, WA 99223 | |
| 10925 | REAS, THOMAS, ROUTE 1 BOX 202, WAUCHULA, FL 33873 | |
| 10925 | REASOR, K, 3174 CREEKWOOD LANE, LAKELAND, TN 38002 | |
| 10925 | REATO, JAMES, RR #1 BOX 110E, MARTINTON, IL 60951 | |
| 10925 | REAUD MORGAN & QUINN, 801 LAUREL ST, PO BOX 26005, BEAUMONT, TX 77720 | |
| 10925 | REAUD, MORGAN & QUINN, 801 LAUREL ROAD, BEAUMONT, TX 77701 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | REAUX, TODD, RT. 2, BOX 325, ERATH, LA 70533 | |
| 10925 | REAVES SWEENEY MARCOM, 5118 PARK AVE., STE 400, MEMPHIS, TN 38117 | |
| 10925 | REAVES, ANDREW, 1505 BRADDISH AVE, BALTIMORE, MD 21216 | |
| 10925 | REAVES, KENNETH, 4705 COMITA AVE, FT WORTH, TX 76132-1507 | |
| 10925 | REAVES, LAJUAN, 1744 JENKINS #109, PASADENA, TX 77506 | |
| 10925 | REAVES, PHILLIP R, PO BOX 668, WEAVER, AL 36277-0668 | |
| 10925 | REAVES, TONYA, 6711 NORTHWEST DR, HYATTSVILLE, MD 20782 | |
| 10925 | REAVES, WILLIAM, 704 WEST REBECCA, IOWA PARK, TX 76367 | |
| 10925 | REAVIS CONCEPTS, 800 OCEAN BLVD #4, RYE, NH 03870 | |
| 10925 | REAVIS HIGH SCHOOL, 6034 WEST 77TH ST, BURBANK, IL 60459-3199 | |
| 10925 | REAVIS, CALVIN, PO BOX 117 MAPLE ST, BRYANT POND, ME 04219 | |
| 10925 | REAVIS, ZENAIDA, 114 BLACKFIN COVE, SLIDELL, LA 70458 | |
| 10925 | REB STEEL EQUIPMENT CORP, 4666 W. GRAND AVE, CHICAGO, IL 60639 | |
| 10925 | REB, DEPT. 77-2545, CHICAGO, IL 60678-2545 | |
| 10924 | REBARBER ENTERPRISES, 325 SOUTH MAPLE STREET NO. 21, SOUTH SAN FRANCISCO, CA 94080 | |
| 10925 | REBECCA A WILLEY, ONE WELLINGTON RD, WILMINGTON, DE 19803-4129 | |
| 10925 | REBECCA HANBERRY, 5000 LEON DR, LOT#124, LAKE CHARLES, LA 70605 | |
| 10925 | REBECCA L NORMAN, 110 BILL THOMAS RD, MONCURE, NC 27559-9376 | |
| 10925 | REBECCA L TROUP, 7836 KINGS RIDGE CIR, FAIRBORN, OH 45324-1863 | |
| 10925 | REBECCAS CAFE, 18 TREMONT ST., STE 307, BOSTON, MA 02108 | |
| 10925 | REBECCHI, VINCENZA, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | REBECCHI, VINCENZA, 9899 BAYWATER DRIVE, BOCA RATON, FL 33496 | |
| 10925 | REBEKAH DE WITT, 11 COLLEGE POND DR, DANVERS, MA 01923 | |
| 10925 | REBEKAH H DEWITT, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | REBELLO, MARY, 22740 VIAL CIRCLE, MORENO VALLEY, CA 92557 | |
| 10925 | REBELO, FERNANDA, 76 PROCTOR ST, SALEM, MA 01970 | |
| 10925 | REBER, FORREST, PO BOX 405, HAYES, LA 70646 | |
| 10925 | REBER, HAROLD, PO BOX 405, HAYES, LA 70646 | |
| 10925 | REBER, JOHN F, 122 SMITH AVE, MT KISCO, NY 10549-2816 | |
| 10924 | REBGRO CORPORATION, 941 HAMILTON AVENUE, ROEBLING, NJ 08554 | |
| 10925 | REBHOLTZ, NORMAN, 38593 BANYON TREE CT, FREMONT, CA 94538 | |
| 10925 | REBHOLZ, DORIS, 334 HOLLENBACH ST, READING, PA 19601 | |
| 10925 | REBITSKI, ROY, 509 N FISK ST, GREEN BAY, WI 54303 | |
| 10925 | REBMANN, VICTOR, 1507 BELLINGHAM COURT, LOUISVILLE, KY 40245 | |
| 10925 | REBOLI, RICHARD, 68 BLOSSOM HILL ROAD, LEBANON, NJ 08833 | |
| 10925 | REBOTTINI, RICHARD, 6219 WELLESLEY AVE, PITTSBURGH, PA 15206 | |
| 10925 | REBOVICH, JOSEPH, 4 WASHINGTON SQ VILLAGE, 11M, NEW YORK, NY 10012 | |
| 10925 | REBSOM, RODGER, PO BOX 2631, MILLS, WY 82644 | |
| 10925 | REBSTOCK, JR, RAY, PO BOX 403, LAROSE, LA 70373 | |
| 10925 | REBSTOCK, TODD, 171 EAST 75TH ST, CUT OFF, LA 70345 | |
| 10924 | REBTRADE INT'L CORP., UNIT 2B MAGARA TOWNHOMES, MANDALUYONG CITY, 01501PHL | *VIA Deutsche Post* |
| 10925 | RECACHINAS, SOPHIE, 10203 CONOVER DRIVE, SILVER SPRING, MD 20902 | |
| 10925 | RECAL CALIBRATION SERVICES, PO BOX 898, EULESS, TX 76039 | |
| 10925 | RECALL SECURE DESTRUCTION SERVICES, DBA RECALL TOTAL INFORMATION MGMT., PO BOX 406559, ATLANTA, GA 30384-6559 | |
| 10925 | RECALLS, ONE, PRO, NY, NY 10001 | |
| 10925 | RECCHIA, DAVID, 2166 GOODWOOD BLVD, SMYRNA, GA 30080 | |
| 10925 | RECCO TOOL & SUPPLY, 8805 W. JOLIET ROAD, MCCOOK, IL 60525 | |
| 10925 | RECCO TOOL CO., 8805 JOLIET ROAD, MC COOK, IL 60525 | |
| 10925 | RECEIVER GENERAL FOR CANADA, 1200 MONTREAL ROAD, OTTAWA, ON K1A 0R6CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RECEIVER GENERAL OF CANADA, MTL/CANMET, 568 BOOTH ST, OTTAWA ONTARIO, ON K1A 0G1CANADA | *VIA Deutsche Post* |
| 10925 | RECEIVING OFFICER, 1639 AVE B NORTH, NORTH CHARLESTON, SC 29405-1111 | |
| 10925 | RECEIVING OFFICER, BLDG 276, PORTSMOUTH, VA 23709 | |
| 10925 | RECEIVING OFFICER, BLDG 41SE, CODE 1121, 300 HWY 361, CRANE, IN 47522-5555 | |
| 10925 | RECEIVING OFFICER, NAS JACKSONVILLE BLDG 110, JACKSONVILLE, FL 32212-0000 | |
| 10924 | RECEIVING OFFICER, SPAWAR SYSTEMS CENTER CHARLESTON, 1639 AVE. "B" NORTH, NORTH CHARLESTON, SC 29405-1639 | |
| 10924 | RECEIVING OFFICER, WAREHOUSE #8, MCALESTER, OK 74501 | |
| 10925 | RECEIVING OFFICERCODE570, PUGET SOUND NAVAL SHIPYARD, BREMERTON, WA 98314-5555 | |
| 10925 | RECEK, RONALD, 1451 1/2 21ST AVE #6, COLUMBUS, NE 68601 | |
| 10924 | RECEL/CCW, 8758 CLAY ROAD SUITE 430, HOUSTON, TX 77080 | |
| 10925 | RECH, JOAN, 3111 N BOWDEN RD, AVON PARK FL, FL 33825 | |
| 10925 | RECHER, CARLTON, 421 BATTLE FRONT RAIL, KNOXVILLE, TN 37922 | |
| 10925 | RECHNER, RICHARD, W2377 HWY 10 LOT 32, FOREST JCT, WI 54123 | |
| 10925 | RECHT, JACK, 5099 MAIN ST, TRUMBULL, CT 06611 | |
| 10925 | RECIO, NORBERTO, BOX 49198, ALAMO, TX 78516 | |
| 10925 | RECK, BEATRICE, 531 BECKMAN DR, KANKAKEE, IL 60901 | |
| 10925 | RECKER, GARY, 1026 N. 4TH ST, MANCHESTER, IA 52057 | |
| 10925 | RECKERS, HENRY, 14 HARTNELL COURT, CINCINNATI, OH 45216 | |
| 10925 | RECKNER, JEAN, 13551 BEECH ST NE, ALLIANCE, OH 44601-9406 | |
| 10924 | RECKSON EXECUTIVE PARK, 58 SOUTH SERVICE ROAD, OFF LIE EXIT 48 ROUND SWAMP ROAD, MELVILLE, NY 11747 | |
| 10925 | RECLASS, ONE, 222, 2B, NY, NY 10001 | |
| 10925 | RECLASS, ONE, M, NY, NY 10010 | |
| 10925 | RECLASS, THREE, M, NEW YORK, NY 10001 | |
| 10925 | RECO INDUSTRIES INC, PO BOX 65049, CHARLOTTE, NC 28265-0049 | |
| 10925 | RECODYNE, 200 E. MAIN ST., JOHNSON CITY, TN 37604 | |
| 10924 | RECON TURBO USA, INC, 13130 S.W. 128TH STREET, MIAMI, FL 33186 | |
| 10925 | RECONEX INC, 217 RAEMISCH ROAD, WAUNAKEE, WI 53597 | |
| 10925 | RECORD CONCRETE INC, PO BOX 574, CHESTER, VT 05143 | |
| 10925 | RECORD, THE, PO BOX 1451, NEWARK, NJ 07101-1451 | |
| 10925 | RECORDER OF DEEDS - BUCHANAN COUNTY, 411 JULES ST, SAINT JOSEPH, MO 64501 | |
| 10925 | RECORDKEEPER ARCHIVE, 57 LITTLEFIELD ST, AVON, MA 02322 | |
| 10925 | RECORDS MANAGEMENT SYSTEM, PO BOX 550219, DALLAS, TX 75355-0219 | |
| 10924 | RECOVERY 1, ATTN:KYLA A/P, CARLIN, NV 89822 | |
| 10924 | RECOVERY 1, INC, 2001 GRIFFIN, CARLIN, NV 89822 | |
| 10925 | RECRA LABNET, 208 WELSH POOL RD., LIONVILLE, PA 19341-1333 | |
| 10925 | RECRA LABNET, PO BOX 1326, BUFFALO, NY 14240 | |
| 10924 | RECREATIONAL DEVELOP.CO./HACIENDA, CALIFORNIA WHOLESALE MAT'L SUPPLY, U.S. HIGHWAY 93, BOULDER CITY, NV 89005 | |
| 10924 | RECRUIT TRAINING, ALASKA STREET, PARRIS ISLAND, SC 29905 | |
| 10925 | RECRUITERS INTERNATIONAL, INC, 104 SOUTH ST ,SUITE 2, HINGHAM, MA 02043 | |
| 10925 | RECRUITING TECHNOLOGIES INC, 61 ABINGTON ROAD, DANVERS, MA 01923 | |
| 10924 | RECTICEL NORTH AMERICA INC., 1653 ATLANTIC BLVD., AUBURN HILLS, MI 48326 | |
| 10925 | RECTOR, BENNY, 112 FRENNIE ST, FOUNTAIN INN, SC 29644 | |
| 10925 | RECTOR, EDITH, 7235 DEERFIELD DRIVE, PORT RICHEY, FL 34668-3711 | |
| 10925 | RECTOR, KRISTA, 103 YORKTOWN DR, FOUNTAIN INN, SC 29644 | |
| 10925 | RECTOR, LESTER, 827 HILLSIDE CHRCH RD, FOUNTAIN INN, SC 29644 | |
| 10925 | RECTOR, PEGGY, 1013 BERWICK TRAIL, MADISON, TN 37115 | |
| 10925 | RECTOR, RONDALL, 3394 REGAL CREST DRIVE, LONGWOOD, FL 32779 | |
| 10925 | RECTOR, SHANNON, 13421 E.11 TH, SPOKANE, WA 99216 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 RECTOR, SHERRY, 102 FRENNIE ST, FOUNTAIN INN, SC 29644

10925 RECTOR, STEPHEN, 522 W ALAMEDA, IOWA PARK, TX 76367

10925 RECUERO, FELIX, 430 THIRD AVE, NEWARK, NJ 07107

10925 RECYCLE INC, EAST, 20A HARMICH ROAD P.O. BOX C, SOUTH PLAINFIELD, NJ 07080

10925 RECYCLE INC. EAST, PO BOX C, SOUTH PLAINFIELD, NJ 07080

10925 RECYCLING DIMENSIONS, PO BOX 6287, SAN BERNARDINO, CA 92412

10925 RECYCLING SYSTEMS, INC, 2134 S. GRAND AVE., SANTA ANA, CA 92705

10925 RECYCLING WORKS INC, 1601 BAYSHORE HWY SUITE #211, BURLINGAME, CA 94010

10925 RED ARROW TRUCKING, INC, PO BOX 2236, SECAUCUS, NJ 07096-2236

10924 RED BIRD READY MIX COMPANY, 13570 ST. CHARLES ROCK ROAD, BRIDGETON, MO 63044

10924 RED BIRD READY MIX COMPANY, 8400 EAGER ROAD, BRENTWOOD, MO 63144

10924 RED BLUFF U CART, 5525 RED BLUFF RD, PASADENA, TX 77505

10924 RED BLUFF U-CART, 5525 RED BLUFF RD, PASADENA, TX 77505

10924 RED CANYON REDI-MIX, 29703 HWY 97, NUCLA, CO 81424

10925 RED CAP MAINTENANCE, 10137 SOUTH HARLEM AVE #A, CHICAGO RIDGE, IL 60415

10925 RED DEVIL CHEMICAL COMPANY, 2401 BAUTHALL ROAD, UNION, NJ 07083-1932

10925 RED DEVIL EQUIP. CO., 6301 CECILIA CR., MINNEAPOLIS, MN 55439

10925 RED DEVIL EQUIPMENT CO, PO BOX 1450, MINNEAPOLIS, MN 55485-8610

10925 RED DEVIL EQUIPMENT CO., PO BOX 1450, MINNEAPOLIS, MN 55485-8610

10925 RED DEVIL, 7150 BOONE AVE NORTH 100, BROOKLYN PARK, MN 55428

10925 RED FOOD STORE, 5901 SHALLOWFORD RD., CHATTANOOGA, TN 37422

10924 RED LION, BOISE, ID 83707

10925 RED MAN PIPE & SUPPLY CO., 100 BAYOU BEND DR., SULPHUR, LA 70663

10924 RED MAN PIPE & SUPPLY, PO BOX 35632, TULSA, OK 74153-0632

10925 RED MAN PIPE AND SUPPLY CO., PO BOX 740104, ATLANTA, GA 30374-0104

10924 RED MOUNTAIN R/M  (BULK), 14555 SOUTH U.S. 95 HIGHWAY, BOULDER CITY, NV 89005

10924 RED MOUNTAIN READY MIX INC., ATTN:  ACCOUNTS PAYABLE, BOULDER CITY, NV 89006-0878

10924 RED ONION MTN. MAX. SECURITY PRISON, RT. 83, POUND, VA 24279

10924 RED RIVER BLOCK & SUPPLY, 115 KRAFT ST., CLARKSVILLE, TN 37040

10924 RED RIVER CEMENT, 1625 N. 36TH ST., GRAND FORKS, ND 58203

10924 RED RIVER CEMENT, PO BOX 13500, GRAND FORKS, ND 58201

10925 RED RIVER COMPANY INC, 7370 INDUSTRIAL ROAD, FLORENCE, KY 41042

10924 RED RIVER VALLEY, 1000 CLARKSVILLE RD., PARIS, TX 75460

10924 RED ROCK CURB INC., 5366 WEST MISSOURI AVENUE, GLENDALE, AZ 85301

10924 RED ROCK CURB INC., PO BOX 2079, GLENDALE, AZ 85311

10924 RED ROCK CURB INC., POST OFFICE BOX 2079, GLENDALE, AZ 85301

10924 RED ROOF INN, INTERSTATE 37 AT HOSTON ST., SAN ANTONIO, TX 78204

10924 RED SPOT PAINT 400671, PO BOX 418, EVANSVILLE, IN 47703

10924 RED SPOT PAINT, 1016 EAST COLUMBIA STREET, EVANSVILLE, IN 47711

10924 RED SPOT WESTLAND 400671, 550 SOUTH EDWIN STREET, WESTLAND, MI 48185

10924 RED STAR BIO PRODUCTS, 330 MILL STREET, JUNEAU, WI 53039

10924 RED STAR YEAST & PRODUCTS, PO BOX 737, MILWAUKEE, MD 00000-0000

10925 RED TOP EXEC SEDAN, PO BOX 1448, ARLINGTON, VA 22210-0748

10925 RED VALVE CO INC, POBOX 548, CARNEGIE, PA 15106-0548

10925 RED VALVE CO, INC, PO BOX 548, CARNEGIE, PA 15106-0548

10925 RED VALVE CO. % ASHER TINGLE ASSOC., PO BOX 548, CARNEGIE, PA 15106

10924 RED WING SENIOR HIGH SCHOOL, 301 COUNTY ROAD #21, RED WING, MN 55066

10925 RED WING SHOE STORE 040, 2131 PLEASANT HILL RD., DULUTH, GA 30136

10925 RED WING SHOE STORE 040, 2131 SOUTH PLEASANT HILL RD, DULUTH, GA 30096

10925 RED WING SHOE STORE, 1233-7 LANE AVE S, JACKSONVILLE, FL 32205

10925 RED WING SHOE STORE, 1869 COBB PKWY SO, MARIETTA, GA 30062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RED WING SHOE STORE, 2437 COBB PKWY SE, SMYRNA, GA 30080

10925   RED WING SHOE STORE, 3190 ATLANTA HWY, ATHENS, GA 30606

10925   RED WING SHOE STORE, 5162 MEMORIAL DR, STONE MOUNTAIN, GA 30083

10925   RED WING SHOE STORE, 6653 HWY 85, RIVERDALE, GA 30274

10925   RED WING SHOE STORE, 7110 RITCHIE HWY., GLEN BURNIE, MD 21061

10925   RED WING SHOES, 209 CONANT ST, MAUMEE, OH 43537

10925   REDA R JOOST CUST APRIL JOOST, UNIF GIFT MIN ACT IN, 12112 CASTLERIDGE ROAD, RALEIGH, NC 27614-9157

10925   REDA, FRANK, 2706 AVE S, BROOKLYN, NY 11229

10925   REDAJA, AMELIA, 9408 CHANNING CIRCLE, TAMPA, FL 33617

10925   REDBONES, 55 CHESTER ST, SOMERVILLE, MA 02144

10925   REDBURN, LYLE, 600 5 TH AVE APT 7, PRESCOTT, IA 50859

10925   REDBURN, RON, 1433 E ELCAMINO DR, PHOENIX, AZ 85020

10925   REDBURN, RONALD R, 3220 W. MESCAL ST., PHOENIX, AZ 85029

10925   REDBURN, RONALD, 3220 W. MESCAL, PHOENIX, AZ 85029

10924   REDCO II, 11831 VOSE ST., NORTH HOLLYWOOD, CA 91605

10925   REDD, BETTY, 4724 ABBAY DRIVE, NASHVILLE, TN 37211

10925   REDD, GREGORY, RT 1 BOX 26, LEESVILLE, TX 78122

10925   REDD, JACQUELINE, 950 CONLEY RD.B-6, ATLANTA, GA 30354

10925   REDD, LAMONT, 105 W. HENRIETTA ST, BALTIMORE, MD 21230

10925   REDD, PAMELA, 122 S. CADILLAC, ST CHARLES, MO 63301

10925   REDD, TIFFANY, 2135 W. 84TH ST, CHICAGO, IL 60620

10925   REDD, WILLIAM, 336 LANDSBURG LANE, COLLEGE STATION, TX 77845-3900

10925   REDDELL, ADAM, 2425 HILLSHIRE DR., DEER PARK, TX 77536-5863

10924   REDDEN ELEC/COMPUTEX SUPPORT, 2011 DALLAS AVENUE, HOUSTON, TX 77003

10925   REDDEN, LAWRENCE, PO BOX 6141, ALBUQUERQUE, NM 87197

10925   REDDEN, LINDA, 561 SOUTH TAFT ST, LAKEWOOD, CO 80228-2921

10925   REDDI ROOTR, 4011 BONNER INDUSTRIAL DR, SHAWNEE, KS 66226

10925   REDDI SERVICES, REDDI ROOTR, 4011 BONNER INDUSTRIAL DRIVE, SHAWNEE MISSION, KS 66226

10925   REDDICK, ANNIE, AND HELEN I WEINER JT TEN, 1049A & DAVIS AVE, GLENDALE, CA 91201-2411

10925   REDDICK, JR.,GLENN, 412 COUNTRY CLUB DR.,RT 3, JEROME, ID 83338

10925   REDDICK, L, 2149 ROOSEVELT AVE, SALT LAKE CITY, UT 84108

10925   REDDIN & REDDIN, BOX 63, NEENAH, WI 54957-0063

10925   REDDIN, MARTIN, 155 E 85TH ST APT 44, NEW YORK, NY 10028-2158

10925   REDDIN, MICHAEL, PO BOX 171, RANDLETT, OK 73562

10925   REDDIN, NANCY, PO BOX 63, NEENAH, WI 54957-0063

10925   REDDING, ANGELA, I 33 S. JEFFERSON, MILLEDGEVILLE, GA 31061

10925   REDDING, BOBBY, HCR-70, BOX 5666, THREE RIVERS, TX 78060

10925   REDDING, BRENDA, 425 PIMENTO AVE # 1, GRIFFIN, GA 30223

10925   REDDING, CHERRY, 165 N. OLD ORCHARD, LEWISVILLE, TX 75067

10925   REDDING, DAVID, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   REDDING, JAMES, RT.8 NOLIN DR., GREENVILLE, SC 29611

10925   REDDING, LAWRENCE, PO BOX 13, PARIS, AR 72855-0013

10925   REDDON, SHIRLEY, POBOX 2122, IRMO, SC 29063

10925   REDDOUT, RONALD, 15708 DORSET RD. APT 203, LAUREL, MD 20707

10925   REDDY, PARMESWAR, 410 HIGH ST, CLOSTER, NJ 07624

10925   REDDY, WILLIAM, 2408 BASIL DR, RALEIGH, NC 27612

10924   REDDY-CHEMINOR,INC., 66 SOUTH MAPLE AVENUE, RIDGEWOOD, NJ 07450

10924   REDELL INDUSTRIES, 11686 SHELDON STREET, SUN VALLEY, CA 91352

10924   RED-E-MIX, HWY 36 MILE 50, TOOELE, UT 84074

10924   RED-E-MIX, P O BOX 520, TOOELE, UT 84074

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | REDEMPTORIST FATHERS, THE, ST MARYS, BACOLOD, PHILIPPINES | *VIA Deutsche Post* |
| 10925 | REDENIUS, PAULA, 1664 N. RIVERSOUTH ROAD, MOMENCE, IL 60954 | |
| 10925 | REDFEARN, RAYMOND, RT. 1, BOX 517, LOVINGTON, NM 88260 | |
| 10925 | REDFEARN, THEDA, 8 G WEST 40TH ST, SAND SPRINGS, OK 74063 | |
| 10925 | REDFERN, JULIE, CASILLA 116-CORREO 10 LAS CONDES, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | REDFERN, RITA, POBOX 162, APPLE CREEK, OH 44606 | |
| 10924 | REDFIELD COMPANY, 5800 EAST JEWEL AVENUE, DENVER, CO 80224 | |
| 10924 | REDFORD CONSTRUCTION GROUP, LTD, 12717 MARLIN, REDFORD, MI 48239 | |
| 10924 | REDFORD CONSTRUCTION, 12717 MARLIN, REDFORD, MI 48239 | |
| 10924 | REDFORD CONSTRUCTION, CAMBRIDGE, MA 02140 | |
| 10924 | REDFORD ELECTRIC C/O FOREST OAKS, 1808 HECKLE BLVD, ROCK HILL, SC 29730 | |
| 10924 | REDFORD POLICE STATION - JOB, WAREHOUSE, REDFORD, MI 48239 | |
| 10925 | REDHILL FOREST PROPERTY OWNERS MUTU, WATER & CATTLE ASSOCIATION, 923 DEER CLOVER WAY, CASTLE ROCK, CO 80104 | |
| 10924 | REDI MIX INC, 1445 MACARTHUR DR, CARROLLTON, TX 75007 | |
| 10924 | REDI MIX INC, 1445 MACARTHUR DRIVE SUITE 136, CARROLLTON, TX 75007 | |
| 10924 | REDI MIX INC, E PROSPECT, CHAMBERLAIN, SD 57325 | |
| 10924 | REDI MIX INC, FORT WORTH, TX 76100 | |
| 10924 | REDI MIX INC, HWY 121, LEWISVILLE, TX 75067 | |
| 10924 | REDI MIX INC, HWY 49 NORTH, FLORENCE, MS 39073 | |
| 10924 | REDI MIX INC, P O BOX 1160, FLORENCE, MS 39073 | |
| 10924 | REDI MIX INC, PO BOX1160, FLORENCE, MS 39073 | |
| 10924 | REDI MIX KART INC, 1951 HAMBURG TPKE, BUFFALO, NY 14218 | |
| 10924 | REDI MIX KART INC., 1951 HAMBURG TPKE, BUFFALO, NY 14218 | |
| 10924 | REDI MIX KART INC., 1951 HAMBURG TPKE, BUFFALO, NY 14218 | |
| 10924 | REDI MIX, 509 E. PRAIRIE ST., DENTON, TX 76201 | |
| 10924 | REDI MIX, P.O. BOX 757, DENTON, TX 76201 | |
| 10924 | REDI SUPPLY, INC., 3511 NORTH MEMORIAL DRIVE, GREENVILLE, NC 27834 | |
| 10924 | REDI SUPPLY, INC., HIGHWAY 11 & 13 NORTH, GREENVILLE, NC 27834 | |
| 10925 | REDICK, LAURA, 8410 PARK, KANSAS CITY, MO 64132 | |
| 10925 | REDICK, MAJEL, 712 WESTBROOK CIRCLE, SULPHUR SPRINGS, TX 75482 | |
| 10924 | REDI-CRETE TRANSIT MIX, CORNER OF M-35 & COUNTY ROAD 492, NEGAUNEE, MI 49866 | |
| 10925 | REDIG PHOTOGRAPHY, 759 S SEQUOIA DR, GILBERT, AZ 85296-3362 | |
| 10924 | REDI-MIX CONCRETE, 630 SOUTH EVERGREEN AVE., WOODBURY, NJ 08097 | |
| 10924 | REDI-MIX INC, BOX 271, CHAMBERLAIN, SD 57325 | |
| 10924 | REDI-MIX INC, E PROSPECT STREET, CHAMBERLAIN, SD 57325 | |
| 10924 | REDI-MIX, PO BOX 757, DENTON, TX 76201 | |
| 10925 | REDKEN LABORATORIES INC, PAULA KENT MEEHAN CEO, 6625 VARIEL AVE, CANOGA PARK, CA 91303 | |
| 10925 | REDLAND GENSTAR INC, PO BOX 64152, BALTIMORE, MD 21264 | |
| 10924 | REDLAND/GENSTAR, 10300 PULASKI HWY, WHITE MARSH, MD 21162 | |
| 10924 | REDLAND/GENSTAR, SEE # 00467352, 1522 S. CAPITAL SE, WASHINGTON, DC 20003 | |
| 10924 | REDLAND/GENSTAR, SEE #00567352, 611 & EMERSON ST N.E., WASHINGTON, DC 20011 | |
| 10924 | REDLAND/GENSTAR, WATERVIEW AVE., BALTIMORE, MD 21230 | |
| 10925 | REDLANDS GENSTAR, 1400 WEST 64TH AVE, DENVER, CO 80221 | |
| 10924 | REDLANDS HIGH SCHOOL, 31000 E. COLTON AVE., REDLANDS, CA 92373 | |
| 10925 | REDLER, SCOTT, 6715 AMMENDALE WAY, BELTSVILLE, MD 20705 | |
| 10925 | REDLIN, MICHAEL, 8401 EDGE WATER DRIVE, FRISCO, TX 75034-5518 | |
| 10924 | REDMAN PIPE AND SUPPLY, 110 VENTURE BLVD, HOUMA, LA 70360 | |
| 10925 | REDMAN, VICTOR, 2409 ROSEWOOD LANE, EDMOND, OK 73034 | |
| 10925 | REDMON, BILLY, 5006 LAKEFRONT DR, WICHITA FALLS, TX 76301 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   REDMON, DEBORAH, RT 1 BOX 1474, MAYSVILLE, GA 30558

10925   REDMON, HENRY, 1512 FAIRDALE, ALICE, TX 78332

10925   REDMON, RITA, 589 GA HWY 51 S., HOMER, GA 30547

10925   REDMON, TONYA, 201 7TH ST. PO BOX 956, HELENA, GA 31037

10924   REDMOND BROS, RT 219, JOHNSONBURG, PA 15845

10924   REDMOND HOSPITAL, 501 REDMOND DRIVE, ROME, GA 30165

10924   REDMOND REGIONAL MEDICAL CENTER, C/O HICO CONCRETE, ROME, GA 30164

10925   REDMOND, CLAY, ROUTE 2, HARMONY, NC 28634

10925   REDMOND, EUGENE, 2235 DIANA PLACE, COVINGTON, KY 41011-3915

10925   REDMOND, GEORGE, 119 MEADOW LANE DRIVE, FOUNTAIN INN, SC 29644

10925   REDMOND, PAULETTE, 1665 BROOKHOLLOW DR, BATON ROUGE, LA 70810

10925   REDMOND, WILBUR, 17049 CREGIER, SOUTH HOLLAND, IL 60473

10924   REDMONDS LANDSCAPE MATERIALS, 3316 ELKHORN BLVD., NORTH HIGHLANDS, CA 95660

10924   REDMONDS REDI MIX, INC., RT. 219, JOHNSONBURG, PA 15845

10924   REDMONDS REDI-MIX, RT. 219, JOHNSONBURG, PA 15845

10925   REDO, SANDRA, 511 ROBERTS ST #7, RENO, NV 89502

10924   REDONDO BEACH LIBRARY, C/O WESTSIDE BUILDING MATERIALS, REDONDO BEACH, CA 90277

10924   REDONDO BEACH PLAZA, C/O WESTSIDE BUILDING MATERIALS, 4001 INGLEWOOD AVE., REDONDO BEACH, CA 90277

10925   REDPATH, STUART, 272 CONRAD CIRCLE, COLUMBIA, SC 29212

10924   REDSKIN STADIUM, 8009 SHERIFF RD, LANDOVER, MD 20785

10924   REDSTONE ARSENAL, C/O HICO CONCRETE, HUNTSVILLE, AL 35801

10925   REDTAIL-BROOKES, MALCOLM, PO BOX 196, ANDOVER, NH 03216

10925   REDUCTION TECHNOLOGY INC, POBOX 297, LEEDS, AL 35094-0297

10925   REDWELD OFFICE FILING SYSTEM SPECIA, 170 VARICK ST, NEW YORK, NY 10013-1221

10925   REDWINE, NATHAN, 4141 WILLOW WALK, LILBURN, GA 30247

10925   REDWING BUSINESS SERVICE, CANDY FLORIO, 2002 SAN MARCO BLVD # 204, JACKSONVILLE, FL 32207

10924   REDWOOD AREA COMMUNITY CENTER, 850 EAST COOK STREET, REDWOOD FALLS, MN 56283-1942

10924   REDWOOD CONCRETE PRODUCTS, 1100 SO DREW ST, REDWOOD FALLS, MN 56283

10924   REDWOOD CONCRETE PRODUCTS, 210 CAREN CLOSE, REDWOOD FALLS, MN 56283

10924   REDWOOD CONCRETE PRODUCTS, P O BOX 461, REDWOOD FALLS, MN 56283

10924   REDWOOD FALLS REDI MIX, 210 CARIN CLOSE, REDWOOD FALLS, MN 56283

10925   REDWOOD, KARL, 4299 N W 44TH ST., LAUDERDALE LAKES, FL 33319

10925   REECE, CHRISTINE, 6232 KOVARIK RD., WICHITA FALLS, TX 76310

10925   REECE, DALE, 1000 MARY DR #101, IOWA PARK, TX 76367

10925   REECE, GYLE, 6125 S NASHVILLE AVE, CHICAGO, IL 60638-4109

10925   REECE, JERRY, PO BOX 91, SIDNEY, FL 33587

10925   REECE, STEVE, 2501 NW 56TH AVE APT #106, LAUDERHILL, FL 33313

10925   REECE, STEVEN, 1023 JONESVILLE ROAD, SIMPSONVILLE, SC 29681

10925   REECE, THOMAS, 3357 CO RD 7, CRAIG, CO 81625

10925   REECE, VERNA, 1231 CYPRESS CT, MOBILE, AL 36695

10924   REECO, TEST SITE, MERCURY, NV 89023

10924   REED & GRAHAM, 690 SUNOL ST., SAN JOSE, CA 95150

10924   REED & GRAHAM, 690 SUNOL, SAN JOSE, CA 95126

10925   REED C KLEIN, 6050 W 51ST ST, CHICAGO, IL 60638

10925   REED COLLEGE, 3203 S.E. WOODSTOCK BLVD, PORTLAND, OR 97202

10924   REED CONCRETE PROD., 814 EAST 11TH AVE, CORDELE, GA 31015

10924   REED CONCRETE PROD., PO BOX 1195, CORDELE, GA 31015

10924   REED CONCRETE PRODUCTS, 814 EAST 11TH AVENUE, CORDELE, GA 31015

10925   REED ELSEVIER, 121 CHANLON RD., BLDG. 2, NEW PROVIDENCE, NJ 07974

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | REED EXHIBITION COMPANIES, PO BOX 7247-8383, PHILADELPHIA, PA 19170-8383 | |
| 10925 | REED GROUP LTD, 1881 9TH ST, BOULDER, CO 80302 | |
| 10925 | REED INDUSTRIAL SYSTEMS, INC, PO BOX 6631, SHREVEPORT, LA 71136-6631 | |
| 10925 | REED JR, ALLEN E, 95 HILLTOP RD, WINDSOR, CT 06095-1009 | |
| 10925 | REED JR, CHARLES, 955 EAST BROADWAY, SOUTH BOSTON, MA 02127 | |
| 10925 | REED REFERENCE PUBLISHING CO., PO BOX 7247-0466, PHILADELPHIA, PA 19170-0466 | |
| 10925 | REED REFERENCE PUBLISHING, PO BOX 7247-0466, PHILADELPHIA, PA 19170-0466 | |
| 10925 | REED REFERENCE PUBLISHING, POBOX 7247-8077, PHILADELPHIA, PA 19170-8077 | |
| 10925 | REED SMITH LLP, 435 SIXTH AVE, PITTSBURG, PA 15219-1886 | |
| 10925 | REED SMITH SHAW & MCCLAY LLP, 44084 RIVERSIDE PKWY SUITE 300, LEESBURG, VA 20176 | |
| 10925 | REED SMITH SHAW & MCCLAY, MELLON SQUARE, 435 SIXTH AVE, PITTSBURGH, PA 15219-1886 | |
| 10925 | REED SMITH SHAW MCCLAY, MELLON SQUARE, 435 SIXTH AVE, PO BOX 360074M, PITTSBURGH, PA 15219-1886 | |
| 10924 | REED SPECTRUM CORPORATION, 9101 INTERNATIONAL PARKWAY, MINNEAPOLIS, MN 55428 | |
| 10924 | REED SPECTRUM CORPORATION, HOLDEN INDUSTRIAL PARK, HOLDEN, MA 01520 | |
| 10925 | REED TECHNOLOGY & INFORMATION, POBOX 7247-7518, PHILADELPHIA, PA 19170-7518 | |
| 10925 | REED, AVA, 1311 WESTRIDGE, IOWA PARK, TX 76367 | |
| 10925 | REED, BARRY, RT 4 MEADOWS #10, WOODWARD, OK 73801 | |
| 10925 | REED, BETTY, 145 N BELLVUE #2, MEMPHIS, TN 38104 | |
| 10925 | REED, C, 24 WOODLAND RD., SUDBURY, MA 01776 | |
| 10925 | REED, C, MERCY HEALTH & REHABILITATION ST ANTHONY ST, AUBURN, NY 13021-9998 | |
| 10925 | REED, CARMEN, 40 HILDA COURT, RED BANK, NJ 07701-5273 | |
| 10925 | REED, CHARLES, 1900 PEABODY, MEMPHIS, TN 38104 | |
| 10925 | REED, CHARMION, RT. 5, BOX 5850, DAWSONVILLE, GA 30534 | |
| 10925 | REED, CHERYL, 534 BURNETT STA RD, SEYMOUR, TN 37865 | |
| 10925 | REED, CHERYL, 6267-6 HUNTSVILLE, FAYETTEVILLE, TN 37334 | |
| 10925 | REED, CYNTHIA, 3824 BONNER RD, BALTIMORE, MD 21216 | |
| 10925 | REED, DALE, SOUTH 2315 BEST ROAD, VERADALE, WA 99037 | |
| 10925 | REED, DARIS, 11241 E PICKARD, MT PLEASANT, MI 48858 | |
| 10925 | REED, DEBORAH, 1456 E SCHIRRA DR, ODESSA, TX 79766 | |
| 10925 | REED, DENNIS, 52111 E. 144TH AVE., BENNETT, CO 80102 | |
| 10925 | REED, DONALD, #14 HATFIELD CLOSE, MAIDENHEAD, SL64RJUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | REED, DONALD, 9758 MARINO DRIVE, CINCINNATI, OH 45239 | |
| 10925 | REED, EDDIE, HC2 BOX 277 A392, CANYON LAKE, TX 78133 | |
| 10925 | REED, ELAINE, 114 FIRST ST, WERNERSVILLE, PA 19565 | |
| 10925 | REED, ELIZABETH, HC 63 BOX 337A, RISON, AR 71665 | |
| 10925 | REED, EUGENE, 2157 ADAMS ST, READING, PA 19605-3001 | |
| 10925 | REED, GAIL, 11 W BOWERS UNIT #2, LOWELL, MA 01854 | |
| 10925 | REED, GENE, 62 GREEN ST, SENECA FALLS, NY 13148 | |
| 10925 | REED, GEORGA, 114 FIRST ST., WERNERSVILLE, PA 19565 | |
| 10925 | REED, HAROLD, 2316 S. 23RD, CHICKASHA, OK 73018 | |
| 10925 | REED, HILLARY, 160 E. DARBY ST, BRIDGE CITY, TX 77611 | |
| 10925 | REED, J, 4071 GATOR TRACE ROAD, FORT PIERCE, FL 34982 | |
| 10925 | REED, J, 475 NO HIGHLAND, 2L, MEMPHIS, TN 38122 | |
| 10925 | REED, JAY, 209 COTTONWOOD ST, ROCK SPRINGS, WY 82901 | |
| 10925 | REED, JERRY, 16761 HOLBOROW, LAKE ELSINORE, CA 92330 | |
| 10925 | REED, JIMMIE, 1201 HAZELWOOD, BORGER, TX 79007 | |
| 10925 | REED, KEITH, 10502 TELEPHONE RD #263, HOUSTON, TX 77075 | |
| 10925 | REED, KEITH, 84 JEPTHA ST, ATLANTA, GA 30814 | |
| 10925 | REED, LARRY, 7416 CHUMMLEY CT, FALLS CHURCH, VA 22043 | |
| 10925 | REED, LINDA, 1301 OLD GULPH ROAD, BRYN MAWR, PA 19010 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    REED, LINDA, 201 ALLARD AVE, GREEN BAY, WI 54303-2929

10925    REED, LINDA, 6801 WOLFLIN #1032, AMARILLO, TX 79106

10925    REED, LISA, 111 VALLEY DR., ROANOKE RAPIDS, NC 27870

10925    REED, LOIS, 2857 PRICETOWN ROAD, TEMPLE, PA 19560

10925    REED, LOLITA, #1 COURTYARD LANE, COLUMBIA, SC 29223

10925    REED, MALCOM, 25 PEARL ST, AMESBURY, MA 01913

10925    REED, MARGARET B., PO BOX 1904, CORONA, CA 91718

10925    REED, MARJORIE, 11851 RIVERSIDE DR. #219, SP132, LAKESIDE, CA 92040

10925    REED, MARY, 8109 PINE ARBOR LN APT 101, CORDOVA, TN 38018-8193

10925    REED, MELISSA, 1044 SUMMER HILL CT, ACWORTH, GA 30101

10925    REED, MICHAEL, 7537 BULT ROAD, LAKE CHARLES, LA 70605

10925    REED, MICHELLE, 17528 SHADYSIDE CR, LUTZ, FL 33549

10925    REED, MONTY, 1140 YAMPA AVE #3, CRAIG, CO 81625

10925    REED, NANCY, 144 MELMENT, CONROE, TX 77302

10925    REED, PAUL, 817 ASH ST., MAMOU,, LA 70554

10925    REED, PAULA, 1109 8TH ST, CATASAUQUA, PA 18032

10925    REED, R, 2417 WINDSOR PLACE, PLANO, TX 75075

10925    REED, RALPH, 5325 SANDRIDGE ROAD, MORRIS, IL 60450

10925    REED, RAY, 1311 WESTRIDGE, IOWA PARK, TX 76367

10925    REED, RONALD, 9608 CREEK BED PLACE, FORT WAYNE, IN 46804

10925    REED, SHIRLEY, ROUTE 5 BOX 489, COMMERCE, GA 30529

10925    REED, STEVEN, 1219 FALLINGBROOK DRIVE, FISHERS, IN 46038

10925    REED, SUSAN, 121 WOODS DRIVE, RINGGOLD, GA 30736

10925    REED, TALMADGE, 611 DEE DRIVE, WICHITA FALLS, TX 76301

10925    REED, THOMAS, 2515 CENTER W PKWY, AUGUSTA, GA 30909

10925    REED, TONYA, PO BOX 1168, MONROE, LA 71201

10925    REED, VERA, 5018 SOUTH BONHAM, AMARILLO, TX 79110

10925    REED, VERLIN, 312 W CLARK BLVD, MURFREESBORO, TN 37129

10925    REED, VEVA, 30 MUSIC ST, PRESTONSBURG, KY 41653

10925    REED, VICKI, RT5 BOX 5850, DAWSONVILLE, GA 30534

10925    REED, WALTER, 5 VALE PLACE, CAPITAL HEIGHTS, MD 20743

10925    REED, WARREN, 2182 GARDERE #C, BATON ROUGE, LA 70820

10925    REED, YOLANDA, 606 BOSTON PL., AMARILLO, TX 79107

10925    REEDER, BARBARA, POBOX 1176, WEST UNION, SC 29696

10925    REEDER, FREDERICK, PO BOX 324, CROSS HILL, SC 29332

10925    REEDER, JARVIS, RT 1 BOX 575, LAURENS, SC 29360

10925    REEDER, JEROME, 1060 SIXTH ST, GLEN BURNIE, MD 21060

10925    REEDER, JOHN, 308 BLUE WATER COURT, 204, GLEN BURNIE, MD 21060

10925    REEDER, RAYMOND, 534 VALENCIA PLACE, LADY LAKE, FL 32159

10925    REEDER, RICKIE, 1999 HWY 252, LAURENS, SC 29360

10925    REEDER, ROLLIN, 2920 CHERITHBROOK, MASON, MI 48854

10925    REEDER, VIRGIL, 1021 BERRY AVE, TAMPA, FL 33603

10925    REEDER, WILLIAM, ROUTE 1 BOX 575, LAUREN, SC 29360

10925    REEDS, CLYDE, 13501 ARCHDALE, DETROIT, MI 48227

10924    REEDSBURG CONC. CO., W. EAGLE, REEDSBURG, WI 53959

10924    REEDY INTERNATIONAL CORPORATION, 25 EAST FRONT STREET, KEYPORT, NJ 07735

10924    REEDY INTERNATIONAL CORPORATION, 3400C WOODPARK BLVD., CHARLOTTE, NC 28206

10925    REEDY, COLLEEN, 14 CAPTAIN FORBUSH LANE, ACTON, MA 01720

10925    REEDY, ESPERANZA, 8355 SW 106 ST, MIAMI, FL 33156

10925    REEDY, JEFFREY M, 1725 FAIRMOUNT ROAD, HAMPSTEAD, MD 21074

10925    REEDY, JEFFREY, 1725 FAIRMOUNT ROAD, HAMPSTEAD, MD 21074

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    REEF BALL COALITION, 1863 SOUTH HWY 14, GREER, SC 29650

10925    REEF INDUSTRIES INC, PO BOX 201752, HOUSTON, TX 77216

10925    REEF INDUSTRIES INC., PO BOX 750250, HOUSTON, TX 77275-0250

10925    REEF USA FUND-III/SOUTHGLENN, SOUTHGLENN MALL MGMT OFFICE, GEN COUNSEL, 6911-399 SOUTH UNIVERSITY BLVD., LITTLETON, CO 80122

10925    REEHL, JULIE, 2620 HARTMAN DR, CENTER VALLEY, PA 18034

10924    REEKS HOUSING, 9-11 ELM STREET, ONEONTA, NY 13820

10925    REEKS, ELIZABETH, 178 DOVE LOOP NORTH, OWENSBORO, KY 42301-0284

10925    REEL, BARBARA, 10583 PORTLAND AVE, HESPERIA, CA 92345

10925    REEMAY, INC, PO BOX 371538M, PITTSBURGH, PA 15251-7538

10925    REES DERWART, 555 CHESTNUT ST, INDIANA, PA 15701-1967

10924    REES JONES GOLF CLUB, 1055 COTTAGE ROAD, GREENSBORO, GA 30642

10925    REESE BOLEMAN & SUNNY J BOLEMAN, JT TEN, 8305 HIXON RD, TAMPA, FL 33626-2308

10924    REESE CENTRAL WHOLESALE, **TO BE DELETED**, FORT WAYNE, IN 46825

10924    REESE CENTRAL WHOLESALE, **TO BE DELETED**, INDIANAPOLIS, IN 46220

10924    REESE CENTRAL WHOLESALE, 1155 E 54TH STREET, INDIANAPOLIS, IN 46220

10924    REESE CENTRAL WHOLESALE, 1155 E. 54TH STREET, INDIANAPOLIS, IN 46220

10925    REESE CENTRAL WHOLESALE, 4815 SPEEDWAY DR, FORT WAYNE, IN 46825

10924    REESE CENTRAL WHOLESALE, 4815 SPEEDWAY DRIVE, FORT WAYNE, IN 46825

10924    REESE CONCRETE PRODUCTS, 1606 SOUTH ELY, KENNEWICK, WA 99337

10924    REESE CONSTRUCTION PROD, 1606 SO. ELY, KENNEWICK, WA 99337

10925    REESE E FINN & KAREN K FINN, JT TEN, 981 LOOP RD, CLAYTON, NC 27520-6225

10925    REESE, AMY, 822 W BESSEMER AVE, GREENSBORO, NC 27408

10925    REESE, BECKY, 230 SKYLINE DRIVE, JEFFERSON, GA 30549

10925    REESE, CATHERINE, 309 N ENGLEWOOD AVE, LUBBOCK, TX 79416

10925    REESE, CLARA, 305 SHAGBARK AVE, COLUMBIA, SC 29209

10925    REESE, CRYSTAL, 10 CAPEWOOD DR # 195, SIMPSONVILLE, SC 29680

10925    REESE, DANIEL, 2387 JONES CHAPEL RDSPRINGVILLE AL, SPRINGVILLE, AL 35146

10925    REESE, DANNIS, PO BOX 1302, DUNCAN, SC 29334

10925    REESE, GERALD, 5439 LINEBORO RD. E, MANCHESTER, MD 21102

10925    REESE, GERRY G, 5601 CHEMICAL ROAD, BALTIMORE, MD 21226

10925    REESE, GLENN, 3081 WARRINGTON RD, SHAKER HEIGHTS, OH 44120

10925    REESE, JAMES H, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    REESE, JAMES, 12353 ANTILLE DR, BOCA RATON, FL 33428

10925    REESE, JAMES, 20 DIANNE AVE, PELZER, SC 29669

10925    REESE, JENNIFER, RT 3 BOX 229, CLAREMONT, NC 28610

10925    REESE, JEROME, 10119 GREEN VALLEY LANE, HOUSTON, TX 77064

10925    REESE, JOHN, 2814 HILLSBORO RD., HUNTSVILLE, AL 35805

10925    REESE, KAREN, 71 SOUTHSIDE AVE, SOMERVILLE, NJ 08876

10925    REESE, LETISHA, 2387 JONES CHAPEL RD, SPRINGFIELD, AL 35146

10925    REESE, NAOMI, 1850 N 28TH ST, PHILA, PA 19121

10925    REESE, NORMAN, 10275 MANFRE RD, MORGAN HILL, CA 95037

10925    REESE, RICHARD, 208 N HELLERTOWN AVE, QUAKERTOWN, PA 18951

10925    REESE, ROBERT, 7724 SOUTHMOOR CIRCLE, RENO, NV 89502

10925    REESE, ROBYN, 2351 MIDDLE CREEK LA, RESTON, VA 22091

10925    REESE, SCOTT, 300 SKYVIEW, G6, EL PASO, TX 79912

10925    REESE, TIMOTHY J, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    REESE, TIMOTHY, 3012 NW 25TH TERRACE, BOCA RATON, FL 33434

10925    REEVE & REEVE PC, 610 SW ALDER ST, PORTLAND, OR 97205

10925    REEVE KEARNS PC, 610 SW ALDER ST, PORTLAND, OR 97205

10925    REEVE, LINDA, 60 RUSSELLS WAY, WESTFORD, MA 01886

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | REEVE, VIOLA, 522 WEST SHAFT ROAD, 29, NORTH ADAMS, MA 01247 | |
| 10924 | REEVE'S BLOCK COMPANY, HIGHWAY 1 NORTH, CAMDEN, SC 29020 | |
| 10924 | REEVE'S BLOCK COMPANY, P O BOX 628, CAMDEN, SC 29020 | |
| 10924 | REEVE'S BLOCK COMPANY, PO BOX 628, CAMDEN, SC 29020 | |
| 10924 | REEVES BROTHERS, GRACE PLANT, RUTHERFORDTON, NC 28139 | |
| 10924 | REEVES BUILDING SUPPLY, P.O. BOX 345, CLAYTON, GA 30525 | |
| 10925 | REEVES, ANNIE, 2791 PELLICER ROAD, ST AUGUSTINE, FL 32092 | |
| 10925 | REEVES, ARTHUR, 175 GREENMEADOWS LANE, FOUNTAIN INN, SC 29644 | |
| 10925 | REEVES, BRENDA, 105 PENELOPE LANE, BLYTHEWOOD, SC 29016 | |
| 10925 | REEVES, CHRISTOPHER, 139 A T MANN ROAD, SIX MILE, SC 29682 | |
| 10925 | REEVES, DAVID, 231 CUMBERLAND DR, MOORE, SC 29369 | |
| 10925 | REEVES, DEBBIE, 3140 FOX RUN DR, KINSTON, NC 28501 | |
| 10925 | REEVES, DEBRA, 102 EDWARDS RD, LYMAN, SC 29365 | |
| 10925 | REEVES, DENNIS, 4 BROOKSIDE PLACE, FLEMINGTON, NJ 08822 | |
| 10925 | REEVES, DIANE, 115 CEDAR ROAD, OCALA, FL 34472 | |
| 10925 | REEVES, DONNA, 14518 FLAGSTAFF CT, CENTREVILLE, VA 22020 | |
| 10925 | REEVES, DOROTHY, 106 MEADOW BROOK DR, LIBERTY, SC 29657 | |
| 10925 | REEVES, EDWIN, 1176 LIBERTY HWY, SIX MILE, SC 29682 | |
| 10925 | REEVES, GARY, PO BOX 812, MEEKER, CO 81641 | |
| 10925 | REEVES, GERALDINE, 1176 LIBERTY HWY, SIX MILE, SC 29682 | |
| 10925 | REEVES, GILBERT, 2756 OSAGE TRAIL, CHURCH POINT, LA 70525 | |
| 10925 | REEVES, HEATH LANCE, 22921 IMPERIAL VALLEY G208, HOUSTON, TX 77073 | |
| 10925 | REEVES, JERRY, 5205 WASENA AVE, BALTIMORE, MD 21225 | |
| 10925 | REEVES, JR, CLAUDE, RT. 2 BOX 30-P, MCCOMB, MS 39601 | |
| 10925 | REEVES, JULIE, 1600 MURIEL N.E., ALBUQUERQUE, NM 87112 | |
| 10925 | REEVES, KAREN, 3000 N 72ND TERRACE, KANSAS CITY, KS 66109 | |
| 10925 | REEVES, LEAH, 115 E. RIVER, MOMENCE, IL 60954 | |
| 10925 | REEVES, MARK, 4884 SIX MILE HWY, SIX MILE, SC 29682 | |
| 10925 | REEVES, MARTHA, 26 OAKWOOD, MONROE, LA 71203 | |
| 10925 | REEVES, MARY, 486 OLD HUNTS BRIDGE ROAD, GREENVILLE, SC 29617 | |
| 10925 | REEVES, MELISSA, 4655 WOODSVALLEY DR., DOUGLASVILLE, GA 30135 | |
| 10925 | REEVES, NORMAN, 8923 N FRYE ROAD, PEORIA, IL 61615-1709 | |
| 10925 | REEVES, PAULA, PO BOX 541, DENVER CITY, TX 79323 | |
| 10925 | REEVES, ROBERT, 233 COLUMBIA AVE, CLIFFSIDE PARK, NJ 07010 | |
| 10925 | REEVES, SCOTT, 147 A.T. MANN RD, SIX MILE, SC 29682 | |
| 10925 | REEVES, SHARON, 800 E MESSNER RD, WOOSTER, OH 44691 | |
| 10925 | REEVES, SHAWN, 2400 LOOP 35, 901, ALVIN, TX 77511 | |
| 10925 | REEVES, THOMAS, RT#2 BOX 256A, GAINESVILLE, GA 30506 | |
| 10925 | REEVES, W. GREGORY, 16 VIA RIPA, SEA BRIGHT, NJ 07760 | |
| 10925 | REEVES, WILLIAM, 3018 HICKORY, ACWORTH, GA 30101 | |
| 10924 | REF. DE PETROLEO IPIRANGA, RUG ENG. HEITOR AMARO, BARCELLOS,, RIO GRANDE, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | REFINERIA DE PETROLEO CONCON S.A., AV. BORGONO S/N, VINA DEL MAR, CHL | *VIA Deutsche Post* |
| 10924 | REFINERIA LA PAMPILLA S.A., CARRETERA A VENTANILLA KM. 25, CALLAO, PER | *VIA Deutsche Post* |
| 10924 | REFINERIA LA PAMPILLA S.A., CARRETERA VENTANILLA KM. 25, CALLAO, PER | *VIA Deutsche Post* |
| 10925 | REFINING PROCESS SERVICES, 1708 PITTSBURGH ST., STE. 1, CHESWICK, PA 15024 | |
| 10925 | REFLECTIONS PAINT & BODY INC, 2118 NICKERSON LANE, JACKSONVILLE, FL 32207 | |
| 10924 | REFNER-COLONY, 305 FREEPORT STREET, DORCHESTER, MA 02122-9132 | |
| 10925 | REFRACTORIES INSTITUTE, THE, 650 SMITHFIELD ST #1160, PITTSBURGH, PA 15222-3907 | |
| 10924 | REFRACTORY PRODUCTS CO, 770 TOLLIGATE ROAD, ELGIN, IL 60123 | |
| 10925 | REFRACTORY PRODUCTS, 770 TOLLGATE ROAD, LAKE ZURICH, IL 60047 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | REFRACTRON TECHNOLOGIES CORP., 5750 STUART AVENUE, NEWARK, NY 14513-9798 | |
| 10924 | REFRASOL COMMERCIAL INT'L, RUA CHAPECO 140, SAO PAULO, BRAZIL SP CEO, 04051-020BRAZIL | *VIA Deutsche Post* |
| 10924 | REFRIGERACION CUTTENYE C.A., CARRET ERA PANAMERICANA KM 13, MIRANDA, VENZUALA | *VIA Deutsche Post* |
| 10925 | REFRIGERATED STRUCTURES OF NEW, 22R FIFTH ST, TAUNTON, MA 02780 | |
| 10925 | REFRIGERATION SERVICES,INC, PO BOX 2533, GREER, SC 29652 | |
| 10925 | REFRIGIWEAR, PO BOX 39, DAHLONEGA, GA 30533 | |
| 10925 | REFUSE SERVICE INC., 911 HAASE ST, NEENAH, WI 54956 | |
| 10924 | REGAL 10 CINEMA, C/O MADER, 615 CHANNELSIDE DRIVE, TAMPA, FL 33602 | |
| 10925 | REGAL BOSTONIAN, 16 NORTH STREET, BOSTON, MA 02163 | |
| 10924 | REGAL CINEMA  16 PLEX, C/O FIRESTOP, 1949 STARSHUT  ROAD, LEXINGTON, KY 40509 | |
| 10924 | REGAL CINEMA AUSTELL, 2480 EAST-WEST CONNECTOR RD, AUSTELL, GA 30106 | |
| 10924 | REGAL CINEMA, FOREST AVE, STATEN ISLAND, NY 10301 | |
| 10924 | REGAL CINEMA, NATOMAS MARKET PLACE, SACRAMENTO, CA 94203 | |
| 10924 | REGAL CINEMAS, 3265 N.E. EXPRESSWAY, ATLANTA, GA 30341 | |
| 10924 | REGAL CINEMAS, C/O FIRESTOP TECHNOLOGIES, 7600 KINGSTON PIKE, KNOXVILLE, TN 37919 | |
| 10924 | REGAL CINEMAS, RT. 611 AND COUNTY LINE ROAD, WARRINGTON, PA 18976 | |
| 10924 | REGAL CINEMAS, SEVERANCE TOWN CENTER MALL, 3490 MAYFIELD ROAD, CLEVELAND HEIGHTS, OH 44118 | |
| 10924 | REGAL EXTRACT CO. INC., 684 N. QUEENS AVENUE, LINDENHURST, NY 11757 | |
| 10925 | REGAL GEAR & SUPPLY CORP., 6655 AMBERTON DRIVE, BALTIMORE, MD 21227 | |
| 10925 | REGAL GEAR & SUPPLY CORP., 6655-H AMBERTON DRIVE, BALTIMORE, MD 21227 | |
| 10925 | REGAL GEAR, 281 LANGDON ST, WILMINGTON, OH 45177 | |
| 10924 | REGAL HOTEL, 1313 NICOLLETT MALL, MINNEAPOLIS, MN 55402 | |
| 10925 | REGAL PRESS, 129 GUILD ST, NORWOOD, MA 02062 | |
| 10925 | REGAL PRESS, INC, THE, 129 GUILD ST, NORWOOD, MA 02062 | |
| 10925 | REGAL SEDAN & LIMOUSINE, 163 WEST 22ND ST, BAYONNE, NJ 07002 | |
| 10925 | REGALA, LEILA, 12116 LOVELESS DR, GULFPORT, MS 39503 | |
| 10925 | REGALADO, CYNTHIA, 1122 W. ADA, ODESSA, TX 79763 | |
| 10925 | REGALADO, ROBERT, 20844 CHESTER ST, CASTRO VALLEY, CA 94546 | |
| 10925 | REGAL-BROWN, INC, PO BOX 1044, DAPHNE, AL 36526 | |
| 10925 | REGAN HALPERIN LONG, 900 NINETEENTH ST , NW, SUITE 200, WASHINGTON, DC 20006 | |
| 10925 | REGAN, BARBARA, 155 BRATTLE ST, ARLINGTON, MA 02174 | |
| 10925 | REGAN, CLAIRE, 3 ANNA LANE, LITCHFIELD, NH 03051 | |
| 10925 | REGAN, DENISE, 299 MILLER RD #113, MAULDIN, SC 29662 | |
| 10925 | REGAN, GERALD, 88 PALISADES ACC RD, ELY, IA 52227 | |
| 10925 | REGAN, JOSEPH, 9 OLD SHEPARD ST., CANTON, MA 02021 | |
| 10925 | REGAN, MARJORIE, 25272 BUSY BEE DRIVE, BONITA SPRINGS, FL 33923 | |
| 10925 | REGAN, MARY, 6 ROPES ST, 2, BEVERLY, MA 01915 | |
| 10925 | REGAN, MELANIE, 27 LADIK PLACE, MONTVALE, NJ 07645 | |
| 10925 | REGAN, WANDA, 181 PARK AVE, YONKERS, NY 10703 | |
| 10925 | REGAN-RILEY, LORI, 2043 NW 68TH AVE., MARGATE, FL 33063 | |
| 10925 | REGE, SHAILAJA S, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | REGE, SHAILAJA, 9 ARIZONA TERRACE STAPT 4, ARLINGTON, MA 02474 | |
| 10924 | REGENCY CENTER, SAN RAFAEL, CA 94901 | |
| 10924 | REGENCY CONTRACTING, OFF HWY. 169 N., 554 WOODBRIDGE ROAD, JESUP, GA 31545 | |
| 10925 | REGENCY DRY CLEANING SERVICE, PO BOX 521, ELLICOTT CITY, MD 21041 | |
| 10925 | REGENCY OFFICE PARK ASSOCIATION, 10040 REGENCY CIRCLE, OMAHA, NE 68114-5717 | |
| 10924 | REGENCY SQUARE APARTMENTS, 611 WHITES ROAD, KALAMAZOO, MI 49008 | |
| 10924 | REGENCY SQUARE MALL, 9451 REGENCY BLVD., JACKSONVILLE, FL 32225 | |
| 10924 | REGENT AUDITORIUM, C/O PHOENIX COATINGS WAREHOUSE, 900  INDUSTRIAL COURT, PENSACOLA, FL 32505 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    REGENT CONTROLS, PO BOX 767, SHELTON, CT 06484

10925    REGENT SECURITY SERVICES, INC, PO BOX 12034, AUGUSTA, GA 30914-2034

10925    REGENTS UC, STUDENT BUSINESS SERVICES OFFICE, RIVERSIDE, CA 92521-0103

10925    REGEON, DELORES, 3400 N W 50TH AVE, LAUDERDALE LAKES, FL 33319

10925    REGER, ROBERT, PO BOX 42, CATTARAUGUS, NY 14719

10925    REGES, EILEEN, R D 2 BOX 569, ANDOVER, NJ 07821

10925    REGES, JOHN, ROAD 1 BOX 767, DELHI, NY 13753

10925    REGES, URSULA, ROAD 1 BOX 767, DELHI, NY 13753-9998

10925    REGESTER, GEORGE, 8810 WALTHER BLVD, BALTIMORE, MD 21234

10925    REGINA A REICHERT, 5 VALIANT RD, EAST BRUNSWICK, NJ 08816-4131

10925    REGINA CAIRONE, 16 GILBERT ST, DERBY, CT 06418-2016

10925    REGINA ESQ, GIOVANNI, 233 BROADWAY #970, NEW YORK, NY 10279

10925    REGINA F BIGDA, 252 R GROTON RD, WESTFORD, MA 01886-1328

10925    REGINA GAGNE, 14 SEAVIEW AVE, JAMESTOWN, RI 02835-1645

10924    REGINA HOSPITAL, HASTINGS, MN 55033

10925    REGINA LEVI, 1738 TROUTMAN ST, RIDGEWOOD, NY 11385-1015

10925    REGINA M SPRINGFIELD, 1133 N CITRON ST 14A, ANAHEIM, CA 92801-2328

10925    REGINA NAGIEL &, HELEN SCHATZBERG JT TEN, 5 CRANE ST, CALDWELL, NJ 07006-5313

10925    REGINA PETERSEIL, 711 MULLBERRY PL, NORTH WOODMERE, NY 11581-3131

10925    REGINA T BROWN &, ROBERT W BROWN JT TEN, 15 WINCOMA DR, HUNTINGTON, NY 11743-1121

10925    REGINALD F MCCOY, PO BOX 666, LAURINBURG, NC 28353-0666

10925    REGINALD GAMAR, 165A COLON AVE, STATEN ISLAND, NY 10308-1426

10925    REGINALD H BRENT, 42 WEST 138TH ST APT 2, NEW YORK, NY 10037-1744

10925    REGINALDO G GALAN, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925    REGINO, CYNTHIA, 1177 RICHMOND RD, MAHWAH, NJ 07430

10924    REGION 2 HIGH SCHOOL, 1010 NORTH WELLS, CHICAGO, IL 60610

10925    REGION IV SCIENCE FAIR, 81 HIGHLAND AVE, SOMERVILLE, MA 02143

10925    REGION VI VPPPA, 1013 LYNN CIRCLE, FRIENDSWOOD, TX 77546

10925    REGIONAL COUNSEL OFFICE OF REGIONAL, RE: REMOVAL ACTION AT SOUTH ST SUPE, JFK
         FEDERAL BLDG (RAA), BOSTON, MA 02203-2211

10925    REGIONAL DISTRIBUTION CTR, 3320 E CHAPMAN AVE # 363, ORANGE, CA 92669-3853

10925    REGIONAL DISTRIBUTION CTR, 909 E. YORBA LINDA BLVD, PLACENTIA, CA 92670-3600

10925    REGIONAL FEDERAL CREDIT UNION, 7144 KENNEDY AVE., HAMMOND, IN 46323

10924    REGIONAL HEALTH, 777 HEMLOCK STREET, MACON, GA 31201

10925    REGIONAL INCOME TAX AGENCY, OH, 10107 BRECKSVILLE ROAD, BRECKSVILLE, OH 44141

10925    REGIONAL INCOME TAX AGENCY, OH, REGIONAL INCOME TAX AGENCY, 10107 BRECKSVILLE
         ROAD, BRECKSVILLE, OH 44141

10925    REGIONAL MANAGER, 6960 KOLL CENTER PKWY, STE. 307, PLEASANTON, CA 94566

10924    REGIONAL MEDICAL CENTER, C/O WILKERSON PLASTERING, MADISONVILLE, KY 42431

10924    REGIONAL ONE MAGNET HIGH SCHOOL, 3197 WEST BRYN MAWR, CHICAGO, IL 60659

10924    REGIONAL PERFORMING ARTS CENTER, 260 S. BROAD ST STE 901, PHILADELPHIA, PA 19102

10925    REGIONAL SAFETY ASSOCIATES, 101 CONCORD DR, MICHIGAN CITY, IN 46360

10924    REGIONAL SCHOOL DISTRICT, NORTH BENSON ROAD & ROUTE 188, MIDDLEBURY, CT 06762

10925    REGIONAL SUPPLY CENTER INC, 421 AMAPOLA AVE, TORRANCE, CA 90501

10924    REGIONS HOSPITAL, 642 JACKSON STREET, SAINT PAUL, MN 55101

10925    REGIONS INTERSTATE BILLING SERVICE, POBOX 2153, BIRMINGHAM, AL 35287-1265

10924    REGIS TECH, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186

10925    REGIS, FRANCIS, 8007 NW 15TH MANOR, PLANTATION, FL 33322

10925    REGISTAR, 150 FIFTH AVE SUITE 200, NEW YORK, NY 10011

10925    REGISTER & CHILDERS, POBOX 2970, JACKSONVILLE, FL 32254

10925    REGISTER CONTRACTING CO INC, 540 NORTH LANE AVE, JACKSONVILLE, FL 32254

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    REGISTER, JESSIE, 120 BASSADENA CIRCLE, LAKELAND, FL 33805

10925    REGISTER, KENNETH, 300 TEA ROSE LANE, SIMPSONVILLE, SC 29681

10925    REGISTER, TROY, 413 S.E. 3RD, LINDSAY, OK 73052

10925    REGISTRAR ALI-ABA, 4025 CHESTNUT ST, PHILADELPHIA, PA 19104-3099

10925    REGISTRATION CHAIR, 3100 HORNBAKE LIBRARY SOUTH WING, COLLEGE PARK, MD 20742-4335

10925    REGISTRATION CONTROL SYSTEMS, 2368 EASTMAN AVE SUITE 11, VENTURA, CA 93003

10925    REGISTRATION FEE TRUST, POBOX 7306, MADISON, WI 53707

10925    REGISTRE INC, BOX 218, ANOKA, MN 55303

10925    REGISTRY OF MOTOR VEHICLES, PO BOX 199100, BOSTON, MA 02119

10925    REGISTRY OF MOTOR VEHICLES, PO BOX 199125, BOSTON, MA 02119

10925    REGISTRY OF MOTOR VEHICLES, PO BOX 9126, BOSTON, MA 02209

10925    REGLIN, JOHN, 1026 E. 7TH, CRAIG, CO 81625

10925    REGLIN, KEDRA, 3834-A BROCKETT TR RD, CLARKSTON, GA 30021

10925    REGNANTE, STERIO & OSBORNE LLP, 401 EDGEWATER PLACE, STE 630, WAKEFIELD, MA 01880-6210

10925    REGNEY, ERIN, 1075 6TH ST., BEAVER, PA 15009

10924    REGO PARK NURSING HOME, 145-18 34TH AVE, FLUSHING, NY 11365

10925    REGO, CARY, 1211 PIZARRO ST, CORAL GABLES, FL 33134

10925    REGO, JANET, 8 PRICHARD AVE., SOMERVILLE, MA 02144

10925    REGO, JOYCE, 410 BEACON COURT, AVON LAKE, OH 44012

10925    REGO, LISA, PO BOX 675, NORTON, MA 02766-0675

10925    REGO, NANCY, 70 CAPTAINS WAY, SOMERSET, MA 02726

10925    REGODON, JUDITH, 1116 COGLIANDRO DR, CHESAPEAKE, VA 23320

10925    REGUA, CANDACE, 2344 W FREEWAY LANE, PHOENIX, AZ 85021

10925    REGULATIONS MANAGEMENT, 1505 ARLINGTON RD., BLOOMINGTON, IN 47404-0809

10925    REGULATORY SERVICES, UNIVERSITY OF KENTUCKY, LEXINGTON, KY 40546-0275

10924    REHAB OF THE RKO THEATER, 572 MAIN STREET, NEW ROCHELLE, NY 10804

10925    REHBERG JR, WILLIAM M, 658 TUCKER RD, MACON, GA 31210-2907

10925    REHEIS CHEMICAL CO., 235 SNYDER AVE., BERKELEY HEIGHTS, NJ 07922

10925    REHFELDT, THOMAS, 5320 W SPENCER ST, APPLETON, WI 54915-7526

10925    REHMAN, SAIFUR, 4 ROCKAWAY PL, PARSIPPANY, NJ 07054

10925    REHMER, DANIEL, 303 W RIVER, MOMENCE, IL 60901

10925    REHMER, THOMAS, 150 W ILLINOIS, MOMENCE, IL 60954

10924    REHMS-STEWART R/M, 6340 180TH STREET, OCHEYEDAN, IA 51354

10924    REHMS-STEWART READY MIX, 2125 230TH STRET, MILFORD, IA 51351

10924    REHMS-STEWART READY MIX, 6340 180TH STREET, OCHEYEDAN, IA 51354

10925    REHRIG, DOLORES, 1323 N. TACOMA ST, ALLENTOWN, PA 18103-1724

10925    REHTMEYER, CAROL, 6017 N 108TH CT, OMAHA, NE 68164

10925    REIBER, A, 6620 BROKEN ARROW TRAIL S, LAKELAND, FL 33813

10925    REIBER, MARGARET, 6620 BROKEN ARROW TR SO, LAKELAND, FL 33803

10925    REIBLING, BARRY, 6289 EAST BEND ROAD, BURLINGTON, KY 41005

10925    REIBMAN HOFFMAN BAUM, 20 NORTH CLARK ST, SUITE 1700, CHICAGO, IL 60602

10925    REIBSTEIN PH.D, DAVID J, 942 ROSCOMMON ROAD, BRYN MAWR, PA 19010

10925    REICH & CO INC, 50 BROADWAY, NEW YORK, NY 10004-1607

10925    REICH BINSTOCK, 4265 SAN FELIPE, SUITE 1000, HOUSTON, TX 77027

10925    REICH MEEKS & TREADAWAY TRUST ACCT, 1100 POYDRAS ST SUITE 1800, NEW ORLEANS, LA 70163-1800

10925    REICH, GREG, 4119 PINE TERRACE, LILBURN, GA 30247

10925    REICH, JEFFREY, BOX 93B RD #3, BERNVILLE, PA 19506

10925    REICH, LORI, NINE OREGON TRAIL, BETHEL PARK, PA 15102

10925    REICH, RANDALL, 260 ROSELAWN BLVD, GREEN BAY, WI 54301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | REICH, TIMOTHY, 1040 HILLTOP ROAD, LEESPORT, PA 19533 | |
| 10925 | REICHARD,CALAF & WALKER, PO BOX 2948, SAN JUAN, PR 00902-2946PUERTO RICO | *VIA Deutsche Post* |
| 10925 | REICHARDT, MARK, 1205 OLDE BRIDGE ROAD, EDMOND, OK 73034 | |
| 10925 | REICHART, CHARLES, 213 RAYMOND ST, READING, PA 19605 | |
| 10925 | REICHBOLD, INC, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | REICHEL, ARTHUR, 135 16 HORACE HARDING EXPY, FLUSHING, NY 11367-1030 | |
| 10924 | REICHENBACH PLASTERING, CAMBRIDGE, MA 02140 | |
| 10924 | REICHENBACH PLASTERING, JOB:SPARROW HOSPITAL, LANSING, MI 48900 | |
| 10925 | REICHER, EMILIA, % M GADIDOU 335 E 33RD ST, NEW YORK, NY 10016-4920 | |
| 10925 | REICHER, ISRAEL, 324 E. 34TH ST., B.3, NEW YORK, NY 10016 | |
| 10925 | REICHERT, REGINA, 5 VALIANT ROAD, EAST BRUNSWICK, NJ 08816 | |
| 10925 | REICHERT, WILLIAM, C/O WILLIAM F REICHERT JR PO BOX 273, WOODSTOCK, MD 21163 | |
| 10925 | REICHES, RICHARD, 8122 LOCK RAVEN BLVD, BALTIMORE, MD 21286 | |
| 10924 | REICHHOLD CHEMICALS INC, 237 S MOTOR AVE, AZUSA, CA 91702 | |
| 10924 | REICHHOLD CHEMICALS INC, 2400 ELLIS RD, RESEARCH TRIANGLE PARK, NC 27709-3582 | |
| 10924 | REICHHOLD CHEMICALS INC, 4920 GOLD RD, DALLAS, TX 75237 | |
| 10925 | REICHHOLD CHEMICALS INC, PO BOX 60776, CHARLOTTE, NC 28260-0776 | |
| 10924 | REICHHOLD CHEMICALS INC, PO BOX13582, RESEARCH TRIANGLE PARK, NC 27709-3582 | |
| 10924 | REICHHOLD CHEMICALS INC., 4920 GOLD RD, DALLAS, TX 75237 | |
| 10924 | REICHHOLD CHEMICALS, 7440 WEST DUPONT RD., MORRIS, IL 60450 | |
| 10924 | REICHHOLD CHEMICALS, ATTN: ACCT PAYABLE, DOVER, DE 19903 | |
| 10924 | REICHHOLD CHEMICALS, ATTN: ACCTS PAYABLE, DOVER, DE 19903 | |
| 10925 | REICHHOLD CHEMICALS, INC, PO BOX 60776, CHARLOTTE, NC 28260 | |
| 10924 | REICHHOLD CHEMICALS, INC., 3320 LINCOLN AVENUE, TACOMA, WA 98421 | |
| 10925 | REICHHOLD INC (DAINIPPON INK & CHEM, NANCY J ARMISTON MANAGER, PO BOX 13582, RESEARCH TRIANGLE PARK, NC 27709 | |
| 10925 | REICHLE, HANS, NORDSTR 410, ZURICH, 8037SWITZERLAND | *VIA Deutsche Post* |
| 10924 | REICHOLD CHEMICALS - DO NOT USE, 7440 W. DUPONT ROAD, MORRIS, IL 60450 | |
| 10924 | REICHOLD CHEMICALS, 7440 W. DUPONT ROAD, MORRIS, IL 60450 | |
| 10925 | REICHWEIN, JULIE, 5002 IVOR DR, COLORADO SPRINGS, CO 80916 | |
| 10925 | REICO DIST., 6790 COMMERCIAL DR., SPRINGFIELD, VA 22151 | |
| 10925 | REICO DISTRIBUTORS, PO BOX 75255, BALTIMORE, MD 21275-5255 | |
| 10925 | REID III, WILLIAM F, 432 CAMINO DE ENCANTO, REDONDO BEACH, CA 90277 | |
| 10925 | REID JR, GEORGE, 6973 EAST 72ND ST S., TULSA, OK 74133-2743 | |
| 10925 | REID MARTZ, MARY JEANNE, 5627 LEE HWY, ARLINGTON, VA 22207-1423 | |
| 10925 | REID TOOL SUPPLY COMPANY, 2265 BLACK CREEK ROAD, MUSKEGON, MI 49444 | |
| 10925 | REID, BARBARA, 69 HOOD ST, SPRINGFIELD, MA 01109 | |
| 10925 | REID, BETTY, 102 SEMINOLE DR., SIMPSONVILLE, SC 29681 | |
| 10925 | REID, BEVERLY, 128 WREN CIRCLE, LENOIR, NC 28645 | |
| 10925 | REID, BRENDA M, 4712 JOHNCRAIG RD, WAXHAM NC 28173, NC 28173 | |
| 10925 | REID, BRENDA, PO BOX 331, BRADLEY, FL 33835-9998 | |
| 10925 | REID, BRIAN, 105 SEMINOLE DR, SIMPSONVILLE, SC 29681 | |
| 10925 | REID, BRIAN, 6700 W 129TH AVE, CEDAR LAKE, IN 46303 | |
| 10925 | REID, BRION, 536 BARCLAY ST, CRAIG, CO 81625 | |
| 10925 | REID, CELESTE, 309 E CASH, IOWA PARK, TX 76367 | |
| 10925 | REID, CHARLEEN, 6973 E 72ND ST SOUTH, TULSA, OK 74133-2743 | |
| 10925 | REID, CHARLIE, PO BOX 9283, HANAHAN, SC 29410 | |
| 10925 | REID, CHRISTOPHER, 16 SECOND ST, TAUNTON, MA 02780 | |
| 10925 | REID, DANIEL, 3880 KENDALL ST, SAN DIEGO, CA 92109 | |
| 10925 | REID, DANIEL, BOX 733, KENMARE, ND 58746 | |
| 10925 | REID, DAVID, 102 SEMINOLE DR, SIMPSONVILLE, SC 29681 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | REID, DAVID, 217 CHEYENNE DR, SIMPSONVILLE, SC 29681 | |
| 10925 | REID, DEBRA, 4505 MAGNOLIA LANE, HUDSON, NC 28638 | |
| 10925 | REID, DELORIS, 3221 FONTANA DR., GREENSBORO, NC 27406 | |
| 10925 | REID, GEORGE H, 6973 E. 72ND ST. S., TULSA, OK 74133-2743 | |
| 10925 | REID, GEORGE, 2640 HOUSTON BRANCH RD, CHARLOTTE, NC 28270 | |
| 10925 | REID, GEORGE, 6973 EAST 72ND ST - SOUTH, TULSA, OK 74133-2743 | |
| 10925 | REID, GROVER, 7426 S COLFAX AVE, CHICAGO, IL 60649 | |
| 10925 | REID, J, 310 HOME ST, NASHVILLE, TN 37208 | |
| 10925 | REID, JACK, 171 SUNSHINE DR, MOORESVILLE, NC 28115 | |
| 10925 | REID, JAMES, 2535 STATE RT. 28, PLEASANT PLAIN, OH 45162 | |
| 10925 | REID, JAMES, 766 TAYLOR ST, CRAIG, CO 81625-2514 | |
| 10925 | REID, JAMES, PO BOX 2, CAMPOBELLO, SC 29322-0002 | |
| 10925 | REID, JOHN, 484 MATHER HILL DR, WOOSTER, OH 44691 | |
| 10925 | REID, JOHN, PO BOX 1563, FOUNTAIN INN, SC 29644-1059 | |
| 10925 | REID, KAREN, 2133-K LAKE PARK DR, SMYRNA, GA 30080 | |
| 10925 | REID, KATHLEEN A, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | REID, KATHLEEN, 2718 SAMS CREEK ROAD, NEW WINDSOR, MD 21776 | |
| 10925 | REID, KAYE S, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | REID, KAYE, 1500 AMHERST CIRCLE, BIRMINGHAM, AL 35216 | |
| 10925 | REID, KIM, 1137 HIBRITEN DR, LENOIR, NC 28645 | |
| 10925 | REID, KIMBERLY, 4068 N DREXEL AVE, INDIANAPOLIS, IN 46226 | |
| 10925 | REID, KYLE, 625 EAST CAMPO BELLO DRIVE, PHOENIX, AZ 85022 | |
| 10925 | REID, L, RT 1 BOX 104, ENOREE, SC 29335 | |
| 10925 | REID, LIZZIE, 7473 HUGHART ST, NORFOLK, VA 23505-3117 | |
| 10925 | REID, MARJORIE, 6913 9TH COURT E., SARASOTA, FL 34243 | |
| 10925 | REID, RICK, 2915 WASHINGTON ST, HOLLYWOOD, FL 33020 | |
| 10925 | REID, ROGER, #27 SURREY, IOWA PARK, TX 76367 | |
| 10925 | REID, RONALDA, 439 TULPEHOCKEN AVE, ELKINS PARK, PA 19117 | |
| 10925 | REID, SANDRA, 2445 AMSTERDAM DR, AUGUSTA, GA 30906 | |
| 10925 | REID, SCOTT, BOX 54, DONNYBROOK, ND 58736 | |
| 10925 | REID, THOMAS, 2505 GRANDVIEW DR, RICHARDSON, TX 75080 | |
| 10925 | REID, VICKI, 217 CHEYENNE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | REID, WAYNE, RT 4 BOX 46 LOTT ROAD, WILMER, AL 36587 | |
| 10925 | REID, WILLIAM, 1 HYDE LANE, MT HOLLY NJ, NJ 08060 | |
| 10925 | REID, WILLIAM, 263 W BRANCH CIR, NORTHEAST, MD 21901 | |
| 10925 | REID, WILLIAM, 5831 RIDGEVALE RD., MEMPHIS, TN 38119 | |
| 10925 | REIDENBACH, RENE, 1225 REBECCA ST, APT K, WOOSTER, OH 44691 | |
| 10925 | REIDER, GARY, 500 SHALTER AVE, A102, TEMPLE, PA 19560 | |
| 10925 | REIDER, RANDALL, 4330 LAUREL SUMMIT C, SMYRNA, GA 30082 | |
| 10924 | REIDHEAD SAND AND ROCK INC, PULP MILL RD, TAYLOR, AZ 85939 | |
| 10924 | REIDHEAD SAND AND ROCK INC., 2095 PAPER MILL ROAD, TAYLOR, AZ 85939 | |
| 10924 | REIDHEAD SAND AND ROCK INC., PULP MILL ROAD, TAYLOR, AZ 85939 | |
| 10925 | REIDINGER, DAVID L., 279 OAK AVE, CHESHIRE, CT 06410 | |
| 10925 | REIDLINGER, JUDITH, 19338 VINCENT DRIVE, OREGON CITY, OR 97045 | |
| 10925 | REIDY JT TEN, PETER J & MARIE A, 3561 FELA AVE, LONG BEACH, CA 90808-3212 | |
| 10925 | REIDY, KAREN, 12 PROCTOR ROAD, CHELMSFORD, MA 01824 | |
| 10925 | REIDY, P J, 3561 FELA AVE, LONG BEACH, CA 90808-3212 | |
| 10925 | REIDYS, E, 514 LONGLEAF ACRES DRIVE, WILMINGTON, NC 28405 | |
| 10925 | REIF, PAUL, 328 W PICCADILLY ST, WINCHESTER, VA 22601 | |
| 10925 | REIFENBERGER JR., WILLIAM, 16 BERKSHIRE DR, PRINCETON, NJ 08550 | |
| 10925 | REIFSCHNEIDER, KAREN, 3804 35TH CIRCLE, RIO RANCHO, NM 87124 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | REIGLE COMPANY, NIOBRARA, NE 68760 | |
| 10924 | REIGLE COMPANY, P O BOX 13, BRUNSWICK, NE 68720 | |
| 10924 | REIGLE COMPANY, PO BOX13, BRUNSWICK, NE 68720 | |
| 10924 | REIGLE READY MIX, 3-1/2 WEST OF PLAINVIEW ON NORTH, SIDE OF HWY 20, PLAINVIEW, NE 68769 | |
| 10925 | REIHL, BETTY, 8428 GENEVA ROAD, PASADENA, MD 21122-2610 | |
| 10924 | REILLY CHEMICALS S.A., RUE DE VILLEROT, HAUTRAGE, 07334BELGIUM | *VIA Deutsche Post* |
| 10924 | REILLY CHEMICALS, S.A., T.V.A.:  BE 414.094.681, RUE DE VILLEROT, HAUTRAGE, 07334BELGIUM | *VIA Deutsche Post* |
| 10924 | REILLY INDUSTRIES INCORP., 300 NORTH MERIDAN STREET SUITE 1500, INDIANAPOLIS, IN 46204-1763 | |
| 10924 | REILLY INDUSTRIES, INC., 1500 SOUTH TIBBS AVENUE, INDIANAPOLIS, IN 46241 | |
| 10924 | REILLY INDUSTRIES, INC., PO BOX 42192, INDIANAPOLIS, IN 46242-0912 | |
| 10925 | REILLY, ALISSA, 215 N. WASHINGTON AVE, DUNELLEN, NJ 08812 | |
| 10925 | REILLY, AMY, 4342 SKYLARK DRIVE, CINCINNATI, OH 45238 | |
| 10925 | REILLY, ANN, 16 TATE AVE, PIERMONT, NY 10968 | |
| 10925 | REILLY, BERNARD, 327 UNION VALLEY RD, MAHOPAC, NY 10541 | |
| 10925 | REILLY, COLHLEEN, 6 MARINE ROAD, SOUTH BOSTON, MA 02127 | |
| 10925 | REILLY, ELIZABETH, 8 CHADWICK CIRCLE, NASHUA, NH 03062 | |
| 10925 | REILLY, FRANK J, 34506 VIA VERDE, CAPISTRANO BEACH, CA 92624-1330 | |
| 10925 | REILLY, GEORGETTE, 265 BROOKSIDE CT., COPIAGUE, NY 11726 | |
| 10925 | REILLY, JOHN P, 5427 CASTLESTONE DR, BALTIMORE, MD 21237 | |
| 10925 | REILLY, JOHN, 11635 HUNTERS RUN DR, COCKEYSVILLE, MD 21030 | |
| 10925 | REILLY, KEVIN, 402 9TH ST, BROOKLYN, NY 11215 | |
| 10925 | REILLY, KEVIN, 5562 ANTONINUS DR, CINCINNATI, OH 45238 | |
| 10925 | REILLY, KEVIN, 5562 ANTONINUS DRIVE, CINCINNATI, OH 45238 | |
| 10925 | REILLY, LESLIE, 17 CHRISTIE DRIVE, NEW CITY, NY 10956 | |
| 10925 | REILLY, OWEN, 9308 PENT ANGEL WAY, BALTIMORE, MD 21236 | |
| 10925 | REILLY, PATRICIA, 46 N BRAYTON AVE, TIVERTON, RI 02878 | |
| 10925 | REILLY, PAUL, 101 MEADOWS RD SOUTH, BOURBONNAIS, IL 60914 | |
| 10925 | REILLY, RICHARD, 3 MARSHALL ST, N. READING, MA 01864 | |
| 10925 | REILLY, SUSAN, 503C RIDGEFIELD CIRCLE, CLINTON, MA 01510-1443 | |
| 10925 | REILLY, TERESA, 5667 RIDGEVIEW DRIVE, DOYLESTOWN, PA 18901 | |
| 10925 | REILLY, THOMAS, 503 C RIDGEFIELD CIR., CLINTON, MA 01510-1443 | |
| 10925 | REILLY, THOMAS, 73 LODENGREEN DRIVE, EAST FALMOUTH, MA 02536-9998 | |
| 10925 | REILLY, TOM, 1 ASHBURN PLACE, BOSTON, MA 02108-1698 | |
| 10925 | REILLY, WILLIAM, 7 SUTTON SQUARE, NEW YORK, NY 10022 | |
| 10925 | REILLY-RICE, CAROL, 3848 MOCKINGBIRD HILL ROAD, BETHLEHEM, PA 18015 | |
| 10925 | REILLY-RICE, KEVIN, 3848 MOCKINGBIRD HILL RD, BETHLEHEM, PA 18015 | |
| 10924 | REILY ELECTRICAL SUPPLY,INC, 1709 GRAND CALLIOU ROAD, HOUMA, LA 70363 | |
| 10924 | REILY ELECTRICAL SUPPLY,INC, 3011 LAUSAT STREET, METAIRIE, LA 70001 | |
| 10924 | REILY ELECTRICAL SUPPLY,INC, 4501 ACCESS RD./ CONST.GATE, CHATTANOOGA, TN 37415 | |
| 10924 | REILY ELECTRICAL SUPPLY,INC, PO BOX 188, METAIRIE, LA 70001 | |
| 10924 | REILY ELECTRICAL SUPPLY-11, 1702 CULLEN BLVD., HOUSTON, TX 77023 | |
| 10924 | REILY ELECTRICAL SUPPLY-755, P.O. BOX 53122, HOUSTON, TX 77052 | |
| 10924 | REIMAN CONSTRUCTION COMPANY, I-25 & RANDALL ROADAL ROAD, CHEYENNE, WY 82001 | |
| 10924 | REIMAN CONSTRUCTION COMPANY, P.O. BOX 1007, CHEYENNE, WY 82003 | |
| 10924 | REIMAN CORP, P.O.BOX 1007, CHEYENNE, WY 82003 | |
| 10925 | REIMAN, JOANN, 41065 CORNAC TERRACE, FREMONT, CA 94539 | |
| 10925 | REIMANN, DANIEL, 1126 S FEDERAL HWY SUITE 313, FT LAUDERDALE, FL 33316 | |
| 10924 | REIMER INDUSTRIES, 1145 NORTH HIGHWAY 257, MILFORD, UT 84751 | |
| 10924 | REIMER INDUSTRIES, P.O. BOX 245, MILFORD, UT 84751 | |
| 10924 | REIMER INDUSTRIES, P.O.BOX 245, MILFORD, UT 84751 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    REIMER OAKS INC., CAMBRIDGE, MA 02140

10924    REIMER OAKS INC., P. O. BOX 716, NORTH LITTLE ROCK, AR 72115

10925    REIMER, ERIC, 2085 KINGFISHER LANE, GREEN BAY, WI 54313

10925    REIMER, LARRY, 610 E. 17TH ST, ATLANTIC, IA 50022

10925    REIMER, ROBERT, 1001 ST. CHARLES PL., GREENWOOD, IN 46143

10924    REIMERS KAUFFMAN CONCRETE, 6200 CORNHUSKER HIGHWAY, LINCOLN, NE 68507

10924    REIMERS KAUFMAN CONCRETE, 6200 CORNHUSKER HWY, LINCOLN, NE 68529

10924    REIMERS KAUFMAN, 6200 CORNHUSKER HWY, LINCOLN, NE 68529

10925    REIN, BURTON, 157 ORCHID CAY DRIVE, PALM BEACH GARDENS, FL 33418

10925    REIN, JODY, 1840 NORTH EAST VIVION, KANSAS CITY, MO 64118

10925    REINA, F, 13660 W BURLEIGH ROAD, BROOKFIELD, WI 53005-3018

10925    REINA, M, 6211 W. LOCUST, MILWAUKEE, WI 53210

10925    REINARTZ JR, PAUL, 1207 WEST 58TH ST, DAVENPORT, IA 52806

10925    REINARTZ, LORE, 5830 W KINNICK. RIV PKWY, WEST ALLIS, WI 53219

10925    REINDEL, SCOTT, 1630 LANGLADE AVE, GREEN BAY, WI 54304

10925    REINDERS, JENNIFER, 519 35TH AVE., GREELEY, CO 80634

10925    REINDINGER, BEVERLY, 2749 FLINTRIDGE DR, MYERSVILLE, MD 21773

10925    REINECK MD, H, 2834 WHISPER PATH, SAN ANTONIO, TX 78230

10925    REINERT, JACQUELINE, RD #1, REINHOLDS, PA 19600

10925    REINERT, JEAN, 54 LEA ST, MACUNGIE, PA 18062

10925    REINERT, LORRAINE, 1611 NOLAN ST, LAURELDALE, PA 19605

10925    REINERT, MELVIN, GENERAL DELIVERY, WASHTA, IA 51061

10925    REINERTSON, DONALD, 106 SOUTHERN HILLS DRIVE, ATLANTIC, IA 50022

10925    REINFORCED CONCRETE CONSTRUCTION, 100 CARPENTER RD., WHITINSVILLE, MA 01588

10925    REINFORCED CONCRETE, 7 CHARLTON ST, EVERETT, MA 02149

10925    REINFORCED CONCRETE, 70 BLANCHARD ROAD, BURLINGTON, MA 01803

10924    REINFORCED EARTH CO, THE, RT 3 BOX 356-A, WACO, TX 76708

10924    REINFORCED EARTH CO., THE, 136 WACO SAND RD, WACO, TX 76708

10924    REINFORCED EARTH CO., THE, 136 WACO SAND RD., WACO, TX 76708

10925    REINGOLD, RICHARD, 83 SHAWSHEEN ST, TEWKSBURY, MA 01876

10925    REINHARD, JOAN, 874 COLUMBIA AVE, PALMERTON, PA 18071

10925    REINHARD, RAYMOND, KENSINGTON PLACE #221 1001 PARKVIEW BLVD, COLOMBUS, OH 43219

10925    REINHARDT, CATHERINE, 245-32 62ND AVE, DOUGLASTON, NY 11362-2052

10925    REINHARDT, JR, MARVIN, 139 WEST MEADOW ROAD, BALTIMORE, MD 21225

10925    REINHARDT, LEOLA, ROUTE 1 BOX 6A, GABLE, SC 29051

10925    REINHARDT, M, 1212 EAST DALLAS B-14, MCALLEN, TX 78503

10925    REINHARDT, SANDRA, 1704 - 6TH ST., N.E., AUBURN, WA 98002

10925    REINHART, CHRISTOPHER C, 511 RUPERT ROAD, WAUNAKEE, WI 53597

10925    REINHART, GLENN, 335 S STERLEY, SHILLINGTON, PA 19607

10925    REINHART, PATRICIA, 1945 E. LA DENEY ST., ONTARIO, CA 91764

10925    REINHART, SHERI, 20 MADISON ST, MOHNTON, PA 19540

10925    REINHART, STACY, 335 SOUTH STERLEY ST, SHILLINGTON, PA 19607

10925    REINHART, STACY, 43 SOUTH STERLEY ST, SHILLINGTON, PA 19607

10925    REINHART, WILLIAM, 13 STONEHILL ROAD, MARLBORO, MA 01752

10925    REINHOLT, REBECCA, 6313 LAVANO DR., FORT WORTH, TX 76134

10925    REINIG, CRAIG L, 1825 SETTIN DOWN DR., ROSWELL, GA 30075

10925    REINIG, CRAIG, 1825 SETTINDOWN DR, ROSWELL, GA 30075

10925    REINIGER, PHILIP, 15 ROSS ROAD, TOPSFIELD, MA 01983-1601

10925    REININGA CORP, JOHN H REININGA JR, 369 PINE ST, SUITE 500, SAN FRANCISCO, CA 94104

10925    REINITZ, ARTHUR H, 55 E WASHINGTON AVE, CHICAGO, IL 60602-2103

10924    REINKE WHOLESALE, 7108 NORTH BARRY, ROSEMONT, IL 60018

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | REINKE, JOHN, 4471 WINDSOR OAKS CI, MARIETTA, GA 30066 | |
| 10925 | REINKE, MARJORIE T, 3501 VERBUNKER AVE, PT EDWARDS, WI 54469-1146 | |
| 10925 | REINKING DE WILKENS, URSULA, EDIPO REY 5744, SANTIAGO, 12CHILE | *VIA Deutsche Post* |
| 10925 | REINMUTH, BARBARA, 703 ROSEHILL PKWY, NORTH CAPE MAY, NJ 08204 | |
| 10925 | REINSALU, MARTIN, 1380 B SKYRIDGE DR, CRYSTAL LAKE, IL 60014 | |
| 10924 | REINTECH/ARDEN REALTY, NORTH HOLLYWOOD, CA 91601 | |
| 10924 | REINTECH/VOIT, HOLLYWOOD, CA 90028 | |
| 10925 | REINZ WI GASKET CO, FOLEY & LARDNER, 777 EAST WISCONSIN AVE., MILWAUKEE, WI 53202-5367 | |
| 10924 | REIS ENVIRONMENTAL, 11022 LINPAGE PL., SAINT LOUIS, MO 63132 | |
| 10924 | REIS ENVIRONMENTAL, 4105 HOLLY STREET, DENVER, CO 80216 | |
| 10924 | REIS ENVIRONMENTAL, P.O. BOX 8498, SAINT LOUIS, MO 63132 | |
| 10925 | REIS, CHAD, 801 S. JACKSON, IOWA PARK, TX 76367 | |
| 10925 | REIS, DALE, 866 N BEECH, ESCONDIDO, CA 92026 | |
| 10925 | REIS, JACQUELINE, 105 BEECH ST NW, ROANOKE, VA 24017 | |
| 10925 | REIS, JOSE, 8 BATTLE ROW, E. TAUNTON, MA 02718 | |
| 10925 | REIS, NANCY, 1919 NE OZARK, LEES SUMMIT, MO 64086 | |
| 10925 | REIS, STEVEN, BOX 354, BELFIELD, ND 58622 | |
| 10925 | REISCHMAN, LAWRENCE, 5959-1/2 GARDENIA ST, LONG BEACH, CA 90805 | |
| 10925 | REISENAUER, KENT, 729 WEST WILLETTA, PHOENIX, AZ 85007 | |
| 10925 | REISHER, DENNIS, 7960 LAKECREST DR, GREENBELT, MD 20770 | |
| 10925 | REISIG, F, C/O HOOPER, 343 N.CHARLES, BALTIMORE, MD 21201 | |
| 10925 | REISIG, JACQUELINE, C/O HOOPER,KIEFER & CORNELL, 343 N CHARLES ST BALTIMOR, MD 21201 | |
| 10925 | REISIGER, HAROLD R, VILLA OF FOUNTAIN LAKES 22180 804 TALLWOOD CT, ESTERO, FL 33928 | |
| 10925 | REISING, JAMES, 675 HWY. 69 SOUTH, GARNER, IA 50438 | |
| 10925 | REISINGER, LAURA, 813 MEADOWS CIRCLE, LANTANA, FL 33462 | |
| 10925 | REISS & SON, 60 EAST 42ND ST, NEW YORK, NY 10165 | |
| 10925 | REISS, ANDREW, 19997 RUSTON ROAD, WOODLAND HILLS, CA 91364 | |
| 10925 | REISS, ROBERT, 16971 W CALDER DR, LOXAHATCHEE, FL 33470 | |
| 10925 | REITANO, ELVIRA, 2328 EAST 28TH ST (LOWER), BROOKLYN, NY 11229 | |
| 10925 | REITER, DIANA P, 5342 SEABOARD, JACKSONVILLE, FL 32210 | |
| 10925 | REITER, MARIA, 2906 NELA AVE, ORLANDO, FL 32809 | |
| 10925 | REITER, MICHAEL F, 657 82ND ST, AMERY, WI 54001-5303 | |
| 10925 | REITER, MICHAEL F, 657 82ND ST., AMERY, WI 54001 | |
| 10925 | REITER, MICHAEL, 657 - 82ND ST, AMERY, WI 54001 | |
| 10925 | REITER, VICKI, 3880 HEDGEWOOD RD, LAWRENCEBURG, IN 47025 | |
| 10925 | REITH-ROZELLE, JUDITH, ROUTE 3 6063 HWY T, SPRING GREEN, WI 53588 | |
| 10925 | REITZ, JOANN, 10358 DEANNE DR, SUN CITY, AZ 85351 | |
| 10925 | REITZ, RUSSELL, 6966 QUITO COURT, CAMARILLO, CA 93012 | |
| 10925 | REITZLOFF, DONALD, 502-D CAMINO REAL CT, BRANDON, FL 33511 | |
| 10925 | REIVES, JAMES, 7342 COUNTRY BROOK, INDIANAPOLIS, IN 46260 | |
| 10925 | REJBA, DIANA, 10226 LOOP 106, ADKINS, TX 78101 | |
| 10925 | REKAS, EDWARD, 4245 SCARLET SAGE COURT, ELLICOTT CITY, MD 21043-5955 | |
| 10925 | REKSHYNSKYJ, EDITH H, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | REKSHYNSKYJ, EDITH, 9867B BOCA GARDENS TR, BOCA RATON, FL 33496 | |
| 10925 | RELCON, INC, 9935 ELLER ROAD, FISHERS, IN 46038 | |
| 10925 | RELCON, INC, PO BOX 307, CONNERSVILLE, IN 47331 | |
| 10925 | RELCON, INC, PO BOX 640238, CINCINNATI, OH 45264-0238 | |
| 10925 | RELEFORD, IRENE, 60 HIGHLAND AVE, PISCATAWAY, NJ 08854 | |
| 10925 | RELEFORD, LAVINA, 1107 S. DAVIS DR., WARNER ROBINS, GA 31093 | |
| 10925 | RELIABLE AUTOMATION & CONVEYOR, POBOX 9905, BIRMINGHAM, AL 35220 | |
| 10924 | RELIABLE BUILDERS, 50 MAPLE AVE., NEWPORT NEWS, VA 23607 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | RELIABLE CHIMNEY SERVICE, 2209 E. UNIVERSITY AVE., URBANA, IL 61801 | |
| 10925 | RELIABLE COLLECTIONS INC, 4TH ST & 10TH AVE, LEOLA, AK 72084 | |
| 10925 | RELIABLE COMMUNICATIONS SYSTEMS, 164 NORTH COUNTY LINE ROAD, JACKSON, NJ 08527-4421 | |
| 10924 | RELIABLE CONCRETE INC., 54691 HIGHWAY 16, BOGALUSA, LA 70427 | |
| 10924 | RELIABLE CONCRETE PROD, 615 SCOTT, KANSAS CITY, KS 66119 | |
| 10924 | RELIABLE CONCRETE PROD., 615 SCOTT, KANSAS CITY, KS 66119 | |
| 10924 | RELIABLE ELECTRIC CO., 256 MAIN ST., SOUTH GLASTONBURY, CT 06073 | |
| 10925 | RELIABLE ELECTRICAL CONTRACTORS, BOX 3910 BAYAMON GARDENS STATION, BAYAMON, PR 00958PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RELIABLE FENCE COMPANY, 283 SALEM ST, WOBURN, MA 01801 | |
| 10925 | RELIABLE FIRE EQUIPMENT CO, 12845 SOUTH CICERO AVE, ALSIP, IL 60803-3083 | |
| 10925 | RELIABLE HEATING & AIR COND. CO., 404 SPEARS AVE., CHATTANOOGA, TN 37405 | |
| 10925 | RELIABLE LININGS & COATING, 4141 WASHINGTON BLVD, HILLSIDE, IL 60162 | |
| 10924 | RELIABLE LUMBER & SUPPLY, 502 SIMPSON ST, NEW CASTLE, PA 16101 | |
| 10925 | RELIABLE MUSIC, 650 EAST STONEWALL ST, CHARLOTTE, NC 28202 | |
| 10925 | RELIABLE OFFICE SUPPLY &, 6438 CORVETTE ST., COMMERCE, CA 90040-1703 | |
| 10925 | RELIABLE OFFICE SUPPLY, 135 S. LASALLE ST DEPT 8001, CHICAGO, IL 60674-8001 | |
| 10925 | RELIABLE OFFICE SYSTEMS, 14754 BEACH BLVD, LA MIRADA, CA 90638-4250 | |
| 10925 | RELIABLE OVERHEAD DOOR, INC, 3 DARROW ST, SOUTH RIVER, NJ 08882 | |
| 10924 | RELIABLE SPRAY APPLICATORS, C/O RIVER OAKS HOSPITAL, JACKSON, MS 39208 | |
| 10925 | RELIABLE TEAM, BOX 3910 BAYAMON GARDENS STATION, BAYAMON, PR 00958PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RELIABLE TIN SHOP INC, PO BOX 320125, BIRMINGHAM, AL 35232 | |
| 10925 | RELIABLE TIRE SALES, 4771 HOLLINS FERRY ROAD, BALTIMORE, MD 21227-4620 | |
| 10925 | RELIABLE, 135 S. LASALLE ST, CHICAGO, IL 60674-8001 | |
| 10925 | RELIABLE, 135 S. LASALLE ST., CHICAGO, IL 60674-8001 | |
| 10924 | RELIANCE BUILDING, C/O ASC INSULATION & FIREPROOFING, CHICAGO, IL 60601 | |
| 10925 | RELIANCE CHEMICAL PRODUCTS COMPANY, 64 AVE A, BAYONNE, NJ 07002 | |
| 10925 | RELIANCE ELECTRIC CO, TOLEDO SCALE DIV, NORTHBROOK, IL 60062 | |
| 10925 | RELIANCE ELECTRIC CO, TOLEDO SCALE DIV, ROSEMONT, IL 60018 | |
| 10925 | RELIANCE ELECTRIC CO., 1500 E. MAIN ST., LA PORTE, TX 77571 | |
| 10925 | RELIANCE ELECTRIC INDUSTRIAL CO., PO BOX 70962, CHICAGO, IL 60673 | |
| 10925 | RELIANCE ELECTRIC INDUSTRIAL CO., PO BOX 70962, CHICAGO, IL 60673-0962 | |
| 10925 | RELIANCE ELECTRIC INDUSTRIAL CORP., DRAWER CS 198191, ATLANTA, GA 30384-8191 | |
| 10925 | RELIANCE ELECTRIC, DRAWER CS 198186, ATLANTA, GA 30384-8186 | |
| 10925 | RELIANCE ELECTRIC, PO BOX 70962, CHICAGO, IL 60673 | |
| 10925 | RELIANCE FIRE PROTECTION INC., 9512 PULASKI HWY., BALTIMORE, MD 21220 | |
| 10925 | RELIANCE MOTION CONTROLS, 6950 WASHINGTON AVE S, EDEN PRAIRIE, MN 55344 | |
| 10925 | RELIANCE STANDARD LIFE, 2501 PKWY, PHILADELPHIA, PA 19130-2499 | |
| 10924 | RELIANCE SURETY CO, 4 PENN CENTER PLAZA, PHILADELPHIA, PA 19103 | |
| 10924 | RELIANT AIRLINES INC., WILLOW RUN AIRPORT, YPSILANTI, MI 48198 | |
| 10925 | RELIANT ENERGY ENTEX, PO BOX 1325, HOUSTON, TX 77251-1325 | |
| 10925 | RELIANT ENERGY RETAIL INC, POBOX 2089, HOUSTON, TX 77252-2089 | |
| 10925 | RELIANT ENERGY RETAIL INC, POBOX 846059, DALLAS, TX 75284-6089 | |
| 10925 | RELIANT ENERGY RETAIL INC., PO BOX 841358, DALLAS, TX 75284-1358 | |
| 10924 | RELIANT ENERGY, ATT: PHIL SHAFFER, 1442 POWER PLANT ROAD, NEW FLORENCE, PA 15944 | |
| 10925 | RELIANT ENERGY, HL&P, P.O. BOX 4932, HOUSTON, TX 77210-4932 | |
| 10925 | RELIANT ENERGY/ENTEX, PO BOX 1325, HOUSTON, TX 77001 | |
| 10925 | RELIANT ENERGY/ENTEX, PO BOX 200166, HOUSTON, TX 77216-0166 | |
| 10925 | RELIANT ENERGY/ENTEX, PO BOX 4932, HOUSTON, TX 77001 | |
| 10925 | RELIANT ENERGY-HL&P, PO BOX 4932, HOUSTON, TX 77210-4932 | |
| 10925 | RELIANT LIFT TRUCK SERVICE INC, 7436 W 90TH ST, BRIDGEVIEW, IL 60455 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | RELIANT, 4500 S. SHAVER B, HOUSTON, TX 77251 | |
| 10924 | RELIANT, PO BOX 1374, HOUSTON, TX 77251 | |
| 10925 | RELIFORD, ANTHONY, 508 LAMPLIGHTER LANE, BIRMINGHAM, AL 35214 | |
| 10925 | RELIZON COMPANY, THE, 21386 NETWORK DR., CHICAGO, IL 60673-1213 | |
| 10925 | RELIZON COMPANY, THE, PO BOX 1397, DAYTON, OH 45401 | |
| 10925 | RELLY, CHARLES, ROUTE 1 BOX 108, DODSON, LA 71422 | |
| 10925 | RELO RESOURCES INTL, 120 LONG WATER DR, NORWELL, MA 02061 | |
| 10925 | RELOCATION RESOURCES FUNDING CORP., PO BOX 360020, BOSTON, MA 02241 | |
| 10925 | RELOCATION RESOURCES INC, PO BOX 11336, BOSTON, MA 02211 | |
| 10925 | RELOCATION RESOURCES INC., PO BOX 11336, BOSTON, MA 02211 | |
| 10925 | RELOCATION RESOURCES, ATTN: PROP SETTLEMENT DEPT, NORWELL, MA 02061 | |
| 10925 | RELOSKY, RONALD, 152 GREENBRIAR DRIVE, PITTSBURGH, PA 15220 | |
| 10925 | RELOVSKY, CHRISTINE, 79, HAWTHORNE, NJ 07506 | |
| 10924 | REL-TECH OFFICE BLDG, 8616 FREEPORT RD., IRVING, TX 75063 | |
| 10924 | REM/CON INC., 8925 STERLING DRIVE, IRVING, TX 75063 | |
| 10925 | REMACS, 1233 QUARRY LANE STE 145, PLEASANTON, CA 94566 | |
| 10925 | REMADOSER CLEANING SYSTEMS, PO BOX 18002, LAKE CHARLES, LA 70616 | |
| 10925 | REMARKETING ASSOC., 21241 VENTURA BLVD., STE 253, WOODLAND HILLS, CA 91364 | |
| 10925 | REMATECH DIVISION BREMO INC., 214, ROUTE 138, ST-AUGUSTIN DE DESMAURES, QC G3A 2X9CANADA | *VIA Deutsche Post* |
| 10924 | REMCO CONCRETE, 556 CENTER STREET, MIDDLEBORO, MA 02346 | |
| 10924 | REMCO CONCRETE, PRECINCT STREET, LAKEVILLE, MA 02347 | |
| 10925 | REMCO WHOLESALE HARDWARE, 1538 SOUTH EASTERN AVE, CITY OF COMMERCE, CA 90022 | |
| 10924 | REM-CON INC., CAMBRIDGE, MA 02140 | |
| 10924 | REM-CON INCORP, 8501 EVERGREEN BLVD NW, COON RAPIDS, MN 55433 | |
| 10924 | REMCON, 8501 EVERGREEN BLVD N.W., COON RAPIDS, MN 55433 | |
| 10925 | REMEDIOS, MIGUEL D ALMADA, 4818 FIRST AVE NW, SEATTLE, WA 98107-3401 | |
| 10925 | REMEDIUM GROUP, INC, 6401 POPLAR AVE., STE. 301, MEMPHIS, TN 38119 | |
| 10925 | REMEDIUM GROUP, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | REMEDY, FILE #54122, LOS ANGELES, CA 90074-4122 | |
| 10924 | REMET CHEMICAL CORP- DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502 | |
| 10924 | REMET CHEMICAL CORP, UTICA, NY 13502 | |
| 10924 | REMET CHEMICAL CORP. -DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502 | |
| 10924 | REMET CHEMICAL CORP., 210 COMMONS ROAD, UTICA, NY 13502-6395 | |
| 10924 | REMET CHEMICAL CORP.-DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502 | |
| 10924 | REMET CHEMICAL CORP-DO NOT USE, 210 COMMONS RF, UTICA, NY 13502 | |
| 10924 | REMET CHEMICAL CORP-DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502 | |
| 10924 | REMET CHEMICAL CORP-DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502-6395 | |
| 10924 | REMET CORP, 16511 KNOTT AVENUE, LA MIRADA, CA 90638 | |
| 10924 | REMET CORP-DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502 | |
| 10924 | REMET CORP-DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502-6395 | |
| 10924 | REMET CORPORATION- DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502 | |
| 10924 | REMET CORPORATION, 13340 SE 84TH ST, CLACKAMAS, OR 97015 | |
| 10924 | REMET CORPORATION, 18901SNOW ROAD., BROOKPARK, OH 44142 | |
| 10924 | REMET CORPORATION, 210 COMMONS ROAD, UTICA, NY 13502 | |
| 10924 | REMET CORPORATION, 301 TURNER T., UTICA, NY 13501 | |
| 10924 | REMET CORPORATION, 655 GRANT STREET, FRANKLIN, PA 16323 | |
| 10924 | REMET CORPORATION, ATTN JIM FLETCHER, 7000 LONYO, DETROIT, MI 48216 | |
| 10924 | REMET CORPORATION, SOUTH WATER & EAST BRUCE STREET, MILWAUKEE, WI 53204 | |
| 10924 | REMET CORPORATION-DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502 | |
| 10924 | REMET CORPORATION-DO NOT USE, 210 COMMONS ROAD, UTICA, NY 13502-6395 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    REMET, 125 HANKINS STREET, GREENEVILLE, TN 37744

10924    REMET, 4860 JOLIET STREET, DENVER, CO 80239

10924    REMET, 5200 GRAND AVENUE, DALLAS, TX 75223

10924    REMET, BLDG 704 CORPORATIONS PK, SCOTIA, NY 12302

10925    REMFRY & SAGAR, 8 NANGAL RAYA BUSINESS CENTRE, NEW DELHI, 110046INDIA          *VIA Deutsche Post*

10925    REMFRY & SAGAR, 8,NANGAL RAYA BUSINESS CENTRE, NEW DELHI, 110046INDIA          *VIA Deutsche Post*

10925    REMFRY & SAGAR, REMFRY HOUSE, 8 NANGAL RAYA BUSINESS CENTRE, NEW DELHI, 110          *VIA Deutsche Post*
046INDIA

10925    REMI COMPANY, 5 JOANNA COURT, EAST BRUNSWICK, NJ 08816

10925    REMICK, JILL, 45 STONEGATE ROAD, QUAKERTOWN, PA 18951

10925    REMIJAN, FRANK, 6417 KENDAL, DEARBORN, MI 48126

10925    REMINGTON ARMS COMPANY, INC, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10925    REMINGTON, LARY, 19645 SHERMAN WAY 9, RESEDA, CA 91335

10925    REMITTANCE PROCESSING CENTER, PO BOX 11074, DES MOINES, IA 50336-1074

10925    REMITTANCE PROCESSING CENTER, PO BOX 11074, DES MOINES, LA 50336-1074

10925    REMKES, RANDALL, 29573 HWY 6, HEMPSTEAD, TX 77445

10925    REMKUS, AARON, 3608 GLENBROOK DRIVE, ARLINGTON, TX 76015

10925    REMLEY, CHRISTINA, 2153 REBECCA DRIVE, HATFIELD, PA 19440

10925    REMLINGER OLDSMOBILE, 7966 MILL & DALES ROAD NW, MASSILLON, OH 44648

10925    REMME, DONALD, 998 BUXTON DRIVE, WEBSTER CITY, IA 50595

10925    REMMERS, DARLA, 12824 CARDIFF, OLATHE, KS 66062

10925    REMMERT, HERMAN, 3510 MILLINGTON ST, MEMPHIS, TN 38127

10925    REMMES, RICHARD G, 115 WOOLFORD ROAD, WRENTHAM, MA 02093-1434

10925    REMMES, RICHARD G, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    REMMES, RICHARD, 115 WOOLFORD ROAD, WRENTHAM, MA 02093

10925    REMO MATTEI, 91-52 110TH ST, RICHMOND HILL, NY 11418-2309

10925    REMONDINI, WAYNE, 1620 HIGHVIEW CT, DE PERE, WI 54115

10925    REMP, LOIS, 1302 HOWARD LANE, EASTON, PA 18045

10925    REMPE & GLOOR ATTORNEYS AT LAW, 20 N WACKER DRIVE, SUITE 1040, CHICAGO, IL 60606-2903

10925    REMPEL BROS CONCRETE LTD, PO BOX 3160, LANGLEY, BC V3A 4R5CANADA          *VIA Deutsche Post*

10925    REMSBURG III, JAMES, 2807 PENNSYLVANIA AV, BALTIMORE, MD 21227

10925    REMSEN, DOUGLAS, 1800 SILAS DEANE HWY, ROCKY HILL, CT 06062

10925    REMSON, CYNTHIA, 442 SW LAKOTA, PT ST LUCIE, FL 34954

10925    REMTEC INC, 100 MORSE ST, NORWOOD, MA 02032

10925    REMTECH GROUP LEWISBERRY, THE, 550 INDUSTRIAL DR, LEWISBERRY, PA 17339-9534

10925    REMTECH, 9109 W ELECTRIC AVE, SPOKANE, WA 99204

10925    REMY TORZEURSKI, TWO MARITIME PLAZA, 3RD FL, TOLEDO, OH 43604

10925    REN, JIE, 60 CONTINENTAL RD., MORRIS PLAINS,, NJ 07950

10925    RENA I CURTIS PERSONAL, REPRESENTATIVE OF THE EST, OF HARRY L CURTIS, 8111 CEDERVILLE RD, BRANDYWINE, MD 20613-8074

10924    RENA ROAD ELEMENTARY SCHOOL, 720 RENA ROAD, VAN BUREN, AR 72956

10924    RENAISSANCE @ @, BETWEEN ADAMS ST & JAY ST, BROOKLYN, NY 11200

10925    RENAISSANCE BEDFORD HOTEL, 44 MIDDLESEX TURNPIKE, BEDFORD, MA 01730

10924    RENAISSANCE DESIGN, 2711 SOUTH LILAC AVENUE, BLOOMINGTON, CA 92316

10924    RENAISSANCE DESIGNS INC, ATTN: ACCOUNTS PAYABLE, LAKE ARROWHEAD, CA 92352

10924    RENAISSANCE DESIGNS, INC., ATTN: ACCOUNTS PAYABLE, LAKE ARROWHEAD, CA 92352

10925    RENAISSANCE FESTIVAL, 1920 LAKE AVE SE, LARGO, FL 34641

10925    RENAISSANCE HARBORPLACE HOTEL, DEPT 6395, CINCINNATI, OH 45263-6395

10924    RENAISSANCE HOTEL, 11204 HOPSON ROAD, ASHLAND, VA 23005

10924    RENAISSANCE HOTEL, 900 EAST LOOKOUT DRIVE, RICHARDSON, TX 75082

10924    RENAISSANCE PLACE, CORNER OF ELM & GREENBAY RD., HIGHLAND PARK, IL 60035

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | RENAISSANCE PLACE, CORNER OF ELM & GREENBAY ROAD, HIGHLAND PARK, IL 60035 | |
| 10924 | RENAISSANCE TOWERS, 1201 ELM STREET, DALLAS, TX 75202 | |
| 10924 | RENAISSANCE WOMENS CENTER, 3003 BEE CAVE RD., AUSTIN, TX 78746 | |
| 10925 | RENARD, JOHN, 404 KIN DR., DELCAMBRE, LA 70528 | |
| 10925 | RENATO RENNY DEL CARLO &, JOSEPHINE MARY DEL CARLO, TR UA JUN 25 91 THE DEL, CARLOS FAMILY REVOCABLE TRUST, 3384 VILLA ROBLEDA, MOUNTAIN VIEW, CA 94040- | |
| 10925 | RENAUD, SHERRIE, 1100 MCCORMICK, FENTON, MI 48430 | |
| 10925 | RENAULT, JAMES, 165 SYLVIA ST, ARLINGTON, MA 02174 | |
| 10925 | RENC, JAMES, 6660 BRAINARD, COUNTRYSIDE, IL 60525 | |
| 10925 | RENCHER, KENDA, 4308 S. 3RD. ST., BROKEN ARROW, OK 74011 | |
| 10925 | RENCO ASSOCIATES, INC, 109 CRIMSON PLACE, CHESTER SPRINGS, PA 19425 | |
| 10925 | RENDELL, GEORGE, 4420 IVY FERN DR, LAKELAND, FL 33805 | |
| 10924 | RENDELL'S MOBILE CONCRETE, 45187 BLUE STAR HWY, COLOMA, MI 49038 | |
| 10925 | RENDER JR, JAMES, 1100 FAWN CT, LAGRANGE, KY 40031 | |
| 10925 | RENDER, ANGELIQUE, 228 WALDROUP RD, LAGRANGE, GA 30240 | |
| 10925 | RENDERBROOK-SPADE, INC, SMALL, CRAIG & WERKENTHIN, PC, 100 CONGRESS, SUITE 1100, AUSTIN, TX 78701-4099 | |
| 10925 | RENDINE, ELENA, 24 LEVITT AVE, BERGENFIELD, NJ 07621 | |
| 10925 | RENDON, E, 6620 SOUTH 33RD ST, MCALLEN, TX 78503 | |
| 10925 | RENDON, EDWARDA, RT 4 BOX 491A, MISSION, TX 78572 | |
| 10925 | RENDON, GUADALUPE, 36777 SYCAMORE ST., 4, NEWARK, CA 94560 | |
| 10925 | RENDON, KAREN, 21389 TOWNSENDIA, MORENO VALLEY, CA 92557 | |
| 10925 | RENDON, LOURDES, 707 JUAREZ AVE, ODESSA, TX 79761 | |
| 10925 | RENDON, MANUEL, RT 7 BOX 81, EDINBURG, TX 78539 | |
| 10925 | RENDON, MARIE, 4818 CASTLE PATH, SAN ANTONIO, TX 78218 | |
| 10925 | RENDULIC, FRANCIS, 27 GRISCOM ROAD, SUDBURY, MA 01776 | |
| 10925 | RENE BENAYOUN, 5 GROUSE DR, BRENTWOOD, NY 11717-1315 | |
| 10925 | RENE CORREA BORQUEZ, EL TAMARUGO 1496 LAS CONDES, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | RENE EARLE CABIRAC &, JANET KAY CABIRAC JT TEN, 7410 KIRTLEY RD, BALTIMORE, MD 21224-3325 | |
| 10925 | RENE HECKLER INC, 6087 S CENTENARY RD, WILLIAMSON, NY 14589 | |
| 10925 | RENE P MATISON, 125 PROSPECT AVE 5A, HACKENSACK, NJ 07601-2213 | |
| 10925 | RENE, GERALD, 1706 HARLESS ST, LAKE CHARLES, LA 70601 | |
| 10925 | RENEE GILBERT, 4830 SUGAR MILL RD, DALLAS, TX 75244-6932 | |
| 10925 | RENEE JANE TRAHAN, 1925 12TH ST., LAKE CHARLES, LA 70601 | |
| 10925 | RENEE L GREER, 220 W HINDS AVE, SHERRILL, NY 13461-1150 | |
| 10925 | RENEGADE SERVICES, 15702 BOULDER OAKS, HOUSTON, TX 77084 | |
| 10925 | RENEGADE SERVICES, POBOX 840163, HOUSTON, TX 77284-0163 | |
| 10925 | RENEW, PO BOX 507, ALEXANDRIA, VA 22313-0507 | |
| 10925 | RENEWAL COMPOUNDS, INC, 1099 BROWN ST, WAUCONDA, IL 60084 | |
| 10925 | RENEWAL SERVICE, INC, PO BOX 3307, ROCK ISLAND, IL 61204-3307 | |
| 10924 | RENFRO CORPORATION, 4100 BOB WHITE BOULEVARD, PULASKI, VA 24301 | |
| 10925 | RENFRO III, JOHN F, 130 ROCKINGHAM RD, GREENVILLE, SC 29607-3621 | |
| 10925 | RENFRO, MARGARETT, 1320 RIO GRANDE DR, BENBROOK, TX 76126 | |
| 10925 | RENFRO, MARVIN, 656 HWY 9W, WATER VALLEY, MS 38965 | |
| 10924 | RENFROE MIDDLE SCHOOL, EAST COLLEGE ROAD &, KING HWY, DECATUR, GA 30030 | |
| 10925 | RENFROE, CHARLOTTE, 610 PEACHTREE DR, SANDERSVILLE, GA 31082 | |
| 10925 | RENFROE, HONORE, 311 DUPERIER AVE, NEW IBERIA, LA 70560-2419 | |
| 10925 | RENFROW, STACEY, 5231 E SHANGRI LA, SCOTTSDALE, AZ 85254 | |
| 10925 | RENG, JOHN L, 308 EUCLID AVE, LOCH ARBOUR, NJ 07711-1212 | |
| 10925 | RENICK, SANDRA E, CUST FOR TRAVIS C RENICK, UNIF GIFT MIN ACT MI, 3500 TIMBERLINE DR APT 104, GRAPEVINE, TX 76051-3869 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 RENIE, CHARLES, 5986 CADILLAC DRIVE, SPEEDWAY, IN 46224

10925 RENIER, LISA, 927 MANSION ST, DEPERE, WI 54115

10925 RENIER, RODERICK, 988 MISERE ROAD, FORESTVILLE, WI 54213

10925 RENIK, JOEL C, 1791 ROXBORO PLACE, CROFTON, MD 21114

10925 RENIK, JOEL C, 1914 CUIRE DR, SEVERN, MD 21144

10925 RENIK, JOEL, 1914 CUIRE DR., SEVERN, MD 21144

10924 RENISHAW INC, 623 COOPER COURT, SCHAUMBURG, IL 60173

10925 RENK, MARY, 7212 WILBURN ROAD, SUN PRAIRIE, WI 53590

10925 RENKINS, DONALD, 1415 DOWNS L 26, WOOD, WOODWARD, OK 73801

10925 RENNA, MARIE, 364 LEONARD ST, BROOKLYN, NY 11211-2322

10924 RENNEKAMP SUPPLY CO, 7TH & CARSON, PITTSBURGH, PA 15203

10924 RENNEKAMP SUPPLY CO., 7TH & CARSEN, PITTSBURGH, PA 15203

10924 RENNER DUPONT DE DUPONT VENEZUELA, 1300 LOWER ROAD, LINDEN, NJ 07036

10925 RENNER JT TEN, DAVID & MARY JEAN, 3206 NEW YORK AVE, COSTA MESA, CA 92626-2258

10925 RENNER, CHRISTINA, 2573 E GEDDES AVE, LITTLETON, CO 80122

10925 RENNER, DONNA, 113 LATHAM ST, EASLEY, SC 29640

10925 RENNER, GARY, PO BOX 428, GRANVILLE, WV 26534

10925 RENNER, MAYNARD, % ATTY. JAMES G. CULLEN 66 BOSTON RD.PO BOX, GROTON, MA 01450-0619

10925 RENNERS AUTO REPAIR CO IN, 11316 WILLIAMSON ROAD, CINCINNATI, OH 45241

10925 RENNETT, HOWARD, 7690 CONCORD ROAD, BEAUMONT, TX 77708-2821

10925 RENNIE, JONI, 1067 BERKLEY DRIVE, SYKESVILLE, MD 21784

10925 RENNINGER, NEIL, 150 HUNTINGTON AVE APT SE11, BOSTON, MA 02115

10925 RENNIW INVESTORS, A PARTNERSHIP, C/O DONALD D TAYLOR, PO BOX 85, DAVID CITY, NE 68632-0085

10924 RENO HARDWARE & SUPPLY, 2901 THORTON AVENUE, BURBANK, CA 91504

10924 RENO REFACTORIES, PO BOX 201, MORRIS, AL 35116

10924 RENO REFRACTORIES, 601 BARN ST., MORRIS, AL 35116

10924 RENO SPARKS READY MIX, ATTN:  ACCOUNTS PAYABLE, MINDEN, NV 89423

10924 RENO SPARKS READY MIX, INC., 333 GALLETTI WAY, RENO, NV 89512

10924 RENO SPARKS READY MIX, INC., P.O. BOX 1325, SPARKS, NV 89432

10924 RENO SPARKS READY MIX, P O BOX 1325, SPARKS, NV 89432

10925 RENO, DAVID, RR2, ST. ANNE, IL 60964

10925 RENO, DERALD, R.R. 2, BOX 2368, SIDNEY, MT 59270

10925 RENO, NOLAN, 405 THOMAS ROAD, PALESTINE, TX 75801

10925 RENOLD INC, DEPT #795, BUFFALO, NY 14267

10925 RENORA RD/RA TRUST, PO BOX 1945, MORRISTOWN, NJ 07962-1945

10925 RENSCHLER CO LEE KILKELLY PAULSON, PAUL SCHWARTZENBART, PO BOX 2189, MADISON, WI 53701-2189

10925 RENSHAW, MYRA, 2649 VIRGINIAN COL, LAPLACE, LA 70068

10925 RENSSELAER CAREER DEVELOPMENT CTR, THOMAS L TARANTELLI, DIR, CAREER DEVELOPMENT CTR/RENSSELAER, DARRIN COMMUNICATIONS CTR, TROY, NY 12180-3590

10925 RENSSELAER POLYTECHNIC INSTITUTE, 110 8TH ST, TROY, NY 12180

10924 RENSSELAER POLYTECHNIC INSTITUTE, WALKER LABORATORY, TROY, NY 12181

10924 RENSSELAER RAIL, 525 EAST STREET, RENSSELAER, NY 12144

10925 RENT ALL CENTER, INC, 6431 BALTIMORE NATL. PIKE, BALTIMORE, MD 21228

10925 RENT QUIP, 1720 E. NAPOLEON ST., SULPHUR, LA 70663

10925 RENTACRATE INC, 39 RUMFORD AVE, WALTHAM, MA 02154-3844

10925 RENTAL CENTER, THE, 1081 WC DOBBINS HWY / HWY 76, CLINTON, SC 29325

10925 RENTAL CENTER, THE, 1626 CALHOUN RD, GREENWOOD, SC 29649

10925 RENTAL CITY, 7825 E MCDOWELL ROAD, SCOTTSDALE, AZ 85257

10925 RENTAL CONCEPTS INC., 6862 ENGLE ROAD, MIDDLEBURG HEIGHTS, OH 44130-7934

10925 RENTAL CONCEPTS,INC, 6929 W 130TH # 400, CLEVELAND, OH 44130-7822

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    RENTAL SERVICE CO., 1747 WARM SPRINGS RD., COLUMBUS, GA 31904

10924    RENTAL SERVICE CO., 6535 BANKHEAD HGWY., DOUGLASVILLE, GA 30134

10924    RENTAL SERVICE COMPANY, 1747 WARM SPRINGS RD, COLUMBUS, GA 31904

10925    RENTAL SERVICE CORP.,

10925    RENTAL SERVICE CORP., 300 W. CHICAGO AVE., EAST CHICAGO, IN 46312

10925    RENTAL SERVICE CORP., 3925 WASHINGTON BLVD., ELKRIDGE, MD 21227

10925    RENTAL SERVICE CORP., 4293 HWY 58, CHATTANOOGA, TN 37416

10925    RENTAL SERVICE CORPORATION, PO BOX 102934, ATLANTA, GA 30368-2934

10925    RENTAL SERVICE CORPORATION, PO BOX 102945, ATLANTA, GA 30368-2945

10925    RENTAL SERVICE CORPORATION, PO BOX 840514, DALLAS, TX 75284

10924    RENTAL SERVICES CORP, 2108 MALONEY, BRYAN, TX 77802

10924    RENTAL SERVICES CORP, P.O. BOX 4127, BRYAN, TX 77802

10925    RENTAL SERVICES, 701 PITTMAN RD., BALTIMORE, MD 21226

10925    RENTAL SYSTEMS INC., PO BOX 4346 DEPT 440, HOUSTON, TX 77210-4346

10925    RENTAL SYSTEMS, INC, 6700 HOLLISTER, BLDG ONE, HOUSTON, TX 77040

10925    RENTAL TOOLS & EQUIP CO, INC, 1709 SULPHUR SPRING RD., BALTIMORE, MD 21227

10925    RENTAL TOOLS & EQUIPMENT CO INTL IN, PO BOX 85080, RICHMOND, VA 23285-4334

10925    RENTAL TOOLS & EQUIPMENT CO., POST OFFICE BOX 75169, BALTIMORE, MD 21275-5169

10924    RENT-ALL CENTER, INC., 2020 "F" STREET, DAVIS, CA 95616

10924    RENT-ALL CENTER, INC., 217 BENICIA ROAD, VALLEJO, CA 94590

10924    RENTALS UNLIMITED INC, 7649 HAYWARD RD, FREDERICK, MD 21701

10924    RENTALS UNLIMITED, 7649 HAYWARD RD., FREDERICK, MD 21702

10924    RENTALS UNLIMITED, P.O. BOX 600, CLARKSBURG, MD 20871

10925    RENT-A-PC INC, 265 OSER AVE, HAUPPAUGE, NY 11788

10925    RENTAS, MARY, 31 VALLEY COURT, SECAUCUS, NJ 07094

10925    RENTERIA, JULIO, 6763 OLD WATERLOO APT. 425, ELKRIDGE, MD 21075

10925    RENTERIA, JULIO, 7500 GRACE DR, COLUMBIA, MD 21044

10925    RENTMEESTER, MARY, 815 N VAN BUREN ST, GREEN BAY, WI 54302

10925    RENTOKIL - BOSTON (22), DEPT 857-0022 W, PALATINE, IL 60094-4020

10925    RENTOKIL - BOSTON (22), POBOX 93348, CHICAGO, IL 60673-3348

10925    RENTOKIL ENVIRONMENTAL SERVICE, 511 WRIGHTWOOD AVE, ELMHURST, IL 60126

10925    RENTOKIL INC., PO BOX 119, BURTONSVILLE, MD 20866-0119

10925    RENTOKIL INC-HEALTHCARE SVC, PO BOX 957149, DULUTH, GA 30136

10925    RENTOKIL INITIAL, PO BOX 957149, DULUTH, GA 30136

10925    RENTOKIL, INC- CHG, PO BOX 101175, ATLANTA, GA 30392-1175

10924    RENTON ELECTRIC CO, 4614 FERNLEE, ROYAL OAK, MI 48703

10925    RENTON, JOHNETTE, RT. 2, BOX 265, MAURICE, LA 70555

10925    RENTROP, DAVID R, 2006 PLANTATION DR., LAKE CHARLES, LA 70605

10925    RENTROP, DAVID, 2006 PLANTATION DR, LAKE CHARLES, LA 70605

10925    RENTZ, BERNARD, PO BOX 1434, BARTOW, FL 33831

10925    RE-NU CARPET CARE, PO BOX 1673, FREMONT, CA 94538-0167

10925    RE-NU CARPET CARE, POBOX 1673, FREMONT, CA 94538-0167

10925    RENWICK, PAMELA, 221 VEROT SCHOOL RD, LAFAYETTE, LA 70508

10925    RENY, GREGORY, 10 SUNDOWN COURT, MADISON, WI 53704

10925    RENY, MICHAEL, 40 SPEAR ST, QUINCY, MA 02169

10925    RENZ, A, 404 GARLAND ROAD, WILMINGTON, DE 19803

10925    RENZ, ERNESTINE, 2266 GULF-TO-BAY-BLVD PARK LOT 256, CLEARWATER, FL 34625-8619

10924    REP CONSTRUCTION INC., 1121 E. 26TH. STREET, TACOMA, WA 98421

10925    REPAK, E, 4140 NORTH MARMORA, CHICAGO, IL 60634

10925    REPAUPO/BRIDGEPORT, R R #8 BOX 71, SWEDESBORO, NJ 08085

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | REPCHECK, ESQ, JOHN, MARKS, ONEIL, OBRIEN & COURTNEY,, GULF TOWER, SUITE 3200, 707 GRANT ST, PITTSBURGH, PA 15219 | |
| 10925 | REPCO INC, 54 BRIDGE ST., METUCHEN, NJ 08840 | |
| 10924 | REPCO LITE PAINT INC., 473 WEST 17TH STREET, HOLLAND, MI 49423 | |
| 10925 | REPH, MICHAEL, 13 SUNNYBROOK DRIVE, NEW BRITAIN, PA 18901 | |
| 10925 | REPHOLZ PRINTING, 612 S. MARENGO AVE., ALHAMBRA, CA 91803 | |
| 10925 | REPINSKI, SCOTT, 2339 SOUTH 97TH ST., WEST ALLIS, WI 53227 | |
| 10925 | REPINSKI, SHAWN, 3137 S. HOWELLREET, MILWAUKEE, WI 53207 | |
| 10924 | REPLACEMENT HLW EVAPORATOR-SAVANNAH, RIVER PLANT C/O SOUTH INSULATION, JACKSON, SC 29831 | |
| 10925 | REPLIGEN CORPORATION, 117 FOURTH AVE., NEEDHAM, MA 02494 | |
| 10925 | REPP, LINDA, 410 E WOOD ST, SHREVE, OH 44676 | |
| 10925 | REPPART, JOHN, 909 DEACON CIRCLE, COLUMBUS, OH 43214 | |
| 10925 | REPPART-KIKER, LORI, 3705 ENGLEWOOD, LUBBOCK, TX 79407 | |
| 10925 | REPPOND, IRIS, 1123 GARDEN PARK DR, JACKSON, MS 39204 | |
| 10925 | REPPUCCI, LINDA, 2084 REVERE BEACH, EVERETT, MA 02149 | |
| 10924 | REPRESENTACIONES LARAMI LTDA, AVENIDA 9# 129A-74 OFICINA 101, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | REPRINT COMPANY, THE, 4019 N. 5TH ROAD, ARLINGTON, VA 22203 | |
| 10925 | REPRINTS, 888 SEVENTH AVE, NEW YORK, NY 10106 | |
| 10925 | REPRODUCTION SPECIALTIES, 2222 N. HOWARD ST., BALTIMORE, MD 21218 | |
| 10925 | REPSHER-CROOKS INC, BOX 271, MERIDIAN, MS 39302-0271 | |
| 10924 | REPSOL-YPF S.A., AV. PTE. ROQUE SAENZ PENA 777, BUENOS AIRES*, 01364ARG | *VIA Deutsche Post* |
| 10924 | REPSOL-YPF S.A., AV. PTE. ROQUE SAENZ PENA 777, BUENOS AIRES, 01364ARG | *VIA Deutsche Post* |
| 10924 | REPSOL-YPF S.A., AV. PTE. ROQUE SAENZ PENA, BUENOS AIRES, 01364ARG | *VIA Deutsche Post* |
| 10924 | REPUBLIC ALUMINUM C/O ASC, 927 W EVERGREEN, CHICAGO, IL 60622 | |
| 10924 | REPUBLIC ALUMINUM INC, 1333 N. HICKORY, CHICAGO, IL 60622 | |
| 10924 | REPUBLIC CHEMICAL, 60 S. SEIBERLING STREET, AKRON, OH 44305 | |
| 10924 | REPUBLIC CHEMICAL, PO BOX 9360, AKRON, OH 44305-0360 | |
| 10924 | REPUBLIC CONTAINER COMPANY, VISCOSE ROAD, NITRO, WV 25143 | |
| 10924 | REPUBLIC CONTRACTING CORP., ATTN: ACCOUNTS PAYABLE, COLUMBIA, SC 29290 | |
| 10924 | REPUBLIC CONTRACTING CORPORATION, HIGHWAY 52 S, SALTERS, SC 29590 | |
| 10925 | REPUBLIC GYPSUM CO, PO BOX DR C, DUKE, OK 73532 | |
| 10925 | REPUBLIC INDUSTRIES, 305 E. COLLEGE ST, LOUISVILLE, KY 40203 | |
| 10925 | REPUBLIC INDUSTRIES, SECTION #266, LOUISVILLE, KY 40289 | |
| 10924 | REPUBLIC NATIONAL BANK, 2800 PONCE DELEON BLVD., CORAL GABLES, FL 33134 | |
| 10925 | REPUBLIC PNUEMATICS, 305 EAST COLLEGE ST., LOUISVILLE, KY 40203 | |
| 10925 | REPUBLIC SERVICES OF NJ INC, PO BOX 9001765, LOUISVILLE, KY 40290-1765 | |
| 10925 | REPUBLIC TITLE OF TEXAS, 300 CRESCENT COURT SUITE 100, DALLAS, TX 75201 | |
| 10925 | REPUBLIC WASTE SERVICES, PO BOX 530274, ATLANTA, GA 30353-0274 | |
| 10924 | REPUBLIC WINDOW AND DOORS, 1333 N. HICKORY DRIVE, CHICAGO, IL 60622 | |
| 10924 | REPUBLIC WINDOW AND DOORS, 1725 WEST DIVERSEY PARKWAY, CHICAGO, IL 60614 | |
| 10924 | REPUBLIC WINDOW AND DOORS, 930 WEST EVERGREEN AVENUE, CHICAGO, IL 60622 | |
| 10925 | REPUBLICAN PARTY OF FLORIDA, 2418 DAVIS AVE, ALEXANDRIA, VA 22302 | |
| 10925 | REPUBLICAN SENATE COUNCIL, 425 SECOND ST NE, WASHINGTON, DC 20002 | |
| 10925 | REPUBLIQUE FRANCAISE, 48 RUE CAMILLE DESMOULINS, ISSY LES MOULINEAUX CEDEX, 92452FRANCE | *VIA Deutsche Post* |
| 10925 | RERDERIAN, GREGORY, 10 WAGON WHEEL DRIVE, BEDFORD, MA 01730 | |
| 10925 | RERO DISTRIBUTION COMPANIES INC, PO BOX 92367, ROCHESTER, NY 14692-0367 | |
| 10925 | RESCAR INC., DEPT. 77-3318, CHICAGO, IL 60678-3318 | |
| 10925 | RESCAR, INC, 1993 FOREMAN RD., ORANGE, TX 77630 | |
| 10925 | RESCAR, INC, DEPT. 77-3318, CHICAGO, IL 60678-3318 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | RESCATES LATINOS INTERNATIONAL INC., 28 WOODCREEK ROAD, HARTFORD CT, 06013MEXICO | *VIA Deutsche Post* |
| 10925 | RESCHKE, DARREN, 2932 GOLDEN GLOW RD, DEPERE, WI 54115 | |
| 10924 | RESCO PRODUCTS INC, 1302 CONSHOHOCKEN ROAD, NORRISTOWN, PA 19404 | |
| 10925 | RESEARCH & DEVELOPMENT PACKAGING IN, 1221 HWY 22, LEBANON, NJ 08833 | |
| 10925 | RESEARCH CONSULTANTS, PO BOX 43002, AUSTIN, TX 78745 | |
| 10925 | RESEARCH COTTRELL, A UNIT OF HAMON CORPORATION INC., HAMON CORPORATE PLAZA, 58-72 EAST MAIN ST., SOMERVILLE, NJ 08876 | |
| 10925 | RESEARCH FOR HIRE, 1696 SOUTH LEGGETT ST, PORTERSVILLE, CA 93257 | |
| 10925 | RESEARCH FOUNDATION OF CUNY, 30 WEST BROADWAY 11TH FL, NEW YORK, MN 10007 | |
| 10925 | RESEARCH INSTITUTE OF AME, 117 EAST STEVENS AVE, VALHALLA, NY 10595-1264 | |
| 10925 | RESEARCH INSTITUTE OF AMERICA INC, POBOX 4910, CHICAGO, IL 60680-4910 | |
| 10925 | RESEARCH INSTITUTE OF AMERICA, PO BOX 4910, CHICAGO, IL 60680-4910 | |
| 10925 | RESEARCH INSTITUTE OF AMERICA, POBOX 4910, CHICAGO, IL 60680-4910 | |
| 10925 | RESEARCH TRIANGLE INSTITUTE, 3040 CORNWALLIS ROAD, RESEARCH TRIANGLE PARK, NC 27709 | |
| 10924 | RESEARCH TRIANGLE INSTITUTE, CENTRAL RECEIVING, E. INDUSTRIAL DRIVE, MORRISVILLE, NC 27560 | |
| 10924 | RESEARCH TRIANGLE INSTITUTE, PO BOX 12106, DURHAM, NC 27703 | |
| 10925 | RESENDES, LOUIS, 300 EAST WASHINGTON ST, 5N, NORTH ATTLEBORO, MA 02760 | |
| 10925 | RESENDEZ, BLANCA, 2700 TORONTO, MCALLEN, TX 78501 | |
| 10925 | RESENDEZ, DIANA, 2501 NOLANA APT Q4, MCALLEN, TX 78501 | |
| 10925 | RESENDEZ, EDITH, 1210 OLD KNOLL, WYLIE, TX 75098 | |
| 10925 | RESENDEZ, MARIA, 500 BERTHA, MISSION, TX 78572 | |
| 10925 | RESENDEZ, RICARDO, 3633 S. SHAVER, PASADENA, TX 77504 | |
| 10925 | RESENDIS, ALEJANDRO, 2211 LEE AVE, FT. WORTH, TX 76106 | |
| 10925 | RESENDIZ, ALBINO, 2819 N. W. 31ST, FT. WORTH, TX 76106 | |
| 10925 | RESENDIZ, MANUEL, 2604 LOVING, FT. WORTH, TX 76106 | |
| 10925 | RESER, GAYLE D, 101 A HANCOCK ST, BEAUFORT, SC 29902 | |
| 10925 | RESERVE ACCOUNT, PO BOX 952856, ST LOUIS, MO 63195-2856 | |
| 10924 | RESERVE CASINO, HENDERSON, NV 89009 | |
| 10925 | RESERVE ROOFING & SHEET METAL, 674 HOGUE AVE., AKRON, OH 44310 | |
| 10924 | RESERVOIR CORPORATE CENTER, PROGRESS DRIVE @ RESEARCH DRIVE, SHELTON, CT 06484 | |
| 10924 | RESERVOIR CORPORATE CENTER, PROGRESS DRIVE AND RESEARCH DRIVE, SHELTON, CT 06484 | |
| 10925 | RESERVOIR TRUST FUND, 446 E FLORIDA, HEMET, CA 92543 | |
| 10924 | RESIDENCE  INN, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28231 | |
| 10925 | RESIDENCE INN BY MARRIOTT, 525 NW 77TH ST, BOCA RATON, FL 33487 | |
| 10925 | RESIDENCE INN COLUMBIA, 4950 BEAVER RUN ROAD, ELLICOTT CITY, MD 21043 | |
| 10925 | RESIDENCE INN, 4950 BEAVER RUN RD., ELLICOTT CITY, MD 21043 | |
| 10924 | RESIN & ELASTOMER PRODUCTS CO., 28256 FOX LANE DR., SANTA CLARITA, CA 91351 | |
| 10924 | RESIN & ELASTOMER PRODUCTS CO., 9120 SAN FERNANDO RD, SUN VALLEY, CA 91352 | |
| 10925 | RESIN SYSTEMS CORPORATION, ROUTE 101A, AMHERST, NH 03031 | |
| 10925 | RESIN SYSTEMS INC, 1586 SWISCO RD., SULPHUR, LA 70665 | |
| 10925 | RESIN SYSTEMS, INC, 1586 SWISCO RD., SULPHUR, LA 70665 | |
| 10925 | RESISTANCE TECHNOLOGY INC, 1260 RED FOX ROAD, ARDEN HILLS, MN 55112 | |
| 10925 | RESISTANCE TECHNOLOGY INC, PO BOX 9349, MINNEAPOLIS, MN 55440 | |
| 10924 | RESNICK ELECTRIC, 49323 SHAFER, WIXOM, MI 48393 | |
| 10925 | RESNIK, M, RD 1 BOX 154 A, AVERILL PARK, NY 12018 | |
| 10925 | RESNOVER, MALINDA, 5315 OCHS AVE, INDIANAPOLIS, IN 46254 | |
| 10924 | RESORT AT COCOA BEACH, US 1, COCOA BEACH, FL 32931 | |
| 10925 | RESORT AT SQUAW CREEK, POBOX 3333, OLYMPIC VALLEY, CA 96146 | |
| 10924 | RESOURCE BUILDING MATL'S, 225 SOUTH TURNBULL CANYON, INDUSTRY, CA 91744 | |
| 10924 | RESOURCE CHEMICAL CO. INC., 6500 OU TER LOOP, LOUISVILLE, KY 40228 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RESOURCE CHEMICAL COMPANY, INC, 6500 OUTER LOOP, SUITE 4, LOUISVILLE, KY 40228

10925   RESOURCE CONSULTANTS INC, PO BOX 305172, NASHVILLE, TN 37230-5172

10925   RESOURCE CONSULTANTS INC, POBOX 293028, NASHVILLE, TN 37229

10925   RESOURCE DESIGN TECHNOLOGY INC, 293 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550

10925   RESOURCE DEVELOPMENT INC., 11475 WEST I-70 FRONTAGE RD N, WHEAT RIDGE, CO 80033

10925   RESOURCE ELECTRONICS INC, PPOBOX 408, COLUMBIA, SC 29202-0408

10925   RESOURCE ELECTRONICS, PO BOX 846356, DALLAS, TX 75284-6356

10925   RESOURCE EQUIPMENT, 1547 PALOS VERDES #205, WALNUT CREEK, CA 94596

10925   RESOURCE EQUIPMENT, INC, 1547 PALOS VERDES #205, WALNUT CREEK, CA 94596-2228

10925   RESOURCE NET INTERNATIONAL, 1201 67TH ST., BALTIMORE, MD 21237

10925   RESOURCE NET INTERNATIONAL, PO BOX 5-0207, WOBURN, MA 01815-0207

10925   RESOURCE NET INTERNATIONAL, PO BOX 905577, CHARLOTTE, NC 28290-5577

10924   RESOURCE RECOVERY OF AMER, 2300 WHY 60 WEST, MULBERRY, FL 33860

10925   RESOURCE RECYCLING SERVICES INC, 401 LINCOLN WAY WEST, OSCEOLA, IN 46561

10925   RESOURCE SUPPORT ASSOC, PO BOX 5072, DENVER, CO 80217-5072

10924   RESOURCE SYSTEMS, 7 MERRY LANE, EAST HANOVER, NJ 07936

10925   RESOURCELECTRONICS, PO BOX 971387, DALLAS, TX 75397-1387

10925   RESOURCENET INTERNATIONAL, PO BOX 5-0207, WOBURN, MA 01815-0207

10925   RESOURCENET INTERNATIONAL, PO BOX 64648, BALTIMORE, MD 21264

10925   RESOURCENET INTERNATIONAL, PO BOX 91694, CHICAGO, IL 60693

10925   RESOURCES, PO BOX 880, GARDNER, MA 01440

10925   RESPI-TECH INC, PO BOX 1635, LIBERTY, TX 77575

10925   RESPOND SYSTEMS, 3726 W ROANOKE #4, PHOENIX, AZ 85009-1349

10925   RESPOND SYSTEMS, 6808 HOBSON VALLEY DR., WOODRIDGE, IL 60517

10925   RESPONSE RENTALS, PO BOX 8000, BUFFALO, NY 14267

10925   REST, ANNE, RECORD ST. RETIRE. HOME 115 RECORD ST, FREDERICK, MD 21701-5459

10925   RESTA, ANTHONY, 1132 CHESWORTH RD, PHILA PA, PA 19115

10924   RESTEC CONTRACTING, 22955 KIDDER STREET, HAYWARD, CA 94545

10924   RESTEC CONTRACTING, CAMBRIDGE, MA 02140

10924   RESTEC CONTRACTORS INC., 22959 KIDDER STREET, HAYWARD, CA 94545

10925   RESTEGHINI, ALFRED, 17 LARSON LANE, STONEHAM, MA 02180

10924   RESTEK CORPORATION, 110 BENNER CIRCLE, BELLEFONTE, PA 16823

10924   RESTEK CORPORATION, 110 BENNER CIRCLE, BELLEFONTE, PA 16823-8812

10925   RESTEK CORPORATION, POBOX 8500-6215, PHILADELPHIA, PA 19178-6215

10924   RESTIN-YMCA, 12196 SUNSET HILLS RD, RESTON, VA 20190

10925   RESTO, LINDA, 29402 TONESTAR CIRCLE, NEW HUDSON, MI 48165

10924   RESTORATION EAST, INC., 4209 EAST CHASE STREET, BALTIMORE, MD 21205

10924   RESTORATION SPECIALISTS I, PO BOX 29, BROOMFIELD, CO 80038

10924   RESTORATION SPECIALISTS INC., P.O. BOX 29, BROOMFIELD, CO 80020

10925   RESTREPO, JORGE, 240-22B OAK PARK DR, DOUGLASTON, NY 11362

10925   RESTREPO, MARTHA, 469 VALLEY PL, ENGLEWOOD, NJ 07631

10925   RESTREPO, N, 1021 GIAN DRIVE, TORRANCE, CA 90502

10925   RESTREPO, TERESITA, 469 VALLEY PL, ENGLEWOOD, NJ 07631

10924   RESURECTION HIGH SCHOOL C/O SPRAY, 7500 W TALCOTT, CHICAGO, IL 60631

10924   RESURRECTION HEALTH CARE CORP., 7435 WEST TALCOTT AVENUE, CHICAGO, IL 60631

10924   RESURRECTION MEDICAL CENTER, C/O SPRAY INSULATION, CHICAGO, IL 60631

10925   RESUTA, ANN, 750 COLUMBIA AVE, SINKING SPRIN, PA 19608

10924   RETAMA PARK, 16410 LOOKOUT ROAD, SELMA, TX 78154

10924   RETEC @ SOUTHLAND, ALPHANO ROAD, GREAT MEADOWS, NJ 07838

10924   RETEC REMEDIATION TECHNOLOGIES, 1005 W. NINTH AVE. SUITE A, KING OF PRUSSIA, PA 19406

10925   RETHABER, JOHN, ROUTE 5 BOX 204-A, FLORESVILLE, TX 78114

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RETIREMENT ACCOUNTS & CO, FBO EDWARD W NOURY 019838810001, PO BOX 173785, DENVER, CO 80217-3785 | |
| 10925 | RETRO-FIT INC, 455 FORTUNE BLVD, MILFORD, MA 01757 | |
| 10925 | RETRO-FIT INC, POBOX 5-0581, WOBURN, MA 01815-0581 | |
| 10925 | RETROFIT INCORPORATED, POBOX 5-0581, WOBURN, MA 01815-0581 | |
| 10925 | RETTEW, RICHARD, 101 MAN-O-WAR DRIVE, FORT MILL, SC 29715-9523 | |
| 10925 | RETTIN HOUSE LABEL MEDIA, PO BOX 95320, CHICAGO, IL 60694 | |
| 10925 | RETTINGER, JAMES, 3891 FAIRBANKS FOREST DR, JACKSONVILLE, FL 32223 | |
| 10925 | RETURN LOGISTICS, FORMERLY RETURN LOGISTICS, DEPT 77-8996, CHICAGO, IL 60678-8996 | |
| 10925 | RETZLAFF, BRADLY, 105 OAK VALLEY TRAIL, ANDERSON, SC 29625 | |
| 10925 | REU, ROBERT, 336 ROSLYN, EL PASO, TX 79928 | |
| 10925 | REUBEN, ANN, 38 DEANNA DRIVE, #99, SOUTH SOMERVILLE, NJ 08876 | |
| 10925 | REUBERT, DONNA, 308 GARY BLVD, LONGWOOD, FL 32750-4663 | |
| 10925 | REUBIN TOBIN &, CHARLOTTE E TOBIN TEN ENT, 18031 BISCAYNE BLVD 1102, NORTH MIAMI BCH, FL 33160-2520 | |
| 10925 | REUILLE, PAMELA, 18 GRISWOLD COURT, STERLING, VA 22170 | |
| 10924 | REULE ENTERPRISE CO., LTD., RM2, 4FL, NO.25, SEC.4, HSIN YI RD, TAIPEI, TAIWAN R.O.C., 106TWN | *VIA Deutsche Post* |
| 10925 | REULET, RANDAL, 3217 SOUTH PEACH ST, VACHERIE, LA 70090 | |
| 10924 | REUSE TECHNOLOGIES CONST., 6207 COLLEGE DR., SUFFOLK, VA 23435 | |
| 10924 | REUSE TECHNOLOGIES CONST., P.O. BOX 5411, SUFFOLK, VA 23435 | |
| 10925 | REUSING, JOHN E, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | REUSING, JOHN, 207 ARMSTRONG LANE, PASADENA, MD 21122 | |
| 10925 | REUSS, SHARON, 1021 JONESVILLE ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | REUTER, LEONARD, 8555 CITRUS AVE J249, FONTANA, CA 92335 | |
| 10925 | REUTER, ROBERT, 911 HILL ST, CHEROKEE, IA 51012 | |
| 10925 | REUTER, TODD, 6866 HICKORY LANE, DE FOREST, WI 53532 | |
| 10925 | REUTERS AMERICA INC, PO BOX 10410, NEWARK, NJ 07193-0410 | |
| 10925 | REUTERS AMERICA INC, PO BOX 777 W1020, PHILADELPHIA, PA 19175 | |
| 10925 | REUTERS AMERICA INC., PO BOX 10410, NEWARK, NJ 07193-0410 | |
| 10925 | REUTERS INFORMATION SVCS, PO BOX 10418, NEWARK, NJ 07193 | |
| 10925 | REUTERS NEWMEDIA INC, PO BOX 7777-W501854, PHILADELPHIA, PA 19175-1854 | |
| 10924 | REUTHER MATERIAL COMPANY, 5303 TONNELLE AVENUE, NORTH BERGEN, NJ 07047 | |
| 10924 | REUTHER MATERIALS CO., 5303 TONNELLE AVE., NORTH BERGEN, NJ 07047 | |
| 10925 | REUTHINGER, MARY, 4 ASHLEY COURT VILLAGE 6, WHITING, NJ 08759 | |
| 10925 | REUTLINGER, ALAN, 212 CHURCH ST, N ADAMS, MA 01247 | |
| 10925 | REUTTI, RICHARD, 1624 ANCHOR PLACE, LAFAYETTE, CO 80026 | |
| 10925 | REV JAMES P WUEBBEN &, ESTHER ANN WUEBBEN JT TEN, 491 EKLUND ST, PESHTIGO, WI 54157-1128 | |
| 10925 | REV WILLIAM L RICHTER, 5679 MONROE ST. 809, SYLVANIA, OH 43560-2718 | |
| 10925 | REVAK, MARY, 5101 WEST CATALPA, CHICAGO, IL 60630 | |
| 10925 | REVELLE, DALE, 2689 SW TORONADO TRAIL, STUART, FL 34997 | |
| 10924 | REVELS BLOCK & BRICK, 12225 HODGES, HOUSTON, TX 77088 | |
| 10924 | REVELS BRICK, 12225 HODGES, HOUSTON, TX 77085 | |
| 10925 | REVENAUGH, ARCEAL, 3635 VALLEY ST, OMAHA, NE 68105 | |
| 10925 | REVENGE PEST CONTROL, INC, PO BOX 3074, PASADENA, TX 77501-3074 | |
| 10925 | REVENGE PEST CONTROL, PO BOX 3074, PASADENA, TX 77501-3074 | |
| 10925 | REVENUE SERVICE, INTERNAL, RE WILSON CELESTINE 435322105, MEMPHIS, TN 37501-0110 | |
| 10925 | REVERE COPPER PRODUCTS, INC, PO BOX 300, ROME, NY 13442-0300 | |
| 10925 | REVERE ELECTRIC CO., 2501 W. WASHINGTON BLVD., CHICAGO, IL 60612 | |
| 10925 | REVERE ELECTRIC SUPPLY CO., 135 S LASALLE DEPT 3866, CHICAGO, IL 60674-3866 | |
| 10924 | REVERE ELECTRIC SUPPLY, 2501 W. WASHINGTON BLVD., CHICAGO, IL 60612 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   REVERE TRANSDUCERS, 14192 FRANKLIN AVE, TUSTIN, CA 92680

10925   REVERE TRANSDUCERS, 17502 FABRICA WAY, CERRITOS, CA 90701

10925   REVERE, PO BOX 35311, CLEVELAND, OH 44135-0311

10925   REVERTEX AMERICAS, 6601 KINGSWAY, SAINT LOUIS, MO 63123

10925   REVES, FOSTER, 6896 PULASKI AVE, RADFORD, VA 24141

10925   REVIELLO, DIANA, 114 DEER RUN RD, ANDERSON, SC 29626

10925   REVIERE, LEE, 1 YEAMANS HALL COURT, SPARTANBURG, SC 29306

10925   REVIERE, RICHARD, 1 YEAMANS HALL COURT, SPARTANBURG, SC 29306

10925   REVILLA, RODOLFO, 139 LOWELL ST, SOMERVILLE, MA 02143-1414

10925   REVIS, DIAYN, PO BOX 1101, MEEKER, CO 81641

10925   REVIS, DONNA, 411 SHERARD RD, BELTON, SC 29627

10925   REVIS, JERRY, RT 1 BOX 389, WILLIAMSTON, SC 29697

10925   REVIS, MICHAEL, NBU BOX 11 BROOKVIEW CIRCLE, PELZER, SC 29669

10925   REVIS, MITCHELL, 18 FENWICK LN, GREENVILLE, NC 29617

10925   REVIS, RANDALL, 1605 ANDERSON DR, LIBERTY, SC 29657

10925   REVIS, WILLIAM, 31 SMYTH ST, PELZER, SC 29669

10925   REVISTA SUBASTAS, AVE PONCE DE LEON #268, HATO REY, PR 00918PUERTO RICO     *VIA Deutsche Post*

10924   REVLON CORPORATION, HWY 158, OXFORD, NC 27565

10925   REVLON INC., 625 MADISON ST, NEW YORK, NY 10222

10924   REVLON, 4301 WEST BUCKEYE ROAD, PHOENIX, AZ 85043

10924   REVLON, INC., 1501 WILLIAMSBORO STREET, OXFORD, NC 27565

10924   REVLON, INC., PO BOX 6114, OXFORD, NC 27565-6114

10924   REVLON, IX , ARIZONA, PO BOX 6114, OXFORD, NC 27565-6114

10925   REVOIR, WALTER, 4099 W. 71ST ST., CHICAGO, IL 60629

10925   REVOIR, WALTER, 7346 W 110TH PLACE, WORTH, IL 60482

10924   REW (PHOENIX PURCHASES), CAMBRIDGE, MA 02140

10924   REW MATERIAL, 9304 E. 39TH N, WICHITA, KS 67226

10924   REW MATERIALS, 1330 METRO PARWAY, FORT MYERS, FL 33912

10924   REW MATERIALS, 310 E. NORTH, SALINA, KS 67401

10924   REW MATERIALS, 3925 E. 5TH AVE., COLUMBUS, OH 43219

10924   REW MATERIALS, 404 MILL ST, SALISBURY, MD 21801

10924   REW MATERIALS, 901 S 12TH STREET, GLENDALE, AZ 85304

10924   REW MATERIALS, 901 S. 12TH ST., PHOENIX, AZ 85034

10924   REW MATERIALS, FORMERLY, CIMMARRON MATERIALS, PHOENIX, AZ 85036

10924   REW MATERIALS, INC., 203 W. DELHI, LAS VEGAS, NV 89103

10925   REW, MONTY, 19001 75TH ST E., BONNEY LAKE, WA 98390

10924   REWARD SAND & GRAVEL, 19183 HIGHWAY 20, WINTHROP, WA 98862

10924   REWARD SAND & GRAVEL, 19183 HWY 20, WINTHROP, WA 98862

10925   REWARD STRATEGIES, 63 LANDHAM ROAD, SUDBURY, MA 01776

10925   REWIS, MELISSA, RT.#1 BOX 102A, NEWBERRY, FL 32669

10924   REX HEALTH CARE EMERGENCY DEPT., C/O WARCO, 4420 LAKE BOONE TRAIL, RALEIGH, NC 27619

10924   REX HIDE, PO BOX 4726, TYLER, TX 75712

10924   REX HOSPITAL, CUSTOMER PICK-UP, RALEIGH, NC 27600

10924   REX INDUSTRIE PRODUKTE, GERMANY, POSTFACH 10 05 40, GERMANY, 99999DEU     *VIA Deutsche Post*

10925   REX INTERNATIONAL, PO BOX 651448, CHARLOTTE, NC 28265-1448

10924   REX MARIK DRYWALL, FRANK SCHIPPER-CONTRACT, SANTA BARBARA, CA 93102

10925   REX PLASTICS, 1406 WILDWOOD DR., FALLSTON, MD 21047

10924   REX PRECAST SYSTEMS, 210 REALTY DRIVE, CHESHIRE, CT 06410

10925   REX PURE FOODS INC, 4200 POCHE COURT WEST, NEW ORLEANS, LA 70189

10924   REX ROTO CORP OF VIRGINIA, 601 BAILEY STREET, SOUTH HILL, VA 23970

10924   REX ROTO CORPORATION OF KANSAS, 1000 UNION STREET, COUNCIL GROVE, KS 66846

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   REX ROTO CORPORATION, 5600 E GRAND RIVER, FOWLERVILLE, MI 48836

10924   REX ROTO CORPORATION, PO BOX 980, FOWLERVILLE, MI 48836

10925   REX SUPPLY CO, POBOX 67000, DETROIT, MI 48267-0587

10925   REX SUPPLY COMPANY, PO BOX 299487, HOUSTON, TX 77299-0487

10925   REX TRUCKING, INC, PO BOX 247, HOUSTON, TX 77001

10924   REX VAULT SVC., INC., HIGHWAY 33 EAST, NEWTON, IL 62448

10924   REX VAULT SVC., INC., P.O. BOX 323, NEWTON, IL 62448

10924   REX WOOD 5, 2300 REX WOODS DRIVE, RALEIGH, NC 27607

10925   REX, ANN, 223 COLD SPRINGS RD, DOUGLAS, WY 82633

10925   REX, BRAIDEN, 8471 SOUTHWESTERN BLVD 5195, DALLAS, TX 75206-2207

10925   REX, GARY, 426 LECONEY AVE, PALMYRA, NJ 08065

10925   REX, ROBERT, 5312 LOCUST VALLEY RD, COOPERSBURG, PA 18036

10924   REXAM BEVERAGE CAN COMPANY, 139 EVA STREET, SAINT PAUL, MN 55107

10924   REXAM BEVERAGE CAN COMPANY, 2050 WILLIAMS STREET, SAN LEANDRO, CA 94577

10924   REXAM BEVERAGE CAN COMPANY, 4001 MONTDALE DRIVE, VALPARAISO, IN 46383

10924   REXAM BEVERAGE CAN COMPANY, ATTN:  ELAINE PANTANO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10924   REXAM BEVERAGE CAN COMPANY, ROUTE 79 & CARSON ROAD, BIRMINGHAM, AL 35217

10924   REXAM CLOSURES, 3245 KANSAS ROAD, EVANSVILLE, IN 47711

10924   REXAM DSI- DO NOT USE, 1 CANAL STREET, SOUTH HADLEY, MA 01075

10925   REXAM INC, FRANK BROWN, 4201 CONGRESS ST, SUITE 340 (28209), CHARLOTTE, NC 28209

10925   REXAM MEDICAL PACKAGING INC, SMITH HELMS MULLISS & MOORE BENNE, 201 NORTH TRYON ST, PO BOX 31247, CHARLOTTE, NC 28231-1247

10925   REXAM MOLOX, PO BOX 751341, CHARLOTTE, NC 28275-1341

10925   REXAM MOLOX, POBOX 751341, CHARLOTTE, NC 28275-1341

10924   REXAM PLC, 1 CANAL STREET, SOUTH HADLEY, MA 01075

10924   REXAM PLC, 1 GOLDSMITH STREET, JOHNSTON, RI 02919

10924   REXAM PLC, 1 WHOLESALE WAY, CRANSTON, RI 02920

10924   REXAM PLC, 15 MULLIGAN DRIVE, SOUTH HADLEY, MA 01075

10924   REXAM PLC, 28 GAYLORD STREET, SOUTH HADLEY, MA 01075

10924   REXAM PLC, 28 GAYLORD STREET, SOUTH HADLEY, MA 01075-2894

10924   REXAM PLC, 3400 N MARINE DR, PORTLAND, OR 97217

10924   REXAM PLC, 3400 NORTH MARINE DR IVE, PORTLAND, OR 97217

10924   REXAM PLC, 5492 BOSTWICK, LOWVILLE, NY 13367

10924   REXAM PLC, 700 CRESTDALE STREET, MATTHEWS, NC 28105

10924   REXAM PLC, BRIDGE STREET, BROWNVILLE, NY 13615

10924   REXAM PLC, DOCK#26, 11 BERKSHIRE STREET, HOLYOKE, MA 01040

10924   REXAM PLC, PO BOX 3349, PORTLAND, OR 97208

10924   REXAM PLC, PO BOX 368, MATTHEWS, NC 28106

10924   REXAM PLC, PO BOX 6001, WEST SPRINGFIELD, MA 01090

10925   REXAM RELEASE, 5001 WEST 66TH ST, BEDFORD PARK, IL 60638

10924   REXAM, 700 CRESTDALE STREET, MATTHEWS, NC 28105

10924   REXCEL COATINGS CORP., 4600 RIPLEY, EL PASO, TX 79922

10924   REXCEL COATINGS INC., 4600 RIPLEY DR, EL PASO, TX 79922

10924   REXCEL SUMMERS, 4601 SPRING VALLEY, DALLAS, TX 75244

10924   REXEL CONSOLIDATED, 1420 SOUTH FEDERAL HWY, STUART, FL 34994

10924   REXEL CONSOLIDATED, 2560 FOWLER ST., FORT MYERS, FL 33901

10924   REXEL CONSOLIDATED, 6861 GARDEN RD, RIVIERA BEACH, FL 33404

10924   REXEL CONSOLIDATED, P O BOX 420498, MIAMI, FL 33142

10924   REXEL DATACOM, 12720 DANIELSON CT. SUITE C, POWAY, CA 92064

10924   REXEL DATACOM, 1882 MC GRAW AVE. UNIT A, IRVINE, CA 92614

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   REXEL DATACOM, 2504 L & A ROAD, METAIRIE, LA 70001

10924   REXEL DATACOM, 32910 ALVARADO NILES ROAD #100, UNION CITY, CA 94587

10924   REXEL DATACOM, 4230 JEFFERY DRIVE, BATON ROUGE, LA 70816

10924   REXEL DATACOM, 4545 FULLER STREET, IRVING, TX 75038

10924   REXEL DATACOM, 4545 FULLER SUITE 370, IRVING, TX 75038

10924   REXEL DATACOM, 47606 KATO RD, FREMONT, CA 94538

10924   REXEL DATACOM, 8758 CLAY ROAD STE 430, HOUSTON, TX 77080

10924   REXEL GLASCO, 700 W. MISSISSIPPI AVE., DENVER, CO 80223

10924   REXEL NORCAL VALLEY-TRUCKEE, 10338 RIVER PARK PLACE, TRUCKEE, CA 96161

10925   REXEL SOUTHERN, PO BOX 23746, HARAHAN, LA 70183-0746

10924   REXEL SUMMERS, 105 N. ARKANSAS STREET, CROSSETT, AR 71635

10924   REXEL SUMMERS, PO BOX 698, CROSSETT, AR 71635

10924   REXEL WHOLESALE, 420 PRESS STREET, KINGSPORT, TN 37662-0418

10925   REXEL/BRANCH, PO BOX 73056, BALTIMORE, MD 21273-3056

10924   REXEL/CCW, 200 UNION BOWER CT SUITE 210, IRVING, TX 75061

10924   REXEL/CCW, 3607 METRO PARKWAY, SAN ANTONIO, TX 78247

10925   REXEL/SOUTHLAND ELECTRICAL SUPPLIES, PO BOX 1628, OWENSBORO, KY 42303-1628

10925   REXFORD INC, 10380 DRUMMOND RD, PHILADELPHIA, PA 19100

10924   REXFORD PAPER COMPANY, 3100 WEST MILL ROAD, MILWAUKEE, WI 53209

10924   REXFORD PAPER COMPANY, PO BOX 411, MILWAUKEE, WI 53201

10925   REXHAM CORP, GREGORY S HILDERBRAN, 201 NORTH TRYON ST, PO BOX 31247, CHARLOTTE, NC 28202

10924   REX-HIDE, INC., COUNTRY CLUB ROAD, GRAFTON, WV 26354

10924   REX-HIDE, INC., PO BOX 370, GRAFTON, WV 26354

10924   REXIMCO INTERNATIONAL, 711 ROUTE 1 SOUTH, EDISON, NJ 08817

10924   REXIMCO INTERNATIONAL, 85 WAINWRIGHT AVENUE, CLOSTER, NJ 07624

10924   REXIMCO INTERNATIONAL, PO BOX 151, CLOSTER, NJ 07624

10924   REXNORD CORPORATION, 5555 S. MOORELAND, NEW BERLIN, WI 53151

10925   REXON, 24500 HIGHPOINT ROAD, BEACHWOOD, OH 44122

10925   REXROAT, GEORGE, 2908 NALLY COURT, LEXINGTON, KY 40517

10925   REXROAT, LEROY, 731 FIRST AVE, OTTAWA, IL 61350

10925   REY, RICHARD, 17261 WHITE WATER COURT, FORT MYERS BEACH, FL 33931

10925   REYER, CHARLES, 16631 N. 56TH ST., SCOTTSDALE, AZ 85254

10925   REYER, PAUL, 8031 CENTERPORT ROAD, WEEDSPORT, NY 13166-9998

10925   REYERSON STEEL, PO BOX 8000, CHICAGO, IL 60680

10925   REYERSON, DENNIS, RURAL ROUTE 3, NORTHWOOD, IA 50459

10925   REYES JR, VICTOR, 2018 IRELAND ST, LAREDO, TX 78043

10925   REYES, ADELINA, 927 DAISY AVE APT 8, LONG BEACH, CA 90802

10925   REYES, AIDA, 3200 TAMARACK, MCALLEN, TX 78501

10925   REYES, AMPARO, 2162 EVANS CT #203, FALLS CHURCH, VA 22043

10925   REYES, ANNABELLE, 11322 BAYOU PLACE DR, HOUSTON, TX 77099

10925   REYES, CARLOS, 1474 CHAPIN ST #1 APT 8, WASHINGTON, DC 20009

10925   REYES, CARLOS, 1474 CHAPIN ST, #8, WASHINGTON, DC 20009

10925   REYES, CECILIA, 12414 JAGUAR DRIVE, STAFFORD, TX 77477

10925   REYES, CHRISTOPHER, 2146 W HIGHLAND, CHICAGO, IL 60659

10925   REYES, CORAZON, 1501 FOUR OAKS RD., SAN JOSE, CA 95131

10925   REYES, CRISTINO, 5618 N 6TH ST, ARLINGTON, VA 22205

10925   REYES, DANIEL, 2200 ADEN RD., FORT WORTH, TX 76116

10925   REYES, DANIEL, 402 GREENLAWN DR. #101, HYATTSVILLE, MD 20783

10925   REYES, DELMY, 1610 16TH ST. NW APT.703, WASHINGTON, DC 20009

10925   REYES, DEMETRIUS, PO BOX 231, WINDTHORST, TX 76389

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    REYES, FERMIN, 565 UNIVERSITY BLVD E, SILVER SPRING, MD 20901

10925    REYES, FLORDELIS, 814 NAVARONNE WAY, CONCORD, CA 94518

10925    REYES, FRANCISCO, 409 N. 4TH ST, COLTON, CA 92324

10925    REYES, GARY, 4311 30TH ST, MT RAINIER, MD 20712

10925    REYES, GEORGE, 1635 JERICHO ROAD, AURORA, IL 60506

10925    REYES, GRISELDA, 207 N AVE A, HOBBS, NM 88240

10925    REYES, IMELDA, 4713 SAMUELL BLVD., MESQUITE, TX 75149

10925    REYES, JOSE, 2107 LWISDALE DR, HYATTSVILLE, MD 20783

10925    REYES, JOSE, 2146 W HIGHLAND AVE, CHICAGO, IL 60659

10925    REYES, JOSE, 5618 N. 6TH ST, ARLINGTON, VA 22205

10925    REYES, JOSE, 7226 24TH PLACE, HYATTSVILLE, MD 20783

10925    REYES, JOSEPHINE, 323 JUANITA, SAN ANTONIO, TX 78237

10925    REYES, JUANITA, 764 EAST LUNA, CHAPARRAL, NM 88021

10925    REYES, JULIE, 1211-B CLIFTON AVE, CLIFTON, NJ 07012

10925    REYES, LILY, 4193 N PIMA DRIVE, SCOTTSDALE, AZ 85256

10925    REYES, LYDIA, 4406 REAMY DRIVE, SUITLANDARK, MD 20746

10925    REYES, MANUEL, 11418 GONDOLA, STAFFORD, TX 77477

10925    REYES, MARIA, CALLE 5 G-3, CANOVANAS, PR 00629

10925    REYES, MARIA, URB EL VIVERO, GUARABO, PR 00778

10925    REYES, MARIO, 1863 N. 25TH ST, MILWAUKEE, WI 53205

10925    REYES, NOELIA, 504 NR, MISSION, TX 78572

10925    REYES, NORA, 2002 FORGHAM ST, 201, HYATTSVILLE, MD 20783

10925    REYES, NORMA, 1433 BELMONIT ST NW APT 301, WASHINGTON, DC 20009

10925    REYES, PETER, 3114 SHERWOOD AVE, ALHAMBRA, CA 91801

10925    REYES, PETER, 7237 E GAGE AVE, LOS ANGELES, CA 90040

10925    REYES, R, 11930 BANNER DR 69, GRADEN GROVE, CA 92643

10925    REYES, RAMON, CALLE 33 AN-40 TOA ALTA HEIGHTS, TOA ALTA, PR 00758

10925    REYES, RENATO, 631 WOODBLUFF AVE., DUARTE, CA 91010

10925    REYES, RICARDO, 1859 N 25TH ST, MILWAUKEE, WI 53205

10925    REYES, ROSALINDA, RT 8 BOX 196, MISSION, TX 78572

10925    REYES, RUBEN, 3617 W. MARION ST, MILWAUKEE, WI 53216

10925    REYES, SANTIAGO, 6135 WILLSTON DR 101, FALLS CHURCH, VA 22044

10925    REYES, SHEILA, 9314 PIPER LN, DALLAS, TX 75228

10925    REYES, SOLEDAD, 42 BRIARWOOD RD, JERSEY CITY, NJ 07305

10925    REYES, TINA, 719 NEIL, WACO, TX 76710

10925    REYES, TROADIO, 12414 JAGUAR DRIVE, STAFFORD, TX 77477

10925    REYES, V, URB SAN ANTONIO CALLE I F94, ARRUYO, PR 00615

10925    REYLING, CHARLES, RR7 BOX 333-10, KANKAKEE, IL 60901

10925    REYMANN, STEPHEN, 5 STUART MILLS PLACE, CATONSVILLE, MD 21228

10925    REYNA JR., RUBEN, 1885 LA MANCHA, BROWNSVILLE, TX 78521

10925    REYNA, ALFONSO, 2907 HALLEY, ODESSA, TX 79764

10925    REYNA, ANITA, 1824 MAGNOLIA, MIDLAND, TX 79705

10925    REYNA, ARMANDO, RT 10 BOX CA-14, MISSION, TX 78572

10925    REYNA, GUADALUPE, 300 EAST BAHIA, MISSION, TX 78572-5506

10925    REYNA, JOSE, 6140 GLENMONT, HOUSTON, TX 77081

10925    REYNA, RICARDO, 322 N OLIVE ST APT A, ANAHEIM, CA 92805

10925    REYNA, TERESA, 505 WEST AVE R, SAN ANGELO, TX 76903

10925    REYNAUD, BARBARA, 3261 WHITNEY DRIVE E, TALLAHASSEE, FL 32308

10925    REYNAUD, DALW, 504 VICTORIA RD., PATTERSON, LA 70397

10925    REYNAUD, JED, 3261 WHITNEY DR., E., TALLAHASSEE, FL 32308

10925    REYNAUD, M, 214 SHANEWOOD DR, MARKSVILLE, LA 71351

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | REYNOLD M RATLIFF &, MILLIE J RATLIFF JT TEN, PO BOX 20438, ROANOKE, VA 24018-0044 | |
| 10925 | REYNOLD RAMNARINE, 2133 POLO GARDEN DR, WELLINGTON, FL 33414 | |
| 10925 | REYNOLDS & ASSOCIATES, 933 WEST WEATHERFORD, FORT WORTH, TX 76102 | |
| 10924 | REYNOLDS & REYNOLDS BUSINESS FORMS, PO BOX 195, DAYTON, OH 45401 | |
| 10924 | REYNOLDS & REYNOLDS BUSINESS FORMS, PO BOX 2245, DAYTON, OH 45401 | |
| 10924 | REYNOLDS & REYNOLDS, 2405 COUNTY LINE ROAD, KETTERING, OH 45430 | |
| 10924 | REYNOLDS & REYNOLDS, 425 S. ROCKEFELLER, ONTARIO, CA 91761 | |
| 10924 | REYNOLDS /USE 554227, THE, 140-A REGAL ROW, DALLAS, TX 75247 | |
| 10925 | REYNOLDS ALUMINUM SUPPLY CO., PO BOX 198127, ATLANTA, GA 30384 | |
| 10925 | REYNOLDS ALUMINUM SUPPLY CO., PO BOX 8145, NEWARK, DE 19702 | |
| 10924 | REYNOLDS BROS. L.L.C., PLANT # 2 - NEW PLANT, 22801 CANAL STREET, ORANGE BEACH, AL 36561 | |
| 10924 | REYNOLDS BROTHERS, HIGHWAY 180, GULF SHORES, AL 36542 | |
| 10924 | REYNOLDS COMPANY, THE, 140 B REGAL ROW, DALLAS, TX 75247 | |
| 10924 | REYNOLDS COMPANY, THE, 5125 N.E. PARKWAY, FORT WORTH, TX 76106 | |
| 10924 | REYNOLDS CONSTRUCTION COMPANY, CAMBRIDGE, MA 02140 | |
| 10924 | REYNOLDS CONSTRUCTION, 11 ALICE STREET, PENSACOLA, FL 32523 | |
| 10924 | REYNOLDS ELECTRIC & ENGINEER, PO BOX98521, LAS VEGAS, NV 89193 | |
| 10924 | REYNOLDS ELECTRIC & ENGINEER, POST OFFICE BOX 98521, LAS VEGAS, NV 89193 | |
| 10925 | REYNOLDS ENGINEERING & EQUIPMENT, PO BOX 541, ANNANDALE, MN 55302 | |
| 10925 | REYNOLDS INDUSTRIES INC, 3601 FOOTHILLS WAY, FORT MILL, SC 29715 | |
| 10925 | REYNOLDS INDUSTRIES, INC, 3601 FOOTHILLS WAY, FORT MILL, SC 29715 | |
| 10925 | REYNOLDS JR, JOSEPH, 85 LEDGEWOOD HILLS DRIVE, NASHUA, NH 03062 | |
| 10925 | REYNOLDS LAWN & LEISURE INC, 12902 SHAWNEE MISSION PKWY, SHAWNEE, KS 66216-1851 | |
| 10924 | REYNOLDS METAL CO., ATTN: SHARED SERVICES E-3-50, RICHMOND, VA 23285-5555 | |
| 10924 | REYNOLDS METAL COMPANY, 501 NORTH SIXTH STREET, MONTICELLO, IN 47960 | |
| 10925 | REYNOLDS METALS CO, JAMES E MCKINNON CHIEF ENV COUNSEL, | |
| 10924 | REYNOLDS METALS CO., 2001 REYMET ROAD, RICHMOND, VA 23237 | |
| 10924 | REYNOLDS METALS CO., 3939 CINCINNATI AVENUE, ROCKLIN, CA 95677 | |
| 10924 | REYNOLDS METALS CO., BELLWOOD PRINTING PLANT, 2001 REYMET ROAD, RICHMOND, VA 23237 | |
| 10925 | REYNOLDS METALS CO., PO BOX 100121, ATLANTA, GA 30384-0121 | |
| 10925 | REYNOLDS METALS CO., PO BOX 27003, RICHMOND, VA 23261 | |
| 10924 | REYNOLDS METALS COMPANY, 10420 MALCOLM MCKINLY DRIVE, TAMPA, FL 33612 | |
| 10925 | REYNOLDS METALS COMPANY, 1900 BARNES ST, REIDSVILLE, NC 27320-1170 | |
| 10924 | REYNOLDS METALS COMPANY, 1900 BARNES STREET, REIDSVILLE, NC 27320 | |
| 10924 | REYNOLDS METALS COMPANY, 2425 WHIPPLE ROAD, HAYWARD, CA 94540 | |
| 10924 | REYNOLDS METALS COMPANY, 27402 72ND AVENUE, KENT, WA 98032 | |
| 10924 | REYNOLDS METALS COMPANY, 500 CRENSHAW BOULEVARD, TORRANCE, CA 90509 | |
| 10924 | REYNOLDS METALS COMPANY, 6600 WILL ROGER BOULEVARD, FORT WORTH, TX 76140 | |
| 10925 | REYNOLDS METALS COMPANY, 6601 BROAD ST., RICHMOND, VA 23230 | |
| 10924 | REYNOLDS METALS COMPANY, 750 OLD ABINGDON HIGHWAY, BRISTOL, VA 24201 | |
| 10924 | REYNOLDS METALS COMPANY, 8310 SHELL ROAD, RICHMOND, VA 23237 | |
| 10924 | REYNOLDS METALS COMPANY, 8500 WEST TOWER AVENUE, MILWAUKEE, WI 53224-2222 | |
| 10924 | REYNOLDS METALS COMPANY, 91-320 KOMOHANA STREET, EWA BEACH, HI 96706 | |
| 10924 | REYNOLDS METALS COMPANY, ATTN: ACCOUNTS PAYABLE, GUAYAMA, PR 785PUERTO RICO | *VIA Deutsche Post* |
| 10924 | REYNOLDS METALS COMPANY, ATTN: SHARED SERVICES E-3-50, RICHMOND, VA 23261 | |
| 10924 | REYNOLDS METALS COMPANY, ATTN: SHARED SERVICES E-3-50, RICHMOND, VA 23285-5555 | |
| 10924 | REYNOLDS METALS COMPANY, ATTN: SHARED SERVICES E-3-50, RICHMOND, VA 23285-5555 | |
| 10924 | REYNOLDS METALS COMPANY, CARRETERA ESTATAL NO.3, KM 140.8, GUAYAMA, PR 784PUERTO RICO | *VIA Deutsche Post* |
| 10924 | REYNOLDS METALS COMPANY, HIGHWAY 319 SOUTH, MOULTRIE, GA 31768 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    REYNOLDS METALS COMPANY, P.O. BOX 27003, RICHMOND, VA 23261

10924    REYNOLDS METALS COMPANY, P.O. BOX 85698, RICHMOND, VA 23285-5555

10924    REYNOLDS METALS COMPANY, PO BOX1007, MONTICELLO, IN 47960

10924    REYNOLDS METALS COMPANY, PO BOX1108, KENT, WA 98035

10925    REYNOLDS METALS COMPANY, POBOX 100550, ATLANTA, GA 30384-0550

10924    REYNOLDS METALS COMPANY, RD2 BALLARD ROAD, MIDDLETOWN, NY 10940

10924    REYNOLDS READY MIX L.L.C., 22801 CANAL ROAD - PLANT #1 (OLD), ORANGE BEACH, AL 36561

10924    REYNOLDS READY MIX L.L.C., 25640 HWY 13 (OFF HWY 64), DAPHNE, AL 36526

10924    REYNOLDS READY MIX L.L.C., 2640 S MCKENZIE ST., FOLEY, AL 36535

10924    REYNOLDS READY MIX L.L.C., 2640 SOUTH MCKENNZIE ST, FOLEY, AL 36535

10924    REYNOLDS READY MIX L.L.C., 47331 STATE HIGHWAY 59, BAY MINETTE, AL 36507

10924    REYNOLDS READY**DO NOT USE-PLEASE, MARKED FOR DELETION. S.CLARK, 22801 CANAL ROAD PLANT #2 (NEW), ORANGE BEACH, AL 36561

10925    REYNOLDS TRANSFER & STORAGE, 725 EAST MIFFLIN ST, MADISON, WI 53703

10925    REYNOLDS TRANSFER & STORAGE, MOHS MAC DONALD WIDDER & PARADISE, 20 NORTH CARROLL ST, MADISON, WI 53703

10925    REYNOLDS, BARBARA, 118 HOLLY TREE CIRCLE, DUNCAN, SC 29334-9764

10925    REYNOLDS, BARBARA, 28 NESENKEAG DR, LITCHFIELD, NH 03052

10925    REYNOLDS, BEVERLY, 44 EMERSON DR., JACKSON, TN 38305

10925    REYNOLDS, BOBBY, 2191 OLD SPTBG HWY, WOODRUFF, SC 29388

10925    REYNOLDS, BRIAN, 206 WESTWOOD AVE, ORRVILLE, OH 44667

10925    REYNOLDS, C, 905 S. 14TH PLACE, ROGERS, AR 72756

10925    REYNOLDS, CARL, 10215 SAGEROYAL LANE, HOUSTON, TX 77089

10925    REYNOLDS, CARL, 6240 WOODWARD # 224, AMARILLO, TX 79107

10925    REYNOLDS, CYNTHIA, 9529 SE COUNTY ROAD 319, TRENTON, FL 32693-2662

10925    REYNOLDS, DARCY, PO BOX 1463, EL CERRITO, CA 94530

10925    REYNOLDS, DAVID, N85 W12890 RENEE DRIVE, MENOMONEE FALLS, WI 53051

10925    REYNOLDS, DENNIS, 5185 TWP RD 257, MILLERSBURG, OH 44654

10925    REYNOLDS, DEWAYNE, 6541 SANDY LANE, RIVERSIDE, CA 92505

10925    REYNOLDS, DIANE, 205 E. 2ND ST, LONG BEACH, MS 39560

10925    REYNOLDS, DOUGLAS V, BOX 4040, HUNTINGTON, WV 25729-4040

10925    REYNOLDS, DOUGLAS, 9206 FESTIVAL COURT, TAMPA, FL 33647

10925    REYNOLDS, DOYLE, 3733 GLENOAK DR, HARVEY, LA 70058

10925    REYNOLDS, EILEENE, 2915 DOTY CHAPEL RD, AFTON, TN 37616

10925    REYNOLDS, GARY, 227 N. EASTERN, CONNERSVILLE, IN 47331

10925    REYNOLDS, GEORGE, 109 THOMAS ST, BELFORD, NJ 07718

10925    REYNOLDS, HAROLD, RT. 1, BOX 774, BOLIVAR, TN 38008

10925    REYNOLDS, HERBERT, 1230 SUTTON PLAZA 13TH ST, WASHINGTON, DC 20005

10925    REYNOLDS, HERMAN, 2708 N COLLEGE, BETHANY, OK 73008-4736

10925    REYNOLDS, HERMAN, 2708 N. COLLEGE, BETHANY, OK 73008

10925    REYNOLDS, J, 5518 SOUTHWOOD DR., MEMPHIS, TN 38120

10925    REYNOLDS, JAMES, PO BOX 1321, COLUMBIA, LA 71418

10925    REYNOLDS, JEANNIE, 16007 ARBORLEA DRIVE, FRIENDSWOOD, TX 77546-3146

10925    REYNOLDS, JED, 4131 KIPLING DR., OWENSBORO, KY 42303

10925    REYNOLDS, JOHN, 6 JEAN AVE, GREENVILLE, SC 29611

10925    REYNOLDS, JOHN, 707 HICKORY LANE, FT MEADE, FL 33841-9998

10925    REYNOLDS, KATHRYN, 29807 BUCKINGHAM, LIUONIA, MI 48154

10925    REYNOLDS, KATHY, 1616 PINEHALL RD, ASHEBORO, NC 27203

10925    REYNOLDS, LANCE, 14 TRAILER HOME DRIVE, SALEM, NH 03079-2938

10925    REYNOLDS, LARRY, 215 VARVAROSKY RD., DEVILLE, LA 71328

10925    REYNOLDS, LAURIE, 118 HOLLY TREE CIRCLE, DUNCAN, SC 29334

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    REYNOLDS, LEE, 2634 OTTO ROAD, CHARLOTTE, MI 48813

10925    REYNOLDS, MAE, 744 TANLEY ST, SANDERSVILLE, GA 31082

10925    REYNOLDS, MARK, 183 PROSPECT ST., ASHLAND, MA 01721-2213

10925    REYNOLDS, MARK, 5730 149TH, LUBBOCK, TX 79424

10925    REYNOLDS, MARY, 3525 DECATUR AVE APT 5B, BRONX, NY 10467

10925    REYNOLDS, MARY, 65 WILLIAM G. DR, TEWKSBURY, MA 01876

10925    REYNOLDS, MICHAEL, 210 PERKINS ROW, TOPSFIELD, MA 01983

10925    REYNOLDS, MICHAEL, 6 SEWARD ST. APT 3C, DANSVILLE, NY 14437

10925    REYNOLDS, NANCY, 1645 BONNIE LN., CHARLOTTE, NC 28213

10925    REYNOLDS, ORREN, 21273 WOOSTER RD, DANVILLE, OH 43014-9624

10925    REYNOLDS, PATOOMMAT, 2503 HALBERT ST., PEARLAND, TX 77581

10925    REYNOLDS, PAUL, 2501 IDLEWILD ST, LAKELAND, FL 33801-2746

10925    REYNOLDS, PAUL, 8449 CASABA, CANOGA PARK, CA 91306

10925    REYNOLDS, PAUL, RT. 5, BOX 700 #66, KILGORE, TX 75662

10925    REYNOLDS, R, 239 S LAKESIDE DRIVE, GRAND ISLANDS, NE 68801

10925    REYNOLDS, REBA, 2817 NW 157TH, EDMOND, OK 73013

10925    REYNOLDS, RHONDA, 10 KIRK ST, SPRINGVALE, ME 04083

10925    REYNOLDS, ROBERT, 510 NEW PITTSBURGH AVE, BALTIMORE, MD 21222

10925    REYNOLDS, ROBIN, 14708 DELL AVE., BELLFLOWER, CA 90706

10925    REYNOLDS, ROSANNE, 4302 E ONYX AVE, PHOENIX, AZ 85028

10925    REYNOLDS, ROSETTA, 2235 HARDESTY, KANSAS CITY, MO 64127

10925    REYNOLDS, SCOTT, 205 GEORGEWOOD WAY, EASLEY, SC 29640

10925    REYNOLDS, STACEY, 451 CARRIAGE DRIVE, ATLANTA, GA 30328

10925    REYNOLDS, STEPHEN, 419 HIGHMEADOW ROAD, REISTERSTOWN, MD 21136

10925    REYNOLDS, STEVEN, 118 SNYDER RD, EASLEY, SC 29640

10925    REYNOLDS, STEVEN, 4262 CUB DRIVE, LOUISVILLE, TN 37777

10925    REYNOLDS, TAMMY, 12711 LUNAN RD, CLINTON, MD 20735

10925    REYNOLDS, TIMOTHY, 2300 GINGER LN, CHARLOTTE, NC 28213

10925    REYNOLDS, TODD, 2300 GINGER LN, CHARLOTTE, NC 28213

10925    REYNOLDS, VINCENT, 2818 EPWORTH LANE, OWENSBORO, KY 42303

10925    REYNOLDS, WAYNE, 10275 REIDVLLE RD #26, GREER, SC 29651

10925    REYNOLDS, WAYNE, PO BOX 212, MT. VIEW, WY 82939

10925    REYNOLDS, WENDY, 10736 WILSON BLVD, BLYTHE WOOD, SC 29016

10925    REYNOLDS, WILLIAM, 2929 HAYES RD #1203, HOUSTON, TX 77082

10925    REYRAO, ELVIRA, 3081 EDWIN AVE, FORT LEE, NJ 07024

10925    REYSEN, JOYCE, 28-30 49 ST, ASTORIA, NY 11103

10925    REZA WALTER, ONE TOWN CTR ROAD, BOCA RATON, FL 33486-1010

10925    RF KNOX COMPANY INC, PO BOX 1337, SMYRNA, GA 30081

10925    RF TECHNOLOGIES, INC, 8265-I PATUXENT RANGE RD., JESSUP, MD 20794

10925    RF VII, INC, 1041 GLASSBORO RD.,BLDG. E-1, WILLIAMSTOWN, NJ 08094

10925    RF WOOD, PO BOX 256, TIGERVILLE, SC 29688

10924    RFJ INC, DBA MEISWINKLE, CAMBRIDGE, MA 02140

10924    RFJ MEISWINKEL/1800 MARKET ST., SAN FRANCISCO, CA 94101

10924    RFJ MEISWINKEL/CHEVRON BUILDING, C/O S.F. GRAVEL, 930 INNES, SAN FRANCISCO, CA 94142

10924    RFJ MEISWINKEL/GREEN LIBRARY, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94142

10924    RFJ MEISWINKEL/GREYHOUND DEPOT, 450 IRWIN, SAN FRANCISCO, CA 94101

10924    RFJ MEISWINKEL/SAN FRANCISCO JAIL, 13TH & M ST., TREASURE ISLAND, CA 94130

10924    RFJ MEISWINKEL/SONY, S.F.GRAVEL, 3300 ZANKER, SAN JOSE, CA 95102

10924    RFJ, INC. DBA/MEISWINKEL CO., 930 INNES, SAN FRANCISCO, CA 94124

10925    RFP VIDEO PRODUCTION, INC, 1831 E. 71ST ST, TULSA, OK 74103

10924    RG CONSTRUCTION, BOX 491, POMONA, KS 66076

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   RG CONSTRUCTION, P O BOX 491, POMONA, KS 66076

10924   RG CONSTRUCTION, WEST A, POMONA, KS 66076

10925   RG GROUP, PO BOX 1422, YORK, PA 17405

10925   RG INDUSTRIAL GROUP, PO BOX 2825, YORK, PA 17405

10925   RGGL CORP, GARY J DISANO VP,

10925   RGH SERVICES, PO BOX 502, MOUNT AIRY, MD 21771

10925   RHABB, ANDREW, 5710 37TH AVE, HYATTSVILLE, MD 20782

10925   RHABB, ANDREW, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   RHAME JR, W HENRY, 5810 HANNA PIERCE RD W APT L, TACOMA, WA 98467-4203

10925   RHAMES, IDA, 111 S E 1ST ST, DANIA, FL 33004

10925   RHEA, MARK, 815 SOUTH PARK, IOWA PARK, TX 76367

10925   RHEA, SHANNON, 8430 SUNBRIDGE DR, FAIRBURN, GA 30213

10925   RHEAUME, D, 65 SUMMER ST, LOWELL, MA 01852-3331

10925   RHEAUME, LEO, 1902 ERIE ST, HYATTSVILLE, MD 20783

10925   RHEE, DR. WON-JONG, 3 WILLIAM ST, MILLTOWN, NJ 08850

10925   RHEE, GI, 11407 VALE RD, OAKTON, VA 22124

10925   RHEELER, HILDA, PO BOX 1048, ROANOKE RAPIDS, NC 27870

10925   RHEES, KIMBERLY, 7280 CO RD 22, LAKEVILLE, OH 44638

10925   RHEES, RICK, 536 VINCENT DRIVE, LONDONVILLE, OH 44842

10925   RHEES, VIKKI, 536 VINCENT DRIVE, LONDONVILLE, OH 44842

10925   RHEM, KIM, 546 MISTLETOE AVE, YOUNGSTOWN, OH 44511

10925   RHEOMETRIC SCIENTIFIC INC, POBOX 18349, NEWARK, NJ 07191-4676

10925   RHEW, DODIE, 3951 ALAMANCE CHURCH, LIBERTY, NC 27298

10925   RHI CONSULTING, 6996 COLUMBIA GATEWAY DR., SUITE 20, COLUMBIA, MD 21046

10925   RHI CONSULTING, D-3759, BOSTON, MA 02241-3759

10925   RHIMCO INDUSTRIES INC, 4150 BRITTON ROAD, MANSFIELD, TX 76063-9999

10925   RHINEHARDT, MARK, 32 COMSTOCK RD., EDISON, NJ 08817

10925   RHINEHART, CORNELIA, 4080 MOORE DUNCAN HWY, MOORE, SC 29369

10925   RHINEHART, SIRIKIT, 7823 OLD DAVIS FORD ROAD., MANASSAS, VA 22110

10925   RHINERSON, JOSEPH, 1041 WRIGHTS LANDING RD, OWENSBORO, KY 42303

10925   RHINESMITH & ASSOCIATES, 123 HARBOR DRIVE, STAMFORD, CT 06902

10925   RHINESMITH, CLARK E, 7349 HWY 8 WEST, ALIPINE APTS 202, RHINELANDER, WI 54501-0000

10924   RHINO BLOCK & MATERIALS, PO BOX 65667, WEST DES MOINES, IA 50265

10925   RHINO EQUIPMENT, 3131 N INDUSTRIAL DR, SIMPSONVILLE, SC 29681

10924   RHINO MATERIALS, 480 SOUTH 16TH ST., WEST DES MOINES, IA 50265

10924   RHINO MATERIALS, P.O. BOX 65667, WEST DES MOINES, IA 50265

10925   RHITE, CHARLES, 617 BREWER PLACE, GREENWOOD, IN 46142

10925   RHOA, FRANCES, 509 S SANTA FE AVE, 148, EDMOND, OK 73003

10925   RHOADES, BRENDA, PO BOX 1112, ABILENE, TX 79604

10925   RHOADES, CATHARINE L, 2922 N 35TH ST 14, PHOENIX, AZ 85018-7423

10925   RHOADES, CHRISTOPHER, 2009 BURNIE CIRCLE, ALICE, TX 78332

10925   RHOADES, DAVID, 4121 ELM LAWN RD, OCONTO FALLS, WI 54154-9651

10925   RHOADES, HASKELL, PO BOX 71, STIGLER, OK 74462

10925   RHOADES, JOHNNY, 200 A APACHE, HOBBS, NM 88240

10925   RHOADES, MARIA, 1340 E. SHOOP RD, TIPP CITY, OH 45371

10925   RHOADES, VALERIE, 32 MANSFIELD ST, ALLSTON, MA 02134

10925   RHOADES, WALTER, 443 SUTTON PLACE, NORWOOD, NJ 07648

10925   RHOADS JT TEN, ARTHUR T & ANNE M, 7 LONGVIEW DRIVE, SCHUYLKILL HAVEN, PA 17972-1817

10925   RHOADS, BARBARA, 305 OLD TREE TRACE, ROSWELL, GA 30075

10925   RHOADS, DIANA, 3703 SOUTHBOROUGH ROAD, FLORENCE, SC 29501

10925   RHOADS, GARY, 102B IRONWOOD TRAIL, NORTH CHARLESTON, SC 29418

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RHOADS, JOHN, 2846 MYRICK LANE, TWINSBURG, OH 44087-2913

10925   RHOADS, JOHN, 610 NE 18TH ST, GUYMON, OK 73942-3030

10925   RHOADS, RICHARD, 1860 FAIRPORT DR, GRAYSLAKE, IL 60030

10925   RHOADS, RICK, 618 S. 2ND ST., YUKON, OK 73099

10925   RHOADS, RUTH, 34 BLUE STEM CT, IOWA CITY, IA 55240

10925   RHOADS, WILLIAM, 3088 CIRCLE DR NE, CEDAR RAPIDS, IA 52402

10925   RHODA E GENESKY, PO BOX 1092, NANTUCKET, MA 02554-1092

10925   RHODA S AUSLANDER, 3008 JOHNSON AVE, NEW YORK, NY 10463-3507

10925   RHODAS, JOHN, 14519 UNION AVE, SAN JOSE, CA 95124

10925   RHODE ISLAND ATTY GENERAL, ATTN: SHELDON WHITEHOUSE, 150 S MAIN ST, PROVIDENCE, RI 02903

10925   RHODE ISLAND CSI CHAPTER, 71 SPRING GARDEN ST, WARWICK, RI 02888-1652

10925   RHODE ISLAND DEPT OF ENVIR MGMT, 235 PROMENADE ST, 4TH FLR, PROVIDENCE, RI 02903

10925   RHODE ISLAND DEPT OF ENVIR MGMT, 235 PROMENADE ST, 4TH FLR, PROVIDENCE, RI 02908

10925   RHODE ISLAND DIVISION OF TAXATION, PROVIDENCE, RI 02908-5811

10924   RHODE ISLAND ELECTRONIC CERAMICS, 25 LARK INDUSTRIAL PARKWAY, GREENVILLE, RI 02828

10925   RHODE, EDWARD, 177A-1 STAR ROUTE, GOULDSBORO, PA 18424-9998

10925   RHODEHAMEL, EDWARD, 205 WOODY CREEK ROAD, GREER, SC 29650

10925   RHODEN LACY DOWNEY COLBERT, PO BOX 16845, PO BOX 16845, JACKSON, MS 39203

10925   RHODEN, DONNA, 1301 CAMINA ENTRADA, FARMINGTON, NM 87401

10925   RHODEN, VINCENT, 560 NW 187TH ST, MIAMI, FL 33169

10925   RHODERICK, EMMA V, 7126 HEATHFIELD RD, BALTIMORE, MD 21212-1514

10924   RHODES BRICK & BLOCK, 10 WIMFIELD RD., SAINT ALBANS, WV 25177

10924   RHODES BRICK & BLOCK, 10 WINFIELD ROAD, SAINT ALBANS, WV 25177

10925   RHODES INC, GEN COUNSEL, 4370 PEACHTREE RD NE, ATLANTA, GA 30319

10925   RHODES, ALETA, 230 CAMELOT DRIVE, MORGANTON, NC 28655

10925   RHODES, BRIAN, 2077-G.LAKE PK.DRIVE, SMYRNA, GA 30080

10925   RHODES, BRYAN, #5 ROCKY RD DULARGE RT, HOUMA, LA 70363

10925   RHODES, CELITA, 2413 BOB WHITE DR, ST BERNARD, LA 70085

10925   RHODES, DEBORAH, 5848 W. 38TH ST., INDIANAPOLIS, IN 46218

10925   RHODES, EDDIE, 6106 FRONTENAC, DETROIT, MI 48211

10925   RHODES, FLOYD, PO BOX 295, WOODRUFF, SC 29388-0295

10925   RHODES, GRACE, 5959 PINEMONT DR., HOUSTON, TX 77092

10924   RHODES, INC., 4370 PEACHTREE RD., NE, ATLANTA, GA 30319

10925   RHODES, IRMA, 1300 RIDGEFIELD AVE, THIBODAUX, LA 70301

10925   RHODES, JON, 280 NORTHERN AVE APT #27H, AVONDALE ESTATES, GA 30002

10925   RHODES, KAREN, PO BOX 117, WOODRUFF, SC 29388

10925   RHODES, KENNETH, 1023 FOLEY AVE, IOWA PARK, TX 76367

10925   RHODES, MICHAEL, 784 BARBARA DR, CRAIG, CO 81625

10925   RHODES, MICHELLE, BOX 576, FRITCH, TX 79036

10925   RHODES, OTIS, 17616 RUNYON, DETROIT, MI 48234

10925   RHODES, PARTHENIA, 6 WOODCOCK RD, HENRICO, NC 27842

10925   RHODES, REBECCA, 826 GILLESPIE ST, PRATTVILLE, AL 36067

10925   RHODES, SAMUEL, 135 POOLE ST EXT, WOODRUFF, SC 29388

10925   RHODES, SANDRA, 203 FLORAL DR, LENOIR, NC 28645

10925   RHODES, STACEY, PO BOX 4832, BUFFALO GROVE, IL 60089

10925   RHODES, TOM, 2330 SOUTH UNIVERSITY, 201, DENVER, CO 80210

10925   RHODES, VALERIE, 9736 MEDFORD, ST LOUIS, MO 63136

10925   RHODES, WILLIAM, 1013 E. CALIFORNIA ST., EL PASO, TX 79902

10925   RHODIA ELECTRONICS AND CATALYSIS, 26 RUE CHEF DE BAIE, LA ROCHELLE, 17041FRANCE        **\*VIA Deutsche Post\***

10925   RHODIA INC, PO BOX 101665, ATLANTA, GA 30392-1665

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RHODIA INC, POBOX 101665, ATLANTA, GA 30392

10925   RHODIA INC., CN 7500 259 PROSPECT PLAINS ROAD, CRANBURY, NJ 08512

10925   RHODIA INC., PO BOX 101665, ATLANTA, GA 30392

10924   RHODIA RARE EARTH, INC, 3 ENTERPRISE DRIVE, SHELTON, CT 06484

10925   RHODIA, 259 PROSPECT PLAINS RD., CRANBURY, NJ 08512

10924   RHODIA, CN1120, CRANBURY, NJ 08512

10924   RHODIA, INC, 577 BANKHEAD HWY., WINDER, GA 30680

10924   RHODIA, INC, 6213 HIGHWAY 332 EAST, FREEPORT, TX 77541

10925   RHODIA, INC, BOX 881, SEYMOUR, CT 06478

10925   RHODIA, INC, PO BOX 101665, ATLANTA, GA 30392-1665

10925   RHODIA, INC, PO BOX 75196, CHARLOTTE, NC 28275

10924   RHODIA, INC., 259 PROSPECT PLAINS ROAD, CRANBURY, NJ 08512

10924   RHODIA, INC., 577 BANKHEAD HWY., WINDER, GA 30680

10925   RHODIA, PO BOX 101665, ATLANTA, GA 30392

10925   RHODOMOYER, VERONICA, 232 SOUTH 11TH ST, QUAKERTOWN, PA 18951

10925   RHOLDON, DARRELL, 541 ST. JOSEPH ST., HARVEY, LA 70058

10924   RHOM & HAAS, 13300 BAY AREA BLVD., LA PORTE, TX 77571

10925   RHOMBERG, ANN, 6910 N. OAKLEY #1, CHICAGO, IL 60645

10925   RHONDA CRUMLEY, 384 TEMPLETON DR., SPARTANBURG, SC 29306

10925   RHONDA HOPKINS HUNT, 2252 PEWTER DR, KNOXVILLE, TN 37909

10925   RHONDA PATRICK, 751 JEFFERSON DR SW, CONYERS, GA 30094

10925   RHONDA SMITH, 815 W.BOYNTON BEACH BLVD., BOYNTON BEACH, FL 33426

10925   RHONDA SMITH, 8225-B THAMES BLVD., BOCA RATON, FL 33433

10925   RHONDA STANSFIELD, 13633 PLATTIN SCHOOL ROAD, FESTUS, MO 63028-4417

10925   RHONE AKEE, 1360 DAVID LN, FREDERICK, MD 21703-6084

10924   RHONE POULENC, ATTN. A. LOPES LAB#2517, DURHAM, NC 27709

10924   RHONE POULENC, P.O. BOX 12014- ATTN. A. LOPES, DURHAM, NC 27709

10925   RHONE, RHONDA, 4416 ONEILL, ST LOUIS, MO 63121

10925   RHONE-POULENC INC, JOHN M LATESTA ASST SECY,

10925   RHONE-POULENC INC, POBOX 751291, CHARLOTTE, NC 28275-1291

10925   RHONE-POULENC RORER INC., FOX ROTHSCHILD O?BRIEN & FRANKEL LL, 2000 MARKET ST 10TH FL, PHILADELPHIA, PA 19103

10925   RHONE-POULENC SPECIALTY CHEMICAL, PO BOX 360588, PITTSBURGH, PA 15251-6588

10924   RHONE-POULENC, 500 ARCOLA ROAD, COLLEGEVILLE, PA 19426

10925   RHONE-POULENC, CN 7500, CRANBURY, NJ 08512

10925   RHONE-POULENC, PROSPECT PLAINS RD.,BLDG. S, CRANBURY, NJ 08512

10925   RHOTEN, PAULA, 24209 FISHER RD, NABB, IN 47147

10925   RHOUDES, LYNN, PO BOX 82, CLARKSTON, WA 99403

10925   RHR INTERNATIONAL CO, PO BOX 95122, CHICAGO, IL 60694-5122

10925   RHS SCHOLARSHIP FUND, 6034 WEST 77TH ST, BURBANK, IL 60459

10925   RHYMES, TARA, 407 BASEWOOD LANE, ALTAMONTE SPGS, FL 32701

10925   RHYMS, O, ROUTE 2 BOX 170, PITTSBURG, TX 75686

10924   RHYNE COMPETITION ENGINES, 5733 WEST 25TH AVENUE, GARY, IN 46406

10925   RHYNE, KAREN, 2905 W MICHIGAN, MIDLAND, TX 79705

10925   RHYS, CEREDIG, 3900 TANGLEWOOD CIRCLE, TITUSVILLE, FL 32780

10925   RI ANDERSON, 63 MELCHER ST, BOSTON, MA 02210

10925   RIA GROUP, 117 EAST STEVENS AVE, VALHALLA, NY 10595-9901

10925   RIA GROUP, PO BOX 6159, CAROL STREAM, IL 60197-6159

10925   RIAL POTTER, 2792 ROCKWOOD HTS, GREEN BAY, WI 54313

10924   RIALTO PRECAST PRODUCTS, 2250 W. LOWELL AVE., RIALTO, CA 92376

10924   RIALTO PRECAST PRODUCTS, P.O. BOX 398, RIALTO, CA 92376

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   RIALTO PRECAST PRODUCTS, PO BOX 398, RIALTO, CA 92376

10925   RIALTO, 20 UNIVERSITY ROAD, CAMBRIDGE, MA 02138

10925   RIBAR AUTO BODY, INC, 9166 TRINITY, LAKE IN THE HILLS, IL 60102

10925   RIBAR AUTO BODY,INC, 9166 TRINITY, LAKE IN THE HILLS, IL 60102

10925   RIBAUDO, PLACIDA, 11310 CORAL KEY DRIVE, BOCA RATON, FL 33498

10925   RIBAUDO, PLACIDA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10924   RIBBLE CONSTRUCTION, AIRPORT ROAD, LORDSBURG, NM 88045

10924   RIBBLE CONTRACTING INC., PO BOX25423, ALBUQUERQUE, NM 87125

10924   RIBCO INC, 1032 NIAGARA STREET, BUFFALO, NY 14213

10924   RIBCO, INC., 1032 NIAGARA STREET, BUFFALO, NY 14213

10925   RIBEIRO, ANTONIO, 166 SUMMER ST, BROCKTON, MA 02401

10925   RIBEIRO, DIONISIO, 70 PAR PLACE, TAUNTON, MA 02780

10925   RIBEIRO, LUCIANO, 898 MONTELLO ST, BROCKTON, MA 02401

10925   RIBEIRO, MANUEL, 419 SOMERSET AVE, TAUNTON, MA 02780

10925   RIBELIN SALES INC, PO BOX 200309, DALLAS, TX 75320-0309

10924   RIBER CONST. CO., OLD ROUTE 66, DWIGHT, IL 60420

10924   RIBER CONSTRUCTION CO., OLD ROUTE #66, DWIGHT, IL 60420

10925   RIBERDY, MARIA, 881 E MAIN ST, CHICOPEE, MA 01020

10925   RIBSON, MAURA, 5760 ABBEY DR, 4A, LISLE, IL 60532

10925   RIC NEWSLETTER FUND, 116 WILHELM, RARE-EARTH INFORMATION CENTER, AMES, IA 50011-3020

10925   RICARD, CHRISTOPHER, 106 WALTON ROAD, NEW CASTLE, NH 03854

10925   RICARD, JANICE, 2079 VIRGINIA ST, BATON ROUGE, LA 70802

10925   RICARD, RAYMOND, 22 RIVERSIDE AVE, HUDSON, NH 03051

10925   RICARDO E. GAYLE, 5233 LEXINGTON RIDGE, LEXINGTON, MA 02173

10925   RICARDO PINEDO, 3507 ASHLEY DR NE, OLYMPIA, WA 98506

10925   RICARDO, HECTOR, 1447 ROMAN POINT DR., NORCROSS, GA 30093

10925   RICART, RAMON, 2311 N. 35TH LANE, MCALLEN, TX 78503

10925   RICCA JT TEN/WROS, JOSEPH & OLGA, 2506 FIRST AVE, CORONA DEL MAR, CA 92625-2850

10925   RICCARDI JT TEN, ARTHUR A & THERESA, 3334 SCRANTON RD, CLEVELAND, OH 44109-1615

10925   RICCARDI, DOMINICK, 7 QUINCY ST, MEDFORD, MA 02155-5204

10925   RICCARDO, DIANNE, 306 THREE BRIDGES RD, NESHANIC STATION, NJ 08853

10925   RICCARDO, FRANK, 394 THREE BRIDGES RD, NESHANIC STA, NJ 08853

10925   RICCHUITI, GEORGE, 4008 CIRCLE AVE CRESTWOOD, READING, PA 19606

10925   RICCI, ANTHONY, 4667 BRANDON, DETROIT, MI 48209

10925   RICCI, BARBARA, 5789-G FOX HOLLOW DR, BOCA RATON, FL 33486

10925   RICCI, FRANCIS, 28 REED ROAD, PEABODY, MA 01960

10925   RICCI, JOSEPH, 85 REED ST, RANDOLPH, MA 02368

10925   RICCI, LAUREEN, 51 BOWDOIN AVE, SOUTH PORTLAND, MA 04106

10925   RICCIO, JOHN, 96 SEMINOLE WAY, DE FOREST, WI 53532

10925   RICCIO, KEVIN, 6 HOULTON ST, BEDFORD, MA 01730

10924   RICCOBENE PATIO PAPERS, 6141 EDITH NE ST, ALBUQUERQUE, NM 87107

10924   RICCOBENE PATIO PAVERS, 6141 EDITH NE, ALBUQUERQUE, NM 87107

10924   RICE CHADWICK RUBBER, 1088 NORTH MAIN STREET, KILLBUCK, OH 44637

10925   RICE JR, EDMOND LEE, 50 LULLWATER ESTATE RD, ATLANTA, GA 30307

10925   RICE LAKE WEIGHING SYS., 231 W. COLEMAN ST., RICE LAKE, WI 54868

10925   RICE LAKE WEIGHING SYSTEMS, PO BOX 272, RICE LAKE, WI 54868-0272

10924   RICE MEMORIAL HOSPITAL, C/O BAHL INSULATION INC, WILLMAR, MN 56201

10924   RICE MIDDLE SCHOOL, 8500 GIFFORD DR, PLANO, TX 75093

10925   RICE PUMP & MOTOR INC, 5740 POWERLINE ROAD, FORT LAUDERDALE, FL 33309

10925   RICE SR JTWRS JT TEN, JOHN E & NANCY S, 1625 S ALNBAMA AVE, MONROEVILLE, AL 36460-3041

10925   RICE, AARON, 301 EASTERN AVE. UNIT A, ELSMERE, KY 41018

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RICE, ALLEN, 119 BRANTLEY ST, DEQUINCY, LA 70633

10925   RICE, BETTY, 200 W. ROBBERSON, WILLARD, MO 65781

10925   RICE, BILLIE, 1331 PATUXENT DRIVE, ASHTON, MD 20861-9759

10925   RICE, BOBBY, PO BOX 1391, LAURENS, SC 29360

10925   RICE, CARLTON, 8A LINDSAY ST, HUDSON, NH 03051

10925   RICE, CHARLES, 1510 W. MOSHER ST, BALTIMORE, MD 21217

10925   RICE, CLAY, PO BOX 481, WILLARD, MO 65781

10925   RICE, CLEVELAND, 2421 EDMONDSON AVE, BALTIMORE, MD 21223

10925   RICE, CLEVELAND, 2421 EDMUNDSON AVE, BALTIMORE, MD 21223

10925   RICE, D, 1713 MOUNTAIN PINE BLVD, RICHMOND, VA 23235

10925   RICE, DARLENE, 5343 TANEY AVE #200, ALEXANDRIA, VA 23304

10925   RICE, DARYL, 809 JACKSON ST, SPARTANBURG, SC 29303

10925   RICE, DERETHA, 417 N HOWARD ST # 102, ALEXANDRIA, VA 22304

10925   RICE, DONALD, 207 PARHAM ROAD ENOREE SC, ENOREE, SC 29335

10925   RICE, DOUG, 4206 VALLEY DRIVE, MIDLAND, TX 79707-3640

10925   RICE, ELIZABETH, 1212 SHERMAN ST, WATERTOWN, NY 13609

10925   RICE, JAMES, 6110 WHEATLAND RD., CATONSVILLE, MD 21228

10925   RICE, JAMES, ROUTE 1 BOX 623, CLINTON, SC 29325

10925   RICE, JEFFREY, 1849 PEPPERMINT ROAD, COOPERSBURG, PA 18036

10925   RICE, JENNIFER, 2010 CRANFORD DR, GARLAND, TX 75041

10925   RICE, JERRY, 5113 CLIFFORD ROAD, PERRY HALL, MD 21128

10925   RICE, JEWELL, 920 LAKEVIEW AVE, BARTOW, FL 33830

10925   RICE, JOHN, 3125 BAY SPRING DR, LAKE CITY, TX 77573

10925   RICE, JOHNNY, 6690 K PEACHTREE INDBLVD, DORAVILLE, GA 30360

10925   RICE, KENNETH, 2909 CONNIE RIDGE, GREENWOOD, AR 72936

10925   RICE, KENNETH, 5100 E HWY 45, FT SMITH, AR 72916-8107

10925   RICE, LEONARD, 38 SPENCER HILL WAY, LIBBY, MT 59923

10925   RICE, LEONARD, 38 SPENCER HILL WAY, LIBBY, MT 59923-9801

10925   RICE, LESTER, 814 JACK ST, BALTIMORE, MD 21225

10925   RICE, LINDA, 5902 SURRATTS VLG DR, CLINTON, MD 20735

10925   RICE, LINDA, R176 HARRIS HILL RD., TRUCKSVILLE, PA 18708

10925   RICE, MARCIA, 1026 S. PRESTON, LOUISVILLE, KY 40203

10925   RICE, MARK, 750 W. BLUE GRASS ROAD, MT PLEASANT, MI 48858

10925   RICE, MARK, PO BOX 416, SPRINGTOWN, PA 18081

10925   RICE, MICHAEL, 10911 EMERSON ST, ALTA LOMA, CA 91701

10925   RICE, MICHAEL, 407 W MICHIGAN, ELECTRA, TX 76360

10925   RICE, MICKEY, 206 NORTH BLVD, UNION, SC 29379

10925   RICE, NELSON, RT 2 BOX 4099, SHEPHERD, TX 77371

10925   RICE, NORENE, 70 DAY AVE, PISCATAWAY, NJ 08854

10925   RICE, PATRICIA, 5913 GULF DRIVE, NEWPORT RICHEY, FL 34652

10925   RICE, PAUL, 4629 COLEHERNE RD., BALTIMORE, MD 21229

10925   RICE, PAULETTA, 540 D S.CAMPBELL ST., LOUISVILLE, KY 40204

10925   RICE, RANDALL, RT 8 BOX 415, ROGERSVILLE, TN 37857

10925   RICE, RONALD, 85 GLEN ST. APT. #1, SOMERVILLE, MA 02145

10925   RICE, ROY, 5411 HOPARK DR, ALEXANDRIA, VA 22310

10925   RICE, SANDRA, 306 ELBERTA RD D-7, WARNER ROBINS, GA 31093

10925   RICE, SHELVIE, 6380 G.S. 80TH E. AVE., TULSA, OK 74133

10925   RICE, SHERWOOD, 151 A CONSTITUTION BLVD., WHITING, NJ 08759

10925   RICE, STANLEY, 809 GEORGIA AVE, ROANOKE RAPIDS, NC 27870

10925   RICE, THERESA, 1057 E LANTERN, WARSAW, IN 46582

10925   RICE, VAN, 1815 RICHFIELD DRIVE, SEVERN, MD 21144

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RICE, WILLIAM, 29 SEATTLE ST SUITE B, BOSTON, MA 02134 | |
| 10925 | RICERCA INC., 7474 AUBURN ROAD, PO BOX 8011, CONCORD, OH 44077-8011 | |
| 10924 | RICERCA, LLC, 7528 AUBURN ROAD, PAINESVILLE, OH 44077 | |
| 10924 | RICERCA, LLC, PO BOX 1000, PAINESVILLE, OH 44077 | |
| 10925 | RICH GOLDSTEIN -, 17513 BIRCHWOOD DR, BOCA RATON, FL 33487 | |
| 10925 | RICH MARIER, 3941 PARK DR SUITE 20-314, EL DORADO HILLS, CA 95762 | |
| 10925 | RICH MENSCHING, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10924 | RICH PAINT MFG INC, 14 MORTON DRIVE, SOUTH HUTCHINSON, KS 67505 | |
| 10924 | RICH READIMIX CONCRETE, 101 RICH ST, GREENBRAE, CA 94904 | |
| 10924 | RICH READIMIX CONCRETE, 13201 PETALUMA, POINT REYES STATION, CA 94956 | |
| 10924 | RICH ROLLINS, 3169 LONESOME DOVE CIRCLE, EL PASO, TX 79936 | |
| 10924 | RICH TIBERI, 19 AMSTERDAM AVENUE, STATEN ISLAND, NY 10314 | |
| 10925 | RICH, AMY, 18817-206 NAUTICAL D, HUNTERSVILLE, NC 28078 | |
| 10925 | RICH, ANN, 25 ALLEN PARK DRIVE, WILMINGTON, MA 01887 | |
| 10925 | RICH, ANNE, 7500 JENNIFER PLACE, LOUISVILLE, KY 40220 | |
| 10925 | RICH, CINDA, 100 ACADEMY HILL RD, BRIGHTON, MA 02135 | |
| 10925 | RICH, DONALD, 1115 VALLEY, CARTHAGE, MO 64836 | |
| 10925 | RICH, DONNA, 175 GREER RD, LYMAN, SC 29365 | |
| 10925 | RICH, DOUGLAS, PO BOX 216, NORTH POWNAL, VT 05260 | |
| 10925 | RICH, EDDIE, 6596 N. OAK HILL AVE, ODESSA, TX 79764 | |
| 10925 | RICH, GRACE, PO BOX 3133, MERRIFIELD, VA 22116-3133 | |
| 10925 | RICH, JIM, 614 WESTFIELD, FRIENDSWOOD, TX 77546 | |
| 10925 | RICH, JIM, BOX 1494, CHICKASHA, OK 73018 | |
| 10925 | RICH, KYLE, 805 EDGE WATER APT #26, EUSTIS, FL 32726 | |
| 10925 | RICH, MOK, SAENGYON 1 DONG, TONGDUCHON KYONGGI DO, SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | RICH, S.W., 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | RICH, SAMUEL, 108 EDWARDEL ROAD, NEEDHAM, MA 02192 | |
| 10925 | RICH, THOMAS, 1915 67TH, LUBBOCK, TX 79412 | |
| 10925 | RICH, THOMAS, 4 OUTLOOK HILL, SALEM, MA 01970 | |
| 10925 | RICH/GARDNER ADVERTISING, 211 PERIMETER CENTER PWY, ATLANTA, GA 30346 | |
| 10925 | RICHARD & KATHERINE ROSSMAN, 1009 STRATFORD, OLATHE, KS 66062 | |
| 10925 | RICHARD A ARNDT, 505 BURLING RD, ST PAUL, MN 55119-5315 | |
| 10925 | RICHARD A DIMLER, 2106 W 11TH, HASTINGS, NE 68901-3625 | |
| 10925 | RICHARD A GILTROP, 2520 WINROCK 22, HOUSTON, TX 77057-4354 | |
| 10925 | RICHARD A KESHEN, PODRAWER 568, NORTHPORT, AL 35476-0568 | |
| 10925 | RICHARD A KORF, 17171 E BRITTON, DEWEY TOWNSHIP, OK 73049-8000 | |
| 10925 | RICHARD A LEWIS, 50 W 67 ST APT 7F, NEW YORK, NY 10023-6227 | |
| 10925 | RICHARD A MATCKIE &, RUTH V MATCKIE JT TEN, 71 MAMMOTH RD RFD 6, LONDONDERRY, NH 03053-3857 | |
| 10925 | RICHARD A MIDDEL, BOX 8270, INCLINE VILLAGE, NV 89452-8270 | |
| 10925 | RICHARD A MURDOCH, ESQ TRUST ACCT, 980 NORTH FEDERAL HWY, BOCA RATON, FL 33432 | |
| 10925 | RICHARD A RHOADES, 1860 FAIRPORT DR, GRAYSLAKE, IL 60030 | |
| 10925 | RICHARD A SCHOOF &, PAULA J SCHOOF JT TEN, 2807 W 3RD ST, CEDAR FALLS, IA 50613-1801 | |
| 10925 | RICHARD A SENFTLEBEN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | RICHARD A SIMONAITIS, 43 SO CROMWELL RD, SAVANNAH, GA 31410-4306 | |
| 10925 | RICHARD A SPRAUL, 5446 ROMILDA DR, CINCINNATI, OH 45238-1951 | |
| 10925 | RICHARD A WHITE, 109 LAKE ST, COOPERSTOWN, NY 13326-1017 | |
| 10925 | RICHARD A WOLPERT, 1607 W DEUEREUX, PEORIA, IL 61614-4009 | |
| 10925 | RICHARD A WRIGHT &, GENEVA H WRIGHT JT TEN, 944 BIMINI LANE, FOREST PARK, GA 30050-3406 | |
| 10925 | RICHARD A. SENFTLEBEN, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | RICHARD ALAN CONLIN, 5617 ANGLESEY COURT, MATTHEWS, NC 28104-0654 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RICHARD ALBERT SMILEY &, EVELYN MORICK SMILEY TR UA, JUL 30 87 SMILEY FAMILY TRUST, 12724 MESA VERDE DR, VICTORVILLE, CA 92392-6734 | |
| 10925 | RICHARD AND KATHRYN ROSSMAN, 1377 S. HAMILTON CIRCLE, OLATHE, KS 66061 | |
| 10924 | RICHARD ANDREWS, 250 GEORGIA HWY 247 SPUR, PERRY, GA 31069 | |
| 10925 | RICHARD B ENGLE, 325 PLAZA RD NORTH, FAIRLAWN, NJ 07410-3632 | |
| 10925 | RICHARD B FREDERICK, 13905 WEST 72ND ST, SHAWNEE, KS 66216-3753 | |
| 10925 | RICHARD B HEFNER, RT 3 BOX 294, SEMINOLE, OK 74868-9579 | |
| 10925 | RICHARD B OCONNOR, PO BOX 1078, WELLS, ME 04090-1078 | |
| 10925 | RICHARD B PARRY, 678A BUCKINGHAM DR, LAKEHURST, NJ 08733-4518 | |
| 10925 | RICHARD B SCHAEFER, 406 NORTH AVE, WESTON, MA 02193-1836 | |
| 10925 | RICHARD B STEINEL JR &, THERESE M STEINEL TEN COM, 17 BROMLEY DR, PARSIPPANT, NJ 07054-1405 | |
| 10925 | RICHARD BARRETT & ASSOCIATES, LLC, 1104 OXNER COVE RD., WAYNESVILLE, NC 28786 | |
| 10924 | RICHARD BEACH BUILDERS, C/O HUGHES SUPPLY, 2100 STANTONSBURG ROAD - SOUTH GATE, GREENVILLE, NC 27836 | |
| 10924 | RICHARD BLACH, PMB #121, 5424 SUNOL BLVD #10, PLEASANTON, CA 94566 | |
| 10925 | RICHARD BLANC, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | RICHARD BOLSTAD &, RITA GENTILE BOLSTAD JT TEN, 2220 LUDOVICK AVE, BRONX, NY 10469-6446 | |
| 10925 | RICHARD C & DONNA M ROWE, 5400 OLD MILLINGTON ROAD, MILLINGTON, TN 38127 | |
| 10925 | RICHARD C BRUMM, 1617 NW NORTH CREEK DR, ANKENY, IA 50021 | |
| 10925 | RICHARD C DORF, PMB 151, PO BOX 5000, DAVIS, CA 95617-5000 | |
| 10925 | RICHARD C HEINL, 77 PARK AVE, MANHASSET LI, NY 11030-2443 | |
| 10925 | RICHARD C MCCRORY, 306 W NORTH WATER ST, NEENAH, WI 54956-2648 | |
| 10925 | RICHARD C ROWE & DONNA M ROWE, 5400 OLD MILLINGTON ROAD, MILLINGTON, TN 38127 | |
| 10925 | RICHARD C SNIDER, 85 EAST END AVE APT 6C, NEW YORK, NY 10028-8033 | |
| 10925 | RICHARD C WESTPHAL &, DONNA F WESTPHAL JT TEN, 629 LORD DUNMORE DR, VIRGINIA BEACH, VA 23464-2657 | |
| 10925 | RICHARD CASS, 4 RAINBOW POND DR, WALPOLE, MA 02081-3441 | |
| 10925 | RICHARD CASTRO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | RICHARD CHRISTOPHER BROWN, 420 LOTUS PATH, CLEARWATER, FL 33756-3832 | |
| 10925 | RICHARD CHRISTOPHER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | RICHARD COLTON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | RICHARD D FOLLETTE, 600 PETIT BERDOT DR, KENNER, LA 70065-1126 | |
| 10925 | RICHARD D GOSS, 33 CLARK CIRCLE, LYNN, MA 01905-1211 | |
| 10925 | RICHARD D HUDSON &, GWENDOLYN J HUDSON JT TEN, 921 W 23RD PL, KENNEWICK, WA 99337-4234 | |
| 10925 | RICHARD D IRWIN INC, OPERATIONS CENTER, DUBUQUE, IA 52001 | |
| 10925 | RICHARD D LONDON &, SARA LEE R LONDON JT TEN, 9212 WINTER SET DRIVE, POTOMAC, MD 20854-3177 | |
| 10925 | RICHARD D MIHEVC, 921 MONROE ST, EVANSTON, IL 60202 | |
| 10925 | RICHARD DANSDILL, 735 HIGH POINT DR, LAKE SAINT LOUIS, MO 63367 | |
| 10925 | RICHARD DAVID HORAK, 755 NICOLET AVE, DE PERE, WI 54115-3063 | |
| 10925 | RICHARD DISALLE &, JOAN DISALLE JT TEN, 145 PHILLIPS DR, MC MURRAY, PA 15317-2461 | |
| 10925 | RICHARD E BARKER &, JOAN A BARKER JT TEN, 116 CONTEMPO DR, TOMS RIVER, NJ 08753-3578 | |
| 10925 | RICHARD E BLOOM, 42 STUART DR, SYOSSET LI, NY 11791-5125 | |
| 10925 | RICHARD E BYRD, PO BOX 66, REMINGTON, IN 47977 | |
| 10925 | RICHARD E DAVIS, 35 MILNI COVE LANE, CARLISLE, MA 01741-1203 | |
| 10925 | RICHARD E FATE, 2129 MARIE PARK DR NE, ALBUQUERQUE, NM 87112-3638 | |
| 10925 | RICHARD E PARKE, 42 FARDALE AVE, MAHWAH, NJ 07430-2843 | |
| 10925 | RICHARD E TURNER &, ANN W TURNER JTWRS JT TEN, BRIAR HILL RD, WILLIAMSBURG, MA 01096 | |
| 10925 | RICHARD E WARNER &, GRACE M WARNER JT TEN, 550 LAFAYETTE ST, NEWTOWN, PA 18940-2133 | |
| 10925 | RICHARD E. WALLACE, 1299 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20004 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RICHARD E. WEYERS, 912 MASON DR, BLACKSBURG, VA 24060

10925   RICHARD EHRENREICH, 482 FORT WASHINGTON AVE, NEW YORK, NY 10033-4655

10924   RICHARD ELECTRIC, 2051 70TH AVE. E-13, DAVIE, FL 33317

10925   RICHARD ELLSWORTH EVANS, 3602 42ND PLACE, HIGHLAND, IN 46322-3005

10925   RICHARD F BIRINGER TR UA APR 26, 91 RICHARD F BIRINGER TRUST NO 1, CENTURY BANK & TRUST BLDG, 100 W CHICAGO ST, COLDWATER, MI 49036-1807

10925   RICHARD F GIMIGLIANO &, MARGARET M GIMIGLIANO JT TEN, 1 RIDGEWOOD CIRCLE, HADDONFIELD, NJ 08033-2216

10925   RICHARD F LICHTENWALNER, TR UA JUN 14 99, RICHARD F LICHTENWALNER, REVOCABLE INTER VIVOS TRUST, 3401 WEST UNION ST, ALLENTOWN, PA 18104-5946

10925   RICHARD FERGUSON MD, 909 HYDE ST #124, SAN FRANCISCO, CA 94109

10925   RICHARD FICK, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   RICHARD FINE, 2211 MARYLAND AVE., BALTIMORE, MD 21218

10925   RICHARD FTE, PO BOX 1308, MOBILE, AL 36633

10925   RICHARD G DROWN, 1418 OAKMONT DR, ROSEVILLE, CA 95661-5719

10925   RICHARD G FOX & JUDITH H FOX, TR UA JUN 9 97 THE SARAH SUSHILA, FOX TRUST, 7405 OXFORD DR, ST LOUIS, MO 63105-2915

10925   RICHARD G GARY, 436 67TH ST, WEST NEW YORK, NJ 07093-2406

10925   RICHARD G KINARD, 15 PRISTINE DR, GREER, SC 29650-4465

10925   RICHARD G KRUEGER &, JANICE D KRUEGER JT TEN, 7712 YANCY DRIVE, LINCOLN, NE 68507-3322

10925   RICHARD GASKIN, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   RICHARD GEORGE MOHER, 18 EDGEWOOD DR, FT THOMAS, KY 41075-2013

10925   RICHARD GILES REMMES &, ANN T REMMES JT TEN, 115 WOOLFORD RD, WRENTHAM, MA 02093-1434

10924   RICHARD GOETTLE INC., 12071 HAMILTON AVE, CINCINNATI, OH 45231

10924   RICHARD GOETTLE, 12071 HAMILTON AVENUE, CINCINNATI, OH 45231

10924   RICHARD GOETTLE, INC., 12071 HAMILTON AVENUE, CINCINNATI, OH 45231

10925   RICHARD GRANTHAM REALTY, BOX 396, ORDWAY, CO 81063

10925   RICHARD GRIMM, 558 GIDNEY AVE, NEWBURGH, NY 12550-2810

10925   RICHARD GRUVER, 5100 N HWY 99 SPACE 30, STOCKTON, CA 95212-1110

10925   RICHARD H S ALLEN, 33 HOSMER ST APT 2, MATTAPAN, MA 02126-1840

10925   RICHARD H SKUSE &, VIRGINIA N SKUSE JT TEN, C/O KEANE TRACERS INC, ONE TOWER BRIDGE, 100 FRONT ST STE 300, WEST CONSHOHOCKEN, PA 19428-2877

10925   RICHARD H. STEEVES, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   RICHARD HOWARD LETSON &, MARY FRANCES LETSON JT TEN, 116 FRANCIS MARION CIR, BEAUPORT, SC 29902-1932

10925   RICHARD I BLOCH, PC, 4335 CATHEDRAL AVE NW, WASHINGTON, DC 20016

10925   RICHARD I EMBDEN, 600 BEECHWOOD CT B-48, BERRIEN SPRINGS, MI 49103-1340

10925   RICHARD I WEAVER, 505 GLENN ST, SHIPPENSBURG, PA 17257-2127

10925   RICHARD J COLLINS, 500 DALLAS DR, HUNTERSVILLE, NC 28078-7890

10925   RICHARD J COPPINGER &, MARY B COPPINGER JT TEN, 28-51 JORDAN ST, BAYSIDE, NY 11358-1216

10925   RICHARD J DOLAN, GOETZ, MADDEN, & DUNN, 35 N GRAND, BOZEMAN, MT 59715

10925   RICHARD J FITZGERALD &, NORMA FITZGERALD JT TEN, 391 SING SING RD LOT 8, HORSEHEADS, NY 14845-1061

10925   RICHARD J GALIPEAULT SR &, NANCY L GALIPEAULT JT TEN, 14 PORTER AVE, HUDSON, NH 03051-4555

10925   RICHARD J GRUBER &, CHRISTINE L GRUBER JT TEN, R D 2 BOX 2570, LEESPORT, PA 19533-9554

10925   RICHARD J HAMILTON, 137 NORTH OAK KNOLL 23, PASADENA, CA 91101-1876

10925   RICHARD J HOLCOMB, 6315 SUNHOLLOW LANE, HASLETT, MI 48840-8279

10925   RICHARD J KAVANAGH GUARDIAN, EST OF RAY OVER, 111 NORTH OTTAWA ST, JOLIET, IL 60432-4229

10925   RICHARD J KONKOWSKI, 15 HERITAGE WAY, BELLE MEAD, NJ 08502-5822

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RICHARD J KUKLINSKI TR UA, MAY 18 95, THE RICHARD J KUKLINSKI TRUST, 13948 S TAMARACK DR, PLAINFIELD, IL 60544-6374

10925   RICHARD J MCCULLOUGH, 2241 E ALAMOS, FRESNO, CA 93726-0306

10925   RICHARD J NEUMANN &, MARY NEUMANN JT TEN, 177 MUNSELL RD, PATCHOGUE, NY 11772-5600

10925   RICHARD J NOZEMACK, 1903 BILLY BARTON CIRCLE, REISTERSTOWN, MD 21136-5702

10925   RICHARD J REBOLI, 68 BLOSSOM HILL ROAD, LEBANON, NJ 08833-4360

10925   RICHARD J SCHOOFS, 125 THARP DR, MORAGA, CA 94556-2522

10925   RICHARD J SCHWARTZ, 920 5TH AVE 1B, NEW YORK, NY 10021-4160

10925   RICHARD J UGIANSKY TR UA 10 6 91, FOR THE RICHARD J UGIANSKY, REVOCABLE TRUST, 809 PARADISE LANE, GLEN BURNIE, MD 21061-2109

10925   RICHARD J UGIANSKY TR UA 9 8 92, FOR THE GREGORY N UGIANSKY, REVOCABLE TRUST, 809 PARADISE LANE, GLEN BURNIE, MD 21061-2109

10925   RICHARD J. MARCOTULLI, 5 DALE ROAD, MORRIS PLAINS, NJ 07950-3303

10925   RICHARD J. OKEEFE, 3 INDIANA AVE, WOBURN, MA 01801

10925   RICHARD JOHN GEIER, 421 ROYAL OAK DR, WINCHESTER, TN 37398-4448

10925   RICHARD JOHNSON AND BRIAN ABLE, HWY 221, ENOREE, SC 29335

10925   RICHARD K ISERI & AIKO O ISERI, JT TEN, 3240 BLUEBIRD DR, SAN JOSE, CA 95117-3510

10925   RICHARD K ISERI &, ALDO O ISERI JT TEN, 3240 BLUEBIRD DR, SAN JOSE, CA 95117-3510

10925   RICHARD K REEDER &, MARLENE P REEDER JT TEN, 5423 MARINA CLUB DR, WILMINGTON, NC 28409-4103

10925   RICHARD K ROSS, 6955 S COOK WAY, LITTLETON, CO 80122-2015

10925   RICHARD K WHITING, PO BOX 6005, SAN RAMON, CA 94583-0205

10925   RICHARD KARKHECK &, AUDREY KARKHECK JT TEN, 90 CHARLES ST, LYNBROOK L I, NY 11563-1904

10925   RICHARD KINARD, 2485 NW 43RD ST, BOCA RATON, FL 33431

10925   RICHARD KOBUS, 261 BISSELL DR, PALATINE, IL 60067-5513

10925   RICHARD L BOOTH, 650 NEW ST, ERWIN, TN 37650-1328

10925   RICHARD L COOLE, 9294 B EL BORDO AVE, ATASCADERO, CA 93422-5533

10925   RICHARD L FOX TR, UA 12 08 98, RICHARD L FOX TRUST, 2216 BROOKHAVEN DR, SARASOTA, FL 34239-4323

10925   RICHARD L HATFIELD &, JEAN R HATFIELD JT TEN, 1294 LYNN DR, POTTSTOWN, PA 19464-2428

10925   RICHARD L KUBIK &, PATRICIA M KUBIK JT TEN, 5805 SOUTH MAYFIELD AVE, CHICAGO, IL 60638-3613

10925   RICHARD L MAIRES BARBARA J, MAIRES TR UA 4 3 81, RICHARD L MAIRES FAMILY TR, 12 NORTHRIDGE LA, SANDY, UT 84092-4902

10925   RICHARD L MC GLASHAN, 20923 HEMLOCK ST, GROVELAND, CA 95321-9385

10925   RICHARD L MOORE, 3 LANTERN LANE, CUMBERLAND FORESIDE, ME 04110

10925   RICHARD L PACK, BOX 1962, TURLOCK, CA 95381-1962

10925   RICHARD L SENFF, 2626 RUTT COURT, WOOSTER, OH 44691-9148

10925   RICHARD L STONE, 8 N KOEWING PLACE, W ORANGE, NJ 07052-4014

10925   RICHARD L. DE VAUL, 8000 DEVAUL RD, KIRKVILLE, NY 13082

10925   RICHARD L. LOFTON CO., 703 W. 26TH AVE., COVINGTON, LA 70433

10925   RICHARD L. WALLS, 3333 MAJESTIC PRINCE, OWENSBORO, KY 42303

10925   RICHARD LEE COLQUETTE, 5910 ROMA DR APT 8, SHREVEPORT, LA 71105-4215

10925   RICHARD LOUIS SCHWARTZ, 10106 FERGUSON AVE, BALTIMORE, MD 21234-1302

10925   RICHARD M CHAPMAN, 4157 GEORGE AVE APT 1, SAN MATEO, CA 94403-4736

10925   RICHARD M FLATTER & RUTH L, FLATTER JT TEN, RRT 1, HARTFORD CITY, IN 47348-9801

10925   RICHARD M GOLDEN, 9 STERLING PL, LAWRENCE, NY 11559-2414

10925   RICHARD M JUSTICE, 102 18TH AVE NE, JAMESTOWN, ND 58401-3933

10925   RICHARD M KOTELEZ, 12 LAKE AVE, YONKERS, NY 10703-2605

10925   RICHARD M VENSKOSKE, 10 FABBRI GREEN STE 650, WINTER HARBOR, ME 04693-7020

10925   RICHARD M. GORDON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   RICHARD M. MEDWICK & ASSOC., 1721 CENTRAL ST, EVANSTON, IL 60201-1507

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RICHARD MARIER, 8109 WATT AVE 133, ANTELOOPE, CA 95843-9103 | |
| 10925 | RICHARD MASUCCI, 9918 DERBYSHIRE LANE, BETHESDA, MD 20817 | |
| 10925 | RICHARD MOHER &, LUCILLE MOHER, JT TEN, 18 EDGEWOOD DR, FT THOMAS, KY 41075-2013 | |
| 10925 | RICHARD N. SUKENIK, PO BOX 81-1869, BOCA RATON, FL 33481-1869 | |
| 10925 | RICHARD NOTH & MARIE NOTH JT TEN, 6376 FOREST GROVE DR, MEMPHIS, TN 38119-6533 | |
| 10925 | RICHARD O POLKA &, TAMMERA O POLKA JT TEN, 913 LIBERTY ST, FRANKLIN, PA 16323-1135 | |
| 10925 | RICHARD P COLLINS, 13643 COLERIDGE, SAN ANTONIO, TX 78217-1530 | |
| 10925 | RICHARD P FRANCIS, PO BOX 6119, STATESVILLE, NC 28687-6119 | |
| 10925 | RICHARD P GRASSO ASSOCIATES, 171 MAIN ST - SUITE 202, MANASQUAN, NJ 08736 | |
| 10925 | RICHARD P LESLIE &, JOANN G LESLIE TEN COM, 8303 TESSA CT, HOUSTON, TX 77040-1526 | |
| 10925 | RICHARD P PERITO, 91 FELLSMERE RD, MALDEN, MA 02148-2322 | |
| 10925 | RICHARD P WIRTH, 1812 CLINTON ROAD, HEWITT, NJ 07421-2622 | |
| 10925 | RICHARD P. PERITO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | RICHARD PALANCA, 6050 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | RICHARD PAVLIK, 1909 GIGI LANE, DARIEN, IL 60561-3548 | |
| 10925 | RICHARD PEDERSEN, 346 ST JOSEPH ST, GREEN BAY, WI 54301 | |
| 10925 | RICHARD PETTIGREW MORGAN LEWIS, 5300 SOUTHEAST FINANCIAL CTR, 200 SOUTH BISCAYNE BLVD, MIAMI, FL 33131-2339 | |
| 10925 | RICHARD QUIRK, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | RICHARD R ANDERSON, 106 MURLS LAKE CR, WEATHERFORD, TX 76086-9003 | |
| 10925 | RICHARD R COLBERT, 20500 SHELBURNE RD, SHAKER HEIGHTS, OH 44122-1941 | |
| 10925 | RICHARD R LYONS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | RICHARD R LYONS, ZERO KENISTON ROAD, LYNNFIELD, MA 01940 | |
| 10925 | RICHARD R SHOOP, 500 VAN TRESS DR, FAIRBORN, OH 45324-5536 | |
| 10925 | RICHARD R SUR, 513 HAYWARD MILL RD, CONCORD, MA 01742-4610 | |
| 10925 | RICHARD RALPH ERWIN, PO BOX 2585, HOUSTON, TX 77252 | |
| 10925 | RICHARD RAYMOND SUR &, CATHERINE ANNE SUR JT TEN, 513 HAYWARD HILL RD, CONCORD, MA 01742-4610 | |
| 10925 | RICHARD RIBNER, 25 CENTRAL PARK W, NEW YORK, NY 10023-7253 | |
| 10925 | RICHARD ROBINSON, 300 PINNACLE WAY, NORCROSS, GA 30071 | |
| 10925 | RICHARD S LANE, 120 E 81 ST, NEW YORK, NY 10028-1428 | |
| 10925 | RICHARD S LEVY, 43 KIRKWOOD RD, SCARBOROUGH, ME 04074-9457 | |
| 10925 | RICHARD S SMITH SR &, MELBA M SMITH JT TEN, 1179 WALUHIYI TRAIL, MACON, GA 31220-3618 | |
| 10925 | RICHARD S VALLETTE, 117 WEST LEE, SULPHUR, LA 70663-5435 | |
| 10925 | RICHARD S WILLIAMS, 52 CHEMIN DU MIROIR, LA CROIX-SUR-LUTRY, 1602FRANCE | *VIA Deutsche Post* |
| 10925 | RICHARD S WILLIS &, DAVID F ZILLER JT TEN, PO BOX 73, CLARENDON HILLS, IL 60514-0073 | |
| 10925 | RICHARD SHAY & ASSOCIATES, 3272 WESTERN AVE, HIGHLAND PARK, IL 60035 | |
| 10925 | RICHARD SHAY, 10 COLONY DR, CORTLAND, NY 13045-1406 | |
| 10925 | RICHARD SISSON, 2 WEST MAIN PO BOX 688, WATERLOO, NY 13165 | |
| 10925 | RICHARD STANLEY &, BARBARA STANLEY JT TEN, 366 ARDSLEY ST, STATEN ISLAND, NY 10306-1630 | |
| 10925 | RICHARD STEVEN YOUNG, MRR S YOUNG, 8 THE WILLOWS OFF PAVILLON DR, KEMSLEY SITTINGBOURNE, KENT, ME10 2TEUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | RICHARD SUPERSON, 842 N MAN O WAR DR, INVERNESS, FL 34453-0000 | |
| 10925 | RICHARD SUTHERLAND, 2713 W 10TH ST, OWENSBORO, KY 42301-1743 | |
| 10925 | RICHARD SUTILA, 7181 PARMA PARK AVE, PARMA, OH 44130-5010 | |
| 10925 | RICHARD T FRASER, 1116 FRASER RD, NARROWSBURG, NY 12764-0000 | |
| 10925 | RICHARD T GRIGGS, 135 MARLEY LN, DOVER, DE 19901-0000 | |
| 10925 | RICHARD T HOPKINS &, VERNA F HOPKINS JT TEN, BOX 203, MILTON, NH 03851-0203 | |
| 10925 | RICHARD T PONSETTO &, SALLY L PONSETTO, JT TEN, 9364 RAYNA DR, DAVISON, MI 48423-2854 | |
| 10925 | RICHARD T SCHMIDT, 5023 BUCKLINE CROSSING, DUNWOODY, GA 30338-5649 | |
| 10925 | RICHARD TATE, 10 OLD DUTCH RD., HARLEYSVILLE, PA 19438 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RICHARD V ORLANDI & MARGARET, ORLANDI TR UA JUN 30 83, THE RICHARD V ORLANDI &, MARGARET ORLANDI FAMILY TRUST, 3131 RIDDLE RD, SAN JOSE, CA 95117-2246

10925   RICHARD V PRYCE &, ELLEN G PRYCE JT TEN, 1833 HARWITCH RD, COLUMBUS, OH 43221-2810

10925   RICHARD V. WASHINGTON, FEDERAL SAVINGS BANK, DOVER, NH 03820

10925   RICHARD VANTREESE, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   RICHARD VARDALAKOS &, MAUREEN VARDALAKOS JT TEN, 9 FORT AVE, SALEM, MA 01970-5230

10925   RICHARD W BRIDLE, 1754 EGGERT RD, BUFFALO, NY 14226-2351

10925   RICHARD W GENETELLI CPA PC, PO BOX 1928, NEW YORK, NY 10156

10925   RICHARD W GILTROP, 409 LAURELWOOD DR, UTICA, NY 13502

10925   RICHARD W HEINTZ, 1008 HIGHFIELD ROAD, BETHEL PARK, PA 15102-1024

10925   RICHARD W HOLD, 947 SOUTH ST, ELIZABETH, NJ 07202-3232

10925   RICHARD W HOLLAND, 205 COUNTRY TRAIL, WOODSTOCK, GA 30188

10925   RICHARD W MAC DONALD &, MARTHA J MAC DONALD JT TEN, 4 NOLAN FARM ROAD, WAYLAND, MA 01778-3140

10925   RICHARD W MARTIN TR UA, JUN 22 49 ELEANOR, D CAMPBELL, 2520 CHICKADEE TRAIL, ROCKFORD, IL 61107

10925   RICHARD W MENSCHING, 9241 S MASSASOIT AVE, OAK LAWN, IL 60453-1657

10925   RICHARD WALTEL &, LILLIAN WALTEL JT TEN, 95 RULAND PLACE, MELVILLE, NY 11747-3813

10925   RICHARD WILLIAM KING, 14 HILLSIDE DR, ANNANDALE, NJ 08801-3205

10925   RICHARD WILLIAMS, 6945 SAN TOMAS RD., ELKRIDGE, MD 21075

10925   RICHARD WOLLENSTEIN, 1 SCHOLAR LANE, STONY BROOK, NY 11790-2715

10925   RICHARD YOUNG PRODUCTS, 508 SOUTH MILITARY TRAIL, DEERFIELD BEACH, FL 33442

10925   RICHARD YOUNG PRODUCTS, PO BOX 214695, MIAMI, FL 33121-4695

10925   RICHARD YOUNG, 8 THE WILLOWS KEMSLEY, SITTINGBOURNE KENT, KENT, ME10 2TEUNITED KINGDOM     *VIA Deutsche Post*

10925   RICHARD, ALLAN, BOX 783, BELFIELD, ND 58622

10925   RICHARD, ANDY, PO BOX 223, LAKE ARTHUR, LA 70549

10925   RICHARD, BOBBY, 144 R & B LANE, RAYNE, LA 70578

10925   RICHARD, DANIEL, 106 WHITEHALL RD, 23, AMESBURY, MA 01913

10925   RICHARD, DEXTER, 610 MC DONALD ST, NEW IBERIA, LA 70560

10925   RICHARD, DON, 1324 PAMELA ST, SULPHUR, LA 70663

10925   RICHARD, EDWARD H, 876 ARMADA TERRACE, SAN DIEGO, CA 92106-3056

10925   RICHARD, EDWARD L, 261 FRAZIER ST., LAKE CHARLES, LA 70605

10925   RICHARD, EDWARD LEE, 3900 CARLYSS DR., SULPHUR, LA 70665

10925   RICHARD, EDWARD, 261 FRAZER ST, LAKE CHARLES, LA 70605

10925   RICHARD, EDWARD, 3900 CARLYSS DRIVE, CARLYSS, LA 70665

10925   RICHARD, GORDON, 309 MEADOW LANE, LAFAYETTE, LA 70506

10925   RICHARD, HILTON, 532 N. LEBANON, SULPHUR, LA 70663

10925   RICHARD, JEANNE, 9 GENERAL SHERMAN ST, TAUNTON, MA 02780

10925   RICHARD, JEROME, RT. 1 BOX 202, SILSBEE, TX 77656

10925   RICHARD, JOHN, 828 SIXTH ST, LAKE CHARLES, LA 70601

10925   RICHARD, JOHNNIE, 7736 JOHN NEWCOMBE, BATON ROUGE, LA 70810

10925   RICHARD, JOSEPH, 2100 MARGARET ST, WESTLAKE, LA 70669

10925   RICHARD, KATRINA, 2106 HERTFORD ST, COLUMBIA, SC 29210

10925   RICHARD, L, 6015 AIRLINE HWY, METAIRIE, LA 70121

10925   RICHARD, MARTIN, PO BOX 223, LAKE ARTHUR, LA 70549

10925   RICHARD, MICHELE L, 3156 PETE SEAY ROAD, SULPHUR, LA 70665

10925   RICHARD, PRISCILLA, 315 AMESBURY APT #47, LAFAYETTE, LA 70507

10925   RICHARD, RAYMOND, 565 MILITARY CUTOOF ROAD LOT 62, WILMINGTON, NC 28405

10925   RICHARD, SANDRA, 1566 LEMAR DR, WOOSTER, OH 44691

10925   RICHARD, SCOTT, RT4 BOX 2509 SANTA ROSA, LAKE CHARLES, LA 70611

10925   RICHARD, SR, BARRY, 1403 WEST MAIN ST, DELCAMBRE, LA 70528

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RICHARD, THELMA, 4866 8TH AVE, TEMPLE, PA 19560

10925   RICHARD, THERESA, 2181 WOODCREST DR, GREEN BAY, WI

10925   RICHARDS AUTOMOTIVE & TIRE INC, 3301 COORS ROAD NW SUITE L, ALBUQUERQUE, NM 87120

10925   RICHARDS BUILDING SUPPLY CO, 7000 WEST 63RD ST, CHICAGO, IL 60638

10924   RICHARDS BUILDING SUPPLY, 1149 E. BROOKMONT AVENUE, KANKAKEE, IL 60901

10924   RICHARDS BUILDING SUPPLY, 210 W. WILLIAMS STREET, DWIGHT, IL 60420

10924   RICHARDS BUILDING SUPPLY, 23329 W. LINCOLN HWY., PLAINFIELD, IL 60544

10924   RICHARDS BUILDING SUPPLY, 2608 W. 111TH STREET, CHICAGO, IL 60655

10924   RICHARDS BUILDING SUPPLY, 2608 WEST 111TH STREET, CHICAGO, IL 60655

10924   RICHARDS BUILDING SUPPLY, 4545 W. BURNHAM, MILWAUKEE, WI 53219

10924   RICHARDS BUILDING SUPPLY, 7000 W. 63RD STREET, CHICAGO, IL 60638

10924   RICHARDS ECONOMY READY MIX, 1020 ELIZABETH ST., WAUKEGAN, IL 60085

10924   RICHARDS ECONOMY READY, 1020 ELIZABETH AVENUE, WAUKEGAN, IL 60085

10925   RICHARDS ELECTRIC SUPPLY CO, INC, PO BOX 605, MIAMI, FL 33152-0605

10924   RICHARDS ELECTRIC SUPPLY, 1569 STALEY AVE., DAYTON, OH 45404

10924   RICHARDS ELECTRIC SUPPLY, 4620 READING RD., CINCINNATI, OH 45229

10924   RICHARDS ELECTRIC SUPPLY, ATTN: GOV. BLDG., HAMILTON, OH 45011

10925   RICHARDS INDUSTRIES INC. C/O W K HI, 3170 WASSON RD., CINCINNATI, OH 45209-2381

10925   RICHARDS LAYTON & FINGER, PO BOX 551, WILMINGTON, DE 19899

10924   RICHARDS MEDICAL EQUIPMENT, 1130-B LARKIN, WHEELING, IL 60090

10925   RICHARDS PACKAGING INC, PO BOX 933, BLAINE, WA 98231-0933

10925   RICHARDS PACKAGING INC, POBOX 11249, PORTLAND, OR 97211-0249

10925   RICHARDS SPEARS KIBB & ORBE, ONE CHASE MANHATTAN PLAZA, NEW YORK, NY 10005-1413

10925   RICHARDS, BARBARA J, 15 BYAM RD, CHELMSFORD, MA 01824-3826

10925   RICHARDS, BARRY, 323 LANCELOT DRIVE, CLEMSON, SC 29631

10925   RICHARDS, BRUCE, 159 15TH ST SW, CEDAR RAPIDS, IA 52404

10925   RICHARDS, CHARLES, 130 BURGESS RD., ENOREE, SC 29335

10925   RICHARDS, DONALD, 407 BRIDGEWATER DRIVE, GREENVILLE, SC 29615-1320

10925   RICHARDS, ERIC, 115 TURNBERRY LANE, MOORESVILLE, NC 28115

10925   RICHARDS, ERIC, 8 DANE ST, LOWELL, MA 01854

10925   RICHARDS, FLOYD, ROUTE 4 BOX 334A, WICHITA FALLS, TX 76301

10925   RICHARDS, FRANCIS, 2B SUNNYSIDE LANE, DERRY, NH 03038

10925   RICHARDS, JAMISON, POBOX 225 LODGE RD, PENDLETON, SC 29670

10925   RICHARDS, JOAN, 1148 INTERLAKEN PASS, JONESBORO, GA 30236

10925   RICHARDS, JOANNE, 11975 CHEROKEE CIRCLE, SHELBY TOWNSHIP, MI 48315-1116

10925   RICHARDS, JUNE, 2350 W. TOUHY AVE., CHICAGO, IL 60645-3441

10925   RICHARDS, KATHY, 210 EDGE ROAD, MOORE, SC 29369-8522

10925   RICHARDS, LAURA, 2B SUNNYSIDE LANE, DERRY, NH 03038

10925   RICHARDS, LAYTON & FINGER, PA, ONE RODNEY SQUARE, WILMINGTON, DE 19899

10925   RICHARDS, LINDY, 105 BOBBIE ST, BOSSIER CITY, LA 71112

10925   RICHARDS, LOUIS, 1204 WHITE DRIVE, CEDAR HILL, TX 75104

10925   RICHARDS, M, RFD 1 NEW BOSTON ROAD, FRANCESTOWN, NH 03043

10925   RICHARDS, MARSHALL, 1115 NEW BOSTON RDD, FRANCESTOWN, NH 03043

10925   RICHARDS, NADER, 260 HARRY TRUMAN DR., LARGO, MD 20772

10925   RICHARDS, OWEN, 22577 ESPLANADA DRIVE, BOCA RATON, FL 33433

10925   RICHARDS, PAUL, 8101 FAIRVIEW BLUFF, ALPHERETTA, GA 30202

10925   RICHARDS, PAULA, 43 ARCHABAULT AVE, W. WARWICK, RI 02893

10925   RICHARDS, RICHARD, 1034 SO 7TH ST, ALLENTOWN, PA 18103

10925   RICHARDS, ROBIN, 1417 COOLIDGE, ST LOUIS, MO 63132

10925   RICHARDS, ROBIN, 208 S BRANCH RIVER RD, SOMERVILLE, NJ 08876

10925   RICHARDS, SANDRA, 5502 APT. H HANDLE, RICHMOND, VA 23234

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RICHARDS, SARA, 160 ORA COUNTY PARK RD, ENOREE, SC 29335

10925   RICHARDS, TYRONE, 4401 FALLS BRIDGE DR, BALTIMORE, MD 21211

10925   RICHARDS, VICKI, 4843 CAIRNSEAN, HOUSTON, TX 77084

10925   RICHARDS, VICTOR, 7900 SW 57TH, SOUTH MIAMI, FL 33143

10925   RICHARDS, WILLIAM, 1617 SUNSET BLVD, ODESSA, TX 79763-2760

10925   RICHARDS, WILLIAM, 26 WARD ST, WOBURN, MA 01801-1821

10925   RICHARDS-LING, ROBIN, 115 1/2 LOMA AVE, LONG BEACH, CA 90803

10925   RICHARDSON CRISP, SUSAN, 266 ABBOTT AVE, ELMSFORD, NY 10523

10925   RICHARDSON ELECTRIC, INC, PO BOX 5995, CHATTANOOGA, TN 37406-0995

10925   RICHARDSON ELECTRIC, PO BOX 11025, CHATTANOOGA, TN 37401

10924   RICHARDSON HOSPITAL, CAMPBELL  ROAD AND 75, RICHARDSON, TX 75081

10925   RICHARDSON JR, BEN, 6711 WAYMAN CHURCH RD, ENFIELD, NC 27823

10925   RICHARDSON JR., LOWELL, 7112 PAN AMERICAN FW, ALBUQUERQUE, NM 87109-4226

10924   RICHARDSON LUMBER, C/O RICHARDSON INDUSTRIES, SHEBOYGAN FALLS, WI 53085

10924   RICHARDSON MEDICAL CENTER, 410 WEST CAMPBELL ROAD, RICHARDSON, TX 75080

10925   RICHARDSON STEEL YARD, INC, PO BOX 605, GALENA PARK, TX 77547

10925   RICHARDSON TERREL, BONNIE, 3953 CLEAR ACRE LANE, #307, RENO, NV 89512

10925   RICHARDSON, AL, 1302 W COLTER, PHOENIX, AZ 85013-1961

10925   RICHARDSON, ANDREW, 930 N. PEARL, F12, TACOMA, WA 98406

10925   RICHARDSON, ANTONIA J, 1214 TOPAZ AVE, SAN JOSE, CA 95117-3436

10925   RICHARDSON, ARETHA, 1529 E. 68TH ST, CHICAGO, IL 60637

10925   RICHARDSON, BARBARA, 3621 SOMERSET, NEW ORLEANS, LA 70131

10925   RICHARDSON, BARBARA, 505 MARKET ST., FAIRMONT, NC 28340

10925   RICHARDSON, BARBARA, 859 YENOWINE LN, GEORGETOWN, IN 47122

10925   RICHARDSON, BILL, PO BOX 1055, WILLISTON, ND 58802-1055

10925   RICHARDSON, BILLY, RT. 2, BOX 435H, CLEVELAND, OK 74020

10925   RICHARDSON, BOBBIE, 408 S MAIN ST, SIMPSONVILLE, SC 29681

10925   RICHARDSON, BRIAN, BOX 6843, CLEMSON, SC 29632

10925   RICHARDSON, BRIDGET, RT. 1 BOX 270, SIMSBORO, LA 71275

10925   RICHARDSON, BRIDGETTE, 2 SADDLEMONT LANE, SIMPSONVILLE, SC 29680

10925   RICHARDSON, CANDICE, BOX 63, THAYER, IN 46381

10925   RICHARDSON, CATHERINE, 14221 LEVAN, LIVONIA, MI 48150

10925   RICHARDSON, CHARLES, 508 W. LAGRANGE ST #18, LAKE CHARLES, LA 70605

10925   RICHARDSON, CHARLES, BOX 65 - 403 COURT, FAIRMONT, IL 61841

10925   RICHARDSON, D, 10321 E 61ST ST #4, KAYTOWN, MO

10925   RICHARDSON, DAVID, 213 BIRCH LANE, SUMMERVILLE, SC 29483

10925   RICHARDSON, DEBORAH, 1721 FELS ROAD, PENNSBURG, PA 18073

10925   RICHARDSON, DEBORAH, PO. BOX 41223, WASHINGTON, DC 20018

10925   RICHARDSON, DELORES, 2708, BEAUMONT, TX 77701

10925   RICHARDSON, DEMETRIUS, 3427 31ST PLC NORTH, BIRMINGHAM, AL 35207

10925   RICHARDSON, DICK, 3808 MAPLEWOOD DRIVE, SULPHUR, LA 70663

10925   RICHARDSON, DWAYNE, 4422 WILSON ST, JACKSONVILLE, FL 32209

10925   RICHARDSON, EARL, 3903 SOUTHERN CROSS DR., BALTIMORE, MD 21207

10925   RICHARDSON, EVETTA, PO BOX 24, HEFLIN, LA 71039

10925   RICHARDSON, GINA, 2000 HUNTINGTON AVE, ALEXANDRIA, VA 22023

10925   RICHARDSON, GLENNA, 1110 SOUTH TEXOWA, IOWA PARK, TX 76367

10925   RICHARDSON, H MELVIN, 6325 FIFTH ST, BELLAIRE, TX 77401-3324

10925   RICHARDSON, HARDY, 191 GRAND AVE, LAFAYETTE, LA 70503

10925   RICHARDSON, HART, 13934 DEVIAR DR., CENTREVILLE, VA 22020

10925   RICHARDSON, ISAIAH, 3747 REISTERSTWN RD., BALTIMORE, MD 21215

10925   RICHARDSON, J, 11 CROSSVINE WAY, SIMPSONVILLE, SC 29680-6848

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RICHARDSON, J, 17144 ROLLING CR, HOUSTON, TX 77092

10925   RICHARDSON, J, 208 HAVENDALE DRIVE, FOUNTAIN INN, SC 29644

10925   RICHARDSON, J, PO BOX 1105, AMITE, LA 70422

10925   RICHARDSON, JACKIE, 3360 S. 136TH EAST AVE, TULSA, OK 74134

10925   RICHARDSON, JAMES, 13 RIDGEFIELD DRIVE, MILFORD, NH 03055

10925   RICHARDSON, JENNIFER, 70 BARNES RD, ELIZABETHTOWN, NC 28337

10925   RICHARDSON, JEROME, 4422 WILSON ST, JACKSONVILLE, FL 32209

10925   RICHARDSON, JEWELL, 10504 E. WIND WAY, COLUMBIA, MD 21044

10925   RICHARDSON, JOE, 113 ANITA, LAMARQUE, TX 77568

10925   RICHARDSON, JOHN G, CUST FOR JULIA M RICHARDSON, UNIF GIFT MIN ACT, 162 RUMSON RD NE, ATLANTA, GA 30305-3112

10925   RICHARDSON, JOHN, 10100 ASHLEY MANOR LANE, MECHANICSVILLE, VA 23116

10925   RICHARDSON, JUANITA, 3216 N. MONROE ST., WILMINGTON, DE 19802

10925   RICHARDSON, JURICE, RT. 2 BOX 158, EARLE, AR 72331

10925   RICHARDSON, KAREN, 10541 CASTLE ROCK DR, DALLAS, TX 75217

10925   RICHARDSON, KELLI, 4215 EMERSON, WICHITA FALLS, TX 76309

10925   RICHARDSON, KENNETH, 1912 HWY 1403, LEWISPORT, KY 42351

10925   RICHARDSON, KYLE, 1312 NORTH 4TH, WICHITA FALLS, TX 76304

10925   RICHARDSON, LARRY, 908 MAIN ST #3, EVANSTON, IL 60202

10925   RICHARDSON, LOREN, 418 N FRANCIS, CARTHAGE, MO 64836-1004

10925   RICHARDSON, MARY, 3952 ATLANTIC BLVD, JAX, FL 32207

10925   RICHARDSON, MARY, BOX 63, THAYER, IN 46381

10925   RICHARDSON, MICHAEL, 275 WILLOW ST, MANSFIELD, MA 02048

10925   RICHARDSON, MILTON, PO BOX 43, EVANDALE, TX 77615

10925   RICHARDSON, NATALIE, 3538 CHESTERFIELD, BALTIMORE, MD 21213

10925   RICHARDSON, NOAH, 1259 COLLEGE AVE #5C, BRONX, NY 10456

10925   RICHARDSON, PATRICIA M, 2312 CHIMNEY HILL DR, ARLINGTON, TX 76012-5402

10925   RICHARDSON, PHILLIP, 501 NAVAJO DR., LAKE CHARLES, LA 70611

10925   RICHARDSON, PHILLIP, 501 NAVAJO DRIVE, LAKE CHARLES, LA 70611

10925   RICHARDSON, ROBERT, 1221 BISHOP, BURKBURNETT, TX 76354

10925   RICHARDSON, ROBERT, 1251 FOREST DR, CASPER, WY 82609

10925   RICHARDSON, ROBERT, 206 MCSWAIN DRIVE, GREENVILLE, SC 29615

10925   RICHARDSON, ROBIN, POBOX 2093, OCALA, FL 34474

10925   RICHARDSON, ROLAND, 9400 EXPOSITION BLVD, LOS ANGELES, CA 90034

10925   RICHARDSON, RONALD, PO BOX 833, MOODY, AL 35004

10925   RICHARDSON, SHERRY, 391 N WILDWOOD, KANKAKEE, IL 60901

10925   RICHARDSON, SHIRLEY, 1920 LEGRANDE ST, SELMA, AL 36701

10925   RICHARDSON, ST.CLAIR, 1714 VALLEY VIEW LN, IRVING, TX 75061

10925   RICHARDSON, STEVEN, 2854 NEWCOMB COURT, ORLANDO, FL 32826

10925   RICHARDSON, THOMAS, 10266 CLIPPER COVE, AURORA, OH 44202

10925   RICHARDSON, TIMOTHY, 768 WILER RD, HILTON, NY 14468

10925   RICHARDSON, TRICIA, 1830 LINCOLN RD EXT, PITTSBURGH, PA 15235

10925   RICHARDSON, VALENCIA, 2892 KAREN RD, COLLEGE PK, GA 30337

10925   RICHARDSON, VIRGINIA, 23 KENWOOD CIRCLE, QUAKERTOWN, PA 18951-1030

10925   RICHARDSON, WANDA, 4163 NW 2ND COURT, BOCA RATON, FL 33431

10925   RICHARDSON, WANDA, 5726 KILONA DR, BATON ROUGE, LA 70812

10925   RICHARDSON, WENDY, 132 TEANECK RD, RIDGEFIELD PK, NJ 07660

10925   RICHARDSON, WILLIAM, 132 COUNTRY LANE, EASLEY, SC 29642

10925   RICHARDSON, WILMA, ROUTE 1 BOX 138, KELLYTON, AL 35089

10925   RICHARDSONS BLDG & OFFICE CLEANING, PO BOX 310934, ATLANTA, GA 30331

10925   RICHARDT, CHERYL, 915 C BLVD, NEW MILFORD, NJ 07646

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RICHART, THOMAS, 1693 MALLARD RD, GREENLEAF, WI 54126 | |
| 10925 | RICHBURG, DEANNA, 10556 SOUTH UNION AVE, CHICAGO, IL 60628 | |
| 10925 | RICHE, J, 1610 JOHNS ROAD, AUGUSTA, GA 30909 | |
| 10925 | RICHELSON, STAN, 340 MILES DRIVE, BLUE BELL, PA 19422-3100 | |
| 10925 | RICHERSON, RICKY, RT. 3, BOX 170A, CLOVIS, NM 88101 | |
| 10925 | RICHES MCKENZIE& HERBERT, 2 BLOOR ST EAST, TORONTO, ON M4W 3J5CANADA | *VIA Deutsche Post* |
| 10924 | RICHEY CONSTRUCTION CO IN, 625 NO. GILBERT RD #101, GILBERT, AZ 85234 | |
| 10924 | RICHEY CONSTRUCTION CO., 625 N. GILBERT ROAD  #101, GILBERT, AZ 85234 | |
| 10924 | RICHEY CONSTRUCTION, 625 N. GILBERT ROAD #101, GILBERT, AZ 85234 | |
| 10925 | RICHEY CYPRESS ELECTRONICS, 7441 LINCOLN WAY, GARDEN GROVE, CA 92641 | |
| 10925 | RICHEY ELECTRONICS INC, 87 CONCORD ST, NORTH READING, MA 01864 | |
| 10925 | RICHEY, AMY, 754 W 950 N, LAKE VILLAGE, IN 46349-9266 | |
| 10925 | RICHEY, CONSTANCE SUE, CUST FOR STEPHANIE J SPRUILL, UNDER MO UNIF GIFTSTO MIN LAW, RTE 2 BOX 880, HARRISONVILLE, MO 64701-0000 | |
| 10925 | RICHEY, ELMORE, PO BOX 31, TROY, MT 59935-0031 | |
| 10925 | RICHEY, GARY, 520 N. ASH, KERMIT, TX 79745 | |
| 10925 | RICHEY, JEWEL, 212 SOUTH PLINEY CIR, SIMPSONVILLE, SC 29681 | |
| 10925 | RICHEY, JOHN, 5510 SAVANNAH RD, ST JOSEPH, MO 64505 | |
| 10925 | RICHEY, JON STEVEN, 12315 45TH AVEUNE, PLYMOUTH, MN 55442 | |
| 10925 | RICHEY, TIMOTHY, 11531 KIRKHOLLOW DR, HOUSTON, TX 77089 | |
| 10924 | RICHFIELD BLOCK COMPANY, 1595 S AIRPORT RD, RICHFIELD, UT 84701 | |
| 10924 | RICHFIELD BLOCK COMPANY, 1750 AIRPORT RD, RICHFIELD, UT 84701 | |
| 10925 | RICHFIELD OIL CORPORATION, 815 SUPERIOR AVE., CLEVELAND, OH 44114 | |
| 10924 | RICHFIELD SR. H.S. - MULCAHY, 7001 HARRIOT AVE. SOUTH, RICHFIELD, MN 55423 | |
| 10924 | RICHFIELD URBAN VILLAGE, 6625 LYNDALE AVE. SOUTH, RICHFIELD, MN 55423 | |
| 10924 | RICHFOOD DAIRY, 11204 HOPSON ROAD, ASHLAND, VA 23005 | |
| 10925 | RICHGELS, PATRICK, 6603 FRANKLIN AVE, MIDDLETON, WI 53562 | |
| 10924 | RICHLAND CENTER READY MIX, HIGHWAY 14 EAST, RICHLAND CENTER, WI 53581 | |
| 10925 | RICHLAND COUNTY, POST OFFICE BOX 11947, COLUMBIA, SC 29211 | |
| 10924 | RICHLAND INDUSTRIAL, 919 CATAWBA STREET, COLUMBIA, SC 29201 | |
| 10924 | RICHLAND INDUSTRIAL, P.O. BOX 11327, COLUMBIA, SC 29211 | |
| 10924 | RICHLAND MEMORIAL HOSPITAL, 14 MEDICAL PARK, COLUMBIA, SC 29203 | |
| 10924 | RICHLAND MEMORIAL HOSPITAL, 9 MEDICAL PARK, COLUMBIA, SC 29201 | |
| 10924 | RICHLAND MEMORIAL HOSPITAL, C/O CONGAREE CONSTRUCTION, COLUMBIA, SC 29210 | |
| 10924 | RICHLAND MEMORIAL HOSPITAL, MEDICAL PARK DRIVE, COLUMBIA, SC 29201 | |
| 10925 | RICHLAND TOWNSHIP EARNED INCOME TAX, 1328 CALIFORNIA ROAD, SUITE C, QUAKERTOWN, PA 18951-4522 | |
| 10925 | RICHLEN TOOL, INC, 130 WEST ROSS AVE., CINCINNATI, OH 45217 | |
| 10925 | RICHLONG INTERNATIONAL, 724 B AVE, NATIONAL CITY, CA 91950 | |
| 10925 | RICHMAN, BARBARA, 15436 BRAUN CT, MOORPARK, CA 93021 | |
| 10925 | RICHMON, J, PO BOX 156, FATE, TX 75032 | |
| 10925 | RICHMON, J, PO BOX 156, FATE, TX 75132 | |
| 10925 | RICHMOND CHAPTER CSI, 13813 VILLAGE MILL DR, MIDLOTHIAN, VA 23113 | |
| 10924 | RICHMOND COMMUNITY HOSPITAL, 9 MILE ROAD, RICHMOND, VA 23250 | |
| 10925 | RICHMOND COMPENSATION ASSOCIATION, 4800 COX ROAD, GLEN ALLEN, VA 23060 | |
| 10924 | RICHMOND CONCRETE, 3630 NEW PARIS PIKE, RICHMOND, IN 47374 | |
| 10924 | RICHMOND CONCRETE, DIV OF ERNST ENTERPRISES INC, RICHMOND, IN 47374 | |
| 10925 | RICHMOND COUNTY TAX COMMISSIONER, 530 GREENE ST ROOM 117, AUGUSTA, GA 30911 | |
| 10925 | RICHMOND ELECTRIC SUPPLY CO INC, 3460 TRANT AVE, NORFOLK, VA 23502 | |
| 10925 | RICHMOND ELECTRIC SUPPLY CO INC, PO BOX 26526, RICHMOND, VA 23261 | |
| 10924 | RICHMOND ELECTRIC SUPPLY, 1024 E MAIN STREET, RICHMOND, IN 47374 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    RICHMOND HARDWARE, 899 WASHINGTON STREET, BRAINTREE, MA 02185

10924    RICHMOND MACHINE COMPANY, RICHMOND & ONTARIO STREETS, PHILADELPHIA, PA 19134

10924    RICHMOND MEMORIAL HOSPITAL, C/O WARCO CONSTRUCTION, COLUMBIA, SC 29203

10924    RICHMOND READY MIX INC, PO BOX 598, WYOMING, RI 02898

10924    RICHMOND READY MIX, P.O. BOX 598, WYOMING, RI 02898

10924    RICHMOND READY MIX, STILSON ROAD, WYOMING, RI 02898

10924    RICHMOND STATION, THE, 3801 NORTH DELAWARE AVENUE, PHILADELPHIA, PA 19137

10925    RICHMOND SUPPLY CO., PO BOX 1727, AUGUSTA, GA 30903

10925    RICHMOND SUPPLY, PO BOX 1727, AUGUSTA, GA 30913

10924    RICHMOND TIMES DISPATCH NEWS MEDIA, 11204 HOPSON ROAD, ASHLAND, VA 23005

10925    RICHMOND, ANDREW, PO BOX 379452, CHICAGO, IL 60637

10925    RICHMOND, ANTON E, 15 OLD SETTLERS DR, PITTSFORD, NY 14534-4628

10925    RICHMOND, CHARLES, RT. L, BOX 362, COLUMBIA,, LA 71418

10925    RICHMOND, DAVID, 2740 WALNUT, ODESSA, TX 79762

10925    RICHMOND, DAVID, RT. 1 BOX 102, GRAYSON, LA 71435

10925    RICHMOND, DEBORAH, 260 OREGON BLVD, RENO, NV 89506

10925    RICHMOND, GLENDA, RR #2 BOX823 LOT #57, COCONUT CREEK, FL 33073

10925    RICHMOND, HOLLY, 32 N. HANCOCK ST., MCADOO, PA 18237

10925    RICHMOND, LUCILLE, 1896 SO HIELAND RD, ST ANNE, IL 60964

10925    RICHMOND, MARTHA, 2614 SANTA CRUZ DR, DALLAS, TX 75227

10925    RICHMOND, META, 10117 COVELL ST, RICHMOND, IL 60071

10925    RICHMOND, ROBERT, 500 WATER ST, MT. ORAB, OH 45154

10925    RICHMOND, ROBIN, 4120 E. MCKENZIE, FRESNO, CA 93702

10925    RICHMOND, SHANNON, 3516 MERRITT ROAD, SACHSE, TX 75048

10925    RICHMOND, SHEILA, 505 ELM AVE, JENKINTOWN, PA 19046

10925    RICHOUX, DALE, 162 BAYOU FOLSE, RACELAND, LA 70394

10925    RICHOUX, FRED, 143 E 28TH ST, CUTOFF, LA 70345

10925    RICHOUX, JR, DARRELL, 1111 W 137TH ST, GALLIANO, LA 70354

10925    RICHOUX, MICHAEL, 229 EAST 37TH ST, CUT OFF, LA 70345

10925    RICHOUX, SHANE, PO BOX 665, LAROSE, LA 70373

10925    RICHOUX, TOMMY, PO BOX 665, LAROSE, LA 70373

10924    RICHS  LENOX MALL, 3393 PEACHTREE RD NORTH EAST, ATLANTA, GA 30326

10924    RICHS MALL OF GEORGIA, 3379 A BUFORD DRIVE, BUFORD, GA 30519

10925    RICHS READY MIX, 101 RICH ST, GREENBRAE, CA 94904

10925    RICHTER PRECISION,INC, 1021 COMMERCIAL AVE, EAST PETERSBURG, PA 17520

10924    RICHTER READY MIX CONST., P O BOX 249, EAGLE RIVER, WI 54521

10924    RICHTER READY MIX, 1672 SILVER LAKE ROAD, EAGLE RIVER, WI 54521

10924    RICHTER READY MIX, P O BOX 249, EAGLE RIVER, WI 54521

10925    RICHTER, BERNHARD, 27 ROSE LANE, PLANO, TX 75074

10925    RICHTER, EDWARD, 405 N W 9TH AVE, MULBERRY, FL 33860-2909

10925    RICHTER, JOAN M, 128 TRUCKHOUSE RD, SEVERNA PARK, MD 21146

10925    RICHTER, JOAN, 128 TRUCKHOUSE ROAD, SEVERNA PARK, MD 21146

10925    RICHTER, P, RT 6 BOX 104D, CORSICANA, TX 75110

10925    RICHTER, PATRICK, 225 GRAY ST, GREEN BAY, WI 54303

10925    RICHTER, PAUL, 2601 N FRANKLIN RD, ARLINGTON, VA 22201

10925    RICHTER, PAUL, 555 FARMBROOK TRAIL, KENNESAW, GA 30144

10925    RICHTER, RICHARD THOMAS, 437 KOLB AVE, GREENBAY, WI 54301-2439

10925    RICHTER, RICHARD, 437 KOLB, GREEN BAY, WI 54301

10925    RICHTER, SANDRA, 1501 SAN RAFAEL CT, ST. AUGUSTINE, FL 32084

10924    RICHTEX CORP., PLANT #9, NINETY SIX, SC 29666

10924    RICHTEX CORP., PO BOX 208, NINETY SIX, SC 29666

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    RICHTEX CORPORATION, BRICKYARD @ FROST AVENUE, COLUMBIA, SC 29203

10924    RICHTEX CORPORATION, PO BOX 3307, COLUMBIA, SC 29203

10925    RICHTEX, POBOX 3307, COLUMBIA, SC 29230

10925    RICHWEIN, WENDY, 3275 GWENLEE CIRC, GLENWOOD, MD 21738

10925    RICK A EMBRY &, MARY G EMBRY JT TEN, 4619 CRESCENT HILL DR, OWENSBORO, KY 42303-2034

10925    RICK D CHANCE, 3314 SPRINGHILL, MISSOURI CITY, TX 77459-2026

10924    RICK FARINO CONSTRUCTION SVCS., 23282 OLIVE AVENUE, LAKE FOREST, CA 92630

10924    RICK FARINO CONSTRUCTION, 23282 OLIVE AVE, LAKE FOREST, CA 92630

10925    RICK FERENICK, HARDWOOD FLOORS, 31 PLEASANT ST, PLAINVILLE, MA 02762

10925    RICK HARGETT &, CATHY CANTWELL JT TEN, 11420 MACKEL DR, OKLAHOMA CITY, OK 73170-5636

10924    RICK JAROS, 119 SNELL DRIVE, CORAOPOLIS, PA 15108

10925    RICK JULIA, 21012 COUNTRY CREEK DR, BOCA RATON, FL 33428

10925    RICK JULIA/ASAP CONSULTANTS INC, 1773 NE 56TH CT, FORT LAUDERDALE, FL 33334-5994

10925    RICK KLEIN TECHNICAL SERVICE, 22633 RICHTON SQUARE ROAD, RICHTON PARK, IL 60471

10925    RICK KLIEN TECHNICAL SERVICE, 22633 RICHTON SQUARE ROAD, RICHTON PARK, IL 60471

10925    RICK PALANCA, 3639 W. SCOTT DR, ALSIP, IL 60658

10925    RICK PAVLIK, 6051 W. 65TH ST, BEDFORD PARK, IL 60638

10925    RICK SANOR ILLUSTRATION, 229 GLEN ST SUITE 3D, GLENS FALLS, NY 12801

10925    RICK WELLING, 1906 CANTER LANE, MARRIOTTSVILLE, MD 21104

10925    RICKABAUGH, JANE, 2452 MONTCLAIR ST, WOOSTER, OH 44691

10925    RICKARD, EDWARD, 1492 MC CORMICK ST, GREEN BAY, WI 54301

10925    RICKARD, VAN, 279 J. PAYTON CR., GURLEY, AL 35748

10925    RICKE, J, 701 W DAUGHERTY, WEBB CITY, MO 64870

10925    RICKEL HOME CENTERS, INC, 200 HELEN ST, SOUTH PLAINFIELD, NJ 07080

10925    RICKEL SECURITY, PO BOX 17296, NEWARK, NJ 07194

10925    RICKER, JOAN, 328 CHARLES ST, READING, MA 01867

10925    RICKER, JOHN, 3060 NAOMI DRIVE, MORRISTOWN, TN 37814

10925    RICKERBY, E., 1025 E. 9TH, CRAIG, CO 81625

10924    RICKERT ELECTRIC CO., 265 COLE AVE., WILLIAMSTOWN, MA 01267

10925    RICKET, WILLIAM, 9 DEER CROSS CT, GREENVILLE, SC 29607-4953

10925    RICKETT, BERNIE, 463 SANDY RIDGE CH. RD., ELERLIE, NC 28338

10924    RICKETTS CONST. CO., & LOUDEN ST., WINCHESTER, VA 22601

10924    RICKETTS CONST. CO., BERRYVILLE, VA 22611

10925    RICKEY C HAHLEN &, SUSAN S HAHLEN JT TEN, 900 ROOSEVELT, DUBUQUE, IA 52001-8391

10925    RICKLES, JERRY, 6710 S.W.11TH DRIVE, PORTLAND, OR 97219

10925    RICKMAN, DONALD, 1010 N. GONZALES, CUERO, TX 77954

10925    RICKMAN, GALE, 2921 MATTHEWS, JOPLIN, MO 64801

10924    RICK'S COLLEGE RELIGION, COLLEGE CAMPUS, REXBURG, ID 83460

10925    RICKS TRANSPORT, PO BOX 442, GROVETOWN, GA 30813

10925    RICKS, ARTHUR, 1519 BARCLAY ST, BALTIMORE, MD 21202

10925    RICKS, CECELIA, 3605 LYNN CIR, LA VERNE, CA 91750

10925    RICKS, CLIFTON, 357 OLD LAKE WALES BARTOW ROAD, BARTOW, FL 33830

10925    RICKS, LORIA J., 6245 RENNICK, HOUSTON, TX 77081

10925    RICKS, THOMAS, 3028 WEST MOSHER ST, BALTIMORE, MD 21216

10925    RICKY D PAYTON, 107 BUTTERMILK RD, BREMEN, KY 42325-2004

10925    RICO ROBINSON, 30 PATEWOOD PLAZA, SUITE 270, GREENVILLE, SC 29615

10925    RICO, JOE, 18712 DEMION LANE, HUNTINGTON BEACH, CA 92646

10925    RICO, JOSEFINA, PO BOX 4723, BROWNSVILLE, TX 78523

10925    RICO, VERONICA, 5426 GATEWAY EAST, EL PASO, TX 79905

10925    RICOH ELECTRONICS, 1100 VALENCIA AVE, TUSTIN, CA 92780

10925    RICON RESINS INC, 569 24 1/4 ROAD, GRAND JUNCTION, CO 81505

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  RICONDA, CLARA, 21 JOLEN DR, NEW CITY, NY 10956

10925  RICSI- RI CHAPTER/CSI/CONTEK 97, 156 BROOKSIDE DR, NORTH KINGSTOWN, RI 02852

10924  RICURA PRODUCTS, ATTN: RECEIVING DEPT., 11515 VANSTORY DR IVE, HUNTERSVILLE, NC 28078

10924  RICURA, ATTN: PURCHASING DEPT., 11515 VANSTORY DRIVE, HUNTERSVILLE, NC 28078

10925  RIDDELL, MARK, 2 SKINYROCK PLACE, THE WOODLANDS, TX 77381

10925  RIDDERBUSH SR, JAMES, 3405 W FLORIDA AV, APPLETON, WI 54914

10925  RIDDICK, KAREN, RT 2 BOX 16R, AHOSKIE, NC 27910

10925  RIDDICK, OLIVER, 4242 MEADOWCHASE LANE, HOUSTON, TX 77014-1705

10925  RIDDLE JR., MERRITT, PO BOX 925, MARSHALL, TX 75670

10925  RIDDLE JT TEN, JOHN A & SILVIA I, 500 E VISTA, BISBEE, AZ 85603-1438

10925  RIDDLE, CATHERINE, 11 COOL SPRINGS DR, GREENVILLE, SC 29609-3919

10925  RIDDLE, DALE, RT. 2, BOX 97-A, LINDSAY, OK 73052

10925  RIDDLE, DWIGHT, 11821 LAING, DETROIT, MI 48224

10925  RIDDLE, JACQUELINE, RT 5 BOX 423, CHAPIN, SC 29306

10925  RIDDLE, JANET, 8505 EAGLE TRAIL, CHARLESTON, IN 47111

10925  RIDDLE, JEFFREY F, 1355 TALLWOOD ST, NORFOLK, VA 23518-2649

10925  RIDDLE, JOHN, 8505 EAGLE TRAIL, CHARLESTOWN, IN 47111

10925  RIDDLE, JUDITH, 2300 HARRIS BRIDGE RD, WOODRUFF, SC 29388

10925  RIDDLE, KERRI, 622 NORTH WRIGHT ST, ALICE, TX 78332

10925  RIDDLE, LOIS, 2527 LINCOLN, ANDERSON, IN 46016

10925  RIDDLE, P, 10425 HOLLAND ST, BAKERSFIELD, CA 93312

10925  RIDDLE, ROGER, 2285 SHADY ACRES DR, MULBERRY, FL 33860

10925  RIDDLE, RONALD, 205 IVY DRIVE, SIMPSONVILLE, SC 29681

10925  RIDDLE, RUTH G, ROUTE 1 BOX 979, LAURENS, SC 29360

10925  RIDDLE, STEVEN, 130 SCOTT ROAD, HONEA PATH, SC 29654

10925  RIDDLE, TERRENCE, 243 DOUGLAS ST, BAKERSFIELD, CA 93308

10925  RIDDLE, WILLIAM, 2216 LIVE OAK DRIVE, PORTLAND, TX 78374

10925  RIDDLESPERGER, ANTHON, 15 GROVENOR COURT, DALLAS, TX 75225

10925  RIDDLESPERGER, ANTHONY G, CONSULTANT, 15 GROVENOR COURT, DALLAS, TX 75225

10925  RIDDLESPERGER, ANTHONY, 15 GROVENOR COURT, DALLAS, TX 75225

10925  RIDDLESPRIGER, VIVIAN, 1017 S 40TH ST, LOUISVILLE, KY 40211

10925  RIDEAU, JANICE, 2600 VAUGHN LAKES, MONTGOMERY, AL 36117

10925  RIDEAUX, JUNUS, 218 N SPENCER ST, LAKE CHARLES, LA 70601

10925  RIDENHOUR, JERRY, 402 AVONDALE ST, LEAGUE CITY, TX 77573-2202

10925  RIDENHOUR, JOHN, 5101 EHRET ROAD, MARRERO, LA 70072

10925  RIDENOUR, BETTY, LOT 67 RIVERVIEW EST, GREENVILLE, NC 27858

10925  RIDENOUR, JESSE, 16A DEER RUN CT., BALTIMORE, MD 21227

10925  RIDENOUR, LARRY, 3 WEST TILDEN DR, BROWNSBURG, IN 46112

10925  RIDENOUR, RANDY, 556 OSBORNE AVE, PITTSBORO, IN 46167-8913

10924  RIDEOUT MEMORIAL HOSPITAL, J.F. AUTO, MARYSVILLE, CA 95901

10925  RIDEOUT, EUGENE, 1942 CENTER ROAD, NOVATO, CA 94947-2956

10925  RIDEOUT, TINA, RT. 5 BOX 469B, GREENVILLE, NC 27834

10925  RIDER BENNETT EGAN & ARUNDEL, ROBERT J JASKOWIAK, 2000 METROPOLITAN CENTER, 33
       SOUTH SEVENTH ST, MINNEAPOLIS, MN 55042

10925  RIDER, DALE, 113 MAYER ST, WEST BEND, WI 53095

10925  RIDER, DAVID, 8320 NW 70TH ST., OKLAHOMA CITY, OK 73132-3923

10925  RIDER, DONALD, 1 LONGFELLOW PL, 1422, BOSTON, MA 02114-2412

10925  RIDER, KERRY, 3440 ESSEX COURT, CRAIG, CO 81625

10925  RIDER, KEVIN, 12913 MONTGOMERY, ALBUQUERQUE, NM 87111

10925  RIDER, PAUL, 114 RANCOCAS AVE, RIVERSIDE, NJ 08075-3247

10925  RIDER, R, 4525 DEAN RD 118, MILWAUKEE, WI 53223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RIDER, REX, 705 W MAIN ST, MARENGO, IA 52301

10924   RIDGE BUILDERS, INC. - JAMESON, C/O HERRIN BROTHERS PRODUCE, GRAND RAPIDS, MI 49504

10924   RIDGE BUILDERS, INC., 3025 SIX MILE ROAD, GRAND RAPIDS, MI 49504

10925   RIDGE HEATING, AIR CONDITIONING, PL, 125 INDUSTRY LANE, FOREST HILL, MD 21050

10924   RIDGE MEDICAL SUPPLY, 35  NORTH BRADON DRIVE, GLENDALE HEIGHTS, IL 60139

10925   RIDGE TOOL CO, PO BOX 4023, ELYRIA, OH 44035

10925   RIDGE VALVE & FITTING CO., 3919 PAPERMILL DR., KNOXVILLE, TN 37939

10925   RIDGE, CLIFF, 8405 BENT TREE RD, AUSTIN, TX 78759

10925   RIDGE, DUANE, 105 W COTTONWOOD, HOLLIDAY, TX 76366

10925   RIDGE, MARK, 2914 ETTA DR, DALLAS, TX 75227

10925   RIDGE, MELISSA, 1260 BRIGHTON, ALBANY, CA 94706

10925   RIDGE, PHILIP, 5104 THACKER DAIRY, GREENSBORO, NC 27406

10925   RIDGE, ROBERT, 3529 GLEN OAK DR., JARRETTSVILLE, MD 21084

10925   RIDGE, VENITA, 410 ARBOR CREEK DRIVE, EULESS, TX 76039

10925   RIDGE, VESTLE, 1720 CYNTHIA LANE, HURST, TX 76054

10924   RIDGEDALE FACILITY, 12601 RIDGEDALE DRIVE, MINNETONKA, MN 55345

10925   RIDGELY, JOSEPH, 3269 EASTERN NECK RD, ROCK HALL, MD 21661

10925   RIDGELY, JULIA, PO BOX 223, ROCKHALL, MD 21661

10924   RIDGEWAY, BEDFORD ST AND, 2139 SUMMER ST, STAMFORD, CT 06905

10925   RIDGEWAY, CATHY, 460 MAIN ST. APT 32, FOREST PARK, GA 30050

10925   RIDGEWAY, EDWARD, 104 LATIMER MILL ROAD, HONEA PATH, SC 29654-2107

10925   RIDGEWAY, GEORGIANNA, 7000 GOODSON # 19, UNION CITY, GA 30291

10925   RIDGEWAY, GLENDA, 5 CRESCENT RIDGE DRIVE, GREENVILLE, SC 29615

10925   RIDGEWAY, JAMES, 10174 CHATHAM WOODS DR, LOVELAND, OH 45140-1965

10925   RIDGEWAY, JAMES, BOX 6517 MIDWAY RD., WILLIAMSTON, SC 29697

10925   RIDGEWAY, JOHN L, 27 W CRANBERRY LN, GREENVILLE, SC 29615-5504

10925   RIDGEWAY, RICHARD, 5 CRESCENT RIDGE DR, GREENVILLE, SC 29615-2116

10925   RIDGEWAY, SCOTT, 11510- D MEADOW LANE, STAFFORD, TX 77477

10925   RIDGEWAY, SCOTT, 5230 WASENA AVE., BALTIMORE, MD 21225

10925   RIDGEWAY, SHERRY, 370 OCEAN PINES, BERLIN, MD 21811

10925   RIDGEWAYS INC, 105 ZONOLITE ST, LAFAYETTE, LA 70502

10925   RIDGEWELLS, 5525 DORSEY LANE, BETHESDA, MD 20816

10925   RIDGEWOOD VILLAGE MUNICIPAL COURT, 131 N MAPLE AVE, RIDGEWOOD, NJ 07451

10925   RIDGEWORTH ROOFING COMPANY, INC, 9720 SOUTH INDUSTRIAL DRIVE, BRIDGEVIEW, IL 60455

10925   RIDGLEY, DENISE, 1621 OAK MEADOW DRIVE, IRVING, TX 75061

10925   RIDGWAY, PEGGY, 13 LAWSON AVE GATELY, CHESHIRE, SK8 4PLUNITED KINGDOM          *VIA Deutsche Post*

10925   RIDGWAYS BUSINESS SOLUTIONS, 5711 HILLCROFT ST, HOUSTON, TX 77036

10925   RIDGWWAYS LEGAL SVS-TULSA, 320 SOUTH BOSTON #104, TULSA, OH 74103

10925   RIDING, ROBIN, 10838 HASKINS, LENEXA, KS 66210

10925   RIDINGS, BETTY JO, 266 DEL BARC DR, MOBILE, AL 36607

10925   RIDINGS, HOWARD, PO BOX 531, MEEKER, CO 81641

10925   RIDINGS, KATHY, 301 SEVEN OAKS LANE, SPARTANBURG, SC 29301

10924   RIDLEY HIGH SCHOOL, 1001 MORTON AVE, FOLSOM, PA 19033

10925   RIDLEY, BASIA, 6128 TALAVERA COURT, ALEXANDRIA, VA 22310

10925   RIDLEY, DAVID, 130 STARK ST, WATERLOO, NY 13165

10925   RIDLEY, MARY, 1325 CALIFORNIA DR, BURLINGAME, CA 94010

10925   RIDLEY, RICHARD, 237 EAST MAIN ST, WATERLOO, NY 13165

10925   RIDLEY, TIMOTHY, 2218 CHESHIRE DRIVE, BIRMINGHAM, AL 35235

10925   RIDLING, ERNEST, PO BOX 175, CLARKDALE, GA 30111

10925   RIDOLPHI, CHRISTOPHER, 3434 VALEWOOD DR, OAKTON, VA 22124

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   RIEBEL, G NORMAN, CUST FOR G KEVIN RIEBEL UNDER, MO UNIF GIFTS TO MIN LAW, PO BOX 5600, NORMANDY, MO 63121-0600

10925   RIEBEL, G NORMAN, CUST FOR KAREN JEANINE RIEBEL, UNDER MO UNIF GIFTS TO MIN LAW, 824 FOX CHASE, ARNOLD, MO 63010-1362

10925   RIEBOW, TODD, 5321 PARKERSON RD, COLLEGEDALE, TN 37315

10925   RIECH, KENNETH, PO BOX 562, PLAINS, MT 59859

10925   RIECHERS JT TEN, CARL B & ALICE, 100 ARROYO SECO DR, HOLLISTER, CA 95023-9354

10925   RIECHERS, HORST, 13 HUNTERS POINT, LUGOFF, SC 29078

10925   RIECHERS, JOHN, 6308 MARY ANN CIRCLE, COLUMBIA, MO 65202

10925   RIECK, DOUGLAS, 16 DRISCOLL DR, FRAMINGHAM, MA 01701

10925   RIECK, EUGENE, 805 MARY ST PO BOX 395, ELKHORN, NE 68022-1422

10925   RIECK, JEFFERY, 8049 ROUND MOON CIRCLE, JESSUP, MD 20794

10925   RIECK, PAMELA, 11732 S. KEDVALE, ALSIP, IL 60803

10925   RIED & PRIEST LLP, 40 WEST 57TH ST, NEW YORK, NY 10019-4097

10925   RIEDE-LANE, INEZ, 5010 ILSEN PL NW, ALBUQUERQUE, NM 87114

10925   RIEDELS, 1331 LINDEN AVE, BALTIMORE, MD 21227

10925   RIEDER, DR K A, #207-4330 MAYWOOD ST, BURNABY, BC V5H 2J7CANADA                *VIA Deutsche Post*

10925   RIEDER, KLAUS A, 15 BOSTON ST APT 2, SALEM, MA 01970

10925   RIEDER, KLAUS ALEXANDER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   RIEDER, KLAUS-ALEXANDER, 20 LOVETT ST. APT #6, BEVERLY, MA 01915

10925   RIEDMAN MOTORS CO INC, 610 GRAND AVE, CONNERSVILLE, IN 47331-2027

10925   RIEFF & SCRAMM, 100 NORTH LASALLE ST, CHICAGO, IL 60602-2402

10924   RIEFLER CONCRETE PRODUCTS INC., 5690 CAMP ROAD AT LAKE STREET, HAMBURG, NY 14075

10924   RIEFLER CONCRETE PRODUCTS LLC, 400 PFOHL ROAD, CHEEKTOWAGA, NY 14225

10924   RIEFLER CONCRETE PRODUCTS LLC, 434 CLINTON STREET, COWLESVILLE, NY 14037

10924   RIEFLER CONCRETE PRODUCTS LLC, 5690 CAMP ROAD, HAMBURG, NY 14075

10924   RIEFLER CONCRETE PRODUCTS LLC, HENRIETTA RD., SPRINGVILLE, NY 14141

10924   RIEFLER CONCRETE PRODUCTS LLC, HURDVILLE RD., ARCADE, NY 14009

10924   RIEFLER CONCRETE PRODUCTS LLC, RIEFLER PLT/GATEWAY TRADE CTR., LACKAWANNA, NY 14218

10924   RIEFLER CONCRETE PRODUCTS LLC, ROUTE 62, COLLINS, NY 14034

10924   RIEFLER CONCRETE PRODUCTS LLC, TRANSIT RD., BUFFALO, NY 14200

10925   RIEGEL, DEBBI, 95 SIERRA CR, OLATHE, KS 66061

10925   RIEGER, EILEEN, 931 RARITAN AVE, MANVILLE, NJ 08835

10925   RIEHMAN, THOMAS, 105 MICHELLE LN, HILLSBOROUGH, NJ 08844

10924   RIEKE CORPORATION, 500 WEST 7TH STREET, AUBURN, IN 46706

10925   RIEKE CORPORATION, POBOX 101758, ATLANTA, GA 30392-1758

10925   RIEL, DIANE, 35 RIO VISTA, BILLERICA, MA 01821

10925   RIEMENSCHNEIDER JR, WALTER E, PO BOX 676, BEREA, OH 44017-0676

10925   RIEMER, JOSEPH, 627 S. KENWOOD AVE., BALTIMORE, MD 21224

10925   RIENAU, JR, GEORGE, PO BOX 84, HAMILTON, CO 81638-0084

10925   RIENZO, DANIELLE, 7122 NW 45TH AVE, COCONUT CREEK, FL 33073

10925   RIENZO, DANIELLE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   RIERSON, ROBERT, 4204 TALLWOOD DRIVE, GREENSBORO, NC 27410-4524

10925   RIES, JR, JEROME, 29365 SKIPTON -CORDOVA RD, CORDOVA, MD 21625

10925   RIESENBERG, MARK, 9707 FRIAR TUCK DR, WEST CHESTER, OH 45069

10925   RIEVE, KATHLEEN, 3015 BROADMOOR AVE., HOUMA, LA 70364

10925   RIEVES, STEPHANIE, 721 FRANKLIN BLVD, GREENSBORO, NC 27401

10925   RIFE, ANNA, RT. 4, BOX 1598W, ODESSA, TX 79764

10925   RIFE, DAVID, 1219 RIFE WAY N.E., LELAND, NC 28451

10925   RIFFE, ANGELA, 6104 DAWN RIDGE TRL, GREENSBORO, NC 27410

10925   RIFFE, JOHN, 3615 S E 132ND, PORTLAND, OR 97236

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    RIFFE, TERRI, RR #1 BOX 443, HEDGESVILLE, WV 25427

10925    RIFFLARD, ARTHUR, 630 GOWAN ROAD, INMAN, SC 29349-7883

10925    RIFFLE, J, 25118 WOODVALE DR. N, SOUTHFIELD, MI 48034

10925    RIGAZIOS, 266 RINDGE AVE, CAMBRIDGE, MA 02140

10925    RIGBY, MICHAEL, RT 1, BOX 169, TERRA ALTA, WV 26764

10925    RIGDON, BETTY, 611 W RIDGEWAY ROAD, HONEA PATH, SC 29654

10925    RIGDON, KATHLEEN, 1453 DE PROOES LN, ST. CHARLES, MO 63303

10925    RIGDON, S, 610 FREEMAN RD, LIBERTY, SC 29657

10925    RIGEL, JOY, 2465 MILFORD SQ. PK., QUAKERTOWN, PA 18951

10925    RIGGAN, ROY, 883 GREENHEDGE DR., STONE MOUNTAIN, GA 30088

10925    RIGGENBACH, KARRIE, 7686 ROHRER ROAD, WOOSTER, OH 44691

10925    RIGGERS SERVICE & SUPPLY INC, POBOX 8493 STATION A, GREENVILLE, SC 29604

10925    RIGGIN, BARBARA, 767 F FAIRVIEW AVE, ANNAPOLIS, MD 21403

10925    RIGGIN, RICHARD, 4774 MICHIGAN AVE, STEVENSVILLE, MI 49127

10925    RIGGIN, THOMAS, 8000 NOLCREST RD, GLEN BURNIE, MD 21061

10925    RIGGINS, CHARLOTTE, 3068 JEFFERSONVILLE, MACON, GA 31201

10925    RIGGINS, KEVIN, 344 KNICKERBOCKER RD, FOUNTAIN INN, SC 29644

10925    RIGGINS, PHILLIP, 934 BRANCH DR, HERNDON, VA 22070

10925    RIGGINS, ROBERT, 404 QUILLEN AVE, FOUNTAIN INN, SC 29644

10925    RIGGIO, KALA, 1699 WASHINTON, COLTON, CA 92324

10925    RIGGIO, VINCENT, 147 ROSETREE LANE, EXTON, PA 19341

10925    RIGGLE, CHRISTOPHER, 1208 ROBBINS ST., PHILADELPHIA, PA 19141

10925    RIGGLE, DENISE, 1208 ROBBINS ST, PHILADELPHIA, PA 19141

10925    RIGGLE, GERALD, 1414 TANBARK ROAD, WICHITA FALLS, TX 76305

10925    RIGGLEMAN, JOHN, CAROLINA VERM CO PO BOX 98, WOODRUFF, SC 29388-0098

10925    RIGGLEMAN, JOHN, PO BOX 1137, LIBBY, MT 59923

10925    RIGGS DISTLER & CO, INC, 2111 VAN DEMAN ST., BALTIMORE, MD 21224

10925    RIGGS INC., PO BOX 38777, MEMPHIS, TN 38183-0777

10925    RIGGS SALES SERVICE INC, PO BOX 8014, LEXINGTON, KY 40533-8014

10925    RIGGS, ARLES P, CUST FOR DEBORA R RIGGS, UNDER THE UNIF GIFT MIN ACT OK, C/O MRS
         DEBBIE R NIELSEN, PO BOX 910, LAVERNE, OK 73848-0910

10925    RIGGS, CHARLIE, ROUTE 1 BOX 137, BINGER, OK 73009

10925    RIGGS, CYNTHIA, 10 SHIRAS COURT, EAST HAMPTON, NJ 08060

10925    RIGGS, CYNTHIA, 4034 D PALM BAY CIR, WEST PALM BEACH, FL 33406

10925    RIGGS, KAREN, 6402 MAE ANN, 177, RENO, NV 89503

10925    RIGGS, PAUL, PO BOX 144, CAMPTI,, LA 71411

10925    RIGGS, PEGGY, PO BOX 4992, MIDLAND, TX 79704-5774

10925    RIGGS, ROBERT, 1660 MAPLE COURT, CONYERS, GA 30208

10925    RIGGS, SUSIE, 3321 W. STOREY, MIDLAND, TX 79703

10925    RIGGS, TIMOTHY, 609 LAKE AVE, ALTAMONTE SPGS, FL 32701

10925    RIGGS, YVONNE, 1115 MILLBROOK DR, LAKE ZURICH, IL 60047

10925    RIGGSBEE HARDWARE AND INDUSTRIAL, PO BOX 230398, HOUSTON, TX 77223-0398

10925    RIGHINI, BARBARA, 110 BUNKER HILL LANE, QUINCY, MA 02169

10925    RIGHINI, KAREN, 22 SUSAN ROAD, WEYMOUTH, MA 02190

10925    RIGHT ASSOCIATES, 2101 WEST COMMERCIAL BLVD, FORT LAUDERDALE, FL 33309

10925    RIGHT ASSOCIATES, 4010 EXECUTIVE PARK DR., CINCINNATI, OH 45241

10924    RIGHT AWAY READY MIX INC, 30100 UNION CITY BOULEVARD, UNION CITY, CA 94587

10924    RIGHT AWAY READY MIX, 720 JULIE ANNE WAY, OAKLAND, CA 94621

10924    RIGHT AWAY READY MIX, 725 JULIE ANN WAY, OAKLAND, CA 94621

10924    RIGHT A-WAY REDY MIX INC, 401 KENNEDY STREET, OAKLAND, CA 94606

10924    RIGHT AWAY REDY MIX INC, 5501 IMHOFF ROAD, MARTINEZ, CA 94553

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | RIGHT AWAY REDY MIX, 2680 SO. 4TH STREET, FRESNO, CA 93725 | |
| 10924 | RIGHT AWAY REDY MIX, INC., 725 JULIE ANN WAY, OAKLAND, CA 94621 | |
| 10925 | RIGHT MANAGEMENT CONSULTANTS, 2101 W COMMERCIAL BLVD SUITE 2000, FORT LAUDERDALE, FL 33309 | |
| 10925 | RIGHT MANAGEMENT CONSULTANTS, PO BOX 8538-388, PHILADELPHIA, PA 19171-0388 | |
| 10925 | RIGHT TEMPORARIES INC, 53 WEST JACKSON BLVD, CHICAGO, IL 60604-3702 | |
| 10925 | RIGHT TEMPORARIES, INC, 53 W. JACKSON BLVD.STE. 1315, CHICAGO, IL 60604-3702 | |
| 10924 | RIGHTMYER MACHINE RENTALS, 497 HIGHWAY 48, ROANOKE RAPIDS, NC 27870 | |
| 10924 | RIGHTMYER MACHINE RENTALS, HWY 46 W & ST. RD 1200, GASTON, NC 27832 | |
| 10925 | RIGHTMYER, JOSEPH A, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | RIGHTMYER, JOSEPH, 12643 GOLDEN OAK DR, ELLICOTT CITY, MD 21042 | |
| 10925 | RIGNEY, BRIAN, 1403 NORTH MAIN ST, HAMPSTEAD, MD 21074 | |
| 10925 | RIGNEY, JOHN M, PO BOX 656, REMSENBURG, NY 11960 | |
| 10925 | RIGNEY, JOHN, 194 S COUNTRY RD PO BOX 2022, REMSENBURG, NY 11960 | |
| 10925 | RIGNEY, RAYMOND, 140 LAKESIDE DR, MONTGOMERY, TX 77356-5876 | |
| 10925 | RIGOPULOS, PETER, 1342 VIA PORTOFINO, NAPLES, FL 34108 | |
| 10925 | RIGSBEE HARDWARE, PO BOX 230398, HOUSTON, TX 77223-0398 | |
| 10925 | RIGSBEE, KIM, 12023 BISSONNET, 744, HOUSTON, TX 77099 | |
| 10925 | RIGSBEE, SUSAN, 435 WOODINGTON RD, KINSTON, NC 28501 | |
| 10925 | RIGSBEE, WILLIAM, 4900 REA ROAD, CHARLOTTE, NC 28226 | |
| 10925 | RIGSBY SCREEN & STENCIL, 1815 W 205TH ST, TORRANCE, CA 90501 | |
| 10925 | RIGSBY, ANGELO, 4550 LAVENDER #3003, SAN ANTONIO, TX 78220 | |
| 10925 | RIGSBY, GENE, 2653 WEST BERWYN, CHICAGO, IL 60625 | |
| 10925 | RIGSBY, JACK, 215 CHIPPEWA, JEFFERSONVILLE, IN 47130-4801 | |
| 10925 | RIGSBY, ROBERT, OFFICE OF THE CORP COUNSEL, 441 4TH ST NW, WASHINGTON, DC 20001 | |
| 10925 | RIHEIN CHEMIE, BOX 360782M, PITTSBURGH, PA 15251-6782 | |
| 10925 | RIISE, PAULETTE, 6963 NATHANIEL DR, SHREVE, OH 44676 | |
| 10925 | RIJO, RAFAEL, 11 FIR TREE ROAD, LEVITTOWN, PA 19056 | |
| 10925 | RIK INC (FARM BUREAU), MICHAEL BEST & FRIEDRICH CHARLES V, ONE SOUTH PINCKNEY ST, PO BOX 1806, MADISON, WI 53701-1806 | |
| 10925 | RIKE SERVICE INC., POBOX 13786, NEW ORLEANS, LA 70185-3786 | |
| 10925 | RIKELY, JENNIFER, 3316 GROSVENOR PLACE, COQUITLAM, BC V3E 3G6CANADA | *VIA Deutsche Post* |
| 10924 | RIKER, DANZIG, SCHERER, HYLAND, & P, ONE SPEEDWELL AVENUE, MORRISTOWN, NJ 07962 | |
| 10925 | RIKER, HELEN, 1180 PAPEN RD, BRIDGEWATER, NJ 08807 | |
| 10925 | RIKER, STEPHEN J, 180 EAST 79TH ST APT 11A, NEW YORK, NY 10021 | |
| 10924 | RIKER'S ISLAND  AMKC/JMTC, GATE 8, HAZEN STREET, EAST ELMHURST, NY 11370 | |
| 10924 | RIKERS ISLAND, DEPRARTMENT OF CORRECTIONS-GATE 5, FLUSHING, NY 11370 | |
| 10924 | RIKO COMPANY,LTD, 37 WAKAMIYA-CHO, SHINJUKU-KU, 0JPN | *VIA Deutsche Post* |
| 10924 | RIKO MEDICAL  & SCIENTIFIC, 2337 LEMOINE AVENUE, FORT LEE, 07024JPN | *VIA Deutsche Post* |
| 10925 | RIKSON, A, 107 VERMONT LN, LEVITTOWN, PA 19054-1030 | |
| 10925 | RIKSON, ARNOLD, 107 VERMONT LANE, LEVITTOWN, PA 19054 | |
| 10925 | RILEIGHS INC, 25 S. TENTH ST, HARRISBURG, PA 17101-2894 | |
| 10925 | RILEM 99 FACULTAD DE INGENIERIA, 5 SUCURSAI 015 - PLAZA 003, 99999 | *VIA Deutsche Post* |
| 10924 | RILEY BROS. CONCRETE INC., PO BOX 1050, GOLDENDALE, WA 98620-1050 | |
| 10924 | RILEY BROS. CONCRETE INC., POST OFFICE BOX 1078, GOLDENDALE, WA 98620 | |
| 10925 | RILEY BURKE DONAHUE, ONE CORPORATE PLACE, 55 FERNCROFT ROAD, DANVERS, MA 01923 | |
| 10925 | RILEY CO, 743 ANNORENO DR, ADDISON, IL 60101 | |
| 10925 | RILEY CORPORATION SALES,INC, 1060 WITTE ROAD, HOUSTON, TX 77055 | |
| 10924 | RILEY HOSPITAL, 22ND AVE. BETWEEN 10TH & 11TH ST., MERIDIAN, MS 39301 | |
| 10925 | RILEY III, JAMES R, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | RILEY JR, ELLISON, 3841 MCELROY RD, DORAVILLE, GA 30341 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RILEY JR., WILLIS, 8482 BYRD ROAD, PASADENA, MD 21122-2660 | |
| 10925 | RILEY MCNULTY HEWITT, 460 COCHRAN ROAD, PITTSBURG, PA 15228 | |
| 10924 | RILEY OUTPATIENT CENTER, 655 N. WEST DRIVE, INDIANAPOLIS, IN 46202 | |
| 10925 | RILEY STOKER CORPORATION, 5 NEPONSET AVE, WORCESTER, MA 01606 | |
| 10925 | RILEY, ALLISON M, 701 GREEN MTN DR APT 406, LITTLE ROCK, AR 72211 | |
| 10925 | RILEY, BEVERLY, 8866 CARROLLTON AVE, SAVAGE, MD 20763 | |
| 10925 | RILEY, BOB, 3 LAKE DRIVE, LITTLETON, MA 01460 | |
| 10925 | RILEY, C, 1814 JEFFERSON ST, NASHVILLE, TN 37208 | |
| 10925 | RILEY, COLIN, 10 ST BRIDGES CLOSE, CINNMON BROW WARRINGTON, CHESHIRE, WA2 0EWUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | RILEY, CONNIE, PSC 42, PO BOX 434, APO, AE 09465 | |
| 10925 | RILEY, DONALD, 444 MORTON ST, ROMEO, MI 48065 | |
| 10925 | RILEY, DONALD, RT. 6 BOX 158, TAHLEQUAH, OK 74464 | |
| 10925 | RILEY, ELIZABETH, 704 CROSBY ROAD, BALTIMORE, MD 21228 | |
| 10925 | RILEY, F, RR 1 BOX 52, PUTNAM, IL 61560 | |
| 10925 | RILEY, FRANCIS, 316 CARTER ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | RILEY, FRANKLIN, 48 GREEN ST, WAKEFIELD, MA 01880-3944 | |
| 10925 | RILEY, JAMES, 5114 RIC, MIDLAND, TX 79703 | |
| 10925 | RILEY, JEFFREY, 6717 RIVER TRAIL CT, BETHESDA, MD 20817 | |
| 10925 | RILEY, JUANITA, 701 E.KINGSMILL, PAMPA, TX 79065 | |
| 10925 | RILEY, KATHLEEN, 6 1/2 SHAMROCK ST, PEABODY, MA 01960 | |
| 10925 | RILEY, KENNETH R, 4332 E. ENCIAS, HIGLEY, AZ 85236 | |
| 10925 | RILEY, KENNETH, 10337 EAST IRWIN AVE, MESA, AZ 85208 | |
| 10925 | RILEY, KENT, WESTON BENSHOOF ROCHEFORT, 444 S FLOWER ST 43RD FL, LOS ANGELES, CA 90071-2901 | |
| 10925 | RILEY, KEVIN, 730 HIGHPLAIN DRIVE, BEL AIR, MD 21014 | |
| 10925 | RILEY, LESLIE, 542 KENTUCKY 542W, SACRAMENTO, KY 42372 | |
| 10925 | RILEY, LLL, JAMES, 128 W. BARRE ST, BALTIMORE, MD 21201 | |
| 10925 | RILEY, LORI M, 2043 NW 68TH AVE, MARGATE, FL 33063 | |
| 10925 | RILEY, LYSTRA, 17529 AMITY DR, GAITHERSBURG, MD 20877 | |
| 10925 | RILEY, MICHAEL, 416 ROYAL OAK DRIVE, ALEXANDRIA, KY 41001 | |
| 10925 | RILEY, ODELL, 2231 OMAHA CT, JONESBORO, GA 30236 | |
| 10925 | RILEY, R, R, 5477 WESTSHIRE CIR, APT 115, WAUNAKEE, WI 53597 | |
| 10925 | RILEY, RAMON, PO BOX 457 HWY7, MINDEN, LA 71058 | |
| 10925 | RILEY, ROBERT A, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | RILEY, SARALIN, 4417 MAHAN RD, SILVER SPRING, MD 20906 | |
| 10925 | RILEY, SEAN, 7821 UNDERWOOD DRIVE, AMARILLO, TX 79121 | |
| 10925 | RILEY, SHAUN, 2420 SHADY OAK DR, GREEN BAY, WI 54304 | |
| 10925 | RILEY, SHIRLEY, 1227 E. 7TH ST, METROPOLIS, IL 62960-2329 | |
| 10925 | RILEY, STEPHEN, 8214 KNURLED OAK LANE, SPRING, TX 77379 | |
| 10925 | RILEY, THOMAS, 75 COOLIDGE RD, WALPOLE, MA 02081 | |
| 10925 | RILI FIRESTOPPERS INC, ATTN: RENO, 147 CLUBPOINT RD, RR #1, PO BOX 79, GRAFTON ONTARIO, ON K0K 2G0CANADA | *VIA Deutsche Post* |
| 10925 | RIMANIC, MARIELLA C, 10 LINCOLN ST, FAIRVIEW, NJ 07022 | |
| 10925 | RIMANIC, MARIELLA, 10 LINCOLN ST, FAIRVIEW, NJ 07022 | |
| 10925 | RIME, GREGORY, 3421 WESTVIEW LOOP, SPEARFISH, SD 57786 | |
| 10925 | RIMER, DANNY, 1804 E REPPTO, BROWNFIELD, TX 79316 | |
| 10925 | RIMKUS CONSULTING GROUP, INC, 8 GREENWAY PLAZA, HOUSTON, FL 77046 | |
| 10925 | RIMMER, JACK, 123 LAKE SHORE DR, 2043, N PALM BEACH, FL 33408 | |
| 10925 | RIMPSON, DOROTHY, 145 S 6TH AVE, MANVILLE, NJ 08835 | |
| 10924 | RIMTEC CORPORATION, 1702 BEVERLY ROAD, BURLINGTON, NJ 08016 | |
| 10925 | RIN, ARMAN, 10155 VINEYARD LAKE RD E, JAX, FL 32256 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RINALDO V DE NUZZO &, LUCY B DE NUZZO JT TEN, 19 ALVA ST, EAST GREENBUSH, NY 12061-2027

10925   RINALDO, PETER, 543 SCARBOROUGH ROAD, SCARBOROUGH, NY 10510

10925   RINARD, GEORGE, 105 ST FRANCIS CT, SEVERNA PARK, MD 21146

10925   RINDER, REGINALD, 20 PINE ARBOR LANE, VERO BEACH, FL 32962-4664

10925   RINDFLEISCH, OSKAR, 357 CLARK ST. RD., CAYUGA, NY 13034

10925   RINDGE SCHOOL OF TECHNICAL ARTS, 459 BROADWAY, CAMBRIDGE, MA 02138

10925   RINECO, POBOX 729, BENTON, AR 72018

10925   RINEHART, JENNIFER, 3633 NAPOLI LANE #5, MIDDLETON, WI 53562

10925   RINEHART, MARK, 4571 S. WHITNAL AVE., 308, ST. FRANCIS, WI 53235

10925   RINEHART, ORVILLE, 1108 N CECIL, HOBBS, NM 88240

10925   RINEHEART, DONNA, 5370 DOYLES LAKE RD, EMPORIA, VA 23847

10925   RINERE HERRON, 36 WEST MAIN ST, 798 EXECUTIVE OFFICE BLDG, ROCHESTER, NY 14614

10925   RINERE RINERE, 36 WEST MAIN ST, 798 EXECUTIVE OFFICE BLDG, ROCHESTER, NY 14614-1793

10925   RINES, STEVE, 2767 SCENIC LAKE CIR, MORRISTOWN, TN 37814

10925   RINEY, JOSEPH, 8100 RINEY ROAD, OWENSBORO, KY 42301

10925   RING, BRIAN, 1967 FM 368 SOUTH, IOWA PARK, TX 76367

10925   RING, BRIAN, 5221 ARBUTUS AVE, BALTIMORE, MD 21227

10925   RING, CHRISTOPHER, 247 INLET DRIVE, RIVERBEACH, MD 21122

10925   RING, DENISE, 5221 ARBUTUS AVE, BALTIMORE, MD 21227

10925   RING, JACQUELINE, 401 RIDGE ROAD, ATLANTIC, IA 50022

10925   RING, KENNETH, 7721A IVYDALE DR, INDIANAPOLIS, IN 46250

10925   RING, LINDA, PO BOX 876, SANDIA PARK, NM 87047

10925   RINGER, JAMES, 5708 NEBRASKA AVE NW, WASHINGTON, DC 20015

10925   RINGFEDER CORP., PO BOX 691, WESTWOOD, NJ 07675

10925   RINGLAND, GLORIA, 34 LOOMIS ST, CAMBRIDGE, MA 02138-1003

10925   RINGLER, FRANCES, 8666 NEWKIRK RD, SHREVE, OH 44676

10925   RINGLER, LINDA, 3917 EAST OSBORN RD, PHOENIX, AZ 85018

10925   RINGLER, PHILIP, 8666 NEWKIRK ROAD, SHREVE, OH 44676

10925   RINGLING SCHOOL OF ART & DESIGN, 2700 N. TAMIAMI TRAIL, SARASOTA, FL 34234

10925   RINGO, ROSS, 272 1ST AVE, #8D, NEW YORK, NY 10009

10925   RINI, JOHN M, 6490 E VANCEY, BROOKPARK, OH 44142-1211

10924   RINKER MATERIALS CORP, 25091 OLD HWY 41, BONITA SPRINGS, FL 33923

10924   RINKER MATERIALS CORP, BLOCK PLANT, COCOA, FL 32926

10924   RINKER MATERIALS CORP., 2900 S. RIDGEWOOD, DAYTONA BEACH, FL 32119

10924   RINKER MATERIALS CORP., 9111 SOUTHERN BLVD, WEST PALM BEACH, FL 33411

10924   RINKER MATERIALS CORP., ATTN:  ACCOUNTS PAYABLE, HIALEAH, FL 33012

10924   RINKER MATERIALS, 2680 HWY 92 EAST, PLANT CITY, FL 33566

10924   RINKER MATERIALS, 501 AVENUE S, RIVIERA BEACH, FL 33404

10925   RINKER MATERIALS, PO BOX 24635, WEST PALM BEACH, FL 33416-4635

10924   RINKER MATERIALS, PO DRAWER 2680, PLANT CITY, FL 33566

10924   RINKER PORTLAND CEMENT CO, 5 LEHIGH FLORIDA RAIL S, MIAMI, FL 33165

10924   RINKER PORTLAND CEMENT INO, P O BOX 650679, MIAMI, FL 33265

10925   RINKER, HARRY, 2342 MESA DR, NEWPORT BEACH, CA 92660

10925   RINKER, LYNDA, 539 TEXAS AVE, CRAIG, CO 81625

10925   RINNOWITZKY-ROG, MARTINA, 3 LAKE ST, HIGHLAND FALLS, NY 10928

10925   RINO A ARCARI, 10541 SE 179TH LANE, SUMMERFIELD, FL 34491-7479

10925   RINTOUL, R. BRYAN, 7022 NANDINA LANE, TAMARAC, FL 33321

10924   RIO BRAVO ROCKLIN, 3100 SPARTA COURT, LINCOLN, CA 95648

10924   RIO CUTTING TOOLS, 2908 OREGON COURT, UNIT I-3, TORRANCE, CA 90503

10924   RIO GRANDE CO, 123 SANTA FE DRIVE, DENVER, CO 80223

10924   RIO GRANDE CO, 201 SANTA FE DRIVE, DENVER, CO 80223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RIO GRANDE CO., PO BOX 17227, DENVER, CO 80217-0227

10924   RIO GRANDE COMPANY, 201 SANTE FE DRIVE, DENVER, CO 80223

10924   RIO GRANDE MATERIALS, 1 S. FLORIDA, ALAMOGORDO, NM 88310

10924   RIO GRANDE MATERIALS, 103 WALNUT, RUIDOSO, NM 88345

10924   RIO GRANDE MATERIALS, 181 WESTGATE, LAS CRUCES, NM 88005

10924   RIO GRANDE MATERIALS, 300 S. WALNUT, LAS CRUCES, NM 88004

10924   RIO GRANDE MATERIALS, 3350 DONIPHAN, EL PASO, TX 79912

10925   RIO GRANDE MATERIALS, 425 N AMERICAS AVE, EL PASO, TX 79907

10924   RIO GRANDE MATERIALS, 425 N. AMERICAS AVENUE, EL PASO, TX 79907

10924   RIO GRANDE MATERIALS, 425 NO. AMERICAS AVE., EL PASO, TX 79907-7008

10924   RIO GRANDE MATERIALS, HOLLOMAN PLANT, HOLLOMAN AIR FORCE BASE, NM 88330

10924   RIO GRANDE MATERIALS, P.O. DRAWER 1456, RUIDOSO, NM 88345

10924   RIO GRANDE MATERIALS, PO BOX17470, EL PASO, TX 79907

10924   RIO GRANDE MATERIALS, PO DRAWER L, LAS CRUCES, NM 88004

10924   RIO GRANDE MATERIALS, PORTABLE PLANT, SANTA TERESA, NM 88008

10924   RIO GRANDE MATERIALS, VADO, NM 88072

10924   RIO GRANDE PORTLAND CEMENT, PO BOX100, TIJERAS, NM 87059-0100

10924   RIO GRANDE, 201 SANTA FE DR., DENVER, CO 80223

10924   RIO GRANDE, 201 SANTA FE DRIVE, DENVER, CO 80223

10925   RIO GRANDE, POBOX 17470, EL PASO, TX 79907

10924   RIO MESA CONCRETE INC, PO BOX 547, FRIANT, CA 93626

10924   RIO MESA CONCRETE, 17999 ROAD 206 AT HIGHWAY 145, FRIANT, CA 93626

10924   RIO MESA CONCRETE, INC., P.O. BOX 547, FRIANT, CA 93626

10924   RIO MESA CONCRETE, INC./DO NOT USE, 17999 ROAD 206 AT HWY 145, FRIANT, CA 93626

10924   RIO MESA READY MIX, ATTENTION: ACCOUNTS PAYABLE, FRIANT, CA 93626

10924   RIO PHV, LAS VEGAS, NV 89109

10925   RIO RICO RESORT & COUNTRY CLUB, 1069 CAMINO CARALAMPI, RIO RICO, AZ 85648

10925   RIO SUITE HOTEL AND CASINO, POBOX 14160, LAS VEGAS, NV 89114

10924   RIO VALLEY PIPE, 7301 WEST EXPRESSWAY 83, MISSION, TX 78573

10924   RIO VALLEY PIPE, TOM GILL ROAD, PENITAS, TX 78576

10924   RIO, DIBAISE, LAS VEGAS, NV 89103

10925   RIO, FE, 105 PAMPAS DR, LONG BEACH, MS 39560

10925   RIOLO, ROBERT, 27 ANTHONY ROAD, FRANKLIN, MA 02038

10925   RIORDAN ALAMILLO, MARY, 7206 FOSTER SLOUGH RD, SNOHOMISH, WA 98290-5864

10925   RIORDAN, JAMES, 22 HARDING AVE, EDISON, NJ 08820

10925   RIORDAN, WILLIAM, 3016 NE 7TH LANE, OKEECHOBEE, FL 34972-3411

10924   RIO'S CONC. PUMPING & RENTAL, 8750 N.W. 93RD ST., MEDLEY, FL 33178

10924   RIO'S CONCRETE PUMPING & RENTAL INC, 8750 N.W. 93RD STREET, MEDLEY, FL 33166

10925   RIOS, ADA LUZ, BOX 1153, SAN GERMAN, PR 00683

10925   RIOS, BEATRIZ, 1415 N TAFT ST, ARLINGTON, VA 22201

10925   RIOS, CHESTER, 2814 RAYMOND, PASADENA, TX 77506

10925   RIOS, CORAZON, 43-06 63RD ST, WOODSIDE, NY 11377

10925   RIOS, DORIS, 1115 DOUGLASS ST, READING, PA 19604

10925   RIOS, EDDIE, 240 HIGH ST BLDG B, 11, TAUNTON, MA 02780

10925   RIOS, EDWIN, CARR 118 KM 3.5 COMUNIDAD LA TEA, SAN GERMAN, PR 00683

10925   RIOS, ELEAZAR, 3141 GOLLIHAR RD., CORPUS CHRISTI, TX 78415

10925   RIOS, GLORIMAR, HC 04 BOX 48261, CAGUAS, PR 00725

10925   RIOS, GRACIELA, 3527 GRAFTON, DALLAS, TX 75211

10925   RIOS, GUADALUPE, 5805 FRIARS ROAD, SAN DIEGO, CA 92110

10925   RIOS, JESSIE, RT. BOX 51, ELK CITY, OK 73644

10925   RIOS, MAGDALENE, 1315 DONALDSON ST APT# 306, SAN ANTONIO, TX 78228

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RIOS, MARIA DEL PI, 2301 CASA BONA AVE, BELMONT, CA 94002

10925   RIOS, MARYCRUZ, 623 W.PHILADELPHIA, ONTARIO, CA 91762

10925   RIOS, MICHELE, 4113 W NORTHGATE, IRVING, TX 75062

10925   RIOS, NICOLAS, 1313 CORNELIA AVE, WAUKEGAN, IL 60085

10925   RIOS, NORMA, 408 WHEATLAND AVE, BOUND BROOK, NJ 08805

10925   RIOS, OMAR, 5110 COLUMBIA PIKE, ARLINGTON, VA 22204

10925   RIOS, OSCAR, 4044 58TH ST. #4, SAN DIEGO, CA 92115

10925   RIOS, RAMON, 440 WEBB ST, MERCEDES, TX 78570

10925   RIOS, TINA, 12200 IHIO WEST, SAN ANTONIO, TX 78230

10925   RIOS-VEGA, SHEILA, PASEO MAGDALENA AK-10 4 S. LEVITTOWN, TOA BAJA, PR 00950

10925   RIOTTE, DAVID, 224 KENNEDY DRIVE, 407, MALDEN, MA 02148

10925   RIOUX, LISA, 209 WADE HAMPTON DR, MATTHEWS, NC 28105

10924   RIP ACOUSTICS/WILSHIRE BLVD., LOS ANGELES, CA 90001

10925   RIP G RICE & BILLIE W RICE JT TEN, 1331 PATUXENT DR, ASHTON, MD 20861-9759

10925   RIPBERGER, GARY, 1605 WOODBURN ST, COVINGTON, KY 41011-2949

10925   RIPLEY, ARTHUR, 1100 ADAMS ST APT 7, TWO RIVERS, WI 54241

10925   RIPLEY, ELIZABETH, 3425 DRUM ST, JAX, FL 32207

10925   RIPLEY, FRANK, 18 OLIVE ST 1ST FL, BLOOMFIELD, NJ 07003

10925   RIPLEY, FREDERIC, 59 PARK AVE., NATICK, MA 01760

10925   RIPLEY, THOMAS, 10 BARRETT RD, HANOVER, NH 03755

10924   RIPLEY'S BELIEVE-IT-OR-NOT, GATLINBURG, TN 37738

10924   RIPLEY'S SEA AQUARIUM, C/O WARCO CONSTRUCTION, 1110 CELEBRITY CIR., MYRTLE BEACH, SC 29577

10924   RIPPEL READY MIX, 609 STATE ROUTE 251, RUTLAND, IL 61358

10924   RIPPEL READY MIX, 609 STATE ROUTE 251, RUTLAND, WI 61358

10925   RIPPETOE, EVELYN, HARBOUR INN CONVALESCENT CNTR 1213 LIGHT ST, BALTIMORE, MD 21230

10924   RIPPLEYS AQUARIUM, 88 RIVER ROAD, GATLINBURG, TN 37738

10925   RIPPY, REENE, 545 EAST DRIVE, CAMBY, IN 46113

10925   RIRANDA, ALBERTO, 1205 S. MARINE ST, SANTA ANA, CA 92704

10925   RIRIE, JAMES, 50 PARK CIRCLE DR, FAIRPORT, NY 14450

10925   RIRIE, JAMES, PO BOX 0206, ELLENTON, FL 34222

10925   RIS PAPER CO INC, PO BOX 641617, PITTSBURGH, PA 15264-1617

10925   RIS PAPER COMPANY INC, POBOX 30578, HARTFORD, CT 06150

10925   RISA EISENMAN, 233 CLEARMEADOW DR, EAST MEADOW, NY 11554-1211

10925   RISA STRAHL, 2021 EAST 22ND ST, BROOKLYN, NY 11229-3615

10925   RISCHER, WILLIAM, 3003 SOUTHLAND ST SW, CEDAR RAPIDS, IA 52404

10925   RISCHER, WILLIAM, 3003 SOUTHLAND ST. SW, CEDAR RAPIDS, IA 52404

10925   RISCO, RALPH, 1684 DEVIL LN, OCCUQUAN, VA 22192

10925   RISE ADVERTISING SPECIALTIES, 1613 CHARLES OWENS, EL PASO, TX 79936

10925   RISE CORN, 1417 KENILWORTH RD, OKLAHOMA CITY, OK 73120-1412

10925   RISE, BONNIE, PO BOX 168, MOUNT BETHEL, PA 18343-0168

10925   RISER, ANDREA, 4130 2ND AVE, LOS ANGELES, CA 90008

10925   RISER, DARRELL, 172 WOODCLIFF CIRCLE, PINEVILLE, LA 71360

10925   RISER, LAURIE, 812 DERRICK, PAULINE, SC 29374-2413

10925   RISER, PATRICK, 211 DEL REY DR, WEST MONROE, LA 71291

10924   RISING SUN CASINO, 213 INDUSTRIAL ACCESS, RISING SUN, IN 47040

10924   RISING SUN PLAZA ASSOCIATES, 301 SOUTH LIVINGSTON AVENUE, LIVINGSTON, NJ 07039

10925   RISING SUN PLAZA ASSOCIATES, L.R.F. SLATER COMPANY, GEN COUNSEL, 301 S. LIVINGSTON AVE., SUITE 204, LIVINGSTON, NJ 07039

10925   RISING SUN PLAZA ASSOCIATES, LRF SLATER CO INC. GEN COUNSEL, 2 WEST NORTHFIELD ROAD, ROOSEVELT PLAZA, LIVINGSTON, NJ 07039

10924   RISING SUN POOLS, 5608 HILLSBOROUGH ST., RALEIGH, NC 27606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  RISING SUN POOLS, 5608 HILLSBOROUGH STREET, RALEIGH, NC 27606

10925  RISK & INSURANCE MGMT SOC, PO BOX 11586, NEWARK, NJ 07101-4586

10925  RISKO, MICHAEL, 1282 OAKGLEN AVE, ARCADIA, CA 91006

10925  RISLER, NEIL, PO BOX 10081, DOTHAN, AL 36304-2081

10925  RISLEY, KENNETH, RURAL ROUTE 1 W 3874 KRUEGER RD, MONTICELO, WI 53570

10925  RISLEY, RICHARD, 5527 YARBROUGH LANE, LAKELAND, FL 33813

10925  RISLUND, LEE ANNE, 7235 W READE AVE, GLENDALE, AZ 85303

10925  RISSER, DOUGLAS, 85 CLAY ST., CAMBRIDGE, MA 02140

10925  RISSMILLER, BRUCE, 2017 RODGERS ST, BETHLEHEM, PA 18017

10925  RISTAU, BRIAN, 38 CALUMET #3, BOSTON, MA 02120

10925  RISTAU, JOSEPH, 35 FREEDOM COURT, BALTIMORE, MD 21220-1233

10925  RISTINE, ROBERT, 25 RUXVIEW CT., 201, BALTIMORE, MD 21204

10925  RISTOFF, TED, 1635 BRYAN S W, CANTON, OH 44706

10925  RISTORANTE MARINO INC, 2465 MASSACHUSETTS AVE, CAMBRIDGE, MA 02140

10925  RISTOSKI, VIDA, 53360 ANDREW CIR, NEW BALTIMORE, MI 48047

10925  RISTOVSKA, LIDIJA, 4397 NE 16 AVE, POMPANY BCH, FL 33064

10925  RISTOW, MARTY, 6368 ALLEN RD, SOBIESKI, WI 54171

10924  RIT (ROCHESTER INST.OF TECHNOLOGY), JEFFERSON ROAD, ROCHESTER, NY 14623

10925  RIT SYSTEMS, 11200 W 78TH ST, EDEN PRARIE, MN 55344-3814

10925  RITA A BOSLEY, 1177 KOCH LA, SAN JOSE, CA 95125-4250

10925  RITA A WALSH, 20 BUNTON ST, MILTON, MA 02186-5735

10925  RITA ADLER, 229 W 78TH ST, NEW YORK, NY 10024-6604

10925  RITA B GORMAN, 14 LINDBERGH AVE, AMSTERDAM, NY 12010-2410

10925  RITA BERNICE CANAWAY, 241 LEXINGTON ST APT 15-2C, WOBURN, MA 01801-5963

10925  RITA BERNICE HALLMAN &, WILLIAM HALLMAN JT TEN, C/O RITA HALLMAN, PO BOX 577, WALNUT, IL 61376-0577

10925  RITA C FLYNN &, PETER FLYNN JT TEN, 24 FROG POND DR, BARNEGAT, NJ 08005-5531

10925  RITA D CREGAN, 1803 SW 13TH AVE, BOYNTON BEACH, FL 33426-5829

10925  RITA DAVIS, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925  RITA DEVITA, 6707-10TH AVE, BROOKLYN, NY 11219

10925  RITA GOTTSEGEN, 4 OXFORD RD, WHITE PLAINS, NY 10605-3603

10925  RITA I COOKSEY, 4545 CONNECTICUT AVE NW, APT 629, WASHINGTON, DC 20008-6005

10925  RITA L BAGLEY, PO BOX 111, ANDREWS, TX 79714-0111

10925  RITA M BROOKS, PO BOX 7109, AUBURN, CA 95604-7109

10925  RITA M HOVINEN &, JAMES R HOVINEN JT TEN, 605 IVANHOE ROAD, WAUCONDA, IL 60084-3424

10925  RITA MYERS, 511 BUNCOMBE RD., ENOREE, SC 29335

10925  RITA P KUSENKO &, STEPHEN JOHN KUSENKO JT TEN, 6033 ROUTE 88, FINLEYVILLE, PA 15332-1045

10925  RITA ROGERS, 4323 CRITES ST, HOUSTON, TX 77003

10925  RITA ROSE CHRISTIANSEN &, CHARLES K CHRISTIANSEN, TR UA 01 15 96, RITA ROSE CHRISTIANSEN TRUST, 2565 DELLWOOD AVE N, ROSEVILLE, MN 55113-3209

10925  RITA SAMLONG, 1815 E 17TH ST, BROOKLYN, NY 11229-2960

10925  RITA WINSTEAD, 5801 DARTMOUTH AVE N, ST PETERSBURG, FL 33710-7814

10925  RITA, PO BOX 94736, CLEVELAND, OH 44101-4736

10925  RITA, PO BOX 94983, CLEVELAND, OH 44101-4736

10925  RITA, PO BOX 94983, CLEVELAND, OH 44101-4983

10924  RITCH MIX CONCRETE CO, 5501 46TH ST., KENOSHA, WI 53144

10925  RITCH, DORIS, PO BOX 684, RED OAK, TX 75154

10925  RIT-CHEM COMPANY INC, PO BOX 435, PLEASANTVILLE, NY 10570

10924  RITCHEY SUPPLY LIMITED, 1036 MATHESON BOULEVARD, MISSISSAUGA, ON L4W 2T9TORONTO    **\*VIA Deutsche Post\***

10924  RITCHEY SUPPLY LIMITED, MISSISSAUGA, ON L4W 2T9TORONTO    **\*VIA Deutsche Post\***

10925  RITCHEY, DANIEL, 233 CHEROKEE DRIVE, TOCCOA, GA 30577

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RITCHEY, KATHY, 223 BARTO, ST LOUIS, MO 63135 | |
| 10925 | RITCHEY, MANSEL, 15 KENNON AVE, LAUREL, MS 39440 | |
| 10925 | RITCHEY, PETER, 10405 DETRICH AVE, KENSINGTON, MD 20895 | |
| 10925 | RITCHIE, DARRELL, 1899 RED OAK WAY, KENNESAW, GA 30144 | |
| 10925 | RITCHIE, DENISE, 5218 PRYTANIA, NEW ORLEANS, LA 70115 | |
| 10925 | RITCHIE, JANICE, 201 N WALNUT APT B2, WEST LIBERTY, IA 52776 | |
| 10925 | RITCHIE, JOHN, 911 S ROCKERFELLER LANE, ST PETERS, MO 63376 | |
| 10925 | RITCHIE, JOHNNY, 282 DOGWOOD HILL RD, FOUNTAIN INN, SC 29644 | |
| 10925 | RITCHIE, KENNETH, 201 N. WALNUT ST. APT. B2, WEST LIBERTY, IA 52776 | |
| 10925 | RITCHIE, MARY, 104 LEE RD #637, SALEM, AL 36874 | |
| 10925 | RITCHIE, RANDALL, 55B WADSWORTH AVE, WALTHAM, MA 02154 | |
| 10925 | RITCHIE, ROBERT, 10 FOWLER TERRACE, BURLINGTON, MA 01803 | |
| 10925 | RITCHIE, TAMA, PO BOX 13, THAYER, IN 46381 | |
| 10924 | RITE AIDE, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186 | |
| 10924 | RITE AIDE, P/U TRENTON, 4046  BROADWAY, BROOKLYN, NY 11210 | |
| 10925 | RITE WEIGHT, INC, 3802 IRVINDALE RD., DULUTH, GA 30096 | |
| 10925 | RITE-HITE C/O LOADING DOCK EQUIP., 35R HOLTON ST, WINCHESTER, MA 01890 | |
| 10925 | RITENOUR, LAURA, 15433 ARBORY WAY, LAUREL, MD 20707 | |
| 10924 | RITEPOINT, 1733 GILSIN LANE, FENTON, MO 63026 | |
| 10925 | RITEWAY CONTRACTING SERVICES, 1371 INDUSTRIAL DR.UNIT O, ITASCA, IL 60143 | |
| 10925 | RITEWAY TOOL & FASTENERS INC., 5602 ELMWOOD AVE. #203, INDIANAPOLIS, IN 46203 | |
| 10925 | RITE-WEIGHT INC, 3802 IRVINDALE RD, DULUTH, GA 30096 | |
| 10924 | RITRAMA, 341 EDDY ROAD, CLEVELAND, OH 44108 | |
| 10925 | RITSCH, TERRI, 5901 COASTAL HWY, PMB 49, OCEAN CITY, MD 21842 | |
| 10925 | RITSCH, WILLIAM, 5901 COASTAL HWY-PMB #49, OCEAN CITY, MD 21842 | |
| 10925 | RITSCHER & SEIFERT, KREUZSTRASSE 82, ZURICH, 8032SWITZERLAND | *VIA Deutsche Post* |
| 10924 | RITSEMA & ASSOCIATES, 3000 DORMAX SW, GRANDVILLE, MI 49418 | |
| 10924 | RITSEMA ASSOC., CAMBRIDGE, MA 02140 | |
| 10924 | RITSEMA ASSOCIATES, 3000 DORMAX SW, GRANDVILLE, MI 49418 | |
| 10924 | RITSEMA ASSOCIATES, 3000 DORMAX, GRAND RAPIDS, MI 49509 | |
| 10924 | RITSEMA ASSOCIATES, ABBOTT - ROSS LABORATORIES, STURGIS, MI 49091 | |
| 10924 | RITSEMA WAREHOUSE (KALAMAZOO), 517 E. KALAMAZOO AVE., KALAMAZOO, MI 49007 | |
| 10924 | RITTER CONSTRUCTION, PO BOX 1038, SOUTHAMPTON, PA 18966 | |
| 10924 | RITTER CONTRACTING, INC., CAMBRIDGE, MA 02140 | |
| 10925 | RITTER ENGINEERING CO, PO BOX 8500-4285, PHILADELPHIA, PA 19178-4285 | |
| 10925 | RITTER ENGINEERING CO., 3920 N. PROVIDENCE RD., NEWTOWN, PA 19073 | |
| 10925 | RITTER ENGINEERING, 4838 WEST 128TH PLACE, ALSIP, IL 60658 | |
| 10925 | RITTER JR, DONALD, 224 S COLFAX ST, LA HABRA, CA 90631 | |
| 10925 | RITTER JR, KERMIT, 337 N 3RD ST., ALLENTOWN, PA 18102 | |
| 10925 | RITTER, ALLEN, 7402 GOLDENPOINTE BD, ORLANDO, FL 32807 | |
| 10925 | RITTER, ERIC, 3631 GROSVENOR DR, ELLICOTT CITY, MD 21042 | |
| 10925 | RITTER, FRANK G, 210 QUAIL RIDGE DRIVE, SIMPSONVILLE, SC 29680 | |
| 10925 | RITTER, FRANK, 210 QUAIL RIDGE DRIVE, SIMPSONVILLE, SC 29680 | |
| 10925 | RITTER, G, 8 CHARLES PLZ N TWR 2103, BALTIMORE, MD 21201 | |
| 10925 | RITTER, GARY, 4210 DRIFTWOOD DR, WICHITA FALLS, TX 76309 | |
| 10925 | RITTER, JOHN, 1619 S RIDGE RD, GREEN BAY, WI 54304 | |
| 10925 | RITTER, MARIE, NORTH TOWER 2103 8 CHARLES PLAZA, BALTIMORE, MD 21201-4201 | |
| 10925 | RITTER, REGINA, 817 MOUNTAIN BROOK C, STONE MTN, GA 30087 | |
| 10925 | RITTER, ROBERT, 4601 N W 29TH ST, OKLAHOMA CITY, OK 73127 | |
| 10925 | RITTER, ROBIN, 409 BOXWOOD ST, MILTON, DE 19968 | |
| 10925 | RITTER, RONALD E, 5603 CHEMICAL RD., BALTIMORE, MD 21226 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RITTER, RONALD, 55 LAGUNA RD, LAKE MONTICELLO, VA 22963 | |
| 10925 | RITTERSHAUSEN, R, 12 IVY COURT, TURNERSVILLE, NJ 08012 | |
| 10925 | RITTERSHAUSEN, ROBERT, 12 IVY COURT, TURNERSVILLE, NJ 08012 | |
| 10925 | RITTINER, EVELYN, 1229 W. PRESIDENT DR, COVINGTON, LA 70433 | |
| 10925 | RITTMANN JT TEN, JERROLD G & MARYJO, 3180 KENNEDY ST, LIVERMORE, CA 94550-2130 | |
| 10925 | RITTMEYER, STEPHEN, 3532 CANNONADE LOOP NORTH, OWENSBORO, KY 42303 | |
| 10925 | RITUCCI JR., STEVEN, 19 METACOMET ST, WALPOLE, MA 02081 | |
| 10925 | RITUCCI, STEVEN, 19 METACOMET ST, WALPOLE, MA 02081 | |
| 10925 | RITUCCI, STEVEN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | RITY DOTY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | RITZ  CAROLTON, 1111  CAPITAL, HOUSTON, TX 77002 | |
| 10925 | RITZ CAMERA, 101 VERDAE BLVD UNIT 1330, GREENVILLE, SC 29607 | |
| 10924 | RITZ CARLTON HOTEL, 111 TAMIMI TRAIL, SARASOTA, FL 34236 | |
| 10925 | RITZ CARLTON NAPLES, THE, 280 VANDERBILT BEACH ROAD, NAPLES, FL 34108 | |
| 10924 | RITZ CARLTON, 2450 REUBENS RIDGE ROAD, GREENSBORO, GA 30642 | |
| 10924 | RITZ CARLTON, CORNER OF BROAD ST. & MARKET ST, PHILADELPHIA, PA 19107 | |
| 10925 | RITZ FOUR SEASONS HOTEL LISBOR, RUA RODRIGO DA FONSECA.88, LISBOA CODEX, 1099-039PORTUGAL | *VIA Deutsche Post* |
| 10925 | RITZ SAFETY EQUIPMENT INC, PO BOX 550023, TAMPA, FL 33655-0023 | |
| 10925 | RITZ, KENNETH, 1204 DEERWOOD DR., DESTIN, FL 32550 | |
| 10925 | RITZ, LAURA, 46 EARL ST, MALDEN, MA 02148 | |
| 10925 | RITZE, ROBERT, BOX 23, BATTLE CREEK, NE 68715 | |
| 10925 | RITZEL, REBECCA, 1951 PLEASANTVILLE RD, FOREST HILL, MD 21050 | |
| 10925 | RITZEL, WILLIAM C, 1951 PLEASANTVILLE RD, FOREST HILL, MD 21050 | |
| 10925 | RITZEL, WILLIAM, 1951 PLEASANTVLE RDR, FOREST HILL, MD 21050 | |
| 10925 | RITZI, EDWARD, RT. 5 BOX 132 A, FALMOUTH, KY 41040 | |
| 10924 | RITZVILLE PRE MIX CONC, ATT:  ACCOUNTS PAYABLE, RITZVILLE, WA 99169 | |
| 10924 | RITZVILLE PRE-MIX CONCRETE CO, 414 E. MAIN STREET, RITZVILLE, WA 99169 | |
| 10924 | RITZVILLE PRE-MIX CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, RITZVILLE, WA 99169 | |
| 10925 | RIV INC, 908 COLUMBIA CIRCLE, MERRIMACK, NH 03054 | |
| 10925 | RIV INC, PO BOX 220, MERRIMACK, NH 03054 | |
| 10925 | RIV INC, PO BOX 220, MERRIMACK, NH 03054-0220 | |
| 10925 | RIV, 908 COLUMBIA CIRCLE, MERRIMACK, NH 03054 | |
| 10925 | RIVARD GRAPHICS INC., 15-B PLYMOUTH DRIVE, SOUTH EASTON, MA 02375 | |
| 10925 | RIVARD, JANET, 12 SUNRISE AVE., GRAFTON, MA 01519 | |
| 10925 | RIVARDE, JEREMY, 22515 COBBLE CREEK DR., MORENO VALLEY, CA 92557 | |
| 10925 | RIVAS, ALDEN, 12418 WILLOW HILL DR, MOORPARK, CA 93021 | |
| 10925 | RIVAS, ALMA, 18104 METTLER AVE, CARSON, CA 90746 | |
| 10925 | RIVAS, ANGEL, 1013 MAGNOLIA LANE, 1A, SOMERVILLE, NJ 08876 | |
| 10925 | RIVAS, ANGELITA, 1258 CASTLEWOOD CIRCLE, DEWITT, MI 48820 | |
| 10925 | RIVAS, CHARLENE, 6868 HAYMAKER TOWN, TROUTVILLE, VA 24175 | |
| 10925 | RIVAS, EVELYN, CALLE 6 D-46, BAYAMON, PR 00956 | |
| 10925 | RIVAS, JESUS, 9017 OLIN ST, LOS ANGELES, CA 90034 | |
| 10925 | RIVAS, JUAN, 4011 38ST #7A, BRENTWOOD, MD 20722 | |
| 10925 | RIVAS, MARIA, 11136 REDFERN AVE, INGLEWOOD, CA 90304 | |
| 10925 | RIVAS, MIGUEL, 1808 METZEROTT ST. APT. A-1, ADELPHI, MD 20783 | |
| 10925 | RIVEDAL, NORMAN, 2369 S 81ST ST, MILWAUKEE, WI 53219-1729 | |
| 10925 | RIVENBANK, JERRY, 963 RIVER ROAD, JOHNS ISLAND, SC 29455 | |
| 10925 | RIVENBARK, JEAN M, 8405 FAZIO DRIVE, WILMINGTON, NC 28405 | |
| 10925 | RIVENBARK, JEAN, 8405 FAZIO DRIVE, WILMINGTON, NC 28411 | |
| 10925 | RIVENBARK, JERRY D, 963 RIVER ROAD, JOHNS ISLAND, SC 29455 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RIVENES, GARY, 751 BARCLAY ST, CRAIG, CO 81625 | |
| 10924 | RIVER CEMENT COMPANY, PURCHASING DEPT, FESTUS, MO 63028 | |
| 10924 | RIVER CEMENT COMPANY, SELMA PLANT, FESTUS, MO 63028 | |
| 10924 | RIVER CENTER, W. 3RD & PERRY ST., DAVENPORT, IA 52801 | |
| 10924 | RIVER CITY CONCRETE, 850 MULBERRY - HWY 45 SOUTH, SELMER, TN 38375 | |
| 10924 | RIVER CITY CONCRETE, HWY. 128 SOUTH, SAVANNAH, TN 38372 | |
| 10924 | RIVER CITY CONCRETE, ROUTE 4 BOX 98 B, SAVANNAH, TN 38372 | |
| 10924 | RIVER CITY CONCRETE, ROUTE 4, SAVANNAH, TN 38372 | |
| 10925 | RIVER CITY CONSTRUCTION PRODUCTS, 4217 DAYMEADOWS RD., SUITE 2, JACKSONVILLE, FL 32217 | |
| 10924 | RIVER CITY READI-MIX, 2845 HEMSTOCK DR, LA CROSSE, WI 54603 | |
| 10924 | RIVER CITY READY MIX OF TOMAH, 330 PLASTIC AVENUE, TOMAH, WI 54660 | |
| 10924 | RIVER CITY READY MIX, 2845 HEMSTOCK ROAD, LA CROSSE, WI 54603 | |
| 10924 | RIVER CITY READY MIX, ROUTE 1, SWIGGUM ROAD, WESTBY, WI 54667 | |
| 10925 | RIVER CITY TOWING SERVICES, INC, PO BOX 1300, DENHAM SPRINGS, LA 70726 | |
| 10925 | RIVER CITY TOWING SERVICES, INC, PO BOX 1300, DENHAM SPRINGS, LA 70727-1300 | |
| 10925 | RIVER CITY WOMEN S INVESTMENT, CLUB, 10667 FREEMAN RD, WILTON, CA 95693-9778 | |
| 10924 | RIVER DISTRICT HOSPITAL, JEFFERSON STREET, ST. CLAIR, MI 56080 | |
| 10924 | RIVER EAST CENTER, CORNER OF COLUMBUS & ILLINOIS ST., CHICAGO, IL 60611 | |
| 10925 | RIVER HILL SCHOOL MUSIC BOOSTERS, I, 12101 RT. 108, CLARKSVILLE, MD 21029 | |
| 10924 | RIVER NORTH HEALTH SERVICE, C/O J.L. MANTA CO., NAPERVILLE, IL 60563 | |
| 10924 | RIVER PARISHES MEDICAL CENTER, HWY. 61 & RUE DE SANTA ROAD, LA PLACE, LA 70068 | |
| 10924 | RIVER PARISHES REDI MIX, 464 TERREHAUTE, RESERVE, LA 70084 | |
| 10924 | RIVER PARISHES REDI-MIX, INC., PO BOX544, RESERVE, LA 70084 | |
| 10924 | RIVER PARISHES, JACKIE B ROAD, LULING, LA 70070 | |
| 10924 | RIVER R/M COMPANY, HWY 84 WEST, CARUTHERSVILLE, MO 63830 | |
| 10924 | RIVER RIDGE NORTH, NORTH POINT PLAZA, CEDAR RAPIDS, IA 52402 | |
| 10924 | RIVER VALLEY COATINGS, 800 NORTH HIGHLAND AVENUE, AURORA, IL 60507-0580 | |
| 10924 | RIVER VALLEY COATINGS, PO BOX 580, AURORA, IL 60507-0580 | |
| 10925 | RIVER VALLEY TESTING CORP, 728 S WESTLAND DR, APPLETON, WI 54914 | |
| 10924 | RIVER VIEW COMPLEX, 27300 RIVERVIEW CENTER BLVD., BONITA SPRINGS, FL 34134 | |
| 10925 | RIVERA JR., ELIUD, RT. 3 BOX 154, SULLIVAN, TX 78595 | |
| 10925 | RIVERA SANTOS, EVELYN, BOX 653, BARRANQUITAS, PR 00794 | |
| 10925 | RIVERA SERVICE STATION, #2 HWY KM 19.6 BO CANDELARIA, TOA BAJA, PR 759 | |
| 10925 | RIVERA SERVICE STATION, #2 HWY KM 19.6 BO CANDELARIA, TOA BAJA, PR 759PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RIVERA SERVICE STATION, #2 KM 19.6, BO CANDELARIA, TOA BAJA, 759 | |
| 10925 | RIVERA SERVICE STATION, BO CANDELARIA, TOA BAJA, PR 759 | |
| 10925 | RIVERA SERVICE STATION, CARR #2 KM 19.6, BO CANDELARIA, TOA BAJA, PR 759 | |
| 10925 | RIVERA, AMELIA, CALLE 2 G-20 4TA SEC, CAGUAS, PR 00625 | |
| 10925 | RIVERA, AMPARO, CARDENIA A-17, CANOVANAS, PR 00729 | |
| 10925 | RIVERA, ANA, CALLE 32 LL-1, ARECIBO, PR 00612 | |
| 10925 | RIVERA, ANA, CALLE PUEBLA #507 MATIENZO CINTRON, RIO PIEDRAS, PR 00923 | |
| 10925 | RIVERA, ANA, ST ALCIDES REYES, RIO PIEDRAS, PR 00923 | |
| 10925 | RIVERA, ANGEL, 1509 N RHODES ST # 1, ARLINGTON, VA 22209 | |
| 10925 | RIVERA, ARTHUR, 7520 POTRANCO RD., SAN ANTONIO, TX 78251 | |
| 10925 | RIVERA, AUDREY, 46 BOW ST, MEDFORD, MA 02155 | |
| 10925 | RIVERA, BARBARA, 5165 NE 19 AVE, POMPANO BEACH, FL 33064 | |
| 10925 | RIVERA, BEATRIZ, CALLE CRISTINA LL14 BAYAMON GARDENS, BAYAMON, PR 00957 | |
| 10925 | RIVERA, BERTHA, 512 NA, BROWNFIELD, TX 79316 | |
| 10925 | RIVERA, CARLOS, 4118 DOANE ST, FREMONT, CA 94538 | |
| 10925 | RIVERA, CARMEN, URB. BELLO HORIZONTE, GUAYAMA, PR 00784 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  RIVERA, DENNIS, 1725 DELANEY ST DR, VIRGINIA BEACH, VA 23464

10925  RIVERA, DENNIS, 1725 DELANEY ST, VIRGINIA BEACH, VA 23464

10925  RIVERA, DIANNA, 944 SOUTH WELLS, PAMPA, TX 79065

10925  RIVERA, EDWIN, 5165 NE 19 AVE., POMPANO BEACH, FL 33064

10925  RIVERA, EDWIN, 8450 BLVD EAST, NORTH BERGEN, NJ 07047

10925  RIVERA, ELBA, POBOX 1347, YABUCOA, PR 00767

10925  RIVERA, EMMA, 4932 N FAIRHILL ST, PHILADELPHIA, PA 19120

10925  RIVERA, ENOS, 11512 SHOEMAKER AVE, WHITTIER, CA 90605

10925  RIVERA, EVELYN, BO MONTELLANO RR 0-2, CIDRA, PR 00739

10925  RIVERA, FRANCISCA, 256 CABOT ST, BEVERLY, MA 01915

10925  RIVERA, FRANCISCO, 1323 NORTH CHANNEL DR, RND LAKE BEAC, IL 60073

10925  RIVERA, FRANCISCO, 8319 CHARGER CIRCLE, SAN ANTONIO, TX 78224

10925  RIVERA, GAVINO, 4423 RAINER ST., IRVING, TX 75062

10925  RIVERA, GILBERTO, 4136 WOODARD AVE, AUGUSTA, GA 30906

10925  RIVERA, GLORIA, 2275 LIEDER DRIVE, SAN DIEGO, CA 92154

10925  RIVERA, GLORIA, 521-B FRANCONIA CIRCLE, LAKE WORTH, FL 33467

10925  RIVERA, ILEANA, AGUEYBANA #A31, TRUJILLO ALTO, PR 00760

10925  RIVERA, IRIS, BOX 725, ROSARIO, PR 00636

10925  RIVERA, IRIS, CALLE 36 AQ 10, CANOVANAS, PR 00629

10925  RIVERA, IVAN, 4501 NORTH NEW ENGLAND, HARWOOD HEIGHTS, IL 60634

10925  RIVERA, JAIME, 11247 1/2 S NEW HAMPSHIRE, LOS ANGELES, CA 90044

10925  RIVERA, JANET, BARRIO LA GLORIA LAS, TRUJILLO ALTO, PR 00760

10925  RIVERA, JESINET, 3024 LOIS LN., ROWLETT, TX 75088

10925  RIVERA, JOE, 7861 #17 CERRITOS, STANTON, CA 90680

10925  RIVERA, JOHN, 1620 MADRID DR., LARGO, FL 34648

10925  RIVERA, JOSE, 1401 S LINDLEY AVE, INDIANAPOLIS, IN 46241

10925  RIVERA, JOSE, 1436 ELM ST PO BOX 5741, MANCHESTER, NH 03104

10925  RIVERA, JUAN, CALLE ANTONIO MIRANDPARC 181-A COMPAN, TOA BAJA, PR 00759

10925  RIVERA, JULIO, HC01 BOX 6526, LAS PIEDRAS, PR 00771

10925  RIVERA, JULISSA, 49 WEST GARRISON ST, BETHLEHEM, PA 19018

10925  RIVERA, LENO, 91 CONCORD ST, DUMONT, NJ 07628

10925  RIVERA, LEOMARYS, AZ-3 TAMAULIPAS ST., RIO PIEDRAS, PR 00926

10925  RIVERA, LUCINDA, PO BOX 1761, BERNALILLO, NM 87004

10925  RIVERA, MANUEL, 842 S PENNSYLVANIA AVE, MORRISVILLE, PA 19067

10925  RIVERA, MARCELINO, PO BOX 163, NARANJITO, PR 00719PUERTO RICO        *VIA Deutsche Post*

10925  RIVERA, MARIA, 2905 SUMMERFIELD RD, FALLS CHURCH, VA 22042

10925  RIVERA, MARIA, APARTADO 839, SAN LORENZO, PR 00754

10925  RIVERA, MARTA, EXT RAMBLA, PONCE, PR 00731

10925  RIVERA, MARY, 1401 S LINDLEY AVE, INDIANAPOLIS, IN 46241

10925  RIVERA, MELISA, 1719 NORTH SHORE RD, REVERE, MA 02151

10925  RIVERA, MERCEDES, 251 LEXINGTON AV, JERSEY CITY, NJ 07304

10925  RIVERA, MICHAEL, 140-15 BELLAMY LOOP, BRONX, NY 10475

10925  RIVERA, MIGUEL, 132 2ND ST, TRENTON, NJ 08611

10925  RIVERA, MIGUEL, 23 EAST 7TH ST, CLIFTON, NJ 07011

10925  RIVERA, MIRIAM, 389 WOODBINE ST, BROOKLYN, NY 11237

10925  RIVERA, NELSON, 1623 GRANDVIEW EAST, WICHITA FALLS, TX 76305

10925  RIVERA, NELSON, 830 GORDON ST, READING, PA 19601

10925  RIVERA, NERISA, 3316 WRENN HOUSE CT, HERNDON, VA 22070

10925  RIVERA, NOEMI, 205 WEBSTER AVE APT # 3L, JERSEY CITY, NJ 07307

10925  RIVERA, OFELIA, 3280 J ST, SAN DIEGO, CA 92102

10925  RIVERA, PHILLIP, 1808 W. WOOD DR., PHOENIX, AZ 85029

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   RIVERA, R, 113 APPLEWHITE, SAN ANTONIO, TX 78204

10925   RIVERA, R, 1228 MATHIS, HOUSTON, TX 77009

10925   RIVERA, R, 9014 ARBOR WOOD DR, HOUSTON, TX 77040

10925   RIVERA, RAY, 1623 BEACON ST, SAN ANGELO, TX 76905

10925   RIVERA, RICARDO, 5550 BERRYCREEK, HOUSTON, TX 77017

10925   RIVERA, RICARDO, CALLE GUANINA I-17, CAGUAS, PR 00725

10925   RIVERA, ROBERT, 67 WALES ST, TAUNTON, MA 02780

10925   RIVERA, ROSA, 4703 PLEASANT HILL, DUMFRIES, VA 22026

10925   RIVERA, ROSELIA, PO BOX 68, WILMINGTON, CA 90748

10925   RIVERA, ROWENA, 91-15 LAMONT AVE, ELMHURST, NY 11373

10925   RIVERA, RUDY, 9014 ARBOR WOOD DR., HOUSTON, TX 77040

10925   RIVERA, S, 509 CONCORD AVE, WILMINGTON, DE 19802

10925   RIVERA, SAMUEL, BO MAMEY BZ 6106, PATILLAS PR, PR 00723

10925   RIVERA, SANDRA, 711 RARITAN AVE, MANVILLE, NJ 08835

10925   RIVERA, SONIA, 43 W - 7 REPARTO VALENCIA, BAYAMON, PR 00959

10925   RIVERA, SONIA, BO BOQUERON 209 APT. 2025, LAS PIEDRAS, PR 00671

10925   RIVERA, TRUDIE, 231 SHERMAN ST, PASSAIC, NJ 07055

10925   RIVERA, WILLIAM, CALLE 3 H-3, PONCE, PR 00731

10925   RIVERA-COLON, BRENDA, N-45 ACADIA ST. URB. PARK GARDENS, RIO PIEDRAS, PR 00926

10925   RIVERA-FLORES, CARLOS, SANTANDER #L-6 SANTA JUANITA, BAYAMON, PR 00619

10925   RIVERA-GARZA, MARIA, 326 ROSEMONT, SAN ANTONIO, TX 78228

10925   RIVERA-MALDONADO, YVETTE, CALLE 1 N.E. #1223 PUERTO NUEVO, RIO PIEDRAS, PR 00920

10925   RIVERA-MATOS, RICARDO, PO BOX 363128, SAN JUAN, PR 00936

10924   RIVERDALE NURSING HOME, PICK UP @ J. LESTICIAN WAREHOUSE, 32 PLUM STREET, TRENTON, NJ 08638

10924   RIVERDALE WINDOW & DOOR CO., 2 ESMOND STREET, SMITHFIELD, RI 02917

10924   RIVERDALE WINDOW & DOORS, 21 RIVERDALE COURT, WARWICK, RI 02886

10925   RIVERFRONT OFFICE PARK, 309 WAWAREME AVENUE, HARTFORD, CT 06144

10924   RIVERFRONT OFFICE PARK, 309 WAWAREME, HARTFORD, CT 06144

10925   RIVERGATE BODY SHOP, 77 INDUSTRIAL PARK DR, HENDERSONVILLE, TN 37075

10924   RIVERHEAD T/M D.I.P., 27 MONTCLAIR AVE, SAINT JAMES, NY 11780

10924   RIVERHEAD TRANSIT MIX CORP., 27 MONTCLAIR AVE., SAINT JAMES, NY 11780

10924   RIVERHEAD TRANSIT MIX, 27 MONTCLAIR AVE., SAINT JAMES, NY 11780

10924   RIVERHEAD TRANSIT MIX, MIDDLE ISLAND RD, MIDDLE ISLAND, NY 11953

10924   RIVERIDGE EDGE SUMMIT, STRUCTUAL PARKING DECK, ATLANTA, GA 30010

10925   RIVERO, FRANK, 5900 SW 127AVE, MIAMI, FL 33183

10925   RIVERPARK CENTER, PO BOX 548, OWENSBORO, KY 42302

10924   RIVERPORT CASINO, C/O INTERIOR CONSTRUCTION SERVICES, MARYLAND HEIGHTS, MO 63043

10924   RIVERPORT ENTERTAINMENT CENTER, C/O NIEHAUS CONSTRUCTION, HAZELWOOD, MO 63043

10924   RIVERPORT OFFICE, 13736 RIVERPORT ROAD, EARTH CITY, MO 63045

10924   RIVERS EDGE, 129 LAKE AVENUE, TRAVERSE CITY, MI 49684

10924   RIVERS EDGE, CORNER OF CASS AND LAKE, TRAVERSE CITY, MI 49684

10924   RIVERS EDGE, DOWNTOWN- OFF OF HWY 72 & 37, TRAVERSE CITY, MI 49684

10925   RIVERS ELECTRICAL CORP, 275 CENTRE ST UNIT #1, HOLBROOK, MA 02343

10925   RIVERS FENCE CO, INC, 5120 HWY 90 EAST, LAKE CHARLES, LA 70601

10924   RIVERS POOLS CONSTRUCTION, 485 RIVERS ROAD, CARROLLTON, GA 30117

10924   RIVERS POOLS, 2789 CARROLTON-VILLA RICA HWY., CARROLLTON, GA 30116

10924   RIVERS POOLS, 485 RIVERS ROAD, FRANKLIN, GA 30217

10925   RIVERS, ALFRED, 8319 S ELIZABETH CHICAGO IL, CHICAGO, IL 60620

10925   RIVERS, ANTHONY, 1001 KENNEYSON DR, CHARLOTTE, NC 28208

10925   RIVERS, BRIAN, 4 PURDUE CT, MAULDIN, SC 29662

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RIVERS, CATHY, 627 CAMELLIA CIRCLE, WARNER ROBINS, GA 31093 | |
| 10925 | RIVERS, DERRICK, 7475 WESTHAVEN DRIVE, BEAUMONT, TX 77713 | |
| 10925 | RIVERS, JOHN, 14011 MILL LANE, CHEPACHET, RI 02814 | |
| 10925 | RIVERS, LEONARD, 1010 HERNDON CT., BALTIMORE, MD 21225 | |
| 10925 | RIVERS, MARSHA, 1605C 16TH ST, GREENSBORO, NC 27406 | |
| 10925 | RIVERS, SHEILA, 1622 S. ONG, AMARILLO, TX 79102 | |
| 10924 | RIVERSIDE BLDG SUPPLY CO, P O BOX 1246, MOUNT AIRY, NC 27030 | |
| 10924 | RIVERSIDE BRICK & BLOCK, 1900 ROSENEATH RD., RICHMOND, VA 23230 | |
| 10924 | RIVERSIDE BRICK & BLOCK, PO BOX6666, RICHMOND, VA 23230 | |
| 10924 | RIVERSIDE BRICK & BLOCK/DOYLE BRICK, **DO NOT USE - USE 504626**, WILLIAMSBURG, VA 23188 | |
| 10924 | RIVERSIDE BRICK & BLOCK/DOYLE BRICK, 5361 MOORETOWN ROAD, WILLIAMSBURG, VA 23188 | |
| 10924 | RIVERSIDE BRICK & SUPPLY, 12TH & MAURY ST., RICHMOND, VA 23224 | |
| 10924 | RIVERSIDE BRICK & SUPPLY, 9020-C QUIOCCASIN RD., RICHMOND, VA 23229 | |
| 10924 | RIVERSIDE BRICK/DOYLE BRICK, PO BOX6976, CHESAPEAKE, VA 23323 | |
| 10924 | RIVERSIDE BUILDERS SUPPLY, INC., MAIN ST. & PENNSYLVANIA AVE., CORAOPOLIS, PA 15108 | |
| 10924 | RIVERSIDE BUILDING SUPPLY CO., 511 E. PINE ST., MOUNT AIRY, NC 27030 | |
| 10924 | RIVERSIDE CEMENT DIVISION, ONTARIO, CA 91761 | |
| 10924 | RIVERSIDE CEMENT DIVISION, PO BOX51479, ONTARIO, CA 91761 | |
| 10924 | RIVERSIDE CEMENT, 19409 NATIONAL TRAILS HWY, ORO GRANDE, CA 92368 | |
| 10924 | RIVERSIDE CHEMICALS, 871 RIVER ROAD, NORTH TONAWANDA, NY 14120 | |
| 10925 | RIVERSIDE CHEVROLET CO, 123 RIVERSIDE AVE, JACKSONVILLE, FL 32207 | |
| 10924 | RIVERSIDE CORPORATE CENTER, RIVERSIDE DRIVE, MACON, GA 31200 | |
| 10925 | RIVERSIDE COUNTY DEPT OF, PO BOX 19990, RIVERSIDE, CA 92502 | |
| 10924 | RIVERSIDE ELEMENTRY, 5445 SETTLES BRIDGE ROAD, SUWANEE, GA 30024 | |
| 10925 | RIVERSIDE GLASS & MIRROR, PO BOX 2364, AUGUSTA, GA 30903 | |
| 10924 | RIVERSIDE HEALTH, RT 45, BOURBONNAIS, IL 60914 | |
| 10924 | RIVERSIDE HOSPITAL, ATTN: ZALMON FISHMAN, 4460 MCARTHUR BLVD, WASHINGTON, DC 20007 | |
| 10924 | RIVERSIDE HOSPITAL, NEWPORT NEWS, VA 23601 | |
| 10924 | RIVERSIDE HOTEL, SMITH AND GREEN, LAS VEGAS, NV 89103 | |
| 10924 | RIVERSIDE LIGHTING & ELECTRIC, 300 SOQUEL AVE, SANTA CRUZ, CA 95062 | |
| 10925 | RIVERSIDE MANUFACTURING COMPANY, PO BOX 100909, ATLANTA, GA 30384-0909 | |
| 10924 | RIVERSIDE MEDICAL CENTER, 800 RIVERSIDE DRIVE, WAUPACA, WI 54981 | |
| 10924 | RIVERSIDE MEDICAL CENTER, 890 RIVERSIDE DRIVE, WAUPACA, WI 54981 | |
| 10925 | RIVERSIDE MEMORIAL HOSP, 131 N WASHINGTON ST, MARION, IN 46952-2803 | |
| 10925 | RIVERSIDE MFG CO, PO BOX 100909, ATLANTA, GA 30384 | |
| 10924 | RIVERSIDE OSTEOPATHIC HOSPITAL, 150 TRUAX, TRENTON, MI 48183 | |
| 10924 | RIVERSIDE REFACTORIES, PO BOX1770, PELL CITY, AL 35125 | |
| 10924 | RIVERSIDE REFRACTORIES, 201 TRUSS FERRY ROAD, PELL CITY, AL 35125 | |
| 10924 | RIVERSIDE SCHOOL*MARK FOR DELETION*, BEERS YORK CONSTRUCTION, GIBB SHOALS ROAD, GREER, SC 29650 | |
| 10924 | RIVERSIDE SCHOOL, BEERS YORK CONSTRUCTION, GIBB SHOALS RD., GREER, SC 29650 | |
| 10925 | RIVERSIDE TOOL & DIE, 11 FOX ROAD, WALTHAM, MA 02451 | |
| 10925 | RIVERSIDE TOOL & DIE, INC, 11 FOX ROAD, WALTHAM, MA 02154 | |
| 10925 | RIVERSIDE-BROOKFIELD H.S., FIRST AVE & RIDGEWOOD, RIVERSIDE, IL 60546 | |
| 10924 | RIVERTON CONCRETE PRODUCTS, 444 WEBB WOOD ROAD, RIVERTON, WY 82501 | |
| 10924 | RIVERVEIW SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | RIVERVIEW 1, 27200 RIVERVIEW CENTER BLVD, BONITA SPRINGS, FL 34134 | |
| 10924 | RIVERVIEW BLOCK, ROUTE 11 NORTH, BERWICK, PA 18603 | |
| 10924 | RIVERVIEW C/O PHILLIPS WAREHOUSE, # 40 COMMERCE DR., O'FALLON, IL 62269 | |
| 10924 | RIVERVIEW MEDICAL CENTER, 1 RIVERVIEW PLAZA, RED BANK, NJ 07701-9817 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   RIVERVIEW OFFICE TOWER, C/O BAHL INSULATION, BLOOMINGTON, MN 55425

10925   RIVERVIEW PACKAGING, INC, 101 SHOTWELL DR., PO BOX 155, FRANKLIN, OH 45005-4654

10924   RIVERVIEW VIBRATED BLOCK, RR #1 BOX 1164, BERWICK, PA 18603

10924   RIVERWALK PHASE II, LAKE COOK ROAD AND MILWAUKEE AVE, BUFFALO GROVE, IL 60089

10924   RIVERWOOD HEALTH CARE, 301 MINNESOTA AVE. SOUTH, AITKIN, MN 56431

10925   RIVERWOOD INTL CORP, 3350 CUMBERLAND CIRCLE, ATLANTA, GA 30339

10924   RIVERWORKS, 1333 NORTH KINGSBURY, CHICAGO, IL 60622

10925   RIVET JR, RAYMOND, 2979 ROUTE 96, WATERLOO, NY 13165

10925   RIVET, CHARLES, RT. 1, BOX 161, PEARL RIVER, LA 70452

10925   RIVET, LIPTON, 616 RUTH DR, AVONDALE, LA 70094

10925   RIVET, SETH, 5604 PATOUTVILLE RD., NEW IBERIA, LA 70560

10925   RIVETT, JANET, 5 INDIAN LAUREL CT, SIMPSONVILLE, SC 29680

10925   RIVETTE, EDGAR, 5501 N UNIV CLUB BLV, JAX, FL 32211

10924   RIVIERA CONST./S.D. STATE UNIV., C/O AMS-ANAHEIM, SAN DIEGO, CA 92182

10925   RIVIERA FINANCE OF HOUSTON, PO BOX 542300, HOUSTON, TX 77254

10925   RIVKA ANN SANDERS MD, PO BOX 641053, CINCINNATI, OH 45264-1053

10925   RIVKIN, JOYCE, 409 101ST AVE. S.E., BELLEVUE, WA 98004-6109

10924   RIVOLI TOWERS, 40-44 WEST COLUMBIA STREET, HEMPSTEAD, NY 11550

10925   RIXOM, M., 2420 CREEKSIDE CIR S, IRVING, TX 75063

10925   RIZIK, JOSEPH, 2105 LINCOLN DR 2112, ARLINGTON, TX 76011-3351

10925   RIZK, JOSEPH, 1020 SILO CN, ANDERSON, SC 29621

10925   RIZZITANO, DOMINIC, 290 SOUTH ST, MEDFIELD, MA 02052

10925   RIZZO ASSOCIATES INC, 235 W CENTRAL ST, NATICK, MA 01760-3755

10925   RIZZO, A V, 18 ROSEWOOD DR, WALTHAM, MA 02154

10925   RIZZO, ANITA, 1235 KELTON AVE, PITTSBURGH, PA 15216

10925   RIZZO, JOAN MARIE, 452 WILDWOOD AVE, NORTHVALE, NJ 07647

10925   RIZZO, KATHERINE, 182-30 WEXFORD TERRACE, JAMAICA, NY 11432-3141

10925   RIZZO, MAUREEN, 1135 GLEN AVON RD, DARBY, PA 19023

10925   RIZZO, MICHAEL, 6495 DYSINGER ROAD #4, LOCKPORT, NY 14094

10925   RIZZO, REGINA, 545 WOODWARD AVE., MCKEES ROCKS, PA 15136

10925   RIZZUTO, TROY, 30 MULBERRY ROAD, SULPHUR, LA 70663

10924   RJ BORHO CONTRACTING, 18280 SO. LOWER HIGHLAND RD, BEAVERCREEK, OR 97004

10925   RJ EQUIPMENT INC, 354 CLAYTON TRAIL, CANTON, GA 30114-4787

10925   RJ HAMMOND CO INC, POBOX 465, STOCKBRIDGE, GA 30281

10925   RJ LEE GROUP INC., PO BOX 400265, PITTSBURGH, PA 15268-0300

10925   RJ LEE GROUP, 350 HOCHBERG ROAD, MONROEVILLE, PA 15146-1516

10925   RJ LEE GROUP, INC, 350 HOCHBERG ROAD, MONROEVILLE, PA 15146

10924   RJ MARCHAND, 3515 DIVISION STREET, METAIRIE, LA 70011

10924   RJ MARCHAND, P.O. BOX 8148, METAIRIE, LA 70011

10925   RJ MILLER CO, INC, THE, 17702 FRENCH RD, HOUSTON, TX 77084

10924   RJ SAFETY SUPPLY COMPANY, 5675 KEARNY VILLA ROAD, SAN DIEGO, CA 92123

10924   RJF INTERNATIONAL CORPORATION, 3875 EMBASSY PARKWAY, FAIRLAWN, OH 44333

10924   RJF INTERNATIONAL, OAK GROVE, MARIETTA, OH 45750

10924   RJF INTERNATIONAL, OAK GROVE, PO BOX 657, MARIETTA, OH 45750

10925   RJG HEDLEY, MISBOURNE AVE, CALFONT SAINT PETER, SL9 OFFENGLAND          *VIA Deutsche Post*

10925   RJI ASSOCIATES, INC, 48 BANK ST, ATTLEBORO, MA 02703

10924   RJT INDUSTRIES INC., 14893 PERSISTENCE DRIVE, WOODBRIDGE, VA 22191

10925   RKS PLASTICS INC, 100 JERSEY AVE, NEW BRUNSWICK, NJ 08903-0836

10925   RL COOK & ASSOCIATES, INC, 2331 YORK RD., SUITE 202, TIMONIUM, MD 21093

10925   RL INDUSTRIES, 9718 PULASKI HWY., BALTIMORE, MD 21220

10925   RL KUNZ, INC, 945 LOWNDES HILL ROAD, GREENVILLE, SC 29606-5875

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RL KUNZ, INC, PO BOX 5875, GREENVILLE, SC 29606

10925   RL MERLIE CO, RICHARD L MERLIE, E4827 HORSESHOE ROAD, SPRING GREEN, WI 53588

10925   RL TEWKSBURY, INC, PO BOX 4001, BOCA RATON, FL 33429

10924   RL TURNER, 1600   JOSEY LANE, CARROLLTON, TX 75006

10925   RLDAM, 585 N GREENBUSH RD, RENSSELAER, NY 12144

10925   RLOOR, RICHARD, 175 HUFFER ROAD, HILTON, NY 14468

10925   RLROD, BONNIE, POB 432, JEFFERSON, GA 30549

10924   RM ENGINEER PRODUCTS INC, 4854 O'HEAR AVE, NORTH CHARLESTON, SC 29405

10925   RM FERGUSON & CO, LTD, 292 WALKER DR, BRAMPTON, ON L6T 2Y1CANADA     *VIA Deutsche Post*

10924   RM SURGERY CENTER, 1855 N. HARRISON, POCATELLO, ID 83204

10925   RMAX INC, EDWARD D GODLEWSKI PLANT MGR, 1649 S BATESVILLE ROAD, GREER, SC 29650-9177

10925   RMAX INC, RICHARD W GRINER, 3811 TURTLE CREEK BLVD #900, DALLAS, TX 75219

10925   RMC - CHANDLER, POBOX 928, MESA, AZ 85211-0928

10924   RMC ALLIED READY MIX INC, 1398 OWENBY DR, MARIETTA, GA 30060

10924   RMC ALLIED READY MIX, #2810-10 BUFORD PLANT, LILBURN LOCATION, 125 KILLIAN HILL ROAD, LINDALE, GA 30147

10924   RMC ALLIED READY MIX, #285-10 NORTH FULTON PLANT, 3561 PEACHTREE PARKWAY, SUWANEE, GA 30024

10924   RMC ALLIED READY MIX, #287-10 AUBURN PLANT, 1125 OXORA ROAD, GRAYSON, GA 30011

10924   RMC ALLIED READY MIX, #287-10 AUBURN PLANT, 269 PARKS MILL ROAD, AUBURN, GA 30011

10924   RMC ALLIED READY MIX, #300-10 BUFORD PLANT, 6711 MCEVERS ROAD, BUFORD, GA 30518

10924   RMC ALLIED READY MIX, 1320 MORRISON PARKWAY, ALPHARETTA, GA 30004

10924   RMC ALLIED READY MIX, 1360 MARIETTA BLVD., ATLANTA, GA 30318

10924   RMC ALLIED READY MIX, 1398 OWENBY DRIVE, MARIETTA, GA 30066

10924   RMC ALLIED READY MIX, 144 CASSVILLE ROAD, CARTERSVILLE, GA 30120

10924   RMC ALLIED READY MIX, 469 PEACHTREE HILL ROAD, ATLANTA, GA 30305

10924   RMC ALLIED READY MIX, 469 PEACHTREE HILLS AVE., ATLANTA, GA 30305

10924   RMC ALLIED READY MIX, 6350 NEW PEACHTREE ROAD, DORAVILLE, GA 30340

10924   RMC ALLIED READY MIX, 6611 BANKHEAD HWY, DOUGLASVILLE, GA 30134

10924   RMC ALLIED READY MIX, 715 UNIVETER ROAD, CANTON, GA 30014

10924   RMC ALLIED READY MIX, ATTN:   ACCOUNTS PAYABLE, DECATUR, GA 30031

10924   RMC ALLIED READY MIX, BELL SOUTH/LINDBERGH STATION, ATLANTA, GA 30340

10924   RMC ALLIED READY MIX, PLANT #284-10 LAWRENCEVILLE PLANT, 383 MALTBLE STREET, LAWRENCEVILLE, GA 30045

10924   RMC ALLIED READY MIX, SCOTTDALE, GA 30079

10924   RMC CAROLINA MATERIALS INC., PO BOX19178, GREENSBORO, NC 27419

10924   RMC CAROLINA MATERIALS, 112 STAGECOACH ROAD, GREENSBORO, NC 27410

10925   RMC EWELL INDUSTRIES, 6302 N 56TH ST, TAMPA, FL 33610

10924   RMC LONE STAR, HWY #1, DAVENPORT, CA 95017

10924   RMC LONE STAR, SANTA CRUZ PLANT, DAVENPORT, CA 95017

10924   RMC LONESTAR, 2295 GIBSON STREET, BAKERSFIELD, CA 93308

10924   RMC, 1026 BRANSTEN ROAD, SAN CARLOS, CA 94070

10924   RMC, 1555 RUSSELL AVENUE, SANTA CLARA, CA 95054

10924   RMC, 1775 ARNOLD INDUSTRIAL, CONCORD, CA 94520

10924   RMC, 2005 STONE AVENUE, SAN JOSE, CA 95101

10924   RMC, 2535 PULGAS AVENUE, EAST PALO ALTO, CA 94303

10924   RMC, 3145 KILGORE, RANCHO CORDOVA, CA 95670

10924   RMC, 333 23RD AVENUE, OAKLAND, CA 94606

10924   RMC, 420 MARIPOSA STREET, SAN FRANCISCO, CA 94107

10924   RMC, 4700 NORRIS CANYON, SAN RAMON, CA 94583

10924   RMC, 8080 GILMAN STREET, BERKELEY, CA 94710

10924   RMC, 855 LAKE HERMAN ROAD, VALLEJO, CA 94591

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 RMC, 900 WHIPPLE ROAD, UNION CITY, CA 94587

10924 RMC, 9751 KEIFER BLVD., SACRAMENTO, CA 95827

10924 RMC, ATTN:  ACCOUNTS PAYABLE, PLEASANTON, CA 94566

10924 RMC, INC., 401 S. CHAMBER DRIVE, FREDERICKTOWN, MO 63645

10924 RMC, INC., HWY 51 SOUTH, PERRYVILLE, MO 63775

10924 RMC, INC., HWY 61 N, SAINTE GENEVIEVE, MO 63670

10924 RMC, INC., HWY 61 NORTH, SAINTE GENEVIEVE, MO 63670

10924 RMC, INC., P O BOX 207, SAINTE GENEVIEVE, MO 63670

10924 RMC, INC., P.O. BOX 608, PERRYVILLE, MO 63775

10924 RMC, INC., RT 1 HWY Z, FREDERICKTOWN, MO 63645

10924 RMD CONSTRUCTION, 1231 N. LAKEVIEW AVE. STE. A, ANAHEIM, CA 92807

10924 RMD MFG (BELLSOUTH), 1400 US HWY 287 S, MANSFIELD, TX 76063

10924 RMD MFG / BELLSOUTH, 345 CUMBERLAND INDUSTRIAL COURT, SAINT AUGUSTINE, FL 32095

10924 RMD MFG., 2115 HWY 471, BRANDON, MS 39042

10924 RMD MFG./BELLSOUTH, 5050 CORPORATE WAY, RICHMOND, KY 40475

10925 RMH CENTER FOR CORPORATE HEALTH, 498 UNIVERSITY BLVD SUITE B, HARRISBURG, VA 22801

10925 RMK TRUCKING INC, 1504 APPALACHEE ST, BIRMINGHAM, AL 35234

10925 RMRS SYSTEM, PO BOX 7900071, SAINT LOUIS, MO 63179-0071

10925 RMS OMEGA TECHNOLOGIES GROUP, INC, 7391 WASHINGTON BLVD.,STE. 104, ELKRIDGE, MD 21075

10924 RMSC STUPA, 2200 TOPAZ, BOULDER, CO 80304

10924 RMSC STUPA, 4921 CO. RD 68C, RED FEATHER LAKES, CO 80545

10925 RMT INC, PO BOX 14166, MADISON, WI 53714-0166

10925 RO ASSOC INC, PO BOX 61419, SUNNYVALE, CA 94088

10925 RO ASSOC, 246 CASPIAN DR, SUNNYVALE, CA 94086

10925 RO, BOKNAM, 3920 MYSTIC VALLEY, MEDFORD, MA 02155

10925 ROACH JR, WILLIAM A, 7130 DALE RD, EL PASO, TX 79915-2335

10925 ROACH, CHARLES, PO BOX 61, COVINGTON, TN 38019

10925 ROACH, CLARA, 513 CRAWFORD RD, BELTON, SC 29627

10925 ROACH, DANIEL, 4366 MOSS RIDGE CT, ROSWELL, GA 30075

10925 ROACH, LUCILLE Z, 129 W CHESTNUT, IOWA PARK, TX 76367-2501

10925 ROACH, MARY, 101 BURLEY ST, DANVERS, MA 01923

10925 ROACH, MICHELLE, 355 OLD CENTERVILLE RD., SHREVE, OH 44676

10925 ROACH, REBECCA, PO BOX 293, MAYSVILLE, GA 30558

10925 ROACH, THERESA, ROUTE 3, BOX 204, CARTHAGE, MS 39051

10925 ROACH, THOMAS, PO BOX 1804, MERIDAN, MS 39302

10925 ROACHE, HELEN, 211 SHERMAN ST, CANTON, MA 02021-2504

10925 ROAD COALITION, THE, 1200 WESTLAKE AVE NORTH (604), SEATTLE, WA 98109

10925 ROAD RANGER REPAIR, PO BOX 10229, HOUSTON, TX 77206

10925 ROAD SCHOLAR, 88 BENSON ST., FITCHBURG, MA 01420

10924 ROAD SYSTEM, 8432 ALMERIA AVE, FONTANA, CA 92335

10925 ROADRUNNER FREIGHT SYSTEMS, PO BOX 510, CUDAHY, WI 53110-0510

10924 ROADRUNNER LAWN ORNAMENTS, INC., 2583 ILLINOIS ROUTE 16, PANA, IL 62557-6428

10925 ROADWAY EXPRESS INC, DEPT 100129, PASADENA, CA 91189-0129

10925 ROADWAY EXPRESS INC, DEPT 730375, DALLAS, TX 75337

10925 ROADWAY EXPRESS INC, DEPT 93151, CHICAGO, IL 60673-3151

10925 ROADWAY EXPRESS INC, PO BOX 13573, NEWARK, NJ 07188-0573

10925 ROADWAY EXPRESS INC, PO BOX 905587, CHARLOTTE, NC 28290-5587

10925 ROADWAY EXPRESS, 1077 GORGE BLVD, AKRON, OH 44309

10925 ROADWAY EXPRESS, INC, PO BOX 730375, DALLAS, TX 75373-0375

10925 ROADWAY EXPRESS, INC, PO BOX 905587, CHARLOTTE, NC 28290

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ROADWAY EXPRESS, KANSAS CITY TERMINAL/, KANSAS CITY, KS 66106 | |
| 10925 | ROADWAY EXPRESS, PO BOX 471, AKRON, OH 44309 | |
| 10925 | ROADWAY EXPRESS, PO BOX 905587, CHARLOTTE, NC 28290-5587 | |
| 10925 | ROADWAY GLOBAL AIR, PO BOX 93205, CHICAGO, IL 60673 | |
| 10924 | ROADWAY PACKAGE SYSTEMS INC., RPS, CORAOPOLIS, PA 15108 | |
| 10924 | ROADWAY TERMINAL, C/O DUKE CONCRETE CONSTRUCTION CO., WICHITA FALLS, TX 76306 | |
| 10925 | ROALD CHRISTIAN HARR &, DEBORAH LOUISE GIVRAY JT TEN, 537 S PRAIRIE, CARY, IL 60013-2536 | |
| 10924 | RO-AN CORPORATION, 600 N. HIGHLAND AVE., MADISON, WI 53792 | |
| 10924 | RO-AN CORPORATION, N93 W14624 WHITTAKER WAY, MENOMONEE FALLS, WI 53051 | |
| 10924 | RO-AN CORPORATION, P. O. BOX 699, MENOMONEE FALLS, WI 53052-0699 | |
| 10925 | ROAN, CATHERINE, 187 RESTFULL HOMES, WEST MONROE, LA 71291 | |
| 10925 | ROANE BARKER, INC, PO BOX 2880, GREENVILLE, SC 29602-2880 | |
| 10924 | ROANE COUNTY MEDICAL OFFICE BLDG., CORNER OF US HWY. 27 & PATTON LN., ROCKWOOD, TN 37854 | |
| 10925 | ROANE, RENA, 809 GEORGE ST, PLAINFIELD, NJ 07062 | |
| 10924 | ROANOKE CEMENT CO.  ., VIRGINIA HIGHWAY 779, CLOVERDALE, VA 24077 | |
| 10924 | ROANOKE CEMENT CO., P O BOX 27, CLOVERDALE, VA 24077 | |
| 10924 | ROANOKE CEMENT CO., PO BOX 27, CLOVERDALE, VA 24077 | |
| 10924 | ROANOKE CHOWAN READY MIX, 108 WILLIFORD ROAD, POWELLSVILLE, NC 27967 | |
| 10924 | ROANOKE CONC PRODS, 101 CONCRETE DR, ROANOKE, IL 61561 | |
| 10924 | ROANOKE CONCRETE (SPRING BAY), RR 1 EAST PEORIA, RT 26, EAST PEORIA, IL 61611 | |
| 10924 | ROANOKE CONCRETE PRODS, 101 CONCRETE DR, ROANOKE, IL 61561 | |
| 10924 | ROANOKE CONCRETE PRODUCTS, 101 CONCRETE DRIVE, ROANOKE, IL 61561 | |
| 10924 | ROANOKE CONCRETE SUPPLY, 51 RESERVE RD, ROANOKE, VA 24016 | |
| 10924 | ROANOKE CONCRETE SUPPLY, P O BOX 55, ROANOKE, VA 24002 | |
| 10924 | ROANOKE CONCRETE SUPPLY, PO BOX 55, ROANOKE, VA 24002 | |
| 10924 | ROANOKE CONCRETE, 101 CONCRETE DR., ROANOKE, IL 61561 | |
| 10924 | ROANOKE CONCRETE, 1275 SPRINGBAY ROAD, EAST PEORIA, IL 61611 | |
| 10924 | ROANOKE CONCRETE, 13910 OLD GALENA ROAD, CHILLICOTHE, IL 61523 | |
| 10924 | ROANOKE CONCRETE, 424 E SANTA FE, TOLUCA, IL 61369 | |
| 10924 | ROANOKE CONCRETE, RT 117, EUREKA, IL 61530 | |
| 10924 | ROANOKE CONCRETE, RT 24, GRIDLEY, IL 61744 | |
| 10924 | ROANOKE CONST SPECIALTIES, 1205 PETERS CREEK RD. NW, ROANOKE, VA 24017 | |
| 10924 | ROANOKE ELECTRIC  ZUPPLY, P.O. BOX 1031, ROANOKE, VA 24005 | |
| 10924 | ROANOKE ELECTRIC SUPPLY, 912 SALEM AVE. S.W., ROANOKE, VA 24016 | |
| 10924 | ROANOKE MEMORIAL HOSPITAL, ROANOKE, VA 24014 | |
| 10925 | ROANOKE TRADE SERVICES INC, 35079 EAGLE WAY, CHICAGO, IL 60678-1350 | |
| 10925 | ROANOKE, GROSS, PLEASANT, NY, NY 10066 | |
| 10925 | ROANOKE, NET, ROSE STR, NY, NY 10086 | |
| 10925 | ROANOKE, REVOC GROSS, GREEN, NY, NY 10042 | |
| 10925 | ROANOKE, SEPARATED, DON, NY, NY 10024 | |
| 10924 | ROANOKE-CHOWAN READY MIX INC., PO BOX146, POWELLSVILLE, NC 27967 | |
| 10925 | ROAR TECH INC, 522 N FISKE SUITE A, SPOKANE, WA 99202 | |
| 10924 | ROARING FORK REDI MIX INC, 6555 N. HURON DRIVE, DENVER, CO 80221 | |
| 10924 | ROARING FORK REDI-MIX INC., 2605 ESTES ST., LAKEWOOD, CO 80227 | |
| 10924 | ROARING FORK REDI-MIX INC., 280 E. 64TH AVE., DENVER, CO 80216 | |
| 10924 | ROARING FORK REDI-MIX INC., 3000 RIVER ROAD, WOODY CREEK, CO 81656 | |
| 10924 | ROARING FORK REDI-MIX INC., 95848 US HIGHWAY 40, CRAIG, CO 81625 | |
| 10924 | ROARING FORK REDI-MIX INC., ELAM GRAVEL PIT/WOODY CREEK, ASPEN, CO 81611 | |
| 10924 | ROARING FORK REDI-MIX INC., PORTABLE PLANT, CARBONDALE, CO 81623 | |
| 10924 | ROARING FORK REDI-MIX INC., PORTABLE PLANT, EAGLE, CO 81631 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 ROARING FORK REDI-MIX INC., ROCKY MOUNTAIN REDI MIX** S.CLARK, 14156 B HIGHWAY 82, CARBONDALE, CO 81623

10924 ROARING FORK REDI-MIX INC., WEST RIFLE & I-70, RIFLE, CO 81650

10925 ROARK, ALTON, 204 CHEROKEE DRIVE, HEREFORD, TX 79045-3121

10925 ROARK, ANNIE, 5034 53RD, LUBBOCK, TX 79414

10925 ROARK, CARTER, 2025, B-211, DOWNERS GROVE, IL 60515

10925 ROARK, GLORIA, 4211 S. CHURCH DR., NEW BERLIN, WI 53151

10925 ROARK, PAMELA, 107 FOUNTAINBLEU DR, SHREVEPORT, LA 71115

10925 ROARK, SARAH, 201 BESSIE LANE, ROCKY MOUNT, NC 27804

10925 ROARK, TIMOTHY, 2315 E TIMBERVIEW, ARLINGTON, TX 76014

10925 ROARK, WILLIAM, 19 CHRISTINE AVE, TYNGSBORO, MA 01879

10925 ROARTY, MARY, 523 CHESTNUT RIDGE DRIVE, PITTSBURGH, PA 15205

10925 ROASA, GLORIA, 952 WINDY MEADOW, PLANO, TX 75023

10925 ROB HIGHHOUSE, 11420 MOSTELLER ROAD, CINCINNATI, OH 45241

10925 ROB L REBAK, 820 MINSI TRAIL, FRANKLIN LAKES, NJ 07417-2214

10925 ROB METCALF CPS, POST OFFICE BOX 1655, ST GEORGE, UT 84771-1655

10925 ROB ROBISCH, 11420 MOSTELLER RD, CINCINNATI, OH 45241

10925 ROBACK, GLADYS, 3341 NW 47TH TERRACE N 305, LAUDERDALE LAKES, FL 33319-6736

10925 ROBAYO, NINA, 158 W. 4TH ST, CLIFTON, NJ 07011

10925 ROBB, BILLY, PO BOX 468, ELECTRA, TX 76360

10925 ROBB, DELIGHT, 351 NORTH FOREST #23, CASPER, WY 82609

10925 ROBB, NORMAN, 1160 BAY ST., ALAMEDA, CA 94501

10925 ROBB, ROSEMARY, 4141 WARNER AVE # A 6, LANDOVER HILLS MD, MD 20784

10925 ROBBE, ANN, 15 STANWOOD DRIVE, NASHUA, NH 03063

10925 ROBBE, CARMEN, 46 INDIAN ROCK RD, NASHUA, NH 03063

10925 ROBBERTZ, PAUL, 22 OAKLAND AVE, ARLINGTON, MA 02174

10925 ROBBINS & BOHR INC, PO BOX 4046, CHATTANOOGA, TN 37405-0046

10924 ROBBINS & MORION, 5600  GENERAL DE GAULLE DR., NEW ORLEANS, LA 70131

10924 ROBBINS & MORTON, P.O.BOX 1447, ORMOND BEACH, FL 32175

10925 ROBBINS & MYERS CO. OF CANADA, 8851 KELSO DR., BALTIMORE, MD 21221

10925 ROBBINS & MYERS INC, 500 NORTH BELL AVE, CARNEGIE, PA 15106

10925 ROBBINS CHIMNEY & MASONRY SERVICE, 6932 S. ULSTER CR., ENGLEWOOD, CO 80112

10925 ROBBINS CONTAINER CORP, POBOX 319001, BROOKLYN, NY 11231

10924 ROBBINS ELECTRICAL DIST INC, 220 N. 13TH STREET, PHILADELPHIA, PA 19107

10925 ROBBINS JR, DAVID, 17096 CASTLEBAY COURT, BOCA RATON, FL 33496

10924 ROBBINS LLC, 3415 THOMPSON STREET, MUSCLE SHOALS, AL 35661

10924 ROBBINS LLC, PO BOX 60, TUSCUMBIA, AL 35674

10924 ROBBINS TIRE & RUBBER CO., 1401 E. 6TH ST./PLANT#2, TUSCUMBIA, AL 35675

10925 ROBBINS TIRE & RUBBER CO., PO BOX 60, TUSCUMBIA, AL 35674

10924 ROBBINS TIRE & RUBBER, OFF RONTHOR ROAD, SOCIAL CIRCLE, GA 30279

10924 ROBBINS TIRE & RUBBER, PO BOX 1127, SOCIAL CIRCLE, GA 30279

10925 ROBBINS, ALAN T, 4420 RIVER PINES CT, TEQUESTA, FL 33469

10925 ROBBINS, ALAN, 4420 RIVER PINES CT, TEQUESTA, FL 33469-2166

10925 ROBBINS, ANNETTE, 2513 PARKSIDE DRIVE, UNION CITY, CA 94587

10925 ROBBINS, BRENDA, 121 KENNEDY COURT, CUMBERLAND GAP, TN 37724

10925 ROBBINS, CHAD, 3909 N FL AVE, LAKELAND, FL 33805

10925 ROBBINS, DEVIDA, 5935 PARK AVE., PHILA, PA 19141

10925 ROBBINS, DON, 20 ROGERS HOLLOW RD., MC MINNVILLE, TN 37110

10925 ROBBINS, IAN, 401 PLUMBRIDGE COURT #202, TIMONIUM, MD 21093

10925 ROBBINS, JEAN, 5853 THIRD COVE #3, MEMPHIS, TN 38134

10925 ROBBINS, JEREMY, 419 WOODSON CT, SPARTANBURG, SC 29303

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROBBINS, JESSE, 1630 HWY 51, SOUTH, COVINGTON, TN 38019

10925   ROBBINS, JOHN, 1216 S. FANNIN, AMARILLO, TX 79102

10925   ROBBINS, JOHN, 823 17TH AVE, HICKORY, NC 28602

10925   ROBBINS, JULIA, 93 RAY ST, NEW BRUNSWICK, NJ 08901

10925   ROBBINS, KENNETH B, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   ROBBINS, KENNETH, 715 WASHINGTON ST., ABINGTON, MA 02351-2021

10925   ROBBINS, LARRY V, 5529 U S 60-E, OWENSBORO, KY 42003-9776

10925   ROBBINS, LARRY, 3851 ASPEN DRIVE, EVANSVILLE, IN 47711

10925   ROBBINS, LINDA, 12 E MAPLE TREE DR, MT HOLLY, NJ 08060

10925   ROBBINS, PAMELA, 6 WHITEMARSH DRIVE, AIKEN, SC 29803

10925   ROBBINS, RANDALL, 645 N PARKWOOD CT, VISALIA, CA 93291

10925   ROBBINS, REGIS, 5806 PKWY DR, LAUREL, MD 20707

10925   ROBBINS, SHEILA, 3813 PARK BLVD, SUITLAND, MD 20746

10925   ROBBINS, SHELIA, 10445 COLWORTH PL, KEITHVILLE, LA 71047

10925   ROBBINS, TERRY, 1455 DEEPWELL CIRCLE, JAMISON, PA 18929

10925   ROBBINS, VERNIE, PO BOX 29, KATHLEEN, FL 33849-0029

10925   ROBBINS, WENDY, PO BOX 275, CROWLEY, TX 76036

10925   ROBBIO, DONNA, 889 MAIN ST, PAWTUCKET, RI 02860

10925   ROBBS, PEGGY, 826 N. MORGAN ST., SHELBY, NC 28150

10925   ROBBYE BRADSHAW CROCKETT, 429 CLINCHFIELD AVE, ERWIN, TN 37650-1608

10924   ROBCO INC., IMEX-ANCHOR PACKING, 7200 ST. PATRICK, LASALLE, QC H8N 2W7TORONTO     *VIA Deutsche Post*

10925   ROBEIN URANN LURYE, PO BOX 6768, 2540 SEVERN AVE , SUITE 400, PO BOX 6768, METAIRIE, LA 70009-6768

10925   ROBELDO, ARTURO, 6620 S 33RD ST, MCALLEN, TX 78503

10925   ROBENHYMER, JEFF, 3691 SYRACUSE AVE, SAN DIEGO, CA 92122

10925   ROBENOLT, DAN, 1811 NORTH ROAD, WATERLOO, NY 13165

10925   ROBERIE, TERRY, 2613 LITER DR, ELLICOTT CITY, MD 21042

10925   ROBERIE, TERRY, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   ROBERS, SUSAN, 215 MORSE ROAD, SUDBURY, MA 01776

10925   ROBERSON JR., MURRY, 9151 TRAIL CTR, JONESBORO, GA 30238

10925   ROBERSON, ALBERT, 275 MACK LANE, CRAIG, CO 81625

10925   ROBERSON, ARLANDIS, 1649 DOGWOOD DR, CHATTANOOGA, TN 37406-2718

10925   ROBERSON, ARLANDIS, 1649 DOGWOOD DR., CHATTANOOGA, TN 37406

10925   ROBERSON, BARBARA, 1249 ROY BEACH RD, OAK CITY, NC 27857

10925   ROBERSON, HAROLD, 603 JEFFRIES, CHEROKEE, IA 51012

10925   ROBERSON, JOHN, 850 FOREST ST, JONESVILLE, SC 29353

10925   ROBERSON, JONITA, 6728 PEORIA, CHICAGO, IL 60621

10925   ROBERSON, KAREN, 5401 OLD NATIONAL HYAPT. #2310, COLLEGE PARK, GA 30349

10925   ROBERSON, KIMBERLY, ROUTE 1 BOX 240K, BETHEL, NC 27812

10925   ROBERSON, NATASH, 4499 WHITE CITY RD, COLLEGE PARK, GA 30337

10925   ROBERSON, SHIRLEY, 818 HINKLE RD, SEYMOUR, TN 37865

10925   ROBERSON, TRINA, 7839 HUNNICUT RD. APT. B, DALLAS, TX 75228

10925   ROBERSON, YVONNE, 101 ANGELA AVE, WARNER ROBINS, GA 31093

10925   ROBERT & CAROL GOELZ, 26009 MUSKEGO DAM ROAD, MUSKEGO, WI 53150

10925   ROBERT A ARNOLD &, LORRAINE ARNOLD JT TEN, 9816 S KARLOU AVE, OAKLAWN, IL 60453-3458

10925   ROBERT A BARTON &, MARY P BARTON JT TEN, 12 HIGH ROAD, NEWBURY, MA 01951-1234

10925   ROBERT A BARTON, 12 HIGH RD, NEWBURY, MA 01951-1234

10925   ROBERT A BRAUN TR, UA 10 07 93 DEC TRST, BRAUN FAMILY, 7722 BRIDGETOWN RD, CINCINNATI, OH 45248-2026

10925   ROBERT A CAMPBELL, 3005 HORACE MANN AVE, BAKERSFIELD, CA 93306-4242

10925   ROBERT A CLABAULT, 3091 SE DOUBLETON DR, STUART, FL 34997-5608

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROBERT A DANIELS &, JULIE A DANIELS JT TEN, 2705 SOUTH WILDWIND CR, WOODLANDS, TX 77380-1345

10925   ROBERT A DERUITER, 2312 GREEN VALLEY PKWY #1721, HENDERSON, NV 89014

10925   ROBERT A FORTINI SR &, MARGARET M FORTINI JT TEN, 237 FRANKLIN ST, NORTH ADAMS, MA 01247-2773

10925   ROBERT A FRANKLIN, HCR 69 BOX 208, SUNRISE BEACH, MO 65079-9407

10925   ROBERT A GOERING TREAS, POBOX 5320, CINCINNATI, OH 45202

10925   ROBERT A GOERING, TREASURER, PO BOX 5320, CINCINNATI, OH 45201-5320

10925   ROBERT A JOHNSON &, ROBERT MINNIS JOHNSON JT TEN, PO BOX 370722, MIAMI, FL 33137-0722

10925   ROBERT A JUD & ASSOCIATES, 156 FIFTH AVE SUITE 510, NEW YORK, NY 10010

10925   ROBERT A MASON TR UA DEC 3 91, ROBERT A MASON TRUST, 409 VEIT, DAVISON, MI 48423-0000

10925   ROBERT A NELSON & MARCIA A NELSON, TR NELSON TR DTD 9 10 98, 4216 COBALT DRIVE, LA MESA, CA 91941-7824

10925   ROBERT A OLEEN, BOX 8, DWIGHT, KS 66849-0008

10925   ROBERT A OLIVERIO, 1424 VIA TERRASSA, ENCINITAS, CA 92024

10925   ROBERT A PETOW, 11 LYNNWAY, REVERE, MA 02151-1733

10925   ROBERT A POLLICE, 6535 ZUPANCIC DR, PITTSBURGH, PA 15236-3651

10925   ROBERT A SUMINSKI, 8 LANI ST, SOUTH AMBOY, NJ 08879-1914

10925   ROBERT A WELLS &, MARY R WELLS JT TEN, 174 PINELOCK AVE, ORLANDO, FL 32806

10925   ROBERT A. WIERCINSKI, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   ROBERT ALAN HARTMAN, 9418 OWL TRACE DR., CHESTERFIELD, VA 23838

10925   ROBERT ANTHONY BANGHART &, ROBERT ANTHONY GAETANO JT TEN, RD 2 BOX 309 GLEN AVE, GLEN GARDNER, NJ 08826-9802

10925   ROBERT ANTHONY ZURAWIECKI, 8541 SW 85 ST, MIAMI, FL 33143-6927

10925   ROBERT B ADAMS, 160 CLEARVIEW DR, RFD E GREENWICH, RI 02818-1402

10925   ROBERT B CARTER &, THELMA D CARTER JT TEN, 4071 ST IVES BLVD, SPRING HILL, FL 34609-3184

10925   ROBERT B CREEL JR & MELVIN DONALD, FORTENBERRY TR UA FEB 20 91 THE, ROBERT B CREEL JR & MELVIN DONALD, FORTENBERRY 1991 TRUST, PO BOX 181080, CORONADO, CA 92178-1080

10925   ROBERT B EDMISTON, 1430 BEATRICE COURT, LONGMONT, CO 80503-2332

10925   ROBERT B HOFFMAN, 1530 N STATE PKWY 11, CHICAGO, IL 60610-1614

10925   ROBERT B MALONEY, AMBLER FARM RD, BEDFORD, NY 10506

10925   ROBERT B MOOH, SUITE 1700 N, 600 SEVENTEENTH ST, DENVER, CO 80202-5417

10925   ROBERT B SCOTT JR &, KATHLEEN R SCOTT JT TEN, 810 COURT ST, FULTON, MO 65251-1956

10925   ROBERT B SCOTT, 810 COURT ST, FULTON, MO 65251-1956

10925   ROBERT B SELLERS, C/O MARIA W BLASCHEK, 51 WELLINGTON ROAD, ARDMORE, PA 19003-3214

10925   ROBERT BARRY THOMAS &, JUDITH M THOMAS JT TEN, C/O CHEMICAL BANK, ABANDON PROPERTY UNIT 10THFL, 450 WEST 33RD ST, NEW YORK, NY 10001-2603

10925   ROBERT BENDHEIM, 126 EAST 56TH ST 28TH FL, NEW YORK, NY 10022-3613

10925   ROBERT BOSCH CORP AND ROBERT BOSCH, NEAL H WEINFIELD, BELL BOYD & LLOYD, THREE FIRST NATIONAL PLAZA, 70 W MADISON ST #3300, CHICAGO, IL 60602-4207

10925   ROBERT BOSCH CORP, ACCOUNTS PAYABLE, 8101 DORCHESTER RD, CHARLESTON, SC 20418

10925   ROBERT BOSCH CORP, HWY 81 AT I85, ANDERSON, SC 29621

10924   ROBERT BOSCH PROJECT, 38000 HILLS TECH DRIVE, FARMINGTON HILLS, MI 48331

10925   ROBERT BREITSPRECHER, 216 SEVENTH AVE NE, INDEPENDENCE, IA 50644

10925   ROBERT BREWER, 2909 BANYAN BLVD, BOCA RATON, FL 33486

10925   ROBERT BROSS TR UA JUL 1 84, ROBERT B BROSS DEFINED BENEFIT, TRUST, 823 PARK AVE, NEW YORK, NY 10021-2849

10925   ROBERT C ANGERMEIER & CURT J, ANGERMEIER TR UA 2 7 75 ROBERT V, ANGERMEIER MARITAL TR FBO, EDNA M ANGERMEIER, 507 S ROOSEVELT DRIVE, EVANSVILLE, IN 47714-163

10925   ROBERT C ANGERMEIER & CURT J, ANGERMEIER TR UA 2 7 75 ROBERT, V ANGERMEIER FAMILY TR FBO, SETTLERS CHILDREN, 507 S ROOSEVELT DR, EVANSVILLE, IN 47714-1639

10925   ROBERT C CONANT, 1225 NW 22ND AVE, DELRAY BEACH, FL 33445

10925   ROBERT C CONANT, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10925   ROBERT C CRONIN, 2287 MAJOR CIRCLE, DAVISON, MI 48423-2047

ı9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROBERT C DAWSON,JR, 202 SOUTHHAMPTON ST, BOSTON, MA 02118-2789

10925    ROBERT C ELDER &, SHIRLEY J ELDER JT TEN, 3008 S RIVERSIDE DR, MCHENRY, IL 60050-8035

10925    ROBERT C EVERETT, 22 RUTGERS PL, SCARSDALE, NY 10583-4906

10925    ROBERT C HOWARD TR UA 03 14 94, THE ROBERT C HOWARD TRUST, 1234 S 1ST AVE, ARCADIA, CA 91006-4129

10925    ROBERT C INNES &, FLORENCE L INNES JT TEN, 10226 BRIAR ST, OVERLAND PK, KS 66207-3418

10925    ROBERT C LOVICK &, DOROTHY E LOVICK JT TEN, 2608 KANUGA PINES DR, HENDERSONVILLE, NC 28739-7014

10925    ROBERT C MAERDIAN, 2815 RHEEM AVE, RICHMOND, CA 94804-1023

10925    ROBERT C MITMAN & MARILYN S, MITMAN TR UA AUG 15 96, THE MITMAN FAMILY TRUST, 223 E LAFAYETTE ST, EASTON, PA 18042-1675

10925    ROBERT C NILES, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    ROBERT C NODLER, 6807 N WALNUT, KANSAS CITY, MO 64118-2502

10925    ROBERT C PAULSON, 162 R SAND SHORE RD, BUDD LAKE, NJ 07828-1511

10925    ROBERT C SUTLIFF, 27 ENGLISH STATION RD, ROCHESTER, NY 14616-5501

10925    ROBERT C SWANSON &, ROSE M SWANSON JT TEN, 924 17TH ST, ROCKFORD, IL 61104-3362

10925    ROBERT C UTESCH &, SUSAN E UTESCH JT TEN, 8108 MIDDLEBURY AVE, WOODRIDGE, IL 60517-7721

10925    ROBERT CARL WHITE, 7822 CARRAWAY CT, MAINEVILLE, OH 45039-9587

10925    ROBERT CHAPMAN & CO, POBOX 240748, CHARLOTTE, NC 28224

10924    ROBERT CHOATE, 4 HAVERFORD LN, FRIENDSWOOD, TX 77546-4012

10925    ROBERT COMEAU MAXIT DESIGN, 144 MOODY ST - BLDG 4, WALTHAM, MA 02154

10925    ROBERT COOK, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    ROBERT COSTELLO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    ROBERT D COOMBS, 1311 HIBISCUS DR, CLARKSVILLE, IN 47129-1719

10925    ROBERT D GOW, 1725 BALLAD DR, MIDWEST CITY, OK 73130-6425

10925    ROBERT D MORRILL, 250 GOLFVIEW DR, TEQUESTA, FL 33469-1942

10925    ROBERT D PETTY &, ELEANOR M PETTY JT TEN, 836 68TH ST, BROOKLYN, NY 11220-5708

10925    ROBERT D WIEDENHOEFER, N 1717 HWY P, RUBICON, WI 53078

10925    ROBERT D. ANDERSON, 216 SEVEN OAKS LANE, SPARTANBURG, SC 29301

10925    ROBERT D. GLASER, 6827 VIA REGINA, BOCA RATON, FL 33433

10925    ROBERT D. VOIT, THE VOIT COMPANIES - GEN COUNSEL, 21600 OXNARD ST., SUITE 300, WOODLAND HILLS, CA 91367

10925    ROBERT DAVIS HALL, 561 MAIN ST, PO BOX 308, HARWICH PORT, MA 02646-0308

10925    ROBERT DE RUITER, 2312 GREEN VALLEY PKWY #1721, HENDERSON, NV 89014

10925    ROBERT DEHOYOS, 2414 ROBLEY ST, PASADENA, TX 77502

10925    ROBERT DEXTER KENYON &, MIRIAM F KENYON TTEES, UA DTD OCT 31 1991, MIRIAM F KENYON SETTLOR, 38 OLD CART RD, SOUTH HAMILTON, MA 01982

10925    ROBERT E ANDERSON & MARY F, ANDERSON TR UA MAY 30 95, ROBERT ANDERSON &, MARY ANDERSON REVOCABLE TRUST, 1606 WADDELL DR, ATLANTIC, IA 50022-2661

10925    ROBERT E AUSTIN, BOX 425, CHERRY VALLEY, NY 13320-0425

10925    ROBERT E BOHNERT, 8 LANE COURT, UPPER MONTCLAIR, NJ 07043-2513

10925    ROBERT E COOK, 17 LAUREL ST, WAKEFIELD, MA 01880-3623

10925    ROBERT E CROWLEY, 28 FAIRFIELD DR, KENNEBUNK, ME 04043-5110

10925    ROBERT E DALE &, SANDRA J DALE JTWRS JT TEN, 4331 PEBBLE POINTE DR, LAKELAND, FL 33813-1948

10925    ROBERT E FARNING & DONNA M, FARNING JT TEN, 5241 CATHARPIN RD, GAINESVILLE, VA 22065-1314

10925    ROBERT E GATES, 234 N BROADWAY #217, MILWAUKEE, WI 53202

10925    ROBERT E GEIER &, ELEANOR I GEIER JT TEN, 4212 MATTHEW LA, KENSINGTON, MD 20895-4036

10925    ROBERT E GRAVES, 8014 S E 35TH ST, PORTLAND, OR 97202-8414

10925    ROBERT E HAHN & ANNA C HAHN, JT TEN, 88 LAWRENCE ST, CRANSTON, RI 02920-7445

10925    ROBERT E HOLYCROSS, CHESHIRE RD, BETHANY, CT 06525

10925    ROBERT E HOOVER, 6942 AUTUMN LAKE TRAIL, HIXSON, TN 37343-2572

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROBERT E HOPKINS &, EMMA B HOPKINS TEN ENT, 325 E CHURCH RD APT HT217, TELFORD, PA 18969-1725

10925   ROBERT E JAHN, 113 CHESTNUT AVE., GREER, SC 29651

10925   ROBERT E KENNY &, FLORENCE M KENNY JT TEN, 125 SEEGER RD, UPPER ST CLAIR, PA 15241-2137

10925   ROBERT E LEMONS CUSTODIAN FOR, ROBERT E LEMONS JR, UNDER THE MISSOURI UNIF, GIFTS TO MIN LAW, 6517 N PARK, GLADSTONE, MO 64118-3795

10925   ROBERT E LEMONS CUSTODIAN, FOR SARAH D LEMONS UNDER, THE MISSOURI UNIF GIFTS, TO MIN LAW, 7415 NW PRAIRIE VIEW RD, KANSAS CITY, MO 64151-1547

10925   ROBERT E MASON & ASSOC, INC, PO BOX 33424, CHARLOTTE, NC 28233

10925   ROBERT E MASON & ASSOCIATES INC, PO BOX 33424, CHARLOTTE, NC 28233

10925   ROBERT E MAYNARD, 37 WOODCREST DR, RIVERSIDE, RI 02915-1818

10925   ROBERT E MCDONALD, 7237 E GAGE AVE, LOS ANGELES, CA 90040

10925   ROBERT E MCDOWELL, 14 EDGEWATER DR, SUMTER, SC 29150-3746

10925   ROBERT E MEINERT & ASSOC, 3169 BABCOCK BLVD, PITTSBURGH, PA 15237

10925   ROBERT E MEYERS, 1015 ORLANDO DR, FORT WAYNE, IN 46825-4039

10925   ROBERT E PELLETIER JR &, CAM P PELLETIER JT TEN, 10 N PEMBERTON RD, PEMBERTON, NJ 08068-1317

10925   ROBERT E SHARPE &, MARION N SHARPE JT TEN, MASONIC HOME OF WASHINGTON, 23660 MARINE VIEW DR S, DES MOINES, WA 98198-7352

10925   ROBERT E SHOEMAKER &, ELSIE L SHOEMAKER TEN ENT, 2313 EAST RIDGE RD, TIMONIUM, MD 21093-2506

10925   ROBERT E STROUD, C/O SERVICE KNOW HOW CORP, PO BOX 414944, KANSAS CITY, MO 64141-4944

10925   ROBERT E SULLIVAN &, MARTHA L SULLIVAN JT TEN, ROUTE 1 BOX 51, ENOREE, SC 29335-9604

10925   ROBERT E SWEENEY CO LPA, 55 PUBLIC SQUARE SUITE 1500, CLEVELAND, OH 44113-1998

10925   ROBERT E TRENT, 9924 WHITE BLOSSOM BLVD, LOUISVILLE, KY 40241-4163

10924   ROBERT E. JOHNSON OFFICE BLDG, 1501 CONGRESS AVENUE, AUSTIN, TX 78701

10925   ROBERT E. MEDLOCK, PO BOX 5, HIXSON, TN 37343

10925   ROBERT EDWIN GEIER, 4212 MATTHEWS LA, KENSINGTON, MD 20895-4036

10925   ROBERT EVANS CAISON &, SHIRLEY BOND CAISON JT TEN, RTE 1 BOX 139, CURRIE, NC 28435-9801

10925   ROBERT F BEECHER, 16 MILDENHALL RIDGE, FAIRPORT, NY 14450-8438

10925   ROBERT F CHAFITZ, 323 MOUNTAIN ST, SHARON, MA 02067-3016

10925   ROBERT F CHAFITZ, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ROBERT F DELAUBELL, 227 FANS ROCK RD, HAMDEN, CT 06518-2018

10925   ROBERT F FLAHERTY &, JOSEPHINE A FLAHERTY JT TEN, 2 WASHINGTON DR, MADISON, NJ 07940-2626

10925   ROBERT F HEBELER TR UA NOV 1 84, FBO THE ROBERT F HEBELER FAMILY, REVOCABLE LIVING TR, 1605 ANDREW DR, ST LOUIS, MO 63122-1705

10925   ROBERT F JENNINGS, 9052 DAISY DALLAS RD, SODDY DAISY, TN 37379

10925   ROBERT F MC GANN, 17 CLEVELAND AVE, WOBURN, MA 01801-2605

10925   ROBERT F MCGRATH, 611 BENVENUE AVE, LOS ALTOS, CA 94024

10925   ROBERT F MCGRATN, 53 KINSMAN CIRCLE, TOPSFIELD, MA 01983-1333

10925   ROBERT F NOWACK, PO BOX 1101, CLEMSON, SC 29633-1101

10925   ROBERT F OVERMEYER TR UA, FEB 15 94, THE ROBERT F OVERMEYER REVOCABLE, TRUST, 610 E HIGH ST, MOUNT VERNON, OH 43050-2747

10925   ROBERT F RUTH & ELEANORE H RUTH, JT TEN, 15 DELBROOKRD15, MORRIS PLAIN NJ, 07950 3100, MORRIS PLAINS, NJ 07950

10925   ROBERT F STERRETT & MARY EMILY, STERRETT JT TEN, 4533 SCRUBGRASS RD, GROVE CITY, PA 16127-8733

10925   ROBERT F WAGNER, 5 VICTOR AVE, N WARREN, PA 16365-1232

10925   ROBERT F. PUGH, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   ROBERT F. VOLM, 830 PROSPER ROAD, DEPERE, WI 54115

10925   ROBERT FELDTEN, 2039 KROLOW, BENTON HARBOR, MI 49022-6739

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ROBERT G DARCANGELO & PEGGY A, DARCANGELO JT TEN, 6180 TEAHOUSE RD, VENICE, FL 34293-6973 | |
| 10925 | ROBERT G FOX SR TR UA MAY 05 98, ROBERT G FOX SR REVOCABLE TRUST, PO BOX 217036, CHARLOTTE, NC 28221-0036 | |
| 10925 | ROBERT G HARRIS & GEORGIA, A HARRIS JT TEN, C/O HESS & CULBENTSON, 112 ST CLAIR SQ, FAIRVIEW HGTS, IL 62208-2135 | |
| 10925 | ROBERT G JOHNS, 203 TERRACE CIRCLE, SIMPSONVILLE, SC 29681-2134 | |
| 10925 | ROBERT G KNABE, 710 PATCHESTER, HOUSTON, TX 77079-5911 | |
| 10925 | ROBERT G MAGNUSON TR UA SEP, 27 91 ROBERT G MAGNUSON, REVOCABLE LIVING TRUST, 9400 W HWY 40, COLUMBIA, MO 65202-9576 | |
| 10925 | ROBERT G MCCRACKEN &, JANICE R MCCRACKEN JT TEN, 3671 HUCKLEBERRY HWAY, BERLIN, PA 15530-7806 | |
| 10925 | ROBERT G MEYER, 3241 PLEASANT HILL RD, MT ORAB, OH 45154-9177 | |
| 10925 | ROBERT G NAUMAN, 6287 VERNON WOODS DR, ATLANTA, GA 30328-3352 | |
| 10925 | ROBERT G PIKEY &, MARGARET L PIKEY JT TEN, 1804 LAMESA, CAPE GIRARDEAU, MO 63701-1948 | |
| 10925 | ROBERT G RASEY, PO BOX 193, WESTON MILLS, NY 14788-0193 | |
| 10925 | ROBERT G ROWE III, 11517 ROTHBURY SQUARE, FAIRFAX STATION, VA 22030-6008 | |
| 10925 | ROBERT G STOCKTON, 2 STRAWBERRY LANE, WINSTON SALEM, NC 27106-4249 | |
| 10925 | ROBERT GAETANO &, ELLEN GAETANO JT TEN, 43 SAGAMORE AVE, EDISON, NJ 08820-2977 | |
| 10925 | ROBERT GOLDEN &, JUDITH ANN GOLDEN JT TEN, 29600 BEDFORD N, SOUTHFIELD, MI 48076-2208 | |
| 10925 | ROBERT GORDON EHLENBERGER &, JUDY ANN EHLENBERGER JT TEN, 907 THORNTON RD, HORSHAM, PA 19044-1016 | |
| 10925 | ROBERT GOYNSHOR COMPANY, 2530 CRAWFORD AVE., EVANSTON, IL 60201 | |
| 10925 | ROBERT GUSTAV CASHION, 1230 MARKET ST APT 629, SAN FRANCISCO, CA 94102-4801 | |
| 10925 | ROBERT H BEBER &, JOAN P BEBER JT TEN, 7228 QUEEN FERRY CIRCLE, BOCA RATON, FL 33496-5953 | |
| 10925 | ROBERT H BEBER, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | ROBERT H DAY TRU UA, NOV 18 86 11/18/86, ROBERT H DAY TRUST, 296 GORE ROAD, BRYANT POND, ME 04219-6102 | |
| 10925 | ROBERT H FALTZ &, FRANCES FALTZ JT TEN, 4126 S PENNSYLVANIA AVE, ST FRANCIS, WI 53235-4651 | |
| 10925 | ROBERT H FORSTER, 7036 TUNBRIDGE DR, MENTOR, OH 44060-6576 | |
| 10925 | ROBERT H HARDING, IN DER HOLLERHECKE, WORMS, 67545GERMANY | *VIA Deutsche Post* |
| 10925 | ROBERT H HILBERT, 80-08 135TH ST APT 615, JAMAICA, NY 11435-1012 | |
| 10925 | ROBERT H KAHN, 94 RACKLEFF ST, PORTLAND, ME 04103-3054 | |
| 10925 | ROBERT H KREISSMAN, 1101 WESTCHESTER AVE, WHITE PLAINS, NY 10604-3503 | |
| 10925 | ROBERT H LOCKE, CONCORD, MA, MA 01724 | |
| 10925 | ROBERT H NAVRAN TR UA FEB 22 73, W ROBERT H NAVRAN GRANTOR, 3022 WEST 84TH TER, LEAWOOD, KS 66206-1313 | |
| 10925 | ROBERT H NORDBY &, JOHANNE M NORDBY JT TEN, 20407 BULLBLOCK ROAD, BEND, OR 97702-2649 | |
| 10925 | ROBERT H. HARDING, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | ROBERT H. SMELLAGE JR., 2700 E. VALLEY PKWY, #51, ESCONDIDO, CA 92027 | |
| 10925 | ROBERT HAGGERTY, 3205 NORTHWOOD DR, APT 301-2, CONCORD, CA 94520-4565 | |
| 10925 | ROBERT HALF INTL INC., D-3759, BOSTON, MA 02241-3759 | |
| 10925 | ROBERT HAM, 2350 COVENTRY CT., MARION, IA 52302 | |
| 10925 | ROBERT HARRINGTON, 4522 RYAN ROAD, CONLEY, GA 30027 | |
| 10925 | ROBERT HARRY RYDER, 959 N RIVER RD, OREGON, IL 61061-9451 | |
| 10925 | ROBERT HAYES CONSTRUCTION, 3 CARDIFF CT., SIMPSONVILLE, SC 29681 | |
| 10925 | ROBERT HECKER &, JOYCE HECKER JT TEN, 5175 DEERIDGE LANE, CINCINNATI, OH 45247-7948 | |
| 10925 | ROBERT HENRY RIDGE, 3529 GLEN OAK DR, JARRETTSVILLE, MD 21084-1837 | |
| 10925 | ROBERT HERSH, 143 HOYT ST APT 7J, STAMFORD, CT 06905-5748 | |
| 10925 | ROBERT HIGGINS, 3329 MAVERICK ST., VIRGINIA BEACH, VA 23452 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | ROBERT HOFFMAN, CHARLESTON, REVICH, & WILLIAMS, 1840 CENTURY PARK E 3RD FLR, LOS ANGELES, CA 90067-2104 | |
| 10924 | ROBERT HOOD & ASSOC, 172 MEETING ST, CHARLESTON, SC 29401 | |
| 10925 | ROBERT HOWARD BERGER, 884 BRYN MAWR DR, COLUMBUS, OH 43230-3839 | |
| 10925 | ROBERT HOWES, 222 FERNLEAF DR, TRAVELERS REST, SC 29690 | |
| 10925 | ROBERT HURST, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | ROBERT HURTUK, 5319 S MEADE, CHICAGO, IL 60638 | |
| 10925 | ROBERT HUSTUK, 5319 S MEADE, CHICAGO, IL 60638 | |
| 10925 | ROBERT I PEARLMAN, 6 COURSEN WAY, MADISON, NJ 07940-2845 | |
| 10925 | ROBERT I STRINGFELLOW, 1914 HARWYN ROAD, WILMINGTON, DE 19810-3838 | |
| 10925 | ROBERT I WAX & HELEN S WAX TR UA, DEC 21 95, THE WAX FAMILY 1995 TRUST, 27 CINCH RD, BELL CANYON, CA 91307-1003 | |
| 10925 | ROBERT J ALBERS, 622 ST JOSEPH LANE, PARK HILLS, KY 41011-3812 | |
| 10925 | ROBERT J ANDERSON, 131 PINE ST, TEWKSBURY, MA 01876-3732 | |
| 10925 | ROBERT J ANDREWS &, MARY C ANDREWS JT TEN, 1606 SO LIVEOAK PKWY, WILMINGTON, NC 28403-6618 | |
| 10925 | ROBERT J BROKOP, 1090 EDDY ST APT 408, SAN FRANCISCO, CA 94109-7609 | |
| 10925 | ROBERT J CALLAHAN & HELEN JEAN, CALLAHAN TR CALLAHAN FAMILY TRUST, UA MAR 29, 420 FIFTH ST, CORONADO, CA 92118-1603 | |
| 10925 | ROBERT J CARLISLE &, DOROTHY J CARLISLE JT TEN, 115 SHADYCREST DR, GLENSHAW, PA 15116-1237 | |
| 10925 | ROBERT J CARROLL &, TAMI L CARROLL JT TEN, 514 MAGNOLIA CIR, LEAGUE CITY, TX 77573-3180 | |
| 10925 | ROBERT J CORCORAN, 603 TONY TANK LANE, SALISBURY, MD 21801-7028 | |
| 10925 | ROBERT J DAVENPORT, 3518 TULSA RD, BALTIMORE, MD 21207-6127 | |
| 10925 | ROBERT J DEHNEY MICHAEL G BUSENKELL, MORRIS, ARSHT, 1201 N MARKET ST PO BOX 1347, WILMINGTON, DE 19899 | |
| 10925 | ROBERT J DENNY, 14001 E ILIFF AVE STE 104, AURORA, CO 80014-1424 | |
| 10925 | ROBERT J DOWEY, 1750 N WELLS 306, CHICAGO, IL 60614-5830 | |
| 10925 | ROBERT J DREWS SR TR UA JUL 20 92, THE EVELYN M DREWS MARITAL TRUST, PO BOX 1787, DES PLAINES, IL 60017-1787 | |
| 10925 | ROBERT J DREWS SR TR UA JUL 20 92, THE EVELYN M DREWS TRUST, PO BOX 1787, DES PLAINES, IL 60017-1787 | |
| 10925 | ROBERT J DREWS SR, TR UDT JUL 20 92, ROBERT J DREWS SR TRUST, PO BOX 1787, DES PLAINES, IL 60017-1787 | |
| 10925 | ROBERT J FATA, 161 W 61ST ST APT 7C, NEW YORK, NY 10023-7446 | |
| 10925 | ROBERT J FORAN EX UW, RITA V FORAN, 15 OAK ROAD, EAST PATCHOQUE, NY 11772-6262 | |
| 10925 | ROBERT J GASKIN, 534 E 37TH AVE LOT 545, HOBART, IN 46342-6235 | |
| 10925 | ROBERT J GRACE AS CUSTODIAN FOR, ROBERT D GRACE UNDER THE, PENNSYLVANIA UNIFORM TRANSFERS, TO MINORS ACT, 11 FORESTVIEW DR, WERNERSVILLE, PA 19565-9 | |
| 10925 | ROBERT J GRACE AS CUSTODIAN FOR, THOMAS M GRACE UNDER THE, PENNSYVANIA UNIFORM TRANSFERS, TO MINORS ACT, 2820 ATWOOD RD, WINSTON SALEM, NC 27103 | |
| 10925 | ROBERT J GRANT &, THERESA GRANT JT TEN, 10709 29TH ST CT NW, GIG HARBOR, WA 98335-5824 | |
| 10925 | ROBERT J HAHN, KILPATRICK STOCKTON LLP, 3500 ONE FIRST UNION CENTER, CHARLOTTE, NC 28202 | |
| 10925 | ROBERT J HUGHES, 696 EDGEWOOD PLACE, NORTH BRUNSWICK, NJ 08902-2936 | |
| 10925 | ROBERT J KING & IRENE A KING, JT TEN, 3207 NASSAU DR, SPRING HILL, FL 34607-2855 | |
| 10925 | ROBERT J KRUPCZNSKI, 9 LOCUST ST, WATERLOO, NY 13165-1324 | |
| 10925 | ROBERT J KRUSE & AUDREY J KRUSE, JT TEN, 3105 PATRICK, SIOUX FALLS, SD 57105-5936 | |
| 10925 | ROBERT J LASKOWSKI, PO BOX 451, ISLIP, NY 11751-0451 | |
| 10925 | ROBERT J MEDLER, 2010 DESMOND COVE, GERMANTOWN, TN 38139 | |
| 10925 | ROBERT J MELUSKI & VIOLET R, MELUSKI JT TEN, BOX 206, LANARK, WV 25860-0206 | |
| 10925 | ROBERT J MEYER, 18711 FAIRWOOD LN, SANTA ANA, CA 92705 | |
| 10925 | ROBERT J NIEDZWIECKI, 2 MAPLE AVE, BLOOMFIELD, CT 06002-2302 | |
| 10925 | ROBERT J OBRIEN, 71 FOSTER RD, BELMONT, MA 02178-3737 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ROBERT J STEGNER DDS, 215 8TH ST, HONESDALE, PA 18431-1813

10925 ROBERT J. DUNNE, 133 HARCOURT AVE., BERGENFIELD, NJ 07821

10925 ROBERT J. ERICKSON, 3042 CARDINAL DR, DELRAY BEACH, FL 33444-1835

10925 ROBERT J. FERGUSON, 25 S MAIN ST #101, YARDLEY, PA 19067

10925 ROBERT JAMES WILLIS &, REBECCA LYNN NORMAN JT TEN, 110 BILL THOMAS RD, MONCURE, NC 27559-9376

10925 ROBERT JAMES WILLIS, 110 BILL THOMAS RD, MONCURE, NC 27559-9376

10925 ROBERT JAMISON DOUGLAS, 50 W 34TH ST APT 9A3, NEW YORK, NY 10001-3061

10925 ROBERT JOHN SIEBER &, EMMA GAY SIEBER JT TEN, R-D 2 BOX 14, HENNESSEY, OK 73742-0000

10925 ROBERT K ASHBY, 1245 PARK AVE APT 17C, NEW YORK, NY 10128-1740

10925 ROBERT K JOHNSTON, 74 N WHITEHORSE ROAD, PHOENIXVILLE, PA 19460-2576

10925 ROBERT K WILSON & ASSOC, INC, PO BOX 90993, HOUSTON, TX 77290-0993

10925 ROBERT KAMINSKI, 555 PIERCE ST APT 520, ALBANY, CA 94706-1012

10925 ROBERT KAMPMEIER, PO BOX 992297, REDDING, CA 96099-2297

10925 ROBERT KANNER, 5 ARTHURS COURT, MANALAPAN, NJ 07726-2602

10924 ROBERT KARPP CO, INC, 50 FULLER AVENUE, ATTLEBORO, MA 02703

10925 ROBERT KARWOSKI &, ANDREA G KARWOSKI JT TEN, 1307 SHAMROCK COURT, WARRENSBURG, MO 64093-2490

10925 ROBERT KOMATSU, 90 LA SALLE ST APT 14A, NEW YORK, NY 10027-0000

10925 ROBERT KRAUSE, DICKENSON & WRIGHT, 500 WOODWARD AVE STE 4000, DETROIT, MI 48226

10925 ROBERT L ADDISS, 8 MAYFLOWER RD, MERRIMACK, NH 03054-3540

10925 ROBERT L ALLARIO & ILDA ALLARIO, TR UA MAY 13 75 FBO ROBERT L, ALLARIO & ILDA ALLARIO, 14169 OKANAGAN DR, SARATOGA, CA 95070-5533

10925 ROBERT L ANTHONY &, HELEN E ANTHONY JT TEN, 807 GRATIOT AVE, ALMA, MI 48801-1144

10925 ROBERT L ATKINSON, PO BOX 980, BETHANY, OK 73008-0980

10925 ROBERT L BURNS JR &, BETTY J BURNS TEN COM, 411 RIVERLAKE CT, WOODSTOCK, GA 30188

10925 ROBERT L CATARDI, 236 ALBERT TERR, WHEELING, IL 60090-4534

10925 ROBERT L DEGNER &, PATRICIA L DEGNER JT TEN, R R 1 BOX 152B, BUFFALO, IL 62515-9553

10925 ROBERT L DOUGLAS, 10217 ROCKING CHAIR RD, MATTHEWS, NC 28105

10925 ROBERT L DRATLER, 5960 S LAND PARK DR #258, SACRAMENTO, CA 95822

10925 ROBERT L GIROD, 43304 N US HWY 45, ANTIOCH, IL 60002-7211

10925 ROBERT L GOODKIND, 3722 YALE DR, LAKE CHARLES, LA 70607-3050

10925 ROBERT L HALPAIN TR UA JUN 12 92, BETTY J HALPAIN TRUST, 14325 EAGLE RUN DR #128, OMAHA, NE 68164-5437

10925 ROBERT L HANSON &, PATRICIA C HANSON JT TEN, BLUEBERRY ISLAND, BOX 863, WOLFEBORO, NH 03894-0863

10925 ROBERT L HEARN, BOX 22, GREENFIELD, TN 38230-0022

10925 ROBERT L KREUTER &, ROBIN D KREUTER JT TEN, 151 TOLLGATE TRAIL, LONGWOOD, FL 32750-3859

10925 ROBERT L LARKIN &, WEBSTER K LARKIN TR UA OCT 25 99, THE LARKIN FAMILY TRUST, 38 JUNIPER RD, SEEKONK, MA 02771-3504

10925 ROBERT L LEVY &, BETSY A LEVY JT TEN, 8104 GARFIELD, BURR RIDGE, IL 60521-5906

10925 ROBERT L LIEBST & MAXINE J LIEBST JT TEN, 11206 WEST 60 TERRACE APT A, SHAWNEE, KS 66203-2772

10925 ROBERT L MOSHCOVITZ, 20 PORTERS COVE RD, HINGHAM, MA 02043-1027

10925 ROBERT L NELSON & ASSOCIATES, PO BOX 966, PALATINE, IL 60078

10925 ROBERT L NEWTON, PO BOX 335, POMPTON PLAINS, NJ 07444-0335

10925 ROBERT L PETERS &, CAROLYN L PETERS JT TEN, 1124 FAIRBANKS DR, CARMEL, IN 46033-2329

10925 ROBERT L PORCHIK &, JILL A PORCHIK TEN COM, 233 NORTH 4TH AVE, MANVILLE, NJ 08835-1318

10925 ROBERT L SCHWERIN & MARION L, SCHWERIN JT TEN, 835 ANCHORAGE LANE, PALM HARBOR, FL 34685-1635

10925 ROBERT L SHEBLAK, BOX 568, EDNA, TX 77957-0568

10925 ROBERT L SNOWBERGER, STONE BARN LANE, WILMINGTON, DE 19807

10925 ROBERT L SPOHN, 660 PARKSIDE BLVD, SOUTH EUCLID, OH 44143-2814

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROBERT L SPRANKLE, 8 LARSEN CIRCLE, ROMOVILLE, IL 60446-1823

10925   ROBERT L STAHL, 125 BISHOP HOLLOW RD, MEDIA, PA 19063

10925   ROBERT L STERRUP, DORSEY & WHITNEY, 1200 FIRST INTERSTATE CTR 401 N 31ST ST PO BOX 718, BILLINGS, MT 59103

10925   ROBERT L THOMAS TR UA APR 11 90, ROBERT L THOMAS TRUST, 2250 BRONSON HILL DR, LOS ANGELES, CA 90068-2408

10925   ROBERT L TYLER, RD 1 BOX 356B, ELLWOOD CITY, PA 16117-9612

10925   ROBERT L VISEL, RT 1 BOX 33, HUDSON, IL 61748-9710

10925   ROBERT L WALLACE & EDNA M, WALLACE JT TEN, 622 W SOUTH ST, WINCHESTER, IN 47394

10925   ROBERT L. NELSON & ASSOCIATES, PO BOX 966, PALATINE, IL 60078

10925   ROBERT L. TOTH, 23 MANOR HOUSE DR., TRENTON, NJ 08638

10925   ROBERT L. TRAGERT, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   ROBERT L. WALSH CO. INC., 4030 BENSON AVE, BALTIMORE, MD 21227

10925   ROBERT LA ROCHE, 4 SWANSON AVE., WESTFORD, MA 01886

10925   ROBERT LAWRENCE DOUGLAS III, 10217 ROCKING CHAIR RD, MATTHEWS, NC 28105-7130

10925   ROBERT LEE ORTH TR UA MAY 30 96, ROBERT LEE ORTH REVOCABLE TRUST, 504 SOUTHWOOD LN, ST JOSEPH, MO 64506-3121

10925   ROBERT LEO &, ANNA LEO JT TEN, 13 MEADOWBROOK RD, SAUGUS, MA 01906-3620

10925   ROBERT LEONARD DI ANGELO, 34 ROE ST, STATEN ISLAND, NY 10310-1913

10925   ROBERT LEWIS PATTON, 62 CEDAR MANOR, ELIZABETHTOWN, PA 17022-8686

10925   ROBERT LYDON &, CAROL RUEHLMANN TEN COM, 21 EXPLORER RD, BRIGANTINE, NJ 08203-1305

10925   ROBERT M BERNARDO & ASSOCIATES INC, 2023 EAST SIMS WAY, # 317, PORT TOWNSEND, WA 98368-6900

10925   ROBERT M BIRNBAUM, 88 VAN HOUTEN AVE, PASSAIC, NJ 07055-5519

10925   ROBERT M BROWNE, 58 HILLCREST AVE, LARCHMONT, NY 10538-2339

10925   ROBERT M CAVANAUGH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ROBERT M COQUILLETTE, PO BOX 1046, 22 NORTH ST, MATTAPOISETT, MA 02739-2028

10925   ROBERT M EGAN &, ANTOINETTE M EGAN JT TEN, 2409 GRANDVIEW DR, RICHARDSON, TX 75080-2510

10925   ROBERT M GOSHORN &, JEANNE G LUTZ JT TEN, 118 LANCASTER BLVD, ORCHARD CREST MANOR, MECHANICSBURG, PA 17055-0000

10925   ROBERT M HECKMAN, 500 NOBLE BLVD, CARLISLE, PA 17013-3613

10925   ROBERT M HEIDEMAN, 27442 WESTOVER WAY, VALENCIA, CA 91354

10925   ROBERT M HEWES IV, PO BOX 2600, CHESTERTOWN, MD 21620-2600

10925   ROBERT M JOHNSON, 5645 MILMAR DR NORTH, JACKSONVILLE, FL 32207

10925   ROBERT M KENNEY, 1861 NORTH FEDERAL HWY, NO 308, HOLLYWOOD, FL 33020-2827

10925   ROBERT M MANN, PO BOX 873, MIDLAND, TX 79702-0873

10925   ROBERT M NAPACK, 24671 TABUENCA, MISSION VIEJO, CA 92692-2344

10924   ROBERT M PIRRIE, 7841 MANCHESTER RD, MAPLEWOOD, MO 63143

10925   ROBERT M STEWART, 310 E LASLEY ST, APT 1, SAINT MARYS, KS 66536-1757

10925   ROBERT M TAROLA, 7500 GRACE DR, COLUMBIA, MD 21044

10925   ROBERT M VOLKELL &, THERESA TAX VOLKELL JT TEN, 191-31 FOOTHILL AVE, HOLLIS, NY 11423-1250

10925   ROBERT M WYNNE, 227 LURGAN AVE, SHIPPENSBURG, PA 17257-1625

10925   ROBERT MADORE, 35 KNOLLWOOD CIRCLE, CONTOOCOOK, NH 03229

10925   ROBERT MALLER, 515 AVE I 5G, BROOKLYN, NY 11230-2653

10925   ROBERT MASTERSON, 14440 HORRIDGE ROAD, KANSAS CITY, MO 64149-1154

10925   ROBERT MCGRATH, 53 KINSMAN CIRCLE, TOPSFIELD, MA 01983-1333

10925   ROBERT MELTON &, JOSEPHINE M MELTON JT TEN, 111 GRIFFIN DR, HURLEY, NY 12443-5309

10925   ROBERT MICHAEL DUGAN, S11W30323 SUMMIT AVE, WAUKESHA, WI 53188-9341

10925   ROBERT MICHAEL MOGAN, 6209 N CICERO, CHICAGO, IL 60646-4917

10925   ROBERT MICHAEL RUFFNER, 123 S CHESTER, PK RIDGE, IL 60068-3903

10925   ROBERT MILLMAN, 11 FRANCIS DR EAST, MONTROSE, NY 10548-1304

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROBERT MODEL, ., NEW YORK, NY 10017

10925   ROBERT MONTANARO, 30 BRITTANY LANE, CARMEL, NY 10512

10924   ROBERT MORRIS COLLEGE, NARROWS RUN ROAD, CORAOPOLIS, PA 15108

10925   ROBERT MOSS, 1533 CORAL RIDGE DR, CORAL SPRINGS, FL 33071

10925   ROBERT N FORD, 365 BARKWOOD CR, BLOXI, MS 39532-3607

10925   ROBERT N HAMMONS, 411 HOFFMAN, SEMINOLE, OK 74868-2644

10925   ROBERT N KARPP CO INC, POBOX 499, BOSTON, MA 02127-0499

10924   ROBERT N. KARPP, CO., 20 RAILROAD ST., REVERE, MA 02151

10924   ROBERT N. KARPP, CO., 825 SUMMER STREET, BOSTON, MA 02127

10925   ROBERT NEIL DEWAR &, SALLY PATRICIA DEWAR JT TEN, 19602-35TH AVE SE, BOTHELL, WA 98012

10925   ROBERT NOLAN AS CUSTODIAN, FOR KERRY BETH NOLAN, UNDER THE NEW HAMPSHIRE UNIFORM, TRANSFERS TO MINORS LAW, 50 MUNRO DR, EAST HAMPSTEAD, NH 03826

10925   ROBERT NOLAN AS CUSTODIAN, FOR MICHELLE LYNN NOLAN, UNDER THE NEW HAMPSHIRE UNIFORM, TRANSFERS TO MINORS LAW, 50 MUNROE DR, EAST HAMPSTEAD, NH 03826

10925   ROBERT O COLLINS CO INC, COLLINS ROAD, NORTH CHARLESTON, SC

10925   ROBERT O MORRISSEY &, DEBORAH J MORRISSEY JT TEN, 11413 CANTERBURY CIRCLE, LEAWOOD, KS 66211-2936

10925   ROBERT O WOODS, 6086 LAS COLINAS CIRCLE, LAKE WORTH, FL 33463

10925   ROBERT O. SCHLYTTER SR., 5111 S 76TH ST, GREENDALE, WI 53129-1115

10925   ROBERT OWENS OFFICE FURNITURE, 1230 NORTH 2ND AVE, BIRMINGHAM, AL 35203

10925   ROBERT OWENS OFFICE, 1701 1ST AVE SO, BIRMINGHAM, AL 35233

10925   ROBERT P BEHM, PO BOX 125, SHILLINGTON, PA 19607-0125

10925   ROBERT P DAIGE, C/O JOHN DE SOUSA, 35 GATES AVE, MONTAUK, NY 11954-5236

10925   ROBERT P DWORKOWSKI &, JOANNE B DWORKOWSKI JT TEN, 7446 CHERRYTREE DR, FULTON, MD 20759-9738

10925   ROBERT P HARRISON &, SALLY S HARRISON JT TEN, 63 BAY ROAD, BARRINGTON, RI 02806-4751

10925   ROBERT P HINE, 486 LAKE DR CLEAR LAKE, FREMONT, IN 46737-9558

10925   ROBERT P HOLTON, 5917 TARTON CIRCLE S, DUBLIN, OH 43017-8705

10925   ROBERT P MADRULLI, 7508 GREENHAVEN DR, AUSTIN, TX 78757-1706

10925   ROBERT P MORALES &, JOAN C MORALES JT TEN, 41-28 67 ST, WOODSIDE, NY 11377-3788

10925   ROBERT P SOUTTER, 18 REXINGER LANE, AVON, CT 06001-2340

10925   ROBERT P WHITNEY, 143 SPOONWOOD RD, WILTON, CT 06897-4120

10925   ROBERT P. TURNER, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   ROBERT PAC SR., 8408 S MELVINA, BURBANK, IL 60459

10925   ROBERT PATEREK, 502 LANE AVE, SOUTH PLAINFIELD, NJ 07080-3515

10925   ROBERT PATTERSON, 23 CALIFORNIA CLOSE GREAT, SANKEY WARRINGTON, CHESHIRE, UNITED KINGDOM    *VIA Deutsche Post*

10925   ROBERT PAUL ANDERSON, PO BOX 320, GREENBELT, MD 20768-0320

10925   ROBERT PAUL WHITNEY, 12277 S ORIZABE ST, DOWNEY, CA 90242-0000

10925   ROBERT PETERSON, 1 RADCLIFFE RD, YARDLEY, PA 19067-7317

10925   ROBERT PHILIP WEINRIB, 4608 NW 114TH AVE, MIAMI, FL 33178-4814

10925   ROBERT PIERCE ASSOC, 2500 GULF TOWER, 707 GRANT ST, PITTSBURGH, PA 15219-1918

10925   ROBERT PREJEAN, PO BOX 3247, LAKE CHARLES, LA 70602

10925   ROBERT QUICK, 238 JANE LANE CAMP JO JANE, ORIENTAL, NC 28571

10925   ROBERT R BERRY, 1418 MICHIGAN RD, MADISON, IN 47250-2717

10925   ROBERT R BROSS, 823 PARK AVE, NEW YORK, NY 10021-2849

10925   ROBERT R CROLEY, 718 KENESAW AVE, KNOXVILLE, TN 37919-6661

10925   ROBERT R MARRIAM, 6401 POPLAR SUITE 301, MEMPHIS, TN 38119-4840

10924   ROBERT R. SHIRER, 8400 LYRA DRIVE, LEWIS CENTER, OH 43035

10925   ROBERT REGAN, 3636 S NARCISSUS WAY, DENVER, CO 80237-1236

10925   ROBERT S CIEMIEGA TR UA DEC 12 84, ROBERT S CIEMIEGA TRUST, 30737 W SEVEN MILE, LIVONIA, MI 48152-3376

10925   ROBERT S CIEMIEGA, 30737 W SEVEN MILE, LIVONIA, MI 48152-3376

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROBERT S GRIFFITH, BOX 222, NEWTON GROVE, NC 28366-0222

10925    ROBERT S HUDGINS CO INC, PO BOX 3418, MATTHEWS, NC 28106-3418

10925    ROBERT S LININGER, 108 WILLARD ST, KEWANEE, IL 61443-3561

10925    ROBERT S MCGUIRK, 10 PUTNAM ST, ORANGE, MA 01364

10925    ROBERT S MORRISON TR, UA 09 19 85, ROBERT S MORRISON TRUST AGMT, PO BOX 370, ASHTABULA, OH 44005-0370

10925    ROBERT S MYERS INC, 901 FAIRGROUND ROAD, ROLLA, MO 65401

10925    ROBERT S RUDD, 2880 STEVENSON ST, SANTA CLARA, CA 95051-5622

10925    ROBERT S TURNER, 649 HENDERSON ST, COLUMBIA, SC 29201-4020

10925    ROBERT S. YOUNG, PO BOX 967, TRAVELERS REST, SC 29690

10925    ROBERT SANNER BUELL &, ANNA BARNES BUELL JT TEN, 901 CLUSTERWOOD DR, YALAHA, FL 34797-3113

10925    ROBERT SCHABLASKE &, ALICE SCHABLASKE JT TEN, PO BOX 729, PECATONICA, IL 61063-0729

10925    ROBERT SCHACHAT, PHD, 3333 HENRY HUDSON PKWY-7W, BRONX, NY 10463

10925    ROBERT SCHACHT, 433 BROOKSHIRE COURT, VALPARAISO, IN 46385-8044

10925    ROBERT SERRANO, 2136 NORTH NARRAGANSETT, CHICAGO, IL 60639

10925    ROBERT SHAW HUGHEY, TECHNIQUE LAWN & LANDSCAPE MAINTENA, 630 PARTON LANE, RINGGOLD, GA 30736

10925    ROBERT SKELTON, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    ROBERT SLATER, 301 SO LIVINGSTON AVE SUITE 204, LIVINGSTON, NJ 07039-3929

10925    ROBERT SMITH CO, 925 28TH ST N, BIRMINGHAM, AL 35203-1222

10925    ROBERT SORENSON & ELAINE SORENSON, TR UA JUL 23 90 ROBERT SORENSON &, ELAINE SORENSON 1990 TRUST, 2857 MARIPOSA DR, BURLINGAME, CA 94010-5734

10925    ROBERT SPIEKER &, MARGUERITE SPIEKER JT TEN, 4390 OVERTON LANE, CINCINNATI, OH 45248-1318

10925    ROBERT STEFFES, 6050 W 51 ST., CHICAGO, IL 60638

10925    ROBERT STEINBERG, 11 TEAKWOOD LANE, ROSLYN, NY 11576-2423

10925    ROBERT STEINHACKER, RFD 1 BOX 3040, SKOWHEGAN, ME 04976-9742

10925    ROBERT STEVENS, 3701 CANAL ST, NEW ORLEANS, LA 70119-6160

10925    ROBERT STEVENSON PHD, 3338 CARLYLE TERRACE, LAFAYETTE, CA 94549

10925    ROBERT SWEENEY CO, STE. 950, ILLUMINATING BLDG, 55 PUBLIC SQ, CLEVELAND, OH 44113-1901

10924    ROBERT SWEENEY CO, THE ILLUMINATING, 55 PUBLIC SQ, STE 950, CLEVELAND, OH 44113-1998

10925    ROBERT SYLVOR, 605 THIRD AVE, SUITE 1501, NEW YORK, NY 10017

10925    ROBERT T BEARCE &, LEONARD R CLARKE JT TEN, 1839 WEEG WAY, PARK RIDGE, IL 60068-1229

10925    ROBERT T BIGGS, 4016 CRESCENT DR, BAY CITY, TX 77414-4600

10925    ROBERT T BUTCHER, 871 EAST FREMONT AVE, SUNNYVALE, CA 94087-2901

10925    ROBERT T MCEWEN, 11937 AUBURN RD, CHARDON, OH 44024

10924    ROBERT T SMITH CO, 801 N. 30TH STREET, BIRMINGHAM, AL 35203

10925    ROBERT T SPEECE &, MARGARET R SPEECE, JT TEN, 249 N MAPLE AVE, KINGSTON, PA 18704-3314

10924    ROBERT T. SMITH CO., 925 NORTH 28TH ST., BIRMINGHAM, AL 35203

10924    ROBERT T. SMITH CO., 967 NORTH MAIN, DYER, TN 38330

10925    ROBERT TAYLOR AND SONS INC, PO BOX 651049, SALT LAKE CITY, UT 84165-1049

10925    ROBERT TODOROVICH, 11766 177TH ST W, LAKEVILLE, MN 55044-5201

10925    ROBERT TREVOR TAYLOR, 1408 POINT O WOODS COURTS, ARNOLD, MD 21012-2375

10925    ROBERT TYLER, 202 E CHERRY ST., NEW CASTLE, PA 16102

10925    ROBERT V ERBACHER, 8701 SHORE RD, BROOKLYN, NY 11209-4254

10925    ROBERT V KNIERIM &, ESTHER P KNIERIM JT TEN, 10325 S W ASHTON CIRCLE, WILSONVILLE, OR 97070-9532

10925    ROBERT V SAWALISH &, BARBARA L SAWALISH JT TEN, PO BOX 604, PENDLETON, OR 97801-0604

10925    ROBERT V. MCKEEN, ROBERT MCKEEN & CO. INC., GEN COUNSEL, 3650 MT. DIABLO BLVD., SUITE 101, LA FAYETTE, CA 94549

10925    ROBERT VAN OSTENBRIDGE, 144 BLVD, GLEN ROCK, NJ 07452-2505

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROBERT W BEIN & RUTH A BEIN, TR UA OCT 10 88 THE BEIN TRUST, 2711 PEBBLE DR, CORONA DEL MAR, CA 92625-1516 | |
| 10925 | ROBERT W BOHM & LAURA S BOHM, JT TEN, 1469 CHESTERFIELD ESTS DR, CHESTERFIELD, MO 63005-4469 | |
| 10925 | ROBERT W COCKRELL, BOX 335, MONUMENT, OR 97864-0335 | |
| 10925 | ROBERT W COKELEY &, RUTH M COKELEY JT TEN, 1 HOPE DR, SAYREVILLE, NJ 08872-1022 | |
| 10925 | ROBERT W CORNWELL SR &, ROBERT W CORNWELL JR JT TEN, 6515 S IRVINGTON AVE, TULSA, OK 74136-2103 | |
| 10925 | ROBERT W GLICK, 1714 COLUMBINE DR, SCHAUMBURG, IL 60173-2049 | |
| 10925 | ROBERT W GOODWIN, 2019 DELLWOOD AVE, JACKSONVILLE, FL 32204-3201 | |
| 10925 | ROBERT W HANKS, 606 EAST SILVERLEAF RD, GREER, SC 29650 | |
| 10925 | ROBERT W HAYS, 3366 TRICKUM RD, MARIETTA, GA 30066-4683 | |
| 10925 | ROBERT W KELEHER, 9325 CLIFTON PARK, EVERGREEN PARK, IL 60642-0000 | |
| 10925 | ROBERT W MAYFIELD, 13410 LADDS COVE RD, SOUTH PITTSBURG, TN 37380-6053 | |
| 10925 | ROBERT W REEDER &, CHARLENE REEDER JT TEN, 7571 W CALLA RD, CANFIELD, OH 44406-9454 | |
| 10925 | ROBERT W SCHWARTZ, 3076 LAURENCEKIRK, MEMPHIS, TN 38128 | |
| 10925 | ROBERT W STEIMER & HELEN L, STEIMER JT TEN, 346 CHERRY ST, WEST HOMESTEAD, PA 15120-1146 | |
| 10925 | ROBERT W TRENT, RD 1 BOX 325, MARLBORO, NY 12542-9801 | |
| 10925 | ROBERT W. CANNON, 2265 ST. CHARLES AVE., NEW ORLEANS, LA 70130 | |
| 10925 | ROBERT W. FOSTER, 1509 MILFORD ROAD, COLUMBIA, SC 29206 | |
| 10925 | ROBERT W. HANKS, 9300 LYONS MILL ROAD, OWINGS MILLS, MD 21117 | |
| 10925 | ROBERT WALSH, POBOX 459, QUECHEE, VT 05059 | |
| 10925 | ROBERT WANTZ, 12536 CRABAPPLE PLACE, FORT WAYNE, IN 46814 | |
| 10925 | ROBERT WAYNE NUCCI &, HARRIET P NUCCI JT TEN, 15 DORCHESTER DR, TOMS RIVER, NJ 08753-2210 | |
| 10924 | ROBERT WESLEYN COLLEGE, 2301 WEST SIDE DRIVE, ROCHESTER, NY 14624-1997 | |
| 10925 | ROBERT WHITNEY, 534 WASHINGTON ST., WINCHESTER, MA 01890 | |
| 10925 | ROBERT WILSON, 412-2A N SMITH ST, CHARLOTTE, NC 28202 | |
| 10925 | ROBERT WINSTON ESTES, PO BOX 1, 9141 SACRA DR, MACEO, KY 42355-9705 | |
| 10924 | ROBERT WOOD JOHNSON HOSPITAL BRIDGE, 12 SCOTT STREET, NEW BRUNSWICK, NJ 08901 | |
| 10924 | ROBERT WOOD JOHNSON HOSPITAL, SCOTT STREET, NEW BRUNSWICK, NJ 08901 | |
| 10924 | ROBERT WOOD JOHNSON, C/O S CARNEVALE, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | ROBERT Y OTA &, TOSHIKO OTA JT TEN, 4 CHAREN CT, POTOMAC, MD 20854-3442 | |
| 10925 | ROBERT, AMANDA, 155 ROXBORO CT., FAYETTEVILLE, GA 71688 | |
| 10925 | ROBERT, ANGEL, 4928 WABASH ST APT B, METAIRIE, LA 70001 | |
| 10925 | ROBERT, GARRY, PO BOX 822, NORTH ADAMS, MA 01247 | |
| 10925 | ROBERT, JACQUELINE, PO BOX 202, DONALDSONVILLE, LA 70346 | |
| 10925 | ROBERT, RACHEL, 272 ALICE ST, AMA, LA 70031 | |
| 10925 | ROBERT, ROGER, 365 RUE CENTRALE, VILL ST CATHERINE, QC J0L1E0CANADA | *VIA Deutsche Post* |
| 10925 | ROBERTA A TROTTER, 909 S HARVARD, VILLA PARK, IL 60181-3117 | |
| 10925 | ROBERTA ANN MOREHEAD, 880 EAST FREMONT AVE 702, SUNNYVALE, CA 94087-3646 | |
| 10925 | ROBERTA H ABBEY &, STUART M ABBEY JT TEN, 6430 MELDON DR, MENTOR, OH 44060-2362 | |
| 10925 | ROBERTA HYE, 2253 LITTLE MIAMI DR, SPRING VALLEY, OH 45370-9792 | |
| 10925 | ROBERTA J DILORENZO, 2756 ELGINFIELD RD, COLUMBUS, OH 43220-4248 | |
| 10925 | ROBERTA O HARD & JAMES E HARD, TR UA CARRIE OWENS & OLIVE, OWENS BAKER DATED 7/30/68, FBO SALON OWENS, 952 ECHO LANE SUITE 120, HOUSTON, TX 77024-2748 | |
| 10925 | ROBERTA O KAYLIE, 173 HASTINGS ST, BROOKLYN, NY 11235-3017 | |
| 10925 | ROBERTA SUE FENWICK, PO BOX 2127, WARREN, OH 44484-0127 | |
| 10924 | ROBERTET FLAVORS, 10 COLONIAL DRIVE, PISCATAWAY, NJ 08854 | |
| 10925 | ROBERTO BRAMBATI, VIA COLA DI RIENZO 5, MILANO, 20144ITALY | *VIA Deutsche Post* |
| 10924 | ROBERTO SALAZAR CORTEZ, AREQUIPA 3538, LIMA 31, PER | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROBERTO, MICHAEL, 900 BELMONT AVE, SECANE, PA 19018

10924   ROBERTS CONCRETE PRODUCTS, 856 HIGHWAY 65, ROBERTS, WI 54023

10925   ROBERTS DEMICHELE INVESTMENT CLUB, A PARTNERSHIP, JOHN E ROBERTS, 130 BROWN RD, SCARSDALE, NY 10583-5660

10925   ROBERTS EQUIPMENT & REPAIR, RT 1 BOX 445, LAURENS, SC 29360

10925   ROBERTS ESQ, STEVEN, 1498M REISTERSTOWN RD #285, BALTIMORE, MD 21208

10925   ROBERTS EXPRESS, PO BOX 1650, AKRON, OH 44309-1650

10925   ROBERTS EXPRESS, PO BOX 371627, PITTSBURGH, PA 15251-7627

10925   ROBERTS EXPRESS, PO BOX 7162, AKRON, OH 44306

10925   ROBERTS FARM, HARRISONVILLE RD, BOX 383, SWEDESBORO, NJ 08085

10925   ROBERTS FLEISCHAKER & WILLIAMS, PO BOX 996, JOPLIN, MO 64802

10924   ROBERTS IRON WORKS, 7157 NORTH LOOP, EL PASO, TX 79915

10925   ROBERTS JR, ALFRED E, CUST FOR MAUREEN A ROBERTS, UNIF GIFT MIN ACT UNDER NY, C/O MRS MAUREEN WADZUK, 19 CAUDIE DR, POUGHKEEPSIE, NY 12603-4330

10925   ROBERTS JR, CLARENCE, 3109 ALLEN ST, SULPHUR, LA 70663

10925   ROBERTS JR., DONALD, 685 BROADWAY #13, MALDEN, MA 02148-2041

10925   ROBERTS OFFICE FURNITURE INC, 9020 JUNCTION DRIVE, ANNAPOLIS JUNCTION, MD 20701

10925   ROBERTS OXYGEN CO, INC, PO BOX 5507, ROCKVILLE, MD 20855

10925   ROBERTS OXYGEN CO,INC, 1601 S. CATON AVE., BALTIMORE, MD 21227

10925   ROBERTS OXYGEN COMPANY INC, PO BOX 5507, ROCKVILLE, MD 20855

10925   ROBERTS OXYGEN, 706 N. CRAIN HWY., GLEN BURNIE, MD 21061

10925   ROBERTS OXYGEN, PO BOX 5507, ROCKVILLE, MD 20855

10925   ROBERTS SEPTIC TANKS, INC, 820 NORTH 4TH ST, LANTANA, FL 33462

10925   ROBERTS, A, 135 ROWLEY ST, GOUVERNEUR, NY 13642-1220

10925   ROBERTS, ALMA, 1808 KAIHUA WAY, CERES, CA 95307-1916

10925   ROBERTS, ANDREW, 1040-O HUNT CLUB LN, SPARTANBURG, SC 29301

10925   ROBERTS, ANGELA, RT 2 BOX 389, MAYSVILLE, GA 30558

10925   ROBERTS, ANITA, 685 BROADWAY, # 13, MALDEN, MA 02148

10925   ROBERTS, ANNETTE, 2830 SHORE DR, TOWN HOUSE I, VIRGINIA BEACH, VA 23451-1345

10925   ROBERTS, BARBARA, 1551 N W 19TH, GRAND PRAIRIE, TX 75050

10925   ROBERTS, BARBARA, 515 S VIRGINIA, 522, RENO, NV 89501

10925   ROBERTS, BARRY, 1407 17TH AVE #308, BIRMINGHAM, AL 35205

10925   ROBERTS, BETTY, 1111 W. 70TH ST, SHREVEPORT, LA 71105

10925   ROBERTS, BEVERLY, 1429 WAGON WHEEL RD, GARLAND, TX 75044

10925   ROBERTS, BILLY, PO BOX 1022, FOUNTAIN INN, SC 29644

10925   ROBERTS, BOBBY, 123 YUPON, PORTER, TX 77365

10925   ROBERTS, BRIAN, 4712 HARR-ANN DR., CHARLOTTE, NC 28205

10925   ROBERTS, CARMAN, 614 LAGAR ST, FLATWOODS, KY 41139

10925   ROBERTS, CHARLES, 1515 HURSH AVE, WICHITA FALLS, TX 76302

10925   ROBERTS, CHARLES, 705 WAYNE ST # 304, ARLINGTON, VA 22201

10925   ROBERTS, CHARLOTTE, 2555 ST RT 179, LAKEVILLE, OH 44638

10925   ROBERTS, CHERI, 1750 TRAINER WAY, RENO, NV 89502

10925   ROBERTS, CHERYL, 600 MT ZION RD, CONYERS, GA 30207

10925   ROBERTS, CHERYL, 704 COLUMBIA AVE, DEFOREST, WI 53532

10925   ROBERTS, CHRIS, 85 JOHN ST, READING, MA 01867

10925   ROBERTS, CHRISTINA, 4955 EAST SANTOS DR, MOBILE, AL 36619

10925   ROBERTS, CHRISTOPHER, 20 MARSHALL ST APT. 7-G, IRVINTON, NJ 07111

10925   ROBERTS, DANE, 7112 KY HWY 144, PHILPOT, KY 42366

10925   ROBERTS, DAVID S, 610 GARDEN LANE, CEDARTOWN, GA 30125

10925   ROBERTS, DAVID, 610 GARDEN LANE, CEDARTOWN, GA 30125

10925   ROBERTS, DAVID, RT 3 BOX 110C, CHANDLER, OK 74834

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ROBERTS, DAWN, 22039 MULHOLLAND DRIVE, WOODLAND HILLS, CA 91364 | |
| 10925 | ROBERTS, DAWN, 721 1/2 MOGNOLIA AVE, PASADENA, CA 91106 | |
| 10925 | ROBERTS, DEBRA, RT 9 BOX 14, WICHITA FALLS, TX 76301 | |
| 10925 | ROBERTS, DELNORA, 38 CARAWAY ROAD, REISTERSTOWN, MD 21136 | |
| 10925 | ROBERTS, DENISE, 796 LAUREL DRIVE, LIVERMORE, CA 94550 | |
| 10925 | ROBERTS, DERRICK, 4005 WHITE AVE, BALTIMORE, MD 21206 | |
| 10925 | ROBERTS, DIANE, PO BOX 2407 WT, CANYON, TX 79016 | |
| 10925 | ROBERTS, DORIS, 4184 GENYTH AVE, MEMPHIS, TN 38128 | |
| 10925 | ROBERTS, DOROTHY, 177 BRATTLE ST, ARLINGTON, MA 02474-2141 | |
| 10925 | ROBERTS, EARL, 2526 DARTMOUTH DR, OWENSBORO, KY 42301 | |
| 10925 | ROBERTS, EDDIE, BOX 200 OLD FRIAR RD, AIKEN, SC 29801 | |
| 10925 | ROBERTS, EDWARD, PO BOX 214, DESOTO, MO 63020 | |
| 10925 | ROBERTS, ELIZA, 325 SOUTH ST, DE FOREST, WI 53532 | |
| 10925 | ROBERTS, ELIZABETH, 5156 STRATFORD CHASE, VIRGINIA BEACH, VA 23464 | |
| 10925 | ROBERTS, G, 610 SANGA CIRCLE EAST, CORDOVA, TN 38018 | |
| 10925 | ROBERTS, GAIL, 3714 NAKOMA ROAD, MADISON, WI 53711 | |
| 10925 | ROBERTS, GARY, 11715 FM 442, BOLING, TX 77420 | |
| 10925 | ROBERTS, GARY, PO BOX 1911, GILLETTE, WY 82716 | |
| 10925 | ROBERTS, GINA, 222 E. PHILLIPS, 1, ANGLETON, TX 77515 | |
| 10925 | ROBERTS, GLENDA, 11672 PURYEAR LANE, GARDEN GROV, CA 92640 | |
| 10925 | ROBERTS, GLORIA, 1708 MCFERRIN, WACO, TX 76708 | |
| 10925 | ROBERTS, GREGORY, 167 THOMPSON DRIVE, HOCKESSIN, DE 19707 | |
| 10925 | ROBERTS, GUADALUPE, 1003 LOLITA ST., WEST COVINA, CA 91791 | |
| 10925 | ROBERTS, HEATHER, 10687 BARBERVILLE RD, FORT MILL, SC 29715 | |
| 10925 | ROBERTS, HELEN, 1850 CEDAR ROAD, PASADENA, MD 21122 | |
| 10925 | ROBERTS, HUBERT, 1482 E MASON ST, GREEN BAY, WI 54301 | |
| 10925 | ROBERTS, IROKA, 1422 BURGESS DR, DALTON, GA 30721 | |
| 10925 | ROBERTS, JAMES, 3935 HAWTHORNE DR, OWENSBORO, KY 42301 | |
| 10925 | ROBERTS, JARAMIE, 3619 COURTLEIGH DR., RANDALLSTOWN, MD 21133 | |
| 10925 | ROBERTS, JERRY, 5621 HWY 64, LOT 5, FARMINTON, NM 87401 | |
| 10925 | ROBERTS, JILL, 6805 TUMBLEWOOD TR, BRADENTON, FL 34202 | |
| 10925 | ROBERTS, JIMMY, RT. 1, BOX 275 AA, BUCKATUNNA, MS 39322 | |
| 10925 | ROBERTS, JOHNNY, 423 CARLETON CIRCLE, SPARTANBURG, SC 29301 | |
| 10925 | ROBERTS, JOSEPH, 10502 KY HWY 144, PHILPOT, KY 42366 | |
| 10925 | ROBERTS, JOSEPH, 2823 WAYSIDE DR, OWENSBORO, KY 42301 | |
| 10925 | ROBERTS, JOSEPH, 3632 CLYDE DRIVE, JACKSONVILLE, FL 32208-1931 | |
| 10925 | ROBERTS, KATHLEEN, 3101 PT ROYALE BLVD, FT LAUDERDALE, FL 33308 | |
| 10925 | ROBERTS, KEITH, 1331 BELLEVUE ST LOT 477, GREEN BAY, WI 54302 | |
| 10925 | ROBERTS, KELLY, 2500 GROSFORD RD. #11, BAKERSFIELD, CA 93309 | |
| 10925 | ROBERTS, KELLY, 9 EAST 13TH ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | ROBERTS, KEVIN, 615 FRIENDSHIP CRT, POWDER SPRINGS, GA 30073 | |
| 10925 | ROBERTS, KIM, 1725 MYLAND AVE, MOBILE, AL 36618 | |
| 10925 | ROBERTS, KIM, 2721 PINE MEADOWS, CHESTER, VA 23831 | |
| 10925 | ROBERTS, KIMBERLY, 4611 TAFT #268, WICHITA FALLS, TX 76308 | |
| 10925 | ROBERTS, KRYSTAL, 7811 NORRIS FREEWAY, KNOXVILLE, TN 37938 | |
| 10925 | ROBERTS, LAWRENCE, 23 CARLOW COURT, SPARTANBURG, SC 29301-2701 | |
| 10925 | ROBERTS, LAWRENCE, 44 WINDSOR AV, ACTON, MA 01720 | |
| 10925 | ROBERTS, LEO, RT 3 BOX 110-A, CHANDLER, OK 74834 | |
| 10925 | ROBERTS, LESLIE, 3225 CUMBERLAND, WACO, TX 76707 | |
| 10925 | ROBERTS, LINDA, 2734 CARNATION LANE, PHARR, TX 78577 | |
| 10925 | ROBERTS, LINDA, 707 CARTER RD, OWENSBORO, KY 42301 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROBERTS, LINDA, 915 N W 79TH TERRACE, PLANTATION, FL 33324 | |
| 10925 | ROBERTS, LUCY, 7105 MEADOW LN, CHEVY CHASE, MD 20815 | |
| 10925 | ROBERTS, MARGIE, PO BOX 6, EXMORE, VA 23350 | |
| 10925 | ROBERTS, MARK, 44 WINDSOR AVE, ACTON, MA 01720 | |
| 10925 | ROBERTS, MATTHEW, 806 ROSELAWN AVE, MONROE, LA 71201 | |
| 10925 | ROBERTS, MCDANIEL, 1000 N. DUKE ST. APT. 42, DURHAM, NC 27701 | |
| 10925 | ROBERTS, MD, RT 1 BOX 441E, BOSSIER CITY, LA 71112 | |
| 10925 | ROBERTS, MICHAEL, 23 CARLOW COURT, SPARTANBURG, SC 29301 | |
| 10925 | ROBERTS, MURIEL, 135 ROWLEY ST, GOUVERNEUR, NY 13642 | |
| 10925 | ROBERTS, PAMELA, 31 MT. PLEASANT AVE., IPSWICH, MA 01938 | |
| 10925 | ROBERTS, PATTY, 7976 WELCHWOOD DRIVE, INDIANAPOLIS, IN 46260 | |
| 10925 | ROBERTS, PAULINE, 6117 ROSEDALE DR, CHILLUM, MD 20783 | |
| 10925 | ROBERTS, PEGGY, 2962 ALOUETTE, GRAND PRAIRIE, TX 75052 | |
| 10925 | ROBERTS, PHILLIP, 63 N. COATES AVE, HOLBROOK, NY 11741-1209 | |
| 10925 | ROBERTS, RICHARD, 722 S JORDAN, LIBERAL, KS 67901 | |
| 10925 | ROBERTS, RICKY, 2216 MAPLE ST, ST JOSEPH, MO 64507 | |
| 10925 | ROBERTS, ROBERT, 2217 SW 54, OKLAHOMA CITY, OK 73119 | |
| 10925 | ROBERTS, ROWENA, 21201 GOLF ESTATES DRIVE, LAYTONSVILLE, MD 20882 | |
| 10925 | ROBERTS, SCOTT, 1482 E MASON ST, GREEN BAY, WI 54301-3336 | |
| 10925 | ROBERTS, SHANE, 1224 LOCK HART RD., CAMDEN, SC 29020 | |
| 10925 | ROBERTS, SHAULA, 2255 IVES AVE, RENO, NV 89503 | |
| 10925 | ROBERTS, SHERYL, 1517 PLOVER ST, MOBILE, AL 36605 | |
| 10925 | ROBERTS, STEPHEN, 1009 GREENSVIEW DR, WOOSTER, OH 44691 | |
| 10925 | ROBERTS, SUSANNE, 11363 THIENES, SO EL MONTE, CA 91733 | |
| 10925 | ROBERTS, TERESA, 1611 VAIL MEADOW LN., DALLAS, TX 75253 | |
| 10925 | ROBERTS, TERESA, 423 CARLETON CIRCLE, SPARTANBURG, SC 29301 | |
| 10925 | ROBERTS, TERRY, 205 PLEASANT HILL RD, HARMONY, PA 16037 | |
| 10925 | ROBERTS, TERRY, RT #9 BOX 14, WICHITA FALLS, TX 76301 | |
| 10925 | ROBERTS, THERESA, 2127 W. WAHALLA LN, PHOENIX, AZ 85027 | |
| 10925 | ROBERTS, THOMAS, 360 S DEARBORN, BRADKEY, IL 60915 | |
| 10925 | ROBERTS, TIMOTHY, 1025 LORRAINE RD, 6, MADISON, WI 53705 | |
| 10925 | ROBERTS, TIMOTHY, 3314 DELANO, MIDLAND, TX 79703 | |
| 10925 | ROBERTS, TRACY, 701 REBA PLACE, EVANSTON, IL 60202 | |
| 10925 | ROBERTS, TRICIA, 131 MYRTLE AVE, SEVERN, MD 21144 | |
| 10925 | ROBERTS, W, 8911 YOUREE DR, SHREVEPORT, LA 71115 | |
| 10925 | ROBERTS, W, 94 STRATHAM HEIGHTS RD, STRATHAM, NH 03885 | |
| 10925 | ROBERTS, WILLIAM B., 3024 AUTUMN RIDGE DR, MOBILE, AL 36695 | |
| 10925 | ROBERTS, WILLIAM O, 2508 RAVEN ROAD, WILMINGTON, DE 19810 | |
| 10925 | ROBERTS, WILLIAM, 106 WOODTRAIL COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | ROBERTS, WILLIAM, 1808 KAILUA WAY, CERES, CA 95307-0000 | |
| 10925 | ROBERTS, WILLIAM, 217 WOODRIDGE DRIVE, SPARTANBURG, SC 29301-1217 | |
| 10925 | ROBERTS, WILLIAM, 308 E 22ND ST, OWENSBORO, KY 42303 | |
| 10925 | ROBERTS, WILLIAM, PO BOX 14152, GREENVILLE, SC 29610 | |
| 10925 | ROBERTSHAW CONTROLS, 1 ROBERTSHAW DR, NEW STANTON, PA 15672 | |
| 10925 | ROBERTSHAW CONTROLS, 1483 GOULD DR, COOKEVILLE, TN 38501 | |
| 10925 | ROBERTSHAW CONTROLS, 2119 BURTONS BRANCH ROAD, COOKEVILLE, TN 38506 | |
| 10925 | ROBERTSHAW CONTROLS, 2318 KINGSTON PIKE SW, KNOXVILLE, TN 37901 | |
| 10925 | ROBERTSHAW CONTROLS, 3705 MARLANE DR, COLUMBUS, OH 43213 | |
| 10925 | ROBERTSHAW CONTROLS, C/O OMAR SANTOS, 8503 SAN GABRIEL DR, LAREDO, TX 78041 | |
| 10925 | ROBERTSHAW, W, 216 DELLROSE CIRCLE, TAYLORS, SC 29687-3806 | |
| 10924 | ROBERTSON CAN COMPANY, 14 NORTH LOWRY AVENUE, SPRINGFIELD, OH 45504 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROBERTSON INFO-DATA INC, 580 HORNBY ST, VANCOUVER BC, BC V6C 3B6CANADA | *VIA Deutsche Post* |
| 10925 | ROBERTSON JR, EDDIE C, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | ROBERTSON JR, EDDIE CHARLES, 415 OAK GROVE ROAD, LINTHICUM, MD 21090-2843 | |
| 10925 | ROBERTSON JR, EDDIE, 415 OAKGROVE ROAD, LINTHICUM, MD 21090 | |
| 10924 | ROBERTSON READY MIX INC., DELETION** S.CLARK, 6830 VAN BUREN BLVD, RIVERSIDE, CA 92509 | |
| 10925 | ROBERTSON SUPPLY CO, INC, 220 W MAIN ST, LAURENS, SC 29360 | |
| 10925 | ROBERTSON SYSTEMS, PO BOX 549, OGDEN, UT 84402 | |
| 10925 | ROBERTSON TRANSFRMER, 13611 THORNTON RD, BLUE ISLAND, IL 60406 | |
| 10925 | ROBERTSON TRUCKING SERVICE, INC, PO BOX 7597, FREMONT, CA 94537-7597 | |
| 10925 | ROBERTSON, AMY, 5307 SIR SAGAMORE DR, RICHMOND, VA 23237 | |
| 10925 | ROBERTSON, BENTLEY, 136 BILLY GOAT MNTAIN RD, VILONIA, AR 72173 | |
| 10925 | ROBERTSON, BRUCE, 105 DUKES ST., KEARNY, NJ 07032 | |
| 10925 | ROBERTSON, BRUCE, 13905 LITTLE TREE CT, ROCKVILLE, MD 20850 | |
| 10925 | ROBERTSON, BRUCE, 184 MIDLAND AVE, KEARNY, NJ 07032 | |
| 10925 | ROBERTSON, CARTER, 304 HEDGEROW DRIVE, GREENVILLE, SC 29607 | |
| 10925 | ROBERTSON, CHAD, 2139 LAKE HILLS DR #805, KINGSWOOD, TX 77339 | |
| 10925 | ROBERTSON, CHRISTOPHER, 2947 MCGAHA, WICHITA FALLS, TX 76308 | |
| 10925 | ROBERTSON, COURTLAND, 4020 PINE LAKE CT., OWENSBORO, KY 42303-4501 | |
| 10925 | ROBERTSON, CYNTHIA D, 6205 APT B HIGHTOWER, PORTSMOUTH, VA 23703 | |
| 10925 | ROBERTSON, DALE, ROUTE 1, RICHLAND, IA 52585 | |
| 10925 | ROBERTSON, DEBRA, 7825 CORPORATE, HOUSTON, TX 77036 | |
| 10925 | ROBERTSON, EDWIN, 248 AUDUBON DR, PADUCAH, KY 42001-0000 | |
| 10925 | ROBERTSON, EILEEN, 56 CHASE ST, DANVERS, MA 01923-3228 | |
| 10925 | ROBERTSON, FRANKLIN, 304 HEDGEROW DR, GREENVILLE, SC 29607 | |
| 10925 | ROBERTSON, GARY, 4053 326TH AVE NE, CARNATION, WA 98014 | |
| 10925 | ROBERTSON, GARY, 417 GHEENS AVE., LOUISVILLE, KY 40214 | |
| 10925 | ROBERTSON, GAY, 4675 N. ST. RD 421, LEBANON, IN 46052 | |
| 10925 | ROBERTSON, GEORGE, 262 HERNDON DRIVE, 6, BELLS, TN 38006 | |
| 10925 | ROBERTSON, GERALDINE, 104 NEW CUT ST, DUNCAN, SC 29334 | |
| 10925 | ROBERTSON, HAROLD, 6527 ROYAL RIDGE, SAN ANTONIO, TX 78239 | |
| 10925 | ROBERTSON, JAMES, PO BOX 11285, BRADENTON, FL 34282-1285 | |
| 10925 | ROBERTSON, JASON, 302 RIVER ST, NORWELL, MA 02061 | |
| 10925 | ROBERTSON, JAYNE JARNIGAN, 825 ROBINSON RENAISSANCE 119 N ROBINSON, OKLAHOMA CITY, OK 73102 | |
| 10925 | ROBERTSON, JOHNNY, 323 COOK ROAD, GRAY COURT, SC 29645 | |
| 10925 | ROBERTSON, JOSEPH E, PO BOX 964, GRAHAM, TX 76450-0964 | |
| 10925 | ROBERTSON, JOSEPH, 1610 JOPLIN ST, JOPLIN, MO 64804 | |
| 10925 | ROBERTSON, JUNE, 1739 S. 57TH ST, WEST ALLIS, WI 53214 | |
| 10925 | ROBERTSON, KAREN, 1200 CARSON DRIVE, SEMINOLE, OK 74868 | |
| 10925 | ROBERTSON, KATHLEEN, RD #3 HADLAR DRIVE, LEBANON, NJ 08833-9309 | |
| 10925 | ROBERTSON, KENNETH, 101 TUCSON DRIVE, GREENVILLE, SC 29611-1513 | |
| 10925 | ROBERTSON, MALCOLM, 307 STERLING ST., BROOKLYN, NY 11210 | |
| 10925 | ROBERTSON, MARVIN, 1523 ROGERS ROAD, IOWA PARK, TX 76367 | |
| 10925 | ROBERTSON, MATT, 15578 OLD CASTLE RD, FONTANA, CA 92337 | |
| 10925 | ROBERTSON, MELBA, 236 FORKWOOD WY, POWDER SPRINGS, GA 30127 | |
| 10925 | ROBERTSON, MICHAEL, 2309 WALNUT GROVE RD, ROEBUCK, SC 29376 | |
| 10925 | ROBERTSON, MICHAEL, 9965 E. STATE HWY 10, MAGAZINE, AR 72943-0000 | |
| 10925 | ROBERTSON, MILLER, 131 COOLIDGE AVE UNIT 517, WATERTOWN, MA 02172-2847 | |
| 10925 | ROBERTSON, OFELIA, 613 EMERSON AVE, LAURELDALE, PA 19605 | |
| 10925 | ROBERTSON, PAMELA, 4341 U.S. 412 W., JACKSON, TN 38305 | |
| 10925 | ROBERTSON, PAMELA, 8605 N 59TH AVE, GLENDALE, AZ 85302 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROBERTSON, RECO, 248 ATHENS ST, GAINESVILLE, GA 30501 | |
| 10925 | ROBERTSON, RICHARD A, 1009 CHESTNUT ST, ATLANTIC, IA 50022-2017 | |
| 10925 | ROBERTSON, ROBERT, 5101 STORMY COURT, BAKERSFIELD, CA 93309 | |
| 10925 | ROBERTSON, ROGER, 112-3RD ST, FOUNTAIN INN, SC 29644 | |
| 10925 | ROBERTSON, RONALD, 5560 ALLEGHENY ROAD, BATON ROUGE, LA 70817-2101 | |
| 10925 | ROBERTSON, ROY, CRABTREE HOUSE, 616 BB STANINGTON MORPETH NE, UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | ROBERTSON, RUTH, 1030 MEMORIAL DR SE, 215, CEDAR RAPIDS, IA 52403 | |
| 10925 | ROBERTSON, SANDRA, 130 MCDOWELL ST, CONWAY, SC 29526 | |
| 10925 | ROBERTSON, SHARON, 10510 SAGEPARK, HOUSTON, TX 77089 | |
| 10925 | ROBERTSON, SHARON, 142 VILLAGE WAY, WARNER ROBINS, GA 31088 | |
| 10925 | ROBERTSON, THOMA, 50 BROADWAY, ROCKPORT, MA 01966 | |
| 10925 | ROBERTSON, THOMAS, 4507 TRAILWOOD, WICHITA FALLS, TX 76310 | |
| 10925 | ROBERTSON, TIMOTHY, RT 3 BOX 428, GRAY COURT, SC 29645 | |
| 10925 | ROBERTSON, TRACY, 17625 N 7TH ST #2059, PHOENIX, AZ 85022 | |
| 10925 | ROBERTSON, VINCENT, 340 SOUTH 6TH ST, READING, PA 19602 | |
| 10925 | ROBERTSON, WENDY, 3979 WEST UNION, MILLINGTON, TN 38053 | |
| 10925 | ROBERTSON, WILLIE, ROUTE 3 BOX 428, GRAY COURT, SC 29645 | |
| 10925 | ROBERTSONS READY MIX CONCRETE, PO BOX 33140, RIVERSIDE, CA 92519 | |
| 10925 | ROBERTSONS READY MIX, 6830 VAN BUREN BLVD, RIVERSIDE, CA 92509 | |
| 10924 | ROBERTSON'S READY MIX, 6830 VAN BUREN BOULEVARD, RIVERSIDE, CA 92509 | |
| 10924 | ROBERTSONS READY MIX, 7277 EAST ROSECRAMS AVENUE, PARAMOUNT, CA 90723 | |
| 10924 | ROBERTSONS/ADELANTO, 12203 VIOLET ROAD, ADELANTO, CA 92301 | |
| 10924 | ROBERTSONS/ANAHEIM HILLS-GYPSUM, 24000 SANTA ANA CANYON ROAD, ANAHEIM, CA 92801 | |
| 10924 | ROBERTSONS/ANAHEIM, 201 EAST COMMERCIAL STREET, ANAHEIM, CA 92803 | |
| 10924 | ROBERTSONS/BEAUMONT, 425 FIFTH PLACE, BEAUMONT, CA 92223 | |
| 10924 | ROBERTSONS/CABAZON, 13990 APACHE TRAIL, CABAZON, CA 92230 | |
| 10924 | ROBERTSONS/FONTANA, 13792 SLOVER, FONTANA, CA 92334 | |
| 10924 | ROBERTSONS/IRVINE, 16081 CONSTRUCTION CIRCLE WEST, IRVINE, CA 92709 | |
| 10924 | ROBERTSONS/IRWINDALE, 13631 LIVE OAK LANE, IRWINDALE, CA 91706 | |
| 10924 | ROBERTSONS/LAKE ARROWHEAD, 29750 HIGHWAY 18, LAKE ARROWHEAD, CA 92352 | |
| 10924 | ROBERTSONS/LAKE FOREST, 29531 TOWN CENTER DRIVE, LAKE FOREST, CA 92610 | |
| 10924 | ROBERTSONS/LOS ANGELES, 3365 EAST 26TH STREET, LOS ANGELES, CA 90001 | |
| 10924 | ROBERTSONS/NORTH HOLLYWOOD, 13132 RAYMER, NORTH HOLLYWOOD, CA 91605 | |
| 10924 | ROBERTSONS/PASADENA, 1420 NORTH LINCOLN AVENUE, PASADENA, CA 91109 | |
| 10924 | ROBERTSONS/POMONA, 2407 POMONA BOULEVARD, POMONA, CA 91766 | |
| 10924 | ROBERTSONS/REDLANDS, 8353 ALABAMA STREET, REDLANDS, CA 92373 | |
| 10924 | ROBERTSONS/RIALTO, 2601 NORTH ALDER, RIALTO, CA 92376 | |
| 10924 | ROBERTSONS/RIVERSIDE, 6830 VAN BUREN BOULEVARD, RIVERSIDE, CA 92509 | |
| 10924 | ROBERTSONS/SAN CLEMENTE, 116 RINCON COURT, SAN CLEMENTE, CA 92672 | |
| 10924 | ROBERTSONS/SAN JACINTO, 1675 SO. STATE STREET, SAN JACINTO, CA 92583 | |
| 10924 | ROBERTSONS/SANTA ANA, 312 WEST TOWNSEND STREET, SANTA ANA, CA 92702 | |
| 10924 | ROBERTSONS/SANTA FE SPRINGS, 12311 GREENSTONE AVENUE, SANTA FE SPRINGS, CA 90670 | |
| 10924 | ROBERTSONS/SUN CITY, 27050 WATSON ROAD, SUN CITY, CA 92381 | |
| 10924 | ROBERTSONS/SUNNYMEAD, 12890 DAY STREET, SUNNYMEAD, CA 92388 | |
| 10925 | ROBESON COUNTY, ATTN: CLERK OF THE COURT, PO BOX 1084, LUMBERTON, NC 28359 | |
| 10925 | ROBESON, DONNA, 612 HUFF AVE, MANVILLE, NJ 08835 | |
| 10925 | ROBEY, RICHARD, 721 POOLE RD., WESTMINSTER, MD 21157 | |
| 10925 | ROBICHAUD, EDGAR, 92 FRANKLIN ST, ARLINGTON, MA 02174-9998 | |
| 10925 | ROBICHAUX MIZE & WADSACH LLC, 901 LAKESHORE DRIVE SUITE 900, LAKE CHARLES, LA 70601-5270 | |
| 10925 | ROBICHAUX, CLEMENT, 269 AYO ST., RACELAND, LA 70394 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROBICHAUX, M, RT6 BOX 653, NEW IBERIA, LA 70560

10925   ROBICHAUX, MYRON, 315 RICHMOND ST, HOUMA, LA 70363

10925   ROBIDOUX JR, RICHARD, 45 COTA ROAD, MERRIMACK, NH 03054

10925   ROBIDOUX, CHRISTAL, 34 FOREST VIEW DR, CUMBERLAND, RI 02864

10925   ROBIE, KEITH, 6 NANCY DRIVE, ASHLAND, MA 01721

10925   ROBILLARD, LOREEN, 82 BOYLSTON LANE APT. 17, LOWELL, MA 01854

10925   ROBILLARD, THOMAS, 77 PAGE ROAD, NEWTONVILLE, MA 02160

10925   ROBIN & BOHR, 420 HUDSON ROAD, CHATTANOOGA, TN 37405-0046

10925   ROBIN C TUREK, 964 FOXGLOVE LANE, MORRISTOWN, TN 37814-1673

10925   ROBIN D FERN TR, UA 01 05 96, ROBIN D FERN TRUST, 180 E PEARSON ST APT 3405, CHICAGO, IL 60611-2109

10925   ROBIN D RICHARDS LING, 2080 NW THORNCROFT DR APT 1116, HILLSBORO, OR 97124-9035

10925   ROBIN E SUYDAM, C/O ROBIN SIMKO, 29 SKILLMAN LANE, SOMERSET, NJ 08873-5322

10925   ROBIN E ZURYBIDA, 43 SQUANTUM DR, MIDDLETOWN, RI 02842-4500

10925   ROBIN HARLEY, 2166 48TH AVE, SAN FRANCISCO, CA 94116-1549

10925   ROBIN J MALLEY, 17 WOODLAND DR, WOODCLIFF LAKE, NJ 07675-7823

10925   ROBIN MCGOVERN, 2115 TESORO, FARMINGTON, NM 87401-3949

10925   ROBIN REYNOLDS, 7237 E GAGE AVE., LOS ANGELES, CA 90040

10925   ROBIN YI, 205 NO 35 HONGSHENGLI TAISHAN RD, HEXI DISTRICT, TIANJIN, CHINA     *VIA Deutsche Post*

10925   ROBIN, DANIEL J, 4545 43RD AVE S, MINNEAPOLIS, MN 55406

10925   ROBIN, DANIEL, 4545-43RD AVE. S, MINNEAPOLIS, MN 55406

10925   ROBIN, LLOYD E, 2129 WALKER DR., WESTLAKE, LA 70669

10925   ROBIN, LLOYD, 1515 W MCNEESE ST APT 17B, LAKE CHARLES, LA 70605

10925   ROBIN, SUSAN K, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   ROBIN, SUSAN, 1901 NE 211 ST, NORTH MIAMI B, FL 33179

10925   ROBINETT, LARRY, 12003 W. 57TH, ODESSA, TX 79764

10925   ROBINS CLOUD GREENWOOD LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX 77002

10924   ROBINS CORP, P.O. BOX 59282, BIRMINGHAM, AL 35259

10924   ROBINS IND BLDG SUPPLY, 4973 LANCASTER AVENUE, PHILADELPHIA, PA 19131

10924   ROBINS INDUSTRIAL & BLDG SUPPLIES, CAMBRIDGE, MA 02140

10924   ROBINS REDI MIX, 1269 COLORADO STREET, SPRINGFIELD, CO 81073

10924   ROBINS REDI MIX, 281 WEST 16TH ST, SPRINGFIELD, CO 81073

10924   ROBINS REDI MIX, PO BOX61, SPRINGFIELD, CO 81073

10925   ROBINS, CARLIN, 2919 CELESTE DR., HEPHZIBAH, GA 30815

10925   ROBINS, JEANETTE, 11200 LOCKWOOD DR APT. #1214, SILVER SPRING, MD 20901

10925   ROBINS, ROBERT, 2516 DOLFIELD DR, RICHMOND, VA 23232

10925   ROBINS, STEVEN, 197 WISWALL ROAD, NEWTON CENTRE, MA 02159

10925   ROBINSON & COLE LLP, ONE COMMERCIAL PLAZA, HARTFORD, CT 06103-3597

10925   ROBINSON & COLE, ONE COMMERCIAL PLAZA, HARTFORD, CT 06103-3597

10924   ROBINSON BLOCK COMPANY, 3155 DRENNAN RD., COLORADO SPRINGS, CO 80910

10924   ROBINSON BLOCK KENTON, 339 E. WINSLOW RD., BLOOMINGTON, IN 47401

10924   ROBINSON BLOCK, 3255 DRENNAN RD, COLORADO SPRINGS, CO 80910

10924   ROBINSON BRICK, 3001 S. PLAT RIVER DR., DENVER, CO 80223

10925   ROBINSON COMPANY OF GREENVILLE, 1225 SOUTH CHURCH, GREENVILLE, SC 29605

10925   ROBINSON DONOVAN MADDEN BARRY, 1500 MAIN ST. #1400, PO BOX 15609, SPRINGFIELD, MA 01115

10925   ROBINSON FANS FLORIDA, INC, PO BOX 371567M, PITTSBURGH, PA 15251

10925   ROBINSON FANS FLORIDA, INC, PO BOX 41625, BATON ROUGE, LA 70835

10925   ROBINSON II, DUPREE, 10429 S CALUMET, CHICAGO, IL 60628

10925   ROBINSON II, PAUL, 6807 BIRCH AVE, FERNDALE, MD 21061

10925   ROBINSON INSULATING CO, BOX 1782, MINOT, ND

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROBINSON INSULATION CO (CASCADE COU, 12TH ST N AND RIVER DR, GREAT FALLS, MT | |
| 10925 | ROBINSON JR, ALBERT, 36 WALNUT ST, CANTON, MA 02021 | |
| 10925 | ROBINSON JR, EARL, 15 W. HUNTER DRIVE, ENON, OH 45323 | |
| 10925 | ROBINSON JR, HENRY, PO BOX 243, THONOTOSASSA, FL 33592 | |
| 10925 | ROBINSON JR, JAMES, 1820 W BELLA VISTA, LAKELAND, FL 33805-2508 | |
| 10925 | ROBINSON MAREADY LAWING & COMERFORD, 380 KNOLLWOOD ST, WINSTON-SALEM, NC 27103 | |
| 10924 | ROBINSON MEMORIAL HOSPITAL, 1985 MANCHESTER BLVD., AKRON, OH 44314 | |
| 10924 | ROBINSON PHARMACEUTICALS, 2630 SHANNON WAY, SANTA ANA, CA 92704 | |
| 10924 | ROBINSON PHARMACEUTICALS, 2638 SOUTH CRODDY WAY, SANTA ANA, CA 92704 | |
| 10924 | ROBINSON PHARMACEUTICALS, 3330 SOUTH HARBOR BLVD., SANTA ANA, CA 92704 | |
| 10925 | ROBINSON SR, DUPREE, 10429 S CALUMET, CHICAGO, IL 60628 | |
| 10925 | ROBINSON SR., JEROME, 4025 ESSEX ROAD, BALTIMORE, MD 21207 | |
| 10925 | ROBINSON WILSON, MARGARET, 5931 FONTENELLE, HOUSTON, TX 77035-5319 | |
| 10925 | ROBINSON, ALFONSO, 554 EAST FORT ST, MARIETTA, GA 30067 | |
| 10925 | ROBINSON, ALFRED, GENERAL DELIVERY, KANKAKEE, IL 60901 | |
| 10925 | ROBINSON, ALLEN, 2512 W VINE ST, MILWAUKEE, WI 53205 | |
| 10925 | ROBINSON, ANDREW C, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | ROBINSON, ANDREW, 69 FAIRWAY DRIVE, GROTON, MA 01450 | |
| 10925 | ROBINSON, ANGELA, 6171 S.W. 69TH ST., S. MIAMI, FL 33143 | |
| 10925 | ROBINSON, ANNE E & JAMES H, PO BOX 75, CLARKSVILLE, MD 21029-0075 | |
| 10925 | ROBINSON, ANNE, 6692 CEDAR LANE, COLUMBIA, MD 21044 | |
| 10925 | ROBINSON, ANNE, PO BOX 75, CLARKSVILLE, MD 21029 | |
| 10925 | ROBINSON, ATHENA, RTE 4 BOX 41-D, ANDREWS, SC 29510 | |
| 10925 | ROBINSON, BARBARA, 6637 S 75TH E AVE, TULSA, OK 74133-1878 | |
| 10925 | ROBINSON, BEATRICE, 2040 CONCOURSE DRIVE, ST. LOUIS, MO 63146 | |
| 10925 | ROBINSON, BENNY, 6055 COPPERFIELD # 206, FT. WORTH, TX 76132 | |
| 10925 | ROBINSON, BETTY, BOX 361, MARTIN, KY 41649 | |
| 10925 | ROBINSON, BILLY, 131 STURBRIDGE DRIVE, FRANKLIN, TN 37064 | |
| 10925 | ROBINSON, BOBBY, RT 3 BOX 36, ELLISVILLE, MS 39437 | |
| 10925 | ROBINSON, BRENDA, 7235 CLYDE JONES ROAD, OWING, MD 20736 | |
| 10925 | ROBINSON, CAROL, 550 MEADOWVALE, DORVAL, QC H9P 2E7CANADA | *VIA Deutsche Post* |
| 10925 | ROBINSON, CAROLYN, 1065 ELLICOTT DRIVEWAY, BALTIMORE,, MD 21216 | |
| 10925 | ROBINSON, CAROLYN, 1103 MAGNOLIA DR, HUNTSVILLE, AL 35816 | |
| 10925 | ROBINSON, CAROLYN, 6115 SW 63RD LN, GAINESVILLE, FL 32608 | |
| 10925 | ROBINSON, CARY, 102 RAPIDAN COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | ROBINSON, CATHERINE, 12 MANNING ST, GREENVILLE, SC 29601 | |
| 10925 | ROBINSON, CECELIA, 7107 HALLECK ST., DISTRICT HEIGHTS, MD 20747 | |
| 10925 | ROBINSON, CHARLES, 102 MEADOW COURT, WILLIAMSTON, SC 29697 | |
| 10925 | ROBINSON, CHARLES, 115 MAYWOOD DR, SIMPSONVILLE, SC 29680 | |
| 10925 | ROBINSON, CHARLES, 138 BRANDYWINE CT, VERNON HILLS, IL 60061 | |
| 10925 | ROBINSON, CHARLES, 351 CENTRAL ST, FOXBORO, MA 02035 | |
| 10925 | ROBINSON, CHARLES, 716 S CORONET, PLANT CITY, FL 33566 | |
| 10925 | ROBINSON, CHRISTOPHER, 1714 RIVERMONT ROAD, COLUMBUS, OH 43223 | |
| 10925 | ROBINSON, CHRISTOPHER, 6594 REIDVILLE ROAD, MOORE, SC 29369 | |
| 10925 | ROBINSON, CLAUDIA ANNE, 2121 WINDY HILL ROAD, MARIETTA, GA 30060 | |
| 10925 | ROBINSON, COLIN, 3786 RIDGE DRIVE, CONOVER, NC 28613 | |
| 10925 | ROBINSON, CRYSTAL, COUNTRY CLUB ROAD, 250G, SPARTANBURG, SC 29302 | |
| 10925 | ROBINSON, CURTIS, 11619 BOWSBY COURT, CHARLOTTE, NC 28215 | |
| 10925 | ROBINSON, CYNTHIA, 2011 7TH AVE, CANYON, TX 79015 | |
| 10925 | ROBINSON, DARREL, 9313 BUTTONWOOD AVE, OKLAHOMA CITY, OK 73160 | |
| 10925 | ROBINSON, DAVID, 205 BACON DRIVE, BOISE, ID 83712 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROBINSON, DAVID, PO BOX 359, LAKESIDE, MT 59922-0359 | |
| 10925 | ROBINSON, DAWN, 7510 SEA CHANGE, COLUMBIA, MD 21045 | |
| 10925 | ROBINSON, DEBORAH, 1507 N BEACH ST, ORMOND BEACH, FL 32174 | |
| 10925 | ROBINSON, DEBORAH, 19283 VOTREBECK, DETROIT, MI 48219 | |
| 10925 | ROBINSON, DEBORAH, 3025 51ST SOUTH, GULFPORT, FL 33707 | |
| 10925 | ROBINSON, DEBRA, 2131 HWY 78 EAST LOT B-2, ANNISTON, AL 36201 | |
| 10925 | ROBINSON, DIEDRA, 5101 JARRETT RD., CHATTANOOGA, TN 37416 | |
| 10925 | ROBINSON, DONALD, 2012 WILLOW LAKE RD RT 3, FORT VALLEY, GA 31030 | |
| 10925 | ROBINSON, DONALD, 7145 BEAMON CT, WENDELL, NC 27591 | |
| 10925 | ROBINSON, DONNA, 283 WINDEMERE WAY, BOURBONNAIS, IL 60914 | |
| 10925 | ROBINSON, DOROTHY, 72 SPRUCE ST., STAMFORD, CT 06902 | |
| 10925 | ROBINSON, DOUGLAS, 400 S.W. 22 AVE., FORT LAUDERDALE, FL 33312 | |
| 10925 | ROBINSON, DOWEEN, 3349 DE REIMER AVE, BRONX, NY 10475 | |
| 10925 | ROBINSON, DWAYNE, 138 GREENACRE DRIVE, WARE SHOALS, SC 29692 | |
| 10925 | ROBINSON, EDDIE, 245 FIELDCREST DR, LAURENS, SC 29360 | |
| 10925 | ROBINSON, EDDIE, 729 15TH ST, FRANKLIN, PA 16323 | |
| 10925 | ROBINSON, ELLA, 632 EAST LITTLETON RD, ROANOKE RAPIDS, NC 27870 | |
| 10925 | ROBINSON, ERIC, 2 RICHMOND RD, LIDO BEACH, NY 11561 | |
| 10925 | ROBINSON, EVANGELINE, 1400 2ND AVE SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | ROBINSON, EVE, RT 8, BOX 144, JASPER, TX 75951 | |
| 10925 | ROBINSON, FRANCINE, 8232 RESERVOIR RD., ROANOKE, VA 24019 | |
| 10925 | ROBINSON, GAIL, 430 KENNEDY PLACE, VERNON HILLS, IL 60061 | |
| 10925 | ROBINSON, GARNET, QUEBEC PROVINCE, MEADOWVALE AVE, DORVAL, QC H9P2E7CANADA | *VIA Deutsche Post* |
| 10925 | ROBINSON, GEORGE, 1200 N. TAYLOR, GREEN BAY, WI 54303 | |
| 10925 | ROBINSON, GEORGE, RTE 1, BOX 100, ENOREE, SC 29335 | |
| 10925 | ROBINSON, GEORGIANNA, 6215 BULTONWOOD DR, BATON ROUGE LA, LA 70812 | |
| 10925 | ROBINSON, GERALD A, 78 ALVORD PARK RD., TORRINGTON, CT 06790 | |
| 10925 | ROBINSON, GERALD, 78 ALVORD PARK RD, TORRINGTON, CT 06790 | |
| 10925 | ROBINSON, GREG, 1649 FULLER ST NW UNIT B, WASHINGTON, DC 20009 | |
| 10925 | ROBINSON, GREGORY, 264 N GARFIELD, MUNDELEIN, IL 60060 | |
| 10925 | ROBINSON, GWENDOLYN, 1132 POLK ST., CHARLOTTE, NC 28206 | |
| 10925 | ROBINSON, HALBERT, 700 WEST FERGUSON, PHARR, TX 78577 | |
| 10925 | ROBINSON, HELEN, 6927 WADSWORTH PL, FAYETTEVILLE, NC 28314 | |
| 10925 | ROBINSON, HERMAN, 745 CHERYL DRIVE, ISELIN, NJ 08830 | |
| 10925 | ROBINSON, HORACE, 24 SUNNYSIDETERRACE, EAST ORANGE, NJ 07018 | |
| 10925 | ROBINSON, III, GRANVIL, 106 TRIPLE OAKS DRIVE, RACELAND, LA 70394 | |
| 10925 | ROBINSON, J, 17004 CHESTNUT AVE, ATASCADERO, CA 93422 | |
| 10925 | ROBINSON, JACK, 625 OVERLOOK DRIVE, WINTER HAVEN, FL 33884 | |
| 10925 | ROBINSON, JAMES, 1684 MECHANICSBURG RD BOX 24, WOOSTER, OH 44691 | |
| 10925 | ROBINSON, JAMES, 1943 WEST KNEELAND ST, 1, MILWAUKEE, WI 53205 | |
| 10925 | ROBINSON, JAMES, 4212 95TH ST, LUBBOCK, TX 79423 | |
| 10925 | ROBINSON, JAMES, 5999 COUNTY ROAD #7, CRAIG, CO 81625 | |
| 10925 | ROBINSON, JAMES, 7743 OUTING AVE, PASADENA, MD 21122 | |
| 10925 | ROBINSON, JAMES, ROUTE 3 BOX 289 G, CASTLE HAYNE, NC 28429-9760 | |
| 10925 | ROBINSON, JEAN, 58 RICHARDSON ST, WAKEFIELD, MA 01880 | |
| 10925 | ROBINSON, JEANNE, 503 PLOMA DRIVE, SENECA, SC 29678 | |
| 10925 | ROBINSON, JEANNINE, 1840 BEVER AVE SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | ROBINSON, JERRY, 103 LOCKMAN DRIVE, GREENVILLE, SC 29611 | |
| 10925 | ROBINSON, JOHN C, 940 ADAMS ST , SUITE B, BENICIA, CA 94510 | |
| 10925 | ROBINSON, JOHN, 133-A S SYMINGTON AVE, BALTIMORE, MD 21228 | |
| 10925 | ROBINSON, JOHN, 2835 W ALLEGHENY AVE, PHILA PA, PA 19132 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROBINSON, JOHN, 553 BRISTOW ROAD, INDEPENDENCE, KY 41051 | |
| 10925 | ROBINSON, JOSEPH, 402 SANDLEWOOD DR, DURHAM, NC 27712 | |
| 10925 | ROBINSON, JUDITH, 4049 N W 19TH ST, LAUDERDALE, FL 33313 | |
| 10925 | ROBINSON, KATHRYN, 713 HYDE PARK DRIVE, GLEN BURNIE, MD 21061 | |
| 10925 | ROBINSON, KATHYRN S, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10925 | ROBINSON, KIMBERLY, 24665 RENSSELAER, OAKPAPK, MI 48237 | |
| 10925 | ROBINSON, LARRY, 104 HOST & MILLER PL, PIEDMONT, SC 29673 | |
| 10925 | ROBINSON, LARRY, ROBINSON INVESTMENT CO 50 PUBLIC SQ, CLEVELAND, OH 44113 | |
| 10925 | ROBINSON, LELIA, 813 HARLEM AVE, BALTIMORE, MD 21201 | |
| 10925 | ROBINSON, LEVI, 3327 EMMONS ROAD, MEMPHIS, TN 38128 | |
| 10925 | ROBINSON, LORENZO, 1103 KEVIN RD., BALTIMORE, MD 21229 | |
| 10925 | ROBINSON, LYNN, 110 CABILDO DR, LAFAYETTE, LA 70506 | |
| 10925 | ROBINSON, LYNN, PO BOX 336, BELTON, SC 29627 | |
| 10925 | ROBINSON, MARGO, 3540 UNIVERSITY AVE, LAUREL, MS 39440 | |
| 10925 | ROBINSON, MARILYN, 15 WIGHT ST, BRIDGEWATER, NJ 08807 | |
| 10925 | ROBINSON, MARK, H.C. 62 BOX 95, WINNSBORO, LA 71295 | |
| 10925 | ROBINSON, MARY, 13 BECK AVE, GREENVILLE, SC 29605 | |
| 10925 | ROBINSON, MARY, 578 MITCHELL ST, MACON, GA 31201 | |
| 10925 | ROBINSON, MARY, PO BOX 90102, CASPER, WY 82604 | |
| 10925 | ROBINSON, MAURY, 1616 ANDREWS DRIVE, WICHITA FALLS, TX 76301 | |
| 10925 | ROBINSON, MICHAEL, 301 W QUINCY, SENECA, SC 29678 | |
| 10925 | ROBINSON, MICHEAL, 4610 CYPRESS AVE, WICHITA FALLS, TX 76310-2541 | |
| 10925 | ROBINSON, NATHANIEL, 126 BROAD ST, WELLFORD, SC 29385-9514 | |
| 10925 | ROBINSON, ODELL, ROUTE 2 BOX 46, GARLAND, NC 28441-9407 | |
| 10925 | ROBINSON, P, 1208 PARK VISTA DR, ARLINGTON, TX 76012 | |
| 10925 | ROBINSON, PATRICIA A, 2159 E. MICHAEL SQ., LAKE CHARLES, LA 70611 | |
| 10925 | ROBINSON, PATRICIA, 2159 E MICHAEL SQ, LAKE CHARLES, LA 70611 | |
| 10925 | ROBINSON, PATRICIA, 4216 HOLLOWTRAIL DR, TAMPA, FL 33624 | |
| 10925 | ROBINSON, PATTI, 340 ALEATHA DR, DAYTONA BEACH, FL 32114 | |
| 10925 | ROBINSON, R, 2028 S 76 ST, MILWAUKEE, WI 53219 | |
| 10925 | ROBINSON, RANDALL, 5400 LABRADOR DRIVE, HOPE MILLS, NC 28348-9246 | |
| 10925 | ROBINSON, RANDOLPH, 2 BURNHAM RD, DOVER, MA 02030 | |
| 10925 | ROBINSON, RANDOLPH, 3555 11TH AVE, KENOSHA, WI 53140 | |
| 10925 | ROBINSON, REGINA, 125 BROKEN ARROW DR, PELZER, SC 29669 | |
| 10925 | ROBINSON, REGINA, 1602 BETH ANN DRIVE, FLATWOODS, KY 41139 | |
| 10925 | ROBINSON, RHONDA, 12417 LUNDY RD, GULFPORT, MS 39503 | |
| 10925 | ROBINSON, RHONDA, 5900 BLUEBONNET CIR, COLLEGE PARK, GA 30349 | |
| 10925 | ROBINSON, RICHARD, 1706 COGSWELL AVE, PELL CITY, AL 35125 | |
| 10925 | ROBINSON, RICHARD, 190 CAROLINA WAY, FOUNTAIN INN, SC 29644 | |
| 10925 | ROBINSON, RICHARD, 190 CAROLINA WAY, FTN INN, SC 29644 | |
| 10925 | ROBINSON, RICHARD, 3105 TADPOLE COURT, KISSIMMEE, FL 34743 | |
| 10925 | ROBINSON, RICHARD, 551 FM 369 NORTH, IOWA PARK, TX 76367 | |
| 10925 | ROBINSON, RICHARD, C/O B WILSON CRYOVAC BOX 464, DUNCAN, SC 29334 | |
| 10925 | ROBINSON, RICKY, HC81 BOX 18C, LACAMP, LA 71444 | |
| 10925 | ROBINSON, ROBERT, 1411 AVE G, STERLING, IL 61081 | |
| 10925 | ROBINSON, ROBERT, 1820 SPENCE ST., BALTIMORE, MD 21230 | |
| 10925 | ROBINSON, ROBERT, 2 SPRING CREEK WAY, BALTIMORE, MD 21234 | |
| 10925 | ROBINSON, ROBERT, 2236 NORTH 38TH ST, MILWAUKEE, WI 53208 | |
| 10925 | ROBINSON, ROBERT, 3005 27TH AVE, TAMPA, FL 33605-1442 | |
| 10925 | ROBINSON, ROBERT, 702 1ST AVE NORTH, SARTELL, MN 56377 | |
| 10925 | ROBINSON, ROBIN, 2348 S. 76TH ST, WEST ALLIS, WI 53219 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROBINSON, ROBIN, 3601 VANGUARD DR, LOUISVILLE, KY 40229

10925    ROBINSON, ROBIN, 410 N. 5TH ST, 4, NEWARK, NJ 07107

10925    ROBINSON, RODNEY, 4250 N. 40TH ST, MILWAUKEE, WI 53216

10925    ROBINSON, RONALD, 122 FERRY ST, HUDSON, NH 03051

10925    ROBINSON, RONALD, 1406 COVINGTON, WICHITA FALLS, TX 76305

10925    ROBINSON, RONALD, 216 NW 15TH PLACE POMPANO FL, POMPANO, FL 33060

10925    ROBINSON, RONNY, 114 LINVILLE DR, MOORE, SC 29369

10925    ROBINSON, ROSS, 20879 NUNES AVE, CASTRO VALLEY, CA 94546

10925    ROBINSON, ROYCE, 1734 E PERRY ST, GASTONIA, NC 28054-3819

10925    ROBINSON, RUTH, 27 EVAGROD ST, BRIDGEWATER, NJ 08807

10925    ROBINSON, SAMUEL, 7353 TRAVELLERS WAY, MECHANICSVILLE, VA 23111

10925    ROBINSON, SANDRA, 5414 WYLSTREAM WAY AVE, NORCROSS, GA 30093

10925    ROBINSON, SANDRA, RT. 4, BOX 353, ATHENS, AL 35611

10925    ROBINSON, SCHARMAINE, 7380 EDENBROOK DR #322, COLUMBIA, MD 21046

10925    ROBINSON, SCOTT A, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    ROBINSON, SCOTT, 8957A SW 21ST COURT, BOCA RATON, FL 33433

10925    ROBINSON, SHELIA, CUST FOR DAVID M ROBINSON II, UNIFORM TRANSFERS TO MINORS ACT, 14 OVERLOOK DR, NEW MILFORD, CT 06776-4730

10925    ROBINSON, SHERYL, 138 GREENACRES RD EXT, WARE SHOALS, SC 29692

10925    ROBINSON, SHIRLEY, 12309 RED HICKORY LN, CHARLOTTE, NC 28273

10925    ROBINSON, SHIRLEY, 353 CARTRO RD, FRANKLIN FURNACE, OH 45629

10925    ROBINSON, SHIRLEY, 9324 PALM ST, NEW ORLEANS, LA 70118

10925    ROBINSON, SONYATTE, 6726 TARA BLVD 8-A, JONESBORO, GA 30236

10925    ROBINSON, STACEY, 167 MCINTOSCH ST, NEWMAN, GA 30263

10925    ROBINSON, STANLEY, RT 1 BOX 150, GARYSBURG, NC 27831

10925    ROBINSON, STEPHANIE, PO BOX 191, WACO, GA 30182

10925    ROBINSON, STORMEE, 4405 WESTWARD, WICHITA FALLS, TX 76308

10925    ROBINSON, SUSAN, 3423 EIGHT AVE, BEAVER FALLS, PA 15010

10925    ROBINSON, SYBIL, RT 1 BOX 83B, BLAIR, SC 29015

10925    ROBINSON, TILLEY, PO BOX 365, GARYSBURG, NC 27831

10925    ROBINSON, TOM, PO BOX 411, WELCOME, MN 56181

10925    ROBINSON, TONYA, 2591 CHARLESTOWN DR, COLLEGE PARK, GA 30337

10925    ROBINSON, TRACEY, 36198 MEADOWBROOK, LIVONIA, MI 48154

10925    ROBINSON, VANESSA, 6594 REIDVILLE ROAD, MOORE, SC 29369

10925    ROBINSON, VICKI, 5251 BAMBURG CT., FREDERICK, MD 21703

10925    ROBINSON, W, 1704 19TH ST, WOODWARD, OK 73801

10925    ROBINSON, WADE, 35925 HWY 13 NORTH, CRAIG, CO 81625

10925    ROBINSON, WALTER, THE GARDEN APARTMENTS, APOPKA, FL 32703

10925    ROBINSON, WH, 7257 CROSS ST, FORESTVILLE, MD 20747

10925    ROBINSON, WILLIE, 440 SOUTH HWY 14, LAURENS, SC 29360

10925    ROBINSON, WINSTON, 1301 STILLMAN AVE, PLAINFIELD, NJ 07060

10924    ROBINSON/HESS CO., 1043 GREEN LANE, MALVERN, PA 19355

10925    ROBINSON-ARNOT, SHARENE, 303 STONERIDGE DRIVE, JEFFERSONVILLE, PA 19403

10925    ROBINSON-BUSWEL, CHERYL, 20523 OLDHAM RD, SOUTHFIELD, MI 48076

10925    ROBINSON-EL, CLARA, 5203 LINDEN HEIGHTS AVE, BALTIMORE, MD 21215

10924    ROBINSON-HESS, 1043 GREEN LANE ROAD, MALVERN, PA 19355

10924    ROBINSON-HESS, 7000 LINDENBERGH BLVD, PHILADELPHIA, PA 19153

10924    ROBINSONS MAY, ORANGE COUNTY PLASTERING, SAN DIEGO, CA 92101

10924    ROBINSONS MAY, SMITH & GREEN, PHOENIX, AZ 85001

10924    ROBINSONS, FPF COAT INGS, SAN DIEGO, CA 92101

10925    ROBINTECH INCORPORATED, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROBISCH, ROBERT J, 3674 ASHHILL CT., CINCINNATI, OH 45247

10925    ROBISCH, ROBERT, 3674 ASHHILL COURT, CINCINNATI, OH 45247

10925    ROBISON, COLUMBUS, PO BOX 891, DUNCAN, SC 29334

10925    ROBISON, DEWAYNE, 4236 NW 17TH, OKLAHOMA CITY, OK 73107

10925    ROBISON, JAMES, 12830 FIELDING, DETROIT, MI 48223

10925    ROBISON, MARCIA, R D #1 JOE LANE, PULASKI, PA 16143

10925    ROBISON, TINA, 10410 FAIRFAX VIL.DR #823, FAIRFAX, VA 22030

10925    ROBITECH, INC, 240 ANDOVER ST, WILMINGTON, MA 01887

10925    ROBLEDO, ALBERTO, 322 S. 26TH, KINGSVILLE, TX 78363

10925    ROBLEDO, DANIEL, 10206 SAGE CANYON, HOUSTON, TX 77089

10925    ROBLEDO, EMILY, 731 E DOVER ST, GLENDORA, CA 91740

10925    ROBLEDO, FRANCISCO, 4323 CRITES ST, HOUSTON, TX 77003

10925    ROBLEDO, FRANCISCO, 4329 CLAY ST, HOUSTON, TX 77023

10925    ROBLEDO, JUAN M., 4218 BLACK LOCUST DR, HOUSTON, TX 77088

10925    ROBLEDO, JUAN, 4218 BLACK LOCUST DRIVE, HOUSTON, TX 77088

10925    ROBLEDO, JUAN, 4323 CRITES ST, HOUSTON, TX 77003

10925    ROBLEDO, RONALDO, 1417 HARRINGTON, FT. WORTH, TX 76106

10925    ROBLEDO, VIRGINIA, RT. 15 BOX 5444 BOX 5444, MISSION, TX 78572

10925    ROBLEE, KEVIN, 224 FAIRBANK RD, RIVERSIDE, IL 60546

10925    ROBLERO, ELIZABETH, 13104 GLEN CT, CHINO HILLS, CA 91709

10925    ROBLES & GONZALEZ, 100 SOUTH BISCAYNE BLVD, MIAMI, FL 33131-2310

10925    ROBLES GONAZALEZ, ONE BAYFRONT PLAZA, 100 S. BISCAYNE BLVD SUITE 900, MIAMI, FL 33131-0201

10925    ROBLES LAW CENTER, ONE BAYFRONT PLAZA, SUITE 900, 100 SOUTH BISCAYNE BLVD, MIAMI, FL 33131

10924    ROBLES READY MIX CORP, HC-06 BUXON 4810, COTO LAUREL, PONCE, PR 731PUERTO RICO    *VIA Deutsche Post*

10924    ROBLES READY MIX CORP, SAN CRISTOBAL INDUSTRIAL PARK, COTO LAUREL, PR 780PUERTO RICO    *VIA Deutsche Post*

10924    ROBLES READY MIX-USE #500266, DELETION** S.CLARK, PO BOX994, COTO LAUREL, PR 780PUERTO RICO    *VIA Deutsche Post*

10925    ROBLES, ANDRES, CALLE 10 A-I #1, CAGUAS, PR 00725

10925    ROBLES, CAROL, 7655 BUENA VISTA, HOUSTON, TX 77087

10925    ROBLES, ENRIQUETA, 11678 VALVERDE, RIVERSIDE, CA 92505

10925    ROBLES, HECTOR, 8504 14TH PLACE, HYATTSVILLE, MD 20783

10925    ROBLES, JOSE, 516 IRVING ST., HEREFORD, TX 79045

10925    ROBLES, JUANA, 8504 14 PL, HYATTSVILLE, MD 20783

10925    ROBLES, JUANA, 8504 14TH PLACE, HYATTSVILLE, MD 20783

10925    ROBLES, KRISTIN, 2029 RANDY SNOW, ARLINGTON, TX 76011

10925    ROBLES, LOUIS S, 100 S. BISCAYNE BLVD, SUITE 900, MIAMI, FL 33131

10925    ROBLES, LOUIS S, 5TH FL, 600 BRICKELL AVE., MIAMI, FL 33131

10925    ROBLES, MARTIN, 2981 TAOS DRIVE, RIVERSIDE, CA 92509

10925    ROBLES, MARVIN, 1817 N QUINN ST 302, ARLINGTON, VA 22209

10925    ROBLES, PATRICK, 1505 JESUS ST SE, ALBUQUERQUE, NM 87102

10925    ROBLES, PILAR, HC-03 BOX 30525, HATILLO, PR 00659

10925    ROBLES, PLACIDO, 820 S WAVERLY DRIVE, DALLAS, TX 75208

10925    ROBLES, RICARDO, 1115 HIGH SCHOOL LANE, IRVING, TX 75060

10925    ROBLES, SELENA, 3313 MERRITT ROAD, ACTON, CA 93510

10925    ROBLES, YOLANDA, CALLE 20 S-5, BAYAMON, PR 00956

10925    ROBNET INDUSTRIAL SUPPLY, 1714 SULPHUR SPRING RD., BALTIMORE, MD 21227

10925    ROBNET, INC, PO BOX 24193, BALTIMORE, MD 21227

10925    ROBSON LAW OFFICE, 483 MCKINLEY VIEW DR, FAIRBANKS, AK 99712

10925    ROBSON SR, STEVEN, 14 JEFFERSON RD, TEWKSBURY, MA 01876-3559

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ROBSON, ERIK, 1426 CORCORAN ST NW, WASHINGTON, DC 20009 | |
| 10925 | ROBSON, HARRY, 1133 SIMPSON AVE, OCEAN CITY, NJ 08226 | |
| 10925 | ROBSON, RICHARD, 13502 WEIMAN ROAD, TRLR. #6, HOUSTON, TX 77041 | |
| 10925 | ROBSON, RONALD, 47 OLIVER ST, MALDEN, MA 02148 | |
| 10924 | ROBUST CONSTRUCTION, 10 S.W. H AVENUE, LAWTON, OK 73502 | |
| 10925 | ROBY, JAMES, 8757 KNOTSVILLE MT ZION, PHILPOT, KY 42366 | |
| 10925 | ROBY, THOMAS, 7832 HAYNES STATION ROAD, WHITESVILLE, KY 42378 | |
| 10925 | ROBYN MILLER &, DAVID M MILLER JT TEN, 739 W 186 ST 2H, NEW YORK, NY 10033-8520 | |
| 10925 | ROCAMONTES, SHARON, PO BOX 552, VON ORMY, TX 78073 | |
| 10925 | ROCCHI, DEBRA, 997 ALMADEN CIRCLE, OAKLEY, CA 94561 | |
| 10925 | ROCCHI, MELISA, 226 WHITEHALL, HOUSTON, TX 77060-4906 | |
| 10925 | ROCCIA, JUDY, 16616 WEST 132ND ST, OLATHE, KS 66062 | |
| 10925 | ROCCIA, LAURA, 16616 W 132ND ST, OLATHE, KS 66062 | |
| 10924 | ROCCO BUILDING SUPPLY, 560 PLEASANT VALLEY RD., HARRISONBURG, VA 22801 | |
| 10924 | ROCCO BUILDING SUPPLY, PO BOX 1860, HARRISONBURG, VA 22801-9500 | |
| 10925 | ROCCO, JR. JOSEPH, 2650 BENTLEY RD., MARIETTA, GA 30067 | |
| 10925 | ROCHA, CLAUDIA V, 474 MEMORIAL DRIVE, CAMBRIDGE, MA 02139 | |
| 10925 | ROCHA, ERNEST, 8 DUMPLING WAY, MERRIMACK, NH 03054 | |
| 10925 | ROCHA, JOAO, 27 PARKER ST, ATTLEBORO, MA 02703 | |
| 10925 | ROCHA, JUANA, W162 S7460 CHARLOTTE CT., MUSKEGO, WI 53150 | |
| 10925 | ROCHA, ROBERT, 824 S. QUIGLEY LN, SANTA ANA, CA 92704 | |
| 10925 | ROCHA, ROMAN, PO BOX 511, EDINBURG, TX 78539 | |
| 10925 | ROCHBERT, MORDECHAI, 33 FREEMONT ST, LEXINGTON, MA 02173 | |
| 10924 | ROCHE BIOSCIENCE, 3401 HILLVIEW AVE., PALO ALTO, CA 94304-1320 | |
| 10924 | ROCHE COLORADO CORP., 2075 NORTH 5 5TH STREET, BOULDER, CO 80301 | |
| 10924 | ROCHE COLORADO, 2075 N. 55TH, BOULDER, CO 80301 | |
| 10924 | ROCHE COLORADO, 2075 NO 55TH ST, BOULDER, CO 80301 | |
| 10925 | ROCHE COMPUCHEM LABORATORIES, PO BOX 65891, CHARLOTTE, NC 28265-0891 | |
| 10925 | ROCHE COMPUCHEM LABS INC., PO BOX 65891, CHARLOTTE, NC 28265-0891 | |
| 10924 | ROCHE CONST/WELD COUNTY NORTH JAIL, 11TH AVE. & "O" STREET  TRACK A, GREELEY, CO 80631 | |
| 10924 | ROCHE CONSTRUCTORS, INC., PO BOX1727, GREELEY, CO 80632 | |
| 10925 | ROCHE JR, PATRICK J, 68 EGERTON RD, ARLINGTON, MA 02174-8521 | |
| 10924 | ROCHE PRODUCTS INC., 925 MARKET STREET, PATERSON, IT 07513UNK | *VIA Deutsche Post* |
| 10924 | ROCHE PRODUCTS INC., CARRETERA ESTATAL #670 K.M. 2.7, MANATI, IT 701UNK | *VIA Deutsche Post* |
| 10925 | ROCHE VITAMINS CO., 45 WATERVIEW BLVD, PARSIPPANY, NJ 07054 | |
| 10925 | ROCHE VITAMINS INC, PO BOX 360354, PITTSBURGH, PA 15251-6354 | |
| 10924 | ROCHE VITAMINS, INC, 206 ROCHE DRIVE, BELVIDERE, NJ 07823 | |
| 10924 | ROCHE VITAMINS, INC., 200 ROCHE DRIVE, BELVIDERE, NJ 07823 | |
| 10924 | ROCHE VITAMINS, INC., 218 ROCHE DRIVE/TANK FARM, BELVIDERE, NJ 07823 | |
| 10924 | ROCHE VITAMINS, INC., 45 WATERVIEW BLVD, PARSIPPANY, NJ 07054 | |
| 10925 | ROCHE, DARLENE, 4601 VERSAILLES, MIDLAND, TX 79703 | |
| 10925 | ROCHE, DAVID, 45 ARTHUR ST, MAYNARD, MA 01754 | |
| 10925 | ROCHE, DOUGLAS, 502A RIDGEFIELD CIRCLE, CLINTON, MA 01510 | |
| 10925 | ROCHE, MARGARET, 135 WEST SHORE AVE, BOGOTA, NJ 07603 | |
| 10925 | ROCHE, MICHAEL S, 4971 MEADOWBROOK ROAD, BIRMINGHAM, AL 35242 | |
| 10925 | ROCHE, MICHAEL, 4971 MEADOW BROOK RD, BIRMINGHAM, AL 35242 | |
| 10925 | ROCHE, NANCIE, 282 LAPRELE DR, DOUGLAS, WY 82633 | |
| 10925 | ROCHE, RICHARD J, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | ROCHE, RICHARD, 147 NEW ESTATE RD, LITTLETON, MA 01460 | |
| 10925 | ROCHE, ROGER, 100 WALNUT ST, CANTON, MA 02021 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROCHE, RONALD, 4601 VERSAILLES, MIDLAND, TX 79703

10925    ROCHE, RUTH, 61 COLONIAL DRIVE, ARLINGTON, MA 02174

10925    ROCHE, THOMAS K, 2924 NE REGENTS DRIVE, PORTLAND, OR 97212

10925    ROCHE, THOMAS, 2924 NE REGENTS DR, PORTLAND, OR 97212

10925    ROCHEAUX INTERNATIONAL, 1051 DOUGLAS ROAD, BATAVIA, IL 60510

10925    ROCHELEAU, KRISTINA, 20 BEAUDRY ST, LOWELL, MA 01850

10925    ROCHELEAU, LISA, 4011 NATURE COURT, GREEN BAY, WI 54313

10925    ROCHELEAU, MICHAEL, 6427 ASPEN DR, SOBIESKI, WI 54171

10924    ROCHELLE REDI-MIX, P.O. BOX 9, ROCHELLE, IL 61068

10925    ROCHELLE STRAHL, 439 YUHAS DR, PARAMUS, NJ 07652-4125

10925    ROCHELLE, ELAINE, 2010 CURTIS DRIVE, ATLANTA, GA 30319

10924    ROCHESTER ACOUSTICAL CORP, 44 PAUL ROAD, ROCHESTER, NY 14624

10924    ROCHESTER ACOUSTICAL CORP, CAMBRIDGE, MA 02140

10924    ROCHESTER ACOUSTICAL CORPORATION, 44 PAUL ROAD, ROCHESTER, NY 14624

10924    ROCHESTER ACOUSTICAL, C/O GYPSUM SYSTEMS, ELMA, NY 14059

10924    ROCHESTER ASPHALT MATERIALS, 1150 PENFIELD ROAD, ROCHESTER, NY 14625

10924    ROCHESTER ASPHALT MATERIALS, 58 OWENS ROAD, BROCKPORT, NY 14420

10924    ROCHESTER ASPHALT MATERIALS, 5929 LOOMIS ROAD, FARMINGTON, NY 14425

10924    ROCHESTER BRICK, 3705 ENTERPRISE DRIVE S.W., ROCHESTER, MN 55902

10924    ROCHESTER COLONIAL MFG. CORP., 1793 LYELL AVENUE, ROCHESTER, NY 14606

10924    ROCHESTER COLONIAL MFG. CORP., 1794 LYELL AVENUE, ROCHESTER, NY 14606

10925    ROCHESTER CORP, 751 OLD BRANDY ROAD, CULPEPER, VA 22701

10924    ROCHESTER DAVIS FETCH, CAMBRIDGE, MA 02140

10924    ROCHESTER DAVIS-FETCH COR, 175 DODGE ST, ROCHESTER, NY 14606

10925    ROCHESTER GAS & ELECTRIC CORP, 89 EAST AVE, ROCHESTER, NY 14649-0001

10925    ROCHESTER INDUSTRIAL CONTROL, 6345 FURNACE ROAD, ONTARIO, NY 14519

10925    ROCHESTER INSTRUMENT SYS., 255 N. UNION ST., ROCHESTER, NY 14605

10925    ROCHESTER INSTRUMENT SYSTEMS, INC, PO BOX 93288, CHICAGO, IL 60673

10925    ROCHESTER INSTRUMENT, 255 N UNION ST, ROCHESTER, NY 14605

10925    ROCHESTER INSTRUMENT, 7844 BELAIR RD., BALTIMORE, MD 21236

10925    ROCHESTER MIDLAND CORP, PO BOX 31515, ROCHESTER, NY 14603-1515

10925    ROCHESTER MIDLAND CORP., 1750 FIFTH AVE., SUITE 300, YORK, PA 17403

10925    ROCHESTER MIDLAND CORP., PO BOX 31515, ROCHESTER, NY 14603-1515

10924    ROCHESTER ORTHOPEDIC LABS., 460 WHITE SPRUCE BLDG., ROCHESTER, NY 14623

10924    ROCHESTER PUBLIC SAFETY BUILDING, 185 EXCHANGE STREET, ROCHESTER, NY 14614

10924    ROCHESTER READY MIX, 412 2ND AVE NW, ROCHESTER, MN 55902

10924    ROCHESTER READY MIX, 412 SECOND AVENUE NW, ROCHESTER, MN 55902

10924    ROCHESTER READY MIX, P O BOX 6236, ROCHESTER, MN 55903

10924    ROCHESTER READY MIX, PO BOX 6236, ROCHESTER, MN 55903

10924    ROCHESTER READY MIXED CO, 412 SECOND AVE NW, ROCHESTER, MN 55901

10924    ROCHESTER SKATING RINK, 52999 DEQUINDERE, ROCHESTER, MI 48307

10925    ROCHESTER, ANDREA, 104 OAK VIEW DR, BELTON, SC 29627

10925    ROCHESTER, JENNIFER, 2229 STATE PARK ROAD, GREENVILLE, SC 29609

10925    ROCHESTER, RAYMOND, 1500 CAMELOT FOREST, BELTON, SC 29627

10925    ROCHETTE, DONALD, 6 WOODBURY ST., MERRIMACK, NH 03054

10925    ROCHON, JOSEPH, 2620 FRUGE ST, LAKE CHARLES, LA 70601

10925    ROCK - TENN CO., PO BOX 102064, ATLANTA, GA 30368-0064

10924    ROCK & ROLLER COASTER, MGM STUDIOS, LAKE BUENA VISTA, ORLANDO, FL 32819

10924    ROCK & WATER CREATION INC, 815 5TH STREET, FILLMORE, CA 93015-1016

10924    ROCK & WATER CREATION, 815 5TH STREET, FILLMORE, CA 93015

10924    ROCK & WATER CREATIONS, INC., 12556 BRANFORD STREET, PACOIMA, CA 91331

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ROCK AND WATER SCAPE, C/O THOMPSONS BUILDING MATERIALS, ANAHEIM, CA 92801

10924    ROCK AND WATERSCAPE, 11 WATNEY ST., IRVINE, CA 92718

10925    ROCK CITY FOP#22, 1709 S. HOLTZCLAW AVE., CHATTANOOGA, TN 37404

10924    ROCK CONCRETE SUPPLY, 10 INDUSTRIAL PARK DR., MONACA, PA 15061

10924    ROCK CONCRETE SUPPLY, 10 INDUSTRIAL PARK DRIVE, MONACA, PA 15061

10924    ROCK CRETE TRANSIT MIX INC, 2221 LUDINGTON DRIVE, CLARE, MI 48617

10924    ROCK CRETE TRANSIT MIX INC, 2221 LUDINGTON, CLARE, MI 48617

10924    ROCK FORMATIONS, INC, 2410 N BATAVIA STREET, ORANGE, CA 92865

10924    ROCK FORMATIONS, INC., 2410 N. BATAVIA STREET, ORANGE, CA 92865

10924    ROCK GLEN NURSING HOME, 10 NORTH ROCK ROAD, BALTIMORE, MD 21229

10924    ROCK HILL HIGH SCHOOL, ROCK HILL HIGH, 320 SPRINGDALE RD, ROCK HILL, SC 29732

10924    ROCK HILL MIDDLE SCHOOL, C/O MITCHELL CONSTRUCTION, 2300 SALUDA RD, ROCK HILL, SC 29730

10924    ROCK ISLAND ARSENAL, ATTN:  DFAS-IN/EM-BH-FEV, ROCK ISLAND ARSENAL, BLDG 390, ROCK ISLAND, IL 61299

10924    ROCK ISLAND ARSENAL, BLDG 299, RECG BRANCH DOOR 24A, ROCK ISLAND, IL 61299

10925    ROCK JR, PHILIP, 201 ARBORETUM WAY, BURLINGTON, MA 01803

10924    ROCK PRODUCTS, 1701 N FIRST ST, SAGINAW, MI 48601

10924    ROCK PRODUCTS, 1701 N. FIRST STREET, SAGINAW, MI 48601

10924    ROCK PRODUCTS, 300 WATER ST, BAY CITY, MI 48706

10924    ROCK RIVER READY MIX, 518 ILLINOIS-RT 2, DIXON, IL 61021

10924    ROCK RIVER READY MIX, MOUND HILL ROAD, DIXON, IL 61021

10924    ROCK RIVER READY MIX, P.O. BOX 384, DIXON, IL 61021

10924    ROCK SOLID INC, 7171 WEST WILLIS, CHANDLER, AZ 85226

10924    ROCK SOLID, 11550 W. NORTHERN AVENUE, GLENDALE, AZ 85307

10924    ROCK SOLID, 7171 WEST WILLIS, CHANDLER, AZ 85226

10924    ROCK SPRINGS ELEMENTARY SCHOOL, 5100 ROCK SPRINGS, LITHONIA, GA 30058

10925    ROCK SR., PAUL, 3900 MCTAVISH AVE, BALTIMORE, MD 21227

10925    ROCK TRED CORP, 7440 N ST LOUIS AVE, SKOKIE, IL 60076

10925    ROCK TRED, 7440 N ST LOUIS AVE, SKOKIE, IL 60076

10924    ROCK VALLEY BLOCK & TILE, 1315 17TH STREET, ROCK VALLEY, IA 51247

10924    ROCK VALLEY BLOCK & TILE, P.O. BOX 9, ROCK VALLEY, IA 51247

10924    ROCK VALLEY BRICK & SUPPL, 5901 MATERIAL AVE, LOVES PARK, IL 61111

10924    ROCK VALLEY BRICK & SUPPLY, 5901 MATERIAL AVE, LOVES PARK, IL 61111

10924    ROCK VALLEY BRICK &, SUPPLY, LOVES PARK, IL 61111

10924    ROCK VALLEY CEMENT BLK, 1315 17TH ST, ROCK VALLEY, IA 51247

10925    ROCK WOOL MANUFACTURING COMPANY, PO BOX 506, LEEDS, AL 35094-0506

10925    ROCK, ALICE, 238 NEW JERSEY AVE, UNION, NJ 07083

10925    ROCK, JACQUELINE, 14437 S 41ST PLACE, PHOENIX, AZ 85044

10925    ROCK, JAMES, 4910 DICKENS ST, HOUSTON, TX 77021

10925    ROCK, PHIL, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925    ROCK, STEPHEN, 3019 FLOYD AVE, RICHMOND, VA 23221

10925    ROCKBESTOS COMPANY, 380 SOUTH 5TH ST, COLUMBUS, OH 43215-5436

10925    ROCKBESTOS-SURPRENANT CABLE CORP., 20 BRADLEY PARK RD., E. GRANBY, CT 06026

10924    ROCKBRIDGE CONCRETE SUP, 9 MEMORIAL LANE, LEXINGTON, VA 24450

10924    ROCKBRIDGE CONCRETE SUP, FACTORY STREET, BUENA VISTA, VA 24416

10924    ROCKBRIDGE CONCRETE SUPPLY, 9 MEMORIAL LANE, LEXINGTON, VA 24450

10924    ROCKDALE COUNTY HOSPITAL, 1412 MILLSTEAD AVE., CONYERS, GA 30207

10924    ROCKEFELLER UNIVERSITY HOSPITA, THE, C/O MORRELL BROWN, 1230 YORK AVE, NEW YORK, NY 10017

10925    ROCKEFELLER, NANCY, 17 N PASCACK RD, NANUET, NY 10954

10925    ROCKETT, ROBERT, 25 RAYMOND RD., PLYMOUTH, MA 02360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROCKETT, THOMAS, 15113 SEVEN PINES AVE, BATON ROUGE, CA 70817

10925   ROCKFORD CEMENT PROD, 315 PEOPLES AVE, ROCKFORD, IL 61106

10924   ROCKFORD CEMENT PRODUCTS CO., 315 PEOPLES AVE., ROCKFORD, IL 61108

10924   ROCKFORD CEMENT PRODUCTS, 315 PEOPLES AVENUE, ROCKFORD, IL 61108

10924   ROCKFORD HOSPITAL, B-4 NURSES, ROCKFORD, IL 61108

10924   ROCKFORD MEMORIAL HOSPITAL, WILKIN INSULATION, ROCKFORD, IL 61103

10925   ROCKFORD PRODUCTS CORP, MCDERMOTT WILL & EMERY, LOUIS M RUN, 227 W MONROE ST, CHICAGO, IL 60606-5096

10925   ROCKHILL, ERNEST, N3767 DUNNING ROAD, POYNETTE, WI 53955

10925   ROCKHOLT, RONALD, 302 PINE RIDGE RD. APT. C, CHATTANOGA, TN 37405

10925   ROCKHURST COLLEGE CONTINUING, POBOX 419107, KANSAS CITY, MO 64141-6107

10925   ROCKHURST COLLEGE, PO BOX 419107, KANSAS CITY, MO 64141-6107

10924   ROCKINGHAM ELECTRIC SUPPLY, 221 WASHINGTON STREET, CLAREMONT, NH 03743

10924   ROCKINGHAM ELECTRIC SY.CO., 11 WINTER ST, ROCHESTER, NH 03867

10924   ROCKINGHAM ELECTRICAL SUPPLY, 187 RIVER ROAD, NEWINGTON, NH 03801

10924   ROCKINGHAM ELECTRICAL SUPPLY, BLDG.#2, 153 TAYLOR STREET, LITTLETON, MA 01460

10924   ROCKINGHAM REDI-MIX INC., 20 FAIRLANE DR., LURAY, VA 22835

10924   ROCKINGHAM REDI-MIX INC., P O BOX 1347, HARRISONBURG, VA 22801

10924   ROCKINGHAM REDI-MIX INC., PO BOX 1347, HARRISONBURG, VA 22801

10924   ROCKINGHAM REDI-MIX INC., RT #33 E, ELKTON, VA 22827

10924   ROCKINGHAM REDI-MIX INC., VA ROUTE 910, HARRISONBURG, VA 22801

10924   ROCKITE SILO, DIVISION OF BREMIX, HUTCHINSON, MN 55350

10925   ROCKLAGE, GREGORY, 14 LEADER DRIVE, JACOBUS, PA 17407-1314

10924   ROCKLAND COUNTY COURTHOUSE, NEW HAMSTEAD ROAD, NEW CITY, NY 10956

10924   ROCKLAND MATERIALS # 3, 21838 NORTH 20TH STREET, PHOENIX, AZ 85022

10924   ROCKLAND MATERIALS #1-WEST, 3636 SOUTH 43 AVENUE, PHOENIX, AZ 85009

10924   ROCKLAND MATERIALS #2-EAST, 38721 N. KENWORTHY ROAD, QUEEN CREEK, AZ 85242

10924   ROCKLAND MATERIALS, 25600 W. NARRAMORE ROAD, BUCKEYE, AZ 85326

10925   ROCKLAND MATERIALS, 3636 S 43RD AVE, PHOENIX, AZ 85009

10924   ROCKLAND MATERIALS, 3636 SOUTH 43RD AVENUE, PHOENIX, AZ 85009

10924   ROCK-N-READY MIX, INC., 6960 BLACKWELL ROAD, CENTRAL POINT, OR 97502

10924   ROCK-N-READY MIX, INC., ATTN:  ACCOUNTS PAYABLE, MEDFORD, OR 97501

10924   ROCKPORT CONCRETE, 2277 EBY RD, BOONVILLE, IN 47601

10924   ROCKPORT CONCRETE, 2277 EBY RD, BOONVILLE, IN 47601

10924   ROCKPORT CONCRETE, 2277 EBY ROAD, BOONVILLE, IN 47601

10925   ROCKS TRAILER SALES,INC, 1200 STRINGTOWN RD., GROVE CITY, OH 43123

10924   ROCKS UNLIMITED, 17146 COUNTY ROAD NN, RICHLAND CENTER, WI 53581

10924   ROCKSCAPES INTERNATIONAL, 40490 VISTA ROAD, HEMET, CA 92544

10924   ROCKVILLE CENTER, ROCKVILLE, MD 20855

10925   ROCKVILLE CHEMICAL, INC, 399 CONKLIN ST., SUITE 210, FARMINGDALE, NY 11735

10924   ROCKVILLE FUEL & FEED CO., 5450 BRANCHVILLE ROAD, BRANCHVILLE, MD 20740

10924   ROCKVILLE FUEL & FEED, 14901 SOUTHLAWN/PLANT #1, ROCKVILLE, MD 20850

10924   ROCKVILLE FUEL & FEED, 14901 SOUTHLAWN/PLANT #3, ROCKVILLE, MD 20850

10924   ROCKVILLE FUEL & FEED, C/O A.H. SMITH S&G, SAVAGE, MD 20763

10924   ROCKVILLE FUEL & FEED, P.O. BOX 1707, ROCKVILLE, MD 20850

10924   ROCKVILLE FUEL & FEED, PO BOX1707, ROCKVILLE, MD 20850

10924   ROCKVILLE GENERAL HOSPITAL, 31 UNION ST., ROCKVILLE, CT 06066

10925   ROCKWARE INC, 2221 EAST ST SUITE 101, GOLDEN, CO 80401

10925   ROCKWELL AUTOMATION DRIVE SYSTEMS, 945 DILLON DR, WOOD DALE, IL 60191

10925   ROCKWELL AUTOMATION RELIANCE ELECT., 17001 S. VINCENNES RD., THORNTON, IL 60476

10925   ROCKWELL AUTOMATION, 24701 EUCLID AVE, CLEVELAND, OH 44117

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROCKWELL AUTOMATION, 7055 HIGH GROVE ROAD, BURR RIDGE, IL 60521 | |
| 10924 | ROCKWELL AUTOMATION, 8333G GREEN MEAD0WS DRIVE NORTH, WESTERVILLE, OH 43081 | |
| 10925 | ROCKWELL AUTOMATION, 8440 DARROW RD., TWINSBURG, OH 44087-2310 | |
| 10925 | ROCKWELL AUTOMATION, DRAWER CS 198186, ATLANTA, GA 30384-8186 | |
| 10925 | ROCKWELL AUTOMATION, DRAWER CS 198191, ATLANTA, GA 30384-8191 | |
| 10925 | ROCKWELL AUTOMATION, POBOX 70962, CHICAGO, IL 60673 | |
| 10924 | ROCKWELL FAB 8, 1575 "E" GARDEN OF THE GODS, COLORADO SPRINGS, CO 80907 | |
| 10925 | ROCKWELL INTERNATIONAL CORP, SCIENCE CENTER, THOUSAND OAKS, CA 91358 | |
| 10925 | ROCKWELL INTERNATIONAL CORPORATION, 1049 CAMINO DOS RIOS, THOUSAND OAKS, CA 91360 | |
| 10925 | ROCKWELL INTERNATIONAL INC., 1-8-132 SUMMIT AVE., VILLA PARK, IL 60181 | |
| 10925 | ROCKWELL INTERNATIONAL, 1800 SATELLITE BLVD, DULUTH, GA 30136 | |
| 10925 | ROCKWELL INTERNATIONAL, 400 COLLINS RD N E, CEDAR RAPIDS, IA 52498 | |
| 10925 | ROCKWELL INTERNATIONAL, 420 COLLINS ROAD N E, CEDAR RAPIDS, IA 52498 | |
| 10925 | ROCKWELL INTL CORP, BLDG# 5, 12214 LAKEWOOD BLVD, DOWNEY, CA 90241 | |
| 10925 | ROCKWELL INTL, JOHN R STOCKER VP - LAW, | |
| 10925 | ROCKWELL SOFTWARE INC., 6680 BETA DRIVE, MAYFIELD VILLAGE, OH 44143-2321 | |
| 10925 | ROCKWELL SOFTWARE, 2424 SOUTH 102ND, WEST ALLIS, WI 53227 | |
| 10925 | ROCKWELL SOFTWARE, 6680 BETA DR, MAYFIELD VILLAGE, OH 44143 | |
| 10924 | ROCKWELL SOLUTIONS LTD., BRUNEL ROAD, DUNDEE, SCOTLAND, DD2 4TGGBR | *VIA Deutsche Post* |
| 10925 | ROCKWELL, LARRIE, 10 ROGERS ST, CAMBRIDGE, MA 02142 | |
| 10925 | ROCKWELL, LINDA, 700 MORGANTOWN RD, UNIONTOWN, PA 15401 | |
| 10925 | ROCKWOOD, ALAN, 33 GRANIT ST, WALPOLE, MA 02081 | |
| 10925 | ROCKWOOD, LINDA, 4 KERRY HILL, FAIRPORT, NY 14450 | |
| 10925 | ROCKWOOD, NORMAN, 4033 SHARILYN DR, ABINGDON, MD 21009 | |
| 10924 | ROCKY GAP LODGE, 12601 LAKE SHORE DRIVE, FLINTSTONE, MD 21530 | |
| 10925 | ROCKY MOUNTAIN CHAPTER ACI, 2169 EAST 116TH AVE, NORTHGLENN, CO 80233 | |
| 10925 | ROCKY MOUNTAIN CHAPTER ACI, THE, 2169 E. 116TH AVE, NORTHGLENN, CO 80233-5901 | |
| 10925 | ROCKY MOUNTAIN CHAPTER-ACI, 3900 EAST MEXICO AVE #601, DENVER, CO 80210 | |
| 10925 | ROCKY MOUNTAIN CHEMICAL LABORATORY, QUEST DIAGNOSTICS INC., ONE MALCOLM AVE, TETERBORO, NJ 07608 | |
| 10924 | ROCKY MOUNTAIN CONCRETE, 1360 BROOK DRIVE, ESTES PARK, CO 80517 | |
| 10924 | ROCKY MOUNTAIN CONCRETE, 531 SUGAR AVENUE, BILLINGS, MT 59107 | |
| 10924 | ROCKY MOUNTAIN CONCRETE, C/O BATCH PLANT, ESTES PARK, CO 80517 | |
| 10924 | ROCKY MOUNTAIN MATERIALS, 1910 RAND AVE, COLORADO SPRINGS, CO 80906 | |
| 10925 | ROCKY MOUNTAIN MINERAL, 9191 SHERIDAN BLVD STE 203, WESTMINSTER, CO 80031-3020 | |
| 10924 | ROCKY MOUNTAIN PRESTRESSED, 301 W 60TH PLACE, DENVER, CO 80216 | |
| 10924 | ROCKY MOUNTAIN PRESTRESSED, 5751 PECOS STREET, DENVER, CO 80221 | |
| 10924 | ROCKY MOUNTAIN PRESTRESSED, P O BOX 21500, DENVER, CO 80221 | |
| 10924 | ROCKY MOUNTAIN READY MIX CONCRETE, 5700 LOGAN STREET, DENVER, CO 80216 | |
| 10924 | ROCKY MOUNTAIN READY MIX, 14141 HWY 6, EAGLE, CO 81631 | |
| 10924 | ROCKY MOUNTAIN REDI MIX, 23704 HWY 6 AND 24, RIFLE, CO 81650 | |
| 10924 | ROCKY MOUNTAIN REDI MIX, ATTN:  ACCOUNTS PAYABLE, 14156 B. HWY 82, CARBONDALE, CO 81623 | |
| 10924 | ROCKY MT PRESTRESSED INC., PO BOX21500, DENVER, CO 80221 | |
| 10925 | ROCKY MT. CHAPTER ACI, 2169 E. 116TH AVE., NORTHGLENN, CO 80233-5901 | |
| 10924 | ROCKY MTN CONCRETE & CONSTRUCTION, 1360 BROOK DRIVE, ESTES PARK, CO 80517 | |
| 10924 | ROCKY ROAD, AIRPORT ROAD, LAS VEGAS, NM 87701 | |
| 10924 | ROCKY ROAD, PO BOX1405, LAS VEGAS, NM 87701 | |
| 10925 | ROCLA CONCRETE TIE INC, 268 E SCOTTLAND DR, BEAR, DE 19701-1738 | |
| 10924 | ROCLA CONCRETE TIE INC., 1601 HOLLY STREET, AMARILLO, TX 79108 | |
| 10924 | ROCLA CONCRETE TIE, 701 W. 48TH AVE, DENVER, CO 80216 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　ROCLA CONCRETE TIE, 701 WEST 48TH AVE, DENVER, CO 80216

10924　ROCLA CONCRETE TIE, INC., 268 EAST SCOTLAND DRIVE, BEAR, DE 19701-1738

10924　ROCLA CONCRETE TIE, INC., 701 W. 48TH, DENVER, CO 80201

10924　ROCLA CONCRETE TIE, INC., 701 WEST 48TH AVENUE, DENVER, CO 80216

10924　ROCON OF ROCHESTER, 4019 HWY #14 WEST, ROCHESTER, MN 55901

10924　ROCON OF ROCHESTER, P O BOX 6386, ROCHESTER, MN 55901

10924　ROCON OF ROCHESTER, P.O.BOX 6386, ROCHESTER, MN 55903

10924　ROCON OF ROCHESTER, PO BOX 6386, ROCHESTER, MN 55903

10925　ROCON OF ROCHESTER, POBOX 6386, ROCHESTER, MN 55903

10925　ROCOR TRANSPORTATION, PO BOX 850343, OKLAHOMA CITY, OK 73185-0343

10925　ROCTEST, 294 COMMERCIAL ST. SUITE 4019, MANCHESTER, NH 03101-1142

10925　ROCTEST, PO BOX 3568, CHAMPLAIN, NY 12919-3568

10924　ROD BROWN TRUCKING & R/M, 308 E. LATIMER, ABINGDON, IL 61410

10924　ROD BROWN TRUCKING & R/M, ABINGDON, IL 61410

10925　ROD INGLERIGHT, 9289 CRESTWOOD RD, PARMA HTS, OH 44130-3255

10925　ROD, FRANCES M, BOX 507, COPALIS BEACH, WA 98535-0507

10924　RODA PAINT CO., 12000 S.W. GARDEN PLACE, PORTLAND, OR 97223

10924　RODA PAINT CO., 12000 SW GARDEN PLACE, PORTLAND, OR 97223

10924　RODA PAINT CO., 6123 N. MARINE DRIVE, PORTLAND, OR 97203

10925　RODALE HEALTH PROMOTIONS, 30 EAST MINOR ST, EMMAUS, PA 18098

10925　RODANO, TODD, 3004 FLORIBUND CT, FALLSTON, MD 21047

10925　RODANO, WENDY, 4210 TAUNTON DR, BELTSVILLE, MD 20705

10925　RODARTE, JOSE, 12082 SOCORRO RD., SAN ELIZARIO, TX 79849

10925　RODCO L.C. DBA NINFAS, GENERAL COUNSEL, 214 N. NAGLE ST., HOUSTON, TX 77003

10925　RODD, CECILIA, 5107 S MAYFIELD AVE, CHICAGO, IL 60638-1509

10925　RODDA PAINT, POBOX 5127, PORTLAND, OR 97208-5127

10925　RODDA, DEAN, 746 W ROCKVIEW AVE, N PLAINFIELD, NJ 07060

10925　RODDY BLAND ET AL., 2190 HARRISON, BEAUMONT, TX 77701

10924　RODDY SCIENCE CENTER, 32 PLUM STREET, TRENTON, NJ 08638

10925　RODDY, ELIZABETH, 3024 S. BUCHANAN ST, ARLINGTON, VA 22206

10925　RODDY, GARY, 710 SYCAMORE DR, BURKBURNETT, TX 76354-3042

10925　RODDY, HENRY, PO BOX 756, WOODRUFF, SC 29388

10925　RODDY, LISA, 4051 LYMAN RD, OAKLAND, CA 94602

10925　RODEA, VERONICA, 414 W. EBONY, SAN JUAN, TX 78539

10925　RODEBAUGH, WILLIAM, 1031 GRANITE ST, PHILADELPHIA, PA 19124

10924　RODEL, 50 BELLEVUE ROAD, NEWARK, DE 19713

10924　RODEL, INC, 50 BELLEVUE ROAD, NEWARK, DE 19713

10924　RODEL, INC., 451 BELLEVUE ROAD, NEWARK, DE 19713

10925　RODEN ELECTRIC SUPPLY CO., 4220 AMNICOLA HWY., CHATTANOOGA, TN 37406

10925　RODEN, PO BOX 440417, NASHVILLE, TN 37244-0417

10925　RODEN-TAYLOR, THERESA, 18801, NEWALLA, OK 74857

10925　RODER, DAVID, 74 CHESTNUT ST, BROOKLINE, MA 02146

10925　RODER, DIANA, 5 RIVERWOOD CT, GREENVILLE, SC 29611

10925　RODERIC INGLERIGHT, 9289 CRESTWOOD DR, PARMA HEIGHTS, OH 44130-3255

10925　RODERICK J MCLAREN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　RODERICK MANUEL, 4849 HOMESTEAD, STE 232, HOUSTON, TX 77028

10925　RODERICK N SCHUELER, 6111 CHAPEL PINES RUN, FORT WAYNE, IN 46804-3303

10925　RODERICK, LORI, 24999 SOMBRA AVE, MURRIETA, CA 92563

10925　RODERICK, RITA, 52 CEDAR ST, NEW BEDFORD, MA 02740

10925　RODERICK, TODD, 4429 THOMPSON BR RD., GAINESVILLE, GA 30506

10925　RODERMOND, STEPHEN, 2524 LORNE COURT, MARIETTA, GA 30064

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    RODESA, INC., PO BOX14-0894, CORAL GABLES, FL 33114

10924    RODESA,INC., 2800 NW 105TH AVE., MIAMI, FL 33172

10925    RODEWALD, GENEVIEVE D, CUST FOR MARK RODEWALD, UNIF GIFT MIN ACT TENN, 4442 HWY 31 W, COTTONTOWN, TN 37048-4850

10925    RODEWIG, WILLIAM, 1911 MCDONALD AVE, NEW ALBANY, IN 47150-3742

10925    RODGER L BRISSO, 3440-AVE A, COUNCIL BLUFFS, IA 51501-1817

10925    RODGERS JT TEN, WILLIAM R & DOROTHY J, C/O PETER W RODGERS ADM, 1530 TWINRIDGE RD, SANTA BARBARA, CA 93111-1235

10924    RODGERS POOL, 150 MIDDLE ST., LOWELL, MA 01852

10925    RODGERS, BLANCHE, 9509 NIGHTSONG LANE, COLUMBIA, MD 21046-2045

10925    RODGERS, CARLA, 12233 S SANGAMON, CHGO, IL 60643

10925    RODGERS, CYNTHIA, POBOX 82, ENNIS, TX 75120

10925    RODGERS, ELAINE, 560 CAPRICE COURT, MORGAN HILL, CA 95037

10925    RODGERS, HENRIETTA, 308 HOWARD DRIVE, SIMPSONVILLE, SC 29681

10925    RODGERS, JANET, 404 N. COX ST, MIDDLETOWN, DE 19709

10925    RODGERS, JOHN, 2 HIGH ST, MAYNARD, MA 01754-1605

10925    RODGERS, JOHN, 3 BRANCH ST, GARDNER, MA 01440-1810

10925    RODGERS, JOHNNIE, 12233 SOUTH SANGAMONST, CHICAGO, IL 60643

10925    RODGERS, KERRY, 1012 B WESTOVER DR, GREENVILLE, NC 27834

10925    RODGERS, LUCINDA, 1500 RARITAN AVE, MANVILLE, NJ 08835

10925    RODGERS, MARK, 3901 PANTHERSVILLE, ELLENWOOD, GA 30049

10925    RODGERS, MERLE, 2310 SW 18TH ST, LINCOLN, NE 68522

10925    RODGERS, PATTI, 5937 NOUMEA ST, CYPRESS, CA 90630

10925    RODGERS, RANDI, POST OFFICE BOX 40552, RENO, NV 89504

10925    RODGERS, RICHARD, 140 SIMON DRIVE, MOORE, SC 29369-9509

10925    RODGERS, RICHARD, 2257 PINE TREE LANE, ROCKY MOUNT, NC 27804

10925    RODGERS, RICHARD, 900 MIDDLESEX TURNPIKE, B2, BILLERICA, MA 01821

10925    RODGERS, ROBERT D, PONTONJARGATAN 1, 112 22, STOCKHOLM, SWEDEN          **\*VIA Deutsche Post\***

10925    RODGERS, SUE, PO BOX 18961, OKLA CITY, OK 73154

10925    RODGERS, W, 308 HOWARD DRIVE, SIMPSONVILLE, SC 29681

10925    RODGERS, WAYNE, RURAL ROUTE 1, ATLANTIC, IA 50022

10925    RODICK, JOHN, 18 RYAN AVE, TAMAQUA, PA 18252

10925    RODILES, NICOLE, 1876 HASKELL DR E, EL CENTRO, CA 92243

10925    RODILES, SANDRA, 1876 HASKELL DR, EL CENTRO, CA 92243

10925    RODINI, MARK, 209 11TH ST NE, WASHINGTON, DC 20002

10925    RODIS, MARLA, 207 S 70TH AVE, OMAHA, NE 68132

10925    RODKEY, CURTIS, PO BOX 253, INGLESIDE, IL 60041

10925    RODMAN RODMAN SANDMAN, ONE MALDEN SQUARE BLDG, 442 MAIN ST STE 300, MALDEN, MA 02148-5117

10924    ROD-MAR C/O WEST PARK, 1808 HWY 190 W, DE RIDDER, LA 70634

10925    RODNEY C OJA, 50371 HGY 46, SQUAW LAKE, MN 56681

10925    RODNEY N HADER & LOTTIE G HADER, JT TEN, 907 KENBROOK DR, SILVER SPRING, MD 20902-3228

10925    RODNEY O DENNIS, 6051 W 65 ST, BEDFORD PARK, IL 60638

10925    RODOCKER, BRYAN Q., 75846 AVE NO, ST PETE, FL 33703

10925    RODRIGO, ANGEL, 1065 GREENPOINT CT., CONCORD, CA 94521

10925    RODRIGO, FREDERICK, 1065 GREEN POINT CT., CONCORD, CA 94521

10925    RODRIGUE, JOYCE, 177 WOODLAND ROAD, PALM SPRINGS, FL 33461

10925    RODRIGUE, NANCI, 74 MINOT ST, READING, MA 01867

10925    RODRIGUES, ALFRED, 288 EARLE ST, NEW BEDFORD, MA 02745

10925    RODRIGUES, EULALIA, 2 STANLEY DRIVE, TAUNTON, MA 02780

10925    RODRIGUES, HUMBERTO, 14 MINOT AVE, BROCKTON, MA 02401

10925    RODRIGUES, JOSE, 2017 VERMONT AVE NW, WASHINGTON, DC 20001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RODRIGUES, MARIA, 52 HARRISON AVE, TAUNTON, MA 02780 | |
| 10925 | RODRIGUES, OSCAR, 9594 INVERARY CT, LORTON, VA 22079 | |
| 10925 | RODRIGUEZ ORTIZ, NELSON, CALLE 10 JA4 ALTURAS DE CANA, BAYAMON, PR 00619 | |
| 10925 | RODRIGUEZ WELDING & CONSTRUCTION, 62 STREE #AU-7, BAYAMON, PR 00957 | |
| 10925 | RODRIGUEZ WELDING & CONSTRUCTION, 62 STREE #AU-7, BAYAMON, PR 957 | |
| 10925 | RODRIGUEZ WELDING & CONSTRUCTION, DO NOT USE SEE V#46769, QUINTAS DE REXVILLE, BAYAMON, PR 00957PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RODRIGUEZ WELDING & CONSTRUCTION, QUINTAS DE REXVILLE, BAYAMON, PR 00957PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RODRIGUEZ, ABEL, PO BOX 467, SHEFFIELD, TX 79781 | |
| 10925 | RODRIGUEZ, ADA, BO. CHARCO HONDO#24, CABO ROJO, PR 00623 | |
| 10925 | RODRIGUEZ, ADALBERTO, URB ANA MARIA CALLE, CABO ROJO, PR 00623 | |
| 10925 | RODRIGUEZ, ADEL, 815 DELAND WAY, SAN JOSE, CA 95128 | |
| 10925 | RODRIGUEZ, ADRIAN, 216 DONNA, MISSION, TX 78572 | |
| 10925 | RODRIGUEZ, ALBINO, 2110 ROBERTS, WICHITA FALLS, TX 76301 | |
| 10925 | RODRIGUEZ, ALDOREY, 705 HOLDRIDGE, CALEXICO, CA 92231 | |
| 10925 | RODRIGUEZ, ALMA, 2961 IH 35W, NEW BRAUNFELS, TX 78130 | |
| 10925 | RODRIGUEZ, AMADO, 6051 W. 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | RODRIGUEZ, AMADO, 6123 W 64TH PLACE APT. #2, CHICAGO, IL 60638 | |
| 10925 | RODRIGUEZ, ANNIE, 1148 WOODLEA DRIVE, YAZOO CITY, MS 39194 | |
| 10925 | RODRIGUEZ, ANTONIO, 517 PRESTONWOOD DRIVE, RICHARDSON, TX 75081 | |
| 10925 | RODRIGUEZ, ANTONIO, PO BOX 141986, ARECIBO, PR 00614 | |
| 10925 | RODRIGUEZ, ARNULFO, RT. 1 BOX 105-305B, SAN JUAN, TX 78589 | |
| 10925 | RODRIGUEZ, ASTREA D, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | RODRIGUEZ, ASTREA, 5650 S KEELER AVE, CHICAGO, IL 60629 | |
| 10925 | RODRIGUEZ, BARBARA, 108 HYDE PARK AVE, JAMAICA PLAIN, MA 02130 | |
| 10925 | RODRIGUEZ, BARBARA, 2518 MUNGER, HOUSTON, TX 77023 | |
| 10925 | RODRIGUEZ, BARRY, 600 NEW HAVEN, RACELAND, LA 70394 | |
| 10925 | RODRIGUEZ, BELISARIO, 216 DONNA AVE., MISSION, TX 78572 | |
| 10925 | RODRIGUEZ, BERNICE, 6933 BORDER BROOK, SAN ANTONIO, TX 78238 | |
| 10925 | RODRIGUEZ, BETZAIDA, VILLA GRILLASCA P-20-A, PONCE, PR 00731 | |
| 10925 | RODRIGUEZ, BOBBIE, PO BOX 10083, KILLEEN, TX 76547 | |
| 10925 | RODRIGUEZ, CARLOS, 1241 5TH AVE #41, CHULA VISTA, CA 91911 | |
| 10925 | RODRIGUEZ, CARLOS, 753 NORWICH COURT, CRYSTAL LAKE, IL 60012 | |
| 10925 | RODRIGUEZ, CARMELO, CALLE 4 I-6, CAGUAS, PR 00625 | |
| 10925 | RODRIGUEZ, CARMEN, 230 COLUMBIA AVE APT. B, CLIFFSIDE PARK, NJ 07010 | |
| 10925 | RODRIGUEZ, CARMEN, BO CAIMITAL ALTO, AGUADILLA, PR 00605 | |
| 10925 | RODRIGUEZ, CARMEN, BO JAGUEYES BOX 344, YABUCOA, PR 00767 | |
| 10925 | RODRIGUEZ, CARMEN, CALLE 6 F-62 LOS CAO, PONCE, PR 00731 | |
| 10925 | RODRIGUEZ, CARMEN, EXT PUNTO ORO, PONCE, PR 00731 | |
| 10925 | RODRIGUEZ, CARMEN, RIO CRISTA CLUSTER 8, MAYAGUEZ, PR 00680 | |
| 10925 | RODRIGUEZ, CHRISTA, 4699 CO RD 4, MEEKER, CO 81641 | |
| 10925 | RODRIGUEZ, D, 2507 RESTON, SAN ANTONIO, TX 78232 | |
| 10925 | RODRIGUEZ, DAMASO, 694 PARKER ST, NEWARK, NJ 07104 | |
| 10925 | RODRIGUEZ, DAN, 8112 FRANKLIN ST, BUENA PARK, CA 90621 | |
| 10925 | RODRIGUEZ, DAVID, 504 E CHARLES ST, EASTON, PA 18042 | |
| 10925 | RODRIGUEZ, DELMA, 726 PICKWELL DR, SAN ANTONIO, TX 78223 | |
| 10925 | RODRIGUEZ, DIANE, 1449 PKWY #1A, ODESSA, TX 79761 | |
| 10925 | RODRIGUEZ, DOMINGO, 1202 EAST JEAN ST, TAMPA, FL 33604 | |
| 10925 | RODRIGUEZ, EFRAIN, 2209 ROOSEVELT, FORT WORTH, TX 76106 | |
| 10925 | RODRIGUEZ, ELADIO, PO BOX 358 CALLE 5 K-7, CABO ROJO, PR 00623 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   RODRIGUEZ, ELIZABETH, ABRA SAN FRANCISCO, ARECIBO, PR 00612

10925   RODRIGUEZ, ELMER, 6347 MONTROSE ST, ALEXANDRIA, VA 22312

10925   RODRIGUEZ, ELVIA, 1651 W 226TH ST, TORRANCE, CA 90501

10925   RODRIGUEZ, ELVIA, 24715 S. AVALON BLVD, WILMINGTON CARSON, CA 90744

10925   RODRIGUEZ, EMERITA, 110 VALERIE DRIVE, MANVILLE, NJ 08835

10925   RODRIGUEZ, EMILIA, 104 E. DEVON PL, LAREDO, TX 78041

10925   RODRIGUEZ, EMILY GARCIA, 19 E 49TH ST, KANSAS CITY, MO 64112

10925   RODRIGUEZ, ENRIQUE, 2022 S 11TH BOX 3, MCALLEN, TX 78501

10925   RODRIGUEZ, ERIBERTO, 2515 INGERSOLL, DALLAS, TX 75212

10925   RODRIGUEZ, ERIC, CALLE 70 BQ 129 CS1, CAROLINA, PR 00985

10925   RODRIGUEZ, ERNERTO, 2309 N. HOUSTON, FT WORTH, TX 76109

10925   RODRIGUEZ, ERNESTO, 1712 WEST ST., ROSENBERG, TX 77471

10925   RODRIGUEZ, ESMERALDA, 13009 S BUTLER AVE, COMPTON, CA 90220

10925   RODRIGUEZ, ESPERANZA, 4480 NW 196 ST, N MIAMI, FL 33055

10925   RODRIGUEZ, EVELYN, 1034 NORTH 6TH ST, READING, PA 19601

10925   RODRIGUEZ, EVELYN, 20 BISSELL ST, PROVIDENCE, RI 02907

10925   RODRIGUEZ, EVELYN, CALLE 2 G-41, HUMACAO, PR 00791

10925   RODRIGUEZ, FELIPE M, 3671 E LINCOLN WAY BOX 124, CHEYENNE, WY 82001

10925   RODRIGUEZ, FELIPE, PO BOX 27581, WASHINGTON, DC 20038

10925   RODRIGUEZ, FELIX, 17700 S AVALON BLVD SPC. 194, CARSON, CA 90746

10925   RODRIGUEZ, FELIX, 3018 OAKWOOD DR., HARKER HEIGHTS, TX 76543

10925   RODRIGUEZ, FERNANDO, 8338 WICKERSHAM, SAN ANTONIO, TX 78250

10925   RODRIGUEZ, FRANCISCO, 339 W GREEN ST, READING, PA 19601

10925   RODRIGUEZ, GLORIA, 5003 92ND ST, LUBBOCK, TX 79424

10925   RODRIGUEZ, GUADALUP, 2610 CALLEREINA, HARLINGEN, TX 78552

10925   RODRIGUEZ, IRENE, 34-56 43RD ST, ASTORIA, NY 11101

10925   RODRIGUEZ, IRMA, 2381 W MULBERRY, SAN ANTONIO, TX 78201

10925   RODRIGUEZ, JACK, 151 CONGRESS ST, JERSEY CITY, NJ 07307

10925   RODRIGUEZ, JAMES, 246 BRANDYWINE, SAN ANTONIO, TX 78228

10925   RODRIGUEZ, JANET, BOX 904, LAS PIEDRAS, PR 00771

10925   RODRIGUEZ, JANIE, 801 MATAGORDA, SAN ANTONIO, TX 78210

10925   RODRIGUEZ, JAVIER, 931 W 25TH, HOUSTON, TX 77008

10925   RODRIGUEZ, JAVIER, BOX 106, CAMUY, PR 00627

10925   RODRIGUEZ, JOANN, 2976 DR. NICHOLS RD., YORK, SC 29745

10925   RODRIGUEZ, JOAQUIN, 10223 SW 117 COURT, MIAMI, FL 33186

10925   RODRIGUEZ, JOE, 1201 KIKA DELAGARZA, MISSION, TX 78572

10925   RODRIGUEZ, JOSE, 29 HIGH ST 1ST FL, JERSEY CITY, NJ 07306

10925   RODRIGUEZ, JOSE, 32 N. PLEASANT, TAUNTON, MA 02780

10925   RODRIGUEZ, JOSE, 900 EAST 12TH., MISSION, TX 78572

10925   RODRIGUEZ, JOSE, HC-01 BOX 4290 QUEBRADA GRANDE, BARRANQUITAS, PR 00618

10925   RODRIGUEZ, JUAN M, PO BOX 464, DUNCAN, SC 29334

10925   RODRIGUEZ, JUAN, 1203 DELICATA LN, GREER, SC 29650

10925   RODRIGUEZ, JUAN, 2219 243RD ST. W, LOMITA, CA 90717

10925   RODRIGUEZ, JUAN, 2939 LIPSCOMB, FT WORTH, TX 76110

10925   RODRIGUEZ, JUAN, 3345 8TH AVE, FT WORTH, TX 76110

10925   RODRIGUEZ, JUAN, 5 LAWRENCE AVE, WATSONVILLE, CA 95076

10925   RODRIGUEZ, JUANITA, 34 N. PLEASANT ST, TAUNTON, MA 02780

10925   RODRIGUEZ, KELLI, 837 SE 2ND ST, BELLE GLADE, FL 33430

10925   RODRIGUEZ, KENNY, 902 N BRYAN AVE, LAMESA, TX 79331-3616

10925   RODRIGUEZ, LESBIA, 2616 APPLE DALE, DALLAS, TX 75287

10925   RODRIGUEZ, LETICIA, 148 4TH AVE., GALT, CA 95632

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RODRIGUEZ, LETICIA, 3102 ROYALTON DR, SAN ANTONIO, TX 78228

10925   RODRIGUEZ, LETICIA, 6160 E. BELLEVUE ST., TUCSON, AZ 85712

10925   RODRIGUEZ, LIZZETTE, CALLE 17 2X-10, CAGUAS, PR 00625

10925   RODRIGUEZ, LORENZO, 1681 3RD AVE., 3A, NEW YORK, NY 10128

10925   RODRIGUEZ, LORI, 155 PIEDRAS CT., ODESSA, TX 79763

10925   RODRIGUEZ, LUIS, 2555 N.E. LOOP 410, SAN ANTONIO, TX 78217

10925   RODRIGUEZ, LUIS, 3735 PLEASANTON, SAN ANTONIO, TX 78221

10925   RODRIGUEZ, LUIS, 4206 MEADOWBROOK, WICHITA FALLS, TX 76308

10925   RODRIGUEZ, LYDIA, 232 N.BURGE, DUMAS, TX 79029

10925   RODRIGUEZ, MADELIN, 9 GRAND ST, WEEHAWKEN, NJ 07087

10925   RODRIGUEZ, MANUEL, 1335 KENNY DR., WESTWEGO, LA 70094

10925   RODRIGUEZ, MANUEL, 268 FOUNTAIN, EL PASO, TX 79912

10925   RODRIGUEZ, MANUEL, 606 NW 107TH ST, MIAMI, FL 33172

10925   RODRIGUEZ, MARGARITA, 4637 BURGUNDY RD. N., JAX, FL 32210

10925   RODRIGUEZ, MARGARITA, 504 NW. 9TH., ANDREWS, TX 79714

10925   RODRIGUEZ, MARIA, 1001 GOLDEN GATE CICLE, CORPUS CHRISTI, TX 78416

10925   RODRIGUEZ, MARIA, 1417 HARRINGTON, FT WORTH, TX 76106

10925   RODRIGUEZ, MARIA, 8045 SEPULVEDA, 31, VAN NUYS, CA 91402

10925   RODRIGUEZ, MARIA, 904 WEST 20TH ST #789Y, MISSION, TX 78572

10925   RODRIGUEZ, MARIA, HC-764 BO LOS RIOS, PATILLAS, PR 00723

10925   RODRIGUEZ, MARIO, 16 MAGRUDER AVE, CATONSVILLE, MD 21228

10925   RODRIGUEZ, MARIO, 2516 LEE AVE, FT. WORTH, TX 76106

10925   RODRIGUEZ, MAYMI, 2017 VERMONT AVE NW, WASHINGTON, DC 20001

10925   RODRIGUEZ, MERCY, 930 S. 5TH ST., COLTON, CA 92324

10925   RODRIGUEZ, MICHAEL, 1709 EAST MARTHA, PASADENA, TX 77502

10925   RODRIGUEZ, MILLIE, 3423 SW 6TH ST, MIAMI, FL 33135

10925   RODRIGUEZ, MIRIAM, BOX 9500, ARECIBO, PR 00613

10925   RODRIGUEZ, MIRIAM, CALLE 8 G-4, CAGUAS, PR 00725

10925   RODRIGUEZ, N, 417 KYLE, EL PASO, TX 79905

10925   RODRIGUEZ, NEPOMUCENO, 2626 NW 10TH, AMARILLO, TX 79106

10925   RODRIGUEZ, NICOLAS, RT. 1 BOX 2044, MERCEDES, TX 78570

10925   RODRIGUEZ, NORMA, PO BOX 64430, MILWAUKEE, WI 53204

10925   RODRIGUEZ, ORALIS, 21908 MONETA AVE, CARSON, CA 90745

10925   RODRIGUEZ, PATRICIA ANN, 4323 PALMER PLANT., MISSOURI CITY, TX 77489

10925   RODRIGUEZ, PAULA, 3735 CATTADORI COURT, BROWNSVILLE, TX 78520

10925   RODRIGUEZ, PEDRO, 1013 W. 24TH ST, HOUSTON, TX 77008

10925   RODRIGUEZ, PILAR, BOX 9017, ARECIBO, PR 00613

10925   RODRIGUEZ, R, 523 COLLINGSWORTH, SAN ANTONIO, TX 78225

10925   RODRIGUEZ, RAFAEL, 5114 HUDSON AVE, W. NEW YORK, NJ 07093

10925   RODRIGUEZ, RAFAEL, 985 W 67TH ST, HIALEAH, FL 33012

10925   RODRIGUEZ, REBECCA, 3812 MORROW, WACO, TX 76710

10925   RODRIGUEZ, REBECCA, 5309 POCASETT DR, ARLINGTON TX, TX 76018

10925   RODRIGUEZ, REBECCA, 753 NORWICH COURT, CRYSTAL LAKE,, IL 60012

10925   RODRIGUEZ, RENE, 10143 FELTON AVE, LENNOX, CA 90304-1219

10925   RODRIGUEZ, RICHARD, HC 01 BOX 10555, TOA BAJA, PR 00949

10925   RODRIGUEZ, RICKY, 8011 DURKLYN LANE, HOUSTON, TX 77070

10925   RODRIGUEZ, ROBERT, 268 S. 15TH, RAYMONDVILLE, TX 78580

10925   RODRIGUEZ, RODOLFO, RT 4 BOX 250-A, MISSION, TX 78572

10925   RODRIGUEZ, RODRIGO, PO BOX 1945, MCALLEN, TX 78502

10925   RODRIGUEZ, ROGERIO, 1505 WALNUT ST, GRAND PRAIRIE, TX 75050

10925   RODRIGUEZ, ROSA, 1246 CHARTER OAKS CR, HOLLY HILL, FL 32117

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   RODRIGUEZ, RUDY, 1607 HAMLIN, WICHITA FALLS, TX 76303

10925   RODRIGUEZ, SALVADOR, 211 HIGH ST, AURORA, IL 60505

10925   RODRIGUEZ, SANDRA, 2640 VILLA AVE., CLOVIS, CA 93612

10925   RODRIGUEZ, SERGIO, 1500 N. PAULSEN AVE., COMPTON, CA 90222

10925   RODRIGUEZ, SHEILA, 208 54TH, LUBBOCK, TX 79404

10925   RODRIGUEZ, SHELLEY, 1130 LAURIE DR., CANYON LAKE, TX 78133

10925   RODRIGUEZ, SILVIA, 11 STARWOOD DR, HAMPSTEAD, NH 03841

10925   RODRIGUEZ, SIMON, 513 E. NEW YORK, MIDLAND, TX 79701

10925   RODRIGUEZ, STEVEN, 843 SOUTH HOMESTEAD, LAGRANGE PARK, IL 60526

10925   RODRIGUEZ, TEREZA, 1 PACKARD ST, WOBURN, MA 01801

10925   RODRIGUEZ, TONI, 1449 SOUTHVIEW CT, CHULA VISTA, CA 91910

10925   RODRIGUEZ, VALENTE, 1226 W SANTA CLARA SANTA ANA CA, SANTA ANA, CA 92706

10925   RODRIGUEZ, VICTOR, 1083 N. COMAL ST., EAGLE PASS, TX 78852

10925   RODRIGUEZ, WANDA, CALLE 1 HC-22 URB CASAMIA, PONCE, PR 00731

10925   RODRIGUEZ, WILMA, SECTOR LA CURVA, ISABELA, PR 00662

10925   RODRIGUEZ-DIAZ, EVELYN, RUISENOR F-24 LAS GAVIOTAS, TOA BAJA, PR 00949

10925   RODRIQUES, CLAUDIA, 4004 URANUS, ODESSA, TX 79764

10925   RODRIQUEZ, BEVERLY, 2612 SOUTHWEST, WICHITA FALLS, TX 76308

10925   RODRIQUEZ, BRENDA, 1111 KAIGHN AVE., CAMDEN, NJ 08103

10925   RODRIQUEZ, CARLOS, 1523 N. MAGDALEN, SAN ANGELO, TX 76903

10925   RODRIQUEZ, CARLOS, 2070 LAKE HARBIN RD, MORROW, GA 30260

10925   RODRIQUEZ, CARMELO, 2180 SECOND ST, MULBERRY, FL 33860-9402

10925   RODRIQUEZ, EFRAIN, 2209 ROSSEVELT, FORT WORTH, TX 76106

10925   RODRIQUEZ, EVELYN, CALLE 32 # V-31, BAYAMON, PR 00956

10925   RODRIQUEZ, FELIPE, 9 LONGFELLOW RD, NORTH BRUNSWICK, NJ 08902

10925   RODRIQUEZ, GUADALUPE, 1206 E.DORMARD, MIDLAND, TX 79705

10925   RODRIQUEZ, JEANETTE, BOX 645, PETERSBURG, TX 79250

10925   RODRIQUEZ, JOE, 4488 ECTOR, BEAUMONT, TX 77705

10925   RODRIQUEZ, JOHN, 1304 STOVER SW, ALBUQUERQUE NM, NM 87102

10925   RODRIQUEZ, JOHN, 252 S JAMES ST, ORANGE, CA 92699

10925   RODRIQUEZ, JOSE, 6221 CROW CT., REX, GA 30273

10925   RODRIQUEZ, JOSE, 900 EAST 12, MISSION, TX 78572

10925   RODRIQUEZ, JUAN, PO BOX 759, PEARSALL, TX 78061

10925   RODRIQUEZ, MARIO, 3100 ELMIRA ST, MCALLEN TX, TX 78503

10925   RODRIQUEZ, MARY, 218 E.TUKE ST, PAMPA, TX 79065

10925   RODRIQUEZ, MARY, 5934 HUDSON ST, RIVERSIDE, CA 92509

10925   RODRIQUEZ, MERCEDES, 606 NW 107TH AVE, MIAMI, FL 33172

10925   RODRIQUEZ, OSCAR, 1451 STONEWOOD DR., NORCROSS, GA 30093

10925   RODRIQUEZ, RAQUEL, 12590 HIGH DESERT RO, VICTORVILLE, CA 92392

10925   RODRIQUEZ, RICARDO, 56 SASSAFRAS ST, PATERSON, NJ 07524

10925   RODRIQUEZ, TERESA, 313 BARON PL, GRAND PRAIRIE, TX 75051

10925   RODRIQUEZ, TERESA, W198 N16480 LINDEN CIRCLE, JACKSON, WI 53037

10925   RODRIQUEZ, VIRGINIA, 5719 STOVER AVE, RIVERSIDE, CA 92505

10925   RODRIQUEZ-DIAZ, YVONNE, BOX 4195, VEGA BAJA, PR 00694

10925   RODROGUEZ, ANNA, 800 RASMUSSEN DR, SANDSTON, VA 23150

10925   ROE CUSTOMS SERVICES LTD., 474 RUE MCGILL, SUITE 300, MONTREAL, QC H2Y 2H2CANADA          *VIA Deutsche Post*

10925   ROE, A, % INTEL 1400 SARA ROAD MAIL STOP F9-13, RIO RANCHO, NM 87124

10925   ROE, ADAM, 6718 ANDREWS HWY #122-G, ODESSA, TX 79762

10925   ROE, ELEANOR, 86 WEST SPRINGFIELD #1, BOSTON, MA 02118

10925   ROE, MICHAEL, 48 WALECO ROAD, BROCKTON, MA 02402

10925   ROE, RICHARD, 898 BRUNSWICK LANE, AIKEN, SC 29803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ROE, STERLING, 737 MAIN ST., DUNSTABLE, MA 01827

10925 ROE, TAMMY, 2920 BEAUMONT COVE, PEARL, MS 39208

10925 ROEBUCK & ASSOCIATES INC, 1103 SWANN AVE, TAMPA, FL 33606

10925 ROEBUCK BUILDINGS CO INC, PO BOX 130, ROEBUCK, SC 29376

10925 ROEBUCK, JAMES, RTE 1, BOX 234, STOKES, NC 27884

10925 ROECKER, OTTO, W7425 WHITE RIVER TR, WAUTOMA, WI 54982

10925 ROEDELBRONN, CHARLES, 223 WYCOFF WAY W., EAST BRUNSWICK, NJ 08816

10925 ROEDER, DAVID, 1814 ST ROMAN DR, VIENNA, VA 22182

10925 ROEDER, JAMES, 32-25 38TH ST, ASTORIA, NY 11103

10925 ROEDER, ROBERT, 151 CENTURY DRIVE, 100B, GREENVILLE, SC 29607

10925 ROEDL, JACOB, 100 FOREST PL #P6, OAK PARK, IL 60301

10925 ROEDOCKER, CATHERINE, PO BOX 20752, RENO, NV 89515

10925 ROEHM, CHARLES, 5239 JONES ROAD, OWENSBORO, KY 42303

10924 ROEHR CHEMICALS COMPANY, 52-20 37TH. STREET, LONG ISLAND CITY, NY 11101

10925 ROEHRBORN, PHIL, 5850 HILLSIDE SCHOOL ROAD, SPRING GREEN, WI 53588

10925 ROEL, GUADALUPE, RT 3 BOX 530 GR, MISSION, TX 78572

10925 ROELL, JOAN, 6702 CHAPEL HILL ROAD, INDIANAPOLIS, IN 46214

10925 ROEMBKE, THOMAS P, 179 SUNNY ACRES DRIVE, CINCINNATI, OH 45255

10925 ROEMELING, ELVIN, 2557 482 AVE, GARRETSON, SD 57030

10925 ROEMER, CHRISTOPHER, PO BOX 36211, RICHMOND, VA 23235

10925 ROENNAU, FRED, 1506 WESSEX ROAD, ROANOKE, TX 76262

10925 ROEPKE, MARK, 805 GRANDVIEW DR, ELM GROVE, WI 53122

10925 ROESCH, BILL, 3295 WAINS WAY, OAKLAND, MI 48363

10925 ROESKE, NANCY, 5225 GALLAGHER, WHITMORE LAKE, MI 48189

10925 ROESLER, SARA, 22 CLAFLIN PLACE, NEWTONVILLE, MA 02160

10925 ROESNER, LEE, 1509 COBBLESTONE COURT, MCHENRY, IL 60050

10925 ROESSLER & SONS CONSTRUCTION, GREGORY C ROESSLER PRES, 45 GLACIERS EDGE
SQUARE, CROSS PLAINS, WI 53528

10925 ROESSLER COMPANY, PO BOX 428638, CINCINNATI, OH 45248-8638

10924 ROESSLER READY MIX INC, 202 SOUTH MAIN STREET, COLUMBIA, IL 62236

10924 ROESSLER READY MIX, 229 EAST LEGION AVENUE, COLUMBIA, IL 62236

10924 ROESSLER READY MIX, PO BOX 354, COLUMBIA, IL 62236

10925 ROESSLER, M, 1135 LIMEKILN PIKE, MAPLE GLEN, PA 19002

10925 ROETHERFORD, KAREN, 5973 MARYLAND, DETROIT, MI 48224

10924 ROETZEL & ANDRESS, 37 W BROAD ST STE 800, COLUMBUS, OH 43215

10925 ROFF, LEO, 158 ATWATER ST, PORT CHARLOTTE, FL 33954-3570

10925 ROFFERS, JAMES, W 402 FISH CREEK RD, DE PERE, WI 54115

10925 ROFFERS, KEVIN, 1561 DAY ST, GREENLEAF, WI 54126

10925 ROFFERS, MICHELLE, W1555 FISH CREEK RD, DEPERE, WI 54115

10925 ROFKAHR, LEONARD, RT. 2, BOX 80-A, OZARK, AR 72949

10925 ROGALSKI, NICHOLAS, 606 HAIG BLVD., PHILLIPSBURG, NJ 08865

10925 ROGALSKI, THOMAS, 717 WASHINGTON AVE, MANVILLE, NJ 08835

10925 ROGAN AS, JOHN P, CUST FOR CALEY K ROGAN UNDER, THE CA UNI TRANSF TO MIN ACT, TO
MINORS ACT, PO BOX 775045, STEAMBOAT SPGS, CO 80477

10925 ROGAN, JOSEPH, 58 AMBERWOOD DR, WINCHESTER, MA 01890

10925 ROGAN, JOSEPH, 58 AMBERWOOD DRIVE, WINCHESTER, MA 01890

10925 ROGAN, JOSEPH, CUST FOR STEPHEN ROGAN, UNIF GIFT MIN ACT C, 58 AMBERWOOD DRIVE,
WINCHESTER, MA 01890-2233

10925 ROGANTI, F, PO BOX 86313, PHOENIX, AZ 85080-6313

10925 ROGEL AMERICA INC, 240 PEACHTREE ST #22-5-22, ATLANTA, GA 30303-1340

10925 ROGER A FERRERE JR &, PATRICIA G FERRERE JT TEN, 190 BRYANT ST, ISLIP TERRACE LI, NY
11752-1113

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROGER A LUDINGTON &, JANICE C LUDINGTON JT TEN, 13007 37TH AVE S, SEATTLE, WA 98168-3107

10925   ROGER A TRAINA, 2970 MISTY MEADOW DR, TRACY, CA 95376-9239

10925   ROGER B LEFF, 493 CANNONGATE DR, MONROEVILLE, PA 15146-1807

10925   ROGER C MCPHERSON, 674 MERCHANTS RD, ROCHESTER, NY 14609-5443

10925   ROGER D BURRELL, RT 1 127 RIZZO ST, PATTERSON, LA 70392-5601

10925   ROGER D BUTLER, 1617 STRONG ROAD, WATERLOO, NY 13165-9438

10925   ROGER D FARMER &, ELEANOR G FARMER JT TEN, 1112 WINONA ROAD, RALEIGH, NC 27609-6849

10925   ROGER D LAMB, 147 STEVENS RD, RISING SUN, MD 21911-1821

10925   ROGER D PEYTON, 671 E ARCH ST, MADISONVILLE, KY 42431-2176

10925   ROGER D RYAN &, ELLEN E RYAN JT TEN, 7201 SUGAR CREEK CIRCLE, LINCOLN, NE 68516-5634

10925   ROGER D SHIELDS &, KATHLEEN M SHIELDS JT TEN, 72 MT VIEW AVE, NEWBURGH, NY 12550

10925   ROGER E WEITZEL &, NATALIE A WEITZEL JTWRS JT TEN, 880 MARKHAM AVE, CUYAHOGA FALLS, OH 44221-4222

10924   ROGER E. HENLEY INC., CAMBRIDGE, MA 02140

10925   ROGER ELECTRIC CO. INC, PO BOX 3166, BAYAMON, PR PUERTO RICO     *VIA Deutsche Post*

10925   ROGER EUGENE COBB, 144 ELAINE AVE, HARAHAN, LA 70123-4932

10925   ROGER F MC CANN, 104 HASTINGS RD, ATHENS, AL 35613

10925   ROGER G SMITH &, TERESA D SMITH, JT TEN, 3028 DUSK DR, WEATHERFORD, TX 76088-7328

10925   ROGER GOODRICH, 564-C CIVIC DR, WALNUT CREEK, CA 94596-3222

10925   ROGER KEOWN, 8410 HWY 1389, HAWESVILLE, KY 42348

10925   ROGER L KERLIN, HC 80 BOX 34, LOCK HAVEN, PA 17745-9503

10925   ROGER L MACDONALD, 629 MERTENS AVE, SYRACUSE, NY 13203-1118

10925   ROGER LEE BERGER, 613 WOODARD, KIRKWOOD, MO 63122-5733

10925   ROGER LYLE MILLER, 117 WORTHWOOD DR, HIAWATHA, IA 52233

10925   ROGER M HEWLETT, 64 MAIN ST, DOVER, MA 02030-2029

10925   ROGER M. DEITZ, 477 MADISON AVE, NEW YORK, NY 10022

10924   ROGER MARIS CENTER, 9TH AVE. & 4TH ST., FARGO, ND 58102

10925   ROGER MILLS NICHOLAS C. MORAITAKIS, 3445 PEACHTREE RD NE #425, ATLANTA, GA 30326

10924   ROGER MIMMS    (EMPLOYEE SALE), C/O W.R. GRACE & CO., ENOREE, SC 29335

10925   ROGER NEISS ZITRIN, 111 S ORANGE AVE, SOUTH ORANGE, NJ 07079-1930

10925   ROGER O BADEAU & LORRAINE R, BADEAU & LORRAINE R BADEAU JT TEN, 719 DOLPHIN DRIVE, TAVARES, FL 32778-4532

10925   ROGER O BADEAU, 719 DOLPHIN DR, TAVARES, FL 32778-4532

10925   ROGER PAUL DEPPEN, 831 FLORENCE COURT, OWENSBORO, KY 42303-6423

10925   ROGER R BROWN, 88 DIVISION ST, SOUTH WAVERLY, PA 18840-2808

10925   ROGER R WILLIAMS, 4601 N PARK AVE 1712, CHEVY CHASE, MD 20815-4526

10925   ROGER RATTNER, 908 NEW HYDE PK RD, NEW HYDE PARK, NY 11040-3205

10925   ROGER REMY, AVE DE ROCHETTAZ 22, CH-1009 PULLY, 01009SWITZERLAND     *VIA Deutsche Post*

10925   ROGER SCOTT HELWIG, 711 NW 8TH AVE, DANIA, FL 33004-2328

10925   ROGER VAN DRIESEN, 22 FABROW DR., TITUSVILLE, NJ 08560

10925   ROGER WEISS, 125 73RD ST, NORTH BERGEN, NJ 07047-5810

10925   ROGER WRIGHT, HWY 221, ENOREE, SC 29335

10925   ROGERS & ASSOC. ENGINEERING CORP., PO BOX 330, SALT LAKE CITY, UT 84110-0330

10925   ROGERS & BROWN CUSTOM BROKERS INC, PO BOX 20160, CHARLESTON, SC 29413-0160

10925   ROGERS & BROWN CUSTOM, PO BOX 20160, CHARLESTON, SC 29413-0160

10925   ROGERS & CALLCOTT ENGINEERS INC, POBOX 5655, GREENVILLE, SC 29606

10925   ROGERS & MORGAN, INC, PO BOX 10846, KNOXVILLE, TN 37939-0846

10924   ROGERS BUILDING SUPPLY, 1313 BUNDY LANE, BEDFORD, IN 47421

10924   ROGERS BUILDING SUPPLY, P O BOX 849, BLOOMINGTON, IN 47401

10925   ROGERS CARTAGE CO., 135 S LASALLE ST, DEPT 2395, CHICAGO, IL 60674-2395

10925   ROGERS CARTAGE CO., BOX 78662, MILWAUKEE, WI 53278-0662

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    ROGERS CLINTON READY MIX, P O BOX 82, CLINTON, IL 61727

10924    ROGERS CLINTON READY MIX, ROUTE 54 EAST, CLINTON, IL 61727

10924    ROGERS CLINTON READY MIX, RR # 4, BOX 271T, CLINTON, IL 61727

10925    ROGERS CORP, 5750 E MCKELLIPS ROAD, MESA, AZ 85215

10925    ROGERS CORP, 5750 E MCKELLIPS, MESA, AZ 85205

10925    ROGERS DEDICATED SERVICES INC, 5101 FULTON INDUSTRIAL BLVD SW, ATLANTA, GA 30336

10924    ROGERS ELECTRIC SUPPLIERS, 701 JACKSON ST, SIOUX CITY, IA 51102

10924    ROGERS ELECTRIC SUPPLIERS, 701 JACKSON STREET, SIOUX CITY, IA 51102-1767

10925    ROGERS ENGINEERING SERVICES, PO BOX 10763, COLLEGE STATION, TX 77842

10925    ROGERS FOAM CORP, THOMAS LYNCH, 20 VERNON ST, SOMERVILLE, MA 02145

10924    ROGERS GROUP INC, PO BOX 25250, NASHVILLE, TN 37202

10924    ROGERS GROUP, ATTN: ACCOUNTS PAYABLE, NASHVILLE, TN 37202

10924    ROGERS GROUP, INC., 12613 AVOCA RD., LOUISVILLE, KY 40223

10924    ROGERS GROUP, INC., 12613 AVOCA ROAD, LOUISVILLE, KY 40223

10924    ROGERS GROUP, INC., 12808 TOWNEPARK WAY, LOUISVILLE, KY 40243

10925    ROGERS INDUSTRIAL EQUIPMENT, INC, PO BOX 158, OAKWOOD, GA 30566

10925    ROGERS JR, HERMAN, 724 CRESENT DR, LAKELAND, FL 33805

10924    ROGERS READY MIX MATERIALS, INC., P.O. BOX 250, BYRON, IL 61010

10924    ROGERS READY MIX MAT'LS, INC., 14615 NORTH 2ND STREET, ROSCOE, IL 61073

10924    ROGERS READY MIX MTLS., INC, P. O. BOX 250, BYRON, IL 61010

10924    ROGERS READY MIX MTLS., INC., 624 EASTERN AVENUE, SOUTH BELOIT, IL 61080

10924    ROGERS READY MIX MTLS., INC., P O BOX 250, BYRON, IL 61010

10924    ROGERS READY MIX MTLS., INC., P. O. BOX 250, BYRON, IL 61010

10924    ROGERS READY MIX, 109 PEPPER, DURAND, IL 61024

10924    ROGER'S READY MIX, 210 OPDYKE HWY 3, CHESTER, IL 62233

10924    ROGERS READY MIX, 300 N WALNUT STREET, BYRON, IL 61010

10924    ROGER'S READY MIX, 55 E. MILL, RED BUD, IL 62278

10924    ROGER'S READY MIX, 55 E. MILL, RUMA, IL 62278

10924    ROGER'S READY MIX, 55 EAST MILL ROAD, RED BUD, IL 62278

10924    ROGERS READY MIX, 5510 S MULFORD RD, ROCKFORD, IL 61109

10924    ROGERS READY MIX, 725 SOUTH WOOD STREET, ROCHELLE, IL 61068

10924    ROGERS READY MIX, 751 N. WEST AVENUE, FREEPORT, IL 61032

10924    ROGERS READY MIX, DIV OREGON READY DV, BYRON, IL 61010

10924    ROGER'S READY MIX, HWY 54, SPARTA, IL 62286

10924    ROGERS READY MIX, HWY 64 EAST, OREGON, IL 61061

10924    ROGERS READY MIX, PO BOX 250, BYRON, IL 61010

10924    ROGERS READY MIX, PO BOX250, BYRON, IL 61010

10924    ROGER'S READY MIX, ROUTE 13, NEW ATHENS, IL 62264

10924    ROGER'S READY MIX, RT1 BOX 55-A, RED BUD, IL 62278

10924    ROGER'S READY MIX, STEELEVILLE, IL 62288

10924    ROGER'S READY MIX, VALMEYER ROAD, LEBANON, IL 62254

10924    ROGER'S READY MIX, VALMEYER ROAD, VALMEYER, IL 62295

10924    ROGER'S READY MIX, WATERLOO, IL 62298

10924    ROGERS REDI MIX, 55 EAST MILL RD, RUMA, IL 62278

10925    ROGERS SR, JEFFREY C, CUST FOR JASON C ROGERS, UNIF GIFT MIN ACT DE, 510 E ROOSEVELT AVE, NEW CASTLE, DE 19720-3226

10925    ROGERS SR, JEFFREY C, CUST FOR JEFFREY C ROGERS JR, UNIF GIFT MIN ACT DE, 510 E ROOSEVELT AVE, NEW CASTLE, DE 19720-3226

10925    ROGERS UNIFORM SERVICES, PO BOX 9123, NORWOOD, MA 02062-9123

10925    ROGERS, ALAN, PO BOX 195, PENDLETON, SC 29670

10925    ROGERS, ANN, 4584 SANDOWN, OKEMOS, MI 48864

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ROGERS, ARCHIE, 410 EAST AVE, BARTOW, FL 33830-5031

10925  ROGERS, BRANT, 668 E.CALLE DEL, CHANDLER, AZ 85225

10925  ROGERS, BRENDA, RTE 6, EASTMAN, GA 31023

10925  ROGERS, C, PO BOX 204, LAROSE, LA 70373

10925  ROGERS, CARMEN J, 810 LOCHMOOR, FRIENDSWOOD, TX 77546-3527

10925  ROGERS, CHARLES, 3308 GLENDALE, VICTORIA, TX 77901

10925  ROGERS, CHARLES, 54 FROTHINGHAM ST, PITTSTON TWP, PA 18640

10925  ROGERS, CHARLES, PO BOX 94, BURKBURNETT, TX 76354

10925  ROGERS, CLAUDSON, 190 RUGGLES ST #96, ROXBURY, MA 02120

10925  ROGERS, CLIFF, 5220 ASTORIA, AMARILLO, TX 79109

10925  ROGERS, CRAIG, 1114 BALTEX, HOUSTON, TX 77090

10925  ROGERS, DAVID, 104 COLONIAL AVE SE, MILLEDGEVILLE, GA 31061

10925  ROGERS, DAVID, 2553 ST. RT. 179, LAKEVILLE, OH 44638

10925  ROGERS, DELORES, 1943 OREGON AVE, LONG BEACH, CA 90806

10925  ROGERS, DELORIS M, PO BOX 2447, BATON ROUGE, LA 70821-2447

10925  ROGERS, DONNIE, 333 N JOHNSON ST, WALHALLA, SC 29691

10925  ROGERS, DURAND, 920-B SPRING ST, LONGVIEW, TX 75604

10925  ROGERS, DWANA, 633 JAMESTOWN BLVD, ALTAMONTE SPRINGS, FL 32714

10925  ROGERS, EALDEN, ROUTE 2 BOX 22, LENA, MS 39094

10925  ROGERS, ESQ, BRAD, OFFICE OF THE GENERAL COUNSEL, PENSION BENEFIT GUARANTY CORP, 1200 K ST, NW, WASHINGTON, DC 20005-4026

10925  ROGERS, ESTHER, 620 N FREEDOM AVE, ALLIANCE, OH 44601

10925  ROGERS, FRAN, 21880 RAINBOW DRIVE, NEW BERLIN, WI 53146

10925  ROGERS, FRANKLIN, 212 BORRELL BLVD., ST. MARYS, GA 31558

10925  ROGERS, FREDERICK, 16649 S KENWOOD, SOUTH HOLLAND, IL 60473

10925  ROGERS, GREGORY, 7019 W. 73RD PLACE, CHICAGO, IL 60638

10925  ROGERS, HANNAH, 3203 HEWITT AVE, SILVER SPRING, MD 20906

10925  ROGERS, HELEN, 16 MILLYAN RD, WOBURN, MA 01801

10925  ROGERS, J, 195 DELLINGER DR., STATESVILLE, NC 28625

10925  ROGERS, J, 4953 YALE, MEMPHIS, TN 38128

10925  ROGERS, JACQUELINE, 107 SPRING LAKE LOOP, SIMPSONVILLE, SC 29681

10925  ROGERS, JAMES H., POBOX 674, LORANGER, LA 70446

10925  ROGERS, JAMES, 110 CHESTER ST, SPARTANBURG, SC 29301-3057

10925  ROGERS, JAMES, 1542 GOV. HARRISON PKWY, BRODNAX, VA 23920

10925  ROGERS, JAMES, 269 WANDERCREST SE, GRAND RAPIDS, MI 49548

10925  ROGERS, JAMES, PO BOX 505, MONTEGUT,, LA 70377

10925  ROGERS, JEFFREY C, CUST FOR COURTNEY A ROGERS, UNIF GIFT MIN ACT DE, 510 E ROOSEVELT AVE, NEW CASTLE, DE 19720-3226

10925  ROGERS, JILL, 4842 RED ROBIN DRIVE #F, BEECH GROVE, IN 46107

10925  ROGERS, JOHN GRAYSON, BOX 217, NASSAWADOX, VA 23413-0217

10925  ROGERS, JOHN M, 4688 HWY 80, MORTON, MS 39117-3453

10925  ROGERS, JOHN, 3 ROONEY RD, ROME, GA 30161

10925  ROGERS, JOHN, 3049 ANTRIM CIRCLE, DUMFRIES, VA 22026

10925  ROGERS, JOHN, 320 BENNETT ST, WOONSOCKET, RI 02895

10925  ROGERS, JOSEPH, 2965 JEAROLDSTOWN RD, CHUCKEY, TN 37641

10925  ROGERS, JOSEPH, 97 ST STEPHEN ST APT 17, BOSTON, MA 02115

10925  ROGERS, JOYCE, PO BOX 932, GREER, SC 29652

10925  ROGERS, JUDY, 138 SHEILDS DR, HARRISBERG, NC 28075

10925  ROGERS, KATHERINE, RT. 2 BOX 2242, MELROSE, FL 32666

10925  ROGERS, KENNETH, #6 RD 3693, AZTEC, NM 87410

10925  ROGERS, KENT, 1750 SIOUX CT, GROVE CITY, OH 43123

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROGERS, KRISTINE, PO BOX 80643, S DARTMOUTH, MA 02748 | |
| 10925 | ROGERS, LARRY, 1275 DEERFIELD DRIVE, SPARTANBURG, SC 29302 | |
| 10925 | ROGERS, LARRY, 149-A OAK COURT, MENLO PARK, CA 94025 | |
| 10925 | ROGERS, LAURA, 1380 B SKYRIDGE DR, CRYSTAL LAKE, IL 60014 | |
| 10925 | ROGERS, LETICIA, 272 W. J ST, BRAWLEY, CA 92227 | |
| 10925 | ROGERS, LINDA, 14 SILVER TREE CIRCLE, CARY, IL 60013 | |
| 10925 | ROGERS, LINDA, 2744 ROCK CHAPEL RD, LITHONIA, GA 30058 | |
| 10925 | ROGERS, LUTISHA, 2444 NO RIVERSIDE, RIALTO, CA 92377 | |
| 10925 | ROGERS, LYLE JR, 1205 LOWELL ST, FAIRMONT, WV 26554 | |
| 10925 | ROGERS, LYNNE, RT. 4 BOX 418, ST. ANNE, IL 60964 | |
| 10925 | ROGERS, MARTHA, 11803 CHANTILLY LN., MITCHELLVILLE, MD 20716 | |
| 10925 | ROGERS, MARVIN, BOX 337, SOLDOTNA, AK 99669 | |
| 10925 | ROGERS, MARY CAROLE, 1111 GREENWAY DRIVE, RICHARDSON, TX 75080 | |
| 10925 | ROGERS, MARY, 310 TIMBER RIDGE, WOODWORTH, LA 71485 | |
| 10925 | ROGERS, MASON, 39 RUE DES VEGNES, PARIS, 75016FRANCE | *VIA Deutsche Post* |
| 10925 | ROGERS, MATHEW, 603 W. ROCHELLE, IRVING, TX 75062 | |
| 10925 | ROGERS, MAUDE, 25A NESBITT DR, INMAN, SC 29349 | |
| 10925 | ROGERS, MIA, 4863 BROWNS MILL ROAD, LITHONIA, GA 30058 | |
| 10925 | ROGERS, MICHAEL, 62 BAILEY LANE, GEORGETOWN, MA 01833 | |
| 10925 | ROGERS, MICHELLE, 2755 GENOA DRIVE, SUMTER, SC 29153 | |
| 10925 | ROGERS, MILTON, 5215 GREENFIELD ROAD, LAKELAND, FL 33809-2424 | |
| 10925 | ROGERS, OSCAR, 3319 WENTWORTH, HOUSTON, TX 77004 | |
| 10925 | ROGERS, PAMELA, 3501 SOUTH STOVER, FT. COLLINS, CO 80525 | |
| 10925 | ROGERS, PAUL, 6 PARTRIDGE LANE, LINCOLN, MA 01773 | |
| 10925 | ROGERS, R MARIE, 3090 LEACH DR, SUMTER, SC 29154 | |
| 10925 | ROGERS, R RAYMOND, 1111 GREENWAY DRIVE, RICHARDSON, TX 75080 | |
| 10925 | ROGERS, RANDY, PO BOX 63, WORTHAM, TX 76693 | |
| 10925 | ROGERS, RITA, 5800 HOLLISTER APT #1616, HOUSTON, TX 77040 | |
| 10925 | ROGERS, ROBERT, 175 ROCKINGHAM RD, DUNCAN, SC 29334 | |
| 10925 | ROGERS, ROBERT, 344 S WALNUT ST, FRANKLIN GROVE, IL 61031 | |
| 10925 | ROGERS, ROSETTA, 14238 GLENWOOD, DETROIT, MI 48205 | |
| 10925 | ROGERS, SALLY, 190 DEWEY ROAD, GREER, SC 29651-8777 | |
| 10925 | ROGERS, SANDRA, RR 2 BOX 214, BOURBONNAIS, IL 60914 | |
| 10925 | ROGERS, SCOTTIE, RT. 7, BOX 178-A, TYLERTOWN, MS 39667 | |
| 10925 | ROGERS, SHIRLEY, 308 10TH ST, FOWLER, CO 81039 | |
| 10925 | ROGERS, SUSAN, 50 PAULINE RD, LOUISVILLE, KY 40206 | |
| 10925 | ROGERS, SUSAN, 9812 SAILFISH TERRACE, GAITHERSBURG, MD 20879 | |
| 10925 | ROGERS, TED, 11700 X-WAY ROAD, LAURINBURG, NC 28352 | |
| 10925 | ROGERS, TERESA, 10316 S. MCKINLEY CT, OKLA. CITY, OK 73139 | |
| 10925 | ROGERS, TERRELL, PO BOX 55152, TRENTON, NJ 08638 | |
| 10925 | ROGERS, THOMAS, 425 WALNUT AVE #1102, LISLE, IL 60532 | |
| 10925 | ROGERS, TIMOTHY, 1620 POPLAR DR EXT, GREER, SC 29651 | |
| 10925 | ROGERS, TIMOTHY, PO BOX 1222, GALLIANO, LA 70354 | |
| 10925 | ROGERS, VERONICA, 271 AVENIDA, CARDIFF, CA 92007 | |
| 10925 | ROGERS, WALTER, 122 SUNHAVEN DRIVE, OCEAN SPRINGS, MS 39564 | |
| 10925 | ROGERS, WILLIAM, 25 GLENSIDE DRIVE, ANNANDALE, NJ 08801 | |
| 10925 | ROGERS, WILLIAM, 4232 GLENDA DR., COLLEGE PARK, GA 30337 | |
| 10925 | ROGERS, YVONNE, 1 GARY LANE, WILLINGBORO, NJ 08046 | |
| 10925 | ROGERT, MARGARET, ROUTE 1, BOX 81A, WATERLOO, NE 68069 | |
| 10925 | ROGISTER, DENISE, 18814 HART ST, RESEDA, CA 91335 | |
| 10925 | ROGIVUE, JUDY, 2511 MEADOWVIEW DR, CORINTH, TX 76205 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROGNE, ALLAN, 2531 FORTY-FOURTH ST, TWO RIVERS, WI 54241 | |
| 10925 | ROGOWSKI JR, EDWARD C, 29 FOX RUN, DENVILLE, NJ 07834-3025 | |
| 10925 | ROHAN, VICKI, 2661 INDEPENDENCE CIRCLE, CORONA, CA 91720 | |
| 10925 | ROHAN, WALTER, 3381 LAMESA RD, SALT LAKE CITY, UT 84109 | |
| 10925 | ROHDE & LIESENFELD LTDA, CRA. 20 N 86 A 62 PISO 2, SANTA FE DE BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | ROHDE, MAE, 829 SMITS ST, DE PERE, WI 54115 | |
| 10925 | ROHL, BARBARA, 2267 S COUNTY ROAD 1050E, INDIANAPOLIS, IN 46231 | |
| 10925 | ROHL, CHRISTY, 100 E SIERRA #3304, FRESNO, CA 93710-0000 | |
| 10925 | ROHL, CLIFFORD, 2267 S COUNTY ROAD 1050E, INDIANAPOLIS, IN 46231 | |
| 10925 | ROHL, WILLIAM, 9390 N. STATE RD. 39, LIZTON, IN 46149 | |
| 10925 | ROHLEDER, ANNA, 536 FOREST VIEW RD, LINTHICUM, MD 21090 | |
| 10925 | ROHLEDER, JOSEPH, 536 FORESTVIEW ROAD, LINTHICUM HGT, MD 21090 | |
| 10925 | ROHLF, EVAN, 36W629 WINDING TRAIL, WEST DUNDEE, IL 60118 | |
| 10925 | ROHM & HAAS CO, P.O. BOX 951665, DALLAS, TX 75389-1665 | |
| 10925 | ROHM & HAAS CO, PO BOX 891957, | |
| 10925 | ROHM & HAAS CO., INDEPENDENCE MALL WEST, PHILADELPHIA, PA 19105 | |
| 10925 | ROHM & HAAS CO., PO BOX 8500 S-1150, PHILADELPHIA, PA 19178 | |
| 10925 | ROHM & HAAS CO., PO BOX 8500 S-1150, PHILADELPHIA, PA 19178-1150 | |
| 10925 | ROHM & HAAS CO., PO BOX 891957, DALLAS, TX 75389-1957 | |
| 10925 | ROHM & HAAS CO., PO BOX 891957, PHILADELPHIA, PA 19105 | |
| 10925 | ROHM & HAAS COMPANY, 1920 SOUTH TUBEWAY AVE, LOS ANGELES, CA 90040 | |
| 10925 | ROHM & HAAS COMPANY, PO BOX 8500 S-1150, PHILADELPHIA, PA 19178 | |
| 10925 | ROHM & HAAS COMPANY, PO BOX 8500 S-1150, PHILADELPHIA, PA 19178-1150 | |
| 10925 | ROHM & HAAS COMPANY, POBOX 8500 S-1150, PHILADELPHIA, PA 19178 | |
| 10924 | ROHM & HAAS, 10 SOUTH ELECTRIC STREET, WEST ALEXANDRIA, OH 45381 | |
| 10924 | ROHM & HAAS, 1275 LAKE AVE., WOODSTOCK, IL 60098 | |
| 10924 | ROHM & HAAS, 151 SOUTH INDUSTRIAL AVENUE, RITTMAN, OH 44270-1593 | |
| 10924 | ROHM & HAAS, 2701 E. 170TH STREET, LANSING, IL 60438 | |
| 10924 | ROHM & HAAS, BUILDING 21, OFF BRIDGE STREET, PHILADELPHIA, PA 19120 | |
| 10924 | ROHM & HAAS, PO BOX 1120, PHILADELPHIA, PA 19106-1120 | |
| 10925 | ROHM & HAAS, PO BOX 891957, | |
| 10924 | ROHM AND HAAS COMPANY, 727 NORRISTOWN ROAD, SPRING HOUSE, PA 19477 | |
| 10924 | ROHM AND HAAS COMPANY, PO BOX 1290, PHILADELPHIA, PA 19105-1290 | |
| 10925 | ROHM AND HAAS COMPANY, PO BOX 8500-S1150, PHILADELPHIA, PA 19178-1150 | |
| 10924 | ROHM AND HAAS COMPANY, PO BOX 891957, DALLAS, TX 75389-1957 | |
| 10924 | ROHMAX USA, INC, PO BOX 1867, PHILADELPHIA, PA 19106 | |
| 10924 | ROHMAX USA., TIDAL ROAD AT HIGHWAY 225 / GATE 6, DEER PARK, TX 77536 | |
| 10925 | ROHMER JR, SAM, 3902 BILLY SAMES, ADKINS, TX 78101 | |
| 10925 | ROHMER, E, 24817 MATHIS ROAD, SAN ANTONIO, TX 78264 | |
| 10925 | ROHR INC, WILLIAM BILLINGSLEA JR CORPORATE CO, | |
| 10925 | ROHRBACH, DEBRA, 373 N ADAMS, KANKAKEE, IL 60901 | |
| 10925 | ROHRER, GARRY, RT 1 BOX 1760, ROOSEVELT, UT 84066 | |
| 10925 | ROHRER, LOIS, 105 COUNTRYWOOD LN, GREENEVILLE, NC 27838 | |
| 10925 | ROHRER, WILLIAM, 2827 HAWTHORNE RD., TAMPA, FL 33611-2827 | |
| 10925 | ROHRICH, JAMES, 3688 BLUE SKY PARK ROAD, WILLIAMSBURG, OH 45176 | |
| 10925 | ROHRMAN, JOHN, 1056 S. BLACK HORSE PIKE, WILLIAMSTOWN, NJ 08094 | |
| 10925 | ROHRMAN, JOHN, RT 2 BOX 3530, SPOUTSPRING, VA 24593 | |
| 10925 | ROHRS DISTRIBUTING, 2505 E JEFFERSON ST, PHOENIX, AZ 85034-2636 | |
| 10925 | ROHS, ROBERT, 717 LINCOLN WOODS, LAFAYETTE HILL, PA 19444 | |
| 10925 | ROIKO, SARAH, W324 S6992 SQUIRE LANE, MUKWONAGO, WI 53149 | |
| 10925 | ROIKO, THEODORE, W324 S6992 SQUIRE LANE, MUKWONAGO, WI 53149 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROJAS, ARNALDO, 3010 PECAN POINT DR, SUGARLAND, TX 77478

10925   ROJAS, CARLOS, 13100 S.W. 96 AVE, MIAMI, FL 33176

10925   ROJAS, EVELIN, 2224 NYSSA, MCALLEN, TX 78501

10925   ROJAS, ISMAEL, 5832 ARBOR VITAE, LOS ANGELES, CA 90045

10925   ROJAS, MARCOS, 10730 CHURCH ST, 223, RANCHO CUCAMONGA, CA 91730

10925   ROJAS, MARCOS, RT 4 BOX 302 1/2, ALICE, TX 78332

10925   ROJAS, MARIA, 9494 LARGA DR., DALLAS, TX 75220

10925   ROJAS, MARIA, 9494 LARGA DRIVE, DALLAS, TX 75220

10925   ROJAS, RAMONA, 7432 THOUSAND OAKS, N. RICHLAND HILLS, TX 76180

10925   ROJAS, RAUL, 1020 WINTERS, DALLAS, TX 75216

10925   ROJIC, LEO, 209 LORRAINE CIRCLE, BLOOMINGDALE, IL 60108

10925   ROLA, CAROL, 8912 CHIMNEY POINT, KNOXVILLE, TN 37922

10925   ROLAN, JOHN, ROUTE 1, BOX 268-A1A, PAULS VALLEY, OK 73075

10925   ROLAND AQUINO MARIANO, 9400 TRAVERSE WAY, FORT WASHINGTON, MD 20744-5739

10925   ROLAND DALE ALBERSSEN, 1017 FALCON RIDGE LANE, PALM HARBOR, FL 34683-4924

10925   ROLAND E ZIELKE & LILLIAN J, ZIELKE UA APR 25 89 ROLAND E, ZIELKE TRUST, 271 N TEE LOOP, WASHINGTON, UT 84780-8429

10925   ROLAND E. SPINNEY, 77 DRAGON COURT, WOBURN, MA 01888

10925   ROLAND F. GERMUTH, 4725 ROUNDHILL RD., ELLICOTT CITY, MD 21043

10925   ROLAND, A, 399 IOWA WOODS CIR WEST, ORLANDO, FL 32824

10925   ROLAND, ANGELA, LOT 8 ALLTONNA WOODS, ACWORTH, GA 30101

10925   ROLAND, CAROL, 321 NORTH BLVD. W., DAVENPORT, FL 33837

10925   ROLAND, CHRISTINE, 2772 KUNZERS BEACH ROAD, LITTLE SUAMICO, WI 54141

10925   ROLAND, DENISE, 6312 LOLA DR NE, ALBUQUERQUE, NM 87109

10925   ROLAND, MARY, 7037 NW 107TH AVE, TAMARAC, FL 33321

10925   ROLAND, MICHAEL, 1433 BRAMPTON COVE RD, WELLINGTON, FL 33414

10925   ROLAND, NANCY, 129 SHOALLY ST, SPARTANBURG, SC 29303

10925   ROLANDO VON OERTZEN, C/O ISRAEL DISCOUNT BANK OF NY., 511 5TH AVE., NEW YORK, NY 10017

10925   ROLANDO, TIMOTHY, PO BOX 447, HAYDEN, CO 81639

10925   ROLANDS EQUIPMENT CO INC, 751 S WEIR CANYON RD, ANAHEIM, CA 92808

10924   ROLAND'S EQUIPMENT CO.INC, 1631 SO.CLAUDIA WAY, ANAHEIM, CA 92805

10924   ROLANDS EQUIPMENT COMPANY, ANAHEIM, CA 92805

10924   ROLANDS EQUIPMENT COMPANY, ATTN: GEORGE, ANAHEIM, CA 92805

10924   ROLANDS EQUIPMENT, 1631 S. CLAUDINA WY., ANAHEIM, CA 92805

10924   ROLAND'S EQUIPMENT, 16331 SOUTH CLAUDINA WY., ANAHEIM, CA 92805

10924   ROLAND'S EQUIPMENT/ATTN: GEORGE, C/O RUTHERFORD INC., LOS ANGELES, CA 90039

10925   ROLF C HAFERL, 39 PARK HILL AVE, NORWALK, CT 06851-5117

10925   ROLF, RAYMOND, 2779 GARWIN ROAD ROUTE 1, MARSHALLTOWN, IA 50158-9998

10925   ROLF, SCOTT, 10207 SPINNAKER RUN, AURORA, OH 44202

10925   ROLF, STANLEY, 11867 E WASHINGTON, MANTUA, OH 44255

10925   ROLISON, JEFFREY, HC01 BOX 515, CLEVELAND, TX 77537

10925   ROLITE COMPANY, 596 PROGRESS DRIVE, HARTLAND, WI 53029

10925   ROLL CALL, 50 F ST NW, WASHINGTON, DC 20001

10925   ROLL CALL, 900 SECOND ST NE, WASHINGTON, DC 20077-0708

10925   ROLL, ARTHUR, ROUTE 3 BOX 340 B, MT. GILEAD, NC 27306

10925   ROLL, JOSEPH, 291 WINDING LANE, CINNAMINSON, NJ 08077

10925   ROLLAND, DEBBIE, 115 RIDGEDALE DR., WARNER ROBINS, GA 31088

10925   ROLLAND, DONALD, 54 PLEASANT VIEW DRIVE, ADAMS, MA 01220-9304

10925   ROLLASON, MICHAEL, 1680 N. MAIN ST, SAVANNAH, NY 13146

10925   ROLLE, JULIAN, 18711 NW 28 PL, MIAMI, FL 33056

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROLLE, TANYA, 3831 N W 7TH ST, FT. LAUDERDALE, FL 33311

10925   ROLLED ALLOYS INC., DEPT. 33901, PO BOX 67000, DETROIT, MI 48267-0339

10925   ROLLED ALLOYS, INC, PO BOX 310, TEMPERANCE, MI 48182

10925   ROLLER, AUDREY E, 40 HIGHLAND AVE, GILLETTE, NJ 07933-1930

10925   ROLLER, JOHN, 7731 CHARLESMONT ROAD, BALTIMORE, MD 21222

10924   ROLLIE FRENCH, 975 MABERRY ROAD, SAN JOSE, CA 95133

10924   ROLLIE R. FRENCH INC., 975 MABURY RD, SAN JOSE, CA 95133

10924   ROLLIE R. FRENCH INC., CAMBRIDGE, MA 02140

10924   ROLLIE R. FRENCH, INC., 975 MABURY RD., SAN JOSE, CA 95133

10924   ROLLIE WILLIAMS PAINT SPOT, 2570 WALKER AVENUE N.W., GRAND RAPIDS, MI 49544

10924   ROLLIE WILLIAMS PAINT SPOT, PO BOX 1385, ELKHART, IN 46515

10924   ROLLIN PLAINS, 1150 E. CHEYENNE MOUNTAIL BLVD., COLORADO SPRINGS, CO 80901

10924   ROLLING MILL DIVISION, PO BOX164/STATE, HANNIBAL, OH 43931

10925   ROLLING PIN PASTRY SHOP, THE, 1129 E 18TH ST, OWENSBORO, KY 42303

10924   ROLLING PLAINS CONSTRUCTION, ** YARD **, HENDERSON, CO 80640

10924   ROLLING PLAINS CONSTRUCTION, 12331 PEORIA, HENDERSON, CO 80640

10924   ROLLING PLAINS CONSTRUCTION, 725 WEST SHERRI DRIVE, GILBERT, AZ 85233

10924   ROLLING PLAINS CONSTRUCTION, CAMBRIDGE, MA 02140

10924   ROLLING PLAINS CONSTRUCTION, LARMIE COUNTY ANNEX, CHEYENNE, WY 82001

10924   ROLLING PLAINS WAREHOUSE, 5 SOUTH ROOSEVELT STREET, CHANDLER, AZ 85226

10924   ROLLING PLAINS, 12331 N. PEORIA, HENDERSON, CO 80640

10924   ROLLING PLAINS, 12331 NORTH PEORIA, HENDERSON, CO 80640

10924   ROLLING PLAINS, CONTINENTAL MAIL, DENVER, CO 80204

10924   ROLLING PLAINS/AGILENT, 4450 ZIEGLER RD., FORT COLLINS, CO 80525

10924   ROLLING PLAINS/ALBERTSON'S #933, NEC STAPLEY & UNIVERSITY, MESA, AZ 85201

10924   ROLLING PLAINS/ALBERTSONS 992, SEC OF COOPER AND RAY ROADS, GILBERT, AZ 85233

10924   ROLLING PLAINS/AMC MESA GRAND 24, AMC MESA GRAND 24 PLEX THEATERS, 1645 S. STAPLEY DR., MESA, AZ 85211

10924   ROLLING PLAINS/AMERICAN WEST, SKY HARBOR AIRPORT, PHOENIX, AZ 85001

10924   ROLLING PLAINS/CASINO ARIZONA, 524 N. 92ND ST., SCOTTSDALE, AZ 85250

10924   ROLLING PLAINS/CHAPARRAL CONFERENCE, CHAPARRAL CONFERENCE CENTER, 5001 N. SCOTTSDALE RD., SCOTTSDALE, AZ 85250

10924   ROLLING PLAINS/CHETTENHAM ELEMENTRY, 1580 JULIAN ST., DENVER, CO 80204

10924   ROLLING PLAINS/CITY SQUARE, 100 W. CLARENDON, PHOENIX, AZ 85063

10924   ROLLING PLAINS/CLIFF CASTLE CASINO, 353 MIDDLE VERDE ROAD, CAMP VERDE, AZ 86322

10924   ROLLING PLAINS/COMMONWEALTH ELEC., 405 W. CONGRESS, TUCSON, AZ 85701

10924   ROLLING PLAINS/CORONA DEL SOL, PHOENIX, AZ 85019

10924   ROLLING PLAINS/DECONCINNI FEDERAL, ROLLING PLAINS, 405 W. CONGRESS, TUCSON, AZ 85701

10924   ROLLING PLAINS/DESERT CANYON II-BLD, 2449 W. PEORIA AVE., PHOENIX, AZ 85029

10924   ROLLING PLAINS/ESPN ZONE, ROLLING PLAINS CONSTRUCTION, 3790 LAS VEGAS BLVD., LAS VEGAS, NV 89101

10924   ROLLING PLAINS/FEDERAL RESERVE BANK, C/O ROLLING PLAINS, 1020 16TH ST., DENVER, CO 80202

10924   ROLLING PLAINS/FREEMONT CORRECT.FAC, FREEMONT CORRECTIONAL FACILITY, E.HWY. 50 AND EVANS, EAST CANNON, CO 81212

10924   ROLLING PLAINS/GREAT INDOORS, 231 E. FLAT IRON CIRCLE, BROOMFIELD, CO 80021

10924   ROLLING PLAINS/HARKINS THEATERS, 5000 AZ MILLS CIRCLE, TEMPE, AZ 85282

10924   ROLLING PLAINS/HEWLETT PACKARD, 4100 S. COUNTY RD. #3, FORT COLLINS, CO 80525

10924   ROLLING PLAINS/IMAX, C/O ROLLING PLAINS, PHOENIX, AZ 85019

10924   ROLLING PLAINS/INTEL C-7, 5000W. CHANDLER BLVD., CHANDLER, AZ 85226

10924   ROLLING PLAINS/KENT DENVER SCHOOL, 4000 E. QUINCY AVE., ENGLEWOOD, CO 80110

10924   ROLLING PLAINS/K-MART SUPER CENTER, 7055 E. BROADWAY, TUCSON, AZ 85728

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

| 10924 | ROLLING PLAINS/LA QUINTA INN, CHANDLER BLVD.& I-10, TEMPE, AZ 85280 |
| 10924 | ROLLING PLAINS/LA QUINTA, 2200 S. SAPERSTITION BLVD., MESA, AZ 85201 |
| 10924 | ROLLING PLAINS/LIBERTY MEDIA, 12300 MEDIA BLVD., ENGLEWOOD, CO 80112 |
| 10924 | ROLLING PLAINS/LOS ALAMOS NATIONAL, C/O HENSEL PHELPS CONSTRUCTION, TA-3, SM2327, LOS ALAMOS, NM 87545 |
| 10924 | ROLLING PLAINS/MGM GRAND CONFERENCE, 3799 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89125 |
| 10924 | ROLLING PLAINS/PANORAMA CORP. CNT., 9100 E. PANORAMA DR., ENGLEWOOD, CO 80111 |
| 10924 | ROLLING PLAINS/PLAZA COMMERCIAL, 6732 W. WILLIS, CHANDLER, AZ 85224 |
| 10924 | ROLLING PLAINS/SAFEWAY STORE #1637, 3622 E. SOUTHERN AVE., MESA, AZ 85206 |
| 10924 | ROLLING PLAINS/SKY HARBOR AIRPORT, PHOENIX, AZ 85034 |
| 10924 | ROLLING PLAINS/SKY HARBOR, TERMINAL #4 PARKING GARAGE, 3800 W. SKY HARBOR BLVD., PHOENIX, AZ 85034 |
| 10924 | ROLLING PLAINS/SQUAW PEAK CORP., 7720 N. 16 TH ST., PHOENIX, AZ 85001 |
| 10924 | ROLLING PLAINS/TECH CENTER II, 5555 TECH CENTER DR., COLORADO SPRINGS, CO 80918 |
| 10924 | ROLLING PLAINS/THE SHOWCASE RETAIL, 3791 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89101 |
| 10924 | ROLLING PLAINS/THE TOWERS, 22 N. ROBSON ST., MESA, AZ 85201 |
| 10924 | ROLLING PLAINS/TRANSTEQ, 1705 E. 39TH AVE., DENVER, CO 80205 |
| 10924 | ROLLING PLAINS/WESTFUND @ KIERLAND, 16430 N. SCOTTSDALE RD, SCOTTSDALE, AZ 85254 |
| 10924 | ROLLINGS BROOK COMMUNITY HOSP., 607 N. KEY AVE., LAMPASAS, TX 76550 |
| 10925 | ROLLINGS, DEBRA A, CUST FOR LAUREN ASHLEIGH FERRARA UNDER PA UNIF TRA, 403 CHEROKEE DRIVE, MECHANICSBURG, PA 17055-2510 |
| 10925 | ROLLINGS, LESLIE, 11408 WALTON LAKE RD, DISPUTANTA, VA 23842 |
| 10924 | ROLLINS CHEM PAC, 7835 SW HUNZINKER, TIGARD, OR 97223 |
| 10924 | ROLLINS CHEM PAK, 12868 FARMINGTON RD., LIVONIA, MI 48150 |
| 10924 | ROLLINS CHEM PAK, 1500 CONTINENTAL BLVD., CHARLOTTE, NC 28273 |
| 10924 | ROLLINS CHEM PAK, C/O DELEWARE TECH & COMM. COLLEGE, NEWARK, DE 19713 |
| 10924 | ROLLINS CHEM-PAC, 1848 E. 55TH ST, LOS ANGELES, CA 90058 |
| 10924 | ROLLINS CHEMPACK, 1550 MAHALO PL., COMPTON, CA 90220 |
| 10924 | ROLLINS CHEM-PAK   DONT USE, CAMBRIDGE, MA 02140 |
| 10924 | ROLLINS CHEM-PAK, 1 ROLLINS PLAZA, WILMINGTON, DE 19899 |
| 10924 | ROLLINS CHEM-PAK, 115 THOMPSON PARK AVE., MARS, PA 16046 |
| 10924 | ROLLINS CHEM-PAK, 115-116 THOMSON PARK DRIVE, CRANBERRY TOWNSHIP, PA 16066 |
| 10924 | ROLLINS CHEMPAK, 13351 SCENIC HWY, BATON ROUGE, LA 70807 |
| 10924 | ROLLINS CHEM-PAK, 1500-K CONTINENTAL BLVD, CHARLOTTE, NC 28273 |
| 10924 | ROLLINS CHEM-PAK, 3368 TURFWAY ROAD, ERLANGER, KY 41018 |
| 10924 | ROLLINS CHEM-PAK, 3519 CHURCH ST., CLARKSTON, GA 30021 |
| 10924 | ROLLINS CHEM'PAK, 385 TURNER WAY, ASTON, PA 19014 |
| 10924 | ROLLINS CHEM-PAK, 4296 RIDER TRAIL, EARTH CITY, MO 63045 |
| 10924 | ROLLINS CHEMPAK, 4770 FOREST ST.  STE. E, DENVER, CO 80216 |
| 10924 | ROLLINS CHEM-PAK, 5772 CHARLES CITY CIRCLE, RICHMOND, VA 23231 |
| 10924 | ROLLINS CHEM-PAK, 633 112TH ST., ARLINGTON, TX 76010 |
| 10924 | ROLLINS CHEM-PAK, 65 EASTERN STEEL ROAD, MILFORD, CT 06460 |
| 10924 | ROLLINS CHEM-PAK, 8405 GLAZE BROOK AVE., RICHMOND, VA 23228 |
| 10924 | ROLLINS CHEMPAK, 9116 LANBRIGHT, HOUSTON, TX 77075 |
| 10924 | ROLLINS CHEM-PAK, 950 INDUSTRIAL DRIVE, BENSENVILLE, IL 60106 |
| 10924 | ROLLINS CHEMPAK, C/O ROLLINS TRUCK LEASING, GREENSBORO, NC 27400 |
| 10925 | ROLLINS ENV SERVICES (LA) INC, 13351 SCENIC HWY, BATON ROUGE, LA 70807-1017 |
| 10925 | ROLLINS ENV SERVICES LTD INC, 2027 BATTLEGROUND ROAD PO BOX 609, DEER PARK, TX 77536 |
| 10924 | ROLLINS ENVIRONMENTAL SER, PO BOX 74137, BATON ROUGE, LA 70874 |
| 10924 | ROLLINS ENVIRONMENTAL SER, PO BOX2349, WILMINGTON, DE 19899 |
| 10925 | ROLLINS ENVIRONMENTAL SERVICES (TX), PO BOX 96233, CHICAGO, IL 60693 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ROLLINS ENVIRONMENTAL, 1550 MAHALO PLACE, COMPTON, CA 90220

10924   ROLLINS ENVIRONMENTAL, 3777 SPINNAKER CT, FREMONT, CA 94538

10924   ROLLINS ENVIRONMENTAL, ATT: JOY INMAN, 101 S. PARK DR., MOUNT PLEASANT, TN 38474

10925   ROLLINS JR, CARL, 3108 YORKFARM RD., YORK, SC 29745

10925   ROLLINS LEASING CORP., 8820 CORRIDOR ROAD, ANNAPOLIS JUNCTION, MD 20701

10924   ROLLINS OPC., 5756 ALBA STREET, LOS ANGELES, CA 90058

10925   ROLLINS PROTECTIVE SERVICES COMPANY, PO BOX 105553, ATLANTA, GA 30348-5553

10925   ROLLINS TRUCK RENTAL/LEASING, 2201 43RD ST, NORTH BERGEN, NJ 07047

10925   ROLLINS, DAVID, 14778 SW 139TH PL, MIAMI, FL 33186

10925   ROLLINS, DIANN, PO BOX 91467, WASHINGTON, DC 20090

10925   ROLLINS, DONNA, 38231 JOSH BROWN RD, GONZALES, LA 70737

10925   ROLLINS, E., 410 E FAIRVIEW AVE, GREER, SC 29651

10925   ROLLINS, EMMANUEL, 1340 E. MERCHANT ST., KANKAKEE, IL 60901

10925   ROLLINS, FISKE, BOX 44, ORLEANS, MA 02653

10925   ROLLINS, JAMES, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   ROLLINS, JERRY, 150 BRANNON CIRCLE, INMAN, SC 29349-9808

10925   ROLLINS, JOYCE, 3828 IRONWOOD ST., CHARLOTTE, NC 28206

10925   ROLLINS, MARY, 1736 PARKER ST #2, BERKELEY, CA 94703

10925   ROLLINS, MICHAEL, 224 YELLOW WOOD DR, SIMPSONVILLE, SC 29680

10925   ROLLINS, RICHARD, 3169 LONESOME DOVE CIRCLE, EL PASO, TX 79936

10925   ROLLINS, RONALD, 4005 THACKERAY WAY, PLANT CITY, FL 33567

10925   ROLLINS, SANDRA, 469 VICENT ST., CEDAR HILL, TX 75104

10925   ROLLINS, SCOTT, 115 HAYES DRIVE, WELLFORD, SC 29385

10925   ROLLINS, WILLIE, 1203 ASHLAND AVE, BALTIMORE, MD 21202

10925   ROLLINSON, FLOYD, 513 HELENA, RIDGECREST, CA 93555

10925   ROLLINSON, JOHN, 513 S. HELENA, RIDGECREST, CA 93555

10925   ROLLO, CLAY, 4108 PALOMINO, WICHITA FALLS, TX 76305

10925   ROLLO, PO BOX 100004, BIRMINGHAM, AL 35210

10924   ROLLS ROYCE GEAR SYSTEMS, 6125 SILVER CREEK DRIVE, PARK CITY, UT 84068

10924   ROLLS ROYCE GEAR SYSTEMS, P.O. BOX 680910, PARK CITY, UT 84068

10924   ROLLS, INCORPORATED, LEIGHTON INDUSTRIAL PARK, LEIGHTON, AL 35646

10925   ROLLS, SHERRI, 1505 LAKE ST, EVANSTON, IL 60201

10925   ROLLS-ROYCE LIMITED, GEN POST OFF STATION - MAIN STATION, DETROIT, MI 48232

10925   ROLLY BLURTON & AUDREY BLURTON, TR UA APR 28 1997 THE BLURTON, LIVING TRUST, 2605 OAKRIDGE, BETHANY, OK 73008-5239

10925   ROLM COMPANY, 150 NORTH MICHIGAN AVE, CHICAGO, IL 60601

10925   ROLM, BLDG 18, 3 COMPUTER DR, CHERRY HILL, NJ 08002

10925   ROLNICK, AARON, 98 09 65TH RD, REGO PK, NY 11374-3564

10925   ROLNICKI, KEN, 251 WOODLAND DRIVE, BARRINGTON, IL 60010

10925   ROMA COLOR INC., PO BOX 5360, FALL RIVER, MA 02723

10925   ROMA COLOR, INC, PO BOX 5360, FALL RIVER, MA 02723

10925   ROMAC INTERNATIONAL INC, POBOX 277997, ATLANTA, GA 30384-7997

10925   ROMAC, 7400 BANDINI BLVD, COMMERCE, CA 90040

10925   ROMACORP INC, PO BOX 643, 720 W 20TH ST, PITTSBURG, KS 66762

10925   ROMADKA, DOREEN, 8902 E SOUTH SHORE DR, MOMENCE, IL 60954

10925   ROMAGNOLI, LOUIS, 7730 HANAHAN PLACE, LAKE WORTH FL, FL 33467

10925   ROMAGNOLI, LOUIS, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   ROMAINE G DUTCHER, 132 STARK ST, WATERLOO, NY 13165-9585

10925   ROMAINE, ROBERT, 776 EWING AVE., FRANKLIN LAKES, NJ 07417

10925   ROMALDO, CARMELA, PO BOX A-477 RADIO CITY STA., NEW YORK, NY 10101-9998

10924   ROMAN HIGH SCHOOL, 13TH AND VINE, PHILADELPHIA, PA 19092

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROMAN J WOJCIK &, PATRICIA M WOJCIK JT TEN, 3800 LANCASTER DR, DOYLESTOWN, PA 18901-1589

10924   ROMAN NOBBE CO INC, 2121 STATE ROAD 229, BATESVILLE, IN 47006

10924   ROMAN NOBBE INC, 2121 STATE ROAD 229, BATESVILLE, IN 47006

10924   ROMAN STONE CONSTRUCTION, 85 SOUTH 4TH ST., BAY SHORE, NY 11706

10925   ROMAN, EDITH, LO BOX 1556, PEARL RIVER, NY 10965-3104

10925   ROMAN, EDWIN, C-6 JNES. STA ISABEL, STA ISABEL, PR 00757

10925   ROMAN, EINAR, 1311 S RITA WAY, SANTA ANA, CA 92704

10925   ROMAN, GUILLERMO, 39 LINCOLN PARK, NEWARK, NJ 07102

10925   ROMAN, JUDITH, 170 MCARTHUR ST, SPARTANBURG, SC 29302

10925   ROMAN, MEREDITH, 1104 LAREDO, ST LOUIS, MO 63138

10925   ROMAN, NILSA, CALLE 32-3-L-7, TOA ALTA, PR 00953

10925   ROMAN, SABASTIAN, 1405 EAST DUNNAM, HOBBS, NM 88240

10925   ROMAN, TAMARA, 40 RUTGERS ST, CLOSTER, NJ 07624

10925   ROMANANSKY, MARCIA, CRANMORE RIDGE D102 169 PORTSMOUTH ST, CONCORD, NH 03301-7812

10925   ROMANCHUK, MATTHEW, 131 BOGERTS MILL RD, HARRINGTON PARK, NJ 07640

10925   ROMANEK, GAIL, 5315 SO KEATING ST, CHICAGO, IL 60632

10925   ROMANEK, GEORGE, 5006 S KILPATRICK, CHICAGO, IL 60632

10925   ROMANEK, TIMOTHY, 5114 S KEATING, CHICAGO, IL 60632

10925   ROMANGO, MICHAEL, 48 ASPEN GROVE DRIVE, E#0-2, EVANSTON, WY 82930-484

10925   ROMAN-MEDINA, AWILDA, 2904 MEADOWGLEN CIR., FORT WORTH, TX 76116

10925   ROMAN-MOYA, VICTOR, 4707 SHADY LANE # D, MIDLAND, TX 79701

10925   ROMANO BERGEY, 3086 FLINT AVE, HARRISBURG, VA 22801

10925   ROMANO JT TEN, NANCY & LOUIS D, 21050 UVAS RD, MORGAN HILL, CA 95037-9477

10925   ROMANO PIERLEONI, 20 LYNCOURT PARK, ROCHESTER, NY 14612-3857

10925   ROMANO, CHARLOTTE, 128 OAKLAND, MALDEN, MA 02148

10925   ROMANO, CHRISTINE, 3 GENOA AVE 1ST FL, SAUGUS, MA 01906

10925   ROMANO, LINA, 33 WEST HIGH ST., 1, BOUND BROOK, NJ 08805

10925   ROMANO, LUCILLE, 1714 RADCLIFF AVE, BRONX, NY 10462

10925   ROMANO, MEGAN, 61 SADLER WAY, GREENVILLE, SC 29607

10925   ROMANO, MIKE, 15015 PARTHENIA ST, NORTH HILLS, CA 91343

10925   ROMANO, NICHOLAS, 8 BURR AVE, MORGANVILLE, NJ 07751

10925   ROMANO, REX, 102 W. 8TH, IRVING, TX 75060

10925   ROMANO, RONALD, 37 DUGGAN RD, ACTON, MA 01720

10925   ROMANO, VIRGINIA, 1 PETER PL, NANUET, NY 10954

10925   ROMANOW CONTAINER, 39 OLD COLONY AVE, SOUTH BOSTON, MA 02127-2481

10925   ROMANOW CONTAINER, POBOX 3815, BOSTON, MA 02241-3815

10925   ROMANOW INC, 39 OLD COLONY AVE, SOUTH BOSTON, MA 02127

10925   ROMANOWSKI, JAMIE, 87-12 91 AVE, WOOKHAVEN, NY 11421

10925   ROMANSKI, GERARD, 177 NORMANDY RD, CLIFTON, NJ 07013

10925   ROMANYSHYN, ANN, 244 SO SPRINGFIELD AVE, SPRINGFIELD, NJ 07081-2625

10924   ROME FORIUM CIVIC CENTER, C/O CHAMBLESS/HOLDER CONST. CO., ROME, GA 30161

10924   ROME STRIP STEEL CO., INC., 530 HENRY ST., ROME, NY 13440

10925   ROME, WILL, 715 GEORGE ST, MEMPHIS, TN 38109-6339

10925   ROMEISER, ERIC S, 5832 LAKEMONT DR, ROANOKE, VA 24018-1008

10925   ROMENESKO, MICHAEL, 1420 N ONEIDA ST, APPLETON, WI 54911

10925   ROMEO, THERESA, 2550 MARLENA ST, WEST COVINA, CA 91792

10925   ROMEO, THOMAS, 519 W.GAINESBOROUGH, #206, THOUSAND OAKS, CA 91360

10925   ROMER, GREG, 31105 SATINLEAF LN, WESLEY CHAPEL, FL 33543-6030

10925   ROMER, SEAN, 1196 S.LUMPKIN ST., ATHENS, GA 30605

10925   ROMERO JR, DANLEY C, 3145 CASTLE DR., SULPHUR, LA 70665

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROMERO, AARON, 523 APACHE NW, ALBUQUERQUE, NM 87102

10925    ROMERO, ALICHEA, 111 S. FOREST REAR APT., AMARILLO, TX 79103

10925    ROMERO, ANDREW, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925    ROMERO, BERTHA, 1041 DEER PASS, CHANNELVIEW, TX 77530

10925    ROMERO, CHRISTOPHER, 8419 LOT 4 ABBEVILLE HWY., NEW IBERIA, LA 70560

10925    ROMERO, CYNTHIA, 2902 CURTIS DR, NEW IBERIA, LA 70560

10925    ROMERO, DAVID, 1813 LEON LANDRY RD, NEW IBERIA, LA 70560

10925    ROMERO, DEVON, 504 EAST PEARL ST, ERATH, LA 70533

10925    ROMERO, EUGENE, 4301 JEFFERSON ISLAND RD., NEW IBERIA,, LA 70560

10925    ROMERO, FREDDY, 9407 STATESIDE COURT, SILVER SPRING, MD 20903

10925    ROMERO, GEORGE, 907 30TH ST, SNYDER, TX 79549

10925    ROMERO, GERARD L (JAY), 3931 HAYMARK RD., LAKE CHARLES, LA 70607

10925    ROMERO, GERARD, 3931 HAYMARK ROAD, LAKE CHARLES, LA 70607

10925    ROMERO, GILBERT, 12620 W WASHINGTON, LOS ANGELES, CA 90034

10925    ROMERO, HECTOR, 8249 LAURELRIDGE RD., SAN DIEGO, CA 92120

10925    ROMERO, JR, DANLEY, 3145 CASTLE DRIVE, SULPHUR, LA 70665

10925    ROMERO, JUAN, 1725 EUCLID APT C, EL CENTRO, CA 92243

10925    ROMERO, KEVIN, PO BOX 775, FOXWORTH, MS 39483

10925    ROMERO, MARIA, 636 NEWTON PL NW #305, WASHINGTON, DC 20010

10925    ROMERO, MARIE, 1025 SANTA CLARA DR, SANTA FE, NM 87505

10925    ROMERO, MARY PAT, 1101 CALLE QUIETA, SANTA FE, NM 87505

10925    ROMERO, MIGUEL, 1808 METZERROTT RD. APT. A-1, ADELPHI, MD 20783

10925    ROMERO, PATRICIA, 2529 KISMET ST, MARRERO, LA 70072-5452

10925    ROMERO, REBECCA, 415-C BELLAMAH NW, ALBUQUERQUE, NM 87102

10925    ROMERO, ROBERTO, 1013 JOHN ST, JOLIET, IL 60435

10925    ROMERO, RODDY, RT. 5 BOX 61, NEW IBERIA, LA 70560

10925    ROMERO, SETH, 1101 CALLE QUIETA, SANTA FE, NM 87505

10925    ROMERO, STACEY, 704 MIXON ST., NEW IBERIA, LA 70560

10925    ROMERO, TONY, 909 B WEEKS, NEW IBERIA, LA 70560

10925    ROMERO, TROY, 900 W. FRAN #6, DELCAMBRE, LA 70528

10925    ROMERO-CUISON, ROSE MARIE, 17-11 STUART DR., FREEHOLD, NJ 07728

10925    ROMESBERG, TODD, 2405 SOUTH BELLWOOD AVE, NILES, OH 44446

10925    ROMIC ENV TECHNOLOGIES CORP, BRAD W LAMONT VPDIENT ADMINISTRATIO,

10925    ROMINE, ANGELA, 4133 NC 65 APT #210, REIDSVILLE, NC 27320

10925    ROMINE, D, 17027 WALLACE RD, OSWEGO, KS 67356

10925    ROMINE, JERRY, 3600 NORTHFIELD DRIVE, MIDLAND, TX 79707-4553

10925    ROMINE, TERRY, RT. 5 BOX 257, WINNSBORO, LA 71290

10925    ROMINGER, JAMES M, 5510 FAWN RIDGE RD., CHATTANOOGA, TN 37416

10925    ROMINGER, JAMES, 5510 FAWN RIDGE DR, CHATTANOOGA, TN 37416

10925    ROMITO, ERIK, 28 GUNNISON RD, BOXFORD, MA 01921

10925    ROMMEL, HANS, 815 HAWTHORNE AVE, EMMETT, ID 83617

10925    ROMMEL, I, 2906 ESSEX, WOODWARD, OK 73801

10925    ROMNESS, PAUL, 4117 RANDOLPH ST, ARLINGTON, VA 22207

10924    ROMNEY CONCRETE CO OF HAMP.CTY, P O BOX 855, ROMNEY, WV 26757

10924    ROMNEY CONCRETE CO OF HAMP.CTY, RT 50 WEST, ROMNEY, WV 26757

10924    ROMNEY CONCRETE CO OF, HAMPSHIRE COUNTY, ROMNEY, WV 26757

10925    ROMO, REGINA, 13702 SARANAC DR, WHITTIER, CA 90605

10925    ROMO, REGINA, 13702 SARANAC DRIVE, WHITTIER, CA 90605

10925    ROMULO,MABANTA,BUENAVENTURA,SAYOC, M.C.P.O. BOX 2089, 1260 MAKATI,MM,    *VIA Deutsche Post*
09999PHILIPPINES

10925    RON BRITT &, KATHLEEN BRITT JT TEN, 107 N 68TH PLACE, YAKIMA, WA 98908-1607

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | RON COTTRILL, 151 KINGSWOOD EST., CULLODEN, WV 25510 | |
| 10925 | RON JOHNSON, 50 WEST PROSPECT ST, WALDWICK, NJ 07463-1609 | |
| 10925 | RON KLEIN BUICK GMC INC., 1550 WEST CHURCH ST, NEWARK, OH 43055 | |
| 10925 | RON LADD, PO BOX 92384, NASHVILLE, TN 37209-8384 | |
| 10925 | RON LEE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | RON MEDINA, 21176 ESCONDIDO WAY EAST, BOCA RATON, FL 33433 | |
| 10925 | RON PILLI, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10924 | RON REDBURN, 1433 E. EL CAMINO ROAD, PHOENIX, AZ 85020 | |
| 10924 | RON WEBER, C/O ENTERIOR ENTERPRISES, WATERLOO, IA 50703 | |
| 10925 | RONA/EM INDUSTRIES, INC, 7-T SKYLINE DR., HAWTHORNE, NY 10532 | |
| 10925 | RONAL INDUSTRIES INC, 25 MARTIN PLACE, PORT CHESTER, NY 10573 | |
| 10925 | RONALD A FRANCO, 36 ALANVIEW DR, LOCKPORT, NY 14094-5746 | |
| 10925 | RONALD A. WIGNALL INC., 5440 HARVEST HILL ROAD, DALLAS, TX 75230 | |
| 10925 | RONALD APPLEBAUM, THURSWELL, CHAYET, & WEINER, 1000 TOWN CTR SUITE 500, SOUTHFIELD, MI 48075 | |
| 10925 | RONALD B DE VICE JR &, NELLY LOBO DE VICE JT TEN, 14550 RIALTO APT 213 C, CHESTERFIELD, MO 63017-2136 | |
| 10925 | RONALD B. WILSON, 9988 ROBINS NEST ROAD, BOCA RATON, FL 33496 | |
| 10925 | RONALD BAKER, 5650 SMOKEY HILL TRAIL, LAKE CHARLES, LA 70605 | |
| 10925 | RONALD BRYSON, HWY 221, ENOREE, SC 29335 | |
| 10925 | RONALD C CAMBRE, C/O NEWMONT MINING CORP, 1700 LINCOLN ST, DENVER, CO 80203-4500 | |
| 10925 | RONALD C TOWNSEND &, SANDRA R TOWNSEND JT TEN, 4121 SHERIDAN MEADOWS DRIVE, FLORISSANT, MO 63034-3486 | |
| 10925 | RONALD C. STENSLIE, 16850 TERRITORIAL RD., OSSEO, MN 55369 | |
| 10925 | RONALD COHEN &, ANN COHEN JT TEN, 249 77TH ST, BROOKLYN, NY 11209-3005 | |
| 10925 | RONALD D BUTLER, 1617 STRONG ROAD, WATERLOO, NY 13165-9438 | |
| 10925 | RONALD D GLASGOW &, MARIA E GLASGOW JT TEN, 5844 MURIEL LANE, ST ANNE, IL 60964-4443 | |
| 10925 | RONALD D STERRY &, MARY L STERRY JT TEN, RTE 1 BOX 253-B, OSSEO, WI 54758-9707 | |
| 10925 | RONALD DEAN WYMAN, 37 STORE ST 223, LONDON, WCIE FBSUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | RONALD DORAN, PO BOX 100306, IRONDALE, AL 35210 | |
| 10925 | RONALD E ERICKSON &, PHYLLIS A REHA JT TEN, 3656 WOODLAND TRAIL, EAGEN, MN 55123-2405 | |
| 10925 | RONALD E GONDER &, SUSAN K GONDER JT TEN, 18077 LAKE HILLS DR, SPRING LAKE, MI 49456-9412 | |
| 10925 | RONALD E PREUSSER, 103 BURKHART DR APT E36, SITKA, AK 99835-9774 | |
| 10925 | RONALD E RITTER, 3631 GROSVENOR DR, ELLICOTT CITY, MD 21042-4937 | |
| 10925 | RONALD E ROESER &SHAREN F, ROESER TRUSTEES UA DTD OCT, 14 1993 THE SHAREN F ROESER, REVOCABLE LIVING TRUST, 469 FRANCONIAN DR E, FRANKENMUTH, MI 48734-1001 | |
| 10925 | RONALD ELLIS, POBOX 610366, BIRMINGHAM, AL 35261 | |
| 10925 | RONALD F DOLANSKY, 4917 S LOCKWOOD, CHICAGO, IL 60638-1727 | |
| 10925 | RONALD F NAPODANO, 1734 CALKINS RD, PITTSFORD, NY 14534-2724 | |
| 10925 | RONALD FISHER, 4 AUDUBON CIRCLE, MERRIMACK, NH 03054-2635 | |
| 10925 | RONALD G DAVENPORT, 138 CARR RD, PIEDMONT, SC 29673 | |
| 10925 | RONALD G DAVENPORT, 138 CARR RD, PIEDMONT, SC 29673-8647 | |
| 10925 | RONALD GERARD ROSSI, 124 AVE C, BROOKLYN, NY 11218-4502 | |
| 10925 | RONALD H ROWLAND, 29 SCOFIELD LANE, SWANS ISLAND, ME 04685-0000 | |
| 10925 | RONALD H TICE, RR 3 BOX 92, BELOIT, KS 67420-9258 | |
| 10925 | RONALD J BATTIATO, 4901 SOUTH LANE, CHICAGO, IL 60644-0000 | |
| 10925 | RONALD J BERG &, HEROLDENE BERG JT TEN, HC 33 BOX 2437B, RIVERTON, WY 82501-9814 | |
| 10925 | RONALD J BERG, 39 PURTILL ST, SOUTH GLASTONBURY, CT 06073-2504 | |
| 10925 | RONALD J JERNUDD &, YVETTE C JERNUDD JT TEN, 2718 MORNINGSIDE DR, HART, MI 49420-9561 | |
| 10925 | RONALD J LANCASTER, HWY 221, ENOREE, SC 29335 | |
| 10925 | RONALD J MERCER, 200 ASHLEY AVE, GREENVILLE, SC 29609 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  RONALD KLAR, 8541 OLD DOMINION DR, MCLEAN, VA 22102-1107

10925  RONALD L BEAR, 235 SERRANO DR, SAN FRANCISCO, CA 94132-2411

10925  RONALD L HARRY, 18 HANFORD DR, HARMANS, MD 21077-1472

10925  RONALD L LEWIS, PO BOX 7786, EUGENE, OR 97401-0030

10925  RONALD L RAY & TANYA A RAY JT TEN, 10703 JORDAN RD, CARMEL, IN 46032-4029

10925  RONALD L SMITH, 1878 SPENCER ST, TOLEDO, OH 43609

10925  RONALD LEO FREY, 7783 OLD KY 81, OWENSBORO, KY 42301

10925  RONALD MCDONALD HOUSE, 3440 SW US VETERANS, PORTLAND, OR 97201

10925  RONALD N KUHN & THELMA L KUHN, JT TEN, 166 CHATHAM RD NE, CEDAR RAPIDS, IA 52402-1539

10925  RONALD N PEPE, 34 FAIRMOUNT WAY, QUINCY, MA 02169-1923

10925  RONALD N. PEPE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925  RONALD P DAVANZO &, KIMBERLY A DAVANZO JT TEN, 9742 BAYWOOD, PLYMOUTH, MI 48170-3837

10925  RONALD P LECLAIR, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10924  RONALD PALUMBO, 1213 DASCHBACH DRIVE, PITTSBURGH, PA 15236

10925  RONALD R GERACE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  RONALD R GUTOWSKI, 41272 LLEWELYN COURT, NORTHVILLE, MI 48167-9052

10925  RONALD R. SPENCE, 59 KENWICK ROAD, ROCHESTER, NY 14623

10924  RONALD REAGAN COURTHOUSE, C/O WESTSIDE BUILDING MATERIALS, SANTA ANA, CA 92707

10925  RONALD S MARKS & FLOY L MARKS, TR UA MAY 30 87 THE RONALD S, MARKS & FLOY L MARKS TRUST, 644 CUESTA DR, LOS ALTOS, CA 94024-4134

10925  RONALD SALEKER, 16210 WOODLEAF RD, CLEVELAND, OH 44136

10925  RONALD SCOTT PARKER, 10 DAVENPORT AVE, NEW ROCHELLE, NY 10805-3622

10925  RONALD SINGER, 3258 LUNAR ST, NAPLES, FL 33962-6214

10925  RONALD W BROWN & VICKI L BROWN, JT TEN, 338 EMBER DR, OREGON, OH 43616-1716

10925  RONALD W CROSS, 221 WARD AVE, STATEN ISLAND, NY 10304-2140

10925  RONALD W KEOHANE, 39 DUCK HAWK COURT, HACKETTSTOWN, NJ 07840-3310

10925  RONALD W LONG, 1826 HANOVER LA, BARNHART, MO 63012-1414

10925  RONALD W NOSKER, 6427 W TOWNLEY AVE, GLENDALE, AZ 85302-4430

10925  RONALD W ZAWISTOSKI, 8910 PRINCESS JEANNE AVE NE, ALBUQUERQUE, NM 87112-3940

10925  RONALD WERTHEIMER, 16-18 212 ST, BAYSIDE, NY 11360-1527

10925  RONALD ZASTROW, 2760 HOWARD AVE, LAKEPORT, CA 95453-6912

10925  RONAN ENGINEERING CO, 120 EAST OGDEN AVE, HINSDALE, IL 60521

10925  RONAN ENGINEERING CO, 21200 OXNARD ST, WOODLAND HILLS, CA 91367

10925  RONAN ENGINEERING CO, PO BOX 1275, HINSDALE, IL 60521

10925  RONAN ENGINEERING COMPANY, PO BOX 1275, WOODLAND HILLS, CA 91365

10925  RONAYNE, WILLIAM, 26 NORTH HIGHLAND RD, NORTON, MA 02766

10925  RONCA, WILLIAM J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  RONCA, WILLIAM, 76 BEECH RIDGE ROAD, SCARBOROUGH, ME 04074

10925  RONCELLI, MISTY, 3602 JACKSON, BLUE SPRINGS, MO 64015

10925  RONCHETTI, ALICE A, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925  RONCHETTI, ALICE, 33 MAGNOLIA ST, ARLINGTON, MA 02474

10925  RONCHETTI, CATHERINE, 38 FOURTH ST, MEDFORD, MA 02155

10925  RONCO INDUSTRIAL SUPPLY, 700 FRONTIER WAY, BENSENVILLE, IL 60106

10925  RONDAN, JUAN, 1202 NW 13TH ST, ANDREWS, TX 79714-2602

10925  RONDELL D NAPIER &, ELAINE NAPIER JT TEN, BOX 92, HUTSONVILLE, IL 62433-0092

10925  RONDON, RAFAEL, WARD 1126, HATO REY, PR 00917

10925  RONE, CHARLOTTE, PO BOX 425, HIGHLANDS, TX 77562

10925  RONED REALTY INC, TIMOTHY S HALEY, 74 ROUTE 17, HASBROUCK HEIGHTS, NJ 07604

10925  RONED REALTY OF JERSEY CITY INC RON, 74 ROUTE 17, HASBROUCK HEIGHTS, NJ 07604

10925  RONED REALTY, TIMOTHY S HALEY, 13 BROOKSIDE AVE, CALDWELL, NJ 07006

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    RONED REALTYOF JERSEY CITY INC., WILLIAM F. MUELLER CLEMENTE, MUELLER & TOBIA P.A., 218 RIDGEDALE AVE, PO BOX 1296, MORRISTOWN, NJ 07962-1296

10925    RONED REALTYOF UNION CITY INC., WILLIAM F. MUELLER CLEMENTE, MUELLER & TOBIA P.A., 218 RIDGEDALE AVE, PO BOX 1296, MORRISTOWN, NJ 07962-1296

10925    RONHOLDT, CLIFF, 1102 17TH ST W., WILLISTON, ND 58801

10925    RONHOLDT, GARY, 1908 CREST ST., WILLISTON, ND 58801

10925    RONIO, ANN, 661 LANTERN LANE, BLUE BELL, PA 19422

10925    RONKOVITZ, SUZANNE M, 6050 W 51 ST, CHICAGO, IL 60638

10925    RONKOVITZ, SUZANNE, 307 BADGER COURT, OSWEGO, IL 60543

10925    RONLUND, WALTER, 56 ADAMS ST, MEDFORD, MA 02155

10925    RONNER, ALFRED, 35 GOTTLIEB DRIVE, PEARL RIVER, NY 10965-1517

10925    RONNIE ABRAMS, 1877 MUSKEGON DR, CINCINNATI, OH 45255-2675

10925    RONNIE J. THOMPSON, 1206 BIRCH DR, HUDSON, WI 54016

10925    RONNIE LEAVITT, 143 TWIN HILLS DR, LONGMEADOW, MA 01106-2951

10925    RONNIE SOLLY, PO BOX 1093, EVADALE, TX 77615

10925    RONNIE W ELLIOTT, 11632 BIRCHWOOD PIKE, HARRISON, TN 37341-7997

10925    RONNIES SERVICE INC., 621 MIDLAND AVE, STATEN ISLAND, NY 10306

10925    RONNINGEN-PETTER C/O METERS &, PO BOX 188, PORTAGE, MI 49081

10925    RONNINGEN-PETTER ENG. FILTER SYSTEM, (RONNINGEN-PETTER), POBOX 441873, DETROIT, MI 48244-1873

10925    RONNINGEN-PETTER, POBOX 188, PORTAGE, MI 49081-0188

10924    RONOAK HIGHER EDUCATION, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925    RONQUILLO JR, RAYMOND, 13201 DEFOE AVE, SYLMAR, CA 91342

10925    RONQUILLO, KAREN, 13201 DE FOE AVE, SULMAR, CA 91342

10924    RONS ELEC INC, 1123 N 51ST STREET, GRAND FORKS, ND 58203

10924    RONS ELEC INC, WINGATE INN 2720 15TH ST SOUTH, FARGO, ND 58103

10925    RONS MOBILE TRUCK AND AUTO REPAIR, 1201 MARKEETA SPUR ROAD, MOODY, AL 35004

10925    RONS TRAILER REPAIR, PO BOX 375, COLUMBUS, NJ 08022

10925    RONS TRAILER REPAIR, PO BOX 375, COLUMBUS, NJ, NJ 08022

10925    RONSICK, VALERIE A, PO BOX 4443, ASHEBORO NC, NC 27204

10925    ROOD, GARY, PO BOX 288/321 E MAIN ST, HOLMESVILLE, OH 44633

10925    ROOD, LIDA, PO BOX 288/321 E MAIN ST, HOLMESVILLE, OH 44633

10925    ROOD, WARREN JR, 170 TINKER RD, NASHUA, NH 03063

10925    ROOD, WARREN, 600 BROAD ST, NASHUA, NH 03063

10924    ROOF CENTER, 15940 INDIANOLA DRIVE, ROCKVILLE, MD 20850

10924    ROOF CENTER, 4600 RHODE ISLAND AVENUE, BRENTWOOD, MD 20722

10924    ROOF CENTER, 505 MARVEL ROAD, SALISBURY, MD 21801

10924    ROOF CENTER, 5244 RIVER ROAD, BETHESDA, MD 20816

10924    ROOF CENTER, 5752 INDUSTRY LANE, FREDERICK, MD 21704

10924    ROOF CENTER, 5900 FARRINGTON AVENUE, ALEXANDRIA, VA 22304

10924    ROOF CENTER, 8999 YELLOW BRICK ROAD, BALTIMORE, MD 21237

10924    ROOF CENTER, 9055 COMPRINT COURT -SUITE 300, GAITHERSBURG, MD 20877

10924    ROOF CENTER, 9055 COMPRINT COURT, GAITHERSBURG, MD 20877

10924    ROOF CENTER, 9055 COMPRINT COURT-SUITE 300, GAITHERSBURG, MD 20877

10925    ROOF CENTER, THE, 15940 INDEANOLA DR, ROCKVILLE, MD 20855

10924    ROOF DECKS OF PUERTO RICO, RD 869 KM20 BARRIO PALMAS, WESTGATE INDUSTRIAL PARK, CATANO, PR 962PUERTO RICO    **\*VIA Deutsche Post\***

10925    ROOF DEPOT INC, 1860 EAST 28TH ST, MINNEAPOLIS, MN 55407

10924    ROOF DEPOT, 1860 EAST 28TH STREET, MINNEAPOLIS, MN 55407

10925    ROOF MAINTENANCE & SYSTEMS INC., POBOX 638, WALPOLE, MA 02081

10925    ROOF MANAGEMENT CONSULTANTS INC, 5117 WEST WALTANN LANE, GLENDALE, AZ 85306

10924    ROOF MASTER ROOFING, 425 EAST HILL, COLBY, KS 67701

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ROOF MECHANICS, 3205 N. BROADWAY, WICHITA, KS 67219

10925    ROOF, MICHAEL, 1113 SKYVIEW DR, EL RENO, OK 73036

10925    ROOF, RUTH F, 3225 PLATT SPRINGS, WEST COLUMBIA SC, SC 29110

10925    ROOFER MAGAZINE, 12734 KENWOOD LANE, BLDG 73, FORT MYERS, FL 33907

10924    ROOFERS MART OF ELMHURST, 358 ROMANS ROAD***DO NOT USE, ELMHURST, IL 60126

10924    ROOFERS MART OF INDIANA, **TO BE DELETED**, INDIANAPOLIS, IN 46219

10924    ROOFERS MART OF INDIANA, **TO BE DELETED**, MISHAWAKA, IN 46545

10924    ROOFERS MART OF INDIANA, 2440 N. SHADELAND AVENUE, INDIANAPOLIS, IN 46219

10924    ROOFERS MART OF INDIANA, 2440 NO. SHADYLAND AVE, INDIANAPOLIS, IN 46219

10924    ROOFERS MART OF INDIANA, 3930 NORTH HOMES STREET, MISHAWAKA, IN 46545

10924    ROOFERS MART OF INDIANA, 6585 EAST 30TH STREET, INDIANAPOLIS, IN 46219

10924    ROOFERS MART OF MINNESOTA, 111 22ND AVE NORTHEAST, MINNEAPOLIS, MN 55418

10924    ROOFERS MART OF MINNESOTA, 111 22ND AVENUE N.E., MINNEAPOLIS, MN 55418

10924    ROOFERS MART OF NEBRASKA, 3215 S. 66TH AVENUE, OMAHA, NE 68106

10924    ROOFERS MART OF NEBRASKA, 3407 S. 66TH AVENUE, OMAHA, NE 68100

10924    ROOFERS MART OF NEBRASKA, 3407 SO 66TH AVE, OMAHA, NE 68106

10924    ROOFERS MART OF SO. CALIFORNIA, 817 FAIRWAY DRIVE, WALNUT, CA 91789

10924    ROOFERS MART OF SO. CALIFORNIA, P.O. BOX 428, WALNUT, CA 91789

10924    ROOFERS MART OF SO. CALIFORNIA, PO BOX 428, WALNUT, CA 91789

10924    ROOFERS MART OF SOUTH DAKOTA, 837 E. ST. PATRICK STREET, RAPID CITY, SD 57701

10924    ROOFERS MART OF WISCONSIN INC., 4710 N. 124TH STREET, WAUWATOSA, WI 53225

10924    ROOFERS MART OF WISCONSIN INC., P.O. BOX 25285, MILWAUKEE, WI 53225

10924    ROOFERS MART OF WISCONSIN, PO BOX 25285, MILWAUKEE, WI 53225

10924    ROOFERS SERVICE INCORPORATED, 1324 O'FALLON STREET, SAINT LOUIS, MO 63106

10924    ROOFERS SUPPLY & SERVICE INC., 1324 O'FALLON STREET, SAINT LOUIS, MO 63106

10924    ROOFERS SUPPLY & SERVICE INC., P.O. BOX 7758, SAINT LOUIS, MO 63106

10924    ROOFERS SUPPLY OF GREENVILLE INC., HWY 20 & MANHATTEN DRIVE, GREENVILLE, SC 29604

10924    ROOFERS SUPPLY OF GREENVILLE, INC., PO BOX8619, GREENVILLE, SC 29604

10924    ROOFERS SUPPLY, **DO NOT USE** NOW NORTH COAST**, CINCINNATI, OH 45242

10924    ROOFERS SUPPLY, 3359 SOUTH 500 WEST, SALT LAKE CITY, UT 84115

10924    ROOFERS SUPPLY, 6941 CORNELL ROAD, CINCINNATI, OH 45242

10924    ROOFING & SUPPLY CO, 1409 FORT ST, CHATTANOOGA, TN 37402

10924    ROOFING & SUPPLY CO., THE, 1409-15 FORT STREET, CHATTANOOGA, TN 37402

10924    ROOFING COMPANY, THE, 6701 OSBORN AVE, HAMMOND, IN 46323

10925    ROOFING CONTRACTORS INC, PO BOX 369, GRAYSON, LA 71435

10924    ROOFING SUPPLY INC, 211 HOOKAHI WAY, HONOLULU, HI 96819

10924    ROOFING SUPPLY OF ARIZONA, 5307 WEST MISSOURI, GLENDALE, AZ 85301

10924    ROOFING SUPPLY OF ARIZONA, PO BOX671627, HOUSTON, TX 77267

10924    ROOFING SUPPLY OF CORPUS CHRISTI, 5608 OLD BROWNSVILLE ROAD, CORPUS CHRISTI, TX 78415

10924    ROOFING SUPPLY OF NEW MEXICO, PO BOX3476, ALBUQUERQUE, NM 87190

10924    ROOFING SUPPLY, 211 HOOKAHI WAY, HONOLULU, HI 96819

10924    ROOFING SUPPLY, 5608 OLD BROWNSVILLE RD., CORPUS CHRISTI, TX 78415

10924    ROOFING SYSTEMS, 10628 PARK ROAD, CHARLOTTE, NC 28210

10924    ROOFING SYSTEMS, 1400 GROVE ST., WILSON, NC 27893

10924    ROOFING SYSTEMS, 1914 SOUTH MIAMI BLVD., DURHAM, NC 27701

10924    ROOFING SYSTEMS, 320 HOSPITAL DRIVE, ZEBULON, NC 27597

10924    ROOFING SYSTEMS, 333 SILAS CREEK PARKWAY, WINSTON SALEM, NC 27103

10924    ROOFING SYSTEMS, 4528 HWY. 22 SOUTH, RAMSEUR, NC 27316

10924    ROOFING SYSTEMS, BLDG. C, 3000 NEW BERN AVE., RALEIGH, NC 27610

10924    ROOFING SYSTEMS, C/O CABARRUS HOSPITAL, CONCORD, NC 28025

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ROOFING SYSTEMS, C/O COVENANT VILLAGE, GASTONIA, NC 28054 | |
| 10924 | ROOFING SYSTEMS, C/O ER@ WESLEY LONG COM. HOSPITAL, GREENSBORO, NC 27403 | |
| 10924 | ROOFING SYSTEMS, C/O NISE EAST ENGR. CENTER, NORTH CHARLESTON, SC 29406 | |
| 10924 | ROOFING SYSTEMS, C/O SOCIAL SERVICES BLDG., LILLINGTON, NC 27546 | |
| 10924 | ROOFING SYSTEMS, C/O SURGI-CENTER OF WINCHESTER, WINCHESTER, VA 22601 | |
| 10924 | ROOFING SYSTEMS, CHRISTIAN FAITH CENTER, CREEDMOOR, NC 27522 | |
| 10924 | ROOFING SYSTEMS, HWY. 301 NORTH, SMITHFIELD, NC 27577 | |
| 10924 | ROOFING SYSTEMS, MEDICAL PLAZA DRIVE, CHARLESTON, SC 29406 | |
| 10924 | ROOFING SYSTEMS, PSYCHIATRIC, 200 NEUSE BLVD., NEW BERN, NC 28561 | |
| 10924 | ROOFING SYSTEMS, RADIATION, 3500 ARENDELL ST., MOREHEAD CITY, NC 28557 | |
| 10924 | ROOFING WHOLESALE, 1049 DALTON STREET, CINCINNATI, OH 45203 | |
| 10924 | ROOFING WHOLESALE, 1049 DALTON, CINCINNATI, OH 45203 | |
| 10924 | ROOFING WHOLESALE, 1918 W. GRANT ST., PHOENIX, AZ 85009 | |
| 10924 | ROOFING WHOLESALE, 1918 W. GRANT STREET, PHOENIX, AZ 85009 | |
| 10924 | ROOFING WHOLESALE, 2181 DUBLIN ROAD, COLUMBUS, OH 43228 | |
| 10924 | ROOFING WHOLESALE, P.O. BOX 1748, COLUMBUS, OH 43216 | |
| 10924 | ROOFLINE SUPPLY, 120 OAK VALLEY DRIVE, MACON, GA 31201 | |
| 10925 | ROOK, BRADLEY N, 921 SECOND ST PIKE, SOUTHAMPTON, PA 18966 | |
| 10924 | ROOKS REFRACTORY CONTRACT, C/O CORPORATE SERVICES, PRICE WATERHOUSE CENTRE, TRINDAD, 09999BRB | *VIA Deutsche Post* |
| 10924 | ROOKS REFRACTORY CONTRACTORS LTD., COLLYMORE ROCK, ST. MICHAEL, BARBADOS, 09999TTO | *VIA Deutsche Post* |
| 10925 | ROOKS, CARL, 21 ARBOR CLUB DR APT 214, PONTE VEDRA BCH, FL 32082 | |
| 10925 | ROOKS, CHRISTOPHER, N6859 HARRISON ROAD, HILBERT, WI 54129 | |
| 10925 | ROOKS, JUDITH, 125 HARTFORD AVE, LEWES, DE 19958 | |
| 10925 | ROOKS, MARLON, 203 E. CEDAR HILL LA, BALTIMORE, MD 21225 | |
| 10925 | ROONEY, CATHERINE, 64 CHANDLER RD, MALDEN, MA 02148 | |
| 10925 | ROONEY, FRANCES, RT 1 BOX 74, STEUBEN, WI 54657 | |
| 10925 | ROONEY, JEAN, 361 PLEASANT ST, WINTHROP, MA 02152 | |
| 10925 | ROONEY, JOHN P, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | ROONEY, JOHN, 78 W. CONCORD ST. #1, BOSTON, MA 02118-3800 | |
| 10925 | ROONEY, JUDITH, 68 HATHORN RD, SARATOGA SPRINGS, NY 12866 | |
| 10925 | ROONEY, M, 36 RAINBOW CIRCLE, MIDDLEBORO, MA 02346 | |
| 10925 | ROONEY, RICHARD, PO BOX 2441, COLUMBIA FALLS, MT 59912-2441 | |
| 10925 | ROONTZ, DAVID, 706 SOUTH CROCKER, SULPHUR, LA 70663-4312 | |
| 10925 | ROOP, M, 3900 N. CHARLES ST. #309, BALTIMORE, MD 21218 | |
| 10925 | ROOP, SARA, 603 COVENTRY RD, BALTIMORE, MD 21286-7823 | |
| 10925 | ROOPE, JAYLENE, 7991 CHASE CR #34, 506, ARVADA, CO 80003 | |
| 10924 | ROOS POOL & SPA, 429 HWY. 12 EAST, KOSCIUSKO, MS 39090 | |
| 10924 | ROOS POOL & SPA, 439 HWY 12 E, KOSCIUSKO, MS 39090 | |
| 10925 | ROOS, DEBORAH L, 5610 SPICEWOOD LA, LOUISVILLE KY, KY 40219 | |
| 10925 | ROOSA, MICHAEL, 5003 SAND BEACH, WICHITA FALLS, TX 76310 | |
| 10925 | ROOSE, BRIAN, 905 W. ASH LANE, EULESS, TX 76039 | |
| 10925 | ROOSEVELT JACKSON, 83 51 S WOOD, CHICAGO, IL 60620-4637 | |
| 10924 | ROOSEVELT SCHOOL, 529 SALEM STREET, MALDEN, MA 02148 | |
| 10925 | ROOSEVELT, BADGER, 238 6TH AVE, NEWARK, NJ 07107 | |
| 10925 | ROOSEVELT-SAN JUAN AMOCO INC, 4369 ROOSEVELT BLVD, JACKSONVILLE, FL 32210-2070 | |
| 10925 | ROOT, CHARLES R, CUST FOR ADAM CHARLES ROOT, UNIF GIFT MIN ACT OH, 480 COVENTRY PLACE, DANVILLE, CA 94506-1256 | |
| 10925 | ROOT, ELIZABETH, 201 SPOUT SPRING AVE, MOUNT HOLLY, NJ 08060 | |
| 10925 | ROOT, JADWIN, 2835 S WAGNER RD, 180, ANN ARBOR, MI 48103 | |
| 10925 | ROOT, SR, MICHAEL, 29399 SKIPTON-CORDOVA RD, CORDOVA, MD 21625 | |

 i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROOTER PLUMBING, 6576 PLEASANTDALE RD., DORAVILLE, GA 30340 | |
| 10925 | ROPAK - NORTHWEST, 20024 87TH AVE SOUTH, KENT, WA 98031 | |
| 10924 | ROPAK - NORTHWEST, 20024 87TH AVENUE S., KENT, WA 98031 | |
| 10924 | ROPAK - NORTHWEST, BUILDING F, 20024 87TH AVENUE S., KENT, WA 98031 | |
| 10924 | ROPAK - SOUTHWEST, 1501 EAST DALLAS ST, MANSFIELD, TX 76063 | |
| 10924 | ROPAK ATLANTIC INC., PO BOX 800092, LA GRANGE, GA 08810 | |
| 10925 | ROPAK ATLANTIC, INC, 2-B CORN ROAD, DAYTON, NJ 08810 | |
| 10924 | ROPAK CAPILANO, 1081 CLIVEDON, NEW WESTMINSTER, BC V1M 5B1TORONTO | *VIA Deutsche Post* |
| 10924 | ROPAK CENTRAL, 1350 ARTHUR AVENUE, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | ROPAK CORPORATION, PO BOX340, SPRINGHILL, NS Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | ROPAK CORPORATION, SPRINGHILL INDUSTRIAL PARK, SPRINGHILL, NS B0M 1X0TORONTO | *VIA Deutsche Post* |
| 10924 | ROPAK WEST INC., 14585 INDUSTRY CIRCLE, LA MIRADA, CA 90638 | |
| 10924 | ROPAK, 1820 IRONSTONE DRIVE, BURLINGTON ONTARIO, ON L7L 5V3TORONTO | *VIA Deutsche Post* |
| 10924 | ROPER HOSPITAL, PACU/SAME DAY SURGERY, CHARLESTON, SC 29401 | |
| 10925 | ROPER, ALTON, 205 HUGHES ROAD, SCRANTON, AR 72863 | |
| 10925 | ROPER, ANNIE, 506 TRANQUIL LANE B2, NEWMAN, GA 30263 | |
| 10925 | ROPER, JEANETTE, 5307 SAYIE ST, GREENVILLE, TX 75402 | |
| 10925 | ROPER, JOHN, 1426 W. PARK AVE., CORSICANA, TX 75110 | |
| 10925 | ROPER, LYNN, 1032 SANDFIELD ROAD, BLYHEWOOD, SC 29016 | |
| 10925 | ROPER, MICHAEL, 140 OLDHAM DR., JACKSON, TN 38305 | |
| 10925 | ROPER, PAUL, 156 HOLLIDAY, HOUMA, LA 70364 | |
| 10925 | ROPER, RENIQUECA, 3379 AZTEC RD., DORAVILLE, GA 30340 | |
| 10925 | ROPER, ROBERT, 343 SCHOOL RD, ROSE BUD, AR 72137 | |
| 10925 | ROPER, RUTH, 154 MARSHALL BRIDGE DRIVE, GREENVILLE, SC 29605 | |
| 10925 | ROPER, RUTH, PO BOX 464, DUNCAN, SC 29334 | |
| 10925 | ROPER, WILLIE MAE, 323 WORKMAN AVNUE, WOODRUFF, SC 29388 | |
| 10925 | ROPKA, DONALD E, DOVER OAKS BLD 4804, TEMPLE TERRACE FL, FL 33617 | |
| 10925 | ROPPO, ROCCO, 9729 S. RIDGELAND CHICAGO IL, CHICAGO, IL 60453 | |
| 10925 | ROQUE, FLAVIO, CALLE 6 F-22, TRUJILLO ALTO, PR 00976 | |
| 10925 | ROQUE, MARILYN, 38 HARRISON RD, LAKE PARSIPPANY, NJ 07054 | |
| 10925 | ROQUE, PAMELA, 5213 S TRUMBULL, CHICAGO, IL 60632 | |
| 10925 | ROQUE, RAYMOND, CALLE 2 F-3, TOA ALTA, PR 00953 | |
| 10924 | ROQUETTE AMERICA INC, 1003 S. FIFTH STREET, KEOKUK, IA 52632 | |
| 10924 | ROQUETTE AMERICA INC, GENERAL STOREROOM, 1550 NORTHWESTERN AVENUE, GURNEE, IL 60031 | |
| 10924 | ROQUETTE AMERICA INC, PO BOX 6009, KEOKUK, IA 52632-6009 | |
| 10924 | RORABACK PRODUCTS, 5539 MILITARY TRAIL, LAKE WORTH, FL 33463 | |
| 10925 | RORI LEIGH GORDON, 457 MAIN ST SUITE 185, FARMINGDALE, NY 11735 | |
| 10925 | RORIE, DELANE, 8 LADBROKE ROAD, GREENVILLE, SC 29615 | |
| 10925 | RORIE, JENNY C, 6922 MEDLIN RD., MONROE, NC 28110 | |
| 10925 | RORTY, PHILIP, 16 CARLTON AVE, HOHOKUS, NJ 07423 | |
| 10925 | RORY W MACROY, 4708 BELMONT, DOWNERS GROVE, IL 60515 | |
| 10925 | ROSA G DE OLMOS, C/O GRACE Y CIA BOLIVIA SA, CASILLA 852, LA PAZ, BOLIVIA | *VIA Deutsche Post* |
| 10925 | ROSA L CLARK, 244 HERMAN ST #4, SAN FRANCISCO, CA 94117 | |
| 10924 | ROSA L. PARKS MUSUEM & LIBRARY, 321 MONTGOMERY STREET, MONTGOMERY, AL 36103 | |
| 10925 | ROSA MARIA VILA, CARRER MAJOR, 589 08759 VALLIRANA, BARCELONA, SPAIN | *VIA Deutsche Post* |
| 10925 | ROSA, F, 1101 ROPER MT RD, GREENVILLE, SC 29615 | |
| 10925 | ROSA, FRANCIS, 1101 ROPER MTN RD, 117, GREENVILLE, SC 29615 | |
| 10925 | ROSA, FRANCISCO, 15 VESEY ST, BROCKTON, MA 02401 | |
| 10925 | ROSA, GLADYS, BO. CAIMITAL-ALTO, AGUADILLA, PR 00603 | |
| 10925 | ROSA, LUIS, HC-O2 BOX 8209, AGUADILLA, PR 00603 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROSA, MIGDALIA, PO BOX 3337, AGUADILLA, PR 00603

10925   ROSA, RICHARD, 707 S. BIG SPRING, MIDLAND, TX 79701

10925   ROSADO AUTO SALES INC., DBA ROSADO PROPANE SALES & SVC, P.O. BOX 10851, POMPANO BEACH, FL 33061

10925   ROSADO, ELIZABETH, BDA. ESPERANZA CALLE2 #78, GUANICA, PR 00653

10925   ROSADO, GERSON, RES. VILLANUEVA EDIF 24 APT 227, AGUADILLA, PR 00603

10925   ROSADO, JOHN, 329 HILLSIDE CH RD, FOUNTAIN INN, SC 29644

10925   ROSADO, JOHN, 329 HILLSIDE CHURCH R, FOUNTAIN INN, SC 29644

10925   ROSADO, PERRY, 240 WEST OLEY ST 2ND FL, READING, PA 19601

10925   ROSADO, REGINA, 4321 TENNYSON, DENVER, CO 80212

10925   ROSADO, REINALDO, BOZOA 4473, COROZAL, PR 00783PUERTO RICO      *VIA Deutsche Post*

10925   ROSALES, ADRIANA, 6169 ARLINGTON BV #102, FALLS CHURCH, VA 22044

10925   ROSALES, ALVARO, 4801 W FIRST ST SPC #18, SANTA ANA, CA 92703

10925   ROSALES, ARMANDO, 1602 LINCOLN DRIVE, ATLANTIC, IA 50022

10925   ROSALES, ELISAR, 7658 W 63RD ST, SUMMIT, IL 60501

10925   ROSALES, GUADALUPE, 1704 N. WILMINGTON BL#B, WIMINGTON, CA 90744

10925   ROSALES, JOEL, 11527 BENT TRAIL CT, HOUSTON, TX 77066-3801

10925   ROSALES, JOSEPH, 2901 MCKINNLEY, FORT WORTH, TX 76106

10925   ROSALES, JUAN, 2800 NW 26 ST., FT WORTH, TX 76106

10925   ROSALES, JUAN, 3101 CHICAGO ST, DALLAS, TX 75212

10925   ROSALES, LETICIA, 1916 LEE ELDER #D, EL PASO, TX 79936

10925   ROSALES, MARIA, 1815 17TH ST NW, WASHINGTON, DC 20009

10925   ROSALES, MARY, 1451 E. HILLCREST, THOUSAND OAKS, CA 91362

10925   ROSALES, OSCAR, 905 S 25 1/2 ST. EAST, MCALLEN, TX 78501

10925   ROSALES, RAQUEL, 792 CALLE LAS COLINAS, NEWBURY PARK, CA 91320-1916

10925   ROSALES, RAQUEL, 792 CALLE LAS, NEWBURY PARK, CA 91320

10925   ROSALES, RIGOBERTO, 1636 SOUTH 50TH AVE, CICERO, IL 60804

10925   ROSALES, VERONICA, 1208 N TOM GREEN, ODESSA, TX 79761

10925   ROSALES, WANDA, 6012 STOCKDALE HWY., SEGUIN, TX 78155

10925   ROSALIE J MALIK &, JAMES MALIK JT TEN, 7 DEVANT CT, BLUFFTON, SC 29910-4535

10925   ROSALIE MARCHESE CACITTI, TR UA AUG 30 89, CACITTI TRUST, 1989, 14501 EVANS LANE, SARATOGA, CA 95070-5601

10925   ROSALIE T HURVICH, 228 WEST 22ND ST, NEW YORK, NY 10011-2701

10925   ROSALIND A HANSON &, VINTON R HANSON JT TEN, 6300 NE 159TH, BOTHELL, WA 98011-4349

10925   ROSALIND KING & NORMAN R KING, TR UA SEP 10 96 ROSALIND KING, LIVING TRUST, 14 MALLOW RD, EAST ROCKAWAY, NY 11518-2222

10925   ROSALINDA TOWNSEND, BOX 5, HIGHLAND, MD 20777-0005

10925   ROSALINE SILVA TR UA NOV 14 98, SILVA FAMILY TRUST, 4891 RUBY CREST CT, SANTA MARIA, CA 93455-4882

10925   ROSALSKY, SARANNE, 1142 KENIWORTH RD, KENWOOD, CA 95452

10925   ROSA-LUCENA, SAMUEL, 2076 CENTERPORT ROAD, MOHRSVILLE, PA 19541-9412

10925   ROSAMORE, LEROY, 2612 E GEN. WAINWRIGHT, LAKE CHARLES, LA 70601

10925   ROSANDER, CATHY, 9132 EDMONSTON TERR APT 301, GREENBELT, MD 20770

10925   ROSANNE B SCHAFFER, 371 HIGHLAND AVE, WOODRIDGE, NJ 07075-1514

10925   ROSARIO RANDAZZO, 60-08 83RD ST, ELMHURST, NY 11373-5413

10925   ROSARIO, CARLOS, CALLE ANTURIO #403, PENUELAS, PR 00624

10925   ROSARIO, EDNA, CALLE P10 RECHANI, AGUAS BUENAS, PR 00703

10925   ROSARIO, MARTHA, 515 WEST 6TH ST, PLAINFIELD, NJ 07060

10925   ROSAS, CHARLOTTE, 4144 VILLAGE DR., FAYETTEVILLE, NC 28304

10925   ROSAS, FRANCISCO, 2227 S SHELTON ST SANTA ANA CA, SANTA ANA, CA 92707

10925   ROSASCO, MARY, 9 AURIEMMA CT, LANDING, NJ 07850

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ROSATI MASONRY, N.E. CORNER OF 23 MILE ROAD, AND GRATIOT ROADS, CHESTERFIELD, MI 48051

10925    ROSAUERS SUPERMARKET, 2610 EAST 29TH ST, SPOKANE, WA 99223

10925    ROSCHEL, MICHAEL, 2043 SE NEW YORK ST, PORT ST LUCIE, FL 34952

10925    ROSCHEWSKI, DAVID, 5140 S. LOGAN ST, LITTLETON, CO 80121

10925    ROSCOE, DALE, 2938 W. BOBOLINK AVE, MILWAUKEE, WI 53216

10924    ROSE ACRE FARMS INC, R R 2, STUART, IA 50250

10924    ROSE ACRE FARMS INC, R R 5, BOX 39, SEYMOUR, IN 47274

10924    ROSE ACRE FARMS INC, RR 5, PO BOX 1250, SEYMOUR, IN 47274

10925    ROSE ACRE FARMS, PO BOX 710890, CINCINNATI, OH 45271-0890

10925    ROSE BABA, 6706 LEYLAND PARK DR, SAN JOSE, CA 95120-4638

10925    ROSE BERGER, 2830 OCEAN PKWY, BROOKLYN, NY 11235-7959

10925    ROSE BOYADJIAN &, JAME BOYADJIAN JT TEN, 291 ARLINGTON ST, DRACUT, MA 01826-4018

10924    ROSE CITY BUILDING MATERIALS, 21375 N.W. CHERRY LANE, HILLSBORO, OR 97124

10924    ROSE CITY BUILDING, 6100 SE 111TH AVENUE, PORTLAND, OR 97266

10924    ROSE CON PIPE, 735 ROSE CON RD., SCOTT CITY, MO 63780

10925    ROSE ECKER, 349 - 80TH ST, BROOKLYN, NY 11209-3603

10925    ROSE F PONZINI &, GEORGE H PONZINI JT TEN, 2 WINDGATE PL, YONKERS, NY 10705-1533

10924    ROSE HULMAN ALUMNI CENTER, C/O CIRCLE B, TERRE HAUTE, IN 47803

10925    ROSE IV, WILLIAM, 2113 PALM CASTLE, LEAGUE, TX 77573

10925    ROSE KIRSTEIN &, HARRY KIRSTEIN JT TEN, 311 WEST 24TH ST 6C, NEW YORK, NY 10011-1562

10925    ROSE KLEIN MARIAS, 555 E. OCEAN BLVD, SUITE 900, PO BOX 22792, LONG BEACH, CA 90801

10925    ROSE M CRAMER, 46 STATE ST, GLASSBORO, NJ 08028-1906

10925    ROSE M DE STEFANO, 55 ARBOR LN, DIX HILLS, NY 11746-5136

10925    ROSE M GERARD, 1222 LARCHWOOD DR, OCEANSIDE, CA 92056-6408

10925    ROSE M JOHNSTON, 111 NORWALL RD, MEMPHIS, TN 38117-3226

10925    ROSE M MOORE, 970 MATTERHORN BLVD, RENO, NV 89506-7913

10925    ROSE M POTH, 67 BOULDER TRAIL, BRONXVILLE, NY 10708-5935

10925    ROSE MARIAN DOUGLAS & LUCILLE E, MC KAY JT TEN, BOX 2092, TULSA, OK 74101-2092

10925    ROSE MARIE WOLF, 169 SOUTH DUNLAP AVE, YOUNGSTOWN, OH 44509-2613

10925    ROSE METALS, INC, 154 MAIN ST., FORT LEE, NJ 07024

10925    ROSE MORAN, 3176 DECATUR AVE, BRONX, NY 10467-4511

10925    ROSE PACKING COMPANY, 65 SOUTH BARRINGTON ROAD, BARRINGTON, IL 60010-9589

10925    ROSE PACKING, 6050 WEST 51ST. ST, CHICAGO, IL 60638

10925    ROSE R CANNELLA, 2919 PHILIP AVE, BRONX, NY 10465-2330

10925    ROSE RESTAURANT, LTD, 6075 BELLE GROVE RD., BALTIMORE, MD 21225

10925    ROSE S. ONEILL, 40 MARGARET ST, STATEN ISLAND, NY 10308

10925    ROSE SHANIS FINANCIAL SERVICES, SHELL BLDG., 200 E. JOPPA RD, STE. 301, TOWSON, MD 21286

10925    ROSE SR, ROWLAND G, 1310 GARLAND RD, SOUTH BEND, IN 46614-2105

10924    ROSE USE 558172, 21375 N.W. CHERRY LANE, HILLSBORO, OR 97124

10925    ROSE V TURNER TR, 05 31 68, ROSE V TURNER TRUST, URA, 140 ARTHUR ST, GARDEN CITY, NY 11530-30

10925    ROSE WU CHU, 10 EMILY RD, FRAMINGHAM, MA 01701-4522

10925    ROSE, A, 619 N. TOM, WEBB CITY, MO 64870

10925    ROSE, ALICE, PO BOX 147, THAYER, IN 46381

10925    ROSE, ANGELA, 127 EARL APT. #104, SAN ANTONIO, TX 78212

10925    ROSE, ANGELA, 13446 HEALD LANE #8B, FT MYERS, FL 33908

10925    ROSE, BEATRICE, 434 UNION ST, LOUDONVILLE, OH 44842

10925    ROSE, BOBBIE, RT 4 BX 1276, LAURENS, SC 29360

10925    ROSE, CARL, 308 E EMERALD, IOWA PARK, TX 76367

10925    ROSE, DAVID, 7829 A RENAISSANCE, CHARLOTTE, NC 28226

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROSE, DONNA, WASHINGTON AVE APT B-3, VINTON, VA 24179

10925    ROSE, ELIZABETH C, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    ROSE, ELIZABETH, 149 WASHINGTON ST., BELMONT, MA 02178

10925    ROSE, EUGENE, 801 TILDEN ST., BRONX, NY 10467

10925    ROSE, GAIL, 34 WINTER ST, TAUNTON, MA 02780

10925    ROSE, GEORGE, 886 OXLEY ROAD, COLUMBUS, OH 43212

10925    ROSE, GREG, 101 EASTERN DR, SHREVE, OH 44676

10925    ROSE, GUY, 501 SW 62 TERRACE, OKLAHOMA CITY, OK 73139

10925    ROSE, JEFF, 2322 WEST 10455 SOUTH, SOUTH JORDAN, UT 84095

10925    ROSE, JEFFREY, 5648 WOOLPER ROAD, PETERSBURG, KY 41080

10925    ROSE, JENNIFER, 270-1 PARTHENON LANE, ATHENS, GA 30605

10925    ROSE, JOE, WESTON BENSHOOF ROCHEFORT, 444 S FLOWER ST 43RD FL, LOS ANGELES, CA 90071-2901

10925    ROSE, JOHN, PO BOX 952222, LAKE MARY, FL 32795

10925    ROSE, KAREN, 404 LAKESHORE DRIVE, LAKEMARY, FL 32746

10925    ROSE, KAREN, 5720 HWY 357, CAMPOBELLO, SC 29322

10925    ROSE, KATHLEEN, 25426 BELLE PORTE AV, HARBOR CITY, CA 90710

10925    ROSE, KLEIN & MARIAS, 801 SOUTH GRAND AVE, SUITE 1800, LOS ANGELES, CA 90017-4645

10925    ROSE, LARRY, 330 COUNTY FAIR DR, HOUSTON, TX 77060

10925    ROSE, LASHEA, 1301 MILL STREAM DR, DALLAS, TX 75232

10925    ROSE, LENORA, 964 NORTH BELMONT, INDIANAPOLIS, IN 46222

10925    ROSE, LESTER, 308 E EMERALD, IOWA PARK, TX 76367

10925    ROSE, LINDA, PO BOX 315, MONAHANS, TX 79756

10925    ROSE, LLOYD, 1264 CUMBERLAND AVE, SAN LEANDRO, CA 94579

10925    ROSE, MARCY, 5818 E UNIVERSITY BVD #224, DALLAS, TX 75206

10925    ROSE, MARIE, 1264 CUMBERLAND AVE., SAN LEANDRO, CA 94579

10925    ROSE, MARIE, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925    ROSE, MARTHA, 84 PAYSON ROAD, BELMONT, MA 02478

10925    ROSE, MELODY, 124 CLARIDGE CT, FOUNTAIN INN, SC 29644

10925    ROSE, PAULINE, BOX 325, NASHVILLE, OH 44661-0301

10925    ROSE, RAYMOND, 422 ROSECROFT TER, BALTIMORE, MD 21229

10925    ROSE, ROXANNE, 1126 FOREST VALE WAYAPT. # H-1, NORCROSS, GA 30093

10925    ROSE, SCOTT, 120 ASHDOWN DR, SIMPSONVILLE, SC 29680

10925    ROSE, SEAN F., 1815 HABERSHAM, CUMMING, GA 30131

10925    ROSE, SHARON, 2802 N QUAKER, LUBBOCK, TX 79415

10925    ROSE, SUZIE MARIE, 12114 BLUE FLAG WAY, COLUMBIA, MD 21044

10925    ROSE, TERESA, 6111 CO RD 51, BIG PRAIRIE, OH 44611

10925    ROSE, TIMOTHY, PO BOX 302, LAKESHORE, MS 39558

10925    ROSEANNE V LAFAYETTE, 2805 ROSINA AVE, COVINGTON, KY 41015-1051

10925    ROSEBERRY, FRANCES, 25 CARLA CIRCLE, STOCKBRIDGE, GA 30281

10925    ROSEBERRY, RENE M., 2327 DICKINSON ST, PHILADELPHIA, PA 19146

10925    ROSEBORO, TRAVIS, PO BOX 1131, GREENSBORO, NC 27402

10924    ROSEBUD CONCRETE COMPANY, HIGHWAY 14, HAYES, SD 57537

10924    ROSEBUD CONCRETE COMPANY, P.O. BOX 1, WINNER, SD 57580

10924    ROSEBUD CONCRETE COMPANY, W. HWY 18, WINNER, SD 57580

10924    ROSEBUD CONCRETE COMPANY, WHITE RIVER, SD 57579

10925    ROSE-BUNGAY, JUDY, PO BOX 64352, TACOMA, WA 98464

10925    ROSE-CARMICHAEL, BEVERLY A, 6017 CLOUDY APRIL WAY, COLUMBIA, MD 21044

10925    ROSE-CARMICHAEL, BEVERLY, 6017 CLOUDY APRIL WYCOLUMBIA MD 21044, COLUMBIA, MD 21044

10924    ROSE-CON PIPE, 3401 W. COMMERCIAL, SPRINGFIELD, MO 65803

10924    ROSE-CON PIPE, P. O. BOX 978, SPRINGFIELD, MO 65803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ROSE-CON PIPE, PO BOX 978, SPRINGFIELD, MO 65803

10925   ROSECRANCE, TRACY, 464 WILLSON ST, ELKINS, WV 26241

10925   ROSE-DALE ENTERPRISES, 6626 4TH ST NW, ALBUQUERQUE, NM 87107

10925   ROSEDALE LANDSCAPING, INC, 1522 BOGGS ROAD, FOREST HILL, MD 21050

10925   ROSELAND FLORAL COMPANY,INC, 633 CENTRAL AVE., CHARLOTTE, NC 28204

10924   ROSELAND PUMPING STATION, 351 W. 104TH STREET, CHICAGO, IL 60601

10924   ROSELLE LIBRARY DISTRICT C/O ASC, 40 SOUTH PARK, ROSELLE, IL 60172

10925   ROSELLES, TAMMY, 10133 FULMER RD, MILLINGTON, MI 48746

10925   ROSELLI, CAROL, 44 WOODLAWN AVE, BRIDGEWATER, NJ 08807

10925   ROSELLON, VICTORIA, 2480 BRIGHTON AVE, EL CENTRO, CA 92243

10925   ROSEMARIE BOLSTEAD &, JAMES BOLSTEAD JT TEN, 257 ST PAULS AVE, STATEN ISLAND, NY 10304-2246

10925   ROSEMARIN, SHEILA, 19470 WATERS REACH LANE #703, BOCA RATON, FL 33434-5116

10925   ROSEMARY A DALY, 1111 N WOODWARD C233, BIRMINGHAM, MI 48009-5414

10925   ROSEMARY BLAKELY BERRY, 35-48 75TH ST, JACKSON HEIGHTS, NY 11372-4460

10925   ROSEMARY D HAMMERSCHMIDT, 5243 HOHMAN AVE, HAMMOND, IN 46320-1721

10925   ROSEMARY E HORTON &, WALTER J HORTON JR JT TEN, 55 FRENIER DR, WILLIAMSTOWN, MA 01267-2907

10925   ROSEMARY FRANKLIN, PO BOX 57, LAKE VILLAGE, IN 46349

10925   ROSEMARY KOMATSU, 26 VENNER RD, ARLINGTON, MA 02476-8028

10925   ROSEMARY M MOODY, 433 CIRCLEVIEW DR SOUTH, HURST, TX 76054-3524

10925   ROSEMARY O CANTERBURY, 12221 CHAPEL VIEW DR, FARMERS BRANCH, TX 75234-6401

10925   ROSEMARY Q BARRY, PO BOX 632, SOUTHPORT, CT 06490-0632

10925   ROSEMARY ROSSI, 88 1/2 EDWARDS ST, NEW HAVEN, CT 06511-3918

10925   ROSEMECK, DORIS, 15 KROGER CTR., NORFOLK, VA 23502

10925   ROSEMECK, DORIS, 5356 ROSLYN DR, NORFOLK, VA 23502

10925   ROSEMOND, B, 15770 CHAPEL, DETROIT, MI 48223

10925   ROSEMONT ENGINEERING, 225 STEDMAN ST UNIT 20, LOWELL, MA 01851

10925   ROSEMONT EXPOSITION SERVICES INC, 9301 BRYN MAWR, ROSEMONT, IL 60018

10925   ROSEMONT SUITES, 5500 NORTH RIVER RD, ROSEMONT, IL 60018

10924   ROSEMONT TOWER, 9540 BRYNMAUR ROAD, ROSEMONT, IL 60018

10925   ROSEMOUNT AEROSPACE, 1283 EAGAN INDUSTRIAL RD, EAGAN, MN 55121

10925   ROSEMOUNT ANALYTICAL, 2400 BARRANCA PKWY, IRVINE, CA 92714

10925   ROSEMOUNT ANALYTICAL, INC, 2400 BARRANCA PKWY, IRVINE, CA 92606

10925   ROSEMOUNT ANALYTICAL, PO BOX 266, JARRETTSVILLE, MD 21084

10925   ROSEMOUNT INC, 14300 JUDICIAL ROAD, BURNSVILLE, MN 55337

10925   ROSEMOUNT INC, PO BOX 70114, CHICAGO, IL 60673-0114

10925   ROSEMOUNT INC, POBOX 70114, CHICAGO, IL 60673-0114

10925   ROSEMOUNT INC., 6 SHAWAN RD., HUNT VALLEY, MD 21030

10925   ROSEMOUNT INC., 810 JEFFERSON AVE, MIDLAND, MI 48640

10925   ROSEMOUNT INC., PO BOX 70114, CHICAGO, IL 60673

10925   ROSEMOUNT SERVICE & SUPPORT, PO BOX 73869, CHICAGO, IL 60673-7869

10925   ROSEMOUNT UNILOC, PO BOX 905015, CHARLOTTE, NC 28290

10925   ROSEMOUNT, 865 PARKVIEW, LOMBARD, IL 60148-3200

10925   ROSEMOUNT, INC, 12001 TECHNOLOGY DR., EDEN PRAIRIE, MN 55344

10925   ROSEMOUNT, INC, 2871 HWY. 90, WESTLAKE, LA 70669

10925   ROSEMOUNT, INC, 8200 MARKET BLVD, PO BOX 1149, CHANHASSEN, MN 55317-1149

10925   ROSEMOUNT, INC, 8200 MARKET BLVD., CHANHASSEN, MN 55317

10925   ROSEMOUNT, INC, 865 PARKVIEW AVE, LOMBARD, IL 60148

10925   ROSEMOUNT, INC, PO BOX 70114, CHICAGO, IL 60673

10925   ROSEMOUNT, INC, PO BOX 70114, CHICAGO, IL 60673-0114

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROSEMOUNT/UNILOC, PO BOX 905015, CHARLOTTE, NC 28290-5015

10925    ROSEMOUNT/UNILOC, UNILOC ACCT# 5096693, PO BOX 905015, CHARLOTTE, NC 28290-5015

10924    ROSEN MATERIALS, 12951 S W 124TH ST, MIAMI, FL 33177

10924    ROSEN PLASTERING CORP, 1462 SCHENECTADY AVE, BROOKLYN, NY 11203

10924    ROSEN PLASTERING INC, 1462 SCHENECTADY AVE1462, BROOKLYN, NY 11203

10925    ROSEN, ALLAN, 6019 YORKVILLE COURT, DALLAS, TX 75248

10925    ROSEN, DANIEL, 1042 JUSTICE LANE, ACWORTH, GA 30102

10925    ROSEN, HAROLD, 7113 WEST NILES, NILES, IL 60648

10925    ROSEN, MURRAY, 5775 YORKSHORE LANE, PALM HARBOR, FL 34685

10925    ROSEN, NETTIE, 7 SUMMIT AVE, DUMONT, NJ 07628-1715

10925    ROSEN, SIDNEY, 3 LANSING COURT, NEW CITY, NY 10956

10925    ROSEN, TAMMY, 108 GLENGARRY DR, BLOOMINGDALE, IL 60108

10925    ROSENBAUM, 5171 N.E. 12TH AVE, FORT LAUDERDALE, FL 33334

10925    ROSENBAUM, DONNA, 4684 VALLEY ROAD, WOOSTER, OH 44691

10925    ROSENBAUM, GERTRUDE, 2170 CENTURY PARK EAST, APT 1209 SO, LOS ANGELES, CA 90067-2225

10925    ROSENBAUM, JANET, 23 PERKINS CT BLDG 44, HAVERHILL, MA 01832

10925    ROSENBAUM, JOSHUA, 497 WINN WAY, DECATUR, GA 30030

10925    ROSENBAUM, MICHELLE, 497 WINN WAY, DECATUR, GA 30030

10925    ROSENBAUM, PHILIP, 2170 CENTURY PK E #1209S, LOS ANGELES, CA 90067

10924    ROSENBERG TEXAS ASSEMBLY HALL, JEHOVAH'S WITNESS, ROSENBERG, TX 77471

10924    ROSENBERG TEXAS ASSEMBLY HALL, OF JEHOVAH'S WITNESS, ROSENBERG, TX 77471

10924    ROSENBERG TEXAS ASSEMBLY, HALL OF JEHOVAH'S WITNESS, ROSENBERG, TX 77471

10925    ROSENBERG, ARI, 2954 WYMAN PKWY, BALTIMORE, MD 21211

10925    ROSENBERG, ARNOLD M, 11836 GOYA DR, POTOMAC, MD 20854

10925    ROSENBERG, ARNOLD, 11836 GOYA DR, POTOMAC, MD 20854

10925    ROSENBERG, DAVID, 21 SHARON DRIVE, SPRING VALLEY, NY 10977

10925    ROSENBERG, JASON, 2954 WYMAN PKWY, BALTIMORE, MD 21229

10925    ROSENBERG, JENNIFER, 11310 CORAL KEY DRIVE, BOCA RATON, FL 33498

10925    ROSENBERG, MARILYN, 941 PERRY ST, READING, PA 19604

10925    ROSENBERG, MICHAEL J, 4209 RED BANDANA WAY, ELLICOTT CITY, MD 21043

10925    ROSENBERG, MICHAEL, 4209 RED BANDANA WAY, ELLICOTT CITY, MD 21042

10925    ROSENBERG, PAMELA, 5012 CLIFF POINT CIR, COLORADO SPRINGS, CO 80919

10925    ROSENBERG, RANDI, 5319 55TH ST, KENOSHA, WI 53142

10925    ROSENBERG, RUTH, 1328 WAUGOO AVE, OSHKOSH, WI 54901

10925    ROSENBERG, TIMOTHY, 402 HIGHLAND ST, WRIGHTSTOWN, WI 54180

10925    ROSENBERGER, GEORGE, 1402 S. BORDER #748, WESLACO, TX 78596

10925    ROSENBERGER, JR, THOMAS, 25 MANOR AVE, BALTIMORE, MD 21206

10925    ROSENBERRY, JOHANNA, 179 TASSIE WAY, EL PASO, TX 79927

10925    ROSENBLATT, LEONARD, CUST FOR BARTON ROSENBLATT, UNIF GIFT MIN ACT NY, 216 VALENTINE ST, WEST NEWTON, MA 02165-3002

10925    ROSENBLATT, MIRIAM, 216 VALENTINE ST, WEST NEWTON, MA 02165

10925    ROSENBLATT, STEVEN, 3834 MORGANS CREEK, SAN ANTONIO, TX 78230

10925    ROSENBLOOM, ESQ, DAVID S, JEFFREY STONE, ESQ, & LEWIS ROSENBLOOM, ESQ, MCDERMOTT, WILL & EMERY, 227 WEST MONROE ST, CHICAGO, IL 60606-5096

10925    ROSENBLUM, ALEX, 2404 HARBINGER, DALLAS TX, TX 75252

10925    ROSENBLUM, IRVING, 112 ROOSEVELT ST, CLOSTER, NJ 07624

10925    ROSENBLUM, SHELDEN, 29 DECATUR AVE, SPRING VALLEY, NY 10977

10925    ROSENBROCK, ESTHER, 7581 E 9000 N RD, GRANT PARK, IL 60940-5209

10925    ROSENBURG, MICHAEL, 8701 E. MARIPOSA DR., SCOTTSDALE, AZ 85251

10925    ROSENBUSCH, C, 2510 SAWMILL RD, MARIETTA, GA 30064

10925    ROSENE, KAREN, 9302 CHAROLAIS LANE, CHARLOTTE, NC 28213

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROSENE, WALLIANG, 3450 BRECKINRIDGE, DULUTH, GA 30136

10924   ROSENFELD CON, DRAWER E, MILFORD, MA 01757

10924   ROSENFELD CON., 75 PLAIN ST., MILFORD, MA 01757

10924   ROSENFELD CON., DRAWER E, MILFORD, MA 01757

10925   ROSENFELD CONCRETE CORP., POBOX 9187, BOSTON, MA 02114

10924   ROSENFELD CONCRETE, BOSTON, MA 02193

10924   ROSENFELD CONCRETE, WALPOLE, MA 02081

10925   ROSENFELD, MORRIS, 78 HALL AVE, NEW CITY, NY 10956

10925   ROSENHOOVER, AMY, 12265J PENDERCREEK C, FAIRFAX, VA 22030

10925   ROSENKOETTER JT TEN, ERNEST W & PEARL E, 3907 PRATHER AVE, ST LOUIS, MO 63109-1250

10925   ROSENKRANS, JUDITH, 899 AUBURN DR, BILOXI, MS 39532

10925   ROSENMAN & COLIN, 575 MADISON AVE, NEW YORK, NY 10022-2585

10925   ROSENOW, ANGELA, 1332 W. WEILAND LA., APPLETON, WI 54914

10925   ROSENOW, DAVID, 4676 HORIZON ROAD, MIDDLETON, WI 53562

10925   ROSENQUIST, NANCY, 215 MEADOWBROOK CT, LAKE ZURICH, IL 60047

10925   ROSENTHAL CO., 3125 EXON AVE., CINCINNATI, OH 45241

10925   ROSENTHAL, DANIEL, 424 WILLOWBRANCH DR, SIMPSONVILLE, SC 29681

10925   ROSENTHAL, ELENA, 3907 FLAMEWOOD LANE, HOLLYWOOD, FL 33021

10925   ROSENTHAL, JOYCE, 54-44 LITTLENECK PKW, LITTLENECK, NY 11362

10925   ROSENTHAL, MARY, 908 ASH CIRCLE, PLYMOUTH, WI 53073

10925   ROSENTHAL, NANCY, CUST FOR KIM ROSENTHAL, UNIF GIFT MIN ACT-NJ, 28 MAYHEW AVE, LARCHMONT, NY 10538-2742

10925   ROSENTHAL, RHODA, 2425 CALLE ALMONTE, SANTA BARBARA, CA 93109

10925   ROSENTHAL, TRACY, 45 BELLEVUE ROAD, LYNN, MA 01905

10924   ROSENWALD ELEMENTRY SCHOOL (SPRAY), 2601 W. 80TH. STREET, CHICAGO, IL 60652

10925   ROSENWEIG, SHARON, 294H MAIN ST, MADISON NJ, NJ 07940

10925   ROSENZWEIG, DOREEN, 515 UPHAM ST, MELROSE, MA 02176

10925   ROSER, PATRICIA, 5144 MT. JURA CT, MARRERO, LA 70072

10925   ROSER, ROBERT, 5175 N HOPKINS, MILWAUKEE, WI 53209

10925   ROSETE, CONSTANTE, 7118 JACK FRAZEN, GARLAND, TX 75043

10925   ROSETE, SOCORRO, 4903 INNSBROOK, HOUSTON, TX 77066

10925   ROSETTA, KEVIN, 13005 MEDINA RIVER, AUSTIN, TX 78732

10925   ROSETTI, MICHAEL, 28 SENECA ST, 25, SENECA FALLS, NY 13148

10924   ROSEVILLE HOSPITAL, ROSEVILLE, CA 95661

10924   ROSEVILLE OFFICE BLDG., 1935 COUNTY ROAD B-2, ROSEVILLE, MN 55113

10924   ROSEVILLE TELEPHONE CO., SECTION 87500 WAREHOUSE, 8150 INDUSTRIAL AVENUE, ROSEVILLE, CA 95678

10924   ROSEWOOD COMMUNICATIONS SUPPLY CO, 788 WEST CHURCH ST, JASPER, GA 30143

10924   ROSEWOOD MAUSOLEUM C/O ROSEN, SECOR ROAD, HARTSDALE, NY 10530

10924   ROSEWOOD VILLAGE, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924   ROSHELL ELECTRIC, 14896 COUNTY HWY. S., CHIPPEWA FALLS, WI 54729

10925   ROSHONG, DIANE, 509 CLOVER LA, GREEN BAY, WI 54301

10925   ROSHTO, CHERI, 1746 HAVILAND CIRCLE, COLUMBIA, SC 29210

10925   ROSIER, FLORA, RT 1 BOX 815, BUNKER HILL, WV 25413

10925   ROSIER, KENNETH, 116 SANDHILL ROAD, BALTIMORE, MD 21221

10925   ROSIN EYECARE, INDUSTRIAL SAFETY DIVISION, 6233 WEST CERMAK ROAD, BERWYN, IL 60402

10925   ROSINA M BLACK TR UA, 03 29 98 FOR THE ROSINA M, BLACK REVOCABLE TRUST, 5606 MONTERO CT, ROCKLIN, CA 95677-4404

10925   ROSINHA, KERRIE, 15 BOB ST, WESTPORT, MA 02790

10925   ROSINSKI, MICHAEL, 776 THREE WOOD LANE, WOODRUFF, SC 29388

10925   ROSITA MUNRO, 12210 APPLEBY DR, HOUSTON, TX 77031-3301

10925   ROSKOSKEY, WILLIAM, 1540 WATKINS LN #104, NAPERVILLE, IL 60540

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ROSLYN G GREENFIELD, 8616 E PRAIRIE RD, SKOKIE, IL 60076-2325

10925   ROSLYN SCHLOSS, 164 FOREST HILLS RD, WEST ORANGE, NJ 07052-3958

10925   ROSMARINOFSKI, MARY JO, 1008 SOUTH ST, TEWKSBURY, MA 01876

10925   ROSNER, ESQ, FREDERRICK B, WALSH, MONZACK & MONACO PA, 1201 N ORANGE ST #400, PO BOX 2031, WILMINGTON, DE 19801

10924   ROSS & ROBERTS, 1299 W. BROAD STREET, STRATFORD, CT 06615

10925   ROSS & SON COMPANY, 710 OLD WILLETS PATH, HAUPPAUGE, NY 11788-4193

10925   ROSS & WITMER INC, PO BOX 16288, CHARLOTTE, NC 28297-6288

10925   ROSS BANKS MAY CRON CAVIN, 9 GREENWAY PLAZA, 20TH FL COASTAL TOWER, HOUSTON, TX 77046

10925   ROSS CHEM INC, POBOX 458, FOUNTAIN INN, SC 29644

10925   ROSS CHEMICAL INC., PO BOX 458, FOUNTAIN INN, SC 29644

10924   ROSS CO. REDI MIX #2, 18646 RT. 23 N., CIRCLEVILLE, OH 43113

10925   ROSS CONTROLS, INC, PO BOX 4141, AKRON, OH 44321-4141

10925   ROSS CONTROLS, PO BOX 4141, AKRON, OH 44321

10924   ROSS COUNTY REDI-MIX #1, 689 MARIETTA ROAD, CHILLICOTHE, OH 45601

10924   ROSS COUNTY REDI-MIX #2, 18646 ST RT 23, CIRCLEVILLE, OH 43113

10924   ROSS COUNTY REDI-MIX INC, 689 MARIETTA PIKE, CHILLICOTHE, OH 45601

10924   ROSS COUNTY REDI-MIX INC, 689 MARIETTA RD, CHILLICOTHE, OH 45601

10924   ROSS COUNTY REDI-MIX, 4245 RT. 23 SOUTH, PIKETON, OH 45661

10924   ROSS COUNTY REDI-MIX, 689 MARIETTA PIKE, CHILLICOTHE, OH 45601

10924   ROSS COUNTY REDI-MIX, 689 MARIETTA RD, CHILLICOTHE, OH 45601

10925   ROSS ENGINEERING INC, PO BOX 12308, HAUPPAUGE, NY 11788-0615

10924   ROSS HERRMANN, 202 GAIL STREET, GOODFIELD, IL 61742

10924   ROSS ISLAND SAND & GRAVEL, 1208 NORTH RIVER STREET, PORTLAND, OR 97227

10925   ROSS ISLAND SAND & GRAVEL, 4315 S.E. MCLOUGHLIN BLVD., PORTLAND, OR 97282-0249

10924   ROSS ISLAND SAND & GRAVEL, 4315 S.E.MCLOUGHLIN BLVD., PORTLAND, OR 97282

10924   ROSS ISLAND SAND & GRAVEL, 4315 SOUTHEAST MCLOUGHLIN BLVD, PORTLAND, OR 97227

10924   ROSS LABORATORIES, PO BOX 16546, COLUMBUS, OH 43216

10925   ROSS MIXING, INC, 1249 S.E. INDUSTRIAL BLVD., PORT SAINT LUCIE, FL 34952

10925   ROSS MIXING, INC, PO BOX 12308, HAUPPAUGE, NY 11788-0615

10925   ROSS NEELY SYSTEMS INC, PO BOX 12345, BIRMINGHAM, AL 35202-2345

10924   ROSS PRESTRESS CONC, P O BOX 6299, BRISTOL, TN 37620

10924   ROSS PRESTRESS, 1701 INDEPENDENCE LANE, BRISTOL, TN 37620

10924   ROSS PRESTRESS, 1870 HWY 11 WEST, BRISTOL, TN 37620

10924   ROSS PRESTRESS, P O BOX 6299, CHATTANOOGA, TN 37401

10924   ROSS PRESTRESSED CONCRETE, ATTN:  ACCOUNTS PAYABLE, KNOXVILLE, TN 37914

10924   ROSS PRODUCTS DIVISION, 901 N. CENTERVILLE ROAD, STURGIS, MI 49091

10924   ROSS WILLOUGHBY CO, PO BOX182054, COLUMBUS, OH 43218-2054

10925   ROSS, ALBERT, 236 BOLIVAR AVE., BALTIMORE, MD 21225

10925   ROSS, ALCEE, 8931 S RACINE ST, CHICAGO, IL 60620

10925   ROSS, ANNE & DICK, 365 REYNOLDS DRIVE NE, EATONTON, GA 31024

10925   ROSS, ARLANDA, 6515 CEDAR HURST TR., COLLEGE PARK, GA 30349

10925   ROSS, BETTY B, 4041 IBIS NO 801, SAN DIEGO, CA 92103-6807

10925   ROSS, BETTY, 1550 THOUSAND, SAN ANTONIO, TX 78732

10925   ROSS, BILL, PO BOX 1214, MEEKER, CO 81641

10925   ROSS, BOBBY, 720 W. PARRISH AVE, OWENSBORO, KY 42301

10925   ROSS, BRENDA, 7784 ROCKRIDGE DR W, JAX, FL 32244

10925   ROSS, CAMERON, 8601 DUNLAP ST, HOUSTON, TX 77074

10925   ROSS, CAROL, 923 S LAGRANGE RD, LAGRANGE, IL 60525

10925   ROSS, CAROLYN, 2708 WADE RD. SE, WASHINGTON, DC 20020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROSS, CHARLES, 7684 PINK DOGWOOD TRAIL, DENVER, NC 28037

10925    ROSS, D, 754 N PEARL ST, OAKFIELD, NY 14125

10925    ROSS, DALE, 12955 STATE RD. Y, ROLLA, MO 65401-9673

10925    ROSS, DARLENE, 18 LAFAYETTE ST, QUINCY, MA 02169

10925    ROSS, DAVID, 3919 HOLLAND AVE, 105, DALLAS, TX 75219

10925    ROSS, DON, 7684 PINK DOGWOOD TR, DENVER, NC 28037

10925    ROSS, DONAL, BOX 434, HOLLIDAY, TX 76366-0434

10925    ROSS, DONNA, 2915 CREOLE DR., HOUMA, LA 70364

10925    ROSS, EDWIN E, 4041 IBIS ST APT 801, SAN DIEGO, CA 92103-1847

10925    ROSS, ERRIC, 26851 SOUTH BARLOW ROAD, CANBY, OR 97013

10925    ROSS, FRANCINE, 12764 TURBERSVILLE L, HERNDON, VA 22071

10925    ROSS, GARY, 1902 CONCORD, PASADENA, TX 77502

10925    ROSS, GINGER, 11527 PLANTERS ESTATES DR, CHARLOTTE, NC 28278-0007

10925    ROSS, GREGORY, 10665 S.W. C.R.484, DUNNELLON, FL 34432

10925    ROSS, J, 12406 LOBELIA TER, BRADENTON, FL 34202-2935

10925    ROSS, JACQUELINE, 3271 SANDY CREEK RD., MADISON, GA 30650

10925    ROSS, JACQUELINE, 8315 KINGSMERE CT, CINCINNATI, OH 45231

10925    ROSS, JAMES, 84 GOWING RD., HUDSON, NH 03051

10925    ROSS, JEFFREY, 100 TANGLEWOOD DR, ATHENS, GA 30606

10925    ROSS, JEFFREY, 990 BAYFIELD WAY, APT 101, COLORADO SPRINGS, CO 80906

10925    ROSS, JESSE, 945 CLEVELAND ST, MEEKER, CO 81641-3219

10925    ROSS, JOAN, 80 CHESTNUT ST, MIDDLEBORO, MA 02346

10925    ROSS, JOHN E, 5 CONN ST, WOBURN, MA 01801

10925    ROSS, JOYCE, 2890 TARVER COURT, MACON, GA 31201

10925    ROSS, KAREN, 3727 WALKER AVE, MACON, GA 31206

10925    ROSS, KENNETH, 1914 MUIRFIELD DRIVE, ADA, OK 74820

10925    ROSS, KENNETH, 509 W. MARKET, OZARK, AR 72949

10925    ROSS, LORI, 25201 PALMADA, MISSION VIEJO, CA 92692

10925    ROSS, LYNETTE, 1705 CHIPPENDALE, HOUSTON, TX 77018

10925    ROSS, MARGARET, 1919 16TH ST SE, WASHINGTON, DC 20020

10925    ROSS, MARK, 766 FAIRVIEW RD, SIMPSONVILLE, SC 29681

10925    ROSS, MARTIN, 9262 WEST ARBOR PLACE, LITTLETON, CO 80123

10925    ROSS, MARY, RT 1 BOX 109 A-2, POINT, TX 74472

10925    ROSS, MICHAEL, 54 CHAMPIONSHIP COURT, OWINGS MILLS, MD 21117

10925    ROSS, MICHELLE, 2251 SHERMAN AVE NW APT 436W, WASHINGTON, DC 20001

10925    ROSS, MICHELLE, 766 FAIRVIEW RD, SIMPSONVILLE, SC 29681

10925    ROSS, NANCY, 3252 ALBRECHT AVE, AKRON, OH 44312

10925    ROSS, NONA, 207 SYCAMORE, MOMENCE, IL 60954

10925    ROSS, PATRICK, 6622 ADRIAN ST, NEW CARROLLTON, MD 20784

10925    ROSS, PAUL, 1807 WARRINGTON WAY, LOUISVILLE, KY 40222-6417

10925    ROSS, RANDY, 9221 HADDON AVE., SUN VALLEY, CA 91352

10925    ROSS, REGINA, % ALBANESE 147-18 BARCLAY AVE, FLUSHING, NY 11355-1269

10925    ROSS, ROGER, 1720 BRITTANY LANE, EDMOND, OK 73003-3862

10925    ROSS, RONALD, 215 MOHAWK FOREST BLVD, NORTH ADAMS, MA 01247

10925    ROSS, ROSALIND, 3900 INVEST0R DRIVE, DALLAS, TX 75237

10925    ROSS, SHELLY, 6375 OAKHURST DR., MORROW, GA 30260

10925    ROSS, STEPHEN, 5214 FORDWICK DRIVE S.W., ROANOKE, VA 24018

10925    ROSS, STEVE, RT 1 BOX 282, NOCONA, TX 76255

10925    ROSS, TERESE, 749 N LIVINGSTON AVE, INDIANAPOLIS, IN 46222

10925    ROSS, THERESA, PO BOX 165, DELHI, CA 95315

10925    ROSS, THOMAS, BOX 329, CONESTEE, SC 29636

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ROSS, TONY, 2 NORTH ST, TAYLORS, SC 29687 | |
| 10925 | ROSS, WILBURN, 2 NORTH ST, TAYLORS, SC 29687 | |
| 10925 | ROSS, WILLIAM, 11 MADISON AVE, WINCHESTER, MA 01890-3025 | |
| 10925 | ROSS, WILLIAM, 1421 S KNOTT AVE #1, ANAHEIM, CA 92804 | |
| 10925 | ROSS, WILLIAM, 215 TRACTOR ROAD, GRAY COURT, SC 29645 | |
| 10925 | ROSS, ZELDA, C/O JUDITH STORCH 8 CARLSON LANE, EAST NORTHPORT, NY 11731 | |
| 10925 | ROSSBACH BRENNAN, 401 NORTH WASHINGTON ST, PO BOX 8988, PO BOX 8988, MISSOULA, MT 59807 | |
| 10925 | ROSSELL, DOUGLAS, 1304 EAST 10TH ST, 35B, ATLANTIC, IA 50022 | |
| 10925 | ROSSELLO, R, 455 ARRIGOITIA ST, HATO REY, PR 00918 | |
| 10925 | ROSSELOT, SARAH, 4990 SENTINEL DR #103, BETHESDA, MD 20816 | |
| 10925 | ROSSET D SC, ROBERT, 50 RUE DE LA TOUR, PARIS, 75116FRANCE | *VIA Deutsche Post* |
| 10925 | ROSSET D.SC., ROBERT, 50, RUE DE LA TOUR, PARIS, 75116FRANCE | *VIA Deutsche Post* |
| 10925 | ROSSETTI, JOHN, 3111 ADAMS MILL RD NW, WASHINGTON, DC 20010 | |
| 10925 | ROSSETTI, JOSEPH, 2150 S 26 ST, MILWAUKEE, WI 53215 | |
| 10925 | ROSSETTI, PATRICIA, 3936 CROSSWINDS DR, ROCKLY MOUNT, NC 27803 | |
| 10925 | ROSSI JR, LUIS, 96-10 37TH AVE APT C14, CORONA, NY 11368 | |
| 10925 | ROSSI, CATHERINE, 7 DANA TERRACE, BRANCHBURG, NJ 08876 | |
| 10925 | ROSSI, JOYCE, 704 GREGWOOD COURT, BALTIMORE, MD 21222 | |
| 10925 | ROSSI, KAREN, 421 TONY DRIVE, SHREVEPORT, LA 71106 | |
| 10925 | ROSSI, LUTHER, 18 OHLONE, PORTOLA VALLEY, CA 94015 | |
| 10925 | ROSSI, MARGARET, 222 BOYD AVE, JERSEY CITY, NJ 07304 | |
| 10925 | ROSSI, RONALD G, CUST FOR ROBERT EUGENE WESCOTT, UNIF GIFT MIN ACT-NY, 46 FORDHAM ST, VALLEY STREAM, NY 11581-3238 | |
| 10925 | ROSSIE, MONICA, PO BOX 3023, CHANDLER, AZ 85244-3023 | |
| 10925 | ROSSIGNOL, BARBARA, 122 SANDRA RD, JAX, FL 32211 | |
| 10925 | ROSSIGNOL, BARBARA, 122 SANDRA RD., JACKSONVILLE, FL 32211 | |
| 10925 | ROSSINI PEREZ, ELENA, 2521 SW 25 ST, COCONUT GROVE, FL 33133 | |
| 10925 | ROSSINI STEFANO, VIA RIPALTA 2-B, 20087 SAN DONATO, MILANO, ITALY | *VIA Deutsche Post* |
| 10925 | ROSSMAN, PETRA, 1405 BROOKLYN AVE, 3E, BROOKLYN, NY 11210 | |
| 10925 | ROSSMANN, LUCILLE, PO BOX 342, ISLAND LAKE, IL 60042-9748 | |
| 10925 | ROSSMILLER, R, 33 HIGH ST APT 106, HARTFORD, WI 53027 | |
| 10925 | ROSSO, ROBERTO, PO BOX 364422, SAN JUAN, PR 00936 | |
| 10925 | ROSSO-NUNEZ, JUAN, 2813 EVARTS ST. NE, WASHINGTON, DC 20018 | |
| 10925 | ROSSOW, LONNIE, 9522 NEWTON FALLS RD, RAVENNA, OH 44266 | |
| 10924 | ROSS-WILLOUGHBY, 1320 MCKINLEY AV, COLUMBUS, OH 43222 | |
| 10925 | ROST, CRAIG, 309 S VAN BUREN ST, GREEN BAY, WI 54301 | |
| 10925 | ROSTANZO, LORRAINE V, 8 BRODGEWOOD AVE, TAYLORS, SC 29687 | |
| 10925 | ROSTANZO, LORRAINE, 8 BRIDGEWOOD AVE, TAYLORS, SC 29687 | |
| 10924 | ROSTENKOWSKI BLDG/ (MERCY HOSP), 26TH STREET & MARTIN KING LUTHER DR, CHICAGO, IL 60616 | |
| 10924 | ROSWELL CROSSING, 765 EAST CROSSVILLE ROAD, ROSWELL, GA 30076 | |
| 10924 | ROSWELL MASONARY, INCORPORATED, #352 6175 HICKORY HAT HWY-SUITE 110, CANTON, GA 30115 | |
| 10924 | ROSWELL MASONRY, #352 6175 HICKORY FLAT HWY, STE 110, CANTON, GA 30115 | |
| 10925 | ROSWELL MOORE JR &, BEVERLY J MOORE TR, UA JUL 21 94, BY MOORE FAMILY LIVING TRUST, 13611 SALISBURY DR, SUGAR LAND, TX 77478-2432 | |
| 10924 | ROSWELL PARK CANCER INSTITUTE, ELM & CALTON ST, BUFFALO, NY 14200 | |
| 10924 | ROSWELL PARK CANCER INSTITUTE, ELM & CALTON ST, BUFFALO, NY 14222 | |
| 10924 | ROSWELL PARK CANCER INSTITUTE, ELM & CALTON STREETS, BUFFALO, NY 14217 | |
| 10924 | ROSWELL PARK NEW MAINE HOSPITAL, 1 CARLTON STREET @ ELM, BUFFALO, NY 14203 | |
| 10924 | ROSWELL READY MIX CO., PO BOX448, ROSWELL, NM 88202 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ROSWELL READY MIX, 4100 SOUTH LEA, ROSWELL, NM 88202 | |
| 10924 | ROSWELL TOWN CENTER, 608 HOLCOMBE BRIDGE RD., ROSWELL, GA 30076 | |
| 10925 | ROSWELL, DONALD, 305 OLD DIXIE HWY, AUBURNDALE, FL 33823 | |
| 10925 | ROTANIUM PRODUCTS CO, LTD, 5875 ANDOVER, MONTREAL, QC H4T 1H8CANADA | *VIA Deutsche Post* |
| 10925 | ROTANIUM PRODUCTS CO., 4500 EUCLID AVE., CLEVELAND, OH 44102 | |
| 10925 | ROTANIUM PRODUCTS COMPANY, PO BOX 74075, CLEVELAND, OH 44194-0002 | |
| 10925 | ROTAR, EMIL, 7322 WINDSOR MILL ROAD, BALTIMORE, MD 21244 | |
| 10925 | ROTARY AIRLOCK, INC, 707 E. 17TH ST., ROCK FALLS, IL 61071 | |
| 10925 | ROTARY AIRLOCK, INC, PO BOX 416, ROCK FALLS, IL 61071 | |
| 10925 | ROTARY CLUB OF LEXINGTON, PO BOX 615, LEXINGTON, MA 02420 | |
| 10925 | ROTCHILD, DOROTHY JEAN, 1139 HUNTSMAN LANE, MEMPHIS, TN 38119-3303 | |
| 10925 | ROTELLA, JEAN, 735 WALNUT ST, LOCKPORT, NY 14094 | |
| 10925 | ROTELLO, ROBERT, 342 HOLLY DRIVE, WYCROFF, NJ 07481 | |
| 10925 | ROTEX C/O MILLS-WINFIELD, 2002 BLOOMINGDALE RD., GLENDALE HEIGHTS, IL 60139 | |
| 10925 | ROTEX, 17 S. BRIAR HOLLOW DR., STE. 304, HOUSTON, TX 77027 | |
| 10925 | ROTEX, INC, 1230 KNOWLTON ST., CINCINNATI, OH 45223 | |
| 10925 | ROTEX, INC, PO BOX 630317, CINCINNATI, OH 45263 | |
| 10925 | ROTEX, INC, PO BOX 630317, CINCINNATI, OH 45263-0317 | |
| 10925 | ROTEX, PO BOX 8065, CINCINNATI, OH 45208 | |
| 10925 | ROTGE JR., DAN, PO BOX 156, PREMONT, TX 78375 | |
| 10925 | ROTH JR, CHARLES, RD #2 BOX 356-D, NEW BRIGHTON, PA 15066 | |
| 10925 | ROTH PUMP COMPANY, PO BOX 4330, ROCK ISLAND, IL 61204-4330 | |
| 10924 | ROTH READY MIX CONCRETE CO., 900 KIELEY PLACE, SAINT BERNARD, OH 45217 | |
| 10924 | ROTH READY MIX CONCRETE COMPANY, 900 KIELEY PL, SAINT BERNARD, OH 45217 | |
| 10925 | ROTH, BARBARA, 13535 S LECLAIRE, CRESTWOOD, IL 60445 | |
| 10925 | ROTH, BRENDA, 5596 BONETTA RD, MEDINA, OH 44256-8160 | |
| 10925 | ROTH, DAVID R, PSC 1 BOX 1725, ELMENDORF AFB, AK 99506-0000 | |
| 10925 | ROTH, DAVID, 1102 W. ACADEMY DRIVE, JENNINGS, LA 70546 | |
| 10925 | ROTH, ELAINE, FLUSHING, NY 11355 | |
| 10925 | ROTH, FREDERICK, 5 OLD ANDOVER ROAD, N READING, MA 01864-9998 | |
| 10925 | ROTH, HELEN, 1540 YORK AVE, NEW YORK, NY 10028-5962 | |
| 10925 | ROTH, HENRY, 9432 MICHIGAN AVE, SUN LAKES, AZ 85248 | |
| 10925 | ROTH, JAMES A., 4423 WEST RICHARD, OAK FOREST, IL 60452 | |
| 10925 | ROTH, LARRY, 4114 STEINMETZ DRIVE, INDIANAPOLIS, IN 46254 | |
| 10925 | ROTH, LINDA, 386 TURNER ST, HAMBURG, PA 19526 | |
| 10925 | ROTH, MARTIN, 186 VAN SAUN DRIVE, RIVER EDGE, NJ 07661-1714 | |
| 10925 | ROTH, MICHAEL F, 104 CREIGHTON WAY, DANVILLE, CA 94506 | |
| 10925 | ROTH, MICHAEL, 942 PEPPERWOOD DR, DANVILLE, CA 94506 | |
| 10925 | ROTH, PAMELA, 245 W MAIN ST # 312, LAKE ZURICH, IL 60047 | |
| 10925 | ROTH, RANDALL, ROUTE 1, BOX 166, MILFORD, NE 68405 | |
| 10925 | ROTH, RICHARD, 305 EAST 11TH ST SUITE 1-A, NEW YORK, NY 10003 | |
| 10925 | ROTHBAUM, DANIEL, 5807 NW 81ST TERRACE, TAMARAC, FL 33321 | |
| 10925 | ROTHCHILD, CAROL, 5 CLIFF COURT, SUCCASUNNA, NJ 07876 | |
| 10924 | ROTHCO, INC., 304 E. 21ST ST., ANDOVER, KS 67002 | |
| 10925 | ROTHEIM, STEVEN, 420 EAST 54TH ST, 19C, NEW YORK, NY 10022 | |
| 10925 | ROTHEIMER, DENISE, 6050 N FRANCISCO, 2E, CHICAGO, IL 60659 | |
| 10925 | ROTHENBACH, JEFF, 830 E. SAN JOSE, BURBANK, CA 91501 | |
| 10925 | ROTHENBERG POLITICAL REPT, 50 F ST NW 7TH FL, WASHINGTON, DC 20001 | |
| 10925 | ROTHENBERG, ROBERT, 91 CARLETON RD, CARLISLE, MA 01741 | |
| 10925 | ROTHENBERGER, KAY, CUST FOR CRAIG A ROTHENBERGER, UNDER THE UNIF GIFT MIN ACT IN, BOX 111, REYNOLDS, IN 47980-0111 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROTHER, EDWIN, 408 SABINE, HALLETSVILLE, TX 77964

10925   ROTHER, ELMER, 4438 N. 8OTH ST, MILWAUKEE, WI 53218

10925   ROTHERMEL, GERTRUDE, 100 TRENTWOOD CONDO, SIMPSONVILLE, SC 29681

10925   ROTHERMEL, RODNEY, 93 ORCHARD RD, HAMBURG, PA 19526

10925   ROTHERMEL, TONYA, 456 BEAGLE RD, LEESPORT, PA 19533

10925   ROTHFELDER, RAYMOND E, PO BOX 3328, DANA POINT, CA 92629

10925   ROTHFELDER, RAYMOND, 1984 RIVIERA AVE, BANNING, CA 92220

10925   ROTHGEB, LARRY, 1767 LANCING DRIVE, SALEM, VA 24153

10925   ROTHHAAS, PAMELA, 322 GROVEWOOD PL APT C, BEECH GROVE, IN 46107-2470

10925   ROTHMAN MD, KEITH S, 680 HEACOCK ROAD SUITE 202, YARDLEY, PA 19067

10925   ROTHMEYER, MARCUS, 327 CLEAR SKY TRAIL, LAKE IN THE HILLS, IL 60102

10925   ROTHPLETZ, HANS, 192 ROCKAWAY ROAD, LEBANON, NJ 08833

10925   ROTHPLETZ, RACHEL, HILL & DALE FARM 192 ROCKAWAY ROAD, LEBANON, NJ 08833

10924   ROTHROCK TRUCKING TERMINAL, C/O WARCO CONSTRUCTION, GREER, SC 29651

10925   ROTHROCK, DARRELL, 415 OLD MARION RD NE, CEDAR RAPIDS, IA 52402

10925   ROTHROCK, RUTH, 415 OLD MARION RD NE, CEDAR RAPIDS, IA 52402

10925   ROTHSCHILD, ARTHUR, 860 LOWER FERRY ROAD 1J, TRENTON, NJ 08628-9998

10925   ROTHSCHILD, CHARLOTTE, 860 LOWER FERRY ROAD, TRENTON, NJ 08628-3504

10925   ROTHSCHILD, TIM, 1407 ROBERTSON ST, FR. COLLINS, CO 80524

10925   ROTHWELL FIGG ERNST & KURZ, 555 THIRTEENTH ST NW, WASHINGTON, DC 20004

10925   ROTHWELL, TERRESA, 10248 APPALACHIAN CIRCLE APT A 1, OAKTON, VA 22124

10925   ROTI, TODD, 4466 ELAN CT, ANNANDALE, VA 22003

10925   ROTO ROOTER SERVICE & DRAIN SERVICE, PO BOX 80323, 80323, CHATTANOOGA, TN 37414-0323

10925   ROTO ROOTER SEWER SER., 2125 MONTANA AVE., CINCINNATI, OH 45211

10925   ROTO ROOTER, 2968 A NORTH DECATUR RD, DECATUR, GA 30033

10925   ROTO ROOTER, 2-D GILL ST, WOBURN, MA 01801

10925   ROTO ROOTER, 4017 WHITTIER BL, LOS ANGELES, CA 90023

10925   ROTO ROOTER, 7800 WATERLOO RD, RT. 175, JESSUP, MD 20794

10925   ROTO ROOTER, 8200 WATERLOO RD., RT 175, JESSUP, MD 20794

10925   ROTO-DISC CO., 4612 KELLOGG AVE., CINCINNATI, OH 45226

10925   ROTO-DISC COMPANY, 4612 KELLOGG AVE, CINCINNATI, OH 45226

10925   ROTOLO, CATHERINE, 2239 BRANDYWINE DRIVE, CHARLOTTESVILLE, VA 22901-2953

10925   ROTOLOK VALVES INC, 2711 GRAY FOX ROAD, MONROE, NC 28110

10924   ROTONDO PRECAST, 151 OLD FARMS RD., AVON, CT 06001

10925   ROTONDO, JENNIFER, 148 TROUT BROOK LANE, HOPE, RI 02831

10925   ROTONICS MANUFACTURING INC, 17038 SOUTH FIGUEROA ST, GARDENA, CA 90248

10925   ROTONICS MANUFACTURING INC, 6770 BRIGHTON BLVD, COMMERCE CITY, CO 80022

10925   ROTONICS MFG INC. - DENVER DIV., 6770 BRIGHTON BLVD., COMMERCE CITY, CO 80022

10925   ROTORCAST, MAIN ST, LANESBORO, PA 18827

10925   ROTOREX INC, 8301 B RETREAT ROAD, WALKERSVILLE, MD 21793

10925   ROTOREX, PO BOX 1168, FREDERICK, MD 21701

10925   ROTO-ROOTER SERVICE & PLUMBING, 7800 WATERLOO ROAD RT.175, JESSUP, MD 20794

10925   ROTO-ROOTER SERVICES CO., 7800 WATERLOO ROAD, JESSUP, MD 20794

10925   ROTO-ROOTER SERVICES CO., PO BOX 640802, CINCINNATI, OH 45264-0802

10925   ROTO-ROOTER, 175 MAPLE ST, STOUGHTON, MA 02072-1105

10925   ROTO-ROOTER, 5672 COLLECTION CENTER DR, CHICAGO, IL 60693

10925   ROTO-ROOTER, PO BOX 1242, LAKE CHARLES, LA 70602

10925   ROTO-ROOTER, PO BOX 596, SCOTTSBORO, AL 35768

10925   ROTO-ROOTER, PO BOX 839, CINCINNATI, OH 45269

10925   ROTO-ROOTER, POBOX 5403, SPARTANBURG, SC 29304

10925   ROTRA INC, PO BOX 66498, CHICAGO, IL 60666

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 ROTTENSTEIN, KAREN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925 ROTTENSTEIN, KARIN, 11450 NW 56TH DRIVE APT 6-106, CORAL SPRINGS, FL 33076

10925 ROTTER, MONICA, 3 JADE ST, NEW CITY, NY 10956

10925 ROTTMAN, DAVID, 226 SPRING CREEK RD., MT VERNON, IA 52314

10925 ROTUNDA, TRACIE, 675 SARA DRIVE, WASHINGTON, PA 15301

10925 ROUBICEK, PAVEL, 1040 WINDRUSH LANE, SANDY SPRING, MD 20860

10925 ROUCHON, MARIUS, 5249 WARWICK DR, MARRERO, LA 70072

10925 ROUDEZ, STEPHANIE, 6935 S PRAIRIE AVE, CHICAGO, IL 60637

10925 ROUGE STEEL COMPANY, 3001 MILLER RD., DEARBORN, MI 48121

10925 ROUGEAU, ANTHONY, 304 JEANINE ST, LAKE CHARLES, LA 70605

10925 ROUGEAU, HARRY, PO BOX 1062, OBERLIN, LA 70655

10925 ROUGHTON, ROBERT, 1228 W. DOGWOOD RD, CARTHAGE, MO 64836

10924 ROULAND CONCRETE & SUPPLIES, 600 E OAK, JACKSONVILLE, IL 62650

10924 ROULAND CONCRETE & SUPPLY, 600 E OAK, JACKSONVILLE, IL 62650

10924 ROULAND CONCRETE & SUPPLY, 600 E.OAK, JACKSONVILLE, IL 62650

10925 ROULEAU, ERIC G, 170 MARO DR, SAN JOSE, CA 95127-2029

10924 ROUND MOUNTAIN GOLD CORP., SMOKY VALLEY MINE ROAD, ROUND MOUNTAIN, NV 89045

10924 ROUND ROCK #26, 3201 GOLDEN OAK CIRCLE, ROUND ROCK, TX 78664

10924 ROUND ROCK CONC, P O BOX 206, STILLWATER, ME 04489

10924 ROUND ROCK CONCRETE ., P.O. BOX 206, STILLWATER, ME 04489

10924 ROUND ROCK CONCRETE., 300 GILMAN FALLS AVE., OLD TOWN, ME 04468

10924 ROUND ROCK ELEMENTRY #25, 2105 SONOMA TRAIL, ROUND ROCK, TX 78664

10924 ROUND ROCK HOSPITAL EXPANSION, 2400 ROUND ROCK AVE., ROUND ROCK, TX 78681

10924 ROUND ROCK LIBRARY, 221 EAST MAIN STREET, ROUND ROCK, TX 78664

10925 ROUND THE CLOCK SYSTEM, SUITE 203, PORTLAND, MA 04101

10925 ROUND, G, 6402 BLOSSOMWOOD CIRCLE NE, CANTON, OH 44721

10925 ROUND, HELEN, 455 W OXFORD ST, ALLIANCE, OH 44601-2857

10925 ROUNDS TRUE VALUE HARDWARE, 290 MAIN ST, STONEHAM, MA 02180

10925 ROUNDS, PETER, 708 S. 25TH CT, WEST DES MOINES, IA 50266

10925 ROUNDS, POLYANNA, 302 WOODBINE CT, PITTSBORO, NC 27312

10925 ROUNDS, TERESA, 930 S WELLINGTON, MEMPHIS, TN 38126

10925 ROUNDTREE DODGE, 2100 EAST PRIEN LAKE RD., LAKE CHARLES, LA 70601

10925 ROUNDTREE, RICK, 211 KELLIE, HOUMA, LA 70360

10925 ROUNDTREE, WILLIE, 504 S WARNELL ST, PLANT CITY, FL 33566

10925 ROUNDTREE, WILLIE, 5065 MERRIN ST, PLANT CITY, FL 33566

10925 ROUNSAVILLE, LARRY, 201 KILMER AVE, WINTER HAVEN, FL 33884

10925 ROUNSAVILLE, R, 7913 RONALD DR, HUNTINGTON BEACH, CA 92647

10925 ROUNTREE ASSOCIATES, 52 ARMSTRONG ROAD, PLYMOUTH, MA 02360

10925 ROURK, MELANIA, 7361 WILDERNESS PK W, WESTLAND, MI 48185

10925 ROURKE, MICHAEL, 356 BOSTON ROAD, GROTON, MA 01450

10925 ROUSE RUBBER INDUSTRIES INC, POBOX 863, JACKSON, MS 39205

10925 ROUSE, ANTHONY, 608 MONROE ST #A, MACON, GA 31202

10925 ROUSE, CATHERINE, 3027 N. MARYLAND, MILWAUKEE, WI 53211

10925 ROUSE, LARRY, 2407 HORTON BLVD., 12, WILSON, NC 27893

10925 ROUSE, RICHARD, 6800 P IND BLVD, DORAVILLE, GA 30360

10925 ROUSE, RICHARD, 8 MAPLE LANE, WATERLOO, NY 13165

10925 ROUSER, AUDREY, 4025 TANGLEWOOD E., PALM BCH GARDENS, FL 33410

10925 ROUSH, STEVEN, 90 MONROE ST, ROCKVILLE, MD 20850

10925 ROUSSE, JOEY, 116 EAST 57TH ST, CUT OFF, LA 70345

10925 ROUSSEAU, BART, 2 FAIRWAY DRIVE APT. 142, DERRY, NH 03038

10925 ROUSSEL, ANITA, 73 ORMOND PLACE, DESTREHAN, LA 70047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROUSSEL, VALIENNE, 34 CARVER AVE, ISELIN, NJ 08830

10925   ROUSSELLE, EDWARD, 78 BACK RIVER ROAD, MERRIMACK, NH 03054

10925   ROUSU, BENJAMIN, 1452 SEVILLE DR APT 6, GREEN BAY, WI 54302

10925   ROUTH, JAMES, 7339 NE J C PENNY DRIVE, HAMILTON, MO 64644-9514

10925   ROUTH, LARRY, 116 YAWMETER DRIVE, BALTIMORE, MD 21220

10925   ROUTH, ROBERT, PO BOX 166472, IRVING, TX 75016-6472

10925   ROUTH, RONALD, 5402 ENCHANTED MIST, HUMBLE, TX 77346

10925   ROUTHIER & SONS INC, 256 AYER ROAD, LITTLETON, MA 01460-1010

10925   ROUTHIER PLACEMENT SPECIALISTS INC, 160 STATE ST 3RD FL, BOSTON, MA 02109

10925   ROUTLEDGE, POBOX 95562, CHICAGO, IL 60694-5562

10925   ROUTT COUNTY TREASURER, PO BOX 770907, STEAMBOAT SPRINGS, CO 80477

10925   ROUX, ELAINE, 63 WALKER ST, LOWELL, MA 01854

10925   ROUX, GWENDOLYN, 100 CHERRY ST, FRAMINGHAM, MA 01701

10925   ROUX, HEATHER, 127 MARCIE DR, LONG BEACH, MS 39560

10925   ROVER, AMONEZ, 12801 E 2110 S. ROAD, MOMENCE, IL 60954

10925   ROVER, II, SAMMIE, R 3 BOX 339, MOMENCE, IL 60954

10925   ROVETA, DIANE C, 584 KNICKERBOCKER RD, TENAFLY, NJ 07670

10924   ROW ALL STAR WIPERS, 2523 GWYNNS FALLS PARKWAY, BALTIMORE, MD 21216

10924   ROW ALL STAR WIPERS, 2523 GWYNNS FALLS PKY, BALTIMORE, MD 21216

10925   ROW, VIRGIL, 2822 W. ELM, ENID, OK 73703

10924   ROWAN COLLEGE, 201 MULLICA HILL ROAD, GLASSBORO, NJ 08028-1701

10924   ROWAN CONCRETE INC., D.B.A. LER CONCRETE, FALCONER, NY 14733

10924   ROWAN CONCRETE INC., D.B.S LER CONCRETE, FALCONER, NY 14733

10924   ROWAN MEMORIAL HOSPITAL, C/O WARCO CONSTRUCTION, 612 WEST HENDERSON ST, SALISBURY, NC 28144

10925   ROWAN, JANIE, 5310 APT. A W 30TH., INDIANAPOLIS, IN 46208

10925   ROWAN, KEELY, 6503 N MILITARY TRAIL APT 4102, BOCA RATON, FL 33486

10925   ROWAN, MARY, 6179 ORIOLE BLVD, ENGLEWOOD, FL 34224-8095

10925   ROWAN, REGINA, 324 E. WEATHERSFIELD, SCHAUMBURG, IL 60193

10925   ROWAN, RUTH, 335 CHURCH ST., NORHTBORO, MA 01532

10925   ROWAN, SR, KENNETH, 2612 W. 8TH ST, OWENSBORO, KY 42301

10925   ROWAN, THOMAS, 11 NOBLE ST, SELLERSVILLE, PA 18960

10925   ROWBOTHAM, HARVEY, 26356 GALEN DRIVE, WYOMING, MN 55092

10925   ROWDEN, LARRY, 408 N 5TH AVE, BROKEN BOW, NE 68822

10924   ROWE CONSTRUCTION COMPANY, PO BOX 609, BLOOMINGTON, IL 61702

10924   ROWE CONSTRUCTION, 1523 N. COTTAGE AVENUE, BLOOMINGTON, IL 61702

10924   ROWE CONSTRUCTION, MARTIN LUTHER KING, PLANT 170, BLOOMINGTON, IL 61702

10924   ROWE CONSTRUCTION, P O BOX 609, BLOOMINGTON, IL 61702

10925   ROWE DONNA M, THE BOGATIN LAW FIRM, G PATRICK ARN, 860 RIDGE LAKE BLVD #360, MEMPHIS, TN 38120

10924   ROWE DRYWALL INC, 3152 NORTHSIDE DRIVE SUITE 102, KEY WEST, FL 33040

10924   ROWE LIMITED PARTNERSHIP, 13250 JAMES MADISON PARKWAY, KING GEORGE, VA 22485

10924   ROWE LIMITED PARTNERSHIP, 13250 JAMES MADISON PKWY, KING GEORGE, VA 22485

10924   ROWE LIMITED PARTNERSHIP, 13250 JAMES MADISON PKWY., KING GEORGE, VA 22485

10925   ROWE LIMITED PARTNERSHIP, 13250 JAMES MADISON PKY, KING GEORGE, VA 22485

10924   ROWE LIMITED PARTNERSHIP, 169 WYCHE RD, STAFFORD, VA 22554

10924   ROWE LIMITED PARTNERSHIP, 8520 INDIAN HILLS COURT, FREDERICKSBURG, VA 22408

10924   ROWE LIMITED PARTNERSHIP, ROUTE 3, SEALSTON, VA 22547

10925   ROWE RICHARD C, RICHARD C, PO BOX 27183, MEMPHIS, TN 38126

10925   ROWE, ANGELA M, #16-1ST AVE N, TEXAS, TX 77590

10925   ROWE, ARTHUR, 3236 OLD HARTFORD RD, OWENSBORO, KY 42303

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ROWE, BERTHA, 3011 W. 183 RD ST #293, HOMEWOOD, IL 60430

10925   ROWE, BRUCE, 13475 MOHAWK, C, APPLE VALLEY, CA 92307

10925   ROWE, CATHERINE, 37 BUCKMASTER DRIVE, CONCORD, MA 01742

10925   ROWE, CONNIE, 122 S. WALBRIDGE AVE, MADISON, WI 53714

10925   ROWE, DANA, 11 BOW ST APT #2, N READING, MA 01864

10925   ROWE, DONNA M, LATHAM & WATKINS, ATTN: CARY R PERLMAN, 5800 SEARS TOWER, CHICAGO, IL 60606

10925   ROWE, DONNA M, PO BOX 27183, MEMPHIS, TN 38126

10925   ROWE, EFFIRUM, 30 S. GERMANTOWN RD APT. 43, CHATTANOOGA, TN 37411

10925   ROWE, GARY, 3730 N LAKE SHORE DR, CHICAGO, IL 60613

10925   ROWE, GRAHAM, 45 SHAWSHEEN ROAD UNIT 29, BEDFORD, MA 01730

10925   ROWE, JAMES, 2035 LOVERS LANE, SHREVEPORT, LA 71105

10925   ROWE, -JR., 3 CHESTERFORD TERR, WINCHESTER, MA 01890

10925   ROWE, KAREN, 2309 WINTERGREEN DR, CHESAPEAKE, VA 23323

10925   ROWE, KATHLEEN, 15007 CUPRITE ST, RENO, NV 89506

10925   ROWE, MECHELE, 3008 N HWY 1247, SOMERSET, KY 42501

10925   ROWE, NANCY, 10201 MASON AVE., 78, CHATSWORTH, CA 91311

10925   ROWE, R, RT 7 BOX 208, ROCKY MOUNT, NC 27803

10925   ROWE, RICHARD C, 5400 OLD MILLINGTON RD, MILLINGTON, TN 38053

10925   ROWE, RICHARD C, LATHAM & WATKINS, ATTN: CARY R PERLMAN, 5800 SEARS TOWER, CHICAGO, IL 60606

10925   ROWE, RICHARD C, THE BOGATIN LAW FIRM, G PATRICK ARN, 862 RIDGE LAKE BLVD #360, MEMPHIS, TN 38122

10925   ROWE, ROGER, 3402 SE FAIRWAY WEST, STUART, FL 34997-6032

10925   ROWE, STEVE, STATE HOUSE STATION 6, AUGUSTA, ME 04333

10925   ROWE, SUSIE, 1730 ASBUY PLACE, OWENSBORO, KY 42303

10925   ROWE, SUZANNE, 7111 UPPER MILLS CIR, CATONSVILLE, MD 21228

10925   ROWE, TONY, 4113 HUNTING CREEK DRIVE, OWENSBORO, KY 42301

10925   ROWE, VANESSA, 1117 LORRAINE AVE, TEANECK, NJ 07666

10925   ROWEKAMP, JOHN D, 79 SHADY OAK CT, WINONA, MN 55987-6034

10924   ROWELL CAN CORPORATION, UGONG NORTE BO.  LIBIS, QUEZON CITY, 0PHL          *VIA Deutsche Post*

10925   ROWELL CHEMICAL CORP., PO BOX 72419, CHICAGO, IL 60678-2419

10925   ROWELL, ALENE, 403 EAST ST, VINTON, LA 70668

10925   ROWELL, ALENE, 403 EAST ST., VINTON, LA 70668

10925   ROWELL, ANTHONY, 2536 LANGLEY, BIG SPRING, TX 79720

10925   ROWELL, BUSTER, 13612 WOODRUFF, BELLFLOWER, CA 90706

10925   ROWELL, JENNINGS, 302 JONESVILLE RD H-2, SIMPSONVILLE, SC 29681

10925   ROWELL, PAUL, 452 E. 158TH ST, SOUTH HOLLAND, IL 60473-0000

10925   ROWENA ISENBERG, 815 CAMPBELL, ARDMORE, OK 73401-1509

10925   ROWETT, LONNIE, 16517 KIWI WAY, LAKE ELSINORE, CA 92330

10925   ROWLAND RADIATOR SERVICE, PO BOX 2641, SPARTANBURG, SC 29304-2641

10925   ROWLAND ROWLAND, 2424 SOUTHERLAND AVE, PO BOX 2111, KNOXVILLE, TN 37901-2111

10924   ROWLAND STATE GOVERNMENT CENTER, LEAVENWORTH STREET, WATERBURY, CT 06705

10925   ROWLAND TECHNOLOGIES INC, 5 ALEXANDER DR, WALLINGFORD, CT 06492

10925   ROWLAND, INEZ, 518 W. GRACE ST., RENSSELAER, IN 47978

10925   ROWLAND, LAWRENCE, N 3 PATRICK PASS PO BOX 3611, AMARILLO, TX 79116-1611

10925   ROWLAND, MICHELLE, 10334 POND SPICE TER, BURKE, VA 22015

10925   ROWLAND, N, 201 CRAIG RD, MILLINGTON, TN 38053

10925   ROWLAND, RICHARD, 395 GARDEN LANE NW, ATLANTA, GA 30309

10925   ROWLAND, RONALD, 29 SCOFIELD LANE, SWANS ISLAND, ME 04685

10925   ROWLAND, RONALD, PO BOX 32, SWANS ISLAND, ME 04685

10925   ROWLETT, EUDENE, 5038 DANFORD DR, BILLINGS, MT 59106

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ROWLETT, MITCHEL, 526 W BRECKINRIDGE, LOUISVILLE, KY 40203

10925 ROWLETT, WILLIS, 5038 DANFORD DR, BILLINGS, MT 59106

10925 ROWLEY, DELORES, 700 RUTH ST, SINKING SPRINGS, PA 19608

10925 ROWLEY, STEPHEN, N5049 HAGEN ROAD, RIO, WI 53960

10925 ROWLIN, KATHRYN, 1424 W WHIPPOORWILL, MUSTANG, OK 73064

10925 ROWLSON, CHARLES, 4700 CANADA RD, TUCKASEGEE, NC 28783

10925 ROWRAY, JAMES, 15 CHARLOTTE COURT, ROBINS, IA 52328

10925 ROWTON, EDDY, 4202 TOWNES FOREST S, FRIENDSWOOD, TX 77546

10925 ROWTON, EDDY, 4323 CRITES ST, HOUSTON, TX 77003

10925 ROWZEE, ELAINE, 420 HIGHLAND DR., PINEVILLE, LA 71360

10924 ROXANE LABS INC., 1809 WILSON RD., COLUMBUS, OH 43228

10925 ROXANNA G WARNE, 800 3RD ST, LEHIGH ACRES, FL 33936-5114

10925 ROXANNA S HICKS &, JOSEPH D HICKS JT TEN, 2558 CAROL CIRCLE, DOUGLASVILLE, GA 30135-1350

10924 ROXANNE LABS C/O OMNI FP, 1700 ARLINGATE LANE, COLUMBUS, OH 43228

10924 ROXANNE LABS, 1700 ARLINGATE LANE, COLUMBUS, OH 43228

10925 ROXANNE WANG, THE SUMMIT, APT 06-08, SINGPORE, 01646

10924 ROXBORO ENTERTAINMENT CENTER, 5033 DURHAM ROAD, ROXBORO, NC 27573

10924 ROXBOROUGH MEM. HOSPITAL, 5800 RIDGE AVE, PHILADELPHIA, PA 19125

10924 ROXBOROUGH MEMORIAL HOSPITAL, CAMBRIDGE, MA 02140

10924 ROXBOROUGH MEMORIAL HOSPITAL, MAINTANCE DEPARTMENT, PHILADELPHIA, PA 19128

10924 ROY & HATTAN, 556 JEFFERSON STREET 4TH FLR, LAFAYETTE, LA 70502

10925 ROY A EDWARDS III, WILLOWBROOK 73, HUTCHINSON, KS 67502-8947

10925 ROY A REGAN PROF MED CORP PROFIT, SHARING PLAN UA MAY 15 73, 17850 HERITAGE EST DR, BATON ROUGE, LA 70810-6564

10925 ROY AMMIRATI, 27 EAST 22 ST, 4 FL, NEW YORK, NY 10010-5340

10924 ROY BROGDEN DRYWALL, C/O PARDEE HOSPITAL, HENDERSONVILLE, NC 28739

10925 ROY C ADAMS, ROUTE 2 BOX 240, YUKON, OK 73099-9802

10925 ROY C MORSCHER, 4371 VALLEY FORGE DR, CLEVELAND, OH 44126-2824

10925 ROY DALE LYDA, HWY 221, ENOREE, SC 29335

10925 ROY E KNECHT, 904 AVE T SE, WINTER HAVEN, FL 33880-4619

10925 ROY E PORTER JR & PATSY, A PORTER JT TEN, 1010 CHRISTINE, PAMPA, TX 79065-5454

10925 ROY E THOMPSON, 11505 APISON PIKE, APISON, TN 37302-9719

10925 ROY F WESTON INC, POBOX 8500 (S-6175), PHILADELPHIA, PA 19178-6175

10924 ROY F. WESTON CO, 2890 WOODBRIDGE AVE, EDISON, NJ 08837

10924 ROY F. WESTON, BLDG. 209, 2890 WOODBRIDGE AVE., EDISON, NJ 08837

10925 ROY H TANGEN, 15 N PRECINCT ST, LAKEVILLE, MA 02347-1217

10925 ROY HARLAN REV LVG TST UA, DTD 12 19 94 ROY HARLAN TTEE, 270 FOLSOM DR, DAYTON, OH 45405-1110

10924 ROY JOE ANGEL CONSTRUCTION, 215 SAWMILL ROAD, PIKEVILLE, TN 37367

10924 ROY JOE ANGEL CONSTRUCTION, ATTN:  ACCOUNTS PAYABLE, PIKEVILLE, TN 37367

10925 ROY JR, ROB, 4775 PADDOCK RD., CINCINNATI, OH 45229

10925 ROY JR, ROBERT, 7931 HARRISON AVE, CINCINNATI, OH 45231

10925 ROY KEVIN REED, 2304 ERIE, N KANSAS CITY, MO 64116-3049

10925 ROY M HALQUIST, 4058 S 36TH ST, TACOMA, WA 98409-2265

10925 ROY MCLEOD, 1272 CALLE ESTRELLA, SAN DIMAS, CA 91773-4080

10925 ROY O K OREM &, ELIZABETH J OREM JT TEN, 7738 SW 51ST AVE, PORTLAND, OR 97219-1430

10925 ROY POLLAK, 10875 NW 37 COURT, CORAL SPRINGS, FL 33065-2701

10925 ROY POSPISHEK, 1185 PEDRO ST APT 227, SAN JOSE, CA 95126-3746

10925 ROY S LYLE, 1742 NOTTINGHAM DR, GAINESVILLE, GA 30501-2031

10925 ROY SCHORER, 87 WESTOVER PKWY, NORWOOD, MA 02062-1628

10925 ROY SR, ROBERT, 477 GRANDIN AVE, CINCINNATI, OH 45246-2948

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ROY STROM CO., 1201 GREENWOOD AVE., MAYWOOD, IL 60153

10925 ROY W DAVENPORT, 1920 BUTTONWOOD RD, LOUISVILLE, KY 40222-6510

10925 ROY WAYNE DAVENPORT &, BARBARA K DAVENPORT JT TEN, 1920 BUTTONWOOD RD, LOUISVILLE, KY 40222-6510

10925 ROY, BEVERLY, 10 1/2 CHURCH ST, SANFORD, ME 04073

10925 ROY, ELLIOTT, 14 FIELD ST, MAYNARD, MA 01754

10925 ROY, ERIC, 1803 S TALLOWWOOD, LAKE CHARLES, LA 70605

10925 ROY, GLORIA, 86 CANARIO DR, WARREN, RI 02885

10925 ROY, JAMES, 162B MILL ROAD, CHELMSFORD, MA 01824

10925 ROY, JOHN, 6608 FISHERS LN, C-Z, CHARLOTTE, NC 28277

10925 ROY, JORGE, 4220 HOME AVE., SAN DIEGO, CA 92105

10925 ROY, JOYCE, 668 W. MERTENS, KANKAKEE, IL 60901

10925 ROY, JUDITH, 415 E. COLLEGE ST.#A, SEGUIN, TX 78155

10925 ROY, LINDA, 213 WINDSOR CIRCLE, TUPELO, MS 38801

10925 ROY, LIONEL, 65 KEMP AVE, NORTH ADAMS, MA 01247

10925 ROY, MARTHA, 3630 MT VERNON RD SE, CEDAR RAPIDS, IA 52403

10925 ROY, MICHAEL, 2 HIGHGATE CIRCLE, MADISON, WI 53717-1083

10925 ROY, MICHELLE, 216 S ORCHARD, #1, KANKAKEE, IL 60901

10925 ROY, PETER, 55 CADY ST, N ADAMS, MA 02147

10925 ROY, ROLAND, PO BOX 153 CHURCH ST., POWNAL, VT 05261-0153

10925 ROY, SANDY, 15830 CELTIC ST., GRANADA HILLS, CA 91344

10925 ROY, SCOTTIE, 101 RIDGECREST LANE, DUSON, LA 70529

10925 ROY, VALERIE, 5222 WHITE OAK MTN. ROAD, GREENWOOD, AR 72936

10924 ROYAL 400 OFFICE BUILDING, 4550 NORTH POINT PARKWAY, ALPHARETTA, GA 30202

10924 ROYAL 400 OFFICE BUILDING, 4550 NORTH POINT PKWY., ALPHARETTA, GA 30202

10925 ROYAL ALARM SYSTEMS, INC, 2535 W. WINTON, SUITE F, HAYWARD, CA 94545

10925 ROYAL BRENT CUTLER &, LEONARD C MIRAGLILO JR JT TEN, 3122 ATLANTIC AVE, ATLANTIC CITY, NJ 08401-6215

10925 ROYAL BUILDING CLEANING SERVICES, 205 LOCUST ST, TOLEDO, OH 43604

10925 ROYAL BUSINESS SYSTEMS, 3709 W. 63RD ST, CHICAGO, IL 60629

10925 ROYAL BUSINESS SYSTEMSINC, PO BOX 70238, SAN JUAN, PR 00936PUERTO RICO    *VIA Deutsche Post*

10924 ROYAL CEMENT, STATE RD 169, LOGANDALE, NV 89021

10924 ROYAL CEMENT, STATE ROUTE 169, LOGANDALE, NV 89021

10924 ROYAL CENTER ONE, 11675 GREAT OAKS WAY, ALPHARETTA, GA 30202

10924 ROYAL CENTER TWO, 11575 GREAT OAKS WAY, ALPHARETTA, GA 30202

10924 ROYAL CHEMICAL CORPORATION, 8679 FREEWAY DRIVE, MACEDONIA, OH 44056

10925 ROYAL CHINA #9305, 5403 WESLEY ST, GREENVILLE, TX 75401

10924 ROYAL CHINA RESTAURANT, 1050 GILMER STREET, SULPHUR SPRINGS, TX 75482

10924 ROYAL CROWN R/M, TRIMBLE, MO 64492

10924 ROYAL CROWN READY MIX, 15520 S 169 HWY, OLATHE, KS 66062

10924 ROYAL CROWN READY MIX, 169 HWY, TRIMBLE, MO 64492

10925 ROYAL CROWN READY MIX, 169 HWY., TRIMBLE, MO 64492

10924 ROYAL ELECTRIC CO, MAIN STREET, NORTH DANVILLE, VT 05819

10925 ROYAL ELECTRIC SUPPLY CO, 3300 W CLEARFIELD ST, PHILADELPHIA, PA 19132

10925 ROYAL ELECTRIC SUPPLY CO, PO BOX 12618, PHILADELPHIA, PA 19129

10924 ROYAL ELECTRIC SUPPLY CO., P.O. BOX 12618, PHILADELPHIA, PA 19129

10924 ROYAL ELECTRIC, 3300 WEST CLEARFIELD STREET, PHILADELPHIA, PA 19132

10925 ROYAL EMBASSY OF SAUDI ARABIA, 601 N.H.AVE., WASHINGTON, DC 20037

10925 ROYAL ENGINEERING INC, PO BOX 17828, GREENVILLE, SC 29606

10925 ROYAL EVENTS & ENTERTAINMENT, PO BOX 324, PEABODY, MA 01960-6824

10925 ROYAL FAMILY KIDS CAMP, 940 S. OCOEE ST., CLEVELAND, TN 37311

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ROYAL INSURANCE, 9300 ARROWPOINT BLVD, CHARLOTTE, NC 28270

10925    ROYAL LABEL CO INC, 50 PARK ST, BOSTON, MA 02122-2696

10925    ROYAL LABEL CO, ALSEN-MAPES INDUSTRIAL PARK, 50 PARK ST, BOSTON, MA 02122-2696

10925    ROYAL MARSDEN NHS TRUST, THE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924    ROYAL NETHERLANDS EMBASSY, 4200 LINNEAN AVENUE N.W., WASHINGTON, DC 20008-3896

10924    ROYAL NETHERLANDS EMBASSY, ATTENTION: SEA FREIGHT DEPARTMENT, OAKLAND RIDG IND
         CTR/CHESAP CTR III, 9220 RUMSEY ROAD, COLUMBIA, MD 21045

10924    ROYAL OAK BOUMONT HOSPITAL, 3601 WEST 13 MILE ROAD, ROYAL OAK, MI 48073

10924    ROYAL OAKS, CAMBRIDGE, MA 02140

10925    ROYAL PACKAGING, 3128 E CHAPMAN AVE #184, ORANGE, CA 92869

10925    ROYAL PAPER & CHEM IND, INC, 3500 PARKDALE AVE., BLDG. #1, BALTIMORE, MD 21211

10925    ROYAL PHOTO, INC, 61 S.W. 6TH ST, POMPANO BEACH, FL 33060

10925    ROYAL PHOTO,INC, 159 S.W. 6TH ST, POMPANO BEACH, FL 33060

10925    ROYAL PIPE & SUPPLY CO, PO BOX 1527, MELROSE PARK, IL 60161

10925    ROYAL PLATE GLASS, BOX 7, JOHNSTOWN, PA 15907

10925    ROYAL RESOURCES INC ROYAL GOLD INC, RUSSELL S WEBER CEO, 2667 N MOORPARK,
         THOUSAND OAKS, CA 91360

10925    ROYAL SAFARI, 2034 E. LINCOLN AVE SUITE 128, ANAHEIM, CA 92806-4165

10925    ROYAL SEATING CORP, WALTER B DOSSETT,

10925    ROYAL SONESTA HOTEL, 5 CAMBRIDGE PKWY, CAMBRIDGE, MA 02142-1299

10925    ROYAL STAMP WORKS, PO BOX 3172, PEABODY, MA 01961-3172

10924    ROYAL WHOLESALE ELECTRIC, 1001 BING STREET, SAN CARLOS, CA 94070

10924    ROYAL WHOLESALE ELECTRIC, 16238 RAYMER STREET, VAN NUYS, CA 91406

10925    ROYAL, BERNESTINE, RT 2 BOX 148, NEWTON GROVE, NC 28366

10925    ROYAL, BEVERLY, 1526 MILL ST, LAKE CHARLES, LA 70601

10925    ROYAL, CAROL A, 9 SUTTON PLACE, EAST LONGMEADOW, MA 01028

10925    ROYAL, JIMMY, 139 WASSON WAY, SIMPSONVILLE, SC 29680

10925    ROYAL, JOHN, 1734 NOVEL CIRCLE, GARLAND, TX 75040

10925    ROYAL, SARAH, 4016 RYE GLEN DR., ARLINGTON, TX 76017-2342

10925    ROYAL, SUSAN, 3200 GRANDVIEW DR TRLR 124, SIMPSONVILLE, SC 29680-2818

10925    ROYAL, TOMMY, 3303 MONTICELLO RT 3, SHAWNEE, OK 74801

10924    ROYALTONE COMPANY INC, 9504 E 55TH STREET, TULSA, OK 74145

10924    ROYALTONE COMPANY INC, 9504 E 55TH STREET, TULSA, OK 74153-5949

10925    ROYALTY, ARLEN, 502 SPRING MEADOW RD, SIMPSONVILLE, SC 29681

10925    ROYB FUND - STATE ACCOUNT, 1300 PENNSYLVANIA AVE NW, STE 700, WASHINGTON, DC 20004-
         3024

10925    ROYBAL, AMOS, 827 EXMOOR CIRCLE, CRAIG, CO 81625

10925    ROYBAL, MATTHEW, 7200 PORLAMAR COURT, ALBUQUERQUE, NM 87120

10925    ROYCE GROUP, INC, 7957 S. CICERO, CHICAGO, IL 60629

10925    ROYCE GROUP, INC, PO BOX 13, FRANKFORT, IL 60423-0013

10924    ROYCE HALL, U. OF CALIFORNIA AT LOS ANGELES, LOS ANGELES, CA 90001

10924    ROYCE LABORATORIES INC., 16600 N.W. 54TH AVENUE, HIALEAH, FL 33014

10925    ROYCE N MCNEILL, 1824 STONEYRIDGE DR, CHARLOTTE, NC 28214-8341

10925    ROYCE N RYAN, MCGARVEY, HEBERLING, SULLIVAN, 745 SOUTH MAIN ST, KALLISPELL, MT 59901

10925    ROYCE PARKING CONTROL SYSTEMS INC, PO BOX 5057, HOLLYWOOD, FL 33083-2085

10925    ROYCE, ANN, 32 GREENE ST, WOLLASTON, MA 02170

10925    ROYCE, SUZANNE, 1108 LANCASTER WAY, SACRAMENTO, CA 95822

10925    ROYER, HARDY, 435 PETE GIMNICK ROAD, DEQUINCY, LA 70633

10925    ROYER, KAREN, 1921 WEST BROAD ST, BETHLEHEM, PA 18018

10925    ROYLE, JASON, 149 MILLIGAN LA, JOHNSON CITY, TN 37601

10925    ROYLE, MAUREEN, 9740 OLD SOLOMONS, OWINGS MIL, MD 20736

10925    ROYLES, JACQUELINE, 20 BLUFF CIRCLE, GRAY, ME 04039

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ROYMAL INC., GUILD ROAD, NEWPORT, NH 03773 | |
| 10924 | ROYMAL INC., PO BOX 658, NEWPORT, NH 03773 | |
| 10924 | ROYMAL, INC., 475 SUNAPEE STREET, NEWPORT, NH 03773 | |
| 10925 | ROYS KWIK KORNER, INC, 1002 CRAIN HWY., S.W., GLEN BURNIE, MD 21061 | |
| 10925 | ROYSDEN, LADONNA, BOX 1583, LEVELLAND, TX 79336 | |
| 10925 | ROYSTER, DOLORES, 4015 EIGHTH ST NW, WASHINGTON, DC 20011-7907 | |
| 10925 | ROYSTER, MONIQUE, 2120 BROOKS DRIVE, FORRESTVILLE, MD 20747 | |
| 10924 | ROYSTER-CLARK NITROGEN INC., 16675 HWY 20 W, EAST DUBUQUE, IL 61025 | |
| 10925 | ROZAK JR, GEORGE M, BOX 364 460 W CERMAK, BRAIDWOOD, IL 60408-1309 | |
| 10925 | ROZELLE CASTILLO CUST FOR, SIMONA CASTILLO, 165 CHESTNUT ST, BROOKLYN, NY 11208-1405 | |
| 10925 | ROZELLE, DANIEL, 207 WILLIAM, GENEVA, NY 14456 | |
| 10924 | ROZIN OPTICAL EXPORT, 8285 NW 70TH STREET, MIAMI, FL 33166 | |
| 10925 | ROZINA, JACQUELINE, S5IW23096 PATRIDGE LANE, WAUKESHA, WI 53186 | |
| 10925 | ROZMAN, CHARLENE, 101 BANTAM ROAD, OAKDALE, PA 15071 | |
| 10925 | ROZO, MAUREEN, 11811 FEDERALIST WAY, FAIRFAX, VA 22030 | |
| 10925 | ROZOS, JEANNETTE, PO BOX 736, EAST HAMPTON, MA 01027 | |
| 10925 | ROZSA, ALICE, 56 CAMBRIDGE ROAD, MONTCLAIR, NJ 07042 | |
| 10925 | ROZSITS, THOMAS, 8427 TARTAN FIELDS D, DUBLIN, OH 43017 | |
| 10925 | ROZUMILOWICZ, MONIKA, 31 DOGWOOD DRIVE, MIDDLESEX, NJ 08846 | |
| 10925 | RP PLUMBING, 1770 STABLE TRAILS, AMELIA, OH 45102 | |
| 10925 | RPA PROCESS TECHNOLOGIES, (RONNINGEN-PETTER), PO BOX 441873, DETROIT, MI 48244-1873 | |
| 10925 | RPI (RIBOZYMEN PHARMACEUTICALS INC), RADIATION SAFETY OFFICER, 2950 WILDERNESS PLACE, BOULDER, CO 80301-5411 | |
| 10925 | RPI, PO BOX 163189, COLUMBUS, OH 43216-3333 | |
| 10924 | RPM INTERIORS, 4521 S. DECATUR BLVD. AT TROPICANA, LAS VEGAS, NV 89101 | |
| 10924 | RPM SUPPLY CO., 621 NORTH 2ND STREET, PHILADELPHIA, PA 19123 | |
| 10925 | RPS, INC, DEPT AT 40601, ATLANTA, GA 31192-0601 | |
| 10925 | RQA, INC, 7900 S. CASS AVE., DARIEN, IL 60561 | |
| 10925 | RR HORNE & CO, INC, 1584 MCCURDY DRIVE, STONE MOUNTAIN, GA 30083 | |
| 10925 | RR HORNE & CO,INC, 212 BLUE SKY PKWY., LEXINGTON, KY 40509 | |
| 10925 | RROWN, RONALD, N 1358 FAWN RIDGE DRIVE, GREENVILLE, WI 54942 | |
| 10925 | RS ELECTRICAL AND CONSTRUCTION CO, VIRGILIO RIVERA SANTOS, RR5 BOX 8418 S 53, BAYAMON, PR 00956 | |
| 10925 | RS ELECTRICAL CONTRACTORS INC, PO BOX 607, BUENA, NJ 08310 | |
| 10925 | RS HUGHES CO INC, POBOX 21810, PHOENIX, AZ 85036 | |
| 10925 | RS HUGHES CO, INC, 1500 GENE AUTRY WAY, ANAHEIM, CA 92805 | |
| 10925 | RS MEANS COMPANY, INC, PO BOX 340035, BOSTON, MA 02241-0435 | |
| 10925 | RS WILLIS, PO BOX 73, CLARENDON HILLS, IL 60514 | |
| 10924 | RSA CHILDREN'S LEARNING CENTER, MONTGOMERY, AL 36100 | |
| 10924 | RSA SPECIALITY BUILD PROD., 2811 EAST PHILADELPHIA ST., ONTARIO, CA 91761 | |
| 10924 | RSA SPECIALITY BUILD PROD., 3600 SUNRISE BLVD., RANCHO CORDOVA, CA 95742 | |
| 10925 | RSB LOGISTIC INC, 4193 CRESCENT DR, SAINT LOUIS, MO 63129 | |
| 10925 | RSB LOGISTICS, 219 CARDINAL CRESCENT, SASKATOON, SK S7L 7K8CANADA | *VIA Deutsche Post* |
| 10925 | RSG INC., PO BOX 2158, SYLACAUGA, AL 35150 | |
| 10925 | RSI / JIT, 125 ELECTRONICS BLVD, HUNTSVILLE, AL 35824 | |
| 10925 | RSI, 1701 DALSHANK, PFLUGERVILLE, TX 78660 | |
| 10925 | RSI, 7100 BROADWAY, DENVER, CO 80221 | |
| 10924 | RSI, 801 E. MAIN ST. - BLDG. 22, GRIFFITH, IN 00000-0000 | |
| 10925 | RSKCO CLAIM SERVICES,INC, POB 751849, CHARLOTTE, NC 28275-1849 | |
| 10925 | RSKCO CLAIMS SERVICES INC, PO BOX 77000, DETROIT, MI 48277-0513 | |
| 10925 | RSKCO CONSULTING SERVICES,INC, PO BOX 911691, DALLAS, TX 75391-1628 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | RSL INC., 3092 ENGLISH CREEK AVENUE, EGG HARBOR TOWNSHIP, NJ 08234-5245 | |
| 10924 | RSL INC., 3092 ENGLISH CREEK AVENUE, PLEASANTVILLE, NJ 08232 | |
| 10924 | RSL, INC., 1170 PAIGE AVENUE, WARREN, OH 44483 | |
| 10924 | RSL, INC., 3092 ENGLISH CREEK AVENUE, EGG HARBOR TOWNSHIP, NJ 08234-5245 | |
| 10925 | RSM ELECTRON POWER, 221 W INDUSTRY CRT, DEER PARK, NY 11729 | |
| 10925 | RSO INC., PO BOX 1526, LAUREL, MD 20725-1526 | |
| 10924 | RSO, INC., 5204 MINNICK ROAD, LAUREL, MD 20707 | |
| 10924 | RSO, INC., 5204 MINNICK ROAD, LAUREL, MD 20725-1111 | |
| 10924 | RSO, INC., 5206 MINNICK ROAD, LAUREL, MD 20707 | |
| 10924 | RSO, INC., CAMBRIDGE, MA 02140 | |
| 10924 | RSO, INC., PO BOX 1526, LAUREL, MD 20725-1526 | |
| 10924 | RSO,INC., PO BOX 1526, LAUREL, MD 20725 | |
| 10925 | R-SQUARED OFFICE PANELS &, 360 MERRIMACK ST BLDG 6 DOOR B, LAWRENCE, MA 01843 | |
| 10925 | RSSI, 9B N MAIN ST., ALLENTOWN, NJ 08501-1609 | |
| 10925 | RSSI, PO BOX 8705, WOODCLIFF LAKE, NJ 07675 | |
| 10924 | RT 422 BUSINESS CENTER, RT422 BUSINESS CENTER, OAKS, PA 19456 | |
| 10924 | RT CHEMICALS INC., PO BOX51326, IRVINE, CA 92614 | |
| 10924 | RT FRICTION, 7280 W.PALMETTO DR., BOCA RATON, FL 33433 | |
| 10925 | RT VANDERBILT CO INC, DEPT 2133, NORTH SUBURBAN, IL 60132-2133 | |
| 10925 | RT VANDERBILT,INC, 30 WINFIELD ST, NORWALK, CT 06855 | |
| 10925 | RTD CHEMICALS CORP, 1500 ROUTE 517, HACKETTSTOWN, NJ 07840-2709 | |
| 10925 | RTD CHEMICALS CORPORATION, 1500 ROUTE 517 SUITE 305, HACKETTSTOWN, NJ 07840-2709 | |
| 10925 | RTIS - REEDFAX, PO BOX 7247-7518, PHILADELPHIA, PA 19170 | |
| 10925 | RTP ENVIRONMENTAL ASSOC INC., 239 U.S. HWY 22 EAST, GREEN BROOK, NJ 08812 | |
| 10925 | RUAN LEASING CO., PO BOX 73839, CHICAGO, IL 60673-7839 | |
| 10925 | RUAN TRANSPORT, PO BOX 70021, CHICAGO, IL 60673-0021 | |
| 10925 | RUAN, ROSA, 22038 NEWKIRK AVE, CARSON, CA 90745 | |
| 10925 | RUBACH, LORELEI, 8501 HOLLYWOOD DR., ORLAND PARK, IL 60462 | |
| 10925 | RUBALCAVA, VICTOR, 1500 MORGAN APT#1102, HARLINGTON, TX 78550 | |
| 10924 | RUBATEX CORPORATION, 5225 VALLEYPARK DRIVE, ROANOKE, VA 24019-3074 | |
| 10924 | RUBATEX CORPORATION, 906 ADAMS STREET, BEDFORD, VA 24523 | |
| 10925 | RUBATEX CORPORATION, PO BOX 79524, BALTIMORE, MD 21279-0524 | |
| 10925 | RUBBER DIVISION, PO BOX 499, AKRON, OH 44309-0499 | |
| 10925 | RUBBER MILLERS INC., 709 S. CATON AVE., BALTIMORE, MD 21229 | |
| 10925 | RUBBER TRIM PRODUCTS, 6855 HERMOSA CIRCLE, BUENA PARK, CA 90622 | |
| 10925 | RUBBER WORLD, 1867 W MARKET ST, AKRON, OH 44398-3401 | |
| 10924 | RUBBERCRAFT, INC., 898 W LANDSTREET RD, ORLANDO, FL 32824 | |
| 10925 | RUBBEROID BUILDING PRODUCTS, UNIT 3 CARRIGLEA INDUSTRIAL ESTATE, NAAS ROAD, DUBLIN 12, IRELAND | *VIA Deutsche Post* |
| 10925 | RUBBIOLI, ROSILDA, 23284 SW 53 AVE, U-A, BOCA RATON, FL 33433 | |
| 10925 | RUBEL, DAVID, FLUSHING, NY 11355 | |
| 10925 | RUBEL, PATRICIA, 401 BLACKSTONE, WILLOW SPRINGS, IL 60480 | |
| 10924 | RUBEN ROSEVELT OFFICE BUILDING, 15500 ROSEVELT BLVD, CLEARWATER, FL 33760 | |
| 10924 | RUBEN SALINAS, W.R. GRACE & CO., CORPUS CHRISTI, TX 78414 | |
| 10925 | RUBEN, ARRIOLA, 4105, CHARLOTTE, NC 28210 | |
| 10925 | RUBENSTEIN, KENNETH, 2307 DORSETT DOCK ROAD, PT PLEASANT, NJ 08742 | |
| 10925 | RUBERTONE, PATRICIA, 552 CROSS ST, WASHINGTON TWP, NJ 07675 | |
| 10925 | RUBICON INDUSTRIES CORP., 848 E. 43RD ST, BROOKLYN, NY 11210 | |
| 10925 | RUBIN & LEVIN PC, 342 MASSACHUSETTS AVE, INDIANAPOLIS, IN 46204-2161 | |
| 10925 | RUBIN AUERBACH CUST BRUCE, AUERBACH UNIF GIFT MIN ACT NJ, 173 FAIRMOUNT AVE, GLEN ROCK, NJ 07452-3013 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RUBIN BAUM LEVIN CONSTANT FRIEDMAN, 645 FIFTH AVE, NEW YORK, NY | |
| 10925 | RUBIN GROUP, THE, 110 SOUTHEAST SIXTH ST, FORT LAUDERDALE, FL 33301 | |
| 10925 | RUBIN HABER, LAURIE, ONE WOOLEYS LN, 2M, GREAT NECK, NY 11023 | |
| 10925 | RUBIN, FAITH, 3701 CONN AVE NW, WASHINGTON, DC 20008 | |
| 10925 | RUBIN, GERARD, 717 OCEAN AVE #310, WEST END, NJ 07740-4976 | |
| 10925 | RUBIN, SIMONE, 2032 FAIRMOUNT AVE, PHILADELPHIA, PA 19130 | |
| 10925 | RUBINFELD, JOYCE, RT 19 BOX 91JR, SANTA FE, NM 87505 | |
| 10925 | RUBINO, ANTHONY, 17 WINDSOR DRIVE, GREENVILLE, SC 29609 | |
| 10925 | RUBINO, SANDI, 3812 WESLEY #1, BERWYN, IL 60402 | |
| 10925 | RUBINSTEIN, CURTIS, 152 C HIGHLAND WAY, TAYLORS, SC 29687 | |
| 10925 | RUBINSTEIN, PAMELA, 9124 FIFTH ST, LANHAM, MD 20706 | |
| 10925 | RUBIO MEJIAS, A, 1651 PEDERNALES PARADISE HILLS, SAN JUAN, PR 00926 | |
| 10925 | RUBIO, CAROL, 136 NUNN ST, COMMERCE, GA 30529 | |
| 10925 | RUBIO, CHERRI, 8800 STARCREST DR., SAN ANTONIO, TX 78217 | |
| 10925 | RUBIO, IRIS, 3605 BUNKER HILL RD #3, MT RANIER, MD 20712 | |
| 10925 | RUBIO, KIM, 2739 INDIAN TRAIL, MISSOURI CITY, TX 77489 | |
| 10925 | RUBIO, MARY, ROUTE 6 BOX 339, COMMERCE, GA 30529 | |
| 10925 | RUBIO, NOE, 2419 ONTARIO RD, WASHINGTON, DC 20009 | |
| 10925 | RUBIO, PARY, RT 6, BOX 339, COMMERCE, GA 30529 | |
| 10925 | RUBIO, YUDY, 5119 5TH ST NW, WASHINGTON, DC 20011 | |
| 10925 | RUBIO-ESTEBAN, MARIA, 3705 ASHFORK LN, BAKERSFIELD, CA 93309 | |
| 10925 | RUBIO-MARTINEZ, RAFAEL, 6205 64TH AVE APT 1, RIVERDALE, MD 20737 | |
| 10925 | RUBIO-QUERO, LILA, 1719 S. HIDDEN HILLS, STONE MOUNTAIN, GA 30088 | |
| 10925 | RUBLE, DONALD, 6100 W BROADWAY, MINNEAPOLIS, MN 55428 | |
| 10925 | RUBRIGHT MACHINE CO., 3984 N. POINT RD., BALTIMORE, MD 21222 | |
| 10925 | RUBRIGHT, BEVERLY, 158 BUCKWALTER ROAD, LANCASTER, PA 17602 | |
| 10925 | RUBSAMEN JR, ERNEST B, PO BOX 6147, CORPUS CHRISTI, TX 78411 | |
| 10924 | RUBY CONCRETE CO, PO BOX 449, MADISONVILLE, KY 42431 | |
| 10924 | RUBY CONCRETE, 134 NORTH DEMPSEY STREET, MADISONVILLE, KY 42431 | |
| 10924 | RUBY CONCRETE, P O BOX 449, MADISONVILLE, KY 42431 | |
| 10925 | RUBY HILL GIVING THANKS CHARITY, 1895 ZENATO PLACE, PLEASANTON, CA 94566 | |
| 10925 | RUBY J LEWIS, RI BOX 36, STANTON, IA 51573 | |
| 10925 | RUBY J ROBERTS, 1927 HWY 77, CHIPLEY, FL 32428-6028 | |
| 10924 | RUBY JUNCTION, WESTERN PARTITIONS, PORTLAND, OR 97227 | |
| 10925 | RUBY LACHICA &, DIVINA J SANTOS JT TEN, 1270 WHISPERING PINES, ST LOUIS, MO 63146-4542 | |
| 10925 | RUBY M WIGGETT &, KENNETH R WIGGETT JT TEN, 13 HILLTOP DR, BEDFORD, MA 01730-1328 | |
| 10925 | RUBY W GODDARD, 11939 NE DAVIS APT 343, PORTLAND, OR 97220 | |
| 10925 | RUBY, ANNETTE, 6814 N. RIDGEWAY CIR., PARKER, CO 80134 | |
| 10925 | RUBY, ROBERT H, 4535 W PENINSULA DR, MOSES LAKE, WA 98837-3036 | |
| 10925 | RUCH, DAVID, 7500 CELTIC COURT, CHARLOTTE, NC 28226-9998 | |
| 10925 | RUCKELSHAUS JR, GEORGE, 7810 BLUE GRASS ROAD, ROSEDALE, MD 21237-1448 | |
| 10925 | RUCKER FULLER, POBOX 883633, SAN FRANCISCO, CA 94188-3633 | |
| 10925 | RUCKER, BARRY, 438 BENTON RD, BELTON, SC 29627 | |
| 10925 | RUCKER, CHARLES, 813 SOUTH HOUSTON, ARANSAS PASS, TX 78336 | |
| 10925 | RUCKER, CHRYSTAL, 104 MISTY LANE, BELTON, SC 29627 | |
| 10925 | RUCKER, DEMETRIC, 240 ATHENS ST, GAINESVILLE, GA 30501 | |
| 10925 | RUCKER, DIETER, 53, RUE ST-DENIS, EPERNON CEDEX, F-28234FRANCE | *VIA Deutsche Post* |
| 10925 | RUCKER, DIETER, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | RUCKER, GARRETT, 104 MISTY LANE, BELTON, SC 29627 | |
| 10925 | RUCKER, HARRY, 1128 BLUNT RD, BELTON, SC 29627 | |
| 10925 | RUCKER, JIMMIE, 208 GROVELAND ST, HAVERHILL, MA 01830 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RUCKER, KIMBERLY, 400 MEADOWOOD DRIVE, TALBOTT, TN 37877

10925   RUCKER, LORETTA, 247 HILL ST, COMMERCE, GA 30529

10925   RUCKER, MICHAEL, 347 WALTON, SAN ANTONIO, TX 78225

10925   RUCKER, REGINALD, 3200 W. CHERRY 1ST FL, MILWAUKEE, WI 53208

10925   RUCKER, RODNEY, 4307 NW 41 PLACE, GAINESVILLE, FL 32606

10925   RUCKER, SHARON, 243 E. HENRY ST, WOOSTER, OH 44691

10925   RUCKER, STACEY, RT 1 BOX 396, COMMERCE, GA 30529

10925   RUCKLE, KIMBERLY, 5025 ASHTON RD, FAYETTEVILLE, NC 28304

10925   RUCO POLYMER CORP, PO BOX 5888, BOSTON, MA 02206

10925   RUCO POLYMER CORP, POBOX 5888, BOSTON, MA 02206

10925   RUD, ELIZABETH, 231 FOX HILL RD, BURLINGTON, MA 01803

10925   RUDA, MARYANN, 8730 SW 133 AVE RD, MIAMI, FL 33183

10924   RUDD COMPANY, THE, 1141 N.W. 50TH STREET, SEATTLE, WA 98107-5120

10925   RUDD, CYNTHIA, 7776 EMERSON RD., HYATTSVILLE, MD 20784

10925   RUDD, DANIELLE, 3712 N. 15TH ST, MILWAUKEE, WI 53206

10925   RUDD, DAVID, 2847 HENRY CT NW, CEDAR RAPIDS, IA 52405

10925   RUDD, EARNEST, 5039 DURANT ROAD, DOVER, FL 33527

10925   RUDD, KIMBERLY, 1201 ASH ST, DENVER, CO 80220

10925   RUDDER, ELBA, 8 CARME ST #1, BOSTON, MA 02120

10925   RUDDIMAN, LAURA, 207 HARRINGTON ST, BERGENFIELD, NJ 07621

10925   RUDDOCK, JOY, 88-10 178 ST, JAMAICA, NY 11432

10925   RUDDUCK, SCOTT A., 305 LAPORTE CT, MARS, PA 16046

10925   RUDELL, JEANNE, 212 CASCADE ROAD, STAMFORD, CT 06923

10925   RUDEN, JOE, 408 2ND AVE S E, LE MARS, IA 51031

10925   RUDER, SAMUEL, 2332 CEDAR RIDGE, GREEN BAY, WI 54313

10925   RUDESILL, JOHN A, 7500 GRACE DR., COLUMBIA, MD 21044

10925   RUDESILL, JOHN, 10824 HILLTOP LANE, COLUMBIA, MD 21044

10925   RUDISAIL, CURTIS, 500 OVERBROOK DRIVE, SENECA, SC 29678

10925   RUDISILL, RHONDA, RT 2 BOX 225, MAIDEN, NC 28650

10925   RUDISILL, ROBERT, 18836 CARR DRIVE, LUTZ, FL 33549

10925   RUDLER, RICHARD, 206 JANET CT, SIMPSONVILLE, SC 29681

10925   RUDMAN, GLORIA, 23 TOBEY CIRCLE, HYANNIS, MA 02601

10925   RUDNIK, CHRYSANTHA, 177 E SYCAMORE, PARK FORREST, IL 60466

10925   RUDOLF B PEEST, VIA SAN SIRO 7, PREGASSONA, CH 6963SWITZERLAND     *VIA Deutsche Post*

10925   RUDOLF M WERTIME, 207 LEITERSBURG RD, GREENCASTLE, PA 17225-1131

10925   RUDOLF P ZETTINIG TR UA, JAN 17 89, RUDOLF P ZETTINIG TRUST, N82 W28345 VISTA DR, HARTLAND, WI 53029-9055

10924   RUDOLPH AND SLETTEN, MILES LAB, BERKELEY, CA 94710

10925   RUDOLPH C GRIFFITH JR &, FLORENCE S GRIFFITH JT TEN, 3009 LANDMARK BLVD 302, PALM HARBOR, FL 34684-5043

10925   RUDOLPH COBB, 116 E MAIN ST, WALHALLA, SC 29691-1925

10925   RUDOLPH HARTENSTEIN, 242 WHITE ST, LUNENBURG, MA 01462-1249

10925   RUDOLPH INFORMATION SYSTEMS & EQUIP, 1585 SULPHUR SPRING RD., STE. 109, BALTIMORE, MD 21227

10924   RUDOLPH JONES STUDENT CTR., 1200 MURCHHHISM RD, FAYETTEVILLE, NC 28301

10924   RUDOLPH LIBBE CONST. CO., NORTH ON I-75 TO STICKNEY/LAGRANGE, EXIT TO LEFT, TOLEDO, OH 43601

10925   RUDOLPH PENCO, C/O MRS RUDY PENCO, 2251 RAMSEY RD, MONROEVILLE, PA 15146-4823

10925   RUDOLPH R HARTENSTEIN, 242 WHITE ST, LUNENBURG, MA 01462

10925   RUDOLPH W KLUIBER, OLCOTT LA, BERNARDSVILLE, NJ 07924

10925   RUDOLPH, IRENE, 179 VAN PELT AVE, STATEN ISLAND, NY 10303

10925   RUDOLPH, JOHN, 420 PINEWOOD LANE, DULUTH, MN 55804-1729

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RUDOLPH, JULIE, 186 BELLOWS HILL RD, CARLISLE, MA 01741 | |
| 10925 | RUDY LEE CALVIN, 918 PARRISH ST, MOUNT CARMEL, IL 62863-1347 | |
| 10925 | RUDY, DONALD, 8582 HAYSHED LN, COLUMBIA, MD 21045 | |
| 10925 | RUDY, JOHN C, 7409 INDIAN WELLS DR, NORTHVILLE, MI 48167-8818 | |
| 10925 | RUDY, JOYCE, 505 DORCHESTER AVE, WEST LAWN, PA 19609 | |
| 10925 | RUDYS INFLIGHT CATERING, 180 NORTH ST, TETERBORO, NJ 07608 | |
| 10925 | RUDYS LIMOUSINE SVC INC, 406 EAST PUTNAM AVE, COS COB, CT 06807 | |
| 10925 | RUE LANE BROWN, 1010 S 11TH ST, FORT PIERCE, FL 34950 | |
| 10925 | RUE, RICHARD, 359 ABINGTON ROAD, ENCINITAS, CA 92024-4206 | |
| 10925 | RUECKL, TODD, 2330 BRICE CT, GREEN BAY, WI 54311 | |
| 10925 | RUEDA, OFELIA, 45 CENTRAL AVE, ENGLEWOOD, NJ 07631 | |
| 10925 | RUEDA, SANTIAGO, 5001-G SEDGEWICK DR, RALEIGH, NC 27604 | |
| 10925 | RUEDEBUSCH, DEBORAH, PO BOX 441, ATHENS, OH 45701 | |
| 10925 | RUEGGE, PHILIP, INVESTORS BANK & TRUST CO., GRETNA, LA 70054 | |
| 10925 | RUEHLING, HILDA, 1003 VINEYARD HILL ROAD, BALTIMORE, MD 21228 | |
| 10925 | RUEHTER, GEORGE, 113 W 5TH ST, STANBERRY, MO 64489 | |
| 10925 | RUF, STEVEN, 1434 LYNWOOD LN, GREEN BAY, WI 54311 | |
| 10925 | RUFF AND BEIER, WILLY-BRANDT-STR 28, STUTTGART, 70173GERMANY | *VIA Deutsche Post* |
| 10925 | RUFF, KATHRYN JO, CUST FOR MITCHELL DAVID RUFF, UNIFORM GIFT TO MIN ACT, 5409 E 900TH AVE, ALTAMONT, IL 62411-2449 | |
| 10925 | RUFFATTO, DAVID, 707 TENTH ST SE, SIDNEY, MT 59270 | |
| 10925 | RUFFERT, PAMELA, 309 HICKORY LN, SEFFNER FL, FL 33584 | |
| 10925 | RUFFI, JEANETTE, 18 WEISS TERR, RARITAN, NJ 08869 | |
| 10925 | RUFFIN, GAYTRICE, 4002 ST LOUIS RD, MONTGOMERY, AL 36116 | |
| 10925 | RUFFIN, JOHN, 6608 23RD AVE, VALLEY, AL 36854 | |
| 10925 | RUFFNER, JOANNE, 7640 WALMSLEY BLVD, RICHMOND, VA 23235 | |
| 10925 | RUFFNER, LONDA, 4722 RIO POCO, RENO, NV 89502 | |
| 10925 | RUFO, ONOFRE, RR2 BOX 519C, WESLACO, TX 78596 | |
| 10924 | RUFUS A WALKER CO, PO BOX12368, SAN ANTONIO, TX 78212 | |
| 10924 | RUFUS A. WALKER, 1350 W. POPLAR, SAN ANTONIO, TX 78212 | |
| 10925 | RUFUS A. WHITWORTH, PO BOX 1151, THOMASTON, GA 30286 | |
| 10925 | RUFUS M FRANKLIN, 54 CENTERWOOD DR, HOLDEN, MA 01520-1557 | |
| 10925 | RUFUS, CECELIA, 217 E. FALL CRK PKWY S. DR. #3, INDIANAPOLIS, IN 46205 | |
| 10925 | RUGBY BUILDING PRODUCTS INC, 2575 WESTSIDE PKWY SUITE 800, ALPHARETTA, GA 30004 | |
| 10925 | RUGBY BUILDING PRODUCTS INC., 200 BOUCHARD ST, MANCHESTER, NH 03103 | |
| 10924 | RUGBY BUILDING PRODUCTS INC., 605 GLENDALE AVE. #101, SPARKS, NV 89431 | |
| 10925 | RUGBY BUILDING PRODUCTS, 479 JUMPERS HOLE RD SUITE 301, SEVERNA PARK, MD 21146 | |
| 10925 | RUGBY BUILDING PRODUCTS, INC, 15 CONSTITUTION DRIVE, BEDFORD, NH 03110 | |
| 10925 | RUGBY BUILDING PRODUCTS, PO BOX 9584, MANCHESTER, NH 03108-9584 | |
| 10925 | RUGBY BUILDING PRODUCTS, POBOX 728, GREENSBURG, PA 15601 | |
| 10924 | RUGER CHEMICAL COMPANY INC., 83 CORDIER STREET, IRVINGTON, NJ 07111 | |
| 10924 | RUGER CHEMICAL, 83 CORDIER ST, IRVINGTON, NJ 07111 | |
| 10924 | RUGER INVESTMENT CASTING, RUGER ROAD, PRESCOTT, AZ 86301 | |
| 10925 | RUGG LUMBER COMPANY, 66 NEWTON ST, GREENFIELD, MA 01302 | |
| 10924 | RUGG LUMBER, PO BOX 507, GREENFIELD, MA 01302 | |
| 10925 | RUGG, BRIAN C, 119 BEACON ST UNIT #2, BOSTON, MA 02116-1514 | |
| 10925 | RUGG, BRIAN, 119 BEACON ST UNIT #2, BOSTON, MA 02116 | |
| 10925 | RUGG, BRIAN, 119 BEACON ST, UNIT #2, BOSTON, MA 02116 | |
| 10925 | RUGGIERI, JENNIFER, 3 HOUGHTON ST, BARRINGTON, RI 02806 | |
| 10925 | RUGGIERO, DOROTHY, 12 WALNUT ST, TAUNTON, MA 02780 | |
| 10925 | RUGGIERO, JOANN, 48 VILLAGE LANE, SO HAMILTON, MA 01982 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RUGGIERO, JOANNE, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | RUGGIERO, JOANNE, 67 WAITE ST, MALDEN, MA 02148 | |
| 10925 | RUGGIERO, SHIRLEY, 3648 W CAMPBELL, PHOENIX, AZ 85019 | |
| 10925 | RUGGIERO, VIRGINIA, 10 PERCHERON WAY, W. BARNSTABLE, MA 02668 | |
| 10925 | RUGGLES, BARBARA, 150 LAW ST, NEENAH, WI 54956 | |
| 10924 | RUGMILL HOUSING PROJECT, 40 JACKSON STREET, FREEHOLD, NJ 07728 | |
| 10925 | RUHL & SONS, 6301 QUAD AVE., BALTIMORE, MD 21205 | |
| 10925 | RUHL, ANDREAS, 1313 LOST DAUPHIN ROAD, DE PERE, WI 54115 | |
| 10925 | RUHL, ANDREAS, 1581 SILVER STONE TR #1, DEPERE, WI 54115 | |
| 10925 | RUHL, DONALD, 1007 BRITTANY PKWY, MANCHESTER, MO 63011 | |
| 10925 | RUHL, JOHN, 21 MONTROSE MANOR LANE #F, BALTIMORE, MD 21228 | |
| 10925 | RUIS, ROBERT, 1 LOUIS DR, BUDD LAKE, NJ 07828 | |
| 10925 | RUIZ, AARON, 1421 N. LEE # R, ODESSA, TX 79763 | |
| 10925 | RUIZ, ABELARDO, 6613 IVY HILL ROAD, MCLEAN, VA 22101 | |
| 10925 | RUIZ, ALFREDO, RT. 4 BOX 346, MISSION, TX 78572 | |
| 10925 | RUIZ, ANGELA, URB RIO CRISTAL, MAYAGUEZ, PR 00681 | |
| 10925 | RUIZ, CECIL, PONTEVEDRA ST. M-35, BAYAMON, PR 00619 | |
| 10925 | RUIZ, DEBORAH L., 1309 MASON SMITH AVE, METAIRIE, LA 70003 | |
| 10925 | RUIZ, DELMA, 1110 E. CRUSES ST., WILMINGTON, CA 90744 | |
| 10925 | RUIZ, DENISE, 1017 RALSTON AVE., CORPUS CHRISTI, TX 78404 | |
| 10925 | RUIZ, DEODATO, 3951 S. PINE ST., SAN ANTONIO, TX 78223 | |
| 10925 | RUIZ, ECRICELIA, 2420 GALE AVE., LONG BEACH, CA 90810 | |
| 10925 | RUIZ, EDWIN, 5631 N. BERNARD, CHICAGO, IL 60625 | |
| 10925 | RUIZ, JOE, RT2 BOX 538, HEREFORD, TX 79045 | |
| 10925 | RUIZ, JOSE, 15 TIFFANY BLVD, NEWARK, NJ 07104 | |
| 10925 | RUIZ, JOSEPHINE, 3170 N. TRUCKEE LANE, SPARKS, NV 89431 | |
| 10925 | RUIZ, JUANITA, 1231 BARNEY, SAN ANTONIO, TX 78237 | |
| 10925 | RUIZ, JULIA, 2426 PARKWOOD LN., SUGARLAND, TX 77479 | |
| 10925 | RUIZ, LETICIA, 14986 ORO GRANDE ST., SYLMAR, CA 91342 | |
| 10925 | RUIZ, LETICIA, 15430 LASSEN ST, MISSION HILLS, CA 91345 | |
| 10925 | RUIZ, LOURDES, BO COCOS BOX 35, QUEBRADILLAS, PR 00742 | |
| 10925 | RUIZ, LYDIA, URB. VILLA MILAGROS, YAUCO, PR 00698 | |
| 10925 | RUIZ, MARIA, 206 MC KOOL AVE, ROMEOVILLE, IL 60446 | |
| 10925 | RUIZ, MARIBEL, HC-01 BOX 6677, COROZAL, PR 00643-9618PUERTO RICO | *VIA Deutsche Post* |
| 10925 | RUIZ, MARK, 1521 E. PALMDALE, TEMPE, AZ 85282 | |
| 10925 | RUIZ, MARTHA, 1121 W 254TH ST, HARBOR CITY, CA 90710 | |
| 10925 | RUIZ, MAXIMINO, 328 VINE ST, CAMDEN, NJ 08102 | |
| 10925 | RUIZ, OLGA, PO BOX 1981, SAN JUAN, TX 78589 | |
| 10925 | RUIZ, RAUL, 2512 N. CENTER, ODESSA, TX 79761 | |
| 10925 | RUIZ, RAUL, 5827 SLOAN DR., SAN ANTONIO, TX 78228 | |
| 10925 | RUIZ, RENE, 1456 N.E. 180 ST, N MIAMI BCH, FL 33162 | |
| 10925 | RUIZ, S., POBOX 2072, OAKLAND, CA 94604 | |
| 10925 | RUIZ, SANDRA, 85 VANNOSTRAND AVE, DOVER, NJ 07801 | |
| 10925 | RULAND MANUFACTURING CO.INC., 384 PLEASANT ST, WATERTOWN, MA 02172 | |
| 10925 | RULE, SUSAN, 857 BOY SCOUT RD., NEWNAN, GA 30263 | |
| 10925 | RULES SERVICE COMPANY, 7615 STANDISH PLACE, ROCKVILLE, MD 20855 | |
| 10925 | RULKA, ELWIRA, 339 S. CHESTER, BALTIMORE, MD 21231 | |
| 10925 | RULLI, BARBARA R, 220 EDMOND ST, PITTSBURGH, PA 15224 | |
| 10925 | RUMA, JOSEPH, 15 BLUEBERRY HILL RD, ANDOVER, MA 01810 | |
| 10925 | RUMBERGER, MICHAEL, 676 BRIGHTVIEW DR, LAKE MARY, FL 32746 | |
| 10925 | RUMBLE, PAUL, 1478 FM 368 S, IOWA PARK, TX 76367 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RUMELL, GEORGE, 3858 DOGWOOD LANE, DOYLESTOWN, PA 18901

10925   RUMER, KAREN, 54 CINDERLANE PKWY, ORLANDO, FL 32808

10925   RUMER, KAREN, 5720 LAWNDALE RD, ORLANDO, FL 32808

10925   RUMINGAN, JOIE, 1429 COLUMBIA RD NW, WASHINGTON, DC 20009

10925   RUMLIN, JOHN, 44 DURAND PLACE, IRVINGTON, NJ 07111

10925   RUMMAGE, GLENN, 108 ANDULUSIAN TR, SIMPSONVILLE, SC 29681

10925   RUMMLER - BROCKE GROUP, THE, 5800 GRANITE PKWY, SUITE 450, PLANCO, TX 75024

10925   RUMORE, JOSEPH, 75-10 YELLOWSTONE BLVD. APT 2K, FOREST HILLS, NY 11375

10925   RUMPF, RONALD, 2327 MONROE ST, NEW HOLSTEIN, WI 53061

10925   RUMPH, DANNY E, 32800 GIBONEY RD, HEMPSTEAD, TX 77445-7640

10925   RUMPKE CONTAINER SERVICE, INC, PO BOX 538708, CINCINNATI, OH 45253

10925   RUMPKE OF OHIO, INC, PO BOX 538708, CINCINNATI, OH 45253

10925   RUMPKE SANITARY LANDFILL, INC, 10795 HUGHES RD., CINCINNATI, OH 45247

10925   RUMPLE, LEE, 109 MOHICAN TRAIL, WILMINGTON, NC 28409

10924   RUMSEY ELECTRIC CO., PO BOX 807, CONSHOHOCKEN, PA 19428-0807

10925   RUMSEY, STEPHEN, 5 WAVERLY COURT, GREENVILLE, SC 29605

10925   RUNDE, ROBERT, PO BOX 9, HAZEL GREEN, WI 53811

10925   RUNDELL, MARINA, 22421 W 73RD TERR, SHAWNEE, KS 66227

10925   RUNDLE, MARY, BOX 124, BEAVERVILLE, IL 60912

10925   RUNG, ROSEMARIE, 21 MINISTERIAL DRIVE, MERRIMACK, NH 03054

10925   RUNGE TOOL & SUPPLY CO, INC, 1224 S. BANNOCK ST., DENVER, CO 80223

10925   RUNGE, DAROLD, RT. 4 BOX 312, DICKINSON, ND 58601

10925   RUNKE, CATHY, 2016 W PAMPA CIRCLE, MESA, AZ 85202

10925   RUNKLE, ROBIN, 2668 SAWBURY BLVD., COLUMBUS, OH 43235

10925   RUNNELS JR, HENRY, 4214 CINDY ROAD, LAKELAND, FL 33810-5442

10925   RUNNING, MARK, 24552 AGUIRRE, MISSION VIEJO, CA 92692

10925   RUNNING, RICHARD, 126 WEST JEFFERSON, VIROQUA, WI 54665

10925   RUNNOE, GORDON, 4322 PLANTATION COURT, DEPERE, WI 54115

10925   RUNYAN, EMERSON, 7019 MOCKINGBIRD LAND, HOBBS, NM 88240

10925   RUNYAN, JACK, 116 EVERGREEN CIRCLE, SIMPSONVILLE, SC 29681

10925   RUNYAN, O, 102 N. FREMONT, MONROE, IA 50170

10925   RUNYAN, SHANNON, 8 WICKBY CT, SIMPSONVILLE, SC 29680

10925   RUNYON, GARY, 10743 WAMPIERS LKPD, BROOKLYN, MI 49230

10925   RUNYON, LINDA, 510 BILLIE RUTH, HURST, TX 76053

10925   RUNZHEIMER & CO INC, RUNZHEIMER PARK, ROCHESTER, WI 53167

10925   RUNZHEIMER INTERNATIONAL, RUNZHEIMER PARK, ROCHESTER, WI 53167

10925   RUNZHI ZHAO, 13 KIRKCALDY DR., WEST CHESTER, PA 19382

10925   RUOCCO, MARIELLA, 10011 CHAPEL RD, POTOMAC, MD 20854

10925   RUPERT, H F, 616 W BROAD ST, QUAKERTOWN, PA 18051

10925   RUPERT, KEVIN, 712 CARROLLWOOD ROAD, MIDDLE RIVER, MD 21220

10925   RUPERT, P, 702 LAFAYETTE DRIVE, QUAKERTOWN, PA 18951

10925   RUPERTO, DIANA, CALLE CUBA #165, HATO REY, PR 00917

10925   RUPLE, DENNIS, 2753 HWY 174, SPRINGVILLE, AL 35146

10925   RUPLEY, ALLEN, 2500 NORTH ROSEMONT BLVD, TUCSON, AZ 85712

10925   RUPLEY, JULIETTE, 2500 NORTH ROSEMONT BLVD, TUCSON, AZ 85712

10925   RUPLINGER, JEFFREY, 1300 HANS ST, WEST BEND, WI 53090

10925   RUPP, DEANNA, 12 RUPP RD., DUNCANNON, PA 17020

10925   RUPP, JERRY, 8750 INDEPENDENCE AV, CANOGA PARK, CA 91304

10925   RUPP, LEROY, 309 NORTH 11TH, CHEROKEE, IA 51012

10925   RUPPE, CLAUDE, 1919 W GA ROAD, WOODRUFF, SC 29388

10925   RUPPRECHT, H, RT 4, BOX 229B, WATER VALLEY, MS 38965

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RUPRECHT, MICHAEL, 6 WOODSHIRE WAY, BELLE MEAD, NJ 08502 | |
| 10924 | RUPRESA S.A., C/O, .?, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | RURAL ELECTRIC, 9502 E MAIN STREET, MESA, AZ 85207 | |
| 10924 | RURAL ELECTRIC, INC., 10006 SOUTH POWER ROAD, MESA, AZ 85206 | |
| 10924 | RURAL HILL SAND & GRAVEL, BOX 128, BELLEVILLE, NY 13611 | |
| 10924 | RURAL HILL SAND & GRAVEL, RT 79, BELLEVILLE, NY 13611 | |
| 10925 | RURAL NATURAL GAS CO, PO BOX 18186, FAIRFIELD, OH 45018 | |
| 10925 | RURAL NATURAL GAS CO, THE, PO BOX 18186, FAIRFIELD, OH 45018 | |
| 10925 | RURAL NATURAL GAS CO., PO BOX 614, MILFORD, OH 45150 | |
| 10925 | RURUP, JANICE, 14882 DOVENHURST ST., MORENO VALLEY, CA 92388 | |
| 10925 | RUS OF NORMAL-BLOOMINGTON, PO BOX 9, NORMAL, IL 61761 | |
| 10925 | RUSAK, JOHN, 308 PRINCETON DRIVE, HOWELL, NJ 07731 | |
| 10925 | RUSCAK, BEVERLY, 60 WASHINGTON ST, BURLINGTON, MA 01803 | |
| 10924 | RUSCH AVT MEDICAL LIMITED, PORT OF CHENNAI, CHENNAI SEAPORT, 600000INDIA | *VIA Deutsche Post* |
| 10924 | RUSCH SDN BHD, PORT OF PENANG, PENANG, 10200MYS | *VIA Deutsche Post* |
| 10925 | RUSCH, G, 304 PERSIMMON ST, ENGLEWOOD, FL 34223 | |
| 10925 | RUSCH, JEFFREY, 1116 DEVONWOOD DR, GREEN BAY, WI 54304 | |
| 10925 | RUSCH, MICHAEL M, 2454 PASADENA BLVD, WAUWATOSA, WI 53226-1946 | |
| 10925 | RUSCHKE, DAVID, 1412 BOLTON ST, BALTIMORE, MD 21217 | |
| 10925 | RUSCIGNO, ANTHONY, 4 LONG COURT, WAPPINGER FALLS, NY 12590 | |
| 10925 | RUSCKO, JEROME, 1132 W HAYES AVE, D, CHARLESTON, IL 61920 | |
| 10925 | RUSENKO, ROBERT, 7201 FAWN CROSSING D, CLARKSVILLE, MD 21029 | |
| 10925 | RUSENKO, ROBERT, 7201 FAWN CROSSING DR., CLARKSVILLE, MD 21029 | |
| 10925 | RUSENKO, ROBERT, 9412 DUNLEITH, MONTGOMERY, AL 36117 | |
| 10925 | RUSEVLYAN, SUE, 2132 COLONY HILL DRIVE, CHARLOTTE, NC 28214 | |
| 10924 | RUSH COPELY HOSPITAL, 1555 HAWTHORNE LANE, WEST CHICAGO, IL 60185 | |
| 10924 | RUSH COPLEY HEALTH PLEX, 1900 OGDEN AVENUE, AURORA, IL 60506 | |
| 10924 | RUSH MEDICAL CENTER ATRIUM, 1653 W. CONGRESS PARKWAY, CHICAGO, IL 60612 | |
| 10924 | RUSH NORTH SHORE MEDICAL CENTER, GROSS POINT & GOLF ROAD, SKOKIE, IL 60077 | |
| 10924 | RUSH PRESBYTERIAN ST. LUKE MED. CTR, C/O J.L. MANTA, CHICAGO, IL 60612 | |
| 10925 | RUSH PRUDENTIAL HEALTH PLANS, RUSH ACCESS HMO/ANCHOR HMO, CHICAGO, IL 60678-7508 | |
| 10924 | RUSH S PUEBLO LBR, 416 W 2ND ST, PUEBLO, CO 81003 | |
| 10925 | RUSH TRUCK LEASING INC, 3250 TELEPHONE ROAD, HOUSTON, TX 77023 | |
| 10925 | RUSH TRUCK LEASING INC, 8830 EAST SLAUSON AVE, PICO RIVERA, CA 90660 | |
| 10925 | RUSH TRUCK LEASING INC, PO BOX 2153, BIRMINGHAM, AL 35287-1265 | |
| 10925 | RUSH TRUCKING, 10539 HUMBOLT ST, LOS ALAMITOS, CA 90720 | |
| 10925 | RUSH, DEBORAH, 101 RANDOLPH RD, PLAINFIELD, NJ 07060 | |
| 10925 | RUSH, HARLAND, 520 DOWLEN ROAD APT 159, BEAUMONT, TX 77706-6037 | |
| 10925 | RUSH, JAMES, 1616 E. GASTEL CIRCLE, MISSION, TX 78572 | |
| 10925 | RUSH, LAVONNA, 2109 ORIOLE AVE, MCALLEN, TX 78504 | |
| 10925 | RUSH, MICHAEL, 1140 KING CHARLES ST, PALATINE, IL 60067 | |
| 10925 | RUSH, RICK, 3609 GRANADA AVE, BAKERSFIELD, CA 93309 | |
| 10925 | RUSH, SHARI, 95 CIRCLE DR, MOROCCO, IN 47963 | |
| 10925 | RUSH, STEVEN, 223 ARLINGTON AVE, ALGOMA, WI 54201 | |
| 10925 | RUSH, VERONICA, 730 FRANKLIN RD, MARIETTA, GA 30067 | |
| 10924 | RUSHES PUEBLO LUMBER, 416 W. 2ND ST., PUEBLO, CO 81003 | |
| 10924 | RUSHFORD READY MIX, EAST CENTERVILLE RD, RUSHFORD, NY 14777 | |
| 10924 | RUSHFORD READY MIX, P.O. BOX 174, RUSHFORD, NY 14777 | |
| 10925 | RUSHIN, DANIEL, 728 OCALLAGHAN DRIVE, RENO, NV 89434 | |
| 10925 | RUSHING JR, J, 7275 COUNTRY RD., 763, BUSHNELL, FL 33513 | |
| 10925 | RUSHING, CAROLE, 3664 E. KIRBY, DETROIT, MI 48211 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RUSHING, DEA, 338-3 ORCHARD TRACE, CHARLOTTE, NC 28213

10925   RUSHING, JAMES, 1110 SELMA ST., MOBILE, AL 36604

10925   RUSHLOW, SYLVIA, 4106 BRADFORD, CORPUS CHRISTI, TX 78411

10925   RUSHTON, GLEN, 125 K ST, BELLE CHASSE, LA 70037

10925   RUSHTON, RONALD, 4500 BARWYN CT, PLANO, TX 75093

10925   RUSINKO, JOHN, 3511 PAUL AVE, TAMPA, FL 33611

10924   RUSK COUNTY COURTHOUSE, 311 MINER AVE., LADYSMITH, WI 54848

10924   RUSK HEATING & A/C, CAMBRIDGE, MA 02140

10924   RUSK HEATING AIR, 6666 W 3RD ST., COVINGTON, KY 41011

10924   RUSK REHABILITATION CENTER, UNIVERSITY OF MISSOURI C/O TRUE, COLUMBIA, MO 65211

10925   RUSK, JEROLD, 28930 DURAND AVE, BURLINGTON, WI 53105-9406

10925   RUSK, THOMAS, 4757 JESSIE, LA MESA, CA 91941

10925   RUSNAK, SHARON, 100 WOODSTONE LANE, NEW KENSINGTON, PA 15068

10925   RUSNOCK, JACKLYN, 3423 POINCIANI AVE, READING, PA 19605

10925   RUSPANTINI, SUSAN, 5453 NW 43RD WAY, COCONUT CREEEK, FL 33073

10925   RUSS CARLTON ENTERTAINMENT INC, POBOX 796, NATICK, MA 01760

10924   RUSS STEFFENS, 5757 WOOLBRIDGE APT # 52C, CORPUS CHRISTI, TX 78414

10925   RUSS T ELDER &, KIMBERLY L ELDER JT TEN, 407 MAGNOLIA COURT, LOGANVILLE, GA 30052-4050

10925   RUSS VICTORIA, 6500 W 102ND PLACE, CHICAGO RIDGE, IL 60415-1304

10925   RUSS, CHARLES, 708 HARNESS CRESCENT, LITHONIA, GA 30058

10925   RUSS, CYNTHIA, 4919 PARKTOWN WAY, MONTGOMERY, AL 36116

10925   RUSS, JACQUELYN, 4916 WAYNE RD., WAYNE, MI 48184

10925   RUSS, RHONDA, PO BOX 347, HEIDRICK, KY 40949

10925   RUSSEL W KAY, 26 NEPTUNE DR, MARY ESTHER, FL 32569-2297

10925   RUSSEL, NANCY, 11 L-AMBIANCE CT., BARDONIA, NY 10954

10924   RUSSELL  PLASTERING, CAMBRIDGE, MA 02140

10925   RUSSELL & MILTON F. BRUZZONE, MILTON F. BRUZZONE, 3745 ST. FRANCIS DRIVE, LAFAYETTE, CA 94549

10925   RUSSELL A VICTORIA, 6500 W 102ND PL, CHICAGO RIDGE, IL 60415-1304

10925   RUSSELL A. VICTORIA, 6051 W 65TH ST, CHICAGO, IL 60638

10925   RUSSELL B DEAN &, ELIZABETH L DEAN JT TEN, RTE 5 BOX 216, WAYNESBORO, VA 22980-9101

10924   RUSSELL BELDEN, 3200 N. ROUSE, PITTSBURG, KS 66762

10925   RUSSELL BENNETT, 3 HYANCINTH DR, WESTFORD, MA 01886

10924   RUSSELL BUILDERS & SUPPLY, 634 E. MAIN ST., LEBANON, VA 24266

10924   RUSSELL BUILDERS SUPPLY CO., INC., LEBANON-BLUEFIELD HWY., 634 E. MAIN ST., LEBANON, VA 24266

10924   RUSSELL CONCRETE INC, 1400 10TH AVE., VERO BEACH, FL 32966

10924   RUSSELL CONCRETE INC, 1400 10TH AVENUE, VERO BEACH, FL 32960

10924   RUSSELL CONCRETE INC, 7300 N. DIXIE HIGHWAY, VERO BEACH, FL 32967

10924   RUSSELL CONCRETE INC., 1400 10TH AVE., VERO BEACH, FL 32966

10925   RUSSELL CORROSION CONSULTANTS INC, POBOX 197, SIMPSONVILLE, MD 21150

10925   RUSSELL E LOWE, 1935 S FIFTH AVE APT 30, POCATELLO, ID 83201-6932

10925   RUSSELL E VANPUTTE &, ADELINE VANPUTTE JT TEN, 88 HARVARD ST, DES PLAINES, IL 60016-2057

10925   RUSSELL E WARD &, ANNA L WARD JT TEN, 136 WEST FOURTH ST, CLIFTON, NJ 07011-2418

10925   RUSSELL FARMS PARTNERSHIP, 136 N DELAWARE ST #300, INDIANAPOLIS, IN 46206

10925   RUSSELL H CARLSON, PO BOX 1126, WESTFORD, MA 01886-0826

10925   RUSSELL H LEE, 6050 W 51ST ST, CHICAGO, IL 60638

10924   RUSSELL HALL- MIDDLE GEORGIA, COLLEGE - C/O ADAMS CONSTRUCTION, COCHRAN, GA 31014

10925   RUSSELL J. & MILTON F. BRUZZONE, RUSSELL J. BRUZZONE, 899 HOPE LANE, LAFAYETTE, CA 94549

10925   RUSSELL K. WOLF, #2 HIGH TRAILS, EUREKA, MO 63025

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RUSSELL LEE, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | RUSSELL M MYERS, 20386 EASTWOOD DR, HARPER WOODS, MI 48225 | |
| 10925 | RUSSELL MARTIN & ASSOCIATES, 6326 RUCKER ROAD #E, INDIANAPOLIS, IN 46220 | |
| 10925 | RUSSELL MCVEAGH WEST-WALKER, PO BOX 1344, WELLINGTON DX SX1189, 09999NEW ZEALAND | *VIA Deutsche Post* |
| 10925 | RUSSELL PHD, PE, BRUCE W, 4208 TWO LAKES AVE, NORMAN, OK 73072 | |
| 10924 | RUSSELL PLASTERING / ARISTEO CONST., CHRYSLER TRENTON ENGINE PLANT, 200 VAN HORN ROAD, TRENTON, MI 48183 | |
| 10924 | RUSSELL PLASTERING CO,INC., 7321 GRATIOT AVENUE, DETROIT, MI 48213 | |
| 10924 | RUSSELL PLASTERING, 2615 FEATHERSTON ROAD, AUBURN HILLS, MI 48321 | |
| 10924 | RUSSELL PLASTERING, 431 HOWARD ST., DETROIT, MI 48226 | |
| 10924 | RUSSELL PLASTERING, 7321 GRATIOT AVE., DETROIT, MI 48213 | |
| 10925 | RUSSELL PLASTICS, 521 WEST HOFFMAN AVE, LINDENHURST, NY 11757 | |
| 10925 | RUSSELL SCOTT BURNSIDE, 133 HADDON PLACE, UPPER MONTCLAIR, NJ 07043-2314 | |
| 10925 | RUSSELL SEIBERT, 5233 S NEWTON ST, LITTLETON, CO 80123-1747 | |
| 10925 | RUSSELL STANLEY CORP, PO BOX 98522, ATLANTA, GA 30384-8522 | |
| 10924 | RUSSELL STANLEY SERVICE, 455 GEORGE WASHINGTON HIGHWAY, SMITHFIELD, RI 02917-1996 | |
| 10925 | RUSSELL STONEHOUSE TR UA AUG, 23 78 JAMES RUSSELL STONEHOUSE, 4770 NW 10 COURT 210, PLANTATION, FL 33313-6575 | |
| 10925 | RUSSELL, ALLEN, 136 NORTH DELAWARE ST., SUITE 300, INDIANAPOLIS, IN 46206 | |
| 10925 | RUSSELL, ANGELA, 233 HENSON ROAD, TRAVELERS REST, SC 29690 | |
| 10925 | RUSSELL, ANNAMARIE, 14 H LANDMARK DRB, COLUMBIA, SC 29210 | |
| 10925 | RUSSELL, ARTELIA, 6324 S TROY #2B, CHICAGO, IL 60638 | |
| 10925 | RUSSELL, ARTHUR, 224 HIGH ST, DUNSTABLE, MA 01827-9998 | |
| 10925 | RUSSELL, BARBARA, 10 PINE AVE, CONGERS, NY 10920 | |
| 10925 | RUSSELL, BEVERLY, 810 MEADOW GATE, CONVERSE, TX 78109 | |
| 10925 | RUSSELL, C.C., PO BOX 251, DUFFIELD, VA 24244-0251 | |
| 10925 | RUSSELL, CARLEY, 306 EAGLE SPRINGS, STONE MOUNTAIN, GA 30083 | |
| 10925 | RUSSELL, CAROLYN, 4251 S. WILCOX, KINGSPORT, TN 37660 | |
| 10925 | RUSSELL, CYNTHIA, 5300 HARBOUR POINTE, MUKILTEO, WA 98275 | |
| 10925 | RUSSELL, DALE, 1752 FM 368N, IOWA PARK, TX 76367 | |
| 10925 | RUSSELL, DAVID, 929 QUATER HILL LANE, LIBERTYVILLE, IL 60048 | |
| 10925 | RUSSELL, DAYLENE, 14614 BURBANK BLVD, 104, VAN NUYS, CA 91411 | |
| 10925 | RUSSELL, DEBORAH, 254 W HAMPTON DRIVE, INDIANAPOLIS, IN 46208 | |
| 10925 | RUSSELL, DEBRA, RURAL ROUTE 1, BOX 109, OSAWATOMIE, KS 66064 | |
| 10925 | RUSSELL, DEIRDRE, 3 DANA RD, BEDFORD, MA 01730 | |
| 10925 | RUSSELL, DIANN, 8601 MEMPHIS DRIVE, LUBBOCK, TX 79423 | |
| 10925 | RUSSELL, DONALD, 142 N MADISON, BRADLEY, IL 60915 | |
| 10925 | RUSSELL, DONALD, PO BOX 591, NORTON, MA 02766-0591 | |
| 10925 | RUSSELL, DORIS, 4621 N. VIA MASINA, TUCSON, AZ 85750 | |
| 10925 | RUSSELL, DOROTHY, 2730 HILLS NECK RD, ERNUL, NC 28527 | |
| 10925 | RUSSELL, DOUGLAS, 1610 FRISCH RD, MADISON, WI 53711 | |
| 10925 | RUSSELL, ELLIS, 2236 N PIERCE CIR., MACON, GA 31204 | |
| 10925 | RUSSELL, ERICKA, 1229 WEST 11 TH ST., ANNISTON, AL 36201 | |
| 10925 | RUSSELL, GEORGE, 164 BEECHEWOOD RD, SUMMIT, NJ 07901 | |
| 10925 | RUSSELL, HAROLD, 9270 MILLINGTON-ARL. RD, ARLINGTON, TN 38002 | |
| 10925 | RUSSELL, JAMES, 707 RUSSELL LANE, PARIS, AR 72855 | |
| 10925 | RUSSELL, JEFFREY, 11026 ZEOLITE DRIVE, RENO, NV 89506 | |
| 10925 | RUSSELL, JEFFREY, 1443 WEST ANAHIEN, WILMINGTON, CA 90744 | |
| 10925 | RUSSELL, JOE, 233 HENSON ROAD, TRAVELERSREST, SC 29690-9223 | |
| 10925 | RUSSELL, JOHN, 113 CASTLE HILL, SONORA, TX 76950 | |
| 10925 | RUSSELL, JONATHON, 1246 LAWE ST, GREEN BAY, WI 54301 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RUSSELL, KATHY, 167 LAKESHORE DR., GORDON, GA 31031

10925   RUSSELL, KENNETH, PO BOX 200, CONGERS, NY 10920

10925   RUSSELL, LAFAYETTE, 6525 RIDGECREST, EDMOND, OK 73034

10925   RUSSELL, MARY, 962 HWY 42 W, SUMRALL, MS 39482

10925   RUSSELL, MEGZIE, 35 NE 169 ST, N. MIAMI BEACH, FL 33162

10925   RUSSELL, MICHAEL, 300 SCADDING ST, TAUNTON, MA 02780

10925   RUSSELL, MURIEL, 59 FOXWOOD RD, W NYACK, NY 10994

10925   RUSSELL, PAUL, 810 E. PARK, IOWA PARK, TX 76367

10925   RUSSELL, PRESTON, 1521 N ROBERTSON, LANSING, MI 48915

10925   RUSSELL, RICHARD, 115 JEREMY LANE PO BOX 396, HOLCOMB, KS 67851

10925   RUSSELL, RICHARD, RT. 1, BOX 153, ALLEN, OK 74825

10925   RUSSELL, ROBERT C, 946 SHORE ACRES RD., ARNOLD, MD 21012

10925   RUSSELL, ROBERT, 18 PLEASANT ST, PEPPERELL, MA 01463

10925   RUSSELL, ROBERT, 60 WEAVER ROAD, COVINGTON, LA 70433

10925   RUSSELL, ROBERT, 946 SHORE ACRES ROAD, ARNOLD, MD 21012

10925   RUSSELL, ROBERT, RT. 3 BOX 79, STANFIELD, NC 28163

10925   RUSSELL, ROSEANN, 8850 BLUE SEA DRIVE, COLUMBIA, MD 21046

10925   RUSSELL, RUPERT, 315 OAK AVE SOUTH, FORT MEADE, FL 33841

10925   RUSSELL, RUTH, 4408 NW 46TH ST, OKLAHOMA CITY, OK 73112-2438

10925   RUSSELL, SCIA, RT. 4, BOX 1200, EUFAULA, OK 74432

10925   RUSSELL, STEVEN, 9841 NORTHEAST AVE, PHILADELPHIS, PA 19115

10925   RUSSELL, TERESSA, 756 MARCH ST, SUMTER, SC 29154

10925   RUSSELL, TERRY, 13802 ALDERSON, HOUSTON, TX 77015

10925   RUSSELL, TIMOTHY, PO BOX 162, ROANOKE RAPIDS, NC 27870

10925   RUSSELL, V, 1608 32ND, WICHITA FALLS, TX 76302

10925   RUSSELL, WALTER, 7812 W 80TH PLACE, BRIDGEVIEW, IL 60455-1425

10924   RUSSELLS BUILDING SUPPLY, 200-216 EAST JUDD STREET, WOODSTOCK, IL 60098

10924   RUSSELL'S READY MIX, 108 W. RAILROAD, HOLSTEIN, IA 51025

10924   RUSSELL'S READY MIX, 1853 HIGHWAY 3, CHEROKEE, IA 51012

10924   RUSSELL'S READY MIX, 1908 EXPANSION BLVD., STORM LAKE, IA 50588

10924   RUSSELL'S READY MIX, 300 SECOND AVENUE NE, LE MARS, IA 51031

10924   RUSSELLS READY MIX, 331 S. CENTRAL, HARTLEY, IA 51346

10924   RUSSELL'S READY MIX, 509 W. PARK STREET, SHELDON, IA 51201

10924   RUSSELL'S READY MIX, 644 S. RIVER ROAD, CHEROKEE, IA 51012

10924   RUSSELL'S READY MIX, HWY 10 19TH STREET, ORANGE CITY, IA 51041

10924   RUSSELL'S READY MIX, HWY 10, PAULLINA, IA 51046

10924   RUSSELL'S READY MIX, HWY 60 NORTH, SHELDON, IA 51201

10924   RUSSELL'S READY MIX, KINGSLEY, IA 51028

10924   RUSSELL'S READY MIX, MOVILLE, IA 51039

10924   RUSSELL'S READY MIX, P.O. BOX 377, REMSEN, IA 51050

10924   RUSSELL'S READY MIX, WEST 6TH STREET, IDA GROVE, IA 51445

10925   RUSSELL-STANLEY CORP., 4004 HOMESTEAD, HOUSTON, TX 77028

10925   RUSSELL-STANLEY CORP., PO BOX 538043, ATLANTA, GA 30353-8043

10924   RUSSELL-STANLEY CORPORATION, CONVERY BOULEVARD & BEY, WOODBRIDGE, NJ 07095

10925   RUSSELL-STANLEY MIDWEST, INC, PO BOX 19481, NEWARK, NJ 07195-0481

10924   RUSSELL-STANLEY SERVICES, 455 GEORGE WASHINGTON HWY, SMITHFIELD, RI 02917-1996

10924   RUSSELL-STANLEY SERVICES, 4603 NORTH POINT BLVD, BALTIMORE, MD 21219

10925   RUSSELL-STANLEY SOUTHWEST, 4004 HOMESTEAD ROAD, HOUSTON, TX 77028

10925   RUSSELL-STANLEY SOUTHWEST, INC, PO BOX 201685, HOUSTON, TX 77216-1837

10925   RUSSELL-STANLEY, 410 S. TRADE CENTER, CONROE, TX 77385

10925   RUSSELL-STANLEY, PO BOX 19481, NEWARK, NJ 07195-0481

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 RUSSELL-STANLEY, PO BOX 520, LITHONIA, GA 30058

10925 RUSSELL-STANLEY, PO BOX 99753, CHICAGO, IL 60690

10924 RUSSELLVILLE BLOCK, 3007 SOUTH ARKANSAS, RUSSELLVILLE, AR 72801

10924 RUSSIAN TEA ROOM, 56TH BETWEEN 6TH & 7TH, MANHATTAN, NY 10021

10924 RUSSO LATH & PLASTER, PHOENIX, AZ 85000

10924 RUSSO REDI-MIX CONCRETE, 6720 PROMWAY ROAD, NORTH CANTON, OH 44720

10925 RUSSO, ANN H, 7500 GRACE DR, COLUMBIA, MD 21044

10925 RUSSO, ANN, 4901 APPLEGARTH COUR, ELLICOTT CITY, MD 21043

10925 RUSSO, ANTHONY, 12896 COUNTY RD #8, MEEKER, CO 81641

10925 RUSSO, BETSIE, 12896 CO. RD. #8, MEEKER, CO 81641

10925 RUSSO, FRANK, 1505 1ST. AVE; NW , N 1, GREAT FALLS, MT 59404

10925 RUSSO, GUY, 933 E SANTA CLARA ST #3, VENTURA, CA 93001

10925 RUSSO, JACQUELINE, 2221 81ST ST, BROOKLYN, NY 11214

10925 RUSSO, JOHN, 229 WASHINGTON, GARDNER, MA 01440

10925 RUSSO, JOSEPH, 3585 COELEBS AVE, BOYNTON BEACH, FL 33436

10925 RUSSO, LISA, 12079 ROYAL PALM BLVD, CORAL SPRINGS, FL 33065

10925 RUSSO, NANCY, 11 SUGDEN ST, BERGENFIELD, NJ 07621

10925 RUSSO, SALVATORE, 57 ELMWOOD TERRACE, ELMWOOD PARK, NJ 07407-1728

10925 RUSSO, TAMARA, 3030 MAGLIOCCO, SAN JOSE, CA 95128

10925 RUSSO, THOMAS, 2300 BAMBOO N 305, ARLINGTON TX, TX 76006

10925 RUSSOM, THERESA, 2013 S. GLENBROOK #U103, GARLAND, TX 75041

10925 RUSSOTTO, CHARLES, 4622 KAUTZ DRIVE, DAYTON, OH 45424

10924 RUST BUILDING, 4905 POWELL AVENUE, BIRMINGHAM, AL 35222

10925 RUST CONSULTING INC., 501 MARQUETTE AVE SUITE 700, MINNEAPOLIS, MN 55402-1208

10925 RUST INDUSTRIAL CLEANING, PO BOX 70610, CHICAGO, IL 60673-0610

10925 RUST OLEUM CORPORATION, 11 HAWTHORN PKWY, VERNON HILLS, IL 60061

10925 RUST, DONALD C, 8336 QUAIL MEADOW WAY, WEST PALM BEACH, FL 33412

10925 RUST, DONALD, 4195 FALCON ST, SAN DIEGO, CA 92103

10925 RUST, LON, ROUTE 1 BOX 61, SPRINGBROOK, ND 58843

10925 RUST, TIMOTHY, 21311 TONO RD, APPLE VALLEY, CA 92307

10924 RUSTIN CONCRETE BLOCK PLT, 60 E. EVERGREEN, DURANT, OK 74702

10924 RUSTIN CONCRETE BLOCK PLT, PO BOX 449, DURANT, OK 74702

10924 RUST-OLEUM CORPORATION, 11 HAWTHORN PARKWAY, VERNON HILLS, IL 60061

10924 RUST-OLEUM CORPORATION, INTERSTATE INDUSTRIAL PARK, HAGERSTOWN, MD 21740

10924 RUST-OLEUM, 11 HAWTHORNE BLVD., VERNON HILLS, IL 60061

10924 RUST-OLEUM, 8105 FERGUSSON DRIVE, PLEASANT PRAIRIE, WI 53158

10925 RUSTON, JAMES A, 293 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550

10925 RUSTON, JAMES, 1533 HANSON AVE, CLOVIS, CA 93611

10925 RUSZCZYK, KIMBERLY, 210 WEST 27TH ST, NEW YORK, NY 10001

10925 RUTAN JR, W, 24506 FARMBROOK, SOUTHFIELD, MI 48034

10924 RUTGERS CENTER FOR LAW & JUSTICE, C/O THOMAS FIREPROOFING, NEW & WASHINGTON STREETS, NEWARK, NJ 07102

10924 RUTGERS STATE UNIV. OF NJ, DIST CONTROL INV. PROCESS, PISCATAWAY, NJ 08855

10924 RUTGERS STATE UNIVERSITY, RESEARCH GREENHOUSE, COOK CAMPUS, NEW BRUNSWICK, NJ 08903

10924 RUTGERS, STATE UNIVERSITY, BRETT & BOWSER RDS., PISCATAWAY, NJ 08855

10924 RUTGERS, STATE UNIVERSITY, P.O. BOX 909, PISCATAWAY, NJ 08855

10924 RUTGERS, STSTE UNVI., P O BOX 909 ATTN., PISCATAWAY, NJ 08855

10924 RUTGERS-THE STATE UNIVERSITY OF NJ, CAMBRIDGE, MA 02140

10925 RUTH A CAIRE, C/O OVERSEAS PLANNING & ADMIN, PO BOX 4704, HOUSTON, TX 77210-4704

10925 RUTH A WEHMEYER, 701 SOUTH LACEID STATION RD, APT G 01, WEBSTER GROVES, MO 63119-4951

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    RUTH A. KIMBELL LIVING TRUST, PO BOX 94903, WICHITA FALLS, TX 76308

10925    RUTH A. KIMBELL, PO BOX 94903, WICHITA FALLS, TX 76308

10925    RUTH ANN DYER, 7911 S E RAMONA, PORTLAND, OR 97206-5801

10925    RUTH B CUMMINS & KATHARINE E, 409 BROMLEY PL, APT C, WYCKOFF, NJ 07481-1568

10925    RUTH BJORK FISHER &, GERALD F FISHER JT TEN, 38 EAST 85TH ST APT 11A, NEW YORK, NY 10028-0905

10925    RUTH C CLEVES, 211 WATCH HILL RD, FT MITCHELL, KY 41011-1822

10925    RUTH C MULLEN, 227 ALLENBERRY CIRCLE, PITTSBURGH, PA 15234-1001

10925    RUTH C STIEF, 951 OLEANDER ST, LADY LAKE, FL 32159-2141

10925    RUTH C VARNER &, JAMES C VARNER JT TEN, 521 KEVIN LANE, GRAYSLAKE, IL 60030-1569

10925    RUTH CLINE ARNETT, 5089 GUERNSEY RD, PACE, FL 32571-8614

10925    RUTH CONNOLLY, 162 COLUMBINE LANE, MILFORD, PA 18337-7128

10925    RUTH D BOUSCHER, 3135 JOHNSON AVE APT 17-C, RIVERDALE, NY 10463-3552

10924    RUTH DRAIN & TILE INC., 4551 S. RUTH ROAD, RUTH, MI 48470

10924    RUTH DRAIN & TILE INC., 4551 SO.RUTH ROAD, RUTH, MI 48470

10925    RUTH E ALBRO, 820 WEST 9TH ST, WILMINGTON, DE 19801-1309

10925    RUTH E EHMANN, 509 RT 530 APT 236, WHITIND, NJ 08759-3148

10925    RUTH E FINLAYSON, RDI BOX 37, BEAR LAKE, PA 16402

10925    RUTH E FOLDEN TR UDT NOV 15 99, RUTH E FOLDEN TRUST, 102 BENTWOOD CIR, SPARTANBURG, SC 29307-2542

10925    RUTH E GOERTZ, 2345 HILDALE DR NW, DOVER, OH 44622-7447

10925    RUTH E GUNZENHAUSER, 325 FIRST AVE, LORDSHIP STRATFORD, CT 06497-7502

10925    RUTH E LANG, 1233 KENWICK ROAD, COLUMBUS, OH 43209-2934

10925    RUTH E MILLER TR UA DEC 12 80, THE RUTH E MILLER TR, 7650 S W 52ND AVE, WEST DES MOINES, IA 50265-8519

10925    RUTH E SEIDENBERG, 6 CLOVER ST, TENAFLY, NJ 07670-2804

10925    RUTH E SMITH &, AUDREY B DOVE JT TEN, 3422 VAN CAMPEN, FLINT, MI 48507-3349

10925    RUTH F SEAGER, 43 JAMESTOWN ST, RANDOLPH, NY 14772-1122

10925    RUTH FARLEY, 420 EAST 79TH ST BOX 20, NEW YORK, NY 10021-1472

10925    RUTH FELDMAN &, ARNOLD FELDMAN JT TEN, 6807 FIJI CIR, BOYNTON BEAC, FL 33437-7023

10925    RUTH H HUBBARD TR OF THE, RUTH H HUBBARD TR DTD SEP 21 76, 1610 STANLAKE DR, EAST LANSING, MI 48823-2018

10925    RUTH H SENKEL, PO BOX 62, BAY HEAD, NJ 08742-0062

10925    RUTH HARRIS, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    RUTH I GOLDEN &, DAVID L GOLDEN JT TEN, 40 COLORADO, HIGHLAND PARK, MI 48203-3302

10925    RUTH JANET DIAMOND, 117 34 PARK LA S, KEW GARDENS, NY 11418-1021

10925    RUTH JOHNSTON DAVIS, 307 CANTERBURY RD, WILSON, NC 27896-1306

10925    RUTH K ZEY & CARL P ZEY TR UA, AUG 18 77 RUTH K ZEY, 8331 ARDSLEY, ST LOUIS, MO 63121-4524

10925    RUTH KAWAGUCHI, 1639 SAMEDRA ST, SUNNYVALE, CA 94087-4160

10925    RUTH KRAMER PATEL, 10 GOULD RD, BEDFORD, MA 01730-1214

10925    RUTH L TIMKO, 621 SE 45 TERRACE, OCALA, FL 34471-3218

10925    RUTH LEVY, 7903 CORAL POINTE DR, DELRAY BEACH, FL 33446-3370

10925    RUTH LOEWENSTEIN, 63 60 98TH ST, REGO PARK, NY 11374-2238

10925    RUTH M RUPPE TR UA JUL 30 87, RUPPE 1987 FAMILY TRUST, 1373 COLINTON WAY, SUNNYVALE, CA 94087-3011

10925    RUTH M STAPLEY, 1808 EAGLE PT PO BOX 83, CLARKLAKE, MI 49234-9015

10925    RUTH MARMELSTEIN, 910 2ND ST, MATAMORAS, PA 18336-1024

10925    RUTH MARY CROWELL TR UA, MAY 17 89 SURVIVORS TRUST, THE NORTON B CROWELL & RUTH, MARY CROWELL TRUST, 13305 VILLAGE, CAMARILLO, CA 93012

10925    RUTH MELZIAN, C/O MOSS, 7908 E 119TH TERR, GRANDVIEW, MO 64030-1325

10925    RUTH MONTE, 3940 BARBERRY COURT, CUMMING, GA 30131

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | RUTH N EGGE TR UDT AUG 10 94, THE RUTH N EGGE TRUST, 1216 SANTANA COURT, PUNTA GORDA, FL 33950-6619 | |
| 10925 | RUTH RICHARDS TR UA OCT 30 96, RUTH RICHARDS TRUST, 200 N ARLINGTON HEIGHTS RD, APT 209, ARLINGTON HTS, IL 60004-6046 | |
| 10925 | RUTH ROWAN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | RUTH RUDO & MAURICE RUDO TR, UA AUG 24 99, THE RUTH RUDO REVOCABLE, LIVING TRUST, 6662 VILLA SONRISA DR APT 313, BOCA RATON, FL 33433-4016 | |
| 10925 | RUTH S CLEMENT TR UA OCT 29 85, RUTH S CLEMENT, 12555 CORNISH CT, ALPHARETTA, GA 30005-4392 | |
| 10925 | RUTH S MILLER & ELAINE S ZIMAN, TR UA JAN 9 91 MAURICE SCHOFER, GRANTOR MAURICE SCHOFER TRUST, 8145 SCOTT LEVEL ROAD, BALTIMORE, MD 21208-2227 | |
| 10925 | RUTH SWINDLER &, WILLIAM K SWINDLER JT TEN, 412 N LIBERTY, CHERRYVALE, KS 67335-1229 | |
| 10925 | RUTH T SCHWAGER TR, UA JAN 31 92, RUTH T SCHWAGER, 1817 LOGAN AVE, SLC, UT 84108-2631 | |
| 10925 | RUTH TESSEL, 132 CHICHESTER RD, JAMESBURG, NJ 08831-2651 | |
| 10925 | RUTH VAN S PECKMANN, 857 ANDORRA ROAD, PHILADELPHIA, PA 19118-4603 | |
| 10925 | RUTH W MYHRE, 17 SOUTH DR, EAST BRUNSWICK, NJ 08816-1131 | |
| 10925 | RUTH, BEATRICE, 2501 READING BLVD, WEST LAWN, PA 19609 | |
| 10925 | RUTH, GLENN, 113 N 5TH ST, HAMBURG, PA 19526 | |
| 10925 | RUTH, JAMES, 1011 PHILLIP POWERS DRIVE, 1, LAUREL, MD 20707 | |
| 10925 | RUTH, JEFFERY, 2437 DOWING DR., OWENSBORO, KY 42301 | |
| 10925 | RUTH, NANCY, RTE 3 BOX 27-A, BRUCETON MILLS, WV 26525 | |
| 10925 | RUTH, PHILLIP, 1700 WINNERS CIRCLE, LAWRENCEVILLE, GA 30243 | |
| 10925 | RUTH, SCOTT, ROUTE 2, BOX 32A, OVERTON, NE 68863 | |
| 10925 | RUTHE SHAFER, 33454 HUNTER AVE, WESTLAND, MI 48185-2846 | |
| 10925 | RUTHE, RICHARD, 435 N WINSTON DR, PALATINE, IL 60067 | |
| 10924 | RUTHERFORD COUNTY JAIL, 804 NEW SALEM HIGHWAY, MURFREESBORO, TN 37129 | |
| 10924 | RUTHERFORD ELEMENTARY SCHOOL, 8301 FURNESS DRIVE, EAGLE PASS, TX 78853 | |
| 10924 | RUTHERFORD PLASTERING - YARD, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90086 | |
| 10925 | RUTHERFORD, CYNTHIA, 25 WEST BANNISTER RD., KANSAS CITY, MO 64114 | |
| 10925 | RUTHERFORD, DOUGLAS, RT. 2, BOX 301, MANY, LA 71449 | |
| 10925 | RUTHERFORD, JAMES, HC62 BOX 67, MANY, LA 71449 | |
| 10925 | RUTHERFORD, MARK, 4704 9TH ST NW, WASHINGT, DC 20011-4544 | |
| 10925 | RUTHERFORD, MATT, 608 WIMBERLY DRIVE, GREENSBORO, NC 27410 | |
| 10925 | RUTHERFORD, MICHAEL, PO BOX 659, GLEN ALPINE, NC 28628-0659 | |
| 10925 | RUTHERFORD, MONICA, 1537 CUTHILL WAY, CASSELBERRY, FL 32707 | |
| 10925 | RUTHERFORD, RAYNELL, 13 S GORDON ST, PLANT CITY, FL 33566-5839 | |
| 10925 | RUTHERFORD, RUTH, 3891 VIRGINIA COURT, CINCINNATI, OH 45248 | |
| 10925 | RUTHERFORD, SARAH, 835 LINKSVIEW DR, SIMI VALLEY, CA 93065-6656 | |
| 10925 | RUTHERFORD, SHARON, 4711 N 7TH ST., FRESNO, CA 93726 | |
| 10925 | RUTHERFORD, TIMOTHY J, 3427 CULLEN LAKE SHORE DR, ORLANDO, FL 32812 | |
| 10925 | RUTHERFORD, TIMOTHY, 3427 CULLEN LAKE SHORE DRIVE, ORLANDO, FL 32812 | |
| 10925 | RUTHERFORD, VICTOR, PO BOX 2710, FLORIEN, LA 71429 | |
| 10924 | RUTHERFORD/CAL STATE NORTHRIDGE, C/O WESTWOOD BLDG. MTLS., NORTHRIDGE, CA 91324 | |
| 10924 | RUTHERFORD/CALVARAY CHAPEL, PACIFIC PALISADES, CA 90272 | |
| 10924 | RUTHERFORD/EARTHLINK, PASADENA, CA 91101 | |
| 10924 | RUTHERFORD/ENTREATMENT PROGRAM, NORWALK, CA 90650 | |
| 10924 | RUTHERFORD/HYATT REGENCY, C/O WESTSIDE, SANTA CLARITA, CA 91321 | |
| 10924 | RUTHERFORD/IMAX, @MAGIC MOUNTAIN, VALENCIA, CA 91354 | |
| 10924 | RUTHERFORD/JAPANESE-AMERICAN MUSEUM, ACOUSTICAL MAT'L SERVICES-ANAHEIM, LOS ANGELES, CA 90086 | |
| 10924 | RUTHERFORD/L.A. CITY HALL, LOS ANGELES, CA 90001 | |
| 10924 | RUTHERFORD/LAX, WESTCHESTER, CA 90045 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    RUTHERFORD/LOCKHEED PLANT B-1, C/O WESTSIDE BLDG. MTLS., BURBANK, CA 91501

10924    RUTHERFORD/LYNWOOD HIGH SCHOOL, C/O WESTSIDE BUILDING MATERIALS, LYNWOOD, CA 90262

10924    RUTHERFORD/MARBLE MANIA, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924    RUTHERFORD/SAN MARINO HIGH SCHOOL, 2701 HUNTINGTON DR., SAN MARINO, CA 91108

10924    RUTHERFORD/SAN PEDRO CITY HALL, WESTSIDE BUILDING MATERIALS, SAN PEDRO, CA 90731

10924    RUTHERFORD/SANTA MONICA COLLEGE, ACOUSTICAL MATERIAL SERVICES, SANTA MONICA, CA 90401

10924    RUTHERFORD/SANTA MONICA COLLEGE, SANTA MONICA, CA 90401

10924    RUTHERFORD/SINALOA JR HIGH SCHOOL, C/O OXNARD BUILDING MATERIALS, 601 1/2 ROYAL AVE., SIMI VALLEY, CA 93062

10924    RUTHERFORD/SOUTHWEST JUSTICE CENTER, 30755 AULD ROAD, MURRIETA, CA 92563

10924    RUTHERFORD/SUN RIDER, CALIFORNIA WHOLESALE MAT'L SUPPLY, CARSON, CA 90745

10924    RUTHERFORD/THEO LACY, ORANGE, CA 92866

10924    RUTHERFORD/UNIVERSAL STUDIOS, C/O WESTSIDE BLDG. MTLS., UNIVERSAL CITY, CA 91608

10924    RUTHERFORD/VERNON CITY HALL, VERNON, CA 90058

10924    RUTHERFORD/WEST ANGELES CATHEDRAL, CRENSHAW & EXPOSITION, LOS ANGELES, CA 90001

10924    RUTHERFORD/WEST L.A. AEROSPACE, C/O WESTSIDE BLDG. MTLS., LOS ANGELES, CA 90001

10924    RUTHERFORDTON HOSPITAL, 308 S. RIDGECREST AVE., RUTHERFORDTON, NC 28139

10924    RUTHERFORN/GLENDALE COLLEGE, C/O OXNARD BUILDING MATERIALS, 1500 VERDUGO, GLENDALE, CA 91201

10925    RUTHIE I STRAKA &, CANDY L STRAKA JT TEN, 666 IONE AVE NE, SPRING LAKE PARK, MN 55432-1145

10925    RUTIGLIANO, DOMENICO, 19 BAY 10TH ST, BROOKLYN, NY 11228

10924    RUTKOFSKE-NEAL INC., 34195 RIVIERA, FRASER, MI 48026

10925    RUTKOWSKI, ANITA, 110 WILTSHIRE DR, PITTSBURGH, PA 15241

10925    RUTKOWSKI, RICHARD, 3809 MANCHACA RD, AUSTIN, TX 78704-6727

10925    RUTKOWSKI, TAMARA, 510 LAKESHORE BLVD, WAUCONDA, IL 60084

10925    RUTLAND FIRE CLAY CO. INC., MORRISON MAHONEY & MILLER, 250 SUMMER ST, BOSTON, MA 02210

10925    RUTLAND FIRE CLAY COMPANY, 86 CENTER ST., RUTLAND, VT 05701-4019

10925    RUTLAND TOOL & SUPPLY CO INC, POBOX 997, WHITTIER, CA 90608

10925    RUTLAND, JR, E, 1055 DANTZLER ST. N.E., ORANGEBURG, SC 29115

10925    RUTLAND, TRUDY, RT. 2 SIMMONS RD., MACON, GA 31210

10925    RUTLEDGE, ANTHONY, 18604 GRUEBNER, DETROIT, MI 48234

10925    RUTLEDGE, BENJAMIN, 3856 HWY 81 EAST, MCDONOUGH, GA 30253

10925    RUTLEDGE, BIRGIT, 9119 SPRINGHILL LANE, 303, GREENBELT, MD 20770

10925    RUTLEDGE, BRENDA, 1538 RUTLEDGE RD, WEST MONROE, LA 71292

10925    RUTLEDGE, JEFFREY, 9264 PIRATES COVE, COLUMBIA, MD 21046

10925    RUTLEDGE, JULIE, 3833 PARKSIDE CIR, LAKE WORTH, FL 33461

10925    RUTLEDGE, MURRY, 5110 GREENBROOK LANE, LAKELAND, FL 33811-1618

10925    RUTLEDGE, STEVEN, PO BOX 342, RED OAK, OK 74563

10925    RUTLEDGE, TERRANCE, 110 COLES AVE, HACKENSACK, NC 28217

10925    RUTLEDGE, THOMAS, 405 KING LOUIS COURT, SEFFNER, FL 33584

10925    RUTLEDGE, VARIAN, PO BOX 8707, LAKELAND, FL 33806-8707

10925    RUTT, SUZANNE, 53 MELODY LANE, APPLE CREEK, OH 44606

10925    RUTTEN, ROBERT, N2951 N. 11TH ROAD, COLEMAN, WI 54112

10925    RUTTER, LEO, 2131 JEFFCOAT DRIVE, CRAIG,, CO 81625

10925    RUTTER, NANCY, 11317 WINSTON PLACE#7, NEWPORT NEWS, VA 23601

10925    RUTTER, PHILIP, 105 KRISTEN COURT PO BOX 6251, WHITE HOUSE, TN 37188

10925    RUTZEN, ANNE M, 4609 FERNHAM PLACE, RALEIGH, NC 27612-5612

10925    RUVALCABA, MARIO, 9256 WAKEFIELD AVE., 5, PANORAMA CITY, CA 91402

10925    RUWITCH, THOMAS, 1423 33RD ST NW, WASHINGTON, DC 20007

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   RUYLE, JR, J, 334 ORANGE ST., MEREDOSIA, IL 62665

10925   RUZGA, JOHN, 4001 PELHAM RD APT 84, GREER, SC 29650

10925   RUZICKA, BRIAN G, 1005 W 14TH, GRAND ISLAND, NE 68801

10925   RVL EQUIPMENT INC, 1565 W 34TH PLACE, HIALEAH, FL 33012

10925   RVL EQUIPMENT INC, 1565 WEST 34TH PLACE, HIALEAH, FL 33012

10925   RVS CONTROLS, 380 LAPP RD., MALVERN, PA 19355

10925   RVSM SEMINAR, 2551 RIVA ROAD, ANNAPOLIS, MD 21401-7465

10924   RW INDUSTRIAL PRODUCTS, 108 E. BLDGETT, CARLSBAD, NM 88220

10924   R-WAY CONCRETE, 103 N. 19TH STREET, ADEL, IA 50003

10924   R-WAY CONCRETE, P. O. 278, ADEL, IA 50003-0278

10925   RWJUH, PO BOX 23134, NEWARK, NJ 07189

10925   RYALL ELECTRIC SUPPLY (AD), 2013 N. SALT CREEK HIGHWAY, CASPER, WY 82601

10924   RYALL ELECTRIC SUPPLY (AD), 2221 S. HAVANA, AURORA, CO 80014

10924   RYALL ELECTRIC SUPPLY (AD), 2627 WEST 6TH AVENUE, DENVER, CO 80204

10924   RYALL ELECTRIC SUPPLY (AD), 500 NORTH LINK LANE, FORT COLLINS, CO 80524

10924   RYALL ELECTRIC SUPPLY (AD), 757 VALLEY COURT, GRAND JUNCTION, CO 81502

10925   RYALS, BILLY, 1176 J. B. HORNE RD., HATTIESBURG,, MS 39401

10925   RYALS, CHRISTINA, 521 DUN ROBIN DR, RAEFORD, NC 28376

10925   RYALS, JAMES, 1108 OLD 49E, HATTIESBURG, MS 39401

10925   RYALS, KENNETH, 139 MCLAURIN RD., HATTIESBURG, MS 39401

10925   RYALS, KENNETH, 139 MCLAURIN ROAD, HATTIESBURG, MS 39401

10925   RYALS, THOMAS, 3625 OLD MACON ROAD, DANVILLE, GA 31017

10925   RYAN A ROTHENBERGER CUSTODIAN, FOR RAY ROTHENBERGER UNDER THE, MISSOURI UNIF GIFTS TO, MIN LAW, BOX 111, REYNOLDS, IN 47980-0111

10924   RYAN BUILDING MATERIALS, 2075 N 13TH STREET, KANSAS CITY, KS 66104

10924   RYAN BUILDING MATERIALS, 2075 N. 13TH STREET, KANSAS CITY, KS 66104

10924   RYAN BUILDING MATERIALS, 24300 TELEGRAPH RD, SOUTHFIELD, MI 48034

10925   RYAN HEAPS, 21 OFFSPRING CT, PERRY HALL, MD 21128-9330

10925   RYAN III, PHILIP J, 121 MUIRFIELD DRIVE, SPARTANBURG, SC 29306

10925   RYAN INDUSTRIES, POBOX 201, ROY, UT 84067-0201

10925   RYAN INSTRUMENTS, 8801 148TH AVE NE, REDMOND, WA 98052

10925   RYAN INSTRUMENTS, PO BOX 599, REDMOND, WA 98073-0000

10925   RYAN M O CONNELL, 2700 NW 29TH DR, BOCA RATON, FL 33434-6038

10925   RYAN NIXON &, KATHRYN ROSE NIXON JT TEN, 8258 KIMBLE DR, PINCKNEY, MI 48169-9122

10924   RYAN REDI MIX, 34 BOZRAH ST., BOZRAH, CT 06334

10925   RYAN S HEAPS, 21 OFFSPRING CT, PERRY HALL, MD 21128-9330

10925   RYAN SCOTT HEAPS, 21 OFFSPRING CT, PERRY HALL, MD 21128-9330

10925   RYAN WILCOX, 13840 GREY COLT DR., NORTH POTOMAC, MD 20878

10925   RYAN, ANN, 308 1/2 FIRST AVE, BARABOO, WI 53913

10925   RYAN, BARBARA, 114 CORNELL AVE, BERKELEY HEIGHTS, NJ 07922-1944

10925   RYAN, BILLY, 2826 HILTON AVE., ASHLAND, KY 41101

10925   RYAN, BRUCE, 1401 NEWPORT BLVD, LEAGUE CITY, TX 77573

10925   RYAN, CHARLIE, 13611 W COUNTY 179, ODESSA, TX 79766

10925   RYAN, CHRISTINE, 470 SILVER ST, MANCHESTER, NH 03034

10925   RYAN, CONNIE, 4655 RAMBLEWOOD DRIVE, COLORADO SPRINGS, CO 80920

10925   RYAN, DALE, 115 DIXIELAND - 6, ROGERS, AR 72756-0000

10925   RYAN, DAN, 23-94 32ND ST, LIC, NY 11105

10925   RYAN, DANIEL, 10102 N CARROLLTON, INDIANAPOLIS, IN 46280

10925   RYAN, DEAN, 6114 OLD FARM HOUSE LANE, KATY, TX 77449

10925   RYAN, DEBORAH, 64 DAYTON CT., HACKETTSTOWN, NJ 07840

10925   RYAN, DEMETRIA, 411 BRENDA LN, CONROE, TX 77385

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | RYAN, DENNIS, RR #1, UNDERWOOD, IA 51576 | |
| 10925 | RYAN, DR. M.P., PRINCE CONSORT ROAD, LONDON, SW7 2BPUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | RYAN, EDITH, PO BOX 622, PALISADES, NY 10964-0622 | |
| 10925 | RYAN, ELIZABETH, 406 CATHERINE MCCAULEY APT. 6108, KNOXVILLE, TN 37919 | |
| 10925 | RYAN, ESTHER, 121-20 149TH AVE, S OZONE PARK, NY 11420-9998 | |
| 10925 | RYAN, FRANK L, 4617 HALLMARK DRIVE, DALLAS, TX 75229 | |
| 10925 | RYAN, FRANK, 4617 HALLMARK DR, DALLAS, TX 75229 | |
| 10925 | RYAN, HELEN, 226 MELROSE ST, MELROSE, MA 02176 | |
| 10925 | RYAN, J. WILLIAM, 3315 FOX RIDGE DRIVE, WAUKESHA, WI 53189-6807 | |
| 10925 | RYAN, JACK, PO BOX 622, PALISADES, NY 10964 | |
| 10925 | RYAN, JENNIFER, 1312 RARITAN AVE, MANVILLE, NJ 08835 | |
| 10925 | RYAN, JEREMIAH, 4900 HAMPTON ROAD, NORTH LITTLE ROCK, AR 72116 | |
| 10925 | RYAN, JIM, JAMES R THOMPSON CTR, 100 W RANDOLPH ST, CHICAGO, IL 60601 | |
| 10925 | RYAN, JOANNE, 4406 DEKALB AVE, JACKSONVILLE, FL 32207 | |
| 10925 | RYAN, JOHN, 6022 BLACKHAWK TR., MABLETON, GA 30059 | |
| 10925 | RYAN, KATHLEEN, 22 ALDRICH RD., W. BRIDGEWATER, MA 02379 | |
| 10925 | RYAN, KERRY ANN, 12 EVERGREEN AVE, SOMERVILLE, MA 02145 | |
| 10925 | RYAN, LISA, 7253 CHEROKEE TR W., THEODORE, AL 36582 | |
| 10925 | RYAN, MAE BETH, 67 WEST BAY DR, NARRAGANSETT RI, RI 02882 | |
| 10925 | RYAN, MARIA, 187 GARTH ROAD, 4A, SCARSDALE, NY 10583 | |
| 10925 | RYAN, MARLENE, 4720 SANDPEBBLE TRAC, STUART, FL 34996 | |
| 10925 | RYAN, MARY, 1640 OAKLEY AVE, FT.MYERS, FL 33901-8553 | |
| 10925 | RYAN, MARY, 274 BROADWAY, ARLINGTON, MA 02174 | |
| 10925 | RYAN, MATTHEW, 8607 RIGGS ROAD, ADELPHI, MD 20783 | |
| 10925 | RYAN, MICHAEL, 139 NORTH MULBERRY ST, STATESVILLE, NC 28677 | |
| 10925 | RYAN, NORMA, 336 PATTON AVE, WINTERSVILLE, WV 43952 | |
| 10925 | RYAN, PATRICIA, 156 PARK AVE, YONKERS, NY 10703-1402 | |
| 10925 | RYAN, PHILIP J, PO BOX 464, DUNCAN, SC 29334 | |
| 10925 | RYAN, PHILIP, 121 MUIRFIELD DR, SPARTANBURG, SC 29306 | |
| 10925 | RYAN, RHEBA, 1401 SATURN, MEXICO, MO 65265 | |
| 10925 | RYAN, RICHARD, 47 WINTHROP ST, #2, DEDHAM, MA 02026 | |
| 10925 | RYAN, RUTH, 250 EAST 63RD ST, NEW YORK, NY 10021-7661 | |
| 10925 | RYAN, TIMOTHY, 24 LEXINGTON DRIVE, SHREWSBURY, PA 17361 | |
| 10925 | RYAN, VERONICA, RT 6 BOX 805 E, ALVIN, TX 77511 | |
| 10925 | RYAN-HERCO, POBOX 588, BURBANK, CA 91503 | |
| 10925 | RYAN'S (TILCON CONN.), 909 FOXON, NORTH BRANFORD, CT 06471 | |
| 10925 | RYANS EXPRESS, INC, 11714 BRIARWOOD LANE, BURR RIDGE, IL 60525 | |
| 10924 | RYANS FAMILY STEAK HOUSE, 4500 FREDRICKA STREET, OWENSBORO, KY 42303 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, BOAZ, AL 35957 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, CARROLLTON, GA 30117 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, CULLMAN, AL 35055 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, DALTON, GA 30721 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, GOLDSBORO, NC 27534 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, LAUREL, MS 39440 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, LAURENS, SC 29360 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, LINCOLNTON, NC 28092 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, MARTINSVILLE, VA 24112 | |
| 10924 | RYAN'S FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, NATCHITOCHES, LA 71457 | |
| 10924 | RYANS FAMILY STEAK HOUSE, C/O CAROLINA INSULATION, PALESTINE, TX 75801 | |
| 10924 | RYAN'S FAMILY STEAK HOUSE, EAST ANDREW JOHNSON HIGHWAY, GREENEVILLE, TN 37745 | |
| 10925 | RYANS NOTES, ONE 5TH AVE., PELHAM, NY 10803-1501 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | RYAN'S READY MIX, 710 NEW LONDON TURNPIKE, NORWICH, CT 06360 | |
| 10924 | RYAN'S STEAK HOUSE, EAST ANDREW JOHNSON HIGHWAY, GREENEVILLE, TN 37745 | |
| 10925 | RYANS, ANTHONY, 3 SAN JOSE CR, WINTER PARK, FL 32792 | |
| 10925 | RYANS, JOSSIE, 1319 MIAMI ST, SOUTH BEND, IN 46618-1012 | |
| 10925 | RYAN-SCHUTT, MICHELLE, 4225 JUNIOR TRC, CORPUS CHRISTI, TX 78412 | |
| 10925 | RYBKA, ROBERT, PO BOX 818, HIDALGO, TX 78557 | |
| 10925 | RYBOLT, RICHARD, PO BOX 350, HOUMA, LA 70361 | |
| 10925 | RYCA CONSTRUCTION, 3377 DEER VALLEY RD, ANTIOCH, CA 94509 | |
| 10925 | RYCO PACKAGING CORP, PO BOX 87-3650, KANSAS CITY, MO 64187-3650 | |
| 10925 | RYDEN, DANNY, 348 CALVER DR., EL CENTRO, CA 92243 | |
| 10924 | RYDER CO. INC., THE, 5810 N. HOUSTON-ROSSLYN ROAD, HOUSTON, TX 77091 | |
| 10925 | RYDER COFFEE SERVICE, 23 DRAPER ST, WOBURN, MA 01801-4521 | |
| 10924 | RYDER COMPANY, 5810 N HOUSTON-ROSSLYN RD, HOUSTON, TX 77091 | |
| 10925 | RYDER DISTRIBUTING RESOURCES, ALAN PAPPAS, 5540 BROADWAY AVE, JACKSONVILLE, FL 32254 | |
| 10925 | RYDER STUDENT TRANSPORTATION, 333 MAIN DUNSTABLE ROAD, NASHUA, NH 03062 | |
| 10925 | RYDER SYSTEM INC, M ANTHONY BURNS CHM & CEO, 3600 NW 82 AVE, MIAMI, FL 33166 | |
| 10925 | RYDER TRANSPOSATION SERVICES, PO BOX 96723, CHICAGO, IL 60693 | |
| 10925 | RYDER TRANSPORTATION SERVICES, 11200 HEMPSTEAD HWY, HOUSTON, TX 77092 | |
| 10925 | RYDER TRANSPORTATION SERVICES, ALPHARETTA, GA 30202 | |
| 10925 | RYDER TRANSPORTATION SERVICES, PO BOX 402366, ATLANTA, GA 30384-2366 | |
| 10925 | RYDER TRANSPORTATION SERVICES, PO BOX 96723, CHICAGO, IL 60693 | |
| 10925 | RYDER TRANSPORTATION SERVICES, PO BOX 96723, CHICAGO, IL 60693-6723 | |
| 10925 | RYDER TRANSPORTATION SERVICES, POBOX 96723, CHICAGO, IL 60693 | |
| 10925 | RYDER TRS INC, PO BOX 7247-7864, PHILADELPHIA, PA 19170-0400 | |
| 10925 | RYDER TRUCK LINES, INC, PO BOX 2408 A, JACKSONVILLE, FL 32203 | |
| 10925 | RYDER TRUCK RENTAL INC, 650 COMMERCIAL AVE, CARLSTADT, NJ 07072 | |
| 10925 | RYDER TRUCK RENTAL INC, DIANE H HULL, 3600 NW 82 AVE, MIAMI, FL 33166 | |
| 10925 | RYDER TRUCK RENTAL INC, FILE 96723 PO BOX 1067, CHARLOTTE, NC 28201-1067 | |
| 10925 | RYDER TRUCK RENTAL INC, PO BOX 32907, COLUMBUS, OH 43232 | |
| 10925 | RYDER TRUCK RENTAL INC., PO BOX 380, BELTSVILLE, MD 20704-0380 | |
| 10925 | RYDER TRUCK RENTAL INC., PO BOX 672348, MARIETTA, GA 30067-0040 | |
| 10925 | RYDER TRUCK RENTAL, 2952 STRICKLAND ROAD, JACKSONVILLE, FL 32258-8073 | |
| 10925 | RYDER TRUCK RENTAL, 826 N. POINT RD., BALTIMORE, MD 21237 | |
| 10925 | RYDER TRUCK RENTAL, INC, 15000 K COMMERCE PKWY., MOUNT LAUREL, NJ 08054 | |
| 10925 | RYDER TRUCK RENTAL, INC, 5 INDUSTRIAL WAY, UNIT 4, SALEM, NH 03079 | |
| 10925 | RYDER, ALFRED, 109 PLAIN ROAD, WESTFORD, MA 01886-1868 | |
| 10925 | RYDER, JULIE, 307 NW 14TH AVE, GAINESVILLE, FL 32601 | |
| 10925 | RYDER, WILLIAM, 6-C DOMESSINA LANE, CALDWELL, NJ 07006 | |
| 10925 | RYDL, DAVID, ROUTE 2 BOX 191 A, ANITA, IA 50020 | |
| 10925 | RYDL, JOAN, R R 2, BOX 40, ANITA, IA 50020 | |
| 10925 | RYDZFSKI, LISA, LOT 210, PITTSTON, PA 18640 | |
| 10925 | RYDZIK, CHRIS, 225 SPORT HILL ROAD, EASTON, CT 06612 | |
| 10924 | RYE COUNTRY DAY SCHOOL, CEDAR STREET, RYE, NY 10580 | |
| 10925 | RYE, HENRY, 910 STRATFORD, WICHITA FALLS, TX 76304 | |
| 10925 | RYE, JEANNE, 504 N BELMONT BOX 295, PETROLIA, TX 76366 | |
| 10925 | RYE, JIMMY, BOX 295, PETROLIA, TX 76377 | |
| 10925 | RYE, KATHRYN, RT 3 BOX 238-A2, WILLIS, TX 77378 | |
| 10925 | RYE, MELISSA, 926 GROSSE RD, LITTLE SUAMICO, WI 54141 | |
| 10925 | RYERSON TULL, INC, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | RYGG, JAMES, 11436 RED CEDAR DR, SAN DIEGO, CA 92131 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 RYGWALSKI, BERNARD, 21 E. CENTRE ST., BALTIMORE, MD 21202

10925 RYKARD PROFESSIONAL LAND SURVEYING, 207 CHURCH ST, LAURENS, SC 29360

10924 RYKERS ISLAND, C/O TRUE FIREPROOFING, WALTERBORO, SC 29488

10924 RYLAND, 59 N. LESLIE ROAD, NORTH EAST, MD 21901

10925 RYLAND, DORIS, 509 N. BRUNSWICH AVE, SOUTH HILL, VA 23970

10925 RYLEY CARLOCK & APPLEWHITE PA, 101 NORTH FIRST AVE, PHOENIX, AZ 85003-1973

10924 RYMAN AUDITORIUM, 116 5TH AVE. NORTH, NASHVILLE, TN 37219

10925 RYMAN, JOLENE, 4406 BARNDALE CT, GREENSBORO, NC 27410

10925 RYMZO, ALICIA, 754 43RD ST, BROOKLYN, NY 11232-3915

10925 RYNAS, EDWARD, 3470 CARPENTER ROAD, YPSILANTI, MI 48197

10925 RYNKIEWICZ, JOHN P, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925 RYNKIEWICZ, JOHN, 9710 STARLING ROAD, ELLICOTT CITY, MD 21042

10925 RYNONE, STEWART, 20791 PUG GAYER RD WC371, FAYETTEVILLE, AR 72703

10925 RYOBI MOTOR PRODUCTS CORP, ROBERT A BUGOS RYOBI NA INC, PO BOX 1207, ANDERSON, SC 29622-1207

10925 RYTEL, SOPHIA, 440 OLD JACKS RUN RD, IRWIN, PA 15642

10924 RYT-WAY INDUSTRIES, 21850 GRANADA AVENUE, LAKEVILLE, MN 55044

10924 RYT-WAY INDUSTRIES, 21855 CEDAR AVE. SOUTH, LAKEVILLE, MN 55044

10925 RZEMEK JR, JOSEPH, 17606 GOLF CLUB DR, CROSBY, TX 77532

10925 RZONCA, MARY, 1847 S CUYLER AVE, BERWYN, IL 60402

10925 S - F ANALYTICAL LABORATORIES, 6125 WEST NATIONAL AVE, MILWAUKEE, WI 53214

10925 S & A ENGINE SALES & SERVICE, 1513 OLYMPIC BLVD., MONTEBELLO, CA 90640-5092

10924 S & A SUPPLY, 1131 EAST STREET, PITTSFIELD, MA 01201

10924 S & A SUPPLY, 20 MAPLE AVENUE, GREAT BARRINGTON, MA 01230

10924 S & B CONCRETE, 200 COAL STREET, RATON, NM 87740

10924 S & B READY MIX, INC., 2205 WHEELER AVE, FORT SMITH, AR 72901

10924 S & B READY MIX, INC., P.O. BOX 575, FORT SMITH, AR 72901

10925 S & B TRUCK SERVICE, POBOX 59551, RENTON, WA 98058

10924 S & D EQUIPMENT & SUPPLY, 2186 DELHI NE, HOLT, MI 48842

10924 S & D EQUIPMENT & SUPPLY, P O BOX 250, HOLT, MI 48842

10924 S & D EQUIPMENT & SUPPLY, PO BOX 250, HOLT, MI 48842

10924 S & D RUBBER COMPANY, KING STREET, HANOVER, MA 02339

10924 S & D RUBBER, KING STREET - I, HANOVER, MA 02339

10925 S & G CONCRETE CO., 2110 PHILADELPHIA ROAD, EDGEWOOD, MD 21040

10925 S & G CONCRETE CO., PO BOX 79686, BALTIMORE, MD 21279-0686

10925 S & G PACKAGING, LLC, BOX 93400, CHICAGO, IL 60673

10924 S & G PRESTRESS, 2295 BURNETT ROAD, WILMINGTON, NC 28405

10924 S & G PRESTRESS, ATTN:  ACCOUNTS PAYABLE, WILMINGTON, NC 28402

10924 S & H CONCRETE CO., 2600 WEST UNION, ENGLEWOOD, CO 80110

10924 S & H R/M-USE #241464, 4800 BRIGHTON BLVD., DENVER, CO 80216

10924 S & H READY MIX, 2600 W. UNION, ENGLEWOOD, CO 80110

10924 S & H READY MIX, 2600 WEST UNION, ENGLEWOOD, CO 80110

10924 S & H READY MIX, 4800 BRIGHTON BLVD, DENVER, CO 80216

10924 S & H READY MIX, 7200 COLORADO BLVD., COMMERCE CITY, CO 80022

10924 S & K PRODUCTS INTERNATIONAL, 80 RED SCHOOLHOUSE RD. #102, SPRING VALLEY, NY 10977

10924 S & K PRODUCTS INTERNATIONAL, 80 RED SCHOOLHOUSE ROAD, SPRING VALLEY, NY 10977

10924 S & L GRAND INC., 721 BREA CANYON ROAD, SUITE 8, WALNUT, CA 91789

10924 S & M SUPPLY CO INC, 2140 AMNICOLA HWY, CHATTANOOGA, TN 37406

10925 S & ME, INC, 155 TRADD ST., SPARTANBURG, SC 29301

10925 S & P FLEX CIRCUITS, 235 NUGGET AVE #21, SCARBOROUGH, ON M1S 3L3CANADA            *VIA Deutsche Post*

10924 S & R COMMUNICATIONS INC., ATTN: DAN, 2238A W BLUEMOUND ROAD, WAUKESHA, WI 53186

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | S & R READY MIX INC, 206 N. JONES, NORTON, KS 67654 | |
| 10924 | S & R READY MIX INC, P O BOX 467, NORTON, KS 67654 | |
| 10924 | S & R READY MIX INC, PO BOX467, NORTON, KS 67654 | |
| 10924 | S & S CONSTR. & POOLS, 41 OXFORD STATE RD, MIDDLETOWN, OH 45044 | |
| 10925 | S & S DELICATESSEN, 1334 CAMBRIDGE ST, CAMBRIDGE, MA 02139 | |
| 10924 | S & S DELIVERY - SPRAYCRAFT, 821 MELBOURNE STREET, CINCINNATI, OH 45229 | |
| 10924 | S & S PRECAST INC, P.O.BOX 138, WINAMAC, IN 46976 | |
| 10924 | S & S PRECAST, INC, 440 FITZ INDUSTRIAL PARK, WINAMAC, IN 46996 | |
| 10924 | S & S PRECAST, INC, PO BOX 138, WINAMAC, IN 46976 | |
| 10925 | S & S PUMPING SERVICE, 351 GRANT ST, BLAIR, NE 68008 | |
| 10925 | S & S RESTAURANT, 1334 CAMBRIDGE ST, CAMBRIDGE, MA 02139 | |
| 10925 | S & S TROPHY MFG, INC, 437 E ATLANTIC BLVD, POMPANO BEACH, FL 33060 | |
| 10924 | S & S WAREHOUSE - SPRAYCRAFT, MAYERSON DEVELOPMENT CENTER, CINCINNATI, OH 45237 | |
| 10924 | S & S WAREHOUSE C/O SPRAY CRAFT, 949 LAIDLAW AVE., CINCINNATI, OH 45237 | |
| 10924 | S & S WAREHOUSE-SPRAY CRAFT, 820 MELBOURNE, CINCINNATI, OH 45229 | |
| 10924 | S & S WHOLESALE ROOFING CO., 1225 5TH STREET EXT., HOQUIAM, WA 98550 | |
| 10924 | S & S WHOLESALE ROOFING SUPPLY, PO BOX717, HOQUIAM, WA 98550 | |
| 10924 | S & W # 2 HOG SLAT PLANT, 1000-A WARSAW HIGHWAY, CLINTON, NC 28328 | |
| 10925 | S & W GREENHOUSE, HWY 42 EAST, CARROLLTON, KY 41008 | |
| 10924 | S & W READY MIX CONCRETE CO, 1820 TERMINAL DRIVE, WILMINGTON, NC 28401 | |
| 10924 | S & W READY MIX CONCRETE CO, 2210 MONROE STREET, WILMINGTON, NC 28402 | |
| 10924 | S & W READY MIX CONCRETE CO, INC., ATTN: BOBBIE SHAW-ACCOUNTS PAYABLE, CLINTON, NC 28329 | |
| 10924 | S & W READY MIX CONCRETE CO, P O BOX 872, CLINTON, NC 28328 | |
| 10924 | S & W READY MIX CONCRETE CO., 5312 HOLLY SHELTER RD., CASTLE HAYNE, NC 28429 | |
| 10924 | S & W READY MIX CONCRETE, 1040 READY MIX RD., LITTLE RIVER, SC 29566 | |
| 10924 | S & W READY MIX CONCRETE, 1309 S. REILEY RD., FAYETTEVILLE, NC 28303 | |
| 10924 | S & W READY MIX CONCRETE, 1395 TURKEY HIGHWAY, CLINTON, NC 28328 | |
| 10924 | S & W READY MIX CONCRETE, 1460 MERCER MILL RD., ELIZABETHTOWN, NC 28337 | |
| 10924 | S & W READY MIX CONCRETE, 1460 MERCER MILL/BROWN MARSH, ELIZABETHTOWN, NC 28337 | |
| 10924 | S & W READY MIX CONCRETE, 24 E THOMPSON STREET, JACKSONVILLE, NC 28540 | |
| 10924 | S & W READY MIX CONCRETE, 3592 JAMES B WHITE HIGHWAY NORTH, HWY 701 N, WHITEVILLE, NC 28472 | |
| 10924 | S & W READY MIX CONCRETE, 404 HWY 13, NEWTON GROVE, NC 28366 | |
| 10924 | S & W READY MIX CONCRETE, 8484 GONZALES BLVD., CAMP LEJEUNE, NC 28547 | |
| 10924 | S & W READY MIX CONCRETE, ATTN: BOBBIE SHAW-ACCOUNTS PAYABLE, CLINTON, NC 28329 | |
| 10924 | S & W READY MIX CONCRETE, BRYANT SWAMP ROAD, BLADENBORO, NC 28320 | |
| 10924 | S & W READY MIX CONCRETE, HWY 111 SOUTH, GOLDSBORO, NC 27530 | |
| 10924 | S & W READY MIX CONCRETE, HWY 117 NORTH, WARSAW, NC 28398 | |
| 10924 | S & W READY MIX CONCRETE, HWY 117 SOUTH, BURGAW, NC 28425 | |
| 10924 | S & W READY MIX CONCRETE, HWY 117/ACROSS RR TRACK, WALLACE, NC 28466 | |
| 10924 | S & W READY MIX CONCRETE, HWY 17 N, NEW BERN, NC 28560 | |
| 10924 | S & W READY MIX CONCRETE, HWY. 50 WEST, HOLLY RIDGE, NC 28445 | |
| 10925 | S A COMMUNICATIONS, 4633 INGRAHAM ST, SAN DIEGO, CA 92109 | |
| 10925 | S A HASSON, 5210 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | S AND M RENTALS, PO BOX 6451, PHOENIX, AZ 85005 | |
| 10924 | S AND S DELIVERY, C/O SPRAYCRAFT INC., CINCINNATI, OH 45229 | |
| 10925 | S BALTIMORE EMERGENCY RELIEF, INC, 110 E. WEST ST., BALTIMORE, MD 21230 | |
| 10925 | S BRIEN, WILLIAM, 888 OLD CONN PATH, FRAMINGHAM, MA 01701 | |
| 10925 | S C IGNAZZITTO, 7105 S E 84TH, PORTLAND, OR 97266-5834 | |
| 10925 | S C OCCUPATIONAL SAFETY COUNCIL, PO BOX 61044, COLUMBIA, SC 29260-1044 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | S C STATE TRANSPORT POLICE, POBOX 211849, COLUMBIA, SC 29221-6849 | |
| 10924 | S D DECON, CLAYTON COATINGS, HILLSBORO, OR 97123 | |
| 10924 | S D IRELAND CONC CONST, 100 GROVE STREET, BURLINGTON, VT 05403 | |
| 10924 | S D IRELAND CONC CONST, P O BOX 2286, SOUTH BURLINGTON, VT 05403 | |
| 10925 | S D MYERS, PO BOX 931012-N, CLEVELAND, OH 44193-0343 | |
| 10925 | S DAVID ADLER, 128 MAIN ST, NEWTON, NJ 07860-2038 | |
| 10925 | S E ENVIRONMENTAL CONSULTANTS INC, 7060 TAFT ST, HOLLYWOOD, FL 33024 | |
| 10925 | S F G & S INVESTMENT CORP, 17 NORTH MAIN ST, SUITE 25, CENTERVILLE, OH 45459-4686 | |
| 10925 | S FREEDMAN & SONS INC, PO BOX 1418, LANDOVER, MD 20785-0418 | |
| 10924 | S GARTNER & COMPANY INC, P O BOX 2204, JACKSONVILLE, FL 32203 | |
| 10925 | S H BROTHERTON, 1211 ST LUKE DR SUITE 113, SPENCER, IA 51301-0000 | |
| 10925 | S HENRY GIARDINA, 893 PONTALBA ST, NEW ORLEANS, LA 70124-2761 | |
| 10925 | S J MARTENET & CO INC, 1114 ST PAUL ST, BALTIMORE, MD 21202 | |
| 10925 | S JOSEPH ROSENBAUM &, RUTH ROSENBAUM TEN ENT, 712 LEAFYDALE TERR, PIKESVILLE, MD 21208-4609 | |
| 10925 | S K DIETZ, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10925 | S K DONOUAN, 125 CENTRAL AVE APT B-11, RYE, NY 10580-1647 | |
| 10924 | S K M METERED CONCRETE ., 7220 S O'BRIEN ST, TAMPA, FL 33616 | |
| 10924 | S K M METERED CONCRETE, 7220 S O'BRIEN ST, TAMPA, FL 33616 | |
| 10924 | S KAY POOLS, 2901 OLD HWY. 94 S, SAINT PETERS, MO 63376 | |
| 10925 | S L G PROCESSING, INC, PO BOX15097, FERNANDINA BEACH, FL 32035 | |
| 10925 | S LATHAN RODDEY III, BOX 850, SUMTER, SC 29151-0850 | |
| 10925 | S M LORUSSO & SONS INC, POBOX 230, WALPOLE, MA 02081 | |
| 10924 | S M WILSON  BLDG.450 BALLAS RD., 450 BALLAS RD., SAINT LOUIS, MO 63122 | |
| 10925 | S P & A CORPORATION, C/O THOMAS A WHITE, 706 A W FLORIDA, GREENSBORO, NC 27406 | |
| 10925 | S P WOLOHAN, 1 SPENCER RD, LANGLEY, SLOUGH BERCKS, SL38RSUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | S ROBERT MONEY & LAVONNE E, MONEY JT TEN, 1534 THOMB POINT DR, FORT PIERCE, FL 34949-3567 | |
| 10925 | S ROBERT WINSTANLEY, 2419 GENEVA AVE, PO BOX 917, GLENSIDE, PA 19038-0917 | |
| 10925 | S S O E, INC, 1001 MADISON AVE, TOLEDO, OH 43624-1585 | |
| 10925 | S SIRI, 4010 NW 69TH ST, GAINESVILLE, FL 32606-4214 | |
| 10924 | S T GRISWOLD & COMPANY INC., GRISWOLD INDUSTRIAL PK., WILLISTON, VT 05495 | |
| 10924 | S T GRISWOLD & COMPANY INC., PO  BOX 849, WILLISTON, VT 05495 | |
| 10925 | S T P, PO BOX 1352, BENSALEM, PA 19020 | |
| 10925 | S THOMAS AMORE &, MARGARET E AMORE JT TEN, 804 FOREST HILLS BLVD, DURHAM, NC 27707-1804 | |
| 10925 | S W HOWELL ENGINEERING, POBOX 22, ODESSA, TX 79760 | |
| 10925 | S WARREN METCALF, 1185 PARK AVE APT 9A, NEW YORK, NY 10128-1310 | |
| 10924 | S&B READY MIX INC., P.O. BOX 575, FORT SMITH, AR 72901 | |
| 10925 | S&D ENVIRONMENTAL SERVICES INC, TWO GOURMET LANE, EDISON, NJ 08837 | |
| 10924 | S&E BUILDING MATERIALS CO,INC, 744 MACDONALD AVENUE, BROOKLYN, NY 11218 | |
| 10924 | S&G ELECTRICAL SUPPLY, 2970 N STATE HWY 3, NORTH VERNON, IN 47265 | |
| 10925 | S&H ERECTORS, INC, 8427 HIXSON PIKE, HIXSON, TN 37343 | |
| 10924 | S&H POOLS, 3500 BETHANY CHURCH ROAD, CLAREMONT, NC 28610 | |
| 10925 | S&K /AIR POWER, 3510 CALUMET AVE., HAMMOND, IN 46320 | |
| 10925 | S&L BUSINESS PRODUCTS, 2301 NW 33RD COURT, POMPANO BEACH, FL 33069 | |
| 10925 | S&M ROTOGRAVURE SERVICE INC, PAUL M PETERSON, 2650 S 166TH ST, PO BOX 51226, NEW BERLIN, WI 53151-0226 | |
| 10925 | S&R EQUIPMENT CO, INC, PO BOX 240, PERRYSBURG, OH 43552 | |
| 10924 | S&S CONSTRUCTION & POOLS, 41 OXFORD STATE ROAD, MIDDLETOWN, OH 45044 | |
| 10924 | S&S CONSTRUCTION & POOLS, CAMBRIDGE, MA 02140 | |
| 10924 | S&S DELIVERY & WAREHOUSE, 820 MELBOURNE AVE, CINCINNATI, OH 45229 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | S&S FLUID POWER INC, POBOX 5467, VILLA PARK, CA 92867 | |
| 10925 | S&S TOOLS & INDUSERVE SUPPLY, 840 PROVIDENCE RD., SCRANTON, PA 18508 | |
| 10925 | S&W ENGINES, INC, PO BOX 920904, HOUSTON, TX 77292-0904 | |
| 10925 | S&W GREENHOUSE, HWY. 42 EAST, CARROLLTON, KY 41008 | |
| 10924 | S&W GREENHOUSE, P.O BOX 313, CARROLLTON, KY 41008 | |
| 10924 | S&W READY MIX CONCRETE, 150 LANDFILL DRIVE, SUPPLY, NC 28462 | |
| 10924 | S&W READY MIX CONCRETE, HWY. 72, 400 S. ROBERTS AVE., LUMBERTON, NC 28359 | |
| 10925 | S. B FOOT TANNING CO, 805 BENCH ST, RED WING, MN 55066-9550 | |
| 10925 | S. BALTIMORE EMERGENCY PHYSICIANS, PO BOX 63048, BALTIMORE, MD 21263 | |
| 10924 | S. CARNAVALE FIREPROOFING CORP, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | S. CARNEVALE FIREPROOFING CORP., 718 RENNIE STREET, TRENTON, NJ 08610 | |
| 10924 | S. CARNEVALE FIREPROOFING, 523 BRUNSWICK PIKE, LAMBERTVILLE, NJ 08530 | |
| 10925 | S. CAROLINA D.H.E.C., PO BOX 100103, COLUMBIA, SC 29202-3103 | |
| 10925 | S. CAROLINA DEPT. OF MOTOR VEHICLES, RICHLAND AVE., AIKEN, SC 29801 | |
| 10925 | S. CAROLINA ELECT. & GAS, PO BOX 75702, CHARLOTTE, NC 28275 | |
| 10925 | S. CAROLINA TRACTOR & EQUIP. CO., PO BOX 9068, COLUMBIA, SC 29290 | |
| 10925 | S. CENTRAL REGIONAL WATER QUALITY, PO BOX 630, HOUMA, LA 70361 | |
| 10924 | S. D. WARREN ALABAMA, 200 BAY BRIDGE ROAD, MOBILE, AL 36610 | |
| 10924 | S. D. WARREN ALABAMA, PO BOX 2907, MOBILE, AL 36652-2907 | |
| 10924 | S. D. WARREN COMPANY, PO BOX 2907, MOBILE, AL 36652-2907 | |
| 10924 | S. E. SMITH & SONS, 704 6TH STREET, SAINT PAUL, NE 68873 | |
| 10924 | S. E. SMITH & SONS, PO BOX67, SAINT PAUL, NE 68873 | |
| 10924 | S. GARTNER & SONS, 1249 W. DUVAL ST., JACKSONVILLE, FL 32204 | |
| 10924 | S. GARTNER & SONS, P O BOX 2204, JACKSONVILLE, FL 32203 | |
| 10925 | S. I. GUTTMAN LTD, 51-A ESNA PARK DR, UNIONVILLE, ON L3R1C9CANADA | *VIA Deutsche Post* |
| 10925 | S. L. LANE, 7813 OVERHILL RD., GLEN BURNIE, MD 21061 | |
| 10925 | S. SHORE HARBOUR RESORT, AND CONFERENCE CNTR., LEAGUE CITY, TX 77573 | |
| 10924 | S. T. GRISWOLD & CO., DO NOT USE THIS NUMBER SEE 234731, 200 N. WOODFORD, WILLISTON, VT 05495 | |
| 10924 | S. T. GRISWOLD & CO., INC., STAFFORD AVENUE, MORRISVILLE, VT 05661 | |
| 10924 | S. T. GRISWOLD & CO., MONTPELIER, VT 05602 | |
| 10924 | S. T. GRISWOLD & CO., RT. 7, SWANTON, VT 05488 | |
| 10924 | S.A. HEALY COMPANY, 4405 WORCOLA STREET, DALLAS, TX 75206 | |
| 10924 | S.A. HEALY COMPANY, 4405 WORCOLA, DALLAS, TX 75206 | |
| 10924 | S.A. HEALY COMPANY, DART PROJECT, DALLAS, TX 75206 | |
| 10925 | S.A.H. PARTNERSHIP, BEHROOZ ANVARY, 19675 MULFIELD CIRCLE, SHERWOOD, MN 55331 | |
| 10924 | S.A.S INC., 2435 N. INDIAN HILL BOULEVARD, CLAREMONT, CA 91711 | |
| 10924 | S.A.S INC., SUITE 21, 1302 MONTE VISTA AVENUE, UPLAND, CA 91786 | |
| 10925 | S.B.I.M.A.P., PO BOX 3476, BALTIMORE, MD 21225-0476 | |
| 10925 | S.C. CHAMBER OF COMMERCE, PO BOX 11827, COLUMBIA, SC 29211-1827 | |
| 10925 | S.C. DEPT OF REVENUE, POBOX 125, COLUMBIA, SC 29214-0213 | |
| 10925 | S.C. ETV COMMISSION, PO BOX 11000, COLUMBIA, SC 29211-1000 | |
| 10925 | S.C. HISTORY, COLUMBIA, SC 29200 | |
| 10924 | S.C. PRESTRESSS, HWY. 52 (SOUTH CITY LIMITS), LAKE CITY, SC 29560 | |
| 10925 | S.C. TRUCKING ASSOC., PO BOX 50166, COLUMBIA, SC 29250 | |
| 10924 | S.D. IRELAND CONC CONST., P.O. BOX 2286, SOUTH BURLINGTON, VT 05403 | |
| 10925 | S.D. MYERS, 2008 CAROLINA PLACE, FORT MILL, SC 29715 | |
| 10924 | S.D. MYERS, INC., 180 SOUTH AVENUE, TALLMADGE, OH 44278 | |
| 10924 | S.D. WARREN, 89 CUMBERLAND STREET, WESTBROOK, ME 04092 | |
| 10924 | S.D. WARREN, PO BOX 5000, WESTBROOK, ME 04098 | |
| 10925 | S.E. FL. POLICE FIREARMS TRNG, 1651 OAK BERRY CIRCLE, WELLINGTON, FL 33414 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | S.E.A. CORPORATION, 514 N ACADEMY ST, LINCOLNTON, NC 28092-2825 | |
| 10924 | S.E.SMITH & SONS, PO BOX67, SAINT PAUL, NE 68873 | |
| 10924 | S.K.C., # 11 S.K.C. DRIVE, COVINGTON, GA 30014 | |
| 10924 | S.M.W. SEIKO INC., 111 BROADWAY STE 300, OAKLAND, CA 94607-3730 | |
| 10924 | S.O.S. DATA, INC., 123 CAROL STREET, CLIFTON, NJ 07014 | |
| 10924 | S.P. MILLING/GOLETA, 50 SOUTH KELLOGG, GOLETA, CA 93117 | |
| 10924 | S.P. MILLING/LOMPOC, 2537 WEST CENTRAL BLVD, LOMPOC, CA 93438 | |
| 10924 | S.P. MILLING/SAMRON CONSTRUCTION, 5555 VINEYARD, OXNARD, CA 93030 | |
| 10924 | S.R.D. INC., C/O PEOPLES FIRST BANK, LYNN HAVEN, FL 32444 | |
| 10925 | S.S. OH, 639 KOJAN-DONG NAMDONG KU, INCHON CITY, SOUTH KOREA | *VIA Deutsche Post* |
| 10924 | S.T. GRISWOLD & CO INC., GRISWOLD INDUSTRIAL PARK, WILLISTON, VT 05495 | |
| 10924 | S.T. WOOTEN CORP., 280 VFW ROAD, SWANSBORO, NC 28584 | |
| 10924 | S.T. WOOTEN CORP., 614 PARK AVENUE, WILSON, NC 27894-2408 | |
| 10924 | S.T.WOOTEN CORP., 117 STARLING ROAD, HUBERT, NC 28539 | |
| 10925 | S.V. BABU, PO BOX 5705 CAMP BLDG, POTSDAM, NY 13699 | |
| 10925 | S.W. BETZ, 2239 KIRK AVE, BALTIMORE, MD 21218 | |
| 10925 | S.W. BETZ, 2239 KIRK AVE, BALTIMORE, MD 21218-6295 | |
| 10924 | S.W.A. CONSTRUCTION, 2823 E. MAIN ST., RICHMOND, VA 23283 | |
| 10925 | S.W.A.P., PO BOX 11584, CHATTANOOGA, TN 37401 | |
| 10925 | S.W.I.C. LTD, PO BOX 970817, DALLAS, TX 75397 | |
| 10924 | S44073 DFAS, DFAS-CO-LSCAC, PO BOX 182317, COLUMBUS, OH 43218-6231 | |
| 10925 | SAAD, CECELIA, 223 SLAB BRIDGE RD, ASSONET, MA 02702 | |
| 10925 | SAADE LLORENS, MARIEN, 1676 CHIHUAHUA ST, RIO PIEDRAS, PR 00926 | |
| 10925 | SAAGER, CAROL, 306 N FRANKLIN, POYNETTE, WI 53955 | |
| 10925 | SAARI, ALBERT, 1800 SOUTH DR, LAKW WORTH, FL 33461-6133 | |
| 10925 | SAARI, KEVIN, 631 W BRIAR LN APT 203, GREEN BAY, WI 54301 | |
| 10925 | SAATHOFF, MELINDA, 1919 BROOKDALE RD, NAPERVILLE, IL 60563 | |
| 10924 | SAATICHEM, 901 BUSINESS CENTER DRIVE, MOUNT PROSPECT, IL 60056 | |
| 10925 | SAAVEDRA, ALFREDO, 1126 WEST ORCHARD ST, MILWAUKEE, WI 53204 | |
| 10925 | SABA & CO, PO BOX 1222, DUBAI, UNITED ARAB EMIRATES | *VIA Deutsche Post* |
| 10925 | SABA & CO, SHEIKH RASHED BLDG, 2ND FL, FLAT NO 201 MAKTOUM ST, DEIRA, UNITED ARAB EMIRATES | *VIA Deutsche Post* |
| 10925 | SABA & CO., PO BOX 11-9420, BEIRUT, 99999LEBANON | *VIA Deutsche Post* |
| 10925 | SABADISH, RONALD, 2889 JOYCE ROAD, ROSLYN, PA 19001 | |
| 10925 | SABALOT, DEBORAH A, 24 HARVESTERS, JERSEY FARM, ST ALBANS HERTS, AL4 9QUUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SABANDO, AMARILIS, 212-66 16 AVE, BAY TERRACE, NY 11360 | |
| 10925 | SABARRE, JESSAMINE, 1832 APEX AVE, LOS ANGELES, CA 90026 | |
| 10925 | SABATES, RODOLFO, 940 N W 127 PL, MIAMI, FL 33182 | |
| 10925 | SABATINO, COSMO, 7 IDAL ST, PEPPERELL, MA 01463 | |
| 10925 | SABATINO, SCOTT, 253 CABOT ST, NEWTON, MA 02160 | |
| 10925 | SABBAG, MICHAEL, 41 GLEN MEADOW ROAD, FRANKLIN, MA 02038 | |
| 10925 | SABBATH, DENNIS, 850 EAST BONNEVILLE AVE, LAS VEGAS, NV 89101 | |
| 10925 | SA-BE ENTERPRISES, 4745 POPLAR AVE, MEMPHIS, TN 38117 | |
| 10925 | SABEDRA, JR, 2704 VAN ST. # 10, ODESSA, TX 79763 | |
| 10925 | SABENS, L, 501 N. CAUBLE ST, SALEM, IN 47167 | |
| 10925 | SABENS, MAGOLINE, GRANDVIEW MANOR, SALEM, IN 47167 | |
| 10925 | SABIK, JR, EDWARD, 503 LINCOLN BLVD FL#3, MIDDLESEX, NJ 08846 | |
| 10925 | SABIN, WILLIAM, 20777 SONRISA WAY, BOCA RATON, FL 33433 | |
| 10925 | SABINA, BRIAN, 1513 W SOUTHGATE, FULLERTON, CA 92633 | |
| 10925 | SABINA, TINAMARIE, 831 SLEEPY HOLLOW RD, PITTSBURGH, PA 15234 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SABINE POOLS OF LAKE CHARLES, CAMBRIDGE, MA 02140

10925   SABLAN, WILLIAM, 2566 N. BUENA VISTA ST., BURBANK, CA 91504

10925   SABLE GROUP, INC, THE, PO BOX 1036, WESTON, CT 06883

10925   SABLE, JOHN, 5668 GEN. HAIG, NEW ORLEANS, LA 70124

10925   SABLICH-LARREA, ENRIQUE, CALLE GALEANO 117, ST DESURCO, LIMA 33 PERU, PERU          *VIA Deutsche Post*

10925   SABO, DENNIS, 9076 0.5 LANE, GLADSTONE, MI 49837

10925   SABO, LOUIS, 22 KENT LANE, GREENVILLE, SC 29609-4915

10925   SABO, MAUREEN, 2 LAFAYETTE COURT, NORTH BRUNSWICK, NJ 08902

10925   SABOL, ANNE, 8 SHAW AVE, BRIDGEWATER, NJ 08807

10925   SABOL, KENDRA, 5503 W CINNABAR, GLENDALE, AZ 85302

10925   SABOL, MARC, 902 NORTH 95TH #305, SEATTLE, WA 98103

10925   SABOL, MARY, 5311 EMORY DRIVE, ZEPHYRHILLS, FL 33543-4603

10925   SABORL, CAROL, 1010 HUFF AVE, MANVILLE, NJ 08835

10925   SABOURIN, JOSEPH, 34 FRANKLIN PLACE, GREAT NECK, NY 11023-1229

10924   SABOYD ENTERPRISES INC., PO BOX4787, BRYAN, TX 77805

10925   SABULSKY, CLAUDIA, 704 MIDDLETON AVE, CARY, NC 27513

10925   SABUR, ATIYYATUS, 276 LANANSDOWNE AVE., SPRINGFIELD, OH 45506

10925   SAC SERVICES, PO BOX 690228, HOUSTON, TX 77269-0228

10925   SACCAMAGO, JOCELYN, 107 BARLEY SHEAF DR, NORRISTOWN, PA 19403

10925   SACCAMAGO, ROBERT, 107 BARLEY SHEAF, NORRISTOWN, PA 19403

10925   SACCO MID STATES, 7501 W INDUSTRIAL DR, FOREST PARK, IL 60130

10925   SACCO MID STATES, 7501 W. INDUSTRIAL DR., FOREST PARK, IL 60130

10925   SACCO, FAYE, 354 CHICKASAW DR, WESTMINISTER, SC 29693

10925   SACCO, JAMES, 10 WINTER ST., SAUGUS, MA 01906

10925   SACCO, MARGARET, 1903 BRIGADOON LANE, NEW CASTLE, PA 16101

10925   SACCO, STEVEN, 3725 NORTH NORDICA, CHICAGO, IL 60634

10925   SACCO, WILLIAM, 1903 BRIGADOON LANE, NEW CASTLE, PA 16101

10925   SACCOLITI, LYNN, 2273 S. YOSEMITE CIR, DENVER, CO 80231

10925   SACCUZZO, RONALD, 8 MUSE TER, SALEM, NH 03079

10925   SACHEM, INC, 821 EAST WOODWARD, AUSTIN, TX 78704

10925   SACHS NUNN KATES KADUSHIN OHARE HE, 28 N. SAGINAW, SUITE 1200, PONTIAC, MI 48342

10925   SACHS, JANET, 1396 SUMMIT ROAD, BERKELEY, CA 94708

10925   SACHS, ROBERTA, 12030 GROVE RD, MINOOKA, IL 60447

10924   SACHSE HIGH SCHOOL, 4901 MILES ROAD, SACHSE, TX 75048

10925   SACK, WILLIAM R, 6051 W 65TH ST., BEDFORD PARK, IL 60638

10925   SACK, WILLIAM, 13441 AVE K, CHICAGO, IL 60633

10925   SACKETT, MOLLIE, RT 6 BOX 236D, MORGANTOWN, WV 26505

10925   SACKMAN, SUZANNE, 849 BUTTONWOOD CIR, NAPERVILLE, IL 60540

10925   SACKRISON, SUSAN, 1456 WESTGATE DR, BETHLEHEM, PA 18017

10924   SACKS FREEMAN ASSOCIATES, 1316 WEST ST. PAUL AVENUE, MILWAUKEE, WI 53233

10924   SACKS FREEMAN ASSOCIATES, 1401 MCCORMICK DRIVE, HYATTSVILLE, MD 20785

10925   SACKS JT TEN, KENNETH & VELMA ANN, 11758 E TERRA DR, SCOTTSDALE, AZ 85259-5902

10925   SACKS, IRVING, 6 HORIZON ROAD APT. 410, FT. LEE, NJ 07024-6605

10925   SACKVILLE CONCRETE LTD, 17 ESTATE DR, LR. SACKVILLE, NS B4C 3Z2CANADA          *VIA Deutsche Post*

10925   SACMI IMOLA, VIA SELICE PROVINCIALE 17/A, IMOLA, MI 40026

10925   SACMI IMOLA, VIA SELICE PROVINCIALE, IMOLA BO, 40026ITALY          *VIA Deutsche Post*

10925   SACMI USA,LDT, PO BOX 7858, DES MOINES, IA 50322

10925   SACMI, USA, 3434 106TH CIRCLE, DES MOINES, IA 50322

10924   SACO BRICK COMPANY, 102 INDUSTRIAL PARK, SACO, ME 04072

10924   SACO BRICK COMPANY, 159 NORTH STREET, SACO, ME 04072

10924   SACO BRICK COMPANY, P.O. BOX 447, SACO, ME 04072

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SACO BRICK, 159 NORTH ST, SACO, ME 04072

10924   SACRAMENTO B, 2100 Q STREET, SACRAMENTO, CA 94203

10925   SACRAMENTO BUILDERS, 1331 T ST, SACRAMENTO, CA 95814

10925   SACRAMENTO CHAPTER CSI, 4132 BOONE LANE, SACRAMENTO, CA 95821

10924   SACRAMENTO CONVENTION CENTER, FREDERICK MEISWINKLE, SACRAMENTO, CA 94203

10925   SACRAMENTO COUNTY TAX COLLECTOR, 700 H ST ROOM 1710, SACRAMENTO, CA 95814

10924   SACRAMENTO CTY MAIN JAIL, 6511 I ST/, SACRAMENTO, CA 95814

10924   SACRAMENTO INSULATION, 12937 POMERADO RD., POWAY, CA 92064

10924   SACRAMENTO INSULATION, 411 GLIDE AVE., WEST SACRAMENTO, CA 95691

10925   SACRAMENTO OCC MED GROUP, 5501 POWER INN ROAD #140, SACRAMENTO, CA 95820-6753

10924   SACRAMENTO STUCCO, 860 RISKE LANE, WEST SACRAMENTO, CA 95691

10924   SACRAMENTO STUCCO, P O BOX 1166, WEST SACRAMENTO, CA 95691

10924   SACRAMENTO STUCCO/BOGER BILES, C/O SACRAMENTO STUCCO, WEST SACRAMENTO, CA 95691

10924   SACRAMENTO STUCCO/IRVIN CO., SACRAMETO STUCCO, SACRAMENTO, CA 94203

10925   SACRED HEART CHURCH, 280 EAST FAIRMOUNT, LAKEWOOD, NY 14750

10924   SACRED HEART CONVENT OF SPRINGFIELD, 1237 W. MONROE, SPRINGFIELD, IL 62704

10924   SACRED HEART HIGH SCHOOL, SAN FRANCISCO, CA 94101

10925   SACRED HEART HOSPITAL, KITCH DRUTCHAS WAGNER ET AL, 31555 W FOURTEEN MILE RD # 3, FARMINGTON HILLS, MI 48334

10924   SACRED HEART, 2678 QUEENSTOWN RD., ALTON, AL 35015

10924   SACRED HEART, 5151 PARK AVE, FAIRFIELD, CT 06432

10925   SADA MORENO, VIA MONTE GRAPPA 7, RHO MI, 20017ITALY     *VIA Deutsche Post*

10925   SADBERRY, MARI, 107 S.LAMAR, WEATHERFORD, TX 76086

10924   SADDLE BROOK APTS, 10900 S. PENNSYLVANIA AVE., OKLAHOMA CITY, OK 73170

10925   SADDLE BROOK CONTROLS, 280 MIDLAND AVE, SADDLE BROOK, NJ 07663

10924   SADDLEBACK WATER PROOFING, 4901 MORENA BLVD SUITE 801, SAN DIEGO, CA 92117

10924   SADDLELITE WAGGERING, VERSATILE COATINGS, GLENDALE, CA 91201

10925   SADDLER, TONY, 14525 NW 13TH AVE, MIAMI, FL 33167

10925   S-ADDO, ROSEMOND, 590 READING AVE, READING, PA 19611

10925   SADER, MARY, 915 32ND TERRACE, HUTCHINSON, KS 67502

10925   SADIE ROSARIA DISALVO TAINTER TR, UA APR 21 83 FBO, SADIE ROSARIA DISALVO TAINTER, 216 DISALVO AVE, SAN JOSE, CA 95128-1601

10925   SADLER JR, JOHN T, 1511 W JOPPA RD, TOWSON, MD 21204-3621

10925   SADLER JR, JOHN, 1511 W JOPPA RD, TOWSON, MD 21204-3621

10924   SADLER MATERIALS CORP, 4606 BAINBRIDGE BLVD., CHESAPEAKE, VA 23320

10924   SADLER MATERIALS CORP., 4606 BAINBRIDGE BLVD, CHESAPEAKE, VA 23320

10924   SADLER MATERIALS CORP., 4606 BAINBRIDGE BLVD., CHESAPEAKE, VA 23320

10924   SADLER MATERIALS CORP., 5899 FERRY RD., VIRGINIA BEACH, VA 23455

10924   SADLER SAND & GRAVEL, P.O. BOX 1135, BOWIE, TX 76230

10925   SADLER, ANTONIO, 2823 31ST SE #498B, WASHINGTON, DC 20020

10925   SADLER, CHARLIE, 3184 PINEY GROVE CH RD, LITTLETON, NC 27850

10925   SADLER, DONNIE, PO BOX 1056, QUINCY, FL 32351

10925   SADLER, JUDITH, 1328 FIRST ST, SPARKS, NV 89431

10925   SADLER, MICHAEL, 22701 MODESTO, MISSION VIEJO, CA 92691-0000

10925   SADLER, NANETTE, YORK SC, SC 29745

10925   SADLER, ROBERT, 2075 CLINGAN DRIVE, 52, CLEVELAND, TN 37311

10925   SADLER, STEVEN, 9537 NE 9TH, BONDURANT, IA 50035

10925   SAE CIRCUITS, 4820 N 63RD ST, BOULDER, CO 80301

10925   SAE INTERNATIONAL, POBOX 79572, BALTIMORE, MD 21279-0572

10925   SAE, PO BOX 641000, PITTSBURGH, PA 15264-1000

10924   SAEG ENGINEERING GROUP LLC, 8012 NW 68TH STREET, MIAMI, FL 33165-2781

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 SAEGER MACHINE INC, NANCY J SAEGER PRES, 531 OLD SKIPPACK ROAD, HARLEYSVILLE, PA 19438

10925 SAEGER, KARIN, 3965 WILLOW CREEK, MOOR PARK, CA 93021

10925 SAEKS, JOEL, 438 COURT ST, BROOKLYN, NY 11231

10925 SAENZ JR., EMILIO, 2920 LEBANON, EL PASO, TX 79930

10925 SAENZ JR., JAVIER, 1813 AGARITO, ALICE, TX 78332

10925 SAENZ, EDIEL, ROUTE 1 BOX 20, SANTA ELENA, TX 78591

10925 SAENZ, EVARISTO, 604 DENVER, WICHITA FALLS, TX 76301

10925 SAENZ, JOE, PO BOX 79, FALFURRIAS, TX 78355

10925 SAENZ, JOHN, 5827 NW LOOP 410, SAN ANTONIO, TX 78238

10925 SAENZ, ROGER, 6022 CENTURY, SAN ANTONIO, TX 78242

10925 SAEY, JOSEPH K., 105 FERROL RD, ST AUGUSTINE, FL 32095

10925 SAF BULK CHEMICALS, 980 SOUTH SECOND ST, RONKONKOMA, NY 11779

10925 SAFE BUILDINGS ALLIANCE, 655 15TH ST NW SUITE 1200, WASHINGTON, DC 20005

10925 SAFE BUILDINGS ALLIANCE, 655 15TH ST NW, WASHINGTON, DC 20005

10924 SAFE CLEANUP SOLUTIONS INC, 61 WARREN AV, MARSHFIELD, MA 02050

10924 SAFECO AT SUGAR LOAF, 2055 SUGAR LOAF CIRCLE, DULUTH, GA 30097

10925 SAFECO CREDIT CO., PO BOX 34490, SEATTLE, WA 98124-1490

10924 SAFECO ELECTRIC SUPPLY, 301 TOLAND ST, SAN FRANCISCO, CA 94124

10924 SAFECO ELECTRIC SUPPLY, 301 TOLAND STRRET, SAN FRANCISCO, CA 94124

10925 SAFECO INC, DEPT 888102, KNOXVILLE, TN 37995-8102

10925 SAFECO INC, PO BOX 879, MOUNT LAUREL, NJ 08054

10925 SAFECO INC., DEPT 688102, KNOXVILLE, TN 37955-8102

10925 SAFECO INC., PO BOX 5530, MIAMI LAKES, FL 33014

10925 SAFEEIA AZAM, 5245 NW 54TH ST, COCONUT CREEK, FL 33073

10925 SAFEEIA AZAM, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 SAFEGUARD BUSINESS SYSTEM, 14661 FRANKLIN AVE, TUSTIN, CA 92681

10925 SAFEGUARD BUSINESS SYSTEM, POBOX 1749, FORT WASHINGTON, PA 19034

10925 SAFEGUARD BUSINESS SYSTEMS INC, PO BOX 2045, TUSTIN, CA 92781

10925 SAFEGUARD SAFETY SHOES, 1505 ASHEVILLE HWY, SPARTANBURG, SC 29303

10925 SAFELINE LEASING, SAFECO PLAZA, BLDG. A, SEATTLE, WA 98185

10925 SAFELITE GLASS CORP, DEPT 1826, COLUMBUS, OH 43271-1826

10925 SAFEMATE ANTISLIP LTD., BANKSHEAD AVE, BUCKSBURN, DYCE ABERDEEN, AB21 9ETUNITED KINGDOM    *VIA Deutsche Post*

10924 SAFESKIN CORPORATION USA, 12671 HIGH BLUFF DRIVE, SAN DIEGO, CA 92130

10924 SAFESKIN CORPORATION, 12671 HIGH BLUFF DRIVE BLDG B, SAN DIEGO, CA 92130

10925 SAFETRAN SYSTEMS CORP, 10655 7TH ST, CUCAMONGA, CA 91730

10925 SAFETRAN SYSTEMS, 9271 ARROW HWY, CUCAMONGA, CA 91730

10924 SAFETY & ENVIRONMENTAL RESOURCES, ATT: NEIL, 502 E. MARION ST., MISHAWAKA, IN 46545

10924 SAFETY & ENVIRONMENTAL RESOURCES, PO BOX1308, MISHAWAKA, IN 46546-1308

10925 SAFETY ADVANTAGE, 5906 DELORIS, HOUSTON, TX 77057

10925 SAFETY ADVANTAGE,LLC, 5906 DOLORES SUITE 250, HOUSTON, TX 77057

10925 SAFETY ANSWERS INC, 21046 HAZLENUT, PLAINFIELD, IL 60544

10925 SAFETY ANSWERS INC., 21046 HAZLENUT, PLAINFIELD, IL 60544

10925 SAFETY BRAKE SALES, 2430 HWY. 90 EAST, LAKE CHARLES, LA 70601

10925 SAFETY CHECK, 33 E. MINOR ST, EMMAUS, PA 18098

10925 SAFETY CONCEPTS, 5241 N 17TH ST, OZARK, MO 65721

10925 SAFETY CONSULTING ENGINEERS INC, 2131 HAMMOND DRIVE, SCHAUMBURG, IL 60173

10925 SAFETY CONSULTING ENGINEERS, INC, 2131 HAMMOND DR., SCHAUMBURG, IL 60173

10925 SAFETY COUNCIL OF MARYLAND, INC, RUTHERFORD BUSINESS CTR., 17 GOVERNORS CT., BALTIMORE, MD 21207

10925 SAFETY COUNCIL OF S.W. LA., 1021 RYAN ST., LAKE CHARLES, LA 70601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SAFETY COUNCIL-SOUTHWEST LA., 1201 RYAN ST @ CLARENCE, LAKE CHARLES, LA 70601 | |
| 10925 | SAFETY ENGINEERING SOCIETY SWLA, 1201 RYAN ST @ CLARENCE, LAKE CHARLES, LA 70601 | |
| 10924 | SAFETY ENVIRONMENTAL CONTROL, 1 HILLDALE AVENUE, PLAISTOW, NH 03865 | |
| 10924 | SAFETY ENVIRONMENTAL CONTROL, 1530 WHIPPLE RD., UNION CITY, CA 94587 | |
| 10924 | SAFETY ENVIRONMENTAL CONTROL, 23 HORNE STREET, DOVER, NH 03820 | |
| 10924 | SAFETY ENVIRONMENTAL CONTROL, P.O. BOX 382, KEENE, NH 03431 | |
| 10925 | SAFETY EYEGLASS STORE, 1609 CENTER, DEER PARK, TX 77536 | |
| 10925 | SAFETY GUARD, 205 HUEHL RD, NORTHBROOK, IL 60062 | |
| 10925 | SAFETY HARBOR RESORT & SPA, 105 NORTH BAYSHORE DRIVE, SAFETY HARBOR, FL 34695 | |
| 10924 | SAFETY HEADQUARTERS, INC., 1120 COMMONS BLVD., READING, PA 19605 | |
| 10925 | SAFETY HOUSE - L.C. PIPE & SUPPLY, 2010 ENTERPRISE BLVD, LAKE CHARLES, LA 70601 | |
| 10925 | SAFETY HOUSE, 2010 ENTERPRISE BLVD., LAKE CHARLES, LA 70601 | |
| 10924 | SAFETY KLEEN CORP, 221 SUTTON STREET, NORTH ANDOVER, MA 01845 | |
| 10925 | SAFETY KLEEN CORP, PO BOX 11393, COLUMBIA, SC 29211 | |
| 10924 | SAFETY KLEEN CORP., CAMBRIDGE, MA 99999 | |
| 10924 | SAFETY KLEEN CORP., HIGHWAY 2, KILOMETER 51, MANATI, PR 674PUERTO RICO | *VIA Deutsche Post* |
| 10924 | SAFETY KLEEN CORP./DIP, 208 WATLINGTON INDUSTRIAL DRIVE, REIDSVILLE, NC 27320 | |
| 10924 | SAFETY KLEEN CORP./DIP, 2815 OLD GREENBRIER PIKE, GREENBRIER, TN 37073 | |
| 10924 | SAFETY KLEEN CORP./DIP, 301 RAILROAD AVE., ROEBUCK, SC 29376 | |
| 10924 | SAFETY KLEEN CORP./DIP, 4475 DORT HWY., BURTON, MI 48529 | |
| 10924 | SAFETY KLEEN CORP./DIP, ATT: RICK CHAPMAN, 3200 KANAWHA TURNPIKE, SOUTH CHARLESTON, WV 25303 | |
| 10924 | SAFETY KLEEN, 10720 REDWOOD AVE., FONTANA, CA 92335 | |
| 10924 | SAFETY KLEEN, 117 FRONTAGE ROAD NORTH, PACIFIC, WA 98047 | |
| 10924 | SAFETY KLEEN, 11727 ARCH ST., LITTLE ROCK, AR 72206 | |
| 10924 | SAFETY KLEEN, 1347 A TRADEWINDS CIRCLE, WEST SACRAMENTO, CA 95691 | |
| 10924 | SAFETY KLEEN, 1820 E. 48TH, LOS ANGELES, CA 90058 | |
| 10924 | SAFETY KLEEN, 201 LASALLE, CAPE GIRARDEAU, MO 63701 | |
| 10924 | SAFETY KLEEN, 2875 RESERVOIR ST., POMONA, CA 91766 | |
| 10924 | SAFETY KLEEN, 4526 TOWNE COURT, SAINT CHARLES, MO 63304 | |
| 10924 | SAFETY KLEEN, 5756 ALVA ST., LOS ANGELES, CA 90058 | |
| 10924 | SAFETY KLEEN, 7217 AIRWAYS, SOUTHAVEN, MS 38671 | |
| 10924 | SAFETY KLEEN, 9317 WOODEND ROAD, EDWARDSVILLE, KS 66111 | |
| 10925 | SAFETY KLEEN, CALL BOX 31098, MANATI, PR 00674PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SAFETY KLEEN, INC, PO BOX 905258, CHARLOTTE, NC 28290-5258 | |
| 10925 | SAFETY KLEEN, PO BOX 12349, COLUMBIA, SC 29211-2349 | |
| 10924 | SAFETY KLEEN, PO BOX 787, BUTTONWILLOW, CA 93206 | |
| 10924 | SAFETY KLEEN, PO BOX1098, MANATI, PR 701PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SAFETY KLEEN, POBOX 13592, NEWARK, NJ 07188-0592 | |
| 10924 | SAFETY KLEEN, SUITE 390, 1 MID RIVERS MALL DR., SAINT PETERS, MO 63376 | |
| 10925 | SAFETY MANAGEMENT COUNCIL, 2200 MILL ROAD, ALEXANDRIA, VA 22314-4677 | |
| 10925 | SAFETY PERFORMANCE SOLUTIONS, 1007 N. MAIN ST., BLACKSBURG, VA 24060 | |
| 10924 | SAFETY SERVICES, 5085 KENDRICK CT. SE, GRAND RAPIDS, MI 49512-9649 | |
| 10924 | SAFETY SERVICES, 5286 WYNN RD., KALAMAZOO, MI 49003 | |
| 10924 | SAFETY SERVICES, P.O. BOX 3539, KALAMAZOO, MI 49003-3539 | |
| 10925 | SAFETY SHOE DIST OF OKI, INC, 41 TECHVIEW DR., CINCINNATI, OH 45215 | |
| 10925 | SAFETY SHOE DISTRIBUTORS, 501 W 172ND ST, SOUTH HOLLAND, IL 60473-2757 | |
| 10925 | SAFETY SHOE DISTRIBUTORS, 9330 LAWNDALE, HOUSTON, TX 77012 | |
| 10925 | SAFETY SHORT PRODUCTION INC, 2960 NORTH 23RD ST, LA PORTE, TX 77571-3182 | |
| 10925 | SAFETY SHORT PRODUCTION, INC, 2960 NORTH 23RD ST, LA PORTE, TX 77571-3182 | |
| 10925 | SAFETY SIGN COMPANY, PO BOX 360500, CLEVELAND, OH 44136-0009 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SAFETY SOLUTIONS, PO BOX 9055, DUBLIN, OH 43017-0955 | |
| 10925 | SAFETY SOURCE - NORTHEAST, POBOX 532, STURBRIDGE, MA 01566-0532 | |
| 10924 | SAFETY STORE, 2007 AUSTIN STREET, MIDLAND, MA 48642 | |
| 10925 | SAFETY STRAGEGY INC, PO BOX 1579, MANCHESTER, MA 01944 | |
| 10925 | SAFETY SUPPLIES & SERVICE INC, 3420 10TH AVE NO, BIRMINGHAM, AL 35234 | |
| 10924 | SAFETY SUPPLY CANADA, 90 WEST BEAVER CREEK RD., CANADA, L4B 1E7, ON X0X 0X0TORONTO | *VIA Deutsche Post* |
| 10925 | SAFETY SUPPLY ILLINOIS, 695 SUNDOWN ROAD, SOUTH ELGIN, IL 60177-9905 | |
| 10925 | SAFETY SYSTEM INC, 1682 SHELBY OAKS DR STE 8, MEMPHIS, TN 38134 | |
| 10924 | SAFETY TODAY ROMULUS, 6999 METROPLEX DR, ROMULUS, MI 48174 | |
| 10924 | SAFETY TODAY, 4020 BUSINESS PARK DRIVE, COLUMBUS, OH 43204 | |
| 10924 | SAFETY USA, 4914 PFLAUM RD. #3, MADISON, WI 53718 | |
| 10925 | SAFETY WEAR, LTD, PO BOX 2904, ORANGE, TX 77631-2904 | |
| 10925 | SAFETYINFO.COM, PO BOX 477, GUNTERSVILLE, AL 35976 | |
| 10925 | SAFETY-KLEEN (DEER PARK) INC, PO BOX 609, DEER PARK, TX 77536 | |
| 10925 | SAFETY-KLEEN (LONE & GRASSY MTN), PO BOX 13618, NEWARK, NJ 07188-0618 | |
| 10925 | SAFETY-KLEEN (TG) INC, 3527 WHISKEY BOTTOM ROAD, LAUREL, MD 20724 | |
| 10925 | SAFETY-KLEEN (TS) INC., SAFETY-KLEEN CORPORATION, 1301 GENVAIS ST SUITE 300, COLUMBIA, SC 29201 | |
| 10925 | SAFETY-KLEEN CORP, PO BOX 12349, COLUMBIA, SC 29211-2349 | |
| 10925 | SAFETY-KLEEN CORP, POBOX 12349, COLUMBIA, SC 29211-2349 | |
| 10924 | SAFETY-KLEEN CORP., 13925 CENTER AVE., DOLTON, IL 60419 | |
| 10924 | SAFETY-KLEEN CORP., 2 N.E. 9TH ST., OKLAHOMA CITY, OK 73104 | |
| 10925 | SAFETY-KLEEN CORP., 2801 S. TEJON, ENGLEWOOD, CO 80110 | |
| 10925 | SAFETY-KLEEN CORP., 3304 WOMACK RD., ORANGE, TX 77630 | |
| 10924 | SAFETY-KLEEN CORP., MID OHIO INDUSTRIAL PARK BLDG. 10, 2041 JAMES PARKWAY, HEATH, OH 43056 | |
| 10925 | SAFETY-KLEEN CORP., PO BOX 12349, COLUMBIA, SC 29211-2349 | |
| 10924 | SAFETY-KLEEN CORP., PO BOX11393, COLUMBIA, SC 29211 | |
| 10924 | SAFETY-KLEEN CORP., PO BOX11393, COLUMBIA, SC 29211-1393 | |
| 10924 | SAFETY-KLEEN CORP.DIP, PO BOX11393, COLUMBIA, SC 29211 | |
| 10925 | SAFETY-KLEEN CORPORATION, PO BOX 12349, COLUMBIA, SC 29211-2349 | |
| 10925 | SAFETY-KLEEN CP./DICK WHEELER, 633 EAST 138TH ST, DOLTON, IL 60419 | |
| 10925 | SAFETY-KLEEN ENVIROSYSTEMS COMPANY, PO BOX 70146, SAN JUAN PUERTO RICO, PR 936 | |
| 10925 | SAFETY-KLEEN INC, 164 FRONTAGE RD, LEXINGTON, SC 29073 | |
| 10925 | SAFETY-KLEEN INC. (TS), 3527 WHISKEY BOTTOM RD, LAUREL, MD 20707 | |
| 10925 | SAFETY-KLEEN LTD., PO BOX 3035, SARNIA, ON N7T 8G5CANADA | *VIA Deutsche Post* |
| 10925 | SAFETY-KLEEN SYSTEMS INC, PO BOX 12349, ELGIN, IL 29211-2349 | |
| 10925 | SAFETY-KLEEN SYSTEMS, INC, PO BOX 11393, COLUMBIA, SC 29211-1393 | |
| 10925 | SAFETY-KLEEN SYSTEMS, INC, PO BOX 12349, COLUMBIA, SC 29211-2349 | |
| 10924 | SAFETY-KLEEN(PINEWOOD), INC., ROUTE 1 BOX 255, CAMP MCBOYKIN ROAD, PINEWOOD, SC 29125 | |
| 10925 | SAFETY-KLEEN, 1000 NORTH RANDALL ROAD, ELGIN, IL 60123-7857 | |
| 10924 | SAFETY-KLEEN, 2549 NO. NEW YORK, WICHITA, KS 67219 | |
| 10925 | SAFETY-KLEEN, 3454 WOMACK RD, ORANGE, TX 77630 | |
| 10925 | SAFETY-KLEEN, 4105 WHITAKER AVE, PHILADELPHIA, PA 19124 | |
| 10925 | SAFETY-KLEEN, 615 EAST 138TH ST, DOLTON, IL 60419 | |
| 10925 | SAFETY-KLEEN, PO B OX 12349, COLUMBIA, SC 29211-2349 | |
| 10925 | SAFETY-KLEEN, PO BOX 12349, COLUMBIA, SC 29211-2349 | |
| 10925 | SAFETY-KLEEN, PO BOX 36, MARLBORO, MA 01752 | |
| 10925 | SAFETYTRAIN, 401 YELLOWSTONE DR, BIRMINGHAM, AL 35206 | |
| 10925 | SAFEWARE INC., 3812 WEST ST., LANDOVER, MD 20785 | |
| 10924 | SAFEWARE, 9475 LOTTSFORD RD, STE 150, LARGO, MD 20774 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SAFEWARE, INC, 152R BLADES LANE, GLEN BURNIE, MD 21060

10925    SAFEWAY TRANSPORTATION CO., PO BOX 74790, BATON ROUGE, LA 70874-4790

10925    SAFFER, ANNETTE, 2750 SUNRISE LAKE DR BLDG 6, SUNRISE, FL 33322

10925    SAFFOLD, DAVID, 2430-A W HAMPTON AVE, MILWAUKEE, WI 53209

10925    SAFFORD, REBA, 303E E MONTCASTLE DR, GREENSBORO, NC 27406

10925    SAFFOURY, SAMIA, 36-01 31ST AVE, ASTORIA, NY 11106

10925    SAF-GARD SAFETY SHOE CO, INC, PO BOX 10379, GREENSBORO, NC 27404-0379

10925    SAFIA INC. POPEYE?S, HASHIM LAKHANY, 3670 WEST CHASE, HOUSTON, TX 77042

10925    SAFRON, GLENNA ELAINE, 5216 WESTMOOR RD, SALT LAKE CITY, UT 84117-6931

10925    SAFRON, MARK I, 2259 ASPEN HILLS DR, SANDY, UT 84092-3223

10925    SAFRON, PHILIP SAMES, 1447 E CALLA LILY WAY, SANDY, UT 84092-4379

10925    SAFRONOV, MARINA, 808 PAINTED POST COURT, BALTIMORE, MD 21208

10925    SAFT AMERICA INC, POBOX 101236, ATLANTA, GA 30392

10925    SAFT AMERICA INC, WILLIAM O (CHIP) WILDES, PO BOX 1886 711 INDUSTRIAL BLVD, VALDOSTA, GA 31601

10925    SAFT, MICHAEL, 10837 TUCKAHOE WAY, N. POTOMAC, MD 20878

10924    SAFTEY KLEEN, 2815 OLD GREENBRIAR PIKE, GREENBRIER, TN 37073

10925    SAF-T-GARD INTERNATIONAL, INC, 205 HUEHL RD., NORTHBROOK, IL 60062-1972

10925    SAF-T-GARD INTL, INC, 135 S. LA SALLE ST., DEPT. 1545, CHICAGO, IL 60674-1545

10925    SAFTY-KLEEN, 2 N.E. 9TH ST., OKLAHOMA CITY, OK 73104

10925    SAFWAY STEEL PRODUCTS, 9155 WHISKEY BOTTOM RD., LAUREL, MD 20723

10924    SAFWAY SUPPLY, INC., P.O. BOX 3437, SPOKANE, WA 99220

10925    SAGAR SEALANT CORPORATION, 2841 ARCHER AVE, CHICAGO, IL 60608

10925    SAGARIN, LILLIAN, 1 BRENDENWOOD DR, 262C, VOORHEES, NJ 08043

10924    SAGE HALL CORNELL UNIVERSITY @ @, EAST AVE, ITHACA, NY 14850

10925    SAGE LABORATORIES, 11 HURON DR, NATICK, MA 01760

10924    SAGE REALTY, 437 MADISON AVE, NEW YORK, NY 10022

10924    SAGE REALTY, 777 THIRD AVENUE, NEW YORK, NY 10017

10925    SAGE, RONALD, 9165 JEFFREY PLACE, RIVERSIDE, CA 92509

10925    SAGER, ARDITH, 2143 CODLING, JASPER, MI 49248

10925    SAGER, DAVID, 1600 W DENGAR, MIDLAND, TX 79705

10925    SAGER, EMMA J, 606 2ND AVE WEST, KALISPELL, MT 59901

10925    SAGER, ROBYN, PO BOX 557, BARDONIA NY, NY 10954

10924    SAGINAW ROCK PRODUCTS COMPANY, 1701 N FIRST ST, SAGINAW, MI 48601

10924    SAGINAW ROCK PRODUCTS, 1701 N FIRST ST, SAGINAW, MI 48601

10924    SAGINAW VALLEY STATE COLLEGE @ @, SAGINAW, MI 48601

10924    SAGINAW WILBERT VAULT, 2810 HESS ST, SAGINAW, MI 48605

10925    SAGLIMBENE, ADELE, 47 CHESTFIELD LANE, TOMS RIVER, NJ 08757

10925    SAGO, DONNA, 2987 OWENS MEADOW DR, KENNESAW, GA 30144

10925    SAGOTSKY MULTIMEDIA, POBOX 587, ROCKY HILL, NJ 08553-0587

10925    SAGUARO WELDING INC, PO BOX 1737, GOODYEAR, AZ 85338

10925    SAHAGIAN, CAROL A, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    SAHAGIAN, CAROL, 10 CHESTER ST, MELROSE, MA 02176

10925    SAHAGIAN, KIRK, 13 TALLARD RD, WESTFORD, MA 01886

10925    SAHLHAMMER, PETER, 7794 SO JACKSON CR, LITTLETON, CO 80122

10925    SAHLY/ANDERSON & ASSOCIATES INC, 817 SOUTH KAY AVE UNIT SEVEN, ADDISON, IL 60101

10924    SAHUARITA NEW HIGH SCHOOL, 350 W. HELMET PEAK RD., SAHUARITA, AZ 85629

10925    SAI SPECIALTY ASSOCIATES INC, KRISTINE COOK,

10924    SAIA BASE BUILDING, 4738 WHIRLWIND DRIVE, SAN ANTONIO, TX 78217

10924    SAIA ELECTRIC INC, 6175 CONFIDENCE ST., BATON ROUGE, LA 70806

10925    SAIA MOTOR FREIGHT LINE INC, POBOX A STA 1, HOUMA, LA 70363

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  SAIA MOTOR FREIGHT LINES, PO BOX A STATION 1, HOUMA, LA 70363

10925  SAIA MOTOR FREIGHT, PO BOX A, STATION 1, HOUMA, LA 70363

10924  SAIA TRUCK LINES TAMPA TERMINAL, C/O R. DICKERSON & ASSOC., TAMPA, FL 33619

10925  SAIA, ROBIN, 341 DORCHESTER RD, STEVENSVILLE, MD 21666

10924  SAIC FREDERICK, PO BOX B, FREDERICK, MD 21702

10925  SAIC SCIENCE APPLICATIONS INT. CORP., 28720 ROADSIDE DR., SUITE 226, AGOURA HILLS, CA 91301

10925  SAICHEK, KATHLEEN, 8312 W POTOMAC, MILWAUKEE, WI 53218

10924  SAIDEN TECHNOLOGY, 5618 CLYDE RHYNE DRIVE, SANFORD, NC 27330

10925  SAIDHA, LAXMI, 14111 BRAMBLE LANE, 103, LAUREL, MD 20708

10925  SAIEPOUR, TAMARA, PO BOX 292583, TAMPA, FL 33687-2583

10925  SAIJA, JOSEPHINE, 44 SUNNYSIDE AVE, READING, MA 01867

10925  SAIKO, ALLISON, 224 GLENDALE ROAD, HAVERTOWN, PA 19083

10925  SAILERS, SAMANTHA, 8880 NW 12TH ST, PEMBROKE PINES, FL 33024

10925  SAILORS CHOICE INVESTMENT CLUB, C/O HENRY J J DUNLAP, 253 MERRITT SQUARE SUITE 608, MERRITT ISLAND, FL 32952-3309

10925  SAILORS, PAM, RT 2 BOX 2736, MAYSVILLE, GA 30558

10925  SAILPLANE ENTERPRISES INTERNATIONAL, 4655 WHITTIER AVE, HEMET, CA 92545-9077

10925  SAIN, JOHN, 707 NORTH ELLISON, GUYMON, OK 73942

10925  SAIN, JOHNNY, PO BOX 75, LANDRUM, SC 29356

10925  SAIN, MICHAEL, 361 BLACKSTOCK RD, ENOREE, SC 29335

10925  SAINE, CHARLIE, 522 CHARLIE SAINE LANE, STANLEY, NC 28164

10924  SAINI HOSPITAL, 2401 WEST BELVEDERE AVENUE, BALTIMORE, MD 21215

10924  SAINT AMBROSE OF WOODBURY, 2441 VENTURA DRIVE, WOODBURY, MN 55125

10925  SAINT ANDREWS BOOSTER, 1401 N W 51ST ST, BOCA RATON, FL 33431

10925  SAINT ANDREWS SCHOOL, 3900 JOG ROAD, BOCA RATON, FL 33434-4498

10925  SAINT ANTHONY'S HOSPITAL, 5666 E. STATE STREET, ROCKFORD, IL 61108

10924  SAINT BARNABAS MEDICAL CENTER, 197 SOUTH ORANGE AVE, LIVINGSTON, NJ 07039

10924  SAINT BARNABUS HOSPITAL, LIVINGSTON, NJ 07039

10924  SAINT BERNARD SCHOOL, 4 EAST 98TH STREET, NEW YORK, NY 10001

10924  SAINT FERDINAN SCHOOL, 3131 NORTH MASON STREET, CHICAGO, IL 60634

10924  SAINT FRANCIS HOSPITAL -FRONT ENTR., DETE BUILDERS, 2122 MANCHESTER EXPRESSWAY, COLUMBUS, GA 31904

10924  SAINT FRANCIS HOSPITAL, C/O KANSAS BUILDING SYSTEMS, TOPEKA, KS 66606

10925  SAINT FRANCIS MEMORIAL HOSPITAL, 900 HYDE ST, SAN FRANCISCO, CA 94109

10924  SAINT GABRIEL'S HOSPITAL, 815 S E 2 ND STREET, LITTLE FALLS, MN 56345

10925  SAINT GEORGES, CATHERINE, 842 N PKWY, JACKSON, TN 38305

10924  SAINT GOBIAN, 1199 S. CHILLICOTHE ROAD, AURORA, OH 44202

10924  SAINT GOBIAN, 717 PLANTATION STREET, WORCESTER, MA 01605

10924  SAINT JOE COUNTY JAIL, LAFAYETTE STREET, SOUTH BEND, IN 46601

10925  SAINT JOHNS LUTHERAN HOSPITAL, 317 MINERAL AVE, LIBBY, MT 59923

10924  SAINT JOHNS MEDICAL CENTER, TRUE FIREPROOFING, JOPLIN, MO 64804

10924  SAINT JOHNS PREP ADDITION, 1857 WATER TOWER ROAD, COLLEGEVILLE, MN 56321

10924  SAINT JOSEPH HOSPITAL, MAIN STREET & GETTY STREET, PATERSON, NJ 07503

10924  SAINT JOSEPH MERCY HOSPITAL, 15855 19 MILE ROAD, CLINTON TOWNSHIP, MI 48038

10924  SAINT JOSEPH OF THE PINES, CAMP EASTER RD., SOUTHERN PINES, NC 28388

10924  SAINT JOSEPH SCHOOL, 1225 GALLATIN ROAD SOUTH, MADISON, TN 37115

10925  SAINT JOSEPHS CHURCH, 105 HARRISON AVE, NEW MILFORD, NJ 07646

10924  SAINT JOSEPH'S HOSPITAL, 360 BROADWAY STREET, BANGOR, ME 04401

10924  SAINT JUDE -NEE & MRI UNITS, DANNY THOMAS & 2ND AVE., MEMPHIS, TN 38100

10924  SAINT LOUIS AIRPORT CONTROLL TOWER, 168 IRISH LANE SOUTH, BRIGHTON, IL 62012

10924  SAINT LUKES HOSPITAL, 123RD & METCALF, OVERLAND PARK, KS 66209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 SAINT LUKES HOSPITAL, 408 W. 42ND TERRACE WORNALL RD AT44, KANSAS CITY, MO 64111

10924 SAINT LUKES HOSPITAL, 915 EAST 1 ST STREET, DULUTH, MN 55806

10924 SAINT LUKE'S HOSPITAL, 920 E FIRST STREET, DULUTH, MN 55805

10924 SAINT LUKE'S MEDICAL CENTER, ATTN: ROD DOLE, 3100 S. 30TH STREET, MILWAUKEE, WI 53215

10924 SAINT LUKES NORTHLAND, 5830 N.W. BARRY RD., KANSAS CITY, MO 64154

10925 SAINT LUKES OCCUPATIONAL, 12920 METCALF AVE, STE 200, OVERLAND PARK, KS 66213

10925 SAINT LUKES OCCUPATIONAL, 2025 SWIFT, NORTH KANSAS CITY, MO 64116

10924 SAINT LUKES P.O.B. VERTICAL EXPAN., J.L. MANTA, 2900 W. OKLAHOMA AVENUE, MILWAUKEE, WI 53215

10924 SAINT MARKS LUTHERAN, 1001 QUEENS  ROAD, CHARLOTTE, NC 28207

10925 SAINT MARYS CATHEDRAL, 9401 BISCAYNE BLVD., MIAMI SHORES, FL 33138

10925 SAINT MARY'S HEALTHCARE, 800 EAST DAKOTA, PIERRE, SD 57501

10924 SAINT MATHEWS CHURCH, 11301 WEST ELM LANE, CHARLOTTE, NC 28277

10925 SAINT PAUL PIONEER PRESS, 345 CEDAR ST, ST PAUL, MN 55101-1057

10924 SAINT PAUL SCIENCE MUSEUM, 210 CHESTNUT STREET, SAINT PAUL, MN 55102

10924 SAINT TAMMANY PARRISH HOSPITAL, HIGHWAY 21, COVINGTON, LA 70433

10925 SAINT-AMAND, DANIEL, 21544 GAFF COURT, SAUGUS, CA 91350

10925 SAINT-GOBAIN CORP, LAUREN P ALTERMAN COUNSEL, 750 E SWEDESFORD ROAD, PO BOX 860, VALLEY FORGE, PA 19482-0101

10925 SAINT-GOBAIN INDUSTRIAL CERAMICS, PO BOX 1844, PITTSBURGH, PA 15264-1844

10925 SAINT-GOBAIN NORPRO CORP, PO BOX 641228, PITTSBURGH, PA 15264-1228

10925 SAINT-GOBAIN NORPRO CORPO, PO BOX 350, AKRON, OH 44309-0350

10925 SAINT-GOBAIN PERFORMANCE PLASTICS, LAURA P ALTERMAN SR COUNS, 750 E SWEDESFORD RD, VALLEY FORGE, PA 19482

10925 SAINT-GOBAIN QUARTZ, PO BOX 641375, PITTSBURGH, PA 15264-1375

10925 SAINT-GOBAIN QUARTZ, PO BOX 74009, LOUISVILLE, KY 40201-7409

10925 SAINT-GOBAIN/NORPRO CORP, PO BOX 0192, PITTSBURGH, PA 15264-0192

10925 SAINTLIEN, GOLDY, 5233 SW 118 AVE, COOPER CITY, FL 33330

10925 SAINZ, BEATRIZ, 51-21 47TH ST, WOODSIDE, NY 11377-7329

10925 SAIO, FRANCES, 25 45 77 ST, JACKSON HEIGHTS, NY 11370

10924 SAI-SCIENTIFIC ADSORBENTS INCORPORA, 4030-F PLEASANTDALE ROAD, ATLANTA, GA 30340

10925 SAITECH, 1301 HWY 36, HAZLET, NJ 07730

10925 SAITZ, SAMUEL, 175 HIGHLAND AVE, NEEDHAM HEIGHTS, MA 02194

10925 SAIYED, AKHTAR, 101 I LIBERTY RD, BERGENFIELD, NJ 07621

10925 SAIYED, ZAKIYABEGUM, 101-I LIBERTY RD, BERGENFIELD, NJ 07621

10925 SAIZ, MARIA, 1225 ATRISCO SW, ALBUQUERQUE, NM 87105

10925 SAK, DARASOVANNY, PO BOX 2370, LYNN, MA 01903

10925 SAKACS, ERIC, 10345 GLADE AVE., CHATSWORTH, CA 91311

10924 SAKAI TRADING CO., OSAKA, JAPAN, SAVANNAH, GA 31407

10924 SAKAI TRADING NEW YORK INC., 41 E. 42ND STREET, NEW YORK, NY 10017

10925 SAKAI, ETSUO, 2-12-1 OOKAYAMA, MEGURO-KU, TOKYO, 13 152JAPAN    **\*VIA Deutsche Post\***

10925 SAKALAUSKAS, DAINA, 9457 TILLER DR., ELLICOTT CITY, MD 21043

10925 SAKANE BROTHERS, 697 KIRK GLEN DR, SAN JOSE, CA 95133-2023

10924 SAKATA SEED AMERICA INC., 18095 SERENE DRIVE, MORGAN HILL, CA 95037

10925 SAKATA, LESLIE, 407 PARK CROSSING WA, LILBURN, GA 30247

10925 SAKE, RUTH, 116 E HUDSPITH, VALLEY, NE 68064

10925 SAKES, BARBARA, 440 GOODING ST, LASALLE, IL 61301

10925 SAKILLARIS, MICHAEL, 263 ARNOLD RD, NEWTON CENTER, MA 02159

10925 SAKO, MAHAMADOU, 265 EAST 176TH ST., BRONX, NY 10457

10925 SAKONY MOBIL COMPANY INC., 50 EAST BROAD ST., COLUMBUS, OH 43215

10924 SAKOSA, ALIKAHYA 41310, KACAELI, TURKEY IT0000, 0TUR    **\*VIA Deutsche Post\***

10924 SAKS 5TH AVENUE, 2901 WEST BIG BEAVER AVENUE, TROY, MI 48084

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SAKS 5TH AVENUE, CORNER OF ELM & GREENBAY, HIGHLAND PARK, IL 60035

10924   SAKS 5TH AVENUE, RUTHERFORD, LOS ANGELES, CA 90001

10924   SAKS DEPARTMENT STORE, ROUTE 110, HUNTINGTON, NY 11743

10924   SAKS FIFTH AVENUE/SOUTHGATE PLAZA, C/O ARCHITECTURAL COATINGS, SARASOTA, FL 34239

10925   SALA INDUSTRIAL SALES CORP, PO BOX 2453, MIAMI, FL 33152

10925   SALAAM, KADEEM, 3664 CLIFMAR ROAD, BALTIMORE, MD 21207

10925   SALADIN PUMP & EQUIPMENT, PO BOX 54446, NEW ORLEANS, LA 70154-4446

10925   SALADIN PUMP, PO BOX 7286, BEAUMONT, TX 77726

10925   SALAFIA, M, 31 WOODMERE ROAD, FRAMINGHAM, MA 01701

10925   SALAHOU, MARIAM, 43-28 54 ST, WOODSIDE, NY 11377

10925   SALAMA, JEAN-PIERRE, 4612 CROCKETT AVE, MIDLAND, TX 79703

10925   SALAME, ELEE, 1081 OCEAN ST, MARSHFIELD, MA 02050

10925   SALAMONE, JOSEPH, 132 CHELSEA ST, EVERETT, MA 02149

10925   SALAMONSKI, KEITH, 2301 CONSTELLATION S, GREEN BAY, WI 54303

10925   SALANT CORPORATON, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036

10925   SALARD, MARY, 6766 HWY 1 NORTH, BOYCE, LA 71409

10925   SALARD, PATRICIA, 182 RAY CARPENTER, NATCHITOCHES, LA 71457

10925   SALAS, EUGENE, PO BOX 465, EDCOUCH, TX 78538

10925   SALAS, GRACIELA, 1417 HARRINGTON, FORT WORTH, TX 76106

10925   SALAS, GUILLERMO, 5252 W 96TH, A, LOS ANGELES, CA 90045

10925   SALAS, JOSE, 2313 CLINTON, FT WORTH, TX 76106

10925   SALAS, MARIO, 201 CRAIG PLACE WEST, SAN ANTONIO, TX 78212

10925   SALAS, S, 10001 CLUB CREEK DR, HOUSTON, TX 77036

10925   SALAS, TONYA, 6601 ARDEN RD. #205, AMARILLO, TX 79109

10925   SALATICH, ALLISON, 1401 LAKE AVE, METAIRIE, LA 70005

10925   SALAZAR, ALFONSO, 1704 GOLF CRS RD SE, RIO RANC, NM 87124-1763

10925   SALAZAR, ARTURO, RT. 3 BOX 126-L, PHARR, TX 78577

10925   SALAZAR, BERNABE, 1963 COLUMBUS, FORT WORTH, TX 76106

10925   SALAZAR, CONNIE, 1206 S. JACKSON, ODESSA, TX 79761

10925   SALAZAR, DAVID, 1825 PEARL ST, WICHITA FALLS, TX 76301

10925   SALAZAR, DEBBIE, 1206 S.JACKSON, ODESSA, TX 79761

10925   SALAZAR, EDGAR, 1309 DAFFODIL, MCALLEN, TX 78501

10925   SALAZAR, ELOY, 325 E. WOOD AVE., RAYMONDVILLE, TX 78580

10925   SALAZAR, ELVIRA, 2504 DALLAS, MCALLEN, TX 78501

10925   SALAZAR, EM, 6620 SOUTH 33RD ST, MCALLEN, TX 78503

10925   SALAZAR, ESTELLA, 1223 BINKLEY BOX1251, DUMAS, TX 79029

10925   SALAZAR, EUGENIA, 2029 ISLLA, CORPUS CHRISTI, TX 78416

10925   SALAZAR, GALO, 543 DIETZ ST, ROSELLE, NJ 07203

10925   SALAZAR, GILBERTO, 4203 W. 163RD ST, LAWNDALE, CA 90260

10925   SALAZAR, GUADALUPE, 700 SUNSET AVE., SAN JUAN, TX 78589

10925   SALAZAR, HERMAN, 628 W 22ND ST, HOUSTON, TX 77008

10925   SALAZAR, HONORIO, 1155 VUELTA DE LAS, SANTA FE, NM 87505

10925   SALAZAR, IMELDA, 2312 WATER ST, LAREDO, TX 78040

10925   SALAZAR, ISRAEL, 347 SERRANO AVE, SAN JOSE, CA 95127

10925   SALAZAR, JAMEY, 335 N.JACKSON, CASPER, WY 82601

10925   SALAZAR, JERRY, 812 IRVING, HEREFORD, TX 79045

10925   SALAZAR, JOE, 509 W. MABLE, ODESSA, TX 79761

10925   SALAZAR, JOEL, 3106 LULU ST, FT WORTH, TX 76106

10925   SALAZAR, JOHN, 2829 NAZARETH ROAD, BARDSTOWN, KY 40004

10925   SALAZAR, JOSE, 2005 MARYLAND, LAREDO, TX 78040

10925   SALAZAR, JOSE, PO BOX 336, FINDLAY, OH 45839-0336

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  SALAZAR, KELLY, 5020 HEAD COURT, FAIRFAX, VA 22032

10925  SALAZAR, KEN, DEPT OF LAW, 1525 SHERMAN ST, DENVER, CO 80203

10925  SALAZAR, LEOBARDO, 3735 WALNUT AVE, LYNNWOOD, CA 90262

10925  SALAZAR, LUZ, 6503 NORTHSIDE DR, LOS ANGELES, CA 90022

10925  SALAZAR, MARIO, 3901 EDGAR PARK, EL PASO, TX 79904

10925  SALAZAR, MARK, 737 SUGAR HILL, LAPORTE, TX 77571

10925  SALAZAR, MARTIN, 2600 SANTA CRUZ APT. #54, ODESSA, TX 79763

10925  SALAZAR, MELCHOR, 10957 S. FIGUEROA ST, LOS ANGELES, CA 90061

10925  SALAZAR, MERARDO, 1309 DAFFODIL, MCALLEN, TX 78501

10925  SALAZAR, MIGUEL, 608 SUNSET AVE., SAN JUAN, TX 78589

10925  SALAZAR, PAMELA, PO BOX 19530, SHREVEPORT, LA 71149-0530

10925  SALAZAR, RAMIRO, PO BOX 1223, FREER, TX 78357

10925  SALAZAR, SR, JOHN, PO BOX 19530, SHREVEPORT, LA 71149

10925  SALAZAR, TERESA, 3024 CARNATION, FT WORTH, TX 76111

10925  SALAZAR, VICKY, 403 S. ACACIA AVE., COMPTON, CA 90220

10925  SALAZAR, YVONNE, 3707 12TH ST., ALBUQUERQUE, NM 87107

10925  SALBALUCO, MARIA, 777 E21 ST, HIALEAH, FL 33013

10925  SALBEGO, MICHAEL, 2150 W. ARMITAGE #2, CHICAGO, IL 60647

10925  SALCE, LUDWIG, 32 BRYNWOOD LANE, GREENWICH, CT 06831-3312

10925  SALCHERT, NICHOLAS, 1262 WOODLAND CT., SALINE, MI 48176

10925  SALCIDO, MANUEL, PO BOX 301, FT. STOCKTON, TX 79735

10925  SALCINES, BARBARA, 1484 GREEN COURT, SAN LEANDRO, CA 94578

10924  SALCO, INC., 9160 MARSHALL PLACE, WESTMINSTER, CO 80030

10925  SALDANA FAMILY TRUST FUND, THE, 1000 LAKES DRIVE SUITE 250, WEST COVINA, CA 91793

10925  SALDANA, ATENAYDA, 825 FOREST PATH, STONE MOUNTAIN, GA 30088

10925  SALDANA, CARLOS, 6228 VALLEY CASTLE, SAN ANTONIO, TX 78250

10925  SALDANA, CUITLAHUAC, 1113 KAINES, FORT WORTH, TX 76111

10925  SALDANA, JOSEPH, 6430 MITCHELL, RIVERSIDE, CA 92506

10925  SALDANA, JUAN, 13802 S GARDEN #147, PEARLAND, TX 77588

10925  SALDANA, MARTIN, 3107 BIRCH DRIVE, LOVELAND, CO 80538

10925  SALDANA, MIGUEL, 1113 KARNES, FT WORTH, TX 76111

10925  SALDANA, RAQUEL, 3800 SPRING VALLEY #234, ADDISON, TX 75244

10925  SALDATE, CARLOS, 833 E. 101 ST., LOS ANGELES, CA 90002

10925  SALDIVAR JR., LEOPOLDO, 383 SAN EUGENIO ST., BROWNSVILLE, TX 78520

10925  SALDIVAR, DAVID, 110 E. BARBARA, HARLINGEN, TX 78520

10925  SALDIVAR, JOE, 8314 EXBOURNE DR., SAN ANTONIO, TX 78250

10925  SALDIVAR, LARENA, 17008 EAST 49TH COURT SOUTH, INDEPENDENCE, MO 64055

10925  SALE, HOWARD, 8676 GSW 95TH LANE, OCALA, FL 32676-9250

10925  SALEEM, MOHAMMED, 217 WILLIAM ST, ENGLEWOOD, NJ 07631

10925  SALEH, IRAJ, 9742 MICHAELS WAY, ELLICOTT CITY, MD 21043-2340

10925  SALEH, SYEED, 32 ARMORY ST, ENGLEWOOD, NJ 07631

10925  SALEK, CHARLES, 218 OCEAN DRIVE EAST, STAMFORD, CT 06902

10924  SALEM AREA HIGH SCHOOL, 3991 SNAP FINGER ROAD, DECATUR, GA 30030

10924  SALEM COMMUNITY HOSPITAL, 1985 MANCHESTER RD., AKRON, OH 44314

10924  SALEM CONCRETE PRODUCTS, 82 NORTH STREET, SALEM, SD 57058

10924  SALEM CONCRETE PRODUCTS, WEST STREET, MITCHELL, SD 57301

10924  SALEM CONCRETE PRODUCTS, WEST STREET, SALEM, SD 57058

10924  SALEM DISTRIBUTING CO., INC., 12929 TELEGRAPH ROAD UNIT H, SANTA FE SPRINGS, CA 90670

10924  SALEM DISTRIBUTING CO., INC., 2036 STRATFORD W. BLVD., WINSTON SALEM, NC 27103

10924  SALEM DISTRIBUTING CO., INC., 5901 GUN CLUB ROAD, WINSTON SALEM, NC 27103

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SALEM DISTRIBUTING COMPANY, INC., 12929 TELEGRAPH ROAD, UNIT A, SANTA FE SPRINGS, CA 90670

10924   SALEM MEMORIAL HOSPITAL, 310 RT 45, SALEM, NJ 08079

10925   SALEM PAPER CO, POBOX 960, SALEM, MA 01970

10925   SALEM TOOLS OF THE SOUTHEAST, PO BOX 25937, RICHMOND, VA 23260

10925   SALEM, KELVIN, 4115 NORFOLK AVE, BALTIMORE, MD 21216

10925   SALEM, PAMELA, RT 9 BOX 324, KEMP, TX 75143

10925   SALEMI, JULIE, 167 BRULE RD, DEPERE, WI 54115

10925   SALEMI, MICHAEL, 167 BRULE RD, DEPERE, WI 54115

10925   SALENA VORTEX VALVE CORP., 3024 ARNOLD AVE, SALINA, KS 67401

10925   SALENIUS, P, 13 WOODLEIGH RD, FRAMINGHAM, MA 01701

10925   SALERA, DIANE, 100 PLEASANT ST, TEWKSBURY, MA 01876

10925   SALERNO BAGS LTD, 2275 BOUL FORD, CHATEAUGUAY, QC J6J 4Z2CANADA          *VIA Deutsche Post*

10925   SALERNO JT TEN, ANTHONY F & RUTH K, 147 N WABASH AVE, BATTLE CREEK, MI 49017-4727

10925   SALERNO LTD, 14 GUS LAPHAM LANE, PLATTSBURGH, NY 12901

10925   SALERNO, ANTHONY, 110 GOODSPEED AVE, MERIDEN, CT 06451-2718

10925   SALERNO, ANTHONY, 17860 WEXFORD TER, APT 5J, JAMAICA, NY 11432

10925   SALERNO, ELIZABETH AN, 42 DUDLEY ST, SAUGUS, MA 01906

10925   SALERNO, JUSTIN, 7723 17TH AVE., KENOSHA, WI 53143

10925   SALERNO, KAREN, 86 BOXWOOD LANE, INMAN, SC 29349

10925   SALERNO, KENNETH, PO BOX 310, RARITAN, NJ 08869

10925   SALERNO, KIMBERLY, 25 MEEHAN AVE, RARITAN, NJ 08869

10925   SALERNO, LINDA, 25 MEEHAN AVE., RARITAN, NJ 08869

10925   SALES & MARKETING EXECUTIVES, PO BOX 420725, ATLANTA, GA 30342

10925   SALES & MARKETING EXECUTIVES, SUITE 805, ATLANTA, GA 30338

10925   SALES & MARKETING MANAGEMENT, PO BOX 1025, SOUTHEASTERN, PA 19398

10925   SALES & MARKETING MANAGEMENT, PO BOX 10667, RIVERTON, NJ 08076-0667

10925   SALES & MARKETING MANAGEMENT, PO BOX 10667, RIVERTON, NJ 08076-5067

10925   SALES & MARKETING MANAGEMENT, POBOX 7719, RIVERTON, NJ 08077

10925   SALES AFFILIATES INC., BOYLAN BROWN CODE FOWLER & WILSON, RICHARD A. PALUMBO AND LOUIS MICCA, 900 MIDTOWN TOWER, ROCHESTER, NY 14604

10925   SALES AUTOMATION ASSOC, 3217 GREENLEAF BLVD., KALAMAZOO, MI 49008

10925   SALES CONSULTANTS, 100 W CYPRESS CREEK ROAD, STE 880, FORT LAUDERDALE, FL 33309

10925   SALES EXECUTIVE COUNCIL, 2000 PENNSYLVANIA AVE.,NW STE 6000, WASHINGTON, DC 20006

10925   SALES GROWTH DYNAMICS, 3545 ELLICOTT MILLS DR, ELLICOTT CITY, MD 21043-4544

10925   SALES GROWTH DYNAMICS, LLC, 3545 ELLICOTT MILLS DR., ELLICOTT CITY, MD 21043-4544

10925   SALES GROWTH DYNAMICS, LLC, EXECUTIVE PLAZA, HUNT VALLEY, MD 21031

10924   SALES INTERNATIONAL UNLIMITED, 4472 LOUISE AVENUE, ENCINO, CA 91316

10924   SALES INTERNATIONAL UNLIMITED, ATTN: LEONORE BALANZA, 2100 N.W. 84TH AVENUE, MIAMI, FL 33122

10925   SALES MOTIVATIONAL SERVICES, 15801 BARONS WAY DRIVE, CHESTERFIELD, MO 63017

10925   SALES RECRUITERS INC, 12 SAINT JAMES PLACE, NASHUA, NH 03062

10925   SALES SERVICE AMERICA, DEPT 747, ALEXANDRIA, VA 22334-0747

10925   SALES SERVICE/AMERICA, 3680 WHEELER AVE., ALEXANDRIA, VA 22304

10925   SALES SERVICE/AMERICA, DEPT.747, ALEXANDRIA, VA 22334-0747

10925   SALES TILLMAN WALLBAUM, 1900 WATERFRONT PLAZA, 325 WEST MAIN ST, LOUISVILLE, KY 40202

10925   SALES, GREGORY J, 625 LACEY OAK DR., CORONA, CA 91719

10925   SALES, GREGORY, 625 LACEY OAK DR, CORONA, CA 91719

10925   SALGADO, AXEL, CALLE CAMELIA 41 MUNOZ RIVERA, GUAYNABO, PR 00969

10925   SALGADO, ISRAEL, APARTADO 159, DORADO, PR 00646PUERTO RICO          *VIA Deutsche Post*

10925   SALGADO, ISREAL, APT 159, DORADO, PR 00646PUERTO RICO          *VIA Deutsche Post*

10925   SALGADO, JOSE, PO BOX 771101 #21, HOUSTON, TX 77215

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 SALGADO, NELSON, 3940 W.102, INGLEWOOD, CA 90303

10925 SALGADO, SYLVIA, 8101 LANGDON AVE, VAN NUYS, CA 91406

10925 SALHANY, WILLIAM, 8 VICTORIA LANE, REHOBOTH, MA 02769

10925 SALIB, BAHIG, 245 RIDGEFILED AVE, BOGOTA, NJ 07603

10925 SALIBE, GEORGE, 40 RANDOLPH ST, SOUTH WEYMOUTH, MA 02190

10925 SALIBE, GEORGE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 SALIBELLO, MARIANNE, 1002 RUSSELL DRIVE, HIGHLAND BEACH, FL 33487

10925 SALIH, HUSSIEN, 6015 SELWOOD PL #332, SPRINGFIELD, VA 22152

10925 SALIHAR, MARK, 6163 W 125TH PLACE, PALOS HEIGHTS, IL 60463

10925 SALILLAS JT TEN, ARCHIE A & ISOLDA H, 3657 NORTHCOTE DR, BIRMINGHAM, AL 35223-2843

10925 SALIM, MARIAMMA, 23 JEFFERSON CT, NEWINGTON, CT 06111-1923

10924 SALINA CONCRETE PROD, P.O. BOX 136, SALINA, KS 67402

10924 SALINA CONCRETE PRODUCTS, P.O. BOX 136, SALINA, KS 67402

10924 SALINA CONCRETE, 1100 W ASH STREET, SALINA, KS 67401

10925 SALINA VORTEX CORP, 335 NO RIVER ST SUITE 202, BATAVIA, IL 60510

10925 SALINA VORTEX CORP., 3024 ARNOLD AVE, SALINA, KS 67401

10925 SALINA VORTEX CORP., 3024 ARNOLD AVE., SALINA, KS 67401-8105

10925 SALINA VORTEX CORP., 7415 BAYFRONT RD., BALTIMORE, MD 21219

10925 SALINA, JOSEPH, PO BOX 39, BENTON, MS 39039

10925 SALINAS VALLEY WAX PAPER CO INC, POBOX 68, SALINAS, CA 93902

10925 SALINAS VORTEX CORP., 3024 ARNOLD AVE, SALINA, KS 67401

10925 SALINAS, CARLOS, 2524 LILLIAN, FT WORTH, TX 76111

10925 SALINAS, CASIMIRO, 1820 RENEE LANE, EDINBURG, TX 78539

10925 SALINAS, DENNIS, 513 WEST FRONTAGE, DONNA, TX 78537

10925 SALINAS, EDUARDO, RT. 7 BOX 526-13, MISSION, TX 78572

10925 SALINAS, IRENE, 3224 FRANKLIN, MIDLAND, TX 79701

10925 SALINAS, JANET, 5724 TILTON, RUBIDOUX, CA 92509

10925 SALINAS, JAVIER, 128 EAST SYCAMORE, MCALLEN, TX 78501

10925 SALINAS, JESUS, 2620 QUBEC, MCALLEN, TX 78501

10925 SALINAS, JOSE, 11852 IVY AVE, HESPERIA, CA 92345-5035

10925 SALINAS, JUAN, 322 E THIRD ST, SAN JUAN, TX 78589

10925 SALINAS, JULIE, 953 GARLAND AVE, CLOVIS, CA 93612

10925 SALINAS, MARIA, 200 MAYBERRY, MISSION, TX 78572

10925 SALINAS, MARIA, 281 NE 12TH AVE, HOMESTEAD, FL 33030

10925 SALINAS, REYES, 2413 N. HOUSTON,

10925 SALINAS, RUBEN, 6005 WOODMERE, CORPUS CHRISTI, TX 78414

10925 SALINAS, TEOFILO, RT. 4, BOX 692-5, EDINBURG, TX 78539

10924 SALINE VAULT CO, 403 MARVIA, SWEET SPRINGS, MO 65351

10924 SALINE VAULT CO., 403 MARVIA, SWEET SPRINGS, MO 65351

10925 SALINS, KENNETH, 14805 HAROLD ROAD, SILVER SPRING, MD 20905-5546

10925 SALINSKI, T, 985 DEMETER LANE, HOPE MILLS, NC 28348

10924 SALISBURY BRICK CORPORATION, HIGHWAY 78, SUMMERVILLE, SC 29483

10924 SALISBURY BRICK CORPORATION, P. O. DRAWER S, SUMMERVILLE, SC 29483

10924 SALISBURY SUPPLY CO, 114 S.E. QUINCY STREET, TOPEKA, KS 66603-3631

10924 SALISBURY SUPPLY CO, 2825 S. WEST STREET, WICHITA, KS 67217

10924 SALISBURY SUPPLY CO, PO BOX 916, TOPEKA, KS 66601-0916

10925 SALISBURY, LYNNE, 53 METZLER RD, E BRIDGEWATER, MA 02333

10924 SALK INSTITUTE, EF BRADY, LA JOLLA, CA 92037

10925 SALKELD, JOSEPH M, 317 OLD JUSTIN RD, ARGYLE, TX 76226-3514

10925 SALLABEDRA, VICTOR, 14611 WYANDOTTE, VAN NUYS, CA 91405

10925 SALLAS PAREDES, 2322 EAST 51ST ST, VERNON, CA 90058

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SALLAWAY, PHILIP, 1180 EAST AMHERST AVE, ENGLEWOOD, CO 80110

10925   SALLEE, BOBBY, PO BOX 632, MT. ENTERPRISE, TX 75681-0632

10925   SALLEE, BRIAN, 8605 CREEKVIEW CT., DOUGLASVILLE, GA 30135

10925   SALLEE, DEDE, 2981 MTN BREEZE RD, MARIETTA, GA 30064

10925   SALLEE, LORENA, 611 E. GRAND, CARTERVILLE, IL 62918

10925   SALLEMI, MARY, 49 SUNSET INN ROAD, LAFAYETTE, NJ 07848-9422

10925   SALLER, CHRISTY, 1816 RICE BLVD., HOUSTON, TX 77005

10925   SALLETTE, ALFRED, 77-14 113 ST, FOREST HILLS, NY 11375

10925   SALLIER, JIM, 220 OAK ST, SULPHUR, LA 70663-9998

10925   SALLY BENNETT, 21295 FALLS RIDGE WAY, BOCA RATON, FL 33428-4872

10925   SALLY BUTKUS, 7368 KAYVANI COURT, LAS VEGAS, NV 89117-3249

10925   SALLY I WISE, 970 MATTERHORN BLVD, RENO, NV 89506-7913

10925   SALLY J ZEMAN TRUSTEE, PO BOX 1169, DENVER, CO 80201

10925   SALLY LAFORGE, ONE TOWN CENTER RD., BOCA RATON, FL 33432

10925   SALLY MCGRATH BLAKE &, GERALDINE PIRRAGLIA JT TEN, 24 MARIE CT, COMMACK, NY 11725-5212

10925   SALMINEN, KENNETH, PO BOX 1195, CRAIG, CO 81626

10924   SALMON BAY SAND & GRAVEL, 5228 SHILSHOLE AVE. NW, SEATTLE, WA 98107

10924   SALMON CREEK KAISER, 14505 N.E. 17TH AVENUE, VANCOUVER, WA 98660

10924   SALMON RIVER CENTRAL SCHOOLS, BOMBAY ROAD, FORT COVINGTON, NY 12937

10925   SALMON, DAN, 110 RIDGEWOOD RD, ELKHART, TX 75839

10925   SALMON, EDWARD, 7182 SUNDEW RD, SOBIESKI, WI 54171

10925   SALMON, GARTH, 2013 BEECHWOOD ROAD, LEWISDALE, MD 20783

10925   SALMON, IAN, FLUSHING, NY 11355

10925   SALMON, JUDITH A, 6885 OKLAHOMA LAFFOON ROAD, WHITESVILLE, KY 42378-9707

10925   SALMON, JUDITH, 6885 OKLA-LAFFOON RD, WHITESVILLE, KY 42378

10925   SALMON, MARK, 204 SADLER RD., MT. HOLLY, NC 28201

10925   SALMON, MICHAEL, 4698 POINSETTIA ST, SAN LUIS OBISPO, CA 93401

10925   SALMON, RONALD, PO BOX 1574, CRAIG, CO 81626

10925   SALMONS, BONNIE JEAN, 535 PEACHTREE, MINEOLA, TX 75773-1933

10925   SALOMON, ALFREDO, 703-6 WALNUT ST, INGLEWOOD, CA 90301

10925   SALOMON, HONALD, 161 DOROTHY, AVONDALE, LA 70094

10925   SALOMON, IMMACULA, 50 DALE ROAD, HOLBROOK, MA 02343

10925   SALOMON, ROBERT, 83 DUBLIN AVE, NASHUA, NH 03060

10925   SALOMON, RUDY, 8402 JAY AVE, ODESSA, TX 79716

10925   SALONE, RHONDA, 606 BOSTON, AMARILLO, TX 79107

10925   SALONGA, JOANNA, 1417 S. CUYLER AVE, BERWYN, IL 60402

10925   SALOOM, CHARLOTTE, 1929 AUDUBON ST, NEW ORLEANS, LA 70118

10925   SALS MACHINE TOOL SERVICE, 32 MARIE ST, TEWKSBURY, MA 01876

10925   SALSBURG, GEORGE, 2250 BOWMAN AVE, BENSALEM, PA 19020-5206

10925   SALSBURY LABS, PATTON BOGGS, 2550 M ST, WASHINGTON, DC 20037

10925   SALSBURY, DANIEL, 400 EAST JEFFERSON ST, FALLS CHURCH, VA 22046

10925   SALSMAN, PAUL, 2416 WEST TEXAC, CARLSBAD, NM 88220

10925   SALT LAKE CITY HILTON, 150 WEST 500 SOUTH, SALT LAKE CITY, UT 84101

10925   SALT LAKE COUNTY ASSESSOR, 2001 SOUTH STATE ST , ROOMN2300A, SALT LAKE CITY, UT 84190-1300

10924   SALT LAKE COURTS COMPLEX, 55 EAST 500 SOUTH, SALT LAKE CITY, UT 84111

10924   SALT PALACE RENOVATION, CLAYTON COATINGS, SALT LAKE CITY, UT 84101

10925   SALT RIVER PROJECT, POBOX 2950, PHOENIX, AZ 85062-2950

10924   SALT RIVER SAND & ROCK, P.O.BOX 728, MESA, AZ 85211

10924   SALT RIVER SAND&ROCK-MEGA MIX, P.O. BOX 728, MESA, AZ 85211

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SALT, CAROL, 4247 N RIDGE, ARLINGTON HTS, IL 60004 | |
| 10925 | SALT, MARGARET, 18 ABBEY FIELDS CHURCHLEA/WISTASTON, CHESHIRE, CW28HJUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SALTARELLI, ROBERT, 78 PINE ST, WINDERMERE, FL 34786 | |
| 10925 | SALTER, ANGELINA, 4055 N WITCHDUCK RD, VIRGINIA BEACH, VA 23455 | |
| 10925 | SALTER, BOBBY, 1200 E. VIOLET, MCALLEN, TX 78504 | |
| 10925 | SALTER, ERNEST, 8523 STONEHURST DR, CHARLOTTE, NC 28214 | |
| 10925 | SALTER, JEFFREY, BOX 2301 UNIV STA CLEMSON UNIV, CLEMSOM, SC 29632 | |
| 10925 | SALTER, KEITH A, 409 ROYER LOUP, SULPHUR, LA 70663 | |
| 10925 | SALTER, KEITH, 409 ROYER LOOP, SULPHUR, LA 70663 | |
| 10925 | SALTER, SANDRA, 324 WOOD DALE, MONROE, LA 71203 | |
| 10925 | SALTERS, COLUMBUS, PO BOX 544, DUNCAN, SC 29334 | |
| 10925 | SALTERS, MARLENE, B2 MEADOWGREEN APT, SPARTANBURG, SC 29307-3616 | |
| 10925 | SALTKILL, HAROLD, PO BOX 472, WELLINGTON, KS 67152 | |
| 10925 | SALTMARSH, DALE, 117 LAGRUE, SHERWOOD, AR 72116 | |
| 10925 | SALTMARSH, RUSSEL, 1534 104TH ST NW, GROVE, OK 74344 | |
| 10925 | SALTMINE CREATIVE, INC, 413 PINE ST #300, SEATTLE, WA 98101 | |
| 10925 | SALTONSTALL, THOMAS, 18 MARION ROAD, #2, BELMONT, MA 02178 | |
| 10925 | SALTSMAN, TROY, 5454 W INDIAN SCHOOLROAD, APT. # 2033, PHOENIX, AZ 85031 | |
| 10925 | SALTZER, LINDA, 252 MAPLE AVE, LEIGHTON, PA 18235 | |
| 10925 | SALTZMAN, AVA, 167 NATIONAL BLVD, LONG BEACH, NY 11561 | |
| 10925 | SALTZMAN, BRIAN, PO BOX 143, LOCKPORT, LA 70374 | |
| 10925 | SALUDOS HISPANOS, 73-121 FRED WARING DR #100, PALM DESERT, CA 92260 | |
| 10925 | SALUTSKY, MURRELL, 10901 STAFFORD CIRCLE SOUTH, BOYNTON BEACH, FL 33436 | |
| 10925 | SALUTSKY-SMITH, PHYLLIS, 10901 STAFFORD CIR S, BOYNTON BEACH, FL 33436 | |
| 10925 | SALVADOR, N, 229 ROBERTS ST, WEST MIFFLIN, PA 15122 | |
| 10925 | SALVADOR, RODOLFO, 146 SHADY OAK RD., SAN DIEGO, CA 92114 | |
| 10925 | SALVAGGI, ANTHONY, 133 UNION PARK, MONPONSETT, MA 02350 | |
| 10925 | SALVAS, JOSEPH, 1419 MAMMOTH ROAD, DRACUT, MA 01826-1133 | |
| 10925 | SALVATI, JANE, 46 MARTIN ST, MEDFORD, MA 02155 | |
| 10924 | SALVATION ARMY PROJECT, 409 BROADWAY, KNOXVILLE, TN 37912 | |
| 10924 | SALVATION ARMY, 440 W. NYACK RD., WEST NYACK, NY 10994 | |
| 10924 | SALVATION ARMY, 696 JACKSON AVENUE, MEMPHIS, TN 38105 | |
| 10924 | SALVATION ARMY, C/O ODOM CONSTRUCTION, KNOXVILLE, TN 37912 | |
| 10925 | SALVATION ARMY, GEN COUNSEL, 1424 NORTH EAST EXPRESSWAY, ATLANTA, GA 30329-2088 | |
| 10924 | SALVATION ARMY, METRIC CONSTRUCTORS, INC., 1023 CENTRAL AVENUE, CHARLOTTE, NC 28204 | |
| 10925 | SALVATION ARMY, PO BOX 5998, LAKE CHARLES, LA 70606 | |
| 10925 | SALVATION ARMY, PO BOX 943, OWENSBORO, KY 42302-0943 | |
| 10925 | SALVATION ARMY, THE, 440 WEST NYACK RD., WEST NYACK, NY 10994 | |
| 10925 | SALVATION ARMY, THE, PO DRAWER 310, BOCA RATON, FL 33429 | |
| 10925 | SALVATO, FRANCIS, 10 SUNSET ROAD, CAMBRIDGE, MA 02138-1023 | |
| 10925 | SALVATORE D COSENTINO & P J, COSENTINO & M A COSENTINO & D, COSENTINO JR TR UA 1 21 83 THE, DOMENICO & ISABELLA COSENTINO TR, 15035 CARTER AVE, SAN JOSE, CA 95118-2149 | |
| 10925 | SALVATORE J SAVARINO, 65 REDWOOD TERRACE, WILLIAMSVILLE, NY 14221-2411 | |
| 10925 | SALVATORE, DONALD, 245 LINCOLN ST, BLACKSTONE, MA 01504 | |
| 10925 | SALVATORE, MICHAEL, 706G PINE BRANCH PLACE, ESSEX, MD 21221 | |
| 10925 | SALVERON, TIMOTHY, 3104 TETON LANE, BOWIE, MD 20715 | |
| 10925 | SALYERS, LISA, 72 S 3RD AVE, BEECH GROVE, IN 46107 | |
| 10925 | SALZANO, KATHLEEN, 5 CIRCLE LANE, RUTHERFORD, NJ 07070 | |
| 10925 | SALZBERG, CAROL, CUST FOR LENARD DAVID SALZBERG, UNIF GIFT MIN ACT NY, 2344 CORAL LEAF RD, TOMS RIVER, NJ 08755-0864 | |
| 10925 | SALZBERG, DAVID, 555 EAST ST, WALPOLE MA, MA 02081 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SALZL, JEROME, 4519 HUBBLE RD, CINCINNATI, OH 45247

10925    SALZL, JEROME, 4519 HUBBLE ROAD, CINCINNATI, OH 45247

10925    SALZMAN, KENNY, 104 EWING DRIVE, REISTERSTOWN, MD 21136

10925    SALZSIEDER, DALE, 1212 CASS ST, GREEN BAY, WI 54301

10925    SALZSIEDER, MARK, 2933-0H-B, KEWAUEE, WI 54216

10925    SALZSIEDER, TED, 908 HOWARD, GREEN BAY, WI 54304

10925    SAM BITTMAN, 96 DWIGHT AVE, HILLSDALE, NJ 07642-1548

10925    SAM BOREN TIRE & APPL CO INC, 2536 CARLISLE NE, ALBUQUERQUE, NM 87110

10925    SAM C COHEN, 1105 RICHARDS BLDG, 837 GRAVIER ST, NEW ORLEANS, LA 70112-1502

10924    SAM CARNAVALE FIREPROOFING, PULTENY STREET, GENEVA, NY 14456

10925    SAM ESTES PAINTING INC, PO BOX 130, MACEO, KY 42355

10924    SAM GOODIES AT UNIVERSAL CITY WALK, C/O WESTSIDE BUILDING MATERIALS, UNIVERSAL CITY, CA 91608

10924    SAM GOODY STORE - YORKTOWN MALL, WILKIN INSULATION, LOMBARD, IL 60148

10924    SAM RAYBURN HIGH SCHOOL, 1400 CEDARHURST, SAN ANTONIO, TX 78227

10925    SAM STATMORE, 2800 N E 203RD ST, N MIAMI, FL 33180-4105

10925    SAM STRUM, 400 N SURF RD, APT PH5, HOLLYWOOD, FL 33019-1407

10924    SAM WILEY, UNIVERSITY OF MICHIGAN, ANN ARBOR, MI 48104

10925    SAM, MAURICE, 58 RESERVATION ROAD, RENO, NV 89502

10925    SAMAKE, MODIBO, 60 BROMFIELD ST, QUINCY, MA 02170

10925    SAMANIEGO, MARITES, 11756 TIFFON CT, WALDORF, MD 20607

10925    SAMANIEGO, MINERVA, 921 LIGUSTRUM DRIVE, CORPUS CHRISTI, TX 78408

10925    SAMANIEGO, RITA, 160 #B CAMINO DE, SANTA BARBARA, CA 93111

10925    SAMANTHA A LYONS, 5010 SOUTHERN AVE, ANDERSON, IN 46013-4847

10925    SAMARA, GABRIEL, 28 NOTTINGHAM DR, NASHUA, NH 03062

10925    SAMARITANI, LAURA, 555 N. LEONA ST., GARDEN CITY, MI 48135

10925    SAMARKOS, ANNA, 346 WESTWINDS DR., PALM HARBOR, FL 34683

10925    SAMARRIPAS, CYNTHIA A., 254 MARBACH, SAN ANTONIO, TX 78237

10925    SAMARTANO, C, 3 VIENNA LANE, CLINTON, CT 06413

10925    SAMAX ENTERPRISES INC, 29-75 RIVERSIDE AVE, BLDG 2, NEWARK, NJ 07104

10925    SAMBONINO, ALBERTO, 1497 MIRTLE AVE., BROOKLYN, NY 11237

10925    SAMBRANO, PATRICIA, 1005 QUAIL CR ROAD, SHREVEPORT, LA 71105

10924    SAME - WAREHOUSE, SAINT LOUIS, MO 63116

10925    SAME DAY DELIVERY SERVICE, PO BOX 200299, DALLAS, TX 75320-0299

10924    SAME, 7685 FIELDS ERTEL RD, CINCINNATI, OH 45241

10924    SAMEDAN OIL CORPORATION, 12600 NORTHBOROUGH, #250, HOUSTON, TX 77067

10925    SAMET, SUSAN, 2421 W. LUNT, CHICAGO, IL 60645

10925    SAMFORD JR, WILLIAM JAMES, 723 E FAIRVIEW AVE, MONTGOMERY, AL 36106-1815

10924    SAMFORD UNIVERSITY-THE LAW LIBRARY, C/O BOB ROBERTS INC., BIRMINGHAM, AL 35229

10925    SAMII, ABBAS, 25 HURLEY ST, BELMONT, MA 02178

10925    SAMINCORP ( SS SINALOA), PIER 5 SALMON TERMINAL, SEATTLE, WA

10925    SAMM JR., ALBERT, 33 EAST RIDGELY ROAD, LUTHERVILLE, MD 21093

10925    SAMMIS, PATRICIA A, 15126 FISH POINT RD SE, PRIOR LAKE, MN 55372-1945

10925    SAMMONS, JOHN, 720 RIVIERA DRIVE, CHAPPELLS, SC 29037

10925    SAMMONS, PAUL, ROUTE #5 BOX 65A, OLIVE HILL, KY 41164

10925    SAMMONS, RICHARD, GENERAL DELIVERY, CUERO, TX 77954

10925    SAMMY B REISER, 612 WALNUT ST, WINDSOR, CO 80550-5148

10925    SAMONTE, ROBERT, 5032 LEE ST, SKOKIE, IL 60077

10925    SAMPCO INC, 56 DOWNING PKWY, PITTSFIELD, MA 01201

10925    SAMPCO INC., POBOX 32724, HARTFORD, CT 06150-2724

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  SAMPER JTWRS JT TEN, OCTAVIO E & ROSEMARIE, 929 COLONIALO DR, ALABASTER, AL 35007-9331

10925  SAMPLE BROTHERS, INC, 5917 JONES CREEK RD., STE. 200B, BATON ROUGE, LA 70817

10925  SAMPLE, CYNTHIA, 1227 SENATE CIRCLE, RADCLIFF, KY 40160

10925  SAMPLE, DARREN, 181 W RUNYON ST, NEWARK, NJ 07108

10925  SAMPLE, DOROTHY, 18391 JAMESWAY, DOYLESTOWN, OH 44230

10925  SAMPLE, GRETA, 5814 FRAMENT AVE, NORFOLK, VA 23502

10925  SAMPLE, LEROY, 536 FRANKLIN ST, APT #3, READING, PA 19602

10925  SAMPLE, MICHAEL D, 5636 SOUTH MERIDIAN ST, INDIANAPOLIS, IN 46217

10925  SAMPLES EXPRESS, 1101 O.G. SKINNER DR., WEST POINT, GA 31833

10924  SAMPLES- TED HAAG (503), 2519 KNIGHTWOOD WAY, RANCHO CORDOVA, CA 95670

10925  SAMPLES, EVA, 7136 HAZEL RD., DALLAS, TX 75217

10925  SAMPLES, JAMES, 128 WALTER LANE, GOLDEN MEADOW, LA 70357

10925  SAMPLES, MICHAEL, 340 N ALTURAS ROAD, BARTOW, FL 33830

10925  SAMPLES, ROBERT, 1955 HOLTTOWN RD, NEWPORT, TN 37821

10925  SAMPLES, VICKIE, RT. 10 DAVES CREEK, CUMMING, GA 30130

10925  SAMPLES, WILLIAM, RT 3 BOX 245-1, JEFFERSON, GA 30549

10925  SAMPOGNA, JOHN, 9354 TOWN PLACE DRIVE, OWINGS MILLS, MD 21117

10925  SAMPSEL, SHARON, RT 3 2053 S.R. 83 S, MILLERSBURG, OH 44654

10925  SAMPSON BROS LANDSCAPE CONT INC, 15 WINSOR ROAD, BILLERICA, MA 01821

10924  SAMPSON COATINGS, INC., 1900 ELLEN ROAD, RICHMOND, VA 23230

10924  SAMPSON COATINGS, INC., 301 HULL STREET, RICHMOND, VA 23224

10924  SAMPSON COATINGS, INC., PO BOX 6625, RICHMOND, VA 23230

10924  SAMPSON COMMUNITY COLLEGE, HIGHWAY 24 WEST, CLINTON, NC 28328

10924  SAMPSON COMMUNITY COLLEGE, HIGHWAY 2427, CLINTON, NC 28328

10925  SAMPSON, BRETT, 121 HIBRITEN WAY, LAKELAND, FL 33803

10925  SAMPSON, CARRIE, 205 VARSITY CIRCLE, ARLINGTON, TX 76013

10925  SAMPSON, GLORIA, 4223 SAFFRON, FRIENDSWOOD, TX 77546

10925  SAMPSON, KAREN, 6028 HERSHALT AVE, LAKEWOOD, CA 90712

10925  SAMPSON, KIM, 27 WESTCHESTER DR., CLIFTON PARK, NY 12065

10925  SAMPSON, KIMBERLY, 3215 KNIGHT ST, SHREVEPORT, LA 71105

10925  SAMPSON, LARRY D, 3967 WEBB CT, COLUMBIA, SC 29204

10925  SAMPSON, PAUL, 32 GALE ST, WALTHAM, MA 02154

10925  SAMPSON, SANDRA, 34 W. 17TH ST, JACKSONVILLE, FL 32206

10925  SAMPSON, STEPHAN, 710 SYCAMORE, BURKBURNETT, TX 76354

10925  SAMPSON, STEVE, 11133 MERINO AVE, APPLE VALLEY, CA 92308

10925  SAMPSON, TYRONE, 15714 EDMORE, DETROIT, MI 48205

10925  SAMPSON, WALTER, 713 CENTRAL, WALNUT, IA 51577

10925  SAMS CLUB #6322, 7469 SOUTH AVE., YOUNGSTOWN, OH 44512

10925  SAMS CLUB #6328, 2601 S. CICERO AVE., CICERO, IL 60804-3644

10925  SAMS CLUB #8211, 150 RIVERSIDE PKY, AUSTELL, GA 30001

10925  SAMS CLUB DIRECT, PO BOX 9904, MACON, GA 31297-9904

10925  SAMS CLUB GECF, PO BOX 105983 DEPT 49, ATLANTA, GA 30348-5983

10925  SAMS CLUB, 150 RIVERSIDE PKWY, AUSTELL, GA 30001-7700

10925  SAMS CLUB, 20 FRANKLIN AVE, SPARTANBURG, SC 29301

10925  SAMS CLUB, 596 BOBBY JONES EXPRESSWAY, AUGUSTA, GA 30907-2455

10925  SAMS CLUB, 7469 SOUTH AVE, BOARDMAN, OH 44512

10925  SAMS CLUB, 9500 WEST JOLIET ROAD, HODGKINS, IL 60525

10925  SAMS CLUB, PO BOX 105983, DEPT. 49, ATLANTA, GA 30348-5983

10925  SAMS CLUB, PO BOX 660617 DEPT 49, DALLAS, TX 75266-0617

10925  SAMS CLUB, PO BOX 9001152, LOUISVILLE, KY 40290-1152

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SAMS CLUB, PO BOX 9904, ATLANTA, GA 30348-5983

10925   SAMS INDUSTRIAL SEWING MACHINES, 8589 BENTON AVE, PHILADELPHIA, PA 19152

10925   SAMS MEAT COMPANY, 846 WEST FULTON, CHICAGO, IL 60607

10924   SAM'S TOWN HOTEL & GAMBELING HALL, LAS VEGAS, NV 89113

10924   SAM'S WAREHOUSE, CINCINNATI, OH 45200

10925   SAMS WHOLESALE CLUB, PO BOX 9001152, LOUISVILLE, KY 40290-1152

10925   SAMS, DAVID A, 153 MARGUERITE AVE., MILL VALLEY, CA 94941

10925   SAMS, DAVID, 153 MARGUERITE AVE, MILL VALLEY, CA 94941

10925   SAMS, JACKIE, BOX 654, CUMMINGS, GA 30130

10925   SAMSEL SERVICES CO., 2195 DRYDOCK AVE, CLEVELAND, OH 44113

10925   SAMSON C/O IVES EQUIPMENT CORP., 7210-D RUTHERFORD RD., BALTIMORE, MD 21244

10925   SAMSON HYDROCARBONS CO CT CORP SYS, PO BOX 1166 40 W LAWRENCE, SUITE A, HELENA, MT 59624

10925   SAMSON HYDROCARBONS CO PRENTICE-HA, 1013 CENTRE ROAD, WILMINGTON, DE 19805

10925   SAMSON HYDROCARBONS CO, ENV SERVICES, TWO WEST SECOND ST, SAMSON PLAZA, TULSA, OK 74103-3103

10925   SAMSON HYDROCARBONS, MARK LAUER, 2 W 2ND ST, TULSA, OK 74103-3123

10925   SAMSON INVESTMENT CO CORP TRUST CO, 6100 NEIL ROAD, #500, RENO, NV 89511

10925   SAMSON INVESTMENT CO, JACK A CANNON, TWO WEST SECOND ST, SAMSON PLAZA, TULSA, OK 74103-3303

10925   SAMSON INVESTMENT CO, TWO WEST SECOND ST, TULSA, OK 74103-3103

10925   SAMSON INVESTMENT COMPANY, 2 WEST SECOND ST, TULSA, OK 74103-3103

10925   SAMSON INVESTMENT COMPANY, TWO WEST SECOND ST, SAMSON PLAZA, TULSA, OK 74103-3303

10925   SAMSON INVESTMENT COMPANY, TWO WEST SECOND ST, TULSA, OK 74103-3303

10925   SAMSON JR, LEOPOLDO, 2019 GREENCREST DR, MISSOURI CITY, TX 77489

10925   SAMSON, DAVID, 42 E JORDAN ST, ADAMS, MA 01220

10925   SAMSON, FRANCISCO, 2526-E 219TH PLACE, LONG BEACH, CA 90810

10925   SAMSON, LEOPOLDO, 2019 GREENCREST, MISSOURI CITY, TX 77489

10925   SAMSON, PERPETUA, 82-94 166 ST., JAMAICA, NY 11432

10925   SAMSUNG ELECTRONICS AMERICA INC, 3655 NORTH FIRST ST, SAN JOSE, CA 95134

10925   SAMSUNG FINE CHEMICALS CO, LTD, TAEPYUNG-RO, CHOONG-KU, SEOUL, 100-102

10924   SAMSUNG SDI BRASIL LTDA, C/O, .?, 999999999BRAZIL                    *VIA Deutsche Post*

10924   SAMSUNG SDI BRASIL LTDA, DISTRITO INDUSTRIAL, CEP: 69088-480-MANAUS-AM-BRAZIL-BR, MANAUS-AM-BRAZIL, 999999999BRAZIL          *VIA Deutsche Post*

10924   SAMSUNG SDI BRASIL LTDA, DISTRITO INDUSTRIAL, CEP:69088-480-MANAUS-AM-BRAZIL-BR, MANAUS-AM-BRAZIL, 999999999BRAZIL           *VIA Deutsche Post*

10925   SAMUDRE, JESSICA, 5389 SUSQUEHANNA DR, VA BEACH, VA 23462

10925   SAMUEL A COTTRELL, 323 EAST WILLIAM ST, WATERLOO, NY 13165-1627

10925   SAMUEL ANDRUS COTE, 5731 LONGBRAKE CR, EDINA, MN 55439-2619

10925   SAMUEL B SONGER & VIOLA B SONGER, TR UA JUN 15 95 THE SONGER LIVING, TRUST, 6580 MINNEWAUKAN DR, CINCINNATI, OH 45243-2406

10925   SAMUEL BERGER, 811 HUTCHISON ROAD, FLOSSMOOR, IL 60422-1317

10925   SAMUEL BLIBAUM, POB 6724, TOWSON FINANCE, MD 21285-6724

10925   SAMUEL BRYANT, 427 FAIRVIEW ST. APT. 71-2, FOUNTAIN INN, SC 29644-1811

10925   SAMUEL CERONE, 267 WESTMINSTER PL, LODI, NJ 07644-1115

10925   SAMUEL DEAN SHEET METAL INC, POBOX 5400, SAN ANTONIO, TX 78201

10925   SAMUEL E JOHNSON TR UA JUN 2 97, THE JOHNSON REVOCABLE TRUST, PO BOX 271, YUBA CITY, CA 95992-0271

10925   SAMUEL E MANFRE TR UA, DTD OCT 1 82, SAMUEL E MANFRE TR, 1174 KIMBERLY DR, SAN JOSE, CA 95118-1532

10925   SAMUEL E TOMAN TR UA MAY 29 90, ELEANOR TOMAN FAMILY TRUST, 701 WINTERMANTLE AVE, SCRANTON, PA 18505-2633

10924   SAMUEL FIELD YMYWA, 58-20 LITTLE NECK PARKWAY, PARKSIDE, NY 11375

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SAMUEL GARZON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | SAMUEL GORDON, NINE WARREN LANE, JERICHO, NY 11753-1431 | |
| 10925 | SAMUEL J GOLDSTEIN, 429 FORBES AVE SUITE 615, PITTSBURGH, PA 15219-1604 | |
| 10925 | SAMUEL J SMITH, PO BOX 467, CADDO, OK 74729-0467 | |
| 10925 | SAMUEL J YAKE, 45 CHESTNUT ROAD, PAOLI, PA 19301-1502 | |
| 10925 | SAMUEL J ZITO, 221 E LAKE AVE, BALTIMORE, MD 21212-2539 | |
| 10925 | SAMUEL LEE TEMPLETON &, POLLY G TEMPLETON JT TEN, 102 WESTOVER DR, GREER, SC 29651-1445 | |
| 10925 | SAMUEL M HARRELL, PO BOX 43400, CINCINNATI, OH 45243-0400 | |
| 10925 | SAMUEL MARK &, MARCIA MARK JT TEN, PO BOX 750081, FOREST HILLS, NY 11375-0081 | |
| 10925 | SAMUEL MOSKOWITZ, 600 SHORE RD APT 2 L, LONG BEACH, NY 11561-4617 | |
| 10925 | SAMUEL PRINCE, 7702 PARK AVE, NORTH BERGEN, NJ 07047-5831 | |
| 10925 | SAMUEL STEINBACH &, CAROLE STEINBAC TEN COM, 2727 PALISADE AVE 14K, BRONX, NY 10463-1025 | |
| 10925 | SAMUEL TRAURING, 645 WEST END AVE, NEW YORK, NY 10025-7322 | |
| 10925 | SAMUEL W. DAVIS, 3208 FORREST LODGE CT, GLEN ALLEN, VA 23060 | |
| 10925 | SAMUEL, ALEYAMMA, 132 W GALE, PHILA, PA 19120 | |
| 10925 | SAMUEL, DONALD, POBOX 255, HIGHLAND, IL 62249 | |
| 10925 | SAMUEL, FLORENCE, 7750 E ROOSEVELT BLD, PHILA, PA 19152 | |
| 10925 | SAMUEL, LOVIS, 88-43 ASHFORD ST, BELLEROSE, NY 11427 | |
| 10925 | SAMUEL, SERITA, 703 DOGWOOD DRIVE, GAFFNEY, SC 29340 | |
| 10925 | SAMUEL, STEPHEN, 2101 W VENANGO ST, PHILADELPHIA, PA 19140 | |
| 10925 | SAMUEL, VIRGINIA, RR #1, BOX 3B, SUGAR RUN, PA 18846 | |
| 10925 | SAMUELS RECYCLING CO, MIKE SIEHOFF, | |
| 10925 | SAMUELS STUDIO INC, PO BOX 201, MAYNARD, MA 01754 | |
| 10925 | SAMUELS, FINDY, 5656 INDIAN OAKS CIR, LOUISVILLE, KY 40219 | |
| 10925 | SAMUELS, LENNA, 208 W WALNUT ST, GASTONIA, NC 28052 | |
| 10925 | SAMUELS, OWEN, 200 ROSEMONT DR, GREEN BAY, WI 54301 | |
| 10925 | SAMUELS, ROBERT, 1901 BAY ROAD N 301, VERO BEACH, FL 32963-4338 | |
| 10925 | SAMUELS, SUSAN, 2503 ASPEN WAY, BOYNTON BEACH, FL 33436 | |
| 10925 | SAMUELS, SUSAN, 472 BRACKENWOOD LN S, PALM BEACH GARDENS, FL 33418 | |
| 10925 | SAMUELSON, C, 5942 ALBION RD, OAKFIELD, NY 14125 | |
| 10925 | SAMUELSON, JERRY, ROUTE 2, BOX 173, DECORAH, IA 52101 | |
| 10925 | SAMUELSON, JUDY, 1343 PADDINGTON RD, MAHWAH, NJ 07430 | |
| 10925 | SAMUELSON, MARY, 10611 RUSSETT DRIVE, HOUSTON, TX 77042 | |
| 10925 | SAMUELSON, ROBERT, 1135 SOUTH 20TH, CLARINDA, IA 51632 | |
| 10924 | SAN ANGELO MULTI PURPOSE CENTER, 2300 VARSITY, SAN ANGELO, TX 76909 | |
| 10924 | SAN ANTONIO BOARD OF REALTORS, C/O TOMAN & ASSSOCIATES, SAN ANTONIO, TX 78230 | |
| 10925 | SAN ANTONIO GAS AND ELECTRIC, PO BOX 1771, SAN ANTONIO, TX 78296-1771 | |
| 10924 | SAN ANTONIO IMAX THEATER, 849 EAST COMMERCE STREET, SAN ANTONIO, TX 78205 | |
| 10925 | SAN ANTONIO MARRIOTT RIVERCENTER, 101 BOWIE ST., SAN ANTONIO, TX 78205 | |
| 10924 | SAN ANTONIO MUSEUM OF ART, 200 W. JONES AVENUE, SAN ANTONIO, TX 78215 | |
| 10924 | SAN ANTONIO PLUMBING DIST.(AD), 7511 1H-35 NORTH, AUSTIN, TX 78752 | |
| 10924 | SAN ANTONIO ROOFERS SUPPLY, 8727 LOCKWAY, SAN ANTONIO, TX 78217 | |
| 10925 | SAN AUGUSTINE INDUSTRIAL CLINIC, 321 W SAN AUGUSTINE, DEER PARK, TX 77536 | |
| 10924 | SAN BENITO, 385 FLORA AVENUE, HOLLISTER, CA 95023 | |
| 10924 | SAN BERNARDINO HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, 901 N. MERIDIAN, COLTON, CA 92324 | |
| 10925 | SAN DIEGO AREA CHAPTER ICBO, 1222 FIRST AVE (MS 401), SAN DIEGO, CA 92101 | |
| 10925 | SAN DIEGO COUNTY PUBLIC HEALTH LAB, 3851 ROSECRANS ST, SAN DIEGO, CA 92186 | |
| 10924 | SAN DIEGO HIGH RISE, 1010 2ND AVE., SAN DIEGO, CA 92112 | |
| 10925 | SAN DIEGO HILTON, 1775 EAST MISSION BAY DR, SAN DIEGO, CA 92109 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924　SAN DIEGO PRECAST, 9702 PROSPECT AVENUE, SANTEE, CA 92071

10924　SAN DIEGO READY MIX/CARROL CYN, CARROL CANYON, SAN DIEGO, CA 92126

10924　SAN DIEGO READY MIX/OCEANSIDE, 3227 OCEANSIDE BLVD, OCEANSIDE, CA 92054

10924　SAN DIEGO STADIUM, C/O EXPO BUILDERS SUPPLY, SAN DIEGO, CA 92101

10924　SAN DIEGO, 1200 THIRD AVE, SAN DIEGO, CA 92101

10924　SAN DIEGO/SUPERIOR/MISSION GOR, 2500 MISSION GORGE RD., SAN DIEGO, CA 92101

10924　SAN FERNANDO JUVENILE HALL, SYLMAR, CA 91345

10924　SAN FLIPPIO PEANUT COMPANY, HWY. 27 NORTH OF, BAINBRIDGE, GA 31717

10925　SAN FRANCISCO CITY & COUNTY OF, CITY ATTYS OFFICE, RONA H SANDLER, CARLTON B GOODLETT PLACE, ROOM 234, SAN FRANCISCO, CA 94102-4682

10925　SAN FRANCISCO CITY & COUNTY OF, DONALD MARGOLIS, 1390 MARKET ST, 6TH FL, SAN FRANCISCO, CA 94102

10925　SAN FRANCISCO CITY & COUNTY OF, RONA SANDLER, CITY ATTYS OFFICE, 1390 MARKET ST 5TH FL, SAN FRANCISCO, CA 94102

10924　SAN FRANCISCO CITY HALL, MACALESTER & POLK ST, SAN FRANCISCO, CA 94107

10924　SAN FRANCISCO COURTHOUSE, MACALESTER & POLK, SAN FRANCISCO, CA 94107

10925　SAN FRANCISCO FORTY NINERS, FILE 6498, SAN FRANCISCO, CA 94160

10924　SAN FRANCISCO GENERAL HOSPITAL, SPRAY ON, SAN FRANCISCO, CA 94124

10925　SAN FRANCISCO GRAVEL CO., 522 BERRY ST, SAN FRANCISCO, CA 94107

10924　SAN FRANCISCO GRAVEL(AM), 552 BERRY ST, SAN FRANCISCO, CA 94107

10924　SAN FRANCISCO GRAVEL, 552 BERRY ST, SAN FRANCISCO, CA 94107

10924　SAN FRANCISCO LIBRARY, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10925　SAN FRANCISCO MARRIOTT, 55 FOURTH ST., SAN FRANCISCO, CA 94103

10925　SAN FRANCISCO NEWSPAPER AGENCY, PO BOX 7269, SAN FRANCISCO, CA 94120-7269

10925　SAN FRANCISCO NEWSPAPER AGENCY, POBOX 7747, SAN FRANCISCO, CA 94120

10924　SAN FRANCISCO STATE UNIVERSITY, C/O THOMPSONS BUILDING MATERIALS, SAN FRANCISCO, CA 94132

10925　SAN FU LEE, 586 CYPRESS LANE, LUTZ, FL 33549-4557

10924　SAN GABRIEL HIGH SCHOOL, ZELLNER PLASTERING, SAN GABRIEL, CA 91775

10925　SAN GIORGIO, JOHN, 1137 HAROLD PTTRSON, DANDRIDGE, TN 37725

10924　SAN JOAQIN HOSPITAL, MEISWINKEL, STOCKTON, CA 95201

10924　SAN JOAQUIN MEMORIAL HOSPITAL, FREDERICK MEISWINKLE, STOCKTON, CA 95201

10924　SAN JOAQUIN, C/O SAN FRANCISCO GRAVEL, 120 MATTHEWS DR., STOCKTON, CA 95201

10924　SAN JOSE AIRPORT - R&L BROSAMER, AIRPORT BOULEVARD AND WHALEY AVENUE, SAN JOSE, CA 95110

10925　SAN JOSE AMOCO INC, SEAN MARSH, 8863 SAN JOSE BLVD, JACKSONVILLE, FL 32217

10925　SAN JOSE COUNTRY CLUB, WILLIAM B DIETZ, 7529 SAN JOSE BLVD, JACKSONVILLE, FL 32217

10925　SAN JOSE RAG COMPANY, POBOX 5486, SAN JOSE, CA 95150-5486

10925　SAN JOSE SHELL, 11647 SAN JOSE BLVD, MANDRN,

10925　SAN JOSE UNIVERSITY, ONE WASHINGTON SQUARE, SAN JOSE, CA 95192-0222

10925　SAN JOSE, MA EVITA, 193 COTTAGE GROVE, CAMARILLO, CA 93010

10924　SAN JUAN ALAMO HIGH SCHOOL, 805 WEST RIDGE ROAD, SAN JUAN, TX 78589

10924　SAN JUAN CONCRETE, 2100 BISTI HWY, FARMINGTON, NM 87401

10925　SAN JUAN CONCRETE, 215 W ELM ST, FARMINGTON, NM 87401

10924　SAN JUAN MATERIALS, 215 W. ELM STREET, FARMINGTON, NM 87401

10925　SAN JUAN, MARIA, 49 VAN HOUTEN PL., BELLEVILLE, NJ 07109

10925　SAN JUAN, PHYLLIS, 19 FARRINGTON ST, ROCHESTER, NH 03867

10924　SAN JUNG RUBBER IND CORP LTD, NO.223, FU LIAN RD,YANMEI CHEN,, SAVANNAH, GA 31418

10925　SAN LEANDRO CHAMBER OF COMMERCE, 262 DAVIS ST, SAN LEANDRO, CA 94577

10925　SAN LEANDRO ELECTRIC SUPPLY, 633 SAN LEANDRO BLVD, SAN LEANDRO, CA 94577

10924　SAN LEANDRO ELECTRIC SY (AD), 633 SAN LEANDRO BLVD., SAN LEANDRO, CA 94577

10925　SAN LEANDRO MARINA INN, 68 SAN LEANDRO MARINA, SAN LEANDRO, CA 94577

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SAN LEANDRO MFG ASSOC, 262 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10925 | SAN LEANDRO PUBLIC LIBRARY, 835 E.14TH ST, SAN LEANDRO, CA 94577 | |
| 10924 | SAN LORENZO LUMBER, 2435 44 FIRST STREET, SANTA CRUZ, CA 95063 | |
| 10924 | SAN LORENZO LUMBER, PO BOX 2367, SANTA CRUZ, CA 95063 | |
| 10925 | SAN LOUIS OBISPO COUNTY OF, JIM LINDHOLM, 1035 PALM ST, COUNTY GOVERNMENT CENTER ROOM 386, SAN LUIS OBISPO, CA 93408 | |
| 10925 | SAN LUIS & DELTA MENDOTA, PO BOX 2157, LOS BANOS, CA 93635 | |
| 10925 | SAN LUIS RESORT & CONFERENCE, THE, 5222 SEAWALL BLVD., GALVESTON, TX 77550 | |
| 10924 | SAN MARIN COMPANY, 52354 TRIPOLI WAY, COACHELLA, CA 92236 | |
| 10924 | SAN MARINO PLASTERING, INC., 625 NORTH MAIN STREET, ORANGE, CA 92868 | |
| 10925 | SAN MIGUEL, RANDAL, 580 WELLINGTON LANE, WICHITA FALLS, TX 76301 | |
| 10924 | SAN ONOFRE NUCLEAR POWER PLANT, C/O WESTSIDE BUILDING MATERIALS, SAN CLEMENTE, CA 92672 | |
| 10925 | SAN PEDRO YMCA, 301 S. BANDINI ST., SAN PEDRO, CA 90731 | |
| 10924 | SAN PEDRO, PHILLIP DANIELS, SAN PEDRO, CA 90731 | |
| 10924 | SAN QUENTIN PRISON, SAN QUENTIN, CA 94964 | |
| 10925 | SAN RAMON OCCUP MEDICAL GROUP, PO BOX 2267, CHATSWORTH, CA 91313-2267 | |
| 10925 | SAN RAMON REG MED CENTER, PO BOX 31001-0125, PASADENA, CA 91110 | |
| 10925 | SAN THOMAS LTD PARTNERSHIP, 110 WEST ROAD STE 203, TOWSON, MD 21204 | |
| 10925 | SAN THOMAS ROAD LTD. PTR., 110 WEST ROAD, SUITE 203, TOWSON, MD 21204 | |
| 10924 | SAN XAVIER - PLANT #21, 1011 WEST VALENCIA ROAD, TUCSON, AZ 85734 | |
| 10924 | SAN XAVIER #28 / NOGALES, 91 OLD RUBY ROAD, NOGALES, AZ 85621 | |
| 10924 | SAN XAVIER ROCK AND MATERIALS, ATTN:  ACCOUNTS PAYABLE, CORTARO, AZ 85652 | |
| 10924 | SAN XAVIER/KIEWIT #26, 36700 GOLDER DAM ROAD, CATALINA, AZ 85738 | |
| 10925 | SAN, MIGUEL, RT 5 BOX 3110, ODESSA, TX 79762 | |
| 10925 | SAN, MIGUEL, RT5 BOX3286, ODESSA, TX 79766 | |
| 10925 | SAN, YEE KIM, BLOCK 254, CHOA CHU KANG, AVE 2 04-282, 680254 | *VIA Deutsche Post* |
| 10925 | SANABRIA, DIANE, 300 PARSIPPANY RD, PARSIPPANY, NJ 07054 | |
| 10925 | SANABRIA, REINALDO, BO GUAYPAO-ENSENADA BOX 517, GUANICA, PR 00647 | |
| 10925 | SANABRIA, YOLANDA, MONTE REAL CALLE, AGUDILLA, PR 00063 | |
| 10925 | SAN-A-CARE, INC, PO BOX 4250, WAUKESHA, WI 53187 | |
| 10925 | SANBERG, ERIC, 1447 SCOVILLE, BERWYN, IL 60402 | |
| 10925 | SANBORN HEAD & ASSOCIATES INC, 6 GARVINS FALLS ROAD, CONCORD, NH 03301 | |
| 10925 | SANBORN, DAVID, 83 HUTCHINSON RD, CHICHESTER, NH 03234 | |
| 10925 | SANBORN, KENNETH, 2615 33RD AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | SANBORN, MARY, 1817 C ST, SPARKS, NV 89431 | |
| 10925 | SANBORN, PATRICIA, 1404 LEXINGTON AVE., GREENSBORO, NC 27406 | |
| 10925 | SANBORN, PATRICIA, 1905 DOWS ST BOX 104, ELY, IA 52227 | |
| 10925 | SANBORN, PHILIP, 220 BEECHWOOD DRIVE, SPARTANBURG, SC 29307 | |
| 10925 | SANBURN, SONIA, 1820 COLLINS CIRCLE, RENO, NV 89506 | |
| 10924 | SANCAP LINER TECHNOLOGY INC., 16125 ARMOUR ST NE, ALLIANCE, OH 44601 | |
| 10925 | SANCHES, JOSE, 2017 VERMONT AVE NW, WASHINGTON, DC 20001 | |
| 10925 | SANCHES, MELINDA, 1513 BRITAIN, WICHITA FALLS, TX 76308 | |
| 10924 | SANCHEZ COLLADO & CIA., ALTAMIRA D ESTE # 448, MANAGUA, NIC | *VIA Deutsche Post* |
| 10925 | SANCHEZ JR., SERVANDO, 600 W. HOLLAND, FALFURRIAS, TX 78355 | |
| 10925 | SANCHEZ, ABRAHAM, 2003 TREE HILLS PKWY, STONE MOUNTAIN, GA 30088 | |
| 10925 | SANCHEZ, ADELFA, 1133 ELM ST, READING, PA 19604 | |
| 10925 | SANCHEZ, ALONSO, 1001 W. CHAMPION APT #3, EDINBURG, TX 78539 | |
| 10925 | SANCHEZ, ALVIN, 226 CRAVENS, SAN ANTONIO, TX 78223 | |
| 10925 | SANCHEZ, AMARIS, 617 HILLTOP DRIVE, TRENTON, NJ 08620 | |
| 10925 | SANCHEZ, ANA, BO COLLORES RM 9HM 5, YAUCO, PR 00968 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SANCHEZ, ANA, JARDINEZ DE MAYAGUEZAPTO. 9 EDIFICIO 918, MAYAGUEZ, PR 00681 | |
| 10925 | SANCHEZ, ANTONIO, 11907 GALE AVE, D, HAWTHORNE, CA 90250 | |
| 10925 | SANCHEZ, CATHERINE, 1809 HENRY CIRCLE SW, ALBUQUERQUE, NM 87105 | |
| 10925 | SANCHEZ, DEBORAH, 4804 PKWY BLVD, LANDOLAKES, FL 34639 | |
| 10925 | SANCHEZ, DELORES, 6928 REGIS DR., DALLAS, TX 75217 | |
| 10925 | SANCHEZ, DIANA, HC-01 BOX 8270, AGUAS BUENAS, PR 00703 | |
| 10925 | SANCHEZ, DIANA, PO BOX 1487, PALATKA, FL 32178 | |
| 10925 | SANCHEZ, ELEAZAR, PO BOX 642, CRAIG, CO 81626 | |
| 10925 | SANCHEZ, ELSA, 1433 T ST NW #306, WASHINGTON, DC 20009 | |
| 10925 | SANCHEZ, EMA, 1207 BAY HORSE, SAN ANTONIO, TX 78245 | |
| 10925 | SANCHEZ, FELIPE, 3257 S. MAY ST, CHICAGO, IL 60608 | |
| 10925 | SANCHEZ, FERNANDO, 4518 BILLINGSLY, HOUSTON, TX 77009-2701 | |
| 10925 | SANCHEZ, FERNANDO, 86 PRINCETON AVE., DOVER, NJ 07801 | |
| 10925 | SANCHEZ, FIDENCIO, 720 EAST AVE B, KINGSVILLE, TX 78363 | |
| 10925 | SANCHEZ, FRANCES, 6164 ALDAMA ST, LOS ANGELES, CA 90042 | |
| 10925 | SANCHEZ, FREDDY, 7631 BAYLOR DRIVE, WESTMINSTER, CA 92683 | |
| 10925 | SANCHEZ, HUMBERTO, 446 N. DUARTE, FALFURRIAS, TX 78355 | |
| 10925 | SANCHEZ, IVELISSE, CALLE 80 BLOQUE 94, BAYAMON, PR 00961 | |
| 10925 | SANCHEZ, JACOB, RT 2 BOX 93 SS, MISSION, TX 78572 | |
| 10925 | SANCHEZ, JANETT, 2921 26TH ST, NE, WASHINGTON, DC 20018 | |
| 10925 | SANCHEZ, JASON, 163 W. DIVISION #311, CHICAGO, IL 60610 | |
| 10925 | SANCHEZ, JASON, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | SANCHEZ, JESUS, 1141 LEHNERTZ AVE, AURORA, IL 60505 | |
| 10925 | SANCHEZ, JOSE, 12 MAJOR DRIVE, NASHUA, NH 03060 | |
| 10925 | SANCHEZ, JOYCE, 1240 WELBURN AVE, GILROY, CA 95020-0000 | |
| 10925 | SANCHEZ, JR, NORMAN, 452 DANTIN ST., RACELAND, LA 70394 | |
| 10925 | SANCHEZ, JUAN, 1 EAST 3RD ST, NEW YORK, NY 10003 | |
| 10925 | SANCHEZ, JULIO, 2017 VERMONT AVE., WASHINGTON, DC 20001 | |
| 10925 | SANCHEZ, LAWRENCE, 4 PLENTY ST, NUTTING LAKE, MA 01865 | |
| 10925 | SANCHEZ, LILY, 6770 EDGEMERE, EL PASO, TX 79925 | |
| 10925 | SANCHEZ, LISA, 10601 N. 10TH #3, MCALLEN, TX 78504 | |
| 10925 | SANCHEZ, LOURDES, 1401 W ISLETON, OXNARD, CA 93030 | |
| 10925 | SANCHEZ, M, 480 SEVERNSIDE DRIVE, SEVERNA PARK, MD 21146 | |
| 10925 | SANCHEZ, MARCELINO, 804 1/2 S.ATKINSON #43, ROSWELL, NM 88201 | |
| 10925 | SANCHEZ, MARGARET, 905 ADRAIN ST, LUBBOCK, TX 79403 | |
| 10925 | SANCHEZ, MARIA, 1902 N. MIDLAND DR #, MIDLAND, TX 79707 | |
| 10925 | SANCHEZ, MARIA, 4108 N. CALIFORNIA, CHICAGO, IL 60618 | |
| 10925 | SANCHEZ, MAURICE, 753 LORING AVE #2, CROCKETT, CA 94525 | |
| 10925 | SANCHEZ, MINERVA, 5046 N. WOLCOTT, CHICAGO, IL 60640 | |
| 10925 | SANCHEZ, MYRNA, BOX 106, CAMUY, PR 00627 | |
| 10925 | SANCHEZ, NORBERTO, 13 PARK ST, TAUNTON, MA 02780 | |
| 10925 | SANCHEZ, NORBERTO, CALLE BECHARA 407, MAYAGUEZ, PR 00680 | |
| 10925 | SANCHEZ, PERFECTO, 1609 BLAND, WICHITA FALLS, TX 76302 | |
| 10925 | SANCHEZ, RACHAEL, 907 WEST 14TH., ROSWELL, NM 88201 | |
| 10925 | SANCHEZ, RICARDO, 5609 WEST 43RD, AMARILLO, TX 79109 | |
| 10925 | SANCHEZ, RICHARDO, PO BOX 491, HEREFORD, TX 79045 | |
| 10925 | SANCHEZ, ROBERT, 9930 GARNETT, LIVONIA, MI 48150 | |
| 10925 | SANCHEZ, ROGELIO, 100 VICKERS RD, FAIRBURN, GA 30213 | |
| 10925 | SANCHEZ, ROSA, 3308 N. HARDING, FT WORTH, TX 76106 | |
| 10925 | SANCHEZ, SARA, CALLE 22 K-81, PONCE, PR 00731 | |
| 10925 | SANCHEZ, SARA, URB LOS CAOBOS CALLE, PONCE, PR 00731 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SANCHEZ, SONDRA, 124 BEDFORD, BAKERSFIELD, CA 93308

10925   SANCHEZ, TINA, 6736 BIRCH ROAD, WINSTON, GA 30187

10925   SANCHEZ, VIRGINIA, 1903 JUANITA, ODESSA, TX 79762

10925   SANCHEZ, WILLIAM, 270 BLAKENEY ROAD, CATONSVILLE, MD 21228

10925   SANCHEZ-ALLEN, AGATHA, 1601 LESTER DR. N.E., ALBUQUERQUE, NM 87112

10925   SANCHEZ-SIERLE, CARLOS, 100 WEST 94TH ST 9E, NEW YORK, NY 10025-7012

10925   SANCHIONI, DEBORAH, 1001 PARK DR, CASSELBERRY, FL 32707

10925   SANCHIRICO, GARY, 16 TAYLOR ST FIRST FL, NASHUA, NH 03060

10924   SANCO BUILDING PROD CORP, P.O.BOX 586, BELLEVILLE, IL 62222

10924   SANCO BUILDING PRODUCTS, CORP., 16671 CHESTERFIELD AIRPORT RD., CHESTERFIELD, MO 63017

10924   SANCO BUILDING PRODUCTS, CORP., P O BOX 586, BELLEVILLE, IL 62222

10924   SANCTUARY PARK, 1165 SANCTUARY PARK, ALPHARETTA, GA 30004

10924   SAND HILL REDI-MIX, ATTN: ACCOUNTS PAYABLE, LAURINBURG, NC 28352

10925   SAND, DUSTIN, 4728 N 46TH DR, PHOENIX, AZ 85033

10925   SAND, PHYLLIS A, CUST FOR CYNTHIA J SAND, UNIF GIFTS MIN ACT-IOWA, 1438 TRUMAN PLACE, AMES, IA 50010-4264

10925   SANDBERG, JR, WILLIAM, 10150 E. HARVARD AVE #D3, DENVER, CO 80231

10925   SANDBERG, PAUL, 44 CROSS ST, BEVERLY, MA 01915

10925   SANDBERG, PAUL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SANDBERG, PAUL, ST PETRI KYRKOGATA 10, LUND SWEDEN, 22221

10925   SANDBULTE, MERLYN, 2113 17TH ST, ROCK VALLEY, IA 51247

10924   SANDBURG MIDDLE SCHOOL, 2400 SANDBURG LANE, GOLDEN VALLEY, MN 55427

10925   SANDCASTLES OF MASSACHUSETTS, PO BOX 1079, N.EASTHAM, MA 02651

10925   SANDCASTLES OF MASSACHUSETTS, PO BOX 7251, CUMBERLAND, RI 02864-0894

10924   SANDCO STONEWORKS, 16671 CHESTERFIELD AIRPORT RD, CHESTERFIELD, MO 63017

10924   SANDCO STONEWORKS, 16671 CHESTERFIELD AIRPORT RD., CHESTERFIELD, CO 63017

10924   SANDCO STONEWORKS, 691 CR 252, DURANGO, CO 81301

10925   SANDE EQUIPMENT COMPANY, INC, 508 MONTEREY PASS ROAD, MONTEREY PARK, CA 91754-2475

10925   SANDEFUR, PATRICK, 7 CHEROKEE COURT, LONDONDERRY, NH 03053

10925   SANDEL, KATHY, 206 N SHIPP, MADISONVILLE, TX 77864

10924   SANDELIN FOUNDATION INC., AGUSTA ROAD, TOPSHAM, ME 04086

10924   SANDELIN FOUNDATION INC., P O BOX 224, TOPSHAM, ME 04086

10924   SANDELIN FOUNDATION INC., P.O. BOX 224, TOPSHAM, ME 04086

10925   SANDER JR, CHARLES IRVINE, 74 LAWN ST T, BOSTON, MA 02128-1206

10925   SANDER KATZ CUST JAY H KATZ, UNIF GIFT MIN ACT NJ, 49 FROST AVE WEST, EDISON, NJ 08820-3157

10925   SANDER M GOODMAN &, SIMONE L GOODMAN JT TEN, 7530 N KILBOURN, SKOKIE, IL 60076-3844

10925   SANDER M GOODMAN CUST STEVEN, M GOODMAN UNIF GIFT MIN ACT IL, 7530 N KILBOURN AVE, SKOKIE, IL 60076-3844

10925   SANDER ROSS GERBER, 441 WEST END AVE 8E, NEW YORK, NY 10024-5328

10925   SANDER, CAROL, 2339 SW 15TH ST, DEER FIELD BEACH, FL 33442

10925   SANDER, CHARLES, 229 LATHROP ROAD LOT #88, EVANSVILLE, WY 82636

10925   SANDER, GARY, 8019 REDSTONE ROAD, KINGSVILLE, MD 21087-1516

10925   SANDER, KEVIN, 229 LATHROP RD #88, EVANSVILLE, WY 82636

10925   SANDER, MARVIN, 269 COLUMBINE ST, CASPER, WY 82604

10925   SANDER, WESLEY, 229 LATHROP RD LOT 88, EVANSVILLE, WY 82636

10924   SANDERS CONST. & CONCRETE, HC 89, MARSHALL, AR 72650

10924   SANDERS CONST. & CONCRETE, HIGHWAY 65 NORTH, MARSHALL, AR 72650

10924   SANDERS CONSTR. CONCRETE, HC 89 BOX 81, MARSHALL, AR 72650

10925   SANDERS II, HARVEY, 5818 EMORY, LUBBOCK, TX 79416

10925   SANDERS JR, CHARLES, 822 DARBY LANE, LANCASTER, PA 17601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SANDERS JR, EARL, 211 SUMMITT AVE, ROANOKE RAPIDS, NC 27870

10925    SANDERS JR, JOE, 2111 E BEAL RD, PLANT CITY, FL 33566-8031

10925    SANDERS ROOFING CO., 925 BALL AVE, UNION, NJ 07083

10924    SANDERS SUPPLY CO., N. MAIN ST., BAMBERG, SC 29003

10924    SANDERS SUPPLY, 3125 MESQUITE RD, FORT WORTH, TX 76111

10925    SANDERS TOOLS & SUPPLIES INC., 1506 W LUTHY DRIVE, PEORIA, IL 61615

10925    SANDERS, ALLEN, N6015 COUNTY LINE RD, DE PERE, WI 54115

10925    SANDERS, AMIEE, 810 MORRIS AVE., OPELIFA, AL 36801

10925    SANDERS, ARNOLD, 210 PLEASANT ST, ELGIN, IA 52141

10925    SANDERS, BARB, 6615 BIRCHWOOD SH. LN, OCONTO FALLS, WI 54154

10925    SANDERS, BILLY, 1310 MYERS RD., 11, JENNINGS, LA 70546

10925    SANDERS, BIRDIE, 3606 POLK, DALLAS, TX 75224

10925    SANDERS, BONNIE, 217 W. RIVER, MOMENCE, IL 60954

10925    SANDERS, BRENT, 2510 KESWICK, MIDLAND, TX 79705

10925    SANDERS, CANDACE, 102 HIGH CIRCLE, WEST MONROE, LA 71291

10925    SANDERS, CARLA, 1143 DELAWARE AVE, CHURCHTON, MD 20733

10925    SANDERS, CLARENCE, PO BOX 3512, SHREVEPORT, LA 71133

10925    SANDERS, D. THOMAS, 51 E. PENN ST., PHILADELPHIA, PA 19144

10925    SANDERS, DONALD, RT. 1, BOX 167, OZARK, AR 72949

10925    SANDERS, DOROTHY, 6108 LOUISIANA AVE, NASHVILLE, TN 37209

10925    SANDERS, EARL, PO BOX 2452, MANTEO, NC 27954

10925    SANDERS, ELESIA, 2215 HEATH GREEN, JACKSONVILLE, FL 32216

10925    SANDERS, FRANKIE, 6240 PARK PL, TOBYHANNA, NJ 18466-3221

10925    SANDERS, GAIL, 26 BAY RIDGE DR, NASHUA, NH 03060

10925    SANDERS, GAYE LYNN, PO BOX 1561, TIJERAS, NM 87059

10925    SANDERS, GEORGE, 964 COACH HOUSE DRIVE, TUCKER, GA 30084

10925    SANDERS, GREGORY, 1015 MARINER VILL, MORGANTOWN, WV 26505

10925    SANDERS, JAMES, RT 5 BOX 375, CHAPIN, SC 29036

10925    SANDERS, JEFFREY, 1102 FARM ROAD 368 SOUTH, IOWA PARK, TX 76367

10925    SANDERS, JENIFER, 565 MT LEBANON RD, TONEY, AL 35773

10925    SANDERS, JESSE, 14 STAGECOACH RD, REHOBOTH, MA 02769

10925    SANDERS, JOE, 501 SMITH, BIG PINEY, WY 83113

10925    SANDERS, JOHN J, AND MICHAEL F HASTINGS JT TEN, PO BOX 70, HAGAMAN, NY 12086-0070

10925    SANDERS, JOSEPH, RT 1 BOX 39, WALLER, TX 77484

10925    SANDERS, JR, CHARLES I, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    SANDERS, JUDITH F., PO BOX 216, DADEVILLE, AL 36853

10925    SANDERS, KATIE, 937 JADEWOOD DR, DALLAS, TX 75232

10925    SANDERS, KEITH, 365 BEECHWOOD DRIVE, ATHENS, GA 30606

10925    SANDERS, KIMBERLY, 206 REDMOND DR, FOUNTAIN INN, SC 29644

10925    SANDERS, LARRY, RT 9 BOX 398, LAKE CITY, FL 32055

10925    SANDERS, LARRY, RT. 9 BOX 394, LAKE CITY, FL 32055

10925    SANDERS, LINDSAY, RT 2 GOREVILLA #1, PULASKI, VA 24301

10925    SANDERS, LYNN, 339 EAST 77TH ST, NEW YORK, NY 10021-2207

10925    SANDERS, MATTIE, 2805 BRIDALWREATH LN, DALLAS, TX 75233

10925    SANDERS, MICHAEL, 4764 RED LEAF CT, MARTINEZ, GA 30909

10925    SANDERS, ORIE, 7109 WINROCK, CORPUS CHRISTI, TX 78413-2448

10925    SANDERS, PAUL, 1104 PEARSON TOWN RD, MOORE, SC 29369

10925    SANDERS, PHILIP, 15 GOLDEN OAK COURT, SIMPSONVILLE, SC 29681

10925    SANDERS, PHILLIP, 7114 S WINCHESTER, CHICAGO, IL 60636

10925    SANDERS, PHILLIP, PO BOX 944, FRANKLIN, TX 77856

10925    SANDERS, RANDY, RT 1, BOX 370, LOUISVILLE, AL 36048

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SANDERS, RAYMOND, 393 SICOMAC AVE, WYCKOFF, NJ 07481-2141 | |
| 10925 | SANDERS, REGINA, 476 E MAIN ST, SOMERVILLE, NJ 08876 | |
| 10925 | SANDERS, RENEE, 5828 W MORTEN AVE, GLENDALE, AZ 85301 | |
| 10925 | SANDERS, RICKY, 2915 W. CAPITOL DR., 3, MILWAUKEE, WI 53216 | |
| 10925 | SANDERS, ROBERT, 27582 PAMPLICO, VALENCIA, CA 91355 | |
| 10925 | SANDERS, RODNEY, 105 BRIARFIELD DR, CARENCROE, LA 70520 | |
| 10925 | SANDERS, SANDRA, 4775 OAKWOOD #612, ODESSA, TX 79762 | |
| 10925 | SANDERS, SHIRLEY, 18 POPLAR ST, WOODRUFF, SC 29388 | |
| 10925 | SANDERS, SIMON, 2321 FORD AVE., OWENSBORO, KY 42301 | |
| 10925 | SANDERS, STEVE, ONE METROPOLITAN SQUARE #2600, ST LOUIS, MO 63102 | |
| 10925 | SANDERS, T, 2867 KAYWORTH CT., BARTOW, FL 33830 | |
| 10925 | SANDERS, VICKIE, 109 N CRESCENT, INDEPANDENCE, MO 64053 | |
| 10925 | SANDERS, VIOLA, 13449 ST LOUIS ST, ROBBINS, IL 60472 | |
| 10925 | SANDERS, W, RT 12 LOT 37, MURFREESBORO, TN 37130 | |
| 10925 | SANDERS, WILLIAM, 1920 CASTELAR ST, OMAHA, NE 68108 | |
| 10925 | SANDERS, WILLIAM, 2718 JUNCTION LANE, CHARLESTON, SC 29405-8305 | |
| 10925 | SANDERS, WILLIE, 486 SCOTT ROAD, HONEA PATH, SC 29654-9212 | |
| 10925 | SANDERS, WILLIE, 6346 CHURCH ST., UNION CITY, GA 30291 | |
| 10925 | SANDERSFELD, LOUIS, ROUTE 2 BOX 52, WILLIAMSBURG, IA 52361 | |
| 10925 | SANDERSON FORD, 6300 51ST AVE, GLENDALE, AZ 85301 | |
| 10924 | SANDERSON READY MIX, HWY 25 SOUTH, BELMONT, MS 38827 | |
| 10924 | SANDERSON READY MIX, MUELLER BRASS RD, FULTON, MS 38843 | |
| 10924 | SANDERSON READY MIX, PHILLIPS SCHOOL HOUSE RD, AMORY, MS 38821 | |
| 10924 | SANDERSON REDI-MIX CORP, P O BOX 393, AMORY, MS 38821 | |
| 10924 | SANDERSON REDI-MIX CORP, PO BOX 393, AMORY, MS 38821 | |
| 10925 | SANDERSON, BRYAN, 526 BEACON ST, BOSTON, MA 02215 | |
| 10925 | SANDERSON, CHARLIE, 4334 FIRST VIEW DR, SAN ANTONIO, TX 78217 | |
| 10925 | SANDERSON, DOUGLAS, 1115 STEINHART AVE, REDONDO BEACH, CA 90278 | |
| 10925 | SANDERSON, JOSEPH, 10918 ROSA TRAIL, KELSEYVILLE, CA 95451 | |
| 10925 | SANDERSON, LUCILLE E, C/O JUSTUS M HOLME JR/CURATOR, PO BOX 555, FAIRFAX, VA 22030-0555 | |
| 10925 | SANDERS-STROUPE, PAULA, 1223 DALLAS STANLEY, DALLAS, NC 28034 | |
| 10925 | SANDESTIN BEACH HILTON, 4000 SANDESTIN BLVD SOUTH, DESTIN, FL 32541 | |
| 10925 | SANDFORD S CHEREIBER & CHARLES, M CAHN JR TR UA JAN 22 51, ROSLYN C APPLEFELD TRUST, FBO BARBARA RASKIN, 20 S CHARLES ST STE 1200, BALTIMORE, MD 21201-3205 | |
| 10925 | SANDFORD, ANDREW, 24 SOUTHGATE RD, WELLESLEY, MA 02181-6624 | |
| 10924 | SANDHILLS REDI-MIX INC, 336 HOPSON ROAD, RAEFORD, NC 28376 | |
| 10924 | SANDHILLS REDI-MIX INC, P.O. BOX 568, LAURINBURG, NC 28352 | |
| 10925 | SANDHOVEL, TERESA, 9 HUNTSMAN LANE, BELLE MEAD, NJ 08502 | |
| 10925 | SANDI MILLER, 84 TANGERINE DR, MARLBORO, NJ 07746-1850 | |
| 10925 | SANDIA NATIONAL LAB, 1515 EUBANK BLVD SE, ALBUQUERQUE, NM 87123 | |
| 10925 | SANDIA NATIONAL LAB, DIVISION 154, ALBUQUERQUE, NM 87185 | |
| 10924 | SANDIA NATIONAL LABORATORIES, 1515 EUBANK S.E., ALBUQUERQUE, NM 87123 | |
| 10924 | SANDIA NATIONAL LABORATORIES, PO BOX 5130, ALBUQUERQUE, NM 87185-5130 | |
| 10924 | SANDIA NATIONAL LABORATORIES, PO BOX 5800, ALBUQUERQUE, NM 87185-0872 | |
| 10925 | SANDIFER, JR, MATTHEW, 307 WEST WHEELER RD, BRANDON, FL 33510 | |
| 10925 | SANDIFER, RUFUS, PO BOX 844, VINTON, LA 70668 | |
| 10925 | SANDIFER, THOMAS, RT. 6, BOX 113, COLUMBIA, MS 39429 | |
| 10925 | SANDLER TRAVIS & ROSENBERG PA, ATTYS AT LAW, P.O. BOX 523304, MIAMI, FL 33102 | |
| 10925 | SANDLER, JODI B, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010 | |
| 10925 | SANDLER, JODI, 9838 GOLDENROD DR, BOYNTYON BCH, FL 33437 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SANDLER, LINDA, 10201 GROSVENOR PLACE, #324, ROCKVILLE, MD 20852

10925   SANDMAN ELECTRIC COMPANY INC, PO BOX 859019, BOSTON, MA 02185

10925   SANDMAN, VICTORIA, PO BOX 69, WHITEHOUSE, NJ 08888

10925   SANDMARK INDUSTRIES, 61-65 MAPLE ST, DANVERS, MA 01923

10925   SANDO, LINDA, 1120 CENTER ST, FREELAND, PA 18224

10925   SANDOR BABOS &, NANCY G BABOS TR UA MAY 15 91, THE BABOS FAMILY TRUST, 4004 STONE BROOKE DRIVE, GRAPEVINE, TX 76051-7143

10925   SANDOR, MICHAEL, 3032 HICKORY GROVE CT, FAIRFAX, VA 22031

10925   SANDORA, FRANCES, 60 VOORHEES AVE, MIDDLESEX, NJ 08846

10925   SANDOSKY CONTRACTORS, INC, 5941 BARTHOLOW RD., SYKESVILLE, MD 21784-8404

10925   SANDOVAL, BLANDINA, 11805 N 31ST AVE, PHOENIX, AZ 85029

10925   SANDOVAL, CLAUDIA, 3140 CASITAS AVE, LOS ANGELES, CA 90039

10925   SANDOVAL, CRUZ, 1895 WILSON ST., EAGLE PASS, TX 78852

10925   SANDOVAL, EVANGELINA, 125 AVE E, POTEET, TX 78065

10925   SANDOVAL, GEORGE, 1446 NORTH GORDON, HOLLYWOOD, CA 90028

10925   SANDOVAL, GLORIA, 3017 MOONEY RD., HOUSTON, TX 77093

10925   SANDOVAL, MARIE, 8309 N 56TH AVE, GLENDALE, AZ 85302

10925   SANDOVAL, MARK, 6187 JELLISON WAY, ARVADA, CO 80004

10925   SANDOVAL, NANCY, 1809 W. 18TH ST., ODESSA, TX 79763

10925   SANDOVAL, NOEL, 2335 HUDSON TERRACE, FORT LEE, NJ 07024

10925   SANDOVAL, RODNEY, RTE 6 BOX 130, SANTA FE, NM 87501

10925   SANDOVAL, RUBEN, 7514 LEMON ST, FONTANA, CA 92335

10925   SANDOW, DAVID, PO BOX 312, WINDSOR, CA 95492

10925   SANDRA A SCOTT TR UA APR 03 96, SANDRA A SCOTT REVOCABLE LIVING, TRUST, 3837 BINNING RD, IMPERIAL, MO 63052-1368

10925   SANDRA BIJOU, 7540 WEST OHIO ST, CHICAGO, IL 60644

10925   SANDRA COOPER, 3616 OAKMONT AVE., BALTIMORE, MD 21215

10925   SANDRA DOBRANSKI, RT 14 BOX 310, ORANGE, TX 77632-8450

10925   SANDRA E CITRON, 7500 GRACE DR, COLUMBIA, MD 21044

10925   SANDRA E DUFF, 8 FERNBROOK DR, BROOKFIELD CENTER, CT 06804-3122

10925   SANDRA E SHARROW, 1329 GUANA ISLE, FORT LAUDERDALE, FL 33315

10925   SANDRA KAHN KATZ, 418 BRIGHTON, TYLER, TX 75701-9548

10925   SANDRA KAY HATZENBELER FREEMAN, 14400 NW JACK RD, BANKS, OR 97106-7033

10925   SANDRA KOHLMEIER, 245 EAST 40TH ST, NEW YORK, NY 10016-1730

10925   SANDRA L HVIZDOS, 7100 LOGAN AVE S, RICHFIELD, MN 55423-2933

10925   SANDRA L SHEPHERD TR UA MAR 20 95, 4888 AMANDA DR, REDDING, CA 96002-4140

10925   SANDRA M CHRISTOPHEL TR, UA NOV 11 91, SANDRA M CHRISTOPHEL, 12107 LOWILL LANE, ST LOUIS, MO 63126-2914

10925   SANDRA MILLER SOTH, 7650 S W 52ND AVE, WEST DES MOINES, IA 50265-8519

10925   SANDRA TOWNSEND, 301 ONONDAGA RD SOUTH, SYRACUSE, NY 13219-1941

10925   SANDRETTO, SUSAN, 4557 N. 71ST ST, MILWAUKEE, WI 53218

10925   SANDRINE PITTON, AVE MONTCHOISE 35, LAUSANNE, 01006SWITZERLAND          *VIA Deutsche Post*

10925   SANDS CUSTOM GRAPHICS, 21 ERIE ST, CAMBRIDGE, MA 02139

10925   SANDS ESQ, LARRY, 760 WHITE ST, DAYTONA BEACH, FL 32115

10924   SANDS HOTEL, UNIVERSAL ROOFERS, LAS VEGAS, NV 89101

10925   SANDS, JAMES, 14845 BUSHY PARK ROAD, WOODBINE, MD 21797

10925   SANDS, JOHN, RT 3 BOX 350, SPRING GREEN, WI 53588

10925   SANDS, MICHELE, 57 MAIN ST, WOMELSDORF, PA 19567

10925   SANDSTROM PRODUCTS COMPANY, 224 MAIN ST, PORT BYRON, IL 61275

10925   SANDSTROM PRODUCTS, PO BOX 547, PORT BYRON, IL 61275

10925   SANDSTROM, ERIC, BOX 247 428 ED HILL RD, FREEVILLE, NY 13068

10925   SANDVIG, SCOTT, 1809 EARL ROAD, IOWA CITY, IA 52246

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SANDVIK INC MORGAN LEWIS & BOCKIUS, JOHN J MCALEESE III, 1701 MARKET ST, PHILADELPHIA, PA 19103-2921

10925   SANDVIK PROCESS SYSTEMS, 21 CAMPUS ROAD, TOTOWA,, NJ 07512

10925   SANDVIK PROCESS SYSTEMS, INC, PO BOX 371290M, PITTSBURGH, PA 15251-7290

10925   SANDVIK PROCESS SYSTEMS,INC, PO BOX 371290M, PITTSBURGH, PA 15251-7290

10925   SANDWICH TOWN HALL, 130 MAIN ST, SANDWICH, MA 02563

10924   SANDY HILL BUILDING SUPPLY CO., 100 DALE AVENUE, PATERSON, NJ 07501

10925   SANDY K STRANAHAN TR UA, JUN 15 88, SANDY STRANAHAN LIVING TRUST, 1514 PARK TERRACE WEST, ATLANTIC BEACH, FL 32233-5535

10925   SANDY NOCHIMSON, 1418 BURR OAK RD, TOMS RIVER, NJ 08755-0813

10925   SANDY PINES LANDFILL, PO BOX 633, DORCHESTER, SC 29437

10925   SANDY S NOCHIMSON &, SIDNEY S NOCHIMSON JT TEN, 1418 BURR OAK RD, TOMS RIVER, NJ 08755-0813

10924   SANEHOLTZ SUPPLY CO., 302 E. WASHINGTON ST., NAPOLEON, OH 43545

10924   SANEHOLTZ SUPPLY COMPANY, 302 E WASHINGTON ST, NAPOLEON, OH 43545

10925   SANER, RONALD, PO BOX 522, GRAND ISLAND, NE 68802

10925   SANFORD A LABOWITZ, 324 COMMERCIAL ST, DICKSON CITY, PA 18519-1638

10925   SANFORD CAMERA & PROJECTION REPAIR, 1054-56 MASSACHUSETTS AVE, ARLINGTON, MA 02174

10925   SANFORD HOLSHOUSER LAW FIRM, THE, 234 FAYETTEVILLE ST, SUITE 100, RALEIGH, NC 27601

10925   SANFORD HOLSHOUSER LAW FIRM, THE, PO BOX 2447, RALEIGH, NC 27601

10925   SANFORD LEVINE & SONS, 400 RT. 46 EAST-{HOLLYWOOD AVE, FAIRFIELD, NJ 07004

10925   SANFORD M SUCHOW &, ADA M SUCHOW JT TEN, 60 FIRST AVE APT 16 D, NEW YORK, NY 10009-7339

10924   SANFORD PRECAST CO., INC., 19 KOSTIS DRIVE, SANFORD, ME 04073

10925   SANFORD SCALE COMPANY, INC, PO BOX 1388, SANFORD, FL 32772-1388

10925   SANFORD SPEISER CUST MERRIL, SPEISER UNIF GIFT MIN ACT NY, 201 BRIGHTON 10TH ST, BROOKLYN, NY 11235-5362

10925   SANFORD T. COLB & CO., PO BOX 2273, REHOVOT, 76122

10925   SANFORD, CLYDE, 12973 NETHERWOOD, SOUTH GATE, MI 48195

10925   SANFORD, COLLEEN, 8 JOHNSON LANE, NEWBURY, MA 01950

10925   SANFORD, MARCIA, 2931 SPOKANE ST, SAN ANTONIO, TX 78222

10925   SANFORD, MARY H, C/O MARY S DANKMYER, 5514-SOUTH 5TH ST, ARLINGTON, VA 22204-1205

10925   SANFORD, MYRA, 10 BREWSTER AVE, STONY POINT, NY 10980

10925   SANFORD, PATRICIA, 222B SKYLAND DR, WESTMINSTER, SC 29693

10925   SANFORD, PATRICIA, 996 W YARNMOUTH RD, YARMOUTHPORT, MA 02675

10925   SANFORD, RONALD, 1601 REDBUD, SULPHUR, OK 73086

10925   SANFORD, SHANON, 17045 PASSAGE #10, BELLFLOWER, CA 90706

10925   SANFORD, SUZANNE J., 1735 LYNNCOVE LANE, ST CHARLES, MO 63303

10925   SANFORD, VICTORIA, 355 PIERMONT AVE, HILLSDALE, NJ 07642

10925   SANFT, ANGELICA, 190 CANONICUS ST, TIVERTON, RI 02878

10925   SANG TRUONG, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   SANGAMON CONSTRUCTION COMPANY, PO BOX 318, SPRINGFIELD, IL 62705

10925   SANGCAP, RONALDO, 80-09 35TH AVE, JACKSON HEIGHTS,, NY 11372

10925   SANGEMINO, MARIA, 5521 PALM LAKE CIR, ORLANDO, FL 32819

10925   SANGIS, SUZANNE, ONE AFTERGLOW WAY, MONTVILLE, NJ 07045

10925   SANGRIA, DANILO, 23705 WOODFIELD ROAD, GAITHERSBURG, MD 20882

10925   SANIFILL INC, PO BOX 201805, HOUSTON, TX 77216-1805

10925   SANIFILL OF GEORGIA INC., 485 RIVERSIDE PKWY, AUSTELL, GA 30001-7804

10925   SANI-KAN INC./SANDCASTLE OF MA, PO BOX 7251, CUMBERLAND, RI 02864

10925   SANI-KAN INC/SANDCASTLE OF MA, PO BOX 7251, CUMBERLAND, RI 02864

10924   SANILAC CONCRETE, 3570 RANGELINE ROAD, DECKERVILLE, MI 48427

10925   SANITARY SUPPLY INC, 6610 WEST BROADWAY, BROOKLYN PARK, MN 55428

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SANITATION DISTRICT #1, PO BOX 17600, COVINGTON, KY 41017-0600 | |
| 10925 | SANITATION PLUS, 4401 COLWICK RD, CHARLOTTE, NC 28211 | |
| 10925 | SANI-WASH OF MCCOOK, 8745 JOLIET, MCCOOK, IL 60525 | |
| 10925 | SANJUR, STACY, 145 BARTLEY AVE, MANSFIELD, OH 44903 | |
| 10925 | SANKALE, FREDRICK, 13 GARDNER ST APT 2, CHELSEA, MA 02150 | |
| 10925 | SANKARATHIL, ALEYAMMA, 7262 HANFORD ST., PHILADELPHIA, PA 19149 | |
| 10925 | SANKEY, MICHAEL, 353 ENDSLEIGH AVE, BALTIMORE, MD 21220 | |
| 10925 | SANKEY, SHAIRRION, 6313 XENIA ST, MONTGOMERY, AL 36117 | |
| 10925 | SANLAR INC, 1655 W. 20TH ST., ERIE, PA 16502-2192 | |
| 10925 | SANLAR, INC, 1655 W. 20TH ST., ERIE, PA 16502-2192 | |
| 10925 | SANLAR, INC, PO BOX 563, BURLINGTON, NJ 08016-0563 | |
| 10924 | SAN-MAR LABORATORIES, INC, 4 WAREHOUSE LANE, ELMSFORD, NY 10523 | |
| 10925 | SANMINA CORP, JURE SOLA CHM & CEO, 355 E TRIMBLE ROAD, SAN JOSE, CA 95131 | |
| 10925 | SANN, KAREN, 1354 NEW LONDON ROAD, LANDENBERG, PA 19350 | |
| 10925 | SANNER, CINDY L, 924 BERNADETTE DR., SULPHUR, LA 70663 | |
| 10925 | SANNER, CINDY, 924 BERNADETTE DRIVE, SULPHUR, LA 70663 | |
| 10925 | SANNER, LEE, 120 BENT TREE DRIVE, FAIRFIELD, OH 45014 | |
| 10925 | SANNER, VALERIA, 392 DORSEY AVE, MORGANTOWN, WV 26505 | |
| 10925 | SANNES, ALETHE, 2513 MILL RIVER RD, GRAND ISLAND, NE 68801 | |
| 10925 | SANNICANDRO, A, 25 SPRUCE HILL DR, NORTHBORO, MA 01532 | |
| 10924 | SANNIPOLI CORP, 26250 PALOMAR, ROMOLAND, CA 92585 | |
| 10924 | SANNIPOLI/WHITED CEMETARY SERV, 26250 PALOMAR, ROMOLAND, CA 92585 | |
| 10925 | SANNIZZARO, ANN, 14 FOURTH ST, MEDFORD, MA 02155 | |
| 10925 | SANNOH, ISHA, 4619 SEMINARY RD, ALEXANDRIA, VA 22304 | |
| 10925 | SANNY, DONALD, BOX 65, LEWIS, IA 51544-0065 | |
| 10924 | SANO CONSTRUCTION CORP., 7-32A POINT CRESCENT, WHITESTONE, NY 11357 | |
| 10925 | SANPHILIPO, JOSEPH, 899 CHESTNUT COVE, BALTIMORE, MD 21226 | |
| 10925 | SANSEVERINO, ELLA, 183 LINDEN ST, BRIDGEWATER, NJ 08807 | |
| 10924 | SANSOM COMMONS, 3650 CHESTNUT STREET, PHILADELPHIA, PA 19092 | |
| 10925 | SANSONE, DONNA, 1112 WINANS AVE, LINDEN, NJ 07036 | |
| 10925 | SANSONE, MICHAEL, 2321 EAST 71ST ST, BROOKLYN, NY 11234 | |
| 10925 | SANSONE, TERESA, 123 OLD WASHINGTON, PEMBROKE, MA 02359 | |
| 10925 | SANSTROM, NEAL, 12197 WOODFORD DRIVE, MARRIOTTSVILLE, MD 21104 | |
| 10925 | SANSUR, SAMI, PO BOX 1629, DARIEN, CT 06820 | |
| 10925 | SANT, REBECCA, PO BOX 126, DOWNSVILLE, LA 71234 | |
| 10925 | SANT, TERESA, POBOX 126, DOWNSVILLE, LA 71234 | |
| 10925 | SANTA ANA CHAMBER OF COMMERCE, POBOX 205, SANTA ANA, CA 92702 | |
| 10924 | SANTA ANA COURTHOUSE, C/O WESTSIDE BUILDING MATERIALS, SANTA ANA, CA 92701 | |
| 10925 | SANTA ANA POLICE OFFICERS ASSO, 2500 S GARNSEY ST, SANTA ANA, CA 92707 | |
| 10924 | SANTA ANITA FASHION MALL - R. MAY, C/O WESTSIDE BUILDING MATERIALS, ARCADIA, CA 91006 | |
| 10925 | SANTA BARBARA CATERING CO, 1090 W 5TH ST SUITE 5, TEMPE, AZ 85281 | |
| 10925 | SANTA BARBARA CITY OFFICE, JANET K MCGINNIS, PO BOX 1990, SANTA BARBARA, CA 93102-1990 | |
| 10925 | SANTA BARBARA DUAL SPECTRUM, 163 AERO CAMINO, GOLETA, CA 93117 | |
| 10925 | SANTA BARBARA INFRARED INC, EDWARD BLANCHET CEO, 312 - AN NOPAL ST, SANTA BARBARA, CA 93103 | |
| 10925 | SANTA BARBARA PHOTOGRAPHY, 5540 NORTH DIXIE HWY, BOCA RATON, FL 33487 | |
| 10925 | SANTA BARBARA RESEARCH CENTER, 7406 HOLLISTER AVE, GOLETA, CA 93117 | |
| 10925 | SANTA BARBARA RESEARCH CENTER, 75 COROMAR DR, GOLETA, CA 93117 | |
| 10925 | SANTA CRUZ CITY SCHOOLS, 2931 MISSION ST, SANTA CRUZ, CA 95060-5709 | |
| 10925 | SANTA CRUZ LUMBER CO FOLGER LEVIN, LESLIE W LEY CEO, 235 RIVER ST, SANTA CRUZ, CA 95060 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | SANTA CRUZ, JUAN, 10727 JEFFERSON BLVD, CULVER CITY, CA 90230 | |
| 10924 | SANTA FE CASINO, DE BAISE, LAS VEGAS, NV 89101 | |
| 10924 | SANTA FE COMMUNITY COLLEGE, STUDENT SERVICE BLDING, GAINESVILLE, FL 32606 | |
| 10924 | SANTA FE ENERGY, PO BOX 689, CALDWELL, TX 77836 | |
| 10925 | SANTA FE INTL CORP, ROBERT PREECE, TWO LINCOLN CENTER 5420 LBJ FREEWAY, SUITE 1100, DALLAS, TX 75240 | |
| 10925 | SANTA FE SPECIAL EVENTS & CATERING, 18310 RICARDO AVE, HAYWARD, CA 94541 | |
| 10924 | SANTA FE TILE & STONE, 4364 BONITA ROAD #466, BONITA, CA 91902 | |
| 10925 | SANTA MARIA, EDITH, 7 1/2 BRIDGE ST REAR, DANVERS, MA 01923 | |
| 10924 | SANTA MONICA HOSPITAL UCLA, 1250 16TH ST., SANTA MONICA, CA 90904-1249 | |
| 10924 | SANTA MONICA MEDICAL, C/O WESTSIDE BUILDING MATERIALS, SANTA MONICA, CA 90401 | |
| 10924 | SANTA ROSA COUNTY BCC, P.O. BOX 3115, MARIETTA, GA 30061 | |
| 10924 | SANTA ROSA HOSPITAL EXP., 519 WEST HOUSTON ST., SAN ANTONIO, TX 78207 | |
| 10924 | SANTA ROSA PRISON, 5755 EAST MILTON RD., MILTON, FL 32583 | |
| 10924 | SANTA ROSA PRISON, C/O CHAMBLESS FIREPROOFING, MILTON, FL 32583 | |
| 10925 | SANTACRUZ, LAURA, 6905 BAY DRIVE #9, MIAMI BEACH, FL 33141 | |
| 10925 | SANTALLA, AMADOR, 5612 BISSMACH DR, ALEXANDRIA, VA 22312 | |
| 10925 | SANTAMARIA, VENANCIO, 6267 CURRY FORD RD, ORLANDO, FL 32822 | |
| 10925 | SANTANA, CAMILO, 40 BREED ST., EAST BOSTON, MA 02128 | |
| 10925 | SANTANA, DAVID, 4502 LAVENDER ST., HOUSTON, TX 77026 | |
| 10925 | SANTANA, EDDA, SAN CLAUDIO AVE, 8102, SAN JUAN, PR 00926 | |
| 10925 | SANTANA, JESSE, 1007 APACHE ST, HOUSTON, TX 77022 | |
| 10925 | SANTANA, LAURA, CALLE 208 4J-2, RIO PIEDRAS, PR 00926 | |
| 10925 | SANTANA, MARY, 1918 ALLWOOD DRIVE, BETHLEHEM, PA 18018 | |
| 10925 | SANTANA, NELLY, 108 PARK AVE APT #1, ARLINGTON, MA 02174 | |
| 10925 | SANTANA, RAMON, APARTADO 1808 BO. MONTONES 4, LAS PIEDRAS, PR 00771 | |
| 10925 | SANTAS, CONNIE, 102 A DON ST, PARDEEVILLE, WI 53954 | |
| 10925 | SANTEE, VERONICA, PO BOX 3478, LUMBERTON, NC 28359 | |
| 10925 | SANTELLANO, ORLANDO, RT 5 BOX 691E, 15, ALVIN, TX 77511 | |
| 10925 | SANTELLI, TIMOTHY, 2191 BRADFORD LANE, AURORA, IL 60506 | |
| 10925 | SANTERRE, GEORGE, 80 BEAUVIEW AVE, NASHUA, NH 03064 | |
| 10925 | SANTERRE, GUY, 32 PENNICHUCK ST, NASHUA, NH 03060 | |
| 10925 | SANTI, ANA, CALLE RUIZ YELVIS, CATANO, PR 00963 | |
| 10925 | SANTIAGO JR, MOISES, 4116 NORTH 7TH ST, PHILADELPHIA, PA 19140 | |
| 10925 | SANTIAGO OCEGUERA ALVAREZ, 636 W MAIN RD, EL CENTRO, CA 92243-2115 | |
| 10925 | SANTIAGO, ALEX, JOSE G PADILLA ST 58, EL SECO MAYAGUEZ, PR 00680 | |
| 10925 | SANTIAGO, AMYLYNNE, PO BOX 90735, HONOLULU, HI 96835 | |
| 10925 | SANTIAGO, ANA, CALLE FELIPE GUTIERR, RIO PIEDRAS, PR 00924 | |
| 10925 | SANTIAGO, ANGELINA, 9586 LAURENTIAN DR., SAN DIEGO, CA 92129 | |
| 10925 | SANTIAGO, CARMEN, ROOSEVELT 94 B-2-A M, PONCE, PR 00731 | |
| 10925 | SANTIAGO, DANIEL, CALLE 1A D7 SUNNY HILLS, BAYAMON, PR 00956PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SANTIAGO, DINAH, 1626 GREENWOOD, GLENVIEW, IL 60025 | |
| 10925 | SANTIAGO, EDWARD, 1202 MARSHALL, WICHITA FALLS, TX 76301 | |
| 10925 | SANTIAGO, GIL, W-22 A 54 GLENVIEW, PONCE, PR 00731 | |
| 10925 | SANTIAGO, IRENE, CALLE 19 G-47 FAIR VIEW, RIO PIEDRAS, PR 00926-8106PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SANTIAGO, IVAN, CALLE 213 4L #36, RIO PIEDRAS, PR 00924 | |
| 10925 | SANTIAGO, JAVIER, AVE CONSTANCIA BC-51, PONCE, PR 00731 | |
| 10925 | SANTIAGO, JOSE, 21506 RADISSON, SAN ANTONIO, TX 78259 | |
| 10925 | SANTIAGO, JOSE, CALLE 10 BUZON 12 BO PALOMAS, YAUCO, PR 00768 | |
| 10925 | SANTIAGO, JOSE, CALLE 45A #DD11, CANOVANAS, PR 00729 | |
| 10925 | SANTIAGO, JUAN, JARDINES DEL CARIBE, PONCE, PR 00731 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SANTIAGO, JULIO, BOX 32, GUANICA, PR 00653

10925   SANTIAGO, LETICIA, 11919 CONGRESSIONAL, TAMPA, FL 33626

10925   SANTIAGO, MARIA, C VILLA FLORS F-3 URB LOS FRAILES, GUAYNABO, PR 00969

10925   SANTIAGO, MARIA, CALLE G C-5, CANOVANAS, PR 00729

10925   SANTIAGO, MARIA, URB JENSEN MARSAL ST #2-80, ARECHO, PR 00612

10925   SANTIAGO, MYRNA, ED.5 APT 49, SAN JUAN, PR 00921

10925   SANTIAGO, NICOLE, 4302 HACKETT, LAKEWOOD, CA 90713

10925   SANTIAGO, NORMA, PARC BETANCES CARR 1, CABO ROJO, PR 00623

10925   SANTIAGO, OLGA, #614 8 ST, PONCE, PR 00731

10925   SANTIAGO, RAQUEL, 29 FAIRHILL RD, CLIFTON, NJ 07013

10925   SANTIAGO, ROSA, BOX 375, AGUADA, PR 00602

10925   SANTIAGO, SIERRA ANA, CALLE A #119 LA ZARZ, CAMUY, PR 00627

10925   SANTIAGO, YINETH, 34 UNION AVE, CRESSKILL, NJ 07626

10925   SANTIAGO-CONNER, NORMA, 9 GREYSTONE ROAD, EAST KINGSTON, NH 03827

10925   SANTIANO, GINA, 114 NEW MILFORD AVE, DUMONT, NJ 07628

10925   SANTIANO, ROLANDO, 114 NEW MILFORD AVE, DUMONT, NJ 07628

10925   SANTILLAN, JEANETTE, 1025 W. WHITMORE AVE, MODESTO, CA 95358

10925   SANTILLANES, TOBY, 7633 MAPLEWOOD DR NW, ALBUQUERQUE, NM 87120

10925   SANTILLI, BONNIE, 124 ALDER CT., SANFORD, FL 32773

10925   SANTINA, GARY, 6301 SIERRA BLANCA, 4410, HOUSTON, TX 77083

10925   SANTINI, EDWARD, 33 WHITE PLAINS DR, NASHUA, NH 03061

10925   SANTINO JOSEPH BIANCHI, 1587 N CAPITOL AVE, SAN JOSE, CA 95132-2524

10925   SANTISTEVAN, CLEOPHAS, PO BOX 374, PEACH SPRINGS, AZ 86434

10925   SANTOLI, DEBORAH, 4718 AUTRY AVE, LONG BEACH, CA 90808

10925   SANTOPOALO, ANTHONY, 517 10TH ST, HUNTINGTON BEACH, CA 92648

10925   SANTORE ASSOC PROF, MARIA M, 111 RESEARCH DRIVE, BETHLEHEM, PA 18015-4791

10925   SANTORO, BEVERLY, 6330 LEECHBURG RD, VERONA, PA 15147

10925   SANTORO, FRANCA, 99B WILMINGTON RD, BURLINGT0N, MA 01803

10925   SANTORO, JOHN, 11675 W. BELLFORT, #803, HOUSTON, TX 77099

10925   SANTORO, LEE, 3 HILLVIEW LANE, STAMFORD, CT 06905

10925   SANTORO, LEON, 6418 AMBROSIA DRIVE 5414, SAN DIEGO, CA 92124-5104

10925   SANTORO, LORETTA, 2615 DEKALB PIKE, NORRISTOWN, PA 19401

10925   SANTORO, VITO, 20671 VISTA DEL NORTE, YORBA LINDA, CA 92886

10925   SANTOS RIVERA, HAYDEE, CALLE EC-14, PONCE, PR 00731

10925   SANTOS, ANTONIO, 11 WHIPPLE AVE, BROCKTON, MA 02402

10925   SANTOS, CYNTHIA, 1850 COLUMBIA PIKE, ARLINGTON, VA 22204

10925   SANTOS, DANILO, 1465 UPTON WAY, SPARKS, NV 89431

10925   SANTOS, DARIN, 11406 WILLOWWOOD CREEK DR, CORPUS CHRISTI, TX 78410

10925   SANTOS, GABRIEL, 1041 MAIN ST, WOBURN, MA 01801

10925   SANTOS, GENOVEVA, CALLE 17 R-13, BAYAMON, PR 00959

10925   SANTOS, KATHRYN, 126 COLUMBIA AV, CRANSTON, RI 02905

10925   SANTOS, LA, EXT. SANTA ELENA 3 D-7, GUAYANILLA, PR 00731

10925   SANTOS, LUIS, 3630 N KAYLEE, ODESSA, TX 79764

10925   SANTOS, LUIS, CALLE 3, GUAYANILLA, PR 00656

10925   SANTOS, M, 8507 BRITTON AVE 3RD FL, ELMURST, NY 11373

10925   SANTOS, MANUEL, 11 KIRKLAND ROAD, PEABODY, MA 01960

10925   SANTOS, MANUELA, 1041 MAIN ST, WOBURN, MA 01801

10925   SANTOS, MARCIA, 3317NW 35 WAY, LAUDERDALE LAKES, FL 33309

10925   SANTOS, MARIA L, 811 PARR, ALICE, TX 78332

10925   SANTOS, MARIA, 31 N MANCHESTER ST, BROCKTON, MA 02402

10925   SANTOS, PAULO, 80 HANCOCK ST, DORCHESTER, MA 02125

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SANTOS, RAMALA, 65 WASHINGTON AVE, RIVERSIDE, RI 02913 | |
| 10925 | SANTOS, RAMON, CARR 121 KM9.02, SABANA GRANDE, PR 00637 | |
| 10925 | SANTOS, RITA, 296 LINDEN AVE, WOODLYNNE, NJ 08109 | |
| 10925 | SANTOS, ROSARIO, 4135 NW 88 AVE, CORAL SPRINGS, FL 33065 | |
| 10925 | SANTOS, STEPHEN, 324 WINNIPEG GREEN, FREMONT, CA 94538 | |
| 10925 | SANTOS, STEPHEN, 6421 ELFFOLK TERRACE, COLUMBIA, MD 21045 | |
| 10925 | SANTOS, VICTOR, CALLE CHARBOLTIAL CAMPANILLA, TOA BAJA, PR 00949 | |
| 10925 | SANTOYO, JORGE, 645, | |
| 10924 | SANTUARY PARK, 1145 SANTUARY PARK, ALPHARETTA, GA 30201 | |
| 10924 | SANTUARY PARK, C/O ALPHA INSULATION, ALPHARETTA, GA 30201 | |
| 10925 | SANTUCCI, CHARLOTTE, 17 DAPHNE DRIVE, NORWALK, CT 06851 | |
| 10925 | SANWA BANK LIMITED, THE, 133 PEACHTREE ST , NE, ATLANTA, GA 30303 | |
| 10925 | SANWA BANK LIMITED, THE, 55 EAST 52ND ST, NEW YORK, NY 10055 | |
| 10925 | SANWA LEASING CORP., PO BOX 7023, TROY, MI 48007-7023 | |
| 10925 | SANWA LEASING CORPORATION, 2401 WEST BIG BEAVER, STE 400, TROY, MI 48084 | |
| 10925 | SANZ, BERTA, 862 BUEN TIEMPO DR, CHULA VISTA, CA 91910 | |
| 10925 | SANZ, NELSON, 351 MASSACHUSETTS AV, CAMBRIDGE, MA 02139 | |
| 10925 | SANZ, ODETTE, 4010 SHEFFLERA DRIVE, SAN ANGELO, TX 76904-4519 | |
| 10925 | SAP AMERICA INC, 5001 MCNEEL INDUSTRIAL WAY, POWDER SPRINGS, GA 30127 | |
| 10925 | SAP AMERICA INC, 5555 GLENRIDGE CONNECTOR, ATLANTA, GA 30342 | |
| 10925 | SAP AMERICA INC, 950 WINTER ST #3800, WALTHAM, MA 02154 | |
| 10925 | SAP AMERICA INC, PO BOX 640260, PITTSBURGH, PA 15264-0260 | |
| 10925 | SAP AMERICA INC, PO BOX 7780-4024, PHILADELPHIA, PA 19182-4024 | |
| 10925 | SAP AMERICA INC., PO BOX 7780-4024, PHILADELPHIA, PA 19182-4024 | |
| 10924 | SAP AMERICA, 7400 BREWSTER AVENUE, PHILADELPHIA, PA 19153 | |
| 10925 | SAP AMERICA, INC, 6 CONCOURSE PKWY., STE 1200, ATLANTA, GA 30328 | |
| 10925 | SAP AMERICA, INC, INTERNATIONAL COURT ONE, PHILADELPHIA, PA 19113 | |
| 10925 | SAP AMERICA, INC, PO BOX 7780-4024, PHILADELPHIA, PA 19182-4024 | |
| 10925 | SAP CANADA, 4120 YONGE ST SUITE 600, NORTH YORK, ON M2P 2B8CANADA | *VIA Deutsche Post* |
| 10925 | SAP, 2800 WELLS BRANCH PKWY, AUSTIN, TX 78728 | |
| 10925 | SAPARNIS, CAROL, 1 HEATHER LN, SOUTHBORO, MA 01772 | |
| 10925 | SAPHIRE GROUP, 111 S. CALVERT ST., STE. 1560, BALTIMORE, MD 21202 | |
| 10925 | SAPIENZA, STEPHEN, 14170 PARK, LIVONIA, MI 48154 | |
| 10924 | SAPLING GROVE MEDICAL OFFICE BLDG., 240 MEDICAL PARK BLVD., BRISTOL, TN 37620 | |
| 10925 | SAPONE, MARIA, RD 1 BOX 369, CORAOPOLIS, PA 15108 | |
| 10925 | SAPORITA, RONALD, 81 PARK AVE, WILLISTON PARK, NY 11596 | |
| 10925 | SAPP BROS TRUCK STOPS INC, POBOX 45766, OMAHA, NE 68145-0766 | |
| 10925 | SAPP BROS. ILLINI, 3130 MAY ROAD, PERU, IL 61354 | |
| 10925 | SAPP, AGNES, 117 JERALD DRIVE, MONROE, LA 71202 | |
| 10925 | SAPP, EMMANUEL, 19 ARCHER AVE, PENSACOLA, FL 32505 | |
| 10925 | SAPP, GREGORY, 2032 TASKER ST, PHILADELPHIA, PA 19145 | |
| 10925 | SAPP, HENRY, 1419 4TH AVE W, WILLISTON, ND 58801-4123 | |
| 10925 | SAPP, JANE, 1430 NW 179 TERR, MIAMI, FL 33169 | |
| 10925 | SAPP, MARVIN, 2186 TAMARACK ROAD, OWENSBORO, KY 42301 | |
| 10925 | SAPP, TASHEA, RT 7 BOX 391, LIVE OAK, FL 32060 | |
| 10925 | SAPP, VALON, 4214 CLOVER, ODESSA, TX 79762 | |
| 10925 | SAPPA, EVARISTA, 1782 SW 85 AVE, MIRAMAR, FL 33025 | |
| 10924 | SAPPER CONSTRUCTION CO, 9148 BIRCH STREET, SPRING VALLEY, CA 91979 | |
| 10924 | SAPPER CONSTRUCTION CO., ATTN:  ACCOUNTS PAYABLE, SPRING VALLEY, CA 91979 | |
| 10924 | SAPPER CONSTRUCTION CO., SAN JOSE JOB SITE, SAN JOSE, CA 95101 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 SAPPER CONSTRUCTION CO/LONG BEACH, SPRING STREET & LAKEWOOD BLVD., LONG BEACH, CA 90801

10924 SAPPER CONSTRUCTION CO/SACRAMENTO, MATHER AIRPORT, TAXIWAY F, GATE 711, SACRAMENTO, CA 95814

10924 SAPPER CONSTRUCTION, FORT IRWIN TRAINING CENTER, BARSTOW, CA 92311

10924 SAPPER CONSTRUCTION, OFF HIGHWAY 98 -, CROSS STREETS GATEWAY AND REEVES, LEMOORE, CA 93245

10924 SAPPER CONSTRUCTION/FRESNO, JOB #97-259, RT 41 ELKHORN TO FLORAL, FRESNO, CA 93725

10924 SAPPER CONSTRUCTION/LEMOORE, OFF HIGHWAY 98 -, CROSS STREETS GATEWAY AND REEVES, LEMOORE, CA 93245

10924 SAPPER CONSTRUCTION/OAKLAND, 1776 MIDDLE HARBOR ROAD, OAKLAND, CA 94605

10924 SAPPER/SAN DIEGO JOBSITE, I-5-805 HOV, CARMEL VALLEY RD, SAN DIEGO, CA 92120

10925 SAPPHIRE AVIATION, 3867 SOUTHERN BLVD SUITE 6, WEST PALM BEACH, FL 33406

10925 SAPPINGTON, STEPHEN, 914 E REDWOOD CIRCLE, HANFORD, CA 93230-2383

10925 SAPPINGTON, THOMAS, 311 OBRECHT ROAD, MILLERSVILLE, MD 21108

10925 SARA BULL PERROW, RT 1 BOX 121, CAMERON, SC 29030-9715

10925 SARA BYRNE, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925 SARA ELLEN WHELDON, 599 OLD FALMOUTH RD, MARSTONS MLS, MA 02648

10925 SARA F AXELROD TTE FOR, SARA F AXELROD LIVING TRUST, DD OCT 15 1992, 337 HOLLYWOOD DR, W LAFAYETTE, IN 47906-2146

10925 SARA J EBLE, 677 KARNAK CT, CINCINNATI, OH 45233-4735

10925 SARA JEANETTE ALLEN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10924 SARA LEE HEADQUARTERS, 1000 E. HAYNES MILL ROAD, WINSTON-SALEM, NC 27105

10924 SARA LEE KNITTING, HWY. 25, HODGES, SC 29653

10925 SARA MILLSTEIN, 215 W 98TH ST, NEW YORK, NY 10025-5628

10924 SARA NEWMAN NURSING HOME, C/O CRESCENT INSTALLATION, 845 PALMER AVENUE, MAMARONECK, NY 10543

10925 SARA P TILTON, 811 DILLS BLUFF RD, CHARLESTON, SC 29412-4709

10925 SARA THURSTON WILLIAMS, 1825 WAVERLAND CIRCLE, MACON, GA 31211-1130

10925 SARA, CATHERINE, 9 E FRANKLIN ST, BOUND BROOK, NJ 08805

10925 SARACO III, MICHAEL, 174 BEDFORD RD, WOBURN, MA 01801

10925 SARACO JR, MICHAEL, 625 MAIN ST APT #21, READING, MA 01867

10925 SARAGUSA, KARI, 391 INDUS LANE, LAWRENCEVILLE, GA 30244

10925 SARAH A SCANLON, 814 WEST ROLLINS RD, COLUMBIA, MO 65203-2850

10925 SARAH ANDREWS &, SUSAN CLINE JT TEN, 181 PARK RD, CHELMSFORD, MA 01824-4338

10925 SARAH ANN TURRI &, LIISA TURRI TEN COM, 101 SHERMAN ST, NEGAUNEE, MI 49866-1932

10925 SARAH C ARONSTEIN, 702 N GONZALES, CUREO, TX 77954-2841

10925 SARAH CAMRAS, 6647 N KENTON, LINCOLNWOOD, IL 60646-3321

10925 SARAH COUSINS, 607 W MANSFIELD AVE, SPOKANE, WA 99205-4610

10925 SARAH EMLEN WELCH, 14 SONA LANE, CREVE COEUR, MO 63141-7742

10925 SARAH J NEEDHAM TR UA MAR 22 91, SARAH J NEEDHAM TRUST, 9162 VILLAGE 9, CAMARILLO, CA 93012-6930

10925 SARAH J PERILLO &, CONO T PERILLO JT TEN, 126 CORTLAND AVE, HICKSVILLE, NY 11801-4649

10925 SARAH J SPENCER, 755 PLUME ST, SPARTANBURG, SC 29302-1451

10925 SARAH JANE HOSLER, 14746 DASH WAY, POWAY, CA 92064-2914

10925 SARAH JANS THORPE, SCHALERSTRASSE 3, CH 4054, BASEL, SWITZERLAND          *VIA Deutsche Post*

10925 SARAH KRASNE, C/O LUCILLE KATELMAN, 770 NO 93RD ST 2B4, OMAHA, NE 68114-0000

10925 SARAH M FETTEROLF, 7025 MARRIOTTSVILLE RD, MARRIOTTSVILLE, MD 21104

10925 SARAH M HUMPHRIS, PO BOX 1674, OGDEN, UT 84402-1674

10925 SARAH M SHIELDS, CARROLL, BURDICK & MCDONOUGH, STE 400 44 MONTGOMERY ST, SAN FRANCISCO, CA 94104

10925 SARAH PINCUS, 1740 OCEAN AVE, BROOKLYN, NY 11230-5460

10925 SARAH S WEGNER, 7221 W PARKLAND CT, MILWAUKEE, WI 53223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | SARAH W PLUMMER, 310 GRAYSTONE LANE, JOHNSTOWN, PA 15905-5709 | |
| 10925 | SARAH WEINBERG, 8 BRAMPTON LANE, GREAT NECK, NY 11023-1304 | |
| 10925 | SARALYNNE K DESOUZA, 8204 NW 35TH ST, CORAL SPRINGS, FL 33065 | |
| 10924 | SARAMONTE SHOPPING CENTER, RJF MEISWINKEL, DALY CITY, CA 94014 | |
| 10924 | SARANAC LAKE QUARRIES, P.O. BOX 825, PLATTSBURGH, NY 12901 | |
| 10924 | SARANAC LAKE QUARRIES, RTE. 3, BLOOMINGDALE RD., SARANAC LAKE, NY 12983 | |
| 10925 | SARANGAY, THERESE, 90 PROSPECT ST, NANUET, NY 10954 | |
| 10925 | SARAPPA, JOHN, 4 NORTH 2ND ST, WATERFORD, NJ 08089 | |
| 10925 | SARASKY, JUAN, FLUSHING, NY 11355 | |
| 10925 | SARASOTA FAMILY MEDICAL, 6813 S TAMIAMI TRL, SARASOTA, FL 34231-5603 | |
| 10925 | SARASOTA PANTHERS, 5111 COUNTRY MEADOWS BLVD., SARASOTA, FL 34235 | |
| 10924 | SARASOTA PRECAST PRODUCTS, INC., 1415 MYRTLE STREET, SARASOTA, FL 34234 | |
| 10924 | SARASOTA PRECAST, 1415 MYRTLE STREET, SARASOTA, FL 34234 | |
| 10925 | SARATOGA FORWARDING, 80 EVERETT AVE, CHELSEA, MA 02150 | |
| 10925 | SARATOGA INSTITUTE, INC, 12950 SARATOGA AVE, SARATOGA, CA 95070 | |
| 10925 | SARAVIA, MARGARET, 121 LEO PLACE, LODI, NJ 07644 | |
| 10925 | SARAZEN, SCOTT, 183 WOBURN ST., ANDOVER, MA 01810 | |
| 10925 | SARAZIN JR, ROLAND, 75 BAYVIEW EXT., SCARBOROUGH, ME 04074 | |
| 10925 | SARBER, JOHN, 10770 ADAMS ROAD, GALENA, OH 43021 | |
| 10925 | SARBER, SAMANTHA, 240 MERCADO AVE, ORLANDO, FL 32807 | |
| 10925 | SARCEWICZ, ROBERT, 2708 CLIFTON DR, BENSALEM, PA 19020 | |
| 10925 | SARCONA, MARIA, 11 MOUNTAINVIEW DR, HIGHLAND HILLS, NY 10930 | |
| 10925 | SARDINA, MARK, PO BOX 390351, SAN DIEGO, CA 92149 | |
| 10925 | SARDINHA, TERESA, 24 BUCKLEY ST, FALL RIVER, MA 02723 | |
| 10925 | SARDONE, FRANK, 68 KENSINGTON AVE, STATEN ISLAND, NY 10305 | |
| 10925 | SAREAULT, ROBERT, 99 RIVER PARK LANE, TAYLORS, SC 29687 | |
| 10925 | SARELLI, ANGELINA, 434 STERLING EAST, JUSTICE, IL 60458 | |
| 10925 | SAREN, JOEL, 21 KELLY BROOK ROAD, EAST HAMPSTEA, NH 03826 | |
| 10925 | SARFATY, CHRIS, 336C HAYDENVILLE RD, WHATELY, MA 01093 | |
| 10925 | SARGEANT, CROSBY, 400 NE 18TH AVE., 102, HOMESTEAD, FL 33030 | |
| 10925 | SARGENT & LUNDY ILLINOIS INC., 55 EAST MONROE ST, CHICAGO, IL 60603-5780 | |
| 10924 | SARGENT & LUNDY, CAMBRIDGE, MA 02140 | |
| 10925 | SARGENT ELECTRIC CO., PO BOX 460, EAST CHICAGO, IN 46312 | |
| 10924 | SARGENT LUNDY, 55 E MONROE ST, CHICAGO, IL 60603 | |
| 10925 | SARGENT, BETTE, 9 CRANEY HILL ROAD, HENNIKER, NH 03242 | |
| 10925 | SARGENT, DANIEL, 1330 SUNSET, IOWA PARK, TX 76367 | |
| 10925 | SARGENT, DEIRDRE, 119 SPARKS DR, MONROE, LA 71203 | |
| 10925 | SARGENT, DON, 101 RIDGE SPRINGS RD, TAYLORS, SC 29687 | |
| 10925 | SARGENT, JACK W, 100 INDEPENDENCE PL, TYLER, TX 75703-1310 | |
| 10925 | SARGENT, MICHAEL, 3739 BRASSEUR LANE, CARMEL, IN 46033 | |
| 10925 | SARGENT, MICHAEL, 516 ARB0R DR, CARMEL, IN 46032 | |
| 10925 | SARGENT, RANDALL, 13603 TURKEYFOOT CT, CHANTILLY, VA 22021 | |
| 10925 | SARGENT, TERESA, 4203 STEPNEY DR, GAINESVILLE, VA 22065 | |
| 10925 | SARGENT, W, 1831 LYNNCREST RD, LAKELAND, FL 33803 | |
| 10925 | SARIAN, JIRAIR, 92 EASTERN AVE, ARLINGTON, MA 02174-7637 | |
| 10925 | SARICA, TRICIA, 36 POPPY LANE, DRACUT, MA 01826 | |
| 10925 | SARIKAS, V., 266 BECKWITH ST, GAITHERSBURG, MD 20878 | |
| 10925 | SARKIS, AMY, 2314 HWY AB, MCFARLAND, WI 53558 | |
| 10925 | SARLES, NORMAN, POSSOM HOLLOW COVE PO BOX 3043, CAMDENTON, MO 65020 | |
| 10925 | SARLI, ARNALDO, 2516 NAPOLEON, LAREDO, TX 78040 | |
| 10925 | SARLLS, LEAH, 2549 CORIAN GLEN, SAN ANTONIO, TX 78219 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  SARMATZIS, VIRGINIA, 27 IRVINGTON RD, SOMERVILLE, MA 02144

10924  SARNAFIL, 69 HOWARD STREET, WATERTOWN, MA 02272

10925  SARNER, LINDA, 2447 YORKSHIRE, AUGUSTA, GA 30909

10925  SARNES, PETER, 3039 ST ALBANS DRIVE, READING, PA 19608

10925  SARNO, ALAN, 12 FOREST RD, WESTFORD, MA 01886

10925  SARNO, ANTHONY, 72-08 21ST AVE, JACKSON HEIGHTS, NY 11370

10925  SARNO, JONATHAN, 12 FORREST RD, WESTFORD, MA 01886

10925  SARNOFF INFORMATION TECHNOLOGI, 46 CORPORATE PARK SUITE 100, IRVINE, CA 92606

10925  SARNOWSKI, KIMBERLY, 421 SANDY DR, GLENSHAW, PA 15116

10925  SAROS CORPORATION, 10900 N E 8TH ST, BELLEVUE, WA 98004

10925  SAROS CORPORATION, 700 PLAZA CENTER, BELLEVUE, WA 98004

10924  SAROS SPORTS COMPLEX, C/O THERMAL FIREPROOFING, KATONAH, NY 10536

10925  SAROSKY, SUSAN, 246 LAUDERBURN AVE, WEATHERLY, PA 18255

10925  SARRACINO, DINO, 405 CHENOWETH DR, SIMPSONVILLE, SC 29681

10925  SARRAT, CLOANNE, 1900 N. ARNOULT RD., METAIRIE, LA 70001

10925  SARRATT, SHEILA, RR#1 BOX 299A, CLEVELAND, MO 64734

10924  SARRETT CENTER AT VANDERFIELD UNIV., 213 WHITSETT RD., NASHVILLE, TN 37210

10925  SARRO, BRIAN, 31 HYDE ST, DANVERS, MA 01923

10925  SARSFIELD, JR, MICHAEL, 123 OLD RIDGE ROAD, CORAOPOLIS, PA 15108

10925  SARSFIELD, SALLY, 9 BROADVIEW RD, WESTPORT, CT 06880

10925  SARTAIN, NORA, 3440 ROY MESSER HWY, WHITE PINE, TN 37890

10925  SARTE, CHRISTINA, 787 NEWMAN DR., S. SAN FRANCISCO, CA 94080

10924  SARTEC CORP., 617 PIERCE ST., ANOKA, MN 55303

10925  SARTI, FABIO, 83-39 60TH DRIVE, ELMHURST QUEENS, NY 11373

10925  SARTIN, JANICE, 100 LEAF CIRCLE, DUSON, LA 70529

10925  SARTIN, ROY, 531 ELLERBE WAY, LAKELAND, FL 33801-6119

10925  SARTO, JOSEPH, 114 MADISON ST, DEDHAM, MA 02026

10925  SARTOMER COMPANY INC, PO BOX 8500 S-2740, PHILADELPHIA, PA 19178-2740

10925  SARTOMER COMPANY INC, POBOX 8500 (S-2740), PHILADELPHIA, PA 19178-2740

10925  SARTORIUS CORP.(FILE #5116), PO BOX 88700, CHICAGO, IL 60680-1700

10925  SARTORIUS CORP., PO BOX 9488, UNIONDALE, NY 11555-9488

10925  SARTORIUS CORPORATION, PO BOX 9488, UNIONDALE, NY 11555-9488

10925  SARUN CHAO-SOK OLCOTT, 940 PINE COURT NE, PINE ISLAND, MN 55963-9714

10925  SARVER, MICHAEL, 10 WELLINGTON CIRCLE, TEWKSBURY, MA 01876

10925  SARVER, MICHAEL, 541 NORTHSIDE TER, LAKELAND, FL 33803

10925  SAS INDUSTRIES INC, WADING RIVER MANOR ROAD, MANORVILLE, NY 11949

10925  SAS INSTITUTE INC, PO BOX 65505, CHARLOTTE, NC 28265

10925  SAS INSTITUTE INC., PO BOX 65505, CHARLOTTE, NC 28265

10925  SAS INSTITUTE, INC, SAS CAMPUS DR., CARY, NC 27513-2414

10924  SAS RUBBER COMPANY, 474 NEWELL STREET, PAINESVILLE, OH 44077

10925  SASAKI ASSOCIATES INC, PO BOX 9455 DEPT 6, BOSTON, MA 02205-9455

10925  SASCHAS CATERING, 527 N. LOVEGROVE ST., BALTIMORE, MD 21202

10925  SASHTO97 TECH FAIR, PO BOX 2261, LITTLE ROCK, AR 72203

10925  SASM OF AMERICA, 1013 CENTRE ROAD, SUITE 350, WILMINGTON, DE 19805

10925  SA-SO COMPANY, LOCK BOX 911494, DALLAS, TX 75391-1494

10925  SASOL, 900 TREADNEEDLE, HOUSTON, TX 77224

10925  SASONGKO, SUN, 19 UPLAND ROAD, BURLINGTON, MA 01803

10925  SASOONIAN, NOELLE, 81 VERMONT DRIVE, BRICK, NJ 08723

10925  SASS, PATRICIA, 140 LONG ROAD, LYKENS, PA 17048

10925  SASSANI, SHAPOOR, 1725 GISNELL ROAD, 102, VIENNADA, VA 22182

10925  SASSANO, EDWARD, 989 CHRISTMAS AVE, BETHLEHEM, GA 30620

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SASSER, CAROLINE, 13901 ROBEY ROAD, SILVER SPRING, MD 20904 | |
| 10925 | SASSER, EDDIE, 700 W MANES, IOWA PARK, TX 76367 | |
| 10925 | SASSER, MATTHEW, RT 2 BOX 40, ARINGTON, GA 31713 | |
| 10925 | SASSI, SAMANTA, 8436 TRUXTON AVE, LOS ANGELES, CA 90045 | |
| 10924 | SASSI/CEFIC, AV. E. VAN NIEUWENHUYSE, 4, BTE. 2, BRUXELLES, BELGIUM, 01160BELGIUM | *VIA Deutsche Post* |
| 10925 | SASSONE, VICTORIA, 950 LAVERS CIRCLE, DELRAY BEACH, FL 33444 | |
| 10925 | SASTRE, DEBRA, 9263 SW 169TH ST, MIAMI, FL 33157 | |
| 10925 | SATAS & ASSOCIATES, 99 SHENANDOAH ROAD, WARWICK, RI 02886 | |
| 10925 | SATAV, NITIN, 109 LINDEN ST, WALTHAM, MA 02154 | |
| 10925 | SATCHER MOTOR CO., PO BOX 3128, AIKEN, SC 29802-3128 | |
| 10925 | SATCHER, MARVIN, 854 PENNYSTONE, SAN ANTONIO, TX 78223 | |
| 10924 | SATELITE 400, 3155 COMMERCE BLVD., DULUTH, GA 30136 | |
| 10925 | SATELLINK COMMUNICATIONS INC, PO BOX 939, ALPHARETTA, GA 30009-0939 | |
| 10924 | SATELLITE 500, BUILDING 400, 3217 SATELLITE BLVD., DULUTH, GA 30096 | |
| 10924 | SATELLITE PLACE 300, 3237 SATELLITE BOULEVARD, DULUTH, GA 30096 | |
| 10924 | SATELLITE PLACE, 3237 SATELLITE BLVD., DULUTH, GA 30096 | |
| 10925 | SATER, JEFFERY, 149 CARROLL ROAD, GLEN BURNIE, MD 21060 | |
| 10925 | SATER, ROBERT, 201 11TH ST., BESSEMER, PA 16112-9781 | |
| 10925 | SATERMO, LEE, BOX 332, NEW TOWN, ND 58763 | |
| 10925 | SATERNUS, HENRY, 5009 S. KOSTNER AVE, CHICAGO, IL 60632 | |
| 10925 | SATERNUS, HENRY, 5009 S. KOSTNER AVE., CHICAGO, IL 60632 | |
| 10925 | SATHANANTHAN, ARUNAN, 60 VAN HORN ST, DEMAREST, NJ 07627 | |
| 10925 | SATHER, RICHARD, HC 3, PO BOX 5685, SOLDOTNA, AK 99669 | |
| 10925 | SATHER, SCOTT, 8723 W. GREENFIELD, 301, WEST ALLIS, WI 53214 | |
| 10925 | SATILLA WELLNESS CENTER, 709 KNIGHT AVE, WAYCROSS, GA 31501 | |
| 10925 | SATO, ERIC, 1507 W. OLIVE, CHICAGO, IL 60660 | |
| 10925 | SATTERFIELD, ALFONSO, 3304 FIELDVIEW ROAD, BALTIMORE, MD 21207-6131 | |
| 10925 | SATTERFIELD, CAROLINE, 615 B ROSSVILLE RD, DEVINE, TX 78016 | |
| 10925 | SATTERFIELD, DOROTHY, BOX 427, FOUNTAIN INN, SC 29644 | |
| 10925 | SATTERFIELD, H, 210 MEADOW LANE, EASLEY, SC 29642 | |
| 10925 | SATTERFIELD, JENNIFER, 103 WAGON WHEEL DR, SIMPSONVILLE, SC 29681 | |
| 10925 | SATTERFIELD, KAREN, 2329 NE 12TH COURT, OCALA, FL 34470 | |
| 10925 | SATTERFIELD, THOMAS, 103 WAGON WHEEL DR, SIMPSONVILLE, SC 29681 | |
| 10925 | SATTERLEE, DAVID, 110 BELL DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | SATTERLEE, STEPHENS, 230 PARK AVE, NEW YORK, NY 10169 | |
| 10925 | SATTERWHITE, MICHAEL, 65 CENTURY CIR 1400-D, GREENVILLE, SC 29607 | |
| 10925 | SATTERWHITE, PAUL, 116 BOYD AVE, SIMPSONVILLE, SC 29681 | |
| 10925 | SATTIZAHN, DAVID, 4111 MUSTANG, WICHITA FALLS, TX 76305 | |
| 10925 | SATTLER, SANDRA, 338 CHURCH ROAD, SUNCOOK, NH 03275 | |
| 10925 | SATTLEY, KELLY, 930 WILLOWOOD LN, DUNEDIN, FL 34698 | |
| 10924 | SATTVA CHEMICAL COMPANY, DIV. OF A.C. INDUSTRIES, 2 LANDMARK SQUARE-SUITE 214, STAMFORD, CT 06901 | |
| 10925 | SATTVA CHEMICAL COMPANY, TWO LANDMARK SQ. #214, STAMFORD, CT 06901-2410 | |
| 10925 | SATURN ELECTRONICS & ENGINEERING IN, 2119 AUSTIN, ROCHESTER HILLS, MI 48309 | |
| 10925 | SATURN ELECTRONICS & ENGR, 255 REX BLVD, AUBURN HILLS, MI 48326 | |
| 10925 | SAUBERLI, KENNETHA, 379 W GRANT, ST ANNE, IL 60964 | |
| 10925 | SAUCEDA, ISABEL, 4305 FIR ST., CORPUS CHRISTI, TX 78411 | |
| 10925 | SAUCEDA, MARTHA, 931 BURRUS, MISSION, TX 78572 | |
| 10925 | SAUCEDA, RUBEN, 815 NUECES, MISSION, TX 78572 | |
| 10925 | SAUCEDO, MARGARITO, 3703 N NICHOLAS, FORT WORTH, TX 76106 | |
| 10925 | SAUCIER, LYNN, 207 WESTVIEW, HOUMA, LA 70364 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SAUCON VALLEY HIGH SCHOOL, C/O TRENTON WHSE, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | SAUDER WOODWORKING CO, 502 MIDDLE ST, ARCHBOLD, OH 43502 | |
| 10924 | SAUDER WOODWORKING, 502 MIDDLE STREET, ARCHBOLD, OH 43502 | |
| 10924 | SAUDER WOODWORKING, SAUDER ST.-DOOR 39, ARCHBOLD, OH 43502 | |
| 10925 | SAUDER, JAMES, 13445 MARION ST, C208, THORNTON, CO 80241 | |
| 10925 | SAUDER, MARY, 334 HOOD PKWY, KENNESAW, GA 30144 | |
| 10925 | SAUDERS & DOLLEYMORE, 9 RICKMANSWORTH RD, WATFORD, HERTS ENGLAND, WD1 7HEENGLAND | *VIA Deutsche Post* |
| 10924 | SAUDI ARABIAN OVERSEAS SERVICES INC, 5718 WESTHEIMER, SUITE 1710, HOUSTON, TX 77057 | |
| 10924 | SAUDI CAN CO LTD., PHASE 3, ROAD 36, STREET 33, JEDDAH, 21452SAU | *VIA Deutsche Post* |
| 10925 | SAUER, TY C, 1823 E MARKS ST, ORLANDO, FL 32803 | |
| 10925 | SAUER, WILLIAM, W148 N6183 WAMPUM DRIVE, MENOMONEE FALLS, WI 53051 | |
| 10925 | SAUERHAMMER, MELVIN, 10 GURTEEN COURT UNIT 202, TIMONIUM, MD 21093 | |
| 10925 | SAUERS, ESTHER, 6315 OLD TIPTON RD, MILLINGTON, TN 38053 | |
| 10924 | SAUGUS PUBLIC SAFETY C/O EAST COAST, 505 UNIVERSITY AVENUE; BLDG. 3, NORWOOD, MA 02062 | |
| 10924 | SAUK COUNTY WEST SQUARE BUILDING, INSULATORS, BARABOO, WI 53913 | |
| 10925 | SAUL D RESNICK &, DEBORAH S RESNICK TR, UA FEB 28 89 FBO, THE RESNICK FAMILY, 4415 ROMA COURT, MARINA DEL REY, CA 90292 | |
| 10925 | SAUL EWING REMICK & SAUL LLP, 1500 MARKET ST 38TH FL, PHILADELPHIA, PA 19102-2186 | |
| 10925 | SAUL EWING REMICK & SAUL LLP, 3800 CENTRE SQUARE WEST, PHILADELPHIA, PA 19102 | |
| 10925 | SAUL EWING WEINBERG & GREEN, 100 SOUTH CHARLES ST, BALTIMORE, MD 21201-2773 | |
| 10925 | SAUL EWING, CARL B EVERETT, 1500 MARKET ST 38TH FL, PHILIDELPHIA, PA 19102 | |
| 10925 | SAUL HALL, HWY 221, ENOREE, SC 29335 | |
| 10925 | SAUL J STERN, 17 WEST 74TH ST 4A, NEW YORK, NY 10023-2445 | |
| 10925 | SAUL KREITZER, 75 19 182ND ST, FLUSHING, NY 11366-1613 | |
| 10925 | SAUL S SPODEK, SPODEK REALTY CO, 4349 MURRAY AVE, PITTSBURGH, PA 15217-2905 | |
| 10925 | SAUL, CYNTHIA, 2560 N FIELD LN, CLEARWATER, FL 34621 | |
| 10925 | SAUL, JEFFERY, PO BOX 13571, READING, PA 19612 | |
| 10925 | SAULINSKAS, JAMES, 5238 S. MONITOR, CHICAGO, IL 60638 | |
| 10925 | SAULMON, AMELIA, 100A WESTCLIFF CTR, WARNER ROBINS, GA 31093 | |
| 10925 | SAULNIER, CHARLES, 26 BOARDMAN ST, SALEM, MA 01970 | |
| 10925 | SAULS, CAROL, 167 FALCON CREST TR, JONESBORO, GA 30236 | |
| 10925 | SAULS, CHRISTOPHER, 4001 PELHAM RD, 124, GREER, SC 29650 | |
| 10925 | SAULS, DARLENE, RT 1 BOX 447F, KINSTON, NC 28501 | |
| 10925 | SAULS, JOHN, 1406 ACADIAN DRIVE, #36, HOUMA, LA 70363 | |
| 10925 | SAULS, JR, DEWEY, 2652 EMPIRE DRIVE, SNELLVILLE, GA 30278 | |
| 10925 | SAULS, SALLY, 6786 N. CHESTERFIELD, BEAUFORT, SC 29902 | |
| 10925 | SAUMS, VAUGHN, 3115 MADELINE CIRCLE, MEMPHIS, TN 38127 | |
| 10925 | SAUND, PERMINDER, 9 GREENBURY CT APT E, WOODLAWN, MD 21207 | |
| 10925 | SAUNDERS & DOLLEYMORE, 9 RICKMANSWORTH RD, WATFORD, HERTS, WD1 7HEUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | SAUNDERS CONCRETE CO., INC., 6 LOCUST AVENUE, CORTLAND, NY 13045 | |
| 10924 | SAUNDERS CONCRETE CO., INC., PINCKEY RD, ITHACA, NY 14850 | |
| 10924 | SAUNDERS FOUNDRY SUPPLY, ROUTE 301, COLD SPRING, NY 10516 | |
| 10925 | SAUNDERS II, GEORGE L, 532 BUCKTONE GARTH, ABINGDON, MD 21009 | |
| 10925 | SAUNDERS INC., PO BOX 102313, ATLANTA, GA 30368-0313 | |
| 10925 | SAUNDERS MANUFACTURING CO, 3243 TULANE ST, MEMPHIS, TN 38116 | |
| 10925 | SAUNDERS OIL CO, 1200 W MARSHALL ST, RICHMOND, VA 23220-3024 | |
| 10924 | SAUNDERS OIL CO, PO BOX 27586, RICHMOND, VA 23261 | |
| 10925 | SAUNDERS PACKAGING, POST OFFICE BOX 7802, NEWPORT BEACH, CA 92659 | |
| 10925 | SAUNDERS, CARL, 7200 MERION TRACE, UPPER DARBY, PA 19082 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | SAUNDERS, GWENDOLYN, 7026 APPLE VALLEY, SAN ANTONIO, TX 78242 | |
| 10925 | SAUNDERS, II, GEORGE, 532 BUCKSTONE GARTH, ABINGDON, MD 21009 | |
| 10925 | SAUNDERS, JAMIL, 66 THRID ST, SOMERVILLE, NJ 08876 | |
| 10925 | SAUNDERS, LAWRENCE, 134 HACKENSACK ROAD, CHESTNUT HILL, MA 02167 | |
| 10925 | SAUNDERS, LEE, 4615 PARK HEIGHTS AVE., BALTIMORE, MD 21215 | |
| 10925 | SAUNDERS, LEONARD, 11823 MCCORKLE AVE, CHESAPEAKE, WV 25315 | |
| 10925 | SAUNDERS, LINDA, 330 WATER ST LOT #17, SHREVE, OH 44676 | |
| 10925 | SAUNDERS, MARSHA, 2500 JEWETTA, BAKERSFIELD, CA 93312 | |
| 10925 | SAUNDERS, MARTHA, 9257 WEDD, OVERLAND PARK, KS 66212 | |
| 10925 | SAUNDERS, MARY, 1119 BRADLEY ROAD, PASADENA, MD 21122 | |
| 10925 | SAUNDERS, MARY, PO BOX 173, SUNBURY, NC 27979 | |
| 10925 | SAUNDERS, MAXENE, 15252 N 51ST DR., GLENDALE, AZ 85306 | |
| 10925 | SAUNDERS, NORMAN, 3 SUTTON PLACE, AMARILLO, TX 79124 | |
| 10925 | SAUNDERS, PAMELA, 11111 S.W. 88 ST, MIAMI, FL 33176 | |
| 10925 | SAUNDERS, PO BOX 25061, GLENDALE, CA 91221-5061 | |
| 10925 | SAUNDERS, ROBERT, 1119 BRADLEY ROAD, PASADENA, MD 21122 | |
| 10925 | SAUNDERS, SAMANTHA, 1103 CLYDE, AMARILLO, TX 79106 | |
| 10925 | SAUNDERS, SAMUEL, 685 NINTH ST, MEEKER, CO 81641-3140 | |
| 10925 | SAUNDERS, TERESSA, 1601 N OHENRY BLVD, GREENSBORO, NC 27405 | |
| 10925 | SAUNDERS, THAINE, 1220 8TH ST PO BOX 38, DUNCAN, NE 68634 | |
| 10925 | SAUNDERS, THERESA, 8101 S.W. 72ND AVE APT. 211W, MIAMI, FL 33143 | |
| 10925 | SAURINE, ROBERT, 500 SYLVANDALE DRIVE, DAYTON, OH 45419 | |
| 10925 | SAURO, RAYMOND J, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | SAURO, RAYMOND, 2781 WYNFIELD ROAD, W. FRIENDSHIP, MD 21794 | |
| 10925 | SAUSEN, CAROL, FAIRFIELD MANOR, MORGONTOWN, WV 26505 | |
| 10925 | SAUSER JT TEN, ROBERT FRANKLIN & SHIRLEY J, 4061 SHELLIE CT, SANTA MARIA, CA 93455-3145 | |
| 10925 | SAUSSER, MICHAEL S, 9644 S. CHANTECLAIR CIR, HIGHLAND RANCH, CO 80126 | |
| 10925 | SAUSSER, MICHAEL, 9644 S CHANTECLAIR, HIGHLANDS RAN, CO 80126 | |
| 10925 | SAUTER, GEORGE, 7084 SADDLE DRIVE, ELDERSBURG, MD 21784 | |
| 10925 | SAUTER, KIMBERLY A, 5134 S. ROLLING RD., BALTIMORE, MD 21227 | |
| 10925 | SAUTER, KIMBERLY, 5134 S. ROLLING ROAD, BALTIMORE, MD 21227 | |
| 10925 | SAUTER, KIMBERLY, 5134 SOUTH ROLLING RD., BALTIMORE, MD 21227 | |
| 10925 | SAUTHOFF, SHERI, 111 TREE CREST CIRCLE, THE WOODLANDS, TX 77381 | |
| 10925 | SAUVAGEAU, EMIL, BOX 641, BELFIELD, ND 58622 | |
| 10925 | SAVAGE ASSOCIATES, INC, PO BOX 609/ HATHAWAY POND RD, HANCOCK, NY 13783-0609 | |
| 10925 | SAVAGE COMPANY INC., PO BOX 540452, WALTHAM, MA 02454-0452 | |
| 10925 | SAVAGE HERNDON TURNER P C, 304 EAST BAY ST, SAVANNAH, GA 31401 | |
| 10925 | SAVAGE III, JOHN, 1709 PROVIDENCE ST., NEW IBERIA, LA 70560 | |
| 10925 | SAVAGE, ANDRA, 235 KEOWEE TRAIL APT 11, CLEMSON, SC 29631 | |
| 10925 | SAVAGE, ARTHUR, 2730 JENNINGS CHAPEL RD, WOODBINE, MD 21797 | |
| 10925 | SAVAGE, CHARLIE, 3001 WOLCOTT AVE., BALTIMORE, MD 21216 | |
| 10925 | SAVAGE, FRANK, PO BOX 243, SPRING LAKE, NJ 07762 | |
| 10925 | SAVAGE, GLYNIS, 1410 ELDERBERRY, ONTARIO, CA 91762 | |
| 10925 | SAVAGE, JR, JOHN, PO BOX 145, LYDIA, LA 70569 | |
| 10925 | SAVAGE, KATHLEEN, 14 C SCOTT CIRCLE, HANSCOM AFB, MA 01731 | |
| 10925 | SAVAGE, LYNN, 3775 FM 367EAST, IOWA PARK, TX 76367 | |
| 10925 | SAVAGE, MARGARET, 17682NC, WILLIAMSTON, NC 27892 | |
| 10925 | SAVAGE, MARION, 6701 GOLDER, ODESSA, TX 79764 | |
| 10925 | SAVAGE, PAUL OWEN, 1140 MARY ST NORTH APT 703, OSHAWA, ON L1G 5H1CANADA | *VIA Deutsche Post* |
| 10925 | SAVAGE, REGINA, 267 PINEHILL RD, ELM GROVE, LA 71051 | |
| 10925 | SAVAGE, REVONDA, POB 113, MAYSVILLE, GA 30558 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SAVAGE, SANDRA, 533 COUNTY ST, SUFFOLK, VA 23434

10925   SAVAGE, TERRY, 102 SANDERLING DRIVE, GREENVILLE, SC 29607

10925   SAVAGE, THERESA, 7359 OXFORD AVE, HESPERIA, CA 92345

10925   SAVAGE, THOMAS, 1347 ANTHONY WAYNE DRIVE, WAYNE, PA 19087-1350

10925   SAVAGE, TROY, ROUTE 4, BOX 550, ODESSA, TX 79763

10924   SAVANNAH BLOCK, SAND HILL ROAD, EDEN, GA 31307

10924   SAVANNAH HIGH SCHOOL, 2500 ELGIN ST., SAVANNAH, GA 31404

10925   SAVANNAH LABORATORIES, POBOX 13548, SAVANNAH, GA 31416-0548

10924   SAVANNAH STATE UNIVERSITY, C/O ADAMS CONSTRUCTION, SOUTH THOMPKINS RD., SAVANNAH, GA 31404

10924   SAVANNAH STUCCO SUPPLY INC., 4215 MONTGOMERY STREET, SAVANNAH, GA 31405

10925   SAVARD, ALFRED, 40 WEST 4TH ST, LOWELL, MA 01850

10925   SAVARESE, VIRGINIA, 41 ROYAL CREST DR#10, NASHUA, NH 03060

10925   SAVARIO, MICHELLE, PO BOX 327, FRENCH SETTLEMENT, LA 70733

10924   SAVE A BUCK OF FLORIDA, INC., 1709 S. BABCOCK STREET, MELBOURNE, FL 32901

10924   SAVE A BUCK OF FLORIDA, INC., 667 S.W. SEA HOLLY TERRACE, PORT SAINT LUCIE, FL 34984

10924   SAVE-A-BUCK OF FL.,INC., 1709 SO BABCOCK ST, MELBOURNE, FL 32901

10925   SAVEDGE, ALMA E, 155 HOBCAW DR, MT PLEASANT, SC 29464-2551

10925   SAVELL, MICHAEL, HCR 75 BOX 660-11, ANDREWS, TX 79714

10925   SAVELLI, SHIRLEY, 4808 KUTZTOWN RD, TEMPLE, PA 19560

10925   SAVERSE, RON, 86 ELMER ROAD, BOSTON, MA 02124

10925   SAVERSE, SCOTT, 39 BROOKLINE ST, TOWNSEND, MA 01469

10924   SAVERY HOTEL, 401 LOCUST STREET, DES MOINES, IA 50301

10925   SAVESCU MD, NAPOLEON, POBOX 1321, ENGLEWOOD, NJ 07632

10925   SAVID INTERNATIONAL INC., PO BOX 238, SUFFERN, NY 10901

10925   SAVIN CORP, PO BOX 73683, CHICAGO, IL 60673-7683

10925   SAVIN CORPORATION, PO BOX 8500 {S-4460}, PHILADELPHIA, PA 19178-4460

10925   SAVLAN, LA REE, 1892 CAMINO, SANTA FE, NM 87505

10925   SAVOIE, ALFRED, 165 DANOS ST., RACELAND, LA 70394

10925   SAVOIE, CONNIE, 2657 ADDISON LOOP, LAKE CHARLES, LA 70605

10925   SAVOIE, JEANNE, 31 BARKER ST, LOWELL, MA 01850

10925   SAVOIE, TAMALA, RR5 BOX 186, ST. ANNE, IL 60964

10925   SAVOIE, WENDELL, 821 CATHERINE ST., LOT #4, LOCKPORT, LA 70374

10925   SAVOIT, JOHN, 1421 GRACE ST, VINTON, LA 70668

10925   SAVONIN, STANISLAV, 21 CHAPEL ST, WESTFIELD, MA 01085

10925   SAVOURY, D, 8977 S.W. 147 AVE, MIAMI, FL 33196

10925   SAVOY, DEANNA, 123 LAGNEAUX RD, DUSON, LA 70529-9519

10925   SAVOY, MARK, 4201 RELIUS RONSONET RD., JEANERETTE, LA 70544

10925   SAVOY, RAYMOND, 1000 WEST 5TH ST., FALLON, NV 89406

10925   SAVUTO, PAUL, 4 SKYLANE CT, SUFFERN, NY 10901

10925   SAWAYA & ROSE PC, 1650 EMERSON ST, DENVER, CO 80218

10925   SAWICKI, DAVID, 13 PHILLIP ST, FAIRHAVEN, MA 02719

10925   SAWICKI, LOTTIE, 610 BOESEL AVE, MANVILLE, NJ 08835-2415

10925   SAWICKI, WARREN R, PO BOX 853, MADISON, MS 39130

10925   SAWICKI, WARREN, 204 TAMSWORTH LANE, MADISON, MS 39110

10925   SAWICKY, W, 20518 MALDEN ST, WINNETKA, CA 91306

10925   SAWICO LIMITADA, MONTEVIDEO C.P. URUGUAY, MONTEVIDEO, 011.6URUGUAY     **\*VIA Deutsche Post\***

10924   SAWIGO LTDA, DR. VIDAL Y FUENTES 3139, MONTEVIDEO, URY     **\*VIA Deutsche Post\***

10924   SAWTEK INC, 1818 SOUTH HWY 441, APOPKA, FL 32703

10925   SAWTEK INC, PO BOX 609501, ORLANDO, FL 32860

10924   SAWTEK INC, PO BOX609501, ORLANDO, FL 32860

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SAWTELLE, STEVEN, 374 WHARFSDALE DR, IRMO, SC 29063

10925    SAWYER MILLER, 75 ROCKEFELLER PLAZA, NEW YORK, NY 10019-6908

10925    SAWYER, ANDY, 4801 OAKWOOD DR, ODESSA, TX 79762

10925    SAWYER, ANTHONY, 2185 SHEPHERD RD., CHATANOOGA, TN 37421

10925    SAWYER, BARBARA, 244 CHELSEA ST, EVERETT, MA 02149

10925    SAWYER, CHARLES, 21 WATER ST, SEARSPORT, ME 04974

10925    SAWYER, CHARLES, 864 308TH, SEWARD, NE 68434-7576

10925    SAWYER, IRA, 5271 PETE SEAY ROAD, SULPHUR, LA 70665

10925    SAWYER, JASON, 208 GREENWOOD, KILGORE, TX 75662

10925    SAWYER, JEANETTE, 326 LARAMIE, SAN ANTONIO, TX 78209

10925    SAWYER, MAUREEN, PO BOX 323, BILLERICA, MA 01821

10925    SAWYER, NORMAN, 90 ELM ST, NASHUA, NH 03060

10925    SAWYER, TOM, 77 LYNN ROAD, TAYLORS, SC 29687

10925    SAWYER, WILLIAM, 137 S MAIN ST., NATICK, MA 01760

10925    SAWYERS, DEBORAH A, 630 ROCKBRIDGE ST, BLUEFIELD WV, WV 24701

10925    SAWYERS, HOMER, RFD 9, BOWLING GREEN, KY 42101

10925    SAWYERS, LISA, 962 S OLD ORCHARD, LEWISVILLE, TX 75067

10925    SAWYER-TOBIN, NANCY, 286 NEWBURY ST, 144, PEABODY, MA 01960

10924    SAX FIFTH AVE, PHIPPS PLAZA, ATLANTA, GA 30332

10925    SAXEY, V, 83893 WINESAP RD, MILTON FR WATER, OR 97862

10925    SAXON BUSINESS SYSTEMS, PO BOX 4908, MIAMI LAKES, FL 33014-4908

10925    SAXON RESEARCH SYSTEMS, INC, 965 SAXONBURG BLVD., SAXONBURG, PA 16056

10925    SAXON, CHARLES, 705 WESTMINSTER HWY, WESTMINSTER, SC 29693

10925    SAXON, DONNIE, 3466 FORK SHOALS ROAD, SIMPSONVILLE, SC 29681

10925    SAXON, ERIC, 124 KEELER BRIDGE RD, MARIETTA, SC 29661

10925    SAXON, KEVIN, PO BOX 151, SOUTHINGTON, OH 44470

10925    SAXON, STEVEN, 4396 FORK SHOALS RD, SIMPSONVILLE, SC 29681

10925    SAXON, TIMOTHY, 17 SACO ST BRANDON, GREENVILLE, SC 29611

10925    SAXONIA-FRANKE OF AMERICA INC, WILLIAM B DARWIN JR, HOLCOMBE BOMAR, 203 E MAIN ST, PO BOX 1897, SPARTANBURG, SC 29304

10925    SAXTON, GARY, 15914 MESA VERDE, HOUSTON, TX 77059

10925    SAXTON, KEVIN, 1734 DORSET DR, MOUNT DORA, FL 32757

10925    SAXTON, MICHAEL, 37649 HYACINTH ST, NEWARK, CA 94560-4317

10925    SAXTON, WAYNE, 12 BARD ROAD, CASSADAGA, NY 14718

10925    SAY IT ON A SHIRT, 2520 N ANDREWS AVENUE EXT, POMPANO BEACH, FL 33064-2112

10925    SAYASA, SALLY, 11731 DEBBIE, GARDEN GROVE, CA 92640

10925    SAYBOLT INC, POBOX 17074, NEWARK, NJ 07194

10925    SAYBOLT INC, POBOX 844640, DALLAS, TX 75284-4640

10924    SAYBOLT, INC., 3113 RED BLUFF ROAD, PASADENA, TX 77503-2611

10924    SAYBOLT, INC., PETROLEUM DIV., 3113 RED BLUFF ROAD, PASADENA, TX 77503

10924    SAYBOLT, INC., PETROLEUM DIV., 3113 RED BLUFF ROAD, PASADENA, TX 77503-2611

10925    SAYCE, MEGAN, 66 BISHOP ALLEN DR. #2, CAMBRIDGE, MA 02139

10925    SAYCE, SHEILA, 212 KIRKSEY CT, R6, TRAVELLERS REST, SC 29690

10925    SAYER, VERNON, PO BOX 1341, SANDPOINT, ID 83864-0863

10925    SAYERS & ASSOCIATES LIMITED, 2240 ARGENTIA ROAD, MISSISSAUGA, ON L5N 2X6CANADA    **\*VIA Deutsche Post\***

10925    SAYERS DISTRIBUTING, 21020 CAMBODIA AVE., FARMINGTON, MN 55024

10925    SAYERS PUBLISHING GROUP LTD, 14 ROYCE ROAD MANOR ROYAL, WEST SUSSEX, CRAWLEY, RH10 2NXUNITED KINGDOM    **\*VIA Deutsche Post\***

10925    SAYERS PUBLISHING GROUP LTD, 14 ROYCE ROAD MANOR ROYAL, WEST SUSSEX, CRAWLEY, RH10 2PYUNITED KINGDOM    **\*VIA Deutsche Post\***

10925    SAYERS PUBLISHING GROUP, PO BOX 2019, ARVADA, CO 80001

10925    SAYERS, AIDAN, 12-18 BELLAIR AVE, FAIRLAWN, NJ 07410

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 SAYERS, LORETTA, 20 WINDSOR RD, STATEN ISLAND, NY 10314

10925 SAYGER, R, 35 VALLEY ST, PINEVILLE, LA 71360-6483

10925 SAYLES, ARNOLD, 7999 POTRANCO RD., SAN ANTONIO, TX 78251

10925 SAYLOR, MAURICE, 316 LUICK LANE NORTH, #N1, BELMOND, IA 50421

10925 SAYRE JR, WALTER, LOT 29 GREEN ACRE T. PK, WEEDSPORT, NY 13166

10925 SAYRE MORENO PURCELL BOUCHER, 10366 WILSHIRE BLVD, FOURTH FL, LOS ANGELES,, CA

10925 SAYRE, DAVID, 143 SOUTH LOGAN, 2, DENVER, CO 80209

10925 SAYRE, FRANCES, 681 ONETA DRIVE, NORCROSS, GA 30093

10925 SAYWARD, DONALD, PO BOX 2223, DUXBURY, MA 02331

10924 SBA NETWORK SERVICES, INC., 105 KLM DRIVE-SUITE 10, JOHNSON CITY, TN 37615

10925 SBARATTA, A, 230 PEGASUS AVE, NORTHVALE, NJ 07647

10925 SBARATTA, ANTHONY, 799, CRANFORD, NJ 07016

10925 SBARBARO, JOHN, 10 AURUCCHIO AVE, EMERSON, NJ 07630

10925 SBARDELLA ASSOCIATES INC., PO BOX 68, EAST WALPOLE, MA 02032

10925 SBC COMMUNICATIONS INC SBC SERVICE, SANDRA L SAKAMOTO, 1010 WILSHIRE BLVD, SUITE 1501, LOS ANGELES, CA 90017

10925 SBC DATACOMM, 21454 NETWORK PLACE, CHICAGO, IL 60673

10925 SBC GLOBAL NETWORK, PO BOX 1838, SAGINAW, MI 48605-1838

10925 SBCCI PST & ESI, 900 MONTCLAIR ROAD SUITE A, BIRMINGHAM, AL 35213-1206

10925 SBI, ENGINEERS, SBI ENGINEERS, 325 CHEROKEE BLVD., CHATTANOOGA, TN 37405

10924 SBINE POOLS, 3213 COMMON ST, LAKE CHARLES, LA 70601

10925 SBMS INC, POBOX 970003, SAINT LOUIS, MO 63197-0003

10925 SBP GENERAL PARTNERSHIP, 617 INDUSTRY DR, TUKWILA, WA 98188

10925 SBP TECHNOLOGIES INC, 106 CORPORATE DR STE 106, WHITE PLAINS, NY 10604

10925 SC DEPT OF HEALTH & ENV CONTROL, 2600 BULL ST, COLUMBIA, SC 29201-1708

10925 SC DEPT OF HEALTH & ENV CONTROL, BUREAU OF WATER, 2600 BULL ST, COLUMBIA, SC 29201

10925 SC DEPT OF HEALTH & ENV CONTROL, JUDY L CANOVA, 2600 BULL ST, BUREAU OF LAND & WASTE MGMT, COLUMBIA, SC 29201

10925 SC DEPT OF HEALTH & ENVIR, :, ATTN: GARY STEWART, MGR, 2600 BULL ST, COLUMBIA, SC 29201

10925 SC DEPT OF HEALTH & ENVIR, ATTN: SCOTT WILSON, PROJ MGR, 2600 BULL ST, COLUMBIA, SC 29201

10925 SC DEPT OF HEALTH & ENVIR, BUREAU OF LAND & WASTE MGT, ATTN: JUDY L CANOVA, HYDROGEOLOGISTS DEPT, 2600 BULL ST, COLUMBIA, SC 29201

10925 SC DEPT OF HEALTH AND ENV CONTROL, BUREAU OF LAND & WASTE MGMT, 2600 BULL ST, COLUMBIA, SC 29201

10925 SC DEPT OF REVENUE, PO BOX 18323, SPARTANBURG, SC 29318

10925 SC DHEC - NPDES ADMINSTRATION, 2600 BULL ST, COLUMBIA, SC 29201

10925 SC DHEC - RAD HEALTH, PO BOX 100103, COLUMBIA, SC 29202-3103

10925 SC DHEC / EQC ADMIN, 2600 BULL ST, COLUMBIA, SC 29201

10925 SC DHEC FREEDOM OF INFORMATION, 2600 BULL ST., COLUMBIA, SC 29201

10925 SC DHEC-BUREAU OF FINANCE, PO BOX 100103, COLUMBIA, SC 29202-3103

10925 SC HYDRAULIC ENGR. CORP., 1130 COLUMBIA ST., BREA, CA 92621

10925 SC JOHNSON AND SON INC, GARY A KRIEGER, 1525 HOWE ST, RACINE, WI 53403

10925 SC JUNIOR CHAMBER OF COMMERCE, PO BOX 5387, COLUMBIA, SC 29250-5387

10925 SC WORKERS COMPENSATION COMMISSION, PO BOX 1715, COLUMBIA, SC 29202-1715

10925 SC1016, BUNKER HILL DIVISION, COLUMBUS, OH 43218-2222

10925 SCA SERVICES, INC, 2 LIBERTY LANE WEST, HAMPTON, NH 03842

10925 SCACCHI, JOSEPH, 1 HOOVER AVE, W. PEABODY,, MA 01960-2209

10924 SCACCIA BROTHERS READY MIX, 47 HERB HILL RD., GLEN COVE, NY 11542

10925 SCACCIA, JOSEPH, 68 PACIFIC BLVD., MONESSEN, PA 15062

10925 SCADLOCK, CHERYL, 406 OAK ST, MT HOREB, WI 53572

10925 SCADUTO, RALPH, 25 OLD JACOBS ROAD, GEORGETOWN, MA 01833

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SCAGG, C.-MARLENE, 6501 PUMPKIN SEED CIAPT. #223, BOCA RATON, FL 33433

10925   SCAGGS BROTHERS LLC, 3258 BETHANY LANE, ELLICOTT CITY, MD 21042

10925   SCAGGS, JANE, 2781 N TOLA AVE, ALTADENA, CA 91001

10925   SCAIARRINO-HARD, TONI, 60 MEADOWHAVEN LN, E NORTHPORT, NY 11731

10924   SCAIFE GALLERY 12, TOWNSEND DRIVE OFF OLD FRANKLIN RD, MONROEVILLE, PA 15146

10925   SCAIFE, ANTONIO, 1501 15TH AVE SO APT 29, BIRMINGHAM, AL 35205

10925   SCALE SYSTEMS INC, 2011 RAWLEY RD, AUGUSTA, GA 30906

10925   SCALE SYSTEMS INC, PO BOX 116733, ATLANTA, GA 30368-6733

10925   SCALE SYSTEMS, INC, 4274-B2 SHACKLEFORD RD., NORCROSS, GA 30093

10925   SCALE SYSTEMS, INC, PO BOX 23001, CHATTANOOGA, GA 37411

10925   SCALE SYSTEMS, INC, POBOX 116733, ATLANTA, GA 30368-6733

10925   SCALE SYSTEMS, PO BOX 116733, ATLANTA, GA 30368-6733

10925   SCALERO, JUDITH, 45 STANDISH ROAD UNIT 2, STAMFORD, CT 06902

10925   SCALES, DIANE, 12822 7TH ST, YUCAIPA, CA 92399-0000

10925   SCALES, JAMES, 5800 PARFOUR CT., LITHONIA, GA 30038

10925   SCALES, KARIN, 332 SEMINOLE-BL. NW, PORT CHARLOTTE, FL 33952

10925   SCALES, MICHAEL, 11302 EVANS TRAIL DR, BELTSVILLE, MD 20705

10925   SCALETECH CORP, 2326 WEST 78 ST, HIALEAH, FL 33016

10925   SCALFRI, DESI, 4139B EVANSTON CIRCLE, AURORA, CO 80014

10925   SCALI, MAURO J, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SCALI, MAURO, 32 SPARHAWK RD RT 3, LONDONDERRY, NH 03053

10925   SCALI, ROBYN, 32 SPARHAWK DR, LONDONDERRY, NH 03053

10925   SCALIA, DINO, PO BOX 2530, WINCHESTER, VA 22604-1730

10925   SCALIA, MARIA VALERIE, 1801 STONEY BROOK DR UNIT 102, HOUSTON, TX 77063-1823

10925   SCALISSI, PHYLLIS, 218 CREEK EDGE COURT, WAUNAKEE, WI 53597

10925   SCALLAN, ROBIN, RT. 1, BOX 73, BUNKIE, LA 71322

10925   SCALLON, AINE, 9717 SOFT WATER WAY, COLUMBIAT, MD 21046

10925   SCALLON, LOUIS, RT. 5 BOX 317, DERIDDER, LA 70634

10924   SCALLY WATERPROOFING, 7258 DEVONSHIRE, SAINT LOUIS, MO 63119

10925   SCALON, HOWLEY, SCANLON & DOHERTY, 1000 BANK TOWERS, SCRANTON, PA 18503

10925   SCALPONE, ALFRED, PO BOX 9155, R. SANTA FE, CA 92067

10925   SCALTZ, KIMBERLY, 229 SHARPE ST, WYOMING, PA 18644

10925   SCALZO, GIACOMO, 209 TWIN OAKS DRIVE, FLORENCE, AL 35633

10925   SCALZO, KAREN, 4153 NW 54TH ST, COCONUT CREEK, FL 33073

10925   SCALZO, LISON B, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SCALZO, LISON, 6 WILLOW ST, WAKEFIELD, MA 01880

10925   SCAMMON JR, CHARLES F, 16277 BUSH RD, NEVADA CITY, CA 95959-9233

10925   SCANCEM RESEARCH AB, BOX 104, SLITE, 620 30

10925   SCANDALIATO, ANTHONY, 9500 SW 3RD ST, BOCA RATON, FL 33428

10924   SCANDINAVIA HOUSE PROJECT, BETWEEN 38TH AND PARK AVE, 5658 PARK AVENUE, NEW YORK, NY 10016

10925   SCANDURA, GERARD, 11307 ISLAND LAKES LA, BOCA RATON, FL 33498

10925   SCANDURA, GERARD, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925   SCANLAN, PAUL, 20 TRUDY TERRACE, CANTON, MA 02021

10925   SCANLON HOWLEY SCANLON DOHERTY, 321 SPRUCE ST, 1000 BANK TOWERS, SCRANTON, PA 18503

10925   SCANLON, BRAD, 717 EXCELSIOR ST, PITTSBURGH, PA 15210

10925   SCANLON, COLLEEN, 31 PINE VALLEY DR, PITTSBURGH, PA 15235

10925   SCANLON, HAROLD, 9933 CANDLEWOOD ST, CUCAMONGA, CA 91730

10925   SCANLON, KEVIN, 12 HODGES ROAD, FOXBORO, MA 02035

10925   SCANLON, MARK, 4404 SUSAN CURVE, CORTLAND, IL 60112

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SCANLON, P, 21 PARK CIRCLE, ARLINGTON, MA 02174

10925   SCANLON, PATRICIA, 21 PARK CIR, ARLINGTON, MA 02174

10925   SCANLON, PATRICIA, 7830 S STICKNEY AVE, BRIDGEVIEW, IL 60455-1457

10925   SCANLON, TODD, 6736 ELK RUSH DR, IMPERIAL, PA 15126

10925   SCANMARK SYSTEMS, INC, 122 OLD MILL RD BLDG I, GREENVILLE, SC 29607

10925   SCANNAPIECO, DONNA, 206 ATKINS AVE, WILMINGTON, DE 19805

10925   SCANNAPIECO, DONNA, 215 LOREWOOD AVE, WILMINGTON, DE 19804

10925   SCANNICCHIO, SANDRA, 212 S 20TH ST, MANVILLE, NJ 08835

10925   SCANTLING, STEPHANIE, 1508 CROSSETT, SPANISH LAKE, MO 63138

10924   SCAPPOOSE S&G CO, ATTN: ACCOUNTS PAYABLE, SCAPPOOSE, OR 97056

10924   SCAPPOOSE SAND & GRAVEL CO., ***BUSINESS SOLD-SEE 242183****, ROUTE 2, SCAPPOOSE, OR 97056

10925   SCAQMD SUBSCRIPTION SERV, POBOX 4932, DIAMOND BAR, CA 91765-0932

10925   SCAQMD, PO BOX 4943, DIAMOND BAR, CA 91765-0943

10925   SCAQMD, POBOX 4944, DIAMOND BAR, CA 91765

10925   SCARBERRY, LINDA, 353 CARTRO RD, FRANKLIN FCE, OH 45629

10925   SCARBERRY, RANDALL, 308 CARTRO RD, FRANKLIN FURNACE, OH 45629

10925   SCARBERRY, ROBERT A, PO BOX 27, PELAHATCHIE, MS 39145

10925   SCARBERRY, ROBERT, 104 WILLIAMS AVE, PELAHATCHIE, MS 39145

10925   SCARBORO, DENISE, 408 BOST RD, MORGANTON, NC 28655

10925   SCARBORO, MICHAEL, PO BOX 1916, AIKEN, SC 29801

10925   SCARBOROUGH, DEBORAH, 8235 SKYLINE, OAKLAND, CA 94611

10925   SCARBOROUGH, PAT, 2870 SEQUOIA DR, SUMTER, SC 29154

10925   SCARBOROUGH, RICKEY, 288 COLUMBIA PURVIS RD., COLUMBIA, MS 39429

10925   SCARBROUGH, P, 2250 MINTER LN, ABILENE, TX 79603

10925   SCARCELLA, WALTER, 776 ALTER ST, HAZLETON, PA 18201

10925   SCARDINA, PATRICIA, 113 MARYANN DR, GLENSHAW, PA 15116

10925   SCARDINO, TANIA, 14911 WUNDERLICH 413, HOUSTON, TX 77069-2042

10925   SCARECROW INC, PO BOX 465, VALPARAISO, IN 46384

10925   SCARFO, BARBARA, LANGLEY, BC V24 1E6CANADA                       *VIA Deutsche Post*

10925   SCARFORD, BLAINE, RD #1 BOX 239A, POINT MARION, PA 15474

10925   SCARGILL, KATHLEEN, 19 SPRAGUE DRIVE, VALLEY STREAM, NY 11580

10925   SCARIES, JO, ROUTE 3 BOX 175C, BERKELEY SPRINGS, WV 25411

10925   SCARLATO, MARTHA, 5471 1ST AVE N, ST PETERSBURG, FL 33710

10925   SCARLETT, JOHN, 2727 LOWE DR, TALBOTT, TN 37877

10925   SCARPA, ELIZABETH, 91 MILL ST, AGAWAM, MA 01001

10925   SCARPA, NICHOLAS P, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SCARPA, NICHOLAS, 20 FIRST ST, TEWKSBURY, MA 01876

10925   SCARPELLA, FRANK, 5114 A STETSON CREEK CT., FORT COLLINS, CO 80528

10925   SCARPELLI, ALDO, 67 PARIS ST, MEDFORD, MA 02155

10925   SCARSELLA, ANGELO, 104 OLD HICKORY LANE, GROVE CITY, PA 16127

10925   SCATES JR, WILLIAM, 4710 INDIAN OAK BLVD, MULBERRY, FL 33860

10925   SCATES, SHIRLEY, 5543 W. 64TH ST., CHICAGO, IL 60638

10925   SCATINA, LAURIE, 914 OLD RIXEYVILLE, CULPEPPER, VA 22701

10924   SCC - A.C. INDUSTRIES, PHONE 718-278-1820, 44-01 NEWTOWN ROAD, ASTORIA, NY 11103

10924   SCC CONCRETE, INC., 1051 RIVER ROAD, PHILLIPSBURG, NJ 08865

10925   SCC INDUSTRIES, 700 HOFFMAN ST., HAMMOND, IN 46327

10924   SCCI-ATTN: JOHN KINSCHER, 1410 INTERSTATE 10 EAST, BAYTOWN, TX 77521

10925   SCDHEC - PERMIT APPLICATION DEPT, 2600 BULL ST, COLUMBIA, SC 29201

10925   SCDHEC, 2600 BULL ST, COLUMBIA, SC 29201-1708

10925   SCDHEC, POBOX 72, STATE PARK, SC 29147

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SCDHEC,BUREAU OF FINANCE, PO BOX 100103, COLUMBIA, SC 29202-3103 | |
| 10925 | SCE MARKETING, PO BOX 6274, DAYTONA BEACH, FL 32122 | |
| 10924 | SCE MARKETING, PO BOX6274, DAYTONA BEACH, FL 32122 | |
| 10924 | SCE TV, 1041 GEORGE ROGERS BLVD., COLUMBIA, SC 29206 | |
| 10925 | SCE&G, ATTN: CASHIER, COLUMBIA, SC 29218 | |
| 10925 | SCEARBO, PATRICIA, 4 JAYCIN CIRCLE, WOBURN, MA 01801-3907 | |
| 10925 | SCEC, PO BOX 50627, COLUMBIA, SC 29250 | |
| 10925 | SCELZI, LORRAINE, 19 ENGLESIDE ST, CRESSKILL, NJ 07626 | |
| 10925 | SCEPANSKI, BEVERLY, 4708 BERGAMOT WAY, MIDDLETON, WI 53562 | |
| 10925 | SCEPTRE ABS, 1677 CYRVILLE RD SUITE 104, OTTAWA, ON K1B 3L7CANADA | *VIA Deutsche Post* |
| 10925 | SCERBO, JUDITH, 347 BRIGHTWOOD AVE, WESTFIELD, NJ 07010 | |
| 10925 | SCHAAD, RONALD, 109 SHERWOOD DR, GENESEO, IL 61254 | |
| 10925 | SCHAAF, SHELLY, 3140 VICKIE LANE, SPARKS, NV 89431 | |
| 10925 | SCHADE, ALAN, 1555 ALICIA WAY, RENO, NV 89506-6601 | |
| 10925 | SCHADLER, SUZANNE, 1049 MARION ST, READING, PA 19604 | |
| 10925 | SCHAEDEL, DOLORES, 6200 WALTER, BIG SPRING, TX 79720 | |
| 10925 | SCHAEDEL, DOLORES, ROUTE 3 BOX 304, BIG SPRING, TX 79720 | |
| 10925 | SCHAEDEL, H, RT 3, BOX 304, BIG SPRING, TX 79720 | |
| 10925 | SCHAEFER ADVERTISING SERVICES, 73 UPLAND RD., CONCORD, MA 01742 | |
| 10925 | SCHAEFER JR, JAMES G, 26 TIFFANY CIRCLE, BARRINGTON, RI 02806-2935 | |
| 10925 | SCHAEFER PRINTING, 8989 EAST VIA LINDA, SCOTTSDALE, AZ 85258 | |
| 10925 | SCHAEFER, CATHY, 23092 SUNFIELD DR, BOCA RATON, FL 33428 | |
| 10925 | SCHAEFER, DARLA A., 207 LEMUR, SAN ANTONIO, TX 78213 | |
| 10925 | SCHAEFER, DAVID, 6749 JACOBS WAY, #4, MADISON, WI 53711 | |
| 10925 | SCHAEFER, DEBORA, 909 HILLSIDE DRIVE, MONTICELLO, IL 61856 | |
| 10925 | SCHAEFER, DONNA, 108 CLEARBROOK RD, ANTIOCH, CA 94509 | |
| 10925 | SCHAEFER, GLENN E, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | SCHAEFER, GLENN, 70 GAYLAND RDEE ROAD, NEEDHAM, MA 02492 | |
| 10925 | SCHAEFER, JAMES G, CUST FOR JONATHAN L SCHAEFER, UNDER UNIF GIFT MIN ACT RI, 26 TIFFANY CIRCLE, BARRINGTON, RI 02806-2935 | |
| 10925 | SCHAEFER, JOHN, 44 MANOR DRIVE, RAMSEY, NJ 07446 | |
| 10925 | SCHAEFER, KAREN, 3534 W. 84TH PLACE, CHICAGO, IL 60652 | |
| 10925 | SCHAEFER, KARL, 6601 NW 95, OKLA CITY, OK 73132 | |
| 10925 | SCHAEFER, MELVIN, 406 ROCKFLEET RD #202, TIMONIUM, MD 21093-7565 | |
| 10925 | SCHAEFER, SCOTT, 616 RALEIGH ROAD, GLENVIEW, IL 60025 | |
| 10925 | SCHAEFER, SUZANNE, 123 DELMAR AVE, GLEN ROCK, NJ 07452 | |
| 10925 | SCHAEFER, THEODORE, APT. 314, EASTON, MD 21601 | |
| 10925 | SCHAEFER, TODD, 45 EAST HEATH ST, BALTIMORE, MD 21230 | |
| 10925 | SCHAEFFER III, HOWARD J, 2724 HENDERSON BAYOU PL, LAKE CHARLES, LA 70605 | |
| 10925 | SCHAEFFER III, HOWARD, 2724 HENDERSON BAYOU PLACE, LAKE CHARLES, LA 70605 | |
| 10925 | SCHAEFFER, BETTY, 35A WERNER ST, WERNERSVILLE, PA 19565 | |
| 10925 | SCHAEFFER, BRUCE, 1414 BIRCH ST, READING, PA 19604 | |
| 10925 | SCHAEFFER, DAVID, 1530 16TH ST NW, NEW BRIGHTON, MN 55112 | |
| 10925 | SCHAEFFER, GLENN, 2255 PILGRIM POINT DR, FRIENDSWOOD, TX 77546 | |
| 10925 | SCHAEFFER, LAWRENCE, 8 AARON AVE., HOWELL, NJ 07731 | |
| 10925 | SCHAEFFER, LOUIS, 4800 HAY DRIVE, MANCHESTER, MD 21102 | |
| 10925 | SCHAEFFER, THOMAS, 404 3RD AVE , S.W., GLEN BURNIE, MD 21061 | |
| 10925 | SCHAEFFER, WILLIAM, 207 WESTRIDGE DRIVE, MT. AIRY, MD 21771 | |
| 10925 | SCHAEKEL, EDWARD, 655 SIMMONS ST, PLAINFIELD, IN 46168 | |
| 10925 | SCHAENING, PATRICIA, 2406 ASHFORD DR, CONCORD, NC 28027 | |
| 10925 | SCHAEPM LABFABRIEKEN B.V., NETHERLANDS, VEERDIJK 4-9, WORMER, NETHERLANDS | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SCHAETZLE, LINDA, 91 WOODPECKER LANE, SHILLINGTON, PA 19607

10925   SCHAFER & ASSOCIATES INC., 865 TECHNOLOGY BLVD., BOZEMAN, MT 59715

10924   SCHAFER INTERNATIONAL, 220 SURREY DRIVE, BONITA, CA 91902

10925   SCHAFER, MARK, 1409 ROPER MTN RD, 409, GREENVILLE, SC 29651

10925   SCHAFER, MARY, 3250 WEST WALSH PLACE, DENVER, CO 80219-3443

10925   SCHAFER, RICHARD, PO BOX 28818 3935 SO 84TH ST#2, GREENFIELD, WI 53228-8818

10925   SCHAFER, TERESA, 1784 DUPONT WAY NW, SWISHER, IA 52338

10925   SCHAFF, MICHAEL, 9727 W. FORRESTER CT 99N, MEQUON, WI 53097

10925   SCHAFF, WILLIAM, 67 CAMBRIDGE AVE, GARDEN CITY,, NY 11530

10924   SCHAFFER CONCRETE, 2010 BEECH AVE SW, CULLMAN, AL 35055

10924   SCHAFFER HALL - UNIVERSITY OF IOWA, C/O PROFESSIONAL WALL BUILDERS, IOWA CITY, IA 52240

10925   SCHAFFER, ALVIN, 309 THOMAS HILL RD, FOMBELL, PA 16123

10925   SCHAFFER, CHRISTOPHER, 1835 ASTER RD, MACUNGIE, PA 18062

10925   SCHAFFER, HARVEY, RURAL ROUTE 2 BOX 116, GREAT BEND, KS 67530

10925   SCHAFFER, JAMES, W2225 CROSSTOWN RD, HILBERT, WI 54129-9233

10925   SCHAFFER, JENNIFER, 2153 RENAISSANCE BLV#104, MIRAMAR, FL 33025

10925   SCHAFFERT, BARBARA, 10 GARDEN ST, LINCOLN PARK, NJ 07035

10924   SCHAFFNER MANUFACTURING INC., 21 HERRON AVENUE, PITTSBURGH, PA 15202

10925   SCHAFFNER, MICHAEL, 552 STONEGATE CIRCLE, SCHAUMBURG, IL 60193

10925   SCHAFFNER, VICTORIA, 6539 KNIGHT ARNOLD RD.#126, MEMPHIS, TN 38115-0646

10925   SCHAFROTH, WILMA, 2540 CRESTWOOD, KANKAKEE, IL 60901-2818

10925   SCHAFUSS, FAYE, 12953 MOORPARK, STUDIO CITY, CA 91604

10925   SCHAIBLE, MAYNARD, 21 HERON DRIVE, FOUNTAIN INN, SC 29644

10925   SCHAKELMANN, HELEN, 830 AURORA ST, WAUKESHA, WI 53186-5114

10925   SCHALESTOCK, GERALD, 1194 JASON LANE, AMISSVILLE, VA 20106

10925   SCHALL, IDA, GRAND COURT 280 SIERRA DR, N. MIAMI, FL 33179

10925   SCHALLENBERGER JR, HEINZ, 56 1ST AVE., RARITAN, NJ 08869

10925   SCHALLENBERGER, LISA, 24 CATALINA DR, SOMERVILLE, NJ 08876

10925   SCHALLER, CAROL, 314 S BEVER ST, WOOSTER, OH 44691

10925   SCHALLER, JULIANNE, 414 2ND ST #227, HERMOSA BEACH, CA 90254

10925   SCHALLER, SUSAN, 24 BARTHA AVE, EDISON, NJ 08817

10925   SCHALLHORN, CHRISTINE, 2126 NORTH 81ST ST, MILWAUKEE, WI 53213

10925   SCHALTZ, STEPHANIE, 2882 CENTRAL PKWY, GRAND RAPIDS, MI 49505

10925   SCHANER, STEVEN, PO BOX 34, DAISETTA, TX 77533

10925   SCHANKWEILER, THOMAS, 1400 STATE RD 17A N LOT72, AVON PARK, FL 33825

10925   SCHANTZ SCHANTZ & PERNELL, JOHN R. SCHANTZ, 21 CHELSEA POINT, DANA POINT, CA 92629

10925   SCHANTZ, BETTY B, CUST FOR AUDRA LEE ADAMS, UNDER PA UNIF GIFT TO MIN ACT, HC 80 BOX 34, LOCK HAVEN, PA 17745-9503

10925   SCHANTZ, DEBORA, 8609-305 WOOD LAKE COURT, CHARLOTTE, NC 28210

10925   SCHANTZ, LOREN M, 1178 CASS ST, GREEN BAY, WI 54301-3411

10925   SCHANZENBACH, ROXANN, 2319 STONECREST, HOUSTON, TX 77018-7130

10925   SCHAP, JR, HERBERT, 19022 RIDGE HILL COURT, HOUSTON, TX 77084

10925   SCHAP, PHOEBE, 19022 RIDGE HILL COURT, HOUSTON, TX 77084

10925   SCHAP, SCOTT, 19022 RIDGE HILL COURT, HOUSTON, TX 77084

10925   SCHAPANSKY, KARLA, 11951 BROOK MEADOWS LANE, STAFFORD, TX 77477

10925   SCHAR, LOLA, 4546 FOX LAKE RD., SMITHVILLE, OH 44677

10925   SCHARAGA, ELLEN, 4 SPLIT RAIL COURT, DIX HILLS, NY 11746

10925   SCHARAR, EDWARD, 528 CAROLE ST, LAKELAND, FL 33803

10925   SCHARBO, ANDREA, 9318 EDMONSTON ROAD, GREENBELT, MD 20770

10925   SCHARDONG, RONALD, 307 NICHOLS DRIVE, TAUNTON, MA 02780

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SCHARF, JON, 43432 N GADSDEN AVE, LANCASTER, CA 93534

10925   SCHARN, SUZANNE, 8 CRAZY RABBIT CT, SANTA FE, NM 87505

10924   SCHARR INDUSTRIES, 40 E. NEWBERRY ROAD, BLOOMFIELD, CT 06002

10925   SCHARRENBERG, JODIE, 501 BERNITA DRIVE, RIVERVALE, NJ 07675

10925   SCHARTUNG JR, JOHN, 7730 STATE HWAY 81, OWENSBORO, KY 42301

10925   SCHASIEPEN, CRAIG, 2001 N HARRISON ST, ARLINGTON, VA 22205

10925   SCHATZKI ASSOCIATE, 521 MOUNT AUBURN ST, WATERTOWN, MA 02472

10925   SCHAUBERGER, JILL, 272 KING ST, LITTLETON, MA 01460

10925   SCHAUBERT III, SIDNEY, 149 INTERLAKEN DR., NEW IBERIA, LA 70560

10925   SCHAUER JT TEN, RICHARD M & LAUREN V, PO BOX 39, SO MILWAUKEE, WI 53172-0039

10925   SCHAUER, STEVEN, 1386 EMINENCE, GREEN BAY, WI 54313

10925   SCHAUFFLER, WILLIAM M, 207 PRESIDENT ST, ANNAPOLIS, MD 21403

10925   SCHAUFFLER, WILLIAM, 6 LONGFELLOW ROAD, WELLESLEY HIL, MA 02481

10925   SCHAUGHENCY, EDWIN C, 1304 BOXGROVE CT, PASADENA, MD 21122

10925   SCHAUGHENCY, EDWIN, 1304 BOXGROVE COURT, PASADENA, MD 21122

10925   SCHAULS POULTRY & MEAT CO, 7221 NORTH HARLEM AVE, NILES, IL 60714

10925   SCHAUMBERG CHRYSLER PLYMOUTH MAZDA, 1020 E GOLF ROAD, SCHAUMBURG, IL 60173

10924   SCHAUMBURG LIBRARY, 130 S ROSELLE ROAD, SCHAUMBURG, IL 60194

10925   SCHAZZ K LEE &, SCHERRON J LEE JT TEN, 5501 NORWOOD AVE, BALTIMORE, MD 21207-6766

10925   SCHC, POBOX 1392, ANNANDALE, VA 22003

10924   SCHEARING PLOUGH, 2000 GALLOPING HILL ROAD, KENILWORTH, NJ 07033

10925   SCHEATZLE, VICKIE, 213 W. MOHAWK, MALVERN, OH 44644

10925   SCHECHTER, JENNIFER, 1920 BARBERRY ROAD, NORTHBROOK, IL 60062

10925   SCHECHTER, PAUL G & ELANA B, 11 LAMPLIGHER LANE, WALPOLE, MA 02081

10925   SCHECHTER, SOL, 9193 PECKY CYPRESS LN, BOCA RATON, FL 33428

10925   SCHECK MECHANICAL CORP., 500 E. PLAINFIELD RD, COUNTRYSIDE, IL 60525

10925   SCHECTER, DIANNE, 1118 N KENILWORTH ST, ARLINGTON, VA 22205

10925   SCHECTER, PAUL, 11 LAMPLIGHTER LANE, WALPOLE, MA 02081

10925   SCHECTER, SCOTT, 45 MAPLE HILL DRIVE, LARCHMONT, NY 10538-1613

10925   SCHEER, DAVID, 15134 LARIMIE, OAK FOREST, IL 60452

10925   SCHEFFE, JEFFERY, 4618 HARBOR ROAD, WICHITA FALLS, TX 76310

10925   SCHEFFER, ARTHUR, 1760 PARMLY ROAD, MOHEGAN LAKE, NY 10547

10925   SCHEFFER, SUSAN, 20694 COTTONWOOD RD, YORBA LINDA, CA 92887

10925   SCHEI, CLIFFORD, BOX 172, MAGNOLIA, MN 56158-0172

10925   SCHEIBE JR, FRANK A, 2534 N COLBY DR, MCHENRY, IL 60050-6720

10925   SCHEIBEL SPIGLE, JANE, 44 FAY LANE, NEEDHAM, MA 02194

10925   SCHEID, JAMES, 4695 SOVEREIGN DRIVE, NEW BERLIN, WI 53151

10925   SCHEIDER, N, 60 EAST FLOWER ST #116, CHULA VISTA, CA 92010

10925   SCHEIDT, CHRISTINA, 12730 HALL SHOP RD., HIGHLAND, MD 20777

10925   SCHEIDT, DARYL, 4618 ROCK ELM WOODS, SAN ANTONIO, TX 78249

10925   SCHEIDT, MARK B, 1741 CORTE SUENO, LIVERMORE, CA 94550

10925   SCHEIDT, MARK, 1741 CORTE SUENO, LIVERMORE, CA 94550

10925   SCHEIER & KATIN PC, 103 GREAT ROAD, ACTON, MA 01720

10925   SCHEIER, THOMAS J, 316 S CENTRAL, OLOTHE, KS 66061

10925   SCHEIN, JEFFREY, 8810 SELINA RD, RANDALLSTOWN, MD 21133

10925   SCHEINBERG, MELISSA, 11 FRATERNITY ROW, COLLEGE PARK, MD 20740

10925   SCHEINER, PAUL, PO BOX 243, MAYNARD, MA 01754

10925   SCHEIPE, DONNA, R D 4 BOX 4438, MOHNTON, PA 19540

10925   SCHEIWE, WILLIAM, 3052 N. KILBOURNE, CHICAGO, IL 60641-0000

10925   SCHELL, BRIAN, 602C N WESTFIELD RD, MADISON, WI 53717

10925   SCHELL, GERALD, 8775 ELFORD CT., SAN DIEGO, CA 92129

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SCHELL, KEVIN T, 20 OAK HILL ROAD, WAYLAND, MA 01778

10925    SCHELL, MARJORIE, 1646 LIVORNA RD WEST, ALAMO, CA 94507

10925    SCHELL, RANDY, 1103 BOUCHER AVE, ANNAPOLIS, MD 21403

10925    SCHELL, ROBERT, 5440 FREDERICA ST, OWENSBORO, KY 42301

10925    SCHELL, THOMAS, 62 ROBINSON AVE, BRAINTREE, MA 02184

10925    SCHELLENBACH, EDWARD J, 2028 GARDNER RD., CROTON, OH 43013

10925    SCHELLENBACH, EDWARD J, 4775 PADDOCK ROAD, CINCINNATI, OH 45229

10925    SCHELLENBACH, EDWARD, 2028 GARDNER RD, HAMILTON, OH 45013

10925    SCHELLENBERG, ROBERT, 6178 ST MARYS ROAD, FLOYDS KNOBS, IN 47119

10925    SCHELLENGER, CONDA, 407 48TH ST W, BRADENTON, FL 34209

10925    SCHELLHASE, JUDITH, RR1 BOX 641, MOMENCE, IL 60954

10925    SCHEMMER, MICHAELYN, 7816 ELM, RAYTOWN, MO 64138

10925    SCHEMPP, CATHERINE, 216 SHERMAN ST, BOONTON, NJ 07005

10925    SCHENA, AMY, 226 ESSEX ST, SAUGUS, MA 01906

10925    SCHENA, AMY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    SCHENCK ACCURATE INC., POBOX 208, WHITEWATER, WI 53190

10925    SCHENCK ACCURATE, 746 E MILWAUKEE ST, WHITEWATER, WI 53190

10925    SCHENCK ACCURATE, BOX 78897, MILWAUKEE, WI 53278

10925    SCHENCK ACCURATE, BOX 78897, MILWAUKEE, WI 53278-0897

10925    SCHENCK, LANCE, 6911 WINDING CEDAR TRAIL, #201, CHARLOTTE, NC 28212

10925    SCHENCK, TANYA, 4601 SCHINDLER TERR., BRIDGEWATER, NJ 08807

10925    SCHENDLEDECKER, MARK, 2739 DAISY AVE, BALTIMORE, MD 21227

10925    SCHENECKER, STEPHEN, RR 2, BOX 68, STEWARTSVILLE, MO 64490

10925    SCHENECTADY CANADA LTD, 319 COMSTOCK ROAD, SCARBOROUGH, ON M1L 2H3CANADA          **\*VIA Deutsche Post\***

10924    SCHENECTADY CNCRT PRDTS C, 2561 VAN VRANKEN AVE, SCHENECTADY, NY 12308

10924    SCHENECTADY CNCRT. PRDTS., 2561 VAN VRANKEN AVE., SCHENECTADY, NY 12308

10924    SCHENECTADY INTERNATIONAL INC., PO BOX 1046, SCHENECTADY, NY 12301

10925    SCHENECTADY INTERNATIONAL, INC, PO BOX PI 200030, PITTSBURGH, PA 15251-0030

10924    SCHENECTADY INTERNATIONAL, RESIN PLANT RT. 5S, ROTTERDAM JUNCTION, NY 12150

10925    SCHENK ACCURATE, BOX #78897, MILWAUKEE, WI 53278-0897

10925    SCHENK JT TEN, JANICE C & KARL E, 745 HARBOR ST, MORRO BAY, CA 93442-1907

10925    SCHENK, JERRY A, 6398 OAKLEAF LANE, MORROW, GA 30260

10925    SCHENK, JERRY, 10 WHITE LAUREL LN, HAMPTON, GA 30228

10925    SCHENK, JOHN, 1906 CONSTITUTION AVE, FT. COLLINS, CO 80526

10925    SCHENK, SHANNON, 2127 MIDDLE DRIVE, SLIDELL, LA 70458

10925    SCHENK, THERESA, 2370 EDGEWOOD DR, TROUTVILLE, VA 24175

10925    SCHENKER OF CANADA LIMITED, 304 THE EAST MALL SUITE 200, ETOBICOKE, ON M9B 6K3CANADA          **\*VIA Deutsche Post\***

10925    SCHEPP, DOROTHY, 4468 WINDSOR ROAD, WINDSOR, WI 53598-9771

10924    SCHEPTON MIDDLE SCHOOL, 5701 PARKER RD., PLANO, TX 75093

10925    SCHER, GARY, 470 MATTSON HOLLOW, COATESVILLE, PA 19320

10925    SCHER, KAREN, 2317 HIGH ST NW, WARREN, OH 44483

10925    SCHER, LESLIE, 30 OHIO AVE, MASSAAPEQUA, NY 11758

10925    SCHERBARTH, GAIL, 50 ROSEMARY LANE, CENTERVILLE, MA 02632-1910

10924    SCHERER INDUSTRIAL PRODUCTS INC, 5775-B GLENRIDGE DR. SUITE 140, ATLANTA, GA 30328

10925    SCHERER INDUSTRIAL, 5775-B GLENRIDGE DR., STE. 140, ATLANTA, GA 30328

10925    SCHERER, JOAN S, PO BOX 276, CROZET, VA 22932-0276

10925    SCHERER, KIMBERLY, 816 PERRY HWY APT #31, PITTSBURGH, PA 15229

10925    SCHERER, PROF GEORGE W, E-319 ENGINEERING QUADRANGLE, PRINCETON, NJ 08544

10925    SCHERER, TIMOTHY, RT 6 BOX 483, VICTORIA, TX 77901

10925    SCHERF, JOANN, 105 CASTLE GATE DR, MOORESVILLE, NC 28115

10925    SCHERF, KATHLEEN M, 8613 LYKENS LA, PHILA PA, PA 19128

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SCHERIGER, MICHAEL, ROUTE 2 BOX 132, COMANCHE, TX 76442 | |
| 10924 | SCHERING CORPORATION, _____ORANGE STREET, BLOOMFIELD, NJ 07003 | |
| 10924 | SCHERING CORPORATION, 1011 MORRIS AVENUE, UNION, NJ 07083 | |
| 10924 | SCHERING CORPORATION, 2000 GALLOPING HILL ROAD, KENILWORTH, NJ 07033 | |
| 10924 | SCHERING CORPORATION, 5-61 BAY AVENUE, ELIZABETH, NJ 07201 | |
| 10924 | SCHERING CORPORATION, PO BOX 377, MEMPHIS, TN 38151 | |
| 10924 | SCHERING INDUSTRIES INC., KILOMETER 0.5, MANATI, IT 701UNK | *VIA Deutsche Post* |
| 10924 | SCHERING LABS, INC., 13900 N.W. 57TH COURT, HIALEAH, FL 33014 | |
| 10925 | SCHERING PLOOUGH CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10924 | SCHERING PLOUGH ANIMAL HEALTH, PO BOX 3182, KENILWORTH, NJ 07033 | |
| 10924 | SCHERING PLOUGH CORPORATION, 2000 GALLOPING HILL ROAD, KENILWORTH, NJ 07033 | |
| 10924 | SCHERING PLOUGH CORPORATION, PO BOX 377, MEMPHIS, TN 38151 | |
| 10924 | SCHERING PLOUGH PRODUCTS, PO BOX 486, MANATI, IT 674UNK | *VIA Deutsche Post* |
| 10924 | SCHERING PLOUGH PRODUCTS, ROAD 686 KM. 0.5, MANATI, IT 674UNK | *VIA Deutsche Post* |
| 10924 | SCHERING PLOUGH S.A., CARRERA 68 N. 1920, SANTAFE DE BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | SCHERING PLOUGH, 1011 MORRIS AVE BUILDING# U13, UNION, NJ 07083 | |
| 10924 | SCHERING PLOUGH, 2000 GALLOPING HILL ROAD, KENILWORTH, NJ 07033 | |
| 10924 | SCHERING PLOUGH, MORRIS AVE, UNION, NJ 07083 | |
| 10924 | SCHERING-PLOUGH, 1331 S. 1ST STREET, TERRE HAUTE, IN 47802 | |
| 10924 | SCHERING-PLOUGH, 1331 S. 1ST STREET, TERRE HAUTE, IN 47808 | |
| 10925 | SCHERLITZ, CYNTHIA, 49659 PINE ST, PLYMOUTH, MI 48170 | |
| 10925 | SCHERR MD, EDWARD, 229 MONTOWESE ST, BRANFORD, CT 06405 | |
| 10925 | SCHERTZ, RUSSELL, 1466 GREENCROFT DR, GOSHEN, IN 46526 | |
| 10925 | SCHERZER, JULIUS, 4301 E LAMP POST WAY, ANAHEIM, CA 92807 | |
| 10925 | SCHETTINI, DIANE, 318 EAST 70TH ST, NEW YORK, NY 10021 | |
| 10925 | SCHEU & KNISS DIV OF PHARMA GROUP, PO BOX 502941, SAINT LOUIS, MO 63150-2941 | |
| 10925 | SCHEU & KNISS, INC, 1500 W. ORMSBY ST., LOUISVILLE, KY 40210 | |
| 10925 | SCHEUCH, JOSEPH, 1613 PKWY DRIVE, ROHNERT PARK, CA 94928-4733 | |
| 10925 | SCHEUERER, JANIE, 4526 WHETSTONE CT., HAMPSTEAD, MD 21074 | |
| 10925 | SCHEUERMAN, WILLIAM, 210 E. WILLIAM ST., WATERLOO, NY 13165 | |
| 10925 | SCHEUERMANN, CAROLE, 718 LEHIGH ST, EASTON, PA 18042 | |
| 10925 | SCHEUERMANN, CYNTHIA, 12719 82ND TERRACE N, SEMINOLE, FL 33542 | |
| 10925 | SCHEUERMANN, JENIFER, 409 COLORADO RIVER BLVD., RENO, NV 89502 | |
| 10925 | SCHEUFELE JR, WILLIAM, 8 WHEELER LANE, NORTHBOROUGH, MA 01532-2307 | |
| 10925 | SCHEURER, RICHARD, 1315 N NELSON AVE, LIBERAL, KS 67901-2255 | |
| 10925 | SCHEURER-HOFF, VICTORIA, 19 W 47TH ST, BAYONNE, NJ 07002 | |
| 10925 | SCHEVECK, PAUL, 13848 84TH AVE, ORLAND PARK, IL 60462 | |
| 10925 | SCHEVERER, JANIE, 4526 WHETSTONE CT., HAMPSTEAD, MD 21074 | |
| 10925 | SCHEVKER, CHARLES, 6751 OLD WATERLOO ROAD, ELKRIDGE, MD 21227 | |
| 10925 | SCHEYE, KLAUS, 72 PONDFIELD ROAD W, 1C, BRONXVILLE, NY 10708-2647 | |
| 10925 | SCHEYHING, HERMANN, TIMBER LANE, DARIEN, CT 06820-9998 | |
| 10925 | SCHIANO, TONY, 2172 TAMARROW TER, PALM HARBOR, FL 34683 | |
| 10925 | SCHIAPPA, ALBERT, 18 TURNER ST, BRIGHTON, MA 02135 | |
| 10925 | SCHIBI, DONALD, 2545 MOUNDVIEW DRIVE, NORWOOD, OH 45212 | |
| 10924 | SCHIBLEY CHEMICAL COMPANY INC., 1570 LOWELL STREET, ELYRIA, OH 44035 | |
| 10925 | SCHIBLEY CHEMICAL COMPANY, PO BOX 1750, ELYRIA, OH 44036-1750 | |
| 10925 | SCHIEBER, JANET, 525 PHEASANT AVE, BAKERSFIELD, CA 93309-0000 | |
| 10925 | SCHIEBL RAUPACH CONSULTING, BERGDRIESCH 4, AACHEN, 52062GERMANY | *VIA Deutsche Post* |
| 10925 | SCHIEDA, KATHLEEN, 64-37 CATALPA AVE, RIDGEWWOD, NY 11385 | |
| 10925 | SCHIEFERSTEIN, JOHN, 69 SOMERSET COURT, B, BOUND BROOK, NJ 08805 | |
| 10925 | SCHIEFFER, JOSEPH, 409 3RD ST. NE., SIDNEY, MT 59270 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SCHIERLING, SHERRIE, 19251 PRESTON RD., DALLAS, TX 75252

10925   SCHIFF, BRADFORD, 105 RIPLEY ST, NEWTON, MA 02159

10924   SCHIFFER EXCAVATING INC., RD #2 BOX 10, FRANKLIN, PA 16323

10924   SCHIFFER EXCAVATING INC., RD 2, FRANKLIN, PA 16323

10925   SCHIFFMAN, HARLAN A, PO BOX 351506, LOS ANGELES, CA 90035-9206

10925   SCHIFFMAN, HARRY A, PO BOX 351506, LOS ANGELES, CA 90035-9206

10925   SCHIKORA, WILLIAM, 133 AUTUMN ROAD, LIBBY, MT 59923

10925   SCHILL, CLETUS, 3223 SUNDALE DRIVE, GLENSHAW, PA 15116

10925   SCHILLER ELECTRIC CO., 709 WASHINGTON AVE, BELLEVILLE, NJ 07109

10925   SCHILLER, BARBARA, 4230 W MESCAL ST, PHOENIX, AZ 85029

10925   SCHILLI TRANSPORTATION, POBOX 1937 DEPT 89, INDIANAPOLIS, IN 46206

10924   SCHILLING ENAMELS, 12632 TRISKETT ROAD, CLEVELAND, OH 44111

10925   SCHILLING, DONALD, 19546 S. BEECHNUT DR, MOKENA, IL 60448

10925   SCHILLING, SHELDON, BOX 182, TEN SLEEP, WY 82442

10925   SCHILLING, THOMAS, 4647 PASEO PADRE, FREMONT, CA 94555

10925   SCHILLING, WALTER, 95 BROAD ST. UNION TOWERS 1, WEYMOUTH, MA 02188

10925   SCHILLINGS, CAROLYN, 3930 POINSETTIA, DALLAS, TX 75211

10925   SCHIMA, GARY, 50 GREENFIELD LANE, VALPARAISO, IN 46383

10925   SCHIMELMAN MD, MARK A, 76 N GREENBUSH RD, TROY, NY 12180

10925   SCHIMICK, PATRICIA, 57 MARKET ST., MOMENCE, IL 60954

10925   SCHIMMEL, G, PO BOX 103, FAIRWATER, WI 53911

10925   SCHINDLER, CHARLES, 3012 MUNSTER BLVD, MERAUX, LA 70075

10925   SCHINDLER, CONSTANCE, 105 PAT RD, LEXINGTON, SC 29073

10925   SCHINDLER, JANE M, CUST, ROBERT PAUL SCHINDLER, UNIF GIFT MIN ACT WI, 8262 N 49TH ST, MILWAUKEE, WI 53223-3602

10925   SCHINDLER, PATRICK, 1020 TAMARA DR, GREGORY, MI 48137

10924   SCHINELLA-MOTTES CONST CO, PO BOX 112, IRON RIVER, MI 49935

10924   SCHINELLA-MOTTES CONST. CO., P.O. BOX 112, IRON RIVER, MI 49935

10924   SCHINELLA-MOTTES CONST. CO., PO BOX 112, IRON RIVER, MI 49935-0112

10925   SCHINZEL, SUE, 1228 TWN RIVERS BLVD, OVEIDO, FL 32766

10925   SCHINZER, CRAIG, 2012 BIG OAK DRIVE, BURNSVILLE, MN 55337

10925   SCHIPANO, DAVID, PO BOX 181145, CORPUS CHRISTI, TX 78480-1145

10925   SCHIPPER, DENISE, 214 CORABELLE AVE, LODI, NJ 07644

10925   SCHIPPEREIT, MERRIE, 1884 GLENWOLD DRIVE, PAOLI, PA 19301-1056

10925   SCHIRAGA, JOHN, 561 WASHINGTON ST, DEDHAM, MA 02026

10925   SCHIRALDI, ANTONETTA M, 18 PROSPECT ST, BREWSTER, NY 10509-1214

10925   SCHIRM, LORETTA, 3179 COUNTRY PARK DR, TODDVILLE, IA 52341

10925   SCHIRMER, HENRY, 156 EDGECOMB RD, SPARTANBURG, SC 29302-3847

10924   SCHIRZ CONCRETE PRODUCTS, 1213 W. HWY.67, GREENFIELD, IL 62044

10924   SCHIRZ CONCRETE PRODUCTS, CARROLTON, IL 99999

10924   SCHIRZ CONCRETE PRODUCTS, R.R. 2 BOX 2, GREENFIELD, IL 62044

10924   SCHIRZ CONCRETE PRODUCTS, R.R.# 2 BOX 2, GREENFIELD, IL 62044

10925   SCHISSLER, CHRISTOPHER, 2165 TIMOTHY DRIVE, WESTMINSTER, MD 21157

10925   SCHLABACH, MARK, 316 FAIRLAWN, SMITHVILLE, OH 44677

10925   SCHLACK, ROBERT, 737 SCORPION DRIVE, WILMINGTON, NC 28405-8973

10925   SCHLAGER, REBECCA L, 1605 10TH ST W, KIRKLAND, WA 98033-4841

10925   SCHLAICH, ARLENE, 2410 S. KIRKWOOD, #139, HOUSTON, TX 77077

10925   SCHLAPPICH, PATRICIA, RD 1 BOX 1544, LEESPORT, PA 19533

10925   SCHLAPPRIZZI, DONALD L, GATEWAY ONE ON THE MALL, 701 MARKET ST , SUITE 1550, ST. LOUIS, MO 63101

10925   SCHLATHER & BIRCH, PO BOX 391, COOPERSTOWN, NY 13326-0391

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SCHLAUD, KENNETH, 200 SOUTH PACIFIC, IOWA PARK, TX 76367

10925   SCHLAX, MARY, 5221 N. LAMON, CHICAGO, IL 60630

10924   SCHLECTER INDUSTRIAL SUPPLY, 188 FOOTHILL ROAD, BRIDGEWATER, NJ 08807

10924   SCHLECTER INDUSTRIAL SUPPLY, P.O. BOX 6883, BRIDGEWATER, NJ 08807

10925   SCHLEDER JR, ROBERT, 11435 S MATHER, ALSIP, IL 60803

10925   SCHLEDER, ROBERT, 11435 S. MATHER, ALSIP, IL 60803

10925   SCHLEENBAKER, RICHARD, 3190 SKINNER MILL RD, AUGUSTA, GA 30909

10925   SCHLEGEL JR, FRANK E, 1430 MEADS RD, NORFOLK, VA 23505-1851

10925   SCHLEGEL, DAN, 210 CIRCLE DR., ALBEMARLE, NC 28001

10925   SCHLEGEL, MARK, 21 LYNNWOOD LANE, WORCESTER, MA 01609

10925   SCHLEICHER, BRADLEY, 138 SCHMEHL ROAD, FLEETWOOD, PA 19522

10925   SCHLEICHER, GORDON, 1054 APPLE BLOSSOM DRIVE, NEENAH, WI 54956

10925   SCHLEICHER, IRVIN, 173 KENWOOD DR RIVIERA BEACH, PASADENA, MD 21012

10925   SCHLEICHER, JOHN, 390 LONGWOOD DRIVE, KANKAKEE, IL 60901

10925   SCHLEIMER ESQ, KAREN B, 250 WEST 57TH ST, NEW YORK, NY 10107-2017

10925   SCHLEMMER ASSOCIATES, 800 COMPTON RD. SUITE 35, CINCINNATI, OH 45231

10925   SCHLEMMER, DANA, 1506 NAVARRO, MART, TX 76664

10925   SCHLEMMER, J, 3233 CHIMNEY ROCK DRIVE, PLANO, TX 75023

10925   SCHLENKER, TERRY, 605 MOHRSVILLE RD, SHOMAKRSVILE, PA 19555

10925   SCHLESSER, JOSEPH, 510 PECAN WAY, LA HABRA, CA 90631-5903

10925   SCHLICKE, KEVIN, 12 THORNDIKE ST, ARLINGTON, MA 02174

10925   SCHLIESSER, PETER, 315 EAST 68TH ST, NEW YORK, NY 10021-5692

10925   SCHLIMME, EVA, 7307 WENIG AVE, BALTIMORE, MD 21222-1841

10925   SCHLINDER, T, 15405 W HARCOVE, NEW BERLIN, WI 53151

10925   SCHLISE, JEFFREY, 1737 DEBRA LN, GREEN BAY, WI 54302

10925   SCHLISSLER, RUSSELL, 623 BOXELDER DRIVE, EDGEWOOD, MD 21040

10925   SCHLOER, JAMES, 77 LONGVUE AVE, WEXFORD, PA 15090

10925   SCHLOMAN, MADELINE, 190 HIGH STREET APT 414, MEDFORD, MA 02155-3811

10925   SCHLOSSANGLE, JOHN, 3410 COURT HOUSE DR, ELLICOTT CITY, MD 21043-4546

10925   SCHLOSSBERG, ANDREW, 10352 MAYPOLE WAY, COLUMBIA, MD 21044

10925   SCHLOSSNAGEL, JERRY B, 3410 COURT HOUSE DR, ELLICOTT, MD 21043

10925   SCHLOTT, CINDY, 226 SAND HILL ROAD, FLEETWOOD, PA 19522

10924   SCHLOTTERBECH & FOSS COMPANY, 117 PREBLE STREET, PORTLAND, ME 04104

10924   SCHLOTTERBECH & FOSS COMPANY, PO BOX 8609, PORTLAND, ME 04104

10925   SCHLOTZSKYS, 3399 AMNICOLA HWY., CHATTANOOGA, TN 37406

10924   SCHLUMBERGER ADVANCED CARD CENTER, 9800 REISTERSTOWN ROAD, OWINGS MILLS, MD 21117-4145

10925   SCHLUMBERGER INDUSTRIES INC, MANAGER OF ENV AFFAIRS,

10925   SCHLUMBERGER MALCO, INC, 9800 REISTERTOWN RD., OWINGS MILLS, MD 21117

10925   SCHLUMBERGER MALCO, PO BOX 64438, BALTIMORE, MD 21264-4438

10925   SCHLUMBERGER MEASUREMENTS DIVISION, 1310 EMERALD ROAD, GREENWOOD, SC 29646

10925   SCHLUMBERGER, 14910 AIRLINE ROAD, ROSHARON, TX 77583-1111

10925   SCHLUMBERGER, PO BOX, WEST UNION, SC 57047

10925   SCHLUNEGGER, JOHN, 13826 S MEYERS RD, APT 1083, OREGON CITY, OR 97045-7906

10925   SCHMALL, BETH, 9562 ANGELINA CIRCLE, COLUMBIA, MD 21045

10924   SCHMALTZ PRECAST, 18363 W. HIGHWAY 20, EAST DUBUQUE, IL 61025

10924   SCHMALTZ PRECAST, 18363 W. HWY 20, EAST DUBUQUE, IL 61025

10925   SCHMECHEL, ROGER, 2910 THUNDER BYRD TRAIL, GREEN BAY, WI 54303

10925   SCHMECK, EARL, 416 NORTH AMBER ST, QUAKERTOWN, PA 18951

10925   SCHMEES, MARK, 6675 MIDNIGHT SUN DR, MAINEVILLE, OH 45039

10925   SCHMELIG, ERIK, 701 S KANSAS, OLATHE, KS 66061

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SCHMELIG, MICHAEL R, 701 S KANSAS, OLATHE, KS 66061 | |
| 10925 | SCHMELIG, ROBERT M, PO BOX 25162, OVERLAND PARK, KS 66225-5162 | |
| 10925 | SCHMELIG, ROBERT, 5102 W 156TH ST, OVERLAND PARK, KS 66224 | |
| 10925 | SCHMELTZ, GUY, 1144 1/2 BRADY ST, SULPHUR, LA 70663 | |
| 10925 | SCHMELTZER, JOYCE, 1011 AMY ST, BREAUX BRIDGE, LA 70517 | |
| 10924 | SCHMICKER READY MIX- DO NOT USE, US 35 SOUTH, WINAMAC, IN 46996 | |
| 10924 | SCHMICKER READY MIX, BOX 65, WINAMAC, IN 46996 | |
| 10924 | SCHMICKER READY-MIX INC, BOX 495, WINAMAC, IN 46996 | |
| 10925 | SCHMICKLE, STEVEN, 880 27TH ST, MARION, IA 52302 | |
| 10925 | SCHMID, DAVID, 4917 ROCKPOINT ST, WICHITA FALLS, TX 76310 | |
| 10925 | SCHMID, DENNIS, 6160 TIBURON DRIVE, RIVERSIDE, CA 92506 | |
| 10925 | SCHMID, DON, 1009 9TH ST NW, PUYALLUP, WA 98371 | |
| 10925 | SCHMID, MORGAN, 5922 DANNBE WAY, ORLANDO, FL 32807 | |
| 10925 | SCHMID, RUEDI, TERRASSENSTRASSE 23, SAFNERN, CH - 2553SWITZERLAND | *VIA Deutsche Post* |
| 10924 | SCHMID/CONTRACTOR'S MAGDOM ENTER., 2601 S. FIGUEROA, LOS ANGELES, CA 90001 | |
| 10925 | SCHMID/LAX- WORLD WAY WEST, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90045 | |
| 10925 | SCHMIDLING, SANDRA, 4924 CAMDEN, EL PASO, TX 79924 | |
| 10924 | SCHMIDT INSUL/AVCO CENTER, LOS ANGELES, CA 90001 | |
| 10924 | SCHMIDT INSUL/UC SANTA BARBARA, WESTSIDE BUILDING MATERIALS, SANTA BARBARA, CA 93101 | |
| 10925 | SCHMIDT JR, THOMAS J, 6897 STONINGTON RD, CINCINNATI, OH 45230-3810 | |
| 10925 | SCHMIDT, ALISHA, 560 FEROL WAY, RENO, NV 89503 | |
| 10925 | SCHMIDT, ALLEN D, 1 TOWN CENTER, BOCA RATON, FL 33486 | |
| 10925 | SCHMIDT, ALLEN, 11331 LAKE TREE COUR, BOCA RATON, FL 33498 | |
| 10925 | SCHMIDT, BENJAMIN, 4431 ASHFORD DRIVE, MORRISTOWN, TN 37813-1002 | |
| 10925 | SCHMIDT, BESSIE, 23609 MYRTLE WAY, CALIFORNIA, MD 20619 | |
| 10925 | SCHMIDT, CARL, 709 E. SHORE RD., PASADENA, MD 21122 | |
| 10925 | SCHMIDT, CASEY, 2007 WASHINGTON AVE, ST JOSEPH, MO 64505 | |
| 10925 | SCHMIDT, DENNIT, 4426 PRINCE EDWARD DRIVE, WICHITA FALLS, TX 76308 | |
| 10925 | SCHMIDT, DERREL, PO BOX 87, WILLS POINT, TX 75169 | |
| 10925 | SCHMIDT, ELAINE, 2825 N 83RD ST, MILWAUKEE, WI 53222-4821 | |
| 10925 | SCHMIDT, EMIL, 911 HUBBS ST, DELRAN, NJ 08075 | |
| 10925 | SCHMIDT, FLORENCE, 7 W MAYER DRIVE, FINKSBURG, MD 21048 | |
| 10925 | SCHMIDT, GENE, 696 LAMERS-CLANCY RD, GREENLEAF, WI 54126 | |
| 10925 | SCHMIDT, GEORGE, 540 SUMMIT AVE, CARLSTADT, NJ 07072 | |
| 10925 | SCHMIDT, GLENN, 2223 CUMBERLAND DR, GREEN BAY, WI 54311 | |
| 10925 | SCHMIDT, HANS, 1106 BARBARA ST., RAYNE, LA 70578 | |
| 10925 | SCHMIDT, INGO W, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | SCHMIDT, INGO, 26 MARITIM RESIDENZ 133, 23669 TIMMENDORFR, | |
| 10925 | SCHMIDT, JAMES, PO BOX 363, MT VERNON, IN 47620-0363 | |
| 10925 | SCHMIDT, JENNIFER, PO BOX 131, FOREST JCT, WI 54123 | |
| 10925 | SCHMIDT, JO-ANNE, 244 VALLEY VIEW DR, OAKDALE, PA 15071 | |
| 10925 | SCHMIDT, JOHN G, 110 SMALLWOOD CT, CARY, NC 27513-4211 | |
| 10925 | SCHMIDT, KATHLEEN, 4709 LOWMAN RD, PINE BLUFF, AR 71603 | |
| 10925 | SCHMIDT, KERRY, 11672 W. LAKE AVE, LITTLETON, CO 80127 | |
| 10925 | SCHMIDT, KURT, 906 E CHICORY LANE, LAKE VILLA, IL 60046 | |
| 10925 | SCHMIDT, LYNN, 6 CEDAR AVE, TOWSON, MD 21286 | |
| 10925 | SCHMIDT, MARGARET, 41-2 LACIVITA COURT, STOUGHTON, MA 02072 | |
| 10925 | SCHMIDT, MARIANNA, 413 LOUANN ST, PITTSBURGH, PA 15223 | |
| 10925 | SCHMIDT, MARY, 135 N. 8TH AVE, WEST BEND, WI 53095 | |
| 10925 | SCHMIDT, NANCY, PO BOX 2185, MEEKER, CO 81641 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    SCHMIDT, PAUL A, 4099 W. 71ST ST., CHICAGO, IL 60629

10925    SCHMIDT, PAUL, 1601 S. INDIANA AVE #309, CHICAGO, IL 60616

10925    SCHMIDT, SANDRA, 1612 KENNEDY, ROCK SPRINGS, WY 82901

10925    SCHMIDT, STEPHAN, 2 HAWTHORNE PLACE 9J, BOSTON, MA 02114

10925    SCHMIDT, STEPHEN, 1613 OAKVIEW DRIVE, SILVER SPRING, MD 20903

10925    SCHMIDT, STEPHEN, 7500 GRACE DR., COLUMBIA, MD 21044

10925    SCHMIDT, WILLIAM, 1628 CROOK ST, GREEN BAY, WI 54302

10925    SCHMIDT, WILLIAM, 951 N. AUBURN, 16, FARMINGTON, NM 87401

10925    SCHMIDT,RAINES,TRIESTE,DICKENSON, 399 N W BOCA RATON BLVD, BOCA RATON, FL 33432

10924    SCHMIDT/9107 WILSHIRE BLVD., BEVERLY HILLS, CA 90209

10924    SCHMIDT/GARDEN OF CHAMPION, INDIAN WELLS, CA 92210

10924    SCHMIDT/LOYOLA LAW SCHOOL, LOS ANGELES, CA 90001

10924    SCHMIDT/MORANGO CASINO, CABAZON INDIAN RESERVATIO, CA 92201

10924    SCHMIDT/R.L. CRAWFORD AGRICULTURAL, WESTSIDE BUILDING MATERIALS, 4450 S. LA PINA, TULARE, CA 93275

10924    SCHMIDT/ST. JOHN OF GOD, WESTSIDE BLDG. MTRL, LOS ANGELES, CA 90018

10924    SCHMIDT/STALEY CORPORATION, 16378 KOALA RD., ADELANTO, CA 92301

10924    SCHMIDT/WOODROW WILSON HIGH SCHOOL, 4500 MULPONOAH, LOS ANGELES, CA 90001

10925    SCHMIEMANN, SHARON, 7 LEONARD PLACE, SEA CLIFF, NY 11579

10925    SCHMIER, DENNIS, 10002 OAK GLEN, RANDALLSTOWN, MD 21133

10925    SCHMIGINSKE, TADD, 1228 13TH AVE WEST, WILLISTON, ND 58801

10925    SCHMILLEN, RICHARD, 308 SEQUOIA DRIVE, CHEROKEE, IA 51012

10925    SCHMIT FORD-MERCURY, 121 N. MAIN ST, THIENSVILLE, WI 53092

10925    SCHMITT, DANIEL, 125 FRANKLIN, WEST UNION, IA 52175

10925    SCHMITT, GERARD, 582 CENTURY OAKS, ZIONSVILLE, IN 46077

10925    SCHMITT, GLEN, BOX 317, MAGAZINE, AR 72943

10925    SCHMITT, JERICHO, BOX 113, MARNE, IA 51552

10925    SCHMITT, JOE, 408 JEFFERSON ST., MARNE, IA 51552

10925    SCHMITT, KENT, 507 LAUREL ST, ATLANTIC, IA 50022

10925    SCHMITT, PATRICIA, 7777 BROWN ROAD, INYOKERN, CA 93527-2007

10925    SCHMITT, PAULA, 1414 S NEVADA AVE, DAVENPORT, IA 52802

10925    SCHMITT, RONALD, 1107 HILLCREST RD, FOX RIVER GROVE, IL 60021

10925    SCHMITT, WILLIAM, 105 SECOND ST, DANE, WI 53529

10925    SCHMITTER, LINDA, 20 ZABEK DR, EASTHAMPTON, MA 01027

10925    SCHMITZ, ALAN, 4 SEDGEFIELD DRIVE, GREENVILLE, SC 29615

10925    SCHMITZ, GORDON M, CUST FOR JAMES M SCHMITZ A MINOR, UNIF GIFTS MIN ACT-IOWA, C/O JAMES M SCHMITZ, ROUTE 3, LE MARS, IA 51031-0000

10925    SCHMITZ, JOSEPH, 3414 WEST ST PAUL AVE, MILWAUKEE, WI 53208

10925    SCHMITZ, TIM, 888 PERSHING, CRAIG, CO 81625

10925    SCHMOLL, RAYMOND, 238 N. DITHRIDGE, PITTSBURGH, PA 15213

10925    SCHMUCKI, SANDRA, 51 GLENWOOD ST, HOLDEN, MA 01520

10925    SCHMULBACH, JAMES, 5476 LA ESTANCIA, EL PASO, TX 79932

10925    SCHNABEL AUTO PARTS INC., 247 BUFFALO ROAD, ROCHESTER, NY 14611

10925    SCHNABEL ENGINEERING ASSOC. INC., 114 N. RAILROAD AVE., ASHLAND, VA 23005

10925    SCHNABEL, ESQ, ERIC LOPEZ, AND JAMES H JOSEPH, ESQ, KLETT, ROONEY, LIEBER, SCHORL, THE BRANDYWINE BLDG 1000 WEST ST #1410, WILMINGTON, DE 19801

10925    SCHNABL, KELLY, 135 N. HAWLEY ROAD, MILWAUKEE, WI 53213

10925    SCHNACK, MICHAEL, 550 ERIE RD, GREEN BAY, WI 54311-7709

10925    SCHNACKENBERG, LAURA, 494 FARM-TO-MARKET ROAD, LIBBY, MT 59923

10925    SCHNACKENBERG, LAURA, 494 FARM-TO-MARKET ROAD, LIBBY, MT 59923-9998

10924    SCHNADER, HARRISON, SEGAL & LEWIS, 1600 MARKET ST STE 3600, PHILADELPHIA, PA 19103

10925    SCHNALZER, DAVID, 33 N AMBLER ST, QUAKERTOWN, PA 18951

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SCHNAUBERT II, BOBBY, 8524 ROBBINS DR, FORT WORTH, TX 76108

10924   SCHNECTADY CONC. RROD., 2561 VAN VRANKEN AVE., SCHENECTADY, NY 12308

10925   SCHNEEBERG, MARY, W10951 LAKE POINT DRIVE, LODI, WI 53555-1520

10925   SCHNEIDER BULK CARRIERS, PO BOX 100131, ATLANTA, GA 30384

10925   SCHNEIDER BULK CARRIERS, PO BOX 100131, ATLANTA, GA 30384-0131

10925   SCHNEIDER BULK CARRIERS, PO BOX 99419, CHICAGO, IL 60693

10924   SCHNEIDER ELECTRIC ALTA TENSAO, CEP 8831-551, ITAJAI, 999999999BRAZIL     *VIA Deutsche Post*

10924   SCHNEIDER HARDWARE SUPPLY, 330 BANK STREET, NEW LONDON, CT 06320

10925   SCHNEIDER JT TEN, EDWARD MICHAEL & MARSHA S, 1155 SKYLINE DR, LAGUNA BCH, CA 92651-1936

10925   SCHNEIDER NATIONAL BULK CARRIERS, PO BOX 100131, ATLANTA, GA 30384-0131

10925   SCHNEIDER, A MARGARET, 134 SOUTH 2ND ST, LINDHURST, NY 11757-4801

10925   SCHNEIDER, ALFRED, 7 CARLEEN COURT, SUMMIT, NJ 07901-1216

10925   SCHNEIDER, ARTHUR, 42 BAY RIDGE DRIVE, APT. C, NASHUA, NH 03062

10925   SCHNEIDER, ARTHUR, RURAL ROUTE #1, CROSS PLAINS, WI 53528

10925   SCHNEIDER, BARBARA, 323 RIDGE ROAD, JUPITER, FL 33477

10925   SCHNEIDER, BENJAMIN, 307 HAMMONDS LANE, BALTIMORE, MD 21225-3635

10925   SCHNEIDER, CARMEN, 1416 S.WILSON, CASPER, WY 82609

10925   SCHNEIDER, CHARLES, 5717 MOORE ST, BALTIMORE, MD 21225-0000

10925   SCHNEIDER, CHRIS, PO BOX 7723, PORT ST LUCIE, FL 34985

10925   SCHNEIDER, DAVID, 3911 SADIE RD, RANDALLSTOWN, MD 21133

10925   SCHNEIDER, DOLORES, 6207 COLLINSWAY ROAD, BALTIMORE, MD 21228

10925   SCHNEIDER, GERALDINE, 271 PASCACK RD, HILLSDALE, NJ 07642

10925   SCHNEIDER, GREGORY, 210 AUDREY AVE, BALTIMORE, MD 21225

10925   SCHNEIDER, JEAN, 1907 TARLETON, MIDLAND, TX 79707

10925   SCHNEIDER, JEFF, 4343 CREAMERY RD, DE PERE, WI 54115

10925   SCHNEIDER, JOHN, 12102 GLEN HILL DRIVE, RIVERVIEW, FL 33569-6305

10925   SCHNEIDER, JOHN, 3144 ADDERLY COURT, SILVER SPRING, MD 20906

10925   SCHNEIDER, JOHN, 848 BELOT LANE, NEW LENOX, IL 60451

10925   SCHNEIDER, KATHLYN, 401A S. GATEHOUSE DRIVE, METAIRIE,, LA 70001

10925   SCHNEIDER, LAWRENCE, 3920 NARROWS ROAD, ERLANGER, KY 41018

10925   SCHNEIDER, LEO, BOX 501, BELFIELD, ND 58622

10925   SCHNEIDER, MARIE, 2619 MAJESTIC DR, WILMINGTON, DE 19810-2430

10925   SCHNEIDER, MARIE, 950 NABBS CREEK RD, GLEN BURNIE, MD 21061

10925   SCHNEIDER, MARK B, 531 MAIN ST 105, EL SEGUNDO, CA 90245-3060

10925   SCHNEIDER, NEIL, 9851 NW 39TH CT, CORAL SPRINGS, FL 33065

10925   SCHNEIDER, P.J., 29455 N LE HACE, FAIR OAKS RANCH, TX 78006

10925   SCHNEIDER, PAUL, 4710 EDWARDS MILL RD, RALEIGH, NC 27612

10925   SCHNEIDER, R, 3308 NORTH 35TH PLACE, ST JOSEPH, MO 64506-1405

10925   SCHNEIDER, RICHARD, 7509 SW 93 ST ROAD, OCALA, FL 32676-7091

10925   SCHNEIDER, SHARON, 904 TREMONT AVE, BRISTOL, TN 37620

10925   SCHNEIDER, VINCIE, 720 SUMMITT AVE, RIVER EDGE, NJ 07661

10925   SCHNEIDER, WILLIAM, BOX 637, BELFIELD, ND 58622

10925   SCHNELL PUBLISHING CO,INC, 80 BROAD ST, NEW YORK, NY 10004-2203

10925   SCHNELL PUBLISHING CO., 80 BROAD ST., NEW YORK, NY 10004

10925   SCHNELL, JENNIFER, 1415 N COUNTRY CLUB, MESA, AZ 85201

10925   SCHNETTER, HENRY, 178 TAMARACK LANE, LIBBY, MT 59923

10925   SCHNETTER, STEVEN, 2031 HWY 2 S., LIBBY, MT 59943

10925   SCHNITKER, MARK, 2107 MCKISSICK, FRIENDSWOOD, TX 77546

10925   SCHNITTKA, DAVE, W178 S7773 KITTERY COURT, MUSKEGO, WI 53150

10925   SCHNITZEL, MARIAN, PO BOX 297, PINEVILLE, PA 18946

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SCHNITZER, CHRIS, 225 WEST VERDUGO, 209, BURBANK, CA 91502

10925   SCHNITZER, NORMA, 1095 LAFAYETTE CT., BROOKFIELD, WI 53005

10925   SCHNITZER, SIMON, 1095 LAFAYETTE COURT, BROOKFIELD, WI 53005

10925   SCHNITZLER, DARRELL, 4664 S LICKING PIKE, ALEXANDRIA, KY 41001-9702

10925   SCHNYER, RICHARD, 285 OLD GREENFIELD ROAD, PETERBOROUGH, NH 03458

10925   SCHOB, MARTHA L, 4209 OAKLAWN, BRYAN, TX 77801-4738

10925   SCHOCH, SUSAN, 9516 BONAIR DR, MANASSAS, VA 20109

10925   SCHOCH, TERRY, 1911 N OLD BETHLEHEM PIKE, QUAKERTOWN, PA 18951

10925   SCHOCK, MARK, 175 WYATT RD, SENIOA, GA 30276

10925   SCHOCK, NATHANIEL, 4461 THEBES TURN, WHITEHALL, PA 18052

10925   SCHOCK, ROBERT, PO BOX 97, GRANADA, MN 56039

10925   SCHOCK, TAMMY, 175 WYATT RD, SENIOA, GA 30276

10925   SCHODITSCH, WALTER, 10435 WESTEDGE DR, SUGARLAND, TX 77478

10925   SCHOEFFLER, DIANN, 421 AYO ST., RACELAND, LA 70394

10925   SCHOELERMAN, ELLIOT, 1020 KRUMBOLTZ DR, MARION, IA 52302

10924   SCHOELLER TECH PAPERS, COUNTY RTE 2A, PULASKI, NY 13142-0250

10924   SCHOELLER TECH PAPERS, P.O. BOX 250,CO. RT. 2A, PULASKI, NY 13142-0250

10925   SCHOELLKOPF JR, WILLIAM, C/O SHELL ENTERPRISES, 330 CLIFF DR SUITE 301, LAGUNA BEACH, CA 92651-1670

10925   SCHOEN, FRANKLIN, 1248 LINCOLN ST., CRAIG, CO 81625

10925   SCHOEN, KURT, 250 N. EAST ST., 305, PLAINFIELD, IN 46168

10925   SCHOEN, MARTIN, 603 WAYBRIDGE CT, LAKE MARY, FL 32746

10925   SCHOEN, RANDALL, W7046 KREMLIN RD, NIAGARA, WI 54151

10925   SCHOENBERG, ANDREW, 503 MOUNTAIN ROAD, HARPSWELL, ME 04079

10925   SCHOENBERG, ERIC, 10 PLEASANT ST, MILFORD, MA 01757

10925   SCHOENBERG, JULIAN, 216 ASHFORD AVE, GREENVILLE, SC 29609-4909

10925   SCHOENE, DAVID, 813 BENJAMIN ROAD, BEL AIR, MD 21014

10925   SCHOENEBERG, LISA, 5609 BJELDE LANE, D, MONONA, WI 53716

10925   SCHOENEBERG, MAUREEN, 5417 WILLIAMSBURG WAY, MADISON, WI 53719

10925   SCHOENECKER, DEBRA, 6051 W 65 ST, BEDFORD PARK, IL 60638

10925   SCHOENFIELD SCHARTZMAN, 205 W. WACKER DR, SUITE 1600, CHICAGO, IL 60606

10925   SCHOENHOLTZ, ROY, 22 LONG BRANCH COURT, ST. PETERS, MO 63376

10925   SCHOENICK, KATHLEEN, 304 N SHUMAN ST, VERONA, WI 53593

10925   SCHOENSTEIN, CONSTANCE, 220 PINECREST DRIVE, GREENVILLE, SC 29605

10925   SCHOENTAG, CHRISTIAN, 1440 23RD ST, SANTA MONICA, CA 90404

10925   SCHOEPF, KATHRYN, 437 E BLACKLIDGE DR, TUCSON AZ, AZ 85705

10925   SCHOEPFLIN, JAMES, 3482 BEETHOVEN ST., LOS ANGELES, CA 90033

10925   SCHOETTLER, RICHARD, 1821 ALTA VISTA, ALVIN, TX 77511

10925   SCHOFF, RENEE, 634 FERN WAY, ELDERSBURG, MD 21784

10925   SCHOFF, RENEE, 7500 GRACE DR., COLUMBIA, MD 21044

10925   SCHOFF, WILLIAM, 2004, PONTE VEDRA BEACH, FL 32082

10925   SCHOFFSTALL, SANDRA, 50 GREEN ACRES DR, CARROLLTON, GA 30117

10924   SCHOFIELD ACE HARDWARE, 155 S. CASHUA ST., FLORENCE, SC 29501

10925   SCHOFIELD, DANIEL, 31 ARLINGTON AVE, PATERSON, NJ 07502

10925   SCHOFIELD, GINGER, 4555 39TH AVE, VERO BEACH, FL 32967

10925   SCHOFIELD, JOHN, 5531 ROBERTS RD., FARMINGTON, NM 87402-1200

10925   SCHOFIELD, KATHRYN, 910 PARK AVE, FORREST CITY, AR 72335

10925   SCHOFIELD, KELLI, 72 WINDSOR ST, ARLINGTON, MA 02474

10925   SCHOFIELD, KEVIN, 2829 WINDY HILL RD., MARIETTA, GA 30067

10925   SCHOFIELD, SHARRON, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SCHOFIELD, SHARRON, 72 WINDSOR ST, ARLINGTON, MA 02174

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SCHOFIELD, SONDRA, 222 ALLEN AVE, RADFORD, VA 24141

10925    SCHOGGINS, LORI, 9306 W 26 TH, ODESSA, TX 79763

10924    SCHOLASTIC, INC., 557 BROADWAY, NEW YORK, NY 10012

10925    SCHOLL, DIANE, 600 WEST REBECCA, IOWA PARK, TX 76367

10925    SCHOLL, PHILLIP, PO BOX 3804, WICHITA FALLS, TX 76301

10925    SCHOLL, RICHARD, 2024 PORTZER ROAD, QUAKERTOWN, PA 18951-9998

10925    SCHOLLE CONTAINER, POBOX 93758, CHICAGO, IL 60673

10925    SCHOLTES, LAURIE, 9200 W. 140TH ST UNIT 2SE, ORLAND PARK, IL 60462

10925    SCHOLUND, CHRISTIAN K, 101 BRINY AVE #2002, POMPANO BEACH, FL 33062

10925    SCHOLUND, CHRISTIAN, 314 KATIE DR, SEASTERVILLE, PA 19053

10924    SCHOLZ, C. FRANK, **TO BE DELETED**, EVANSVILLE, IN 47728

10924    SCHOLZ, C. FRANK, 609 N. WEINBACH, EVANSVILLE, IN 47711

10924    SCHOLZ, C. FRANK, 609 N. WEINBACH, EVANSVILLE, IN 47728

10924    SCHOLZ, C. FRANK, P.O. BOX 14341, EVANSVILLE, IN 47714

10925    SCHOLZ, NATALIE TYRRELL, 411 ALTA VISTA AVE, SOUTH PASADENA, CA 91030-3503

10925    SCHOMMER, MICHAEL, 2401 GRANDVIEW #37, CASPER, WY 82604

10925    SCHOMMER, PATRICK, 309 E. 19TH ST, KAUKAUNA, WI 54130

10925    SCHONHERR BARFUSS TORGGLER &, 176 AVE LOUISE, BRUXELLES, 01050

10925    SCHONLAU, DOROTHY, 1826 OLIVETO, HAZELWOOD, MO 63042

10925    SCHOO, LEON, 1013 HWY #169, BODE, IA 50519

10925    SCHOOF, RONALD, 3801 KNOB HILL LANE, PLANO, TX 75023

10924    SCHOOFS DEVELOPMENT GROUP L.P., PO BOX 67, MORAGA, CA 94556

10924    SCHOOFS INC., 1675 SCHOOL STREET, MORAGA, CA 94556

10924    SCHOOFS INC., 3623 SIXTH AVE. SOUTH, SEATTLE, WA 98134

10924    SCHOOFS INC., 4444 E 26TH STREET, LOS ANGELES, CA 90023

10924    SCHOOFS INC., 4444 E. 26TH STREET, LOS ANGELES, CA 90023

10924    SCHOOFS INC., 4444 E. 26TH STREET, LOS ANGELES, CA 90058

10924    SCHOOFS INC., 450 LANCASTER STREET, OAKLAND, CA 94601

10924    SCHOOFS INC., 5650 E. OLYMPIC BLVD., LOS ANGELES, CA 90040

10924    SCHOOFS INC., 5720 N.E. 121ST AVENUE, VANCOUVER, WA 98666

10924    SCHOOFS INC., PO BOX 67, MORAGA, CA 94556

10924    SCHOOFS INC-DO NOT USE, 1675 SCHOOL ST, MORAGA, CA 94556

10924    SCHOOFS INCORPORATED, PO BOX 67, MORAGA, CA 94556

10925    SCHOOFS, INC, PO BOX 67, MORAGA, CA 94556

10924    SCHOOFS, INC., 11475 E.40TH AVENUE, DENVER, CO 80239

10924    SCHOOFS, INC., 4860 JOLIET STREET, DENVER, CO 80239

10924    SCHOOL BOARD OF BREVARD COUNTY, THE, 1380 15TH STREET WEST, RIVIERA BEACH, FL 33404

10925    SCHOOL DISTRICT OF GREENVILLE, THE, PO BOX 2848, GREENVILLE, SC 29602

10924    SCHOOL OF COOPERATIVE TECHNICAL EDU, NEW YORK, NY 10001

10925    SCHOOL OF HYGIENE & PUBLIC HEALTH, 615 N. WOLFE ST #600, BALTIMORE, MD 21206

10924    SCHOOL OF SOCIAL WORKS, C/O ARBOR INTERIORS, ANN ARBOR, MI 48109

10924    SCHOOL OF SOCIAL WORKS, CAMBRIDGE, MA 99999

10925    SCHOOL SEARCH, PO BOX 734, BROOKLANDVILLE, MD 21022

10925    SCHOOLEY, FAWN, 711 CUBBAGE ST, CARNEGIE, PA 15106

10925    SCHOOLEY, MELISSA, 466 WHEELER ROAD, MONROE, LA 71203

10925    SCHOOLEY, SOPHIA, 903 LAUREL CT., WOODSTOCK, GA 30188

10925    SCHOOLEY, WILLIAM, 7930 S. 86TH E. PLACE, TULSA, OK 74133

10925    SCHOOLFIELD, CAMILLE, 9574 OLD PINE RD, BOCA RATON, FL 33428-3056

10925    SCHOOLFIELD, JAMES W, 9574 OLD PINE RD, BOCA RATON, FL 33428-3056

10925    SCHOOLFIELD, JAMES, 9574 OLD PINE RD, BOCA RATON, FL 33428-3056

10925    SCHOON, K, 2004 NORTH 60TH ST, OMAHA, NE 68104

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SCHOON, RANDY, 3030 9TH ST, MARION, IA 52302

10925   SCHOOP, ERNEST F, 1201 FAIRHAVEN AVE APT 3E, SANTA ANA, CA 92705-6770

10925   SCHOPE, WAYNE, 18 FAIRLANE DR, WARSAW, IN 46580

10925   SCHOPF, LORI, RR1 BOX 274 1/2, MOMENCE, IL 60954

10925   SCHOPF, NANCY, 9341 E WESTBURY WOODS DRIVE, CHARLOTTE, NC 28277

10925   SCHOPFER, DIANE, 1575 MADISON AVE, WOOSTER, OH 44691

10925   SCHOPFER, DIANE, 1575 MADISON AVE., WOOSTER, OH 44691

10925   SCHOPPE, CLARE, 14 PEPPERTREE DRIVE, CORAOPOLIS, PA 15108

10925   SCHOPPER, DALE, 33831 ORANGELAWN, LIVONIA, MI 48150

10925   SCHORER, ROY E, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SCHORER, ROY, 87 WESTOVER PKWY, NORWOOD, MA 02062

10925   SCHOROVSKY, ROBERT, PO BOX 172, ODESSA, TX 79760

10925   SCHORR, DANIEL, 26 KENWOOD DR., LEVITTOWN, PA 19055

10925   SCHORR, JAMES, 26 KENWOOD DR SOUTH, LEVITTOWN, PA 19055

10925   SCHORSCH, TWILA, 704 EASTCHESTER ROAD, WHEELING, IL 60090

10925   SCHOSHKE, MICHAEL, 227 CHERRY AVE, YUKON, OK 73099

10925   SCHOSTAG, TERIE, 17040 N 37TH DR, GLENDALE, AZ 85308

10925   SCHOTT, TERESA, 5708 TOEBBE LANE, LOUISVILLE, KY 40229

10925   SCHOTTEN, DONNA, RR1 BOX 993, WISCASSET, ME 04578

10925   SCHOTTENHEIMER, MICHAEL, 3663 HERBERT ST, MOGADORE, OH 44260

10925   SCHOU JT TEN, BJORN & LYDIA, 1425 FOX RIVER DR, DE PERE, WI 54115-2437

10925   SCHOU, BJORN, 1425 FOX RIVER DR, DE PERE, WI 54115-2437

10925   SCHOUEST, JR, MILTON, 127 E. 37TH ST, CUT OFF, LA 70345

10925   SCHOULTE, ROGER, 18874 HWY 52, FARMERSBURG, IA 52047

10925   SCHOULTZ,JR, JOSEPH, 649 ASCAUGA LAKE RD, GRANITEVILLE, SC 29829

10925   SCHOVERS, DIANE, 44425 CHEDWORTH DR, NORTHVILLE, MI 48167

10925   SCHOWER, MARK, 2170 PEEKSVILLE RD, LOCUST GROVE, GA 30248

10925   SCHOWER, MARK, 2170 PEEKSVILLE ROAD, LOCUST GROVE, GA 30248

10925   SCHRACK, ERIC, PO BOX 45, SHARTLESVILLE, PA 19554

10925   SCHRADE, C, ROUTE 5 BOX 391RS, SAN ANTONIO, TX 78221

10924   SCHRADER ARCHITECT PDTS, 250 ARCH STREET, WILLIAMSPORT, PA 17701

10924   SCHRADER ARCHITECTURAL PRODS., 250 ARCH STREET, WILLIAMSPORT, PA 17701

10924   SCHRADER ARCHITECTURAL PRODS., P O BOX 3565, WILLIAMSPORT, PA 17701

10925   SCHRADER, DANIEL, VAN HORNE, IA 52346

10925   SCHRADER, DAVID, 17 SOUTH LANG ST., OFALLON, MO 63366

10925   SCHRADER, HELEN G, THE CARRINGTON, 206 N MAIN ST, DE FOREST, WI 53532-1140

10925   SCHRADER, JAMES, 165 LUCIA LANE, SHILOH, IL 62269

10925   SCHRADER, LARRY, BOX 338, WALFORD, IA 52351

10925   SCHRADER, NINA, 851 INDEPENDENCE RD, ALIQUIPPA, PA 15001

10925   SCHRADER, ROBERT, 64 CORTLAND DR, BEDFORD, NH 03110-4224

10925   SCHRADER, ROBERT, 64 COURTLAND DRIVE, BEDFORD, NH 03110-4224

10925   SCHRADER, ROBERT, PO BOX 737, BARNSTABLE, MA 02630-0737

10925   SCHRAEDER, GERALDINE, 23 GROVE ST, MIDDLESEX, NJ 08846

10925   SCHRAGE, SUZANNE, 1300 E FAIRFIELD, MESA, AZ 85203

10925   SCHRAML JR, ALBERT, 618 HARVEST COURT, BEL AIR, MD 21014

10925   SCHRAMM, KENNETH, 352 NORTH WALNUT ST, ODEBOLT, IA 51458

10925   SCHRAMM, TOMMY, BOX 13, 635 LOCUST ST, ODEBOLT, IA 51458

10925   SCHRANK, STEPHEN M, 402A 14TH AVE, OSHKOSH, WI 54902

10925   SCHRANK, STEPHEN, 402 14TH AVE, OSHKOSH, WI 54902

10925   SCHRANTZ, BARBARA, 5358 RT. 873, SCHNECKSVILLE, PA 18078

10925   SCHRATTER, PAUL, 9 HAWTHORNE PLACE, 3A-B, BOSTON, MA 02114

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    SCHRAUB CUST, FREDERIC ANTHONY, CUST FOR ERIC MAYERS, UNIF GIFT MIN ACT CA, 176 COUNTRY CLUB DRIVE, SAN LUIS OBISPO, CA 93401-8917

10925    SCHRAY, CYNTHIA, 1243 W. TIOGA ST., ALLENTOWN, PA 18103

10925    SCHRECK, KEN, 6240 S AUSTIN, CHICAGO, IL 60638

10925    SCHRECK, MATTHEW, 3533 W. 57TH ST, CHICAGO, IL 60638

10925    SCHRECKE, JOHN, 54 DAY AVE, WESTFIELD, MA 01085

10925    SCHRECKER SUPPLY CO., PO BOX 1913, OWENSBORO, KY 42302

10925    SCHREFFLER, LEILANI LEAH, PO BOX 967, TRAVELERS REST, SC 29690

10925    SCHREIBER, CONNIE, 513 E 3RD, BURKBURNETT, TX 76354

10925    SCHREIBER, DARLA, 7 PERRY LANE, PITTSBURGH, PA 15229

10925    SCHREIBER, DAVID, 10509 FAWN CAYON DR, OKLA CITY, OK 73132

10925    SCHREIBER, DELORES, 10509 FAWN CAYON DR, OKLA CITY, OK 73132

10925    SCHREIBER, DOROTHY, 1216 S. MILITARY TRAIL, DEERFIELD BEACH, FL 33442

10925    SCHREIBER, KEVIN, PO BOX 4721, GREENVILLE, SC 29608

10925    SCHREIBMAN, MATTHEW, 838 TOURMACINE ST, SAN DIEGO, CA 92109

10925    SCHREIER, DIANE, 652 DUNHAM RD, WATERLOO, NY 13165

10925    SCHREINER, G, 537 SOUTH GUNDERSON, OAK PARK, IL 60304

10925    SCHREINER, GEORGE H, 1111 ONTARIO ST #1203, OAK PARK, IL 60302

10924    SCHREITER READY MIX & MATERIAL, 200 S. COOL SPRINGS ROAD, O'FALLON, MO 63366

10924    SCHREITER READY MIX & MATERIAL, COOL SPRINGS & WABASH, OLD MONROE, MO 63369

10924    SCHREITER READY MIX, PO BOX 9567, O'FALLON, MO 63366

10925    SCHRENKER, VIRGINIA, 3404 CALUMET DRIVE, ORLANDO, FL 32810

10925    SCHRICKER, CURTIS, NEW BOSTON ROAD #1, GOFFSTOWN, NH 03045-0000

10925    SCHRIER, JOHNNY, 1314 THOMASVILLE CIRCLE, LAKELAND, FL 33811

10924    SCHRIETER READY MIX & MATERIAL, 2000 S COOL SPRINGS RD, O'FALLON, MO 63366

10925    SCHRIGER, DAVID, 731 HALLIDAY AVE, LOS ANGELES, CA 90049-2041

10925    SCHRIGER, PAUL, 541 NEXT DAY HILL DRIVE, ENGLEWOOD, NJ 07631-1922

10925    SCHRIMSHER, CURTIS, 805 ROSE, CRAIG, CO 81625

10925    SCHRINER-BUSSEY, JUDY, 3006 MARYLAND AVE., BALTIMORE, MD 21227-2201

10925    SCHRIVER, ALLISON, 100 ROGERS BRIDGE ROAD, DUNCAN, SC 29334

10925    SCHRIVER, ALLISON, 109 WALKER ROAD, CAMPOBELLO, SC 29322

10925    SCHROADER, CHESTER, 6655 FOSTER RD, PHILPOT, KY 42366

10925    SCHROCK, ALLEN, PO BOX 505, LECOMPTE, LA 71346

10925    SCHROCK, BENJAMIN, 7538 HATILLO AVE, CANOGA PARK, CA 91306

10925    SCHRODER, LAWRENCE, 8649 WALNUT GROVE ROAD, CORDOVA, TN 38018-9998

10925    SCHROEDER, ALTA, 12332 WILLARD AVE., GARFIELD HEIGHTS, OH 44125

10925    SCHROEDER, ANDREW, 538 LOWERLINE, NEW ORLEANS, LA 70118

10925    SCHROEDER, ANTHONY, PO BOX 31, WOODLAND, IL 60974

10925    SCHROEDER, BRUCE, N2898 SMOKEY HOLLOW ROAD, POYNETTE, WI 53955

10925    SCHROEDER, CAROLYN, 4785 CARDINAL ST., WOODBINE, GA 31569

10925    SCHROEDER, CHARMAINE, 1549 S. 24TH ST, MILWAUKEE, WI 53204

10925    SCHROEDER, DARREN, #9 CHESTNUT CIRCLE, WICHITA FALLS, TX 76303

10925    SCHROEDER, DIANE, 408 NORTH KENNICOTT AVE, ARLINGTON HEIGHTS, IL 60005

10925    SCHROEDER, DONNA, 3220 EAST BLVD, BETHLEHEM, PA 18017

10925    SCHROEDER, EUGENE, 19553 310TH ST, MCCLELLAND, IA 51548

10925    SCHROEDER, JAMES, 836 CARDAN PLACE, MOORE, OK 73160

10925    SCHROEDER, JOAN, PO BOX 79 207 S MEADOW ST, GRANT PARK, IL 60940

10925    SCHROEDER, JOSE, PO BOX 583 1301 RANGERVILLE R, HARLINGEN, TX 78550

10925    SCHROEDER, JUDY, 1431 SOUTH MAIN ST, MINOT, ND 58701

10925    SCHROEDER, LAURA, 6326 FOX CREEK, SAN ANTONIO, TX 78247

10925    SCHROEDER, LAURIE, PO BOX 31, WOODLAND, IL 60974

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SCHROEDER, NYLA, BOX 37, GRANT PARK, IL 60940

10925    SCHROEDER, THERESE, 611 HURRICANE CREEK RD, CHATTANOOGA, TN 37421

10925    SCHROEDER, WILLIAM J, W224N2370 MEADOWOOD LN, WAUKESHA, WI 53186-1146

10925    SCHROEDER, WILLIAM, W224 N2370 MEADOWOOD LANE, WAUKESHA, WI 53186

10925    SCHROEPFER, JAMES, 904 W. 6TH ST, NEKOOSA, WI 54457

10925    SCHROER, JOSEPH, PO BOX 414533, KANSAS CITY, MO 64141-4533

10925    SCHROETER GOLDMARK BENDER, 500 CENTRAL BLDG, 810 THIRD AVE, SEATTLE, WA 98104

10925    SCHROETER, BRENNA, 832 S. KENTUCKY, AMARILLO, TX 79106

10925    SCHROYER, JANE A, CUST FOR LEAH S ROBERTSON, UNIF GIFT MIN ACT NJ, 36 GLENN TERRACE, NEWTON, NJ 07860-5112

10925    SCHRUMM, CHRISTOPHER, 4504 FORDHAM LA, COLLEGE PARK, MD 20740

10925    SCHRYER, SUE, 3920 GREEN LOOK CT, FAIRFAX, VA 22033

10924    SCHUBERT & SON CONCRETE, INC., 1976 SHEFFIELD LANE, WHEATON, IL 60187-8555

10925    SCHUBERT ENV EQUIPMENT, INC, 2000 BLOOMINGDALE ROAD, GLENDALE HEIGHTS, IL 60139

10925    SCHUBERT JT TEN, ARLENE B & FRED J, 7 DEGARMO HILLS RD, WAPPINGERS FALLS, NY 12590-2101

10925    SCHUBERT, BILL, 117 MESQUITE LANE, SWEETWATER, TX 79556

10925    SCHUBERT, DANA, 6213 W. CRITTENDEN LANE, PHOENIX, AZ 85033

10925    SCHUBERT, PATRICIA, 1221 ALFORD ST, FT COLLINS, CO 80524

10925    SCHUBERT, ROBERT E, 205 WOOLEY AVE, STATEN ISLAND, NY 10314

10925    SCHUBERT, ROBERT E, 205 WOOLLEY AVE, STATEN ISLAND, NY 10314

10925    SCHUBERT, ROBERT, 205 WOOLLEY AVE, STATEN ISLAND, NY 10314

10925    SCHUBERT, STEVEN, 4795 CHERIMOYA AVE, AKRON, OH 44319

10925    SCHUBLE, FLOYD, RT 1 128 EAST AVE, CHANDLER, IN 47610

10925    SCHUCH, ELAINE D, AND GAYLE ELIZ BAKER JT TEN, 2999 E OCEAN BLVD APT 1320, LONG BEACH, CA 90803-2523

10925    SCHUCHTER, LARRY, 2300 EAST US 22 & 3, MORROW, OH 45152-9601

10925    SCHUCK, GORDON, 72 ALGONQUIN TRAIL, OAKLAND, NJ 07436

10925    SCHUCKER, P, 12202 N 22ND ST, TAMPA, FL 33612

10925    SCHUELLER, ANITA RENATE, C/O CHARLOTTE HAAS SCHUELLER, 285 RIVERSIDE DR, NEW YORK, NY 10025-5276

10925    SCHUEMANN, HARRY, 2520 THORNAPPLE, BROOKFIELD, AR 53005-4986

10925    SCHUEMANN, PHYLLIS, 2520 THORNAPPLE LN, BROOKFIELD, AR 53005-4986

10925    SCHUENKE, RUSSELL, 3130 S. CALIFORNIA ST, MILWAUKEE, WI 53207

10925    SCHUERFELD, GARY, 24 SUMMER HILL RD, MEDWAY, MA 02053

10925    SCHUERFELD, SHARON, 24 SUMMER HILL RD, MEDWAY, MA 02053

10925    SCHUERMAN, ALVIN, 180 MACARTHUR LANE, ERLANGER, KY 41018-0000

10925    SCHUERMAN, BETTY, 180 MACARTHUR LANE, ERLANGER, KY 41018-9998

10925    SCHUETTE, DOUGLAS S, 5110 ARBORFIELD CT., FORT WAYNE, IN 46835

10925    SCHUETTE, DOUGLAS, 5110 ARBOR FIELD CT, FORT WAYNE, IN 46835

10925    SCHUETTE, LEROY, 2114 CAMBRIDGE DRIVE, MONTROSE, CO 81401

10925    SCHUETTE, TIMOTHY, PO BOX 592, TYRONE, OK 73951

10924    SCHUFF STEEL COMPANY, FOR GRACE TESTING OF MEGA MIXER, PHOENIX, AZ 85009

10925    SCHUH, DAVID, 1014 N CHURCH AVE LOT 39, MULBERRY, FL 33860

10925    SCHUH, JAMES, 4528 W. DEERRUN, 103, BROWN DEER, WI 53223

10925    SCHUH, MICHAEL, 808 WOODLAWN COURT, LEBANON, OH 45036

10925    SCHUKRAFT, MICHAEL, 63 OLD YORK RD, TRENTON, NJ 08620

10925    SCHULDT, JACK, 37 PINEWOOD, HAINES CITY, FL 33844

10925    SCHULDT, JOHN, PO BOX 515, GALLIANO, LA 70354

10925    SCHULER, BEVERLY, 815 HAMPTON CIRCLE, ROCHESTER HILLS, MI 48307

10925    SCHULER, DAVID J, 6548 BONNIE BRAE DR., ELDERSBURG, MD 21784

10925    SCHULER, DAVID, 6548 BONNIE BRAE DR, ELDERSBURG, MD 21784

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SCHULER, DENISE, 2305 AHAKAPU ST., PEARL CITY, HI 96782

10925   SCHULER, JOSEPH, 25709 W WILSON AVE, WAUCONDA, IL 60084

10925   SCHULER, KAREN, 18015 KINGS POINT DR #B, HUNTERSVILLE, NC 28078

10925   SCHULKE, EARL, 13803 US HWY 2 SOUTH, LIBBY, MT 59923

10925   SCHULKE, EARL, 13803 US HWY 2 SOUTH, LIBBY, MT 59923-9998

10925   SCHULKEY, JERRY, 221 PACIFIC, ELKHORN, NE 68022-3323

10925   SCHULLER, ELODIE, 40 ROCKLEDGE ROAD, NEWTON, MA 02161

10925   SCHULLER, MELODIE, 453 MASSACHUSETTS AVE APT #3, BOSTON, MA 02118

10925   SCHULLY ROBERTS SLATTERY JAUBERT &, 1100 POYDRAS ST SUITE 1800, NEW ORLEANS, LA 70163

10925   SCHULMAN, S, 1100 RADCLIFFE ST, BRISTOL, PA 19007

10925   SCHULT, CHRISTOPHER J, 1517 W 4TH AVE, #12, STILLWATER, OK 74074

10925   SCHULT, CHRISTOPHER, 6375 ROWANBERRY DR., ELKRIDGE, MD 21075

10925   SCHULT, CHRISTOPHER, 6375 ROWANBERRY DRIV, ELKRIDGE, MD 21075-6925

10925   SCHULTE, BERNARD A, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   SCHULTE, BERND, 5 OSPREY COURT, OCEAN RIDGE, FL 33435

10925   SCHULTE, GERALD, 4317 GREENRIDGE, WICHITA FALLS, TX 76305

10925   SCHULTE, P, 1649 EMERIC AVE, SIMI VALLEY, CA 93065

10925   SCHULTE, PAMELA, 310 N. 2ND ST., WALFORD, IA 52351

10925   SCHULTHEIS, CONROY, 94 CURTIS ST, CRANSTON, RI 02920

10925   SCHULTS, SANDRA, 505 ROCKY FLATS ROAD, COSBY, TN 37722

10925   SCHULTZ JT TEN, JOHN G & CAROLYN J, 1905 SW 54TH LANE, CAPE CORAL, FL 33914-6871

10924   SCHULTZ ROOFING SUPPLY CO, 100 ANCHORS WAY, SAINT JOSEPH, MI 49085

10924   SCHULTZ ROOFING SUPPLY, 100 ANCHORS WAY, SAINT JOSEPH, MI 49085

10925   SCHULTZ SAV-O STORES INC, JAMES H DICKELMAN REGISTERED AGENT, 2215 UNION AVE, SHEBOYGAN, WI 53081

10925   SCHULTZ, AMY, ROUTE 2-BOX 204, ST. ANNE, IL 60964

10925   SCHULTZ, CAROL, 18309 CHATSWORTH, NORTHRIDGE, CA 91326

10925   SCHULTZ, CHRISTINE, 42 HIGH ST, W SOMERVILLE, MA 02144

10925   SCHULTZ, DENISE, 15 BRENTWOOD RD, WOBURN, MA 01801

10925   SCHULTZ, DENNIS, 4613 STANFORD AVE, WICHITA FALLS, TX 76308

10925   SCHULTZ, DONALD, 714 SARATOGA AVAENUE, LAKELAND, FL 33801-1279

10925   SCHULTZ, EDWARD, 5125 CASTLESTONE DR, BALTIMORE, MD 21237

10925   SCHULTZ, GEORGE, PO BOX 435, DEQUINCY, LA 70633-0435

10925   SCHULTZ, GERARD, 7347 FLAMINGO, ALGONAC, MI 48001

10925   SCHULTZ, HARRIET, 1818 FAIRWAY CT., KANKAKEE, IL 60901

10925   SCHULTZ, JAMES E, 3162 CHARLES ST, CUYAHOGA FALLS, OH 44221

10925   SCHULTZ, JAMES, 3162 CHARLES ST, CUYAHOGA FALLS, OH 44221

10925   SCHULTZ, JASON, 960 ROSE PLACE, WHITEHALL, OH 43227

10925   SCHULTZ, JILL, 7727 PADDOCK WAY, BALTIMORE, MD 21244

10925   SCHULTZ, JOHN, 3344 NORTH RACINE AVE, CHICAGO, IL 60657

10925   SCHULTZ, JOHN, RURAL ROUTE 2, INDEPENDENCE, IA 50644

10925   SCHULTZ, KAREN, 1020 NORTHWOOD, CORSICANA, TX 75110

10925   SCHULTZ, MITCHELL, 200 PANORAMA N E, ALBUQUERQUE, NM 87123

10925   SCHULTZ, PATRICIA, 210 VOSSELLER AVE, BOUND BROOK, NJ 08805

10925   SCHULTZ, PHILLIP, 222 N CROCKER AVE, PRT WASHINGTON, WI 53074

10925   SCHULTZ, ROBERT, 18309 CHATSWORTH ST, NORTHRIDGE, CA 91326

10925   SCHULTZ, SHARON, 11033 HASTING CT, RANCHO CUCAMONGA, CA 91730

10925   SCHULTZ, STEVEN, 15 JETHRO PETERS LANE, NORTHBORO, MA 01532

10925   SCHULTZ, TAMMY, RT 3 BOX 547, ST ANNE, IL 60964

10925   SCHULTZ, VICTOR, 37260 MAPLE LEAF CT, CLINTON TWP, MI 48036

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  SCHULTZE JR., DARVIN, RT. 1 BOX 13A, HONDO, TX 78861

10925  SCHULTZE, MELODY, 3111 N SEACREST BLVD, BOYNTON BEACH, FL 33435

10925  SCHULTZE, STEPHEN, 11607 WATERVIEW DR, 201, CHESTER, VA 23831

10924  SCHULTZ'S CONCRETE, 856 VALLEY LANE, KENNEDALE, TX 76060

10925  SCHULZ, ALFREDA, 604 COLUMBINE, BIG PINEY, WY 83113

10925  SCHULZ, DEANNA, 3932 ADAMS, KANSAS CITY, KS 66103

10925  SCHULZ, ELROY, 2737-1ST S.W., MASON CITY, IA 50401-1533

10925  SCHULZ, JULIE, 3605 SILVER SANDS DR, DRAYTON PLAINS, MI 48020

10925  SCHULZ, LARRY, 152 JANE COURT, CLARENDON HILLS, IL 60514

10925  SCHULZ, LAWRENCE, 152 JANE CT, CLARENDON HIL, IL 60514

10925  SCHULZ, MARISSA, 8010 SWINDOW CIRCLE, CONVERSE, TX 78109

10925  SCHULZ, MONIKA, 6341 N. SPRINGFIELD, CHICAGO, IL 60659

10925  SCHULZ, SHIRLEE, 33 HILL ST, MOMENCE, IL 60954

10924  SCHULZE MANUFACTURING, 50 INGOLD ROAD, BURLINGAME, CA 94010

10925  SCHULZE, HENRY, BOX 386, HICKMAN, NE 68372

10925  SCHULZE, J, 1354 S 90 ST, WEST ALLIS, WI 53214

10925  SCHULZE, RANDOLPH, 801 B HIGH MEADOWS, PLEASANTON, TX 78064

10925  SCHULZE, WILLIAM, 3510 EAST BROADWAY, 202, PEARLAND, TX 77581

10925  SCHUM, MICHAEL, 4369 CHESTNUT RIDGE RD., #7, AMHERST, NY 14228

10924  SCHUMACHER CO., 1969 PALOMAR OAKS WAY, CARLSBAD, CA 92009

10925  SCHUMACHER MD FACP, CHARLES A, PO BOX 57868, WEBSTER, TX 77598

10924  SCHUMACHER SYSTEMS, 1087 COUNTY LINE RD 164, CALLICOON, NY 11723

10924  SCHUMACHER, 1969 PALOMAR OAKS WAY, CARLSBAD, CA 92009

10925  SCHUMACHER, AMELIA, 5 HOFF COURT, MADISON, WI 53711

10925  SCHUMACHER, ATHENA, 2895 EL CAPITAN DR, CO SPRINGS, CO 80918

10925  SCHUMACHER, DANIEL, RT 2 BOX 309-1, WILDROSE, WI 54984

10925  SCHUMACHER, DIANE, 9516 BENT CREEK LANE, VIENNA, VA 22182

10925  SCHUMACHER, INA, 12427 B ST, OMAHA, NE 68144

10925  SCHUMACHER, JH, 5579 OLD FARM DRIVE, MASON, OH 45040

10925  SCHUMACHER, LOLITA, 4415 N MANGO, CHICAGO, IL 60630

10925  SCHUMACHER, MICHELLE, 10522 79TH ST, KENOSHA, WI 53142

10925  SCHUMACHER, RUSSELL, 32 WESLEYAN DRIVE, HAMILTON SQUARE, NJ 08690

10925  SCHUMACHER, STEVE, 416 MANHATTAN ST, CHILTON, WI 53014

10925  SCHUMACHER, SUZANNE, 2895 EL CAPITAN DR, CO SPRINGS, CO 80918

10925  SCHUMAKER, MELVIN, PO BOX 1383, ALICE, TX 78333

10925  SCHUMAKER, STEVEN, 12 RUNNING SP CT, GREER, SC 29650

10925  SCHUMAN, THOMAS, 707 ST. JOHNS AVE, BILLINGS, MT 59109

10925  SCHUMANN JT TEN, JAMES J & PATRICIA M, 5590 CAMINITO HERMINIA, LA JOLLA, CA 92037-7222

10925  SCHUMANN SASOL, WORTHDAMM 13-27, 20457 HAMBURG, GERMANY          *VIA Deutsche Post*

10925  SCHUMANN, CHARLES, 14508 BRAY RD, ELECTRA, TX 76360

10925  SCHUMANN, KAREN, 14508 BRAY, ELECTRA, TX 76360

10925  SCHUMER, JACKIE, 3869 N W 35TH ST, COCONUT CREEK, FL 33066

10925  SCHUMPERT, AMELIA, RT 1 BOX 341-A, MOUNTVILLE, SC 29370

10925  SCHUMPERT, HENRY, 14818 HWY 221, ENOREE, SC 29335

10925  SCHUNCK, DONALD, 3340 WALLFORD DRIVE, BALTIMORE, MD 21222-2752

10925  SCHUNCK, JR, DONALD, 8123 CORNWALL ROAD, BALTIMORE, MD 21222

10925  SCHUNDLER CO., 150 WHITMAN AVE., METUCHEN, NJ 08840

10925  SCHUNDLER COMPANY, PO BOX 513, METUCHEN, NJ 08840-0513

10925  SCHUNK, JANET, 100 KINROSS DRIVE, 49, WALNUT CREEK, CA 94598

10925  SCHUPAK, DR EUGENE, 9440 E MARIPOSA GRANDE, SCOTTSDALE, AZ 85255-3623

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | SCHUPP INDUSTRIEKERAMIK LAGER, EICHENKAMP 5/GEWERBEGEBIET, ROSENDAHL-OSTERWICK, 48720DEU | *VIA Deutsche Post* |
| 10924 | SCHUPP INDUSTRIEKERAMIK, MORLAIXPLATZ 27, WURSELEN, GERMANY, 52146DEU | *VIA Deutsche Post* |
| 10925 | SCHUR INTERNATIONAL A/S, J.W. SCHURS VEJ, HORSENS, 8700DENMARK | *VIA Deutsche Post* |
| 10925 | SCHUREN, BARBARA, 988 WEST MAIN ST, GENOA CITY, WI 53128 | |
| 10925 | SCHURR, FLOSSIE, 1805 NORTH 8TH, 1DD, RED OAK, IA 51566 | |
| 10925 | SCHURR, LOWELL, 716 S SIXTH ST, DE PERE, WI 54115 | |
| 10925 | SCHURY, MARIANNE, 5748 S. OAK PARK, CHICAGO, IL 60638 | |
| 10925 | SCHURY, MICHELE, 5210 S. NARRAGANSETT, CHICAGO, IL 60638 | |
| 10924 | SCHUSTER CONCRETE, 122 BATA BOULEVARD, ABERDEEN, MD 21001 | |
| 10924 | SCHUSTER CONCRETE, 3717 CRONDALL LANE, OWINGS MILLS, MD 21117 | |
| 10924 | SCHUSTER CONCRETE, PO BOX604, OWINGS MILLS, MD 21117 | |
| 10925 | SCHUSTER JT TEN, JOHN A & JEAN G, SCHUSTER, ROUTE 2 BOX 3230, LOPEZ, WA 98261-9558 | |
| 10925 | SCHUSTER, DAVID, 10650 PEDRO WAY, RANCHO CORDOVA, CA 95670 | |
| 10924 | SCHUSTER'S BUILDING PRODUCTS, **TO BE DELETED**, INDIANAPOLIS, IN 46203 | |
| 10925 | SCHUSTERS BUILDING PRODUCTS, 10 EAST MARKET ST #2700, INDIANAPOLIS, IN 46204 | |
| 10925 | SCHUSTERS BUILDING PRODUCTS, 901 E TROY, INDIANAPOLIS, IN 46203 | |
| 10924 | SCHUSTER'S BUILDING PRODUCTS, 901 E TROY, INDIANAPOLIS, IN 46203 | |
| 10924 | SCHUSTER'S BUILDING PRODUCTS, 901 E. TROY, INDIANAPOLIS, IN 46203 | |
| 10925 | SCHUTT, EDWARD, FLUSHING, NY 11355 | |
| 10925 | SCHUTT, HELEN, PO BOX 936, DILLWYN, VA 23936 | |
| 10925 | SCHUTTE & KOERTING, LLC, PO BOX 828089, PHILADELPHIA, PA 19182-8089 | |
| 10925 | SCHUTTE, JAMES, 2206 LINCOLN, GREAT BEND, KS 67530 | |
| 10925 | SCHUTTE, LINDA, 210 GARFIELD, NAPLES, FL 33942 | |
| 10925 | SCHUTZ CONTAINER CORPORATION, PO BOX 30211, HARTFORD, CT 06150 | |
| 10925 | SCHUTZ DESIGN & CONSTRUCTION INC, DAVID A SCHUTZ PRES, 6806 SEYBOLD ROAD, MADISON, WI 53719-1312 | |
| 10925 | SCHUTZ, BRIAN, N4348 TRAUT ROAD, RIO, WI 53960 | |
| 10925 | SCHUTZ, CORY, 620 S MAIN ST APT. C, POYNETTE, WI 53955-9512 | |
| 10925 | SCHUTZ, ELMER, 8205 WASHINGTON BLVD, APT 8, JESSUP, MD 20794 | |
| 10924 | SCHUUR READY MIX, HWY 16 EAST, ADRIAN, MN 56110 | |
| 10924 | SCHUUR READY MIX, MAIN STREET, CHANDLER, MN 56122 | |
| 10925 | SCHUYLER, CHARLES, 1208 HILLSIDE RD RIVERA BEACH, PASADENA, MD 21122 | |
| 10925 | SCHUYLER, GARY, W386 CROOK RD, DEPERE, WI 54115 | |
| 10925 | SCHUYLER, PAUL FREDERIC, 217 BUCHANAN ST, ALEXANDRIA, VA 22314-2103 | |
| 10925 | SCHWAAB INC., POBOX 3128, MILWAUKEE, WI 53201-3128 | |
| 10924 | SCHWAB CORP, PO BOX 5088, LAFAYETTE, IN 47903 | |
| 10924 | SCHWAB CORP., 3000 MAIN STREET, LAFAYETTE, IN 47905 | |
| 10924 | SCHWAB CORP., HWY 66, CANNELTON, IN 47520 | |
| 10924 | SCHWAB CORP., P.O. BOX 5088, LAFAYETTE, IN 47903 | |
| 10924 | SCHWAB READY MIX INC, P O BOX 4727, NORTH FORT MYERS, FL 33903 | |
| 10924 | SCHWAB READY MIX INC, SHIRLEY STREET, NAPLES, FL 33942 | |
| 10924 | SCHWAB READY MIX, 336 ACLINE ROAD, PUNTA GORDA, FL 33950 | |
| 10924 | SCHWAB READY MIX, 7290 ALICO ROAD, FORT MYERS, FL 33912 | |
| 10924 | SCHWAB READY MIX, ATTN: ACCOUNTS PAYABLE, FORT MYERS, FL 33918 | |
| 10924 | SCHWAB REHAB CENTER, 1414 SOUTH FAIRFEILD AVENUE, CHICAGO, IL 60608 | |
| 10925 | SCHWAB, FELDIE, 1025 39TH ST SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | SCHWAB, MARKUS, 1465 N.E. 123RD ST., NO.MIAMI, FL 33161 | |
| 10925 | SCHWABB INC, PO BOX 3128, MILWAUKEE, WI 53201 | |
| 10925 | SCHWABEROW, LORETTA, 3271 ROWENA RD, BARBERTON, OH 44203 | |
| 10924 | SCHWALB, DONNENFELD, BRAY & GILBERT, 1025 THOMAS JEFFERSON ST NW, WASHINGTON, DC 20007 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    SCHWALBACH, HERMAN, 76 PINE ST, BRIDGEWATER, NJ 08807

10925    SCHWALBACH, JOSEPH, 8820 WEST BENNINGTON CT. 111 NORTH, MEQUON, WI 53097

10925    SCHWALJE, DAVID, 1105 CRESTLANE DRIVE, SMYRNA, GA 30080

10925    SCHWALKE, ANNA, RD #1 BOX 190, MT PLEASANT, PA 15666

10925    SCHWALL, KIM, 572 GORDON AVE, HARAHAN, LA 70123

10925    SCHWAMBURGER, JAMES, 163 SQUIRES COURT, POWELL, OH 43065

10925    SCHWAMMAN, RENEE, 5612 SKYLINE COURT NW, CEDAR RAPIDS, IA 52405

10925    SCHWAN ELECTRIC, 5292 N NORTHWEST HWY, CHICAGO, IL 60630-1246

10925    SCHWANDT, CAROLYN, 1006 ADAMS ST, NEENAH, WI 54946

10925    SCHWANDT, MARY, 64 THEODORE ST., BUFFALO, NY 14211

10925    SCHWANTES, DON, 3145 PIONEER DRIVE, GREEN BAY, WI 54313-6136

10925    SCHWANTES, S, 3145 PIONEER DR, GREEN BAY, WI 54313

10924    SCHWARB FOUNDRY, 22522 HOOVER ROAD, WARREN, MI 48089

10925    SCHWARTZ, ADAM, 15 EDGAR RD, BILLERICA, MA 01821

10925    SCHWARTZ, ALAN, 5967 SW 114TH AVE, COOPER CITY, FL 33330

10925    SCHWARTZ, ANNETTE, 55 KNOLLS CRESCENT, BRONX, NY 10463-6331

10925    SCHWARTZ, BARRY, 246 WESTCHESTER AVE, PORT CHESTER, NY 10573

10925    SCHWARTZ, CARL, 917 13TH AVE WEST, WILLISTON, ND 58801-4620

10925    SCHWARTZ, DAVID, 2013 MAPLEWOOD DR, CORAL SPGS, FL 33071

10925    SCHWARTZ, DONNA, 409 OAK, YPSILANTI, MI 48198

10925    SCHWARTZ, ELLEN, 480 COUNTRY CLUB LN, POMONA NY, NY 10970

10925    SCHWARTZ, IRVIN, 2472 HEMLOCK CT, GREEN BAY, WI 54311

10925    SCHWARTZ, JACK, RR 2 BOX 8, OKEENE, OK 73763-9455

10925    SCHWARTZ, JAMES R, PO BOX 418, TWO RIVERS, WI 54241-0418

10925    SCHWARTZ, JENNIFER, 501 OAK ST, PEOTONE, IL 60468

10925    SCHWARTZ, JOHN, 6010 FOREST PARK RD., DALLAS, TX 75235

10925    SCHWARTZ, KENNETH, 212 YEAKEL AVE, ERDENHEIMT, PA 19038

10925    SCHWARTZ, LEONARD, 405 GAIR ST, PIERMONT, NY 10968

10925    SCHWARTZ, LEONARD, 450 CHRISTIAN HERALD RD, VALLEY COTTAGE, NY 10989

10925    SCHWARTZ, LINDA, 10608 S. BLACKWELDER, OKLA. CITY, OK 73170

10925    SCHWARTZ, LINDA, 2 HILL ST., MOMENCE, IL 60954

10925    SCHWARTZ, NANCY, 723 HUGHES HALL AMERICAN UNIVERSITY, WASH, DC 20016

10925    SCHWARTZ, NEIL, 2988 SOUTH COUNTY RD, GREEN BAY, WI 54311

10925    SCHWARTZ, PAULA E., 74 J ST, HULL, MA 02045

10925    SCHWARTZ, PHYLLIS L, 222 N SEPULVEDA BLVD STE 800, EL SEGUNDO, CA 90245-4342

10925    SCHWARTZ, R, 2147 SETON PL, GERMANTOWN, TN 38139

10925    SCHWARTZ, RODNEY, 3952 BIG SKY DR, PULASKI, WI 54162

10925    SCHWARTZ, SARA, 2354 GENERATION DR, RESTON, VA 22091

10925    SCHWARTZ, STACY, 1735 YORK AVE, #14A, NEW YORK, NY 10128

10925    SCHWARTZ, THELMA, 10451 SUNRISE LAKES BLVD, 210, SUNRISE, FL 33322

10925    SCHWARTZKOPF, KAREN, 3826 LA COLUSA DR, SAN MARCOS, CA 92069

10925    SCHWARTZMAN, LAWRENCE, 169 CLARENCE ROAD, SCARSDALE, NY 10583-6317

10924    SCHWARTZ'S TOOL & FATENERS, 626 ARMSTRONG AVENUE, SAINT PAUL, MN 55102

10925    SCHWARZ JT TEN, KURT M & ADA E, 2712 COMSTOCK CIRCLE, BELMONT, CA 94002-2905

10924    SCHWARZ READY MIX, 5TH & BIRCH, BINGER, OK 73009

10924    SCHWARZ READY MIX, P.O. BOX 850450, YUKON, OK 73085

10924    SCHWARZ READY MIX, PO BOX 850450, YUKON, OK 73085

10925    SCHWARZ, CHRISTINE, 126 BEACON RIDGE, SALEM, SC 29676

10925    SCHWARZ, ROYCE, 600 WOODHURST WAY, 2ND FL, BALTIMORE, MD 21228

10925    SCHWARZ, STEPHEN, 252 RIVER FOREST DR, BOILING SPRNG, SC 29316

10925    SCHWARZ, SYLVIE, 26 PARKMAN ST-UNIT 6, BROOKLINE, MA 02146

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SCHWARZ, SYLVIE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   SCHWARZ, WILLIAM, 9 DARROW WAY, LONDONDERRY, NH 03053

10925   SCHWARZKOPF, ANNALEIS, 7316 SOUTHEASTERN AV, INDIANAPOLIS, IN 46239

10925   SCHWEDOCK, PETER, 28 WEST FLAGER ST, SUITE 800, MIAMI, FL 33130

10924   SCHWEERS PLAST/LAPA, 4020 OLYMPIC PLAZA, LONG BEACH, CA 90801

10925   SCHWEERS, MARK, 1130 TAMARACK LANE, PITTSBURGH, PA 15237

10925   SCHWEERTMANN, MICHAEL, 1103 DELAWARE, NORWALK, IA 50211

10925   SCHWEIGMAN, STEPHEN, 7555 YANKEE TOWN HWY, NEWBURGH, IN 47630-8233

10925   SCHWEITZER BROTHERS CO., 2715 COLERAIN AVE., CINCINNATI, OH 45225

10925   SCHWEITZER, WENDY, 1725 LINNERUD DRIVE, #105, SUN PRAIRIE, WI 53590

10925   SCHWEIZER, JAMES, 4413 GIANT OAK DRIVE, MCHENRY, IL 60050

10925   SCHWEIZERHALL, INC, PO BOX 18231, NEWARK, NJ 07191-8231

10925   SCHWEND INC, 28945 JOHNSTON ROAD, DADE CITY, FL 33523

10925   SCHWEND, KEITH, 1550 GAP CREEK RD, LYMAN, SC 29365-9770

10925   SCHWENDER, KELLY, 316 BLAKE AVE, ORANGE PARK, FL 32073

10924   SCHWENDS READY MIX, #5 COMMERCE PLAZA, O'FALLON, IL 62269

10924   SCHWENDS READY MIX, 1420 NORTH COUNTY RD, MASCOUTAH, IL 62258

10924   SCHWENDS READY MIX, 400 W. TYLER, LITCHFIELD, IL 62056

10924   SCHWENDS READY MIX, 405 W MAIN, HIGHLAND, IL 62249

10924   SCHWENDS READY MIX, 405 W. MAIN, HIGHLAND, IL 62249

10924   SCHWENDS READY MIX, INDUSTRIAL PARK #9, JERSEYVILLE, IL 62052

10924   SCHWENDS READY MIX, RR #2 - 2160 FORMOSA ROAD, TROY, IL 62294

10925   SCHWENDT, ANITA, 819 BRADFORD LANE, NEWARK, DE 19711

10925   SCHWENDT, AXEL P, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   SCHWENDT, AXEL, 18 WHITE OAK ROAD, LANDENBERG, PA 19350

10925   SCHWENK, FRANKLIN, 1921 MEADOWVIEW CT, CARROLLTON, TX 75010

10925   SCHWENK, HOWARD, 720 S JEFFERSON ST, 6, ALLENTOWN, PA 18103

10925   SCHWENKE, IVAN, BOX 154, LEWIS, IA 51544-0154

10925   SCHWENN, DENNIS, 6130 W. PORT AVE, MILWAUKEE, WI 53223

10925   SCHWENN, DOLORES L, 6601 GETTYSBURG DR, MADISON, WI 53705-4206

10925   SCHWENN, JERRY, 3343 VINBURN RD, SUNPRARIE, WI 53590

10925   SCHWENN, V, 6601 GETTYSBURG DRIVE, MADISON, WI 53705-4206

10925   SCHWERIN, ROBERT, 3019 OAKRIDGE RD., DEENAH, WI 54956

10925   SCHWERMAN TRUCKING CO, DRAWER 751, MILWAUKEE, WI 53278-0751

10925   SCHWERMAN, RICHARD, 4656 LAKE VIEW CIRCLE, SLINGER, WI 53086

10925   SCHWING, WILLIAM, 11602 LAMPSON AVE, GARDEN GROVE, CA 92840

10925   SCHWINGDORF, SHANNON, 346 1/2 WASHINGTON ST., CRAIG,, CO 81625

10925   SCHWINN, DOROTHY, 1410 ST MARYS ROAD, CHESTER, MD 21619

10925   SCHWOYER, DANIEL, 1129 SAUCOHY ROAD, KUTZTOWN, PA 19530

10925   SCI CORPORATION, PO BOX 490, STREATOR, IL 61364

10924   SCI SYSTEMS, INC., 1600 HULCA ROAD, ARAB, AL 35016

10924   SCI TECHNOLOGY, 5000 TECHNOLOGY DRIVE, COOKEVILLE, TN 38505

10925   SCIAMBI, CATHERINE, 5362 SMOOTH MEADOW WAY #6, COLUMBIA, MD 21044

10925   SCIANNA, TINA, 1724 PEAR ST, READING, PA 19601

10925   SCIARAPPA, KENNETH, 130 PATRICIA DRIVE, TEWKSBURY, MA 01876

10925   SCIBOR, MITCHELL, 21 LAUREL WOOD DR., LAWRENCEVILLE,, NJ 08648

10925   SCICHILONE, ISABELLA M, 152 WEBSTER ST, WEST NEWTON, MA 02465-1847

10925   SCIENCE & ENGINEERING NEWS, PO BOX 5054, BRENTWOOD, TN 37027

10924   SCIENCE & ENGINEERING TECH. BLDG., C/O TOMAN & ASSOC. (UT BROWNSVILLE), BROWNSVILLE, TX 78520

10925   SCIENCE & GOVT REPORT, PO BOX 6226, WASHINGTON, DC 20015

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SCIENCE & TECHNOLOGY CENTER, 2790 COLUMBUS RD.  RT. 16, GRANVILLE, OH 43023

10925    SCIENCE APPLICATIONS INTERNATIONAL, 10260 CAMPUS POINT DR, SAN DIEGO, CA 92121

10925    SCIENCE APPLICATIONS INTL CORP, DRAWERR CS 198347, ATLANTA, GA 30384-8347

10925    SCIENCE APPLICATIONS INTL CORP., PO BOX 64115, BALTIMORE, MD 21264-4115

10924    SCIENCE FACILITY 3, 21ST ST DEADEND BEND CARVER, BELLINGHAM, WA 98225

10924    SCIENCE LECTURE LAB, 100 UNIVERSITY PARKWAY, PENSACOLA, FL 32514

10924    SCIENCE MUSEUM, 11204 HOPSON ROAD, ASHLAND, VA 23005

10925    SCIENCE NEWS, PO BOX 1925, MARION, OH 43305

10925    SCIENCE SOLUTIONS, PO BOX 277997, ATLANTA, GA 30384-7997

10925    SCIENCEDIRECT, 655 AVE OF THE AMERICAS, NEW YORK, NY 10010-5107

10925    SCIENCDIRECT, PO BOX 7247-8455, PHILADELPHIA, PA 19170-8455

10925    SCIENCES INTERNATIONAL INC, 1421 PRINCE ST, ALEXANDRIA, VA 22314

10925    SCIENCES INTERNATIONAL, 1421 PRINCE ST, ALEXANDRIA, VA 22314

10925    SCIENCO/FAST, 3240 N BROADWAY, SAINT LOUIS, MO 63147-3515

10925    SCIENTECH NES INC., 44 SHELTER ROCK ROAD, DANBURY, CT 06810

10925    SCIENTIFIC & REGULATORY SOL., PO BOX 1409, ELLICOTT CITY, MD 21041-1409

10925    SCIENTIFIC AMERICAN, PO BOX 11642, DES MOINES, IA 50350-1642

10925    SCIENTIFIC ATLANTA, 1650 INTERNATIONAL COURT, NORCROSS, GA 30093

10925    SCIENTIFIC ATLANTA, 4356 COMMUNICATION DR, NORCROSS, GA 30093

10925    SCIENTIFIC COLUMBUS, 1900 ARLINGATE LANE, COLUMBUS, OH 43228

10925    SCIENTIFIC CONTROL LABORATORIES, IN, 3158 SOUTH KOLIN AVE., CHICAGO, IL 60623

10925    SCIENTIFIC DESIGNS, 2213 14TH ST, CUYAHOGA FALLS, OH 44223-2452

10925    SCIENTIFIC GROUP, PO BOX 686, BUENA, NJ 08310-0686

10925    SCIENTIFIC INSPECTION TECH, INC, 123 INDUSTRIAL PARK, SODDY DAISY, TN 37379

10925    SCIENTIFIC INSPECTION TECHNOLOGY, INC, PO BOX 385, HIXSON, TN 37343-0385

10925    SCIENTIFIC INTERNL RESEARCH INC., 228 MONTGOMERY ST, BLOOMFIELD, NJ 07003

10925    SCIENTIFIC MATERIAL INTERNATIONAL, 12219 SW 131 AVE, MIAMI, FL 33186-6401

10925    SCIENTIFIC MATERIAL INTL INC., 7075 SW 46 ST, MIAMI, FL 33155-4613

10925    SCIENTIFIC MODELS INC., 32 COTTAGE PARK AVE., CAMBRIDGE, MA 02140

10924    SCIENTIFIC PLASTICS INC., 243 W.30TH STREET, NEW YORK, NY 10001

10925    SCIENTIFIC POLYMER PRODUCTS, 6265 DEAN PKWY, ONTARIO, NY 14519-8997

10925    SCIENTIFIC PRODUCTS DIV, PO BOX 7780-5035, PHILADELPHIA, PA 19182

10925    SCIENTIFIC PRODUCTS DIVISION, PO BOX 70539, CHICAGO, IL 60673-0539

10925    SCIENTIFIC PROTEIN CORP, DON PTACEK,

10924    SCIENTIFIC SALES, INC., 130 VALLEY COURT, OAK RIDGE, TN 37831-4069

10925    SCIENTIFIC TECHNOLOGIES INC., 6550 DUMBARTON CIRCLE, FREMONT, CA 94555-3611

10924    SCIENTIFIC UTILITY PRODUCTS CORP., 1963 W. MCNAB ROAD, POMPANO BEACH, FL 33060

10924    SCIENTIFIC UTILITY PRODUCTS CORP., ATTN:  MARIE, SUITE F, 2365 MARCONI COURT, SAN DIEGO, CA 92173

10925    SCIESZKA, GUISEPPA, 42 MELROSE ST, ADAMS, MA 01220-1646

10925    SCIFRES, JAMES, 535 CITY VIEW DR., OKLAHOMA CITY, OK 73149

10925    SCILAB BOSTON INC, 13635 GENITO ROAD, MIDLOTHIAN, VA 23112

10925    SCIOLA, LAURELLE, 14 KIMBALL AVE, WENHAM, MA 01984

10925    SCIOLA, LAURELLE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    SCIORILLI, MARK, 319 LENNOX DR, PITTSBURGH, PA 15235

10925    SCIOS INC., 749 NORTH MARY AVE, SUNNYVALE, CA 94086

10924    SCIOTO BLOCK, 5818 ROBERTS DRIVE, ASHLAND, KY 41105

10924    SCIOTO BLOCK, INC., PO BOX1209, ASHLAND, KY 41105

10925    SCIP, 1700 DIAGONAL ROAD, ALEXANDRIA, VA 22314

10925    SCIP, PO BOX 79147, BALTIMORE, MD 21279-0147

10924    SCIPORT DISCOVERY CENTER, 820 CLYDE FANT PARKWAY, SHREVEPORT, LA 71101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  SCI-PORT/BRICE BUILDING CO., SHRELAND CONTRACTOR, 820 CLYDE FANT PARKWAY, SHREVEPORT, LA 71101

10924  SCIQUEST.COM, INC, 5151 MCCRIMMON PARKWAY, MORRISVILLE, NC 27560

10925  SCISCENTE, PATRICIA, PO BOX 81, TOMKINS COVE, NY 10986

10925  SCITECH DYNAMICS CORP, 3118 N TEUTONIA AVE, MILWAUKEE, WI 53206-2222

10924  SCI-TECH PREMIXES, 740 BOWMAN STREET, STEWART, MN 55385

10924  SCITUATE CONCRETE PIPE CO., PO BOX870, SCITUATE, MA 02066-0870

10924  SCITUATE CONCRETE PIPE CORP., 1 BUCKEYE LANE, SCITUATE, MA 02066

10924  SCITUATE CONCRETE PIPE CORP., PO BOX870, SCITUATE, MA 02066-0870

10924  SCITUATE CONCRETE PIPE, 1 BUCKEYE LANE, SCITUATE, MA 02066

10924  SCITUATE CONCRETE PIPE, PO BOX870, SCITUATE, MA 02066-0870

10924  SCITUATE RAY PRECAST, CLAY PIT ROAD, MARSHFIELD, MA 02050

10924  SCITUATE RAY PRECAST, P O BOX 636, MARSHFIELD, MA 02050

10924  SCITUATE RAY PRECAST, P.O. BOX 636, MARSHFIELD, MA 02050

10924  SCIULLO INTERIOR SYSTEMS, P O BOX 20227, GREENSBORO, NC 27420

10924  SCIULLO INTERIORS SYSTEMS, C/O SURGERY CENTRY, GREENSBORO, NC 27407

10924  SCIULLO INTERIORS, 2720 IMMANUELL RD., GREENSBORO, NC 27420

10924  SCIULLO INTERIORS, P.O. BOX 20227, GREENSBORO, NC 27420

10925  SCIUTO, DIANE, 22 CENTER LA, CENTERVILLE, MA 02632

10925  SCM CHEMICALS, SAMUEL J FRIEDMAN, FRIEDMAN ENV, 1111 HIDDEN TRAILS DR, OWINGS MILLS, MD 21117

10924  SCM METAL PRODUCTS, 2601 WECK DRIVE, DURHAM, NC 27709

10925  SCMS INC, 10201 RODNEY BLVD, PINEVILLE, NC 28134

10925  SCOATES, MAUREEN, 1000 GELWOOD AVE, ORLANDO, FL 32807

10925  SCOATS, KENNETH, 1000 GELWOOD AVE., ORLANDO, FL 32807

10925  SCOBEE, RANDAL, 915 FOLEY, IOWA PARK, TX 76367

10925  SCOFIELD, GERARD, VERON, SINGLETARY, POST OFFICE DRAWER 3028, LAKE CHARLES, LA 70602

10925  SCOFIELD, ROBERT A, 27 MADISON AV, WAKEFIELD MA, MA 01880

10925  SCOGGINS, DAVID, 511 SECREST AVE., BELMONT, NC 28012

10925  SCOGGINS, RONALD, 5817 GALLANT FOX LANE, PLANO, TX 75093

10925  SCOLES, WYATT, 512 MERAMEC DR, HENNESSEY, OK 73742

10925  SCOLLARD, BERNADETTE, 5146 S. SAYRE AVE, CHICAGO, IL 60638

10925  SCOLLY TRUCKING INC, 215 BREMEN ST, EAST BOSTON, MA 02128

10925  SCONYERS, CLINTON, 705 E. SIXTH, HEAVENER, OK 74937

10925  SCONYERS, ERNEST, RT. 1, BOX 410, HOWE, OK 74940

10925  SCONYERS, TIM, 401 BROWN ST #2, POTEAU, OK 74953

10925  SCONZERT, DAVID, 3319 EDINBURGH RD, GREEN BAY, WI 54311

10925  SCONZO, DONNA, 74 ROOSEVELT AVE, LAKE HIAWATHA, NJ 07034

10924  SCOOLASTIC, 557 BROADWAY, NEW YORK, NY 10012

10925  SCOPA JR, RALPH, 217 SPRINGVALE AVE, EVERETT, MA 02149

10925  SCOPELITIS GARVIN LIGHT HARSEN, 10 WEST MARKET ST , SUITE 1500, INDIANAPOLIS, IN 46204

10925  SCORE AIR FREIGHT INC, 2 PARK AVE, LAWRENCE, NY 11559

10925  SCOT DIVISION - ARDOX CORP, PO BOX 286, CEDARBURG, WI 53012

10925  SCOT DIVISION - ARDOX CORP., 6437 PIONEER ROAD, CEDARBURG, WI 53012

10924  SCOTCH ROAD MERRILL LYNCH, SCOTCH ROAD OFFICE PARK, PENNINGTON, NJ 08534

10925  SCOTECE, BARBARA, 423 VISTA DR, BUTLER, PA 16001

10924  SCOTLAND REDI MIX, 420 RAILWAY AVE., SCOTLAND, SD 57059

10925  SCOTSMAN CO, THE, 5604 TELEPHONE ROAD, HOUSTON, TX 77087

10925  SCOTT - WAYNE ASSOCIATES, INC, PO BOX 5303, WAYLAND, MA 01778

10925  SCOTT & STRINGFELLOW INC UA APR, 5 93 AC 87119236-1 CUST FBO, CALVIN L BELKOV IRA, BOX 1575, RICHMOND, VA 23213-1575

10925  SCOTT A BENSON, 126 TAFT AVE, NORTH MERRICK, NY 11566-1822

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SCOTT A PORCHIK &, ALBERT L PORCHIK TEN COM, 216 NO 5TH AVE, MANVILLE, NJ 08835-1388

10925   SCOTT A. ROBINSON, 6595 CASABELLA LANE, BOCA RATON, FL 33433

10925   SCOTT A. SAVERSE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SCOTT A. THOMPSON, 10839 NW 40TH ST, SUNRISE, FL 33351

10925   SCOTT A. WALKER, 26 ASHLEY ST, PEPPERELL, MA 01463

10924   SCOTT AVIATION - SOH, 180 VETERANS BLVD., SOUTH HAVEN, MI 49090

10924   SCOTT AVIATION, 225 EIRIE STREET, LANCASTER, NY 14086

10924   SCOTT AVIATION, 225 ERIE STREET, LANCASTER, NY 14086

10925   SCOTT BADER COMPANY LIMITED, WOLLASTON, WELLINGBOROUGH, NORTHAMPTONSHIRE,    ***VIA Deutsche Post*** 
NN29 7RLUNITED KINGDOM

10924   SCOTT BADER INC., 1075 VICTOR HILL RD, GREER, SC 29651

10924   SCOTT BADER INC., 1592 GEORGETOWN RD., HUDSON, OH 44236

10925   SCOTT BARRELL COMPANY INC, PO BOX 5005, KANSAS CITY, KS 66119

10925   SCOTT BARRY, 4004 HARRODS LANDING, PROSPECT, KY 40059-9366

10925   SCOTT BOSSONG, 6050 W 51 ST, CHICAGO, IL 60638

10925   SCOTT BUILT PRODUCTS & SERVICES, 303 W 35TH ST SUITE A, NATIONAL CITY, CA 91950

10924   SCOTT CABLE COMMUNICATIONS, IN, P.O. BOX 562, FARMINGDALE, NY 11736

10925   SCOTT CO OF CALIFORNIA, DEPT 44455, POBOX 44000, SAN FRANCISCO, CA 94144-4445

10924   SCOTT CONC. PROD., LONDONDERRY, NH 03053

10924   SCOTT CONCRETE PROD, WEST RD, LONDONDERRY, NH 03053

10924   SCOTT CONCRETE PROD., WEST RD., LONDONDERRY, NH 03053

10924   SCOTT COUNTY JUSTICE CENTER, 428 HOLMES STREET, SHAKOPEE, MN 55379

10925   SCOTT CREST DECORATING, 5641 W. 63RD ST., CHICAGO, IL 60638

10925   SCOTT CREST DECORATING, 5641 WEST 63RD ST, CHICAGO, IL 60638

10925   SCOTT DAVID MOSELEY, 2550N ACORN DR, ROUND LAKE BEACH, IL 60073-4949

10924   SCOTT ELECTRIC, 1000 SOUTH MAIN STREET, GREENSBURG, PA 15601

10924   SCOTT ELECTRIC, 39TH. & BUTLER STREET, PITTSBURGH, PA 15201-3291

10924   SCOTT ELECTRIC, BROADHEAD ROAD, MOON TOWNSHIP, PA 15108

10924   SCOTT ELECTRIC, P.O. BOX S, GREENSBURG, PA 15601-0899

10924   SCOTT ELECTRIC, RECEIVING DOCT-SHEARER'S RAMP, GREENSBURG, PA 15601

10924   SCOTT ELECTRIC, RT. 50, PAST BENIDUM IND. PARK, BRIDGEPORT, WV 26330

10924   SCOTT EQUIPMENT CO., 727 W. GRAND BLVD., DETROIT, MI 48216

10925   SCOTT EQUIPMENT COMPANY, PO BOX 100865, NASHVILLE, TN 37224

10925   SCOTT EQUIPMENT COMPANY, PO BOX 100865, NASHVILLE, TN 37224-0865

10925   SCOTT F LETT, 745 POTTER RD SOUTH, MONROE, NC 28110-9557

10925   SCOTT G HAHN, 3817 GRACELAND COURT, ELLICOTT, MD 21042-3764

10925   SCOTT GRISCHOW, 11 ALLEN DR, ELGIN, IL 60120-6828

10925   SCOTT HARTSHORN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SCOTT HAUCK, 312 W MCCLELLAN APT #1, LEAD, SD 57754

10925   SCOTT JAMES SCHUEMANN, TIME DISTRIBUTION SERVICES, 12727 COEUR DU MONDE CT APT K, 
ST LOUIS, MO 63146-1548

10925   SCOTT JR, CURTIS, 1121 VELSEN RD, GREEN BAY, WI 54313

10925   SCOTT JR, HARRY, COKESBURY 304, HOCKESSIN, DE 19707

10925   SCOTT KENDRICK, 604 TUGALOO CT, WOODSTOCK, GA 30188-2820

10925   SCOTT KLEINSCHMIDT, 3797 COUNTY LINE RD, SOCIAL CIRCLE, GA 30279

10924   SCOTT LOVE TRUCKING, 11830 NEW YORK RANCH RD, JACKSON, CA 95642

10925   SCOTT M COHEN &, ANITA COHEN JT TEN, 9308 QUAIL RIDGE DRIVE, LAS VEGAS, NV 89134-8924

10924   SCOTT MACHINE, INC., 4025 MORRILL, JACKSON, MI 49202

10924   SCOTT MACHINE, INC., PO BOX468, JACKSON, MI 49204

10924   SCOTT MARINE SERVICES, MANCHESTER TERMINAL, HOUSTON, TX 77012

10925   SCOTT MARISCHEN, 8403 BOCA RIO DR, BOCA RATON, FL 33433

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SCOTT NEWHOUSE, C O LEONA M NEWHOUSE, 950 EVERGREEN RD 311, WOODBURN, OR 97071-2926

10924   SCOTT PAINT, 7839 FRONTVILLE ROAD, SARASOTA, FL 34240

10924   SCOTT PLAZA, PHILADELPHIA, PA 19105

10925   SCOTT R SMITH ENVIRONMENT, 167 W MAIN ST STE 100, LEXINGTON, KY 40507

10925   SCOTT R SMITH ENVIRONMENTAL, 1405 MERCER ROAD, LEXINGTON, KY 40511

10925   SCOTT SHERIFF, 499 NORTH 201 WEST #41, BOUNTIFUL, UT 84010

10924   SCOTT SIERRA, PO BOX 2001, HOPE, AR 71801

10924   SCOTT SILVA CONCRETE, 11374 GOLD DREDGE WAY, RANCHO CORDOVA, CA 95670

10924   SCOTT SILVA CONCRETE, 11374 GOLD DREDGE WAY, RANCHO CORDOVA, CA 95742

10925   SCOTT SPECIALTY GASES, 500 WEAVER PARK RD., LONGMONT, CO 80501

10925   SCOTT SPECIALTY GASES, 9810 BAY AREA BLVD., PASADENA, TX 77507

10925   SCOTT SPECIALTY GASES, INC, PO BOX 8500-50910, PHILADELPHIA, PA 19178

10925   SCOTT SPECIALTY GASES, PO BOX 310, PLUMSTEADVILLE, PA 18949

10925   SCOTT SPECIALTY GASES, PO BOX 8500-50910, PHILADELPHIA, PA 19178

10925   SCOTT SPENCER, PO BOX 1427, LIBBY, MT 59923

10925   SCOTT T HSIEH &, KUEI YING HSIEH JT TEN, 6677 ROSEDALE AVE, REYNOLDSBURG, OH 43068-1034

10925   SCOTT T WENDLING, 1119 NEW HOLLAND RD, KENHORST, PA 19607-1650

10925   SCOTT U FISHER, 1206 CHANDLER CIR, PROSPER, TX 75078-8718

10925   SCOTT VAUGHN, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   SCOTT WALTON, PO BOX 567, LAKE GEORGE, NY 12845-0567

10925   SCOTT WAYNE STAFFING, PO BOX 198284, ATLANTA, GA 30384-8284

10925   SCOTT WILLIAM WOOD, 2004 YUMA TRAIL, OKENCE, MI 48864

10925   SCOTT WILLIAM WOOD, SCOTT WILLIAM WOOD, 2004 YUMA TRAIL, OKENCE, MI 48864

10925   SCOTT WILSON, 1200 NW 15TH AVE, POMPANO BEACH, FL 33069

10924   SCOTT ZEMP MASONRY INC., 4525 W. HACIENDA AVE SUITE 5, LAS VEGAS, NV 89118

10925   SCOTT, AARON, 3034 MAYFIELD AVE., BALTIMORE, MD 21213

10925   SCOTT, ADRIAN, 608 FRIENDSHIP ROAD, SENECA, SC 29678

10925   SCOTT, ALEXANDER, PO BOX 50846, MOBILE, AL 36605

10925   SCOTT, ALFREDA, 222 OLD WHITFIELD RD, PEARL, MS 39208

10925   SCOTT, ALLEN, 415 SUSAN ST, ANDERSON, SC 29624

10925   SCOTT, AMY, 726 MOORES COURT, BRENTWOOD, TN 37027

10925   SCOTT, ANNETTE, 121 CRAB ORCHARD ST, SOMERSET, KY 42501

10925   SCOTT, ANNETTE, C/O ELAINE MILES 175 S. 13TH, GOOS BAY, OR 97420

10925   SCOTT, ANNIE, 221 PRINCE CALDWEL RD, WOODRUFF, SC 29388

10925   SCOTT, BERNADETTE, 7100 W. CHESTER PIKE, UPPER DARBY, PA 19082

10925   SCOTT, BERNARD, 112 HOLLIBROOK, MAULDIN, SC 29662

10925   SCOTT, BETTY, 3790 EVE CIRCLE, MIRA LOMA, CA 91752

10925   SCOTT, BRADLEY, 1110 BAHLS DR., # 330, HASTINGS, MN 55033

10925   SCOTT, BRADY B., 609 CARSON AVE, OXON HILL, MD 20745

10925   SCOTT, BRETT, 112 MURRAY ST, DE FOREST, WI 53532

10925   SCOTT, BRIAN, 116 WAYNEWOOD PK, PLAINFIELD, NJ 07060

10925   SCOTT, CARL, 1215 BIG BEND DRIVE, MCKINNEY, TX 75069

10925   SCOTT, CARNELL, RT 1 BOX 127-B, GARYSBURG, NC 27831

10925   SCOTT, CEDRIC, 1878 WARD CIRCLE, ATLANTA, GA 30344

10925   SCOTT, CELESTE, 401 OUR RD., WACO, TX 76712

10925   SCOTT, CHARLENE, 614 BEAVER PLACE, GREENVILLE, TX 75401

10925   SCOTT, CHARLES, 11401 CENTRAL AVE., 1, CHINO, CA 91710

10925   SCOTT, CHARLES, 213 ALMA ST, LYMAN, SC 29365

10925   SCOTT, CHRISTINA, ROUTE 3,BOX 46, CARTHAGE, MS 39051

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SCOTT, CHRISTOPHER, 15821 CENTENNIAL DR, ORLAND PARK, IL 60462 | |
| 10925 | SCOTT, CONSTANCE, 2711 N. LASALLE, INDIANAPOLIS, IN 46218 | |
| 10925 | SCOTT, CRAIG, 23 B BURNET ST, NEW BRUNSWICK, NJ 08901 | |
| 10925 | SCOTT, CYNTHIA, 4636 COUNTRY CREST, DALLAS, TX 75236 | |
| 10925 | SCOTT, DANIEL, 3137 NW 22ND, OKLA. CITY, OK 73107 | |
| 10925 | SCOTT, DANILO, 12743 WEDGEDALE COURT, UPPER MARLBORO, MD 20772 | |
| 10925 | SCOTT, DAPHNE, 309 SUNNYVIEW OVAL, KEASBEY, NJ 08832 | |
| 10925 | SCOTT, DAPHNE, 4530 REIGER AVE, DALLAS, TX 75246 | |
| 10925 | SCOTT, DARIAN, 4700 SPRINGSLANE, A, NORCROSS, GA 30092 | |
| 10925 | SCOTT, DARRELL, 1390 MARKET ST FOX PLAZA APT 2913, SAN FRANCISCO, CA 94102 | |
| 10925 | SCOTT, DARWIN, BOX 683, BRONTE, TX 76933 | |
| 10925 | SCOTT, DAVID, RT4 BOX 156, GRAND SALIENE, TX 75140 | |
| 10925 | SCOTT, DEBRA, 4265 TWO ROD RD., E. AURORA, NY 14052 | |
| 10925 | SCOTT, DEMETRIUS, 801 N. ALLYN, CARBONDALE, IL 62901 | |
| 10925 | SCOTT, DENISE, 5226 DITZLER, RAYTOWN, MO 64133 | |
| 10925 | SCOTT, DIANE, 203-B MORTON AVE, SIMPSONVILLE, SC 29681 | |
| 10925 | SCOTT, E., 330 N. CAROLINA AVE SE APT 1, WASHINGTON, DC 20003 | |
| 10925 | SCOTT, EDDIE, 2306 W KEEFE AVE, MILWAUKEE, WI 53206-1824 | |
| 10925 | SCOTT, EDWARD, 1113 VELMA, DEER PARK, TX 77536 | |
| 10925 | SCOTT, ELIZABETH, 27 ARLO ROAD, STATEN ISLAND, NY 10301 | |
| 10925 | SCOTT, ELIZABETH, 30 UNION ST, WOBURN, MA 01801-4257 | |
| 10925 | SCOTT, ELIZABETH, PO BOX 2664, GRETNA, LA 70054 | |
| 10925 | SCOTT, EMILY, PO BOX 282, STARTEX, SC 29377 | |
| 10925 | SCOTT, ESCOTT, 6401 POPLAR AVE #301, MEMPHIS, TN 38119-4840 | |
| 10925 | SCOTT, ESTHER, 386 GOLDFINCH COVE, COLLIERVILLE, TN 38017 | |
| 10925 | SCOTT, FRANCIS, 304 MARIE AVE, GLEN BURNIE, MD 21061 | |
| 10925 | SCOTT, GARY, 1725 CROSS ROAD, SO. BIESKI, WI 54171 | |
| 10925 | SCOTT, GARY, 4906 CYPRESS, WICHITA FALLS, TX 76310 | |
| 10925 | SCOTT, GERALD, 5018 NORRIS ROAD, NEW IBERIA, LA 70560 | |
| 10925 | SCOTT, GERALDINE, 545 MADISON AVE, AKRON, OH 44320 | |
| 10925 | SCOTT, GLADYS, 2008 CLAREK POND ROAD, CLAYTON, NC 27520 | |
| 10925 | SCOTT, GWENDOLYN, 2406 NORTON DR., AUGUSTA, GA 30906 | |
| 10925 | SCOTT, HAROLD, 10711 TWP.RD. 268, MILLERSBURG, OH 44654 | |
| 10925 | SCOTT, HELEN, 610 FORREST DR, BARTOW, FL 33830-3231 | |
| 10925 | SCOTT, HULSE, MARSHALL, FEVILLE, 11TH FL TEXAS COMMER BANK, EL PASO, TX 79901 | |
| 10925 | SCOTT, JACK, PO BOX 514, FORT MILL, SC 29715 | |
| 10925 | SCOTT, JAMES, 1707 N 16TH ST, FT PIERCE, FL 34950 | |
| 10925 | SCOTT, JAMES, 355 LACKAWANNA BLD1 AP7, READING, PA 19601 | |
| 10925 | SCOTT, JANET, 2219 NW 17TH, OKLA CITY, OK 73017 | |
| 10925 | SCOTT, JANICE, 2719 RIDGEWAY, WICHITA FALLS, TX 76305 | |
| 10925 | SCOTT, JARLE, 605 12TH ST, NE, LITTLE FALLS, MN 56345 | |
| 10925 | SCOTT, JEANETTE, 1321 N W 32 AVE, FT. LAUDERDALE, FL 33311 | |
| 10925 | SCOTT, JOHN, 720 KASSERINE PASS, MOBILE, AL 36609 | |
| 10925 | SCOTT, JOHN, 7536 SNAPPER LANE, LAKE CHARLES, LA 70605 | |
| 10925 | SCOTT, JR, EDWARD, PO BOX 222, MT. OLIVE, MS 39119 | |
| 10925 | SCOTT, JUANITA, 1215 BIG BEND DRIVE, MCKINNEY, TX 75069 | |
| 10925 | SCOTT, JULIE, 945 HWY 29 NORTH, LAWRENCEVILLE, GA 30245 | |
| 10925 | SCOTT, KAREN, 211 NORTH CELESTIAL DRIVE, GREER, SC 29651 | |
| 10925 | SCOTT, KATHERINE, 91 HOLYOKE RD, RICHBORO, PA 18954 | |
| 10925 | SCOTT, KATHLEEN, 5 WALNUT TR CT %KERRI, SIMPSONVILLE, SC 29681 | |
| 10925 | SCOTT, KENNETH, 12949 TARKINGTON CMS, CARMEL, IN 46033 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    SCOTT, KIMBERLY, 160 BRITTON AVE, STOUGHTON, MA 02072

10925    SCOTT, KREGORY, 3642 GORDON AVE, ST. JOHN, MO 63114

10925    SCOTT, LARRY, 1095 DICUS MILL ROAD, MILLERSVILLE, MD 21108

10925    SCOTT, LAURA, 1901 WILDERNESS TR, GRAND PRAIRIE, TX 75051

10925    SCOTT, LAURETTA, 732 HEATHROW AVE, LADY LAKE, FL 32159

10925    SCOTT, LINDA, 1600 WEYLAND DR, FORTH WORTH, TX 76180

10925    SCOTT, LINDA, ROUTE 4 BOX 389-A, SAPULPA, OK 74066-9237

10925    SCOTT, LYNDA, 641 SLOOP POINTE LANE, KURE BEACH, NC 28449

10925    SCOTT, MADELINE, 4908 D. COTTON, HUNTSVILLE, AL 35816

10925    SCOTT, MAE, 5834 GRAND DR, BATON ROUGE, LA 70812

10925    SCOTT, MARGARET, 916 SILVERSTONE DR, LEWISVILLE, TX 75067

10925    SCOTT, MARIA, 6405 W AIRE LIBRE, GLENDALE, AZ 85306

10925    SCOTT, MATTHEW, 1011 RIVER RD #4-D, AUGUSTA, GA 30909

10925    SCOTT, MICHAEL A, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925    SCOTT, MICHAEL, 4406 MILLVIEW CT., 2C, INDIANAPOLIS, IN 46226

10925    SCOTT, MICHAEL, 55B WADSWORTH AVE, WALTHAM, MA 02154

10925    SCOTT, MICHAEL, 705 S SHIELDS, FORT COLLINS, CO 80521

10925    SCOTT, MICHAEL, 8 RIDGECREST CIRCLE, POMONA, CA 91766

10925    SCOTT, MICHAEL, 8225 NORTH PORT ROAD, MILLERSVILLE, MD 21108

10925    SCOTT, MICHAEL, 882 GREEN OAK TERR, MACON, GA 31210

10925    SCOTT, MICHAEL, PO BOX 15, BONFIELD, IL 60913

10925    SCOTT, MICHEAL, 606 LEONARD HALL AMERICAN UNIV, WASHINGTON, DC 20016

10925    SCOTT, MICHELLE C, 224 FULLER ST, HUEYTOWN, AL 35023

10925    SCOTT, MICHELLE, 224 FULLER ST, HUEYTOWN, AL 35023

10925    SCOTT, MILFORD, 2915 GEN MITCHELL ST, LAKE CHARLES, LA 70601

10925    SCOTT, MITCHELL, 9006 KETCHOOD, HOUSTON, TX 77099

10925    SCOTT, MR, BOX 17888, RICHMOND, VA 23226-7888

10925    SCOTT, NICOLE, 2915 GENERAL MITCHELL, LAKE CHARLES, LA 70615

10925    SCOTT, NILES, 187 DAIRY ROAD, AUBURNDALE, FL 33823

10925    SCOTT, NORMA, 305 WOODWAY DRIVE, GREER, SC 29651

10925    SCOTT, PAMELA, 6143 HEMLOCK, MERRIAM, KS 66202

10925    SCOTT, PATRICIA A, 1048 VUELTA OLIVOS, FREMONT, CA 94539

10925    SCOTT, PATRICIA, 138 SEDGEFIELD CIR, WINTER PARK, FL 32792

10925    SCOTT, PATRICIA, 218 BRADLEY DRIVE, MONTGOMERY, AL 36109

10925    SCOTT, PATRICIA, 913 16TH ST, GALVESTON, TX 77550

10925    SCOTT, PATRICIA, 9225 CRESTVIEW DR, BENBROOK, TX 76126

10925    SCOTT, PAUL J, 5603 CHEMICAL ROAD, BALTIMORE, MD 21226

10925    SCOTT, PAUL, 110-19 N BLVD, CORONA, NY 11368

10925    SCOTT, PAUL, 304 MARIE AVE, GLEN BURNIE, MD 21060

10925    SCOTT, PETER, 33 FALES AVE, BARRINGTON, RI 02806

10925    SCOTT, RAUL, 1631 GILA, HOBBS, NM 88240

10925    SCOTT, RICHARD, 10711 TWP RD 268, MILLERSBURG, OH 44654

10925    SCOTT, RICKY, 100 SHEMWOOD LANE, 35D, GREENVILLE, SC 29605

10925    SCOTT, ROBERT, 11356 CHERRYHILL RD CONDO. #102, BELTSVILLE, MD 20705

10925    SCOTT, ROBERT, 1168 JAY ST, CAMARILLO, CA 93010

10925    SCOTT, ROBERT, 2000 BRIGHTSIDE, BATON ROUGE, LA 70820

10925    SCOTT, ROBERT, 2808 RWS RANCH RD., DAVENPORT, FL 33837-8863

10925    SCOTT, ROBERT, 808 E. 19TH, OAK GROVE, MO 64075

10925    SCOTT, ROBERT, 820 S NOBLE PO BOX 104, CUSHING, OK 74023-0104

10925    SCOTT, RONALD, 4819 BESSIE, ST LOUIS, MO 63115

10925    SCOTT, ROSA, 811 CLARERIDGE LANE, CENTERVILLE, OH 45458

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SCOTT, RUSSELL, 209 MAGNOLIA BLOSSOM CT, YUKON, OK 73099 | |
| 10925 | SCOTT, SAMUEL L, 123 DEERCREEK BLVD #208, DEERFIELD BEACH, FL 33442 | |
| 10925 | SCOTT, SAMUEL, 21718 CLUB VILLA TERR, BOCA RATON, FL 33433 | |
| 10925 | SCOTT, SAMUEL, 222 GOLDENWOOD, SLIDELL, LA 70461 | |
| 10925 | SCOTT, SANDRA, 2134 WALDO ST, SIMI VALLEY, CA 93065 | |
| 10925 | SCOTT, SANDRA, 681 FLINT RIVER, JONESBORO, GA 30236 | |
| 10925 | SCOTT, SHAWN, 7039 EDGEMOOR DR, HOUSTON, TX 77074 | |
| 10925 | SCOTT, SHERI, 23-53 99TH ST, E. ELMHURST, NY 11369 | |
| 10925 | SCOTT, SHERI, 249 S WORCESTER ST, NORTON, MA 02766 | |
| 10925 | SCOTT, SHIRLEE, 2041 FEDERAL ST, PHILADELPHIA, PA 19146-2229 | |
| 10925 | SCOTT, SHIRLEY, 3162 HWY 48, ROANOKE RAPIDS, NC 27870 | |
| 10925 | SCOTT, SHON, W.T. BOX 2476, CANYON, TX 79016 | |
| 10925 | SCOTT, SHONNA, 604 JONES DRIVE, PRINCETON, NJ 08540 | |
| 10925 | SCOTT, SILAS, 169 MAPLE ST, WINTER HAVEN, FL 33880-9998 | |
| 10925 | SCOTT, STAR, 414 PAYNTER ST, MILTON, DE 19968 | |
| 10925 | SCOTT, STEVE, 720 GARDEN ST APT 6, ELIZABETH, NJ 07202 | |
| 10925 | SCOTT, SUSAN, 10814 WHITAKER WOODSROAD, RICHMOND, VA 23233 | |
| 10925 | SCOTT, TERRI, 730 OAKCREST, CASPER, WY 82601 | |
| 10925 | SCOTT, TODD H, 1633 WAGAR AVE., LAKEWOOD, OH 44107 | |
| 10925 | SCOTT, TODD, 1633 WAGAR ST, LAKEWOOD, OH 44107 | |
| 10925 | SCOTT, TONYA, HCR 75 BOX 48, COLEMAN, TX 76834 | |
| 10925 | SCOTT, TRACIE, 110 INGLESIDE DR, JONESBORO, GA 30236 | |
| 10925 | SCOTT, TRACY, 247 LAKESHORE DRIVE, IVEY, GA 31031 | |
| 10925 | SCOTT, TRICIA, 100 TUDOR LANE, ANGYLE, TX 76226 | |
| 10925 | SCOTT, UNDRIA, 3030 ARIZONA APT #127, DALLAS, TX 75216 | |
| 10925 | SCOTT, VALERIE, PO BOX 35223, CHARLOTTE, NC 28235 | |
| 10925 | SCOTT, VANCE, ROUTE 3, BOX 57-D, IONA, MN 56141 | |
| 10925 | SCOTT, VIRGINIA, 14510 SMITHWOOD DR, CENTREVILLE, VA 22020 | |
| 10925 | SCOTT, WANDA, 36 SWIGART ST., BARBERTON, OH 44203 | |
| 10925 | SCOTT, WANDA, 7900 OLD MADISON PIKE # 14008, MADISON, AL 35758 | |
| 10925 | SCOTT, WAYNE, 5940 HEARNE, CINCINNATI, OH 45248 | |
| 10925 | SCOTT, WILKINS, 1665 FOREST PARK AVE, BALTIMORE, MD 21207 | |
| 10925 | SCOTT, WILLARD, 6304 FORESTWOOD DR. E., LAKELAND, FL 33811 | |
| 10925 | SCOTT, WILLIAM, PO BOX 6954, GREENVILLE, SC 29606 | |
| 10925 | SCOTT, YVONNE, 2009 FRONT ST, GEORGETOWN, SC 29440 | |
| 10925 | SCOTT,DOUGLASS,& MCCONNICO, LLP, 600 CONGRESS AVE 15TH FL, AUSTIN, TX 78701-3234 | |
| 10925 | SCOTT/HEAD & GUILD, PO BOX 1808, BAYTOWN, TX 77522-1808 | |
| 10925 | SCOTTI JR, GEORGE J, 2 STARK CIRCLE, PEABODY, MA 01960 | |
| 10925 | SCOTTI, -JR., 2 STARK CIRCLE, PEABODY, MA 01960 | |
| 10925 | SCOTTISH INVESTMENTS, 1530 PATHWAY DR, CARRABORO, NC 27510-4100 | |
| 10925 | SCOTT-MEANS, GERALDINE, 133 WOOD CREEK COURT, MAULDIN, SC 29662 | |
| 10924 | SCOTTS  HYPONEX CORPORATION, 1411 SCOTTS LAWN ROAD, MARYSVILLE, OH 43040 | |
| 10925 | SCOTTS CO, CRAIG D WALLEY, 14111 SCOTTSLAWN, MARYSVILLE, OH 43041 | |
| 10925 | SCOTTS CO, THE, PO BOX 967, TRAVELERS REST, SC 29690 | |
| 10924 | SCOTTS CO., THE, 20 INDUSTRIAL PARK ROAD, LEBANON, CT 06249 | |
| 10924 | SCOTTS CO., THE, 944 NEWARK ROAD, AVONDALE, PA 19311 | |
| 10925 | SCOTTS CO/HYPONEX, HOPE INDUSTRIAL PARK, 3713 HIGHWAY 32 N, HOPE, AR 71801-8896 | |
| 10924 | SCOTT'S COMPANY, 1001 YOSEMITE DR., MILPITAS, CA 95035 | |
| 10924 | SCOTTS COMPANY, 14111 SCOTTSLAWN RD, MARYSVILLE, OH 43041 | |
| 10924 | SCOTTS COMPANY, THE, 1284 STATE HWY. 75 NORTH, HUNTSVILLE, TX 77340 | |
| 10924 | SCOTTS COMPANY, THE, 3713  HWY 32 NORTH, HOPE, AR 71801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   SCOTTS HYPONEX PLANT, 23390 E. FLOOD RD., LINDEN, CA 95236

10924   SCOTTS HYPONEX, 10638 MT. MORIAH RD., VANCE, AL 35490

10924   SCOTTS HYPONEX, 535 W. MAIN, MOLALLA, OR 97038

10924   SCOTTS LIQUID GOLD, 4880 HAVANA, DENVER, CO 80204

10924   SCOTTS SIERRA  -T.R., PO BOX967, TRAVELERS REST, SC 29690

10924   SCOTTS SIERRA, PO BOX 967, TRAVELERS REST, SC 29690

10924   SCOTTSBORO CONCRETE, (GUNTERSVILLE CONCRETE), SCOTTSBORO, AL 35768

10924   SCOTTSDALE CIVIC CENTER, SMITH AND GREEN, SCOTTSDALE, AZ 85260

10924   SCOTTSDALE COMMUNITY CENTER, SCOTTSDALE, AZ 85250

10924   SCOTTSDALE HOSPITAL, SCOTTSDALE, AZ 85254

10924   SCOTTSDALE MEDICAL CENTER, SCOTTSDALE, AZ 85250

10924   SCOTTSDALE MEMORIAL HOSPITAL, 7400 E. OSBORN ROAD, SCOTTSDALE, AZ 85251

10924   SCOTTSDALE MEMORIAL NORTH, SCOTTSDALE, AZ 85254

10925   SCOTTSDALE PLAZA RESORT, THE, 7200 N SCOTTSDALE RD, SCOTTSDALE, AZ 85253

10925   SCOTTSDALE TOOL & SUPPLY INC, 4900 E JEFFERSON NE, ALBUQUERQUE, NM 87109

10925   SCOTTSDALE TOOL & SUPPLY, 1170 COMMERCE DRIVE, RICHARDSON, TX 75081

10925   SCOTTSDALE TOOL & SUPPLY, 5202 S 39TH ST E, PHOENIX, AZ 85040

10925   SCOVEL, CONNARD, 132 SUMMIT COURT, NICEVILLE, FL 32578-9761

10925   SCOVIL, HARRY, 3522 W 79TH PLACE, CHICAGO, IL 60652

10925   SCOVILLE, MARIE, 2022 WAYCROSS RD, FREMONT, CA 94539

10925   SCOVILLE, SHAWN, 15 ROWENA ST, DORCHESTER, MA 02124

10925   SCP/CARLSTADT DEMINIMIS TRUST, 4 ALBANY ST , 4TH FL, NEW YORK, NY 10006

10924   SCRANTON THRUWAY BUILDERS SUPPLY, 3360 WALDEN AVENUE, DEPEW, NY 14043

10925   SCRANTON, SHERI, 1260 CHARLES, LIBERAL, KS 67901-4321

10924   SCRANTONS THRUWAY BLDG, 3360 WALDEN AVE, DEPEW, NY 14043

10925   SCRAY, DEBORAH, 4188 WILLOW BROOK RD, DEPERE, WI 54115

10925   SCRAY, ELIZABETH, 274 DES PLAINE RD, DE PERE, WI 54115

10925   SCREENPRINT INC, FRANK SULLIVAN, 271 BALLARDVALE ST, WILMINGTON, MA 01887

10925   SCREENPRINTING & GRAPHIC IMAGING AS, 10015 MAIN ST, FAIRFAX, VA 22031-3489

10925   SCREVEN, DANIELLE, 1227 E. FRONT ST, PLAINFIELD, NJ 07060

10925   SCREW CONVEYOR CORP., 700 HOFFMAN ST, HAMMOND, IN 46327

10925   SCREWS, WOODY, 4940 RALSTON ROAD, LAKELAND, FL 33811-1723

10925   SCRIBNER ASSOCIATES, 150 E. CONNECTICUT AVE, SOUTHERN PINES, NC 28387

10925   SCRIBNER, MARILYN, 81 GLOUCESTER ST, ARLINGTON, MA 02174

10925   SCRIBNER, STEPHEN, 81 GLOUCESTER ST, ARLINGTON, MA 02174

10924   SCRIPPS POWAY PRKWY WILDLIFE TUNNEL, POWAY, CA 92064

10924   SCRIPTO-TOKAI, 11591 ETIWANDA AVENUE, FONTANA, CA 92337

10925   SCRITCHFIELD, BERTON, PO BOX 2126, MEEKER, CO 81641

10925   SCRITCHFIELD, DOROTHY, 318 WENDOVER AVE, LOUISVILLE, KY 40207

10925   SCRIVEN, ANTOINETTE, 8617 N 67TH LANE, PEORIA, AZ 85345

10925   SCRIVEN, RACHEL, 7135 NATURES ROAD, COLUMBIA, MD 21046

10925   SCROGGINS, JACKIE, 342 HUNTSBRIDGE RD, EASLEY, SC 29640

10925   SCROGGINS, KATHRYN, 327 NORTH WEST AVE., KANKAKEE, IL 60901

10925   SCROGGINS, LINDA, 342 HUNTS BRIDGE RD, EASLEY, SC 29640

10925   SCROGGS, EDWARD, PO BOX 798, PELZER, SC 29669

10925   SCROGGS, JOHN, 29 RIVER ST, PELZER, SC 29669

10925   SCROGUM, FLOYAL, RT 1 BOX 64, BOWIE, TX 76230

10925   SCROPPO, LINDA, 9417 110TH ST NORTH, SEMINOLE, FL 34642

10925   SCROYER, ANGELA, 31 CAMILLIA DR, OFALLON, MO 63366

10924   SCRUGGS CONCRETE & BLOCK, 807 RIVER ST, VALDOSTA, GA 31601

10924   SCRUGGS CONCRETE, BARRETTS PLANT, 1/4 MILE NEW BETHEL ROAD, HAHIRA, GA 31632

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SCRUGGS II, JAMES, 402 KIMBALL DRIVE, MARION, SC 29571

10925    SCRUGGS MILLETTE BOZEMAN DENT, 734 DELMAS AVE, PO BOX 1425, PASCAGOULA, MS 39568-1425

10925    SCRUGGS, B, 137 HIGHLAND HILLS DRIVE, CAMPOBELLO, SC 29322

10925    SCRUGGS, BILLY, 40 HENDERSON ST, INMAN, SC 29349-1829

10925    SCRUGGS, CHARLES, 40219 COLFAX RD., MAGNOLIA, TX 77354

10925    SCRUGGS, DAVID, 3111 NE KINGSBRIAR CIRCLE, LAWTON, OK 73507-1916

10925    SCRUGGS, EDGAR, 9737 MT PISGAH ROAD, 1210, SILVER SPRING, MD 20903

10925    SCRUGGS, JAMES, 325 N TANGLEWYLDE DR, SPARTANBURG, SC 29301

10925    SCRUGGS, JONATHAN, PO BOX 82, SENECA, SC 29679

10925    SCRUGGS, RICHARD F, PODRAWER 1425, PASCAGOULA,, MS 39568-1425

10925    SCRUGGS, RICHARD H, 430 EDGEWATER ROAD, PASADENA, MD 21122

10925    SCRUGGS, RICHARD, 430 EDGEWATER ROAD, PASADENA, MD 21122

10925    SCRUGGS, RUTH ANN, 710 N LINWOOD AVE, INDIANAPOLIS, IN 46201

10925    SCUDDER, PHILMORE, 5621 FLEETWING DR, LEVITTOWN,, PA 19057

10925    SCUFFLETOWN ROAD LANDFILL, STATE ROAD 705, LAURENS COUNTY, SIMPSONVILLE, SC

10924    SCUILLO INTERIORS, 2720 IMMANUAL ROAD, GREENSBORO, NC 27420

10924    SCUILLO INTERIORS, C/O GRACE HOSPITAL, MORGANTON, NC 28655

10924    SCUILLO INTERIORS, CAMBRIDGE, MA 99999

10924    SCUILLO INTERPRISES, 2720 IMMANUAL ROAD, GREENSBORO, NC 27420

10925    SCULLAWL, LEORA, 19255 HWY 18 #7, APPLE VALLEY, CA 92307

10925    SCULLY, EDWARD, 11 MALVERN ST, MELROSE, MA 02176

10925    SCULLY, KATHLEEN, 5 LITTLE OAK RD, NEW BEDFORD MA, MA 02745

10925    SCULTHORPE, PAMELA, 208 SUNSHINE DR, FESTUS, MO 63028

10924    SCURLOCK INDUSTRIES, 3401 W. COMMERCIAL, SPRINGFIELD, MO 65803

10924    SCURLOCK INDUSTRIES, 3725 S. MCCOLLUM AVENUE, FAYETTEVILLE, AR 72701

10924    SCURLOCK INDUSTRIES, 3725 SO. MC COLLUM AVE, FAYETTEVILLE, AR 72702

10924    SCURLOCK INDUSTRIES, PO BOX1078, SPRINGFIELD, MO 65801

10925    SCURRAH, JAMES, 6 BEAUSITE DRIVE, NASHUA, NH 03060

10925    SCURRY, BRYON, 1130 E. GEORGIA RD APT B, WOODRUFF, SC 29388

10925    SCURRY, CLEVELAND, 207 RAILROAD ST, ENOREE, SC 29335

10925    SCURRY, DERRICK, 100 THEO CIRCLE APT 33, WOODRUFF, SC 29388

10925    SCURRY, HASSIE, PO BOX 714, MAULDIN, SC 29662

10925    SCURRY, JUDITH, 1512 KING SREET, COLUMBIA, SC 29205

10925    SCUTELLA, PATRICK, PO BOX 681156, SCHAUMBURG, IL 60168-1156

10925    SCZESNY, JOHN, 6030 DAVIS RD, FT WORTH, TX 76140

10924    SD DECON, PO BOX 25392, PORTLAND, OR 97225

10925    SD MODULAR DISPLAYS INC, 1140 W SUNRISE BLVD, FORT LAUDERDALE, FL 33311

10925    SDA, 475 PARK AVE. S, NEW YORK, NY 10016

10925    SDI, 2415 GARDENER ROAD, BROADVIEW, IL 61008

10925    SDI, 2415 GARDNER ROAD, BROADVIEW, IL 60155

10924    SDI, 401 JUNIATE STREET, ALTOONA, PA 16601

10924    SDP STEEL DIVISION PROCUREMENT, INC, 14505 COMMERCE WAY SUITE #700, MIAMI LAKES, FL 33016

10924    SE GA REGIONAL, 2401 PARKWOOD DR, BRUNSWICK, GA 31520

10924    SEA COAST SUPPLY, 211 S.W. 33RD AVE, OCALA, FL 32674

10924    SEA COAST, 4811 DYER BLVD., WEST PALM BEACH, FL 33407

10925    SEA CONSULTANTS INC., 485 MASSACHUSETTS AVE., CAMBRIDGE, MA 02139-4018

10924    SEA CREST DEVELOPMENT CORP, 157 ALBANY AVE, FREEPORT, NY 11520

10925    SEA DOO WEST, 1190 N. KRAMER ST, SAN DIEGO, CA 92186

10925    SEA INC., 6980 SIERRA CENTER PKWY, RENO, NV 89511-2209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SEA ISLAND COMPANY, POST OFFICE BOX 861, SEA ISLAND, GA 31561 | |
| 10924 | SEA LION CHEMICAL, 5700 JOHNNY PALMER ROAD, TEXAS CITY, TX 77590 | |
| 10924 | SEA LION CHEMICAL, PO BOX 631, TEXAS CITY, TX 77592 | |
| 10925 | SEA STAR AGENCY INC, PO BOX 195461, SAN JUAN, PR 00919-5461 | |
| 10924 | SEA SYSTEMS INC, PO BOX 8379, WARD HILL, MA 01835 | |
| 10924 | SEA SYSTEMS INC., 187 WARD HILL AVE., HAVERHILL, MA 01835 | |
| 10924 | SEA SYSTEMS INC., P O BOX 8379, HAVERHILL, MA 01835 | |
| 10925 | SEA SYSTEMS LIMITED, 70 BROOKFIELD ROAD, ST JOHNS, NL A1C 5N8CANADA | *VIA Deutsche Post* |
| 10925 | SEA TAC DISPOSAL, PO BOX 78829, PHOENIX, AZ 85062-8829 | |
| 10925 | SEA WAY SYSTEMS, INC, WAREHOUSE #4, 690 BARRACKS ST, PENSACOLA, FL 32501 | |
| 10925 | SEAA, PO BOX 210219, COLUMBIA, SC 29221 | |
| 10925 | SEABEAM INSTRUMENTS, 141 WASHINGTON ST, EAST WALPOLE, MA 02032 | |
| 10924 | SEABER & AIKEN INC., 1100 MARLBORO STREET, COLUMBIA, SC 29201 | |
| 10924 | SEABER & AIKEN, 1100 MARLBORO ST, COLUMBIA, SC 29201 | |
| 10924 | SEABER & AIKEN, P.O. BOX 3157, COLUMBIA, SC 29230 | |
| 10924 | SEABER AIKEN, P O BOX 3157, COLUMBIA, SC 29230 | |
| 10925 | SEABERRY, RUTH, 9717 LEA SHORE COURT, FORT WORTH, TX 76179 | |
| 10924 | SEABOARD ASPHALT PRODUCTS COMPANY, 3601 FAIRFIELD ROAD, CURTIS BAY, MD 21226 | |
| 10925 | SEABOARD ASPHALT, 3601 FAIRFIELD ROAD, BALTIMORE, MD 21226 | |
| 10925 | SEABOARD BINDERY INC, 10 LINSCOTT ROAD, WOBURN, MA 01801 | |
| 10924 | SEABOARD CONCRETE PROD., 5000 CASTLEWOOD RD., RICHMOND, VA 23224 | |
| 10924 | SEABOARD CONCRETE PRODUCT, P O BOX 24001, RICHMOND, VA 23224 | |
| 10925 | SEABOARD GROUP II, PO BOX 310, MOUNT VERNON, NH 03057-0310 | |
| 10924 | SEABOARD SALES CORP., 881 MARKET STREET, PATERSON, NJ 07513 | |
| 10925 | SEABORN, J, 875 DOE RUN RD, MARION, AL 36759 | |
| 10924 | SEABREEZE SALES, INC, 2170 WEST HIGHWAY 520, COCOA, FL 32926 | |
| 10924 | SEABROOK VILLAGE BLDG 1.4, 3000 ESSEX ROAD, NEPTUNE, NJ 07753 | |
| 10925 | SEABROOK WALLCOVERINGS, 2200 N GERMANTOWN PKWY, CORDOVA, TN 38018 | |
| 10925 | SEABROOK, ARDECE, 501 SUNNYBROOK DRIVE, DE FOREST, WI 53201 | |
| 10925 | SEABROOK, RUFUS, 24-14 97TH ST, EAST ELMHURST, NY 11368 | |
| 10925 | SEABURG, DONNA, 83 WEST ST, MEDFORD MA, MA 02155 | |
| 10925 | SEABURY & SMITH INC, POBOX 11485, NEW YORK, NY 10286-1485 | |
| 10925 | SEABURY & SMITH, TWO WORLD TRADE CENTER - 49TH FL, NEW YORK, NY 10048 | |
| 10925 | SEABURY AND SMITH INC, 1166 AVE OF AMERICAS, NEW YORK, NY 10036 | |
| 10925 | SEABURY, MARY, 7 HARBOR ST, NEWBURYPORT, MA 01950 | |
| 10925 | SEACHRIST, LEONARD, 8031 CORNING ROAD, ZIONSVILLE, PA 18092 | |
| 10924 | SEACOAST MANUFACTURED STONE, LLC, 139A LAFAYETTE RAOD, SEABROOK, NH 03874 | |
| 10924 | SEACOAST MANUFACTURED STONE, LLC, P.O. BOX 1775, SEABROOK, NH 03874 | |
| 10924 | SEACOAST MASONRY SUPPLY, 60 MINNESOTA AVE., WARWICK, RI 02888 | |
| 10924 | SEACOAST REDIMIX CONCRETE, LLC, MAST ROAD, DOVER, NH 03820 | |
| 10924 | SEACOAST REDIMIX CONCRETE, LLC, P. O. BOX 480, WINNISQUAM, NH 03289 | |
| 10924 | SEACOAST SUPPLY, 101 S. PACE BLVD., PENSACOLA, FL 32501 | |
| 10924 | SEACOAST SUPPLY, 101 SOUTH PACE BLVD, PENSACOLA, FL 32501 | |
| 10924 | SEACOAST SUPPLY, 1435 SW 15TH AVENUE, OCALA, FL 34474 | |
| 10924 | SEACOAST SUPPLY, 147 NORBURG AVE., VALPARAISO, FL 32580 | |
| 10924 | SEACOAST SUPPLY, 147 NORDBERG AVE, VALPARAISO, FL 32580 | |
| 10924 | SEACOAST SUPPLY, 2912 WAREHOUSE ROAD, FORT MYERS, FL 33916 | |
| 10924 | SEACOAST SUPPLY, 3301 SO WEST 13 DR #D, DEERFIELD BEACH, FL 33442 | |
| 10924 | SEACOAST SUPPLY, 456-C LPJA BLVD., HOLLY HILL, FL 32117 | |
| 10924 | SEACOAST SUPPLY, 6560 TAYLOR ROAD, NAPLES, FL 33942 | |
| 10924 | SEACOAST, 86 SO DIXIE HWY, SAINT AUGUSTINE, FL 32084 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SEACOAST, SAINT AUGUSTINE, FL 32084 | |
| 10925 | SEAFIRST BANK TR, IRA, FBO JANICE CLAYTON 07 08 99, 802 S 209TH ST, DES MOINES, WA 98198-3274 | |
| 10924 | SEAFORD HOSPITAL, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | SEAGAL, MIRIAM, 26733 OAK GARDEN COURT, NEWHALL, CA 91321 | |
| 10925 | SEAGATE SOFTWARE, 1095 W PENDER ST, 4TH FL, VANCOUVER, BC V6E 2M6CANADA | *VIA Deutsche Post* |
| 10925 | SEAGATE TECHNOLOGY, 920 DISC DR, SCOTTS VALLEY, CA 95067-4444 | |
| 10924 | SEAGATE, ATTN: RON PALUMBO, 10TH ST. & SMALLMAN ST. (LEFT SIDE), PITTSBURGH, PA 15219 | |
| 10925 | SEAGLE, STEFANIE, 3041 HAMPTON RIDGE W, SNELLVILLE, GA 30278 | |
| 10924 | SEAGRAVE COATINGS, 320 PATERSON PLANK ROAD, CARLSTADT, NJ 07072 | |
| 10925 | SEAGRAVES, BESSIE, 7496 HWY 334, NICHOLSON, GA 30565-9721 | |
| 10925 | SEAGRAVES, CHRISTOPHER, 931 MEENACH DR, ASHLAND, KY 41102 | |
| 10925 | SEAGRAVES, LAURA, 0838 WILD TURKEY TR, MONROE, GA 30655 | |
| 10925 | SEAGRAVES, LEONA, RT 1 BOX 1020, OLIVE HILL, KY 41164 | |
| 10925 | SEAGRAVES, NOLA, 1223 WATERWORKS RD, COMMERCE, GA 30529 | |
| 10925 | SEAGRAVES, T CLINT, 519 KNOX CHAPEL RD, SOCIAL CIRCLE, GA 30279 | |
| 10925 | SEAGRAVES, TERRI, RT 2 BOX 3627, NICHOLSON, GA 30565 | |
| 10925 | SEAGRAVES, TROY, 519 KNOX CHAPEL RD, SOCIAL CIRCLE, GA 30025 | |
| 10925 | SEAGREST & SEAGREST, 28015 W. HWY 84, MCGREGOR, TX 76657 | |
| 10925 | SEAHAWK MANAGEMENT INC., 1013 CENTRE RD., WILMINGTON, DE 19805 | |
| 10924 | SEA-JET TRUCKING, 8 FRANKLIN STREET, BLOOMFIELD, NJ 07003 | |
| 10925 | SEAL COMPANIES, THE, ATTN MR DENGLER, 170 BROADWAY RM 610, NEW YORK, NY 10038-4461 | |
| 10925 | SEAL PRO TECHNOLOGY GROUP, 7205 BIRCHETT DR., PRINCE GEORGE, VA 23875 | |
| 10925 | SEAL TEC, 4702 ECTON DR SUITE A, MARIETTA, GA 30066 | |
| 10925 | SEAL TEC, 4702 ECTON DR. SUITE A, MARIETTA, GA 30066 | |
| 10925 | SEAL TECH ASSOCIATES, 3 PERIMETER ROAD, MANCHESTER, NH 03103 | |
| 10925 | SEAL, EDNA, 85 COUNTY ROAD 59 BOX 27, POTSDAM, NY 13676 | |
| 10925 | SEAL, HERMAN, 101 MEADOWVIEW DR APT A1, CLARKSBURG Y, WV 26361 | |
| 10925 | SEAL, LINDA, 1411 KNOWLING LOOP, TALBOTT, TN 37877 | |
| 10925 | SEA-LAND SERVICE INC, 1515 E BARBOURS CUT BLVD, LA PORTE, TX 77571 | |
| 10925 | SEA-LAND SERVICE, INC, PO BOX 730045, DALLAS, TX 75373-0045 | |
| 10925 | SEALAND TERMINAL, 919 E BARBOURS CUT BLVD, LA PORTE, TX 77571-3034 | |
| 10925 | SEALANT WATERPROOFING & RESTORATION, 14 W 3RD ST, #200, KANSAS CITY, MO 64105-1297 | |
| 10925 | SEALANT WATERPROOFING &, 3101 BROADWAY SUITE 585, KANSAS CITY, MO 64111 | |
| 10924 | SEALANTS INC., 4001 S. FEDERAL BLVD., ENGLEWOOD, CO 80110 | |
| 10924 | SEALANTS, INC., 4001 SOUTH FEDERAL BLVD., ENGLEWOOD, CO 80110 | |
| 10925 | SEALCO INC, 483 W FULLERTON AVE, ELMHURST, IL 60126 | |
| 10925 | SEALCO, INC, 483 W. FULLERTON AVE, ELMHURST, IL 60126 | |
| 10925 | SEALED AIR CORP (US), POST OFFICE BOX 464, DUNCAN, SC 29334-0464 | |
| 10925 | SEALED AIR CORP., PARK 80 EAST, SADDLEBROOK, NJ 07663 | |
| 10925 | SEALED AIR CORPORATION, PARK 80 EAST, SADDLE BROOK, NJ 07663 | |
| 10924 | SEALED AIR CORPORATION, PARK 80 EAST, SADDLE BROOK, NJ 07663 | |
| 10925 | SEALED AIR CORPORATION, PO BOX 464, DUNCAN, SC 29334 | |
| 10925 | SEALED AIR PRODUCTS, PO BOX 464, DUNCAN, SC 29334-0464 | |
| 10925 | SEALED AIR, PO BOX 464, DUNCAN, SC 29334-0464 | |
| 10925 | SEALED AIR, POBOX 464, DUNCAN, SC 29334-0464 | |
| 10925 | SEALED INSUL.GLASS MFGRS.ASSN., PO BOX 809136, CHICAGO, IL 60680 | |
| 10925 | SEALING DEVICES, 4400 WALDEN AVE, ANDOVER, NY 14806 | |
| 10925 | SEALING SPECIALIST, 1310 WEST MAIN, LA PORTE, TX 77571 | |
| 10925 | SEALING SPECIALISTS INC, 435 SHEPARD DRIVE, ELGIN, IL 60123 | |
| 10925 | SEALING SPECIALISTS, INC, 703 SOUTH CARTWRIGHT ST., GOODLETTSVILLE, TN 37072 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SEALING SPECIALISTS, INC, PO BOX 775277, SAINT LOUIS, MO 63177-5277

10924   SEAL-R CONT, PORTLAND, OR 97200

10925   SEALS SR, KENNETH, 4212 OLD LYNE ROAD, VIRGINIA BEACH, VA 23456

10925   SEALS, HELEN, 2021 N ELMWOOD CIRCLE #247B, WICHITA FALLS, TX 76308

10925   SEALS, JANET, 406 VICTOR VILLA WAY, JEFFERSON CITY, TN 37760

10925   SEALS, -JR.-, 2414 MIDMONT, MISSOURI CITY, TX 77489

10925   SEALS, ORVILLE, 3504 BOYD ROAD, VIRGINIA BEACH, VA 23452

10925   SEALS, PAMELA, 1103 23RD ST. NO APT I-7, PELL CITY, AL 35126

10925   SEALS, RICKEY, 3405 WRIGHT AVE, SPENCER, OK 73084

10925   SEALS, TOMMY, 5206 ALLEGHENY, WICHITA FALLS, TX 76310

10924   SEALTITE APPLICATORS INC, PO BOX 1287, COCKEYSVILLE, MD 21030

10924   SEALTITE APPLICATORS, CAMBRIDGE, MA 02140

10925   SEALY MORRIS, 27 W RIVERCREST, HOUSTON, TX 77042-2126

10925   SEALY, LETHA, 506 NORTH POLLARD ST, ARLINGTON, VA 22203

10924   SEAMAGINE HYDROSPACE CORP, 1420 NO. CLAREMONT BLVD #111A, CLAREMONT, CA 91711

10924   SEAMAGINE HYDROSPACE CORP, 1420 NORTH CLAREMONT BLVD STE 111-A, CLAREMONT, CA 91711

10924   SEAMAN PAPER CO., 51 MAIN STREET, BALDWINVILLE, MA 01436

10924   SEAMANS ELECTRIC SUPPLY(AD), 305 MASSABESIC ST., MANCHESTER, NH 03103

10925   SEAMANS, BEVERLY, 966 BELGRAVE AVE, RENO, NV 89502

10925   SEAMANS, WILLIAM, 966 BELGRAVE AVE, RENO, NV 89502-2659

10925   SEAMON, VICTORIA, 752 1/2 AGATE ST, SAN DIEGO, CA 92109

10925   SEAMONDS & CO., 447 OLD BOSTON ROAD,SUITE 5, TOPSFIELD, MA 01983

10925   SEAN E DEMPSEY, ONE TOWN CTR RD, BOCA RATON, FL 33486

10925   SEAN GANO, PO BOX 2585, HOUSTON, TX 77252

10925   SEAOT, 9901 BROADWAY SUITE 113, SAN ANTONIO, TX 78217

10924   SEAPORT ACCESS TUNNEL, MODERN CONTINENTAL, SUMMER STREET, BOSTON, MA 02110

10925   SEAPORT HOTEL, 164 NORTHERN AVE SUITE 304, BOSTON, MA 02210

10925   SEAPORT HOTEL, ONE SEAPORT LANE, BOSTON, MA 02210

10925   SEARCH CONNECTION, 10490 LITTLE PATUXENT PKWY STE 500, COLUMBIA, MD 21044

10925   SEARCH ENTERPRISES INC, 1737 S NAPERVILLE RD SUITE 203, WHEATON, IL 60187

10925   SEARCY, HARRY, RT 5, BOX 700, #1, KILGORE, TX 75662

10925   SEARCY, HOMER, 260 SIMMONS ROAD, DOUBLE OAK, TX 75077

10925   SEARCY, JENNY, PO BOX 394, STARKE, FL 32091

10925   SEARCY, RONALD, 6614 DAVID ST, WICHITA FALLS, TX 76310

10925   SEARCY, SHELLY, 2852 PIEDMONT RD, ATLANTA, GA 30305

10925   SEARCY, THOMAS, 704 MATTHEWS AVE, BALTIMORE, MD 21225

10924   SEARLE RESEARCH & DEVELOPMENT, 4901 SEARLE PARKWAY, SKOKIE, IL 60077

10924   SEARLE, CORNER OF SEARLE AND SKOKIE AVE., SKOKIE, IL 60077

10924   SEARS @ PIEDMONT MALL, C/O STANDARD INSULATING CO, DANVILLE, VA 24540

10924   SEARS AT BLVD MALL, 1195 NIAGARA FALL BLVD, AMHERST, NY 14226

10924   SEARS AT NORTHRIDGE FASHION CENTER, C/O WESTSIDE BUILDING MATERIALS, NORTHRIDGE, CA 91324

10924   SEARS AUTO CENTER, 6211 LEESBURG PIKE, FALLS CHURCH, VA 22042

10925   SEARS COMMERCIAL CREDIT, 75 REMITTANCE DR., STE. 1674, CHICAGO, IL 60675-1674

10924   SEARS HARDWARE - WILKIN, 118 WEST LAKE STREET, ADDISON, IL 60101

10924   SEARS HEADQUARTERS, 5575 HIGGINS, HOFFMAN ESTATES, IL 60192

10925   SEARS INDUSTRIAL SALES, 300 EAST KEMPER ROAD, CINCINNATI, OH 45246-3299

10925   SEARS INDUSTRIAL SALES, PO BOX 740020, ATLANTA, GA 30374

10925   SEARS JT TEN, ELOIS FAY & CLIFFORD N, 6424 ASHLEY OAKS CT, WEST CHESTER, OH 45069-5107

10925   SEARS NATIONAL BANK, PO BOX 182149, COLUMBUS, OH 43218-2149

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SEARS POWER & HAND TOOLS, PO BOX 740020, ATLANTA, GA 30374 | |
| 10924 | SEARS RETAIL AND AUTO CENTER, ANNING-JOHNSON/SIPLAST, 2200 W. FLORIDA ST., HEMET, CA 92546 | |
| 10924 | SEARS RIVERGATE MALL, 1000 TWO MILE PARKWAY, NASHVILLE, TN 37211-3102 | |
| 10925 | SEARS ROEBUCK & CO, LATHAM & WATKINS STEPHEN A SWEDLOW, 233 SOUTH WACKER, SEARS TOWER SUITE 5800, CHICAGO, IL 60606 | |
| 10925 | SEARS ROEBUCK & CO., 7900 RITCHIE HWY, GLEN BURNIE, MD 21061 | |
| 10925 | SEARS ROEBUCK & COMP, DON LUCINIA, 9501 ARLINGTON EXPY #785, JACKSONVILLE, FL 32225 | |
| 10925 | SEARS ROEBUCK AND CO, 333 BEVERLY ROAD, HOFFMAN ESTATES, IL 60179 | |
| 10925 | SEARS SERVICE CENTER, 8225 CLOVERLEAF DR, MILLERSVILLE, MD 21108 | |
| 10924 | SEARS SOUTHSHORE MALL@@, SUNRISE HIGHWAY, BAY SHORE, NY 11706 | |
| 10924 | SEARS TOWER, WAREHOUSE, 141 EAST 141ST STREET, HAMMOND, IN 46320 | |
| 10925 | SEARS, 12417 REGENCY BLVD, AUGUSTA, GA 30904 | |
| 10924 | SEARS, 2613 PRESTON ROAD, FRISCO, TX 75034 | |
| 10925 | SEARS, 75 REMITTANCE DR, CHICAGO, IL 60675-1674 | |
| 10925 | SEARS, 75 REMITTANCE DR, STE. 1674, CHICAGO, IL 60675-1674 | |
| 10925 | SEARS, 75 REMITTANCE DR.,STE.1674, CHICAGO, IL 60675-1674 | |
| 10925 | SEARS, 75 REMITTANCE DRIVE, STE. 1674, CHICAGO, IL 60675-1674 | |
| 10924 | SEARS, ALL SEASONS, PLEASANTON, CA 94566 | |
| 10925 | SEARS, BRIAN, 801 S DEL MAR/PO BOX 451, SAN GABRIEL, CA 91778 | |
| 10924 | SEARS, EXTON MALL, EXTON, PA 19341 | |
| 10925 | SEARS, JAYMIE, 187 ANTIGUA DR., LAFAYETTE, LA 70503 | |
| 10925 | SEARS, LINDA, 1600 NANETTE COURT, LAKE WORTH, FL 33461 | |
| 10925 | SEARS, MARY, 15 A. MARBLEHEAD AVE, NORTH PROVIDENCE, RI 02904 | |
| 10925 | SEARS, MICHEAL, 609 7TH ST SW, WASHINGTON, DC 20024-2405 | |
| 10924 | SEARS, MORRISTOWN MALL, MORRISTOWN, NJ 07960 | |
| 10925 | SEARS, NORMAN C, 1550 OLIVER RD., CENTERBURG, OH 43011 | |
| 10925 | SEARS, NORMAN, 1550 OLIVER ROAD, CENTERBURG, OH 43011 | |
| 10925 | SEARS, PO BOX 450627, ATLANTA, GA 31145 | |
| 10925 | SEARS, PO BOX 740020, ATLANTA, GA 30374 | |
| 10924 | SEARS, ROEBUCK AND COMPANY, ENTERPRISE ZONE OFFICE, 5407 TRILLIUM BOULEVARD, HOFFMAN ESTATES, IL 60192 | |
| 10925 | SEARS, SOUTHGLEN MALL, LITTLETON, CO 80125 | |
| 10925 | SEARS, THOMAS, 4368 COLUMBIA ROAD, ELLIOTT CITY, MD 21042 | |
| 10924 | SEAS, 2047-C CHARTWELL CENTER DRIVE, CORNELIUS, NC 28031 | |
| 10925 | SEASE, TRACY, 8364 ROSWELL RD, ATLANTA, GA 30350 | |
| 10925 | SEASIDE HEIGHTS IMPROVEMENT &, DEVELOPMENT CO, C/O CLAYTON STERLING, 1801 BLVD, SEASIDE PARK, NJ 08752-1210 | |
| 10924 | SEASIDE SUPPLY, 803 SOUTH PALOS VERDES STREET, SAN PEDRO, CA 90731 | |
| 10925 | SEASTRAND ENGINEERING, 3539 KIRBY SMITH DR., WILMINGTON, NC 28409 | |
| 10924 | SEATAC AIRPORT, TACOMA, WA 98303 | |
| 10925 | SEA-TAC DISPOSAL & RECYCLE SERVICE, PO BOX 97301, BELLEVUE, WA 98009 | |
| 10924 | SEATECH INT. INC., CARRETERA MAMONAL, KM. 8, CARTAGENA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | SEATECH INTERNATIONAL INC, ZONA FRANCA INDUSTRIAL, CARTAGENA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | SEATON, BOBBY, 107 COLLEGE AVE, POTEAU, OK 74953 | |
| 10925 | SEATON, DANNY, HC64-BOX 3325, HEAVENER, OK 74937 | |
| 10925 | SEATON, KATHLEEN, 4042 DUMONT, ODESSA, TX 79762 | |
| 10925 | SEATTLE TRACTOR PARTS & EQUIPMENT, PO BOX 88753, TUKWILA, WA 98188 | |
| 10925 | SEAVER, KIRSTEN, 241 23 ST DRIVE SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | SEAVER, KIRSTEN, 241 23RD ST DRIVE SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | SEAVER, LINDA, 12031 ISLAND SONG, HOUSTON, TX 77044 | |
| 10925 | SEAVER, LINDA, PO BOX 13, SO EASTON, MA 02375-0013 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SEAW, POBOX 111480, TACOMA, WA 98411-1480

10925   SEAWELL, KEVIN, 204 JEREMY COURT, SPARTANBURG, SC 29303

10924   SEAY PSYCHOLOGY, THE, 2601 WICHITA STREET, AUSTIN, TX 78712

10925   SEAY, CHARLES A, 470 MEYERS RD., HACKBERRY, LA 70645

10925   SEAY, CHARLES, 3304 STEEPLE CR, CLEVELAND, TN 37312

10925   SEAY, CHARLES, 470 MEYERS ROAD, HACKBERRY, LA 70645

10925   SEAY, CHARLES, MRH BOX 294, HACKBERRY, LA 70645

10925   SEAY, JACOB W, 12831 COOK DR, THORNTON, CO 80241

10925   SEAY, JACOB, 12831 COOK DR., THORNTON, CO 80241

10925   SEAY, JOHNNY, 119 CROSSWELL DR., GREENVILLE C, SC 29611

10925   SEAY, MELVA, PO BOX 543, WINGATE, NC 28174

10925   SEAY, ROY, 698 REED RD, SPARTANBURG, SC 29303

10925   SEBASCO, SALVADOR, 14626 MIDLAND ROAD, SAN LEANDRO, CA 94578

10924   SEBASTIAN COUNTY DETENTION CENTER, 7301 ROGERS AVENUE, FORT SMITH, AR 72902

10924   SEBASTIAN COUNTY DETENTION CENTER, CARNELL & WHEELER AVENUES, FORT SMITH, AR 72902

10925   SEBASTIAN PALAZZO &, LUCIA PALAZZO JT TEN, 4710 N OLCOTT, HARWOOD HEIGHTS, IL 60656-4625

10925   SEBASTIAN PANTOJA, 4747 S HOYNE, CHICAGO, IL 60609-4027

10925   SEBASTIAN, ALEYAMMA, 9032 CONVENT AVE, PHILADELPHIA, PA 19136

10925   SEBASTIAN, ANNIEAMMA, 301 W SPARKS ST, PHILADELPHIA, PA 19120

10925   SEBASTIAN, DIANE, PO BOX 715, SHALLOWATER, TX 79363

10925   SEBASTIAN, EARL, 11211 RUSTY PINE LANE, TOMBALL, TX 77375

10925   SEBASTIAN, HANNIBAL, 138-70 ELDER AVE., FLUSHING, NY 11355

10925   SEBASTIANS JANITORIAL SVC INC, 41 CASTLE DRIVE, GROTON, MA 01450

10924   SEBASTICOOK VALLEY CONCRETE, PLANT CLOSED, RR#2, PLYMOUTH, ME 04969

10924   SEBASTICOOK VALLEY CONCRETE, RR# 2, PLYMOUTH, ME 04969

10925   SEBER, JEFFREY, 1155 W 9TH AVE, MARION, IA 52302

10925   SEBER, MARK, 3941 21ST AVE PL SW, APT 1, CEDAR RAPIDS, IA 52404

10925   SEBER, TAMERA, 1155 W 9TH AVE, MARION, IA 52302

10925   SEBERT I JONES, 145 WALTHAM ST - 7, MAYNARD, MA 01754-2447

10924   SEBESTIAN COUNTY DETENTION CENTER, WHEELER & CARNELL STREET, FORT SMITH, AR 72902

10925   SEBESTYEN, CHARLES L, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SEBESTYEN, CHARLES, 379 SINGLETARY LN, FRAMINGHAM, MA 01702

10925   SEBETICH, MARY, 208 MCDONOUGH ST, BELLE VERNON, PA 15012

10924   SEBEWAING CONCRETE PROD, 8552 UNIONVILLE RD, SEBEWAING, MI 48759

10924   SEBEWAING CONCRETE PRODUC, 8552 UNIONVILLE RD, SEBEWAING, MI 48759

10925   SEBILIAN, RENEE, 120 FRANKLIN ST, FRAMINGHAM, MA 01701

10925   SEBOK, ROBERT, 7 FULTON ROAD, LEXINGTON, MA 02173

10924   SEBOR CORP, 311 - 5TH AVENUE NORTH, WISCONSIN RAPIDS, WI 54494

10924   SEBOR CORP, 3338 HWY B, WISCONSIN DELLS, WI 53965

10924   SEBOR CORP, 35-193 TOWNLINE ROAD, WAUTOMA, WI 54982

10924   SEBOR CORP, 603 S. MAIN ST., ADAMS, WI 53910

10924   SEBOR CORP, COUNTY ROAD E, WESTFIELD, WI 53964

10924   SEBOR CORPORATION, P. O. BOX 0668, WISCONSIN RAPIDS, WI 54495

10925   SEBRIGHT, DOROTHY, 16 OAK BLUFF DRIVE, ST PERTERS, MO 63376

10925   SEC INSTITUTE INC, THE, 396 ALHAMBRA CIRCLE, CORAL GABLES, FL 33134-5007

10925   SECARAS, PETER, C/O DFFI STE. 1450 POBOX 025216, MIAMI, FL 33102-5216

10925   SECAUCUS PAVING, INC, 726 7TH ST., SECAUCUS, NJ 07094

10924   SECAUCUS RAIL TRANSFER STATION, 625 NEW COUNTY ROAD, SECAUCUS, NJ 07094

10924   SECHRIST HALL COMPANY, PO BOX 2347, HARLINGEN, TX 78550

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SECHRIST, THOMAS R., 696 MEDFORD PL, SMYRNA, GA 30080

10924   SECHRIST/HALL CO., C/O SHARYLAND SCHOOL PROJECT, MCALLEN, TX 78501

10924   SECHRIST-HALL COMPANY, CAMBRIDGE, MA 02140

10925   SECK, MAME, 20E CLARKE, #601, BRONX, NY 10452

10924   SECO CONSTRUCTION EQUIPMENT, P.O. BOX 10588, YAKIMA, WA 98908

10924   SECO CONSTRUCTION, 1165 ANDOVER PARK, TUKWILA, WA 98188

10924   SECO CONSTRUCTION, PO BOX 10588, YAKIMA, WA 98909

10924   SECO EQUIPMENT, 110 N. WASHINGTON, KENNEWICK, WA 99336

10924   SECO WARWICK CORP, 180 MERCER ST, MEADVILLE, PA 16335

10924   SECO, 110 NORTH WASHINGTON, KENNEWICK, WA 99336

10924   SECOND PONCE DELEON BAPTIST CHURCH, EAST WESTLEY DRIVE & PEACHTREE RD., ATLANTA, GA 30026

10924   SECOND PRESBYTERIAN CHURCH, 4055 POPLAR AVE., MEMPHIS, TN 38117

10925   SECONDINO, MARIA, 44 WINTER ST, WOBURN, MA 01801

10925   SECORD, STEPHEN, 248 MAIN ST # 2, SALEM, NH 03079

10925   SECOY, GRACE, %MRS ROBERT MALONEY (POA) 328 PADDOCK ST, WATERTOWN, NY 13601-3943

10925   SECREST WARDLE LYNCH, HAMPTON TRUEX & MORLEY, 30903 NORTHWESTERN HWY, PO BOX 3040, FARMINGTON HILLS, MI 48333

10925   SECRET GARDEN, 285 E. PALMETTO PK. RD., BOCA RATON, FL 33432

10925   SECRETARIO DE HACIENDA, SAN JUAN, PR 00936PUERTO RICO                    *VIA Deutsche Post*

10925   SECRETARY LA DEPT OF ENVIRONMENTAL, 7290 BLUE BONNETT, BATON ROUGE, LA 70828

10925   SECRETARY LA DEPT OF ENVIRONMENTAL, PO BOX 82263, BATON ROUGE, LA 70884

10925   SECRETARY OF AGRICULTURE, HENRY WALLACE BLDG, DES MOINES, IA 50319-0051

10925   SECRETARY OF AGRICULTURE, IOWA DEPT OF AGRICULTURE &, LAND STEWARDSHIP, COMMERCIAL FEED BUREAU, HENRY WALLACE BLDG, DES MOINES, IA 50319-0051

10925   SECRETARY OF NATURAL RESOURCES, PO BOX 1475, RICHMOND, VA 23212

10925   SECRETARY OF STATE - GEORGIA, 2 MARTIN LUTHER KING JR DR, ATLANTA, GA 30334

10925   SECRETARY OF STATE DIVISION OF CORPORATIONS, FRANC, PO BOX 7040, DOVER, DE 19903

10925   SECRETARY OF STATE JIM MILES, PO BOX 11350, COLUMBIA, SC 29211

10925   SECRETARY OF STATE OF KANSAS, 300 SW 10TH AVE., TOPEKA, KS 66612

10925   SECRETARY OF STATE, 1019 BRAZOS ROOM 214, AUSTIN, TX 78701

10925   SECRETARY OF STATE, 111 EAST MONROE, SPRINGFIELD, IL 62756

10925   SECRETARY OF STATE, 1230 J ST, SACRAMENTO, CA 95814

10925   SECRETARY OF STATE, DEPT OF STATE CN-452, TRENTON, NJ 08625

10925   SECRETARY OF STATE, PO BOX 94125, BATON ROUGE, LA 70804-9125

10925   SECRETARY OF STATE, PO BOX 942877, SACRAMENTO, CA 94287-0001

10925   SECRETARY OF STATE, VEHICLE SERVICES DEPT, SPRINGFIELD, IL 62756

10925   SECRETARY OF THE COMMONWEALTH, 1 ASHBURTON PLACE, BOSTON, MA 02108

10925   SECRETARY OF THE COMMONWEALTH, ONE ASHBURTON PLACE, BOSTON, MA 02108

10925   SECRETARY OF THE ENVIRONMENT, STATE OF OKLAHOMA, 3800 N CLASSEN ST, OKLAHOMA CITY, OK 73118

10925   SECRETARY OF THE TREASURY OF PUERTO, PUERTO RICO, PR 00936PUERTO RICO       *VIA Deutsche Post*

10925   SECRETARY OF TREASURER, PO BOX 7040, DOVER, DE 19903

10925   SECURAPLANE, 3830 E. 44TH ST, TUCSON, AZ 85713

10925   SECURE DOCUMENT SYSTEMS, 9485 REGENCY SQUARE BLVD., JACKSONVILLE, FL 32225

10925   SECURE PAK, PO BOX 14499, TOLEDO, OH 43614

10925   SECURE, INC, 1000 LOFLAND DRIVE, WAXAHACHIE, TX 75165

10925   SECURITIES DATA COMPANY, PO BOX 65520 - 5TH FL, CHARLOTTE, NC 28265-0520

10924   SECURITY ALUMINUM WINDOWS, 5100 N.W. 72ND AVENUE, MIAMI, FL 33166

10925   SECURITY CENTER, 147 CARONDELET ST, NEW ORLEANS, LA 70130

10924   SECURITY ENVIROMENTAL, 15302 PIPELINE LANE, HUNTINGTON BEACH, CA 92649

10925   SECURITY LINK FROM AMERITECH, 111 WINDSOR DR, OAK BROOK, IL 60521

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SECURITY LINK FROM AMERITECH, POBOX 85430, LOUISVILLE, KY 40285 | |
| 10925 | SECURITY LINK/AMERITECH, POBOX 185489, FORT WORTH, TX 76181 | |
| 10925 | SECURITY OF NORTH AMERICA, 7661 DENSMORE AVE, VAN NUYS, CA 91406 | |
| 10925 | SECURITY PLUS, PO BOX 402, WOODSTOWN, NJ 08098 | |
| 10925 | SECURITY PLUS, POBOX 180412, RICHLAND, MS 39218 | |
| 10925 | SECURITY PROFESSIONALS INC, THE, 5650 SOUTH ARCHER AVE, CHICAGO, IL 60638 | |
| 10925 | SECURITY SEARCH & ABSTRACT COMPANY, 201 N PRESIDENTIAL BLVD STE 102, BALA-CYNWYD, PA 19004 | |
| 10925 | SECURITY SELF STORAGE, 13601 N SANTA FE, OKLAHOMA CITY, OK 73114 | |
| 10925 | SECURITY SELF STORAGE, 36 WEST MEMORIAL ROAD, OKLAHOMA CITY, OK 73114 | |
| 10924 | SECURITY SOLUTIONS, 3224 LAKE WOODARD DRIVE, RALEIGH, NC 27604 | |
| 10924 | SECURITY WORKS, 5503 GRAPEVINE CT., GREENSBORO, NC 27405 | |
| 10925 | SECURITYLINK FROM AMERITECH, 9385A GERWIG LANE, COLUMBIA, MD 21046 | |
| 10925 | SECURITYLINK FROM AMERITECH, LOCK BOX 319, MILWAUKEE, WI 53288 | |
| 10925 | SECURITYLINK FROM AMERITECH, PO BOX 85046, LOUISVILLE, KY 40285-5046 | |
| 10925 | SECURITYLINK FROM AMERITECH, PO BOX 9001076, LOUISVILLE, KY 40290-1076 | |
| 10925 | SECURITYLINK FROM AMERITECH, POBOX 380899, MIAMI, FL 33238-0899 | |
| 10925 | SECURITYLINK FROM AMERITECH, POST OFFICE BOX 9001086, LOUISVILLE, KY 40290-1086 | |
| 10925 | SEDA, JEAN, 1758 HURRICANE ROAD, CADIZ, KY 42211 | |
| 10925 | SEDAKA, IRMA, 748 ORLEANS DR., CORPUS CHRISTI, TX 78418 | |
| 10925 | SEDAM, REBECCA, 3912 EDINBORO NW, GRAND RAPIDS, MI 49504 | |
| 10925 | SEDANO, IGNACIO, 34985 SAN ROSEN CT, YUCAPA, CA 92399 | |
| 10925 | SEDCO SYSTEMS INC, PO BOX 1569, CHANNELVIEW, TX 77530 | |
| 10925 | SEDCO/FOREX SYSTEMS, 16230 DEZAVALLA RD, CHANNELVIEW, TX 77530 | |
| 10924 | SEDGWICK CENTER OFFICE BLDG., C/O LUSK ACOUSTICAL, MEMPHIS, TN 38120 | |
| 10925 | SEDGWICK JAMES OF PUERTO RICO, SUITE 1701, 416 PONCE DE LEON AVE, SAN JUAN, PR 00918-9930 | |
| 10925 | SEDGWICK JAMES OF TENN, INC, PO BOX 74914, CHICAGO, IL 60675-4914 | |
| 10925 | SEDGWICK JAMES OF TN INC, PO BOX 74914, CHICAGO, IL 60675-4914 | |
| 10925 | SEDGWICK JAMES OF WA. INC., PO BOX 34936, SEATTLE, WA 98124-1936 | |
| 10925 | SEDGWICK JAMES OF, PO BOX 74914, CHICAGO, IL 60675-4914 | |
| 10925 | SEDGWICK NOBLE LOWNDES, 31-35 CLARENDON ROAD, WALFORD HERTFORDSHIRE, WD1 1JAUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SEDGWICK OF TENNESSEE INC, 4700 OLD KINGSTON PIKE, KNOXVILLE, TN 37919 | |
| 10924 | SEDONA COURT APTS., 12034 15TH. AVE. NE, SEATTLE, WA 98125 | |
| 10925 | SEDRAN THIERRY, 28 RUE MURILLO, VANVES, 92170FRANCE | *VIA Deutsche Post* |
| 10925 | SEECO INC, 5819-21 W IRVING PK RD, CHICAGO, IL 60634 | |
| 10925 | SEED DESIGN, PO BOX 325, NORTH TRURO, MA 02652-0325 | |
| 10925 | SEEDBORO EQUIPMENT CO, 1022 WEST JACKSON BLVD, CHICAGO, IL 60607 | |
| 10925 | SEEFELDT, DAWN, 2621 FLORAL RD, ALBUQUERQUE, NM 87104 | |
| 10925 | SEEFELDT, WILLIAM, 8223 SOUTH ST. PAUL WAY, 311, LITTLETON, CO 80122 | |
| 10925 | SEEGER WEISS LLP, ONE WILLIAM ST, NEW YORK, NY 10004 | |
| 10924 | SEEGER, WEISS, LLP, 1 WILLIAM ST, NEW YORK, NY 10004 | |
| 10924 | SEEGOTT INC, 770 CITY DR STE 8100, ORANGE, CA 92868 | |
| 10925 | SEEGOTT INC, PO BOX 75591, CLEVELAND, OH 44101-4755 | |
| 10925 | SEEGOTT INC, PO BOX 75592, CLEVELAND, OH 44101-4755 | |
| 10924 | SEEGOTT INC., 1319 BOYD STREET, LOS ANGELES, CA 90033 | |
| 10924 | SEEGOTT INC., P.O. BOX 75591, CLEVELAND, OH 44101 | |
| 10925 | SEEGOTT, INC, 10040 AURORA-HUDSON ROAD, STREETSBORO, OH 44241 | |
| 10925 | SEEGRAVES, WALLACE, 3625 COACHMAN DRIVE, SULPHUR, LA 70665 | |
| 10925 | SEEK SYSTEMS INC, 11715 NORTH CREEK PKWY S, BOTHELL, WA 98011 | |
| 10925 | SEELAUS INSTRUMENT CO, INC, 4050 EXECUTIVE PARK DR., SUITE 400, CINCINNATI, OH 45241 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SEELAUS INSTRUMENT CO. INC., STE. 400, 4050 EXECUTIVE PARK DR., CINCINNATI, OH 45241-2020 | |
| 10925 | SEELER, MARCIA D, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | SEELER, MARCIA D, PO BOX 3154, WELLFLEET, MA 02667 | |
| 10925 | SEELER, MARCIA, BOX 3154, WELLFLEET, MA 02667 | |
| 10925 | SEELEY, ELSIE, 1721 RUSK ST, DE PERE, WI 54115 | |
| 10925 | SEELEY, FRANK, 1306 N TONTI ST, NEW ORLEANS, LA 70018 | |
| 10925 | SEELEY, WILLIAM, 1721 RUSK ST, DE PERE, WI 54115 | |
| 10925 | SEELEY, WILLIAM, 76 LONG WOOD DRIVE, SICKLERVILLE, NJ 08081 | |
| 10925 | SEELEY, WILLIAM, 76 LONGWOOD DR, SICKLERVILLE, NJ 08081 | |
| 10925 | SEELUAS INSTRUMENT CO.-HONEYWELL, 4050 EXECUTIVE PARK DRIVE # 400, CINCINNATI, OH 45241-2020 | |
| 10925 | SEELY, JOANNE, 90 STARR AVE, TEWKSBURY, MA 01876 | |
| 10925 | SEELY, KANDY, 127 CHESHIRE ROAD, WALLINGFORD, CT 06492 | |
| 10925 | SEELY, MARY, 1401 KELSTON PLACE, CHARLOTTE, NC 28212 | |
| 10925 | SEELY, SUE, 1826 HWY 394, CRAIG, CO 81625 | |
| 10925 | SEEMORE ELECTRONICS, POBOX 7558, NORTH AUGUSTA, SC 29841 | |
| 10925 | SEENEY, BRENDA, 1267 SARGEANT AVE, BALTIMORE, MD 21230 | |
| 10925 | SEENEY, VIRGIL, 40 MICKLER DR., ORANGE, TX 77630 | |
| 10924 | SEENGY ENTERPRISE CO., LTD., NO. 5, LANE 243, LUNG CHAING RD., TAIPEI, TAIWAN, R.O.C., 104TWN | *VIA Deutsche Post* |
| 10925 | SEEPEX INC, DEPT L-1213, COLUMBUS, OH 43260-1213 | |
| 10925 | SEEPEX, INC, 511 SPEEDWAY DRIVE, ENON, OH 45323 | |
| 10924 | SEERS LUMBER COMPANY, 3856 W. EL SEGUNDO BLVD., HAWTHORNE, CA 90250 | |
| 10925 | SEERY, PAUL, 61 OAKDALE ROAD PO BOX 426, CANTON, MA 02021 | |
| 10925 | SEES JR, LOUIS, 2133 85TH ST., NORTH BERGEN, NJ 07047 | |
| 10925 | SEES, LOUIS, PO BOX 314, HAWTHORNE, NJ 07507 | |
| 10925 | SEESE, MARK, 2914 EBBWOOD DRIVE, ELLICOTT CITY, MD 21042 | |
| 10925 | SEESE, MARK, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | SEET, CAN-ING, 131 CHURCH RD APT. #15-B, NORTH WALES, PA 19454 | |
| 10925 | SEET, CAN-ING, 1330 INDUSTRY ROAD, HATFIELD, PA 19440 | |
| 10925 | SEETARAM, MARSHA, 2965 SENTINEL PKWY, LAWRENCEVILLE, GA 30243 | |
| 10925 | SEEWER, OSCAR, 7735 PETE ANDRES, FLOYD KNOBS, IN 47118 | |
| 10925 | SEFAR AMERICA, 111 CALUMET ST., DEPEW, NY 14043 | |
| 10924 | SEFCO, 504 JULIENNE, JACKSON, MS 39201 | |
| 10924 | SEFCO, PO BOX 8276, JACKSON, MS 39284 | |
| 10924 | SEGA STORE, C/O PCS WAREHOUSE, KIRKLAND, WA 98033 | |
| 10925 | SEGA, THOMAS, 4976 MARIBE DRIVE, HERMANTOWN, MN 55811 | |
| 10925 | SEGAL DAVIS LC, 810 KANAWHA BLVD, EAST, CHARLESTON, WV 24301 | |
| 10925 | SEGAL ISENBERG SALES STEWART CUTLE, 312 FOURTH AVE, 300 MARION E. TAYLOR BLDG, LOUISVILLE, KY 40202-3008 | |
| 10925 | SEGAL SALES STEWART CUTLER, 2100 WATERFRONT PLAZA, 325 WEST MAIN ST, LOUISVILLE, KY 40202 | |
| 10925 | SEGAL, HERMAN LEWK, 5042 E HEARN RD, SCOTTSDALE, AZ 85254-2840 | |
| 10925 | SEGAL, RANDI, 223 WINGED FOOT DR., BLUE BELL, PA 19422 | |
| 10925 | SEGAL, SUSAN, 3874 BRADFORD RD G ST SE, HUNTINGTON VALLEY, PA 19006 | |
| 10925 | SEGALA, PAUL, 77 EAST ST, ADAMS, MA 01220 | |
| 10925 | SEGALL, EILEEN, 479 COMMONWEALTH, BOSTON, MA 02215 | |
| 10925 | SEGARS, FRANCES, RT 1 BOX 207, COMMERCE, GA 30529 | |
| 10925 | SEGARS, KRISTY, 116 CELY RD, EASLEY, SC 29642 | |
| 10925 | SEGARS, MICHAEL, 425 WEST CIELO, HOBBS, NM 88240 | |
| 10925 | SEGARS, MICHAEL, ROUTE 1, BOX 207, COMMERCE, GA 30529 | |
| 10925 | SEGELEON, JUDITH, 236 CALVERT ST, BRIDGEVILLE, PA 15017 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SEGER, STEPHEN, 1471 N SMITH ST APT 103, PALATINE, IL 60067-2650 | |
| 10925 | SEGGIE, CHARLES, 931 HAMMONDS LANE, BALTIMORE, MD 21225-3350 | |
| 10925 | SEGOOL, RITA, 39 HILTON ST., ARLINGTON, MA 02174 | |
| 10925 | SEGOTTA, HARLEY, PO BOX 1133, RATON, NM 87740-1133 | |
| 10925 | SEGOVIA, ERNEST, 713 W. COLEMAN, IOWA PARK, TX 76367 | |
| 10925 | SEGOVIA, GERALD, 820 MILLWOOD ROAD, BROKEN ARROW, OK 74011 | |
| 10925 | SEGOVIA, IRMA, 10239 VENA AVE, ARLETA, CA 91331 | |
| 10924 | SEGREST FEED & SEED CO., P O BOX 339, SLOCOMB, AL 36375 | |
| 10925 | SEGRETO, JOSEPH, 118 EAST SAIL DR, MYSTIC ISLAND, NJ 08087 | |
| 10925 | SEGUE SOFTWARE INC., 1320 CENTRE ST, NEWTON CENTER, MA 02159 | |
| 10924 | SEGUIN MIDDLE SCHOOL, 815 LAMAR, SEGUIN, TX 78156 | |
| 10924 | SEGUIN VOGEL ELEMENTARY, 16121 SM 725, SEGUIN, TX 78155 | |
| 10925 | SEGUIRANT, ANN, 466 STANFORD CT, LIVERMORE, CA 94550 | |
| 10925 | SEGURA, ANGELICA, 1200 AIRPORT RD, SANTA FE, NM 97505 | |
| 10925 | SEGURA, CARLOS, 4101 S. SHAVER, PASADENA, TX 77504 | |
| 10925 | SEGURA, RICHARD, 17202 BOULDER RIDGE COURT, HOUSTON, TX 77095 | |
| 10925 | SEGURA, SANTA, 2602 MARIANA #A, MIDLAND, TX 79701 | |
| 10925 | SEGURA, SOCORRO, 3616 HARVEY APT. 8, MCALLEN, TX 78501 | |
| 10925 | SEGURA, TRACIE, 118 PADDOCK DRIVE, GREER, SC 29650 | |
| 10925 | SEGURA, VICTOR, 39518 BRISTEL WAY, PALMDALE, CA 93551 | |
| 10925 | SEGURITAN, AYDEN, 223 HARVARD AVE, ALLSTON, MA 02134 | |
| 10925 | SEHNEAH, FRANCIS, 2208 S. FELTON ST, PHILADELPHIA, PA 19142 | |
| 10925 | SEI/SENTARA HLTHCARE CTR, PO BOX 79777, BALTIMORE, MD 21279-0777 | |
| 10925 | SEIBER JR, JAMES RICHARD, 1115 SHEPPARD, WYLIE, TX 75098-5232 | |
| 10925 | SEIBER, GEORGE, 2002 ALICE ST., NEW IBERIA, LA 70560 | |
| 10925 | SEIBERT, DEBORAH, 1237 VILLAGE RUN N.E, ATLANTA, GA 30319 | |
| 10925 | SEIBERT, ROBERT, 1 COFFEY RD, MONROE, NY 10950 | |
| 10925 | SEIBLES, EDNA, RT. 5, BOX 1336, WINNSBORO, SC 29180 | |
| 10925 | SEIBOLD, HENRY, RT 1, BOX 125, ODESSA, TX 79765 | |
| 10925 | SEIDEL, DOROTHY, 118 DOLPHIN DR, SPARTANBURG, SC 29302 | |
| 10925 | SEIDEL, JOYCE, 526 WUNDER ST, READING, PA 19604 | |
| 10925 | SEIDEL, WILLIAM, 111 WOODBRIDGE WAY, SIMPSONVILLE, SC 29681 | |
| 10925 | SEIDER, JOHN, HC 64, BOX 202, GARDENDALE, TX 79758 | |
| 10925 | SEIDERS, ANGELA, 27 EAST CARBON ST., MINERSVILLE, PA 17954 | |
| 10925 | SEIDERS, ERIKA, 3188 AYCLIFF CT, LITHONIA, GA 30058 | |
| 10925 | SEIDL, PAUL G, 450 S ST. BERNARD ST., DEPERE, WI 54115 | |
| 10925 | SEIDL, PAUL, 450 S ST BERNARD #5, DE PERE, WI 54115 | |
| 10925 | SEIDL, RUSSELL, 3090 GREAT OAK LN, GREEN BAY, WI 54311 | |
| 10924 | SEIDLER CHEMICAL CO., 27 HAYNES AVENUE, NEWARK, NJ 07114 | |
| 10924 | SEIDLER CHEMICAL CO., 537 RAYMOND BLVD., NEWARK, NJ 07105 | |
| 10925 | SEIFERT, CAROLINE, 2110 HEARTHSIDE, GARLAND, TX 75044 | |
| 10925 | SEIFERT, MICHAEL, 4332 SHEPHERDS LANE, LA CANADA, CA 91011 | |
| 10925 | SEIFI, ALI, 4916 LINCOLN AVE., BELTSVILLE, MD 20705 | |
| 10925 | SEIGAL, BONNIE, 102 FENWICK ST, FRAMINGHAM, MA 01701 | |
| 10925 | SEIGEL, JESSICA, 616 9TH AVE, VERO BEACH, FL 32962 | |
| 10925 | SEIGEL, KAREN, 8405 FARRELL DRIVE, CHEVY CHASE, MD 20815 | |
| 10925 | SEIGEL, SHERYL, 2 BRONXVILLE ROAD, BRONXVILLE, NY 10708 | |
| 10924 | SEIGELS INC., 1409 KING ST., CHARLESTON, SC 29403 | |
| 10924 | SEIGELS INC., POB 6055, CHARLESTON, SC 29405 | |
| 10925 | SEIGER, ERNEST, 1355 LOCUST, READING, PA 19604 | |
| 10925 | SEIGLER, JAMES, 140 SNIPES POND ROAD, AIKEN,, SC 29801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SEIGLER, KATHLEEN, RT 1, BOX 296-C, RIDGELAND, SC 29936 | |
| 10924 | SEILER BLOCK CO., SOUTH MAIN ST., SWEETWATER, TN 37874 | |
| 10925 | SEILER, DAVID, 4300 S PRIEYR ST, NEW ORLEANS, LA 70125 | |
| 10925 | SEILER, DENNIS, 3508B FARMINGTON DR, GREENSBORO, NC 27407 | |
| 10925 | SEILER-HUGHES CO., 138 W. BARNEY ST., BALTIMORE, MD 21230 | |
| 10925 | SEIMETZ, GEORGE, 10700 S. KEDZIE, CHICAGO, IL 60655 | |
| 10925 | SEIN, MARIA, 104 FREMONT ST., ARLINGTON, MA 02474 | |
| 10925 | SEISMITEC LAND&SEA, 92 FAIR ST, RICHMOND, QC J0B 2H0CANADA | *VIA Deutsche Post* |
| 10925 | SEITH, JOANNE, 3624 MARKS AVE, SAN JOSE, CA 95718 | |
| 10925 | SEITZ, CATHERINE, RT1 BOX 83-33, MIDWAY, TX 75852 | |
| 10925 | SEITZ, CHAD, 1806 THAMES ST. APT. 18, BALTIMORE, MD 21231 | |
| 10925 | SEITZ, CHAD, 1806 THAMES ST., APT #18, BALTIMORE, MD 21231 | |
| 10925 | SEITZ, JAMES, 182 LESTER ROAD, PARK FORREST, IL 60466 | |
| 10925 | SEITZ, JOHN, 9203 UNIVERSITY AVE, MIDDLETON, WI 53562 | |
| 10925 | SEIVER, JAMES, 1120 ROAD 9 BOX 693, POWELL, WY 82435 | |
| 10925 | SEIVERTH, KRISTIE, 100 NIGHTINGALE LN, GREENVILLE, SC 29607 | |
| 10925 | SEJALBO, ARNEL, 16222 ESTELLA AVE, CERRITOS, CA 90701 | |
| 10925 | SE-KURE CONTROLS, INC, 3714 RUNGE ST, FRANKLIN PARK, IL 60131 | |
| 10925 | SELAPACK, ANDREA, 1725 LAWTON BLUFF RD, CHARLOTTE, NC 28226 | |
| 10925 | SELAS FLUID PROCESSING CORP, PO BOX 7777-W6180, PHILADELPHIA, PA 19175 | |
| 10925 | SELBY BATTERSBY INC., GAVETT & DATT, SUITE 180, 15850 CRABBS BRANCH WAY, ROCKVILLE, MD 20855 | |
| 10925 | SELBY H MARKS & DONNA M MARKS, TR UA AUG 19 91 MARKS FAMILY, TRUST, 1107 BEVERLY ST, ANTIOCH, CA 94509-1829 | |
| 10925 | SELBY, BOBBY, 3553 ANTI BAM CLV RD, BETHEL, OH 45106 | |
| 10925 | SELBY, THOMAS, ROUTE 2 BOX 243-A, WILBURTON, OK 74578-9802 | |
| 10925 | SELCO PRODUCTS CO., 709 N.POPLAR ST, ORANGE, CA 92868-1013 | |
| 10925 | SELDEN A ROBERTSON, 10729 PARK HGTS AVE, OWINGS MILLS, MD 21117-3012 | |
| 10925 | SELECT CIRCUITS, 10802 CAPITAL AVE 6-K, GARDEN GROVE, CA 92643 | |
| 10924 | SELECT CONCRETE CO LLC, PO BOX910, MONTICELLO, AR 71657 | |
| 10924 | SELECT CONCRETE PROD INC, P.OL.BOX 387, HAMMONTON, NJ 08037 | |
| 10924 | SELECT CONCRETE PROD INC., 11TH STREET, FOLSOM, NJ 08037 | |
| 10924 | SELECT CONCRETE PROD INC., P O BOX 387, HAMMONTON, NJ 08037 | |
| 10924 | SELECT CONCRETE, HIGHWAY 15 SOUTH, WARREN, AR 71671 | |
| 10924 | SELECT CONCRETE, HWY 4, MONTICELLO, AR 71655 | |
| 10924 | SELECT CONCRETE, HWY 65 SOUTH, MCGEHEE, AR 71654 | |
| 10924 | SELECT CONCRETE, P O BOX 910, MONTICELLO, AR 71655 | |
| 10924 | SELECT CONCRETE, PO BOX 910, MONTICELLO, AR 71655 | |
| 10925 | SELECT EQUIPMENT CO., 3808 LACON ROAD, HILLIARD, OH 43026 | |
| 10925 | SELECT INDUSTRIES INC, 520 EXECUTIVE DRIVE, WILLOWBROOK, IL 60521 | |
| 10925 | SELECT METALS, PO BOX 1245, ELMHURST, IL 60126 | |
| 10924 | SELECT SPECIALTY PRODUCTS, 1575 AVON STREET EXT'D, CHARLOTTESVILLE, VA 22902 | |
| 10924 | SELECT SPECIALTY PRODUCTS, P.O. BOX 5572, CHARLOTTESVILLE, VA 22905 | |
| 10925 | SELECT SPECIALTY SALES, PO BOX 921, LAFAYETTE, NJ 07848 | |
| 10925 | SELECT STAFFING TEMPS, PO BOX 4260 DEPT J, CAROL STREAM, IL 60197 | |
| 10924 | SELECT-A-FORM MFG, 3402 BECHELLI LANE #G, REDDING, CA 96002 | |
| 10924 | SELECT-A-FORM MFG, ATTN: ACCOUNTS PAYABLE, REDDING, CA 96049 | |
| 10925 | SELECTION INTEGRITY RESOURCES LLC, PO BOX 64-0914, CINCINNATI, OH 45264-0914 | |
| 10924 | SELECTIVE COATINGS AND INKS, 1750 BRIELLE AVENUE, ASBURY PARK, NJ 07712 | |
| 10924 | SELECTIVE COATINGS AND INKS, 5008 INDUSTRIAL ROAD, FARMINGDALE, NJ 07727 | |
| 10924 | SELECTO, INC., 5933 PEACHTREE IND. BLVD. #B, NORCROSS, GA 30092 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SELENOW, RICHARD V, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SELENOW, RICHARD, 12 GAINES ROAD, SHARON, MA 02067

10925   SELENOW, TARA, 12 GAINES ROAD, SHARON, MA 02067

10925   SELESNER P.A., LEONARD H, 225 MILLBURN AVE, SUITE 208, MILLBURN, NJ 07041

10924   SELF A/C CONCRETE, 6424 W. JONES AVE., ZELLWOOD, FL 32798

10924   SELF A/C CONCRETE, ATTN:  ACCOUNTS PAYABLE, ZELLWOOD, FL 32798

10925   SELF CLEANING STRAINER CO., 700 E NORTH ST UNIT B, ELBURN, IL 60119

10925   SELF, CARRIE, 4726 GLENDOWER, SPRING, TX 77373

10925   SELF, HARVEY, 7516 SOUTH 94 E AVE, TULSA, OK 74133

10925   SELF, JAMES, RT. 1 BOX 175S, SEMINOLE, OK 74868

10925   SELF, JENNIFER, 1201 PECOS E., HOBBS, NM 88240

10925   SELF, JIMMY, ROUTE 1 BOX 175S, SEMINOLE, OK 74868

10925   SELF, MARY, 2814 PATTON RD, ANNISTON, AL 36201

10925   SELF, MONA R, 1110 CREEKSIDE, DALLAS TX, TX 75217

10925   SELF, ROBERT W, 2629 COUNTRY CLUB RD., LAKE CHARLES, LA 70605

10925   SELF, ROBERT, 15222 YORKTOWN COLONY, HOUSTON, TX 77084

10925   SELF, ROBERT, 2629 COUNTRY CLUB RD, LAKE CHARLES, LA 70605

10925   SELFRIDGE, CHARLES F, BOX 157, MERCER ISLAND, WA 98040-0157

10925   SELFRIDGE, MICHAEL, 7210 NW 36TH #142, BETHANY, OK 73008

10925   SELFRIDGE, THOMAS, 901 N MAIN ST #28, MAULDIN, SC 29662

10925   SELGADO, ADAN, 2719 WEST AVE., RIFLE, CO 81650

10925   SELIG CHEMICAL INDUSTRIES INC, PO BOX 43106, ATLANTA, GA 30378

10925   SELIG CHEMICAL INDUSTRIES, PO BOX 3617, CAROLINA, PR 00984PUERTO RICO          **\*VIA Deutsche Post\***

10925   SELIGA, WALTER, 1525 COVENTRY ROAD, NEW LENOX, IL 60451

10925   SELIGER MIKVA LTD, 155 N MICHIGAN, #500, CHICAGO, IL 60601

10924   SELIM PDS INC, 6502 S ARCHER AV, SUMMIT, IL 60501

10925   SELINGER, CAROLYN, 3314 SHERBROOK, ODESSA, TX 79762

10925   SELITTO, ANN, 165 GOLFVIEW DR APT 18, MANCHESTER, NH 03102

10925   SELIVERSTOV, ELENA, 22 HIRAM ROAD, FRAMINGHAM, MA 01701

10925   SELKIRK COMMUNIATIONS INC, 644 S, ANDREWS AVE, FORT LAUDERDALE, FL 33301-9910

10925   SELL, JANE W, 1519 MAJESTIC WAY, GLENDALE, CA 91207-1217

10925   SELL, RAY, PO BOX 786, GREEN BAY, WI 54305

10925   SELL, RICHARD, 2355 EASTMAN AVE #4, GREEN BAY, WI 54302

10925   SELL, SHEILA, RR2 BOX 336, GRANT PARK, IL 60940

10925   SELLARS, MARY, 151 SELLARS DRIVE, INMAN, SC 29349-9501

10925   SELLARS, MARY, 4245 INDIAN MANOR DR, STONE MOUNTAIN, GA 30083

10925   SELLARS, MICHAEL, 5641 COLFAX AVE., N HOLLYWOOD, CA 91601

10925   SELLECK, DEAN, 1207 PRINCETON DRIVE, LONGMONT, CO 80501-3607

10924   SELLER & MARQUIS ROOF CO, PO BOX 33627, KANSAS CITY, MO 64120

10924   SELLERS & MARQUIS ROOFING COMPANY, CAMBRIDGE, MA 02140

10924   SELLERS & MARQUIS ROOFING, 4200 GARDNER, KANSAS CITY, MO 64120

10925   SELLERS PROCESS EQUIP. CO., 396 E. CHURCH RD., KING OF PRUSSIA, PA 19406

10925   SELLERS PROCESS EQUIPMENT CO., 394 E. CHURCH RD., STE A, KING OF PRUSSIA, PA 19406-2694

10925   SELLERS, ALAN, 620 CEDAR LANE, COLUMBIA, MD 21044

10925   SELLERS, BRENT, 269 SHATTLES LOOP, BROOKLYN, MS 39425

10925   SELLERS, CAROL, 26 SO SECOND ST, BANGOR, PA 18013

10925   SELLERS, ELIZABETH, 63 MOUNTAIN COURT, BEDMINSTER, NJ 07921

10925   SELLERS, FREDRIC, 1547 ALEMADA, ODESSA, TX 79763

10925   SELLERS, JOSEPH, RT 3 BOX 854, CARENCRO, LA 70520

10925   SELLERS, KENNETH, PO BOX 170, HURLEY, MS 39555

10925   SELLERS, PATRICK, PO BOX 31525, LAFAYETTE, LA 70593-1525

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SELLERS, ROBERT, 410 E CHINA, HOLLIDAY, TX 76366 | |
| 10925 | SELLERS, ROBERT, 5890 BARNES ROAD, BARTOW, FL 33830-9442 | |
| 10925 | SELLERS, RONNIE, 7403 WALDRAM AVE, CAMP SPRINGS, MD 20748 | |
| 10925 | SELLERS, THOMAS, 23297 HWY 76 E CLINTON SC 29325, CLINTON, SC 29325 | |
| 10924 | SELLEX DEVELOPMENT LTD, ATTN: ALEX ZHANG, 6-14 FU SHIN, TAI PO, HONG KONG, TAI PO, HKG | *VIA Deutsche Post* |
| 10924 | SELLEX DEVELOPMENT LTD., ATTN: ALEX ZHANG, 6-14 FU SHIN ST, TAI PO NT, HONG KONG, HKG | *VIA Deutsche Post* |
| 10925 | SELLIER, ESTELLE, 10 DE WOLF ST APT 41, CAMBRIDGE, MA 02138 | |
| 10925 | SELLING POWER, PO BOX 5467, FREDERICKSBURG, VA 22403-0467 | |
| 10925 | SELLING POWER, PO BOX 5467, FREDERICKSBURG, VA 22403-9980 | |
| 10925 | SELLING, SUBSCRIPTION DEPT, RIVERTON, NJ 08077-7803 | |
| 10925 | SELLMAN, CHARLES, 510 WESTCHESTER, DIBOLL, TX 75941 | |
| 10924 | SELLMORE INDUSTRIES INC., 815 SMITHST., BUFFALO, NY 14206 | |
| 10925 | SELLS, HOWARD, 6640 WEST 26 AVE, DENVER, CO 80214-1069 | |
| 10925 | SELLS, MARIAN, PO BOX 542, LYMAN, SC 29365 | |
| 10925 | SELLS, MICHAEL, PO BOX 542, LYMAN, SC 29365 | |
| 10925 | SELLS, RENEE, 1201 SEMINOLE BLVD, LARGO, FL 34640 | |
| 10925 | SELMA GOODMAN, 17 ANN DR, SYOSSET, NY 11791-5905 | |
| 10925 | SELMA SOLOMON, 1657 N W 106 LANE, CORAL SPRINGS, FL 33071-4288 | |
| 10925 | SELMA TEIRSTEIN, 2616 AVE W OCEAN, BROOKLYN, NY 11229 | |
| 10925 | SELMAN, DOROTHY, 308 YOUTH CENTER RD, BELTON, SC 29627 | |
| 10925 | SELMAN, JANET, 505 STANDINGS SPRGS RD, GREENVILLE, SC 29605 | |
| 10925 | SELMAN, SHELAH, 405 TRAVIS, BAYTOWN, TX 77520 | |
| 10925 | SELMECZY, ANTHONY, 100 S. ASHLAND AVE. #204, CHICAGO, IL 60607 | |
| 10925 | SELTER, WANDA, 4620 NW 59TH ST, OKLAHOMA CITY, OK 73122 | |
| 10925 | SELTZER, CAPLAN, WILKINS & MCMAHON, 750 B ST., SUITE 2100, SAN DIEGO, CA 92101-8177 | |
| 10925 | SELTZER, SHARON, 4 HOVEY ST, WATERTOWN, MA 02172 | |
| 10925 | SELUCKY, GEORGE, 6248 W. 92ND ST, OAK LAWN, IL 60453 | |
| 10925 | SELVAGE, ANNIE, 6424 SILVERLEAF AVE, BATON ROUGE, LA 70812 | |
| 10925 | SELVAGE, RUTH, 7470 SILVERDALE ST, SECURITY, CO 80911 | |
| 10925 | SELZER, MICAHEL, ROUTE 1 BOX 82, BRADLEY, OK 73011 | |
| 10924 | SEM PRODUCTS, INC, 651 MICHAEL WYLIE DRIVE, CHARLOTTE, NC 28217 | |
| 10924 | SEM PRODUCTS, INC, 651 MICHAEL WYLIE DRIVE, CHARLOTTE, NC 28217-1546 | |
| 10924 | SEMAC ELEC C/O COVENTRY H.S., ROUTE 31 MAIN ST., COVENTRY, CT 06238 | |
| 10924 | SEMAC ELEC-U-CONN SCHOOL OF BUSINES, NEW CONSTRUCTION ACROSS FROM, GAMPEL PAVILLION, STORRS, CT 06268 | |
| 10925 | SEMAS, GAIL, 23 GARFIELD ST, TAUNTON, MA 02780 | |
| 10924 | SEMASYS, 130 NE 50TH STREET, OKLAHOMA CITY, OK 73152 | |
| 10924 | SEMASYS, PO BOX 53444, OKLAHOMA CITY, OK 73105 | |
| 10925 | SEMCO INC, 807 SHONEY DRIVE SW, HUNTSVILLE, AL 35801 | |
| 10924 | SEMCO INC., 2230 WEST FLORIST AVENUE, MILWAUKEE, WI 53201 | |
| 10924 | SEMCO INC., PO BOX 1797, COLUMBIA, MO 65201 | |
| 10925 | SEMCO, INC, 13813 FM 529, HOUSTON, TX 77041 | |
| 10925 | SEMCO, INC, PO BOX 4346 DEPT 209, HOUSTON, TX 77210-4346 | |
| 10925 | SEMCO, INC, PO BOX 4642, HOUSTON, TX 77210 | |
| 10925 | SEMCOR INC, 760 LYNNHAVEN PKWY, VIRGINIA BEACH, VA 23452 | |
| 10925 | SEMCOR INC, 815 E GATE DR, MOUNT LAUREL, NJ 08054-1111 | |
| 10925 | SEMENZA, REED, 4975 BAYVIEW DRIVE, COPPEROPOLIS, CA 95228 | |
| 10925 | SEMENZA, STEPHEN, 2 SWAIN PLACE, WAKEFIELD, MA 01880 | |
| 10925 | SEMEXANT, SERGE, 19 LINCOLN WAY, CAMBRIDGE, MA 02140 | |
| 10924 | SEMI BULD SYSTEMS INC, 159 CASSENS COURT, FENTON, MO 63026 | |
| 10924 | SEMI CONDUCTOR MANUFACTORING, 5 TROAST COURT, CLIFTON, NJ 07011 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SEMI-BULK SYSTEMS INC., 159 CASSENS COURT, FENTON, MO 63026-2543 | |
| 10925 | SEMI-BULK SYSTEMS, INC, 159 CASSENS CT, FENTON, MO 63026 | |
| 10925 | SEMI-BULK SYSTEMS, INC, 159 CLASSENS COURT, FENTON, MO 63026 | |
| 10924 | SEMICAN BIOSEM INC., 366 RANG 10, PLESSISVILLE, QC G6L 2Y2TORONTO | *VIA Deutsche Post* |
| 10925 | SEMIDRIVERS, PRERET, 135, 135, NY, NY 11111 | |
| 10925 | SEMINAR INFORMATION SERV,INC, 17752 SKYPARK CIRCLE, STE.210, IRVINE, CA 92714 | |
| 10925 | SEMINATORE, SALVATORE, 146 OAK HILL CIR, CONCORD, MA 01742 | |
| 10925 | SEMINCONDUCTOR TECHNOLOGY CENTER, PO BOX 38, NEFFS, PA 18065-0038 | |
| 10924 | SEMINOLE CO. PUBLIC SAFETY COMPLEX, 180 BUSH BOULEVARD, SANFORD, FL 32773 | |
| 10925 | SEMINOLE EXPRESS, 32585 U.S. HWY. 90, SEMINOLE, AL 36574 | |
| 10925 | SEMINOLE EXPRESS, 32585 US HWY 90, SEMINOLE, AL 36574 | |
| 10925 | SEMINOLE FERTILIZER CORP, 72 CUMMINGS POINT ROAD, STAMFORD, CT 06902 | |
| 10925 | SEMINOLE GLASS & MIRROR, 2150 N ANDREWS AVE. EXT, POMPANO BEACH, FL 33069 | |
| 10924 | SEMINOLE PRECAST INC., 1440 DOLGNER PLACE, SANFORD, FL 32771 | |
| 10924 | SEMINOLE PRECAST, 1440 DOLGNER PLACE, SANFORD, FL 32771 | |
| 10924 | SEMI-TECH, INC., 2407 NORTH AVENUE, MELROSE PARK, IL 60160 | |
| 10924 | SEMI-TECH, INC., PO BOX 402147, GARLAND, TX 75046 | |
| 10924 | SEMI-TECH/ECON-O-CLOTH, 100 RESEARCH DRIVE, WILMINGTON, MA 01887 | |
| 10925 | SEMLER INDUSTRIES INC, 3800 N CARNATION ST, FRANKLIN PARK, IL 60131-1295 | |
| 10925 | SEMLER INDUSTRIES INC., 3800 NORTH CARNATION ST, FRANKLIN PARK, IL 60131-1202 | |
| 10925 | SEMMES, JOHN, 53 OUTERBRIDGE CR, HILTON HD ISL, SC 29926 | |
| 10924 | SEMO READY MIX INC, 735 ROSE CON ROAD, SCOTT CITY, MO 63780 | |
| 10924 | SEMO READY MIX INC, 801 ROSE CON, SCOTT CITY, MO 63780 | |
| 10924 | SEMO READY MIX INC, HWY. 25 S, ADVANCE, MO 63730 | |
| 10924 | SEMO READY MIX INC, LEE AVE, JACKSON, MO 63755 | |
| 10924 | SEMO READY MIX, INC., HWY 177 (NEELY'S LANDING), NEELYS, MO 63755 | |
| 10924 | SEMO READY MIX,INC., 735 ROSE CON RD, SCOTT CITY, MO 63780 | |
| 10925 | SEMON, STEPHEN, PO BOX 758, GREEN RIVER, WY 82935 | |
| 10925 | SEMPLE, ALISTAIR, 161 NW 24TH CT, POMPANO BEACH, FL 33064 | |
| 10925 | SEMPLE, HULDA, 201 N RIVERSIDE DRIVE, POMPANO BEACH, FL 33062 | |
| 10925 | SEMRAD, J, 1125 3RD ST, 240, DAVID CITY, NE 68632 | |
| 10925 | SEMS DIVISION DE 2947-8302, 620 CARDINAL, QUEBEC INC, VALLEYFIELD, QC J6S 4V3CANADA | *VIA Deutsche Post* |
| 10925 | SEMS DIVISION DE 2947-8302, VALLEYFIELD, QUEBEC INC, STN BUREAU-CHEF, SALABERRY-DE-VALLEYFIELD, QC J6S 4V6CANADA | *VIA Deutsche Post* |
| 10925 | SEMTECH CORP, JOE D POE CEO, 652 MITCHELL ROAD, NEWBERRY PARK, CA 91320 | |
| 10925 | SENA, DAVID, 286 ARLINGTON COURT, SOLDOTNA, AK 99669 | |
| 10925 | SENA, JESSICA, 5006 CHERRY TREE DR., CIBOLO, TX 78108 | |
| 10925 | SENA, ROGER, PO BOX 721, SOLDOTNA, AK 99669 | |
| 10925 | SENAT, NATHAN, 3 WALDEN SQ. APT 118, CAMBRIDGE, MA 02140 | |
| 10925 | SENATE MAJORITY CELEBRATION, 900 SECOND ST N.E. SUITE 114, WASHINGTON, DC 20002 | |
| 10925 | SENATE MAJORITY DINNER, 425 2ND ST NE, WASHINGTON, DC 20002 | |
| 10925 | SENCAR, JOSEPH, 584 COTTAGE ST, PAWTUCKET, RI 02861 | |
| 10925 | SENCHAK, HELEN, 6645 N 7TH ST, PHOENIX, AZ 85014-1209 | |
| 10925 | SENDER, ALEXANDER, 602 NW 44 TERRACE #201, DEERFIELD BEACH, FL 33442 | |
| 10925 | SENEAR, ALLEN W, 3020 NW 94TH ST, SEATTLE, WA 98117-2943 | |
| 10925 | SENECA BALANCE OF MARYLAND, 8950 RT. 108, SUITE 127, COLUMBIA, MD 21045 | |
| 10924 | SENECA FOODS CORPORATION, 3709 MILL STREET, MARION, NY 14505 | |
| 10924 | SENECA FOODS CORPORATION, 801 SAUK AVENUE, BARABOO, WI 53913 | |
| 10925 | SENECA MEADOWS INC MACEDON INC, RONALD G HULL OR TERRY M RICHMAND, 1800 CHASE SQUARE, ROCHESTER, NY 14614 | |
| 10925 | SENECA MEADOWS INC, 1786 SALMAN ROAD, WATERLOO, NY 13165 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SENECA MEADOWS INC, HARTER SECREST & EMORY CRAIG SLATER, 3550 MARINE MIDLAND CENTER, BUFFALO, NY 14203 | |
| 10924 | SENECA MEDICAL INC., 85 SHAFFER PARK DRIVE, TIFFIN, OH 44883 | |
| 10924 | SENECA READY MIX CONCRETE, 1201 BALTIMORE, SENECA, KS 66538 | |
| 10925 | SENECA RESOURCES CORP, 333 CLAY ST STE 4151, HOUSTON, TX 77002 | |
| 10924 | SENECA RESOURCES CORPORATION, 1201 LOUISIANA, HOUSTON, TX 77002-5604 | |
| 10924 | SENECA RESOURCES CORPORATION, 2131 MARS COURT, BAKERSFIELD, CA 93308 | |
| 10924 | SENECA WASTE & WATER TREATMENT PLAN, GAITHERSBURG, MD 20877 | |
| 10925 | SENECAL, SHERRYANN, 13 PAGE AVE, ASHBURNHAM, MA 01430 | |
| 10925 | SENEGAL, TAMMY, 6611 GOFORTH, HOUSTON, TX 77021 | |
| 10925 | SENER, TIMOTHY, 29 WEST 199 LAKESIDE, NAPERVILLE, IL 60564 | |
| 10925 | SENEY, DOLORES, 924 RUBY COURT, WESTMINSTER, MD 21158 | |
| 10925 | SENEY, SCOTT, 134 HILLTOP DRIVE, LAKE IN THE HILLS, IL 60102 | |
| 10925 | SENFTLEBEN, RICHARD, 4001 N OCEAN BLVD APT 1406, BOCA RATON, FL 33431 | |
| 10925 | SENGER, JAMES, 1245 WESTMONT AVE, ROSLYN, PA 19001 | |
| 10925 | SENGER, JAMES-ROBERT, 1245 WESTMONT AVE, ROSLYN, PA 19001 | |
| 10925 | SENGKHAMMEE, YEE, 805 REDWOOD DR, GREEN BAY, WI 54304-2428 | |
| 10924 | SENGTON TRANSP IMPLEMTNS CO, NO. 32 GONY 5 ROAD, LUNGTAN SHIANG, 0TWN | *VIA Deutsche Post* |
| 10924 | SENGTON TRANSPORTATION IMPLEMENTS C, NO. 32 GONY 5 ROAD, LUNGTAN SHIANG, SHIAN TAOYUAN, TWN | *VIA Deutsche Post* |
| 10925 | SENGVONG, SOUK, 7 DECATUR AV, LOWELL, MA 01854 | |
| 10925 | SENIOR ACTIVITY CLUB OF CHURCHVIEW, & LAWN TERRACE, CHICAGO, IL 60629 | |
| 10925 | SENIOR FLEXONICS INC., PO BOX 890719, DALLAS, TX 75389-0719 | |
| 10925 | SENIOR FLEXONICS, INC, 2400 LONGHORN INDUSTRIAL DR., NEW BRAUNFELS, TX 78130 | |
| 10925 | SENIOR HR ROUNDTABLE, 2101 W COMMERCIAL BLVD, FORT LAUDERDALE, FL 33309 | |
| 10925 | SENIOR PRODUCTS, 501 FOOTE ST, CROWN POINT, IN 46307 | |
| 10925 | SENIOR PRODUCTS, DIV. OF POLYDISC, INC., PO BOX 342, CROWN POINT, IN 46308 | |
| 10925 | SENIOR PRODUCTS, PO BOX 342, CROWN POINT, IN 46308 | |
| 10925 | SENIX CORPORATION, 52 MAPLE ST, BRISTOL, VT 05443 | |
| 10925 | SENKOWSKI, MARION B, 1558 EMORY RD NE, ATLANTA, GA 30306-2409 | |
| 10925 | SENN, DONALD, 2714 E GOLFVIEW, LAKELAND, FL 33801-3062 | |
| 10925 | SENN, EMMA, 7505 RINDGE AVE., PLAYA DEL REY, CA 90293 | |
| 10925 | SENN, JAMES, 3230 HWY 92, ENOREE, SC 29335-9509 | |
| 10925 | SENN, JOY, RTE 1, BOX 383, PROSPERITY, SC 29127 | |
| 10925 | SENN, RICHARD, 6066 WHELEN ROAD, VERONA, WI 53593 | |
| 10925 | SENN, WILLIAM, 1730 N GALLOWAY ROAD, LAKELAND, FL 33810 | |
| 10925 | SENN, WILLIAM, 3140 WEST BELLA VISTA, LAKELAND, FL 33808 | |
| 10925 | SENNER, M, 1704 45TH ST, DES MOINES, IA 50310 | |
| 10925 | SENNOTT, DONNA, 20 HARVARD ROAD, BILLERICA, MA 01821 | |
| 10925 | SENQUIZ, GILDA, PARQUE DE LAS FLORES, CAGUAS, PR 00725 | |
| 10925 | SENSABAUGH, JOHN, 12382 TALPA ST, SPRING HILL, FL 34608 | |
| 10925 | SENSABAUGH, THELMA, 728 LA MODA, GRAND PRAIRIE, TX 75050 | |
| 10925 | SENSIDYNE, INC, 16333 BAY VISTA DR., CLEARWATER, FL 33760 | |
| 10925 | SENSOR SCIENTIFIC, 6 KINGS BRIDGE ROAD, FAIRFIELD, NJ 07006 | |
| 10925 | SENSOR SYSTEMS,INC, 445 W.JACKSON, STE 101, NAPERVILLE, IL 60540 | |
| 10925 | SENSOREX, 11751 MARKON DR, GARDEN GROVE, CA 92841 | |
| 10925 | SENSORTRONICS, 677 ARROW GRAND CIRCLE, COVINA, CA 91722 | |
| 10925 | SENSORY TECHNOLOGY CO, 905 DEXTER AVE, SEATTLE, WA 98109 | |
| 10925 | SENSOTEC, 2080 ARLINGATE LANE, COLUMBUS, OH 43228-4112 | |
| 10925 | SENSOTRON, INC, 5881 ENGINEER DRIVE, HUNTINGTON BEACH, CA 92649 | |
| 10925 | SENSYM, 1804 MC CARTHY BLVD, MILPITAS, CA 95035 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SENTER TRANSIT MIX, 401 ELIZABETH ST., TUPELO, MS 38801 | |
| 10924 | SENTER TRANSIT MIX, PO BOX106, TUPELO, MS 38802-0106 | |
| 10925 | SENTER, HARRY, PO BOX 1726, GEORGE WEST, TX 78022 | |
| 10925 | SENTER, LOUIS, 17500 RANCHO ST, ENCINO, CA 91316-3820 | |
| 10925 | SENTERFITT, HAZEL, 2650 SCAFF RD, JAX, FL 32218 | |
| 10924 | SENTEX SIMPSON, NAVAL FEDERAL CREDIT UNION, MCLEAN, VA 22101 | |
| 10924 | SENTINEL RUBBER, 75 LONG BRANCH AVENUE, HOLMDEL, NJ 07777 | |
| 10925 | SENTINEL SUPPLY, PO BOX 381, BROKEN ARROW, OK 74013-0381 | |
| 10925 | SENTINEL TECHNOLOGIES INC., PO BOX 71419, CHICAGO, IL 60694 | |
| 10925 | SENTINEL TECHNOLOGIES,INC, PO BOX 71419, CHICAGO, IL 60694 | |
| 10924 | SENTOSA INDUSTRIAL LTD., ATTN: POLLY WONG, 40-52 KWAI CHEONG ROAD, KWAI CHUNG N.T., 0HKG | *VIA Deutsche Post* |
| 10924 | SENTRY CHEMICAL COMPANY, PO BOX748, STONE MOUNTAIN, GA 30086 | |
| 10924 | SENTRY CHEMICAL, 1481 ROCK MOUNTAIN BOULEVARD, STONE MOUNTAIN, GA 30083 | |
| 10925 | SENTRY COMPUTER SERVICES, 4823 S.TRYON ST, CHARLOTTE, NC 28217 | |
| 10924 | SENTRY CUT STONE, 1963 NOLENSVILLE RD., NASHVILLE, TN 37211 | |
| 10925 | SENTRY FOODS-HILLDALE, V THOMAS METCALFE OWNER, 726 N MIDVALE BLVD, MADISON, WI 53705 | |
| 10924 | SENTRY GROUP, 900 LINDEN AVE, ROCHESTER, NY 14625 | |
| 10924 | SENTRY GROUP, ACCT:PAYABLE, ROCHESTER, NY 14625 | |
| 10924 | SENTRY GROUP, ACCTS PAYABLE, ROCHESTER, NY 14625 | |
| 10924 | SENTRY INN @ YORK, 396 YORK, YORK, ME 03909 | |
| 10925 | SENTRY STORAGE, 3600 BLACKFOOT WAY, ANTELOPE, CA 95843 | |
| 10924 | SENTRY SUPPLEMENT COMPANY, 13001-C N.W. 38TH AVENUE, OPA LOCKA, FL 33054 | |
| 10924 | SENTRY, 882 LINDEN AVE, ROCHESTER, NY 14625 | |
| 10925 | SEONG, PIK, E210 LINCOLN ROAD, 124, SPOKANE, WA 99208 | |
| 10924 | SEPARATION METHODS TECHNOLOGIES INC, 518 DOUGFIELD RD, NEWARK, DE 19713 | |
| 10924 | SEPARATION METHODS, 31 BLUE HEN DRIVE, NEWARK, DE 19713 | |
| 10925 | SEPARATION SYSTEMS, 100 NIGHTINGALE LANE, GULF BREEZE, FL 32561 | |
| 10924 | SEPARATION TECHNOLOGIES INC., 10 KEARNEY ROAD, BOSTON, MA 02194 | |
| 10924 | SEPARATION TECHNOLOGIES INC., 61 CRAWFORD STREET, BOSTON, MA 02194 | |
| 10925 | SEPCO INDUSTRIES INC, PO BOX 200114, HOUSTON, TX 77216-0114 | |
| 10925 | SEPCO, AKA SEALING EQUIP. PROD. CO INC., 123 AIRPARK INDUSTRIAL RD., ALABASTER, AL 35007-9598 | |
| 10925 | SEPHFUS, CHARLES, 483 PARKWOOD AVE, COLUMBUS, OH 43203-1262 | |
| 10925 | SEPHUS, WILLIAM, 1708 YULE DRIVE, MOORE, OK 73160 | |
| 10925 | SEPOR, INC, PO BOX 578, WILMINGTON, CA 90748 | |
| 10924 | SEPPI BROS. CONCRETE PRODUCTS CO, 718 - 4TH AVENUE NORTH, VIRGINIA, MN 55792 | |
| 10924 | SEPPI BROS. CONCRETE PRODUCTS CORP, PO BOX1006, VIRGINIA, MN 55792 | |
| 10925 | SEPR CERAMIC BEADS & POWDERS, 1122 ROUTE 22, MOUNTAINSIDE, NJ 07092 | |
| 10925 | SEPR, PO BOX 640230, PITTSBURGH, PA 15264-0230 | |
| 10924 | SEPROD LIMITED, 3 FELIX FOX BOULEVARD, KINGSTON, JAMAICA | *VIA Deutsche Post* |
| 10924 | SEPTA 69TH STREET STATION, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | SEPTA FERN ROCK CITY, 5801 11TH STREET, PHILADELPHIA, PA 19140 | |
| 10924 | SEPTA, PO BOX 53959, PHILADELPHIA, PA 19107 | |
| 10925 | SEPTIX WASTE INC, PO BOX 490, MERCEDITA, PR 00715-0490 | |
| 10925 | SEPULVEDA, ARTURO, 3619 BOLIVAR, DALLAS, TX 75220 | |
| 10925 | SEPULVEDA, CARLOS, 113 CANARY AVE, MCALLEN, TX 78504 | |
| 10925 | SEPULVEDA, CHARLES, 6605 MERRY LANE, HOUSTON, TX 77023 | |
| 10925 | SEPULVEDA, FRANCISCO, 1520 E. 17TH ST, 5, LONG BEACH, CA 90513-2314 | |
| 10925 | SEPULVEDA, MONTE, 3339 S. PARKSIDE DR., TEMPE, AZ 85282 | |
| 10924 | SEQUA CAN MACHINERY, 2943 E. LAS HERMANAS, RANCHO DOMINGUEZ, CA 90221 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SEQUA CAN MACHINERY, 401 CENTRAL AVENUE, EAST RUTHERFORD, NJ 07073

10924    SEQUA CHEMICALS, INC, 6008 HIGH PONT ROAD, GREENSBORO, NC 27407

10924    SEQUA CHEMICALS, INC, PO BOX 939, JAMESTOWN, NC 27282

10925    SEQUA CORP SUN CHEMICAL CORP, LEONARD P PASCULLI - DIR, 3 UNIVERSITY PLAZA, HACKENSACK, NJ 07601

10925    SEQUA CORP., 3 UNIVERSITY PLAZA, HACKENSACK, NJ 07601

10925    SEQUA CORPORATION, 200 PARK AVE, NEW YORK, NY 10166

10924    SEQUATCHEE CONCRETE-USE #242376, 129 ASH STREET, SOUTH PITTSBURG, TN 37380

10924    SEQUATCHEE CONCRETE-USE #243112, 306 COWEN ST, NASHVILLE, TN 37202

10924    SEQUATCHIE CONCRETE SERVICE, 111 PRINCE STREET, SHELBYVILLE, TN 37160

10924    SEQUATCHIE CONCRETE SERVICE, 210 ASH AVENUE, SOUTH PITTSBURG, TN 37380

10924    SEQUATCHIE CONCRETE SERVICE, HIGHWAY 136, TRENTON, GA 30752

10924    SEQUATCHIE CONCRETE SERVICE, HIGHWAY 28, DUNLAP, TN 37327

10924    SEQUATCHIE CONCRETE SERVICE, JUNCTION OF HWY 72 & HWY 96, STEVENSON, AL 35772

10924    SEQUATCHIE CONCRETE, 533 E JAMES CAMPBELL BLVD, COLUMBIA, TN 38401

10924    SEQUATCHIE CONCRETE, AKE STREET, ESTILL SPRINGS, TN 37330

10924    SEQUATCHIE CONCRETE, ASH AVENUE, SOUTH PITTSBURG, TN 37380

10924    SEQUATCHIE CONCRETE, ATTN: ACCOUNTS PAYABLE, SOUTH PITTSBURG, TN 37380

10924    SEQUATCHIE CONCRETE, BLOCK, 306 COWAN STREET, NASHVILLE, TN 37207

10924    SEQUATCHIE CONCRETE, BRANCH ROAD - HIGHWAY 127, DUNLAP, TN 37327

10924    SEQUATCHIE CONCRETE, ROUTE 4, HIGHWAY 72 EAST, SCOTTSBORO, AL 35768

10924    SEQUATCHIE CONCRETE-USE #24112, S.CLARK**, RT 4 HWY 72 EAST, SCOTTSBORO, AL 35768

10924    SEQUATCHIE CONCRETE-USE #243112, ATTN: ACCOUNTS PAYABLE, SOUTH PITTSBURG, TN 37380

10924    SEQUATCHIE CONCRETE-USE #243113, P O BOX 129, SOUTH PITTSBURG, TN 37380

10924    SEQUATCHIE CONCRETE-USE #243113, P.O. BOX 129, SOUTH PITTSBURG, TN 37380

10924    SEQUATCHIE CONCRETE-USE #243120, 306 COWAN STREET, NASHVILLE, TN 37202

10924    SEQUATCHIE HEALTH CARE, C/O HICO CONCRETE, DUNLAP, TN 37327

10925    SEQUEIRA PLUMBING, 2474 W AVE 133RD, SAN LEANDRO, CA 94577

10925    SEQUEIRA, DAVID, 870 COVENTRY CIR, BRENTWOOD, CA 94513

10925    SEQUOIA GROVE VINEYARDS, 8338 SAINT HELENA HWY, NAPA, CA 94558

10925    SEQUOIA INTERNATIONAL INC, 1020 22ND ST SE, NAPLES, FL 34117

10925    SEQUOIA INTERNATIONAL, INC, PO BOX 50544, LIGHTHOUSE POINT, FL 33074

10925    SEQUOIA INTERNATIONAL, PO BOX 50544, LIGHTHOUSE POINT, FL 33074

10925    SEQUOIA SOFTWARE CORP., COLUMBIA CORPORATE PARK, 8890 MCGAW RD., COLUMBIA, MD 21045

10925    SEQUOYAH LIMITED LLC, 215 CENTER PARK DR #200, KNOXVILLE, TN 37922

10924    SEQUOYAH PRESBYTERIAN CHURCH, 3700 KEOWEE AVENUE, KNOXVILLE, TN 37919

10925    SERA, MARIO, 11447 BROADWAY, WHITTIER, CA 90601

10925    SERAFIN, FRANK V, 3417 S KENNEDY RD, STURTEVANT, WI 53177-2816

10925    SERAFIN, FRANK, 31 LIVINGSTON DR, PEABODY, MA 01960

10925    SERAFIN, FRANK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    SERAFIN, GEORGE, 202 WASHINGTON AVE, CLIFTON, NJ 07011

10925    SERAFINI, MARISA, 17 WILLIAMS ROAD, WAYLAND, MA 01778

10925    SERATING, C, 52 NEWTON ST APT 1, MARLBORO, MA 01752

10925    SERBENIUK, STEPHEN, 137 YORK, COLLINSVILLE, IL 62234

10925    SERBOUSEK, JUDITH, 5770 COUNTRY LANE NE, CEDAR RAPIDS, IA 52411

10925    SERBU, RADU, 320 NEWBURY ST #206, DANVERS, MA 01923

10925    SERC, PO BOX 149200, AUSTIN, TX 78714-9200

10925    SEREMETH, CHRISTINA, 212 SPRINGHOUSE LANE, PITSBURGH, PA 15238

10925    SERENITY PROJECTS, INC, 4221 NW 55TH DRIVE, COCONUT CREEK, FL 33073

10925    SERENTILL, PATRICIA, 1146 NW 32 PLACE, MIAMI, FL 33125

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  SERETTA, MARJORIE, 101 LEICESTER ST, N BILLERICA, MA 01862

10924  SERF IN UCSD, SAN DIEGO, CA 92101

10925  SERFASS, JOEL, 6767 W BUTLER #857, GLENDALE, AZ 85302

10925  SERFILCO SERV FILTRATION CORP., PO BOX 7832, CHICAGO, IL 60680

10925  SERGEYS, FRANCIS, 10708 LANDSBURY, BATON ROUGE, LA 70809

10924  SERGI CENTER, WINCHESTER, VA 22601

10925  SERGI STEVE, RICHARD FRADEHE BELIVEAU FRADETTE, 91 BAY ST, MANCHESTER, NH 03150

10925  SERGIO CALDERON, 28 DEERWOOD, ALISO VIEJO, CA 92656

10925  SERGIO RODRIGUEZ, 1566 W 37 ST, LOS ANGELES, CA 90018

10925  SERICE, JAY ANTHONY, 1400 BERNADETTE, SULPHUR, LA 70663

10925  SERICE, JAY, 1400 BERNADETTE, SULPHUR, LA 70663

10924  SERICOL, INC., 20 W. 14TH AVENUE, KANSAS CITY, MO 64116

10924  SERICOL, INC., PO BOX 2914, KANSAS CITY, KS 66110-0914

10925  SERIGNE, VIRGINIA, 2109 BAYOU RD, ST BERNARD, LA 70085

10925  SERIGNEY, JOAN, 410 FAIRVIEW ST, HARLEM, GA 30814

10924  SERIGRAPH INC., 3801 E DECORAH RD, WEST BEND, WI 53095

10924  SERIGRAPH SALES, 1859 EAST DECORAH ROAD, WEST BEND, WI 53095

10924  SERIGRAPH SALES, 603 HI MOUNT ROAD, WEST BEND, WI 53095

10924  SERIGRAPH, INC., 603 HIGH MOUNT ROAD, WEST BEND, WI 53095

10925  SERINO, LISA, 505 CHATHAM ST, LYNN, MA 01902

10925  SERIO, PASQUALE, 41 DUDLEY ST, MEDFORD, MA 02155-4007

10925  SERITELLA, LISA, 114 PLAINFIELD AVE, #3, PLAINFIELD, NJ 07063

10925  SERLUCO, ANTHONY F, 8019 SPARTAN DR, BOARDMAN, OH 44512-5868

10924  SERMATECH INTERNATIONAL INC., 155 SOUTH LIMERICK ROAD, LIMERICK, PA 19468

10924  SERMATECH INTERNATIONAL INC., 24 LANDRY STREET, BIDDEFORD, ME 04005

10924  SERMATECH INTERNATIONAL, INC., 155 SOUTH LIMERICK ROAD, ROYERSFORD, PA 19468

10925  SERMATECH ISPA, 2915 WILMARCO AVE, BALTIMORE, MD 21223

10925  SERMATECH/ISPA, 12505 REED RD., SUITE 100, SUGAR LAND, TX 77478

10925  SERMATECH-ISPA, PO BOX 8500-7635, PHILADELPHIA, PA 19178-7635

10925  SERNA, ALICIA, 613 IRVING, HEREFORD, TX 79045

10925  SERNA, BRENDA, 54 ANDREWS PL, ROSWELL, NM 88201

10925  SERNA, ERASMO, 1802 ROBINSON RD. #157, GRAND PRAIRIE, TX 75051

10925  SERNA, LEONEL, 3206 1/4 30TH ST, SAN DIEGO, CA 92104

10925  SERODEO, CARLOS, 192 SHORES ROAD, TAUNTON, MA 02780

10924  SER'OIL SERVICE, PO BOX 1308, MISHAWAKA, IN 46546

10925  SEROOGY, PAUL, 2421 BREEZEWOOD LN, GREEN BAY, WI 54313

10925  SEROTA & SONS, GEN COUNSEL, 70 EAST SUNRISE HWY, SUITE 610, VALLEY STREAM, NY 11581-1260

10925  SEROTA & SONS, GENERAL COUNSEL, 233 WEST MERRICK ROAD, VALLEY STREAM, NY 11580

10925  SERP, DOROTHY, 520 SYLVAN WAY, PASADENA, MD 21122-5530

10925  SERP, NORMAN, 520 SYLVAN WAY, PASADENA, MD 21122-0000

10925  SERP, NORMAN, 876 SWIFT RD, PASADENA, MD 21122-5255

10925  SERPA, CHRISTOPHER, 4844 SHENANDOAH, WICHITA FALLS, TX 76310

10925  SERPA, F, 3401 CLOGSTON WAY, MODESTO, CA 95354

10925  SERPAS, KIM, 39109 BRICKYARD RD, SPRINGFIELD, LA 70462

10925  SERPAS, TAMMY, 116 ROSEWOOD DR, HAMMOND, LA 70401

10925  SERPAS, TERRY, 1102 W MARKET ST., ORRVILLE, OH 44667

10925  SERPE, SABIOUS, 225 GLEBE ST APT # 4, ARLINGTON, VA 22203

10925  SERPENTIX CONVEYOR CORP, 9085 MARSHALL COURT, WESTMINSTER, CO 80030

10925  SERPICK, STEPHANIE, 3414 MANOR HILL RD., BALTIMORE, MD 21208

10925  SERRA, BARBARA, BOX 2445 RD 2, SPRING GROVE, PA 17362

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SERRA, ELLEN, 300 HUNTER RD., HUNTERSVILLE, NC 28078 | |
| 10925 | SERRA, JUAN, 4141 N HENDERSON RD #1111, ARLINGTON, VA 22203 | |
| 10924 | SERRAMONTE SHOPPING CENTER, SAN FRANCISCO, CA 94101 | |
| 10924 | SERRANO & CONE, INC, HIGHWAY 32, ORLAND, CA 95963 | |
| 10924 | SERRANO & CONE, INC., 16591 CAJON BOULEVARD, SAN BERNARDINO, CA 92407 | |
| 10924 | SERRANO & CONE, INC., 2092 OMEGA ROAD-SUITE F, SAN RAMON, CA 94583 | |
| 10924 | SERRANO DRYWALL SUPPLY, 215 9TH STREET, CORALVILLE, IA 52241 | |
| 10924 | SERRANO HIGH SCHOOL, C/O WESTSIDE BUILDING MATERIALS, PHELAN, CA 92329 | |
| 10924 | SERRANO SUPPLY / FAMILY CARE CENTER, 215 NINETH ST, CORALVILLE, IA 52241 | |
| 10925 | SERRANO, ADA, CALLE 12A AB35 JARDI, BAYAMON, PR 00959 | |
| 10925 | SERRANO, ARMAN, 2309 W. FOSTER, CHICAGO, IL 60625 | |
| 10925 | SERRANO, ARMANDO, 2309 W FOSTER, CHICAGO, IL 60625 | |
| 10925 | SERRANO, CARMEN, CALLE 6 D-51, PONCE, PR 00731 | |
| 10925 | SERRANO, JUAN, 23844 VIA JACARA, VALENCIA, CA 91355 | |
| 10925 | SERRANO, NILSA, APARTADO 1199, ARECIBO, PR 00688 | |
| 10925 | SERRANO, ROBERTO, 2136 N.NARRAGANSETT, CHICAGO, IL 60639 | |
| 10925 | SERRANO, RODNEY, 42-61 156TH ST, FLUSHING, NY 11355 | |
| 10925 | SERRANO, YVETTE, 9325 ENVOY WAY, EL PASO, TX 79907 | |
| 10925 | SERRATO, MICHELLE, 35 PROVOST ST., BROCKTON, MA 02402 | |
| 10925 | SERRATOS, MARY, 1502 CALLE DEL NORTE, LAREDO, TX 78041 | |
| 10925 | SERRAULT ROOFING INC, PO BOX 691, SALINA, KS 67402-0691 | |
| 10925 | SERRETI, FRANCIS, 99 MEADOW LN, NORTH ANDOVER, MA 01845 | |
| 10925 | SERTICK, KATY, 884 HEMLOCK LANE, NORTHFIELD, OH 44067 | |
| 10925 | SERTICK, THOMAS, 615 FAIRWAY DR, REDLANDS, CA 92373 | |
| 10925 | SERV-AIR, PO BOX, LEXINGTON, KY 40512 | |
| 10925 | SERVAIS, FRANK, 28 MADISON AVE, SWEDESBORO, NJ 08085 | |
| 10925 | SERVALITE, 3451 MORTON DR, EAST MOLINE, IL 61244 | |
| 10925 | SERVANTS INC., PO BOX 848, JASPER, IN 47547-0848 | |
| 10925 | SERVI, BETTY JANE, 511 S OAK PARK CT, MILWAUKEE, WI 53214 | |
| 10924 | SERVIAGRICOLA DEL BAJIO S.A. DE C.V, ACUEEDUCTO 113 CALESA, QUERETARO, 76020MEXICO | *VIA Deutsche Post* |
| 10924 | SERVIAGRICOLA DEL BAJIO, CORNER OF COFFEE PORT, 1995 N. CENTRAL AVE., BROWNSVILLE, TX 78521 | |
| 10924 | SERVICE /USE554149, THE, 17819 SOUTH FIGUEROA STREET, GARDENA, CA 90248 | |
| 10925 | SERVICE AMERICA CORP, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | SERVICE AMERICA CORP, POBOX 277198, ATLANTA, GA 30384-7198 | |
| 10925 | SERVICE AMERICA CORPORATION, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | SERVICE AMERICA CORPORATION, PO BOX 277198, ATLANTA, GA 30387-7198 | |
| 10925 | SERVICE AMERICA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | SERVICE AREA #7, 125 MILE MARKER, ELKHART, IN 46517 | |
| 10925 | SERVICE ASSOCIATED, INC, 339 W. 112TH PLACE, CHICAGO, IL 60628 | |
| 10925 | SERVICE BY AIR, PO BOX 6017, GARDEN CITY, NY 11530-6017 | |
| 10925 | SERVICE BY AIR, PO BOX 7777, OLD BETHPAGE, NY 11804-7777 | |
| 10925 | SERVICE COMPANY, THE, 201 TANDEM DR, GREER, SC 29650 | |
| 10924 | SERVICE CONCRETE & CORP, PO BOX235, OAK RIDGE, NJ 07438 | |
| 10924 | SERVICE CONCRETE & CORP., OAK RIDGE RD, OAK RIDGE, NJ 07438 | |
| 10924 | SERVICE CONCRETE & CORP., P.O. BOX 235., OAK RIDGE, NJ 07438 | |
| 10924 | SERVICE CONCRETE & CORP., RT. 94, HAMBURG, NJ 07419 | |
| 10925 | SERVICE CONCRETE CORP., OAK RIDGE ROAD, OAK RIDGE, NJ 07438-0235 | |
| 10925 | SERVICE D EXPERTISE EN MATERIAUX, 1400 BOUL. DU PARC TECHNOLOGIQUE, QUEBEC, QC G1P 4R7CANADA | *VIA Deutsche Post* |
| 10925 | SERVICE DYE CUTTING & PACKAGING, PO BOX 26866, PHILADELPHIA, PA 19134 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | SERVICE ELECT/ CRESCENT ELECT., 5570 SOUTH VALLEY VIEW BLVD., LAS VEGAS, NV 89118 | |
| 10924 | SERVICE ELECTRIC SUPLLY INC, 15424 OAKWOOD DR, ROMULUS, MI 48174 | |
| 10924 | SERVICE ELECTRIC SUPPLY CO., 5200 PENN AVENUE, PITTSBURGH, PA 15224 | |
| 10924 | SERVICE ELECTRIC SUPPLY INC., 489 EAST HURON RIVER DR., BELLEVILLE, MI 48111 | |
| 10925 | SERVICE EQUIPMENT & SUPPLY, 1121 DELANO, HOUSTON, TX 77003 | |
| 10925 | SERVICE FASTENER CENTER INC, PO BOX 732, INDIANAPOLIS, IN 46206 | |
| 10925 | SERVICE FILTRATION CORP., DEPT. 77-72005, CHICAGO, IL 60678-2005 | |
| 10925 | SERVICE GLASS & DOOR CO, INC, 401 17TH ST., LAKE CHARLES, LA 70601 | |
| 10925 | SERVICE INDUSTL SUPPLY CO, PO BOX 3126, WEST PALM BEACH, FL 33402 | |
| 10925 | SERVICE INTEGRATORS INC., 2889 NE 26TH ST, FORT LAUDERDALE, FL 33305 | |
| 10925 | SERVICE KONSTRUCTION SUPPLY INC, 47 WEST IRVING PARK ROAD, ROSELLE, IL 60172 | |
| 10925 | SERVICE KONSTRUCTION, 47 WEST IRVING PARK ROAD, ROSELLE, IL 60172 | |
| 10924 | SERVICE LIFE OFFICE BUILDING, 6805 CAPITAL OF TEXAS HIGHWAY N., AUSTIN, TX 78731 | |
| 10924 | SERVICE LUMBER CO, HWY 61 NORTH, ROLLING FORK, MS 39159 | |
| 10924 | SERVICE LUMBER CO., P O BOX 457, ROLLING FORK, MS 39159 | |
| 10924 | SERVICE LUMBER CO., P. O. BOX 457, ROLLING FORK, MS 39159 | |
| 10925 | SERVICE MERCHANDISE CO, PO BOX 150769, NASHVILLE, TN 37215-0769 | |
| 10925 | SERVICE PALLET INC., PO BOX 4002, OAK PARK, IL 60301-4002 | |
| 10924 | SERVICE PARTNERS OF THE CAROLINAS, PO BOX 149, MOORESVILLE, NC 28115 | |
| 10924 | SERVICE PARTNERS OF THE CAROLINAS, PO BOX149, MOORESVILLE, NC 28115 | |
| 10925 | SERVICE RENTAL CENTER, 600 PHILLIP DAVIS DR, CHARLOTTE, NC 28217-1547 | |
| 10924 | SERVICE ROCK PRODUCTS, 16952 'D' STREET, VICTORVILLE, CA 92392 | |
| 10924 | SERVICE ROCK PRODUCTS, 31943 EAST MAIN STREET, BARSTOW, CA 92311 | |
| 10924 | SERVICE ROCK PRODUCTS, ATTN:  ACCOUNTS PAYABLE, VICTORVILLE, CA 92393 | |
| 10925 | SERVICE ROCK PRODUCTS, PO BOX 1146, VICTORVILLE, CA 92393 | |
| 10925 | SERVICE SUPPLY CO INC, 10018 EXPRESS DR, HIGHLAND, IN 46322 | |
| 10924 | SERVICE TEAM, 6565 INTERCHANGE ROAD, LEHIGHTON, PA 18235 | |
| 10924 | SERVICE TEAM, P.O. BOX 67, PALMERTON, PA 18071 | |
| 10924 | SERVICE TELECOMMUNICATIONS INC, 220 EAST 23RD ST. SUITE 905, NEW YORK, NY 10010 | |
| 10925 | SERVICE TIRE TRUCK CENTERS, 2255 AVE A, BETHLEHEM, PA 18017-2165 | |
| 10925 | SERVICE TIRE TRUCK CENTERS, POBOX 23929, NEWARK, NJ 07189-0929 | |
| 10925 | SERVICE TRANSPORT COMPANY, PO BOX 751418, HOUSTON, TX 77275-1418 | |
| 10924 | SERVICE WAREHOUSE, 17819 SOUTH FIGUEROA STREET, GARDENA, CA 90248 | |
| 10924 | SERVICE WAREHOUSE, THE, 17819 SOUTH FIRUERIO STREET, GARDENA, CA 90248 | |
| 10925 | SERVICEMASTER BUILDING SERVICES, POBOX 2890, WOBURN, MA 01888 | |
| 10925 | SERVICEMASTER OF SOUTHEAST ORANGE, POBOX 560434, ORLANDO, FL 32856-0434 | |
| 10925 | SERVICEMAX, 6454 WEST 74TH ST, BEDFORD PARK, IL 60638-9926 | |
| 10925 | SERVICEWARE INC, 333 ALLEGHENY AVE, OAKMONT, PA 15139 | |
| 10925 | SERVICIOS FINANCIEROS Y, ZARAGOZA 1000 SUR D-515, MONTERREY, 64000NETHERLAND | *VIA Deutsche Post* |
| 10924 | SERVICISED LTD., AJAX AVENUE, SLOUGH BERKS SL1 4BH, LO 0UNK | *VIA Deutsche Post* |
| 10925 | SERVIES, JASON, 7 JENNIFER LANE, BROWNSBURG, IN 46112 | |
| 10925 | SERVILLO, JANINE, 84 KNICKERBOCKER RD, DEMAREST, NJ 07627 | |
| 10925 | SERVIN, FABIOLA, 1016 E SANDISON ST, WILMINGTON, CA 90744 | |
| 10925 | SERVISS, MICHAEL, 1138 N. JEFFERSON AVE, INDIANAPOLIS, IN 46201 | |
| 10925 | SERVISS-STRONG, MARIE, 1503 EARL ST, INDIANAPOLIS, IN 46241 | |
| 10924 | SERVISTAR CORP., PO BOX2571, BUTLER, PA 16001 | |
| 10925 | SERVISTAR HOME CENTER, 2615 COLUMBIA HWY. N., AIKEN, SC 29805 | |
| 10925 | SERVISTAR, 2746 EVANS MILL ROAD, LITHONIA, GA 30058 | |
| 10925 | SERVISTAR, PO BOX 370, WOODRUFF, SC 29388 | |
| 10925 | SERVITEX LINEN SERVICES, PO BOX 3659, DANVILLE, VA 24543 | |
| 10925 | SERVOMEX, 90 KERRY PLACE, DEDHAM, MA 02026 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SERVOSS, LARRY, 3595 RADER SIDE, GREENEVILLE, TN 37743 | |
| 10925 | SERVOTRONICS INC, 1110 MAPLE ST, ELMA, NY 14059 | |
| 10925 | SERVPRO, 225 N. JAMES ST., WILMINGTON, DE 19804 | |
| 10924 | SERVUS RUBBER CO., INC., 1136 SECOND STREET, ROCK ISLAND, IL 61201 | |
| 10924 | SERVUS RUBBER COMPANY, 1136 SECOND STREET, ROCK ISLAND, IL 61201 | |
| 10925 | SERWE, PETER, 1200 RICHARDINE CRT, GREEN BAY, WI 54304 | |
| 10925 | SES STAFFING SOLUTIONS, PO BOX 930943, ATLANTA, GA 31193 | |
| 10925 | SESCO ELECTRIC SUPPLY, PO BOX 4297, CHATTANOOGA, TN 37405 | |
| 10925 | SESI CONSULTING ENGINEERS, 12-A MAPLE AVE., PINE BROOK, NJ 07058 | |
| 10925 | SESING, PETER, 305 SOUTH COOK ST, BARRINGTON, IL 60010 | |
| 10925 | SESNO, JULIE, 25 BENWAY COURT, CATONSVILLE, MD 21228 | |
| 10925 | SESS, JOSEPH, 3918 BERANGER COURT, CINCINNATI, OH 45255 | |
| 10925 | SESS, ROBERTA, 3918 BERANGER COURT, CINCINNATI, OH 45255 | |
| 10924 | SESSER CONCRETE PROD, P.O.  BOX 565, SESSER, IL 62884 | |
| 10924 | SESSER CONCRETE PRODUCTS CO., PO BOX100, SESSER, IL 62886 | |
| 10924 | SESSER MATERIAL PROD INC, EAST COAL AVE & COCKRUN ST., SESSER, IL 62884 | |
| 10925 | SESSIONS, JAMES, 2511 PLEASANT CREEK, KINGWOOD, TX 77345-1673 | |
| 10925 | SESSIONS, LAURA, 3620 YOLANDO RD, BALTIMORE MD, MD 21218 | |
| 10925 | SESSIONS, PATRICIA, 14531 ELLA BLVD., 3801, HOUSTON, TX 77014-2557 | |
| 10925 | SESTRICK, MICHAEL R, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | SESTRICK, MICHAEL, 7838 ROCKBURN DRIVE, ELLICOTT CITY, MD 21043 | |
| 10925 | SET ENVIRONMENTAL INC, 8770 S. 78TH AVE, BRIDGEVIEW, IL 60455 | |
| 10925 | SET ENVIRONMENTAL INC, POBOX 5923, CAROL STREAM, IL 60197-5923 | |
| 10925 | SET ENVIRONMENTAL, INC, PO BOX 71754, CHICAGO, IL 60694-1754 | |
| 10925 | SET POINT, 31 OXFORD ROAD, MANSFIELD, MA 02048 | |
| 10925 | SETA, CARMEN, 21 GAHL TERRACE, READING, OH 45215 | |
| 10924 | SE-TAC BOX, 23400 71ST PLACE SOUTH, KENT, WA 98032 | |
| 10925 | SETAR, LYNN, 1647 CITATION DR, LIBRARY, PA 15129 | |
| 10925 | SETAS UNLIMITED DE P.R. INC, CARR. N 2 - KM 17.1-BO CANDELARIA, TOA BAJA, PR 00949PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SETAS UNLIMITED DE PR, INC, CARR. N 2 - KM 17.1-BO CANDELARIA, TOA BAJA, PR 00949PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SETCHELL, GINA, 3859 LAKEWOOD RD, LAKE WORTH, FL 33461 | |
| 10925 | SETCHELL, GINA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | SETH F STERN, 23 WILLETS, OLD WESTBURY, NY 11568-1522 | |
| 10925 | SETH H HOLMES, 5171 MERLAU RD, EAST AURORA, NY 14052-9513 | |
| 10925 | SETH M LEHMAN, 125 HEWLETT NECK RD, WOODMERE, NY 11598-1402 | |
| 10925 | SETH RIGBY WRIGHT &, DELLA F WRIGHT JT TEN, 416 SOUTH 100 WEST BOX 753, MONTICELLO, UT 84535-0753 | |
| 10925 | SETH, JYOTI, 22 ELYSIAN DRIVE, ANDOVER, MA 01810 | |
| 10925 | SETHNESS, PO BOX 92331, CHICAGO, IL 60675-2331 | |
| 10925 | SETMAYER, ALLEN, 5090 PARKSIDE DRIVE, MASON, OH 45040-2219 | |
| 10924 | SETON HALL UNIVERSITY @ @, SOUTH ORANGE AVENUE, ORANGE, NJ 07050 | |
| 10925 | SETON HILL COLLEGE, HALE & DORR LLP, 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004 | |
| 10925 | SETON HILL COLLEGE, SETON HILL COLLEGE, COLLEGE AVE, GREENSBURG, PA 15601 | |
| 10924 | SETON MEDICAL CENTER, 7900 FM1826, AUSTIN, TX 78739 | |
| 10925 | SETON NAME PLACE CO., PO BOX 95904, CHICAGO, IL 60694-5904 | |
| 10925 | SETON NAME PLATE CO, POBOX 95904, CHICAGO, IL 60694-5904 | |
| 10925 | SETON NAME PLATE CO., FILE #22143, LOS ANGELES, CA 90074-2214 | |
| 10925 | SETON NAME PLATE CO., PO BOX 95904, CHICAGO, IL 60694-5904 | |
| 10925 | SETON NAME PLATE CO., POBOX 18485, NEWARK, NJ 07191 | |
| 10925 | SETON NAME PLATE COMPANY, FILE 22143, LOS ANGELES, CA 90074-2214 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SETON NAME PLATE COMPANY, PO BOX 5141, STAMFORD, CT 06904-5141

10925   SETON NAME PLATE COMPANY, PO BOX 5141, STAMFORD, CT 06905

10925   SETON NAME PLATE CORP., PO BOX AA-1331, NEW HAVEN, CT 06505

10925   SETON, PO BOX 819, BRANFORD, CT 06405-9829

10925   SETRA SYSTEMS INC, 159 SWANSON ROAD, BOXBOROUGH, MA 01719-1111

10924   SETRA SYSTEMS, 159 SWANSON ROAD, BOXBOROUGH, MA 01719

10925   SETTLE, BRIAN, 1837 NORTHERN VIOLA LANE NE, ROCHESTER, MN 55906

10925   SETTLE, LISA, 5 WILLOW BROOK COURT, RANDALLSTOWN, MD 21133

10925   SETTLE, LISA, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   SETTLE, THOMAS, 5 WILLOW BROOK COURT, RANDALLSTOWN, MD 21133

10924   SETTLEMEYER TEMPLETE, 2601 COMMERCE BLVD., IRONDALE, AL 35210

10924   SETTLEMEYER, IRONDALE, AL 35210

10925   SETTLEMYRE, P WES, 7632 QUAIL HILL ROAD, CHARLOTTE, NC 28210

10925   SETTLEMYRE, PAUL, 7632 QUAIL HILL RD, CHARLOTTE, NC 28210

10925   SETTLES, CAROL, 6895 STRATTON CIR., MORROW, GA 30260

10925   SETTLES, RUSSELL, 9118 KINGS CANYON DRIVE, CHARLOTTE, NC 28210

10925   SETZ, LISA N, 801 STEARNS HILL RD, WALTHAM, MA 02154

10925   SETZER, VERNON, 826 FM 2550, HUNTSVILLE, TX 77340-9998

10925   SEVCO, INC, PO BOX 219, WATERVILLE, ME 04903

10925   SEVEN OAKS RESTAURANT, 104 BRIDGES ROAD, GREENVILLE, SC 29601

10925   SEVEN SEAS SUBSCRIPTIONS, PO BOX 40819, PROVIDENCE, RI 02940

10925   SEVENSON ENVIRONMENTAL, INC, 2749 LOCKPORT RD., NIAGARA FALLS, NY 14305

10924   SEVENTH AND PIKE CINEMAS, SEATTLE, WA 98101

10925   SEVER, KIMBERLY, 728 WAKEFIELD ST, ARLINGTON, VA 22203

10925   SEVERA, SARAH, 1211 MORRIS AVE, GREEN BAY, WI 54304

10924   SEVERANCE HALL, 11001 EUCLID AVENUE, CLEVELAND, OH 44106

10924   SEVERANCE MALL, 3640 MAYFIELD ROAD, CLEVELAND HEIGHTS, OH 44118

10925   SEVERANCE TRUCKING CO INC, 7 WALNUT HILL PARK, WOBURN, MA 01801

10925   SEVERANCE TRUCKING, 49 MCGRATH ROAD, DRACUT, MA 01826

10925   SEVERIDE, ALTHEA, 3630 12TH AVE SW APT W-6, CEDAR RAPIDS, IA 52404

10925   SEVERIDT, DONALD, 405 FOURTH ST SW, STATE CENTER, IA 50247

10925   SEVERINGHAUS JR, NELSON, 6 FOXHALL CLOSE, NASHVILLE, TN 37215-1808

10925   SEVERN GRAPHICS INC., 7590 RITCHIE HWY., GLEN BURNIE, MD 21061

10925   SEVERN GRAPHICS, PO BOX 612, GLEN BURNIE, MD 21061

10925   SEVERN TRENT CHICAGO, 2417 BOND ST, UNIVERSITY PARK, IL 60466

10925   SEVERN TRENT LABORATORIES INC, POBOX 7777-W3985-VT, PHILADELPHIA, PA 19175-3985

10925   SEVERN TRENT LABORATORIES INC., PO BOX 7777-W3985-VT, PHILADELPHIA, PA 19175-3985

10925   SEVERNS, ROBERT, 257 MONTCLAIR RD, LOS GATOS, CA 95030

10925   SEVERSON, JAMES, PO BOX 1899, STEAMBOAT SPRINGS, CO 80477

10925   SEVERSON, KEITH JAMES, CUST FOR RYAN JAMES SEVERSON, UNIF GIFT MIN ACT CA, 24825 CORTE POCO, SALINAS, CA 93908-9307

10925   SEVIER COUNTY ASSESSOR, 250 NORTH MAIN, RICHFIELD, UT 84701

10924   SEVIER HEIGHTS BAPTIST CHURCH, 3706 SEVIER HEIGHTS ROAD, KNOXVILLE, TN 37930

10924   SEVIER HEIGHTS BAPTIST CHURCH, RETENBACH CONSTRUCTION, 3220 DRESSIER RD., KNOXVILLE, TN 37920

10924   SEVIGNY AUTOMOTIVE, 3927 SOUTH DIVISION, WAYLAND, MI 49348

10925   SEVIGNY, JOANNE, 9 JOY TERRACE, METHUEN, MA 01844

10925   SEVIGNY, THEODORE, 76 CANTERBURY RD, WALTHAM, MA 02154-8243

10925   SEVILLA, DOMINADOR, 12306 S GALE AVE, HAWTHORNE, CA 90250

10925   SEVILLE CENTRAL MIX CORP, 157 ALBANY AVE, FREEPORT, NY 11520

10924   SEVILLE CENTRAL MIX CORP., 615 FURROWS ROAD, HOLTSVILLE, NY 11742

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   SEVILLE CENTRAL MIX CORP., JOHNSON AVE., INWOOD, NY 11696

10924   SEVILLE CENTRAL MIX CORP., ROUND SWAMP ROAD PLANT #2, OLD BETHPAGE, NY 11804

10924   SEVILLE CENTRAL MIX CORP., ROUND SWAMP ROAD, OLD BETHPAGE, NY 11804

10924   SEVILLE CENTRAL MIX INC ., 615 FURROWS ROAD, HOLTSVILLE, NY 11742

10924   SEVILLE CENTRAL MIX INC, 157 ALBANY AVE, FREEPORT, NY 11520

10924   SEVILLE CENTRAL MIX INC., 157 ALBANY AVE, FREEPORT, NY 11520

10924   SEVILLE SQUARE WEST, CORNER OF JEFFERSON, & JC NICHOLS PARKWAY, KANSAS CITY, MO 64108

10925   SEVILLE, ERIC D, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SEVILLE, ERIC D, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SEVILLE, ERIC, 93 OAK ST #88, ASHLAND, MA 01721

10925   SEVIM ONDER, 35608 JOHNSTOWN, FARMINGTON HILLS, MI 48335-2015

10925   SEVIN, ROLAND, 106 SANDRAS ST, LOCKPORT, LA 70374-9636

10925   SEWAAH-BONSU, AMMA, 2451 ATRIUM CIRCLE, ORLANDO, FL 32808

10925   SEWARD, EUGENE, 1069 ST CLAIR AVE, COLUMBUS, OH 43201-3028

10925   SEWARD, RAYMOND, 40 RIVERSIDE AVEAPT B5, RED BANK, NJ 07701

10925   SEWARDS, TODD, 73F LIONEL AVE, WALTHAM, MA 02154

10925   SEW-CAL MONOGRAMMING, 101 CLINTON AVE, ROSEVILLE, CA 95678

10925   SEWELL & RIGGS, 333 CLAY AVE, HOUSTON, TX 77002

10925   SEWELL HARDWARE CO, INC, 20 S.E. 3RD ST, BOCA RATON, FL 33432

10925   SEWELL HARDWARE, PO BOX 1080, WEST PALM BEACH, FL 33402

10925   SEWELL, A, 755 E. LEMON, BARTOW, FL 33830

10925   SEWELL, AMELIA, 846 HUDSPETH AVE, SIMI VALLEY, CA 93065-0000

10925   SEWELL, AUDRA, 11631 FERGUSON RD. #3236, DALLAS, TX 75228

10925   SEWELL, JARED, 1505 SAM HOUSTON DR., GARLAND, TX 75044

10925   SEWELL, ROBERT, 1448 QUEBRADA DEL SUR, HARVEY, LA 70058

10925   SEWELL, TOMMY LEE, CUST FOR ERIC ANDREW SEWELL, UNDER NE UNIF TRANS TO MIN ACT, 1536 ORMSBY RD, CENTRAL CITY, NE 68826-8001

10925   SEWELL, TOMMY LEE, CUST FOR PETER ALEXANDER SEWELL, UNDER NE UNIF TRANS TO MIN ACT, 1536 ORMSBY RD, CENTRAL CITY, NE 68826-8001

10925   SEXAUER JT TEN, BENJAMIN H & SUZANNE CONROY, 22 EASTRIDGE DR, SANTA CRUZ, CA 95060-1803

10925   SEXAUER, MICHAEL, 220 ELM ST, #532, CLEMSON, SC 29632

10925   SEXTON & PEAKE, INC, 9687 GERWIG LANE, COLUMBIA, MD 21046

10924   SEXTON CAN COMPANY, 1080 FAIRFAX, MARTINSBURG, WV 25401

10924   SEXTON CAN COMPANY, 3101 SEXTON ROAD, DECATUR, AL 35601

10925   SEXTON JR., WILLIAM, RT. 1 BOX 80 A, VANDALIA, MO 63382

10924   SEXTON WILBERT CORP., 1908 W. ALLEN STREET, BLOOMINGTON, IN 47403

10924   SEXTON WILBERT CORP., 1908 WEST ALLEN STREET, BLOOMINGTON, IN 47403

10925   SEXTON, ALVIN, PO BOX 1072, SIMPSONVILLE, SC 29681

10925   SEXTON, BRIAN, 114 ALBANY ST, SHREVEPORT, LA 71105

10925   SEXTON, FRED, 117 WOODLAND DRIVE, FOUNTAIN INN, SC 29644

10925   SEXTON, GEORGE E, 501 SOUTH MAIN ST, FOUNTAIN INN, SC 29644

10925   SEXTON, GEORGE, 501 SOUTH MAIN ST, FOUNTAIN INN, SC 29644

10925   SEXTON, JACK, 504 HUNTERS HILL RD, SIMPSONVILLE, SC 29680

10925   SEXTON, JOSEPHINE, 116 NE MAIN ST, SIMPSONVILLE, SC 29681

10925   SEXTON, JOSEPHINE, PO BOX 1072, SIMPSONVILLE, SC 29681

10925   SEXTON, LANA, 4913 HWY 86, EASLEY, SC 29642

10925   SEXTON, RONDA, 178 HWY PO BOX 323, LIBERTY, SC 29657

10925   SEXTON, TERRY, 3523 GERONIMO COURT 5, MEMPHIS, TN 38118

10925   SEXTON, THOMAS, 39593 BANYON TREE CT, FREMONT, CA 94538

10925   SEXTON, WILLIAM, 218 BROOKSIDE DR, DUNCAN, SC 29334

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 SEXTON-WILBERT CORP., 1908 WEST ALLEN ST., BLOOMINGTON, IN 47403

10925 SEYBERT, EARL, 69 CROSSWIND DRIVE, SHREWSBURY, PA 17361-0000

10925 SEYBOLD PAPER CO., 107 NORTHEAST DR., LOVELAND, OH 45140

10925 SEYBOLD PAPER CO., PO BOX 631046, CINCINNATI, OH 45263-1046

10925 SEYBOLD, JED, 432 TAYLOR ROAD, EXTON, PA 19341-9998

10925 SEYBOTH, VALERIE, 7 GALE CT, N PROVIDENCE, RI 02904

10924 SEYDEL COMPANIES, THE, 244 JOHN B BROOKS RD, PENDERGRASS, GA 30567

10925 SEYFARTH SHAW FAIRWEATHER GERALDSON, SEYFARTH SHAW, 2 SEAPORT LN, BOSTON, MA 02210-2001

10925 SEYFARTH SHAW, 55 EAST MONROE ST, CHICAGO, IL 60603-5803

10925 SEYFARTH, SHAW, FAIRWEATHER & GERAL, 55 EAST MONROE ST, CHICAGO, IL 60603-5803

10925 SEYFARTH, SHAW, FAIRWEATHER &, SUITE 4200, CHICAGO, IL 60603-5803

10925 SEYFERT, TINA, 820 REBER ST, SHOEMAKERSVIL, PA 19555

10925 SEYFFERTH, CLARENCE, 6075 COWLES MTN BLVD, LA MESA, CA 92041

10924 SEYFORTH RFG., GARLAND, TX 75041

10924 SEYFORTH ROOFING, SIPLAST, 2600 N. HIGHWAY 118, ALPINE, TX 79830

10925 SEYKOTA, ULANNA, 13754 MANGO DR. #210, DEL MAR, CA 92014

10924 SEYMORE BROTHERS CONCRETE, 4221 SIXTH AVE, ALTOONA, PA 16602

10924 SEYMORE BROTHERS, INC., 4221 6TH AVENUE, ALTOONA, PA 16602

10925 SEYMORE GRAFF, 1923 NO 15TH ST, READING, PA 19604-0000

10925 SEYMOUR A HEINFLING, 1711 RUTLAND DR APT 1103, AUSTIN, TX 78758-6079

10925 SEYMOUR BECKER & DINA BECKER, JT TEN, 649 E 83RD ST, BROOKLYN, NY 11236-3435

10925 SEYMOUR BERGER, 15 SANDPIPER CT, AMHERST, NY 14228-1061

10925 SEYMOUR D GREENWALD, 447 E WASHINGTON ST, SYRACUSE, NY 13202-1915

10925 SEYMOUR KAUFMAN, 3000 BRONX PARK E 8B, BRONX, NY 10467-6716

10924 SEYMOUR OF SYCAMORE INC., 917 CROSLEY AVENUE, SYCAMORE, IL 60178

10925 SEYMOUR POWERS & RICHARD GRETSCH, PO BOX 581 COMMERCE PARK, DANBURY, CT 06810-0581

10924 SEYMOUR SAND & STONE INC, 34 BOZRAH ST., BOZRAH, CT 06334

10925 SEYMOUR WEINER &, FELICIA WEINER JT TEN, 10711 BRIDLESPUR DR, KANSAS CITY, MO 64114-5075

10925 SEYMOUR, ALFUS, 5265 DAWSONVILLE HWY, GAINESVILLE, GA 30506

10925 SEYMOUR, BRENDA, 12015 JIM RAMSEY CUTOFF RD., OCEAN SPRINGS, MS 39565-7819

10925 SEYMOUR, CYRIL, 28 CT CIR PARKHURST, LAKEVILLE, MA 02346

10925 SEYMOUR, DEREK, 2824 W STATE ST, MILWAUKEE, WI 53208

10925 SEYMOUR, JEAN, 70 PARK TERRACE WEST, NEW YORK, NY 10034

10925 SEYMOUR, KENNETH, 9-4 STRAWBERRY BANK, NASHUA, NH 03062

10925 SEYMOUR, MICHAEL, 1456 N TIMBER TRAIL, SUAMICO, WI 54173

10925 SEYMOUR, RAPHAEL, 246 CARTER ROAD, GENEVA, NY 14456-1022

10925 SEYMOUR, WILLIAM, 246 CARTER ROAD, GENEVA, NY 14456

10925 SEYMOURE, SHONDA, 19 MELROSE AVE, PLAINFIELD, NJ 07063

10925 SEYOUM, TEKLE, 4215 KESSLER BLVD N. DR, INDIANAPOLIS, IN 46208

10925 SEYR, ANDREW, 143 ERIE ST, DUMONT, NJ 07628

10924 SEZZI CONCRETE INC & MATLS, 1512 FOURTH STREET, SUSANVILLE, CA 96130

10924 SEZZI CONCRETE INC & MATLS, 477-050 HIGHWAY 139 NORTH, SUSANVILLE, CA 96130

10924 SEZZI CONCRETE INC & MTLS, 477-050 HWY.139N, SUSANVILLE, CA 96130

10925 SFA ASOCIADOS S.A., ZARAGOZA 1000 SUR D-515, MONTERREY NL, 64000MEXICO      *VIA Deutsche Post*

10925 SFARRA, ROBERT, 534 COLUMBUS AVE, 33, BOSTON, MA 02118

10925 SFC COMMUNICATIONS INC, 3959 ELECTRIC RD STE 155, ROANOKE, VA 24018

10925 SFC ESCROW ACCOUNT, 19 FAIRWAY ISLAND, GRASONVILLE, MD 21638

10925 SFC&B ASSOCIAION, PO BOX 6212, DELRAY BEACH, FL 33482-6212

10925 SFEIR, MARSHA, 407 SHANNON DR, GREENVILLE, SC 29615

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SFERRAZZA, VINCENT J, CUST FOR VINCENT J SFERRAZZA JR, UNIF GIFT MIN ACT-CALIF, 6907 WALKER, BELL, CA 90201-2934

10925   SFG C0010, POBOX 910262, DALLAS, TX 75391-0262

10925   SFG S0343, POBOX 910262, DALLAS, TX 75391-0262

10925   SFI, 1895G BEAVER RIDGE CIRCLE, NORCROSS, GA 30071

10925   SFI, INC, PO BOX 12635, NORFOLK, VA 23541

10925   SFI, PO BOX 2418, NORFOLK, VA 23501

10925   SG FRANTZ COMPANY, INC, PO BOX 1138, TRENTON, NJ 08606-1138

10925   SGARLATO, MARGARET, 146 EAST 49TH ST, NEW YORK, NY 10017

10924   SGF CONSULTING SERVICES, 881 HEX HIGHWAY, HAMBURG, PA 19526

10925   SGL CARBON CORP., 900 THERESIA ST., SAINT MARYS, PA 15857

10925   SGL CARBON CORPORATION, PO BOX 601009, CHARLOTTE, NC 28260-1009

10925   SGOUROS, ALTHEA, 37 CHURCHILL AVE, ARLINGTON, MA 02174

10924   SGS CONTROL SERVICES INC, 20 LAFAYETTE STREET, CARTERET, NJ 07008

10924   SGS CONTROL SERVICES INC., 22934 LOCKNESS AVENUE, TORRANCE, CA 90501

10924   SGS CONTROL SERVICES, INC., (809)778-5471, 40 CASTLE COAKLEY, CHRISTIANSTED, IT 820UNK   *VIA Deutsche Post*

10924   SGS CONTROL SERVICES, INC., 151 JAMES DR. WEST, SAINT ROSE, LA 70087

10924   SGS CONTROL SERVICES, INC., BOX 1528 KINGSHILL, KINGSHILL, IT 851UNK   *VIA Deutsche Post*

10924   SGS CONTROL SERVICES, INC., PO BOX 1328, KENNER, LA 70063

10925   SGS INTERNATIONAL CERTIFICATION, 515 WEST GREENS RD.,STE. 950, HOUSTON, TX 77067

10925   SGS THOMPSON MICRO ELECTRONICS, 141 COMMERCE DR, MONTGOMERYVILLE, PA 18936

10925   SGS THOMPSON, 1310 ELECTRONICS DR, CARROLLTON, TX 75006

10925   SGS U.S. TESTING COMPANY INC, PO BOX 102156, ATLANTA, GA 30368-0156

10925   SGS U.S. TESTING COMPANY INC., CT CORPORATION SYSTEM, 1675 BROADWAY SUITE 1200, DENVER, CO 80202

10925   SGS US TESTING COMPANY INC, 5555 TELEGRAPH RD, LOS ANGELES, CA 90040

10925   SGS US TESTING CONPANY INC, PO BOX 102156, ATLANTA, GA 30368-0156

10925   SGS YARSLEY, 217/221 LONDON ROAD, SURREY, CAMBERLEY, GU153EYUNITED KINGDOM   *VIA Deutsche Post*

10925   SGS-THOMSON MICRO-, LORONG 4&6 T0A PAYOH, SINGAPORE, 01231SINGAPORE   *VIA Deutsche Post*

10925   SGS-THOMSON MICROELECTRONICS SDN BH, TANJONG AGAS INDUSTRIAL AREA, MUAR JOHORE, 0MALAYSIA   *VIA Deutsche Post*

10925   SGT 2000 INC, 354 RT 122, ST-GERMAIN (QUEBEC), QC J0C 1K0CANADA   *VIA Deutsche Post*

10925   SHAAK, WILLIAM, 416 WASHINGTON ST., PENNSBURG, PA 18073

10925   SHAAR, CAROL, 899 CLEARWOOD RD, COPLEY, OH 44321

10925   SHABAZZ, DELFINA, RT4 BOX 398, ST. ANNNE, IL 60964

10925   SHACHTER, FELICIA, CUST FOR JAY F SHACHTER, UNIF GIFT MIN ACT-PA, 1200 WEYMOUTH RD, PHILADELPHIA, PA 19151

10925   SHACKELFORD, ALYSIA, 1830 BEBOUT DR, NORCROSS, GA 30071

10925   SHACKELFORD, JERRY, 4703 CAVETT DR, HUNTSVILLE, AL 35810

10925   SHACKELFORD, JOE L., TIPPAH COUNTY COURTHOUSE, RIPLEY, MS 38663

10925   SHACKELFORD, STEPHEN L, 401 E CAPITOL AT CONGRESS HERITAGE BLDG STE 100M, JACKSON, MS 39201

10925   SHACKELFORDS FLORIST, 6108 QUINCE RD., MEMPHIS, TN 38119

10925   SHACKLEFORD, SARAH, 1526 W.MT ROYAL AVE, BALTIMORE, MD 21216

10925   SHACKLEFORDS FLORIST, 6108 QUINCE ROAD, MEMPHIS, TN 38119-7299

10925   SHADAN, MARTHA, 12 EDMUND BRIGHAM WAY, WESTBORO, MA 01581

10925   SHADDEN, KENNETH, 4616 PINE ST #1108, CHATTANOOGA, TN 37416

10924   SHADE & WISE, INC., 2010 DABNEY ROAD, RICHMOND, VA 23230

10925   SHADE CONSTRUCTION CO., POBOX 28324, BALTIMORE, MD 21234

10925   SHADECK, ANGELIQUE, 26 LILLIAN ST, EAST GREENWICH, RI 02818

10924   SHADES MOUNTAIN, 4905 POWELL AVENUE, BIRMINGHAM, AL 35222

10925   SHADID & ASSOC, INC, 11401 TWISTED OAK, OKLAHOMA CITY, OK 73120

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SHADLE, RICHARD R, 29 MOSSWOOD CIR, AMHERST, NH 03031-1944

10925   SHADLE, RICHARD, 29 MOSSWOOD CIRCLE, AMHERST, NH 03031

10925   SHADLE, ROBERT, 7 DUBLIN CT, GREENVILLE, SC 29615

10924   SHADOW MOUNTAIN SCHOOL, PHOENIX, AZ 85019

10925   SHADRICK, MARK, 8412 SHADOWWOOD DRIVE, HIXSON, TN 37343

10925   SHADWICK, GARY, BOX L63, 10244 MAIN ST., WHITESVILLE, KY 42378

10925   SHADWICK, MARY ANN, 2098 BUTTONWOOD, COLTON, CA 92324

10925   SHADY REST BARBECUE INC, 3955 EAST FOURTH ST, OWENSBORO, KY 42303

10924   SHADYGROVE HOSPITAL, SHADYGROVE ROAD, GAITHERSBURG, MD 20877

10924   SHADYGROVE, 11111 PLANO ROAD, DALLAS, TX 75238

10924   SHADYSIDE HOSPITAL, 5320 CENTER AVE, PITTSBURGH, PA 15232

10924   SHAFER BLOCK, SOUTH EDGEWOOD AVE, SOMERSET, PA 15501

10924   SHAFER CONTRACTING CO INC, P O BOX 128, SHAFER, MN 55074

10924   SHAFER CONTRACTING CO INC, P.O. BOX 128, SHAFER, MN 55074

10924   SHAFER CONTRACTING CO INC, SHAFER, MN 55074

10925   SHAFER CONTRACTING CO. INC., PO BOX 128, SHAFER, MN 55074

10925   SHAFER, BONNIE, 17 STILLWELL ROAD, HIGH BRIDGE, NJ 08829

10925   SHAFER, KENNETH, 104 ROCKY CHASE DR, GREENVILLE, SC 29615

10925   SHAFER, MARTHA, 2123 SOFTWIND TRAIL WEST, JACKSONVILLE, FL 32224

10925   SHAFER, MATTHEW, 24 WHITMAN ST, SOMERVILLE, MA 02144

10925   SHAFER, PAUL, 3332 DERYSHIRE, BAKER, LA 70714

10924   SHAFFER BLOCK & CONCRETE, PRODUCTS, SOMERSET, PA 15501

10925   SHAFFER BURTON, 73 RUSSELL ROAD, FRAMINGHAM, MA 01701

10925   SHAFFER IRVING, 7 PINE HILL ROAD, FRAMINGHAM, MA 01701

10925   SHAFFER LANDFILL ASSESS, 840 NEWPORT CENTER DR, NEWPORT BEACH, CA 92660

10925   SHAFFER LANDFILL REMEDIAL ACTION, 450 MONTBROOK LANE, KNOXVILLE, TN 37919

10925   SHAFFER LANDFILL REMEDIAL ACTION, C/O DE MAXIMIS INC, 450 MONTBROOK LANE, KNOXVILLE, TN 37919

10925   SHAFFER LANDFILL TRUST, 450 MONTBROOK LANE, KNOXVILLE, TN 37919

10925   SHAFFER REALTY NOMINEE TRUST PAPER, SOL FELDMAN, 152 HAMPDEN ST, ROXBURY, MA 02119-2835

10925   SHAFFER TREE SERVICE, 515 KNOX AVE, NEW CASTLE, PA 16101

10925   SHAFFER, ALBERT, PO BOX 101, MAYBELL, CO 81640

10925   SHAFFER, DANNIE, 30980 E BATES RD, HAMMOND, LA 70403

10925   SHAFFER, DAVID, 1006 POWERS AVE, YOUNGSTOWN, OH 44505

10925   SHAFFER, EUGENE, 15354 DANSEUR LOT 814, CLINTON TWNSHIP, MI 48038

10925   SHAFFER, EUGENE, 210 BRANNON DRIVE LOT 28A, DICKSON, TN 37055

10925   SHAFFER, GENE, 739 WASHINGTON ST, CRAIG, CO 81625

10925   SHAFFER, JAY, 1056 MINDY LANE, 1410, WOOSTER, OH 44691

10925   SHAFFER, KAREN, 30053 MALVERN, WESTLAND, MI 48185

10925   SHAFFER, R, 6942 PICKADILLY CT., FORT MYERS, FL 33919

10925   SHAFFER, RANDALL, 115 E. MAITLAND LANE, NEW CASTLE, PA 16105

10925   SHAFFER, SR, THOMAS, R D 6 BOX 579, NEW CASTLE, PA 16101

10925   SHAFFER, SUSAN, 1838 CHEROKEE, N.W. ALBUQUERQUE, NM 87107

10925   SHAFFERN, ANN MARIE, 3273 MEMPHIS ST., PHILADELPHIA, PA 19134

10925   SHAFIQ, MOHAMMAD, 4701 KENMORE AVE #1214, ARLINGTON, VA 22304

10925   SHAFNER, CULLEN, 6094 BUSCH BLVD, COLUMBUS, OH 43229

10925   SHAFNER, KERI-ANN, 5128 CHEVY CHASE CT, COLUMBUS, OH 43220

10925   SHAFT, ROBERT, 132O SCHEURING RD APT 1, DE PERE, WI 54115

10925   SHAFTAL INTERNATIONAL TRADING CO, 2101 NW 82 AVE, MIAMI, FL 33122

10925   SHAFTAL INTERNATIONAL TRADING CO, SUITE 105, 8707 N SKOKIE BLVD, SKOKIE, IL 60077

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10924    SHAFTER READY MIX, 22004 RIVERSIDE AVENUE, SHAFTER, CA 93263

10924    SHAFTER READY MIX, PO BIN 1387, SHAFTER, CA 93263

10924    SHAFTER READY MIX, POST OFFICE BIN 1387, SHAFTER, CA 93263

10924    SHAH CONSTRUCTORS, 610 DELMAR AVENUE, ATLANTA, GA 30312

10925    SHAH, ALAUDDIN, 401 EAST 11TH ST, NEW YORK, NY 10009

10925    SHAH, DIPAK, 301 SW FIRST ST D510, BOCA RATON, FL 33432

10925    SHAH, DR SURENDA, 2145 SHERIDAH RD, EVANSTON, IL 60208

10925    SHAH, GAUTAM, 27 ENGLISH OAK ROAD, SIMPSONVILLE, SC 29681-5100

10925    SHAH, KAUSHIK J, CUST FOR ANUJ K SHAH, UNIF GIFT MIN ACT MD, 1424 CROCKETT LANE, SILVER SPRING, MD 20904-5478

10925    SHAH, KETAN, 4 BILTMORE CT., WILMINGTON, DE 19808

10925    SHAH, LISA, 26 ROY DR, HUDSON, NH 03051

10925    SHAH, MADHUKAR, 1104 TALL PINE, FRIENDSWOOD, TX 77546

10925    SHAH, MAITRY, 3000 BISSONNET, HOUSTON, TX 77005

10925    SHAH, MANISHA, 27 ENGLISH OAK ROAD, SIMPSONVILLE, SC 29681

10925    SHAH, RASHMI, 10 DRAYTON LANE, PLAINSBORO, NJ 08536

10925    SHAHAB PARVA, 3838 N. SAM HOUSTON, PKWY., STE. 230, HOUSTON, TX 77032

10925    SHAHEEN H ALI &, NABEEL S ALI JT TEN, 4789 WALNUT CREEK CIRCLE, WEST BLOOMFIELD, MI 48322-3493

10925    SHAHOUD, RYAN, 466 HARWOOD PLACE, BOCA RATON, FL 33431

10925    SHAIKH, FARNAJ, 9 JEFFERSON PARK #82, CAMBRIDGE, MA 02140

10925    SHAIKH, TABASSUM, 16 COURT ST, 3, FLEMINGTON, NJ 08822

10925    SHAILANDER VOHRA, 16837 MAGNOLIA BLVD, ENCINO, CA 91436-1013

10925    SHAIR, ELIAS, 10804 SW 88 ST., MIAMI, FL 33176

10925    SHAIR, SALEM, 530 SURRYSE, LAKE ZURICH, IL 60047

10925    SHAKER ADVERTISING AGENCY, INC, 1100 LAKE ST, OAK PARK, IL 60301

10925    SHAKER ADVERTISING AGENCY, INC, 1100 LAKE ST., OAK PARK, IL 60301-1060

10925    SHAKESPEARE CO, CORPORATE SECY,

10925    SHAKESPEARE, 6111 SHAKESPEARE ROAD, COLUMBIA, SC 29223

10925    SHAKIR, KAAMILYA, 6 POMONA AVE, NEWARK, NJ 07112

10925    SHAKIR, MARIE, 2701 WHEELER ST., HOUSTON, TX 77004

10924    SHAKLEE USA, INC., 2051 ALPINE WAY, HAYWARD, CA 94545

10924    SHAKLEE USA, INC., 3400 12TH AVENUE S.E., NORMAN, OK 73071

10924    SHAKLEE USA, INC., 4747 WILLOW ROAD, PLEASANTON, CA 94588-2740

10925    SHAKOOR, NAIL, 500 BALDWIN ST, SATSUMA, AL 36572

10924    SHAKOPEE MDEWAKANTON SIOUX COMM., 2100 154TH. STREET, SHAKOPEE, MN 55379

10925    SHALABI, MUHDI, 5811 W. VICTORIA DR, OAK FOREST, IL 60452

10925    SHALE, GLENN, 14525 GROVE ROAD, GARRETTSVILLE, OH 44231

10925    SHALKOWSKI, CHRISTINE, 9413D MARTINDALE RD, COLUMBIA, SC 29223

10925    SHALLER, MARY, 3 BEECHWOOD DRIVE, LANDENBERG, PA 19350

10925    SHALLINE, PAUL V, 13 SYLVAN WAY, WAYLAND, MA 01778-2414

10925    SHALLOWFORD LAW CENTER, 130 JORDAN DR, CHATTANOOGA, TN 37421-6731

10924    SHALLOWFORD WOMEN'S MEDICAL CENTER, 4575 N. SHALLOWFORD ROAD, ATLANTA, GA 30338

10925    SHAMA MD, STEVEN K, POBOX 3678, BOSTON, MA 02241-3678

10925    SHAMAILON, YURIY, 11700 OLD COLUMBIA, SILVER SPRING, MD 20904

10925    SHAMANSKY, JENNIFER, 60 KAREN LANE, EMERSON, NJ 07630

10925    SHAMBARGER, PATRICIA, 14354 MARILYN RD, NOBLESVILLE, IN 46060

10925    SHAMBOURGER, PAMELA, 500 ROLLING HILLS, LANCASTER, TX 75146

10925    SHAMMAS, LINDA, 122 S ROSEMONT, DALLAS, TX 75208

10925    SHAMROCK AWARDS & ENGRAVING, 900 CRAIN HGWY. NORTH, GLEN BURNIE, MD 21061

10924    SHAMROCK CONCRETE, INC., 905 EAST 12TH STREET, SHAMROCK, TX 79079

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SHAMROCK CONCRETE, INC., ROUTE 1 BOX 28, SHAMROCK, TX 79079 | |
| 10924 | SHAMROCK CONCRETE, ROUTE 1 BOX 28, SHAMROCK, TX 79079 | |
| 10925 | SHAMROCK DECORATING, INC, 12757 S. LA CROSSE AVE., ALSIP, IL 60803 | |
| 10925 | SHAMROCK LANDSCAPING & LAWN CARE, PO BOX 1108, EAST SANDWICH, MA 02537 | |
| 10924 | SHAMROCK MATERIALS INC, PO BOX808044, PETALUMA, CA 94975 | |
| 10924 | SHAMROCK MATERIALS, 665 IRWIN ST, SAN RAFAEL, CA 94901 | |
| 10924 | SHAMROCK MATERIALS, 665 IRWIN STREET, SAN RAFAEL, CA 94901 | |
| 10924 | SHAMROCK MATERIALS, 999 KAISER ROAD, NAPA, CA 94558 | |
| 10924 | SHAMROCK MATERIALS, INC., 400 HOPPER STREET, PETALUMA, CA 94952 | |
| 10924 | SHAMROCK PLASTERING INC, 640 W. TENNESSEE AVE, DENVER, CO 80223 | |
| 10925 | SHAMROCK, ANNA BELLE, PO BOX 4344, DUBLIN, GA 31040 | |
| 10925 | SHANABROOK, LINDA, 76 FIRST ST, MILLTOWN, NJ 08850 | |
| 10925 | SHANAHAN, KAREN, 10201 MARRIOTTSVILLEROAD, WOODSTOCK, MD 21163 | |
| 10925 | SHANAHAN, KAREN, 2400 S. 92ND ST, WEST ALLIS, WI 53227 | |
| 10925 | SHANAHAN, MAUREEN, 66 COLONIAL CT, PEARL RIVER, NY 10965 | |
| 10925 | SHANAHAN, RAYMOND, 851 N CITRUS DRIVE, LA HABRA, CA 90631 | |
| 10925 | SHANAHANS EXPRESS, PO BOX 2245, CINNAMINSON, NJ 08077 | |
| 10925 | SHANBAUM, MARK, 1406 SKYLINE DRIVE APT G44, 644, JOHNSON CITY, TN 37604 | |
| 10924 | SHANDS HOSPITAL, 930 E. CALL STREET, STARKE, FL 32091 | |
| 10924 | SHANDS HOSPITAL, C/O TOWNSEND, CORNER OF ARCHER ROAD & FENDER RD, GAINESVILLE, FL 32610 | |
| 10925 | SHANDS, LAURA, PO BOX 65, WATERLOO, SC 29384 | |
| 10925 | SHANE, ASAKO, 305 E. GARNER RD., 105, GARNER, NC 27529 | |
| 10925 | SHANE, ESTER, 163 WINDING WAY, SAN FRANCISCO, CA 94112 | |
| 10925 | SHANE, GREGORY, 1814 CHICKADEE, LEAGUE CITY, TX 77573 | |
| 10925 | SHANER, LYNN A, 12315 SHADOW HOLLOW DR, HOUSTON, TX 77082-2391 | |
| 10925 | SHANER, PAULETTE B, RT 4 BOX 114, DEATSVILLE, AL 36022 | |
| 10925 | SHANER, RICHARD, 40 WILLIAMS ROAD, LEXINGTON, MA 02173 | |
| 10925 | SHANER, RICHARD, 40 WILLIAMS ROAD, LEXINGTON, MA 02420 | |
| 10924 | SHANGHAI GOLDEN PHILLIPS, 99 WEI SAN RD, JINSHANWEI, SHANGHAI, 0CHN | *VIA Deutsche Post* |
| 10924 | SHANK / TORNO, 3001 SLOAT BLVD., SAN FRANCISCO, CA 94116 | |
| 10924 | SHANK BALFOUR BEATTY, @ SILVERWOOD LAKE STATE REC., SAN BERNARDINO, CA 92405 | |
| 10924 | SHANK BALFOUR BEATTY, HESPERIA, CA 92345 | |
| 10924 | SHANK BALFOUR BEATTY, P.O.BOX G, HESPERIA, CA 92345 | |
| 10925 | SHANK, SANDRA, 11646 CO RD 1, SHREVE, OH 44676 | |
| 10925 | SHANK, WILLIAM, 11646 CO. RD 1, SHREVE,, OH 44676 | |
| 10924 | SHANK/BALFOUR BEATTY, CONSTRUCTION TRAILER, BUILDING 1750- PRESIDIO, SAN FRANCISCO, CA 94129 | |
| 10924 | SHANK/BALFOUR BEATTY, P O BOX 210720, SAN FRANCISCO, CA 94121 | |
| 10924 | SHANK/BALFOUR BEATTY, P.O. BOX 210720, SAN FRANCISCO, CA 94121 | |
| 10925 | SHANKLIN, CYNTHIA, 3157 SERPENTINE DR, HILLIARD, OH 43026 | |
| 10925 | SHANKLIN, DUNBAR, % TYLER & REYNOLDS, P.C. ONE BOSTON PLACE, BOSTON, MA 02108-4566 | |
| 10925 | SHANKLIN, EMILY, 207 BRIAR CREEK ROAD, GREER, SC 29650 | |
| 10925 | SHANKS, DIANE, 7507 N. 18TH AVE., PHOENIX, AZ 85021 | |
| 10925 | SHANKS, DONNA, 15 PINE TREE DRIVE, PLAINVILLE, MA 02762 | |
| 10925 | SHANKS, GEORGE, 27 BENNETT ST BRANDON, GREENVILLE, SC 29611 | |
| 10925 | SHANKS, JOYCE, 27 BENNETT ST,, GREENVILLE, SC 29611 | |
| 10925 | SHANKS, JULIE, 2425 SW 3RD. AVE, OCALA, FL 34474 | |
| 10925 | SHANKS, MAX, #5 POINSETT AVE, 404, GREENVILLE, SC 29601 | |
| 10925 | SHANLEY PUMP, 2525 S. CLEARBROOK DR., ARLINGTON HEIGHTS, IL 60005 | |
| 10925 | SHANLEY, CHRISTY, 4045 TREADWAY, BEAUMONT, TX 77706 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHANLEY, GARY, PO BOX 510, DRY CREEK, LA 70637

10925   SHANLEY, LAUREEN, PO BOX 1123, ANDOVER, MA 01810

10925   SHANLEY, MICHAEL, 18 WEATHERBY DRIVE, GREENVILLE, SC 29615

10925   SHANLEY, SUZAN, 18 WEATHERBY DR, GREENVILLE, SC 29615-9722

10925   SHANLEY, WILLIAM, 925 7TH NORTH ST, LIVERPOOL, NY 13088

10925   SHANNON CORPORATION, SUITE 1-101 ROUTE 130 SOUTH, CINNAMINSON, NJ 08077

10925   SHANNON LAW FIRM, PO DRAWER 869, PO BOX 869, HAZELHURST, MS 39083

10925   SHANNON MCKINNON, PO BOX 992, MARION, MT 59925-0992

10925   SHANNON MUNRO, 2133 85 ST, N BERGEN, NJ 07047

10924   SHANNON PLASTERING & DRYWALL CORP, CAMBRIDGE, MA 02140

10924   SHANNON PLASTERING &, DRYWALL CORP, PHILADELPHIA, PA 19135

10925   SHANNON, DAVID, PO BOX 904, GEORGETOWN, SC 29440

10925   SHANNON, DAWN, 7028 S. CLYDE, CHICAGO, IL 60650

10925   SHANNON, JACKIE, 210 W. AVE. L., LOVINGTON, NM 88260

10925   SHANNON, JAMIE, 6709 BENT OAK DRIVE, AMARILLO, TX 79124

10925   SHANNON, JOANNE, 13850 WASHINGTON AVE, HAWTHORNE, CA 90250

10925   SHANNON, JOYCE, 6993 IVY HILL DR, WARRENTON, VA 22186

10925   SHANNON, KARA, 90 TOPSFIELD ROAD, BOXFORD,, MA 01921

10925   SHANNON, MARY, 112 PELICAN LAKE CT, MYRTLE BEACH, SC 29575

10925   SHANNON, MARY, 317 MAIN ST, CENTERVILLE, MA 02632

10925   SHANNON, NICHOLE, 1313 LINDEN AVE, BALTIMORE, MD 21227

10925   SHANNON, PATRICK, 7808 BRISTOW DRIVE, ANNANDALE, VA 22003

10925   SHANNON, STANLEY A, POBOX 5205, MERIDIAN, MS 39302-5205

10925   SHANNON, THOMAS, GENERAL DELIVERY, YOAKUM, TX 77995

10925   SHANNON, WILLIAM, S. LESTER RALPH, 88 KING ST, REDDING, MA 01867

10925   SHANO, DAVID, 39R SUMMER ST, EVERETT, MA 02149

10925   SHANSKY, PAUL, 9-05 12TH ST, FAIR LAWN, NJ 07410

10925   SHANTHARAM, SHUBHA, 7500 GRACE DR., COLUMBIA, MD 21044

10925   SHANTHARAM, SHUBHA, 9800 OLD WILLOW WAY, ELLICOTT CITY, MD 21042

10925   SHAO, YANLI, 17 TROTTING RD, CHELMSFORD, MA 01824

10925   SHAPCO COMPANY, 89 SILVER OAKS CIR APT 5101, NAPLES, FL 34119-4686

10925   SHAPELL (COPY ONLY), GEN COUNSEL, 8383 WILSHIRE BLVD., SUITE 700, BEVERLY HILLS, CA 90211

10925   SHAPELL IND OF NORTHERN CA INC., 100 N MILPITAS BLVD, MILPITAS, CA 95035-4401

10925   SHAPELL INDS OF NORTHERN CA INC., GENERAL COUNSEL, 100 N MILPITAS BLVD, MILPITAS, CA 95035-4401

10925   SHAPELL INDUSTRIES, GENERAL COUNSEL, 8383 WILSHIRE BLVD., SUITE 700, BEVERLY HILLS, CA 90211

10925   SHAPIRO SHAPIRO, 1820 FIRST FEDERAL PLAZA, ROCHESTER, NY 14614

10925   SHAPIRO, ALLA, 41 GLENWOOD DR N, BERGENFIELD, NJ 07621

10925   SHAPIRO, ANNETTE, 23 WHEELER RD, EAST SETAUKET, NY 11733-1657

10925   SHAPIRO, ARTHUR, 3141 ROYAL PALM AVE, MIAMI BEACH, FL 33140

10925   SHAPIRO, BORIS, 41 GLENWOOD DR N, BERGENFIELD, NJ 07621

10925   SHAPIRO, ELLEN, 18 MOHIGAN WAY, MAHWAH, NJ 07430

10925   SHAPIRO, HOWARD, 8704 CALVERT CLIFF COURT, LORTON, VA 22079

10925   SHAPIRO, JUNE, 5601 OSTROM AVE, ENCINO, CA 91316-1405

10925   SHAPIRO, LAWRENCE S, 18 GANDER LN, MANSFIELD, MA 02048

10925   SHAPIRO, LAWRENCE, 18 GANDER LANE, MANSFIELD, MA 02048

10925   SHAPIRO, MARY, 426 ELIZABETH ST., SAN FRANCISCO, CA 94114

10925   SHAPIRO, MARY, CHATHAM ACRES N.H. PO BOX 1, CHATHAM, PA 19318

10925   SHAPIRO, MICHAEL, 19131 FOX LANDING DRIVE, BOCA RATON, FL 33433

10925   SHAPIRO, MICHAEL, SHAPIRO & DECTOR P A 77, BOCA RATON, FL 33434

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHAPIRO, PSYD, NANCY E.K., 23 CHAUNCY ST. #5, CAMBRIDGE, MA 02138

10925   SHAPIRO, RICHARD, 10019 GABLE MANOR COURT, POTOMAC, MD 20854

10925   SHAR SYSTEMS, PO BOX 9196, FORT WAYNE, IN 46899

10924   SHARA LABORATORIES, 248 EAST CHICAGO ROAD, WAUTOMA, WI 54982

10924   SHARA LABORATORIES, PO BOX 560, WAUTOMA, WI 54982

10925   SHARAFANY, AGHDAS, 825 W STEVENS, SANTA ANA, CA 92707

10924   SHARE BUILDING PRODUCTS INC., 536 MAIN STREET, ALLENTON, WI 53002

10924   SHARE BUILDING PRODUCTS INC., P.O. BOX 126, ALLENTON, WI 53002

10925   SHARE, DEANNA, 12010 STROUD, HOUSTON, TX 77072

10924   SHARED SERVICE CENTER, WR GRACE - ATTN M. MARTIN, LEXINGTON, MA 02173

10924   SHARED SYSTEM TECHNOLOGY, P.O. BOX 408, SEWELL, NJ 08080

10925   SHARED SYSTEMS TECHNOLOGY, INC, PO BOX 408, SEWELL, NJ 08080

10925   SHARI A HERZ, 366 EDGEWATER ROAD, PASADENA, MD 21122-5618

10925   SHARICK, LEROY, 9139 NOPAL PLACE, RIVERSIDE, CA 92503-5636

10925   SHARLAND, ARTHUR, 80 PINE ST, RAYNHAM, MA 02767

10925   SHARLIN RADIOLOGICAL ASSOC., PO BOX 694, WESTWOOD, NJ 07675

10925   SHARMA, ASEEM, 137 FIELD ST, 30, CORNING, NY 14830

10925   SHARMA, BASANT KUMAR, DWARIKA PURI, AGRA ROAD, ETAH, 207001INDIA     *VIA Deutsche Post*

10925   SHARMA, RAM, FLUSHING, NY 11355

10924   SHARMATEK INC., 999 WILLOW GROVE STREET, HACKETTSTOWN, NJ 07840

10925   SHARON A BALBIERZ, 121 MCNAUGHTON, CHEEKTOWAGA, NY 14225-4542

10925   SHARON ABRAMSON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   SHARON CATANZARO, 23297 LAGO MAR CIRCLE, BOCA RATON, FL 33433

10925   SHARON CREDIT UNION, 42 POND ST, SHARON, MA 02067

10925   SHARON CREDIT UNION, 42 POND ST., SHARON, MA 02067

10925   SHARON D NEEL, 22907 PAUL REVERE DR, CALABASAS, CA 91302-1810

10925   SHARON GREENBECK, 10 E. BALTIMORE ST., BALTIMORE, MD 21202

10925   SHARON GUTTMANN & RAYMOND, GUTTMANN JT TEN, 13955 CHEROKEE TRAIL, MIDDLEBURG HEIGHTS, OH 44130-6845

10924   SHARON HOSPITAL, 740 EAST STATE, SHARON, PA 16146

10924   SHARON HOSPITAL, 740 EASTE STATE STREET, SHARON, PA 16146

10925   SHARON K MADDOX, PO BOX 605, FRANCESVILLE, IN 47946-0605

10925   SHARON K SIKES &, LARRY M SIKES &, E D GLENN JT TEN, 1440 STRAKA TERRACE, OKLAHOMA CITY, OK 73159-5317

10925   SHARON L. WEBER, 5920 W TONOPAH DR., GLENDALE, AZ 85308

10924   SHARON MANOR NURSING HOME, PU IN NORWOOD, 505 UNIVERSITY; BLDG. #3, NORWOOD, MA 02062

10924   SHARON MANSON, PO BOX 468, PIKETON, OH 45661

10925   SHARON MECHANICAL INCORPORATED, 10225 S. 81ST AVE., PALOS HILLS, IL 60465

10925   SHARON MOGCK, 615 POWELL AVE, CLARKS SUMMIT, PA 18411-1965

10925   SHARON OWENS PARKER, 941 HUNTINGTON COMMON, FREMONT, CA 94536-3205

10925   SHARON PANEBIANCO, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   SHARON R CHESTNEY, 1212 DOGWOOD LN, BLOOMINGTON, IL 61704-2208

10925   SHARON R. ORMSBEE, 1219 BAYSIDE DR, CORONA DEL MAR, CA 92625

10925   SHARON R. ORMSBEE, 1727 ANTIGUA WAY, NEWPORT BEACH, CA 92660

10925   SHARON S FEIN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925   SHARON T MCLIN, 35380 COUNTY RD 31, DAVIS, CA 95616-9430

10924   SHARON TOWERS, 5100 SHARON ROAD, CHARLOTTE, NC 28210

10925   SHARON ZIONS, 23910 COUNTY ROAD 44A, EUSTIS, FL 32736

10925   SHARONS FLOWER SHOP, 228 CHURCH ST, LAURENS, SC 29360

10925   SHARP AND BARNEY LLC, POBOX 774608, STEAMBOAT SPRINGS, CO 80477

10924   SHARP CHEMICAL CORP., 1116 S. BARNEY, BURBANK, CA 91502

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | SHARP CONCRETE, 212 WEST DOUGLAS, ELKO, NV 89801 | |
| 10924 | SHARP CONCRETE, P.O. BOX 1960, ELKO, NV 89801 | |
| 10924 | SHARP CONCRETE, P.O. BOX 1960EET, ELKO, NV 89801 | |
| 10925 | SHARP ELECTR CREDIT CO, POBOX 1779, PAOLI, PA 19301-1779 | |
| 10925 | SHARP ELECTRONICS CREDIT CO., PO BOX 105819, ATLANTA, GA 30348-5819 | |
| 10925 | SHARP ELECTRONICS CREDIT CO., POBOX 41601, PHILADELPHIA, PA 19101-1601 | |
| 10925 | SHARP ELECTRONICS CREDIT COMPANY, POBOX 41601, PHILADELPHIA, PA 19101-1601 | |
| 10924 | SHARP HOSPITAL, LEMON GROVE, CA 92045 | |
| 10925 | SHARP MANUFACTURING CORPORATION, SHARP PLAZA BLVD, MEMPHIS, TN 38193 | |
| 10925 | SHARP PENCILS INC, 2719 SOUTHWEST 22ND AVE, COCONUT GROVE, FL 33133-3158 | |
| 10924 | SHARP REESE MEMORIAL, HAMLIN, SAN DIEGO, CA 92101 | |
| 10925 | SHARP, BARBARA, 6282 HWY 291, NINE MILE FALLS, WA 99026 | |
| 10925 | SHARP, BRANDI, 2821 ST. JOHNS AVE., PALATKA, FL 32177 | |
| 10925 | SHARP, BRIAN, RT. 6, BOX 79-D, MISSION, TX 78572 | |
| 10925 | SHARP, CHARLES, 811 FIRST ST., JONESVILLE,, LA 71343 | |
| 10925 | SHARP, CURTIS, 3408 E. RED RIVER, VICTORIA, TX 77904 | |
| 10925 | SHARP, DEBRA, 3231 MIMOSA PK. DR, FORT WORTH, TX 76118 | |
| 10925 | SHARP, HAROLD E, 1170 EAGAN INDUSTRIAL ROAD, EAGAN, MN 55121 | |
| 10925 | SHARP, HAROLD, 6450 120TH ST NW, PINE ISLAND, MN 55963 | |
| 10925 | SHARP, HOWARD, 438 NORTH 3RD ST, WATSEKA, IL 60970 | |
| 10925 | SHARP, KIMBERLY, 700 BAILES RD APT 49F, MCALLEN, TX 78503 | |
| 10925 | SHARP, LINDA, 1147 NE 11TH AVE, FT LAUDERDALE, FL 33304 | |
| 10925 | SHARP, MARY, RT 2 BOX 1127, MT PLEASANT, TX 75455 | |
| 10925 | SHARP, MICHELE, 3983 CAMROSE AVE, NEW BERLIN, WI 53151 | |
| 10925 | SHARP, PAMELA, 58 C TWO LOCH PLACE, CHARLESTON, SC 29414 | |
| 10925 | SHARP, PATRICK, 77 ARCADIA ROAD, ALLENDALE, NJ 07401 | |
| 10925 | SHARP, ROBERT, 383 FLORENCE DRIVE, ERLANGER, KY 41018 | |
| 10925 | SHARP, STEVE, 3983 CAMROSE AVE, NEW BERLIN, WI 53151 | |
| 10925 | SHARP, STEVEN B, 6209-53RD AVE NE, SEATTLE, WA 98115 | |
| 10925 | SHARP, WILLIAM, 102 HOLLY CREST CIR, SIMPSONVILLE, SC 29681 | |
| 10925 | SHARPE HEATING AND VENTILATING, 2603 PACIFIC PARK DR, WHITTIER, CA 90601 | |
| 10925 | SHARPE, BRUCE, 638 W. 38TH ST., INDIANAPOLIS, IN 46208 | |
| 10925 | SHARPE, DAVID, 1502 BEXLEY DR, WILMINGTON, NC 28412 | |
| 10925 | SHARPE, DAWN, 22 ATHENS LANE, RUTHER GLEN, VA 22546 | |
| 10925 | SHARPE, GARY, 101 THORNE ST, JERSEY CITY, NJ 07307 | |
| 10925 | SHARPE, JEFFREY, PO BOX 794, PAW CREEK, NC 28130 | |
| 10925 | SHARPE, RICHARD, 450 EGRET CIRCLE 9510, DELRAY BEACH, FL 33444 | |
| 10925 | SHARPE, RICHARD, ROUTE 13 BOX 185, STATESVILLE, NC 28677 | |
| 10925 | SHARPE-GUPTA, CHRISTINE, 908 S.W. 104 WAY, PEMBROKE PINES, FL 33025 | |
| 10925 | SHARPER EDGE, DBA SHARPER EDGE, 2118 N 3020E RD, SHELDON, IL 60966 | |
| 10925 | SHARPFIBRE, 39/43 LONDON ROAD, ESSEX, HADLEIGH, BENFLEET, SS7 2QLUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SHARPS, G, 9 MIDVALE DRIVE, PITTSTOWN, NJ 08867 | |
| 10925 | SHARRAH, B, 6909 W KRISTAL, GLENDALE, AZ 85308 | |
| 10925 | SHARROW, MICHAEL, 20887 SPRINGS TERRAC, BOCA RATON FL, FL 33428 | |
| 10925 | SHARROW, SANDRA, 2095N LAKE PARK DR, SMYRMA, GA 30080 | |
| 10924 | SHASTA CO. COURT HOUSE, SPRAY ON SERVICES, REDDING, CA 96001 | |
| 10925 | SHASTA COPPER EXPLORATION CO, C/O CHRISTIAN ERDMAN, 369 PINE ST SUITE 218, SAN FRANCISCO, CA 94104-3306 | |
| 10924 | SHASTA COUNTY COURT HOUSE, CAMBRIDGE, MA 99999 | |
| 10924 | SHASTA COUNTY COURT HOUSE, SPRAY-ON SERVICES INC, REDDING, CA 96001 | |
| 10924 | SHASTA READY MIX (PORTABLE PLANT), SKI VILLAGE DRIVE, MOUNT SHASTA, CA 96067 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   SHASTA REDI MIX - DIVISION OF, J. F. SHEA CO, REDDING, CA 96049

10924   SHASTA REDI MIX _ DIV OF, PO BOX 494519, REDDING, CA 96049

10924   SHASTA REDI-MIX, 17400 CLEAR CREEK ROAD, REDDING, CA 96001

10925   SHATLOCK, MICHAEL, PO BOX 7, GREENOCK, PA 15047

10925   SHATSKY, FRED, 4102 RAYA WAY, SAN DIEGO, CA 92122

10925   SHATSWELL, ROBERT, 1700 RENCH RD, BAKERSFIELD, CA 93308

10925   SHATTUCK, CAROLE, 28 PUTNAM ST., #4, SALEM, MA 01970

10925   SHATTUCK, G, BOX 346, LIBBY, MT 59923

10925   SHATTUCK, G, BOX 346, LIBBY, MT 59923-0346

10925   SHAUGHNESSY CRANE SERVICE, INC, 346 D. ST, BOSTON, MA 02127

10925   SHAUGHNESSY JR, DANIEL, 10 NICHOLS ST., REHOBOTH, MA 02769-2244

10925   SHAUGHNESSY, MARGARET, 21 NEWTON ST., WALTHAM, MA 02154

10925   SHAUGHNESSY, MARGARET, 21 NEWTON ST., WALTHAM, MA 02453

10925   SHAUGHNESSY, MICHAEL, 16517 TERRY LANE, OAK FOREST, IL 60452

10925   SHAUGHNESSY, PATRICK, 16517 TERRY LANE, OAK FOREST, IL 60452

10925   SHAUGHNESSY, VICKI, 2411 SWANSON AVE, COCONUT GROVE, FL 33133

10925   SHAUGHNESSY, W. F., 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   SHAUGHNESSY, WILLIAM, 76 OAK HILL ROAD, WESTFORD, MA 01886

10925   SHAUGNESSY CRANE SERVICE,INC, PO BOX 366, BOSTON, MA 02127

10925   SHAVER LICHT, 720 S COLORADO BLVD #345S, 720 S COLORADO BLVD, DENVER, CO 80246-1955

10925   SHAVER, CHARLES, BOX 523, MAULDIN, SC 29662-0523

10925   SHAVER, JOHN, 2701 PASADENA BLVD., PASADENA, TX 77502

10925   SHAVER, MARY LEE, 2713 CASTLEWOOD PL, OWENSBORO, KY 42301

10925   SHAVERS, WILEY, 1455 W STEWARD ST, BARTOW, FL 33830-3434

10925   SHAVON SMITH, 9800 EDISTO WAY, BALTIMORE, MD 21220

10924   SHAW CONCRETE, RR 3, BOX 24, BOLIVAR, TN 38008

10925   SHAW CONTRACT FLOORING SVCS., 9305 GERWING LANE SUITE Y, COLUMBIA, MD 21046

10925   SHAW EQUIPMENT COMPANY, THE, 115 SOUTH 35TH ST, BIRMINGHAM, AL 35202

10925   SHAW EQUIPMENT, PO BOX 10927, BIRMINGHAM, AL 35202

10925   SHAW LEMON, 2723 FAIRMOUNT, DALLAS, TX 75201

10924   SHAW READY MIX CO*, HWY 45 SOUTH, RANTOUL, IL 61866

10924   SHAW READY MIX, HIGHWAY 125 SOUTH, BOLIVAR, TN 38008

10924   SHAW READY MIX, P O BOX 40, SHILOH, TN 38376

10925   SHAW SR, GARY, 129 N SIDNEY, KIMBERLY, WI 54136

10925   SHAW TRUCKING INC, PO BOX 7479, DELRAY BEACH, FL 33482

10925   SHAW, ALVIN, 207 W ELMORE, DALLA, TX 75224

10925   SHAW, BARBARA, 46 NICHOLS ST, DANVERS, MA 01923

10925   SHAW, BILLYE, 4107 WOODWAY DR., MONROE, LA 71201

10925   SHAW, BRUCE, 1504 SOUTH LODGE DR, SARASOTA, FL 34239

10925   SHAW, CAROL, PO BOX 6234, SANTA FE, NM 87502

10925   SHAW, CHERYL, 305 NEW CASTLE ST, MINERSVILLE, PA 17901

10925   SHAW, CHRISSY, 132 MEADOWVIEW LANE, MONT CLARE, PA 19453

10925   SHAW, CLARICE, 318 KNOLLWOOD COURT, LANCASTER, OH 43130-8741

10925   SHAW, CLEO, POB 713, JEFFERSON, GA 30549

10925   SHAW, DAN, 5313 21ST AVE, TAMPA, FL 33619

10925   SHAW, DENNIS, 6 BLACKENRIDGE DRIVE, TAYLORS, SC 29687

10925   SHAW, DONNA, 10 GROTON RD #A6, WESTFORD, MA 01886

10925   SHAW, DOUGLAS, PO BOX 362, LAROSE, LA 70373

10925   SHAW, FRANCES, 4925 FORT CROCKETT APT. 427, GALVESTON, TX 77551

10925   SHAW, FRANKIE, BOX 202, PERRY, IL 62362

10925   SHAW, FRANKLIN, 610 CALESTOWN RD, BONNEAU, SC 29431

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SHAW, FREDERICK M, CUST FOR KATHRYN SHAW, UNIF GIFT MIN ACT-MASS, 20 MATTHEWS TRAIL, PLYMOUTH, MA 02360-4757 | |
| 10925 | SHAW, HELEN JEAN, 23 VINEYARD ROAD, LEVITTOWN, PA 15057 | |
| 10925 | SHAW, HELEN, 15 JUNIPER COURT, LAWRENCEVILLE, NJ 08648 | |
| 10925 | SHAW, J, 207 MAYNARD AVE, NEWBURY PARK, CA 91320 | |
| 10925 | SHAW, JAMES, 107 WELCOME LANE, PENDLETON, SC 29670 | |
| 10925 | SHAW, JANET, 201 GREENSBORO RD PO BOX 255, HIGH POINT, NC 27260 | |
| 10925 | SHAW, JOHN, 46 THOMAS NEWTON DR., WESTBOROUGH, MA 01581 | |
| 10925 | SHAW, JOHN, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | SHAW, JOSEPH, 3701 JUNIPER AVE., HATTIESBURG, MS 39401 | |
| 10925 | SHAW, K LEE, 333 CENTRAL ST., UNIT #3H, SAUGUS,, MA 01906 | |
| 10925 | SHAW, K. GLENN, 14 DEAL DRIVE, DANBURY, CT 06810 | |
| 10925 | SHAW, KAY, 312 ST BRIE WEST, SUFFOLK, VA 23435 | |
| 10925 | SHAW, KIMBERLY A, 1708 ROYAL OAKS DR., DUARTE, CA 91010 | |
| 10925 | SHAW, KIMBERLY, 1708 ROYAL OAKS DR., DUARTE, CA 91010 | |
| 10925 | SHAW, KRISTIN, 1350 19TH AVE SW, VERO BEACH, FL 32962 | |
| 10925 | SHAW, LORRAINE, 9115 GOODWIN, DETROIT, MI 48211 | |
| 10925 | SHAW, LUANN, 1209 WEST TULANE DRIVE, TEMPE, AZ 85283 | |
| 10925 | SHAW, MARGARET, 13079 TRIADELPHIA MILL, CLARKSVILLE, MD 21029 | |
| 10925 | SHAW, MARK D, 293 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550 | |
| 10925 | SHAW, MARK, 408 ZINFANDEL CIR, CLAYTON, CA 94517 | |
| 10925 | SHAW, MARY, 332 DUNCAN AVE, JERSEY CITY, NJ 07306 | |
| 10925 | SHAW, MARY, RT 3 BOX 250, GRAY COURT, SC 29645 | |
| 10925 | SHAW, MELISSA, 5460 NW 55 BLVD, #103, COCONUT CREEK, FL 33073 | |
| 10925 | SHAW, PORTIA, 520 HARRIS ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | SHAW, RANAE, 33949 SAINT JOE ROAD, DADE CITY, FL 33525 | |
| 10925 | SHAW, RICHARD, 15933 SE 262ND PLACE, COVINGTON, WA 98042 | |
| 10925 | SHAW, SALLY, 1906 B REAL COURT, FORT COLLINS, CO 80526 | |
| 10925 | SHAW, TERRY, 6506 WOFFORD, DALLAS, TX 75227 | |
| 10925 | SHAW, TIMOTHY, 1107 W WASHINGTON ST, PLANT CITY, FL 33566-5035 | |
| 10925 | SHAW, TIMOTHY, 1700 B, FT. COLLINS, CO 80526 | |
| 10925 | SHAW, TINA, 618-D BELLAIRE DR., HURST, TX 76053 | |
| 10925 | SHAW, VALDEZ, 233 NETHERWOOD AVE, PLAINFIELD, NJ 07062 | |
| 10925 | SHAW, WILIIAM, 37 BUCKRIDGE DRIVE, AMHERST, NH 03031 | |
| 10925 | SHAW, WILLIE, POST OFFICE BOX 554, FOUNTAIN INN, SC 29644 | |
| 10925 | SHAWAH, ROBERT, PO BOX 54, DUBLIN, NH 03444 | |
| 10925 | SHAWGER,III, DWIGHT, 725 MIKASUKI DR, LAKELAND, FL 33813 | |
| 10925 | SHAWL, GREG, 1837 SCOTT ST, 2, COVINGTON, KY 41014 | |
| 10925 | SHAWLEY, KELLY, 145 JOHNSON LANE, CONNELLSVILLE, PA 15425 | |
| 10925 | SHAWMUT CONSTRUCTION CO INC, 118 CUSHING ST, STOUGHTON, MA 02072 | |
| 10925 | SHAWMUT PRINTING, 135 LIBRARY ST, CHELSEA, MA 02150 | |
| 10925 | SHAWN J DAVIS, 7600 SW 10TH COURT 2, NORTH LAUDERDALE, FL 33068-3210 | |
| 10925 | SHAWN P WILLIAMS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | SHAWN, RONALD, RT 5 #13 SHAWNEE TRL, WICHITA FALLS, TX 76301 | |
| 10925 | SHAWNEE HOMES, 300 MOSS HILL LN., SALISBURY, MD 21802 | |
| 10924 | SHAWNEE MISSION FORD, POBOX 3179, SHAWNEE, KS 66203-0179 | |
| 10924 | SHAWNEE PRECAST PROD, INC., 550 NEW LUDLOW RD., SOUTH HADLEY, MA 01075 | |
| 10925 | SHAWNEE REPAIR INC, 5943 MERRIAM DR, MERRIAM, KS 66203 | |
| 10924 | SHAWNEE TRAIL ELEMENTRY, 10701 PRESTON BINYARDS, FRISCO, TX 75035 | |
| 10925 | SHAW-PLUMMER, RUTHIE, 3323 DELIA LANE, HUNTSVILLE, AL 35810 | |
| 10925 | SHAWVER, LESLIE S, 11104 ZARING CT., CINCINNATI, OH 45241 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHAWVER, LESLIE, 11104 ZARING COURT, CINCINNATI, OH 45241

10925   SHAWVER, LLOYD, 4100 OLD BARTOW RD, LAKE WALES, FL 33853

10925   SHAWVER, VICKEY, 572 MAIN ST # A, PALMETTO, GA 30265

10925   SHAY, GENEVA, 2025 SYLVESTER RD,UNITL-2, LAKELAND, FL 33803

10925   SHAYE, MARK, 90 FRYE ROAD, BOLTON, MA 01740

10924   SHEA & GARDNER, 1800 MASSACHUSETTS AVE NW, WASHINGTON, DC 20036

10925   SHEA, ANDREW P, CUST FOR ROBERT JOHNSTON SHEA, UNIF GIFTS MIN ACT-TEXAS, 1100 LOUISIANA STE 5200, HOUSTON, TX 77002-5211

10925   SHEA, BONNIE, 28002 VIA MORENO, LAGUNA NIGUEL, CA 92677

10925   SHEA, CHRISTOPHER, 1040 ELM ST, WINNETKA, IL 60093

10925   SHEA, G, WALNUT RIDGE APT.2408, CORPUS CHRISTI, TX 78413

10925   SHEA, JAMES, 10295 COLLINS AVE, MIAMI BEACH, FL 33154

10925   SHEA, JOHN, 1030 N CARLTON, LIBERAL, KS 67901

10925   SHEA, JOSEPHINE, 22906 VIA PIMIENTO, MISSION VIEJO, CA 92691

10925   SHEA, MARY, 23016 WARNER, FARMINGTON, MI 48336

10925   SHEA, THOMAS E, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SHEA, THOMAS, 32 LAMPREY ROAD, KENSINGTON, NH 03827

10925   SHEA, THOMAS, 32 LAMPREY ROAD, KENSINGTON, NH 03833

10925   SHEADEL, JEFFREY, 1000 THIRD ST, INTERNL FALLS, MN 56649

10925   SHEAFF DORMAN PURINS, 460 HILLSIDE AVE, NEEDHAM, MA 02194

10925   SHEAHAN III, WILLIAM, 651 W. TERRCOTTA, 110-B, CRYSTAL LAKE, IL 60014

10925   SHEAHAN, LAFAYE, 10921 N COUNTRY ROAD 15, FORT COLLINS, CO 80524

10925   SHEAHEN, JANINE, 18 N COUNTY ST, WAUKEGAN, IL 60085

10925   SHEAHEN, JANINE, 75 N BUESCHING RD APT 622, LAKE ZURICH, IL 60047

10925   SHEAHEN, MICHAEL E, 800 BURR OAK DR, LAKE ZURICH, IL 60047

10925   SHEAHEN, MICHAEL, 22280 LITTLE POND RD, KILDEER, IL 60047

10924   SHEALY ELECTRIC WHOLESALE (AD), 27 RIVER ST., GREENVILLE, SC 12535

10924   SHEALY ELECTRIC WHOLESALE (AD), P.O. BOX 2223, GREENVILLE, SC 29602

10924   SHEALY ELECTRIC WHOLESALE, 417 HUGER STREET, COLUMBIA, SC 29202

10925   SHEALY ELECTRICAL WHOLESALERS INC, PO BOX 631, GREENVILLE, SC 29602-0631

10925   SHEALYS BAR B QUE, PO BOX 3633, BATESBURG-LEESVILLE, SC 29070-3633

10925   SHEALYS LEASE & TRUCK RENTAL, PO BOX 12027, COLUMBIA, SC 29211

10925   SHEARER, ANN, 3046 BEAUMONT AVE NW, MASSILLON, OH 44647

10925   SHEARER, DEBRA, 3495 HONEYCOMB DR., CONYERS, GA 30208

10925   SHEARER, MATTHEW, 5512 GLENWOOD RD, BETHESDA, MD 20817

10925   SHEARER, MICHAEL J, 7500 GRACE DR., COLUMBIA, MD 21044

10925   SHEARER, MICHAEL, 2504 PENN HILL ROAD, MT AIRY, MD 21771

10925   SHEARIN, CLAUDIA, 1308 EDWARD ST, WELDON, NC 27890

10925   SHEARIN, JOYCE, RT 2 BOX 255, HALIFAX, NC 27839

10925   SHEARIN, LEA ANNE, 108 VINEYARD CT, ROCKY MOUNT, NC 27804

10925   SHEARIN, ROSA, PO BOX 110 WASHINGTON ST, GARYSBURG, NC 27831

10925   SHEARMAN & STERLING, 153 EAST 53 ST., NEW YORK, NY 10022

10925   SHEARMAN AND STERLING, 599 LEXINGTON AVE, NEW YORK, NY 10022

10925   SHEARMAN, LAWRENCE, 235 LANCASTER AVE APT. #508, DEVON, PA 19333-1505

10925   SHEARN DELAMORE & CO ACCT#101807552, 4 LEBOH PASAR BASAR, KUALA LUMPUR, 50050MALAYSIA     *VIA Deutsche Post*

10925   SHEARN DELAMORE & CO, 2 BENTENG, KUALA LUMPUR, 50050MALAYSIA     *VIA Deutsche Post*

10925   SHEARSTONE, GRAHAM, 166 BERKLEY ST, TAUNTON, MA 02780

10924   SHEARWATER POLYMERS, 1112 CHURCH STREET, HUNTSVILLE, AL 35801

10924   SHEARWATER POLYMERS-DO NOT USE, 1112 CHURCH STREET, HUNTSVILLE, AL 35801

10925   SHEATS, JOSEPH, 1709 S BEECH ST, CHATTANOOGA, TN 37404-5124

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHEBLAK, ROBERT, PO BOX 568, EDNA, TX 77957-0568

10925   SHEBOYGAN PAINT COMPANY, 1439 NORTH 25TH. STREET, SHEBOYGAN, WI 53081

10924   SHEBOYGAN PAINT COMPANY, PO BOX 417, SHEBOYGAN, WI 53082

10924   SHEBOYGAN PAINT, 608 CANAL STREET, CEDARTOWN, GA 30125

10924   SHEBOYGAN PAINT, PO BOX 24, CEDARTOWN, GA 30125

10925   SHECKELLS, ERIN, 8539 BAY ROAD, PASADENA, MD 21122

10925   SHED, DELTON, 303 W FRANKLIN, ELECTRA, TX 76360

10924   SHEDD SCHOOL, ANNING JOHNSON CO., EVANSTON, IL 60268

10925   SHEDD, JASON, 1013 DORADOCIA, ODESSA, TX 79764

10925   SHEDD, LEONARD, 129 SWINTON DR, GREENVILLE, SC 29607

10925   SHEDD, MARTHA, 129 SWINTON DRIVE, GREENVILLE, SC 29607

10925   SHEDD, STEVEN, 925 NORTHWOOD DRIVE, BAYTOWN, TX 77521

10925   SHEDFIELD, JAMES, 305 EAST KARELS, WACO, TX 76706

10925   SHEDLOSKY JT TEN, PETER J & CINDY A, 1191 PHILLIPS RD, GREEN BAY, WI 54311-9215

10925   SHEDLOSKY, PETER, 1390 PHILLIPS RD, GREEN BAY, WI 54311-9539

10925   SHEDS AMERICA INC. #59-1952502, 9660 NW 77TH AVE, HIALEAH GARDENS, FL 33016

10925   SHEEDY, JOHN, 911 LOCH LOMOND DR,, ARLINGTON, TX 76012

10925   SHEEDY, PAMELA J., 106 DELMONT AVE, LOWELL, MA 01850

10925   SHEEHAN III, WILLIAM N, 1310 RUE ST GEORGES, WESTLAKE, OH 44145

10925   SHEEHAN P.C., MARGARET, 531 MAIN ST, NEW YORK, NY 10044

10925   SHEEHAN, ALBERT, 42 GANNETT RD, QUINCY, MA 02169

10925   SHEEHAN, AMANDA, 237 COUNTY PARK RD., AVELLA, PA 15312

10925   SHEEHAN, BRIAN, 101 NORTON AVE, EASTON, MA 02375

10925   SHEEHAN, JAMES, 1301 BUCKINGHAM STATION, MIDLOTHIAN, VA 23113

10925   SHEEHAN, JOHN, 7044 FOX PAW TRAIL, LITTLETON, CO 80125

10925   SHEEHAN, KRISTIN, 6698 NW 25TH ST, BOCA RATON, FL 33496

10925   SHEEHAN, MARGARET, 531 MAIN ST, 1903, NEW YORK, NY 10044

10925   SHEEHAN, MICHAEL, 3848 W. 226TH ST., 219E, TORRANCE, CA 90505

10925   SHEEHAN, PEGGY, 94-16 34 RD, JACKSON HTS, NY 11372

10925   SHEEHAN, PENNY, 635 E PATTON DR, MONTGOMERY AL, AL 36111

10925   SHEEHAN, RUSS, 85 STILES ROAD, SALEM, NH 03079

10925   SHEEHAN, WANDA, 9413 COVEDALE DRIVE, CHARLOTTE, NC 28270

10925   SHEEHEY,FURLONG RENDALL & BEHN, PO BOX 66, BURLINGTON, VT 05402

10925   SHEEHY, FRANCES, 254-03 75TH AVE, GLEN OAKS, NY 11004

10925   SHEEHY, JAMES, 18 SUNNY KNOLL TERR, LEXINGTON, MA 02173

10925   SHEEHY, MICHAEL, 629 PIPER DR, MADISON, WI 53711

10925   SHEEHY, PAULINE E., 136 LAKE ST, BELLEVUE, KY 41073

10925   SHEELER, E, 144 CAROLYN DRIVE, LAKELAND, FL 33803

10925   SHEER, THOMAS, 2261 COUNTRY COTTAGE CT, LAS VEGAS, NV 89117

10925   SHEERAN, STEPHEN, 12619 ZUNI ST APT. 307, BROOMFIELD, CO 80020

10925   SHEERER, CEDRIC, CUST FOR LYNN SHEERER UNDER, UNIF GIFTS MIN ACT CA, C/O LYNN SHEERER, 20081 CHATEAU DR, SARATOGA, CA 95070-4309

10925   SHEETS, DENNIS, 7224 BURLINGTON RD, WHITSETTE, NC 27377

10925   SHEETS, JIMMY, 910 S JACKSON, IOWA PARK, TX 76367

10925   SHEETS, KENNETH, 700 FAIRWAY, RIFLE, CO 81650

10925   SHEETS, RAYMOND, PO BOX 1384, MINDEN, LA 71055

10925   SHEETS, SONDRA, ROUTE 1 BOX 531, BLANCHARD, OK 73010-9631

10925   SHEETZ, KEVIN, 1102 RAVEN DR, BALTIMORE, MD 21227

10925   SHEFCHIK, DENNIS, HCR 61 BOX 319 H, BEDFORD, WY 83112

10925   SHEFFIELD ASSOCIATES, 155 WEST ST SUITE 6, WILMINGTON, MA 01887

10924   SHEFFIELD FAMILY LIFE CENTER, 5915 WINNER ROAD, KANSAS CITY, MO 64125

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SHEFFIELD LUMBER & PALLET CO., 2340 IKE BROOK ROAD, SILER CITY, NC 27344 | |
| 10925 | SHEFFIELD TUBE CORP, 170 BROAD ST, NEW LONDON, CT 06320 | |
| 10924 | SHEFFIELD TUBE CORPORATION, 170 BROAD STREET, NEW LONDON, CT 06320 | |
| 10924 | SHEFFIELD TUBE CORPORATION, THE, 170 BROAD STREET, NEW LONDON, CT 06320 | |
| 10925 | SHEFFIELD, JAMES, 8517 BOST LANE, LOUISVILLE, KY 40219 | |
| 10925 | SHEFFIELD, KIMBERLY, 16 BRANNAN ST, MCDONOUGH, GA 30253 | |
| 10925 | SHEFFIELD, LONNIE, 1119 PISTAH PLACE, LAKELAND, FL 33801 | |
| 10925 | SHEFFIELD, LORNA, 17350 ROXBURY ST, SOUTHFIELD, MI 48075 | |
| 10925 | SHEFFIELD, NANCY, RT. 2 BOX 377-E, RIDGELAND, SC 29936 | |
| 10925 | SHEFFIELD, VAN, 3879 WILKES ST, PACE, FL 32571 | |
| 10925 | SHEFFIELD-WARMAN, NANCY, 152 MORRISTOWN ROAD, BASKING RIDGE, NJ 07920 | |
| 10925 | SHEHAN, MICHAEL, PO BOX 403-140 TOLLESON RD, PACOLET, SC 29372 | |
| 10925 | SHEILA BASSMAN, 6042 GLENDALE DR, BOCA RATON, FL 33433 | |
| 10925 | SHEILA HOFFMAN, 28 SASSI DR, CROTON ON HUDSON, NY 10520-1020 | |
| 10925 | SHEILA HUGHES BURKLY, 1 LAURA LANE, SARATOGA SPRINGS, NY 12866-8782 | |
| 10925 | SHEILA KILDAY, 62 WHITTIMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | SHEILA KOVITZ GLASSNER, 541 ANDRESS TERRACE, UNION, NJ 07083-7308 | |
| 10925 | SHEILA M. PORCARO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | SHEILA PATE, 30 PATEWOOD DR., STE 270, GREENVILLE, SC 29615 | |
| 10925 | SHEILA S BASSMAN, 6042 GLENDALE DR, BOCA RATON, FL 33433 | |
| 10925 | SHEILS, MATTHEW, 8224 HORIZON DR, SHAKOPEE, MN 55379 | |
| 10925 | SHEIN JOHNSON BEREZOFSKY, 235 SOUTH 17TH ST, PHILADELPHIA, PA 19103 | |
| 10925 | SHEINMAN, JEROME, 23090 POST GARDENS WY APT 319, BOCA RATON, FL 33433 | |
| 10925 | SHELARD GROUP INC, THE, 11455 VIKING DR, EDEN PRAIRIE, MN 55344 | |
| 10925 | SHELBURNE MURRAY HILL, 303 LEXINGTON AVE, NEW YORK, NY 10016-3104 | |
| 10925 | SHELBURNE MURRAY HILL, 500 WEST 37TH ST, NEW YORK, NY 10018 | |
| 10925 | SHELBURNE, VANESSA, 208 E. 16TH ST, HOPE, AR 71801 | |
| 10925 | SHELBY & CARTEE, 2015 FIRST AVE NORTH, 4TH FL, BIRMINGHAM, AL 35203 | |
| 10924 | SHELBY CONCRETE CO, 2180 HIGHWAY 87, ALABASTER, AL 35007 | |
| 10924 | SHELBY CONCRETE CO., INC., 2180 HGWY. 87, ALABASTER, AL 35007 | |
| 10924 | SHELBY CONCRETE CO., INC., BESSEMER, AL 35020 | |
| 10924 | SHELBY CONCRETE, C/O BLUE CIRCLE CEMENT, CALERA, AL 35040 | |
| 10924 | SHELBY CONCRETE, RT 4, BOX 882, ALABASTER, AL 35007 | |
| 10924 | SHELBY COUNTY JAIL, 201 POPLAR STREET, MEMPHIS, TN 38103 | |
| 10924 | SHELBY GRAVEL INC, PO BOX 280, SHELBYVILLE, IN 46176 | |
| 10924 | SHELBY GRAVEL, P. O. BOX 280, SHELBYVILLE, IN 46176 | |
| 10924 | SHELBY GRAVEL, P.O BOX 280, SHELBYVILLE, IN 46176 | |
| 10924 | SHELBY GRAVEL, PO BOX 1296, COLUMBUS, IN 47202 | |
| 10924 | SHELBY GRAVEL, RT # 4 BOX 189, RUSHVILLE, IN 46173 | |
| 10925 | SHELBY JONES CO, INC, 8800 WEST CHESTER PIKE, UPPER DARBY, PA 19082 | |
| 10925 | SHELBY JONES COMPANY, INC, PO BOX 508, HAVERTOWN, PA 19083 | |
| 10924 | SHELBY MIDDLE SCHOOL, SHELBY, NC 28150 | |
| 10925 | SHELBY PRECAST CONCRETE, CO, 14660 TWENTY-THREE MILE RD., SHELBY TWP, MI 48315 | |
| 10924 | SHELBY PRECAST INC, 14660 TWENTY-THREE MILE ROAD, SHELBY TOWNSHIP, MI 48315 | |
| 10924 | SHELBY PRECAST, INC., 14660 23 MILE RD, SHELBY TOWNSHIP, MI 48315 | |
| 10924 | SHELBY PRECAST, INC., 14660-23 MILE ROAD, SHELBY TOWNSHIP, MI 48315 | |
| 10925 | SHELBY R HUME, 214 WEBSTER ST, BOX 246, APPLE RIVER, IL 61001-0246 | |
| 10925 | SHELBY, LINDA, 841 CRELLEN RD., PLEASANTON, CA 94566 | |
| 10925 | SHELBY, SHIRLEY, 423 BOEHLE ST, PEARL, MS 39208 | |
| 10924 | SHELCO INC/PALLISER FURNITURE, 214 SOUTH ELM STREET, HIGH POINT, NC 27260 | |
| 10924 | SHELDAHL G.T., ATTN: PRODUCTION, 805 NORTH, HWY #3, NORTHFIELD, MN 55057 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SHELDAHL INC, 1150 SHELDAHL ROAD, NORTHFIELD, MN 55057 | |
| 10925 | SHELDEN, DONNA R, 242 SW 16TH ST, CHEHALIS, WA 98532-3807 | |
| 10925 | SHELDEN, RALPH, 2748 HARDING, WICHITA FALLS, TX 76303 | |
| 10925 | SHELDON BELOFSKY &, LENORE BELOFSKY JT TEN, 322 WILLOW ST, DEERFIELD, IL 60015-4840 | |
| 10924 | SHELDON CONCRETE SERVICE, 14430 LAKESIDE TERRACE DR, HOUSTON, TX 77044 | |
| 10924 | SHELDON CONCRETE, 14430 LAKESIDE TERRACE DRIVE, HOUSTON, TX 77044 | |
| 10924 | SHELDON CONCRETE, 8315 RESERVOIR, HOUSTON, TX 77012 | |
| 10924 | SHELDON CONCRETE, 9520 EASTHAVEN, HOUSTON, TX 77075 | |
| 10924 | SHELDON CONCRETE, INTERSECTION OF HWY 723 & HWY 359, ROSENBERG, TX 77471 | |
| 10925 | SHELDON GREENBERGER, 1426 PINEMERE AVE, LAKEWOOD, NJ 08701-1738 | |
| 10925 | SHELDON KLASFELD, 2924 NW 24TH TERRACE, BOCA RATON, FL 33431-6203 | |
| 10925 | SHELDON LANCE, 31 GLENWOOD AVE, NEW LONDON, CT 06320-4316 | |
| 10925 | SHELDON LEVINE, 4 27 4TH ST, FAIRLAWN, NJ 07410-1459 | |
| 10925 | SHELDON SILVERMAN, 51 TIFFANY CIRCLE, MANHASSET, NY 11030-3915 | |
| 10925 | SHELDON, M, 6704 STONY CREEK DRIVE, OKLAHOMA CITY, OK 73132 | |
| 10925 | SHELDON, MICHAEL, 2630 GOLFVIEW ST, LAKELAND, FL 33801 | |
| 10925 | SHELESTAK, GERALD, 3430 206TH PL SW, LYNNWOOD, WA 98036 | |
| 10925 | SHELESTAK, GERALD, 3430-206TH PL, SW, LYNNWOOD, WA 98036 | |
| 10925 | SHELIA MC KEON, C/O ROSSI, 54 BOW ST, FOREST HILLS GARDENS, NY 11375 | |
| 10925 | SHELIA NOE, 3412 N.HWY 101, GREER, SC 29651 | |
| 10925 | SHELINE, LAURA, 4262 BAKER LANE, C, RENO, NV 89509 | |
| 10925 | SHELINE, SHIRLEE, 4109 NW 269TH ST, RIDGEFIELD, WA 98642 | |
| 10924 | SHELL ANACORTES REFINING COMPANY, PO BOX 4789, HOUSTON, TX 77210-4789 | |
| 10924 | SHELL C.A.P.S.A., AVE. PTE. ROQUE SAENZ PENA 788 (138, BUENOS AIRES, 09999ARG | *VIA Deutsche Post* |
| 10924 | SHELL CANADA LTD, MONTREAL EAST REFINERY, P.O.BOX 600, POINTE-AUX-TREMBLES, MONTREAL EAST QUE., IT H1B 5K7TORONTO | *VIA Deutsche Post* |
| 10924 | SHELL CANADA LTD., 10501 SHERBROOKE ST. E., MONTREAL EAST QUE., IT H1B 5K7TORONTO | *VIA Deutsche Post* |
| 10924 | SHELL CANADA LTD., VIRGINIA HILL COMPLEX, SWAN HILLS, AB T0G 2C0TORONTO | *VIA Deutsche Post* |
| 10924 | SHELL CANADA PRODUCTS LIMITED, POINT AUX TREMBLES, P.A.T., PO BOX 600, MONTREAL EAST QUE., IT H1B 5K7TORONTO | *VIA Deutsche Post* |
| 10925 | SHELL CHEMICAL CO, 7594 HWY 75, GEISMAR, LA 70734-0500 | |
| 10925 | SHELL CHEMICAL CO, PO BOX 371258M, PITTSBURGH, PA 15251 | |
| 10925 | SHELL CHEMICAL CO, POBOX 951029, DALLAS, TX 75395-1029 | |
| 10925 | SHELL CHEMICAL CO, TWO SHELL PLAZA, HOUSTON, TX 77251 | |
| 10925 | SHELL CHEMICAL CO., C/O PRENTICE HALL CORP SYSTEM, 800 BRAZOS, AUSTIN, TX 78701 | |
| 10924 | SHELL CHEMICAL COMPANY, LAB CC-104, 3333 HWY 6 SOUTH, HOUSTON, TX 77082 | |
| 10925 | SHELL CHEMICAL COMPANY, PO BOX 101479, ATLANTA, GA 30392-1479 | |
| 10925 | SHELL CHEMICAL COMPANY, PO BOX 371258M, PITTSBURGH, PA 15251-0000 | |
| 10924 | SHELL CHEMICAL COMPANY, PO BOX 4473, HOUSTON, TX 77210 | |
| 10925 | SHELL CHEMICAL COMPANY, POBOX 371258M, PITTSBURGH, PA 15251-7258 | |
| 10924 | SHELL CHEMICAL, HWY 158 EAST, SARALAND, AL 36571 | |
| 10925 | SHELL CHEMICAL, PO BOX 371258M, PITTSBURGH, PA 15251 | |
| 10925 | SHELL CHEMICAL, PO BOX 951029, DALLAS, TX 75395-1029 | |
| 10925 | SHELL DEVELOPMENT COMPANY, SHELL OIL COMPANY, 910 LOUISIANA - OSP 1422, PO BOX 2463, HOUSTON, TX 77252-2463 | |
| 10925 | SHELL ELASTOMERS/ KRATON POLYMERS, PO BOX 371514, PITTSBURGH, PA 15251-7514 | |
| 10925 | SHELL JR, JAMES H, 1127 GYPSY LANE W, BALTIMORE, MD 21286-1463 | |
| 10924 | SHELL LABORATORY, 1031 CM 8, AMSTERDAM, 9999 ZZNLD | *VIA Deutsche Post* |
| 10925 | SHELL NEDERLAND CHEMIE, VONDELINGENVEG 601, POSTBUS 3005, 3190 GB HOOGVLIET, ROTTERDAM, NETHERLANDS | *VIA Deutsche Post* |
| 10925 | SHELL OIL CO, FRANK F FOSSATI MANAGER REMEDIATION, | |
| 10925 | SHELL OIL CO, POBOX 47513, SAN ANTONIO, TX 78265-7513 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SHELL OIL CO., 20945 S. WILMINGTON AVENUE, CARSON, CA 90745 | |
| 10924 | SHELL OIL COMPANY, C/O C.T. CORP SYSTEM, 811 DALLAS AVE, HOUSTON, TX 75201 | |
| 10924 | SHELL OIL COMPANY, HIGHWAY 225, DEER PARK, TX 77536 | |
| 10924 | SHELL OIL COMPANY, HIGHWAY225, DEER PARK, TX 77536 | |
| 10924 | SHELL OIL COMPANY, MARTINEZ REFINERY, 3485 PACHECO BLVD., MARTINEZ, CA 94553 | |
| 10924 | SHELL OIL COMPANY, MARTINEZ REFINERY, MARTINEZ, CA 94553 | |
| 10924 | SHELL OIL COMPANY, MS. CHERI SWILLO, PURCH. DEPT., PO BOX 711, MARTINEZ, CA 94553 | |
| 10924 | SHELL OIL COMPANY, PO BOX 100, DEER PARK, TX 77536 | |
| 10924 | SHELL OIL COMPANY, PO BOX 262, WOOD RIVER, IL 62095 | |
| 10924 | SHELL OIL COMPANY, PO BOX 4473, HOUSTON, TX 77210 | |
| 10924 | SHELL OIL COMPANY, PO BOX 4484, HOUSTON, TX 77210 | |
| 10924 | SHELL OIL COMPANY, PO BOX 4787, HOUSTON, TX 77210-4787 | |
| 10925 | SHELL OIL COMPANY, PO BOX 659, SAN ANTONIO, TX 78265-9501 | |
| 10925 | SHELL OIL COMPANY, PO BOX 659501, SAN ANTONIO, TX 78265-9501 | |
| 10925 | SHELL OIL COMPANY, PO BOX 659581, SAN ANTONIO, TX 78265-9581 | |
| 10925 | SHELL OIL COMPANY, PO BOX 98470, LOUISVILLE, KY 40298-8470 | |
| 10924 | SHELL OIL COMPANY, SOUTH GATE, HIGHWAY 111, ROXANA, IL 62084 | |
| 10924 | SHELL OIL COMPANY, UNIT CCU #1, ROXANA, IL 62084 | |
| 10924 | SHELL OIL COMPANY, UNIT CCU #2, WOOD RIVER, IL 62095 | |
| 10925 | SHELL ORTEGA, AARON ALBRITTEN, 5344 ORTEGA BLVD, JACKSONVILLE, FL 32210-8416 | |
| 10925 | SHELL PETROLEUM CORPORATION, 2711 CENTERVILLE RD #400, WILMINGTON, DE 19808 | |
| 10925 | SHELL PIPE LINE CO., SHELL OIL COMPANY, 4888 ONE SHELL PLAZA, PO BOX 2463, HOUSTON, TX 77525-2464 | |
| 10924 | SHELL ROCK PRODUCTS INC, 2351 213TH AVE., MILFORD, IA 51351 | |
| 10924 | SHELL ROCK PRODUCTS INC., 22281 WALNUT AVE., SHELL ROCK, IA 50670 | |
| 10925 | SHELL WESTERN E&P, INC, DEPT 0240, DALLAS, TX 75284-0240 | |
| 10925 | SHELL, CALVIN, 113 WILLIAMS CIRCLE, SIMPSONVILLE, SC 29681 | |
| 10925 | SHELL, CARRIE, POBOX 304, FOUNTAIN INN, SC 29644 | |
| 10925 | SHELL, EUGENE, 10065 BOUNDARY LANE, PARMA, OH 44130 | |
| 10925 | SHELL, INDIA, 6507 GLEN ARM CT., INDIANAPOLIS, IN 46224 | |
| 10925 | SHELL, PHYLLIS, 107 PRESTWICK DR, GREENVILLE, SC 29605 | |
| 10925 | SHELL, ROBERT, MAGNOLIA RUN #106A, GREENVILLE, SC 29607 | |
| 10925 | SHELL, THOMAS, 2449 MACLAREN, DORAVILLE, GA 30360 | |
| 10925 | SHELLCAST INC, 5230 INDUSTRIAL PARK, MONTAGUE, MI 49437 | |
| 10925 | SHELLER, DAVID, PO BOX 193, GARRETTSVILLE, OH 44231 | |
| 10925 | SHELLEY L LYNCH, 8328 N FLORA, KANSAS CITY, MO 64118-8203 | |
| 10925 | SHELLEY SIEMERING, 1407 MILLVILLE SHANDON RD, HAMILTON, OH 45013-9588 | |
| 10925 | SHELLEY, DEBBIE, 105 S. VALLEY, REDOAK, TX 75154 | |
| 10925 | SHELLEY, DENNIS, 78 DIVISION, TROY, MT 59935 | |
| 10925 | SHELLEY, EDITH, 3925 BOBOLINK CIRCLE, RENO, NV 89506 | |
| 10925 | SHELLEY, ELLYN, 4304 OLYMPIAD, LOS ANGELES, CA 90043-1048 | |
| 10925 | SHELLEY, GORDON, 14315 SH240, ELECTRA, TX 76360 | |
| 10925 | SHELLEY, JEAN, 4 GRACE DRIVE, WILMINGTON, MA 01887 | |
| 10925 | SHELLEY, JOSEPH, 7605 GERALAYNE CIRCLE, WAUWATOSA, WI 53213 | |
| 10925 | SHELLEY, KENNETH, PO BOX 668, ELECTRA, TX 76360 | |
| 10925 | SHELLEY, ROBERT, 602 W TEXAS, IOWA PARK, TX 76367 | |
| 10925 | SHELLEY, WILLIAM, 480 WEST FRANKLIN, SHELBYVILLE, IN 46176 | |
| 10925 | SHELLEYS SEPTIC TANK, POBOX 249, ZELLWOOD, FL 32798-0249 | |
| 10925 | SHELLHAMMER, SANDRA, 5906 HOLIDAY DRIVE, ALLENTOWN, PA 18104 | |
| 10925 | SHELLHAMMER, STEVEN, 4051 LEXINGTON CT, PALMDALE, CA 93550 | |
| 10924 | SHELLROCK INTERNATIONAL INC, 3600 N E CANDICE AVENUE, JENSEN BEACH, FL 34957 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SHELLROCK INTERNATIONAL INC, 3600 N. E. CANDICE AVENUE, JENSEN BEACH, FL 34957

10924    SHELLROCK INT'L COOP., 3600 NO EAST CANDICE AVE, JENSEN BEACH, FL 34957

10925    SHELLY F FORER CUST FOR, JESSICA FRANKIE FORER UNDER THE, FLORIDA GIFTS TO MIN ACT, 12370 SW 64TH AVE, MIAMI, FL 33156-5539

10925    SHELLY, BRUCE, 1406 SEVILLE DRIVE, SLATINGTON, PA 18080

10925    SHELLY, JOHN, 3 STONEGATE VILLAGE, QUAKERTOWN, PA 18951

10925    SHELLY, MARY, 1320 MILL RD, QUAKERTOWN, PA 18951-1119

10925    SHELLY, MARY, PO BOX 32, QUAKERTOWN, PA 18951-0032

10925    SHELNITZ, MARK, 7233 WOLVERTON COURT, CLARKSVILLE, MD 21029

10925    SHELTER WEST, 479 JUMPERS HOLE STE 301, SEVERNA PARK, MD 21146

10924    SHELTON READY MIX, ATTN:  ACCOUNTS PAYABLE, WENDOVER, UT 84083

10925    SHELTON, AIDA, 8317 TAHONA DR., SILVER SPRING, MD 20903

10925    SHELTON, ALGIN, 16511 ARCHDALE, DETROIT, MI 48235

10925    SHELTON, CLINT, 121 TRICHEL ROAD, MONROE, LA 71203

10925    SHELTON, DIANNE, 18964 WHITCOMB, DETROIT, MI 48235

10925    SHELTON, DONALD, 1600 KAREN LN, IOWA PARK, TX 76367

10925    SHELTON, EDITH, 4060 SANTA MARIA PL, TURLOCK, CA 95382

10925    SHELTON, EMILY, 1608 MELLOWOOD ST., PITTSBURGH, CA 94565

10925    SHELTON, EMMA, 2443 N. SHARON AVE., INDIANAPOLIS, IN 46222

10925    SHELTON, ETHEL, 4573 DERBY MANOR DRIVE, BALTIMORE, MD 21215

10925    SHELTON, HERBERT, 839 NEELY FERRY RD, SIMPSONVILLE, SC 29680-6344

10925    SHELTON, JACK, 2805 CROSS COUNTRY CIRCLE, VERONA, WI 53593

10925    SHELTON, JOHNNY L, 26383 HWY 221, ENOREE, SC 29335

10925    SHELTON, JOHNNY, 1209 TRINITY CHURCH ROAD, LAURENS, SC 29360

10925    SHELTON, JOSEPH, 1670 BELLEVIEW PLACE, INDIANAPOLIS, IN 46222

10925    SHELTON, JUDY, RT. 9 BOX 379-B, WACO, TX 76705

10925    SHELTON, KAREN, 3360 W SHIELDS, FRESNO, CA 93722

10925    SHELTON, KELLIE, 9348 SEVEN SPRING VILLAGE, COLLEGE PARK, MD 20748

10925    SHELTON, KENNETH, 806 NEELY FERRY ROAD, SIMPSONVILLE, SC 29681

10925    SHELTON, LESTER, 121D ARTILLERY POST, FT SAM HOUSTON, TX 78234

10925    SHELTON, LOWELL, 325 SEVEN OAKS LANE, SPARTANBURG, SC 29301

10925    SHELTON, M, 28 FRANKLIN ST, ATTLEBORO, MA 02703

10925    SHELTON, MARTHA, PO BOX 244, PISGAH, AL 35765

10925    SHELTON, MARY, 5601W. MCDOWELL -MAPLE CREEK APTS., 2007, PHOENIX, AZ 85035

10925    SHELTON, MUNDY, 5203 W. 53RD, AMARILLO, TX 79109

10925    SHELTON, RENEA, 2195 CURBERTSON COVE, MEMPHIS, TN 38134

10925    SHELTON, ROY, 102 PLEASANT HEIGHTS, GREER, SC 29651

10925    SHELTON, RUBY, 10514 S LOWE AVE, CHICAGO, IL 60628

10925    SHELTON, SHERRI, 512 SHAMROCK RD, ST AUGUSTINE, FL 32086

10925    SHELTON, STEPHEN, 7318 N WINCHESTER APT 1S, CHICAGO, IL 60626

10925    SHELTON, TAMMIE, 1132 MARSHALL ST, ROANOKE RAPIDS, NC 27870

10925    SHELTON, TERESA, 104 DUVAL DRIVE, SPARTANBURG, SC 29307

10925    SHELTON, VALERIE, 1717 E LACROSSE AVE, SPOKANE, WA 99207

10925    SHELTON, VICKIE, 2125 NW 35TH, OKLA. CITY, OK 73112

10925    SHELTON, WILLIAM, 3307 LOCUST HILL ROAD, TAYLOR, SC 29687

10924    SHELTON'S, AFB, WENDOVER        ., WENDOVER, UT 84083

10925    SHELY, JR, GRADY, 3620 EVANSTON AVE, CINCINNATI, OH 45207

10925    SHEMAITIS, ROSEMARIE, 596 SOMERSET LANE # 7, CRYSTAL LAKE, IL 60014

10925    SHEMESH, JACOB, 768 HOWARD CT. E., ORADELL, NJ 07649

10925    SHEMWELL & ASSOCIATES, 4056 NORTON PL SE, SMYRNA, GA 30082

10925    SHEN RESEARCH ORGANIZATION, 3 MELROSE ST, BOSTON, MA 02116

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHEN, DING, 239 CAPTAIN EAMES CI, ASHLAND, MA 01721

10924   SHENANDOAH BLDG SUPPLY INC, 195 LENOIR DR, WINCHESTER, VA 22603

10924   SHENANDOAH BLDG SUPPLY INC, 30 COVENANT DR., HARRISONBURG, VA 22801

10924   SHENANDOAH BUILDING SUPPLY, 195 LENIOR DR., WINCHESTER, VA 22603

10924   SHENANDOAH BUILDING SUPPLY, 60 COVENANT DR., HARRISONBURG, VA 22801

10925   SHENANDOAH INDUSTRIAL RUBBER, PO BOX 1046, SALEM, VA 24153

10925   SHENANDOAH VALLEY MOVING & STORAGE, 6951 WINCHESTER ROAD, FRONT ROYAL, VA 22630

10925   SHENANGO REFRACTORIES, PO BOX 120, NEW CASTLE, PA 16103

10925   SHENASSA, NAZILA, 167 WARNER AVE, ROSLYN HEIGHTS, NY 11577

10925   SHENEHON COMPANY, 801 NICOLLET MALL, MINNEAPOLIS, MN 55402

10925   SHENEMAN, LEONA, 1566 KOONS RD, NORTH CANTON, OH 44720

10925   SHENG, JAMES, 14827 EVERGREEN RIDGE WAY, HOUSTON, TX 77062

10924   SHENK CONSTRUCTION, 1441 E. VIRGINIA AVE., EVANSVILLE, IN 47711

10925   SHENK, RICHARD, 732 JOSEPH AVE, WARMINSTER, PA 18974

10925   SHEPARD HOFFMAN LAW OFFICE, 36 S. CHARLES ST , SUITE 2200, BALTIMORE, MD 21204-3106

10925   SHEPARD JR, THOMAS, 453POOLE ROAD, BALL GROUND, GA 30107

10925   SHEPARD NILES, 250 N. GENESEE ST., MONTOUR FALLS, NY 14865

10925   SHEPARD NILES, CRAIN & HOIST CORP., MONTOUR FALLS, NY 14865

10925   SHEPARD, BRUCE, 8228 N. 19TH AVE #529S, PHOENIX, AZ 85021

10925   SHEPARD, JACK, 4125 SO 24TH ST, OMAHA, NE 68107-1801

10925   SHEPARD, JACK, 9515 HOLMES PLAZA APT 1, OMAHA, NE 68127-2328

10925   SHEPARD, JANET, 3060 BEECHRUN DRIVE, MEMPHIS, TN 38128

10925   SHEPARD, JEREMY, 3290 WEST ASHLAN, FRESNO, CA 93722

10925   SHEPARD, KYLEE, 27061 HOMEWOOD DR., BONITA SPRINGS, FL 33923

10925   SHEPARD, MARK, 8842 H N. 95TH ST, MILWAUKEE, WI 53224

10925   SHEPARD, PAMELA, 14557 GREENVIEW, DETROIT, MI 48223

10925   SHEPARD, PAUL, 2 1/2 VERONA ST, NASHUA, NH 03060-4927

10925   SHEPARD, ROBIN, 2307 PARC CHATEAU DR, LITHONIA, GA 30058

10925   SHEPARDS, PO BOX 802631, CHICAGO, IL 60680-2631

10925   SHEPARDS/MCGRAW-HILL INC, PO BOX 60, COLORADO SPRINGS, CO 80901

10925   SHEPARDSON, ELIZABETH, 294 E. STACEY LN., TEMPE, AZ 85284

10925   SHEPERD, RUFUS, 2324 41ST ST , BRIGHTMORE OF W, WILMINGTON, NC 28403

10925   SHEPHARD, CAROLE, 210 SILLERY BAY ROAD, PASADENA, MD 21122

10925   SHEPHARD, JESSE, 214 SEAMAN ST, NEW BRUNSWICK, NJ 08901

10925   SHEPHERD CHEMICAL CO, THE, PO BOX 630095, CINCINNATI, OH 45263-0095

10925   SHEPHERD CHEMICAL CO., 4900 BEECH ST., NORWOOD, OH 45212

10924   SHEPHERD CHEMICAL, 2803 HIGHLAND AVENUE, CINCINNATI, OH 45212

10924   SHEPHERD CHEMICAL, 4900 BEECH STREET, CINCINNATI, OH 45212

10924   SHEPHERD ELECTRIC CO INC, 7401 PULASKI HWY, BALTIMORE, MD 21237

10924   SHEPHERD HILL REGIONAL H/S, 68 DUDLEY-OXFORD ROAD, DUDLEY, MA 01571

10924   SHEPHERD PRETT, 2133 FOUNTAIN GREEN, BEL AIR, MD 21014

10925   SHEPHERD, ALBERT, 2360 HWY 92, ENOREE, SC 29335-9507

10925   SHEPHERD, CHRISTA, RD 2 BX 232 PT FREEZE RD, FRENCHTOWN, NJ 08825

10925   SHEPHERD, DOUGLASS, 3913 BIRDSVILLE RD, DAVISONVILLE, MD 21035

10925   SHEPHERD, JASON, 8558 E. RUBY DRIVE, TUCSON, AZ 85730

10925   SHEPHERD, JERRY, PO BOX 31, RINGGOLD, LA 71068

10925   SHEPHERD, JUDITH, 2825 SW 49TH ST, OKLAHOMA CITY, OK 73119

10925   SHEPHERD, MICHAEL, 5225 OLD HARTFORD ROAD, OWENSBORO, KY 42303

10925   SHEPHERD, ROGER, 916 BRISTOL ROAD, PALESTINE, TX 75801

10925   SHEPHERD, S, 3668 DEBBY DRIVE, MEMPHIS, TN 38127

10925   SHEPHERD, SUSAN, 23 WINTERGREEN LANE, GROTON, MA 01450

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SHEPHERD, THOMAS, 443 RANSDELL DR, SPARTANBURG, SC 29302

10925   SHEPHERD, TONYA, 8905 E JEFFERSON APT 501, DETROIT, MI 48214

10925   SHEPHERDS SPINAL CENTER, 2020 PEACHTREE ROAD, ATLANTA, GA 30309

10924   SHEPLER EQUIMENT CO, 1-1/4 MILE NORTH FM 1847, LOS FRESNOS, TX 78566

10924   SHEPLER EQUIMENT CO, 2926 FM802, BROWNSVILLE, TX 78522

10924   SHEPLER EQUIMENT CO, 4005 N. SEMINARY ROAD, EDINBURG, TX 78539

10924   SHEPLER EQUIMENT CO, 4911 WHIRLWIND, SAN ANTONIO, TX 78217

10924   SHEPLER EQUIMENT CO, 580-A GRAHAM ROAD, COLLEGE STATION, TX 77845

10924   SHEPLER EQUIMENT CO, 9103 EAST ALMEDA RD, HOUSTON, TX 77054

10924   SHEPLER EQUIMENT CO, HWY. 281 AT EAST OWASSA, PHARR, TX 78577

10924   SHEPLER EQUIPMENT, 4911 WHIRLWIND DRIVE, SAN ANTONIO, TX 78217

10924   SHEPLER EQUIPMENT, 4911 WHIRLWIND, SAN ANTONIO, TX 78217

10924   SHEPLER EQUIPMENT, 9103 ALMEDA, HOUSTON, TX 77054

10924   SHEPLER'S EQUIP CO INC, 9103 E ALMEDA, HOUSTON, TX 77054

10925   SHEPLERS OF TEXAS L.P. INC, GENERAL COUNSEL, 6501 WEST KELLOGG, WICHITA, KS 67207

10925   SHEPLERS OF TEXAS L.P. INC, GENERAL COUNSEL, 6501 WEST KELLOGG, WITCHITA, KS 67207

10924   SHEPLERS, 10300 BANCOCK STREET, NORTHGLENN, CO 0

10924   SHEPLERS, 10300 BANNOCK STREET, NORTHGLENN, CO 0

10925   SHEPLEY, JOSEPH, 4202 HEMLOCK DRIVE, VALPARAISO, IN 46383

10924   SHEPPARD OF THE VALLEY, C/O MUNUTI-OGLE, APPLE VALLEY, MN 55124

10925   SHEPPARD PRATT PHYSICIANS,PASPPPA, 6501 N. CHARLES ST., BALTIMORE, MD 21285-6815

10925   SHEPPARD PRATT PREF RESOURCES,INC, PO BOX 6815, BALTIMORE, MD 21285-6815

10925   SHEPPARD, BRUCE, 125 WEST CHERRY ST., RAHWAY, NJ 07065

10925   SHEPPARD, CLAIRE, 19 SUMMER ST, IPSWICH, MA 01938

10925   SHEPPARD, DAVID, 1001 E CASH, IOWA PARK, TX 76367

10925   SHEPPARD, DEBRA, 1455 LEE RD 240, SALEM, AL 36874

10925   SHEPPARD, DEWITT, PO BOX 341, MAGAZINE, AR 72943-0000

10925   SHEPPARD, EARL, ROUTE 1 BOX 99, FLANDREAU, SD 57028

10925   SHEPPARD, LORENZO, 46 SPRUCE ST, B, NEWARK, NJ 07102

10925   SHEPPARD, LUCIAN, ROUTE 9 101 PLEASANT LN, LEXINGTON, SC 29072

10925   SHEPPARD, MICHAEL, 5861 HWY 20, BUFORD, GA 30518

10925   SHEPPARD, RANDY, PO BOX 655, BOONEVILLE, AR 72927

10925   SHEPPARD, ROBERT, 198 COURT ROAD, WINTHROP, MA 02152-2313

10925   SHEPPARD, WILLIAM, 32-01 FOX RUN RD, PLAINSBORO, NJ 08536

10925   SHEPPARD, WILTA, PO BOX 341, MAGAZINE, AR 72943-9732

10924   SHERADEN LIGHTING & ELEC, 1617 63RD ST, BROOKLYN, NY 11204

10925   SHERANKO, DIANE, 114 LINGAY, GLENSHAW, PA 15116

10925   SHERATON BAL HARBOUR, 9701 COLLINS AVE., BAL HARBOUR, FL 33154

10924   SHERATON BALLROOM, #1 CIVIC CENTER PLAZA, BIRMINGHAM, AL 35203

10925   SHERATON BALTIMORE NORTH CONFERENCE, 903 DULANEY VALLEY ROAD, TOWSON, MD 21204

10925   SHERATON BOCA RATON HOTEL, 2000 N W 19TH ST, BOCA RATON, FL 33431

10924   SHERATON BOSTON, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062

10925   SHERATON CENTRE TORONTO, 123 QUEEN ST WEST, TORONTO, ON M5H 2M9CANADA          **\*VIA Deutsche Post\***

10925   SHERATON COLONIAL, ONE AUDUBON ROAD, WAKEFIELD, MA 01880

10925   SHERATON COLUMBIA HOTEL, 10207 WINCOPIN CIRCLE, COLUMBIA, MD 21044

10925   SHERATON COLUMBIA HOTEL, LOCATED ON THE LAKE, 10207 WINCOPIN CIRCLE, COLUMBIA, MD 21044

10925   SHERATON COMMANDER, 16 GARDEN ST, CAMBRIDGE, MA 02138

10925   SHERATON DESIGN CENTER HOTEL, 1825 GRIFFIN ROAD, DANIA, FL 33004

10925   SHERATON FERNCROFT RESORT, 50 FERNCROFT ROAD, DANVERS, MA 01923

10924   SHERATON HOTEL REMODEL, SAN DIEGO, CA 92101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SHERATON HOTEL, DENVER TECH CENTER, DENVER, CO 80237 | |
| 10925 | SHERATON INN & CONFERENCE CENTER -, MARTIN A SVIGIR GENERAL MANAGER, 706 JOHN NOLEN DRIVE, MADISON, WI 53713 | |
| 10925 | SHERATON INN PLYMOUTH, 180 WATER ST, PLYMOUTH, MA 02360 | |
| 10925 | SHERATON INN, PO BOX 618, FREDERICKSBURG, VA 22404 | |
| 10925 | SHERATON INNER HARBOR HOTEL, 300 S. CHARLES ST., BALTIMORE, MD 21201 | |
| 10925 | SHERATON INT, 7032 ELM ROAD, BALTIMORE, MD 21240 | |
| 10925 | SHERATON INTL ON BWI AIRPORT, 7032 ELM RD., BALTIMORE, MD 21240 | |
| 10925 | SHERATON LANSING HOTEL, 925 CREYTS ROAD, LANSING, MI 48917 | |
| 10924 | SHERATON MAUI, GW KILLEBREW CO. INC., KAHULUI, HI 96732 | |
| 10924 | SHERATON MESA, MESA, AZ 85201 | |
| 10925 | SHERATON MILWAUKEE BROOKFIELD, 375 SOUTH MOORLAND ROAD, BROOKFIELD, WI 53005 | |
| 10925 | SHERATON NASHUA HOTEL, 11 TARA BLVD, NASHUA, NH 03062 | |
| 10925 | SHERATON PERIMETER PARK SOUTH HOTEL, 8 PERIMETER DR, BIRMINGHAM, AL 35243 | |
| 10925 | SHERATON PORTSMOUTH HOTEL &, 250 MARKET ST, PORTSMOUTH, NH 03801 | |
| 10925 | SHERATON SAN MARCOS, ONE SAN MARCOS PLACE, CHANDLER, AZ 85225 | |
| 10925 | SHERATON SUITES - CUMBERLAND, 2844 COBB PKWY S.E., ATLANTA, GA 30339 | |
| 10925 | SHERATON TARA HOTEL, 320 WASHINGTON ST, NEWTON, MA 02158 | |
| 10925 | SHERATON TARA NASHUA, TARA BLVD, NASHUA, NH 03062-2898 | |
| 10925 | SHERATON WASHINGTON HOTEL, AT CONNECTICUT AVE., NW, WASHINGTON, DC 20008 | |
| 10924 | SHERATON, ANNING JOHNSON, SAN DIEGO, CA 92100 | |
| 10924 | SHERATON, ANNING JOHNSON, SANTA MONICA, CA 90401 | |
| 10925 | SHERBERT, GINA, 1708 S.J. WORKMAN HWY, WOODRUFF, SC 29388 | |
| 10925 | SHERBERT, JAMES EARL, HWY 221, ENOREE, SC 29335 | |
| 10925 | SHERBERT, JAMES, 351 RIDGE ROAD, ENOREE, SC 29335 | |
| 10925 | SHERBERT, JOHNNY, 2625 HARRIS BRDGE RD, WOODRUFF, SC 29388 | |
| 10925 | SHERBERT, JOHNNY, HWY 221, ENOREE, SC 29335 | |
| 10925 | SHERBERT, OREN, 8065 HWY 56 ENOREE SC, ENOREE, SC 29335 | |
| 10925 | SHERBERT, OREN, ROUTE 221, ENOREE, SC 29335 | |
| 10925 | SHERBERT, RAY, 1708 S J WORKMAN HWYWOODRUFF SC, WOODRUFF, SC 29388 | |
| 10924 | SHERBURNE COUNTY GOVERNMENT CENTER, 13880 HWY 10, ELK RIVER, MN 55330 | |
| 10925 | SHEREFF, FRIEDMAN, HOFFMAN &, 405 LEXINGTON AVE, NEW YORK, NY 10174 | |
| 10925 | SHERER, PATRICK, 3107 PENN, ST JOSEPH, MO 64507 | |
| 10924 | SHEREX CHEMICAL COMPANY, INC., 1401 MIDDLEHARBOR ROAD, OAKLAND, CA 94607 | |
| 10924 | SHEREX CHEMICAL COMPANY, INC., PO BOX 646, DUBLIN, OH 43017 | |
| 10924 | SHEREX CHEMICAL COMPANY, INC., ROUTE 24 - BLDG. #03, MAPLETON, IL 61547 | |
| 10925 | SHERFY, ELIZABETH, 514 COVENTRY, TROY, IL 62294 | |
| 10925 | SHERI GAYLE DAYE, 2515 NW 29TH DR, BOCA RATON, FL 33434-3673 | |
| 10925 | SHERI K OSHINSKY, 41 BENNINGTON DR, EAST WINDSOR, NJ 08520 | |
| 10925 | SHERICK, HELEN M, 3087 W 9TH ST APT2, LOS ANGELES, CA 90006-1515 | |
| 10925 | SHERICK, JACK, 329 CHARLES ST, NEW MILFORD, NJ 07646 | |
| 10925 | SHERIDAN CONTRACTORS, INC, 8320 W.99TH PLACE, PALOS HILLS, IL 60465 | |
| 10924 | SHERIDAN LUMBER INC, PO BOX2385, HOLLYWOOD, FL 33022 | |
| 10924 | SHERIDAN READY MIX, 220 OKLAHOMA STREET, SHERIDAN, AR 72150 | |
| 10925 | SHERIDAN, DEBORAH, PO BOX 116, PENDERGRASS, GA 30567 | |
| 10925 | SHERIDAN, GREGORY, 628 12TH AVE, 6, CORALVILLE, IA 52241 | |
| 10925 | SHERIDAN, JANE, 100 S MEYERS DR APT 401, LAFAYETTE, LA 70508 | |
| 10925 | SHERIDAN, JOE, 304 BETA ST, ANDERSON, SC 29621-4402 | |
| 10925 | SHERIDAN, JUNE, 26 CRESTON AVE, DEDHAM, MA 02026 | |
| 10925 | SHERIDAN, MARY, 3912 S0. I-10, METAIRIE, LA 70001 | |
| 10925 | SHERIDAN, RICKEY, 185 E. UNIVERSITY BLVD, JACKSON, IN 38305 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SHERIFF OF JEFFERSON COUNTY, 112 E.WASHINGTON ST., CHARLES TOWN, WV 25414-0009 | |
| 10925 | SHERIFF OF MONONGALIA COUNTY, 243 HIGH ST, COURTHOUSE, MORGANTOWN, WV 26505-5492 | |
| 10925 | SHERIFF, DIANA, 2764 BRIER POND CIR, WOODBRIDGE, VA 22191 | |
| 10925 | SHERIFF, HULAY, 3219 TOLEDO PL, HYATTSVILLE, MD 20782 | |
| 10925 | SHERIFF, KENNETH, 226 BOW ST, WESTMINSTER, SC 29693 | |
| 10925 | SHERIFF, RICHARD, 1829 HARBOR DRIVE, CHESTER, MD 21619 | |
| 10925 | SHERIFF, SCOTT, 499 N. 201 WEST #41, BOUNTIFUL, UT 84010 | |
| 10925 | SHERIFF, WILLIAM D, PO BOX 334, POTTSVILLE PA, PA 17901 | |
| 10925 | SHERLOCK JR, GORDON A, 7 ELM LAWN, MILTON, MA 02186-3315 | |
| 10925 | SHERLOCK SELF STORAGE, 21601 W BOSTIAN ROAD, WOODINVILLE, WA 98072 | |
| 10925 | SHERLOCK, CHARLES, 26 VIEWPOINT DRIVE, ALEXANDRIA, KY 41001 | |
| 10925 | SHERMAN & SCHRODER EQUIPMENT CO., 2300 WALL ST , SUITE J, CINCINNATI, OH 45212 | |
| 10925 | SHERMAN & SCHRODER EQUIPMENT CO., 2300 WALL ST, SUITE J, CINCINNATI, OH 45212 | |
| 10924 | SHERMAN CONCRETE PIPE, 1616 PARALLEL  ST., MONTGOMERY, AL 36102 | |
| 10924 | SHERMAN CONCRETE PIPE, 201 BRENNAN ROAD, COLUMBUS, GA 31906 | |
| 10924 | SHERMAN CONCRETE PIPE, 223 JOHN DAVENPORT DRIVE NW, ROME, GA 30165 | |
| 10924 | SHERMAN CONCRETE PIPE, 3735 2ND AVE, TUSCALOOSA, AL 35403 | |
| 10924 | SHERMAN CONCRETE PIPE, 3898 INDUSTRIAL DRIVE, BIRMINGHAM, AL 35217 | |
| 10924 | SHERMAN CONCRETE PIPE, MONTGOMERY CONCRETE DIV, MONTGOMERY, AL 36102 | |
| 10924 | SHERMAN CONCRETE PIPE, MONTGOMERY CONCRETE DIVI, MONTGOMERY, AL 36102 | |
| 10924 | SHERMAN CONCRETE PIPE, NO. 4 18TH STREET SW, BIRMINGHAM, AL 35207 | |
| 10924 | SHERMAN CONCRETE PIPE, P O BOX 1397, TUSCALOOSA, AL 35403 | |
| 10924 | SHERMAN CONCRETE PIPE, PLANT #3 4810 S.W., BIRMINGHAM, AL 35211 | |
| 10924 | SHERMAN CONCRETE PIPE, PO BOX 1397, TUSCALOOSA, AL 35403 | |
| 10924 | SHERMAN CONCRETE PROD, 205 BRENNAN RD, COLUMBUS, GA 31908 | |
| 10924 | SHERMAN DIXIE CONC INDUST, P O BOX 6449, KNOXVILLE, TN 37914 | |
| 10925 | SHERMAN ENGINEERING CO, THE, UNIT N 3, 3679 OLD EASTON ROAD, DOYLESTOWN, PA 18901 | |
| 10925 | SHERMAN ENGINEERING CO., 3679 OLD EASTON RD, DOYLESTOWN, PA 18901 | |
| 10925 | SHERMAN II, WILLIAM B, 5601 CHEMICAL RD, BALTIMORE, MD 21226 | |
| 10925 | SHERMAN II, WILLIAM, 320 ALABAMA ROAD, TOWSON, MD 21204 | |
| 10924 | SHERMAN IND SCOTT PIPE DI, 2900 LOUISVILLE ROAD, SAVANNAH, GA 31401 | |
| 10924 | SHERMAN IND SCOTT PIPE, 2900 LOUISVILLE RD, SAVANNAH, GA 31401 | |
| 10924 | SHERMAN IND SCOTT PIPE, PO BOX 2528, SAVANNAH, GA 31401 | |
| 10924 | SHERMAN INDUSTRIES, 2131 MAGNOLIA AVE, BIRMINGHAM, AL 35205 | |
| 10924 | SHERMAN INDUSTRIES, 452 SO. ROYALE ST., MOBILE, AL 36633 | |
| 10924 | SHERMAN INDUSTRIES, 6815 B CRESSENT DR NW, NORCROSS, GA 30071 | |
| 10924 | SHERMAN INDUSTRIES, P.O. BOX 1227, MOBILE, AL 36633 | |
| 10924 | SHERMAN INDUSTRIES, P.O. BOX 1986, MOBILE, AL 36602 | |
| 10924 | SHERMAN INDUSTRIES, PELHAM INDUSTRIAL PARK, PELHAM, AL 35124 | |
| 10924 | SHERMAN INTERNATIONAL BLOCK, 250 PALMER RD., MADISON, AL 35758 | |
| 10924 | SHERMAN INTERNATIONAL CORP, 100 PEGRAM, HUNTSVILLE, AL 35801 | |
| 10924 | SHERMAN INTERNATIONAL CORP., 1920 CUTOFF RD./CITY PLANT, MOBILE, AL 36633 | |
| 10924 | SHERMAN INTERNATIONAL CORP., 21856 DOCK MCDUFFIE RD., FOLEY, AL 36535 | |
| 10924 | SHERMAN INTERNATIONAL CORP., 4751 HAMILTON BLVD., THEODORE, AL 36582 | |
| 10924 | SHERMAN INTERNATIONAL CORP., 8151 ZIEGLER BLVD., MOBILE, AL 36608 | |
| 10924 | SHERMAN INTERNATIONAL CORP., HGWY. 27, FAIRHOPE, AL 36532 | |
| 10924 | SHERMAN INTERNATIONAL CORPORATION, 1400 URBAN CENTER DRIVE, BIRMINGHAM, AL 35242-2500 | |
| 10924 | SHERMAN INTERNATIONAL CORPORATION, 250 PALMER RD. (FRONT ST.), MADISON, AL 35758 | |
| 10924 | SHERMAN INTERNATIONAL CORPORATION, ATTN:  ACCOUNTS PAYABLE, MOBILE, AL 36633 | |
| 10924 | SHERMAN INTERNATIONAL CORPORATION, P O BOX 646, MADISON, AL 35758 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  SHERMAN INTERNATIONAL CORPORATION, P.O. BOX 1227, MOBILE, AL 36633

10924  SHERMAN INTERNATIONAL CORPORATION, PO BOX646, MADISON, AL 35758

10924  SHERMAN INTERNATIONAL INC, 1400 URBAN CENTER DRIVE, BIRMINGHAM, AL 35242-2500

10924  SHERMAN INTERNATIONAL, 1400 URBAN CENTER DRIVE, BIRMINGHAM, AL 35242-2500

10924  SHERMAN INTERNATIONAL, 631 OLD TRINITY ROAD, DECATUR, AL 35601

10924  SHERMAN INTERNATIONAL, DUMAS, AR 71639

10924  SHERMAN INTERNATIONAL, HWY 90 MOBILE BAY CAUSEWAY, MOBILE, AL 36608

10924  SHERMAN INTERNATIONAL, P.O. BOX 646, MADISON, AL 35758

10925  SHERMAN LUTHER, 9672 ADELINE AVE, GARDEN GROVE, CA 92641

10924  SHERMAN MOBILE CONCRETE, ROUTE 62 N. WINFIELD LOCKS & DAM, ELEANOR, WV 25070

10925  SHERMAN P KIRSHNER &, BARBARA KIRSHNER JT TEN, 14712 BONAIRE BLVD, DELRAY BEACH, FL 33446-1702

10924  SHERMAN PIPE, 223 JOHN DAVENPORT DRIVE, ROME, GA 30165

10924  SHERMAN PIPE, 6209 OLD RUTLEDGE PIKE, KNOXVILLE, TN 37914

10924  SHERMAN PIPE, P O BOX 140199, NASHVILLE, TN 37214

10924  SHERMAN POLE PRODUCTS, BELLVILLE, TX 77418

10924  SHERMAN PRESTRESSED CONC, ATTN:  ACCOUNTS PAYABLE, MOBILE, AL 36633

10924  SHERMAN PRESTRESSED CONCRETE, 1920 CUTOFF RD./CITY PLANT, MOBILE, AL 36633

10924  SHERMAN READY MIX INDUSTRY, 246 STEELE STATION RD., RAINBOW CITY, AL 35906

10924  SHERMAN READY MIX, PO BOX 5127, GLENCOE, AL 35905

10925  SHERMAN SUPPLY & SALVAGE, 2456 1ST AVE S, SEATTLE, WA 98134

10924  SHERMAN, % NASHVILLE CONC PIPE, FRANKLIN, TN 37065

10924  SHERMAN, C/O NASHVILLE CONC PIPE, FRANKLIN, TN 37065

10925  SHERMAN, CARY, 815 SOUTH GARRISON, SIMPSONVILLE, SC 29680

10925  SHERMAN, EDWARD, 11 BROAD ST, MEDWAY, MA 02053

10925  SHERMAN, EDWARD, 1295 CLUBHOUSE DR. #69-3, ROOSEVELT, UT 84066

10925  SHERMAN, ELIZABETH, 30 SUMMIT AVE, ALEM, MA 01970

10925  SHERMAN, ELLIOTT, PO BOX 810153, BOCA RATON, FL 33481

10925  SHERMAN, ESLEY, 205 NEEDLES DRIVE, SIMPSONVILLE, SC 29680

10925  SHERMAN, JAMES, 150 FOREST AVE, GLAN ELLYN, IL 60137

10925  SHERMAN, JOHN, 1800 JAMES BOWIE DR, BAYTOWN, TX 77520

10925  SHERMAN, KENT, POBOX 17328, WEST PALM BEACH, FL 33416

10925  SHERMAN, LARRY, 3901 WESTMINISTER, MIDLAND, TX 79701

10925  SHERMAN, LOIS, RT 3, BOX 507 OLSON ROAD, POYNETTE, WI 53955

10925  SHERMAN, PAULA, 3907 CHAFFEY RD, RANDALLSTOWN, MD 21133

10925  SHERMAN, RALPH, 4000 N HAWTHORNE ST, CHATTANOOGA, TN 37406

10925  SHERMAN, RALPH, 6645 SANDWOOD CIRCLE, HARRISON, TN 37341

10925  SHERMAN, RAYMOND, 6 PARTRIDGE LANE, DOVER, NH 03820

10925  SHERMAN, RICHARD, 7 SHAKER RD, HARVARD, MA 01451

10925  SHERMAN, SUSAN, 664 W. ROSCOE, CHICAGO, IL 60657

10925  SHERMAN, TIFFANY, 7100 N. 60TH ST, 105, MILWAUKEE, WI 53223

10925  SHERMAN, YOLANDA, 8900 FONDREN, HOUSTON, TX 77074

10924  SHER-MAR COSMETICS, 8755 REMMET AVENUE, CANOGA PARK, CA 91304

10925  SHERMOCK, SUSAN, 2467 RT 10 EAST, MORRIS PLAINS, NJ 07950

10925  SHERMOEN JAKSA PLLP, 345 SIXTH AVE, PO BOX 1072, INTERNATIONAL FALLS, MN 56649-1072

10925  SHERMOEN LEDUC, 345 SIXTH AVE, PO BOX 1072, INTERNATIONAL FALLS, MN 56649

10925  SHERO, ABBY, 5435 CREEKBEND DRIVE, HOUSTON, TX 77096

10925  SHEROD L EARLE 3RD, 1413 WEST ST, ANNAPOLIS, MD 21401-4035

10925  SHERRELL, PATRICIA, 8820 EL MATADOR, KERNERSVILLE, NC 27284

10925  SHERRETTS JR, JOHN, 350 INDEPENDENCE CT, SHARON, PA 16146

10925  SHERRI L. MUSGRAVE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHERRICK, ALTHEA, 598 N MONTELLO ST #8, BROCKTON, MA 02301

10925   SHERRICK, ALTHEA, 598 N MONTELLO ST #8, BROCKTON, MA 02401-6073

10925   SHERRIE R WAHLSTROM, BLDG J-5 FREEPORT CENTER, CLEARFIELD, UT 84016

10925   SHERRIFF, LOIS, FLUSHING, NY 11355

10925   SHERRILL, CATHY, 42 FORREST LANE, OFALLON, MO 63366

10925   SHERRILL, DELAINE, 70 4TH ST, CONCORD, NC 28027

10925   SHERRILL, EDGAR, 239 RAMSEY COURT, STATESVILLE, NC 28677-9999

10925   SHERRILL, FRANKIE, BOX 172, NINNEKAH, OK 73067

10925   SHERRILL, HELEN, 131 SHERMILL LANE, TROUTMAN, NC 28166

10925   SHERRILL, KELLY, 5401 CHIMNEY ROCK #258, HOUSTON, TX 77081

10925   SHERRILL, L, RT 1, BOX 331, TROUTMAN, NC 28166

10925   SHERRILL, MARGARET, RT. 16 BOX 385, LUBBOCK, TX 79403

10925   SHERRILL, TERRY, 428 GLENN BRANDON RD., LAKE WYLIE, SC 29701

10925   SHERRITA A GREENE, 62-02 ETHEL AVE, CATONPILLE, MD 21228-3800

10925   SHERROD JR, PERCY, 4403 PARKTON ST R1, BALTIMORE, MD 21229

10925   SHERROD, E. DARNELL, 5455 N. SHERIDAN RD., 1807, CHICAGO, IL 60640

10925   SHERROD, JULIA, 5507 RIVER FALLS DR, CHARLOTTE, NC 28215

10925   SHERROD, KENNETH, 834 WILDWOOD PKWY, BALTIMORE, MD 21229

10925   SHERROD, VINCENT, 1630 N. ARLEY DR., INDIANAPOLIS, IN 46229

10925   SHERROW, JAMES, 7702 STONEHAVEN CIRCLE, AUSTIN, TX 78731-0000

10925   SHERRY ANN MILLER, 22718 ALEXANDRINE, DEARBON, MI 48124-1082

10925   SHERRY BARON, 104 WHITEHAVEN LANE, APEX, NC 27502

10925   SHERRY GAIL RUSK, 2211 NW MILITARY DR STE 116, PMB 202, SAN ANTONIO, TX 78213-1848

10925   SHERRY L KOONTZ, 16174 MERIDA LANE, DELRAY BEACH, FL 33484-6447

10925   SHERRY SURBER, 3258 CALEY MILL COURT, POWDER SPRINGS, GA 30073

10925   SHERRY, DAWN, 363 LUNAR ROAD, PISCATAWAY, NJ 08854

10925   SHERRY, ERIK, 2685 DIAMOND HILL RD, CUMBERLAND, RI 02864

10925   SHERRY, NEAL, 4907 LINDA ABE, NOTTINGHAM, MD 21236-3828

10925   SHERWEN, JANET, 709 SUMMIT ST. SW., GAINESVILLE, GA 30501

10925   SHERWIN ALUMINA COMPANY, PO BOX 503764, SAINT LOUIS, MO 63150-3764

10925   SHERWIN ALUMINA COMPANY, PO BOX 9911, CORPUS CHRISTI, TX 78469

10925   SHERWIN WILLIAMS CHEMICALS, PO BOX 402339, ATLANTA, GA 30384-2339

10925   SHERWIN WILLIAMS CO, 5525 WEST 87TH ST, OAK LAWN, IL 60453

10925   SHERWIN WILLIAMS CO, 576 SILVER BLUFF RD, AIKEN, SC 29803

10925   SHERWIN WILLIAMS CO, 59 HICKS AVE, MEDFORD, MA 02155-6318

10925   SHERWIN WILLIAMS CO, DONALD J MCCONNELL, 101 PROSPECT AVE, CLEVELAND, OH 44115

10925   SHERWIN WILLIAMS CO, PO BOX 402339, ATLANTA, GA 30384

10924   SHERWIN WILLIAMS CO, PO BOX 94785, CLEVELAND, OH 44101-1027

10925   SHERWIN WILLIAMS CO.- CONTAINER DIV, 8517 S. PULASKI RD., CHICAGO, IL 60652

10925   SHERWIN WILLIAMS CO., 101 W. PROSPECT AVE., CLEVELAND, OH 44115

10925   SHERWIN WILLIAMS CO., 1726 EDISON HWY., BALTIMORE, MD 21213

10924   SHERWIN WILLIAMS CO., 2802 WEST MILLER ROAD, GARLAND, TX 75041

10924   SHERWIN WILLIAMS CO., 607 DIAMOND AVENUE, EVANSVILLE, IN 47711

10925   SHERWIN WILLIAMS CO., 6925 SAN THOMAS RD., ELKRIDGE, MD 21227

10924   SHERWIN WILLIAMS CO., PO BOX 94785, CLEVELAND, OH 44115-1075

10924   SHERWIN WILLIAMS COMPANY, 1025 HOWARD STREET, GREENSBORO, NC 27403-2041

10924   SHERWIN WILLIAMS COMPANY, 113 STAGE COACH TRAIL, GREENSBORO, NC 27410

10924   SHERWIN WILLIAMS COMPANY, PO BOX 94785, CLEVELAND, OH 44101-1027

10924   SHERWIN WILLIAMS COMPANY, THE, PO BOX 94785, CLEVELAND, OH 44101-1027

10924   SHERWIN WILLIAMS COMPANY-DO NOT USE, PO BOX 5779, CLEVELAND, OH 44101

10924   SHERWIN WILLIAMS CONSUMER GROUP, 4TH FLOOR MIDLAND BUILDING, CLEVELAND, OH 44115

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SHERWIN WILLIAMS GROUP, HIO, 26300 FARGO AVENUE, BEDFORD, OH 44146 | |
| 10924 | SHERWIN WILLIAMS STORE # 3551, 120 E. SECOND ST., MUSCATINE, IA 52761 | |
| 10924 | SHERWIN WILLIAMS, 100 PROSPECT, CLEVELAND, OH 44115 | |
| 10924 | SHERWIN WILLIAMS, 10136 MAGNOLIA DRIVE, OLIVE BRANCH, MS 38654 | |
| 10924 | SHERWIN WILLIAMS, 10136 MAGNOLIA DRIVE, PO BOX 647, OLIVE BRANCH, MS 38654 | |
| 10924 | SHERWIN WILLIAMS, 10740 BROADWAY AVENUE, CLEVELAND, OH 44125 | |
| 10924 | SHERWIN WILLIAMS, 13620 ROSECRANS AVENUE, SANTA FE SPRINGS, CA 90670 | |
| 10924 | SHERWIN WILLIAMS, 157 N BROADWAY, NEW PHILADELPHIA, OH 44663 | |
| 10925 | SHERWIN WILLIAMS, 1905 CRESTWOOD BLVD, IRONDALE, AL 35210 | |
| 10924 | SHERWIN WILLIAMS, 2 LIESEL LANE, BRANFORD, CT 06405 | |
| 10924 | SHERWIN WILLIAMS, 2021 22ND AVENUE SOUTH, SEATTLE, WA 98144 | |
| 10924 | SHERWIN WILLIAMS, 2121 NEW WORLD DRIVE, COLUMBUS, OH 43207 | |
| 10924 | SHERWIN WILLIAMS, 221 S. FRANKLIN ROAD, INDIANAPOLIS, IN 46219 | |
| 10924 | SHERWIN WILLIAMS, 226 TALMADGE ROAD, EDISON, NJ 08818 | |
| 10924 | SHERWIN WILLIAMS, 2325 HOLLINS FERRY ROAD, BALTIMORE, MD 21230 | |
| 10924 | SHERWIN WILLIAMS, 2514 MELBY ROAD, EAU CLAIRE, WI 54703-0556 | |
| 10924 | SHERWIN WILLIAMS, 26300 FARGO AVENUE, BEDFORD, OH 44146 | |
| 10924 | SHERWIN WILLIAMS, 2850 FESTIVAL DRIVE, KANKAKEE, IL 60901 | |
| 10924 | SHERWIN WILLIAMS, 3000 MILANOS RD., WESLACO, TX 78596 | |
| 10924 | SHERWIN WILLIAMS, 301 W. PLANT ROAD, ENNIS, TX 75119 | |
| 10924 | SHERWIN WILLIAMS, 355 EASTERN DR., HARRISBURG, PA 17111 | |
| 10924 | SHERWIN WILLIAMS, 3560 ELM AVENUE, PORTSMOUTH, VA 23704 | |
| 10924 | SHERWIN WILLIAMS, 424 PEACH STREET, WACO, TX 76704 | |
| 10924 | SHERWIN WILLIAMS, 4472 TECHNOLOGY DRIVE, ROCKFORD, IL 61109 | |
| 10924 | SHERWIN WILLIAMS, 4630 SPARTAN INDUSTRIAL DRIVE, GRANDVILLE, MI 49418 | |
| 10924 | SHERWIN WILLIAMS, 60 LISTER AVENUE, NEWARK, NJ 07105 | |
| 10924 | SHERWIN WILLIAMS, 6121 W. DOUGLAS AVE, MILWAUKEE, WI 53218 | |
| 10924 | SHERWIN WILLIAMS, 630 E. 13TH STREET, ANDOVER, KS 67002 | |
| 10924 | SHERWIN WILLIAMS, 636 EAST 40TH STREET, HOLLAND, MI 49423 | |
| 10924 | SHERWIN WILLIAMS, 6795 SOUTH MAIN STREET, MORROW, GA 30260 | |
| 10924 | SHERWIN WILLIAMS, 765 NORTH AVE., N.E., ATLANTA, GA 30306 | |
| 10924 | SHERWIN WILLIAMS, 7930 NEVADA STREET, HAMMOND, IN 46323 | |
| 10924 | SHERWIN WILLIAMS, 805 N.W. 5TH AVENUE, FORT LAUDERDALE, FL 33311 | |
| 10925 | SHERWIN WILLIAMS, 820 EMERSON ST, ROCHESTER, NY 14613 | |
| 10924 | SHERWIN WILLIAMS, A.W. STEUDEL TECHNICAL CENTER, 549 EAST 115TH ST., CHICAGO, IL 60628 | |
| 10924 | SHERWIN WILLIAMS, BOGGS LANE, RICHMOND, KY 40475 | |
| 10924 | SHERWIN WILLIAMS, DBA CON-LUX COATINGS, PO BOX 847, EDISON, NJ 08818-0847 | |
| 10924 | SHERWIN WILLIAMS, DIVERSIFIED BRANDS, 636 EAST 40TH STREET, HOLLAND, MI 49423 | |
| 10925 | SHERWIN WILLIAMS, DONALD MCCONNELL, 101 PROSPECT AVE, CLEVELAND, OH 44115 | |
| 10924 | SHERWIN WILLIAMS, PO BOX 1423, ENNIS, TX 75120 | |
| 10924 | SHERWIN WILLIAMS-STORE # 3110, 140 COLLINS ROAD, CEDAR RAPIDS, IA 52402 | |
| 10924 | SHERWIN WILLLIAMS, PO BOX 94785, CLEVELAND, OH 44101-1027 | |
| 10925 | SHERWIN, DEBORAH, 11500 KAREN DRIVE, POTOMAC, MD 20854 | |
| 10925 | SHERWIN, MARTIN, 17344 NORTHWAY CIRCLE, BOCA RATON, FL 33496 | |
| 10925 | SHERWIN-WILLIAMS CO, THE, 2821 GULF FREEWAY, HOUSTON, TX 77003-5332 | |
| 10925 | SHERWIN-WILLIAMS CO., 2126 S. BAY ST, EUSTIS, FL 32726-6357 | |
| 10924 | SHERWIN-WILLIAMS COMPANY, 395 BOGGS LAND SOUTH, RICHMOND, KY 40475-2545 | |
| 10924 | SHERWIN-WILLIAMS COMPANY, 395 BOGGS LANE SOUTH, RICHMOND, KY 40475 | |
| 10925 | SHERWIN-WILLIAMS COMPANY, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10924 | SHERWIN-WILLIAMS COMPANY, PO BOX 6870, CLEVELAND, OH 44101 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  SHERWIN-WILLIAMS COMPANY, THE, AUTOMOTIVE DIVISION, 395 BOGGS LANE SOUTH, RICHMOND, KY 40475-2545

10924  SHERWIN-WILLIAMS, 3404 ILLINOIS ROAS, FORT WAYNE, IN 46825

10925  SHERWIN-WILLIAMS, 6448 LONG POINT RD., HOUSTON, TX 77055

10925  SHERWIN-WILLIAMS, 6650 SANTA BARBARA RD., ELKRIDGE, MD 21075-5841

10925  SHERWIN-WILLIAMS, 901 E. MAIN ST., LAURENS, SC 29360

10925  SHERWOOD COUNTRY ESTATES INC., PO BOX 306, HUNTINGDON, PA 19006

10925  SHERWOOD MEDICAL CO, 2010 INTERNATIONAL, DE LAND, FL 32724

10925  SHERWOOD MEDICAL CO, PO BOX 2078, DE LAND, FL 32721-2222

10925  SHERWOOD MEDICAL CO, SOUTH HWY 81, NORFOLK, NE 68701

10924  SHERWOOD REFRACTORIES, 1781 OCTAVIA ROAD, CLEVELAND, OH 44112

10925  SHERWOOD, MARY, 114 LAWSON AVE, EAST ROCKAWAY, NY 11518-9998

10925  SHERWOOD, NORMA, 109 GREENBRAE DRIVE, SPARKS, NV 89431

10925  SHERWOOD, PHYLLIS, 735 LAKECREST DR, MOORE, OK 73160

10925  SHERWOOD, REBECCA, 1073 TRAVELERS TRAIL, KENNESAW, GA 30144

10925  SHERYL BARI HEINRICK, 503 MICHIGAN ST, RONKONKOMA, NY 11779-5237

10925  SHETH, PARESH J, 7971 JASMINE TRAIL, CINCINNATI, OH 45241

10925  SHETLEY, DARIUS, 309 PLANO DRIVE, GREENVILLE, SC 29609

10925  SHETRONE JR, RICHARD, 14007 OLD HANOVER RD, REISTERSTOWN, MD 21136

10925  SHEVICK, DAVID, 25 FORESTDALE DRIVE, TAYLORS, SC 29687

10925  SHEY, LISA, 4340 NW 60 TERR, GAINESVILLE, FL 32606

10925  SHI MING CHOU &, SHIU HWEI CHOU JT TEN, 10801 S E RIDGEWAY DRIVE, PORTLAND, OR 97266-6920

10925  SHI STEVE COUNSEL FOR GRACE, STEVE SHI, 2970 CLAIRMONT ROAD, SUITE 220, ATLANTA, GA 30329

10925  SHI, J STEPHEN, 2970 CLAIRMONT ROAD, ATLANTA, GA 30329

10925  SHICK TUBE - VEYOR CORPORATION, PO BOX 87-9400, KANSAS CITY, MO 64187-9400

10925  SHICK TUBE-VEYOR CORP., PO BOX 87-9400, KANSAS CITY, MO 64187-9400

10925  SHICK, DARLENE, 171 MEYERS ST, EAST STROUDSBURG, PA 18301

10925  SHIEL, I DOUGLAS, QUEBEC PROVINCE, FABIEN ST, PIERREFONDS, QC H8Z2N6CANADA          *VIA Deutsche Post*

10925  SHIELD ALLOY, PO BOX 768, NEW FIELD, NJ 08344-0768

10925  SHIELD CHEMICAL CO. INC., 46 OXFORD AVE, DUDLEY, MA 01571

10925  SHIELD PACKAGING CO INC, PO BOX H, CANTON, MA 02021

10925  SHIELD PACKAGING CO. INC., 46 OXFORD AVE, DUDLEY, MA 01571

10925  SHIELDALLOY METALLURGICAL CORP, PO BOX 77000, DETROIT, MI 48277-0853

10925  SHIELDS DESIGN GROUP INC, BRICK KILN PLACE #4, PEMBROKE, MA 02359

10925  SHIELDS DESIGN GROUP INC, BRICK KILN PLACE SUITE 4, PEMBROKE, MA 02359

10924  SHIELDS INC, PO BOX 5566, WINSTON-SALEM, NC 27103

10924  SHIELDS INC., 2625 HOPE CHURCH ROAD, WINSTON-SALEM, NC 27113

10924  SHIELDS INC., CAMBRIDGE, MA 02140

10925  SHIELDS RUBBER CO, 14805 GREENWOOD ROAD, DOLTON, IL 60419-2200

10925  SHIELDS RUBBER CO., 14805 GREENWOOD ROAD, DOLTON, IL 60419

10925  SHIELDS RUBBER CO., 14805 GREENWOOD ROAD, DOLTON, IL 60419-2200

10925  SHIELDS RUBBER COMPANY, INC, 14805 GREENWOOD RD., PO BOX 278, DOLTON, IL 60419

10925  SHIELDS, BARBARA, 904 S TRAVIS, AMARILLO TX, TX 79101

10925  SHIELDS, CAROL, 1273 BONITA AVE, MOUNTAIN VIEW, CA 94040

10925  SHIELDS, CHESTER, BOX 206 VOLLENTINE ROAD, RANDOLPH, NY 14772

10925  SHIELDS, EDGAR, 302 S KENNEDY AVE APT#108, EDEN, NC 27288

10925  SHIELDS, HELEN, 1348 NUPP DRIVE, WOOSTER, OH 44691

10925  SHIELDS, JUDY, 10394 LAKELAND DR, FISHERS, IN 46038

10925  SHIELDS, MARK, 8510 PARRIS BRIDGE RD, CHESNEE, SC 29323

10925  SHIELDS, NINA, 55 PEMBROOK LANE, WILINGBORO, NJ 08046

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SHIELDS, SHAWN, 106 LASSERE CIR, LONG BEACH, MS 39560

10925   SHIELDS, STACY, 7816 BABS RD, KNOXVILLE, TN 37920

10925   SHIELDS, THOMAS, 125 GOLF VIEW DR, GIBSON, PA 15044

10925   SHIELDS, WILBER, 1092 RUTH DR, ST MARTINVILLE, LA 70582

10925   SHIERS, ELIZABETH, 12 WOOD ROAD, GORHAM, ME 04038

10925   SHIFFLETT, BENNY, RTE 4 BOX 185-J, RUTHERFORDTON, NC 28139

10925   SHIFFLETT, SUZANNE, 12259 WOODLINE DR, FENTON, MI 48430

10925   SHIFFLETT, WILLIAM, 1956 ORMAND ROAD, A, BALTIMORE, MD 21222

10925   SHIFLET, MARLA, PO BOX 512 MAIN ST, STEVENSVILLE, MD 21666

10925   SHIFLETT, DAVID, 323 RIVERVIEW ROAD, BALTIMORE, MD 21225

10925   SHIFLETT, DAVID, 6945 SAN TOMAS ROAD, ELKRIDGE, MD 21075

10925   SHIFLETT, TIMOTHY, 959 EAST MACPHAIL RD, BEL AIR, MD 21015

10925   SHIFTWORK CONSULTANTS INC, 83 BAR BEACH RD, PORT WASHINGTON, NY 11050

10925   SHIH, KENG-YU, 5455 WOODED WAY, COLUMBIA, MD 21044

10925   SHIH, KENG-YU, 7500 GRACE DR., COLUMBIA, MD 21044

10925   SHIJE, FABIAN, 3007 N 25TH DR, PHOENIX, AZ 85017

10925   SHIKOKU INTERNATIONAL CORP., 301 N RAMPART ST #C, ORANGE, CA 92668

10925   SHILCOCK, JOAN, CUST FOR GRACE MCELHANEY, UNDER THE PA UNIF TRAN MIN ACT, 3551
        WOODCREST AVE, NEWTOWN SQUARE, PA 19073-3617

10925   SHILLING, RANDY, 3421 S. 79TH ST, MILWAUKEE, WI 53219

10924   SHILO BAPTIST CHURCH, 8801 ARDMORE ARDWICK ROAD, LANDOVER, MD 20785

10925   SHILO, PAMELA, 2 1/2 MILL ROAD, FOSTER, RI 02825

10925   SHILSTONE COMPANIES INC, THE, 9400 CENTRAL EXPRESSWAY, DALLAS, TX 75231-5033

10925   SHIMADZU SCIENTIFIC, 7102 RIVERWOOD DR., COLUMBIA, MD 21046

10925   SHIMADZU, PO BOX 64482, BALTIMORE, MD 21264

10925   SHIMANEK, LOIS, 5H ARLEN ROAD, BALTIMORE, MD 21236

10925   SHIMANSKI, MICHAEL, 7008 WALLACE ROAD, F, CHARLOTTE, NC 28212

10925   SHIMEK, RONALD, 1500 CURTIS BRIDGE RD NE, SWISHER, IA 52338

10925   SHIMIZU, ANN, 4315 MANORWOOD DR, GLEN ARM, MD 21057

10925   SHIMIZU, LISA, 4315 MANORWOOD DR, GLEN ARM, MD 21057

10925   SHIMIZU, PAUL H, 7500 GRACE DR., COLUMBIA, MD 21044

10925   SHIMIZU, PAUL, 4315 MANORWOOD DRIVE, GLEN ARM, MD 21057

10925   SHIMPACH, DANA, 6955 HERON WAY, DEFOREST, WI 53532

10925   SHIMPRES PRODUCTOS, ELECTRONICOS ITDA, BRAZIL, 0BRAZIL                    *VIA Deutsche Post*

10925   SHIMPRES, ATTN: MRS ALEX SHIN, 310 E THIRD ST, LOS ANGELES, CA 90013

10925   SHIMPRESS, 5012 LENORE ST, TORRANCE, CA 90503

10925   SHIN, HYAE, 7711 S ROSEMEAD BLDG 9, PICO RIVERA, CA 90660

10925   SHIN, JENNY, 320 MEMORIAL DRIVE BOX 195, CAMBRIDGE, MA 02139

10925   SHIN, JUNG, 105 TALLASSEE TRAIL, JACKSONVILLE, AL 36265

10925   SHIN, KICHUL, DAEWOOD APT 123-2004, 176 CHONGGHO, INCHON CITY, SOUTH KOREA        *VIA Deutsche Post*

10925   SHINABERRY MEADE VENEZIA LC, 2018 KANAWHA BLVD EAST, CHARLESTON, WV 25311

10925   SHINAULT, RONALD, 5570 MILLWHEEL CT., HILLARD, OH 43026

10925   SHINBU, MASAHIRO, 2728 N HAMPDEN CT #909, CHICAGO, IL 60614

10924   SHINE MIEN ENTERPRISE CO. LTD., 2F, NO.64 HU-CHIEN ST., TAIWAN, R.O.C., TWN        *VIA Deutsche Post*

10925   SHINE, COLLEEN, 33-48 171 ST, FLUSHING, NY 11358

10925   SHINE, ELSIE, 2474 BURTON ST S E, WARREN, OH 44484-5215

10925   SHINGLES CAPPELLI, SUITE 160, 630 W. GERMANTOWN PIKE, PLYMOUTH MEETING, PA 19462

10925   SHINKO ELECTRIC AMERICA INC, PO BOX 7337, SAN FRANCISCO, CA 94120

10925   SHINKO INTERNATIONAL INC, 20435 S WESTERN AVE, TORRANCE, CA 90501

10925   SHINKO INTERNATIONAL INC, 3940 MYRTLE AVE, LONG BEACH, CA 90807

10925   SHINN, JR, KENNETH, 164 HILLCREST AVE SE, CONCORD, NC 28025-3662

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SHINN, WILLIAM, 1416 MOWER ST, NEWBERRY, SC 29108

10925   SHINNAR, ENGSCD, REUEL, 110 ASH DRIVE, GREAT NECK, NY 11021

10925   SHINNERS, DAVID, 1418 N 51ST ST, MILWAUKEE, WI 53201

10924   SHIP TO: HUDSHA, 43 HOWARD STREET, WATERTOWN, MA 02272

10924   SHIP TO: NJ APPLIANCE WAREHOUSE, FOR: NYNEX BUILDING, HARRISON, NJ 07029

10925   SHIP-IT, 3600 EAGLE WAY, TWINSBURG, OH 44087-2380

10925   SHIPLER, KRISTIN, 2045 AQUAMARINE TER, SILVER SPRING, MD 20904

10925   SHIPLEY CO INC, RICHARD C SHIPLEY PRES,

10924   SHIPLEY CONSTRUCTION COMPANY, 6476 HIGHWAY 61 SOUTH, BURLINGTON, IA 52601

10924   SHIPLEY CONSTRUCTION COMPANY, P O BOX 36, BURLINGTON, IA 52601

10924   SHIPLEY CONSTRUCTION COMPANY, VARIOUS LOCATIONS, BURLINGTON, IA 52601

10924   SHIPLEY CONTRACTING CORPORATION, PO BOX 1033, BURLINGTON, IA 52601

10924   SHIPLEY READY MIX, 6476 HIGHWAY 61 SOUTH, BURLINGTON, IA 52601

10924   SHIPLEY READY MIX, P.O.BOX 1033, BURLINGTON, IA 52601

10924   SHIPLEY READY MIX, PAVING LOCATION, MOUNT PLEASANT, IA 52641

10924   SHIPLEY READY MIX, PO BOX 1033, BURLINGTON, IA 52601

10924   SHIPLEY RONAL, 300 BUFFALO AVENUE, FREEPORT, NY 11520

10924   SHIPLEY RONAL, DIV. OF SHIPLEY CO.,LLC, 272 BUFFALO AVENUE, FREEPORT, NY 11520

10924   SHIPLEY, 455 FOREST STREET, MARLBOROUGH, MA 01752-4634

10925   SHIPLEY, COLLEEN, PO BOX 866, RAINIER, OR 97048

10925   SHIPLEY, JAMES, 2300 CEDARFIELD PKWY, 361, RICHMOND, VA 23233

10925   SHIPLEY, LINDA, 149 NAPOLEON ROAD, W MONROE, LA 71291

10925   SHIPLEY, RITA, 6 BAYBERRY RD, WESTFORD, MA 01886

10925   SHIPMAN, J, 105 GRANT ST, EASLEY, SC 29640

10925   SHIPMAN, JEFFERY, 215 AMBASSADOR DRIVE, NORTH AUGUSTA, SC 29841

10925   SHIPMAN, ROY, 3031 8TH ST, COLUMBUS, GA 31906-3301

10925   SHIPMAN, WILBUR, 3402 OAK LAWN RD, FORT WASHINGTON, MD 20744

10925   SHIPMON, WILLIE, 1646 EAST BREEZY, WEST PALM BEACH, FL 33417

10925   SHIPP, CHARLES, 1380 EAST 48TH ST, SAN BERNARDINO, CA 92407

10925   SHIPP, CHARLES, 1864 E MARMION, KANKAKEE, IL 60901

10925   SHIPP, DEBORAH, 2623 HATFIELD CIRCLECIRCLE, ATLANTA, GA 30316

10925   SHIPP, JEFFREY, 342 PARK RIDGE CR, RIVERDALE, GA 30274

10925   SHIPP, KAREN, 6872 WALDO, DETROIT, MI 48210

10925   SHIPP, ROGER, 626 ELKINS LANE, FILLMORE, CA 93015

10925   SHIPPERS PAPER PRODUCTS CO, PO BOX 71437, CHICAGO, IL 60694

10924   SHIPPERS SUPPLY, INC., PO BOX 8238, SPARTANBURG, SC 29305

10925   SHIPPERS TRANSPORT CO., PO BOX 101545, NASHVILLE, TN 37210-1545

10925   SHIPPIE, SHANNON, 8 WAKEFIELD AVE APT. 2L, WAKEFIELD, MA 01880

10925   SHIPPY, LISA, 34 LANGLEY ROAD, KENDALL PARK, NJ 08824

10925   SHIRAVI, MOHAMMAD, 2623 FRENCH COURT, SIMI VALLEY, CA 93065

10925   SHIRELL ADAMS, 5117 SUNRISE BEACH RD NW, OLYMPIA, WA 98502-8862

10925   SHIRES, MATTIE, 13722 PIPING ROCK LANE, HOUSTON, TX 77077

10925   SHIREY, BRYAN, 1777 PIEDMONT AVE APT A-6, ATLANTA, GA 30324

10925   SHIREY, TERRY, POBOX 33, OIL CITY, PA 16301

10925   SHIRIKJIAN, THOMAS, 8 TANGLEWOOD DRIVE, STOUGHTON, MA 02072

10925   SHIRK, TONY, RT 2 BOX 154, MADISONVILLE, TN 37354

10925   SHIRKEY, JOHN, 3508 BACKPOINTE CT 2A, ABINGDON, MD 21009

10925   SHIRLEY A BURNS, 22414 MCMULLEN HWY S W, RAWLINGS, MD 21557-2431

10925   SHIRLEY A PEREZ TR UW, MANUEL ROBERT SERPA, 313 MILL POND DR, SAN JOSE, CA 95125-1422

10925   SHIRLEY A WASSERMAN &, WILLIAM J WASSERMAN JT TEN, 10 PEPPERMILL RIDGE CT, CHESTERFIELD, MO 63005-6714

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10925 | SHIRLEY ABEL, 3299 CAMBRIDGE AVE, BRONX, NY 10463-3623 |
| 10925 | SHIRLEY ANN PIWINSKII, 550 HILMAR ST, SANTA CLARA, CA 95050-6016 |
| 10925 | SHIRLEY B RITTENHOUSE, 5 IMPERIAL COURT, CHAMPAIGN, IL 61820-7604 |
| 10925 | SHIRLEY BRIGNALL, 3268 ELLEN PLACE, CALEDONIA, NY 14423-1225 |
| 10925 | SHIRLEY C CARNEY, 24 LEWIS DR, RANDOLPH, MA 02368-2418 |
| 10925 | SHIRLEY COHEN, 460 E 79TH ST, NEW YORK, NY 10021-1443 |
| 10925 | SHIRLEY E JOHNSON &, HARRY WAGNER JR JTWRS JT TEN, 151 BARREN RD, MEDIA, PA 19063-4402 |
| 10925 | SHIRLEY FURGANG, 34 MCKINLEY PLACE, ARDSLEY, NY 10502-2322 |
| 10925 | SHIRLEY G BUTTS & GREGORY L, BUTTS TR UA JAN 17 92, SHIRLEY G BUTTS & GREGORY L, BUTTS TRUST, PO BOX 184, NASH, OK 73761-0184 |
| 10925 | SHIRLEY H HEWITT, 7500 OSAGE DR, COLUMBIA, MD 21044 |
| 10925 | SHIRLEY J PARR, 14733 SOUTH KOSTNER AVE, MIDLOTHIAN, IL 60445-3238 |
| 10925 | SHIRLEY J WAKE, 303 LIGHTHOUSE RD, HILTON, NY 14468 |
| 10924 | SHIRLEY LANCASTER CORRECTIONAL, SHAKER RD.# FC3141, LANCASTER, MA 01523 |
| 10925 | SHIRLEY LEHRER, 47 WASHINGTON ST, BABYLON, NY 11702-1817 |
| 10925 | SHIRLEY LIANG, 19 FLORENCE ST, WORCESTER, MA 01610 |
| 10925 | SHIRLEY M CASSESSO, 55 PRATT ST, READING, MA 01867-3433 |
| 10925 | SHIRLEY M CREESY &, PAMELA M FYFE, JT TEN, 5D FILLMORE ROAD, SALEM, MA 01970-2700 |
| 10925 | SHIRLEY M QUEMENT, 270 W 11TH ST, NEW YORK, NY 10014-2403 |
| 10925 | SHIRLEY M SELIG, 40 TEMPLE AVE, WINTHROP, MA 02152-1019 |
| 10925 | SHIRLEY MAI SMITH, 60 LN 150B LAKE JAMES, ANGOLA, IN 46703-8579 |
| 10925 | SHIRLEY O HANSON, 45532 PITTVILLE RD, MCARTHUR, CA 96056-8521 |
| 10925 | SHIRLEY POLLOCK &, ROBERT POLLOCK JT TEN, 51 BENTLEY AVE, JERSEY CITY, NJ 07304-1901 |
| 10925 | SHIRLEY R PEAKE, TR UA OCT 3 94, THE SHIRLEY R PEAKE, REVOCABLE TRUST, 13755 OXBOW RD SE, FORT MYERS, FL 33905-181 |
| 10925 | SHIRLEY SHAMES, C/O PERFORMANCE PLUS, 111 SPEEN ST, STE 105, FRAMINGHAM, MA 01701-2090 |
| 10925 | SHIRLEY STILLION, 4055 LONDONDERRY AVE, COLUMBUS, OH 43228-3430 |
| 10925 | SHIRLEY TRICKLER, 15 HUFF ST, WATERLOO, NY 13165-1716 |
| 10925 | SHIRLEY WARNER, 21 SUNSET AVE 2 15, VENICE, CA 90291-2586 |
| 10925 | SHIRLEY, BOBBY, 722 RUTGERS LANE, DEER PARK, TX 77536 |
| 10925 | SHIRLEY, BOBBY, PO BOX 453, SIMPSONVILLE, SC 29681 |
| 10925 | SHIRLEY, FLOYD, 2710 DOVE TREE DRIVE, ALVIN, TX 77511-3923 |
| 10925 | SHIRLEY, RAYMOND, 4108 CALLE GRANDE, HOBBS, NM 88240 |
| 10925 | SHIRLEY, ROBERT, 2718-B NORTH HOUSTON, HOBBS, NM 88240 |
| 10925 | SHIROMA, GREGG, 44-726 MALULANI ST, KANEOHE, HI 96744 |
| 10925 | SHITTA, SILLAH, 14 PHILLIPS RD, 104A, SOMERSET, NJ 08873 |
| 10925 | SHIVAK, ALAN, 860 CHERRY VALLEY RD APT #306, VERNON HILLS, IL 60061 |
| 10925 | SHIVE, KAREN, 661 MOHRSVILLE RD, SHOEMAKERSVIL, PA 19555 |
| 10925 | SHIVELY, JAMES, 2724 DARTMOUTH DR, OWENSBORO, KY 42301 |
| 10925 | SHIVER, GLADYS, 740 FORMOSA AVE, BARTOW, FL 33830 |
| 10925 | SHIVER, LORI, 1305 A BROOKSOUTH DR, HICKORY, NC 28602 |
| 10925 | SHIVER, ROBERT, PO BOX 963, CRESTVIEW, FL 32536 |
| 10925 | SHIVERS SPIELBERG GOSNAY LLC, 1415 ROUTE 70 EAST, CHERRY HILL, NJ 08034 |
| 10925 | SHIVERS, GILL, 3509 N. GOLDER AVE., ODESSA, TX 79763 |
| 10925 | SHIVES, MADISON, 4718 NORTH 95TH ST, OMAHA, NE 68134 |
| 10925 | SHIVES, ROBIN, 7621 FAIRBANKS COURT, HANOVER, MD 21076 |
| 10925 | SHIVLEY, LEHMON, 12119 N. EDISON ST., TAMPA, FL 33612 |
| 10925 | SHIVPRASHAD, RAPHAEL, 566 NORTH 9TH ST, NEWARK, NJ 07107 |
| 10925 | SHIZUYO UMEMOTO, 2336 WALDEN SQUARE, SAN JOSE, CA 95124-1258 |
| 10925 | SHLYAK, MICHAEL, 430 FERNE DR, WHEELING, IL 60090 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHMORHUN, MARK, 100 MARKET ST CT, WILLIAMSBURG, VA 23185

10925   SHNAYDER, VLADIMIR, 8759 20TH AVE, BROOKLYN, NY 11214

10925   SHNELL, PATRICIA, 1532 GRETCHEN COURT, ROHNERT PARK, CA 94928

10924   SHO ME NATURAL PRODUCTS, INC, 15431 FLIGHT PATH DRIVE, BROOKSVILLE, FL 34609

10925   SHO-AIR INTERNATIONAL, PO BOX 19786, IRVINE, CA 92713

10925   SHOALMIRE, RICHARD, 1911 SOMERSET ST., NEW IBERIA, LA 70560

10925   SHOBE, ANDREW, 1197 DIVISION ST, GREEN BAY, WI 54303

10925   SHOBE, CHARLES, 221 ROSELAWN BLVD, GREEN BAY, WI 54301-1303

10925   SHOCH, LOUIS, 6228 BEN, N HOLLYWOOD, CA 91606

10924   SHOCKEY PRECAST GROUP, THE, % CRIDER & SHOCKEY, WINCHESTER, VA 22601

10924   SHOCKEY PRECAST GROUP, THE, 4717 MASSAPONAX CHURCH ROAD, FREDERICKSBURG, VA 22408

10925   SHOCKEY, JONAS, 209 CREEKVIEW CIRCLE, MARTINEZ, GA 30907

10925   SHOCKLEY, CYNTHIA, RT 4, BOX 45, COMMERCE, GA 30529

10925   SHOCKLEY, DON, RT 3 BOX 364, GREENSBURG, LA 70441

10925   SHOCKLEY, MICHAEL, 106 QUAIL TRAIL, EASLEY, SC 29642

10924   SHOCKOE PLAZA, RICHMOND, VA 23200

10925   SHOCKWAVE SOCCER TEAM, 4219 VIRGINIA RD., LONG BEACH, CA 90807

10925   SHOE STOP,INC, 4650 FREDERICA ST, OWENSBORO, KY 42301

10925   SHOE TOWN INCOPORATED, 1507 ASHEVILLE HWY, SPARTANBURG, SC 29303

10925   SHOEMAKE, ANN, PO BOX 784, LINDSAY, OK 73052-0784

10925   SHOEMAKE, JIMMY, 1002 W ROBIN, DEVINE, TX 78016

10924   SHOEMAKER & BOYLE, 115 WEST TABOR ROAD, PHILADELPHIA, PA 19120

10925   SHOEMAKER & HAALAND PROFESSIONAL, 2021 MAIN ST, KEOKUK, IA 52632

10925   SHOEMAKER & JENNINGS INC, 36 WATER ST, CONCORD, MA 01742

10925   SHOEMAKER & JENNINGS INC., 36 WATER ST, CONCORD, MA 01742

10925   SHOEMAKER, DOLORES, 48260 W PONTIAC TRL APT 44, WIXOM, MI 48393

10925   SHOEMAKER, EARL, 10225 EDGEWOOD DRIVE, FINDLAY, OH 45840-1887

10925   SHOEMAKER, INC, 74 LOOMIS ST, BEDFORD, MA 01730

10925   SHOEMAKER, NANCY, 90 W. SMITH ROAD, WEST POINT, GA 31833

10925   SHOEMAKER, PHILLIP, 1235 BANDERA BLVD, WICHITA FALLS, TX 76303

10925   SHOEMAKER, SHREE, 12 W. FORT AVE., BALTIMORE, MD 21230

10925   SHOEMAKER, STEVEN, 825 N. LAKEVIEW LANE, CASPER, WY 82604

10925   SHOEMAKER, TAMARA, 2003 D VESTAVIA PK LANE, VESTAVIA, AL 35216

10925   SHOFFIT, JOHN, 508 E INWOOD, WICHITA FALLS, TX 76301

10925   SHOFFIT, TEENA, 508 E. INWOOD, WICHITA FALLS, TX 76301

10925   SHOFNER, JEAN, 4313 POWELL, MEMPHIS, TN 38122-2636

10925   SHOGAN, PAUL, 50 LEON ST #412, BOSTON, MA 02115

10925   SHOHAM, ANTONIA C, AS CUST FOR JONATHONC SHOHAM, UNDER THEUNIF GIFT MIN ACT CT, 70 BARN DOOR HILLS RD, GRANBY, CT 06035-2913

10925   SHOICHI MORITA & ALYCE, SHIZUKA MORITA TR UDT, NOV 13 91, 222 BAHIA COURT, SAN JOSE, CA 95119-1703

10925   SHOLOM ACKELSBERG, 1606 GUERRERO, SAN FRANCISCO, CA 94110-4958

10925   SHOMEX PRODUCTIONS, 2601 OCEAN PARK BLVD #320, SANTA MONICA, CA 90405

10925   SHOOK & FLETCHER INSULATION CORP., HWY 25, WILSONVILLE, AL 35186

10925   SHOOK & FLETCHER INSULATION INC, 5918 QUINTUS LOOP, CHATTANOOGA, TN 37421

10925   SHOOK & FLETCHER INSULATION INC, PO BOX 380501, BIRMINGHAM, AL 35238-0501

10925   SHOOK AND FLETCHER INSULATION CO, PO BOX 11407, BIRMINGHAM, AL 35246-0319

10925   SHOOK HARDY & BACON, GENERAL COUNSEL, 1200 MAIN ST, ONE KANSAS CITY PLACE, KANSAS CITY, MO 64105

10925   SHOOK, DAVID, 3607 MORNINGSIDE ST., VICTORIA, TX 77901

10925   SHOOK, DIANE, 1111 CORNELIA, IOWA PARK, TX 76367

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHOOK, DORIS, 700 JOHN MITCHELL AVE, PHILLIPSBURG, NJ 08865

10925   SHOOK, JENNIFER, 2631 HOLLY HILLS DR, VALDESE, NC 28690

10925   SHOOK, MURRAY, 624 SOUTH BELL RD, IOWA PARK, TX 76367

10925   SHOOK, TARA, 5435 FANNETT ROAD, BEAUMONT, TX 77705

10925   SHOOK, TIMMIE, 5 BELLAMY CT., TAYLORS, SC 29687

10925   SHOOK, WILLIAM, RT 6 BOX 217B, LUMBERTON, NC 28358

10925   SHOOKSTER, JOHN G, 1631 MT PLEASANT RD, HAVERTOW, PA 19083-1821

10925   SHOOP, ANTHONY, PO BOX 161, CRAIG, CO 81626

10924   SHOOTING STAR CONCRETE ., 1817 OLD MILL RD., BELMAR, NJ 07719

10924   SHOOTING STAR CONCRETE, 1817 OLD MILL RD, BELMAR, NJ 07719

10924   SHOOTING STAR CONCRETE, 1817 OLD MILL RD., BELMAR, NJ 07719

10924   SHOOTING STAR CONVENTION CENTER, 777 CASINO ROAD, MAHNOMEN, MN 56557

10924   SHOP RITE, P/U TRENTON, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   SHOPKO STORES INC, STEVEN J THOMAS LEGAL COUNSEL, 700 PILGRIM WAY PO BOX 19060, GREEN BAY, WI 54307-9060

10925   SHOPPING CENTER GROUP INC, THE, 3101 TOWERCREEK PKWY SUITE 200, ATLANTA, GA 30339

10924   SHOPRITE AT COLUMBIA PARK CENTER, 3115 KENNEDY BLVD, HUDSON HEIGHTS, NJ 07047

10924   SHOP-RITE, 224 ROUTE 4 EAST, PARAMUS, NJ 07652

10924   SHOPS @ ONE ORCHARD PLACE, THE, NORTHEAST CORNER OF GULF ROAD, AND SKOKIE BLVD., SKOKIE, IL 60077

10924   SHOPS @ RICHMOND, 32 PLUM STREET, TRENTON, NJ 08638

10924   SHOPS AT BRUCKNER, WHITE PLAINS ROAD, BRONX, NY 10400

10924   SHOPS AT GRAND AVE C/O GIAMBOI @ @ @ @, 74TH AND GRAND AVENUE, QUEENS VILLAGE, NY 11427

10924   SHOPS AT GRAND AVENUE, MASPETH, NY 11378

10924   SHOP-VAC CORPORATION, 2323 REACH ROAD, WILLIAMSPORT, PA 17701

10924   SHORE INTERMEDIATE MAINTENANCE, ACTIVITY PASCAGOULA, PASCAGOULA, MS 39567-5000

10924   SHORE SUPPLY, 745 WEST DELIAH ROAD, PLEASANTVILLE, NJ 08232

10925   SHORE TILBE IRWIN & PARTNERS INC, BRUNNER & LUNDY, SUITE 200, 15 HAZELTON AVE, TORONTO, ON M5R2E1CANADA    *VIA Deutsche Post*

10925   SHORE, MARTHA, 3526, PETALUMA, CA 94953

10925   SHORE, SHARON, 419 CONCORD AVE., CAMBRIDGE, MA 02138

10924   SHORELINE CONCRETE CO INC, P O BOX 506, CLINTON, CT 06413

10924   SHORELINE CONCRETE CO INC, PLANT CLOSED DO NOT USE, GLENWOOD RD, CLINTON, CT 06413

10924   SHORELINE CONCRETE CO INC, PO BOX 927, CLINTON, CT 06413

10924   SHORELINE ELECTRIC/SUBURBAN LODGE, 6902 W. HILLSBOROUGH AVE, TAMPA, FL 33634

10924   SHORELINE POOLS, 742 GARY DR., JACKSON, MS 39212

10924   SHORELINE POOLS, CAMBRIDGE, MA 02140

10925   SHORES, BOBBY, 108 CARMELINA ST, RUSKIN, FL 33570-9201

10925   SHORES, CARL, PO BOX 761, ROCKINGHAM, NC 28379

10925   SHORES, CARROLL, 505 MARION ROAD, GLEN BURNIE, MD 21061

10924   SHOREY MANUFACTURING CO., 351 WHITE'S PATH, SOUTH YARMOUTH, MA 02664

10924   SHOREY MANUFACTURING CO., PO BOX1539, HARWICH, MA 02645

10924   SHOREY MFG. COMPANY, GREAT WESTERN ROAD, HARWICH, MA 02645

10925   SHORR PAPER PRODUCTS INC, PO BOX 6800, AURORA, IL 60598

10924   SHORR PAPER, PO BOX 4550, AURORA, IL 60507

10925   SHORT JT TEN, MICHAEL & JENIFER, PO BOX 3222, KETCHIKAN, AK 99901-0000

10924   SHORT LOAD CONCRETE INC., 229 KIRK AVENUE, HENDERSON, NV 89015

10924   SHORT LOAD CONCRETE, 1397 JEFFERSON, ANAHEIM, CA 92807

10924   SHORT LOAD CONCRETE, 2654 BLEDSOE LANE, NORTH LAS VEGAS, NV 89030

10924   SHORT LOAD CONCRETE, ATTN:  ACCOUNTS PAYABLE, CHINO, CA 91708

10924   SHORT LOAD CONCRETE, ATTN:  ACCOUNTS PAYABLE, YORBA LINDA, CA 92686

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SHORT LOAD CONCRETE, PO BOX 994, CHINO, CA 91708 | |
| 10924 | SHORT LOAD, 17265 GROWERS CIRCLE, YORBA LINDA, CA 92886-4859 | |
| 10924 | SHORT LOAD/CHINO, 13775 HARVARD AVENUE, CHINO, CA 91710 | |
| 10925 | SHORT, ARTHUR, STAR ROUTE BOX 25, GASTON, NC 27832 | |
| 10925 | SHORT, DELMAR, 8 COLLIER AVE, LAKELAND, FL 33801-3229 | |
| 10925 | SHORT, DUANE, 1362 SECOND ST, KINGS MOUNTAIN, NC 28086 | |
| 10925 | SHORT, FRED, 611 W TEXAS, ANADARKO, OK 73005 | |
| 10925 | SHORT, G, 293 SHADY GROVE ROAD, PICKENS, SC 29671 | |
| 10925 | SHORT, GREGORY, 4883 S. JOHNSON ST, LITTLETON, CO 80123 | |
| 10925 | SHORT, HAROLD, BOX 5449, ZAPATA, TX 78076 | |
| 10925 | SHORT, J, 2920 BLUE SAGE, WOODWARD, OK 73801 | |
| 10925 | SHORT, JAMES, 350 BRYANT ROAD C-7, SPARTANBURG, SC 29303 | |
| 10925 | SHORT, JAMES, PO BOX 408, MARTIN CITY, MT 59926 | |
| 10925 | SHORT, JANONNE, 213 NW 120, OKLAHOMA CITY, OK 73114 | |
| 10925 | SHORT, JILL, 5029 CAMDEN AVE N, MINNEAPOLIS, MN 55430 | |
| 10925 | SHORT, JOANNE, 229 RESTON ROAD, IMPERIAL, PA 15126 | |
| 10925 | SHORT, JOHN, 3506 TADS LN, ARLINGTON, TX 76014-2448 | |
| 10925 | SHORT, JOYCE, 4883 S JOHNSON ST, LITTLETON, CO 80123 | |
| 10925 | SHORT, MELISSA, 3605 BELUGA LANE, INDIANAPOLIS, IN 46214 | |
| 10925 | SHORT, OTIS, 9708 TULSEMERE RD, RANDALLSTOWN, MD 21133 | |
| 10925 | SHORT, RICKY, 611 W. TEXAS, ANADARKO, OK 73005 | |
| 10925 | SHORT, RUDOLPH, 2102 REYNOLDS RD, LAKELAND, FL 33801-9748 | |
| 10925 | SHORT, SANDRA, 1142 N. SCHUYLER AVE., KANKAKEE, IL 60902 | |
| 10925 | SHORT, SHARON, PO BOX 1027, KALKASKA, MI 49646 | |
| 10925 | SHORT, TRUMAN, PO BOX 202, GREENWOOD, AK 72936-0202 | |
| 10925 | SHORT, WALTER, 18410 N 27TH AVE # 227, PHOENIX, AZ 85023 | |
| 10925 | SHORTER, KURT, 901 NW 3RD ST, OKEECHOBEE, FL 34972 | |
| 10925 | SHORTER, MARK, 2318 W 122ND ST, BLUE ISLAND, IL 60406 | |
| 10925 | SHORTT, WILLIAM, 69 CINDY CT, HANOVER, PA 17331 | |
| 10924 | SHOSEKI KASEI K.K., 1-1-8 MOTO-AKASAKA, MINATO-KU, TOKYO*, 107-0051JPN | *VIA Deutsche Post* |
| 10924 | SHOSEKI KASEI K.K., 1-1-8 MOTO-AKASAKA, MINATO-KU, TOKYO, 107-0051JPN | *VIA Deutsche Post* |
| 10924 | SHOSEKI KASEI K.K., 1-1-8, MOTO-AKASAKA, MINATO-KU, TOKYO, 99999999JPN | *VIA Deutsche Post* |
| 10924 | SHOSEKI KASEI K.K., 1-1-8, MOTO-AKASAKA, MINATO-KU, TOYKO, 99999999JPN | *VIA Deutsche Post* |
| 10924 | SHOSEKI KASEI K.K., JAPAN, 1-1-8 MOTO-AKASAKA, MINATO-KU, 99999999JPN | *VIA Deutsche Post* |
| 10925 | SHOTCRETE ENGINEERS P/L, THE, 39 PIER ST, EAST FREMANTLE WA, WA 06158 | |
| 10925 | SHOTCRETE ENGINEERS, THE, PO BOX 763, PENRITH NSW, IT 2751AUSTRALIA | *VIA Deutsche Post* |
| 10924 | SHOTCRETE TECHNOLOGIES, BHP COPPER MINES, STE 105, #4 SHAFT OFFICE COMPLEX, SAN MANUEL, AZ 85631 | |
| 10925 | SHOTCRETE TECHNOLOGIES, INC, PO BOX 3274, IDAHO SPRINGS, CO 80452 | |
| 10924 | SHOTCRETE TECHOLOGIES, INC., 3866 WILLOWCREST AVE., STUDIO CITY, CA 91604 | |
| 10925 | SHOTCRETE WORKING GROUP, PO BOX 55291, NORTHLANDS, 02116SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | SHOTWELL, JOHN, 5451 BANKTON DR, HUNTINGTON BEACH, CA 92649 | |
| 10925 | SHOUCAIR, WILLIAM, 6247 HAYES DR, NORCROSS, GA 30093 | |
| 10925 | SHOUN, LAVERNA, 1950 W ELK AV, ELIZABETHTON, TN 37643 | |
| 10925 | SHOUP, RICHARD, 1611 MAIN ST, CONCORD, MA 01742 | |
| 10925 | SHOVLAIN, PAUL, 1469 SE 52ND PL, OCALA, FL 34480 | |
| 10924 | SHOW LOW BLOCK COMPANY, 2751 E. DEUCE OF CLUBS, SHOW LOW, AZ 85901 | |
| 10924 | SHOW LOW BLOCK COMPANY, ATTN: ACCOUNTS PAYABLE, SHOW LOW, AZ 85901 | |
| 10924 | SHOW LOW BLOCK MIX, 261 S.WHITE MOUNTAIN RD, SHOW LOW, AZ 85901 | |
| 10924 | SHOW LOW CONSTRUCTION, ATTN: ACCOUNTS PAYABLE, SHOW LOW, AZ 85902 | |
| 10924 | SHOW LOW READY MIX, 261 S. WHITE MOUNTAIN DRIVE, SHOW LOW, AZ 85901 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SHOW PLACE / SNELCO CONSTRUCTION, 211 EAST COMMERCE STREET, HIGH POINT, NC 27260

10925   SHOW, CHARLES, 1221 MAPLE AVE, OWENSBORO, KY 42301

10925   SHOWA DENKO AMERICA INC, 280 PARK AVE, NEW YORK, NY 10017

10925   SHOWALTER, JEFFERY, 2008 RUBY DRIVE, HOUMA, LA 70363

10925   SHOWALTER, SCOTT, 3500 FREMONT, ROLLING MEADOWS, IL 60008

10924   SHOWBOAT C/O JLMANTA, 3301 ALDIS, EAST CHICAGO, IN 46312

10924   SHOWBOAT, C/O J.L. MANTA, E. CHICAGO, IN 99999

10924   SHOWBOAT, SMITH AND GREEN, LAS VEGAS, NV 89101

10924   SHOWCASE CINEMAS, CROSSPOINT, LOWELL, MA 01853

10924   SHOWCASE MALL, SMITH AND GREEN, LAS VEGAS, NV 89101

10925   SHOWEN, SUSAN, 4610 S. LOGAN AVE. #205, MILWAUKEE, WI 53207

10925   SHOWERS, RICHARD, 11334 S HOMEWOOD AVE, CHICAGO, IL 60643

10924   SHOWLOW R/M #4071 - HEBER, 1801 BLACK CANYON ROAD, HEBER, AZ 85928

10924   SHOWLOW REDI MIX #4070, 261 S. WHITE MOUNTAIN DRIVE, SHOW LOW, AZ 85901

10924   SHOWLOW REDI MIX, 261 S WHITE MOUNTAIN RD, SHOW LOW, AZ 85901

10924   SHOWLOW REDI MIX, HEBER, AZ 85928

10924   SHOWLOW REDY MIX, INC., 261 S. WHITE MOUNTAIN ROAD, SHOW LOW, AZ 85901

10925   SHOWTIME FLORISTS, 2630 LA CIENEGA AVE, LOS ANGELES, CA 90034

10925   SHPIGEL, ARKADIY, 140 ROTHWELL AVE, CLIFFSIDE PARK, NJ 07010

10925   SHPILBERG, LARISA, 64 ASPEN DRIVE, NORTH BRUNSWICK, NJ 08902

10925   SHPIRT, INNA, 7 CONANT ROAD #68, WINCHESTER, MA 01890

10924   SHR ROOFING SUPPLY, 12130 HIGHWAY 3, BLDG. 4, WEBSTER, TX 77598

10924   SHR ROOFING SUPPLY, 8950 B. RESEARCH BLVD., AUSTIN, TX 78758

10924   SHR ROOFING SUPPLY, INC., 12130 HWY 3, BLDG. 4, WEBSTER, TX 77598

10925   SHRADEL, JAN, 6583 OAKWOOD DR, DOUGLASVILLE, GA 30135

10925   SHRADER ELECTRIC CO, INC, 11115 E. 30TH ST, BALTIMORE, MD 21218

10925   SHRADER TIRE & OIL, 2045-51 SYLVANIA AVE, TOLEDO, OH 43613

10925   SHRADER, HENRY, 209 OVERBROOK DRIVE, ROSSVILLE, GA 30741

10925   SHRADER, JILL, PO BOX 633, HENAGAR, AL 35978

10925   SHRADER, JOHN, 5707 SKYE, ALEXANDRIA, LA 71301

10925   SHRED IT, 3872 SOUTH PERKINS, MEMPHIS, TN 38118

10925   SHRED-ALL, 9802 BAYMEADOWS RD SUITE 12, JACKSONVILLE, FL 32256

10925   SHREDDERMAN, 7001 S.W. 21ST PLACE, DAVIE, FL 33317

10925   SHREDDERMAN, 7001 SW 21ST PLACE, W.-BLDG, DAVIE, FL 33314

10925   SHRED-IT ATLANTA, 5119 S ROYAL ATLANTA DR, TUCKER, GA 30084

10925   SHRED-IT SAN FRANCISCO, 1538 GLADDING CT, MILPITAS, CA 95035-6814

10925   SHRED-IT WESTERN WASHINGTON, 13247 NE 20TH ST, BELLEVUE, WA 98005

10925   SHREFFLER, DIANNE, 148 LEDGE ST, NASHUA, NH 03060

10925   SHREFFLER, DON, PO BOX 453, AKRON, OH 44309

10925   SHREVE, CRUMP & LOW, 330 BOYLSTON ST, BOSTON, MA 02116

10925   SHREVE, JANICE, 14562 N. SAGINAW RD., CLIO, MI 48420

10925   SHREWSBERRY, HAROLD, 1421 IDAHO AVE, LIBBY, MT 59923

10925   SHREWSBURY, MICHAEL, 106 SWEETGUM DR, LAGRANGE, GA 30240

10925   SHRIEVE CHEMICAL CO., 1717 WOODSTEAD COURT, SUITE 205, THE WOODLANDS, TX 77380

10925   SHRIEVE CHEMICAL COMPANY, PO BOX 200588, HOUSTON, TX 77216-0588

10925   SHRIMATIE BHAJAN, 1165 GERARD AVE APT A31, BRONX, NY 10452-8349

10925   SHRINE BOWL OF THE CAROLINAS, POBOX 560505, CHARLOTTE, NC 28256-0505

10924   SHRINERS CHILDRENS HOSPITAL, PCI, SACRAMENTO, CA 95817

10924   SHRINERS HOSPITAL, 51 BLOSSON STREET, BOSTON, MA 02114

10924   SHRINERS TEMPLE HOSPITAL, BROAD STREET, PHILADELPHIA, PA 19092

10925   SHRIVE, ANTHONY, 21450 CHASE ST., 151, CANOGA PARK, CA 91304

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SHRIVER, CRAIG, R R 3, ATLANTIC, IA 50022

10925   SHRIVER, JACK, 202 DEERFIELD DR, LAURENS, SC 29360

10925   SHRM, 1800 DUKE ST, ALEXANDRIA, VA 22314-3499

10925   SHRM, 606 N. WASHINGTON ST., ALEXANDRIA, VA 22314

10925   SHRM, PO BOX 1334, MERRIFIELD, VA 22116-9905

10925   SHROLL, EDWARD, 3117 STILLWELL ST, SULPHUR, LA 70665

10925   SHROUT, JONELL, RT 1 BOX 356, EWING, KY 41039

10925   SHU, LARRY S, 272 WOODCLIFF ROAD, NEWTON HIGHLANDS, MA 02161

10925   SHU, LARRY S, 272 WOODCLIFF ROAD, NEWTON, MA 02461

10925   SHU, LARRY S, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SHU, LARRY, 272 WOODCLIFF ROAD, NEWTON HIGHLANDS, MA 02161

10925   SHUBARGO, TAMELA, 12207 JUDSON RD., WHEATON, MD 20902

10924   SHUBERT THEATER, BOSTON, MA 02110

10925   SHUBERT, JOHNNIE, ROUTE 3 BOX 124, COMMERCE, GA 30529

10925   SHUCHU WANG, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SHUCK, DAVE, 3624 COLIN DR, BILLINGS, MT 59102-1179

10925   SHUFF, RODNEY, 235 WYNTRE BROOKE DRIVE, YORK, PA 17403

10925   SHUFFLEBOTHAM JR, GEORGE, 1120 G ST, SE, WASHINGTON, DC 20003

10925   SHUFFLER, SHERRY, 121 SHUFFLER RD, MORGANTON, NC 28655

10925   SHUFORD JR, WILLIAM B, 3811 SHERWOOD CIRCLE, GASTONIA, NC 28056-6640

10925   SHUFORD, DARLENE, 5241 ROLIND DRIVE, MONTGOMERY, AL 36108

10925   SHUGH JR, JAMES E, 4123 KINGSTON CIRCLE, NAPERVILLE, IL 60564

10925   SHUHNICKI, JOAN, 265 GLENWILD AVE., BLOOMINGDALE, NJ 07403

10925   SHUIRMAN, RICHARD T, 3523 E RUTH PLACE, ORANGE, CA 92869

10925   SHUKAIR, INAM, 4929 BLUE RIDGE, RAYTOWN, MO 64133

10925   SHUKLA, TRIVENI P, CUST, RENU SHUKLA, UNIF GIFT MIN ACT WI, 15310 MARK DR, NEW BERLIN, WI 53151-5748

10925   SHULDT, C, 1223 N WAHSATCH #2, COLORADO SPRINGS, CO 80903

10925   SHULER, ANNIE, 311 BOYLES ST, HOUSTON, TX 77020

10925   SHULER, MAYLOY, 3808 NORFOLK AVE., BALTIMORE, MD 21216

10925   SHULFER, LORI, W7681 SPRING RD, GREENVILLE, WI 54942

10925   SHULL, HARVEY, 8804 CASTLEBERRY ROAD, APEX, NC 27502

10925   SHULMAN, MICHAEL, 4420 ABBOTTS POINTE, DULUTH, GA 30136

10925   SHULSKIE, HELEN, 540 FAGAN DRIVE, FREDERICKSBURG, VA 22405-2406

10925   SHULTMAN, DEBRA, 5345 MURRAYHILL RD, CHARLOTTE, NC 28210

10925   SHULTS, ALAN, 208 FILMORE, WICHITA FALLS, TX 76301

10925   SHULTZ, CAROL, 1052B HARLAN LANE, VILLA RICA, GA 30180

10925   SHULUGA, SUSAN, PO BOX 381, HILLSVILLE, PA 16132

10925   SHUMAKE, CAROL, RT 2 BOX 326, CREAL SPRINGS, IL 62922

10925   SHUMAKER, CARL, BOX 176 RD # 1, SLIGO, PA 16255

10925   SHUMAKER, CRAIG, 8800 OLD COURTHOUSE, VIENNA, VA 22180

10925   SHUMAKER, HEIDI, 6C LUMAR VILLAGE, BUTLER, PA 16001

10925   SHUMAKER, SANDRA, R.D. 3, BOX 2, NEW BETHELHEM, PA 16242

10925   SHUMAN PLASTICS INC, 35 NEOGAST, DEPEW, NY 14043

10925   SHUMAN, BRENDA, 239 NORTH VIEW RD, FLEETWOOD, PA 19522

10925   SHUMAN, CORI, 206 C MANSION DRIVE, SHILLINGTON, PA 19607

10925   SHUMAN, GLORIA, BOX 436, BLANDON, PA 19510

10925   SHUMAN, JOHN, 1270 PORTLAND AVE, MULBERRY, FL 33860-8869

10925   SHUMAN, MICHAEL, PO BOX 912, WILBURTON, OK 74578

10925   SHUMAN, NANCY, 1522 N GLENDALE DRIVE, FORT WAYNE, IN 46804-5850

10925   SHUMATE AIR CONDITIONING & HEATING, 2501 ROYAL PLACE, STE C, TUCKER, GA 30084

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SHUMATE, JOHN, 9265 ST RT #314, MANSFIELD, OH 44904 | |
| 10925 | SHUMATE, RANDALL, 861 RINEHART RD, BELLVILLE, OH 44813 | |
| 10925 | SHUMWAY, ROBERT, 10550 WESTERN AVE., STANTON, CA 90680 | |
| 10925 | SHUMWAY, SHAWN, 170 PALISADE AVE #3, CLIFFSIDE PARK, NJ 07010 | |
| 10925 | SHUNPIKE BUSINESS CENTER, 1275 CRONWELL AVE, ROCKY HILL, CT 06067 | |
| 10925 | SHUPPS, B, 7519 SWANPOINT WAY, COLUMBIA, MD 21045 | |
| 10925 | SHUR, LYUBOV, 4437 BEN FRANKLIN LNCLSTR #102, VIRGINIA BEACH, VA 23462 | |
| 10924 | SHURAIL SUPPLY, 9124 GRAND AVE. SOUTH, BLOOMINGTON, MN 55420 | |
| 10925 | SHURTLEFF, ARTHUR, 2022 S HOLLAND ST, LAKEWOOD, CO 80227 | |
| 10925 | SHURTLEFF, MARK, STATE CAPITOL RM 236, SALT LAKE CITY, UT 84114-0810 | |
| 10925 | SHUTE, KEN, 49928 12TH ST E, LANCASTER, CA 93535 | |
| 10925 | SHUTE, MARTHA, 442 N. CRAFT AVE., LOS ANGELES, CA 90048 | |
| 10925 | SHUTE, ROBIN, 442 N CROFT AVE, LOS ANGELES, CA 90048 | |
| 10925 | SHUTRUMP, GAIL, 238 E WAGNER RD, YUKON, OK 73099 | |
| 10925 | SHUTT, MICHAEL, 5696 LANE ROAD, OWENSBORO, KY 42303 | |
| 10925 | SHUTTERBUG PHOTO, INC, 1014-B PINE LOG RD., AIKEN, SC 29803 | |
| 10925 | SHUTTLEWORTH MACHINERY CORP., 10 COMMERCIAL ROAD, HUNTINGTON, IN 46750 | |
| 10925 | SHUTY, SYLVIA, 2122 POCOCEN DR, CORAOPOLIC, PA 15108 | |
| 10925 | SHWARTS, JAN, 12205 QUINCY, DALLAS, TX 75230 | |
| 10925 | SHYAVITZ, ABBY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | SHYODA INSTRUMENT COMPANY, PO BOX 159, MAMARONECK, NY 10543 | |
| 10925 | SHYODU INSTRUMENT COMPANY, PO BOX 159, MAMARONECK, NY 10543 | |
| 10925 | SI GROUP, PO BOX 4652 DEPT 985, HOUSTON, TX 77210-4652 | |
| 10925 | SIA ADHESIVES INC., 123 WEST BARTGES STREET, AKRON, OH 44311-1081 | |
| 10924 | SIA ADHESIVES INC., GATE #1 - D/1540, 123 WEST BARTGES STREET, AKRON, OH 44311-1081 | |
| 10925 | SIA, CHUNG, 2808 STEARNS, WICHITA FALLS, TX 76308 | |
| 10925 | SIA, GRACE, 12 HARDING DRIVE, FAIRFIELD, NJ 07004 | |
| 10925 | SIA, RITA, 6394 MACON ROAD, MEMPHIS, TN 38134 | |
| 10925 | SIADAT, BAHRAM, 20 TRINITY PLACE, WARREN, NJ 07059 | |
| 10925 | SIAK NGUAN TAN, APT BLK 620 CHO CHU KANG ST, 62 5 22, 680620SINGAPORE | *VIA Deutsche Post* |
| 10924 | SIALCO MATERIALS, LTD., 108-590 EBURN PLACE, DELTA, BC V3M 6K7TORONTO | *VIA Deutsche Post* |
| 10925 | SIAMIS, MARK, 504 52ND PLACE, WESTERN SPRIN, IL 60558 | |
| 10925 | SIAMIS, MARK, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10925 | SIAS, CHARLES, 1751 SIXTH AVE, LAKE CHARLES, LA 70601 | |
| 10925 | SIBBALD, JEFFREY, 242 WESTBROOK DRIVE, CLIFTON HEIGH, PA 19018 | |
| 10925 | SIBERT, STEVEN, 14 BLAIR, CLOVERDALE, CA 95425 | |
| 10925 | SIBIGA, DANIEL, 2750 HOLLY HALL, 44, HOUSTON, TX 77054 | |
| 10924 | SIBLEY CONCRETE PROD, DIV OF PRAIRIE CITY CON, SIBLEY, IA 51249 | |
| 10925 | SIBLEY, GARY, 7060 BISHOP ROAD, PROPHETSTOWN, IL 61277 | |
| 10925 | SIBLEY, MARY, 3930 BROADRIVER RD #A12, COLUMBIA, SC 29210 | |
| 10925 | SIBLEY, MARY, PO BOX 979, WASKOM, TX 75692 | |
| 10925 | SICAJAN, VINCENT, 162 OCEAN ST, PROVIDENCE, RI 02907 | |
| 10925 | SICALCO, LTD, 907 N. ELM ST , SUITE 100, HINSDALE, IL 60521 | |
| 10925 | SICAM, YOLANDA, 3102 KEMPWOOD, SUGARLAND, TX 77479 | |
| 10924 | SICES MATERIAL PRODUCTS, INC., 2601 WEST NINTH AVENUE, GARY, IN 46404 | |
| 10924 | SICES MATERIALS, CAMBRIDGE, MA 02140 | |
| 10924 | SICES MATL PROD INC, PO BOX 4618, GARY, IN 46404 | |
| 10925 | SICHEL, WILLIAM, 165 RUTGERS PLACE, CLIFTON, NJ 07013 | |
| 10925 | SICHER, DEBRA L, 612 WASHINGTON AVE, NORTHAMPTON PA, PA 18067 | |
| 10925 | SICILIAN, MICHAEL, 10 CHOCTAW TRAIL, RINGWOOD, NJ 07456 | |
| 10925 | SICILIAN, ZAIRA, 527 VOSSELLER AVE, BOUND BROOK, NJ 08805 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SICILIANO, ELLIS, SHERIDAN, DYER &, 10521 JUDICIARY DR, FAIRFAX, VA 22030 | |
| 10925 | SICILIANO, RALPH, 300 WASHINGTON AVE, PINE BEACH, NJ 08741 | |
| 10925 | SICK, INC, 6900 W. 110TH ST., BLOOMINGTON, MN 55438 | |
| 10925 | SICK, INC, PO BOX 581279, MINNEAPOLIS, MN 55458-1279 | |
| 10925 | SICKLER, GREG, 137 PRAIRIEWOOD DRIVE, 305D, FARGO, ND 58103 | |
| 10925 | SICKO, P., PO BOX 34439, GREENVILLE, SC 29614 | |
| 10924 | SICO INC., 120-24TH STREET, ETOBICOKE, IT H8V 3P1TORONTO | *VIA Deutsche Post* |
| 10924 | SICO, 30 BETHRIDGE ROAD, GUELPH, ON N1E 2L6TORONTO | *VIA Deutsche Post* |
| 10925 | SICO, EILEEN, 35 WOODLAND ROAD, CRESSKILL, NJ 07626-1035 | |
| 10925 | SICO, JOHN, 35 WOODLAND ROAD, CRESSKILL, NJ 07626-1035 | |
| 10925 | SICURELLA, DEBORAH, 4655 E. TERRACE, FRESNO, CA 93703-0000 | |
| 10924 | SID RICHARDSON GASOLINE CO., KEYSTONE PLANT, KERMIT, TX 79745 | |
| 10924 | SID RICHARDSON GASOLINE CO., P.O. DRAWER R, KERMIT, TX 79745 | |
| 10925 | SIDDENS, NANCY, 3212 VALLEY GROVE RD, CHARLOTTE, NC 28227 | |
| 10925 | SIDDENS, ROBERT, 102 LEDGEWOOD WAY, GREENVILLE, SC 29609 | |
| 10925 | SIDDENS, WESLEY, 27644 #1700 E RD. LOT #28, BISMARCK, IL 61814 | |
| 10925 | SIDDIOI, SABOHI, 6413 WHIPPANY WAY, BURKE, VA 22015 | |
| 10925 | SIDDIQUI, ADNAN, 18700 YORBA LINDA BLVD, YORBA LINDA, CA 92886 | |
| 10925 | SIDDIQUI, SAHIR, PO BOX S-1351 CASTLE POINT STA, HOBOKEN, NJ 07030 | |
| 10925 | SIDENER, ETHEL, 410 HICKORY CIRCLE, MOMENCE, IL 60954 | |
| 10925 | SIDENER, LESTER, RR 2 BOX 220, MOMENCE, IL 60954 | |
| 10925 | SIDES JR, FRED, 1132 MISSISSIPPI ST., EARLE, AR 72331 | |
| 10925 | SIDES, MARGARET, 1900 BOLING BROKE PL, FT. WORTH, TX 76140 | |
| 10925 | SIDES, MARY, 7318 WALTERBORO RD, CHARLOTTE, NC 28227 | |
| 10925 | SIDES, SCOTT, PO BOX 823, VELMA, OK 73091 | |
| 10925 | SIDES, TERRY, 507 N. 6TH ST., BOONVILLE, IN 47601 | |
| 10925 | SIDHOM, WASSEEM, 21 WARREN ST. APT 1-2, WALTHAM, MA 02453 | |
| 10925 | SIDHOM, WASSEEM, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | SIDHVA, FALI, 1130 SW 80TH DR., GAINESVILLE, FL 32607 | |
| 10924 | SIDING WORLD, 5177 COMSTOCK AVENUE, KALAMAZOO, MI 49001 | |
| 10924 | SIDING WORLD, 6450 EAST 8 MILE ROAD, DETROIT, MI 48234 | |
| 10925 | SIDLAUSKAS, DONALD, 2708 HAWS ROAD, IOWA PARK, TX 76367 | |
| 10925 | SIDLECK, JR, THOMAS, 58 OPEN GATE COURT, BALTIMORE, MD 21236 | |
| 10925 | SIDLEY & AUSTIN ECHIKSON & GUTTER, 1722 EYE ST NW, WASHINGTON, DC 20006 | |
| 10925 | SIDLEY & AUSTIN, 1722 EYE ST NW, WASHINGTON, DC 20037 | |
| 10925 | SIDLEY & AUSTIN, 1722 EYE ST, NW, WASHINGTON, DC 20006 | |
| 10925 | SIDLEY & AUSTIN, 1722 EYE ST. NW, WASHINGTON, DC 20006 | |
| 10925 | SIDLEY & AUSTIN, 555 WEST FIFTH ST, LOS ANGELES, CA 90013-1010 | |
| 10925 | SIDLEY & AUSTIN, BANK ONE PLAZA, 10 SOUTH DEARBORN ST, CHICAGO, IL 60603 | |
| 10925 | SIDLEY & AUSTIN, ONE FIRST NATIONAL PLAZA, CHICAGO, IL 60603 | |
| 10925 | SIDLEY & AUSTON, PRAITIS JUDITH M, 555 WEST FIFTH ST, LOS ANGELES, CA 90013-1010 | |
| 10924 | SIDMAK LABS, 17 WEST STREET, EAST HANOVER, NJ 07936 | |
| 10924 | SIDMAK LABS, 35 WEST STREET, EAST HANOVER, NJ 07936 | |
| 10925 | SIDNEY BERSHATSKY, 717 QUENTIN ROAD, BROOKLYN, NY 11223-2227 | |
| 10925 | SIDNEY DIAMOND &, ANITA M DIAMOND JT TEN, 16139 PARKLAWN PL, BOWIE, MD 20716-1908 | |
| 10925 | SIDNEY DIAMOND ASSOCIATES, 819 ESSEX ST, WEST LAFAYETTE, IN 47906 | |
| 10925 | SIDNEY DUANE HARTLOFF &, BARBARA J HARTLOFF JT TEN, 31434 7TH PLACE SW, FEDERAL WAY, WA 98023-4623 | |
| 10925 | SIDNEY GARFINKEL, 707 CHERRY TREE LANE, GENOA, IL 60135 | |
| 10925 | SIDNEY GORMAN, 3938 GRAND CANYON CT, PLEASANTON, CA 94588-4913 | |
| 10925 | SIDNEY J PALMER, 3101 BARNES SPRING RD, PO BOX 4412, COLUMBIA, SC 29240-4412 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SIDNEY J PARNES & BEATRICE F, PARNES TR UA DEC 10 91, 214 WEDGEWOOD DR, WILLIAMSVILLE, NY 14221-1403 | |
| 10925 | SIDNEY J SIMON, 6511 CROMWELL CRES, REGO PARK, NY 11374-5022 | |
| 10925 | SIDNEY KROSS & OWEN KROSS TR, UA SEP 20 71, SIDNEY KROSS TRUST, 912 MINNESOTA, KANSAS CITY, KS 66101-2611 | |
| 10925 | SIDNEY M HECHT, 9440 S W 91 ST, MIAMI, FL 33176-1922 | |
| 10925 | SIDNEY MITWOL, 18 EDGAR RD, WEST ORANGE, NJ 07052-2641 | |
| 10925 | SIDNEY N CHERNAK &, HELEN P CHERNAK TEN ENT, 7121 PARK HEIGHTS AVE 808, BALTIMORE, MD 21215-1617 | |
| 10925 | SIDNEY SHERMAN, 105 MADISON ST, SUITE 600, CHICAGO, IL 60602-4603 | |
| 10925 | SIDNEY STEWART, 1327 W BALTIMORE ST, BALTIMORE, MD 21223-2402 | |
| 10925 | SIDNEY, JEAN, 1 PARKSIDE TERRACE, WEST PATTERSON, NJ 07424 | |
| 10925 | SIDWELL FRIENDS SCHOOL, 3825 WISCONSIN AVE, NW, WASHINGTON, DC 20015 | |
| 10925 | SIEBEL SYSTEMS, INC, 7203 COLLECTION CENTER DRIVE, CHICAGO, IL 60693 | |
| 10925 | SIEBEL SYSTEMS,INC, PO BOX 60000, SAN FRANCISCO, CA 94160-3828 | |
| 10924 | SIEBEN, POLK, LAVERDIERE, JONES & H, 999 WESTVIEW DRIVE, HASTINGS, MN 55033-2495 | |
| 10925 | SIEBEN, POLK, LAVERDIERE, JONES &, 999 WESTVIEW DRIVE, HASTINGS, MN 55033-2495 | |
| 10925 | SIEBERT ENGINEERING, 261 EISENHOWER LANE, SOUTH, LOMBARD, IL 60148 | |
| 10925 | SIEBERT, ELSIE, RT 2 BOX 251, GRANT PARK, IL 60940 | |
| 10925 | SIEBOLD, PAULA, 2248 MT WHITNEY DR, PITTSBURG, CA 94565 | |
| 10925 | SIEBOLD, ROBERT, E 4039 HWY G, KEWAUNEE, WI 54216 | |
| 10925 | SIEBRAND, JEFFREY, 16005 VANOWEN ST., 208, VAN NUYS, CA 91406 | |
| 10925 | SIECOR CORPORATION, 9275 DENTON HWY, KELLER, TX 76248 | |
| 10925 | SIECOR CORPORATION, ITABO-HAINA/PARQUE, INDUSTRIAL ITABO SA, SANTO DOMINGO, PR 0 | *VIA Deutsche Post* |
| 10925 | SIECOR CORPORATION, PO BOX 1869, RIO GRANDE, PR 00745-1111 | |
| 10925 | SIECOR OPERATIONS LLC, PETER GRANTHAM, | |
| 10925 | SIECOR PUERTO RICO INC, LOTE#7, RIO GRANDE, PR 00745PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SIEDELBERG, CHRISTOP, 325 HOWE ST, LANSING, MI 48915 | |
| 10925 | SIEDELBERG, CHRISTOPHER, 225 N MARKET ST, WOOSTER, OH 44691-0599 | |
| 10925 | SIEDERICK, NINA, 169 LYNN COURT, LAKEWOOD, NJ 08701-9998 | |
| 10925 | SIEFER AMERICA INC., PO BOX 357, CORDOVA, TN 38088 | |
| 10925 | SIEFKE, JUDITH, PO BOX 941, LIBBY, MT 59923 | |
| 10925 | SIEFKE, JUDITH, PO BOX 941, LIBBY, MT 59923-0941 | |
| 10925 | SIEG, KARL, 523 WOODLAND ROAD, PITTSBURGH, PA 15237-3809 | |
| 10925 | SIEG, TAMMY, 8706 W. 48TH TERR, MERRIAM, KS 66203 | |
| 10925 | SIEGEL BARNETT SCHUTZ, 500 CAPITOL BLDG, ABERDEEN, SD 57402-0490 | |
| 10925 | SIEGEL, DAVID, 11150 HOMEWOOD ROAD, ELLICOTT CITY, MD 21042 | |
| 10925 | SIEGEL, DONNA, 1177 FAIRFIELD RD, BRIDGEWATER, NJ 08807 | |
| 10925 | SIEGEL, JEFFREY, 5896 NW 23RD WAY, BOCA RATON, FL 33496 | |
| 10925 | SIEGEL, JORDAN, 3410 GALT OCEAN DR #1806N, FORT LAUDERDALE, FL 33308 | |
| 10925 | SIEGEL, JOSHUA E, 4720 N. WINCHESTER APT.#2, CHICAGO, IL 60640 | |
| 10925 | SIEGEL, JOSHUA, 1629 JACKSON ST, BALTIMORE, MD 21230 | |
| 10925 | SIEGEL, JUDITH G, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | SIEGEL, JUDITH, 1 COACH ROAD, LEXINGTON, MA 02173 | |
| 10925 | SIEGEL, MICHAEL, 454 NORTHWEST 133, CORAL SPRINGS, FL 33071 | |
| 10925 | SIEGEL, MICHAEL, 5680 NW 74TH PLACE, 202, COCONUT CREEK, FL 33073 | |
| 10925 | SIEGEL, NATLEE, 53 COTTONWOOD DR, HOLLAND, PA 18966 | |
| 10925 | SIEGEL, SETH, 680 NW 100 LANE, CORAL SPRINGS, FL 33071 | |
| 10925 | SIEGEL, SUE, 9429 NORTH LOCKWOOD AVE, SKOKIE, IL 60077 | |
| 10925 | SIEGERT JR., HERBERT, 2 FOX HILL RD, ACTON, MA 01720 | |
| 10925 | SIEGERT, HERBERT C, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | SIEGERT, MICHELLE, 91 BEAL RD, WALTHAM, MA 02154 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SIEGFRIED, MARY, 315 N IDA AVE, LACON, IL 61540 | |
| 10925 | SIEGLER, CRAIG, 906 PARROTT AVE, KINSTON, NC 28501 | |
| 10925 | SIEGMAN, PAMELA, 205 E. HIBBARD RD., OWOSSO, MI 48867 | |
| 10925 | SIEK, IAN, 821 E. 3RD ST, CASPER, WY 82601 | |
| 10925 | SIEKMAN, JACK, 2907 SOUTH ASH PLACE, BROKEN ARROW, OK 74012-7811 | |
| 10925 | SIEM, MICHAEL, 725 W SHERIDAN RD #602, CHICAGO, IL 60613 | |
| 10924 | SIEMAN WESTINGHOUSE, C/O MADER, 11950 CORPORATE BLVD, ORLANDO, FL 32817 | |
| 10925 | SIEMANS ENERGY & AUTOMATION, PO BOX 360500M, PITTSBURGH, PA 15259-0003 | |
| 10925 | SIEMEK, JODI, 9242 S 48TH COURT, OAK LAWN, IL 60453 | |
| 10924 | SIEMENS AUTO, 615 BLAND BLVD, NEWPORT NEWS, VA 23602 | |
| 10925 | SIEMENS AUTOMOTIVE CORPORATION, 615 BLAND BLVD, NEWPORT NEWS, VA 23602 | |
| 10925 | SIEMENS BUILDING TECHNOLOGIES, INC, (FORMERLY) LANDIS & STAEFA, 7249 AMBASSADOR RD, BALTIMORE, MD 21244 | |
| 10925 | SIEMENS BUILDING TECHNOLOGIES, INC, 7850 COLLECTIONS CENTER DR., CHICAGO, IL 60693 | |
| 10925 | SIEMENS BUSINESS COMMUNICATION, PO BOX 99076, CHICAGO, IL 60693-9076 | |
| 10925 | SIEMENS COMPONENTS INC, 19000 HOMESTEAD ROAD, CUPERTINO, CA 95014 | |
| 10925 | SIEMENS ELECTRIC, LTD, 2185 DERRY ROAD WEST, MISSISSAUGA, ON L5N 7A6CANADA | *VIA Deutsche Post* |
| 10925 | SIEMENS ENERGY & AUTOMATION, INC, 4620 FOREST AVE., CINCINNATI, OH 45212 | |
| 10925 | SIEMENS ENERGY & AUTOMOTIVE INC, ANN MCWHORTER CHUCK HUNNEWELL, | |
| 10925 | SIEMENS ENTERPRISE NETWORKS,LLC, PO BOX 99076, CHICAGO, IL 60693-9076 | |
| 10925 | SIEMENS INFORMATION AND, PO BOX 99076, CHICAGO, IL 60693-9076 | |
| 10925 | SIEMENS MOORE, PO BOX 7777-W5490, PHILADELPHIA, PA 19175-5490 | |
| 10924 | SIEMENS WESTINGHOUSE POWER CORP., 1901 BRIARWOOD AVENUE, SW, FORT PAYNE, AL 35967 | |
| 10925 | SIEMENS-MOORE PROCESS AUTOMATION, 1201 SUMNNEYTOWN PIKE, SPRING HOUSE, PA 19477-0900 | |
| 10925 | SIEMS RENTAL & SALES CO, INC, 3925 WASHINGTON BLVD., BALTIMORE, MD 21227 | |
| 10925 | SIEMS, ALPHA, 1625 PARK LN, GEORGETOWN, TX 78628 | |
| 10925 | SIEMS, DENISE, 2481 W.42ND ST., CASPER, WY 82604 | |
| 10925 | SIENA COLLEGE, 515 LOUDON ROAD, LOUDONVILLE, NY 12211 | |
| 10925 | SIENA CONSTRUCTION CORP., 17 TUDOR ST, CAMBRIDGE, MA 02140 | |
| 10925 | SIENA CONSTRUCTION CORP., 17 TUDOR ST., CAMBRIDGE, MA 02140-2317 | |
| 10925 | SIENA, FLORENCE, 5217 WATERVIEW DRIVE, BRIGANTINE, NJ 08203-1123 | |
| 10925 | SIENA, JOHN, 5217 WATERVIEW DRIVE, BRIGANTINE, NJ 08203 | |
| 10925 | SIENKIEWICZ, RONALD, 3421 SOUTH 104TH ST, GREENFIELD, WI 53227 | |
| 10925 | SIEPLER, JOHN, 7014 CHECKER BLOOM, CITRUS HTS CA, CA 95610 | |
| 10925 | SIEPMAN, WARREN, 3751 N PINE GROVE AVE APT #1, CHICAGO, IL 60613-6102 | |
| 10925 | SIERADZKI, AMY, 52 FIELD RD, CLIFTON, NJ 07013 | |
| 10925 | SIERADZKI, IWANNA, 197 LAKE SHORE DR, LAKE HIAWATHA, NJ 07034 | |
| 10925 | SIEREN, MARTIN, ROUTE 2, BOX 214, HEDRICK, IA 52563 | |
| 10925 | SIERENS, DIANA, 13673 82ND LN N, WEST PALM BEACH, FL 33412 | |
| 10925 | SIERER, JAALAH, 1025 PALOMAS, ALBUQUERQUE, NM 87108 | |
| 10925 | SIERER, JULIA, 1224 SO PITTSBURG ST, TULSA, OK 74112 | |
| 10925 | SIEREVELD, EVELYN, 4819 VICTORIAN CT NE, MARIETTA, GA 30066 | |
| 10924 | SIERRA BUILDING MATERIAL, 2636 NORTH LARKIN, FRESNO, CA 93727 | |
| 10924 | SIERRA BUILDING MATERIALS, 2636 NO. LARKIN, FRESNO, CA 93727 | |
| 10924 | SIERRA BUILDING PRODUCTS, 10714 POPLAR AVE, FONTANA, CA 92337 | |
| 10924 | SIERRA CHEMICAL, 2302 LARKIN CIRCLE, SPARKS, NV 89431 | |
| 10924 | SIERRA CHEMICAL, PO BOX 12550, RENO, NV 89510 | |
| 10925 | SIERRA CIRCUITS, 1108 WEST EVELYN AVE, SUNNYVALE, CA 94086 | |
| 10924 | SIERRA COATING, 1820 ENTERPRISE DRIVE, DE PERE, WI 54115 | |
| 10924 | SIERRA CONCRETE DESIGN IN, 611 WEST PALM AVENUE, ORANGE, CA 92868 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SIERRA CONCRETE DESIGN, INC., 1295 LANCE LANE, ANAHEIM, CA 92806 | |
| 10925 | SIERRA COPY PRODUCTS, POBOX 10363, OGDEN, UT 84409 | |
| 10924 | SIERRA CORPORATION, 1140 W. 47TH ST., MINNETONKA, MN 55343-8865 | |
| 10924 | SIERRA CORPORATION, 11400 W 47TH STREET, MINNETONKA, MN 55343 | |
| 10924 | SIERRA CRAFT, 1720 S. LOS FELIZ, TEMPE, AZ 85281 | |
| 10924 | SIERRA CRAFT, 18825 EAST SAN JOSE AVENUE, CITY OF INDUSTRY, CA 91748 | |
| 10924 | SIERRA CRAFT, 233 HARTER AVE., WOODLAND, CA 95776-5917 | |
| 10925 | SIERRA FINANCIAL LTD., AS AGENT FOR W.H.C. REALTY CORP, 292 MADISON AVE. 2ND FL, NEW YORK, NY 10017 | |
| 10925 | SIERRA FINANCIAL, 292 MADISON AVE 2ND FL, NEW YORK, NY 10017 | |
| 10924 | SIERRA FIREPROOFING/ALISO CREEK RD, 26671 ALISO CREEK RD., ALISO VIEJO, CA 92656 | |
| 10924 | SIERRA HEALTH CENTER, 2620 BOX CANYON DR., LAS VEGAS, NV 89128 | |
| 10924 | SIERRA HEALTH SERVICES, (PURCHASE ORDER #0395341, LAS VEGAS, NV 89128 | |
| 10925 | SIERRA MANAGEMENT CORP, 292 MADISON AVE 2ND FLR, NEW YORK, NY 10017 | |
| 10924 | SIERRA MEDICAL COMPLEX, 2400 TRAWOOD, EL PASO, TX 79936 | |
| 10925 | SIERRA NEVADA CONCRETE ASSOC, PO BOX 3457, RENO, NV 89505 | |
| 10924 | SIERRA READY-MIX INC., 5481 DAVIDSON ROAD, EL DORADO, CA 95623 | |
| 10924 | SIERRA READY-MIX INC., ATTN:  ACCOUNTS PAYABLE, EL DORADO, CA 95623 | |
| 10925 | SIERRA RESEARCH, 485 CAYUGA ROAD, BUFFALO, NY 14225 | |
| 10925 | SIERRA SAFETY SUPPLY, 1625 NEPTUNE DR, SAN LEANDRO, CA 94577 | |
| 10925 | SIERRA SPRING WATER, 4849 CRANSWICK, HOUSTON, TX 77041 | |
| 10925 | SIERRA SPRINGS - (DV), PO BOX 40584, HOUSTON, TX 77240-0584 | |
| 10925 | SIERRA SPRINGS, PO BOX 40584, HOUSTON, TX 77240-0584 | |
| 10924 | SIERRA TAHOE READY MIX, 1526 EMERALD BAY RD., SOUTH LAKE TAHOE, CA 96150 | |
| 10924 | SIERRA TAHOE READY MIX, 1526 EMERALD BAY ROAD, SOUTH LAKE TAHOE, CA 96150 | |
| 10925 | SIERRA TECHNOLOGIES, 1055 STEWART AVE, GARDEN CITY, NY 11530 | |
| 10924 | SIERRA VISTA / DURK FRYE, FOR: BOEGER BILES COMPANY, AUBURN, CA 95603 | |
| 10924 | SIERRA VISTA-METRO MATERIALS, 111 CYR CENTER, SIERRA VISTA, AZ 85635 | |
| 10924 | SIERRA VISTA-METRO MATERIALS, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85072 | |
| 10924 | SIERRA WATERPROOFING, *MARKED FOR DELETION*, RENO, NV 89505 | |
| 10924 | SIERRA WATERPROOFING, 5301 LONGLEY LANE, RENO, NV 89511 | |
| 10924 | SIERRA(DON NOT USE), 18825 E SAN JOSE AVE., CITY OF INDUSTRY, CA 91748 | |
| 10925 | SIERRA, ELLIOT, 3570-A MEADOWGLEN, DORAVILLE, GA 30340 | |
| 10925 | SIERRA, ENRIQUETA, 1014 PERKINS AVE., MISSION, TX 78572 | |
| 10925 | SIERRA, FEDERICO, 1200 SEBANO ST #9, SILVER SPRING, MD 20903 | |
| 10925 | SIERRA, G, 1391 LEONARD DR, SAN LEANDRO, CA 94577 | |
| 10925 | SIERRA, IRVIN, 159 PARK ST, ATTLEBORO, MA 02703 | |
| 10925 | SIERRA, LENIN, 1914 RED OAK DRIVE, ADELPHI, MD 20783 | |
| 10925 | SIERRA, RICHARD, 77 WESLEY ST, LAWRENCE, MA 01841 | |
| 10924 | SIERRA/AMAGION, C/O WESTWOOD, LOS ANGELES, CA 90086 | |
| 10925 | SIERRA/HINCKLEY & SCHMITT, 4751 DURAZNO, EL PASO, TX 79905-1593 | |
| 10925 | SIERRA/HINCKLEY & SCHMITT, 4849 CRANSWICK, HOUSTON, TX 77041-7721 | |
| 10925 | SIERRACIN CORP, 12780 SAN FERNANDO R, SYLMAR, CA 91342 | |
| 10925 | SIERRACIN MAGNEDYNE, 1360 PARK CENTER DR, VISTA, CA 92083 | |
| 10925 | SIERRACON, 99 SOUTH ST, HOPKINTON, MA 01748 | |
| 10924 | SIERRA-METRO MATERIALS, 5231 E. BUFFALO SOLDIER TRAIL, SIERRA VISTA, AZ 85650-7001 | |
| 10924 | SIERRA-METRO MATERIALS, ATTN:  ACCOUNTS PAYABLE, SIERRA VISTA, AZ 85636 | |
| 10925 | SIERRAS, JUANITA, 5624 ASH ST, FOREST PARK, GA 30050 | |
| 10925 | SIERRA-SANCHEZ, JUAN, CALLE ROBLES C-31 URB CAMPO ALEGRE, BAYAMON, PR 00956-4438PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SIEVERS, CHARLES, CASS AVE, ATLANTIC, IA 50022 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 10925 | SIEVERS, DAWNE, 9125 TODD AVE PO BOX 41, FORT HOWARD, MD 21052 |
| 10925 | SIEWERT, DEAN, 717 HENRY ST, WAUNAKEE, WI 53597 |
| 10925 | SIFF, MARY, 10 RAVENSWORTH ROAD, TAYLORS, SC 29687-2941 |
| 10925 | SIFFIN, LORRI, 619 LEMAR AVE., HARRISBURG, PA 17112 |
| 10924 | SIFFLING BROTHERS, 1516 N. VIRGINIA AVE., BALDWIN PARK, CA 91706 |
| 10924 | SIFLING BROS./BALDWIN, BALDWIN PARK, CA 91706 |
| 10924 | SIFLING BROS/EDD BUILDING, C/0 WESTWOOD, 1405 S. BROADWAY, LAWNDALE, CA 90260 |
| 10924 | SIFLING BROTHERS, 1516 NORTH VIRGINIA, BALDWIN PARK, CA 91706 |
| 10925 | SIFRE, MARGARITA, 6 LESTER PLACE, JAMAICA PLAIN, MA 02130 |
| 10925 | SIFRER, KIM, 2030 WHITLET, DEMONTTE, IN 46310 |
| 10925 | SIFRIT, SHIRLEY, 2015 S. RTE 1, ST ANNE, IL 60964-8903 |
| 10925 | SIFUENTES, MARK, 4343 RIDGECREST #603, AMARILLO, TX 79109 |
| 10925 | SIG COX INC, 1431 GREENE ST, AUGUSTA, GA 30901 |
| 10924 | SIG OLSEN & SONS PLASTERING, INC., CAMBRIDGE, MA 02140 |
| 10924 | SIG OLSON & SONS, 1923 S 27TH STREET, MOORHEAD, MN 56560 |
| 10924 | SIG OLSON AND SONS, 1923 S 27TH ST, MOORHEAD, MN 56560 |
| 10925 | SIG PACK INC, NW-9025 BOX 1450, MINNEAPOLIS, MN 55485-9025 |
| 10925 | SIGANOS, MICHAEL, 2316 OLD HICKS ROAD, PALATINE, IL 60074 |
| 10925 | SIGEL, MARY, 23A VALLEY STREAM LN, WAYNE, PA 19087 |
| 10925 | SIGILLO JT TEN, ANTHONY J & CAROL A, 232 CADMAN AVE, BABYLON, NY 11702-1008 |
| 10925 | SIGISMONTI, KIMBERLEE, 1243 DELMONT ROAD, SEVERN, MD 21144 |
| 10925 | SIGLAIN, LILLIAN, 109-24-124TH ST, SOUTH OZONE PARK, NY 11420 |
| 10925 | SIGLER MACHINE CO, 3 NORTHEAST BLVD, STERLING, MA 01564 |
| 10925 | SIGLER, ANDREW, 2447 WETHERINGTON LN. 109 THE GREENS, WOOSTER, OH 44691 |
| 10925 | SIGLER, PATRICIA, BOX 153 CO RD 35, KILLBUCK, OH 44637 |
| 10925 | SIGMA ALDRICH, INC, PO BOX 952968, SAINT LOUIS, MO 63195-2968 |
| 10925 | SIGMA BREAKTHROUGH TECHNOLOGIES INC, 123 NORTH EDWARD GARY, SECOND FL, SAN MARCOS, TX 78666 |
| 10925 | SIGMA BREAKTHROUGH TECHNOLOGIES, IN, 400 W. HOPKINS, STE.102, SAN MARCOS, TX 78666 |
| 10924 | SIGMA CHEMICAL CO., 3300 S. SECOND STREET, SAINT LOUIS, MO 63118 |
| 10924 | SIGMA CHEMICAL CO., 3300 SOUTH 2ND STREET, SAINT LOUIS, MO 63118 |
| 10924 | SIGMA CHEMICAL CO., 3500 DEKALB STREET, SAINT LOUIS, MO 63118 |
| 10924 | SIGMA CHEMICAL CO., PO BOX 14508, SAINT LOUIS, MO 63178 |
| 10925 | SIGMA CIRCUITS INC, 1950 W FREEMONT ST, STOCKTON, CA 95203 |
| 10925 | SIGMA CIRCUITS, 2970 AIRWAY AVE, COSTA MESA, CA 92626 |
| 10925 | SIGMA CIRCUITS, 347 MATHEW ST, SANTA CLARA, CA 95050 |
| 10925 | SIGMA CIRCUITS, 393 MATHEW ST, SANTA CLARA, CA 95050 |
| 10924 | SIGMA COATINGS DIVISION, 1401 DESTRAHAN AVENUE, HARVEY, LA 70058 |
| 10924 | SIGMA COATINGS DIVISION, PO BOX 816, HARVEY, LA 70059 |
| 10925 | SIGMA CONTROLS INC, 514 W WALNUT ST, PERKASIE, PA 18944 |
| 10924 | SIGMA DIAGNOSTICS, 545 SOUTH EWING STREET, SAINT LOUIS, MO 63103 |
| 10925 | SIGMA XI, THE SCIENTIFIC, PO BOX 105423, ATLANTA, GA 30348-5423 |
| 10925 | SIGMA, PO BOX 809136, CHICAGO, IL 60680-9136 |
| 10925 | SIGMA-ALDRICH (DELETED), |
| 10925 | SIGMA-ALDRICH CORPORATION, PO BOX 18817B, SAINT LOUIS, MO 63160 |
| 10925 | SIGMA-ALDRICH INC, PO BOX 952968, SAINT LOUIS, MO 63195-2968 |
| 10925 | SIGMA-ALDRICH INC, POBOX 952968, ST LOUIS, MO 63195-2968 |
| 10925 | SIGMA-ALDRICH INC., PO BOX 952968, SAINT LOUIS, MO 63195-2968 |
| 10925 | SIGMA-ALDRICH MARKETING, INC, PO BOX 18817B, SAINT LOUIS, MO 63160 |
| 10925 | SIGMA-ALDRICH, INC, PO BOX 14508, SAINT LOUIS, MO 63178 |
| 10925 | SIGMA-ALDRICH, INC, PO BOX 524, SAINT LOUIS, MO 63166-0524 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SIGMA-ALDRICH, INC, PO BOX 952968, SAINT LOUIS, MO 63195-2968 | |
| 10925 | SIGMA-ALDRICH, PO BOX 18817B, SAINT LOUIS, MO 63160 | |
| 10925 | SIGMA-ALDRICH/SUPELCO DIVISION, SUPELCO PARK, BELLEFONTE, PA 16823-0048 | |
| 10925 | SIGMAN, MICHAEL, 2511 N FAIRFIELD CT, APPLETON, WI 54911 | |
| 10925 | SIGMON, KRONA, 270 CLINTWOOD DR, CONCORD, NC 28025 | |
| 10925 | SIGMUND LINDNER GMBH, 6711 SANDS ROAD, CRYSTAL LAKE, IL 60014 | |
| 10925 | SIGN A RAMA, 368 MOODY ST, WALTHAM, MA 02453-5204 | |
| 10925 | SIGN A RAMA, 4179 FIRST ST, LIVERMORE, CA 94550 | |
| 10925 | SIGN CRAFT, 8355 GARDEN RD., RIVIERA BEACH, FL 33404 | |
| 10925 | SIGN MASTERS INC, PO BOX 1005, DOUGLASVILLE, GA 30133 | |
| 10925 | SIGN PRO, 5950 AIRPORT HWY, SUITE 3, TOLEDO, OH 43615 | |
| 10925 | SIGN SOLUTIONS GEORGIA, PO BOX 875, BUFORD, GA 30518-0875 | |
| 10925 | SIGN WAVE, 5600 IMHOFF DR SUITE C, CONCORD, CA 94520 | |
| 10925 | SIGN WORKS, 9855-H WASHINGTON BLVD., LAUREL, MD 20723-1942 | |
| 10925 | SIGNAL COMMUNICATIONS, POBOX 2588, WOBURN, MA 01888 | |
| 10925 | SIGNAL FINANCE, 9050 RELIABLE PKWY, CHICAGO, IL 60686-0090 | |
| 10924 | SIGNAL INDUSTRIAL PRODUCTS CORP., 918 CHURCH STREET, NORTHEAST, DECATUR, AL 35601 | |
| 10924 | SIGNAL INDUSTRIAL PRODUCTS CORP., PO BOX 1711, DECATUR, AL 35602 | |
| 10924 | SIGNAL MOUNTAIN CEMENT CO, P.O.BOX 4304, CHATTANOOGA, TN 37405 | |
| 10924 | SIGNAL MOUNTAIN CEMENT CO., P O BOX 4304, CHATTANOOGA, TN 37405 | |
| 10924 | SIGNAL MOUNTAIN CEMENT, 1201 SUCK CREEK RD., CHATTANOOGA, TN 37405 | |
| 10924 | SIGNAL MOUNTAIN CEMENT, 1201 SUCK CREEK ROAD, CHATTANOOGA, TN 37405 | |
| 10924 | SIGNATURE DOOR COMPANY, INC., 401 JUNIATA STREET, ALTOONA, PA 16602 | |
| 10925 | SIGNATURE ELECTRICAL SVCS INC, 621 HOPKINS ST, BALTIMORE, MD 21225-3848 | |
| 10924 | SIGNATURE FLIGHT BLDG., 4321 GENERAL AVIATION AVENUE, AUSTIN, TX 78719 | |
| 10925 | SIGNATURE FLIGHT SUPPORT, ALBANY COUNTY AIRPORT, ALBANY, NY 12211 | |
| 10925 | SIGNATURE FLIGHT SUPPORT, PO BOX 15975, WEST PALM BEACH, FL 33416 | |
| 10925 | SIGNATURE FLIGHT SUPPORT, POST OFFICE BOX 116438, ATLANTA, GA 30368-6438 | |
| 10925 | SIGNATURE TRANSPORT INC., 650 GREAT SOUTHWEST PKWY, ATLANTA, GA 30336-0000 | |
| 10925 | SIGNE H BECK, 4670 PARADISE DR, TIBURON, CA 94920-1056 | |
| 10925 | SIGNES, STEPHEN, 31A LOTHRUP ST, BRIGHTON, MA 02135 | |
| 10925 | SIGNODE CORP., 9611 PULASKI PARK DR., STE. 309, BALTIMORE, MD 21220 | |
| 10925 | SIGNODE CORPORATION, PO 71729, CHICAGO, IL 60694 | |
| 10925 | SIGNODE CORPORATION, PO BOX 95313, CHICAGO, IL 60694 | |
| 10925 | SIGNODE CORPORATION, PO BOX 95733, CHICAGO, IL 60694-5733 | |
| 10925 | SIGNODE PACKAGING SYSTEMS SALES, PO BOX 71729, CHICAGO, IL 60694-1729 | |
| 10925 | SIGNODE SERVICE BUSINESS, PO BOX 71057, CHICAGO, IL 60694 | |
| 10925 | SIGNODE, PO BOX 95313, CHICAGO, IL 60694-5313 | |
| 10925 | SIGNODE-EASTERN OPERATIONS, PO BOX 95733, CHICAGO, IL 60694-5733 | |
| 10925 | SIGNORETTI & ASSOCIATES, INC, PO BOX 70966, MARIETTA, GA 30007 | |
| 10925 | SIGNS BY DESIGN, 10330 HARLEM AVE, PALOS HILLS, IL 60465 | |
| 10925 | SIGNS BY SCOTTY, 997 CHIME BELL CHURCH ROAD, AIKEN, SC 29803 | |
| 10925 | SIGNS ETC INC, POST OFFICE BOX 2280, PLAINVILLE, MA 02762-0297 | |
| 10925 | SIGNS NOW #291, 118 W. PRIEN LAKE RD., LAKE CHARLES, LA 70601 | |
| 10925 | SIGNS NOW, 5115 SOUTH BLVD, CHARLOTTE, NC 28210 | |
| 10925 | SIGNTASTIC INC, 6420 107TH ST, CHICAGO RIDGE, IL 60415 | |
| 10925 | SIGRID U WEXLER, 295 S GARDEN AVE, ROSELLE, IL 60172-1750 | |
| 10925 | SIGRIST HEATING & AIR, CONDITIONING, 24985 HENDON ST, LAGUNA HILLS, CA 92653 | |
| 10925 | SIGRIST, TODD, RT. 1, BOX 543, GOLDEN MEADOW, LA 70357 | |
| 10925 | SIGUR, CARYL, 1224 PERRIN DR. APT A, ARABI, LA 70032 | |
| 10925 | SIGURDSON, CHRIS, 9861 MEMPHIS AVE , APT 12, BROOKLYN, OH 44144 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SIGVARDT V MORTENSEN, C/O CHEMICAL BY/PASS TRACER, PARSIPPANY, NJ 07054 | |
| 10924 | SIHL AG, ALLMENDSTRASSE 125, ANLIEFERSTELLE NR. 17, CH-8041 ZURICH, 09999CHE | *VIA Deutsche Post* |
| 10925 | SIJTHOFF, LISA M, 5215 OLYMPIA FIELDS IN, HOUSTON, TX 77069-3323 | |
| 10925 | SIKA CORPORATION, 811 E. PLANO PKWY, SUITE 121, PLANO, TX 75074 | |
| 10925 | SIKA CORPORATION, PO BOX 12246, NEWARK, NJ 07101-5246 | |
| 10925 | SIKAT, ROSALINDA, 1015 CRANBROOK ROAD, UNION, NJ 07083 | |
| 10924 | SIKES CONCRETE PIPE, 1901 E 15TH ST, PANAMA CITY, FL 32401 | |
| 10924 | SIKES CONCRETE PIPE, 7480 N PALAFAX HWY, PENSACOLA, FL 32503 | |
| 10924 | SIKES CONCRETE PIPE, 971 BAKER AVE, JACKSONVILLE, FL 32209 | |
| 10924 | SIKES CONCRETE PIPE, PO BOX35189, PANAMA CITY, FL 32412 | |
| 10924 | SIKES CONCRETE PIPE., PO BOX 35189, PANAMA CITY, FL 32412 | |
| 10924 | SIKES CONCRETE, 1901 E. 15TH STREET, PANAMA CITY, FL 32402 | |
| 10924 | SIKES INDUSTRIES, 687 CROSS WAY RD, TALLAHASSEE, FL 32301 | |
| 10924 | SIKES INDUSTRIES, 687 CROSSWAY RD., TALLAHASSEE, FL 32301 | |
| 10924 | SIKES INDUSTRIES, PO BOX 8366, SOUTHPORT, FL 32409 | |
| 10924 | SIKES PIPE COMPANY, 7480 N. PALOFOX, PENSACOLA, FL 32575 | |
| 10924 | SIKES TILE DIST INC, PO BOX23038, OAKLAND PARK, FL 33307 | |
| 10924 | SIKES TILE DISTRIBUTORS, 3484 N.E. 12TH AVE., OAKLAND PARK, FL 33334 | |
| 10924 | SIKES TILE DISTRIBUTORS, 4050 N.E. 9TH AVE., OAKLAND PARK, FL 33334 | |
| 10924 | SIKES TILE DISTRIBUTORS, 425 AVON ROAD, WEST PALM BEACH, FL 33401 | |
| 10924 | SIKES TILE DISTRIBUTORS, 791 MONTEREY ROAD, STUART, FL 34994 | |
| 10925 | SIKES, MATHEW, 5950 VAUGHN ROAD, BARTOW, FL 33830-9453 | |
| 10925 | SIKES, WILLIAM, 1023 HUNTERS POINT DR, STATESBORO, GA 30461 | |
| 10924 | SIKESTON CONC. PROD., 220 S. INGRAM, SIKESTON, MO 63801 | |
| 10924 | SIKESTON CONCRETE PRODUCT, 220 S INGRAM, SIKESTON, MO 63801 | |
| 10925 | SIKESTON CONCRETE PRODUCTS, POBOX 667, SIKESTON, MO 63801 | |
| 10925 | SIKORA, CHARLES D, 23951 SUTTON DR, EL TORO, CA 92630-2832 | |
| 10925 | SIKORA, DARLENE, 98 EVERDALE ROAD, RANDOLPH, NJ 07869 | |
| 10925 | SIKORA, RAYMOND, 5524 W. 63RD PL., 9, CHICAGO, IL 60638 | |
| 10925 | SIKORA, SHERRI, 2234 VALORIE ST, FREMONT, CA 94538 | |
| 10925 | SIKORSKI, THOMAS, 769 RIVERWOOD TR., FRANKLIN LAKES, NJ 07417 | |
| 10925 | SIKORSKY AIRCRAFT, 6900 MAIN ST, STRATFORD, CT 06497 | |
| 10925 | SIKOWSKI, DONALD, 1222 NOVA LA, GREEN BAY, WI 54304 | |
| 10925 | SILAS, CARL, 398 LEGION RD., WARRENVILLE, SC 29851 | |
| 10925 | SILAS, K, 2814 STALLINGS DR, HOUSTON, TX 77088 | |
| 10925 | SILAS, REBECCA, 202 TIMBERLINE LANE, PRINCETON, LA 71067 | |
| 10925 | SILAS, SHELIA, 1785 BECKER #1, MEMPHIS, TN 38116 | |
| 10925 | SILBER PEARLMAN, 2711 NORTH HASKELL, 5TH FL, DALLAS, TX 75204 | |
| 10925 | SILBER, ARTHUR, 3450 DRUMMOND APT 618, MONTREAL, QC H3G 1Y2CANADA | *VIA Deutsche Post* |
| 10925 | SILBER, EVELYN, 8 TRICORNE RD, LEXINGTON, MA 02173 | |
| 10925 | SILBERFELD, DAVID, 412 3RD ST.,, 2F, BROOKLYN, NY 11215 | |
| 10924 | SILBERLINE MANUFACTURING, ATTN: RECEIVING DEPT., 100 PARK ROAD, CECIL, PA 15321 | |
| 10924 | SILBERLINE MANUFACTURING, P.O. BOX B, LINCOLN DRIVE, TAMAQUA, PA 18252 | |
| 10924 | SILBERLINE MANUFACTURING, P.O. BOX B, LINCOLN DRIVE, TAMAQUA, PA 18252-0420 | |
| 10925 | SILBERMAN, WILLIAM C, BOX 1668, LEESBURG, VA 20177-1668 | |
| 10925 | SILBERSTEIN, BRENDA, 4324 CASSELL BLVD, PRINCE FREDERICK, MD 20678 | |
| 10925 | SILBOND CORPORATION, PO BOX 67000, DETROIT, MI 48267-0695 | |
| 10925 | SILCO FIRE PROTECTION CO, 10765 MEDALLION DR, CINCINNATI, OH 45241 | |
| 10925 | SILEN, TAMMY, 1517 SYCAMORE, BIG SPRING, TX 79720 | |
| 10925 | SILENT CHEF, THE, PO BOX 535, SCITUATE, MA 02066 | |
| 10924 | SILENT SUN RISE MIDDLE SCHOOL, 8661 SILENT SUN RISE ST., SAN ANTONIO, TX 78250 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SILEO, BRAD, 3803 PATTON ST, READING, PA 19606 | |
| 10925 | SILER, RUTH JULIE, 8704 25TH NW, SEATTLE, WA 98117-3728 | |
| 10925 | SILFLIES, DEREK, 36 N NEW ST, NAZARETH, PA 18064 | |
| 10925 | SILGAN CAN COMPANY, 21800 OXNARD ST SUITE 600, WOODLAND HILLS, CA 91367 | |
| 10925 | SILGAN CAN COMPANY, POBOX 642182, PITTSBURGH, PA 15264-2182 | |
| 10925 | SILGAN CONTAINER MANUFACTURING CORP, 21800 OXNARD ST SUITE 600, WOODLAND HILLS, CA 91367 | |
| 10925 | SILGAN CONTAINER MFG. CORP., PO BOX 500397, SAINT LOUIS, MO 63150 | |
| 10924 | SILGAN CONTAINER, SUITE 101, 12-773 STATE ROUTE 101, NAPOLEON, OH 43545 | |
| 10925 | SILGAN CONTAINERS CORP, 1190 CORPORATE CENTER DR, OCONOMOWOC, WI 53066 | |
| 10925 | SILGAN CONTAINERS CORP, 12130 LYNN AVE. S., SAVAGE, MN 55378 | |
| 10925 | SILGAN CONTAINERS CORP, 21800 OXWARD ST SUITE 600, WOODLAND HILLS, CA 91367 | |
| 10925 | SILGAN CONTAINERS CORP, CHARLES POMEROY, | |
| 10924 | SILGAN CONTAINERS CORP., 437 NORTH BALDWIN PARK BLVD., CITY OF INDUSTRY, CA 91746 | |
| 10924 | SILGAN CONTAINERS CORP., RECEIVING DEPT., FRANKLIN BLVD. AT 45TH AVENUE, SACRAMENTO, CA 95824 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 1000 KIEWIT PLAZA, OMAHA, NB Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | SILGAN CONTAINERS CORPORATION, 12-773 STATE ROUTE 110, NAPOLEON, OH 43545 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 1301 DUGDALE ROAD, WAUKEGAN, IL 60085 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 139 SOUTH PARK STREET, OCONOMOWOC, WI 53066 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 1400 PLOVER ROAD, PLOVER, WI 54467 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 1416 INDIANHEAD DRIVE, MENOMONIE, WI 54751 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 1551 BUENA VISTA AVENUE, ALAMEDA, CA 94501 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 1701 WILLIAMSBURG PIKE, RICHMOND, IN 47374 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 2115 LOWER LAKE ROAD, SAINT JOSEPH, MO 64504 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 2120 HIGHWAY 71 NORTH, MAXTON, NC 28364 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 21800 OXNARD STREET, SUITE 600, WOODLAND HILLS, CA 91367 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 2201 WEST MARYLAND STREET, EVANSVILLE, IN 47712 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 2326 263RD AVENUE, FORT MADISON, IA 52627 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 2501 165TH STREET, HAMMOND, IN 46320 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 2601 NORTH WEST LOWER RIVER ROAD, VANCOUVER, WA 98660 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 2716 E. MINER AVENUE, STOCKTON, CA 95213 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 305 W. NORTH STREET, MOUNT VERNON, MO 65712 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 3100 E. 9TH STREET, OAKLAND, CA 94601 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 320 MAIN STREET, HOOPESTON, IL 60942 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 3200 S. KINGS HIGHWAY, SAINT LOUIS, MO 63139 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 3250 PATTERSON ROAD, RIVERBANK, CA 95367 | |
| 10925 | SILGAN CONTAINERS CORPORATION, 3591 MAPLE DR, FORT DODGE JUNCTION, IA 50501 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 3591 MAPLE DRIVE, FORT DODGE, IA 50501 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 400 NORTH 15TH STREET, ROCHELLE, IL 61068 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 430 DOHERTY AVENUE, MODESTO, CA 95354 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 437 N. BALDWIN PARK BOULEVARD, CITY OF INDUSTRY, CA 91746 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 45 E. 3RD AVENUE, TOPPENISH, WA 98948 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 45 E. THIRD AVENUE, TOPPENISH, WA 98948 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 505 LIBBY STREET, WAUPUN, WI 53963 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 520 W. SECOND STREET, OCONOMOWOC, WI 53066 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 567 SOUTH RIVERSIDE DRIVE, MODESTO, CA 95354 | |
| 10924 | SILGAN CONTAINERS CORPORATION, 580 CHURCH HILL ROAD, WEST POINT, MS 39773 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SILGAN CONTAINERS CORPORATION, 6200 FRANKLIN BLVD., SACRAMENTO, CA 95824

10924   SILGAN CONTAINERS CORPORATION, 669 W. FIRST AVENUE, HILLSBORO, OR 97123

10924   SILGAN CONTAINERS CORPORATION, 755 NORTH PRIOR AVENUE, SAINT PAUL, MN 55104

10924   SILGAN CONTAINERS CORPORATION, 9 COLE ROAD, LYONS, NY 14489

10924   SILGAN CONTAINERS CORPORATION, HIGHWAY 13 & LYNN AVENUE, SAVAGE, MN 55378

10924   SILGAN CONTAINERS CORPORATION, N.W. LOOP 286, PARIS, TX 75461

10924   SILGAN CONTAINERS CORPORATION, N90 W14600 COMMERCE DRIVE, MENOMONEE FALLS, WI 53051

10925   SILGAN CONTAINERS CORPORATION, PO BOX 500397, SAINT LOUIS, MO 63150

10924   SILGAN CONTAINERS CORPORATION, PO BOX4488, SAINT JOSEPH, MO 64504

10925   SILGUERO, WILLIAM, 1823 PILGRIMS POINT, FRIENDSWOOD, TX 77543

10924   SILICA SUPPLIES, 18633 WHITE MONUTAIN CANYON ROAD, CANYON COUNTRY, CA 91351

10924   SILICA SUPPLIES, PO BOX 826, PALMDALE, CA 93551

10925   SILICA TRANSPORT, INC, PO BOX 9, GUION, AR 72540

10924   SILICON GRAPHICS, C/O SAN FRANCISCO GRAVEL, 1600 AMPHITHEATER PARKWAY, MOUNT VIEW, CA 94553

10925   SILICON SYSTEMS INC, 14351 MYFORD RD, TUSTIN, CA 92680

10925   SILICON VALLEY PRINTED CIRCUITS, 3501 THOMAS ROAD, SANTA CLARA, CA 95054

10925   SILICON VALLEY PRINTED CIRCUITS, 3555 THOMAS ROAD, SANTA CLARA, CA 95054

10925   SILICONATURE S.R.L., VIA CONEGLIANO, SUSEGANA (IV), 31058ITALY          *VIA Deutsche Post*

10924   SILICONE COLOR TECHNOLOGY, INC., 707 BOYD BLVD., LA PORTE, IN 46350

10924   SILICONE SPECIALTIES INC., 430 S. ROCKFORD, TULSA, OK 74150

10924   SILICONE SPECIALTIES INC., 5214 BURLESON RD., AUSTIN, TX 78744

10924   SILICONE SPECIALTIES, PO BOX 50009, TULSA, OK 74150

10924   SILICONES INCORPORATED, 1825 BLANDWOOD CIRCLE, HIGH POINT, NC 27261

10924   SILICONES INCORPORATED, PO BOX 363, HIGH POINT, NC 27261

10925   SILK SCREEN STUDIO INC, 3433 E WOOD ST, PHOENIX, AZ 85048

10924   SILK SCREEN SUPPLY, 1904 COMMERCE AVENUE, N.W., CULLMAN, AL 35055

10924   SILK SCREEN SUPPLY, PO BOX 686, CULLMAN, AL 35055

10925   SILK, LISA, 133 LOWELL ST, 1ST F, PEABODY, MA 01960

10925   SILKWORTH, SHARON, 18571 PENN SHOP ROAD, MT AIRY, MD 21771

10925   SILLAH, BA, 8 MECLAIN ST, BRONX, NY 10452

10925   SILLAMAN, ALESIA, 8389 ASHWOOD CT., JESSUP, MD 20794

10925   SILLIKER, PATRICK, 15 COTTING ST, MEDFORD, MA 02155

10925   SILLITER KLEBES, 411 JOHN DOWNEY DR, NEW BRITAIN, CT 06051

10925   SILMET, 2 KESK ST, ESTONIA, ESTONIA          *VIA Deutsche Post*

10924   SILOAM SPRINGS READY MIX, GRAVETTE READY MIX, GRAVETTE, AR 72736

10924   SILOAM SPRINGS READY MIX, HWY 62 WEST, WESTVILLE, OK 74965

10924   SILOAM SPRINGS READY MIX, P O BOX 582, SILOAM, AR 72761

10924   SILOAM SPRINGS READY MIX, P.O. BOX 582, SILOAM SPRINGS, AR 72761

10924   SILOAM SPRINGS READY MIX, WAUKESHA RD OF HWY 59, SILOAM SPRINGS, AR 72761

10925   SILONEX INC, 2 COGAN AVE, PLATTSBURGH, NY 12901

10925   SILONEX INC, 941 N GRAND AVE #1, NOGALES, AZ 85621

10925   SILOO INC., 885LOUIS DRIVE, WARMISNSTER, PA 18974

10925   SILSBEE PH.D, MICHAEL R, 211 SPRING ST #1, STATE COLLEGE, PA 16801

10925   SILSBEE, WILMA, 417 1/2 N. WASHINGTON #3, BRADLEY, IL 60915

10925   SIL-TRADE, PO BOX 1730, 270 RUTHERFORD LAND, COLUMBIA, TN 38402-1730

10925   SILVA MEDEIROS, MARLENE, 4891 RUBY CREST COURT, SANTA MARIA, CA 93455-4882

10925   SILVA MILLER ASSOC, 1429 WALNUT ST , SUITE 900, PHILADELPHIA, PA 19102

10925   SILVA, ALICE, 1695 BEECH ST, RENO, NV 89512

10925   SILVA, CLAIRE, 146 A LINDEN ST, NEEDHAM, MA 02192

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SILVA, DAVID, 3000 W. KANSAS #401, MIDLAND, TX 79701

10925   SILVA, DEBORAH, 4021 LAMONT ST, PACIFIC BEACH, CA 92109

10925   SILVA, GREG, 5 WILLIAMS CT, NASHUA, NH 03060

10925   SILVA, HERMINIA, 550 S.W. 2ND AVE APT# 126, BOCA RATON, FL 33432

10925   SILVA, HERMINIA, 7800 E. COUNTRY CLUB BLVD., BOCA RATON, FL 33487

10925   SILVA, JESUS, 970 BLACKWOOD ST, ALTAMONTE SPRING, FL 32701

10925   SILVA, JOANNA, 4 RITA WAY, ORINDA, CA 94563

10925   SILVA, JOHN, ENDE, OAKLAND, CA 94603

10925   SILVA, JOSE, 1430 SW 91 AVE, MIAMI, FL 33174

10925   SILVA, LANNY, 721 TRIPPLE CR. DR., NORCROSS, GA 30039

10925   SILVA, LESLEY, 4860 HAZELTINE AVE APT #7, SHERMAN OAKS, CA 91423

10925   SILVA, MANUEL, 27 HALE AVE, MEDFORD, MA 02155

10925   SILVA, MARCELINO, 19 MARSHFIELD ST, ROXBURY, MA 02119

10925   SILVA, MARTHA, 75 ROSEWOOD DR, STOUGHTON, MA 02072

10925   SILVA, MICHAEL, 3 BUNTING CIRCLE, BOLINGBROOK, IL 60440

10925   SILVA, MIRIAM, PO BOX 24163, GREENVILLE, SC 29616

10925   SILVA, NANCY, 60 RANTOUL ST UNIT 111-N, BEVERLY, MA 01915

10925   SILVA, OWEN, 3714 GRANDVIEW DR, 215-B, SIMPSONVILLE,, SC 29680

10925   SILVA, ROBERT, 113 N CENTRAL ST., E BRIDGEWATER, MA 02333

10925   SILVA, SILMARA, 20 CLEVELAND ROAD, 1, SALEM, MA 01970

10925   SILVA, STEPHEN, 19 THORNDYKE AV, WEYMOUTH, MA 02188

10925   SILVA, STEPHENIE, 1020 S. EASTERN, AMARILLO, TX 79104

10925   SILVA, SURESH, 1201 GUILDCREST LANE, CHARLOTTE, NC 28213

10925   SILVA, SUSANA, RT.2, BOX 49256, ALAMO, TX 78516

10925   SILVA, SUZANNE, 60 RANTOUL ST #111N, BEVERLY, MA 01915

10925   SILVA, THOMAS, 60 RANTOUL ST, 111N, BEVERLY, MA 01915

10925   SILVA, TOM, HCR 62 BOX 406, RATON, NM 87740

10924   SILVAPERL, ROPERY ROAD, GAINSBORO, DN212Q8GBR                    *VIA Deutsche Post*

10925   SILVAS, KATHERINE, 3163 CALLE QUEBRACHO, THOUSAND OAKS, CA 91360

10925   SILVEIRA, JOHN, 61 HILLMAN ST, NEW BEDFORD, MA 02740

10925   SILVEIRA, MARGHERITA, 32 HOLTON ST, MEDFORD, MA 02155

10925   SILVEIRA, NOELIA, 169 STATE ST, BRISTOL, RI 02809

10925   SILVER & BARYTE NORTH AMERICA, 2100 LINE ST, BRUNSWICK, GA 31520

10925   SILVER AS, DEBORAH, CUST FOR ADAM JAYSON SILVER, UNDER IL UNIF TRANS TO MIN ACT, 4650
        W FITCH AVE, LINCOLNWOOD, IL 60712-2119

10924   SILVER BAY READY MIX, SILVER BAY, MN 55614

10925   SILVER BLUFF HIGH SCHOOL, MARCHING BAND, AIKEN, SC 29801

10924   SILVER BROS INC, 105 E WASHINGTON, HOOPESTON, IL 60942

10924   SILVER BROS, 105 E WASHINGTON ST, HOOPESTON, IL 60942

10924   SILVER BROS, 105 E WASHINGTON, HOOPESTON, IL 60942

10924   SILVER CITY GALLERIA, 2 GALLERIA MALL DRIVE, TAUNTON, MA 02780

10924   SILVER CREST, 5940 CARLOS AVE., LOS ANGELES, CA 90001

10924   SILVER CROSS HOSPITAL C/O JLMANTA, 1260 COPPERFIELD ROAD, JOLIET, IL 60432

10925   SILVER EAGLE CO, 700 N HAYDEN ISLAND DR SUITE 170, PORTLAND, OR 97217-8194

10924   SILVER HILL CONC. CO., 5401 KIRBY RD., CLINTON, MD 20735

10924   SILVER HILL CONC. CO., 6401 GOLDEN TRIANGLE DR, GREENBELT, MD 20770

10924   SILVER HILL CONC. CO., 6401 GOLDEN TRIANGLE DRIVE, GREENBELT, MD 20770

10925   SILVER SAC, THE, 127 NW 13TH ST SUITE 9, BOCA RATON, FL 33432

10924   SILVER SPRING HITH & REHAB CTR., 1300 W. SILVER SPRING DR., MILWAUKEE, WI 53209-4415

10924   SILVER SPRING INDUSTRIAL PARK, 100 ROYAL LITTLE DRIVE, PROVIDENCE, RI 02940

10925   SILVER SPUR BAR-B-QUE, 19990 W GREENFIELD AVE, BROOKFIELD, WI 53045

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  SILVER STATE ELECTRIC, 1360 E. MATHEW, PAHRUMP, NV 89841

10924  SILVER STATE ELECTRIC, 4560 WYNN RD., LAS VEGAS, NV 89103

10924  SILVER STATE ELECTRIC, 720 E. PRESTON DRIVE, MESQUITE, NV 89027

10924  SILVER STATE ELECTRIC, 811 GRIER DRIVE, LAS VEGAS, NV 89119

10924  SILVER STATE MATERIALS CORP., 3336 CINDER LANE, LAS VEGAS, NV 89103

10924  SILVER STATE MATERIALS CORP., HOOVER DAM, LAS VEGAS, NV 89103

10924  SILVER STATE MATLS CORP, 3336 CINDER LANE, LAS VEGAS, NV 89103

10925  SILVER STREAK TRANSPORT, PO BOX 354, EAST RUTHERFORD, NJ 07073

10925  SILVER SUITES & SERVICES, INC, 15333 JFK BLVD., HOUSTON, TX 77032

10925  SILVER, BARBARA, CUST FOR JEFFREY N SILVER, UNIF GIFT MIN ACT-PA, 5803 MARSHALL AVE, VENTOR, NJ 08406-1412

10925  SILVER, JENNIFER, RT 1 BOX 127D, HOLLISTER, NC 27844

10925  SILVER, JOHN C, 100 LOCKWOOD DR, SAN RAFAEL, CA 94901-1400

10925  SILVER, JUDY, 1326 FARRAGUT ST. NW, WASHINGTON, DC 20011

10925  SILVER, JULINE, 1704 ASPEN TRAIL, WINSTON SALEM, NC 27804

10925  SILVER, STEVEN, 400 GOOCH LANE, MADISON, AL 35738

10925  SILVER, WILLIE, 3528 LUCILLE AVE, BALTIMORE, MD 21215

10924  SILVERADO BUILDING MATERIALS, 2997 JACKSON ROAD, SACRAMENTO, CA 95798

10924  SILVERADO BUILDING MATERIALS, 4340 ROSEVILLE RD., NORTH HIGHLANDS, CA 95660

10924  SILVERADO BUILDING MATERIALS, 9297 JACKSON ROAD, SACRAMENTO, CA 95826

10925  SILVERADO COUNTRY CLUB AND RESORT, 1600 ATLAS PEAK RD, NAPA, CA 94558

10924  SILVERADO, RIPON, CA 95366

10925  SILVERBERG, DEVORAH, 8101 STANFORD AVE, ST. LOUIS, MO 63130

10925  SILVERIA, SHAWN, 9812 EAST AVE, LOUISVILLE, KY 40272

10924  SILVERLINE BLDG PRODUCTS, 1 SILVERLINE DRIVE, NORTH BRUNSWICK, NJ 08902

10924  SILVERLINE BLDG PRODUCTS, PO BOX 6029, NORTH BRUNSWICK, NJ 08902

10924  SILVERLINE BLDG. PRODUCTS, 1 SILVERLINE DRIVE, NORTH BRUNSWICK, NJ 08902

10924  SILVERLINE BLDG. PRODUCTS, PO BOX 6029, NORTH BRUNSWICK, NJ 08902

10924  SILVERLINE, 16801 S. EXCHANGE AVENUE, LANSING, IL 60438

10924  SILVERLINE, PO BOX 6029, NORTH BRUNSWICK, NJ 08902

10925  SILVERMAN, GARY, 3753 SMALLWOOD CT, PLEASANTON, CA 94566

10925  SILVERMAN, RYAN, 3916 AMY LANE, RANDALLSTOWN, MD 21133

10925  SILVERMAN, YVONNE, 202 MURGATE ROAD, OWINGS MILLS, MD 21117

10925  SILVERNALE, GRANT J, 1431-10TH W, KIRKLAND, WA 98033

10925  SILVERS JR, MELVIN, 521 N. 2ND AVE, CHATSWORTH, GA 30705

10925  SILVERS, DAVID, 809 E 4TH, CUSHING, OK 74023

10925  SILVERS, RAYMOND, 924 S NOBLE ST, CUSHING, OK 74023-4832

10925  SILVERSMITH FORCINA LLC, 131 CONTINENTAL DR, SUITE 108, NEWARK, DE 19713

10925  SILVERSON MACHINES INC., PO BOX 589, EAST LONGMEADOW, MA 01028

10925  SILVERSON MACHINES, INC, PO BOX 589 EAST LONGMEADOW,, EAST LONGMEADOW, MA 01028

10925  SILVERSON MACHINES, PO BOX 589, EAST LONGMEADOW, MA 01028

10925  SILVERSTEIN, ESQ, LAURIE SELBER, AND MONICA LEIGH LOFTIN, ESQ, POTTER, ANDERSON & CARROON, 1313 N MARKET ST 6TH FL, PO BOX 951, WILMINGTON, DE 19899

10925  SILVERSTEIN, LARRY, 1116 PLAZA DRIVE, HIXSON, TX 37343

10925  SILVERSTEIN, RL, 6525 VALLEYBROOK, DALLAS, TX 75240

10925  SILVERSTONE, LYNN, 8826 W. CENTER ST, MILWAUKEE, WI 53222

10925  SILVERTHORN, GAIL, PO BOX 2, HIGGINS LAKE, MI 48627

10925  SILVESTER, WILLIAM, 1971 E. 3050 S, VERNAL, UT 84078

10925  SILVESTRI, ANTHONY, 35A SOUTH IRVING ST, REVERE, MA 02151

10925  SILVEY, LINDA, 8213 HWY 85 # 1301, RIVERDALE, GA 30274

10925  SILVEY, SHERRY NEAL, 2919 LANGDALE ST, HOKES BLUFF, AL 35903

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SILVI CONCRETE PROD, 355 NEWBOLD RD, FAIRLESS HILLS, PA 19030 | |
| 10924 | SILVI CONCRETE, 1381 SALLYIKE ROAD, BRICK, NJ 08724 | |
| 10924 | SILVI CONCRETE, 355 NEWBOLD RD., FAIRLESS HILLS, PA 19030 | |
| 10924 | SILVI CONCRETE, 93 STATE HGHY.33, ENGLISHTOWN, NJ 07726 | |
| 10925 | SILVI, ANNA M & DOMINIC, 66 RIVERSIDE PLACE, WALPOLE, MA 02081 | |
| 10925 | SILVI, ANNA M, 66 RIVERSIDE PLACE, WALPOLE, MA 02081 | |
| 10925 | SILVIA ABELLEIRA, 23 HUNT ST. APT. C, NASHUA, NH 03060 | |
| 10925 | SILVIA, MICHAEL, 720 WINDWOOD DRIVE, TIVERTON, RI 02878 | |
| 10925 | SILVIA, RAYMOND, 77 WILLIS ST, NEW BEDFORD, MA 02740 | |
| 10925 | SILVIA, THOMAS, 213 SOUTHFIELD DR, BROCKTON, MA 02402-4154 | |
| 10925 | SILVIO L MORANO, 14 FOOTPATH RD, CHELMSFORD, MA 01824-1008 | |
| 10925 | SILVIS, CATHERINE, 8026 KENNETH, SKOKIE, IL 60076 | |
| 10925 | SILVIS, SUSAN, 216 STARBOARD VILLA, GREENSBURG, PA 15601 | |
| 10925 | SILVIUS, ANN, 251 HICKORY DRIVE, FLEETWOOD, PA 19522 | |
| 10925 | SIM & MCBURNEY, 330 UNIVERSITY AVE 6TH FL, TORONTO, ON M5G 1R7CANADA | *VIA Deutsche Post* |
| 10925 | SIM INTERNATIONAL, 401 NORTH MICHIGAN AVE, CHICAGO, IL 60611 | |
| 10925 | SIM INTERNATIONAL, PO BOX 809184, CHICAGO, IL 60680-9184 | |
| 10925 | SIM, ALEC, 2562 CIRCLEWOOD RD, ATLANTA, GA 30345 | |
| 10925 | SIMAL, LUIS, 102 SCHOOL ST, TAUNTON, MA 02780 | |
| 10924 | SIMAPRO S. A., DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | SIMARD, YOLANDA, 10313 LUFKIN, EL PASO, TX 79924 | |
| 10925 | SIMCALA INC., PO BOX 640517, CINCINNATI, OH 45264-0517 | |
| 10925 | SIMCICH, JOSEPHINE, 4219 N ORCHARD ST, TACOMA, WA 98407-4321 | |
| 10925 | SIMCO CO INC, THE, PO BOX 95679, CHICAGO, IL 60694 | |
| 10925 | SIMCO COMPANY INC, PO BOX 95679, CHICAGO, IL 60694 | |
| 10925 | SIMCO COMPANY INC, THE, POBOX 95679, CHICAGO, IL 60694 | |
| 10925 | SIMCO CONTROLS, 4538 CORNELL ROAD, CINCINNATI, OH 45241 | |
| 10925 | SIMCO CONTROLS, INC, PO BOX 632338, CINCINNATI, OH 45263-2338 | |
| 10925 | SIMCO CONTROLS, PO BOX 632338, CINCINNATI, OH 45241 | |
| 10925 | SIMCO, PO BOX 1797, NORCROSS, GA 30091-1797 | |
| 10925 | SIMCOE COACH LINES LTD, 26124 WARDEN AVE, SUTTON WEST, ON L0E 1R0CANADA | *VIA Deutsche Post* |
| 10925 | SIMCORP USA INC, 885 3RD AVE STE 2900, NEW YORK, NY 10022 | |
| 10925 | SIME, K, 36012 STONEHAVEN DRIVE, SE, SALEM, OR 97302 | |
| 10925 | SIME, LARRY, 96 FLAG HILL RD, BOXBORO, MA 01719 | |
| 10925 | SIMEM N AMERICA, 6560 VINE COURT, DENVER, CO 80229 | |
| 10925 | SIMEONIDIS, ANASTASIOS, 3 WOBURN ST, MEDFORD, MA 02155-3404 | |
| 10925 | SIMEONIDIS, ANASTASIOS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | SIMES, SHAUN, 4363 SPRINGWOOD TERRACE, FOREST PARK, GA 30297 | |
| 10925 | SIMIEN, ANTHONY, 3201 2ND AVE APT 31, LAKE CHARLES, LA 70601 | |
| 10925 | SIMIJEE, MOHAMMAD, 450NW 20TH ST, BOCA RATON, FL 33431 | |
| 10925 | SIMINGTON, JOHN, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | SIMKE CHODOS SIBERFIELD AND ANTEAU, 6300 WILSHIRE BLVD, SUITE 9000, LOS ANGELES, CA 90048 | |
| 10925 | SIMKINS, DAVID K, 2133 85TH ST., NORTH BERGEN, NJ 07047 | |
| 10925 | SIMKINS, DAVID, 61 S RED BEND RD, SARGENT, TX 77414 | |
| 10925 | SIMKINS, DEBBYE L, 1318 SPRUCE AVE, OCEAN TOWNSHIP, NJ 07712 | |
| 10925 | SIMKO, CAROL, 19 CHARLES COURT, STONY POINT, NY 10980 | |
| 10925 | SIMKO, DAWN, 1645 WICKHAM PL, PAINESVILLE TWP, OH 44077 | |
| 10925 | SIMKO, MATTHEW, 1645 WICKHAM PLACE, PAINESVILLE, OH 44077 | |
| 10925 | SIMMENS, MARY, 348 BRITT COURT, ELKRIDGE, MD 21227 | |
| 10925 | SIMMERER, RANDY, RT. 2, BOX 106, DECATURVILLE, TN 38329 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SIMMON, VINCENT, 29 MONTEREY PINE DRIVE, NEWPORT COAST, CA 92657 | |
| 10925 | SIMMONDS PRECISION, ALLIANCE COMMERCE CENTER 4, 2155 EAGLE PKWY, FORT WORTH, TX 76177 | |
| 10925 | SIMMONDS PRECISION, HALE ST, NORWICH, NY 13815 | |
| 10925 | SIMMONDS PRECISION, NORWICH OXFORD ROAD, NORWICH, NY 13815 | |
| 10925 | SIMMONDS PRECISION, PANTON ROAD, VERGENNES, VT 05491 | |
| 10924 | SIMMONDS PRECISION, PO BOX 310, NORWICH, NY 13815 | |
| 10925 | SIMMONDS, CARL, 230 KENNEBEC ST., MATTAPAN, MA 02126 | |
| 10925 | SIMMONDS, PAMELA, 14790 DARBYDALE AVE, DALE CITY, VA 22193 | |
| 10925 | SIMMONS & SIMMONS, 21 WILSON ST, LONDON, EC2M 2TXUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SIMMONS COLLEGE, 300 THE FENWAY, BOSTON, MA 02115 | |
| 10925 | SIMMONS FIRM LLC, 301 EVANS SUITE 300, PO BOX 559, PO BOX 559, WOOD RIVER, IL 62095 | |
| 10924 | SIMMONS FOOD, 601 N. HICO, SILOAM SPRINGS, AR 72761 | |
| 10924 | SIMMONS FOOD, C/O DALE CRAMPTON CO., SILOAM SPRINGS, AR 72761 | |
| 10924 | SIMMONS HEALTH CARE BUILDING, 1615 HOSPITAL PKWY. (HWY. 183), BEDFORD, TX 76022 | |
| 10925 | SIMMONS PHOTOGRAPHY, 2456 PLAINFIELD NE, GRAND RAPIDS, MI 49505 | |
| 10924 | SIMMONS READY MIX CONCRETE, 14023 HWY 231-431 NORTH, HAZEL GREEN, AL 35750 | |
| 10924 | SIMMONS READY MIX CONCRETE, 14025 HWY 231 NORTH, HAZEL GREEN, AL 35750 | |
| 10925 | SIMMONS, ANGELA, 85 MOUNT ZION RD SW APT 90, ATLANTA, GA 30354 | |
| 10925 | SIMMONS, BERNARD, 1002 VAN HORN, IOWA PARK, TX 76367 | |
| 10925 | SIMMONS, BETTY, 243 RAINBOW CIRCLE, INMAN, SC 29349-9088 | |
| 10925 | SIMMONS, BILLY, 43 ELI COX ROAD, WOODRUFF, SC 29388 | |
| 10925 | SIMMONS, BRENDA, BOX 1849 KEITH RD, TUNNEL HILL, GA 30755 | |
| 10925 | SIMMONS, C, 510 LEXINGTON AVE., SUFFOLK, VA 23434 | |
| 10925 | SIMMONS, CHARLES, 2528 EAST CIVITAN AVE, LAKELAND, FL 33801-6814 | |
| 10925 | SIMMONS, CHARLES, 5 PERRY ST, ENOREE, SC 29335 | |
| 10925 | SIMMONS, CHARLOTTE, RT 2 BOX 228, HALIFAX, NC 27839 | |
| 10925 | SIMMONS, CHERIE, 717 LOCUST DRIVE, DAVISON, MI 48423 | |
| 10925 | SIMMONS, CHERYL, RT 1 BOX 578, ROSEBORO, NC 28382 | |
| 10925 | SIMMONS, CHRISTOPHER, PO BOX 85, ORANGE GROVE, TX 78372 | |
| 10925 | SIMMONS, CRAIG, 10063 ASHFORK DRIVE, HUSTON, TX 77064 | |
| 10925 | SIMMONS, CYNTHIA, 5448 FEAGIN, EIGHT MILE, AL 36613 | |
| 10925 | SIMMONS, DONALD, 361 DEAN RD, GREER, SC 29651-8023 | |
| 10925 | SIMMONS, EDWARD, % MARION MUENCH 851 MAPLE CT, DUNEDIN, FL 34698-9998 | |
| 10925 | SIMMONS, ELLINA, 16582 BILTMORE, DETROIT, MI 48235 | |
| 10925 | SIMMONS, ERLENE, RT 2 BOX 297, GRAY COURT, SC 29645 | |
| 10925 | SIMMONS, GEORGE, 22 CREAGAN AVE, GRETNA, LA 70053 | |
| 10925 | SIMMONS, HOSEA, 118 W CHAMBERS, MILWAUKEE, WI 53212 | |
| 10925 | SIMMONS, JAMES, 109 BEVERLY ROAD, HEMPSTEAD, NY 11550-6040 | |
| 10925 | SIMMONS, JAMES, 226-A SKYLAND DRIVE, WESTMINSTER, SC 29693 | |
| 10925 | SIMMONS, JANICE, 1210 LINCOLN DR, MARION, IL 62959 | |
| 10925 | SIMMONS, JAY, 9030 WESLEYAN RD., INDIANAPOLIS, IN 46268 | |
| 10925 | SIMMONS, JEAN, 21-B MYRTLE ST, BEAUFORT, SC 29902 | |
| 10925 | SIMMONS, JEFFREY, 7332 GREEN ACRES DRIVE, GLEN BURNIE, MD 21061 | |
| 10925 | SIMMONS, JOHN, ROUTE 1, BOX 6260, CARTWRIGHT, OK 74731 | |
| 10925 | SIMMONS, JOHNNY, 501 BATESVILLE ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | SIMMONS, JOSEPH, 223 MARY ANN ST., HOUMA, LA 70363 | |
| 10925 | SIMMONS, JUDITH, 269 FELLSWAY EAST, MALDEN, MA 02148 | |
| 10925 | SIMMONS, K, 3710S TURKEY CREEK RD, PLANT CITY, FL 33566 | |
| 10925 | SIMMONS, KAREN, 2445 AMSTERDAM #10-C, AUGUSTA, GA 30906 | |
| 10925 | SIMMONS, KAREN, 5535 SHARON LN. NW, CEDAR RAPIDS, IA 52405 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SIMMONS, KENNETH, 1044 SANS SOUCI RD, WINDSOR, NC 27983

10925   SIMMONS, KENNETH, 11 RACHAEL COURT, MIDDLEBORO, MA 02346

10925   SIMMONS, LARRY, PO BOX 213, ENOREE, SC 29335

10925   SIMMONS, LUCY, 7623 DYEWOOD, SAN ANTONIO, TX 78249

10925   SIMMONS, MARSHALL, 6906 W. 83 ST, BURBANK, IL 60459

10925   SIMMONS, MICHAEL, 1905 ELIZABETH AVE., LAURELDALE, PA 19605

10925   SIMMONS, NONA, PO BOX 1215, CHOCOWINITY, NC 27817

10925   SIMMONS, OURANIA, 612 HARBORSIDE DR, JOPPA, MD 21085

10925   SIMMONS, PATRICIA, 2140 DUNTREATH, GERMANTOWN, TN 38139

10925   SIMMONS, PATRICK, 333 OXFORD ST, APT H, ROCHESTER, NY 14607

10925   SIMMONS, PENNEY, 8805 STONE RIDGE CR., PIKESVILLE, MD 21208

10925   SIMMONS, PHYLLIS, 330 16TH ST NE, WASHINGTON, DC 20002

10925   SIMMONS, R DOUGLAS, 912 BROOKMEADOW DR, PORT ORANGE, FL 32119-9603

10925   SIMMONS, RALPH, 4205 FORDSON ST., LOUISVILLE, KY 40211

10925   SIMMONS, RHODA, PO BOX 29402, SHREVEPORT, LA 71149

10925   SIMMONS, ROBERT, 8644 DUKE, ODESSA, TX 79765

10925   SIMMONS, ROBERT, 8944 N. DEES RD., LAKELAND, FL 33809-1530

10925   SIMMONS, ROBERT, 912 BROOKMEADOW DR, PORT ORANGE, FL 32119

10925   SIMMONS, RONALD D, 1507 ROCKWOOD DR, KELLER, TX 76248-5406

10925   SIMMONS, SHARON, 668 ARTIS DRIVE, DOVER, DE 19901

10925   SIMMONS, SHEA, 102 MALLARD DR, MOORE, SC 29369

10925   SIMMONS, SHIRLEY, 105 ELKWOOD ST, MAULDIN, SC 29662

10925   SIMMONS, SUCHETA, 208 EAST CAROLINE, WILLIAMSTON, SC 29697

10925   SIMMONS, TAMMY, 910 BELLEVILE AVE, NEW BEDFORD, MA 02745

10925   SIMMONS, TAMMY, 954 ROCKY RIDGE ROAD, ENOREE, SC 29335

10925   SIMMONS, THERESA, PO BOX 1233, ORANGE GROVE, TX 78372

10925   SIMMONS, THOMASINE, 3924 FLOWERTON ROAD, BALTIMORE, MD 21229-1919

10925   SIMMONS, TIMMY, PO BOX 122 ENOREE SC, ENOREE, SC 29335

10925   SIMMONS, TOMMY, 4709 CINDY PLACE, MIDLAND, TX 79707

10925   SIMMONS, VALERIE, 3301 ILLINOIS, ST LOUIS, MO 63118

10925   SIMMONS, WENDI, 120 DANIEL SQUARE #54, CLEMSON, SC 29361

10925   SIMS, ALYSON, 2530 N W GRAND BLVD, OKLAHOMA CITY, OK 73116

10925   SIMS, BRANDOLYN, RT 2 BOX 138A, DELHI, LA 71232

10925   SIMS, CAROLYN, 2726 BRUCE PL SE, WASHINGTON, DC 20020

10925   SIMS, DEBRA, 5209 WALLY DRIVE, EL PASO, TX 79924

10925   SIMS, JIMMY, 1842 N. WARMAN, INDIANAPOLIS, IN 46222

10925   SIMS, JOHN MALCOLM, 746 E 23RD AVE, SPOKANE, WA 99203-3325

10925   SIMS, KENNY, RT 3 BOX 325, MOMENCE, IL 60954

10925   SIMS, OBADIAH, RT 3 BOX 325, MOMENCE, IL 60954

10925   SIMS, PATRICIA, 6915 BUGLEDRUM WAY, COLUMBIA, MD 21045

10925   SIMS, PAULA, 3790 WARREN WAY, RENO, NV 89509

10925   SIMO, SUZANNE, 25837 OAK ST #107, LOMITA, CA 90717

10925   SIMOES & MONTEIRO, 83 POLK ST, NEWARK, NJ 07105

10925   SIMOMIAN, OSCAR, 38 BAY STATE AVE, SOMERVILLE, MA 00000

10925   SIMON & SCHUSTER CENTER, PO BOX 11022, DES MOINES, IA 50336-1022

10925   SIMON & SCHUSTER, PO BOX 105361, ATLANTA, GA 30348

10925   SIMON & SCHUSTER, PO BOX 11074, DES MOINES, IA 50336-1074

10925   SIMON ATLAS, 8314 MEADOW LARK LANE, BETHESDA, MD 20817-2917

10925   SIMON B. SANDERS, 2234 WINTERGREEN LOOP SOUTH, OWENSBORO, KY 42301-4268

10925   SIMON CHANG, 299 BROADWAY, SUITE 1700, NEW YORK, NY 10007

10925   SIMON CLIFFORD, MILE END ROAD, LONDON, E1 4NSUNITED KINGDOM          *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SIMON CONTRACTORS INC., 30TH & HARNEY, LARAMIE, WY 82070

10924    SIMON CONTRACTORS INC., 4819 SOUTH INDUSTRIAL ROAD, CHEYENNE, WY 82007

10924    SIMON CONTRACTORS, 1018 BELTLINE HWY, SCOTTSBLUFF, NE 69361

10924    SIMON CONTRACTORS, INC., ATTN:  ACCOUNTS PAYABLE, CHEYENNE, WY 82003

10924    SIMON CONTRACTORS, INC., ATTN:  ACCOUNTS PAYABLE, CHEYENNE, WY 82007-0347

10925    SIMON DECKER MEMORIAL TOURNAMENT, 8980 RT. 108, COLUMBIA, MD 21045

10925    SIMON O MONCADA, RTE 4 BOX 100, ORANGE, TX 77632-7808

10925    SIMON PEARCE, THE MILL, QUECHEE, VT 05059

10925    SIMON S RUSSIN III, PO BOX 5016, BLUE JAY, CA 92317-5016

10925    SIMON, BARBARA, 18 CHARDONNAY RD, COMMACK, NY 11725

10925    SIMON, BENJIE, 7703 MARWOOD DR, CLINTON, MD 20735

10925    SIMON, CLIFF I, CUST FOR QUINT A ROSSIE SIMON, UNIF GIFTS MIN ACT TX, 4815 WEST BRAKER LANE 502, PMB 148 AUSTIN, TX 78759-5618

10925    SIMON, CONCETTA, 45 FLORAL AVE, BETHPAGE, NY 11714

10925    SIMON, DONA, 8027 QUIRT, SAN ANTONIO, TX 78227

10925    SIMON, DONNA N, 4323 CRITES ST, HOUSTON, TX 77003

10925    SIMON, DONNA, 11702-B GRANT RD. #127, CYPRESS, TX 77429

10925    SIMON, ELLA, 785 WHITE RD., LAKE CHARLES, LA 70611

10925    SIMON, GARY, 2605 FINGER RD, GREEN BAY, WI 54302-4820

10925    SIMON, JAMES, PO BOX 342, LAKE ARTHUR, LA 70549

10925    SIMON, JAMES, PO BOX 571, CROWLEY, LA 70527

10925    SIMON, JEFFREY B, 360 PLACE OFFICE PARK, 1201 N. WATSON, SUITE 145, ARLINGTON, TX 76006

10925    SIMON, JERRY, 306 E 7TH ST, WEST LIBERTY, IA 52776

10925    SIMON, KALMAN, 5103 W 11TH ST #211, GREELEY, CO 80634

10925    SIMON, KATHLEEN, 203 ATLANTA CT, ELKTON, MD 21921

10925    SIMON, KEVIN, 1814 PLANTATION DRIVE, LAKE CHARLES, LA 70605

10925    SIMON, LORNELL, 2145 GIBSON ST, GRETNA, LA 70056

10925    SIMON, P, 150 GREENVIEW DRIVE, VERONA, PA 15147

10925    SIMON, RICKY, 909 WEST 10TH ST, CROWLEY, LA 70526

10925    SIMON, SUNNY M, 4700 ROCKSIDE ROAD, SUMMIT ONE BLDG. SUITE 525, INDEPENDENCE, OH 44131-2155

10925    SIMON/PRIEN LAKE MALL, 496 W. PRIEN LAKE RD., LAKE CHARLES, LA 70601

10925    SIMONCEK, MARY, 23 W EPPLEY DR, CARLISLE, PA 17013

10925    SIMONE D KILLAM &, CELESTE A KILLAM JT TEN, C/O SIMONE KILLAM CANNATA, 42 STONEHENGE RD, LONDONDERRY, NH 03053-2415

10925    SIMONE ENGINEERING INC, PO BOX 1021, GERMANTOWN, WI 53022-8221

10925    SIMONE ENGINEERING, 2635 45TH ST, HIGHLAND, IN 46322

10925    SIMONE ENGINEERING, INC, 55 NORTH LIVELY BLVD., ELK GROVE VILLAGE, IL 60007

10925    SIMONE ENGINEERING, PO BOX 68-9973, HIGHLAND, IN 46322

10925    SIMONE ENGINEERING, PO BOX 68-9973, MILWAUKEE, WI 53268-9973

10925    SIMONE, ADDIE, RT. 3 BOX 540-A, ROANOKE RAPIDS, NC 27870

10925    SIMONE, EDWARD, 5670 WEST 71ST CIRCLE, ARVADA, CO 80003

10925    SIMONE, EILEEN, 428 HELFIN ST, BOUND BROOK, NJ 08805

10925    SIMONE, HARRY, 10406 KEYSER PT RD, OCEAN CITY, MD 21842

10925    SIMONE, MARY, 117 JENKINS ROAD, ANDOVER, MA 01810-2303

10925    SIMONEAU, SCOTT, 118 BRANDYWINE DR., BETHLEHEM, PA 18017

10925    SIMONET, TERRIS X, 829 N 60TH ST, WAUWATOSA, WI 53213-3209

10925    SIMONETTA, JOHN, 14 ALTHEA ROAD, RANDOLPH, MA 02368

10925    SIMONETTI, J, 9600 19 ST, ALTALOMO, CA 91876

10925    SIMONINI, KAREN, 691 SUSSEX LANE, CRYSTAL LAKE, IL 60014

10925    SIMONINI, TRACIE, 691 SUSSEX LN, CRYSTAL LAKE, IL 60014

10925    SIMONS JR, CHARLES, 5 CEDAR HILLS DRIVE, WYOMING, RI 02898

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SIMONS, CHARLES, 68 PRINCE WAY RR #2, SOUTH DENNIS, MA 02660

10925   SIMONS, CHARLES, 7112 FAIRCHILD DR, ALEXANDRIA, VA 22306

10925   SIMONS, CHERYL ANN, 1001 S GEORGE, TEMPE, AZ 85281

10925   SIMONS, ROBIN, 43 CONGRESS ST, NASHUA, NH 03062

10925   SIMONSEN, JERRY, 13180 GLEN CIRCLE RD, POWAY, CA 92064

10925   SIMONTON, ROBERT, RT 3 BOX 283C, LINDSAY, OK 73052

10925   SIMPAO, FEDERICO, 9624 WINDERMERE DR, FORT WASHINGTON, MD 20744

10925   SIMPAO, JOEY, 7505 JAYWICK AVE, FORT WASHINGTON, MD 20744

10925   SIMPAR, KATHLEEN, 817 TEXAS ROAD, EASTON, PA 18042

10925   SIMPERS, ROBERT, 61 LINCOLN AVE, NORTHEAST, MD 21901

10925   SIMPKINS, EUGENE L, PO BOX 342, MOKENA, IL 60448-0342

10925   SIMPKINS, EUGENE, 19203 REVERE ROAD, MOKENA, IL 60448

10925   SIMPKINS, GLORIA, 6001 CROWN ST, CAPITOL HEIGHTS, MD 20743

10924   SIMPLEX HDQTRS., WESTMINSTER, MA, PICKUP IN NORWOOD, 505 UNIVERSITY BLVD.; BLDG. #3, NORWOOD, MA 02062

10925   SIMPLEX TIME RECORDER CO, SIMPLEX PLAZA, GARDNER, MA 01440-9969

10925   SIMPLEX TIME RECORDER CO., 10182 INTERNATIONAL BLVD., CINCINNATI, OH 45246

10925   SIMPLEX TIME RECORDER CO., 820 PARKVIEW, LOMBARD, IL 60148

10925   SIMPLEX TIME RECORDER CO., DEPT. CH 10320, PALATINE, IL 60055-0320

10925   SIMPLEX TIME RECORDER CO., DEPT. CH10320, PALATINE, IL 60055-0320

10925   SIMPLEX WIRE & CABLE, LAW OFFICES OF RICHARD W. MABLE, 246 MAIN ST, WALPOLE, MA 02081

10925   SIMPLEX, 6 COMMERCIAL ST, SHARON, MA 02067

10925   SIMPLEX, INC, 4085 N. HWY 19A, MOUNT DORA, FL 32757

10924   SIMPLEX, ROUTE 2 SIMPLEX ROAD, WESTMINSTER, MA 01473

10925   SIMPLEX/GRINNELL, 9585 SNOWDEN RIVER PKWY, COLUMBIA, MD 21046-1503

10925   SIMPLICIANO, J, 1800 EL DORADO AVE, OXNARD, CA 93033

10924   SIMPSON COMMERICAL CONTRACTING,INC., 4905 POWELL AVE, BIRMINGHAM, AL 35222

10924   SIMPSON CONSTRUCTION MATERIALS, P. O. BOX 250, VALLEY PARK, MO 63088

10924   SIMPSON CONSTRUCTION, 178 DURKEE ROAD, CLEVELAND, TN 37312

10924   SIMPSON COUNTY READY MIX, 801 INDUSTRIAL DR., MAGEE, MS 39111

10925   SIMPSON GUMPERTZ & HEGER INC, 297 BROADWAY, ARLINGTON, MA 02474-5310

10925   SIMPSON GUMPERTZ & HEGER INC., 297 BROADWAY, ARLINGTON, MA 02474-5310

10925   SIMPSON JR., EDWIN, 7 FLOYD ST, BILLERICA, MA 01821-1120

10925   SIMPSON THACHER & BARTLET, 425 LEXINGTON AVE, NEW YORK, NY 10017-3954

10925   SIMPSON THACHER & BARTLETT, 425 LEXINGTON AVE, NEW YORK, NY 10017

10925   SIMPSON TOOL BOX CO., 2440 W. MCDOWELL RD., PHOENIX, AZ 85009

10925   SIMPSON, ADGER, 617 EBENEZER ROAD, WEST UNION, SC 29696

10925   SIMPSON, ALEC, 8519 OAK ROAD, BALTIMORE, MD 21234

10925   SIMPSON, ALICIA, 1023 CHARLES VIEW WY, TOWSON, MD 21204

10925   SIMPSON, BARBARA, ROUTE 4 BOX 397, COMMERCE, GA 30529

10925   SIMPSON, BELINDA, 909 FOLEY AVE, IOWA PARK, TX 76367

10925   SIMPSON, BETTY, 5918 WOODRIDGE COVE, SAN ANTONIO, TX 78249

10925   SIMPSON, BEVERLY, 10411 E. 10TH ST., INDEPENDENCE, MO 64053

10925   SIMPSON, BILLY, 4428 SUMMIT, AMARILLO, TX 79109

10925   SIMPSON, BRET T, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   SIMPSON, BRET, 12 SANDY HILL DR, E BRIDGEWATER, MA 02333

10925   SIMPSON, BROOKE, 434 NORTHSIDE ROAD, NEW IBERIA, LA 70560

10925   SIMPSON, BROOKS D, 1404 E WHITTEN PL, CHANDLER, AZ 85225-2108

10925   SIMPSON, BRUCE, 53 NORTH CENTRAL ST, PEABODY, MA 01960

10925   SIMPSON, CAROL, PO BOX 39, LAKE VILLAGE, IN 46349

10925   SIMPSON, CARVELL, 619 KNIGHT DR, WESTBURY, NY 11590

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SIMPSON, CHADLEY, 4333 HATHAWAY ST, CHARLOTTE, NC 28210 | |
| 10925 | SIMPSON, CHARLES, 41132 LINCOLN DRIVE, ANTIOCH, IL 60002 | |
| 10925 | SIMPSON, CHARLES, 5935 ROMAINE PL, ST LOUIS, MO 63112 | |
| 10925 | SIMPSON, CHRIS, 4181 WHITESVILLE RD, LAGRANGE, GA 30240 | |
| 10925 | SIMPSON, CLYDE, 1800 BUFFALO, ODESSA, TX 79762 | |
| 10925 | SIMPSON, CONNIE, 2506 - 6 SUNNY SLOPE DRIVE, SPARKS, NV 89434 | |
| 10925 | SIMPSON, D, 320 FIELDCREST DR, RED BUD, IL 62278-1717 | |
| 10925 | SIMPSON, DANIEL M H, 320 FIELD CREST DR, RED BUD, IL 62278-1717 | |
| 10925 | SIMPSON, DENNIS, 2616-B SOUTHWEST PARKWY, WICHITA FALLS, TX 76308 | |
| 10925 | SIMPSON, EDDIE, 1136 VIRGINIA LN, CONCORD, CA 94520 | |
| 10925 | SIMPSON, EDGAR, BUCKINGHAMS CHOICE, ADAMSTOWN, MD 21710 | |
| 10925 | SIMPSON, III, 4330 MELANIE DR, COLLEGE PARK, GA 30349 | |
| 10925 | SIMPSON, ISAAC, 108 MACO ST, GREENVILLE, SC 29607 | |
| 10925 | SIMPSON, JAMES, 401 LAKE AVE, BAYHEAD, NJ 08742 | |
| 10925 | SIMPSON, JAMES, 6886 COTTONTAIL COVE, ARLINGTON, TN 38002 | |
| 10925 | SIMPSON, JENNIFER, 3 NORTH ST APT 3, LEROY, NY 14482 | |
| 10925 | SIMPSON, JERRY, RT 1 BOX 937, CROSS HILL, SC 29332 | |
| 10925 | SIMPSON, JIM, 6886 COTTONTAIL COVE, ARLINGTON, TN 38002 | |
| 10925 | SIMPSON, JOHN, PO BOX 861, CRAIG, CO 81626 | |
| 10925 | SIMPSON, JOSEPH, 1414 CENTER ST, OWENSBORO, KY 42303 | |
| 10925 | SIMPSON, KAREN, 6100 BLUE RIDGE DR, CONCORD, NC 28027 | |
| 10925 | SIMPSON, KENDALL, 4 UPPER NEWPORT PL, NEWPORT BEACH, CA 91367 | |
| 10925 | SIMPSON, KIMBERLY, RT 3, BOX 470, COMMERCE, GA 30529 | |
| 10925 | SIMPSON, LANNY, 12115 RHINEBECK, HOUSTON, TX 77089 | |
| 10925 | SIMPSON, LINDA, 925 NORTHWOOD, BAYTOWN, TX 77521 | |
| 10925 | SIMPSON, LURLINE A, 15455 NE 6TH AVE, MIAMI FL, FL 33161 | |
| 10925 | SIMPSON, MARVIN, RR 1 BOX 441A, PANORA, IA 50216-9598 | |
| 10925 | SIMPSON, MARVIS, BOX 1142, ODESSA, TX 79760 | |
| 10925 | SIMPSON, MELINDA, 1816 DUMERE ROAD, BALTIMORE, MD 21222 | |
| 10925 | SIMPSON, MICHAEL, 3517 FOX MEADOWS ROAD, MEMPHIS, TN 38115-3517 | |
| 10925 | SIMPSON, MILDRED, 1806 ASHTON AVE, NASHVILLE, TN 37218-2618 | |
| 10925 | SIMPSON, NANCY, 248 FOUNTAIN, EL PASO, TX 79912 | |
| 10925 | SIMPSON, PAUL, 24 GRINNELL ROAD, BROCKTON, MA 02402 | |
| 10925 | SIMPSON, PRESTON, 3 CASTLEGATE COURT, SIMPSONVILLE, SC 29681-4629 | |
| 10925 | SIMPSON, RACHEL, 514 LOUISE LANE, WALHALLA, SC 29691 | |
| 10925 | SIMPSON, SHEILA, 7538 E. WALNUT LANE, PHILADELPHIA, PA 19138 | |
| 10925 | SIMPSON, THOMAS, 3630 MISTY RIDGE, HUMBLE, TX 77338 | |
| 10925 | SIMPSON, TIMOTHY, 322 OAKWOOD ESTATE DR, ANDERSON, SC 29621 | |
| 10925 | SIMPSON, VENSON, 6800 PEACHTREE IND., DORAVILLE, GA 30360 | |
| 10925 | SIMPSON, VERA, 82891 MILES AVE, INDIO, CA 92201 | |
| 10925 | SIMPSON, WANDA, 3617 AVE. O, GALVESTON, TX 77550 | |
| 10925 | SIMPSON, YVETTE, 710 FERRY ROAD, GALVESTON, TX 77550 | |
| 10925 | SIMPSON-QUIGLEY, JAMES, 5350 NW 114TH AVE UNIT 304, MIAMI, FL 33178-4101 | |
| 10925 | SIMPSONVILLE EMERGENCY RELIEF, 102 N. MAPLE ST, SIMPSONVILLE, SC 29681 | |
| 10925 | SIMPSONVILLE UNITED, PO BOX 1357, SIMPSONVILLE, SC 29681 | |
| 10925 | SIMREL, PANDORA, 1417 HAMLET PL, GREENSBORO, NC 27406 | |
| 10924 | SIMS - PORTEX INC, 5806A NORTH 53RD STREET, TAMPA, FL 33610 | |
| 10924 | SIMS BROTHERS CONST., 4857 GOVERNMENT ROAD, BATON ROUGE, LA 70806 | |
| 10924 | SIMS CANADA LTD., 301 GOUGH ROAD, MARKHAM, ON L3R 4Y8TORONTO | **\*VIA Deutsche Post\*** |
| 10924 | SIMS CONCRETE OF GREENWOOD, OLD HWY 39, GREENWOOD, SC 29648 | |
| 10924 | SIMS CONCRETE OF GREENWOOD, P O BOX 8070, GREENWOOD, SC 29646 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SIMS INC, PO BOX 8500 (S-5155), PHILADELPHIA, PA 19178-5155 | |
| 10925 | SIMS PORTEX INC (LOCKBOX# 5155), ONE NORTH 5TH ST, PHILADELPHIA, PA 19106 | |
| 10924 | SIMS PORTEX, INC, SUITE N, 9255 CUSTOM HOUSE PLAZA, SAN DIEGO, CA 92154 | |
| 10924 | SIMS PORTEX, INC., 10 BOWMAN DRIVE, KEENE, NH 03431 | |
| 10924 | SIMS PORTEX, INC., 25 PRODUCTION AVENUE, KEENE, NH 03431 | |
| 10924 | SIMS PORTEX, INC., 5086A NORTH 53RD STREET, TAMPA, FL 33610 | |
| 10924 | SIMS PORTEX, INC., 5806A NORTH 53RD STREET, TAMPA, FL 33610 | |
| 10925 | SIMS, AMANDA M, 141 35 181 ST, SPRINGFIELD GARDENS, NY 11413 | |
| 10925 | SIMS, BRIDGET, 106 COOLBROOK DRIVE, GREENVILLE, SC 29605 | |
| 10925 | SIMS, C.W.G., 16 WHITNEY DR, STEVENAGE HERTS, SG14BQUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SIMS, CHARLES, 1516 WEST 12TH ST, OWENSBORO, KY 42301 | |
| 10925 | SIMS, CHARLES, 4924 FALCON WOODS TR, MARIETTA, GA 30066 | |
| 10925 | SIMS, CURTIS S, 571 COUNTY RD 163, HENAGAR, AL 35978-6933 | |
| 10925 | SIMS, CURTIS, 571 COUNTY ROAD 163, HENAGAR, AL 35978 | |
| 10925 | SIMS, DAVID, 2721 SHONDY LANE, WILMINGTON, NC 28409 | |
| 10925 | SIMS, DEBBIE, 5703 73RD ST., LUBBOCK, TX 79424 | |
| 10925 | SIMS, EDWARD, 2101 MARLBROOK LANE, LANSDALE, PA 19446 | |
| 10925 | SIMS, ELIZABETH, 199 JOHNSON BRADY RD, CANTON, GA 30115 | |
| 10925 | SIMS, ELIZABETH, 2801 N. COURSE DR., POMPONO BCH., FL 33069 | |
| 10925 | SIMS, GERALD, 209 POLARIS ST, ANDERSON, SC 29621 | |
| 10925 | SIMS, GORDON, 106 FAUNA CT, SIMPSONVILLE, SC 29681 | |
| 10925 | SIMS, GREGORY, 2258 JERICHO, AURORA, IL 60506 | |
| 10925 | SIMS, HERBERT, 101 BLACKOAK TRAIL, WOODSTOCK, GA 30188 | |
| 10925 | SIMS, J, 7306 ASHCREST, DALLAS, TX 75249 | |
| 10925 | SIMS, JAMES, 4592 WILLOW OAK TRAIL, POWDER SPRINGS, GA 30073 | |
| 10925 | SIMS, JANET, 7732 E.PEPPERTREE, SCOTTSDALE, AZ 85250 | |
| 10925 | SIMS, JANICE, 93 DIANNA DR., MONROE, LA 71203 | |
| 10925 | SIMS, JEANNE, 3031 BETHLEHAM RD, AUSTIN, IN 47130 | |
| 10925 | SIMS, JESSE, 3204 TIMBERWOOD ROAD, LAKELAND, FL 33805-8830 | |
| 10925 | SIMS, JOHN M, PO BOX 6814, HEIDELBERG, MS 39439 | |
| 10925 | SIMS, JOHN, PO BOX 215, MONTAGUE, TX 76251 | |
| 10925 | SIMS, JOYCE, 665 SHOOK RD, AKRON, OH 44319 | |
| 10925 | SIMS, LARRY, 2417 WHIRLAWAY DR., OWENSBORO, KY 42301 | |
| 10925 | SIMS, LARRY, 4581 SOUTH STATE HWY 217, BOONEVILLE, AR 72927 | |
| 10925 | SIMS, LESLIE, 1021 E. 9TH AVE , # 181, DENVER, CO 80218 | |
| 10925 | SIMS, LISA, 1385 S KENSINGTON, KANKAKEE, IL 60901 | |
| 10925 | SIMS, MARCHANNA, 209 POLARIS ST, ANDERSON, SC 29621 | |
| 10925 | SIMS, MARLAINA, 2251 SHERMAN AVE, WASHINGTON, DC 20001 | |
| 10925 | SIMS, MELANIE, 779 BETHANY CHURCH RD, LAURENS, SC 29360 | |
| 10925 | SIMS, MONTENA, 2709 SAMUEL, GULFPORT, MS 39501 | |
| 10925 | SIMS, NANCY, 681 PORT PATRICK PLACE, FORT MILL, SC 29715 | |
| 10925 | SIMS, ROY, 3184 COTTON ROAD, MAGAZINE, AR 72943 | |
| 10925 | SIMS, SHARI, 949 SENECA PLACE, AKRON, OH 44305 | |
| 10925 | SIMS, SYLVESTER, 2466A N. 52ND, MILWAUKEE, WI 53210 | |
| 10925 | SIMS, TONY, 3283 TONIA DR., SW, CLEVELAND, TN 37311 | |
| 10924 | SIMSBURY PUBLIC SCHOOL, 933 HOPMEADOW ST., SIMSBURY, CT 06070 | |
| 10925 | SIMSON, AMMINIKUTTY, 8511 GRUMMAN DR, DALLAS, TX 75228 | |
| 10924 | SIMTEC COMPANY, 16666 SMOKE TREE STREET, HESPERIA, CA 92345 | |
| 10924 | SIMULITE, C/O LCR, 1239 WEST AIR FIELD DRIVE, DALLAS, TX 75238 | |
| 10924 | SIN TUNG HING CORPORATION, SUITE #1220, 120 MONTGOMERY STREET, SAN FRANCISCO, IT 09410UNK | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SINACORE, WILLIAM, 936 CRESTVIEW DRIVE, PALATINE, IL 60067-3414 | |
| 10924 | SINAI HOSPITAL @ @, BALTIMORE, MD 21217 | |
| 10924 | SINAI HOSPITAL OF BALTIMORE E.R., EMERGENCY ROOM, BALTIMORE, MD 21203 | |
| 10924 | SINAI TEMPLE, C/O J.L. MANTA, CHICAGO, IL 60611 | |
| 10925 | SINAIKO BROTHERS CO INC SAMUELS RE, GARY BACHUS CEO, 4400 SYCAMORE AVE, MADISON, WI 53714-1334 | |
| 10925 | SINATRA, VINCENT, 4132 VIA PICA POSTE, PALOS VERDES, CA 90274 | |
| 10925 | SINAY, DAVID, 24 DONNA RD, FRAMINGHAM, MA 01701 | |
| 10925 | SINCLAIR & RUSH, INC, DEPT B-PO BOX 66971, SAINT LOUIS, MO 63166 | |
| 10925 | SINCLAIR & RUSH, PO BOX 663631, INDIANAPOLIS, IN 46266 | |
| 10925 | SINCLAIR & RUSH,INC, PO BOX 663631, INDIANAPOLIS, IN 46266 | |
| 10925 | SINCLAIR INT.- PRES. SYS. DIV., PO BOX 2101, GLENS FALLS, NY 12801 | |
| 10925 | SINCLAIR INTERNATIONAL, PRESSURE SYSTEMS DIVISION, 60 APPLETON ST, HOLYOKE, MA 01040 | |
| 10925 | SINCLAIR JR, ALFRED, 10700 FUQUA, 170, HOUSTON, TX 77089 | |
| 10924 | SINCLAIR OIL CORP., 100 LINCOLN HIGHWAY, SINCLAIR, WY 82334 | |
| 10924 | SINCLAIR OIL CORP., 100 LINCOLN HWY, SINCLAIR, WY 82334 | |
| 10924 | SINCLAIR OIL CORP., 902 W. 25TH STREET, TULSA, OK 74107 | |
| 10924 | SINCLAIR OIL CORP., PO BOX 970, TULSA, OK 74101 | |
| 10924 | SINCLAIR OIL CORP., SINCLAIR REFINERY, PO BOX 277, SINCLAIR, WY 82334 | |
| 10924 | SINCLAIR OIL CORPORATION      RC, LITTLE AMERICA REFINING COMPANY, CASPER, WY 82609 | |
| 10924 | SINCLAIR OIL CORPORATION, 5700 EAST HIGHWAY 20/26, CASPER, WY 82609 | |
| 10924 | SINCLAIR OIL CORPORATION, 902 WEST 25TH STREET, TULSA, OK 74101 | |
| 10924 | SINCLAIR OIL CORPORATION, PO BOX 30825, SALT LAKE CITY, UT 84130-0825 | |
| 10924 | SINCLAIR OIL CORPORATION, PO BOX 510, EVANSVILLE, WY 82636 | |
| 10924 | SINCLAIR OIL CORPORATION, PO BOX 970, TULSA, OK 74101 | |
| 10924 | SINCLAIR OIL CORPORATION, SINCLAIR REFINERY, PO BOX 277, SINCLAIR, WY 82334 | |
| 10925 | SINCLAIR PAINT CO., DEPT. 4205, LOS ANGELES, CA 90096-4205 | |
| 10924 | SINCLAIR PAINT, P.O. BOX 475, IMPERIAL BEACH, CA 91933 | |
| 10925 | SINCLAIR STORE #0137, THE, 6100 S. GARFIELD AVE., COMMERCE, CA 90040 | |
| 10925 | SINCLAIR, DAVID, 5442 HARDIN AVE, ORANGE PARK, FL 32065 | |
| 10925 | SINCLAIR, DORIAN, 5317 W 42ND ST, AMARILLO, TX 79109 | |
| 10925 | SINCLAIR, ERICKA, 2466 NORTH OAKLAND AVE #133, MILWAUKEE, WI 53211 | |
| 10925 | SINCLAIR, JAMES, 232 WEST ARDEN ROAD, BALTIMORE, MD 21225 | |
| 10925 | SINCLAIR, JOANNE, 2309 LIDO LANE, ARLINGTON, TX 76015 | |
| 10925 | SINCLAIR, LISA, 2432 DECKNER AVE, GREEN BAY, WI 54302 | |
| 10925 | SINCLAIR, MARC J, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | SINCLAIR, MARC, 6 HARVARD COURT #1, ACTON, MA 01720 | |
| 10925 | SINCLAIR, MICHELE, 202 PEPPERMINT RD., LANCASTER, NY 14086 | |
| 10925 | SINCLAIR-AMERITONE PAINTS, POBOX 44715, SAN FRANCISCO, CA 94144-4715 | |
| 10925 | SINCO GR0UP, THE, 701 MIDDLE ST, MIDDLETOWN, CT 06457 | |
| 10925 | SINDELAR, JOHN, 1202 ROOSEVELT, ALICE, TX 78333 | |
| 10925 | SINE, LORI, 2203 SECURITY ST, MARTINSBURG, WV 25401 | |
| 10925 | SINE, ROBERT, 825 N 29TH ST, PHILADELPHIA, PA 19130 | |
| 10925 | SINEN, LILIA, 105 AUDUBON AVE, JERSEY CITY, NJ 07305 | |
| 10925 | SINER, JENNIFER, 1820 ANNA PL, IRVING, TX 75061 | |
| 10925 | SING, PATRICIA, 62 WENDELL ST, CAMBRIDGE, MA 02138 | |
| 10925 | SING, PERRY, ROUTE 1 BOX 283, PARIS, AR 72855 | |
| 10925 | SING, RODNEY, RT 1 BOX 225R, BRANCH, AR 72928 | |
| 10925 | SINGELSTAD, HARRIET, 1108 N. LINCOLN, CRESTON, IA 50801 | |
| 10924 | SINGELTARY CONCRETE PRODUCTS, 2211 17TH ST. EX, PALMETTO, FL 34221 | |
| 10924 | SINGELTARY CONCRETE PRODUCTS, 62 CATTLEMAN RD, SARASOTA, FL 34240 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SINGELTARY CONCRETE PRODUCTS, N. SEABOARD AVENUE, VENICE, FL 34292 | |
| 10924 | SINGELTARY CONCRETE, 1709 9TH ST. EAST, BRADENTON, FL 34208 | |
| 10924 | SINGELTARY CONCRETE, 5505 S. MACINTOSH, SARASOTA, FL 34233 | |
| 10925 | SINGER, CHERYL, 409 COLONY WEST DR, CORAOPOLIS, PA 15108 | |
| 10925 | SINGER, GERTRUDE, 9 OLD NORTH STAMFORD RD 36-B, STAMFORD, CT 06905-3962 | |
| 10925 | SINGER, J, 2220 N HIGH ST, LANSING, MI 48906 | |
| 10925 | SINGER, JACK, 306 BUNKER DRIVE, SCHERERVILLE, IN 46375 | |
| 10925 | SINGER, JOHN J, WORCESTER RD, HOLLIS, NH 03049 | |
| 10925 | SINGER, LAWRENCE, 9 OLD N STAMFORD RD N 36B, STAMFORD, CT 06905 | |
| 10925 | SINGER, RICHARD, 503 SYLVAN WAY, PASADENA, MD 21122 | |
| 10925 | SINGER, RICHARD, 5612 ST. CHARLES RD, BERKELEY, IL 60163 | |
| 10925 | SINGH, ANJANA, 2309 BROOK CANYON DR, CHARLOTTE, NC 28212 | |
| 10925 | SINGH, CARMEN, 1990 WEST MAIN ST. APT #116, EL CENTRO, CA 92243 | |
| 10925 | SINGH, E, 142 MATAWAN TERRACE APT # 142, MATAWAN, NJ 07747 | |
| 10925 | SINGH, KHEMKUMARIE, 14002 F JUSTIN WAY, LAUREL, MD 20707 | |
| 10925 | SINGH, LYNETTE, 90 49 186 ST, HOLLIS NY, NY 11423 | |
| 10925 | SINGH, NARENDRA, 7607 DEXTER GROVE DR, CORDOVA, TN 38018 | |
| 10925 | SINGH, RANJEET, 10214 SEA PINES DR, MITCHELLVILLE, MD 20721 | |
| 10925 | SINGH, SUKHVIR, CUST FOR AJAY SINGH, UNDER UNIF GIFT MIN ACT NJ, 473 SEMEL AVE, ISELIN, NJ 08830-1131 | |
| 10925 | SINGH, SURINDERPAL, 140 E 36TH ST, INDIANAPOLIS, IN 46205 | |
| 10924 | SINGING RIVER HOSPITAL, 2809 DENNY AVENUE, PASCAGOULA, MS 39581 | |
| 10925 | SINGLE JR, JOHN A, 994 10TH ST., PASADENA, MD 21122 | |
| 10925 | SINGLE JR, JOHN, 994 10TH ST, PASADENA, MD 21122 | |
| 10924 | SINGLETARY CONCRETE PDTS, 1709 9TH ST EAST, BRADENTON, FL 34206 | |
| 10924 | SINGLETARY CONCRETE, 1301 HWY 17 SOUTH, WAUCHULA, FL 33873 | |
| 10924 | SINGLETARY CONCRETE, 7749 S. GEORGE BLVD, SEBRING, FL 33872 | |
| 10925 | SINGLETARY, BRENDA, 1670 GANDY ST, JACKSONVILLE, FL 32208 | |
| 10925 | SINGLETARY, LOREN, 6234 SUGAR HILL, HOUSTON, TX 77057 | |
| 10925 | SINGLETARY, WILLIE, PO BOX 179, WAVERLY, FL 33877-0179 | |
| 10925 | SINGLETON, ADEAN, 44 WALDEN ST, CAMBRIDGE, MA 02140 | |
| 10925 | SINGLETON, ADEAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | SINGLETON, ALPHELIA, 1337 SOUTH OTT RD., COLUMBIA, SC 29205 | |
| 10925 | SINGLETON, ANDREW, 6235 SANDRISE COURT, ELKRIDGE, MD 21075 | |
| 10925 | SINGLETON, CLYDE, 2310 AGRICULTURE ST, NEW ORLEANS, LA 70122 | |
| 10925 | SINGLETON, CRYSTAL, 3224 MILLER HGTS RD, OAKTON, VA 22124 | |
| 10925 | SINGLETON, DAVE, 189 HILL TOP DRIVE, FOUNTAIN INN, SC 29644 | |
| 10925 | SINGLETON, DELILAH, 22 SIMS ST, SUMTER, SC 29150 | |
| 10925 | SINGLETON, E, 2480 MOTTS RD NE, NEW SALISBURY, IN 47161 | |
| 10925 | SINGLETON, FRANK, 4029 ROSECRANS, HAWTHORNE, CA 90250 | |
| 10925 | SINGLETON, K, 603 RICHARDS, BENTON, AR 72015 | |
| 10925 | SINGLETON, KENDRA, 6288 COUNTRYSIDE LN, CAMBRIDGE, OH 43725 | |
| 10925 | SINGLETON, KYSHA, 44 WALDEN ST, CAMBRIDGE, MA 02140 | |
| 10925 | SINGLETON, LINDA, 6124-H EAST DRIVE, MONTGOMERY, AL 36117-2875 | |
| 10925 | SINGLETON, LOUIS, 2106 MT PLEASANT ST, CHARLESTON, SC 29403 | |
| 10925 | SINGLETON, MICHELLE, 9927 EL SCOTT, BATON ROUGE, LA 70811 | |
| 10925 | SINGLETON, ONEDIA, 7623 HIDDEN HOLLOW, ORALANDO, FL 32822 | |
| 10925 | SINGLETON, POLLY, 3920 S BELL # 124, AMARILLO, TX 79106 | |
| 10925 | SINGLETON, S, 282 CHATEAU LA SALLE DRIVE, SAN JOSE, CA 95111 | |
| 10925 | SINGLETON, SAM, 141 GALLAHSHAW RD, SUMMERVILLE, SC 29483 | |
| 10925 | SINGLETON, VIVIAN, 2875 DUDLEY DRIVE, BARTOW, FL 33830 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SINGLETON, W, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036 | |
| 10925 | SINGLETON, WILLIE, 3603 AVE O, FORT PIERCE, FL 34947 | |
| 10925 | SINGLEY, BILLY, 7123 WEST LANTERN LN, MEQUON, WI 53092 | |
| 10925 | SINGLEY, SR, WILFRED, RT. 1, BOX 414-A, ANGIE, LA 70426 | |
| 10925 | SINGTRONIC CORP, 2 FL NO 2 ALLEY 11 LANE 203, TAIPEI HSIEN, 0TAIWAN | *VIA Deutsche Post* |
| 10925 | SINHA, VIKAS, FLUSHING, NY 11355 | |
| 10925 | SINICKI, HEATHER, 18 BRITTANY WAY, NASHUA, NH 03063 | |
| 10925 | SINICKI, RAYMOND E, 18 BRITTANY WAY, NASHUA, NH 03063 | |
| 10925 | SINICKI, RAYMOND, 18 BRITTANY WAY, NASHUA, NH 03063 | |
| 10925 | SINICKI, RENEE, 18 BRITTANY WAY, NASHUA, NH 03063 | |
| 10925 | SINICROPE, MARTIN, 460 PLEASANT ST, 12C, STOUGHTON, MA 02072 | |
| 10925 | SINK, LORETTA, 135 SOUTHAMPTON DR, VINTON, VA 24179 | |
| 10925 | SINKLER, CYNTHIA, 329 PERCIVAL RD, COLA, SC 29206 | |
| 10925 | SINKS, JAMES, 1669 STORY AVE, LOUISVILLE, KY 40206 | |
| 10925 | SINN, KEITH, 5354 PLACERITA DR, SIMI VALLEY, CA 93063-5035 | |
| 10925 | SINNARD, VIRGINIA, 2597 OLDE HILL CT N, COLUMBUS OH, OH 43221 | |
| 10925 | SINNETT LACQUER MFG. COMPANY, 1521 WALNUT BEND LANE, HOUSTON, TX 77042-2332 | |
| 10925 | SINNETT, DONALD, 4859 KY 764, WHITESVILLE, KY 42378 | |
| 10925 | SINNETT, JOHN, PO BOX 179, BULLMAN, MI 49450 | |
| 10925 | SINNI, CATHERINE, 125 MILDRED CIRCLE, CONCORD, MA 01742 | |
| 10925 | SINNOTT, JAMES, 54 BELLVIEW AVE, OSSINING, NY 10562 | |
| 10925 | SINNOTT, KENNETH, COLUMBIA CHRCH END HILT. HUNTINGTON, CAMBRDGE, PE189NBUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SINNOTT, WILLIAM, 7 ANTHURIUM CT., DANVILLE, CA 94506-4796 | |
| 10924 | SINNOTT-EL PACO COATINGS, 1378 KINGSLAND AVENUE, SAINT LOUIS, MO 63133 | |
| 10924 | SINNOTT-EL PACO COATINGS, PO BOX 50256, SAINT LOUIS, MO 63105 | |
| 10925 | SINO-MSL LINES INC, 160-19 ROCKAWAY BLVD., JAMAICA, NY 11434 | |
| 10925 | SINSEL, PATRICK, 63 CRAIN COURT, A1, GLEN BURNIE, MD 21061 | |
| 10925 | SINSKI, SANDI, 8118 BABE RUTH, SAN ANTONIO, TX 78240 | |
| 10924 | SINTER S.A., KM 8.5 CARRETERA NORTE, MANAGUA, NIC | *VIA Deutsche Post* |
| 10925 | SINYARD, ANNETTE, 907 SOUTH AVE, FOREST PK, GA 30050 | |
| 10925 | SIONKIEWICZ, JOANN, 1513 BROADWAY, BUFFALO NY, NY 14212 | |
| 10925 | SIOUFI, M, 100 W 89TH ST, NEW YORK, NY 10024 | |
| 10924 | SIOUX CITY HALL, C/O WILKIN INSULATION, SIOUX CITY, IA 51102 | |
| 10924 | SIOUX CITY WILBERT VAULT, 3025 HUMBOLDT AVE, SIOUX CITY, IA 51111 | |
| 10924 | SIOUX FALLS HEART HOSPITAL, 69TH STREET, SIOUX FALLS, SD 57108 | |
| 10924 | SIOUX READY MIX (REISMA CONCRETE), 112 2ND AVENUE SW, SIOUX CENTER, IA 51250 | |
| 10924 | SIOUX READY MIX, INC., 441 1/2 7TH AVENUE NW, SIOUX CENTER, IA 51250 | |
| 10924 | SIOUX VALLEY DO NOT USE THIS NUMBER, CAMBRIDGE, MA 02140 | |
| 10924 | SIOUX VALLEY HOSPITAL, ATTN: LEE (MAINTENANCE DEPT.), SIOUX FALLS, SD 57117 | |
| 10924 | SIOUX VALLEY HOSPITAL, ATTN: RECEIVING, SIOUX FALLS, SD 57105 | |
| 10924 | SIOUX VALLEY HOSPITAL, ATTN:ACCOUNTS PAYABLE, SIOUX FALLS, SD 57117-5039 | |
| 10924 | SIOUX VALLEY HOSPITAL, BAHL INSULATION, SIOUX FALLS, SD 57104 | |
| 10924 | SIOUX VALLEY HOSPITAL, C/O OLYMPIC WALLS, 18 TH STREET COVELL AVE., SIOUX FALLS, SD 57104 | |
| 10924 | SIOUX VALLEY HOSPITAL, C/O SOUTER & SONS, INC. WAREHOUSE, SIOUX FALLS, SD 57104 | |
| 10924 | SIOUX VALLEY HOSPITAL, CAMBRIDGE, MA 02140 | |
| 10924 | SIOUX VALLEY HOSPTIAL, 1410 C. AVENUE, SIOUX FALLS, SD 57104 | |
| 10924 | SIOUX VALLEY PROJECT #271, 1410 C. AVENUE, SIOUX FALLS, SD 57105 | |
| 10925 | SIOUX VALLEY READY MIX INC, PO BOX 70, NEW ULM, MN 56073-0070 | |
| 10924 | SIOUX VALLEY READY MIX, 225 6TH AVENUE N.E., SLEEPY EYE, MN 56085 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SIOUX VALLEY READY MIX, HIGHWAY 14 WEST, NEW ULM, MN 56073

10924    SIOUX VALLEY READY MIX, LAFAYETTE, MN 56054

10924    SIOUX VALLEY READY MIX, P O BOX 70, NEW ULM, MN 56073

10924    SIOUX VALLEY READY MIX, P.O. BOX 70, NEW ULM, MN 56073

10924    SIOUX VALLEY READY MIX, P.O.BOX 70, NEW ULM, MN 56073

10924    SIOUXLAND READY MIX, 3240 31ST STREET, SIOUX CITY, IA 51105

10925    SIPE, MICHELE, 7864 AMERICAN CIRCLE, GLEN BURNIE, MD 21060

10925    SIPEL, LINDA, 21 OAKLEDGE ST, ARLINGTON, MA 02174

10925    SIPEL, LINDA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    SIPES, CHARLES, 5316 PATRICK HENRY DRIVE, BALTIMORE, MD 21225-3112

10925    SIPLAST INC., 222 WEST COLINAS DRIVE, SUITE 1600, IRVING, TX 75039

10925    SIPLAST, 222 W LAS COLINAS, IRVING, TX 75039

10924    SIPLAST, INC., 1111 HIGHWAY 67 S., ARKADELPHIA, AR 71923

10925    SIPLAST, INC., XEROX CENTER SUITE 1600 N., 1000 ROCHELLE BLVD., IRVING, TX 75062-3940

10924    SIPLAST,INC, ATTN JEFF CHLOUPEK, 222 WEST LAS COLINAS BLVD, IRVING, TX 75062-3940

10924    SIPLAST/ARKADELPHIA PLANT, HIGHWAY 67 SOUTH, ARKADELPHIA, AR 71923

10925    SIPPEL, ALBERT C, 15181 FORD RD APT 403, DEARBORN, MI 48126-4636

10925    SIPPEL, CARL, 8521 TOMOKA RUN, LAKELAND, FL 33809

10925    SIPPICAN INC, 7 BARNABAS ROAD, MARION, MA 02738

10925    SIPPOLA, MARY, 2021 CATLIN PL., MADISON, WI 53713

10924    SIPPORTA SR. CITIZEN CENTER, 189 FOREST AVENUE, PARAMUS, NJ 07652

10925    SIR CHRISTOPHER HATTON, INC, 711 W. WOODBURY, UNIT C, ALTADENA, CA 91001

10925    SIR NORMAN J A ESKIND, 6509 SPRINGMEADOW LANE, ROWLETT, TX 75089-8295

10925    SIR SPEEDY #7312, 5 E. LEXINGTON ST., BALTIMORE, MD 21202

10925    SIR SPEEDY #7547, 901 SAM NEWELL RD # J, MATTHEWS, NC 28105

10925    SIR SPEEDY PRINTING #0923, W 510 RIVERSIDE AVE, SPOKANE, WA 99201

10925    SIR SPEEDY PRINTING #8119, 76 BATTERYMARCH ST, BOSTON, MA 02110

10925    SIR SPEEDY PRINTING CENTER, 1300 E ATLANTIC BLVD, POMPANO BEACH, FL 33060

10925    SIR SPEEDY PRINTING CENTER, 14435 CHERRY LANE COURT, LAUREL, MD 20707

10925    SIR SPEEDY PRINTING INC, 3637 PARK AVE, MEMPHIS, TN 38111

10925    SIR SPEEDY PRINTING INC., 3637 PARK AVE, MEMPHIS, TN 38111

10925    SIR SPEEDY PRINTING, 8492 BALTIMORE NATIONAL PIKE, ELLICOTT CITY, MD 21043

10925    SIR SPEEDY PRINTING, 8492 BALTIMORE NATIONAL PIKE, STE., ELLICOTT CITY, MD 21043

10925    SIR SPEEDY, 1300 EAST ATLANTIC BLVD, POMPANO BEACH, FL 33060

10925    SIR SPEEDY, 150 SOUTH DIXIE HWY, BOCA RATON, FL 33432

10925    SIR SPEEDY, 6912 TELEGRAPH ROAD, CITY OF COMMERCE, CA 90040

10925    SIR SPEEDY, 8492 BALTIMORE NATIONAL PIKE, ELLICOTT CITY, MD 21043

10925    SIRBAUGH, DALLAS, STAR ROUTE BOX 48F, GREAT CACAPON, WV 25422

10924    SIRCHIE FINGER PRINT LAB, 100 HUNTER PLACE, YOUNGSVILLE, NC 27596

10924    SIRCHIE FINGERPRINT LABS, 5825 TRIANGLE DR., RALEIGH, NC 27613

10924    SIRCHIE FINGERPRINT LABS., 100 HUNTER PLACE BLDG. #3, YOUNGSVILLE, NC 27596

10924    SIRCO SYSTEMS INC., 1570 16TH STREET CIRCLE, MOBILE, AL 36615

10924    SIRCO SYSTEMS INC., 2828 AIRPORT HIGHWAY, BIRMINGHAM, AL 35201

10924    SIRCO SYSTEMS INC., 2828 AIRPORT HWY, BIRMINGHAM, AL 35203

10925    SIRCO SYSTEMS, LLC, PO BOX 367, BIRMINGHAM, AL 35201

10925    SIRCO SYSTEMS, PO BOX 367, BIRMINGHAM, AL 35201

10925    SIREKIS, BRYAN, 3321 APPLEWOOD APT 2212, ORION, MI 48359

10925    SIRGO, MARTA, 687 SW FLAGLER #309, MIAMI, FL 33144

10925    SIRIBOE, OSEI, 2152 N. INDIAN HILL BLVD., CLAREMONT, CA 91711

10925    SIRICO, FRANCES, 33 BOUTON ST., B-2, STAMFORD, CT 06907

10925    SIRIGNANO MD, SAMUEL L, POBOX 1321, ENGLEWOOD, NJ 07632

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SIRIKULPRATUM, PONGTHAP, 951 THADINDANG 16 RD, KLONGSAN, BANGKOK, 10600THAILAND | *VIA Deutsche Post* |
| 10925 | SIRKIN ASSOCIATES,INC, 70 W.RED OAK LANE, WHITE PLAINS, NY 10604 | |
| 10925 | SIRLS, NELLITA, 8002 E 91ST ST, KANSAS CITY, MO 64138 | |
| 10925 | SIROWY, JOYCE, 2120 HUGHES DR SW, CEDAR RAPIDS, IA 52404-2436 | |
| 10925 | SIROWY, ROBIN, 2120 HUGHES DR SW, CEDAR RAPIDS, IA 52404-2436 | |
| 10925 | SIS AUTO BODY, 738 NEW JERSEY AVE, LYNDHURST, NJ 07071 | |
| 10925 | SIS INTERNATIONAL INC., 51 JOHNSONS LANE, NEW CITY, NY 10956 | |
| 10925 | SISCO, JOHNNY, 2604 ALTURAS, ODESSA, TX 79763 | |
| 10925 | SISEMORE, JAMES, 3601 THRUSHWOOD DR., CHATTANOOGA, TN 37415 | |
| 10925 | SISINNI, MICHAEL, 1411 WALKER RD, FOLLANSBEE, WV 26037 | |
| 10925 | SISK, JAMES E, 11235 CATHARPIN ROAD, SPOTSYLVANIA, VA 22553 | |
| 10925 | SISK, JAMES, 11235 CATHARPIN ROAD, SPOTSYLVANIA, VA 22553 | |
| 10925 | SISK, STEPHANIE, CUST FOR FBO EMILY GRACE, UNDER THE CT UNIF GIFT MIN ACT, 33 HILLTOP RD, NORWALK, CT 06854 | |
| 10925 | SISKIN HOSPITAL, ONE SISKIN PLAZA, CHATTANOOGA, TN 37403 | |
| 10925 | SISKIN MEMORIAL FOUNDATION, PO BOX 365, CHATTANOOGA, TN 37401 | |
| 10925 | SISKIN STEEL & SUPPLY CO., 1901 RIVERFRONT PKWY., CHATTANOOGA, TN 37406 | |
| 10925 | SISKIN STEEL & SUPPLY CO., PO BOX 11007 DEPT. 4, CHATTANOOGA, TN 37401 | |
| 10925 | SISKIND, ERWIN, 38 FAIRVIEW AVE, GREAT NECK, NY 11023-1224 | |
| 10925 | SISKIND, MARK, 23 OAK MANOR DR., BARRINGTON, RI 02806 | |
| 10925 | SISKIND, TERI, 6100 FALLS CIRCLE SOUTH, LAUDERHILL, FL 33319-6903 | |
| 10924 | SISKIYOU READY MIX, 330 OBERLIN ROAD, YREKA, CA 96097 | |
| 10924 | SISKIYOU READY MIX, ATTN: ACCOUNTS PAYABLE, YREKA, CA 96097 | |
| 10924 | SISKON GOLD CORP., 350 CROWN POINT CIR. STE 100, GRASS VALLEY, CA 95945 | |
| 10925 | SISLEY, MARTHA, 7009 S. FLORES BOX 14, SAN ANTONIO, TX 78221 | |
| 10925 | SISMAN, DEBORAH, 10203 GARDINER AVE, SILVER SPRING, MD 20902 | |
| 10925 | SISON, JULIETA, 602 WHITE OAK RIDGE ROAD, SHORT HILLS, NJ 07078 | |
| 10925 | SISSAC, DORIS, 3927 PANAMA ST, NEW ORLEANS, LA 70125 | |
| 10924 | SISSON BLOCK, 610 E. STATE STREET, BARBERTON, OH 44203 | |
| 10924 | SISSON BLOCK, 610 EAST STATE ST, BARBERTON, OH 44203 | |
| 10925 | SISSON, ELIZABETH, 10 ALLDS ST, NASHUA, NH 03060-4716 | |
| 10925 | SISSON, STANLEY, 10 ALLDS ST, NASHUA, NH 03060-4716 | |
| 10925 | SISSON, WALTER, 5159 NORTHWEST RD., N.E., RIEGELWOOD, NC 28456-9403 | |
| 10925 | SISSON, WILLIAM, 3625 ST JOSEPHS RD, NEW ALBANY, IN 47150 | |
| 10924 | SISTER FRANCIS AMBULATORY HEALTH, 2026 SOUTH JACKSON, JACKSONVILLE, TX 75766 | |
| 10924 | SISTERS OF ST. JOSEPH'S, FRAMINGHAM, FRAMINGHAM, MA 01701 | |
| 10925 | SISTO, CHRISTINE, 23 OSBORNE AVE, LAKE RONKONKONA, NY 11779 | |
| 10925 | SISTOZA, ZENAIDA F, 13164 OAK FARM DR, WOODBRIDGE VA, VA 22192 | |
| 10925 | SISTRUNK, LAVIDA, 3614 RIPPLINGBROOK, MITCHELLVILLE, MD 20721 | |
| 10925 | SISTRUNK, WANDA, ROUTE 1 BOX 94, CARTHAGE, MS 39051 | |
| 10925 | SISTRUNK, YOLANDA, RT 2 BOX 127, OXFORD, AL 36203 | |
| 10925 | SISUNG, THOMAS, 2046 CANYON RD W, MCKEES ROCKS, PA 15136 | |
| 10925 | SISUNG-BOESCH, JEANNE, 5020 SWATHMORE ST., MARRERO, LA 70072 | |
| 10924 | SITE MIX READY MIX, 2250 JANITELL RD, COLORADO SPRINGS, CO 80906 | |
| 10924 | SITE MIX READY MIX, ATTN:  ACCOUNTS PAYABLE, COLORADO SPRINGS, CO 80960-0178 | |
| 10925 | SITE SUPPORT SERVICES, 10915 MCCORMICK RD., HUNT VALLEY, MD 21031 | |
| 10925 | SI-TECH INC, 218 BOSTON ST, TOPSFIELD, MA 01983-2200 | |
| 10925 | SI-TECH INDUSTRIES, 12057 SOUTH PAGE ST., CALUMET PARK, IL 60827 | |
| 10925 | SITEK, ROBERT, 2852 NATHANIEL WAY, BALTIMORE, MD 21219 | |
| 10924 | SITELINE GLASS, 1611 TANTOR, DALLAS, TX 75229 | |
| 10925 | SITES, DANA, 120 OAKWOOD DRIVE, JEFFERSON BORO, PA 15025 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SITES, MARY E, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | SITES, MARY, PO BOX 240, ATKINSON, NH 03811 | |
| 10925 | SITES, MICHAEL J, 6751 HICKORY MANOR CIRCLE, CHATTANOOGA, TN 37421 | |
| 10925 | SITES, PATRICIA, 75 MARBLE ST, LEWISTON, ME 04240 | |
| 10925 | SITGREAVES, JOHN, 4000 WEEKS PARK LN APT 124 II, WICHITA FALLS, TX 76308 | |
| 10925 | SITTARICH, JEFFREY, PO BOX5604, DE PERE, WI 54115 | |
| 10925 | SITTON, JUANITA, PO BOX 10814, GREENVILLE, SC 29603-0814 | |
| 10925 | SITTON, MARILYN, 8219 N CRAWFORD AVE, SKOKIE, IL 60076 | |
| 10925 | SITTON, TROY, PO BOX 10814, GREENVILLE, SC 29603-0814 | |
| 10925 | SITUS 3, 2436 SOUTH MIAMI BLVD, DURHAM, NC 27703 | |
| 10925 | SITZLAR, JANICE, 25800 HWY 72N, LOUDON, TN 37774 | |
| 10924 | SIU EDWARDSVILLE C/O PHILLIPS, # 40 COMMERCE DR., O'FALLON, IL 62269 | |
| 10925 | SIU, DWIGHT, 2550 GEARY BLVD, SAN FRANCISCO, CA 94115 | |
| 10925 | SIUDA, JOHN, 7371 TOWNLINE RD, N TONAWANDA NY, NY 14120 | |
| 10925 | SIV, SORPHAL, 1206 WEST ROCKLAND ST, 3, PHILADELPHIA, PA 19141 | |
| 10925 | SIVARAM PADMANABHAN, 600 PALICO ST, AYALA ALABANG VILLAGE, MUNTINLUPA CITY, METRO MANILA, PHILIPPINES | *VIA Deutsche Post* |
| 10925 | SIVELLS, RONNIE, 136 CALDWELL DR, HAMPTON, GA 30228 | |
| 10925 | SIVER INSURANCE MANAGEMENT, PO BOX 21343, SAINT PETERSBURG, FL 33742 | |
| 10925 | SIVER, JOHN, 1015 E WASHINGTON ST, GREENVILLE, SC 29601 | |
| 10925 | SIVERT, DELBERT, RT 3 BOX 17 304 HASTINGS ST, LA PLATA, MO 63549 | |
| 10925 | SIVERTS, AUDREE, 308 PROSPECT DRIVE, GLENDIVE, MT 59330-1945 | |
| 10925 | SIVULICH, LENORE, 47 GLOUCESTER HIL RD, NEW GLOUCESTER, ME 04260 | |
| 10925 | SIWAK, JOSEPH, 808 PARK AVE, QUAKERTOWN, PA 18951 | |
| 10925 | SIWICKI, CHRISTINE, 1300 LEE DRIVE APT #268, MOONTOWNSHIP, PA 15108 | |
| 10925 | SIWIK, GEORGE, 7611 HUNTERS RIDGE, KALAMAZOO, MI 49009 | |
| 10925 | SIWY, DAVIDA, PO BOX 644, HATBORO, PA 19040 | |
| 10925 | SIX FLAGS MARINE WORLD, 2001 MARINE WORLD PKWY, VALLEJO, CA 94589 | |
| 10924 | SIX PENN CENTER, 17TH & JFK BLVD, PHILADELPHIA, PA 19103 | |
| 10924 | SIX WORLD TRADE CENTER, NEW YORK, NY 10001 | |
| 10925 | SIX, ALAN, 6819 SHANTY RD, GREENLEAF, WI 54126 | |
| 10925 | SIX, KAREN, RT 3/BOX 486, DECATUR, TX 76234 | |
| 10925 | SIX, PRE, 111, NY, NY 11111 | |
| 10925 | SIX-44 MAIN INC., 644 MAIN ST, MONCTON, NB E1C 1E2CANADA | *VIA Deutsche Post* |
| 10925 | SIXT, ANNA, 376 WILLIAM ST, SOMERVILLE, NJ 08876-2018 | |
| 10925 | SIZEMORE, CHARLES, 2006 QUAIL RIDGE, ANDREWS, TX 79714 | |
| 10925 | SIZEMORE, HELEN, 8041 JUMPERS HOLD RD, PASADENA, MD 21122 | |
| 10925 | SIZEMORE, MALISSA, 6064 LEAFWOOD DRIVE, CARMICHAEL, CA 95608 | |
| 10925 | SIZEMORE, MICHAEL, PO BOX 1163, MEEKER, CO 81641 | |
| 10925 | SIZEMORE, RALPH, 30 WOODHARBOR DRIVE, TAYLORS, SC 29687-4026 | |
| 10925 | SIZEMORE, V, 8614 CHESTNUT OAK 12D, BALTIMORE, MD 21234 | |
| 10925 | SIZEMORES AMOCO SERVICE STATION, WEYMAN SIZEMORE, 309 EAST 8TH ST, JACKSONVILLE, FL 32206-3835 | |
| 10925 | SIZER, DEBRA, 3937 MOSS CREEK, FT COLLINS, CO 80526 | |
| 10924 | S-J ELECTRIC, 601 UNION ST., BROOKLYN, NY 11215 | |
| 10925 | SJB SERVICES INC, 1951-1 HAMBURG TURNPIKE, BUFFALO, NY 14218 | |
| 10925 | SJL, INC, 150 AIRPORT DRIVE-SUITE 4, WESTMINSTER, MD 21157 | |
| 10925 | SJODIN, ROGER, 8932 MC LENNAN, NORTH HILLS, CA 91343 | |
| 10924 | SJOSTROM & SON, 1129 HARRISON AVENUE, ROCKFORD, IL 61125 | |
| 10924 | SJOSTROM & SON, AIRPORT, ROCKFORD, IL 61100 | |
| 10924 | SJOSTROM & SON, BUSINESS RT. 20, ROCKFORD, IL 61125 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  SJOSTROM & SON, NORTH OF RIVERSIDE BLVD, MULFORD ROAD, LOVES PARK, IL 61111

10924  SJOSTROM & SON, RT 38 PORTABLE, ROCHELLE, IL 61068

10924  SJOSTROM & SONS INC., 1129 HARRISON AVE, ROCKFORD, IL 61125

10924  SJP PROPERTIES, 100 INTERPACE PARKWAY, PARSIPPANY, NJ 07054

10925  SJSAHS OCCUPATIONAL MEDICINE, PO BOX 861297, ORLANDO, FL 32886-1297

10925  SKADDEN ARPS SLATE MEAGHER & FLOM P, 1440 NEW YORK AVE NW, WASHINGTON, DC 20005-2107

10924  SKADDEN, ARPS, SLATE, MEAGHER & FLO, 1 BEACON ST, BOSTON, MA 02108

10924  SKADDEN, ARPS, SLATE, MEAGHER & FLO, 333 W WACKER DR, CHICAGO, IL 60600

10924  SKADDEN, ARPS, SLATE, MEAGHER & FLO, 919 THIRD AVE, NEW YORK, NY 10022

10925  SKAGGS, ROBERT, 334 WOODS AVE, OAK HILL, WV 25901

10925  SKAL BEVERAGES EAST INC, POBOX 303, EASTON, MA 02334

10925  SKALA, JULIE, 3225 STRATFORD LN SW, CEDAR RAPIDS, IA 52404

10925  SKALENDA, KEVIN, 721 OXFORD, ODESSA, TX 79764

10925  SKALKA, DAVID, 9015 MISTWOOD DR, POTOMAC, MD 20854-2884

10925  SKALNY, JAN, 6200 FLOTILLA DRIVE APT 254, HOLMES BCH, FL 34217

10925  SKALSKI, EDWARD, C/O DAVID SKALSKI, ADAMS, MA 01220

10925  SKAMOL INC, 8318 PINEVILLE MATTHEWS RD STE 267, CHARLOTTE, NC 28226-4755

10925  SKAMSER, LISA, 5330 SAN MATEO BLVD, ALBUQUERQUE, NM 87109

10925  SKARDA AND ASSOCIATES, INC, 2439 N. CHARLES ST., BALTIMORE, MD 21218

10925  SKARDON JR, AMBROSE HOOPER, ROUTE 10, 210 OAKWOOD COURT, GREENVILLE, SC 29607-5832

10925  SKARDON, AMBROSE, 22 ROBERTA DR, GREENVILLE, SC 29615-1646

10925  SKARKE, KENNETH, PO BOX 59, ORANGE GROVE, TX 78372

10925  SKASICK, ANTHONY, 1311 BLUEJAY, IOWA PARK, TX 76367

10925  SKASICK, TERRY, 1034 WESLEY DRIVE, WICHITA FALLS, TX 76305

10924  SKC AMERICA INC, 850 CLARK DRIVE, MOUNT OLIVE, NJ 07828

10924  SKC AMERICA, 307 N. PASTORIA, SUNNYVALE, CA 94086

10925  SKC COMMUNICATION PRODUCT, PO BOX 14156, LENEXA, KS 66285-4156

10925  SKC, INC, DEPT 8822, PITTSBURGH, PA 15278-8822

10925  SKC, INC, PO BOX 400244, PITTSBURGH, PA 15268-0244

10924  SKEBA LUMBER, HOME ACRES, ALPENA, MI 49707

10925  SKEEN JR, BARTON, 10 GLEZEN LANE, WAYLAND, MA 01778

10925  SKELDON, JAMES E, 6492 N WINDWOOD DR., WEST CHESTER, OH 45069

10925  SKELDON, JAMES, 6492 N WINDWOOD DR., WEST CHESTER, OH 45069

10925  SKELDON, MICHAEL S, 2942 CHIPPLEGATE, TOLEDO, OH 43614

10925  SKELDON, MICHAEL, 2942 CHIPPLEGATE, TOLEDO, OH 43614

10925  SKELGAS INC., 801 MONROE, MENDOTA, IL 61342-1663

10925  SKELGAS INC., PO BOX 1113, LA SALLE, IL 61301-3113

10925  SKELLENGER, MAX, 69706 JACKSON RD, WIOTA, IA 50274

10925  SKELTON, C, 1739 MARCELLA DRIVE, SIMI VALLEY, CA 93065

10925  SKELTON, DAVID, 19 COUNTRY CLUB DR., CANYON, TX 79015

10925  SKELTON, JOHN S, CUST FOR JOHN S SKELTON JR, UNIF GIFT MIN ACT SC, 123 BLAIRFIELD COURT, MOORE, SC 29369-9038

10925  SKELTON, MICHAEL, 3780 LK CARLTON RD, LOGANVILLE, GA 30249

10925  SKELTON, ROBERT, 4 LANGDON ROAD, NATICK, MA 01760

10925  SKELTON, THOMAS, 120 FAIRGROUND ROAD, WOODRUFF, SC 29388-0000

10925  SKENANDORE, KEITH, N5680 COUNTY RD E, DE PERE, WI 54115

10925  SKIBINSKI, GERARD, 23847 S WILLOW LANE, MINOOKA, IL 60447

10924  SKIDMORE COLLEGE, LUCY SCRIBNER LIBRARY, SARATOGA SPRINGS, NY 12866

10924  SKIDMORE COLLEGE, SARATOGA SPRINGS, NY 12866

10924  SKIDMORE COLLEGE, SARATOGA, NY 12866

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  SKIDMORE SALES & DISTRIBUTING CO., 10310 JULIAN DRIVE, CINCINNATI, OH 45215-1131

10925  SKIDMORE, FLOYD, PO BOX 613, NAPOLEONVILLE, LA 70390

10925  SKIDMORE, MARTHA, 140 COOL RIVER DR, MARIETTA, SC 29661

10925  SKIDMORE, MICHAEL E, 7 BERKSHIRE WAY, SIMSBURY, CT 06070

10925  SKIDMORE, MICHAEL, 7 BERKSHIRE WAY, SIMSBURY, CT 06070

10925  SKIDMORE, RANDY, 638 KINGMAN DRIVE, CHARLOTTE, NC 28217

10925  SKIDMORE, THOMAS, 140 COOL RIVER DRIVE, MARIETTA, SC 29661-9781

10925  SKILES, DORENE, 16 LYNN ACES, IMPERIAL, MO 63052

10925  SKILES, LONNIE, 176 WINDSURFER COURT, VALLEJO, CA 94591

10924  SKILLED NURSING FACIITY FIELD, DAVIS ACOUSTICAL C/O BAST HATFIELD, TROY, NY 12180

10925  SKILLING ANDREWS, ANN, 11720 E SHORE DR, WHITMORE LAKE, MI 48189-9104

10925  SKILLPATH ON SITE, PO BOX 522, MISSION, KS 66201-0522

10925  SKILLPATH SEMINAR, PO BOX 804441, KANSAS CITY, MO 64180-4441

10925  SKILLPATH SEMINARS, PO BOX 2768, MISSION, KS 66201-2768

10925  SKILLPATH SEMINARS, POBOX 804441, KANSAS CITY, MO 64180-4441

10925  SKILLSEARCH CORPORATION, 3354 PERIMETER HILL DR., STE 235, NASHVILLE, TN 37211

10925  SKINNER ENGINE COMPANY, PO BOX 642288, PITTSBURGH, PA 15264-2288

10925  SKINNER, ADRIAN, 4822 TENNILLE COURT, CHARLOTTE, NC 28212

10925  SKINNER, ALVIN, PO BOX 391, TEXAS CITY, TX 77592

10925  SKINNER, DARREN, 203 ANDREA CIR #4, EASLEY, SC 29642

10925  SKINNER, DAVID, 555 PERRYMAN BRIDGE RD, HEFLIN, AL 36264

10925  SKINNER, DAVID, 555 PERRYMAN BRIDGE, HEFLIN, AL 36264

10925  SKINNER, DONNA, 11211 PASO DEL OSO, ALBUQUERQUE, NM 87111

10925  SKINNER, GLADYS, 355 EAST COLUMBUS ST, PICKERINGTON, OH 43611

10925  SKINNER, J, 718 JACKSON ST, WOODWARD, OK 73801

10925  SKINNER, JAMES, PO BOX 200, JOXEY, AL 36921

10925  SKINNER, JAMES, PO BOX 778, PELAHATCHIE, MS 39145

10925  SKINNER, JOHN, 20 PROSPECT SQ, GLOUCESTER, MA 01930

10925  SKINNER, LUTHER, 1300 GODFREY, MIDLAND, TX 79703

10925  SKINNER, M, 241 WEST 29TH ST, NORFOLK, VA 23504

10925  SKINNER, MONA, 835 W. GROVE ST, RIALTO, CA 92376

10925  SKINNER, WILMA, 7600 W. AIRPORT #306, HOUSTON, TX 77071

10925  SKINNER-GAINES, JOYCE, PO BOX 543013, DALLAS, TX 75354

10925  SKIPPER III, JOSEPH, 7736 SPENCER ROAD, GLEN BURNIE, MD 21060

10925  SKIPPER, JEANETTE, 2336 CHRISTIAN ST., PHILADELPHIA, PA 19146

10924  SKIPWITH ASSISTED LIVING, 11204 HOPSON ROAD, ASHLAND, VA 23005

10925  SKIRKA, JAMES, 425 MARYLAND AVE, CATONSVILLE, MD 21228

10925  SKIRKA, TRACEE, 425 MARYLAND AVE, CATONSVILLE, MD 21228

10925  SKIRKA, WILLIAM, 2852 TENNESSEE AVE., BALTIMORE, MD 21227

10925  SKIRKO, LANA, 909 E 20TH ST, SANTA ANA, CA 92706

10925  SKJERVE, PATRICE, 3717 BEECHWOOD, SPRINGFIELD, MO 65807

10925  SKLAVER, STUART, 191 BAINBRIDGE ST, MALDEN, MA 02148

10924  SKM METERED CONCRETE, 7220 SO.O'BRIAN ST, TAMPA, FL 33616

10925  SKOBLOW, EMILE G, 35-45 79TH ST, JACKSON HEIGHTS, NY 11372-4818

10925  SKODA, BERNADETTE, 68 MEADOWBROOK DRIVE, SOMERVILLE, NJ 08876

10925  SKOG, LINDA LESLIE, 812 NO OAKES ST, TACOMA, WA 98406-0000

10924  SKOLNIK INDUSTRIES, INC, 4900 S. KILBOURN AVE, CHICAGO, IL 60632

10925  SKONDERIKLIS, EVANTHIA, 6 OVERLOOK RD, NEW CITY, NY 10956

10925  SKOPIC, TODD, 13149 DEANMAR DR, HIGHLAND, MD 20777

10925  SKORD, JENNIFER, 133 COUNTRY LANE, PITTSBORO, NC 27312

10925  SKOREPA, BEN, 3209 SO SHARTEL, OKLAHOMA CITY, OK 73109

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SKOV, EBBE, 25652 SANTO DRIVE, MISSION VIEJO, CA 92691

10925   SKOV, JANET, 3 GASLIGHT LANE, EASTON, MA 02356

10925   SKOW JT TEN, BURTON F & DORIS W, 1862 HOMESTEAD RD, SANTA CLARA, CA 95050-6929

10924   SKOWF, 411 BURTON ROAD, LEXINGTON, SC 29072

10924   SKOWF, INC., 1122 LADY STREET SUITE 1080, COLUMBIA, SC 29201

10924   SKOWF, INC., FIVE MOORE DRIVE,NORTH P1172, RESEARCH TRIANGLE PARK, NC 27709

10925   SKOWRONSKI, MICHAEL, 7 CINAMON CREEK, PALOS HILLS, IL 60465

10925   SKREHOT, DARREN, 4530 BRIAR HOLLOW PL, HOUSTON, TX 77027

10925   SKULJ, JOSEPH, 236 CONCORD AVE, TORONTO, ON M6H 2P5CANADA     *VIA Deutsche Post*

10924   SKUNKWORKS, MARTIN BROS., BURBANK, CA 91501

10925   SKUPIEN, REGINA, PO BOX 473, HENRYETTA, OK 74437-0473

10925   SKVORAK, GARY, 2350 MC BRIDE LANE, SANTA ROSA, CA 95403

10924   SKW BIO SYSTEM, PO BOX 1609, WAUKESHA, WI 53187

10924   SKW BIO SYSTEM, W. 194 N. 11411, GERMANTOWN, WI 53022

10925   SKW CHEMICALS, PO BOX 101558, ATLANTA, GA 30392

10925   SKWIERTZ, MARY, 126 UPPER LAKESHORE DRIVE, KATONAH, NY 10536

10925   SKY COURIER, 1851 ALEXANDER BELL DR, RESTON, VA 20191

10925   SKY COURIER, 21240 RIDGETOP CIRCLE, STERLING, VA 20166

10924   SKY VILLAS HILTON, SMITH & GREEN, LAS VEGAS, NV 89109

10925   SKYGUIDE, POBOX 3229, HARLAN, IA 51593-0409

10925   SKYJACK PARTS, 990 VERNON RD., WATHENA, KS 66090

10925   SKYJACK, 3451 SWENSON AVE., SAINT CHARLES, IL 60174

10924   SKYLAND HOSPITAL SUPPLY, CEDAR LAKE ROAD, RIPLEY, WV 25271

10925   SKYLES, ROBERT, 3136 GROSS ROAD, SANTA CRUZ, CA 95062

10924   SKYLINE BUILDERS, EDISON ST, MENLO, GA 30731

10924   SKYLINE COLLEGE, FRED MEISWINKLE, SAN BRUNO, CA 94066

10925   SKYLINE DISPLAY & DESIGN INC, 2330 W UNIVERSITY DRIVE SUITE 8, TEMPE, AZ 85281

10925   SKYLINE DISPLAY & DESIGN INC, 6720 PLACID ST SUITE A, LAS VEGAS, NV 89119

10925   SKYLINE DISPLAYS & GRAPHICS, 2 CENTENNIAL DRIVE, PEABODY, MA 01960

10925   SKYLINE DISPLAYS OF ORANGE CTY. INC, 1881 S.CHRIS LANE, ANAHEIM, CA 92805-6704

10925   SKYLINE DISPLAYS ORANGE COUNTY, 1881 S CHRIS LANE, ANAHEIM, CA 92805

10925   SKYLINE TRANSPORTATION INC, POBOX 22989, KNOXVILLE, TN 37933-0989

10925   SKYLINE, 435 INDIO WAY, SUNNYVALE, CA 94086

10925   SKYTEL / PROCESSING CENTER, PO BOX 3887, JACKSON, MS 39207-3887

10925   SKYTEL, PO BOX 740577, ATLANTA, GA 30374-0577

10925   SKYTEL, POBOX 3887, JACKSON, MS 39207-3887

10925   SKYTEL, POST OFFICE BOX 3887, JACKSON, MS 39207-3887

10925   SLA, MARYLAND CHAPTER, 204 WIGHT AVE, HUNT VALLEY, MD 21031

10925   SLA, MARYLAND CHAPTER, 3 HOLLY CT., HUNT VALLEY, MD 21031

10924   SLACK CHEMICAL CO., INC., 465 SOUTH CLINTON STREET, CARTHAGE, NY 13619

10924   SLACK CHEMICAL CO., INC., PO BOX 30, CARTHAGE, NY 13619

10924   SLACK CHEMICAL, 465 S. CLINTON STREET, CARTHAGE, NY 13619

10925   SLACK, ELIZABETH, 519 6 TH ST NW, WASH, DC 20001

10925   SLACK, LINDA, 207 JAMESTOWN RD., NITRO, WV 25143

10925   SLACK, WILLIAM, 45-090 NAMOKU ST, KANEOHE, HI 96744

10925   SLADE, BARNEY, 347 BROOKVIEW TRAIL, LAWRENCEVILLE, GA 30244-2905

10925   SLADE, CRAIG, 253 VIRGINIA ST, LOCKPORT, LA 70374

10925   SLADE, DAVID, PO BOX 1596, PURVIS, MS 39475

10925   SLADE, DONALD, 4 EDITH ST, HYDE PARK, MA 02136

10925   SLADE, JACKIE, PO BOX 402, PURVIS, MS 39475

10925   SLADE, MARK, 393 MT. MORIAH ROAD, AUBURN, GA 30203

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SLADKY, JOHN, 26535 DOVERLINE ROAD, WATERFORD, WI 53185 | |
| 10925 | SLADKY, LISA, 819 N. 16TH ST., 426, MILWAUKEE, WI 53233 | |
| 10925 | SLAGLE, CHARLES, 4646 ST RT 138 NE, GREENFIELD, OH 45123 | |
| 10925 | SLAGLE, MARK, 9209 CEDARCREST DR, BETHESDA, MD 20814 | |
| 10925 | SLAGMOLEN, HENRY, 1848 W SCHWARTZ BLVD, LADY LAKE, FL 32159 | |
| 10925 | SLAIGHT, DARRELL, 831 STOUT, CRAIG, CO 81625 | |
| 10925 | SLANE, JAMES, 12698 RT 216, HIGHLAND, MD 20777 | |
| 10925 | SLANE, MICHAEL, 1326 WESTHILLS LN, RESTON, VA 22090 | |
| 10925 | SLANGA, JOSEPH, 204 EAST BELAIR DRIVE, MOSES LAKE, WA 98837 | |
| 10925 | SLANGAL, DEBORAH, 3511 LONE VALLEY, SAN ANTONIO, TX 78247 | |
| 10925 | SLANK, ELEANOR, 270 OVERLOOK ROAD, NESCOPECK, PA 18635 | |
| 10925 | SLAPP, TODD, 1607 OAK LEAF DR, GREEN BAY, WI 54304 | |
| 10925 | SLATE, GARY, 2329 LANEHART, HOBBS, NM 88240 | |
| 10925 | SLATE, JANE A, CUST FOR REBECCA L SLATE, UNIF GIFT MIN ACT IL, 115 N KENNICOTT, ARLINGTON HEIGHTS, IL 60005-1220 | |
| 10925 | SLATE, STANLEY, PO BOX 442, PHILADELPHIA, NY 13673-0442 | |
| 10925 | SLATEN, NORA A, 43 ROOSEVELT DR, W HAVERSTRAW, NY 10993 | |
| 10924 | SLATER BUILDERS SUPPLY INC, 8 SLATER LANE, THE PLAINS, OH 45780 | |
| 10924 | SLATER BUILDERS SUPPLY, 35255 HOCKING DRIVE, LOGAN, OH 43138 | |
| 10924 | SLATER BUILDERS SUPPLY, 8 SLATER LANE, THE PLAINS, OH 45780 | |
| 10925 | SLATER JR, FRANCIS, 6018 SPING OAK HOLLOW, SPRING, TX 77379 | |
| 10925 | SLATER, DARBY, 2423 15TH AVE, SAN FRANCISCO, CA 94116 | |
| 10925 | SLATER, DAVID, 11667 SOUTHWEST BOWMONT, PORTLAND, OR 97225 | |
| 10925 | SLATER, DENIS, 15 KENWIN ROAD, WINCHESTER, MA 01890 | |
| 10925 | SLATER, EDNA, 1195 ARCHER LANE, LANSDALE, PA 19446 | |
| 10925 | SLATER, GLADYS, % R.W. NELSON, 551 HILL TERR., WINNETKA, IL 60093 | |
| 10925 | SLATER, HOWARD, 605 ROAD 11, POWELL, WY 82435-0000 | |
| 10925 | SLATER, JEANNE MAE, 15007 BURBANK BLVD APT 111, VAN NUYS, CA 91411-3661 | |
| 10925 | SLATER, LORRAINE, 422 VICTORIA AVE, WILIMINGTON, DE 19804 | |
| 10925 | SLATER, MICHAEL, 113 W. 10TH ST., APT. 1, IMPERIAL, CA 92251 | |
| 10925 | SLATER, NORMA, 605 ROAD 11, POWELL, WY 82435-0903 | |
| 10925 | SLATER, RICHARD, 109 W WHARTON, ELECTRA, TX 76367 | |
| 10925 | SLATER, SCAVELLAS, 1230 13TH ST, WASHINGTON, DC 20005 | |
| 10925 | SLATES ELECTRIC INC., 4731 SOUTH AVE UNIT #2, TOLEDO, OH 43615 | |
| 10925 | SLATNICK, LINDA, 40 BROADVIEW AVE, MAPLEWOOD, NJ 07040 | |
| 10925 | SLATON, BEVERLY, 100 MEADORS AVE, GREENVILLE, SC 29605 | |
| 10925 | SLATON, MICHAEL, RT 1 BOX 298A, BETHLEHEM, GA 30620 | |
| 10925 | SLATON, TINA, ROUTE 1, HOMER, GA 30547 | |
| 10924 | SLATTERY ASSO, 16-16 WHITESTONE EPWY, WHITESTONE, NY 11357 | |
| 10924 | SLATTERY ASSOCIATES, CAMBRIDGE, MA 02140 | |
| 10925 | SLATTERY, ANNE, 2521 SE E ANCHORAGE COVE, E2, PORT ST. LUCIE, FL 34952 | |
| 10925 | SLATTERY, DAVID, 5027 W. 13TH ST, SPEEDWAY, IN 46224 | |
| 10925 | SLATTERY, LOIS, 29 MOORE ST, SOMERVILLE, MA 02144 | |
| 10925 | SLATTERY, MARYANN, 19 HEATH ST, FALL RIVER, MA 02721 | |
| 10925 | SLATTUM, PAUL, 1538 SIMPSON ST #7, MADISON, WI 53713 | |
| 10925 | SLATUS JT TEN, ERMA & MORTON, 44 FOREST DR, WURTSBORO, NY 12790-8100 | |
| 10925 | SLAUGH, ALLEN, BOX 244, MEEKER, CO 81641 | |
| 10925 | SLAUGH, LEE, 34 ROAD 5255, BLOOMFIELD, NM 87413 | |
| 10924 | SLAUGHTER AND MAY, 35 BASINGHALL STREET, LONDON, LO EC2V 5DBUNK | *VIA Deutsche Post* |
| 10925 | SLAUGHTER III., JIMMY, 2752 W 90TH PLACE, EVERGREEN PK, IL 60805 | |
| 10925 | SLAUGHTER, BONNIE, BOX 338, PAULS VALLEY, OK 73075 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SLAUGHTER, BRUCE, 900 RENWICK, 432, HOUSTON, TX 77096

10925    SLAUGHTER, DARRYL, 2925 HAMELN DR, SAINT CHARLES, MO 63301

10925    SLAUGHTER, DARRYL, 2925 HAMELN DRIVE, ST. CHARLES, MO 63301

10925    SLAUGHTER, DEBRA, PO BOX 4323, MONTGOMERY, AL 36103

10925    SLAUGHTER, GEORGIANA, 5561 BOYNTON RISE LN, BOYNTON BEACH, FL 33437

10925    SLAUGHTER, GLORIA, 40 COPPERFIELD CT NORTH COLONY, JACKSON, MS 39402

10925    SLAUGHTER, MARTI, 3196 FAIRVIEW, COVINGTON, GA 30209

10925    SLAUGHTER, MARYANN, 1614 20TH AVE, GULFPORT, MS 39501

10925    SLAUGHTER, PATRICE, 2728 HOMAN, WACO, TX 76707

10925    SLAUNWHITE, ALEX, 1777 ARLIN PLACE #E, FAIRBORN, OH 45324

10924    SLAUSON AVALON, PERLITE PLASTER, LOS ANGELES, CA 90001

10925    SLAUSON, RICHARD, 401 WEST 2ND, LIBBY, MT 59923

10925    SLAUSON, RICHARD, 401 WEST 2ND, LIBBY, MT 59923-1749

10925    SLAVEN, ROBERT, 5029 VALLEY VIEW, LA PORTE, TX 77571

10925    SLAVEN, ROBERT, 5029 VALLEY VIEW, LAPORTE, TX 77571

10924    SLAVIN READY MIX INC., OLD RT 28, FLEISCHMANNS, NY 12430

10925    SLAVIN, ROBERT, 855 HANOVER ST, MANCHESTER, NH 03104

10925    SLAYDON, CHARLES, 26 BILL BUSH ROAD, PICAYUNE, MS 39466

10924    SLAYTON READY MIX - AVOCA, AVOCA, MN 56114

10924    SLAYTON READY MIX, HWY 59, SLAYTON, MN 56172

10925    SLAYTON, JEWELEEN, 2434 DUPONT ST, OXNARD, CA 93033

10925    SLAYTON, RONALD, 1015 ERWIN DRIVE, JOPPATOWNE, MD 21085

10924    SLAYTON'S CONCRETE, INC., 2330 26TH STREET, SLAYTON, MN 56172

10925    SLC INC, 65 COUNTRY ROAD, 826, CULLMAN, AL 35056

10925    SLEDGE, BENNY, 17 LANE AVE., GREENVILLE, SC 29607

10925    SLEDGE, CHERYL, 152 GRAND AVE, RIDGEFIELD PARK, NJ 07660-1242

10925    SLEDGE, STEPHANIE, ROUTE 3 BOX 244 A24, ROANOKE RAPIDS, NC 27870

10925    SLEDGE, VICTORIA, 4122 NW 68TH DR, GAINESVILLE, FL 32606

10925    SLEEPER, DANIEL, 452 BEACON ST. #1, BOSTON, MA 02216-0001

10925    SLEEPER, HARLAN, 708 7TH ST , NE, INDEPENDENCE, IA 50644

10925    SLEEPER, ROBERT, 33826 BLACKFOOT, WESTLAND, MI 48185

10925    SLEEPER, VIRGINIA, 708 7TH ST NE, INDEPENDENCE, IA 50644

10925    SLEISTER, WILLIAM, 24 GRANT ST, RIVERSIDE, NJ 08075

10925    SLEMMER II, IRVIN, 963 W. 41ST ST, HOUSTON, TX 77018

10925    SLEMMER, LAURA, 356 TREMONT AVE., MILLTOWN, NJ 08850

10925    SLEZAK, DONALD, 801 WESTRN COLLEGE RD, CEDAR RAPIDS, IA 52401

10924    SLIDELL HOSPITAL, 100 SLIDELL CENTER ROAD, SLIDELL, LA 70461

10924    SLIDELL MEMORIAL HOSPITAL, 1001 GAUSE BLVD, SLIDELL, LA 70458

10925    SLIGER, CHERIE, 7607 EVERGREEN BROOKWAY, HOUSTON, TX 77095

10925    SLIMP, THOMAS, 4636 CRYSTAL DR, COLUMBIA, SC 29223

10925    SLINKER, LARRY, 5360 WEST JACKSON ST, INDIANAPOLIS, IN 46241

10925    SLINKER, VALERIE, 5495 S RT. #1, ST. ANNE, IL 60964

10925    SLITSKY, CATHERINE, 2208 TIMBERLANE AVE, SIMI VALLEY, CA 93062-3530

10925    SLIVINSKY, ROBERT, 9540 SUGARHOLLOW LANE, JACKSONVILLE, FL 32256

10925    SLIVO, ZAIA, 1830 GEAR RD, TURLOCK, CA 95380

10925    SLIWA, GRACE S, 10621 HIGHWOOD LANE, SUN CITY, AZ 85373-1944

10925    SLOAN & ASSOCIATES, 417 HADDON AVE, HADDONFIELD, NJ 08033

10925    SLOAN & PRICE, 101 E WHALEY PODRAWER 2909, LONGVIEW, TX 75606

10924    SLOAN KETTERING CANCER CENTER, C/O MORELL BROWN, 1275 YORK AVE., NEW YORK, NY 10001

10925    SLOAN MANAGEMENT REVIEW, PO BOX 55254, BOULDER, CO 80321-5254

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　SLOAN MANAGEMENT REVIEW, PO BOX 55254, BOULDER, CO 80322-5254

10925　SLOAN TRUCKING, PO BOX 530912, GRAND PRAIRIE, TX 75053-0912

10925　SLOAN, D, 53 MUIRFIELD PKWY., CHARLESTON, SC 29414

10925　SLOAN, DIANE, 9 TWO LOCH PLACE, CHARLESTON, SC 29414

10925　SLOAN, DONALD, 1534 REDFIELD ROAD, BEL AIR, MD 21014

10925　SLOAN, E, 776-600 ST, HUMBOLDT, KS 66748

10925　SLOAN, HERMAN, 198 CAROUSEL DR, WOODRUFF, SC 29388

10925　SLOAN, JENNIFER, 475 EAST 62ND, DENVER, CO 80216

10925　SLOAN, JIMMY, 721 S LINE ST EXT, GREER, SC 29651

10925　SLOAN, JOANN, 5531-B 34TH ST, LUBBOCK, TX 79407

10925　SLOAN, JOHN CURRIE, 4014 S LOOKOUT, LITTLE ROCK, AR 72205-2029

10925　SLOAN, KELLY, 23 SOUTH PAULA, LAUREL, MD 20704

10925　SLOAN, LATOSCHA, 4 IDLEWILDE AVE, GREENVILLE, SC 29605

10925　SLOAN, MARY, 631 MADISON ST, DENVER, CO 80206

10925　SLOAN, MERCEDES, 3981 PORT ROAD, CHESAPEAKE, VA 23321

10925　SLOAN, PAMELA, 13 DOUGLAS DR, TOWACO, NJ 07082

10925　SLOAN, RAY, 8729 DENA LANE, OKLAHOMA CITY, OK 73132

10925　SLOAN, RAYMOND, 620 N E MAIN ST, SIMPSONVILLE, SC 29681

10925　SLOAN, ROBERT, 122 SUNSET LANE, MOORE, SC 29369-9719

10925　SLOAN, ROSALYN, 455 MOUNTAIN PASS RD, BLUE RIDGE, VA 24064

10925　SLOAN, SUSAN, 19113 GROTTO LN., GERMANTOWN, MD 20874

10925　SLOAN, VIRGINIA, 695 SLOAN ROAD, LYMAN, SC 29365

10925　SLOANE, CAROLINE, 3414 CURTIS DR. APT #407, TEMPLE HILLS, MD 20746

10925　SLOAT, KENNETH, 419 W SEYMOUR ST, APPLETON, WI 54915

10925　SLOCUM, WRENN, 4408 ROSEMARY CT., MARIETTA, GA 30066

10925　SLOGGETT, JEANETTE, 20707 N 67TH AVE #258, GLENDALE, AZ 85308

10925　SLOMAN, RUSSELL, 1330 JACKSON ST, ROCKFORD, IL 61107-4215

10924　SLON INC, 307 W 65TH ST, FOWLER, IN 47944

10924　SLON INC, 406 S. RAILROAD ST., FOWLER, IN 47944

10925　SLONINA, RAYMOND, 3910 BERKELEY VIEW DR, BERKELEY LAKE, GA 30096

10925　SLOOP, SUE, 100 CYPRESS LN SOUTH, SPARTANBURG, SC 29307

10925　SLOSAR, DIANE, 4626 FLORIDA ST, SAN DIEGO, CA 92115

10925　SLOSAR, FRANK, 13715 EAST 33RD PLAC, TULSA, OK 74134

10925　SLOSS INDUSTRIES CORP, POBOX 11407, BIRMINGHAM, AL 35246-0264

10924　SLOSS INDUSTRIES CORP., 4200 FL SHUTTLESWORTH DRIVE, BIRMINGHAM, AL 35207

10924　SLOSS INDUSTRIES CORP., PO BOX 5327, BIRMINGHAM, AL 35207

10925　SLOSS INDUSTRIES CORPORATION, SPEED NO 0264, BIRMINGHAM, AL 35246-0264

10925　SLOSSER, LESLIE, 226 SOUTH DAWN MARIE DR, ROUND LAKE, IL 60073

10925　SLOTA, EDWARD, 10 WHITE ACORN CIR, WARWICK, RI 02886

10925　SLOTTEN, JUDITH, 2001 N SHERMAN AVE., MADISON, WI 53704

10925　SLOTTER, KENNETH, 55 YOUNKEN ROAD, QUAKERTOWN, PA 18951

10925　SLOTWINSKI, EDWARD J, 10136 FROST WAY, ELLICOTT CITY, MD 21043

10925　SLOTWINSKI, EDWARD, 10136 FROST WAY, ELLICOTT CITY, MD 21042

10925　SLOVE, ANDREA, 1605 WOODHAVEN COURT, MUNDELEIN, IL 60060

10925　SLOVE, LISA, 406 W HAWTHORNE BLVD, MUNDELEIN, IL 60060

10925　SLOW CORP, PO BOX 454, MANITOWOC, WI 54221-0454

10925　SLOWIAK, MICHAEL, 408A CRESTWOOD DR, ELKHART LAKE, WI 53020

10925　SLOWIK, ROBERT, 3659 TAHO TRAIL, LAKE, MI 48632-9125

10925　SLOWIKOWSKI, JOSEPH, 8252 MINTON COURT, MILLERSVILLE, MD 21108

10925　SLUDER, GRAHAM, 1539 NORTH WOODBURY RD, SENECA, SC 29672

10925　SLUDER, VICKI, 4753 PEARCE AVE, LONG BEACH, CA 90808

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SLUSSER, COLLEEN, 400 NORTHAMPTON COURT, NAPERVILLE, IL 60565 | |
| 10925 | SLUSSER, CYNTHIA, BOX 249, 241 OLIVE ST, NESHANIC STA, NJ 08853 | |
| 10925 | SLUSSER, ESTHER, 1619 LANGSTON AVE SW, ATLANTA, GA 30310 | |
| 10925 | SLUSSER, MICHAEL, 253 CROOKED CREEK RD., AIKEN, SC 29801 | |
| 10925 | SLUSSER, STANLEY, 400 NORTHAMPTON CT, NAPERVILLE, IL 60565 | |
| 10925 | SLUTSKIY, MIKHAIL, 46 PARK ST, MALDEN, MA 02148 | |
| 10925 | SLUTSKY, MARTIN HOWARD, 102-2770 BURRARD ST, VANCOUVER, BC V6J 3J8CANADA | *VIA Deutsche Post* |
| 10925 | SLUTTER, RICHARD, PO BOX 182, THREE BRIDGES, NJ 08887 | |
| 10925 | SLY JR, GEORGE, 31847 MEADOW PLACE, MANNFORD, OK 74044 | |
| 10925 | SLY, INC, PO BOX 94830, CLEVELAND, OH 44101-4830 | |
| 10925 | SM CONSULTING, INC, 1306 CONCOURSE DR.STE 200, LINTHICUM, MD 21090 | |
| 10925 | SMA CONTROLS, 50 PARK ST, MEDFIELD, MA 02052 | |
| 10925 | SMAALADEN, DENNIS, 820 NW 21ST ST, PORTLAND, OR 97209 | |
| 10925 | SMAHA, DAWN ANN, POBOX 65, GLASSER, NJ 07837 | |
| 10925 | SMALARA, STANLEY, PO BOX 29332, CHICAGO, IL 60629 | |
| 10925 | SMALL AND MOSS-ASPHALT & PAVING, 113 WOODLAWN AVE, UNION, SC 29379 | |
| 10925 | SMALL CLAIMS COURT JEFFERSON COUNTY, 701 NORTH 23TH ST, BIRMINGHAM, AL 35202 | |
| 10925 | SMALL COMPUTER BOOK CLUB, THE, PO BOX 6308, RIVERSIDE, NJ 08370 | |
| 10924 | SMALL CREEK VINEYARDS, 3211 DRY CREEK ROAD, NAPA, CA 94558 | |
| 10925 | SMALL ENGINE REPAIRS, 830 STARR AVE, TOLEDO, OH 43605 | |
| 10925 | SMALL, ADAM, KANSAS ST UNIV 1508 1/2 HUMBOLDT, MANHATTAN, KS 66502 | |
| 10925 | SMALL, BRIAN, 511 BRIAR CIRCLE SOUTH, KUTZTOWN, PA 19530 | |
| 10925 | SMALL, CEPHAS, 140 CALUMET ST APT. #2, BOSTON, MA 02120 | |
| 10925 | SMALL, DEBORAH ANN, 1763 CHESTER RD, BETHLEHEM PA, PA 18017 | |
| 10925 | SMALL, GREGG, 310 BIRCHWOOD, PALATINE, IL 60067 | |
| 10925 | SMALL, LUCILLE, 14 MESSERUY ST, SALEM, MA 01970 | |
| 10925 | SMALL, MARC, 5 LITTLEFIELD RD, ACTON, MA 01720 | |
| 10925 | SMALL, MICHAEL, 1354 W. GEORGE ST., CHICAGO, IL 60657 | |
| 10925 | SMALL, MICHAEL, 5 LITTLEFIELD ROAD, ACTON, MA 01720 | |
| 10925 | SMALL, REBECCA J, 43 DARTMOOR WAY, YARMOUTHPORT MA, MA 02675 | |
| 10925 | SMALL, RICHARD, 9205 H GOLD DUST CT, LAUREL, MD 20723 | |
| 10925 | SMALL, TERRY, 1044 CARMADELLE, MARRERO, LA 70072 | |
| 10925 | SMALLEY, ADRIENNE, 1115 CROSSBROOK, SAN ANTONIO, TX 78253 | |
| 10925 | SMALLEY, DARON, W 3792 PARDEEVILLE ROAD, CAMBRIA, WI 53923 | |
| 10925 | SMALLEY, DAVID, 1918 YORKTOWN CT, LANCASTER, OH 43130-1242 | |
| 10925 | SMALLEY, NANCY, 1157 W FAIRHILL DR, W COLUMBIA, SC 29170 | |
| 10925 | SMALLEY, NEPHI J, 2512 TYLER AVE., OGDEN, UT 84401 | |
| 10925 | SMALLEY, NEPHI, 2512 TYLER AVE, OGDEN, UT 84401 | |
| 10925 | SMALLEY, PARRISH, 6055 S.NORCROSS TUCKER RD., NORCROSS, GA 30092 | |
| 10925 | SMALLEY, STEPHEN, PO BOX 112, RR #2, BOONE, IA 50036 | |
| 10925 | SMALLEY, WADE, 13725 EARLYWOOD, SAN ANTONIO, TX 78233 | |
| 10925 | SMALLMAN, JAMES, 2446 MCCLANAHAN RD., MORRISTOWN, TN 37813 | |
| 10925 | SMALLS ASPHALT & PAVING, 512 WEST LAKE VIEW DRIVE, DUNCAN, SC 29334 | |
| 10925 | SMALLS, CARL, 2027 TAYLORCRAFT DRIVE, CHARLESTON, SC 29407 | |
| 10925 | SMALLS, JAMES, PO BOX 1134, GOOSE CREEK, SC 29445 | |
| 10925 | SMALLS, RONALD, 801 PAULARINO APT 201-B, COSTA MESA, CA 92626 | |
| 10925 | SMALLS, SHARON, 3855 BLAIR MILL RD., HORSHAM, PA 19044 | |
| 10925 | SMALLWOOD, ANGELA, 25 HAVERFORD ST, JAMAICA PLAIN, MA 02130 | |
| 10925 | SMALLWOOD, CHADRICK, PO BOX 544, GRAY COURT, SC 29645 | |
| 10925 | SMALLWOOD, JAMES, 330 ABERCROMBIE ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | SMALLWOOD, JULIE, 2820 PARK CHASE DR., SNELLVILLE, GA 30278 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SMALLWOOD, SANDRA, 9350 N 67TH AVE #154, GLENDALE, AZ 85302 | |
| 10925 | SMALLWOOD, SCOTT, 6984 BUCKSKIN DR, LITTLETON, CO 80125 | |
| 10925 | SMALLWOOD, TIFFANY, 2129 REEDY FORK RD, PELZER, SC 29669 | |
| 10925 | SMALLWOOD, WILLIAM, 404 N BEVERLY DR, WICHITA FALLS, TX 76305 | |
| 10925 | SMARSH, EDWARD, 4 DAVID REYNOLDS RD, HAMPTON, NJ 08827 | |
| 10925 | SMART & BIGGAR, PO BOX 2999 STATION D, OTTAWA, ON K1P 5Y6CANADA | *VIA Deutsche Post* |
| 10925 | SMART & BIGGER, P O BOX 2999, STATION D, OTTAWA, ON K1P 5Y6CANADA | *VIA Deutsche Post* |
| 10925 | SMART CORPORATION, PO BOX 1812, ALPHARETTA, GA 30023-9901 | |
| 10925 | SMART LINC INC, 8200 W BROWN DEER ROAD, MILWAUKEE, WI 53223 | |
| 10925 | SMART PHOTO, 8222 GLADES ROAD, BOCA RATON, FL 33434 | |
| 10925 | SMART STORAGE INC, 100 BURTT ROAD, ANDOVER, MA 01810 | |
| 10925 | SMART, JAMES, 7529 STONECREST RD, ALVIN, TX 77511 | |
| 10925 | SMART, LOIS, 410 WASHINGTON RD, WOODBURY, CT 06798 | |
| 10925 | SMART, MARGARET, 7670 GREENWOOD ROAD, VERONA, WI 53593 | |
| 10925 | SMART, ROBBIE, 2306 N REBECCA, ODESSA, TX 79763 | |
| 10925 | SMARTER SPRINKLERS & DRAIN SYSTEMS, 9312 LOUETTA ROAD, SPRING, TX 77379 | |
| 10925 | SMARTT, LINDA, 1810 E.BROWNSTONE CT, DECATUR, AL 35603 | |
| 10925 | SMARTT, VICKIE, PO BOX 491463, COLLEGE PARK, GA 30349 | |
| 10925 | SMATLICK, RICHARD, BOX 267071, NEW YORK CITY, NY 10028 | |
| 10925 | S-MATRIX CORPORATION, 835 3RD ST, EUREKA, CA 95501 | |
| 10925 | SMAW, MARGOT, ROUTE 5 BOX 518, WASHINGTON, NC 27889 | |
| 10925 | SMC PNEUMATICS INC, POBOX 70269, CHICAGO, IL 60673-0269 | |
| 10924 | SMC SERVICE INC, 3511 ROYAL HILLS DR, SAINT LOUIS, MO 63129 | |
| 10924 | SMC SERVICES INC., CAMBRIDGE, MA 02140 | |
| 10924 | SMC SERVICES, 168 IRISH LANE, BRIGHTON, IL 62012 | |
| 10924 | SMC SERVICES, 168 S IRISH LANE, BRIGHTON, IL 62012 | |
| 10924 | SMC SERVICES, 168 SOUTH IRISH LANE, BRIGHTON, IL 62012 | |
| 10924 | SMC WAREHOUSE, 3511 ROYAL HILLS DRIVE, SAINT LOUIS, MO 63129 | |
| 10924 | SMC, 168 SOUTH IRISH LANE, BRIGHTON, IL 62012 | |
| 10925 | SMC, POBOX 2040, PEACHTREE CITY, GA 30269 | |
| 10925 | SME MEETINGS DEPT, POBOX 625002, LITTLETON, CO 80162-5002 | |
| 10925 | SME, PO BOX 77058, DETROIT, MI 48277 | |
| 10925 | SMEATHERS, RAYMOND, 614 EASTWOOD DRIVE, OWENSBORO, KY 42303 | |
| 10925 | SMEATHERS, RITA, 3041 WRIGHTS LDG RD, OWENSBORO, KY 42303 | |
| 10925 | SMEATON, JAMES, 621 MCDANIEL AVE, GREENVILLE, SC 29605 | |
| 10925 | SMEATON, LAURA, 451 EAST BOARDWALK, #517, FT COLLINS, CO 80525 | |
| 10925 | SMEBAKKEN, DARRELL, R R #2 BOX 82, LEMMON, SD 57638 | |
| 10925 | SMEDLEY, ROBERT, 9609 STAHELIN, DETROIT, MI 48228 | |
| 10925 | SMEGO, ALMA, 15 COVINGTON ROAD, FOX LAKE, IL 60020 | |
| 10925 | SMELLEGAR, LISA, 135 WEST NYACK RD, NANUET, NY 10954 | |
| 10925 | SMELLEY, CURTIS, ROUTE 1 BOX 61, RUSH SPRINGS, OK 73082 | |
| 10925 | SMELTZER, ALECIA, 8737 IGOU GAP RD, CHATTANOOGA, TN 37421 | |
| 10925 | SMELTZER, GLENN, 167 W HOLLIS ST APT 4, NASHUA, NH 03060-3147 | |
| 10925 | SMELTZER, MARK, 8737 IGOU GAP RD, CHATTANOOGA, TN 37421 | |
| 10925 | SMERLING, SYLVIA, 8500 BLVD EAST, NORTH BERGEN, NJ 07047 | |
| 10925 | SMERNOFF JT TEN, ARNOLD L & GOLDIE, THE OAKS AT DEWITT, 18 ARBOR LANE APT 206, DEWITT, NY 13214-2185 | |
| 10925 | SMESTAD, RUSSELL, 6419 WYDOWN CIRCLE, MIDDLETON, WI 53562 | |
| 10925 | SMET, DARLEIN, 2057 E VISTA CIR, DEPERE, WI 54115 | |
| 10925 | SMET, RALPH, 2057 E VISTA CIRCLE, DE PERE, WI 54115 | |
| 10925 | SMETHERS, LISA, 24810 W. 127TH ST, OLATHE, KS 66061 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SMETZER, GLORIA, 13624 TR 215, BIG PRAIRIE, OH 44611

10925    SMETZER, JO ANN, 5734 FORCE ROAD, SHREVE, OH 44676

10925    SMETZER, PHILIP, 5734 FORCE ROAD, SHREVE, OH 44676

10925    SMG MARKETING GROUP INC, PO BOX 5222, LISLE, IL 60532-5222

10925    SMI INC, 12219 SW 131 AVE, MIAMI, FL 33186-6401

10925    SMI/SW MANAGEMENT INC, 14901 NO SCOTTSDALE RD STE#100, SCOTTSDALE, AZ 85254

10924    S-MICHELMAN INCORPORATED, 3023 E. KIMPER RD, CINCINNATI, OH 45241

10925    SMICO CORP, 500 MAC ARTHUR BLVD, OKLAHOMA CITY, OK 73127

10925    SMIGELSKY, FRANK, 97 SUNBURST CIR, E AMHERST, NY 14051

10925    SMILEY BBN FAMILY, THE, PARTNERSHIP, C-O RAYMOND E SMILEY, 35415 SOLON RD, SOLON, OH 44139-2415

10925    SMILEY, BRIAN, 511 G ST NE, WASHINGTON, DC 20002

10925    SMILEY, RAYMOND E, 35415 SOLON ROAD, SOLON, OH 44139-2415

10925    SMILEY, RUTH, 704 MAIN RD., JOHNS ISLAND, SC 29455

10925    SMILEY, YOLONDA, 19318 FENMORE, DETROIT, MI 48235

10925    SMIRL, CODY, PO BOX 181, STREETMAN, TX 75859

10925    SMISSON, CARTER, 1444 WHITEHILL SCHOOL RD, COMMERCE, GA 30529

10924    SMITH & BREEN/ACT III WELLINGTON, LAS VEGAS, NV 89101

10924    SMITH & GREEN 2, S/B USED BY A/R ONLY, PHOENIX, AZ 85017

10924    SMITH & GREEN CORP, 136 SO 40TH PLACE, PHOENIX, AZ 85034

10925    SMITH & GREEN CORPORATION, 136 S.40TH PLACE, PHOENIX, AZ 85034

10924    SMITH & GREEN, 136 S. 40TH PLACE, PHOENIX, AZ 85034

10924    SMITH & GREEN, 136 SOUTH 40TH PLACE, PHOENIX, AZ 85034

10924    SMITH & GREEN, CLARK COUNTY GOVERNMENT CENTER, LAS VEGAS, NV 89101

10924    SMITH & GREEN/ J D A, PHOENIX, AZ 85063

10924    SMITH & GREEN/ACT III CINEMA, COLOMADE SQUARE CINEMA, HENDERSON, NV 89009

10924    SMITH & GREEN/ALL AMERICAN S.BAR, SMITH & GREEN, LAS VEGAS, NV 89101

10924    SMITH & GREEN/AMC THEATRE ARIZONA, C/O SMITH & GREEN, PHOENIX, AZ 85026

10924    SMITH & GREEN/AMERICAN WEST, PHOENIX, AZ 85001

10924    SMITH & GREEN/APACHE GOLD CASINO, PHOENIX, AZ 85001

10924    SMITH & GREEN/ARCADIA, PHOENIX, AZ 85019

10924    SMITH & GREEN/ARIZONA HEART HOSPITL, PHOENIX, AZ 85019

10924    SMITH & GREEN/ARROWHEAD, PHOENIX, AZ 85001

10924    SMITH & GREEN/ASU, TEMPE, AZ 85280

10924    SMITH & GREEN/BANK ONE BALLPARK, PHOENIX, AZ 85019

10924    SMITH & GREEN/BELLAGIO, LAS VEGAS, NV 89101

10924    SMITH & GREEN/BLUE WATER CASINO, PHOENIX, AZ 85034

10924    SMITH & GREEN/BURR BROWN, TUCSON, AZ 85701

10924    SMITH & GREEN/CAESAR'S FORUM, LAS VEGAS, NV 89100

10924    SMITH & GREEN/CANYON SURGICAL, PHOENIX, AZ 85063

10924    SMITH & GREEN/CART WRIGHT M.SCHOOL, PHOENIX, AZ 85001

10924    SMITH & GREEN/CASA GRANDE HIGH SCHL, PHOENIX, AZ 85019

10924    SMITH & GREEN/CATALINA HIGH SCHOOL, PHOENIX, AZ 85019

10924    SMITH & GREEN/CCFN WEST CHARLESTON, LAS VEGAS, NV 89101

10924    SMITH & GREEN/CENTENNIAL H.S., LAS VEGAS, NV 89101

10924    SMITH & GREEN/CHALLENGER LEARNING, PHOENIX, AZ 85063

10924    SMITH & GREEN/CHARLESTON, LAS VEGAS, NV 89101

10924    SMITH & GREEN/CITY CENTER WEST, LAS VEGAS, NV 89101

10924    SMITH & GREEN/CLIFFORD J. LAWRENCE, SMITH & GREEN, LAS VEGAS, NV 89101

10924    SMITH & GREEN/COFCO CHINESE CULTURL, C/O SMITH & GREEN, PHOENIX, AZ 85026

10924    SMITH & GREEN/COLLEGE HEATHER, HENDERSON, NV 89011

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SMITH & GREEN/COLLIER CENTER, PHOENIX, AZ 85019

10924    SMITH & GREEN/CRIMINAL JUSTICE, SMITH & GREEN, PHOENIX, AZ 85063

10924    SMITH & GREEN/DEL WEBB MEDICAL CTR., LAS VEGAS, NV 89101

10924    SMITH & GREEN/DENNING MIDDLE SCHOOL, SMITH & GREEN, HAIENDA & DENNING, LAS VEGAS, NV 89101

10924    SMITH & GREEN/DESERT INN, LAS VEGAS, NV 89101

10924    SMITH & GREEN/DESERT RIDGE, PHOENIX, AZ 85019

10924    SMITH & GREEN/DESERT SAMARITAN, MESA, AZ 85201

10924    SMITH & GREEN/DILLARDS, 64TH & SCOTTSDALE, SCOTTSDALE, AZ 85251

10924    SMITH & GREEN/EASTGATE, LAS VEGAS, NV 89101

10924    SMITH & GREEN/EL DORADO HOSPITAL, TUCSON, AZ 85715

10924    SMITH & GREEN/EQUINOX, LAS VEGAS, NV 89101

10924    SMITH & GREEN/ESPLANADE, PHOENIX, AZ 85019

10924    SMITH & GREEN/F&W RETAIL, LAS VEGAS, NV 89101

10924    SMITH & GREEN/FASHION OUTLET, SMITH & GREEN, LAS VEGAS, NV 89101

10924    SMITH & GREEN/FEDERAL COURT HOUSE, LAS VEGAS, NV 89101

10924    SMITH & GREEN/FLAGSTAFF MEDICAL CTR, FLAGSTAFF, AZ 86001

10924    SMITH & GREEN/FRIENDSHIP VILLAGE, PHOENIX, AZ 85034

10924    SMITH & GREEN/GAINEY RANCH, PHOENIX, AZ 85026

10924    SMITH & GREEN/GILBERT MIDDLE SCHOOL, LAS VEGAS, NV 89101

10924    SMITH & GREEN/GRANT SAWYER, LAS VEGAS, NV 89101

10924    SMITH & GREEN/HARKIN THEATERS, PHOENIX, AZ 85019

10924    SMITH & GREEN/HEALTH SOUTH PHASE II, PHOENIX, AZ 85001

10924    SMITH & GREEN/HELEN STEWART ELEM., 2375 E. VIKING, LAS VEGAS, NV 89109

10924    SMITH & GREEN/HORIZON COM. COLLEGE, PHOENIX, AZ 85034

10924    SMITH & GREEN/HUGHES, LAS VEGAS, NV 89101

10924    SMITH & GREEN/KNUDSON MIDDLE SCHOOL, LAS VEGAS, NV 89101

10924    SMITH & GREEN/LAKE MEAD PAVILLION, LAS VEGAS, NV 89101

10924    SMITH & GREEN/LAS SENDAS, PHOENIX, AZ 85019

10924    SMITH & GREEN/LAS VEGAS CONV.CNTR., SMITH & GREEN, LAS VEGAS, NV 89101

10924    SMITH & GREEN/LAS VEGAS HILTON, LAS VEGAS, NV 89125

10924    SMITH & GREEN/LIED LIBRARY, LAS VEGAS, NV 89101

10924    SMITH & GREEN/LINCOLN TOWN CENTER, PHOENIX, AZ 85001

10924    SMITH & GREEN/LINKS GOLF COURSE, LAS VEGAS, NV 89101

10924    SMITH & GREEN/MARCUS J. LORRENCE, COTTONWOOD, AZ 86326

10924    SMITH & GREEN/MARRIOTT HOTEL, PHOENIX, AZ 85034

10924    SMITH & GREEN/MAYO CLINIC, PHOENIX, AZ 85019

10924    SMITH & GREEN/MCCARRON AIRPORT, LAS VEGAS, NV 89101

10924    SMITH & GREEN/MESA COMMUNITY COLLEG, MESA, AZ 85201

10924    SMITH & GREEN/MGM MANSION, LAS VEGAS, NV 89101

10924    SMITH & GREEN/MGM, LAS VEGAS, NV 89101

10924    SMITH & GREEN/MICRO AGE, 3217 S. PRIEST DR., TEMPE, AZ 85280

10924    SMITH & GREEN/MIRAGE PHASE III, LAS VEGAS, NV 89101

10924    SMITH & GREEN/MIRAGE THEATER &, LAS VEGAS, NV 89101

10924    SMITH & GREEN/NAVAPACHE HOSPITAL, PHOENIX, AZ 85001

10924    SMITH & GREEN/NEW YORK, NEW YORK, LAS VEGAS, NV 89101

10924    SMITH & GREEN/PALM VALLEY CINEMA, LITCHFIELD RD. & MCDOWELL, LITCHFIELD PARK, AZ 85340

10924    SMITH & GREEN/PHOENIX MEMORIAL HOSP, PHOENIX, AZ 85019

10924    SMITH & GREEN/PRIMADONNA, LAS VEGAS, NV 89101

10924    SMITH & GREEN/RIO CONVENTION CENTER, LAS VEGAS, NV 89101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SMITH & GREEN/RTC-RFCE, LAS VEGAS, NV 89124 | |
| 10924 | SMITH & GREEN/SAND HILL ELEMENTARY, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/SATELLITE, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/SCHWAB, PHOENIX, AZ 85001 | |
| 10924 | SMITH & GREEN/SCOTTSDALE FASHION SQ, PHOENIX, AZ 85001 | |
| 10924 | SMITH & GREEN/SEGA GAMES WORKS, PHOENIX, AZ 85026 | |
| 10924 | SMITH & GREEN/SHERWIN WILLIAMS, RENO, NV 89501 | |
| 10924 | SMITH & GREEN/SILVERADO MID. SCHOOL, SMITH & GREEN, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/SKILLED NURSING, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/ST. ANNE'S, PHOENIX, AZ 85001 | |
| 10924 | SMITH & GREEN/ST. LOUIS DOMINICAN, C/O SMITH & GREEN-LAS VEGAS, 3390 WYNN RD. - SUITE A, LAS VEGAS, NV 89102 | |
| 10924 | SMITH & GREEN/ST.ROSE HOSPITAL, LAS VEGAS, NV 89124 | |
| 10924 | SMITH & GREEN/STAR TREK HILTON, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/SUMMERLYN, PHOENIX, AZ 85034 | |
| 10924 | SMITH & GREEN/SUNRISE CASINO, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/SUNSET STATION, C/O SMITH & GREEN, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/TEXAS STATION CASINO, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/THATCHER H.S., PHOENIX, AZ 85001 | |
| 10924 | SMITH & GREEN/THE ORLEANS, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/TOSCO MARKETING CO., PHOENIX, AZ 85001 | |
| 10924 | SMITH & GREEN/TREASURE ISLAND, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/TREVOR BROWN SCHOOL, SMITH & GREEN, PHOENIX, AZ 85001 | |
| 10924 | SMITH & GREEN/TROON GOLF VILLAS, PHOENIX, AZ 85019 | |
| 10924 | SMITH & GREEN/TUCSON MEDICAL LABOR, TUCSON, AZ 85701 | |
| 10924 | SMITH & GREEN/UNIVERSITY MEDICAL, LAS VEGAS, NV 89109 | |
| 10924 | SMITH & GREEN/VIRGIN RIVER, MESQUITE, NV 89024 | |
| 10924 | SMITH & GREEN/WASHINGTON SANDHILL, LAS VEGAS, NV 89101 | |
| 10924 | SMITH & GREEN/WOMENS JUVENILE DETEN, PHOENIX, AZ 85019 | |
| 10924 | SMITH & GREEN/YAVAPAI HOSPITAL, SMITH & GREEN, PRESCOTT, AZ 86301 | |
| 10924 | SMITH & GREEN/YUMA AIRPORT, SMITH & GREEN, YUMA, AZ 85364 | |
| 10925 | SMITH & KNIBBS, INC, 600 FAIRWAY DRIVE, DEERFIELD BEACH, FL 33441 | |
| 10924 | SMITH & RICHARDSON MANUFACTURING, 727 MAY STREET, GENEVA, IL 60134 | |
| 10924 | SMITH & RICHARDSON, 727 MAY STREET, GENEVA, IL 60134 | |
| 10924 | SMITH & RICHARDSON, PO BOX589, GENEVA, IL 60134 | |
| 10924 | SMITH & ROYALS VECTRIC, 11TH AT LIBERTY STREET, JACKSONVILLE, FL 32206 | |
| 10924 | SMITH & SARGEANT LTD., #8 MILL REACH LANE, PEMBROOK, BMU | *VIA Deutsche Post* |
| 10924 | SMITH & SARGEANT LTD., P.O.BOX DV368, BERMUDA, PR 0PUERTO RICO | *VIA Deutsche Post* |
| 10924 | SMITH AND GREEN CORPORATION, 136 S. 40TH PLACE, PHOENIX, AZ 85034 | |
| 10924 | SMITH AND GREEN CORPORATION, 3390 WYNN ROAD UNIT A, LAS VEGAS, NV 89102 | |
| 10924 | SMITH AND GREEN, 3390 WINN SUITE A, LAS VEGAS, NV 89101 | |
| 10925 | SMITH BARNEY,INC, 2 PALO ALTO SQUARE, PALO ALTO, CA 94306 | |
| 10924 | SMITH BROS READY-MIX CON, 6423 RAILROAD ST, RAYTOWN, MO 64133 | |
| 10924 | SMITH BROS READY-MIX CON, 6423 RAILROAD ST., RAYTOWN, MO 64133 | |
| 10924 | SMITH CAROLINA CONCRETE, 2574 HWY 65 WEST, REIDSVILLE, NC 27320 | |
| 10924 | SMITH CENTER, C/O DAVENPORT INSULATION, UPPER MARLBORO, MD 20772 | |
| 10925 | SMITH CHEVROLET, PO BOX 245, LAURENS, SC 29360 | |
| 10925 | SMITH CONTAINER CORPORATION, PO BOX 930399, ATLANTA, GA 31193-0399 | |
| 10925 | SMITH DRAY LINE & STORAGE CO, INC, PO BOX 2226, GREENVILLE, SC 29602 | |
| 10924 | SMITH ELECTRIC, 2482 THIRD AVENUE, BRONX, NY 10454 | |
| 10924 | SMITH ELEMENTRY, 1950 RIGSBY AVENUE, SAN ANTONIO, TX 78210 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SMITH ENVIRONMENTAL, 135 SOUTH LASALLE, CHICAGO, IL 60674-2786 | |
| 10925 | SMITH GAMBRELL & RUSSELL, 1230 PEACHTREE ST, NE, ATLANTA, GA 30309-3592 | |
| 10925 | SMITH HARDWARE, RT 5 BOX 1464, LAURENS, SC 29360 | |
| 10925 | SMITH HELMS MULLIS & MOORE, PO BOX 27525, RALEIGH, NC 27611-7525 | |
| 10925 | SMITH HELMS MULLISS & MOORE,LLP, PO BOX 27525, RALEIGH, NC 27601 | |
| 10925 | SMITH II, CHARLES, 504 C ROMERO ROAD LOT #40, NEW IBERIA, LA 70560 | |
| 10925 | SMITH III, J ARTHUR, 830 NORTH ST, BATON ROUGE, LA 70802 | |
| 10925 | SMITH INDUSTRIES, 7-11 VREELAND ROAD, FLORHAM PARK, NJ 07932 | |
| 10925 | SMITH INDUSTRIES, PO BOX 8500 (S-8455), PHILADELPHIA, PA 19178-8455 | |
| 10925 | SMITH INTERNATIONAL INC., 16740 HARDY ST, PO BOX 60068, HOUSTON, TX 77205 | |
| 10925 | SMITH JR, DAVID T, 77 JONATHON COURT, KENNETT SQUARE, PA 19348-0000 | |
| 10925 | SMITH JR, HOMER, 209 LAKEWOOD, BAYTOWN, TX 77520 | |
| 10925 | SMITH JR, J CHANDLER, 308 SOUTH WIND RD, TOWSON, MD 21204-6735 | |
| 10925 | SMITH JR, JOHN R, 7754 CAENEN, LENEXA KS, KS 66216 | |
| 10925 | SMITH JR, JOHNNY, 114 VESTA DR RT 11, GREENVILLE, SC 29611 | |
| 10925 | SMITH JR, KENNETH, 9759 S. TOWNSVILLE CIRCLE, HIGHLANDS RANCH, CO 80126 | |
| 10925 | SMITH JR, LESTER, 3907 WELLINGTON CRT, OWENSBORO, KY 42303 | |
| 10925 | SMITH JR, RAYMOND, 2616 MCCORD ST, PITTSBURGH, PA 15203 | |
| 10925 | SMITH JR, ROY M, PO BOX 635, BRADLEY WV, WV 25818 | |
| 10925 | SMITH JR, TRACY, 5602 PLYMOUTH ROAD, BALTIMORE, MD 21214 | |
| 10925 | SMITH JR, WILLIAM W, 88 CEDAR ST, TAUNTON, MA 02780-2649 | |
| 10925 | SMITH JR, WILTON, 16834 STEPHANIE AVE, BATON ROUGE, LA 70819 | |
| 10925 | SMITH JR., CHARLES, 7916 SOLLEY ROAD, GLEN BURNIE, MD 21061 | |
| 10925 | SMITH JR., JOSEPH, 14 CREST HILL RD, VERONA, NJ 07044 | |
| 10925 | SMITH JR., PAUL, 12 RICHFIELD AVE, WARE, MA 01082 | |
| 10925 | SMITH JT TEN, MANEEWAN & ROGER L, 1444 CRYSTAL SPRINGS DR, WOODLAND, CA 95776-5769 | |
| 10925 | SMITH JT TEN, ROBERT R & MARGARIE ANN, 1860 QUEENS AVE, WEST VANCOUVER, BC V7V 2X7CANADA | *VIA Deutsche Post* |
| 10924 | SMITH KLINE BEECHAM, PARSIPPANY, NJ 07054 | |
| 10925 | SMITH MARTIN MITCHELL, 3700 TWO HOUSTON CENTER, 909 FANNIN ST, HOUSTON, TX 77010 | |
| 10925 | SMITH MCELWAIN WENGERT, 632-640 BADGEROW BLDG, PO BOX 1194, SIOUX CITY, IA 51102 | |
| 10925 | SMITH METAL FAB INC, POBOX 4112, GREENVILLE, SC 29608 | |
| 10924 | SMITH MIDLAND, 5119 CATLETT ROAD, MIDLAND, VA 22728 | |
| 10924 | SMITH MIDLAND, BOX 300, MIDLAND, VA 22728 | |
| 10924 | SMITH PACKAGING LTD, 6045 KESTREL ROAD, MISSISSAUGA, ON L5T 1Y8TORONTO | *VIA Deutsche Post* |
| 10924 | SMITH PACKAGING LTD., 6045 KESTREL ROAD, MISSISSAUGA ONT., IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | SMITH PACKAGING LTD., 6075 KESTREL ROAD, MISSISSAUGA ONT., IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10925 | SMITH POWER TRANSMISSION CO, 5401 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10924 | SMITH PRECAST, 2410 W BROADWAY, PHOENIX, AZ 85041 | |
| 10924 | SMITH PRECAST, 2410 WEST BROADWAY, PHOENIX, AZ 85041 | |
| 10924 | SMITH RANCH, ADERHOLT, SAN RAFAEL, CA 94901 | |
| 10924 | SMITH READY MIX INC., 1003 INDIANAPOLIS BLVD., SCHERERVILLE, IN 46375 | |
| 10924 | SMITH READY MIX INC., 251 BROWN STREET, VALPARAISO, IN 46384 | |
| 10924 | SMITH READY MIX INC., 3608 E. MICHIGAN AVENUE, MICHIGAN CITY, IN 46360 | |
| 10924 | SMITH READY MIX INC., 3868 MICHIGAN AVENUE, EAST CHICAGO, IN 46312 | |
| 10924 | SMITH READY MIX INC., 9018 W. 133RD, CEDAR LAKE, IN 46303 | |
| 10924 | SMITH READY MIX INC., P.O. BOX 489, VALPARAISO, IN 46383 | |
| 10925 | SMITH RECORDS MANAGEMENT SERVICES, POBOX 2226, GREENVILLE, SC 29602 | |
| 10925 | SMITH RECORDS MANAGEMENT, 320 FRONTAGE ROAD, GREENVILLE, SC 29611 | |
| 10924 | SMITH SEPTIC TANK INC., 18050 S. MUSKOGEE AVE., TAHLEQUAH, OK 74464 | |
| 10924 | SMITH SHEPHARD SUPPLY, PO BOX 855, SANDERSVILLE, GA 31082 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SMITH SR., FLOYD, RT. 2, BOX 132, YOAKUM, TX 77995 | |
| 10925 | SMITH TECHNOLOGY, PO BOX 911626, DALLAS, TX 75391-1626 | |
| 10924 | SMITH& GREEN/SCOTTSDALE HEALTHSOUTH, SCOTTSDALE, AZ 85250 | |
| 10925 | SMITH, A, PO BOX 996, PARSONS, KS 67357 | |
| 10925 | SMITH, A.D., ROUTE 1 BOX 1473, HOMER, GA 30547 | |
| 10925 | SMITH, AARON L, 60 SARATOGA WAY, COVINGTON, GA 30016-8976 | |
| 10925 | SMITH, AARON, 4959 SCENIC RIDGE LN, INDEPENDENCE, KY 41051 | |
| 10925 | SMITH, AARON, 60 SARATOGA WAY, COVINGTON, GA 30016 | |
| 10925 | SMITH, ABIGAIL C, 3 BRADFORD TERRACE, BROOKLINE, MA 02446 | |
| 10925 | SMITH, ABIGAIL, 3 BRADFORD TERRACE APT 1, BROOKLINE, MA 02446 | |
| 10925 | SMITH, AISHA, 2851 WALTON AVE., FT. WORTH, TX 76133 | |
| 10925 | SMITH, ALANA D, 60 SARATOGA WAY, COVINGTON, GA 30016 | |
| 10925 | SMITH, ALFRED, 4 MIDDLEBURY COURT, STREAMWOOD, IL 60107 | |
| 10925 | SMITH, ALFRED, 4 MIDDLEBURY CT., STREAMWOOD, IL 60107 | |
| 10925 | SMITH, ALICE, 1616 GLEN VIEW CT., INDEPENDENCE, MO 64056 | |
| 10925 | SMITH, ALICE, 3522 MILFORD MILL RD, BALTIMORE, MD 21244 | |
| 10925 | SMITH, ALICE, 4120 SHAMROCK DRIVE, CHARLOTTE, NC 28215 | |
| 10925 | SMITH, ALICIA, 121 MERCER ST, 12A, SOMERVILLE, NJ 08876 | |
| 10925 | SMITH, ALLAN, LOT 8 BOWDOIN ESTATE, JULIETTE, GA 31046 | |
| 10925 | SMITH, ALLEN, 22710 A.AFTONSHIRE, AUSTIN, TX 78748 | |
| 10925 | SMITH, ALLEN, 5511 EXECUTIVE DR, NEW PORT RICHEY, FL 34652 | |
| 10925 | SMITH, ALLISON, 1855 CROSSING COURT, SNELLVILLE, GA 30278 | |
| 10925 | SMITH, ALLISON, 5742 PARKSIDE CROSS, DUBLIN, OH 43016 | |
| 10925 | SMITH, ALMA YVONNE, 101 FOX TRAIL LANE, LAURENS, SC 29360 | |
| 10925 | SMITH, ALTON, 7756 SOLLEY ROAD, GLEN BURNIE, MD 21060 | |
| 10925 | SMITH, ALYCE, 942 GARDENA DR., HOUSTON, TX 77018-5314 | |
| 10925 | SMITH, ALYCE, 942 GARDENA DR, HOUSTON, TX 77018 | |
| 10925 | SMITH, AMBER, 4900 SCOTTEN, DETROIT, MI 48210 | |
| 10925 | SMITH, ANDERSON, 6 EAST RIGBY ST, MANNING, SC 29102 | |
| 10925 | SMITH, ANDREA, 42 SOUTHWINDS, ST. PETERS, MO 63376 | |
| 10925 | SMITH, ANDREW, 1625 SUNSET DRIVE, LAKE CHARLES, LA 70605 | |
| 10925 | SMITH, ANGELA, 1335 N.MASSASOIT, CHICAGO, IL 60651 | |
| 10925 | SMITH, ANGELA, 239 SOUTHERN ROAD, BELTON, SC 29627 | |
| 10925 | SMITH, ANGELA, 6850 MABLETON PKWY, MABLETON, GA 30059 | |
| 10925 | SMITH, ANGELITE, 2403 TICHELI ROAD, MONROE, LA 71202 | |
| 10925 | SMITH, ANITA, PO BOX 234, SKELLYTOWN, TX 79080 | |
| 10925 | SMITH, ANNA, 541 N BERWICK AVE, INDIANAPOLIS, IN 46222 | |
| 10925 | SMITH, ANNA, CUST FOR GREGORY H SMITH, UNIG GIFT MIN ACT OH, 7160 LAURA LEE LN, SEVEN HILLS, OH 44131-4521 | |
| 10925 | SMITH, ANNE, 24575 SUTTON LANE, LAGUNA NIGUEL, CA 92677 | |
| 10925 | SMITH, ANTOINETTE, 299 MILLER RD APT 102, MAULDIN, SC 29662 | |
| 10925 | SMITH, ANTONIO, PO BOX 141, FOUNTAIN INN, SC 29644 | |
| 10925 | SMITH, APRIL, 936 HEDGESTONE, SAN ANTONIO, TX 78258 | |
| 10925 | SMITH, ARLIN, 656 GREENWOOD AVE, AKRON, OH 44320 | |
| 10925 | SMITH, ARLIS, 220 SOUTH ST, PARADIS, LA 70080 | |
| 10925 | SMITH, ARLON, 515 SHOPE PL, DELAND, FL 32724 | |
| 10925 | SMITH, ARNA, 55 CLINTON PLACE, 2ND FL, MOUNT VERNON, NY 10550 | |
| 10925 | SMITH, ARNOLD I, 21 HORAN WAY, STOUGHTON, MA 02072-1643 | |
| 10925 | SMITH, ARNOLD, BOX 129, LIBBY, MT 59923 | |
| 10925 | SMITH, ARNOLD, BOX 129, LIBBY, MT 59923-0129 | |
| 10925 | SMITH, ARTHUR L, 38300 30TH ST EAST AA 318, PALMDALE, CA 93550-4969 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  SMITH, ARTHUR, 32 CHEROKEE LANE, AVERILL PARK, NY 12018

10925  SMITH, ASHLEY, 594 CORVETTE DR., CHATSWORTH, GA 30705

10925  SMITH, AUGUST, 5250 21ST AVE, MARION, IA 52302

10925  SMITH, AUTHER, 1262 TABOR CUTOFF, GADSDEN, AL 35901

10925  SMITH, BARBARA, 7805 BROOKSTONE COURT, ELLICOTT CITY, MD 21043

10925  SMITH, BARBARA, 8819 HADLEY, OVERLAND PARK, KS 66212

10925  SMITH, BARBARA, PO BOX 231, WOLFE CITY, TX 75496

10925  SMITH, BARRY, 103 WINDSOR ST, SIMPSONVILLE, SC 29681

10925  SMITH, BARTLETT, HEEKE & CARPENTER, PO BOX 98, JEFFERSONVILLE, IN 47131-0098

10925  SMITH, BECKY, 609 N. LEBANON ST., LIZTON, IN 46149

10925  SMITH, BELINDA, 8368 ORCHARD, ST LOUIS, MO 63132

10924  SMITH, BELL & FINDLEY, 1711 NO.8TH AVENUE, SAFFORD, AZ 85546

10924  SMITH, BELL & FINDLEY, 1711 NORTH 8TH AVENUE, SAFFORD, AZ 85546

10925  SMITH, BEN, 100 HICKORY CIR, WEST POINT, GA 31833

10925  SMITH, BENJAMIN, 109 STEPHENSON DR, ROANOKE RAPIDS, NC 27870

10925  SMITH, BERNARD, 48 LAMSON DRIVE, MERRIMACK, NH 03054

10925  SMITH, BETH-HOLLY, 89 SUMMIT AVE, SUMMIT, NJ 07901

10925  SMITH, BETTE, 500 40TH AVE NORTH, NASHVILLE, TN 37209

10925  SMITH, BETTY, 308 BROOKS DRIVE, TOWNVILLE, SC 29689

10925  SMITH, BETTY, ROUTE 2 BOX 234A, HALIFAX, NC 27839

10925  SMITH, BEVERLY, 148 N LOCUST DR, JEANNETTE PA, PA 15644

10925  SMITH, BEVERLY, 308 CUMBERLAND DR, HUNTSVILLE, AL 35802

10925  SMITH, BEVERLY, 404 WEMBERLY LANE, SIMPSONVILLE, SC 29681

10925  SMITH, BILL, 222 N. DIXIE, ODESSA, TX 79761

10925  SMITH, BILL, 625 GREGORY DR APT 7, CORPUS CHRISTI, TX 78412

10925  SMITH, BILLY, 404 WEMBERLY LANE, SIMPSONVILLE, SC 29681

10925  SMITH, BILLY, 429 PARKVALE LANE, GRAND PRAIRIE, TX 75051

10925  SMITH, BILLY, RT. 1 BOX 489B, DUNLAP, TN 37327

10925  SMITH, BOBBY, 109 LAWNFIELD ST, MAULDIN, SC 29662

10925  SMITH, BONITA, POBOX 29, WINONA, MS 38967

10925  SMITH, BONNIE, 1212 TURNER BLVD, MONTGOMERY, AL 36113

10925  SMITH, BRAD, 3306 CANDLETON DR, SPRING, TX 77388

10925  SMITH, BRENDA, 302 KIM DR., LAFAYETTE, LA 70503

10925  SMITH, BRENDA, RT 3 BOX 119, JEFFERSON, GA 30549

10925  SMITH, BRIAN, 117 WINSTON WAY, EASLEY, SC 29640

10925  SMITH, BRIAN, 12344 HERRINGTON MANOR, SILVER SPRING, MD 20908

10925  SMITH, BRIAN, 18 NORTH GARDEN CIR, GREENVILLE, SC 29615

10925  SMITH, BRIAN, 2667 NW 63RD PLACE, BOCA RATON, FL 33496

10925  SMITH, BRIAN, 3142 1/2 TENTH ST, WICHITA FALLS, TX 76309

10925  SMITH, BRIAN, 403 MILLS, PALESTINE, TX 75801

10925  SMITH, BRIAN, 4308 WEDGEWOOD COURT, INDIANAPOLIS, IN 46254

10925  SMITH, BRIAN, 52 GREENDALE AVE, NEEDHAM, MA 02494

10925  SMITH, BRIAN, 7735 EAKER COURT, BROWNSBURG, IN 46112

10925  SMITH, BRIAN, 814 BROOKSIDE AVE, EDMOND, OK 73034

10925  SMITH, BRITT L, 217 SOMERSET, TOLEDO, OH 43609

10925  SMITH, BRITT, 217 SOMERSET, TOLEDO, OH 43609

10925  SMITH, BRUCE, 1310 P ST NW, WASHINGTON, DC 20005

10925  SMITH, BRUCE, 20176 LONGVIEW DR., LAWRENCEBURG, IN 47025

10925  SMITH, BRUCE, 5 SHROPSHIRE CT, REISTERSTOWN, MD 21136

10925  SMITH, BUFORD, RT 4, BOX 1130 TAYLORSVILLE RD, FT. VALLEY, GA 31030

10925  SMITH, BYRON L, 13141 COUNTRY RIDGE DR., GERMANTOWN, MD 20874

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SMITH, BYRON, 13141 COUNTRY RIDGE DRIVE, GERMANTOWN, MD 20874

10925   SMITH, C., 667 S ROSEWOOD, KANKAKEE, IL 60901

10925   SMITH, CAREY, 16 PORTLAND PLACE, ST LOUIS, MO 63108

10925   SMITH, CARL, 2149 GOLDSMITH LANE, LOUISVILLE, KY 40218

10925   SMITH, CARL, 3412 PADADISE ROAD, LAS VEGAS, NV 89101

10925   SMITH, CARL, 6081 SUNSET DRIVE, GUYMON, OK 73942

10925   SMITH, CAROL, 10911 HUNTCUFF DR, OWINGS MILLS, MD 21117

10925   SMITH, CAROL, 164 HORIZON DR., BLDG 3A, EDISON, NJ 08817

10925   SMITH, CAROL, PO BOX 245, LEVELLAND, TX 79336

10925   SMITH, CAROLE A, CUST FOR AJA ANNE SMITH, UNIF GIFT MIN ACT-OH, 3268 GARDEN MEADOW DR, LAWRENCEBURG, IN 47025-9743

10925   SMITH, CAROLE A, CUST FOR JORDAN R SMITH, UNDER UNIF TRANS TO MIN ACT OH, 3268 GARDEN MEADOW DR, BRIGHT, IN 47025-9743

10925   SMITH, CAROLL, 37 WINSTON DRIVE, SOMERSET, NJ 08873

10925   SMITH, CAROLYN, 436 TRENTON RD., FORREST CITY, AR 72335

10925   SMITH, CARRIE, PO BOX 8760, ROCKY MOUNT, NC 27804

10925   SMITH, CASSANDRA, 5629 CRENSHAW RD, RICHMOND, VA 23227

10925   SMITH, CATHERINE, 19 BUCKINGHAM ROAD, GREENVILLE, SC 29607-3121

10925   SMITH, CATHERINE, 2833 MANSION DR, INDEPENDENCE, MO 64055

10925   SMITH, CATHY, 11 DENNETT RD, MARBLEHEAD, MA 01945

10925   SMITH, CECIL, 501 CEDARWOOD LANE, WEST UNION, SC 29696

10925   SMITH, CECILIA, 3416 SUNNYVIEW DR., ALEXANDRIA, VA 22309

10925   SMITH, CECILIA, 8919 WELLESLEY MANOR, SAN ANTONIO, TX 78240

10925   SMITH, CHAD, 503 NW 11 TH, ANDREWS, TX 79714

10925   SMITH, CHANTEL, 9228 OWINGS CHOICE CT, OWINGS MILLS, MD 21117

10925   SMITH, CHARLES, #6 RAVENS COURT, WICHITA FALLS, TX 76309

10925   SMITH, CHARLES, % ROBERTA SMITH 760 MARLIN AVE, 1, FOSTER CITY, CA 94404

10925   SMITH, CHARLES, 2641 ST. FRANCIS ST, SULPHUR, LA 70663

10925   SMITH, CHARLES, 3101 D AVE NE, CEDAR RAPIDS, IA 52402

10925   SMITH, CHARLES, 3612 KATHLEEN OAKS, LAKELAND, FL 33809

10925   SMITH, CHARLES, 490 RALPH ST, BARTOW, FL 33830-3155

10925   SMITH, CHARLES, PO BOX 158, DUNCAN, SC 29334

10925   SMITH, CHARLES, ROUTE 2, ATLANTIC, IA 50022

10925   SMITH, CHARLOTTE, RT 2 BOX 279 C1, GATES, NC 27937

10925   SMITH, CHERYL, 140 GLYNN ISLE DR, COVINGTON, GA 30209

10925   SMITH, CHERYL, 911 SOUTH CIRCLE, BAYTOWN, TX 77520

10925   SMITH, CHILDS, 6818 N FORESTVIEW LA, LAKELAND, FL 33811-1715

10925   SMITH, CHRIS, 4230 LEE HWY, BRISTOL, VA 24201

10925   SMITH, CHRISTINE, 15 SQUIRE ARMOUR RD, WINDHAM, NH 03087

10925   SMITH, CHRISTINE, 25311 CHAPEL RIDGE, SPRING, TX 77373

10925   SMITH, CHRISTINE, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   SMITH, CHRISTOPHER, 186 PUTMAN ROAD, BUFFALO, SC 29321

10925   SMITH, CHRISTOPHER, 241 LOWELL ST, WAKEFIELD, MA 01880

10925   SMITH, CHRISTOPHER, 304 BANKHEAD AVE, MABLETON, GA 30059

10925   SMITH, CHRISTOPHER, 4 CEDAR COURT, WAKEFIELD, MA 01801

10925   SMITH, CINDY, 2980 RIVERA BLVD., MALAGA, WA 98828

10925   SMITH, CINDY, 8 WENSLEY CALE CT, OWENS MILLS, MD 21117

10925   SMITH, CLARA, RT 3 BOX 101, COMMERCE, GA 30529

10925   SMITH, CLARENCE, 372 CONCORD AVE, CAMBRIDGE, MA 02138

10925   SMITH, CLARENCE, 918 CLEMENTS BRIDGE, RUNNEMEDE, NJ 08078

10925   SMITH, CLAUDE, 646 YARBOROUGH MILL RD, LAURENS, SC 29360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　SMITH, CLAUDIA, 204 SOUTH O.K. ST., WEST MEMPHIS, AR 72301

10925　SMITH, CLEONIS, 3848 WOOLWORTH, HOUSTON, TX 77026

10925　SMITH, CLEVERNA, 105 E. FARISTON DR., PHILADELPHIA, PA 19120

10925　SMITH, CLIFTON, 3064 SANDPIPER AVE, GRAND JUNCTION, CO 81504-2404

10925　SMITH, CONCHITA, 11927 BELTSVILLE DR., CALVERTON, MD 20705

10925　SMITH, CONNIE, 3930 DECKER ST, ANNISTON, AL 36201

10925　SMITH, CORA, 681 KIRKLEY DR, JACKSON, MS 39206

10925　SMITH, CORDELIA, 610 TALBOTT AV, LAUREL, MD 20707

10925　SMITH, CORINNE, 427 INDIAN TRAIL, TAYLORS, SC 29687

10925　SMITH, CRAIG, 157 RANGE ROAD, WINDHAM, NH 03087

10925　SMITH, CRAIG, 657 CAYUGA DRIVE, WINTER SPRINGS, FL 32708

10925　SMITH, CRYSTAL, PO BOX 1462, SIMPSONVILLE, SC 29681

10925　SMITH, CURTIS, PO BOX 141, FOUNTAIN INN, SC 29644

10925　SMITH, CYNTHIA, 10702 HOLLEY BROOKE, SPOSYLVANIA, VA 22554

10925　SMITH, CYNTHIA, 3894 SANFORD RD., NICHOLSON, GA 30565

10925　SMITH, CYNTHIA, 6091 FALL RIVER DR, NEW PORT RICHEY, FL 34655

10925　SMITH, CYNTHIA, 713 BEAUREGARD RD, SUMMERVILLE, SC 29483

10925　SMITH, CYNTHIA, RT 6 BOX 471, COMMERCE, GA 30529

10925　SMITH, D, 10763 GREEN TR DR S, BOYNTON BEACH, FL 33436

10925　SMITH, DALE, 1236 BLUEBIRD, STURGEON BAY, WI 54235

10925　SMITH, DALE, 5 BARON PARK LANE APT. #19, BURLINGTON, MA 01803

10925　SMITH, DAMEON, 488 GENEVA AVE, CLAREMONT, CA 91711

10925　SMITH, DANIEL, 2300 N TOM GREEN, ODESSA, TX 79761

10925　SMITH, DANNY, 204 SHADY OAK DR, SIX MILE, SC 29682

10925　SMITH, DANNY, RT. 1, BOX 295A, OZARK, AR 72949

10925　SMITH, DAREL, W6690 HWY CM, PARDEEVILLE, WI 53954

10925　SMITH, DARNELL, PO BOX 401, 11-G, CHAUVIN,, LA 70344

10925　SMITH, DAVID, 10 ARMAND DR, CHELMSFORD, MA 01824

10925　SMITH, DAVID, 119 CLYDE ROAD, FOUNTAIN INN, SC 29644

10925　SMITH, DAVID, 1604 N OHENRY BLVD, GREENSBORO, NC 27405

10925　SMITH, DAVID, 17143 HILLCREST, FOUNTAIN HILLS, AZ 85268

10925　SMITH, DAVID, 2205 MYSTIC DRIVE, PLAINFIELD, IL 60544

10925　SMITH, DAVID, 302 GRAY ST., TRAVELERS REST, SC 29690

10925　SMITH, DAVID, 5208 W. NAPELEON AVE, METAIRIE, LA 70001

10925　SMITH, DAVID, 5647 REDWOOD, PORTAGE, IN 46368

10925　SMITH, DAVID, 630 WILLOW BEND LN, HUEYTOWN, AL 35023

10925　SMITH, DAVID, 9 HUTCHINSON LANE, N QUINCY, MA 02171

10925　SMITH, DAVID, PO BOX 501, BOSTWICK, FL 32007

10925　SMITH, DAVID, RT 2 BOX 384-T, ROANOKE RAPIDS, NC 27870

10925　SMITH, DEBORAH, 21 MASON ST, WINCHESTER, MA 01890

10925　SMITH, DEBORAH, 3624 DALTON DRIVE, DENTON, TX 76201

10925　SMITH, DEBORAH, 3640 MSFD-ADARIO RD, MANSFIELD, OH 44903

10925　SMITH, DEBORAH, 406 E CO. RD. APT. #136 1/2, MIDLAND, TX 79701

10925　SMITH, DEBORAH, PO BOX 204, PAINTER, VA 23420

10925　SMITH, DEBRA, 1234 SW CENTURY AVE, PORT ST LUCIE, FL 34953

10925　SMITH, DEBRA, 17 DOGAN ST, GREENVILLE, SC 29607

10925　SMITH, DEBRA, 4147 W ROYAL PALM DR, PHOENIX, AZ 85051

10925　SMITH, DEBRA, 4514 COPLAND, TOLEDO, OH 43614

10925　SMITH, DELMER, 1224 ROSE DRIVE, ALICE, TX 78332

10925　SMITH, DELORES, 608 LEMONS DRIVE, CEDAR HILL, TX 75104

10925　SMITH, DELORIS, RT 2 BOX 339, GRIMESLAND, NC 27837

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SMITH, DELYNN, 5211 GLENMERE LN, SPRING, TX 77379 | |
| 10925 | SMITH, DENISE, 6009 WEST KNOLL DRIVE BLDG 48, 628, GRAND BLANK, MI 48539 | |
| 10925 | SMITH, DENNIS, 1956 E MARKSBERRY RD, UTICA, KY 42376 | |
| 10925 | SMITH, DENNIS, 230 NURSERY AVE, GENEVA, NY 14456 | |
| 10925 | SMITH, DENNIS, 7400 ELSER FLD. RD., PINEVILLE, LA 71360 | |
| 10925 | SMITH, DEREK, 394 EASTREA, WHITTLESEY, PETERBOROUGH, PE72ARUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SMITH, DEREK, WEST 300 HAWTHORNE RD, SPOKANE, WA 99251 | |
| 10925 | SMITH, DERRICK, 178 BEACONRIDGE DR., BOLINGBROOK, IL 60440 | |
| 10925 | SMITH, DEVERNEY, 3149 OHIO AVE, KENNER, LA 70065 | |
| 10925 | SMITH, DIANA, 346 EHRKE RD, HAMMONTON, NJ 08037 | |
| 10925 | SMITH, DIANE, 105 BECKY LANE, WAXAHACHIE, TX 75165 | |
| 10925 | SMITH, DIANE, 5225 PHILLIP LEE DRIVE, ATLANTA, GA 30336 | |
| 10925 | SMITH, DIEDRE, 628 W. 40TH ST., INDIANAPOLIS, IN 46208 | |
| 10925 | SMITH, DOLORES, 1605 BUFFALO ST, GREENSBORO, NC 27405 | |
| 10925 | SMITH, DON, RT. 2, BOX 217, SMITHSDALE, MS 39664 | |
| 10925 | SMITH, DONALD, 1304 EAST 10TH ST, ATLANTIC, IA 50022-2812 | |
| 10925 | SMITH, DONALD, 134 SKI ROAD, LIBBY, MT 59923 | |
| 10925 | SMITH, DONALD, 134 SKI ROAD, LIBBY, MT 59923-2824 | |
| 10925 | SMITH, DONALD, 1906 SIXTEENTH ST, LAKE CHARLES, LA 70601 | |
| 10925 | SMITH, DONALD, 23 CROSSWINDS WAY, GREER, SC 29650 | |
| 10925 | SMITH, DONALD, 2846 S 103RD ST, WEST ALLIS, WI 53227 | |
| 10925 | SMITH, DONALD, 291 TAVISTOCK, CHERRY HILL, NJ 08034 | |
| 10925 | SMITH, DONALD, 30135 H.H. WILLIAMS RD., ANGIE, LA 70426 | |
| 10925 | SMITH, DONALD, 7 BURLINGTON ROAD, NASHUA, NH 03062 | |
| 10925 | SMITH, DONALD, 7 MOHAWK PATH, BELLINGHAM, MA 02019 | |
| 10925 | SMITH, DONALD, 915 S. 5TH, PARIS, AR 72855 | |
| 10925 | SMITH, DONALD, PO BOX 43, RUNGE, TX 78151 | |
| 10925 | SMITH, DONNA, 332 SEMOIA LANE, RIDGELAND, MS 39157 | |
| 10925 | SMITH, DONNA, 805 HAZEL, ATLANTIC, IA 50022 | |
| 10925 | SMITH, DONNA, PO BOX 239, GARYSBURG, NC 27831 | |
| 10925 | SMITH, DONNA, PO BOX 342, BONNYMAN, KY 41719 | |
| 10925 | SMITH, DONNA, PO BOX 814, GARYSBURG, NC 27831 | |
| 10925 | SMITH, DONNIE, 5502 FOREST COVE DR, WICHITA FALLS, TX 76310 | |
| 10925 | SMITH, DOROTHY, 5030 LEESPORT AVE, TEMPLE, PA 19560 | |
| 10925 | SMITH, DOROTHY, 5104 CARVEL AVE, INDIANAPOLIS, IN 46205 | |
| 10925 | SMITH, DOROTHY, 606 TWIN TREE ROAD, OCEAN CITY, MD 21842-5867 | |
| 10925 | SMITH, DOROTHY, RT. 1, BOX 186, PLEASANT HILL, NC 27866 | |
| 10925 | SMITH, DOTTIE, RT 3 BOX 102, COMMERCE, GA 30529 | |
| 10925 | SMITH, DOUG, 12650 25TH AVE, SURREY BC, BC V4A 2K4CANADA | *VIA Deutsche Post* |
| 10925 | SMITH, DOUGLAS, 101 LAKEFOREST DR, GREER, SC 29651 | |
| 10925 | SMITH, DOUGLAS, 102 FARM HILL ROAD, N ATTLEBORO, MA 02760 | |
| 10925 | SMITH, DOUGLAS, 102 FARM HILL ROAD, NORTH ATTLEBORO, MA 02760 | |
| 10925 | SMITH, DOUGLAS, 1750 AYNSLEY WAY, VERO BEACH, FL 32966 | |
| 10925 | SMITH, DOUGLAS, 2705 20TH AVE. N., TEXAS CITY, TX 77590 | |
| 10925 | SMITH, DOUGLAS, 4316 RIDGEWAY AVE., ASHLAND, KY 41101 | |
| 10925 | SMITH, DOUGLAS, 443 W AUBURN LANE, CRETE, IL 60417 | |
| 10925 | SMITH, DOUGLAS, 5489 MYSTIC COURT, COLUMBIA, MD 21044 | |
| 10925 | SMITH, DOUGLAS, 91 CLAIRE DRIVE, STOUGHTON, MA 02072 | |
| 10925 | SMITH, DOUGLAS, 920 MISSION RD, SO SAN FRANCISCO, CA 94080 | |
| 10925 | SMITH, DRUCILLA, 3641 FIELDCREST CR, GARLAND, TX 75042 | |
| 10925 | SMITH, DUANE, BOX 667, WYOCENA, WI 53969 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SMITH, DWIGHT, 207 ASHETON SPRINGS WAY, SIMPSONVILLE, SC 29681 | |
| 10925 | SMITH, E, 3320 CHEYENNE DR, WOODWARD, OK 73801 | |
| 10925 | SMITH, E, 8451 MCCALLA ROAD, MILLINGTON, TN 38053-5633 | |
| 10925 | SMITH, EARL, 5421 SIMMONS ROAD, LAKELAND, FL 33811-2158 | |
| 10925 | SMITH, EDWARD, 1401 HAYES - REAR, WICHITA FALLS, TX 76308 | |
| 10925 | SMITH, EDWARD, 168 MOUNTAINVIEW DR, GRAY COURT, SC 29645 | |
| 10925 | SMITH, EDWARD, 1963 DAISY ROAD, WOODBINE, MD 21797-8409 | |
| 10925 | SMITH, EDWARD, 241 BERTOLET SCHOOL ROAD, SPRING CITY, PA 19475 | |
| 10925 | SMITH, EDWARD, 294 BROWN LEE RD APT C-2, ATLANTA, GA 30331 | |
| 10925 | SMITH, EDWARD, 710 DEERFIELD LANE, ASBURY, NJ 08802 | |
| 10925 | SMITH, EDWIN, 615 BROOKS RD, MAULDIN, SC 29662 | |
| 10925 | SMITH, ELIZABETH, 423 SIMS, CEDARHILL, TX 75104 | |
| 10925 | SMITH, ELLA, 306 GRANT CIRCLE, PRICHARD, AL 36610 | |
| 10925 | SMITH, ELLEN, 12834 WANDA LANE, JACKSONVILLE, FL 32258 | |
| 10925 | SMITH, ELLEN, 2955 CHAMPION #240, TUSTIN RANCH, CA 92782 | |
| 10925 | SMITH, ELMER, 402 N CLINTON ST, BALTIMORE, MD 21224 | |
| 10925 | SMITH, ELOIS, 7 FENWICK PL, ROXBURY, MA 02119 | |
| 10925 | SMITH, ENZOL, 103 SUMMERWIND PL, WARNER ROBINS, GA 31093 | |
| 10925 | SMITH, ERIC PARKMAN, 35 ACADEMY LANE, CONCORD, MA 01742-2431 | |
| 10925 | SMITH, ERIC, 319-A ORMOND ST., ATLANTA, GA 30315 | |
| 10925 | SMITH, ERICK, 504 KEMP ST APT #256, WICHITA FALLS, TX 76301 | |
| 10925 | SMITH, ERNEST, 4 GARDINER COURT, LOUISVILLE, KY 40205-2779 | |
| 10925 | SMITH, ERROL, 1155 PINE MOUNTAIN DRIVE, FOREST PARK, GA 30157 | |
| 10925 | SMITH, ERVIN, 434 CRIDER DRIVE, BROOKHAVEN, MS 39601 | |
| 10925 | SMITH, ERVIN, 6600 BANCROFT AVE, OAKLAND, CA 94605 | |
| 10925 | SMITH, ETHEL, 402 N. CLINTON ST, BALTIMORE, MD 21224-1450 | |
| 10925 | SMITH, EVELYN, 1287 HWY 27, DEQUINCY, LA 70633 | |
| 10925 | SMITH, EVERET, ROUTE 2, BOX 115, PRAGUE, OK 74864 | |
| 10925 | SMITH, EVERETT, HC 34 BOX 103, CHARMCO, WV 25958 | |
| 10925 | SMITH, FLETCHER, 1274 WOODPATH DR., FLORISSANT, MO 63031 | |
| 10925 | SMITH, FRANCES, 16 PATRICIA COURT, HOWELL, NJ 07731 | |
| 10925 | SMITH, FRANCES, 9354 MEREDITH DR, BATON ROUGE, LA 70815 | |
| 10925 | SMITH, FRANCIS, 53 BEACH ST, FOXBORO, MA 02035 | |
| 10925 | SMITH, FRANK E., 1135 MARKS TOWN LANE, LAKELAND, FL 33803 | |
| 10925 | SMITH, FRANKI, 137 SEABROOK, SPARTANBURG, SC 29301 | |
| 10925 | SMITH, FRED, 50 DERRY ROAD, HUDSON, NH 03051 | |
| 10925 | SMITH, GARRISON, 101 SCIARAPPA ST, CAMBRIDGE, MA 02141 | |
| 10925 | SMITH, GARY, 1403 DEAN ST, SULPHUR, LA 70663 | |
| 10925 | SMITH, GARY, 239 SOUTHERN ROAD, BELTON, SC 29627 | |
| 10925 | SMITH, GARY, 4436 RANKIN RD, OKLAHOMA CITY, OK 73120 | |
| 10925 | SMITH, GARY, 617 LEE VAUGHN ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | SMITH, GARY, 7082 WOOLWORTHR, SHREVEPORT, LA 71107 | |
| 10925 | SMITH, GARY-LEE, 5706 GRACELAND DR., POWER SPRINGS, GA 30127 | |
| 10925 | SMITH, GENA, 940 PITTMAN DR, LONG BEACH, MS 39560 | |
| 10925 | SMITH, GEORGE, 1109 PASADENA, ALICE, TX 78332 | |
| 10925 | SMITH, GEORGE, 11135 ZIMMERMAN RD, PORT RICHEY, FL 34668 | |
| 10925 | SMITH, GEORGE, 602 CLAY ST, SULPHUR, LA 70663 | |
| 10925 | SMITH, GERALD, 128 ST. CHARLES BY PASS RD., THIBODAUX, LA 70301 | |
| 10925 | SMITH, GINNY, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | SMITH, GLENDA, 2834 N. KEYSTONE, INDIANAPOLIS, IN 46218 | |
| 10925 | SMITH, GLENDA, 9145 WESTMINISTER CR. DRIVE, CHATTANOOGA, TN 37416 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SMITH, GLORIA, 825 MORROW ST, WILMINGTON, DE 19801

10925   SMITH, GORDON, 22811 HWY 144, RICHMOND HILL, GA 31324

10925   SMITH, GRACE, 1713 GLENWOOD, ODESSA, TX 79762

10925   SMITH, GRANVILLE, 1368 BUS 2875, IOWA PARK, TX 76367

10925   SMITH, GREGORY, 10361 TABOR ROAD, GADSDEN, AL 35901

10925   SMITH, GREGORY, 8522 S CENTRAL AVE, BURBANK, IL 60459

10925   SMITH, GWENDOLYN, 4030 EAGLE RIVER RD, MEMPHIS, TN 38118

10925   SMITH, GWENDOLYN, RT 2 BOX 412B, SCOTLAND NECK, NC 27874

10925   SMITH, HANK, 164 S. HOOVER RD., PONCHATOULA, LA 70454

10925   SMITH, HATTIE, 407 COUNTY ROAD, WELDON, NC 27890

10925   SMITH, HAYWARD, 109 FAUNAWOOD DR, SIMPSONVILLE, SC 29681

10925   SMITH, HAYWARD, 1601 EAST ALABAMA ST, PLANT CITY, FL 33566-5835

10925   SMITH, HEATHER, 219 SANDEE RD., TIMONIUM, MD 21093

10925   SMITH, HELEN, RT 2 CEDAR HILL, BARNWELL, SC 29812

10925   SMITH, HENRY, 127 EAST ST PETER ST, BELLE CHASSE, LA 70037

10925   SMITH, HENRY, 496 FILLMORE ST., HERNDON, VA 22070

10925   SMITH, HERBERT, PO BOX 56, BOGULUSA, LA 70429

10925   SMITH, HILLYARD, 1311 W JOSEPHINE ST, LAKELAND, FL 33801

10925   SMITH, HORACE, 48 ASHLEY RD, WATERLOO, SC 29384

10925   SMITH, HORACE, RT 1 BOX 16, WATERLOO, SC 29384

10925   SMITH, HORACE, RT. 1, BOX 1G, WATERLOO, SC 29384

10925   SMITH, HOWARD, 10843 DORWOOD, LAPORTE, TX 77571

10925   SMITH, HOWARD, ROUTE 1, BOX 417, BROOKHAVEN, MS 39601

10925   SMITH, HYMAN, 78 KEITH CIRCLE, NEW BERN, NC 28562

10925   SMITH, III, NATHAN, 2607 E. VILLA RITA, PHOENIX, AZ 85032

10925   SMITH, IMOGENE, 102 GARRISON RD, SIMPSONVILLE, SC 29681

10925   SMITH, IRENE, 11566 MONA AVE, YUMA, AZ 85367-5944

10925   SMITH, IRISH, 4909 SANDS RD., LOTHIAN, MD 20711

10925   SMITH, IVAN, PO BOX 12, BASILE, LA 70515

10925   SMITH, J, 103 MORGAN CIRCLE, SIMPSONVILLE, SC 29681

10925   SMITH, J, 12 FERNWOOD DRIVE, TAYLORS, SC 29689

10925   SMITH, J, 32 REVERE CT, CANTON, MA 02021

10925   SMITH, J, PO BOX 563, FOUNTAIN INN, SC 29644

10925   SMITH, J. BRYAN, 639 W.ROSCOE APT.2S, CHICAGO, IL 60657

10925   SMITH, J., BOX 188, CLINTON, OK 73601

10925   SMITH, J.-DORINDA, 4314 JEFFERSON AVE, SYKESVILLE, MD 21784

10925   SMITH, JACQUELINE, 250 LARUE DRIVE, CORAOPOLIS, PA 15108

10925   SMITH, JACQUELYN, 205 OLD BREM RD, CARROLLTON, GA 30117

10925   SMITH, JAIMIE, 11111 MOLLYLEA DR., BATON ROUGE, LA 70815

10925   SMITH, JAMES G, 143 OLD HICKORY RD, BYRON GA, GA 31008

10925   SMITH, JAMES, 100 PONDEROSA DRIVE, PELZER, SC 29669

10925   SMITH, JAMES, 1210 MARCHANT #306, ROCK SPRINGS, WY 82901

10925   SMITH, JAMES, 149 SOUTHEAST RICHMOND AVE, CORCALLIS, OR 97333

10925   SMITH, JAMES, 1925 VILLAGE LOOP, WASILLA, AK 99687

10925   SMITH, JAMES, 225 PLYMOUTH AVE, BAKERSFIELD, CA 93308

10925   SMITH, JAMES, 2405 ROSEBUD ROAD, GRAYSON, GA 30221

10925   SMITH, JAMES, 2412 KY 1554, OWENSBORO, KY 42301

10925   SMITH, JAMES, 2525 LILAC DR, COLUMBIA, MO 65202

10925   SMITH, JAMES, 342 BEDFORD ST., CONCORD, MA 01742

10925   SMITH, JAMES, 3424 SNEAD DRIVE, SIERRA VISTA, AZ 85650

10925   SMITH, JAMES, 4300 RUE DES-FLEURS, ORANGE,, TX 77632

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SMITH, JAMES, 5047 HEATHERHILL LANE, 1, BOCA RATON, FL 33486 | |
| 10925 | SMITH, JAMES, 553 WALTON NICHOLSON ROAD, WALTON, KY 41094 | |
| 10925 | SMITH, JAMES, 617 LEE VAUGHN RD, SIMPSONVILLE, SC 29681 | |
| 10925 | SMITH, JAMES, 8916 WOODSTORE DRIVE, RALEIGH, NC 27615 | |
| 10925 | SMITH, JAMES, PO BOX 1044, GUYMON, OK 73942 | |
| 10925 | SMITH, JAN, 328 FERGUSON AVE, LONG BEACH, MS 39560 | |
| 10925 | SMITH, JANET, 318 E. ILLINOIS ST., MOMENCE, IL 60954 | |
| 10925 | SMITH, JANET, 318 EAST ILLINOIS, MOMENCE, IL 60954 | |
| 10925 | SMITH, JANET, PO BOX 2008, TAPPAHANNOCK, VA 22560-2008 | |
| 10925 | SMITH, JANICE, 205 REDCLIFFE RD, GREENVILLE, SC 29615 | |
| 10925 | SMITH, JASON, 10640 ANGLO HILL RD, COCKEYSVILLE, MD 21030 | |
| 10925 | SMITH, JASON, 5317 CURRY FORD RD., ORLANDO, FL 32812 | |
| 10925 | SMITH, JASON, 857 S. LT. N.Y. TRL, CARROLLTON, GA 30117 | |
| 10925 | SMITH, JAY, 417 S ORCHRD FRMS AVE, SIMPSONVILLE, SC 29681 | |
| 10925 | SMITH, JAYNE, 919 E EVERETT, ONEILL, NE 68763 | |
| 10925 | SMITH, JEAN, 1309 S BROADWAY, PLAINVIEW, TX 79072 | |
| 10925 | SMITH, JEAN, 532 E. BASIN ST., NORRISTOWN, PA 19401 | |
| 10925 | SMITH, JEAN, 7115 ROCKRIDGE ROAD, BALTIMORE, MD 21207-4638 | |
| 10925 | SMITH, JEAN, MOMENCE MEADOW NRSNG CTR 500 S WALNUT ST, MOMENCE, IL 60954 | |
| 10925 | SMITH, JEANELL, HC 51 BOX 125A, GRAFORD, TX 76449-9620 | |
| 10925 | SMITH, JEANIE, 842 W 1500 S APT 11, WOODS CROSS, UT 84087-2161 | |
| 10925 | SMITH, JEANNETTE, 405 W. PARK LANE, BARTOW, FL 33830 | |
| 10925 | SMITH, JEFFREY, 10617 SCHOOL ST, FAIRFAX, VA 22030 | |
| 10925 | SMITH, JEFFREY, 174 LAFITTE DR., BATON ROUGE, LA 70819 | |
| 10925 | SMITH, JEFFREY, 7197 HWY 47, LAKE TOMAHAWK, WI 54539 | |
| 10925 | SMITH, JEFFREY, 8 DRAGOON COURT, REISTERSTOWN, MD 21136 | |
| 10925 | SMITH, JEFFREY, 8 WOODY ROAD APT. 1C, BALTIMORE, MD 21221 | |
| 10925 | SMITH, JENNIFER, 1101 UNION, HEREFORD, TX 79045 | |
| 10925 | SMITH, JENNIFER, 206, | |
| 10925 | SMITH, JENNIFER, 212 GUTHRIE AVE, BELTON, SC 29627 | |
| 10925 | SMITH, JERRY, 2106 E NORTH ST, GREENVILLE, SC 29607 | |
| 10925 | SMITH, JERRY, 23256 S. MANOR LANE, CHANNAHON, IL 60410 | |
| 10925 | SMITH, JERRY, 3313 DUNNINGTON RD., BELTSVILLE, MD 20705 | |
| 10925 | SMITH, JERRY, 4091 FM 367, WICHITA FALLS, TX 76305 | |
| 10925 | SMITH, JERRY, 500 WALL BLVD BLDG 12 APT 138, 58, GRETNA, LA 70056 | |
| 10925 | SMITH, JESSE, 396 E CARTER ROAD, PORTLAND, TN 37148 | |
| 10925 | SMITH, JESSE, 4620 OLD HWY 37, LAKELAND, FL 33813-9998 | |
| 10925 | SMITH, JESSICA, 4050 BETH MANOR, MONTGOMERY, AL 36109 | |
| 10925 | SMITH, JIMMIE, BOX 14112, GREENVILLE, SC 29610 | |
| 10925 | SMITH, JIMMY, 114 E FERNWOOD ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | SMITH, JM, TRAPELO RD, WALTHAM, MA 02154 | |
| 10925 | SMITH, JOAN, 965 IRWINS ROAD, TENNILLE, GA 31089 | |
| 10925 | SMITH, JOANN, 2033 CAMPFIRE DRIVE, SEMMES, AL 36575 | |
| 10925 | SMITH, JOAO, 10384 FAULKER RIDGE CIR., COLUMBIA, MD 21044 | |
| 10925 | SMITH, JOE, 741 WOODLAND, LOS OSOS, CA 93402 | |
| 10925 | SMITH, JOHN F, PO BOX 29, BEGGS, OK 74421-0029 | |
| 10925 | SMITH, JOHN, 1105 LIGGETT AVE, READING, PA 19611 | |
| 10925 | SMITH, JOHN, 111 MT HOPE PLACE, A, BOCA RATON, FL 33481 | |
| 10925 | SMITH, JOHN, 117 WEST MARION, GREENVILLE, SC 29611 | |
| 10925 | SMITH, JOHN, 118 DAHLIA, CASPER, WY 82604 | |
| 10925 | SMITH, JOHN, 1215 SHERIDAN AVE, BALTIMORE, MD 21239 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SMITH, JOHN, 15813 NEELY FERRY RD, WATERLOO, SC 29384

10925   SMITH, JOHN, 199 MARTIN CIRCLE, ATHEN, GA 30601

10925   SMITH, JOHN, 2706 WEST HILLMONT, ODESSA, TX 79764

10925   SMITH, JOHN, 5222 CYPRESS RD, ODESSA, TX 79764

10925   SMITH, JOHN, 6207 ELMHURST, AMARILLO, TX 79106

10925   SMITH, JOHN, 801E LITTLETON RD APT 1, ROANOKE RAPID, NC 27870

10925   SMITH, JOHN, C/O D. FALS 209 VALLE VISTA CT, MINOOKA, IL 60447

10925   SMITH, JOHN, GREENVILLE ARMS 200 ASH DRIVE, 4G, GREENVILLE, SC 29611

10925   SMITH, JOHN, PO BOX 2142, ODESSA, TX 79760

10925   SMITH, JOHN, PO BOX 724, GARYSBURG, NC 27831

10925   SMITH, JOHN, RT 1 BOX 736 B, WATERLOO, SC 29384

10925   SMITH, JOHNNY, 518 SW 3RD ST, ANDREWS, TX 79714

10925   SMITH, JON, PO BOX 854, MIDLOTHIAN, TX 76065

10925   SMITH, JOSEPH, 1035 WEZEL DR, COLORADO SPRINGS, CO 80916

10925   SMITH, JOSEPH, 614 CAMELOT DR, SPARTANBURG, SC 29301

10925   SMITH, JOSEPH, 722 SOUTH LYONS, LAKE CHARLES, LA 70601

10925   SMITH, JOSHUA, 2000 RAYS CHURCH RD, WATKINSVILLE, GA 30662

10925   SMITH, JOYCE, 13 1/2 S. SENECA ST, WATERLOO, NY 13165-1319

10925   SMITH, JOYCE, 66 HAZARD AVE, EAST PROVIDENCE, RI 02914

10925   SMITH, JR, EARL, 301 1/2 SUMMIT DR., GLEN BURNIE, MD 21060

10925   SMITH, JR, GORDON, 741 VFW PKWY, W. ROXBURY, MA 02132

10925   SMITH, JR, IVANHOE, 10 BONNIE DOON, CATONSVILLE, MD 21207

10925   SMITH, JR, LEON, STAR RT. 1, BOX 65-D, LAWRENCEVILLE, VA 23868

10925   SMITH, JR, WENDELL, 9145 WESTMINISTER DR, CHATTANOOGA, TN 37416

10925   SMITH, JUANITA, 8007 ALMAR PL, JACKSONVILLE, FL 32208

10925   SMITH, JUDY, 4583 BRANDON ST., BEAUMONT, TX 77705

10925   SMITH, JUDY, 809 BEAR SPRINGS RD, MORRISTOWN, TN 37814

10925   SMITH, K, 6048 S.W. 40TH ST., MIRIMAR, FL 33023

10925   SMITH, KAREN, 14 PALMER AVE, DANVERS, MA 01923

10925   SMITH, KAREN, 16 SYLVIA ST, LEXINGTON, MA 02173

10925   SMITH, KATHARINE C, 4504 FOOTHILLS DRIVE, KNOXVILLE, TN 37938

10925   SMITH, KATHERINE, 1 MARK TWAIN PLAZA SUITE 300, EDWARDSVILLE, IL 62025

10925   SMITH, KATHERINE, 8000 MIDCROWN, SAN ANTONIO, TX 78218

10925   SMITH, KATHLEEN, 1235 EDGEHILL RD., WEST PALM BEACH, FL 33412

10925   SMITH, KATHLEEN, 161 CEDAR ST, MILFORD, MA 01757

10925   SMITH, KATHLEEN, 22 WOODCREST RD. APT. #5, ACWORTH, GA 30101

10925   SMITH, KATHLEEN, 2701 N HARTFORD ST, CHANDLER, AZ 85224

10925   SMITH, KATHRYN, 5489 MYSTIC COURT, COLUMBIA, MD 21044

10925   SMITH, KAY, 2556 W CALLE MORADO, TUCSON, AZ 85745

10925   SMITH, KAYE, 207 ASHETON SPGS WAY, SIMPSONVILLE, SC 29681

10925   SMITH, KEITA, 2020 VINEVILLE AVE APT 38, MACON, GA 31211

10925   SMITH, KEITH, 3818 N TACOMA AVE, INDIANAPOLIS, IN 46205

10925   SMITH, KENNETH, 1129 WILLOW LANE, GRANTS PASS, OR 97527

10925   SMITH, KENNETH, 16688 WESTSIDE LN., MIRA, LA 71044

10925   SMITH, KENNETH, 214 WALNUT, BURKBURNETT, TX 76354

10925   SMITH, KENNETH, 28890 JAMES CHAPEL, HOLDEN, LA 70744

10925   SMITH, KENNETH, 807 VOGEL ST, IOWA PARK, TX 76367

10925   SMITH, KEVIN, 1344 LUTHER WAY, LAWRENCEVILLE, GA 30043

10925   SMITH, KEVIN, 141 LAKERIDGE DRIVE, SPARTANBURG, SC 29302

10925   SMITH, KEVIN, 203 RATLIFF, TYLERTOWN, MS 39667

10925   SMITH, KEVIN, 309 EDWARDS ST. #7, CALHOUN, GA 30701

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SMITH, KEVIN, 310 CHAMBER RD, 3L, GREER, SC 29651

10925    SMITH, KEVIN, PO BOX 23, MORGAN, UT 84050

10925    SMITH, KEVIN, PO BOX 581, DUNSON, LA 70529

10925    SMITH, KIM, 220 S JOHN ST, NEENAH, WI 54956

10925    SMITH, KIM, 277 KARL AVE, BROCKTON, MA 02402

10925    SMITH, KIMBERLY, 131 RABUN CHURCH RD, GRAY COURT, SC 29645

10925    SMITH, KIMBERLY, 529 MAVERICK CIRCLE, SPARTANBURG, SC 29307

10925    SMITH, KIMBERLY, 8014 W. HWY 84, WACO, TX 76712

10925    SMITH, KISHA, 1418 ELLSWORTH AVE, COLUMBUS, OH 43206

10924    SMITH, KLINE & BEECHAM, 1044 BLACK ROCK RD., COLLEGEVILLE, PA 19426

10924    SMITH, KLINE & FRENCH LABORATORIES, 15TH AND HAMILTON STREETS, PHILADELPHIA, PA 19101

10924    SMITH, KLINE & FRENCH LABORATORIES, 456 N. 5TH STREET, PHILADELPHIA, PA 19123

10924    SMITH, KLINE & FRENCH LABORATORIES, 709 SWEDELAND ROAD, KING OF PRUSSIA, PA 19479

10925    SMITH, KRISTENE, 114 EAST FERNWOOD RD, SIMPSONVILLE, SC 29681

10925    SMITH, KURT, 1935 HIGH GLEN CT N, LAKELAND, FL 33803-3720

10925    SMITH, L, 19 SOUTH KINDERKAMACK RD, MONTVALE, NJ 07645

10925    SMITH, LANCE, 4355 YEAGER RD, DOUGLASVILLE, GA 30135

10925    SMITH, LANCE, 4355 YEAGER ROAD, DOUGLASVILLE, GA 30135

10925    SMITH, LARRY E, 8101 W. MIDWAY DRIVE, LITTLETON, CO 80125

10925    SMITH, LARRY, 1097 PEARSONTOWN RD, MOORE, SC 29369

10925    SMITH, LARRY, 115 T.R. WILLIAMS LAPO BOX 501, BOSTWICK, FL 32007

10925    SMITH, LARRY, 6979 DORADO COURT, HIGHLANDS RNC, CO 80126

10925    SMITH, LARRY, PO BOX 212, SONTAG, MS 39665

10925    SMITH, LAURA M, 119 LEE RD 182, OPLEKA, AL 36801

10925    SMITH, LAURA ROBINS, 3430 WINTERBERRY CT., REISTERTOWN, MD 21136

10925    SMITH, LAURA, 22563 SW 66TH AVE #208F, BOCA RATON, FL 33428

10925    SMITH, LAURA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    SMITH, LAURIE, 4444 S. GASKELL CIR, MONTGOMERY, AL 36106

10925    SMITH, LAURIE, 6747 CREEK BAY DR, INDIANAPOLIS, IN 46217

10925    SMITH, LAWRENCE, 111 HILLSTONE, MONTGOMERY, IL 60538

10925    SMITH, LAYMON, 4003 HOOPER DR, WICHITA FALLS, TX 76306

10925    SMITH, LEAH, 912 N VIRGINIA, AMARILLO, TX 79106

10925    SMITH, LEARTEEN, 331 ADELINE ST, OAKLAND, CA 94608

10925    SMITH, LEE, 117 COKER CIR, BELTON, SC 29627

10925    SMITH, LEON, 262 S FELTON ST, PHILADELPHIA, PA 19139

10925    SMITH, LEONARD, 1024 CHESTNUT, BEAUMONT, CA 92223-1955

10925    SMITH, LESLIE, 4206 JEFFERSON ST., RIVERSIDE, CA 92504

10925    SMITH, LESTER, 300 FOUNTAIN INN DR, FOUNTAIN INN, SC 29644

10925    SMITH, LINDA, 1240 MAPLEWOOD COURT, DE PERE, WI 54115

10925    SMITH, LINDA, 1490 LINDSEY LN, FLORISSANT, MO 63031

10925    SMITH, LINDA, 2230 GARDEN DRIVE, DALLAS, TX 75215

10925    SMITH, LINDA, 401 E. KERR DR., MIDWEST CITY, OK 73110

10925    SMITH, LISA, 10000 MALLARD CREEK, HUNTERSVILLE, NC 28078

10925    SMITH, LISA, 1002 GOFF ROAD, BALTIMORE, MD 21221

10925    SMITH, LISA, 26855 HUMMINGBIRD CIRCLE, CANYON COUNTRY, CA 91351

10925    SMITH, LISA, 6 EAST WEALD AVE, BEAR, DE 19701

10925    SMITH, LISA, 814 N. 16TH ST, 418, MILWAUKEE, WI 53233

10925    SMITH, LISCO, 1348 REPRESENTATIVE, AIKEN, SC 29801

10925    SMITH, LISLE, 233 THOMAS DR, LOS GATOS, CA 95032

10925    SMITH, LIZZIE, 3433 WEST 134TH PLACE, ROBBINS, IL 60472-1201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SMITH, LOLA, 3108 ELIZABETH AVE, NEW BERN, NC 28562

10925    SMITH, LORAIN, ROUTE 2, BOX 147, ANITA, IA 50020

10925    SMITH, LORANN, 202 SUZANNE DRIVE, WARNER ROBINS, GA 31093

10925    SMITH, LORICE, 4538 HAMILTON ST. #2, SAN DIEGO, CA 92116

10925    SMITH, LYDELL, 1165 N. OHIO ST, AURORA, IL 60505

10925    SMITH, LYNDA, 1401 FRANKLIN CT, LANGSDALE, PA 19446

10925    SMITH, LYNNETTE, PO BOX 581, DUSON, LA 70529-0581

10925    SMITH, M SCOTT, 3097 N GOTHIC CIRCLE, GREEN BAY, WI 54313

10925    SMITH, MARCIA, 513 SE LAWRENCE DR, ANKENY, IA 50021

10925    SMITH, MARCUS, 825 CHEYENNE AVE, MELBOURNE, FL 32935

10925    SMITH, MARGARET, 1753 ST. HWY, WICHITA FALLS, TX 76308

10925    SMITH, MARGARET, 3709 SANPABLO RD S, JACKSONVILLE, FL 32224

10925    SMITH, MARGUERITE, 18 EAST WYOMING AVE, MELROSE, MA 02176

10925    SMITH, MARIAN, PO BOX 1682, SNOWFLAKE, AZ 85937

10925    SMITH, MARICA, 8222 S. MOZART, CHICAGO, IL 60652

10925    SMITH, MARIE, 1704 HUNTING GREEN, FORT WORTH, TX 76134

10925    SMITH, MARILYN, 11225 TOWNSHIP RD 506, SHREVE, OH 44676

10925    SMITH, MARILYN, 720 CARROLLWOOD VILLAGE APT#389, GRETNA, LA 70056

10925    SMITH, MARILYNN, 1705 SOUTH PARKSIDE, DEER PARK, TX 77536

10925    SMITH, MARION, 287 QUEEN ST, BOSCAWEN, NH 03303

10925    SMITH, MARION, 41 EAST MAIN ST, GREENVILLE, SC 29611

10925    SMITH, MARK, % FRANCIS SMITH PO BOX 1, GEORGE WEST, TX 78022

10925    SMITH, MARK, 2517 19TH ST, LAKE CHARLES, LA 70601

10925    SMITH, MARK, 304 MOELLER ROAD, PICAYUNE, MS 39466

10925    SMITH, MARK, 3115 W MOUNTAIN VIEW, PHOENIX, AZ 85051

10925    SMITH, MARK, 3416 ESSEX CT, CRAIG, CO 81625

10925    SMITH, MARK, 38 CARTER ST.,, EVERETT, MA 02149

10925    SMITH, MARK, 443 ROGERS AVE, GLEN BURNIE, MD 21060

10925    SMITH, MARK, 820 WASHINGTON ST., STOUGHTON, MA 02071

10925    SMITH, MARLIN, 7218 S 90TH EAST AVE, 1073, TULSA, OK 74133

10925    SMITH, MARSHA D, RT 3 BOX 536, DADEVILLE AL, AL 36853

10925    SMITH, MARSHALL, 1061 CAMPBELL AVE, LAKE WALES, FL 33853-4213

10925    SMITH, MARTHA, RT 4 BOX 174, COMMERCE, GA 30529

10925    SMITH, MARY ANN, 1171 MONTEREY RD, SOUTH PASADENA, CA 91030-3148

10925    SMITH, MARY ANN, 1716 ELSTON ST, PHILA PA, PA 19126

10925    SMITH, MARY ANN, 510 GLENDALE ST, LAKELAND, FL 33803

10925    SMITH, MARY JO, 3466 LONDON PIKE, PHILPOT, KY 42366

10925    SMITH, MARY, 11340 1/2 DEADWOOD AVE., RENO, NV 89506

10925    SMITH, MARY, 1402 SOUTH AVE., PLAINFIELD, NJ 07060

10925    SMITH, MARY, 174 TIMBER CREEK LN., MARIETTA, GA 30060

10925    SMITH, MARY, PO BOX 1434, SEGUIN, TX 78156

10925    SMITH, MARYANNE, 6617 HARBISON AVE, PHILADELPHIA, PA 19149

10925    SMITH, MARYLLA, 9753 WHISKEY RUN, LAUREL, MD 20723

10925    SMITH, MATTHEW, 10640 ANGLOHILL RD, COCKEYSVILLE, MD 21030

10925    SMITH, MATTHEW, 8600 SUNNYGROVE RD., CHESTERFIELD, VA 23832

10925    SMITH, MATTHEW, GENERAL DELIVERY, TAMPA, FL 33601-9999

10925    SMITH, MATTHEW, PO BOX 1052, COBB, CA 95426

10925    SMITH, MAY, 420 CLINTON AVE 5B, BROOKLYN, NY 11238

10925    SMITH, MELANIE, 2907C CEDAR CREEK RD, GREENVILLE, NC 27834

10925    SMITH, MELINDA, 250 BROUGHTON DR, WACO, TX 76712

10925    SMITH, MELVIN, 39555 BENAVENTE PL, FREMONT, CA 94539

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SMITH, MICHAEL T, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | SMITH, MICHAEL, 10032 RENFREW RD, SILVER SPRING, MD 20901 | |
| 10925 | SMITH, MICHAEL, 131 MOORE LANE, PIEDMONT, SC 29673 | |
| 10925 | SMITH, MICHAEL, 165 JUNE MARIE DR, WALHALLA, SC 29691 | |
| 10925 | SMITH, MICHAEL, 1976 ALMOND DRIVE, FINKSBURG, MD 21048 | |
| 10925 | SMITH, MICHAEL, 200 DUBLIN ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | SMITH, MICHAEL, 224 SOUTH 19TH, WEST MEMPHIS, AR 72301 | |
| 10925 | SMITH, MICHAEL, 311 EAGLE DRIVE, EMMAUS, PA 18049 | |
| 10925 | SMITH, MICHAEL, 457 GYPSUM, ELKO, NV 89801 | |
| 10925 | SMITH, MICHAEL, 803 SPARROWS LN, NORCROSS, GA 30093 | |
| 10925 | SMITH, MICHAEL, 904 MITCHELL DRIVE, SENECA, SC 29678 | |
| 10925 | SMITH, MICHAEL, 9608 S GRACE, MOORE, OK 73159 | |
| 10925 | SMITH, MICHAEL, PO BOX 101, GLEN ELG, MD 21737 | |
| 10925 | SMITH, MICHELLE, 2107 W CLINTON, TAMPA, FL 33604 | |
| 10925 | SMITH, MIKE, 2326 W. PINE ST, ORLANDO, FL 32805 | |
| 10925 | SMITH, MIKE, 617 VALLEY DRIVE, CENTERVILLE, UT 84014 | |
| 10925 | SMITH, MILLARD, 409 CITRUS RIDGE, DAVENPORT, FL 33836 | |
| 10925 | SMITH, MILLARD, 5307 C W 22ND ST, SPEEDWAY, IN 46224 | |
| 10925 | SMITH, MILLICENT, 106 WILSON ST, GARYSBURG, NC 27831 | |
| 10925 | SMITH, MILTON, PO BOX 03954, HIGHLAND PARK, MI 48203 | |
| 10925 | SMITH, MOLLY, ROUTE 3 BOX 162, COMMERCE, GA 30529 | |
| 10925 | SMITH, NAOMI, 724 TURNER, WACO, TX 76704 | |
| 10925 | SMITH, NAPOLEON, 404 WEST BADCOCK BLVD, MULBERRY, FL 33860-2302 | |
| 10925 | SMITH, NATHAN, 4490 TELL RD SW, ATLANTA, GA 30331 | |
| 10925 | SMITH, NORMA, 317 N MAPLE, MOMENCE, IL 60954 | |
| 10925 | SMITH, NORMA, PO BOX 158, DUNCAN, SC 29334-0158 | |
| 10925 | SMITH, NORMAN, PO BOX 621, GLEN WHITE, WV 25849 | |
| 10925 | SMITH, OLIVER, ROUTE 2 BOX 219I, GREEN POND, SC 29446 | |
| 10925 | SMITH, OLLY, 215 COURTNEY CIRCLE, GREENVILLE, SC 29609 | |
| 10925 | SMITH, ORVILLE, 3802 WATER POINT CT, CEDAR RAPIDS, IA 52404-7708 | |
| 10925 | SMITH, OUIDA, 8607 GRANITE GORGE, SPRING, TX 77379 | |
| 10925 | SMITH, OWEN, 18 WOODSIDE DR BOX 273, GRAFTON, MA 01519 | |
| 10925 | SMITH, PAMELA, 15511 EAGLEVIEW DR., CHARLOTTE, NC 28278 | |
| 10925 | SMITH, PAMELA, 2306 BERKLEW AVE, ROANOKE, VA 24015 | |
| 10925 | SMITH, PAMELA, 241 LOWELL ST, WAKEFIELD, MA 01880 | |
| 10925 | SMITH, PAMELA, 3254 WILLA WAY, MARIETTA, GA 30064 | |
| 10925 | SMITH, PATRICIA, 1011 HASTIE RD, CASTLE SHANNON, PA 15234 | |
| 10925 | SMITH, PATRICIA, 1317 WEST 39TH ST APT. 3E, KANSAS CITY, MO 64111 | |
| 10925 | SMITH, PATRICIA, 61 KELLEY AVE, RUMFORD, RI 02916 | |
| 10925 | SMITH, PATRICK, 4647 N. 18TH ST, MILWAUKEE, WI 53209 | |
| 10925 | SMITH, PATRICK, 9000 N.E. MARTIN LUTHER KING 158, PORTLAND, OR 97211 | |
| 10925 | SMITH, PAUL, 31 CEDAR AVE, ARLINGTON, MA 02174 | |
| 10925 | SMITH, PAUL, 342 HOLMES DR, OWENSBORO, KY 42301-7205 | |
| 10925 | SMITH, PAUL, 5929 W. 7TH ST, PRAIRIE VILLAGE, KS 66208 | |
| 10925 | SMITH, PAUL, 6228 COCO DR, ALEXANDRIA, LA 71313 | |
| 10925 | SMITH, PAUL, 79 COTTAGE ST., MELROSE, MA 02176 | |
| 10925 | SMITH, PAUL, 8821 BURKHART, HOUSTON, TX 77055 | |
| 10925 | SMITH, PAUL, BOX 3092, SOLDOTNA, AK 99669 | |
| 10925 | SMITH, PAULA W, 2205 GLEN HEIGHTS, GARLAND, TX 75044 | |
| 10925 | SMITH, PAULA, 1616 SOUTHWOOD, NEW IBERIA, LA 70560 | |
| 10925 | SMITH, PAULETTE, 17TH N. FRAZIER ST, PHILADELPHIA, PA 19131 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SMITH, PERRIN, 1412 N. POTOMAC ST., BALTIMORE, MD 21213 | |
| 10925 | SMITH, PERRY W, 3235 TUCKER SCHOOLHOUSE ROAD, HANSON, KY 42413-9642 | |
| 10925 | SMITH, PERRY, 3235 TUCKER SCHOOLHOUSE RD, HANSON, KY 42413 | |
| 10925 | SMITH, PETER, RD 1 BOX 948, MIDDLETOWN, NY 10940 | |
| 10925 | SMITH, PHILIP A, 10640 ANGLOHILL RD., COCKEYSVILLE, MD 21030 | |
| 10925 | SMITH, PHILIP, 10640 ANGLOHILL ROAD, COCKEYSVILLE, MD 21030 | |
| 10925 | SMITH, PHILIP, 21 KINGS POINTE, LITITZ, PA 17543 | |
| 10925 | SMITH, PHILIP, 814 BEVERLY DRIVE, GRAPEVINE, TX 76051 | |
| 10925 | SMITH, PHILLIP, 339 CAMELLIA DRIVE, THIBODAUX, LA 70301 | |
| 10925 | SMITH, PHYLLIS, 2471 OVIDIA CIR SW, ATLANTA, GA 30311 | |
| 10925 | SMITH, PR, 19115 NE 1 PLACE, MIAMI BEACH, FL 33160 | |
| 10925 | SMITH, PRISCILLA, 5518 E TIMBERVIEW CT, WILMINGTON, DE 19808 | |
| 10925 | SMITH, QUINTON, 1875 CAROLINA AVE N, BARTOW, FL 33830-9725 | |
| 10925 | SMITH, R, 8 BRANSFIELD ROAD, GREENVILLE, SC 29615 | |
| 10925 | SMITH, RALPH, 2734 DAD WELDON ROAD, DOVER, FL 33527-9380 | |
| 10925 | SMITH, RALPH, 7603 GREEN MEADOW RD., LAKE CHARLES, LA 70605 | |
| 10925 | SMITH, RAMON, 605 EAST 20TH ST, ATLANTIC, IA 50022 | |
| 10925 | SMITH, RANDAL, 4712 TAMMY, WICHITA FALLS, TX 76307 | |
| 10925 | SMITH, RANDALL, 2200 MC PHERSON, PORT LAVACA, TX 77979 | |
| 10925 | SMITH, RANDALL, 4 FAIRWAY DRIVE, 4, DERRY, NH 03038 | |
| 10925 | SMITH, RANDOLPH, PO BOX 5263, LAKELAND, FL 33807-5263 | |
| 10925 | SMITH, RANDY, 208 W. BRWY., WILLISTON, ND 58801 | |
| 10925 | SMITH, RANDY, 419 WEST ATHENS ST., WINDER, GA 30680 | |
| 10925 | SMITH, RAYE, 5900 DARLENE DR, CLINTON, MD 20735 | |
| 10925 | SMITH, RAYMOND, 11565 LONGLEY ROAD, IOWA PARK, TX 76367 | |
| 10925 | SMITH, RAYMOND, 254 RESERVOIR ST, NORTON, MA 02766 | |
| 10925 | SMITH, RAYMOND, 910 EASTHAM CT. #12, CROFTON, MD 21114 | |
| 10925 | SMITH, REBA, 300 W SUMMIT, ELECTRA, TX 76360 | |
| 10925 | SMITH, REBECCA, 4149 KING EDWARD DR, DOUGLASVILLE, GA 30135 | |
| 10925 | SMITH, REBECCA, POB 344 190 W MAIN ST, DUNCAN, SC 29334-9602 | |
| 10925 | SMITH, REGINA, 12618 DAYBREAK CIR, NEWPORT NEWS, VA 23602 | |
| 10925 | SMITH, REGINA, 2620 GRAMPIAN DR W., JAX, FL 32216 | |
| 10925 | SMITH, REGINALD, 13409 MEADOW DRIVE, SNOHOMISH, WA 98290-9764 | |
| 10925 | SMITH, REX, 163 RED OAK DR, CARL JUNCTION, MO 64834 | |
| 10925 | SMITH, REX, PO BOX 186, LIBBY, MT 59923-0186 | |
| 10925 | SMITH, RHONDA, 1315 I ST. NE, WASHINGTON, DC 20002 | |
| 10925 | SMITH, RICHARD, 108 MOUNTAINBROOK LANE, SPARTANBURG, SC 29301 | |
| 10925 | SMITH, RICHARD, 11215 ROLLING PINE RUN, FORT WAYNE, IN 46804 | |
| 10925 | SMITH, RICHARD, 130 SHADOWOOD LANE, BREMAN, GA 30110 | |
| 10925 | SMITH, RICHARD, 2723 THE FALLS PKWY, DULUTH, GA 30136 | |
| 10925 | SMITH, RICHARD, 325 19TH ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | SMITH, RICHARD, 5227 N SHORE BAY DRIVE, WAUNAKEE, WI 53597 | |
| 10925 | SMITH, RICHARD, 7 MATILDA CT, GREENVILLE, SC 29611 | |
| 10925 | SMITH, RICHARD, 802 E 2ND ST, ANAMOSA, IA 52205 | |
| 10925 | SMITH, RICKY, 14568 KOEKHE HILL RD, HAMMOND, LA 70401 | |
| 10925 | SMITH, RICKY, ROUTE 1, BOX 191-A, WESSON, MS 39191 | |
| 10925 | SMITH, RITA, 29 LONGWOOD RD, BRAINTREE, MA 02184 | |
| 10925 | SMITH, ROBERT, 113 SHADY CREEK COURT, GREER, SC 29651-5039 | |
| 10925 | SMITH, ROBERT, 13821 FIRST AVE E, TACOMA, WA 98445 | |
| 10925 | SMITH, ROBERT, 166 TANAGER LANE, DOVER, AR 62837 | |
| 10925 | SMITH, ROBERT, 201 S 33RD ST APT 910, MUSKOGEE, OK 74401-5032 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SMITH, ROBERT, 203 RIVERWALK BLVD, SIMPSONVILLE, SC 29681 | |
| 10925 | SMITH, ROBERT, 2467 GRASS LAKE ROAD, LINDENHURST, IL 60046-9222 | |
| 10925 | SMITH, ROBERT, 307 WEST MADISON ST, JENNINGS, LA 70546 | |
| 10925 | SMITH, ROBERT, 316 COLLEGE ST, SIMPSONVILLE, SC 29680 | |
| 10925 | SMITH, ROBERT, 41 SEA B GREEN RD, CEDARTOWN, GA 30125 | |
| 10925 | SMITH, ROBERT, 424 7TH AVE WEST, WILLISTON, ND 58801-4910 | |
| 10925 | SMITH, ROBERT, 515 SHADYBROOK, STAFFORD, TX 77477 | |
| 10925 | SMITH, ROBERT, 600 CRESTWOOD ST., SPRINGFIELD, AR 72762 | |
| 10925 | SMITH, ROBERT, 617 MAIN, PASADENA, TX 77506 | |
| 10925 | SMITH, ROBERT, PO BOX 1368, THOMSON, GA 30824 | |
| 10925 | SMITH, ROBERT, RD #5 BOX 11A, LATROBE, PA 15650 | |
| 10925 | SMITH, ROBIN, 2522 SOUTH SUPERIOR, MILWAUKEE, WI 53207 | |
| 10925 | SMITH, ROBIN, 2706 COLONIES DRIVE, JACKSONVILLE BEACH, FL 32250 | |
| 10925 | SMITH, ROBIN, 3313 DUNNINGTON RD, BELTSVILLE, MD 20705 | |
| 10925 | SMITH, ROCKY, 5920 HICKORY GROVE, CHARLOTTE, NC 28215 | |
| 10925 | SMITH, ROCKY, 609 W SMITH, IOWA PARK, TX 76367 | |
| 10925 | SMITH, RODNEY, 1315 CHERRY ST, GREEN BAY, WI 54301 | |
| 10925 | SMITH, ROGER, 107 BONIN ST., GUEYDAN, LA 70542 | |
| 10925 | SMITH, ROGER, 1174 NORTH 3000 WEST, VERNAL, UT 84078 | |
| 10925 | SMITH, ROGER, 1215 11TH AVE, NEBRASKA CITY, NE 68410 | |
| 10925 | SMITH, ROGER, 2693 LOWE DR, TALBOTT, TN 37877 | |
| 10925 | SMITH, ROGER, 4402 CORONADO, 2B, WICHITA FALLS, TX 76310 | |
| 10925 | SMITH, RONALD, 14 BLOOMWOOD HEIGHTS, INMAN, SC 29349-1637 | |
| 10925 | SMITH, RONALD, PO BOX 314, AREADE, NY 14009 | |
| 10925 | SMITH, RONALD, RT 1 BOX 170H, ROANOKE RAPIDS, NC 27870 | |
| 10925 | SMITH, RONDA, 1251 STEFFANICH SQ, BILLINGS, MT 59105 | |
| 10925 | SMITH, ROSA, C/O J. SMITH HARRIS 561 WARDS CORNER RD, LOVELORNE, OH 45140 | |
| 10925 | SMITH, ROSE M, 2431 VERNDALE ST, MILLEDGEVILLE, GA 31061 | |
| 10925 | SMITH, ROSEMARY, 4355 YEAGER ROAD, DOUGLASVILLE, GA 30135 | |
| 10925 | SMITH, ROSHAWN, 135 SHERMAN DRIVE, LAURENS, SC 29360 | |
| 10925 | SMITH, ROY H, 3855 LOCUST HILL DR., OWENSBORO, KY 42303 | |
| 10925 | SMITH, ROY, 3855 LOCUST HILL DR, OWENSBORO, KY 42303 | |
| 10925 | SMITH, ROYAL, 219 W. LAUREL ST, BETHLEHEM, PA 18018 | |
| 10925 | SMITH, RUSSELL, 100 ELROD PLACE, PIEDMONT, SC 29673 | |
| 10925 | SMITH, RUSSELL, 800 NECK ROAD, BURLINGTON TOWNSHIP, NJ 08016-3004 | |
| 10925 | SMITH, RUTH, 5163 E 37TH ST, TULSA, OK 74135-5501 | |
| 10925 | SMITH, RYAN, 902 S MADISON, GREEN BAY, WI 54301 | |
| 10925 | SMITH, SAMUEL, 41 BROOKHOLLOW RD WOOD CREEK, WIMBERLY, TX 78676 | |
| 10925 | SMITH, SANDRA, 2168 BALFORD SQ, COLUMBUS, OH 43224 | |
| 10925 | SMITH, SANDRA, PO BOX 1438, LA JOYA, TX 78560 | |
| 10925 | SMITH, SARA, 4333 E FLETCHER, INDIANAPOLIS, IN 46203 | |
| 10925 | SMITH, SCOTT R, 167 W MAIN ST #100, LEXINGTON, KY 40507 | |
| 10925 | SMITH, SHANE, 7644 W MCRAE WAY, GLENDALE, AZ 85308 | |
| 10925 | SMITH, SHANNON, 106 DRURY LANE, MAUDLIN, SC 29662 | |
| 10925 | SMITH, SHANNON, 40983 DENNIS RD, ALBEMARK, NC 28001 | |
| 10925 | SMITH, SHARLEA, 2102 E GEORGIA, RUSTON, LA 71270 | |
| 10925 | SMITH, SHARON, 10 CHATWOOD COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | SMITH, SHARON, 1002 S. ANOKA AVE, AVON PARK, FL 33825 | |
| 10925 | SMITH, SHARON, 109 HERITAGE ST, GREENVILLE, NC 27858 | |
| 10925 | SMITH, SHARON, 1516 4TH ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | SMITH, SHARON, 1941 BALKE BLVD SE, CEDAR RAPIDS, IA 52403 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SMITH, SHEILA, 319 AMARILLO BLVD. E, AMARILLO, TX 79107

10925    SMITH, SHELLY, 2329 PENN AVE, WEST LAWN, PA 19609

10925    SMITH, SHERRY, PO BOX 1168, OLD TOWN, FL 32680-1168

10925    SMITH, SHIRLEY, 101 MELISSA COURT, PIEDMONT, SC 29673

10925    SMITH, SHIRLEY, 21 AVON PLACE, STONEHAM, MA 02174

10925    SMITH, SHIRLEY, 318 SUMMER ST, BRIDGEWATER, MA 02324

10925    SMITH, SIDNEY BARRY, 1748 HORN DR, BIRMINGHAM, AL 35214

10925    SMITH, SIDNEY, 324 CROSBY CIRCLE, GREENVILLE, SC 29605

10925    SMITH, SONDRA, PO BOX 463, PETROLIA, TX 76377

10925    SMITH, SONIA, 4217 DRESSAGE CT., RANDALLSTOWN, MD 21133

10925    SMITH, SONIA, 6627 13TH ST NW, WASHINGTON, DC 20012

10925    SMITH, SR, RONALD, 217 SOMERSET, TOLEDO, OH 43609

10925    SMITH, STACIE, 10755 MEADOWGLEN #217, HOUSTON, TX 77042

10925    SMITH, STACY, 832 BYRD AVE, CHESAPEAKE, VA 23324

10925    SMITH, STANLEY, 136 HIGHLAND, BURKBURNETT, TX 76354

10925    SMITH, STANLEY, 1521 AMES BLVD #231, MARRERO, LA 70072

10925    SMITH, STEPHANIE, 26 GREEN NEEDLES RD, LITTLETON, MA 01460

10925    SMITH, STEPHANIE, 6309 WINNER AVE, BALTIMORE, MD 21215

10925    SMITH, STEPHEN G, 323 NORTH GRANT, ODESSA, TX 79761

10925    SMITH, STEPHEN, 111 MORGAN CIR, SIMPSONVILLE, SC 29681

10925    SMITH, STEPHEN, 15603 FARMINGTON CT, ACCOKEEK, MD 20607

10925    SMITH, STEPHEN, 1856 SANTA FE MTN RD, EVERGREEN, CO 80439

10925    SMITH, STEPHEN, 2717 RIDGEMERE DRIVE, FLOWER MOUND,, TX 75028

10925    SMITH, STEPHEN, 310 SCHOOL ST, GREER, SC 29651

10925    SMITH, STEPHEN, 4320 CANYON DR, AMARILLO, TX 79109

10925    SMITH, STEPHEN, 44 DUBLIN AVE, NASHUA, NH 03063

10925    SMITH, STEPHEN, PO BOX 1916, FT PIERCE, FL 33450

10925    SMITH, STEVEN BRAD, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    SMITH, STEVEN, 1172 ECHO LA, GREEN BAY, WI 54304

10925    SMITH, STEVEN, 141 LAKERIDGE DRIVE, SPARTANBURG, SC 29302

10925    SMITH, STEVEN, 5112 CONCORD AVE., PORTAGE, IN 46368

10925    SMITH, STEVEN, 9466 LAZY CREEK DR, WINDSOR, CA 95492

10925    SMITH, STEVEN, PO BOX 421, GILBERT, LA 71336

10925    SMITH, STEVEN, RT. 1 BOX 172, NEWTON, TX 75966

10925    SMITH, STEWART A, 13701 SW 66TH ST, MIAMI, FL 33183

10925    SMITH, STEWART, 13701 SW 66 ST #PH9, MIAMI, FL 33183

10925    SMITH, STEWART, 2154 26TH ST NW, CEDAR RAPIDS, IA 52405

10925    SMITH, SUSAN, 3115 CATHERINE, SHREVEPORT, LA 71109

10925    SMITH, SUSAN, 3265 HORSESHOE BEND ESTATES, IOWA PARK, TX 76367

10925    SMITH, SUSAN, 8 COUNTRY CLUB LN, ANDERSON, SC 29621

10925    SMITH, SUSAN, PO BOX 186, CORNISH, ME 04020

10925    SMITH, SUSAN, PO BOX 931, CENTRAL, SC 29630

10925    SMITH, SUSETTE, 69 WALKER ST., CAMBRIDGE, MA 02138

10925    SMITH, SUZANNE, 4133 CORBETT DR, DEL CITY, OK 73115

10925    SMITH, SYDNEY, 580 PARRA GRANDE LN, MONTECITO, CA 93108

10925    SMITH, TALMON, 3174 MOSLEY CHASE DR, AUSTELL, GA 30106

10925    SMITH, TAMERA, 175 S LINWOOD AVE, CRAFTON, PA 15205

10925    SMITH, TAMMY, 148 OLD KNIGHT RD, REMLAP, AL 35133

10925    SMITH, TAMMY, 2611 TRAMMELL ROAD, WOODRUFF, SC 29388

10925    SMITH, TAWANA, 6907 PENN AVE, PITTSBURGH, PA 15208

10925    SMITH, TENINA, 4920 WINTER CHAPEL, DORAVILLE, GA 30360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SMITH, TERENCE, 4 NEW ST, N. READING, MA 01864

10925    SMITH, TERESA, 120 STRAWBERRY DRIVE, INMAN, SC 29349

10925    SMITH, TERESA, 1317 CAROL DR, MEMPHIS, TN 38116

10925    SMITH, TERESA, 1850 GARIBALDI AVE, CHARLOTTE, NC 28208

10925    SMITH, TERESA, 2731 LANSING DR., ROANOKE, VA 24015

10925    SMITH, TERESA, 2999 LAKE COLONY APT 7, NORCROSS, GA 30071

10925    SMITH, TERRENCE, 920 E FRANCISQUITO, WEST COVINA, CA 91790

10925    SMITH, TERRY, 503 GRANT ST, CHARLESTON, WV 25302

10925    SMITH, TERRY, 8576 DUNCAN ST, DOUGLASVILLE, GA 30134

10925    SMITH, TERRY, RT. 2 BOX 66, MOMENCE, IL 60954

10925    SMITH, THOMAS, 214 N. HAMMONDS FERRY RD, LINTHICUM, MD 21090

10925    SMITH, THOMAS, 22101 LUELLA COURT, SAUK VILLAGE, IL 60411

10925    SMITH, THOMAS, 37 NORVAL AVE, STONEHAM, MA 02180

10925    SMITH, THOMAS, 401 EAST FIRST, BURKBURNETT, TX 76354

10925    SMITH, THOMAS, BOX 956, STANLEY, ND 58784

10925    SMITH, THOMAS, PO BOX 1462, SIMPSONVILLE, SC 29681

10925    SMITH, TIMOTHY, 226 ELMWOOD AVE, MAPLEWOOD, NJ 07040

10925    SMITH, TIMOTHY, 302 ROLLING RIDGE DR, CHATTANOOGA, TN 37421

10925    SMITH, TIMOTHY, 3537 N. RUTHERFORD, CHICAGO, IL 60634-3711

10925    SMITH, TIMOTHY, 4080 BROOKS BRIDGE CROSSING, ALPHARETTA, GA 30202

10925    SMITH, TIMOTHY, 7328 N 27TH AVE #218, PHOENIX, AZ 85051

10925    SMITH, TINA, 1 KATORA LANE, PELZER, SC 29669

10925    SMITH, TOMMY, 112 S. HILL, ALVIN, TX 77511

10925    SMITH, TOMMY, 2 LOOPER ST, GREENVILLE, SC 29611

10925    SMITH, TOMMY, 2615 PUTNAM AVE, HURRICANE, WV 25526

10925    SMITH, TONI, 15850 S. 11TH PLACE, PHOENIX, AZ 85048

10925    SMITH, TONYA, 109 FAUNAWOOD DR, SIMPSONVILLE, SC 29681

10925    SMITH, TONYA, 2201 W WINROSE DR, PHOENIX, AZ 85029

10925    SMITH, TRACY, PO BOX 365, MAGAZINE, AR 72943

10925    SMITH, TROY, 1035 BIRNEY LANE, CINCINNATI, OH 45230

10925    SMITH, TRUMAN, 8116 TELEGRAPH RD, SEVERN, MD 21144

10925    SMITH, TWANYA, 3430 KAY ST APT J-1, COLUMBIA, SC 29210

10925    SMITH, TYREE, RT 2 BOX 255, RUTHER GLEN, VA 22546

10925    SMITH, VALERIE, 11216 ISLAND LAKES LANE, BOCA RATON, FL 33498

10925    SMITH, VALERIE, 11216 ISLAND LAKES LN, BOCA RATON, FL 33498-6812

10925    SMITH, VALERIE, 117 MACFARLANE DR, DELRAY BEACH, FL 33484

10925    SMITH, VALERIE, 407 N. FENWICK ST, ALLENTOWN, PA 18103

10925    SMITH, VEDA, 2472 SAMUEL DRIVE, MACON, GA 31201

10925    SMITH, VENDETTE, 204 O.K. ST, WEST MEMPHIS, AR 72301

10925    SMITH, VERA, 3742 MONTAUK CT, INDIANAPOLIS, IN 46214

10925    SMITH, VERMAN, RT 1 BOX 83, GARYSBURG, NC 27831

10925    SMITH, VERONICA, 2575 GARDERE LANE, BATON ROUGE, LA 70820

10925    SMITH, VERONICA, 5214 ANTONIO AVE, EL PASO, TX 79924

10925    SMITH, VICKIE, 158 RIDGEWOOD DR, CHICKAMAUGA, GA 30707

10925    SMITH, VICKY, 2314 KALISTE SALOOM, LAFAYETTE, LA 70508

10925    SMITH, VIRGINIA, 3101 SWEETBAY DRIVE, EDGEWOOD, MD 21040

10925    SMITH, VIRGINIA, 7500 GRACE DRIVE BLDG.01A,RM070, COLUMBIA, MD 21044

10925    SMITH, VIVIAN, 2902 ANTIOCK RD., JOHNSON CITY, TN 37601

10925    SMITH, VREITTA, 5959 WATERSHIP LN, DALLAS, TX 75237

10925    SMITH, W H ROGER, 350 WEST SCHAUMBURG ROAD, SCHAUMBURG, IL 60194

10925    SMITH, W, 7425 MYRTLE GROVE, WILMINGTON, NC 28403

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10925   SMITH, WALLACE, 461 A. V. HATTEN RD., HATTIESBURG, MS 39401

10925   SMITH, WALTER LANDRY, PO BOX 82729, BATON ROUGE, LA 70884-2729

10925   SMITH, WALTER, 603 BROOKS ROAD, MAULDIN, SC 29662-2705

10925   SMITH, WALTER, PO BOX 17, CALE, AR 71828

10925   SMITH, WANDA, 17801 NORTHWEST 15TH COURT, MIAMI, FL 33169

10925   SMITH, WANDA, PO BOX 269, STARTEX, SC 29377-0269

10925   SMITH, WAYNE T, 117 CHURCH STREET, WINCHESTER, MA 01890-3540

10925   SMITH, WAYNE T, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SMITH, WAYNE, 117 CHURCH ST, WINCHESTER, MA 01890

10925   SMITH, WAYNE, 2331 FREETOWN CT #22-C, RESTON, VA 22091

10925   SMITH, WAYNE, 28 STILLMAN ST SE, ATLANTA, GA 30315

10925   SMITH, WENDY, 1906 SCR 1085, MIDLAND, TX 79701

10925   SMITH, WENDY, 2826 LOUISIANA AVE, LAFAYETTE, LA 70501

10925   SMITH, WESTON, 468 BETHANY DR, MECHANICSBURG, PA 17055

10925   SMITH, WHEELER, 37 LINCOLN AVE, CLIFTON PARK, NY 12065

10925   SMITH, WILLIAM B, 1400 OLD MILL CIRCLE, WINSTON-SALEM, NC 27103

10925   SMITH, WILLIAM, 100 FIRST PO BOX 234, SKELLYTOWN, TX 79080

10925   SMITH, WILLIAM, 103 HOMELAND AVE, PASADENA, MD 21122

10925   SMITH, WILLIAM, 1066 BURKSHIRE DRIVE, COPUS CHRISTI, TX 78412

10925   SMITH, WILLIAM, 1309 ST RD 125, HAMERSVILLE, OH 45130

10925   SMITH, WILLIAM, 137 APT D, CHARLOTTE, NC 28217

10925   SMITH, WILLIAM, 138 ANDRE ST, MONROVIA, CA 91016

10925   SMITH, WILLIAM, 168 W MAIN ST BOX 344, DUNCAN, SC 29334-9602

10925   SMITH, WILLIAM, 18 GARFIELD ST #1, TAUNTON, MA 02766

10925   SMITH, WILLIAM, 185 JEFFERSON DRIVE W, PALMYRA, VA 22963

10925   SMITH, WILLIAM, 2200 N ST SW, CEDAR RAPIDS, IA 52404

10925   SMITH, WILLIAM, 233 N BROADWAY, APT 137, DEPERE, WI 54115

10925   SMITH, WILLIAM, 41 MC CUE DRIVE, BRAINTREE, MA 02184

10925   SMITH, WILLIAM, 4830 CAMBRIDGE DR., OWENSBORO, KY 42303

10925   SMITH, WILLIAM, 5039 CHALGROVE AVE, BALTIMORE, MD 21215

10925   SMITH, WILLIAM, 51 TAYLOR ST, NASHUA, NH 03060

10925   SMITH, WILLIAM, 6641 HOMESTEAD ROAD, REX, GA 30273

10925   SMITH, WILLIAM, 732 ESTATES BLVD APT 212, TRENTON, NJ 08619-2621

10925   SMITH, WILLIAM, PO BOX 111, MULBERRY, FL 33860-0111

10925   SMITH, WILLIE, 106 WOODLAND DRIVE, FOUNTAIN INN, SC 29644-9998

10925   SMITH, WILLIE, 631 W 9TH ST, LAKELAND, FL 33805-4331

10925   SMITH, WINNY, 79 COTTAGE ST, MELROSE, MA 02176

10925   SMITHART, DEBRA, 114 HANCOCK LANE, GREER, SC 29650

10925   SMITHBILT INDUSTRIES INC, 1061 HWY 92 W, AUBURNDALE, FL 33823

10924   SMITH-CAROLINA CORP., 2574 NC HIGHWAY 65, REIDSVILLE, NC 27320

10925   SMITHCO SERVICES, 4420 GEORGIA AVE, WEST PALM BEACH, FL 33405

10925   SMITHEAL, ROBERT, 111 SKYVIEW, FRIENDSWOOD, TX 77456

10925   SMITHEE, AL, PO BOX 1535, CRAIG, CO 81626-1535

10925   SMITHEE, DAVID, 4806 W.11TH. ST., AMARILLO, TX 79106

10925   SMITH-EMERY COMPANY, PO BOX 2333, LOS ANGELES, CA 90051-0333

10925   SMITHER, JULIA, 3410 MAGNOLIA, TEXAS CITY, TX 77590

10925   SMITHERMAN, SCOTT, 810 CO ROAD 68E, MARBURYLLE, AL 36051

10925   SMITHERS, ANITA, 1604 LIGHTWOOD KNT RD, MOORE, SC 29369

10925   SMITHERS, BARBARA, 28 RIDGECREST EAST, SCARSDALE, NY 10583-2012

10925   SMITHERS, DONALD, 407 ZINNIA, MCALLEN, TX 78503

10925   SMITHFIELD CHEVROLET INC., 1109 N. BRIGHT LEAF BLVD., SMITHFIELD, NC 27577

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SMITHHART, PAMELA, 1724 MOONMIST DR, YAZOO CITY, MS 39194

10925   SMITHKLINE BEECHAM CLINICAL LABS, PO BOX 13568, PHILADELPHIA, PA 19101-3568

10925   SMITHKLINE BEECHAM CLINICAL LABS, POBOX 4911, SOUTHEASTERN, PA 19398-4911

10925   SMITHKLINE BEECHAM CLINICAL, PO BOX 13858, PHILADELPHIA, PA 19101-3858

10925   SMITHKLINE BEECHAM CLN LABS, PO BOX 740709, ATLANTA, GA 30374-0709

10925   SMITHKLINE BEECHAM INTL, PO BOX 7929, PHILADELPHIA, PA 19101-7929

10924   SMITHKLINE BEECHAM PHARMACEUTICALS, BRISTOL INDUSTRIAL PARK, WEAVER PIKE, BRISTOL, TN 37620

10925   SMITHKLINE BEECHAM, FP0825, PO BOX 13681, PHILADELPHIA, PA 19101-3681

10924   SMITH-KLINE, 900 RIVER ROAD, CONSHOHOCKEN, PA 19428

10924   SMITH-KLINE, ATTN: ACCTS PAYABLE/B-11, PO BOX 7929, PHILADELPHIA, PA 19101

10925   SMITH-MANGHAM, BRENDA, 14624 JEFFERSON ST, OMAHA, NE 68137

10925   SMITHS ALIGNMENT SERVICE, 1092A MASSACHUSETTS AVE, BOXBOROUGH, MA 01719

10925   SMITHS INDUSTRIES, 14180 ROOSEVELT BLVD, CLEARWATER, FL 34622

10925   SMITHS INDUSTRIES, 4141 EASTERN AVE SE, GRAND RAPIDS, MI 49518-8888

10925   SMITHS INDUSTRIES, ATTN: ACCOUNTS PAYABLE, GRAND RAPIDS, MI 49518-0000

10925   SMITHS INDUSTRIES, PO BOX 5389, CLEARWATER, FL 34622

10924   SMITH'S POOL SERVICE, INC., 3455 KNIGHT ARNOLD ROAD, MEMPHIS, TN 38115

10924   SMITH'S POOL SERVICE, INC., 4151 JACKSON AVE., MEMPHIS, TN 38128

10925   SMITH-SIMON, MIRIAM, 39 GLEASON ST, DELRAY BEACH, FL 33483

10925   SMITHSON, KEVIN, 1550 N CLARENDON BV #603, ARLINGTON, VA 22209

10925   SMITHSON, LEONARD, 1030 S 79TH WAY, MESA, AZ 85208

10925   SMITHSON, PATRICIA, 3911 CLEAR ACRE #130, RENO, NV 89512

10925   SMITHSON, RICHARD, 43 WELLINGTON AVE., WARWICK, RI 02886

10925   SMITHSONIAN INSTITUTION, PO BOX 420310, PALM COAST, FL 32142

10924   SMITHTOWN CONC PROD CORP, P O BOX 612, SMITHTOWN, NY 11787

10924   SMITHTOWN CONC PROD CORP., PO BOX612, SMITHTOWN, NY 11787

10924   SMITHTOWN CONCRETE PRODUCTS, JERICO TURNPIKE & ARTHUR DRIVE, SMITHTOWN, NY 11787

10925   SMITH-VICTOR CORPORATION, 301 COLFAX ST, GRIFFITH, IN 46319

10925   SMITS, RICHARD, 115-A N BROADWAY ST, DE PERE, WI 54115

10925   SMITS, SEAN, 1218 CASS ST, GREEN BAY, WI 54301

10925   SMITTICK, JOERY, 7235 ECHO RIDGE, CONVERSE, TX 78109

10925   SMITTYS CLEANING & JANITORIAL SERV, 9103 SHAGBARK DR., HOUSTON, TX 77078

10925   SMITTYS CLEANING & JANITORIAL SRVC, 9103 SHAGBARK DR, HOUSTON, TX 77078

10924   SMITTY'S READY MIX, 3852 COUNTY ROAD 61, BARNUM, MN 55707

10925   SMOAK, VICENTA, 879 46TH AVE N, ST PETERSBURG, FL 33703

10924   SMOKE MASK, INC., DUNE STATION, PO BOX 7095, MYRTLE BEACH, SC 29578

10924   SMOKE MASK, SUITE 3C, 9654 HORTH KINGS HWY, MYRTLE BEACH, SC 29572

10924   SMOKEY MOUNTAIN MATERIALS INC., 2212 EDDIE WILLIAMS ROAD, JOHNSON CITY, TN 37601

10924   SMOKEY MOUNTAIN MATERIALS, 2212 EDDIE WILLIAMS ROAD, JOHNSON CITY, TN 37601

10924   SMOKEY VALLEY CONC INC, P.O.BOX 47, LINDSBORG, KS 67456

10924   SMOKEY VALLEY CONCRETE INC, LINDSBORG, KS 67456

10924   SMOKEY VALLEY CONCRETE INC, PO BOX 47, LINDSBORG, KS 67456

10925   SMOKEYS GENERATOR SHOP, 135 W. PARISH RD., SULPHUR, LA 70663

10924   SMOKY HILL INCORP, 1615 WEST MAGNOLIA, SALINA, KS 67401

10924   SMOKY HILL INCORP, 645 E.CRAWFORD, SALINA, KS 67401

10925   SMOLA, JANICE, 18 WHITE ST, ARLINGTON, MA 02474

10925   SMOLARCZYK, STACEY, 7718 W. 170TH PLACE, TINLEY PARK, IL 60477

10925   SMOLARCZYK, STANLEY, 7718 W 170TH PLACE, TINLEY PARK, IL 60477

10925   SMOLDER, TIMOTHY, 92 WOOD AVE, ISELIN, NJ 08830

10925   SMOLEN, PAMELA, 17002 CHAPEL PARK CT, HOUSTON, TX 77059

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  SMOLEN, THOMAS, 2016 HAMPTON SHORES DR., SENECA, SC 29672

10925  SMOLENS, P, 5922 WINDING RIDGE, SAN ANTIONIO, TX 78239

10925  SMOLENS, SARA, 1526 CLARK, SAN ANTONIO, TX 78239

10925  SMOLKER, GARY, LAW OFFICES OF SMOLKER & GRAHAM, 4720 LINCOLN BLVD SUITE 280, MARINA DEL REY, CA 90292-6977

10925  SMOLL, GLADYS, 44 S 144TH ST, 4, QUAKERTOWN, PA 18951-1521

10925  SMOLL, JOHN, 804 PARK AVE, QUAKERTOWN, PA 18951

10925  SMOOT CO., PO BOX 414028, KANSAS CITY, MO 64141

10925  SMOOT COMPANY, PO BOX 27-173, KANSAS CITY, MO 64180-0173

10925  SMOOT INC C/O ESP PARTNERS, INC, PO BOX 312, POTTSTOWN, PA 19464

10925  SMOOT, GRAYSON M, CUST FOR ASHLEY BLAIR SMOOT, UNDER UNIF TRAN TO MIN ACT MD, 5413 CYNTHIA TERR, BALTIMORE, MD 21206-2928

10925  SMOOT, GRAYSON, 5413 CYNTHIA TERRACE, BALTIMORE, MD 21206

10925  SMOOT, INC, 1250 SEMINARY ST, KANSAS CITY, KS 66103

10925  SMOOT, LESLIE, 2440 BARTHOLOMEW ST, NEW ORLEANS, LA 70117

10925  SMOOT, NANCY, 3012 OAK FOREST DR, BALTIMORE, MD 21234

10925  SMOOT, PO BOX 503566, SAINT LOUIS, MO 63150-3566

10925  SMOTHERS, BENNETT, 2245 W RIVERTRACE DR, BARTLETT, TN 38134

10925  SMOTHERS, BETTY, 2311 N. AUSTIN, PEARLAND, TX 77581

10925  SMOTHERS, COLLIE, 6430 RUSSO ROAD, BARTOW, FL 33830-9666

10925  SMOTHERS, LEMUEL, 2030 E. BROADWAY, TEMPE, AZ 85282

10925  SMOTHERS, M C, 620 AVE O NE, WINTER HAVEN, FL 33881

10925  SMPS/BOSTON, 229 BERKELEY ST 4TH FL, BOSTON, MA 02116

10925  SMR ENGINEERING & ENVIRONMENTAL, PO DRAWER 761, CENTRAL CITY, KY 42330

10925  SMS COMMUNICATIONS, PO BOX 426, SWEDESBORO, NJ 08085

10925  SMS SYSTEMS MAINT SER, INC, 12146 TECH RD., SILVER SPRING, MD 20904

10925  SMS SYSTEMS MAINTENANCE SERVICES, I, PO BOX 1010, LITTLETON, MA 01460

10925  SMTA, 5200 WILLSON RD #100, EDINA, MN 55241

10925  SMU SCHOOL OF LAW, PO BOX 116, DALLAS, TX 75275-0116

10925  SMU/COX/EXECUTIVE EDUCATION, PO BOX 750333, DALLAS, TX 75275-0333

10925  SMUIN, HAROLD, PO BOX 1462, EVANSTON, WY 82931-1462

10925  SMUIN, LAURIE, 5221 SOUTH 3150 EAST, VERNAL, UT 84078

10925  SMURFIT STONE PACKAGING, 4364 S.W. 34TH ST, ORLANDO, FL 32811

10925  SMURFIT STONE, 1228 E. TOWER ROAD, SCHAUMBURG, IL 60173

10924  SMURFIT-STONE CONTAINER CORP, 301 S. BUTTERFIELD ROAD, MUNCIE, IN 47303

10924  SMURFIT-STONE CONTAINER CORP., 301 S. BUTTERFIELD ROAD, MUNCIE, IN 47303

10925  SMURFIT-STONE CONTAINER CORPORATION, 21514 NETWORK PLACE, CHICAGO, IL 60673-1215

10924  SMURFIT-STONE CONTAINER, PAPER MILL ROAD, FLORENCE, SC 29501

10925  SMUTNY, JAY, RD #1 BOX 100A, GEORGETOWN, PA 15043

10924  SMW SEIKO INC, 111 BROADWAY STE 300, OAKLAND, CA 94607-3730

10925  SMYK, MARIAN, 160 E. LISA DRIVE, OAK CREEK, WI 53154

10925  SMYRNA LIGHTING & ELECTRICAL SUPPLY, 1625 SPRING ROAD, SMYRNA, GA 30080-3795

10925  SMYTH, ANNE, 939 CHESTNUT RIDGE, CHESTNUT RIDGE, NY 10977

10925  SMYTH, DONALD, 12206 PAINTED TR RD, CHARLOTTE, NC 28226

10925  SMYTHE, DOROTHY, 9415 FLEETWOOD DRIVE, LEMMON VALLEY, NV 89506

10925  SNACK INC., NEWCO MGMT CO. INC. - GEN COUNSEL, 6320 CANOGA AVE., SUITE 1430, WOODLAND HILLS, CA 91367-2591

10924  SNAKE RIVER CORRECTIONAL INSTITUTE, 777 STANTON BLVD, ONTARIO, OR 97914

10925  SNAP ON TOOLS CORPORATION, 29 OAKLANDVALE AVE., SAUGUS, MA 01906

10925  SNAP ON TOOLS CORPORATION, 3387 RCA BLVD, PALM BEACH GARDENS, FL 33410

10924  SNAP ON TOOLS, 10777 114TH AVE., PLEASANT PRAIRIE, WI 53158

10925  SNAP ON TOOLS, 4006 BAYOUWOOD COURT, LAKE CHARLES, LA 70605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SNAPKAT PRODUCTIONS, INC., 6663 CAMP BOWIE, FORT WORTH, TX 76116

10925    SNAP-ON INDUSTRIAL, 21755 NETWORK PLACE, CHICAGO, IL 60673-1217

10925    SNAP-ON TOOL CORP., PO BOX 6000, PASADENA, MD 21122-6000

10925    SNAP-ON TOOLS CORP./N. CENT. RSCS, PO BOX 51046, NEW BERLIN, WI 53151-0046

10925    SNAP-ON TOOLS, PO BOX 2655, WEST CHESTER, PA 19380-0905

10925    SNAP-ON TOOLS, PO BOX 6900, NORCROSS, GA 30091-6900

10925    SNAPP, BARBARA J, 222 BURNING BUSH RD, GREENVILLE, SC 29607

10925    SNAPP, BARBARA, 222 BURNING BUSH RD, GREENVILLE, SC 29607

10925    SNAPP, BETTY, RR2 BOX 212A, MOMENCE, IL 60954

10925    SNAPP, OLGA, 224 N. GRAND, BRADLEY, IL 60915

10925    SNAPP, SHERLYN, 408 HICKORY CIRCLE, 5, MOMENCE, IL 60954

10925    SNAPPY CAR RENTAL INC, POBOX 701828, TULSA, OK 74170-1828

10925    SNARBY, ROSALIE, 521 71ST AVE N, SAINT PETERSBURG, FL 33702-5807

10925    SNARE, MAX, 2090 C ROAD 30, CRAIG, CO 81625

10925    SNARE, WILLIAM, 3226 COUNTY RD #30, CRAIG, CO 81625

10925    SNAVELY, ANNA, ROUTE 2, BOX 314, WILLIS, VA 24380

10925    SNAVELY, CONSTANCE, 205 POPLAR RD, CHALFONT, PA 18914

10925    SNAVELY, R, 4915 E NEVADA, FRESNO, CA 93727

10925    SNC MANUFACTURING CO, 101 WAUKAU AVE, OSHKOSH, WI 54901

10925    SNC, 1607 AIRPORT ROAD, EMMETSBURG, IA 50536

10924    SNE ENTERPRISES, INC., 1000 SOUTHVIEW DRIVE, MOSINEE, WI 54455

10924    SNE ENTERPRISES, INC., 888 SOUTHVIEW DRIVE, MOSINEE, WI 54455

10925    SNEAD PAPER COMPANY INC, 1516 CALHOUN RD, GREENWOOD, SC 29649

10925    SNEAD, KRISTI, 819 SANGRIA CT, LAWRENCEVILLE, GA 30243

10925    SNEAD, L, 925 W 12TH ST, LAKELAND, FL 33801

10925    SNEAD, NATHAN, 2620 W. SEYBERT ST., PHILADELPHIA, PA 19121

10925    SNEAD, PAULINE, 925 12TH ST, LAKELAND, FL 33801-2707

10924    SNEADS ELEMENTARY SCHOOL, 1961 LOCKLEY AVE., SNEADS, FL 32460

10924    SNEADS RENTAL NEEDS INC, BOX 1729, BEAVERTON, OR 97075

10924    SNEADS RENTAL NEEDS INC., 14105 WOUTHWEST TUALATIN VALLE, BEAVERTON, OR 97005

10924    SNEADS RENTAL NEEDS INC., POST OFFICE BOX 1729, BEAVERTON, OR 97075

10925    SNEARLY, E, RT 1 BOX 31, JOPLIN, MO 64801

10925    SNEED, DANNY, 10 CAPEWOOD RD #152, SIMPSONVILLE, SC 29680

10925    SNEED, DEBBIE, 3233 LITTLE JOHN CIR, CLEVELAND, TN 37323

10925    SNEED, FRANCES, 321 LOQUAT, TUCSON, AZ 85710

10925    SNEED, IVEY, RT 2 BOX 161, TROY, NC 27371

10925    SNEED, JEFFERY, 6153 BERQUER AVE, CINCINNATI, OH 45248

10925    SNEED, MICHAEL, PO BOX AC1, HOPKINS PARK, IL 60944

10925    SNEED-BOWERS, TRACEY, 7821 FARAWAY DR, NORMANDY, MO 63121

10924    SNEEGAS TEMPLETE, 2601 COMMERCE BLVD., IRONDALE, AL 35210

10924    SNEEGAS, IRONDALE, AL 35210

10925    SNEEGAS, RANDALL, 1024 HARTLAND DRIVE, LAWRENCE, KS 66049

10925    SNELGROVE, DAVID, 108 PINE GATE DRIVE, GREENVILLE, SC 29607

10925    SNELGROVE, PHYLLIS, 2701 MARTIN, PASADENA, TX 77502

10925    SNELL, DENNIS, 14695 TOWNSHIP RD 469, LAKEVILLE, OH 44638

10925    SNELL, DONALD, 2916 1/2 GORMAN AVE, WACO, TX 76707

10925    SNELL, DOUGLAS, 2414 S JEFFERSON RD, WOOSTER, OH 44691

10925    SNELL, J, 424 CARDINAL PLACE, LAKELAND, FL 33803

10925    SNELL, LEWIS, 217 S WATER ST, OWOSSO, MI 48867

10925    SNELL, NANCY, 5068 AMITY LANE, IRON STATION, NC 28080

10925    SNELL, NEVERLY, 10102 BEACONS FIELD, DETROIT, MI 48223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SNELL, ROBIN, 1309 NW 12TH PLACE, ANDREWS, TX 79714

10925   SNELL, SHARI, 14695 TOWNSHIP RD 469, LAKEVILLE, OH 44638

10925   SNELL, VALERIE, 6719 QUAIL LAKE, SAN ANTONIO, TX 78244

10925   SNELLGROVE, RANDY, 205 DEBORA CT., ALTAMONTE SPRINGS, FL 32701

10925   SNELLING 10432, POBOX 650765, DALLAS, TX 75265-0765

10925   SNELLING PERSONNEL SERVICES, PO BOX 650765, DALLAS, TX 75265-0765

10925   SNELLING S0343, PO BOX 910262, DALLAS, TX 75391-0262

10925   SNELLING, ELAINE, 105 CALHOUN HILLS RD, GASTON, SC 29053-8502

10925   SNELLINGS, JESS, BOX 1954, ANDREWS, TX 79714

10925   SNELLINGS, LORI, 6710 MINK HOLLOW RD, HIGHLAND, MD 20777

10924   SNELLSON GOLDEN MIDDLE SCHOOL, HINESVILLE, GA 31313

10924   SNERGY SCHOOL, 1301 7TH AVENUE N., MINNEAPOLIS, MN 55411

10925   SNET PAGING INC, PO BOX 9533, NEW HAVEN, CT 06534-0533

10925   SNET, PO BOX 1861, NEW HAVEN, CT 06508-0901

10925   SNIDER ELECTRIC CO. C/O HIBERNIA NB, PO BOX 3597, BATON ROUGE, LA 70821-3597

10925   SNIDER ELECTRIC COMPANY, PO BOX 5837, LAKE CHARLES, LA 70606

10925   SNIDER TELECOM, PO BOX 251618, LITTLE ROCK, AR 72225-1618

10925   SNIDER, ALICE, ROUTE 3 BOX 130, ROBSTOWN, TX 78380-9607

10925   SNIDER, JAMES, 1228 CONWELL, CASPER, WY 82601

10925   SNIDER, JAMES, 9043 CROWLEY WAY, ELK GROVE, CA 95624

10925   SNIDER, LEROY, 7641 JFK DRIVE W, JACKSONVILLE, FL 32219

10925   SNIDER, ROGER, 700 SOWELL, 2313, TEXARKANA, TX 75501

10925   SNIDER, TRACIE, 1038 OSWEGO RD, SUMTER, SC 29153

10925   SNIDER, WILLIAM, 15252 59 1/2 ROAD, COLLBRAN, CO 81624

10925   SNIPE, JOHN, PO BOX 943, HAREDEEVILLE, SC 29927

10925   SNIPES, D, 4883 CROSD POINTE DR., OLDSMAR, FL 34677

10925   SNIPES, DONALD G, 4883 CROSS POINTE DRIVE, OLDSMAR, FL 34677

10925   SNIPES, HARRY, 50 LOTT ROAD, JOHNSTON, SC 29832-3026

10925   SNIPES, ROBERT, 7830 HWY 51 N # 2, MILLINGTON, TN 38053

10925   SNIPES, TERESA, 3580 PATRICIA ROAD, POWDER SPRINGS, GA 30073

10925   SNIPES, WILLIAM, 113 HENDERSON AVE, GREENVILLE, SC 29605

10925   SNISCAK, THOMAS, 313 MILL ST, SOUTH PLAINFIELD, NJ 07080

10925   SNITKER, MARY E, 1823 LUTHY DRIVE NE, ALBUQUERQUE, NM 87112

10925   SNIVELY, BARBARA, VILLAGE LAKE APT 305, WALDORF, MD 20602

10925   SNIVELY, KATHLEEN, 9747 OHIO PLACE, BOCA RATON, FL 33434

10925   SNODERLY, JACK, 111 E WHARTON, ELECTRA, TX 76360

10925   SNODGRASS, JEANNE L, PO BOX 552, TELFERNER TX, TX 77988

10925   SNODGRASS, SHELLY, 3569 DRYRUN RD., MONOGAHELA, PA 15063

10925   SNOOK, G, 16505 VIRGINIA AVE., A116, WILLIAMSPORT, MD 21795

10925   SNOOK, JULIA, 16505 VIRGINIA AVE, WILLIAMSPORT, MD 21795

10925   SNOREK, GEORGE, 403 INDEPENDENCE, LIBERTY, TX 77575

10925   SNOVER, JENNIFER, 40 N. GREEN ST., NAZARETH, PA 18064

10925   SNOW CANYON CLINIC INC, 272 E CENTER ST STE 101, IVINS, UT 84738

10925   SNOW CHRISTENSEN & MARTINEAU, 10 EXCHANGE PLACE, SALT LAKE CITY, UT 84145

10925   SNOW CRAFT CO INC, 200 FULTON AVE, GARDEN CITY PARK, NY 11040

10925   SNOW FILTRATION CO., 4900 SPRING GROVE AVE., CINCINNATI, OH 45232

10925   SNOW FILTRATION CO., DEPT 839, CINCINNATI, OH 45269

10925   SNOW JR, LEE H, PO BOX 5512, SHREVEPORT, LA 71135-5512

10925   SNOW VALLEY INC, PO BOX 6639, ANNAPOLIS, MD 21401

10925   SNOW WELDON, JEAN, 3653 ROCKDALE, DALLAS, TX 75220-1734

10925   SNOW, DONNA, 187 GUNSTOCK HILL RD, GILFORD, NH 03246-7562

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SNOW, GREGORY, 20 CEDAR ST, EDISON, NJ 08820 | |
| 10925 | SNOW, GUY, 211 MAYFIELD ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | SNOW, JEFFREY, 4521 13TH AVE N, BIRMINGHAM, AL 35212 | |
| 10925 | SNOW, KAREN, 4324 ROCKY RIDGE PL, SANFORD, FL 32773 | |
| 10925 | SNOW, KRISTIE, PO BOX 445, HOLDERNESS, NH 03245 | |
| 10925 | SNOW, LILLY, 1710 NW 20TH AVE., OCALA, FL 34475 | |
| 10925 | SNOW, MARIE, 34A BROWN AVE., MANCHESTER, NH 03103 | |
| 10925 | SNOW, MICHAEL, PO BOX 1727, VERNAL, UT 84078 | |
| 10925 | SNOW, MORRIS, 103 GATEWOOD AVE, SIMPSONVILLE, SC 29681 | |
| 10925 | SNOW, MYRTLE, 404 N E MAIN ST, SIMPSONVILLE, SC 29681 | |
| 10925 | SNOW, R, 338 SHERBURN ST., 8, EAGLE RIVER, WI 54521 | |
| 10925 | SNOW, STEVEN, 231 GASTON DRIVE, WOODRUFF, SC 29388 | |
| 10925 | SNOW, WILLIAM, 1032 JONESVILLE ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | SNOWBERGER, MINNIE, 5141 NEWTON FALLS RD, L 44, RAVENNA, OH 44266 | |
| 10925 | SNOWBIRD SKI AND SUMMER RESORT, PO BOX 929000, SNOWBIRD, UT 84092-9000 | |
| 10924 | SNOWCREST LODGE, 1215 KIRKWOOD MEADOWS DRIVE, KIRKWOOD, CA 95646 | |
| 10924 | SNOWDEN ELECTRIC, 6820 ORANGETHORPE AVE SUITE A, BUENA PARK, CA 90620 | |
| 10925 | SNOWDEN, CONSTANCE, 9112 UTICA PL, LANDOVER, MD 20785 | |
| 10925 | SNOWDEN, JOHN, 10 N CALVERT STE 620, T1, BALTIMORE, MD 21202 | |
| 10925 | SNOWDEN, KENNETH, 392-1-B JUNEBERRY WAY, GLEN BURNIE, MD 21061 | |
| 10925 | SNOWDEN, MICHAEL, 8052 N MARIPOSA, FRESNO, CA 93710 | |
| 10925 | SNOWDEN, SIRA, PO BOX 865136, PLANO, TX 75086 | |
| 10925 | SNPE PROPULSION, RUE LAVOISIER - B.P. 2 - 91710, VERT-LE-PETIT, 91710 | |
| 10924 | SNYDER BRICK & BLOCK, 1733 INDUSTRIAL ESTATES DRIVE, DAYTON, OH 45409 | |
| 10924 | SNYDER BRICK & BLOCK, 1733 INDUSTRIAL ESTATES, DAYTON, OH 45409 | |
| 10924 | SNYDER BRICK & BLOCK, 1735 IND. ESTATES DRIVE, DAYTON, OH 45409 | |
| 10924 | SNYDER BRICK & BLOCK, 2301 W.DOROTHY LANE, MORAINE, OH 45439 | |
| 10924 | SNYDER BRICK & BLOCK, 233 SENATE DR, MONROE, OH 45050 | |
| 10924 | SNYDER BRICK & BLOCK, 3246 N. COUNTY ROAD 25A, TROY, OH 45373 | |
| 10924 | SNYDER BROTHERS CO.., 419 AVON STREET, TOCCOA, GA 30577 | |
| 10924 | SNYDER CONCRETE PRODUCTS, 2613 SOUTH DIXIE AVENUE, DAYTON, OH 45403 | |
| 10924 | SNYDER ELECTRIC, 319 FOREST ROSE AVE., LANCASTER, OH 43130 | |
| 10925 | SNYDER ELECTRIC, 4699 N. DIXIE HWY., POMPANO BEACH, FL 33064 | |
| 10925 | SNYDER GENERAL CORP, PO BOX 2278, CAROL STREAM, IL 60132-2278 | |
| 10924 | SNYDER HEALTH CLINIC, C/P DUKE CONCRETE CONSTRUCTION CO., SNYDER, TX 79549 | |
| 10925 | SNYDER INDUSTRIES INC, PO BOX 577, MARKED TREE, AR 72365 | |
| 10925 | SNYDER INDUSTRIES INC., PO BOX 3366, OMAHA, NE 68176-0795 | |
| 10925 | SNYDER INDUSTRIES, INC, MS# 0795, OMAHA, NE 68176-0795 | |
| 10925 | SNYDER INDUSTRIES, INC, PO BOX 3366, OMAHA, NE 68176-0795 | |
| 10925 | SNYDER INDUSTRIES, INC, PO BOX 4583, LINCOLN, NE 68504-4583 | |
| 10925 | SNYDER JR, EDWARD, 29 BALDWIN PATH, DEER PARK, NY 11729-1401 | |
| 10925 | SNYDER JR.., CHARLES, 14 BROADWAY, BAYONNE, NJ 07002 | |
| 10925 | SNYDER LIVING TRUST, THE, NORMAN P. SNYDER, 120 WOOD ROAD, LOS GATOS, CA 95030 | |
| 10924 | SNYDER OIL, PO BOX 129, BAGGS, WY 82321 | |
| 10924 | SNYDER ROOFING & SHEET METAL, HAZARDOUS MATERIAL WAREHIUSE, BREMERTON, WA 98314 | |
| 10924 | SNYDER ROOFING, 12650 SW HALL BLVD, TIGARD, OR 97223 | |
| 10924 | SNYDER ROOFING, P O BOX 23819, TIGARD, OR 97223 | |
| 10924 | SNYDER ROOFING/1000 DEXTER, SIPLAST, SEATTLE, WA 98108 | |
| 10924 | SNYDER ROOFING/CEDAR OAK SCHOOL, 4515 SW CEDAR OAK DR., WEST LINN, OR 97068 | |
| 10924 | SNYDER ROOFING/GLENCOE H.S., 2700 N.W. GLENCOE RD., HILLSBORO, OR 97123 | |
| 10925 | SNYDER SOUTHEAST INDUSTRIES, PO BOX 630, ROANOKE, AL 36274 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    SNYDER, ALBERT, PO BOX 14, WEBB CITY, MO 64870-0014

10925    SNYDER, ANDREW, 4440 MELVIN CIRCLE E, JACKSONVILLE, FL 32210

10925    SNYDER, ANNA, 151 SHACKAMAXON ST, LEESPORT, PA 19533

10925    SNYDER, ANNA, 5412 NEIL ROAD, RENO, NV 89502

10925    SNYDER, AUDREY, 121 SYCAMORE ROAD, BALTIMORE, MD 21226-1723

10925    SNYDER, BETTY, 3 S CLARK AVE, SOMERVILLE, NJ 08876

10925    SNYDER, CARLOS, 3625 LITCHFIELD, WICHITA, KS 67204

10925    SNYDER, CHARLES, 417 S WALNUT ST., KALKASKA, MI 49646

10925    SNYDER, CHRISTINE, 9561 FAWN DRIVE, BOERNE, TX 78006

10925    SNYDER, DAVID, 10019 SHELL ROCK, DEER PARK, TX 77536

10925    SNYDER, DAVID, POST OFFICE BOX 339, KEOSAUQUA, IA 52565

10925    SNYDER, DEBRA, 10 FOREST VIEW DRIVE, WERNERSVILLE, PA 19565

10925    SNYDER, DEBRA, 500 SHALTER AVE, A102, TEMPLE, PA 19560

10925    SNYDER, DEWAYNE, 761 N GOLDEN STRIP DR, MAULDIN, SC 29662

10925    SNYDER, EARL, 616 FOURTEENTH AVE, BETHLEHEM, PA 18018

10925    SNYDER, FRED, 7515 REDWOOD COUNTRY, ORLANDO, FL 32835

10925    SNYDER, GEORGIANA, 1733 KINGSTON ST., AURORA, CO 80010-2507

10925    SNYDER, GERALD, 20056 HOMESTEAD CT, LAKEVILL, MN 55044-6828

10925    SNYDER, GERALD, 297 N. STEWART, GENESEO, IL 61254

10925    SNYDER, GERALD, 628 OPEL ROAD, GLEN BURNIE, MD 21060

10925    SNYDER, HOWARD, 285 19TH AVE SW, CEDAR RAPIDS, IA 52404

10925    SNYDER, JEFFREY, 4475 4TH ST, WINDSOR, WI 53598

10925    SNYDER, JILL, 1540 BROWN AVE NW, CLEVELAND, TN 37311

10925    SNYDER, JOAN, 398 POWELL MILL RD #A, SPARTANBURG, SC 29301

10925    SNYDER, JOAN, 82250 EVERGREEN DR, BARABOO, WI 53913

10925    SNYDER, JULIE S, 2315 E ARNETT DR, SALT LAKE CITY, UT 84109-3459

10925    SNYDER, JULIE, 2315 E ARNETT DR, SLC, UT 84109-3459

10925    SNYDER, KATHRYN, 4935 W BUFFALO ST, CHANDLER, AZ 85224

10925    SNYDER, KENNETH, 2415 ALLENTOWN DR #5, ALLENTOWN, PA 18103

10925    SNYDER, KIMBERLY, 5630 SUTTON RD., COGGON, IA 52218

10925    SNYDER, LARRY, PO BOX 524, KROTZ SPRINGS, LA 70750

10925    SNYDER, MARTHA, 5053 MUIR AVE, SAN DIEGO, CA 92107

10925    SNYDER, MARY, 621 N PROSPECT ST, SHREVE, OH 44676

10925    SNYDER, MAUREEN, 4618 PEACHTREE PL, DORAVILLE, GA 30360

10925    SNYDER, MICHAEL, 35 FAIRMONT ST, DORCHESTER, MA 02124

10925    SNYDER, MICHAEL, 46 ELM ST #8, WORCESTER, MA 01609

10925    SNYDER, NANCY, 332 DAVIS DR., DESOTO, TX 75115

10925    SNYDER, ORVILLE, 1360 MORTON LANE, LEWISPORT, KY 42351

10925    SNYDER, PHYLLIS, 4115 BAYARD ST, EASTON, PA 18042

10925    SNYDER, RANDALL, 1837 SCOTT BLVD, COVINGTON, KY 41014

10925    SNYDER, RICHARD, 151 CINDY LANE, KINGS MOUNTAIN, NC 28086

10925    SNYDER, ROBERT, 1 GOOSE NECK RD., LEVITTOWN, PA 19007

10925    SNYDER, ROBERT, 8540 W ACAPULCO LANE, PEORIA, AZ 85381

10925    SNYDER, RONALD, 915 8TH ST, REEDSBURG, WI 53959

10925    SNYDER, STANLEY, 750 EAGLES COURT APT #3-C, WESTMINSTER, MD 21158

10925    SNYDER, STEWART, 5055 PEAR RIDGE DR, DALLAS, TX 75287

10925    SNYDER, SUSAN, 825 COTTAGE LN, AUBURN, AL 36830

10925    SNYDER, TAMARA, 1062 LAW ST, PACIFIC BEACH, CA 92109

10925    SNYDER, TAMARA, 9481 W DEANNA DR, PEORIA, AZ 85382-8327

10925    SNYDER, TIMOTHY, 110 S CLEVELAND AVE, DE FOREST, WI 53532-1602

10925    SNYDER, TODD, 4233 REGIS DR, TOLEDO, OH 43623

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 SNYDER, VICTORIA, 41457 MERRIWOOD, HEMET, CA 92544

10925 SNYDER, WARREN, PO BOX 183, BOTKINS, OH 45306-0183

10925 SNYDER, WILLIAM, 3807 W MAUNA LOA, PHOENIX, AZ 85023

10925 SNYDER, WILLIAM, PO BOX 2155, MARCO ISLAND, FL 33969-2155

10925 SNYDER,JR, CHARLES, 2020LARKHALL ROAD, BALTIMORE, MD 21222

10925 SNYDER-CROWN, PO BOX 951188, CLEVELAND, OH 44193

10925 SNYDER-INDUSTRIES, PO BOX 951181, CLEVELAND, OH 44193

10925 SO CAROLINA WORKERS COMP, XX12 MARION ST, PO BOX 1715, COLUMBIA, SC 29202

10924 SO COMMUNITY COLLEGE, SMITH AND GREEN, LAS VEGAS, NV 89101

10924 SO DAKOTA CONCRETE, #34 RAPID CITY PLANT, RAPID CITY, SD 57709

10924 SO DAKOTA CONCRETE, BOX 1079, PIERRE, SD 57501

10925 SO FLORIDA BUSINESS JOURNAL, 1050 LEE WAGNER BLVD STE 302, FORT LAUDERDALE, FL 33315

10924 SO WESTERN PORT CEMENT, P O BOX 1547, ODESSA, TX 79760

10924 SO WESTERN PORT CEMENT, PO BOX 1547, ODESSA, TX 79760

10924 SO. DAKOTA CONCRETE PRODUCTS, P O BOX 1079, PIERRE, SD 57501

10924 SO. DAKOTA CONCRETE PRODUCTS, RAPID CITY PLANT, RAPID CITY, SD 57709

10924 SO. DAKOTA CONCRETE PRODUCTS, SOUTHEAST OF CITY, P O BOX 387, MITCHELL, SD 57301

10924 SO. MAINE MEDICAL CENTER MRI ADDN., 3A MEDICAL CENTER DRIVE, BIDDEFORD, ME 04005

10924 SO.DAKOTA CONCRETE PRODUCTS CO., PO BOX1079, PIERRE, SD 57501

10924 SO.REGIONAL MEDICAL CENTER, SUPPORT  BUILDING, 11  UPPER RIVERDALE ROAD, RIVERDALE, GA 30274

10925 SOABAR PRODUCTS GROUP, PO BOX 75373, CHICAGO, IL 60675

10925 SOAP & DETERGENT ASSOCIATION, 1500 K ST., SUITE 300, WASHINGTON, DC 20005

10925 SOAPES, NANCY, 160 CANTATA, IRVINE, CA 92714

10925 SOARD, DAVID, 8571 CRANBROOK WAY, FLORENCE, KY 41042-8047

10925 SOARES, BOBBY, 217 ELM ST, CAMBRIDGE, MA 02139

10925 SOARES, E, 1046 PRAIRIE AVE, NEW BEDFORD, MA 02745

10925 SOARES, JOHN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 SOARES, JOHN, 93 LINCOLN ST., CAMBRIDGE, MA 02141

10924 SOARING EAGLE HOTEL, 6711 EAST BROADWAY ROAD, MOUNT PLEASANT, MI 48858

10924 SOARING EAGLE HOTEL, C/O PONTIAC CEILING, MOUNT PLEASANT, MI 48858

10925 SOBA, OLGA, 5022 W DRUMMOND PL, CHICAGO, IL 60639

10925 SOBCZAK, CHRISTYNE, 205 BATTERY WAY, PEACHTREE CITY, GA 30269

10925 SOBCZAK, FRANK, 35 HARBOR VIEW DRIVE, 107, RACINE, WI 53403

10925 SOBCZAK, GREGORY, 2405 125TH ST E, BURNSVILLE, MN 55337

10925 SOBCZAK, JOSEPH, 5387 AMBERWOOD LANE, GREENFIELD, WI 53221

10925 SOBEL, DEBORAH, 2666 GAYNOR, WALKER, MI 49544

10925 SOBEL, ROBERT, 650 SHORE ROAD-APT 6D, LONG BEACH, NY 11561

10925 SOBELMAN, LARRY, 11241 NW 7TH ST, CORAL SPRINGS, FL 33071

10925 SOBERALSKI, FC, 2103 FT DONELSON, SAN ANTONIO, TX 78245

10925 SOBERANIS, HIMMER, 2307 NORTH SPAULDING, CHICAGO, IL 60647

10924 SOBIE CO. INC., 3276 INDUSTRIAL DRIVE, DUTTON, MI 49316

10925 SOBOLEWSKA, SABINA, 199 E MAIN ST, SOMERVILLE, NJ 08876-3025

10925 SOBOLEWSKI, CLARA, 509 E MAIN ST, SOMERVILLE, NJ 08876

10925 SOBOLEWSKI, WILLIAM, 509 EAST MAIN ST, SOMERVILLE, NJ 08876

10925 SOBOLIK, TAMMY, 5250 HARDY DR. #1110C104, TEMPE, AZ 85283

10925 SOBOTA, CHRISTOPHER, 577 EARLY FALLS COURT, HERNDON, VA 22070

10925 SOBOWIEC, VALERIE, 246 NAVILLA PL., COVINA, CA 91723

10925 SOBUS, RITA, 719 MAIDEN CHOICE LANE, CATONSVILLE, MD 21228

10925 SOC OF COMPETITIVE INTEL, 1700 DIAGONAL RD, ALEXANDRIA, VA 22314

10925 SO-CAL AIRGAS, PO BOX 6030, LAKEWOOD, CA 90714-6030

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SOCCER - RITSEMA ASSOC., 7187 SPRINKLE RD., PORTAGE, MI 49001 | |
| 10924 | SOCIAL SCIENCE BUILDING, E.F. BRADY, SAN DIEGO, CA 92110 | |
| 10925 | SOCIAL SECURITY ADMINISTRATION, PO BOX 17042, BALTIMORE, MD 21235 | |
| 10924 | SOCIAL WORKS C/O ARBOR INTERIORS, 610 E. UNIVERSITY, ANN ARBOR, MI 48109 | |
| 10924 | SOCIEDAD INDUSTRIAL DOM, DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | SOCIEDAD INDUSTRIAL DOMINICANA C PO, MAXIMO GOMEZ NO 182, SANTO DOMINGO, 0SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | SOCIEDADE ADVOGADOS, RUA MARQUES DE FRONTEIRA N 8 3 DT, LISBOA, 01070PORTUGAL | *VIA Deutsche Post* |
| 10925 | SOCIETE DE CHIMIE INDUSTRIELLE -, POBOX 873 GRAND CENTRAL STATION, NEW YORK, NY 10163 | |
| 10925 | SOCIETE DE PROTECTION, GROUP BREVATOME 25, RUE DE PONTHIEU, 75008FRANCE | *VIA Deutsche Post* |
| 10925 | SOCIETE NOUVELLE DU LITTORAL, SIEGE SOCIAL & USINE, ZA - BP 9, LEUCATE, 11370FRANCE | *VIA Deutsche Post* |
| 10925 | SOCIETY FOR CHEMICAL HAZARD, PO BOX 1392, ANNANDALE, VA 22003-9392 | |
| 10925 | SOCIETY FOR HUMAN RESOURC, 606 N WASHINGTON ST, ALEXANDRIA, VA 22314-1997 | |
| 10925 | SOCIETY FOR HUMAN RESOURCE MANAGEME, 606 N. WASHINGTON ST., ALEXANDRIA, VA 22314 | |
| 10925 | SOCIETY FOR HUMAN RESOURCE MGMT., PO BOX 79482, BALTIMORE, MD 21279-0482 | |
| 10925 | SOCIETY FOR HUMAN RESOURCE MGMT., POBOX 79482, BALTIMORE, MD 21279-0482 | |
| 10925 | SOCIETY FOR IMAGING SCIENCE, 7003 KILWORTH LANE, SPRINGFIELD, VA 22151 | |
| 10925 | SOCIETY FOR INFORMATION MANAGEMENT, PO BOX 620116, NEWTON LOWER FALLS, MA 02162-0116 | |
| 10925 | SOCIETY FOR INFORMATION MGT, PO BOX 620116, NEWTON LOWER FALLS, MA 02162 | |
| 10925 | SOCIETY FOR MINING METALLURGY, POBOX 625002, LITTLETON, CO 80162-5002 | |
| 10925 | SOCIETY FOR THE PRESERVATION OF, 185 LYMAN ST, WALTHAM, MA 02452 | |
| 10925 | SOCIETY OF ACTUARIES, PO BOX 95918, CHICAGO, IL 60694 | |
| 10925 | SOCIETY OF CHEMICAL INDUSTRY, 15 WEST 72ND ST SUITE 12N, NEW YORK, NY 10023-3445 | |
| 10925 | SOCIETY OF COMPETITIVE, PO BOX 79147, BALTIMORE, MD 21279-0147 | |
| 10925 | SOCIETY OF CONSUMER AFFAIRS, 801 NORTH FAIRFAX ST SUITE 404, ALEXANDRIA, VA 22314 | |
| 10925 | SOCIETY OF FIRE PROTECTION, 7315 WISCONSIN AVE, BETHESDA, MD 20814 | |
| 10925 | SOCIETY OF FIRE PROTECTION, ONE LIBERTY SQUARE, BOSTON, MA 02109-4825 | |
| 10925 | SOCIETY OF FORMER SPECIAL, PO BOX 1027, QUANTICO, VA 22134-1027 | |
| 10925 | SOCIETY OF LA. CPAS, 2400 VETERANS BLVD., KENNER, LA 70062-4739 | |
| 10925 | SOCIETY OF MANUFACTURING ENGINEERS, PO BOX 79001, DETROIT, MI 48279-1212 | |
| 10924 | SOCIETY OF MANUFACTURING ENGINEERS, PO BOX79001, DETROIT, MI 48279 | |
| 10925 | SOCIETY OF MANUFACTURING ENGRS, POBOX 77331, DETROIT, MI 48077-0331 | |
| 10925 | SOCIETY OF PLASTIC ENGINEERS, 14 FAIRFIELD DR, BROOKFIELD, CT 06804-0403 | |
| 10925 | SOCIETY OF PLASTICS ENGINEERS, 14 FAIRFIELD DR, BROOKFIELD, CT 06804-0403 | |
| 10925 | SOCIETY OF PLASTICS ENGINEERS, PO BOX 403, BROOKFIELD, CT 06804 | |
| 10925 | SOCIETY OF THE PLASTICS INDUSTRY IN, PO BOX 17031, BALTIMORE, MD 21298-9503 | |
| 10925 | SOCIETY OF TRIBOLOGISTS &, 840 BUSSE HWY, PARK RIDGE, IL 60068-2376 | |
| 10925 | SOCIETY OF WOMEN ENGINEERS, 1963 UNIVERSITY, LISLE, IL 60532 | |
| 10925 | SOCITETE NOUVELLE DU LITTORAL, Z.A. - BP 9, LEUCATE, 11370FRANCE | *VIA Deutsche Post* |
| 10925 | SOCKWELL, REBECCA, 409 HWY 162 SOUTH, COVINGTON, GA 30201 | |
| 10925 | SOCO LYNCH CORPORATION, 3270 E WASHINGTON BLVD, LOS ANGELES, CA 90012 | |
| 10925 | SOCO LYNCH CORPORATION, FILE #2674, LOS ANGELES, CA 90074 | |
| 10925 | SOCO-LYNCH CORPORATION, FILE #2674, LOS ANGELES, CA 90074-2674 | |
| 10925 | SOCONY MOBIL COMPANY INC., 3225 GALLOWS RD., FAIRFAX, VA 20037 | |
| 10925 | SOCORRO, ABEL, 720 SOUTH 3RD ST, 1, SAN JOSE, CA 95112 | |
| 10925 | SOCO-WESTERN CORPORATION, PACIFIC TOWER SUITE 2750, 1001 BISHOP ST., HONOLULU, HI 96813 | |
| 10925 | SODARO JR, JAMES J, 107 THURSTON AVE, KENMORE, NY 14217-1321 | |
| 10925 | SODEN, JASON, PO BOX 1254, PARKER, AZ 85344 | |
| 10925 | SODEN, ORBIE, 1221 W. 8TH ST., ANDERSON, IN 46016 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SODERSTROM, RONALD, 1139 WASHINGTON ST, WALPOLE, MA 02081 | |
| 10925 | SODEXHO MARRIOTT SERVICES, POBOX 62, SALEM, NH 03079 | |
| 10925 | SODEXHO MARRIOTT SERVICES, POBOX 905374, CHARLOTTE, NC 28290-5374 | |
| 10925 | SOELLNER, LAWRENCE, 7945 WYNBROOK ROAD, BALTIMORE, MD 21224 | |
| 10925 | SOELLNER, LINDA C, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | SOELLNER, LINDA, 7945 WYNBROOK ROAD, BALTIMORE, MD 21224 | |
| 10925 | SOEST, DOROTHEA, 118 OLD SUGAR CREEK ROAD, HIGH RIDGE, MO 63049 | |
| 10925 | SOESTER, DAVID, 8021 SIMS CREEK ROAD, CASPER, WY 82604 | |
| 10924 | SOF JOB, FORT BRAGG, NC 28307 | |
| 10924 | SOFFER BUILDING, EAST CARSON STREET @ 29TH STREET, PITTSBURGH, PA 15206 | |
| 10925 | SOFIA, LISA MARIA, 15 WINDJAMMER DR, JEFFERSON TWP, NJ 07849 | |
| 10925 | SOFIX CORP., 2800 RIVERPORT RD., CHATTANOOGA, TN 37406-1721 | |
| 10925 | SOFKA, STANLEY, 6 ELM CT., ACTON, MA 01720 | |
| 10925 | SOFRANKO, SHIRLEY, 128 QUARRY ST.APT.A, MOUNT PLEASANT, PA 15666 | |
| 10925 | SOFTEDGE SOLUTIONS, 2290 N CLARA AVE, DELAND, FL 32720 | |
| 10925 | SOFTWARE BUSINESS APPLICATIONS, 2550 WARRENVILLE ROAD, CHICAGO, IL 60615 | |
| 10925 | SOFTWARE CITY COMPUTER CENTER, 8047 GREENVILLE HWY, SPARTANBURG, SC 29301 | |
| 10925 | SOFTWARE MARKETING CENTER,INC, 4149 WINFIELD ROAD, COLUMBUS, OH 43220 | |
| 10925 | SOFTWARE PUBLISHING CO, PO BOX 2982, ANNAPOLIS, MD 21401-2982 | |
| 10925 | SOFTWARE SERVICES & TRAINING, 50 NEW SALEM ST. STE B, WAKEFIELD, MA 01880 | |
| 10925 | SOFTWARE SPECTRUM - TEAM SG, 22721 E. MISSION, LIBERTY LAKE, WA 99019 | |
| 10925 | SOFTWARE SPECTRUM, PO BOX 910866, DALLAS, TX 75391-0866 | |
| 10925 | SOHA, D, 112 COLUMBIA ST, ADAMS, MA 01220 | |
| 10925 | SOHA, HENRY, 4 COLUMBIA ST., 62, ADAMS, MA 01220 | |
| 10925 | SOHA, STEPHEN, 28 WENZEL LANE, STONY POINT, NY 10980 | |
| 10925 | SOHAILI, ESMAIAL, 2485 WICKLIFFE RD, COLUMBUS, OH 43221 | |
| 10925 | SOHLER, DEANNA, 25 VIA LUCCA #J-233, IRVINE, CA 92715 | |
| 10925 | SOHN, JUNG, 12661 PEACHWOOD CT., POWAY, CA 92064 | |
| 10925 | SOIL AND MATERIALS ENGINEERING INC., 43980 PLYMOUTH OAKS BLVD, PLYMOUTH, MI 48170 | |
| 10925 | SOIL AND MATERIALS ENGINEERS, INC, 43980 PLYMOUTH OAKS BLVD, PLYMOUTH, MI 48170-2584 | |
| 10925 | SOIL EXPLORATION CORP., 148 PIONEER DR., LEOMINSTER, MA 01453 | |
| 10925 | SOIL TESTING ENGINEERS, INC, 4100 LOUISIANA AVE., LAKE CHARLES, LA 70605 | |
| 10925 | SOIL TESTING ENGINEERS, INC, PO BOX 83710, BATON ROUGE, LA 70884 | |
| 10925 | SOILEAU, JAIME, 900 8TH ST, MAMOU, LA 70554 | |
| 10925 | SOILEAU, JAMES, RT. 2, BOX 469-B, VILLE PLATTE, LA 70586 | |
| 10925 | SOILEAU, JOHN, PO BOX 874, ELTON, LA 70532 | |
| 10925 | SOILIS, KIMBERLY, 156 LABELLE ST., PITTSBURG, PA 15211 | |
| 10925 | SOILS EXPLORATION CORP, 148 PIONEER DR, LEOMINSTER, MA 01453 | |
| 10925 | SOISSON, NANCY, 43 BALDWIN ST, CHARLESTOWN, MA 02129 | |
| 10925 | SOJKA JT TEN, BORIS & CAROLE, 403 LUPIN LANE, GLENDORA, CA 91741-3801 | |
| 10925 | SOJUZPATENT, 5/2 ILIINKA ST, MOSCOW, 103735RUSSIAN FEDERATION | *VIA Deutsche Post* |
| 10925 | SOKEL, LORRIE, 2502 BEVERLY DR., JOPPA, MD 21085 | |
| 10925 | SOKOL, CAROL JEAN, C/O CAROL S WELTY, 1373 N LAKE TERR DR, LEHI, UT 84043-1437 | |
| 10925 | SOKOL, PETER, 54 REDFIELD ROAD, WAKEFIELD, MA 01880-1409 | |
| 10925 | SOKOL, REBECCA, 18 STILLWAY COURT, COCKEYSVILLE, MD 21030 | |
| 10925 | SOKOL, WILLIAM, 1 RENE COURT, MANDEVILLE, LA 70471 | |
| 10925 | SOKOLOWSKI JR, JOSEPH, 3037 OWENDALE DR, ANTIOCH, TN 37013-5508 | |
| 10925 | SOKOLOWSKI, EDWARD, 11 HARRISON ST, MAYNARD, MA 01754 | |
| 10925 | SOKOLOWSKI, STEVEN, 18 SUNSET ROAD, MAYNARD, MA 01754-1059 | |
| 10925 | SOL B ABRAMS &, ZELDA ABRAMS JT TEN, 331 WEBSTER DR, NEW MILFORD, NJ 07646-1117 | |
| 10925 | SOL KATZ, STATION A, PO BOX 8465, TYLER, TX 75711-8465 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SOL MESSER, DOBY ROAD, MT FREEDOM, NJ 07970 | |
| 10925 | SOL W LESNICK &, EILEEN N LESNICK JT TEN, 7096 CLEMENTS, W BLOOMFIELD, MI 48322-2626 | |
| 10925 | SOLA, DOMINIC, 58 HIGH ST, ANDOVER, MA 01810 | |
| 10925 | SOLA/COMSTOCK LEASING, PO BOX 16168, MINNEAPOLIS, MN 55416 | |
| 10925 | SOLADYNE CORPORATION, 5037 RUFFNER ST, SAN DIEGO, CA 92111 | |
| 10925 | SOLAKIAN, CHRISTIAN, 363 WINDERMER AVE, LANSDOWNE, PA 19050 | |
| 10925 | SOLANA, LINDA, 1851 RODEO DR, IMPERIAL, CA 92251 | |
| 10925 | SOLAND, JEFFREY, 1528 N SEMINARY AVE APT H, WOODSTOCK, IL 60098 | |
| 10925 | SOLAND, JUDITH, 1048 PORTSMOUTH DRIVE, ISLAND LAKE, IL 60042 | |
| 10925 | SOLANO JR, DOMINGO, PO BOX 1853, PEARLAND, TX 77588 | |
| 10925 | SOLANO JR, JOSE, 3303 CYPRESS, VICTORIA, TX 77901 | |
| 10925 | SOLANO, BARBARA, 407 E. 12TH, CLOVIS, NM 88101 | |
| 10925 | SOLANO, JORGE, 4418 FLORES, LAREDO, TX 78040 | |
| 10925 | SOLANO, JUAN, 551 LENREY AVE, EL CENTRO, CA 92243 | |
| 10925 | SOLANO, LINO, 936 N ST. NW APT. 3, WASHINGTON, DC 20001 | |
| 10925 | SOLANO, RAMONA, 2109 PEARL, FT WORTH, TX 76106 | |
| 10925 | SOLANTO, CAROL, CUST FOR JEANNINE SOLANTO, UNIF GIFT MIN ACT NY, 2227 WICKHAM AVE, BRONX, NY 10469-6444 | |
| 10925 | SOLAR BEAR INC, 325 CHEROKEE BLVD, CHATTANOOGA, TN 37405 | |
| 10925 | SOLAR BEAR, INC, 325 CHEROKEE BLVD, CHATTANOOGA, TN 37405 | |
| 10925 | SOLAR SCREENS OF HOUSTON, BOX 34759, HOUSTON, TX 77234 | |
| 10925 | SOLAR SHIPPING AGENCY, INC, 1800 W. LOOP SOUTH,STE 1860, HOUSTON, TX 77056 | |
| 10925 | SOLAR TESTING LABORATORIES INC, 5399 LANCASTER DR, BROOKLYN HEIGHTS, OH 44131 | |
| 10925 | SOLAR, JEFFREY, 2810 REGINA DRIVE, SILVER SPRING, MD 20906 | |
| 10925 | SOLARCHEM ENTERPRISES INC, PO BOX 70926, CHICAGO, IL 60673-0926 | |
| 10925 | SOLARES & CO INC, PO BOX 9558, BAYAMON PR, PR 00960-8041 | |
| 10925 | SOLARES & CO INC, PO BOX 9558, BAYAMON, PR 00960-8041PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SOLARES, MARTA, 20518 MALDEN ST, CANOGA PARK, CA 91306 | |
| 10924 | SOLARSUN INC., 138 GREELEY AVENUE, SAYVILLE, NY 11782 | |
| 10924 | SOLARSUN INC., 15 BLUEBERRY RIDGE ROAD, EAST SETAUKET, NY 11733 | |
| 10924 | SOLARSUN INC., BLDG 8, SUITE 15, SAINT JAMES, NY 11780 | |
| 10925 | SOLARZANO, LISA, 6315 RHOADES CT, SAN DIEGO, CA 92139 | |
| 10925 | SOLATRON, PO BOX 8500-7845, PHILADELPHIA, PA 19178 | |
| 10925 | SOLBERG MANUFACTURING INC, PO BOX 309, ITASCA, IL 60143-0309 | |
| 10925 | SOLBERG, JOHN, 150 HOLYOKE, 1S, VILLA PARK, IL 60181 | |
| 10925 | SOLBERG, JOHN, 2542 PRAIRIE #37, EVANSTON, IL 60201 | |
| 10925 | SOLBERG, ROCKY, FAMILY VILLAGE II, LOT 75, BELFIELD, ND 58622 | |
| 10925 | SOLBOE, WILLIAM, 1313 LOST DAUPHIN RD, DE PERE, WI 54115 | |
| 10925 | SOLCH, GAIL, 16443 N 68TH WAY, SCOTTSDALE, AZ 85254 | |
| 10925 | SOLDANO, KATHERINE, 145 YORKSHIRE TER, WASHINGTONVILLE, NY 10992 | |
| 10925 | SOLDANO, THERESA, 30 SPRINGWOOD DRIVE, ABINGTON, MA 02351 | |
| 10925 | SOLDER STATION ONE INC, 2331 W CAPE COD WAY, SANTA ANA, CA 92703 | |
| 10924 | SOLDERMASK INC, 17905 METZLER AVE, HUNTINGTON BEACH, CA 92647 | |
| 10925 | SOLDO, EILEEN, 5851 HOLMBERG RD APT 2113, PARKLAND, FL 33067-4525 | |
| 10925 | SOLDO, EILEEN, 5851 HOLMBERG ROAD, PARKLAND, FL | |
| 10925 | SOLE, ANNA, 41 CLEVELAND ST, ARLINGTON, MA 02174 | |
| 10925 | SOLECTRON WASHINGTON, 8600 SOPER HILL ROAD, EVERETT, WA 98205-1111 | |
| 10925 | SOLEDAD, KENNETH, 4915 WELFORD DRIVE, BELLAIRE, TX 77401 | |
| 10925 | SOLEMINA, ROSEMARY, 15 PAXTON RD, FRAMINGHAM, MA 01701 | |
| 10924 | SOLENTANCHE, PO BOX 100, DUMAS, AR 71639 | |
| 10924 | SOLENTANCHE, WILBUR D MILLS DAM #2, DUMAS, AR 71639 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　SOLER, WALTER, PO BOX 149, CAGUAS, PR 00726

10925　SOLES, PATRICIA, 2300 SW 64 AVE, MIAMI, FL 33193

10925　SOLES, PATRICIA, 631C 4TH ST, BRIDGEWATER, NJ 08807

10925　SOLESBEE, RONNIE, 175 BRANNON CIRCLE, INMAN, SC 29349

10925　SOLESBEE, TERRI A, 625 BARLOW AVE, KANNAPOLIS NC, NC 28081

10924　SOLETANCHE, WILBER D MILLS DAM #2, DUMAS, AR 71639

10925　SOLICO INC, BOX 6287, 5119 EDITH BLVD NE, ALBUQUERQUE, NM 87107

10925　SOLID COMPUTER DECISIONS INC, 801 CLANTON RD, CHARLOTTE, NC 28217

10925　SOLID GOLD DISTRIBUTING CO. INC, GENERAL COUNSEL, 23839 SOUTH BANNING BLVD., CARSON, CA 90745

10924　SOLID GOLD DISTRIBUTING CO., INC., 23839 S. BANNING BLVD., CARSON, CA 90745

10925　SOLID GOLD DISTRIBUTING, INC, 23839 S. BANNING BLVD., CARSON, CA 90745

10925　SOLID STATE CONTROLS, 804 PARK TWO DR., SUGAR LAND, TX 77478

10924　SOLID WASTE AUTHORITY OF, 6161 NORTH JOG ROAD, WEST PALM BEACH, FL 33412

10924　SOLID WASTE AUTHORITY OF, 7501 NORTH JOG ROAD, WEST PALM BEACH, FL 33412

10924　SOLID WASTE AUTHORITY, CAMBRIDGE, MA 02140

10925　SOLID WASTE TECHNOLOGIES, INC, 300 SWETT AVE, AMERICUS, GA 31709-0409

10925　SOLIDSTATE CONTROLS, INC, 875 DEARBURN DR., COLUMBUS, OH 43085

10925　SOLIDSTATE CONTROLS, INC, PO BOX 98351, CHICAGO, IL 60693

10925　SOLIDUS INTEGRATION, 26 WAYTE ROAD, BEDFORD, MA 01730-1630

10925　SOLIMAN, ANWAR, 450 NEWPORT CENTER DR, NEWPORT BEACH, CA 92660

10925　SOLIMAN, ANWAR, 450 NEWPORT CENTGER DR, NEWPORT BEACH, CA 92660

10925　SOLIMAN, SAFY, 365 HENLEY AVE, NEW MILFORD, NJ 07646

10925　SOLIMAR PNEUMATICS, 7256 COMMERCE CIRCLE, MINNEAPOLIS, MN 55432

10925　SOLIN, BRENDA, 4040 GREENLAKE RD., WEST BLOOMFIELD, MI 48324

10925　SOLINGER, FAITH, 209 COMLY ROAD, LINCOLN PARK, NJ 07035

10925　SOLINSKY, KEITH, 3324 S HARDY, TEMPE, AZ 85282

10925　SOLIS JT TEN, COLLEEN & ISAAC, 14322 MEADOW DR, GRASS VALLEY, CA 95945-9065

10925　SOLIS, ALAZNE, 7228 15TH AVE, TAKOMA PARK, MD 20912

10925　SOLIS, ALMA, 13862 ROSCOE BLVD, PANORAMA CITY, CA 91402

10925　SOLIS, ANA, APARTADO 1101, YABUCOA, PR 00767

10925　SOLIS, DORA, 2412 SAN EDUARDO, LAREDO, TX 78040

10925　SOLIS, ELIA C, 4907 MONTOGOMERY, MILLINGTON, TN 38053

10925　SOLIS, ESTELA, 1113 W JAY ST, TORRANCE, CA 90502

10924　SOLIS, ESTELA, 2207 N. HOUSTON, FT WORTH, TX 76106

10925　SOLIS, GUADALUPE, PO BOX 1020, FREER, TX 78357

10925　SOLIS, GUSTAVO, PO BOX 531, ZAPATA, TX 78076

10925　SOLIS, JAVIER, 1035 RIGSBY, SAN ANTONIO, TX 78210

10925　SOLIS, JOSEPHINE, 418 WARD AVE, SAN ANTONIO, TX 78223

10925　SOLIS, JUAN, 1525 WEST HOLLYWOOD, CHICAGO, IL 60660

10925　SOLIS, PATRICIA, 15202 CARNELL ST, WHITTIER, CA 90603

10925　SOLIS, PEDRO, 704 W. EDWARD, FALFURRIAS, TX 78355

10925　SOLIS, R, 2226 DALLAS, MCALLEN, TX 78501

10925　SOLIS, RAUL, 2508 ROSE AVE, FORT WORTH, TX 76106

10925　SOLIS, WILLIAM, 3320 PENINSULA RD, OXNARD, CA 93035

10924　SOLITE MASONRY, 100 DOMINION BLVD. NORTH, CHESAPEAKE, VA 23320

10924　SOLITE MASONRY, P O BOX 15251, CHESAPEAKE, VA 23320

10924　SOLITE MASONRY, PO BOX15251, CHESAPEAKE, VA 23320

10924　SOLITECH, 1751 S W 8TH STREET, POMPANO BEACH, FL 33069

10925　SOLITRON DEVICES INC, SHEVACH SARAF CEO, 3301 ELECTRONICS WAY, WEST PALM BEACH, FL 33407

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SOLIVAN, ELBA, 25 PULASKI RD, #A, WHITEHOUSE STATION, NJ 08889-3513

10925    SOLIVEN, TERESITA, 2901 CORVALLIS CRESCENT, INDIANAPOLIS, IN 46222

10925    SOLIZ, MANUEL, 4502 SPRING VALLEY, HOUSTON, TX 77041

10924    SOLKATRONIC CHEMICALS INC., 30 TWO BRIDGES ROAD, FAIRFIELD, NJ 07004

10924    SOLKATRONIC CHEMICALS INC., 351 PHILADELPHIA AVENUE, MORRISVILLE, PA 19067

10924    SOLKATRONIC CHEMICALS, INC., 30 TWO BRIDGES ROAD, FAIRFIELD, NJ 07004

10924    SOLKATRONIC CHEMICALS, INC., 351 PHILADELPHIA AVENUE, MORRISVILLE, PA 19067

10924    SOLKATRONICS CHEMICALS, 351 PHILADELPHIA AVENUE, MORRISVILLE, PA 19067

10925    SOLL TRUST, TAECKER MARSHALL NEYHOFF, GEN COUNSEL, 11661 SAN VICENTE BLVD, #802, LOS ANGELES, CA 90049

10925    SOLLA, VIRGINIA, 6 MARYLAND DR, TYNGSBORO, MA 01879

10925    SOLLERS, CATHERINE, 719 MAIDEN CHOICE LANE, BALTIMORE, MD 21228-6136

10925    SOLLERS, JAMES, 3873 MAIN ST, TRAPPE, MD 21673-9801

10925    SOLLEY, JAMES, 4726 LEMMON AVE., DALLAS, TX 75219

10925    SOLLOCK JR, DONALD N, 450 NORMANDY 515, HOUSTON, TX 77015-3471

10925    SOLLOCK JR, DONALD, 407 SHADY ROCK, HOUSTON, TX 77015

10925    SOLO HORTON BRUSHES INC, PO BOX 803, LITCHFIELD, CT 06759

10925    SOLO SYSTEMS INC, 4001 INDUSTRIAL ST, ROWLETT, TX 75088

10925    SOLOF, CARYL, 5 CHEROKEE PLACE, MT LEBANON, PA 15228

10925    SOLOMAN, GLORIA, 444 BROADWAY 1ST FL, LYNN, MA 01904

10924    SOLOMON POND PARK, 450 DONALD LYNCH BLVD., MARLBOROUGH, MA 01752

10925    SOLOMON S SIEGEL &, SYLVIA SIEGEL JT TEN, 25777 WOODWARD AVE APT 202, ROYAL OAK, MI 48067-0948

10924    SOLOMON SCHECHTER SCHOOL, 555 W HARTSDALE AVENUE, HARTSDALE, NY 10530

10925    SOLOMON W WHITE, PO BOX 17950, PITTSBURGH, PA 15235-7950

10925    SOLOMON, BARRY, 394 NORTH RD, BEDFORD, MA 01730

10925    SOLOMON, DANIEL, 850 MARK LANE #212, WHEELING, IL 60090

10925    SOLOMON, JERRY, 5113 HICKORY LANE, DALLAS, GA 30132

10925    SOLOMON, JESSICA, 3729 MAGEE AVE., OAKLAND, CA 94619

10925    SOLOMON, JOHN, 12018 FAIRBURY, HOUSTON, TX 77089

10925    SOLOMON, RAGNO, PO BOX 70757, RENO, NV 89570

10925    SOLOMONS MINES / WRG / MARICOPA CO, 4220 WGLENROSA AVE, PHOENIX, AZ 85019

10925    SOLON, PETER, 21 70 STEINWAY ST, ASTORIA, NY 11105

10925    SOLORIO, DANIEL, 18434 VINE ST, HESPERIA, CA 92345

10925    SOLORIO, MERCY, 7680 FREDA AVE, RIVERSIDE, CA 92504

10925    SOLORZANO, CINDY, 1307 WEST ARGYLE, CHICAGO, IL 60640

10925    SOLORZANO, DILIA, 100 LA SALLE ST, 3C, NEW YORK, NY 10027-4726

10925    SOLOVEY, ANN, 33 LUTHER AVE, HOPELAWN, NJ 08861

10925    SOLOWAY, OSCAR, 398 GRAHAM AVE, WINNIPEG, MB R3C 0L4CANADA          *VIA Deutsche Post*

10925    SOLTEC CORP., 12977-T ARROYO ST., SAN FERNANDO, CA 91340

10925    SOLTES, LUCINDA, 3840 DEVONSHIRE RD, BETHLEHEM, PA 18017

10924    SOLTEX, DOWNTOWN COURT HOUSE, SAN DIEGO, CA 92101

10925    SOLTEX, POBOX 4493, HOUSTON, TX 77210

10925    SOLTIS, DIANA R, 2343 ELDERSVILLE ROAD, FOLLANSBEE, WV 26037-1133

10925    SOLUBLE SOLUTIONS, 3 LOUISE LN., GLADSTONE, NJ 07934

10924    SOLUOL CHEMICAL INC., GREENHILL & MARKET STS., WEST WARWICK, RI 02893

10924    SOLUOL CHEMICAL INC., PO BOX 112, WEST WARWICK, RI 02893

10925    SOLURI, ROBERT, 5931 31ST PLACE, NW, WASHINGTON, DC 20015

10924    SOLUTIA - PENSACOLA, BUILDING 421/RECEIVING, 3000 CHEMSTRAND RD., GONZALEZ, FL 32560-0097

10924    SOLUTIA INC, 300 BIRMINGHAM HIGHWAY, ANNISTON, AL 36201

10925    SOLUTIA INC, 3000 OLD CHEMSTRAND ROAD, BOX 97, FL 32560-0097

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SOLUTIA INC, 3000 OLD CHEMSTRAND ROAD, CANTONMENT, FL 32533-8926 | |
| 10924 | SOLUTIA INC, 800 N. LINDBERGH BLVD., SAINT LOUIS, MO 63166 | |
| 10925 | SOLUTIA INC, 800 NORTH LINDBERGH BLVD., SAINT LOUIS, MO 63167 | |
| 10925 | SOLUTIA INC, BOX 75265, CHICAGO, IL 60675 | |
| 10924 | SOLUTIA INC, HIGHWAY 20 WEST, DECATUR, AL 35602 | |
| 10924 | SOLUTIA INC, PO BOX 2204, DECATUR, AL 35602 | |
| 10924 | SOLUTIA INC, PO BOX 66942, GONZALEZ, FL 32560-0097 | |
| 10924 | SOLUTIA INC, PO BOX 66942, SAINT LOUIS, MO 63166-6942 | |
| 10925 | SOLUTIA INC. (MONSANTO), PO BOX 75098, CHARLOTTE, NC 28275 | |
| 10924 | SOLUTIA INC., FM 2917, ALVIN, TX 77511-9888 | |
| 10924 | SOLUTIA INC., PO BOX 711, ALVIN, TX 77511-9888 | |
| 10925 | SOLUTIA INC., PO BOX 75098, CHARLOTTE, NC 28275-5098 | |
| 10924 | SOLUTIA, 3801 N. HAWTHORNE ST., CHATTANOOGA, TN 37406 | |
| 10924 | SOLUTIA, 4151 SARPY AVENUE, SAINT LOUIS, MO 63110 | |
| 10924 | SOLUTIA, 730 WORCESTER ST., SPRINGFIELD, MA 01151 | |
| 10925 | SOLUTIA, 800 NORTH LINDBERGH, SAINT LOUIS, MO 61675 | |
| 10925 | SOLUTIA, INC, PO BOX 75098, CHARLOTTE, NC 28275-5098 | |
| 10924 | SOLUTIA, INC., ATTN ACCTS PAYABLE DEPT, 10300 OLIVE BLVD., SAINT LOUIS, MO 63166-6760 | |
| 10924 | SOLUTIA, INC., PO BOX 711, ALVIN, TX 77511-9888 | |
| 10924 | SOLUTIA, INC., PO BOX66760, SAINT LOUIS, MO 63166-6760 | |
| 10925 | SOLUTIA, PO BOX 66760, SAINT LOUIS, MO 63166 | |
| 10925 | SOLUTIONS, ONE LAFAYETTE AVE, MORRISTOWN, NJ 07960 | |
| 10925 | SOLUTIONS, PO BOX 615, HOLMES, PA 19043-0615 | |
| 10924 | SOLVAY INTEROX, INC, PO BOX 27328, HOUSTON, TX 77227-7328 | |
| 10925 | SOLVAY MANAGEMENT, 3333 RICHMOND AVE, HOUSTON, TX 77098 | |
| 10925 | SOLVAY MINERALS INC, DEPT CH 10389, PALATINE, IL 60055-0389 | |
| 10925 | SOLVAY MINERALS, INC, ATTN: KARLA REES, PO BOX 1167, GREEN RIVER, WY 82935 | |
| 10925 | SOLVAY MINERALS, PO BOX 27328, HOUSTON, TX 77227-7328 | |
| 10924 | SOLVAY POLYMERS INC, 1230 BATTLEGROUND ROAD, DEER PARK, TX 77536 | |
| 10924 | SOLVAY POLYMERS INC, 3333 RICHMOND AVENUE, HOUSTON, TX 77098 | |
| 10924 | SOLVAY POLYMERS INC, 9705 HWY 225, LA PORTE, TX 77571 | |
| 10924 | SOLVAY POLYMERS INC, PO BOX 1000, DEER PARK, TX 77536 | |
| 10925 | SOLVENT KLEENE INC, 131 1/2 LYNNFIELD ST, PEABODY, MA 01960 | |
| 10925 | SOLVENTS & CHEMICALS INC., PO BOX 4160, HOUSTON, TX 77210-4160 | |
| 10925 | SOMA, KRISTINE, BOX 205, WILMOT, WI 53192 | |
| 10925 | SOMAN, LINDA, 60 NIAGARA LANE, WILLINGBORO, NJ 08046 | |
| 10924 | SOMANER LTDA, CRA 41 NO. 77-35, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | SOMANER LTDA., CRA. 41 NO. 77-35, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | SOMAR INDUSTRIES INTERNATIONAL, 115 MAIN ST., PO BOX 395, TUCKAHOE, NY 10707 | |
| 10925 | SOMASEKHARAN, RAJAMMA, 1610 COLIMA RD, PHILADELPHIA, PA 19120 | |
| 10925 | SOMATOGEN/BAXTER HEALTHCARE CORP, CT CORPORATION, 1675 BROADWAY SUITE 1200, DENVER, CO 80202 | |
| 10925 | SOMATOGEN/BAXTER HEALTHCARE CORP, ENVIR HEALTH & SAFETY MGMT, 2545 CENTRAL AVE, BOULDER, CO 80301-2865 | |
| 10925 | SOMAX INC., 490 SUN VALLEY DR. BLDG. 2 STE. 203, ROSWELL, GA 30076 | |
| 10925 | SOMDECERFF, ADRIAN, ROUTE 1 BOX 246, SAND SPRING, OK 74063 | |
| 10924 | SOMEC, 140 ATLANTIC DRIVE, MAITLAND, FL 32751 | |
| 10925 | SOMERA JR., PETER, 1605 NW 66TH AVE, MARGATE, FL 33063 | |
| 10925 | SOMERS JR, EDWARD, 210 SMITH ST, N ATTLEBORO, MA 02760 | |
| 10924 | SOMERS MANOR NURSING HOME, 189 ROUTE 100, SOMERS, NY 10589 | |
| 10924 | SOMERS MIDDLE SCHOOL, 150 ROUTE 202, SOMERS, NY 10589 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SOMERS, CHRISTOPHER, 10413 MAYNARD CT, DAMASCUS, MD 20872 | |
| 10925 | SOMERS, PAUL C, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | SOMERS, PAUL, 10 OAK AVE, WAKEFIELD, MA 01880 | |
| 10924 | SOMERSET BUILDING #4, 200 SOMERSET CORPORATE, BRIDGEWATER, NJ 08807 | |
| 10924 | SOMERSET CORP CENTER BUILDING 1, RT 202, BRIDGEWATER, NJ 08807 | |
| 10924 | SOMERSET CORPORATE CENTER @ @, RT 202/RT 206 OFF OF COMMON WAY, BRIDGEWATER, NJ 08807 | |
| 10924 | SOMERSET CORPORATE CENTER, 100 SOMERSET CORPORATED BOULEVARD, BRIDGEWATER, NJ 08807 | |
| 10924 | SOMERSET FINANCIAL, 206 NORT AVENUE, BEDMINSTER, NJ 07921 | |
| 10924 | SOMERSET FINANCIAL, ROUTE 202  - 206 NORTH, BEDMINSTER, NJ 07921 | |
| 10924 | SOMERSET HILL COOPERATE CENTER, 30 INDEPENDENCE BLVD., WARREN, NJ 07060 | |
| 10924 | SOMERSET HOSPITAL, 225 SOUTH CENTER AVE., SOMERSET, PA 15501 | |
| 10924 | SOMERSET MEDICAL CENTER, 110 REHILL AVENUE, SOMERVILLE, NJ 08876 | |
| 10925 | SOMERSET RECYCLING, 735 BARNESBURGE ROAD, SOMERSET, KY 42501 | |
| 10925 | SOMERSET RECYCLING, PO BOX 1348, SOMERSET, KY 42502 | |
| 10925 | SOMERVILLE HIGH SCHOOL, 81 HIGHLAND AVE, SOMERVILLE, MA 02143 | |
| 10925 | SOMERVILLE, DONALD, RT. 1, BOX 354 W. 144TH ST, GALLIANO, LA 70354 | |
| 10925 | SOMERVILLE, FLOYD, 8758 BETHEUL RD, MILLINGTON, TN 38053 | |
| 10925 | SOMERVILLE, LINDA, 6040 STEVENS FOREST, COLUMBIA, MD 21045 | |
| 10925 | SOMERVILLE, W, 3670 GOLFVIEW DR, WILLIAMSTON, MI 48895-9672 | |
| 10925 | SOMERVILLE-CAMBRIDGE ELDER SERVICES, PO BOX 338, SOMERVILLE, MA 02144-0004 | |
| 10925 | SOMES, SHERRY, 1826 EAST KINGS AVE, PHOENIX, AZ 85022 | |
| 10925 | SOMES-NICK & CO., 407 S. DEARBORN ST., CHICAGO, IL 60605 | |
| 10925 | SOMESNICK SALES CO INC, 407 S DEARBORN ST SUITE 1630, CHICAGO, IL 60505 | |
| 10925 | SOMMER & BARNARD, 111 MONUMENT CIRCLE, INDIANAPOLIS, IN 46204-5140 | |
| 10924 | SOMMER & MACA INDUSTRIES, INC., 5501 WEST OGDEN AVENUE, CHICAGO, IL 60650 | |
| 10925 | SOMMER, GLADYS, 11 GREENWOOD ROAD, BROCKTON, MA 02401-6942 | |
| 10925 | SOMMER, OLGA, 2 BEECH ST, ADAMS, MA 01220 | |
| 10925 | SOMMER, ROGER, 4413 HICKORY NUT DRIVE, MCHENRY, IL 60050 | |
| 10925 | SOMMERS SCHWARTZ SILVER, 2000 TOWN CENTER, SUITE 900, SOUTHFIELD, MI 48075 | |
| 10925 | SOMMERS, DONNA, 1733 W. IRVING ROAD, CHICAGO, IL 60613 | |
| 10925 | SOMMERS, TIMOTHY, 3658 SHILOH RD, SUAMICO, WI 54173 | |
| 10925 | SOMMERS, TRACY, 22119 BOCA PLACE DR. #324, BOCA RATON, FL 33433 | |
| 10925 | SOMMERVILLE, JOHN, 6311 PINEWOOD VILLAGE CR, LAKELAND, FL 33811-2235 | |
| 10925 | SOMMERVOLD, ANNA, 313 CORNELL DR, MOMENCE, IL 60954 | |
| 10925 | SOMONSKI, ANN, WEST MAIN ST, 6D, SOMERVILLE, NJ 08876 | |
| 10925 | SOMPAN CHANAKAM, M C COURT, 27/10 SOI BUAKEARD 5, BANGNA TRAD RD, KM 1, BANGNA BANGKOK, 10260BANGKOK | *VIA Deutsche Post* |
| 10925 | SON, CHARLES, 407 W TEXAS, IOWA PARK, TX 76367 | |
| 10925 | SON, PAUL, 3691 ASHFORD DUNWDY RD, ATLANTA, GA 30319 | |
| 10924 | SONAT BUILDING, 1900 5TH AVENUE NORTH, BIRMINGHAM, AL 35202 | |
| 10924 | SONAT SOUTHERN NATURAL GAS, 1900 5TH AVE. N., BIRMINGHAM, AL 35202 | |
| 10925 | SONATECH INC, 879 WARD DRIVE - ANNEX, SANTA BARBARA, CA 93111 | |
| 10925 | SONBERG JR, HENRY, 2617 GREEN SPRING AV, JOPPA, MD 21085 | |
| 10925 | SONBERG, JOANNE, 2617 GREENSPRING AVE, JOPPA, MD 21085 | |
| 10925 | SONBERG, TORY G, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | SONBERG, TORY, 7 BRIGHT STAR COURT, BALTIMORE, MD 21206 | |
| 10925 | SONDEK, ANNE MARIE, 2260 LONG RD, GRAND ISLAND, NY 14072-1357 | |
| 10924 | SONDEREGGER, 834 E. HWY 666, MONTICELLO, UT 84535 | |
| 10924 | SONDEREGGER, ATTN:  ACCOUNTS PAYABLE, MONTICELLO, UT 84535 | |
| 10924 | SONDEREGGER, INC., ATTN:  ACCOUNTS PAYABLE, MONTICELLO, UT 84535 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SONDRA D SHEETS, 1218 BRANDIE ST, TUTTLE, OK 73089-7465 | |
| 10924 | SONECO/NORTHEASTERN, INC., 185 SOUTH ROAD, GROTON, CT 06340 | |
| 10924 | SONECO/NORTHEASTERN, INC., P.O. BOX S, GROTON, CT 06340 | |
| 10925 | SONERA, ROBERT, 7716 BOREAS DR., ORLANDO, FL 32822 | |
| 10925 | SONFARREL, 3010 LAJOLLA, ANAHEIM, CA 92806 | |
| 10925 | SONG, EUN-HI, 211 SUNSET DR, WILMETTE, IL 60091 | |
| 10925 | SONGVICTOR, DONALD, 40 N. TOWER RD. 14-B, OAKBROOK, IL 60521 | |
| 10925 | SONIA DIVITTORIO, 123 ROLLINGS HILLS RD, CLIFTON, NJ 07013-4125 | |
| 10925 | SONIA SNEVA, C/O HEATH, APT 1903, 2645 S BAYSHORE DR, COCONUT GROVE, FL 33133-5443 | |
| 10925 | SONIC ELECTRIC INC, 3242 EAST 59TH ST, LONG BEACH, CA 90805 | |
| 10925 | SONICS & MATERIALS, INC, KENOSIA AVE., DANBURY, CT 06810 | |
| 10925 | SONICS AND MATERIALS, INC, 53 CHURCH HILL ROAD, NEWTOWN, CT 06470 | |
| 10925 | SONII-RICKS, JUMA, 41 NORTH 20TH ST, EAST ORANGE, NJ 07017 | |
| 10925 | SONITROL CHICAGOLAND WEST, 1275 W ROOSEVELT RD. STE. 123, WEST CHICAGO, IL 60185 | |
| 10925 | SONITROL MID-ATLANTIC, 417 N 4TH ST, PHILADELPHIA, PA 19123 | |
| 10925 | SONITROL SECURITY SYSTEMS, 1275 W. ROOSEVELT ROAD,, WEST CHICAGO, IL 60185 | |
| 10925 | SONJA HEATH, APT 1903, 2645 S BAYSHORE DR, COCONUT GROVE, FL 33133-5443 | |
| 10925 | SONJADIAN SNEVA, C/O GEOFFREY D HEATH, APT 1903, 2645 S BAYSHORE DR, COCONUT GROVE, FL 33133-5443 | |
| 10925 | SONNA INV CLUB, 26 MARICREST DR, AMHERST, NY 14228-3041 | |
| 10925 | SONNABEND, JEFF, 3838 STONEWALL DRIVE, DE PERE, WI 54115 | |
| 10925 | SONNEGA, JAMES, 131 BLUEBIRD DR, 3C, SOMERVILLE, NJ 08876 | |
| 10925 | SONNENBERG, SAMUEL, 701 WEST LOGAN, STERLING, CO 80751 | |
| 10925 | SONNENSCHEIN NATH & ROSENTHAL, JOHN J ALLEN, 601 S FIGUEROA ST, SUITE 1500, LOS ANGELES, CA 90017-5704 | |
| 10925 | SONNEVILLE, BETH, 605 BOXFORD CIRCLE, KING OF PRUSSIA, PA 19406 | |
| 10925 | SONNIER, ALICE, 305 SILVERBELL PKWY., LAFAYETTE, LA 70508 | |
| 10925 | SONNIER, BRUCE, 242 LYNNDALE LOOP, ABBEVILLE, LA 70510 | |
| 10925 | SONNIER, CARL, 305 WAYNE ST, NEW IBERIA, LA 70560 | |
| 10925 | SONNIER, CLIFFORD, 1409 MARIA DRIVE, SULPHUR, LA 70663 | |
| 10925 | SONNIER, DANNY, RT. 1, BOX 53, IOTA, LA 70543 | |
| 10925 | SONNIER, DERRICK, 407 13TH ST., JENNINGS, LA 70546 | |
| 10925 | SONNIER, DOROTHY, 1409 MARIA DRIVE, SULPHUR, LA 70663-5620 | |
| 10925 | SONNIER, GARLAND, 8670 GREEN RIDGE LN, BEAUMONT, TX 77707 | |
| 10925 | SONNIER, PATRICIA, PO BOX 73, IOTA, LA 70543 | |
| 10925 | SONNIER, WILBERT, 901 A 2ND ST, GUEYDAN, LA 70542 | |
| 10925 | SONNTAG, ERIC, 5317 LAKESHORE DR, WICHITA FALLS, TX 76310-3707 | |
| 10925 | SONNTAG, HERMAN, 500 WASHINGTON ST, GENEVA, NY 14456-2754 | |
| 10925 | SONNTAG, REBECCA, 3311 CHERRY, SNYDER, TX 79549 | |
| 10925 | SONNY BELLON BUILDING SPECIALTIES, PO BOX 16789, LAKE CHARLES, LA 70616 | |
| 10925 | SONNY MERRYMAN, INC, PO BOX 495, RUSTBURG, VA 24588 | |
| 10925 | SONNYS GLASS TINTING, 434 CENTRAL ST, SAUGUS, MA 01906 | |
| 10925 | SONOBOND, 887 MATLACK ST, WEST CHESTER, PA 19382 | |
| 10924 | SONOCO COLOMBIANA S.A., ATTN: SR. PABLO HOSSIE, CALLE 139, NO 94-56 INT.5 SUBA, BOGOTA, 0COLOMBIA | *VIA Deutsche Post* |
| 10924 | SONOCO CONTAINERS INC., 674 RICHMOND STREET WEST, CHATHAM, ONTARIO, ON N7M 5K4TORONTO | *VIA Deutsche Post* |
| 10925 | SONOCO ENGRAPH/PATTON COMPANY, 390 NEW ALBANY ROAD, MOORESTOWN, NJ 08057 | |
| 10924 | SONOCO FIBRE DRUM, 2000 LITHONIA INDUSTRIAL BOULEVARD, LITHONIA, GA 30058 | |
| 10924 | SONOCO FIBRE DRUM, 400 BLAIR ROAD, CARTERET, NJ 07008 | |
| 10924 | SONOCO FIBRE DRUM, 975 GLENN STREET, VAN WERT, OH 45891 | |
| 10924 | SONOCO FOR-PLAS LTDA., RUA JOAO SIERRA, 246, CEP:13.600-000, 0BRAZIL | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SONOCO PRODUCTS CO, PO BOX 160, HARTSVILLE, SC 29550 | |
| 10925 | SONOCO PRODUCTS CO., 761 SPACE DR., BEAVERCREEK, OH 45434 | |
| 10925 | SONOCO PRODUCTS CO., PO BOX 91218, CHICAGO, IL 60693 | |
| 10924 | SONOCO PRODUCTS COMPANY, 1330 INTERSTATE DRIVE, MARYLAND HEIGHTS, MO 63043 | |
| 10924 | SONOCO PRODUCTS COMPANY, 13300 INTERSTATE DRIVE, HAZELWOOD, MO 63042 | |
| 10924 | SONOCO PRODUCTS COMPANY, 1440 RAGAN STREET, MEMPHIS, TN 38106 | |
| 10924 | SONOCO PRODUCTS COMPANY, 1850 PARKWAY PLACE  SUITE 820, MARIETTA, GA 30067 | |
| 10925 | SONOCO PRODUCTS COMPANY, 1850 PKWY PLACE, MARIETTA, GA 30067 | |
| 10924 | SONOCO PRODUCTS COMPANY, 1854 CENTRAL FLORIDA PARKWAY, ORLANDO, FL 32837 | |
| 10924 | SONOCO PRODUCTS COMPANY, 1900 COVINGTON AVENUE, PIQUA, OH 45356 | |
| 10924 | SONOCO PRODUCTS COMPANY, 2000 LITHONIA INDUSTRIAL BLVD, LITHONIA, GA 30058 | |
| 10924 | SONOCO PRODUCTS COMPANY, 2755 HARBOUR, MEMPHIS, TN 38113 | |
| 10924 | SONOCO PRODUCTS COMPANY, 3100 OHIO DRIVE, HENDERSON, KY 42420 | |
| 10924 | SONOCO PRODUCTS COMPANY, 4347 IOWA STREET, BENICIA, CA 94510 | |
| 10924 | SONOCO PRODUCTS COMPANY, 833 SOUTH 60TH AVENUE, WAUSAU, WI 54401 | |
| 10924 | SONOCO PRODUCTS COMPANY, ACCOUNTS PAYABLE - B06, HARTSVILLE, SC 29551 | |
| 10924 | SONOCO PRODUCTS COMPANY, ATTN:  ELAINE PANTANO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | SONOCO PRODUCTS COMPANY, PO BOX 102306, ATLANTA, GA 30368 | |
| 10925 | SONOCO PRODUCTS COMPANY, PO BOX 281728, ATLANTA, GA 30384-1728 | |
| 10925 | SONOCO PRODUCTS COMPANY, PO BOX 91218, CHICAGO, IL 60693 | |
| 10925 | SONOCO PRODUCTS COMPANY, PO BOX 91218, CHICAGO, IL 60693-1218 | |
| 10924 | SONOCO PRODUCTS COMPANY, PO BOX13423, MEMPHIS, TN 38113 | |
| 10924 | SONOCO PRODUCTS, 3100 OHIO DRIVE, HENDERSON, KY 42420 | |
| 10924 | SONOCO VENEZOLANA, C.A., CALLE 1, GALPONES 46 Y 47., CONGLOMERADO IND.MANUEL OLIVARES B., ZONA INDUSTRIAL SAN VICENTE II., MARACAY, VENZUALA | *VIA Deutsche Post* |
| 10924 | SONOMA JAIL, INTERIOR CONTRACTORS, SANTA ROSA, CA 95403 | |
| 10925 | SONOMA PACIFIC COMPANY, 2100 EMBARCADERO, OAKLAND, CA 94606 | |
| 10924 | SONO-TEK CORP, 2012 ROUTE 9 WEST, MILTON, NY 12547 | |
| 10924 | SONO-TEK CORPORATION, BUILDING #3, 2012 ROUTE 9 WEST, MILTON, NY 12547 | |
| 10925 | SONS POWDERCOATING, INC, 1385 SOUTH HURON ST., DENVER, CO 80223 | |
| 10925 | SONSHINE PRESCHOOL & DAY CARE, 53 NORTH MAIN ST, DERRY, NH 03038 | |
| 10925 | SONY THEATRES, 205 DARTMOUTH ST, BOSTON, MA 02116 | |
| 10924 | SONY/MEXICO *PHASE II*, SAN DIEGO, CA 92112 | |
| 10925 | SOOD, KUL, 12108 ROCKWELL WAY, BOCA RATON, FL 33428 | |
| 10925 | SOOD, VIKAS, 12108 ROCKWELL WAY, BOCA RATON, FL 33428 | |
| 10925 | SOONER CONTAINER INC., PO BOX 690894, TULSA, OK 74169-0894 | |
| 10925 | SOPCHAK, TERESA, MAPLE TERRACE, HIBERNIA, NJ 07842 | |
| 10925 | SOPER, BLANE, 298-C ALPINE WAY, WOODBRIDGE, NJ 07095 | |
| 10925 | SOPER, DEBRA, 1870 US HWY 601S, CONCORD, NC 28025 | |
| 10925 | SOPHEON TELTECH, DEPT CH10931, PALATINE, IL 60055-0931 | |
| 10925 | SOPHIE ALTMAN, 80 AVE P, BROOKLYN, NY 11204-6101 | |
| 10925 | SOPHISTICATED GENTS, INVESTMENT CLUB, C/O JEFF WILLIAS, 317 AVON, BLUE SPRINGS, MO 64014-3713 | |
| 10925 | SOPKO, CYNTHIA, 437 PECAN, BEREA, OH 44130 | |
| 10925 | SOPREMA INC., 1675 HAGGERTY, DRUMMONDVILLE, QC J2C 5P7CANADA | *VIA Deutsche Post* |
| 10925 | SOR TESTING LABORATORIES,INC, 98 SAND PARK RD., CEDAR GROVE, NJ 07009 | |
| 10925 | SOR, 14685 WEST 105TH ST, LENEXA, KS 66215 | |
| 10925 | SORAIZ III, JOAQUIN, 6631 AVE O, HOUSTON, TX 77011 | |
| 10924 | SORBTECH, 1664 E. HIGHLAND ROAD, TWINSBURG, OH 44087 | |
| 10925 | SORCIC, HELENE, 2348 NW 98 WAY, CORAL SPRINGS, FL 33065 | |
| 10925 | SORCIC, JAMES, 2348 NW 98TH WAY, CORAL SPRINGS, FL 33065 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SORELLE Y PARKER & WILLIAM, PARKER TTEES SORELLE Y PARKER, REVOCABLE TRUST, PO BOX 50131, ST LOUIS, MO 63105-5131

10925   SORENSEN JR, LAWRENCE, 8520 S MEADE, BURBANK, IL 60459

10925   SORENSEN, KARN, 39 GORHAM ST, SOMERVILLE, MA 02144

10925   SORENSEN, KURT, PO BOX 568, CRAIG, CO 81626

10925   SORENSEN, LAWRENCE, 1319 E DUNSLOW LANE, LOCKPORT, IL 60441

10925   SORENSEN, LEIF, RT 3, BOX 95B, GOWER, MO 64454

10925   SORENSEN, LILLI, 8926 DORAL LANE, ORLANDO PARK, IL 60462

10925   SORENSEN, SOREN, 509 S FLORENCE, KIRKSVILLE, MO 63501

10925   SORENSEN, STEPHEN, 196 ERVIN ST., CRAIG,, CO 81625

10925   SORENSON, DAVID, 5 FRANKLIN AVE, C-1, NUTLEY, NJ 07110

10925   SORENSON, JOHN E, 90 PARK ST, NORTH READING, MA 01864-2554

10925   SORENSON, JOHN, 171 BANCROFT AVE, READING, MA 01867

10925   SORIA, ERMELINDA, 12 ELIOT ST, BILLERICA, MA 01821

10925   SORIA, MARIA DELCAR, 40105 CERROS AVE, WALNUT CREEK, CA 94598

10925   SORIAL, JOHN, 1204 S. WASHINGTON SAPT.# 512, ALEXANDRIA, VA 22314

10925   SORIAL, JOHN, 7500 GRACE DR., COLUMBIA, MD 21044

10925   SORIANO, ALEXANDER, 8820 BRONX AVE, 202, SKOKIE, IL 60077

10925   SORIANO, EDEN, 26836 AVENUE OF THE OAKS UNIT B, SANTA CLARITA, CA 91321-4841

10925   SORIANO, MICHAEL, 1218 WOODBINE AVE, PLAINFIELD, NJ 07060

10925   SORINMADE, OLUMIDE, 78 QUEEN ANNES DR #3, WEYMOUTH, MA 02189

10925   SORKIN, ALLA, 12 OMAHA DR., CRANFORD, NJ 07016

10925   SORNSON, SYLVIA, 3136 E LARSON ROAD, MADISON, WI 53711

10925   SOROKA JR, JOHN, 114 MECHANIC ST, LEOMINSTER, MA 01453

10925   SOROKA, KIRA, 933 WILLIAMSON ST, 2, MADISON, WI 53703

10925   SOROKA, SANDRA, 243 OLD MAGOTHY BRIDGE ROAD, PASADENA, MD 21122

10925   SORRELL, ADEDRA, 1258 S. PATRICIA ST, DETROIT, MI 48217

10925   SORRELL, EDGAR, RT. 4 BOX 156A, COLUMBIA, MS 39429

10925   SORRELL, FRANCES, 1810 OLD REEDY CREEK ROAD, CARY, NC 27513-2434

10925   SORRELL, GREGG, 220 NORTH GREENFIELD RD., #16, MESA,, AZ 85205

10925   SORRELL, J, 213 LAFAYETTE ROAD, RALEIGH, NC 27604-2027

10925   SORRELL, WILLIAM, 109 STATE ST, MONTPELIER, VT 05609-1001

10925   SORRELLS, DANA, 1200 PANDORA, LOS LUNAS, NM 87031

10925   SORRELLS, JANICE, 62 2ND ST, SOMERVILLE, NJ 08876

10925   SORRELLS, JOE, 4123 LAVEROCK ROAD, SPRING, TX 77388-5738

10925   SORRELLS, KATHY, BOX 451 WESTWOOD DR., CUMMING, GA 30130

10925   SORRELS, NANCY, 225 OAK GROVE RD., MAKANDA, IL 62958

10925   SORRENTINO TRUCKING INC, 44 WILBUR ST, LOWELL, MA 01851

10925   SORRENTINO TRUCKING, INC, 44 WILBUR ST, LOWELL, MA 01851

10925   SORRENTINO, ROBERT, 16 ALDEN CIRCLE, READING, MA 01867

10925   SORRENTINO, ROBERT, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10924   SORRENTO LUMBER & SUPPLY, HWY 61, SORRENTO, LA 70778

10924   SORRENTO LUMBER & SUPPLY, P.O. BOX 146, SORRENTO, LA 70778

10924   SORRENTO LUMBER & SUPPLY, PO BOX146, SORRENTO, LA 70778

10925   SORRETT, GREGORY, 427 ELECTRIC AVE # 9, DECATUR, GA 30030

10925   SORROW, EILEEN, PO BOX 427, CUBA, NM 87013

10925   SORSBY, SHERRI, 5002 ROYALTON ST, CORPUS CHRISTI, TX 78412

10925   SORTINO, DORIS, 506 NORTH 74TH ST, OMAHA, NE 68114-0000

10925   SORTINO, SUSAN, 466 MINNEFORD AVE, BRONX, NY 10464

10925   SORTO, CARLOS, 1909 19TH ST NW APT 201, WASHINGTON, DC 20009

10925   SORTO, CORINA, 4109 51 ST #201, BLADENSBURG, MD 20710

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 SORTO, FREDDY, 1111 MASS AVE NW, WASHINGTON, DC 20005

10925 SORTO, JOSE, 835 S FEDERICK ST #102, ARLINGTON, VA 22204

10925 SOS CHILDRENS VILLAGE OF FLA, 3681 NORTHWEST 59TH PLACE, COCONUT CREEK, FL 33073

10924 SOS DATA, LLC, 23 CAROL STREET, CLIFTON, NJ 07014

10924 SOS DATA, LLC, PO BOX 1132, CLIFTON, NJ 07014-1132

10925 SOS STAFFING SERVICES, PO BOX 510084, SALT LAKE CITY, UT 84151

10925 SOS TECHNOLOGIES, 2450 STANWELL DR. #100, CONCORD, CA 94520

10925 SOSA, DINA, 1840 VERNON ST #3, WASHINGTON, DC 20009

10925 SOSA, EMILIA, 6620 S 33RD ST, MCALLEN, TX 78503

10925 SOSA, HECTOR, 4340 TOMMY LEE LANE, LAKELAND, FL 33813

10925 SOSA, ILEANA, 8113 SW 157 COURT, MIAMI, FL 33193

10925 SOSA, JOE, 1319 6TH ST., ROSENBERG, TX 77471

10925 SOSA, JOSE, 710 E NORTH AVE, AURORA, IL 60505

10925 SOSA, JUANITA, 1538 19TH ST., CORPUS CHRISTI, TX 78404

10925 SOSA, LAURA, 4621 ALDEN COURT, BAKERSFIELD, CA 93311

10925 SOSA, OVIDIO, 171 E 43 ST, HIALEAH, FL 33013

10925 SOSA, RAFAEL, 6920 ALTAMIRA ST, CORAL GABLES, FL 33146-3814

10925 SOSEBEE, TERRIE, 1444 CANTON HWY, CUMMING, GA 30130

10925 SOSNOSKI, DEBRA, 222 W. OGDEN ST, GIRARDVILLE, PA 17935

10925 SOSSONG, RAYMOND R, 55 HAYDEN AVE, LEXINGTON, MA 02421

10925 SOSSONG, RAYMOND, 198 SHERMAN ST, CAMBRIDGE, MA 02140

10925 SOSTARIC, BARBARA, 309 OWENS AVE, MCKEESPORT, PA 15133

10925 SOSTRIN, THEA, 3 OAK DRIVE #3403, BUFFALO GROVE, IL 60089

10925 SOTA, CHERYL, 6515 W. JUNALIESKE DRIVE, RICHMOND, VA 23225

10925 SOTELO, JOSE, 7244 KESTER AVE, VAN NUYS, CA 91405

10925 SOTH, SANDRA J, CUST FOR DEBORAH LOU LAWSON, UNIF GIFT TO MIN ACT IA, 3709 WESTERN HILLS DRIVE, WEST DES MOINES, IA 50265-3953

10924 SOTHEBY'S EXPANSION PROJECT, 1334 YORK AVENUE @ 72ND STREET, MANHATTAN, NY 10021

10925 SOTHEBYS INTERNATIONAL, 980 MADISON AVE - 2ND FL, NEW YORK, NY 10021

10925 SOTHEBYS, 1334 YORK AVE, NEW YORK, NY 10021

10925 SOTIRIN, SHERRY, 400 ZANARK DRIVE, COLUMBIA, SC 29212

10925 SOTIRIS MENDRINOS, 34 PATRON ST, 145 64 KIFISSIA, ATHENS, GREECE  *VIA Deutsche Post*

10925 SOTIS BUSINESS EQUIPMENT LTD., 140 NASSAU ST, NEW YORK, NY 10038

10925 SOTO, ALEJANDRO, 513 BRAZIL AVE., EDINBURG, TX 78539

10925 SOTO, ANDRES, 203 AVE C, SEAGOVILLE, TX 75159

10925 SOTO, CLARIBEL, BO PAJAROS AMERICANOSECTOR LOS FRAILES, BAYAMON, PR 00956

10925 SOTO, DANIEL, 1333 BOREAS DR., ORLANDO, FL 32822

10925 SOTO, JOSE, CALLE 1C-12, HACIENDA EL ZORZAL, BAYAMON, PR 00961

10925 SOTO, LOUIS, 1776 BICENTENNIAL WAY, NORTH PROVIDENCE, RI 02911

10925 SOTO, MARIA DEL, APDO 1277, OROCOVIS, PR 00720

10925 SOTO, RAMONITA, HC-03 BOX 41058, CAGUAS, PR 00725

10925 SOTO, REINALDO, 315 GAIETY LANE, SAN ANTONIO, TX 78219

10925 SOTO, ROMAN, 2813 NW 29TH ST, FT WORTH, TX 76106

10925 SOTOMAYOR, ALFREDO, 5825 W. 25 CT, HIALEAH, FL 33016

10925 SOTOMAYOR, CARMEN, COND BORINQUEN, CAPARRA HEIGHTS, PR 00922

10925 SOTOMAYOR, R, CALLE MD-30 URBJARDINES DE VEG, VEGA BAJA, PR 00763

10925 SOUBA, BRIDGET, PO BOX 360522, MILPITAS, CA 95035

10925 SOUCHET, WILFREDO, URB LOS MAESTROS DR M GUZMAN RODZ, RIO PIEDRAS, PR 00923

10925 SOUCIE, THOMAS, RR #3 BOX 7005M, VASSALBORO,, ME 04989

10924 SOUCY TECHNO INC, 468 ST. ROCH NORTH C, ROCK FOREST, QC J1N 2R6TORONTO  *VIA Deutsche Post*

10925 SOUCY, BRIAN, 1366 SHEFFIELD PKWY, MARIETTA, GA 30062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SOUCY, CARL, 55 FAIRVIEW AVE, NASHUA, NH 03060 | |
| 10925 | SOUCY, JANICE, 103 ARMOUR ST, NEW BEDFORD, MA 02740 | |
| 10925 | SOUCY, KEVIN, 6025 HICKORY CLUB DRIVE, ANTIOCH, TN 37013 | |
| 10925 | SOUCY, KEVIN, PO BOX 505, WILTON, NH 03086 | |
| 10925 | SOUCY, MARCEL, 925 CHEMIN SAINT LOUIS, QUEBEC, ON G1S 1C1CANADA | *VIA Deutsche Post* |
| 10925 | SOUCY, ROLAND, 1058 PAGE ST, MANCHESTER, NH 03104 | |
| 10925 | SOUCY, STEPHEN C., 1223 S., | |
| 10925 | SOUDELIER, TIMOTHY, 317 WEST 57TH ST, CUT OFF, LA 70345 | |
| 10925 | SOUDERS, CECIL, ROUTE 1 13272 RD 370, STERLING, CO 80751 | |
| 10925 | SOUKAL FLORAL CO INC, 6118 ARCHER AVE, CHICAGO, IL 60638-2740 | |
| 10925 | SOUKAL FLORAL CO, INC, 6118 ARCHER AVE., CHICAGO, IL 60638-2740 | |
| 10925 | SOUKAL FLORAL CO,INC & GREENHOUSE, 6118 ARCHER AVE., CHICAGO, IL 60638-2740 | |
| 10925 | SOUKSAVATH, PHONTAKHOUN, 3760 LOUISANA ST., SAN DIEGO, CA 92104 | |
| 10925 | SOUKSAY, LEE, 12 BEV AVE., PISCATAWAY, NJ 08854 | |
| 10925 | SOULE LIQUIDATING AGENCY, KEITH HOWARD, | |
| 10925 | SOULE, CHRISTOPHER, 4041 CLAUSEN AVE, WESTERN SPRINGS, IL 60558 | |
| 10925 | SOULE, MELVIN, 2812 EAGLES MERE CT, ELLICOTT CITY, MD 21042 | |
| 10925 | SOULININ, PHOUVIENG, 307 PROSPECT AVE UNIT 12E, HACKENSACK, NJ 07601 | |
| 10925 | SOULIOTIS JR, MICHAEL, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | SOULIOTIS, MICHAEL, 39 PONDEROSA AVE, METHUEN, MA 01844 | |
| 10925 | SOULSBY, RICHARD, 9962 LACKLAND DR., PHILADELPHIA, PA 19114 | |
| 10925 | SOUND ADVICE INC, 1333 TOMIKE, LAKE GENEVA, WI 53147-1142 | |
| 10925 | SOUND ENGINEERING COMPANY, INC, PO BOX 71810, CHATTANOOGA, TN 37407 | |
| 10925 | SOUND ENHANCEMENT INCORPORATED, 185 DETROIT ST, CARY, IL 60013 | |
| 10924 | SOUND ENVIRONMENTAL INC, PO BOX 355, TACOMA, WA 98401 | |
| 10924 | SOUND MECHANICAL, 10511 GERTSCH RD. SE, PORT ORCHARD, WA 98366 | |
| 10924 | SOUND REDI MIX LLC., 4562 WESTSIDE HIGHWAY, CASTLE ROCK, WA 98611 | |
| 10924 | SOUND REDI-MIX, PMB 109 855 TROSPER RD S.W. #108, TUMWATER, WA 98512 | |
| 10925 | SOUNDOFF, 2419 MONTCLAIR ST, SAN DIEGO, CA 92104-5346 | |
| 10925 | SOUNDS PERFECT, INC, 1407 YORK RD., STE. 210A, LUTHERVILLE, MD 21093 | |
| 10925 | SOUNDY, CARL, 24130 AZURA SKY DR, SPRING, TX 77373 | |
| 10925 | SOUP KITCHEN, THE, 21 E. 7TH ST., CHATTANOOGA, TN 37402 | |
| 10924 | SOURCE (FORTUNOFF'S), THE, 1504 OLD COUNTY RD, WESTBURY, NY 11590 | |
| 10924 | SOURCE ENVIRONMENTAL & AGRICULTURE,, PO BOX 2308, ALPHARETTA, GA 30023 | |
| 10925 | SOURCE EQUIPMENT CO, 38 FRUIT ST, LEOMINSTER, MA 01453 | |
| 10925 | SOURCE INC, POBOX 890184, DALLAS, TX 75389-0184 | |
| 10925 | SOURCE INDUSTRIAL INC., PO BOX 146396, CHICAGO, IL 60614 | |
| 10924 | SOURCE INDUSTRIAL SUPPLY, 24 HIGHPOINT DRIVE, SPRINGFIELD, NJ 07081 | |
| 10925 | SOURCE ONE WIRELESS, 135 S. LASALLE, CHICAGO, IL 60674-8475 | |
| 10925 | SOURCE ONE, LLC, 440 COMMERCIAL ST, BOSTON, MA 02109 | |
| 10925 | SOURCE SERVICE CORP, PO BOX 970956, DALLAS, TX 75397-0956 | |
| 10925 | SOURCECOM, PO BOX 27-444, KANSAS CITY, MO 64180 | |
| 10925 | SOURDOUGH EXPRESS, 1832 TAFT HWY, SIGNAL MOUNTAIN, TN 37377 | |
| 10925 | SOURS, ELLEN, 5698 S ARLINGTON RD, CLINTON, OH 44216 | |
| 10924 | SOUSA READY MIX INC, PO BOX157, MOUNT SHASTA, CA 96067 | |
| 10924 | SOUSA READY MIX INC., 100 UPTON ROAD, MOUNT SHASTA, CA 96067 | |
| 10925 | SOUSA, DARRYL, 1191 BOYLSTON ST. APT. #1, BOSTON, MA 02215 | |
| 10925 | SOUSA, KIMBERLY, 7 JUANITA AVE., RAYMOND, NH 03077 | |
| 10925 | SOUSA, MARIA, 24 CHERRY ST, TAUNTON, MA 02780 | |
| 10925 | SOUSA, TODD, 53 HILLS FARM RD., CHESTER,, NH 03036 | |
| 10925 | SOUSSA, RITAMARIE, 259 PRINCETON ST, EAST BOSTON, MA 02128 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SOUTAR, KATHLEEN, 8 AMY CT., LEBANON, NJ 08833

10925   SOUTEL AMOCO INC, JOSIE FOSTER, 5292 SOUTEL DRIVE, JACKSONVILLE, FL 32208-3473

10924   SOUTER & SONS WAREHOUSE, 1601 AVE. C, SIOUX FALLS, SD 57105

10924   SOUTER & SONS, 2317 CRESTWOOD RD., SIOUX FALLS, SD 57105

10924   SOUTER & SONS, INC., CAMBRIDGE, MA 02140

10925   SOUTER, PETER, 2409 MARYLAND AVE, BALTIMORE, MD 21218

10924   SOUTH 6A PRODUCE C/O FOAMCO, HIGHWAY 376 EAST, LAKE PARK, GA 31636

10925   SOUTH 8TH ST AND GURLEY OIL GROUP M, OPPENHEIMER WOLFF & DONNELLY, 45 S 7TH ST SUITE 3400, MINNEAPOLIS, MN 55402-1609

10924   SOUTH ASIA CHEMICAL LTD, 8/F 6 SUN YIP ST, CHAI WAN, HKG      *VIA Deutsche Post*

10924   SOUTH AUSTIN MARRIOTT, 4415 SO.I H 35, AUSTIN, TX 78744

10924   SOUTH AUSTIN MEDICAL CENTER, 616 RADAM LANE, AUSTIN, TX 78704

10925   SOUTH BALTIMORE LEARNING CENTER, 28 EAST OSTEND ST, BALTIMORE, MD 21230

10924   SOUTH BAY ACE HARDWARE, 2200 KENSINGTON CT., OAK BROOK, IL 60521

10924   SOUTH BAY ACE HARDWARE, HIGHWAY 98, SANTA ROSA BEACH, FL 32459

10925   SOUTH BAY CIRCUITS INC, 210 HILLSDALE AVE, SAN JOSE, CA 95136

10925   SOUTH BAY CIRCUITS INC, 3570 CHARTER PARK DRIVE, SAN JOSE, CA 95136

10925   SOUTH BAY CIRCUITS, 6409 WEST COMMONWEALTH AVE, CHANDLER, AZ 85226

10924   SOUTH BRUNSWICK HIGH SCHOOL, STOUT LANE, SOUTH BRUNSWICK, NJ 08512

10924   SOUTH CAROLINA AQUARIUM, 350 CONCORD ST., CHARLESTON, SC 29401

10925   SOUTH CAROLINA ATTY GENERAL, ATTN: CHARLIE CONDON, REMBERT C DENNIS BLDG, PO BOX 11549, COLUMBIA, SC 29211

10925   SOUTH CAROLINA DEPT OF HEALTH & ENVIR CONTROL, 2600 BULL ST, COLUMBIA, SC 29201

10925   SOUTH CAROLINA DEPT OF HEALTH & ENVIRONMENTAL CONT, 2600 BULL ST, COLUMBIA, SC 29201

10925   SOUTH CAROLINA DEPT OF HEALTH AND E, DOUG BRYANT COMMISSIONER, 2600 BULL ST, BRYANTDE@COLUMB20DHECSTATESCUS, COLUMBIA, SC 29201

10925   SOUTH CAROLINA DEPT OF HIGHWAYS &, 390 FAIRGOUND ROAD, LAURENS, SC 29360

10925   SOUTH CAROLINA DEPT OF LABOR, PO BOX 11329, COLUMBIA, SC 29211

10925   SOUTH CAROLINA DEPT OF LLR, PO BOX 11409, COLUMBIA, SC 29211

10925   SOUTH CAROLINA DEPT OF NAT RES, REMBERT C DENNIS BLDG, 1000 ASSEMBLY ST, COLUMBIA, SC 29201

10925   SOUTH CAROLINA DEPT OF NATURAL RESOURCES, REMBERT, 1000 ASSEMBLY ST, COLUMBIA, SC 29201

10925   SOUTH CAROLINA DEPT OF, MC PROPERTY TAX, COLUMBIA, SC 29214-0139

10925   SOUTH CAROLINA DEPT OF, PO BOX 11280, COLUMBIA, SC 29211

10925   SOUTH CAROLINA DEPT PUBLIC SAFETY, PO BOX 211849, COLUMBIA, SC 29221

10925   SOUTH CAROLINA DHEC, 2600 BULL ST, COLUMBIA, SC 29201

10925   SOUTH CAROLINA ELECTRIC & GAS, -77, COLUMBIA, SC 29218

10925   SOUTH CAROLINA EMPLOYMENT, PO BOX 995, COLUMBIA, SC 29202

10924   SOUTH CAROLINA HISTORY CENTER, PARK LANE & FARROW ROAD, COLUMBIA, SC 29202

10925   SOUTH CAROLINA JUNIOR CHAMBER OF, POBOX 5387, COLUMBIA, SC 29250-5387

10925   SOUTH CAROLINA OCCUPATIONAL, POST OFFICE BOX 61044, COLUMBIA, SC 29260-1044

10924   SOUTH CAROLINA PRESTRESS, ATTN:  ACCOUNTS PAYABLE, LAKE CITY, SC 29560

10925   SOUTH CAROLINA SECOND, THE, 220 EXECUTIVE CTR DR, STE 119, COLUMBIA, SC 29210

10925   SOUTH CAROLINA SPECIAL OLYMPICS, PO BOX 5813, COLUMBIA, SC 29250-5813

10925   SOUTH CAROLINA STATE TREASURER, 2600 BULL ST, COLUMBIA, SC 29201-1708

10925   SOUTH CAROLINA STEEL, PO BOX 71, GREENVILLE, SC 29602

10925   SOUTH CAROLINA TROOPERS ASSOC., 330 ST ANDREWS RD, COLUMBIA, SC 29210

10925   SOUTH CAROLINA TRUCKING ASSOCIATION, PO BOX 50166, COLUMBIA, SC 29250-0166

10924   SOUTH CENTRAL BELL OFFICE BLDG, TECHNICRETE CORPORATION, NASHVILLE, TN 37219

10924   SOUTH CENTRAL BELL OFFICE TOWER, BETWEEN 3RD AND 4TH AVE ON, NASHVILLE, TN 37201

10924   SOUTH CENTRAL BELL, 600 NORTH 19TH STREET, BESSEMER, AL 35020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SOUTH CENTRAL BELL, 85 ANNEX, ATLANTA, GA 30385-0001

10924    SOUTH CENTRAL ELEM SCH C/O C D, JOB # 96295, W 26TH & GRAND AVE, MINNEAPOLIS, MN 55405

10924    SOUTH CENTRAL POOL SUPPLY, 10801 MILLINGTON COURT, CINCINNATI, OH 45242

10924    SOUTH CENTRAL POOL SUPPLY, 109 N. PARK BLVD. 4TH FLOOR, COVINGTON, LA 70433-5070

10924    SOUTH CENTRAL POOL SUPPLY, 109 NORTHPARK BLVD #4TH FLOOR, COVINGTON, LA 70433-5005

10924    SOUTH CENTRAL POOL SUPPLY, 109 NORTHPARK BLVD. SUITE 401, COVINGTON, LA 70433

10924    SOUTH CENTRAL POOL SUPPLY, 11540 ADIE ROAD, MARYLAND HEIGHTS, MO 63043

10924    SOUTH CENTRAL POOL SUPPLY, 13345 MERRIMAN RD, LIVONIA, MI 48150

10924    SOUTH CENTRAL POOL SUPPLY, 1420 ARMOUR ST., EAST RIDGE, TN 37412

10924    SOUTH CENTRAL POOL SUPPLY, 1619-A CAPITOL CIRCLE N.E., TALLAHASSEE, FL 32308

10924    SOUTH CENTRAL POOL SUPPLY, 16221 FLIGHT PATH DRIVE, BROOKSVILLE, FL 34609

10924    SOUTH CENTRAL POOL SUPPLY, 2100 F. NANCY HANKS DR., NORCROSS, GA 30071

10924    SOUTH CENTRAL POOL SUPPLY, 2100-F NANCY HANKS DR., NORCROSS, GA 30071

10924    SOUTH CENTRAL POOL SUPPLY, 320 QUAPAH AVE. N., OKLAHOMA CITY, OK 73107

10924    SOUTH CENTRAL POOL SUPPLY, 3691 SOUTH 73RD EAST AVE., TULSA, OK 74145

10924    SOUTH CENTRAL POOL SUPPLY, 3755 INTERCHANGE RD, COLUMBUS, OH 43204

10924    SOUTH CENTRAL POOL SUPPLY, 3811 UNIVERSITY BLVD. #29, JACKSONVILLE, FL 32217

10924    SOUTH CENTRAL POOL SUPPLY, 5300 HORSESHOE LAKE ROAD #2, COLLINSVILLE, IL 62234

10924    SOUTH CENTRAL POOL SUPPLY, 7015 CESSNA DR., GREENSBORO, NC 27405

10924    SOUTH CENTRAL POOL SUPPLY, 7301 ELLIS ROAD, WEST MELBOURNE, FL 32904

10924    SOUTH CENTRAL POOL SUPPLY, 9310 MEADOW VISTA BLVD., HOUSTON, TX 77064

10924    SOUTH CENTRAL POOL SUPPLY, DON'T USE, 2445 NORTHLINE INDUSTRIAL PARK, MARYLAND HEIGHTS, MO 63043

10924    SOUTH CENTRAL POOL SUPPLY, INC., 2900 DAWN ROAD, JACKSONVILLE, FL 32246

10924    SOUTH CENTRAL POOL SUPPLY, INC., 3900 MIDDLEBROOK PIKE, KNOXVILLE, TN 37921

10924    SOUTH CENTRAL POOL SUPPLY, INC., 4460 SOUTH BLVD., CHARLOTTE, NC 28209

10924    SOUTH CENTRAL POOL SUPPLY, SPA INDUSTRIAL PARK, 209A BOURNE AVE., SAVANNAH, GA 31408

10924    SOUTH CENTRAL POOLS, 1305 TRANSPORT DR., RALEIGH, NC 27603

10924    SOUTH CENTRAL POOLW SUPPLY, INC., 3900 MIDDLEBROOK PIKE, KNOXVILLE, TN 37921

10924    SOUTH CENTRAL READY MIX, 1780 JOHN ST., PRENTISS, MS 39474

10924    SOUTH CENTRAL READY MIX, BOX 698, PRENTISS, MS 39474

10924    SOUTH CENTRAL READY MIX, HWY 84 W., MONTICELLO, MS 39654

10924    SOUTH CENTRAL READY MIX, P O BOX 698, PRENTISS, MS 39474

10924    SOUTH CHEM, INC., 4200 AZALEA DRIVE, NORTH CHARLESTON, SC 29405

10924    SOUTH CHEM, INC., PO BOX 1491, DURHAM, NC 27702

10924    SOUTH CHICAGO PACKING, 945 WEST 38TH STREET, CHICAGO, IL 60609

10925    SOUTH COAST AIR QUALITY MANAGEMENT, PO BOX 4940, DIAMOND BAR, CA 91765-0940

10925    SOUTH COAST AIR QUALITY, 21865 COPLEY DR, DIAMOND BAR, CA 91765-4182

10924    SOUTH COAST CONCRETE PRODUCTS, INC., 14 MELISSA LYNN DRIVE, DARTMOUTH, MA 02747

10924    SOUTH COAST CONCRETE PRODUCTS,INC., 999 REED ROAD, DARTMOUTH, MA 02747

10924    SOUTH COAST PLAZA, C/O THOMPSONS BUILDING MATERIALS, 949 SOUTH COAST DRIVE, COSTA MESA, CA 92626

10924    SOUTH COAST POOL PLASTERING INC, 1750 VALLE VISTA ROAD, LAKESIDE, CA 92040

10925    SOUTH COAST REPERTORY, PO BOX 2197, COSTA MESA, CA 92628-2197

10924    SOUTH COBB HIGH SCHOOL, 1920 CLAY ROAD SW, AUSTELL, GA 30106

10924    SOUTH COBB HIGH SCHOOL, 1920 CLAY ROAD, AUSTELL, GA 30106

10924    SOUTH COMMONS CIVIC CENTER, 800 LUMPKIN BLVD., COLUMBUS, GA 31901

10924    SOUTH COUNTY CONCRETE INC., 5000 BUSSEN ROAD, SAINT LOUIS, MO 63129

10924    SOUTH COUNTY CONCRETE INC., 8400 EAGER ROAD, BRENTWOOD, MO 63144

10924    SOUTH COUNTY CONCRETE, 8400 EAGER RD, BRENTWOOD, MO 63144

10925    SOUTH COUNTY HOSPITAL INC, 100 KENYON AVE, WAKEFIELD, RI 02879

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SOUTH CREEK OFFICE BLDG., 13160 FOSTER, OVERLAND PARK, KS 66213

10925   SOUTH DAKOTA AMERICAN CONCRETE, PO BOX 1057, PIERRE, SD 57501

10925   SOUTH DAKOTA ATTY GENERAL, ATTN: MARK BARNETT, 500 E CAPITOL, PIERRE, SD 57501

10924   SOUTH DAKOTA CONCRETE PRODUCTS, P. O. BOX 1079, PIERRE, SD 57501

10925   SOUTH DAKOTA DEPT OF ENVIR & NAT RES, JOE FOSS BLDG, 523 E CAPITOL, PIERRE, SD 57501

10925   SOUTH DAKOTA DEPT OF ENVIRONMENTAL & NATURAL RESOU, 523 E CAPITOL, PIERRE, SD 57501

10925   SOUTH DAKOTA READY MIXED CONCRETE, PO BOX 1963, ABERDEEN, SD 57402-1963

10925   SOUTH EAST ASIA, PO BOX 7094, SELANGOR DARUL EHSAN, 99999MALAYSIA     *VIA Deutsche Post*

10924   SOUTH EASTERN INSULATING GLASS CO., 6477 B PEACHTREE INDUSTRIAL BLVD., ATLANTA, GA 30360

10925   SOUTH EASTERN MACHINING, INC, PO BOX 393, PIEDMONT, SC 29673

10925   SOUTH EIGHTH ST PRP GRP, MLGW-220 SOUTH MAIN ST, MEMPHIS, TN 38103

10924   SOUTH END ZONE, C/O P.J. DICK, 1940 CANNON DRIVE, COLUMBUS, OH 43210

10925   SOUTH FLORIDA BUSHOG SERVICE INC, 5540 NW 76TH PLACE, COCONUT CREEK, FL 33073

10925   SOUTH FLORIDA BUSINESS JOURNAL, 1050 LEE WAGNER BLVD SUITE 302, FORT LAUDERDALE, FL 33315

10925   SOUTH FLORIDA COMPENSATION &, 12659 S DIXIE HWY SUITE 140, MIAMI, FL 33156

10925   SOUTH FLORIDA COMPENSATION &, 2901 CLINT MOORE RD SUITE 202, BOCA RATON, FL 33496

10925   SOUTH FLORIDA COMPENSATION, POBOX 33161, PALM BEACH GARDENS, FL 33420-3161

10924   SOUTH FLORIDA CONCRETE & READYMIX, 9500 NW 109TH STREET, MEDLEY, FL 33178

10924   SOUTH FLORIDA CONCRETE, 9500 N. W. 109TH STREET, MEDLEY, FL 33178

10925   SOUTH FLORIDA HOMETENDERS, PO BOX 810514, BOCA RATON, FL 33481-0514

10925   SOUTH FLORIDA SOCCER, 601 BRICKELL KEY DR. #204, MIAMI, FL 33131

10925   SOUTH FLORIDA TEST SERVICE, POBOX 95897, CHICAGO, IL 60694-5897

10925   SOUTH FLORIDA TRANE SERVICE, 7415 NW 19 ST SUITE C, MIAMI, FL 33126

10925   SOUTH FLORIDA WATER MGMT DISTRICT, 3301 GUNCLUB ROAD, WEST PALM BEACH, FL 33406

10925   SOUTH FLORIDA YOUTH HOCKEY ASSOC., PO BOX 452198, SUNRISE, FL 33345

10924   SOUTH FREMONT HIGH SCHOOL, SAINT ANTHONY, ID 83445

10924   SOUTH GEORGIA MEDICAL CENTER, 211 COWART STREET, VALDOSTA, GA 31605

10924   SOUTH GWINNETT HIGH SCHOOL, C/O KEVIN RUSSELL CO., SNELLVILLE, GA 30278

10924   SOUTH HAMPTON BLOCK & TILE, 30 OLD MONTAUK HWY, WAINSCOTT, NY 11975

10924   SOUTH HAMPTON BLOCK&TILE, 1540 NORTH HIGHWAY, SOUTHAMPTON, NY 11968

10925   SOUTH HARLEM AUTO SUPPLY, 5643 SOUTH HARLEM AVE, CHICAGO, IL 60638

10925   SOUTH HILL MED CENTER, 2830 S GRAND BLVD, 101, SPOKANE, WA 99203-2580

10925   SOUTH HILLS COUNTRY CLUB, 636 S 2ND AVE SUITE C, COVINA, CA 91723

10925   SOUTH HILLS DATACOMM, 760 BEECHNUT DR, PITTSBURGH, PA 15205-1800

10925   SOUTH HILLS HEALTH SYSTEM, POBOX 371667M, PITTSBURGH, PA 15250

10925   SOUTH HILLS INV CLUB, A PARTNERSHIP, 209 MERRIMAC ST, PITTSBURGH, PA 15211-1425

10925   SOUTH HILLS LUMBER & BLDG, MATERIALS, WEST COVINA, CA 91791

10924   SOUTH HILLS LUMBER & BUILDING, 100 N. BARRANCA AVE., WEST COVINA, CA 91791

10924   SOUTH INSULATION CO, C/O REGIONAL MEMORIAL, COLUMBIA, SC 29239

10924   SOUTH INSULATION CO., 2323 JOE BROWN DRIVE, GREENSBORO, NC 27415

10924   SOUTH INSULATION, 1627 COLUMBIA COLLEGE DRIVE, COLUMBIA, SC 29203

10924   SOUTH INSULATION, 4590 GAYNOR STREET, NORTH CHARLESTON, SC 29406

10924   SOUTH INSULATION, C/O BELL SOUTH ADMIN. OFFICE BLDG., CHARLESTON, SC 29401

10924   SOUTH INSULATION, C/O MISSION MEMORIAL HOSPITAL, ASHEVILLE, NC 28800

10924   SOUTH INSULATION, C/O RICHLAND MEMORIAL HOSPITAL, COLUMBIA, SC 29200

10924   SOUTH INSULATION, C/O USC BUSINESS & EDUCATION BLDG., AIKEN, SC 29808

10925   SOUTH JERSEY GAS CO, PO BOX 6000, FOLSOM, NJ 08037-6000

10925   SOUTH JERSEY HEALTH CORP., 310 WOODSTOWN RD, SALEM, NJ 08079

10924   SOUTH JERSEY HOSPITAL, 1200 N HIGH STREET, MILLVILLE, NJ 08322

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SOUTH JOHNSTON HIGH SCHOOL, 10381 U.S. HIGHWAY 301 SOUTH, FOUR OAKS, NC 27524

10924    SOUTH LEXINGTON HIGH SCHOOL, MB KAHN, 5643 PLATT SPRINGS RD., LEXINGTON, SC 29073

10924    SOUTH MECKLINGBURG HIGH SCHOOL, C/O WARCO CONSTRUCTION COMPANY, CHARLOTTE, NC 28202

10924    SOUTH MIDDLE SCHOOL, 940 SAM NEWELL RD., MATTHEWS, NC 28105

10924    SOUTH MINSTER RETIREMENT COMM., 8919 PARK ROAD, CHARLOTTE, NC 28210

10924    SOUTH MOUNTAIN HIGH SCHOOL, 7TH STREET & ROESER ROADS, PHOENIX, AZ 85040

10924    SOUTH MOUNTAIN RESTORATION, 10058 SOUTH MOUNTAIN ROAD, SOUTH MOUNTAIN, PA 17261

10924    SOUTH NASSAU COMM. HOSP., 2445 OCEANSIDE RD, OCEANSIDE, NY 11572

10924    SOUTH RIDGE MALL JOB, MILWAUKEE, WI 53200

10924    SOUTH RIVER MIDDLE SCHOOL, SOUTH RIVER, NJ 08882

10924    SOUTH SEMINLOE HOSPITAL, 555 WEST STATE ROAD 434, LONGWOOD, FL 32750

10924    SOUTH SHORE CHURCH, C/O WESTSIDE BUILDING MATERIALS, MONARCH BAY, CA 92677

10925    SOUTH SHORE HARBOUR RESORT, 2500 SOUTH SHORE BLVD, LEAGUE CITY, TX 77573

10924    SOUTH SHORE HOSPITAL, COLUMBIAN & RT 18 (MAIN STREET), SOUTH WEYMOUTH, MA 02190

10924    SOUTH SHORE PLAZA, BRAINTREE PLAZA, BRAINTREE, MA 02184

10925    SOUTH SIDE CONTROL SUPLY CO, 488 N MILWAUKEE AVE, CHICAGO, IL 60610

10924    SOUTH STANLEY MIDDLE SCHOOL, COTTONDALE RD., ALBEMARLE, NC 28002

10924    SOUTH STREET MATERIALS INC., PO BOX 368, PEEKSKILL, NY 10566

10924    SOUTH STREET MATERIALS, INC., 1006 LOWER SOUTH STREET, PEEKSKILL, NY 10566

10924    SOUTH STREET MATERIALS, INC., P. O. BOX 368, PEEKSKILL, NY 10566

10925    SOUTH TECHNICAL EDUC. CTR, CONGRESS AVE AND S W 30TH AVE, BOYNTON BEACH, FL 33426-9099

10924    SOUTH TEXAS CAN COMPANY, 103 EAST BENGE ROAD, FORT GIBSON, OK 74434

10924    SOUTH TEXAS CAN COMPANY, 501 S. PLEASANTVIEW DRIVE, WESLACO, TX 78596

10925    SOUTH TEXAS HUNTING CO, LLC, THE, PO BOX 1686, RICHMOND, TX 77406-1686

10925    SOUTH TEXAS SALES, 6710 MIDVALE, HOUSTON, TX 77087

10924    SOUTH TEXAS UTILITIES CONT, MERCEDES, TX 78570

10924    SOUTH TEXAS UTILITIES CONT, P. O. BOX 1135, MERCEDES, TX 78570

10924    SOUTH TEXAS UTILITY CONT, P.O.BOX 1135, MERCEDES, TX 78570

10925    SOUTH TOWN REFRIGERATION CORP, 10450 W 163RD PLACE, ORLAND PARK, IL 60467-5445

10925    SOUTH TOWN REFRIGERATION CORP., 2533 BERNICE ROAD, LANSING, IL 60438

10924    SOUTH VALLEY MATERIALS, 1132 N. BELMONT ROAD, EXETER, CA 93221

10924    SOUTH VALLEY MATERIALS, 1820 W. LACEY BLVD., #283, HANFORD, CA 93232

10924    SOUTH VALLEY MATERIALS, 3451 WEST SHAW AVE, FRESNO, CA 93711

10924    SOUTH VALLEY READY MIX, 2320 DAIRY AVENUE, CORCORAN, CA 93212

10924    SOUTH VALLEY READY MIX, 38940 HWY 33, COALINGA, CA 93210

10924    SOUTH VALLEY READY MIX, OFF HIGHWAY 198 AND 43, HANFORD, CA 93230

10924    SOUTH WARD INDUSTRIAL PARK, CORNER OF HAUSBORNE & HUNTERDON ST, NEWARK, NJ 07103

10924    SOUTH WEST COLLEGE, C/O WESTSIDE BUILDING MATERIALS, HAWTHORNE, CA 90250

10924    SOUTH WEST COLLEGE, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924    SOUTH WEST STATE UNIVERSITY, CLASSIC DRYWALL, MARSHALL, MN 56258

10924    SOUTH YORK MIDDLE SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925    SOUTH, BARBARA, 214 PINE COVE DRIVE, INMAN, SC 29349

10925    SOUTH, DANIEL, ROUTE 3 BOX 348, CLINTON, SC 29325

10925    SOUTH, GATE, POL, NY, NY 10098

10925    SOUTH, STEVEN, 77 MONTEREY LANE, OLATHE, KS 66061

10924    SOUTHAMPTON BRICK & TILE, 1540 NO HWY, SOUTHAMPTON, NY 11968

10924    SOUTHAMPTON BRICK & TILE, MONTAUK HIGHWAY, WAINSCOTT, NY 11975

10925    SOUTHARD, BOBBY, PO BOX 132, PHILPOT, KY 42366

10925    SOUTHARD, DEBORAH, 2129-B COUNTRY, CONYERS, GA 30208

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SOUTHARD, KELLEY, RT 6, BOX 300-74, MARTINSBURG, WV 25401 | |
| 10925 | SOUTHARD, PAULA, RT 1 BOX 213, BLOOMING GROVE, TX 76626 | |
| 10925 | SOUTHARD, ROBERT, 333 WEIKEL DR, C, OWENSBORO, KY 42301 | |
| 10924 | SOUTHBRIDGE HOTEL & CONFERENCE CTR, 23 MECHANIC STREET, SOUTHBRIDGE, MA 01550 | |
| 10924 | SOUTHCHEM INC, 173 FORTIS DRIVE, DUNCAN, SC 29334 | |
| 10924 | SOUTHCHEM INC, 2001 E PETTIGREW, DURHAM, NC 22702 | |
| 10924 | SOUTHCHEM, 2001 E PETTIGREW STREET, DURHAM, NC 22702 | |
| 10924 | SOUTHCHEM, 4200 AZALEA DRIVE, NORTH CHARLESTON, SC 29405 | |
| 10924 | SOUTHCO SUPPLY COMPANY, 8285 NO. PALAFOX ST., PENSACOLA, FL 32534 | |
| 10924 | SOUTHCO SUPPLY COMPANY, P.O. BOX 37262, PENSACOLA, FL 32526 | |
| 10925 | SOUTHCORP PACKAGING USA INC, 21596 NETWORK PLACE, CHICAGO, IL 60673-1215 | |
| 10925 | SOUTHCORP PACKAGING USA/BENNETT, 21596 NETWORK PLACE, CHICAGO, IL 60673 | |
| 10925 | SOUTHCORP-DAYTON, PO BOX 203009, HOUSTON, TX 77216 | |
| 10924 | SOUTHDALE SERVICE CENTER, 7009 YORK AVENUE SOUTH, MINNEAPOLIS, MN 55435 | |
| 10925 | SOUTHDOWN CONCRETE PRODUCTS INC, 2601 SATURN ST SUITE 200, BREA, CA 92821 | |
| 10924 | SOUTHDOWN CORPORATION, 1000 CARROLL STREET, CLERMONT, FL 34712 | |
| 10924 | SOUTHDOWN CORPORATION, 305 S. W. DEPOT ROAD, GAINESVILLE, FL 32601 | |
| 10924 | SOUTHDOWN CORPORATION, 649 W. ATWATER, EUSTIS, FL 32726 | |
| 10924 | SOUTHDOWN CORPORATION, ST RT 44 WEST, INVERNESS, FL 34451 | |
| 10925 | SOUTHDOWN INC, 1200 SMITH ST SUITE 2400, HOUSTON, TX 77002 | |
| 10925 | SOUTHDOWN INC, 2601 SATURN ST #200, BREA, CA 92821 | |
| 10925 | SOUTHDOWN INC, 900 UNIVERSITY BLVD N STE 504, JACKSONVILLE, FL 32211 | |
| 10924 | SOUTHDOWN INC, ATTENTION: ACCOUNTS PAYABLE, TAMPA, FL 33631 | |
| 10925 | SOUTHDOWN INC, DEPT. LA 21032, PASADENA, CA 91185 | |
| 10924 | SOUTHDOWN INC, P O BOX 6, BROOKSVILLE, FL 34605 | |
| 10924 | SOUTHDOWN INC, PO BOX 6, BROOKSVILLE, FL 34605 | |
| 10925 | SOUTHDOWN INC, PO BOX SIX, BROOKSVILLE, FL 34605-0006 | |
| 10924 | SOUTHDOWN INC., 15301 DIXIE HIGHWAY, LOUISVILLE, KY 40272 | |
| 10924 | SOUTHDOWN INC., 1600 BELLS BAY ROAD, CHARLEVOIX, MI 49720 | |
| 10924 | SOUTHDOWN INC., 5134 UTE HGWY., LYONS, CO 80540 | |
| 10924 | SOUTHDOWN INC., ARCOLA RD., DEMOPOLIS, AL 36732 | |
| 10924 | SOUTHDOWN INC., I-20 EXIT 104, ODESSA, TX 79760 | |
| 10924 | SOUTHDOWN INC., PO BOX367, CHARLEVOIX, MI 49720 | |
| 10924 | SOUTHDOWN INC.-KOSMOS, 2000 PORTLAND PARK, WAMPUM, PA 16157 | |
| 10924 | SOUTHDOWN INCORPORATED, 101 E MARY JESS RD, ORLANDO, FL 32839 | |
| 10924 | SOUTHDOWN INCORPORATED, 1021 S. US HWY 19S, CRYSTAL RIVER, FL 34429 | |
| 10924 | SOUTHDOWN INCORPORATED, 103 FOUR POINTS WAY, TALLAHASSEE, FL 32314 | |
| 10924 | SOUTHDOWN INCORPORATED, 1100 CENTRAL AVE., SARASOTA, FL 34236 | |
| 10924 | SOUTHDOWN INCORPORATED, 1111 CARROLL ST, CLERMONT, FL 34712 | |
| 10924 | SOUTHDOWN INCORPORATED, 11423 WILLIAMS ST., DUNNELLON, FL 34432 | |
| 10924 | SOUTHDOWN INCORPORATED, 1205 U.S. HWY 17/92, DAVENPORT, FL 33837 | |
| 10924 | SOUTHDOWN INCORPORATED, 13083 CORTEZ BLVD., BROOKSVILLE, FL 34613 | |
| 10924 | SOUTHDOWN INCORPORATED, 14806 12TH STREET NORTH, LUTZ, FL 33549 | |
| 10924 | SOUTHDOWN INCORPORATED, 1500 W. SOUTH ST., LEESBURG, FL 34748 | |
| 10924 | SOUTHDOWN INCORPORATED, 15800 OLD US 441, TAVARES, FL 32778 | |
| 10924 | SOUTHDOWN INCORPORATED, 16888 NORTH "E" STREET, VICTORVILLE, CA 92394 | |
| 10924 | SOUTHDOWN INCORPORATED, 171340 SPRING HILL DRIVE, BROOKSVILLE, FL 34601 | |
| 10924 | SOUTHDOWN INCORPORATED, 1751 MARSHALL STREET, JACKSONVILLE, FL 32206 | |
| 10924 | SOUTHDOWN INCORPORATED, 1810 MARTIN LUTHER KING BLVD., PANAMA CITY, FL 32401 | |
| 10924 | SOUTHDOWN INCORPORATED, 20 E. SUMMIT, BROOKSVILLE, FL 34601 | |
| 10924 | SOUTHDOWN INCORPORATED, 200 N. SEABOARD AVENUE, VENICE, FL 34292 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SOUTHDOWN INCORPORATED, 2063 20TH AVENUE S.E., LARGO, FL 34641 | |
| 10924 | SOUTHDOWN INCORPORATED, 2125 JAUNA MINE ROAD, LOUGHMAN, FL 33858 | |
| 10924 | SOUTHDOWN INCORPORATED, 2305 CLARK ST, APOPKA, FL 32703 | |
| 10924 | SOUTHDOWN INCORPORATED, 2375 OLD LAKE MARY RD., SANFORD, FL 32771 | |
| 10924 | SOUTHDOWN INCORPORATED, 2430 MARATHON ROAD, ODESSA, FL 33556 | |
| 10924 | SOUTHDOWN INCORPORATED, 2900 S. W PINE ISLAND ROAD, CAPE CORAL, FL 33991 | |
| 10924 | SOUTHDOWN INCORPORATED, 2901 COOPER STREET, PUNTA GORDA, FL 33950 | |
| 10924 | SOUTHDOWN INCORPORATED, 2945 ALLEN HILL RD, MELBOURNE, FL 32940 | |
| 10924 | SOUTHDOWN INCORPORATED, 317 N. EASTSIDE DRIVE, LAKELAND, FL 33801 | |
| 10924 | SOUTHDOWN INCORPORATED, 3212 CLARK STREET SOUTH, TAMPA, FL 33601 | |
| 10924 | SOUTHDOWN INCORPORATED, 3250 LINEBAUGH RD., XENIA, OH 45385 | |
| 10924 | SOUTHDOWN INCORPORATED, 3460 W. BENNINGTON COURT, LECANTO, FL 34461 | |
| 10924 | SOUTHDOWN INCORPORATED, 3606 PROSPECT AVE, NAPLES, FL 33939 | |
| 10924 | SOUTHDOWN INCORPORATED, 415 3RD ST, DAYTONA BEACH, FL 32117 | |
| 10924 | SOUTHDOWN INCORPORATED, 415 3RD ST., HOLLY HILL, FL 32117 | |
| 10924 | SOUTHDOWN INCORPORATED, 4316 COUNTY RD. 124A, WILDWOOD, FL 34785 | |
| 10924 | SOUTHDOWN INCORPORATED, 4415 15TH ST. E, BRADENTON, FL 34208 | |
| 10924 | SOUTHDOWN INCORPORATED, 445 CANAVERAL GROVE BLVD, COCOA, FL 32926 | |
| 10924 | SOUTHDOWN INCORPORATED, 5100 S ALAFAYA TRAIL, ORLANDO, FL 32831 | |
| 10924 | SOUTHDOWN INCORPORATED, 515 LANIER BLVD, BRUNSWICK, GA 31521 | |
| 10924 | SOUTHDOWN INCORPORATED, 601 24TH STREET S, SAINT PETERSBURG, FL 33733 | |
| 10924 | SOUTHDOWN INCORPORATED, 619 17TH ST., OCALA, FL 34470 | |
| 10924 | SOUTHDOWN INCORPORATED, 620 STILES AVE, SAVANNAH, GA 31401 | |
| 10924 | SOUTHDOWN INCORPORATED, 649 W. ATWATER, EUSTIS, FL 32726 | |
| 10924 | SOUTHDOWN INCORPORATED, 705 S. HITCHCOCK DRIVE, PLANT CITY, FL 33566 | |
| 10924 | SOUTHDOWN INCORPORATED, 7274 ALICO ROAD, FORT MYERS, FL 33912 | |
| 10924 | SOUTHDOWN INCORPORATED, 901 5TH STREEET, WINTER HAVEN, FL 33881 | |
| 10924 | SOUTHDOWN INCORPORATED, 9021 OLDWIRE ROAD, ZEPHYRHILLS, FL 33540 | |
| 10924 | SOUTHDOWN INCORPORATED, 9117 FLORIDA MINING BLVD, TAMPA, FL 33634 | |
| 10924 | SOUTHDOWN INCORPORATED, 9117 FLORIDA MINING BLVD., TAMPA, FL 33634 | |
| 10924 | SOUTHDOWN INCORPORATED, 9214 MAIN STREET NORTH, JACKSONVILLE, FL 32234 | |
| 10924 | SOUTHDOWN INCORPORATED, 9715 E. FLORIDA MINING BLVD, JACKSONVILLE, FL 32223 | |
| 10924 | SOUTHDOWN INCORPORATED, ATTENTION: ACCOUNTS PAYABLE, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, ATTN: ACCOUNTS PAYABLE, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, ATTN: ACCOUNTS PAYABLE, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, CANAVERAL GROVES BLVD, SHARPES, FL 32959 | |
| 10924 | SOUTHDOWN INCORPORATED, EAST CENTRAL DISTRICT, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, EAST CENTRAL DIVISION, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, FORD ST., FORT MYERS, FL 33916 | |
| 10924 | SOUTHDOWN INCORPORATED, GOLDENROD PLANT, ORLANDO, FL 32807 | |
| 10924 | SOUTHDOWN INCORPORATED, HENNES RD, WINTER GARDEN, FL 34787 | |
| 10924 | SOUTHDOWN INCORPORATED, HWY 41, BROOKSVILLE, FL 34613 | |
| 10924 | SOUTHDOWN INCORPORATED, NORTH FLORIDA DISTRICT, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, OLD DIXIE HWY, MALABAR, FL 32950 | |
| 10924 | SOUTHDOWN INCORPORATED, P O BOX 152137, TAMPA, FL 33684 | |
| 10924 | SOUTHDOWN INCORPORATED, P O BOX 31965, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, P.O. BOX 31965, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, PANHANDLE DISTRICT, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, PICKETVILLE ROAD, JACKSONVILLE, FL 32220 | |
| 10924 | SOUTHDOWN INCORPORATED, PO BOX31965, TAMPA, FL 33631 | |
| 10924 | SOUTHDOWN INCORPORATED, S. R. 44 W, INVERNESS, FL 32650 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924　SOUTHDOWN INCORPORATED, SHAD ROAD, JACKSONVILLE, FL 32257

10924　SOUTHDOWN, US HWY. 98-16301 PONCE DELEON BLVD, BROOKSVILLE, FL 34605

10924　SOUTHDOWN INCORPORTATED, P.O. BOX 31965, TAMPA, FL 33631

10924　SOUTHDOWN INCORPORTED, 6725 S. 78TH STREET, RIVERVIEW, FL 33569

10924　SOUTHDOWN INCORPORTED, P.O. BOX 31965, TAMPA, FL 33631

10924　SOUTHDOWN, 17140 SPRING HILL DR., SPRING HILL, FL 34609

10924　SOUTHDOWN, 200 NEVILLE ROAD, NEVILLE ISLAND, PITTSBURGH, PA 15225

10924　SOUTHDOWN, 2442 SMITH STREET, KISSIMMEE, FL 34744

10924　SOUTHDOWN, CEMENT PLANT RD, KNOXVILLE, TN 37914

10924　SOUTHDOWN, INC (HOLLYWOOD), 1000 NO. LA BREA BLVD., LOS ANGELES, CA 90038

10924　SOUTHDOWN, INC, 1201 WEST GLADSTONE STREET, AZUSA, CA 91702

10924　SOUTHDOWN, INC, 1430 SANTA CLARA STREET, SANTA PAULA, CA 93060

10924　SOUTHDOWN, INC, 1730 NORTH MAIN STREET, ORANGE, CA 92865

10924　SOUTHDOWN, INC, 2400 EAST SOUTH STREET, LONG BEACH, CA 90805

10924　SOUTHDOWN, INC, 4501 WEST MACARTHUR BLVD, SANTA ANA, CA 92704

10924　SOUTHDOWN, INC, 4760 VALLEY BLVD., LOS ANGELES, CA 90032

10924　SOUTHDOWN, INC, 505 RAILROAD PLACE, INGLEWOOD, CA 90301

10924　SOUTHDOWN, INC, 625 LA MAR STREET, LOS ANGELES, CA 90060

10924　SOUTHDOWN, INC, 9035 HAPPY CAMP ROAD, MOORPARK, CA 93021

10924　SOUTHDOWN, INC, ATTN:  ACCOUNS PAYABLE, BREA, CA 92622

10924　SOUTHDOWN, INC, ATTN:  ACCOUNTS PAYABLE, BREA, CA 92622

10924　SOUTHDOWN, INC, ATTN:  ACCOUNTS PAYABLE, BREA, CA 92822

10924　SOUTHDOWN, INC, ATTN: ACCOUNTS PAYABLE, BREA, CA 92622

10924　SOUTHDOWN, INC, PO BOX2359, BREA, CA 92622

10924　SOUTHDOWN, INC., 100 E. OLIVE ROAD, PENSACOLA, FL 32514

10924　SOUTHDOWN, INC., 1001 5TH - HWY 71, PORT SAINT JOE, FL 32456

10924　SOUTHDOWN, INC., 1032 COXGRADE ROAD, PANAMA CITY BEACH, FL 32407

10924　SOUTHDOWN, INC., 15000 WEST BEAVER STREET, JACKSONVILLE, FL 32234

10924　SOUTHDOWN, INC., 2000 PORTLAND PARK, WAMPUM, PA 16157

10924　SOUTHDOWN, INC., 216 RACETRACK RD, FORT WALTON BEACH, FL 32547

10924　SOUTHDOWN, INC., 216 RACETRACK ROAD, FORT WALTON BEACH, FL 32548

10924　SOUTHDOWN, INC., 2719 OLD BRAXTON ROAD, NAVARRE, FL 32566

10924　SOUTHDOWN, INC., 3250 LINEBAUGH RD., XENIA, OH 45385

10924　SOUTHDOWN, INC., 3440 WEEMS ROAD, TALLAHASSEE, FL 32304

10924　SOUTHDOWN, INC., 4565 OLD ANTIOCH RD., CRESTVIEW, FL 32536

10924　SOUTHDOWN, INC., 5409 HABERSHAM, BRUNSWICK, GA 31520

10924　SOUTHDOWN, INC., 5TH STREET, LAKE HAMILTON, FL 33851

10924　SOUTHDOWN, INC., 820 BEACH DRIVE, DESTIN, FL 32541

10924　SOUTHDOWN, INC., 901 W. MOSLEY STREET, TALLAHASSEE, FL 32310

10924　SOUTHDOWN, INC., PANHANDLE DISTRICT, TAMPA, FL 33631

10924　SOUTHDOWN, INC., PO BOX 1819, PANAMA CITY, FL 32402

10924　SOUTHDOWN, INC., TYNDALL AIR FORCE BASE, TYNDALL AIR FORCE BASE, FL 32403

10924　SOUTHDOWN, INC/COMPTON, 2722 NORTH ALAMEDA STREET, COMPTON, CA 90222

10924　SOUTHDOWN, INC/IRVINE, CONSTRUCTION CIRCLE, IRVINE, CA 92709

10924　SOUTHDOWN, INC/SAN BERNARDINO, 2400 WEST HIGHLAND AVENUE, SAN BERNARDINO, CA 92405

10924　SOUTHDOWN, INC/SAN JUAN CAPISTRANO, 31601 ORTEGA HIGHWAY, SAN JUAN CAPISTRANO, CA 92675

10924　SOUTHDOWN, INC/STANTON, 11236 WESTERN AVENUE, STANTON, CA 90680

10924　SOUTHDOWN, INC/SUN VALLEY, 8960 BRADLEY STREET, SUN VALLEY, CA 91352

10924　SOUTHDOWN, INC/WALNUT, 20903 CURRIER ROAD, WALNUT, CA 91789

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  SOUTHDOWN, INCORPORATED, NORTH FLORIDA DISTRICT, TAMPA, FL 33631

10924  SOUTHDOWN, KOSMODALE, LOUISVILLE, KY 40272

10924  SOUTHDOWN, PO BOX14009, KNOXVILLE, TN 37914

10924  SOUTHDOWN, SHARPES RD. & U.S. 1, SHARPES, FL 32959

10924  SOUTHDOWN, VICTORVILLE CEMENT PLANT, VICTORVILLE, CA 92394

10924  SOUTHDOWN, VICTORVILLE CEMENT PLANY, VICTORVILLE, CA 92392

10925  SOUTHEAST ABATEMENT SERVICES, INC, 200 COLONIAL DRIVE - SUITE B, CARROLLTON, GA 30117

10925  SOUTHEAST AIRGAS INC, PO BOX 44229, ATLANTA, GA 30336

10925  SOUTHEAST ARCHITECTURAL SERVICES, 20472-C CHARTWELL CENTER DRIVE, CORNELIUS, NC 28031

10925  SOUTHEAST ARCHITECTURAL SERVICES, 20472-C CHARTWELL CTR. DR., CORNELIUS, NC 28031

10924  SOUTHEAST CHRISTIAN CHURCH, 920 BLANKENBAKER RD., LOUISVILLE, KY 40243

10924  SOUTHEAST CHRISTIAN CHURCH, 920 BLANKENBAKER ROAD, LOUISVILLE, KY 40243

10925  SOUTHEAST CIRCUIT SUPPLY, 4682 107TH CIRCLE NORTH, CLEARWATER, FL 34622

10924  SOUTHEAST ENTERPRISES, GROUP INC, JACKSONVILLE, FL 32219

10924  SOUTHEAST FIREPROOFING, CAMBRIDGE, MA 02140

10924  SOUTHEAST FIRPROOFING, 764 BENTLEY DRIVE, LEXINGTON, SC 29072

10924  SOUTHEAST GA REGIONAL MEDICAL CTR, C/O ALPHA INSULATION, BRUNSWICK, GA 31520

10924  SOUTHEAST GEORGIA REGIONAL MEDICAL, 2401 PARKWOOD DRIVE, BRUNSWICK, GA 31520

10925  SOUTHEAST GRAPHICOMM INC, 16457 130TH AVE NORTH, JUPITER, FL 33478-6581

10925  SOUTHEAST GRAPHICOMM INC, 8325 NORTH CORAL CIRCLE, NORTH LAUDERDALE, FL 33068-4115

10924  SOUTHEAST GRAVEL CO, RT 2 BOX 100C, STAR CITY, AR 71667

10924  SOUTHEAST GRAVEL COMPANY, 9013 HWY 54, DUMAS, AR 71639

10924  SOUTHEAST GRAVEL COMPANY, HIGHWAY 54 EAST, STAR CITY, AR 71667

10924  SOUTHEAST GRAVEL COMPANY, ROUTE 2 BOX 100C, STAR CITY, AR 71667

10925  SOUTHEAST INVESTMENTS INC, 310 HOWZE BEACH LANE, SLIDELL, LA 70461

10925  SOUTHEAST MECHANICAL SERVICE INC, 15951 SW 41ST ST SUITE 100, DAVIE, FL 33331

10925  SOUTHEAST MECHANICAL SVS, 2100 S W 57TH TERR, HOLLYWOOD, FL 33023

10925  SOUTHEAST MOBILE STORAGE INC, 3215 SOUTH 7TH ST - SUITE 7, PHOENIX, AZ 85040

10924  SOUTHEAST NATATORIUM, 365 CLEVELAND AVE., ATLANTA, GA 30344

10925  SOUTHEAST PAVING & CONSTRUCTION, 419 N. ECON TRAIL, ORLANDO, FL 32825

10924  SOUTHEAST PRECAST, 2000-2100 SUTHERLAND, KNOXVILLE, TN 37919

10924  SOUTHEAST PRECAST, P O BOX 297, KNOXVILLE, TN 37901

10924  SOUTHEAST PRECAST, PO BOX 297, KNOXVILLE, TN 37901

10924  SOUTHEAST READY MIX, 3594 HWY 45 SOUTH, WAYNESBORO, MS 39367

10924  SOUTHEAST READY MIX, HIGHWAY 45 SOUTH, WAYNESBORO, MS 39367

10925  SOUTHEAST RECYCLING TECH INC, PO BOX 845, JOHNSON CITY, TN 37604

10924  SOUTHEAST RESTORATION & FP, 4598 A. STONEGATE INDUSTRIAL BLVD., STONE MOUNTAIN, GA 30083

10924  SOUTHEAST RESTORATION FIREPROOFING, 4598A STONEGATE, STONE MOUNTAIN, GA 30083

10924  SOUTHEAST RESTORATION, 4598 A. STONEGATE IND. BLVD., STONE MOUNTAIN, GA 30083

10924  SOUTHEAST RESTORATION, AND FIREPROOFING, ATLANTA, GA 30340

10924  SOUTHEAST RESTORATION, PICK UP DORAVILLE PLANT, ATLANTA, GA 30362

10924  SOUTHEAST RESTORATION/FIREPROOFING, 4598-A STONEGATE INDUSTRIAL BLVD., STONE MOUNTAIN, GA 30083

10925  SOUTHEAST SEALING INC, PO BOX 1022, CONYERS, GA 30012

10925  SOUTHEAST TRAILER REPAIR, POBOX 1980, SIMPSONVILLE, SC 29681

10925  SOUTHEAST VALVE INC., PO BOX 7850, CHARLOTTE, NC 28241

10924  SOUTHEAST WHOLESALE ROOFING SUPPLY, 701  SOUTH MARKET AVENUE, FORT PIERCE, FL 34982

10924  SOUTHEAST WHOLESALE ROOFING, PO BOX4411, FORT PIERCE, FL 34948

10924  SOUTHEASTERN CONC OF FAYETTEVILLE, ADRIENES ROAD, FORT BRAGG, NC 28307

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SOUTHEASTERN CONC OF FAYETTEVILLE, PORTABLE PLANTS, FAYETTEVILLE, NC 28314 | |
| 10924 | SOUTHEASTERN CONC. OF FAYETTEVILLE, ATTN:  ACCOUNTS PAYABLE, FAYETTEVILLE, NC 28314 | |
| 10924 | SOUTHEASTERN CONC.OF FAYETTEVILLE, 1309 S. REILEY RD, FAYETTEVILLE, NC 28314 | |
| 10924 | SOUTHEASTERN CONCRETE CO., HWY 49 SOUTH, COURTHOUSE, MS 39501 | |
| 10924 | SOUTHEASTERN CONCRETE CO., PO BOX16748, HATTIESBURG, MS 39404 | |
| 10924 | SOUTHEASTERN CONCRETE INC, 399 ELM ST, KINGSTON, MA 02364 | |
| 10924 | SOUTHEASTERN CONCRETE INC, HWY 26, CROSSROADS, MS 38701 | |
| 10924 | SOUTHEASTERN CONCRETE INC, INDUSTRIAL PARK, HATTIESBURG, MS 39404 | |
| 10924 | SOUTHEASTERN CONCRETE INC, LAKE VIEW RD, HATTIESBURG, MS 39404 | |
| 10924 | SOUTHEASTERN CONCRETE INC, P O BOX 16748, HATTIESBURG, MS 39404 | |
| 10924 | SOUTHEASTERN CONCRETE INC, P O BOX 16748, MAHNED, MS 39462 | |
| 10924 | SOUTHEASTERN CONCRETE INC, PLANT #3 AND PLANT #9, HIGHWAY 98 WEST, HATTIESBURG, MS 39404 | |
| 10924 | SOUTHEASTERN CONCRETE INC, PLT #2, NEW AUGUSTA, MS 39462 | |
| 10924 | SOUTHEASTERN CONCRETE INC, PLT #6, MCLAIN, MS 39456 | |
| 10924 | SOUTHEASTERN CONCRETE INC, PO BOX16748, HATTIESBURG, MS 39404 | |
| 10924 | SOUTHEASTERN CONCRETE INC., 399 ELM STREET, KINGSTON, MA 02364 | |
| 10924 | SOUTHEASTERN CONCRETE OF LUMBERTON, 6116 HWY 72 EAST, LUMBERTON, NC 28358 | |
| 10924 | SOUTHEASTERN CONCRETE OF LUMBERTON, ATTN:  ACCOUNTS PAYABLE, LUMBERTON, NC 28358 | |
| 10924 | SOUTHEASTERN CONCRETE OF LUMBERTON, P O BOX 7428, LUMBERTON, NC 28358 | |
| 10924 | SOUTHEASTERN CONCRETE PDT, 917 FRINK ST, CAYCE, SC 29033 | |
| 10924 | SOUTHEASTERN CONCRETE PRO, PO BOX 2104, CAYCE-WEST COLUMBIA, SC 29169 | |
| 10924 | SOUTHEASTERN CONCRETE PROD, 917 FRINK STREET, CAYCE, SC 29033 | |
| 10924 | SOUTHEASTERN CONCRETE PROD, P O BOX 2104, CAYCE, SC 29033 | |
| 10924 | SOUTHEASTERN CONCRETE, 917 FRINK STREET, CAYCE, SC 29033 | |
| 10924 | SOUTHEASTERN CONCRETE, INC., PLEASANT STREET, WEYMOUTH, MA 02189 | |
| 10924 | SOUTHEASTERN CONCRETE, P.O. BOX 104, CAYCE, SC 29033 | |
| 10925 | SOUTHEASTERN CONCRETE, PO BOX 16748, HATTIESBURG, MS 39404 | |
| 10925 | SOUTHEASTERN DOCK & DOOR, 667 PERIMETER ROAD, GREENVILLE, SC 29605 | |
| 10924 | SOUTHEASTERN ELECTRIC DIST., 303 GADSDEN ST., COLUMBIA, SC 29250 | |
| 10924 | SOUTHEASTERN ELECTRIC DIST., 381 INDUSTRIAL CT., CONCORD, NC 28025 | |
| 10924 | SOUTHEASTERN ELECTRIC DIST., POB 5937, COLUMBIA, SC 29250 | |
| 10924 | SOUTHEASTERN ELECTRICAL DIST, 381 INDUSTRIAL COURT, CONCORD, NC 28025 | |
| 10924 | SOUTHEASTERN FIRE CONTROL, 2208 HAWKINS STREET, CHARLOTTE, NC 28203 | |
| 10925 | SOUTHEASTERN FREIGHT LINES INC, PO BOX 100104, COLUMBIA, SC 29202-3104 | |
| 10925 | SOUTHEASTERN FREIGHT LINES INC, PO BOX 1691, COLUMBIA, SC 29202 | |
| 10925 | SOUTHEASTERN FREIGHT LINES, PO BOX 100104, COLUMBIA, SC 29202-3104 | |
| 10925 | SOUTHEASTERN FREIGHTLINES, PO BOX 1691, COLUMBIA, SC 29202 | |
| 10924 | SOUTHEASTERN GEORGIA MEDICAL CENTER, 2401 PARKWOOD DRIVE, BRUNSWICK, GA 31520 | |
| 10924 | SOUTHEASTERN LABEL, 2050 WILL ROSS COURT, CHAMBLEE, GA 30341 | |
| 10924 | SOUTHEASTERN MATERIALS IN, 115 AQUADALE RD, ALBEMARLE, NC 28001 | |
| 10924 | SOUTHEASTERN MATERIALS, P O BOX 279, ALBEMARLE, NC 28001 | |
| 10924 | SOUTHEASTERN NONWOVENS INC., 6126 A BROOKSHIRE BLVD., CHARLOTTE, NC 28216 | |
| 10925 | SOUTHEASTERN PIPE & DRAIN SYSTEMS, PO BOX 1282, AIKEN, SC 29802 | |
| 10925 | SOUTHEASTERN PNEIMATIC INC, PO BOX 567, ELLAVILLE, GA 31806 | |
| 10924 | SOUTHEASTERN PRESTRESSED CONCRETE, 860 BENOIST FARMS ROAD, WEST PALM BEACH, FL 33416 | |
| 10924 | SOUTHEASTERN PRESTRESSED CONCRETE, ATTN:  ACCOUNTS PAYABLE, WEST PALM BEACH, FL 33416 | |
| 10924 | SOUTHEASTERN REGIONAL HOSPITAL, 29TH STREET, LUMBERTON, NC 28358 | |
| 10924 | SOUTHEASTERN ROOF DECK IN, 1677 KOPPERS RD, CONLEY, GA 30027 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SOUTHEASTERN ROOF DECK, 1677 KOPPERS ROAD, CONLEY, GA 30288

10924   SOUTHEASTERN ROOF DECKS (SPEC), 1677 KOPPERS ROAD, CONLEY, GA 30288

10924   SOUTHEASTERN ROOF DECKS INC., CUSTOMER PICK UP DORAVILLE, ATLANTA, GA 30362

10924   SOUTHEASTERN ROOF DECKS, 1677 KOPPERS ROAD, CONLEY, GA 30027

10924   SOUTHEASTERN ROOF DECKS, 222 PINE AVE., ALBANY, GA 31703

10924   SOUTHEASTERN ROOF DECKS, 610 SPARTA RAOD, SANDERSVILLE, GA 31082

10924   SOUTHEASTERN ROOF DECKS, C/O CHAMBER OF COMMERCE, HUNTSVILLE, AL 35801

10924   SOUTHEASTERN ROOF DECKS, C/O GRADY ROAD ELEMENTARY SCHOOL, FAYETTEVILLE, GA 30214

10924   SOUTHEASTERN ROOF DECKS, C/O PATE'S CREEK ELEMENTARY SCHOOL, MCDONOUGH, GA 30253

10924   SOUTHEASTERN ROOF DECKS, C/O PATTERSON ELEMENTARY SCHOOL, MONTGOMERY, AL 36107

10924   SOUTHEASTERN ROOF DECKS, INC., 417 THIRD AVE., ALBANY, GA 31701

10924   SOUTHEASTERN ROOF DECKS, STIBBS HALL, WEST COLLEGE PARK DR., DOUGLAS, GA 31533

10925   SOUTHEASTERN STEEL CO., PO BOX 989, FLORENCE, SC 29503-0989

10924   SOUTHEASTERN STONE INC, 556 HIGHWAY 19/41   ., HAMPTON, GA 30228

10924   SOUTHEASTERN STONE INC, P O BOX 628, STOCKBRIDGE, GA 30281

10924   SOUTHEASTERN STONE INCORP, ATTN:  ACCOUNTS PAYABLE, STOCKBRIDGE, GA 30281

10925   SOUTHEASTERN TESTING SERVICE, PO BOX 3213, WILMINGTON, NC 28406

10925   SOUTHEASTERN TRANSPORTATION, PO BOX 758, MARION, NC 28752

10925   SOUTHEASTERN UNIVERSITIES RESEARCH FACILITY, 2000 JEFFERSON AVE, NEWPORT NEWS, VA 23606

10924   SOUTHEASTERN USE 559252, 20472-C CHARTWELL CTR. DRIVE, CORNELIUS, NC 28031

10925   SOUTHEASTERN VENDING SERVICES INC, 2748-B INTERSTATE ST, CHARLOTTE, NC 28208

10925   SOUTHEASTERN VENDING SERVICES, INC, 2748-B INTERSTATE ST., CHARLOTTE, NC 28208

10925   SOUTHEASTERN-KUSAN, PATRICIA A SHAW, LEBOEUF LAMB GREEN, 1 GATEWAY CR, 420 FORT DUQUESNE BLVD #1600, PITTSBURGH, PA 15222-1437

10924   SOUTHEND INC, 3840 N. BRUCE STREET, NORTH LAS VEGAS, NV 89030-3360

10924   SOUTHEND INC., 5386 SOUTH DECATUR, LAS VEGAS, NV 89118

10924   SOUTHEND INC.-ROCKWAY, 3840 NORTH BRUCE ST., NORTH LAS VEGAS, NV 89030-3360

10924   SOUTHEND, INC., 3840 NO. BRUCE STREET, NORTH LAS VEGAS, NV 89030-3360

10925   SOUTHERLAND, FRANCES, 905 PAMELA LANE, ROCKY MT, NC 27804

10925   SOUTHERLAND, GUSSIE, 4730 COUNTY LINE ROAD, LAKELAND, FL 33803

10925   SOUTHERLAND, R, 4730 COUNTY LINE ROAD, LAKELAND, FL 33803

10925   SOUTHERLAND, RANDALL, 208 11TH ST NW, ARAB, AL 35016

10925   SOUTHERLAND, WILLIAM, 3302 E SPARKMAN ROAD, PLANT CITY, FL 33566-8641

10924   SOUTHERN AGGREGATES CONCRETE, LITE-N-TIE ROAD, GRAY, GA 31032

10924   SOUTHERN ANESTHESIA AND SURG, ONE SOUTHERN COURT, WEST COLUMBIA, SC 29169

10925   SOUTHERN ASBESTOS COMPANY, C/O H. K. PORTER CO. INC., 355 FIFTH AVE, PITTSBURGH, PA 15222

10925   SOUTHERN ASSOCIATES MECHANICAL, 6266 WINFIELD CIRCLE, APPLING, GA 30802

10925   SOUTHERN BAG CORP., PO BOX 102920, ATLANTA, GA 30368-2920

10925   SOUTHERN BELL, PO BOX 1221, CHARLOTTE, NC 28201-1221

10925   SOUTHERN BELL, PO BOX 33009, CHARLOTTE, NC 28243-0001

10924   SOUTHERN BELL, SEVEN EXECUTIVE PARK, ATLANTA, GA 30329

10925   SOUTHERN BELTING & TRANSMISSION CO, 218 OTTLEY DRIVE N.E., ATLANTA, GA 30324

10924   SOUTHERN BLOCK CO INC., PO BOX426, WARSAW, NC 28398

10924   SOUTHERN BLOCK CO., INC., PO BOX426, WARSAW, NC 28398

10924   SOUTHERN BLOCK, 508 W HILL STREET, WARSAW, NC 28398

10925   SOUTHERN BRACING SYSTEMS INC, PO BOX 761, ARMUCHEE, GA 30105

10925   SOUTHERN BRICK INSTITUTE, 5885 GLENRIDGE DR SUITE 200, ATLANTA, GA 30328

10925   SOUTHERN BUILDING CODE CONGRESS, 900 MONTCLAIR ROAD, BIRMINGHAM, AL 35213-1206

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SOUTHERN BUILDING CODE, 900 MONTCLAIR ROAD, BIRMINGHAM, AL 35213 | |
| 10925 | SOUTHERN BUSINESS COMM, PO BOX 2568, NORCROSS, GA 30091-2568 | |
| 10925 | SOUTHERN CA CHEMICAL CO, NORMAN FELDMAN CEO, 8851 DICE ROAD, SANTA FE SPRINGS, CA 90670 | |
| 10925 | SOUTHERN CA EDISON CO, DAWN WILSON, 2244 WALNUT GROVE AVE, PO BOX 800, ROSEMEAD, CA 91770 | |
| 10925 | SOUTHERN CA EDISON, DAWN WILSON SR ATTY, 2244 WALNUT GROVE AVE, SUITE 354, ROSEMEAD, CA 91770 | |
| 10925 | SOUTHERN CA GAS CO, WALLACE LEIFER DIR OF BLDGS AN, | |
| 10925 | SOUTHERN CALIFORNIA EDISON CO, 393 N HARBOR BLVD, OXNARD, CA 93033 | |
| 10925 | SOUTHERN CALIFORNIA EDISON CO, POBOX 600, ROSEMEAD, CA 91771-0001 | |
| 10925 | SOUTHERN CALIFORNIA EDISON COMPANY, 2131 WALNUT GROVE AV., ROSEMEAD, CA 91770 | |
| 10925 | SOUTHERN CALIFORNIA EDISON, PO BOX 600, ROSEMEAD, CA 91771-0001 | |
| 10925 | SOUTHERN CALIFORNIA GAS CO, POBOX C, MONTEREY PARK, CA 91756 | |
| 10925 | SOUTHERN CALIFORNIA GAS CO., POBOX C, MONTEREY PARK, CA 91756 | |
| 10925 | SOUTHERN CALIFORNIA GAS COMPANY, PO BOX C, MONTEREY PARK, CA 91756 | |
| 10924 | SOUTHERN CALIFORNIA GAS, PO BOX3249, LOS ANGELES, CA 90051 | |
| 10924 | SOUTHERN CALIFORNIA HELICOPTER,INC., 10404 LAVENDER COURT, ALTA LOMA, CA 91737 | |
| 10925 | SOUTHERN CALIFORNIA READY, 1811 FAIR OAKS AVE, SOUTH PASADENA, CA 91030 | |
| 10925 | SOUTHERN CALIFORNIA ROCK PRODUCTS, PO BOX 40, SOUTH PASADENA, CA 91031 | |
| 10925 | SOUTHERN CALIFORNIA SOIL &, PO BOX 600627, SAN DIEGO, CA 92160-0627 | |
| 10924 | SOUTHERN CARIBBEAN CHEMICAL LTD., ANTIGUA CARRETERA SANCHEZ KM. 2, MADRE VIEJA, SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | SOUTHERN CAST STONE, P O BOX 1669, KNOXVILLE, TN 37901 | |
| 10924 | SOUTHERN CAST STONE, PO BOX 1669, KNOXVILLE, TN 37901 | |
| 10925 | SOUTHERN CHEMICAL DISTRIBUTING, PO BOX 233, LINCOLNTON, GA 30817 | |
| 10925 | SOUTHERN CHRISTIAN LEADERSHIP CONF., PO BOX 92544, ATLANTA, GA 30314 | |
| 10925 | SOUTHERN CHRISTIAN LEADERSHIP, POBOX 92544, ATLANTA, GA 30314 | |
| 10925 | SOUTHERN CLAY PROD., PO BOX 44, GONZALES, TX 78629 | |
| 10924 | SOUTHERN CLAY PRODUCTS, 1212 CHURCH STREET, GONZALES, TX 78629 | |
| 10925 | SOUTHERN CLAY PRODUCTS, INC, 21846 NETWORK PLACE, CHICAGO, IL 60673-1218 | |
| 10925 | SOUTHERN CLAY PRODUCTS, PO BOX 102624, ATLANTA, GA 30368-0624 | |
| 10925 | SOUTHERN CLEANING SERVICES INC, 106 SOUTH CHALKVILLE ROAD, TRUSSVILLE, AL 35173 | |
| 10925 | SOUTHERN CO NLR, INC, THE, 1201 CYPRESS ST, NORTH LITTLE ROCK, AR 72114 | |
| 10925 | SOUTHERN COFFEE SERVICE, PO BOX 4348, CHATTANOOGA, TN 37405 | |
| 10925 | SOUTHERN COLLEGE PLACEMEN, PO BOX 4066, GREENSBORO, NC 27404 | |
| 10924 | SOUTHERN COMMERCIAL MATERIALS, INC, 405 E. OGLETHORPE BLDG, ALBANY, GA 31705 | |
| 10924 | SOUTHERN COMMERCIAL WATERPROOFING, 509 MINERAL TRACE, BIRMINGHAM, AL 35244 | |
| 10924 | SOUTHERN COMMERCIAL WATERPROOFING, PO BOX660784, BIRMINGHAM, AL 35244 | |
| 10924 | SOUTHERN COMMUNITY BANK, EXIT 18 OFF I75 BONITA BEACH ROAD, BONITA SPRINGS, FL 34134 | |
| 10924 | SOUTHERN CONCRETE CONST CO, 1103 DOTHAN HWY, BAINBRIDGE, GA 31717 | |
| 10924 | SOUTHERN CONCRETE CONST CO, 723 E OGLETHORPE EXPSWY, ALBANY, GA 31702 | |
| 10924 | SOUTHERN CONCRETE CONST CO, BOX 711, ALBANY, GA 31702 | |
| 10924 | SOUTHERN CONCRETE CONST. CO., INC., 1035 W. CLAY ST., THOMASVILLE, GA 31792 | |
| 10924 | SOUTHERN CONCRETE CONSTRUCTION CO., 605 E. OGLETHORPE EXPRESSWAY, ALBANY, GA 31702-0711 | |
| 10924 | SOUTHERN CONCRETE CONSTRUCTION CO., 6800 CAPITAL CIRCLE S.W., TALLAHASSEE, FL 32310 | |
| 10925 | SOUTHERN CONCRETE EQUIPMENT INC, PO BOX 70, DACULA, GA 30019 | |
| 10924 | SOUTHERN CONCRETE EQUIPMENT, 2375 OLD FOUNTAIN RD., LAWRENCEVILLE, GA 30043 | |
| 10924 | SOUTHERN CONCRETE EQUIPMENT, CAMBRIDGE, MA 02140 | |
| 10924 | SOUTHERN CONCRETE MATERIA, 800 STATE ST, CHARLOTTE, NC 28233 | |
| 10924 | SOUTHERN CONCRETE MATERIALS, 127 POSSUM TROT ROAD, BAKERSVILLE, NC 28705 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SOUTHERN CONCRETE MATERIALS, 26 NEW CLYDE HWY., CANTON, NC 28716 | |
| 10924 | SOUTHERN CONCRETE MATERIALS, 35 MEADOW ROAD, ASHEVILLE, NC 28813 | |
| 10924 | SOUTHERN CONCRETE MATERIALS, ATTN: ACCOUNTS PAYABLE, ASHEVILLE, NC 28813 | |
| 10924 | SOUTHERN CONCRETE MATERIALS, INC, 35 MEADOW ROAD, ASHEVILLE, NC 28803 | |
| 10924 | SOUTHERN CONCRETE MATERIALS, P O BOX 5395, ASHEVILLE, NC 28813 | |
| 10924 | SOUTHERN CONCRETE PRODUCTS, 200 PIERCE RD, OAKLAND, TN 38060 | |
| 10924 | SOUTHERN CONCRETE, 2375 OLD FOUNTAIN RD, LAWRENCEVILLE, GA 30243 | |
| 10925 | SOUTHERN CONN GAS COMPANY, 880 BROAD ST, BRIDGEPORT, CT 06604 | |
| 10925 | SOUTHERN CONTAINER, INC, 150 HOWELL DR, DALTON, GA 30721-1512 | |
| 10925 | SOUTHERN CONTAINER, INC, 196 BELWOOD RD., S.E., CALHOUN, GA 30701 | |
| 10925 | SOUTHERN COPY MACHINES INC, 4900 AVALON RIDGE PKWY, NORCROSS, GA 30071 | |
| 10925 | SOUTHERN COUNTIES OIL CO, POBOX 4159, ORANGE, CA 92613-4159 | |
| 10924 | SOUTHERN CULVERT, ATTN:  ACCOUNTS PAYABLE, PINELLAS PARK, FL 33780 | |
| 10924 | SOUTHERN CULVERT, P O BOX 460, PINELLAS PARK, FL 33780 | |
| 10924 | SOUTHERN CULVERT, SYDNEY ROAD INDUSTRIAL PARK, PLANT CITY, FL 33566 | |
| 10924 | SOUTHERN DISTRIBUTORS, 11621 WESTMINSTER AVE, GARDEN GROVE, CA 92643 | |
| 10924 | SOUTHERN DRYWALL AND STUCCO, 424 WEXFORD CIRCLE, BONAIRE, GA 31005 | |
| 10924 | SOUTHERN ELECTRIC CORP., 818 GREENVILLE AVE., STAUNTON, VA 24401 | |
| 10924 | SOUTHERN ELECTRIC CORP., P.O. BOX 2337, STAUNTON, VA 24402 | |
| 10925 | SOUTHERN ELECTRIC SUPPLY CO INC, PO BOX 23746, HARAHAN, LA 70183-0701 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY CO., 1760 REEVES STREET, DOTHAN, AL 36303 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY, 4700 NW 15TH. AVE., BAY-A, FORT LAUDERDALE, FL 33309-3767 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY, 500 EAST DONEGAN AVE., KISSIMMEE, FL 34742-2447 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY, 7098 INDUSTRIAL DRIVE 302, SOUTHAVEN, MS 38671 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY, 7401 ADRIANNE PLACE, BARTLETT, TN 38184 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY, P.O. BOX 341855, BARTLETT, TN 38184 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY, P.O. BOX 909, SOUTHAVEN, MS 38671 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY, PO BOX 422447, KISSIMMEE, FL 34742-2447 | |
| 10924 | SOUTHERN ELECTRIC SUPPLY, PO BOX 5407, FORT LAUDERDALE, FL 33310 | |
| 10924 | SOUTHERN ELECTRIC SY., 3307 MOFFETT RD., MOBILE, AL 36607 | |
| 10924 | SOUTHERN ELECTRIC SY., P.O. BOX 7985, MOBILE, AL 36607-0985 | |
| 10924 | SOUTHERN ENERGY INC., 900 ASHWOOD PKWY,  STE 500, ATLANTA, GA 30338-4780 | |
| 10925 | SOUTHERN ENVIR SCIENCES, INC, PO BOX 3666, PLANT CITY, FL 33564 | |
| 10925 | SOUTHERN ENVIRONMENTAL AIR INC, 5393 PINEYWOODS ROAD, BIRMINGHAM, AL 35242 | |
| 10924 | SOUTHERN FASTENERS & TOOL, 9440 MAMOUTH DRIVE, BATON ROUGE, LA 70814 | |
| 10925 | SOUTHERN FIREPROOFING CO, 1200 WOODRUFF ROAD A-3, GREENVILLE, SC 29607 | |
| 10924 | SOUTHERN FIREPROOFING COMPANY, 515 PUTMAN, FOUNTAIN INN, SC 29644 | |
| 10924 | SOUTHERN FIREPROOFING COMPANY, POST OFFICE BOX 25666, GREENVILLE, SC 29616 | |
| 10924 | SOUTHERN FIREPROOFING, STE A-3 1200 WOODRUFF ROAD, GREENVILLE, SC 29607 | |
| 10925 | SOUTHERN FLOW COMPANIES INC, POST OFFICE BOX 51475, LAFAYETTE, LA 70505 | |
| 10925 | SOUTHERN FLOW COMPANIES, 132 DEMONADE BLVD, LAFAYETTE, LA 70503 | |
| 10924 | SOUTHERN FLOW COMPANIES, INC., 107 ROW #3, LAFAYETTE, LA 70501-1825 | |
| 10924 | SOUTHERN FLOW COMPANIES, INC., PO BOX 51475, LAFAYETTE, LA 70505-1475 | |
| 10924 | SOUTHERN FLOW MEAS, 107 ROW 3 CANEBRAKE, LAFAYETTE, LA 70501-1825 | |
| 10925 | SOUTHERN FOODS, PO BOX 26801, GREENSBORO, NC 27429-6801 | |
| 10924 | SOUTHERN FOUNDATIONS, INC., 28250 FM 2978 SUITE 113, MAGNOLIA, TX 77354 | |
| 10924 | SOUTHERN FOUNDATIONS, INC., 9705 BROADWAY, THE WOODLANDS, TX 77385 | |
| 10924 | SOUTHERN GROUTS & MORTARS INC, 3303 STATE ROAD 574 WEST, PLANT CITY, FL 33567 | |
| 10924 | SOUTHERN GROUTS & MORTARS, INC., 1502 S.W. 2ND PL., POMPANO BEACH, FL 33069 | |
| 10924 | SOUTHERN GROUTS& MORTARS, 1502 SW 2ND PLACE, POMPANO BEACH, FL 33069 | |
| 10925 | SOUTHERN HEALTHSTYLES, INC, 1105 GREGG HWY, AIKEN, SC 29801-6341 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | SOUTHERN HILLS HOSPITAL, NASHVILLE, TN 37211 | |
| 10924 | SOUTHERN ICE RINK, 215 GOTTHIC COURT, FRANKLIN, TN 37067 | |
| 10924 | SOUTHERN ILLINOIS CONC, PO BOX 547, MOUNT VERNON, IL 62864 | |
| 10924 | SOUTHERN ILLINOIS CONCRETE, 9TH STREET, MOUNT VERNON, IL 62864 | |
| 10924 | SOUTHERN ILLINOIS CONCRETE, PO BOX 547, MOUNT VERNON, IL 62864 | |
| 10924 | SOUTHERN ILLINOIS READY MIX, 11039 SKYLINE DRIVE, MARION, IL 62959 | |
| 10924 | SOUTHERN ILLINOIS REDI-MIX, INC., 11039 SKYLINE DRIVE, MARION, IL 62959 | |
| 10924 | SOUTHERN ILLINOIS REDI-MIX, INC., ROUTE 14 WEST, BENTON, IL 62812 | |
| 10924 | SOUTHERN ILLINOIS UNIV. OF, DISBURSEMENTS OFFICE, CARBONDALE, IL 62901-6818 | |
| 10924 | SOUTHERN ILLINOIS UNIVERSITY, 10242-0040Z, CARBONDALE, IL 62901 | |
| 10924 | SOUTHERN INDIANA MANUFACT. CO.,INC., HWY 145 SOUTH, FRENCH LICK, IN 47432 | |
| 10925 | SOUTHERN INDUSTRIAL RUBBER PRODUCTS, PO BOX 2145, GREENVILLE, SC 29602 | |
| 10925 | SOUTHERN INDUSTRIAL TIRE, INC, PO BOX 30728, CHARLOTTE, NC 28230 | |
| 10925 | SOUTHERN INSTRUMENTS INC, 2581 WEST HWY 54, PEACHTREE CITY, GA 30269 | |
| 10924 | SOUTHERN INSULATION &&, 5218 MONROE PLACE, HYATTSVILLE, MD 20781 | |
| 10924 | SOUTHERN INSULATION &&, CAMBRIDGE, MA 02140 | |
| 10924 | SOUTHERN INSULATION, 5218 MONROE PL, HYATTSVILLE, MD 20781 | |
| 10924 | SOUTHERN INTERIOR SUPPLY OF LA, 724 WEST 62ND STREET,, SHREVEPORT, LA 71106 | |
| 10925 | SOUTHERN IONICS INC., PO BOX 830800 DRAWER 830, BIRMINGHAM, AL 35283-0800 | |
| 10924 | SOUTHERN IONICS, 1100 N. VIADUCT ROAD, CHICKASAW, AL 36611 | |
| 10924 | SOUTHERN IONICS, 201 COMMERCE STREET, WEST POINT, MS 39773 | |
| 10925 | SOUTHERN IONICS, INC, PO BOX 830800 DRAWER 830, BIRMINGHAM, AL 35283-0800 | |
| 10925 | SOUTHERN IONICS, INC, PO DRAWER 1217, WEST POINT, MS 39773 | |
| 10924 | SOUTHERN IONICS, INC., 201 COMMERCE STREET, WEST POINT, MS 39773 | |
| 10924 | SOUTHERN IONICS, PO BOX 1217, WEST POINT, MS 39773 | |
| 10924 | SOUTHERN KENTUCKY POOLS, 936 LOVERS LANE, BOWLING GREEN, KY 42103 | |
| 10924 | SOUTHERN LINE POWER, 2815 FORTNER STREET, DOTHAN, AL 36305 | |
| 10925 | SOUTHERN LIVING, PO BOX 62301, TAMPA, FL 33662-2301 | |
| 10925 | SOUTHERN MACHINE COMPANY, 3100 YORK FARMS RD, YORK, SC 29745 | |
| 10924 | SOUTHERN MAINE CORRECTION CENTER, 100 CONGRESS, PORTLAND, ME 04101 | |
| 10924 | SOUTHERN MANUFACTURING, 920 HAMILTON ST, CHARLOTTE, NC 28232 | |
| 10924 | SOUTHERN MANUFACTURING, ATTN: ACCOUNTS PAYABLE, 4854 O'HEAR AVENUE, NORTH CHARLESTON, SC 29405-4972 | |
| 10924 | SOUTHERN MANUFACTURING, CHARLOTTE, NC 28232 | |
| 10925 | SOUTHERN MARKING SYSTEMS, PO BOX 2025, GREENVILLE, SC 29602 | |
| 10925 | SOUTHERN MECHANICAL CONTRACTORS, 4320 LAWNDALE, LYONS, IL 60534 | |
| 10924 | SOUTHERN METER BOX, P.O.BOX 5385, ALEXANDRIA, LA 71307 | |
| 10925 | SOUTHERN METHODIST UNIV., EDWIN L. COX SCHOOL OF BUS., DALLAS, TX 75275-0333 | |
| 10924 | SOUTHERN METHODIST UNIVERSITY, 5801 AIRLINE DRIVE, UNIVERSITY PARK, TX 75205 | |
| 10924 | SOUTHERN MIDDLE SCHOOL, 200 ENTERPRISE AVENUE, TRENTON, NJ 08638 | |
| 10925 | SOUTHERN MINTERALITE CO, 2933 DAUPHINE ST, 2912 BURGUNDY, NEW ORLEANS, LA 70117 | |
| 10924 | SOUTHERN MONUMENTS, BUCK LAKE ROAD, EARLE, AR 72331 | |
| 10925 | SOUTHERN MOTOR CARRIERS, PO BOX 7219, ATLANTA, GA 30357 | |
| 10925 | SOUTHERN NEVADA BUILDING MATERIALS, 2303 EAST SAHARA AVE, LAS VEGAS, NV 89104 | |
| 10925 | SOUTHERN NEVADA CHAPTER ICBO/ICC, 5051 SOUTH PARADISE, LAS VEGAS, NV 89119 | |
| 10925 | SOUTHERN NEVADA CONCRETE AGGREGATES, POBOX 34912, LAS VEGAS, NV 89133 | |
| 10924 | SOUTHERN NEVADA CORRECTIONAL CENTER, JEAN, NV 89019 | |
| 10924 | SOUTHERN OHIO COAL CO, P O BOX 490, ATHENS, OH 45701 | |
| 10924 | SOUTHERN OHIO COAL CO., MEIGS DIV. MINE #31, ATHENS, OH 45701 | |
| 10925 | SOUTHERN PACIFIC RAILROAD CO, PO BOX 3705, OMAHA, NE 68103-0705 | |
| 10925 | SOUTHERN PACIFIC TRANS CO, FILE #21824 PO BOX 60000, SAN FRANCISCO, CA 94160-1824 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SOUTHERN PACIFIC TRANS CO, PO BOX 60000, SAN FRANCISCO, CA 94160-1824 | |
| 10925 | SOUTHERN PACIFIC TRANSPORTATON CO, PAULA AMANDA ASST GEN COUN, | |
| 10925 | SOUTHERN PACIFIC, PO BOX 60000, FILE 61860, SAN FRANCISCO, CA 94160-1860 | |
| 10925 | SOUTHERN PEST CONTROL, 3300 CRESCENT BLVD, W COLLINGSWOOD, NJ 08107 | |
| 10925 | SOUTHERN PEST CONTROL, 3300 CRESCENT BLVD., WEST COLLINGSWOOD, NJ 08107 | |
| 10925 | SOUTHERN PETROLEUM EQUIPMENT CO INC, PO BOX 1366, OWENSBORO, KY 42302-1366 | |
| 10925 | SOUTHERN PIEDMONT PIPING, ROUTE 2, BOX 102, PEACHLAND, NC 28133 | |
| 10925 | SOUTHERN PIPE & SUPPLY, 5680 FULTON IND. BLVD., ATLANTA, GA 30336 | |
| 10924 | SOUTHERN POVERTY LAW CENTER, C/O SIPLAST, MONTGOMERY, AL 36100 | |
| 10924 | SOUTHERN POVERTY LAW CENTER, CROWN ENERGY, 403 WASHINGTON AVENUE, MONTGOMERY, AL 36107 | |
| 10925 | SOUTHERN POWER SYSTEMS, 8437B JOOR RD, BATON ROUGE, LA 70818 | |
| 10924 | SOUTHERN PRE CAST, 922 HOLMES ROAD, HOUSTON, TX 77045 | |
| 10924 | SOUTHERN PRECAST, 13365 SOUTHERN PRECAST DRIVE, ALACHUA, FL 32615 | |
| 10924 | SOUTHERN PRESTRESS, 128 AIRPORT BLVD, PENSACOLA, FL 32503 | |
| 10924 | SOUTHERN PRESTRESS, 401 PAUL RD., MONTGOMERY, AL 36108 | |
| 10924 | SOUTHERN PRESTRESS, 6301 N.56TH STREET, TAMPA, FL 33610 | |
| 10924 | SOUTHERN PRESTRESS, 990 ROCKET BLVD., ORLANDO, FL 32824 | |
| 10924 | SOUTHERN PRESTRESS, C/O MILLIGAN READY MIX, IUKA, MS 38852 | |
| 10924 | SOUTHERN PRESTRESS, P O BOX 2338, PENSACOLA, FL 32513 | |
| 10924 | SOUTHERN PRESTRESS, P.O. BOX 2338, PENSACOLA, FL 32513 | |
| 10924 | SOUTHERN PRESTRESSED CONC, 128 AIRPORT BLVD., PENSACOLA, FL 32513 | |
| 10924 | SOUTHERN PRESTRESSED CONCRETE, 128 AIRPORT BLVD., PENSACOLA, FL 32513 | |
| 10924 | SOUTHERN PRESTRESSED CONCRETE, P.O. BOX 2338, PENSACOLA, FL 32513 | |
| 10924 | SOUTHERN PRESTRESSED INC, ATTN:MS.JUDY FAULK, PENSACOLA, FL 32513 | |
| 10925 | SOUTHERN PRINTING & TYPE, PO BOX 934, ROEBUCK, SC 29376 | |
| 10925 | SOUTHERN PRODUCTS CO, INC, PO BOX 22755, CHATTANOOGA, TN 73422 | |
| 10924 | SOUTHERN PROSTHETIC SUPPLY, 500 LINNE ROAD, PASO ROBLES, CA 93446 | |
| 10924 | SOUTHERN PROSTHETIC SUPPLY, 5010 MCGINNIS FERRY ROAD, ALPHARETTA, GA 30005 | |
| 10924 | SOUTHERN PROSTHETIC SUPPLY, 5010 MCGINNIS FERRY ROAD, ALPHARETTA, GA 30202 | |
| 10924 | SOUTHERN PROSTHETIC SUPPLY, 9603 SATELLITE BLVD., ORLANDO, FL 32837 | |
| 10924 | SOUTHERN PROSTHETIC SUPPLY, P O BOX 406, ALPHARETTA, GA 30009 | |
| 10924 | SOUTHERN PROSTHETICS SUPPLY, 8773 D'ARCY ROAD, FORESTVILLE, MD 20747 | |
| 10925 | SOUTHERN PUMP & TANK CO., PO BOX 369, CANDLER, NC 28715-0369 | |
| 10925 | SOUTHERN PUMP & TANK COMPANY, 4800 NORTH GRAHAM ST, CHARLOTTE, NC 28231-1516 | |
| 10925 | SOUTHERN PUMP & TANK COMPANY, PO BOX 751112, CHARLOTTE, NC 28275-1112 | |
| 10924 | SOUTHERN R/M OF NORTH AL, 4200 COLONNADE PKY, BIRMINGHAM, AL 35243 | |
| 10925 | SOUTHERN RAD ASSOC OF MAINE, 482 CONGRESS ST, PORTLAND, ME 04101 | |
| 10924 | SOUTHERN READY MIX INC, 4200 COLONADE PWY-STE100, BIRMINGHAM, AL 35243 | |
| 10924 | SOUTHERN READY MIX INC, 4200 COLONNADE PKY, BIRMINGHAM, AL 35243 | |
| 10924 | SOUTHERN READY MIX INC, P.O BOX 2849, GULFPORT, MS 39505-2849 | |
| 10924 | SOUTHERN READY MIX INC., 2026 6TH AVENUE NORTH, BESSEMER, AL 35020 | |
| 10924 | SOUTHERN READY MIX INC., 6781 RESTER ROAD, THEODORE, AL 36582 | |
| 10924 | SOUTHERN READY MIX INC., 9255 COUNTY FARM RD., LONG BEACH, MS 39560 | |
| 10924 | SOUTHERN READY MIX INC., P.O. BOX 3687, GULFPORT, MS 39505 | |
| 10924 | SOUTHERN READY MIX INC., RUFFNER RD., IRONDALE, AL 35210 | |
| 10924 | SOUTHERN READY MIX, 1500 VETERANS DRIVE, FLORENCE, AL 35631 | |
| 10924 | SOUTHERN READY MIX, 30TH & WILLMER, ANNISTON, AL 36201 | |
| 10924 | SOUTHERN READY MIX, 4200 COLONNADE BLVD, BIRMINGHAM, AL 35243 | |
| 10924 | SOUTHERN READY MIX, 4200 COLONNADE PARKWAY, BIRMINGHAM, AL 35243 | |
| 10924 | SOUTHERN READY MIX, 4200 COLONNADE PKY, BIRMINGHAM, AL 35243 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SOUTHERN READY MIX, 905 14TH STREET NORTH, BIRMINGHAM, AL 35208

10924    SOUTHERN READY MIX, INC., ATTN: ANN SMITH, BIRMINGHAM, AL 35243

10924    SOUTHERN READY MIX, INC., HGWY. 280-PLANT #6, BIRMINGHAM, AL 35203

10925    SOUTHERN READY MIX, PO BOX 2849, GULFPORT, MS 39505

10924    SOUTHERN READY MIX, SELFIELD INDUSTRIAL PARK, SELMA, AL 36701

10924    SOUTHERN READY MIXED CONC., 1506 VETERANS DRIVE, FLORENCE, AL 35630

10924    SOUTHERN READY MIXED CONC., 3001 OLD WILMER STREET, ANNISTON, AL 36201

10924    SOUTHERN REDI MIX CORP, P O BOX 1141, MARSHFIELD, MA 02050

10924    SOUTHERN REDI MIX CORP, PO BOX 1141, MARSHFIELD, MA 02050

10924    SOUTHERN REDI MIX CORP., CLAY PIT RD, MARSHFIELD, MA 02050

10924    SOUTHERN REGIONAL HEADQUARTERS, U.S. POSTAL SERVICE, MEMPHIS, TN 38119

10924    SOUTHERN REGIONAL MEDICAL CENTER, UPPER RIVERDALE ROAD, JONESBORO, GA 30237

10924    SOUTHERN RESEARCH INCORPORATED, 3584 MERCANTILE AVENUE, NAPLES, FL 33942

10924    SOUTHERN RESERVE ROOF CO, 2360 MELLON CT, DECATUR, GA 30035

10925    SOUTHERN RESERVE ROOFING CO, 2360 MELLON COURT, DECATUR, GA 30035

10924    SOUTHERN ROLL & URETHANE, 4137 LEWISBURG ROAD, BIRMINGHAM, AL 35207

10925    SOUTHERN RUBBER GROUP, INC, 213 KAOLIN RD., AIKEN, SC 29801

10925    SOUTHERN RUBBER PRODUCTS, POBOX 6825, AUGUSTA, GA 30916-6825

10924    SOUTHERN SAFETY SALES, 1719 E. SECOND STREET, AUSTIN, TX 78702

10925    SOUTHERN SANITATION SERVICE, PO BOX 105468, ATLANTA, GA 30348-5468

10925    SOUTHERN SANITATION SERVICE, PO BOX 66963, CHICAGO, IL 60666-0963

10925    SOUTHERN SHEET METAL & ENGINEERING, 822 FOUNTAIN CIRCLE, STOCKBRIDGE, GA 30281

10925    SOUTHERN SHOWS INC, PO BOX 36859, CHARLOTTE, NC 28236

10925    SOUTHERN STATES COOP, PO BOX 26234, RICHMOND, VA 23260

10925    SOUTHERN STATES COOPERATIVE INC, ATTN: CHIEF EXEC OFFICER, 6606 W BROAD ST, RICHMOND, VA 23269

10925    SOUTHERN STATES COOPERATIVE INC, PO BOX 26234, RICHMOND, VA 23260

10925    SOUTHERN STATES COOPERATIVE, 6606 W BROAD ST, RICHMOND, VA 23230

10925    SOUTHERN STATES CORP, 2437 WILSON ROAD, NEWBERRY, SC 29108-0027

10924    SOUTHERN STATES EQUIPMENT CORP.(DIP, 2700 COUNTY ROAD #205 NORTH, HENDERSON, TX 75652

10925    SOUTHERN STATES PACKAGING CO., PO BOX 650, SPARTANBURG, SC 29304

10924    SOUTHERN STEEL & WIRE CO, PO BOX 677, MADISON, NC 27025

10924    SOUTHERN STEEL & WIRE, 4790 N.C. HWY 704, MADISON, NC 27025

10924    SOUTHERN SUPPLY CO INC, PO BOX 157, NITRO, WV 25143

10924    SOUTHERN TENNEESSEE HOSPITAL, 185 HOSPITAL ROAD, WINCHESTER, TN 37398

10924    SOUTHERN TENNESSEE EMERGENCY ROOM, C/O HICO CONCRETE, WINCHESTER, TN 37398

10924    SOUTHERN TENNESSEE EMERGENCY ROOM, C/O HICO CONCRETE,INC., WINCHESTER, TN 37398

10925    SOUTHERN TEXTILE CORP., C/O H. K. PORTER CO. INC., 355 FIFTH AVE, PITTSBURGH, PA 15222

10925    SOUTHERN TEXTILE CORPORATION, 1013 CENTRE RD., WILMINGTON, DE 19805

10924    SOUTHERN TIER CONC PROD, 9011 RT 244, ALFRED, NY 14802

10924    SOUTHERN TIER CONC PROD, P O BOX 516, ALFRED, NY 14802

10924    SOUTHERN TIER CONC PROD, P.O.BOX 516, ALFRED, NY 14802

10924    SOUTHERN TIER CONC PROD, PO BOX 516, ALFRED, NY 14802

10925    SOUTHERN TIRE MART INC, 102 SUMPTER RD I-10 @ HWY 108, SULPHUR, LA 70663

10924    SOUTHERN TOOL INCORPORATED, HIGHWAY 78 WEST, OXFORD, AL 36203

10924    SOUTHERN TOOL INCORPORATED, PO BOX2248, ANNISTON, AL 36202

10924    SOUTHERN UNIV. SPECIAL ED. BLDG., I-10 TO I-110 & FOLLOW SIGNS TO, BATON ROUGE, LA 70800

10924    SOUTHERN VAULT, 5651 SYCAMORE GROVE LN., MEMPHIS, TN 38120

10924    SOUTHERN VAULT, 5651 SYCAMORE GROVE, MEMPHIS, TN 38120

10925    SOUTHERN VINTAGE STRUCTURES INC, POBOX 16, CUMMING, GA 30028

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SOUTHERN WHOLESALE LUMBER CO., 600 SOUTH 1ST ST., FAIRFIELD, IL 62837

10924   SOUTHERN WHOLESALE LUMBER, 600 S FIRST ST, FAIRFIELD, IL 62837

10925   SOUTHERN WI ROOFING CO, 902 WATSON AVE, MADISON, WI 53713

10925   SOUTHERN WINE & SPIRITS, FILE #53895, LOS ANGELES, CA 90074-3895

10924   SOUTHERN WONDER CO., 2764 OLD LEXINGTON ROAD, CAVE CITY, KY 42127

10925   SOUTHERN WOOD PIEDMONT CO., PO BOX 5447, SPARTANBURG, SC 29304

10925   SOUTHERN X-RAY, PO BOX 2656, GREER, SC 29651

10925   SOUTHERN, DONNA, 5 CHARIOT LANE, SIMPSONVILLE, SC 29681

10925   SOUTHERN, GEORGE, 205 S.W. AVE G, ANDREWS, TX 79714

10925   SOUTHERN, JOHN, 1756 HOLIDAY DAM ROAD, BELTON, SC 29627

10925   SOUTHERN, LONNIE, 407 SE 2ND, ANDREWS, TX 79714

10925   SOUTHERN, MARCY, 1744 HOLIDAY DAM RD, BELTON, SC 29627

10925   SOUTHERN, MICKEY, 5 CHARIOT LANE, SIMPSONVILLE, SC 29681

10925   SOUTHERN, WADE, 1744 HOLIDAY DAM RD, BELTON, SC 29627

10925   SOUTHERNET FREIGHT SYSTEMS, POBOX 45081, ATLANTA, GA 30320

10925   SOUTHERS, LETTIE MAE, 410 W. SEVENTH ST, NEW ALBANY, IN 47150

10924   SOUTHFORK ELECTRIC OF PADUCAH, BRANCH OF CAPE ELECTRICE, PADUCAH, KY 42001

10925   SOUTHGATE SELF STORAGE, PO BOX 968, CEDAR RAPIDS, IA 52406

10925   SOUTHGATE, EARLY-RET, ORLY, NY, NY 10097

10925   SOUTHGATE, SIXTY-FIVE, ABC, NY, NY 10025

10924   SOUTHLAKE HOSPITAL, 1095 P JACKLAKES ROAD, CLERMONT, FL 34711

10925   SOUTHLAKE SECURITY SYSTEMS INC, 217 E MAIN ST, GRIFFITH, IN 46319

10924   SOUTHLAND BRICK & BLOCK, 3201 FRANKLIN LIMESTONE RD, ANTIOCH, TN 37013

10924   SOUTHLAND BRICK & BLOCK, 700 ORD WAY, MURFREESBORO, TN 37130

10924   SOUTHLAND BRICK & BLOCK, PO BOX11303, NASHVILLE, TN 37211

10924   SOUTHLAND CONCRETE PROD I, 1001 HARVEST STREET, DURHAM, NC 27704

10924   SOUTHLAND CONCRETE PRODUCTS, 1001 HARVEST STREET, DURHAM, NC 27704

10925   SOUTHLAND CONTROLS INC, PO BOX 11025, KNOXVILLE, TN 37939

10925   SOUTHLAND GEOTECHNICAL, 242 NORTH 8TH ST, EL CENTRO, CA 92243

10924   SOUTHLAND INDUSTRIES, INC., 2601 INDIAN RIVER ROAD, CHESAPEAKE, VA 23325

10924   SOUTHLAND PINE NEEDLES, LLC, 107 RESERVATION ROAD, ABERDEEN, NC 28315

10925   SOUTHLAND PLUMBING SUPPLY INC., 2321 N ARNOULT ROAD, METAIRIE, LA 70001

10924   SOUTHLAND SUPPLY, ATTN:  ACCOUNTS PAYABLE, MURFREESBORO, TN 37130

10925   SOUTHLINE EQUIP. CO., PO BOX 8867, HOUSTON, TX 77249-8867

10925   SOUTHLINE EQUIPMENT CO, 700 WEST CAVALCADE, HOUSTON, TX 77009

10925   SOUTHLINE EQUIPMENT CO, PO BOX 8867, HOUSTON, TX 77249

10924   SOUTHLINE METAL PRODUCTS, 3777 WEST 12TH ST, HOUSTON, TX 77055

10924   SOUTHLINE METAL PRODUCTS, PO BOX19526, HOUSTON, TX 77224

10925   SOUTHLINE METAL, PO BOX 201548, HOUSTON, TX 77216

10924   SOUTHPOINT MERITCARE C/O SIG OLSEN, CONTACT:ROGER 218) 790-1349, 25TH ST & 32ND AVE S., FARGO, ND 58103

10924   SOUTHPORT CENTER, PORTSMOUTH, VA 23700

10924   SOUTHPORT CONCRETE CORP., 3710 SKYVIEW LANE, SOUTHPORT, NC 28461

10925   SOUTHRIDGE FAMILY MEDICINE, 2324 SAN JACINTO BLVD, DENTON, TX 76205

10924   SOUTHRN PROSTHETICS SUPPLY, 2771 KATHERINE WAY, ELK GROVE VILLAGE, IL 60007

10924   SOUTHSIDE BUILDERS SUPPLY, 20 WESTOVER HILLS BLVD, RICHMOND, VA 23225

10924   SOUTHSIDE BUILDERS SUPPLY, 20 WESTOVER HILLS BLVD., RICHMOND, VA 23225

10924   SOUTHSIDE COLLEGE PREP., 250 E. 111TH STREET, CHICAGO, IL 60628

10925   SOUTHSIDE GALLERY, 1001 PINE LOG RD., AIKEN, SC 29803

10924   SOUTHSIDE HOSPITAL, MONTAUK HIGHWAY, BAY SHORE, NY 11706

10925   SOUTHSIDE MACHINE WORKS, INC, PO BOX 6410, LAKE CHARLES, LA 70606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SOUTHSIDE PRECAST PROD IN, P O BOX 395, BUFFALO, NY 14223

10924   SOUTHSIDE PRECAST PRODUCTS, 1951 HAMBURG TPKE, BUFFALO, NY 14218

10924   SOUTHSIDE PRECAST PRODUCTS, P.O. BOX 395, BUFFALO, NY 14223

10924   SOUTHTON RD. JUVENILE DETENTION CTR, C/O BAHL INSULATION, SAN ANTONIO, TX 78223

10925   SOUTHTOWN PAINT & WALLPAPER CO, 3401 W 95TH ST, EVERGREEN PARK, IL 60805

10925   SOUTHTOWN REFRIGERATION CORP., 2533 BERNICE ROAD, LANSING, IL 60438

10925   SOUTHTOWN REFRIGERATION, 8041 SOUTH WESTERN AVE, CHICAGO, IL 60620

10925   SOUTHVIEW MEXICAN LTD. PARTNERSHIP, JAMES H. BIBEN GENL PARTNER, 1510 MIDTOWN TOWER, ROCHESTER, NY 14604

10925   SOUTHWARD, WILLIAM, 4701 KING RANCH RD APT #1514, FORT WORTH, TX 76132

10924   SOUTHWAY SUPPLY CO. INC., PO BOX171, SOMERS, WI 53171

10924   SOUTHWAY SUPPLY COMPANY INC., 7426 - 12TH STREET, SOMERS, WI 53171

10925   SOUTHWAY SYSTEMS, 5110 AVE H, ROSENBERG, TX 77471

10925   SOUTHWELL, JOAN P, 750 ALTA VISTA DR, SIERRA MADRE, CA 91024-1416

10924   SOUTHWEST BUILDING BLOCK, 522 SOUTH MILLER, FARMINGTON, NM 87401

10924   SOUTHWEST BUILDING BLOCKS, 522 S. MILLER AVE., FARMINGTON, NM 87401

10925   SOUTHWEST CATALYSIS SOCIETY, S. STADIUM RD., BATON ROUGE, LA 70803

10924   SOUTHWEST CHEMICAL & PLASTICS, HWY 146 4 MI S. OF LA PORTE, SEABROOK, TX 77586

10924   SOUTHWEST CHEMICAL & PLASTICS, PO BOX 478, SEABROOK, TX 77586

10924   SOUTHWEST CITY READY MIX, HWY 43, SOUTH WEST CITY, MO 64863

10924   SOUTHWEST COATINGS, C/O THOMPSONS BUILDING MATERIALS, SANTA MONICA, CA 90401

10924   SOUTHWEST CONCRETE & PAVI, PO BOX 2278, SILVER CITY, NM 88061

10924   SOUTHWEST CONCRETE & PAVING, 1955 ROSEDALE RD, SILVER CITY, NM 88061

10924   SOUTHWEST CONCRETE & PAVING, 823 W RAILROAD, DEMING, NM 88030

10924   SOUTHWEST CONCRETE & PAVING, P O BOX 2278, SILVER CITY, NM 88062

10924   SOUTHWEST CONCRETE PRODUCT, RT 2 BOX 152 F, ALLEYTON, TX 78935

10924   SOUTHWEST CONCRETE PRODUCTS, 519 SOUTH BENSON AVENUE, ONTARIO, CA 91762

10924   SOUTHWEST CONCRETE PRODUCTS, 7503 S ZARZAMURA, SAN ANTONIO, TX 78224

10924   SOUTHWEST CONCRETE PRODUCTS, CORNER OF I-10 & FM 949, ALLEYTON, TX 78935

10924   SOUTHWEST CONCRETE, 519 SOUTH BENSON AVENUE, ONTARIO, CA 91762

10925   SOUTHWEST CONSTRUCTION MANAGERS INC, 16300 KATY FRWY STE#301, HOUSTON, TX 77094-1609

10925   SOUTHWEST CONTROLS INC, 6251 SCHAEFER AVE UNIT B, CHINO, CA 91710

10925   SOUTHWEST CONTROLS, 4975 E LANDON DR, ANAHEIM, CA 92807-1972

10925   SOUTHWEST DAILY NEWS, PO BOX 1999, SULPHUR, LA 70664-1999

10925   SOUTHWEST DATA TERMINALS, INC, 2510 SOUTHWELL, STE 104, DALLAS, TX 75229-4634

10925   SOUTHWEST ELECTRIC CO, PO BOX 850015, OKLAHOMA CITY, OK 73185-0015

10925   SOUTHWEST ELECTRIC CO., 21 CLEVELAND AVE, NASHVILLE, TN 37210

10925   SOUTHWEST FOREST PRODUCTS, DEPT 0743, LOS ANGELES, CA 90084-0743

10925   SOUTHWEST GAS CORPORATION, PO BOX 52075 MS 42A-491, PHOENIX, AZ 85072-2075

10925   SOUTHWEST GAS CORPORATION, PO BOX 98890, LAS VEGAS, NV 89150-0101

10925   SOUTHWEST GENERAL TIRE, 3605 OSUNA RD NE, ALBUQUERQUE, NM 87109

10925   SOUTHWEST GREASE CO, 19530 S ALAMEDA ST, COMPTON, CA 90221-6204

10925   SOUTHWEST HANDLING, 220 WEST 6TH AVE, MESA, AZ 85210

10924   SOUTHWEST HOSPITAL, 18695 BAGLEY ROAD, MIDDLEBURG HEIGHTS, OH 44130

10925   SOUTHWEST INSPECTION & TESTING, 10826 S. NORWALK BLVD., SANTA FE SPRINGS, CA 90670

10925   SOUTHWEST LA SECTION AICHE, PO BOX 91735, LAKE CHARLES, LA 70609-1735

10925   SOUTHWEST LA. CONSTRUCTION, 5215 ESSEN LN., STE. 6, BATON ROUGE, LA 70809

10925   SOUTHWEST LA. MUTUAL AID ASSN., PO BOX 367, LAKE CHARLES, LA 70602-0367

10925   SOUTHWEST LA. MUTUAL AID ASSOCIATIO, PO BOX 367, LAKE CHARLES, LA 70602-0367

10925   SOUTHWEST LIFT, INC (LAREDO), 4001 NORTH PAN AM EXPRESSWAY, SAN ANTONIO, TX 78219

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SOUTHWEST MARINE INC, FOOT OF SAMPSON ST, SAN DIEGO, CA 92113

10925   SOUTHWEST MARINE INC, PO BOX 13308, SAN DIEGO, CA 92170

10924   SOUTHWEST MARINE, FOOT OF SAMSON ST, SAN DIEGO, CA 92113

10924   SOUTHWEST MASONRY PROD IN, P.O.DRAWER 1410, ANTHONY, NM 88021

10924   SOUTHWEST MASONRY PRODUCTS, 1946 ANTHONY DRIVE, ANTHONY, NM 88021

10924   SOUTHWEST MASONRY PRODUCTS, P.O. DRAWER 1410, ANTHONY, NM 88021

10925   SOUTHWEST MATERIAL HANDLING, 220 WEST 6TH AVE, MESA, AZ 85210

10925   SOUTHWEST METAL FINISHING INC, JACK STRUNSEE, 2790 S 167TH ST, NEW BERLIN, WI 53151

10925   SOUTHWEST METAL FINISHING INC, TOMLINSON GILLMAN & RIKKERS SC FRED, 315 WI AVE PO BOX 2075, MADISON, WI 53701-2075

10924   SOUTHWEST MIDDLE SCHOOL, GENESEE ST & BRONSON ST, ROCHESTER, NY 14601

10925   SOUTHWEST MOBILE STORAGE INC, 3215 SOUTH 7TH ST SUITE 6, PHOENIX, AZ 85040

10924   SOUTHWEST OILFIELD PRODUCTS,INC., 10340 WALLISVILLE ROAD, HOUSTON, TX 77013

10924   SOUTHWEST OILFIELD PRODUCTS,INC., 10340 WALLISVILLE ROAD, HOUSTON, TX 77229

10925   SOUTHWEST PLUMBING & HEATING CO INC, 4735 BAKERS FERRY ROAD, ATLANTA, GA 30336

10925   SOUTHWEST PLUMBING & HEATING CO,INC, 4735 BAKERS FERRY RD S W, ATLANTA, GA 30336

10925   SOUTHWEST PUMPING SERVICE, POBOX 4114, WHITTIER, CA 90607-4114

10924   SOUTHWEST READY MIX CONCRETE, INC., PO BOX1285, SUMMIT, MS 39666

10924   SOUTHWEST READY MIX INC, 117 WHITE PINE DRIVE, ALAMOSA, CO 81101

10924   SOUTHWEST READY MIX INC, 1982 COUNTY ROAD, CRIPPLE CREEK, CO 80813

10924   SOUTHWEST READY MIX INC., 117 WHITE PINE DRIVE, ALAMOSA, CO 81101

10924   SOUTHWEST READY MIX INC., 6646 KRAMER ROAD, ALAMOSA, CO 81101

10924   SOUTHWEST READY MIX INC., 70 SILICON DRIVE, PUEBLO, CO 81007

10924   SOUTHWEST READY MIX, 1178 OLD BROOKHAVEN RAOD, SUMMIT, MS 39666

10924   SOUTHWEST READY MIX, 1444 KERN ROAD, TAFT, CA 93268

10924   SOUTHWEST READY-MIX, 11638 OLD RIVER ROAD, BAKERSFIELD, CA 93389

10924   SOUTHWEST READY-MIX, 1444 KERN RAOD, TAFT, CA 93268

10924   SOUTHWEST READY-MIX, 1444 KERN STREET, TAFT, CA 93268

10925   SOUTHWEST RESEARCH INSTITUTE, 6220 CULEBRA ROAD, SAN ANTONIO, TX 78228

10924   SOUTHWEST RESEARCH INSTITUTE, 6220 CULEBRA, SAN ANTONIO, TX 78284

10924   SOUTHWEST RESEARCH INSTITUTE, PO BOX 28510, SAN ANTONIO, TX 78284

10925   SOUTHWEST RESEARCH INSTITUTE, PO BOX 841671, DALLAS, TX 75284-1671

10925   SOUTHWEST RUBBER AND SUPPLY CO INC, 4007 SOUTH 20TH ST, PHOENIX, AZ 85040

10925   SOUTHWEST SAVINGS COMMUNITY, 5619 W. 87TH ST, OAK LAWN, IL 60453

10924   SOUTHWEST SEALANTS INC., 1915 S. AUSTIN AVE., GEORGETOWN, TX 78626

10924   SOUTHWEST SEALANTS INC., P.O. BOX 1579, GEORGETOWN, TX 78627

10924   SOUTHWEST SEALANTS INC., PO BOX 1579, GEORGETOWN, TX 78627

10925   SOUTHWEST SOLVENT & CHEMICAL, 11235 FM529, HOUSTON, TX 77041

10925   SOUTHWEST SOLVENTS & CHEMICALS, PO BOX 200804, HOUSTON, TX 77216

10925   SOUTHWEST SPECIAL TESTING, 10826 S NORWALK BLVD, SANTA FE SPRINGS, CA 90670

10925   SOUTHWEST TOWN MECHANICAL SERVICES, DIV. OF REF. CORP., 10450 W. 163RD PLACE, ORLAND PARK, IL 60467-5445

10925   SOUTHWEST TOWN, 10450 W.163RD PLACE, ORLAND PARK, IL 60467

10925   SOUTHWEST TREATMENT SYSTEMS, 4120 BANDINI BLVD, LOS ANGELES, CA 90023

10925   SOUTHWEST TRUCK SALES INC -ELP, 10901 GATEWAY WEST, EL PASO, TX 79935

10925   SOUTHWEST VALVE, INC, 3504 CYPRESS DRIVE, SAINT GABRIEL, LA 70776

10925   SOUTHWEST VERMICULITE CO, 1212 13TH ST, LUBBOCK, TX 79401-3940

10925   SOUTHWEST VERMICULITE CO, 1822 1ST ST NW, ALBUQUERQUE, NM 87102-1577

10924   SOUTHWEST WATER TREATMENT, 32 PLUM STREET, TRENTON, NJ 08638

10925   SOUTHWESTERN BELL MOBILE SYSTEMS IN, POBOX 970003, SAINT LOUIS, MO 63197-0003

10925   SOUTHWESTERN BELL TELECOM, PO BOX 300060, DALLAS, TX 75303-0060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 SOUTHWESTERN BELL TELEPHONE, PO BOX 1550, HOUSTON, TX 77097-0047

10925 SOUTHWESTERN BELL TELEPHONE, PO BOX 4699, HOUSTON, TX 77097-0075

10925 SOUTHWESTERN BELL TELEPHONE, POBOX 650502, DALLAS, TX 75265-0502

10925 SOUTHWESTERN BELL WIRELESS, PO BOX 630069, DALLAS, TX 75263-0069

10925 SOUTHWESTERN BELL YELLOW PAGES, PO BOX 630052, DALLAS, TX 75263-0052

10924 SOUTHWESTERN BELL, 12851 MANCHESTER ROAD, SAINT LOUIS, MO 63131

10925 SOUTHWESTERN BELL, P.O. BOX 3025, HOUSTON, TX 77097-0043

10924 SOUTHWESTERN BELL, P/U @ LONG'S SUPPLY, 234 WEST COMMERCE STREET, DALLAS, TX 75208

10925 SOUTHWESTERN BELL, PO BOX 1550, HOUSTON, TX 77097-0047

10925 SOUTHWESTERN BELL, PO BOX 3025, HOUSTON, TX 77097-0043

10925 SOUTHWESTERN BELL, PO BOX 4460, HOUSTON, TX 77097-0082

10925 SOUTHWESTERN BELL, PO BOX 4706, HOUSTON, TX 77210-4706

10925 SOUTHWESTERN BELL, PO BOX 4844, HOUSTON, TX 77097-0079

10925 SOUTHWESTERN BELL, PO BOX 4844, HOUSTON, TX 77252

10925 SOUTHWESTERN BELL, PO BOX 4845, HOUSTON, TX 77097-0080

10925 SOUTHWESTERN BELL, PO BOX 630047, DALLAS, TX 75263-0047

10925 SOUTHWESTERN BELL, PO BOX 650661, DALLAS, TX 75265-0661

10925 SOUTHWESTERN BELL, PO BOX 930170, DALLAS, TX 75393-0170

10925 SOUTHWESTERN BELL, POBOX 4844, HOUSTON, TX 77097-0079

10925 SOUTHWESTERN BELL, POBOX 630017, DALLAS, TX 75263-0017

10925 SOUTHWESTERN BELL, POBOX 630047, DALLAS, TX 75263-0047

10925 SOUTHWESTERN BELL, POBOX 630059, DALLAS, TX 75263-0059

10925 SOUTHWESTERN BELL, POBOX 940012, DALLAS, TX 75394-0012

10924 SOUTHWESTERN COATINGS, 3765 EAST AVATION HIGHWAY, TUCSON, AZ 85713

10925 SOUTHWESTERN COMMUNITY CREDIT UNION, PO BOX 830742, RICHARDSON, TX 75083-0742

10925 SOUTHWESTERN COMMUNITY CREDIT, PO BOX 210628, DALLAS, TX 75211

10924 SOUTHWESTERN INSULATION, 11255 E. 37TH AVENUE, DENVER, CO 80239

10924 SOUTHWESTERN INSULATION, 202 NORTH 47TH AVENUE, PHOENIX, AZ 85043

10924 SOUTHWESTERN MEDICAL CENTER, C/O SUBLETT AND ASSOCIATES INC, LEE BLVD & MARK EDWARD DRIVE, LAWTON, OK 73505

10924 SOUTHWESTERN PACKG/MFG SALES, 6960 ARDMORE STREET, HOUSTON, TX 77054

10925 SOUTHWESTERN PETROLEUM CORP, PO BOX 961005, FORT WORTH, TX 76161-0005

10924 SOUTHWESTERN PETROLEUM CORP., 3428 DEEN ROAD, FORT WORTH, TX 76106

10924 SOUTHWESTERN PETROLEUM CORP., PO BOX 961005, FORT WORTH, TX 76161

10924 SOUTHWESTERN READY MIX, 31688 HWY 141, NATURITA, CO 81422

10924 SOUTHWESTERN READY MIX, ATTN:  ACCOUNTS PAYABLE, NATURITA, CO 81422

10924 SOUTHWESTERN REDIMIX, ATTN:  ACCOUNTS PAYABLE, NATURITA, CO 81422

10924 SOUTHWESTERN REFINING CO., 1700 NUECES BAY BLVD., CORPUS CHRISTI, TX 78408

10924 SOUTHWESTERN REFINING CO., PO BOX 3367, HOUSTON, TX 77253

10924 SOUTHWESTERN SUN BELT CO, 426 N. 44TH ST SUITE 225, PHOENIX, AZ 85008

10924 SOUTHWESTERN UNIVERSTIY, C/O TOMAN & ASSOCIATES, 1001 SOUTHWEST UNIVERSITY DRIVE, GEORGETOWN, TX 78627

10924 SOUTHWESTERN VETERANS CENTER, 7060 HIGHLAND AVENUE, PITTSBURGH, PA 15201

10924 SOUTHWESTERN VETERANS CENTER, C/O WYATT, INC., PITTSBURGH, PA 15201

10925 SOUTHWESTERN WIRE CLOTH, PO BOX 36508, TULSA, OK 74153-0608

10925 SOUTHWICK, KEVIN, 36 PETER ROAD, MERRIMACK, NH 03054

10925 SOUTHWICK, SANDRA, RTE 2 BOX 216 A, SPRINGTOWN, TX 76082

10925 SOUTHWIRE CO, EDDIE L ADAMS VP,

10924 SOUTHWOODS PRISON, BURLINGTON ROAD, BRIDGETON, NJ 08302

10925 SOUTHWORTH PRODUCTS CORP, PO BOX 3700-53, BOSTON, MA 02241

10925 SOUTHWORTH PRODUCTS CORP., PO BOX 3700-53, BOSTON, MA 02241

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SOUTHWORTH, INC, PO BOX 1380, PORTLAND, ME 04104 | |
| 10925 | SOUTHWORTH, PAUL, 27 HOOKS LANE, EDGEWATER, NJ 07020 | |
| 10925 | SOUZA, BERNARD, 136 WALNUT ST, SOMERVILLE, MA 02145 | |
| 10925 | SOUZA, DAVID, 110 ORCHARD ST, CRANSTON, RI 02910 | |
| 10925 | SOUZA, JOANNE, 1608 RIVER ST, 114, HYDE PARK, MA 02136 | |
| 10925 | SOUZA, JOSEPH, 588 ROBIN CT, APOPKA, FL 32712 | |
| 10925 | SOUZA, MARIANO, 94 KILMER AVE., TAUNTON, MA 02780 | |
| 10925 | SOUZA, PHILIP, 87 CENTER ST, BURLINGTON, MA 01803 | |
| 10925 | SOUZA, SHARON, 557 TOWER ST, FALL RIVER, MA 02721-2453 | |
| 10925 | SOUZA, THOMAS, 62 BRADLEY AV, BROCKTON, MA 02402 | |
| 10924 | SOVEREIGN ADHESIVES, 2301 N. US RT 30, PLAINFIELD, IL 60544 | |
| 10924 | SOVEREIGN CENTER, 8TH AND PENN STREETS, READING, PA 19602 | |
| 10925 | SOVEREIGN CHEMICALS, 341 WHITE POND DR., AKRON, OH 44320 | |
| 10925 | SOVEREIGN CHEMICALS, PO BOX 75144, CLEVELAND, OH 44101-2199 | |
| 10925 | SOVEREIGN TRANSPORTATION INC., 124 WASHINGTON ST, MORRISTOWN, NJ 07960 | |
| 10925 | SOVINSKY, BARBARA, 59 MAYFAIR GARDENS, COMMACK, NY 11725 | |
| 10925 | SOWA, JAMES, 30 THISE CT., LAFAYETTE, IN 47905 | |
| 10925 | SOWARDS, GARY, 7617 TURNBROOK DRIVE, GLEN BURNIE, MD 21061 | |
| 10925 | SOWELL, KAVY, RT. 4, BOX 87-C, SAN AUGUSTINE, TX 75972 | |
| 10925 | SOWELL, WILLIAM, 6680 CHARLOTTE AVE, B5, NASHVILLE, TN 37209 | |
| 10925 | SOWERS JR, RICHARD R, 7102 WEBBWOOD WAY, SAN ANTONIO, TX 78250-3404 | |
| 10925 | SOWERS, DOROTHY, RT 2 BOX 3538, MAYSVILLE, GA 30558 | |
| 10925 | SOWERS, GEORGE, 3004 LOST TREE BLVD, FORT PIERCE, FL 34981 | |
| 10925 | SOWERS, MATTHEW, 4588 ALAMO DRIVE, SAN DIEGO, CA 92115 | |
| 10925 | SOWLE, MARGARET, 127 BRONZE MEDAL, LAFAYETTE, LA 70506 | |
| 10925 | SOYERS, JASON, 782 E BUTLER RD APT 218, MAULDIN, SC 29662 | |
| 10925 | SP SVERIGES PROVNINGS-OCH, BOX 857, BORAS, SE-501 15SWEDEN | *VIA Deutsche Post* |
| 10924 | SPA STEEL PRODUCTS CO, INC., 1 EXCELSIOR AVE., SARATOGA SPRINGS, NY 12866 | |
| 10924 | SPA STEEL PRODUCTS CO., INC., P.O. BOX 832, SARATOGA SPRINGS, NY 12866 | |
| 10924 | SPA STEEL PRODUCTS, 1 EXCELSIOR AVENUE *DO NOT USE*, SARATOGA SPRINGS, NY 12866 | |
| 10924 | SPA STEEL PRODUCTS, 1 EXCELSIOR AVENUE, SARATOGA SPRINGS, NY 12866 | |
| 10924 | SPA STEEL PRODUCTS, PO BOX832, SARATOGA SPRINGS, NY 12866 | |
| 10925 | SPA WAREHOUSE INC, 317 E HWY 50, SUNNYVALE, TX 75182 | |
| 10925 | SPACE MAKER PORTABLE BUILDINGS, 4027 MURFREESBORO RD, ANTIOCH, TN 37013 | |
| 10925 | SPACE MAKER SYSTEMS OF MD, INC A, 3310 CHILDS ST, BALTIMORE, MD 21226 | |
| 10925 | SPACE MAKER SYSTEMS OF MD, INC, 3310 CHILDS ST., BALTIMORE, MD 21226 | |
| 10925 | SPACE MAKER SYSTEMS OF MD, INC, PO BOX 17643, BALTIMORE, MD 21297-1643 | |
| 10925 | SPACE MAKER SYSTEMS OF VA, INC, PO BOX 24388, RICHMOND, VA 23224-0388 | |
| 10925 | SPACE MASTER INTERNATIONAL, INC, PO BOX 1213 - DEPT. 043, NEWARK, NJ 07101-1213 | |
| 10925 | SPACE ORDINANCE SYSTEMS, GEORGE E BECKEY DIR ENV AFF, 150 ALLEN ROAD, LIBERTY CORNER, NJ 07938 | |
| 10925 | SPACE ORDINANCE SYSTEMS, TRANSTECH CORP SCOTT RICHARDSON MAN, 15303 VENTURA BLVD, PO BOX 7047, SALTSBURG, PA 15681 | |
| 10925 | SPACE SYSTEMS/LORAL, 1201 E CHARLESTON RD, MOUNTAIN VIEW, CA 94043 | |
| 10925 | SPACE SYSTEMS/LORAL, 3825 FABIAN WAY, PALO ALTO, CA 94303 | |
| 10925 | SPACE SYSTEMS/LORAL, M/S AC-1, PALO ALTO, CA 94303 | |
| 10925 | SPACE WALK, PO BOX 6031, LAKE CHARLES, LA 70606 | |
| 10925 | SPACEKRAFT, PO BOX 101482, ATLANTA, GA 30392 | |
| 10925 | SPACE-ZAMACHAJ, MELODY, 58 CROSS ST, YARMOUTHPORT, MA 02675 | |
| 10925 | SPADAFORA AND SONS FLORIST INC, 218 PEARL ST, MALDEN, MA 02148-6435 | |
| 10924 | SPAHCO, INC., 69 FRANCIS AVENUE, HARTFORD, CT 06106 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  SPAHCO, INC., PO BOX 8571, EAST HARTFORD, CT 06108

10925  SPAICH BROS RANCHES, PO BOX 363, SARATOGA, CA 95071-0363

10924  SPAIN REHABILITATION, 2678 QUEENSTOWN RD., ALTON, AL 35015

10925  SPAIN, BARBARA, 53 TONYA ST, JACKSON, TN 38305

10925  SPAIN, JANNETTA, 1024 BEAVER RUIN RD, NORCROSS, GA 30093

10924  SPAKE CONCRETE, 1110 N. POST ROAD, SHELBY, NC 28150

10925  SPALDING JR, GEORGE W, CUST FOR GREGORY W SPALDING, UNIF GIFT MIN ACT PA, 7550
POHOPOCO DR, KUNKLETOWN, PA 18058-2631

10924  SPALDING REGIONAL HOSPITAL, 601 SOUTH 8TH STREET, GRIFFIN, GA 30224

10925  SPALDING, ANN, FLUSHIGN, NY 11355

10925  SPALDING, GEORGINA, 2934 19TH ST. DR., GREELEY, CO 80631

10925  SPALDING, JOHN, 112 CARRIAGE PLACE, HENDERSONVILLE, TN 37075

10925  SPALDING, LAURA, 1166 SW INGRASSINA, PT ST LUCIE, FL 34953

10925  SPALDING, STEPHEN, 928 H AVE NW, CEDAR RAPIDS, IA 52405

10925  SPALETTA, MARGARET, 351 HARVEST LANE, SANTA ROSA, CA 95401

10925  SPALT, DAVID, 1323 ROSEWICK AVE, BALTIMORE, MD 21237

10925  SPALT, ERIC, 1709 AMYCLAE DRIVE, BEL AIR, MD 21015

10925  SPALT, JO-ANN, 77 HILLSIDE DRIVE, NORTH HALEDON, NJ 07508

10925  SPALT, MILDRED, 4537 SHAMROCK AVE, BALTIMORE, MD 21206

10925  SPALT, RICHARD, 6817 FAIT AVE, BALTIMORE, MD 21224

10924  SPAN ALASKA CONSOLIDATORS, C/O N. W. FIREPROOFING, KENT, WA 98032

10924  SPANCRETE - GREAT LAKES, 1330 CHICAGO DRIVE, JENISON, MI 49428

10924  SPANCRETE INC, BOX 10508, GREEN BAY, WI 54307

10924  SPANCRETE INC, P O BOX 10508, GREEN BAY, WI 54307

10924  SPANCRETE INC, PO BOX 828, WAUKESHA, WI 53187-0828

10924  SPANCRETE INC, SPANCRETE ROAD, VALDERS, WI 54245

10924  SPANCRETE INDUSTRIES INC PL #1, 800 EAST MAIN STREET, WAUKESHA, WI 53186

10924  SPANCRETE INDUSTRIES INC PL #2, N6 W23034 BLUEMOUND ROAD, WAUKESHA, WI 53186

10924  SPANCRETE INDUSTRIES INC, P O BOX 26428, MILWAUKEE, WI 53226

10924  SPANCRETE INDUSTRIES INC, P O BOX 828, WAUKESHA, WI 53187-0828

10924  SPANCRETE INDUSTRIES, PLANK PRODUCTION (EAST MIXER), WAUKESHA, WI 53186

10924  SPANCRETE INDUSTRIES, PO BOX 828, WAUKESHA, WI 53187-0828

10924  SPANCRETE MIDWEST CO, PO BOX 1360, MAPLE GROVE, MN 55311

10924  SPANCRETE N E INC., 12 MILES SO. OF ALBANY, SOUTH BETHLEHEM, NY 12161

10924  SPANCRETE N.E. INC., 155 STATE ST., MANCHESTER, NY 14504

10924  SPANCRETE N.E.INC., 155 STATE ST, MANCHESTER, NY 14504

10924  SPANCRETE NORTHEAST INC, 239 TREAT RD, AURORA, OH 44202

10924  SPANCRETE NORTHEAST INC., 123 CR 101, SOUTH BETHLEHEM, NY 12161

10924  SPANCRETE NORTHEAST, 123 CR 101, SOUTH BETHLEHEM, NY 12161

10924  SPANCRETE NORTHEAST, INC., 123 CR 101, SOUTH BETHLEHEM, NY 12161

10924  SPANCRETE NORTHEAST, INC., 239 TREAT RD, AURORA, OH 44202

10924  SPANCRETE NORTHEAST, INC., 239 TREAT ROAD, AURORA, OH 44202

10924  SPANCRETE OF CALIFORNIA, 13131 LOS ANGELES STREET, IRWINDALE, CA 91706

10924  SPANCRETE OF ILLINOIS INC, PO BOX828, WAUKESHA, WI 53187-0828

10924  SPANCRETE OF ILLINOIS INC., WAUKESHA, WI 53187-0828

10924  SPANCRETE OF ILLINOIS, 4012 ROUTE 14, CRYSTAL LAKE, IL 60014

10924  SPANCRETE OF ILLINOIS, INC., 4012 ROUTE 14, CRYSTAL LAKE, IL 60014

10924  SPANCRETE, INC., 2448 CENTURY ROAD, GREEN BAY, WI 54307

10924  SPANCRETE/IRWINDALE, 13131 LOS ANGELES STREET, IRWINDALE, CA 91706

10925  SPANG, JOHN, PO BOX 224, PAULINA, IA 51046

10925  SPANGENBERG, DAVID, 61 TIMBERCREEK CT, LAKE JACKSON, TX 77566

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SPANGENBERG, GARY, 5055 SIDNEY ROAD, CINCINNATI, OH 45238

10925   SPANGENBERG, GARY, 5373 CLEVES WARSAW P, CINCINNATI, OH 45238

10925   SPANGENBERG, SHIBLEY & LIBER LLP, 2400 NATIONAL CITY CENTER, 1900 EAST NINTH ST, CLEVELAND, OH 44114

10925   SPANGLE, DEANNA, 105 JONQUIL, INDIANAPOLIS, IN 46227

10924   SPANGLER HALL, NORTH HARVARD ST & GORDON ROAD, CAMBRIDGE, MA 02139

10925   SPANGLER, DANNY, 25043 OCOTILLO AVE, MORENO VALLEY, CA 92388

10925   SPANGLER, FILLMORE, 1504 BENTWOOD, IOWA PARK, TX 76367

10925   SPANGLER, JANICE, 3089 SOUTH 700 EAST, GREENFIELD, IN 46140

10925   SPANGLER, JONI, 38 CEDAR GROVE CT, ST CHARLES, MO 63304

10925   SPANGLER, RANDY, 3728 CLIFFWOOD COURT, ALEXANDRIA, KY 41001

10924   SPANISH COVE LIFE CARE RETIREMENT, C/O SUBLETT & ASSOCIATES, 1401 S. CORNELL, YUKON, OK 73099

10925   SPANISH PUBLISHING SERVICES, 31 MSGR. OBRIEN HWY, CAMBRIDGE, MA 02141

10925   SPANN, DAVID, 1167 PINE GLEN DR., RIVERDALE, GA 30296

10925   SPANN, DAVID, 4214 FLEET LANE, DEER PARK, TX 77536

10925   SPANN, GLORIA, 943 SERRILL AVE, YEADON, PA 19050

10925   SPANN, JESSE, 806 AMBASSADOR ST., CHARLOTTE, NC 28208

10925   SPANN, JOE, 14 DINGLE ST, CHARLESTON, SC 29403

10925   SPANN, LA SHONDA, 13322 LINCOLN ST, BATON ROUGE, LA 70807

10925   SPANN, LOUIS, 110 W AVON RD, AVON, CT 06001

10925   SPANNAUS, JAMES, 433 MYRTLE AVE, EUREKA, CA 95501

10925   SPANNER, KATHLEEN, 1630 HARLAN DRIVE, DANVILLE, CA 94526

10925   SPANO, BLANCHE, 239 E MAIN ST, WATERLOO, NY 13165

10925   SPANO, DAVID, 2399 EDWARDS ROAD, WATERLOO, NY 13165

10925   SPANO, FRANK, 4526 W. FAIRMONT, PHOENIX, AZ 85031

10925   SPANO, LUCY, 18 NARBERTH PLACE, SOUTHAMPTON, NJ 08088

10925   SPAR AEROSPACE PRODUCTS LTD, 21025 TRANS CANADA HWY, STE ANNE DE BELLEVUE, QC   *VIA Deutsche Post*
H9X 3R2CANADA

10925   SPAR AEROSPACE, 115 EMILY ST, CARLETON PLC, ON K7C 4J5CANADA   *VIA Deutsche Post*

10925   SPAR AEROSPACE, 21025 TRANS CANADA, ST ANNE DE BELLEVUE, QC H9X 3R2CANADA   *VIA Deutsche Post*

10925   SPARANO, MELODY, 503 HARRISON AVE, MANVILLE, NJ 08835

10925   SPARE, VIRGINIA, 22 S. HACKER, BRIGHTON, MI 48116

10925   SPARENBERG, TINA, RT. 6 BOX 80, KANKAKEE, IL 60901

10925   SPARGER WADE, CRYSTAL, RT 1 BOX 16, GRANDVIEW, TX 76050

10925   SPARHAWK, DENNOS, 3525 ORMSBY LANE, CARSON CITY, NV 89704

10925   SPARKEYS FIRE PROTECTION,INC, PO BOX 350, GARNER, NC 27529-0350

10925   SPARKLE CLEAN JANITORIAL SERVICE, PO BOX 1355, SORRENTO, FL 32776

10925   SPARKLE WASH, 545 N. PIONEER ROAD, NORTH FOND DU LAC, WI 54935-9746

10925   SPARKLER FILTERS, INC, BOX 18, CONROE, TX 77305

10925   SPARKLER MFG. CO., N. SECOND ST., CONROE, TX 77301

10925   SPARKLES ENTERTAINMENT, 15055 WOODDUCK LANE, LOCKPORT, IL 60441

10925   SPARKLETTS, PO BOX 7126, PASADENA, CA 91109-7126

10925   SPARKLETTS, POBOX 7126, PASADENA, CA 91109-7126

10925   SPARKLIN, MYRA, 4180 CRISP CANYON, SHERMAN OAKS, CA 91403

10925   SPARKLING CLEAR INDUSTRIES, 3502 EAST T.C. JESTER, HOUSTON, TX 77018

10925   SPARKLING CLEAR INDUSTRIES, 3502 EAST TC JESTER, HOUSTON, TX 77018

10925   SPARKLING SPRING WATER CO, 565 LAKEVIEW PKWY, VERNON HILLS, IL 60061-1843

10925   SPARKMAN & DAVISON, LLP, PO BOX 99, WICHITA FALLS, TX 76307-0099

10924   SPARKMAN CENTER ADDITION, HUNTSVILLE, AL 35800

10924   SPARKMAN HIGH SCHOOL, 2600 JEFF ROAD, HUNTSVILLE, AL 35805

10925   SPARKMAN, CAROL, RT 5, BOX 295B, BYHALIA, MS 38611

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SPARKS BELTING CO., PO BOX 2647, GRAND RAPIDS, MI 49501-2647

10925    SPARKS BELTING COMPANY, 17100 S. WALLACE, PO BOX 322, SOUTH HOLLAND, IL 60473

10925    SPARKS IV, EARL, 27805 ORCHARD DR, WAUCONDA, IL 60084

10925    SPARKS JR, JOHN, 1722 CORDOVA DRIVE, MESQUITE, TX 75150-1386

10925    SPARKS JR., LOUIS, 1647 ASHBY AVE, BERKLEY, CA 94703

10924    SPARKS READY MIX INCORP, 3926 ROBERTS DR, ASHLAND, KY 41101

10925    SPARKS, ANTHONY, 3627 CROFT PLACE NW, ATLANTA, GA 30331

10925    SPARKS, DALE, 514 W PARK AVE, AURORA, IL 60510

10925    SPARKS, DOUGLAS, 1257 WATERSIDE LANE, BRIGHTON, MI 48116

10925    SPARKS, EARL, 121 FALCON LANE, WILMINGTON, DE 19808

10925    SPARKS, EDDIE, 6859 FIELDER RD., REX, GA 30273

10925    SPARKS, GARY, 306 LADBROKE RD, GREENVILLE, SC 29615-2829

10925    SPARKS, GAYLON, 1449 N NORMAN, MOORE, OK 73160

10925    SPARKS, GINA, 396 W VALLEY DR, KINGSPORT, TN 37664

10925    SPARKS, JAMES, 1909 1/2 BEDFORD, BAKERSFIELD, CA 93308

10925    SPARKS, JAMES, 6706 MORNINGSIDE DRIVE, SUGAR LAND, TX 77479

10925    SPARKS, JANET, 801 S.E. 36TH, OKLAHOMA CITY, OK 73129

10925    SPARKS, R, 4334 E 69TH STDRIVE, TULSA, OK 74136

10925    SPARKS, RENIA, 6859 FIELDER RD., REX, GA 30273

10925    SPARKS, SANDRA, 507 CEDAR CIRCLE, SPENCERPORT, NY 14559

10925    SPARKS, STEVE, 5133 LAKEFRONT, WICHITA FALLS, TX 76310

10925    SPARKS, SUSAN, 1418 GRANT, AKRON, OH 44301

10925    SPARKS, SUSAN, 27805 N ORCHARD DRIVE, WAUCONDA, IL 60084

10925    SPARKS, TANYA, 9 GARRITY RF, BURLINGTON, MA 01803

10925    SPARKS, WAYNE, 306 GRANDVIEW DR, ROUND LAKE PARK, IL 60073-3128

10925    SPARKS, WILLIAM J A, 9873 LAWRENCE RD APT L-208, BOYNTON BEACH, FL 33436

10925    SPARKS, WILLIAM J., 1370 CLARK ST, MERRICK, NY 11566

10925    SPARLING INSTRUMENTS INC., FILE 55577, LOS ANGELES, CA 90074-5577

10925    SPARLING, SHAWN, 641 GLENWOOD DR., AIKEN, SC 29803

10925    SPAROZIC, JOHN, RD 2 BOX 488 SAW MILL ROAD, RED HOOK, NY 12571

10925    SPARR, TERRY, RD 1 BOX 203, LAKEVILLE, OH 44638

10924    SPARROW HOSPITAL C/O WM REICHENBACH, 1215 E. MICHIGAN AVE., LANSING, MI 48910

10924    SPARROW HOSPITAL, C/O WILLIAM REICHENBACH, LANSING, MI 48910

10925    SPARROW, PETER, 22601 ENNISHORE ST, NOVI, MI 48375

10925    SPARROW, THOMAS, 6125 WATERMAN LANE, LAKELAND, FL 33803

10924    SPARTA READY MIX, 804 INDUSTRIAL DR, SPARTA, IL 62286

10924    SPARTA READY MIX, 804 INDUSTRIAL DRIVE, SPARTA, IL 62286

10925    SPARTAN AIR PURIFICATION, INC, 374 N. COOPER RD., BLDG. E-14, BERLIN, NJ 08009

10925    SPARTAN AUTOMOTIVE WOODRUFF, POBOX 5069, SPARTANBURG, SC 29304-5069

10924    SPARTAN BUILDING SUPPLY, 21540 SCHOENHERR, WARREN, MI 48089

10925    SPARTAN CALIFORNIA MUNICIPAL MONEY, 901 CORPORATE CTR DR #204, MONTEREY PARK, CA 91754

10925    SPARTAN CALIFORNIA MUNICIPAL MONEY, ACCT#0354161689, 901 CORPORATE CTR DR #204, MONTEREY PARK, CA 91754

10924    SPARTAN CONSTRUCTION, OREGON RD.JUST SOUTH OF WALES RD., TOLEDO, OH 43601

10925    SPARTAN EXP %VIKING FRT, PO BOX 649001, SAN JOSE, CA 95164-9001

10925    SPARTAN FILTERING SYSTEMS, IBC, 727 BRYANT ROAD, SPARTANBURG, SC 29303

10925    SPARTAN MILLS, JOHN OWENBY ENV ENGR, PO BOX 1658, SPARTANBURG, SC 29304

10925    SPARTANBURG ANIMAL SHELTR, 155 WILLIAMS ST, SPARTANBURG, SC 29301

10925    SPARTANBURG COCA-COLA BOTTLING CO., PO BOX 1012, SPARTANBURG, SC 29304

10925    SPARTANBURG COUNTY TRAFFIC COURT, 180 MAGNOLIA ST, SPARTANBURG, SC 29301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SPARTANBURG CRANKSHAFT INC, 7125 VALLEY FALLS ROAD, SPARTANBURG, SC 29303

10924   SPARTANBURG HIGH SCHOOL, 500 DUPRE DRIVE, SPARTANBURG, SC 29307

10924   SPARTANBURG HOSPITAL, 161 AIMEE ST., SPARTANBURG, SC 29303

10925   SPARTANBURG RADIOLOGICAL ASSOC, PO BOX 60100, CHAS, SC 29419-0100

10925   SPARTANBURG REGIONAL HEALTH CARE, POBOX 651602, CHARLOTTE, NC 28265-1602

10925   SPARTANBURG REGIONAL MEDICAL CENTER, ATTN: LORAIN COOKE, 1001 N PINE ST, SPARTANBURG, SC 29303-3153

10924   SPARTANBURG REGIONAL MEDICAL, 101 WOOD STREET, SPARTANBURG, SC 29305

10925   SPARTANBURG STEEL PRODUCTS, BOX 6428, SPARTANBURG, SC 29304

10925   SPARTANBURG STEEL PRODUCTS, TODD M MUSHEFF, BROUSE MCDOWELL, 500 FIRST NATIONAL TOWER, AKRON, OH 44308-1471

10925   SPARTANBURG TECHNICAL COLLEGE, PO BOX 4386, SPARTANBURG, SC 29305

10924   SPARTECH POLYCOM INC., 90 WEST CHESTER STREET, WASHINGTON, PA 15301

10924   SPARTECH POLYCOM INC., PLANT # 1, 55 S. WASHINGTON STREET, DONORA, PA 15033

10925   SPARTECH, 2020 GREENWOOD, EVANSTON, IL 60201

10925   SPARTON CORP, 30167 POWERLINE ROAD, BROOKSVILLE, FL 34602

10925   SPARTON CORP, FLORIDA INC, DE LEON SPRINGS, FL 32130

10925   SPARTON ELECTRONICS, 5612 JOHNSON LAKE ROAD, DE LEON SPRINGS, FL 32130

10925   SPARWASSER II, GEORGE, 7516 BRIGHTSIDE AVE, BALTIMORE, MD 21237

10925   SPATCO, PO BOX 751112, CHARLOTTE, NC 28275-1112

10925   SPATES, ALICIA, 4318 LEYLAND CT., PEARLAND, TX 77584

10925   SPATOIA, DAVID, 32 RANDOLPH DR, TEWKSBURY, MA 01720

10925   SPATOLA, LORI, 4319 DREXEL AVE, MADISON, WI 53716

10925   SPATZ, NANCY, BOX 104 VALLEY VW PRK, READING, PA 19605-1228

10925   SPAULDING & SLYE CONSTRUCTION LTD, 255 STATE ST, BOSTON, MA 02109

10925   SPAULDING & SLYE, 125 CAMBRIDGE PARK DRIVE, CAMBRIDGE, MA 02140

10925   SPAULDING & SLYE, 125 SUMMER ST 13TH FL, BOSTON, MA 02110

10925   SPAULDING & SLYE, 255 STATE ST, BOSTON, MA 02109

10924   SPAULDING & SLYE, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   SPAULDING & SLYE, ATTN:MICHELLE MAGLIOZZI, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   SPAULDING AND SLYE/HAYDEN WOODS LLC, PO BOX 6464, BOSTON, MA 02212-6464

10925   SPAULDING COMPANY INC, PO BOX 489, RANDOLPH, MA 02368

10925   SPAULDING, BRENDA, 3633 LONE WOLF TRAIL, ST AUGUSTINE, FL 32086

10925   SPAULDING, JACK, 5287 W. 1000 S., MILROY, IN 46156

10925   SPAULDING, MARK, 1010 DANCING HORSE DRIVE, COLORADO SPRINGS, CO 80919

10925   SPAULDING, MARY, 3 MELODIE LN, BARRINGTON, NH 03825-3633

10925   SPAVENTA, LISA, 29 DORA ST, HARRINGTON PARK, NJ 07640

10924   SPAWGLASS, BAHL INSULATION, 1501 CONGRESS AVE, AUSTIN, TX 78701

10925   SPAZIANO, CARMINE, 224 BYRON BLVD, WARWICK, RI 02888

10925   SPB AND ASSOCIATES, PO BOX 580, LAURENS, SC 29360

10924   SPCA, PHILADELPHIA, PA 19092

10925   SPCS INC, BOX 220, DENVER, CO 80201-0220

10925   SPE 49TH ANTEC, PO BOX 403, BROOKFIELD, CT 06804-0403

10925   SPE SOUTH TEXAS SECTION, ATTN: LIESL MASSEY, 16010 LIGH CANYON DR, FRIENDSWOOD, TX 77546

10925   SPE SOUTH TEXAS, 777 N. ELDRIDGE PKWY., STE 300, HOUSTON, TX 77079

10925   SPEALMAN, DANIEL, 25 BROAD ST, EPHRATA, PA 17522

10925   SPEAR, LOUIS, 78 MIDDLE RD, CUMBERLAND FORESIDE, ME 04110

10925   SPEARMAN, F, 4 SUMMIT CIRCLE, SEARCY, AR 72143-4913

10925   SPEARMAN, HUGH, 111 ISELIN ST., SIMPSONVILLE, SC 29681

10925   SPEARMAN, JACK, 225 SAM BROWN ROAD, SENECA, SC 29678

10925   SPEARMAN, KENNETH, 120 ISADORE DRIVE, PIEDMONT, SC 29673

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SPEARMAN, RANDY, 289 CARR ROAD, PIEDMONT, SC 29673 | |
| 10925 | SPEARMAN, SANDY, 14 JACKSON ST, LIBERTY, SC 29657 | |
| 10925 | SPEARMAN, TERRANCE, RT2 BOX826, APPLING, GA 30802 | |
| 10925 | SPEARMAN, TYRONE, RT2, BOX 824, APPLING, GA 30802 | |
| 10925 | SPEARMAN, VICTOR, 12324 LANDSDOWNE, HOUSTON, TX 77035 | |
| 10925 | SPEARS ASSOCIATES, 249 VANDERBILT AVE, NORWOOD, MA 02062 | |
| 10925 | SPEARS, BRENDA, 3284 HWY 138 SW, CONYERS, GA 30208 | |
| 10925 | SPEARS, CAROLYN, 809 KIMBROUGH, SHREVEPORT, LA 71104 | |
| 10925 | SPEARS, CORINE, PO BOX 236, NORWOOD, LA 70761 | |
| 10925 | SPEARS, DEBRA, PO BOX 174, HOPKINS PARK, IL 60944 | |
| 10925 | SPEARS, MICHAEL, 42568 PICO RD., FRANKLINTON, LA 70438 | |
| 10925 | SPEARS, PETER, 11 HEARTHSTONE PLACE, ANDOVER, MA 01810 | |
| 10925 | SPEC EDIT INC, 15 JERICHO PATH, FALMOUTH, MA 02540-3613 | |
| 10925 | SPEC FAB CO, INC, PO BOX 7780-5026, PHILADELPHIA, PA 19182-5026 | |
| 10924 | SPEC INDUSTRIES, 90801 HWY 99N, EUGENE, OR 97402 | |
| 10924 | SPEC INDUSTRIES, ATTN:  ACCOUNTS PAYABLE, EUGENE, OR 97404 | |
| 10924 | SPEC PLUS INC, 9472 NATIONAL RD SW, PATASKALA, OH 43062 | |
| 10924 | SPEC ROOFING CONT SUPPLY, 10305 GARDNER RD, DALLAS, TX 75220 | |
| 10925 | SPEC/ATS INC., 55 ALPHA DRIVE WEST, PITTSBURGH, PA 15238 | |
| 10925 | SPECA-HOLLERAN, ADELE, 7111 MARTELL AVE, BALTIMORE, MD 21222 | |
| 10925 | SPEC-FAB CO, INC, PO BOX 153, RIVERTON, NJ 08077 | |
| 10925 | SPECH, STEPHEN, 212 ROTHERMEL BLVD, READING, PA 19605 | |
| 10925 | SPECIAL COUNSEL INFORMATION MANAGEM, 1800 K ST , NW, WASHINGTON, DC 20000 | |
| 10925 | SPECIAL LIBRARIES ASSOC, 10002 PRINCESS PALM AVE, TAMPA, FL 33619 | |
| 10925 | SPECIAL LIBRARIES ASSOC, 1700 18TH ST NW, WASHINGTON, DC 20009-2508 | |
| 10925 | SPECIAL LIBRARIES ASSOC., PO BOX 75338, BALTIMORE, MD 21275 | |
| 10925 | SPECIAL LIBRARIES ASSOCIATION, 1700 18TH ST NW, WASHINGTON, DC 20009 | |
| 10925 | SPECIAL NOVAK ACCOUNT, 997 LENOX DR BLDG 3, LAWRENCEVILLE, NJ 08648 | |
| 10925 | SPECIAL OCCASION RENTALS, 395 OAKLAND ST, MANSFIELD, MA 02048 | |
| 10925 | SPECIAL OLYMPICS GEORGIA, PO BOX 501177, ATLANTA, GA 31150-1177 | |
| 10925 | SPECIAL OLYMPICS ILLINOIS, 605 EAST WILLOW ST, NORMAL, IL 61761-2682 | |
| 10925 | SPECIAL OLYMPICS MASSACHUSETTS, POBOX 303, HATHORNE, MA 01937-0303 | |
| 10925 | SPECIAL OLYMPICS SOUTH CAROLINA, POBOX 907, COLUMBIA, SC 29202-0907 | |
| 10925 | SPECIAL OLYMPICS TEXAS, PO BOX 131567, HOUSTON, TX 77219-1567 | |
| 10925 | SPECIAL OLYMPICS, 3772 PLEASANT DALE ROAD, ATLANTA, GA 30340 | |
| 10925 | SPECIAL OLYMPICS, PO BOX 189, HAMMOND, LA 70404-0189 | |
| 10925 | SPECIAL OLYMPICS, PO BOX 1930, BOWIE, MD 20717-1930 | |
| 10925 | SPECIAL PLASTIC SYSTEMS INC, 914 WESTMINSTER AVE, ALHAMBRA, CA 91803 | |
| 10925 | SPECIAL PLASTICS SYSTEMS, 914 WESTMINSTER AVE., ALHAMBRA, CA 91803 | |
| 10925 | SPECIAL SERVICES, 130 LAW LIBRARY, IOWA CITY, IA 52242-1166 | |
| 10925 | SPECIAL SVC FREIGHT, P.O. BOX38630, CHARLOTTE, NC 28278-1011 | |
| 10925 | SPECIAL TIMER CORP., PO BOX 1000, COKATO, MN 55321 | |
| 10924 | SPECIALITY CHEMICAL PRODUCTS, 1407 PENNSYLANIA AVE, SOUTH HOUSTON, TX 77587 | |
| 10924 | SPECIALITY COATINGS, 1007 DORSET STREET, SOUTH BURLINGTON, VT 05403 | |
| 10925 | SPECIALITY INSTALLATION AND, PO BOX 1674, ALIEF, TX 77411-1674 | |
| 10924 | SPECIALITY PRODUCTS INC, P.O. BOX  51532, TOA BAJA, PR 00950-1532PUERTO RICO | *VIA Deutsche Post* |
| 10924 | SPECIALITY PRODUCTS INC, PALMAS INDUSTRIAL DEV., CATANO, PR 962PUERTO RICO | *VIA Deutsche Post* |
| 10924 | SPECIALITY SPRAY, 105 RIVER ROAD, MCKEES ROCKS, PA 15136 | |
| 10924 | SPECIALITY SPRAY, UNIVERSITY OF PITTSBURGH, PITTSBURGH, PA 15217 | |
| 10924 | SPECIALIZED BUILDING SERVICES, INC., 4515 S. MC CLINTOCK, STE 113, TEMPE, AZ 85282 | |
| 10925 | SPECIALIZED CLEANING SYSTEMS, 4375 NEWCASTLE CIRCLE, LITHONIA, GA 30038 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SPECIALIZED DATA SYSTEMS, NORTH 129 MADELIA, SPOKANE, WA 99202-3064 | |
| 10925 | SPECIALIZED INDUSTRIAL MAINT., SIM, INC., 39394-A BABIN RD., GONZALES, LA 70737 | |
| 10925 | SPECIALIZED PATENT SERVICES, 2001 JEFFERSON DAVIS HWY, ARLINGTON, VA 22202 | |
| 10925 | SPECIALIZED PUMP CO INC, PO BOX 3805, HOLLYWOOD, FL 33083 | |
| 10925 | SPECIALIZED ROOFING CO INC, 25 REPUBLIC ROAD, BILLERICA, MA 01821 | |
| 10925 | SPECIALIZED ROOFING CO, INC, 25 REPUBLIC ROAD, NORTH BILLERICA, MA 01862 | |
| 10925 | SPECIALIZED ROOFING CO, INC, 25 REPUBLIC ROAD, BILLERICA, MA 01821 | |
| 10925 | SPECIALIZED ROOFING CO, INC, 25 REPUBLIC ROAD, NORTH BILLERICA, MA 01862 | |
| 10925 | SPECIALIZED TECH RESEARCH, INC, 10 WATER ST., ENFIELD, CT 06082 | |
| 10925 | SPECIALIZED TECHNICAL SERVICES, 3276 PINEY ROAD, MORGANTON, NC 28655 | |
| 10924 | SPECIALIZED TECHNICAL SERVICES, PO BOX 2457, MORGANTON, NC 28680 | |
| 10925 | SPECIALIZED TECHNOLOGY RESEARCH, IN, 10 WATER ST, ENFIELD, CT 06082 | |
| 10925 | SPECIALIZED WASTE SYSTEMS INC., 1273 SHEFFIELD, HOUSTON, TX 77015 | |
| 10924 | SPECIALTIES INC, PO BOX 11377, COLUMBIA, SC 29211 | |
| 10924 | SPECIALTIES INC., 4311 DORCHESTER ROAD, CHARLESTON, SC 29415 | |
| 10924 | SPECIALTIES INC., 651 ROSEWOOD DRIVE, COLUMBIA, SC 29201 | |
| 10924 | SPECIALTIES INC., P.O. BOX 11377, COLUMBIA, SC 29211 | |
| 10925 | SPECIALTIES USA, INC, 11315 BUSINESS PARK BLVD, JACKSONVILLE, FL 32256-2728 | |
| 10925 | SPECIALTY ASSEMBLY, 1268 N. LAKEVIEW AVE., ANAHEIM, CA 92807 | |
| 10925 | SPECIALTY ASSOCIATES, 1122 WEST ROGERS ST, MILWAUKEE, WI 53227 | |
| 10925 | SPECIALTY BOOKS, 5833 INDUSTRIAL DR, ATHENS, OH 45701 | |
| 10925 | SPECIALTY BRACKET CO., 9440 SUTTON PLACE, HAMILTON, OH 45011-9791 | |
| 10925 | SPECIALTY BRACKET CO., PO BOX 817, WEST CHESTER, OH 45071 | |
| 10924 | SPECIALTY BUILDING PRODUCTS, 101 E. BENSON RD., SIOUX FALLS, SD 57118 | |
| 10924 | SPECIALTY BUILDING PRODUCTS, 2726 SUMMER ST NE, MINNEAPOLIS, MN 55413 | |
| 10924 | SPECIALTY BUILDING PRODUCTS, 2726 SUMMER STREET NE, MINNEAPOLIS, MN 55413 | |
| 10925 | SPECIALTY CHEMICAL CO LLC, 1037 SOLUTIONS CENTER, CHICAGO, IL 60677-1000 | |
| 10925 | SPECIALTY CHEMICAL CO. LLC, 2018 KING EDWARD AVE, CLEVELAND, IL 37311 | |
| 10925 | SPECIALTY CLEANING LLC, 2260 - A ROCKY RIDGE ROAD, BIRMINGHAM, AL 35216 | |
| 10925 | SPECIALTY COATING SYSTEMS INC, 7645 WOODLAND DR, INDIANAPOLIS, IN 46278-2707 | |
| 10924 | SPECIALTY COATINGS COMPANY, 2500 DELTA LANE, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | SPECIALTY COATINGS COMPANY, 2526 DELTA LANE, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | SPECIALTY COATINGS, 20 SAN REMO DRIVE, SOUTH BURLINGTON, VT 05401 | |
| 10924 | SPECIALTY COATINGS, 20 SAN REMO, SOUTH BURLINGTON, VT 05403 | |
| 10924 | SPECIALTY COATINGS, 9 BAYCREST RD, SOUTH BURLINGTON, VT 05403 | |
| 10924 | SPECIALTY CONCRETE, 144 DISHMAN LANE, BOWLING GREEN, KY 42101 | |
| 10924 | SPECIALTY CONST/SPOKANE INT'L, EMERGENCY GENERATOR BUILDING, WEST 9000 AIRPORT DR., SPOKANE, WA 99210 | |
| 10924 | SPECIALTY CONSTRUCTION SYSTEMS, 1420 E. THIRD AVE., POST FALLS, ID 83854 | |
| 10924 | SPECIALTY CONSTRUCTION, 171 ARMOR DR N.E., JENKINSBURG, GA 30234 | |
| 10924 | SPECIALTY CONTRACTORS, 700 KENNEDY BLVD, SOMERDALE, NJ 08083 | |
| 10925 | SPECIALTY EQUIPMENT CONVEYOR COMPAN, 1221 ADKINS, HOUSTON, TX 77055 | |
| 10925 | SPECIALTY EQUIPMENT DESIGN, INC, 204 MORGAN DRIVE, HAVERHILL, MA 01832 | |
| 10925 | SPECIALTY EQUIPMENT, 1221 ADKINS, HOUSTON, TX 77055 | |
| 10925 | SPECIALTY EXPRESS INC., 2314 MAGNOLIA COURT, COLUMBIA, MO 65202 | |
| 10925 | SPECIALTY EXTRUSION INC, 10 JAMIE LANE, PHOENIXVILLE, PA 19460 | |
| 10924 | SPECIALTY FINISHES COMPANY, 15310 ARROW BLVD., FONTANA, CA 92335 | |
| 10925 | SPECIALTY FIRE & SAFETY, INC, 6908 B LEE HWY., CHATTANOOGA, TN 37421 | |
| 10925 | SPECIALTY FOUNDRY PRODUCTS INC, 4520 GLENMEADE LANE, AUBURN HILLS, MI 48326 | |
| 10924 | SPECIALTY GASKETS INC., 996 RANGEVIEW ROAD, MISSISSAUGA, ONTARIO, ON L5E 1H3TORONTO | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SPECIALTY GASKETS, INC., 996 RANGEVIEW ROAD, MISSISSAUGA, ON L5E 1H3TORONTO | *VIA Deutsche Post* |
| 10924 | SPECIALTY GLASS, 555 E. HOLLYWOOD, HIGHLAND PARK, MI 48203 | |
| 10924 | SPECIALTY INGREDIENTS & PERFUME CO., 260 RYAN STREET, SOUTH PLAINFIELD, NJ 07080 | |
| 10924 | SPECIALTY INK CO. INC., 20 DUNTON AVENUE, DEER PARK, NY 11729 | |
| 10924 | SPECIALTY INK CO. INC., PO BOX 778, DEER PARK, NY 11729 | |
| 10925 | SPECIALTY MAINTENANCE PRODUCTS, LLC, PO BOX 1067, CHATTANOOGA, TN 37401-1067 | |
| 10925 | SPECIALTY MINERALS INC, 4010 WATSON PLAZA DR, LAKEWOOD, CA 90712 | |
| 10925 | SPECIALTY MINERALS INC, POBOX 951446, DALLAS, TX 75395-1446 | |
| 10925 | SPECIALTY MINERALS, INC, PO BOX 951446, DALLAS, TX 75395-1446 | |
| 10924 | SPECIALTY PACKAGING PRODUCTS, 833 SOUTH 60TH STREET, WAUSAU, WI 54401 | |
| 10925 | SPECIALTY PAPERBOARD INC., BRUDIES ROAD, PO BOX 498, BRATTLEBORO, VT 05302 | |
| 10924 | SPECIALTY PRODUCTS & INS. (OK), 3715 S 73RD. AVE., TULSA, OK 74145 | |
| 10924 | SPECIALTY PRODUCTS & INSUL.CO, 1097 COMMERCIAL AVE, EAST PETERSBURG, PA 17520-0576 | |
| 10924 | SPECIALTY PRODUCTS & INSULATION CO, 724 SOUTH CAMERON STREET, HARRISBURG, PA 17104 | |
| 10925 | SPECIALTY PRODUCTS & SERVICES CO., 117 CAROLINA WAY, FOUNTAIN INN, SC 29644 | |
| 10924 | SPECIALTY PRODUCTS AND INSULATORS, WOMACK MEDICAL CENTER ATTN:ASTAR, 2817 REILLY RD BLDG#4, FORT BRAGG, NC 28310 | |
| 10924 | SPECIALTY PRODUCTS INCORPORATED, 216 OLD DAIRY RD., WILMINGTON, NC 28405 | |
| 10924 | SPECIALTY PRODUCTS, 6048 STATE ROUTE 34, WINFIELD, WV 25213 | |
| 10924 | SPECIALTY PRODUCTS, 628 HENRY STREET, ELIZABETH, NJ 07201 | |
| 10924 | SPECIALTY PRODUCTS, INC - WAREHOUSE, 265 HARRISBURG AVENUE, LANCASTER, PA 17603 | |
| 10924 | SPECIALTY PRODUCTS, P.O. BOX 10538, WILMINGTON, NC 28411 | |
| 10924 | SPECIALTY PRODUCTS-WINFIELD, 6048 STATE ROUTE 34, WINFIELD, WV 25213 | |
| 10925 | SPECIALTY SAND COMPANY INC, 7500 SAN FELIPE - SUITE 1001, HOUSTON, TX 77227 | |
| 10925 | SPECIALTY SAND COMPANY INC, PO BOX 27744, HOUSTON, TX 77227-7744 | |
| 10924 | SPECIALTY SEALANTS, 35536 MOUND ROAD, STERLING HEIGHTS, MI 48310 | |
| 10924 | SPECIALTY SPRAY, 105 RIVER AVE, MCKEES ROCKS, PA 15136 | |
| 10924 | SPECIALTY SPRAY, 105 RIVER ROAD, MCKEES ROCKS, PA 15136 | |
| 10924 | SPECIALTY SPRAY, CAMBRIDGE, MA 02140 | |
| 10924 | SPECIALTY SYSTEMS OF IN., 308 SO STATE AVE, INDIANAPOLIS, IN 46201 | |
| 10924 | SPECIALTY SYSTEMS, 308 SOUTH STATE AVENUE, INDIANAPOLIS, IN 46201 | |
| 10924 | SPECIALTY SYSTEMS, INC., CAMBRIDGE, MA 02140 | |
| 10925 | SPECIALTY TECHNICAL PUBLISHERS INC., SUITE 306-267 WEST ESPLANDE, NORTH VANCOUVER B.C., BC V7M 1A5CANADA | *VIA Deutsche Post* |
| 10925 | SPECIALTY TECHNICAL PUBLISHERS, INC, 267 WEST ESPLANADE #306, NORTH VANCOUVER, BC V7M 1A5CANADA | *VIA Deutsche Post* |
| 10925 | SPECIALTY TRAINING, 4300 BAY AREA BLVD, HOUSTON, TX 77058 | |
| 10925 | SPECIAN, CHERYL, 480 VANDERVEER RD, BRIDGEWATER, NJ 08807 | |
| 10925 | SPECIAN, MARGARET, 141 SOUTH 7TH AVE BX552, MANVILLE, NJ 08835-1709 | |
| 10925 | SPECIAN, MARGARET, 141 SOUTH 7TH AVE, MANVILLE, NJ 08835-1709 | |
| 10925 | SPECIFIED CONSTRUCTION PRODUCTS INC, 5300 W SAHARA AVE SUITE 101, LAS VEGAS, NV 89146 | |
| 10924 | SPECIFIED URETHANE SYSTEMS CO. INC., 10017 BECKLY VIEW, DALLAS, TX 75232 | |
| 10924 | SPECIFIED URETHANE SYSTEMS, 10017 BECKLY VIEW, DALLAS, TX 75232 | |
| 10925 | SPECK JR, RAYMOND, 3240 NAN PABLO DRIVE, MELBOURNE, FL 32934 | |
| 10925 | SPECK, JR, RAYMOND W, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10924 | SPEC-PLUS INC., ATTN: STEVE, COLUMBUS, OH 43223 | |
| 10924 | SPEC-PLUS, INC., CAMBRIDGE, MA 02140 | |
| 10924 | SPEC-PLUS, INC., COLUMBUS, OH 43212 | |
| 10925 | SPECS VISION CENTER OF AIKEN INC, 720-N SILVER BLUFF RD, AIKEN, SC 29803 | |
| 10925 | SPECS VISION CTR OF AIKEN, 720 N. SILVER BLUFF RD., AIKEN, SC 29803 | |
| 10925 | SPECTACULAR CATERING, 717 S DUNN WAY, PLACENTIA, CA 92870 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SPECTAPE OF ATLANTA, 1661 ROADHAVEN DR, STONE MOUNTAIN, GA 30083

10925   SPECTAPE OF THE MIDWEST INC., 1414 SOLUTIONS CENTER, CHICAGO, IL 60677-1004

10925   SPECTAPE, 7821 PALACE DR., CINCINNATI, OH 45249

10925   SPECTAPE, DEPT 419, CINCINNATI, OH 45296

10925   SPECTOR & FELDMAN, 800 SECOND AVE, NEW YORK, NY 10017

10925   SPECTOR, ANDREA, 143 W CANTON ST, BOSTON, MA 02118

10924   SPECTRA COLOR, 2801 CENTRE CIRCLE DRIVE, DOWNERS GROVE, IL 60515

10924   SPECTRA GRAPHIX, 81 S. HIGH STREET, BRIDGTON, ME 04009

10924   SPECTRA GRAPHIX, PO BOX 100, BRIDGTON, ME 04009

10924   SPECTRA SYMBOL, 3101 WEST 2100 SOUTH, SALT LAKE CITY, UT 84119

10925   SPECTRASOL, INC, PO BOX 1126, WARWICK, NY 10990

10925   SPECTRA-TECH INC, PO BOX 869, SHELTON, CT 06484

10925   SPECTRA-TECH INC., PO BOX 65602, CHARLOTTE, NC 28265-0602

10925   SPECTRA-TECH, 2 RESEARCH DR., SHELTON, CT 06484

10925   SPECTRA-TECH, INC, PO BOX 3369, 2 RESEARCH DRIVE, SHELTON, CT 06484-0869

10925   SPECTRO ANALYTICAL INSTRUMENTS, INC, 160 AUTHORITY DR., FITCHBURG, MA 01420

10925   SPECTRO, 160 AUTHORITY DR., FITCHBURG, MA 01420

10925   SPECTROLAB INC, 12500 GLADSTONE, SYLMAR, CA 91342

10925   SPECTRONIC INSTRUMENTS INC, PO BOX 360827, PITTSBURGH, PA 15251-6827

10925   SPECTRONIC INSTRUMENTS INC., PO BOX 360827, PITTSBURGH, PA 15251-6827

10925   SPECTRONIC INSTRUMENTS, INC, 820 LINDEN AVE., ROCHESTER, NY 14625

10925   SPECTRONICS CORPORATION, 956 BRUSH HOLLOW RD, WESTBURY, NY 11590

10925   SPECTRUM (SPECTRUM TECHNIQUES INC.), 622 GARDENIA COURT, GOLDEN, CO 80401-4545

10924   SPECTRUM CHEMICAL MANUFACTURING, 14422 S. SAN PEDRO STREET, GARDENA, CA 90248

10924   SPECTRUM CHEMICAL MFG COR, 755 JERSEY AVENUE, NEW BRUNSWICK, NJ 08901

10925   SPECTRUM CHEMICAL MFG. CORP., 755 JERSEY AVE., NEW BRUNSWICK, NJ 08901

10924   SPECTRUM CHEMICAL, 755 JERSEY AVNUE, NEW BRUNSWICK, NJ 08901

10924   SPECTRUM COATINGS, 217 CHAPMAN STREET, PROVIDENCE, RI 02905

10925   SPECTRUM CORP., 10048 EASTHAVEN, HOUSTON, TX 77075

10925   SPECTRUM CORP., 750456, HOUSTON, TX 77275

10924   SPECTRUM ELECTRIC, 5900 N.E RAY CIRCLE, HILLSBORO, OR 97124

10925   SPECTRUM HEALTH, 973 OTTAWA AVE NW, GRAND RAPIDS, MI 49503-1431

10924   SPECTRUM HLTH-DOWNTOWN CAMPUS, 2925 WAL KENT COURT, GRAND RAPIDS, MI 49544

10924   SPECTRUM INSULATION, 27101 WHITE ROAD, WILLOUGHBY HILLS, OH 44092

10924   SPECTRUM LABORATORY PRODUCTS INC, 14422 S. SAND PEDRO, GARDENA, CA 90248

10925   SPECTRUM LABORATORY PRODUCTS INC, FILE NO 11990, LOS ANGELES, CA 90074-1990

10925   SPECTRUM LABORATORY PRODUCTS, FILE N 11990, LOS ANGELES, CA 90074-1990

10925   SPECTRUM LIGHTING TECHNOLOGIES,INC, PO BOX 6426, ASHEVILLE, NC 28816

10924   SPECTRUM NATURALS, 133 COPELAND STREET, PETALUMA, CA 94952

10924   SPECTRUM PAINT COMPANY, INC., 452 N. SWITZER CANYON DRIVE, FLAGSTAFF, AZ 86001

10925   SPECTRUM QUALITY PRODUCTS, 14422 S SAN PEDRO ST, GARDENA, CA 90248

10924   SPECTRUM QUALITY PRODUCTS, 14422 SAN PEDRO STREET, GARDENA, CA 90248

10925   SPECTRUM QUALITY PRODUCTS, 14422 SOUTH SAN PEDRO ST, GARDENA, CA 90248

10925   SPECTRUM QUALITY PRODUCTS, FILE N 11990, LOS ANGELES, CA 90074

10925   SPECTRUM QUALITY PRODUCTS, INC, 755 JERSEY AVENUE, NEW BRUNSWICK, NJ 08901

10925   SPECTRUM QUALITY PRODUCTS, INC, FILE N 11990, LOS ANGELES, CA 90074-1990

10924   SPECTRUM QUALITY PRODUCTS, INC., 14422 S. SAN PEDRO STREET, GARDENA, CA 90248

10924   SPECTRUM SOUTH TOWER, 100 MICHIGAN AVE., GRAND RAPIDS, MI 49501

10925   SPECTRUM TECHNOLOGY, 3508 ST. ANDREWS WAY, AUGUSTA, GA 30907

10925   SPEDDEN, YOLANDA, 7582 SEABLUFF DR, # 102, HUNTINGTON BEACH, CA 92648

10925   SPEECE, ROBERT, 249 N MAPLE AVE, KINGSTON, PA 18704-3314

19

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SPEECH COMMUN. ASSOCIATES, 11380 PROSPERITY FARMS RD, PALM BEACH GARDENS, FL 33410

10924   SPEED FAB CRETE CORP., PO BOX15580, FORT WORTH, TX 76119

10924   SPEED FAB CRETE CORPORATION, 1150 MANSFIELD HWY, KENNEDALE, TX 76060

10924   SPEED FAB CRETE CORPORATION, P.O. BOX 15580, FORT WORTH, TX 76119

10925   SPEED SELECTOR, INC, 17050 MUNN RD., CHAGRIN FALLS, OH 44022

10925   SPEED SELECTOR, INC, PO BOX 560, TWINSBURG, OH 44087

10925   SPEED, BILLY, 1011 NE SECOND ST, ANDREWS, TX 79714-3604

10925   SPEED/SM 2084, 2031 W RYAN ROAD, OAK CREEK, WI 53154

10925   SPEE-DEE PACKAGING MACHINERY, PO BOX 656, STURTEVANT, WI 53177

10925   SPEEDIE AND ASSOCIATES, 3331 E WOOD ST, PHOENIX, AZ 85040-1805

10924   SPEEDLING, 2722 S.E. 60TH AVENUE, BUSHNELL, FL 33513

10924   SPEEDLING, 3440 COCKROACH BAY ROAD, SUN CITY, FL 33586

10925   SPEEDWAY 5457, 4565 POPLAR RD, LOUISVILLE, KY 40290

10925   SPEEDWAY SAND & GRAVEL INC, THOMAS G DEBECK, 7182 HWY 14, MIDDLETON, WI 53562

10925   SPEEDWAY SUPERAMERICA LLC,

10925   SPEEDWAY SUPERAMERICA LLC, PO BOX 740587, CINCINNATI, OH 45274-0587

10925   SPEEDWAY SUPERAMERICA LLC, POBOX 3388, BRENTWOOD, TN 37024-3388

10925   SPEEDWAY-SUPERAMERICA #9708, US 27 & LADISH ROAD, CYNTHIANA, KY 41031

10924   SPEEDY DELIVERY, 4101 CLEARWATER ROAD, SAINT CLOUD, MN 56301

10925   SPEEDY DRAIN SERVICE, 613 CALIFORNIA BLVD, TOLEDO, OH 43612

10924   SPEEGLE CONSTRUCTION, 395 S RANGE ROAD, COCOA, FL 32926

10924   SPEEGLE CONSTRUCTION, COCOA, FL 32923

10924   SPEEGLE CONSTRUCTION, P O BOX 2089, COCOA, FL 32923

10924   SPEER CONCRETE, ATTN: ACCOUNTS PAYABLE, CARTHAGE, NC 28327

10924   SPEER CONCRETE, HWY 15 & 501 SOUTH, CARTHAGE, NC 28327

10924   SPEER CONCRETE, P O BOX 1021, CARTHAGE, NC 28327

10925   SPEER, CHARLES, 7317 N W 120TH, OKLA CITY, OK 73162

10925   SPEER, D, ROUTE 1, BOX 188, JOPLIN, MO 64801

10925   SPEER, DEANNA, 1208 E. 23RD ST., ODESSA, TX 79761

10925   SPEER, DREW, 6229 SLENDER SKY, COLUMBIA, MD 21044

10925   SPEER, JIMMIE, RT10, BOX 1043 G, LAKE CHARLES, LA 70601

10925   SPEER, KIM, 1840 SCREENLAND DR, BURBANK, CA 91505

10925   SPEERS, JOHNY, 3065 COMSTOCK DRIVE, RENO, NV 89512

10925   SPEESE, JOSEPH P, 6050 W 51ST ST, CHICAGO, IL 60638

10925   SPEESE, JOSEPH, 2709 CRANBOURNE CT., DAVIDSONVILLE, MD 21035

10925   SPEGAL, DONNA, 4841 WOODVIEW DRIVE, DEL CITY, OK 73115

10925   SPEICHER, MARJORIE, 18125 NW 6 AVE, MIAMI, FL 33169

10924   SPEIGHTS & RUNYAN, ON 5-16-02, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 29924

10925   SPEIGHTS, ESQ, DANIEL A, SPEIGHT & RUNYAN, 200 JACKSON AVE EAST, HAMPTON, SC 29924

10925   SPEILMANN, DAGMAR, 411 OLD RONAKE ROAD, LA GRANGE, GA 30240

10925   SPELKE, JUDITH, 54 TEMPLE ST, WEST NEWTON, MA 02165

10925   SPELL, PAMELA, RT 1 BOX 21B HWY 24, STEDMAN, NC 28391

10925   SPELLERBERG, RICHARD, 950 N ERIE AVE, LINDENHURST, NY 11757

10925   SPELLMAN, CHRISTINA, 2681 STONE ROAD, EAST POINT, GA 30344

10925   SPELLMAN, DIANA, 13621 N. 16TH AVE., PHOENIX, AZ 85023

10925   SPELLMAN, JOHN, 4938 AUGUSTA AVE, OLDSMAR, FL 34677

10925   SPELLMAN, MARY-ELLEN, 4938 AUGUSTA AVE, OLDSMAR, FL 34677

10925   SPELLS, BARBARA, 3906 MILLERSVILL DR, INDIANAPOLIS, IN 46205

10925   SPELTZ, DAVID, RR1 BOX 68, SWISHER, IA 52338

10924   SPENARD BUILDER SUPPLY, 4412 LOIS DR, ANCHORAGE, AK 99517

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 10925 | SPENARD BUILDERS SUPPLY, 4412 LOIS DR, ANCHORAGE, AK 99517 |
| 10925 | SPENARD BUILDERS SUPPLY, 840 K ST SUITE 200, ANCHORAGE, AK 99501 |
| 10924 | SPENARD BUILDERS SUPPLY, NORTH EXPANSION, ANCHORAGE, AK 99517 |
| 10924 | SPENARD PLASTERING, 7901 KING ST, ANCHORAGE, AK 99502 |
| 10924 | SPENARD PLASTERING, CAMBRIDGE, MA 02140 |
| 10925 | SPENCE & COMPANY, PO BOX 538, STOCKBRIDGE, MA 01262-0538 |
| 10924 | SPENCE CONCRETE COMPANY, 3420 WEST ASH, MCALLEN, TX 78502 |
| 10924 | SPENCE CONCRETE COMPANY, PO BOX2767, MCALLEN, TX 78502-2767 |
| 10925 | SPENCE, BEVERLY, 2610 OXMOOR RD, SUMMERFIELD, NC 27358-9786 |
| 10925 | SPENCE, ELGIN, 8366 HWY 70, ARLINGTON, TN 38002-9727 |
| 10925 | SPENCE, JENNIE, 680 NORTH 5TH ST, BRAWLEY, CA 92227 |
| 10925 | SPENCE, LOUIS, 2137 STARLIGHT DRIVE, DYERSBURG, TN 38024 |
| 10925 | SPENCE, LUTHER, 863 BENT WILLOW DRIVE, GLEN BURNIE, MD 21061 |
| 10925 | SPENCE, MARY, 510 NATALIE DRIVE, HOUMA, LA 70364 |
| 10925 | SPENCE, PAUL, 824 SWEET JULIET WAY, GREER, SC 29650 |
| 10925 | SPENCE, RONALD, 59 KENWICK DR, ROCHESTER, NY 14623 |
| 10925 | SPENCE, SHELLEY, E.2713 GORDON, SPOKANE, WA 99207 |
| 10925 | SPENCE, VIRGINIA, 1159 NOYES AVE, HAMILTON, OH 45015 |
| 10925 | SPENCE, WILLIAM, 534 E WALNUT, A, WATSEKA, IL 60970 |
| 10925 | SPENCER FANE BRITT & BROWN COUNSEL, ERIC J VOOGT, 1000 WALNUT ST, SUITE 1400, KANSAS CITY, MI 64106-2140 |
| 10925 | SPENCER FANE BRITT & BROWN COUNSEL, JAMES T PRICE, 1000 WALNUT ST, SUITE 1400, KANSAS CITY, MI 64106-2140 |
| 10925 | SPENCER FANE BRITT & BROWNE, 1000 WALNUT ST, KANSAS CITY, MO 64106-2140 |
| 10925 | SPENCER JR, ROBERT A, 105 ARROWROOT PLACE, HENDERSONVILLE, NC 28739 |
| 10925 | SPENCER R KONICOV, 4000 WINDING WAY, CINCINNATI, OH 45229-1919 |
| 10924 | SPENCER READY MIX, 9161 HIGHWAY 49 NORTH, JACKSON, MS 39209 |
| 10924 | SPENCER READY MIX, HIGHWAY 71 NORTH, SPENCER, IA 51301 |
| 10924 | SPENCER READY MIX, HWY 71 NORTH, SPENCER, IA 51301 |
| 10924 | SPENCER ROAD ELEMENTRY, 684 30TH STREET NE, HICKORY, NC 28601 |
| 10924 | SPENCER TRANSFORMER SITE, HARMONY ROAD, SPENCER, WV 25276 |
| 10925 | SPENCER TURBINE CO, 2476 WISCONSIN AVE, DOWNERS GROVE, IL 60515 |
| 10925 | SPENCER TURBINE CO, PO BOX 541, GRAFTON, MA 01519 |
| 10925 | SPENCER TURBINE CO., 600 DAY HILL RD., WINDSOR, CT 06095 |
| 10925 | SPENCER TURBINE CO., PO BOX 530678, ATLANTA, GA 30353 |
| 10925 | SPENCER TURBINE COMPANY, PO BOX 530678, ATLANTA, GA 30353-0678 |
| 10925 | SPENCER TURBINE, POBOX 530678, ATLANTA, GA 30353-0678 |
| 10925 | SPENCER, ALICIA, 4775 PADDOCK RD., CINCINNATI, OH 45229 |
| 10925 | SPENCER, ALICIA, 7931 HARRISON AVE, CINCINNATI, OH 45231 |
| 10925 | SPENCER, ANGELA, 328 POLLARD RD, SIMPSONVILLE, SC 29681 |
| 10925 | SPENCER, BERNICE, 1741 BEECHER AVE, GALESBURG, IL 61401-1929 |
| 10925 | SPENCER, CAROLYN, 64 OAKRIDGE ST, MATTAPAN, MA 02126 |
| 10925 | SPENCER, CARSON, PO BOX 780142, SEBASTIAN, FL 32978-0142 |
| 10925 | SPENCER, CURTIS, 1201 BURKETON ROAD, HYATTSVILLE, MD 20783 |
| 10925 | SPENCER, DAVID A, PO BOX 114, LAYTON, UT 84041-0114 |
| 10925 | SPENCER, FELICIA, 1510 VIRGINIA ST, MOBILE, AL 36604 |
| 10925 | SPENCER, GEOFFREY, 2005 WOODBROOK DRIVE, DENTON, TX 76205 |
| 10925 | SPENCER, GEORGE, 11308 ROZZELLES FERRY ROAD, CHARLOTTE, NC 28214 |
| 10925 | SPENCER, GEORGE, 5865 N SABLE CIRCLE, MARGATE, FL 33063 |
| 10925 | SPENCER, GEORGE, FERRY ROAD, CHARLOTTE, NC 28214 |
| 10925 | SPENCER, GLORIA, 3431 N W 9TH CT., FT LAUDERDALE, FL 33311 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SPENCER, HARRISON, 6105 GREEN MEADOWS CIRCLE, BIRMINGHAM, AL 35212 | |
| 10925 | SPENCER, INGRID, 5978 N. 48TH AVE, GLENDALE, AZ 85301 | |
| 10925 | SPENCER, JAMES, 3734 SMYRNA ROAD, ROGERSVILLE, MO 65742 | |
| 10925 | SPENCER, JANET, 3624 N 60 ST, MILWAUKEE, WI 53216 | |
| 10925 | SPENCER, JASON, 5147 A TENNYSON, WACO, TX 76710 | |
| 10925 | SPENCER, JEFF, 822 S OLD FAIRVIEW RD, FOUNTAIN INN, SC 29644 | |
| 10925 | SPENCER, JOHN, 7762 EAST HWY 40, FILLMORE, IN 46128 | |
| 10925 | SPENCER, JOHN, BOX 237, LYMAN, WY 82937 | |
| 10925 | SPENCER, JR, DONALD, 1204 VIOLETTE AVE., BALTIMORE, MD 21229 | |
| 10925 | SPENCER, KARL, 10121 WINDMILL LAKES, 1111, HOUSTON, TX 77075 | |
| 10925 | SPENCER, KERRY, 6812 HOLMES, KANSAS CITY, MO 64131 | |
| 10925 | SPENCER, KIRK, 3150 EMERALD POINTE DRIVE, 202A, HOLLYWOOD, FL 33021 | |
| 10925 | SPENCER, LARRY, 5 WALNUT ST S, WATERLOO, NY 13165-1337 | |
| 10925 | SPENCER, LEAH, 513 1/2 S. MAIN ST, EDINBURGH, IN 46124 | |
| 10925 | SPENCER, LEE, 11704 N GUINEVERE DR, SPOKANE, WA 99218 | |
| 10925 | SPENCER, LEE, ONE TOWN CENTER ROAD, BOCA RATON, WA 33486-1010 | |
| 10925 | SPENCER, LEO H, 11704 N GUINEVERE DR, SPOKANE, WA 99218 | |
| 10925 | SPENCER, LEON, 19 ELGIN CT, RANDOLPH, MA 02368 | |
| 10925 | SPENCER, MALCOLM, 34 BRITTANY LANE, FAIRFIELD, OH 45014 | |
| 10925 | SPENCER, MARTINE, PO BOX 171, FAIRMONT, NC 28340 | |
| 10925 | SPENCER, MATTIE, 1510 ST ANDREWS RD, COLUMBIA, SC 29210 | |
| 10925 | SPENCER, MICHAEL, 8919 RIVER ISLAND DRIVE, 304, SAVAGE, MD 20763 | |
| 10925 | SPENCER, MICHELE, PO BOX 214813, DALLAS, TX 75221 | |
| 10925 | SPENCER, NANCY K, 2506 ALLISON DR, CHATTANOOGA TN, TN 37421 | |
| 10925 | SPENCER, NICHOLAS, NEUHAUSSTRASSE 20, ZOLLIKON, CH-8702SWITZERLAND | *VIA Deutsche Post* |
| 10925 | SPENCER, PATRICE, 6 WINDING WAY, PARSIPPANY, NJ 07054 | |
| 10925 | SPENCER, RANDY, 1508 W DERBY AVE, AUBURNDALE, FL 33823 | |
| 10925 | SPENCER, SHIRLEY, 1516 SOUTH LAKE HOWARD DRIVE, WINTER HAVEN, FL 33880 | |
| 10925 | SPENCER, STANLEY, 4832 MEADOWLARK DR, OWENSBORO, KY 42301 | |
| 10925 | SPENCER, STENIS, 1317 RUSSELL WAY, HAYWARD, CA 94541 | |
| 10925 | SPENCER, TAMELA, OAK MEADOWS UNP #7, YOUNGSVILLE, NC 27596 | |
| 10925 | SPENCER, TERANCE, 2903 OVER HILL ST, LIBRARY, PA 15129 | |
| 10925 | SPENCER, THOMAS, RT 6, BOX 223, CARTHAGE, MO 64836 | |
| 10925 | SPENCER, THOMASENA, 6606 28TH AVE. E., BRADENTON, FL 34208 | |
| 10925 | SPENCER, W, 8315 E. NEVILLE AVE., MESA, AZ 85208 | |
| 10925 | SPENCER-PETTUS MACHINE COMPANY, INC, PO BOX 15, GASTONIA, NC 28053 | |
| 10925 | SPERANDIO, LISA, 108 SAGAMORE RD, TUCKAHOE, NY 10707 | |
| 10925 | SPERATO, MARK, 5242 TYLER ST., RIVERSIDE, CA 92503 | |
| 10925 | SPERBECK, LEAH, 2091 COUNTY RD 25, PHELPS, NY 14532 | |
| 10925 | SPERFSLAGE, JEFFERY, 1611 48TH ST NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | SPERLING, MARK, 11898 E HWY 12, LOCKEFORD, CA 95237 | |
| 10925 | SPERLING, PATTI, 1114 BASELINE RD, BULLHEAD CITY, AZ 86442 | |
| 10925 | SPERNAK, SHELLEY, 528 ATEN ROAD, CORAOPOLIS, PA 15108 | |
| 10925 | SPERO, ELEANOR, 1249 66 ST, BROOKLYN, NY 11219 | |
| 10925 | SPERO, JOHN, 329 FOREST ST, LAGRANGE, OH 44050 | |
| 10925 | SPEROTTO, DEBORAH, 4112 78TH ST W., BRADENTON, FL 34209 | |
| 10925 | SPERRY IV, GEORGE, 20 LARKWOOD COURT, STAFFORD, VA 22554 | |
| 10925 | SPERRY MARINE, 1070 SEMINOLE TRIAL, CHARLOTTESVILLE, VA 22906 | |
| 10925 | SPERRY MARINE, 2300 HYDRAULIC RD, CHARLOTTESVILLE, VA 22901 | |
| 10925 | SPESS, JOANNE, 4707 ASPEN DRIVE, WALNUTPORT, PA 18088 | |
| 10925 | SPEVACK, BARBARA, 1546 GREEN BAY ROAD, HIGHLAND PARK, IL 60035 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SPEX CERTIPREP INC, PO BOX 27018, NEWARK, NJ 07101-6718 | |
| 10925 | SPEX CERTIPREP INC, POBOX 27018, NEWARK, NJ 07101-6718 | |
| 10925 | SPEX CERTIPREP, 203 NORCROSS AVE., METUCHEN, NJ 08840 | |
| 10925 | SPEX CERTIPREP, INC, 203 NORCROSS AVE, METUCHEN, NJ 08840 | |
| 10925 | SPEX CERTIPREP, INC, 203 NORCROSS AVE., METUCHEN, NJ 08840 | |
| 10925 | SPEX IND., 203 NORCROSS AVE., METUCHEN, NJ 08840 | |
| 10925 | SPEYRER, JOSEPH, PO BOX 131, LEONVILLE, LA 70551 | |
| 10925 | SPG EXHIBITIONS LIMITED, DURAND HOUSE, MANOR ROYAL, WEST SUSSEX, CRAWLEY, RH10 2PYUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SPG EXHIBITIONS LTD., 14 ROYCE RD.,MANOR ROYAL, WEST SUSSEX, RH10 2NXUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SPHERION CORP., 4259 COLLECTIONS CENTER DR, CHICAGO, IL 60693 | |
| 10925 | SPHERION CORPORATION, PO BOX 905514, CHARLOTTE, NC 28290-5514 | |
| 10925 | SPI GROUP, 2073 WEST AVE 140TH, SAN LEANDRO, CA 94577 | |
| 10925 | SPI POLYOLS, 321 CHERRY LANE, NEW CASTLE, DE 19720 | |
| 10924 | SPI POLYOLS, INC, 321 CHERRY LANE, NEW CASTLE, DE 19720 | |
| 10924 | SPI POLYOLS, INC., 1711 TILES CT., GRAND HAVEN, MI 49417 | |
| 10924 | SPI POLYOLS, INC., 213 CHERRY LANE, NEW CASTLE, DE 19720 | |
| 10924 | SPI POLYOLS, INC., 321 CHERRY LANE, NEW CASTLE, DE 19720 | |
| 10925 | SPI/VFD, 1801 K ST., NW, STE. 600K, WASHINGTON, DC 20006-1301 | |
| 10925 | SPIAK, JOSEPH, 6 HAZELNUT ST, ACTON, MA 01720 | |
| 10924 | SPICE TEC - USF, 223 PROGRESS ROAD, SPRINGFIELD, KY 40069-0311 | |
| 10924 | SPICE TEC - USF, 6 SANTA FE WAY, CRANBURY, NJ 08512 | |
| 10924 | SPICE TEC, 185 ALEXANDRIA WAY, CAROL STREAM, IL 60188 | |
| 10924 | SPICER CONCRETE, P O BOX 180, MARSEILLES, IL 61341 | |
| 10924 | SPICER CONCRETE, RT 6, MARSEILLES, IL 61341 | |
| 10924 | SPICER GRAVEL CO., INC, 445 UNION STREET, MARSEILLES, IL 61341 | |
| 10924 | SPICER SAND & GRAVEL COMPANY, 445 UNION, MARSEILLES, IL 61341 | |
| 10924 | SPICER SAND & GRAVEL, 2015 CHAMPLAIN STREET, OTTAWA, IL 61350 | |
| 10924 | SPICER SAND & GRAVEL, ROUTE 6, MARSEILLES, IL 61341 | |
| 10925 | SPICER, CATHERINE, 237 WALT ARNEY ROAD, LENOIR, NC 28645 | |
| 10925 | SPICER, DAWN, 508 N. TRYON #10, CHARLOTTE, NC 28202 | |
| 10925 | SPICER, KAREN, 990 GATES PLACE, WARWICK, PA 18974 | |
| 10925 | SPICER, KELVIN, 901 OLD ORCHARD LANE, BRISTOL, PA 19007 | |
| 10925 | SPICER, ROBERT, 9029 NORTH CTY RD 5, WELLINGTON, CO 80549 | |
| 10925 | SPICER, STEPHEN, 6577 SO DAHLIA CIR, LITTLETON, CO 80121 | |
| 10925 | SPIEGEL JR, HOWARD H, 631 LAIRD LA, LAFAYETTE, CA 94549-1713 | |
| 10925 | SPIEGEL, ARLEEN K, 10801 JOHNSON BLVD C355, SEMINOLE, FL 33772-4746 | |
| 10925 | SPIEGEL, BARRY, 128 WILSON ROAD, NEPTUNE, NJ 07753 | |
| 10925 | SPIEGELTHAL, ANNE, 11493 COLUMBIA PIKE, B-4, SILVER SPRING, MD 20904 | |
| 10925 | SPIEKERMAN, DONALD, RTE 1 BOX 98, TUPELO, OK 74572 | |
| 10925 | SPIER, MAURICE, 1905 VALLEY BROOK DR, ALPHARETTA, GA 30005 | |
| 10925 | SPIERDOWIS, WILLIAM, 23 EDWARDS ROAD, FOXBORO, MA 02035 | |
| 10925 | SPIERER, DAVID, 515 COUNTY ROUTE 10, GERMANTOWN, NY 12526 | |
| 10925 | SPIERS, RUSSELL, 404 MORGANTOWN RD., FOXWORTH, MS 39483 | |
| 10925 | SPIES, GEORGE, 263 LOWELL ST, WAKEFIELD, MA 01880 | |
| 10925 | SPIESEL, SYDNEY Z, CUST FOR SIRRI SHULAMITH SPIESEL, UNIF GIFT MIN ACT CT, 77 EVERIT ST, NEW HAVEN, CT 06511-1334 | |
| 10925 | SPIETH, LAWRENCE, 10 S WACKER DRIVE #2275, CHICAGO, IL 60606 | |
| 10925 | SPIEZIO, ALFRED, 465 WILLIAMS ST, MANSFIELD, MA 02048 | |
| 10925 | SPIGNESE, ANTHONY, 143 HOLTEN ST, DANVERS, MA 01923 | |
| 10925 | SPIKES, CONNIE, PO BOX 772, GRIFTON, NC 28530 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   SPILDE, JAMES, 2534 RINDEN ROAD, STOUGHTON, WI 53589

10925   SPILDE, JAMES, 642 S. GAMMAN RD, MADISON, WI 53719

10925   SPILDE, JOSEPHINE, 2481 RIVERVIEW AVE, READING, PA 19605

10925   SPILDE, MARC, 2481 RIVERVIEW AVE, READING, PA 19605

10925   SPILL 911 INC, POBOX 776, CARMEL, IN 46032-0776

10925   SPILLANE, DONNELL, 12 PINELEDGE TERRACE, N. ATTLEBORO, MA 02760

10925   SPILLANE, LINDA, 27 NIAGARA ST, DUMONT, NJ 07628

10925   SPILLANE, MICHAEL D, 811 KIM ST., SULPHUR, LA 70663

10925   SPILLANE, MICHAEL, 2502 INDEPENDENCE DR, WEST LAWN, PA 19609

10925   SPILLANE, MICHAEL, 811 KIM ST, SULPHUR, LA 70663

10925   SPILLER, LUCILLE, 3810 CYRIL DR., HUMBLE, TX 77376

10925   SPILLERS JR., CURITS, PO BOX 322, PARIS, AR 72855

10925   SPILLERS, LUCIA, HC2 BOX 326, OLD TOWN, FL 32680

10925   SPILLERS, WILLIAM, 513 LAKE VERNON RD., LEESVILLE, LA 71446

10925   SPILLMAN, JAMES, 1501 23RD ST., WOODWARD, OK 73801-4109

10925   SPILLMAN, ROBERT, 20 PEARL ROAD, BOXFORD, MA 01921

10925   SPIN DOCTOR, PO BOX 1508, DEER PARK, TX 77536

10924   SPINAL TECHNOLOGIES, 405 MACLEAN AVE., LOUISVILLE, KY 40213

10925   SPINASANTA, SUSAN, 5220 MAJORCA CLUB DR, BOCA RATON, FL 33486

10925   SPINDEL, LAUREL, 14112 ALDERTON RD, SILVER SPRING, MD 20906

10925   SPINDLE, R KIM, 210 N. 21 ST ST, NEWARK, OH 43055

10925   SPINELLA, LINDA, 410 BIRCHTREE LANE, NORTHVALE, NJ 07647

10925   SPINELLI, JAMES, 6 TREMLETT ROAD, BILLERICA, MA 01821

10925   SPINELLO, DELYNN, 117 DANA ST, BRANDON, MS 39042-3520

10925   SPINELLO, ROBERT, 117 DANA ST, BRANDON, MS 39042-3520

10925   SPINKS, JANE, 11 HUNTERS VALLEY, ST PETERS, MO 63376

10925   SPINKS, VANESSA, 5632 N 68 ST, MILWAUKEE, WI 53218

10925   SPINKS, WILLIAM, 1166 WAYSIDE DR W, OWENSBORO, KY 42301

10925   SPINKS, WILLIAM, 1166 WAYSIDE DR W, OWENSBORO, KY 42301-2640

10924   SPINNAKER COATING, 518 E. WATER STREET, TROY, OH 45373

10924   SPINNAKER COATING, 84 WARREN AVENUE, WESTBROOK, ME 04092

10924   SPINNAKER COATING, PO BOX 370, TROY, OH 45373-0370

10924   SPINNAKER COATINGS INC., 518 E WATER ST, TROY, OH 45373

10924   SPINNAKER COATINGS INC., PO BOX370, TROY, OH 45373

10925   SPINNER, MARC, 219 ROCKY MOUNTAIN COURT, RICHLAND, WA 99352

10925   SPINNEY, ROLAND, 607 CABOT ST, BEVERLY, MA 01915

10924   SPINNING FACILITY, 1641 SHACK TOWN ROAD, YADKINVILLE, NC 27055

10925   SPINOSA, MARY, 143A FRANKLIN ST, ARLINGTON, MA 02174

10925   SPINOSA, RAFAEL, 300 OCEAN PKWY, BROOKLYN, NY 11218

10925   SPIRES, CORINNE, 101 SHOREVIEW ROAD, MANHASSET, NY 11030-1827

10925   SPIRES, PATRICK L, 26675 ALAMANDA, MISSION VIEJO, CA 92691-5732

10924   SPIRIT LAKE READY MIX CO, P O BOX F, SPIRIT LAKE, IA 51360

10924   SPIRIT LAKE READY MIX CO, PEORIA STREET, SPIRIT LAKE, IA 51360

10924   SPIRIT LAKE READY MIX CO, PO BOXF, SPIRIT LAKE, IA 51360

10924   SPIRIT LAKE READY MIX, PEORIA STREET, SPIRIT LAKE, IA 51360

10924   SPIRIT MOUNTAIN CASINO, PROTECH, LINCOLN, WA 99147

10925   SPIRIT OF BOSTON, 164 NORTHERN AVE, BOSTON, MA 02210

10924   SPIRIT OF FORD, VILLAGE ROAD & SOUTHFIELD FREEWAY, DEARBORN, MI 48124

10925   SPIRITUS WRECKING, 4800 ENCHANTED VALLEY ROAD, MIDDLETON, WI 53562-4100

10925   SPIRITWEAR GRAPHICS INC, 1395 K NORTH COBB PKWY, MARIETTA, GA 30062-2460

10925   SPIRO, LOUIS, 1907 W PHILLIPS DR, POMONA, CA 91766-1008

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SPIRO, SHAUN, 951 W BELDEN AVE #3R, CHICAGO, IL 60614

10925   SPIROFLOW-ORTHOS SYSTEMS, INC, 2806 GRAY FOX RD, MONROE, NC 28110

10925   SPIROFLOW-ORTHOS SYSTEMS, INC, PO BOX 1343, MANDEVILLE, LA 70470

10925   SPIROFLOW-ORTHOS SYSTEMS,INC, 2806 GRAY FOX ROAD, MONROE, NC 28110

10925   SPIRO-WALLACH COMPANY INC, 75-11 WOODHAVEN BLVD, GLENDALE, NY 11385

10925   SPIRO-WALLACH COMPANY, IN, 75-11 WOODHAVEN BLVD., GLENDALE, NY 11385

10925   SPITZ, GARY, 225 WARRENTON DR, HOUSTON, TX 77024

10925   SPITZER, ELIOT, DEPT OF LAW, THE CAPITOL 2ND FL, ALBANY, NY 12224

10925   SPITZMUELLER, MATTHEW, N86 W16686 JACOBSON DRIVE, MENOMONEE FALLS, WI 53051

10925   SPITZZERI, JOSEPH, 222 N LASALLE ST, SUITE 2200, CHICAGO, IL 60601

10924   SPIVECO INC., 4275 PALM STREET, FULLERTON, CA 92835

10925   SPIVEY, CAROLE, 9465 MASON CREEK RD, NORFOLK, VA 23503

10925   SPIVEY, GREGORY, 9430 STURBRIDGE PLACE, MONTGOMERY, AL 36116

10925   SPIVEY, GREGORY, PO BOX 1328, MILLS, WY 82644

10925   SPIVEY, JR, LARRY, 3805 CHABETT, LAKELAND, FL 33809

10925   SPIVEY, LARRY, 11705 WATER VIEW DR #202, CHESTER, VA 23831

10925   SPIVEY, MICHAEL, 233 STELLA, BURLESON, TX 76028

10925   SPIVEY, STEPHANIE, 3867 LOG CABIN #34, MACON, GA 31204

10925   SPIVEY, TERRY, 4507 MEYERS LN, BELLMEAD, TX 76715

10925   SPK INSTRUMENTATION, PO BOX 10150, CHARLOTTE, NC 28212

10925   SPL, PO BOX 842013, DALLAS, TX 75284-2013

10924   SPLANE ELECTRICAL, 28300 SCHOOLCRAFT, LIVONIA, MI 48150

10924   SPLANE ELECTRICAL, 8350 HAGGERTY RD., VAN BUREN TOWNSHIP, MI 48111

10924   SPLANE ELECTRICAL, P.O. BOX 790, BELLEVILLE, MI 48112

10924   SPLASH TOWN POOLS & SPA, 2900 ALCOA HWY., KNOXVILLE, TN 37921

10924   SPLASH, INC., 1319 N. LAKE ST., AURORA, IL 60507

10925   SPLEEN, LAURA, RR #1 BOX 1099A, ORWIGSBURG, PA 17961

10925   SPLENDID TRAVEL, 73-67 PARK DR EAST, FLUSHING, NY 11367

10925   SPLETSTOSER, DEAN, PO BOX 114, HOT SPRINGS, MT 59845

10925   SPL-FL PLASTICS SUMMIT, 1708-C AUGUSTA ST #319, GREENVILLE, SC 29605

10925   SPLINTER, KIMBERLY, 1189 LAVIA WAY, SPARKS, NV 89434

10925   SPOEHR, ROBERT, W 6614 HWY 19, WATERTOWN, WI 53094

10924   SPOHN CANCER CENTER, 1415 SANTA FE, CORPUS CHRISTI, TX 78404

10924   SPOHN HOSPITAL, 700 N. AIRPORT RD. & HWY. 44, ALICE, TX 78332

10925   SPOKANE AREA CHAMBER OF, PO BOX 2147, SPOKANE, WA 99210-2147

10925   SPOKANE COMPUTER INC, 915 WEST SECOND AVE, SPOKANE, WA 99204-1598

10925   SPOKANE OFFICE CONCEPTS, INC, E. 10311 MONTGOMERY, SPOKANE, WA 99206

10924   SPOKANE ROCK PRODUCTS, 39102 NORTH NEWPORT HIGHWAY, ELK, WA 99009

10924   SPOKANE ROCK PRODUCTS, PO BOX2200, AIRWAY HEIGHTS, WA 99001

10925   SPOKEN LANGUAGE COMMUNICATIONS, 1 SANSOME ST., STE 810, SAN FRANCISCO, CA 94104

10925   SPOKES, HARRY, 514 THISTLEDOWN COURT, MILLERSVILLE, MD 21108

10925   SPOKES, JANICE, 514 THISTLEDOWN CT, MILLERSVILLE, MD 21108

10925   SPOKESMAN REVIEW, THE, PO BOX 1906, SPOKANE, WA 99210-1906

10925   SPOLJORIE, KATRINA, 1011 SUMAVA, SUMAVA RSTS, IN 46379

10925   SPONAUGLE, BEED, 408 ORCHARD AVE, BALTIMORE, MD 21225

10925   SPONAUGLE, JACOB, ROUTE 1 BOX 336, MT. CRAWFORD, VA 22841

10925   SPONAUGLE, PAUL, 7 THOMAS ROAD, GLEN BURNIE, MD 21060

10925   SPONAUGLE, RONALD, 301 OREGON ROAD, STEVENSVILLE, MD 21666

10925   SPONAUGLE, WILLIAM, 308 KING GEORGE DR, GLEN BURNIE, MD 21061

10925   SPONSELLER, BRYON, PO BOX 7302, RIVERSIDE, CA 92513

10925   SPOONEMORE, JACK, 3415 ESSEX COURT, CRAIG, CO 81625

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SPOONTS, KENNETH, PO BOX 7153, NIKISKI, AK 99635 | |
| 10925 | SPOOR & FISHER, P O BOX 454, PRETORIA, 00001SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | SPOOR AND FISHER, PO BOX 41312, CRAIGHALL, 02024SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | SPORCICH, WENDY, 3825 SPOKANE AVE, CLEVELAND, OH 44109 | |
| 10924 | SPORLAN VALVE CO., 1699 WEST MAIN STREET, WASHINGTON, MO 63090 | |
| 10924 | SPORLAN VALVE CO., 206 LANGE DRIVE, WASHINGTON, MO 63090 | |
| 10924 | SPORLAN VALVE, 206 LANGE DRIVE, WASHINGTON, MO 63090 | |
| 10925 | SPORLE, DONALD, 715 MADISON ST, MINTERAL POINT, WI 53565 | |
| 10925 | SPORNY, MARCIA, 200 HEATHERSTONE RD, AMHERST, MA 01002 | |
| 10925 | SPORTDECALS INC, PO BOX 358, CRYSTAL LAKE, IL 60039-0358 | |
| 10925 | SPORTING FUTBOL CLUB - 89 BOYS, 412 E MONETA, PEORIA HEIGHTS, IL 61614 | |
| 10924 | SPORTPHARMA USA, INC., 1915 MARK COURT, CONCORD, CA 94520 | |
| 10924 | SPORTPHARMA, 700 F KIEMAN AVENUE, MODESTO, CA 95357 | |
| 10924 | SPORTS AUTHORITY PALISADES, PALISADES MALL, WEST NYACK, NY 10994 | |
| 10924 | SPORTS AUTHORITY STORE, 2424 EASTERN BLVD., MONTGOMERY, AL 36117 | |
| 10925 | SPORTS AUTHORITY, 595 E. ORDNANCE ROAD, BALTIMORE, MD 21226 | |
| 10924 | SPORTS CLUB EAST SIDE, 330 E. 61ST STREET, BRONX, NY 10499 | |
| 10924 | SPORTS CLUB, SMITH AND GREEN, LAS VEGAS, NV 89101 | |
| 10924 | SPORTS ENV. DETACHMENT, RAILROAD AVE., BLDG. 417, VALLEJO, CA 94592 | |
| 10924 | SPORTS ENVION. DETACHMENT, BLDG 417 RAILROAD AVE/MARE ISLAND, VALLEJO, CA 94592 | |
| 10925 | SPORTS ILLUSTRATED, PO BOX 60001, TAMPA, FL 33660-0001 | |
| 10925 | SPORTS PARKING CO., 2255 CUMBERLAND PKWY., ATLANTA, GA 30339 | |
| 10925 | SPORTS, WALKER, 266 COLLINSVILLE RD, COLUMBUS, NC 28722 | |
| 10925 | SPORTSMAN TAXIDERMY, 320 WOODLAWN RANCH ROAD, HOUMA, LA 70360 | |
| 10925 | SPOSATO, A, 111 E ELIZABETH ST, WATERLOO, NY 13165-1438 | |
| 10925 | SPOT COOLERS, 661 COMMERCE ST, BURR RIDGE, IL 60521 | |
| 10925 | SPOT MASTER, 1480 E. HILLSBORO BLVD., DEERFIELD BEACH, FL 33441 | |
| 10925 | SPOTNITZ, ROBERT, 9103 COVEY HOLLOW COURT, CHARLOTTE, NC 28210 | |
| 10925 | SPOTSYLVANIA COUNTY, PO BOX 65, SPOTSYLVANIA, VA 22553 | |
| 10925 | SPOTTISWOODE, GEORGE, 3440 S JEFFERSON ST, FALLS CHURCH, VA 22041-3105 | |
| 10925 | SPOUND DEVELOPMENT ASSOCIATES, 238 LITTLETON RD, WESTFORD, MA 01886 | |
| 10925 | SPOUSAL ABUSE RESOURCE CNTR., 21 W. COURTLAND ST., BEL AIR, MD 21014 | |
| 10925 | SPOUSE, BEN, FILIP, NY, NY 10098 | |
| 10925 | SPRADLIN, JASON, 1246 BETHLEHEM CH RD, GRANTVILLE, GA 30220 | |
| 10925 | SPRADLIN, LISA, BOX 238 SHILOH MHP, PEACHTREE CITY, GA 30269 | |
| 10925 | SPRADLIN, WILLIAM, 4804 BUNKER HILL DR, N LITTLE ROCK, AR 72116 | |
| 10925 | SPRAGGINS, CHARLES, 2644 SHAYWEN CIR, SNELLVILLE, GA 30278 | |
| 10925 | SPRAGUE AIR CONTROLS INC, 65 SHARP ST, HINGHAM, MA 02043 | |
| 10925 | SPRAGUE AIR CONTROLS, 65 SHARP ST, HINGHAM, MA 02043 | |
| 10925 | SPRAGUE ELECTRIC CO, 43 BERTAL RD, TORONTO, ON M6M 4M5CANADA | *VIA Deutsche Post* |
| 10925 | SPRAGUE ELECTRIC CO, 49 BERTAL ROAD, TORONTO, ON M6M 4M5CANADA | *VIA Deutsche Post* |
| 10925 | SPRAGUE ELECTRIC CO, 678 MAIN ST, SANFORD, ME 04073-0000 | |
| 10925 | SPRAGUE ELECTRIC CO, 70 PEMBROKE RD, CONCORD, NH 03301 | |
| 10924 | SPRAGUE FARM, INC., WEST SIDE RD., BLOCK ISLAND, RI 02807 | |
| 10924 | SPRAGUE VINYL, 58 WASHINGTON STREET, EAST BRIDGEWATER, MA 02333 | |
| 10925 | SPRAGUE, CHERYL, PO BOX 10294, CASA GRANDE, AZ 85230-0294 | |
| 10925 | SPRAGUE, DANA, 905 7TH AVE #40C, GARNER, NC 27258 | |
| 10925 | SPRAGUE, DONNA, CUST FOR SCOTT SPRAGUE, UNIF GIFT MIN ACT ME, 143 MAIN ST, ORONO, ME 04473-1434 | |
| 10925 | SPRAGUE, EARL, 208 CASON ROAD, PIEDMONT, SC 29673 | |
| 10925 | SPRAGUE, EARL, 8 BREAZEALE DR 11-B, WILLIAMSTON, SC 29697 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SPRAGUE, ERIK, 49 JIB CT, GREENVILLE, SC 29611

10925    SPRAGUE, GEORGIA, 208 CASON RD, PIEDMONT, SC 29673

10925    SPRAGUE, GERALD, 25 BRYANT ST, NORTH ADAMS, MA 01247

10925    SPRAGUE, JAMES, 625 GRANDVIEW AVE, NEWTON, KS 67114

10925    SPRAGUE, THEODORE A, 189 S CHEYENNE ST, LARAMIE, WY 82070-6876

10925    SPRAGUE, THEODORE, 189 SOUTH CHEYENNE ST, LARAMIE, WY 82070

10925    SPRAGUE-GOODMAN ELEC, 1700 SHAMES DR, WESTBURY, NY 11590

10924    SPRAGUES READY MIX, 230 EAST LONGDEN AVENUE, IRWINDALE, CA 91706

10924    SPRAGUES/IRWINDALE, IRWINDALE, CA 91706

10924    SPRAGUES/SIMI VALLEY, 5400 BENNETT ROAD, SIMI VALLEY, CA 93063

10925    SPRAKER III, FRANK, 15495 HIGHCROFT ROAD, CHESTERFIELD, MO 63017

10925    SPRAKER, ROBERT, 930 MOUNT HOOD, GREEN BAY, WI 54311-4818

10925    SPRANDEL ENTERPRISES, INC D/B, 6467 GANO ROAD, WEST CHESTER, OH 45071-1873

10925    SPRANDEL, WILLIAM, 1426 E. VERMONT ST., INDIANAPOLIS, IN 46201

10925    SPRANG, JAMES, 9063 TR 1043 BOX 123, BIG PRAIRIE, OH 44611

10925    SPRANG, NICOLE, 8644 CRITCHFIELD RD, SHREVE, OH 44676

10925    SPRANKLE, ROBERT, 8 LARSEN CIRCLE, ROMEOVILLE, IL 60446

10925    SPRANKLE, TAMMY, 4845 ROSEMARY DR, LOS ANGLES, CA 90041

10925    SPRATT, GEORGE, 3235 KY 142, PHILPOT, KY 42366

10925    SPRAWLS SERVICE & SOUND, 856 YORK ST NE, AIKEN, SC 29801

10924    SPRAY - 1ST NATIONAL PLAZA, 20 S. CLARK ST., CHICAGO, IL 60668

10924    SPRAY - COLLEGE OF DUPAGE, LAMBERT ROAD, GLEN ELLYN, IL 60137

10924    SPRAY APPLIED FIREPROOFING, 2303 BIRCH COURT, WARRINGTON, PA 18976

10924    SPRAY COAT URETHANE, 2755 RIO DEL SOL, THOUSAND PALMS, CA 92276

10924    SPRAY CRAFT, 8300 HARRISON AVENUE, MIAMITOWN, OH 45041

10924    SPRAY CRAFT/DEAN WITTER/DISCOVER, ROUTE 201 & BANGUARDER HWY., WEST VALLEY CITY, UT 84120

10925    SPRAY DRYING SYSTEMS, INC, 9635 LIBERTY RD., SUITE T, RANDALLSTOWN, MD 21133

10924    SPRAY FORCE FIREPROOFING, 475 OCEAN ROAD, PORTSMOUTH, NH 03801

10924    SPRAY FORCE FIREPROOFING, CAMBRIDGE, MA 02140

10925    SPRAY FORCE MFG. INC, 2880 N.LARKIN AVE., FRESNO, CA 93727-1317

10924    SPRAY INC., 55 TEELE ROAD, BOLTON, MA 01740

10925    SPRAY INC., PO BOX 151, BOLTON, MA 01740

10924    SPRAY INSULATION INC, 7831 NORTH NAGLE AV, MORTON GROVE, IL 60053

10924    SPRAY INSULATION, 7831 N. NAGLE AVENUE, MORTON GROVE, IL 60053

10924    SPRAY INSULATION, 7831 N. NAGLE STREET, MORTON GROVE, IL 60053

10924    SPRAY INSULATION, 7831 NORTH NAGLE ST., MORTON GROVE, IL 60053

10924    SPRAY INSULATION, ATTN: ANN, MORTON GROVE, IL 60053

10924    SPRAY INSULATIONS - CTA, CTA BUS GARAGE, CHICAGO, IL 60651

10924    SPRAY INSULATIONS - U. OF CHICAGO, CAM CENTER, CHICAGO, IL 60616

10925    SPRAY INSULATIONS INC, 7831 N NAGLE AVE, MORTON GROVE, IL 60053

10924    SPRAY INSULATIONS, CAMBRIDGE, MA 02140

10924    SPRAY INSULATIONS, COOK COUNTY JAIL, CHICAGO, IL 60608

10924    SPRAY INSULATIONS, INC., C/O CTA OFFICE BUILDING, CHICAGO, IL 60607

10924    SPRAY ON FOAM, 11410 N.E. 72ND AVE, VANCOUVER, WA 98686

10924    SPRAY ON FOAM, P.O. BOX 133, BRUSH PRAIRIE, WA 98606

10924    SPRAY ON FOAM, P.O.BOX 133, BRUSH PRAIRIE, WA 98606

10924    SPRAY ON SERVICE/N.C.R.C., NORTHERN CALIF. REGIONAL CENTER, 2004 HARRISON ST., EUREKA, CA 95501

10924    SPRAY ON SERVICES, HUMBOLT COUNTY LIBRARY, EUREKA, CA 95501

10924    SPRAY ON SERVICES/CAPITAL CORP.#3, 3249 QUALITY DR., RANCHO CORDOVA, CA 95670

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SPRAY ON SERVICES/PLACERVILLE CNTY., CEN CAL WALLBOARD SUPPLY, PLACERVILLE, CA 95667

10924    SPRAY ON/C.A.R.T., CLOVIS, CA 93611

10924    SPRAY ON/C.A.R.T., SPRAY ON SERVICES, 2555 N. CLOVIS AVE., CLOVIS, CA 93611

10924    SPRAY ON/CAPITOL CENTER III, CEN CAL WALLBOARD SUPPLY, RANCHO CORDOVA, CA 95670

10924    SPRAY ON/CMA, 1201 "J" ST., SACRAMENTO, CA 94203

10924    SPRAY ON/CROWN PLAZA II, SPRAY ON SERVICES, 2750 GATEWAY OAKS, SACRAMENTO, CA 94203

10924    SPRAY ON/CROWN PLAZA, 2750 GATEWAY OAKS, SACRAMENTO, CA 94203

10924    SPRAY ON/EAST BAY PENTECOSTAL, 2715 S. WRIGHT RD, SAN JOSE, CA 95101

10924    SPRAY ON/EUREKA PLAZA, NAPA, CA 94558

10924    SPRAY ON/FRESNO POLICE STATION, FRESNO, CA 93727

10924    SPRAY ON/GEORGE M.SILLIMAN, 6800 MOWRY AVE., NEWARK, CA 94560

10924    SPRAY ON/HANFORD WEST EVENT CENTER, CORNER LACY BLVD. & CAMPUS DR., HANFORD, CA 93232

10924    SPRAY ON/KERN CO.DISTRICT ATTORNEY, 1300 18TH ST., BAKERSFIELD, CA 93301

10924    SPRAY ON/MEADOWS MIDDLE SCHOOL, 4100 CAMINO TASSAJARA, DANVILLE, CA 94506

10924    SPRAY ON/NORTHERN CALIF. REGIONAL, SPRAY ON SERVICES, 2004 HARRISON, EUREKA, CA 95501

10924    SPRAY ON/PACIFIC BELL WABASH BLDG, SACRAMENTO, CA 94203

10924    SPRAY ON/REGAL CINEMA, NATOMAS MARKET PLACE, SACRAMENTO, CA 94203

10924    SPRAY ON/REGAL CINEMA, SACRAMENTO, CA 94203

10924    SPRAY ON/SANTA CLARA VALLEY, 5750 ALMADEN EXPRESS WAY, SAN JOSE, CA 95101

10924    SPRAY ON/SANTA ROSA COLLEGE, SPRAY ON SERVICES, SANTA ROSA, CA 95401

10924    SPRAY SPECIALIST, 3400 HUNTER RIDGE, WACO, TX 76708

10924    SPRAY SPECIALIST, AMERICAN ENVIRONMENTAL SPECIALTIES, CARROLLTON, TX 75006

10924    SPRAY SPECIALIST, L.A. ENVIRONMENTAL, DALLAS, TX 75235

10924    SPRAY SPECIALTIES, 3400 HUNTER RIDGE, WACO, TX 76708

10924    SPRAY SPECIALTIES, CAMBRIDGE, MA 99999

10924    SPRAYCRAFT INC, 8300 HARRISON AVE, MIAMITOWN, OH 45041

10924    SPRAYCRAFT, INC., CAMBRIDGE, MA 02140

10925    SPRAYING SYSTEMS C/O ALAMAKA, PO BOX 1184, CHADDS FORD, PA 19317

10925    SPRAYING SYSTEMS CO INC, PO BOX 95564, CHICAGO, IL 60694-5564

10925    SPRAYING SYSTEMS CO, POBOX 95564, CHICAGO, IL 60694-5564

10925    SPRAYING SYSTEMS CO., 1607 COLONIAL PKWY, INVERNESS, IL 60067

10925    SPRAYING SYSTEMS CO., 1736 OXMOOR RD., STE. 103, BIRMINGHAM, AL 35209

10925    SPRAYING SYSTEMS CO., PO BOX 577, HAMMOND, LA 70404

10925    SPRAYING SYSTEMS CO., PO BOX 95564, CHICAGO, IL 60694-5564

10925    SPRAYING SYSTEMS, CO, PO BOX 5046, MANCHESTER, NH 03108-5045

10925    SPRAYING SYSTEMS, NORTH AVE AT SCHMALE ROAD, WHEATON, IL 60189

10924    SPRAYLAT CORPORATION, 1701 EAST 122ND STREET, CHICAGO, IL 60633-2362

10924    SPRAYLAT CORPORATION, 1701 EAST 122ND. STREET, CHICAGO, IL 60633-2362

10924    SPRAYLAT CORPORATION, 716 SOUTH COLUMBUS AVENUE, MOUNT VERNON, NY 10550-4795

10924    SPRAYLAT, 3333 N. INT. 35, GAINESVILLE, TX 76240

10924    SPRAYLAT, PO BOX 1337, GAINESVILLE, TX 76241

10925    SPRAYON PRODUCTS, 31500 SOLON ROAD, SOLON, OH 44139

10924    SPRAY-ON SERVICE INC, P O BOX 1953, OAKDALE, CA 95361

10925    SPRAY-ON SERVICES INC, PO BOX 1953, OAKDALE, CA 95361

10924    SPRAYON SERVICES, 10712 RAWLES ROAD, OAKDALE, CA 95361

10924    SPRAY-ON SERVICES, C/O CEN CAL WALLBOARD SUPPLY, MERCED, CA 95340

10924    SPRAYON SERVICES, MEMORIAL HOSPITAL, MODESTO, CA 95354

10924    SPRAY-ON SERVICES/C.M.A, 201 "J" ST, SACRAMENTO, CA 95814

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SPRAYREGEN, ESQ, JAMES HM, AND JAMES KAPP III, ESQ, KIRKLAND & ELLIS, 200 E RANDOLPH DR, CHICAGO, IL 60601 | |
| 10925 | SPRAYTECH INC, 2536 S LEONINE, WICHITA, KS 67217 | |
| 10924 | SPRAYTECH, INC., 2536 SOUTH LEONINE, WICHITA, KS 67217 | |
| 10924 | SPRAY-TEK, 344 CEDAR AVENUE, MIDDLESEX, NJ 08846 | |
| 10924 | SPREHE INTERIOR CONSTRUCTION, 3888 MALLOW ROAD, COLORADO SPRINGS, CO 80907 | |
| 10925 | SPREITZER, ANNETTE, RR 2 BOX 6, ST. ANNE, IL 60964 | |
| 10925 | SPRENGER, HANS, INZLINGERSTRASSE 50 WENDELIN, RIEHEN, CH4125SWITZERLAND | *VIA Deutsche Post* |
| 10924 | SPRIG CIRCUITS, 765 EUBANKS DRIVE, VACAVILLE, CA 95688 | |
| 10925 | SPRIGGS, PHILLIP, 2713 GWYNNMORE AVE, BALTIMORE, MD 21207 | |
| 10925 | SPRING ASSOCIATES, C/O JOHN W LUNDEEN, 400 COLONY SQUARE 1201 PEACHTREE ST, SUITE 1600, ATLANTA, GA 30361-0701 | |
| 10925 | SPRING CREEK PROCESS DEV, INC, 2749 CHULIO RD. S.E., ROME, GA 30161 | |
| 10924 | SPRING DRYWALL, 2383 SPIRES DRIVE, MACON, GA 31206 | |
| 10925 | SPRING HILL DESIGN, 21 DARTMOUTH STT, SOMERVILLE, MA 02145-3833 | |
| 10924 | SPRING HILL LIGHTING, 212 NORTH BELTLINE HIGHWAY, MOBILE, AL 36680 | |
| 10924 | SPRING HILL REGIONAL HOSPITAL, C/O ALLSTATES, 10461 QUALITY DRIVE, SPRING HILL, FL 34609 | |
| 10925 | SPRING HOUSE APARTMENTS, 9418D SPRING HOUSE LANE, LAUREL, MD 20708 | |
| 10924 | SPRING INDUSTRIES, PO BOX 6252, WHEELING, WV 26003 | |
| 10924 | SPRING MAID HOTEL PROJECT, 3200 S. OCEAN BLVD., MYRTLE BEACH, SC 29577 | |
| 10925 | SPRING SERVICE/ALIGN. CO INC, PO BOX 217067, CHARLOTTE, NC 28221 | |
| 10925 | SPRING, ARTHUR, 343 E 92ND ST, 2W, NEW YORK, NY 10028 | |
| 10925 | SPRING, WILLIAM, 354 NORTH FRONT ST, READING, PA 19601 | |
| 10925 | SPRINGBORN LABORATORIES INC, PO BOX 713140, COLUMBUS, OH 43271-3140 | |
| 10924 | SPRINGDALE BLOCK, 2205 ARKHOLA DR., SPRINGDALE, AR 72764 | |
| 10925 | SPRINGDALE CORP, THE, PO BOX 179, NORTH EASTON, MA 02356-0179 | |
| 10924 | SPRINGDALE MEMORIAL HOSPITAL, 601 MAPLE AVENUE, SPRINGDALE, AR 72764 | |
| 10925 | SPRINGDALE SUPPLY, POBOX 179, NORTH EASTON, MA 02356-0179 | |
| 10925 | SPRINGER EQUIPMENT CO INC, PO BOX 100274, BIRMINGHAM, AL 35210 | |
| 10925 | SPRINGER EQUIPMENT, PO BOX 100274, BIRMINGHAM, AL 35210 | |
| 10924 | SPRINGER OPERA HOUSE, 103 10TH STREET, COLUMBUS, GA 31901 | |
| 10925 | SPRINGER, ARTHUR J, 3785 JERUSALEM AVE, SEAFORD, NY 11783-1606 | |
| 10925 | SPRINGER, CAROLYN, 520 WOOD RD, TAYLORS, SC 29687 | |
| 10925 | SPRINGER, JACK, 2839 E 11TH ST, ODESSA, TX 79761 | |
| 10925 | SPRINGER, JOHN, 22 NORTH OMEGA, LA MARQUE, TX 77568 | |
| 10925 | SPRINGER, KATHLEEN, 3527 EARL ST, LAURELDALE, PA 19605 | |
| 10925 | SPRINGER, KATHY, RT 3 BOX 48, PHILIPPI, WV 26416 | |
| 10925 | SPRINGER, MARK, 9117 SARDIS FOREST, CHARLOTTE, NC 28270 | |
| 10925 | SPRINGER, MELANIE, 4024 10TH AVE, KENOSHA, WI 53140 | |
| 10925 | SPRINGER, PATRICIA, PO BOX 99, CLEVELAN, SC 29635-0099 | |
| 10925 | SPRINGER, PATSY, 9701 W. FERRIS BRANCH, 1824, DALLAS, TX 75243 | |
| 10925 | SPRINGER, RANDY, 5360 HEREFORD LANE, MCALESTER, OK 74501 | |
| 10925 | SPRINGER-VERLAG NEW YORK, INC, PO BOX 19386, NEWARK, NJ 07195-9386 | |
| 10925 | SPRINGFELS, WILLIAM, 60 NORTHEAST 105TH ST, MIAMI SHORES, FL 33138 | |
| 10925 | SPRINGFIELD ASSOCIATES, 301 LIVINGSTON AVE., SUITE 204, LIVINGSTON, NJ 07039 | |
| 10924 | SPRINGFIELD CONCRETE, 1100 MITCHELL BLVD., SPRINGFIELD, OH 45503 | |
| 10924 | SPRINGFIELD ELECTRIC SUPPLY CO, 25 WEST WASHINGTON ST, EAST PEORIA, IL 61611 | |
| 10924 | SPRINGFIELD ELECTRIC, 902 FOUR SEASONS ROAD, BLOOMINGTON, IL 61701 | |
| 10924 | SPRINGFIELD ELECTRIC, PO BOX 1285, BLOOMINGTON, IL 61701 | |
| 10924 | SPRINGFIELD HEALTHPLEX, ROUTE 320, SPRINGFIELD, PA 19064 | |
| 10924 | SPRINGFIELD HOSPITAL, 625 NORTH JACKSON, SPRINGFIELD, MN 56087 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SPRINGFIELD READY MIX CO INC., P.O. BOX 2112, SPRINGFIELD, MO 65801 | |
| 10924 | SPRINGFIELD READY MIX CO, 2836 W DIVISION ST., SPRINGFIELD, MO 65802-1151 | |
| 10924 | SPRINGFIELD READY MIX CO. INC., 2836 W. DIVISION STREET, SPRINGFIELD, MO 65801 | |
| 10924 | SPRINGFIELD READY MIX, DIVISION STREET, SPRINGFIELD, MO 65801 | |
| 10925 | SPRINGFIELD, NANCY, 2501 OAKHILL CIR. #2431, FORT WORTH, TX 76109 | |
| 10925 | SPRINGHAVEN CLUB, THE, 600 S. PROVIDENCE RD., WALLINGFORD, PA 19086 | |
| 10925 | SPRINGS ASSOCIATES L.P., GEN COUNSEL, 400 COLONY SQ., SUITE 1630, ATLANTA, GA 30361 | |
| 10925 | SPRINGS CLOSE, ANNE, DRAWER 460, LANCASTER, SC 29721-0460 | |
| 10924 | SPRINGS MEMORIAL HOSPITAL, 818 W. MEETING ST., LANCASTER, SC 29720 | |
| 10925 | SPRINGS WINDOW FASHION DIVISION INC, QUARLES & BRADY GEORGE MAREK, 411 EAST WI AVE, MILWAUKEE, WI 53202 | |
| 10925 | SPRINGS WINDOW FASHION DIVISION INC, QUARLES & BRADY JANE F CLOKEY, PO BOX 2113, MADISON, WI 53701-2113 | |
| 10925 | SPRINGS WINDOW FASHIONS DIVISION IN, 7549 GRABER ROAD, MIDDLETON, WI 53562-1096 | |
| 10925 | SPRINGS, JAMES, 118 SELDON DRIVE, CHARLOTTE, NC 28216-5220 | |
| 10925 | SPRINGSTEEN, RICKY, 225 BADGER ROAD, LISBON, IA 52253 | |
| 10924 | SPRINGVILLE READY MIX, 301 NORTH FIFTH, SPRINGVILLE, IA 52336 | |
| 10924 | SPRINGVILLE READY MIX, P O BOX 99, SPRINGVILLE, IA 52336 | |
| 10924 | SPRINGVILLE REDI MIX INC, 301 5TH ST N, SPRINGVILLE, IA 52336 | |
| 10925 | SPRINKLE, CLARITA, 6995 FORSYTHIA WAY, RENO, NV 89506 | |
| 10925 | SPRINKLE, MOLLIE K, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | SPRINKLE, MOLLIE, 1705 NORTHVIEW DRIVE, HAMPSTEAD, MD 21074 | |
| 10925 | SPRINKLE, THOMAS, 126 PARKER ST, A-12, ACTON, MA 01720 | |
| 10925 | SPRINKLE, Z, C/O REX SPRINKLE 2815 BULL CREEK ROAD, MARSHALL, NC 28753 | |
| 10925 | SPRINT - NATIONAL A/C, BOX 101465, ATLANTA, GA 30392 | |
| 10925 | SPRINT BUSINESS, PO BOX 8538-299, PHILADELPHIA, PA 19171 | |
| 10925 | SPRINT CANADA, PO BOX 4300, POSTAL STATION D, AGINCOURT, ON M1S 5H4CANADA | *VIA Deutsche Post* |
| 10925 | SPRINT CELLULAR, POBOX 70200, CHARLOTTE, NC 28272-0200 | |
| 10925 | SPRINT CONFERENCE LINE, PO BOX 101343, ATLANTA, GA 30392-1343 | |
| 10924 | SPRINT NORTH SUPPLY CO. WHSE, 135 GOODRICH DRIVE, BIRMINGHAM, AL 35217 | |
| 10924 | SPRINT NORTH SUPPLY CO., WHSE - 3301 W. MAIN STREET, LEESBURG, FL 34748 | |
| 10924 | SPRINT NORTH SUPPLY DIST. CENTER, 4001 NEW YORK AVENUE, ARLINGTON, TX 76014 | |
| 10924 | SPRINT NORTH SUPPLY- DO NOT USE, 600 NEW CENTURY PARKWAY, NEW CENTURY, KS 66031-8000 | |
| 10924 | SPRINT NORTH SUPPLY- DO NOT USE, 600 NEW CENTURY PKWY, NEW CENTURY, KS 66031-8000 | |
| 10924 | SPRINT NORTH SUPPLY- DO NOT USE, MAIL STATION 265, 600 NEW CENTURY PARKWAY, NEW CENTURY, KS 66031-8000 | |
| 10924 | SPRINT NORTH SUPPLY WAREHOUSE, 40 PEPE'S FARM ROAD, MILFORD, CT 06460 | |
| 10924 | SPRINT NORTH SUPPLY WHSE, 2777 E. CEDAR STREET, ONTARIO, CA 91761 | |
| 10924 | SPRINT NORTH SUPPLY WHSE, 33375 CENTRAL AVENUE, UNION CITY, CA 94587 | |
| 10924 | SPRINT NORTH SUPPLY, 16107 S.E. 98TH AVENUE, CLACKAMAS, OR 97015 | |
| 10924 | SPRINT NORTH SUPPLY, 25 STULTS ROAD, DAYTON, NJ 08810 | |
| 10924 | SPRINT NORTH SUPPLY, 500 SUMNER WAY, BLDG. A, NEW CENTURY, KS 66031 | |
| 10924 | SPRINT NORTH SUPPLY, 600 NEW CENTURY PARKWAY, NEW CENTURY, KS 66031-8000 | |
| 10924 | SPRINT NORTH SUPPLY, 600 NEW CENTURY PKWY, NEW CENTURY, KS 66031-8000 | |
| 10924 | SPRINT NORTH SUPPLY, 7730 AMERICAN WAY, GROVELAND, FL 34736 | |
| 10924 | SPRINT NORTH SUPPLY, 880 TECHNOLOGY DRIVE, FAYETTEVILLE, NC 28306 | |
| 10925 | SPRINT NORTH SUPPLY, DISTRIBUTION CENTER, WARSAW, IN 46580 | |
| 10924 | SPRINT NORTH SUPPLY, MAIL STATION 265, 600 NEW CENTURY PARKWAY, NEW CENTURY, KS 66031-8000 | |
| 10925 | SPRINT PCS, DEPT 0096, PALATINE, IL 60055-0096 | |
| 10925 | SPRINT PCS, PO BOX 2200, BEDFORD PARK, IL 60499-2200 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SPRINT PCS, PO BOX 62071, BALTIMORE, MD 21264-2071 | |
| 10925 | SPRINT UNITED TELEPHONE, PO BOX 490048, LEESBURG, FL 34749-0048 | |
| 10925 | SPRINT, PO BOX 101465, ATLANTA, GA 30392-1465 | |
| 10925 | SPRINT, PO BOX 170005, ALTAMONTE SPRINGS, FL 32717-0005 | |
| 10925 | SPRINT, PO BOX 27-1996, KANSAS CITY, MO 64180-1996 | |
| 10925 | SPRINT, PO BOX 30723, TAMPA, FL 33630-3723 | |
| 10925 | SPRINT, PO BOX 530503, ATLANTA, GA 30353-0503 | |
| 10925 | SPRINT, PO BOX 530504, ATLANTA, GA 30353-0504 | |
| 10925 | SPRINT, PO BOX 650270, DALLAS, TX 75265-0270 | |
| 10925 | SPRINT, PO BOX 650338, DALLAS, TX 75265-0338 | |
| 10925 | SPRINT, PO BOX 730067, DALLAS, TX 75373-0067 | |
| 10925 | SPRINT, PO BOX 740503, ATLANTA, GA 30374-0503 | |
| 10925 | SPRINT, PO BOX 96028, CHARLOTTE, NC 28296-0028 | |
| 10925 | SPRINT, POBOX 101465, ATLANTA, GA 30392-0000 | |
| 10925 | SPRINTANK INC., 191 PRODUCTION DR., SULPHUR, LA 70663 | |
| 10925 | SPRINTOUT INTERNET SERVICES, 50 CLIFFORD ST, PROVIDENCE, RI 02903-3886 | |
| 10925 | SPRINTOUT, 22 ALMEIDA AVE, EAST PROVIDENCE, RI 02914 | |
| 10924 | SPRITAS WRECKING, 700 WEST LIBERTY, LOUISVILLE, KY 40203 | |
| 10925 | SPROLES, MELISSA, 2076 TIMBER CREEK, MANDERVILLE, LA 70448 | |
| 10925 | SPROLL, WALTER, 1236 THORNTON RD, HOUSTON, TX 77018-3127 | |
| 10925 | SPROUL, JAMES, 77 ROBINHOOD DRIVE, CRANBERRY TWP, PA 16066 | |
| 10925 | SPROUSE, JAMES, RT 1 BOX 148, ENOREE, SC 29335-9613 | |
| 10925 | SPROUSE, KATTIE, 1212 METEE TRD, COLUMBIA, SC 29210 | |
| 10925 | SPROUSE, KENNETH, RT 4 BOX 354, LAURENS, SC 29360 | |
| 10925 | SPROUSE, NAOMI M, 23 PINE ST, INMAN, SC 29349 | |
| 10925 | SPROUSE, NAOMI, 108 WOODRUFF LANE, MOORE, SC 29369 | |
| 10925 | SPROUSE, WARREN, 132 SPROUSE LANE, FOUNTAIN INN, SC 29644 | |
| 10925 | SPROUT, STEPHEN, 1634 PINE CREST, GREEN BAY, WI 54313 | |
| 10924 | SPRUCE PINE HOSPITAL, 125 HOSPITAL DRIVE, SPRUCE PINE, NC 28777 | |
| 10925 | SPRUELL, JAMES, 6 MALLORY ST, GREENVILLE, SC 29609-4016 | |
| 10925 | SPRUIELL, JAYE, 1611 JOHNSON ROAD, IOWA PARK, TX 76367 | |
| 10925 | SPRUIELL, STANLEY, 4536 WENDOVER, WICHITA FALLS, TX 76309 | |
| 10925 | SPRUSON & FERGUSON, G PO BOX 3898, SYDNEY, NSW 2001AUSTRALIA | *VIA Deutsche Post* |
| 10925 | SPRUSON & FERGUSON, GPO BOX 3898, SYDNEY, W A 02001 | |
| 10925 | SPRY, CAROL, 22511 CALUMET AVE, LOWELL, IN 46356 | |
| 10925 | SPRY, NORMA, 1195 VERLEEN ST, KALAMAZOO, MI 49004 | |
| 10924 | SPS INC., 2 MADISON ROAD, FAIRFIELD, NJ 07004 | |
| 10924 | SPS SUPPLY INC, 2301 S. FRIEBUS AVENUE, TUCSON, AZ 85713 | |
| 10924 | SPS/BOEING BLDG 54, C/O CALIFORNIA WHOLESALE MAT'L SPL., LONG BEACH, CA 90801 | |
| 10924 | SPS/DIRECT TV, C/O CALIFORNIA WHOLESALE, CULVER CITY, CA 90230 | |
| 10924 | SPS/DIRECTV, C/O ACOUSTICAL MATERIAL SERVICES, CULVER CITY, CA 90230 | |
| 10924 | SPS/NORTHROP BLDG 4&5, C/O CALIFORNIA WHOLESALE MAT'L SPL., EL SEGUNDO, CA 90245 | |
| 10924 | SPS/UNITED AILINES-LAX, LAIRPORT, CA 90245 | |
| 10925 | SPSS, INC, 444 NORTH MICHIGAN AVE., CHICAGO, IL 60611 | |
| 10925 | SPSS, INC, DEPT. 77-6531, CHICAGO, IL 60678-6531 | |
| 10925 | SPUGLIO, JOSEPH, 1 PENNY LN, W PEABODY, MA 01960 | |
| 10925 | SPULICK, DONNA, 143 FAIRVIEW AVE, SOMERVILLE, NJ 08876 | |
| 10925 | SPURGEON, CALVIN, 515 AGEWOOD DR, SIMPSONVILLE, SC 29681 | |
| 10925 | SPURGEON, CHARLES, 2235 RIVER RD, GREER, SC 29650 | |
| 10925 | SPURGEON, CURTIS, 245 ARGUS CIRCLE, ATLANTA, GA 30331 | |
| 10925 | SPURGEON, DORIS, BOX 62 N RAILROAD ST, KILLBUCK, OH 44637 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SPURGEON, LYNN, 311 CEDARHILL ST, CEDARTOWN, GA 30125

10925   SPURGEON-KONG, WENDY, 1117 MANZANITA DR, PACIFICA, CA 94044-0000

10925   SPURGIN, DON, ROUTE 2 BOX 176, TECUMSEH, OK 74873-9734

10925   SPURGIN, KEITH, RT 8 11603 GADDY ROAD, SHAWNEE, OK 74801

10925   SPURLIN, ROBIN, 5993 HEATHER WOOD LA, RIVERDALE, GA 30296

10925   SPURLING, SPENCER, 4010 BALLGROUND HWY, CANTON, GA 30114

10925   SPURLOCK, CRAWFORD, BOX 235, ANDREWS, TX 79714

10925   SPURLOCK, ROY, 5700 CTY RD 630 EAST, FROSTPROOF, FL 33843

10925   SPW, 1880 JOY LAKE ROAD, LAKE CITY, GA 30260

10925   SPYCKABOER, ROBIN, 320 KENNETH PL, WYCKOFF, NJ 07481

10925   SQG MANAGEMENT CORPORATION, PO BOX 852, SLIDELL, LA 70459

10924   SQUAD-OPS/AMU, 222 BENNETT AVE. BLDG 90738, HURLBURT FIELD, FL 32544

10925   SQUARCIAFICO, FRANCES, 21300 SAWMILL COURT, BOCA RATON, FL 33498

10925   SQUARE D CO, BINGHAM ROAD, ASHEVILLE, NC 28806

10925   SQUARE D CO, PO BOX 3107, ASHEVILLE, NC 28811

10925   SQUARE D CO, RAKESH PATEL MGR ENV AFF, 19 WTERMAN AVE, TORONTO, ON M4B 1Y2CANADA   *VIA Deutsche Post*

10925   SQUARE D CO, RENEE STEPHENS, 8821 GARNERS FERRY RD, PO BOX 9247, COLUMBIA, SC 29290

10925   SQUARE D CO, RICHARD C WIDDOWSON DIR SAFETY,

10925   SQUARE D CO, WALTER W KURCZEWSKI VP,

10925   SQUARE D COMPANY, 1204 ERIE COURT, CROWN POINT, IN 46307

10925   SQUARE D COMPANY, PO BOX 75281, CHARLOTTE, NC 75281

10925   SQUARE D ELECTRIC CO, 2833 LINCOLN HWY, HIGHLAND, IN 46322

10925   SQUARE D SERVICES, 4410 CARVER WOODS DR., CINCINNATI, OH 45242

10925   SQUARE D SERVICES, PO BOX 101814, ATLANTA, GA 30392

10925   SQUARE D, 1771 HERCULES AVE N, CLEARWATER, FL 34625

10925   SQUARE D, 2035 CALUMET ST, CLEARWATER, FL 34625

10925   SQUARE, DANIEL, 200 PRINCE FREDRICK, KING OF PRUSSIA, PA 19406

10925   SQUIBB, DORIS, 805 BALDWIN AVE, 205, WAUKEGAN, IL 60085-2303

10924   SQUIER LUMBER COMPANY, 5 SQUIER AVENUE, MONSON, MA 01057

10925   SQUIER, JEANNETTE, 839 RICKY DR, GREEN BAY, WI 54302

10925   SQUIER, MELODY, 5418 YUKON DRIVE, SUN VALLEY, NV 89433

10925   SQUILLANTE, MADELON, 8544 BURTON WAY #203, LOS ANGELES, CA 90048

10925   SQUILLINI, EUGENE, PO BOX 62, FLORIEN, LA 71429

10925   SQUIRE SANDERS & DEMPSY KEN C MOORE, 1800 HUNTINGTON BLDG, CLEVELAND, OH 44115

10925   SQUIRE, ELLIS, RT 1 BOX 50, GARYSBURG, NC 27831

10925   SQUIRE, ERIC F, 5529 US 60-E, OWENSBORO, KY 42303-9776

10925   SQUIRE, ERIC, 6401 SUMMIT DRIVE, OWENSBORO, KY 42303

10925   SQUIRE, JONATHAN, 3675 TREEHAVEN BEND, OWENSBORO, KY 42303

10925   SQUIRE, LINDA, 1515 FOURTH AVE, ROANOKE RAPIDS, NC 27870

10924   SQUIRES BELT MATLS, 149 12TH AVE, SAN DIEGO, CA 92101

10924   SQUIRES BELT YARD, 149 12TH AVENUE, SAN DIEGO, CA 92112

10924   SQUIRES BELT, 149 12TH AVE., SAN DIEGO, CA 92112

10925   SQUIRES, JULIAN, 5554 INDIAN HILL DR, SIMI VALLEY, CA 93063

10925   SQUITIERI, VINCENT, 128 SALEM RD, BILLERICA, MA 01821

10924   SR CONS PROPERTY ACCOUNT, EDGEWOOD AREA BLDG. E5185, ABERDEEN PROVING GROUND, MD 21010-5000

10925   SR INTERIORS, INC, 2102 MADISON AVE., HAMILTON, OH 45015-1157

10924   SR MCALESTER ARMY AMMO PLANT, CONS-W44W9M, MCALESTER, OK 74501-5000

10925   SR RADANES BRUNET, URB EL CORTIJO, BAYAMON, PR 00956-5714

10925   SRA LIFE SCIENCES, 8110 GATEHOUSE ROAD, SUITE 600 WEST TOWER, FALLS CHURCH, VA 22042

10925   SRD INC, 5 ACRE ROAD, PLEASANT GROVE, AL 35127

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SRD INC., ATTN:  ACCOUNTS PAYABLE, PLEASANT GROVE, AL 35127

10924    SRD, INC., 4550 US HWY. 411, GADSDEN, AL 35901

10924    SRD, INC., 5 ACRE ROAD, PLEASANT GROVE, AL 35127

10924    SRD, INC., CAMBRIDGE, MA 02140

10924    SRD, INC., DRAWER 579, PLEASANT GROVE, AL 35127

10924    SRD, INC., P. O. DRAWER 579, PLEASANT GROVE, AL 35127

10924    SRD, INC., PO DRAWER 579, PLEASANT GROVE, AL 35127

10924    SRD, INC., REDSTONE ARSENAL, HUNTSVILLE, AL 35809

10924    SRD/ADVANTAGE CONSTR. SYSTEMS, C/O METALITE, FLOWERY BRANCH, GA 30542

10925    SREDL, ROBERT, 13000 SOUTH HILLS DRIVE, RENO, NV 89511

10925    SREY, SARIN, 212 PARKLANE AVE., HAMILTON, NJ 08609

10925    SRI CONSULTING, 333 RAVENSWOOD AVE, PO BOX 2769, MENLO PARK, CA 94025-2769

10925    SRI CONSULTING, PO BOX 2769, MENLO PARK, CA 94025-2769

10925    SRI INTERNATIONAL, PO BOX 2769, MENLO PARK, CA 94025-2769

10924    SRI, INC., 2140-B PITTS SCHOOL RD., CONCORD, NC 28027

10925    SRI/HART BENEFIT SERVICES, 1400 FRONT AVE SUITE 200, LUTHERVILLE, MD 21093

10925    SRM ENGINEERING, PO BOX 461, DRACUT, MA 01826

10925    SRNECZ, JEAN, 9 MOLASSES HILL RD., LEBANON, NJ 08833

10925    SROMALSKI, SUSAN, N95 W16732 CUMBERLAND ROAD, MENOMONEE FALLS, WI 53051

10925    SRP, PO BOX 2950, PHOENIX, AZ 85062-2950

10925    SRS REPORTING SERVICE INC, 7817 ORACLE PLACE, POTOMAC, MD 20854

10924    SRS&R - MEGA MIX, 9595 E. MCKELLIPS ROAD, SCOTTSDALE, AZ 85256

10925    SRSNE SITE PRP GROUP, 30 PURGATORY RD, MOUNT VERNON, NH 03057-0310

10925    SRSNE SITE PRP GROUP, 30 PURGATORY RD., MOUNT VERNON, NH 03057-0310

10925    SRTDA BUSINESS SERVICES INC, 399 NW BOCA RATON BLVD, BOCA RATON, FL 33432

10925    SS&C TECHNOLOGIES INC, 80 LAMBERTON ROAD, WINDSOR, CT 06095

10925    SSB ELECTRONICS INC, 2256 MAIN ST SUITE 18, CHULA VISTA, CA 91911

10925    SSF ATTRACTIONS, 101 FOURTH ST., SAN FRANCISCO, CA 94103

10925    SSG, INCORPORATED, 2033 US HIGHWAY 130, STE A, MONMOUTH JUNCTION, NJ 08852-3003

10925    SSI (U.S.) INC., PO BOX 98991, CHICAGO, IL 60693

10924    SSI INC., 901 N. 13TH. STREET, ROGERS, AR 72756

10924    SSI INC., P.O. BOX 824, SPRINGDALE, AR 72765

10924    SSI INCORP, P.O.BOX 824, SPRINGDALE, AR 72765

10925    SSM MEDICAL GROUP, 505 COUCH AVE SUITE 245, KIRKWOOD, MO 63122

10925    SSOE, INC, 1001 MADISON AVE, TOLEDO, OH 43624

10925    SST INDUSTRIES, INC, 154 COMMERCE BLVD, LOVELAND, OH 45140

10925    SST INDUSTRIES, PO BOX 960811, CINCINNATI, OH 45296

10925    ST ANTHONY CONTINUING CARE, 767 30TH ST, ROCK ISLAND, IL 61201

10925    ST ANTHONY'S, 10100 KENNERLY, SAINT LOUIS, MO 63128

10924    ST AUGUSTINE CAST STONE, ATTN: ACCOUNTS PAYABLE, PONTE VEDRA BEACH, FL 32004

10924    ST BANAVENTURE UNIVERSITY, CENTRAL RECEIVING, SAINT BONAVENTURE, NY 14778

10924    ST CATHERINE RDY MX CONCR, P.O.BOX 1443, NATCHEZ, MS 39120

10924    ST CHARLES HOSPITAL, 200 BELLE TERRE ROAD, PORT JEFFERSON, NY 11777

10924    ST CHARLES HOSPITAL, PAUL MAILLARD RD., LULING, LA 70070

10925    ST CHARLES, K, 1286 104TH AVE, OAKLAND, CA 94603

10925    ST CLAIR COUNTY DHR, POBOX 1905, PELL CITY, AL 35125

10925    ST CLAIR COUNTY HOSPITAL, 1000 BARVER HILL RD, PITTSBURGH, PA 15241

10925    ST CLAIR, MERLON, 201 W MEADOW RD, LOWELL, MA 01854

10924    ST CLAIRE HOSPITAL, 1000 BOWER HILL ROAD, PITTSBURGH, PA 15243

10924    ST CLOUD HOSPITAL, 1406 6TH AVENUE NORTH, SAINT CLOUD, MN 56303

10925    ST CROIX, SANDRA, 95A COLLINS ST, DANVERS, MA 01923-3560

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ST CYR, LISA A, POBOX 80, ARLINGTON, MA 02476-0001

10925   ST DEPT OF ASSESS & TAX, 301 W PRESTON ST, BALTIMORE, MD 21201-2395

10924   ST EDWARDS HOSPITAL, 73RD AND ROGERS AVE, FORT SMITH, AR 72903

10924   ST ELIZABETH HOSP C/O SPRAY INS, 1431 N CLAIRMONT AVE, CHICAGO, IL 60622

10924   ST FRANCES SCHOOL, 345 N.PINEY POINT, HOUSTON, TX 77063

10924   ST FRANCIS C/O WYATT, 1213 DASCHBACH, PITTSBURGH, PA 15236

10925   ST FRANCIS HEALTH CENTERS, 4930 OAKTON ST, SKOKIE, IL 60077

10925   ST GEORGE, LOIS, 150 ADAMS ST, LEXINGTON, MA 02173

10925   ST GEORGE, MICHAEL J, 91 LAKE AVE, WALPOLE, MA 02081-3217

10924   ST GERTRUDES CHURCH, C/O WESTSIDE BUILDING MATERIALS, 7025 S. GARFIELD, BELL GARDENS, CA 90201

10925   ST GERTRUDS CHURCH, 315 BROADWAY, SUTTONS BAY, MI 49682-9601

10924   ST GOBAIN PERFORMANCE PLASTICS, 335 N DIAMOND ST, RAVENNA, OH 44266

10925   ST HILAIRE, MARK, 168 OUTLOOK AVE, CHESHIRE, MA 01225

10924   ST JAMES HOSPITAL, 411 CANISTEO STREET, HORNELL, NY 14843

10925   ST JANE DE CHANTAL, 5201 S MCVICKER, CHICAGO, IL 60638

10925   ST JEAN, RUTH, 186 BOURNE AVE, RUMFORD, RI 02916

10925   ST JEANS CREDIT UNION, 527 WESTERN AVE, LYNN, MA 01904

10925   ST JOHN COMPANIES, THE, 28460 AVE STANFORD, SUITE 210, VALENCIA, CA 91338

10925   ST JOHN, KELVIN, 19520 NW 7TH AVE, MIAMI, FL 33169

10924   ST JOHN, OBERDORF, WILLIAMS, EDINGT, 1 GATEWAY CTR, NEWARK, NJ 07102-5311

10925   ST JOHN, TERRY, 2144 W. LA LOMA DR, RANCHO CORDOVA, CA 95670

10925   ST JOHN, TYRONE, 360 APPLE ST, CRAIG, CO 81625

10925   ST JOHNS CHURCH, CAMBRIDGE SENIOR CENTER, CAMBRIDGE, MA 02140

10925   ST JOHNS COMPANIES, THE, PO BOX, LOS ANGELES, CA 90051-5563

10925   ST JOHNS EPISCOPAL CHURCH, PO BOX 276, EAST WAKEFIELD, NH 03830

10924   ST JOHNS HOSPITAL, ADERHOLT, STOCKTON, CA 95267

10925   ST JOHNS RENOVATION FUND, 2254 MASS AVE, CAMBRIDGE, MA 02140

10925   ST JOHNS RESTORATION FUND, 35 BOWDOIN ST, BOSTON, MA 02114

10925   ST JOHNS SEMINARY, 127 LAKE ST, BRIGHTON, MA 02135-3846

10925   ST JOHN'S UNIV C/O BAHL INSULATION, CONLAR CONSTRUCTION JOB SITE, COLLEGEVILLE, MN 56321

10925   ST JOSEPH HOSPITAL, 200 HIGH SERVICE AVE, NORTH PROVIDENCE, RI 02904-5199

10924   ST JOSEPHS FOUR BED ICU, C/O BUNCOMB CONSTRUCTION, ST JOSEPHS HOSPITAL, 425 BILTMORE AVE, ASHEVILLE, NC 28813

10925   ST JOSEPHS MEMORIAL FUND, 140 BROAD ST, SWEDESBORO, NJ 08085

10924   ST JOSEPHS, ADERHOLD, STOCKTON, CA 95267

10925   ST KELLEY, JORDAN, 702 ALMOND, WATSONVILLE, CA 95076

10925   ST LAURENT, SCOTT, PO BOX 1361, LEAGUE CITY, TX 77573

10925   ST LAURENT, WILLIAM, 602 BEAUPRE AVE, GREEN BAY, WI 54301

10924   ST LAWRENCE UNIVERSITY, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924   ST LAWRENCE CEMENT, ROUTE 9W, P. O. BOX 31, CATSKILL, NY 12414

10924   ST LAWRENCE CEMENT, U.S. OPERATIONS, HAGERSTOWN, MD 21742

10924   ST LAWRENCE CHEMICAL, 35 VULCAN STREET, REXDALE, IT M9W 1L3TORONTO     *VIA Deutsche Post*

10925   ST LOUIS CONSTRUCTION NEWS & REVIEW, 107 W PACIFIC, SAINT LOUIS, MO 63119

10924   ST LOUIS PAPER & BOX CO, P.O.BOX 8260, SAINT LOUIS, MO 63156

10925   ST LOUIS PRESTRESS, 13 COUGAS DR, EDWARDSVILLE, IL 62025

10925   ST LUCIE COUNTY LANDFILL, 6120 GLADES CUT-OFF ROAD, FT PIERCE, FL 34982

10925   ST LUCIE COUNTY TAX COLL, PO BOX 308, FORT PIERCE, FL 34954-0308

10924   ST LUKE'S C/O SPRAY INSULATION, 2900 W. OKLAHOMA AVE., MILWAUKEE, WI 53215

10925   ST MARK LUTHERAN CHURCH, 248 BROADWAY, NORWICH, CT 06360-3503

10925   ST MARTIN, DOUGLAS A, 12420 FOUR MILE RD, FRANKSVILLE, WI 53126-9519

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ST MARY MAGDALENE, 2252 WOODRUFF ROAD, SIMPSONVILLE, SC 29681

10925   ST MARYS HOSPITAL & MEDICAL CENTER, 707 S MILLS ST, M ADISON, WI 53715

10924   ST MARY'S HOSPITAL C/O BAHL INSUL., 1216 2ND ST SW, ROCHESTER, MN 55902

10925   ST MORITZ INVESTIGATIONS, 4600 CLAIRTON BLVD, PITTSBURGH, PA 15236

10925   ST NICHOLASY, MICHAEL VINCENT, 4111 PALADINO, BACLIFF, TX 77518-2634

10925   ST OF MICHIGAN ASST ATTY-, 640 LAW BLDG, LANSING, MI 48193

10924   ST OLIN - CHEM LAB, CORNELL UNIVERSITY, ITHACA, NY 14850

10925   ST PATRICK ROMAN CATHOLIC CHURCH, 53 ST PATRICKS PL, STATEN ISLAND, NY 10306-1640

10924   ST PAUL CIVIC CENTER C/O MULCHAEY, 300 EAGLE STREET, SAINT PAUL, MN 55102

10924   ST PETER'S HOSPITAL, DAVIS ACOUSTICAL, ALBANY, NY 12212

10925   ST PIERRE, DONNA, 18 ANGLEWOOD AVE, JOHNSTON, RI 02919

10925   ST PIERRE, GENEVIEVE, 15 HIGGINS ST, SMITHFIELD, RI 02917

10925   ST PIERRE, JANIE, 417 EVANGELINE RD, LAPLACE, LA 70068

10925   ST PIERRE, PAUL, 16 SYLVAN ST, CENTRAL FALLS, RI 02863

10925   ST PIERRE, RONNIE, PO BOX 568, LAROSE, LA 70373

10925   ST PIERRE, TESSIE, 18535 PROSPECT, BELTON, MO 64012

10925   ST ROMAIN, PRENTISS, PO BOX 557, MARKSVILLE, LA 71351

10924   ST ROSE COLLEGE, STUDENT ACTIVITIES CENTER, ALBANY, NY 12200

10925   ST STEPHENS ARMENIAN CHURCH, 38 ELTON AVE, WATERTOWN, MA 02172

10924   ST TAMMANY HOSPITAL, 516 W. 11TH AVE, COVINGTON, LA 70433

10924   ST THOMAS/OPUS HALL, 30 SOUTH TENTH STREET, MINNEAPOLIS, MN 55403

10925   ST TROPEZ, 455 E HARMON AVE, LAS VEGAS, NV 89109

10924   ST VINCENT RANDOLPH, ST. VINCENT/GREENVILLE PIKE, WINCHESTER, IN 47394

10925   ST VINCENTS OCCUPATIONAL HEALTH, PO BOX 2153 DEPT 3266, BIRMINGHAM, AL 35287-0001

10925   ST, CHRISTINE, 5254 CANGAS DRIVE, AGOURA HILLS, CA 91301

10925   ST. AGNES HEALTHCARE, KITCH DRUTCHAS WAGNER & KENNY PC, ONE WOODWARD AVE 10TH
        FL, DETROIT, MI 48226-3412

10924   ST. AGNES HOSPITAL, 305 NORTH STREET, WHITE PLAINS, NY 10601

10924   ST. AMBROSE COLLEGE-BUILDERS SALES, NEW LIBRARY, DAVENPORT, IA 52804

10925   ST. AMBROSE SCHOOL, PO BOX 999, DEERFIELD BEACH, FL 33443

10924   ST. ANDREWS CHURCH, HOPKINS, MN 55343

10925   ST. ANDREWS EPISCOPAL SCHOOL, 8935 BRADMOOR DR, BETHESDA, MD 20817

10924   ST. ANNS OF GREATER ROCHESTER, 4483 BUCKLEY ROAD, LIVERPOOL, NY 13089

10925   ST. ANSELM COLLEGE, 100 ST. ANSELM DR, MANCHESTER, NH 03102

10924   ST. ANTHONY HOSPITAL, 8500 NORTH ALCOTT STREET, WESTMINSTER, CO 80030

10924   ST. ANTHONY MEDICAL CENTER, SAINT LOUIS, MO 63128

10925   ST. ANTHONYS CATHOLIC CHURCH, 307 GOWER ST, GREENVILLE, SC 29611

10924   ST. ANTHONY'S MEDICAL CENTER, 10010 KENNERLY RD., SAINT LOUIS, MO 63110

10924   ST. ANTHONY'S MEDICAL CENTER, 1201 SOUTH MAIN STREET, CROWN POINT, IN 46307-8483

10924   ST. ANTHONY'S MEDICAL CENTER, 1201 SOUTH MAIN, CROWN POINT, IN 46307

10924   ST. AUGUSTINE CAST STONE &, 3940 LEWIS SPEEDWAY, SAINT AUGUSTINE, FL 32095

10924   ST. BARNABAS MEDICAL CENTER, 190 SOUTH ORANGE AVENUE, LIVINGSTON, NJ 07039

10924   ST. BARNABAS MEDICAL CENTER, C/O CENTRAL ENTERPRISES, 94 OLD SHORT HILLS ROAD,
        LIVINGSTON, NJ 07039

10924   ST. BARNABAS MEDICAL CENTER, OLD SHORTHILLS RD, LIVINGSTON, NJ 07039

10924   ST. BERNARD MEDICAL ARTS BUILDING, 821 S. CHURCH STREET, JONESBORO, AR 72401

10924   ST. CATHERINE READY MIX CO, HWY 61, WASHINGTON, MS 39190

10924   ST. CATHERINE READY MIX CO, LORMAN, MS 39096

10924   ST. CATHERINE READY MIX CO, LOWER WOODVILLE RD, NATCHEZ, MS 39120

10924   ST. CATHERINE READY MIX CONC., P O BOX 1443, NATCHEZ, MS 39120

10924   ST. CHARLES CASINO, 1346 SOUTH MAIN STREET, SAINT CHARLES, MO 63301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ST. CHARLES CO. GOV'T. CENTER, 118 N. SECOND STREET, SAINT CHARLES, MO 63301

10924   ST. CHARLES COMM. COLLEGE, 102 COMPASS POINT ROAD, SAINT CHARLES, MO 63301

10924   ST. CHARLES HOSPITAL EXPANSION, 1057 PAUL MAILLARD (LA. HWY 52), LULING, LA 70070

10924   ST. CHARLES READY MIX CO., INC., 410 SOUTH TYLER RD., SAINT CHARLES, IL 60174

10924   ST. CHARLES READY MIX CO., INC., PO BOX886, ELGIN, IL 60121

10924   ST. CHARLES READY MIX, P O BOX 886, ELGIN, IL 60121

10924   ST. CLAIR HOSPITAL, 1000 BARHILL ROAD, PITTSBURGH, PA 15243

10925   ST. CLAIR, KIMBERLY, 960 INDEPENDENCE, MORGANTOWN, WV 26505

10925   ST. COLETTAS OF ILLINOIS, 7361 S. MEADE AVE., BEDFORD PARK, IL 60638

10925   ST. CROIX, JOHN, 301 G ST SW APT. 303, WASHINGTON, DC 20024

10925   ST. CYR, KEVIN, 541 BERMUDA DUNES ST, ONTARIO, CA 91761

10924   ST. EDWARD BAPTIST CHURCH, 915 6TH AVENUE SOUTH, NASHVILLE, TN 37243

10924   ST. EDWARD CATHOLIC CHURCH & SCHOOL, P.O. BOX 120129, NASHVILLE, TN 37212

10924   ST. EDWARD MERCY MEDICAL, 7300 ROGERS AVE., FT. SMITH, AR 72900

10925   ST. ELIZABETH ANN SETON CHURCH, 4121 ST. ELIZABETH DR, KENNER, LA 70065

10924   ST. ELIZABETH HOME, 5725 POST ROAD, EAST GREENWICH, RI 02818

10924   ST. ELIZABETH HOSPITAL, C/O THERMO SPRAY OF INDIANA, LAFAYETTE, IN 46011

10924   ST. ELIZABETH MEDICAL CENTER, 2100 MADISON AVENUE, GRANITE CITY, IL 62040

10924   ST. ELIZABETH MEDICAL CENTER, 2209 GENESEE STREET, UTICA, NY 13501

10925   ST. ELIZABETHS HOSPITAL, 2700 MARTIN LUTHER KING AVE S.E., WASHINGTON, DC 20032

10924   ST. FARMERS MARKET, 502  SMITH AVENUE, THOMASVILLE, GA 31792

10925   ST. FLEUR, NIXON, 90-92 BOW ST, MEDFORD, MA 02155

10924   ST. FRANCES MEDICAL CENTER, 8800 NORTH RT. 91, PEORIA, IL 61601

10924   ST. FRANCIS CABRINI HOSPITAL, 3300 MASONIC DR. (HWY 65 BUSINESS), ALEXANDRIA, LA 71301

10924   ST. FRANCIS CABRINI HOSPITAL, 3301 PRESCOTT ROAD, ALEXANDRIA, LA 71301

10924   ST. FRANCIS COLLEGE, 180 REMSEN ST, BROOKLYN, NY 11203

10925   ST. FRANCIS HEALTH SYSTEM, PO BOX 751632, CHARLOTTE, NC 28275-1632

10924   ST. FRANCIS HOSPITAL & MEDICAL CTR., 1700 S.W. 7TH STREET, TOPEKA, KS 66606

10924   ST. FRANCIS HOSPITAL & MEDICAL CTR., CAMBRIDGE, MA 99999

10924   ST. FRANCIS HOSPITAL, 1700 S.W. 7TH STREET, TOPEKA, KS 66606

10924   ST. FRANCIS HOSPITAL, 1700 WEST 6TH STREET, TOPEKA, KS 66608

10924   ST. FRANCIS HOSPITAL, 1ST STREET FRANCIS DRIVE, GREENVILLE, SC 29601

10924   ST. FRANCIS HOSPITAL, C/O WYATT INC., ONE ST. FRANCIS WAY, CRANBERRY TOWNSHIP, PA 16066

10924   ST. FRANCIS HOSPITAL, CONROY, SAINT PAUL, MN 55116

10924   ST. FRANCIS HOSPITAL, ICU EXPANSION, PEORIA, IL 61637

10924   ST. FRANCIS MEDICAL CENTER NORTH, DICK CORP / DAN LEMON, 1 ST. FRANCES WAY, CRANBERRY TOWNSHIP, PA 16066

10924   ST. FRANCIS MEDICAL CENTER, HALL STREET, MONROE, LA 71201

10924   ST. FRANCIS MEDICAL CENTER, VINFRED, 400 45TH STREET, PITTSBURGH, PA 15201

10924   ST. FRANCIS MIDDLE SCHOOL, CLASSIC DRYWALL, SAINT FRANCIS, MN 55070

10924   ST. FRANCIS PARKER SCHOOL, 330 W. WEBSTER AVE., CHICAGO, IL 60614

10924   ST. FRANCIS SCHOOL, C/O MINUTE OGLE, ST. FRANCIS, MN 99999

10924   ST. FRANCOIS COUNTY CONCRETE, 305 T.J.STEWART DRIVE, PARK HILLS, MO 63601

10924   ST. GABRIEL LABORATORIES, 14540 JOHN MARSHALL HWY., GAINESVILLE, VA 20155

10925   ST. GALLER ZENTRUM FUR, DUFOURSTRASSE 28, ST GALLEN, 09000SWITZERLAND     **\*VIA Deutsche Post\***

10925   ST. GEORGE CATHEDRAL, 523 EAST BROADWAY, SOUTH BOSTON, MA 02127

10924   ST. GEORGE EPISCOPAL CHURCH, 4715 HARDING RD., NASHVILLE, TN 37205

10924   ST. GEORGES EPISCOPAL CHURCH, P.O. BOX 120129, NASHVILLE, TN 37212

10925   ST. GERMAINE, DUANE, POST OFFICE BOX 751, GLOVERVILLE, SC 29828

10924   ST. HELEN CONCRETE INC, 1145 N M-76, SAINT HELEN, MI 48656

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ST. HELEN EXCAVATING, INC., 1145 HWY NM76, SAINT HELEN, MI 48656

10924    ST. HELEN EXCAVATING, INC., 1145 N M-76, SAINT HELEN, MI 48656

10924    ST. HENRY TILE CO, 281 W. WASHINGTON, SAINT HENRY, OH 45883

10925    ST. HILAIRE, KELLY, 44 HAYDEN RD, HOLLIS, NH 03049

10924    ST. IGNATIUS HIGH SCHOOL, 1985 MANCHESTER ROAD, AKRON, OH 44314

10924    ST. IVES COUNTRY CLUB, MEDLOCK BRIDGE ROAD, DULUTH, GA 30136

10924    ST. JAMES, 10 ST. JAMES STREET, BOSTON, MA 02119

10925    ST. JEAN, DAWN, 10 SE 14 ST APT 1, DANIA, FL 33004

10925    ST. JEAN, KEITH, 44 WALKER ST FL 1, LEOMINSTER, MA 01453

10925    ST. JEANS CREDIT UNION, 527 WESTERN AVE, LYNN, MA 01904

10924    ST. JOE'S HOSPITAL, 19 MILE ROAD & GARFIELD ROAD, CLINTON, MI 49236

10924    ST. JOE'S HOSPITAL, LEXINGTON, KY 40500

10925    ST. JOHN COMPANIES, 28460 AVE. STANDFORD, STE. 210, RESEDA, CA 91335

10925    ST. JOHN COMPANIES, PO BOX 51263, LOS ANGELES, CA 90051-5563

10924    ST. JOHN'S CHURCH, 1617 E. EMERSON ST., BLOOMINGTON, IL 61701

10924    ST. JOHN'S HOSPITAL - PRAIRIE HEART, 619 EAST MASON STREET, SPRINGFIELD, IL 62769

10924    ST. JOHNS HOSPITAL, 1575 BEAM, MAPLEWOOD, MN 55109

10924    ST. JOHNS HOSPITAL, 22101 MOROSS STREET, GROSSE POINTE WOODS, MI 48236

10924    ST. JOHNS HOSPITAL, 22101 MOROSS, DETROIT, MI 48236

10924    ST. JOHN'S MERCY MEDICAL CENTER, SAINT LOUIS, MO 63141

10924    ST. JOHNS PAINTING, CAMBRIDGE, MA 02140

10925    ST. JOHNS SCHOOL FOR, 532 DELSEA DRIVE, WESTVILLE, NJ 08093

10924    ST. JOHN'S UNIVERSITY, OFF 168TH ST. @ UNION TURNPIKE, FLUSHING, NY 11364

10924    ST. JOHN'S VILLAGE, 1114 DELMAR, AUSTIN, TX 78752

10924    ST. JOHN'S WEST SHORE, 29000 CENTER RIDGE ROAD, WESTLAKE, OH 44145

10924    ST. JON LABORATORIES, INC., 1656 WEST 240TH STREET, HARBOR CITY, CA 90710

10924    ST. JOSEPH HOSPITAL PARKING GARGE, 101 UNION AVE, SYRACUSE, NY 13203

10924    ST. JOSEPH HOSPITAL, 1824 MURDOCH AVENUE, PARKERSBURG, WV 26102

10924    ST. JOSEPH HOSPITAL, C/O WARCO CONSTRUCTION, ASHEVILLE, NC 28815

10924    ST. JOSEPH HOSPITAL, CINCINNATI, OH 45200

10924    ST. JOSEPH HOSPITAL, RUSSELL PAVILION, DENVER, CO 80218

10924    ST. JOSEPH MEDICAL CENTER, C/O ASC INSULATION & FIREPROOFING, JOLIET, IL 60435

10924    ST. JOSEPH MISHAWAKA HOSPITAL, 215 WEST 4TH STREET, MISHAWAKA, IN 46544

10925    ST. JOSEPH OCCUPATIONAL HEALTHCARE, PO BOX 9208, FOUNTAIN VALLEY, CA 92708

10924    ST. JOSEPH ONCOLOGY MEDICAL CTR., 1915 LAKE AVENUE, PLYMOUTH, IN 46563

10925    ST. JOSEPHS CHURCH, 118 W. LEMON ST, LAKELAND, FL 33802

10924    ST. JOSEPH'S COLLEGE ALPHONSE CTR., WHITESBRIDGE ROAD, STANDISH, ME 04084

10925    ST. JOSEPHS HOSPITAL FOUNDATION, 7620 YORK ROAD, TOWSON, MD 21204

10924    ST. JOSEPH'S HOSPITAL, 15445 DEPOT LANE, UPPER MARLBORO, MD 20772

10924    ST. JOSEPHS HOSPITAL, 333 N. MADISON, JOLIET, IL 60435

10924    ST. JOSEPH'S HOSPITAL, MADISON AVENUE & MARKET STREET, ELMIRA, NY 14903

10924    ST. JOSEPH'S HOSPTIAL, CAMBRIDGE, MA 02140

10924    ST. JOSEPH'S MANOR, 6448 MAIN STREET, TRUMBULL, CT 06611

10924    ST. JOSEPH'S UNIVERSITY, 54TH & CITYLINE AVE, PHILADELPHIA, PA 19092

10924    ST. JOSEPHS, 333 N. MADISON, JOLIET, IL 60435

10925    ST. JUDE CATHOLIC CHURCH, 50 EDGEWOOD ROAD NW, CEDAR RAPIDS, IA 52405

10925    ST. JUDE CHILDRENS, 501 ST. JUDE PLACE, MEMPHIS, TN 38105

10924    ST. JUDE HOSPITAL, DANNY THOMAS & 2ND AVE., MEMPHIS, TN 38100

10924    ST. JUDE PATIENT TOWER, 312 N. LAUDERDALE, MEMPHIS, TN 38105

10925    ST. LANDRY/EVANGELINE UNITED WAY, C/O GREG HEBERT-VALERO PO BOX 453, KROTZ SPRINGS, LA 70750-0453

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ST. LAWRENCE CEMENT, 1260 SECURITY ROAD, HAGERSTOWN, MD 21742 | |
| 10924 | ST. LAWRENCE CEMENT, 3 COLUMBIA CIRCLE, ALBANY, NY 12203 | |
| 10924 | ST. LAWRENCE CEMENT, 600 SECURITY RD. EXTENDED, HAGERSTOWN, MD 21740 | |
| 10924 | ST. LAWRENCE CHEM INC., 35 VULCAN STREET, ETOBICOKE, ON M9W 1L3TORONTO | *VIA Deutsche Post* |
| 10924 | ST. LAWRENCE CHEM INC., 35 VULCAN STREET, REXDALE, IT M9W 1L3TORONTO | *VIA Deutsche Post* |
| 10924 | ST. LAWRENCE CHEMICAL INC., 19201 AVE. CLARK GRAHAM, BAIE D'URFE, IT H9X 3P5TORONTO | *VIA Deutsche Post* |
| 10924 | ST. LAWRENCE CHEMICAL INC., 19201 AVE. CLARK GRAHAM, BAIE D'URFE, QUEBEC, IT H9X 3P5TORONTO | *VIA Deutsche Post* |
| 10924 | ST. LAWRENCE CHEMICAL INC., 35 VULCAN STREET, REXDALE, ON M9W 1L3TORONTO | *VIA Deutsche Post* |
| 10924 | ST. LAWRENCE CHEMICAL, 19201 AVE CLARK GRAHAM, BAIE-D'URFE, QC H9X 3P5TORONTO | *VIA Deutsche Post* |
| 10924 | ST. LAWRENCE UNIV-DANA DINING HALL, PARK STREET, CANTON, NY 13617 | |
| 10924 | ST. LAWRENCE UNIVERSITY, NEW FIELD HOUSE, CANTON, NY 13617 | |
| 10925 | ST. LEDGER, NORMA, 9956 SW 153RD ST, MIAMI, FL 33157 | |
| 10925 | ST. LEONARD SCHOOL BUILDING FUND, 39502 SUNDALE COURT, FREMONT, CA 94538 | |
| 10924 | ST. LOUIS BRIDGE CONSTRUCTION CO, 655 LANDMARK DRIVE, ARNOLD, MO 63010 | |
| 10924 | ST. LOUIS CHILDREN'S HOSPITAL, 500 S. KINGS HIGHWAY, SAINT LOUIS, MO 63110 | |
| 10924 | ST. LOUIS FEDERAL CENTER, BUILDING #104, SAINT LOUIS, MO 63120 | |
| 10924 | ST. LOUIS MAIN POST OFFICE, 1600 MARKET STREET, SAINT LOUIS, MO 63135 | |
| 10924 | ST. LOUIS PAPER AND BOX CO.,INC., 3843 GARFIELD AVE., SAINT LOUIS, MO 63113 | |
| 10924 | ST. LOUIS PRESTRESS INC, 16 COMMERCIAL COURT, GLEN CARBON, IL 62034 | |
| 10924 | ST. LOUIS PRESTRESS, 16 COMMERCIAL COURT, GLEN CARBON, IL 62034 | |
| 10924 | ST. LOUIS PSYCHIATRIC HOSPITAL, C/O NIEHAUS CONSTRUCTION, SAINT LOUIS, MO 63110 | |
| 10925 | ST. LOUIS SCHOOL, PO BOX 155, ROUTE 108, CLARKSVILLE, MD 21029 | |
| 10924 | ST. LOUIS SCIENCE CENTER, SAINT LOUIS, MO 63110 | |
| 10925 | ST. LOUIS UNIVERSITY, PO BOX 8005, SAINT LOUIS, MO 63156 | |
| 10924 | ST. LUKES 5TH FLOOR EDITION, 1703 LAMBERT ST, JACKSONVILLE, FL 32216 | |
| 10924 | ST. LUKE'S CLINIC, 1026 A. AVENUE NE, CEDAR RAPIDS, IA 52402 | |
| 10924 | ST. LUKES HOSP C/O BAHL INSUL, 915 EAST 1ST STREET, DULUTH, MN 55805 | |
| 10924 | ST. LUKE'S HOSPITAL, 114TH AND ARMSTEAD, NEW YORK, NY 10001 | |
| 10924 | ST. LUKES HOSPITAL, 208 CASCADE DRIVE, ALLENTOWN, PA 18109 | |
| 10924 | ST. LUKES HOSPITAL, 915 E. 1ST STREET, DULUTH, MN 55805 | |
| 10924 | ST. LUKES HOSPITAL, C/O MADER SOUTHEAST, JACKSONVILLE, FL 32216 | |
| 10924 | ST. LUKE'S HOSPITAL, FARGO, ND 58102 | |
| 10924 | ST. LUKE'S RESIDENTIAL HEALTH CARE, 299 EAST RIVER ROAD, OSWEGO, NY 13126 | |
| 10924 | ST. MARGARET MERCY HEALTHCARE, C/O SPRAY INSULATION, 24 JOLIET STREET ROUTE 30, DYER, IN 46311-1705 | |
| 10925 | ST. MARGARET MERCY OCC. HEALTH, PO BOX 1000, DYER, IN 46311 | |
| 10925 | ST. MARGARET OF YORK CHURCH, 9483 COLUMBIA ROAD, LOVELAND, OH 45140 | |
| 10924 | ST. MARIES HOSPITAL, BILL COX PLASTERING, TUCSON, AZ 85701 | |
| 10924 | ST. MARTIN IN THE FIELDS, 3110 ASHFORD DUNWOODY RD. NE, ATLANTA, GA 30319 | |
| 10924 | ST. MARY OF THE ANGELS, 201 REIST STREET, WILLIAMSVILLE, NY 14221 | |
| 10924 | ST. MARY'S EAST TOWER RENOVATION, 1216 2ND STREET, ROCHESTER, MN 55902 | |
| 10924 | ST. MARY'S FALLS CANAL, ATTN. WAREHOUSE, SAULT SAINTE MARIE, MI 49783 | |
| 10924 | ST. MARYS HEALTH & FITNESS, 51 EAST EMERY RD., POWELL, TN 37849 | |
| 10924 | ST. MARY'S HOSPITAL OZAUKEE, 1311 PORT WASHINGTON RD., MEQUON, WI 53092 | |
| 10924 | ST. MARY'S HOSPITAL, 2635 N 7TH STREET, GRAND JUNCTION, CO 81501 | |
| 10924 | ST. MARY'S HOSPITAL, 324 14TH AVE., ROCHESTER, MN 55904 | |
| 10924 | ST. MARYS HOSPITAL, 3500 TOWER AVE., SUPERIOR, WI 54880 | |
| 10924 | ST. MARY'S HOSPITAL, 930 E. EMERALD, KNOXVILLE, TN 37917 | |
| 10924 | ST. MARY'S HOSPITAL, C/O R.H. PLUNKETT CO., INC., BLUE SPRINGS, MO 64015 | |
| 10924 | ST. MARY'S HOSPITAL, ROGERS, AR 72756 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ST. MARY'S MEDICAL CENTER, 3801 SPRING STREET, RACINE, WI 53401

10924   ST. MARYS REGIONAL MEDICAL CENTER, CAMPUS AVENUE, LEWISTON, ME 04243

10924   ST. MARY'S SEMINARY, 5400 POLAND AVENUE, BALTIMORE, MD 21210

10924   ST. MICHAEL SPECIALTY HOSPITAL, 2600 HAMPTON ROAD, TEXARKANA, TX 75503

10924   ST. MICHAELS C/O PYROMAX, 1901 WEST STREET, UNION CITY, NJ 07087

10924   ST. MICHAELS REPLACEMENT CENTER, 2600 HANMPTON, TEXARKANA, TX 75503

10924   ST. NICHOLAS GREEK ORTHODOX CHURCH, 760 W. WATTLES, TROY, MI 48007

10925   ST. ONGE, STEVEN, 3803 W. TUPELO ST, MILWAUKEE, WI 53209

10925   ST. OURS, CARL, 9884 LL RD, RAPID RIVER, MI 49878

10924   ST. PATRICK HOSPITAL, C/ KING & CO., LAKE CHARLES, LA 70601

10924   ST. PAUL HIGH SCHOOL, CONROY BROS., SAINT PAUL, MN 55117

10924   ST. PAUL MAIN POST OFFICE, POSTAL DISTRIBUTION FACILITY, SAINT PAUL, MN 55101

10925   ST. PAUL, 5801 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5802 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5803 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5804 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5805 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5806 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5807 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5808 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5809 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5810 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5811 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5812 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5813 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5814 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5815 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5816 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5817 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5818 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5819 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5820 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5821 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5822 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5823 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5824 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5825 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5826 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5827 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5828 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5829 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5830 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5831 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5832 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5833 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5834 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5835 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5836 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAUL, 5837 SMITH AVE, BALTIMORE, MD 21209

10925   ST. PAULS EPISCOPAL CHURCH, PO BOX 722, STEAMBOAT SPRINGS, CO 80477-0722

10925   ST. PAULS LUTHERAN CHRCH, 4900 CONNECTICUT AVE.,NW, WASHINGTON, DC 20008

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ST. PIERRE, EUGENE, PO BOX 1060, WILMINGTON, VT 05363

10924   ST. THOMAS HOSPITAL, 4220 HARDING ROAD, NASHVILLE, TN 37210

10924   ST. THOMAS HOSPITAL, SUPPORT AND EDUCATION BUILDING, NASHVILLE, TN 37205

10924   ST. THOMAS MORE CATHOLIC CHURCH, 10205 HWY.620 NORTH, AUSTIN, TX 72726

10925   ST. THOMAS MORE, 10935 S. MILITARY TRAIL, BOYNTON BEACH, FL 33437

10924   ST. VINCENT DE PAUL CATHOLIC CHURCH, 14330 EAGLE RUN DR, 144TH AND MAPLE, OMAHA, NE 68164

10925   ST. VINCENT DE PAUL RC CHURCH, 4905 ROSWELL ROAD, ROYSTON, GA 30662

10924   ST. VINCENT NORTH OUTPATIENT CLINIC, 2215 WILDWOOD AVENUE, SHERWOOD, AR 72116

10924   ST. VINCENTS MEDICAL CENTER, C/O BARNWELL, INC., JACKSONVILLE, FL 32200

10924   ST. VINCENTS MEDICAL CTR., 1800 BARRS ST, JACKSONVILLE, FL 32204

10924   ST. VINCENTS OUTPATIENT HOSPITAL, 2215 WILDWOOD AVE., SHERWOOD, AR 72116

10924   ST. VINCENTS UNIVERSITY OLACE, 41 EAST 11TH ST., NEW YORK, NY 10001

10924   ST.CLAIR COUNTY COUTRHOUSE, C/O CROWN ENERGY INSULATION, 1001 FRONT STREET, ANNISTON, AL 36201

10924   ST.EDWARDS CATHOLIC CHURCH & SCHOOL, 188 THOMPSON LANE, NASHVILLE, TN 37211

10924   ST.GEORGE EPISCOPAL CHURCH, 4715 HARDING  ROAD, NASHVILLE, TN 37205

10925   ST.JEAN, KEITH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   ST.JOHN PAINTING CO., PO BOX 304, SCAPPOOSE, OR 97056

10924   ST.JOHNS OF SAPULPA, 1004 EAST BRYAN AVENUE, SAPULPA, OK 74066

10924   ST.JOSEPH HOME FOR THE BLIND, 537 PAVONIA AVENUE, JERSEY CITY, NJ 07306

10924   ST.JOSEPH HOSPITAL, MARTIN LUTHER KING DRIVE, 3001 WEST DOCTOR, TAMPA, FL 33607

10925   ST.JUDE CHILDRENS RESEARCH HOSPITA, PO BOX 50, MEMPHIS, TN 38101

10924   ST.LAWRENCE CATHOLIC CHURCH, 319 GRAYSON HWY.GA.HWY20, LAWRENCEVILLE, GA 30045

10924   ST.MARYS ATHLETIC & COMM.CENTER, ONE CAMINO SANTA MARIA, SAN ANTONIO, TX 78228

10924   ST.MICHAELS EDUCATION CENTER, C/O WARCO, 810 HIGH HOUSE ROAD, CARY, NC 27511

10925   ST.PAULS CHOIR SCHOOL, 29 MT.AUBURN ST, CAMBRIDGE, MA 02138

10925   STAAB, JEFFREY, 406 ORWELL WAY, PIITTSBURGH, PA 15224

10924   STAAR SURGICAL, 1911 WALKER, MONROVIA, CA 91016

10925   STABEL, DENISE, 820 FARMINGTON AVE., OSHKOSH, WI 54901

10924   STABLE GORDEN CENTER, 1141 DEERPARK AVE, NORTH BABYLON, NY 11703

10924   STABLES GARDEN, 1027 HORSEBLOCK ROAD, FARMINGVILLE, NY 11738

10924   STABLES TOY MART & GARDEN CENTER, 1141 DEER PARK AVE., NORTH BABYLON, NY 11703

10924   STABLES TOY MART & GARDEN, 1141 DEER PARK AVE., NORTH BABYLON, NY 11703

10924   STABOND CORPORATION, 14010 WESTERN AVENUE, GARDENA, CA 90249

10925   STAC ELECTRONICS, 12636 HIGH BLUFF DR, SAN DIEGO, CA 92130

10925   STAC MFG. & DISTRIBUTING, 2785 LONG LAKE ROAD, ST. PAUL, MN 55113

10925   STACCHI, TINA, 10 SELKIRK ROAD, ARLINGTON, MA 02174-5630

10925   STACEY, DONALD, 3500 COUNTRY CLUB DRIVE, GASTONIA, NC 28056

10925   STACHELEK, JAMES, 44 CHESTER LANE, NANUET, NY 10954

10925   STACHOWIAK, JOHN, 7105 RIVER DRIVE ROAD, BALTIMORE, MD 21219

10925   STACHYRA PENN, 111 W. WASHINGTON ST #1440, CHICAGO, IL 60602

10925   STACK, PETER, 149 CRATER WOODS CT, PETERSBURG, VA 23805

10925   STACK, THOMAS, 5705 WALTHER AVE, BALTIMORE, MD 21206

10925   STACKHOUSE, ALINDA, 167 FAIRVIEW AVE, SOMERVILLE, NJ 08876

10925   STACKHOUSE, BARBARA, 118 BLACKFRIARS CIR, DOYLESTOWN, PA 18901-2482

10925   STACKHOUSE, CYNTHIA, 9 MONMOUTH AVE, BRIDGEWATER, NJ 08807

10925   STACKHOUSE, ELAINE, 1017 ST.JULIAN AVE, NORFOLK, VA 23508

10925   STACKMAN, WAYNE, 2500 CHERYL LANE, MODESTO, CA 95350

10924   STACO ROOF TILE, 3530 EAST ELWOOD, PHOENIX, AZ 85040

10924   STAC-O-ROOF TILE, 3530 E. ELWOOD, PHOENIX, AZ 85040

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STACY A YOUNG, HC71 BOX 122E, GRAYSVILLE, TN 37338-9402

10925   STACY, JEFFREY, 421 47TH ST N, ST PETERSBURG, FL 33713

10925   STACY, MORRIS, 3519 TORWOOD ROAD, COLUMBUS, OH 43232-6019

10925   STADELMAN, JOHN, 519 W FIRST ST #16, BURKBURNETT, TX 76354

10925   STADIA COLORADO CORPORATION, POBOX 60608, LOS ANGELES, CA 90060-0608

10925   STADION PUBLISHING, PO BOX 447, ISLAND POND, VT 05846

10925   STADLEN, RICHARD W, CUST FOR JENNIFER B STADLEN, UNIF GIFT MIN ACT IA, 3123 ADIRONDACK DR NE, CEDAR RAPIDS, IA 52402-3309

10925   STADTLANDER, THOMAS, 104 WALKER ROAD, WEST ORANGE, NJ 07052

10925   STADTMILLER, WILLIAM, 3454 SOUTH LICKING PIKE, ALEXANDRIA, KY 41001-9646

10925   STADTMULLER, DAVID, 1924 W. GLENOAKS AVE # 65, ANAHEIM, CA 92801

10925   STAEBELL, SUSAN, 460 S 69TH ST, MILWAUKEE, WI 53214

10925   STAEHLE, MARY, C/O MEEHAN 332C WOODBRIDGE DR., RIDGE, NY 11961

10925   STAERKER, DOROTHY, 1502 KEDRON ST, TOLEDO, OH 43605

10925   STAERKER, TODD, 611 PRENTICE, TOLEDO, OH 43605

10925   STAFF DIRECTORIES, LTD, PO BOX 62, MOUNT VERNON, VA 22121-0062

10925   STAFFING AMERICA OF ALABAMA, 1920 10TH AVE SOUTH, BIRMINGHAM, AL 35205

10925   STAFFING AMERICA, PO BOX 60839, CHARLOTTE, NC 28260

10925   STAFFING NETWORK LLC, DEPT 77-3346, CHICAGO, IL 60678-3346

10925   STAFFING NOW INC, PO BOX 190639, FORT LAUDERDALE, FL 33319-0639

10925   STAFFING NOW INC., PO BOX 190639, FORT LAUDERDALE, FL 33319-0639

10925   STAFFING RESOURCES, 4749 WEST LINCOLN MALL DR, MATTESON, IL 60443

10925   STAFFING SERVICES, POBOX 510084, SALT LAKE CITY, UT 84151

10925   STAFFING SOLUTIONS, PO BOX 910596, DALLAS, TX 75391

10925   STAFFING SOLUTIONS, PO BOX 930733, ATLANTA, GA 31193-0733

10925   STAFFMARK INC, PO BOX 958143, SAINT LOUIS, MO 63195-8143

10925   STAFFMARK, POBOX 958155, SAINT LOUIS, MO 63195-8155

10925   STAFFON, LEIGH ANN, PO BOX 122 303 MARTIN POND RD, GROTON, MA 01450

10925   STAFFORD MFG CORP, PO BOX 2370, WOBURN, MA 01888

10925   STAFFORD MFG. CORP., PO BOX 2370, WOBURN, MA 01888

10925   STAFFORD NUT & BOLT, PO BOX 2565, AUGUSTA, GA 30903-2565

10925   STAFFORD, AMY, 1009 SANDALWOOD DR., FAYETTEVILLE, NC 28304

10925   STAFFORD, BRUCE, 308 50TH ST NE #32, WASHINGTON, DC 20019

10925   STAFFORD, DELTONETTE, 5419 DOWNING ST,#2G, ALEXANDRIA, LA 71301

10925   STAFFORD, GAYLON, PO BOX 658, PIONEER, OH 43554

10925   STAFFORD, HERMINE, 5 FERRANTE AVE, GREENFIELD, MA 01301-1416

10925   STAFFORD, J, 367 E SADDLEWOOD CIRCLE, HIGHLANDS RAN, CO 80126

10925   STAFFORD, JOHN A, PO BOX 3564, OAKBROOK, IL 60522-3564

10925   STAFFORD, JR, SAMUEL, 191 ST. ANNE ST., RACELAND, LA 70394

10925   STAFFORD, LARRY, 235 FLORENCE, PONTIAC, MI 48341

10925   STAFFORD, MARGARET, 2973 GLENNBROOK DR, GRETNA, LA 70056

10925   STAFFORD, PAMELA, 5798 DOGWOOD CIRCLE, MYRTLE BEACH, SC 29575

10925   STAFFORD, RUSSELL, RT. 3, BOX 89-A, FRANKLINTON, LA 70438

10925   STAFFORD, SHIRLEY, 115 FIREWOOD ST, ATHENS, GA 30605

10925   STAFFORD, STANLEY, 5409 NW 46 TERRACE, OKLAHOMA CITY, OK 73122

10924   STAG BROS. CAST STONE, 1349 UTICA AVENUE, BROOKLYN, NY 11203

10924   STAG BROS. CAST STONE, 720 VASSAR AVENUE, LAKEWOOD, NJ 08701

10924   STAGE STEP INC, 2000 HAMILTON STREET, PHILADELPHIA, PA 19130-3814

10925   STAGER, DONALD, 233 N BROADWAY APT #111, DEPERE, WI 54115

10925   STAGER, KATHERINE, 7118 AGATE ST, ALTALOMA, CA 91701

10925   STAGER, LESLIE, 22 W MOHAWK DR, TUCKERTON, NJ 08087

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STAGEVISION RENTALS INC, 5610 MCADAM ROAD, MISSISSAUGA, ON L4Z 1P1CANADA | *VIA Deutsche Post* |
| 10925 | STAGG, M, 220 B AVE W, WALFORD, IA 52351 | |
| 10925 | STAGGS JR., HOMER, 4327 ANNAWOOD CIR., SPRING, TX 77388 | |
| 10924 | STAGGS READY MIX, 212 N. WASHINGTON, NASHVILLE, AR 71852 | |
| 10924 | STAGGS READY MIX, 705 MISSION DR., NASHVILLE, AR 71852 | |
| 10924 | STAGGS READY MIX, P O BOX 831, NASHVILLE, AR 71852 | |
| 10924 | STAGGS READY MIX, PO BOX 831, NASHVILLE, AR 71852 | |
| 10925 | STAGGS, BENJAMIN, 4327 ANNAWOOD CIR, SPRING, TX 77388 | |
| 10925 | STAGNER, CLAUDE, PO BOX 1203, CRAIG, CO 81626 | |
| 10925 | STAGNITO CORPORATION, PO BOX 529, WAYNE, NJ 07474-0529 | |
| 10924 | STAHL COAL & BLDRS SUPPLY, 141 EAST PARK AVE, COLUMBIANA, OH 44408 | |
| 10924 | STAHL LUMBER CO., 117-119 SO. GALENA, WYOMING, IL 61491 | |
| 10924 | STAHL LUMBER CO., BOX 10, WYOMING, IL 61491 | |
| 10924 | STAHL LUMBER COMPANY, P.O. BOX 10, WYOMING, IL 61491 | |
| 10924 | STAHL U.S.A., 13 CORWIN STREET, PEABODY, MA 01960 | |
| 10924 | STAHL U.S.A., 131 1/2 LYNNFIELD STREET, PEABODY, MA 01960 | |
| 10924 | STAHL U.S.A., PO BOX 3039, PEABODY, MA 01961-3039 | |
| 10925 | STAHL, DAVID, 301 E WOOD ST, SHREVE, OH 44676 | |
| 10925 | STAHL, INC, 150 NEW BOSTON ST., WOBURN, MA 01801-6204 | |
| 10925 | STAHL, INC, 391 GREENDALE RD., YORK, PA 17403 | |
| 10925 | STAHL, KEVINLEE, 1336 N 8TH ST, MANITOWOC, WI 54220 | |
| 10925 | STAHL, MARCIE, RT 2 BOX 54GB, MARION, TX 78124 | |
| 10925 | STAHL, NANCELLEN, 21669 FALL RIVER DRIVE, BOCA RATON, FL 33428 | |
| 10925 | STAHL, THERESA, 2806 DELMONT AVE, BALTIMORE, MD 21230 | |
| 10925 | STAHLKONTOR MASCHINENBAU GMBH, MUHLENER STRABE 36-42, WIEHL, 51674GERMANY | *VIA Deutsche Post* |
| 10925 | STAHLMANN, ROBERT, 8383 LOOMIS ROAD, DEWITT, MI 48820 | |
| 10925 | STAHLNECKER, I, BOX 145, WATERLOO, NY 13165 | |
| 10925 | STAHLY, VIRGINIA F, 1615 MADISON ST, WENATCHEE, WA 98801-1707 | |
| 10925 | STAIERT, RONALD, 405 ATLANTIC ST, BOX 76, WALNUT, IA 51577 | |
| 10925 | STAIGLE, WADE, HC2 BOX 208, CENTER, ND 58530 | |
| 10925 | STAINBROOK, ROBERT, RT 2 BOX 225B, LIBBY, MT 59923 | |
| 10925 | STAINBROOK, ROBERT, RT 2 BOX 225B, LIBBY, MT 59923-9802 | |
| 10925 | STAINES, MARY, 200 AVONDALE CIRCLE, SEVERNA PARK, MD 21146-4404 | |
| 10925 | STAINES, P., 200 AVONDALE CIRCLE, SEVERNA PARK, MD 21146-0000 | |
| 10925 | STAINLESS METAL SOURCE INTL, 207 PIAGET AVE, CLIFTON, NJ 07011 | |
| 10925 | STAINLESS PIPE & FITTINGS CO., 128 YORK AVE, RANDOLPH, MA 02368 | |
| 10925 | STAINLESS PIPE & FITTINGS, 128 YORK AVE, RANDOLPH, MA 02368 | |
| 10925 | STAINLESS PIPE & FITTINGS, PO BOX 62869, NEW ORLEANS, LA 70162-2800 | |
| 10925 | STAJGER, TERRI, 1109 CRAIG ST, MCKEESPORT, PA 15132 | |
| 10925 | STAKLEY, SMOKEY, 7420 COLONIAL DR, FOUNTAIN, CO 80817 | |
| 10924 | STALEY & STALEY READY MIX CONCRETE, 1320 RABER ROAD, PEORIA, IL 61604 | |
| 10924 | STALEY & STALEY READY MIX, 1320 RABER ROAD, PEORIA, IL 61604 | |
| 10924 | STALEY & STALEY, 1320 RABER RD, PEORIA, IL 61604 | |
| 10924 | STALEY CONCRETE CO, 4106 KEARNS DRIVE, CHAMPAIGN, IL 61822 | |
| 10924 | STALEY CONCRETE CO., INC., 3701 W. SPRINGFIELD AVENUE, CHAMPAIGN, IL 61821 | |
| 10924 | STALEY CONCRETE CO., INC., 4106 KEARNS DRIVE, CHAMPAIGN, IL 61822 | |
| 10924 | STALEY ELECTRIC SUPPLY, 611 FAYETTE STREET, CONSHOHOCKEN, PA 19428 | |
| 10924 | STALEY ELECTRIC SUPPLY, P.O. BOX 243, CONSHOHOCKEN, PA 19428 | |
| 10925 | STALEY, DANIEL, 1497 TWP. RD. #593 RT.2, ASHLAND, OH 44805 | |
| 10925 | STALEY, LADY, 307 S ST NE, WASHINGTON, DC 20002 | |
| 10924 | STALEY, NYLE INTERSTATE R/M, 600 VAN BUREN, PEORIA, IL 61603 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STALEY, WILLIAM, BOX 96, SOLDOTNA, AK 99669

10925   STALEY'S INTERSTATE, BOX 4127, PEORIA, IL 61603

10924   STALEY'S PRINCEVILLE R/M INC., 100 AULT DRIVE, PRINCEVILLE, IL 61559

10924   STALEY'S PRINCEVILLE R/M, 100 AULT DR., PRINCEVILLE, IL 61559

10925   STALIONS, MARION, 474 THOMAS ST, WOODLAND, CA 95695

10925   STALKER, CARLA, 8520 W PALM LANE 1056, PHOENIX, AZ 85037

10925   STALLARD, REBECCA, 7422 N CR. 725E, BAINBRIDGE, IN 46105

10925   STALLINGS & CO, PO BOX 10, CHICAGO HEIGHTS, IL 60412

10925   STALLINGS & COMPANY, INC, PO BOX 10, CHICAGO HEIGHTS, IL 60412

10925   STALLINGS, ALLAN, 2508 LAWRIN CT., OWENSBORO, KY 42301

10925   STALLINGS, CLAUDE, PO BOX 31, LANGLEY, SC 29834

10925   STALLINGS, KATHERYN, PO BOX 2648, PALATKA, FL 32177

10925   STALLINGS, MICHAEL, PO BOX 1206, PINETOPS, NC 27864

10925   STALLINGS, SHIRLEY, 2677 ROCK CHAPEL RD, LITHONIA, GA 30058

10925   STALLINGS, TINA, 2677 ROCK CHAPEL RD, LITHONIA, GA 30058

10925   STALLINGS, TOMMIE, 1312 LAUREL, ST LOUIS, MO 63112

10925   STALLIONS, JANE, 936 GENTRY DRIVE, AUBURN, AL 36830

10925   STALLMAN, CINDY KAY, 14219 NO 20TH ST, PHOENIX, AZ 85022

10925   STALLWORTH, DEBORRAH, 7541 HANOVER, DETROIT, MI 48206

10925   STALLWORTH, THOMAS, PO BOX 766, CHESTER, SC 29706

10925   STALLWORTHDAVIS, COLIS, 12434 WHITEHALL, DETROIT, MI 48224

10925   STALNECKER, LORETTA, 145 W GUERTIN ST, ST ANNE, IL 60964-5370

10924   STALP READY MIX, 1430 S BEEMER ST, WEST POINT, NE 68788

10924   STALP READY MIX, P O BOX 778, WISNER, NE 68791

10924   STALP READY MIX, PO BOX 778, WISNER, NE 68791

10924   STALP READY MIX, WISNER, NE 68791

10925   STALY, M TERESSA, 1171 S. LANE AVE, JAX, FL 32205

10925   STAMATELAKY, GARY, 15 BEAVER POND CIR, BALTIMORE, MD 21234

10925   STAMATELAKY, ROSALINDA, 1530 E BELVEDERE AVEBALTIMORE MD 21230, BALTIMORE, MD 21239

10925   STAMATELAKY, ROSALINDA, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   STAMBAUGH, C, 367 WASHINGTON ST, SUNFIELD, MI 48890

10925   STAMBAUGH, HARRY, PO BOX 233, LANDISBURG, PA 17040

10925   STAMBAUGH, JILL, 2622 SWEDE ROAD, NORRISTOWN, PA 19401

10925   STAMBAUGH, RONALD, 12872 SUNFIELD HWY, SUNFIELD, MI 48890

10924   STAMBAUGH'S, INC., 50 NORTH MAIN STREET, UNION BRIDGE, MD 21791

10924   STAMBAUGH'S, INC., P.O. BOX 594, UNION BRIDGE, MD 21791

10925   STAMBERG, JOSHUA, 3510 MORRISON ST NW, WASH, DC 20015

10925   STAMLER, JEFFREY, 526 BEACON ST, BOSTON, MA 02215

10925   STAMM, HELEN, 9876 PECK ROAD, MANTUA, OH 44255

10925   STAMM, JODY, 327 N FRANKLIN, MOMENCE, IL 60954

10925   STAMM, MARVIN, 327 N FRANKLIN, MOMENCE, IL 60954

10925   STAMM, SHARON, 618 WEST LIBERTY ST, FARMINGTON, MO 63640

10925   STAMM, SUSAN, 56 WASHINGTON AVE., BURLINGTON, MA 01803

10925   STAMMEN, MICHAEL, 14373 C. GOTTI ROAD, FOLSOM, LA 70437

10925   STAMMEN, SCOTT, RR1 BOX 95A, PALERMO, ND 58769

10925   STAMM-SCHEELE, INC, PO BOX 230, RAYNE, LA 70578

10925   STAMM-SCHEELE, PO BOX 91090, CHICAGO, IL 60693

10924   STAMOULES INC., E & C, MENDOTA, CA 93640

10925   STAMP & RATCLIFFE, 1005 DAUPHIN ST, MOBILE, AL 36604

10925   STAMP CONNECTION, THE, 2131 EAST BROADWAY #7, TEMPE, AZ 85282

10924   STAMP CRETE INC, 7353 N. W. 8TH STREET, MIAMI, FL 33126

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    STAMP CRETE INC, 7353 NW 8TH ST, MIAMI, FL 33126

10924    STAMP CRETE INC., 7353 N. W. 8TH STREET, MIAMI, FL 33126

10925    STAMP JT TEN, ANTOINETTE A & JOHN R, 9410 W 166TH CT, ORLAND PARK, IL 60462-5593

10925    STAMP ONE INC, 600 PARK AVE, CRANSTON, RI 02910

10925    STAMP, RUTH, % BEAR HILL NURSING CTR 11 NORTH ST, STONEHAM, MA 02180

10925    STAMPER, RHONDA, 112 S 12TH ST, SOMERVILLE, NJ 08876

10925    STAMPLEY, TROY D, 215 WAYNE BARROW RD., DEQUINCY, LA 70633

10925    STAMPLEY, TROY, 215 WAYNE BARROW RD, DEQUINCY, LA 70633

10925    STAMPS, ERNEST L, 1317 PEGGY LANE, CONYERS, GA 30012

10925    STAMPS, ERNEST, 1317 PEGGY LANE, CONYERS, GA 30012

10925    STAN CHEM, 401 BERLIN ST., EAST BERLIN, CT 06023

10925    STAN FREITAG, 603 NW 7TH ST, DELRAY BEACH, FL 33444

10925    STAN LANGHOFFER, C-O KDS, 634 SW MULVANE STE 300, TOPEKA, KS 66606-1678

10924    STAN PHILLIPS CONCRETE, 5816 EAST BROWN, FRESNO, CA 93727

10925    STAN POLITOWSKI, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925    STAN SMALARA, 6050 W 51 ST, CHICAGO, IL 60638

10925    STAN STEPHEN STEFANSKI &, INGRID STEFANSKI JT TEN, 21 HAWTHORNE AVE, NUTLEY, NJ 07110-1624

10925    STANALAND, HEATHER, 1107 WESTWOOD DRIVE, JACKSONVILLE, FL 32259

10925    STANBAUGH, ANNELLE, #4 BRENTWOOD CIRCLE, LUBBOCK, TX 79407

10925    STANBAUGH, GLEN, #4 BRENTWOOD CIRCLE, LUBBOCK, TX 79416

10925    STANBAUGH, K, 4417 86 TH, LUBBOCK, TX 79424

10925    STANBERY, CYNTHIA, 428 MAPLE AVE, MILPITAS, CA 95035

10925    STANCIEL, DWAYNE, 13417 FLANDERS, DETROIT, MI 48205

10925    STANCIL, CATHERINE, 336 9TH ST W, PALMETTO, FL 34221

10925    STANCILL, BENJAMIN, 1132 COLLINGS RD, FAIRVIEW, NJ 08104

10925    STAND FAST PACKAGING PRODUCTS INC, POST OFFICE BOX 1546, BENSENVILLE, IL 60106-1546

10924    STANDAFER BUILDERS, 335 PRESTONSBURG STREET, WEST LIBERTY, KY 41472

10924    STANDARAD MATERIALS, 38400 HIGHWAY DEPARTMENT ROAD, PEARL RIVER, LA 70452

10924    STANDARAD MATERIALS, P. O. BOX 350, SLIDELL, LA 70459

10925    STANDARD & POORS COMPUST, 7400 SOUTH ALTON COURT, ENGLEWOOD, CO 80112

10925    STANDARD & POORS DRI, 24 HARTWELL AVE., LEXINGTON, MA 02173-3154

10925    STANDARD & POORS DRI, PO BOX 80-2542, CHICAGO, IL 60680

10925    STANDARD & POORS, PO BOX 80-2542, CHICAGO, IL 60680

10925    STANDARD & POORS, PO BOX 80-2542, CHICAGO, IL 60680-2542

10925    STANDARD ALLOYS & MFG., PO BOX 969, PORT ARTHUR, TX 77641-0969

10925    STANDARD ALLOYS & MFG., PO BOX 971209, DALLAS, TX 75397-1209

10925    STANDARD AND POORS CORP, 25 BROADWAY, NEW YORK, NY 10004

10924    STANDARD BENT GLASS, PO BOX 469, BUTLER, PA 16003

10924    STANDARD BUILDERS SUPPLY, INC., 220 WEST 2700 SOUTH, SALT LAKE CITY, UT 84115

10924    STANDARD BUILDERS SUPPLY, INC., ATTN:  ACCOUNTS PAYABLE, SALT LAKE CITY, UT 84165-0309

10924    STANDARD CEMENT MATERIALS, INC, 6005 MILWEE ST., SUITE 813, HOUSTON, TX 77092

10925    STANDARD CHAIN, 84 CHESTNUT ST, NORTH ATTLEBOROUGH, MA 02760

10925    STANDARD COFFEE SERVICE CO., PO BOX 632, NORTH ANDOVER, MA 01845

10925    STANDARD COFFEE SERVICE, PO BOX 662, BEDFORD, MA 01730-0662

10924    STANDARD CONCRETE PRODUCTS INC, 6 HATCH COVER ROAD, SAVANNAH, GA 31414

10924    STANDARD CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, SANTA ANA, CA 92705

10924    STANDARD CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, TAMPA, FL 33686

10924    STANDARD CONCRETE PRODUCTS, INC., 1848 HOLLWOOD ROAD, ATLANTA, GA 30318

10924    STANDARD CONCRETE PRODUCTS, INC., ATTN:  ACCOUNTS PAYABLE, ATLANTA, GA 30377-0157

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   STANDARD CONCRETE PRODUCTS-SAVANNAH, ATTN:  ACCOUNTS PAYABLE, SAVANNAH, GA 31404

10924   STANDARD CONCRETE PRODUCTS-TAMPA, 5801 W. COMMERCE STREET, TAMPA, FL 33616

10924   STANDARD CONCRETE PRODUCTS-TAMPA, ATTN:  ACCOUNTS PAYABLE, COLUMBUS, GA 31993

10924   STANDARD CONCRETE, ATTN: ACCOUNTS PAYABLE, SANTA ANA, CA 92735-5326

10924   STANDARD CONCRETE, N.W. 122 AVE. & 12TH ST., MIAMI, FL 33182

10925   STANDARD DATA SYSTEMS INC, PO BOX 547, MATTESON, IL 60443

10924   STANDARD DRYWALL, 6251 SCHAEFER AVE. STE. O, CHINO, CA 91710

10924   STANDARD DRYWALL, 6251 SCHAEFER AVE., CHINO, CA 91710

10924   STANDARD DRYWALL, CHINO, CA 91710

10924   STANDARD DRYWALL/JORDON COMMON, SANDY, UT 84070

10924   STANDARD DRYWALL/OGDEN PUBLIC BLDG, 2185 LINCLON, OGDEN, UT 84401

10924   STANDARD DRYWALL/RAINBOW CASINO, 1045 WENDOVER BLVD., WENDOVER, NV 89883

10924   STANDARD DRYWALL/RAINBOW CASION, 1045 WENDOVER BLVD, WENDOVER, NV 89883

10924   STANDARD DRYWALL/RIVERTON H.S., 12600 S. 2700 WEST, RIVERTON, UT 84065

10924   STANDARD DRYWALL/WOMAN & CHILDERN, STANDARD DRYWALL, 300 WEST 1163 NORTH, PROVO, UT 84601

10924   STANDARD ELECTRIC CO, 1514 S DORT HWY, FLINT, MI 48503

10924   STANDARD ELECTRIC CO, 1514 S. DORT HIGHWAY, FLINT, MI 48503

10925   STANDARD ELECTRIC SUPPLY CO INC, POBOX 5-0652, WOBURN, MA 01815-0652

10924   STANDARD ELECTRIC SUPPLY, 14 JEWEL DRIVE, WILMINGTON, MA 01887

10924   STANDARD ELECTRIC SUPPLY, 501 JEFFERSON BLVD, WARWICK, RI 02886-1322

10924   STANDARD ELECTRIC, 1300 WASHINGTON, BAY CITY, MI 48708

10924   STANDARD ELECTRIC, 1325 GRAND OAK, HOWELL, MI 48843

10924   STANDARD ELECTRIC, 155 N TOWNLINE, GAYLORD, MI 49735

10924   STANDARD ELECTRIC, 1815 DICKERSON RD., GAYLORD, MI 49735

10924   STANDARD ELECTRIC, 2150 PLESS DR., BRIGHTON, MI 48114

10924   STANDARD ELECTRIC, 3900 JAMES SAVAGE RD., MIDLAND, MI 48640

10924   STANDARD ELECTRIC, 401 HOLDEN ST., SAGINAW, MI 48605

10924   STANDARD ELECTRIC, 733  N. LARCH ST., LANSING, MI 48906

10924   STANDARD ELECTRIC, P.O. BOX 5289, SAGINAW, MI 48603-0289

10925   STANDARD EQUIPMENT & SUPPLY, 3510-28 CALUMET AVE., HAMMOND, IN 46327

10925   STANDARD EXAMINER, 453 23RD ST, OGDEN, UT 84401-1507

10925   STANDARD FIRE EQUIPMENT INC, PO BOX 10243, BIRMINGHAM, AL 35202-0243

10924   STANDARD GYPSUM CORPORATION, HWY 78 & CYPRESS RIDGE RD., MCQUEENEY, TX 78123

10924   STANDARD GYPSUM, 150 TEMPLE DRIVE, CUMBERLAND CITY, TN 37050

10924   STANDARD GYPSUM, P.O.BOX 667, MCQUEENEY, TX 78123

10925   STANDARD HORSE NAIL CORP, PO BOX 316, NEW BRIGHTON, PA 15066

10924   STANDARD INSULATING CO, 1105 N CHURCH ST, CHARLOTTE, NC 28206

10925   STANDARD INSULATING CO.INC., 1105 N.CHURCH ST, CHARLOTTE, NC 28206

10924   STANDARD INSULATING, 1105 N. CHURCH STREET, CHARLOTTE, NC 28206

10924   STANDARD INSULATING, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28206

10924   STANDARD INSULATING, WINSTON-SALEM, NC 27100

10924   STANDARD INSULATION CO., 1105 N. CHURCH ST., CHARLOTTE, NC 28206

10924   STANDARD INSULATION, 1105 NORTH CHURCH ST., CHARLOTTE, NC 28231

10924   STANDARD INSULATION, HOLD FOR PICK-UP AT SERVICE CENTER, HICHORY, NC 99999

10925   STANDARD LABORATORIES, SUITE 100, 147 ELEVENTH AVE, SOUTH CHARLESTON, WV 25303

10924   STANDARD MATERIALS CORP, PO BOX 82549, OKLAHOMA CITY, OK 73148

10924   STANDARD MATERIALS INC, 100 W PENNSYLVANIA AVE., SLIDELL, LA 70458

10924   STANDARD MATERIALS INC, 330 BAYOU LIBERTY RD, SLIDELL, LA 70458

10924   STANDARD MATERIALS INC, 68513 HWY 59, MANDEVILLE, LA 70448

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   STANDARD MATERIALS INC, PO BOX 350, SLIDELL, LA 70459

10924   STANDARD MATERIALS INC., P. O. BOX 350, SLIDELL, LA 70459

10924   STANDARD MATERIALS, ABITA SPRINGS/OFF I-10, ABITA SPRINGS, LA 70420

10924   STANDARD MATERIALS, PO DRAWER M, SLIDELL, LA 70458

10925   STANDARD MOTOR PRODUCTS INC, 37-18 NORTHERN BLVD, LONG ISLAND CITY, NY 11101

10924   STANDARD OIL, C/O SAN FRANCISCO GRAVEL, 1ST & 2ND ST., SAN FRANCISCO, CA 94101

10924   STANDARD PAINT, 8225 LYNDON AVENUE, DETROIT, MI 48238

10925   STANDARD PARTS CORP, PO BOX 22549, RICHMOND, VA 23278

10924   STANDARD PLATING CO., 826 E. 62ND STREET, LOS ANGELES, CA 90001

10924   STANDARD PLUMBING SUPPLY, 395 JAMES STREET, BRIDGEPORT, CT 06604

10924   STANDARD PRECAST CONC PRO, 921 W RAWSON AVE, OAK CREEK, WI 53154

10924   STANDARD PRECAST CONC PROD, 921 W RAWSON AVE, OAK CREEK, WI 53154

10924   STANDARD PRECAST PRODUCTS, 921 W RAWSON AVE, OAK CREEK, WI 53154

10924   STANDARD REDI-MIX CO INC, ****DO NOT USE****, CROSSET, AR 71241

10924   STANDARD REDI-MIX CO INC, GRAVEL PIT RD, CAMDEN, AR 71701

10924   STANDARD REDI-MIX CO INC, HWY 2 ROUTE 4, FARMERVILLE, LA 71241

10924   STANDARD REDI-MIX CO INC, P O BOX 368, CAMDEN, AR 71701

10925   STANDARD REGISTER (UARCO INC.), PO BOX 840655, DALLAS, TX 75284-0655

10925   STANDARD REGISTER (UARCO), 121 NORTH 9TH ST., DEKALB, IL 60115

10925   STANDARD REGISTER CO, DALLAS, TX 75284-0655

10925   STANDARD REGISTER CO, THE, PO BOX 7777-W2795, PHILADELPHIA, PA 19175

10925   STANDARD REGISTER COMPANY, P.O. BOX 91047, CHICAGO, PA 60693

10925   STANDARD REGISTER COMPANY, PO BOX 7777-W2795, PHILADELPHIA, PA 19175

10925   STANDARD REGISTER, 1800 WEST LOOP SOUTH, SUITE 1260, HOUSTON, TX 77027

10925   STANDARD REGISTER, 201 INTERNATIONAL CIRCLE, COCKEYSVILLE, MD 21031

10925   STANDARD REGISTER, 201 INTERNATIONAL CIRCLE, SUITE 500, HUNT VALLEY, MD 21031

10925   STANDARD REGISTER, 600 ALBANY ST, DAYTON, OH 45408

10925   STANDARD REGISTER, PO BOX 1167, DAYTON, OH 45401-1167

10925   STANDARD REGISTER, PO BOX 75884, CHARLOTTE, NC 28275

10925   STANDARD REGISTER, PO BOX 7777-W2795, PHILADELPHIA, PA 19175

10925   STANDARD REGISTER, PO BOX 840655, DALLAS, TX 75284-0655

10925   STANDARD REGISTER, PO BOX 91047, CHICAGO, IL 60693

10925   STANDARD REGISTER, POBOX 71660, CHICAGO, IL 60694-1660

10925   STANDARD REGISTER, POBOX 91047, CHICAGO, IL 60693

10924   STANDARD ROOFING CO OF GA, PO BOX 48124, ATLANTA, GA 30362

10924   STANDARD ROOFING, 100 PARK ROAD, TINTON FALLS, NJ 07724

10924   STANDARD ROOFING, 19 E. FREDERICK PLACE, CEDAR KNOLLS, NJ 07927

10924   STANDARD ROOFING, 19E. FREDERICK PLACE, CEDAR KNOLLS, NJ 07927

10924   STANDARD ROOFING, 2100 LAKEVIEW DRIVE, HOMEWOOD, AL 35209

10924   STANDARD ROOFING, 57 NORTH JOHNSTON AVENUE, TRENTON, NJ 08609

10924   STANDARD ROOFING, BIRMINGHAM, TRUSSVILLE, AL 35173

10924   STANDARD ROOFING, P.O. BOX 69, TRUSSVILLE, AL 35173

10925   STANDARD SAFETY EQUIPMENT CO., 1407 RIDGEVIEW DR., MCHENRY, IL 60050

10925   STANDARD SANITARY SUPPLIES INC., 3031 N ANDREWS AVE EXT, POMPANO BEACH, FL 33064-2117

10925   STANDARD SERVICES CO INC, 6124 JEFFERSON HWY, HARAHAN, LA 70123

10925   STANDARD SERVICES CO, INC, 6124 JEFFERSON HWY, HARAHAN, LA 70123

10925   STANDARD SERVICES, 333 ST JOSEPH ST., NEW ORLEANS, LA 70130

10924   STANDARD SPRAY SYSTEM INC, 3713 CONQUEST DR, GARNER, NC 27529

10924   STANDARD SPRAY, 3713 CONQUEST DRIVE, GARNER, NC 27529

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | STANDARD STEEL AND WIRE, C/O CORPORATION GUARANTEE & TRUST, RODNEY SQUARE N, 11TH & MARKET, WILMINGTON, DE 19801 | |
| 10924 | STANDARD STEEL DIV., FFC, MONACA, PA 15061 | |
| 10924 | STANDARD STEEL, 107 GERTRUDE ST., LATROBE, PA 15650 | |
| 10924 | STANDARD STEEL, DIV IF FFC, BURNHAM, PA 17009 | |
| 10925 | STANDARD SUPPLY & EQUIP CO. INC., 2220 BOSTON ST, BALTIMORE, MD 21231 | |
| 10925 | STANDARD SUPPLY & EQUIPMENT CO, IN, PO BOX 23709, BALTIMORE, MD 21203-3709 | |
| 10925 | STANDARD SUPPLY & HARDWARE CO., 1233 SECOND ST., LAKE CHARLES, LA 70601 | |
| 10925 | STANDARD SUPPLY CO, 3424 SOUTH MAIN ST, SALT LAKE CITY, UT 84115 | |
| 10925 | STANDARD SUPPLY CO, INC, 401 W ST PETER, NEW IBERIA, LA 70562-2950 | |
| 10925 | STANDARD SUPPLY CO, PO BOX 65009, SALT LAKE CITY, UT 84165-0000 | |
| 10924 | STANDARD SUPPLY, LEXINGTON ST EXTENSION, MAYSVILLE, KY 41056 | |
| 10924 | STANDARD SUPPLY, LEXINGTON ST, MAYSVILLE, KY 41056 | |
| 10924 | STANDARD SUPPLY, LEXINGTON ST. EXTENSION, MAYSVILLE, KY 41056 | |
| 10925 | STANDARD T CHEMICAL COMPANY INC., C/O PRENTICE HALL CORP SYSTEM, 800 BRAZOS, AUSTIN, TX 78701 | |
| 10924 | STANDARD TECHNICAL, 115-123 CHESTNUT STREET, NEWARK, NJ 07105 | |
| 10924 | STANDARD TECHNICAL, PO BOX 1669, LINDEN, NJ 07036 | |
| 10925 | STANDARD TECHNOLOGY, 239-46 OAK PARK DR., DOUGLASTON, NY 11362 | |
| 10925 | STANDARD TRANS PIPE CORP., HWY 54, ALAMOGORDO, NM 88310 | |
| 10925 | STANDARD TUBE SALES CORP, 90 BARTLETT ST, MARLBOROUGH, MA 01752 | |
| 10925 | STANDARD UNIFORM SERVICES, PO BOX 9123, NORWOOD, MA 02062-9123 | |
| 10925 | STANDARD, DARLENE, POST OFFICE BOX 533, SILVER SPRINGS, NV 89429 | |
| 10924 | STANDARD/CORONA, 25050 MAITRI, CORONA, CA 91719 | |
| 10924 | STANDARD/EL TORO, 20851 EL TORO ROAD, EL TORO, CA 92630 | |
| 10924 | STANDARD/IRWINDALE, 13550 LIVE OAK, IRWINDALE, CA 91706 | |
| 10924 | STANDARD/L.A.-VERNON, 2822 S. SOTO ST., LOS ANGELES, CA 90058 | |
| 10924 | STANDARD/LONG BEACH-ARTESIA, 2521 EAST ARTESIA BLVD, LONG BEACH, CA 90801 | |
| 10924 | STANDARD/LONG BEACH-CHERRY, 6956 CHERRY AVE., LONG BEACH, CA 90805 | |
| 10924 | STANDARD/MIRA LOMA, 10420 BELGRAVE AVE., MIRA LOMA, CA 91752 | |
| 10924 | STANDARD/MORENO VALLEY, 15980 GILLMAN SPRING ROAD, MORENO VALLEY, CA 92552 | |
| 10924 | STANDARD/PALOS VERDES, 26311 NARBONNE AVENUE, LOMITA, CA 90717 | |
| 10924 | STANDARD/SANTA ANA, 2130 SOUTH GRAND, SANTA ANA, CA 92701 | |
| 10924 | STANDARD/SANTA MONICA, 1620 19TH ST., SANTA MONICA, CA 90404 | |
| 10924 | STANDARD/SUN VALLEY, 11462 PENROSE ST., SUN VALLEY, CA 91352 | |
| 10924 | STANDARD/WESTMINSTER, 7591 HAZARD, WESTMINSTER, CA 92683 | |
| 10925 | STANDEFER, CHRISTOPHER, 3304 JERRY LN., ARLINGTON, TX 76017 | |
| 10925 | STANDER, CLAUDIA, PO BOX 276, FLATWOODS, KY 41139 | |
| 10925 | STANDERWICK, EILEEN, 8 QUAIL RUN, ANDOVER, MA 01810 | |
| 10925 | STANDEX INTL CORP CSC, 84 STATE ST 6 MANOR PKWY, 5TH FL, BOSTON SALEM, MA 02109-2202 | |
| 10925 | STANDIFER, DANA, 2507 BRIGHTS PIKE #2, MORRISTOWN, TN 37814 | |
| 10925 | STANDIFER, DAVID, 14 LEIGHTON COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | STANDIFER, PAULETTE, 2102 ROBERTS AVE, WICHITA FALLS, TX 76301 | |
| 10925 | STANDIG, ANNA, 38-54 VANORE DRIVE, FAIRLAWN, NJ 07410 | |
| 10925 | STANDISH, ELLA, 2905 FEATHERSTON, WICHITA FALLS, TX 76308 | |
| 10925 | STANDISH, MARY ANN, 41 6 WESTBROOK HILLS, SYRACUSE NY, NY 13215 | |
| 10925 | STANDLEY, ARTHUR, 480 WEST ST, ATTLEBORO, MA 02703 | |
| 10925 | STANDLEY, DORIS, 4705 EMERY DRIVE, RENO, NV 89506 | |
| 10925 | STANDRIDGE COLOR CORP., 832 EAST HIGH TOWER TRAIL, SOCIAL CIRCLE, GA 30279 | |
| 10925 | STANDRIDGE COLOR CORP., PO BOX 1086, SOCIAL CIRCLE, GA 30025 | |
| 10925 | STANDRIDGE COLOR CORP., PO BOX 1086, SOCIAL CIRCLE, GA 30279 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   STANDRIDGE COLOR CORPORATION, 832 EAST HIGH TOWER TRAIL, SOCIAL CIRCLE, GA 30279

10924   STANDRIDGE COLOR CORPORATION, PO BOX 1086, SOCIAL CIRCLE, GA 30279

10925   STANDRIDGE, ANGELA, 220 ESSEX DR, JONESBORO, GA 30236

10925   STANDRIDGE, ELIZABETH, 5131 SUSAN, AMARILLO, TX 79110

10925   STANDRIDGE, TERESA, 101 ABERCROMBIE RD, ANDERSON, SC 29624

10925   STANEK, DIANNE, 3130 BAYBERRY DR SW, CEDAR RAPIDS, IA 52404

10925   STANEK, THOMAS, 4260 SHIPYARD TRACE, ROSWELL, GA 30075

10925   STANFEL, FREDERICK, 466 BERNICE LANE, SONOMA, CA 95476

10925   STANFEL, GWENDOLYN, 2520 STIEBER, WESTLAND, MI 48185

10925   STANFEL, THEODORE, 466 BERNICE LANE, SONOMA, CA 94565

10925   STANFIELD, NANCY, PO BOX 198, BOURBONNAIS, IL 60914

10925   STANFIELD, SUSAN, 1065 MC NEIL AVE, MOBILE, AL 36609

10925   STANFIELD, SUSAN, 5526 LYMBAR, HOUSTON, TX 77096

10925   STANFILL, KEVIN, 555 BATTLECREEK RD APT C-15, JONESBORO, GA 30236

10924   STANFORD COLD STORAGE WAREHOUSE, 1945 WATERVILLE ROAD, MACON, GA 31206

10924   STANFORD COLD STORAGE, 1945 WATERVILLE RD., MACON, GA 31203

10925   STANFORD CONSULTING GROUP, INC, 702 MARSHALL ST, STE 200, REDWOOD CITY, CA 94063-1823

10924   STANFORD HALL, UNIVERSITY OF GEORGIA, NEXT TO BROOKS HALL, ATHENS, GA 30602

10924   STANFORD PERSONAL CARE MFG., INC., 25655 SPRINGBROOK AVE. #6, SANTA CLARITA, CA 91350

10924   STANFORD TENNIS CLUB, CAMPUS DR. & U OF STANFORD, PALO ALTO, CA 94301

10924   STANFORD UNIVERSITY, C/O SAN FRANCISCO GRAVEL, WEST CAMPUS DR., PALO ALTO, CA 94301

10925   STANFORD, DENNIS, 48860 DENTON RD, BELLEVILLE, MI 48111

10924   STANFORD, JAMES, 610 E. BELLA VISTA DR, LAKELAND, FL 33805

10925   STANFORD, LARRY, 901 ROOSEVELT, BORGER, TX 79007

10925   STANFORD, SUSAN, 1013 FIVE POINTS RD, WACO, GA 30182

10925   STANG INDUSTRIAL PRODUCTS, 16692 BURKE LANE, HUNTINGTON BEACH, CA 92647

10925   STANG, TRACY, 7960 N NIGHTINGALE, SAN DIEGO, CA 92123

10925   STANGE, KEVIN, 20003 RONDO DR, GRETNA, NE 68028

10925   STANGER, CHRISTOPER, 508 S MAIN ST, WAUCONDA, IL 60084

10925   STANGER, LAFON, 3650 S. BURKE, PASADENA, TX 77536

10925   STANHOPE FRAMERS, 55 BOW ST, SOMERVILLE, MA 02143

10925   STANHOPE, ALISHA, 1440 MT GILEAD RD, CEDAR GROVE, TN 38321

10925   STANICH, NICHOLAS, 1512 NORTH 9TH AVE, MELROSE PARK, IL 60160

10925   STANIEK, CHARLES, 400 W. BEACON RD. # 107, LAKELAND, FL 33803

10924   STANION WHOLESALE ELECTRIC(AD), 1939A EAST FLORIDA, SPRINGFIELD, MO 65803

10925   STANIOPOULAS, EVANGELINA, 121 ST. STEPHEN ST., BOSTON, MA 02115

10925   STANIUNAS, STANLEY, 12 WATER ST, HUDSON, MA 01748

10925   STANKE, KAREN, RT 4 BOX 218, LAKE CITY, FL 32055

10925   STANKEVICH, LISA, 103 CLUFF CROSSING, SALEM, NH 03079

10925   STANKIEWICZ, JOHN J, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   STANKIEWICZ, JOHN, PO BOX 130, TYNGSBORO, MA 01879

10925   STANKIWICZ, JOHN, 7325 CONLEY ST R1, BALTIMORE, MD 21224

10925   STANKUS, SANDRA, 12 BIRCHWOOD ROAD, WORCESTER, MA 01609-1108

10925   STANLEY / AMERICAN BRUSH CO, PO BOX 360836, PITTSBURGH, PA 15251

10925   STANLEY A KRZESICKI, 2444 3RD AVE N, ST PETERSBUR, FL 33713-7910

10925   STANLEY A ZULTOWSKI &, ELIZABETH B ZULTOWSKI JT TEN, 1827 124TH ST, COLLEGE POINT, NY 11356-2207

10925   STANLEY ANDREW SZYBA &, LAINE JUNE SZYBA JT TEN, 8 CANAAN COURT, PORT READING, NJ 07064-1208

10925   STANLEY BRADFORD DAVIS, 640 SPRUCE DR, ERWIN, TN 37650-1457

10925   STANLEY BURG, BANKERS TRUST COMPANY, TRUSTEE, FOUR ALBANY ST, NEW YORK, NY 10006

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    STANLEY C ONEAL &, NANCY A ONEAL JT TEN, 526 SEQUOIA CT, FARMINGTON, MO 63640-2134

10924    STANLEY CARTER CO/40 DAIMLER CHRY, 2615 FEATHERSTONE, AUBURN HILLS, MI 48321

10924    STANLEY CHASTAIN, 6606 MARSHALL BOULEVARD, LITHONIA, GA 30058

10925    STANLEY CLARENCE ONEAL, 526 SEQUOIA CT, FARMINGTON, MO 63640-2134

10925    STANLEY D BERNSTEIN, 300 TRENOR DR, NEW ROCHELLE, NY 10804-3814

10925    STANLEY D LEAVITT &, MARCELINE LEAVITT JT TEN, 60-24 LITTLENECK PKWY, LITTLENECK, NY 11362-2534

10925    STANLEY D WOOD, PO BOX 21, SAVANNAH, NY 13146-0021

10925    STANLEY DOOR SYSTEMS, 1225 EAST MAPLE, TROY, MI 48084

10925    STANLEY DOOR SYSTEMS, 22700 HESLIP DR, NOVI, MI 48375

10925    STANLEY E DE RATT, 200 STROUPE RD O, GASTONIA, NC 28056-8693

10925    STANLEY ELEVATOR CO INC, PO BOX 843, NASHUA, NH 03061

10925    STANLEY ELEVATOR COMPANY INC, POBOX 843, NASHUA, NH 03061

10925    STANLEY F BUCZKO, 1901 MARNE, BOLINGBROOK, IL 60490-4594

10925    STANLEY F MOAT, 16 DRUIM MOAT LN, PHILADELPHIA, PA 19118-4134

10925    STANLEY FASTENING, PO BOX 371929, PITTSBURGH, PA 15251

10925    STANLEY FERRER &, JAN Y FERRER JT TEN, 91-550 POHAKUPILI PL, EWA BEACH, HI 96706-4522

10925    STANLEY FIELDING TR UA, MAR 18 96 STANLEY FIELDING TRUST, 11081 ROSE AVE 14, LOS ANGELES, CA 90034-6017

10925    STANLEY G FILAR & GLORIA S, FILAR TR UA OCT 5 78 STANLEY G, FILAR TRUST, 16264 FORESTVIEW DR, CLINTON TWP, MI 48036-1602

10925    STANLEY GLADKOWSKI, 143 AMHERST ST, NEW BRITAIN, CT 06053-2505

10925    STANLEY H ROSEN & IDA K ROSEN, JT TEN, 8 HANOVER LANE, BEACHWOOD, OH 44122-7521

10925    STANLEY HOFFMAN &, TINA HOFFMAN TEN ENT, 18 MARIGOLD LN, MARLBORO, NJ 07746-2404

10925    STANLEY J BERNSTEIN TRUSTEE OF, THE DAVID W BERNSTEIN & IRENE E, BERNSTEIN CHARITABLE TRUST, 10 CHERRY BROOK ROAD, WESTON, MA 02493-1306

10925    STANLEY J DAVENPORT, 1335 JOHNSON ST, MENLO PARK, CA 94025-4417

10925    STANLEY J GUTKOWSKI, 344 APPLE GARTH RD, CRANBURY, NJ 08512-4916

10925    STANLEY JOHN STANIUNAS &, PATRICIA ANN STANIUNAS JT TEN, 12 WATER ST, HUDSON, MA 01749-2310

10925    STANLEY KNAPP, 31 MILL ST, AMESBURY, MA 01913-2929

10925    STANLEY KOMPERDA, 5325 W 53RD PL, CHICAGO, IL 60638-2901

10925    STANLEY MANDELL IOLA, 3100 MONTICELLO AVE, SUITE 750, DALLAS, TX 75205

10925    STANLEY P STANGER, 4505 THORNHURST DR, OLNEY, MD 20832-1824

10925    STANLEY R HERMAN &, LARRY M HERMAN JT TEN, 19 AMBOY RD, WAYNE, NJ 07470-2912

10925    STANLEY R. ZUK, 21 BRACKETT AVE., STONEHAM, MA 02180

10925    STANLEY RICE & ASSOCIATES INC, 4111 N CENTRAL EXPRESSWAY, DALLAS, TX 75204

10925    STANLEY S BENJAMIN, PO BOX 154, GATES MILLS, OH 44040-0154

10925    STANLEY S WAGNER, BOX 608, MILLEDGEVILLE, IL 61051-0608

10925    STANLEY SLUSSER, 6050 W 51 ST, CHICAGO, IL 60638

10925    STANLEY STEEMER, 1211 UPLAND #G, HOUSTON, TX 77043

10925    STANLEY STEEMER, 13225 FM 529 SUITE I, HOUSTON, TX 77041

10925    STANLEY STORAGE SYSTEMS, INC, PO BOX 1151, ALLENTOWN, PA 18105-1151

10925    STANLEY TERRY PORTER &, SANDRA MAE PORTER JT TEN, 409 WALNUT ST, CINCINNATI, OH 45216-2112

10925    STANLEY TOOLS, 600 MYRTLE ST, NEW BRITAIN, CT 06050

10925    STANLEY VIDMAR, PO BOX 951377, DALLAS, TX 75395-1377

10925    STANLEY ZALEWSKI &, HELEN ZALEWSKI JT TEN, 1201 S W 128TH TERRACE 212, PEMBROKE PINES, FL 33027-1971

10925    STANLEY, A, 432 ACADEMY ST, LAURENS, SC 29360

10925    STANLEY, ANTHONY, 8151 SCRUGGS DRIVE, GERMANTOWN, TN 38138-6117

10925    STANLEY, BARBARA, 1200 E BYERS AVE, D423, OWENSBORO, KY 42301

10925    STANLEY, CHARLES, 6110 WEST VALLEY COURT, WISCONSIN RAPIDS, WI 54494

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   STANLEY, CHRISTINE, 2308 E. GLENROSA, PHOENIX, AZ 85016

10925   STANLEY, DEBRA, 7603 SETON HALL ST., LA MESA, CA 91942-1710

10925   STANLEY, EDGAR, 17 IMPERIAL DR. N, MULBERRY, FL 33860-9678

10925   STANLEY, JEANETTE, 200 BRYSON DR #82, SIMPSONVILLE, SC 29681

10925   STANLEY, JESSE, 34 GROVE ST, TAUNTON, MA 02780

10925   STANLEY, JESSIE, 201 GUM ST, OVERTON, TX 75684

10925   STANLEY, JOHN, 15905 S.W. 286 ST, HOMESTEAD, FL 33033

10925   STANLEY, JOSEPH, 2618 E OLIVER ST, BALTIMORE, MD 21213

10925   STANLEY, JUANITA, 2206 E. JUANITA, MESA, AZ 85204

10925   STANLEY, JULIA, 7092 LEXINGTON, ST. LOUIS, MO 63121

10925   STANLEY, KENNETH, 481 SMITHTOWN CHICORA RD, RICHTON, MS 39476

10925   STANLEY, LEWIS, 12206 DARNEY VIEW RD, KINGSVILLE, MD 21087

10925   STANLEY, LINDA, 465 STILLMEADOW, RICHARDSON, TX 75081

10925   STANLEY, MABLE, 12464 S.W. 40TH ST., WEBSTER, FL 33597-7439

10925   STANLEY, MARISSA, 13 BELL ST, IRVINGTON, NJ 07111

10925   STANLEY, MICKEY, 5992 SPUR ST, RIVERSIDE, CA 92509

10925   STANLEY, PO BOX 1311, EAST GREENWICH, RI 02818

10925   STANLEY, REX, 6537 S 111TH E AVE, TULSA, OK 74133-1632

10925   STANLEY, ROGER, 45 FERRY ST, LAMBERTVILLE, NJ 08530

10925   STANLEY, ROSEMARY, 9901 PENDLETON PIKE #25, INDIANAPOLIS, IN 46236-2887

10925   STANLEY, RUSSELL, RT. 2, 313 KAREN DR., LOCKPORT, LA 70374

10925   STANLEY, STEVE, ROUTE 1 BOX 60-A-21, HALLETTSVILLE, TX 77964

10925   STANLEY, STEVEN, PO BOX 102, YALE, OK 74085

10925   STANLEY, TAMERA, 2075 PINE ST, WEST COLUMBIA, SC 29169

10925   STANLEY, TRINA, H.C. 74 BOB 553, STANVILLE, KY 41659

10925   STANLEY, VAN, 2106 JOAN LANE, SOBIESKI, WI 54171

10925   STANLEY, WILLIAM, 1306 BRIARMEADE DR, DUNCANVILLE, TX 75137

10925   STANLEY, WILLIAM, 217 RAVINE RD., HINSDALE, IL 60521

10925   STANLEY,JR, CHARLES, 5503 CEDARBROOK DRIV, FREDERICKSBUR, VA 22407

10925   STANLEY,LANDE,& HUNTER, 301 IOWA AVE SUITE 400, MUSCATINE, IA 52761

10925   STANLI, ELZY, 8951 SENATE # 2080, DALLAS, TX 75228

10925   STANMIRE, HATTIE, PO BOX 515, TENNESSEE COL, TX 75861

10925   STANNARD, BRUCE, 17815 BRIAR PATCH TRL, BOCA RATON, FL 33487

10925   STANNARD, SCOTT, 50 TOWNE ROAD, BOXFORD, MA 01921

10925   STANO, MIRO, 7 LOYOLA CIRCLE, WEST ROXBURY, MA 02132

10925   STANS RENTAL INC., 1532 WEST US ROUTE 6, OTTAWA, IL 61350

10925   STANSBERRY, GREGORY, PO BOX 1975, R.R.#2, BEAN STATION, TN 37708

10925   STANSBURY, CHRISTOPHER, 1635 BROWNS ROAD, BALTIMORE, MD 21221

10925   STANSBURY, DIANE, 6815 GLENWOOD ST, RICHMOND, VA 23228

10925   STANSBURY, JIMMY, 411 W LOUISA, IOWA PARK, TX 76367

10925   STANSBURY, MARGARET, C/O WILTON P STANSBURY JR 103 ALTO AVE, WESTMINSTER, MD 21157-5707

10925   STANSBURY, TROY, 7028 32ND ST., GROVES, TX 77619

10925   STANSBURY, W, 816 WILLIAMS ST, BALTIMORE, MD 21230

10925   STANSFIELD, JOHN, % MARY STANSFIELD EL TRUENO 13890, LAS CONDE, SANTIAGO, CHILE          *VIA Deutsche Post*

10925   STANSFIELD, ROBERT, 469 LYMAN LAKE RD., LYMAN, SC 29365

10925   STANSFIELD, ROSE MARIE, 33 FAIRVIEW AVE, GRAY, ME 04039

10925   STANSILL, ROBERT, 5907 COLCHESTER PLACE, CHARLOTTE, NC 28210-5403

10925   STANSON, APRIL, PO BOX 93, THAYER, IN 46381

10925   STANTEC CONSULTANTS INC., 6980 SIERRA CENTER PKWY, RENO, NV 89511-2209

10925   STANTEC, 7776 POINT PKWY WEST, PHOENIX, AZ 85044

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STANTIAL, JOAN, 22 BOW ST, DANVERS, MA 01923

10925   STANTON SORENSEN, PO BOX 205, CLEAR LAKE, IA 50428

10924   STANTON SPRAY, 13658 N.E. 126TH PLACE, KIRKLAND, WA 98034

10924   STANTON SPRAY, PO BOX1313, WOODINVILLE, WA 98072

10924   STANTON SUPPLY CO., 54 ALDE DRIVE, NEWARK, DE 19702

10924   STANTON SUPPLY, 54 ALBE DR., NEWARK, DE 19702

10925   STANTON, ALANNA, 273 CEDAR LANE, RIVER VALE, NJ 07675

10925   STANTON, CLARICE, 5739 CINNAMON COURT, SUN VALLEY, NV 89433

10925   STANTON, DOROTHY, 150 SUNKEN FOREST DRIVE, 5-164, FORSYTH, MO 65653-8121

10925   STANTON, GARY, 8760 GOLDEN ST, ALTA LOMA, CA 91701

10925   STANTON, JOYCE, 2408 COLSTON DRIVE, 303, SILVER SPRING, MD 20910

10925   STANTON, KAREN, 7432 BARNSLEY, SAN ANTONIO, TX 78250

10925   STANTON, REGINA, RR1 BOX 1304, SWEET VALLEY, PA 18656

10925   STANTON, VIRGINIA, 1621 BELMONT AVE, NEW HYDE PARK, NY 11040

10925   STANTON, WALTER, 103B LAKES END DRIVE, FT. PIERCE, FL 34982

10925   STANULONIS, JOHN J, 22 OLDE YORK ROAD, RANDOLPH, NJ 07869

10924   STANWOOD REDI-MIX INC, 2431 LARSON ROAD, SILVANA, WA 98287

10924   STANWOOD REDI-MIX INC., 2431 LARSON ROAD, SILVANA, WA 98287

10924   STANWOOD REDI-MIX INC., 2431 LARSON ROAD, STANWOOD, WA 98292

10924   STANWOOD REDI-MIX INC., 5821 LARSON ROAD, SILVANA, WA 98287

10925   STANZIOLA, MARIELYZ, 727-D MAPLEWOOD CT, WILLOWBROOK, IL 60521

10925   STAPF TEL-COM SERVICES, 3609 FOLLY QUARTER RD., ELLICOTT CITY, MD 21042

10925   STAPLE, WINSTON, PO BOX 129, NICHOLS, FL 33863-0129

10925   STAPLES BUSINESS ADVANTAGE, 600 NORTH ROYAL LANE, COPPELL, TX 75019

10925   STAPLES BUSINESS ADVANTAGE, PO BOX 30851 DEPT BOS, HARTFORD, CT 06150-0851

10925   STAPLES CREDIT PLAN, PO BOX 30292, SALT LAKE CITY, UT 84130-0292

10925   STAPLES DIRECT, BOX 5173, WESTBOROUGH, MA 01581

10925   STAPLES INC, PO BOX 70255, CHICAGO, IL 60673-0255

10925   STAPLES INC., PO BOX 182378, COLUMBUS, OH 43218-2378

10925   STAPLES INC., PO BOX 30292, SALT LAKE CITY, UT 84130-0292

10924   STAPLES SUPPLY, INC., 6200 BUTLER STREET, PITTSBURGH, PA 15201

10924   STAPLES SUPPLY, INC., 81 SYCAMORE ST, ETNA, PA 15223

10925   STAPLES, 4350 WEST CAMELBACK, GLENDALE, AZ 85301

10925   STAPLES, ALAN, 33 NEWPORT DR, WAYNE, PA 19087

10925   STAPLES, BETTY, 106 KENNY ST, WEST MONROE, LA 71291

10925   STAPLES, BILLY, ROUTE 2 BOX 69, AYNOR, SC 29511

10925   STAPLES, BRENDA, HC88 BOX 378, POCONO LAKE, PA 18347

10925   STAPLES, CINDY, 8418 MARCEL AVE, BATON ROUGE, LA 70809

10925   STAPLES, DUSTIN, 812 IVY WAY, 1-A, FREDERICK, MD 21701

10925   STAPLES, JACK VAN WOERKOM SR VP, 500 STAPLES DR, FRAMINGHAM, MA 01702

10925   STAPLES, JACK VAN WOERKOM; SR VP, GEN COUNSEL & SECY, 500 STAPLES DR, FRAMINGHAM, MA 01702

10925   STAPLES, JR, JAMES, 204 W. AUCOIN DRIVE, NEW IBERIA, LA 70560

10925   STAPLES, KENNETH, ROUTE 2 BOX 68-A, AYNOR, SC 29511

10925   STAPLES, PAULA, 3321 E.FAIRVIEW RD, STOCKBRIDGE, GA 30281

10925   STAPLES, PO BOX 30292, SALT LAKE CITY, AZ 84130-0292

10925   STAPLES, PO BOX 30292, SALT LAKE CITY, UT 84130-0292

10925   STAPLES, PO BOX A 3689, CHICAGO, IL 60690-3689

10925   STAPLES-COLONTONE, SHIRLEY, 1019 ABBY WAY, NESHANIC STA, NJ 08853

10925   STAPLES-THE OFFICE SUPERSTORE, ACCT#7972820006138077, PO BOX 9020 DEPT. 82-0006138077, DES MOINES, IA 50368-9020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STAPLETON, PAUL, 17 MOORE DAIRY ROAD, MOORE, SC 29369 | |
| 10925 | STAPP, JOY, 3116 MOORE AVE, EUREKA, CA 95501 | |
| 10925 | STAR BINDERY, 133 MAPLE ST, STOUGHTON, MA 02072-1105 | |
| 10924 | STAR CONCRETE COMPANY INC., 541 FEE FEE ROAD, MARYLAND HEIGHTS, MO 63043 | |
| 10924 | STAR CONCRETE COMPANY, INC., 30 LONE STAR INDUSTRIAL COURT, O'FALLON, MO 63366 | |
| 10924 | STAR CONCRETE, 1510 SOUTH 7TH STREET, SAN JOSE, CA 95112 | |
| 10924 | STAR CONCRETE, 4366 WALDEN AVE, LANCASTER, NY 14086 | |
| 10924 | STAR CRAFT INTERIORS, 4750 N EXPRESSWAY(HWY 77), BROWNSVILLE, TX 78521 | |
| 10924 | STAR ENTERPRISE, 2100 HOUSTON AVENUE, PORT ARTHUR, TX 77640-3399 | |
| 10924 | STAR ENTERPRISE, PO BOX 712, PORT ARTHUR, TX 77641-0712 | |
| 10924 | STAR EQUIPMENT CO, 4025 W.NEVSO DR, LAS VEGAS, NV 89103 | |
| 10925 | STAR EQUIPMENT INC, 2100 107TH LANE NE, BLAINE, MN 55449-5236 | |
| 10924 | STAR EQUIPMENT, 4025 W. NEVSO DRIVE, LAS VEGAS, NV 89103 | |
| 10924 | STAR EQUIPMENT, ATTN: JERRY, LAS VEGAS, NV 89103 | |
| 10925 | STAR FLEET, INC, FUEL PIER, BOX 2, LEAGUE CITY, TX 77573 | |
| 10925 | STAR GRAPHICS COPIER, INC, PO BOX 7186, BEAUMONT, TX 77726-7186 | |
| 10925 | STAR GRAPHICS, 128 STATE ST., LAKE CHARLES, LA 70605 | |
| 10925 | STAR GRAPHICS, 4785 EASTEX FWY., BEAUMONT, TX 77706 | |
| 10925 | STAR HYDRAULICS,INC, 2727 CLINTON ST, RIVER GROVE, IL 60171 | |
| 10924 | STAR KIST SAMOA, 915 COLON STREET, WILMINGTON, CA 90744 | |
| 10924 | STAR KIST SAMOA, C/O PE TERMINAL, 915 COLON STREET, WILMINGTON, CA 90744 | |
| 10925 | STAR LEDGER, THE, PO BOX 299, NEWARK, NJ 07101-0299 | |
| 10925 | STAR LINE SUPPLY CO., 2236 MARTIN LUTHER KING JR. WAY, OAKLAND, CA 94612-1319 | |
| 10925 | STAR MARKET, 625 MT AUBURN ST, CAMBRIDGE, MA 02138 | |
| 10924 | STAR MEASUREMENTS SALES & SERVICE, 312 WALL STREET, LAFAYETTE, LA 70506-3028 | |
| 10924 | STAR MEASUREMENTS SALES & SERVICE, PO BOX 61704, LAFAYETTE, LA 70593 | |
| 10924 | STAR MECHANICAL SUPPLY, 122 W RANDALL RD, SPRINGDALE, AR 72764 | |
| 10924 | STAR MECHANICAL SUPPLY, 3201 WHEELER AVE., FORT SMITH, AR 72901 | |
| 10924 | STAR MECHANICAL SUPPLY, P.O. BOX  109, SPRINGDALE, AR 72765-0109 | |
| 10924 | STAR MEDICAL CO. (SING), 126 JOO SENG ROAD, SINGAPORE 1336, 0SGP | *VIA Deutsche Post* |
| 10925 | STAR OIL, PO BOX 363, BERLIN, NJ 08009-0363 | |
| 10925 | STAR PAK INC., PO BOX 41-9140, MIAMI, FL 33141-9140 | |
| 10925 | STAR PAK, 1300 NW 108TH AVE, CORAL SPRINGS, FL 33071 | |
| 10925 | STAR PAK, PO BOX 41-9140, MIAMI, FL 33141 | |
| 10925 | STAR PERSONNEL SERVICES, PO BOX 960713, CINCINNATI, OH 45296-0713 | |
| 10925 | STAR PIPING AND HEATING CO INC, 7947-1/2 OGDEN AVE BOX 133, LYONS, IL 60534 | |
| 10924 | STAR PLEX THEATER - WACO, FRANKLIN AVE. & S.VALLEY MILLS DR., WACO, TX 76701 | |
| 10924 | STAR PLEX, 9100 CANYON DR., AMARILLO, TX 79105 | |
| 10925 | STAR PUBLICATIONS, 6901 W 159TH ST, TINLEY PARK, IL 60477 | |
| 10925 | STAR R FOAM, 1012 N COMMERCE ST, FORT WORTH, TX 76106-9306 | |
| 10924 | STAR READY MIX INC, 172 PECONIC AVE, MEDFORD, NY 11763 | |
| 10924 | STAR READY MIX INC, P.O.BOX 9057, CAGUAS, PR 626PUERTO RICO | *VIA Deutsche Post* |
| 10924 | STAR READY MIX INC., 172 PECONIC AVE, MEDFORD, NY 11763 | |
| 10924 | STAR READY MIX, ATTN:  ACCOUNTS PAYABLE, CAGUAS, PR 726PUERTO RICO | *VIA Deutsche Post* |
| 10924 | STAR READY MIX, CAROLINA, PR 983PUERTO RICO | *VIA Deutsche Post* |
| 10924 | STAR READY MIX, PLANT #1, GURABO, PR 778PUERTO RICO | *VIA Deutsche Post* |
| 10924 | STAR READY MIX, PLANT #3, CIDRA, PR 739PUERTO RICO | *VIA Deutsche Post* |
| 10925 | STAR RENTALS, POBOX 34935, SEATTLE, WA 98124-1935 | |
| 10924 | STAR RM, 172 PECONIA AVENUE, MEDFORD, NY 11763 | |
| 10924 | STAR ROOFING, 9201 NORTH 9TH AVENUE, PHOENIX, AZ 85021 | |
| 10924 | STAR SALES & DIST. CORP., 29 COMMERCE WAY, WOBURN, MA 01888 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STAR SALES & DISTRIBUTING, PO BOX 4008, WOBURN, MA 01888 | |
| 10924 | STAR SUPPLY, 1606 NO. COLORADO, SAN ANTONIO, TX 78201 | |
| 10924 | STAR SUPPLY, 1606 NORTH COLORADO, SAN ANTONIO, TX 78201 | |
| 10924 | STAR TECHNOLOGIES, 200 EXECUTIVE DRIVE, WATERLOO, IN 46793 | |
| 10924 | STAR THEATER, 35705 GRATIOT, MOUNT CLEMENS, MI 48043 | |
| 10924 | STAR THEATRE C/O PONTIAC C & P, 25333 12 MILE ROAD, SOUTHFIELD, MI 48034 | |
| 10924 | STAR THEATRE C/O RITSEMA, 3000 ALPINE, GRAND RAPIDS, MI 49544 | |
| 10925 | STAR TOWING OF CENTRAL FLORIDA, 5533 S.ORANGE BLOSSOM TRAIL, ORLANDO, FL 32839 | |
| 10925 | STAR TRIBUNE, PO BOX 1285, MINNEAPOLIS, MN 55440 | |
| 10925 | STAR TRUCKING INC, 2553 OVERLAND ROAD, APOPKA, FL 32703 | |
| 10925 | STAR WELDING SUPPLY INC, POBOX 101086, BIRMINGHAM, AL 35210 | |
| 10925 | STARBER FRITZ INC, 410 ST. NICOLAS, MONTREAL, QC H2Y 2P5CANADA | *VIA Deutsche Post* |
| 10925 | STARBER FRITZ INC, 410 ST-NICOLAS, MONTREAL, QC H2Y 2P5CANADA | *VIA Deutsche Post* |
| 10925 | STARBER FRITZ INC, BUREAU 300, MONTREAL, QC H2Y 2P5CANADA | *VIA Deutsche Post* |
| 10925 | STARBER FRITZ INC., 410 ST.NICOLAS, MONTREAL, QC H2Y 2P5CANADA | *VIA Deutsche Post* |
| 10925 | STARBER INTERNATIONAL, INC, 410 ST-NICOLAS, MONTREAL, QC H2Y 2P5CANADA | *VIA Deutsche Post* |
| 10925 | STARBIRD, ROBERT, 74 LONG POND RD, TYNGSBORO, MA 01879 | |
| 10925 | STARBUCK, FRED, 101 N 1ST AVE, 2460, SCOTTSDALE, AZ 85257 | |
| 10925 | STARCARE MEDICAL GROUP, 15330 VALLEY VIEW SUITE #1, LA MIRADA, CA 90638 | |
| 10924 | STARFIRE,INC., 3550 SOUTH IOWA AVENUE, SAINT FRANCIS, WI 53235 | |
| 10925 | STARIN, MARK, 457 VARNEY ST, MANCHESTER, NH 03102 | |
| 10925 | STARINK, PAUL, 510 WASHINGTON ST, SPARKILL, NY 10976 | |
| 10924 | STARK EXCAVATING INC, 1805 W. WASHINGTON, BLOOMINGTON, IL 61701 | |
| 10924 | STARK EXCAVATING, INC., 1805 W WASHINGTON ST, BLOOMINGTON, IL 61701 | |
| 10924 | STARK EXCAVATING, INC., JOBSITE, BLOOMINGTON, IL 61701 | |
| 10925 | STARK INVESTMENT COMPANY, GENERAL COUNSEL, 22300 FOOTHILL BLVD, SUITE 1031, HAYWARD, CA 94541 | |
| 10925 | STAR-K KOSHER CERTIFICATION, 122 SLADE AVE -SUITE 300, BALTIMORE, MD 21208 | |
| 10924 | STARK READY MIX & SUPP, PO BOX 80867, CANTON, OH 44708 | |
| 10924 | STARK READY MIX & SUPPLY CO., 1247 RAFF ROAD SW, CANTON, OH 44710 | |
| 10924 | STARK READY MIX & SUPPLY CO., P. O. BOX 80867, CANTON, OH 44708 | |
| 10924 | STARK STATE COLLEGE (330-494-7461), 6200 FRANK AVE., CANTON, OH 44720 | |
| 10925 | STARK, ALFRED, 33381 HWY 13 NORTH, CRAIG, CO 81625 | |
| 10925 | STARK, ANTHONY, 220 DUSTY DRIVE, EASLEY, SC 29640 | |
| 10925 | STARK, DANIEL, ROUTE 2 BOX 181, PLAINVIEW, NE 68769 | |
| 10925 | STARK, DUANE, BOX 1513, MEEKER, CO 81641 | |
| 10925 | STARK, EDNA MAE, 8400 VAMO RD, 221, SARASOTA, FL 33581-9998 | |
| 10925 | STARK, JONATHAN, FLUSHING, NY 11355 | |
| 10925 | STARK, KENNETH, 2232 MARIGOLD CR, LINCOLN, NE 68521 | |
| 10925 | STARK, MATTHEW, 1820 CONCEPTS 21 DR., LITHONIA, GA 30058 | |
| 10925 | STARK, PHILIP, 469 HAYWARD MILL ROAD, CONCORD, MA 01742-4611 | |
| 10925 | STARK, RICHARD, 912 EISENHOWER DRIVE, WEST HEMPSTEAD, NY 11552 | |
| 10925 | STARK, ROGER, 957 NASA RD 1, #276, HOUSTON, TX 77058 | |
| 10925 | STARKE, DONALD, 6388 VIOLET COURT, GOLDEN, CO 80403 | |
| 10925 | STARKE, JOHN, PO BOX 1463, LIBBY, MT 59923 | |
| 10925 | STARKE, TRACY, 6832 DIDRIKSON LN, WOODRIDGE, IL 60517 | |
| 10924 | STARKEY CHEMICAL COMPANY, 9600 WEST OGDEN AVENUE, LA GRANGE, IL 60525 | |
| 10924 | STARKEY CHEMICAL COMPANY, PO BOX 10, CHICAGO, IL 60625 | |
| 10924 | STARKEY CHEMICAL COMPANY, PO BOX 10, LA GRANGE, IL 60625 | |
| 10925 | STARKEY LABORATORIES, 6700 WASHINGTON AVE S, EDEN PRAIRIE, MN 55344 | |
| 10925 | STARKEY, TERRY, RT 2 BOX 104, WILLISTON, ND 58801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STAR-KIST FOODS INC, MAX MILLER,

10925   STARKIST SAMOA, ONE RIVERFRONT PLACE, NEWPORT, KY 41071

10925   STARKS, DAVID, 10635 TENNETA RD., HOUSTON, TX 77099

10925   STARKS, EDNA, 5 COLOMBARD COURT, MAULDIN, SC 29662

10925   STARKS, JENNIFER, 1217 36TH AVE NE, MINNEAPOLIS, MN 55418

10925   STARKS, M, 201 LOWERY ST., ENTERPRISE, AL 36330

10925   STARKS, PATRICIA, 601 E. 84TH ST., SHREVEPORT, LA 71106

10925   STARKVILLE HABITAT FOR HUKMANITY, PO BOX 784, STARKVILLE, MS 39760

10924   STARKVILLE READY MIX, INDUSTRIAL DRIVE, STARKVILLE, MS 39759

10925   STARKWEATHER, ASA, 5959 WINKLER ROAD #114, FORT MYERS, FL 33901

10925   STARLEY, GARRY, 1065 PORTSMOUTH LN, WINTER PARK, FL 32792

10925   STARLEY, GARY, 60 CEDAR LANE NORTH, NEWNAN, GA 30263

10924   STARLIGHT VARNISH CO, 724 E 140TH ST, BRONX, NY 10454

10925   STAR-LINE SUPPLY CO, 2236 MARTIN LUTHER KING,JR WAY, OAKLAND, CA 94612-1319

10925   STARLING, CHARLES, 180 SCENIC PASS, FAYETTEVILLE, GA 30215

10925   STARLING, KAREN, 9340 SKILLMAN, DALLAS, TX 75243

10924   STARLITE INSULATING GLASS, DIVISION OF W.A. WILSON, INC., PO BOX 6712, WHEELING, WV 26003

10925   STARLOGIC INC, 10112 NW 59TH CT, PARKLAND, FL 33076

10925   STARNER, DOUGLAS, 1249 TIMBERIDGE LP N, LAKELAND, FL 33809

10925   STARNES & ATCHISON, 100 BROOKWOOD PL 7TH FLR, BIRMINGHAM, AL 35259-8512

10925   STARNES, ANNIE M, 945 NORTHWOOD DR, CHARLOTTE NC, NC 28216

10925   STARNES, BETTY, PO BOX 188, STANFOE;D, NC 28163

10925   STARNES, CHARLES, 107 WINFRED CIRCLE, DUNCAN, SC 29334

10925   STARNES, EDWARD, 969 FOREST AVE, E-5, FOREST PARK, GA 30050

10925   STARNES, MARGIE, 107 WINFRED CIRCLE, DUNCAN, SC 29334-9802

10925   STARNES, SUE, 34 SOMERSETT DRIVE, SPARTANBURG, SC 29301

10925   STARNES, TIMOTHY, RT 6 BOX 242, DUNN, NC 28334

10925   STARR, HOWARD, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   STARR, KARL, 17667 PHEASANT DRIVETINLEY PARK IL, TINLEY PARK, IL 60477

10925   STARR, LYNN, 17667 PHEASANT DRIVE, TINLEY PARK, IL 60477

10925   STARR, MARK, 5816 SW ARCHER RD #3, GAINESVILLE, FL 32608

10925   STARR, THOMAS, 202 CENTRAL AVE, PASSAIC, NJ 07055-8616

10925   STARR, WILLIAM, 30 MONUMENT SQUARE, 206, CHARLESTOWN, MA 02129

10925   STARRETT CORPORATION, 121 E 41ST ST, NEW YORK, NY 10017

10925   STARRETT, SHERRI, 214 SUNSET DRIVE, GLEN BURNIE, MD 21060

10925   STARRETTE TRUCKING CO,INC, PO BOX 211227, AUGUSTA, GA 30917-1227

10925   STARS, PO BOX 16115, CHATTANOOGA, TN 37416-6115

10925   STARSMEARE, GEORGE, 812 MONACO DRIVE, PUNTA GORDA, FL 33950

10925   STAR-TECH, PO BOX 3614, BATON ROUGE, LA 70821

10924   STARTEK COMMUNICATIONS, 1044 LINCOLN AVE, SAN JOSE, CA 95125

10925   STARTSMAN, HARRY, 201 35TH ST, NW CANTON, OH 44709

10925   STARZETSKI, JOHN, 3204 GARFIELD AVE, READING, PA 19605

10925   STARZETSKI, JOYCE, 3204 GARFIELD AVE, READING, PA 19605

10925   STASENKO, ARLENE, 101 CRESTLINE DR, PITTSBURGH, PA 15237

10925   STASHKIW, PARRY, 1089 LEXINGTON LN W., LAKE ZURICH, IL 60047

10925   STASIAK, GREGG, 46 IVANHOE, CARY, IL 60013

10925   STASILA, GAYLE, 8512 BRANDAU CT., TINLEY PARK, IL 60477

10925   STASKO, MICHAEL, 3415 CHAROW LANE, ORLANDO, FL 32806

10925   STASNY, BARBARA, 8762 PISA DR, ORLANDO, FL 32810

10925   STATCOM, 2504 W SOUTHERN, TEMPE, AZ 85282-4201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　STATE AERIAL COMMERCIAL PHOTOGRAPHY, 1752 BROADWAY, TOLEDO, OH 43609

10925　STATE BAR OF TEXAS, PO BOX 12487, AUSTIN, TX 78711

10924　STATE BLOCK CO, 3615 LAUSET STREET, METAIRIE, LA 70004

10924　STATE BLOCK CO., PO BOX642, METAIRIE, LA 70004

10925　STATE BOARD OF AGRICULTURE FOR COLO, ENVIR HEALTH SERVICES, COLORADO STATE UNIVERSITY, FORT COLLINS, CO 80523-6021

10925　STATE BOARD OF AGRICULTURE FOR THE, OFFICE OF THE GEN COUNSEL, COLORADO STATE UNIVERSITY, 202 ADMINISTRATION BLDG, FORT COLLINS, CO 80523

10925　STATE BOARD OF CPAS OF LOUISIANA, PAN-AMERICAN LIFE CENTER, NEW ORLEANS, LA 70130

10925　STATE BOARD OF EQUALIZATION, ENVIRONMENTAL FEES DIVISION, SACRAMENTO, CA 94279-6005

10925　STATE BOARD OF EQUALIZATION, ENVIRONMENTAL FEES DIVISION, SACRAMENTO, CA 94291-2754

10925　STATE BOARD OF EQUALIZATION, PO BOX 942879, SACRAMENTO, CA 94279-6029

10925　STATE BOARD OF EQUALIZATION, PO BOX 942879, SACRAMENTO, CA 94279-6151

10925　STATE BOARD OF EQUALIZATION, PO BOX 942879, SACRAMENTO, CA 94279-6198

10925　STATE BOARD OF EQUALIZATION, PO BOX 972879, SACRAMENTO, CA 94279-0030

10924　STATE CAPITAL OF WISCONSIN, 1 EAST WASHINGTON, MADISON, WI 53701

10925　STATE CHEMICAL SALES CO INTL INC, PO BOX 50025, SAN JUAN, PR 00902PUERTO RICO　*VIA Deutsche Post*

10925　STATE CHEMICAL SALES CO INTL, THE, PO BOX 90250025, SAN JUAN, PR 00902PUERTO RICO　*VIA Deutsche Post*

10925　STATE CHEMICAL, THE, POBOX 74189, CLEVELAND, OH 44194-0268

10925　STATE COMPTROLLER, POBOX 13528, AUSTIN, TX 78711-3528

10925　STATE COURT OF FULTON COUNTY, 185 CENTRAL AVE., ROOM TG 300, ATLANTA, GA 30303

10925　STATE DISBURSEMENT UNIT, PO BOX 8000, WHEATON, IL 60189-8000

10925　STATE DISBURSEMENT UNIT, POBOX 8000, WHEATON, IL 60189-8000

10924　STATE ELECTRIC (AD), 1223 CHARLES AVE, DUNBAR, WV 25064

10924　STATE ELECTRIC (AD), 1223 CHARLES AVENUE, DUNBAR, WV 25064

10924　STATE ELECTRIC (AD), 2010 2ND. AVE., HUNTINGTON, WV 25703

10924　STATE ELECTRIC (AD), 390 ARBOR DRIVE, CHRISTIANSBURG, VA 24073

10924　STATE ELECTRIC (AD), 4601 CAMDEN AVENUE, PARKERSBURG, WV 26102

10924　STATE ELECTRIC (AD), P. O. BOX 1605, PARKERSBURG, WV 26101

10924　STATE ELECTRIC (AD), P.O. BOX 5397, HUNTINGTON, WV 25703

10924　STATE ELECTRIC, 13 RENICK AVE., CHILLICOTHE, OH 45601

10925　STATE EMERGENCY RESPONSE BOARD, DRAWER 988, MILWAUKEE, WI 53293-0988

10925　STATE EMERGENCY RESPONSE BOARD, PO BOX 7978, MADISON, WI 53707-7978

10925　STATE EMERGENCY RESPONSE COMMISSION, FORBES FIELD, BLDG. 283, TOPEKA, KS 66620

10925　STATE EMERGENCY RESPONSE COMMISSION, PO BOX 149200, HOUSTON, TX 78712

10925　STATE EMERGENCY RESPONSE, 2555 SHUMARD OAK BLVD, TALLAHASSEE, FL 32399-2149

10924　STATE FARM - ILLINOIS REGIONAL OFC, 2702 IRELAND ROAD, BLOOMINGTON, IL 61709

10924　STATE FARM HEADQUARTERS - CLASSIC, IRELAND GROVE ROAD & MERCER AVE., BLOOMINGTON, IL 61704

10924　STATE FARM INSURANCE, 2603 E. LINCOLN, BLOOMINGTON, IL 61710

10924　STATE FARM INSURANCE, 7401 CYPRESS GARDEN BLVD., WINTER HAVEN, FL 33888

10924　STATE FARM INSURANCE, OLD IRELAND GROVE ROAD, BLOOMINGTON, IL 61704

10924　STATE FARM NORTH CENTRAL, REGIONAL OFFICE, SAINT PAUL, MN 55161

10924　STATE FARM REGIONAL BUILDING, 11350 JOHNS CREEK PARKWAY, DULUTH, GA 30136

10924　STATE FARM REGIONAL OFFICE BLDG., 4700 S. PROVIDENCE ROAD, COLUMBIA, MO 65203

10924　STATE FARM REGIONAL OFFICE BLDG., 8900 STATE FARM WAY, AUSTIN, TX 78729

10924　STATE FARM SB-2 C/O WILKIN INS, 1 STATE FARM PLAZA, BLOOMINGTON, IL 61701

10924　STATE FARM, 2112 E. HAMILTON ROAD, BLOOMINGTON, IL 61704

10924　STATE FARM, 5400 NEW ALBANY ROAD EAST, COLUMBUS, OH 43215

10924　STATE FARM, DEEP SOUTH CONSTRUCTION, 1800 BIENVILLE DRIVE, MONROE, LA 71201

10924　STATE FARM, PEACHTREE INDUSTRIAL/JOHN'S CREEK, DULUTH, GA 30096

10924　STATE FARMER'S MARKET C/O FOAMCO, VALLEY SHORES FARMS, MOULTRIE, GA 31768

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   STATE FARMERS MARKET, HWY. 41 SOUTH, VALDOSTA, GA 31601

10924   STATE GROUP, THE, 4600 O'HARE DRIVE, EVANSVILLE, IN 47711

10924   STATE HIGHWAY SUPPLY, INC., 7672 FISHEL DRIVE NORTH, DUBLIN, OH 43016

10924   STATE HIGHWAY SUPPLY, INC., VARIOUS LOCATIONS, DUBLIN, OH 43016

10924   STATE HOUSE PARKING GARAGE, TRENTON, NJ 08619

10925   STATE INDUSTRIAL INS SYS, 515 EAST MUSSER ST, CARSON CITY, NV 89714-0001

10924   STATE INSULATION, 525 JOHNSTONE ST., PERTH AMBOY, NJ 08861-3341

10924   STATE LINE BUILDING SUPPLY, US RT113 DUPONT HIGHWAY, SELBYVILLE, DE 19975

10924   STATE LINE PRODUCTS OF TEXAS, 115 EXECUTIVE WAY, STE. 205, DESOTO, TX 75115

10924   STATE LINE PRODUCTS OF TEXAS, P.O. BOX 1747, DESOTO, TX 75123-1747

10924   STATE LINE SUPPLY CO.INC., 115 LAFAYETTE ROAD, SEABROOK, NH 03874

10924   STATE MFG CO INC, 1159 HARMONY RD, NORFOLK, VA 23502

10924   STATE MFG CO INC., 1159 HARMONY RD, NORFOLK, VA 23502

10924   STATE MUTUAL INSURANCE CO., 1352 REDMOND ROAD, ROME, GA 30161

10925   STATE NATIONAL BANK, PO BOX 878, IOWA PARK, TX 76367-0878

10925   STATE NET, 2101 K ST, SACRAMENTO, CA 95816

10925   STATE OF ALABAMA, 4112 GORDON PERSONS BLDG., 50 N. RIPLEY ST, MONTGOMERY, AL 36132

10925   STATE OF ALABAMA, DEPT OF REVENUE, 4112 GORDON PERSONS BLDG, 50 N RIPLEY ST, MONTGOMERY, AL 36132

10925   STATE OF ALABAMA, PO BOX 327825, MONTGOMERY, AL 36132-7825

10925   STATE OF ALABAMA, PO BOX 3336, MONTGOMERY, AL 36109-0336

10925   STATE OF ALASKA, DEPT OF REVENUE, PO BOX 110400, JUNEAU, AK 99811

10925   STATE OF ALASKA, PO BOX 110300, JUNEAU, AK 99811-0300

10925   STATE OF ALASKA, PO BOX 110400, JUNEAU, AK 99811

10925   STATE OF ALASKA, PO BOX 196960, ANCHORAGE, AK 99519-6960

10925   STATE OF ARIZONA, 1600 W. MONROE ST, PHOENIX, AZ 85007

10925   STATE OF ARIZONA, DEPT OF REVENUE, 1600 W. MONROE ST, PHOENIX, AZ 85007

10925   STATE OF ARKANSAS, 1509 W. 7TH, LITTLE ROCK, AR 72201

10925   STATE OF ARKANSAS, DEPT OF FINANCE & ADMIN, 1509 W 7TH, LITTLE ROCK, AR 72201

10924   STATE OF AZ. D.O.A.,ACCT., 1700 WEST WASHINGTON, PHOENIX, AZ 85007

10925   STATE OF CA ATTY GENERAL, ATTN: BILL LOCKYER, 110 WEST A ST #1100, SAN DIEGO, CA 92101

10925   STATE OF CA FRANCHISE TAX BOARD, PO BOX 2952, SACRAMENTO, CA 95812-2952

10925   STATE OF CALIFORNIA, 8500 FRUITRIDGE ROAD, SACRAMENTO, CA 95826

10925   STATE OF CALIFORNIA, FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO, CA 94240

10925   STATE OF CALIFORNIA, PO BOX 23660, OAKLAND, CA 94623-0660

10925   STATE OF CALIFORNIA, PO BOX 942840, SACRAMENTO, CA 94240

10925   STATE OF CALIFORNIA, PO BOX 942879, SACRAMENTO, CA 94279-0030

10925   STATE OF CALIFORNIA, POBOX 419001, RANCHO CORDOVA, CA 95741-9001

10925   STATE OF CALIFORNIA, POBOX 826276, SACRAMENTO, CA 94230-6276

10925   STATE OF CALIFORNIA, TOXIC SUBSTANCES CONTROL DIVISION, DEPT OF HEALTH SERVICES, 714/744 P ST, PO BOX 942732, SACRAMENTO, CA 94234

10925   STATE OF COLORADO, DEPT OF NAT RES, MINED LAND RECLAMATION DIV 423, CENTENNIAL BLDG, 1313 SHERMAN ST, DENVER, CO 80203

10925   STATE OF COLORADO, DEPT OF REVENUE, STATE CAPITOL ANNEX, 1375 SHERMAN ST, DENVER, CO 80261

10925   STATE OF COLORADO, STATE CAPITOL ANNEX, 1375 SHERMAN ST, DENVER, CO 80261

10925   STATE OF COLORADO, STATE CAPITOL ANNEX, DENVER, CO 80261

10925   STATE OF CONNECTICUT, 25 SIGOURNEY ST, HARTFORD, CT 06106

10925   STATE OF CONNECTICUT, DEPT OF REVENUE SERVICES, 25 SIGOURNEY ST, HARTFORD, CT 06106

10925   STATE OF DELAWARE, CARVEL STATE BLDG, 820 N. FRENCH ST, WILMINGTON, DE 19801

10925   STATE OF DELAWARE, DIVISION OF REVENUE, CARVEL STATE BLDG, 820 N FRENCH ST, WILMINGTON, DE 19801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    STATE OF DELAWARE, PO BOX 898, DOVER, DE 19903

10925    STATE OF FL DEPT OF ENV REGULATION, ENFORCEMENT SECTION HEAD SOUTH EAST, 3301 GUN CLUB ROAD, WEST PALM BEACH, FL 33402

10925    STATE OF FL DEPT OF ENV REGULATION, OFFICE OF GEN COUN, 2600 BLAIR STONE ROAD, TALLAHASSE, FL 32301

10925    STATE OF FLORIDA DISBURSEMENT UNIT, PO BOX 8500, TALLAHASSEE, FL 32315-8500

10925    STATE OF FLORIDA, 104 CARLTON BLDG, TALLAHASSEE, FL 32399

10925    STATE OF FLORIDA, CALDWELL BLDG, TALLAHASSEE, FL 32399-0216

10925    STATE OF FLORIDA, DEPT OF REVENUE, 104 CARLTON BLDG, TALLAHASSEE, FL 32399

10925    STATE OF FLORIDA, FL DEPT OF TRANS., 2540 EXECUTIVE CTR CIRCLE, WEST DOUGLAS BLDG, SUITE 208, TALLAHASSEE, FL 32399

10925    STATE OF FLORIDA, POST OFFICE BOX 6100, TALLAHASSEE, FL 32314-6100

10925    STATE OF GEORGIA, 270 WASHINGTON ST, SW, ATLANTA, GA 30334

10925    STATE OF GEORGIA, DEPT OF REVENUE, 270 WASHINGTON ST, SW, ATLANTA, GA 30334

10925    STATE OF GEORGIA, DEPT OF REVENUE, TRINITY-WASHINGTON BLDG, ATLANTA, GA 30334

10925    STATE OF GEORGIA, TRINITY-WASHINGTON BLDG, 270 WASHINGTON ST, SW, ATLANTA, GA 30334

10925    STATE OF HAWAII, DEPT OF TAXATION, PO BOX 259, HONOLULU, HI 96809

10925    STATE OF HAWAII, PO BOX 259, HONOLULU, HI 96809

10925    STATE OF IDAHO, GOVERNORS OFFICE, PO BOX 83720, BOISE, ID 83720

10925    STATE OF IDAHO, PLAZA IV, 800 PARK BLVD, BOISE, ID 83722

10925    STATE OF IDAHO, PO BOX 36, 800 PARK BLVD PLAZA IV, BOISE, ID 83722

10925    STATE OF IDAHO, STATE HOUSE, BOISE, ID 83720-0600

10925    STATE OF IDAHO, STATE TAX COMMISSION, PLAZA IV, 800 PARK BLVD, BOISE, ID 83722

10925    STATE OF IDAHO, STATE TAX COMMISSION, PO BOX 36, 800 PARK BLVD PLAZA IV, BOISE, ID 83722

10925    STATE OF ILLINOIS TREASURER, PO BOX 19276, SPRINGFIELD, IL 62794-9276

10925    STATE OF ILLINOIS, 101 WEST JEFFERSON ST, SPRINGFIELD, IL 62702

10925    STATE OF ILLINOIS, 1035 OUTER PARK DRIVE, SPRINGFIELD, IL 62704-4462

10925    STATE OF ILLINOIS, DEPT OF REVENUE, 101 WEST JEFFERSON ST, SPRINGFIELD, IL 62702

10925    STATE OF ILLINOIS, DIVISION OF MANAGEMENT SERVICES, SPRINGFIELD, IL 62708-3331

10925    STATE OF INDIANA, 100 NORTH SENATE AVE, INDIANA GOVERNMENT CENTER NORTH, INDIANAPOLIS, IN 46204

10925    STATE OF INDIANA, 402 W. WASHINGTON ST., INDIANAPOLIS, IN 46204-2770

10925    STATE OF INDIANA, DEPT OF REVENUE, 100 NORTH SENATE AVE, INDIANA GOVERNMENT CENTER NORTH, INDIANAPOLIS, IN 46204

10925    STATE OF INDIANA, DEPT OF REVENUE, INDIANA GOVERNMENT CENTER NORTH, 100 NORTH SENATE AVE, INDIANAPOLIS, IN 46204

10925    STATE OF INDIANA, INDIANA GOVERNMENT CENTER NORTH, 100 NORTH SENATE AVE, INDIANAPOLIS, IN 46204

10925    STATE OF IOWA, DEPT OF REVENUE & FINANCE, HOOVER STATE OFFICE BLDG, EAST 13TH & WALNUT, DES MOINES, IA 50319

10925    STATE OF IOWA, DEPT OF REVENUE AND FINANCE, HOOVER STATE OFFICE BLDG, EAST 13TH & WALNUT, DES MOINES, IA 50319

10925    STATE OF IOWA, HOOVER STATE OFFICE BLDG, EAST 13TH & WALNUT, DES MOINES, IA 50319

10925    STATE OF KANSAS, DEPT OF REVENUE, ROBERT B DOCKING STATE OFC BLDG, 915 SW HARRISON ST, TOPEKA, KS 66612

10925    STATE OF KANSAS, DEPT OF REVENUE, ROBERT B. DOCKING STATE OFFICE BLDG, 915 SW HARRISON ST, TOPEKA, KS 66612

10925    STATE OF KANSAS, ROBERT B. DOCKING BLDG., 915 SW HARRISON ST, TOPEKA, KS 66612

10925    STATE OF KENTUCKY DIV OF WASTE MGT, RICH HOGAN, SUPV, 14 REILLY ROAD, FRANKFORT, KY 40601

10925    STATE OF KENTUCKY, 200 FAIR OAKS LANE, FRANKFORT, KY 40620

10925    STATE OF KENTUCKY, ATTN: JOHN FLOYD, 14 REILLY ROAD, FRANKFORT OFFICE PARK, FRANKFORT, KY 40601

10925    STATE OF KENTUCKY, REVENUE CABINET, 200 FAIR OAKS LANE, FRANKFORT, KY 40620

10925    STATE OF KS DEPT OF REVENUE, PO BOX 12003, TOPEKA, KS 66612

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    STATE OF LOUISIANA DEPT OF, REVENUE & TAXATION, UNCLAIMED PROPERTY, PO BOX 91010, BATON ROUGE, LA 70823-9010

10925    STATE OF LOUISIANA, 330 N. ARDENWOOD DRIVE, BATON ROUGE, LA 70806

10925    STATE OF LOUISIANA, 330 N. ARDENWOOD DRIVE, BOX 3863, BATON ROUGE, LA 70806

10925    STATE OF LOUISIANA, BOX 3863, 330 N. ARDENWOOD DRIVE, BATON ROUGE, LA 70806

10925    STATE OF LOUISIANA, DEPT OF REVENUE, 330 N. ARDENWOOD DR, BATON ROUGE, LA 70806

10925    STATE OF LOUISIANA, DEPT OF REVENUE, 330 N. ARDENWOOD DRIVE, BOX 3863, BATON ROUGE, LA 70806

10925    STATE OF LOUISIANA, DEPT OF REVENUE, BOX 3863, 330 N. ARDENWOOD DRIVE, BATON ROUGE, LA 70806

10925    STATE OF LOUISIANA, SECY OF REVENUE & TAXATION, UNCLAIMED PROPERTY, PO BOX 91010, BATON ROUGE, LA 70823-9010

10924    STATE OF MAINE MUSEUM, PICK UP AT BARRETT'S, CAPITAL COMPLEX, AUGUSTA, ME 04330

10925    STATE OF MAINE, 24 STATE HOUSE STATION, AUGUSTA, ME 04333

10925    STATE OF MAINE, REVENUE SERVICES, 24 STATE HOUSE STATION, AUGUSTA, ME 04333

10925    STATE OF MARYLAND DEPT OF ENV, MS JANE T NISHIDA SECY, 2500 BROENING HWY -- 2ND FL, BALTIMORE, MD 21224

10925    STATE OF MARYLAND DHMH, LABORATORIES ADMINISTRATION, 201 WEST PRESTON ST, BALTIMORE, MD 21201

10924    STATE OF MARYLAND TREASURER'S OFFIC, PO BOX 74670, ANNAPOLIS, MD 21404-0746

10925    STATE OF MARYLAND WORKERS, 6 NORTH LIBERTY ST, BALTIMORE, MD 21201-3785

10924    STATE OF MARYLAND, 100 COMMUNITY PLACE, CROWNSVILLE, MD 21032-2023

10925    STATE OF MARYLAND, 80 CALVERT ST, ANNAPOLIS, MD 21404

10925    STATE OF MARYLAND, COMPTROLER, GOLDSTEIN TREASURY BLDG, 80 CALVERT ST, ANNAPOLIS, MD 21404

10925    STATE OF MARYLAND, COMPTROLLER, 80 CALVERT ST, ANNAPOLIS, MD 21404

10925    STATE OF MARYLAND, COMPTROLLER, GOLDSTEIN TREASURY BLDG, 80 CALVERT ST, ANNAPOLIS, MD 21404

10925    STATE OF MARYLAND, DEPT OF THE ENVIRONMENT, 2500 BROENING HWY, BALTIMORE, MD 21224

10924    STATE OF MARYLAND, DHCD:JEFFERSON PATTERSON PARK, 10515 MACKALL ROAD, SAINT LEONARD, MD 20685

10925    STATE OF MARYLAND, GOLDSTEIN TREASURY BLDG, 80 CALVERT ST, ANNAPOLIS, MD 21404

10925    STATE OF MARYLAND, REVENUE ADMINISTRATION DIV, GOLDSTEIN TREASURY BLDG, 80 CALVERT ST, ANNAPOLIS, MD 21404

10925    STATE OF MASSACHUSETTS, 51 SLEEPER ST, 8TH FL, BOSTON, MA 02114

10925    STATE OF MASSACHUSETTS, 8TH FL, 51 SLEEPER ST, BOSTON, MA 02114

10925    STATE OF MASSACHUSETTS, COMMISSIONER OF REVENUE, 8TH FL, 51 SLEEPER ST, BOSTON, MA 02114

10925    STATE OF MASSACHUSETTS, DEPT OF REVENUE, 51 SLEEPER ST, 8TH FL, BOSTON, MA 02114

10925    STATE OF MICHIGAN, DEPT OF TREASURY, TREASURY BLDG, 430 W. ALLEGAN ST, LANSING, MI 48922

10925    STATE OF MICHIGAN, DEPT OF TREASURY, TREASURY BLDG, 430 W. ALLEGAN ST, LANSING, MI 78922

10925    STATE OF MICHIGAN, PO BOX 30050, LANSING, MI 48909

10925    STATE OF MICHIGAN, PO BOX 30657, LANSING, MI 48909-8157

10925    STATE OF MICHIGAN, POBOX 30028, LANSING, MI 48909-7528

10925    STATE OF MICHIGAN, QUALITY, CASHIERS OFFICE, PO BOX 30657, LANSING, MI 48909-8157

10925    STATE OF MICHIGAN, TREASURY BLDG, 430 W. ALLEGAN ST, LANSING, MI 48922

10925    STATE OF MICHIGAN, TREASURY BLDG, 430 W. ALLEGAN ST, LANSING, MI 78922

10925    STATE OF MINNESOTA OFFICE OF THE A, STEPHEN SHAKMAN, AND JENNIFER BEENS, 102 STATE CAPITOL, ST PAUL, MN 55155-1002

10925    STATE OF MINNESOTA, 600 NORTH ROBERT ST, ST. PAUL, MN 55146

10925    STATE OF MINNESOTA, DEPT OF REVENUE, 600 NORTH ROBERT ST, ST. PAUL, MN 55146

10925    STATE OF MISSISSIPPI, 1577 SPRINGRIDGE ROAD, COMMISSIONER OF REV, RAYMOND, MS 39154

10925    STATE OF MISSISSIPPI, 1577 SPRINGRIDGE ROAD, RAYMOND, MS 39154

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 STATE OF MISSISSIPPI, 1577 SPRINGRIDGE ROAD, RAYMOND, MS 39154-9602

10925 STATE OF MISSISSIPPI, COMMISSIONER OF REVENUE, 1577 SPRINGRIDGE ROAD, RAYMOND, MS 39154

10925 STATE OF MISSISSIPPI, COMMISSIONER OF REVENUE, STATE TAX COMMISSION, 1577 SPRINGRIDGE ROAD, RAYMOND, MS 39154

10925 STATE OF MISSISSIPPI, STATE TAX COMMISSION, 1577 SPRINGRIDGE ROAD, RAYMOND, MS 39154

10925 STATE OF MISSISSIPPI, STATE TAX COMMISSION, 1577 SPRINGRIDGE ROAD, RAYMOND, MS 39154-9602

10925 STATE OF MISSOURI, 301 WEST HIGH ST, JEFFERSON CITY, MO 65105

10925 STATE OF MISSOURI, DEPT OF REVENUE, 301 WEST HIGH ST, JEFFERSON CITY, MO 65105

10925 STATE OF MONTANA, 455 SAM W. MITCHELL BLDG, 125 N. ROBERTS PO BOX 5805, HELENA, MT 59604

10925 STATE OF MONTANA, 455 SAM W. MITCHELL BLDG, 125 N. ROBERTS, HELENA, MT 59604

10925 STATE OF MONTANA, BOARD OF LAND COMMISSIONERS, HELENA, MT 59620

10925 STATE OF MONTANA, DEPT OF REVENUE, 455 SAM W. MITCHELL BLDG, 125 N. ROBERTS, HELENA, MT 59604

10925 STATE OF NEBRASKA, 301 CENTENNIAL MALL SOUTH, LINCOLN, NE 68509

10925 STATE OF NEBRASKA, 301 CENTENNIAL MALL SOUTH, PO BOX 94818, LINCOLN, NE 68509

10925 STATE OF NEBRASKA, DEPT OF REVENUE, 301 CENTENNIAL MALL SOUTH, LINCOLN, NE 68509

10925 STATE OF NEBRASKA, PO BOX 94756, LINCOLN, NE 68509

10925 STATE OF NEVADA, 1550 E. COLLEGE PKWY, CARSON CITY, NV 89706

10925 STATE OF NEVADA, DEPT OF TAXATION, 1550 E COLLEGE PKWY, CARSON CITY, NV 89706

10925 STATE OF NEW HAMPSHIRE, 45 CHENNELL DRIVE, CONCORD, NH 03301

10925 STATE OF NEW HAMPSHIRE, 45 CHENNELL DRIVE, PO BOX 457, CONCORD, NH 03301

10925 STATE OF NEW HAMPSHIRE, CHERYL MCGARY, NHDES, CONCORD, NH

10925 STATE OF NEW HAMPSHIRE, DEPT. OF REVENUE ADMINISTRATION, 45 CHENNELL DRIVE, CONCORD, NH 03301

10925 STATE OF NEW HAMPSHIRE, SALEM MUNICIPAL BLDG, SALEM, NH 03079

10925 STATE OF NEW JERSEY TREASURER, DIVISION OF REVENUE, PO BOX 638, TRENTON, NJ 08625-0638

10925 STATE OF NEW JERSEY TREASURER, PO BOX 638, TRENTON, NJ 08625-0638

10925 STATE OF NEW JERSEY, 50 BARRACK ST, PO BOX 240, TRENTON, NJ 08646

10925 STATE OF NEW JERSEY, 50 BARRACK ST, PO BOX 240, TRENTON, NJ 08646-0240

10925 STATE OF NEW JERSEY, 50 BARRACK ST, TRENTON, NJ 08646

10925 STATE OF NEW JERSEY, DIVISION OF TAXATION, 50 BARRACK ST, PO BOX 240, TRENTON, NJ 08646-0240

10925 STATE OF NEW JERSEY, DIVISION OF TAXATION, 50 BARRACK ST, TRENTON, NJ 08646

10925 STATE OF NEW MEXICO, 1100 S. ST. FRANCIS DRIVE, SANTA FE, NM 87504

10925 STATE OF NEW MEXICO, PO BOX 1028, SANTA FE, NM 87504-1028

10925 STATE OF NEW MEXICO, PO BOX 630, 1100 S. ST. FRANCIS DRIVE, SANTA FE, NM 87504

10925 STATE OF NEW MEXICO, TAXATION AND REVENUE DEPT, 1100 S. ST. FRANCIS DRIVE, SANTA FE, NM 87504

10925 STATE OF NEW MEXICO, TAXATION AND REVENUE DEPT, PO BOX 630, 1100 S. ST. FRANCIS DRIVE, SANTA FE, NM 87504

10925 STATE OF NEW YORK, DEPT OF TAXATION & FINANCE, W. A. HARRIMAN CAMPUS BLDG #9, ALBANY, NY 12227

10925 STATE OF NEW YORK, DEPT OF TAXATION AND FINANCE, W. A. HARRIMAN CAMPUS, BLDG #9, ALBANY, NY 12227

10925 STATE OF NEW YORK, DEPT OF TAXATION AND FINANCE, W. A. HARRIMAN CAMPUS, BLDG #9, ALBANY, NY 12227-0125

10925 STATE OF NEW YORK, W. A. HARRIMAN CAMPUS, BLDG #9, ALBANY, NY 12227

10925 STATE OF NEW YORK, W. A. HARRIMAN CAMPUS, BLDG #9, ALBANY, NY 12227-0125

10925 STATE OF NEW YORK, W. A. HARRIMAN CAMPUS, BLDG. #9, ALBANY, NY 12227

10925 STATE OF NJ DEPT OF ENV PROTECTION, CN 028, TRENTON, NJ 08625

10925 STATE OF NJ, CN 417, TRENTON, NJ 08625

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    STATE OF NJ, DIV OF BLDG & CONST, CONTRACT # DBC: A510-40-05C01, 50 BARRACK STREET, CN 235, TRENTON, NJ 08638

10925    STATE OF NORTH CAROLINA DEPT OF EN, REGIONAL SUPERVISOR, 919 NORTH MAIN ST, MOORESVILLE, NC 28115

10925    STATE OF NORTH CAROLINA, 501 N. WILMINGTON ST, PO BOX 25000, RALEIGH, NC 27640

10925    STATE OF NORTH CAROLINA, 501 N. WILMINGTON ST, RALEIGH, NC 27640

10925    STATE OF NORTH CAROLINA, DEPT OF REVENUE, 501 N WILMINGTON ST, RALEIGH, NC 27640

10925    STATE OF NORTH CAROLINA, DEPT OF REVENUE, 501 N. WILMINGTON ST, PO BOX 25000, RALEIGH, NC 27640

10924    STATE OF NORTH CAROLINA, NCDENR/DAQ/ECB, 4403 REEDY CREEK ROAD, RALEIGH, NC 27607

10925    STATE OF NORTH CAROLINA, PO BOX 27687, RALEIGH, NC 27611-7687

10924    STATE OF NORTH CAROLINA, PO BOX 29580, RALEIGH, NC 27626

10925    STATE OF NORTH CAROLINA, RALEIGH, NC 27640

10925    STATE OF NORTH DAKOTA, 8TH FL CAPITOL BLDG, 600 E. BLVD AVE, BISMARCK, ND 58505

10925    STATE OF NORTH DAKOTA, 8TH FL, CAPITOL BDG 600 E BLVD AVE, BISMARCK, ND 58505

10925    STATE OF NORTH DAKOTA, CAPITOL BLDG, 8TH FL, 600 E. BLVD AVE, BISMARCK, ND 58505

10925    STATE OF NORTH DAKOTA, TAX COMMISSIONER, 8TH FL CAPITOL BLDG, 600 E. BLVD AVE, BISMARCK, ND 58505

10925    STATE OF NORTH DAKOTA, TAX DEPT, CAPITOL BLDG, 8TH FL, 600 E. BLVD AVE, BISMARCK, ND 58505

10925    STATE OF OHIO, 30 EAST BROAD ST, COLUMBUS, OH 43216

10925    STATE OF OHIO, 30 EAST BROAD ST, PO BOX 530, COLUMBUS, OH 43216

10925    STATE OF OHIO, 30 EAST BROAD ST, PO BOX 530, COLUMBUS, OH 43216-0530

10925    STATE OF OHIO, ASST ATTY GENERAL, ASST CHIEF ANTITRUST SECTION, OFFICE OF THE ATTY GENERAL, 140 EAST TOWER ST 1ST FL, COLUMBUS, OH 43215

10925    STATE OF OHIO, BMV, 4650 LAKE FOREST DRIVE, CINCINNATI, OH 45242

10925    STATE OF OHIO, DEPT OF TAXATION, 30 EAST BROAD ST, COLUMBUS, OH 43216

10925    STATE OF OHIO, DEPT OF TAXATION, 30 EAST BROAD ST, PO BOX 530, COLUMBUS, OH 43216-0530

10925    STATE OF OKLAHOMA - STATE TAX COMM., 2501 LINCOLN BLVD, OKLAHOMA CITY, FL 73194

10925    STATE OF OKLAHOMA SECY OF THE ENVIR, 3800 N CLASSEN ST, OKLAHOMA CITY, OK 73118

10925    STATE OF OKLAHOMA, 2501 LINCOLN BLVD, OKLAHOMA CITY, FL 73194

10925    STATE OF OKLAHOMA, 2501 LINCOLN BLVD, OKLAHOMA CITY, OK 73194

10925    STATE OF OKLAHOMA, 2501 LINCOLN BLVD, OKLAHOMA CITY, OK 73194-0001

10925    STATE OF OKLAHOMA, STATE TAX COMMISSION, 2501 LINCOLN BLVD, OKLAHOMA CITY, OK 73194

10925    STATE OF OKLAHOMA, STATE TAX COMMISSION, 2501 LINCOLN BLVD, OKLAHOMA CITY, OK 73194-0001

10924    STATE OF OREGON C/O, 800 NE OREGON STREET, PORTLAND, OR 97232

10924    STATE OF OREGON DEPT ADMIN SVCS, 1225 FERRY ST SE/BASEMENT, SALEM, OR 97310

10925    STATE OF OREGON, 955 CENTER ST, N.E., SALEM, OR 97310

10925    STATE OF OREGON, DEPT OF REVENUE, 955 CENTER ST, N.E., SALEM, OR 97310

10925    STATE OF OREGON, DEPT OF REVENUE, REVENUE BLDG, SALEM, OR 97310

10925    STATE OF OREGON, LIC UTILITY COMM. OF OR, LABOR & INDUSTRIES BLDG, SALEM, OR 97310

10925    STATE OF OREGON, REVENUE BLDG, 955 CENTER ST, N.E., SALEM, OR 97310

10925    STATE OF PENNSYLVANIA, 1133 STRAWBERRY SQUARE, HARRISBURG, PA 17128

10925    STATE OF PENNSYLVANIA, DEPT OF REVENUE, 1133 STRAWBERRY SQUARE, HARRISBURG, PA 17128

10925    STATE OF RHODE ISLAND & PROV. PLANT, DIV OF TAXATION, 289 PROMENADE ST, PROVIDENCE, RI 02908

10925    STATE OF RHODE ISLAND, DIVISION OF TAXATION, ONE CAPITOL HILL, PROVIDENCE, RI 02908

10925    STATE OF RHODE ISLAND, ONE CAPITOL HILL, PROVIDENCE, RI 02908

10925    STATE OF SOUTH CAROLINA OFFICE, 1201 MAIN ST SUITE 410, COLUMBIA, SC 29201

10925    STATE OF SOUTH CAROLINA, 301 GERVAIS ST, COLUMBIA, SC 29214

10925    STATE OF SOUTH CAROLINA, 301 GERVAOS ST, PO BOX 125, COLUMBIA, SC 29214

10925    STATE OF SOUTH CAROLINA, DEPT OF REVENUE, 301 GERVAIS ST, COLUMBIA, SC 29214

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STATE OF SOUTH CAROLINA, POBOX 200, UNION, SC 29379

10925   STATE OF SOUTH CAROLINA, POBOX 287, LAURENS, SC 29360

10925   STATE OF SOUTH CAROLINA, SPARTANBURG COUNTY COURTHOUSE, SPARTANBURG, SC 29301

10925   STATE OF TENNESSEE, 401 CHURCH ST 4FL L&C ANNEX, NASHVILLE, TN 37243-1538

10925   STATE OF TENNESSEE, ANDREW JACKSON STATE OFFICE BLDG., 500 DEADERICK ST, NASHVILLE, TN 37242

10925   STATE OF TENNESSEE, ANDREW JACKSON STATE OFFICE BLDG., NASHVILLE, TN 37242

10925   STATE OF TENNESSEE, DEPT OF REVENUE, ANDREW JACKSON STATE OFC BLDG, 500 DEADERICK ST, NASHVILLE, TN 37242

10925   STATE OF TENNESSEE/DEPT OF LABOR, BOILER-ELEVATOR INSP., NASHVILLE, TN 37243-0663

10925   STATE OF TEXAS, COMPTROLLER OF PUBLIC ACCTS, LBJ STATE OFFICE BLDG, 111 E. 17 ST, AUSTIN, TX 78774

10925   STATE OF TEXAS, LBJ STATE OFFICE BLDG, 111 E. 17 ST, AUSTIN, TX 78774

10925   STATE OF TN CASHIERS SECTION, 1150 FOSTERS AVE, NASHVILLE, TN 37249-1555

10925   STATE OF UTAH, 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134

10925   STATE OF UTAH, STATE TAX COMMISSION, 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134

10925   STATE OF VERMONT, DEPT OF TAXES, PAVILION OFFICE BLDG, 109 STATE ST, MONTPELIER, VT 05609

10925   STATE OF VERMONT, PAVILION OFFICE BLDG, 109 STATE ST, MONTPELIER, VT 05609

10925   STATE OF VIRGINIA, 2220 W. BROAD ST, RICHMOND, VA 23220

10925   STATE OF VIRGINIA, 2220 W. BROAD ST, RICHMOND, VA 23220-2008

10925   STATE OF VIRGINIA, DEPT OF TAXATION, 2220 W. BROAD ST, RICHMOND, VA 23220

10925   STATE OF VIRGINIA, DEPT OF TAXATION, 2220 W. BROAD ST, RICHMOND, VA 23220-2008

10925   STATE OF WEST VIRGINIA, BLDG 1, STATE CAPITOL BLDG, CHARLESTON, WV 25304

10925   STATE OF WEST VIRGINIA, BLDG 1, STATE CAPITOL BLDG, CHARLESTON, WV 25305

10925   STATE OF WEST VIRGINIA, DEPT OF TAX AND REVENUE, BLDG 1, STATE CAPITOL BLDG, CHARLESTON, WV 25305

10925   STATE OF WISCONSIN, 125 SOUTH WEBSTER ST, MADISON, WI 53708

10925   STATE OF WISCONSIN, DEPT OF REVENUE, 125 SOUTH WEBSTER ST, MADISON, WI 53708

10925   STATE OF WYOMING, DEPT OF REVENUE, HERSCHLER BLDG, 122 W. 25TH ST, CHEYENNE, WY 82002

10925   STATE OF WYOMING, HERSCHLER BLDG, 122 W. 25TH ST, CHEYENNE, WY 82002

10924   STATE OFFICE BUILDING RENOVATION, BROADWAY,DOUGLAS, MARKET,&WILLIAMS, WICHITA, KS 67202

10924   STATE OFFICE BUILDING RENOVATION, BROADWAY,DOUGLAS,MARKET & WILLIAMS, WICHITA, KS 67202

10924   STATE OFFICE BUILDING, LAS VEGAS BLVD & WASHINGTON AVENUE, LAS VEGAS, NV 89101

10924   STATE OFFICE BUILDING, PICK UP AT BARRETT'S WAREHOUSE, NORWOOD, MA, STATE HOUSE COMPLEX, AUGUSTA, ME 04330

10925   STATE PATROLMAN ENFORCEMENT, THE, 611 PENNSYLVANIA AVE SE STE 1200, WASHINGTON, DC 20003

10925   STATE PLANT BOARD, PO BOX 1069, LITTLE ROCK, AR 72203

10925   STATE POLICE, RIGHT TO KNOW, PO BOX 66614-MAIL SLIP 21, BATON ROUGE, LA 70896-6614

10924   STATE PRISON OF SOUTHERN MICHIGAN, 3460 COOPER STREET, JACKSON, MI 49201

10924   STATE ROAD BUILDERS SUPPLY, 1840 SOUTH STATE, UPPER DARBY, PA 19082

10924   STATE ROAD CEMENT BLOCK C, OSTATE ROAD, NORTH DARTMOUTH, MA 02747

10924   STATE ROAD CEMENT BLOCK CO, 656 STATE ROAD, NORTH DARTMOUTH, MA 02747

10924   STATE ROOFING & SUPPLY, 10855 AIRLINE HIGHWAY, BATON ROUGE, LA 70816

10924   STATE ROOFING & SUPPLY, P. O. BOX 1935, BATON ROUGE, LA 70821

10924   STATE ROOFING & SUPPLY, PO BOX 1935, BATON ROUGE, LA 70821

10925   STATE ROOFING SYSTEMS INC, PO BOX 2351, SAN LEANDRO, CA 94577

10924   STATE SAND & GRAVEL, BELMONT AVE., RTE 3, BELFAST, ME 04915

10924   STATE SAND & GRAVEL, BOX 420, BELFAST, ME 04915

10925   STATE STREET BANK & TRUST, PO BOX 5753, BOSTON, MA 02206

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10924 STATE STREET BANK, 2 HERITAGE DRIVE, QUINCY, MA 02169

10924 STATE STREET BANK, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924 STATE STREET BANK, 69 HOWARD STREET, WATERTOWN, MA 02472

10925 STATE STREET NORTH, 26 ELM ST, QUINCY, MA 01801

10925 STATE STREET NORTH, 26 ELM ST, QUINCY, MA 02169

10924 STATE SUPPLY, INC, 1626 W.FRONTAGE RD, CHULA VISTA, CA 91911

10925 STATE TAXATION INSTITUTE, PO BOX 81143, ATLANTA, GA 30366-1143

10924 STATE TEACHERS, 275 EAST BROAD ST., COLUMBUS, OH 43215

10925 STATE TECH, 5983 MACON COVE, MEMPHIS, TN 38134

10925 STATE TREASURER, COMPTROLLER PUBLIC ACCTS, AUSTIN, TX 78774-0100

10925 STATE TREASURER, PO BOX 12030, AUSTIN, TX 78711-2030

10924 STATE UNIV. COLLEGE, ONE COLLEGE AVE, GENESEO, NY 14454

10924 STATE UNIV. OF NEW YORK @ CANTON, BUILDING #5, CANTON, NY 13617

10924 STATE UNIVERSITY FARMINGDALE, 723 EAST 140TH STREET, BRONX, NY 10454

10924 STATE UNIVERSITY OF NEW YORK, HOSPITAL RECEIVING HSC LEVEL 1, STONY BROOK, NY 11794

10924 STATEFARM INSURANCE COMPANIES, BLOOMINGTON-OAKLAND AVE. BLDG., BLOOMINGTON, IL 61701-5833

10924 STATEFARM INSURANCE COMPANIES, ONE STATE FARM PLAZA A-1, BLOOMINGTON, IL 61710

10925 STATEK, 512 NO MAIN ST, ANAHEIM, CA 92868

10924 STATELINE MALL-FASHION OUTLET OF LV, SIPLAST, OFF HIGHWAY 15, STATELINE, NV 89449

10925 STATEMAN, ESTHER, 201 N JESSICA APT 302, TUCSON, AZ 85710-2143

10924 STATEN ISLAND HOSPITAL, 475 SEAVEIW AVE, STATEN ISLAND, NY 10305

10924 STATEN ISLAND UNIVERSITY HOSPITAL, 475 SEAVEIW AVENUE, STATEN ISLAND, NY 10301

10925 STATES, KENNETH, 131 RAGLAND ST., GRAHAM, TX 76450

10925 STATES, WALTER, 2102 VIA DEL NORTE, CARROLLTON, TX 75006

10924 STATEWIDE INSUL./5TH AVE.SKYBRIDGE, 555 W. 5TH AVE., ANCHORAGE, AK 99515

10924 STATEWIDE INSUL./KETCHIKAN HOSPITAL, 3100 TONGASS AVE., KETCHIKAN, AK 99901

10924 STATEWIDE INSUL/JUNEAU BARTLETT HOS, JUNEAU BARTLETT HOSPITAL, JUNEAU, AK 99801

10924 STATEWIDE INSULATION, 7011 ARLENE STREET, ANCHORAGE, AK 99502

10925 STATEWIDE PLUMBING, 4600 NW BOCA RATON BLVD, BOCA RATON, FL 33431

10925 STATHIS, PAULINE, 19 CATHERINE CIRCLE, STOW, MA 01775

10925 STATIC POWER CONVERSION SERVICES, 9051 RED BRANCH RD., COLUMBIA, MD 21045

10925 STATIC POWER CONVERSION SERVICES, I, 9051 RED BRANCH ROAD, COLUMBIA, MD 21045

10924 STATION CASINO, THE, C/O ELIASON & KNUTH, KANSAS CITY, MO 64161

10925 STATIONARY POWER SUPPLIES, 14770 A 62ND ST NORTH, CLEARWATER, FL 34620

10925 STATIONERY HOUSE INC, THE, 1000 FLORIDA AVE, HAGERSTOWN, MD 21741

10925 STATIONERY HOUSE, THE, 1000 FLORIDA AVE, HAGERSTOWN, MD 21741

10925 STATIONHOUSE RESTAURANT, THE, 1400 MARKET ST, CHATTANOOGA, TN 37402

10925 STATISTICS CANADA, 6TH FL,R.H. COATS BLDG., OTTAWA, ON K1A 0T6CANADA          *VIA Deutsche Post*

10924 STATLER READY MIX CO., 1000 4TH STREET, KALAMAZOO, MI 49001

10924 STATLER READY MIX CO., 3900 DICKMAN RD., BATTLE CREEK, MI 49015

10924 STATLER READY MIX CO., P O BOX 50266, KALAMAZOO, MI 49005

10924 STATLER READY MIX CO., PO BOX 50266, KALAMAZOO, MI 49005

10925 STAT-LINE INDUSTRIES INC, ROBERT ASSAF, 1619 ATLANTIC UNIVERSITY CIRCLE, JACKSONVILLE, FL 32207-2226

10924 STAT-MEDICAL INC, 12925 16TH AVENUE NORTH, PLYMOUTH, MN 55441

10925 STATON, ALONZO, 20 MILLINGTON ST, MT VERNON, NY 10553

10925 STATON, DAVID, 1159 K AVE NW, CEDAR RAPIDS, IA 52405

10924 STATON, GEORGE COMPANY, HIGHWAY 204, AUSTIN, TX 78766

10924 STATON, GEORGE COMPANY, P.O. BOX 1430, JACKSONVILLE, TX 75766

10925 STATON, JAMES, 903 RIVERSIDE ROAD, SALISBURY, MD 21801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STATON, KEVIN, PO BOX 644, BETHEL, NC 27812

10925   STATON, MARGARET, 5349 FAIRMONT, ABILENE, TX 79605

10925   STATON, MARY, 111 E WASHINGON, MOMENCE, IL 60954

10925   STATON, PAMELA, RR1 BOX 161, MOMENCE, IL 60954

10925   STATON, ROBERT, 63 DUKE ST, GREENVILLE, SC 29605

10924   STATUARY STORE, THE, 72440 VARNER RD, THOUSAND PALMS, CA 92276

10925   STAT-USA, US DEPT OF COMMERCE, WASHINGTON, DC 20230

10925   STATZ & HARROP INC, AXLEY BRYNELSON STEVEN M STRECK, PO BOX 1767, MADISON, WI 53701-1767

10925   STATZ & HARROP INC, JERRY STATZ, 2230 PINEHURST DRIVE, MIDDLETON, WI 53562

10925   STATZ, MICHELE, 1303 WEXFORD DR, WAUNAKEE, WI 53597

10925   STAUB, DANIEL, 9195 WALTHAM, WHITE LAKE, MI 48386

10925   STAUBER, ARTHUR, PO BOX 30591, BILLINGS, MT 59107-0591

10925   STAUBER, CHARLES, 92 HILLOCK CRT, APPLETON, WI 54914

10925   STAUDER, CAROL, RD 6 BOX 310 EAST MT. RD, BELLE MEAD, NJ 08502

10925   STAUFFER CHEMICAL CO, FRED J FALCO ENGINEERING/TECH, PO BOX 5288, ANDERSON, SC 29623

10924   STAUFFER CHEMICAL CO., EASTERN RESEARCH CENTER, DOBBS FERRY, NY 10522

10925   STAUFFER CHEMICAL COMPANY (RICHMOND, STAUFFER MANAGEMENT COMPANY, 1800 CONCORD PIKE, PO BOX 15437, WILMINGTON, DE 19850-5437

10925   STAUFFER, GARY, 433 N. MONROE ST., MONTICELLO, WI 53570

10925   STAUFFER, KEVIN, 1115 SHOWERS LANE, READING, PA 19605

10925   STAUFFER, LESLIE, 5673 F HARPERS FARM RD, COLUMBIA, MD 21044

10925   STAUFFER, MONICA, RD2 P4-7 PARDEESVILLE, HAZLETON, PA 18201

10924   STAUNTON CONCRETE PRODUCTS, 243 EAST 8TH STREET, STAUNTON, IL 62088

10924   STAUNTON CONCRETE PRODUCTS, 243. EAST 8TH STREET, STAUNTON, IL 62088

10925   STAVELY, RONALD, 104 TRINITY AVE, SPARTANBURG, SC 29303

10925   STAVER GROUP, INC, THE, 1271 EAST 2ND. ST., FRANKLIN, OH 45005

10925   STAVER, DONALD, BOX 93, AURELIA, IA 51005-0093

10925   STAVES, JOSEPH L, 1709 CORKY LN., LAKE CHARLES, LA 70605

10925   STAVES, JOSEPH, 1709 CORKY LANE, LAKE CHARLES, LA 70605

10925   STAVES, ROBERT, 100 MCDONALD, LAFAYETTE, LA 70506

10925   STAVIG, JUDI, 1412 N. KEY ST, GUYMON, OK 73942

10925   STAVRICH, MARY, 5144 N. 64TH ST, MILWAUKEE, WI 53218

10925   STAVROPOULOS, EVANGE, 64 GIFFORD ST, BROCKTON, MA 02401

10925   STAWARZ, JUNE, RT. 7 BOX 645, MORGANTOWN, WV 26505

10925   STAWCHANSKY, J, 576 GRAND CAYMAN CIRCLE, LAKELAND, FL 33803

10925   STAWIARSKI, ANDREW, 11828 RCH BERNARDO, SAN DIEGO, CA 92128

10925   STAWINSKI, CHARLES, 116 WOODLAND ROAD, BUTLER, PA 16001

10925   STAWINSKI, MILLICENT, 116 WOODLAND ROAD, BUTLER, PA 16001

10925   STAWSKI, CHRISTOPHER J, 205 E WISCONSIN AVE #205, MILWAUKEE, WI 53202

10924   STAYBRIDGE, 10201 STONELAKE BLVD, AUSTIN, TX 78759

10925   STAYN, PATRICIA LEE, CUST FOR SUSAN JENNIFER STAYN, UNIF GIFT MIN ACT CT, 34 INGLESIDE RD, LEXINGTON, MA 02173-2522

10924   STAY-RIGHT PRECAST, 3109 GRESHAM LAKE ROAD, RALEIGH, NC 27615

10924   STAY-RIGHT PRECAST, 3109 GRESHAM LAKE ROAD, RALEIGH, NC 27658

10925   STAYTON MINI STORAGE, POBOX 429, STAYTON, OR 97383

10925   STAYTON, CATHERINE, 1821 GRANITE DRIVE, ARLINGTON, TX 76013

10924   STC CATALYST, INC., 10 BASIL SAWYER DRIVE, HAMPTON, VA 23666

10924   STC CATAYST, INC., 10 BASIL SAWYER DRIVE, HAMPTON, VA 23666

10925   STE, 6105 REVERPARK DR, RIVERSIDE, MO 64150

10925   STEADING, PHYLLIS, 157 SWEETWATER ROAD, FOUNTAIN INN, SC 29644

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | STEADING, STEVE, 8 CHEROKEE DRIVE, GREENVILLE, SC 29615 | |
| 10925 | STEADMAN, ERIC, 4430 MEDALION DRIVE, ORLANDO, FL 32808 | |
| 10925 | STEADMAN, GERALDINE, PO BOX 473, LITTLETON, NC 27850 | |
| 10925 | STEADMAN, LAURA, 15118 FAIRLAWN AVE SIL, SILVER SPRING, MD 20905 | |
| 10925 | STEADMAN, THOMAS, 12401 NORTH 22ND ST, TAMPA, FL 33612-4630 | |
| 10925 | STEAM SALES CORP, 55A STONEHILL RD, OSWEGO, IL 60543 | |
| 10925 | STEAM SALES CORPORATION, 2711-A CURTISS ST, DOWNERS GROVE, IL 60515 | |
| 10925 | STEAM SALES CORPORATION, 55A STONEHILL RD, OSWEGO, IL 60515 | |
| 10925 | STEAM SYSTEM, INC, PO BOX 71-3888, COLUMBUS, OH 43271-3888 | |
| 10925 | STEAM SYSTEMS, INC, 2860 CINCINNATI-DAYTON RD., MIDDLETOWN, OH 45044 | |
| 10925 | STEARN, SHEILA, 4609 N.E. 21 CT., OCALA, FL 34479 | |
| 10925 | STEARNS CORP., 8399 WESTVIEW, HOUSTON, TX 77055 | |
| 10925 | STEARNS CORPORATION, 8399 WESTVIEW, HOUSTON, TX 77055 | |
| 10925 | STEARNS WAEVER MILLER WEISSLER, 2200 MUSEUM TOWER, MIAMI, FL 33130 | |
| 10925 | STEARNS WEAVER MILLER, 200 EAST BROWARD BLVD SUITE 1900, FORT LAUDERDALE, FL 33301 | |
| 10925 | STEARNS, MARK, 16816 MOSSY OAK DRIVE, DALLAS, TX 75248-1622 | |
| 10924 | STEBBINS ENGINEERING, 363 EASTERN BLVD., WATERTOWN, NY 13601 | |
| 10924 | STEBBINS ENGINEERING, 4831 N. RIVER ROD, PORT ALLEN, LA 70767 | |
| 10924 | STEBBINS ENGINEERING, 8 DISTRICT COURT, GREER, SC 29650 | |
| 10925 | STEBBINS, JAMES, 7463 BAYWOOD LANE, PENSACOLA, FL 32504 | |
| 10925 | STEBBINS, PETER, 14830 PALMERSTON SQUARE, CENTERVILLE, VA 22020 | |
| 10925 | STEBER, MARIE, 25 PLM LANE, BOURBONNAIS, IL 60914 | |
| 10925 | STEBNISKI, JOYCE, 1748 S VILLAGE DR, DELTONA, FL 32725 | |
| 10925 | STECHER, GARY W & GLENN C, 242 TOWNSHIP LINE RD, SWEDESBORO, NJ 08085 | |
| 10924 | STECK OFFICE BLDG, 8213-A FHOAL CREEK BLVD, AUSTIN, TX 78731 | |
| 10925 | STECK, DAVID, BOWMAN LANE, PELHAM, NH 03076 | |
| 10925 | STECK, LINDA, 519 W LA DONNA DR, TEMPE, AZ 85283 | |
| 10925 | STECK, NANCY, 232 CHANDLER COURT, HILLSBOROUGH, NJ 08844 | |
| 10925 | STECKEL, VIVIENNE, RD 3 BOX 46, PITTSTOWN, NJ 08867 | |
| 10925 | STECKLING, BRENDA, 3237 SEMINARY SPRINGS ROAD, MADISON, WI 53704 | |
| 10925 | STECO, JULIA, 14 S. ADAMSVILLE RD., BRIDGEWATER, NJ 08807 | |
| 10925 | STECYK, MICHELE, 17 BOARDMAN LANE, HAMILTON, MA 01982 | |
| 10925 | STEDMAN, JANA, RT. 3 BOX 121, MOMENCE, IL 60954 | |
| 10925 | STEED, BRENDA, 2326 FOOTHILL RD, MCKINNLEY, TX 75070 | |
| 10925 | STEED, JENNY, 102 E. SEVERN RD, NORFOLK, VA 23505 | |
| 10925 | STEED, PAMELA, RT. 4 BOX 215, COMMERCE, GA 30529 | |
| 10925 | STEEL AND PIPES INC, PO BOX 5309, CAGUAS, PR 00726PUERTO RICO | *VIA Deutsche Post* |
| 10925 | STEEL BUILDING SPECIALIST, INC, PO BOX 1687, ELLICOTT CITY, MD 21041 | |
| 10925 | STEEL CITIES STEEL, PO BOX 2676, GARY, IN 46403 | |
| 10925 | STEEL CITIES STEELS, 395 MELTON RD., BURNS HARBOR, IN 46304 | |
| 10925 | STEEL CITY ERECTION & CRANE RENTAL, 3441 PARKWOOD ROAD SE, BESSEMER, AL 35022 | |
| 10925 | STEEL CITY ERECTION & CRANE, PO BOX 10745, BIRMINGHAM, AL 35202-0745 | |
| 10925 | STEEL DECK INSTITUTE, PO BOX 25, FOX RIVER GROVE, IL 60021 | |
| 10924 | STEEL EQUITIES, INC, 1044 NOTHERN BOULEVARD, ROSLYN, NY 11576 | |
| 10925 | STEEL FAB, INC, PO BOX 710255, CINCINNATI, OH 45271-0255 | |
| 10925 | STEEL INC/DBA TIMBERLINE PLASTICS, 6255 DEXTER ST, COMMERCE CITY, CO 80022 | |
| 10925 | STEEL PROCESSORS INC., 69 NORMAN ST, EVERETT, MA 02149 | |
| 10924 | STEEL SERVICE & SPECIALIT, 11426 SOUTH PERRY, CHICAGO, IL 60628 | |
| 10925 | STEEL SERVICES, 11426 S PERRY AVE, CHICAGO, IL 60628-4822 | |
| 10925 | STEEL SHIPPING CONTAINER INSTITUTE, 1101 14TH ST NW SUITE 1020, WASHINGTON, DC 20005 | |
| 10924 | STEEL TANK ASSO., 570 OAKWOOD RD, LAKE ZURICH, IL 60047 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | STEEL TANK ASSOCIATION, 570 OAKWOOD ROAD, LAKE ZURICH, IL 60047 | |
| 10924 | STEEL TOOL & ENGINEERING, 22152 PENNSYLVANIA ROAD, TAYLOR, MI 48180 | |
| 10925 | STEEL, JAMES, 7155 TWIN OAKS DR APT E, INDIANAPOLIS, IN 46226-5765 | |
| 10925 | STEELE III, ROBERT C, CUST FOR FRANCIS ROSS STEELE, UNIF GIFT MIN ACT CT, 20804 AMBER HILL COURT, GERMANTOWN, MD 20874-3943 | |
| 10925 | STEELE JR, CHARLES, 8009 HIGHVIEW DR, WONDER LAKE, IL 60097 | |
| 10925 | STEELE PRECISION, INS, 20 STIMPSON AVE., PROVIDENCE, RI 02906 | |
| 10925 | STEELE, BEULAH, 21430 KNIDSEN, GROSSE ILE, MI 48138 | |
| 10925 | STEELE, BRET, PO BOX 4, MAYBELL,, CO 81640 | |
| 10925 | STEELE, BURDETTE, 4121 C BELVEDERE SQ, DECATUR, GA 30035 | |
| 10925 | STEELE, CECIL, 2244 MOUNTAINSIDE DR, BULLHEAD CITY, AZ 86442 | |
| 10925 | STEELE, DANIEL, 105 SCARSDALE ST, SIMPSONVILLE, SC 29681 | |
| 10925 | STEELE, DONNA, 416 W. LITTLE CRK, NORFOLK, VA 23505 | |
| 10925 | STEELE, FRANK, 1397 S PEARL ST, MONTGOMERY, IL 60538 | |
| 10925 | STEELE, FRANK, 1397 SOUTH PEARL ST, MONTGOMERY, IL 60538 | |
| 10925 | STEELE, FRANKLIN, PO BOX 523, HIGHLANDS, TX 77562 | |
| 10925 | STEELE, GERALDINE M, 12110 OASIS LANE W, RT 5, CHENEY, WA 99004-0000 | |
| 10925 | STEELE, JAMES L, 2695 W 500 N, VERNAL, UT 84078-9702 | |
| 10925 | STEELE, JAMES, 2695 W 500 N, VERNAL, UT 84078-9702 | |
| 10925 | STEELE, JOHN, 302 W MISSION ST, SANTA BARBARA, CA 93101 | |
| 10925 | STEELE, JOHN, 955 MEADOW CIRCLE N, KELLER, TX 76248 | |
| 10925 | STEELE, JOHN, ROUTE 1 BOX 275B, JAY, FL 32565 | |
| 10925 | STEELE, JUDITH, R 2 BOX 64, ST ANNE, IL 60964 | |
| 10925 | STEELE, KAREN D., 679 N WILDFLOWER CT, LONGWOOD, FL 32750 | |
| 10925 | STEELE, KRISTINE, 4250 RIO ENCANTADO, RENO, NV 89502 | |
| 10925 | STEELE, LAVERN, 5326 S MEADE AVE, CHICAGO, IL 60638-2611 | |
| 10925 | STEELE, MARK, 5106 E. COUNTY RD. 62, WELLINGTON, CO 80549 | |
| 10925 | STEELE, MICHAEL, 2602 PALISADES PLACE, MESQUITE, TX 75181 | |
| 10925 | STEELE, PAULETTE, RT. 1 BOX 172, LAKE VILLAGE, IN 46349 | |
| 10925 | STEELE, RITA, 207 E VERMONT AVE, MOMENCE, IL 60954-1803 | |
| 10925 | STEELE, ROBERT, 1392 CASIANO RD, LOS ANGELES, CA 90049 | |
| 10925 | STEELE, ROBERT, 3118 S 134TH AVE, OMAHA, NE 68144 | |
| 10925 | STEELE, SAMUEL, 464 STEELE RD, WEST COLUMBIA, SC 29170 | |
| 10925 | STEELE, TIMOTHY, 404 SPRING LAKE LOOP, SIMPSONVILLE, SC 29681 | |
| 10925 | STEELE, TOMMY, 10418 LONG RIVER DR., SUGARLAND, TX 77478 | |
| 10925 | STEELE, WILLIAM, 55 BRAMBLING LANE, VOOHEERS, NJ 08043 | |
| 10924 | STEELER INC, 4926 S. BOX ELDER STREET, MURRAY, UT 84107 | |
| 10924 | STEELER, INC., 10023 MARTIN LUTHER KING JR., SEATTLE, WA 98178 | |
| 10924 | STEELER, INC., 2901 ORANGE GROVE AVE., NORTH HIGHLANDS, CA 95660 | |
| 10924 | STEELERS STADIUM, 1101 REEDSDALE STREET, PITTSBURGH, PA 15233 | |
| 10924 | STEELS INDUSTRIAL PRODUCTS, #8 14TH ST, BLAINE, WA 98230 | |
| 10924 | STEELS INDUSTRIALS UNLIMITED, BLDG. #8 15050 54A AVE., SURREY, BC, CANADA V3S8E7, BC V3S 5X7TORONTO | *VIA Deutsche Post* |
| 10924 | STEELSTONE IND INC, PO BOX 280, HOULTON, ME 04730 | |
| 10924 | STEELSTONE IND INC., BURLEIGH HTS, HOULTON, ME 04730 | |
| 10924 | STEELSTONE IND INC., P O BOX 280, HOULTON, ME 04730 | |
| 10925 | STEELY, JOE, 2128 PARKLAND WAY, NORMAN, OK 73069 | |
| 10925 | STEEN, ALAN, ROUTE 2,BOX 69A, FULLERTON, NE 68638 | |
| 10925 | STEEN, DAVID, ROUTE 1, BOX 16, ELK HORN, IA 51531 | |
| 10925 | STEEN, GERALD, ROUTE 1 BOX 10, TOLLEY, ND 58787 | |
| 10925 | STEEN, JAMES, 2129 BOLTON ST, BALTIMORE, MD 21217 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STEEN, JAMES, 8 CARROLL CT, WEST COLUMBIA, SC 29169

10925   STEEN, KATHLEEN, 104 N RIMHURST, COVINA, CA 91724

10925   STEEN, MICHAEL, 1109 NW 1OTH, STIGLER, OK 74462

10925   STEENO, PHILIP, 890 FERN DELL ACRES DRIVE, ONEIDA, WI 54155

10925   STEENO, TIMOTHY, 681 SUNLITE RD, ONEIDA, WI 54155

10924   STEEPLE JACK SERVICES, 8925 62ND AVE., EDMONTON, ALBERTA, AB T6E 5L2TORONTO         *VIA Deutsche Post*

10924   STEERE ENTERPRISES, 285 COMMERCE STREET, TALLMADGE, OH 44278

10924   STEERE ENTERPRISES, 303 TACOMA AVENUE, TALLMADGE, OH 44278

10924   STEERE ENTERPRISES, 350 TACOMA AVENUE, TALLMADGE, OH 44278

10925   STEERS, MARVIN, 901 S. PENNSYLVANIA AVE, LIBERAL, KS 67901

10925   STEERS, RONALD, BOX 273, TURPIN, OK 73950

10925   STEES, MICHAEL, 300 NORTH PINE BOX 280, HAYDEN, CO 81639

10925   STEEVES, JR, RICHARD, 60 MOHAWK DR, ACTON, MA 01720

10925   STEFAN DEMSKO & MARGIE L DEMSKO, JT TEN, 1285 REAVIS BARRACKS ROAD, ST LOUIS, MO 63125-3262

10925   STEFAN, L, 2006 N 87TH ST, KANSAS CITY, KS 66109

10925   STEFANIK, EDWARD, 23 ANTHONY ST, ADAMS, MA 01220-1554

10925   STEFANSKA, STANISLAWA, PO BOX 388-333, CHICAGO, IL 60638

10925   STEFANSSON, KAREN, 1442 CROFTON PKWY, CROFTON, MD 21114-2143

10925   STEFFEE, ANDREW, 2801 CHURCHHILL WAY, GARLAND, TX 75044

10925   STEFFEN INC., 623 WEST 7TH ST, SIOUX CITY, IA 51103-9987

10925   STEFFEN ROBERTSON AND KIRSTEN (US), 7175 WEST JEFFERSON AVE SUITE 3000, LAKEWOOD, CO 80235

10925   STEFFEN TRUCK EQUIPMENT, 623 W. SEVENTH ST, SIOUX CITY, IA 51103

10925   STEFFEN, MICHAEL, 2135 W BALMORAL AVE, CHICAGO, IL 60625

10925   STEFFENS, RUSSELL J, PO BOX 840802, HOUSTON, TX 77284-0802

10925   STEFFENS, RUSSELL, PO BOX 840802, HOUSTON, TX 77284

10925   STEFFERO, FRANCIS, 120 STACY AVE, TRENTON, NJ 08618

10925   STEFFES, CHRISTINE, 1201 CEDAR LANE RD APT C-9, GREENVILLE, SC 29611

10925   STEFFES, ROBERT, 1124 HOLYROOD ST, MIDLAND, MI 48640

10924   STEFFEY & FINDLAY, 177 SO. BURHANS BLVD., HAGERSTOWN, MD 21740

10924   STEFFEY & FINDLAY, 177 SOUTH BURNHANS BLVD., HAGERSTOWN, MD 21740

10925   STEFFEY, RUBY, RT #1 BOX 82A, GATE CITY, VA 24251

10925   STEFFEY, SUSAN, 1552 N.E. 9TH ST., OCALA, FL 34470

10925   STEFUS, THERESA, PO BOX 404, SO. BOUND BROOK, NJ 08880

10925   STEGALL, SAMUEL, PO BOX 848, RACELAND, LA 70394

10925   STEGEMANN, JAN, 6015 PATTINGHAM DR, ROSWELL, GA 30075-3966

10925   STEGER, B, 42 COOLIDGE ST, HAVERSTRAW, NY 10927

10925   STEGER, TERI, 5042 WASHINGTON, BUTTE DES MORTS, WI 54927

10924   STEGMAIER, AT FEDERAL SQUARE, WILKES-BARRE, PA 18703

10925   STEGMAN, RANDALL, PO BOX 449, LOVELADY, TX 75851-0449

10925   STEGNER, JOHN H, 220 ERIE ST, HONESDALE, PA 18431-1006

10925   STEHLE ENGINEERING CORP., 14400 OLD MILL ROAD STE 101, UPPER MARLBORO, MD 20772

10925   STEHLIN, RICHARD, 205 DAVE JO DRIVE, COLD SPRINGS, KY 41076

10925   STEIBLE, BARBARA, 6150 TELEGRAPH RD., ELKTON, MD 21921

10925   STEICHEN, DENNIS, 327 1ST ST SW BOX 128, SWISHER, IA 52338

10925   STEIDL, ROBBIE, 904 BLUE HERON TRL, WICHITA FALLS, TX 76310

10925   STEIDL, THOMAS, 904 BLUE HERON TRL, WICHITA FALLS, TX 76310

10925   STEIFF WESTAFER, JANE, CUST FOR MICHAEL DAVID WESTAFER, UNIF GIFT MIN ACT, 8918 LAURIE CIRCLE, OMAHA, NE 68124-3941

10925   STEIGERWALDT, KATHLEEN, 5330 EAST BEND DR, OLD HICKORY, TN 37138

10925   STEIGMAN, NONA, 8321 PASEO VISTA DR, LAS VEGAS, NV 89128

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STEIMLE, MARIAN, 7118 DELEWARE AVE, CINCINNATI, OH 45236

10925   STEIN CONSTRUCTION CO, INC, PO BOX 5246, CHATTANOOGA, TN 37406

10924   STEIN FARMS LLC, 78343 GULLY ROAD, LEROY, NY 14482

10924   STEIN FARMS LLC, 8343 GULLY ROAD, LEROY, NY 14482

10925   STEIN MART INC, GEN COUNSEL, 1200 RIVERPLACE BLVD, JACKSONVILLE, FL 32207

10925   STEIN MART INC, GENERAL COUNSEL, 7825 BAYMEADOWS WAY, SUITE 200B, JACKSONVILLE, FL 32216

10924   STEIN MART, INC., 11800 WEST 95TH STREET, OVERLAND PARK, KS 66214

10925   STEIN, BARBARA, 111 PERKINS ST 118, JAMAICA PLAIN, MA 02130-4321

10925   STEIN, CHERYL, 301 BROCKTON DR, CARENCRO, LA 70520

10925   STEIN, HARRIET, 2809 JANE ST, PITTSBURGH, PA 15203

10925   STEIN, HENRY, 1514 FERNWOOD, SPARTANBURG, SC 29307

10925   STEIN, JORDAN MICHA, 240 FORREST DR, HOLLAND, PA 18966

10925   STEIN, RITA, 50 HILL ST, FLORAL PARK, NY 11001

10925   STEIN, STEPHEN, 3625 STAGECOACH TRAIL, PLANO, TX 75023

10925   STEIN, STEPHEN, 3625 STAGECOACH TRAIL, PLANO, TX 75023-6114

10925   STEIN, STUART, 3811 SOUTHERN CROSS DRIVE, BALTIMORE, MD 21207

10925   STEIN, THOMAS, 7450 LADSON TERRACE, LAKE WORTH, FL 33467

10925   STEINBACH, SARAH, CUST FOR KEITH ERIC TANNER, UNIF GIFT MIN ACT NY, 7701 SW 134TH CT, MIAMI, FL 33183-3326

10925   STEINBACH, SARAH, CUST FOR LEE YALE STEINBACH, UNIF GIFT MIN ACT NY, 7701 SW 134TH CT, MIAMI, FL 33183-3326

10925   STEINBACH, SARAH, CUST FOR LORI SUSAN TANNER, UNIF GIFT MIN ACT NY, 7701 SW 134TH CT, MIAMI, FL 33183-3326

10925   STEINBACH, SARAH, CUST FOR MARC SCOTT TANNER, UNIF GIFT MIN ACT NY, 7701 SW 134TH CT, MIAMI, FL 33183-3326

10924   STEINBECK PLAZA & CHOMP, C/O SAN FRANCISCO GRAVEL, 13540 BLACKIE RD., CASTRO VALLEY, CA 94552

10925   STEINBERG, BARRY, CUST FOR BAIAN STANFORD STEINBERG, UNDER THE FL GIFTS TO MINORS ACT, 5421 RUMSEY PLACE, FAIRFOX, VA 22032-2933

10925   STEINBERG, FE, 510 TAMARACK DR., UNION CITY, CA 94587

10925   STEINBERG, JULES, 10 CLOVERWOOD ROAD, WHITE PLAINS, NY 10605

10925   STEINBERG, K, 2603 EAST CAPITOL DRIVE, SHOREWOOD, WI 53211

10925   STEINBERG, M, 11155 HORIZON HILLS, EL CAJON, CA 92020

10925   STEINBERG, RIMMA, 4 BLUEJAY, CHESTNUT RIDGE, NY 10977

10925   STEINBERG, SHERRI, 9282 NW 13TH PLACE, CORAL SPRINGS, FL 33071

10925   STEINBERG, STEPHANIE, 11241 CORTE PLAYA CORONA, SAN DIEGO, CA 92124

10925   STEINBERG, WENDI JO MARCHI, 1813 BELD ST, MADISON, WI 53713

10925   STEINBERGER, ERICA, 1406 ASBURY WAY, BOYNTON BEACH, FL 33426

10924   STEINBERG'S CLOTHIERS, 6002 ECHELON MALL ROAD, VOORHEES, NJ 08043

10925   STEINBORN, ARTHUR, 4138 51ST ST APT#11, MILWAUKEE, WI 43220

10925   STEINBORN, ARTHUR, 4138 51ST ST,APT. 11, MILWAUKEE, WI 43220

10925   STEINBORN, ARTHUR, 4138 S 51ST ST, 11, MILWAUKEE, WI 53220

10925   STEINBRECHER, JOSEPH, 5 HILLCREST ROAD, TEWKSBURY, MA 01876

10925   STEINBURG BRYANT, 1301 MCKINNEY, SUITE 3600, HOUSTON, TX 77010-3090

10925   STEINDL, PAULINE, 604 W. FAYETTE ST., CONNELLSVILLE, PA 15425

10925   STEINER CO., 10501 DECATUR RD., PHILADELPHIA, PA 19154

10925   STEINER COMPANY, INC, ONE EAST SUPERIOR ST., CHICAGO, IL 60611-2507

10924   STEINER ELECTRIC COMPANY (AD), 1250 TOUHY AVENUE, ELK GROVE VILLAGE, IL 60007

10925   STEINER ELECTRIC COMPANY, 1250 WEST TOUHY AVE, ELK GROVE VILLAGE, IL 60007-4395

10925   STEINER ELECTRIC COMPANY, PO BOX 77-3260, CHICAGO, IL 60678-3260

10925   STEINER, DAVID, 298 LIBERTY SQ RD, BOXBORO, MA 01719

10925   STEINER, DAVID, 3002 LINCK CT, GREEN BAY, WI 54301-1622

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  STEINER, DAVID, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  STEINER, EUGENE, 155 2ND AVE SE, DICKINSON, ND 58601

10925  STEINER, JOSEPH, 346 RIVERVIEW, SOLDOTNA, AK 99669

10925  STEINER, JULIUS, 27A 4TH ST, NORTH ARLINGTON, NJ 07032

10925  STEINER, THERESE, 3075 WINDCHASE, HOUSTON, TX 77082

10925  STEINHARDT, ROBERT, 87 BAR HARBOR ROAD, PASADENA, MD 21122

10925  STEINHILBER, LYNN, 51 CHAPEL HILL RD, #1, LINCOLN PARK, NJ 07035-1918

10925  STEINHORST, CHLOE, RR 2, POYNETTE, WI 53955

10925  STEINKE, BRUCE, 5749 64TH PLACE, CHICAGO, IL 60638

10925  STEINKE, PAUL, 142 LAKE VIEW DR, LEESBURG MFL, FL 34788-0000

10925  STEINKRAUS, ELMER, 6424 ST PHILIPS ROAD, LINTHICUM, MD 21090-2631

10925  STEINLE, L FRANKLIN, 6205 STATE HWY 16 SOUTH, JOURDANTON, TX 78026-5406

10925  STEINLITE, PO BOX C, ATCHISON, KS 66002

10925  STEINLY, JANET, 1505 INGALLS ROAD, GLEN BURNIE, MD 21061

10925  STEINMAN JT TEN, ARNOLD & ANNETTE, 170-6 DREISER LOOP, BRONX, NY 10475-1902

10925  STEINMANN, GEORGE M, CUST FOR FREDWIN A STEINMANN, UNIF GIFT MIN ACT CT, 64 DANBURY RD, NEW MILFORD, CT 06776-3412

10925  STEINMANN, GEORGE M, CUST FOR GORDON STEINMANN, UNDER THE CT UNIF GIFT MIN ACT, 1860 W 6TH ST, RENO, NV 89503-4009

10925  STEINMETZ, TIM, 1544 SOUTH LENNOX, CASPER, WY 82601

10925  STEINMETZ, WILLIAM, 100 W PAWNEE LN, GARDNER, KS 66030

10924  STEINWAY STREET AMC THEATER, 35-39 37TH STREET, ASTORIA, NY 11102

10925  STEITLE, WILLIAM, 9006 CLAYCO DRIVE, DALLAS, TX 75243

10925  STEKETEE, PETER W, 660 CASCADE W PKWY SE, GRAND RAPIDS, MI 49546

10925  STEKETEE, PETER W, 660 CASCADE WEST PKWY SE, GRANDRAPIDS, MI 49546

10925  STEKETEE, PETER, 660 CASCADE W. PKWY S.E., GRAND RAPIDS, MI 49546

10925  STEKETEE, PETER, SUITE 65, 660 CASCADE W PKWY SE, GRAND RAPIDS, MI 49546

10925  STELCHOOK, M., 32 STONEGATE LN, DERRY, NH 03038

10925  STELFAB, NIAGARA, LTD, 8594 EARL THOMAS AVE., NIAGARA FALLS, ON L2E 6X8CANADA          *VIA Deutsche Post*

10925  STELL, L, 8326 MACON ROAD, CORDOVA, TN 38018

10925  STELLA BLIGHT, 7927 EAST DR APT 276, MIAMI BEACH, FL 33141-3318

10925  STELLA C BUTLER, 1099 MCMULLEN BOOTH RD APT 113, CLEARWATER, FL 34619-3452

10925  STELLA E VODENOS, CDE, PO BOX 21486, BALTIMORE, MD 21282-1486

10925  STELLA GREY, 373 PARK AVE, NORTH MERRICK, NY 11566-2236

10925  STELLA KIESEL, 230 ERIE ST, FRANKLIN, PA 16323-2326

10925  STELLA S WELLS, 24403 CO RT 47, CARTHAGE, NY 13619-0000

10925  STELLA SANCHEZ, 2971 PRUNERIDGE AVE, SANTA CLARA, CA 95051-5652

10925  STELLMACH, CHARLES, 5713 N. 90TH ST, MILWAUKEE, WI 53225

10925  STELLY, CHRISTOPHER, 108 BAYOU BEND CIR, CARENCRO, LA 70520

10925  STELLY, DONALD, #9 BRADY RD., PORT BARRE, LA 70577

10925  STELLY, PHYLLIS, 5110 OREM RD., SANTA FE, TX 77510

10925  STELLY, TODD, #9 BRADY, PORTE BARRE, LA 70577

10925  STELNICK, PAUL, 38 DEEP HOLLOW LANE, COLUMBUS, NJ 08022-1018

10925  STELORAL CORP., PO BOX 1275, LANSDOWNE, PA 19050-8275

10925  STELORAL CORPORATION, 404 INDUSTRIAL PARK DR, YEADON, PA 19050

10925  STELPFLUG, DONALD C, CUST FOR TERRI STELPFLUG, UNIF GIFT MIN ACT IA, 5104 SHRANK AVE, INDEPENDENCE, MO 64055-6336

10925  STELSE, GARY, W158 N10155 SHOSHONE DR, GERMANTOWN, WI 53022

10925  STELTMAN, ROBERT, 879 DANDRIDGE COURT, ELGIN, IL 60120

10925  STELTZ, CATHERINE, 2424 SOUTH FIFTH ST, PHILADELPHIA, PA 19148

10925  STELTZ, SCOTT, 913 E DARBY ROAD, HAVERTOWN, PA 19083

10925  STELZER, JANICE, 716 W 13TH, POST, TX 79356

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 STELZER, SANDRA, 211 E JEFFERSON, OFALLON, IL 62269

10924 STEMMANS, INC., PO BOX 156, CARENCRO, LA 70520

10924 STEMMONS EMPIRE TOWER BUILDING, 8435 STEMMONS FREEWAY/ I35, DALLAS, TX 75247

10925 STEMMONS, MICHAEL, 1950 LOGANBERRY LANE, CROWN POINT, IN 46307

10925 STEMPIEN, JEFFREY, PO BOX 123, FREDERICKSBURG, VA 22404

10925 STEMPLE, STEVEN, 6721 CHARLES ST., ROCKFORD, IL 61108

10925 STENBERG, DON, STATE CAPITOL, PO BOX 98920, LINCOLN, NE 68509-8920

10925 STENBERG, REGINA, 636 ISLAND SHORES DR, W PALM BCH, FL 33413

10925 STENBERG, REGINA, 636 ISLAND SHORES DRIVE, WEST PALM BEACH, FL 33413

10924 STEN-C-LABEL, 2111 HIGHLAND AVE NUE, AUGUSTA, GA 30904

10924 STEN-C-LABEL, 2111 HIGHLAND AVENUE, RENO, NV 89515

10925 STENDER, DAVID E, 2103 TREESUMMIT PKWY, DULUTH, GA 30096

10925 STENDER, DAVID E, 3400 CHATSWORTH WAY, POWDER SPRINGS, GA 30127

10925 STENDER, DAVID, 2103 TREESUMMIT PKW, DULUTH, GA 30096

10925 STENDER, ELIZABETH, 100 MYRTLE AVE. APT. 301, WHITMAN, MA 02382

10925 STENEHJEM, WAYNE, STATE CAPITOL, 600 E BLVD AVE, BISMARCK, ND 58505-0040

10924 STENEMAN CONCRETE PRODS, 856 HWY 65, ROBERTS, WI 54023

10925 STENGEL III, GEORGE, 3043 1/2 FRUIT DR., GRAND JUNCTION, CO 81504

10925 STENGER, PAMELA, 1009 JUNE PL, MANVILLE, NJ 08834

10925 STENHOUSE, DAVID, 201 DUCKETT ST, FOUNTAIN INN, SC 29644

10925 STENHOUSE, EDDIE, 817 S. GARRISON RD, SIMPSONVILLE, SC 29681

10925 STENHOUSE, WILLIE, 201 DUCKETT ST, FOUNTAIN INN, SC 29644

10925 STENMAN, WENDY, N101 W16139 SANTE FE DRIVE, GERMANTOWN, WI 53022

10925 STENNETT, HAROLD, 2518 RIDGELY ST, BALTIMORE, MD 21230

10924 STENNIS SPACE CENTER, BLDG 1100, STENNIS SPACE CENTER, MS 39529

10925 STENOGRAPH CORP, 1500 BISHOP COURT, MOUNT PROSPECT, IL 60056

10925 STENSLIE, RONALD, 16850 TERRITORIAL ROAD, OSSEO, MN 55369

10925 STEPAN CO, PO BOX 93036, CHICAGO, IL 60673

10925 STEPAN CO, POBOX 93036, CHICAGO, IL 60673

10925 STEPAN COMPANY, PO BOX 905520, CHARLOTTE, NC 28290-5520

10925 STEPANEK, RHONDA, 3101 CIRCLE DR NE, CEDAR RAPIDS, IA 52402

10925 STEPANIAN, LEANNE, 116 STALEY AVE, BUTLER, PA 16001

10924 STEPCO, 1815 VIKING BLVD N.E., EAST BETHEL, MN 55011

10925 STEPEHN E EINHORN TR UA DEC 20 94, STEPEHN ASSOCIATES INC, VIP PLS MONEY PURCHASE, 2675 N MAYFAIR RD STE 410, WAUWATOSA, WI 53226-1305

10924 STEPHAN F. AUSTIN UNIVERSITY, 2104 WILSON DRIVE, STEPHEN AUSTIN UNIVERSIT, TX 75962

10925 STEPHAN J BEISHIR, 8025 BEACH DR, ROCKFORD, IL 61103-1101

10925 STEPHAN, SUZANNE, 619 LOCUST ST, CANAL FULTON, OH 44614

10925 STEPHANE GONICHON, PLACE DE LA REPUBLIQUE, LIMAY, 78520FRANCE                *VIA Deutsche Post*

10925 STEPHANIAN, CORTNEY, 1601 TRAPELO RD., WALTHAM, MA 02154

10925 STEPHANIE A BLUM, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925 STEPHANIE ANDERSON, 28 HUTCHINSON ST, CAMBRIDGE, MA 02138-1340

10925 STEPHANIE ANDERSON, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 STEPHANIE FERNANDEZ &, WILLIAM FERNANDEZ JT TEN, 26 BROOKS AVE, ROCHELLE PARK, NJ 07662-3717

10925 STEPHANIE J SPRUILL, C/O PAUL G DOLAN, 925 S 10TH ST, COOS BAY, OR 97420-1213

10925 STEPHANIE L BANFILL &, GREGG A BANFILL JT TEN, 3409 47TH AVE E, BRADENTON, FL 34203-3974

10925 STEPHANIE MILLER, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 STEPHANIE RENEE LOVETT, PO BOX 1490 MURRY HILL STATION, NEW YORK, NY 10156-1490

10925 STEPHANIE S. SMITH, 3636 BRODERICK ST #6, SAN FRANCISCO, CA 94123

10925 STEPHANIE ZIFF, 1001 BEDFORD, GROSSE POINTE PARK, MI 48230-1408

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   STEPHANY, ROBERT, 525 SPRING ST, CHILTON, WI 53014

10925   STEPHEN A BACKER, 498 LEEDS CIRCLE, CARMEL, IN 46032-9491

10925   STEPHEN A DAY, 4323 CRITES ST, HOUSTON, TX 77003

10925   STEPHEN A HORN, BOX 12101, 9801 W 103RD TERR, OVERLAND PARKS, KS 66212-5450

10925   STEPHEN A LAZAR, 524 N KALAMAZOO AVE, MARSHALL, MI 49068-1009

10925   STEPHEN A RAHWAN, 94 PERHAM ST, W ROXBURY, MA 02132-3254

10925   STEPHEN A ROSENTHAL, 4 NORTHWOOD COURT, WOODBURY, NY 11797-1405

10925   STEPHEN A ROTHMAN &, CAROLYN G ROTHMAN JT TEN, 6600 PARKER AVE, WEST PALM BEACH, FL 33405-4249

10925   STEPHEN ANDREW HUBER &, JOYCE ELIZABETH HUBER JT TEN, 165 SETTLMYRE, OREGONIA, OH 45054

10925   STEPHEN B UPTON, 1025 NEWMANS TRAIL, HENDERSONVILLE, TN 37075

10925   STEPHEN BEARES, 7500 GRACE DR, COLUMBIA, MD 21044

10925   STEPHEN BOCSKAY &, ROCHELLE BOCSKAY JT TEN, 14475 STRATHMORE LN 107, DELRAY BEACH, FL 33446-3030

10925   STEPHEN BRIGANDI, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   STEPHEN C DUMONT, 90 OLD WOODBURY RD, SOUTHBURY, CT 06488-1949

10925   STEPHEN C GARRITY, 19 WESTLAND AVE, CHELMSFORD, MA 01824-2458

10925   STEPHEN C GARRITY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   STEPHEN C MURPHY, 10 S BRENTWOOD BLVD, ST LOUIS, MO 63105-1694

10925   STEPHEN C PARKER, THE PRUDENTIAL INSURANCE CO, 751 BROAD ST 21ST FL, NEWARK, NJ 07102

10925   STEPHEN C PISINI, 92 LEWIS ST, FRANKLIN, MA 02038-1429

10925   STEPHEN D HELM TR UA JUL 28 98, REBECCA L HELM UDT TRUST, 111 E CHESTNUT UNIT 21A, CHICAGO, IL 60611-2090

10925   STEPHEN D POWELL, 3816 DEERFOOT RD, CHATTANOOGA, TN 37406-1201

10925   STEPHEN D RITTER, 1219 BULL ST, COLUMBIA, SC 29201-3405

10925   STEPHEN D SIELOFF, 4-8 HAMILTON STATION, COLUMBUS, GA 31909

10925   STEPHEN DAPKIEWICZ, 8 RICHARDSON RD, STONEHAM, MA 02180

10924   STEPHEN DAVIS, 2500 S GARNSEY STREET, SANTA ANA, CA 92707

10925   STEPHEN F BERTINO, 1617 MILLS ROAD, WATERLOO, NY 13165-9556

10925   STEPHEN F LANDER, 8511 SW 7TH PL, GAINESVILLE, FL 32607-1496

10925   STEPHEN F NOVAK, 286 N PARK BLVD B, GLEN ELLYN, IL 60137-5202

10924   STEPHEN F. AUSTIN OFFICE BLDG., 1700 NORTH CONGRESS AVENUE, AUSTIN, TX 78701

10924   STEPHEN F. AUSTIN OFFICE BUILDING, 1700 N. CONGRESS AVENUE, AUSTIN, TX 78701

10925   STEPHEN FREITAS, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   STEPHEN G CLARKE, 377 NORTH ST RT 63, GOSHEN, CT 06756-1206

10925   STEPHEN G FELLERS, 52 FEARING ST, AMHERST, MA 01002-1912

10925   STEPHEN GORNEY, 1142 E CAMBRIA LN, LOMBARD, IL 60148

10925   STEPHEN GORNEY, 2D 2348 W ADDISON, CHICAGO, IL 60618

10924   STEPHEN GOULD CORPORATION, 3003 N ANDREWS AVE EXT, POMPANO BEACH, FL 33064

10924   STEPHEN GOULD PAPER CO IN, 35 SO. JEFFERSON STREET, WHIPPANY, NJ 07981

10925   STEPHEN GRACE, 34 LIBERTY CORNER RD, FAR HILLS, NJ 07931-2556

10925   STEPHEN H AHERN, 68 SUNRISE RD, WESTWOOD, MA 02090-3314

10925   STEPHEN H GRAHAM, 642 FRANKLIN AVE, FRANKFORT, IL 60423-1206

10925   STEPHEN H GREEN &, LOUISE M GREEN JT TEN, 1680 BIRCHTON BLVD, UNION LAKE, MI 48382-3729

10925   STEPHEN H GREEN, 1680 BIRCHTON BLVD, COMMERCE TWP, MI 48382-3729

10925   STEPHEN H MILLER, 15431 SW 14TH ST, SUNRISE, FL 33326-1937

10925   STEPHEN H VENGROW, 44 ASHWOOD RD, NEW PROVIDENCE, NJ 07974-1802

10924   STEPHEN HATHAWAY, 1444 BURNS, DETROIT, MI 48214

10925   STEPHEN HAVERLOCK &, CAROLINE K HAVERLOCK JT TEN, 143 VAN NOSTRAND AVE, JERSEY CITY, NJ 07305-3019

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STEPHEN I SWEETIN JR &, KATHARINE M BUESCHER TR U/A DTD, 01-01-73 THE STEPHEN I, SWEETIN TR, 4005 RIPA APT 224, SAINT LOUIS, MO 63125-23

10925   STEPHEN J CARMIN &, KATHLEEN ANNE CARMIN JT TEN, 6302 BIRCHDALE COURT, CINCINNATI, OH 45230-3635

10925   STEPHEN J FYLER, 60 BEAN RD, FREMONT, NH 03044-3539

10925   STEPHEN J GORNEY, 1142 E CAMBRIDGE LN, LOMBARD, IL 60148

10925   STEPHEN J NICHOLS, 738 NORTH A ATLANTIC DR, LANTANA, FL 33462-1926

10925   STEPHEN J RIKER, LAKEWOOD DR, STAMFORD, CT 06903

10925   STEPHEN J TILLINGHAST, 358 BORDER CITY RD, GENEVA, NY 14456-1906

10925   STEPHEN J TOBON, 89 SPRATT AVE, STATEN ISLAND, NY 10306-3721

10925   STEPHEN J. MCCARTHY, 49 JOHN HANNUM CIRCLE, GLEN MILLS, PA 19342

10925   STEPHEN J. WESSLING - ARCHITECTS, 40 WILLARD ST. STE 102, QUINCY, MA 02169-1229

10925   STEPHEN JOHN HOWSON, 103 CRADDOOKS AVE, SURREY, ASHTEAD, KT21 1NRUNITED KINGDOM    *VIA Deutsche Post*

10925   STEPHEN JONES, 125 LITTLETON ROAD APT 23, AYER, MA 01432-1733

10925   STEPHEN JONES, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   STEPHEN K TSAI, 10 BOGREN LANE, WAYLAND, MA 01778-4404

10925   STEPHEN L M D HORNSTEIN, 5667 PEACHTREE DUNWOODY RD, ATLANTA, GA 30342

10925   STEPHEN L SAXL, 140 W 86TH ST APT 10C, NEW YORK, NY 10024-4063

10925   STEPHEN LEWIS, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   STEPHEN M LEVINE, 27 INDIANA DR, NASHUA, NH 03060-5176

10925   STEPHEN M MCCOY, 68-B HERITAGE VILLAGE, SOUTHBURY, CT 06488-1653

10925   STEPHEN M NAGENGAST, 1101 S 70TH ST, STE 100, LINCOLN, NE 68510-4293

10925   STEPHEN M. TAYLOR, 17949 BRENT DR, DALLAS, TX 75287

10925   STEPHEN MICHAEL CUNNINGHAM, 1130 NORTH DEARBORN APT 501, CHICAGO, IL 60610-2738

10925   STEPHEN NAUGLER, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   STEPHEN O NEIL, 15037 HIGHLAND AVE, ORLAND PARK, IL 60462-3035

10925   STEPHEN P DAIGE, C/O JOHN DE SOUSA, 35 GATES AVE, MONTAUK, NY 11954-5296

10925   STEPHEN P FOLEY, 140 HUNTER AVE, FANWOOD, NJ 07023-1031

10925   STEPHEN P MALEN, 5940 HASBROOK AVE, PHILADELPHIA, PA 19120-1107

10925   STEPHEN P MONTHIE &, LAURA A MONTHIE AS JT TEN, 30 THOROUGHBRED WAY, CLIFTON PARK, NY 12065-6744

10925   STEPHEN P WORMSER, 126 WOODLAND ST, TENAFLY, NJ 07670-2312

10925   STEPHEN P ZACHMANN &, GAIL S ZACHMANN JT TEN, 1391 EAGLEVILLE RD, FOSTORIA, OH 44830-9750

10925   STEPHEN P. SMITH, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   STEPHEN R HEW JR &, CAROL HEW JT TEN, 5 STRAND ST, MONTEGO BAY WEST INDIES L, JAMAICA    *VIA Deutsche Post*

10925   STEPHEN R NOONE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   STEPHEN R POGGIALI &, DEBORAH A POGGIALI JT TEN, 1033 WAYNE ST, SANDUSKY, OH 44870-3513

10925   STEPHEN R WALKER, 192 SAVIN HILL DR #3, DORCHESTER, MA 02125

10925   STEPHEN RAHWAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   STEPHEN S GERACI, 1800 GOLDEN SKY DR, LAS VEGAS, NV 89106-1331

10925   STEPHEN S WEDDLE &, MEREDITH B WEDDLE JT TEN, 66 KIPP ST, CHAPPAQUA, NY 10514-2519

10925   STEPHEN S WEDDLE, 66 KIPP ST, CHAPPAQUA, NY 10514-2519

10925   STEPHEN S. MCDOWELL, 12 AMY COURT, SPARTANBURG, SC 29307

10925   STEPHEN SHERIFF & NALALIE R, SHERIFF JT TEN, 5160 FLOWERTUFT COURT, COLUMBIA, MD 21044-1607

10925   STEPHEN THOMAS BUTCHKO III &, CYNTHIA ZIMMERER BUTCHKO JT TEN, 790 LULLWATER RD, ATLANTA, GA 30307-1238

10925   STEPHEN W CASS CUSTODIAN FOR, MCKENZIE MAE CASS UNDER THE, UGMANY, 72 PEARL ST, FREWSBURG, NY 14738

10925   STEPHEN Y DICKINSON &, PATRICIA D DICKINSON JT TEN, 2501 CROMWELL RD, RICHMOND, VA 23235-2721

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STEPHEN, FLOYD, 14761 S ARDIS AVE, BELLFLOWER, CA 90706 | |
| 10925 | STEPHEN, LUZMILA, PORTINARI #144, SAN BORJA, LIMA, PERU | *VIA Deutsche Post* |
| 10925 | STEPHEN, LYN, W10855 WILDWOOD WAY, POYNETTE, WI 53955 | |
| 10924 | STEPHENS CONCRETE, WALTER STREET OFF HWY 231, TROY, AL 36081 | |
| 10924 | STEPHENS E J CO THE*, 400 RANDOLPH STREET, NEW ALBANY, MS 38652 | |
| 10924 | STEPHENS E J CO THE, 400 RANDOLPH STREET, NEW ALBANY, MS 38652 | |
| 10924 | STEPHENS ENTERPRISES, 2410 MONTGOMERY HIGHWAY, LUVERNE, AL 36049 | |
| 10924 | STEPHENS ENTERPRISES, 350 MOBILE ROAD, GREENVILLE, AL 36037 | |
| 10924 | STEPHENS ENTERPRISES, INTERSECTION OF HWY 331 & HWY 10), ROUTE 1 - HWY 331 NORTH, LUVERNE, AL 36049 | |
| 10925 | STEPHENS FIDDES MCGILL, 456 FULTON ST, SUITE 222, PEORIA, IL 61602 | |
| 10925 | STEPHENS JR, WILLIAM BRUCE, 1617 W GEORGIA ROAD, WOODRUFF, SC 29388-8573 | |
| 10925 | STEPHENS JR., DONALD, 5610 WHITFIELD CHAPEL, #302, LANHAM, MD 20706 | |
| 10925 | STEPHENS ROOFING & SHEET METAL, POBOX 3062, JACKSONVILLE, FL 32206-0062 | |
| 10925 | STEPHENS, ANDRE, 76 ROOSEVELT SQ, ENGLEWOOD, NJ 07631 | |
| 10925 | STEPHENS, ANDREW, 811 ISSAQUEENA TR #914, CENTRAL, SC 29630 | |
| 10925 | STEPHENS, ARTHUR, 181 OAK ST, COMMERCE, GA 30529 | |
| 10925 | STEPHENS, BEVERLY, 313 E. EMERALD AVE., IOWA PARK, TX 76367 | |
| 10925 | STEPHENS, BOYD, 2245 EAST COLORADO, PASADENA, CA 91107 | |
| 10925 | STEPHENS, BRETT, 709 NW 10TH, ANDREW, TX 79714 | |
| 10925 | STEPHENS, CHERYL, 5519FLOYD, AMARILLO, TX 79106 | |
| 10925 | STEPHENS, DANETTE, 11476 COTTONTAIL LA, PARKER, CO 80134 | |
| 10925 | STEPHENS, DONNA, 4475 STEEPLE COURT, SPARKS, NV 89436 | |
| 10925 | STEPHENS, FELTON, 7507 WEST HWY 180, SNYDER, TX 79549 | |
| 10925 | STEPHENS, FRANCINE, PO BOX 285, COMMERCE, GA 30529 | |
| 10925 | STEPHENS, HAROLD, 2812 42ND ST, TWO RIVERS, WI 54241 | |
| 10925 | STEPHENS, HENRY, PO BOX 116, DOUGLAS, TX 75943 | |
| 10925 | STEPHENS, JACQUALINE, PO BOX 7521, MISSION HILLS, CA 91346 | |
| 10925 | STEPHENS, JACQUELYN, 2682 JORDAN AVE, MACON, GA 31201 | |
| 10925 | STEPHENS, JAMES, 109 GROUSE CT, EASLEY, SC 29642 | |
| 10925 | STEPHENS, JAMES, 157 OLD KIMBRELL RD, CHESNEE, SC 29323-9639 | |
| 10925 | STEPHENS, JASON, 5529 U S 60-E, OWENSBORO, KY 42303-9776 | |
| 10925 | STEPHENS, JR, WILLIAM, 1617 W GEORGIA RD, WOODRUFF, SC 29388 | |
| 10925 | STEPHENS, MARY, 423 ELINE AVE, LOUISVILLE, KY 40207 | |
| 10925 | STEPHENS, NEIL, 1617W GEORGIA ROAD, WOODRUFF, SC 29388 | |
| 10925 | STEPHENS, NORMAN KEITH, 8130 COYOTE TRAIL, TEXARKANA, TX 75501-9654 | |
| 10925 | STEPHENS, NORMAN, 8130 COYOTE TRAIL, TEXARKANA, TX 75501 | |
| 10925 | STEPHENS, PATRICIA, 1141-A CANTERBURY DRIVE, LAKEHURST, NJ 08733 | |
| 10925 | STEPHENS, PATRICIA, 9463 MACOMBER LANE, COLUMBIA, MD 21045 | |
| 10925 | STEPHENS, PRESTON, 108 RIVER RIDGE DR, MOORE, SC 29369 | |
| 10925 | STEPHENS, R WILLIAM, 410 MAIL ST, PO BOX 4869, BUFFALO, NY 14202 | |
| 10925 | STEPHENS, ROCHELLE, 710 KENRIDGE PKWY., DECATUR, GA 30032 | |
| 10925 | STEPHENS, RODNEY, RT 1,BOX 38 RIVER RD, ENOREE, SC 29335 | |
| 10925 | STEPHENS, ROXIE, RT. 1 BOX 663, RAYVILLE, LA 71269 | |
| 10925 | STEPHENS, ROY, 410 MAXLEY LANE, HAWESVILLE, KY 42348 | |
| 10925 | STEPHENS, SARAH, 52 EVANS AVE, TRENTON, NJ 08638 | |
| 10925 | STEPHENS, SCOTT, 14 PHILIPS ST, LAWRENCE, MA 01843 | |
| 10925 | STEPHENS, SHERRY, 654 MALLARD CROSSING, COLUMBUS, OH 43215 | |
| 10925 | STEPHENS, SHIRLEY, RT 1 BOX 1404, HOMER, GA 30547 | |
| 10925 | STEPHENS, TAMMY, 119 N FREEMAN RD, LIBERTY, SC 29657-8942 | |
| 10925 | STEPHENS, TERESA, PO BOX 73, DACULA, GA 30211 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STEPHENS, TERRY, 842 CAMPBELL TOWN RD, WALHALLA, SC 29691-4711

10925   STEPHENS, THOMAS, 12598 DAGWOOD RD., ST FRANCISVILLE, LA 70775

10925   STEPHENS, THOMAS, HC 68 BOX 1130, S FRANCESVILLE, LA 70775-9734

10925   STEPHENS, TIMOTHY, 2038 S. KIRKWOOD, SHREVEPORT, LA 71118

10925   STEPHENSKY, DAVID, 5632 N. TAMERA, FRESNO, CA 93711

10925   STEPHENSON JR, WILLIAM K, TRUSTEE, PO BOX 8477, COLUMBIA, SC 29202

10925   STEPHENSON, ANDREA E, 220 BRENTWOOD RD, FAIRLESS HILLS PA, PA 19030

10925   STEPHENSON, DERRICK, 1525 PRESIDENT ST, BROOKLYN, NY 11213

10925   STEPHENSON, DIANE, 421 SHADY LANE #28, EL CAJON, CA 92021

10925   STEPHENSON, GREGORY, 300 1/2 STUBBS AVE, MONROE, LA 71201

10925   STEPHENSON, HOLLY, 421 SHADY LANE #28, EL CAJON, CA 92021

10925   STEPHENSON, JAMES, 47 SPRINGFIELD COVE, JACKSON, TN 38305

10925   STEPHENSON, JANET, 7167 IRONWOOD DR, ORLANDO, FL 32818

10925   STEPHENSON, JENNIFER, 30227 NORTHPARK DR, NEW BALTIMORE, MI 48047

10925   STEPHENSON, KAREN, 4114 FILLMORE ST, HOLLYWOOD, FL 33021

10925   STEPHENSON, RANDY, 112-A JULIE LANE, AUBURNDALE, FL 33823

10925   STEPHENSON, SANDRA, RT 2 BOX 2308, DANIELSVILLE, GA 30633

10925   STEPHENSON, T, RFD 1. BOX 292, GARYSBURG, NC 27831

10925   STEPHENSON, VIVIENNE, 920 CORDER RD #C4, WARNER ROBINS, GA 31093

10925   STEPKO, WILLIAM, 9 BURNT HILLS RD, SOMERVILLE, NJ 08876

10925   STEPMAN, CAROL, 3500 REVERE AVE, OAKLAND, CA 94605

10925   STEPNEY, BETSYANNE, PO BOX 655, E. ORLEANS, MA 02643

10925   STEPP EQUIPMENT CO, 5400 STEPP DR, SUMMIT, IL 60501

10925   STEPP, DEBORAH, 690 N CIRCLE DRIVE, MORRISTOWN, TN 37813

10925   STEPP, LINDA, 2655 TICKLE DRIVE, BARTLETT, TN 38134

10925   STEPP, TAMMY, #1 ALS LANE, BIG PINEY, WY 83113

10925   STEPP, THOMAS, 10 PALO MASTIL LANE, HOT SPRGS VILL., AR 71909

10925   STEPP, THOMAS, 1208 E. BISMARK, GRAND ISLAND, NE 68803

10924   STEPS PLUS INC., 6375 THOMPSON ROAD, SYRACUSE, NY 13206

10925   STEPTOE & JOHNSON LLP, 1330 CONNECTICUT AVE NW, WASHINGTON, DC 20036-1795

10925   STEPTOE & JOHNSON LLP, 1330 CONNECTIONS AVE NW, WASHINGTON, DC 20036-1795

10925   STEPTOE & JOHNSON, UNION NATIONAL CENTER EAST SIXTH FL, CLARKSBURG, WV 26302-2190

10925   STEPTOE DELIVERY SERVICE, PO BOX 2358, MISSOURI CITY, TX 77459

10925   STERI TECH., 857 LINCOLN AVE., BOHEMIA, NY 11716

10925   STERI TECHNOLOGIES, 857 LINCOLN AVE., BOHEMIA, NY 11716

10925   STERICYCLE MEDICAL WASTE SERVICES, 111 DOMORAH DRIVE, MONTGOMERYVILLE, PA 18936

10925   STERICYCLE, INC, PO BOX 9001590, LOUISVILLE, KY 40290-1590

10925   STERITECH ENVIRONMENT SERVICES, 108 DOGWOOD DR., MARIETTA, GA 30067

10925   STERITECH ENVIRONMENTAL SERVICES, PO BOX 472127, CHARLOTTE, NC 28247-2127

10925   STERITECH, PO BOX 472127, CHARLOTTE, NC 28247

10924   STERK BROTHERS REDI-MIX, 584 SOUTH ST. SW, WYOMING, MI 49548

10925   STERK, ALAN, 9230 BELLBECK ROAD, BALTIMORE, MD 21234

10925   STERLING BOILER & MECHANICAL, INC, 5416 BOONVILLE HWY. P.O. BOX 8004, EVANSVILLE, IN 47715

10925   STERLING CLARK LURTON CORP, JOSEPH SW PARKER SR PRES, 184 COMMERCIAL ST PO BOX J, MALDEN, MA 02148

10924   STERLING CONTRACTORS, 637 12TH AVE SOUTH, HOPKINS, MN 55343

10924   STERLING CONTRACTORS, 637 12TH AVE SOUTH, HOPKINS, MN 55343-7820

10924   STERLING CONTRACTORS, 915 ELBERT STREET, ASKOV, MN 55704

10924   STERLING CONTRACTORS, CAMBRIDGE, MA 02140

10925   STERLING DRUG, 225 SUMMIT AVE, MONTVALE, NJ 07645

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STERLING FLUID SYSTEMS, PO BOX 460, GRAND ISLAND, NY 14072-0460 | |
| 10925 | STERLING INC, DEPT. 59902, MILWAUKEE, WI 53259-0902 | |
| 10925 | STERLING INC., BIN N 253, MILWAUKEE, WI 53288 | |
| 10924 | STERLING INTERNATION TECHNOLOGIES, CROSSPOINT/SABAL PARK-#150, 3102 CHERRY PALM DRIVE, TAMPA, FL 33619 | |
| 10924 | STERLING INT'L INC., 3102 CHERRY PALM DRIVE, TAMPA, FL 33619 | |
| 10925 | STERLING LABOUR PUMP CO, C/O BLANFORD & ASSOCIATES, CHICAGO, IL 60614 | |
| 10924 | STERLING LACQUER, 3150 BRANNON AVENUE, SAINT LOUIS, MO 63139 | |
| 10925 | STERLING MCWILLIAMS, 1200 OAKHURST PL, BALTIMORE, MD 21216-4338 | |
| 10925 | STERLING MEDICAL GROUP, 1601 NE 25TH AVE SUITE #203, OCALA, FL 34470 | |
| 10924 | STERLING ORGANICS, 33 RIVERSIDE AVENUE, RENSSELAER, NY 12144 | |
| 10924 | STERLING PRECAST, 6615 NORTH PETERSON RD., SEDALIA, CO 80135 | |
| 10924 | STERLING PRECAST, PO BOX620753, LITTLETON, CO 80162 | |
| 10924 | STERLING PRESTRESS INC, 10905 NW 102 ROAD, MEDLEY, FL 33178 | |
| 10924 | STERLING PROCESS ENG. & SERVICES,IN, 333 MCCORMICK BLVD., COLUMBUS, OH 43213 | |
| 10924 | STERLING REGIONAL MEDICAL CENTER, STERLING, CO 80751 | |
| 10924 | STERLING ROCK FALLS, P O BOX 384, DIXON, IL 61021 | |
| 10924 | STERLING ROCK FALLS, P.O.BOX 384, DIXON, IL 61021 | |
| 10925 | STERLING RUBBER AND PLASTICS, 896 KIELEY PLACE, CINCINNATI, OH 45217-1180 | |
| 10925 | STERLING RUBBER CO., 633 N. WAYNE, CINCINNATI, OH 45215 | |
| 10925 | STERLING SOFTWARE, PO BOX 4237, WOODLAND HILLS, CA 91365 | |
| 10925 | STERLING SOFTWARE, PO BOX 73130, CHICAGO, IL 60673-7130 | |
| 10925 | STERLING SOFTWARE, PO BOX 73327, CHICAGO, IL 60673-7327 | |
| 10925 | STERLING SOFTWARE, PO BOX 73403, CHICAGO, IL 60673-7403 | |
| 10925 | STERLING, ANGEL, 164 WEST WOODGLEN RD, SPARTANBURG, SC 29301 | |
| 10925 | STERLING, CARL, 4789 SCOTTSVILLE ROAD, FLOYDS KNOBS, IN 47118 | |
| 10925 | STERLING, DENISE, 180 MERCER ST, 6A, SOMERVILLE, NJ 08876 | |
| 10925 | STERLING, FLORENCE, 140 DAVENPORT ST., SOMERVILLE, NJ 08876 | |
| 10925 | STERLING, HUBERT, 164 WEST WOODGLEN RD, SPARTANBURG, SC 29301 | |
| 10925 | STERLING, KEVIN, 164 WEST WOODGLEN RD, SPARTANBURG, SC 29301 | |
| 10925 | STERLING, ROBERT, 104 FRANKLIN ST, SOMERVILLE, NJ 08876 | |
| 10925 | STERLING, SHEILA, RT 3 BOX 279 DECK RD, GRAY COURT, SC 29645 | |
| 10925 | STERLING, WILLIAM, SHORE DR SUNSET PT BOX73, HALLEY, PA 18428 | |
| 10925 | STERLING, YVONNE, 2255 MALCOLM AVE, ONTARIO, CA 91761 | |
| 10924 | STERLING-CLARK-LURTON CORPORATION, 184 COMMERCIAL STREET, MALDEN, MA 02148 | |
| 10924 | STERLING-CLARK-LURTON CORPORATION, BOX J, MALDEN, MA 02148 | |
| 10925 | STERN STEWART MANAGEMENT SERVICES, 40 WEST 57TH ST, NEW YORK, NY 10019 | |
| 10925 | STERN, AUDREY, 4724 S HAMPTON #4D, DALLAS, TX 75232 | |
| 10925 | STERN, HARLAND, 14 NOVA ROAD, NASHUA, NH 03060 | |
| 10925 | STERN, JAMES, 18445 COLLINS ST, TARZANA, CA 91365 | |
| 10925 | STERN, JEREMY, 1118 MEADE ST, READING, PA 19611 | |
| 10925 | STERN, JOSEPH, 105 ALBURY WAY, NORTH BRUNSWICK, NJ 08902 | |
| 10925 | STERN, SARAH SHIRLEY, 11 MARTABAN RD, STAMFORD HILL, LONDON, 0N 16ENGLAND | *VIA Deutsche Post* |
| 10925 | STERNADEL, FELIX, PO BOX 365, PAINT ROCK, TX 76866 | |
| 10925 | STERNARD, SCOTT, 817 KENDALE CT, STURGEON BAY, WI 54235 | |
| 10925 | STERNAT, MIRIAM, 309 WESTWOOD AVE, 4, LONG BRANCH, NJ 07740 | |
| 10925 | STERNBERGER, EDWIN, 60 SHADYSIDE AVE, PORT WASHINGTON, NY 11050 | |
| 10925 | STERNER, PATRICIA, 3616 CHESTNUT ST, LAURELDALE, PA 19605 | |
| 10925 | STERNS & WEINROTH, PO BOX 1298, TRENTON, NJ 08607-1298 | |
| 10925 | STERNS & WEINROTH, POBOX 1298, TRENTON, NJ 08607-1298 | |
| 10925 | STERNS RENTAL, PO BOX 99, FARMINGDALE, NJ 07727 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    STERN'S, ROUTE 23 WILLOWBROOK MALL, WAYNE, NJ 07470

10924    STERNWEIS & SONS INC, 11397 WREN ROAD, MARSHFIELD, WI 54449

10925    STERRENBURG, DAVID, 9981 W FOND DU LAC AVE, MILWAUKEE, WI 53224

10925    STERRETT, HAROLD, PO BOX 1621, CLAYTON, GA 30525

10925    STERRETT, MARIA, 407 SUGARLAND RUN DRIVE, STERLING, VA 22164

10925    STERRETT, ROBERT, 8355 HEWLITT ROAD, DUNWOODY, GA 30350-3506

10925    STERRETT, SUE ANN, 338 ALEXANDER AVE, GREENSBURG, PA 15601

10925    STERTZEL, KEVIN, 1211 CLOVER VALLEY WAY, EDGEWOOD, MD 20140

10925    STERTZEL, KEVIN, 1211 CLOVER VALLEY WAY, EDGEWOOD, MD 21040

10925    STESZEWSKI, ROMAN, 8360 PARK PLACE APT #67, HOUSTON, TX 77017

10925    STETCO INC, 3325 SCHIERHORN LANE, FRANKLIN PARK, IL 60131

10925    STETCO INC, 3344 SCHIERHORN LANE, FRANKLIN PARK, IL 60131

10925    STETININ, TATIANA, 14 CHAPEL ST, MILFORD, CT 06460

10924    STETSON BUILDING PRODUCTS, 1100 2ND AVENUE, ROCK ISLAND, IL 61204

10924    STETSON BUILDING PRODUCTS, 1555 HAWTHORNE LANE, WEST CHICAGO, IL 60186

10924    STETSON BUILDING PRODUCTS, 2425 20TH STREET, ROCKFORD, IL 61104

10924    STETSON BUILDING PRODUCTS, 320 W. 18TH STREET, WATERLOO, IA 50704

10924    STETSON BUILDING PRODUCTS, 510 S.W. 9TH STREET, DES MOINES, IA 50309

10924    STETSON BUILDING PRODUCTS, 510 SW 9TH ST, DES MOINES, IA 50309

10924    STETSON BUILDING PRODUCTS, 5175 16TH AVE. S.W., CEDAR RAPIDS, IA 52404

10924    STETSON BUILDING PRODUCTS, 5205 16TH AVE, CEDAR RAPIDS, IA 52404

10924    STETSON BUILDING PRODUCTS, 6820  J STREET, OMAHA, NE 68117

10924    STETSON BUILDING PRODUCTS, 6820 "J" STREET, OMAHA, NE 68127

10924    STETSON BUILDING PRODUCTS, 6820 J STREET, OMAHA, NE 68117

10924    STETSON BUILDING PRODUCTS, 6820 J. STREET, OMAHA, NE 68117

10924    STETSON BUILDING PRODUCTS, P.O. BOX 1598, CEDAR RAPIDS, IA 52404

10924    STETSON BUILDING PRODUCTS, P.O. BOX 1655, WATERLOO, IA 50704

10924    STETSON BUILDING PRODUCTS, P.O. BOX 4115, ROCK ISLAND, IL 61204

10925    STETSON, ROBERT, 102 EAST ST, SHARON, MA 02067

10924    STETSON/PELLA CORPORATION, 15 W. 460 FRONTAGE ROAD, HINSDALE, IL 60521

10925    STETTINER, MICHAEL, 12 WHITTIER ROAD, LEXINGTON, MA 02173

10925    STEUART PETROLEUM CO., 10320 SOUTHARD DR., BELTSVILLE, MD 20705

10925    STEUBE, MARY LU, 4861 GROVER, OMAHA, NE 68106

10925    STEUBEN, PO BOX 22006, ROCHESTER, NY 14673-0006

10925    STEUCEK, THOMAS, 3820 NICHOLASVILLE, LEXINGTON, KY 40503

10925    STEUCEK, THOMAS, 3870 PLEASANT BROOK DR., HILLIARD,, OH 43026

10925    STEUER, RUDOLPH, 1500 NORTH LIMESTONE, GAFFNEY, SC 29340

10925    STEURER, FREDERIC, 2221 SOUTH FLAGLEY DRIVE, WEST PALM BEACH, FL 33401

10925    STEVE & WALTS INC., 133 NORTH MAIN, CLEARFIELD, UT 84015

10925    STEVE A. BAYLESS, 7500 GRACE DR., COLUMBIA, MD 21044

10924    STEVE ASSENG, 795 RIVER ROAD, DEERFIELD, MA 01342

10925    STEVE BRASOF, PO BOX 28832, PHILADELPHIA, PA 19151

10925    STEVE DUFRESNE, PO BOX 361, UMATILLA, FL 32784

10925    STEVE E SLUKA, 5637 N KERBS, CHICAGO, IL 60646-6616

10925    STEVE H FULMER, 1709 TURTLE RIDGE WAY, RALEIGH, NC 27614

10925    STEVE HAMMELL ELECTRICAL UTILITIES, 1017 FRANKE IND. DR., AUGUSTA, GA 30909

10925    STEVE HUGHES, HWY 221, ENOREE, SC 29335

10925    STEVE J WELLS AS CUSTODIAN FOR, JUSTIN A WELLS UNDER THE NORTH, CAROLINA UNIFORM TRANSFERS TO, MINORS ACT, 1213 APACHE DR., APEX, NC 27502-1636

10925    STEVE J. ZAGAR, 2677 HILLY HAVEN ROAD, GREEN BAY, WI 54311

10925    STEVE L. MORGAN, 1355 MERRY HILL CT., BEL AIR, MD 21015

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　STEVE LAPIERRE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925　STEVE LUHRS, BOX B, SHIPPENSBURG, PA 17257

10925　STEVE MOODY MICRO SERVICES, INC, 1510 RANDOLPH, STE. 602, CARROLLTON, TX 75006

10925　STEVE MUNYAN, HWY 221, ENOREE, SC 29335

10925　STEVE NOUSS, 2341 NE 28TH COURT, LIGHTHOUSE POINT, FL 33064-8237

10924　STEVE PAVLOWITZ, 119 METACOMET ROAD, PLAINVILLE, CT 06062

10925　STEVE PEDRUSCI, 56 SCHMIDT LANE, SAN RAFAEL, CA 94903-2891

10924　STEVE SCHRANK, 845 ELLERS ROAD, NEENAH, WI 54957

10925　STEVE STONEHILL, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925　STEVE TARRANT, 6520 BEST FRIEND ROAD, NORCROSS, GA 30071

10925　STEVE TOBOLSKI, 6051 W 65TH ST, CHICAGO, IL 60638

10925　STEVE WARD, 6945 SAN THOMAS ROAD, ELKRIDGE, MD 21227

10925　STEVEN A FEHR &, CYNTHIA WENDT FEHR JT TEN, 13007 WINDSOR CIRCLE, LEAWOOD, KS 66209-1793

10925　STEVEN A GIANSIRACUSA, 17 GLENWOOD AVE, PITTSFIELD, MA 01201-4203

10925　STEVEN ADAMS JEFFREY CARLSON, GARDERE, WYNNE, & SE, SUITE 200, ONEOK PLAZA 100 W 5TH ST, TULSA, OK 74103-4240

10925　STEVEN B PLUMLEE, 3151 W SPRINGS DR, APT A, ELLICOTT CITY, MD 21043

10925　STEVEN B SMITH, 38 IRENE DR, PELHAM, NH 03076

10925　STEVEN C KERR, 10425 MOUNTAIN GLEN PKWY, GLEN ALLEN, VA 23060

10925　STEVEN C MCCANNA, 107 SPRING LAKE DR, DE BARY, FL 32713-2750

10925　STEVEN C SADLER, 9537 N E 94TH, BONDURANT, IA 50035

10925　STEVEN C WIMPENNY, ABN AMRO BANK N V, 10 EAST 53RD ST 37TH FL, NEW YORK, NY 10022

10925　STEVEN CARTLIDGE, 5 TORRINGTON LANE, ACTON, MA 01718

10925　STEVEN CARTLIDGE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　STEVEN DAPKIEWICZ, 8 RICHARDSON RD, STONEHAM, MA 02180-2323

10924　STEVEN F. KEMPF BLDG MATL.(DG), 309 WASHINGTON ST, CONSHOHOCKEN, PA 19428

10924　STEVEN F. KEMPF, 1103 W RIDGE PIKE 2ND FLOOR, CONSHOHOCKEN, PA 19428

10924　STEVEN F. KEMPF, P.O. BOX 242, 309 WASHINGTON STREET, CONSHOHOCKEN, PA 19428

10925　STEVEN FERNANDEZ &, JOHN FERNANDEZ JT TEN, 104 4TH ST, RIDGEFIELD PARK, NJ 07660-1010

10925　STEVEN FINNEGAN/FINNEGANS, 4831 W ROSCOE, CHICAGO, IL 60641

10925　STEVEN FREESMAN, 30 JOHNSON COURT, CLOSTER, NJ 07624-2944

10925　STEVEN FYLER, 60 BEAN RD, FREEMONT, NH 03044-3539

10925　STEVEN G PRECHEL, 9 TUDOR COURT, GETZVILLE, NY 14068-1165

10925　STEVEN H SOMERVILLE, 3 BRANKO COURT, BERKELEY HTS, NJ 07922-2303

10925　STEVEN H. BLOCK #0123, 501 YORK RD., TOWSON, MD 21204

10925　STEVEN INDUSTRIES INC, 39 AVE C, BAYONNE, NJ 07002

10925　STEVEN J PRESTON, 201 S E 17TH AVE, FORT LAUDERDALE, FL 33301

10925　STEVEN J SCHUMAKER, 30 PATEWOOD DR, SUITE 270, GREENVILLE, SC 29615

10925　STEVEN J. STEINBERG, 23 PLEASANT ST, NEWTON CENTER, MA 02159

10925　STEVEN JAMES SMITH, 13665 W VIRGINIA REIVE, LAKEWOOD, CO 80228-2327

10925　STEVEN JONES, REP OF ESTATE OF BARBARA ELLEN HAMMA, THE CENTRUM, 3102 OAK LAWN AVE# 1100, DALLAS, TX 75219-4281

10925　STEVEN JOSEPH ZAHURAK, 1070 DAY ROAD, SCHENECTADY, NY 12303-3363

10925　STEVEN JUDD, 16 WHITTAKER ROAD, SLOUGH BERKSHIRE, BRITWELL ESTATE, SL2 2LHUNITED KINGDOM　　　　*VIA Deutsche Post*

10925　STEVEN K MOORE &, JAN C MOORE JT TEN, 38 TIA TAM ROAD, 11B BLOCK 2,

10925　STEVEN K MOORE, 1055 JOHNSON DR, BUFFALO GROVE, IL 60089-6917

10925　STEVEN K ROLF, 4061 UPPER MEREDOSIA RD, BEARDSTOWN, IL 62618-8320

10925　STEVEN K. TETLOW, 10168 HIGHT RIDGE RD., LAUREL, MD 20723

10925　STEVEN KAZAN A LAW CORPORATION, SUITE 300, 171 TWELFTH ST, OAKLAND, CA 94607

10925　STEVEN KING, 7429 N OCTOVIA, CHICAGO, IL 60631-4436

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STEVEN L ELLENDER, 4101 THOMPSON ROAD, SULPHUR, LA 70665-7938

10925   STEVEN L KOMM &, MARCIA E KOMM JT TEN, 5703 W 128TH ST, OVERLAND PARK, KS 66209-3682

10925   STEVEN L MAXEY, 5110 SAN FELIPE APT 154W, HOUSTON, TX 77056-3618

10925   STEVEN L TEEGARDEN, 9444 PORTADA DR, WHITTIER, CA 90603-1232

10925   STEVEN L WILBUR, 76 FESSENDEN ST, PORTLAND, ME 04103-4820

10925   STEVEN LEE HOLLAND, 415 MCCULLUM CIR, NEPTUNE BCH, FL 32266

10925   STEVEN LEE SCHULMAN, 5704 NARCISSUS AVE, BALTIMORE, MD 21215-3545

10925   STEVEN LEWIS, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   STEVEN M KOENIG, 4520 TOBY LANE, METAIRIE, LA 70003-7630

10925   STEVEN M PHIPPS, 3120 MARY ELLEN, RIVERSIDE, CA 92509-0815

10925   STEVEN M RADEL, MD, 70 JUNDERMANN #302, ST PETERS, MO 63376

10925   STEVEN M RODRIGUEZ, 6050 W 51 ST, CHICAGO, IL 60638

10925   STEVEN MARC JOHNSON &, DENICE ALANE JOHNSON JT TEN, 108 UTAH, YUKON, OK 73099-2714

10925   STEVEN NAPPER LTD, 201 SOUTH CHESTER, LITTLE ROCK, AR 72201

10925   STEVEN O RINEHART &, CHERYL M RINEHART JT TEN, 8305 BLUFFVIEW COURT, FORT WAYNE, IN 46825-7106

10925   STEVEN PONTIAC CADILLAC INC., GEN COUNSEL, PO BOX 409, 1097 FARMINGTON AVE., BRISTOL, CT 06010

10925   STEVEN R GILLAM, 3410 UNIVERSITY AVE, DES MOINES, IA 50311-2304

10925   STEVEN SILVER, 400 GOOCH LANE, MADISON, AL 35758

10925   STEVEN T PEDO, 29 WEBSTER AVE, KEARNY, NJ 07032-1411

10925   STEVEN T TRINKER, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   STEVEN W. DUFRESNE, 6445 WEST JONES AVE, ZELLWOOD, FL 32798

10924   STEVENS CENTER, 2420 STEVENS DRIVE, RICHLAND, WA 99352

10924   STEVENS CONSTRUCTION, HWY 5, MOUNTAIN VIEW, AR 72560

10925   STEVENS CONSTRUCTION, MICHAEL BEST & FRIEDRICH CHARLES V, ONE SOUTH PINCKNEY ST, PO BOX 1806, MADISON, WI 53701-1806

10924   STEVENS CONSTRUCTION, P O BOX 1319, MOUNTAIN VIEW, AR 72560

10924   STEVENS CONSTRUCTION, P.O.BOX 1319, MOUNTAIN VIEW, AR 72560

10925   STEVENS FABRICATION & WELDING, 5522 MARKET ST, WILMINGTON, NC 28405

10924   STEVENS PAINTON, 14470 YORK RD., NORTH ROYALTON, OH 44133

10925   STEVENS PUBLISHING, 5151 BELTLINE RD 10TH FLR, DALLAS, TX 75240

10925   STEVENS PUBLISHING, 5151 BELTLINE RD., SUITE 10, DALLAS, TX 75240

10925   STEVENS PUBLISHING, PO BOX 2573, WACO, TX 76702-2573

10925   STEVENS SR, ALVIN, 1501 MITCHELL, LAKE CHARLES, LA 70607

10925   STEVENS, ABRIAN, 4729 HALE HAVEN DR, ELLICOTT CITY, MD 21043

10925   STEVENS, ANTHONY, 246 BEACON ST APT 1B, BOSTON, MA 02116

10925   STEVENS, BERNADETTE, 1501 MITCHELL ST, LAKE CHARLES, LA 70607

10925   STEVENS, BERNADETTE, 1501 MITCHELL ST., LAKE CHARLES, LA 70607

10925   STEVENS, BERNADETTE, 3700 E LOYOLA DR, KENNER, LA 70065

10925   STEVENS, BOBBY, 475 EDWIN LANFORD RD, WOODRUFF, SC 29388

10925   STEVENS, C, 225 FORD AVE, WILMINGTON, DE 19805

10925   STEVENS, CAROLE, 174 GREEN ST., SELLERSVILLE, PA 18960

10925   STEVENS, CATHY, 229 LEVASSEUR AVE, BOURBONNAIS, IL 60914

10925   STEVENS, CHARLES, 574 RIDGE AVE., MABLETON, GA 30059

10925   STEVENS, CLARKSON, 3418 FM 1254, MINEOLA, TX 75773

10925   STEVENS, CORNELL, 2007 NW PINE LAKE DRIVE, STUART, FL 34994

10925   STEVENS, DANIEL, 140 MONTWOOD WAY, OAKLAND, CA 94605

10925   STEVENS, DAVID, 5759 PINELAND DR, 2059, DALLAS, TX 75231-5338

10925   STEVENS, DAVID, E8984 WEINKE RD, NORTH FREEDOM, WI 53951

10925   STEVENS, DEBORAH, RT 5, BOX 414, COMMERCE, GA 30529

10925   STEVENS, DOUGLAS, 1606 17TH AVE, FRANKLINTON, LA 70438

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STEVENS, DOUGLAS, 25845 MENDOZA DRIVE, VALENCIA, CA 91355 | |
| 10925 | STEVENS, EDWIN, 402 W WABASH, ELECTRA, TX 76360 | |
| 10925 | STEVENS, GARY, PO BOX 67, PEORIA, IL 61650-0067 | |
| 10925 | STEVENS, HAROLD, 8780 CONQUISTADOR W., GRAND BAY, AL 36541 | |
| 10925 | STEVENS, HERSHEL, RT 8 BOX 50-B, CROSSVILLE, TN 38555 | |
| 10925 | STEVENS, HOLLY, 7147 SPOUT SRPGS RD, FLOWERY BRANCH, GA 30542 | |
| 10925 | STEVENS, HOWARD, 23 CHASE CT, BEREA, KY 40403 | |
| 10925 | STEVENS, J, 11547 E. 206TH ST, LAKEWOOD, CA 90715 | |
| 10925 | STEVENS, JACK, 5 OAKRIDGE LANE, SEARCY, AR 72143 | |
| 10925 | STEVENS, JAMES, PO BOX 53, MINNESOTA CITY, MN 55959 | |
| 10925 | STEVENS, JOHN, 110 SOUTH POINT CT, MOORE, SC 29369 | |
| 10925 | STEVENS, JOHN, 3224 BLUEFIELD ROAD, MEMPHIS, TN 38128-4834 | |
| 10925 | STEVENS, JOSEPH, 1955 BUSSING AVE, BRONX, NY 10466 | |
| 10925 | STEVENS, JUDY, 4421 VIA DEL NORTE, MESQUITE, TX 75150 | |
| 10925 | STEVENS, KAREN, 2558 BRENTWOOD CIR, LENOIR, NC 28645 | |
| 10925 | STEVENS, KATHY, 4405 USHERSFRY RD NE, CEDAR RAPIDS, IA 52411 | |
| 10925 | STEVENS, KRISTINE, 5618 VERMONT ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | STEVENS, LANCE, 358 ALDEN ROAD, FAIRHAVEN, MA 02719 | |
| 10925 | STEVENS, LARRY, 8412 FOUNDRY ST, SAVAGE, MD 20763 | |
| 10925 | STEVENS, LISA, 8107 SPRING CREEK PASS, LITTLETON, CO 80127 | |
| 10925 | STEVENS, LYNN, ROUTE 2 BOX 2405A, DANIELSVILLE, GA 30633 | |
| 10925 | STEVENS, LYNN, RT 2, BOX 2405A, DANIELSVILLE, GA 30633 | |
| 10925 | STEVENS, MARGARET, PO BOX 400278, CAMBRIDGE, MA 02140-0003 | |
| 10925 | STEVENS, MARK, 11912K TARRAGON ROAD, REISTERSTOWN, MD 21136 | |
| 10925 | STEVENS, MARK, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10924 | STEVENS, MEL U-CART & RENTAL, 6151 TELEGRAPH ROAD, TOLEDO, OH 43613 | |
| 10924 | STEVENS, MEL U-CART & RENTAL, INC., 6151 TELEGRAPH ROAD, TOLEDO, OH 43613 | |
| 10925 | STEVENS, MELINDA, PO BOX 367, ROSELAND, LA 70456 | |
| 10925 | STEVENS, MELISSA, 176 W. MARIGOLD ST., MUNHALL, PA 15120 | |
| 10925 | STEVENS, MEREDITH, 37 CURTISVILLE ROAD, CONCORD, NH 03301 | |
| 10925 | STEVENS, MICHAEL, 10051 DELANO LANE, 485, CYPRESS, CA 90630 | |
| 10925 | STEVENS, MICHAEL, 18325 VANOWEN ST, 207, RESEDA, CA 91335 | |
| 10925 | STEVENS, MOSES, 306 NORTH BASSADENA CI, LAKELAND, FL 33805-2813 | |
| 10925 | STEVENS, NIM, 3300 ST. CHARLES AVE, NEW ORLEANS, LA 70115 | |
| 10925 | STEVENS, PAMELA J, 1939 OAK CIRCLE, YOUNTVILLE, CA 94599 | |
| 10925 | STEVENS, PATRICIA, 7945 US 60 EAST, MACEO, KY 42355 | |
| 10925 | STEVENS, PATRICK, 230 HILLTOP RD, SWISHER, IA 52338 | |
| 10925 | STEVENS, PAUL, 1105 OVERTON LEA RD, NASHVILLE, TN 37220-1415 | |
| 10925 | STEVENS, RANDALL, RT. 1 BOX 103-A, COLUMBIA, MS 39429 | |
| 10925 | STEVENS, SR, ALVIN, 1501 MITCHELL ST.ET, LAKE CHARLES, LA 70607 | |
| 10925 | STEVENS, STEPHANIE A, 109 ACORN RD, DENNIS MA, MA 02638 | |
| 10925 | STEVENS, STEPHANY, 1973 MCBRAYER RD, CLEARFIELD, KY 40313 | |
| 10925 | STEVENS, THOMAS, 10292 S CLEARVIEW DR, SANDY, UT 84070 | |
| 10925 | STEVENS, THOMAS, 216 MULBERRYST. #3, WOOSTER, OH 44691 | |
| 10925 | STEVENS, THOMAS, 236 FINCHER ROAD, PELL CITY, AL 35128 | |
| 10925 | STEVENS, TODD, 645 E. MONTGOMERY ST, ALLENTOWN, PA 18103 | |
| 10925 | STEVENS, TONYA, 103 BLUEBERRY LANE, INMAN, SC 29349 | |
| 10925 | STEVENS, VANESSA, 7920 ELVATON COURT APT F, GLEN BURNIE, MD 21061 | |
| 10925 | STEVENS, WILLODEAN, PO BOX 108, SNELLVILLE, GA 30278 | |
| 10925 | STEVENS, WYATT, 25 HOWARD ST, NEWBURYPORT, MA 01950 | |
| 10925 | STEVENSON & CO., 1300 CARROLL ST., BALTIMORE, MD 21230 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | STEVENSON BUILDING SUPPLY, 8197 SEACOR RD, LAMBERTVILLE, MI 48144 | |
| 10924 | STEVENSON BUILDING SUPPLY, 8197 SEACOR RD, LAMBERTVILLE, MI 48144 | |
| 10925 | STEVENSON JR., HILBERT, 2115 DUKELAND ST., BALTIMORE, MD 21216 | |
| 10925 | STEVENSON PHD, ROBERT, 3338 CARLYLE TERR, LAFAYETTE, CA 94549 | |
| 10925 | STEVENSON, ARTHUR JR., 11700 AUDELIA #2125, DALLAS, TX 75243 | |
| 10925 | STEVENSON, BETHANY, 447 HITHERGREEN, LANSING, KS 66043 | |
| 10925 | STEVENSON, DWIGHT, 8316 SEAWALL BLVD., GALVESTON, TX 77554 | |
| 10925 | STEVENSON, FELTON, 8126 SHARONDALE, HOUSTON, TX 77033 | |
| 10925 | STEVENSON, FLOYD, 401 CYPRESS ST, RACELAND, LA 70394 | |
| 10925 | STEVENSON, GEORGE, RTE 1 BOX 143C, ENOREE, SC 29335 | |
| 10925 | STEVENSON, GLADYS, 3137 DERBY PL, NEW ORLEANS, LA 70119 | |
| 10925 | STEVENSON, H, 116 PARADISE, WICHITA FALLS, TX 76301 | |
| 10925 | STEVENSON, HAL, 711 OLIVE ST, ATLANTIC, IA 50022 | |
| 10925 | STEVENSON, JANE, 825 PONTIAC AVE, CRANSTON, RI 02910 | |
| 10925 | STEVENSON, JAY, 311 CHAPMAN RD, FOUNTAIN INN, SC 29644 | |
| 10925 | STEVENSON, KAREN, 1011 WOODLAWN DR, CAMDEN, SC 29020 | |
| 10925 | STEVENSON, LARRY, 7712 S. SEELEY CHICAGO IL, CHICAGO, IL 60620 | |
| 10925 | STEVENSON, LEROY, 5651 BELMARK ST, HOUSTON, TX 77033 | |
| 10925 | STEVENSON, LLOYD, 911 REYNOLDS, WICHITA FALLS, TX 76303-1018 | |
| 10925 | STEVENSON, MARGARET, 2530 MCGOWAN BLVD, MARION, IA 52302 | |
| 10925 | STEVENSON, MARY, .13882 46TH CT. N., ROYAL PALM, FL 33411 | |
| 10925 | STEVENSON, MYRNA, N2079 PINE HOLLOW RD, LODI, WI 53555 | |
| 10925 | STEVENSON, N, 2828 GEORGIA AVE, NASHVILLE, TN 37209 | |
| 10925 | STEVENSON, OSCAR, 6642 DANNYBOYAR, WEST HILLS, CA 91307 | |
| 10925 | STEVENSON, PENELOPE, 949 SAN MARCO RD, MARCO ISLAND, FL 34145 | |
| 10925 | STEVENSON, RANDAL, 7343-6 COUNTRY CREEK, DOWNERS GROVE, IL 60516 | |
| 10925 | STEVENSON, RAY, 115 S GLENCOE, WICHITA FALLS, TX 76302 | |
| 10925 | STEVENSON, ROGER, RTE 1 BOX 104, ENOREE, SC 29335 | |
| 10925 | STEVENSON, SAMUEL, 5437 BROWNFIELD RD, LUBBOCK, TX 79407 | |
| 10925 | STEVENSON, STANLEY, RT. 1 BOX 104, ENOREE, SC 29335 | |
| 10925 | STEVENSON, SYLVIA, PO BOX 2002, MCALLEN, TX 78505 | |
| 10925 | STEVENSON, TASSY, 115 S GLENCOE, WICHITA FALLS, TX 76302 | |
| 10925 | STEVENSON, THOMAS, 82 WILLOW ST, TEWKSBURY, MA 01876 | |
| 10925 | STEVENSON, WENDY, 30 UPPER RITIZ ST, PIERMONT, NY 10968 | |
| 10925 | STEVERSON, EDWARD, 680 SLUSSER AVE., CEDARTOWN, GA 30125 | |
| 10925 | STEVERSON, NANCY, 395 VERNOY AIKEN RD APT 1, DALLAS, GA 30132 | |
| 10925 | STEVIN E. AUTIN, 124 DANTIN ST., RACELAND, LA 70394 | |
| 10924 | STEWARD INC., 1200 E. 36ST. STREET, CHATTANOOGA, TN 37407 | |
| 10924 | STEWARD INC., PO BOX 510, CHATTANOOGA, TN 37401 | |
| 10925 | STEWARD, CHARLES, 301 N. 21 PLACE, LAMESA, TX 79331 | |
| 10925 | STEWARD, E H, 1811 TERMINO AVE 7205, LONG BEACH, CA 90815-2672 | |
| 10925 | STEWARD, GLORIA, 2861 N. 47TH ST, MILWAUKEE, WI 53210 | |
| 10925 | STEWARD, KENNETH, 733 JEFFRIES ROUTE 4, CHEROKEE, IA 51012-1431 | |
| 10925 | STEWARD, REGINALD, 2861 N. 47TH ST, MILWAUKEE, WI 53210 | |
| 10925 | STEWARD, REGINALD, 4218 DUNWOODY RD, MARTINEZ, GA 30907 | |
| 10925 | STEWARD, VICKI, 839 E 125TH TERR, OLATHE, KS 66061 | |
| 10925 | STEWARD-CANTAVE, CORDELL, 208 MAIN ST., COLWYN, PA 19023 | |
| 10925 | STEWART & STEVENSON, PO BOX 200441, HOUSTON, TX 77216 | |
| 10925 | STEWART & STEWART INC., 1140 HAMMOND DRIVE, ATLANTA, GA 30328 | |
| 10924 | STEWART BLOCK & BRICK, 9311 NO. CASA GRANDE HWY., TUCSON, AZ 85743 | |
| 10925 | STEWART BLOCK AND BRICK, 9311 N CASA GRANDE HWY, TUCSON, AZ 85743 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | STEWART DIRT WORK, 1913 N. DUMAS AVENUE, DUMAS, TX 79029 | |
| 10924 | STEWART DIRT WORK, HCR 1 BOX 450, DUMAS, TX 79029 | |
| 10924 | STEWART DIRT WORK, HCR 1 BOX 45D, DUMAS, TX 79029 | |
| 10925 | STEWART ECONOMICS, INC, 7600 TALBRYN WAY, CHAPEL HILL, NC 27516 | |
| 10925 | STEWART FAIRSERVICE, 10400 CR 48, HOWEY IN THE HILLS, FL 34737 | |
| 10924 | STEWART FILM SCREEN CORPORATION, 1161 WEST SEPULVEDA BLVD., TORRANCE, CA 90502 | |
| 10925 | STEWART II, G, 173 STAGECOACH RD, CROSS HILL, SC 29332 | |
| 10925 | STEWART II, JAMES, 109 PINEHAVEN WAY, SIMPSONVILLE, SC 29681 | |
| 10925 | STEWART INSTRUMENT COMPANY, 3037 SOUTH BURNSIDE BLDG 2, GONZALES, LA 70737 | |
| 10924 | STEWART INTERNATIONAL AIRPORT, TERMINAL EXPANSION & RENOVATION, WINDSOR, NY 13865 | |
| 10925 | STEWART JT TEN, JOE D & GENEVA, 1232 FORREST AVE, SARALAND, AL 36571-9645 | |
| 10925 | STEWART L BAKER, 3310 N LEISURE WORLD BLVD, APT 604, SILVER SPRING, MD 20906-5684 | |
| 10925 | STEWART MONDERER DESIGN INC, 2067 MASSACHUSETTS AVE, STE 3, CAMBRIDGE, MA 02140-1337 | |
| 10925 | STEWART ORGANIZATION, THE, PO BOX 43427, BIRMINGHAM, AL 35243 | |
| 10925 | STEWART OXYGEN SERVICE OF CINCINNATI, 11 EAST SUNNYBROOK DR, CINCINNATI, OH 45237-2103 | |
| 10925 | STEWART OXYGEN SERVICE, POBOX 1189, RIVERDALE, GA 30274 | |
| 10925 | STEWART PETROLEUM, DARYL STEWART, 8 INVERNESS DR E # 101, ENGLEWOOD, CO 80112 | |
| 10925 | STEWART R. MONTGOMERY, 17943 POND RD., ASHTON, MD 20861 | |
| 10925 | STEWART SECURITY INC, 38 MERIDIAN ROAD, ISLAND TREES, NY 11756 | |
| 10925 | STEWART SR, ALPHONSO, 4919 RIVER RD, PENNSAUKEN, NJ 08110 | |
| 10925 | STEWART WARNER CORP, RT 6, SPRING VALLEY, IL 61365 | |
| 10925 | STEWART, AMY, 215 W. QUINCY, RIVERSIDE, IL 60546 | |
| 10925 | STEWART, ANN, 501 GARRISON ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | STEWART, ARTHUR, 5554 DAVIS RD., LAKELAND, FL 33809 | |
| 10925 | STEWART, BENITA, 11111 WOODMEADOW, DALLAS, TX 75228 | |
| 10925 | STEWART, BETTY, 2300 TYBO AVE, RENO, NV 89512 | |
| 10925 | STEWART, CAROLYN, 1648 NORTH WIND PL., CHARLOTTE, NC 28210 | |
| 10925 | STEWART, CATHY, 800 N. MAIN ST., LOWELL, NC 28098 | |
| 10925 | STEWART, CHARLES, 1106 NW 5TH ST, ANDREWS, TX 79714 | |
| 10925 | STEWART, CHARLES, 678 STRAIGHT ST., MACON, GA 31204 | |
| 10925 | STEWART, CORA, 299 EDGEWOOD CIRCLE, WOODRUFF, SC 29388 | |
| 10925 | STEWART, CRAIG, 10215 ASH FORK, HOUSTON, TX 77064 | |
| 10925 | STEWART, CRAIG, 12511 DONEGAL, HOUSTON, TX 77047 | |
| 10925 | STEWART, CRAIG, 8055 N. KENTON, SKOKIE, IL 60076 | |
| 10925 | STEWART, DARREN, 1807 HOMBERG AVE, BALTIMORE, MD 21222 | |
| 10925 | STEWART, DARRYN, 7424 LITHOPOLIS RD. APT. #B-2, CARROLL, OH 43112 | |
| 10925 | STEWART, DARYL I, PO BOX 121551, CLERMONT, FL 34712 | |
| 10925 | STEWART, DARYL, PO BOX 121551, CLERMONT, FL 34712 | |
| 10925 | STEWART, DAVID, 634 LAKE DEXTER CIRCLE, WINTER HAVEN, FL 33884 | |
| 10925 | STEWART, DAVID, HC 63 BOX 100, EUFAULA, OK 74432 | |
| 10925 | STEWART, DEBBY, 37306 ANATA PL, PALMDALE, CA 93550 | |
| 10925 | STEWART, DEBORAH, 1602 W. TARRANT RD., GRAND PRAIRIE, TX 75050 | |
| 10925 | STEWART, DEBRA, 3215 8TH ST., SARASOTA, FL 34237 | |
| 10925 | STEWART, DEDIE, 38411 5TH WEST, PALMDALE, CA 93551 | |
| 10925 | STEWART, DIANE, 21 PEORIA LANE, SICKLERVILLE, NJ 08081 | |
| 10925 | STEWART, DONALD W, 1131 LEIGHTON AVE, PO BOX 2274, ANNISTON, AL 36202 | |
| 10925 | STEWART, DONALD, 129-52 135 ST, QUENNS, NY 11420 | |
| 10925 | STEWART, DONALD, ROUTE 17 BOX 1940, HATTIESBURG, MS 39401 | |
| 10925 | STEWART, DORIS, 1407 VALLEY PLACE, BRANDON, FL 33510 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    STEWART, DOUGLAS, 693 WARREN ST, MARSHALL, MI 49068

10925    STEWART, DWIGHT, 1500 SPARKMAN, HUNTSVILLE, AL 35816

10925    STEWART, ELDON, 6465 RUSSO ROAD, BARTOW, FL 33830-9666

10925    STEWART, FRANK, BOX 96, MEEKER, CO 81641

10925    STEWART, GARRY, 151 HOOD JORDAN ROAD, PELZER, SC 29669

10925    STEWART, GARY, 29 LEE ST APT #5, CAMBRIDGE, MA 02139

10925    STEWART, GEORGANN, 1538 CREEKSIDE RD, WHITEHALL, PA 18052

10925    STEWART, GEORGE, 43 MAGNOLIA, CASPER, WY 82604

10925    STEWART, GEORGE, STARR ROUTE, BOX 24, HENRIETTA, TX 76365

10925    STEWART, GERALD, 105 WHITESTONE AVE, 22, MAULDIN, SC 29662

10925    STEWART, GLENDA, 3423 15TH ST. SE APT. 2, WASHINGTON, DC 20032

10925    STEWART, HARLENE, 109 RAPIDS AVE. SW, CEDAR RAPIDS, IA 52404

10925    STEWART, HERBERT, 4213 W. ROGERS AVE., BALTIMORE, MD 21215

10925    STEWART, HUGH, GENERAL J ELESPURU547 S ISIDRO, LIMA, PERU          *VIA Deutsche Post*

10925    STEWART, JACQUELINE C, 1263 WESTWOOD BLVD, LOS ANGELES, CA 90024-4811

10925    STEWART, JAMES, 22410 SHADOW GLEN, FARMINGTON HILLS, MI 48024

10925    STEWART, JAMES, 33663 5TH ST, UNION CITY, CA 94587

10925    STEWART, JAMES, S. 415 GLENBROOK, GREENACRES, WA 99016

10925    STEWART, JERRY, 5710 LINDEN DRIVE, MILFORD, OH 45150

10925    STEWART, JESSE, 254 SCHWARTZ, NORLAND, WA 98358-9612

10925    STEWART, JOE, PO BOX 205, HOOPESTON, IL 60942

10925    STEWART, JOHN, 1446 OLD FT. SMALLWOOD ROAD, PASADENA, MD 21122

10925    STEWART, JOHN, 3612 EAST 39TH ST, TULSA, OK 74135-4636

10925    STEWART, JR, FRANK, 3313 RIPPLE RD., BALTIMORE, MD 21244

10925    STEWART, KAREN, 790 DIXON RD E-1, JONESBORO, GA 30236

10925    STEWART, KATHERINE, 7827 AVENAL LOOP, NEW PORT RICHEY, FL 34655

10925    STEWART, KELLY, 9100 ANDREWS HWY., #912, ODESSA, TX 79765

10925    STEWART, KIMBERLY, 705 S.E. 2ND ST., TULIA, TX 79088

10925    STEWART, KRISTINA, 109 SECOND AVE, BECKLEY, WV 25801

10925    STEWART, LAURA, 2277 SHARON LANE, MEMPHIS, TN 38127

10925    STEWART, LORI, 67 MAYFLOWER AVE, TAUNTON, MA 02780

10925    STEWART, LOUIS, 5949 HILLGLEN DRIVE, WATAUGA, TX 76148

10925    STEWART, MAC ARTHUR, 9255 S VANDERPOLE, CHICAGO, IL 60620

10925    STEWART, MALCOLM, 1123 S. 18TH ST, MILWAUKEE, WI 53204

10925    STEWART, MARGARET, 3531 OLD YORK RD, BALTIMORE, MD 21218

10925    STEWART, MICHELE, 106 TANGLEWOOD RD, BELTON, SC 29627

10925    STEWART, MICHIAL, RT 5 BOX 286, WOODWARD, OK 73801

10925    STEWART, O. FLOYD, 299 EDGEWOOD CIRCLE, WOODRUFF, SC 29388-2343

10925    STEWART, PAULA, 3517 COUNTRY CLUB DR, GASTONIA, NC 28056

10925    STEWART, PERRY, 349 GIGER LAKE RD., HATTIESBURG, MS 39401

10925    STEWART, PETER, 140 MORRISON AVE., SOMERVILLE, MA 021444

10925    STEWART, REBECCA, 7074 WAKEFIELD ROAD PO BOX 1919, HIRAM, OH 44234-1919

10925    STEWART, RENA, 3617 MEADOWGLENN, DORAVILLE, GA 30340

10925    STEWART, ROBERT M, 260 NORTH YATES, MEMPHIS, TN 38120

10925    STEWART, ROBERT, 310 E LASLEY ST, 1, ST. MARYS, KS 66536-1757

10925    STEWART, SAMUEL, 5101 B RIVER, NEWPORT BEACH, CA 92663

10925    STEWART, SCOTT, 4631 N 52ND ST, MILWAUKEE, WI 53218

10925    STEWART, SRACEY, 202 KENTUCKY AVE # A, GRIFFIN, GA 30223

10925    STEWART, STEVEN, 825 E. 65TH ST, TACOMA, WA 98404

10925    STEWART, SUSAN, 22 COE AVE EXT, PORTLAND, CT 06480

10925    STEWART, SUZANNE, 14535 BRUCE B DOWNS BLVD #1726, TAMPA, FL 33613

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STEWART, TAMMY, PO. BOX 54, BEAR CREEK, NC 27207 | |
| 10925 | STEWART, TASHA, 4532 SAWMILL DR #5, MEMPHIS, TN 38128 | |
| 10925 | STEWART, TERRY, 2024 ENFIELD DR., CORSICANA, TX 75110 | |
| 10925 | STEWART, THEO, PO BOX 505, MEEKER, CO 81641 | |
| 10925 | STEWART, THERESE, 001 MCDONALD HOUSE CATHOLIC UNIV., WASHINGTON, DC 20064 | |
| 10925 | STEWART, TIMOTHY, 1517 MENNEN CT, GREEN BAY, WI 54304-2233 | |
| 10925 | STEWART, TONYA, 10 REED, ATHENS, GA 30602 | |
| 10925 | STEWART, VINCENT, 289 MOUNT HOPE AVE APT Y13, DOVER, NJ 07801-1849 | |
| 10925 | STEWART, WANDA, 2918 REDCUT LOOP RD, WEST MONROE, LA 71293 | |
| 10925 | STEWART, WAYLAND, 1113 W LOUISA, IOWA PARK, TX 76367 | |
| 10925 | STEWART, WILLIAM W, 959 98TH ST, MARMET, WV 25315 | |
| 10925 | STEWART, WILLIAM, 109 RAPIDS AVE. SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | STEWART, WILLIAM, 67 MAYFLOWER ST, TAUNTON, MA 02780 | |
| 10925 | STEWART, WILLIAM, PO BOX 675, MEEKER, CO 81641 | |
| 10925 | STEWART, WILLIAM, RD 2 BOX 256 NEWPORT RD., WAMPUM, PA 16157 | |
| 10925 | STEWART, YASUKO, 504 WEST ALAMEDA, IOWA PARK, TX 76367-1505 | |
| 10925 | STEWART, YVONNE, 549 BRAMHALL AVE, JERSEY CITY, NJ 07304 | |
| 10925 | STEWART, YVONNE, BOX 675, MEEKER, CO 81641 | |
| 10924 | STEWART'S ELECTRIC SUPPLY, 7731 HWY 70 SUITE 100, BARTLETT, TN 38133 | |
| 10924 | STEWART'S ELECTRIC SUPPLY, P.O. BOX 341874, BARTLETT, TN 38184-1874 | |
| 10925 | STEWARTS SEPTIC TANK SERVICE, 47 RAILROAD ST, BRADFORD, MA 01835 | |
| 10925 | STEWARTS WELDING SHOP, ROUTE 1, ENOREE, SC 29335 | |
| 10924 | STEWARTVILLE SECONDARY SCHOOL, 500 FOURTH STREET, STEWARTVILLE, MN 55976 | |
| 10925 | STEWART-WARNER CORP, HOBBS DIVISION, SPRINGFIELD, IL 62794-9999 | |
| 10925 | STEWART-WARNER, ASH ST AND YALE BLVD, SPRINGFIELD, IL 62703 | |
| 10925 | STEWMAN, JEFFREY, 2632 LAKE ERIN DR, TUCKER, GA 30084 | |
| 10925 | STEYN, JOSEPH, 2511 F ST, APT B, SACRAMENTO, CA 95816 | |
| 10925 | STEYPUTAEKNI EHF / CONTEC, LAUGARASVEGUR 7, REYKJAVIK, 104ICELAND | *VIA Deutsche Post* |
| 10925 | STI INTERNATIONAL, PO BOX 525, KIRKLAND, WA 98083-0525 | |
| 10925 | STI, PO BOX 9, GUION, AR 72540 | |
| 10925 | STIBBE SIMONT MONAHAN DUHOT, 1077 ZZ AMSTERDAM, AMSTERDAM, 1070 AP | |
| 10925 | STIBBE, PAUL, 713 RIDGEWAY BLVD, DEPERE, WI 54115-3026 | |
| 10925 | STICE, STEVEN, 468 AMHERST RD., BELCHERTOWN, MA 01007-9351 | |
| 10924 | STICH, ANGELL, KRIEDLER & MUTH, THE CROSSINGS STE 120 250 SE, MINNEAPOLIS, MN 55401 | |
| 10924 | STICHT CENTER, BOWMAN GRAY SCHOOL OF MEDICINE, WINSTON-SALEM, NC 27157 | |
| 10925 | STICHTER, KATHRYN, R D #2, BOX 2053, READING, PA 19605 | |
| 10925 | STICKLE STEAM SPECIALISTS, 2215 VALLEY AVE, INDIANAPOLIS, IN 46218-4388 | |
| 10925 | STICKLE, MICHAEL, 19 PAULA PLACE, BALTIMORE, MD 21237 | |
| 10925 | STICKLER, MARY, 7509 VAUGHN MILL, LOUISVILLE, KY 40228 | |
| 10925 | STICKLES, BONNIE, 1708 AVE CRITOBAL COL, SANTA FE, NM 87501 | |
| 10924 | STICKNEY WATER RECLAMATION PLAZA, CAMBRIDGE, MA 99999 | |
| 10924 | STICKNEY WATER RECLAMATION PLAZA, SPRAY INSULATION JOB, CICERO, IL 60650 | |
| 10924 | STICKNEY WATER RECLAMATION, C/O SPRAY INSULATION, CICERO, IL 60650 | |
| 10925 | STICKNEY WELDING, PO BOX 1160, LIBBY, MT 59923 | |
| 10925 | STICKNEY, JOEL, DARNALL 112 PO 6113 GEORGETOWN UNIV., WASHINGTON, DC 20057 | |
| 10925 | STICKNEY, ROBERT, 20 ADAM DDRIVE, HUDSON, NH 03051 | |
| 10925 | STIDHAM, JUDY, 1728 WALNUT DR, WOODSTOCK, IL 60098-2564 | |
| 10925 | STIDMAN, JOSEPH, 5130 SAVANNAH ST, SAN DIEGO, CA 92110-3922 | |
| 10925 | STIDSEN, LEAH, 500-501 PARKER ST APT 344B, BOSTON, MA 02115 | |
| 10925 | STIEBER, STEVEN, 130 ADELAID ST W #900, TORONTO, ON M5H3P5CANADA | *VIA Deutsche Post* |
| 10925 | STIEF, BEATE, 5917 GENTLE CALL, COLUMBIA, MD 21029 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STIEF, BEATE, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | STIEF, JOACHIM, 5603 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | STIEF, JOACHIM, 5917 GENTLE CALL, CLARKSVILLE, MD 21029 | |
| 10924 | STIEFEL LABORATORIES, ROUTE 145, OAK HILL, NY 12460 | |
| 10925 | STIEFEL, ANDREW, 2846 HILTON LANE, SUN PRAIRIE, WI 53590 | |
| 10925 | STIEFEL, CHARLES, 121 WOFFORD SHOALS ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | STIEFEL, DORIS, 4919 NE 86TH ST, SEATTLE, WA 98115-3919 | |
| 10925 | STIEGER, KRISTINE, 3926 RIVERSIDE DR NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | STIEHR, TILLIE, 1562 GOLDEN RAIN # 44 E, SEAL BEACH, CA 90740 | |
| 10925 | STIENBERG, LISA, 2193 SPAULDING DR, MARIETTA, GA 30062 | |
| 10925 | STIENZ, CINDY, 14001 KICKAPOO TRAIL, LOCKPOR, IL 60441 | |
| 10925 | STIER, JAMES, 9 HATHAWAY LANE, VERONA, NJ 07044 | |
| 10925 | STIERLI, ROBERT, 11 WYMAN RD, LEXINGTON, MA 02173-1516 | |
| 10925 | STIFF JR., LOWELL, 10578 ST. RT. 1414, WHITESVILLE, KY 42378 | |
| 10925 | STIFFIN, MICHAEL, 10031 CEDAR LANDING, BAYTOWN, TX 77521 | |
| 10925 | STIFFLER, PATRICIA E, 174 PINE RUN CHURCH, APOLLO PA, PA 15613 | |
| 10925 | STIFTELSEN SVENSK BERGTEKNISK, BOX 49153, STOCKHOLM, 10029SWEDEN | *VIA Deutsche Post* |
| 10925 | STIGLER SUPPLY CO., 11158 ADWOOD DR., CINCINNATI, OH 45240-3234 | |
| 10925 | STIGLER SUPPLY CO., PO BOX 40492, CINCINNATI, OH 45240-0492 | |
| 10925 | STIGLITZ, BARBARA, 224 SOMERSET ST, N PLAINFIELD, NJ 07060 | |
| 10925 | STIGLITZ, LISA, 1406 BARTON RD., LAKEWORTH, FL 33460 | |
| 10925 | STIKE, AARON, 124 PADEN COURT, FOREST HILL, MD 21050 | |
| 10925 | STILE, VALERIE, 442-G RIVER RD, NUTLEY, NJ 07110-3432 | |
| 10925 | STILES M HARPER, 278 BAKER ST, ESTILL, SC 29918-9361 | |
| 10925 | STILES, ANGELA, 4650 SIERRA MADRE, 489, RENO, NV 89502 | |
| 10925 | STILES, BRENDA, 402 BROAD ST., EMMAUS, PA 18049 | |
| 10925 | STILES, CLETYS, 1021 CORNELIA, IOWA PARK, TX 76367 | |
| 10925 | STILES, DONALD, 5816 S.W. THORNTON RD., CLARKSDALE, MO 64430 | |
| 10925 | STILES, NELLIE, 4B. ROPER DRIVE, DOUGLASVILLE, GA 30135 | |
| 10925 | STILES, THOMAS, 3701 DENNIS DR. NW, CEDAR RAPIDS, IA 52405 | |
| 10924 | STILL POND GROUP, PO BOX A, WORTON, MD 21678 | |
| 10925 | STILL, DOROTHY, 369 MAPLE AVE, HOLTVILLEC, CA 92250 | |
| 10925 | STILL, VICKIE, 354 OLD KINSER RD SE, CLEVELAND, TN 37323 | |
| 10925 | STILLBROOK ENVIRONMENTAL TESTI, LABORATORY INC, 305 CRAWFORD ST, FAIRFIELD, AL 35064 | |
| 10925 | STILLBROOK ENVIRONMENTAL TESTING, LABORATORY INC, 305 CRAWFORD ST, FAIRFIELD, AL 35064 | |
| 10925 | STILLE, H DWAYNE, 1187 570 ST, STORM LAKE, IA 50588 | |
| 10925 | STILLER, BETH, 248 BRAESHIRE DR, MANCHESTER, MD 63021 | |
| 10925 | STILLER, HELEN, 411 REGENCY CT APT 3, LOUISVILLE, KY 40207 | |
| 10925 | STILLINGS, PENNY, 466 E. WILBUR ROAD, THOUSAND OAKS, CA 91360 | |
| 10925 | STILLMAN, RALPH, 200 E 66TH ST, NEW YORK, NY 10021-6728 | |
| 10925 | STILLMUNKES, DANIEL, 101 JOYCE DR., F, LODI, WI 53555 | |
| 10925 | STILLWATER LUMBER, PO BOX 29, STILLWATER, ME 04489 | |
| 10924 | STILLWATER MINING COMPANY, ATTN: ACCOUNTS PAYABLES, COLUMBUS, MT 59019 | |
| 10924 | STILLWATER MINING, 12 MILES S. FOREST SERVICE RD. 205, MCLEOD, MT 59052 | |
| 10924 | STILLWATER MINING, 706 DANIEL ST., BILLINGS, MT 59101 | |
| 10924 | STILLWELL MATERIAL CORPORATION, 2543 STILLWELL AVENUE, BROOKLYN, NY 11223 | |
| 10925 | STILLWELL, JOHN, 8882 PLANET DRIVE, CINCINATTI, OH 45231 | |
| 10925 | STILLWELL, JOHN, PO BOX 191, GOLDEN, CO 65658 | |
| 10925 | STILL-ZINI, KAREN, 155 HIDDEN VALLEY ROAD, SPARTANBURG, SC 29303 | |
| 10925 | STILWELL, LAURA, RT 8 BOX 617 BOX 617, TAYLORSVILLE, NC 28681 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 STIMAC, WILLIAM, 15016 FAIRHILLS RD, MARIBEL, WI 54227

10925 STIMPEL-WIEBELHAUS ASS., 1170 INDUSTRIAL ST, REDDING, CA 96049

10924 STIMPEL-WIEBELHAUS ASSOC., 1170 INDUSTRIAL STREET, REDDING, CA 96002

10924 STIMPEL-WIEBELHAUS ASSOCIATES, 762 B LAKE MAINTENANCE STATION, YELLOWSTONE NATIONAL PARK, WY 82190

10925 STINAR, ROBERTA, 2262 CATHEDRAL AVE NW #B, WASHINGTON, DC 20008

10925 STINCHCOMB, KATIE, 1021 GLENVILLA DRIVE, GLEN BURNIE, MD 21061

10925 STINCHCOMB, VERNON, 1021 GLENVILLA DRIVE, GLEN BURNIE, MD 21061

10925 STINE LUMBER CO., 1907 S. RUTH ST., SULPHUR, LA 70663

10925 STINE, CRAIG, 1615 STEVENSON ST, VINTON, LA 70668

10925 STINE, DOUGLAS, 12 TURNBURRY RD, WASHINGTON TWP, NJ 07882

10925 STINE, JOHN, 7734 HOMER AVE.,CLUB WILDWOOD, HUDSON, FL 34667

10925 STINE, TROY, 4105 78TH ST. W., BRADENTON, FL 34209

10925 STINER, BETH, 720 INDIAN AVE., ROSSVILLE, GA 30741

10925 STINNETT, CHARLES, 310 CAROLINE PO BOX 144, LEWISPORT, KY 42351

10925 STINNETT, GARY, 1614 MADISON, DEER PARK, TX 77536

10925 STINNETT, ONEAL, 1647 RUXTON AVE, BALTIMORE, MD 21216-3716

10925 STINNETT, PAUL, 10544 HWY. 431 S., UTICA, KY 42376

10925 STINNETT, VICKIE L., 10544 HWY. 431 S., UTICA, KY 42376

10925 STINSON JR, CLIFFORD, 1810 KING DRIVE, MILWAUKEE, WI 53212

10924 STINSON SEAFOOD COMPANY, HCR 60, BOX 17, PROSPECT HARBOR, ME 04669

10925 STINSON, CYNTHIA MARI, 7002 S.42ND ST., PHOENIX, AZ 85040

10925 STINSON, DEBRA, 2824 WEST STATE ST., MILWAUKEE, WI 53208

10925 STINSON, DONALD C, 4571 LOGANLINDA DR, YORBA LINDA, CA 92886-2314

10925 STINSON, MAG & FIZZELL, PC, 1201 WALNUT ST, KANSAS CITY, MO 64141-6251

10925 STINSON, SHARON, RT 5 BOX 151, ELBA, AL 36323

10925 STINSONS LAWN CARE AND GENERAL, RD #3 BOX 7485, ELLWOOD CITY, PA 16117

10925 STINSONS SERVICE CENTER INC, PO BOX 65, TYLERTOWN, MS 39667

10925 STIPE, JESSE, 1401 E HASTINGS, AMARILLO, TX 79108

10925 STIPO, LAUREN E V, 35 WOODWAY ROAD A#17, STAMFORD, CT 06907

10925 STIPO-MULCAHY, LAUREN, 45 RIDGE ST, THORNWOOD, NY 10594

10925 STIREWALT, J, 4445 S. DUQUESNE RD, JOPLIN, MO 64804

10925 STIRLING PROPERTIES, INC, 109 NORTHPARK BLVD., COVINGTON, LA 70433

10925 STIRLING PROPERTIES, INC, PO BOX 62108, NEW ORLEANS, LA 70162

10925 STIRLING, DOUGLAS, 50 FAIRLANE ROAD, COLUMBUS, NC 28722-9426

10925 STIRNAMAN, C, R.RTE.L, BOX 121, RED BUD, IL 62278

10925 STITES SCALE CO INC, POBOX 00047, CINCINNATI, OH 45263

10925 STITES, KALA, 12000 SAWMILL RD., THE WOODLANDS, TX 77380

10925 STITH, MARY RUTH, 746 LORETTO AVE, LOUISVILLE, KY 40211

10925 STITH, RALPH, PO BOX 314, GARYSBURG, NC 27831

10925 STITT, ARLENE, 9210 LEGRANGER RD, CHARLOTTE, NC 28262

10925 STITT, BOYD, PO BOX 10, PALM, PA 18070

10925 STITT, F., 1506-B QUAIL RIDGE, RALEIGH, NC 27609

10925 STIVER ENGINEERING, INC, 1305 PEDEN ST, HOUSTON, TX 77089

10925 STIVERS TEMPORARY PERSONNEL, 200 WEST MONROE ST, CHICAGO, IL 60606-5015

10925 STIVERS, GRACE, ROUTE 2 BOX 2255, AUBURNDALE, FL 33823

10925 STIVERSON, DUANE, 802 S COMANCHE LANE, WAUKESHA, WI 53188

10925 STIWINTER, TONY, 160 TURTLECREEK ROAD, PICKENS, SC 29671

10925 STLE, 840 BUSSE HWY, PARK RIDGE, IL 60068-2376

10925 STN INTERNATIONAL, CHEMICAL ABSTRACTS SERVICE, PO BOX 82228, COLUMBUS, OH 43202-0228

10925 STN-COLUMBUS, PO BOX 82228, COLUMBUS, OH 43202-0228

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STN-COLUMBUS, POBOX 3012, COLUMBUS, OH 43210-0012 | |
| 10925 | STOCK BOSTON, 36 GLOUCESTER ST, BOSTON, MA 02115 | |
| 10925 | STOCK CONTROLS, PO BOX 530, WAYNE, PA 19087 | |
| 10925 | STOCK INDUSTRIAL PROPERTY SERVICES, PO BOX 205, ISTANBUL, 80073TURKEY | *VIA Deutsche Post* |
| 10925 | STOCK MARKET INC, THE, 300 PARK AVE S, NEW YORK, NY 10010 | |
| 10925 | STOCK VIDEO, 20 MCKENNA TERRACE, BOSTON, MA 02132 | |
| 10925 | STOCK, DONALD, 348 BRECKENRIDGE ST., FRANKLIN, IN 46131 | |
| 10924 | STOCKBRIDGE VALLEY SCHOOL, 6011 WILLIAMS ROAD, MUNNSVILLE, NY 13409 | |
| 10924 | STOCKER CONCRETE CO, PO BOX 176, GNADENHUTTEN, OH 44629 | |
| 10924 | STOCKER SAND & GRAVEL, PO BOX176, GNADENHUTTEN, OH 44629 | |
| 10924 | STOCKER SAND & GRAVEL, STATE RT 36, GNADENHUTTEN, OH 44629 | |
| 10924 | STOCKER, 8 ROUTE #36, GNADENHUTTEN, OH 44629 | |
| 10925 | STOCKER, DEIRDRE, 17 CHANDLER ROAD, BURLINGTON, MA 01803 | |
| 10925 | STOCKER, JACQUELINE, 2026 BORLAND ROAD, PITTSBURGH, PA 15243 | |
| 10925 | STOCKER, KATHLEEN, 505 LAKEWOOD LN, PEACHTREE CITY, GA 30269 | |
| 10924 | STOCKER, P O BOX 176, GNADENHUTTEN, OH 44629 | |
| 10925 | STOCKETT, ALAN, 11 TIMOTHY DR, MERTZTOWN, PA 19539 | |
| 10925 | STOCKHAUSEN, ANNE C, 129 COW NECK RD, PORT WASHINGTON, NY 11050-1143 | |
| 10925 | STOCKHAUSEN, THOMAS, 129 COW NECK ROAD, PORT WASHINGTON, NY 11050 | |
| 10925 | STOCKHOLDER SYSTEMS INC, 4411 EAST JONES BRIDGE RD, NORCROSS, GA 30092-1615 | |
| 10925 | STOCKING, PATRICIA, 6475 VIEW POINT CT., MARTINEZ, CA 94553 | |
| 10925 | STOCKLER, JOSEPH, 129 CONESTOGA DRIVE, SINKING SPRNG, PA 19608 | |
| 10925 | STOCKLEY, H, 405 THORNHILL DR, SPARTANBURG, SC 29301 | |
| 10925 | STOCKMAN OIL, 1138 REYNOLDS AVE, GREENWOOD, SC 29649 | |
| 10925 | STOCKMAN, SUSAN, 20 MANSFIELD ST., FRAMINGHAM, MA 01701 | |
| 10925 | STOCKMAN-BAER, HELENE, 5 KILGLASS COURT, APT. 303, TIMONIUM, MD 21093 | |
| 10925 | STOCKSDALE, TIMOTHY, HAMILTON HALL,HARVARD BUS SCHOOL, C-42, BOSTON, MA 02163 | |
| 10925 | STOCKTON PIPE & SUPPLY, 3811 WILCOX RD., STOCKTON, CA 95215 | |
| 10925 | STOCKTON ST AMOCO, HITESH PATEL, 643 STOCKTON ST, JACKSONVILLE, FL 32204-3046 | |
| 10925 | STOCKTON, DARRYL, 277 PENSON ROAD, HONEA PATH, SC 29654 | |
| 10925 | STOCKTON, JAMES, ROUTE 1, BIGELOW, AR 72016 | |
| 10925 | STOCKTON, JOYCE, ROUTE 1 BOX 198AA, GRAY COURT, SC 29645 | |
| 10925 | STOCKTON, RUBY, RT 2 BOX 479, COMMERCE, GA 30529 | |
| 10925 | STOCKWELL, KYE, 18019 DIXIE HWY, 3A, HOMEWOOD, IL 60430 | |
| 10925 | STODDARD SILENCERS, 10823 MONTGOMERY RD., CINCINNATI, OH 45242 | |
| 10925 | STODDARD SILENCERS, INC, 1017 PROGRESS DR., GRAYSLAKE, IL 60030 | |
| 10925 | STODDARD, AARON, 101 PINE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | STODDARD, ANDREI, 73 BROADMOOR TRAIL, FAIRPORT, NY 14450 | |
| 10925 | STODDARD, JOHN, 138 MONK RD., OAKDALE, LA 71463 | |
| 10925 | STODDARD, JOHN, 1717 HOMEWOOD BLVD APT 430, DELRAY BEACH, FL 33445-9998 | |
| 10925 | STODDARD, R, 819 PURDUE ST, RALEIGH, NC 27609 | |
| 10925 | STODDARD, ROSALIND, 427 FAIRVIEW ST #20, FOUNTAIN INN, SC 29644 | |
| 10925 | STODDARD, WAYNE, 579 JUNIPER ROAD, LAKEVILLE, MA 02347 | |
| 10925 | STODGHILL, KELLY, 5584 HWY 162, COVINGTON, GA 30209 | |
| 10925 | STOECKMANN, A, 805 CAPITAL HEIGHTS, ST PAUL, MN 55103 | |
| 10925 | STOELKER EQUIPMENT CO. INC., POBOX 10002, BIRMINGHAM, AL 35202-0002 | |
| 10925 | STOERNER, ALLISON, 4606 35TH, LUBBOCK, TX 79414 | |
| 10925 | STOFFAL INC, 1468 ELMWOOD AVE, CRANSTON, RI 02910 | |
| 10925 | STOFFEL SEALS CORP. #W49984, DEPT AT 49984, ATLANTA, GA 31192-9984 | |
| 10925 | STOFFEL SEALS CORP., PO BOX 825, NYACK, NY 10960 | |
| 10924 | STOFFEL SEALS CORPORATION, 1 STOFFEL DRIVE, TALLAPOOSA, GA 30176 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    STOFFEL SEALS, 1 STOFFEL DRIVE, TALLAPOOSA, GA 30176

10925    STOFFEL, JAMES, 4465 BOCA WAY, 150, RENO, NV 89502

10925    STOFFEL, LORNA G, CUST FOR DENA SUZANNE STOFFEL, UNIF GIFT MIN ACT CA, 8221 ECON CT, FAIR OAKS, CA 95628-2703

10925    STOFFEL, LORNA G, CUST FOR KEVIN MATTHEW STOFFEL, UNIF GIFT MIN ACT CA, 8221 ECON CT, FAIR OAKS, CA 95628-2703

10925    STOFFLE, DAVID, 1153 ASPEN AVE., CRAIG, CO 81625

10925    STOIA, MICHAEL, 9 LAURETTA DRIVE, E BRUNSWICK, NJ 08816

10925    STOKACH, BESSIE, 441 S MAPLE, MESA, AZ 85206

10925    STOKELY USA, LEGAL DEPT, 1055 CORPORATE DR PO BOX 248, OCONOMOWOC, WI 53066-0148

10925    STOKELY, STEPHEN, 1021 ELDEN ST, HERNDON, VA 22070

10925    STOKER, RANDALL, 4026 N. OVERLOOK BLVD, PORTLAND, OR 97227

10925    STOKES EQUIPMENT CO., 1001 HORSHAM RD., HORSHAM, PA 19044

10925    STOKES FARNHAM HARDWARE, 21 SOUTH MAIN ST, TRAVELERS REST, SC 29690

10925    STOKES, AGNES, 224 S. MICHIGAN, BRADLEY, IL 60915

10925    STOKES, B, 39 AERONCA ROAD, BLETON, SC 29627

10925    STOKES, BILLY, 39 AERONCA RD, BELTON, SC 29627

10925    STOKES, CHANTEL, 2251 SHERMAN AVE NW #807W, WASHINGTON, DC 20001

10925    STOKES, CHARMANE, 6038 OLD FREDERICK, CATONSVILLE MD, MD 21228

10925    STOKES, CORRIE, 118 CLEARVIEW AVE, GREENVILLE, SC 29605

10925    STOKES, DAVID L, 1545 FOX HOLLOW TRL, KNOXVILLE, TN 37923-6847

10925    STOKES, DENNIS, 220 DANA DRIVE, BELTON, SC 29627

10925    STOKES, DON, 1226 EAST GEORGIA RD, SIMPSONVILLE, SC 29681

10925    STOKES, EARLINE, 1226 EAST GEORGIA RD, SIMPSONVILLE, SC 29681

10925    STOKES, ERIC, PO BOX 264, GRAY COURT, SC 29645

10925    STOKES, FLAVIA, 5213 N. RICHMOND, KANSAS CITY, MO 64119

10925    STOKES, GARY M, 7500 GRACE DR., COLUMBIA, MD 21044-4098

10925    STOKES, GARY, PO BOX 142, MARYLAND LINE, MD 21105

10925    STOKES, GREGORY, 1 FARMING CREEK DRIVE, SIMPSONVILLE, SC 29680

10925    STOKES, JAMES, 2709 ARLEX DRIVE WEST, JACKSONVILLE, FL 32211

10925    STOKES, JERRY, 5505 RUSSO RD., BARTOW, FL 33830

10925    STOKES, JOE, 106 BRAMLETT RD, GREER, SC 29651

10925    STOKES, JULIA, 1 FARMING CREEK DRIVE, SIMPSONVILLE, SC 29681

10925    STOKES, KATHERINE, 2418 MT AUBURN AVE, AUGUSTA, GA 30904

10925    STOKES, LISA, 11941 RIDERS LN, RESTON, VA 22091

10925    STOKES, M, BOX 234, PLAINFIELD, IA 50666

10925    STOKES, MARION, 7239 MT PINEY RD NE, ST PETERSBURG, FL 33702

10925    STOKES, MATTHEW, 39 AERONCA RD, BELTON, SC 29627

10925    STOKES, PATRICIA, 7699F NANCY ROAD, GLEN BURNIE, MD 21061

10925    STOKES, ROBBIE, 145 CHRISTOPHER ST, DUNCAN, SC 29334

10925    STOKES, ROBERT, ISLE OF PINES ROAD, WATERLOO,, SC 29384

10925    STOKES, ROY, 205 CEDAR DRIVE, PIEDMONT, SC 29673

10925    STOKES, ROY, PO BOX 183, CROSS HILL, SC 29332-0183

10925    STOKES, S, 45 TUCKER MILL RD, NEW BOSTON, NH 03070

10925    STOKES, SELMA, 703 ORANGE ST, MONROE, LA 71202

10925    STOKES, TERRY, PO BOX 515, LYMAN, SC 29365

10925    STOKES, TORESSO, 200 MOSS LANE, WASHINGTON, NC 27889

10924    STOKLEY ATHLETIC CENTER, UNIVERSITY OF TENNESSEE, KNOXVILLE, TN 37900

10925    STOKLEY, EDDIE, 123 DOGWOOD FOREST, CONROE, TX 77385

10925    STOKLEY, TIMOTHY, 123 DOGWOOD FOREST, CONROE, TX 77385

10925    STOLARUK, CARLENE, 40833 CRABTREE LN, PLYMOUTH, MI 48170

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   STOLER INDUSTRIES, 2220 S. HAMILTON EXT., DALTON, GA 30720

10925   STOLER, MARK, 133 PEACHTREE DRIVE, ORANGEATON, CT 06477

10925   STOLFI, BARBARA, 1360 N STRRET, ELMONT, NY 11003

10925   STOLL, GRANT, 4933 GORHAM, SYLVANIA, OH 43560

10925   STOLL, JEFFERY, 4001 PELHAM ROAD, 8, GREER, SC 29650

10925   STOLL, ROBERT, 14045 TOURMALINE, RENO, NV 89511-9645

10924   STOLLE, ATTN: SUSIE CATHCART, 1501 MICHIGAN STREET, SIDNEY, OH 45365

10925   STOLLER, HELEN, 315 E. DOUGLAS ST., 2, ELKHORN, NE 68022-4424

10925   STOLLEY & ORLEBEKE, 523 WEST WRIGHTWOOD, ELMHURST, IL 60126

10925   STOLOWSKI, GLENN, 8507 SERENE RIDGE, SAN ANTONIO, TX 78239

10925   STOLP, JOHN, 2618 STATE PARK ROAD, GREENVILLE, SC 29609

10925   STOLPE, WILLIAM, 2822 5TH AVE, SAN DIEGO, CA 92103

10925   STOLT, NANCY, 272 NAGLE ST, BOUND BROOK, NJ 08805

10925   STOLTE, BEVERLY, 6400 W 82ND TERR, OVERLAND PARK, KS 66204

10925   STOLTZ, JAMES, 130 1ST AVE. SE #14, DICKINSON, ND 58601

10925   STOLZE, JACQUELINE, RR1 BOX 174, EMERSON, NE 68733

10925   STONE & WEBSTER ENGINEERING CORP., 100 TECHNOLOGY CENTER DR, STROUGHTON, MA 02072-4710

10924   STONE & WEBSTER ENGINEERING, PO BOX 2325, BOSTON, MA 02107

10925   STONE & WEBSTER INCORPORATED, 100 TECHNOLOGY CENTER, STROUGHTON, MA 02072-4710

10925   STONE & WEBSTER MANAGEMENT, 100 TECHNOLOGY CENTER DR, STROUGHTON, MA 02072-4710

10925   STONE & WEBSTER TECHNOLOGY CORP., 1430 ENCLAVE PKWY, HOUSTON, TX 77077-2023

10924   STONE AGE DESIGNS, 1020 HUFF RD, ATLANTA, GA 30318

10924   STONE BRIAR MALL, 8202 HWY 121 & PRESTON RD., FRISCO, TX 75034

10924   STONE BRIAR MALL, 8202 HWY 121 & PRESTON ROAD, FRISCO, TX 75034

10924   STONE COMMERCIAL SPRAY, 5 KENWOOD COURT, ROCKVILLE CENTRE, NY 11570

10924   STONE COMMERCIAL SPRAY, PO BOX 937, FLORAL PARK, NY 11002

10924   STONE COMMERCIAL SPRAYING CO., INC., CAMBRIDGE, MA 02140

10924   STONE COMMERCIAL, 770 BROADWAY OFF E. 8TH STREET, NEW YORK, NY 10001

10924   STONE COMPANY, 2200 CHIPLEY CIRCLE, SAN ANTONIO, TX 78217

10924   STONE COMPANY, 4924 POPPLETON, OMAHA, NE 68106

10924   STONE COMPANY, 8950-B RESEARCH BLVD., AUSTIN, TX 78758

10924   STONE COMPANY, P.O. BOX 7D, SAN ANTONIO, TX 78217

10924   STONE CONCRETE CO INC, BANKS STREET, ORCHARD PARK, NY 14127

10925   STONE CONSTRUCTION EQUIP INC, POBOX 150, HONEOYE, NY 14471-0150

10925   STONE CONTAINER CORP, 21514 NETWORK PLACE, CHICAGO, IL 60673-1215

10925   STONE CONTAINER CORP, DANIEL FITZGERALD,

10925   STONE CONTAINER CORP, PO BOX 93634,

10925   STONE CONTAINER CORP, POBOX 905338, CHARLOTTE, NC 28290-5338

10925   STONE CONTAINER CORP. BAG DIV., 2929 SUMMER HILL DR., WEST FRIENDSHIP, MD 21794

10925   STONE CONTAINER CORP., 1881 W. NORTH TEMPLE, SALT LAKE CITY, UT 84116

10925   STONE CONTAINER CORP., 2127 REISER AVE.,S.E., NEW PHILADELPHIA, OH 44663

10925   STONE CONTAINER CORP., C/O FIRST NATIONAL BANK OF CHICAGO, /21514, 525 WEST MONROE 8TH FL MAILROOM, CHICAGO, IL 60661

10925   STONE CONTAINER CORP., PO BOX 730707, DALLAS, TX 75373-0707

10925   STONE CONTAINER CORP., PO BOX 905338, CHARLOTTE, NC 28290-5338

10925   STONE CONTAINER CORP., PO BOX 93634, CHICAGO, IL 60673-3634

10925   STONE CONTAINER CORP.-USE 55457, P.O. BOX 730707, DALLAS, TX 75373-0707

10925   STONE CONTAINER CORPORATION, PO BOX 1405, EAST HARWICH, MA 02645

10925   STONE CONTAINER CORPORATION, PO BOX 759, LITHONIA, GA 30058

10925   STONE CONTAINER CORPORATION, PO BOX 905338, CHARLOTTE, NC 28290-5338

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   STONE CONTAINER CORPORATION, PO BOX 93550, CHICAGO, IL 60673-3550

10925   STONE CONTAINER CORPORATION, PO BOX 93634, CHICAGO, IL 60673-3634

10925   STONE CONTAINER, PO BOX 93550, CHICAGO, IL 60673

10924   STONE CRAFTERS, 901 33RD ST NORTH, BIRMINGHAM, AL 35222

10924   STONE CRAFTERS, 901 33RD ST, BIRMINGHAM, AL 35222

10924   STONE CREEK, 3300 DUVAL, AUSTIN, TX 78705

10924   STONE ELEC CONT C/O GRAHAM PACK, MCIVER RD, DARLINGTON, SC 29532

10925   STONE HEAVY DUTY PARTS & SERVICE, POBOX 651444, CHARLOTTE, NC 28265-1444

10925   STONE HEAVY VEHICLE, PO BOX 751161, CHARLOTTE, NC 28275

10924   STONE INDUSTRIAL, 9207 51ST AVENUE, COLLEGE PARK, MD 20740

10925   STONE JR, HAROLD, 1317 ROCK DR, RALEIGH, NC 27610

10925   STONE JR, WILLIAM F, 1233 SAM LIONS TRAIL, MARTINSVILLE, VA 24112-5336

10925   STONE JT TEN, SAMUEL B & SHIRLEY G, 1612 ANTIGUA WAY, NEWPORT BEACH, CA 92660-4344

10924   STONE MOUNTAIN MAN., 3908 SELVITZ RD, FORT PIERCE, FL 34981

10924   STONE MOUNTAIN MANUFACTURING, CAMBRIDGE, MA 02140

10924   STONE MOUNTAIN MFG CO, 445 SOUTH ELM STREET, CALHOUN, GA 30701

10924   STONE MOUNTAIN MFG. OF FLORIDA, INC, 3908 SELVITZ RD., FORT PIERCE, FL 34981

10925   STONE PACKAGING SYSTEM, 21514 NETWORK PLACE, CHICAGO, IL 60673-1215

10925   STONE PIGMAN WALTHER WITTMANN &, 546 CARONDELET ST, NEW ORLEANS, LA 70130-3588

10925   STONE PIGMAN WALTHER WITTMANN, 546 CARONDELET ST, NEW ORLEANS, LA 70130-3588

10925   STONE PRODUCTS CONSULTANTS, 10 CLARK ST ,STE A, ASHLAND, MA 01721-2145

10924   STONE READY MIX LLC, 1596 OLD HWY 26, PERKINSTON, MS 39573

10924   STONE READY MIX LLC, PO BOX244, PERKINSTON, MS 39573

10924   STONE RIDGE SCHOOL, 5100 CEDAR AVENUE, BETHESDA, MD 20892

10924   STONE SOAP COMPANY, 2000 PONTIAC DRIVE, KEEGO HARBOR, MI 48320

10925   STONE SOUP, PO BOX 491, CLARKSVILLE, MD 21029

10925   STONE STAFFING, 200 WHEELER ROAD, BURLINGTON, MA 01803

10925   STONE TRUST CORPORATION, 125 W. 55TH ST, NEW YORK, NY 10019

10924   STONE VAULT CO, P.O. BOX 133, NEWPORT, NH 03773

10924   STONE VAULT CO., CLAREMONT RD., NEWPORT, NH 03773

10924   STONE VAULT CO., P.O. BOX 133, NEWPORT, NH 03773

10924   STONE WAY CONCRETE, R STREET SE & ORAVETZ RD., AUBURN, WA 98071

10924   STONE WORKS, 1510 W. DRAKE DRIVE, TEMPE, AZ 85283

10924   STONE YARD INC, 7455 CAROL ROAD, SAN DIEGO, CA 92121

10924   STONE YARD, INC, 7455 CARROLL ROAD, SAN DIEGO, CA 92121

10925   STONE, ANGIE, 1211 5TH ST NW, ALBUQURQUE, NM 87102

10925   STONE, ARIEL, 128 MATTHEW ST, ROANOKE RAPIDS, NC 27870

10925   STONE, ARTHUR, 6641 JERRELL, NORTH RICHLAND HILLS, TX 76180

10925   STONE, BARRY, 710 HWY 14, SIMPSONVILLE, SC 29681

10925   STONE, BILL, 16906 SW 5TH PL, NEWBERRY, FL 32669

10925   STONE, CHERYL, 8160 WINKLER, PHILPOT, KY 42366

10925   STONE, CYNTHIA, 332 ABBOTT FARM LANE, HUDSON, NH 03051

10925   STONE, DEBRA, 567 GEORGES DR, CHARLESTON, WV 25306

10925   STONE, DEBRA, 5760 JOY, DEXTER, MI 48130

10925   STONE, DELMAR, PO BOX 311 CHURCH ST, 1, GARYSBURG, NC 27831

10925   STONE, DELORES, 115S. 42ND ST, LOUISVILLE, KY 40212

10925   STONE, DELORES, 13215 ST RT 226, BIG PRAIRIE, OH 44611

10925   STONE, DIANNE, 517 RED BUD LANE, DALLAS, TX 75211-4769

10925   STONE, DONALD, 881 PIEDMONT DRIVE SE, WINTER HAVEN, FL 33880

10925   STONE, DOROTHY, 246 WOBURN ST, LEXINGTON, MA 02173

10925   STONE, EDWARD PERRY, 6607 N. 44TH AVE., GLENDALE, AZ 85301

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STONE, ERIC, 619 E OHIO AVE DENVER CO 80209, DENVER, CO 80209

10925   STONE, G, 12 RICHMOND ST #1, BROCKTON, MA 02401

10925   STONE, HOLLY, 10221 WINDOVER DR, VIENNA, VA 22181

10925   STONE, III, JAMES, 419 MINNESOTA, MCCOMB, MS 39648

10925   STONE, JAMES, 2912 OLD NEWPORT HWY, SEVIERVILLE, TN 37862

10925   STONE, JON, 6062 NW 30TH WAY, BOCA RATON, FL 33496

10925   STONE, JR, 6801 WOLFLIN, AMARILLO, TX 79106

10925   STONE, JR, JAMES, RT. 4 BOX 100, LIBERTY, MS 39645

10925   STONE, K, 2405 COMANCHE RD, AUGUSTA, GA 30904

10925   STONE, KAREN, 6400 W. HOWARD AVE #101, MILWAUKEE, WI 53220

10925   STONE, KATHERINE, 4605 I HEDGEMOORE DR., CHARLOTTE, NC 28209

10925   STONE, KERRY, 10520 CANYON LAKE DR, SAN DIEGO, CA 92131

10925   STONE, L, 1102 DALLAS ST, PLAINVIEW, TX 79072

10925   STONE, LAURA, 326 SPRING FOREST DR, SIMPSONVILLE, SC 29681

10925   STONE, LINDA, 1764 SOUTH SHORE DRIVE, CRYSTAL LAKE, IL 60014

10925   STONE, MADDELINE F, 1102 DALLAS ST, PLAINVIEW, TX 79072-6156

10925   STONE, MADELINE, 1102 DALLAS ST, PLAINVIEW, TX 79072

10925   STONE, MARK, 510 W. GEORGIA, PHOENIX, AZ 85013

10925   STONE, MARSHA, 2639 WITHINGTON PEAK DRIVE NE, RIO RANCHO, NM 87124

10925   STONE, MAYNARD, 150 ISLANDER CT., LONGWOOD, FL 32750

10925   STONE, MICHELLE, 248 SAM MC GEE RD, ANDERSON, SC 29621

10925   STONE, RANDY, 26106 COTTONWOOD ST., MURRIETA, CA 92563

10925   STONE, RAYMOND, 710 HWY 14, SIMPSONVILLE, SC 29681

10925   STONE, RHONDA, 208 S MAPLE, LEAVENWORTH, IN 47137-2286

10925   STONE, RICHARD, 255 WOODSIDE COURT, SPARTANBURG, SC 29301-9311

10925   STONE, SAMRETTA, 4212 DEVONSHIRE, DETROIT, MI 48224

10925   STONE, STEPHANIE, 11206 PALOMA COURT, LOUISVILLE, KY 40229

10925   STONE, TIMOTHY, 266 GLENWOOD DR E, ZEPHYRHILLS, FL 33544

10925   STONE, WILLIAM, 16906 SW 5TH PLACE, NEWBERRY, FL 32669-9606

10925   STONE, WILLIAM, 241 MARION AVE., WESTVILLE, NJ 08093

10925   STONE, WILLIAM, 4404 COURSON BLVD, LAKELAND, FL 33811-1402

10925   STONE, WILLIAM, 505 WHITESVILLE, LAGRANGE, GA 30240

10925   STONE, WILLIAM, 5117 MEADOW CREST, LA PORTE, TX 77571

10925   STONE, WILLIE, 2731 BEN HILL RD, E POINT, GA 30344

10925   STONE,JR, STEPHEN, 52 EVERGREEN DRIVE, SWANSEA, MA 02777

10925   STONEBACK, CHRIS, 33 S. MAIN ST, QUAKERTOWN, PA 18951

10925   STONEBACK, JOEL, 2771 WASSERGASS RD., HELLERTOWN, PA 18055

10925   STONEBRIDGE CC PROPERTY OWNERS, ., BOCA RATON, FL 33487

10925   STONECIPHER, MARY, 203 FOXWORTH DRIVE, LAFAYETTE, LA 70506

10924   STONECRAFT INC., 33645 UNITED AVE, PUEBLO, CO 81001

10924   STONECRAFT INDUSTRIES INC, 1370 GRAND AVENUE, SAN MARCOS, CA 92069

10924   STONECRAFT INDUSTRIES, 1370 GRAND AVENUE, SAN MARCOS, CA 92069

10924   STONECRAFT INDUSTRIES, 33645 UNITED AVENUE, PUEBLO, CO 81001

10924   STONECRAFT INDUSTRIES, INC., 1370 GRAND AVENUE, SAN MARCOS, CA 92069

10925   STONEHEDGE INN, 160 PAWTUCKET BLVD, TYNGSBORO, MA 01879

10924   STONEHENGE CONCRETE & GRAVEL, 3172 ABINGTON PIKE, RICHMOND, IN 47374

10924   STONEHENGE CONCRETE, 2267 WEST 125 SOUTH, PORTLAND, IN 47371

10924   STONEHENGE CONCRETE, 3172 ABINGTON PIKE, RICHMOND, IL 47374

10924   STONEHENGE WEST LTD., ATTN:  ACCOUNTS PAYABLE, SELAH, WA 98942

10924   STONEHENGE WEST, LTD., 101 1/2 BUTTERFIELD ROAD, YAKIMA, WA 98901

10925   STONEHILL, STEPHEN, 678 ATLANTIC DRIVE, SATELLITE BEACH, FL 32937

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STONEHOUSE SIGNS INC., 5550 W. 60TH AVE., ARVADA, CO 80002

10925   STONEHOUSE, BARBARA, 504 CASCADE CT, SEWELL, CT 08080

10925   STONEHOUSE, RUSSELL, 186 MAIN ST, LAKEVILLE, MA 02347

10925   STONEKING, CHARLES, 620 3RD ST NE, HARTLEY, IA 51346-9999

10925   STONEKING, SUZETTE, 708 WORTHFIELD CT., INDIANAPOLIS, IN 46227

10925   STONELAKE, JOSEPH, 4607 GLADIATOR CIRCLE, LAKE WORTH, FL 33463

10925   STONEMARK MANAGEMENT, INC, 1600 ISLAND SHORES DRIVE, WEST PALM BEACH, FL 33413

10925   STONER, DOYLE, 1402 W ELK AVE, DUNCAN, OK 73533

10925   STONER, JOHN, 7461 NW 6TH ST, PLANTATION, FL 33317

10925   STONER, MARILYN, 3115 E CLINTON, FRESNO, CA 93703

10925   STONER, WILLIAM, PO BOX 490, SHARPSBURG, MD 21782-0490

10925   STONES MOBILE LOK-SHOP, 43 BROOKSIDE RD, WESTFORD, MA 01886

10924   STONEWAY CONCRETE, 17024 WEST VALLEY HIGHWAY, TUKWILA, WA 98188

10924   STONEWAY CONCRETE, 1915 MAPLE VALLEY HIGHWAY, RENTON, WA 98057

10925   STONEWAY CONCRETE, 1915 MAPLE VALLEY HWY, RENTON, WA 98055

10924   STONEWAY CONCRETE, 3803 EAST MARGINAL WAY SOUTH, SEATTLE, WA 98108

10924   STONEWAY CONCRETE, 9125 10TH AVE S., SEATTLE, WA 98108

10924   STONEWAY CONCRETE, 9125 10TH AVENUE SOUTH, SEATTLE, WA 98108

10924   STONEWAY CONCRETE/CEDAR SHORES, 21010 CEDAR GROVE ROAD SOUTH EAST, MAPLE VALLEY, WA 98038

10924   STONEWAY CONSTRUCTION SUPPLY, 1915 MAPLE VALLEY HIGHWAY, RENTON, WA 98055

10924   STONEWAY CONSTRUCTION SUPPLY, 9125 10TH AVENUE SOUTH, SEATTLE, WA 98108

10924   STONEWAY ELECTRIC SY, N 402 PERRY STREET, SPOKANE, WA 99202-0037

10925   STONEWAY, 9125 10TH AVE SOUTH, SEATTLE, WA 98108

10924   STONEWEAR, 2900 LOCKHEED AVE., CARSON CITY, NV 89701

10924   STONEWEAR, 2900 LOCKHEED WAY, CARSON CITY, NV 89701

10924   STONEX CAST PRODUCTS CO, PO BOX160, FARMINGDALE, NJ 07727

10924   STONEX CAST PRODUCTS CO, SQUANKUM YELLOW BROOK ROAD, FARMINGDALE, NJ 07727

10924   STONEY CREEK READY MIX, PARADISE, CA 95969

10924   STONEY POINT HIGH SCHOOL, 1801 BOWMAN DRIVE, ROUND ROCK, TX 78664

10925   STONHARD, 1831 WEST OAK PKWY, MARIETTA, GA 30062

10925   STONHARD, INC, 6400 SHAFER COURT, ROSEMONT, IL 60018

10925   STONITE COIL CORPORATION, ROUTE 156, YARDVILLE, NJ 08620

10925   STOODY DELORO STELLITE, 101 S. HANLEY ROAD, ST LOUIS, MO 63105

10925   STOOS, JODIE, 8988 W NC 10 HWY, VALE, NC 28168

10925   STOP & SHOP CO, THE, GEN COUNSEL, 1776 HERITAGE DR., NORTH QUINCY, MA 02171

10924   STOP & SHOP STORE #540, 71 DUTCHESS PARKWAY,44 PLAZA, POUGHKEEPSIE, NY 12603

10924   STOP & SHOP, 670 BROADWAY, NORTH WHITE PLAINS, NY 10603

10924   STOP AND SHOP, 540 SQUIRE ROAD, REVERE, MA 02151

10924   STOP AND SHOP, PALMER & LIPANARD AVENUE, NEW ROCHELLE, NY 10801

10924   STOP AND SHOP, PICK UP NORWOOD, CENTER @ HOBBS BROOK, STURBRIDGE, MA 01566

10925   STOP, WALLACE, 16803 IMPERIAL VALLEY DRIVE, HOUSTON, TX 77060

10925   STOPFORD, CAROLYN, 6 DODWORTH CT. #304, TIMONIUM, MD 21093

10925   STOPHEL, HAROLD, 267 RIVER RD #1, BANNER ELK, NC 28604

10925   STOPHER, TENTA M, 3612 N E 4TH 4, RENTON, WA 98056-4188

10925   STORA, TRINA, FLUSHING, NY 11355

10925   STORAGE EQUIPMENT SYSTEM, INC, 3 SOUTH 59TH AVE, PHOENIX, AZ 85043

10925   STORAGE MART, 3100 MANHEIN ROAD, FRANKLIN PARK, IL 60131

10925   STORAGE SERVICES INC., 90 FAIRBANKS, ADDISON, IL 60101-3185

10925   STORAGE SYSTEMS OF WISCONSIN INC, N16 W23430 STONE RIDGE DRIVE, WAUKESHA, WI 53188-1137

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 STORAGE TECHNOLOGY CORP, PO BOX 100334, ATLANTA, GA 30384

10925 STORAGE USA - DALLAS/PRESTON RD, 17854 PRESTON RD, DALLAS, TX 75252

10925 STORAGE USA HILLSBOROUGH #283, 6501 HILLSBOROUGH ST, RALEIGH, NC 27606

10925 STORAGE USA INC, 395 UNION AVE, MEMPHIS, TN 38103

10925 STORAY, JOHNNY, 927 DUNKLIN BR RD, FOUNTAIN INN, SC 29644

10925 STORAY, PATRICIA, 927 DUNKLIN BRIDGE ROAD, FOUNTAIN INN, SC 29644

10925 STOREFRONT DOOR SERVICE INC, 42329 OSGOOD RD SUITE D, FREMONT, CA 94539-5061

10925 STOR-ETTE BUSINESS PARK, 5805 N. 50TH ST, TAMPA, FL 33610

10925 STOREY JR, JIMMY, 513 HAMILTON ST, ROANOKE RAPIDS, NC 27870

10925 STOREY, DEBORAH, 10051 D J L DRIVE, JONES, OK 73049

10925 STOREY, ELIZABETH, 10440 SCHOOLMSTR PL, COLUMBIA, MD 21044

10925 STOREY, GORDON, 1906 46TH ST., LUBBOCK, TX 79412-2214

10925 STOREY, JIMMY, 414 FRANKLIN ST., ROANOKE RAPIDS, NC 27870

10925 STOREY, LAURA, 500 GUNNTOWN RD, APT D3, BELLEFOUNTAINE, OH 43311

10925 STOREY, WILMA, PO BOX 70, PAINTSVILLE, KY 41240

10924 STORM EYE INSTITUTE, C/O ACOUSTICS, INC., 171 ASHLEY AVE., CHARLESTON, SC 29425

10925 STORM JR, GUY, 19 POST OFFICE AVE APT 204, LAUREL, MD 20707

10924 STORM VAN BENTEM & KLUYVER B.V., 1531 MS WORMER, P.O. BOX 45, 1520 AA WORMERVEER, **\*VIA Deutsche Post\***
THE NETHERLANDS, 0000 NLNLD

10925 STORM, BARBARAJEAN R, 52 SOUTH AVE, GETTYSBURG, PA 17325-8027

10925 STORM, KATHY, 4178 ELIZABETH PK CT, CONLEY, GA 30027

10924 STORM, VAN BENTEM & KLUYVER B.V., DE BIESTRAAT 24, ALKMAAR, 1827 PANLD **\*VIA Deutsche Post\***

10924 STORMEDIA INC., 309 MATHEW STREET, SANTA CLARA, CA 95050

10924 STORMEDIA INC., 390 REED STREET, SANTA CLARA, CA 95050

10924 STORMEDIA INTERNATIONAL LTD., 9 TUAS AREA 5, SINGAPORE, 06393SGP **\*VIA Deutsche Post\***

10925 STOR-N-LOCK, 12904 DIVISION ST., LITTLETON, CO 80125

10925 STORSLEE LAW FIRM, PC, 1802 ALLISON DR, BISMARCK, ND 58501

10925 STORTZ, CHRISTINE, 455 WELLINGTON, CHICAGO, IL 60657

10925 STORY, CHARLES, 13747 CAREFREE DRIVE, MONTROSE, CO 81401-9316

10925 STORY, DONNIE, PO BOX 582, LITHIA, FL 33547

10925 STORY, LAWRENCE, 118 WILLOW ST, ACTON, MA 01720-2730

10925 STORY, TINA, 259 HARDWOOD RD, PELZER, SC 29669

10925 STOTLER, LYNN, 2234 CHAPPARAL DRIVE, PITTSBURGH, PA 15239

10925 STOTT, ALLEN, 13709 BARBERRY WAY, SYKESVILLE, MD 21784

10925 STOTT, ELAINE, 90 PITCAIRN ST, REVERE, MA 02151

10925 STOTTLE, PATRICIA J., 2298 LOWER ROSWELL, MARIETTA, GA 30068

10925 STOTTS, HELEN, 440 AVE C, HEREFORD, TX 79045

10925 STOUFFER INDUSTRIES INC, 1801 COMMERCE DRIVE, SOUTH BEND, IN 46628

10925 STOUFFER RENAISSANCE BEDFORD, 44 MIDDLESEX TURNPIKE, BEDFORD, MA 01730

10925 STOUFFER, SHERRIE, 175 13TH N.W, NAPLES, FL 33964

10925 STOUFFER, SUSAN, 13105 MIDDLE RIDGE, RICHMOND, VA 23233

10925 STOUGHTON TOWN SPA INC, ATT KATHY MACEACHERN, STOUGHTON, MA 02072

10925 STOUGHTON TOWN SPA, 1119 WASHINGTON ST, STOUGHTON, MA 02072

10925 STOUGHTON TRAILERS INC, ROBERT FLEISCHACKER, 416 S ACADEMY ST, STOUGHTON, WI 53589-2684

10925 STOUT III, JAMES, 1996 RIVER ROAD, OWENSBORO, KY 42301

10925 STOUT, BRIAN, 5306 HONEY MANOR DR, INDIANAPOLIS, IN 46241

10925 STOUT, CAUSEY & HORNING, PA, 11311 MCCORMICK ROAD, HUNT VALLEY, MD 21031

10925 STOUT, DEANNA, BOX 581, IOWA PARK, TX 76367

10925 STOUT, EARL, PO BOX 614, MEEKER, CO 81641

10925 STOUT, ELLEN, 3516 MERRITT RD, SACHSE, TX 75048

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | STOUT, EMIL, 6309 N W 34TH ST, BETHANY, OK 73008 | |
| 10925 | STOUT, ESTHER, 6309 N W 34TH, BETHANY, OK 73008-4169 | |
| 10925 | STOUT, HARRY, 820 VIRGINIA ST, 209, DUNEDIN, FL 34698 | |
| 10925 | STOUT, JEFFREY, 621 INGLEWOOD DRIVE N., BRAINERD, MN 56401-7978 | |
| 10925 | STOUT, JIM, 14438 W ELLSWORTH PL, GOLDEN, CO 80401 | |
| 10925 | STOUT, JOANN, 2615 CANTERBURY ROAD, MUSCATINE, IA 52761 | |
| 10925 | STOUT, JOSEPH, 4610 GARVOK COURT, INDIANAPOLIS, IN 46237 | |
| 10925 | STOUT, JULIE, 4355 MERRITT BLVD., LA MESA, CA 91941 | |
| 10925 | STOUT, PAMELA, PO BOX 624, BRODHEADSVILLE, PA 18322 | |
| 10925 | STOUT, PATRICIA, 30 S BRIDGE ST, SOMERVILLE, NJ 08876 | |
| 10925 | STOVALL, CARLA, 120 SW 10TH AVE, 2ND FL, TOPEKA, KS 66612-1597 | |
| 10925 | STOVALL, DAVID, 5810 FOGLEMAN RD., KEMP, TX 75143 | |
| 10925 | STOVALL, GINGER, ROUTE 5, BOX 125, PHILADELPHIA, MS 39350 | |
| 10925 | STOVALL, THEODORE, 525 DAY ROAD, SOMERVILLE, TN 38068 | |
| 10925 | STOVALL, WALTER, 410 FAIRVIEW DRIVE, GREENVILLE, SC 29609 | |
| 10925 | STOVEKEN, BEVERLEY, 3569 US RT 22 EAST #9, SOMERVILLE, NJ 08876 | |
| 10925 | STOVER MECHANICAL, INC, PO BOX 16422, GREENVILLE, SC 29606 | |
| 10925 | STOVER, CARLOSS, 5875 NICHOLSON DR., HUDSON, OH 44236-3783 | |
| 10925 | STOVER, JACK, 35 COLUMBUS ST, MANCHESTER, NH 03102 | |
| 10925 | STOVER, JACK, 377 LOWELL ST, MANCHESTER, NH 03104 | |
| 10925 | STOVER, JOSEPH, 3534 SMITHFIELD ROD #1208, JACKSONVILLE, FL 32217 | |
| 10925 | STOVER, KEN, 7318 SKYLARK LANE, OKLAHOMA CITY, OK 73132 | |
| 10925 | STOVER, LOU, 2571 HARRISON, ROCHESTER HILLS, MI 48307 | |
| 10925 | STOVER, MERVIN, 1010 PKWY DR, WILLISTON, ND 58801 | |
| 10925 | STOVER, TERRIE, 6165 E. ILIFF #A305, DENVER, CO 80222 | |
| 10925 | STOVER, TRESA, 4040 SYNOTT ROAD, HOUSTON, TX 77082 | |
| 10925 | STOWE, HENRY, 6 HODGENS DR, GREENVILLE, SC 29611 | |
| 10925 | STOWE, JAMES, 983 MATHER ST, GREEN BAY, WI 54303 | |
| 10925 | STOWE, LEWIS, 101 WILDWOOD ST, WINCHESTER, MA 01890 | |
| 10925 | STOWE, STACY, 4619 EL CAPITAN, WICHITA FALLS, TX 76310 | |
| 10924 | STOWERS MACHINERY CORP, 6301 RUTLEDGE PIKE, KNOXVILLE, TN 37914 | |
| 10925 | STOWERS RENTAL & SUPPLY CO., 4066 S. ACCESS ROAD, CHATTANOOGA, TN 37406 | |
| 10925 | STOWERS RENTAL & SUPPLY CO., PO BOX 14802, KNOXVILLE, TN 73914 | |
| 10924 | STOWERS RENTAL & SUPPLY, 1132 E. MAIN STREET, CHATTANOOGA, TN 37408 | |
| 10925 | STOWERS RENTAL & SUPPLY, INC, 2020 S. KELLY ST., CHATTANOOGA, TN 37404 | |
| 10925 | STOWERS RENTAL & SUPPLY, INC, PO BOX 51028, KNOXVILLE, TN 37950-1028 | |
| 10924 | STOWERS, 51ST AND TREST, KANSAS CITY, MO 64118 | |
| 10925 | STOWMAN, WAYNE, 115 MIFFLIN ST, PHILADELPHIA, PA 19148 | |
| 10925 | STOY, AMY, 1995 HEATHCLIFF DR., COLUMBUS, OH 43209 | |
| 10924 | STP NUCLEAR OPERATING CO., PO B0X 270, MAIL STOP N5012, WADSWORTH, TX 77483 | |
| 10924 | STP NUCLEAR OPERATING CO., PO BOX 270, WADSWORTH, TX 77483 | |
| 10924 | STP NUCLEAR OPERATING CO., SOUTH TEXAS PROJECT EGS, 8 MI. W OF WADSWORTH ON FM521, WADSWORTH, TX 77483 | |
| 10925 | STP, UNIT 10, 1225 EAST KEITH ROAD, NORTH VANCOUVER, BC V7J 1J3CANADA | *VIA Deutsche Post* |
| 10925 | STR INC, PO BOX 890160, CHARLOTTE, NC 28289-0160 | |
| 10925 | STRACHAN SHIPPING CO, POBOX 924307, HOUSTON, TX 77272-4307 | |
| 10925 | STRACHAN, DOUGLAS, 361A PERTH ROAD, DUNDEE, UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | STRACHAN, GEORGE, 1495 NW 51 TERR, MIAMI, FL 33142 | |
| 10925 | STRACKBEIN, BETTY, 711 WEST 65TH ST, ODESSA, TX 79764 | |
| 10925 | STRACNER, RICHARD, 5437 SUNRISE DR, BIRMINGHAM, AL 35242 | |
| 10925 | STRADER, KATHRYN, 4844 SPRINGVILLE RD, WOOSTER, OH 44691 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 STRAH, MARK, 10006 NUGGET CREEK, CONVERSE, TX 78109

10925 STRAHAN, ALFRED, 1585 PIERCE LANE, HACKBERRY, LA 70645

10925 STRAHAN, JAMES, 4137 AMES BLVD #4, MARRERO, LA 70072

10925 STRAHAN, KENNETH, 7532 STONECREST C.R. 669, ALVIN, TX 77511

10925 STRAHAN, ORIN L, 1506 ANITA ST., SULPHUR, LA 70663

10925 STRAHAN, ORIN, 1506 ANITA ST, SULPHUR, LA 70663

10925 STRAHAN, RONALD, PO BOX 1144, ALVIN, TX 77512

10925 STRAHAN, ROSALIE, 7532 STONECREST, ALVIN, TX 77511

10925 STRAHL & PITSCH, PO BOX 1098, WEST BABYLON, NY 11704

10925 STRAHL, SHARON, 8576 FARRALONE AVE, WEST HILLS, CA 91304

10925 STRAHMAN VALVES INC, 3 VREELAND ROAD, FLORHAM PARK, NJ 07932-1590

10925 STRAHMAN VALVES, INC, 3 VREELAND RD., FLORHAM PARK, NJ 07932-1590

10925 STRAIGHT LINE FILTERS INC., POBOX 1911, WILMINGTON, DE 19899

10925 STRAIGHT LINE FILTERS, INC, CHRISTINA AVE., WILMINGTON, DE 19899

10925 STRAIGHT LINE FILTERS, INC, PO BOX 1911, WILMINGTON, DE 19899

10925 STRAIN, BARBARA LEE, 2145 NISKAYUNA DR, SCHENECTADY, NY 12309-4125

10925 STRAIN, JODY, 3104 JEANNIE COMMON, SANTA ANA, CA 92703

10925 STRAKA, RICHARD, 35 LEXINGTON ST, BURLINGTON, MA 01803

10925 STRAKER, WILLIAM, 2 OLD COLONY RD BOX 1412, HARWICH, MA 02645

10925 STRAKUS, THOMAS, 81 CHARLES ST APT. 3, BOSTON, MA 02114

10925 STRANCO WATER QUALITY CONTROL, PO BOX 389, BRADLEY, IL 60915

10925 STRANCO, 3000 KINGMAN ST., STE. 207, METAIRIE, LA 70006

10925 STRANCO, 4343 SHALLOWFORD ROAD, MARIETTA, GA 30062

10925 STRANCO, DEPT 77-5050, CHICAGO, IL 60678-5050

10924 STRAND HUNT CONSTRUCTION, 12015  115TH AVE NE BLDG E #220, KIRKLAND, WA 98034-6925

10924 STRAND HUNT CONSTRUCTION, 12015 115TH AVE. N.E.,  SUITE 220, KIRKLAND, WA 98034

10924 STRAND HUNT CONSTRUCTION, 12015 115TH AVE. N.E.,  SUITE 220, KIRKLAND, WA 98034

10924 STRAND HUNT/SPAN ALASKA CONSOLID., 8130 S. 216TH ST., KENT, WA 98032

10924 STRAND II OFFICE BUILDING, 165 E. MAIN STREET, LEXINGTON, KY 40502

10924 STRAND MEDICAL CENTER, 5050 HWY 17 BYPASS, MYRTLE BEACH, SC 29579

10925 STRAND, BETTY, 1332 PAR TRAIL, NEKOOSA, WI 54457

10925 STRAND, BETTY, 4581 WINDSOR ROAD, WINDSOR, WI 53598

10925 STRAND, CORINNE, 6015-C LAKE TREE LANE, TEMPLE TERRACE, FL 33617

10925 STRAND, GLENN, 515 E MINNEHAHA PRKY, MINNEAPOLIS, MN 55419

10925 STRAND, KENNETH, 172 NURMI DRIVE, FORT LAUDERDALE, FL 33301

10925 STRANDBERG, JOHN, 502 WESER AVE, STATEN ISLAND, NY 10304

10925 STRANDBERG, STACEY, N 77 WEST 27975 GARNET COURT, HARTLAND, WI 53029

10925 STRANDER, LOUISE M, PO BOX 88636, TUKWILA, WA 98138-2636

10925 STRANG, LENORA, 143 DUNSMUIR WAY, MENLO PARK, CA 94025-1704

10925 STRANGALLAN G, 900 UNIVERSITY ST APT 8A, SEATTLE, WA 98101-2729

10925 STRANGE, DANIEL, RT. 1 BOX 585, LAURENS, SC 29360

10925 STRANGE, E., 309 AMHURST AVE, CHATTANOOGA, TN 37411

10925 STRANGE, GOEBEL, 14 CLIFFVIEW AVE, NEWPORT, KY 41071

10925 STRANGE, JEANNE, PO BOX 6837, KATY, TX 77491

10925 STRANGE, JOHN, 3509 CAPE DRIVE, WHITE PINE, TN 37890

10925 STRANGE, LISA, 1178 OLD A.J. HWY, TALBOT, TN 37877

10925 STRANGE, MARY, 119 FIR BOX 1452, HEREFORD, TX 79045-1452

10925 STRANGE, PHILLIP, 14 CLIFFVIEW AVE, NEWPORT, KY 41071

10925 STRANGE, RANDALL S, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 STRANGE, RANDALL, 333 SE BONTONA AVE, FORT LAUDERDALE, FL 33301

10925 STRANGE, STEVE, RT. 1 BOX 28, TOOMSBORO, GA 31090

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STRANGLEN, SANDRA, 12512 DEERWOOD DR, OKLAHOMA CITY, OK 73142

10925   STRANZ, MARC HARRING, 5109 VERBENA ROAD, ACWORTH, GA 30102

10925   STRASBURGER & PRICE LLP TRUST ACCT, 98 SAN JACINTO BLVD, AUSTIN, TX 78701-4081

10925   STRASBURGER & PRICE LLP, 4300 NATIONSBANK PLAZA, 901 MAIN ST, DALLAS, TX 75202

10925   STRASBURGER & PRICE, 901 MAIN ST SUITE 4300, DALLAS, TX 75202

10925   STRASBURGER & PRICE, 901 MAIN ST, DALLAS, TX 75250

10925   STRASBURGER & PRICE, LLP, 901 MAIN ST, DALLAS, TX 75202

10925   STRASBURGER & SIEGEL INC, 7249 NATIONAL DRIVE, HANOVER, MD 21076

10925   STRASBURGER & SIEGEL, PKWY CENTER, 7249 NATIONAL DR., HANOVER, MD 21076

10925   STRASSER HARDWARE, 910 SOUTHWEST BLVD, KANSAS CITY, KS 66103

10925   STRASSER, NANCY, 710 ALEXANDER AVE, DELTONA, FL 32725

10925   STRASSER, RENEE, 1619 WHITEHALL, WHEELING, IL 60090

10924   STRATA BLOCK & MASONRY, NORTH BURLINGTON RD., MINOT, ND 58701

10924   STRATA BLOCK & MASONRY, P.O. BOX 696, MINOT, ND 58701

10924   STRATA BLOCK, 1313 18TH AVE. S.E., JAMESTOWN, ND 58401

10924   STRATA BLOCK, ROUTE 7 BOX 18C, JAMESTOWN, ND 58401

10925   STRATA CORP., PO BOX13500, GRAND FORKS, ND 58208-3500

10925   STRATA CORPORATION, THE, 777 HORNBY ST SUITE 600, VANCOUVER, BC V6Z 1S4CANADA      *VIA Deutsche Post*

10924   STRATA FILM COATINGS, INC, 2610 ROANOKE AVENUE, S.W., ROANOKE, VA 24015

10925   STRATA, 611 S. ORCHARD, BOISE, ID 83705

10925   STRATAFLO PRODUCTS, PO BOX 8009, FORT WAYNE, IN 46898

10925   STRATCOR TECHNICAL SALES, INC, ROBINSON PLAZA III,, PITTSBURGH, PA 15205-1018

10925   STRATEGIC ANALYSIS INC, 1125 BERKSHIRE BLVD - STE 125, WYOMISSING, PA 19610-1232

10925   STRATEGIC BUSINESS COMMUNICATIONS, 226 W 26TH ST 10TH FL, NEW YORK, NY 10001-6700

10925   STRATEGIC INVESTMENT, PO BOX 17464, BALTIMORE, MD 21298-9027

10925   STRATEGIC PARTNERS, INC, 8201 BELLS MILL RD., POTOMAC, MD 20854

10925   STRATEGIC PLACEMENT SERVICES, 300 BEAR HILL ROAD, WALTHAM, MA 02451

10924   STRATEGIC PROCUREMENT SERVICES,INC., CN2520, CALDWELL, NJ 07007

10925   STRATEGIC SOFTWARE TECHNOLOGIES INC, 1414 E. YOUNG, TEMPLE, TX 76501

10925   STRATEGIC SOFTWARE TECHNOLOGIES, IN, 13455 NOEL RD, STE 1500, DALLAS, TX 75240

10925   STRATEGIC SOLUTIONS, 8 BRIDGEWOOD AVE, TAYLORS, SC 29687-4818

10925   STRATEGIC SUPPLY/SAFETY MASTER, PO BOX 201902, HOUSTON, TX 77216

10925   STRATEGIC SUPPLY/SAFETY MASTER, PO BOX 201902, HOUSTON, TX 77216-1902

10925   STRATEGIC TECHNOLOGIES INC, PO BOX 4115, ISELIN, NJ 08830-4115

10924   STRATEGIC WEAPONS FACILITY ATLANTIC, SUPPLY DEPT. BLDG. 2022, KINGS BAY, GA 31547

10924   STRATEGIC WEAPONS FACILITY ATLANTIC, SUPPLY DEPT. BLDG. 2022, KINGS BAY, GA 31547-6600

10924   STRATEGIC WEAPONS FACILITY, ATLANTIC DET, CHARLESTON, SC 29408-5700

10925   STRATEGY & BUSINESS, 49 RICHMONDVILLE AVE., WESTPORT, CT 06880

10925   STRATFLO PRODUCTS, INC, PO BOX 515 4939 DECATUR ROAD, FORT WAYNE, IN 46801

10925   STRATFORD PRESS, 12008 SOUTH CENTRAL AVE, ALSIP, IL 60803

10925   STRATFORD SAFETY PRODUCTS, DEPT. 77-2953, CHICAGO, IL 60678-2953

10924   STRATHMORE PRODUCTS INC., 1970 W FAYETTE ST, SYRACUSE, NY 13204

10924   STRATHMORE PRODUCTS INC., 1970 W FAYETTE ST, SYRACUSE, NY 13204-0151

10924   STRATHMORE PRODUCTS INC., 1970 W.FAYETTE STREET, LIVERPOOL, NY 13088

10924   STRATHMORE PRODUCTS INC., PO BOX 151, SYRACUSE, NY 13204

10924   STRATHMORE PRODUCTS, PLANT #2, LIVERPOOL, NY 13088

10924   STRATHMORE PRODUCTS, PO BOX 151, SYRACUSE, NY 13201-0151

10925   STRATHOPOLOUS, SANDRA, 1700 JACKSON-KELLER, SAN ANTONIO, TX 78213

10925   STRATI, ANTHONY, 1214 N BANCROFT, INDIANAPOLIS, IN 46201

10924   STRATIFORM STRUCTURES INC, 7620 E MCKELLIPS RD, SCOTTSDALE, AZ 85257

10924   STRATIFORM STRUCTURES, INC., 7620 E. MCKELLIPS RD., SUITE 4-30, SCOTTSDALE, AZ 85257

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   STRATIFORM/ARIZONA STATE UNIVERSITY, C/O STRATIFORM STRUCTURES, TEMPE, AZ 85280

10924   STRATIFORM/BARNETT DELANEY EYE CNTR, SCOTTSDALE, AZ 85250

10925   STRATMAN, NORBERT, RT. 3 13084 RD 31, STERLING, CO 80751

10925   STRATMAN, TARA, 1222 S 55TH ST, OMAHA, NE 68144

10925   STRATO GRAFIX, 62 MIDDLESEX TURNPIKE, BURLINGTON, MA 01803

10924   STRATOSHERE, LAS VEGAS, NV 89101

10924   STRATTIFORM STRUCTURES, FLAGSTAFF TARGET, FLAGSTAFF, AZ 86001

10925   STRATTON, BOYD, 57 SHORELAND DRIVE, BELFAST, ME 04915-6058

10925   STRATTON, MARGO, 854 20TH ST, NE, WASHINGTON, DC 20002

10925   STRATTON, NORMA, 4722 JEFFERSON, DEER PARK, TX 77536

10925   STRATTON, ROBERT, 854 20TH ST, NE, WASHINGTON, DC 20002

10925   STRATTON, ROBERT, REBARN BOX 13, HRTLND 4 CORNER, VT 05049

10925   STRATTON, SUSAN, PO BOX 632, W. VAN LEAR, KY 41268

10925   STRAUB, CHARLES, 1227 EDWARDS RD, WOODRUFF, SC 29388

10925   STRAUB, DONALD, 93 GENESSE LANE, WILLINGBORO, NJ 08046

10925   STRAUB, HERBERT, 104 COLLEGE RD., MIDLAND PARK, NJ 07432

10925   STRAUB, LINDA, 2410A GRIFFIN AVE, NEW BERN, NC 28560

10925   STRAUB, LYNN, 1227 EDWARDS ROAD, WOODRUFF, SC 29388

10924   STRAUBEL STONE, 1500 EAST CHESNUT, SANTA ANA, CA 92701

10925   STRAUCH, PATRICK, 10205 LOA ARBOLES NE, ALBUQUERQUE, NM 87112

10925   STRAUSE, LARRY, 207 S. MADISON ST, MONTICELLO, WI 53570

10925   STRAUSS JT TEN, AUSTIN H & LINDA P, 1289 REVERE RD, YARDLEY, PA 19067-4348

10925   STRAUSS, BRUCE, 2409 GMEINER RD, APPLETON, WI 54915

10925   STRAUSS, JONATHAN, 38 WESTVIEW ST, WEST GROTON, MA 01472

10925   STRAUSS, KURT, PO BOX 395, ELGIN, SC 29045

10925   STRAUSS, MARGO, HARBIN HALL GEORGETOWN UNIVERSITY, WASHINGTON, DC 20057

10925   STRAUSS, MARK G, 110 EAST 55 ST, 12TH FL, NEW YORK, NY 10022

10925   STRAUSS, MICHAEL, 4 FOX HILL DR. WEST, WARREN, NJ 07059

10925   STRAUSS, MICHELLE, 59B TROY DR, SPRINGFIELD, NJ 07081

10925   STRAUSS, ROBERT, 634 SILVER ST, ROLLINSFORD, NH 03869

10925   STRAUSS, ROBERT, 8603 CYPRESS GARDEN, HOUSTON, TX 77095

10925   STRAUSS, THOMAS, 2050 WARM SPRINGS RD #4422, HENDERSON, NV 89014

10925   STRAUSS, WILLIAM, 335 STONYFIELD DRIVE, SOUTHERN PINES, NC 28387

10925   STRAUSSER, JAMES, PO BOX 636, LEESPORT, PA 19533

10925   STRAVINSKAS, CAROL, 6 DEAN AVE, SALEM, NH 03079

10925   STRAW, JOHN, 437 E GRAND # 4, BOURBONNAIS, IL 60914

10924   STRAWBRIDGES @ NESH. MALL, LANGHORNE, PA 19049

10925   STRAWDER, LINDA, 1106 N 8TH ST, WEST MONROE, LA 71291

10925   STRAWINS, SHARI, 206 CONGRESS ST, EAST MCKEESPORT, PA 15035

10925   STRAWLEY, PHILOMENA M, 7749 SANDSTONE COURT, ELLICOTT CITY, MD 21043

10925   STRAWLEY, PHILOMENA, 7749 SANDSTONE COURT, ELLICOTT CITY, MD 21043

10925   STRAWSER, GEOFFREY, PO BOX 5056, SAN MARCUS, CA 92069

10925   STRAWSZEWSKI, CAROL, 84 S 15TH AVE, MANVILLE, NJ 08835

10925   STRAYER, LEE, 4929 KLEEMILL RD, SYKESVILLE, MD 21784

10925   STRAZDUS, ANN, 465 W. THIRD ST., W WYOMING, PA 18644

10925   STREAM INTL INC, POST OFFICE BOX 3514, BOSTON, MA 02241

10925   STREAMIND, INC, 454 E. HYERDALE DR., GOSHEN, CT 06756

10925   STREAMWOOD PLASTICS STD, PO BOX 427, STREAMWOOD, IL 60107-0427

10925   STREATER, DIJON, 7046 ROUNDTABLE CT 6, SMYRNA, GA 30080

10925   STRECK, DIANE, 1118 AMSTERDAM AVE, MADISON, WI 53716

10925   STREEB, JUSTIN, 8521 SUMMIT RD., PASADENA, MD 21122

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    STREET, ANGELA, 4809 HAWSBURY RD, BALTIMORE, MD 21208

10925    STREET, BETTE, 168 PRICE RD, JONESBOROUGH, TN 37659

10925    STREET, BRANDY, 1220 MADISON AVE #29, MEMPHIS, TN 38104

10925    STREET, CHRISTOPHER, 728 VAUGHN, BURLESON, TX 76028

10925    STREET, DOUGLAS, 5850 A BARI CT, LA MESA, CA 92042

10925    STREET, JOSEPH, PO BOX 198, NICHOLSLE, FL 33863

10925    STREET, JOSEPH, RT 2, BOX 393, KEYSVILLE, FL 33547

10925    STREET, MARY, 3427 N. 53RD ST, MILWAUKEE, WI 53216

10925    STREET, SUSANNAH, 4429 BRADLEY LN, CHEVY CHASE, MD 20815

10925    STREETE, CHANTELLE, 1222 EUCID ST NW, WASHINGTON, DC 20009

10925    STREETE, HANNAH, 3618 MARLBOUGHWAY, COLLEGE PARK, MD 20740

10924    STREETER ASSOCIATES, TECH CENTER, KAHLEY ROAD (BIG FLATS AIRPORT), BIG FLATS, NY 14814

10925    STREETER, JIMMY, 215 CHERRY HILL ROAD, STREET, MD 21154

10925    STREETMAN, JONATHAN, 115 SIR LANCELOT CT, FAYETTEVILLE, GA 30214

10925    STREETMAN, LUCRETIA, 2376 ATHENS HWY #6, B, JEFFERSON, GA 30549-5828

10925    STREHLAU, JOHN, 122 LAKESHORE DRIVE, OLD HICKORY, TN 37138

10925    STREHLE, WILLIAM, 3427 FITLER, PHILADELPHIA, PA 19114

10925    STREHLER, FREDERICK, 105 3/4 N LUCIA, REDONDO BEACH, CA 90277

10925    STREHLOW, ROBERT, N5900 HWY 67, IRON RIDGE, WI 53035

10925    STREIB JR, GEORGE AUGUST, 430 BEHERALD AVE, NEW ALBANY, IN 47150-0000

10924    STREICH LANG, PHOENIX, AZ 85040

10925    STREICH, ROBERT, 4849 NORMANDALE AVE N., STILLWATER, MN 55082

10925    STRELCHENKO, NIKOLAI, 720 COLUMBIA AVE, DE FOREST, WI 53532

10925    STRELOW, MADELINE, 809 E DOUGLAS, ONEILL, NE 68763

10924    STREM CHEMICALS, 7 MULLIKEN WAY, NEWBURYPORT, MA 01950

10924    STREM CHEMICALS, PO BOX 108, NEWBURYPORT, MA 01950

10925    STREMEL, LEONARD, 13187 BEECH ROAD, JOPLIN, MI 64804

10925    STRENK, MARY, 516 SUMMIT ST, ENGLEWOOD CLIFFS, NJ 07632-3034

10925    STRENKOWSKI, ESQ, EDWARD, MARATHON OIL COMPANY, PO BOX 4813, HOUSTON, TX 77210

10925    STRESAU LABORATORY, INC, N8265 MEDLEY RD., SPOONER, WI 54801

10925    STRESAU LABORATORY, INC, N8265 MEDLEY ROAD, SPOONER, WI 54801

10925    STRESAU LABORATORY, INC, PO BOX 189, SPOONER, WI 54801

10924    STRESCON IND., 2600 CONWAY RD., ODENTON, MD 21113

10924    STRESCON IND., 4501 CURTIS AVE, BALTIMORE, MD 21226

10924    STRESCON INDUSTRIES INC, 1014 CROMWELL BRIDGE RD, TOWSON, MD 21286

10924    STRESCON INDUSTRIES INC., 1014 CROMWELL BRIDGE ROAD, TOWSON, MD 21286

10924    STRESCON INDUSTRIES, 1380 S PENNSYLVANIA AVE., MORRISVILLE, PA 19067

10924    STRESSCON CORPORATION, #1 STRUCTURAL PLANT, COLORADO SPRINGS, CO 80916

10924    STRESSCON CORPORATION, #2 ARCHITECTURAL PLANT, COLORADO SPRINGS, CO 80916

10924    STRESSCON CORPORATION, P.O. BOX 15129, COLORADO SPRINGS, CO 80935

10924    STRESSCON CORPORATION, POST OFFICE BOX 15129, COLORADO SPRINGS, CO 80935

10924    STRESSCORE DIV HASS CONC, 1111 S. WEBSTER ST, SOUTH BEND, IN 46624

10924    STRESSCORE DIV HASS CONC, 24445 STATE RD. #23, SOUTH BEND, IN 46614

10924    STRESSCORE DIV HASS CONC, PO BOX 270, SOUTH BEND, IN 46624

10925    STRETANSKI, CHARLES, 401 WHITEHORSE RD EXT, TRAVELER REST, SC 29690

10925    STRETCHTEC INC., 718-A LAWRENCE ST., MARIETTA, GA 30060

10924    STREU CONST COMPANY, 3612 LINCOLN AVENUE, TWO RIVERS, WI 54241

10925    STREU CONSTRUCTION CO., PO BOX 213, TWO RIVERS, WI 54241

10924    STREU CONSTRUCTION COMPANY, 3612 LINCOLN AVE, TWO RIVERS, WI 54241

10925    STREVIG, KAREN, 9198 ROLLING MEADOW RUN, PASADENA, MD 21122

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 STRIBLING, KENNETH, PO BOX 126, CROSS ANCHOR, SC 29331-0126

10924 STRICKLAND BROTHERS REDI-MIX, 705 E. MAIN ST., WETUMPKA, AL 36092

10924 STRICKLAND POOL CO., HWY 80 E., STATESBORO, GA 30458

10924 STRICKLAND POOLS, 2516 CAWANA ROAD, STATESBORO, GA 30458

10924 STRICKLAND POOLS, HWY. 80, STATESBORO, GA 30458

10925 STRICKLAND, CLAUDE, % BRIAN CENTER HEALTH & RET 520 VALLEY ST, STATESVILLE, NC 28677-9802

10925 STRICKLAND, CYNTHIA, 341 CHALFONT DR, ATHENS, GA 30601

10925 STRICKLAND, DOUGLAS, 3722 N NICKLAS, OKLA CITY, OK 73122

10925 STRICKLAND, EDITH, 743 CHARLOTTE ST, ROANOKE RAPIDS, NC 27870

10925 STRICKLAND, EDNA, 9420 LITTLE RIVER DR, MIAMI FL, FL 33147

10925 STRICKLAND, EMILY, 385 LYLE PKWY, BARTOW, FL 33830

10925 STRICKLAND, HAROLD, 550 ICE HOUSE RD ENOREE SC, ENOREE, SC 29335

10925 STRICKLAND, HARRY, 2753 PICKENS HWY, SENECA, SC 29672

10925 STRICKLAND, JENNIFER, PO BOX 382485, CAMBRIDGE, MA 02238

10925 STRICKLAND, JERRY, RT 1 BOX 28B, FOSTER, OK 73039

10925 STRICKLAND, JOE, PO BOX 435, IOWA PARK, TX 76367

10925 STRICKLAND, KATHRYN, PO BOX 159, LAKE CITY, FL 32056

10925 STRICKLAND, KATHY, RT 3 BOX 421, COMMERCE, GA 30529

10925 STRICKLAND, LISA, 9246 ANDEAN CT, JONESBORO, GA 30236

10925 STRICKLAND, TROY, BOX 281 LITTLE RD, BLOUNTSVILLE, AL 35031

10925 STRICKLIN TRUCKING COMPANY, PO BOX 36, ARCADIA, MO 63621

10925 STRICTLY BUSINESS SYSTEMS, INC, 1917 W.GLENDALE AVE, STE 3, PHOENIX, AZ 85021

10925 STRICTLY LASERS, PO BOX 3161, GLENDALE, AZ 85311-3161

10925 STRIEDNIG, JOHN, 739-R ST LOUIS AVE, VALLEY PARK, MO 63088

10925 STRIKE FORCE, ., SAN LEANDRO, CA 94577

10925 STRINE, NANCY, 2318 DEER TRAIL LANE, ASHLAND, OH 44805

10925 STRINGER, ALAN R, 27597 VA FORTUNA, SAN JUAN CAPISTRANO, CA 92675-5313

10925 STRINGER, ALAN, 27597 VIA FORTUNA, SAN JUAN CAPI, CA 92675

10925 STRINGER, ALAN, 311 MINERAL AVE, PO BOX 689, LIBBY, MT 59917

10925 STRINGER, BURTON, 2660 SAN CARLOS, ODESSA, TX 79763

10925 STRINGER, CLARC, 2714 1/2 EAST MAIN ST., HOUMA, LA 70363

10925 STRINGER, FREDERICK, 405 HUNTING HILL CIR, GREER, SC 29651-5040

10925 STRINGER, JR, DAVID, PO BOX 971, PORT ALLEN, LA 70767

10925 STRINGER, JUANITA, 7737 EDGEWOOD AVE, PASADENA, MD 21122

10925 STRINGER, JUANITA, 7737 EDGEWOOD ROAD, PASADENA, MD 21122

10925 STRINGER, KARL, 823 NEW HOPE, KOKOMO RD., FOXWORTH, MS 39483

10925 STRINGER, MARK, 5988 W 75TH ST, LOS ANGELES, CA 90045

10925 STRINGER, VICKI, 3646 JUDITH DR., PEARL, MS 39208-3711

10925 STRINGFELLOW, BOBBY, POST OFFICE BOX 365, MCRAE, AR 72102

10925 STRINGFELLOW, CECIL, RT 1 BOX 97, DUNCAN, OK 73533

10925 STRINGFELLOW, KERRY, 9906 LINDALE ST, BELLFLOWER, CA 90706

10925 STRINGFELLOW, WILLIAM, 143 STEAMBOAT LN, BALLWIN, MO 63011

10925 STRINGFIELD, CHESTER, 199 NW 9TH AVE, #9, MULBERRY, FL 33860

10925 STRINGFIELD, JAMES, HC75 BOX 1219, ANDREWS, TX 79714

10925 STRINGFIELD, PATTI, 1001 ORION WAY, OXNARD, CA 93030

10924 STRIPLING ELEMENTARY SCHOOL, 6155 ATLANTIC BLVD., NORCROSS, GA 30071

10925 STRIPLING, CLIFFORD, 2300 SHADY OAK DR., YULEE, FL 32097

10925 STRIPLING, ETTA, 106 PLACID PLACE, SPARTANBURG, SC 29307

10925 STRIPLING, SAMUEL, 2415 9TH AVE. SW, CEDAR RAPIDS, IA 52404

10925 STRIPLING, SHARON, 221 NE 61ST, OKLA CITY, OK 73105

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  STRIT, ESQ, OBRYAN, BROWN & TONER, 455 S 4TH AVE, LOUISVILLE, KY 40202

10925  STRITCH SCHOOL OF MEDICINE - LOYLA, C/O WILKIN INSULATION, MAYWOOD, IL 60153

10925  STRITTER, GREGORY, 6 WEST WILLIAM ST, LINCOLN PARK, NJ 07035

10925  STRIZIC, MELANIE, 7543 FLAMEWOOD DR., CLARKSVILLE, MD 21029

10925  STRIZVER, STEVE, 11017 WOOD ELVES WAY, COLUMBIA, MD 21044

10925  STRNAD, GRACE, 1205 BELLAIRE, ANDREWS, TX 79714

10924  STROBER BUILDING SUPPLY CENTER, 1414 MILLARD ST, BETHLEHEM, PA 18018

10924  STROBER BUILDING SUPPLY CENTER, 44 S. MAPLE AVE., LEOLA, PA 17540

10924  STROBER BUILDING SUPPLY CENTER, 54 ALBE DR., NEWARK, DE 19702

10924  STROBER BUILDING SUPPLY CENTER, 55 POTTSTOWN PIKE, UWCHLAND, PA 19480

10924  STROBER BUILDING SUPPLY, 1005 C. WEST LEHIGH, BETHLEHEM, PA 18018

10924  STROBER BUILDING SUPPLY, 44 SOUTH MAPLE AVE, LEOLA, PA 17540

10924  STROBER BUILDING SUPPLY, 54 ALBE DRIVE, NEWARK, DE 19702

10924  STROBER BUILDING SUPPLY, 695 WYOMING AVE., KINGSTON, PA 18704

10924  STROBER GENERAL BLDG. SY, PIER 3 FURMAN ST., BROOKLYN, NY 11201

10924  STROBER, 320 PLUM STREET, TRENTON, NJ 08638

10925  STROBRIDGE, JAMES, 60 LOCK ST, NASHUA, NH 03060

10925  STRODEL KINGERY DURREE, 915 1ST NATL. BK. BLDG., PEORIA, IL 61602

10925  STROFF, SYLVESTER, 20 ELIZABETH CT, SECAUCUS, NJ 07094

10925  STROH, TED, 344 RIVER VIEW AVE., CRAIG, CO 81625-3406

10924  STROH-ANDERSON INC, BOX 406, PETERSBURG, IL 62675

10924  STROH-ANDERSON INC, HWY #97 NORTH, PETERSBURG, IL 62675

10925  STROHM, LORI, 2119 ST. RT 314 N., SHELBY, OH 44875

10925  STROHMAN, JASON, 9 OAKHILL ROAD, BRAINTREE, MA 02184

10925  STROHMAN, NILE, 20 TIFFANY LANE, ANDOVER, MA 01810

10925  STROKER, CYRIL, 6639 KNIGHT ARNOLD EXTENTION, #2, MEMPHIS, TN 38115-9998

10925  STROKES BY DON, 9239 OLD HARTFORD ROAD, UTICA, KY 42376

10925  STROM, DOROTHY, 637 COVE RD APT C-1, STAMFORD, CT 06902

10925  STROM, SHANNA, 2260 E UNIVERSITY, AUBURN, AL 36830

10925  STROMGREN, PETER, 33 MONUMENT AVE, OLD BENNINGTON, VT 05201

10925  STROMQUIST & CO., PO BOX 724688, ATLANTA, GA 31139

10925  STROMQUIST & COMPANY INC, POBOX 180219, ATLANTA, GA 30318

10924  STRONG CO., INC., THE, 4505 EMMETT SANDERS ROAD, PINE BLUFF, AR 71611

10925  STRONG ENVIRONMENTAL, 6264 CROOKED CREEK RD STE 11, NORCROSS, GA 30092

10924  STRONG LITE PRODUCTS CORP, 4418 EMMETT SANDERS ROAD, PINE BLUFF, AR 71611

10925  STRONG, ALETHA, 113 STERLING ROAD, HYANNIS, MA 02601

10925  STRONG, DEBRA, 5320 THE PLAZA, CHARLOTTE, NC 28215

10925  STRONG, ELIZABETH, 715 S 18TH ST, WEST MEMPHIS, AR 72301

10925  STRONG, MICHAEL, 5216 NADINE DR, HALTOM CITY, TX 76117

10925  STRONG, RICHARD, 11817 VAIL DRIVE, OKLAHOMA CITY, OK 73162

10925  STRONG, ROBERT, 1931 AVE F, KEARNEY, NE 68847

10925  STRONG, RONALD, 310 AMHERST DRIVE, C, BURBANK, CA 91504

10925  STRONG, STEVEN, 1806 H AVE, DAKOTA CITY, NE 68731

10925  STRONG-LITE PROD, BOX 80298, 4418 EMMITT SANDERS RD, PINE BLUFF, AR 71611

10925  STRONG-LITE PRODUCTS CORP, 444 E SHIPYARD ROAD, SENECA, IL 61360

10924  STRONGLITE PRODUCTS, 4418 EMMETT SANDERS RD, PINE BLUFF, AR 71601-4760

10924  STRONGLITE PRODUCTS, PO BOX 8029, PINE BLUFF, AR 71611

10924  STROOCK & STROOCK & LAVAN, 7 HANOVER SQUARE, NEW YORK, NY 10038-4982

10925  STROOPS, IDA, 2626 DUNCANVILLE RD, DALLAS, TX 75211

10925  STROPOLI, REGINA, 12 AUSTIN AVE, STATEN ISLAND, NY 10305

10925  STROTHER JR, JOHN R, PO BOX 648, MURRAYVILLE, GA 30564-0648

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STROTHER, FLOYD, 10027 WOODY RIDGE RD, CHARLOTTE, NC 28273

10925   STROTHER, LINDA, RT. 1, BOX 177R2, HOMER, LA 71040

10925   STROTHER, WILLIE, ROUTE 2 BOX 323, CHESTER, SC 29706

10925   STROUD, DARREL, 5150 OLD HENDERSON RD, OWENSBORO, KY 42301

10925   STROUD, DAVID, 1345 PINECREST AVE., CHARLOTTE, NC 28205

10925   STROUD, ELIZABETH, 102 GOLDCREST DR, BECKLEY, WV 25801

10925   STROUD, GILBERT, 1713 PLANTATION DRIVE, ALEXANDRIA, LA 71301

10925   STROUD, JAMES, 94 THELMA AVE, SOMERSET, MA 02720

10925   STROUD, JESSE, 65 RIDGE ROAD, LYMAN, SC 29365

10925   STROUD, JOEY, 111 CROWE CIRCLE, ENOREE, SC 29335

10925   STROUD, JOHN, 6748 VICOR RD, DORAVILLE, GA 30360

10925   STROUD, LETICA, 506 N. CHURCH, DAYTON, TX 77535

10925   STROUD, LISA, RT 1 BOX 292A, ALBERTSON, NC 28508

10925   STROUD, M, 11018 N 31ST DRIVE, PHOENIX, AZ 85029

10925   STROUD, PHILLIP C, 4335 ROSWELL DR, MARTINEZ, GA 30907

10925   STROUD, RACHEL G, 9252 SAN JOSE BLVD, JACKSONVILLE, FL 32257

10925   STROUD, ROY, PO BOX 102, QUIMBY, IA 51049-0102

10925   STROUD, ROY, POBOX 102, QUIMBY, IA 51049-0102

10925   STROUD, VIRGINIA, 65 RIDGE ROAD, LYMAN, SC 29365

10925   STROUHAL TIRE OF BRAZORIA INC., PO BOX 450619, HOUSTON, TX 77245-0619

10925   STROUHAL TIRE OF HOUSTON, INC, PO BOX 4563, HOUSTON, TX 77210-4563

10925   STROUHAL TIRE RECAPPING PLANT INC, PO BOX 7, HUNGERFORD, TX 77448

10925   STROUHAL TIRE RECAPPING PLANT, INC, PO BOX 4918-6, HOUSTON, TX 77210-4918

10925   STROUP, ESTHER, 198 GLEN VIEW TERRACE, ABINGDON, MD 21099

10925   STROUP, JERRY, 4553 FORCE RD, SHREVE, OH 44676

10924   STROUPE CONCRETE, 2698 MOUNT HOME CHURCH ROAD, MORGANTON, NC 28655

10924   STROUPE CONCRETE, CAMBRIDGE, MA 99999

10924   STROUPE CONCRETE, RT 4 BOX 75, MORGANTON, NC 28655

10925   STROUPE JR., JAMES, 10425 NEWBERRY PARK LN, CHARLOTTE, NC 28277

10925   STROUPE SECURITY SERVICE, PO BOX 31096, CHARLOTTE, NC 28231

10925   STROUSE, DAWN, 5419 N 6TH ST, PHILADELPHIA, PA 19120

10925   STROUSE, J, 144 S SECOND ST, QUAKERTOWN, PA 18951

10925   STROUSE, MELVIN, 5 KIMBERLY, MONROE, CT 06468

10925   STROUZER, MINNA, 15801 WYANDOTTE ST UNIT 101, VAN NUYS, CA 91406-3181

10925   STROZEWSKI, MABEL, 811 E JUDGE PEREZ DR, CHALMETTE, LA 70043-5353

10925   STROZIER CONSTRUCTION INC., PO BOX 610628, BIRMINGHAM, AL 35261-0628

10925   STROZIER, ROBIN, 1371 SABRINA LANE, MADISON, GA 30650

10925   STRUBEL, TAMSEN, 504 MILLIGAN LANE, W ISLIP, NY 11795

10925   STRUBLE, RAYMOND, 7 DEERWOOD LANE, PALMYRA, VA 22963-2754

10925   STRUCKMANN, BIRGITTE, 5124 FELLOWSHIP ROAD, BASKING RIDGE, NJ 07920

10925   STRUCTURAL APPLICATORS INC., PO BOX 998, CLEAR LAKE, WI 54005

10924   STRUCTURAL APPLICATORS, POST OFFICE BOX 398, CLEAR LAKE, WI 54005

10925   STRUCTURAL ENGINEERS ASSOC, POBOX 3869, SCOTTSDALE, AZ 85271-3869

10925   STRUCTURAL ENGINEERS ASSOCIATION OF, 293 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550

10924   STRUCTURAL MATERIALS INC, 1401 40TH ST N, FARGO, ND 58107

10924   STRUCTURAL MATERIALS INC, P O BOX 2107, FARGO, ND 58107

10924   STRUCTURAL MATERIALS INC, PO BOX 2107, FARGO, ND 58107

10924   STRUCTURAL OF TEXAS INC, 1910 CHALK HILL RD, DALLAS, TX 75212

10924   STRUCTURAL OF TEXAS INC, P O BOX 210579, DALLAS, TX 75211

10924   STRUCTURAL OF TEXAS INC, PO BOX 210579, DALLAS, TX 75211

10924   STRUCTURAL PRECAST PROD. CO. LLC, 1370 STURGIS ROAD, CONWAY, AR 72032

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   STRUCTURAL PRECAST PRODUCTS CO.LLC, PO BOX 1026, CONWAY, AR 72033

10924   STRUCTURAL PRECAST, P O BOX 1026, CONWAY, AR 72032

10924   STRUCTURAL PRECAST, PO BOX 1026, CONWAY, AR 72032

10924   STRUCTURAL PRESERVATION SYS., 2116 MONUMENTAL RD., BALTIMORE, MD 21227

10924   STRUCTURAL PRESERVATION SYSTEMS, 2410 N.W. 16 LANE, SUITE B, POMPANO BEACH, FL 33064

10924   STRUCTURAL PRESERVATION, 39 UTTER AVE., HAWTHORNE, NJ 07506

10924   STRUCTURAL PRESERVATION, SYSTEMS INC, BALTIMORE, MD 21227

10924   STRUCTURAL PRESEVERATION SYS., 2116 MONUMENTAL RD., BALTIMORE, MD 21227

10924   STRUCTURAL PRODUCTS, 515 COX STREET, CORINTH, MS 38834

10924   STRUCTURAL PROTECTION SYSTEM, 4710 S. EASTERN, COMMERCE, CA 90040

10925   STRUDLER, GEORGE, CUST FOR HOWARD SCOTT STRUDLER, UNIF GIFT MIN ACT NY, 321
        SOUTHWOOD CIRCLE, SYOSSET, NY 11791-5715

10925   STRUEBING, KENT, 1704 DOVER DRIVE, WAUNAKEE, WI 53597

10925   STRUECKER, RICHARD, 4976 264TH ST, WYOMING, MN 55092

10925   STRUERS INC, PO BOX 931940, CLEVELAND, OH 44193

10925   STRUERS, PO BOX 73107, CLEVELAND, OH 44193

10925   STRUGALA, LINDA, 4335 CLARKE, TROY, MI 48098

10925   STRUKTOL COMPANY OF AMERICA, 201 E. STEELS CORNER ROAD, STOW, OH 44224-0649

10925   STRUM ENGINEERED PRODUCTS INC, PO BOX 277, BARBOURSVILLE, WV 25504

10925   STRUMPF ZORN, LISA G, 2031 SPRING AVE, OAKFORD PA, PA 19047

10925   STRUNCE, TIFFANY, 10303 GALPIN CT, GREAT FALLS, VA 22066

10925   STRUNK, LLOYD, 3320 EDENBORN AVE. APT. 315-E, METAIRIE, LA 70002

10925   STRUSS JR, RICHARD, 328 GREENWICH AVE, PAULSBORO, NJ 08066

10924   STRUT SERVICE COMPANY, 135 SOUTH WHITFORD AVENUE, EXTON, PA 19341

10925   STRUTHERS DUNN INC, 512 LAMBS ROAD, PITMAN, NJ 08071

10925   STRUTHERS DUNN INCORPORATED, 85 S NUTMEG RD, SOUTH WINDSOR, CT 06074

10925   STRUTHERS INDUSTRIES, INC, 1500 34TH ST, GULFPORT, MS 39502

10925   STRUTHERS WELLS COPRORATION, 1003 PENNSYLVANIA AVE WEST, WARREN, PA 16365

10925   STRUTHERS-DUNN INC., 21 W. 181 HILL AVE., GLEN ELLYN, IL 60137

10925   STRUTZ, ALAN, 237 W. JEFFERSON, NAPERVILLE, IL 60540

10925   STRYJAK, JOSIE, 5217 KIAMESHA, MESQUITE, TX 75150

10925   STRYKER, TAMS & DILL, 33 WASHINGTON ST, NEWARK, NJ 07102

10925   STRZEMPKO, JUDITH C, 506 ALVORD PL, SOUTH HADLEY, MA 01075

10925   STRZEMPKO, STANLEY, 28W PARKVIEW DR, SO HADLEY, MA 01075

10925   STRZYZEWSKI, JOHN, 129 E. WOODBURN DRIVE, TAYLORS, SC 29687

10925   STS CONSULTANTS LTD, 11425 W LAKE PARK DR, MILWAUKEE, WI 53224

10925   STS MOTOR FREIGHT INC., 4219 RICHMOND ST, PHILADELPHIA, PA 19137

10925   STUARD, PAULA, 4933 RULLMAN ROAD, SHADY SIDE, MD 20764

10925   STUART BEITELMAN, 105-15 66 RD, FOREST HILLS, NY 11375-2156

10925   STUART BRANIGIN, 300 MAIN ST, SUITE 800, LAFAYETTE, IN 47902-1010

10924   STUART C. IRBY (ALL PHASE), 2341 NORTH RANGE RD, DOTHAN, AL 36303

10924   STUART C. IRBY (ALL PHASE), 2341 NORTH RANGE RD, DOTHAR, AL 36383

10924   STUART C. IRBY (ALL PHASE), P. O. BOX  23060, JACKSON, MS 36460

10924   STUART C. IRBY (ALL PHASE), P.O. BOX 23060, JACKSON, MS 39225-3060

10924   STUART C. IRBY CO., 413 OLIVE ST., MONROE, LA 71201

10924   STUART C. IRBY CO., P.O. BOX 1693, MONROE, LA 71210-1693

10924   STUART C. IRBY, 100 JENSEN ROAD DP-22-8, MOBILE, AL 36693

10924   STUART C. IRBY, 1000 S. PINE ST., PONCA CITY, OK 74601

10924   STUART C. IRBY, 1159 US HIGHWAY 45 BYPASS, JACKSON, TN 38301-3255

10924   STUART C. IRBY, 1211 AIRPORT DRIVE, SHREVEPORT, LA 71107-7023

10924   STUART C. IRBY, 1910 ROOSEVELT, MUSKOGEE, OK 74401

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 STUART C. IRBY, 300  NORTH WATER STREET, MOBILE, AL 36602-4093

10924 STUART C. IRBY, 675 HORNADY DRIVE, MONROEVILLE, AL 36460

10924 STUART C. IRBY, 705 COLLIERS LANE, BASTROP, LA 71220

10924 STUART C. IRBY, P.O. BOX "G", MUSKOGEE, AK 74401

10924 STUART C. IRBY, P.O. BOX 23060, JACKSON, MS 39225-3060

10925 STUART C. SMITH ASSOCIATES INC, 115 WINCHESTER ST, NEWTON HIGHLANDS, MA 02161-1719

10924 STUART CONCRETE INC, PO BOX 565, STUART, VA 24171

10924 STUART CONCRETE, INC., P.O. BOX 565, STUART, VA 24171

10924 STUART CONCRETE, INC., ROUTE 58 WEST, STUART, VA 24171

10925 STUART E PETERSEN, 1769 GREAT OAKS COVE, GERMANTOWN, TN 38138-2518

10925 STUART FAN, 21 ROCK MEADOW ROAD, NORWALK, CT 06850-2811

10924 STUART INDUSTRIAL COATINGS,INC, 11740 S. FRONT AVENUE, CHICAGO, IL 60628

10925 STUART IVERSON INGRAM, 221 WEST 1ST ST, OCEAN ISLE BEACH, NC 28469-7511

10925 STUART JR, FREDERICK, 2902 WHISPERING WIND, 911, PEARLAND, TX 77581

10925 STUART K JACOBSON & ASSOC,LTD, 400 SKOKIE BLVD. SUITE 290, NORTHBROOK, IL 60062

10924 STUART LUMBER COMPANY, 1341 N W 15TH STREET, POMPANO BEACH, FL 33069

10924 STUART LUMBER COMPANY, P O BOX, CORAL SPRINGS, FL 33075

10925 STUART MARTIN SCHERER, 9563 WELDON CIRCLE D311, TAMARAC, FL 33321-0990

10925 STUART R BERRYHILL, 2716 DEERFORD ST, LAKEWOOD, CA 90712

10925 STUART S PERRY & MILTON DUKE, TR UA DEC 27 76 FBO ROSS PERRY ET, 39 HAMILTON DR, ROSLYN, NY 11576-3128

10925 STUART SYSTEMS/LIGHTWIRE, PO BOX 5135, LAKE CHARLES, LA 70606-5135

10925 STUART, DIANA, 4 VINCENT RD, CHELMSFORD, MA 01824

10925 STUART, HENRY V, 3817 PIKESWOOD DRIVE, RANDALLSTOWN, MD 21133-2709

10925 STUART, HENRY, 3817 PIKESWOOD DRIVE, RANDALLSTOWN, MD 21133

10925 STUART, JASON, 7720 E. KINGS HWY., SHREVEPORT, LA 71115

10925 STUART, JOAN, 1488 MEDINAH LANE, MURELLS INLET, SC 29576

10925 STUART, JOHN, 2916 BROOKLINE DR, SHREVEPORT, LA 71107

10925 STUART, LORA, 603 LONGVIEW CT, VIENNA, VA 22180

10925 STUART, MARK, ROUTE 8 BOX 221, MISSION, TX 78572

10925 STUART, MARYGEANE, 3319 SOUTH M ST, TACOMA, WA 98408-2702

10925 STUART, PATRICIA, 4920 HASTINGS ST, METAIRIE, LA 70006

10925 STUART, PAULINE, 1615 MASSEY POINTE LANE, MEMPHIS, TN 38120

10925 STUART, RICHARD, 533 SHEILA DRIVE, NEWPORT, TN 37821

10925 STUART, ROBBIN, RT. 2 BOX 350, NOKESVILLE, VA 22123

10925 STUART, WILLIAM M, 1615 MASSEY POINT LANE, MEMPHIS, TN 38119

10925 STUART, WILLIAM, 1615 MASSEY POINTE LANE, MEMPHIS, TN 38120

10925 STUART-SUKHRAM, VANESA, 29 CLEVLAND AVE, HASBROUCK HTS, NJ 07604

10925 STUBBINS, TRACY, 514 FIFTH AVE., LANSDOWNE, MD 21227

10925 STUBBLEFIELD, ANN, PO BOX 856, HOLLIDAY, TX 76366

10925 STUBBLEFIELD, LAWRENCE, PO BOX 268, MEEKER, CO 81641

10925 STUBBLEFIELD, THOMAS, 1723 EAGLE DRIVE, HIXSON, TN 37343

10925 STUBBLEFIELD, TIWANNA, 306 DETROIT ST, DELHI, LA 71232

10925 STUBBS, GARY, 5817 EMERALD WOOD DRIVE, INDIAN TRAIL, NC 28079

10925 STUBBS, JESSICA, 115 FONTAINE WAY, FAYETTEVILLE, GA 30214

10925 STUBBS, LISA, 107 THURLOW ST, RED SPRINGS, NC 28377

10925 STUBBS, MARY, 8215 SHOREWAY DR., FAYETTEVILLE, NC 28304

10925 STUBBS, PATRICIA, PO BOX 1, HOLCOMB, KS 67851

10925 STUBENRAUCH-SOTO, ANNA, 14 NEWKIRK AVE, SHILLINGTON, PA 19607

10925 STUBER, RANDALL, 1912 N 22ND, ST JOSEPH, MO 64505

10925 STUBLER, MICHAEL, 6386 SOUTH CENTENNIAL PLACE APT A, GLEN BURNIE, MD 21061

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | STUCCO 1 INC. OF MINN. WAREHOUSE, 9700 REGENT AVE. N., BROOKLYN PARK, MN 55443 | |
| 10924 | STUCCO 1 INC. OF MINNESOTA, 316 N. ROBERTS STREET, SAINT PAUL, MN 55101 | |
| 10924 | STUCCO 1 INC. OF MINNESOTA, 9700 REGENT AVE. NORTH, BROOKLYN PARK, MN 55443 | |
| 10924 | STUCCO 1 INC. OF MN., 2308 135 LANE NW, ANOKA, MN 55304 | |
| 10924 | STUCCO ONE WAREHOUSE, 2308 135 LANE NW, ANDOVER, MN 55304 | |
| 10924 | STUCCO ONE, CAMBRIDGE, MA 02140 | |
| 10924 | STUCCO SUPPLY, 1601 LITTLE ORCHARD STREET, SAN JOSE, CA 95110 | |
| 10925 | STUCHLIK, DIANNE, BOX 264 4476 WINDSOR RD, WINDSOR, WI 53598 | |
| 10925 | STUCKEY, JAMES, 328 KINGSLEY ROAD, ANDERSON, SC 29621 | |
| 10925 | STUCKEY, JR, CECIL, 84 OLD HWY. 13N, COLUMBIA,, MS 39429 | |
| 10925 | STUCKEY, ROBERTA, 1967 E 2700 N RD, MARTINTON, IL 60951 | |
| 10925 | STUCKEY, THOMAS, 951 W. ERIE ST., WOODVILLE, OH 43469 | |
| 10925 | STUCKI, HAROLD, 3215 CUMBERLAND AVE, WICHITA FALLS, TX 76309 | |
| 10925 | STUDDARD, MARK, 609 S VICTORIA, IOWA PARK, TX 76367 | |
| 10925 | STUDEBAKER ASSOCIATES,INC, PO BOX 10936, RALEIGH, NC 27605 | |
| 10925 | STUDEBAKER SUBMETERING INC, 5285 SHAWNEE ROAD SUITE 106, ALEXANDRIA, VA 22312 | |
| 10925 | STUDEBAKER, DANIEL, 21 MASON ST, BROOKLINE, MA 02146 | |
| 10925 | STUDEBAKER, MICHAEL, RT 1 BOX 678, WICHITA FALLS, TX 76301 | |
| 10925 | STUDEBAKER-WORTHINGTON LEASING CORP, 100 JERICHO QUADRANGLE, JERICHO, NY 11753 | |
| 10924 | STUDENT LIFE CENTER - U OF WISC, BADGER AND 16TH STREET, LA CROSSE, WI 54601 | |
| 10925 | STUDENT SUPPLY, PO BOX 1067, KENT, WA 98035-1067 | |
| 10925 | STUDENTS FOR ENVIRONMENTAL ACTION, 415 SOUTH ST, WALTHAM, MA 02254 | |
| 10925 | STUDER, DONNA, 210 S LOCUST, MOMENCE, IL 60954 | |
| 10925 | STUDER, LOLITA, 402 S GLADIOLUS ST, MOMENCE, IL 60954 | |
| 10925 | STUDER, SUE B, 1797 VILLANOVA, BROWNSVILLE, TX 78520-8126 | |
| 10924 | STUDER-OBRINGER, INC., 525 S. KIBLER STREET, NEW WASHINGTON, OH 44854 | |
| 10925 | STUDIMIRE III, FLETCHER, 7801 4TH AVE N., BIRMINGHAM, AL 35206 | |
| 10925 | STUDIO BANA, VIA S. ANTONIO 11, MILANO, MI 20122 | |
| 10925 | STUDIO CONSULENZA BREVETTUALE SRL, VIA ROSSINI 8, MILANO, MI 20122 | |
| 10925 | STUDIO DELL AVV PROF RICCARDO, GALLERIA S BABILA 4/D, MILANO, 20122ITALY | *VIA Deutsche Post* |
| 10925 | STUDIO LEGALE VANZETTI, VIA F DAVERIO 6, MILANO, 20122ITALY | *VIA Deutsche Post* |
| 10925 | STUDIO LEGALE VANZETTI, VIA F. DAVERIO 6, MILAN 20122, MI 20122 | |
| 10924 | STUDIO PLUS, 500 DIEMER DR FM 112, MT LAUREL, NJ 05054 | |
| 10925 | STUDIO SOUTHWEST PHOTOGRAPHY, 3370 PINKS PL SUITE B, LAS VEGAS, NV 89102 | |
| 10925 | STUDIVANT, BETTY, 380 M.L.K. AVE, JEFFERSON, GA 30549 | |
| 10925 | STUDIVANT, IRA, RT 2 BOX 307-1, JEFFERSON, GA 30549 | |
| 10925 | STUEKERJUERGEN, ANN, 9129 SCHWEIGER CT. #128, LENEXA, KS 66219 | |
| 10925 | STUEKERJUERGEN, YVONNE, 5279 COLUMBIA RD, COLUMBIA, MD 21044 | |
| 10925 | STUETELBERG, GEORGE, 2409 CHESTNUT ST. #4, ATLANTIC, IA 50022 | |
| 10925 | STUETELBERG, ROBERT, 800 CHESTNUT ST. APT. 102, ATLANTIC, IA 50022 | |
| 10925 | STUFF, JOHN, 470 ABBEY CIRCLE, ABINGDON, MD 21009 | |
| 10925 | STUFFLEBEAM, ROBERT, 4647 GRANITE LAKE ROAD, LIBBY, MT 59923-9231 | |
| 10925 | STUHMER, STACY, 1150 KELVINGTON WAY, LILBURN, GA 30247 | |
| 10925 | STUKAS, HELEN, 250 S ROUTE 59, 205, INGLESIDE, IL 60041 | |
| 10925 | STULL, CLAUDE F, 2505 CORNSTALK DR., FINKSBURG, MD 21048 | |
| 10925 | STULL, CLAUDE, 2505 CORNSTALK DRIVE, FINKSBURG, MD 21048 | |
| 10925 | STULL, JAMES, 2505 CORNSTALK DR, FINKSBURG, MD 21048 | |
| 10925 | STULL, RANDY, 2505 CORNSTALK DRIVE, FINKSBURG, MD 21048 | |
| 10925 | STULL, WILLARD, 1366 - 260TH AVE, ALEXIS, IL 61412 | |
| 10925 | STULLER, MICHAEL, 730 REFLECTIONS CIR, CASSELBERRY, FL 32707 | |
| 10925 | STULTZ, ERIC, 3975 BLYTHE FERRY ROAD, DAYTON, TN 37321 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    STUM, MICHAEL, PO BOX 289, LEONARDTOWN, MD 20650

10925    STUMP, BELINDA, 1926 TOWN PLACE, SNELLVILLE, GA 30278

10925    STUMP, BRIAN, 6557 MCVEY BLVD, COLUMBUS, OH 43235

10925    STUMP, LOREN, 203 N. HOWARD ST, PLANT CITY, FL 33566

10925    STUMP, MICHAEL, 515 IVY LANE, BRADLEY, IL 60915

10925    STUMPF, GEORGE, 10 WILLOW VALLEY DRIVE, LANCASTER, PA 17602-0000

10925    STUMPF, JEAN, 10 WILLOW VALLEY DRIVE, LANCASTER, PA 17602-4762

10925    STUNKARD JR, TRAVIS, PO BOX 259, BURAS, LA 70041-0257

10925    STUNKEL, JACQUELINE, 720 TIDEWATER CI, MACON, GA 31211

10925    STUNTZ, DAVID, 13 WILLOW GROVE ROAD, BRUNSWICK, ME 04011

10925    STURBITTS, CHARLENE A, 1625 K ST NW SUITE 790, WASHINGTON, DC 20006

10925    STURBITTS, CHARLENE A, 1625 K ST NW, STE 790, WASHINGTON, DC 20006

10925    STURBITTS, CHARLENE, 1625 K ST NW SUITE 790, WASHINGTON, DC 20006

10925    STURBITTS, CHARLENE, 1625 K ST NW, SUITE 790, WASHINGTON, DC DC 20006

10925    STURCHIO-ENTERTAINMMENT, 14501 BLANCO RD., SAN ANTONIO, TX 78216

10925    STUR-DEE METAL PRODUCTS INC, 830 WEST 35TH ST, CHICAGO, IL 60609

10925    STURDIVANT, JOHN, 430 W BROWNING RD, BELLMAWR, NJ 08031

10925    STURDIVANT, SANDRA, 15054 N. 49TH WAY, SCOTTSDALE, AZ 85254

10924    STURGEON ELECTRIC CO, 4800 WHEATON DRIVE, FORT COLLINS, CO 80525

10925    STURGEON, CARROLL, 2215 ARAPAHOE AVE, BALTIMORE, MD 21228

10925    STURGEON, DEBRA, 9119 BRANDYWINE DR, LOUISVILLE, KY 40291

10925    STURGEON, EDWARD W, 912 S 12TH ST, TACOMA, WA 98405-4535

10925    STURGEON, JUANITA, PO BOX 274, EXIRA, IA 50076-0274

10925    STURGILL, DANNY, 1250 SOUTH 48TH ST, BALTIMORE, MD 21222

10925    STURGILL, MICHAEL, 426 KEARNEY RD, NEW MARKET, TN 37820

10925    STURGIS, BARBARA, 256 LINDSEY RIDGE RD, LYMAN, SC 29365

10925    STURGIS, MARK W., 634 SALEM ST, BRADFORD, MA 01835

10925    STURGIS, PATRICK, 2240 LEEWAY DR, AUGUSTA, GA 30904

10925    STURGIS, WILLIAM, 209 WILMINGTON RD, GREENVILLE, SC 29615-1345

10925    STURGUESS, ALFRED, 701 S.W. AVE C., SEMINOLE, TX 79360

10925    STURGUESS, FREDDY, 701 N.E.C, SEMINOLE, TX 79360

10925    STURIK, THOMAS, 4741 W STSBORO ROAD, RICHFIELD, OH 44286

10925    STURM INC., PO BOX 2533, HUNTINGTON, WV 25701

10925    STURM MACHINERY CO, INC, PO BOX 2533, HUNTINGTON, WV 25701

10925    STURM MACHINERY CO., PO BOX 277, BARBOURSVILLE, WV 25504

10924    STURM RUGER & CO INC., 200 RUGER ROAD, PRESCOTT, AZ 86301

10925    STURM, CATHERINE, 13 LOUIS AVE, WEST MILFORD, NJ 07480

10925    STURM, DEBORAH, 2629 BERRY RD, AKRON, OH 44320

10925    STURM, EDWARD, 3 CHAIN O HILL ROAD, GLEN BURNIE, MD 21060

10925    STURM, ELIZABETH, 1769 PORT GIBSON RD, PALMYRA, NY 14522

10925    STURM, SUSAN, 8225 N. CENTRAL AVE, PHOENIX, AZ 85020

10925    STURSBERG & VEITH, 405 LEXINGTON AVE, NEW YORK, NY 10174-4902

10925    STURTEVANT INC, 348 CIRCUIT ST, HANOVER, MA 02339-2129

10925    STURTZ, DENISE, 372 EAST ST, CARLISLE, MA 01741

10924    STUSSER ELECTRIC CO.(W/ CED), 300 DAYVILLE ROAD, VALDEZ, AK 99686

10924    STUSSER ELECTRIC CO.(W/ CED), 411 E. 54TH, ANCHORAGE, AK 99518

10925    STUSSI-NEVES E ADVOGADOS, 200 SOUTH BISCAYNE BLVD, MIAMI, FL 33131-2371

10925    STUTES, CAROL, 505 S AVE. H, CROWLEY, LA 70526

10925    STUTES, GREGORY, 320 E. 7TH ST, CROWLEY, LA 70527

10925    STUTES, JANICE, BOX 456, CROWLEY, LA 70527

10925    STUTES, JEFFERY, PO BOX 331, CROWLEY, LA 70526

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | STUTES, LAWRENCE, 1207 LOVELL ST, CROWLEY, LA 70526 | |
| 10925 | STUTES, MARK, PO BOX 45, CROWLEY, LA 70526 | |
| 10925 | STUTES, TIMOTHY R, 4121 THORNTON ST., LAKE CHARLES, LA 70601 | |
| 10925 | STUTES, TIMOTHY, 4121 THORNTON ST, LAKE CHARLES, LA 70601 | |
| 10925 | STUTHEIT, HERMAN, RR 1 BOX 123, AUBURN, NE 68305 | |
| 10925 | STUTLER, KIRK, 18333 E CASPIAN PL, AIRORA, CO 80013 | |
| 10925 | STUTSMAN, STEPHEN, 350 WOODBURY DRIVE, CRAIG, CO 81625 | |
| 10925 | STUTT, JEAN, 559 N 94TH ST, MILWAUKEE, WI 53226 | |
| 10925 | STUTTE, CHARLES, PO BOX 560, FAYETTEVILLE, AR 72702 | |
| 10925 | STUTTS, JOHN, 12318 BONMOT PLACE, REISTERSTOWN, MD 21136 | |
| 10925 | STUTZ, DEBORAH, 5458 N. DEL MAR, FRESNO, CA 93704 | |
| 10925 | STUTZ, ERNEST, 4852 MATTERHORN, WICHITA FALLS, TX 76310 | |
| 10925 | STUTZMAN, ANNE, 1549 GATE III, OCEAN ISLE BEACH, NC 28469 | |
| 10925 | STUTZMAN, EDWARD, 786 ABERCOMBIE ROAD, FOUNTAIN INN, SC 29644-9349 | |
| 10925 | STUTZMAN, GARY, 131 BRIARWOOD DRIVE, DALTON, OH 44618 | |
| 10925 | STUTZMAN, TRACIE, 9204 PHILMONT DR, RICHMOND, VA 23294 | |
| 10925 | STUURMAN, J P, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | STUURMAN, JAN PETER, KEIZERSXGRACHT 664A, 1017 ET, AMSTERDAM, NETHERLANDS | *VIA Deutsche Post* |
| 10925 | STUURMAN, JAN, 120 CHANNING ROAD, CONCORD, MA 01742 | |
| 10925 | STV INC, 11 ROBINSON ST, POTTSTOWN, PA 19464-0459 | |
| 10925 | STV INC, 205 WEST WELSH DRIVE, DOUGLASSVILLE, PA 19518 | |
| 10925 | STV INCORPORATED, 21 GOVERNORS COURT, BALTIMORE, MD 21244-2722 | |
| 10925 | STYBBS, BARBARA, 9149 DELANO DR, RIVERSIDE, CA 92503 | |
| 10925 | STYGAR, AGNES, 151 PIERRE AVE, GARFIELD, NJ 07026 | |
| 10925 | STYKEL, DAVID, 1245 NE 183RD, PORTLAND, OR 97230 | |
| 10925 | STYL AIR, INC, PO BOX 7014, PLAINVILLE, CT 06062-7014 | |
| 10925 | STYL AIR, PO BOX 5537, LAKE CHARLES, LA 70606 | |
| 10925 | STYLAIR, & ASSOC.,INC., PO BOX 1576, MANDEVILLE, LA 70470 | |
| 10925 | STYLES, DAVID, 4706 LOGGERS RUN ROAD APT 4, EAGLE RIVER, WI 54521 | |
| 10925 | STYLES, GERALD, 1100 TWO MILES CR RDENOREE SC, ENOREE, SC 29335 | |
| 10925 | STYLES, GERALD, HWY 221, ENOREE, SC 29335 | |
| 10925 | STYLES, LINDA, 1921 NW 3RD AVE, MIAMI, FL 33136 | |
| 10925 | STYLES, LORRAINE, RT 2 BOX 2241, DANIELSVILLE, GA 30633 | |
| 10925 | STYLES, MICHAEL, 201 HELEN ST, SIMPSONVILLE, SC 29681 | |
| 10925 | STYLES, ZIVKA, N50 W15411 HONEYSUCKLE LN, MENOMONEE FALLS, WI 53051 | |
| 10924 | STYROTEK, 3900 RESEARCH WAY, PELL CITY, AL 35125 | |
| 10925 | STYRO-TEK, INC, PO BOX 1190, PELL CITY, AL 35125 | |
| 10924 | STYRO-TEK, INC., 3900 RESEARCH WAY, PELL CITY, AL 35125 | |
| 10925 | SU, JOW-LIH, 316 HAMMONTON PLACE, SILVER SPRING, MD 20904 | |
| 10925 | SU, PHILIP, 18B, 37 BRAEMAR HILL RO, NORTH POINT, | *VIA Deutsche Post* |
| 10925 | SUA, VICTORIA, 217 E 221ST ST, CARSON, CA 90746 | |
| 10924 | SUAREZ ELECTRIC CO, 4439 W MONTROSE AVE, CHICAGO, IL 60641 | |
| 10925 | SUAREZ, ASTREA D, 6050 W 51 ST., CHICAGO, IL 60638 | |
| 10925 | SUAREZ, ASTREA, 5117 S. KILPATRICK, CHICAGO, IL 60632 | |
| 10925 | SUAREZ, FRANCISCO, 8905 SW 80TH TERRACE, MIAMI, FL 33173 | |
| 10925 | SUAREZ, IDA, 209 CALGARY, SAN ANTONIO, TX 78226 | |
| 10925 | SUAREZ, LINDA, 7655 AUTUMN PARK, SAN ANTONIO, TX 78249 | |
| 10925 | SUAREZ, MANUEL, 3906 FM RD 367 WEST, IOWA PARK, TX 76367 | |
| 10925 | SUAREZ, MARIA, 2820 WITCHITA, MCALLEN, TX 78503 | |
| 10925 | SUAREZ, MARIA, 75 K HOWARD DR, BERGENFIELD, NJ 07621 | |
| 10925 | SUAREZ, MARTA, 56 S BRIDGE ST, SOMERVILLE, NJ 08876 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SUAREZ, NORBERTO, PARCELAS CASTILLO, MAYAGUEZ, PR 00681

10925   SUAREZ, SOFIA, 2502 TRACY DR, GULFPORT, MS 39560

10925   SUAREZ, WILSON, PO BOX 1484, SYKESVIL, MD 21784-1484

10925   SUAREZ, WILSON, PO BOX 66, ELIOAK, MD 21044

10925   SUAZO, MARIE, 7305 N TALIAFERRO, TAMPA, FL 33604

10925   SUBCO PACKAGING INC, 1150 COMMERCE DRIVE, WEST CHICAGO, IL 60185

10924   SUBENT COMPANY, INC., SUITE 6F, ONE SOUTH 376 SUMMIT AVENUE, OAKBROOK TERRACE, IL 60181

10925   SUBER, JOYCE, 13961 WARWICK, DETROIT, MI 48223

10925   SUBER, RHONDA, 3010 FORESTBROOK DR, CHARLOTTE, NC 28208

10925   SUBER, RONDALL, 208A S LIVINGSTON ST, CLINTON, SC 29325

10925   SUBER, WOODROW, 139 FOSTER ST., GREENVILLE, SC 29601

10925   SUBICK, LISA, 2285 E MARKET ST, AKRON, OH 44312

10925   SUBJECT WILLS & COMPANY, 1420 KENSINGTON ROAD SUITE 110, OAKBROOK, IL 60523-2144

10925   SUBJECT, WILLS & COMPANY, 1420 KENSINGTON RD #110, OAKBROOK, IL 60523-2144

10924   SUBLETT & ASSOCIATES, 2330 NORTH MOORE AVENUE, MOORE, OK 73160

10924   SUBMERSIBLE SYSTEMS TECHNOLOGY INC., 3612 REESE AVENUE, RIVIERA BEACH, FL 33404

10925   SUBRAMANIAN, DURGA, 7 HASKELL ST, LEXINGTON, MA 02420

10925   SUBRAMANIAN, MANI, 6 MCBRIDE WAY, BRIDGEWATER, NJ 08807

10925   SUBSCRIPTION INVOICE, PO BOX 10098, SCOTTSDALE, AZ 85271

10924   SUBSTAINABLE SCHOOL, 11111 PLANO ROAD, DALLAS, TX 75238

10924   SUBSTAINABLE#13, 1100 ELDERADO ROAD, MCKINNEY, TX 75069

10925   SUBURBAN DOOR CHECK & LOCK SERVICE, 415 WEST OGDEN AVE., WESTMONT, IL 60559

10924   SUBURBAN ELECTRIC SUPPLY, P.O. BOX 67, COLLINGDALE, PA 19023

10925   SUBURBAN GLASS & MIRROR CO INC, 2 POWDERMILL RD, MAYNARD, MA 01754

10925   SUBURBAN GLASS & MIRROR CO, INC, 2 POWDERMILL RD., MAYNARD, MA 01754

10925   SUBURBAN HEMATOLOGY-ONCOLOGY ASSOC, 9191 GRANT ST, THORTON, CO 80229

10925   SUBURBAN HOSPITAL, 8600 OLD GEORGETOWN ROAD, BETHESDA, MD 20814

10925   SUBURBAN LAWN & LANDSCAPING SERVICE, 1225 OLD DORSEY RD., HARMANS, MD 21077

10925   SUBURBAN PROPANE,

10925   SUBURBAN PROPANE, 100 CEDAR HILL ST, MARLBORO, MA 01752-3094

10925   SUBURBAN PROPANE, 100 CEDAR HILL ST., MARLBORO, MA 01752-3094

10925   SUBURBAN PROPANE, 13944 OLD HANOVER ROAD, REISTERSTOWN, MD 21136

10925   SUBURBAN PROPANE, 31 DERWOOD CIRCLE, ROCKVILLE, MD 20849

10925   SUBURBAN PROPANE, PO BOX 159, WILLIAMSTOWN, KY 41097-0159

10925   SUBURBAN PROPANE, PO BOX 405, LAURENS, SC 29360-0405

10925   SUBURBAN PROPANE, POBOX 405, LAURENS, SC 29360-0405

10925   SUBURBAN PUBLISHING CORP, POBOX 6039, PEABODY, MA 01961-6039

10925   SUBURBAN RDF, 3415 TWP RD 447, GLENFORD, OH 43739

10925   SUBURBAN SKILLS DIVISION, PO BOX 414343, BOSTON, MA 02241-4343

10925   SUBURBAN SKILLS, 990 WASHINGTON ST, DEDHAM, MA 02026

10925   SUBURBAN SOFTENER CO, PO BOX 296, OAK FOREST, IL 60452

10925   SUBURBAN WEST INTERNAL MEDICINE INC, 505 COUCH AVE SUITE 245, KIRKWOOD, MO 63122

10925   SUBURBANITE CESSPOOL SERVICE INC, PO BOX 448, LEXINGTON, MA 02173

10925   SUB-ZERO FREEZER CO, CORPORATE HEADQUARTERS, 4717 HAMMERSLEY ROAD, MADISON, WI 53711-2798

10925   SUB-ZERO FREEZER CO, FOLEY & LARDNER DOUGLAS B CLARK, 150 EAST GILMAN ST, PO BOX 1497, MADISON, WI 53701-1497

10925   SUCCESS PERSONNEL, 1134 S. HIGH ST, COLUMBUS, OH 43206

10925   SUCCESS PROMOTIONS INC, 2720 FOREST BLVD SUITE 101, WEST PALM BEACH, FL 33406

10925   SUCCESSORIES INC, POBOX 691419, CINCINNATI, OH 45269-1419

10925   SUCCESSORIES, INC, 919 SPRINGER DR, LOMBARD, IL 60148

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SUCCESSS PERSONNEL, 1721 HIGH ST, COLUMBUS, OH 43207

10925   SUCE GSSMM, PO BOX 4709, SYRACUSE, NY 13221-4709

10925   SUCHANEK, JOE, 124 BILL DOYLE ROAD, MERRYVILLE, LA 70653

10925   SUCHIL, ALEIDA, 317 S. JACKSON, ODESSA, TX 79761

10925   SUCHMAN, SCOTT, 1601 ARGONNE PLACE NW 428, WASHINGTON, DC 20009

10925   SUCHOMEL, JANET, BOX 128, VAN HORNE, IA 52346

10925   SUCHOMEL, THOMAS, 944 EDDINGTON DRIVE, SUN PRAIRIE, WI 53590-3536

10925   SUCHOW, SANFORD, 60 FIRST AVE, 16D, NEW YORK, NY 10009-7359

10925   SUCHY, DONALD, 81 GRANDVIEW BLVD, LAKE PLACID, FL 33852

10925   SUD CHEMIE INC., PO BOX 32370, LOUISVILLE, KY 40232

10925   SUD, CARMEN, HC-02 BOX 6134, AGUADILLA, PR 00603

10925   SUDBERRY, BOBBI, 12026 RACKET CT, MORENO VALLEY, CA 92557

10925   SUDBURY LIMOUSINE SERVICE INC., POST OFFICE BOX 915, SUDBURY, MA 01776-0842

10924   SUD-CHEMIE AG, LENBACHPLATZ 6, MUNCHEN, 99999DEU      *VIA Deutsche Post*

10925   SUD-CHEMIE INC, PO BOX 2913, BEDFORD PARK, IL 60499-2913

10925   SUD-CHEMIE PERFORMANCE PACKAGING, 101 CHRISTINE DRIVE, BELEN, NM 87002

10924   SUD-CHEMIE, INC., 1200 BLOCK 11TH ST. - DOCK 9, LOUISVILLE, KY 40210

10924   SUD-CHEMIE, INC., PO BOX 32370, LOUISVILLE, KY 40232

10925   SUDDERTH, LINDA, 3519 PALM DRIVE, MESQUITE, TX 75150

10925   SUDDETH, A, 1296 OLD LIBERTY RD, EASLEY, SC 29640

10925   SUDDUTH, VENUS, 23 TIMBER GROVE ROAD, OWINGS MILLS, MD 21117

10925   SUDELL JR, ESQ, WILLIAM H, AND ERIC D SCHWARTZ, ESQ, MORRIS, ARSHT, NICHOLS & TUNNL, 1201 N MARKET ST, PO BOX 1347, WILMINGTON, DE 19899

10925   SUDER, MARJORIE, 2700 HOLLY PARK DR., LOUISVILLE, KY 40214

10925   SUDINA SEARCH INC, 375 W PADONIA ROAD, TIMONIUM, MD 21093

10925   SUDINA SEARCH, INC, 375 W. PADONIA RD., TIMONIUM, MD 21093

10925   SUDLER, WAYNE, 1404 W 7TH ST, WILMINGTON, DE 19802

10925   SUE HARRIS CRAMPTON, 8 GRANDVIEW DR, WILLIAMSTOWN, MA 01267-2528

10925   SUE HARRIS, 420 BERKELEY AVE, ORANGE, NJ 07050-2107

10925   SUE HORN CASKEY, 743 LONGRIDGE RD, OAKLAND, CA 94610-2326

10925   SUE M SLOOP, 100 CYPRESS LANE SOUTH, SPARTANBURG, SC 29307

10925   SUE S PEPPING & RAYMOND A, PEPPING TRS UA DTD 11/24/81, FBO SUE S PEPPING, 348 SUDBURY LANE, BALLWIN, MO 63011-2470

10925   SUE STOTT, SYEFARTH SHAW, 101 CALIFORNIA ST STE 2900, SAN FRANCISCO, CA 94111-5858

10925   SUE, JOAN E, 10968 AVE PLAYA VERACRUZ, SAN DIEGO, CA 92124-4110

10925   SUEDE, DOUGLAS, 2835 CHARTER BLVD, TROY, MI 48083

10925   SUEKO T CHINEN REVOCABLE, LIVING TRUST, 1722 AHUULA ST, HONOLULU, HI 96819-4001

10925   SUEKO T CHINEN TR UA AUG 09 94, SUEKO T CHINEN REVOCABLE, LIVING TRUST, 1722 AHUULA ST, HONOLULU, HI 96819-4001

10925   SUENDER, STEVEN, 4907 KAYENTA, FARMINGTON, NM 87401

10925   SUES DINNER, 100 STEAK ST, SPARTANBURG, SC 29307

10925   SUESS, CREGG, 1990 HARBOR LIGHTS, GREEN BAY, WI 54313

10925   SUESS, GREGORY, N 2464 TOWN HALL RD, KEWAUNEE, WI 54216

10925   SUESS, JOSEPH, 6872 MINK HOLLOW RD, HIGHLAND, MD 20777

10925   SUESS, NANCY, 15066 LINDENBERRY LANE, DUMFRIES, VA 22026-3038

10925   SUETOSHI TAMANAHA, PERSONAL REPRESENTATIVE, EST MASARU TAMANAHA, RR1 BOX 656A, KULA, HI 96790-9801

10925   SUEWILLA O CARTER, 2100 E 75 ST, CHICAGO, IL 60649-3205

10925   SUFFECOOL, LAURIE, 8918 CREAMERY ST, WAYLAND, OH 44285

10925   SUFFETY, TIMOTHY, 3234 138TH ST, TOLEDO, OH 43611

10924   SUFFOLK CEMENT, MONTAUK HWY, WAINSCOTT, NY 11975

10924   SUFFOLK CEMENT, RT 58, CALVERTON, NY 11933

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    SUFFOLK CEMENT PROD, WEST MIDDLE RD., CALVERTON, NY 11933

10924    SUFFOLK CEMENT PRODUCTS I, P.O. BOX 241, CALVERTON, NY 11933

10924    SUFFOLK CEMENT PRODUCTS INC, P O BOX 241, CALVERTON, NY 11933

10924    SUFFOLK CEMENT PRODUCTS INCQ, P O BOX 241, CALVERTON, NY 11933

10924    SUFFOLK CEMENT PRODUCTS, P O BOX 241, CALVERTON, NY 11933

10924    SUFFOLK COMMUNITY COLLEGE MULTI-PUR, BUILDING F, SUFFOLK COMM. COLLEGE, WICKS ROAD ENTRANCE, BRENTWOOD, NY 11717

10924    SUFFOLK COMMUNITY COLLEGE-BLDG.F, WICKS ROAD ENTRANCE, BRENTWOOD, NY 11717

10924    SUFFOLK CONSTRUCTION, 65 ALLERTON ST, BOSTON, MA 02119

10924    SUFFOLK CONSTRUCTION, CAMBRIDGE, MA 02140

10924    SUFFOLK COUNTY COURT HOUSE, CORNER OF CHARDEN & MERRIMACK ST, BOSTON, MA 02113

10924    SUFFOLK READY MIX INC, 121 OLD NORTHPORT RD, KINGS PARK, NY 11754

10924    SUFFOLK READY MIX INC., OLD NORTHPORT RD, KINGS PARK, NY 11754

10925    SUFFOLK SALES AND SERVICE, 5705 LEE FARM LANE, SUITE B, SUFFOLK, VA 23435

10925    SUFFOLK SERVICES INC, FREDERICK SHAFFER PRES, 140 LEE BURBANK HWY, 67 WOBURN ST, REVERE READING, MA 02151

10924    SUFFOLK UNIVERSITY / LAW SCHOOL, 9 HAMILTON PLACE, BOSTON, MA 02108

10925    SUFI, W, 2060 MONTEREY DR, LIVERMORE, CA 94550

10925    SUGANO, MAKOTO, 7317 EL LUCERO CIRCLE, BUENA PARK, CA 90620-2619

10925    SUGANTHI SWAYAMBUNATHAN, 957 L PENTWOOD RD., BEL AIR, MD 21014

10924    SUGAR CITY BLDG MATERIAL, PO BOX 69, PINOLE, CA 94564

10924    SUGAR CITY BUILDING MATERIAL, 800 SAN PABLO AVENUE, PINOLE, CA 94564

10924    SUGAR CITY BUILDING MATERIAL, POST OFFICE BOX 68, PINOLE, CA 94564

10925    SUGAR CITY, POBOX 69, PINOLE, CA 94564-0069

10924    SUGAR FOODS CORPORATION, PO BOX 1220, SUN VALLEY, CA 91353-1220

10924    SUGAR HILL UNITED METHODIST CHURCH, 4600 HIGHWAY 20, SUGAR HILL, GA 30518

10924    SUGAR HILL UNITED METHODIST CHURCH, C/O ALPHA INSULATION, SUGAR HILL, GA 30518

10924    SUGAR HOUSE, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924    SUGAR HOUSE, THE, 170-184 WASHINGTON STREET, JERSEY CITY, NJ 07302

10924    SUGAR LOAF CORPORATE CENTER, 2170 SATELLITE BLVD, DULUTH, GA 30097

10924    SUGAR LOAF CORPORATION CENTER, 2180 SATELLITE BLVD., DULUTH, GA 30136

10925    SUGAR STEEL CORPORATION, PO BOX 72009, CHICAGO, IL 60678-2009

10925    SUGARMAN WALLACE MANHEIN &, 360 SOUTH WARREN ST, SYRACUSE, NY 13202

10925    SUGARMAN, NATHAN, 4331 PROVIDENCE PT PL SE, ISSAQUAH, WA 98027

10925    SUGGS, ALFREDA, HWY 20 TRAILOR CT, DECATUR, AL 35601

10925    SUGGS, JERRY, PO BOX 134, SIMPSONVILLE, SC 29681

10925    SUGGS, MELODY, 6130 KYLE LEAF CT, ELKRIDGE, MD 21227

10925    SUGGS, WILLIAM, 576 WESTMINSTER, THOUSAND OAKS, CA 91360

10925    SUGHRUE, MION, MACPEAK & SEAS, 2100 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20037-3202

10925    SUGINO, SCARLET, 17933 TOIYABLE CIR, FOUNTAIN VALLEY, CA 92708

10925    SUHR, RONALD, 5850 HILLSIDE SCHOOL RD., SPRING GREEN, WI 53588

10925    SUINO, MARY, 6001 24TH AVE. NW, 204, SEATTLE, WA 98107

10925    SUIRE, JESSICA, 17477 PELOQUIN RD, JENNINGS, LA 70546

10925    SUIRE, MARY, 633 EVERETTE ST, NEW IBERIA, LA 70560

10925    SUIT, DEBORAH, 9869 N W 1ST CT., PLANTATION, FL 33324

10925    SUITER, MELANIA, 4015 W. 242ND ST LOT 10, TORRANCE, CA 90505

10925    SUITS, CHARLES, 6277 WINDING LAKE DR, JUPITER, FL 33458

10925    SUKAVIR SINGH, 473 SEMEL AVE, ISELIN, NJ 08830-1131

10925    SUKENIK, RICHARD, PO BOX 33207, P.BCH GARDENS, FL 33420

10925    SUKRA, JACQUELEEN, 109 W 39TH ST, KANSAS CITY MO, MO 64111

10925    SULAGES, GEORGE, 8303 WHITESBURG WAY, HUNTSVILLE, AL 35802

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　SULCER, JANET, 3115 HALE DR, HUNTSVILLE, AL 35805

10925　SULFUR/PESTICIDE FORMULATING PLANT, 13000 WEST MURPHY ST, ODESSA, TX

10925　SULIT, NENITA, 11314 LANDS END, HOUSTON, TX 77099

10925　SULLAIR INC. OF HOUSTON, 8640 PANAIR ST., HOUSTON, TX 77061

10925　SULLAIR OF HOUSTON, 8640 PANAIR, HOUSTON, TX 77061

10925　SULLENBERGER, RALPH, 620 ALEXANDER ST, GREENSBURG, PA 15601

10925　SULLENGER, TIMOTHY, 306 S YOSEMITE, IOWA PARK, TX 76367

10925　SULLINS, RAYMOND, 9809 GREEN MEADOW DRIVE, LA PORTE, TX 77571

10925　SULLIVAN & COGLIANO COMPANIES INC, POBOX 5-0669, WOBURN, MA 01815

10925　SULLIVAN & COGLIANO COMPANIES, PO BOX 5-0669, WOBURN, MA 01815-0669

10925　SULLIVAN AND COGLIANO COMPANIES, PO BOX 30967, HARTFORD, CT 06150-0967

10925　SULLIVAN AND SONS, INC, PO BOX 1706, HAUGHTON, LA 71037

10925　SULLIVAN ASSOCIATES INC., 201 S. GULPH RD. UNIT C, KING OF PRUSSIA, PA 19406

10925　SULLIVAN BROTHERS INC, PAT SULLIVAN JERRY SULLIVAN, PO BOX 7578, MADISON, WI 53707

10924　SULLIVAN CONCRETE INC, DBA/SULLIVAN STRUCTURES, COCHECTON, NY 12726

10924　SULLIVAN CONCRETE INC., 420 BERNAS ROAD, COCHECTON, NY 12726

10924　SULLIVAN CONCRETE INC., D.B.A. SULLIVAN STRUCTURES, COCHECTON, NY 12726

10924　SULLIVAN CONCRETE INC., D.B.A. SULLIVAN STRUCTURES, MASTEN LAKE, NY 12790

10924　SULLIVAN COUNTY JAIL, 140 BLUNTVILLE BYPASS HWY 37, BLOUNTVILLE, TN 37617

10924　SULLIVAN FRANK G JR, 9313 S CHOCTAW DR, BATON ROUGE, LA 70895

10924　SULLIVAN HERALDIC, 13930 26TH AVENUE SE, BOTHELL, WA 98012

10925　SULLIVAN JOHNSON & MANFREDI LLP, 2049 CENTURY PARK EAST, LOS ANGELES, CA 90067

10925　SULLIVAN JT TEN, ELWIN J & DOROTHY M, 47 AUSTIN ST, LEOMINSTER, MA 01453-2144

10924　SULLIVAN MECH. CONTRACTORS, 710 4TH ST, SHENANDOAH, VA 22849

10925　SULLIVAN MOUNTJOY, PO BOX 727, OWENSBORO, KY 42302-0727

10924　SULLIVAN READY MIX, 1451 SIMPSON HWY 49, MAGEE, MS 39111

10924　SULLIVAN READY MIX, HWY 49 SO., MAGEE, MS 39111

10925　SULLIVAN READY MIX, RT 4, BOX 149F, MAGEE, MS 39111

10925　SULLIVAN, ALBERT, RURAL ROUTE 2, SLATER, MO 65349-9559

10925　SULLIVAN, ALEXANDRIA, 8 MAYO DR, GREENVILLE, SC 29605

10925　SULLIVAN, ALVIN, 535 JONESVILLE RD., SIMPSONVILLE, SC 29681

10925　SULLIVAN, ANGELA, 330 MILLER RD #404, MAULDIN, SC 29662

10925　SULLIVAN, BARBARA J, 39 FAIRMONT ST, ARLINGTON, MA 02174

10925　SULLIVAN, BARBARA L, 209 LONGVIEW DR, CENTERVILLE, MA 02632-1988

10925　SULLIVAN, BARBARA, 39 FAIRMONT ST, ARLINGTON, MA 02174

10925　SULLIVAN, BARBARA, 540 KRISTI, WACO, TX 76706

10925　SULLIVAN, BARBARA, 6 COLLINSON RD, GREENVILLE, SC 29605

10925　SULLIVAN, BARI, 5 GRAYBIRCH LA, WAYLAND, MA 01778

10925　SULLIVAN, BONNIE, PO BOX 2412, DILLON, CO 80435

10925　SULLIVAN, BRADEN, 262 LUCILLE, MARIANNA, AR 72360

10925　SULLIVAN, CAROL, 1973 LAFAYETTE, STUART, FL 33497-5820

10925　SULLIVAN, CAROL, 1995 SW SILVER PINE WAY, PALM CITY, FL 34990

10925　SULLIVAN, CHARLES, P 5 ALADDIN MANOR APT, GREENVILLE, SC 29605

10925　SULLIVAN, CLARA, 151 MT SHOALS RD, ENROEE, SC 29335

10925　SULLIVAN, DALE, 1104 PARK ST, BELLEVUE, IA 52031-1910

10925　SULLIVAN, DANIEL, 10270 W. MISSISSIPPI, 3110, LAKEWOOD, CO 80226

10925　SULLIVAN, DANIEL, 111 GREENBRIER DR, SIMPSONVILLE, SC 29680

10925　SULLIVAN, DANIEL, 63 MENOTOMY ROAD, ARLINGTON, MA 02174

10925　SULLIVAN, DEANNA, PO BOX 361, FOUNTAIN INN, SC 29644

10925　SULLIVAN, DEBORAH, 38 MELROSE AVE., CATONSVILLE, MD 21228

10925　SULLIVAN, DEBRA, 30 SULLIVAN RD, FOUNTAIN INN, SC 29644

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 SULLIVAN, DIANE, 309 W. SHAWNEE, TECUMSEH, MI 49286

10925 SULLIVAN, DON, 432 W LINCOLN DRIVE, DEFOREST, WI 53532-1209

10925 SULLIVAN, DORIS, 213 QUAIL RUN CR, FOUNTAIN INN, SC 29644

10925 SULLIVAN, DOROTHY, 553 MCKINNEY ROAD, SIMPSONVILLE, SC 29681

10925 SULLIVAN, DUDLEY, 27305 BENARD CRANE RD., ANGIE, LA 70426

10925 SULLIVAN, DWIGHT, 108 BEAVERDALE CIRCLE, SIMPSONVILLE, SC 29681

10925 SULLIVAN, ED, 4100 GLADES RD, FORT PIERCE, FL 34981

10925 SULLIVAN, EDWARD, 38 MELROSE AVE, BALTIMORE, MD 21228

10925 SULLIVAN, ELIZABETH, ROUTE 1 BOX 122, GRAFTON, WV 26354-0122

10925 SULLIVAN, ELLEN, 3RD & WASHINGTON, FRACKVILLE, PA 17931

10925 SULLIVAN, ESQ, WILLIAM D, ELUZON, AUSTIN, REARDON, TARLV, 300 DELAWARE AVE #1700, PO
      BOX 1630, WILMINGTON, DE 19899

10925 SULLIVAN, EUGENE, 175 GRANDVIEW AVE., MONSEY, NY 10952

10925 SULLIVAN, FAYE, 816 GARRISON RD, SIMPSONVILLE, SC 29681

10925 SULLIVAN, FRANCES, 1717-B FAIRFAX RD, GREENSBORO, NC 27407

10925 SULLIVAN, FRANK, 2533 E. 16TH ST., INDIANAPOLIS, IN 46201

10925 SULLIVAN, GEORGE, 4046 GATOR TRACE RD, FORT PIERCE, FL 34982-6823

10925 SULLIVAN, GERMAINE, 522 HEALD ROAD, CARLISLE, MA 01741-1418

10925 SULLIVAN, GREGORY, 48547 T.C. BRUMFIELD RD, FRANKLINTON, LA 70438

10925 SULLIVAN, HAROLD, 101 THOMASON VIEW RD, FOUNTAIN INN, SC 29644

10925 SULLIVAN, HELEN, 3219 BOBO SECTION, HAZEL GREEN, AL 35750

10925 SULLIVAN, HOUSTON, 98 HAPPY VALLEY ROAD, FOUNTAIN INN, SC 29644

10925 SULLIVAN, J, 409 CHESLEY DRIVE, SIMPSONVILLE, SC 29681

10925 SULLIVAN, J, PO BOX 472, SIMPSONVILLE, SC 29681

10925 SULLIVAN, JACQUELINE, 262 BOSTON AVE, MEDFORD, MA 02155

10925 SULLIVAN, JACQUELINE, 37 FRANK TANNER DR APT.6, READING, MA 01867-2312

10925 SULLIVAN, JAMES, 110 VILLAGE PK APT 18, SIMPSONVILLE, SC 29680

10925 SULLIVAN, JAMES, 1507 DAVENPORT ROAD, SIMPSONVILLE, SC 29680

10925 SULLIVAN, JAMES, 3473 FORKSHOAL RDE911, SIMPSONVILLE, SC 29681-6815

10925 SULLIVAN, JAN, 6997 FLOWER HILL RD., MIDDLESEX, NC 27557

10925 SULLIVAN, JANICE, 1500 W HIGHLAND ST #103, LAKELAND, FL 33801

10925 SULLIVAN, JEANNE, 39 FAIRMONT ST, ARLINGTON, MA 02174

10925 SULLIVAN, JERRY, ROUTE 1 BOX 740 OLD YORK HWY, DUNLAP, TN 37327

10925 SULLIVAN, JESSE, 500 PARKER ST APT. 1212, BOSTON, MA 02115

10925 SULLIVAN, JOANN, 42 CHARTER HOUSE AVE, PIEDMONT, SC 29673

10925 SULLIVAN, JOHN J, 2214 MOUNT VERNON BLVD, CLEVELAND, OH 44112-3613

10925 SULLIVAN, JOHN, 1003 E. OKLAHOMA, GRAND ISLAND, NE 68801

10925 SULLIVAN, JOHN, 1222 GREEN ST, MANITOWOC, WI 54220

10925 SULLIVAN, JOHN, 45 PLEASANT ST, SWAMPSCOTT, MA 01907

10925 SULLIVAN, JOHN, BOX 732, MEEKER, CO 81641

10925 SULLIVAN, JOHN, PO BOX 12, W BALDWIN, ME 04091

10925 SULLIVAN, JOHN, PO BOX 574, FOUNTAIN INN, SC 29644

10925 SULLIVAN, JOHN, W 8728 STEVENSON DR, POYNETTE, WI 53955

10925 SULLIVAN, JOHNSON & MANFREDI LLP, 2049 CENTURY PARK EAST, LOS ANGELES, CA 90067-2906

10925 SULLIVAN, JOSEPH, 2480 VALLEY HGT DR, GREEN BAY, WI 54311

10925 SULLIVAN, JOSEPHINE, 107 FREDERICK AVE, MEDFORD, MA 02155

10925 SULLIVAN, KAREN, 1801 MCKINLEY, LEVELLAND, TX 79336

10925 SULLIVAN, KATHERINE, 128 CLIFF RD, WELLESLEY HILLS MA, MA 02181

10925 SULLIVAN, KELLY, PO BOX 854, MEEKER, CO 81641

10925 SULLIVAN, KEVIN, 65 SAN LUIS RD, GANSEVOURT, NY 12831

10925 SULLIVAN, KIMBERLY, 106 WELLS ST, PALATKA, FL 32177

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 SULLIVAN, LAURA, 204 BOULDER CREEK, DESOTO, TX 75115

10925 SULLIVAN, LEWIS, 370 HAMPTON ROAD, HAMPTON, GA 30228

10925 SULLIVAN, LINDA, 105 LINCOLN ST, MARLBOROUGH, MA 01752

10925 SULLIVAN, LORETTA, 157 LANGDON AVE, WATERTOWN, MA 02472

10925 SULLIVAN, LORRY D, 27 BERMUDA LAKE DR, PALM BEACH GARDENS, FL 33418

10925 SULLIVAN, LORRY, 27 BERMUDA LAKE DR BALLEN ISLES, PALM BEACH GARDEN, FL 33418

10925 SULLIVAN, LORRY, 27 BERMUDA LAKE DRIVE, PALM BEACH GARDENS, FL 33418

10925 SULLIVAN, LYNNEANN, 17 AMARANTH AV, MEDFORD MA, MA 02155

10925 SULLIVAN, M, 4215 CYPRESS TRAILS DRIVE, POLK CITY, FL 33868-9026

10925 SULLIVAN, MAE, 1204 VENDOME DR W, MOBILE, AL 36609

10925 SULLIVAN, MARGARET, 5014 WEST MORSE, SKOKIE, IL 60077

10925 SULLIVAN, MARK, 136 WEST ADAMS ST, SOMERVILLE, MA 02145

10925 SULLIVAN, MARK, 20 JUNE AVE, NORWALK, CT 06850

10925 SULLIVAN, MARTHA, 101 THOMASONVIEW ROAD, FOUNTAIN INN, SC 29644

10925 SULLIVAN, MARTHA, 198 VALLEY HILL RD, ENOREE, SC 29335

10925 SULLIVAN, MARY, 41 TELLER ST, MARLBORO, MA 01752

10925 SULLIVAN, MARYANNE, 135 PLEASANT ST, #15, ARLINGTON, MA 02174

10925 SULLIVAN, MAUREEN, 357 E. 235 ST, BRONX, NY 10470

10925 SULLIVAN, MICHAEL, 1743 N. 47TH ST, MILWAUKEE, WI 53208

10925 SULLIVAN, MICHAEL, 213 QUAIL RUN CR., FOUNTAIN INN, SC 29644

10925 SULLIVAN, MICHAEL, 3839 N GREENVIEW, CHICAGO, IL 60613

10925 SULLIVAN, MICHAEL, 665 EAST ST, MANSFIELD, MA 02048

10925 SULLIVAN, MICHAEL, 7532 CO RD 50, CENTER, CO 81125

10925 SULLIVAN, NA, 3 BEL AIR DR, HINGHAM, MA 02043

10925 SULLIVAN, NANCY, % LENAHAN 6780 DENNIS CIRCLE, NAPLES, FL 33942

10925 SULLIVAN, PATRICK, 14508 HARVEST CREST AVE, BAKERSFIELD, CA 93312

10925 SULLIVAN, PAUL, 1654 W PAULSON DR, GREEN BAY, WI 54313

10925 SULLIVAN, PAUL, PO BOX 261, SIMPSONVILLE, SC 29681

10925 SULLIVAN, PAULA, 40 HARRIETT AVE, BURLINGTON, MA 01803

10925 SULLIVAN, PAULA, RT 3 BOX 379, GRAY COURT, SC 29645

10925 SULLIVAN, RALPH, 106 ABERCROMBIE LANE, SIMPSONVILLE, SC 29681

10925 SULLIVAN, RICHARD, PO BOX 234, SUPERIOR, NE 68978

10925 SULLIVAN, ROBERT E, HWY 221, ENOREE, SC 29335

10925 SULLIVAN, ROBERT, 12 EAST ST, WINCHESTER, MA 01890

10925 SULLIVAN, ROBERT, 198 VALLEY HILL RD, ENOREE, SC 29335

10925 SULLIVAN, ROBERT, 7 PARSONAGE RD, ENOREE, SC 29335

10925 SULLIVAN, ROBERT, 81 STONY BROOK ROAD, WESTFORD, MA 01886

10925 SULLIVAN, ROBERT, PO BOX 45, LAUREL, MS 39441-0045

10925 SULLIVAN, ROSCOE, 2415 W DRIVE, SELMA, AL 36701

10925 SULLIVAN, SANDRA, 42 BROADVIEW, KANSAS CITY, KS 66101

10925 SULLIVAN, SHANA, HWY 221, ENOREE, SC 29335

10925 SULLIVAN, SHANA, RTE 1 BOX 51, ENOREE, SC 29335

10925 SULLIVAN, SHARON, 166 FEATHERBED LANE, FLEMINGTON, NJ 08822-9342

10925 SULLIVAN, SHIRLEY, 3070 HWY 101 NORTH, GRAY COURT, SC 29645

10925 SULLIVAN, SHIRLEY, 434 HWY 101, GRAY COURT, SC 29645

10925 SULLIVAN, SHIRLEY, 5175 EAST COUNTY RD., 350 S., PLAINFIELD, IN 46168-8337

10925 SULLIVAN, SONDRA, 12219 GREENWELL SPRINGS ROAD, BATON ROUGE, LA 70814

10925 SULLIVAN, TERATHER, PO BOX 576, FOUNTAIN INN, SC 29644

10925 SULLIVAN, TERRILL, 2825 HANNA ROAD, INDIANAPOLIS, IN 46168

10925 SULLIVAN, TIMOTHY, 6798 DARYLANE DR., DUBLIN, OH 43017

10925 SULLIVAN, VALARIE, 207 WEST BELVEDERE RD, GREENVILLE, SC 29605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 SULLIVAN, WALTER, PO BOX 395, FOUNTAIN INN, SC 29644

10925 SULLIVAN, WILLIAM, 1070 MT SHOALS RD, ENOREE, SC 29335

10925 SULLIVAN, WILLIAM, BROOKSIDE CONDOMINIUM UNIT E13, CORNWALL, NY 12518

10925 SULLIVAN, WILLIAM, ROUTE 1 BOX 122, GRAFTON, WV 26354-0122

10925 SULLIVAN, WILLIE, 22 SULLIVAN ST, GREENVILLE, SC 29605-3931

10925 SULLO, MARK, 20 THERESA DRIVE, WEST NYACK, NY 10994

10925 SULLOWAY HOLLIS & SODEN, 9 CAPITOL ST., CONCORD, NH 03302-1256

10925 SULOUFF JT TEN, NELSON R & KILJA CHOE, 1416 E MULE TRAIN DR S C V, TUCSON, AZ 85737-8834

10925 SULPHUR DRY CLEANERS, 104 RAILROAD AVE., SULPHUR, LA 70663

10925 SULPHUR FLORIST, 423 CYPRESS ST, SULPHUR, LA 70663

10925 SULPHUR KIWANIS, PO BOX 2206, SULPHUR, LA 70664

10925 SULPHUR SPRINGS ISD, 631 CONNALLY, SULPHUR SPRINGS, TX 75482

10924 SULPHUR SPRINGS TECHNICAL CTR., C/O BAHL INSULATION, SULPHUR SPRINGS, TX 75482

10925 SULPIZIO, THOMAS, 52 TOURAN LANE, GOLETA, CA 93117

10924 SULROSS UNIVERSITY, HIGHWAY 90 EAST, ALPINE, TX 79830

10925 SULTAN, SHAHJAHAN, 3510 COVENTRY CT DR, ELLICOTT CITY, MD 21042

10925 SULTANA, RAZIA, 299 E OAKDENE AVE, TEANECK, NJ 07666

10925 SULTENFUSS, LARRY, 68 GUNSTON CT., CONROE, TX 77302

10925 SULU, JOHAN, 240 BAKER ST, WEST ROXBURY, MA 02132

10925 SULZBACH, CASEY, RT 2 BOX 502, RIVERTON, WY 82501

10925 SULZBERG, MAY, 4859-A EQUESTRIAN CIRCLE, BOYNTON BEACH, FL 33436-4305

10925 SULZER CHEMTECH USA, 1605 S. BATTLEGROUND RD., LA PORTE, TX 77571

10925 SULZER METCO (US) INC, MICHAEL S LYDON, 1101 PROSPECT AVE, WESBURY, NY 11590

10924 SULZER METCO (WESTBURY) INC., 1101 PROSPECT AVENUE, WESTBURY, NY 11590

10924 SULZER METCO (WESTBURY) INC., 220 MILLER PLACE, WESTBURY, NY 11590

10925 SUMERAL, JAMES, 688 N. HARPER ST, LAURENS, SC 29360

10925 SUMERELS UPHOLSTERY & TRIM SERVICE, 100 MCDOWELL ST, LAURENS, SC 29360

10924 SUMERLIN POINT OFFICE BUILDING, MELRE CONSTRUCTION-C/O ALL STATES, FORT MYERS, FL 33907

10925 SUMILANG, RODERICO, 133 MAPLE ST, TEANECK, NJ 07666

10925 SUMINSKI, MARK, 1801 NE TRILEIN DRIVE, ANKENY, IA 50021-4603

10924 SUMIT HOSPITAL, THE, C/O HICO, 17000 MEDICAL CENTER DRIVE, BATON ROUGE, LA 70816

10925 SUMITOMO BANK LIMITED, THE, 133 PEACHTREE ST. #3210, ATLANTA, GA 30303

10925 SUMITOMO BANK, LTD, THE, 277 PARK AVE., NEW YORK, NY 10172

10925 SUMLAR, RICHELLE, 410 W. TAHOE, RIALTO, CA 92376

10925 SUMLAR, ROYCE, 410 W TAHOE, RIALTO, CA 92376

10925 SUMLIN, TERRANCE, 151 MURRAY HILL AVE, ATLANTA, GA 30317

10924 SUMMA HEALTH, 1985 MANCHESTER ROAD, AKRON, OH 44314

10924 SUMMA LABORATORIES, PO BOX 147, MINERAL WELLS, TX 76068

10924 SUMMA RX LABORATORIES, 2940 FM 3028, MINERAL WELLS, TX 76067

10924 SUMMA RX LABORATORIES, PO BOX 147, MINERAL WELLS, TX 76068

10925 SUMMA TECHNOLOGY INC, 140 SPARKMAN DRIVE, HUNTSVILLE, AL 35805

10925 SUMMAS, ROBIN, 6636 TIBURON CIRCLE, BOCA RATON, FL 33433

10924 SUMMER OPTICAL, 321 MORRIS ROAD, FORT WASHINGTON, PA 19034

10924 SUMMER WIND SHCOOL, CAMBRIDGE, MA 99999

10924 SUMMER WIND SHCOOL, ZELLNER PLASTERING, PALMDALE, CA 93550

10925 SUMMER, HARLYNNE, 6621 WEST 86TH PLACE, LOS ANGELES, CA 90045

10925 SUMMER, HAROLD, 401 S FIRST ST, EASLEY, SC 29640

10925 SUMMERFIELD SUITES HOTEL, 2 VAN DE GRAAFF DR, BURLINGTON, MA 01803

10925 SUMMERHAYS, WILLIAM, 17 COUNTRY WAY, LYMAN, ME 04005

10925 SUMMERROW, JULIUS, 3216 GLEASON DR. APT. 10, EAST RIDGE, TN 37412

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SUMMERS  ELECTRIC, 4102 EAST HWY 332, FREEPORT, TX 77541 | |
| 10924 | SUMMERS ELECTRIC, 2626 ELECTRONIC LANE, DALLAS, TX 75220 | |
| 10925 | SUMMERS ELECTRIC, PO BOX 200005, DALLAS, TX 75320-0005 | |
| 10924 | SUMMERS ELECTRIC, PO BOX 9057, ADDISON, TX 75001-1085 | |
| 10924 | SUMMERS ELECTRICAL SUPPLIERS, 4601 SPRING VALLEY, DALLAS, TX 75244 | |
| 10925 | SUMMERS FIRE SPRINKLERS, 1534 N W 1ST AVENE, BOCA RATON, FL 33432 | |
| 10925 | SUMMERS FIRE SPRINKLERS, INC, 1534 NW 1ST AVE, BOCA RATON, FL 33432 | |
| 10924 | SUMMERS INVESTMENT INC., 15580 GEORGE O'NEAL, BATON ROUGE, LA 70817 | |
| 10925 | SUMMERS WYATT, 500 LINDSAY ST, CHATTANOOGA, TN 37403-3496 | |
| 10925 | SUMMERS, BILL, PO BOX 2343, COLUMBIA FALLS, MT 59912 | |
| 10925 | SUMMERS, CHRISTOPHER, 5407 D ST SE #102, WASHINGTON, DC 20020 | |
| 10925 | SUMMERS, HAROLD, 382 CONNECTICUT AV, TRENTON, NJ 08629 | |
| 10925 | SUMMERS, HARRY, 4690 EDWARDIAN CR, INDIANAPOLIS, IN 46254 | |
| 10925 | SUMMERS, KENNETH, 2513 WESTSIDE AVE, NORFOLK, NE 68701 | |
| 10925 | SUMMERS, KEVIN, PO BOX 27, GLEN JEAN, WV 25846 | |
| 10925 | SUMMERS, MARTHA, 4012 EAST 34TH ST., INDIANAPOLIS, IN 46218 | |
| 10925 | SUMMERS, NEUREMA, 1234 BAILEY AVE, MACON, GA 31204 | |
| 10925 | SUMMERS, PAUL, 500 CHARLOTTE AVE, NASHVILLE, TN 37243 | |
| 10925 | SUMMERS, RANDY, 105 JUDY ST, COLUMBIA, MS 39429 | |
| 10925 | SUMMERS, ROBERT, 6880 COMSTOCK AVE, RIVERSIDE, CA 92503 | |
| 10925 | SUMMERS, SUE, 843 CATHEDRAL DRIVE, VA BEACH, VA 23455 | |
| 10925 | SUMMERS, WILLACE, 114 MARKET ST, VIENNA, MD 21869-0127 | |
| 10925 | SUMMERS, WILLIAM, 1025 STETSER AVE, YEADON, PA 19050 | |
| 10925 | SUMMERSGILL, LORRAINE, 66 ROUND TOP ROAD, WARREN,, NJ 07060 | |
| 10925 | SUMMERSON, BARBARA M, 9878 OLD ANNAPOLIS ROAD, ELLICOTT CITY, MD 21042 | |
| 10925 | SUMMERSON, BARBARA, 9878 OLD ANNAPOLIS R, ELLICOTT CITY, MD 21042 | |
| 10924 | SUMMERTIME CONCRETE INC., 1600 EAST MAIN STREET, LANSING, MI 48912 | |
| 10924 | SUMMERTIME CONCRETE, INC., 1600 E MAIN ST, LANSING, MI 48912 | |
| 10925 | SUMMERTON, JAMES, 125B S MAPLE AVE, PARK RIDGE, NJ 07656 | |
| 10925 | SUMMEY, GARY, 469 BLACK ROCK ROAD, HANOVER, PA 17331 | |
| 10924 | SUMMIT BUILDING SUPPLY, RT 3, BURNSVILLE, NC 28714 | |
| 10925 | SUMMIT CLUB, 5100 POPLAR AVE, MEMPHIS, TN 38137-3203 | |
| 10925 | SUMMIT CLUB, THE, CLARK TOWER 5100 POPLAR AVE, MEMPHIS, TN 38137-3203 | |
| 10924 | SUMMIT CONSTRUCTION, 7120 PATRONIS DRIVE, PANAMA CITY BEACH, FL 32407 | |
| 10924 | SUMMIT CORPORATION, 1430 WATERBURY ROAD, THOMASTON, CT 06787 | |
| 10924 | SUMMIT ELECTRIC SUPPLY CO, 2626 ELECTRONIC LANE, DALLAS, TX 75220 | |
| 10924 | SUMMIT ELECTRIC SUPPLY, 500 N BEACH STREET, FORT WORTH, TX 76111-7254 | |
| 10924 | SUMMIT ELECTRIC SUPPLY, P.O. BOX 6409, ALBUQUERQUE, MN 87197 | |
| 10925 | SUMMIT INDUSTRIAL PRODUCTS, PO BOX 131359, TYLER, TX 75713 | |
| 10925 | SUMMIT LAND, VILLAGE GREEN EAST. STE 700, 152 HIMMELEIN RD, MEDFORD, NJ 08055 | |
| 10925 | SUMMIT MEDICAL CENTER, DEPT 725, DENVER, CO 80291-0725 | |
| 10924 | SUMMIT MOB, 3901 CENTRAL PIKE, HERMITAGE, TN 37076 | |
| 10924 | SUMMIT PACKAGING SYSTEMS INC., GRENIER FIELD, MANCHESTER, NH 03108 | |
| 10924 | SUMMIT POINT, 21875 HAGGERTY ROAD, NOVI, MI 48377 | |
| 10924 | SUMMIT POLYMERS, 4750 EXECUTIVE DRIVE, KALAMAZOO, MI 49001 | |
| 10924 | SUMMIT POLYMERS, INC., 1211 PROGRESS STREET, STURGIS, MI 49091 | |
| 10925 | SUMMIT ROOFING INC., 1282 W.OAK GROVE RD., MONTROSE, CO 81401 | |
| 10925 | SUMMIT SALES & SERVICE CO INC, POBOX 110008, BIRMINGHAM, AL 35211 | |
| 10925 | SUMMIT SALES & SERVICE CO INC, POBOX 720477, ATLANTA, GA 30358-2477 | |
| 10924 | SUMMIT SPECIALTIES, 508 JONES, GRANDVIEW, MO 64030 | |
| 10924 | SUMMIT SPECIALTIES, P O BOX 2161, LEES SUMMIT, MO 64063 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 SUMMIT SPECIALTY, PO BOX871, GRANDVIEW, MO 64030

10925 SUMMIT TANK & EQUIPMENT CO INC, POBOX 9, SUMMIT, IL 60501

10925 SUMMIT TECHNICAL SERVICES, PO BOX 9164, PROVIDENCE, RI 02940

10925 SUMMIT TECHNOLOGIES, 3501 S CORONA, SUITE 4, ENGLEWOOD, CO 80110

10925 SUMMIT TRAILER SALES INC, ONE SUMMIT PLAZA, SUMMIT STATION, PA 17979

10925 SUMMIT TRAINING SOURCE INC, 2660 HORIZON DRIVE SE, GRAND RAPIDS, MI 49546

10925 SUMMIT TRAINING SOURCE INC., 2660 HORIZON DRIVE S.E., GRAND RAPIDS, MI 49546

10925 SUMMIT TRAINING SOURCE, INC, 2660 HORIZON DRIVE, S.E., GRAND RAPIDS, MI 49546

10925 SUMMIT VENTURES LLC, 1920 FRONTAGE RD. STE 107, LANDMARK II, CHERRY HILL, NJ 08034-2270

10925 SUMMIT WASTE SERVICES, PO BOX 78829, PHOENIX, AZ 85062-8829

10925 SUMMIT WASTE SERVICES, PO BOX 98010, LOUISVILLE, KY 40298-8010

10924 SUMMIT WINDOWS & PATIO DOOR, 909 PACESETTER, RANTOUL, IL 61866

10924 SUMMITT DRIVE ELEMENTRY, 424 SUMMITT DRIVE, GREENVILLE, SC 29609

10925 SUMMITT ENVIRONMENTAL TECH INC, 595 EAST TALLMADGE AVE, AKRON, OH 44310

10924 SUMMITT MED. BLDG., 7211 WELLINGTON DR., KNOXVILLE, TN 37919

10924 SUMMITT VIEW OFFICE BUILDING, 32 PLUM STREET, TRENTON, NJ 08638

10924 SUMMITVILLE POMPANO, INC., 1330 S. ANDREWS AVE., POMPANO BEACH, FL 33069

10925 SUMMONS, PATSY, 3975 N. NELLIS #1167, 3, LAS VEGAS, NV 89115

10925 SUMNER B GOTLIB AS CUST FOR, MICHAEL C GOTLIB UNDER THE MAINE, UNIFORM TRANSFERS TO MINOR ACT, 1674 RYE TERRACE, WELLINGTON, FL 33414-8632

10924 SUMNER COUNTY MEDICAL CENTER, C/O HICO CONCRETE, GALLATIN, TN 37066

10925 SUMNER R LIBBY &, MILLICENT Y LIBBY JT TEN, 35 DEEPDATE DR, MANHASSET, NY 11030-3303

10925 SUMNER, JACALYN, 6057 28TH AVE DR, VINTON, IA 52349

10925 SUMNER, JAMES, 724 WANDERING LANE, OWENSBORO, KY 42301

10925 SUMNER, JEAN, 1131 A MAPLE AVE, ST LOUIS, MO 63138

10925 SUMNER, PHILIP, PO BOX 244, KATHLEEN, FL 33849-0244

10924 SUMPTER REGIONAL HOSPITAL, BEERS CONSTRUCTION, 100 WHEATLEY DR., AMERICUS, GA 31709

10925 SUMPTER, CARROL, 3320 SPINNAKER LANE, DETROIT, MI 48207

10925 SUMPTER, DANIEL, 525 EAST 8TH ST, HOLTVILLE, CA 92250

10925 SUMPTER, NATASHIA, 914 N MERRIMAN RD, GEORGETOWN, SC 29440

10925 SUMPTER, SUE ANN, 2866 AFTON MT ROAD, AFTON, VA 22920-0000

10925 SUMRALL, JIMMY, 396 CEDAR PT, LIVINGSTON, TX 77351-8855

10925 SUMRALL, KERRY, BOX 1111, SONORA, TX 76950

10925 SUMRALL, YOLANDA, PO BOX 1111, SONORA, TX 76950

10925 SUMRELL SUGG CARMICHAEL, 310 BROAD ST, NEW BERN, NC 28560

10924 SUMTER COATINGS, 2410 HWY 15 SOUTH, SUMTER, SC 29154

10924 SUMTER REGIONAL MEDICAL CENTER, 100 WHEATLEY DRIVE, AMERICUS, GA 31709

10925 SUMTER, BARBARA, BASE HILL ROAD, HOPKINS, SC 29061

10925 SUMTER, MARGARET, 4800 SW BRYANT RD, CLAREMORE, OK 74017

10924 SUN BADGE COMPANY, 712 W. CIENEGA AVENUE, SAN DIMAS, CA 91773

10924 SUN BANK, THE, C/O NATIONAL SURFACE CLEANING, MIAMI, FL 33139

10925 SUN BELT PROPERTIES INC., GEN COUNSEL, PO BOX 17805, SAN ANTONIO, TX 78127

10924 SUN CHEMICAL - SPECIALTY, 3730 OLD TASSO ROAD, NE, CLEVELAND, TN 37312-5729

10924 SUN CHEMICAL CO., 3200 FESTIVAL DRIVE, KANKAKEE, IL 60901

10924 SUN CHEMICAL COMPANY, 3200 FESTIVAL DRIVE, KANKAKEE, IL 60901

10924 SUN CHEMICAL CORP, 135 W LAKE STREET, MELROSE PARK, IL 60164

10924 SUN CHEMICAL CORP, 1599 FACTOR AVENUE, SAN LEANDRO, CA 94577

10925 SUN CHEMICAL CORP, F MICHAEL ZACHARA, 222 BRIDGE PLAZA SOUTH, FORT LEE, NJ 07024

10925 SUN CHEMICAL CORP, SEQUA CORP, ATTN: LEONARD P PASCULLI, THREE UNIVERSITY PLAZA, HACKENSACK, NJ 07601

10924 SUN CHEMICAL CORP. 262, 5551 DISTRICT BLVD., BAKERSFIELD, CA 93313

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SUN CHEMICAL CORP., 135 W. LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL CORPORATION, 1125 VALLEY BELT RD, CLEVELAND, OH 44131 | |
| 10924 | SUN CHEMICAL CORPORATION, 135 W LAKE ST., NORTHLAKE, IL 60164 | |
| 10924 | SUN CHEMICAL CORPORATION, 135 W. LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL CORPORATION, 135 WEST LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL CORPORATION, 1357 SEABOARD INDUSTRIAL BLVD., ATLANTA, GA 30318 | |
| 10924 | SUN CHEMICAL CORPORATION, 1505 109TH STREET, GRAND PRAIRIE, TX 75050 | |
| 10924 | SUN CHEMICAL CORPORATION, 1701 WESTINGHOUSE BLVD., CHARLOTTE, NC 28273 | |
| 10924 | SUN CHEMICAL CORPORATION, 222 BRIDGE PLAZA SOUTH, FORT LEE, NJ 07024 | |
| 10924 | SUN CHEMICAL CORPORATION, 285 STATE STREET, NORTH HAVEN, CT 06473 | |
| 10924 | SUN CHEMICAL CORPORATION, 3115 LONG LAKE RD, SAINT PAUL, MN 55113 | |
| 10924 | SUN CHEMICAL CORPORATION, 3301 W. HUNTING PARK AVENUE, PHILADELPHIA, PA 19129 | |
| 10924 | SUN CHEMICAL CORPORATION, 3435 WEST LEIGH STREET, RICHMOND, VA 23230 | |
| 10924 | SUN CHEMICAL CORPORATION, 795 BEAHAN ROAD, ROCHESTER, NY 14624 | |
| 10925 | SUN CHEMICAL CORPORATION, POBOX 75581, CHICAGO, IL 60675-5581 | |
| 10924 | SUN CHEMICAL CORPORATIONS, 135 W LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL CORPORTATION, 135 W. LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL SPECIALTY INKS, 4910 S. MONITOR AVENUE, CHICAGO, IL 60638 | |
| 10924 | SUN CHEMICAL, 1100 FAIRCHILD ROAD, WINSTON SALEM, NC 27105 | |
| 10924 | SUN CHEMICAL, 12049 CENTRON PLACE, CINCINNATI, OH 45246 | |
| 10924 | SUN CHEMICAL, 12963 PARK STREET, SANTA FE SPRINGS, CA 90670 | |
| 10924 | SUN CHEMICAL, 1301 S. PARK AVENUE, LINDEN, NJ 07036 | |
| 10924 | SUN CHEMICAL, 135 W LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL, 135 W. LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL, 135 W. LAKESTREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL, 135 WEST LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL, 1380 FORD STREET, MAUMEE, OH 43537 | |
| 10924 | SUN CHEMICAL, 1705 NW 79TH AVENUE, MIAMI, FL 33126 | |
| 10925 | SUN CHEMICAL, 222 BRIDGE PLAZA SOUTH, FORT LEE, NJ 07024 | |
| 10924 | SUN CHEMICAL, 3115 LONG LAKE ROAD, SAINT PAUL, MN 55113 | |
| 10924 | SUN CHEMICAL, 4395 PIGEON ROOST ROAD, MEMPHIS, TN 38118 | |
| 10924 | SUN CHEMICAL, 450 MILWAUKEE STREET, MENASHA, WI 54952 | |
| 10924 | SUN CHEMICAL, 6989 N E CORPORATE DRIVE, KANSAS CITY, MO 64120 | |
| 10924 | SUN CHEMICAL, 7427 COMPANY DRIVE, INDIANAPOLIS, IN 46237 | |
| 10924 | SUN CHEMICAL, GPI DIVISION, 135 WEST LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL-DO NOT USE, GPI DIVISION, 135 WEST LAKE STREET, MELROSE PARK, IL 60164 | |
| 10924 | SUN CHEMICAL-HOUSTON, 3407 NAVIGATION, HOUSTON, TX 77003 | |
| 10924 | SUN CHEMICAL-REGENT, 120 REGENT DRIVE, WINSTON SALEM, NC 27103 | |
| 10924 | SUN CITY REDI-MIX, 425 N. AMERICAS AVENUE, EL PASO, TX 79907 | |
| 10925 | SUN CLEANING SYSTEMS INC, 2200 S AUSTIN ST, MILWAUKEE, WI 53207 | |
| 10925 | SUN COAST HOSPITAL, 2025 INDIAN ROCKS ROAD, LARGO, FL 33774 | |
| 10924 | SUN COATINGS INC., 12900 ECKEL JUNCTION ROAD, PERRYSBURG, OH 43551 | |
| 10925 | SUN COMPANY INC. (R&M), PO BOX 8500 K-170, PHILADELPHIA, PA 19178 | |
| 10924 | SUN COMPANY INC.(R&M), CONTACT: PLANT 2 OPERATOR, ATTN: PLANT #2-VESSEL #02105, OREGON, OH 43616 | |
| 10924 | SUN COMPANY INC.(R&M), PO BOX 920, TOLEDO, OH 43693 | |
| 10924 | SUN COMPANY INC., 35TH & MIFFLIN STREETS., PHILADELPHIA, PA 19145 | |
| 10924 | SUN COMPANY INC., ATTN: PLANT #2-VESSEL #02105, TOLEDO, OH 43693 | |
| 10924 | SUN COMPANY INC., GIRARD POINT, PO BOX 60544, PHILADELPHIA, PA 19145 | |
| 10924 | SUN CONSTRUCTION EQUIPMENT, 517 MASON AVE, DAYTONA BEACH, FL 32117 | |
| 10925 | SUN CONSTRUCTION EQUIPMENT, INC, POBOX 6274, DAYTONA BEACH, FL 32122 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SUN CONSTRUCTION EQUIPMENT, PO BOX 6274, DAYTONA BEACH, FL 32122 | |
| 10925 | SUN CONTRACTING & MAINT, INC, PO BOX 116, WESTLAKE, LA 70669 | |
| 10924 | SUN CORN PRE-COOLER, OLD PAHOKEE FARMERS MARKET (BACK), PAHOKEE, FL 33476 | |
| 10924 | SUN COUNTRY DISTRIBURING, 7006 S. 108TH ST., OMAHA, NE 68128 | |
| 10924 | SUN COUNTRY DISTRIBUTING, PO BOX19569, DENVER, CO 80219 | |
| 10925 | SUN COUNTRY REDI-MIX INC, PO BOX 772, BERNALILLO, NM 87004 | |
| 10925 | SUN ENERGY PRODUCTS CORP., PO BOX 9926, FORT LAUDERDALE, FL 33310 | |
| 10924 | SUN EXPLORATION & PRODUCTION, PO BOX 1501, HOUSTON, TX 77251-1501 | |
| 10924 | SUN FOUNDATIONS INC, 16645 E 11TH PLACE, AURORA, CO 80011 | |
| 10924 | SUN GRO HORTICULTURAL INC., 15831 N.E. 8TH ST., BELLEVUE, WA 98008 | |
| 10924 | SUN GRO HOTICULTURE INC, 1120 W. INDUSTRIAL WAY, FILLMORE, UT 84631 | |
| 10924 | SUN GRO, 1120 W. INDUSTRIAL WAY, FILLMORE, UT 84631 | |
| 10924 | SUN GRO, 9752 C.R.310, TERRELL, TX 75160 | |
| 10924 | SUN GRO/MADISON ELMA, MANITOBA, P O BOX 100, ELMA, MB R0E 0Z0TORONTO | *VIA Deutsche Post* |
| 10924 | SUN INTERNATIONAL BAHAMAS LTD, PARADISE ISLAND READY MIX, BAY & VICTORIA AVENUE, NASSAU, N-641BHS | *VIA Deutsche Post* |
| 10924 | SUN INTERNATIONAL BAHAMAS LTD, PARADISE ISLAND READY MIX, C/O TROPICAL SHIPPING, 4 EAST PORT ROAD, RIVIERA BEACH, FL 33404 | |
| 10925 | SUN JIN OH, 528-1101 SINNAE DOOSAN, APT MUK-DONG, SEOUL, KOREA | *VIA Deutsche Post* |
| 10924 | SUN KING/BRUCE CHURCH, YUMA, AZ 85364 | |
| 10925 | SUN LIFE ASSURANCE CO OF CANADA, 225 KING ST, TORONTO, ON M5V 3C5CANADA | *VIA Deutsche Post* |
| 10924 | SUN MICRO LAB, 183 BEDFORD STREET, BURLINGTON, MA 01803 | |
| 10924 | SUN MICRO SYSTEMS BUILDING 5 & 6, 835 SCHOOL STREET, PAWTUCKET, RI 02860 | |
| 10924 | SUN MICRO, C/O SAN FRANCISCO GRAVEL, MENLO PARK, CA 94025 | |
| 10924 | SUN MICRO, FREDRICK MEISWINKLE, MENLO PARK, CA 94025 | |
| 10924 | SUN MICRO, MENLO PARK, CA 94025 | |
| 10925 | SUN MICROSYSTEMS, INC, 901 SAN ANTONIO RD., PALO ALTO, CA 94303 | |
| 10925 | SUN MICROSYSTEMS, INC, DRAWER CS 198330, ATLANTA, GA 30384-8330 | |
| 10925 | SUN NUCLEAR, 425-A PINEDA COURT, MELBOURNE, FL 32940 | |
| 10925 | SUN OFFICE FURNITURE, 910 SW 2ND PLACE, POMPANO BEACH, FL 33069 | |
| 10924 | SUN PACIFIC BIO LAB., 4357 N.W. ELMWOOD DRIVE, CORVALLIS, OR 97330 | |
| 10925 | SUN PACKAGING TECHNOLOGIES INC, 2200 NW 32ND ST SUITE 1700, POMPANO BEACH, FL 33069 | |
| 10924 | SUN PRAIRIE CONCRETE CO INC, 315 LINNERUD DRIVE, SUN PRAIRIE, WI 53590 | |
| 10924 | SUN PRAIRIE CONCRETE CO INC, 5185 REINER ROAD, MADISON, WI 53704 | |
| 10924 | SUN PRAIRIE CONCRETE CO. INC., 5185 REINER RD, MADISON, WI 53704 | |
| 10924 | SUN PROCESS CONVERTING COMPANY, 1660 KENNETH DRIVE, MOUNT PROSPECT, IL 60056 | |
| 10924 | SUN PROCESS CONVERTING INC., 505 BONNIE LANE, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | SUN READY MIX, ATTN:  ACCOUNTS PAYABLE, PUNTA SANTIAGO, PR 00741-0902PUERTO RICO | *VIA Deutsche Post* |
| 10924 | SUN READY MIX, CARR #3, KM 75.7, BO JUNQUITO, HUMACAO, PR 791PUERTO RICO | *VIA Deutsche Post* |
| 10924 | SUN READY MIX-USE #500261, ATTN:  ACCOUNTS PAYABLE, PUNTA SANTIAGO, PR 00741-0902PUERTO RICO | *VIA Deutsche Post* |
| 10924 | SUN REF. & MARKTING OF PHILADELPHIA, 3144 PASSYUNK AVENUE, PHILADELPHIA, PA 19145 | |
| 10924 | SUN REF. & MARKTING OF PHILADELPHIA, UNIT #868, 3144 PASSYUNK AVENUE, PHILADELPHIA, PA 19145 | |
| 10925 | SUN REFINING & MARKETING CO., POBOX 8500 K-170, PHILADELPHIA, PA 19178 | |
| 10924 | SUN REFINING & MARKETING COMPANY, 1700 SOUTH UNION, TULSA, OK 74107 | |
| 10924 | SUN REFINING & MARKETING COMPANY, PO BOX 340, TULSA, OK 74102 | |
| 10924 | SUN REFINING & MARKETING, PT. BREEZE, PO BOX 60544, PHILADELPHIA, PA 19145 | |
| 10924 | SUN REFINING & MARKETING, SCHUYLKILL & LANIER AVENUES, PHILADELPHIA, PA 19145 | |
| 10924 | SUN REFINING & MARKETING, UNIT #868, PHILADELPHIA, PA 19145 | |
| 10924 | SUN REFINING & MKTG, BLUE BALL AVENUE, DROP POINT 54, MARCUS HOOK, PA 19061 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SUN REFINING AND MARKETING CO., ATTN: GAIL BRADLEY, DELAWARE AVE. & GREEN STREET, MARCUS HOOK, PA 19061

10924   SUN REFINING AND MARKETING CO., MARCUS HOOK REFINERY PLANT #10-4, MARCUS HOOK, PA 19061

10924   SUN RISE MATERIALS, DIV OF LANE CONSTRUCTION, ORONO, ME 04473

10925   SUN SPECIALTIES INC, ASI #339220, TEWKSBURY, MA 01876-4708

10924   SUN TRUST, 300 SOUTH ORANGE AVENUE, ORLANDO, FL 32801

10925   SUN VALLEY COMPUTER WORKS, 3923 E HAMPTON CIR, MESA, AZ 85206-3248

10925   SUN WEST CONTAINER CO, 2509 N. 34TH DR., PHOENIX, AZ 85009

10925   SUN WEST CONTAINER CO., 1070 E. MILLST., TUCSON, AZ 85719

10925   SUN WEST METALS, INC, 1150 N. LEMON ST., ANAHEIM, CA 92801

10925   SUN, FAWN, 72 WEST ST, MEDFIELD, MA 02052

10925   SUN, JEAN, 615 ANHINGA RD, WINTER SPRINGS, FL 32708

10925   SUN, JIANMIN, 6941 HARVARD LANE, CANTON, MI 48187

10925   SUN, LISA, 23 ALSTON ST., SOMERVILLE, MA 02143

10925   SUN, WILLY, 18 SMITH AVE, LEXINGTON, MA 02421-5908

10925   SUN, XIUDONG, 12 GROVE ST #2, ARLINGTON, MA 02476

10925   SUN, XIUDONG, 17 PURCELL ROAD, ARLINGTON, MA 02474

10925   SUNBEAM CONSUMER PRODUCTS, 95 WL RUNNELS ROAD, HATTIESBURG, MS 39401

10925   SUNBEAM PRECISION INSTRUMENT, 76 PASSAIC ST, WOOD-RIDGE, NJ 07075

10925   SUNBELT ASPHALT & MATERIALS, POBOX 200396, DALLAS, TX 75320-0396

10925   SUNBELT CEMENT INC, PO BOX 200699, DALLAS, TX 75320-0699

10924   SUNBELT CEMENT, 2580 WALD ROAD, HOUSTON, TX 77001

10924   SUNBELT CEMENT, BALCONES PLANT, NEW BRAUNFELS, TX 78132

10924   SUNBELT CHEMICAL WORKS, INC., HIGHWAY 31, WEST, ATMORE, AL 36502

10924   SUNBELT CHEMICAL WORKS, INC., PO BOX 5, ATMORE, AL 36502

10925   SUNBELT CONTROLS, INC, 5155 BELMONT, BEAUMONT, TX 77707

10925   SUNBELT FIRE PROTECTION, 10555 W LITTLE YORK RD, HOUSTON, TX 77041-4011

10924   SUNBELT INSULATION INCORPORATED, P.O. BOX 27094, GREENVILLE, SC 29616

10925   SUNBELT POWER SYSTEMS, DRAWER CS198772, ATLANTA, GA 30384-8772

10925   SUNBELT RENTALS, INC, 2599 COMMERCE BLVD., CINCINNATI, OH 45241

10925   SUNBELT RENTALS, INC, PO BOX 579, NEWINGTON, VA 22122-0579

10925   SUNBELT RENTALS,INC, 611 TEMPLETON AVE., STE 107, CHARLOTTE, NC 28203

10925   SUNBELT SUPPLY CO, INC, 3365 E. NAPOLEON ST., SULPHUR, LA 70663

10925   SUNBELT SUPPLY CO, INC, PO BOX 91037, DALLAS, TX 75395-1037

10925   SUNBELT TRACKWORKS, INC, PO BOX 72995, CHATTANOOGA, TN 73407

10924   SUNBURST POOLS INC., 10554 DORCHESTER ROAD, SUMMERVILLE, SC 29485

10925   SUNBURST SANITATION CORP, POBOX 15439, WEST PALM BEACH, FL 33416-5439

10925   SUNCHEMICAL, PO BOX 15147, NEWARK, NJ 07192

10925   SUNCITY LIFT COMPANY #1, 1650 SIOUX DR, EL PASO, TX 79925

10924   SUNCO, 3609 HWY. 501, MYRTLE BEACH, SC 29578

10925   SUNCOAST CHAMBER OF COMMERCE, 2001 BROADWAY, STE 301A, RIVIERA BEACH, FL 33404

10925   SUNCOM COMMUNICATIONS LLC, 4059 YANCEY ROAD, CHARLOTTE, NC 28217

10925   SUNCOM WIRELESS, PO BOX 64566, BALTIMORE, MD 21264-4566

10925   SUNCOM, PO BOX 64566, BALTIMORE, MD 21264-4566

10925   SUNCOM, POBOX 64566, BALTIMORE, MD 21264-4566

10924   SUNCOR EQUIPMENT, PHOENIX, AZ 85019

10925   SUNDAHL, THOMAS, BOX 201, MOHALL, ND 58761

10924   SUNDAY INDUSTRIES, 7411 EARL CIRCLE, HUNTINGTON BEACH, CA 92647

10925   SUNDBERG, KATHLEEN, 1375 VAN BUREN AVE, ST. PAUL, MN 55104

10924   SUNDBY SAND & GRAVEL, P O BOX 100, STOUGHTON, WI 53589

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SUNDBY SAND & GRAVEL, ROUTE 2, STOUGHTON, WI 53589 | |
| 10924 | SUNDBY SAND AND GRAVEL CO, PO BOX 100, STOUGHTON, WI 53589 | |
| 10925 | SUNDERLAND PAINTING CO., 1473 SHOWCASE DRIVE, COLUMBUS, OH 43212 | |
| 10925 | SUNDERLAND, KATHRYN, 2912 HUNTINGTON AVE, BALTIMORE, MD 21211-2822 | |
| 10925 | SUNDERLAND, KATHRYN, 3939 ROLAND AVE, BALTIMORE, MD 21211-2822 | |
| 10925 | SUNDGREN, JANE, 4645 CEDAR RIDGE RD, OCEANSIDE, CA 92056 | |
| 10925 | SUNDIN, NICHOLAS, 430 LETTS HALL 4400 MASS AVE NW, WASH, DC 20016 | |
| 10925 | SUNDQUIST, MARJORIE, 1151 REED ST, GREEN BAY, WI 54303 | |
| 10925 | SUN-DROP BOTTLING CO OF, PO BOX 1112, KERNERSVILLE, NC 27285 | |
| 10925 | SUNDSTRAND AEROSPACE, 1501 S DIXIE HWY, LIMA, OH 45804 | |
| 10925 | SUNDSTRAND AEROSPACE, PO BOX 360951, PITTSBURGH, PA 15251 | |
| 10924 | SUNDSTRAND AVIATION, 2480 WEST 70TH AVENUE, DENVER, CO 80221 | |
| 10924 | SUNDSTRAND AVIATION, 9TH STREET DOCK, 2421 11TH STREET, ROCKFORD, IL 61125 | |
| 10924 | SUNDSTRAND AVIATION, A/P 991-6, ROCKFORD, IL 61125 | |
| 10925 | SUNDSTRAND AVIATION, MECHANICAL, ROCKFORD, IL 61125 | |
| 10925 | SUNDSTRAND FLUID HANDLING CORP, POBOX 730102, DALLAS, TX 75373-0102 | |
| 10925 | SUNESON, M, 617 NEW BOSTON RD., FALL RIVER, MA 02720 | |
| 10925 | SUNFEST OF PALM BEACH COUNTY,INC, POBOX 279, WEST PALM BEACH, FL 33402 | |
| 10924 | SUNFLOWER MATERIALS CO., INC., PO BOX1160, OLATHE, KS 66051 | |
| 10925 | SUNGA, ANTONIO, 526-A LIBERTY AVE, JERSEY CITY, NJ 07307 | |
| 10925 | SUNGA, EVELYN, 6154 MCLENDON CT, ALEXANDRA, VA 22310 | |
| 10925 | SUNGA, FELICIDAD, 82 ANDERSON AVE, BERGENFIELD, NJ 07621 | |
| 10925 | SUNGA, LEOPOLDO, 354 SAN ISIDRO, POMPANGA, 02017-0000PHILIPPINES | *VIA Deutsche Post* |
| 10925 | SUNGA, TARCILA, 82 ANDERSON AVE, BERGENFIELD, NJ 07621 | |
| 10925 | SUNGARD COMPUTER SERVICES, PO BOX 91438, CHICAGO, IL 60693-1438 | |
| 10925 | SUNGARD PLANNING SOLUTIONS INC, PO BOX 8309, PHILADELPHIA, PA 19101-8309 | |
| 10925 | SUNGARD PLANNING SOLUTIONS INC., POBOX 91547, CHICAGO, IL 60693 | |
| 10925 | SUNGARD RECOVERY SERVICES INC, PO BOX 91233, CHICAGO, IL 60693 | |
| 10925 | SUNGARD RECOVERY SERVICES INC., PO BOX 8309, PHILADELPHIA, PA 19101-8309 | |
| 10925 | SUNGARD RECOVERY SERVICES INC., PO BOX 91233, CHICAGO, IL 60693 | |
| 10925 | SUNGARD RECOVERY SERVICES, 401 N. BROAD ST., PHILADELPHIA, PA 19108 | |
| 10924 | SUNGLO, 28306 INDUSTRIAL  BLVD, HAYWARD, CA 94545 | |
| 10924 | SUN-GRO HORTICULTURE, INC., 444 E. SHIPYARD RD, SENECA, IL 61360 | |
| 10924 | SUN-GRO HORTICULTURE, INC., P. O. BOX 8029, PINE BLUFF, AR 71611 | |
| 10924 | SUN-GRO, 9752 COUNTY ROAD 310, TERRELL, TX 75161 | |
| 10925 | SUNGUARD RECOVERY SERVICES INC., PO BOX 8309, PHILADELPHIA, PA 19101-8309 | |
| 10925 | SUNIOR, DEBORAH, 3146 HUNDHALL #186-G, DALLAS, TX 75235 | |
| 10925 | SUNKEES, NATHAN, 125 S PINION DR, VERNAL, UT 84078 | |
| 10925 | SUNKEES, NATHAN, 148 EAST 600 NORTH #1A, VERNAL, UT 84078 | |
| 10924 | SUNKYONG CPG INC, 253 PASSAIC AVE, FAIRFIELD, NJ 07004 | |
| 10924 | SUN-LAND GARDEN PRODUCTS, INC., 90 PIONEER RD., WATSONVILLE, CA 95076 | |
| 10924 | SUN-LIFE BLDG CHARLES CTR, KRAMON & GRAHAM, ONE S ST #2600, BALTIMORE, MD 21202 | |
| 10924 | SUNLIFE INC., 2424 S. 15TH PLACE, PHOENIX, AZ 85034 | |
| 10924 | SUNLIFE SYSTEMS, INC., 5301 NATIONS CROSSING ROAD, CHARLOTTE, NC 28217 | |
| 10924 | SUNMONT PAVERS, 2750 E. SH-114, SOUTHLAKE, TX 76092 | |
| 10924 | SUNMOUNT CORP., PO BOX800, ROANOKE, TX 76262 | |
| 10924 | SUNMOUNT CORPORATION, PO BOX800, ROANOKE, TX 76262 | |
| 10924 | SUNMOUNT PAVERS, DFW AIRPORT 34 CROSS UNDER, 2500 SERVICE ROAD, DFW GRAPEVINE, TX 75261 | |
| 10924 | SUNMOUNT, PO BOX800, ROANOKE, TX 76262 | |
| 10924 | SUNNILAND CORP., 8601 N.W. 81ST STREET, MIAMI, FL 33178 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   SUNNILAND CORP., P.O. BOX 1697, SANFORD, FL 32772

10924   SUNNILAND CORP., STATE ROAD 419 & HWY 17-92, SANFORD, FL 32772

10925   SUNNY SIDE, INC, 4100 E. MISSISSIPPI AVE., STE 1100, GLENDALE, CO 80246-3056

10925   SUNNY, ANNIE, 11 WHITMAN ST, CONGERS, NY 10920

10925   SUNNY, SHERLY, 8555 LAPRADA DR. APT. #2116, DALLAS, TX 75228

10924   SUNNYLAND NURSERY, 10733 SANTA ROSA RD., CAMARILLO, CA 93010

10925   SUNNYMAX MAINTENANCE PRODUCTS INC, 2 EXECUTIVE DRIVE SUITE #4, MOORESTOWN, NJ 08057

10925   SUNNYMAX MAINTENANCE PRODUCTS, 2 EXECUTIVE DR, SUITE #4, MOORESTOWN, NJ 08057

10924   SUNNYSIDE SUPPLY INC., ROUTE 18, SLOVAN, PA 15078

10924   SUNOCO INC (R&M), 3RD FLOOR, 1801 MARKET STREET, PHILADELPHIA, PA 19103-1699

10925   SUNOCO INC, POBOX 8500, K-170, PHILADELPHIA, PA 19178

10924   SUNOCO, 999 STOREHOUSE, MARCUS HOOK, PA 19061

10924   SUNOCO, INC. (R&M), PO BOX 60540, PHILADELPHIA, PA 19145

10924   SUNOCO, PO BOX 60540, PHILADELPHIA, PA 19145

10925   SUNOCO, PO BOX 85195, LOUISVILLE, KY 40285-5195

10925   SUNOX INC., PO BOX 33871, CHARLOTTE, NC 28233

10924   SUNRAY CHEMICAL COMPANY, 119 WEST JACKSON STREET, PHOENIX, AZ 85003-2405

10924   SUNRAY ELECTRIC SUPPLY CO., 711 WALNUT STREET, MCKEESPORT, PA 15132

10924   SUNRAY ELECTRIC SUPPLY CO., P.O. BOX 489, MCKEESPORT, PA 15134-0489

10924   SUNRIDER MANUFACTURING, L.P., 13500 EAST NELSON AVENUE, LA PUENTE, CA 91746

10924   SUNRISE ASSISTED LIVING OF LENOX, EAST ROXBORO RD., ATLANTA, GA 30326

10924   SUNRISE ASSISTED LIVING, 500 UNIVERSITY, ROCHESTER, MI 48307

10924   SUNRISE ASSISTED LIVING, 53 FRANKLIN/ WHITEHALL, LYNBROOK, NY 11563

10924   SUNRISE ASSISTED LIVING, 7005 PONTIAC TRAIL, WEST BLOOMFIELD, MI 48322

10924   SUNRISE ASSISTED LIVING, CROOKS & SOUTH BLVD., TROY, MI 48099

10925   SUNRISE BEVERAGE INC, 610 N GREENSBORO ST, LEXINGTON, NC 27292

10924   SUNRISE ELECTRIC, 901 WEST LAKE STREET, ADDISON, IL 60101-2078

10924   SUNRISE HOSPITAL, COYOTE BUILDING MTL/MALCO, LAS VEGAS, NV 89103

10924   SUNRISE LIVING, 1901 PLYMOUTH ROAD, ANN ARBOR, MI 48109

10925   SUNRISE MALL ASSOCIATES, CHURCH ST STATION, POBOX 6680, NEW YORK, NY 10249

10925   SUNRISE MALL ASSOCIATES, ONE SUNRISE MALL, MASSAPEQUA, NY 11758

10924   SUNRISE MATERIALS, 61 MARGIN ST., ORONO, ME 04473

10924   SUNRISE MATERIALS, BACK SEARSPORT RD - DUMP ROAD, SEARSPORT, ME 04974

10924   SUNRISE MATERIALS, DIV. OF LANE CONST., HAMPDEN, ME 04444

10924   SUNRISE MATERIALS, HANCOCK, ME 04640

10924   SUNRISE MOUNTAIN HIGH SCHOOL, PHOENIX, AZ 85001

10924   SUNRISE ROCK & READY MIX, 4518 OAKDALE ROAD, MODESTO, CA 95355

10924   SUNRISE ROCK & READY MIX, ATTENTION:ACCOUNTS PAYABLE, MODESTO, CA 95357

10925   SUNRISE SERVICE INC, 5036 SNAPFINGER WOODS DRIVE, DECATUR, GA 30035

10924   SUNRISE SPAWN LAB, 1211 FAIR AVE, WATSONVILLE, CA 95077

10925   SUNRISE STATE ELECTRICE INC, 10297 NW 46TH ST, SUNRISE, FL 33351

10924   SUNRISE SURGERY REPLACEMENT, PARKING GARAGE...SMITH & GREEN, LAS VEGAS, NV 89109

10924   SUNROC CORP., 1825 EAST 3850 SOUTH, SAINT GEORGE, UT 84770

10924   SUNROC CORP., 1970 N. BULLDOG RD., CEDAR CITY, UT 84720

10924   SUNROC CORPORATION, 180 NORTH 300 EAST, SAINT GEORGE, UT 84770

10924   SUNROC MASONRY SUPPLY, 1550 W. 200 NORTH, OREM, UT 84057

10924   SUNROC, 1/2 MILE S OF CITY ON HWY 18, ENTERPRISE, UT 84725

10924   SUNROC, 1051 N. BLUFF STREET, SAINT GEORGE, UT 84770

10924   SUNROC, BUNKERVILLE/MESQUITE PLANT, MESQUITE, NV 89024

10924   SUNROC, CARMEL JUNCTION ON HWY 89 & CARMEL, MOUNT CARMEL JUNCTION, UT 84755

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    SUN-SENTINEL, PO BOX 805971, CHICAGO, IL 60680-0071

10925    SUNSERI JR, JOSEPH, 197 DIST CENTER DR, OROVILLE, CA 95966-9311

10924    SUNSET AQUATECH POOLS, 4471 SOUTH LINBERGH, SAINT LOUIS, MO 63127

10924    SUNSET CASINO, SMITH AND GREEN, LAS VEGAS, NV 89101

10924    SUNSET COLONY CONCRETE COMPANY, 41632 - 109TH STREET, BRITTON, SD 57430

10925    SUNSET ENVIRONMENTAL, 16122 CONSTRUCTION CIRCLE E, IRVINE, CA 92606-4403

10925    SUNSET EQUIPMENT CORP, 750 E SAMPLE RD BLDG 10-5, POMPANO BEACH, FL 33064

10925    SUNSET LAWN OF THE CHIMES, ENDOWMENT CARE & SPECIAL FUND, 4701 MARYSVILLE BLVD, SACRAMENTO, CA 95838-2317

10924    SUNSET MEDIA TOWER, 6255 SUNSET BLVD SUITE 601, HOLLYWOOD, CA 90028

10924    SUNSET QUEENS ELECTRIC, 84-60 PARSONS BOULEVARD, JAMAICA, NY 11432

10925    SUNSET TRANSPORTATION, 3828 SOUTH LINDBERGH BLVD SUITE 107, SAINT LOUIS, MO 63127

10924    SUNSHINE CONCRETE & BLDG SPLY, P O BOX 167, CHIEFLAND, FL 32626

10924    SUNSHINE CONCRETE & BLDG SUPPLY CO, ATTN;  ACCOUNTS PAYABLE, CHIEFLAND, FL 32626

10925    SUNSHINE CRANE RENTAL CORP, POBOX 608094, ORLANDO, FL 32860-8094

10925    SUNSHINE GOLF CAR, 9740 W ATLANTIC AVE, DELRAY BEACH, FL 33446

10924    SUNSHINE MATERIALS INC, ATTN:  ACCOUNTS PAYABLE, INVERNESS, FL 34451

10924    SUNSHINE MATERIALS INC, HWY 27, PERRY, FL 32347

10924    SUNSHINE MATERIALS INC., D/B C B S CONCRETE PRODUCTS, INVERNESS, FL 34451

10924    SUNSHINE MATERIALS, P.O. BOX 1659, INVERNESS, FL 34451

10924    SUNSHINE POOLS, 404 MAIN ST., TRUSSVILLE, AL 35173

10924    SUNSHINE REDI MIX INC, ATTN: ACCOUNTS PAYABLE, GLENDALE, AZ 85311

10924    SUNSHINE REDI MIX INC., 5725 NORTH 55TH AVENUE, GLENDALE, AZ 85301

10925    SUNSHINE STATE MESSINGER, 6775 NW 15TH AVE, FORT LAUDERDALE, FL 33309

10924    SUNSHINE WHOLESALE, 122 AERO CAMINO, GOLETA, CA 93117

10924    SUNSHINE WHOLESALE, GOLETA, CA 93117

10925    SUNSHINE, DOUGLAS, 5026 SWINTON DR, FAIRFAX, VA 22032

10925    SUNSHINE, MOZELLA, 16137 WOODBINE ST, DETOIT, MI 48219

10925    SUNSOURCE INSTRUMENTS INC., 2301 WINSOR CT., ADDISON, IL 60101

10925    SUNSOURCE, LOCK BOX 97188, CHICAGO, IL 60678-7188

10925    SUNSOURCE, PO BOX 200794, DALLAS, TX 75230-0794

10925    SUNSOURCE, PO BOX 73063, CHICAGO, IL 60673-7063

10925    SUNSOURCE/FAUVER, 11253 WILLIAMSON RD., CINCINNATI, OH 45241

10924    SUNSTAR PHARMACEUTICAL, 1300 ABBOTT DRIVE, ELGIN, IL 60123

10924    SUNSTAR PHARMACEUTICAL, PURCHASING DEPT., 1300 ABBOTT DRIVE, ELGIN, IL 60123

10925    SUNSTATE EQUIPMENT CO, PO BOX 52581, PHOENIX, AZ 85072-2581

10925    SUNSTATE INDUSTRIES INC, 1890 SOUTH COBB IND BLVD, SMYRNA, GA 30082

10924    SUNSTREAM CORP, 6 SPRING FOREST AVENUE, BINGHAMTON, NY 13905-2316

10924    SUNTIMES PRINTING PLANT, 2800 SOUTH ASHLAND AVENUE, CHICAGO, IL 60625

10924    SUNTRUST BANK, 718 MC GUIRE BLVD, ORLANDO, FL 32803

10924    SUNTRUST TOWERS, 68 RALPH MCGILL BLVD., ATLANTA, GA 30308

10924    SUNVIEW VINEYARD, DELANO, CA 93215

10924    SUNWEST CONCRETE, 52480 RUSSELL ROAD, LA PINE, OR 97739

10924    SUNWEST CONCRETE, ATTN:  ACCOUNTS PAYABLE, LA PINE, OR 97739

10924    SUNWEST CONTAINER, 1070 E. MILL ST, TUCSON, AZ 85719

10924    SUNWEST CONTAINER, 2509 N. 34TH DR., PHOENIX, AZ 85009

10924    SUNWEST MATERIALS, P.O. BOX 4120, ONTARIO, CA 91761

10924    SUNWEST/AGUANGA, 4175 HIGHWAY 79, AGUANGA, CA 92302

10924    SUNWEST/CORONA, 24980 MAITRI ROAD, CORONA, CA 91720

10924    SUNWEST/FONTANA, 13200 SANTA ANA, FONTANA, CA 92335

10924    SUNWEST/PERRIS, 237 PERRIS BOULEVARD, PERRIS, CA 92370

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SUNWEST/REDLANDS, 8203 NORTH ALABAMA STREET, REDLANDS, CA 92373 | |
| 10924 | SUNWEST/RIALTO, 5321 NORTH RIVERSIDE LANE, RIALTO, CA 92376 | |
| 10924 | SUNWEST/TEMECULA, 29065 FRONT STREET, TEMECULA, CA 92390 | |
| 10925 | SUNY AT BUFFALO, SUNY AT BUFFALO, BUFFALO, NY 14260 | |
| 10925 | SUNY AT STONY BROOK, CAMBRIDGE, MA 99999 | |
| 10924 | SUNY AT STONY BROOK, HARRIMAN HALL PENTHOUSE, LONG ISLAND CITY, NY 11100 | |
| 10924 | SUNY SERVICE BUILDING, EDIC ROAD (ROUTE 4), MARCY, NY 13403 | |
| 10924 | SUNY-BINGHAMTON, B ACADEMIC BUILDING, BINGHAMTON, NY 13901 | |
| 10924 | SUNY-CESTM, CORNER OF FULLER ROAD &, ALBANY, NY 12200 | |
| 10925 | SUPANYO, KANNIKA, 1117 EAST GRAND AVE, POMONA, CA 91766 | |
| 10925 | SUPELCO INC, POBOX 8500 (S-8135), PHILADELPHIA, PA 19178-8135 | |
| 10925 | SUPELCO INC, SUPELCO PARK, BELLEFONTE, PA 16823 | |
| 10925 | SUPELCO, INC., SUPELCO PARK, BELLEFONTE, PA 16823-0048 | |
| 10925 | SUPELCO, PO BOX 14508, SAINT LOUIS, MO 63178 | |
| 10924 | SUPER 8 MOTEL-CAROLINA INSULATION, C/O MASHBURN CONSTRUCTION, GREER, SC 29651 | |
| 10925 | SUPER CARTAGE CO INC, 3800 W 41ST ST, CHICAGO, IL 60632 | |
| 10924 | SUPER COMPUTER @ @, FORT MEADE, MD 20755 | |
| 10924 | SUPER CONCRETE CORP., 1522 SOUTH CAPITAL ST. SE, WASHINGTON, DC 20003 | |
| 10924 | SUPER CONCRETE CORP., 5001 FORT TOTTEN DR. NE, WASHINGTON, DC 20011 | |
| 10924 | SUPER CONCRETE CORP., 611 EMERSON ST. NE, WASHINGTON, DC 20011 | |
| 10924 | SUPER CONCRETE CORP., 6401 GOLDEN TRIANGLE DRIVE, GREENBELT, MD 20770 | |
| 10924 | SUPER CONCRETE CORPORATION, 6401 GOLDEN TRIANGLE DR, GREENBELT, MD 20770 | |
| 10925 | SUPER MIX INC, 2203 SPRING RIDGE DRIVE, SPRING GROVE, IL 60081 | |
| 10924 | SUPER MIX, INC., 2203 SPRING RIDGE DRIVE, SPRING GROVE, IL 60081 | |
| 10924 | SUPER MIX, INC., 2705 MAY ROAD, PERU, IL 61354 | |
| 10924 | SUPER MIX, INC., 33450 RTE. 12 - SPRUCE LAKE PIT, INGLESIDE, IL 60041 | |
| 10924 | SUPER MIX, INC., 6625 IRENE ROAD, BELVIDERE, IL 61008 | |
| 10924 | SUPER OCTANOS, GENERAL DE DIVISION JOSE ANTONIO, ANZOATEGUI EDO., ANZOATEGUI, VENZUALA | *VIA Deutsche Post* |
| 10924 | SUPER ONE INC, BEAVERTON, OR 97005 | |
| 10925 | SUPER PRODUCTS CORP, DRAWER NO 281, MILWAUKEE, WI 53278 | |
| 10924 | SUPER RADIATOR COILS, 2610 SOUTH 21ST STREET, PHOENIX, AZ 85000 | |
| 10925 | SUPER SERVICE, INC, 1 ROLLINS PLAZA 12TH FL, WILMINGTON, DE 19803 | |
| 10925 | SUPER SERVICE, PO BOX 167845, OREGON, OH 43616 | |
| 10924 | SUPER STOP & SHOP, CONNECTICUT TURNPIKE, NORWALK, CT 06856 | |
| 10924 | SUPER STOP & SHOP, ROUTE 44, RAYNHAM, MA 02767 | |
| 10925 | SUPER TRANSPORT INC, POBOX 3054, BOCA RATON, FL 33431-0954 | |
| 10924 | SUPERB SERVICE & SUPPLY, 1918 ELM ST, DAVENPORT, IA 52803 | |
| 10924 | SUPERBLOCK, SAN BERNARDINO, CA 92401 | |
| 10925 | SUPERINTENDENT OF DCMENTS, NORTH CAPITAL & H STS NW, WASHINGTON, DC 20402 | |
| 10925 | SUPERINTENDENT OF DCUMNTS, PO BOX 371975M, PITTSBURGH, PA 15250-7975 | |
| 10925 | SUPERINTENDENT OF DOCUMEN, STOP SSOR, WASHINGTON, DC 20502 | |
| 10925 | SUPERINTENDENT OF DOCUMENTS, 10 CAUSEWAY ST, BOSTON, MA 02222 | |
| 10925 | SUPERINTENDENT OF DOCUMENTS, PO BOX 371954, PITTSBURGH, PA 15250-7954 | |
| 10925 | SUPERINTENDENT OF DOCUMENTS, PO BOX 371975M, PITTSBURGH, PA 15250-7975 | |
| 10925 | SUPERINTENDENT OF DOCUMENTS, U S GOVERNMENT PRINTING OFFICE, PITTSBURGH, PA 15250-7975 | |
| 10925 | SUPERINTENDENT OF DOCUMNT, PO BOX 371954, PITTSBURGH, PA 15250-7954 | |
| 10924 | SUPERIOR ABATEMENT INC., 1275 BLOOMFIELD AVENUE, BLDG 2, FAIRFIELD, NJ 07004 | |
| 10924 | SUPERIOR ABATEMENT, 236 WOODS RD UNIT C, BRAINTREE, MA 02184 | |
| 10924 | SUPERIOR ABATMENT INC., 1275 BLOOMFIELD AVE,BLDG 2, FAIRFIELD, NJ 07004 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SUPERIOR AUDIO VISUAL OF FLORIDA, 4201 OAK CIRCLE, #48, BOCA RATON, FL 33431 | |
| 10925 | SUPERIOR AUTO CENTER, 108 HILLCREST DR, LAURENS, SC 29360 | |
| 10925 | SUPERIOR BEARING CO INC, 5109 EAST WASHINGTON BLVD, COMMERCE, CA 90040 | |
| 10924 | SUPERIOR BLOCK & SUP CO, 99 STODDARD AVE, NORTH HAVEN, CT 06473 | |
| 10924 | SUPERIOR BLOCK CO, ISLE ROYAL SANDS, HOUGHTON, MI 49931 | |
| 10924 | SUPERIOR BLOCK COMPANY, ISLE ROYAL SANDS, HOUGHTON, MI 49931 | |
| 10924 | SUPERIOR BLOCK, 761 E. 42ND STREET, BROOKLYN, NY 11210 | |
| 10924 | SUPERIOR BLOCK, 99 STODDARD AVE., NORTH HAVEN, CT 06473 | |
| 10925 | SUPERIOR BOILER WORKS INC., 3524 E. 4TH AVE., HUTCHINSON, KS 67501-1960 | |
| 10924 | SUPERIOR BUILDING SUPPLY, 215 W RUTHLEDGE, YATES CENTER, KS 66783 | |
| 10925 | SUPERIOR CARRIERS INC, 2122 YORK RD SUITE 150, OAK BROOK, IL 60523 | |
| 10925 | SUPERIOR CARRIERS INC., 2122 YORK ROAD, SUITE 150, OAK BROOK, IL 60521 | |
| 10925 | SUPERIOR CARRIERS INC., DEPT 77-7927, CHICAGO, IL 60678-7927 | |
| 10925 | SUPERIOR CARRIERS, DEPT 77-7927, CHICAGO, IL 60678-7927 | |
| 10925 | SUPERIOR CARRIERS, INC, 113 US ROUTE 7A, BENNINGTON, VT 05201 | |
| 10925 | SUPERIOR CARRIERS, INC, 2122 YORK ROAD, SUITE 150, OAK BROOK, IL 60521-8825 | |
| 10925 | SUPERIOR CARRIERS, INC, DEPT 77-7927, CHICAGO, IL 60678-7927 | |
| 10925 | SUPERIOR CARRIERS, INC, DEPT. 77-7927, CHICAGO, IL 60678-7927 | |
| 10925 | SUPERIOR CARRIERS,INC, DEPT 77-7927, CHICAGO, IL 60678-7927 | |
| 10924 | SUPERIOR CAULKING, 40 DANIEL SHEA HIGHWAY, BELCHERTOWN, MA 01007 | |
| 10924 | SUPERIOR CAULKING, P.O. BOX 242, BELCHERTOWN, MA 01007 | |
| 10925 | SUPERIOR CHEMICAL CORP, PO BOX 1085, SHEBOYGAN, WI 53082-1085 | |
| 10924 | SUPERIOR COFFEE, 1325 CHASE AVENUE, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | SUPERIOR COFFEE, 990 SUPREME DRIVE, BENSENVILLE, IL 60106 | |
| 10924 | SUPERIOR CONC PROD DIST., PO BOX57, MILLDALE, CT 06467 | |
| 10924 | SUPERIOR CONC., 982 MINOT AVE., AUBURN, ME 04210 | |
| 10924 | SUPERIOR CONCRETE CO, PO BOX 223, AUBURN, ME 04210 | |
| 10924 | SUPERIOR CONCRETE CO., P O BOX 223, AUBURN, ME 04210 | |
| 10924 | SUPERIOR CONCRETE INC., 10911 E. 74TH ST., TULSA, OK 74133 | |
| 10924 | SUPERIOR CONCRETE INC., 1526 COUNTRY CLUB RD, HARRISONBURG, VA 22801 | |
| 10924 | SUPERIOR CONCRETE INC., P O BOX 1147, HARRISONBURG, VA 22803 | |
| 10924 | SUPERIOR CONCRETE INC., P.O.BOX 1147, HARRISONBURG, VA 22803 | |
| 10924 | SUPERIOR CONCRETE INC., RT 259 WEST, BROADWAY, VA 22815 | |
| 10924 | SUPERIOR CONCRETE INC., WEST OF MISER ASPHALT CO, 6606 NORTH MINGO VALLEY EXPRESSWAY, OWASSO, OK 74055 | |
| 10924 | SUPERIOR CONCRETE PROD, P O BOX 17, PORTLAND, CT 06480 | |
| 10924 | SUPERIOR CONCRETE PROD, PO BOX 17, PORTLAND, CT 06480 | |
| 10924 | SUPERIOR CONCRETE PROD, RT 66, PORTLAND, CT 06480 | |
| 10924 | SUPERIOR CONCRETE PRODUCTS, DO NOT USE PLANT CLOSED, 99 STODDARD AVE., NORTH HAVEN, CT 06473 | |
| 10924 | SUPERIOR CONCRETE PRODUCTS, P.O. BOX 57, MILLDALE, CT 06467 | |
| 10924 | SUPERIOR CONCRETE, 5703 URBANA PIKE, FREDERICK, MD 21701 | |
| 10924 | SUPERIOR CONCRETE, 5823 URBANA PIKE, FREDERICK, MD 21701 | |
| 10924 | SUPERIOR CONCRETE, P O BOX 676, FREDERICK, MD 21701 | |
| 10924 | SUPERIOR CONCRETE, P.O. BOX 676, FREDERICK, MD 21701 | |
| 10925 | SUPERIOR CONCRETE, PO BOX 672, FREDERICK, MD 21705 | |
| 10924 | SUPERIOR CONCRETE, PO BOX 676, FREDERICK, MD 21701 | |
| 10925 | SUPERIOR CONT SERVICES, INC, PO BOX 67, GRAYSVILLE, GA 30726 | |
| 10924 | SUPERIOR CONTAINER CORPORATION, 1621 EAST AURORA AVENUE, DES MOINES, IA 50313 | |
| 10924 | SUPERIOR CONTRACTORS, 2002 HIGHWAY 14 E, ROCHESTER, MN 55904 | |
| 10924 | SUPERIOR CONTRACTORS, 2002 HIGHWAY 14 EAST, ROCHESTER, MN 55904 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   SUPERIOR CONTRACTORS, CAMBRIDGE, MA 02140

10924   SUPERIOR DRYWALL, 1735 HECKLE BLVD PM2 RM254, ROCK HILL, SC 29732

10924   SUPERIOR ELECTRIC, STORE #7335-3, ROUTE 49, MATEWAN, WV 25678

10925   SUPERIOR FABRICATORS, INC, PO BOX 539, BALDWIN, LA 70514

10924   SUPERIOR FIREPROOFING, 9040 POZE BLVD., THORNTON, CO 80229

10925   SUPERIOR FOAM, 2548 HANSROB ROAD, ORLANDO, FL 32804

10924   SUPERIOR FRICTION, INC., 58 MAIN STREET REAR, GARDNER, MA 01440

10925   SUPERIOR GLACIER RIDGE LANDFILL, N7296 NWY V, HORICON, WI 53032

10925   SUPERIOR GRATING INC, POBOX 2483, HOUSTON, TX 77210-2483

10924   SUPERIOR GUNITE, 12306 VAN NUYS BLVD., LAKE VIEW TERRACE, CA 91342

10924   SUPERIOR GUNITE, 12306 VAN NUYS, LAKE VIEW TERRACE, CA 91342

10924   SUPERIOR GUNITE/SUN VALLEY, ATTN:  BASIL, C/O  CPC/SUN VALLEY, SAN FERNANDO, CA 91342

10924   SUPERIOR HEMET REDI-MIX/HEMET, 1130 NORTH STATE STREET, HEMET, CA 92543

10924   SUPERIOR IND INT'L INC., 7800 WOODLEY AVE., VAN NUYS, CA 91406

10925   SUPERIOR INTL MICROFILM CORP., 47 WEST ST, NEW YORK, NY 10006

10924   SUPERIOR IRON WORKS, 45034 UNDERWOOD LANE, STERLING, VA 22166

10925   SUPERIOR LAMP & SUPPLY, PO BOX 566, MOORHEAD, MN 56561-0566

10925   SUPERIOR LAMP RECYCLING, POBOX 1323, FOND DU LAC, WI 54936-1323

10925   SUPERIOR MACHINE COMPANY, PO BOX 60445, CHARLOTTE, NC 28260

10925   SUPERIOR MAGNETICS INCORPORATED, 3401 TEXOMA DR, DENISON, TX 75020

10924   SUPERIOR MANUFACTURING GROUP, INC, 7171 WEST 65TH STREET, CHICAGO, IL 60638

10925   SUPERIOR MARKING & SIGN PRODUCTS, 213 MADISON AVE, MEMPHIS, TN 38103

10924   SUPERIOR MATERIALS INC, P O BOX 4295, AUBURN HEIGHTS, MI 48057

10924   SUPERIOR MATERIALS INC., 3505 AUBURN RD., AUBURN HILLS, MI 48321

10924   SUPERIOR MATERIALS INC., P O BOX 4295, AUBURN HILLS, MI 48321

10925   SUPERIOR MEDICAL SERVICES LTD, 385 FOX RUN, GREEN OAKS, IL 60048-2423

10925   SUPERIOR METAL PRODUCTS, INC, 8124 N. CORA ST., LOUVIERS, CO 80131

10925   SUPERIOR METAL PRODUCTS, INC, PO BOX 65, LOUVIERS, CO 80131

10924   SUPERIOR MINERALS, 12051 YOSEMITE AVE., SAVAGE, MN 55378

10924   SUPERIOR MINERALS, 1507 EAST HIGHWAY 13, BURNSVILLE, MN 55337

10924   SUPERIOR MINERALS, 4843 124 STREET WEST, SAVAGE, MN 55378

10925   SUPERIOR OF WISCONSIN INC, FORMERLY BROWNING-FERRIS, PO BOX 67-3063, MILWAUKEE, WI 53267-3063

10925   SUPERIOR OFFICE PRODUCTS, 2295 SOUTH MT PROSPECT RD, DES PLAINES, IL 60018

10925   SUPERIOR OFFSET REPAIR &, PO BOX 976, SAUGUS, MA 01906

10924   SUPERIOR OIL COMPANY, INC, PO BOX 186, INDIANAPOLIS, IN 46206-0186

10924   SUPERIOR PAINTING, 620 NORTH 4TH, MONROE, LA 71201

10924   SUPERIOR PAINTING, P O BOX 2423, MONROE, LA 71207

10925   SUPERIOR PETROLEUM PROD INC, 405 THOMAS ST, CROWN POINT, IN 46307

10924   SUPERIOR PRECAST INC., KENIM ST POTTSTOWN, POTTSTOWN, PA 19464

10924   SUPERIOR PRECAST INC., P O BOX 955, POTTSTOWN, PA 19464

10924   SUPERIOR PRECAST INC., P.O. BOX 955, POTTSTOWN, PA 19464

10925   SUPERIOR PRINTING INK CO. INC., 70 BETHUNE ST, NEW YORK, NY 10014

10924   SUPERIOR PRODUCTS CO., 20501 GODDARD PLANT, TAYLOR, MI 48180

10924   SUPERIOR PRODUCTS CO., 20501 GODDARD, TAYLOR, MI 48180

10924   SUPERIOR PRODUCTS COMPANY, 20501 GODDARD RD, TAYLOR, MI 48180

10924   SUPERIOR PRODUCTS DISTRIB, PO BOX 57, MILLDALE, CT 06467

10924   SUPERIOR PRODUCTS, 1403 MERIDEN-WATERBURY RD., MILLDALE, CT 06467

10924   SUPERIOR PRODUCTS, 1403 MERIDEN-WATERBURY ROAD, MILLDALE, CT 06467

10924   SUPERIOR PRODUCTS, 210 REALTY DRIVE, CHESHIRE, CT 06410

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SUPERIOR READY MIX **DO NOT USE**, 242139***DUPLICATE. MLJ, 1508 WEST MISSION ROAD, ESCONDIDO, CA 92029 | |
| 10924 | SUPERIOR READY MIX CONC, 1508 WEST MISSION ROAD, ESCONDIDO, CA 92025 | |
| 10924 | SUPERIOR READY MIX CONC, 242139***** MLJ, 1508 W. MISSION ROAD, ESCONDIDO, CA 92025 | |
| 10924 | SUPERIOR READY MIX CONCRETE, 1508 WEST MISSION ROAD, ESCONDIDO, CA 92025 | |
| 10924 | SUPERIOR READY MIX INC, PO BOX 1300, SUSANVILLE, CA 96130 | |
| 10924 | SUPERIOR READY MIX INC., 1425 SIERRA ROAD, SUSANVILLE, CA 96130 | |
| 10924 | SUPERIOR READY MIX INC., P.O. BOX 1300, SUSANVILLE, CA 96130 | |
| 10924 | SUPERIOR READY MIX, ***USE 233139 & SOLD TO 242139***, MLJ, 1508 W. MISSION ROAD, ESCONDIDO, CA 92025 | |
| 10924 | SUPERIOR READY MIX, 1508 WEST MISSION ROAD, CORONA, CA 91720 | |
| 10924 | SUPERIOR READY MIX, 425 FIFTH PLACE, BEAUMONT, CA 92223 | |
| 10924 | SUPERIOR READY MIX, 72470 VARNER ROAD, THOUSAND PALMS, CA 92276 | |
| 10924 | SUPERIOR READY MIX, WINTER STREET, SUPERIOR, WI 54880 | |
| 10924 | SUPERIOR READY MIX/HEMET, 24161 STATE STREET, HEMET, CA 92543 | |
| 10924 | SUPERIOR REDI MIX CO, ATTN: ACCOUNTS PAYABLE, AUBURN HILLS, MI 48321 | |
| 10924 | SUPERIOR REDI-MIX, 242137**** DUPLICATE! MLJ, 1508 W.MISSION ROAD, ESCONDIDO, CA 92025 | |
| 10924 | SUPERIOR REDI-MIX, INC., 3505 AUBURN ROAD, AUBURN HILLS, MI 48326 | |
| 10924 | SUPERIOR REDI-MIX, INC., P. O. BOX 4290, AUBURN HILLS, MI 48321 | |
| 10925 | SUPERIOR REPRO SYS OF DC, 1401 NEW YORK AVE NW, WASHINGTON, DC 20005 | |
| 10925 | SUPERIOR REPRODUCTION SYSTEMS, 47 WEST ST, NEW YORK, NY 10006 | |
| 10925 | SUPERIOR REPRODUCTION, 47 WEST ST, NEW YORK, NY 10006 | |
| 10925 | SUPERIOR REPROGRAPHIC SERVICES INC, 591 THORNTON RD, LITHIA SPRINGS, GA 30057 | |
| 10925 | SUPERIOR ROOFING COMPANY, 40 A BROWN RD, PHENIX CITY, AL 36869 | |
| 10924 | SUPERIOR ROOFING, 3405 S. 500 WEST, SALT LAKE CITY, UT 84115 | |
| 10924 | SUPERIOR ROOFING, 3405 SOUTH 500 WEST, SALT LAKE CITY, UT 84115 | |
| 10925 | SUPERIOR RUBBER CO, THE, 134 EAST MCMICKEN AVE., CINCINNATI, OH 45210-1321 | |
| 10925 | SUPERIOR RUBBER CO., 138 E. MCMICKEN, CINCINNATI, OH 45210 | |
| 10925 | SUPERIOR SIGN SHOP, 22 N THIRD ST, MEMPHIS, TN 38103 | |
| 10924 | SUPERIOR SIGNAL COMPANY, 178 WEST GRAYSTONE ROAD, OLD BRIDGE, NJ 08857 | |
| 10924 | SUPERIOR SIGNAL COMPANY, PO BOX 96, SPOTSWOOD, NJ 08884 | |
| 10925 | SUPERIOR SPECIAL SERVICES INC, PO BOX 1323, FOND DU LAC, WI 54936-1323 | |
| 10925 | SUPERIOR SPECIAL SERVICES INC, POBOX 500, PORT WASHINGTON, WI 53074-0500 | |
| 10925 | SUPERIOR SPECIAL SERVICES, PO BOX 500, FOND DU LAC, WI 54936-1323 | |
| 10925 | SUPERIOR STAR RIDGE LANDFILL INC, 3301 ACMAR RD, MOODY, AL 35004-2737 | |
| 10924 | SUPERIOR STUCCO, 309 NORTH WALNUT, BROKEN ARROW, OK 74012 | |
| 10924 | SUPERIOR STUCCO, 309 WEST WALNUT, BROKEN ARROW, OK 74012 | |
| 10924 | SUPERIOR SUPPLEMENTS INC., 270 OSER AVENUE, HAUPPAUGE, NY 11788 | |
| 10925 | SUPERIOR SUPPLY & STEEL, PO BOX 2087, LAKE CHARLES, LA 70602-2087 | |
| 10925 | SUPERIOR TRAILER SALES, 5825 LEOPARD, CORPUS CHRISTI, TX 78408 | |
| 10925 | SUPERIOR TRANSFER, PO BOX 18201, BALTIMORE, MD 21227 | |
| 10925 | SUPERIOR TRANSPORTATION, UNIT #85 PO BOX 4500, PORTLAND, OR 97208-4500 | |
| 10925 | SUPERIOR TRUCK INC, 1105 ELM AVE, SUPERIOR, WI 54880 | |
| 10924 | SUPERIOR WALL SYS./LAKE SHORE TOWER, WESTSIDE BUILDING MATERIALS, IRVINE, CA 92714 | |
| 10924 | SUPERIOR WALL SYSTEMS, 1200 N. JEFFERSON ST., SUITE 'J', ANAHEIM, CA 92807 | |
| 10925 | SUPERIOR WALL SYSTEMS,INC, 1200 N. JEFFERSON ST. SUITE J, ANAHEIM, CA 92807 | |
| 10924 | SUPERIOR WALL/#2 LAKESHORE TOWERS, WESTSIDE BLDG. MTRL., IRVINE, CA 92709 | |
| 10924 | SUPERIOR WALL/ACTIVISION, C/O WESTSIDE BUILDING MATERIALS, 3100 OCEAN PARK, SANTA MONICA, CA 90401 | |
| 10924 | SUPERIOR WALL/AIR TOUCH, 15505 SAND CANYON, ANAHEIM, CA 92814 | |
| 10924 | SUPERIOR WALL/AIR TOUCH, IRVINE, CA 92709 | |
| 10924 | SUPERIOR WALL/IRVINE SPECTRUM, IRVINE, CA 92914 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SUPERIOR WALL/TARGET, 5711 SEPULVEDA, VAN NUYS, CA 91406 | |
| 10924 | SUPERIOR WALL/TUSTIN MARKET PLACE, TUSTIN, CA 92781 | |
| 10924 | SUPERIOR WALLS OF HUDSON VLY., 68 VIOLET AVE, POUGHKEEPSIE, NY 12601 | |
| 10924 | SUPERIOR WALLS OF HUDSON, 68 VIOLET AVENUE, POUGHKEEPSIE, NY 12601 | |
| 10924 | SUPERIOR WASTE WATER TREATMENT PLT, C/O BAHL INSULATION, SUPERIOR, WI 54880 | |
| 10925 | SUPERIOR WATER SERVICE, PO BOX 1162, SMYRNA, GA 30081 | |
| 10924 | SUPERIOR/CORONA, 24635 TEMESCAL CYN ROAD, CORONA, CA 91720 | |
| 10924 | SUPERIOR-ESCONDIDO, 1508 W. MISSION ROAD, ESCONDIDO, CA 92029 | |
| 10924 | SUPERLITE BLOCK, 1639 E. DEER VALLEY RD., PHOENIX, AZ 85024 | |
| 10924 | SUPERLITE BLOCK, 4150 W TURNEY AVE, PHOENIX, AZ 85019 | |
| 10924 | SUPERLITE BLOCK, 4150 W. TURNEY AVE, PHOENIX, AZ 85019 | |
| 10924 | SUPERLITE BLOCK, 4601 N. 42ND AVE., PHOENIX, AZ 85019 | |
| 10924 | SUPERLITE BLOCK, 5400 MASSINGALE RD., TUCSON, AZ 85743 | |
| 10924 | SUPERMARKET EQUIPMENT RESALE, INC., 1671NEWBORN ROAD, RUTLEDGE, GA 30663 | |
| 10924 | SUPERMARKET RENOVATION, RT 20, MARLBOROUGH, MA 01752 | |
| 10924 | SUPEROCK BLOCK COMPANY, 3301 27TH AVE. NORTH, BIRMINGHAM, AL 35207 | |
| 10925 | SUPEROCK BLOCK COMPANY, PO BOX 5326, BIRMINGHAM, AL 35207 | |
| 10924 | SUPEROCK BLOCK COMPANY, SUITE 240, BIRMINGHAM, AL 35242 | |
| 10924 | SUPEROCK BLOCK, 3420 AIRPORT MESSER HWY, BIRMINGHAM, AL 35207 | |
| 10925 | SUPERPLASTICIZER CONFERENCE 97, PO BOX 9094, FARMINGTON HILLS, MI 48333 | |
| 10925 | SUPERSEAL MANUFACTURING CO, INC, PO BOX 795, SOUTH PLAINFIELD, NJ 07080 | |
| 10924 | SUPERSEAL MANUFACTURING, 125 HELEN STREET, SOUTH PLAINFIELD, NJ 07080 | |
| 10925 | SUPERSTRUCTURES AND ENGINEERS, 853 BROADWAY, NEW YORK, NY 10003 | |
| 10925 | SUPERTECH PRODUCTS INC., 4351 N.E. 12TH TERRACE, FORT LAUDERDALE, FL 33334-4724 | |
| 10924 | SUPER-TEK PRODUCTS INC., 25-44 BOROUGH PLACE, WOODSIDE, NY 11377 | |
| 10924 | SUPERTRAPP INDUSTRIES INC., 4540 W. 160 STREET, CLEVELAND, OH 44135 | |
| 10924 | SUPERTRAPP INDUSTRIES INC., 6501 BARBERTON AVENUE, CLEVELAND, OH 44102 | |
| 10924 | SUPERVISOR OF SHIP BUILDING, CONVERSION AND REPAIR USN, PASCAGOULA, MS 39563 | |
| 10925 | SUPIN, BORIS, 7 COOK ST, NEWTON, MA 02158 | |
| 10925 | SUPIN, INNA, 7 COOK ST, NEWTON, MA 02158 | |
| 10925 | SUPKOWSKI, RONALD, 5566 PHELPS LUCK DR, COLUMBIA, MD 21045 | |
| 10925 | SUPKOWSKI, RONALD, 5566 PHELPS LUCK DR., COLUMBIA, MD 21045 | |
| 10925 | SUPON JR., ROBERT, 2021 2ND ST., BETHLEHEM, PA 18017 | |
| 10924 | SUPPLY CHAIN GROUP (768), GRACE JAPAN K.K., 100 KANEDA, ATSUGI-SHI, KANAGAWA-KEN, 243-0807, 106JPN | *VIA Deutsche Post* |
| 10924 | SUPPLY HOUSE, THE, 7204 N.W. 79TH TERRACE, MIAMI, FL 33166 | |
| 10925 | SUPPLY LINE CORP, 1343 SOUTH STATE ST #220, SALT LAKE CITY, UT 84115 | |
| 10924 | SUPPLY NETWORK, 210 NORTH INDUSTRIAL PARK RD., HASTINGS, MI 49058 | |
| 10924 | SUPPLY NETWORK, 300 MEADOW RUN, HASTINGS, MI 49058 | |
| 10924 | SUPPLY OFFICER NAVAL AIR WARFARE, CENTER AIRCRAFT DIVISION, TRENTON, NJ 08628-0176 | |
| 10924 | SUPPLY OFFICER, BUILDING V 53 NAS, NORFOLK, VA 23511 | |
| 10924 | SUPPLY OFFICER, NAB LITTLE CREEK, NORFOLK, VA 23521 | |
| 10925 | SUPPLY OFFICER, NAVAL SUBMARINE BASE, INTERGRATED CONTROL, PEARL HARBOR, HI 96860 | |
| 10925 | SUPPLY OFFICER, PEARL HARBOR NAVAL SHIPYARD, PEARL HARBOR, HI 96860 | |
| 10925 | SUPPLY SAVER, 1324 WYCKOFF ROAD, NEPTUNE, NJ 07753 | |
| 10925 | SUPPLY SERVICE CO, 3675 WHISKEY RD., AIKEN, SC 29803 | |
| 10925 | SUPPLY TECH, INC, 1000 CAMPUS DRIVE, ANN ARBOR, MI 48104-6700 | |
| 10925 | SUPPLY TECHNOLOGY INC, 1711 A WHITTIER AVE, COSTA MESA, CA 92627 | |
| 10925 | SUPPORT AND CUSTODY DIVISION, PO BOX 17396, BALTIMORE, MD 21297-1396 | |
| 10925 | SUPPORT ENFORCEMENT DIV-BRWD, PO BOX 14248, FORT LAUDERDALE, FL 33302 | |
| 10925 | SUPPORT ENFORCEMENT SERVICES, PO BOX 16777, LAKE CHARLES, LA 70616 | |