**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SUPPORT PAYMENT CLEARINGHOUSE, PO BOX 52107, PHOENIX, AZ 85072-2107 | |
| 10925 | SUPPORT PAYMENT UNIT, PO BOX 14248, FORT LAUDERDALE, FL 33302 | |
| 10925 | SUPPORT TERMINAL SERVICES INC, 17304 PRESTON ROAD, SUITE 100, DALLAS, TX 75252-5613 | |
| 10925 | SUPPORT TERMINAL SERVICES INC, 2435 N CENTRAL EXPRESSWAY, SUITE 700, DALLAS COUNTY, RICHARDSON, TX 75080 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 1020 EAST 2ND ST, WINONA, MN 55987 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 13198 S. W. 288TH ST, HOMESTEAD, FL 33033 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 1800 FRANKFURST AVE, BALTIMORE, MD 21226 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 20803 LAMM ROAD, ELMENDORF, TX 78112 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 2830 WEST MARKET, PERU, IL 61354 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 2ND AVE, MOUNDVILLE, AL 35474 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 350 NORTH RACEWAY ROD, INDIANAPOLIS, IN 46234 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 460 HUNTER LOOP ROAD, MONTGOMERY, AL 36108 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, 6225 HAWKINSVILLE ROAD, MACON, GA 31206 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, HWY 16, DUMRIGHT, OK 74030 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, HWY 27 SOUTH, BREMEN, GA 30110 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, HWY 54, ALAMOGORDO, NM 88311 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, NORTH LANDING ROAD, VIRGINIA BEACH, VA 23456 | |
| 10925 | SUPPORT TERMINAL SERVICES, INC, RT 29 NORTH OF TOWN, CHILLICOTHE, IL 61523 | |
| 10925 | SUPPORT TERMINALS OPERATING PARTNER, 2400 LAKESIDE BLVD #600, DALLAS COUNTY, RICHARDSON, TX 75082 | |
| 10925 | SUPREME CORPORATION, 122 EAST LAUREL ST, MULLINS, SC 29574 | |
| 10925 | SUPREME CORPORATION, BUCK ST, MULLINS, SC 29574 | |
| 10924 | SUPREME FELT & ABRASIVES, 1305 E. ALGONQUIN RD./DOCK, SCHAUMBURG, IL 60196 | |
| 10924 | SUPREME FELT & ABRASIVES, 4425 JAMES PLACE, MELROSE PARK, IL 60160 | |
| 10925 | SUPREME PERLITE CO (MULTNOMAH COUNT, 4600 N SUTTLE RD, PORTLAND, OR 97217-7720 | |
| 10925 | SUPREME TEXTILE CORP, PO BOX 93382, ATLANTA, GA 30377-0382 | |
| 10925 | SUPREME TEXTILE CORPORATION, 1311 COLLIER ROAD N W, ATLANTA, GA 30318 | |
| 10925 | SUPREME TEXTILE CORPORATION, PO BOX 250567, ATLANTA, GA 30325-1567 | |
| 10924 | SUPREME TRANSIT CONC. INC., 615 FURROWS RD, HOLTSVILLE, NY 11742 | |
| 10924 | SUPREME TRANSIT CONC. INC., 615 FURROWS RD., HOLTSVILLE, NY 11742 | |
| 10924 | SUPREME TRANSIT MIX INC, 2513 COUNTY ROAD 27, WATERLOO, IN 46793 | |
| 10924 | SUPREME TRANSIT MIX, INC., 2513 COUNTY ROAD 27, WATERLOO, IN 46793 | |
| 10924 | SUPRIPACK IND DE EMBALAGENS LTDA, KM 01 B DR ALBUQUERQUE, CAMPO GRANDE, 79060-900BRAZIL | *VIA Deutsche Post* |
| 10925 | SUPT. OF WATER COLLECTION, 333 S. STATE SUITE 510, CHICAGO, IL 60604 | |
| 10924 | SUR QUIMICA DE COSTA RICA,S.A., LA URUCA, APARTADO 234-1150, SAN JOSE, 09999CRI | *VIA Deutsche Post* |
| 10925 | SUR, RICHARD, 513 HAYWARD MILL RD, CONCORD, MA 01742 | |
| 10925 | SURACE, JOSEPHINE, 307 SHERMAN AVE, RARITAN, NJ 08869 | |
| 10925 | SURATI, BIREN, 12070 PLUMBROK, HOUSTON, TX 77099 | |
| 10925 | SURBAUGH, MADELYN, 246 BRANDON ROAD, BALTIMORE, MD 21212 | |
| 10925 | SURBER, SHERRY, 3258 CALEY MILL CRT, POWDER SPRINGS, GA 30073 | |
| 10925 | SURDAM, DAWN, 68 PINE NEEDLE LANE, MANSFIELD, MA 02048 | |
| 10924 | SURE SET FASTENER CORP, 170-2 CENTRAL AVE, FARMINGDALE, NY 11735 | |
| 10924 | SUREGUARD COMPANY, 2350 114TH STREET, GRAND PRAIRIE, TX 75050 | |
| 10925 | SURENA KING, 9618 GREEN MOON PATH, COLUMBIA, MD 21046 | |
| 10925 | SURE-PACK CORP., 700 EVELYN AVE #B, LINTHICUM, MD 21090-1306 | |
| 10925 | SURE-PACK CORP., 700 EVELYN VE #B, LINTHICUM, MD 21090-1306 | |
| 10925 | SURETTE, EILEEN, 84 JOHN MOONEY RD, REVERE, MA 02151 | |
| 10925 | SUREWAY AIR EXPRESS, SUITE E, BELLMAWR, NJ 08031 | |
| 10925 | SURFACE COMBUSTION INC., PO BOX 428, MAUMEE, OH 43537 | |
| 10924 | SURFACE MAUSOLEUM CO INC, 1799-1805 MAIN ST, MINDEN CITY, MI 48456 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | SURFACE MAUSOLEUM CO., INC., 1799 MAIN ST, MINDEN CITY, MI 48456 | |
| 10924 | SURFACE MAUSOLEUM CO., INC., 1799-1805 MAIN ST, MINDEN CITY, MI 48456 | |
| 10925 | SURFACE MOUNT TECHNOLOGY ASSOC, 5200 WILSON ROAD, EDINA, MN 55424-1343 | |
| 10924 | SURFACE PROTECTION INDUSTRIES, INC., 3411 EAST 15TH STREET, LOS ANGELES, CA 90023 | |
| 10924 | SURFACE TECH L.L.C, 62 GRISWOLD STREET, BINGHAMTON, NY 13904 | |
| 10925 | SURFACE TECH L.L.C., PO BOX 540, JOHNSON CITY, NY 13790 | |
| 10924 | SURFACE TECH L.L.C., PO BOX 540, JOHNSON CITY, NY 13790 | |
| 10925 | SURFACE TECHNOLOGY SYSTEMS, 75 EAST MARKET ST, AKRON, OH 44308 | |
| 10925 | SURFACE TECHNOLOGY SYSTEMS, 7857 FREEDOM AVE., NW, NORTH CANTON, OH 44720 | |
| 10925 | SURFACE, MARGARET, 247 WEST WALNUT, KANKAKEE, IL 60901 | |
| 10925 | SURFACE, SHAWN, 9209 WEST CORTEZ, PEORIA, AZ 85345 | |
| 10924 | SURFACHEM LIMITED, 100 WELLINGTON STREET, LEEDS, 0GBR | *VIA Deutsche Post* |
| 10925 | SURFACTANTS INC, 260 RYAN ST, SOUTH PLAINFIELD, NJ 07080 | |
| 10924 | SURFSIDE POOLS, 113 LUNENBERG ST., FITCHBURG, MA 01420 | |
| 10924 | SURFTRAN, 30250 STEVENSON HIGHWAY, MADISON HEIGHTS, MI 48071 | |
| 10925 | SURGENT, JOANNE, 727 MIDLAND AVE., GARFIELD, NJ 07026 | |
| 10925 | SURGERYNET INC., 200 GALLERIA PKWY, STE 720, ATLANTA, GA 30339 | |
| 10925 | SURGIKOS, JOHN N BEIDLER, | |
| 10924 | SURGI-MED INTERNATIONAL, 10824B GULFDALE, SAN ANTONIO, TX 78216 | |
| 10925 | SURIAL, JULISSA, 820 19TH ST, UNION CITY, NJ 07087 | |
| 10925 | SURLAND, CARL, 7733 TELEGRAPH RD #65, SEVERN, MD 21144-1114 | |
| 10925 | SURLAND, GEORGE, 51 ATTENBOROUGH DRIVE APT 104, 2D, BALTIMORE, MD 21237 | |
| 10925 | SURLES, HENRY, 411 HENDERSON ROAD, GREENVILLE, SC 29607 | |
| 10925 | SURLES, MAUREEN, 27 PLANTERS ST., SALEM, MA 01970 | |
| 10925 | SUR-LOC INC, 3560 E. SWAGER DR., FREMONT, IN 46737-0750 | |
| 10925 | SUR-LOC INC, PO BOX 750, FREMONT, IN 46737-0750 | |
| 10925 | SURO-PLA, OLGA, 904 MARTI ST. APT E-2, E-2, SAN JUAN, PR 00907-3345PUERTO RICO | *VIA Deutsche Post* |
| 10925 | SUROWIEC, JOZEF, 8035 NIGHTWIND COURT, ELKRIDGE, MD 21075 | |
| 10925 | SURPITSKI, JOHN, 336 LINEBROOK ROAD, IPSWICH, MA 01938 | |
| 10925 | SURPRENANT, BRENDA, RT 7 BOX8A, KANKAKEE, IL 60901 | |
| 10925 | SURPRENANT, CONNIE, 219 N ELM, MOMENCE, IL 60954 | |
| 10925 | SURPRENANT, EDITH, R.R. 2, BOX 81, GRANT PARK, IL 60940 | |
| 10925 | SURPRENANT, JEAN, 27470 CUBA ROAD, BARRINGTON, IL 60010-2702 | |
| 10925 | SURPRENANT, VIRGINIA, RR1 BOX 96, BOURBONNAIS, IL 60914 | |
| 10925 | SURRATT, CLAUDETTE, 1520 STONELEIGH CIR APT. 101, STONE MOUNTAIN, GA 30088 | |
| 10925 | SURRATT, VARRY, 1420 WEST 19TH, PINEBLUFF, AR 71603 | |
| 10925 | SURRENA, HARRY, RD #2 BOX 2693, MERCER, PA 16137 | |
| 10925 | SURRENCY, RICHARD, 1214 DELEON WAY, LAKELAND, FL 33805-4517 | |
| 10925 | SUR-SEAL GASKET & PACKING INC., 6156 WESSELMAN RD., CINCINNATI, OH 45248 | |
| 10925 | SUR-SEAL GASKET & PACKING INC., PO BOX 11010, CINCINNATI, OH 45211 | |
| 10924 | SURTEC, INC., 5907 MURVIHILL ROAD, VALPARAISO, IN 46383 | |
| 10925 | SURVEILLANCE SPECIALTIES LIMITED, 40 CHATHAM WAY, LYNNFIELD, MA 01940 | |
| 10925 | SURVEY GROUP, THE, ONE POPE ST SUITE 200, WAKEFIELD, MA 01880 | |
| 10925 | SURVIVALINK, 5420 FELTL RD., HOPKINS, MN 55343 | |
| 10925 | SURVIVALINK, PO BOX 86, MINNEAPOLIS, MN 55486-1542 | |
| 10925 | SURWEST CORP, 120 E OGDEN AVE SUITE 24, HINSDALE, IL 60521 | |
| 10925 | SURYA, INGE, 25-46 76TH ST #3B, JACKSON HEIGHTS, NY 11370 | |
| 10925 | SUSAN A HOCHSTADTER, 947 SOUTH ELGIN AVE, FOREST PARK, IL 60130-2328 | |
| 10925 | SUSAN BASSETT, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | SUSAN BETH WILLIS, 26 ABINGTON RD, DANVERS, MA 01923-3664 | |
| 10925 | SUSAN BLACK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SUSAN BROWN, 108 E 30TH ST, NEW YORK, NY 10016-7371

10925   SUSAN BURKETT TTEE UA, DTD 10 07 92, SUSAN BURKETT REV LIV TRUST, 2434 ST GILES, KIRKWOOD, MO 63122-5018

10925   SUSAN C HARNACH &, NANCY J HARNACH JT TEN, 2318 TURNBERRY LANE, CHARLOTTE, NC 28210-7615

10925   SUSAN CLINE &, HERBERT CLINE JT TEN, 177 PARK RD, CHELMSFORD, MA 01824-4324

10925   SUSAN D BRATTAIN, 15 BOGART DR, TERRE HAUTE, IN 47803-2401

10925   SUSAN E ALLISON, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   SUSAN E FARNSWORTH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SUSAN E LETENDRE, 56 CORONET CIRCLE, FEEDING HILLS, MA 01030-1406

10925   SUSAN E MILLER & D BYRON MILLER, TR UA MAR 17 98 MILLER FAMILY, TRUST, 26922 DEZAHARA WAY, LOS ALTOS, CA 94022-4310

10925   SUSAN E OVITT, 7307 DUBLIN LANE, HIXSON, TN 37343-2484

10925   SUSAN E PLATFOOT, 360 SO ORANGE ST, ORANGE, CA 92866-1910

10925   SUSAN E. HARRIS, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   SUSAN FARMER, 100 W MAIN ST, MT KISCO, NY 10549-1912

10925   SUSAN G EHRLICH, 6632 HAVILAND MILL ROAD, CLARKSVILLE, MD 21029-1313

10925   SUSAN GITTLER, 26 WATERVIEW AVE, LKAE RONKONKOMA, NY 11779-3058

10925   SUSAN H JAVOR &, ROBERT G JAVOR JT TEN, 3119 EAST ERIE AVE, LORAIN, OH 44052-2549

10925   SUSAN HART, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SUSAN J BORNSTEIN, 140 PLEASANT ST, WAKEFIELD, MA 01880-1728

10925   SUSAN JOHNSTON, 7 PRIMROSE LN, JOHNSTON, RI 02919-2889

10925   SUSAN K WILBANKS, 308 VISTA VIEW CT, WELLFORD, SC 29385-8905

10925   SUSAN L BASSETT, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SUSAN L CORRELL, 5820 CREEKSIDE, NORTH RIDGEVILLE, OH 44039-2510

10925   SUSAN L GORE CONTINUING TUTRIX, OF THE PROPERTY OF KAREN LYNNE, GORE, 450 AUDUBON BLVD, NEW ORLEANS, LA 70125-3504

10925   SUSAN L GORE, 450 AUDUBON BLVD, NEW ORLEANS, LA 70125-3504

10925   SUSAN L LEBLANG, 9510 TANAGER DR, CHARDON, OH 44024-8680

10925   SUSAN L POLLNOW, BOX 31324, ST LOUIS, MO 63131-0324

10925   SUSAN L YOUNG, 1076 WINTON DR, WALNUT CREEK, CA 94598-1527

10925   SUSAN L. PHILLIPS CO., PO BOX 66983, BATON ROUGE, LA 70896

10925   SUSAN LEE WILLIAMS, 11 TRASK ST, DANVERS, MA 01923-2905

10925   SUSAN LESLIE MEADE, 6 PELLINGTON COURT, PINE BROOK, NJ 07058-9648

10925   SUSAN LYDIA HAGEMAN, 323 B MAPLEVIEW DR, OLD BRIDGE, NJ 08857-2999

10925   SUSAN LYNN ANDERSON, 713 28TH ST, WEST DES MOINES, IA 50265-3280

10925   SUSAN M COSTELLO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   SUSAN M CROSS, 6650 HYTHE ROAD, INDIANAPOLIS, IN 46220-4221

10925   SUSAN M EDWARDS, 5735 HIGH DR, SHAWNEE MISSION, KS 66208-1126

10925   SUSAN M HERNDON, C/O CONNELLY, 761 WIDGEON APT 2A, WHEELING, IL 60090-5262

10925   SUSAN M LIPOVSKY BROWN, 18 CAMPBELL PL, CAMP HILL, PA 17011-2530

10925   SUSAN M MILLER &, DOUGLAS C MILLER JT TEN, 5735 HIGH DR, SHAWNEE MISSION, KS 66208-1126

10925   SUSAN M TALLMAN, 825 PEARSON ST 5E, DES PLAINES, IL 60016-6499

10925   SUSAN M WARD, 211 GLENSTONE CIRCLE, BRENTWOOD, TN 37027-3916

10925   SUSAN MCHALE, 6522 BEECHWOOD DR., COLUMBIA, MD 21046

10925   SUSAN MILLER &, DOUGLAS MILLER JT TEN, 5735 HIGH DR, SHAWNEE MISSION, KS 66208-1126

10925   SUSAN MORRISON, 9021 DELMAR, PRAIRIE VILLAGE, KS 66207-2343

10925   SUSAN MYRA COHEN, 13 FLETCHER DR, MORGANVILLE, NJ 07751-1404

10925   SUSAN NISBET, SHORTHAND REPORTER, 48 COLEPORT LANDING, ALAMEDA, CA 94502

10925   SUSAN O DONOVAN, 20 FINCH ST, RAMSEY, NJ 07446-1935

10925   SUSAN P ABERER, 7517 KEDVALE, SKOKIE, IL 60076-3803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | SUSAN PETRILLO ZAHN &, RICHARD JUDE ZAHN JT TEN, 7 BRANDYWINE COURT, SUCCASUNNA, NJ 07876-1112 | |
| 10925 | SUSAN S GRAHAM, 3025 FOREST DR, PEPPER PIKE, OH 44124-5125 | |
| 10925 | SUSAN SORBELLI, 1 HART ST, RFD 10, WILKES BARRE, PA 18702-9803 | |
| 10925 | SUSAN THERESE SPONBURGH, 195 RAILROAD ST, BELCHER TOWN, MA 01007-9326 | |
| 10925 | SUSAN TISCHLER, 864 E 28TH ST, BROOKLYN, NY 11210-2925 | |
| 10925 | SUSAN WIEAND, 1330 INDUSTRY ROAD, HATFIELD, PA 19440 | |
| 10925 | SUSAN Z BOYER &, LINDA M CAMERON JT TEN, 25825 HURON, ROSEVILLE, MI 48066-4938 | |
| 10925 | SUSANNE & JAMES REED, 3907 W TACON ST, TAMPA, FL 33629-7820 | |
| 10925 | SUSANNO, ANTHONY, 16 CHASE ST, BEVERLY, MA 01915 | |
| 10925 | SUSETTE MIRANNE, 610 PARK AVE, MANHASSETT, NY 11030-2715 | |
| 10925 | SUSETTE SMITH, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | SUSI, CLAUDETTE, 1037 H WOODSEDGE DR, AUGUSTA, GA 30904 | |
| 10925 | SUSI, JOHN, 612 BEECH ST, ROSLINDALE, MA 02131 | |
| 10925 | SUSIE BURGESS, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | SUSIE BURGESS, 5225 PHILLIP LEE DR, ATLANTA, GA 30336 | |
| 10925 | SUSKIND, STEVEN, 3420 L NORMANDY WOODS DRIVE, ELLICOTT CITY, MD 21043 | |
| 10925 | SUSMA, OLGA, 1703 N. RIVER RD., ALGONGUIN, IL 60102 | |
| 10925 | SUSMAN GODFREY LLP, 1000 LOUSIANA ST, SUITE 5100, HOUSTON, TX 77002-5096 | |
| 10925 | SUSMAN GODFREY LLP, 1880 CENTURY PARK EAST, SUITE 950, LOS ANGELES, CA 90067-1606 | |
| 10925 | SUSPA, INC, 3972 ROGER CHAFFEE DR., S.E., GRAND RAPIDS, MI 49548 | |
| 10925 | SUSPA, INC, PO BOX 66973, CHICAGO, IL 60666-0973 | |
| 10925 | SUSQUEHANNA ASSOC FOR THE BLIND, 244 NORTH QUEEN ST, LANCASTER, PA 17601 | |
| 10924 | SUSSEX AVENUE SCHOOL, 307 SUSSEX AVENUE, NEWARK, NJ 07100 | |
| 10924 | SUSSEX BLOCK & BLDG SUP, 477 WOODPORT RD., SPARTA, NJ 07871 | |
| 10924 | SUSSEX BLOCK, 477 WOODPORT RD., SPARTA, NJ 07871 | |
| 10925 | SUSTACHE, J, 1324 N 24TH PLACE, MILWAUKEE, WI 53205 | |
| 10925 | SUSTAITA, STEVEN, 1142 TAYLOR ST, ALVISO, CA 95002 | |
| 10925 | SUSTENDAL, CHARLES, 1528 PEACH ST, METAIRIE, LA 70001 | |
| 10925 | SUTANTO, SUGENG, 82 MAYNARD ST, PAWTUCKET RI, RI 02860 | |
| 10925 | SUTCH, MICHAEL, 9629 WHITE ACRE RD., COLUMBIA, MD 21045 | |
| 10925 | SUTER, BRUCE, BOX 781, MEEKER, CO 81641 | |
| 10925 | SUTERA, DIANE, 1418 NANNETTE CIRCLE, RENO, NV 89502 | |
| 10925 | SUTERA, DIANNE, 2 DUANE DRIVE, NO. READING, MA 01864 | |
| 10925 | SUTERA, JONATHAN, 440 CLEARVIEW RD., MANSFIELD, OH 44907 | |
| 10924 | SUTHERLAND BROS, INC., PO BOX889, NUCLA, CO 81424 | |
| 10925 | SUTHERLAND, CAROLYN, 106 LOOPER RD, PELZER, SC 29669 | |
| 10925 | SUTHERLAND, COLETTE, 1086 WEST AVE P-4, PALMDALE, CA 93551 | |
| 10925 | SUTHERLAND, EDGAR, 102 BRIARWOOD LN, SIMPSONVILLE, SC 29681 | |
| 10925 | SUTHERLAND, ETTA, 2713 WEST 10TH ST, OWENSBORO, KY 42301-1743 | |
| 10925 | SUTHERLAND, JR, JIMMY, 15 WEST RANDALL, BALTIMORE, MD 21230 | |
| 10925 | SUTHERLAND, KEVIN, 34 POTTER HILL RD, GRAFTON, MA 01519 | |
| 10925 | SUTHERLAND, LINDA, 300 MIMOSA DRIVE, MAULDIN, SC 29662 | |
| 10925 | SUTHERLAND, LYNNE, 625 PLYMOUTH BLVD SOUTH EAST, EAST GRAND RAPIDS, MI 49506 | |
| 10925 | SUTHERLAND, MARIA, 5738 COLLEGE, KANSAS CITY, MO 64130 | |
| 10925 | SUTHERLAND, PAIGE, 2200 GREENTREE RD, FREDERICKSBURG, VA 22406 | |
| 10925 | SUTHERLAND, PATRICIA, 3929 NW 36 AVE, LAUDERDALE LAKES, FL 33309 | |
| 10925 | SUTHERLAND, RICHARD, 2713 W TENTH, OWENSBORO, KY 42301 | |
| 10925 | SUTHERLAND, ROBERT, 100 LAUREL SPRINGS DRIVE, ATHENS, GA 30606 | |
| 10925 | SUTHERLAND, ROBERT, 120 WOODROW ST, PICKENS, SC 29671 | |
| 10925 | SUTHERLAND, WAYNE, 827 PINECROFT ST., HIGH POINT, NC 27260-6135 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SUTHERLIN, JAMES, 29 SOUTH BEDFORD, WOBURN, MA 01801

10925   SUTHERLIN, LINDSEY, 403 PARK ST, PLAINFIELD, IN 46168

10925   SUTHERLIN, RONALD, 8162 WASTWOOD CT APT D242, CROWN POINT, IN 46307

10925   SUTHERS, JOHN E, PO BOX 8847, SAVANNAH, GA 31412

10925   SUTOVICH, KEVIN, 4906 WYOMING AVE, HARRISBURG, PA 17109

10925   SUTOVICH, KEVIN, 8981 CROSS HIVE CT., COLUMBIA, MD 21045

10925   SUTPHIN, JENNIFER, 71 3RD AVE EAST, GRANT, AL 35747

10925   SUTRICK, DEBRA, 2911 TRADEWINDS TR, GREEN BAY, WI 54313

10925   SUTSADANG, CHANANAN, 300 TAMPA ST, TURLOCK, CA 95380

10925   SUTTER & ENSLEIN, 1919 PENNSYLVANIA AVE NW, STE 200, WASHINGTON, DC 20006

10925   SUTTER, AMY, 84 FREEDOM TER, EASTON, PA 18045-7442

10925   SUTTER, JOHN E, 2 NORTH CHARLES ST, SUITE 950, B&O BLDG, BALTIMORE, MD 21201-        *VIA Deutsche Post*
        3797UNITED KINGDOM

10925   SUTTERLIN, PATRICIA, 3614 N LOTUS AVE, CHICAGO, IL 60641

10925   SUTTERS MILL SPECIALTIES, 315 S.48TH ST.,STE. 104, TEMPE, AZ 85281

10925   SUTTERS MILL SPECIALTIES, 410 S PERRY LANE, #4, TEMPE, AZ 85281

10925   SUTTIE, LORRAINE, 15 DEARBORN RD, BURLINGTON, MA 01803

10925   SUTTLE, ARTHUR, 916 E. GEORGIA RD, SIMPSONVILLE, SC 29681

10925   SUTTLE, JOHN D, 2718 PETE SEAY RD., SULPHUR, LA 70663

10925   SUTTLE, JOHN, 2718 PETE SEAY RD, SULPHUR, LA 70663

10925   SUTTLES TRUCK LEASING INC, HWY 43 SOUTH, DEMOPOLIS, AL 36732

10925   SUTTLES TRUCK LEASING, INC, PO BOX 129, DEMOPOLIS, AL 36732

10925   SUTTON ASSOCIATES, ONE JERICHO PLAZA, JERICHO, NY 11753

10925   SUTTON DESIGNS INC, 202 EAST STATE ST SUITE 408, ITHACA, NY 14850

10925   SUTTON PLACE GOURMET INC, 6116 EXECUTIVE BLVD, ROCKVILLE, MD 20852

10925   SUTTON SUPPLY COMPANY, PO BOX 1327, CONOVER, NC 28613

10925   SUTTON, AMY, 715 EDWARDS ST, WOODRUFF, SC 29388

10925   SUTTON, ANDREA, 1212 FITZWATER ST, PHILADELPHIA, PA 19147

10925   SUTTON, BEN, 2200 CEDAR LN, KINSTON, NC 28501-5946

10925   SUTTON, CHARLES, 11222 BRAESRIDGE,APT 3222, HOUSTON, TX 77071

10925   SUTTON, DARRYL, 10 CAPEWOOD ROAD, # 196, SIMPSONVILLE, SC 29681

10925   SUTTON, DAVID, 76 MARY JANE RD, NEWMAN, GA 30263

10925   SUTTON, DAWN, 609 FIRST AVE, RARITAN, NJ 08869

10925   SUTTON, GILBERT, 402 WEST BANKS APT D, IOWA PARK, TX 76367

10925   SUTTON, JASON, 5 BISBY MT., RENO, NV 89512

10925   SUTTON, JILL, 102 WESTCHESTER LA, 19, ATHENS, GA 30606

10925   SUTTON, JOSEPH, 306 SOUTH WINGFIELD RD, GREER, SC 29650

10925   SUTTON, LEVI, 77 HALL DRIVE, NEWNAN, GA 30263

10925   SUTTON, MARIA J., 27705 LAKE ORA DRIVE, HOLDEN, LA 70744

10925   SUTTON, NATHANIEL, 5345 INDIAN MOUND, CINCINNATI, OH 45212

10925   SUTTON, ORLANDO, 10867 LAKE PATH DR., SAN ANTONIO, TX 78217

10925   SUTTON, PAMELA, 1000 MARY DRIVE, #808, IOWA PARK, TX 76367

10925   SUTTON, REBECCA, 989 FARMINGTON DR, CHESHIRE, CT 06410

10925   SUTTON, SHARON, RT 1 BOX 239 A-1, KITE, GA 31049

10925   SUTTON, SPENCER, 3801 WINDHURST DR., LILBURN, GA 30247

10925   SUTTON, SR, C, 314 N. 29TH ST, WILMINGTON, NC 28405

10925   SUTTON, THOMAS, PO BOX 249, COLUMBIA, MS 39429

10925   SUTTON, VELMA, 1708 GLENVIEW DR, GREENVILLE, NC 27834

10925   SUTTON-SHERIDAN, JACKALYN, 2000 GANDY BLVD, ST PETERSBURG, FL 33702

10924   SUU, CEDAR CITY, UT 84720

10925   SUVA ELEMENTARY SCHOOL, 6740 SUVA ST, BELL GARDENS, CA 90201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SUYDERHOUD, ANGELA, 10805 W 50TH TERR, SHAWNEE, KS 66203

10925   SUZANNE EMERSON, 4517 EVERETT ST, KENSINGTON, MD 20895-4125

10925   SUZANNE HOFFMANN, 11920 N 57TH ST, BENNINGTON, NE 68007

10925   SUZANNE J MAHONEY, 78 WEST BARE HILL RD, HARVARD, MA 01451-1619

10925   SUZANNE J PRICE &, H WAYNE PRICE JT TEN, 4608 OLD SALEM ROAD, SPRINGFIELD, IL 62707-6007

10925   SUZANNE LEROY MULCAY, 3523 PRINCETON CORNERS LANE, MARIETTA, GA 30062-5566

10925   SUZANNE M LEEHAN &, SEAN W LEEHAN JT TEN, 1017 AUGUSTA WAY, PITTSBURGH, PA 15236-2072

10925   SUZANNE OLSON, 6050 W 51ST ST, CHICAGO, IL 60638

10925   SUZANNE T PARSONS, 7237 E GAGE ST, LOS ANGELES, CA 90040

10925   SUZETTE ISKANDER, 66 GLENVILLE AVE #19, ALLSTON, MA 02134

10924   SUZIO CONCRETE CO, 975 WESTFIELD RD., MERIDEN, CT 06450

10924   SUZIO CONCRETE CO, CHAPEL ST, NEW HAVEN, CT 06511

10924   SUZIO CONCRETE CO, PO BOX 748, MERIDEN, CT 06450

10924   SUZIO CONCRETE CO, TOELLES RD, WALLINGFORD, CT 06492

10924   SUZIO L CONCRETE CO, P.O. BOX 748, MERIDEN, CT 06450

10925   SUZY STARR KRONFELD, 5417 KELLOGG AVE S, EDINA, MN 55424-1604

10925   SVEC, ROBERT, 2534 OAKWOOD WAY, SMYRNA, GA 30080

10925   SVEDALA INDUSTRIES, INC, PO BOX 2325, CAROL STREAM, IL 60132-2325

10925   SVEDALA INDUSTRIES, PUMPS AND PROCESS DIVISION, POBOX 2325, CAROL STREAM, IL 60132-2325

10925   SVEDALA PUMPS & PROCESS, 621 S. SIERRA MADRE, COLORADO SPRINGS, CO 80901

10925   SVEDALA PUMPS & PROCESS, SVEDALA INDUSTRIES, INC, PO BOX 2325, CAROL STREAM, IL 60132-2325

10925   SVEET, RODNEY, RR 2 BOX 37H, WILLISTON, ND 58801

10925   SVELDA INDUSTRIES INC, POBOX 2325, CAROL STREAM, IL 60132-2325

10925   SVELNIS, SUSAN, 150 STETSON ROAD, NORWELL, MA 02061

10925   SVENDSEN, OYSTEIN, 150 OAK RIDGE PLACE, GREENVILLE, SC 29615

10925   SVENDSEN, PETER E, 21210 NORTH 62ND AVE, GLENDALE, AZ 85308-6379

10925   SVENDSEN, PHILIP, 944 SE 10TH WAY, POMPANO BEACH, FL 33060

10925   SVERDRUP & BARNES, 503 CALIFORNIA AVE, LIBBY, MT 59923

10925   SVOBODA, GEORGE, 4665 RUNNINGDEER WOODS/NE, IOWA CITY, IA 52240

10925   SVOBODA, MICHAEL, 18204 WEST 4TH AVE, GOLDEN, CO 80401

10925   SVOBODA, PAUL, 8130 REDLANDS ST #10, PLAYA DEL REY, CA 90293

10925   SVOBODA, RICHARD, 1806 9TH AVE SW, CEDAR RAPIDS, IA 52404

10925   SVOBODA, XYNTA, 2522 E. JOHNSON ST, MADISON, WI 53704

10925   SVRCHEK, JOSEPH, 62422 WHITEWATER DRIVE, INDIANAPOLIS, IN 46236

10924   SW ELECTRIC LLC, 423 US HWY 61N, LANCASTER, WI 53813

10925   SW JONES ROAD L.P., 1675 LARIMAR ST SUITE 720, DENVER, CO 80202

10925   SW JONES ROAD L.P., GEN COUNSEL, 1675 LARIMER ST., SUITE 720, DENVER, CO 80202

10925   SW LA HUMAN RESOURCES MGMT, INC, 602 W. PRIEN LAKE ROAD, LAKE CHARLES, LA 70601

10925   SW0400, CHIPPENHAM PKWY RTE 150, ENTRANCE GATE 13, RICHMOND, VA 23297-5555

10925   SWAB, KAREN, 1116 BOWES RD #9, LOWELL, MI 49331

10925   SWABE, SHEILA, 2420 CONGRESS PRWY., ATHENS, TN 37303

10925   SWABY MANUFACTURING CO, 5414 W ROOSEVELT ROAD, CHICAGO, IL 60644-1479

10925   SWABY MANUFACTURING CO., 5414 W. ROOSEVELT ROAD, CHICAGO, IL 60650

10925   SWABY MFG., 5414 W. ROOSEVELT RD., CHICAGO, IL 60644

10925   SWABY, NORMAN, BEACH CHANNEL DR, NEW YORK, NY 11692

10925   SWAFFORD, JOE, 9420 HARRISON BAY ROAD, HARRISON, TN 37341

10925   SWAFFORD, STEPHEN, 700 JAMES ROAD, EASLEY, SC 29642

10925   SWAGELOK-CAPITAL VALVE & FITTING, 224 N. CITIES SERVICE HWY., SULPHUR, LA 70663

10925   SWAGELOK-CAPITAL VALVE & FITTING, 9243 INTERLINE AVE, BATON ROUGE, LA 70809

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SWAILS, DERRIN, 7595 S.W. FULTON PARK PLACE, PORTLAND, OR 97219

10925   SWAILS-REBAR, MARY, 15554 FAHEY RD, MANCHESTER, MI 48158

10925   SWAIM, DIANNE, RT 2 BOX 2333, DANIELSVILLE, GA 30633

10925   SWAIM, LISA, RT 2, BOX 2331, DANIELSVILLE, GA 30633

10925   SWAIM, RYAN, 1601 WESTBRIDGE, FORT COLLINS, CO 80526

10924   SWAIN PLASTERING CO, 1222 SO. CHADBOURNE ST, SAN ANGELO, TX 76903

10925   SWAIN SR., EARL, 4300 SARVER, LAKE CHARLES, LA 70605

10925   SWAIN, BRIDGETTE, 206 WARD ST, MACON, GA 31204

10925   SWAIN, COZZYETTE, 8184 CENTURY CIRCLE W., APT. 8, INDIANAPOLIS, IN 46260

10925   SWAIN, HAM, 3101 29TH AVE, TAMPA, FL 33605

10925   SWAIN, JEANNE, 1110 S 24TH ST, ALLENTOWN PA, PA 18103

10925   SWAIN, JOHN CHRIS, 22 N. ROBSON, MESA, AZ 85201

10925   SWAIN, JOHN, 45 CHESTNUT ST, SAUGUS, MA 01906

10925   SWAIN, KERRY, RR 1 BOX 82A, LIZTON, IN 46149

10925   SWAIN, KEVIN, RR1 BOX 82A, LIZTON, IN 46149

10925   SWAIN, RICHARD, 1304 HARLESS, ODESSA, TX 79763

10925   SWAIN, VERA, 1072 PERRY LANE, OPELOUSAS, LA 70570

10925   SWAIN, WILLIAM, 4922 MARATHON DRIVE, MADISON, WI 53705

10925   SWAINBANK, DONALD, PO BOX 1599, TERRELL, TX 75160-0014

10925   SWAN ASSOCIATES INC., 46 S WHITTLESEY AVE., PO BOX 310, WALLINGFORD, CT 06492

10925   SWAN CHEMICAL COMPANY, 136 RIDGE ROAD, LYNDHURST, NJ 07071

10925   SWAN CHEMICALS, 136 RIDGE RD, LYNDHURST, NJ 07071

10924   SWAN MANOR, 10 S. 8TH AVENUE, YAKIMA, WA 98901

10924   SWAN OIL COMPANY, 500 PAW PAW AVENUE, BENTON HARBOR, MI 49022

10925   SWAN, BRADLEY, W239 N4008 SWAN ROAD, PEWAUKEE, WI 53072

10925   SWAN, CHARLES, 2910 SALT CREEK ROAD, JACKSBORO, TX 76458

10925   SWAN, CHARLES, PO BOX 1086, EVANSTON, WY 82930

10925   SWAN, VICTORIA, 996 3RD ST, MENASHA, WI 54952

10924   SWANDO TERMINAL, CHARLESTON PORT, MOUNT PLEASANT, SC 29465

10925   SWANEY, CHARLES, 920 CAVINS ROAD, WOODRUFF, SC 29388

10925   SWANEY, WADE, 1001 N. WARNELL ST, PLANT CITY, FL 33566

10925   SWANICK, MARY, 22 WHITE MEADOW AVE, ROCKAWAY, NJ 07866

10925   SWANK, PAUL, 200 MARTIN DR., NOVATO, CA 94949

10925   SWANK, SUSAN, 5001 CEDAR RIVER TRAIL, FORT WORTH, TX 76137

10925   SWANN, M, 550 KEYS DRIVE, ELYRIA, OH 44035

10925   SWANN, TERESA, 221 WEST 3RD, DEER PARK, TX 77536

10924   SWANS CONCRETE PRODUCTS, 674 BRIDGTON RD., WESTBROOK, ME 04092

10924   SWANSEA BUILDING PRODUCTS, 494 N. 33RD ST., EAST SAINT LOUIS, IL 62205

10924   SWANSEA BUILDING PRODUCTS, PO BOX566, BELLEVILLE, IL 62222

10925   SWANSON & YOUNGDALE INC, POBOX 86, MINNEAPOLIS, MN 55486-1575

10925   SWANSON CONTRACTING CO, INC, 11701 S MAYFIELD AVE, ALSIP, IL 60803

10925   SWANSON CONTRACTING CO. INC., 11701 SOUTH MAYFIELD AVE, ALSIP, IL 60803-2482

10924   SWANSON SCHOOL, PALMER, AK 99645

10925   SWANSON THOMAS COON, 900 AMERICAN BANK BLDG, 621 S.W. MORRISON ST, PORTLAND, OR 97205

10925   SWANSON TRUCKING INC, PO BOX 68, OHIO, IL 61349

10925   SWANSON, CARL, BOX 4054, CLEARLAKE, CA 95422

10925   SWANSON, CATHERINE, 375 MOLINO AVE, LONG BEACH, CA 90814

10925   SWANSON, CLARENCE, 6553 SKYLEMAR TRAIL, CENTREVILLE, VA 22020

10925   SWANSON, DARLENE, 2920 COUNTY FARM ROAD, EUGENE, OR 97408-4609

10925   SWANSON, DEBORAH, 15353 MASON PLAZA, OMAHA, NE 68154

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 SWANSON, ELLIOT, 13427 OLD OAK WAY, SARATOGA, CA 95070

10925 SWANSON, GARY, 414 NORTH OSBORN, OAKLAND, NE 68045

10925 SWANSON, JANE, 184 S. CLEVELAND AVE, BRADLEY, IL 60915-2014

10925 SWANSON, JOHN, PO BOX 762, RAWLINS, WY 82301

10925 SWANSON, JUDITH, 168 COUNTRY LANE, POTTSTOWN, PA 19464

10925 SWANSON, K, 142 YORKSHIRE LANE, JANESVILLE, WI 53546

10925 SWANSON, LEOLA, 1520 HUTCHINSON, MOULTRIE, GA 31768

10925 SWANSON, LEONARD, 139 LAKEVIEW CT, 1, WATSEKA, IL 60970

10925 SWANSON, MARLENE, 1228 FIRST ST, ELGIN, IL 60120-2508

10925 SWANSON, MARY, 211 HARMONY ST, GREENVILLE, NC 27834

10925 SWANSON, RICHARD A, CUST FOR JASON A SWANSON, UNIF GIFT MIN ACT VA, 10812 ANITA DR, MASON NECK, VA 22079-3520

10925 SWANSON, RICHARD, 313 TERRACE DR, BRANDON, FL 33510

10925 SWANSON, RONNIE, 3217 KENESAW AVE, WICHITA FALLS, TX 76309

10925 SWANSON, RUSSELL, 1310 MARY DR, IOWA PARK, TX 76367

10925 SWANSON, SARAH, 3217 ROLLING KNOLL, DALLAS, TX 75234

10925 SWANSON, SHELLEY, 30447 WCR 68, GILL, CO 80624

10925 SWANSON, SUE, 245 SCOTT CREEK RD., JEFFERSON, TX 75657

10925 SWANSON, SUE, PO BOX 462558, GARLAND, TX 75046-2558

10925 SWANSTON, R., 1 PARKVIEW CT, ST PETERS, MO 63376

10925 SWANWICK, KIMBERLY, 430 CHICKASAW AVE, PITTSBURGH, PA 15237

10925 SWARBRICK, ELIZABETH, 9026 BERRY ST, OMAHA, NE 68123

10925 SWAREK, SHIRLEY, 107 PINEWOOD SQUARE, PITTSBURGH, PA 15235

10925 SWARINGIN, THOMAS, 2215 E. RUSK, MARSHALL, TX 75670

10925 SWART, JOHN D, 2525 WINEBERRY CT, HUNTINGTOWN, MD 20639

10925 SWART, JOHN DAVID, 2525 WINEBERRY CT, HUNTINGTON, MD 20639-4228

10925 SWART, JOHN, 2525 WINEBERRY COURT, HUNTINGTOWN, MD 20639

10925 SWARTHOUT, DONALD, 420 JANET ST, TAHLEQUAH, OK 74464

10924 SWARTLEY BROS., 837 W. 3RD. STREET, LANSDALE, PA 19446

10925 SWARTZ REED, 1321 CONNECTICUT AVE , NW, WASHINGTON, DC 20036-1801

10925 SWARTZ, BONNIE, 415 MCCARTY DR., GREENWOOD, IN 46142

10925 SWARTZ, DAVID, 15 MANCHESTER ROAD, WINCHESTER, MA 01890

10925 SWARTZ, GERALD, 767 THIRD AVE, NEW YORK, NY 10017

10925 SWARTZ, HEATHER, 62 CROSBY ROAD, NEWTON, MA 02185

10925 SWARTZ, KATHERINE, 21033 TIMBER RIDGE TERRACE, 203, ASHBURN,, VA 22011

10925 SWARTZEL, BILL C, 200 CLAREMONT DRIVE, GREENVILLE, SC 29609-3003

10925 SWARTZWELDER, BRUCE, 1161 LINWOOD LOOP, JACKSONVILLE, FL 32259

10925 SWASS, ANTHONY, 170 CANTON ST, WEST HAVEN, CT 06516-2207

10925 SWAT, PATRICIA, 4024 W 57TH PLACE, CHICAGO, IL 60629

10925 SWAYAMBUNATHAN, SUGANTHI, 5023 SOUTHERN STAR TERRACE, COLUMBIA, MD 21044

10925 SWAYAMBUNATHAN, SUGANTHI, 5958 TURNABOUT LANE #12, COLUMBIA, MD 21044

10925 SWAYNE, CAROL, 770 ANDERSON AVE, 2A, CLIFFSIDE PARK, NJ 07010

10925 SWAYNGHAME, JODY, 868 N OLD MILL RD, EASLEY, SC 29640

10925 SWBYPS, PO BOX 630052, DALLAS, TX 75263-0052

10925 SWE 2000, 1963 UNIVERSITY DR, LISLE, IL 60532

10925 SWE 97 CONVENTION MGT OFFICE, 900 JORIE BLVD, STE 220, OAK BROOK, IL 60521

10925 SWEARENGIN, SHENITHA, 4605 VERSAILLES, MIDLAND, TX 79703

10924 SWEARINGEN AIRCRAFT, MARTINSBURG, WV 25401

10925 SWEARINGEN, BRIAN, 2125 RUFFS MILL RD., BEL AIR, MD 21015

10925 SWEARINGEN, KRISTIE, 6266 DORSETT SHOALS ROAD #48, DOUGLASVILLE, GA 30135

10925 SWEARINGEN, LEROY, ROUTE 1 BOX 23A, ALEXANDER, ND 58831

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SWEARS, JANICE, 3016 CHAUCER DRIVE, OKLAHOMA CITY, OK 73120

10925   SWEATT, ANNA, 125 FRAZIER ST, WOODRUFF, SC 29388

10925   SWEATT, BROWN, 455 JONES ST, CEDAR HILL, TX 75104

10925   SWEATT, DORIS, 616 CALYX CIRCLE, DALLAS, TX 75216

10925   SWECO DIVISION OF EMERSON, PO BOX 905667, CHARLOTTE, NC 28290-5667

10925   SWECO INC., POBOX 905667, CHARLOTTE, NC 28290-5667

10925   SWECO, C/O GREENROSE PROCESS EQUIPMENT, PO BOX 905667, CHARLOTTE, NC 28290-5667

10925   SWECO, INC, 26 MUSIC FAIR RD., OWINGS MILLS, MD 21117

10925   SWECO, INC, PO BOX 1509, FLORENCE, KY 41042-1509

10925   SWECO, INC, PO BOX 45051, BATON ROUGE, LA 70895

10925   SWECO, INC, PO BOX 905667, CHARLOTTE, NC 28290-5667

10925   SWECO, INC, PO BOX 905667, FLORENCE, KY 41042-1509

10925   SWECO, PO BOX 905667, CHARLOTTE, NC 28290-5667

10925   SWECO,INC, PO BOX 905667, CHARLOTTE, NC 28290-5667

10925   SWECO/ BEEPER NO., PO BOX 326, VILLA PARK, IL 60181

10925   SWEDAL, MARVIN, W11055 LAKEVIEW DRIVE, LODI, WI 53555

10925   SWEDESBORO PUBLISHING CO INC, PO BOX 36, SWEDESBORO, NJ 08085

10925   SWEDESBORO PUBLISHING, PO BOX 36, SWEDESBORO, NJ 08085

10924   SWEDISH COVENANT HOSPITAL C/O SPRAY, 5145 NORTH CALIFORNIA, CHICAGO, IL 60625

10924   SWEDISH COVENANT HOSPITAL, C/O SPRAY INSULATION, WEST CHICAGO, IL 60185

10925   SWEDISH MATCH NA INC, GERARD J ROERTY JR VP SECY AND,

10924   SWEDISH MEDICAL CENTER, 747 SUMMIT AVENUE, SEATTLE, WA 98100

10924   SWEDISH MEDICAL CENTER, BROADWAY AND CHERRY, SEATTLE, WA 98101

10924   SWEDISH MEDICAL CENTER, ENGLEWOOD, CO 80110

10925   SWEDO, ANDREW, 205 RAUBENSTINE RD, HANOVER, PA 17331

10925   SWEDO, JR, ANDREW, 205 RAUBENSTINE, HANOVER, PA 17331

10925   SWEEDEN, LOUISE, 504 S GROVE RD, RICHARDSON, TX 75081

10925   SWEENEY SHEEHAN SPENCER, 1515 MARKET ST, 19TH FL, PHILADELPHIA, PA 19102

10925   SWEENEY TRANSPORTATION SWEY, 2073 WESTOVER RD, CHICOPEE, MA 01020

10925   SWEENEY, ANDY, 1417 FRANCES, REDLANDS, CA 92374

10925   SWEENEY, ANGELA, 220-16 102ND AVE, QUEENS VILLAGE, NY 11429

10925   SWEENEY, BETH, 1706 HUNTINGTON CT, SAFETY HARBOR, FL 34695

10925   SWEENEY, BETTY, 506 HIPPS ROAD, SIMPSONVILLE, SC 29680

10925   SWEENEY, CLARENCE, 40 HIPPS RD, SIMPSONVILLE, SC 29680

10925   SWEENEY, DANIEL, 1706 HUNTINGTON CT, SAFETY HARBOR, FL 34695

10925   SWEENEY, ELAINE, 8 HARDING AVE, WALTHAM, MA 02154

10925   SWEENEY, HARLEY, 307 ALDER DRIVE, SIMPSONVILLE, SC 29681

10925   SWEENEY, HENRY, 110 SWEENEY ROAD, SIMPSONVILLE, SC 29680

10925   SWEENEY, JOHN, DUTCH TREAT MHP BOX 33, NEWPORT, NC 28570

10925   SWEENEY, JOYCE, 1969 DUNDEE AZALIA 1969 DUNDEE AZALIA, DUNDEE, MI 48131

10925   SWEENEY, MAE, 3909 PENSHURST LN., WOODBRIDGE, VA 22192

10925   SWEENEY, MARK, 60 LAURA LANE, HAMPSTEAD, NH 03841

10925   SWEENEY, MATTIE, 3211 FORK SHOAL RD, SIMPSONVILLE, SC 29680

10925   SWEENEY, MICHAEL, 232 SLICKY ROCK CT, RIVERDALE, GA 30274

10925   SWEENEY, NANCY, 18046 SPRING MEADOWS DRIVE, MOKENA, IL 60448

10925   SWEENEY, NANCY, 6050 W 51ST ST, CHICAGO, IL 60638

10925   SWEENEY, PETER, 800 REDFIELD PKWY APT. 13, RENO, NV 89509

10925   SWEENEY, RICHARD, 141 MOUNTAIN SCHOOL RD., WEARE, NH 03281

10925   SWEENEY, RICHARD, 4949 BATTERY LANE, BETHESDA, MD 20814

10925   SWEENEY, STEPHANIE, 20 MALIBU CT, RUXTON, MD 21204

10925   SWEENEY, WENDY, 2215 E. 7TH, CASPER, WY 82609

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SWEENEY, WILLIAM, 27 STAFFORD DRIVE, MADISON, NJ 07940-2004 | |
| 10925 | SWEENEY, WILLIAM, 5834 W. 64TH ST, CHICAGO, IL 60638 | |
| 10924 | SWEENY ELEMENTRY SCHOOL, 709 CYCLEMORE, SWEENY, TX 77480 | |
| 10925 | SWEET & MAXWELL LTD, CHERITON HOUSE, NORTH WAY, HAMPSHIRE, ANDOVER, SP10 5BEUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | SWEET SHOPPE, 1208 GREENWOOD RD, LAURENS, SC 29360 | |
| 10925 | SWEET SHOPPE, THE, PO BOX 24132, GREENVILLE, SC 29616 | |
| 10925 | SWEET WATERS OF KENTUCKY, PO BOX 331, OWENSBORO, KY 42302 | |
| 10925 | SWEET, CARYL, 80 MICHAELS CIR, OLDSMAR, FL 34677 | |
| 10925 | SWEET, DEBRA, PO BOX 101, ALBURNETT, IA 52202 | |
| 10925 | SWEET, MARCIA, 4221 E RAY RD, PHOENIX, AZ 85044 | |
| 10925 | SWEET, RANDY, PO BOX 101, ALBURNETT, IA 52202 | |
| 10925 | SWEET, S THOMAS, S. THOMAS, 20 WASHINGTON ST APT 63, METHUEN, MA 01844-6938 | |
| 10925 | SWEETALL, PATRICK, 521 SEVENTH AVE, CARNEGIE, PA 15106 | |
| 10925 | SWEETLAND, DEAN, 835 5TH ST, SANTA ROSA, CA 95404 | |
| 10924 | SWEETMAN CONSTRUCTION INC, 1201 WEST RUSSELL, SIOUX FALLS, SD 57101 | |
| 10925 | SWEETMAN, CHARLES, 429 SOUTH MAIN ST, SHARON, MA 02067 | |
| 10925 | SWEETNER PRODUCTS CO., PO BOX 58426, VERNON, CA 90058-0426 | |
| 10925 | SWEETON, PERCY H, PO BOX 673, VINTON, LA 70668 | |
| 10925 | SWEETON, PERCY, 1716 LORETTO AVE, SULPHUR, LA 70663 | |
| 10925 | SWEETS GROUP, 7746 COLLECTION CENTER DR, CHICAGO, IL 60693-0077 | |
| 10925 | SWEETS, ALLEN, 1300 S. PENNSYLVANIA, CASPER, WY 82609 | |
| 10925 | SWEETS, ALLEN, 563 CY AVE, CASPER, WY 82601 | |
| 10924 | SWEETWATER HOSPITAL, 504 CHURCH STREET, SWEETWATER, TN 37874 | |
| 10925 | SWEETWINE, JR, GEORGE, 8219 BELLEFONTE LANE, CLINTON, MD 20735 | |
| 10924 | SWEEZY CONSTRUCTION, B.S.I.D. ELM #138, 2700 AVENDIA RANCHO VIEJO, BROWNSVILLE, TX 78526 | |
| 10925 | SWEEZY, ANDREW, 143 SKY VIEW CIRCLE, LIBERTY, SC 29657 | |
| 10925 | SWEEZY, JANET E, PO BOX 405, CONCORD, NH 03301 | |
| 10925 | SWEHLA, GAYLON, 3212 SANDY BCH RD NE, SOLON, IA 52333 | |
| 10925 | SWEHLA, LYNN, 3212 SANDY BCH RD NE, SOLON, IA 52333 | |
| 10925 | SWEIGART, PAUL, PO BOX 203, MATHEWS, LA 70373 | |
| 10925 | SWEITZER, ANNA, 41 KNICKERBOCKER LANE, ORINDA, CA 94563 | |
| 10925 | SWENNES, JEFFREY, 512 8TH ST, LIBBY, MT 59923 | |
| 10925 | SWENSEN, KATHY, 1215 MARIUS ST, MCKINLEYVILLE, CA 95512 | |
| 10925 | SWENSON, CHERYL, 452 PIMLICO ROAD, GREENVILLE, SC 29607 | |
| 10925 | SWENSON, GARY L, 813 COSBY ST, LIBERTY, MO 64068-1213 | |
| 10925 | SWENSON, NEIL, 2350 STILLWATER AVE, 102, MAPLEWOOD, MN 55119 | |
| 10925 | SWENSON, SWEN, 1061 TROON ROAD, LAKE OSWEGO, OR 97034-9998 | |
| 10925 | SWENSON, TERRANCE, 114 CERNAN COURT, MUKWONAGO, WI 53149 | |
| 10925 | SWERN, JENIFER, 7008 W ESCUDA, GLENDALE, AZ 85308 | |
| 10925 | SWETNAM & ASSOCIATES PHOTOGRAPHY, 108 WEST 19TH ST, KANSAS CITY, MO 64108 | |
| 10925 | SWETT, 7766 OVERHILL RD MARLEY, GLEN BURNIE, MD 21060 | |
| 10925 | SWETT, GEOFFREY, 11 INDEPENDENCE RD, PEPPERELL, MA 01463 | |
| 10924 | SWI , INC., 510 COTTON GIN LANE, KERRVILLE, TX 78028 | |
| 10924 | SWI, 4535 MAIN STREET, KANSAS CITY, MO 64111 | |
| 10924 | SWI, 510 COTTON GIN LANE, KERRVILLE, TX 78029 | |
| 10924 | SWI, INC., 10 LINCOLN HIGHLANDS DRIVE, CORAOPOLIS, PA 15108 | |
| 10925 | SWIATKOWSKI, RICHARD, 14038 ARBOLITOS DRIVE, POWAY, CA 92064-9998 | |
| 10925 | SWICEGOOD, JOSEPH, 123 MANOR WAY APT G, LOUISVILLE, TN 37777 | |
| 10925 | SWICK, DAVID, 1613 PATAPSCO, BALTIMORE, MD 21230 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 SWICK, KENNETH, 6900 ROCHELLE DRIVE, PLANO, TX 75023

10925 SWICK, MARIE, 120 GLADYS AVE, MANVILLE, NJ 08835

10925 SWICO INC, 4 W RUSSELL ST, HAMMOND, IN 46320

10925 SWIDLER BERLIN SHEREFF, 405 LEXINGTON AVE, NEW YORK, NY 10174-1100

10925 SWIERCZ, SUSAN, 2476 SHARKEY ROAD, 101, CLEARWATER, FL 33765

10925 SWIFCO, 924 TONY LAMA, EL PASO, TX 79915

10924 SWIFT EAGLE LABORATORIES LTD., 53274 SHANELLE LANE, SHELBY TOWNSHIP, MI 48315

10924 SWIFT EAGLE LABORATORY, 27350 GLOEDE, WARREN, MI 48093

10924 SWIFT EAGLE LABORATORY, 53274 SHANELLE LN, SHELBY TOWNSHIP, MI 48315

10925 SWIFT JT TEN, ARTHUR & NORMAN, 228 CARLISLE WAY, BENICIA, CA 94510-1506

10924 SWIFT SPINNING C/O OSBORNE CO.,INC., FOR BONITZ OF CAROLINA, INC., COLUMBUS, GA 31901

10925 SWIFT STAFFING, DRAWER CS 198767, ATLANTA, GA 30384-8767

10925 SWIFT TRANSPORTATION CO, INC, PO BOX 70406, CHICAGO, IL 60673-0406

10925 SWIFT, ANA, 2408 NEBRASKA AVE, FT PIERCE, FL 34950

10925 SWIFT, BRODERICK, 1712 NORTHWEST 185TH TERRACE, MIAMI, FL 33056

10925 SWIFT, GARY, 14944 STRATHMOORE, DETROIT, MI 48224

10925 SWIFT, JIMMIE, 4318 PAN AMERICAN NE, ALBUQUERQUE, NM 87107

10925 SWIFT, MAXWELL, 3730 MARSIELLE DR, OWENSBORO, KY 42303

10925 SWIFT, ROBERT, 514 LEMON ST, AUBURNDALE, FL 33823

10924 SWIFT, SMITH AND GREEN, PHOENIX, AZ 85019

10925 SWIFT, WILLA, 677 SYLVAN AVE, CONCORD, NC 28025

10925 SWIG WEILER AND ARNOW, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036

10925 SWIG WELLER & ARNOW, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10020

10925 SWIGART, VENICE, 1178 TOWNSVIEW PLACE, WOOSTER, OH 44691

10925 SWIGER, CHRISTINE, 7725 129TH ST., SEBASTIAN, FL 32958

10925 SWIGERT, W, 3355 SOUTH 500 WEST, NEW PALESTINE, IN 46163

10925 SWIHART, DAVID, 612 W. RICHARDSON AVE, SOMERVILLE, SC 29483

10925 SWIKERT, WAYNE, 917 DELOR AVE, LOUISVILLE, KY 40217

10924 SWIM WORLD, 1610 SUNSET AVE., ROCKY MOUNT, NC 27804

10924 SWIMMERS DELIGHT, 10035 OWL ROAD, VENEDY, IL 62214

10925 SWINDELL, DEBRA, 416 OLD POLLOCKS, NEW BERN, NC 28562

10925 SWINDELLS, DEBORAH, FLUSHING, NY 11355

10925 SWINDLER, JAMES, BOX 1007, MOORELAND, OK 73852-1007

10925 SWINDLER, STEVE, ROUTE 2 BOX 395AB, TRENTON, SC 29847

10925 SWINDOLL RANSOM, TAMRA, 1804 FOREST, ROUNDROCK, TX 78681

10924 SWINERTON & WALBERG, 580 CALIFORNIA ST., SAN FRANCISCO, CA 94104

10924 SWINERTON WALBERG CONST, 275 SPEAR STREET, SAN FRANCISCO, CA 94105

10925 SWINFORD, BILLY, PO BOX 422, PIEDMONT, OK 73078

10925 SWINGER, ANTHONY, 6366 ASCOTT LANE, RIVERDALE, GA 30296

10925 SWINGER, SHEREE, 604 E WHITNER ST, ANDERSON, SC 29624

10925 SWINIMER, JUDSON, 5 DRIFTWOOD LANE, N. BILLERICA, MA 01862

10925 SWINK, LINDA, 3626 EISENHOWER, ODESSA, TX 79762

10925 SWINK, MICHAEL, 2989 S PINE TREE RD, ONEIDA, WI 54155-9040

10925 SWINNEY, GWENDOLYN, 5611 N CAMAC STR, PHILADELPHIA, PA 19141

10925 SWINNEY, LEONARD, 116 PALMETTO TERRACE, TAMPA, FL 33610-9610

10925 SWINNEY, MARY, 397 PINE AVE, COMMERCE, GA 30529

10924 SWINNIE SUPPLY CO., 706 BROOKS RD., ANDREWS, SC 29510

10925 SWINSON, ERIC, 9913 ASHLEY FARM DR, MATTHEWS, NC 28105

10925 SWISHER INTERNATIONAL, PO BOX 4130, CHARLOTTE, NC 28226-0099

10925 SWISHER SERVICE CO., 161 GORDON AVE LANE, HAMILTON, OH 45013

10925 SWISHER, KIMBERLEY, 4705 DELRAY ST, ROANOKE, VA 24012

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SWISHER, MARY, 466 RAVEN SPRINGS TL, STONE MOUNTAIN, GA 30087

10924   SWISS BANK @ @, 655 ATLANTIC AVE, STAMFORD, CT 06900

10925   SWISS COLONY, KENNETH R SCHUETZ, 3650 MILWAUKEE ST, MADISON, WI 53714

10925   SWISS COLONY, THE, PO BOX 2818, MONROE, WI 53566-8018

10924   SWISS RE AMERICA, 175 KING STREET, ARMONK, NY 10504

10925   SWISTAK III, JOHN, 32 UPTON ST, ADAMS, MA 01220

10925   SWITZER JR, DAVID, 14555 MADISON, LAKEWOOD, OH 44107

10925   SWITZER, BARBARA, 7278 POMMEL DRIVE, SYKESVILLE, MD 21784

10925   SWITZER, BRENDA, 169 GLENSIDE DR, JACKSON, MS 39211-4306

10925   SWITZER, CHRISTOPHER, 33276 REDWOOD BLVD, AVON LAKE, OH 44012

10925   SWITZER, JOHNNY, APT 26 BOXWOOD APTS, SIMPSONVILLE, SC 29681

10925   SWITZER, PAUL, RT. 2 BOX 217, NEWTON GROVE, NC 28366

10924   SWITZERLAND MIDDLE SCHOOL, C/O CIRCLE B, VEVAY, IN 47043

10925   SWITZLER, HUBERT, 1715 WEST DRIVE, CRAIG, CO 81625

10925   SWOBODA, SHARON, 7209 VIOLET COURT, ELDERSBURG, MD 21784

10925   SWOBODA, SHARON, 910 S BEECHFIELD AVE., BALTIMORE, MD 21229

10925   SWOFFORD, JOHN, PO BOX 664, LAURENS, SC 29360

10925   SWOOPE, MICHAEL, 21 STONEHAVEN LANE, WILLINGBORO, NJ 08046

10925   SWOOPES, NAKIHA, 3965 PENBROOK, ODESSA, TX 79762

10924   SWOPE CONSTRUCTION, MONROE COUNTY HIGH SCHOOL, LINDSIDE, WV 24951

10925   SWOPE, MARJORIE, 6314 KY 142, PHILPOT, KY 42366-9998

10925   SWOPE, MARK, 3251 ELWOOD CT, WINTER PARK, FL 32792

10925   SWOPE, MICHAEL, 308 CEDAR AVE #4, LAUREL, MT 59044

10925   SWOPE, PHYLLIS, 309 W CURTIS, GRANT PARK, IL 60940

10925   SWOPES, BARBARA ANN, 5631 ASKEW, KANSAS CITY, MO 64130

10925   SWORD, ARVID, BOX 6, WHEELER, TX 79096

10925   SWORDS, JAMES, 2000 WESTCHESTER AVE, WHITE PLAINS, NY 10650-0001

10925   SWP SERVICES INC, 14515 VALLEY VIEW AVE SUITE C, SANTA FE SPRINGS, CA 90670-4725

10925   SWP SERVICES INC, PO BOX 4114, WHITTIER, CA 90607

10925   SWRCB ACCOUNTING OFFICE, PO BOX 100, SACRAMENTO, CA 95812-0100

10925   SWRCB/SW FEES, PO BOX 100, SACRAMENTO, CA 95817-0100

10925   SWYTER, BRUCE, 2337 29TH ST SW, CEDAR RAPIDS, IA 52404

10925   SY, AMELIA, 1932 YVONNE ST, WEST COVINA, CA 91792

10925   SY, M, 42 29 79TH ST, ELMHURST, NY 11373

10925   SY, MARIA, 42-29 79TH ST., ELMHURST, NY 11373

10925   SY, NICANOR, 1044 GOLDEN ROSE ST, SAN PEDRO, CA 90732

10925   SYBASE INC, FILE NO 72417, SAN FRANCISCO, CA 94160

10925   SYBASE INC, POBOX 60000, SAN FRANCISCO, CA 94160

10925   SYBASE, 6550 ROCK SPRING DR.,, BETHESDA, MD 20817

10925   SYBASE, INC, PO BOX 60000, SAN FRANCISCO, CA 94160-2364

10925   SYBIL A CAMPBELL, 70 BEECHWOOD AVE, WATERTOWN, MA 02172-2733

10925   SYBLE P SMITH AS CUST FOR, RICHARD L SMITH A MINOR UNDER, THE LAWS OF GEORGIA, 357 ANGIE CT SW, LILBURN, GA 30047-5233

10925   SYBRA INC., REAL ESTATE DEPT, 9255 TOWNE CENTER DRIVE, 6TH FL, SAN DIEGO, CA 92121

10925   SYBRON CHEMICALS INC, PO BOX 7777-WA4750, PHILADELPHIA, PA 19175-4750

10925   SYBRON CORP, PATTON BOGGS, ATTN: RUSSELL V RANDALL, 2550 M ST NW, WASHINGTON, DC 20037-1350

10925   SYBRON INDUSTRIES, FORMERLY SYBRON INDUSTRIES, 100 BAYER RD., PITTSBURGH, PA 15205

10924   SYCAMORE SHOALS HOSPITAL, 1499 WEST ELK AVENUE, ELIZABETHTON, TN 37643

10925   SYCIP SALAZAR HERNANDEZ & GA, P O BOX 4223, MANILA, PHILIPPINES     *VIA Deutsche Post*

10925   SYCIP SALAZAR HERNANDEZ & GATMAITAN, PO BOX 4223, MANILA, 09999PHILIPPINES     *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SYCON CORP, PO BOX 491, MARION, OH 43302

10925   SYCUAN BAND OF INDIAN MISSION, 5459 DEEHESA RD., EL CAJON, CA 92019

10924   SYCUAN BAND OF MISSION INDIANS, ATTN:KATHY LONG, PO BOX21460, EL CAJON, CA 92021

10924   SYDA FOUNDATION, 371 BRINKMAN ROAD, SOUTH FALLSBURG, NY 12779

10925   SYDELLE COHEN & ARTHUR COHEN &, IRA M BELFER TR THE MARTIAL, DEDUCATION TR UW
        CARL H COHEN, 60 EAST 42 ST SUITE 2320, NEW YORK, NY 10165-2399

10925   SYDELLE COHEN & ARTHUR W COHEN &, IRA M BELFER TR FAMILY TRUST, UW CARL H COHEN,
        60 EAST 42 ST SUITE 2320, NEW YORK, NY 10165-2399

10925   SYDNEY L KATZ, 10769 WATERFORD PL, WEST PALM BEACH, FL 33412-1329

10925   SYDNEY ROTH TR UA MAR 23 90, SYDNEY ROTH LIVING TRUST, 811 MARAVAL COURT,
        LONGWOOD, FL 32750-3302

10925   SYDNEY S KOREN, POBOX 153, OGUNQUIT, MA 03907

10925   SYDNOR A DEVER, 821 OLD POST RD, COTUIT, MA 02635-2934

10925   SYDOW, GRACE E, W 152 N 6472 DIAL CT, MENOMONEE FALLS, WI 53051

10925   SYDOW, LARRY, 400 TIMBERCREEK #711, RICHWOOD, TX 77531

10925   SYE, MARCELLE, 2222 WEST LANCASTER AVE, MILWAUKEE, WI 53209

10925   SYE, MARCELLE, 3244 N. BUFFUM, A, MILWAUKEE, WI 53212

10925   SYED M ASLAM RIZVI, 2914 MAPLE BEND DR, KINGWOOD, TX 77345-2318

10925   SYKES III, FLOYD, 7216 STONY BARR ROAD, BALTIMORE, MD 21207-1956

10925   SYKES, GEORGE, 288 PLEASANT ST, CANTON, MA 02021

10925   SYKES, JOYCE, 113 BETTY GARRETT DR, MADISON, AL 35758

10925   SYKES, JUDITH, RT 1, GARYSBURG, NC 27831

10925   SYKES, LARRY, 7042 E. ILLINOIS ST., SAINT ANNE, IL 60964-5207

10925   SYKES, LINDA, 2769 N. 16 ST., MILWAUKEE, WI 53206

10925   SYKES, RALPH, 2311 MONTICELLO RD., BALTIMORE, MD 21216

10925   SYKES, RICHARD, 1302 CHURCH ST, PLANT CITY, FL 33566

10925   SYKES, STEVEN, 321 CEDAR ST, GRAHAM, NC 27253

10925   SYLER, KELLEY, 402 N W 5TH, ANDREWS, TX 79714

10925   SYLER, KENNETH, 402 NW 5TH, ANDREWS, TX 79714

10925   SYLKATIS, MICHAEL, PO BOX 1453, ROWLETT, TX 75088

10925   SYLL, BEVERLY, 105 BAYOU PEREZ DR, MADISONVILLE, LA 70447

10925   SYLVA, JOHN, 288 LITTLETON RD. APT. 254, CHELMSFORD, MA 01824

10925   SYLVAIN-ROY, NANCY, 10 OLD DOVER ROAD, ROCHESTER, NH 03867

10924   SYLVAN POOLS, COPING SHOP, DOYLESTOWN, PA 18901

10924   SYLVANDALE ELEMENTARY SCHOOL, C/O ACOUSTI, ALBANY, GA 31705

10924   SYLVANDALE ELEMENTARY SCHOOL, CAMBRIDGE, MA 99999

10925   SYLVANIA ELECTRICAL PRODUCTS INC., HARTER SECREST & EMERY, CRAIG A. SLATER AND
        ANGELA DEMERLE, 12 FOUNTAIN PLAZA STE 400, BUFFALO, NY 14202-2293

10925   SYLVANIA INDUSTRIAL COATINGS, 90 LAKE FOREST DR, HUDSON, OH 44236

10925   SYLVANIA LIGHTING SERVICE CORP, PO BOX 96924, CHICAGO, IL 60693-6924

10925   SYLVESTER A STROFF, 20 ELIZABETH COURT, SECAUCUS, NJ 07094

10925   SYLVESTER FOLTMAN, PO BOX 695, AMSTERDAM, NY 12010-0695

10924   SYLVESTER POWELL, 6090 WOODSON ROAD, MISSION, KS 66202

10925   SYLVESTER, ESQ, JAMES A, INTERCAT, INC, 104 UNION AVE, MANASQUAN, NJ 08736

10925   SYLVESTER, J, 5922 N AMES TERR, MILWAUKEE, WI 53209

10925   SYLVESTER, KATHLEEN, 702 8TH AVE, DURANGO, CO 81301

10925   SYLVIA B ABERNATHY, 455 SHARON DR, SAN ANTONIO, TX 78216-7442

10925   SYLVIA B NOBLE, CEDAR BROOK HILL APTS, 8480 LIMEKILN PIKE, 1111, WYNCOTE, PA 19095-2801

10925   SYLVIA CRAWFORD & ASSOC., 35 EAGLE NEST WAY, MANCHESTER, NH 03104

10925   SYLVIA E PANDOS, 24 MARSHALL LANE, WILLINGBORO, NJ 08046-2831

10925   SYLVIA FRANCES KRAEMER TR UDT, JUL 29 92 WILLIAM J KRAEMER, TRUST ART V EXBT A, 4318
        MUNDELLA CIRCLE, PORT CHARLOTTE, FL 33948-8936

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | SYLVIA FRANCES KRAEMER, TR UDT JUL 29 92, THE WILLIAM JOHN KRAEMER, ARTICLE VI TRUST, 4318 MUNDELLA CIRCLE, PORT CHARLOTTE, FL 33948 | |
| 10925 | SYLVIA GALE, 14 SCHOOL LANE, ROOSEVELT, NJ 08555 | |
| 10925 | SYLVIA JT TEN, ANNE & DAVID, BOX 100, WILLINGTON, CT 06279-0100 | |
| 10925 | SYLVIA K KROL, 87 LABELLE DR, CHICOPEE, MA 01020-4706 | |
| 10925 | SYLVIA M ERHART, 149 E 73RD ST, NEW YORK, NY 10021-3510 | |
| 10925 | SYLVIA STEIN, 1014 AVE J ATP 4F, BROOKLYN, NY 11230-3524 | |
| 10925 | SYLVIA T BAVAR, 7111 PARK HEIGHTS AVE, BALTIMORE, MD 21215-1643 | |
| 10925 | SYLVIA, CHERYL, 211 WHITMAN ST, NEW BEDFORD, MA 02745 | |
| 10925 | SYLVIA, DAVID, 13 POND VIEW DRIVE, AUBURN, NH 03032 | |
| 10925 | SYLVIA, DOUGLAS, 15 BEECH BLUFF RD, E FREETOWN, MA 02717 | |
| 10925 | SYLVIA, RUTH, 230 W PHEASANT HILL DRIVE, DUNCAN, SC 29334 | |
| 10925 | SYLVIA, THOMAS, 6 MCCORMICK LANE, CHELMSFORD, MA 01824 | |
| 10925 | SYLVIAS PLACE, 1414 ASPEN COURT, BURLINGTON, ON L7M 1E5CANADA | *VIA Deutsche Post* |
| 10925 | SYMANK, BONNIE, RT. 1 BOX 662, ELM MOTT, TX 76640 | |
| 10924 | SYMBOL TECHNOLOGIES, 116 WILBUR PLACE, BOHEMIA, NY 11716 | |
| 10925 | SYMBOLOGY INC, 7351 KIRKWOOD LN N #126, MAPLE GROVE, MN 55369-5219 | |
| 10925 | SYMONDS, F GARY, 509 EAST 21ST ST, ATLANTIC, IA 50022 | |
| 10925 | SYMONDS, KIMBERLY, 2124 BROOKNEAL DR, GASTONIA, NC 28054 | |
| 10925 | SYMONDS, WILLIAM, 4908 RONALD ROAD, PEORIA, IL 61614 | |
| 10924 | SYMONS CORPORATION, PO BOX747, CENTRALIA, IL 62801 | |
| 10925 | SYMONS, CAROLE, 3 SOUTH 571 WILBUR, WARRENVILLE, IL 60555 | |
| 10925 | SYMS CLOTHING STORE, C/O DAVENPORT, BELTSVILLE, MD 20705 | |
| 10925 | SYMS CORP, GENERAL COUNSEL, SYMS WAY, SECACUCUS, NJ 07049 | |
| 10924 | SYMS CORPORATION, SYMS WAY, SECAUCUS, NJ 07049 | |
| 10924 | SYMS, 4152 QUAKER BRIDGE ROAD, LAWRENCEVILLE, NJ 08648 | |
| 10924 | SYN STRAND INC., 215 DEMING WAY, SUMMERVILLE, SC 29483 | |
| 10924 | SYN STRAND INC., CAMBRIDGE, MA 02140 | |
| 10924 | SYN STRAND, 2158 DIMING WAY, SUMMERVILLE, SC 29483 | |
| 10925 | SYN, ONE, LINDA, NY, NY 10001 | |
| 10925 | SYN, TWO, PL, NY, NY 10001 | |
| 10925 | SYNADYNE, PO BOX 98644, CHICAGO, IL 60693-8644 | |
| 10925 | SYNCHRO-START PROD, 6250 WEST HOWARD ST, NILES, IL 60714 | |
| 10925 | SYNCOR INTERNATIONAL, 6464 CANOGA AVE, WOODLAND HILLS, CA 91367 | |
| 10925 | SYNDISTAR INC, 125 MALLARD ST SUITE A, SAINT ROSE, LA 70087-9903 | |
| 10925 | SYNECTICS,INC, 20 UNIVERSITY ROAD, CAMBRIDGE, MA 02138 | |
| 10925 | SYNERFAC INC., PO BOX 8538-235, PHILADELPHIA, PA 19171-0235 | |
| 10925 | SYNERFAC TECHNICAL STAFFING, 2 READS WAY, SUITE 209, NEW CASTLE, DE 19720 | |
| 10924 | SYNERGISTIC PERFORMANCE, 333 HEGENBERGER RD, OAKLAND, CA 94621 | |
| 10924 | SYNERGISTIC/TRI AMERICA, 980 AMES AVENUE, MILPITAS, CA 95035 | |
| 10925 | SYNERGY FLUIDS, 16800 IMPERIAL VALLEY DR SUITE 310, HOUSTON, TX 77060 | |
| 10925 | SYNERGY PRINTING, 9305 GERWIG LN SUITE B, COLUMBIA, MD 21046 | |
| 10925 | SYNERGY SERVICE GROUP, INC, 8925 SOUTH MOORE DR, BRIDGEVIEW, IL 60455 | |
| 10925 | SYNERGY SERVICE GROUP, INC, PO BOX 8, GENESEE DEPOT, WI 53127 | |
| 10924 | SYNETIX, ATTN: NINA BORGIA, TWO TRANSOM PLAZA DRIVE, OAKBROOK TERRACE, IL 60181 | |
| 10924 | SYNETIX, TWO TRANSOM PLAZA DRIVE, VILLA PARK, IL 60181 | |
| 10924 | SYNETIX-DO NOT USE, 2 TRANS AM PLAZA, OAKBROOK TERRACE, IL 60181 | |
| 10924 | SYNEX, INC., ONE MADISON STREET, NEWNAN, GA 30263 | |
| 10924 | SYNEX, INC., PO BOX 2216, NEWNAN, GA 30264 | |
| 10925 | SYNOGROUND, AUGUST, PO BOX 421012, SUMMERLAND KEY, FL 33042 | |
| 10924 | SYNOPSIS, 415 N. MARY AVE., SUNNYVALE, CA 94086 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | SYNTA INC, A, 2854 E.PONCE DE LEON AVENUE, DECATUR, GA 30030 | |
| 10924 | SYNTA INC., 2862 E.PONCE DE LEON AVENUE, DECATUR, GA 30030 | |
| 10924 | SYNTAL, INC., 1106 N. TEMPLE DR., DIBOLL, TX 75941 | |
| 10924 | SYNTECH CHEMICAL CO., 14822 HOOPER ROAD, HOUSTON, TX 77047 | |
| 10924 | SYNTECH CHEMICAL, 14822 HOOPER ROAD, HOUSTON, TX 77047 | |
| 10924 | SYNTECH CHEMICAL, 14822 HOOPER ROAD, HOUSTON, TX 77047-7315 | |
| 10925 | SYNTECHNICS INC, 700 TERRACE LANE, PADUCAH, KY 42003 | |
| 10924 | SYNTEX CHEMICAL, INC., 1489 8TH STREET, WEST PALM BEACH, FL 33404 | |
| 10924 | SYNTEX CHEMICALS INC., PO BOX 10118, WEST PALM BEACH, FL 33419 | |
| 10924 | SYNTEX RESEARCH, 3401 HILLVIEW AVENUE, PALO ALTO, CA 94304 | |
| 10924 | SYNTEX S.A. DE C.V./VILLASARIA Y CI, MODERN IND. PARK, 4703 WAREHOUSE LANE, LAREDO, 09999HUN | *VIA Deutsche Post* |
| 10924 | SYNTEX, ATTN. ING. MARIO PALMEROS, 4804 WAREHOUSE LANE, LAREDO, 09999HUN | *VIA Deutsche Post* |
| 10924 | SYNTEX, S.A. DE C.V., CARRETERA FEDERAL CUERNAVACA-CUAUTI, CUERNAVACA, 99999MEXICO | *VIA Deutsche Post* |
| 10925 | SYNTHETIC AMORPHOUS SILICA, R KENNETH LEE-SASSI SEC/TREAS/PPG I, ONE PPG PLACE, PITTSBURGH, PA 15272 | |
| 10924 | SYNTHETICS FINISHING, ATT: MARK STULTZ, 515 23RD ST. S.W., HICKORY, NC 28602 | |
| 10925 | SYNTRA LIMITED, 505 8TH AVE, NEW YORK, NY 10010 | |
| 10925 | SYNTRA, 505 EIGHTH AVE, NEW YORK, NY 10018 | |
| 10925 | SYNTRONIC INSTR INC, 100 INDUSTRIAL ROAD, ADDISON, IL 60101 | |
| 10925 | SYON CORPORATION, 280 ELIOT ST, ASHLAND, MA 01721 | |
| 10925 | SYON CORPORATION, 280 ELLIOT ST, ASHLAND, MA 01721 | |
| 10924 | SYOSSET FIRE DISTRICT, 50 COLD SPRING ROAD, NEW YORK, NY 10001 | |
| 10925 | SYPULT, MARY, 5883 DARLINE DR, ST. ANNE, IL 60964 | |
| 10924 | SYRACUSE GLASS, 4019 NEW COURT AVE, SYRACUSE, NY 13206 | |
| 10924 | SYRACUSE GLASS, 4019 NEW COURT AVENUE, SYRACUSE, NY 13206 | |
| 10925 | SYRACUSE UNIVERSITY, 700 UNIVERSITY AVE, SYRACUSE, NY 13244-2530 | |
| 10925 | SYRACUSE UNIVERSITY, PO BOX 4709, SYRACUSE, NY 13221-4709 | |
| 10924 | SYRACUSE UNIVERSITY/COLLEGE OF LAW, UNIVERSITY PLACE, SYRACUSE, NY 13244 | |
| 10925 | SYRACUSE UNIVERSITY/GSSMM, PO BOX 4709, SYRACUSE, NY 13221-4709 | |
| 10925 | SYRACUSE, ELIZABETH, 2124 ENCINAL AVE APT. B, ALAMEDA, CA 94501 | |
| 10925 | SYRES, BRENDA, 709 BUTLER ST, PRINCETON, WV 24740 | |
| 10925 | SYRING, CURT, 800 LIEBMAN CT, GREEN BAY, WI 54302 | |
| 10925 | SYROKA, RICK, 6041 SADDLEWOOD DR, TOLEDO, OH 43613 | |
| 10924 | SYRON INDUSTRIES, INC., 6194 THOMPSON ROAD, SYRACUSE, NY 13206 | |
| 10924 | SYRON INDUSTRIES, INC., PO BOX 126, SYRACUSE, NY 13206-0126 | |
| 10925 | SYRTEK, 1001 VINE ST, LIVERPOOL, NY 13088 | |
| 10925 | SYRUS, RAY, 6001 SANDY HILL BLVD, WICHITA FALLS, TX 76310 | |
| 10925 | SYS ADMIN, PO BOX 59170D ST, BOULDER, CO 80321-9170 | |
| 10925 | SYS ADMIN, POBOX 59170, BOULDER, CO 80321-9170 | |
| 10924 | SY'S SUPPLIES INC., 235 JOG RD., WEST PALM BEACH, FL 33413 | |
| 10924 | SY'S SUPPLIES SOUTH, INC., 235 JOG RD., WEST PALM BEACH, FL 33413 | |
| 10925 | SYSCO FOOD SERVICES, PO BOX 64000-A, MIAMI, FL 33164 | |
| 10925 | SYSCO, 200 W STORY ROAD, OCOEE, FL 34761 | |
| 10925 | SYSDYNE CORP., PO BOX 4698, STAMFORD, CT 06907 | |
| 10924 | SYSTEM COMPONENETS CORP., 6750 WEST HIGHWAY 40, OCALA, FL 34482 | |
| 10924 | SYSTEM COMPONENTS CORP., 6750 WEST HIGHWAY 40, OCALA, FL 34482 | |
| 10925 | SYSTEM IMPROVEMENTS INC, 238 PETERS ROAD SUITE 301, KNOXVILLE, TN 37923 | |
| 10924 | SYSTEM ONE TECHNOLOGIES, 8305 NORTHWEST 27TH STREET, MIAMI, FL 33122 | |
| 10925 | SYSTEM SCALE CORP., PO BOX 68963, INDIANAPOLIS, IN 46268 | |
| 10925 | SYSTEM SOURCE LEARNING CENTER, PO BOX 631972, BALTIMORE, MD 21263-1972 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   SYSTEM SOURCE, PO BOX 631972, BALTIMORE, MD 21263-1972

10925   SYSTEM WAREHOUSE, 1400 10TH ST. SALES ACCT#148090, PLANO, TX 75074

10925   SYSTEMATIC CONTROLS CORP, 3105 CARTER CIRCLE, KENNESAW, GA 30144

10925   SYSTEMATIC CONTROLS CORP., 3105 CARTER CIRCLE, KENNESAW, GA 30144

10924   SYSTEMATICS BUILDING #4, 4001 NORTH RODNEY PARHAM, LITTLE ROCK, AR 72212

10925   SYSTEMCARE, 4513 LINCOLN AVE SUITE 214, LISLE, IL 60532

10924   SYSTEMONE TECHNOLOGY, 8305 N.W. 27TH STREET, MIAMI, FL 33122

10925   SYSTEMS CABLE PRODUCTS, 20435 GRAMERCY, TORRANCE, CA 90501

10925   SYSTEMS CONSULTING GROUP, 790 NW 107TH AVE, MIAMI, FL 33172

10925   SYSTEMS INC, POBOX 92399, MILWAUKEE, WI 53202-0399

10925   SYSTEMS LOGISTICS, POBOX 200030, DALLAS, TX 75320-0030

10925   SYSTEMS MANAGEMENT GROUP, 1080 BROOKFIELD SUITE 102, MEMPHIS, TN 38119

10925   SYSTEMS MANAGEMENT INC, PO BOX 118, NEW CASTLE, PA 16103

10925   SYSTEMS RESEARCH, INC, 1250 BANK DRIVE, SCHAUMBURG, IL 60173

10925   SYSTRAN FINANCIAL SERVICE, PO BOX 96076, CHICAGO, IL 60693

10925   SYSTRAN FINANCIAL SERVICES CORP., PO BOX 640296, PITTSBURGH, PA 15264-0296

10925   SYTECH,INC C/O LESDING EDGE SALES, 7939 HONEYGO BLVD., STE. 105, BALTIMORE, MD 21236

10925   SYVONNE HOLLY, 1701 WILLMORE DR, CHARLOTTE, NC 28203

10925   SZABO, IMRE, 13 EMERSON ROAD, WESTFORD, MA 01886-1521

10925   SZABO, ROBERT, 23 OVERLOOK DRIVE, JACKSON, NJ 08527

10925   SZABO, THOMAS, 25 ANITA DRIVE, JACKSON, NJ 08527

10925   SZAFERMAN LAKIND BLUMSTEIN WATTER, 101 GROVERS MILL ROAD, SUITE 104, LAWRENCEVILL, NJ 08646

10925   SZALA, JACEK, PO BOX 1281, 8B, MAPLEWOOD, NJ 07040

10925   SZALAY, MARIANNE E, PO BOX 2317, SUGAR LAND, TX 77487

10925   SZALKIEWICZ, TOBY, 3716 BURTON TRAIL, CRYSTAL LAKE, IL 60014

10925   SZAREK, JEANNETTE, 37 DRAKE RD, 209, ARLINGTON, MA 02476

10925   SZAREK, MILLY, 10 ADAMS ST, SOMERVILLE, NJ 08876-2648

10925   SZATALOWICZ, MARION T, PO BOX 233, STANLEY, WI 54768-0233

10925   SZATHMARY, ALBERTA, 68 WHEATLAND ST, SOMERVILLE, MA 02145

10925   SZATMARY SALES, INC, PO BOX 461340, LOS ANGELES, CA 90046

10925   SZELC, CHAD, 5516 RHONE, WICHITA FALLS, TX 76306

10925   SZEPLAKI, PATRICIA, 41 HAYTOWN ROAD, 21D, LEBONON, NJ 08833

10925   SZERLAG, MARK, 7330 W OGDEN AVE RIVERSIDE IL, RIVERSIDE, IL 60546

10925   SZETO, KENNETH, 4 MARTINE AVE, WHITE PLAINS, NY 10606

10925   SZIBER, KARLA, 30792 COUNTRY CLUB, DENHAM SPRINGS, LA 70726

10925   SZIDAR, BARBARA, PO BOX 6246, BRIDGEWATER, NJ 08807-9998

10925   SZMANIA, CRAIG, 614 NW 11TH ST., PORTLAND, OR 97209

10925   SZOJAK, ISABEL, 2221 LA DENEY WAY, ONTARIO, CA 91761

10925   SZUGAJ, DAVID, 1117 CIRCLE DRIVE, BALTIMORE, MD 21227

10925   SZUKALA, NANCY, 30 WILLOW ST, ADAMS, MA 01220

10925   SZUSTKIEWICZ, CHRIST, 10 TERRACE LN., SMITHTOWN, NY 11787

10925   SZWARC, PAMELA, 773 BROADWAY, SOMERVILLE, MA 02144

10925   SZYMANSKI, ANTHONY, AS CUST FOR MARISA SZYMANSKI, UNDER THE NJ UNIF TRANS TO MIN ACT, 106 HILLTOP LANE, BRANCHBURG, NJ 08853-4148

10925   SZYMANSKI, DAVID, 5314 WEST BANK DRIVE, MARIETTA, GA 30067

10925   SZYMIK JT TEN, RUDOLPH & MARY L, 8632 SOUTH HASTY AVE, PICO RIVERA, CA 90660-5514

10925   SZYMKOWSKI, JUDITH, 3153 S THROOP, CHICAGO IL, IL 60608

10925   SZYSZCZAK, ALICJA, 6828 SADDLETREE TRL, PLANO, TX 75023-1348

10925   T & D METAL PRODUCTS CO, PO BOX 78928, MILWAUKEE, WI 53278-0928

10925   T & D PROPERTIES, 11 BUCHANAN ST, NEWNAN, GA 30263

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   T & D TRUCKING, POBOX 89, WATSEKA, IL 60970

10924   T & F SYSTEMS INC, CAMBRIDGE, MA 02140

10924   T & F SYSTEMS, 1599 E 40TH ST, CLEVELAND, OH 44103

10924   T & F SYSTEMS, FOR: ART FACTORY PROJECT, CLEVELAND, OH 44103

10925   T & N LABORATORIES INC, 5020 JERRY WARE DR, BEAUMONT, TX 77705

10924   T & S CONCRETE, HCR 1, BOX 2278, FRIONA, TX 79035

10924   T & S CONCRETE, HCR 1, BOX 227B, FRIONA, TX 79035

10924   T & T ACOUSTICS & DRYWALL, INC., CAMBRIDGE, MA 02140

10924   T & W BLOCK INC, P O BOX 507, ONLEY, VA 23418

10924   T & W BLOCK INC., 1 WASHINGTON STREET, ONLEY, VA 23418

10924   T & W BLOCK INCORPORATED, 1 WASHINGTON STREET, ONLEY, VA 23418

10924   T & W BLOCK INCORPORATED, P O BOX 457, ONLEY, VA 23418

10924   T & W BLOCK INCORPORATED, P.O. BOX 457, ONLEY, VA 23418

10924   T 5, 1800 EAST STATE STREET, TRENTON, NJ 08609

10925   T A C T, THE A CONSULTING TEAM, INC., NEW YORK, NY 10003

10925   T A E SERVICE INC, 1804 MONROE ST, TOLEDO, OH 43697

10925   T B G INC, PO BOX 339, SIMPSONVILLE, SC 29681

10925   T B MOORE CO INC, 952 KINGLAND, SAINT LOUIS, MO 63130

10925   T B WOODS & SONS CO, 3181 BLACK GAP RD, CHAMBERSBURG, PA 17201

10925   T B WOODS & SONS CO, 440 N FIFTH AVE, CHAMBERSBURG, PA 17201

10925   T B WOODS SONS CO, 3181 BLACK GAP ROAD, CHAMBERSBURG, PA 17201

10924   T FIREPROOFING, 5820 MARKET ST., OAKLAND, CA 94608

10924   T FIREPROOFING/5000 PLEASANTON RD, 5000 PLEASANTON RD., PLEASANTON, CA 94566

10924   T FIREPROOFING/CRAGMONT ELEMENTARY, 830 REGAL RD., BERKELEY, CA 94701

10924   T FIREPROOFING/HAAS PAVILION, BANCROFT & DANA ST., BERKELEY, CA 94701

10924   T FIREPROOFING/S.F.AIRPORT RAIL, S.F. AIRPORT TRANSIT MAINTENANCE, FACILITY, SAN FRANCISCO, CA 94101

10925   T G STEGALL TRUCKING, PO BOX 98, MATTHEWS, NC 28106

10925   T H HILSON CO, 1761 S NAPERVILLE RD SUITE 100, WHEATON, IL 60187

10924   T H HILSON COMPANY, 1017 W 48TH ST, CHICAGO, IL 60609

10925   T K SPECIALTY CO, 4828 LONGLEY LN, RENO, NV 89502-5952

10925   T K SPECIALTY, PO BOX 6628, RENO, NV 89513

10925   T L ARZT FOUNDRY CO., 4020 W. SCHUBERT ST., CHICAGO, IL 60639

10924   T N T SERVICES, 3908 POOR RIDGE ROAD, KITTY HAWK, NC 27949

10924   T N T SERVICES, ATTN:  ACCOUNTS PAYABLE, POWELLS POINT, NC 27966

10924   T N T SERVICES, P O BOX 296, POWELLS POINT, NC 27966

10924   T S F INVESTMENTS, GLENDALE, AZ 85301

10925   T SHIRT FACTORY, 14110 WASHINGTON AVE, SAN LEANDRO, CA 94578

10925   T SHIRT PEOPLE, THE, 10722 HANNA ST, BELTSVILLE, MD 20705

10924   T T WILSON COMPANY, 1255 CENTRAL AVENUE, CHATTANOOGA, TN 37401

10925   T W NELSON, 827 HIGHLAND AVE, WESTFIELD, NJ 07090-3012

10924   T WAREHOUSE (OLD FOOD FAIR), 3600 SOUTH DARIEN STREET, PHILADELPHIA, PA 19105

10925   T&F SYSTEMS, 1599 EAST 40TH ST, CLEVELAND, OH 44103

10925   T&G SHEET METAL, 4724 NW BOCA RATON BLVD., BOCA RATON, FL 33431

10925   T&L TELEPHONE, PO BOX 3225, LAKE CHARLES, LA 70602

10925   T&M EQUIPMENT CO, 2880 E 83RD PL, MERRILLVILLE, IN 46410

10925   T&M RESEARCH, 139 RHODE ISLAND NE, ALBUQUERQUE, NM 87108

10924   T&N, CAWSTON HOUSE, WARWICKSHIRE EN, CV 22GBR     **\*VIA Deutsche Post\***

10924   T&R SALES INC., 4033 HIGHWAY 86, EASLEY, SC 29642

10924   T&T ACCOUSTICS & DRYWALL, 2106 LEXINGTON STREET, EVANSVILLE, IN 47720

10925   T&T MAINTENANCE, 8160 SENECA DR, GEORGETOWN, IN 47122

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | T&W BLOCK INC, PO BOX 507, ONLEY, VA 23418 | |
| 10924 | T. FIRE/TRANS AMERICAN BUILDING, WASHINGTON ST., SAN FRANCISCO, CA 94101 | |
| 10924 | T. FIREPROOFING/MOSCONE CENTER, 4TH & HOWARD, SAN FRANCISCO, CA 94101 | |
| 10924 | T. FIREPROOFING/SINGH HOP HOTEL, GRANT & POLK, SAN FRANCISCO, CA 94107 | |
| 10924 | T. HASEGAWA U.S.A., INC., 14017 EAST 183RD STREET, ARTESIA, CA 90701 | |
| 10924 | T. J. KELLOGG, INC., 4949 STAFFORD RD, ROCKFORD, IL 61101 | |
| 10924 | T. LUCKEY SONS, INC., P.O. BOX 520, HARRISON, OH 45030 | |
| 10924 | T. R. S.R.L., VIA L. DA VINCI 16/18, ROSATE, 20088ITA | *VIA Deutsche Post* |
| 10925 | T. ROWE PRICE, PO BOX 89000, BALTIMORE, MD 21289-4432 | |
| 10924 | T. S. POLYMERS, 2009 GLENN PARKWAY, BATAVIA, OH 45103 | |
| 10924 | T.A. DAVIES COMPANY, 19500 S. ALAMEDA STREET, COMPTON, CA 90221 | |
| 10924 | T.A. DAVIES COMPANY, PO BOX 3171, MANHATTAN BEACH, CA 90266 | |
| 10924 | T.A. LOVING CO., ECU RECREATION CENTER #2468, GREENVILLE, NC 27858 | |
| 10924 | T.A. LOVING COMPANY, C/O PITT COUNTY HOSPITAL-SURGERY, GREENVILLE, NC 27834 | |
| 10924 | T.A. LOVING CONSTRUCTION COMPANY, C/O REX HOSPITAL RENOVATIONS, RALEIGH, NC 27607 | |
| 10924 | T.A. LOVING, PITT COUNT MEMORIAL, GREENVILLE, NC 27835 | |
| 10925 | T.A.C., BOX 407, SUMMIT, IL 60501 | |
| 10925 | T.C. ZIRAAT BANKASI, 330 MADISON AVE 32ND FL, NEW YORK, NY 10017 | |
| 10924 | T.E. IBBERSON, ATTN: STEVE SKOGLUND, HOPKINS, MN 55343-7750 | |
| 10924 | T.E.G. - 18TH FLOOR, LOS ANGELES, CA 90001 | |
| 10924 | T.E.G. ENVIRONMENTAL, 4710 S.E. AVENUE, LOS ANGELES, CA 90040 | |
| 10924 | T.E.G. NORTE DAME, LOS ANGELES, CA 90001 | |
| 10924 | T.E.G., C/O CAL PLY, LOS ANGELES, CA 90001 | |
| 10924 | T.E.G./10100 SANTA MONICA BLVD., ACOUSTICAL MATERIAL SERVICES, SANTA MONICA, CA 90401 | |
| 10924 | T.E.G./300 CANYON & WILSHIRE, ACOUSTICAL MTL. SERVICES, LOS ANGELES, CA 90001 | |
| 10924 | T.E.G./405 LIVE OAK, MONROVIA, CA 91016 | |
| 10924 | T.E.G./ANTELOPE VALLEY HOSPITAL, LANCASTER, CA 93534 | |
| 10924 | T.E.G./BOEING, LOS ANGELES, CA 90001 | |
| 10924 | T.E.G./COSTCO, ACOUSTICAL MATERIAL SERVICES, VAN NUYS, CA 91409 | |
| 10924 | T.E.G./FEDERAL EXPRESS, ACOUSTICAL MATERIAL SERVICES, EL SEGUNDO, CA 90245 | |
| 10924 | T.E.G./GLENDALE FEDERAL, C/O ACOUSTICAL MATERIAL SERVICES, LA JOLLA, CA 92037 | |
| 10924 | T.E.G./HOUSE OF BLUES, HOLLYWOOD, CA 90028 | |
| 10924 | T.E.G./JUVENILE DETENTION CENTER, C/O ACOUSTICAL MATERIAL SERVICES, RANCHO CUCAMONGA, CA 91730 | |
| 10924 | T.E.G./LVI ENVIRONMENTAL SERVICES, 19070 S. REYES AVE., RANCHO DOMINGUEZ, CA 90221 | |
| 10924 | T.E.G./LVI ENVIRONMENTAL, 4607 SOUTH 35TH STREET SUITE 4, PHOENIX, AZ 85040 | |
| 10924 | T.E.G./MEGA TOOL, DO NOT USE!!!, WESTWOOD, CA 90024 | |
| 10924 | T.E.G./MT. SAN ANTONIO COLLEGE, ACOUSTICAL MATERIAL SERVICES, WALNUT, CA 91789 | |
| 10924 | T.E.G./NORTHROP, ACOUSTICAL MATERIAL SERVICE, HAWTHORNE, CA 90250 | |
| 10924 | T.E.G./NOTRE DAME, C/O ACOUSTICAL MATERIAL SERVICES, LOS ANGELES, CA 90001 | |
| 10924 | T.E.G./PACIFIC BELL, C/O ACOUSTICAL MATERIAL SERVICES, OCEANSIDE, CA 92054 | |
| 10924 | T.E.G./RAPHAEL, 10960 WILSHIRE BLVD., WESTWOOD, CA 90024 | |
| 10924 | T.E.G./SOLEMINT JUNCTION, ACOUSTICAL MATERIAL SERVICES, SANTA CLARITA, CA 91380 | |
| 10924 | T.E.G./SOUTH COAST PLAZA, ACOUSTICAL MATERIAL SERVICES, COSTA MESA, CA 92626 | |
| 10924 | T.E.G./TRW, C/O CAL PLY ANAHEIM, MANHATTAN BEACH, CA 90266 | |
| 10924 | T.E.G./WELL POINT, C/O ACOUSTICAL MATERIAL SERVICES, WOODLAND HILLS, CA 91365 | |
| 10924 | T.E.G./WESTERN WASTE, CARSON, CA 90745 | |
| 10924 | T.E.G./WHITTIER HOSPITAL, ACOUSTICAL MATERIAL SERVICES, WHITTIER, CA 90605 | |
| 10924 | T.E.G./XEROX, 1990 XEROX CENTER DR., EL SEGUNDO, CA 90245 | |
| 10925 | T.E.G.-LVI ENVIRONMENTAL SERVICES, 19070 S REYES AVE, RANCHO DOMINGUEZ, CA 90221 | |
| 10924 | T.E.G.-LVI/ESTRELLA JAIL, PHOENIX, AZ 85001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | T.E.G.-LVI/LUKE AIR FORCE BASE, PHOENIX, AZ 85001 | |
| 10924 | T.E.G.-LVI/LUKE AIRFORCE BASE, CAL WAL GYPSUM SUPPLY, LITCHFIELD PARK, AZ 85340 | |
| 10924 | T.E.G.-LVI/MAY DEPARTMENT STORE, 46TH ST. & BASELINE RD., PHOENIX, AZ 85019 | |
| 10924 | T.E.G.-LVI/MT. SAN ANTONIO COLLEGE, WALNUT, CA 91789 | |
| 10924 | T.E.G.-LVI/PARK MALL, 5870 E. BROADWAY BLVD., TUCSON, AZ 85701 | |
| 10924 | T.E.G.-LVI/WELLS FARGO, 100 W. WASHINGTON, PHOENIX, AZ 85019 | |
| 10924 | T.E.G/MEGA TOOL, AMS, BUENA PARK, CA 90620 | |
| 10924 | T.E.I. COMPANY, 15595 WEST 207TH STREET, SPRING HILL, KS 66083 | |
| 10924 | T.E.I. COMPANY, 902 E. 9TH STREET, JOPLIN, MO 64801 | |
| 10924 | T.E.I. COMPANY, P.O. BOX 526, SPRING HILL, KS 66083 | |
| 10924 | T.E.I. CONSTRUCTION  C/O, KANSAS CITY INTERNATIONAL AIRPORT, KANSAS CITY, MO 64195 | |
| 10924 | T.F. SOUTH HIGH SCHOOL C/O ASC, 18500 BURNHAM AVENUE, LANSING, ILL  60498, 1555 HAWTHORNE, WEST CHICAGO, IL 60185 | |
| 10924 | T.FIREPROOFING, SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101 | |
| 10924 | T.FIREPROOFING/16TH ST. BART, SAN FRANCISCO, CA 94101 | |
| 10924 | T.FIREPROOFING/400 CALIFORNIA, SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94107 | |
| 10924 | T.FIREPROOFING/ARGANI SCHOOL, C/O SAN FRANCISCO GRAVEL, 17TH AVE, SAN FRANCISCO, CA 94101 | |
| 10924 | T.FIREPROOFING/ENVIRONMENTAL HEALTH, BERKELEY, CA 94710 | |
| 10924 | T.FIREPROOFING/GATEWAY THREE, S.F.GRAVEL, 2033 GATEWAY PL., SAN JOSE, CA 95113 | |
| 10924 | T.FIREPROOFING/HOWERY & SIMON, C/O SAN FRANCISCO GRAVEL, 301 RAVENWOOD, MENLO PARK, CA 94025 | |
| 10924 | T.FIREPROOFING/JEFFERSON H.S., DALY CITY, CA 94015 | |
| 10924 | T.FIREPROOFING/LA GUNITA DORMS, PALO ALTO, CA 94301 | |
| 10924 | T.FIREPROOFING/OAKLAND RAIDERS TRN, C/0 SAN FRANCISCO GRAVEL, 550 10TH ST., OAKLAND, CA 94601 | |
| 10924 | T.FIREPROOFING/SF FIREMEN CR. UNION, 3201 CALIFORNIA ST., SAN FRANCISCO, CA 94107 | |
| 10924 | T.FIREPROOFING/WARRIORS TRAIN FAC, C/O SAN FRANCISCO GRAVEL, 550 10TH ST., OAKLAND, CA 94601 | |
| 10924 | T.FIREPROOFING/WILCREEK MIDDLE, C/O S.F. GRAVEL, 645 WILWOO, SAN JOSE, CA 95101 | |
| 10924 | T.G.SODA ASH, PO BOX100, GRANGER, WY 82934 | |
| 10925 | T.H. PAYNE CO., PO BOX 189, CHATTANOOGA, TN 37401-0189 | |
| 10925 | T.H.E. WAREHOUSE (1997) INC (4207), C/O GRACE CANADA, INC., GRACE CONSTRUCTION PRODUCTS, 352 ARVIN AVE, HAMILTON, ON L8E 2J8CANADA | *VIA Deutsche Post* |
| 10924 | T.H.E. WAREHOUSE (1997) INC (4207), GRACE CONSTRUCTION PRODUCTS, 2799 BARTON STREET, EAST, HAMILTON, ON L8E 2J8TORONTO | *VIA Deutsche Post* |
| 10925 | T.H.E.M. OF NEW JERSEY, 127-A GAITHER DR, MOUNT LAUREL, NJ 08054 | |
| 10924 | T.H.E.M. OF NEW JERSEY, 127A GAITHER DRIVE, MOUNT LAUREL, NJ 08054 | |
| 10925 | T.J. GUNLACH MACHINE CO., PO BOX 385, BELLEVILLE, IL 62222 | |
| 10925 | T.J. STEVENSON COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE ST., WILMINGTON, DE 19801 | |
| 10925 | T.J.INSTALLERS CO., 2974 S.WAUKESHA RD., WEST ALLIS, WI 53227 | |
| 10924 | T.M. DEAL CO., 1220 EAST AUSTIN, NEVADA, MO 64772 | |
| 10924 | T.M. DEAL CO., CAMBRIDGE, MA 99999 | |
| 10924 | T.M.L. INDUSTRIES LTD., 1745 MCPHERSON COURT, PICKERING ONTARIO, ON L1W 3E9TORONTO | *VIA Deutsche Post* |
| 10924 | T.M.L. INDUSTRIES LTD., 1745 MCPHERSON COURT, PICKERING, ONTARIO, ON L1W 3E9TORONTO | *VIA Deutsche Post* |
| 10925 | T.M.T. INDUSTRIES INC., PO BOX 277, CHINO, CA 91708-0277 | |
| 10925 | T.S. EXPEDITING SERVICES INC., PO BOX 307, PERRYSBURG, OH 43552 | |
| 10924 | T.S.Y.S. U.S.P.S., C/O ADAMS CONSTRUCTION, 7101 STONE MILL ROAD, COLUMBUS, GA 31909 | |
| 10924 | T.T. WILSON COMPANY, 1255 CENTRAL AVE., CHATTANOOGA, TN 37408 | |
| 10924 | T.T. WILSON COMPANY, P.O. BOX 967, CHATTANOOGA, TN 37408 | |
| 10925 | T/H ASSOC A PA LTD. PARTNERSHIP, BOLGER & COMPANY INC., GEN COUNSEL, 79 CHESTNUT ST., RIDGEWOOD, NJ 07450 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    T/H ASSOCIATES A PA LTD PRTNSHIP, BOLGER & COMPANY INC GEN COUNSEL, 79 CHESTNUT ST., RIDGEWOOD, NJ 07450

10925    T/H ASSOCIATES, 79 CHESTNUT ST, RIDGEWOOD, NJ 07450

10924    T-132 WAREHOUSE C/O RITESMA, 1125 HASTINGS, TRAVERSE CITY, MI 49686

10925    TA A, LEROY, 3974 MARINE VIEW AVE, SAN DIEGO, CA 92113

10925    TA INSTRUMENTS INC., POBOX 101871, ATLANTA, GA 30392-1871

10925    TA INSTRUMENTS, ACCOUNTS RECEIVABLE, NEW CASTLE, DE 19720

10925    TA INSTRUMENTS, INC, 109 LUKENS DR., NEW CASTLE, DE 19720

10925    TA INSTRUMENTS, INC, PO BOX 101871, ATLANTA, GA 30392-1871

10925    TA INSTRUMENTS, POBOX 101871, ATLANTA, GA 30392-1871

10925    TA, CUONG, 1017 SUNDOWN CIRCLE, TAYLORS, SC 29687

10925    TAAFFE, KATHLEEN, 7900 E. PRINCESS DR.#1138, SCOTTSDALE, AZ 85255

10925    TAAZ, LLC, 5400 BROKEN SOUND BLVD, BOCA RATON, FL 33486

10925    TAB CHEMICALS INC., LOCK BOX 790282, SAINT LOUIS, MO 63179-0282

10924    TAB CONTRACTORS,INC, RUSSELL/TAMARUST RD, LAS VEGAS, NV 89119

10924    TAB ELECTRIC SUPPLY, 1000  NEWMAN RD., NEW BERN, NC 28562

10924    TAB ELECTRIC SUPPLY, 3512 TRENT ROAD, NEW BERN, NC 28562

10924    TAB ELECTRIC SUPPLY, P.O. BOX 12510, NEW BERN, NC 28561

10925    TABACZYNSKI, STEVE, 1906 CATHERINE FRAN DR, ACCOKEEK, MD 20607

10925    TABASSUM, MUHAMMAD, PO BOX 8031, FALLS CHURCH, VA 22041

10925    TABB, ELLISHA, 124 CHERRYHILL DRIVE, DAPHNE, AL 36526

10925    TABB, J, 11 GEORGETOWN DR, AMHERST, NH 03031

10925    TABC INC (TOYOTA MOTOR CORP), DANIEL E MONETTE MANAGER EHS, 6375 PARAMOUNT BLVD, LONG BEACH, CA 90801-2140

10924    TABC, INC., 6505 PARAMOUNT BLVD., LONG BEACH, CA 90805

10924    TABC, INC., 6505 PARAMOUNT BOULEVARD, LONG BEACH, CA 90801

10924    TABC, INC., PO BOX 2140, LONG BEACH, CA 90801

10925    TABCO TECHNOLOGIES LLC, 1401 WITHERSPOON ST, RAHWAY, NJ 07065

10925    TABEEK, MARGARET, 161 FARLEY AVE, FANWOOD, NJ 07023

10925    TABERS, WELDON, ROUTE 5, BOX 445-A, BREWTON, AL 36426

10925    TABESH, ALLAN, 5 CRYSTAL SPRINGS ROAD, #617, GREENVILLE, SC 29615

10925    TABISZ, LORI, 5847 NORTH NAPOLEON, CHICAGO, IL 60631

10925    TABLA, MARK, 280 HAROLD DEAN DR., MARIETTA, GA 30066

10925    TABLA, PHILIP, 21906 N 66TH LN, GLENDALE, AZ 85310

10925    TABOR, BRICE, 111 DOUGLAS, HEREFORD, TX 79035

10925    TABOR, KAREN, 3113 GREEN RIDGE, FORT WORTH, TX 76133

10925    TABOR, MARIANNA, 115 J,

10925    TABOR, TEDDY, 408 W.ESTES AVE, MIDLAND, TX 79701

10925    TABRON, CAROLINE, 5959 FAIRINGTON ROAD, 1C, LITHONIA, GA 30038

10925    TAC STAFFING, POBOX 8500, PHILADELPHIA, PA 19178

10925    TAC WORLDWIDE CO., 7000 SECURITY BLVD., STE. 108, BALTIMORE, MD 21244

10924    TACC INTERNATIONAL CORP, AIR STATION INDUSTRIAL PARK, ROCKLAND, MA 02370

10924    TACC INT'L, INDUSTRIAL PARK, ROCKLAND, MA 02370

10925    TACK, PAUL, 117 LAND END, LAKESIDE CITY, TX 76308

10925    TACKER, TIMOTHY NORMAN, 701 BROOK LANE, PASADENA, TX 77502-3504

10925    TACKER, TIMOTHY, 2300 WILSON LAKE, LIVINGSTON, TX 77351-9999

10925    TACKES, EDWARD, 1230B CAROL ST, PARK RIDGE, IL 60068

10925    TACKETT CONTRACTORS, 1900 NICODEMUS ROAD, WESTMINSTER, MD 21157

10925    TACKETT, JACQUELINE, RD #2, BOX 172-B, ACME, PA 15610

10925    TACKETT, OTIS, 937 BEAR BRANCH ROAD, WESTMINSTER, MD 21157

10925    TACKETT, TERRY, RT 3 BOX 204C, LINDSAY, OK 73052

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TACL, 11400 COMMERCE PARK DR, RESTON, VA 22091 | |
| 10925 | TACL, KENSINGTON, 344 HIGH ST, LONDON, W14 8NSENGLAND | *VIA Deutsche Post* |
| 10925 | TACO BUENO RESTAURANTS INC., 3033 KELLWAY, SUITE 122, CARROLLTON, TX 75006 | |
| 10925 | TACO DEL SUR, SUBSIDIARY OF TACO BELL CORP, GEN COUNSEL, 17901 VAN KARMON, IRVINE, CA 92614 | |
| 10925 | TACON, MONICA, 1193 CALANDA AVE, ORLANDO, FL 32807 | |
| 10925 | TAD R BROOKS TR, 08 29 95, FBO TAD R BROOKS TRUST, NORMANDY SQUARE 13, 4546 ARLINGATE DR E, COLUMBUS, OH 43220-3021 | |
| 10925 | TAD STAFFING SERVICES, 18333 EGRET BAY BLVD, SUITE 155, HOUSTON, TX 77058 | |
| 10925 | TAD TECHNICAL SERVICES CORP., PO BOX 60735, CHARLOTTE, NC 28260 | |
| 10925 | TADASHI KAWASAKI, 10541 BROOM HILL DR, LAS VEGAS, NV 89134-7339 | |
| 10925 | TADDER ASSOCIATES INC, 1010 MORTON ST, BALTIMORE, MD 21201 | |
| 10925 | TADDER ASSOCIATES, INC, 1010 MORTON ST., BALTIMORE, MD 21201 | |
| 10925 | TADEMA, ALICIA, 234 5TH AVE, PARK SLOPE, NY 11215 | |
| 10925 | TADEO, RAMON, 7642 S 73RD ST, FRANKLIN, WI 53132 | |
| 10925 | TADEUSZ GRABOWSKI, 20 PENN RD, BERKSHIRE, BATCHET, SL3 9HTUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | TADIRAN LTD, KIRYAT EKRON POB 75, REHOVOT, 76100ISRAEL | *VIA Deutsche Post* |
| 10925 | TAD-Y, TRISTAN E, 1525 ASHLEY ROAD, HOFFMAN ESTATES, IL 60195 | |
| 10925 | TAD-Y, TRISTAN, 1525 ASHLEY ROAD, HOFFMAN ESTATES, IL 60195 | |
| 10925 | TAD-Y, TRISTAN, 62 LEADVILLE LN, GILBERTS, IL 60136 | |
| 10925 | TAE-HEUNG ELECTRONICS CO, 1446-5 SANG IN DONG, TAE GU CITY, SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | TAFITO, EUGENE, 840 TURQUOISE ST., VACAVILLE, CA 95687 | |
| 10925 | TAFLINGER, M, 13735 FOREST ROCK, SAN ANTONIO, TX 78231 | |
| 10925 | TAFOYA, JR, DENNIS, RT. 5, BOX 325, HOPE, AR 71801 | |
| 10925 | TAFOYA, MARY ELLEN, 207 DIAMOND WAY #120, VISTA, CA 92083 | |
| 10925 | TAFT CONTRACTING COMPANY INC, DEPT 77-3127, CHICAGO, IL 60678-3127 | |
| 10925 | TAFT CONTRACTING COMPANY, 5525 W. ROOSEVELT ROAD, CHICAGO, IL 60650 | |
| 10925 | TAFT JR, ROGER, 99 WATERWAY DR, OCEAN VIEW, DE 19970-9282 | |
| 10924 | TAFT READY MIX, 801 MAIN ST, TAFT, CA 93268 | |
| 10925 | TAFT STETTINIUS & HOLLISTER KIM K B, 1800 FIRST NATIONAL BANK CENTER, CINCINNATI, OH 45202 | |
| 10925 | TAFT STETTINIUS & HOLLISTER, | |
| 10925 | TAFT, JENNIFER, 1325 W GUADALUPE, MESA, AZ 85202 | |
| 10925 | TAFT, MARLENE, 11 010 POST LANE, YARDVILLE, NJ 08620 | |
| 10925 | TAFT, ROBERT R, 21 LINA COURT, WINTERVILLE, NC 28590 | |
| 10925 | TAFT, STETTINIUS & HOLLISTER, 425 WALNUT ST, CINCINNATI, OH 45202-3957 | |
| 10925 | TAG AND LABEL CORP, PHILIP D KELLEY, 2800 WEST WHITNER ST, POST OFFICE BOX 81, ANDERSON, SC 29621 | |
| 10925 | TAG/ICIB SERVICES INC, PO BOX 2069, CHALMETTE, LA 70044 | |
| 10925 | TAGATAC, LINDA, 360 KNIGHTSBRIDGE WY, AMERICAN CANYON, CA 94589 | |
| 10924 | TAGGART BUILDING SUPPLY, 4057 GRANT ST., HILLIARD, OH 43026 | |
| 10924 | TAGGART BUILDING SUPPLY, 820 SHERMAN AVENUE, SPRINGFIELD, OH 45501 | |
| 10924 | TAGGART BUILDING SUPPLY, PO BOX  57, SPRINGFIELD, OH 45501 | |
| 10925 | TAGGART, PHILIP, 38 E PERIWINKLE LANE, NEWARK, DE 19711-6214 | |
| 10925 | TAGLE, JAMES, 711 SADDLEBROOK, SAN ANTONIO, TX 78245 | |
| 10925 | TAGLE, LETICIA, 6620 S. 33RD ST., MCALLEN, TX 78503 | |
| 10925 | TAGLIAFERRO, KELLY, 11905-J TARRAGON, OWINGS MILLS, MD 21136 | |
| 10925 | TAGLIARENI, BARBARA, 11880 NEW COUNTRY LN, COLUMBIA, MD 21044 | |
| 10925 | TAGTOW, CALVIN, 15 GARY COURT, NEW CARLISLE, OH 45344 | |
| 10924 | TAGUE LUMBER INC., 560 E HIGH ST, PHILADELPHIA, PA 19144 | |
| 10924 | TAGUE LUMBER, 560 EAST HIGH ST., PHILADELPHIA, PA 19144 | |
| 10925 | TAH INDUSTRIES, INC, 8 APPLEGATE DRIVE, ROBBINSVILLE, NJ 08691-2342 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TAHARI LTD, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036

10925   TAHARI LTD, 501 BROAD AVE, RIDGEFIELD, NJ 07657

10925   TAHER, ERBRAHIM, 6605 13TH AVE, BROOKLYN, NY 11219

10925   TAHLIER, PAUL, 885 QUIET COURT, ONEIDA, WI 54155

10925   TAHY, ANNE K, 16 TRAFALGAR DR, PLATTSBURGH, NY 12901-1325

10925   TAI, WUN, 8649 SUN VALLEY DRIVE, PALOS HILLS, IL 60465-1740

10925   TAIEDI, KIMBERLY, 5300 COLUMBIA PIKE, ARLINGTON, VA 22204

10924   TAIHEI BOEKI COMPANY, 14712 VAN BUREN AVENUE, GARDENA, CA 90247

10924   TAIHEI BOEKI COMPANY, 5353 W. IMPERIAL HWY - SUITE 100, LOS ANGELES, CA 90045

10924   TAIHEI BOEKI COMPANY, C/O ACCENT TRUCKING, 1050 EDWARDS STREET, LINDEN, NJ 07036

10924   TAILORED SYSTEMS, INC., 10525 NASSAU ST. NE, BLAINE, MN 55449

10925   TAINJIAO INTL TRADING CO, INC, 1818 GILBRETH RD., STE. 223, BURLINGAME, CA 94010

10925   TAINTER, PATRICK, 12715 COBBLESTONE DRIVE, HOUSTON, TX 77024

10925   TAITE, CHERYL, 502 LINE ST, MOBILE, AL 36608

10925   TAITE, CHERYL, 502 LINE ST, MOBILE, AL 36609

10925   TAIWAN (HONG KONG), BOOK SALES AND BUDGET INFORMATION, ON THE SYSTEM SHOULD NOT    **\*VIA Deutsche Post\***
BE USED, FOR SALES ORDERS, 0

10925   TAIWAN LITON ELECTRONIC CO LTD, 19 PING HO ROAD CHUNG HO, TAIPEI HSIEN, 0TAIWAN    **\*VIA Deutsche Post\***

10925   TAJ MAHAL BRIDGE & PROMENADE, C/O ISLAND LATHING & PLASTERING, ATLANTIC CITY, NJ
08401

10925   TAKAHASHI, LYLE, 1230 BRADBURY ST, WEST COVINA, CA 91790

10924   TAKAO NAGAI ASSOCIATES, 915 SO RIVERSIDE DRIVE, ELMHURST, IL 60126

10924   TAKAO NAGAI ASSOCIATES, 915 SOUTH RIVERSIDE DRIVE, ELMHURST, IL 60126

10924   TAKASAGO INTERNATIONAL, 100 GREEN STREET, TETERBORO, NJ 07608

10924   TAKASAGO INTERNATIONAL, 4 VOLVO DRIVE, PO BOX 932, NORTHVALE, NJ 07647

10925   TAKATA, ELAINE, 7105 NORWALK ST, FALLS CURCH, VA 22043

10924   TAKEDA YAKUHIN KOGYO K.K., HIKARI KOJO IYAKUHOZAI SOKO, 4720 AZA-TAKEDA MITSUI,    **\*VIA Deutsche Post\***
HIKARI-SHI YAMAGUCHI-KEN, 743-0011JPN

10925   TAKEM, JUDITH, 5130 MARIS AVE #401, ALEXANDRA, VA 22304

10925   TAKEMOTO JT TEN, BRENT K & CARLA, 4513 NORTHAMPTON DR, CARMICHAEL, CA 95608-1533

10925   TAKEMOTO, ISAO, CUST FOR SHERI MAHEALANI TAKEMOTO, UNDER THE HI UNIF TRAN MIN ACT,
2212 HUNNEWELL PL, HONOLULU, HI 96822-2145

10925   TAKENAGA JT TEN, EUGENE I & PHOEBE M, 17241 VISTA DEAL LAGO, RIVERSIDE, CA 92503-7413

10925   TAKESHI EGAMI, 16 MORRIS CIR., WAYNE, PA 19087

10925   TAKLA, KATHLEEN, 14 COLLINS AVE, CLOSTER, NJ 07624

10925   TALAGA CHILDREN, 116 S PROSPECT AVE, PARK RIDGE, IL 60068

10925   TALAGA, THOMAS, 1401 W COSSITT, LAGRANGE, IL 60525

10925   TALAMANTES, FRANK, 17712 COLLINS ST, ENCINO, CA 91316

10925   TALAMANTES, SILVIA, 161 EAGLE AVE, NEW MILFORD, NJ 07646

10925   TALAMENTES, MANUEL, 3106 NORTH ARCADIA, COLORADO SPRINGS, CO 80907-9998

10925   TALANIAN, LORI, 780 WALTHAM ST, LEXINGTON, MA 02173

10925   TALANIAN, MONA M, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   TALANIAN, MONA, 780 WALTHAM ST, LEXINGTON, MA 02173

10925   TALARICO LAW OFFICES (GEORGE, 55 MADISON AVE, MORRISTOWN, NJ 07960

10925   TALBERT, JAMES, 4908 MEADOW LANE, DICKISON, TX 77539

10925   TALBOT CARMOUCHE MARCHAND, PO BOX 759, PO BOX 759, GONZALES, LA 70707

10925   TALBOT, DANETTE, 125 ROY ST, HOUMA,, LA 70360

10925   TALBOT, DEBORAH, 596 GILBERT AVE, PEARL RIVER, NY 10965

10925   TALBOT, FUMEI, 1834 E DUANE, KANKAKEE, IL 60901

10925   TALBOT, JOHN, 442 GROVE ST, WESTFIELD, NJ 07090-2623

10925   TALBOT, KATHALEEN, 3277 SWITZKILL ROAD, BERNE, NY 12023

10925   TALBOT, RICHARD, 5133 MACAFEE RD, TORRANCE, CA 90505

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TALBOT, TIMOTHY, 3 SUDBURY ST, MAYNARD, MA 01754 | |
| 10925 | TALBOTT, BONNIE, 718 WASHINGTON ST, CRAIG, CO 81625 | |
| 10925 | TALBOTT, THOMAS, 1108 13TH ST N., TEXAS CITY, TX 77590 | |
| 10925 | TALCOTT, STEVE, 3804 SOUTH BENJAMIN DRIVE, SIOUX FALLS, SD 57103-7144 | |
| 10925 | TALENT TREE STAFFING SERVICES, PO BOX 101355, ATLANTA, GA 30392 | |
| 10925 | TALENT TREE STAFFING SERVICES, PO BOX 200255, HOUSTON, TX 77216 | |
| 10925 | TALIAFERRO, JR, GEORGE, 8209 MILLFIELD COURT, MILLERSVILLE, MD 21109 | |
| 10925 | TALIAFERRO, MARVIN E, 904 TEJAS, BURKBURNETT, TX 76354 | |
| 10925 | TALIANEK, JR, JOSEPH, 55 JORDAN #10, WHITEHALL, PA 18052 | |
| 10925 | TALLACKSON, KELLY, 7425 LAVISTA, DALLAS, TX 75214 | |
| 10925 | TALLADEGA CO OFFICE OF CHILD, PODRAWER 715, TALLADEGA, AL 35161 | |
| 10924 | TALLADEGA COUNTY BOARD OF EDUCATION, B.B. COMER SCHOOL, TALLADEGA, AL 35160 | |
| 10924 | TALLADEGA COUNTY SCHOOLS, CAMBRIDGE, MA 02140 | |
| 10924 | TALLAHASSEE COMMUNITY COLLEGE, C/O R. DICKERSON & ASSOCIATES, TALLAHASSEE, FL 32301 | |
| 10924 | TALLAHASSEE COMMUNITY HOSPITAL, 2626 CAPITOL MEDICAL BLVD., TALLAHASSEE, FL 32308 | |
| 10924 | TALLAHASSEE GLASS, 1134 W. ORANGE AVENUE, TALLAHASSEE, FL 32310 | |
| 10924 | TALLAHASSEE READY MIX, 1800 BRICKYARD ROAD EAST, MIDWAY, FL 32343 | |
| 10925 | TALLEDO, MELIDA, 138-15 FRANKLIN AVE, FLUSHING, NY 11355 | |
| 10925 | TALLENT, CHARLES, 10 CAMDEN DRIVE, PIEDMONT, SC 29673 | |
| 10925 | TALLENT, ROY, 319 ALDER DRIVE, SIMPSONVILLE, SC 29681-3501 | |
| 10924 | TALLERES URQUIJO, S.A. DE C.V., C.D. GUADALUPE, N.L. C.P. 67130, GUADALUPE, 0MEXICO | *VIA Deutsche Post* |
| 10924 | TALLEY DEFENSE SYSTEMS, PO BOX849, MESA, AZ 85215 | |
| 10925 | TALLEY JR., HERBERT, 9350 CLIFF WAY, SAN ANTONIO, TX 78250 | |
| 10925 | TALLEY, ANDREA, 102 ROCKLAND DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | TALLEY, DONALD, 17 ALLINGTON ST APT 2, 1, AUBURN, MA 01501 | |
| 10925 | TALLEY, GILES, 104 MACKS RD, PIEDMONT, SC 29673 | |
| 10925 | TALLEY, JANE, 2506 RICHARDS PLACE, WILMINGTON, DE 19810 | |
| 10925 | TALLEY, JOYCE, 164 CARNATION DRIVE, MAGNOLIA, DE 19962 | |
| 10925 | TALLEY, JR, DONALD, 4323 SHERMAN DRIVE, INDIANAPOLIS, IN 46226 | |
| 10925 | TALLEY, JR, MERVIN, 1010 HUGH DASPIT HWY, ST. MARTINVILLE, LA 70582 | |
| 10925 | TALLEY, LEE, 108 WOOD DR, SIMPSONVILLE, SC 29681 | |
| 10925 | TALLEY, LOUIS, 1509 EDEN ST, NEW IBERIA, LA 70560-6509 | |
| 10925 | TALLEY, MICHAEL, 102 ROCKLAND DR, SIMPSONVILLE, SC 29681 | |
| 10925 | TALLEY, R, PO BOX 1344, PECOS, TX 79772 | |
| 10925 | TALLEY, VICKIE, 3752 HUNTING CRK RD, MONTGOMERY, AL 36116 | |
| 10925 | TALLICHET, RICHARD, 4614 OAKMONT CR, PASADENA, TX 77505-4320 | |
| 10925 | TALLMADGE, STEVEN, 8 HIGH POINT OAKS LANE,#302, MADISON, WI 53719 | |
| 10925 | TALLMAN JR, ADELBERT N, CUST MICHAEL D TALLMAN, UNIF GIFT MIN ACT NY, NUNDA, NY 14517 | |
| 10925 | TALLMAN, DONNA, 9B BROOKSIDE DR, WINDHAM, ME 04062 | |
| 10925 | TALLON, HARRY, 5801 E LAKESIDE DRIVE, HANAHAN, SC 29406 | |
| 10925 | TALLY PRINTER CORP, PO BOX 84102, SEATTLE, WA 98124 | |
| 10925 | TALLY SYSTEMS, PO BOX 70, HANOVER, NH 03755-0070 | |
| 10925 | TALLY, PO BOX 70510, CHICAGO, IL 60673 | |
| 10925 | TALNAGI, CAROL, 206 BATHGATE AVE, S BOUND BROOK, NJ 08880 | |
| 10925 | TALNAGI, DAWN, 206 BATHGATE AVE, S BOUND BROOK, NJ 08880 | |
| 10925 | TALNAGI, EDWARD, 206 BATHGATE AVE, S BOUND BROOK, NJ 08880 | |
| 10924 | TALON DEVELOPMENT, MG PATTON CONSTRUCTION, 1025 COBB PLACE BLVD., KENNESAW, GA 30152 | |
| 10925 | TALON INC, PETER J MCGRATH JR, MOORE & VAN ALLEN, NATIONSBANK CORP CTR, 100 N TRYON ST 47TH FL, CHARLOTTE, NC 28202-4003 | |
| 10924 | TALON INDUSTRIAL PRODUCTS INC., PO BOX420334, ATLANTA, GA 30342 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TALYAT, LULA, 4851 1ST AVE. SW #13, CEDAR RAPIDS, IA 52405 | |
| 10925 | TAM CERAMICS INC., DEPT AT 40070, ATLANTA, GA 31192-0070 | |
| 10924 | TAM CERAMICS, INC., 4511 HYDE PARK BLVD., NIAGARA FALLS, NY 14305 | |
| 10925 | TAMA RINK, 36 LANIDES LANE, LEOMINSTER, MA 01453 | |
| 10925 | TAMA, MARY, 32 OAKLAND AVE, UNIONTOWN, PA 15401 | |
| 10925 | TAMAKLOE, EVELYN, 14335 ELLA BLVD, HOUSTON, TX 77014 | |
| 10924 | TAMAQUA MIDDLE SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | TAMAQUA SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | TAMAR INTERNATIONAL, 23517 MAIN ST #105, CARSON, CA 90745 | |
| 10925 | TAMARA E SEITER, 33 CYPRESS PLACE, SAUSALITO, CA 94965-1515 | |
| 10925 | TAMARA M LEPPO, 141 PARKER ROAD, FRAMINGHAM, MA 01701-5508 | |
| 10925 | TAMARA SHOEMAKER, 2601 COMMERCE BLVD., IRONDALE, AL 35210 | |
| 10924 | TAMARAC ELEMENTARY SCHOOL, 5700 NW 94TH AVE, TAMARAC, FL 33321 | |
| 10924 | TAMARACK BUILDING MATERIALS, 5393 MILLER TRUNK HWY., DULUTH, MN 55811 | |
| 10925 | TAMARES, BEULAH, 6537 MACARTHUR DRIVE, LEMON GROVE, CA 91945 | |
| 10925 | TAMARKIN, FRANCES, 426 HAWTHORNE AVE, STATEN ISLAND, NY 10314 | |
| 10925 | TAMARYN L PRATT, 1516 WANDERING WAY, CHARLOTTE, NC 28226-5732 | |
| 10925 | TAMAYO, CARLOS, PO BOX 72333, LAS VEGAS, NV 89170-2333 | |
| 10925 | TAMAYO, MARIA THERES, 553 WILLOWBROOK DR, GRETNA, LA 70056 | |
| 10925 | TAMAYO, MIRIAM, 82-15 25TH AVE, JACKSON HTS, NY 11370 | |
| 10924 | TAMBORES Y CUBETAS, S.A. DE C.V., AV.LOS ANGELES NO. 308-A PTE., COL. DEL NORTE, MONTERREY NL, 0MEXICO | *VIA Deutsche Post* |
| 10925 | TAMBORNINI, STEVEN, 1501 MONTICELLO COURT, MURFREESBORO, TN 37129 | |
| 10925 | TAMBURELLI, DORIS, 6 CHARLES ST, BRIDGEWATER, NJ 08807 | |
| 10925 | TAMEZ, MARIO, 6000 HOLLISTER, #1215, HOUSTON, TX 77040 | |
| 10925 | TAMI, STEVEN M, 1920 HARRIMAN LANE 1, REDONDO BEACH, CA 90278-4244 | |
| 10925 | TAMIM, AMAL, 10 LANCASTER ST APT. 28, CAMBRIDGE, MA 02140 | |
| 10925 | TAMIS, ROBERT H, CUST FOR WENDY JOY TAMIS, UNIF GIFT MIN ACT AZ, C/O WENDY JOY TAMIS, 2730 MARION TERRACE, MARTINEZ, CA 94553-3116 | |
| 10924 | TAMKO ROOFING PRODUCTS INC., 600 E. BETHLEHEM ROAD, COLUMBUS, KS 66725 | |
| 10924 | TAMKO ROOFING PRODUCTS INC., PO BOX 1404, JOPLIN, MO 64802-1404 | |
| 10924 | TAMKO ROOFING PRODUCTS, INC., 600 E. BETHLEHEM RD., COLUMBUS, KS 66725 | |
| 10924 | TAMKO ROOFING PRODUCTS, INC., 914 HALL PARK DR., GREEN COVE SPRINGS, FL 32043 | |
| 10924 | TAMKO ROOFING PRODUCTS, INC., PO BOX 1404, JOPLIN, MO 64802-1404 | |
| 10925 | TAMMA, ANTONIA, VIA LATTUABA 14, 20017 PASSIRANA 1, RH0-M1ITALY | *VIA Deutsche Post* |
| 10925 | TAMMARA, JOAN, 2319 W CAMPLAIN RD, SOMERVILLE, NJ 08876 | |
| 10924 | TAMMARACK MATERIALS INC., 5393 MILLER TRUNK HWY, DULUTH, MN 55811 | |
| 10925 | TAMMARO, JAMES, 707 E. REYNOLDS ST, NEW CASTLE, PA 16101 | |
| 10925 | TAMMARO, KENNETH, 4 MARGARET RD, STONEHAM, MA 02180 | |
| 10925 | TAMMARO, SCOTT, 707 E REYNOLDS ST., NEW CASTLE, PA 16101-4750 | |
| 10925 | TAMMS INDUSTRIES, PO BOX 389817, MILWAUKEE, WI 53268-9817 | |
| 10924 | TAMPA BAY ARENA, C/O R. DICKERSON & ASSOCIATES, TAMPA, FL 33602-5404 | |
| 10924 | TAMPA INTERNATIONAL AIRPORT, C/O MADER SOUTHEAST, TAMPA, FL 33607 | |
| 10924 | TAMPA OAKS ONE, 12080 MORRIS BRIDGE ROAD, TAMPA, FL 33687 | |
| 10925 | TAMPA TRIBUNE, THE, PO BOX 30550, TAMPA, FL 33630-0550 | |
| 10925 | TAMPA, SPOUSE, WABK, NY BT, NY 10089 | |
| 10925 | TAMPKE, JR, JAMES, 1773 CEDAR CREST, ABILENE, TX 79601-3227 | |
| 10925 | TAMPLIN, RONALD, 12511 MATISSE LN., DALLAS, TX 75367 | |
| 10925 | TAMRA BLACK, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | TAMRA J EVANS, RT 5 BOX 210, ALVIN, TX 77511-9608 | |
| 10925 | TAMULYNAS, DAVID, 14 LANTERN LANE, BURLINGTON, MA 01803 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TAMULYNAS, SHIRLEY A, 14 LANTERN LANE, BURLINGTON, MA 01803 | |
| 10925 | TAMULYNAS, SHIRLEY-A, 14 LANTERN LANE, BURLINGTON, MA 01803-2006 | |
| 10925 | TAMURA, 145 EAST MINEOLA AVE, VALLEY STREAM, NY 11582 | |
| 10925 | TAMURA, PO BOX 236, VALLEY STREAM, NY 11582 | |
| 10925 | TAN, CHEW YAN, 5 RHU CROSS 04 04 COAST RHU, 437434SINGAPORE | *VIA Deutsche Post* |
| 10925 | TAN, GERALDINE, 3 BROOKVIEW DR., WOODCLIFF LAKE, NJ 07675 | |
| 10925 | TAN, GERALDINE, 3 BROOKVIEW DRIVE, WOODCLIFF LAKE, NJ 07675 | |
| 10925 | TAN, GRACIANO, 3595 NEWHAVEN RD, PASADENA, CA 91107 | |
| 10925 | TAN, HSIAOMING S, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | TAN, HSIAOMING, 4 TROWBRIDGE PLACE #2EF, CAMBRIDGE, MA 02138 | |
| 10925 | TAN, JULIE, BLK 704 CHOA CHU KANG ST, 53 3 76, SINGAPORE, 68074SINGAPORE | *VIA Deutsche Post* |
| 10925 | TAN, LEAH, 193 COTTAGE, CAMARILLO, CA 93010 | |
| 10925 | TAN, LOLITA, 1400 NEW 10TH AVE, MIAMI, FL 33138 | |
| 10925 | TAN, ROSALINA, 4300 JUSTIN WAY, OXNARD, CA 93033 | |
| 10925 | TAN, SHIRLEY, 15 MYRICK LANE, HARVARD, MA 01451 | |
| 10925 | TANA N.V., D.O.O. SVARCOVA 2, ZAGREB, 10000CROATIA | *VIA Deutsche Post* |
| 10924 | TANA OIL & GAS CORP., 1200 AMERICAN BANK PLAZA, CORPUS CHRISTI, TX 78475 | |
| 10925 | TANABE, LILA, 1620 CREAL CRESENT, ANN ARBOR, MI 48103 | |
| 10925 | TANAKA, HIDEAKI, 5 WARREN TERRACE, NEWTON CENTER, MA 02459 | |
| 10925 | TANAKA, PROF TOYOICHI, 77 MASS AVE, CAMBRIDGE, MA 02139 | |
| 10925 | TANAKA, TOYOICHI, 22 LOWELL ROAD, WELLESLEY, MA 02481 | |
| 10925 | TANALSKI, JOYCE, 405 DUKES PKWY, MANVILLE, NJ 08835 | |
| 10925 | TANCREDI, EDWARD, 1116 LAUREL RD, BEVERLY, NJ 08010 | |
| 10925 | TANDBERG, DENNIS, BOX 111, HARLOWTON, MT 59036-0111 | |
| 10925 | TANDEM/LABORWORLD, PO BOX 98644, CHICAGO, IL 60693-8644 | |
| 10925 | TANDON, SANJEEV, 2225 NORTH CAMPUS DRIVE, EVANSTON, IL 60208 | |
| 10925 | TANDY ELECTRONICS, 200 COMMERCE ST, AZLE, TX 76020 | |
| 10925 | TANDY LADD, 162B TRINITY ROAD, FRANKLIN, TN 37067-7810 | |
| 10925 | TANEY, HAROLD, 27 LOWELL RD., HUDSON, NH 03051-2800 | |
| 10925 | TANG, YEA-TYNG, 99 LACONIA ST, LEXINGTON, MA 02173 | |
| 10924 | TANGEMAN CENTER, CINCINNATI, OH 45200 | |
| 10925 | TANGEN, ROY, 15 N PRECINCT ST, LAKEVILLE, MA 02347 | |
| 10924 | TANGIER @ 5 OAKS, 1645 PARKWAY, SEVIERVILLE, TN 37862 | |
| 10925 | TANGLAO, MARIA, 56 ORCHARD PLACE, MAYWOOD, NJ 07607 | |
| 10925 | TANGUMA, BLANCA, 2816 HIGHLAND AVE, MCALLEN, TX 78501 | |
| 10925 | TANI & ABE, N 6-20, AKASAKA 2-CHOME, MINATO-KU, TOKYO 107-0052, 107-0052JAPAN | *VIA Deutsche Post* |
| 10925 | TANIA A. BUTLER, 256 LANCASTER DR, TEWKSBURY, MA 01876 | |
| 10925 | TANIS, RONALD, 12123 S. 73RD COURT, PALOS HEIGHTS, IL 60463 | |
| 10925 | TANJORE, 8020 SAN LORENZO DR, LAREDO, TX 78041 | |
| 10925 | TANJORE, PO BOX 6307, LAREDO, TX 78041 | |
| 10925 | TANK CLEANING SERVICES, 1500 ORENDA, MEMPHIS, TN 38107 | |
| 10925 | TANK CLEANING, 2125 NO REDWOOD RD, SALT LAKE CITY, UT 84116 | |
| 10925 | TANK DEPOT, THE, 641 SW 7TH ST, POMPANO BEACH, FL 33060 | |
| 10925 | TANK TRAILER SPECIALTY EQUIP CO, PO BOX 79156, FORT WORTH, TX 76179 | |
| 10925 | TANK TRAILER SPECIALTY EQUIPMENT CO, PO BOX 79156, FORT WORTH, TX 76179 | |
| 10925 | TANK WASH USA, 11000 BEAUMONT HWY, HOUSTON, TX 77078 | |
| 10925 | TANK, NANCY, 758 GENEVALN, FONTANA, WI 53125-1442 | |
| 10924 | TANKERSLEY CONCRETE CO., 417 HEIL AVENUE, LEWISBURG, TN 37091 | |
| 10924 | TANKERSLEY CONCRETE, 417 HEIL AVE., LEWISBURG, TN 37091 | |
| 10925 | TANKERSLEY, BILLY, 1811 S. OLIVE, STOCKTON, CA 95205 | |
| 10925 | TANKERSLEY, BILLY, 924 S. SULLIVAN AVE., STOCKTON, CA 95205 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 TANKERSLEY, CAROL, 909 S 23RD ST, FT SMITH, AR 72901

10925 TANKERSLEY, GARY, 15799 N. GLASCOCK RD., LODI, CA 95240

10925 TANKERSLEY, KIMBERLEY, 119 WORTH HARRISON, SAN ANGELO, TX 76903

10925 TANKERSLY, TANYA, ROUTE 11 BOX 437E, PALESTINE, TX 75801

10925 TANKINETICS, INC, PO BOX 1195, HARRISON, AR 72601

10925 TANKINETICS, PO BOX 3101, LAKE CHARLES, LA 70602

10925 TANKS TRUCKS & TRAILERS INC, 716 EAST 7TH ST, RICHMOND, VA 23224

10925 TANNENBAUM, WILLIAM, 885 RIVER ROAD, TEANECK, NJ 07666

10925 TANNENBERG, NICHOLAS WILLIAM, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 TANNENBERGER, NICHOLAS, 464 SHAWMUT AVE UNIT 1, BOSTON, MA 02118

10924 TANNER COMPANIES, 1101 AZTEC ROAD, FORT MOHAVE, AZ 86427

10924 TANNER COMPANIES, THE, P.O. BOX 36030, TUCSON, AZ 85740

10924 TANNER COMPANIES, THE, TPAC PRESTRESSED GROUP, PHOENIX, AZ 85036

10924 TANNER COMPANIES, THE, WESTERN ARIZONA REGION, YUMA, AZ 85366

10924 TANNER COMPANIES, TPAC PRESTRESS GROUP, PHOENIX, AZ 85036

10924 TANNER COMPANY, THE, ATTN:  ACCOUNTS PAYABLE, YUMA, AZ 85366

10924 TANNER CONSTRUCTION / JOB 2972, SQUAW PEAK HWY, PHOENIX, AZ 85000

10924 TANNER CONSTRUCTION, ATTN: KAREN PEARCE, PHOENIX, AZ 85072

10924 TANNER MEDICAL CENTER, OFF HWY. 61 ON DIXIE STREET, CARROLLTON, GA 30117

10925 TANNER, CHARLOTTE, 504 S. ELM ST, COMMERCE, GA 30529

10925 TANNER, D, 7102 NW30TH TERR., BETHANY, OK 73008

10925 TANNER, JOYCE, RT 4 BOX 42, COMMERCE, GA 30529

10925 TANNER, PHILLIP, 217 N. NAPOLEON ST. - #6, LOCKPORT, LA 70374

10925 TANNER, RHONDA, LOT #232 CLAYTON ST, COMMERCE, GA 30529

10925 TANNER, TERRIE, 417 1/2 SMITH ST, SUFFOLK, VA 23434

10924 TANNERSVILLE WATER TREATMENT PLANT, C/O PIZZAGALLI CONSTRUCTION COMPANY, TANNERSVILLE, NY 12485

10924 TANNING RESEARCH LABORATORIES INC, PO BOX 265111, DAYTONA BEACH, FL 32126-5111

10924 TANNING RESEARCH LABS, 1190 US 1 NORTH, ORMOND BEACH, FL 32174

10925 TANPHAICHITR, SAKSIR, 97 BAY STATE ROAD, BOSTON, MA 02215

10925 TANSCOMAX INC., 170 BOUL. INDUSTRIEL, ST-EUSTACHE, QC J7R 5C2CANADA          *VIA Deutsche Post*

10925 TANSEY, MARIAN, PO BOX 3718, WAQUOIT, MA 02536

10925 TANSIL, J, 508 E DANIEL, UVALDE, TX 78801

10925 TANSIL, JANICE, 508 E. DANIEL, UVALDE, TX 78801

10925 TANSITOR ELECTRONICS, WEST RD, BENNINGTON, VT 05201

10925 TANSKI, JEFFREY, 10035 COLLEGE PARK DR, CONCORD, OH 44060

10925 TANT, ROMAN, 1748 BAYSIDE BEACH RD, PASADENA, MD 21122

10925 TANTARA TRANSPORTATION, 31750 ENTERPRISE DR, LIVONIA, MI 48150

10925 TANTON CONSTRUCTION CO, 149 NORTH 1ST ST, HARBOR BEACH, MI 48441

10925 TANYA MATHIS, 30 PATEWOOD DR SUITE 230, GREENVILLE, SC 29615

10925 TANYA MATHIS, 40 CHESTNUT RIDGE DR., INMAN, SC 29349

10925 TAO, SONG, 5679 PAYTON WAY, COLUMBUS, OH 43235

10924 TAOS BUILDERS SUPPLY, #44 STATE ROAD 522, TAOS, NM 87525

10924 TAOS BUILDERS SUPPLY, P.O. BOX 233, EL PRADO, NM 87529

10924 TAOS BUILDERS SUPPLY, P.O.BOX 233, EL PRADO, NM 87529

10924 TAP ELECTRIC, 103-45 98TH ST., OZONE PARK, NY 11417

10924 TAP HOLDINGS, CONWAY PARK, FIELD DRIVE, LAKE FOREST, IL 60045

10925 TAP PLASTICS INC., POBOX 44000, SAN FRANCISCO, CA 94144-4751

10925 TAPCO PRODUCTS CO., 15553 WEST 110TH ST, LENEXA, KS 66219-1394

10925 TAPE PRODUCTS CO., PO BOX 42413, CINCINNATI, OH 45242

10925 TAPE PRODUCTS COMPANY, PO BOX 42413, CINCINNATI, OH 45242

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TAPE PRODUCTS, PO BOX 42413, CINCINNATI, OH 45242 | |
| 10925 | TAPE RENTAL LIBRARY, INC, PO BOX 107, 107, COVESVILLE, VA 22931 | |
| 10925 | TAPE RITE, 131 LAKEVILLE RD., NEW HYDE PARK, NY 11040 | |
| 10925 | TAPECOAT, PO BOX 631, EVANSTON, IL 60204 | |
| 10925 | TAPELER TAPE MACHINES INC, 150 HOMER AVE, ASHLAND, MA 01721 | |
| 10925 | TAPESWITCH CORP, POBOX 5249 GPO, NEW YORK, NY 10087-5249 | |
| 10925 | TAPIA HIRALDO, JESUS, CALLE 42 BLOQUE 49 # 2, CAROLINA, PR 00630 | |
| 10925 | TAPIA, CARMEN, 513 ASUNCION ST , URB PUERTO NUEVO, SAN JUAN, PR 00920 | |
| 10925 | TAPIA, CARMEN, 5613 DURBY CT #121, ALEXANDRIA, VA 22311 | |
| 10925 | TAPIA, SALVADOR, 818 CLINTON ST, LOCKPORT, IL 60441 | |
| 10925 | TAPIA-MAHONEY, KATHLEEN, 959 AUBURN ROAD, SAN DIMAS, CA 91773 | |
| 10925 | TAPLEY, JAMES, 3117 BEACH RD. NW, ALBUQUERQUE, NM 87104 | |
| 10925 | TAPLEY, RICHARD, 5 LAKE WALES EST GRANT AVE, LAKE WALES, FL 33853-9998 | |
| 10925 | TAPLIN, SHEILA, 15 WASHINGTON SQ, GLOUCESTER, MA 01930 | |
| 10924 | TAPON CORONA S.A. DE C.V., AVE. DE LOS ANGELES NO. 303, XOCHINAHUAC, IT 02210UNK | *VIA Deutsche Post* |
| 10925 | TAPP, MURRAY, 2742 RANGELINE ST, MEMPHIS, TN 38127 | |
| 10925 | TAPPA GROUP INTERNATIONAL LLC, 425 HUEHL RD BLDG 16B, NORTHBROOK, IL 60062 | |
| 10925 | TAPPAN, LAWRENCE, BOX 3159, BAYTOWN, TX 77522 | |
| 10925 | TAPPER, FREDERICK, 39 PLEASANT ST, NORTHBOROUGH, MA 01532 | |
| 10925 | TAPPI, PO BOX 102636, ATLANTA, GA 30368-0636 | |
| 10925 | TAPSCOTT, CAROLYN, 2900 WALTERS LA, FORRESTVILLE, MD 20747 | |
| 10925 | TAR, JULIUS, 3 CLIFTWOOD DRIVE, HUNTINGTON, NY 11743 | |
| 10925 | TARA, 1370 AVE OF THE AMERICAS, NEW YORK, NY 10019 | |
| 10925 | TARACZKOZY, KATHY, PO BOX 273, ECCLES, WV 25836 | |
| 10925 | TARANGO, ROSA, 10248 LEPONA, EL PASO, TX 79927 | |
| 10925 | TARANTINO, MAUREEN, 20 REDGATE RD, WEST ROXBURY, MA 02132 | |
| 10925 | TARANTINO, RICHARD, 14935 SUN HARBOR, HOUSTON, TX 77062 | |
| 10925 | TARANU, ANA-LIDIA, 18905 MAPLEWOOD, LIVONIA, MI 48152 | |
| 10925 | TARARA, BERNARD, 3 TAYLOR ROAD, MAYNARD, MA 01754-2014 | |
| 10925 | TARARA, STEPHEN, 5 ANGLEWOOD LN, N. READING, MA 01864 | |
| 10925 | TARBELL, CHARLES A, 2444 N. CONSTANCE LN., LAKE CHARLES, LA 70605 | |
| 10925 | TARBELL, CHARLES, 2444 N CONSTANCE LN, LAKE CHARLES, LA 70605 | |
| 10925 | TARBELL, JIMMY, 10962 ARROYO DRIVE, WHITTIER, CA 90604 | |
| 10924 | TARBET CONSTRUCTION CO IN, 303 S RD I, ULYSSES, KS 67880 | |
| 10924 | TARBET CONSTRUCTION CO, 303 S ROAD I, ULYSSES, KS 67880 | |
| 10924 | TARBET CONSTRUCTION CO, 409 W. HIGHLAND, JOHNSON, KS 67855 | |
| 10924 | TARBET CONSTRUCTION CO, RIVER ROAD, SYRACUSE, KS 67878 | |
| 10924 | TARBET READY MIX, 1055 PLAINS, COLBY, KS 67701 | |
| 10924 | TARBET READY MIX, EAST 51 HWY, HUGOTON, KS 67951 | |
| 10924 | TARBET READY MIX, EAST HWY 160, ULYSSES, KS 67880 | |
| 10924 | TARBET READY MIX, LEOTI, KS 67861 | |
| 10924 | TARBET, BORDER AVENUE, ELKHART, KS 67950 | |
| 10925 | TARBUTTON, HUGH M, PO BOX 269, SANDERSVILLE, GA 31082 | |
| 10925 | TARDI, VIVIAN, BO COLLORES KM6HM6 HC-02 10836, LAJAS, PR 00698 | |
| 10924 | TARGET ELECTRIC INC., 50475 METZEN, CHESTERFIELD, MI 48051 | |
| 10924 | TARGET ELECTRIC, 50475 METZEN, CHESTERFIELD, MI 48051 | |
| 10925 | TARGET EXPEDITING, 40 E LASKEY ROAD, TOLEDO, OH 43612 | |
| 10925 | TARGET IND., PO BOX 1650, ROCKAWAY, NJ 07866 | |
| 10925 | TARGET IND., PO BOX 810, ROCKAWAY, NJ 07866 | |
| 10925 | TARGET INDUSTRIES, PO BOX 810, FLANDERS, NJ 07836 | |
| 10924 | TARGET PLAZA SOUTH, 1000 NICOLLET MALL, MINNEAPOLIS, MN 55402 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   TARGET SOIUND COMPANY, 18 UNDERWOOD ROAD, MONSEY, NY 10952

10924   TARGET SPECIALTY PROD, 15415 MARQUARDT AVE, SANTA FE SPRINGS, CA 90670

10925   TARGET SPECIALTY PRODUCTS, 15415 MARQUARDT AVE, SANTA FE SPRINGS, CA 90670

10924   TARGET STORE, 718  MC GUIRE  BLVD, ORLANDO, FL 32803

10924   TARGET, 3535 PEACHTREE ROAD, ATLANTA, GA 30326

10925   TARHEEL DIESEL SALES & SVC INC, 12210 HWY 601 SOUTH, MIDLAND, NC 28107

10924   TARHEEL ELECTRIC CO., 1415 W. MAIN ST., MOORESVILLE, NC 28115

10925   TARHEEL NATURAL TURF COMPANY, PO BOX 651085, CHARLOTTE, NC 28265-1085

10925   TARHEEL SWEEPING & SERVICES INC, PO BOX 18724, CHARLOTTE, NC 28218

10925   TARIN, LYDIA, 1824 N 66TH DR, PHX, AZ 85035

10925   TARINI, CARLO, 86 HILLMAN ST, NEW BEDFOTRD, MA 02740

10925   TARLETON, CARL, 1011 JUANITA AVE, SAVANNAH, GA 31410

10925   TARLETON, JOHN, 1767 ALDERBROOK, ATLANTA, GA 30345

10925   TARLTON, EUGENE, 352 STILLWATER RD., BALIMORE, MD 21221

10924   TARLTON/MUSIC BUILDING, VISALIA, CA 93291

10924   TARMAC AMERICA (DEMACO), 4550 CLARK RD, SARASOTA, FL 34233

10924   TARMAC AMERICA INC, 100 HENNIS RD, ORLANDO, FL 32827

10924   TARMAC AMERICA INC, 100 MAIN AVE, LONGWOOD, FL 32750

10924   TARMAC AMERICA INC, 11000 N.W. 121 STREET, MIAMI, FL 33178

10924   TARMAC AMERICA INC, 11350 OLD CRYSTAL RIVER RD., BROOKSVILLE, FL 34601

10925   TARMAC AMERICA INC, 1151 AZALEA GARDEN ROAD, NORFOLK, VA 23502

10924   TARMAC AMERICA INC, 11600 INTERNODEL AVE, ORLANDO, FL 32824

10924   TARMAC AMERICA INC, 1200 SO SWINTON, DELRAY BEACH, FL 33444

10924   TARMAC AMERICA INC, 1385 HAMMONDVILLE RD., POMPANO BEACH, FL 33060

10924   TARMAC AMERICA INC, 1453-53RD STREET, MANGONIA PARK, FL 33407

10924   TARMAC AMERICA INC, 1500-107TH ST., MARATHON, FL 33050

10924   TARMAC AMERICA INC, 2500 S W  2ND AVENE, FORT LAUDERDALE, FL 33315

10924   TARMAC AMERICA INC, 2500 S.W 2ND AVENUE, FORT LAUDERDALE, FL 33315

10924   TARMAC AMERICA INC, 2500 S.W. 2ND AVENUE, FORT LAUDERDALE, FL 33315

10924   TARMAC AMERICA INC, 2575 W. AVOCADO AVE., MELBOURNE, FL 32935

10924   TARMAC AMERICA INC, 2725 INDUSTRIAL BLVD., VERO BEACH, FL 32960

10924   TARMAC AMERICA INC, 290 NW 171ST ST., MIAMI, FL 33169

10924   TARMAC AMERICA INC, 3111 N. MIAMI AVENUE, MIAMI, FL 33127

10924   TARMAC AMERICA INC, 333-27TH ST., ORLANDO, FL 32806

10924   TARMAC AMERICA INC, 405 MADISON AVE, DAYTONA BEACH, FL 32114

10924   TARMAC AMERICA INC, 407 SPRING GARDEN RD, DELAND, FL 32720

10924   TARMAC AMERICA INC, 4199 SELVITZ RD., FORT PIERCE, FL 34981

10925   TARMAC AMERICA INC, 455 FAIRWAY DRIVE, DEERFIELD BEACH, FL 33441

10924   TARMAC AMERICA INC, 710 N E 3RD AVE, OKEECHOBEE, FL 34972

10924   TARMAC AMERICA INC, 7355 S.W 48TH STREET, MIAMI, FL 33155

10924   TARMAC AMERICA INC, BLOCK PLANT, 11000 N.W. 121 ST., MIAMI, FL 33178

10924   TARMAC AMERICA INC, BUENA VISTA PLANT, MIAMI, FL 33127

10924   TARMAC AMERICA INC, CIDCO PARK, COCOA, FL 32926

10924   TARMAC AMERICA INC. (DEMACO), 4550 CLARK RD., SARASOTA, FL 34233

10924   TARMAC AMERICA INC., 1100 NW 121ST WAY, MIAMI, FL 33178

10924   TARMAC AMERICA INC., 1220 EASTPORT, JACKSONVILLE, FL 32218

10924   TARMAC AMERICA INC., 17400 PINES BLVD., PEMBROKE PINES, FL 33027

10924   TARMAC AMERICA INC., 200 N. FLAGLER, EDGEWATER, FL 32132

10924   TARMAC AMERICA INC., 215 W. BLACKSHEAR AVE., WAYCROSS, GA 31501

10924   TARMAC AMERICA INC., 2500 S.W.2ND AVENUE, FORT LAUDERDALE, FL 33315

10924   TARMAC AMERICA INC., 2575 W. AVOCADO AVE., MELBOURNE, FL 32935

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TARMAC AMERICA INC., 333 PARKRIDGE AVENUE, ORANGE PARK, FL 32065 | |
| 10924 | TARMAC AMERICA INC., 339 THORPE STREET, ORLANDO, FL 32824 | |
| 10924 | TARMAC AMERICA INC., 405 MADISON AVE., DAYTONA BEACH, FL 32114 | |
| 10924 | TARMAC AMERICA INC., 6557 GREENLAND ROAD, JACKSONVILLE, FL 32258 | |
| 10924 | TARMAC AMERICA INC., 7330 S. PHILLIPS HWY, JACKSONVILLE, FL 32216 | |
| 10924 | TARMAC AMERICA INC., 8907 12TH STREET, TAMPA, FL 33604 | |
| 10924 | TARMAC AMERICA INC., 9151 FAIRGROUNDS ROAD, WEST PALM BEACH, FL 33411 | |
| 10924 | TARMAC AMERICA INC., DUPLICATE SOLD TO ACCT***, 1385 HAMMONDVILLE RD., POMPANO BEACH, FL 33069 | |
| 10924 | TARMAC AMERICA INC., HOLLYWOOD BLVD., PEMBROKE PINES, FL 33029 | |
| 10924 | TARMAC AMERICA INC., MICCO PLANT, MICCO, FL 32958 | |
| 10924 | TARMAC AMERICA INC., REYNOLDS INDUSTRIAL PARK, GREEN COVE SPRINGS, FL 32043 | |
| 10924 | TARMAC AMERICA INC., S. HOLMES BLVD., SAINT AUGUSTINE, FL 32086 | |
| 10924 | TARMAC AMERICA INC., US 1 S OF WADSWORTH LUMBER, BUNNELL, FL 32110 | |
| 10924 | TARMAC AMERICA, 17237 E STATE RD 50, ORLANDO, FL 32817 | |
| 10924 | TARMAC AMERICA, 309 O'HARA LANE, NEWPORT NEWS, VA 23603 | |
| 10924 | TARMAC AMERICA, 317 RIP RAP ROAD, HAMPTON, VA 23669 | |
| 10924 | TARMAC AMERICA, 545 GEORGIA ST., COLUMBIA, SC 29201 | |
| 10925 | TARMAC AMERICA, INC, PO BOX 2016, NORFOLK, VA 23501 | |
| 10924 | TARMAC AMERICA, INC., (ORLANDO), 339 THORPE RD, TAFT, FL 32824 | |
| 10924 | TARMAC AMERICA, INC., 11955 N.W. 102ND ROAD, MEDLEY, FL 33166 | |
| 10924 | TARMAC AMERICA, INC., 1453 53RD ST., MANGONIA PARK, FL 33407 | |
| 10924 | TARMAC AMERICA, INC., 200 N FLAGLER AV FEC RR, EDGEWATER, FL 32132 | |
| 10924 | TARMAC AMERICA, INC., 23 SUMMIT RD., BROOKSVILLE, FL 34601 | |
| 10924 | TARMAC AMERICA, INC., ATTENTION: WAREHOUSE, 11000 N.W. 121 WAY, MEDLEY, FL 33178 | |
| 10924 | TARMAC AMERICA, INC., PENNSUCO COMPLEX, 11000 N.W.121 WAY, MEDLEY, FL 33178 | |
| 10924 | TARMAC INDUSTRIES, 169 PEGGY LANE, TYRONE, GA 30290 | |
| 10924 | TARMAC INDUSTRIES, 200 N. FLAGLER, EDGEWATER, FL 32032 | |
| 10924 | TARMAC MID ATLANTIC INC, 22963 CONCRETE PLAZA, STERLING, VA 22166 | |
| 10924 | TARMAC MID ATLANTIC INC, ROUTE 1, BOX 23-9, OAK GROVE, VA 22170 | |
| 10924 | TARMAC MID ATLANTIC, 761 WHEATON STREET, SAVANNAH, GA 31401 | |
| 10924 | TARMAC MID ATLANTIC, P.O. BOX 2459, RICHMOND, VA 23201 | |
| 10924 | TARMAC MID ATLANTIC, 1520 FINE ST., MCKENNEY, VA 23872 | |
| 10924 | TARMAC MID-ATLANTIC, 621 GEORGIA STREET, COLUMBIA, SC 29201 | |
| 10924 | TARMAC MID-ATLANTIC, INC., 10364 DESIGN ROAD, ASHLAND, VA 23005 | |
| 10924 | TARMAC MID-ATLANTIC, INC., 2125 KIMBALL TERRACE, NORFOLK, VA 23504 | |
| 10924 | TARMAC MID-ATLANTIC, INC., 22963 CONCRETE PLAZA, STERLING, VA 20166 | |
| 10924 | TARMAC MID-ATLANTIC, INC., BYRAN PARK PLT, RICHMOND, VA 23230 | |
| 10924 | TARMAC MID-ATLANTIC, INC., CHAUTAUQUA AVE., PORTSMOUTH, VA 23707 | |
| 10924 | TARMAC MID-ATLANTIC, INC., HOLCOMB AVE., PORTHMOUTH NAVAL HOSPITAL, NORFOLK, VA 23508 | |
| 10924 | TARMAC MID-ATLANTIC, INC., P O BOX 2459, RICHMOND, VA 23201 | |
| 10924 | TARMAC MID-ATLANTIC, INC., ROUTE 2-17, FREDERICKSBURG, VA 22408 | |
| 10924 | TARMAC MID-ATLANTIC, INC., ROUTE 606, STERLING, VA 20166 | |
| 10924 | TARMAC MID-ATLANTIC, P.O. BOX 1747, ASHLAND, VA 23005 | |
| 10924 | TARMAC OF AMERICA INC, U.S. 1 & MONTERREY ROAD, STUART, FL 34994 | |
| 10925 | TARMAC OF FLORIDA, 11000 NW 121ST ST, MEDLEY, FL 33178 | |
| 10924 | TARMAC OF FLORIDA, 1151 AZALEA GARDEN ROAD, NORFOLK, VA 23502 | |
| 10924 | TARMAC OF FLORIDA, 2500 SW 2ND AVE, FORT LAUDERDALE, FL 33315 | |
| 10924 | TARMAC OF FLORIDA, P O BOX 8648, DEERFIELD BEACH, FL 33441 | |
| 10924 | TARMAC VIRGINIA,INC., PO BOX 2006, WAYCROSS, GA 31501 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TARMAC VIRGINIA,INC., PO BOX2459, RICHMOND, VA 23201 | |
| 10924 | TARMAC, 111 OVERSEAS HWY, KEY WEST, FL 33040 | |
| 10924 | TARMAC, 1700 DARBEY TOWN RD, RICHMOND, VA 23231 | |
| 10924 | TARMAC, 1700 DARBEY TOWN RD., RICHMOND, VA 23231 | |
| 10924 | TARMAC, 3900 SHANNON ST., CHESAPEAKE, VA 23324 | |
| 10924 | TARMAC-CAROLINAS INC., 115 W. 13TH ST., ROANOKE RAPIDS, NC 27870 | |
| 10924 | TARMAC-CAROLINAS INC., PO BOX 2015, ROANOKE RAPIDS, NC 27870 | |
| 10924 | TARMAC-MID ATLANTIC, 545 GEORGIA ST, COLUMBIA, SC 29201 | |
| 10924 | TARMAC-MID ATLANTIC, P O BOX 2016, NORFOLK, VA 23501 | |
| 10924 | TARMAC-MID ATLANTIC, PO BOX 1747, ASHLAND, VA 23005 | |
| 10924 | TARMAC-MID ATLANTIC, PO BOX 70006, CHARLESTON, SC 29405 | |
| 10924 | TARMAC-MIDATLANTIC, 2750 AZALEA DRIVE, CHARLESTON, SC 29405 | |
| 10924 | TARMAC-MIDATLANTIC, P.O. BOX 70006, CHARLESTON, SC 29405 | |
| 10924 | TARMAC-VIRGINIA, PO BOX2016, NORFOLK, VA 23501 | |
| 10925 | TARNE, PHIL, 2305 RUTLEDGE WAY, STOCKTON, CA 95207 | |
| 10925 | TAROLA, ROBERT, 8550 LEISURE HILL DR, BALTIMORE, MD 21208 | |
| 10925 | TARPLEY, JAMES, RT 3 BOX 24G, MERKEL, TX 79536 | |
| 10925 | TARPLEY, JENNA, 2402 FAIN, WICHITA FALLS, TX 76308 | |
| 10925 | TARPLEY, TROY, ROUTE 1 BOX 248, SASAKWA, OK 74867 | |
| 10925 | TARPON INVESTORS LP, ., NEW YORK, NY 10017 | |
| 10925 | TARR, ERIC, 29 ELM ST, GLOUCESTER, MA 01930 | |
| 10925 | TARR, JOHN, 15118 STILLCREEK DR., HOUSTON, TX 77070 | |
| 10925 | TARR, JUANITA, 4009 KANAWHA TPKE, SOUTH CHARLESTON, WV 25309 | |
| 10925 | TARR, ROBERT, 1015 CHERRY LANE, LAKELAND, FL 33811-8859 | |
| 10925 | TARR, WAYNE, 7 CHARLTON ST, EVERETT, MA 02149 | |
| 10925 | TARR, WAYNE, POBOX 540, WAKEFIELD, MA 01880 | |
| 10924 | TARRANT CNTY WATER CONTROL, AND IMPROVEMENT DISTRICT #1, FORT WORTH, TX 76102 | |
| 10925 | TARRANT COUNTY CLERK OFFICE, 100 WEST WEATHERFORD, FORT WORTH, TX 76196 | |
| 10924 | TARRANT COUNTY WATER DISTRICT, ROUTE 1 BOX 175, TRINIDAD, TX 75163 | |
| 10924 | TARRANT COUNTY WATER, CONTROL IMPROV DICT #1, FORT WORTH, TX 76164 | |
| 10924 | TARR'S READY MIX CONCRETE, 45 ARDEN RD, WASHINGTON, PA 15301 | |
| 10924 | TARR'S READY MIX CONCRETE, 45 ARDEN ROAD, WASHINGTON, PA 15301 | |
| 10925 | TARS & STRIPES, 304 WHITE HORSE PIKE, WATERFORD WORKS, NJ 08089 | |
| 10925 | TARTAGLIA, LYNN, RT 3 BOX 165, GATESVILLE, TX 76528 | |
| 10925 | TARTAL, MICHAEL, 12295 WAKE FOREST RD, CLARKSVILLE, MD 21029 | |
| 10925 | TARTAN CONSULTING, 8401 ESTERO BLVD, #505, FORT MYERS BEACH, FL 33931 | |
| 10925 | TARTER, CHARLES, 3321 CUTHBERT, MIDLAND, TX 79702 | |
| 10925 | TARTER, PETER, 41 TREMONT ST, REHOBOTH, MA 02769 | |
| 10925 | TARTER, WALTER, PO BOX 37, ORE CITY, TX 75683 | |
| 10925 | TAR-VEL ROOFING CO, 1631 HYDE PARK AVE, HYDE PARK, MA 02136 | |
| 10925 | TARVER, PATRICK, 7632 SOUTHSIDE BLVD, 162, JACKSONVILLE, FL 32256 | |
| 10925 | TARVER-MORROW, SYLVIA, 2020 S. SAN JOSE DR., TUCSON, AZ 85713 | |
| 10925 | TARWATER, IOLA, 1721 E GROVE AVE, MESA, AZ 85204 | |
| 10925 | TASCIONE, STEPHEN, 1434 CARROLL BROWN WAY, WESTCHESTER, PA 19382 | |
| 10925 | TASCO CONSTRUCTION INC, 92 STONY BROOK RD, BELMONT, MA 02178 | |
| 10925 | TASH INDUSTRIAL DESIGN ENGINEERING, 35276 ROCKWELL DR, ABBOTSFORD, BC V3G 2C9CANADA | *VIA Deutsche Post* |
| 10925 | TASSI JT TEN, JOSEPH D & GLORIA, 1355 WINONA DR, SAN JOSE, CA 95125-3981 | |
| 10925 | TASSIN, FORREST, 6126 HARNESS ROAD, BATON ROUGE, LA 70817 | |
| 10925 | TASSIN, KENNETH, 1208 GIBB, HOUMA, LA 70363 | |
| 10925 | TASSONE, RICHARD, 2650 CALAVERAS DRIVE, VAL PARAISO, IN 46383 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 TASTO, JOSEPH, 13005 LINDEN CHURCH ROAD, CLARKSVILLE, MD 21029

10925 TATARIAN, CHARLES, 21350 VIA DEL PARQUE, YORBA LINDA, CA 92887

10925 TATASEO, DONALD, 147 LONG POINTE DR., MARY ESTER, FL 32569

10925 TATCHELL, SARA, 4022 COUNCIL CREST, MADISON, WI 53711

10924 TATE ACCESS FLOORS INC, PO BOX 278, JESSUP, MD 20794

10924 TATE ACCESS FLOORS, 7155 A MONTEVIDEO RD., JESSUP, MD 20794

10924 TATE ACCESS FLOORS, P.O. BOX 278, JESSUP, MD 20794

10925 TATE ANDALE CANADA, LTD, FELCO INDUSTRIES, CONCORD, ON L4K 1L3CANADA   *VIA Deutsche Post*

10924 TATE ANDALE, INC., 1941 LANSDOWNE ROAD, HALETHORPE, MD 21227

10925 TATE ENGINEERING SYSTEMS, INC, 1560 CATON CENTER DR., BALTIMORE, MD 21227

10925 TATE METALWORKS, INC, PO BOX 171, SPARTANBURG, SC 29304-0171

10925 TATE, BOBBY, 111 LINDEN AVE, IRVINGTON, NJ 07111

10925 TATE, CHARLES, 615 GLOUCESTR FRRY RD, GREENVILLE, SC 29607

10925 TATE, CLARENCE, 112 MAPLE ST, NEW IBERIA, LA 70560-1024

10925 TATE, DARREN, 8525 TOBIAS AVE., 279, PANORAMA CITY, CA 91402

10925 TATE, DEBORAH, 425 RICHMOND AVE, BURLINGTON, NC 27215

10925 TATE, DONNA, 102 TRAFALGAR SQ APT 1, LOUISVILLE, KY 40218

10925 TATE, JAMES, 1109 SARAH ANN ST, BALTIMORE, MD 21223

10925 TATE, LARRY, 3771 BERRYS MILL ROAD, GREER, SC 29651-8817

10925 TATE, MARIO, 5 GREENWICH ST, BOSTON, MA 02120

10925 TATE, MARVIN, 350 KIRBY TATE ROAD, SOUTH PITTSBURG, TN 37380

10925 TATE, MERCELL K, CUST FOR CAMERON J TATE, UNIF GIFT MIN ACT PA, 216 SPRINGDALE RD, VENETIA, PA 15367-1320

10925 TATE, MERCHELL K, CUST FOR CALYN M TATE, UNIF GIFT MIN ACT PA, 216 SPRINGDALE RD, VENETIA, PA 15367-1320

10925 TATE, MERCHELL K, CUST FOR CRAIG C TATE, UNIF GIFT MIN ACT PA, 216 SPRINGDALE RD, VENETIA, PA 15367-1320

10925 TATE, MOLETA, 600 POWDERSVILLE RD #13, EASLEY, SC 29640

10925 TATE, PHILLIP, 1520 ELLIOTT AVE, JEFFERSONVILLE, IN 47130

10925 TATE, RICHARD, 10 OLD DUTCH ROAD, HARLEYSVILLE, PA 19438

10925 TATE, RONALD, 2106 CAMERON DRIVE APT. 2A, BALTIMORE, MD 21222

10925 TATE, SONJA, 1513 S.E. 7TH, MOORE, OK 73160

10925 TATE, SUNNY, 7088 SOLOMON SEAL CT, SPRINGFIELD, VA 22152

10925 TATEMETAL WORK, PO BOX 171, SPARTANBURG, SC 29304

10925 TATLONGHARI, JOEY, 15619 SIERRA VALLE, HOUSTON, TX 77003

10925 TATLONGHARI, MERCEDES, 7623 LORO LINDA DR, HOUSTON, TX 77083

10925 TATMAN TRANSPORTATION, 212 E. TOWNSHIP AVE., CINCINNATI, OH 45216

10925 TATOM, GARY, 208 WEST EMERALD, IOWA PARK, TX 76367

10925 TATOM, MISTY, 201 S. JACKSON AVE., IOWA PARK, TX 76367

10925 TATRO, CLAYTON, 42 PROSPECT ST, NORTH ADAMS, MA 01247

10925 TATRO, MARY, 25833 W LANEVILLE DR, INGLESIDE, IL 60041-9683

10925 TATRO, SCOTT, 155 W HOUSATONIC ST, PITTSFIELD, MA 01201

10925 TATRO, SHAWN, 103 MAIN ST, 606, N ADAMS, MA 01247

10925 TATSUMORI USA INC, 666 FIFTH AVE 37TH FL, NEW YORK, NY 10103

10925 TATUM JR, RONALD E, 1314 VALLEY ROAD, SOUTH HILL, VA 23970-1020

10925 TATUM, JEANNINE, 3202 W BELL RD, PHOENIX, AZ 85023

10925 TATUPU, FIALOGO, PO BOX 1323, VENTURA, CA 93002

10925 TAUB, KARL, 106 HIBBERT ST., ARLINGTON, MA 02476

10925 TAUBER, RICHARD, 3653 KOOTENAI RIVER ROAD, LIBBY, MT 59923

10925 TAUBER, RICHARD, 3653 KOOTENAI RIVER ROAD, LIBBY, MT 59923-9998

10925 TAUER, THOMAS, 5731 ARIEL, HOUSTON, TX 77096-2105

10925 TAULBEE, DONALD, 10612 FOIX AVE NORWALK CA, NORWALK, CA 90650

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TAULBEE, JACK, 41 ETOWAH DR, GREENVILLE, SC 29611 | |
| 10925 | TAULBEE, KAREN, PO BOX 863, FERNLEY, NV 89408 | |
| 10925 | TAULTON, VICTOR, 1208 REDWOOD # D, ANDREWS, TX 79714 | |
| 10925 | TAUSCHEK, MARK, 4902 E RONSMAN RD, NEW FRANKIN, WI 54229-9720 | |
| 10925 | TAUSEK JT TEN, WILLIAM J & ROBERT W, 3328 E TURNEY AVE, PHOENIX, AZ 85018-3955 | |
| 10925 | TAUZIN, RICHARD, 211 LIVE OAK LANE, NEW IBERIA, LA 70560 | |
| 10925 | TAUZIN, TOD, 1786 NEWMAN DR., ORLANDO, FL 32807 | |
| 10925 | TAUZIN, TROY, 7608 DANIELLE RD., NEW IBERIA, LA 70560 | |
| 10925 | TAVARES, IMBERTO, 12111-1/2 215TH ST., HAWAIIAN GARDENS, CA 90716 | |
| 10925 | TAVARES, SAUL, 128 FREMONT ST, TAUNTON, MA 02780 | |
| 10925 | TAVASSO-EVERETT, GWYN, RT. 1 BOX 489, GREENVILLE, NC 27834 | |
| 10925 | TAVASSOLI, MEHRANGIZ, 149 BERKELEY ST, W.NEWTON, MA 02165 | |
| 10925 | TAVASSOLI, REZA, 149 BERKELEY ST, W NEWTON, MA 02165 | |
| 10925 | TAVENEY, BRYAN, PO BOX 12065, LAKE CHARLES, LA 70612 | |
| 10925 | TAVENEY, JANIE, PO BOX 5054, LAKE CHARLES, LA 70606 | |
| 10925 | TAVIK SR, WILLIAM, 5640 UTRECHT ROAD HOLLAND HILL, BALTIMORE, MD 21206 | |
| 10925 | TAVIS CORPORATION, 3636 HWY 49 SOUTH, MARIPOSA, CA 95338 | |
| 10925 | TAVOLETTI, MELBA, MOMENCE MEADOWS HEALTH CENTER 500 S. WALNUT, MOMENCE, IL 60954 | |
| 10925 | TAW, POBOX 521950, MIAMI, FL 33152-1950 | |
| 10924 | TAWAS TOOL, INC., 23461 INDUSTRIAL PARK DRIVE, FARMINGTON HILLS, MI 48331 | |
| 10924 | TAWAS TOOL, INC., 756 N. ALERIGH, EAST TAWAS, MI 48730 | |
| 10924 | TAWAS TOOL, INC., PO BOX376, FARMINGTON HILLS, MI 48332 | |
| 10925 | TAWFILIS, MAMDOUH, 2123 TIFFANY TR., LITHONIA, GA 30058 | |
| 10925 | TAX ANALYSTS, 6830 NORTH FAIRFAX DRIVE, ARLINGTON, VA 22213 | |
| 10925 | TAX ASSESSOR COLLECTOR, JEAN WHITESIDE, RM 211 COURTHOUSE, CARTHAGE, TX 75633 | |
| 10925 | TAX ASSESSOR COLLECTOR, PO BOX 620088, DALLAS, TX 75262-0088 | |
| 10925 | TAX ASSESSOR/COLLECTOR, | |
| 10925 | TAX ASSESSOR/COLLECTOR, PO BOX 99004, EL PASO, TX 79999-9004 | |
| 10925 | TAX COLLECTOR MULTNOMAH COUNTY, POBOX 2716, PORTLAND, OR 97208-2716 | |
| 10925 | TAX COLLECTOR OF DEKALB COUNTY, PO BOX 1088, DECATUR, GA 30031-1088 | |
| 10925 | TAX COLLECTOR OF JERSEY CITY, 280 GROVE ST ROOM 101, JERSEY CITY, NJ 07302 | |
| 10925 | TAX COLLECTOR PALM BEACH COUNTY, PO BOX 3715, WEST PALM BEACH, FL 33402-3715 | |
| 10925 | TAX COLLECTOR PALM BEACH, VEHICLE REGISTRATION DEPT, WEST PALM BEACH, FL 33401 | |
| 10925 | TAX COLLECTOR- TOWN OF BROOKLYN,CT, PO BOX 253, BROOKLYN, CT 06234 | |
| 10925 | TAX COLLECTOR, | |
| 10925 | TAX COLLECTOR, 12 SECOND ST, PRESQUE ISLE, ME 04769-2459 | |
| 10925 | TAX COLLECTOR, 28 FEDERAL ST, BRUNSWICK, ME 04011 | |
| 10925 | TAX COMMISSIONER, COURTHOUSE ANNEX 3, 1ST FL, JONESBORO, GA 30236 | |
| 10925 | TAX COMMISSIONERS OFFICE, 141 PRYOR ST S.W., ATLANTA, GA 30303-3446 | |
| 10925 | TAX EXECUTIVE INSTITUTE, 100 N W 12 AVE, DEERFIELD BEACH, FL 33443 | |
| 10925 | TAX EXECUTIVES INSTITUTE, PO BOX 96129, WASHINGTON, DC 20090-6129 | |
| 10925 | TAX HOTLINE, BOX 58454, BOULDER, CO 80322 | |
| 10925 | TAXATION & REVENUE DEPT, PO BOX 1743, MONROE, LA 71210 | |
| 10925 | TAXATION AND REVENUE DEPT, PO BOX 1743, MONROE, LA 71210 | |
| 10924 | TAXEXEMPT, C/O, PT SEROJA BUMIPERSADA, 0IDN | *VIA Deutsche Post* |
| 10925 | TAXWARE INTERNATIONAL INC, 27 CONGRESS ST, SALEM, MA 01970 | |
| 10925 | TAXWARE INTERNATIONAL INC, PO BOX 9421, BOSTON, MA 02209-9421 | |
| 10925 | TAXWARE INTERNATIONAL, INC, PO BOX 9421, BOSTON, MA 02209-9421 | |
| 10925 | TAXWOOD ENGINEERING LTD, 345 RUISLIP ROAD SOUTHALL, MIDDLESEX, UBI 2QXUNITED KINGDOM | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TAY, ESQ, DERRICK, AND MEIGHEN DEMERS, MERRILL LYNCH CANADA TWR #1100, BOX 11 200 KING ST W, TORONTO, ON M5H 3T4CANADA | *VIA Deutsche Post* |
| 10925 | TAYBURN, CAROLYN, 506 N POLLARD ST # 14, ARLINGTON, VA 22203 | |
| 10925 | TAYLLOR CIRE, ONE ALLEN CENTER, 500 DALLAS SUITE 3400, HOUSTON, TX 77002 | |
| 10925 | TAYLOR ANDERSON & TRAVERS, 75 FEDERAL ST, BOSTON, MA 02110 | |
| 10924 | TAYLOR CLAY PRODUCTS, HWY. 29 & PEELER ROAD, SALISBURY, NC 28144 | |
| 10924 | TAYLOR CONCRETE PRODUCTS, 20475 OLD ROME STATE RD, WATERTOWN, NY 13601 | |
| 10924 | TAYLOR CONCRETE PRODUCTS, 20475 OLD ROME STATE RD., WATERTOWN, NY 13601 | |
| 10924 | TAYLOR CONCRETE PRODUCTS, BOX 154, ROUTE 1, WATERTOWN, NY 13601 | |
| 10924 | TAYLOR ELECTRIC SUPPLY, P.O. BOX 14745, PORTLAND, OR 97214 | |
| 10925 | TAYLOR ENTERPRISES, PO BOX 6385, SPARTANBURG, SC 29304 | |
| 10925 | TAYLOR FLOORS & INTERIORS, 3701 MAPLEWOO DRIVE, SULPHUR, LA 70663 | |
| 10924 | TAYLOR GREEN READY MIX CO, PO BOX 177, CAMPBELLSVILLE, KY 42719 | |
| 10925 | TAYLOR II, EDWARD, 408 E. ROMAN ST, RALEIGH, NC 27609 | |
| 10925 | TAYLOR INSTRUMENT CO, 15 SPINNING WHEEL RD, HINSDALE, IL 60521 | |
| 10925 | TAYLOR JR, ROOSEVELT, 13106 CHISWICK ROAD, HOUSTON, TX 77047 | |
| 10925 | TAYLOR JR., DAN, 1185 MOUNTAIN CREEK RD, 1601, CHATTANOOGA, TN 37405-1657 | |
| 10925 | TAYLOR JT TEN, ALAN DENNIS & BARBARA JANET, 28130 AMBERGATE DR, RANCHO PALOS VERDES, CA 90275-2906 | |
| 10925 | TAYLOR JT TEN, ARNOLD & AMELIA CARMEL, 4415-4TH AVE, SACRAMENTO, CA 95817-3024 | |
| 10925 | TAYLOR MADE BUSINESS PRODUCTS LTD, C.O CHARLES B. TAYLOR, 2101 VALLEY VIEW LANE SUITE 120, DALLAS, TX 75234 | |
| 10924 | TAYLOR MIDDLE SCHOOL, 304 CARLOS PARKER BLVD, TAYLOR, TX 76574 | |
| 10924 | TAYLOR PRECAST, 840 WEST AVE, DELAND, FL 32720 | |
| 10924 | TAYLOR PRECAST, HWY. #17, GREEN COVE SPRINGS, FL 32043 | |
| 10924 | TAYLOR PRECAST, P O BOX 368, GREEN COVE SPRINGS, FL 32043 | |
| 10924 | TAYLOR PRECAST, P.O.BOX 368, GREEN COVE SPRINGS, FL 32043 | |
| 10925 | TAYLOR PRODUCTS CO INC, 2205 JOTHI AVE, PARSONS, KS 67357 | |
| 10925 | TAYLOR PRODUCTS CO, INC, 2205 JOTHI AVE, PARSONS, KS 67357 | |
| 10925 | TAYLOR PRODUCTS CO, INC, 227 NW CENTAL AVE., AMITE, LA 70422 | |
| 10924 | TAYLOR READY MIX, 6108 US ROUTE 152, WAYNE, WV 25570 | |
| 10924 | TAYLOR READY MIX, P. O. BOX 545, WAYNE, WV 25570 | |
| 10924 | TAYLOR REDI MIX, 1309 PATTON CREEK RD, WAYNESBORO, MS 39367 | |
| 10924 | TAYLOR REDI MIX, 28 TAYLOR CIRCLE, LAUREL, MS 39443 | |
| 10925 | TAYLOR RENTAL CENTER, 114 N W 20TH ST, BOCA RATON, FL 33431 | |
| 10925 | TAYLOR RENTAL, 1406 MASSACHUSETTS AVE, ARLINGTON, MA 02476 | |
| 10925 | TAYLOR RENTAL, 2060 YORK RD., TIMONIUM, MD 21093 | |
| 10924 | TAYLOR ROAD SUPPLY CO, INC, DBA: TOP CAT CONCRETE, WESTERVILLE, OH 43081 | |
| 10925 | TAYLOR SELF STORAGE, 94 NEW SALEM ST, WAKEFIELD, MA 01880 | |
| 10925 | TAYLOR SMITH, FRANCINE, 1644 W 107TH ST 4, LOS ANGELES, CA 90047-4442 | |
| 10925 | TAYLOR SR., LLOYD, 735 CAROLYN LANE, CHARLOTTE, NC 28213-4518 | |
| 10924 | TAYLOR TECHNOLOGIES, INC., 31 LOVETON CIRCLE, SPARKS GLENCOE, MD 21152 | |
| 10925 | TAYLOR, AGNES, RT. 1 BOX 411-AA, WATERLOO, SC 29384 | |
| 10925 | TAYLOR, ALAN D, 28130 AMBERGATE DR, RANCHO PALOS VERDES, CA 90275-2906 | |
| 10925 | TAYLOR, ALICE, 3201 DONNELLY, FORT WORTH, TX 76107 | |
| 10925 | TAYLOR, ALLAN, 675 POWDER SPGS ST, HIRAM, GA 30141 | |
| 10925 | TAYLOR, ALLEN, 1639 SUMNER TERRACE, WICHITA FALLS, TX 76304 | |
| 10925 | TAYLOR, ALTON, ROUTE 4 BOX 340, SIMPSONVILLE, SC 29681-9804 | |
| 10925 | TAYLOR, AMY, 4939 NISBET DRIVE, MACON, GA 31206 | |
| 10925 | TAYLOR, AMY, RT.2, BOX 1334, CHOUDRANT, LA 71227 | |
| 10925 | TAYLOR, ANDREA, 139-21 86 AVE, BRIARWOOD, NY 11435 | |
| 10925 | TAYLOR, ANDREW, 2 LINFIELD CT, SIMPSONVILLE, SC 29681 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TAYLOR, ANN, 603 PLYMOTH RD, BALTIMORE, MD 21229

10925   TAYLOR, ANTHONY, 15338 BEDFORD GLEN, CHANNELVIEW, TX 77530

10925   TAYLOR, AUDREY, 5458 NORTH MICHIGAN ROAD, #8B, INDIANAPOLIS, IN 46208

10925   TAYLOR, BEN, 601 ADAMS MILL ROAD, SIMPSONVILLE, SC 29681

10925   TAYLOR, BENITA, 3101 FOREST PARK, ROANOKE, VA 24017

10925   TAYLOR, BERNADETTE, 1031 A SHERWOOD DR, DURHAM, NC 27705

10925   TAYLOR, BETTY, 1339 SOUTH VIEW DR., OXON HILL, MD 20745

10925   TAYLOR, BETTY, 3901 W GEORGIA RD, PELZER, SC 29669-9710

10925   TAYLOR, BEVERLY, 4934 MARLBROOK CT, TRINITY, NC 27370

10925   TAYLOR, BOBBY, 408 HIGHTOWER, SONORA, TX 76950

10925   TAYLOR, BRADLEY D, 701 S. KANSAS, OLATHE, KS 66061

10925   TAYLOR, BRADLEY, 915 WEST FOREST DR., OLATHE, KS 66061

10925   TAYLOR, BRENT, 118 BROADMEADOWS, COLUMBUS, OH 43214

10925   TAYLOR, BRIAN, 802 STARBOARD COURT, GARDEN CITY, SC 29576

10925   TAYLOR, BYRON, 8341 SUMMER CREEK COURT, SACRAMENTO, CA 95828

10925   TAYLOR, CARMELITA, 1394 HATCH COVEN CR, JONESBORO, GA 30236

10925   TAYLOR, CAROL, 2305 HERMITAGE WAY #329, SPEEDWAY, IN 46224

10925   TAYLOR, CAROL, 4011 S. RENELLIE DR, TAMPA, FL 33611

10925   TAYLOR, CARROLL, 2520 PLANTATIN RD., HARRISBURG, NC 28075

10925   TAYLOR, CASEY, RT 2, BOX 255R, WILBURTON, OK 74578

10925   TAYLOR, CHARLES, PO BOX 811, PRENTISS, MS 39474

10925   TAYLOR, CHARLES, ROUTE 1 BOX 128, WELDON, IA 50264

10925   TAYLOR, CHRISTOPHER, 104 SPRINGSIDE DRIVE, TIMONIUM, MD 21093

10925   TAYLOR, CHRISTOPHER, 49 MARY ST, ARLINGTON, MA 02174

10925   TAYLOR, CHRISTOPHER, 7438 HICKORY ROAD, PETERSBURG, VA 23803

10925   TAYLOR, CLAUDIA, 3009 LUDGATE TRAIL, FAYETTEVILLE, NC 28306

10925   TAYLOR, CLYDE, PO BOX 263, WOODRUFF, SC 29388-0263

10925   TAYLOR, CM, 3949 M ST APT F, SACTO, CA 95819

10925   TAYLOR, CORA NELL, 608 S ILLINOIS, WESLACO, TX 78596

10925   TAYLOR, CYNTHIA, 235 DONINGTON DRIVE, GREENVILLE, SC 29615

10925   TAYLOR, CYNTHIA, 859 MAJESTIC, HEWITT, TX 76643

10925   TAYLOR, D, 106 HIGH WEST DR., LENOIR, NC 28645

10925   TAYLOR, D, 72A ROCKY SPRINGS RD, BEECH BLUFF, TN 38313

10925   TAYLOR, DANIEL, 1045 GEORGE GUILBEAU RD., ARNAUDVILLE, LA 70512

10925   TAYLOR, DANIEL, 2032 W 3RD ST, CRAIG, CO 81625

10925   TAYLOR, DANIEL, N78 W15383 ROSEWOOD, MENOMONEE FALLS, WI 53051

10925   TAYLOR, DANNY, 3500 TREVINO DR, HOBBS, NM 88240

10925   TAYLOR, DANYELLE, 542 WARREN ST, DORCHESTER, MA 02121

10925   TAYLOR, DARRELL, 12 HACKBERRY ST, SIMPSONVILLE, SC 29680

10925   TAYLOR, DARRELL, 936 ROLLING HILLS LA, NEWMAN, GA 30263

10925   TAYLOR, DARYL, RT 3 BOX 233, LINDSAY, OK 73052

10925   TAYLOR, DAVID, 575 SHADWOWOOD LN, 222, TITUSVILE, FL 32780

10925   TAYLOR, DAVID, 930 COMMONS DRIVE, SACRAMENTO, CA 95825

10925   TAYLOR, DAWN, 3213 HALIFAX DR., INDIANAPOLIS, IN 46222

10925   TAYLOR, DAWN, 9608 SOUTH YATES, CHICAGO, IL 60617

10925   TAYLOR, DEAN, 32 CROSS ST, LAKEVILLE, MA 02346

10925   TAYLOR, DEBORAH, 961 N. ROSE ST., ESCONDIDO, CA 92027

10925   TAYLOR, DELOIS, 732 HAZEL ST, LOUISVILLE, KY 40211

10925   TAYLOR, DENA, 5280 CEDAR LANE, COLUMBIA, MD 21044

10925   TAYLOR, DENISE, 49 PAGE RD, BEDFORD, MA 01730

10925   TAYLOR, DENNIS, 615 PLEASANT MANOR, BURLESON, TX 76028

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TAYLOR, DEVAH, 106B EAST COTTONWOOD, MIDLAND, TX 79705

10925   TAYLOR, DEVAH, 4700 BOULDER DRIVE#502, MIDLAND, TX 79707

10925   TAYLOR, DONALD, 5512 CASTLE HILL RD, SNOWHILL, MD 21863-0000

10925   TAYLOR, DONNA, 132 OYSTER CREEK DR, LAKE JACKSON, TX 77566-4110

10925   TAYLOR, DORA, PRESBYTERIAN VILLAGE 550 ANN ARBOR, DALLAS, TX 75216

10925   TAYLOR, DUANE, BARTON & GILMAN, 111 DEVONSHIRE ST, BOSTON, MA 02109

10925   TAYLOR, DUDLEY, 13020 MANOR ROAD, GLEN ARM, MD 21057

10925   TAYLOR, EDDIE, 14703 ALMOND LAKE, HOUSTON, TX 77047

10925   TAYLOR, EDNA, 141 NORTH PARK DRIVE, SPARTANBURG, SC 29302

10925   TAYLOR, ELIZABETH, 1 ST FRANCIS PALCE 3909, SAN FRANCISCO, CA 94107

10925   TAYLOR, ELIZABETH, 6492 DRAKE MANOR S.W, AUSTELL, GA 30001

10925   TAYLOR, ELVIE, 2321 HUNTSMAN WAY, ANTIOCH, CA 94509

10925   TAYLOR, ERIC, 501 ENCLAVE TRL, SEVERNA PARK, MD 21146

10925   TAYLOR, EVERETT, 1925 VALLEY LANE, CUMMING, GA 30130

10925   TAYLOR, FAUSTINA A, 27165 SW 144TH AVE, NARANJA, FL 33032-7595

10925   TAYLOR, FLORA, PO BOX 5391, LAKELAND, FL 33807-5391

10925   TAYLOR, FLORENCE, 48 FLINT ST, LYNN, MA 01905-1609

10925   TAYLOR, FORREST, 4005 WHITTIER DRIVE, OWENSBORO, KY 42303

10925   TAYLOR, G RHEA, 108 ORCHARD DRIVE, MAUMELLE, AR 72113

10925   TAYLOR, G RHEA, 108 ORCHID DRIVE, MAUMELLE, AR 72113

10925   TAYLOR, GAIL, 52 BAILEY ST, STOUGHTON, MA 02072

10925   TAYLOR, GLORIA, 7003 LANCELOT LN., SMYRNA, GA 30080

10925   TAYLOR, HAROLD, 33 MEADOW ROAD, QUAKERTOWN, PA 18951

10925   TAYLOR, HILDERGARD, HILDEGARD TAYLOR, NEWTON, IL 62448

10925   TAYLOR, JAMES, 122 GREENRIDGE CIR, LEAGUE CITY, TX 77573

10925   TAYLOR, JAMES, 211 PASTURE RD, GRAY COURT, SC 29645

10925   TAYLOR, JAMES, 2517 COTTAGE HILL DRIVE, ORANGE, CA 92867

10925   TAYLOR, JAMES, 3343 HWY 57, DE PERE, WI 54115

10925   TAYLOR, JAMES, 733 TURNPIKE ST, NORTH ANDOVER, MA 01845

10925   TAYLOR, JAMES, 917 DARIEN DRIVE, MADISON, WI 53717

10925   TAYLOR, JAMES, PO BOX 449, GARYSBURG, NC 27831

10925   TAYLOR, JAN, 22863 BARRISTER DR, BOCA RATON, FL 33433

10925   TAYLOR, JANET, 22-08 RT 208 SOUTH, FAIRLAWN, NJ 07410

10925   TAYLOR, JANETTE, 7621 OAK BLUFF DRIVE, DALLAS, TX 75240-2823

10925   TAYLOR, JAQUELINE, 139 WOODLAND DRIVE, MARTINEZ, GA 30907

10925   TAYLOR, JASON, 151 CENTURY DR #123F, GREENVILLE, SC 29607

10925   TAYLOR, JASON, 1885 WOODHAVEN LANE, SPARKS, NV 89434

10925   TAYLOR, JAY, 4501 FAIRLANE DRIVE, CEDAR RAPIDS, IA 52402

10925   TAYLOR, JEAN, 7 WOODMOOR DRIVE, SILVER SPRING, MD 20901

10925   TAYLOR, JEFF, 1245 13TH ST ,NW #512, WASHINGTON, DC 20555

10925   TAYLOR, JENNIFER, 100 FISH ST, 1, WAUNAKEE, WI 53528

10925   TAYLOR, JENNIFER, 1241 CASAGRANDE, AMARILLO, TX 79118

10925   TAYLOR, JENNIFER, 3252 GRACE ST NW, WASHINGTON, DC 20007

10925   TAYLOR, JENNIFER, 692 9TH PLACE, VERO BEACH, FL 32960

10925   TAYLOR, JENNIFER, 9730 BAIRD RD, SHREVEPORT, LA 71118

10925   TAYLOR, JIMMIE, 3187 DIALS CHURCH RD, GRAY COURT, SC 29645

10925   TAYLOR, JOANNA, RT 2 BOX 343, RICEVILLE, TN 37370

10925   TAYLOR, JOE, PO BOX 475, LINDSAY, OK 73052

10925   TAYLOR, JOHANNA, 1519 S. BONHAM, AMARILLO, TX 79102

10925   TAYLOR, JOHN, 17840 LALIMA LANE, FOUNTAIN VALLEY, CA 92708

10925   TAYLOR, JOHN, 1800 HOLLINS ST. APT 327 W., BALTIMORE, MD 21223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TAYLOR, JOHN, 539 HAWTHORNE AVE, WOODRUFF, SC 29388-2315 | |
| 10925 | TAYLOR, JOHN, 829 MOSS ST, READING, PA 19604 | |
| 10925 | TAYLOR, JOHNNIE, 4726 LOTUS, HOUSTON, TX 77045-3122 | |
| 10925 | TAYLOR, JOHNNY, PO BOX 203, BON SECOUR, AL 36511 | |
| 10925 | TAYLOR, JUANITA, 506 SHEARMAN ST, WILMINGTON, DE 19801 | |
| 10925 | TAYLOR, JUDY, PO BOX 212, HWY. 442, TICKFAW, LA 70466 | |
| 10925 | TAYLOR, KAREN, PO BOX 1371, WINNFIELD, LA 71483 | |
| 10925 | TAYLOR, KATHLEEN, 118 FARRWOOD DRIVE, BRADFORD, MA 01835 | |
| 10925 | TAYLOR, KATHY, 2107 SAINT ANDREW ST SW, DECATUR, AL 35603 | |
| 10925 | TAYLOR, KELVIN, PO BOX 101 MIMS RD, EVANS, GA 30809 | |
| 10925 | TAYLOR, KENNETH, 241 SPARTZ DRIVE, PITTSBURGH, PA 15025 | |
| 10925 | TAYLOR, KENNETH, 514 E NORTH ST, LOUDONVILLE, OH 44842 | |
| 10925 | TAYLOR, KENNETH, BOX 371, ALEX, OK 73002 | |
| 10925 | TAYLOR, KENT, 1902 PHILDELPHIA, WEBB CITY, MO 64870 | |
| 10925 | TAYLOR, KIM, ONTARIO, BURLINGTON, ON L7P1R4CANADA | *VIA Deutsche Post* |
| 10925 | TAYLOR, KIM, PO BOX 80034, BURLINGTON, ON L7L 6B1CANADA | *VIA Deutsche Post* |
| 10925 | TAYLOR, KIMBERLY, 1465 PKWY #116, ODESSA, TX 79761 | |
| 10925 | TAYLOR, KIMBERLY, RT# 2 BOX 313, NICKELSVILLE, VA 24271 | |
| 10925 | TAYLOR, L, 5327 BOCA RATON, DALLAS, TX 75229 | |
| 10925 | TAYLOR, LAWANDA, 6020 SWOPE PKWY, KANSAS CITY, MO 64130 | |
| 10925 | TAYLOR, LEANN, 2626 WEST 1ST, 305, GREELEY, CO 80631 | |
| 10925 | TAYLOR, LELAND, RT 3 BOX 416, LINDSAY, OK 73052 | |
| 10925 | TAYLOR, LEONARD, 1881 ROCKY RIDGE RD, ENOREE, SC 29335 | |
| 10925 | TAYLOR, LEONARDE, 253 MOHAWK DRIVE, BOURBONNAIS, IL 60914 | |
| 10925 | TAYLOR, LEROY, 4633 PECAN DR, LAKELAND, FL 33810 | |
| 10925 | TAYLOR, LEWIS, 2994 PINELOG ROAD, WARRENVILLE, SC 29851 | |
| 10925 | TAYLOR, LILA, 105 CHARLIE WAY, FOUNTAIN INN, SC 29644 | |
| 10925 | TAYLOR, LINDA, 1215 GARDNER ST., CAMDEN, SC 29020 | |
| 10925 | TAYLOR, LINDA, 15170 CHINNERETH ESTATES, SAVANNAH, MO 64485 | |
| 10925 | TAYLOR, LINDA, 4880 N. 54TH ST, MILWAUKEE, WI 53206 | |
| 10925 | TAYLOR, LISA, 1012-B SHERWOOD DR, DURHAM, NC 27705 | |
| 10925 | TAYLOR, LOUIS, 9704 HILLRIDGE DRIVE, KENSINGTON, MD 20895-3225 | |
| 10925 | TAYLOR, LULA, 1381 ROAN DRIVE, LANCASTER, TX 75134 | |
| 10925 | TAYLOR, LYNN, 150 WOODLAWN AVE, DECATUR, GA 30030 | |
| 10925 | TAYLOR, LYNN, 415 LA RAMADA, YUBA CITY, CA 95993 | |
| 10925 | TAYLOR, LYNN, 415 LARAMODE, YUBA CITY, CA 95992 | |
| 10925 | TAYLOR, LYNN, RT 1 BOX 217 A2, CANYON, TX 79015 | |
| 10925 | TAYLOR, M, 701 EAST BANK ST, IOWA PARK, TX 76367 | |
| 10925 | TAYLOR, MARCIA, 7819 HARCOURT SPGS, INDIANAPOLIS, IN 46260 | |
| 10925 | TAYLOR, MARGARET, 43 CHURCHILL DOWNS, GREENVILLE, SC 29615 | |
| 10925 | TAYLOR, MARILYN, 1092 HWY 39, SOMERSET, KY 42501 | |
| 10925 | TAYLOR, MARK, 332 W. ARUNDEL ROAD, BALTIMORE, MD 21225 | |
| 10925 | TAYLOR, MARK, PO BOX 485, DONGOLA, IL 62926 | |
| 10925 | TAYLOR, MARSHA, 1434 SAMOA, INDIANAPOLIS, IN 46201 | |
| 10925 | TAYLOR, MARTHA, 124 PINE LANE, CLEWISTON, FL 33440-9419 | |
| 10925 | TAYLOR, MARTHA, 9 WEMBLEY DRIVE, GREENVILLE, SC 29607-3130 | |
| 10925 | TAYLOR, MARY, 1202 WEST 22ND ST., ODESSA, TX 79763 | |
| 10925 | TAYLOR, MAUREEN, 6258 BRANCH BEECH, COLUMBIA, MO 21044-3702 | |
| 10925 | TAYLOR, MELODY, RT 2 BOX 91, FAIRVIEW, WV 26570 | |
| 10925 | TAYLOR, MELVIN, 105 HARRISBURG RD LOT 6 D, MILLEDGEVILLE, GA 31061 | |
| 10925 | TAYLOR, MICHAEL, 589 MAIN ST, MEDFIELD, MA 02052 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    TAYLOR, MICHAEL, PO BOX 3434, BALTIMORE, MD 21225

10925    TAYLOR, MICHAEL, PO BOX 8622, NIKISKI, AK 99635-8622

10925    TAYLOR, MICHELLE, 2 FARMVIEW ST, FAIRCHANCE, PA 15436

10925    TAYLOR, MICHELLE, 705 N 141 ST., BONNER SPRINGS, KS 66012

10925    TAYLOR, MITCHELL, 617 GRAY ST, WOODRUFF, SC 29388

10925    TAYLOR, MONROE, 5 MITCHELL ROAD, GREENVILLE, SC 29615-2640

10925    TAYLOR, NATHAN, 2697 PARKVIEW DR., ATLANTA, GA 30345

10925    TAYLOR, NATHANIEL, 1828 EAGLE COURT, SEVERN, MD 21144

10925    TAYLOR, NELLIE, 1011 JONESVILLE RD, SIMPSONVILLE, SC 29681

10925    TAYLOR, NICHOLE, 1743 MCCOLLOUGH DR., INDIANAPOLIS, IN 46260

10925    TAYLOR, OZELLA, 14296 TERRY, DETROIT, MI 48227

10925    TAYLOR, PAMELA, 8060 SWEETWATER DR, DOUGLASVILLE, GA 30336

10925    TAYLOR, PATRICK, 230 UNION ST., FRANKLIN, MA 02038

10925    TAYLOR, PATRICK, 53 GARDEN AVE, WILMINGTON, MA 01887

10925    TAYLOR, PERRY, 34 CARTERET ST, NEWARK, NJ 07104

10925    TAYLOR, PHILIP, 74 ROSEWOOD LANE, SOUTHWICK, MA 01077

10925    TAYLOR, PHILLIP, 3312 ROGERS AVE, BALTIMORE, MD 21215

10925    TAYLOR, PHILLIP, 6945 SAN TOMAS ROAD, ELKRIDGE, MD 21075

10925    TAYLOR, R, PO BOX 313, WALNUT, MS 38683

10925    TAYLOR, RANDALL, 13111 ORANGE AVE, GRAND ISLAND, FL 32735

10925    TAYLOR, RANDALL, 1357 STARLIGHT, EUSIIS, FL 32726

10925    TAYLOR, RANDALL, BOX 4013, CLEARLAKE, CA 95422

10925    TAYLOR, RAYMOND, 48 CORLISS HILL ROAD, HAVERHILL, MA 01830

10925    TAYLOR, REBECCA, 4757 HAYES, MERRIAM, KS 66203

10925    TAYLOR, REGINA, PO BOX 174, CROCKETT MILLS, TN 38021

10925    TAYLOR, REYNALDO, 4611 HOWE AVE, SUITLAND, MD 20746

10925    TAYLOR, RICHARD, 209 SHERWOOD WAY, BLOOMINGTON, IL 61701

10925    TAYLOR, RICHARD, 78 CALIFORNIA AVE, TRENTON, NJ 08619

10925    TAYLOR, RICKY, 341 S DOUGLAS DRIVE, BRADLEY, IL 60915

10925    TAYLOR, RICKY, 440 W 500 SOUTH, VERNAL, UT 84078

10925    TAYLOR, ROBERT T, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925    TAYLOR, ROBERT T, 794 SOUTHERN HILLS DR, ARNOLD, MD 21012

10925    TAYLOR, ROBERT, 1006 PLANTATION DR, SIMPSONVILLE, SC 29681

10925    TAYLOR, ROBERT, 1408 POINT O WOODS, ARNOLD, MD 21012

10925    TAYLOR, ROBERT, 155 OLD MILL TRAIL, CONYERS, GA 30207

10925    TAYLOR, ROBERT, 415 HAWTHORNE AVE, NEWARK, NJ 07108

10925    TAYLOR, ROBERT, 990 EL LAGO TERRACE, WINTER SPRINGS, FL 32708

10925    TAYLOR, ROBERT, PO BOX 1071, EVERGREEN, AL 36401

10925    TAYLOR, ROSE, 2700 FEATHER RUN TR, WEST COLUMBIA, SC 29169

10925    TAYLOR, ROY, 29530 DAY ROAD, MCARTHUR, CA 96056-0169

10925    TAYLOR, ROY, 4711 JIM REDMAN PKWY, PLANT CITY, FL 33567

10925    TAYLOR, RUSSELL, 209 PLANTERS WALK DR, EASLEY, SC 29642

10925    TAYLOR, SAMUEL, PO BOX 674, WILBURTON, OK 74578

10925    TAYLOR, SAMUEL, RT 3 114 CENTER ST, WILLIAMSTON, SC 29697

10925    TAYLOR, SARA, 115 ROADWAY ST, EAST BREWTON, AL 36426

10925    TAYLOR, SHERRYE, 1109 HANGING, MOBILE, AL 36695

10925    TAYLOR, SIBYL, 2750 HOLLY HALL, HOUSTON, TX 77054

10925    TAYLOR, STACEY, 2697 PARKVIEW DR NE, ATLANTA, GA 30345

10925    TAYLOR, STEPHANIE, 151-74 134 AVE, JAMAICA, NY 11434

10925    TAYLOR, STEPHEN D, 3915 WASHINGTON AVE SE, CHARLESTON, WV 25304-2425

10925    TAYLOR, STEPHEN, 17949 BRENT DR, DALLAS, TX 75287

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | TAYLOR, STEVE, PO BOX 349, 222 E WOOD ST, SHREVE, OH 44676 | |
| 10925 | TAYLOR, TAMI, 1365 ARABIS COURT, BELCAMP, MD 21017 | |
| 10925 | TAYLOR, TERRY, 2353 FORD AVE, OWENSBORO, KY 42301 | |
| 10925 | TAYLOR, TERRY, 3843 A-NTH 28TH, MILWAUKEE, WI 53216 | |
| 10925 | TAYLOR, THOMAS, 2512 OAKLEY AVE, BALTIMORE, MD 21215 | |
| 10925 | TAYLOR, THOMAS, 43 CHURCHILL DOWNS, GREENVILLE, SC 29615 | |
| 10925 | TAYLOR, TIMOTHY, 1307 N. BARNES AVE, OKLAHOMA CITY, OK 73107 | |
| 10925 | TAYLOR, TIMOTHY, 6574 N. SIDNEY PLACE #105, GLENDALE, WI 53209 | |
| 10925 | TAYLOR, TOM, 127 GROVE AVE, WILMINGTON, MA 01887 | |
| 10925 | TAYLOR, TOMMY, 8001 IVY HOLLOW DRIVE, CHARLOTTE, NC 28227 | |
| 10925 | TAYLOR, TONY, 2109 W. 17TH ST, JACKSONVILLE, FL 32209 | |
| 10925 | TAYLOR, TRAVIS, 3623 SOUTH SHAVER #801, PASADENA, TX 77504 | |
| 10925 | TAYLOR, TRISHA, PO BOX 485, DONGOLA, IL 62926 | |
| 10925 | TAYLOR, VERA, 1306 PIRTLE, LAMARQUE, TX 77568 | |
| 10925 | TAYLOR, VERNELL, 516 RIVERBEND RD, FORT WASHINGTON, MD 20744 | |
| 10925 | TAYLOR, VINCENT, 2311 SALEM WEST DR, AUGUSTA, GA 30908 | |
| 10925 | TAYLOR, WANDA, PO BOX 819, ATMORE, AL 36504 | |
| 10925 | TAYLOR, WILLIAM, 11 ROAD 2930, AZTEC, NM 87410 | |
| 10925 | TAYLOR, WILLIAM, 203 KINGS MILL CT #10, FREDERICKSBURG, VA 22401 | |
| 10925 | TAYLOR, WILLIAM, 6430 BEETHOVEN CIR., RIVERDALE, GA 30296 | |
| 10925 | TAYLOR-DOUGLAS, GWENDOLYN, 4223 PIEDMONT AVE, OAKLAND, CA 94611-0000 | |
| 10925 | TAYLOR-NEWCOMB ENGINEERING, PO BOX 20223, INDIANAPOLIS, IN 48220-0223 | |
| 10925 | TAYLORS AUTO BODY, 330 MAIN ST SOUTH, RENTON, WA 98055 | |
| 10924 | TAYLOR'S SEPTIC TANK, 257 MT. HELM ROAD, BRANDON, MS 39047 | |
| 10924 | TAYLOR-SEIDENBACH, INC., 731 S. SCOTT STREET, NEW ORLEANS, LA 70119 | |
| 10924 | TAYLOR-SEIDENBACH, INC., PO BOX50368, NEW ORLEANS, LA 70150 | |
| 10925 | TAYS, STEPHEN, 5306 VIBURNUM CT, ARLINGTON, TX 76018 | |
| 10925 | TAYWOOD ENGINEERING LIMITED, 34 BURTON ST, KIRRIBILLI NSW, 2061AUSTRALIA | *VIA Deutsche Post* |
| 10925 | TAYWOOD ENGINEERING LIMITED, 345 RUISLIP RD SOUTHALL, MIDDLESEX, UB1 2QXUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | TAYWOOD ENGINEERING LTD, 34 BURTON ST ,STE 1, KIRRIBILLI NSW 2061, WA 09999 | |
| 10925 | TAYYARA, SAED, 1062 BREEZE ST., CRAIG, CO 81625 | |
| 10924 | TAZEWELL CORRECTIONAL UNIT 31, ROUTE 61 (RR 3 BOX 472), TAZEWELL, VA 24651-9720 | |
| 10924 | TAZWELL COURTHOUSE, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | TB WOODS INCORPORATED, 100 BONITA DR, GREENSBORO, NC 27405 | |
| 10925 | TB WOODS INCORPORATED, PO BOX 641907, PITTSBURGH, PA 15264-1907 | |
| 10925 | TBD TECHNOLOGIES, 15311 CRESTVIEW COURT, POWAY, CA 92064 | |
| 10925 | TBW INDUSTRIES, INC, PO BOX 336, FURLONG, PA 18925-0336 | |
| 10925 | TC MIDATLANTIC INC, 300 E LOMBARD ST SUITE 1440, BALTIMORE, MD 21202 | |
| 10925 | TCAMS, PO BOX 150, TROY, IL 62294-0150 | |
| 10925 | TCC AS AGENT FOR DANVILLE MAIN, 901 EAST CARY ST, BOX 90096C, RICHMOND, VA 23218 | |
| 10924 | TCCW INC., 5701 CORONADO N.E., ALBUQUERQUE, NM 87109 | |
| 10925 | TCF AEROVENT COMPANY, POBOX 86, MINNEAPOLIS, MN 55486-1261 | |
| 10925 | TCF AEROVENT COMPANY, SDS 12-1261, MINNEAPOLIS, MN 55486-1261 | |
| 10924 | TCG MATERIALS, PO BOX 472, FISHERS, NY 14453 | |
| 10925 | TCHAMKERTENIAN, LARRY, 8930 HANNA AVE, WEST HILLS, CA 91304 | |
| 10925 | TCHAMKERTENIAN, ROBERT, 8930 HANNA AVE., WEST HILLS, CA 91304 | |
| 10925 | TCI AMERICA, 9211 NORTH HARBORGATE ST, PORTLAND, OR 97203 | |
| 10924 | TCI CONSTRUCTION CO., REAR OF STADIUM, 100 BULL DOG ROAD, MANDEVILLE, LA 70448 | |
| 10925 | TCI, INC, 550 CARDIGAN RD., SHOREVIEW, MN 55126 | |
| 10925 | TCIFIC, JEANNETE, 220 ROSE LANE, PO BOX 1282, LAUREL, MS 39443 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 TCM SYSTEMS INC., 1349-A SOUTH PARK DRIVE, KERNERSVILLE, NC 27284

10924 TCN#FB282333450282XXX, 646 SUPS - LGS, EGLIN AIR FORCE BASE, FL 32542-5311

10924 TCN: FB252031760212XXX, 4TH LSS-LGS, PATRICK AIR FORCE BASE, FL 32925-5350

10924 TCN:13425730330001XXX, COMMERCE DEPT NOAA NATL/MARINE FISH, PANAMA CITY, FL 32407

10924 TCN:FB252023640076XXX, 1040 SSG LGS BLDG 310, PATRICK AIR FORCE BASE, FL 32925-5350

10924 TCN:FB282323640217XXX, TRANSPROTATION OFFICE 494750, EGLIN AIR FORCE BASE, FL 32542

10924 TCN:FB441723460410XXX, 834 LGS, HURLBURT FIELD, FL 32544-5350

10925 TCR INDUSTRIES, 26 CENTERPOINTE DRIVE, LA PALMA, CA 90623

10925 TCR TRUCK LEASING, POBOX 845, BREMEN, GA 30110

10925 TCS, INC, 67 WALNUT AVE., SUITE 305, CLARK, NJ 07066-1605

10925 TCT TECHNICAL TRAINING, INC, 599 NORTH MATHILDA AVE., SUNNYVALE, CA 94086

10924 T-CUBED OFFICE BUILDING, C/O DAVENPORT INSULATION, MANASSAS, VA 22110

10925 TCW, 955 VINTAGE AVE, SAINT HELENA, CA 94574

10925 TD MACK, INC, PO BOX 535, MADISON, CT 06443

10925 TD PADESKY ELECTRIC INC, PO BOX 935, LA CROSSE, WI 54602-0935

10925 TDC FILTER MANUFACTURING, INC, 1331 SOUTH 55TH COURT, CICERO, IL 60650

10924 TDF COMPUTER C/O BOLIG LATH & PLAST, 8401 GREENWAY BLVD, MIDDLETON, WI 53562

10925 TDP ELECTRONICS INC, 111 OLD BEE TREE ROAD, SWANNANOA, NC 28778

10925 TDS-TIRE DISTRIBUTION SYTEMS, INC, 102 SUMPTER RD., SULPHUR, LA 70663

10925 TEA, PAUL, 5972 ROYAL VISTA, RENO, NV 89523

10925 TEACHERS BOCA PROPERTIES INC-TOWER, 433 PLAZA REAL, STE 335, BOCA RATON, FL 33432

10924 TEACHERS, C/O WARCO, 9400 DAVID TAYLOR DRIVE, CHARLOTTE, NC 28262

10925 TEAGUE, APRIL, 309 CROWN LN, ARLINGTON, TX 76010

10925 TEAGUE, ARTHUR, 13949 GARDENLAND AVE, BELLFLOWER, CA 90706-2732

10925 TEAGUE, BRANDON, 10 MCGOWAN ST, ENOREE, SC 29335

10925 TEAGUE, CHARLES, 922 BRUCE, MEMPHIS, TN 38104

10925 TEAGUE, DANA, 2317 STRINGTOWN ROAD, SPARKS, MD 21152

10925 TEAGUE, ELIZABETH, 13949 GARDENLAND AVE, BELLFLOWER, CA 90706-2732

10925 TEAGUE, JAMES, 23 MEDWAY BRANCH, NORFOLK, MA 02056

10925 TEAGUE, JEFFERY, RT 3 BOX 375BB, GRAY COURT, SC 29645

10925 TEAGUE, MARSHALL, PO BOX 418, BOKCHITO, OK 74726

10925 TEAGUE, MINDY, 2800 MUSTANG RD, 213, ALVIN, TX 77511

10925 TEAGUE, RICHARD, 13 MECHANIC ST, NORTH EASTON, MA 02356

10925 TEAGUE, VALERIE, 32 SUNNY HGTS.DR.NE, ROME, GA 30161

10925 TEAGUE, WILLIAM, 209 BREAZEALE CREEK DRIVE, MOUNTVILLE, SC 29370

10925 TEAL LEASING INC., POBOX 398, BRANTINGHAM, NY 13312

10925 TEAM AVS INC, 5 ALEXANDER ROAD, BILLERICA, MA 01821

10924 TEAM DISNEY, RAYMOND, ANAHEIM, CA 92801

10924 TEAM DISNEY, RAYMOND, ANAHEIM, CA 92802

10925 TEAM ENVIRONMENTAL SERVICES, PO BOX 2464, SULPHUR, LA 70664

10925 TEAM FOOT WORKS, 5724 SUNSET DR, SOUTH MIAMI, FL 33143

10925 TEAM GRAPHICS, 18950 BROOKHURST ST, FOUNTAIN VALLEY, CA 92708

10925 TEAM INDUSTRIAL SERVICES, INC, PO BOX 123, ALVIN, TX 77512-0123

10925 TEAM INDUSTRIAL SERVICES, INC, PO BOX 842233, DALLAS, TX 75284-2233

10924 TEAM LAND DEVELOPMENT INC., 600 FAIRWAY DRIVE-SUITE #101, DEERFIELD BEACH, FL 33441

10925 TEAMER SR, JOE H, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 TEAMER, DANIEL, 48 CHARLOTTE ST, BOSTON, MA 02121

10925 TEAMER, JOE, 48 CHARLOTTE ST, DORCHESTER, MA 02121

10925 TEAMER, JOSEPH, 48 CHARLOTTE ST, BOSTON, MA 02121

10925 TEAMER, VIVIAN, PO BOX 1203, PACOLET, SC 29372

10925 TEAMSTERS LOCAL 661, 7374 READING RD., STE. 129, CINCINNATI, OH 45239

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TEAMSTERS LOCAL UNION NO. 701, 2003 ROUTE 130 SUITE B, NORTH BRUNSWICK, NJ 08902

10925   TEAR, ROBERT, 11311 DALNON DR., DALLAS, TX 75218

10925   TEARNEN, PAUL, 1150 PAULSEN CENTER, W.421, SPOKANE, WA 99201

10925   TEASLEY, JEANETTE, 343 DOGWOOD TRAIL, COMMERCE, GA 30529-3050

10925   TEASLEY, TIMOTHY, PO BOX 704, OWENSBORO, KY 42302

10925   TEBBETTS, GEOFFREY, 3 SILVERSMITH WAY, NO BILLERICA, MA 01862

10925   TEBBETTS, MIKEL R., 623 E. LAMAR #1007, ARLINGTON, TX 76011

10925   TEBBS, KYLE R, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   TEBBS, KYLE, 3444 CLASSIC DR, MEMPHIS, TN 38124

10925   TEBCHERANI, GOLDA, 1870 FLINT AVE, AKRON, OH 44305

10925   TEBOW, EDWARD W, 2601 TWISTED OAK LANE, EDMOND, OK 73013

10925   TEBOW, EDWARD, 16121 VINTAGE COURT, EDMOND, OK 73013

10925   TEC PNEUMATICS INC, 1850 NE 40 HWY, BLUE SPRINGS, MD 64015

10925   TEC SYSTEMS, 830 PROPER ROAD, DEPERE, WI 54115

10924   TEC SYSTEMS, 830 PROSPER ROAD, DE PERE, WI 54115

10925   TEC, ONE, PBC, NY, NY 10001

10925   TEC, THREE, MCA, NY, NY 10001

10925   TEC, TWO, 918 AVE S, 6G, NY, NY 10001

10925   TECCOR ELECTRONICS INC, KEVIN CONDON,

10925   TECH AID CORP., 109 OAK ST., NEWTON UPPER FALLS, MD 02164

10925   TECH AID CORP., PO BOX 9100, DEDHAM, MA 02027

10925   TECH ATLANTIC AEROSPACE, 9 BRITTON DR, BLOOMFIELD, CT 06002

10924   TECH CONTRACTING, 104 DAVIDSON MILL ROAD, NEW BRUNSWICK, NJ 08902

10924   TECH CONTRACTING, 23 SCHEURMAN TERRACE, WARREN, NJ 07059

10924   TECH CONTRACTING, 32 PLUM STREET, TRENTON, NJ 08638

10924   TECH CONTRACTINGS, DIV OF BELL RICH INC., WARREN, NJ 07059

10924   TECH FLAVORS & FRAGRANCE, 10 EDISON ST. E., AMITYVILLE, NY 11701

10924   TECH INK, INC., 471 E. BERGEY STREET, WADSWORTH, OH 44281

10925   TECH MECHANICAL, INC, 1516 E. MAIN ST, CHATTANOOGA, TN 37404

10925   TECH MECHANICAL, INC, 4563 PINNACLE LANE, CHATTANOOGA, TN 73415

10924   TECH PAINTING, 17 MANNING ROAD, FRANKLIN, CT 06254

10925   TECH PAK INC, PO BOX 2047, BOSTON, MA 02106

10925   TECH PAK INC., MCCORMACK STATION, BOSTON, MA 02106

10925   TECH PLAN INC., PO BOX 851077, RICHARDSON, TX 75085-1077

10925   TECH POS DIV., TCN #FB4300-6318-0005, 6000 PATROL RD., MCCLELLAN AIR FORCE BASE, CA 95652-1709

10925   TECH QUIP, INC, PO BOX 201574, HOUSTON, TX 77216-1574

10925   TECH RENTALS, 4048 FLOWERS RD SUITE 220, ATLANTA, GA 30360

10925   TECH REPS, INC, PO BOX 4456, CHERRY HILL, NJ 08034

10925   TECH SALES OF UTAH, PO BOX 367, WEST JORDAN, UT 84084

10925   TECH SPRAY L.P., C/O RICHARD G. RUSSELL, 88 NORTH HUGHES ST, AMARILLO, TX 79107

10925   TECH SYN CORP, 225 E PROSPECT AVE, MOUNT PROSPECT, IL 60056

10924   TECHAIR INDUSTRIES (M) SDN BHD, NO. 49 JALAN TAMING DUA,, SELANGOR DARUL EHSAN, IT 0UNK          *VIA Deutsche Post*

10925   TECHCOAT COMPANY, PO BOX 218161, NASHVILLE, TN 37221

10924   TECHCON CO., LTD, 1F, NO. 2, LANE 676, KWANG-FU SOUTH ROAD, TAIPEI, R.O.C., TWN          *VIA Deutsche Post*

10924   TECHCRETE ARCHITECTURAL PRECAST, 12920 ALEXANDRIA DR., OPA LOCKA, FL 33054

10924   TECHCRETE ARCHITECTURAL, DELETION** S.CLARK, 12920 ALEXANDRIA DRIVE, OPA LOCKA, FL 33054

10924   TECHE  ELECTRIC, 712 N. CITIES SERVICE HWY., SULPHUR, LA 70663

10924   TECHE ELECTRIC (AD), PO BOX 61640, LAFAYETTE, LA 70509

10924   TECHICAL SALES & SERVICE, PO BOX 3277, VICTORIA, TX 77903-3277

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TECHINSUL, POB 341, EAST RUTHERFORD, NJ 07073 | |
| 10924 | TECH-LAB INDUSTRIES, INC, PO BOX 6217, ARLINGTON, TX 76005 | |
| 10925 | TECHLINK TRAINING, POBOX 226, FANWOOD, NJ 07023 | |
| 10925 | TECHNASEAL, 4647 LAS POSITAS RD., SUITE B, LIVERMORE, CA 84550 | |
| 10925 | TECHNE INCORPORATED, 743 ALEXANDER ROAD, PRINCETON, NJ 08540-6328 | |
| 10925 | TECHNET SERVICES, 4216 AIRPORT HWY., TOLEDO, OH 43615-7009 | |
| 10925 | TECHNETICS INDUSTRIES, INC, 1800 BUERKLE RD., SAINT PAUL, MN 55110 | |
| 10925 | TECHNIC INC, 300 PARK EAST DRIVE, WOONSOCKET, RI 02895 | |
| 10925 | TECHNIC INC, PO BOX 9650, PROVIDENCE, RI 02940-9650 | |
| 10925 | TECHNICAL & SKILLS TRAINING, SUBSCRIPTION FULFILLMENT DEPT, LANGHORNE, PA 19047-9180 | |
| 10925 | TECHNICAL AID CORP., 109 OAK ST., NEWTON UPPER FA, MD 02164 | |
| 10925 | TECHNICAL ASSOCIATES OF CHARLOTTE, 347 NORTH CASWELL RD., CHARLOTTE, NC 28204 | |
| 10924 | TECHNICAL CENTER, 15801 WOODS EDGE ROAD, COLONIAL HEIGHTS, VA 23834 | |
| 10924 | TECHNICAL COATING COMPANY, 57 E. CENTRE STREET, NUTLEY, NJ 07110 | |
| 10924 | TECHNICAL COATING LABORATORY INC., 205 OLD FARMS ROAD, AVON, CT 06001 | |
| 10924 | TECHNICAL COATING LABORATORY INC., PO BOX 565, AVON, CT 06001 | |
| 10924 | TECHNICAL COATINGS CO, NORTH & 25TH AVENUES, MELROSE PARK, IL 60160 | |
| 10925 | TECHNICAL COATINGS INC., PO BOX 296, CANTON, MA 02021 | |
| 10924 | TECHNICAL COATINGS, 214 SIMPSON STREET, CONOVER, NC 28613 | |
| 10924 | TECHNICAL COATINGS, 3085 TROTTER PARKWAY, ALPHARETTA, GA 30004 | |
| 10924 | TECHNICAL COATINGS, 360 ROUTE 206, FLANDERS, NJ 07836 | |
| 10924 | TECHNICAL COATINGS, 4501 BRADLEY AVE, LUBBOCK, TX 79415 | |
| 10924 | TECHNICAL COATINGS, PO BOX 1059, CONOVER, NC 28613 | |
| 10924 | TECHNICAL COATINGS, PO BOX 1142, ALPHARETTA, HI 30239-1142 | |
| 10924 | TECHNICAL COATINGS, PO BOX 5848, LUBBOCK, TX 79417 | |
| 10925 | TECHNICAL COLLABORATIVE INC, 33 BEDFORD ST, LEXINGTON, MA 02420 | |
| 10924 | TECHNICAL CONSTRUCTION SPECIALIST, 1337 COMMERCE DR., STOW, OH 44224 | |
| 10924 | TECHNICAL CONSTRUCTION SPECIALITIES, CAMBRIDGE, MA 02140 | |
| 10925 | TECHNICAL ENV SYSTEMS, 500 BATTLEGROUND ROAD, LAPORTE, TX 77572 | |
| 10925 | TECHNICAL FABRICATORS, 205 DUNN AVE, PISCATAWAY, NJ 08854 | |
| 10924 | TECHNICAL FIBER PROD. LTD, BURNSIDE MILLS KENDALL, CUMBRIA LA, 99999GBR | *VIA Deutsche Post* |
| 10925 | TECHNICAL FIBRE PRODUCTS, 259 ROUTE 17K #3 - E, NEWBURGH, NY 12550 | |
| 10924 | TECHNICAL FIBRE PRODUCTS, BURNESIDE MILLS, KENDIL, LA96PZGBR | *VIA Deutsche Post* |
| 10924 | TECHNICAL GLASS PRODUCTS, 243 E. BLACKWELL STREET, SPRINGFIELD, NJ 07081 | |
| 10924 | TECHNICAL GRAPHICS INC., 50 MEADOWBROOK DRIVE, MILFORD, NH 03055 | |
| 10925 | TECHNICAL LAB., 515 CHEROKEE BLVD., CHATTANOOGA, TN 37405 | |
| 10925 | TECHNICAL LAMINATIONS & COATINGS, 7125 W. GUNNISIN ST., HARWOOD HEIGHTS, IL 60706 | |
| 10925 | TECHNICAL ORDINANCE INC, JOHN B MCLEOD, 654 INDUSTRIAL BLVD, WACONIA, MN 55387 | |
| 10924 | TECHNICAL SALES & SERVICE, 610 CRESTWOOD, VICTORIA, TX 77903-3277 | |
| 10924 | TECHNICAL SALES & SERVICE, PO BOX 3277, VICTORIA, TX 77903-3277 | |
| 10925 | TECHNICAL SALES AND SERVICES INC, BOX 6516 SANTA ROSA UNIT, BAYAMON, PR 00960-9005 | |
| 10925 | TECHNICAL SEALING PRODUCTS INC, PO BOX 370, HAMPTON, VA 23669 | |
| 10925 | TECHNICAL SECURITY CONSULTANTS, INC, PO BOX 1534, CHANDLER, AZ 85244-1534 | |
| 10925 | TECHNICAL TESTING LABS, 4643 BENSON AVE., BALTIMORE, MD 21227 | |
| 10925 | TECHNI-CAR INC, 450 COMMERCE BLVD, OLDSMAR, FL 34677 | |
| 10924 | TECHNICOAT L.P., 4300 N. PECOS ROAD - SUITE 16, LAS VEGAS, NV 89115 | |
| 10924 | TECHNICOAT L.P., 4300 NORTH PECOS ROAD, LAS VEGAS, NV 89115 | |
| 10924 | TECHNICOAT L.P., DO NOT USE, LAS VEGAS, NV 89109 | |
| 10925 | TECHNICOTE, POBOX 188, MIAMISBURG, OH 45343-0188 | |
| 10924 | TECHNICRETE CORP, 3195 PROFIT DR, FAIRFIELD, OH 45014 | |
| 10924 | TECHNICRETE CORPORATION, CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TECHNIDYNE CORP., PO BOX 94729, LOUISVILLE, KY 40294-4729 | |
| 10925 | TECHNIFAX, 3220 KELLER SPRINGS #118, CARROLLTON, TX 75006 | |
| 10925 | TECHNIMET, 2345 S. 170TH ST., NEW BERLIN, WI 53151-2701 | |
| 10925 | TECHNIQUES, 235 JACKSON ST, ENGLEWOOD, NJ 07636 | |
| 10925 | TECHNISCHE AKADEMIE ESSLINGEN, POSTFACH 12 65, OSTFILDERN, 73748GERMANY | *VIA Deutsche Post* |
| 10925 | TECHNI-TOOL INC, 5 APOLLO RD, PLYMOUTH MEETING, PA 19462 | |
| 10925 | TECHNITROL, 1952 E ALLEGHENY AVE, PHILADELPHIA, PA 19134 | |
| 10925 | TECHNITROL, CHURCH ST & CEDAR LANE, GREENSBORO, MD 21639 | |
| 10925 | TECHNITRON, 630 NATIONAL AVE, MOUNTAIN VIEW, CA 94043-2222 | |
| 10925 | TECHNO AIR INC, 3551 VOYAGER ST #102, TORRANCE, CA 90503 | |
| 10924 | TECHNO COAT/ANAHEIM STADIUM, WESTSIDE BUILDING, ANAHEIM, CA 92807 | |
| 10925 | TECHNO-CRETE, PO BOX 6516, SANTA ROSA UNIT, BAYAMON, PR 00621PUERTO RICO | *VIA Deutsche Post* |
| 10925 | TECHNOLOGIC SOFTWARE, UNIVERSITY TOWER, IRVINE, CA 92612 | |
| 10925 | TECHNOLOGY CREDIT CORP, PO BOX 360792M, PITTSBURGH, PA 15251 | |
| 10925 | TECHNOLOGY CREDIT CORP., 919 THE ALAMEDA, SAN JOSE, CA 95126-3135 | |
| 10925 | TECHNOLOGY CREDIT CORP., PO BOX 360792M, PITTSBURGH, PA 15251 | |
| 10925 | TECHNOLOGY CREDIT CORPORATION, PO BOX 360792M, PITTSBURGH, PA 15251 | |
| 10924 | TECHNOLOGY FLAVORS & FRAGRANCES, 10 EDISON ST. E., AMITYVILLE, NY 11701 | |
| 10925 | TECHNOLOGY INTERCHANGE GROUP, PO BOX 2107, CLIFTON, NJ 07015 | |
| 10924 | TECHNOLOGY PLAZA, 616 EAST GREEN STREET, CHAMPAIGN, IL 61820 | |
| 10925 | TECHNOLOGY PUBLISHING COMPANY, 2100 WHARTON ST SUITE 310, PITTSBURGH, PA 15203-1951 | |
| 10925 | TECHNOLOGY REVIEW, PO BOX 489, MOUNT MORRIS, IL 61054-8019 | |
| 10925 | TECHNOLOGY SCIENCES GROUP INC, 1101 17TH ST NW SUITE 500, WASHINGTON, DC 20036 | |
| 10924 | TECHNOLOGY SQUARE - 300, 300 TECHNOLOGY SQUARE - MAIN STREET, CAMBRIDGE, MA 02139 | |
| 10924 | TECHNOLOGY SQUARE - 600, 600 TECHNOLOGY SQUARE, CAMBRIDGE, MA 02139 | |
| 10925 | TECHNOLOGY TRAINING INC, 9956 S KEENAN ST, LITTLETON, CO 80130-8047 | |
| 10925 | TECHNOLOGY TRAINING SYSTEMS, 3131 S. VAUGHN WAY, STE. 300, AURORA, CO 80014 | |
| 10925 | TECHNOLOGY TRANSFER SOC., 611 NORTH CAPITOL AVE, INDIANAPOLIS, IN 46204 | |
| 10925 | TECHNOLOGY VILLAGE PARTNERSHIP, 900 SECOND ST, SUITE 306, WASHINGTON, DC 20002 | |
| 10924 | TECHNOLOGY VILLAGE, (DOWNTOWN DULUTH), SUPERIOR STREET AND LAKE STREET, DULUTH, MN 55802 | |
| 10924 | TECHNOLOGY, INC., 120 WILSON ROAD, BENTLEYVILLE, PA 15314 | |
| 10925 | TECHNOMIC CONSULTANTS INTL, 500 SKOKIE BLVD SUITE 575, NORTHBROOK, IL 60062 | |
| 10925 | TECHNOMIC PUBLISHING, 851 NEW HOLLAND AVE, LANCASTER, PA 17604 | |
| 10925 | TECHNO-WELD WELDING CONSULTANT, 11757 GLEN RD, PALOS PARK, IL 60464 | |
| 10924 | TECHPRINT, 28 SOUTH ROAD, WOBURN, MA 01888 | |
| 10925 | TECH-QUIP, INC, PO BOX 3706, BATON ROUGE, LA 70821 | |
| 10924 | TECHREF INC., 2051 E. CERRITOS AVENUE, ANAHEIM, CA 92806 | |
| 10924 | TECHREF INC., ATTN: ACCOUNTS PAYABLE, 2051 E. CERRITOS AVENUE, ANAHEIM, CA 92806 | |
| 10925 | TECHSERV, 2611 MEANDERING COURT, COLLEYVILLE, TX 76034 | |
| 10925 | TECHSMITH CORPORATION, 3001 COOLIDGE RD SUITE 400, EAST LANSING, MI 48823-6320 | |
| 10925 | TECH-WAY INDUSTRIES, 301 INDUSTRIAL DRIVE, FRANKLIN, OH 45005 | |
| 10925 | TECKNIT INC, 129 DERMODY ST, CRANFORD, NJ 07016 | |
| 10925 | TECLE, WELDEREFAEL, 3620 SHERYL LANE, MESQUITE, TX 75150 | |
| 10925 | TECNETICS INDUSTRIES INC, 1811 BUERKLE ROAD, SAINT PAUL, MN 55110 | |
| 10925 | TECNETICS INDUSTRIES INC., 2180 OLD HWY. 8, SAINT PAUL, MN 55112 | |
| 10925 | TECNO CRETE INC, BOX 6516 SANTA ROSA UNIT, BAYAMON, PR 00621-9005PUERTO RICO | *VIA Deutsche Post* |
| 10925 | TECNO CRETE INC, BOX 6516 SANTA ROSA UNIT, BAYAMON, PR 00960PUERTO RICO | *VIA Deutsche Post* |
| 10925 | TECNO-CRETE, PO BOX 6516 SANTA ROSA UNIT, BAYAMON, PR 00960PUERTO RICO | *VIA Deutsche Post* |
| 10924 | TECNOGLAS, VIA CIRCUNVALAR - LAS FLORES, BARRANQUILLA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | TECNOLOGIA ADMINISTRATIVA, 12000 NETWORK BLVD #100, SAN ANTONIO, TX 78249 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 TECO PEOPLES GAS, PO BOX 31017, TAMPA, FL 33631-3017

10924 TECOM MET TEAM, DROP ZONE/NVL FT A P HILL, BOWLING GREEN, VA 22427

10924 TECON PACIFIC, 13592 SLOVER AVE., FONTANA, CA 92337

10924 TECON PACIFIC, ATTN: ACCOUNTS PAYABLE, FONTANA, CA 92335

10924 TECON SERVICES INC., 4311 HOLMES ROAD, HOUSTON, TX 77021

10924 TECON SERVICES INC., POST OFFICE BOX 10158, HOUSTON, TX 77206

10924 TECON SERVICES, INC., 4845 YALE STREET, HOUSTON, TX 77091

10925 TECSERV, INC, 2828 N. CENTRAL AVE, PHOENIX, AZ 85004

10925 TECTYL INDUSTRIAL PRODUCTS, PO BOX 14000, LEXINGTON, KY 40512

10925 TED K SCHANAFELT, 219 N ELM, ZEIGLER, IL 62999-1220

10925 TED LEVINE DRUM COMPANY, PO BOX 3246, SOUTH EL MONTE, CA 91733-0246

10925 TED LOLLEY & ASSOCIATES, LLC, 309 EAST 4TH ST, OWENSBORO, KY 42303

10925 TED MARTIN WILSON, 67 BROOKSIDE DR, TERRE HAUTE, IN 47802-4803

10924 TED PETERS, 9398 PAULSKIRK DRIVE, ELLICOTT CITY, MD 21042

10925 TED R. BARNHART, 13705 HARCUM RD., PHOENIX, MD 21131

10925 TED THORSEN COMPANY, 131 WELLES ST, FORTY FORT, PA 18704-4965

10925 TED THORSEN, 131 WELLES ST, FORTY FORT, PA 18704

10925 TED THORSEN, 131 WELLES ST, FORTY FORT, PA 18704-4965

10925 TED TUFTY COLLISION CENTER, PODRAWER C 2317, SIOUX FALLS, SD 57101

10925 TEDDER, JR, JOHN, PO BOX 234, FLORIEN, LA 71429

10924 TEDDY BEAR POOLS, 41 EAST ST., CHICOPEE, MA 01020

10924 TEDIA CO., INC., 2880 SYMMES ROAD, FAIRFIELD, OH 45014

10925 TEECO INC., 5 THISTLE ST, LYNN, MA 01905

10925 TEEHAN, ANN, 9 PETER TUFTS ROAD, ARLINGTON, MA 02174

10925 TEEHAN, JEANNE M, 107 CROSS ST, WINCHESTER MA, MA 01890

10925 TEEHAN, M, 109 GRIFFITHS AVE, POINT PLEASANT BEACH, NJ 08742

10925 TEEL, GLENDA, 508 WAYSIDE CIRCLE, SENECA, SC 29678

10925 TEEL, HELEN, 1124 FAIR OAK, IRVING, TX 75060

10925 TEEPE, WARREN, 105 WEDGEWOOD DR, LAFAYETTE, LA 70503

10925 TEER, KAREN, 690 LILAC ST, FLORISSANT, MO 63031

10925 TEETER, LOU ELLA, 9401 N10TH, MCALLEN, TX 78501

10925 TEETER, T, 28506 HENNEPIN, GARDEN CITY, MI 48135

10925 TEEVAN, BERNARD, 3173 CLARKE ROAD, MEMPHIS, TN 38115-2418

10925 TEFLOS, JOHN, 2813 SPENCER HWY., PASADENA, TX 77504

10925 TEFOE, MICHAEL, 61 CREST ST, LUDLOW, MA 01056

10924 TEG/10 POINTS DR., 10 POINTS DR., BREA, CA 92821

10924 TEG/10100 SANTA MONICA BLVD., 10100 SANTA MONICA BLVD., CENTURY CITY, CA 90067

10924 TEG/15233 VENTURA BLVD., 15233 VENTURA BLVD., SHERMAN OAKS, CA 91403

10924 TEG/1801 CENTURY PARK EAST, 1801 CENTURY PARK EAST, CENTURY CITY, CA 90067

10924 TEG/1900 AVE. OF THE STARS, 1900 AVE. OF THE STARS, LOS ANGELES, CA 90036

10924 TEG/6300 WILSHIRE BLVD, 6300 WILSHIRE BLVD., LOS ANGELES, CA 90036

10924 TEG/ALBERTSONS, 7227 VAN NUYS BLVD, VAN NUYS, CA 91401

10924 TEG/BANK OF CALIFORNIA, 550 S. FLOWER, LOS ANGELES, CA 90013

10924 TEG/BEVERLY HILLS HIGH SCHOOL, 241 S. MORENO DR., BEVERLY HILLS, CA 90211

10924 TEG/CLARK COUNTY FAMILY & YOUTH CNT, 601 N. PECOS, LAS VEGAS, NV 89101

10924 TEG/COSTCO WHOLESALE PROJECT, 83 AVE. & BUCKEYE RD., TOLLESON, AZ 85353

10924 TEG/DPSS, 2910 W. BEVERLY, LOS ANGELES, CA 90036

10924 TEG/GALPIN JAGUAR-LINCOLN-MERCURY, 15500 ROSCOE BLVD., NORTH HILLS, CA 91393

10924 TEG/GREAT MALL DAVE & BUSTERS, 477 GREAT MALL DRIVE, MILPITAS, CA 95035

10924 TEG/HOMEWOOD SUITES, LOS ANGELES, CA 90001

10924 TEG/I MAX - CINEPLEX, 100 UNIVERSAL CITY PLAZA, UNIVERSAL CITY, CA 91608

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924　TEG/KAJIMA, 250 E. FIRST ST., LOS ANGELES, CA 90001

10924　TEG/KIVEL CAMPUS CARE, 3020 N. 32ND ST., PHOENIX, AZ 85001

10924　TEG/LAX, ACOUSTICAL MTL. SERVICES, LOS ANGELES, CA 90045

10924　TEG/LVI- DIABLO VALLEY JR.COLLEGE, 321 GOLF CLUB DR., PLEASANT HILL, CA 94523

10924　TEG/LVI ENVIROMENTAL SERVICES, 3004-I ALVARADO ST., SAN LEANDRO, CA 94577

10924　TEG/MACY'S LOS CERRITOS, 500 LOS CERRITOS MALL DR., LOS CERRITOS, CA 90701

10924　TEG/MARITZ OFFICE BLDG, 20285 S. WESTERN AVE, TORRANCE, CA 90501

10924　TEG/MORGAN CENTER, 325 WESTWOOD PLAZA DR., LOS ANGELES, CA 90025

10924　TEG/MT.SINAI MEMORIAL PARK, YOSEMITE & HIGHWAY 118, LOS ANGELES, CA 90068

10924　TEG/NMB BUILDING, 9730 INDEPENDENCE AVE, CHATSWORTH, CA 91311

10924　TEG/NORTHROP PAINT BOOTH #8, 350 N. DOUGLAS ST., EL SEGUNDO, CA 90245

10924　TEG/NORTHROP, 350 N. DOUGLAS ST., EL SEGUNDO, CA 90245

10924　TEG/OFFICE DEPOT, STUDIO CITY, CA 91604

10924　TEG/PATH, 340 N. MADOSON ST, LOS ANGELES, CA 90004

10924　TEG/TRANS AMERICA, 1149 S. BROADWAY ST., LOS ANGELES, CA 90001

10924　TEG/TRW SYSTEMS FEDERAL CREDIT UNIO, 14500 AVIATION BLVD., HAWTHORNE, CA 90250

10924　TEG/USC, 3601 TROUSDALE, LOS ANGELES, CA 90001

10924　TEG/VANS SKATE PARK, 1144 GREAT MALL DR., MILPITAS, CA 95035

10924　TEG/WARNER CENTER EXPANSION, 6303 OWENSMOUTH AVE., WOODLAND HILLS, CA 91367

10925　TEGERIS LABORATORIES INC., 10315 CHESHIRE TERRACE, BETHESDA, MD 20814

10924　TEG-LEVI/UNITED AIRLINES, OXNARD BUILDING MATERIALS, LOS ANGELES, CA 90086

10924　TEG-LVI ENVIRONMENTAL SERVICES, 19070 SOUTH REYES AVENUE, RANCHO DOMINGUEZ, CA 90221

10924　TEG-LVI ENVIRONMENTAL, 4795 QUALITY COURT, LAS VEGAS, NV 89103

10924　TEG-LVI/BALLYS CASINO, 3645 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89120

10924　TEG-LVI/VALLEY LUTHERAN, MESA, AZ 85201

10925　TEGTMAN, DIANE, PO BOX 1098, SPRING CITY, TN 37381

10925　TEGTMEIER, ALOIS, 3548 D BRANTON AVE, LYNWOOD, CA 90262

10925　TEGYI, DEAN, 2660 BERGSTRESSER DR, HELLERTOWN, PA 18055

10925　TEHLE, EDWARD, 656 BALSAM LANE, PALATINE, IL 60067-0000

10924　TEI COMPANY, C/O ST. MARY'S HOSPITAL, BLUE SPRINGS, MO 64015

10924　TEI COMPANY, C/O WAGNER INTERIOR SUPPLY CO., KANSAS CITY, MO 64106

10924　TEI COMPANY, P.O. BOX 526, SPRING HILL, KS 66083

10924　TEICHERT & SONS, 27944 COUNTY RD 19, ESPARTO, CA 95627

10924　TEICHERT & SONS, 40056 COUNTY RD 29, WOODLAND, CA 95695

10924　TEICHERT PRECAST, 8775 JACKSON ROAD, SACRAMENTO, CA 95826

10924　TEICHERT, INC., 721 BERRY STREET, ROSEVILLE, CA 95678

10924　TEICHERT, INC., ATTN:  ACCOUNTS PAYABLE, SACRAMENTO, CA 95825

10924　TEICHERT, INC., ATTN:  ACCOUNTS PAYABLE, SACRAMENTO, CA 95851

10925　TEICHMANN, PAUL, 2212 POLK # A, AMARILLO, TX 79109

10925　TEIKOKU DATABANK, 750 LEXINGTON AVE.-28 FL, NEW YORK, NY 10022

10924　TEIKURO CORPORATION, 31499 HAYMAN STREET, HAYWARD, CA 94544

10924　TEIKURO CORPORATION, 4500 GATEWAY BOULEVARD, SPRINGFIELD, OH 45502

10925　TEIXEIRA, MARIA, 629 SARATOGA ST, EAST BOSTON, MA 02128

10925　TEIXEIRA, MARLENE, 11560 MISTLETOE, RENO, NV 89506

10925　TEJADA, ARGELIO, 3459 SW 112CT, MIAMI, FL 33165

10924　TEJAS MATERIALS, INC., 1902 WEBER, HOUSTON, TX 77007-2809

10925　TEJOVIC, MEHMET, 59-32 MADISON ST, RIDGEWOOD, NY 11385

10924　TEK 50, WESTERN PARTITIONS, BEAVERTON, OR 97005

10925　TEKELL, GEORGE, HC 51 BOX 114F, HENRIETTA, TX 76365

10924　TEKNA-CAL, 276 ADDISON ROAD, WINDSOR, CT 06095

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   TEKNA-CAL, ATTN: ACCOUNTS PAYABLE, 220 CHAPEL ROAD, MANCHESTER, CT 06040

10924   TEKNION, 1200 HORIZON WAY, MOUNT LAUREL, NJ 08054

10925   TEKNO-INFO CORPORATION, PO BOX 436627, LOUISVILLE, KY 40253-6627

10924   TEKNOR APEX CAROLINA COMPANY, 600 OLD LAURENS ROAD, FOUNTAIN INN, SC 29644

10924   TEKNOR APEX CAROLINA COMPANY, PO BOX 926, FOUNTAIN INN, SC 29644

10925   TEKNOR APEX COMPANY, 420 SOUTH SIXTH AVE, INDUSTRY, CA 91746

10924   TEKNOR APEX COMPANY, 505 CENTRAL AVENUE, PAWTUCKET, RI 02861

10924   TEKNOR APEX COMPANY, 90 MENDON AVENUE, PAWTUCKET, RI 02861

10924   TEKNOR COLOR CO., 4545 N. JACKSON, JACKSONVILLE, TX 75766

10924   TEKNOR COLOR CO., 505 CENTRAL AVENUE, PAWTUCKET, RI 02861

10924   TEKQUEST INDUSTRIES, 1000 SAND POND ROAD, LAKE MARY, FL 32746

10925   TEKRA CORPORATION, DEPT. 77-3187, CHICAGO, IL 60678-3187

10925   TEKRA, 23 BRIDGE LANE, WESTBORO, MA 01581

10925   TEKSHOP INC, 2717 7TH AVE SOUTH SUITE 107, BIRMINGHAM, AL 35233

10925   TEKSYSTEMS, PO BOX 198568, ATLANTA, GA 30384-8568

10925   TEKTRONIX INC., 7416 COLLECTION CENTER DRIVE, CHICAGO, IL 60693

10925   TEKTRONIX, INC, 7416 COLLECTION CENTER DR., CHICAGO, IL 60693

10925   TEKTRONIX, PO BOX 6026, GAITHERSBURG, MD 20884

10925   TEL A TRAIN, INC, PO BOX 98565, CHICAGO, IL 60693-8565

10925   TELAGE, BYRON, 2 BREWSTER ST, NASHUA, NH 03060

10924   TELAMON CORP., 1000 EAST 116TH. ST., CARMEL, IN 46032

10925   TELCO SYSTEMS, 63 NAHATAN ST, NORWOOD, MA 02062

10925   TELCO, 6760 JIMMY CARTER BLVD., SUITE 135, NORCROSS, GA 30071

10925   TELCOM CORPORATION, 7301-A W.PALMETTO PK.RD.,STE204-B, BOCA RATON, FL 33433

10924   TELCORDIA TECHNOLOGIES, 444 HOES LANE, PISCATAWAY, NJ 08854

10925   TELECHEM CORPORATION, THE, 6477-D PEACHTREE, ATLANTA, GA 30360

10925   TELECOM CORPORATION, 7301-A W. PALMETTO PK RD, BOCA RATON, FL 33433

10925   TELECOM MARKETING, 24 COMMERCE ST., PAWTUCKET, RI 02860

10924   TELECOM MGMT SOLUTIONS, 570 DIVISION ST., CAMPBELL, CA 95008

10925   TELECOMUNICACOES BRASILEIRAS S/A TE, #NAME?, 13088-061-CAMPINAS, SAO PAULO, BRAZIL     *VIA Deutsche Post*

10925   TELECTRONICS PACING SYSTEMS, 14420 NW 60TH AVE, MIAMI LAKES, FL 33014

10925   TELECTRONICS PACING SYSTEMS, PO BOX 25202, MIAMI, FL 33102

10924   TELEDYNE BROWN ENG. ENV. SERVICE, 50 VAN BUREN AVE., WESTWOOD, NJ 07675

10924   TELEDYNE BROWN ENG., P.O.BOX 1235, WESTWOOD, NJ 07675-1235

10924   TELEDYNE BROWN ENGINEERING, 10707 GILROY, HUNT VALLEY, MD 21031

10924   TELEDYNE BROWN ENGINEERING, 300 SPARKMAN DRIVE, HUNTSVILLE, AL 35807

10924   TELEDYNE BROWN ENGINEERING, 50 VAN BUREN AVE., WESTWOOD, NJ 07675

10924   TELEDYNE BROWN ENGINEERING, PO BOX7007, HUNT VALLEY, MD 21031

10925   TELEDYNE CONTINENTAL MOTORS, 4200 WESTPARK DR S W, ATLANTA, GA 30336

10925   TELEDYNE CONTINENTAL, MOTORS, MOBILE, AL 36601

10925   TELEDYNE ELECTRIC TECHNOLOGIES, 12820 PANAMA ST, LOS ANGELES, CA 90066

10925   TELEDYNE FARRIS ENGINEERING, PO BOX 360751M, PITTSBURGH, PA 15230

10925   TELEDYNE FARRIS ENGR., 3 HILLSIDE AVE, PO BOX 195, COCKEYSVILLE, MD 21030

10925   TELEDYNE INC, MS MARNEY BUCHANAN, 1901 AVE OF THE STARS, LOS ANGELES, CA 90067

10925   TELEDYNE INC/ALLEGHENY TELEDYNE INC, JOHN E BEARD III, 535 SMITHFIELD ST, HENRY W OLIVER BLDG, PITTSBURGH, PA 15222-2312

10925   TELEDYNE INDUSTRIES INC, 12333 W OLYMPIC BLVD, LOS ANGELES, CA 90064

10925   TELEDYNE MICROELECTRONICS, 12820 PANAMA ST, LOS ANGELES, CA 90066

10925   TELEDYNE MICROELECTRONICS, PO BOX 66338, LOS ANGELES, CA 90066

10925   TELEDYNE SYSTEMS CO, 1425 HIGGS RD, LEWISBURG, TN 37091

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 TELEDYNE SYSTEMS, MELANIE S CIBIK, 2049 CENTURY PARK EAST, 15TH FL, LOS ANGELES, CA 90067-3101

10925 TELEDYNE TECHNOLOGIES INCORPORATED, MELANIE S CIBIK ASSOCIATE GEN COUN, 2049 CENTURY PARK EAST, 15TH FL, LOS ANGELES, CA 90067-3101

10924 TELEDYNE WIRZ INC., 4TH & TOWNSEND STREETS, CHESTER, PA 19016

10924 TELEDYNE WIRZ INC., CLEVELAND & CONNECTICUT STREETS, ROCHESTER, PA 15074

10924 TELEDYNE, 8 DELTA DRIVE, LONDONDERRY, NH 03053

10925 TELEFLEX DEFENSE, 1800 NORTH 300 WEST, SPANISH FORK, UT 84660

10925 TELEFLEX INCORPORATED (TALLEY CORP), STEVEN K CHANCE VP AND GEN COUN,

10925 TELEMAQUE, JEAN, 30 COLUMBUS AVE, SPRING VALLEY, NY 10977

10925 TELEMECANIQUE INC, 2002 BETHEL ROAD, WESTMINSTER, MD 21157

10925 TELEPHONETICS, PO BOX 30056, HARTFORD, CT 06150-0056

10924 TELEPHONICS CORPORATION, 770 PARK AVENUE, HUNTINGTON, NY 11743

10924 TELEPHONICS CORPORATION, 815 BROAD HOLLOW ROAD, FARMINGDALE, NY 11735-3937

10925 TELE-PROS, POBOX 648, SLINGER, WI 53086

10925 TELESCA, DONATO, 911 BEAVERBANK CIRCLE, TOWSON, MD 21286-3314

10925 TELETECH COMMUNICATIONS, 9693H GERWIG LANE, COLUMBIA, MD 21046

10925 TELE-TECTOR OF MARYLAND, INC, 5723 REISTERSTOWN RD., BALTIMORE, MD 21215

10925 TELE-TECTOR OF MARYLAND, INC, PO BOX 18099, MERRIFIELD, VA 22118-0099

10925 TELETOUCH, PO BOX 650554, DALLAS, TX 75265-0554

10925 TELEX COMMUNICATIONS, 8601 NE HWY 6, LINCOLN, NE 68505

10925 TELFER, TODD, 409 BEZDEK DR NW, CEDAR RAPIDS, IA 52405

10925 TELFORD, BRAIN, RRR 2 BOX 48, LAKE VILLAGE, IN 46349

10925 TELFORD, JOAN, 2047 MALLARD WAY, LITHONIA, GA 30058

10925 TELFORD, LINDA, 4078 W ST RD 10, LAKE VILLAGE, IN 46349

10925 TELFORD, MARGARET, 276 S WALTER AVE, NEWBURY PARK, CA 91320

10925 TELGHEDER, MARGARET, 75 SPRING VALLEY RD, MONTVALE, NJ 07645

10925 TELGHEDER, WILLIAM, 75 SPRING VALLEY RD, MONTVALE, NJ 07645

10924 TELIGENT INC, 21200 MELROSE AVE ATTN C SINGELYN, SOUTHFIELD, MI 48075

10925 TELLABS OPS. INC., PO BOX 1067, CHARLOTTE, NC 28201-1067

10924 TELLABS, 1415 DIEHL ROAD, NAPERVILLE, IL 60540

10924 TELLABS, C/O J.L. MANTA, BOLINGBROOK, IL 60440

10925 TELLEZ, GUADALUPE, 2300 IRONBARK, OXNARD, CA 93030

10925 TELLIER, RICHARD, 9 BLUE BERRY ROAD, WINDHAM, NH 03087

10925 TELLIER, SR, RICHARD, 9 BLUEBERRY ROAD, WINDHAM, NH 03087

10925 TELLIS, KEITH, 302 9TH ST NE, WASHINGTON, DC 20007

10925 TELLO, CATHERINE, 2906 COLUMBUS AVE, A, FORT WORTH, TX 76106

10925 TELLO, CECILIA, 2225 HOUSTON, FT WORTH, TX 76106

10925 TELLOR, JANET, 238 SOUTH 8TH ST, MURPHYSBORO, IL 62966

10925 TELLOR, WENDY, 2905 TOM LEE, DENTON, TX 76205

10924 TELLURIDE GRAVEL CO, ATTN:  ACCOUNTS PAYABLE, TELLURIDE, CO 81435

10924 TELLURIDE GRAVEL COMPANY, 270 HIGHWAY 625, TELLURIDE, CO 81435

10924 TELLURIDE GRAVEL COMPANY, POST OFFICE BOX 445, TELLURIDE, CO 81435

10925 TELLY GOLDSTEIN, 2222 E 26TH ST, BROOKLYN, NY 11229-4942

10925 TELOG, 830 CANNING PKWY, VICTOR, NY 14564

10925 TELSCO INDUSTRIES, PO BOX 180205, DALLAS, TX 75218

10925 TELSCO/WEATHERMATIC, PO BOX 180205, DALLAS, TX 75218-0205

10924 TELSTRAT OFFICE BUILDING, 6900 AVENUE K, PLANO, TX 75074

10925 TELTECH INC, 153 CHASE AVE, PROVIDENCE, RI 02906

10925 TELTECH, DEPT CH10931, PALATINE, IL 60055-0931

10924 TELTEK SALES, 4700 PARKSIDE AVE, PHILADELPHIA, PA 19131

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TELTRONIC OF BALTIMORE, INC, 2221 GABLE AVE., BALTIMORE, MD 21230 | |
| 10925 | TEMBEC, CP 3000, TEMISCAMING, QC J0Z 3R0CANADA | *VIA Deutsche Post* |
| 10925 | TEMCO, PO BOX 748, HIBBING, MN 55746 | |
| 10924 | TEMERITY FOLIAGE NURESRY, 563 KELLY PARK RD, APOPKA, FL 32712 | |
| 10924 | TEMESCULE CANYON HIGH SCHOOL, LAKE ELSINORE, CA 92530 | |
| 10925 | TEMEX ELECTRONICS, 3030 WEST DEER VALLEY ROAD, PHOENIX, AZ 85027 | |
| 10925 | TEMIC MEXICO SA DE CV, AEROPUERTO INTERNACIONAL DE LA, CIUDADDE MEXICO, -, 0MEXICO | *VIA Deutsche Post* |
| 10925 | TEMIC MEXICO SA DE CV, PARQUE IND CUAUTLA CP 62743, CD VILLA DE AYALA MORELOS MEXICO, -, 0MEXICO | *VIA Deutsche Post* |
| 10925 | TEMP ENGINEERING INC, 18 DEL CARMINE ST, WAKEFIELD, MA 01880 | |
| 10925 | TEMPCO TEMPORARIES CO., PO BOX 1535, HOUSTON, TX 77251-1535 | |
| 10924 | TEMPE POLICE, STRATIFORM, TEMPE, AZ 85280 | |
| 10925 | TEMPERLE, CHRISTINE, 450 GREENTREE LANE, BOLINGBROOK, IL 60440 | |
| 10924 | TEMPIL INC., 2901 HAMILTON BLVD, SOUTH PLAINFIELD, NJ 07080 | |
| 10925 | TEMPKA, ELIZABETH, 2642 N.MARSHFIELD, CHICAGO, IL 60614 | |
| 10925 | TEMPLE BAPTIST CHURCH, 213 WEST CURTIS, SIMPSONVILLE, SC 29681 | |
| 10924 | TEMPLE ENVIRONMENTAL SERVICES, 920 ULRICH AVENUE, LOUISVILLE, KY 40219 | |
| 10925 | TEMPLE GYPSUM CO ( CUSTOMER SIDING), 1000 N 7TH ST, WEST MEMPHIS, AR | |
| 10924 | TEMPLE GYPSUM CO, 540 E BARTON, WEST MEMPHIS, AR 72301 | |
| 10924 | TEMPLE INLAND, 540 E. BARTON, WEST MEMPHIS, AR 72303 | |
| 10924 | TEMPLE INLAND, OFF HWY 277 NORTH, FLETCHER, OK 73541 | |
| 10924 | TEMPLE INLAND, RT 1, FLETCHER, OK 73541 | |
| 10925 | TEMPLE OF ISRAEL, 400 SPRING FOREST ROAD, GREENVILLE, SC 29615 | |
| 10925 | TEMPLE UNIVERSITY FOX SCHOOL, 111 SPEAKMAN HALL (006-00), PHILADELPHIA, PA 19122 | |
| 10925 | TEMPLE UNIVERSITY OF THE COMMONWEAL, HALE & DORR L.L.P., 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004 | |
| 10925 | TEMPLE UNIVERSITY OF THE COMMONWEAL, TEMPLE UNIVERSITY, 400 CARNELL HALL, 1801 N. BROAD ST, PHILADELPHIA, PA 19122 | |
| 10924 | TEMPLE UNIVERSITY, APOLLO UNIVERSITY, PHILADELPHIA, PA 19105 | |
| 10925 | TEMPLE, DANA, RT 2 BOX 482-B, FARMERVILLE, LA 71241 | |
| 10925 | TEMPLE, DAVID, 221 HICKORY RIDGE RD, FLORENCE, MS 39073 | |
| 10925 | TEMPLE, J, PO BOX 1507, JOHNS ISLAND, SC 29457-1507 | |
| 10925 | TEMPLE, SARALE, 5008 LYDIA AVE, KANSAS CITY, MO 64110 | |
| 10925 | TEMPLE, THOMAS, 427 W. RIVER ST., MOMENCE, IL 60954 | |
| 10925 | TEMPLET, JAMES, 26 TANAGER TRAIL, THE WOODLANDS, TX 77381 | |
| 10925 | TEMPLETON, HOLLY, 13 CHINABERRY LANE, SIMPSONVILLE, SC 29680 | |
| 10925 | TEMPLETON, JEFF, 3308 S.E. 89TH LOT 407, OKLAHOMA CITY, OK 73135 | |
| 10925 | TEMPLETON, JOHN, N146 TURTLECREEK DRIVE, GREENVILLE, SC 29615 | |
| 10925 | TEMPLETON, S. LEE, ROUTE 1 BOX 44C, MURRELLS INLET, SC 29576 | |
| 10925 | TEMPLETON, TAMMY, 12809 ASBURY DR., FORT WASHINGTON, MD 20744 | |
| 10925 | TEMPLIN, CHARLES, 1941 NO NAME LN, NEW HOPE, PA 18938 | |
| 10925 | TEMPLIN, KAREN, 1792 BOXWOOD DR, ACWORTH, GA 30102 | |
| 10925 | TEMPLIN, RONALD, 12475 ST MICHEL, HOUSTON, TX 77015 | |
| 10925 | TEMPLO, IRISH, 2881 WALNUT HILL LN.HILL LN. #2121, IRVING, TX 75038 | |
| 10924 | TEMPLOCK CORPORATION, 2901 STURGESS ROAD, OXNARD, CA 93030 | |
| 10925 | TEMPO MUSIC & TALENT, 21218 ST ANDREWS BLVD, BOCA RATON, FL 33433 | |
| 10924 | TEMPORARY CASINO, MUNICIPAL AUDITORIUM, NEW ORLEANS, LA 70150 | |
| 10925 | TEMPORARY MATERIAL STORAGE, 106 E. RUSSELL ST., WELSH, LA 70591 | |
| 10925 | TEMPORARY PROFESSIONALS INC, 1402 EAST FOURTH ST, OWENSBORO, KY 42303 | |
| 10925 | TEMPORARY SOLUTIONS INC, POBOX 2474, MANASSAS, VA 22110 | |
| 10925 | TEMPS & CO SERVICES,INC, PO BOX 7247-0153, PHILADELPHIA, PA 19170-0153 | |
| 10925 | TEMPS & CO, POBOX 75188, BALTIMORE, MD 21275 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TEMPS & CO., 401 E. PRATT ST., STE. 221, THE WORLD TRADE CENTER, BALTIMORE, MD 21201

10925   TEMPS & CO., DRAWER CS 100482, ATLANTA, GA 30384-0482

10925   TEMPS & CO., PO BOX 75188, BALTIMORE, MD 21275

10925   TEMTEC, INC, PO BOX 659, SPRING VALLEY, NY 10977-0659

10925   TEN OAKS BALLROOM, PO BOX 7, CLARKSVILLE, MD 21029

10925   TEN STAR TRUCK WASH, 3922 ELEVENTH ST, BROOKSHIRE, TX 77423

10925   TENACIOUS CLEANING SVCS. INC., 799 ROOSEVELT RD., GLEN ELLYN, IL 60137

10925   TENAGLIA, FILENO, 72 BARTOW ST, STATEN ISLAND, NY 10308

10925   TENANT-TURNOVER SERVICES, PO BOX 1019, TONGANOXIE, KS 66086

10924   TENAX FINISHING PRODUCTS, 390 ADAMS STREET, NEWARK, NJ 07114

10925   TENCARVA MACHINE CO., POBOX 751650, CHARLOTTE, NC 28275-1650

10925   TENCARVA MACHINERY CO, POBOX 751650, CHARLOTTE, NC 28275-1650

10925   TENCARVA MACHINERY COMPANY, PO BOX 16118, GREENVILLE, SC 29606

10925   TENCARVA MACHINERY, PO BOX 35705, GREENSBORO, NC 27425-5705

10925   TENCH, DENISE, 26 OAKLEY ST, DORCHESTER, MA 02124

10925   TENDICK, EDWIN, 1328 HWY 417, MOORE, SC 29369-9508

10925   TEN-E PACKAGING SERVICES, INC, 1666 COUNTY RD. 74, NEWPORT, MN 55055

10925   TENENBAUM, DARYN, 374 CHERRY FARM RD, HARRISVILLE, RI 02830

10925   TENEYCK, DAVID, MAIN ST APT 206, MORRISTOWN, NY 13664

10925   TENEYCK, EARL, 20262 PEACHLAND BLVD, PT CHARLOTTE, FL 33954

10925   TENEYCK, TODD, PO BOX 3672, S PADRE ISLAND, TX 78597

10925   TENISEAL CORPORATION, 5801 ERDMAN AVE, BALTIMORE, MD 21205

10925   TENN ASSOC OF BUSINESS, 611 COMMERCE ST, NASHVILLE, TN 37203-3742

10925   TENN, BEN, 134, 134, NY, NY 11111

10925   TENN, SIXTYTWO, 134, 134, NY, NY 11111

10925   TENNANT CO, PO BOX 71414, CHICAGO, IL 60694-1414

10925   TENNANT CO., CORNER EAST RD., NORCROSS, GA 30092

10925   TENNANT CO., PO BOX 71414, CHICAGO, IL 60694-1414

10925   TENNANT COMPANY, PO BOX 1452, MINNEAPOLIS, MN 55440

10925   TENNANT COMPANY, PO BOX 71414, CHICAGO, IL 60694-1414

10925   TENNANT SWEEPER, 1250 LOUIS, ELK GROVE VILLAGE, IL 60007

10925   TENNANT, PO BOX 71414, CHICAGO, IL 60694-1414

10925   TENNANT, STORMIE, 8440 EASTON COMMONS DR, 305, HOUSTON, TX 77095

10925   TENNANT, WILLIAM, 12 PERRAULT RD AP#5, NEEDHAM, MA 02194

10924   TENNECO PACKAGING C/O SPRAY INS, 1900 W. FIELD STREET AT ROUTE 60, LAKE FOREST, IL 60045

10925   TENNECO PACKAGING SYSTEMS, PO BOX 1067, CHARLOTTE, NC 28201-1067

10924   TENNECO PACKAGING, 9200 OLD NCGREGOR HWY., WOODWAY, TX 76712

10925   TENNENHOUSE, LAURA, 1328 15TH ST, TRYO, NY 12180

10925   TENNENHOUSE, LAURA, 49 RALEIGH RD, BELMONT, MA 02478

10925   TENNES, BEN, HC73 BOX 195D, DRURY, MO 65638

10925   TENNESSEAN/NASHVILLE BANNER, THE, PO BOX 24887, NASHVILLE, TN 37202

10925   TENNESSEAN/NASHVILLE BANNER, THE, PO BOX 24887, NASHVILLE, TN 37202-4887

10925   TENNESSEE ATTY GENERAL, ATTN: PAUL G SUMMERS, 500 CHARLOTTE AVE, NASHVILLE, TN 37243

10925   TENNESSEE BAR ASSOC, 3622 WEST END AVE, NASHVILLE, TN 37205-2403

10924   TENNESSEE CHRISTIAN MEDICAL CTR., C/O HICO CONCRETE, PORTLAND, TN 37148

10925   TENNESSEE DEPT OF AGRICULTURE, BOX 40627, NASHVILLE, TN 37204

10925   TENNESSEE DEPT OF ENVIR & CONSERV, L&C TOWER, 401 CHURCH ST, 21ST FL, NASHVILLE, TN 37243

10925   TENNESSEE DEPT OF ENVIRONEMENT & CONSERVATION, 401 CHURCH ST 21ST FLR, L & C TOWER, NASHVILLE, TN 37243-0435

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TENNESSEE DEPT OF ENVIRONMENT & CONSERV, ATTN: THOMAS MCINTIRE, ESQ, OFFICE OF GENERAL COUNSEL, 312 8TH AVE N, SNODGRASS TOWER 25TH FLR, NASHVILLE, TN 37243-1548

10925   TENNESSEE DEPT OF ENVIRONMENT & CONSERV, DIV OF SUPERFUND, ATTN: RON SEALS, FIELD OFF MGR, 362 CARRIAGE HOUSE DR, JACKSON, TN 38305

10925   TENNESSEE DEPT OF ENVIRONMENT & CONSERV, DIV OF SUPERFUND, ATTN: TIM STEWART, 401 CHURCH ST, NASHVILLE, TN 37243

10925   TENNESSEE DEPT OF REVENUE, 500 DEADERICK ST, NASHVILLE, TN 37242

10924   TENNESSEE EASTMAN COMPANY, BLDG.267 MH41, KINGSPORT, TN 37662

10924   TENNESSEE EASTMAN COMPANY, PO BOX 511, KINGSPORT, TN 37662

10924   TENNESSEE EASTMAN COMPANY, RECEIVING/BLDG.177, KINGSPORT, TN 37662

10924   TENNESSEE EASTMAN DIVISION, EASTMAN CHEMICAL COMPANY, PO BOX 511, KINGSPORT, TN 37662

10924   TENNESSEE GLASS WHOLESALERS, 1722A LOUISVILLE DRIVE, KNOXVILLE, TN 37921

10925   TENNESSEE PARALEGAL ASSOC, 402 CHURCH ST, TRENTON, TN 38382

10925   TENNESSEE PARALEGAL ASSOC, POBOX 305, KNOXVILLE, TN 37901-0305

10925   TENNESSEE PARALEGAL ASSOCIATION, 414 UNION ST #1600, NASHVILLE, TN 37219

10925   TENNESSEE PARALEGAL ASSOCIATION, PO BOX 1638-M-0312, CHATTANOOGA, TN 37401-1638

10924   TENNESSEE PRECAST SYSTEMS, 468 INDUSTRIAL PARK BLVD., CUMBERLAND CITY, TN 37050

10924   TENNESSEE READY MIX, 86 UNITED, JACKSON, TN 38305

10925   TENNESSEE READY MIXED CONCRETE ASSO, 1161 MURFREESBORO ROAD STE 521, NASHVILLE, TN 37217

10924   TENNESSEE RENTALS & SALES INC, 757 AIRWAYS BLVD, JACKSON, TN 38301

10924   TENNESSEE RENTALS & SALES, 757 AIRWAYS BLVD., JACKSON, TN 38301

10925   TENNESSEE SAFETY CONGRESS, PO BOX 190601 UPTOWN STATION, NASHVILLE, TN 37219-0601

10925   TENNESSEE SCALE WORKS, 6115 ROBERTSON AVE, NASHVILLE, TN 37209

10924   TENNESSEE STATE UNIVERSITY, NASHVILLE, TN 37200

10924   TENNESSEE TECHNICAL COATINGS CORP., 1421 HIGGS ROAD, LEWISBURG, TN 37091

10924   TENNESSEE TECHNICAL COATINGS CORP., PO BOX 1698, LEWISBURG, TN 37091

10924   TENNESSEE VALLEY AUTH, 1101 MARKET STREET, CHATTANOOGA, TN 37402

10924   TENNESSEE VALLEY AUTHORITY, HWY 72, HOLLYWOOD, AL 35752

10924   TENNESSEE VALLEY AUTHORITY, HWY 72, SHEFFIELD, AL 35660

10924   TENNESSEE VALLEY AUTHORITY, PO BOX15500, KNOXVILLE, TN 37901-5500

10924   TENNESSEE VALLEY AUTHORITY, SERVICE BLDG., SHEFFIELD, AL 35660

10924   TENNESSEE VALLEY AUTHORITY, SERVICE SECTION, SHEFFIELD, AL 35660

10924   TENNESSEE VALLEY INDUSTRIAL SUPPLY, 3220 HWY. 31 SOUTH A-1, DECATUR, AL 35603

10924   TENNESSEE VALLEY WHSL., 1833 GLENN ST., DECATUR, AL 35603

10924   TENNESSEE VALLEY WHSL., P.O. BOX 5805, DECATUR, AL 35601

10925   TENNESSEE, ED LEWIS, 5610 DUOTO, HOUSTON, TX 77091

10925   TENNETT, RUTH, 611 ROSA AVE., CROYDON, PA 19021

10925   TENNEY ENGINEERING INC, POBOX 3142, UNION, NJ 07083-1942

10925   TENNEY ENVIRONMENTAL, 4 QUALITY ST, WILLIAMSPORT, PA 17701

10925   TENNISON, BARBARA, 14452 EVANS LANE, SARATOGA, CA 95070-5602

10925   TENNISON, RORY, 1112 VIET ROAD, NEWPORT, WA 99156

10925   TENNMAX TRADING CORPORATION, 2 FL NO 2 ALLEY 11 LANE 203, TAIPEI HSIEN, 0TAIWAN    *VIA Deutsche Post*

10925   TENNORT, BONNIE, PO BOX 2953, GULFPORT, MS 39505

10925   TENNYSON, EILEEN, 6308 VEL DR., FORT WORTH, TX 76112

10925   TENNYSON, NICKY, 219 ROSE LANE, DEATSVILLE, AL 36022

10925   TENO, MICHAEL, RR1, BOX 170, PERU, IA 50222

10925   TENORIO, CARLA, PO BOX 237, SANTO DOMINGO, NM 87052

10925   TENORIO, MARGIE, 4435 HANOVER ST, GRAND PRAIRIE, TX 75052

10925   TENREIRO, ANA, 11 AIGAN PLACE, PAWTUCKET, RI 02860

10925   TENSITRON, INC, 1668 VALTEC LANE, BOULDER, CO 80301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TENTION, JOYCE, 217 HAZELWOOD PL, PISCATAWAY, NJ 08854

10925   TENWINKEL, CHARMAINE R, 1205 RIVER PLACE BLVD, WAUKESHA, WI 53189-7750

10925   TENWINKEL, CHARMAINE, 1205 RIVER PLACE BLVD, WAUKESHA, WI 53189

10925   TENZER, FRANK, 267-1D GEMINI DRIVE, HILLSBOROUGH, NJ 08876

10925   TEODORO, HERMES S, 9 RAMSEY AVE, HILLSIDE, NJ 07301

10925   TEODOSIO, DANIEL, 10907 OLDE WOODS WAY, COLUMBIA, MD 21044

10925   TEORCO, MAHER & MAHER LLP, 660 NEWPORT CTR DR #1600, NEWPORT BEACH, CA 92660

10925   TEPLITZKY, GERALD, 96 BENT ROAD, SUDBURY, MA 01776-2743

10925   TEPPER, JENNIFER, 138 JEARL DRIVE, EASLEY, SC 29640

10925   TEPPER, JOHN, 6101 DURBIN RD, BETHESDA, MD 20817

10925   TER MEER-MUELLER-STEINMEISTER, MAUERKIRCHERSTRASSE 45, MUNCHEN 80, 81679GERMANY    *VIA Deutsche Post*

10924   TERA ROOFING, 14562 SAN BERNADINO AVE, FONTANA, CA 92334

10924   TERA ROOFING, ATTN: ACCOUNTS PAYABLE, FONTANA, CA 92334

10924   TERA ROOFING, ATTN: ACCOUNTS PAYABLE, FONTANA, CA 92334

10924   TERADYNE BUILDINGS 3 & 4, 700 RIVER PARK DRIVE, NORTH READING, MA 01864

10925   TERADYNE INC, RICH LUPIEN, 321 HARRISON AVE, BOSTON, MA 02118

10924   TERADYNE, CONCORD STREET, NORTH READING, MA 01864

10925   TERANCE L SMITH &, AMY SMITH JT TEN, 14600 PENROD ST, DETROIT, MI 48223-2358

10925   TERBEEK, NORMA, RT 1 GARNETT ST, MAYSVILLE, GA 30558

10925   TERBOT II, JOHN, 7755 CEDAR FALLS LA, WESTCHESTER, OH 45069

10925   TERBOT, JOHN, 7755 CEDAR FALLS LN., WEST CHESTER, OH 45069

10925   TERCENTENNIAL FUND OF THE FIRST, 4 GEORGETOWN ROAD, BOXFORD, MA 01921

10925   TERESA AGOSTINO, 2134 63RD ST, BROOKLYN, NY 11204-3058

10925   TERESA ANN PUPPO, 1470 SHERIDAN ST, APT 4, HOLLYWOOD, FL 33020-2281

10925   TERESA CATH KAYSER &, CATHERINE KAYSER JT TEN, 321 EAST 18TH ST, BROOKLYN, NY 11226-5207

10925   TERESA E GOODE &, CHRIST L GOODE JT TEN, 24322 W 79TH ST, SHAWNEE MSN, KS 66227-2817

10925   TERESA FOX, 128 HINSDALE AVE, WINSTED, CT 06098

10925   TERESA GARCIA ELMORE, ALAMEDA PARDO 298 MIRAFLORES, LIMA, PERU    *VIA Deutsche Post*

10925   TERESA KD CURRIER, ESQ, KLETT, ROONEY, LIEBER & SC, 1000 WEST ST #1410, PO BOX 1397, WILMINGTON, DE 19899-1397

10925   TERESA LEE STEEL, 274 CAPOTE CT. WEST, SEVERNA PARK, MD 21146

10925   TERESA LOAIZA, 7237 E GAGE AVE, LOS ANGELES, CA 90040

10925   TERESA LOAIZA, 7237 EAST GAGE AVE., LOS ANGELES, CA 90040

10925   TERESI, JAMES, 19 BIRCHSTONE CT, SIMPSONVILLE, SC 29681

10925   TERESSA METCALF, RT 4 BOX 417, STILLWATER, OK 74074-9601

10925   TERGEVORKIAN, ARMEN, 63-32 75 ST., MIDDLE VILLAGE, NY 11379

10925   TERHORST, CHRISTINE, 5714 CRESTMONT AVE., VERONA, PA 15147

10925   TERI/THE EDUCATION RESOURCES INST., PO BOX 9123, BOSTON, MA 02117-9123

10925   TERIC EQUIPMENT CO, PO BOX 49, SOUTH HOLLAND, IL 60473

10925   TERILLI, PATRICIA, 5 ANNA ST, HAVERHILL, MA 01832

10925   TERIN CORPORATION, 300 S MAIN AVE #102, SIOUX FALLS, SD 57104-6312

10925   TERLINGEN, DWIGHT, 4612-A COLONY ROAD, CHARLOTTE, NC 28226

10925   TERLIZZI, DANIEL, 520 INVICTA DRIVE, PITTSBURGH, PA 15235

10925   TERLIZZI, EVA, 88 ARDMAER DRIVE, BRIDGEWATER, NJ 08807

10925   TERLIZZI, FRANK, 119 RICELAN DRIVE, SIMPSONVILLE, SC 29681

10925   TERMEER-MULLER-STEINMEISTER &, MAUERKIRCHERSTRASSE 45, MUNCHEN, 81679GERMANY    *VIA Deutsche Post*

10924   TERMINAL 4, PHOENIX AIRPORT, PHOENIX, AZ 85001

10924   TERMINAL 5, SEATTLE, WA 98101

10924   TERMINAL A NORTH CONCOURSE, 2800 NORTH TERMINAL, HUMBLE, TX 77396

10924   TERMINAL HARDWARE, 824 EAST 8TH STREET, LOS ANGELES, CA 90021

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TERMINAL READY MIX INC, 524 COLORADO AVE, LORAIN, OH 44052 | |
| 10924 | TERMINAL READY MIX, INC., 524 COLORADO AVE, LORAIN, OH 44052 | |
| 10925 | TERMINAL SERVICES, POBOX 647, GALENA PARK, TX 77547 | |
| 10925 | TERMINAL-ANDRAE INC., 2110 W. CLYBOURN ST, MILWAUKEE, WI 53233 | |
| 10925 | TERMINI, JOHN, 1154 DALEVIEW DR, MCLEAN, VA 22102 | |
| 10925 | TERMINIX COMMERCIAL P, 2910 N 35TH AVE, PHOENIX, AZ 85017-5262 | |
| 10925 | TERMINIX COMMERCIAL P, 325 N PONDEROSA AVE STE 1, ONTARIO, CA 91761-1530 | |
| 10925 | TERMINIX INTERNATIONAL P, 2329 W MESCAL ST #303 1, PHOENIX, AZ 85029-4765 | |
| 10925 | TERMINIX INTERNATIONAL, 1304 N FEDERAL HWY, BOYNTON BEACH, FL 33435-3233 | |
| 10925 | TERMINIX INTERNATIONAL, 2245 W UNIVERSITY #17, TEMPE, AZ 85281-0000 | |
| 10925 | TERMINIX INTERNATIONAL, 2245 W. UNIVERSITY DR., #17, TEMPE, AZ 85281-7246 | |
| 10925 | TERMINIX INTERNATIONAL, 519 MALVERNE ROAD, WEST PALM BEACH, FL 33405-2652 | |
| 10925 | TERMINIX INTERNATIONAL, 5417 PECK RD, ARCADIA, CA 91006-5847 | |
| 10925 | TERMINIX INTERNATIONAL, 7625 HAMILTON PARK DR., CHATTANOOGA, TN 37421 | |
| 10925 | TERMINIX INTERNATIONAL, PO BOX 94716, BIRMINGHAM, AL 35220-4716 | |
| 10925 | TERMINIX SERVICE, PO BOX 2627, COLUMBIA, SC 29202 | |
| 10924 | TERMOLITA, S.A. DE C.V., CALLEJON DEL MARMOL 201, SANTA CATARINA, 66364MEXICO | *VIA Deutsche Post* |
| 10924 | TERMOLITA, S.A. DE C.V., COL. PRADERAS DE STA. CATARINA, STA. CATARINA, 66364MEXICO | *VIA Deutsche Post* |
| 10925 | TERPAK, THOMAS, 20 GRAMP DEANE RD, ASSONET, MA 02702 | |
| 10924 | TERPHANE INC., 2754 W. PARK DRIVE, BLOOMFIELD, NY 14469 | |
| 10924 | TERPHANE LTDA., 54500-000, CABO / PE, 999999999BRAZIL | *VIA Deutsche Post* |
| 10925 | TERRA AEROSPACE CORP, 2465 STEVENAGE DR, OTTOWA, ON K1G 3W5CANADA | *VIA Deutsche Post* |
| 10924 | TERRA DRILLING CO., INC., 582 MAIN STREET, HUDSON, MA 01749 | |
| 10925 | TERRA ENGINEERING & CONSTRUCTION CO, SCOTT A ZIMMERMAN PE VP, 2201 VONDRON ROAD, MADISON, WI 53704-6795 | |
| 10924 | TERRA INTERNATIONAL INC, 11464 N. 400 WEST, ALEXANDRIA, IN 46001 | |
| 10924 | TERRA INTERNATIONAL, CAMBRIDGE, MA 02140 | |
| 10924 | TERRACE POINT, 625 TERRACE POINT BLVD., MUSKEGON, MI 49440 | |
| 10925 | TERRACE, CAROLINE, 1840 MIDDLESEX ST, LOWELL, MA 01851-1121 | |
| 10924 | TERRACES AT WINDWARD, THE, 4010 WINDWARD PLAZA, ALPHARETTA, GA 30005 | |
| 10925 | TERRACIANO, ROSANNE, 75 DEPEW ST, DUMONT, NJ 07628 | |
| 10925 | TERRACON CONSULTANTS INC, PO BOX 931277, KANSAS CITY, MO 64193-1277 | |
| 10925 | TERRACON CORP., 5 BOYNTON RD., HOLLISTON, MA 01746 | |
| 10925 | TERRACON, PO BOX 419263, KANSAS CITY, MO 64193-1277 | |
| 10925 | TERRACON, PO BOX 931277, KANSAS CITY, MO 64193-1277 | |
| 10925 | TERRAL, JERRY, RT. 2 BOX 290, MINDEN, LA 71055 | |
| 10925 | TERRAMATRIX INC, POBOX 774018, STEAMBOAT SPRINGS, CO 80477 | |
| 10925 | TERRANCE J CONKLIN, 25 CHESTNUT AVE, PATCHOGUE, NY 11772 | |
| 10925 | TERRANOVA, RICHARD, S. 1824 AIRPART DRIV, NEW YORK, NY 10017 | |
| 10925 | TERRAPIN, 670 EXCHANGE PLACE SUITE C, LILBURN, GA 30047 | |
| 10925 | TERRAQUIP INC, 700 HUYLER ST, TETERBORO, NJ 07608 | |
| 10924 | TERRASSA CONCRET, CARRETERA 691, KM 2.4 BOSABANA, DORADO, PR 646PUERTO RICO | *VIA Deutsche Post* |
| 10924 | TERRASSA CONCRETE INDS., R/M PLANT, TOA ALTA, PR 953PUERTO RICO | *VIA Deutsche Post* |
| 10924 | TERRASSA CONCRETE INDS., URB SANTA ROSA, 35-17 CALLE 24, BAYAMON, PR 959PUERTO RICO | *VIA Deutsche Post* |
| 10924 | TERRASSA CONCRETE INDUSTRIES, BAYAMON, PR 959PUERTO RICO | *VIA Deutsche Post* |
| 10924 | TERRASSA CONCRETE INDUSTRIES, R/M PLANT, SAN JUAN, PR 979PUERTO RICO | *VIA Deutsche Post* |
| 10924 | TERRASSA CONCRETE INDUSTRIES, TOA ALTA, PR 953PUERTO RICO | *VIA Deutsche Post* |
| 10924 | TERRE HILL SILO COMPANY, 485 WEAVERLAND VALLEY RD., TERRE HILL, PA 17581 | |
| 10924 | TERRE HILL SILO COMPANY, ROUTE 897, TERRE HILL, PA 17581 | |
| 10924 | TERREBONNE GENERAL MEDICAL CENTER, 102 CAPITAL BLVD, HOUMA, LA 70360 | |
| 10924 | TERREBONNE LUMBER & CON C, 1533 MENVILLE ST, HOUMA, LA 70360 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  TERREBONNE, BLAKE, 11070 MEADE RD., 2112, BATON ROUGE, LA 70816

10925  TERREBONNE, DARRIN, PO BOX 732, GALLIANO, LA 70354

10925  TERREBONNE, JOSEPH, 118 EAST 142 ST, GALLIANO, LA 70354

10925  TERREBONNE, JR, STEVE, 110 SECOND ST, RACELAND, LA 70394

10925  TERREBONNE, MAURICE, PO BOX 1038, GRAND ISLE, LA 70358

10925  TERREBONNE, RANDY, PO BOX 62, CUT OFF, LA 70345-0062

10924  TERRELL ELEMENTARY SCHOOL, 901 NORTH RUSK, DENISON, TX 75020

10925  TERRELL JT TEN, JOHN H & MARY ANNE, 5432 E NITHSDALE DR, SALISBURY, MD 21801-2461

10925  TERRELL, BARBARA, PO BOX 772, COVINGTON, GA 30209

10925  TERRELL, EDARD, 1288 38TH ST, WINTER HAVEN, FL 33801-2257

10925  TERRELL, ESTELLE, 2549 S WANAMAKER ST, PHILADELPHIA, PA 19143

10925  TERRELL, EYVONNE, 2324 SUMMER AVE, WACO, TX 76708

10925  TERRELL, GEORGE, 1736 N WEBSTER AVE, LAKELAND, FL 33805-9998

10925  TERRELL, GREG, 4924 BAYBERRY, WICHITA FALLS, TX 76310

10925  TERRELL, HERBERT, 4906 GEORGE, WICHITA FALLS, TX 76302

10925  TERRELL, LAMPTON, PO BOX 784, SUN, LA 70463

10925  TERRELL, PATRICIA, 6431 SILVERY MOON DR, DALLAS, TX 75241

10925  TERRENCE E GRIMM &, CAROL J GRIMM JT TEN, 3107 PAR ST, FARGO, ND 58102-1731

10925  TERRENCE J. DOYLE, 34 GURNEY ST, CAMBRIDGE, MA 02318

10925  TERRENCE MIMNAUGH & PATRICIA, MIMNAUGH JT TEN, 24 COUNTRY LANE, MAHOPAC, NY 10541-4204

10925  TERRENCE W LABELLE, 17 EAST ELISHA ST, WATERLOO, NY 13165-1402

10925  TERRERI, CORA, 60 EAST 9TH ST, 425, NEW YORK, NY 10003

10925  TERREZ, RITA, 513 1/2 SUNSET DR, HOBBS, NM 88240

10925  TERRI E.R. PRUNTY, 4612 RUNNYMEADE RD, OWINGS MILLS, MD 21117-6220

10925  TERRI JO STELPFLUG &, DONALD C STELPFLUG JT TEN, 2501 MOHICAN AVE, INDEPENDENCE, MO 64057-2220

10925  TERRI MICHELLE LEWIS, 6711 TRAFALGER SQ, NORCROSS, GA 30093

10925  TERRI S BEAN, 960 ORCHARD ROAD, MARION, IA 52302-4625

10925  TERRIAN, MEGAN, 7 WYSOCKI DRIVE, DUDLEY, MA 01571

10924  TERRIBONE LUMBER, 1533 MENVILLE ST., HOUMA, LA 70360

10925  TERRIEN, MICHAEL, 3033 MAPLE GROVE DRIVE, MADISON, WI 53719

10925  TERRIEN, TODD, 24 MONROE ST., LOWELL, MA 01850

10925  TERRILL N MURFF, 6050 W 51ST ST, CHICAGO, IL 60638

10925  TERRILL, CATHLEEN, 4012 VILLA NOVA RD., BALTIMORE, MD 21207

10925  TERRILL, DEIDRE, 284 HOGAN, JONESBORO, LA 71251

10925  TERRILL, JOE, 1727 S SAVANNAH CT, VISALIA, CA 93277

10925  TERRISS CONSOLIDATED INDUSTRIES INC, POBOX 110, ASBURY PARK, NJ 07712

10925  TERRONES, ALDO, 11 FRANKLIN AVE APT 2, HARRISON, NJ 07029

10925  TERRONES, JOSE, 11 FRANKLIN AVE APT 3, HARRISON, NJ 07029

10925  TERRY A FOOTE, 110 COUNTY RD 1660, CULLMAN, AL 35055

10925  TERRY A. SUTTER, 21 AMMERMAN WAY, CHESTER, NJ 07930

10925  TERRY ALLEN TAYLOR, 2615 SIR BARTON COURT, OWENSBORO, KY 42301-4194

10925  TERRY BEACH EDWARDS &, ROY A EDWARDS III JT TEN, WILLOWBROOK 73, HUTCHINSON, KS 67502-8947

10925  TERRY BRIGGS, HWY 221, ENOREE, SC 29335

10924  TERRY CARTER - GRACE EMPLOYEE, DORAVILLE, GA 30340

10924  TERRY CONKLIN, 25 CHESTNUT AVENUE, PATCHOGUE, NY 11772

10925  TERRY CROSS, 3653 BARBARA DR, DOUGLASVILLE, GA 30135-2857

10925  TERRY D DUNN &, GERI A DUNN JT TEN, RT 1, CEMENT, OK 73017-9801

10925  TERRY DE BATE, 9860 NW 18TH PL, PLANTATION, FL 33322-7605

10924  TERRY DURIN COMPANY, 409 7TH AVE SE, CEDAR RAPIDS, IA 52406

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TERRY FLEITES, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10924   TERRY HIGH SCHOOL, 235 WEST BEASLEY STREET, TERRY, MS 39170

10925   TERRY HOGUE, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10924   TERRY JOHNSON TRUCKING DBA TRIPLE J, 8270 E. LACEY, HANFORD, CA 93230

10924   TERRY JOHNSON TRUCKING, 8270 EAST LACEY, HANFORD, CA 93231

10925   TERRY L HARRISON, 41 THOREAU RD, NORTHBOROUGH, MA 01532

10925   TERRY L JACKSON, 14 WAYNE DR, TAYLORS, SC 29687-4845

10925   TERRY L KEMERER, 188 OLD WINCHESTER ROAD, WARWICK, MA 01378

10925   TERRY L SIMS, PO BOX 584, BLANCHARD, OK 73010-0584

10925   TERRY L VINESS, 559 CHARING CROSS DR, MARIETTA, GA 30066

10924   TERRY LABORATORIES, 390 N WICKHAM ROAD, MELBOURNE, FL 32935

10925   TERRY LEVINE, 2250 IBIS ISLE RD, PALM BEACH, FL 33480

10925   TERRY P COMERFORD &, MARJORIE C COMERFORD JT TEN, 2708 SUNNY SLOPE RD, BRIDGEWATER, NJ 08807-3622

10925   TERRY S CHERN, 14748 BOYCES COVE DR, MIDLOTHIAN, VA 23112

10925   TERRY S SCOTT &, JANICE C SCOTT JT TEN, 20251 OXFORD RD, SALESVILLE, OH 43778-9748

10925   TERRY SMITH, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   TERRY SR, MATTHEW, 5718 SANDS POINT, LAKELAND, FL 33809-3086

10925   TERRY TYLER MD PSC, PO BOX 2039, OWENSBORO, KY 42302-2039

10925   TERRY W HADDOCK, HWY 221, ENOREE, SC 29335

10925   TERRY W. MELTON, 307 S.OAKWOOD AVE., WILLOW SPRINGS, IL 60480

10925   TERRY WELCH, 1035 KENTFIELD DR, SALINAS, CA 93901-1065

10925   TERRY, BOBBY, 82 COLLINGWOOD AVE, WHITEHALL, OH 43213-1702

10925   TERRY, CECELIA, 2026 W. PALO VERDE, PHOENIX, AZ 85015

10925   TERRY, CHYRELL, 225 N. PARK ST, EAST ORANGE, NJ 07017

10925   TERRY, CORNELIUS, 1751 DEVON, YPSILANTI, MI 48197

10925   TERRY, DANIELLE, 24 COVINGTON ROAD, FOX LAKE, IL 60020

10925   TERRY, DAVID, 115 NGRAYSON ST., NEWBERN, TN 38059

10925   TERRY, DEBBIE, 15 ROBINSVIEW LANE, SPARTANBURG, SC 29301

10925   TERRY, EDNA, 306 STONEHAVEN CT, LEXINGTON, SC 29272

10925   TERRY, ERNEST, 315 AMANA AVE, BRANDON, FL 33510

10925   TERRY, JACOB, 1473 CO. RD. 94, MOULTON, AL 35650

10925   TERRY, JAMES, 1100 STELLA DRIVE, ASHLAND, KY 41102

10925   TERRY, JAMES, 2186 ALDER PLACE, CRAIG, CO 81625-2524

10925   TERRY, JEAN, PO BOX 426, BARTOW, FL 33830-0426

10925   TERRY, JEFFREY, 550 BIRDSONG DRIVE, LEAGUE CITY, TX 77573-2548

10925   TERRY, JENNIFER, 1806 CORDOVA DR, MESQUITE, TX 75150

10925   TERRY, JERRY, RR1 BOX 1384, HEAVENER, OK 74937-9710

10925   TERRY, JOE, 233 TERRY SHOP ROAD, FOUNTAIN INN, SC 29644

10925   TERRY, JONATHAN, 2110 ALDER PLACE, CRAIG, CO 81625

10925   TERRY, JONES, 170 PENNINGTON ROAD, FOUNTAIN INN, SC 29644

10925   TERRY, KENNETH, 7247 ANTOINETTE CIR, NAVARRE, FL 32566

10925   TERRY, LARRY, 1500 BAY AREA BLVD, HOUSTON, TX 77058

10925   TERRY, LEE, 5960 HWY 357, CAMPOBELLO, SC 29322

10925   TERRY, MARLENE, 10602 TUPPER LAKE DRIVE, HOUSTON, TX 77042

10925   TERRY, MELLISIA, PO BOX 10876, RED BUSH, KY 41219

10925   TERRY, NANCY, 131 TERRY RD, RT 1, FOUNTAIN INN, SC 29644

10925   TERRY, RAVANDA, 355 CHAPPEL, CALUMET CITY, IL 60409

10925   TERRY, RICHARD, 2512 LYNN, BIG SPRING, TX 79720-6130

10925   TERRY, ROBERT, 184 CHELSEA DRIVE, SHREVEPORT, LA 71105

10925   TERRY, ROBERT, 2621 COSMOS DRIVE, ATLANTA, GA 30345

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TERRY, SHERI, 54 SUMMER ST, NEW CANAAN, CT 06840

10925   TERRY, THERESA, 2626 ELMWOOD AVE, WICHITA FALLS, TX 76308

10925   TERRY, THOMAS, 15 ROBINSVIEW LANE, SPARTANBURG, SC 29301

10925   TERRY, THOMAS, 5611 HIGHGATE DRIVE, BALTIMORE, MD 21215

10925   TERRY, TRESSIE, 1912 HOVEY PLACE, GARY, IN 46406

10925   TERRY, VIRGINIA, 1970 PALACE DRIVE, NEW BRAUNFELS, TX 78130-8334

10925   TERRY, WILLIE, 505 MILLER AVE, RM 40B, MILL VALLEY, CA 94941

10925   TERRYBERRY, PO BOX 502, GRAND RAPIDS, MI 49501-0502

10925   TERRYS TOP FACTORY, 70 E PACIFIC ST, NORTH SALT LAKE, UT 84054

10925   TERRYS TOPS, 863 SOUTH 500 WEST, SALT LAKE CITY, UT 84101

10925   TERUMO MEDICAL CORP, 950 ELKTON BLVD, ELKTON, MD 21921

10925   TERUMO MEDICAL CORPORATION, 2101 COTTONTAIL LANE, SOMERSET, NJ 08873

10925   TERWILLIGER, THOMAS, 282 HIGHLAND AVE, QUINCY, MA 02170

10925   TERYEK, MARIA, 82 JEFFERSON ST, S BOUND BROOK, NJ 08880

10925   TERYEK, SANDRA, 921 NEWARK AVE, MANVILLE, NJ 08835

10925   TES TECHNOLOGIES, INC, 427 SOUTH CHURCH ST., MOORESTOWN, NJ 08057

10925   TESAR, MICHAEL, 3505 LIME KILN RD, GREEN BAY, WI 54311

10924   TESCO ELECTRIC, 99 AVENUE H, THOMASTON, GA 30286

10924   TESCO, 2100 CUSHMAN STREET, FAIRBANKS, AK 99701

10925   TESH, ERIN, 202 FORESTDALE DRIVE, TAYLORS, SC 29687

10925   TESKA, FRANCIS, 911 E FRECH AVE, MANVILLE, NJ 08835

10924   TESLOVICH FUEL & CONCRETE COMPANY, 1546 NEW SALEM ROAD, NEW SALEM, PA 15468

10925   TESNER, FRANKLIN, RT 1 BOX 873, TOWNVILLE, SC 29689

10925   TESNIERE, FRANCIS, 7 LILLIAN ST, WOBURN, MA 00000

10924   TESORO ALASKA, MILE 22, KENAI, AK 99611

10924   TESORO NORTHWEST CO., PO BOX 4789, HOUSTON, TX 77210-4789

10924   TESORO NORTHWEST CO., W. MARCH POINT ROAD, ANACORTES, WA 98221

10924   TESORO NORTHWEST COMPANY, ANACORTES REFINERY, ANACORTES, WA 98221

10924   TESORO NORTHWEST COMPANY, PO BOX 795021, SAN ANTONIO, TX 78279-5021

10924   TESORO NORTHWEST COMPANY, WEST MARCH POINT ROAD, ANACORTES, WA 98221

10925   TESSER, HELEN, 5465 CITRUS ST, SILVER SPRINGS, NV 89429

10925   TESSERA INC, 3099 ORCHARD DRIVE, SAN JOSE, CA 95134

10925   TESSIER, NOEL, 162 LANDRY AVE, NORTH ATTLEBORO, MA 02760

10925   TESSIER, RICHARD, 5 TWEED ST, PAWTUCKET, RI 02861

10925   TEST AND BALANCING, INC, 14300 CHERRY LANE COURT, SUITE 113, LAUREL, MD 20707

10925   TEST DATA DEARBORN, 1 QUALITY WAY, TREVOSE, PA 19053

10925   TEST LAB INC, PO BOX 15732, TAMPA, FL 33684

10925   TEST MARK INDUSTRIES, 1048 24TH ST EXT., BEAVER FALLS, PA 15010

10925   TEST POINT INC., 1415 MOUNTAIN RD., JOPPA, MD 21085

10925   TEST, ONE, 23RD ST., 34,

10925   TEST, SHALLINE, AAA, 1A, AAA, NY 11111

10925   TEST, TWO, NY, 35,

10925   TESTA, DEBORAH, 44 MT PLEASANT AV, PROVIDENCE, RI 02908

10925   TESTA, HOLLY, 648 NORTH ST, TEWKSBURY, MA 01876

10925   TESTASECCA, LESLIE, 5220 A LIME AVE, SEFFNER, FL 33584

10925   TEST-CON INC, 80 SANDPIT ROAD, DANBURY, CT 06813-3116

10925   TESTER, LORILYN, 136 M. KYKER RD, TELFORD, TN 37690

10925   TESTERMAN, DONNA, RT 1 BOX 39, SUGAR GROVE, VA 24375

10925   TESTING ENGINEERS &, PO BOX 249, TROY, MI 48099-0249

10925   TESTING ENGINEERS INC, PO BOX 24075, OAKLAND, CA 94623

10925   TESTING MACHINES INC., 2910 EXPRESSWAY DRIVE SOUTH, ISLANDIA, NY 11722

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | TESTING MACHINES, INC, 2910 EXPRESSWAY DR. S., ISLANDIA, NY 11722 | |
| 10925 | TESTING MACHINES, INC, 400 BAYVIEW AVE., AMITYVILLE, NY 11701 | |
| 10925 | TESTON, DENNIS, RT 2, GAINS RD, FERNANDINA BEACH, FL 32034 | |
| 10925 | TESTON, FRED, 940 GIANT OAK ROAD, LAKELAND, FL 33809 | |
| 10925 | TESTOR CORP., 620 BUCKBEE ST, ROCKFORD, IL 61104 | |
| 10924 | TESTOR CORPORATION, THE, 615 BUCKBEE ST. PLANT 1, ROCKFORD, IL 61104-4891 | |
| 10924 | TESTOR CORPORATION, THE, 620 BUCKBEE STREET, ROCKFORD, IL 61104-4891 | |
| 10925 | TESTOUT CORP., 50 SOUTH MAIN ST., PLEASANT GROVE, UT 84062 | |
| 10925 | TESTRON INTERNATIONAL, 1353 ELLSWORTH INDUSTRIAL DR NW, ATLANTA, GA 30318 | |
| 10924 | TETER ORTHOTICS & PROSTHETICS, 3507 W. FRONT ST., TRAVERSE CITY, MI 49684 | |
| 10924 | TETER ORTHOTICS & PROSTHETICS, INC., 3507 W. FRONT ST., TRAVERSE CITY, MI 49684 | |
| 10925 | TETER, DELVIN, ROUTE 1 BOX 4B, WOLBACH, NE 68882 | |
| 10925 | TETER, JAMES, 3167 LYGON COVE, MEMPHIS, TN 38119-8616 | |
| 10925 | TETER, SHARON, 2881 A HWY 92, HOTCHKISS, CO 81419 | |
| 10925 | TETERBORO LIMOUSINE SERVICE, INC, 333 INDUSTRIAL AVE, TETERBORO, NJ 07608 | |
| 10925 | TETHEROW, ARDYTH J, 325 WESLEY DR RM 215, MECHANICSBURG, PA 17055-3574 | |
| 10925 | TETKO INC, POBOX 73682, ROCHESTER, NY 14673-3682 | |
| 10925 | TETKO, INC, PO BOX 6771, NEW YORK, NY 10249 | |
| 10924 | TETLEY USA INC., 21 GRAND AVENUE, PALISADES PARK, NJ 07650 | |
| 10925 | TETLOW, STEVE, 1660 W T.C. JESTER BLVD, HOUSTON, TX 77008 | |
| 10925 | TETLOW, STEVEN, 10168 HIGH RIDGE RD, LAUREL, MD 20726 | |
| 10925 | TETLOW, STEVEN, 1660 WEST T.C. JESTER BLVD., 117, HOUSTON, TX 77008 | |
| 10925 | TETRA CHEMICALS, PO BOX 841185, DALLAS, TX 75284-1185 | |
| 10925 | TETRA CHEMICALS, POBOX 841185, DALLAS, TX 75284-1185 | |
| 10925 | TETRA CORP, 3701 HAWKINS ST NE, ALBUQUERQUE, NM 87109 | |
| 10925 | TETRA TECH EM INC, 200 E RANDOLPH DRIVE SUITE 4700, CHICAGO, IL 60601 | |
| 10925 | TETRA TECH EM INC., 200 E RANDOLPH DR #4700, CHICAGO, IL 60601 | |
| 10925 | TETRANET SOFTWARE INC, STE# 5 - 114 GLEBE AVE, OTTAWA, ON K1S 2C3CANADA | *VIA Deutsche Post* |
| 10925 | TETRAULT, GINGER, 35 OLD STONE CHURCH, LITTLE COMPTON, RI 02837 | |
| 10925 | TETREAULT, RICHARD, 35 PARKWOOD DR, PEPPERELL, MA 01463 | |
| 10925 | TETREAULT, ROLAND, 333 STERLING DRIVE W, LAKELAND, FL 33801-7436 | |
| 10925 | TETTER, KATRINA, 605 S. GREENWOOD AVE., KANKAKEE, IL 60901 | |
| 10925 | TETZLAFF, MICHAEL, 800 PARK LANE, ELM GROVE, WI 53122 | |
| 10924 | TEUFEL PRODUCTS CO, 13131 NW.LAIDLAW RD, PORTLAND, OR 97229 | |
| 10924 | TEUFEL PRODUCTS, 13131 NW. LAIDLAW RD., PORTLAND, OR 97229 | |
| 10924 | TEVA PHARMACEUTICALS, USA, 1510 DELP DRIVE, KULPSVILLE, PA 19443 | |
| 10924 | TEVA PHARMACEUTICALS, USA, 8-10 GLORIA LANE, FAIRFIELD, NJ 07004 | |
| 10924 | TEVCO INC., 110 POMPONIO AVENUE, SOUTH PLAINFIELD, NJ 07080 | |
| 10925 | TEW, MORRIS, PO BOX 952, PLANT CITY, FL 33564 | |
| 10925 | TEWELL, THERESA, 1305 MARK AVE, BOSSIER CITY, LA 71112 | |
| 10925 | TEWES PLASTICS CORPORATION, PO BOX 352 / 1351 ELLIS ST., WAUKESHA, WI 53187 | |
| 10925 | TEWKESBURY, JANE, 1004 WENDOVER WAY, SPARTANBURG, SC 29302 | |
| 10925 | TEWOLDE, SARA, 3464 COLONIAL AVE, ROANOKE, VA 24018 | |
| 10924 | TEWS CO INC, 633 S. 84TH STREET, MILWAUKEE, WI 53214 | |
| 10924 | TEWS CO INC, P.O. BOX 100287, MILWAUKEE, WI 53210 | |
| 10925 | TEWS CO INC, PO BOX 100287, MILWAUKEE, WI 53210 | |
| 10925 | TEWS COMPANIES, 700 WEST CAPITOL DR, HARTLAND, WI 53029 | |
| 10924 | TEWS COMPANY, 2826 W SILVER SPRING DRIVE, MILWAUKEE, WI 53209 | |
| 10924 | TEWS COMPANY, 415 DAYTON STREET, WATERTOWN, WI 53094 | |
| 10924 | TEWS COMPANY, 5620 49TH STREET, KENOSHA, WI 53142 | |
| 10924 | TEWS COMPANY, 6200 W CENTER ST, MILWAUKEE, WI 53210 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TEWS COMPANY, 633 S 84TH STREET, WEST ALLIS, WI 53214 | |
| 10925 | TEWS COMPANY, S. 26 & 33, JUNEAU, WI | |
| 10925 | TEWS, RICHARD, 105 W BIRDS ALL ST, WEYAWEGA, WI 54983 | |
| 10925 | TEX PACK, PO BOX 569030, DALLAS, TX 75356 | |
| 10925 | TEX TECH INDUSTRIES, 105 N MAIN ST, NORTH MONMOUTH, ME 04265 | |
| 10925 | TEX TECH INDUSTRIES, 6 LOCKWOOD DR, HAMPTON, VA 23661 | |
| 10924 | TEX WALTER/TURNER PROPERTIES, 1050 TECHWOOD DR., ATLANTA, GA 30318 | |
| 10925 | TEX YEAR INDUSTRIES INC, WU-KU INDUSTRIAL PARK, HSINCHUANG, TAIPEI HSIEN, 0TAIWAN | *VIA Deutsche Post* |
| 10924 | TEXACO CHEMICAL CO., JEFFERSON CHEMICAL ROAD, CONROE, TX 77301 | |
| 10924 | TEXACO CHEMICAL CO., PO BOX 219, CONROE, TX 77305 | |
| 10924 | TEXACO CHEMICALS CO., 7114 N. LAMAR BLVD., AUSTIN, TX 78752 | |
| 10924 | TEXACO CHEMICALS CO., PO BOX 157380, AUSTIN, TX 78761 | |
| 10925 | TEXACO CREDIT CARD CENTER, POBOX 9010, DES MOINES, IA 50368-9010 | |
| 10924 | TEXACO CTR 30TH FLR, PHELPS, DUNVBAR, MARKS, CLAVERIA &, 400 POYDRAS ST, NEW ORLEANS, LA 70130 | |
| 10924 | TEXACO E&P INC., PO BOX 8992, CORPUS CHRISTI, TX 78468 | |
| 10924 | TEXACO EXPL & PROD INC. (141-209), 5 MLS WEST OF VINCENT, TX, COAHOMA, TX 79511 | |
| 10924 | TEXACO EXPL & PROD INC. (141-407), EUNICE #2 GAS PLANT, EUNICE, NM 88231 | |
| 10924 | TEXACO EXPLOR & PRODUCTION, INC, ONSHORE DIVISION, PO BOX 60252, NEW ORLEANS, LA 70160 | |
| 10924 | TEXACO EXPLORATION & PRODUCTION, IN, PO BOX 1329, HUMBLE, TX 77347 | |
| 10925 | TEXACO INC REFINING DEPT, 3425 TALLEYRAND AVE, JACKSONVILLE, FL 32206-2649 | |
| 10925 | TEXACO INC, GORDON TURL, 2255 N ONTARIO, BURBANK, CA 91504 | |
| 10925 | TEXACO INC, LISA KIM ATTY, | |
| 10924 | TEXACO INC., OLD GLENHAM ROAD, GLENHAM, NY 12527 | |
| 10924 | TEXACO INC., PO BOX 509, BEACON, NY 12508 | |
| 10925 | TEXACO INC., PO BOX 9010, PENNSYLVANIA, PA | |
| 10924 | TEXACO INTERNATIONAL TRADER INC., 18600 LEE RD., HUMBLE, TX 77338 | |
| 10924 | TEXACO INTERNATIONAL TRADER INC., PO BOX 2550, BELLAIRE, TX 77402-2550 | |
| 10924 | TEXACO PRODUCING INC (141-907), 5 MI S ON HWY 18, EUNICE, NM 88231 | |
| 10925 | TEXACO REFINING & MARKETING INC, PO BOX 660600, DALLAS, TX 75266-0600 | |
| 10924 | TEXACO REFINING & MKTG INC., 2101 E. PACIFIC COAST HWY, WILMINGTON, CA 90744 | |
| 10924 | TEXACO REFINING & MKTG INC., PO BOX 817, WILMINGTON, CA 90748 | |
| 10925 | TEXACO REFINING AND MARKETING INC, POBOX 65363, CHARLOTTE, NC 28265 | |
| 10924 | TEXACO REFINING, C/O TECON SERVICES, EL DORADO, KS 67042 | |
| 10924 | TEXACO REFINING, CAMBRIDGE, MA 99999 | |
| 10924 | TEXACO SERVICES INC, PO BOX 2550, BELLAIRE, TX 77402-2550 | |
| 10925 | TEXACO, BOX 31129, TAMPA, FL 33631-3129 | |
| 10925 | TEXACO, BOX 6071, INGLEWOOD, CA 90312-6071 | |
| 10925 | TEXACO, INC, SYSTEM, 2711 CENTERVILLE RD., STE 400, WILMINGTON, DE 19808 | |
| 10925 | TEXACO, PO BOX 52217, PHOENIX, AZ 85072-2217 | |
| 10925 | TEXACO, PO BOX 660600, DALLAS, TX 75266-0600 | |
| 10925 | TEXACO, PO BOX 9010, DES MOINES, IA 50368-9010 | |
| 10924 | TEXARKANA CONCRETE PROD C, PO BOX895, TEXARKANA, TX 75501 | |
| 10924 | TEXARKANA CONCRETE PRODUCTS CO., HWY. 67 & ROBINSON ROAD, TEXARKANA, TX 75501 | |
| 10924 | TEXARME S.A.R.L., 80 RUE EUGENE PEREIRE, BALLANCOURT SUR ESSONNE, 91610FRANCE | *VIA Deutsche Post* |
| 10924 | TEXARME S.A.R.L., 80 RUE EUGENE PIERE, BALLANCOURT FRA, 99999FRANCE | *VIA Deutsche Post* |
| 10924 | TEXAS  DEPT. OF TRANSPORTATION, HWY 80 AT BUCKNER ROAD, MESQUITE, TX 75149 | |
| 10924 | TEXAS A & M, 5201 UNIVERSITY BLVD, LAREDO, TX 78041 | |
| 10924 | TEXAS A&M HEALTH SCIENCE BLDG., 828 SOUTHWEST HK DODGEN LOOP, TEMPLE, TX 76504 | |
| 10924 | TEXAS A&M, 917 WEST AVENUE B, KINGSVILLE, TX 78363 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TEXAS AGGREGATES AND CONCRETE, 6633 U.S. HWY 290 E., AUSTIN, TX 78723

10925   TEXAS AIRCRAFT INSTRUMENTS INC., 8700 TRAVELAIR ST, HOUSTON, TX 77061

10925   TEXAS ATTY GENERAL, ATTN: JOHN CORNYN, CAPITOL STATION, PO BOX 12548, AUSTIN, TX 78711

10925   TEXAS BRINE CO LLC, PO BOX 840994, DALLAS, TX 75284-0994

10924   TEXAS BUILDING PROD INC, RT A BOX 1A EAST, STRAWN, TX 76475

10924   TEXAS BUILDING PRODUCTS, 3271 HWY 108, STRAWN, TX 76475

10925   TEXAS CARTAGE INC., 12344 E NORTHWEST HWY, DALLAS, TX 75228

10925   TEXAS CARTAGE WAREHOUSE, INC, 12344 E. NORTHWEST HWY., DALLAS, TX 75228

10925   TEXAS CERTIFIED SELF-INSURER, POBOX 847, AUSTIN, TX 78767-0847

10925   TEXAS CHAPTER AC[A, RT 3 BOX 194B, WHITESBORO, TX 76273

10925   TEXAS CITY REFINING INC., CORPORATION TRUST CENTRE, 1209 ORANGE ST., WILMINGTON, DE 19801

10925   TEXAS CIVIL JUSTICE LEAGUE, 401 WEST 15TH ST SUITE 975, AUSTIN, TX 78701

10924   TEXAS COMMERCE BANK, 201 E. MAIN STREET, EL PASO, TX 79821

10925   TEXAS COMMERCIAL PAINTING, 10200 HEMPSTEAD HWY #2-A, HOUSTON, TX 77092

10925   TEXAS COMPANY, 50 BROAD ST., COLUMBUS, OH 43215

10924   TEXAS CONCRETE CO., ATTN:  ACCOUNTS PAYABLE, DUMAS, TX 79029

10924   TEXAS CONCRETE, 200 N. TWICHELL, DUMAS, TX 79029

10925   TEXAS CONSTRUCTION, 2900 WESTFORK DR 345, BATON ROUGE, LA 70827-0002

10924   TEXAS CONTRACTOR SUPPLY, 1400 SMITH RD., SUITE B-106, AUSTIN, TX 78721

10924   TEXAS CONTRACTOR SUPPLY, 4215 FACTORY HILL, SAN ANTONIO, TX 78219

10924   TEXAS CONTRACTOR SUPPLY, P.O. 2455, FORT WORTH, TX 76113

10924   TEXAS CONTRACTORS SUPPLY, 104 SOUTH AUSTIN STREET, ALLEN, TX 75002

10924   TEXAS CONTRACTORS SUPPLY, 2037 E LANCASTER AVE, FORT WORTH, TX 76103

10924   TEXAS CONTRACTORS SUPPLY, 3221 E. JOHN CARPENTER FREEWAY, IRVING, TX 75062

10924   TEXAS CONTRACTORS SUPPLY, 4215 FACTORY HILL, SAN ANTONIO, TX 78219

10924   TEXAS CONTRACTORS SUPPLY, PO BOX560169, DALLAS, TX 75356

10925   TEXAS DEPT OF PUBLIC SAFETY, 1301 SOUTH IH 35 SUITE 307, AUSTIN, TX 78741

10925   TEXAS DEPT OF TRANSPORTATION, PO BOX 4089, HOUSTON, TX 77210-4089

10925   TEXAS EASTERN CORPORATION, TEXAS EASTERN CORPORATION, 5400 WESTHEIMER COURT, HOUSTON, TX 77056-5310

10924   TEXAS EASTERN, 196 TEXAS EASTERN DRIVE, ACCIDENT, MD 21520

10924   TEXAS EASTERN, HWY 550 EAST, TIGNALL, GA 30668

10924   TEXAS EASTERN, PO BO 280, CLINTON, MS 39060

10924   TEXAS EASTERN, PO BOX 1642, HOUSTON, TX 77251

10924   TEXAS EASTMAN DIV, EASTMAN CHEMICAL COMPANY, PO BOX 511, KINGSPORT, TN 37662

10924   TEXAS EASTMAN DIV, HWY 149 KODAK BLVD, LONGVIEW, TX 75603

10924   TEXAS EASTMAN DIV., EASTMAN CHEMICAL CO., PO BOX 511, KINGSPORT, TN 37662

10924   TEXAS EASTMAN, KODAK BLVD, LONGVIEW, TX 75602

10925   TEXAS ECOLOGISTS, 35 MILES S PETRONILA ROAD, ROBSTOWN, TX 78380

10925   TEXAS ENGINEERING EXPERIMENT STATIO, ATTN: SHERI PAPPAS, COLLEGE STATION, TX 77843-3126

10925   TEXAS FEED & FERTILIZER CONTROL SVC, POBOX 3160, COLLEGE STATION, TX 77841

10924   TEXAS GALVANIZING INC, PO BOX 1485, HURST, TX 76053

10925   TEXAS GAS TRANSMISSIONS CORP., 1021 MAIN ST, SUITE 1150, HOUSTON, TX 77002

10925   TEXAS GENERAL LAND OFFICE, LEGAL DIVISION, 1700 N CONGRESS AVE, AUSTIN, TX 78701-1495

10925   TEXAS GENERAL LAND OFFICE, LEGAL DIVISION, 1700 N CONGRESS AVE, AUSTIN, TX 78701-1495

10925   TEXAS GUARANTEED STUDENT LOAN, PO BOX 201755, AUSTIN, TX 78720-1755

10925   TEXAS GULF INC, ATTN TREASURER, C/O ELF AQUITAINE INC, 280 PARK AVE 36 W, NEW YORK, NY 10010-6121

10925   TEXAS GYPSUM CO, 104 COUNTY LINE ROAD, IRVING, TX

10925   TEXAS HEALTH CHOICE, PO BOX 98693, LAS VEGAS, NV 89193-8693

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TEXAS HEART INSTUTITION, 6718 BERTNER, HOUSTON, TX 77030 | |
| 10924 | TEXAS HOTEL CASINO, DI BAISE, LAS VEGAS, NV 89115 | |
| 10924 | TEXAS HOTEL, SMITH AND GREEN, LAS VEGAS, NV 89100 | |
| 10925 | TEXAS HWY PATROL, 8906 WALL ST , STE 402, AUSTIN, TX 78754-4543 | |
| 10924 | TEXAS INDUSTRIAL DISTRIBUTORS INC., SUITE 700, 1100 N.W. LOOP 410, SAN ANTONIO, TX 78213 | |
| 10924 | TEXAS INDUSTRIES INC, 245 WARD RD, MIDLOTHIAN, TX 76065 | |
| 10924 | TEXAS INDUSTRIES INC, FM ROAD 1102, NEW BRAUNFELS, TX 78130 | |
| 10924 | TEXAS INDUSTRIES INC, P O BOX 1209, TOMBALL, TX 77377 | |
| 10924 | TEXAS INDUSTRIES INC, PO BOX 146, MIDLOTHIAN, TX 76065 | |
| 10925 | TEXAS INDUSTRIES INC, PO BOX 2585, HOUSTON, TX 77252 | |
| 10924 | TEXAS INDUSTRIES INC., 210 NORTH PINE ST., CARTHAGE, TX 75633 | |
| 10924 | TEXAS INDUSTRIES INC., 245 WARD ROAD, MIDLOTHIAN, TX 76065 | |
| 10924 | TEXAS INDUSTRIES INC., 430 E. COLLEGE STREET, LONGVIEW, TX 75606 | |
| 10924 | TEXAS INDUSTRIES INC., 433 E. COLLEGE STREET, LONGVIEW, TX 75601 | |
| 10924 | TEXAS INDUSTRIES, 101 WEST ARAPAHO RD., RICHARDSON, TX 75081 | |
| 10924 | TEXAS INDUSTRIES, 10610 SPANGLER ROAD, DALLAS, TX 75220 | |
| 10924 | TEXAS INDUSTRIES, 1341 W MOCKINGBIRD RD, DALLAS, TX 75202 | |
| 10924 | TEXAS INDUSTRIES, 2002 I 35 WEST, DENTON, TX 76205 | |
| 10924 | TEXAS INDUSTRIES, 2709 BELT LINE ROAD, GRAND PRAIRIE, TX 75050 | |
| 10924 | TEXAS INDUSTRIES, 413 WEBB ROAD, ARLINGTON, TX 76011 | |
| 10924 | TEXAS INDUSTRIES, 438 INDUSTRIAL & CORINTH, DALLAS, TX 75202 | |
| 10924 | TEXAS INDUSTRIES, 5330 AGNES ST., CORPUS CHRISTI, TX 78408 | |
| 10924 | TEXAS INDUSTRIES, 5800 OLD HEMPHILL RD, FORT WORTH, TX 76134 | |
| 10924 | TEXAS INDUSTRIES, 606 E. ARAPAHO ROAD, RICHARDSON, TX 75081 | |
| 10924 | TEXAS INDUSTRIES, EULESS, HWY 157 & CALLOWAY CEMENT, EULESS, TX 76039 | |
| 10924 | TEXAS INDUSTRIES, HWY 50 & 24, COMMERCE, TX 75428 | |
| 10924 | TEXAS INDUSTRIES, HWY 64 EAST, CANTON, TX 75103 | |
| 10924 | TEXAS INDUSTRIES, HWY 66 & FM 1570, GREENVILLE, TX 75401 | |
| 10924 | TEXAS INDUSTRIES, HWY 67 AT KEMP ROAD, MIDLOTHIAN, TX 76065 | |
| 10924 | TEXAS INDUSTRIES, HWY 69 EAST, EMORY, TX 75440 | |
| 10924 | TEXAS INDUSTRIES, HWY 80 & CEDAR, WILLS POINT, TX 75169 | |
| 10924 | TEXAS INDUSTRIES, I-30 AT LINKCREST, FORT WORTH, TX 76100 | |
| 10925 | TEXAS INDUSTRIES, INC, 7610 STEMMONS FREEWAY, DALLAS, TX 75247 | |
| 10925 | TEXAS INDUSTRIES, INC, POBOX 730475, DALLAS, TX 75373-0475 | |
| 10924 | TEXAS INDUSTRIES, INC., 245 WARD ROAD, MIDLOTHIAN, TX 76065 | |
| 10924 | TEXAS INDUSTRIES, INC., 7781 FMR 1102, NEW BRAUNFELS, TX 78132 | |
| 10924 | TEXAS INDUSTRIES, INC., P. O. BOX 146, MIDLOTHIAN, TX 76065 | |
| 10924 | TEXAS INDUSTRIES, NORTH DALLAS TOLLWAY & 190, DALLAS, TX 75202 | |
| 10924 | TEXAS INDUSTRIES, P O BOX 9154, CORPUS CHRISTI, TX 78469 | |
| 10924 | TEXAS INDUSTRIES, PLANT 412, 3601 LAWNWOOD, FORT WORTH, TX 76111 | |
| 10924 | TEXAS INDUSTRIES, PLANT 420, ROANOKE, TX 76262 | |
| 10924 | TEXAS INDUSTRIES, ROANOKE, TX 76262 | |
| 10924 | TEXAS INDUSTRIES, ROUTE 2, COMMERCE, TX 75428 | |
| 10924 | TEXAS INDUSTRIES-LA, CAMBRIDGE, MA 02140 | |
| 10925 | TEXAS INSTRUMENTS INC., 7839 CHURCH HILL WAY MS-3999, DALLAS, TX 75251 | |
| 10925 | TEXAS INSTRUMENTS INC., PO BOX 655474, MAIL STOP 3999, DALLAS, TX 75265 | |
| 10925 | TEXAS INSTRUMENTS JAPAN LTD, 305 TANAGASHIRA, SHIZUOKA-KEN, 41013JAPAN | *VIA Deutsche Post* |
| 10925 | TEXAS INSTRUMENTS MAL SDN BHD, AMPANG/ULU KLANG, 54200 KUALA LAMPUR, KUALA LUMPUR, 0MALAYSIA | *VIA Deutsche Post* |
| 10925 | TEXAS INSTRUMENTS, 104 BARROWS PLACE, DE SOTO, TX 75115 | |
| 10925 | TEXAS INSTRUMENTS, 13512 N CENTRAL EXPRESSWAY, DALLAS, TX 75243 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TEXAS INSTRUMENTS, 13532 N CENTRAL EXPRESSWAY, DALLAS, TX 75243 | |
| 10925 | TEXAS INSTRUMENTS, 1409 NORTH NORMA ST, RIDGECREST, CA 93555 | |
| 10925 | TEXAS INSTRUMENTS, 2501 S HWY 121, LEWISVILLE, TX 75067 | |
| 10925 | TEXAS INSTRUMENTS, 2501 W UNIVERSITY, MCKINNEY, TX 75069 | |
| 10925 | TEXAS INSTRUMENTS, 280 CENTRE ST E, RICHMOND HILL, ON L4C 1B1CANADA | *VIA Deutsche Post* |
| 10925 | TEXAS INSTRUMENTS, 300 N MAIN ST, VERSAILLES, KY 40383 | |
| 10925 | TEXAS INSTRUMENTS, 34 FOREST ST, ATTLEBORO, MA 02703 | |
| 10925 | TEXAS INSTRUMENTS, 34 FORREST ST, ATTLEBORO, MA 02703 | |
| 10925 | TEXAS INSTRUMENTS, 6000 LEMMON AVE, DALLAS, TX 75209 | |
| 10925 | TEXAS INSTRUMENTS, 6600 CHASE OAKS, PLANO, TX 75023 | |
| 10925 | TEXAS INSTRUMENTS, 788 N HWY M-88, CENTRAL LAKE, MI 49622 | |
| 10925 | TEXAS INSTRUMENTS, 8505 FOREST LANE, DALLAS, TX 75243 | |
| 10925 | TEXAS INSTRUMENTS, ACCOUNTS PAYABLE DEPT, ATTLEBORO, MA 02703 | |
| 10925 | TEXAS INSTRUMENTS, ACCTS PAYABLE M/S 3136, DALLAS, TX 75266 | |
| 10925 | TEXAS INSTRUMENTS, BLDG 16, 50 SUFFOLK ROAD, MANSFIELD, MA 02048 | |
| 10925 | TEXAS INSTRUMENTS, FORBES BLVD, MANSFIELD, MA 02048 | |
| 10925 | TEXAS INSTRUMENTS, NORTH BLDG, 13510 N CENTRAL EXP, DALLAS, TX 75243 | |
| 10924 | TEXAS INSTRUMENTS, PO BOX 225012 MS 6, DALLAS, TX 75265 | |
| 10925 | TEXAS INSTRUMENTS, SUFFOLK RD, MANSFIELD, MA 02048 | |
| 10925 | TEXAS LAWYER, PO BOX 840328, DALLAS, TX 75284-0328 | |
| 10925 | TEXAS LAWYER, PO BOX 891260, DALLAS, TX 75389-1260 | |
| 10924 | TEXAS LEHIGH CEMENT, FM RD 2770, BUDA, TX 78610 | |
| 10925 | TEXAS LIGHTWEIGHT PRODUCTS, 117 N BRITAIN RD, IRVING, TX | |
| 10924 | TEXAS MILL SUPPLY, 2694 GOVERNMENT BLVD., GALENA PARK, TX 77547 | |
| 10924 | TEXAS MILL SUPPLY, 2694 GOVERNMENT BLVD., MOBILE, AL 36606 | |
| 10924 | TEXAS MOTOR SPEEDWAY CLUB TOWER, 3601 HWY 114, JUSTIN, TX 76247 | |
| 10924 | TEXAS MOTOR SPEEDWAY, C/O LCR CONTRACTORS, JUSTIN, TX 76247 | |
| 10925 | TEXAS NATURAL RES CONS COMM, ATTN: CATHERINE Y LIU, PROJ MGR, TEAM 1 CORRECTIVE ACTION SECT, PO BOX 13087, AUSTIN, TX 78711 | |
| 10925 | TEXAS NATURAL RES CONS COMM, ATTN: MARK ARTHUR, PROJ MGR, PO BOX 13097, AUSTIN, TX 78711 | |
| 10925 | TEXAS NATURAL RESOURCE CONSERV COMMISSION, 12100 PARK 35 CIRCLE, AUSTIN, TX 78753 | |
| 10925 | TEXAS NATURAL RESOURCE CONSERVATION, 12100 PARK 35 CIRCLE, AUSTIN, TX 78753 | |
| 10925 | TEXAS NATURAL RESOURCE CONSERVATION, PO BOX 13089, AUSTIN, TX 78711-3089 | |
| 10925 | TEXAS NATURAL RESOURCE, POBOX 100580, HOUSTON, TX 77212-0580 | |
| 10925 | TEXAS NR CONSERVATION COMMISSION, 1700 N CONGRESS AVE, PO BOX 13087, STEVEN F AUSTIN BLDG, AUSTIN, TX 78711-3087 | |
| 10925 | TEXAS OHIO GAS INC, DEPT 745, DENVER, CO 80291-0745 | |
| 10925 | TEXAS PARKS & WILDLIFE, RESOURCE PROTECTION DIV, 4200 SMITH SCHOOL ROAD, AUSTIN, TX 78744 | |
| 10925 | TEXAS PARKS & WILDLIFE, RESOURCE PROTECTION DIVISI, 4200 SMITH SCHOOL ROAD, AUSTIN, TX 78744 | |
| 10924 | TEXAS PNEUMATIC, 2404 SUPERIOR DRIVE, ARLINGTON, TX 76013 | |
| 10924 | TEXAS POLYMER SERVICE INC., 6522 INT# 10, ORANGE, TX 77632 | |
| 10925 | TEXAS PROCESS EQUIPMENT, PO BOX 926124, HOUSTON, TX 77292 | |
| 10924 | TEXAS REFINERY CORP., 901 N. HOUSTON STREET, FT. WORTH, TX 76100 | |
| 10924 | TEXAS REFINERY CORP., PO BOX 711, FORT WORTH, TX 76101 | |
| 10924 | TEXAS SCHOOL FOR THE DEAF, 1206 NEWTONS STREET, AUSTIN, TX 78704 | |
| 10924 | TEXAS SIGHT #4, 4242 SUNSET DR., SAN ANGELO, TX 76904 | |
| 10925 | TEXAS SPECIAL OLYMPICS YEARBOOK, PO BOX 131567, HOUSTON, TX 77219-1567 | |
| 10925 | TEXAS STAIRS AND RAILS INC, POBOX 111458, HOUSTON, TX 77293-1458 | |
| 10925 | TEXAS STAIRS AND RAILS,INC, PO BOX 111458, HOUSTON, TX 77293 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    TEXAS STATE HISTORY MUSEUM, 1816 COLORODA, AUSTIN, TX 78701

10924    TEXAS STONE DESIGNS, 3638 W. PIONEER PARKWAY, ARLINGTON, TX 76013

10924    TEXAS STONE DESIGNS, PO BOX13514, ARLINGTON, TX 76094

10925    TEXAS SUPREME COURT JOURNAL, PO BOX 13086, AUSTIN, TX 78711

10925    TEXAS VERMICULITE CO (WRG 1975), 2651 MANILA RD, DALLAS, TX 75212-4924

10925    TEXAS VERMICULITE CO (WRG), 354 BLUE STAR ST, SAN ANTONIO, TX 78204

10925    TEXAS VERMICULITE CO, HWY 29, BURNET, TX

10925    TEXAS WATER COMMISSION, DISTRICT MANAGER DISTRICT 10 OFFICE, 2626 PKWY BLVD BLDG B, SUITE 129, ODESSA, TX 79761

10925    TEXAS WATER COMMISSION, GRACE M MONTGOMERY, PO BOX 13087 CAPITOL STATION, AUSTIN, TX 78711-3087

10925    TEXAS WATER COMMISSION, PO BOX 13087, AUSTIN, TX 78711-3087

10925    TEXAS WORKERS COMP COMMISSION, DIV OF SELF INS REG 4000 S IH-35, MS-60 SOUTHFIELD BLDG, AUSTIN, TX 78704

10925    TEXAS WORKERS, 4000 SOUTH IH-35, MS-73, AUSTIN, TX 78704

10924    TEXAS-LEHIGH CEMENT, 20 S I-35 AUSTIN ETHEN, BUDA, TX 78610

10924    TEXAS-LEHIGH CEMENT, FM RD 2770, BUDA, TX 78610

10925    TEXAS-OHIO GAS INC, POBOX 414157, BOSTON, MA 02241-4157

10925    TEXBERRY CONTAINER CORP., 1701 CROSSPOINT AVE., HOUSTON, TX 77054

10925    TEXIDOR, FREDDY, COND FLAMBOYANES, PONCE, PR 00731

10925    TEXLON CORP., 555 VAN NESS AVE, TORRANCE, CA 90501

10924    TEXO CORP, 2801 HIGHLAND AVE, CINCINNATI, OH 45212

10924    TEXO CORP., 2801 HIGHLAND AVE, CINCINNATI, OH 45212

10924    TEXO CORP., 2801 HIGHLAND AVENUE, CINCINNATI, OH 45212

10924    TEXO CORPORATION, 2801 HIGHLAND AVE, CINCINNATI, OH 45212

10925    TEXO CORPORATION, DEPT 839, CINCINNATI, OH 45269

10924    TEXOMA MEDICAL CENTER, I-75 NORTH & LAMBERTH ST., SHERMAN, TX 75090

10924    TEXOMA MEDICAL CTR., I-75 NORTH & LAMBERTH STREET, SHERMAN, TX 75090

10925    TEXTER, JOHN, 2383 RICHLANDTOWN PIKE, COOPERSBURG, PA 18036

10924    TEXTILE CHEMICAL CO INC, PO BOX 13788, READING, PA 19612

10925    TEXTILE CHEMICAL CO INC, POBOX 62111, BALTIMORE, MD 21264-2111

10925    TEXTILE CHEMICAL CO, INC, PO BOX 62111, BALTIMORE, MD 21264-2111

10924    TEXTILE CHEMICAL CO, INC, POTTSVILLE PIKE & HULLER LANE, READING, PA 19603

10925    TEXTILE CHEMICAL, 4501 E. FAYETTE ST., BALTIMORE, MD 21224

10924    TEXTILE CHEMICAL, HULLER LANE, READING, PA 19605

10924    TEXTILE CHEMICAL, PO BOX 1096, READING, PA 19603

10924    TEXTILE COATED INC., PO BOX532, AMHERST, NH 03031

10925    TEXTILE INDUSTRIES, 2414 WEST COLVANTAN AVE, CHICAGO, IL 60608

10925    TEXTILE NUCLEAR, PO BOX 800, ROUND ROCK, TX 78680

10924    TEXTILE RUBBER & CHEMICAL, 1300 TIARCO DRIVE, DALTON, GA 30720

10924    TEXTILE RUBBER AND CHEMICAL COMPANY, 1300 TIARCO DRIVE, DALTON, GA 30720

10925    TEXTILE SPECIALTIES, INC, PO BOX 1414, GREENVILLE, SC 29602

10925    TEXTILE WASTE SUPPLY CO, PO BOX 50, CHARLESTOWN, MA 02129-0001

10924    TEXTILEATHER CORP., 3729 TWINING STREET, TOLEDO, OH 43696

10924    TEXTILEATHER CORP., PO BOX 875, TOLEDO, OH 43697

10924    TEXTILEATHER CORPORATION, 3729 TWINING, TOLEDO, OH 43608

10924    TEXTILES COATED, INC., 105 ROUTE 101A, AMHERST, NH 03031

10925    TEXTPRO, 840 PINE LN, SAN RAFAEL, CA 94903

10924    TEXTRON AEROSTRUCTURES, 1431 VULTEE BOULEVARD, NASHVILLE, TN 37202

10925    TEXTRON INC, LARRY OCONNELL ASST CORPORAT, 40 WESTMINSTER ST, PROVIDENCE, RI 02903

10925    TEXTRON INCORPORATED, LARRY OCONNELL, 40 WESTMINISTER ST, PROVIDENCE, RI 02903

10925    TEXTRON, JAMIESON M SCHIFF, 40 WESTMINISTER ST, PROVIDENCE, RI 02903

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TEX-TRUDE LP, PO BOX 58, CHANNELVIEW, TX 77530

10925   TEXTURED COATINGS OF AMERICA, 2422 E. 15TH ST., PANAMA CITY, FL 32405

10924   TEXTURED COATINGS OF AMERICA, 5950 S. AVALON BLVD., LOS ANGELES, CA 90003

10925   TEYSSIER, LOUISE, 7641 STEUBENVILLE, OAKDALE, PA 15071

10925   TEZENO, MANUEL, 1014 W. 11TH ST., CROWLEY, LA 70526

10925   TEZENO, SHERYL, 1555 LOUISIANA ST, BEAUMONT, TX 77703

10925   TEZENO, ZINA, 3421 DURANGO LANE, ARLINGTON, TX 76014

10924   TF GREEN AIRPORT C/O H.CARR, 2000 POST ROAD, WARWICK, RI 02889

10924   TFF/SEAFLA, 999 TECH DRIVE, MILFORD, OH 45150

10925   TFS HUMAN RESOURCE SOLUTIONS, 205 BROADWAY, CAMBRIDGE, MA 02139-1901

10924   TG SODA ASH/MINE SITE, GRANGER, WY 82934

10925   TGI FRIDAYS INC, DANIEL T CRONK VP, 7540 LBJ FREEWAY PO BOX 809062, SUITE 100, DALLAS, TX 75380

10924   TGR CORPORATION, 32 PLUM STREET, TRENTON, NJ 08638

10924   TGR CORPORATION, 540 STRAIGHT STREET, PATERSON, NJ 07503

10925   TGV, INC, 603 MISSION ST, SANTA CRUZ, CA 95060-3653

10925   TH ARBOR, 117 W PUBLIC SQUARE, LAURENS, SC 29360

10925   TH HILSON COMPANY, 1761 S NAPERVILLE ROAD SUITE 100, WHEATON, IL 60187

10925   THACH, CO, 5513 CEDAR LANE, COLUMBIA, MD 21044

10924   THACKER SY, 4755 NORTH CHURCH LANE SE, SMYRNA, GA 30080

10925   THACKER, BURT, 262 E 500 SO, NEPHI, UT 84648

10925   THACKER, MICHAEL, 301 CENTENNIAL CIRCLE, WALNUT, IL 61376-0628

10925   THACKER, WILLIAM, 2852 W LAKE HAMILTON DR, WINTER HAVEN, FL 33881

10925   THACKSTON METAL WORKS, 122 WOODVILLE RD, PELZER, SC 29669

10925   THACKSTON, ALVIN, 745 ADAMS MILL ROAD, SIMPSONVILLE, SC 29681-8633

10925   THACKSTON, CARMEN, 2907 W LOUISIANA, MIDLAND, TX 79701

10925   THACKSTON, CHAD, 113 OAK PARK DR, MAULDIN, SC 29662

10925   THACKSTON, DANNY, PO BOX 672, FOUNTAIN INN, SC 29644

10925   THACKSTON, DONNA, PO BOX 672, FOUNTAIN INN, SC 29644

10925   THACKSTON, DOUGLAS, 121 WOODVILLE ROAD, PELZER, SC 29669

10925   THACKSTON, GERALD, 1001 COOPER BRIDGE RD, WOODRUFF, SC 29388

10925   THACKSTON, GERALD, PO BOX 245 GEORGIA RD, GRAY COURT, SC 29645

10925   THACKSTON, KATHRYN, 2425 HWY 418 E, FOUNTAIN INN, SC 29644

10925   THACKSTON, MICHAEL, 265 SPEEDWAY DR, GRAY COURT, SC 29645

10925   THACKSTON, PRESTON, PO BOX 302, FOUNTAIN INN, SC 29644

10925   THACKSTON, ROBERT, 309 LYONS DRIVE, SIMPSONVILLE, SC 29681

10925   THACKSTON, ROGER, PO BOX 111, FOUNTAIN INN, SC 29644

10925   THACKSTON, SANDRA, RT 2 BX 128 BRAMLETT CHURCH RD, GRAY COURT, SC 29645

10925   THACKSTON, TONY, 2425 HWY 418 E, FOUNTAIN INN, SC 29644

10925   THACKSTON, WAYNE, 8190 CROSS ANCHOR RD, ENOREE, SC 29335

10925   THADDEUS A FIGLOCK MD, PROFESSIONAL CORPORATION, 236 WINTHROP ST, TAUNTON, MA 02780-4429

10925   THADDEUS CZARNOMSKI, 312 ROLLING KNOLLS RD, SCOTCH PLAINS, NJ 07076-2016

10925   THAI, CO, 132 VILLAGE ST, GREEN BAY, WI 54302

10925   THAILAND FELLOWSHIP OF CEMENT MFR, 60 NEW RACHADAPISEK ROAD, KLONGTOEY BANGKOK, 10110

10925   THAKKAR, KISHOR, 507 OLD KINGS CT, SCHAUMBURG, IL 60194

10925   THAKKAR, URSULA, 18570 CHERRY LAUREL LANE, GAITHERSBURG, MD 20879

10925   THAKUR, NILLO, 800 A BROOKRIDGE DR, VALLEY COTTAGE, NY 10989

10925   THALER, BARBARA, 2662 GLENDALE AVE, GREEN BAY, WI 54313

10925   THALER, DEBBE, 9260 LAKE MURRAY BLV, LA MESA, CA 92119

10925   THALMANN, MANFRED, 1 OVERLOOK DRIVE, ROCKAWAY, NJ 07866-1401

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | THAMAN RUBBER CO., 6262 WIEHE RD, CINCINNATI, OH 45237 | |
| 10925 | THAMAN, LISA M, 22915 BRIDGEWATER, SPRING, TX 77373-6424 | |
| 10925 | THAMAN, LISA, 3611 CYPRESSWOOD DRIVE, SPRING, TX 77388 | |
| 10925 | THARADY, INC, PO BOX 60, WHITEFORD, MD 21160 | |
| 10925 | THARP, DEBORAH, 133 CENTER ST, N EASTON, MA 02356 | |
| 10925 | THARP, GILBERT, 26 JENNY LIND ST, N EASTON, MA 02356 | |
| 10925 | THARPE, TAMEIKO, 351 ROGERS AVE, MACON, GA 31204 | |
| 10925 | THASC SALES CO, INC, 5207 COCONUT CREEK PKWY., MARGATE, FL 33063 | |
| 10925 | THATCHER COMPANY, PO BOX 27407, SALT LAKE CITY, UT 84127 | |
| 10925 | THATCHER, B, 17608 GRANT, LOWELL, IN 46356 | |
| 10925 | THATCHER, DENNIS, 5948 MAURIE DR., WATAUGA, TX 76248 | |
| 10925 | THATS AMORE, 10400 LITTLE PATUXENT PKWY., COLUMBIA, MD 21044 | |
| 10925 | THAV, ERIC, 8286 GLADES BLVD E., BOCA RATON, FL 33434 | |
| 10925 | THAXTON, DONALD, 4402 JANSSEN, CORPUS CHRISTI, TX 78411 | |
| 10925 | THAYER SCALE, HYER INDUSTRIES, INC., PEMBROKE, MA 02359 | |
| 10925 | THAYER SCALE, HYER INDUSTRIES, PO BOX 669, RT. 139, PEMBROKE, MA 02359-0669 | |
| 10925 | THAYER, ALVAH, 707 ROBIN GLEN, 315, INDIANOLA, IA 50125-1059 | |
| 10925 | THAYER, EUNICE, 21 WARREN AVE, WOBURN, MA 01801 | |
| 10925 | THAYER, FRANK, PO BOX 1778, PORT ANGELES, WA 98362-0093 | |
| 10925 | THAYER, GAIL, 3187 RAVEN CT, ANNAPOLIS, MD 21403 | |
| 10925 | THAYER, JR, 5949 HEATHERWOOD LAN, RIVERDALE, GA 30296 | |
| 10925 | THAYER, ROBERT, 5371 KENOSHA LANE, IRVINE, CA 92715-3526 | |
| 10925 | THAYER, STANLEY, PO BOX 655, MEEKER, CO 81641 | |
| 10925 | THB SERVICES INC, PO BOX 4882, MANCHESTER, NH 03108 | |
| 10925 | THE ASSOCIATES, 8001 RIDGEPOINT, IRVING, TX 75063 | |
| 10925 | THE B.F. GOODRICH COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | THE BAILEY COMPANY, PO BOX 30094, NASHVILLE, TN 37241-0094 | |
| 10925 | THE BANK OF NEW YORK, AS INDENTURE TRUSTEE, ATTN: IRENE SIEGEL, VP, 101 BARCLAY ST, 21W, NEW YORK, NY 10286 | |
| 10925 | THE BOGDAN LAW FIRM, 8320 GULF FRWY #215, HOUSTON, TX 77017 | |
| 10925 | THE BOLLES CO, INC, PO BOX 22425, CHATTANOOGA, TN 37422 | |
| 10925 | THE BRANCH LAW FIRM, 2025 RIO GRANDE BLVD NW, ALBUQUERQUE, NM 87104 | |
| 10925 | THE CARLILE LAW FIRM, 5006 EAST END BLVD S, MARSHALL, TX 75672-9778 | |
| 10925 | THE CAROLINAS READY MIXED, 1805 J. N PEASE PLACE, CHARLOTTE, NC 28262 | |
| 10925 | THE CARY COMPANY, PO BOX 403, ADDISON, IL 60101 | |
| 10925 | THE CHASE MANHATTAN BANK, PO BOX 5747 G.PO, NEW YORK, NY 10087-5747 | |
| 10925 | THE CLINTON CHRONICLE, PO BOX 180, CLINTON, SC 29325 | |
| 10925 | THE DAVID J. JOSEPH COMPANY, PO BOX 1078, CINCINNATI, OH 45201-1078 | |
| 10925 | THE DIALOG CORPORATION, PO BOX 532002, ATLANTA, GA 30353-2002 | |
| 10925 | THE DIALOG CORPORATION, PO BOX 532002, ATLANTA, PA 30353-2002 | |
| 10925 | THE DOW CHEMICAL COMPANY, 7719 COLLECTION CENTER DRIVE, CHICAGO, IL 60693 | |
| 10925 | THE DOW CHEMICAL COMPANY, BASE OF LOVERIDGE ROAD, PO BOX 1398, PITTSBURGH, CA 94565 | |
| 10925 | THE EDGEWATER-WAKEFIELD MEMORIAL, PO BOX 2133, WAKEFIELD, MA 01880-6133 | |
| 10925 | THE FLOYD LAW FIRM, 8151 CLAYTON ROAD, SUITE 202, ST. LOUIS, MO 63117-1103 | |
| 10924 | THE FURTH FIRM, 201 SANSOME ST, SAN FRANCISCO, CA 94104 | |
| 10925 | THE FURTH FIRM, 225 BUSH ST, 15 FLOOR, SAN FRANCISCO, CA 94104 | |
| 10925 | THE GAVIN LAW FIRM, NATIONSBANK BLDG, 23 PUBLIC SQUARE, SUITE 415, BELLEVILLE, IL 62220 | |
| 10925 | THE GILLETTE COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 THE GLIDDEN COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10925 THE GREENE LAW FIRM, 300 HAMMONS PKWY, SUITE 603, SPRINGFIELD, MO 65806

10925 THE HENDLER LAW FIRM, 816 CONGRESS AVE, SUITE 1100, AUSTIN, TX 78701

10925 THE HERTZ CORPORATION, PO BOX 25485, OKLAHOMA CITY, OK 73125

10925 THE HOLLORAN LAW FIRM, 906 OLIVE ST, SUITE 1200, ST. LOUIS, MO 63101

10925 THE HULLVERSON LAW FIRM, 1010 MARKET ST , SUITE 1550, ST. LOUIS, MO 63101

10925 THE JAQUES ADMIRALTY LAW FIRM, MARITIME LAW ADVOCATES, 1370 PENOBSCOT BLDG, DETROIT, MI 48226-4192

10925 THE JET PULVERIZER CO., PO BOX 212, PALMYRA, NJ 08065-0212

10925 THE KINGS CONTRIVANCE, 10150 SHAKER DR., COLUMBIA, MD 21046

10925 THE LANGSTON LAW FIRM, PO BOX 787, PO BOX 787, BOONEVILLE, MS 38829

10925 THE LAW FIRM OF ALWYN LUCKEY, PO BOX 724, PO BOX 724, OCEAN SPRINGS, MS 39566-0724

10925 THE LAW FIRM OF BOB FAIN, 10 N. 27TH ST, PO BOX 1018, BILLINGS, MT 59103-1018

10925 THE LAW FIRM OF BOBBY COX, PO BOX 892, NATCHEZ, MS 39120

10925 THE LAW FIRM OF C D AQUILA, 308 EAST MAIN, PO BOX 866, NEW ROADS, LA 70760-0866

10925 THE LAW FIRM OF CRYMES PITTMAN, PO BOX 22985, PO BOX 22985, JACKSON, MS 39201

10925 THE LAW FIRM OF DAVID SHAW, 94 PROSPECT ST, PO BOX 3552, NEW HAVEN, CT 06525

10925 THE LAW FIRM OF DONALD MARSHALL, LAND TITLE BLDG SUITE 2136, 100 SOUTH BROAD ST, PHILADELPHIA, PA 19110-1013

10925 THE LAW FIRM OF EDWARD REEVES, 1520 LEWIS TOWER BLDG, 225 SOUTH 15TH ST, PHILADELPHIA, PA 19102

10925 THE LAW FIRM OF GEORGE COVERT, 10621 N OAK HILLS PKWY SUITE A, BATON ROUGE, LA 70810

10925 THE LAW FIRM OF HAL PITKOW, 102 POND VIEW DR, PO BOX 490, WASHINGTON CROSSING, PA 18977-0490

10925 THE LAW FIRM OF HARRISON VICKERS, 280 STRICKLAND DR, PO BOX 218, ORANGE, TX 77630

10925 THE LAW FIRM OF HARRY FORST, 639 LOYOLA AVE , SUITE 1820, NEW ORLEANS, LA 70113

10925 THE LAW FIRM OF JAMES BARBER, 604 VIRGINIA ST, EAST SUITE 200, CHARLESTON, WV 25301

10925 THE LAW FIRM OF JOEL BENTLEY, PO BOX 270, THOMASTON, GA 30286-0004

10925 THE LAW FIRM OF JON SWARTZFAGER, 252 COMMERCE ST , SUITE C, PO BOX 131, LAUREL, MS 39440

10925 THE LAW FIRM OF KENNETH HICKS, 343 FIFTH AVE, HUNTINGTON, WV 25701

10925 THE LAW FIRM OF LARRY NORRIS, 101 FERGUSON ST, PO BOX 8, HATTIESBURG, MS 39401

10925 THE LAW FIRM OF LEONARD TOST, 3545 PENNSYLVANIA AVE, POST OFFICE BOX 2409, PO BOX 2409, WEIRTON, WV 26062

10925 THE LAW FIRM OF MATTHEW WILLIS, 1900 BROADWAY @ THIRD, BEAUMONT, TX 77701

10925 THE LAW FIRM OF MICHAEL GALLIGAN, THE PLAZA, SUITE 5, 300 WALNUT ST, DES MOINES, IA 50309

10925 THE LAW FIRM OF MICHAEL MAXWELL, TWO RUAN CENTER, SUITE 1000, 601 LOCUST ST, DES MOINES, IA 50309

10925 THE LAW FIRM OF MITCHELL LATTOF JR, 56 ST JOSEPH ST 9 TH FL, PO BOX 3066, MOBILE, AL 36602

10925 THE LAW FIRM OF PATRICK PENDLEY, PO BOX 71, PLAQUEMINE, LA 70765

10925 THE LAW FIRM OF RANDALL IOLA, ATTN RANALL L. IOLA, 1323 E. 71ST ST , SUITE 315, TULSA, OK 74136

10925 THE LAW FIRM OF ROGER WORTHINGTON, 3219 MCKINNEY AVE, SUITE 3000, DALLAS, TX 75204

10925 THE LAW FIRM OF ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

10925 THE LAW FIRM OF SCOTT TAYLOR, 1126 JACKSON AVE , SUITE 401 A, PO BOX 1729, PASCAGOULA, MS 39568

10925 THE LAW FIRM OF SILAS WOLF JR, 111 NORTH PETERS #100, NORMAN, OK 73069

10925 THE LAW FIRM OF STEVEN BARKLEY, 3560 DELAWARE #305, BEAUMONT, TX 77706

10925 THE LAW FIRM OF THOMAS KRAGH, 410 1ST ST E., POLSON, MT 59860

10925 THE LAW FIRM OF THOMAS SAYRE, POST OFFICE BOX 627, CLENDENIN, WV 25045

10925 THE LAW FIRM OF TOMMY THOMPSON, 710 LOUISIANA AVE, PORT ALLEN, LA 70767

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | THE LAW FIRM OF WILLIAM BRAUNER, 2506 CALDWELL BLVD, PO BOX 1078, CALDWELL, ID 83606-1078 | |
| 10925 | THE LAW FIRM OF WILLIAM REAVES, 1544 WINCHESTER AVE , SUITE 1101, BOX 2557, PO BOX 2557, ASHLAND, KY 41105 | |
| 10925 | THE LAW OFFICE OF DEBORAH K HINES, 1320 19TH ST , NW, SUITE 500, WASHINGTON, DC 20036 | |
| 10925 | THE LAW OFFICE OF MICHAEL C SHEPARD, 205 PORTLAND ST, BOSTON, MA 02114 | |
| 10925 | THE LAW OFFICES OF PETER T ENSLEIN, 1738 WISCONSIN AVE , NW, WASHINGTON, DC 20006 | |
| 10925 | THE LAW OFFICES OF STUART CALWELL, 405 CAPITOL ST #607, PO BOX 113, CHARLESTON, WV 25321 | |
| 10925 | THE LIMO INC, 11901 30TH COURT NORTH, SAINT PETERSBURG, FL 33716 | |
| 10925 | THE LTV CORPORATION, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | THE MARITIME ASBESTOSIS LEG CLINIC, 1570 PENOBSCOT BLDG, DETROIT, MI 48226 | |
| 10925 | THE MIMSTAR, INC, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | THE MOBIL CORPORATION, SYSTEM, 2711 CENTERVILLE RD #400, WILMINGTON, DE 19808 | |
| 10925 | THE NASH ENGINEERING CO., PO BOX 9125, STAMFORD, CT 06925 | |
| 10925 | THE OKEY LAW FIRM LPA, 337 THIRD ST , NW, CANTON, OH 44702-1786 | |
| 10925 | THE OMELETTE QUEEN CATERERS, INC, PO BOX 244, 244, BROOKLANDVILLE, MD 21022 | |
| 10925 | THE PERFECT IMAGE, 76 LAKE ST, MIDDLETON, MA 01949 | |
| 10925 | THE PERKIN-ELMER CO., | |
| 10925 | THE POPHAM LAW FIRM, 323 W. 8TH ST , SUITE 200, KANSAS CITY, MO 64105 | |
| 10925 | THE PROCTOR & GAMBLE MANUFACTURING, PROCTER & GAMBLE MANUFACTURING CO, ONE PROCTER & GAMBLE PLAZA, CINCINNATI, OH 45202 | |
| 10924 | THE PRUDENTIAL INSURANCE COMPANY OF, 745 BROAD ST, NEWARK, NJ 07101 | |
| 10925 | THE Q PANEL CO, PO BOX 75548, CLEVELAND, OH 44101-4755 | |
| 10925 | THE QUEENS MEDICAL CENTER, 1301 PUNCHBOWL ST, HONOLULU, HI 96813 | |
| 10925 | THE REGENTS OF THE UNIVERSITY OF CA, UNIVERSITY COUNSEL, 1111 FRANKLIN ST, OAKLAND, CA 94607-5200 | |
| 10925 | THE RELIZON COMPANY, 21386 NETWORK DR., CHICAGO, IL 60673-1213 | |
| 10925 | THE SEGAL LAW FIRM, 810 KANAWHA BLVD, CHARLESTON, WV 25301 | |
| 10925 | THE SHEIN LAW OFFICES, 121 SOUTH BROAD ST 21ST FL, PHILADELPHIA, PA 19107 | |
| 10925 | THE SHERWIN-WILLIAMS CO., CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | THE SIMMONS FIRM LLC, PO BOX 559, WOOD RIVER, IL 62095 | |
| 10925 | THE SIMON LAW FIRM, 360 PLACE OFFICE PARK, 1201 N. WATSON SUITE 145, ARLINGTON, TX 76006 | |
| 10925 | THE SIMON LAW FIRM, 5630 YALE BLVD, DALLAS, TX 75206 | |
| 10924 | THE STANLEY BLDG, SPEIGHTS & RUNYAN, 304 LEE AVENUE, HAMPTON, SC 29924 | |
| 10925 | THE STAVER GROUP, INC, 1271 EAST 2ND. ST., FRANKLIN, OH 45005 | |
| 10925 | THE SUPERIOR RUBBER CO., 134 EAST MCMICKEN AVE., CINCINNATI, OH 45210-1321 | |
| 10925 | THE SUTTER LAW FIRM, 1598 KANAWHA BLVD EAST, CHARLESTON, WV 25311 | |
| 10925 | THE TALASKA LAW FIRM, 8876 GULF FREEWAY BLDG, SUITE 550, HOUSTON, TX 77017 | |
| 10925 | THE TJX COMPANIES MARSHALLS, VP - REAL ESTATE, 770 COCHITUATE RD., PO BOX 9123, FRAMINGHAM, MA 01701 | |
| 10925 | THE UNIVERSITY OF ALABAMA AT BIRMIN, HALE & DORR L.L.P., 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004 | |
| 10925 | THE UNOCAL CORP., CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | THE WEST LAW FIRM, 124 WEST HIGHLAND, SHAWNEE, OK 74801 | |
| 10925 | THE YOUNG INDUSTRIES, INC, PO BOX 30, MUNCY, PA 17756 | |
| 10924 | THEATER MAJIC, 6099 GODOWN ROAD, COLUMBUS, OH 43235 | |
| 10924 | THEATER PHASE II, PHOENIX, AZ 85019 | |
| 10925 | THEESFELD, LANA, 221 E. CURTIS, GRANT PARK, IL 60940 | |
| 10925 | THEESFELD, MICHAEL, 221 E. CURTIS, GRANT PARK, IL 60940 | |
| 10925 | THEILER, STEPHEN G, 1145E KINGS RD, TOMAHAWK, WI 54487 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 THEINER, MARY, 525 E. SEMORAN BLVD, FERN PARK, FL 32730

10925 THEINER, MARY, 631 PALMETTO AVE, LONGWOOD, FL 32750

10925 THEIS, LEROY, 1790 E. 7TH ST., CRAIG, CO 81625

10925 THEIS, ROBERT, 818 8TH ST., FRIEND, NE 68359

10925 THEISEN, MARJORIE, 401TELLER ST, LAKEWOOD, CO 80226

10925 THEISS, HAROLD L, CUST FOR ELIZABETH JEAN S THEISS, UNIF GIFT MIN ACT MO, 1360 JAMAICA DR, SANIBEL, FL 33957-2608

10925 THEISS, HAROLD L, CUST FOR JOANNA V THEISS, UNIF GIFT MIN ACT MD, 1360 JAMAICA DR, SANIBEL, FL 33957-2608

10925 THEISS, MARY, 3138 LAKE BEACH BLVD, AKRON, OH 44319

10925 THEISS, MICHAEL, 2683 COUNTY ROAD 1223, VINEMONT, AL 35179

10925 THEISZMANN, KYMBERLY, 9822 KNIGHTSBRIDGE DRIVE, ISLAND LAKE, IL 60042

10925 THELEN REID & PRIEST LLP, TWO EMBARCADERO CENTER SUITE 2100, SAN FRANCISCO, CA 94111-3945

10925 THELEN REID & PRIEST, 101 2ND ST STE 1800, SAN FRANCISCO, CA 94105-3659

10924 THELEN SAND & GRAVEL COMPANY, 1020 ELIZABETH STREET, WAUKEGAN, IL 60085

10925 THELEN SAND & GRAVEL, 28955 RTE 173, ANTIOCH, IL 60002

10924 THELEN SAND & GRAVEL, 28955 WEST ROUTE 173, ANTIOCH, IL 60002

10924 THELEN SAND GRAVEL, 28955 RT 172, ANTIOCH, IL 60002

10924 THELEN SAND GRAVEL, 28955 RT 173, ANTIOCH, IL 60002

10925 THELEN, CYNTHIA, 510 OAK DRIVE, WAUCONDA, IL 60084

10925 THELEN, QUENTIN L, 11 PIER AVE, HERMOSA BEACH, CA 90254-3731

10925 THELMA A NORMAN &, DONALD R NORMAN JT TEN WROS, 50 CAMBRIDGE ROAD, WABURN, MA 01801-3860

10925 THELMA BROOKE, 7026 S CLAREMONT, CHICAGO, IL 60636

10925 THELMA BROOKS, 7026 S. CLAREMONT, CHICAGO, IL 60636

10925 THELMA H FALLOWS TR UA, NOV 15 90 THELMA H FALLOWS, LIVING TRUST, 6846 ISABELLE, PORTAGE, MI 49024-1027

10925 THELMA H TATE, 5 SHERMAN AVE, PISCATAWAY, NJ 08854-6045

10925 THELMA I SOPER &, KENNETH GRINDLING &, BONNIE HOWARD JT TEN, 200 W EDGEWOOD BLVD, APT 212, LANSING, MI 48911-5670

10925 THELMA JAAP LAMBERT &, CAROLE MAE LAMBERT JT TEN, 503 GENERAL DR, FT WRIGHT, KY 41011-1835

10925 THELMA JANE STANDIFER, 2120 HILLCREST ST, FT WORTH, TX 76107-4330

10925 THELMA L LEWIS, 19 WEST FRANKFORT PLAZA, WEST FRANKFORT, IL 62896-4964

10925 THELMA LEE IN TRUST FOR, MARLENE ROSEN, 110 MAPLEWOOD ST, WEST HEMPSTEAD, NY 11552-2005

10925 THELMA W HILL, 610 SIXTH ST CIRCLE NE, CONOVER, NC 28613-1662

10925 THEM OF NEW JERSEY, 127-A GAITHER DR, MOUNT LAUREL, NJ 08054

10925 THEM OF NEW JERSEY, PO BOX 289, MOUNT LAUREL, NJ 08054

10925 THEME TRAVELERS, 14501 BLANCO RD., SAN ANTONIO, TX 78216

10925 THEMIS, THOMAS, 220 S. RIFE, ARANSAS PASS, TX 78336

10925 THEOBALD, KENDALL, 63288 CIMARRON DRIVE, BEND, OR 97701

10925 THEODORA COUFOS, 331 SLOCUM WAY, FORT LEE, NJ 07024-4630

10925 THEODORA W HOYT, 298 RIDGEWOOD AVE, HURLEY, NY 12443-5325

10925 THEODORE A SEVIGNY, 76 CANTERBURY RD, WALTHAM, MA 02154-8243

10925 THEODORE F ANDERSON, 8927 LAMON AVE 2A, SKOKIE, IL 60077-1974

10925 THEODORE G STUEBER, PO BOX 434, PARSONS, KS 67357-0434

10925 THEODORE GOURAS & RITA GOURAS, JT TEN, C/O CHRISTOPHER ZISSOULIS, 17 JOHN ST, WILLIMANTIC, CT 06226-3303

10925 THEODORE HALL, HWY 221, ENOREE, SC 29335

10925 THEODORE J KLETNICK, 63 STANLEY AVE, HASTINGS-ON-HUSDON, NY 10706-2612

10925 THEODORE J NICHOLS JR TR UA, DTD NOV 04 98 REVOCABLE LIVING, TRUST, 1486 EAST 1100 SOUTH, BROOKSTON, IN 47923-8292

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   THEODORE J STEINMEYER, 4251 CHASTE ST, FLORISSANT, MO 63034-2071

10925   THEODORE JABARA, 826 SUNSET AVE, HAWORTH, NJ 07641-1538

10925   THEODORE LEE PARKER, N WASHINGTON ST, MEREDOSIA, IL 62665

10925   THEODORE M BOBINSKY, 4319 COLONY HILLS DR, AKRON, OH 44333-1705

10925   THEODORE NEMZIN & JUANITA, NEMZIN TR UA DEC 5 77, CRAWFORD MNGT CO INC, SUIT 202, 28423 ORCHARD LAKE RD, FARMINGTON HILLS, MI 48334-2971

10925   THEODORE P CIELECKI &, JEANETTE K CIELECKI JT TEN, 64 39TH ST, IRVINGTON, NJ 07111-1248

10925   THEODORE RUTT &, MARY RUTT JT TEN, 4777 148 AVE NE, APT C 105, BELLEVUE, WA 98007-3029

10925   THEODORE T LA MOTTA, 24 LOWRY COURT, SKILLMAN, NJ 08558-1649

10925   THEODORE T ROCOS &, WINIFRED M ROCOS JT TEN, COUNTRY MANORS, 317 FLAMINGO LANE, DELRAY BEACH, FL 33445-1887

10925   THEODORE W KUKLIS, 5 BURROUGHS LN, DENVILLE, NJ 07834-1306

10925   THEODORE W SPRAGUE, 115 ABERDEEN AVE, CAMBRIDGE, MA 02138-4637

10925   THEODORE WILLIAM JONES, 19602 FAIRPORT ST, DETROIT, MI 48205-1768

10925   THEODORE, DANIEL, 8500 MOTH CIRCLE, RENO, NV 89506

10925   THEODORE, MAUDE, 130 W ECKERSON RD BLDG 5 APT 16B, SPRING VALLEY, NY 10977

10925   THEODOULOU, BESSIE, 137 WEBSTER ST, ARLINGTON, MA 02174

10925   THEODOULOU, BESSIE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   THEODOULOU, BETTY, 137 WEBSTER ST, ARLINGTON, MA 02174

10925   THEONNES, EDWARD, 216 WEST 9TH ST, LIBBY, MT 59923

10925   THEONNES, LOIS, BOX 46, LIBBY, MT 59923

10925   THERESA ANN DE COSTA &, VICTOR MICHAEL DE COSTA JT TEN, 149 BEAVERBROOK RD, DELRAN, NJ 08075-2205

10925   THERESA B HAIRFIELD, 1078 STONEHENGE DR, HANAHAN, SC 29406-2452

10925   THERESA C MCCLOUD MD, MASSACHUSETTS GENERAL HOSPITAL, BOSTON, MA 02114

10925   THERESA HIGGINS, 7500 GRACE DR, COLUMBIA, MD 21044

10925   THERESA KELLY, 91-14 VANDERVEER ST, QUEENS VILLAGE, NY 11428-1242

10925   THERESA L SNOW, 555 ADVENT ST, WESTBURY LI, NY 11590-1309

10925   THERESA M GEBHARD, 102 WEST 56TH ST, BAYONNE, NJ 07002-3316

10925   THERESA P HIGGINS, 814 MAY FAIR WAY, ELDERSBURG, MD 21784-6124

10925   THERESA R LEVINSTONE TR, THERESA R LEVINSTONE TRUST, UA SEP 12, TIMBER OAKS, 10811 BUCKFIELD DR, PORT RICHEY, FL 34668-3058

10925   THERESA SKONIECZNY, C/O MISS HEDWIG HODUKAVICH, 505 NORTHVILLE TURNPIKE, RIVERHEAD, NY 11901-4714

10925   THERESA T GARWOOD, 2443 FLORAL RD NW, ALBUQUERQUE, NM 87104-1923

10925   THERESA WHALEN TR UA SEP, 17 1992 THERESA WHALEN, REVOCABLE TRUST, C/O 17 PROSPECT TERRACE, BROCKTON, MA 02401

10925   THERESE A BUTLER &, THOMAS J BUTLER JTWRS JT TEN, 6115-12TH AVE SOUTH, MINNEAPOLIS, MN 55417

10925   THERESE M MC ARTHUR, 98 STRATHMORE GATE DR, STONY BROOK, NY 11790-3060

10925   THERESE MC NICHOLS, 1128 W BROOKS, NORMAN, OK 73069-4574

10925   THERESE S MCDONALD, 2590 GOLFERS RIDGE ROAD, ANNAPOLIS, MD 21401-6911

10925   THERESE SULLIVAN, 931 FINNTOWN ROAD, WARREN, ME 04864-4354

10925   THERIAULT, ROGER, 5 HARWICH COURT, MERRIMACK, NH 03054

10925   THERIOT, DAVID, 522 HWY 652, RACELAND, LA 70394

10925   THERIOT, DAWN, 212 MALL CT., HOUMA, LA 70364

10925   THERIOT, JAMES, PO BOX 1583, PICAYUNE, MS 39466

10925   THERIOT, JOSEPH, 409 DOUGLAS DRIVE, HOUMA, LA 70364

10925   THERIOT, JR, ROLAND, RT. 2, BOX 432, LOCKPORT, LA 70374

10925   THERIOT, NELSON, RT. 1, BOX 75-A, GIBSON, LA 70356

10925   THERIOT, ROBERT, 21378 W WALLIS, PORTER, TX 77365

10925   THERIOT, TIMOTHY, PO BOX 475, BOURG, LA 70343

10925   THERM INC., PO BOX 294, AUBURN, MA 01501

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | THERMACORE INC, 780 EDEN ROAD, LANCASTER, PA 17601 | |
| 10925 | THERMAFIBER LLC, POBOX 2550, FORT WAYNE, IN 46801-2550 | |
| 10924 | THERMAL CERAMICS, 1ST AND MOUND ST., GIRARD, IL 62640 | |
| 10924 | THERMAL CERAMICS, 2102 OLD SAVANNAH ROAD, AUGUSTA, GA 30906 | |
| 10924 | THERMAL CERAMICS, 221 WEAVER STREET, EMPORIA, KS 66801 | |
| 10924 | THERMAL CERAMICS, INC., 1ST AND MOUND ST., GIRARD, IL 62640 | |
| 10924 | THERMAL CERAMICS, P O BOX 923, AUGUSTA, GA 30903 | |
| 10924 | THERMAL CERAMICS, P.O. BOX 128, GIRARD, IL 62640 | |
| 10924 | THERMAL CERAMICS, PO BOX 2128, EMPORIA, KS 66801 | |
| 10924 | THERMAL CERAMICS, PO BOX 923, AUGUSTA, GA 30903 | |
| 10924 | THERMAL CERAMICS, PO BOX128, GIRARD, IL 62640 | |
| 10924 | THERMAL CERAMICS, PO BOX923, AUGUSTA, GA 30903 | |
| 10925 | THERMAL CERAMICS, POBOX 920047, ATLANTA, GA 30392 | |
| 10924 | THERMAL CERAMICS, RECEIVING DEPT., 2102 OLD SAVANNAH ROAD, AUGUSTA, GA 30906 | |
| 10924 | THERMAL CERMAICS, 2102 OLD SAVANNAH ROAD, AUGUSTA, GA 30906 | |
| 10925 | THERMAL CIRCUITS INC, 1 TECHNOLOGY WAY, SALEM, MA 01970 | |
| 10925 | THERMAL EMISSION CONTROL SYSTEM INC, DEPT CH 10168O, PALATINE, IL 60055-0168 | |
| 10924 | THERMAL FIREPROOFING & ACOUSTIC CO, 83 FARWELL ST, WEST HAVEN, CT 06516 | |
| 10924 | THERMAL FIREPROOFING & ACOUSTICS CO, CAMBRIDGE, MA 02140 | |
| 10924 | THERMAL FIREPROOFING, 83 FARWELL STREET, WEST HAVEN, CT 06516 | |
| 10924 | THERMAL INDUSTRIES INC., 301 BRUSHTON AVENUE, PITTSBURGH, PA 15221-2166 | |
| 10924 | THERMAL INDUSTRIES INC., 3700 HANEY DRIVE, MURRYSVILLE, PA 15668 | |
| 10924 | THERMAL INSULATION & REFRACTORY, C/O TIC SOUTHEAST CORP./UNION CAMP, SAVANNAH, GA 31401 | |
| 10924 | THERMAL INSULATION, 2536 CENTRAL PARKWAY SW, DECATUR, AL 35603 | |
| 10924 | THERMAL INSULATION, CAMBRIDGE, MA 02140 | |
| 10925 | THERMAL INSULATION, INC, 3747 SOUTH BEGLIS PKWY, SULPHUR, LA 70665 | |
| 10924 | THERMAL MATERIAL SYSTEMS, CAMBRIDGE, MA 02140 | |
| 10924 | THERMAL MATERIALS SUPPLY, 245 FOAM ST, MONTEREY, CA 93940 | |
| 10925 | THERMAL PROCESSING SOL., PO BOX 8427, BARTLETT, IL 60103 | |
| 10925 | THERMAL PRODUCTS CO INC, 4520 S BERKELEY LAKE RD, NORCROSS, GA 30071 | |
| 10925 | THERMAL PRODUCTS CO INC, PO BOX 920296, NORCROSS, GA 30010-0296 | |
| 10925 | THERMAL PRODUCTS CO. INC., PO BOX 920296, NORCROSS, GA 30092-0296 | |
| 10924 | THERMAL SCIENTIFIC INC., PO BOX 314, ODESSA, TX 79760 | |
| 10924 | THERMAL SCIENTIFIC INC., WEST UNIVERSITY & WESTOVER STS., ODESSA, TX 79764 | |
| 10925 | THERMAL SCIENTIFIC, INC, PO BOX 314, ODESSA, TX 79760 | |
| 10924 | THERMAL SCIENTIFIC, INC., 10301 AMARILLO BLVD. EAST, AMARILLO, TX 79107 | |
| 10924 | THERMAL SCIENTIFIC, INC., 4405 WEST PARK AVENUE, BEAUMONT, TX 77705 | |
| 10924 | THERMAL SCIENTIFIC, INC., 822 CANTWELL, CORPUS CHRISTI, TX 78408 | |
| 10924 | THERMAL SCIENTIFIC, INC., PO BOX 314, ODESSA, TX 79760 | |
| 10924 | THERMAL SCIENTIFIC, INC., PO BOX 314, ODESSA, TX 79760-0314 | |
| 10924 | THERMAL SEAL, 47 INDUSTRIAL DRIVE, UXBRIDGE, MA 01569 | |
| 10924 | THERMAL SPRAY OF INDIANA, 5520 SOUTH HARDING STREET, INDIANAPOLIS, IN 46217 | |
| 10925 | THERMAL TECH INC., 6828 HANGING MOSS ROAD, ORLANDO, FL 32807 | |
| 10925 | THERMAL TECH, INC, 3502 A RIGA BLVD, TAMPA, FL 33619 | |
| 10924 | THERMAL TOPP CORP, 713 WEST DELPASO RD, SACRAMENTO, CA 95834 | |
| 10924 | THERMAPRINT CORPORATION, 13645 ALTON PARKWAY, IRVINE, CA 92718 | |
| 10925 | THERMASTER MECHANICAL, PO BOX 3022, GLEN ELLYN, IL 60138 | |
| 10925 | THERMAX DBA KOOLTRONIC, INC, PO BOX 240, PENNINGTON, NJ 08534-0240 | |
| 10925 | THERMO ANALYTICAL INC, DRAWER CS BOX 100572, ATLANTA, GA 30384-0572 | |
| 10925 | THERMO ARL AND VG ELEMENTAL, PO BOX 91909, CHICAGO, IL 60693 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | THERMO EBERLINE, 504 AIRPORT RD, SANTA FE, NM 87505 | |
| 10925 | THERMO EBERLINE, DRAWER CS 198-563, ATLANTA, NM 30384 | |
| 10925 | THERMO ELECTRON CORP, JO ANN SHOTWELL, | |
| 10925 | THERMO ELECTRON RISK MGMT, MARK ROLLINS ENV MANAGER, 81 WYMAN ST, PO BOX 9046, WALTHAM, MA 02254-9046 | |
| 10925 | THERMO JARRELL ASH CORP./BAIRD DIV., 27 FORGE PKWY, FRANKLIN, MA 02038 | |
| 10925 | THERMO NESLAB, P.O 1178, PORTSMOUTH, NH 03802-1178 | |
| 10925 | THERMO OPTEK CORP, 27 FORGE PKWY, FRANKLIN, MA 02038 | |
| 10925 | THERMO OPTEK CORP, DRAWER CS 100623, ATLANTA, GA 30384-0623 | |
| 10924 | THERMO SPRAY OF IND, 5520 SOUTH HARDING, INDIANAPOLIS, IN 46217 | |
| 10924 | THERMO SPRAY OF INDIANA, 5520 S. HARDING STREET, INDIANAPOLIS, IN 46217 | |
| 10924 | THERMO SPRAY OF INDIANA, 5520 SOUTH HARDING STREET, INDIANAPOLIS, IN 46217 | |
| 10924 | THERMO SPRAY OF INDIANA, ST. FRANCIS SOUTH E/R INPATIENT, INDIANAPOLIS, IN 46237 | |
| 10924 | THERMO SPRAY, 52 RIVER ROAD, CHATHAM, NJ 07928 | |
| 10924 | THERMO SPRAY, CAMBRIDGE, MA 02140 | |
| 10924 | THERMO SPRAY, P.O.BOX 327, CHATHAM, NJ 07928 | |
| 10925 | THERMO TRILOGY CORPORATION, 81 WYMAN ST, PO BOX 9046, WALTHAM, MA 02254-9046 | |
| 10925 | THERMO/CENSE, 942 TURRET COURT, MUNDELEIN, IL 60060 | |
| 10925 | THERMO/CENSE, INC, 942 TURRET COURT, MUNDELEIN, IL 60060 | |
| 10924 | THERMOCLAD COMPANY, THE, 361 WEST 11TH ST., ERIE, PA 16501 | |
| 10925 | THERM-O-DISC CANADA LTD, 95 SO EDGEWARE ROAD, ST THOMAS, ON N5P 4C4CANADA | *VIA Deutsche Post* |
| 10925 | THERM-O-DISC INC, 1320 SOUTH MAIN ST, MANSFIELD, OH 44907 | |
| 10925 | THERM-O-DISC SPACE(ASIA), 20/F SING PAO ROAD, 101 KING S ROAD, NORTH POINT, 0HONG KONG | *VIA Deutsche Post* |
| 10925 | THERM-O-DISC, 1000 SOUTH PARK, NEWAYGO, MI 49337 | |
| 10925 | THERM-O-DISC, 1981 PORT CITY BLVD, MUSKEGON, MI 49442 | |
| 10925 | THERM-O-DISC, 4550 OLD WHITLEY RD, LONDON, KY 40741 | |
| 10925 | THERM-O-DISC, 9560 PLAZA CIRCLE (CHIH), EL PASO, TX 79927 | |
| 10925 | THERM-O-DISC, 9560 PLAZA CIRCLE (JUA), EL PASO, TX 79927 | |
| 10925 | THERM-O-DISC, PO BOX 10719, EL PASO, TX 79927 | |
| 10925 | THERM-O-DISC, PO BOX 787, MUSKEGON, MI 49443 | |
| 10925 | THERMOJET, PO BOX 1799, BUTLER, PA 16003 | |
| 10925 | THERMON HEAT TRACING SER., 63332 QUINN DR., BATON ROUGE, LA 70817 | |
| 10925 | THERMON HEAT TRACING SERVICES, INC, PO BOX 87357, BATON ROUGE, LA 70879 | |
| 10925 | THERMO-O-ROCK INC, BOX 429, NEW EAGLE, PA 15067 | |
| 10925 | THERMOPHYSICAL PROPERTIES, 2595 YEAGER ROAD, WEST LAFAYETTE, IN 47906 | |
| 10925 | THERMOQUEST CORP., 355 RIVER OAKS PKWY., SAN JOSE, CA 95134-1991 | |
| 10925 | THERMOQUEST CORPORATION, FILE N 21230, SAN FRANCISCO, CA 94160 | |
| 10925 | THERMORETEC, 601 SCARBORO RD., OAK RIDGE, TN 37830 | |
| 10925 | THERMORETEC, PO BOX 846001, BOSTON, MA 02284-6001 | |
| 10924 | THERMO-RITE BROWNSTONE, 127 5TH ST., N.E., MINNEAPOLIS, MN 55413 | |
| 10925 | THERM-O-ROCK IND, 6732 W WILLIS ROAD, CHANDLER, AZ 85226 | |
| 10925 | THERM-O-ROCK WEST INC, 6732 W. WILLIS RD #5014, CHANDLER, AZ 85226 | |
| 10924 | THERM-O-ROCK WEST, INC., 6732 W.WILLIS ROAD #5014, CHANDLER, AZ 85226 | |
| 10924 | THERM-O-ROCK, 6732 W. WILLIS RD., CHANDLER, AZ 85226 | |
| 10924 | THERM-O-ROCK, 6732 W. WILLIS ROAD, CHANDLER, AZ 85226 | |
| 10924 | THERM-O-ROCK, 6732 WEST WILLIS RD, CHANDLER, AZ 85226 | |
| 10925 | THERMOSCAN, INC, 465 SPRING RD., ELMHURST, IL 60126 | |
| 10925 | THERMOSCAN, INC, PO BOX 566, ELMHURST, IL 60126 | |
| 10925 | THERMOSEAL COMPANY INC, PO BOX 2493, EVANSVILLE, IN 47728-0493 | |
| 10924 | THERMOSEAL GLASS CORPORATION, 400 WATER STREET, GLOUCESTER CITY, NJ 08030 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 THERMOSET, LORD CHEMICAL, 5101 E. 65TH STREET, INDIANAPOLIS, IN 46220

10924 THERMO-SPRAY OF INDIANA, CAMBRIDGE, MA 02140

10924 THERMOSTATIC IND.INC., P. O. BOX 54609, LOS ANGELES, CA 90054

10924 THERMOSTATIC INDUSTRIES, 1364 E. 15TH STREET, LOS ANGELES, CA 90021

10924 THERMOTEX INDUSTRIES, INC., 112 SUNBELT COURT, GREER, SC 29650

10924 THERMOTEX INDUSTRIES, INC., PO BOX26327, GREENVILLE, SC 29616-1327

10925 THERMOTRON IND., 291 KOLLEN PARK DR., HOLLAND, MI 49423

10925 THERMOTRON INDUSTRIES, 1000 N MARKET ST, MILWAUKEE, WI 53268

10925 THERMOTRON INDUSTRIES, 1000 NO MARKET ST, MILWAUKEE, WI 53268

10925 THERMOTRON INDUSTRIES, 1000 NORTH MARKET ST, MILWAUKEE, WI 43268

10925 THERMOVATION ENGINEERING, PO BOX 248110, CLEVELAND, OH 44124-8110

10924 THERMO-VU SUNLITE INDUSTRIES, 895 WAVERLY AVE, HOLTSVILLE, NY 11742

10924 THERMO-VU SUNLITE INDUSTRIES, 895 WAVERLY AVENUE, HOLTSVILLE, NY 11742

10924 THERNCO, 16231 PERKINS RD., BATON ROUGE, LA 70810

10925 THERRIEN, KENNETH, 189 CHARLES BANCROFT HWY, LITCHFIELD, NH 03057

10925 THETFORD, THEIRRY, 3005 COAST DR. APT 210, INDIANAPOLIS, IN 46214

10925 THEUS, PATRICK, PO BOX 90112, PASADENA, CA 91109-5112

10925 THEUS, SHARON, RT. 2, BOX 11-A, DELHI, LA 71232

10925 THEUSCH, DONALD, 916 BRYAN AVE, WILMINGTON, NC 28403

10924 THEUT MASONRY, 4900 N VAN DYKE, KINDE, MI 48445

10924 THEUT PRODUCT, INC., 73408 VAN DYKE, ROMEO, MI 48065

10924 THEUT PRODUCTS, INC., 73408 VAN DYKE, ROMEO, MI 48065

10924 THEW LAIRD, SMITH AND GREEN, PHOENIX, AZ 85001

10925 THEYERL, DENNIS, 628 N PACKER DRIVE, WHITELAW, WI 54247

10925 THIBAULT, PAULINE, 165 PINE ST, #261, NASHUA, NH 03060

10925 THIBAULT, SHARON, 17941 SARATOGA, MONTE SERENO, CA 95030

10924 THIBODAUX HIGH SCHOOL, 1355 TIGER DRIVE, THIBODAUX, LA 70302

10924 THIBODAUX HOSPITAL, THIBODAUX, LA 70301

10924 THIBODAUX LUMBER & CON CO, PO BOX 489, THIBODAUX, LA 70302

10925 THIBODEAU, ALBERT, 1501 MARTIN ST, 1, MADISON, WI 53713

10925 THIBODEAU, ANTOINETTE, 4650 SIERRA MADRE, 822, RENO, NV 89502

10925 THIBODEAU, BEATRICE, 28 GROVE ST, ELMWOOD PARK, NJ 07407

10925 THIBODEAU, MICHAEL, 10 HICKORY ST, GLOUCESTER, MA 01930

10924 THIBODEAUX LUMBER & CONCRETE, 900 ST. PATRICK'S HWY, THIBODAUX, LA 70301

10924 THIBODEAUX LUMBER & CONCRETE, P.O. BOX 489, THIBODAUX, LA 70301

10925 THIBODEAUX, CANDY, 222 E PKWY, LAKE CHARLES, LA 70605

10925 THIBODEAUX, CANDY, 222 E. PKWY ST., LAKE CHARLES, LA 70605

10925 THIBODEAUX, DOROTHY, 202 MCBRIDE DRIVE, OPELOUSAS, LA 70570

10925 THIBODEAUX, JOHN, 827 MCKINLEY ST, JENNINGS, LA 70546

10925 THIBODEAUX, JOHN, RT. 1 BOX 108, CHURCH POINT, LA 70525

10925 THIBODEAUX, JOSEPH, 306 ROBIN, RAYNE, LA 70578

10925 THIBODEAUX, JR, CLINTON, 4413 EAST MAIN, CUT OFF, LA 70345

10925 THIBODEAUX, LAURA, 4102 CENTRAL ST, GULFPORT, MS 39501

10925 THIBODEAUX, LERLINE, 3035 TANNER ROAD, SCOTT, LA 70583-9601

10925 THIBODEAUX, LEROY, 7315 BACKSTROM, HITCHCOCK, TX 77590

10925 THIBODEAUX, MANUEL, 12921 CURRAN RD., NEW ORLEANS, LA 70128

10925 THIBODEAUX, MARY, RT 1 BOX 838 CLAIR DR, ORANGE, TX 77630

10925 THIBODEAUX, MICHAEL, 224 DUSTIN CIRCLE, BROUSSARD, LA 70518

10925 THIBODEAUX, MICKEY, 413 N. CEDAR ST, LOCKPORT, LA 70374

10925 THIBODEAUX, ORAN, RT. 7, HEDGE MOBILE HOME PARK, YOUNGSVILLE, LA 70592

10925 THIBODEAUX, RICHARD, 3838 BOUIE MILL ROAD, BROOKHAVEN, MS 39601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   THIBODEAUX, ROBERT, 417 PINECREST DRIVE, SULPHUR, LA 70663

10925   THIBODEAUX, SUZANNE, 1431 HITCHIN LANE, CHANNELVIEW, TX 77530

10925   THIBODEAUX, TILLMAN, 430 LOWER TEXAS DRIVE, NAPOLEONVILLE, LA 70390

10925   THIBODEAUX, TONY, RT 2 BOX 12, DUSON, LA 70529

10925   THICKETT, NIGEL, C/O PO BOX 5006, DUBAI, UNITED ARAB EMIRATES   *VIA Deutsche Post*

10925   THICKMAN, JESSE, 6611 HAVEST RUN DR # B, HARRISON, TN 37341

10925   THIE, HORACE, 1012 MAIN ST, MEDIA POLIS, IA 52637

10925   THIEBLOT RYAN MARTIN & MILLER, POBOX 73300, BALTIMORE, MD 21273

10925   THIEBLOT,RYAN,MARTIN & MILLER, PO BOX 73300, BALTIMORE, MD 21275

10924   THIEL SUPPLY, 264 EAST BEMENT ST., EDGERTON, OH 43517

10924   THIEL SUPPLY, ROUTE 34, BLAKESLEE, OH 43505

10925   THIEL, GERTRUDE, 2520 GREENLAWN DRIVE, TOLEDO, OH 43614

10925   THIEL, JR, PHILIP, 656 HWY 652, RACELAND, LA 70394

10925   THIEL, MARTIN, 2421 OAKWOOD AVE, GREEN BAY, WI 54301-1807

10925   THIEL, NANCY, 1333 FATIMA ST, MENASHA, WI 54952

10925   THIEL, PHILIP G, 7500 GRACE DR., COLUMBIA, MD 21044

10925   THIEL, PHILIP, 2 BARGATE COURT, BALTIMORE, MD 21212

10925   THIEL, PHILLIP, 2184 HWY 182, RACELAND, LA 70394

10925   THIEL, SCOTT, 500 ALICE COURT, THIBODAUX, LA 70301

10925   THIELBAR, DEAN, 487 JACOB DR, DENMARK, WI 54208

10925   THIELE KAOLIN COMPANY, KAOLIN ROAD, SANDERSVILLE, GA 31082

10924   THIELE SQUARE, 23 NW BURNSIDE, PORTLAND, OR 97200

10925   THIELE TECHNOLOGIES, INC, 315 27TH. AVE., MINNEAPOLIS, MN 55418

10925   THIELE TECHNOLOGIES, INC, 315-27TH AVE NORTHEAST, MINNEAPOLIS, MN 55418

10925   THIELE TECHNOLOGIES, PO BOX 71949, CHICAGO, IL 60694-1949

10925   THIELE, DEBRA, 1862 GRANT ST, DEPERE, WI 54115

10925   THIELITZ, DOLORES, 104 MONROE ST, HASKELL, NJ 07420

10925   THIERWECHTER, LESTER, 208 HOCKENBURY RD, NESHANIC STATION, NJ 08807

10925   THIES, LAURIE, 139 CANTERBURY LANE, LONDONDERRY, NH 03053

10925   THIES, MARIAN, 163 PEARL ST, READING, MA 01867

10925   THIESEN, KATHLEEN, 2 1/2 HILL ST, MOMENCE, IL 60954

10924   THIESSEN TEAM USA, 1840 SHARPS ACCESS ROAD, ELKO, NV 89801

10924   THIESSEN TEAM USA, ATTN: ACCOUNTS PAYABLE, ELKO, NV 89802

10924   THIGPEN CONCRETE MATERIAL, 1125 HANCOCK AVE, FRANKLINTON, LA 70438

10924   THIGPEN READY MIXED CONCRETE, 1125 HANCOCK AVE, FRANKLINTON, LA 70438

10924   THIGPEN READY MIXED CONCRETE, 1125 HANCOCK ST, FRANKLINTON, LA 70438

10925   THIGPEN, JAMES, RT 2 BOX 2767, BURGAW, NC 28425

10925   THIGPEN, JODIE, PO BOX 941, KINDER, LA 70648

10925   THIGPEN, JOHN, 1855 WALKER RD., SULPHUR, LA 70665

10925   THIGPEN, JOHN, 1855 WALKER ROAD, SULPHUR, LA 70665

10925   THILL, JOSEPH, 245 LARK DRIVE, PASO ROBLES, CA 93446

10925   THILLENS INC, 4242 N. ELSTON AVE, CHICAGO, IL 60618

10925   THIMOLEON, J, 135 HICKORY CIRCLE, COPPERAS COV, TX 76522

10925   THIN FILM TECHNOLOGY, 1980 COMMERCE DR, NORTH MANKATO, MN 56001

10925   THIOKOL CORP MORTON INTL, DC WYANT, 100 INDEPENDENCE MALL WEST, PHILADELPHIA, PA 19106

10925   THIOKOL CORP, 55 THIOKOL RD, ELKTON, MD 21921

10925   THIOKOL CORP, 7405 WAREHOUSE ROAD, HUNTSVILLE, AL 35808

10925   THIOKOL CORP, 9160 NORTH HWY 83, BRIGHAM CITY, UT 84302

10925   THIOKOL CORP, BLDG M-345, BRIGHAM CITY, UT 84302

10925   THIOKOL CORP, ELKTON DIV, ELKTON, MD 29922

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 THIOKOL CORP, PO BOX 707, BRIGHAM CITY, UT 84302

10925 THIOKOL CORP, UTAH DLV DIVISION, BRIGHAM CITY, UT 84302

10924 THIOKOL CORPORATION, BUILDING M-345, 9160 NORTH HWY 83, BRIGHAM CITY, UT 84302

10925 THIOKOL, PO BOX 400006, HUNTSVILLE, AL 35815

10924 THIRD BERRACADE DINNING HALL, GATE 4, FORT CAMPBELL, KY 42223

10924 THIRD FLR KEENAN BLDG, NELSON, MULLINS, RILEY & SCARBOROUG, 1330 LADY ST, COLUMBIA, SC 29211

10925 THIRD KORP SECURITY GROUP, INC, 735 MANTUA PIKE, WOODBURY, NJ 08096

10925 THIRD KORP SECURITY, 735 MANTUA PK, WOODBURY, NJ 08096

10925 THIRD PARTY SOLUTIONS, PO BOX 1000, DEPT. 492, MEMPHIS, TN 38148-0492

10925 THIRLKILL, LANELL, 9227 LINDA VISTA, HOUSTON, TX 77078

10925 THIRTY THIRD AVE MEDICAL L L C, 2118 N 24TH ST, PHOENIX, AZ 85008

10925 THIRTYACRE, DOROTHY R, 4226 PALISADES PL W, TACOMA, WA 98466-1210

10924 THIS JOB IS COMPLETE....., C/O ROLLIE FRENCH, MENLO PARK, CA 94025

10925 THISTLE SAFE & LOCK CO., 198 CROSS ST, MALDEN, MA 02148

10925 THISTLEDOWN LLC, 13550 TRAVILAH RD., GAITHERSBURG, MD 20878

10925 THODE, MAX E, 4741 THERESA DRIVE, DENISON, TX 75020-2926

10925 THOLEN, DONNA, PO BOX 695 8921 SHIRO ROAD, HITCHCOCK, TX 77563

10925 THOM, EDLU, 6912 KONRAD COURT, FRIENDSHIP, MD 20758

10925 THOM, LEROY, 143 PARK ST, LIBBY, MT 59923

10925 THOMA, INC, 1247 N. CHURCH ST., UNIT 5, MOORESTOWN, NY 08057

10925 THOMA, INC, 2211 COMMERCE RD., SUITE 5-6, FOREST HILL, MD 21050

10925 THOMAS & ASSOCIATES, PO BOX 525, CORTE MADERA, CA 94976

10924 THOMAS & BETTS, (BODEGA 18), LAREDO, TX 78045

10924 THOMAS & BETTS, 200 CHALLENGER DRIVE, PORTLAND, TN 37148

10924 THOMAS & BETTS, 407 INTERAMERICA BLVD, LAREDO, TX 78045

10924 THOMAS & BETTS, ESNA PARK, HACKETTSTOWN, NJ 07840

10924 THOMAS & BETTS, STEEPWEG OF WATERLOO 200, GENESE BE460 544914, IT 0UNK    *VIA Deutsche Post*

10925 THOMAS A CLEMENT, 368 MASSACHUSETTS AVE, LEXINGTON, MA 02173-4011

10925 THOMAS A COLEMAN, 10960A LADERA LN, BOCA RATON, FL 33498-1526

10925 THOMAS A MOORE &, VIRGINIA S MOORE JT TEN, 40 OAKLAND HILLS COURT, ROTONDA WEST, FL 33947-2235

10925 THOMAS A NEWSOME, DBA TAN-CO, PO BOX 1102, MARTINSBURG, WV 25402

10925 THOMAS A PORCELLI, 13 HENRY ST, SUCCASUNNA, NJ 07876-1138

10925 THOMAS A ROSS, CO KEANE TRACERS INC, ONE TOWER BRIDGE, 100 FRONT ST SUITE 300, WEST CONSHOHOCKEN, PA 19428-2877

10925 THOMAS A SPAIN, 1871 S HIGHLAND AVE, JACKSON, TN 38301-7799

10925 THOMAS A SPRINGSTEEN &, ELIZABETH SPRINGSTEEN JT TEN, 20 CATHEDRAL AVE, NUTLEY, NJ 07110-1109

10925 THOMAS A VANDERSLICE, 4351 GULF SHORE BLVD N, NAPLES, FL 34103

10925 THOMAS A. CIPOLLA, 818 LAFAYETTE AVE., SAINT LOUIS, MO 63104-3820

10925 THOMAS ALBERT GILLOTT, PO BOX 98, 835 7TH ST, DAWSON, MN 56232-2202

10925 THOMAS ALLEN DAVIS, 2311 FREEMASON ST, LAKELAND, FL 33801-6211

10925 THOMAS ARLEN EVANS & DOTZIE, KAY EVANS TR UA JUN 17 93, THOMAS ARLEN EVANS & DOTZIE, KAY EVANS REVOCABLE LIVING TRUST, 1207 DEL NORTE, HOUSTON, TX 77018-1305

10925 THOMAS B ALLEN, PO BOX 156, GALESVILLE, MD 20765-0156

10925 THOMAS B MOORE CO, 950 KINGSLAND, SAINT LOUIS, MO 63130

10925 THOMAS B MOORE, 32 PROGRESS PKWY, MARYLAND HEIGHTS, MO 63043

10925 THOMAS B MULDOON, 69 LOTHROP ST, BEVERLY, MA 01915-5811

10925 THOMAS B. LECKSELL CO., 294 HIGHLAND AVE, ORCHARD PARK, NY 14127

10925 THOMAS B. LECKSELL CO., 420 LYMINGTON COURT, SEVERNA PARK, MD 21146

10925 THOMAS BARTOSKI &, CAROL BARTOSKI JT TEN, 127 OLD FORD DR, CAMP HILL, PA 17011-8399

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  THOMAS BENNETT HUNTER, 70 JOHN ST, WESTMINSTER, MD 21157

10925  THOMAS BRODERICK, 118 NORTH BROADWAY, WHITE PLAINS, NY 10603-3621

10925  THOMAS C BARRY, COACHMAN MANOR APTS E-7, LINDENWOLD, NJ 08021-0000

10925  THOMAS C DICKERSON &, DOLORES A DICKERSON JT TEN, 1003 E GRANT HWY, MARENGO, IL 60152-3407

10925  THOMAS C DICKERSON, TR UA JUL 7 99, THOMAS C DICKERSON, REVOCABLE TRUST, 1003 E GRANT HI WAY, MARENGO, IL 60152-3407

10925  THOMAS C LUEBBE, 4552 SAMOSET DR, SARASOTA, FL 34241-9174

10925  THOMAS C MURRAY, 332 PRESWAY RD, TIMONUIM, MD 21093-2927

10925  THOMAS C SECONDO, PO BOX 689, ENFIELD, CT 06083-0689

10925  THOMAS CARL ANDERSON, 16415 LEDGE PARK, SAN ANTONIO, TX 78232-2509

10925  THOMAS CHARLES MCNELLIS, 430-72ND ST, BROOKLYN, NY 11209

10924  THOMAS CONCRETE CO.,, 241-51 BOCA RIO ROAD, BOCA RATON, FL 33433

10924  THOMAS CONCRETE CO.,, 4101 SW 196TH AVE., PEMBROKE PINES, FL 33029

10924  THOMAS CONCRETE CO.,, 971 PIKE ROAD, WEST PALM BEACH, FL 33411

10924  THOMAS CONCRETE OF CAROLINA INC, ATTN:  ACCOUNTS PAYABLE, RALEIGH, NC 27605

10924  THOMAS CONCRETE OF CAROLINA, 609 TUCKER STREET, RALEIGH, NC 27605

10924  THOMAS CONCRETE OF CAROLINA, P O BOX 12544, RALEIGH, NC 27605

10924  THOMAS CONCRETE OF GA. INC, 2725 JONES MILL RD., DORAVILLE, GA 30360

10924  THOMAS CONCRETE OF GA. INC, 605 TOCK QUARRY ROAD, STOCKBRIDGE, GA 30281

10924  THOMAS CONCRETE OF GA. INC, OLD ATLANTA ROAD, CUMMING, GA 30130

10924  THOMAS CONCRETE OF GA., 2700 CUMBERLAND PWKY, ATLANTA, GA 30339

10924  THOMAS CONCRETE OF GA., INC, 2700 CUMBERLAND PARKWAY, ATLANTA, GA 30339

10925  THOMAS CONCRETE OF GEORGIA INC, 2500 CUMBERLAND PKY SUITE 200, ATLANTA, GA 30339

10924  THOMAS CONCRETE OF SC, 448 LAKESHORE PKWY-SUITE #205, ROCK HILL, SC 29730

10924  THOMAS CONCRETE, 1012 PAMELA DRIVE, FUQUAY-VARINA, NC 27526

10924  THOMAS CONCRETE, 1860 N.W. FIRST STREET, DELRAY BEACH, FL 33444

10924  THOMAS CONCRETE, 1992 NORTH LAURAL ROAD, LONDON, KY 40743

10924  THOMAS CONCRETE, 300 SAVOY ROAD, WILLIAMSBURG, KY 40754

10924  THOMAS CONCRETE, 341 BLUE STAR PARKWAY, LEXINGTON, KY 40509

10924  THOMAS CONCRETE, EAST HIGHWAY 80, SOMERSET, KY 42501

10924  THOMAS CONCRETE, FALLS ROAD, CORBIN, KY 40701

10924  THOMAS CONCRETE, P. O. BOX 888, LONDON, KY 40743

10925  THOMAS CONRAD INC, 12306 TECHNOLOGY BLVD, AUSTIN, TX 78727

10925  THOMAS CONVEYOR & EQUIPMENT CO, 28 HILLSIDE AVE, HILLSIDE, IL 60162-0736

10925  THOMAS D HARRINGTON, 3410 SAWGRASS LANE, CINCINNATI, OH 45209

10925  THOMAS D HAYDEN, 8 EVERELL RD, WINCHESTER, MA 01890-3902

10925  THOMAS D LINCOLN EX UW, ELEANOR F LINCOLN, 15 STANTON RD, COHASSET, MA 02025-2014

10925  THOMAS DROEGE &, PAULA DROEGE JT TEN, 4002 WESTFIELD DR, DURHAM, NC 27705-2847

10925  THOMAS E BOLAND, PO BOX 2949, GREAT FALLS, MT 59403

10925  THOMAS E CONNOLLY &, BARBARA E CONNOLLY JT TEN, 96 ETNA ST, BRIGHTON, MA 02135-2831

10925  THOMAS E HANSEN, 312 SOUTH ST, POYNETTE, WI 53955-9635

10925  THOMAS E ISAACS, 324 COCHRAN RD, LEXINGTON, KY 40502-2313

10925  THOMAS E LOUGHRAN, 108 CHICAGO AVE, MASSAPEQUA, NY 11758-4526

10925  THOMAS E LOVETT &, KAREN D LOVETT JT TEN, 320 FOREST LANE, WOODBURY, GA 30293-2662

10925  THOMAS E MOORE, INC, PO BOX 794, DOVER, DE 19901

10925  THOMAS E MURRAY, 16 HORSESHOE RD, CHELMSFORD, MA 01824-1030

10925  THOMAS E RINEHART, 14800 WALSINGHAM RD APT 1211, LARGO, FL 33774-3314

10925  THOMAS E WOODS, 306 ALLISON ST, STEVENSON, AL 35772-3700

10925  THOMAS E. WINKEL, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925  THOMAS ECKHARDT &, KIMBERLY ECKHARDT JT TEN, 1571 SANDY SPRINGS DRIVE, ORANGE PARK, FL 32003-9024

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 THOMAS EDISON PATENT COMPANY, THE, 250 DODGE AVE, EAST HAVEN, CT 06512

10924 THOMAS EDISON, 141 AVENUE OF INDUSTRY, WATERBURY, CT 06705

10925 THOMAS EGIZII, 3104 PANTHER CREEK, SPRINGFIELD, IL 62707-7834

10925 THOMAS ELECTRONICS I, 208 DAVIS PKWY, CLYDE, NY 14433

10924 THOMAS ELECTRONICS, INC., 100 RIVERVIEW DRIVE, WAYNE, NJ 07470

10924 THOMAS ELECTRONICS, INC., PO BOX 435, WAYNE, NJ 07470

10925 THOMAS EQUIPMENT, 2415 GARDNER RD, BROADVIEW, IL 60155

10924 THOMAS ERIE, 163 NOBLE ROAD, GIRARD, PA 16417

10925 THOMAS ESQ, JOSEPH, POYDRAS CENTER - SUITE 1020, 650 POYDRAS ST, NEW ORLEANS, LA 70130

10925 THOMAS F BYRNE CUST JEFFREY BYRNE, UNDER NY UNIF GIFT MIN ACT, C/O JEFFREY C BYRNE, 3208 COLE AVE APT 1211, DALLAS, TX 75204-1148

10925 THOMAS F COMPOSTO, 2405 LINDEN AVE, BALTIMORE, MD 21217-4540

10925 THOMAS F KEARNEY &, THERESA C KEARNEY JT TEN, 6098 PETALUMA DR, BOCA RATON, FL 33433-5408

10925 THOMAS F KEARNEY, 6098 PETALUMA DR, BOCA RATON, FL 33433-5408

10925 THOMAS F QUINN, 318 POULTNEY ST, STATEN ISLAND, NY 10306-5021

10925 THOMAS F SMITH &, PAULA F SMITH JT TEN, 6186 S E GEORGETOWN PLACE, HOBE SOUND, FL 33455-7344

10925 THOMAS F TOBIN & IRENE P TOBIN, JT TEN, 611 8TH ST, WILMETTE, IL 60091-1901

10925 THOMAS F WILLIAMS JR &, ARCHER C WILLIAMS JT TEN, 111 WOODLAND RD, FREDERICKSBURG, VA 22401-5238

10924 THOMAS F. MAHER, CHASE MANHATTAN BANK, NA, MANAGING DIRECTOR, 380 MADISON AVENUE, 9TH FLOOR, NEW YORK, NY 10017

10925 THOMAS FERGUSON &, ANNA FERGUSON JT TEN, 307 MILLCROFT, 255 POSSUM PARK ROAD, NEWARK, DE 19711-3887

10925 THOMAS FIREPROOFING, 218 N. WOOD AVENUE - SUITE #1, LINDEN, NJ 07036

10924 THOMAS FIREPROOFING, 25 PROSPECT STREET, METUCHEN, NJ 08840

10924 THOMAS FIREPROOFING, 812 N. WOOD AVE.,3RD FLOOR, LINDEN, NJ 07036

10924 THOMAS FIREPROOFING, CAMBRIDGE, MA 02140

10925 THOMAS G FRICK, 4812 SCHOOL RD, MINNEAPOLIS, MN 55424-1718

10925 THOMAS G WHALEN, ESQ, STEVENS & LEE, 300 DELAWARE AVE #800, WILMINGTON, DE 19801

10925 THOMAS G. WEIL, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 THOMAS GEORGE WEIL, 19 ROWLEY RD, TOPSFIELD, MA 01983-1028

10925 THOMAS GOLDKAMP CO., 186 SOUTH MAIN, PO BOX 368, AMBLER, PA 19002

10924 THOMAS GRAY & ASSOCIATES, 1205 BARKLEY AVE., ORANGE, CA 92668

10924 THOMAS GRAY & ASSOCIATES, 1205 W. BARKLEY AVENUE, ORANGE, CA 92668

10925 THOMAS H CORBETT, 1259 GRAYTON, GROSSE POINT PARK, MI 48230-1163

10925 THOMAS H PULLEN & WILMA S PULLEN, JT TEN, 11033 W 27TH AVE, LAKEWOOD, CO 80215-7104

10925 THOMAS H. BOWERSOX, 7510 PINE WIND CT., ATASCOCITA, TX 77586

10925 THOMAS HARTSHORNE, 708 SW 14TH ST, BOCA RATON, FL 33486-5604

10925 THOMAS HOUNSHELL &, DONNA SUE HOUNSHELL JT TEN, 357 W LOSEY RD, ALEXANDRIA, KY 41001-9712

10925 THOMAS HOWLETT &, DIANE H HOWLETT JT TEN, BOX 396 LAKE ST, BRIDPORT, VT 05734

10925 THOMAS III, ALLEN, 7258 S. IRIS CT, LITTLETON, CO 80128

10925 THOMAS III, JOHN, 1698 TARLETON WAY, CROFTON, MD 21114

10925 THOMAS IV, JOHN, 1698 TARLETON WAY, CROFTON, MD 21114

10925 THOMAS J & MARY S PAUL TTEE, OF THE PAUL REVOCABLE, TRUST DTD 08 09 90, 320 MURRAY AVE, BELLMAWR, NJ 08031-1748

10925 THOMAS J BARDEN &, LEONORE E BARDEN JT TEN, O BOX 388, BABYLON, NY 11702-0000

10925 THOMAS J BURNHAM, C/O SHIPLEY CO, 455 FOREST ST, MARLBOROUGH, MA 01752-3001

10925 THOMAS J CHOYNOWSKI, 111 GEORGIAN PARK DR, JUPITER, FL 33458

10925 THOMAS J CLARKE, 500 N BROADWAY, UPPER NYACK, NY 10960-1214

10925 THOMAS J GARVEY &, EDNA R GARVEY JT TEN, 9 FILMONT DR, NEW CITY, NY 10956-4204

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 THOMAS J HAWLEY, 300 MERCER ST APT 19-H, NEW YORK, NY 10003-6738

10925 THOMAS J JONES MICHAEL KELLEY, KELLEY & FERRARO, 1300 EAST NINTH ST 1901 PENTON MEDIA BLDG., CLEVELAND, OH 44114

10925 THOMAS J MCDONNELL, 301 KENWOOD DR, MOORESTOWN, NJ 08057-3408

10925 THOMAS J MOOREHEAD, 334 OAK DR, CINCINNATI, OH 45246-4616

10925 THOMAS J RILEY &, PATRICIA A RILEY JT TEN, 14 WHEDON LANE, MADISON, CT 06443-2958

10925 THOMAS J ROBERTS, 2 HARVEST LANE, HINGHAM, MA 02043-4234

10925 THOMAS J SAUER, 4735 WALTON CREEK RD, CINCINNATI, OH 45243-4143

10925 THOMAS J STEWART &, BARBARA E STEWART JT TEN, 2127 ALVIN ST, TOLEDO, OH 43607-1305

10925 THOMAS J THORNTON &, CATHERINE I THORNTON JT TEN, 30 SUMMIT DR, MANHASSET, NY 11030-1326

10925 THOMAS J TYNDALL, 112 BRADFORD DR, MILFORD, OH 45150-1880

10925 THOMAS J WILSON &, EDWINA C WILSON JT TEN, 16 CAMARGO CANYON, CINCINNATI, OH 45243-2945

10925 THOMAS J. PODACH, 431 1/2 ELM ST, FOSTORIA, OH 44830-1512

10925 THOMAS J. SHEETS, 4155 MT ALIFAN PLACE, SAN DIEGO, CA 92111

10924 THOMAS JEFFERSON MIDDLE SCHOOL, BLOSS STREET, ROCHESTER, NY 14608

10924 THOMAS JEFFERSON UNIVERSITY, THOMAS BUILDING, PHILADELPHIA, PA 19092

10925 THOMAS JR, ARNOLD, 945 1/2 SYCAMORE ST, WASHINGTON, PA 15301

10925 THOMAS JR, DANIEL, 33 AUTUMN ST, GOFFSTOWN, NH 03045

10925 THOMAS JR, FRED, 330 CONCORD ST, 7G, CHARLESTON, SC 29401-1520

10925 THOMAS JR, WESLEY, 1250 ENTERPRISE ST, LAKELAND, FL 33805-3950

10925 THOMAS JR, WILLIAM, 8133 15TH AVE, 202, HYATTSVILLE, MD 20783

10925 THOMAS JR., JOHN, 4015 SIMPSON ST, DALLAS, TX 75246

10925 THOMAS JR., KOSIT, 1011 ELIZABETH ST, WESTLAKE, LA 70669

10925 THOMAS JR., REGINALD, 142 WEST EDGEVALE RD, BALTIMORE, MD 21225

10925 THOMAS JR., ROBERT, 443 SHIRLEY MANOR RD, REISTERSTOWN, MD 21136

10925 THOMAS K CLARK &, JANICE E CLARK JT TEN, 437 MERROW RD, AUBURN, ME 04210-8897

10925 THOMAS K MCBRIDE &, MARGARET M MCBRIDE JT TEN, 1211 S SALEM, ARLINGTON HGTS, IL 60005-3049

10925 THOMAS K OKAMOTO, 1012 BELDER DR, SAN JOSE, CA 95120-3301

10925 THOMAS KELLY, 6001 JAMES ST, TINLEY PARK, IL 60477

10925 THOMAS KRAMER, 60 ORCHID ST, FLORAL PARK, NY 11001-3228

10925 THOMAS KULIK, OFFICE OF ATTORNEY GENERAL, 1 MICHIGAN AVE STE 300 PO BOX 30127, LANSING, MI 48909

10925 THOMAS L BRISCH, 107 BLACKHAWK DR, GALENA, IL 61036-1310

10925 THOMAS L CAMPOLI, PO BOX 1384, PITTSFIELD, MA 01202-1384

10925 THOMAS L EWING, PO BOX 1139, CLARCONA, FL 32710-1139

10925 THOMAS L GODEK &, SARA W GODEK JT TEN, 35 OLD COACH RD, HAMPDEN, MA 01036-9638

10925 THOMAS L JOHNSON &, MAGDALENE H JOHNSON JT TEN, 1055 MEDFIELD DR, CLEVELAND, OH 44116-2182

10925 THOMAS L SELANDER &, CAROLYN F SELANDER JT TEN, 7024 GEORGETOWN AVE, HUDSONVILLE, MI 49426-9128

10925 THOMAS L STEWART, 38 CUMBERLAND AVE, SLOUGH BERKS SL21AN, SLOUGH BERKS, SL21ANUNITED KINGDOM                    *VIA Deutsche Post*

10925 THOMAS L TYLER &, CHERYL TYLER JT TEN, 1101 SE WANDA DR AVE, ANKENY, IA 50021-3814

10925 THOMAS LAIL, 358 UNION RD, MICKLETON, NJ 08056

10925 THOMAS LEE BROWN, 2159 REFUGEE RD, COLUMBUS, OH 43207-2842

10925 THOMAS LONG COMPANY, 60A SOUTH AVE, BURLINGTON, MA 01803

10925 THOMAS LORD LAAVY TR UA JUN 10 96, THOMAS LORD LAAVY TRUST, 102 MARUCA DR, GREENVILLE, SC 29609-6648

10925 THOMAS LOW, 1493 PEARSON AVE, SAN LEANDRO, CA 94577-2435

10925 THOMAS M GALLO, 9139 N HOLYOKE AVE, FRESNO, CA 93720-1281

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | THOMAS M JONES, PO BOX 132, 107 W SEMINARY, ONARGA, IL 60955-1129 | |
| 10925 | THOMAS M MC GINLEY L &, KATHERINE A MC GINLEY JT TEN, 1030 6 W 89TH TERRACE, OVERLAND PARK, KS 66214-0000 | |
| 10925 | THOMAS M RUNGE, PO BOX 50045, AUSTIN, TX 78763-0045 | |
| 10925 | THOMAS MAHER, J P MORGAN CHASE & CO, 380 MADISON AVE, NEW YORK, NY 10017 | |
| 10925 | THOMAS MARTIGNONI TR UA, JAN 12 96, THE THOMAS MARTIGNONI TRUST, 8225 BARING AVE, MUNSTER, IN 46321-1408 | |
| 10925 | THOMAS MARTIN, 4647 LONG BEACH BLVD, SUITE B-3, LONG BEACH, CA 90805 | |
| 10925 | THOMAS MORTON GITTINGS TR, U/W/O ALICE W STEARNS, 9420 RIVER RD, POTOMAC, MD 20854-4632 | |
| 10925 | THOMAS N HOLSOMBACK TR U/A, DEC 22 82 JOHN CALVIN HELWEG, TRUST, 800 DANUBINA, BAYTOWN, TX 77520-5768 | |
| 10925 | THOMAS N HOLSOMBACK TR UA, APR 22 83, EVELYN JANET HOLSOMBACK, HELWEG TR, 800 DANUBINA, BAYTOWN, TX 77520-5768 | |
| 10925 | THOMAS N IDE, 80 CENTRAL AVE, SPRING CITY, PA 19475 | |
| 10925 | THOMAS NEWTON HOLSOMBACK, 800 DANUBINA, BAYTOWN, TX 77520-5768 | |
| 10925 | THOMAS NEWTON LOCHRIDGE, 3600 W WACO DR, WACO, TX 76710-5378 | |
| 10925 | THOMAS NIESSEN, AN DER WITTGESHOHL 26, WESTHOFEN, 67593GERMANY | *VIA Deutsche Post* |
| 10925 | THOMAS O TODD JR &, JUNE DORIS TODD JT TEN, PO BOX 757, EDMONDS, WA 98020-0757 | |
| 10925 | THOMAS P CRADDOCK, 7529 LANSDOWNE, ST LOUIS, MO 63119-2837 | |
| 10925 | THOMAS P CUMMINGS & MARIE E, CUMMINGS JT TEN, 1718 N WEBSTER AVE, DUNMORE, PA 18509-2142 | |
| 10925 | THOMAS P HENDY, 5346 MARSH RD, HASLETT, MI 48840-8632 | |
| 10925 | THOMAS P MC FADDEN, SR 02 BOX 149, PORTLAND MILLS, PA 15853-0000 | |
| 10925 | THOMAS P MC GLYNN & FRANCES, MC GLYNN JT TEN, 804 SUGAR MAPLE LANE, CHESAPEAKE, VA 23322-3427 | |
| 10925 | THOMAS P RUSSELL, C/O MARY RUSSELL RILEY ADMIN, 7 GREENE ST, SOMERVILLE, MA 02143-2712 | |
| 10925 | THOMAS P VOYLES, 2997 HUMBOLDT RD, GREEN BAY, WI 54311-5777 | |
| 10925 | THOMAS PACKAGING, PO BOX 270, AVON LAKE, OH 44012 | |
| 10925 | THOMAS PIPE & SUPPLY CO., PO BOX 20007, PHOENIX, AZ 85036-0007 | |
| 10924 | THOMAS PIPE & SUPPLY, 1429 SOUTH 7TH. STREET, PHOENIX, AZ 85034 | |
| 10924 | THOMAS PIPE & SUPPLY, PO BOX 20007, PHOENIX, AZ 85036 | |
| 10925 | THOMAS PUBLISHING COMPANY, 920 MERCER ST, WINDSOR, ON N9A 9Z9CANADA | *VIA Deutsche Post* |
| 10925 | THOMAS PUBLISHING COMPANY, FIVE PENN PLAZA, NEW YORK, NY 10001 | |
| 10925 | THOMAS PUBLISHING COMPANY, PO BOX 29264, 29264, NEW YORK, NY 10087-9264 | |
| 10925 | THOMAS PUMP & MACHINERY, PO BOX 2530, SLIDELL, LA 70459 | |
| 10925 | THOMAS PUMP CO, 2301 LIBERTY ST EAST, AURORA, IL 60504 | |
| 10925 | THOMAS R FASTESON, 82 PINE ROCK ROAD, SOUTHBURY, CT 06488 | |
| 10925 | THOMAS R GREEN, 318 SEARCY ST, DANVILLE, VA 24541-6024 | |
| 10925 | THOMAS R NUNAN, 14 CHRISTOPHER HALL WAY, YARMOUTHPORT, MA 02675-1216 | |
| 10925 | THOMAS REGISTER OF AMERICAN MFG., G.PO 9352, NEW YORK, NY 10087 | |
| 10925 | THOMAS REGISTER OF EUROPEAN, GPO 9352, NEW YORK, NY 10087-9352 | |
| 10925 | THOMAS RENTALS, 8542 MONROE RD, CHARLOTTE, NC 28212 | |
| 10925 | THOMAS REYES &, VIRGINIA VARGAS REYES JT TEN, 4706 HARFORD RD, BALTIMORE, MD 21214-3204 | |
| 10925 | THOMAS RICHARD BECKERT &, FREDERICK OWEN BECKERT TR UW, DONALD J BECKERT, 3 FINGER ST, SAUGERTIES, NY 12477-1007 | |
| 10925 | THOMAS RICHARDSON, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | THOMAS RIGGING & CONSTRUCTION CO INC, 518 BRADDOCK AVE, TURTLE CREEK, PA 15145-2076 | |
| 10925 | THOMAS ROZSITS, 8427 TARTAN FIELDS DR, DUBLIN, OH 43017 | |
| 10925 | THOMAS S B MURPHY, RFD 1 BOX 468, BELFAST, ME 04915-9708 | |
| 10925 | THOMAS S BRAY &, ROXANNE J BRAY JT TEN, 12407 GLENBAUER ROAD, KINGSVILLE, MD 21087-1164 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | THOMAS S DAVIS, RD 2 BOP 329, HARVEYS LAKE, PA 18618-9802 | |
| 10925 | THOMAS S FITZMAURICE, 50 14 48TH ST, WOODSIDE, NY 11377-7332 | |
| 10925 | THOMAS S FLIEDNER, 256 LYDIA CIRCLE, IRVING, TX 75060-3234 | |
| 10924 | THOMAS SAND & GRAVEL INC., ****OUT OF BUSINESS****, PINE GROVE, LA 70453 | |
| 10924 | THOMAS SAND & GRAVEL, ROUTE 1 BOX 202T, PINE GROVE, LA 70453 | |
| 10925 | THOMAS SCIENTIFIC, 99 HIGH HILL RD AT 1-295, SWEDESBORO, NJ 08085-0099 | |
| 10924 | THOMAS SCIENTIFIC, 99 HIGH HILL RD AT I-295, SWEDESBORO, NJ 08085-0099 | |
| 10924 | THOMAS SCIENTIFIC, PO BOX 99, SWEDESBORO, NJ 08085-0099 | |
| 10925 | THOMAS SHOOK, 3544 BARKER CT, CANAL WINCHESTER, OH 43110-9100 | |
| 10925 | THOMAS SR, CHARLES L, 400 DUNHAM ROAD, WATERLOO, NY 13165-9562 | |
| 10925 | THOMAS SR, MICHAEL, 3808 TWP RD 90, KILLBUCK, OH 44637 | |
| 10925 | THOMAS SR., CHARLES, 400 DUNHAM RD, WATERLOO, NY 13165 | |
| 10924 | THOMAS STRAHAN INC., 260 MAPLE STREET, CHELSEA, MA 02150 | |
| 10925 | THOMAS SULLIVAN, 1101 WELLING COURT, ASTORIA, NY 11102-4022 | |
| 10925 | THOMAS SUPPLY CO., 625 15TH ST., LAKE CHARLES, LA 70601 | |
| 10924 | THOMAS SUPPLY COMPANY, INC., 1415 CANNON ROAD, MYRTLE BEACH, SC 29577 | |
| 10924 | THOMAS SUPPLY, 1321 CHURCH ST., GEORGETOWN, SC 29440 | |
| 10924 | THOMAS SUPPLY, 1415 CANNON ROAD, MYRTLE BEACH, SC 29577 | |
| 10924 | THOMAS SUPPLY, 1417 THIRD AVENUE, CONWAY, SC 29526 | |
| 10924 | THOMAS SUPPLY, 4380 SEA MOUNTAIN HIGHWAY, LITTLE RIVER, SC 29586 | |
| 10924 | THOMAS SUPPLY, 4750 HIGHWAY 17 BYPASS, MURRELLS INLET, SC 29576 | |
| 10924 | THOMAS SUPPLY, P.O. BOX 610, MARION, SC 29571 | |
| 10925 | THOMAS SZYTEL, 2466 CAPTAINS WALK, BRADLEY, CA 93426-9639 | |
| 10925 | THOMAS T TALAGA &, JANE M TALAGA JT TEN, 1401 W COSSITT AVE, LA GRANGE, IL 60525-2146 | |
| 10925 | THOMAS Y YAMADA &, MUTSUKO YAMADA COMMUNITY PROPERTY, 3458 CANYON CREEK DR, SAN JOSE, CA 95132-2473 | |
| 10925 | THOMAS T. TALAGA, 1401 WEST COSSITT AVE., LA GRANGE, IL 60525 | |
| 10925 | THOMAS TELFORD HOUSE, 1 HERON QUAY, LONDON, E14 4JDUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | THOMAS V DISARLI, 624-BAY RIDGE AVE, BROOKLYN, NY 11220-5534 | |
| 10925 | THOMAS W ANDERSON, 4124 W EDDY ST, CHICAGO, IL 60641-3927 | |
| 10925 | THOMAS W FILER, 195 RED HILL ROAD, ORANGE, VA 22960 | |
| 10925 | THOMAS W RICHARDSON, 10266 CLIPPER COVE, AURORA, OH 44202 | |
| 10925 | THOMAS W WILSON, 508 GOLFERS LANE PO BOX 623, NASHVILLE, NC 27856-1652 | |
| 10925 | THOMAS W. GORDON, 6503 HICKORYCREST DR, SPRING, TX 77389 | |
| 10925 | THOMAS WILLCOX CO, INC, 643 SWEDESFORD CORPORATE CENTER, FRAZER, PA 19355 | |
| 10925 | THOMAS WILLCOX COMPANY, INC, 15 BACTON HILL RD., FRAZER, PA 19355 | |
| 10925 | THOMAS WINFEL, 37 COLONIAL DR, WESTRFORD, MA 01886-4517 | |
| 10925 | THOMAS, A, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | THOMAS, ALAN, 66 AUBURN ST, BROCKTON, MA 02402 | |
| 10925 | THOMAS, ALAN, 8001 STRAUFF ROAD, TOWSON, MD 21204 | |
| 10925 | THOMAS, ALLEN, 7258 SOUTH IRIS CT, LITTLETON, CO 80128 | |
| 10925 | THOMAS, ALMA, 213 SE 8TH ST, FT MEADE, FL 33841-4011 | |
| 10925 | THOMAS, ALVIN, 2565 W GAIL DR, CHANDLER, AZ 85224 | |
| 10925 | THOMAS, AMANDA, 950 STEVENS CREEK RD, AUGUSTA, GA 30907 | |
| 10925 | THOMAS, AMY, 115 KNOB LICK DR, ATHENS, GA 30605 | |
| 10925 | THOMAS, ANCY, 3681 DILIDO #1038, DALLAS, TX 75228 | |
| 10925 | THOMAS, ANDREA, 15232 HAYFORD STR., LA MIRADA, CA 90638 | |
| 10925 | THOMAS, ANDREA, 4263 CYRESS DR, JACKSON, MS 39212 | |
| 10925 | THOMAS, ANGELA, 9405 QUEENSWAY RD, UPPER MARLBORO, MD 20772 | |
| 10925 | THOMAS, ANGELLA, 6210 N. SHELDON RD, TAMPA, FL 33615 | |
| 10925 | THOMAS, ANNA, 10343 SW 120TH ST, MIAMI, FL 33176 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | THOMAS, ANNA, PO BOX 441, THIBODAUX, LA 70302 | |
| 10925 | THOMAS, ANNETTE, 90 ALDER ST, WALTHAM, MA 02154 | |
| 10925 | THOMAS, ANNIE, 2824 GROVEVIEW #254, DALLAS, TX 75233 | |
| 10925 | THOMAS, ANTHONY, BOX 392 MAIN ST, WAMPUM, PA 16157 | |
| 10925 | THOMAS, BARBARA A, 3508 COACHMAN DR., SULPHUR, LA 70665-9122 | |
| 10925 | THOMAS, BARBARA, 1383 ADAMS ST NE, WASHINGTON, DC 20018 | |
| 10925 | THOMAS, BARBARA, 3508 COACHMAN DRIVE, SULPHUR, LA 70665 | |
| 10925 | THOMAS, BARBARA, PO BOX 118, NEWELLA, OK 74857 | |
| 10924 | THOMAS, BENNETT & HUNTER, INC., 11425 WOODSBORO PIKE, KEYMAR, MD 21757 | |
| 10924 | THOMAS, BENNETT & HUNTER, INC., 410 NORTH BURHAMS BOULEVARD, HAGERSTOWN, MD 21740 | |
| 10924 | THOMAS, BENNETT & HUNTER, INC., 600 RIDGE ROAD, WESTMINSTER, MD 21157 | |
| 10924 | THOMAS, BENNETT & HUNTER, INC., 70 JOHN STREET, WESTMINSTER, MD 21157 | |
| 10925 | THOMAS, BERNETTA, 3916 DUNBAR AVE, NEW ALBANY, IN 47150 | |
| 10925 | THOMAS, BETH, 1507 PINECROFT DRIVE, TAYLORS, SC 29687 | |
| 10925 | THOMAS, BETTYE, 2230 HWY 156, SOUTH PITTSBURG, TN 37380 | |
| 10925 | THOMAS, BEVERLY, 8230 HARVEST BEND LANE #47, LAUREL, MD 20707 | |
| 10925 | THOMAS, BOBBIE, 452 EMERSON, SPARKS, NV 89431 | |
| 10925 | THOMAS, BUFFORD, 631 SHASTA WAY, HEMET, CA 92543 | |
| 10925 | THOMAS, BURNETTA, 1430 NORTH 23RD ST, MILWAUKEE, WI 53233 | |
| 10925 | THOMAS, CARL, 2501 SPARKMAN ROAD, PLANT CITY, FL 33566 | |
| 10925 | THOMAS, CARL, 2700 RUSSELL ROAD, PALMYRA, TN 37142 | |
| 10925 | THOMAS, CARRIE, 2617 BUTTERFIELD DR, INDIANAPOLIS, IN 46220 | |
| 10925 | THOMAS, CARRIE, 3000 PHYLLMAR PLACE #B, OAKTON, VA 22124 | |
| 10925 | THOMAS, CASSANDRA, 5660 RICKOVER, BATON ROUGE, LA 70811 | |
| 10925 | THOMAS, CHARLES, 2210 SOUTHORN ROAD, BALTIMORE, MD 21220 | |
| 10925 | THOMAS, CHARLES, 4870 PENDRAGON BLVD., INDIANAPOLIS, IN 46268 | |
| 10925 | THOMAS, CHARLES, 56 CHADWICK ST, N. ANDOVER, MA 01845 | |
| 10925 | THOMAS, CHRIS, 2930 KILBORNE DRIVE, CHARLOTTE, NC 28205 | |
| 10925 | THOMAS, CHRISTA, RR 1 BOX 3983, RUTLAND, VT 05701-9219 | |
| 10925 | THOMAS, CHRISTINA, 357 DURANT AVE, SAN LEANDRO, CA 94577 | |
| 10925 | THOMAS, CHRISTINE, 39 LEONARDO ROAD, PARSIPPANY, NJ 07054 | |
| 10925 | THOMAS, CLAIRE, 2641 BELMONT AVE, ROSLYN, PA 19001 | |
| 10925 | THOMAS, CORLIS, 45 MORGAN AVE, OPELIKA, AL 36801 | |
| 10925 | THOMAS, DANIEL, 11418 WOODLEY, GRANADA HILLS, CA 91344 | |
| 10925 | THOMAS, DANIEL, 928 N. 15TH ST #102, MILWAUKEE, WI 53233 | |
| 10925 | THOMAS, DANNEY, 8807 HAWTHORNE LANE, LAUREL, MD 20708 | |
| 10925 | THOMAS, DARRELL, 6205 MONAHANS CT, PLANO, TX 75023 | |
| 10925 | THOMAS, DAVID R, 3508 COACHMAN DR., SULPHUR, LA 70665-9122 | |
| 10925 | THOMAS, DAVID, 1019 S. JACKSON, ATHENS, TN 37303 | |
| 10925 | THOMAS, DAVID, 3508 COACHMAN DRIVE, SULPHUR, LA 70665 | |
| 10925 | THOMAS, DAVID, BOX #5132, LOYANG CRESCENT, SINGAPORE, 508988SINGAPORE | *VIA Deutsche Post* |
| 10925 | THOMAS, DAWNE, 5225 ARDMORE DR, WINTER PARK, FL 32792 | |
| 10925 | THOMAS, DEBORAH B, 506 PARK BV, MARION, VA 24354 | |
| 10925 | THOMAS, DEBORAH, 7220 HAVRE TURN, UPPER MARLBORO, MD 20772 | |
| 10925 | THOMAS, DENNIS, 6770 N. MICHIGAN RD., FAIRLAND, IN 46126 | |
| 10925 | THOMAS, DEREK, 108 CHAROLAIS DR, SIX MILE, SC 29682 | |
| 10925 | THOMAS, DEWEY, PO BOX 264, FRANKLINTON, LA 70438 | |
| 10925 | THOMAS, DIANA, PO BOX 5471, MCALLEN, TX 78502 | |
| 10925 | THOMAS, DON, 72 GARDENBROOK LANE, WILLINGBORO, NJ 08046 | |
| 10925 | THOMAS, DONALD, 3481 KNIGHTON CHAPEL RD., FOUNTAIN INN, SC 29644 | |
| 10925 | THOMAS, DONALD, 6927 TR-466, LAKEVILLE, OH 44638 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    THOMAS, DOROTHY, 6089 MONARCH AVE, BATON ROUGE, LA 70811

10925    THOMAS, E, 2106 JOPLIN, JOPLIN, MO 64804

10925    THOMAS, EDDIE, ROUTE 1 BOX 134, WHATLEY, AL 36482-9760

10925    THOMAS, EILEEN, 360-A CHURCH ST., SAN FRANCISCO, CA 94114

10925    THOMAS, ELDON, RT 1 BOX 180, HENNESSEY, OK 73742

10925    THOMAS, ELIZABETH, 415 RICHARDS ROAD, WHITE, GA 30184

10925    THOMAS, ELSIE, 8044 W ASTER DRIVE, PEORIA, AZ 85381

10925    THOMAS, ERNEST, 5307 CHESTERFIELD DR, TEMPLE HILLS, MD 20748

10925    THOMAS, FABBY, 2620 CALLE PRIMAVERA, SANTA FE, NM 87501

10925    THOMAS, FELICIA, 1365 CONLEY RD. APT. #B11, CONLEY, GA 30027

10925    THOMAS, FRANKLIN, 4305 2ND AVE S. APT. #2, BIRMINGHAM, AL 35222

10925    THOMAS, GARY, 5869 N. 81ST ST, MILWAUKEE, WI 53218

10925    THOMAS, GAYLON, RT. 6, BOX 134-A, TYLERTOWN, MS 39667

10925    THOMAS, GEORGE, 10180 HENRYTON ROAD, MARRIOTTSVILLE, MD 21104

10925    THOMAS, GEORGE, 501 ELM ST SUITE 395, DALLAS, TX 75202

10925    THOMAS, GHULAM, 15712 PAULINA AVE, HARVEY, IL 60426

10925    THOMAS, GLADYS, 2409 ARUNDLE RD APT 3, MT RIENER, MD 20712

10925    THOMAS, GLEN, 427 LANIER LANE S.E., WINTER HAVEN, FL 33880-2317

10925    THOMAS, GLORIA, 986 LOVERS LANE, AKRON, OH 44306

10925    THOMAS, GRACE, 200 GEENWOOD AVE, LEHIGH ACRES, FL 33936

10925    THOMAS, H, PO BOX 279, BRADLEY, FL 33835

10925    THOMAS, HOLLY, 10376 BROSIUS RD LOT #60, GARRETTSVILLE, OH 44231

10925    THOMAS, JACK, 325 MAIDEN ST, MINERAL POINT, WI 53565

10925    THOMAS, JACOB, 1020 AMUR ST, MESQUITE, TX 75150

10925    THOMAS, JAISON, 8923 SENATE, DALLAS, TX 75228

10925    THOMAS, JAMES, 11909 CHESTNUT RIDGE ROAD, OKLAHOMA CITY, OK 73120

10925    THOMAS, JAMES, 3211 WRIGHTSBORO RD, AUGUSTA, GA 30909

10925    THOMAS, JAMES, 340 SPRUCEWOOD CT., LAWRENCEVILLE, GA 30245

10925    THOMAS, JANET, 3411 CHESTNUT AVE, LOVELAND, CO 80538

10925    THOMAS, JANET, 3645 EMERALD POINT, DECATUR, GA 30034

10925    THOMAS, JANICE, 13626 GREENFIELD DR, TAMPA FL, FL 33624

10925    THOMAS, JANICE, 1900 APPLE VALLEY RD, COLUMBIA, SC 29210

10925    THOMAS, JANICE, 2012 TERRY LA, DE PERE, WI 54115

10925    THOMAS, JEFFREY, 1102 W POINSETT ST APT 87, GREER, SC 29650

10925    THOMAS, JENNIFER, 648 AIROSO RD SE, PALM BAY, FL 32909-4815

10925    THOMAS, JERRY, 1028 WASHINGTON, CHICKASHA, OK 73018

10925    THOMAS, JERRY, 8050 CHARIOT DR., DALLAS, TX 75227

10925    THOMAS, JOANNE, 560 PARIS COLLIERS ROAD, BURGETTSTOWN, PA 15021

10925    THOMAS, JOHN, 105 MINK RUN ROAD, WILMINGTON, MA 01887

10925    THOMAS, JOHN, 3719 AVE U, SNYDER, TX 79549

10925    THOMAS, JOHN, 3825 COTTAGE AVE, BALTIMORE, MD 21215

10925    THOMAS, JOHN, 6919 NAVIDAD, HOUSTON, TX 77083

10925    THOMAS, JOHN, RT. 3, BOX 300, YOAKUM, TX 77995

10925    THOMAS, JOHNNY, POBOX 118, NEWALLA, OK 74857

10925    THOMAS, JOSEPH, 2232 REID RD, OWENSBORO, KY 42303

10925    THOMAS, JR, ALLEN D, 7258 S IRIS COURT, LITTLETON, CO 80128

10925    THOMAS, JR, HAMPTON R, 4870 FRONT ROYAL PIKE, WHITE POST, VA 22683

10925    THOMAS, JR, HAMPTON, 4870 FRONT ROYL PIKE, WHITEPOST, VA 22663

10925    THOMAS, JUDY, 6901 COMPTON LANE, CENTREVILLE, VA 22020

10925    THOMAS, JUDY, 8900 PERRYMONT RD, RICHMOND, VA 23237

10925    THOMAS, JULIE, HWY 30 EAST, DECATUR, TN 37322

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 THOMAS, KAREN, PO BOX 1116, HUGHES, AR 72348

10925 THOMAS, KAROLYN, 5464 BUCKNELL ROAD, BALTIMORE, MD 21206

10925 THOMAS, KATHRYN, 700 N MAIN ST, SHREVE, OH 44676

10925 THOMAS, KATHY SUE, 10353 BOYNTON PL CIR, BOYNTON BEACH, FL 33437

10925 THOMAS, KATIE, 2850 COUNTRYBROOK DR, PALM HARBOR, FL 34684

10925 THOMAS, KAY, RT 5, BOX 487, COMMERCE, GA 30529

10925 THOMAS, KEITH, 694 DANBURY COURT, NEWTOWN, PA 18940

10925 THOMAS, KENNETH, 2905 15TH AVE N., TEXAS CITY, TX 77590

10925 THOMAS, KIMBERLY, 5417 B. WASHINGTON, CHARLESTON, WV 25304

10925 THOMAS, KOSHY, 4810 BAYPORT DR, GARLAND, TX 75043

10925 THOMAS, LARRY, 1655 TIPPECANOE COURT, VALPARAISO, IN 46385

10925 THOMAS, LATANYA, 3044 LINCOLN DR, INDIANAPOLIS, IN 46222

10925 THOMAS, LAWANDA, PO BOX 331, SCOTT, LA 70583

10925 THOMAS, LAWRENCE, 5617 WOODGATE CR, ANNISTON, AL 36206

10925 THOMAS, LEAHANNE, 1516 LANCASTER ST APT. # 1B, BALTIMORE, MD 21231

10925 THOMAS, LISA, R D # 2 BOX 2053, READING, PA 19605

10925 THOMAS, LONNIE, 1415 WALT WILLIAMS ROAD, LAKELAND, FL 33809-2359

10925 THOMAS, LORI, 275 MILLEDGE CIR, ATHENS, GA 30606

10925 THOMAS, LORNA, 174 BAIER AVE, 106A, SOMERSET, NJ 08873

10925 THOMAS, LORRAINE, 840 PAT LANE, ARNOLD, MD 21012-1244

10925 THOMAS, LUCINDA, 881 EAST BAYLOR LANE, CHANDLER, AZ 85225

10925 THOMAS, LYNDA, 109 FORREST AVE, ELKINS PARK, PA 19027

10925 THOMAS, MARIA, 11 WESTMINSTER DRIVE, VOORHEES, NJ 08043

10925 THOMAS, MARIAMMA, 10208 GALAHAD RD, PHILA, PA 19116

10925 THOMAS, MARJORIE, 2955 N HARRIS, MESA, AZ 85203

10925 THOMAS, MARLANE, 317 N ST CLOUD AVE, VALRICO, FL 33594

10925 THOMAS, MARQ, 901 BELLOMONDO DR, PLATTE CITY, MO 64079

10925 THOMAS, MARY, 1146 PRINCETON AV, BLUEFIELD, WV 24701

10925 THOMAS, MARY, 175-45 88TH AVE., JAMAICA, NY 11432

10925 THOMAS, MARY, 348 NATURE TRAIL, LITTLE RIVER, SC 29566

10925 THOMAS, MARY, 934 N AUBURNDALE ST, MEMPHIS, TN 38107

10925 THOMAS, MARYKUTTY, 8911 SENATE #1096, DALLAS, TX 75228

10925 THOMAS, MATTHEW, 5704 OREGAN AVE NW, WASHINGTON, DC 20015

10925 THOMAS, MEJABEEN, 2409 MCKENSIE LANE, GRAND PRAIRIE, TX 75052

10925 THOMAS, MELVIN, RT. 4, BOX 89-A, MAGNOLIA, MS 39652

10925 THOMAS, MICHAEL, 8374 ALBACORE DRIVE, PASADENA, MD 21122

10925 THOMAS, MICHAEL, PO BOX 397166, CAMBRIDGE, MA 02139

10925 THOMAS, NANCY, 6031 WYNDHAM WOODS, POWDER SPRINGS, GA 30073

10925 THOMAS, NATALIE, 4630 SANFORD DR., LOS ANGELES, CA 90230

10925 THOMAS, NATHANIEL, 408 SPRING LAKE LOOP, SIMPSONVILLE, SC 29681-8072

10925 THOMAS, NEDRA, 2809 VANDA AVE, LUBBOCK, TX 79404

10925 THOMAS, NERI ANNE, 131 GREENBROOK RD, GREENBROOK, NJ 08812-2515

10925 THOMAS, NINO, 937 ARGONNA COURT, AKRON, OH 44320

10925 THOMAS, NIVIA, 5243 COTTAGE ST, PHILADELPHIA, PA 19124

10925 THOMAS, OCTAVIA, 1119 TRIPLE HILL # A, MACON, GA 31206

10925 THOMAS, OMEGO, 1489 LARK DRIVE, COLUMBUS, OH 43219-2033

10925 THOMAS, OOMMEN, 602 REVA RIDGE, STAFFORD, TX 77477

10925 THOMAS, PAMELA, 1204 NEW YORK AVE, MARTINSBURG, WV 25401

10925 THOMAS, PAMELA, 1614 GRANDVIEW, ARLINGTON, TX 76012

10925 THOMAS, PAMELA, 306 W ALDINE, IOWA PARK, TX 76367

10925 THOMAS, PATRICIA, 12239 JOE LOUIS CT, BATON ROUGE, LA 70807

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  THOMAS, PATRICK, PO BOX 94, MANY, LA 71449

10925  THOMAS, PAULA, 16156 SANTA ROSA, DETROIT, MI 48221

10925  THOMAS, PAULINE, 17611 TIFFANY TRACE D, BOCA RATON, FL 33487

10925  THOMAS, PAULINE, 17611 TIFFANY TRACE DRIVE, BOCA RATON, FL 33487

10925  THOMAS, PETER, 505 GARDNER STOP RD, NEW CASTLE, PA 16101

10925  THOMAS, RACHEL, 5537 17TH ST., LUBBOCK, TX 79416

10925  THOMAS, RANDALL, 13201 EASTRIDGE DRIVE, OKLAHOMA CITY, OK 73170

10925  THOMAS, REBECCA, 108 CHAROLAIS DRIVE, SIX MILE, SC 29682

10925  THOMAS, REBECCA, 260 WELLS ST, ST, SHREVE, OH 44676

10925  THOMAS, REBECCA, 411 ANDREA DRIVE, OXNARD, CA 93033

10925  THOMAS, REGINA, STANDING TRUSTEE, 100 PEACHTREE ST NW, ATLANTA, GA 30303-1901

10925  THOMAS, RICHARD, 531 MOUNTAIN AVE, BERKELEY HEIGHTS, NJ 07922

10925  THOMAS, RICHARD, 902 W MERCER LOOP, PLANT CITY, FL 33566-8832

10925  THOMAS, RITA, 3800 MICHIGAN #2011, INDIANAPOLIS, IN 46222

10925  THOMAS, ROBERT BARRY, 23 ORCHARD DR, WEST REDDING, CT 06896

10925  THOMAS, ROBERT, PO BOX 1972, VIDOR, TX 77662

10925  THOMAS, ROBERTA, 11555 SOUTH FORK DR, BATON ROUGE, LA 70816

10925  THOMAS, ROSALIE, PO BOX 1620, WOOSTER, OH 44691-7090

10925  THOMAS, ROSIE, 4111 SHIRLEY AVE., LYNWOOD, CA 90262

10925  THOMAS, SANDRA, 714 JOHNSON ST, GAINESVILLE, GA 30501

10925  THOMAS, SARA, 1245 N. DEARBORN STRAPT. CHS, CHICAGO, IL 60610

10925  THOMAS, SCOTT, 4501 CARROLLWD VLG DR, TAMPA, FL 33624

10925  THOMAS, SHARON, 10150 E.VIRGINIA, DENVER, CO 80231

10925  THOMAS, SHELIA, 14 CLOVERWOOD COURT UNIT #302, BALTIMORE, MD 21221

10925  THOMAS, SILVY, 220 G BARNES DRN # G, GARLAND, TX 75042

10925  THOMAS, SOSAMMA, 1872 FOSTER ST, PHILADELPHIA, PA 19116

10925  THOMAS, STACEY, 9309 KINGS FALLS DR, CHARLOTTE, NC 28210

10925  THOMAS, STANLEY, 386 CHIPLEY MOUNTVILLE RD., LA GRANGE, GA 30240

10925  THOMAS, STEPHEN, 941 RANDOLPH ST. NW, WASHINGTON, DC 20011

10925  THOMAS, SUSAMMA, 6401 N 10TH ST, PHILA, PA 19126

10925  THOMAS, SUSAN, 401 CANARY LANE, ST. CHARLES, MO 63301

10925  THOMAS, SUSAN, 8835 DEWEES ST, PHILA, PA 19152

10925  THOMAS, SUSAN, 9309 KINGS FALLS DR., CHARLOTTE, NC 28210

10925  THOMAS, SUZANNE, 23530 PARK, LAKE ZURICH, IL 60047

10925  THOMAS, T, 1906 ASPEN LANE, EL CAJON, CA 92019

10925  THOMAS, THERESA, PO BOX 4553, PALM SPRINGS, CA 92263-4553

10925  THOMAS, THOMAS, 841 KINGSBRIDGE DR, OVIEDO, FL 32765

10925  THOMAS, TIMOTHY, 2184 HOLMAN RD, BURKBURNETT, TX 76354

10925  THOMAS, TYRONE, 1801 VANN ST, COLUMBIA, SC 29203

10925  THOMAS, TYRONE, 2511 ERNEST ST, LAKE CHARLES, LA 70606

10925  THOMAS, VIRGINIA, 2501 SAN SIMEON, WICHITA FALLS, TX 76308

10925  THOMAS, W., 2 SELLEY ST, BROOKLYN, NY 11218

10925  THOMAS, WALTER, 5837 RAMSGATE PLACE, PLANT CITY, FL 33567

10925  THOMAS, WENDY, 4425 E. CHAPEL ROAD, COLUMBIA, SC 29205

10925  THOMAS, WILLIAM, 5913 HILLTOP LANE W, LAKELAND, FL 33809

10925  THOMAS, YASMIN, 970 BALL ROAD, MEMPHIS, TN 38106

10925  THOMAS, YVONNE, 19 JAMES ST, NEW BRUNSWICK, NJ 08902

10925  THOMASON, CHERYL, 7058 BILLY BULLOCK, DALLAS, GA 30132

10925  THOMASON, CONNIE, RT 2 BOX 2467, DANIELSVILLE, GA 30633

10925  THOMASON, HELEN, 113 PUTMAN ST, SIMPSONVILLE, SC 29681

10925  THOMASON, JAY, 227 CORNERSTONE LANE, LEXINGTON, SC 29073

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   THOMASON, JENNINGS, 1206 BRAMLETT ROAD, GREENVILLE, SC 29611-3608

10925   THOMASON, JOHN, 3151 GRAND CENTRAL D, SNELLVILLE, GA 30278

10925   THOMASON, KIMBERLY, 14 RUBY DRIVE, GREENVILLE, SC 29609

10925   THOMASON, KIMBERLY, 255 RICHEY RD, PELZER, SC 29669

10925   THOMASON, MARTINE, 2142 B MEADOWVIEW CT, CONYERS, GA 30208

10925   THOMASON, ROBERT, 730 RIDGEWOOD AVE., GAINESVILLE, GA 30501

10925   THOMASON, RONALD, 430 WILSON BRIDGE RD, SIMPSONVILLE, SC 29681

10925   THOMASON, WILLIAM, 191 MURPHY RD, BELTON, SC 29627

10925   THOMASON, WILLIE, 110 SHEFFIELD DR, PIEDMONT, SC 29673

10925   THOMASS AIRCRAFT SUPPLIES INC, PO BOX 164, STORMVILLE, NY 12582

10925   THOMASS AIRCRAFT SUPPLIES, INC, PO BOX 164, STORMVILLE, NY 12582

10925   THOMASSEN, MICHAEL, 91 PEARSON AVE, SOMERVILLE, MA 02144

10925   THOME, DIANA, 1112 N JACKSON ST, GREEN BAY, WI 54302-1108

10925   THOMMES, KEVIN, 8331 N WAUKEGAN RD, NILES, IL 60714

10925   THOMPKINS, ALISA, 4441 INDIANOLA AVE., APT. 2, INDIANAPOLIS, IN 46205

10925   THOMPKINS, DEBORAH, 6416 VEL DR. E., FT WORTH, TX 76112

10925   THOMPKINS, TRACY, 203 VESTFIELD ROAD, STEVENSVILLE, MD 21666

10925   THOMPSON & COMPANY, 50 PEABODY PLACE 5TH FLR, MEMPHIS, TN 38103

10925   THOMPSON & COOK, 4200 KENILWORTH AVE., BLADENSBURG, MD 20710

10925   THOMPSON & KNIGHT, PO BOX 840017, DALLAS, TX 75284-0017

10925   THOMPSON & LICHTNER COMPANY IN, THE, 111 FIRST ST, CAMBRIDGE, MA 02141

10925   THOMPSON AND ASSOCIATES, 3001 STEARNS HILL ROAD, WALTHAM, MA 02154

10925   THOMPSON AND KNIGHT TRUST ACCOUNT, 98 SAN JACINTO BLVD, AUSTIN, TX 78701-4081

10925   THOMPSON BOECHLER, ONE NORTH 2ND STRRET, SUITE 314, PO BOX 1932, FARGO, ND 58107-1932

10924   THOMPSON BUILDING MATERIALS, 11027 CHERRY AVENUE, FONTANA, CA 92337

10924   THOMPSON BUILDING MATERIALS, 141 W. TAFT AVE., ORANGE, CA 92667

10925   THOMPSON BUILDING MATERIALS, 141 WEST TAFT AVE, P.O. BOX 5406, ORANGE, CA 92865

10924   THOMPSON BUILDING MATERIALS, P.O. BOX 5406, ORANGE, CA 92667

10924   THOMPSON BUILDING MATERIALS, PO BOX 5406, ORANGE, CA 92613

10925   THOMPSON COE COUSINS & IRONS, 200 CRESCENT COURT, 11TH FL, DALLAS, TX 75201-1853

10924   THOMPSON CONSUMER ELEC., 3301 SOUTH ADAMS ST., MARION, IN 46953

10925   THOMPSON CREEK METALS CO., 945 W KENYON AVE, ENGLEWOOD, CO 80110

10925   THOMPSON CREEK METALS CO., DEPT. 0609, DENVER, CO 80256-0609

10925   THOMPSON DORFMAN SWEATMAN, 2200-201 PORTAGE AVE, WINNIPEG, MB R3B 3L3CANADA     *VIA Deutsche Post*

10924   THOMPSON DRYWALL AND INTERIORS, 7020 SOUTHERN AVE., SHREVEPORT, LA 71104

10924   THOMPSON DRYWALL WAREHOUSE, 7020 SOUTHERN AVENUE, SHREVEPORT, LA 71106

10924   THOMPSON DRYWALL, 7020 SOUTHERN AVENUE, SHREVEPORT, LA 71106

10924   THOMPSON ELECTRIC, 3716 ONEOTA ST, DULUTH, MN 55807

10924   THOMPSON ENAMAL, NTUCKY, PO BOX 310, NEWPORT, KY 41072

10924   THOMPSON ENAMEL, 650 COLFAX AVENUE, BELLEVUE, KY 41073

10925   THOMPSON ENGINEERING, POBOX 9637, MOBILE, AL 36691

10925   THOMPSON EQUIP., 125 INDUSTRIAL AVE., NEW ORLEANS, LA 70121

10925   THOMPSON EQUIPMENT CO, INC, 2638 S SHERWOOD FOREST BLVD, #215, BATON ROUGE, LA 70816

10925   THOMPSON EQUIPMENT CO, INC, PO BOX 4189, NEW ORLEANS, LA 70178

10925   THOMPSON EQUIPMENT COMPANY, PO BOX 4189, NEW ORLEANS, LA 70178

10924   THOMPSON FARM QUARRY, GROVE CEMETERY, LAFARGEVILLE, NY 13656

10924   THOMPSON FARMS QUARRY, GROVE CEMETARY RD., LAFARGEVILLE, NY 13656

10924   THOMPSON FARMS QUARRY, P.O. BOX 130, LAFARGEVILLE, NY 13656

10925   THOMPSON FILTRATION PRODUCTS, INC, PO BOX 711, WASHINGTON, NC 27889

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  THOMPSON FILTRATION PRODUCTS, PO BOX 711, WASHINGTON, NC 27889

10925  THOMPSON INDUSTRIAL SERVICES IND, 279 PROGRESS ST, SUMTER, SC 29153-5019

10925  THOMPSON INDUSTRIAL SUPPLY INC, PO BOX 1029, RANCHO CUCAMONGA, CA 91729-1029

10924  THOMPSON INVESTMENT CASTING, FARMINGTON ROAD, ROCHESTER, NH 03867

10925  THOMPSON JR, JOHN, 341 ED RUTLEDGE RD, WEST MONROE, LA 71292

10925  THOMPSON JR, THEODORE, 178 PINE RIDGE DRIVE, WHISPER. PINES, NC 28327

10925  THOMPSON JR., ERNEST, 9837 REDCLIFF ROAD, BIRMINGHAM, AL 35215

10925  THOMPSON JR., JAMES O., 301 19TH AVE. SW, ALTOONA, IA 50009

10925  THOMPSON MCCARTHY INC, 530 MEANS ST NW SUITE 310, ATLANTA, GA 30318-5730

10924  THOMPSON MURRAY, C/O FALCON CONSTRUCTION, 605 LAKEVIEW DRIVE, SPRINGDALE, AR 72764

10924  THOMPSON P.B.E., 14805 49TH STREET NORTH, CLEARWATER, FL 33762

10924  THOMPSON PIPE & STEEL, 6030 N. WASHINGTON, DENVER, CO 80216-1120

10924  THOMPSON PIPE & STEEL, 6030 NORTH WASHINGTON, DENVER, CO 80216-1120

10924  THOMPSON PIPE & STEEL, 6030 WASHINGTON STREET, DENVER, CO 80216-1120

10924  THOMPSON PLASTERING, 6600 FRANCE BLDG., EDINA, MN 55424

10925  THOMPSON PUBLISHING GROUP, 5132 TAMPA WEST BLVD #B, TAMPA, FL 33634-2409

10925  THOMPSON PUBLISHING GROUP, INC, PO BOX 26185, TAMPA, FL 33623-6185

10925  THOMPSON PUBLISHING GROUP, PO BOX 26185, TAMPA, FL 33623-6185

10925  THOMPSON PUBLISHING, 5201 W. KENNEDY BVLD., TAMPA, FL 33609

10924  THOMPSON READY MIX, ROUTE 5 BOX 158, HUNTSVILLE, AR 72740-9001

10925  THOMPSON SR, DAVID, 5239 SENOUR DRIVE, WEST CHESTER, OH 45069

10925  THOMPSON SR, ROBERT, PO BOX 976, PEARLAND, TX 77588

10925  THOMPSON TRACTOR CO INC, POBOX 10367, BIRMINGHAM, AL 35202

10924  THOMPSON TRUCKING READY MIX, 62 SPUR INDUSTRIAL PARK ROAD, BERRYVILLE, AR 72616

10924  THOMPSON TRUCKING READY MIX, HIGHWAY 23 SOUTH, HUNTSVILLE, AR 72740

10924  THOMPSON TRUCKING READY MIX, ROUTE 5 BOX 158, HUNTSVILLE, AR 72740

10925  THOMPSON, A, 808 S PARK AVE, 1E, FOND DU LAC, WI 54935

10925  THOMPSON, A, BOX 1082, CRAIG, CO 81626

10925  THOMPSON, ALAN, 14 AUBURN ST, WAKEFIELD, MA 01880

10925  THOMPSON, ALBERTA, 1308 NW 104 TERR, OKLA CITY, OK 73114

10925  THOMPSON, ALICE, 1312 HWY 417, MOORE, SC 29369-9520

10925  THOMPSON, AMANDA, 332 HEMBREE RD, WARE SHOALS, SC 29692

10925  THOMPSON, ANITA-MARIE, 598 BARK ST, SWANSEA, MA 02777

10925  THOMPSON, ANN, 6519 CLAY ST, DENVER, CO 80221

10925  THOMPSON, APRIL, 128 SELWYN DRIVE, ANDERSON, SC 29625

10925  THOMPSON, BABBETTE, RT 1 BOX 212, MOMENCE, IL 60954

10925  THOMPSON, BERTHA, 2450 DAVIDSONVILLE, GAMBRILLS, MD 21054

10925  THOMPSON, BILLY, 1322 MEADOW LANE, SULPHUR, LA 70663-2810

10925  THOMPSON, BLAINE, 12505 N ISLAND DR, MEQUON, WI 53092

10925  THOMPSON, BOBBY, PO BOX 545, RAYNE, LA 70578

10925  THOMPSON, BONNIE, 16244 COMMUNITY ST, SEPULVEDA, CA 91343

10925  THOMPSON, CARL, 1004 BITTERSWEET CT., PIKESVILLE, MD 21208

10925  THOMPSON, CAROL, RT 3 BOX 154 E-7, GREENVILLE, NC 27858

10925  THOMPSON, CAROLYN, 330 NATURE DRIVE, WATERLOO, SC 29384

10925  THOMPSON, CAROLYN, 410 NORWOOD DRIVE, COLONIAL HTS, VA 23834

10925  THOMPSON, CECIL, 150 BLACKBERRY RD, GRAY COURT, SC 29645

10925  THOMPSON, CEDRIC, 236 SOUTHWAY DR., EVERMAN, TX 76140

10925  THOMPSON, CHARLENE, 3028 GINA, ST BERNARD, LA 70085

10925  THOMPSON, CHARLES, 3800 BEECHTON ROAD, COLUMBUS, OH 43232-6246

10925  THOMPSON, CHARLIE, 343 OAKLAND ST, TRENTON, NJ 08618

10925  THOMPSON, CHARLOTTE, 506 FAISON AVE, FAYETTEVILLE, NC 28304

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | THOMPSON, CHERON, 2239 ADOBE, HOBBS, NM 88240 | |
| 10925 | THOMPSON, CHERYL, 3709 REAGAN DRIVE, FORT WORTH, TX 76116 | |
| 10925 | THOMPSON, CHRISTOPHER, 9409 PAUL DRIVE, CLINTON, MD 20735 | |
| 10925 | THOMPSON, CONNIE, 1497 MT PLEASANT RD, KINGSTON SPRINGS, TN 37082 | |
| 10925 | THOMPSON, DAVID C, PO BOX 1007, FARGO, ND 58107-1007 | |
| 10925 | THOMPSON, DAVID, 109 HUNTS BRIDGE RD, FOUNTAIN INN, SC 29644 | |
| 10925 | THOMPSON, DAVID, 221 W. FIRST ST., ELK CITY, OK 73644 | |
| 10925 | THOMPSON, DAVID, 8907 KY 56, OWENSBORO, KY 42301 | |
| 10925 | THOMPSON, DEBBIE, 2132 S FAIRFIELD, AMARILLO, TX 79106 | |
| 10925 | THOMPSON, DEENA, 1300 COOK BLVD, BRADLEY, IL 60915 | |
| 10925 | THOMPSON, DELORES, 4632 SOUTH 13000 EAST ROAD, ST. ANNE, IL 60964-4675 | |
| 10925 | THOMPSON, DEVIN, 4715 KARWOOD DR, ROCK HILL, SC 29730 | |
| 10925 | THOMPSON, DIANA, 1366 INDIAN HILL RD, PRATTVILLE, AL 36067 | |
| 10925 | THOMPSON, DONALD, ROUTE 4, BOX 568, ODESSA, TX 79763 | |
| 10925 | THOMPSON, DONNA, 1011 SYCAMORE RD APT 26, BURKBURNETT, TX 76354 | |
| 10925 | THOMPSON, DONNA, 218 LAVERNE DR, WARNER ROBINS, GA 31093 | |
| 10925 | THOMPSON, DONNELL, PO BOX 93, MOMENCE, IL 60954 | |
| 10925 | THOMPSON, DOROTHY S, 109 HUNTSBRIDGE ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | THOMPSON, DOUGLAS, 1230 19TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | THOMPSON, DUCLOS, & ROLLINS, 100 PEACHTREE ST , STE 650, ATLANTA, GA 30303-1909 | |
| 10925 | THOMPSON, EMMA, 5804 W. REDFIELD RD, GLENDALE, AZ 85306 | |
| 10925 | THOMPSON, EUGENE, 110 MISSY JO DRIVE, EASLEY, SC 29642 | |
| 10925 | THOMPSON, EVE, QUEBEC PROVINCE, 40E AVE, LASALLE, QC H8P2X8CANADA | *VIA Deutsche Post* |
| 10925 | THOMPSON, FIDELIA, 11215 OAK LEAF DR #1605, SILVER SPRING, MD 20901 | |
| 10925 | THOMPSON, FLO, 429 N 41ST, LOUISVILLE, KY 40212 | |
| 10925 | THOMPSON, FLOYD, 502 E. GLISSON, ELECTRA, TX 76360 | |
| 10925 | THOMPSON, FRANCES, 185 COVER HILL DRIVE, FLANDERS, NJ 07836 | |
| 10925 | THOMPSON, FRANK, 1554 OLD ELK ROAD, ELKTON, MD 21921 | |
| 10925 | THOMPSON, FRANK, 200 BRINKLEY ROAD, GREENVILLE, NC 27858 | |
| 10925 | THOMPSON, FREDDIE, PO BOX 2714, WINTER HAVEN, FL 33883-2714 | |
| 10925 | THOMPSON, GENE H & FRANCES JEAN, THOMPSON TR UA 9 19 95, THOMPSON FAMILY TRUST, 300 LAKE HAMILTON DR, HOT SPRINGS, AR 71913-7413 | |
| 10925 | THOMPSON, GEORGE, 12739 WESTPORT CIRCLE, WELLINGTON FL, FL 33414-5537 | |
| 10925 | THOMPSON, GEORGE, 1608 RIVERWOOD ROAD, BALTIMORE, MD 21221 | |
| 10925 | THOMPSON, GEORGE, 660 11TH ST, CLERMONT, FL 34711 | |
| 10925 | THOMPSON, GEORGE, PO BOX 1244, PORT BARRE, LA 70577 | |
| 10925 | THOMPSON, GERALD, 2602 NONESUCH ROAD, ABILENE, TX 79606 | |
| 10925 | THOMPSON, GH, 304 NORTH MIAMI AVE, CLEVES, OH 45002 | |
| 10925 | THOMPSON, GRACE, 1012 SECOND ST, LACON, IL 61540 | |
| 10925 | THOMPSON, GREG, 490 PARK ST, PO BOX 4905, BEAUMONT, TX 77704 | |
| 10925 | THOMPSON, GREGORY, 124 WALNUT ST , S.W., LEMARS, IA 51031 | |
| 10925 | THOMPSON, GREGORY, 4412 FORD AVE., CEDAR RAPIDS, IA 52405 | |
| 10925 | THOMPSON, HAROLD, SPRING CREEK RD, ATHENS, TN 37303 | |
| 10925 | THOMPSON, HENRY, 1312 HWY 1417, MOORE, SC 29369 | |
| 10925 | THOMPSON, HERMAN, 7593 GREEN POND ROAD, GRAY COURT, SC 29645 | |
| 10924 | THOMPSON, HINE & FLORY, 1100 NATIONANAL CITY BANK, CLEVELAND, OH 44114 | |
| 10924 | THOMPSON, HINE & FLORY, 127 PUBLIC SQUARE, CLEVELAND, OH 44114 | |
| 10925 | THOMPSON, JACQUELINE, 900 SHEDRICK COURT, SUMTER, SC 29154 | |
| 10925 | THOMPSON, JAMES, 1502 VANCOUVER DR, TUCKER, GA 30084 | |
| 10925 | THOMPSON, JAMES, 4220 VIOLA ROAD, LAKELAND, FL 33809-0124 | |
| 10925 | THOMPSON, JAMES, 512 MEGA DRIVE, DUNCAN, SC 29334-9532 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | THOMPSON, JAMES, 516 JUNG BLVD., MARRERO, LA 70072 | |
| 10925 | THOMPSON, JAMES, 7430 KENNEDY BLVD., NORTH BERGEN, NJ 07047 | |
| 10925 | THOMPSON, JANICE, 27790 HWY 405, PLAQUEMINE, LA 70764 | |
| 10925 | THOMPSON, JEAN, 540 ROWLAND AVE, CAMARILLO, CA 93010 | |
| 10925 | THOMPSON, JEANNIE, 4328 CALIFORNIA, KENNER, LA 70070 | |
| 10925 | THOMPSON, JEFFREY, 478 DOLORES DRIVE, COLLEGEVILLE, PA 19426 | |
| 10925 | THOMPSON, JENNIFER, 103 SEAN DRIVE, LAGRANGE, NC 28551 | |
| 10925 | THOMPSON, JENNINGS, 10449 MORRIS RD, BLOOMINGTON, MN 55437 | |
| 10925 | THOMPSON, JEREMIAH, 13114 MOLASSES ROAD, UNION BRIDGE, MD 21791 | |
| 10925 | THOMPSON, JERRY, 113 PONDEROSA DR, PELZER, SC 29669 | |
| 10925 | THOMPSON, JERRY, 671 MARINA WAY, PROSPERITY, SC 29127-9475 | |
| 10925 | THOMPSON, JESSIE, 1101 STEWART ROAD, WOODRUFF, SC 29388 | |
| 10925 | THOMPSON, JOAN, 2564 GUM SPRINGS CHURCH RD., JEFFERSON, GA 30549 | |
| 10925 | THOMPSON, JOANN, 671 MARINA WAY, PROSPERITY, SC 29127 | |
| 10925 | THOMPSON, JOANNE, 7602 ZINNIA WAY, MAPLE GROVE, MN 55311 | |
| 10925 | THOMPSON, JOHN, 217 BROOKSTON ROAD, MARS, PA 16046 | |
| 10925 | THOMPSON, JOHN, 333 MCKINNEY RD, SIMPSONVILLE, SC 29681 | |
| 10925 | THOMPSON, JOHNNIE, 1614 HWY 418, PELZER, SC 29669 | |
| 10925 | THOMPSON, JOYCE, 5016 N. WINCHESTER, CHICAGO, IL 60640 | |
| 10925 | THOMPSON, JUDY, 1127 HUNT WYCK COURT, ELGIN, IL 60120 | |
| 10925 | THOMPSON, JULIA, 6700 PLYLER RD., KANNAPOLIS, NC 28081 | |
| 10925 | THOMPSON, JULIUS, 202 FAIRMONT DR, GREENVILLE, SC 29605 | |
| 10925 | THOMPSON, JUNE, 219 GREEN VALLEY RD, GREENSBORO, NC 27403 | |
| 10925 | THOMPSON, KAREN, 1318 SUNSET DRIVE, IOWA PARK, TX 76367 | |
| 10925 | THOMPSON, KAREN, 75 MOKEMA AVE., WALTHAM, MA 02154 | |
| 10925 | THOMPSON, KATHY, 1344 S MAGNOLIA DZ, ANAHEIM CA, CA 92804 | |
| 10925 | THOMPSON, KATHY, 234 ABERCROMBIE RD, FOUNTAIN INN, SC 29644 | |
| 10925 | THOMPSON, KENNETH, 425 MEADOW ROAD, BALTIMORE, MD 21206 | |
| 10925 | THOMPSON, KEVIN, 1619 ST STEPHENS ST, BALTIMORE, MD 21216 | |
| 10925 | THOMPSON, KIM, 75 MOKEMA AVE, WALTHAM, MA 02154 | |
| 10925 | THOMPSON, LARRY, 1204 CLAIBORNE ST., BOGALUSA, LA 70427 | |
| 10925 | THOMPSON, LARRY, 600 BROAD ST, 428, NEWARK, NJ 07102 | |
| 10925 | THOMPSON, LARRY, 606 W REBECCA, IOWA PARK, TX 76367 | |
| 10925 | THOMPSON, LARRY, PO BOX 72, RANDLETT, OK 73562 | |
| 10925 | THOMPSON, LAWANNA, 415 SYLVIA DR R-1, FOREST PARK, GA 30050 | |
| 10925 | THOMPSON, LAWRENCE, 1902 KELMORE ROAD, BALTIMORE, MD 21222 | |
| 10925 | THOMPSON, LAWRENCE, ROUTE 1, WARE SHOALS, SC 29692 | |
| 10925 | THOMPSON, LELAND, RT 1, BOX 228, GRAY COURT, SC 29645 | |
| 10925 | THOMPSON, LENICE, 1 MARTHA FRANKS DR. APT. 115, LAURENS, SC 29360 | |
| 10925 | THOMPSON, LEVI, 6519 CLAY ST, DENVER, CO 80211 | |
| 10925 | THOMPSON, LEVI, 7137 PETTURSDALE, BOULDER, CO 80301 | |
| 10925 | THOMPSON, LILA, 216 N. VINE ST., PLAINFIELD, IN 46168 | |
| 10925 | THOMPSON, LILLY, 5500 TRUMBULL, DETROIT, MI 48208 | |
| 10925 | THOMPSON, LOIS, 77 ESTES ROAD, LEWISPORT, KY 42351 | |
| 10925 | THOMPSON, LOLLIE, 253 DOGWOOD DR, ANACOCO, LA 71403 | |
| 10925 | THOMPSON, LOUIS, PO BOX 3591, LAKELAND, FL 33802-3591 | |
| 10925 | THOMPSON, LUTHER, 222 HIGHLAND ROAD, DUNCAN, SC 29334 | |
| 10925 | THOMPSON, LYNN, 325 E BRADLEY AVE #174, EL CAJON, CA 92021 | |
| 10925 | THOMPSON, MARGARET, 2 CLUB KNOLL ROAD, ASHEVILLE, NC 28804-3631 | |
| 10925 | THOMPSON, MARIE, 271 REDCLAY RD #101 #101, LAUREL, MD 20724 | |
| 10925 | THOMPSON, MARK, 1314 MAIN ST #3, 3, CROSS PLAINS, WI 53528 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 THOMPSON, MARK, 66 DINSMORE AVE, FRAMINGHAM, MA 01701

10925 THOMPSON, MARTHA, 10 HILLSIDE TERRACE, LEXINGTON, MA 02173

10925 THOMPSON, MARY, 111 SACKVILLE RD, GARDEN CITY, NY 11530-2503

10925 THOMPSON, MARY, BOX 565, BACLIFF, BACLIFF, TX 77518

10925 THOMPSON, MICHAEL, 2945 N. 74TH ST, MILWAUKEE, WI 53210

10925 THOMPSON, MICHAEL, 3013 RIDGE AVE, MACON, GA 31204

10925 THOMPSON, MICHAEL, 4344 WHITLEY RD, LYNCHBURG, OH 45142

10925 THOMPSON, MICHAEL, 5921 71ST ST, LUBBOCK, TX 79424

10925 THOMPSON, MICHELLE, 226 BISCAYNE DRIVE, GREENVILLE, SC 29615

10925 THOMPSON, MITCHEAL, RT. 4, BOX 335, WINNIFIELD, LA 71483

10925 THOMPSON, NANCY, 339 FAIRMOUNT ST, LOWELL, MA 01852

10925 THOMPSON, NICOLE, 339 LESLIE LANE, UNIONDALE, NY 11553

10925 THOMPSON, PAMELA U, 4364 SUNRISE DR, KANNAPOLIS, NC 28081

10925 THOMPSON, PATRICIA, 149 3RD AVE, PATERSON, NJ 07512

10925 THOMPSON, PATRICK, 1107 COLONIAL DRIVE, KENAI, AK 99611

10925 THOMPSON, PATRICK, 418A LOCUST ST, OWENSBORO, KY 42301

10925 THOMPSON, PATRICK, PO BOX 134, WINNEMUCCA, NV 89455

10925 THOMPSON, PAUL, 1304 EAST SHERRY DR, ROSSVILLE, GA 30741

10925 THOMPSON, PAUL, 4509 N.TEXAS, ODESSA, TX 79762

10925 THOMPSON, PC, 321 KITTSON AVE BOX 5235, GRAND FORKS, ND 58206-5235

10925 THOMPSON, PEARL, 330 KITTYHAWK #3303, UNIVERSAL CITY, TX 78148

10925 THOMPSON, PETER, 7815-103 ROYAL PT DR, CHARLOTTE, NC 28273

10925 THOMPSON, PRISCILLA, 213 6TH AVE NORTH, TEXAS CITY, TX 77590

10925 THOMPSON, R, 903 PKWY AVE, LAPORTE, TX 77571

10925 THOMPSON, RANDY, 1321 SYCAMORE #2, BURKBURNETT, TX 76354

10925 THOMPSON, RENEE, 13166 LAZY GLEN LA, HERNDON, VA 22071

10925 THOMPSON, RENEE, 2651 16TH ST NW, WASHINGTON, DC 20009

10925 THOMPSON, RICHARD, 131ASOUTH BALDWIN RD, SIMPSONVILLE, SC 29681

10925 THOMPSON, RICHARD, 207 HIGHLAND ROAD, DUNCAN, SC 29334

10925 THOMPSON, RICHARD, 6211 SIERRA CT, MANASSAS, VA 22111

10925 THOMPSON, RICHARD, 9 CALUMUT DRIVE, WOODRUFF, SC 29388-9049

10925 THOMPSON, ROBBIE, 1700 TERRACE VIEW DR, WEST COLUMBIA, SC 29169

10925 THOMPSON, ROBERT, 1709 MCLEAN, PEARLAND, TX 77581

10925 THOMPSON, ROBERT, 3994 KY. 56 N., COLHOUN, KY 42327-9534

10925 THOMPSON, ROBERT, 40 NORTH SUMMER ST, ADAMS, MA 01220

10925 THOMPSON, ROBERT, PO BOX 136, ANDREWS, TX 79714

10925 THOMPSON, ROBERT, ROUTE 4, BOX 282, CHESTER, SC 29706-9998

10925 THOMPSON, ROBERT, RT 1, BOX 2115 HWY 334, NICHOLSON, GA 30565

10925 THOMPSON, ROBIN, 3920 VERMONT AVE., ALEXANDRIA, VA 22304

10925 THOMPSON, ROCKY, 13535 STONE RD, PEARLAND, TX 77581

10925 THOMPSON, RONALD S, TENTH FL, ONE WOODWARD AVE, DETROIT, MI 48226

10925 THOMPSON, RONALD, 1719 CEDAR COVE COURT, KATY, TX 77450

10925 THOMPSON, RONNIE, 1206 BIRCH DRIVE, HUDSON, WI 54016

10925 THOMPSON, ROY, 7912 BILL REED ROAD, CHATTANOGA, TN 37421

10925 THOMPSON, RUSSELL, PO BOX 233, FOUNTAIN INN, SC 29644

10925 THOMPSON, SCOTT, 10839 NW 40TH ST, SUNRISE, FL 33351

10925 THOMPSON, SCOTT, 2825 PREECE, WICHITA FALLS, TX 76308

10925 THOMPSON, SCOTT, 5175 POPLAR SPRINGS, STONE MOUNTAIN, GA 30083

10925 THOMPSON, SEAN, 1311 OLD SPTBG HWY, WOODRUFF, SC 29388

10925 THOMPSON, SHANE, 665 FRANSHIRE WEST, COLUMBUS, OH 43228

10925 THOMPSON, SHARON, 3505 LAUREL COVE, HORN LAKE, MS 38637

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   THOMPSON, SHARON, PO BOX 7939, FT WORTH, TX 76111

10925   THOMPSON, SHEILA, 3507 W PASADENA, PHOENIX, AZ 85019

10925   THOMPSON, SHERRY, 405 BABB ROAD, CAMPOBELLO, SC 29322-9142

10925   THOMPSON, SHERRYAL, 175 GRANET RIDGE DR, ATHENS, TN 30607

10925   THOMPSON, SHERYL, 37 OLD TOWNE RD., CHESHIRE, CT 06410

10925   THOMPSON, SHIRLEY, 127 S BALDWIN RD, SIMPSONVILLE, SC 29680

10925   THOMPSON, SHIRLEY, 5300 DEWEY, WICHITA FALLS, TX 76306

10925   THOMPSON, STEPHEN, 3300 S. DANIESS ST, OWENSBORO, KY 42303

10925   THOMPSON, STEVEN, PO BOX 665, LAUREL, NE 68745

10925   THOMPSON, SUSAN, PO BOX 501, HOPKINS PARK, IL 60944

10925   THOMPSON, SYLVIA, PO BOX 283, BERLIN, NY 12022

10925   THOMPSON, TAMMIE, PO BOX 177, CHANNING, TX 79018

10925   THOMPSON, TARA, 3963 WHITE ROSE WAY, ELLICOTT, MD 21043

10925   THOMPSON, TERRELL, 5125 RIDGECREST, WICHITA FALLS, TX 76310

10925   THOMPSON, TERRY, RT 1 BOX 183-H, LUTHER, OK 73054

10925   THOMPSON, THEODORE K, 410 FOURTH AVE, HAVRE, MT 59501

10925   THOMPSON, THERESA, 1610 DUBLIN BLVD, COLORADO SPRINGS, CO 80918

10925   THOMPSON, THOMAS, 38 MONORE ST, ROA RAPIDS, NC 27870

10925   THOMPSON, TIM, 461 N., 325 W., VALPARAISO, IN 46385

10925   THOMPSON, TIMOTHY, 4143 ECHO WOODS DRIVE, CLARKSTON, GA 30021

10925   THOMPSON, TIMOTHY, 461 N 325 WEST, VALPARAISO, IN 46385

10925   THOMPSON, TIMOTHY, RT 3 BOX 841, WAYNESBORO, MS 39367

10925   THOMPSON, TINA A, PO BOX 122, OOLOGAH OK, OK 74053

10925   THOMPSON, TOMMY, 946 KEEN COURT, LAKELAND, FL 33805

10925   THOMPSON, TRACEY, 3 EAST CASTLE DR, GREENVILLE, SC 29605

10925   THOMPSON, VICKIE, 6294 TR 219 BOX 84-G, BIG PRAIRIE, OH 44611

10925   THOMPSON, VICTOR, 6144 ENCOUNTER ROW, COLUMBIA, MD 21045

10925   THOMPSON, VINCENT, 73 N 11TH ST, NEWARK, NJ 07032

10925   THOMPSON, VIRGINIA, 1551 SUGAR CREEKROAD, BLUERIDGE, GA 30513

10925   THOMPSON, WANDA, 2815 GROVELAND AVE., RICHMOND, VA 23222

10925   THOMPSON, WAYNE, 2413 GRAUSTARK PATH, WOOSTER, OH 44691-1603

10925   THOMPSON, WAYNE, 6294 TR 219 BOX 84G, BIG PRAIRIE, OH 44611

10925   THOMPSON, WILLIAM, 10014 W WILLMONT, LA PORTE, TX 77571

10925   THOMPSON, WILLIAM, 1703 WILLIAMS AVE, HUNTINGTON, WV 25701-3732

10925   THOMPSON, WILLIAM, 18121 GLORIA CIR, VILLA PARK, CA 92861

10925   THOMPSON, WILLIAM, 6960 AIRPORT BLVD, MOBILE, AL 36608

10925   THOMPSON, WILMA, 110 EAST 12TH ST, ATLANTIC, IA 50022

10925   THOMPSON-HILL ASSOCIATES, 1100 SOUTH GRAND, SAINT LOUIS, MO 63104

10924   THOMPSON'S SHIPPING, C/O MAK FREIGHT INC., MIAMI, FL 33142

10925   THOMS, FREDERICK, 29 MCCOBA ST, APT 20REVERE MA, REVERE, MA 02151

10925   THOMS, FREDERICK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   THOMSEN MACHINERY INC, 18601 SOUTH MAIN ST, GARDENA, CA 90248

10924   THOMSEN MACHINERY, INC., CAMBRIDGE, MA 02140

10925   THOMSEN, LEONARD, RR1 BOX 50C, RAYAL, NC 68773

10924   THOMSON & MONTGOMERY INC, P.O.BOX 166, SAINT MARYS, PA 15857

10924   THOMSON & MONTGOMERY, INC., P O BOX 166, SAINT MARYS, PA 15857

10924   THOMSON & MONTGOMERY, INC., THERESA ST., SAINT MARYS, PA 15857

10925   THOMSON & THOMSON, PO BOX 71892, CHICAGO, IL 60694-1892

10924   THOMSON CONSTRUCTION & SUPPLY, ATTN:  ACCOUNTS PAYABLE, THOMSON, GA 30824

10924   THOMSON CONSTRUCTION, PLANT SOLD, THOMSON, GA 30824

10924   THOMSON CONSTRUCTION-SUPPLY, P.O. BOX 965, THOMSON, GA 30824

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   THOMSON CONSUMER ELECTRONICS, 3401 SOUTH ADAMS STREET, MARION, IN 46953

10924   THOMSON CONSUMER ELECTRONICS, INC, 11701 ALAMEDA, EL PASO, TX 79927

10925   THOMSON CONSUMER, PO BOX 10369, EL PASO, TX 79998

10925   THOMSON CORPORATION, PO BOX 95126, CHICAGO, IL 60694-5126

10925   THOMSON FINANCIAL INVESTOR, MELLON BANK, PO BOX 360315, PITTSBURGH, PA 15251-6315

10925   THOMSON FINANCIAL SERVICE, PO BOX 65680, CHARLOTTE, NC 28265-0680

10924   THOMSON READY MIX, ANSLEY DR., THOMSON, GA 30824

10924   THOMSON READY MIX, AUGUSTA HWY, LINCOLNTON, GA 30817

10924   THOMSON READY MIX, WASHINGTON, GA 30673

10925   THOMSON, 16 ZANE GREY, EL PASO, TX 79906

10925   THOMSON, 600 N SHERMAN DR, INDIANAPOLIS, IN 46201

10925   THOMSON, ANDREW, PO BOX 1092, MEEKER, CO 81641

10925   THOMSON, BARBARA, 32 WASHBURN AVE, RUMFORD, RI 02916

10925   THOMSON, DALE, 14843 ARNSTON LANE, MOUNTAIN, WI 54149

10925   THOMSON, EVA, PO BOX 1343, LIBBY, MT 59923

10925   THOMSON, GERALD, 1039 SAND ACRES DR, DE PERE, WI 54115-9505

10925   THOMSON, LANCE, 1239 N. PIERCE ST, ARLINGTON, VA 22209

10925   THOMSON, LUANN, 1250 OUTWARD, DE PERE, WI 54115

10925   THOMSON, MARIEA, 15185 CEMETERY RD, GULFPORT, MS 39503

10925   THOMSON, R. DALE, PO BOX 1343, LIBBY, MT 59923

10925   THOMSON, ROBERT MICHA, 1301 GRETNA GREEN LN, CHARLOTTE, NC 28217

10925   THOMSON, SHAWN, 1015 HIGHLAND RD, SALEM, VA 24153

10925   THOMSON, TIMOTHY, 124 MAIN ST, WEST NEWBURY, MA 02185

10925   THONGRIVONG, SOURINA, 3033 GENE LN, HALTOM CITY, TX 76117

10925   THORBAHN, DAVID, 2332 HIDDEN MEADOW DRIVE, SUN PRAIRIE, WI 53590

10925   THORIN, LLOYD, 102 LINWOOD LANE, NORFOLK, NE 68701

10925   THORMAN-PASKE, GRACE, % MEL THORMAN 118 WEST OAK ST, LAKE MILLS, WI 53551-1140

10925   THORN JR, ROY, 1702 DELAWARE, JOPLIN, MO 64801

10924   THORN WHOLESALE CO., 6000 GRANTLINE RD, NEW ALBANY, IN 47150

10924   THORN WHOLESALE, **TO BE DELETED**, NEW ALBANY, IN 47150

10924   THORN WHOLESALE, 6000 GRANT LINE ROAD, NEW ALBANY, IN 47150

10925   THORN, CAROLINE, 806 WISCONSIN AVE, LIBBY, MT 59923

10925   THORN, CAROLINE, 806 WISCONSIN AVE, LIBBY, MT 59923-2340

10925   THORN, MARY, 1006 CHRISTIE AVE, PRINCETON, WV 24740

10925   THORN, ORVILLE, 806 WISCONSIN AVE., LIBBY, MT 59923-2340

10925   THORNBERG, LYNNDA, 6404 DUNHAM DR, FAYETTEVILLE, NC 28304

10925   THORNBLOOM, BLAIR, 433 PARKLAND DR SE, CEDAR RAPIDS, IA 52403

10925   THORNBLOOM, LEOLA, 433 PARKLAND DR SE, CEDAR RAPIDS, IA 52403

10925   THORNBURG, DALE, 5520 EAGLES VIEW DR., HOUSE SPRINGS, MO 63051

10925   THORNBURG, DONNA, 7538 EASY BROOK, SPRING, TX 77379

10925   THORNBURG, FRED, 909 CANYON SPRINGS DR, CANYON LAKES, TX 78133

10925   THORNBURG, RENEE, 1100 INDIAN TRAIL RD, NORCROSS, GA 30093

10925   THORNBURG, RONALD, 3799 FRANKLIN ST, CHESAPEAKE, VA 23324

10925   THORNBURY, MARY, 625 SILVER LACE BLVD, FERVLEY, NV 89408

10925   THORNDIKE, JEFFERY, 1707 STAUTON AVE, LAKELAND, FL 33801

10924   THORNE RESEARCH, 25820 HIGHWAY 2 WEST, DOVER, ID 83825

10924   THORNE RESEARCH, PO BOX 25, DOVER, ID 83825

10925   THORNE, AMY, 417 CARY ST, GREENVILLE, SC 29609

10925   THORNE, BILLY, 172 RUTLEDGE LANE, LEBANON, TN 37087

10925   THORNE, ERNEST, 9749 CLOCKTOWER LANE, COLUMBIA, MD 21046

10925   THORNE, JORDAN, 3605 LABADIE DR., FT. WORTH, TX 76118

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　THORNE, JOYCE, 45 ARBORWOOD DRIVE, BURLINGTON, MA 01803

10925　THORNE, JR, ERNEST, 9749 CLOCKTOWER LANE, COLUMBIA, MD 21046

10925　THORNE, ROBERT, 8759 CLAYTON AVE, NEENAH, WI 54956-9567

10925　THORNE, SANDRA, ROUTE 1, SPRING HOPE, NC 27882

10925　THORNE, TRACY, 11011 SEVEN PINES DR, ALTA LOMA, CA 91737

10925　THORNELL, CARRIE, 5106 LAKESHORE, PORT ARTHUR, TX 77642

10925　THORNES, JOHN, PO BOX 851, ONLEY, VA 23418

10925　THORNHILL, ARTHUR C, 31 IRVING ST FIRST FL, MONTCLAIR, NJ 07042-4523

10925　THORNHILL, DANNY, 169 CLEM THORNHILL RD, FOXWORTH, MS 39483

10925　THORNHILL, JOHN, 11 HYDE CT., BEDMINSTER, NJ 07921

10925　THORNHILL, MITCHELL, 511 CARROLL LOOP RD., FOXWORTH,, MS 39483

10925　THORNS, ROBIN, 4908 N PRINCETON, PORTLAND, OR 97203-4463

10925　THORNS, ROBIN, 55353 KIRKWOOD DRIVE E, SANDY, OR 97055-9709

10925　THORNTON EARLY NAUMES, 100 SUMMER ST , 30TH FL, BOSTON, MA 02110

10925　THORNTON EARLY, 200 PORTLAND ST, BOSTON, MA 02114-1706

10925　THORNTON PAYNE WILSON KLING &, PODRAWER E, BRYAN, TX 77805

10925　THORNTON, ANGELA, 202 N PALMETTO, FT MEADE, FL 33841

10925　THORNTON, BRENDA, 3274 ROGERS RD, IOWA PARK, TX 76367

10925　THORNTON, DANNY, 1005 SENECA, ENID, OK 73703

10925　THORNTON, DONALD, 4541 BELLVILLE RD., BELLVILLE, OH 44813

10925　THORNTON, DONALD, HC62 BOX 107AA, WINNSBORO, LA 71295

10925　THORNTON, ERIC, 5557 BEECHWOOD DR, STONE MTN, GA 30087

10925　THORNTON, ESSIE, 2005 W. 20TH, AMARILLO, TX 79107

10925　THORNTON, HERB, 5404 PINE ST., BELLAIRE, TX 77401

10925　THORNTON, HOWARD, 8005 TERRY DRIVE, PORT TOBACCO, MD 20677

10925　THORNTON, JAMES, 202 N PALMETTO, FT MEADE, FL 33841

10925　THORNTON, JOANN, 96 FORT GREENE PLACE, BROOKLYN, NY 11217

10925　THORNTON, JOHN L, 32 WHITTIER ROAD, PAWTUCKET, RI 02861

10925　THORNTON, KAREN, 33 PALADIN CT, HENDERSON, NV 89014

10925　THORNTON, KENNETH, 3274 ROGERS RD, IOWA PARK, TX 76367

10925　THORNTON, LORI, 4381 WOLFCROSSING RD, OREFIELD, PA 18069

10925　THORNTON, MARGARET, RT1 BOX 310 P, NATALIA, TX 78059

10925　THORNTON, MARTHA, PO BOX 126, MIZE, MS 39116

10925　THORNTON, MARY, RT 5 BOX 7882, STARKE, FL 32091

10925　THORNTON, MICHAEL, 490 HENSON CIR, CARROLLTON, GA 30117

10925　THORNTON, NICOLE, GARDEN SPRING LOT #122, CARROLLTON, GA 30117

10925　THORNTON, PATSY, ROUTE 2, GREENVILLE, NC 27858

10925　THORNTON, RONALD, 159 D. C. CRAIN, WINNSBORO, LA 71295

10925　THORNTON, STEVEN, 25 ORIOLE RD, WINDHAM, NH 03087

10925　THORNTON, THOMAS, 55 CURLEW ROAD, MANALAPAN, FL 33462-4722

10924　THORO SYSTEM PRODUCTS, INC., D/O HARRIS SPECIALTY CHEM., 10245 CENTURION PKWY NORTH, JACKSONVILLE, FL 32256-0565

10924　THORO SYSTEMS PRODUCTS, 10245 CENTURIAN PARK WAY N, JACKSONVILLE, FL 32256-0565

10924　THORO SYSTEMS PRODUCTS, 38403 CHERRY STREET, NEWARK, CA 94560

10924　THORO SYSTEMS PRODUCTS, INC., DIV. OF HARRIS SPECIALTY CHEM, 519 W. WATER STREET, CENTERVILLE, IN 47330

10924　THORO SYSTEMS PRODUCTS, ROUTE 13 & BEAVER DAM, BRISTOL, PA 19007

10924　THORO SYSTEMS PRODUCTS, WEST WATER STREET, CENTERVILLE, IN 47330

10925　THORP, DENNIS, 368 NW 11TH ST, OKLAHOMA CITY, OK 73103

10924　THORPE BURIAL VAULTS, 1267 W. 800 N., MAPLETON, UT 84663

10924　THORPE BURIAL VAULTS, 85 N 1230 E., SPRINGVILLE, UT 84663

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 THORPE BURIEL VAULTS, 85 NORTH 1230 EAST, SPRINGVILLE, UT 84663

10925 THORPE CORPORATION, 1375 S ACACIA AVE #A, FULLERTON, CA 92831-5315

10925 THORPE INSULATION COMPANY, 1375 S ACACIA AVE, #A, FULLERTON, CA 92831-5315

10924 THORPE INSULATION, 2741 SOUTH YATES AVENUE, LOS ANGELES, CA 90040

10925 THORPE PRODUCTS COMPANY, 1375 S ACACIA AVE, #A, FULLERTON, CA 92831-5315

10924 THORPE PRODUCTS COMPANY, 6833 KIRBYVILLE ST., HOUSTON, TX 77033

10925 THORPE PRODUCTS, PO BOX 33399, HOUSTON, TX 77233

10925 THORPE, CARL, 2760 ARLDOWNE DRIVE, TUCKER, GA 30084-0000

10925 THORPE, DIANE, 2118-P VIA PUERTA, LAGUNA HILLS, CA 92653

10925 THORPE, DUANE, 41 WARNER ST, MEDFORD, MA 02155

10925 THORPE, RANDY, 2612 HILLWAY DRIVE, GREENSBORO, NC 27407

10925 THORPE, RICHARD, 361 TERRY RD, FOUNTAIN INN, SC 29644

10925 THORSBY, MICHAEL, PO BOX 360, MEEKER, CO 81641

10925 THORSON, MICHELLE, 3006 PARKSIDE CT, SNELLVILLE, GA 30278

10925 THORSON, ROBERT, 1734 LOCUST ST, DES PLAINES, IL 60018

10925 THORSRUD CANE & PAULICH, 1325 FOURTH AVE, SEATTLE, WA 98101

10925 THORSTENSEN LABORATORY INC, PO BOX 426, WESTFORD, MA 01886

10925 THORWART, FREDERICK, 6341 HYDE PARK DR, OKLA CITY, OK 73162

10925 THOTTAKRA, SOJAN, 3919 BRISTOL RD, BENSALEM, PA 19020

10925 THOUIN, LOUIS D, 260 CROISSANT JONCAIRE, ILE BIZARD, QC H9C 2R1CANADA          *VIA Deutsche Post*

10924 THOUSAND ISLAND READY/M C, P.O. BOX 351, LAFARGEVILLE, NY 13656

10925 THRACO, INC, 9430 CONTI DR., BATON ROUGE, LA 70810-2134

10925 THRALL DISTRIBUTION INC., 135 SOUTH LASALLE ST DEPT 1217, CHICAGO, IL 60674-1217

10925 THRALL, JULIE, 23626 COTTAGE GROVE, SCHNEIDER, IN 46376

10925 THRASHER, ANTHONY, 206 MEADORS AVE, GREENVILLE, SC 29605

10925 THRASHER, DAVID, 595 GARRISON RD, PELZER, SC 29669

10925 THRASHER, DONNA, PO BOX 2025, ROBERTSDALE, AL 36567

10925 THRASHERS ELECTROSTATIC REFINISHER, 2201 VAN DEMAN ST., BALTIMORE, MD 21224

10925 THRAWL, JOAN, 15 ABERDEEN RD, HAWTHORN WOODS, IL 60047

10925 THREADED PRODUCTS & SUPPLY INC, 520 EXECUTIVE DRIVE, WILLOWBROOK, IL 60521

10925 THREADGILL, CHRIS, 77 TORI ANN CT, ST. PETERS, MO 63376

10925 THREATT, VENNY, 206 ROSEDALE DR, PELLCITY, AL 35128

10925 THREE B TRANSPORTATION BROKERAGE, POBOX 1037, HAVERTOWN, PA 19083

10924 THREE BARAGADE BARRICKS, 25 AND KANSAS STREET, FORT CAMPBELL, KY 42223

10924 THREE BARRIGADE BARRICKS, BLDG. 67-63 & BLDG 67-64, FORT CAMPBELL, KY 42223

10924 THREE BOND OF AMERICA, 6184 SHOEMACKER PLACE DRIVE, WEST CHESTER, OH 45069

10925 THREE C BODY SHOP INC, 112 ELM ST, HEBRON, OH 43025

10924 THREE J'S COMMERCIAL MOVING, 4704 C, AUSTIN, TX 78702

10924 THREE LINCOLN CENTER, BUTTERFIELD & RENAISSANCE, OAK BROOK, IL 60522

10924 THREE RIVERS REDDI MIX, 300 TENANT WAY, LONGVIEW, WA 98632

10925 THREE S (3S) STAINLESS, INC, POBOX 408, UXBRIDGE, MA 01569

10925 THREE SAINTS RUSSIAN ORTHODOX, CHURCH, 26 HOWARD AVE, ANSONIA, CT 06401-2208

10924 THREE UNITED PLAZA, 8545 UNITED PLAZA BOULEVARD, BATON ROUGE, LA 70809

10924 THREE WIT COOPER CEMENT, 2900 WALNUT ST., DENVER, CO 80204

10924 THREE WIT COOPER CEMENT, 2900 WALNUT STREET, DENVER, CO 80204

10925 THREE-SIGMA, 15020 WEST 106TH ST, LENEXA, KS 66215

10925 THREET, JUNE, 202 MARX ST BOX 177, GANADO, TX 77962

10925 THREET, LEROY, 1912 NORTHWEST ACCESS RD, IOWA PARK, TX 76367

10925 THREET, S, 202 MARX ST BOX 177, GANDO, TX 77962

10924 THREEWIT-COOPER CEMENT CO, 2900 WALNUT ST, DENVER, CO 80205

10925 THRESH, CAROL, 10443 QUIET BAY COURT, CHARLOTTE, NC 28278

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    THRESH, ERIC F, 500 BRADFORD PKWY, SYRACUSE, NY 13224-1804

10925    THRIFT, ANTHONY, 1689 COOLIDGE ST, CORONA, CA 91719

10925    THRIVIKRAMAN, SOMAVALLY, 2211 GRAPEVINE LN, CARROLLTON, TX 75007

10925    THROCKMORTON,BECKSTROM & OAKES, 225 SOUTH LAKE AVE., STE. 500, PASADENA, CA 91101

10925    THRON, EDWARD, 2032 GANNET COURT, BELAIR, MD 21014

10925    THRONE, BRUCE, 3819 BAYONNE AVE., BALTIMORE, MD 21206

10925    THROWER, CATHY, 1703 CHEWACLA ROAD, OPELIKA, AL 36801

10925    THROWER, JENNIFER, 1703 CHEWACLA RD, OPELIKA, AL 36801

10925    THRUSH, LOY, 5219 LAKESHORE, WICHITA FALLS, TX 76310

10925    THRU-WAY SPRING, 1609 MT READ BLVD, ROCHESTER, NY 14606-2879

10925    THULL, BRIAN, 1447 WEST ROSEMONT, 2, CHICAGO, IL 60660

10925    THUMAN, STEVEN, 8559 BAY ROAD, PASADENA, MD 21122

10925    THUN, BRIAN, 5039 N 42ND AVE, PHOENIX, AZ 85019

10925    THUNBERG, JON, 12 SUNSET CIRCLE, MILFORD, NH 03055-4241

10925    THUNDER & LIGHTNING, 6761 HWY 144, OWENSBORO, KY 42303

10924    THUNDER BIRD MASONRY, 22028 NO. 19TH AVE, PHOENIX, AZ 85027

10924    THUNDER BIRD MASONRY, 22028 NORTH 19TH AVENUE, PHOENIX, AZ 85027

10925    THUNDER LIZARD PRODUCTIONS, 1619 EIGHTH AVE., NORTH, SEATTLE, WA 98109

10925    THUNDER PALLET INC., PO BOX 298, THERESA, WI 53091

10924    THUNDERBIRD BLDG MATLS, 2808 N. 27TH AVE, PHOENIX, AZ 85009

10924    THUNDERBIRD BUILDING MATERIAL DBA, CAMBRIDGE, MA 02140

10924    THUNDERBIRD BUILDING MATERIALS, 2744 W. VIRGINIA AVENUE, PHOENIX, AZ 85009

10925    THUNDERBIRDS, THE, 7226 N 16TH ST SUITE 100, PHOENIX, AZ 85020

10925    THURBER, JERRY W, 5700 OLD WASHINGTON RD, SYKESVILLE, MD 21784

10925    THURBER, JERRY, 5700 OLD WASHINGTON RD, SYKESVILLE, MD 21784

10925    THURBER, ROSE, 7 TOWANDA RD, TEWKSBURY, MA 01876

10925    THURGOOD MARSHALL SCHOOL OF LAW, 3100 CLEBURNE AVE, HOUSTON, TX 77004

10924    THURMAN BRIDGE & BLOCK CO, P O BOX 647, ENID, OK 73701

10924    THURMAN BUILDING MATERIALS, INC., 1411 W CHESTNUT, ENID, OK 73703

10924    THURMAN BUILDING MATLS, 1411 W.CHESTNUT, ENID, OK 73703

10925    THURMAN, BETTY, 3481 HICKORY VIEW DR, MARIETTA, GA 30064

10925    THURMAN, DARRON, 304 EAST BROWN, PARIS, AR 72855

10925    THURMAN, DEANNA, 2840 BROAD ST, AUSTELL, GA 30001

10925    THURMAN, DONALD, 110 E. CEDAR, MIDLAND, TX 79701

10925    THURMAN, FRANK, BRIAR OAKS, ODESSA, TX 79763

10925    THURMAN, JOHN, 2727 29TH ST NW, WASHINGTON, DC 20008-5503

10925    THURMAN, KERRY, 2011 SHOREWOOD LN., SUGAR LAND, TX 77479

10925    THURMAN, WALTER, 209 CIRCLE SLOPE DR, SIMPSONVILLE, SC 29681

10925    THURMAN-BRYANT ELECTRIC SUP.CO., PO BOX 11145, CHATTANOOGA, TN 37401

10925    THURMOND, PERRY, RT. 1, BOX 142-C, FRANKLINTON, LA 70438

10925    THURRELL, RICHARD J, 17 BEACH ST, MADISON, WI 53705-4405

10925    THURSBY, EDWARD, 1235 DAL MASO DR, DAYTONA BEACH, FL 32117-4111

10925    THURSBY, PAUL, 16 SWAIN ROAD, CHELMSFORD, MA 01863

10925    THURSBY, PAUL, 16 SWAIN ROAD, NO. CHELMSFORD, MA 01863-1213

10925    THURSTON MEADE, 206 FOXFORD DR, CARY, IL 60013

10925    THURSTON MFG CO, PO BOX 1365, PROVIDENCE, RI 02901-1365

10925    THUSS MEDICAL CENTER P.C., 813 A GREEN SPRINGS HWY, HOMEWOOD, AL 35209

10925    THYARKS, WILLIAM, PO BOX 232, LYONS, NY 14489

10925    THYRRING, NINA, 1300 HILLIKER PLACE, LIVERMORE, CA 94550

10925    THYSENS, BRIAN, 51770 WESTPORT COURT, GRANGER, IN 46530

10925    THYSSEN DOVER ELEVATOR, PO BOX 340049, BOSTON, MA 02241-0049

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 THYSSEN GENERAL ELEVATOR, PO BOX 1702, BALTIMORE, MD 21203

10925 THYSSEN GENERAL ELEVATOR, PO BOX 7247-7662, BALTIMORE, MD 21203

10924 THYSSEN HANIEL LOGISTICS, BLD 3B WEST, 145 HOOK CREEK BLVD, VALLEY STREAM, NY 11581

10925 THYSSEN PLASTICS, 1520 CHERRY ST, KNOXVILLE, TN 37917

10925 THYSSEN PLASTICS, PO BOX 27351, KNOXVILLE, TN 37927

10925 TIA INC, 3549 E 14TH ST SUITE C, BROWNSVILLE, TX 78521

10925 TIA THORNTON GARCIA, 515 E FOURTH ST, MONROE, MI 48161-2011

10925 TIAA BOCA PROPERTIES GRACE, 433 PLAZA REAL SUITE 335, BOCA RATON, FL 33432

10925 TIARCO CHEMICAL DIVISION, PO BOX 440030, NASHVILLE, TN 37244-0030

10925 TIBBETTS INDUSTRIES, COLCORD AVE, CAMDEN, ME 04843

10925 TIBBETTS, GARY, 14 PARK AVE, EATON, CO 80615

10925 TIBBETTS, SUE, 8653 GALANT FOX DR, INDIANAPOLIS, IN 46217

10925 TIBBS, MARGIE, 1555 RIDGEVIEW DRIVE, 57, RENO, NV 89509

10925 TIBERI, ALFRED, 95 CRANE ST, DEDHAM, MA 02026-3828

10925 TIBOLLA, FRANK, 16435 W DESERT STONE LN, SURPRISE, AZ 85374

10925 TIBS ELECTRICAL SERVICE CO., 178 LAREDO DRIVE, DECATUR, GA 30030

10925 TIBURTINO, EDITH, 24 GLOBE ST, FALL RIVER, MA 02724

10924 TIC #5960 / 5963, 1031 SEWELL CREEK RD., CEDARTOWN, GA 30125

10925 TIC GUMS INC, POBOX 369, BELCAMP, MD 21017-0369

10925 TIC THE INDUSTRIAL COMPANY, PO BOX 17544, DENVER, CO 80217-0544

10924 TIC-505-02-14B C/O ASARCO RAYMIN, HWY 177, 8 MILES OF KEARNY, SW, AZ 85235

10925 TICE, CHRISTOPHER, 6638 RYEGRASS, JACKSON, WY 83001

10925 TICE, LISA, 1906 W. TARRANT, GRAND PRAIRIE, TX 75050

10925 TICE, ROBERT, 4318 PEGGY WAY, BARTOW, FL 33830

10925 TICE, RONALD, ROUTE 3, BELOIT, KS 67420

10925 TICE, RONALD, RURAL ROUTE 1, BOX 77, KELLERTON, IA 50133

10925 TICE, WOODROW, 3020 KELLY CREEK RD, ODENVILLE, AL 35029

10924 TICH ENTERPRISES, 1430 2ND ST NORTH, WISCONSIN RAPIDS, WI 54494

10925 TICHANSKY, JOHN, 39 LOCKWOOD PLACE, CLIFTON, NJ 07012-1906

10925 TICHANUK, JEANNE, 231 A POWDERHOUSE BLVD, SOMMERVILLE, MA 02144

10925 TICHANUK, JEANNE, 231A POWDERHOUSE BLVD, SOMERVILLE, MA 02144

10925 TICHENOR, NANCY, 17 INTERSTATE ST, SUFFREN, NY 10901

10925 TICKNER, JUDITH, 2139 N.E. 3RD ST, OCALA, FL 34470

10924 TICONA POLYMERS, INC, HWY 77 SOUTH (IBU WAREHOUSE), BISHOP, TX 78343

10924 TICONA POLYMERS, INC., A BUSINESS UNIT OF CELANESE AGS, PO BOX 428, BISHOP, TX 78343

10925 TIDD, ANDREA, 509 QUAIL COURT, ROANOKE RAPIDS, NC 27870

10924 TIDEWATER BLOCK, 999 KENYON ROAD, SUFFOLK, VA 23434

10924 TIDEWATER BLOCK, LLC, PO BOX1546, SUFFOLK, VA 23439

10925 TIDEWATER DECK & FENCE, 1541 CEDAR RD, CHESAPEAKE, VA 23320

10924 TIDEWATER JAIL, CHESAPEAKE, VA 23320

10924 TIDEWATER MATERIALS CORP., 26505 SIMPSON ROAD, PETERSBURG, VA 23803

10924 TIDEWATER MATERIALS, 2100 DEEPWATER TERMINAL RD., RICHMOND, VA 23235

10924 TIDEWATER MATERIALS, INC., 4606 BAINBRIDGE BLVD, CHESAPEAKE, VA 23320

10924 TIDEWATER MATERIALS, POWER RD.(295 & CREIGHTON RD.), MECHANICSVILLE, VA 23111

10925 TIDEWATER PRIMARY CARE PHYSICIANS, PO BOX 7537, LANCASTER, PA 17604-7537

10925 TIDEWATER SCALE SALES & SVC,INC, PO BOX 9032, BALTIMORE, MD 21222-0732

10925 TIDLAND CORPORATION, PO BOX 84568, SEATTLE, WA 98124-5868

10925 TIDMARSH, GAIL, PO BOX 148, WOODRUFF, SC 29388

10925 TIDMARSH, GAIL, POBOX 148, WOODRUFF, SC 29388

10925 TIDMORE, DAVID, RT 2, BOX 29, MOUNDVILLE, AL 35474

10925 TIDMORE, JAMES, 3205 WRANGLER ROAD, PLANO, TX 75074

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TIDWELL, ANGELINA, 45 W. PHIL-ELLENA, PHILA, PA 19119

10925   TIDWELL, CHARLES, 2570 S DAYTON WAY, DENVER, CO 80231

10925   TIDWELL, CHARLES, 916 E. HWY 377, 310, GRANBURY, TX 76048

10925   TIDWELL, CYNTHIA, 17003 GRAMPIN DRIVE, HOUSTON, TX 77084

10925   TIDWELL, GINA, 125 WEST WATKINS, HARTFORD, IL 62048

10925   TIDWELL, J DOUGLAS, 65 CHICKASAW CIRCLE, SHARPSBURG, GA 30277

10925   TIE/COMMUNICATIONS INC. UTAH, PO BOX 92811, CHICAGO, IL 60675-2811

10925   TIECH WALLACE, FREDERICK C BIEHL III SORIANO HENK, 75 EISENHOWER PKWY, ROSELAND, NJ 07068-1693

10925   TIEDEMAN, CRAIG, 718 INDIANA COURT #1, EL SEGUNDO, CA 90245

10925   TIEDEMANN, JOAN, W199 S7500 LAKEVIEW DRIVE, MUSKEGO, WI 53150

10925   TIELMAN, TINA, 5101 ANCINETTA DR., SCHNECKSVILLE, PA 18078

10925   TIERNAN, LYNN, 6 CLOVERWOOD COURT, BALTIMORE, MD 21221

10925   TIERNEY SOUND & VIDEO LLC, 218 PLEASANT ST, READING, MA 01867

10925   TIERNEY, ANNE, 661 FALMOUTH RD. #T130, MASHPEE, MA 02649

10925   TIERNEY, GEORGE, 661 FALMOUTH RD T 130, MASHPEE, MA 02649

10925   TIERNEY, JOANNE, 42 ALLEN ST, ARLINGTON, MA 02174

10925   TIERNEY, JOHN E, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   TIERNEY, JOHN E, 9 GRASMERE LANE, NASHUA, NH 03063

10925   TIERNEY, JOHN J, 18 DAVIS LANE, READING, MA 01867

10925   TIERNEY, JOHN, 9 GRASMER LANE, NASHUA, NH 03063

10925   TIERNEY, TERRY, 1043 MAIN ST, WRIGHTOWN, WI 54180

10925   TIESZEN REX, CHRISTINA, 11109 HERMITAGE LANCE, FRISCO, TX 75035

10924   TIETEK, INC.  C/O ALLOY POLYMERS, 3310 DEEP WATER TERMINAL RD., RICHMOND, VA 23234

10924   TIETEK, INC. C/O ALLOY POLYMERS,INC, ATT: BRUCE BUSCAGLIA, RICHMOND, VA 23234

10924   TIETEK, INC., 14315 WEST HARDY ROAD, HOUSTON, TX 77060

10925   TIETEMA, JOHN, 325 N INGALLS, POWELL, WY 82435

10925   TIETZ, CHARLES, 8544 BILOXI, HOUSTON, TX 77017-2402

10925   TIF INSTRUMENTS INC, PO BOX 1067, CHARLOTTE, NC 28201-1067

10925   TIF INSTRUMENTS SALES INC, PO BOX 65604, CHARLOTTE, NC 28265

10925   TIFCO INC, EDWIN E ELLIOTT, HEIDTMAN STEL, 212 TOMS DRIVE, HENDERSONVILLE, NC 28739

10925   TIFFANY & CO, PO BOX 19299, NEWARK, NJ 07195-0299

10925   TIFFANY & CO, PO BOX 7247-8117, PHILADELPHIA, PA 19170-8117

10924   TIFFANY & CO., RIVERSIDE SQUARE MALL, HACKENSACK, NJ 07601

10925   TIFFANY, DANIEL, 812 MISSION ST. C/O THE ART STORE, SAN FRANCISCO, CA 94103

10925   TIFFANY, DOUGLAS, 4725 CYPRESS DRIVE, LAKE WALES, FL 33853

10925   TIFFIN, JOSEPH, 23449 SEAFARER WAY, MORENO VALLEY, CA 92557

10924   TIFT COUNTY HIGH SCHOOL, 429 NEW RIVER CHURCH RD., TIFTON, GA 31793

10924   TIFTON GENERAL HOSPITAL, C/O ALPHA INSULATION, TIFTON, GA 31793

10924   TIGER CONCRETE, 323 SO. CENTER STREET, ELMHURST, IL 60126

10924   TIGER CONCRETE, YD 29, ELK GROVE VILLAGE, IL 60007

10924   TIGER CONCRETE, YD 53, EAST DUNDEE, IL 60118

10924   TIGER CONCRETE, YD 9, CHICAGO, IL 60608

10925   TIGER SANITARY SUPPLY, 217 ALT COMM BLVD, ALTAMONTE SPRINGS, FL 32714

10925   TIGER SOFTWARE, 8700 W. FLAGER ST., 4TH FL, MIAMI, FL 33174

10925   TIGER, G, 423 MARTHA, GRAND PRAIRIE, TX 75050

10925   TIGERDIRECT INC, 9100 S DADELAND BLVD, MIAMI, FL 33156-7816

10925   TIGERDIRECT.COM, 7795 WEST FLAGGER ST, MIAMI, FL 33144

10925   TIGERMARK, 47 KEARNEY ROAD, NEEDHAM, MA 02194

10924   TIGG CORP., 2549 PANGBURN ROAD, HEBER SPRINGS, AR 72543

10924   TIGG CORP., PO BOX 11661, PITTSBURGH, PA 15228

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TIGGES, JACQUELINE, 9311 MACKEY, OVERLAND PARK, KS 66212

10925   TIGHE, KATHARINE, 1661 SOUTH GALENA ST, 511, DENVER, CO 80231

10925   TIGHE, LISA, 6084 SPRINGHOUSE ROAD, C24, BRIDGEVILLE, PA 15017

10925   TIGHE, NORA, 9000 SHORE ROAD APT EAST 14B, BROOKLYN, NY 11209-5445

10925   TII CONTROLS, 10151 YORK RD., #118, HUNT VALLEY, MD 21030

10925   TIJERINA, LISA, 1909 W. HERMOSA, SAN ANTONIO, TX 78201

10925   TIJERINA, LUIS, 402 E. CAFFERY, PHARR, TX 78577

10925   TIKKALA, DAVID HOLDEN, 9623 LINCOLN WOOD DR, BURKE, VA 22015

10924   TILCON ARTHUR WHITCOMB, INC., SWIFTWATER RD., WOODSVILLE, NH 03785

10925   TILCON CONNECTICUT INC, 909 FOXON RD, NORTH BRANFORD, CT 06471

10924   TILCON CONNECTICUT, INC., 100 SOUTH ROAD, PORTLAND, CT 06480

10924   TILCON CONNECTICUT, INC., 185 SOUTH STREET, GROTON, CT 06340

10924   TILCON CONNECTICUT, INC., 247 SHAKER RD., ENFIELD, CT 06082

10924   TILCON CONNECTICUT, INC., 710 NEW LONDON TPKE., NORWICH, CT 06360

10924   TILCON CONNECTICUT, INC., 909 FOXON ROAD, P. O. BOX 67, NORTH BRANFORD, CT 06471

10924   TILCON CONNECTICUT, INC., BLACK ROCK AVE, NEW BRITAIN, CT 06052

10924   TILCON CONNECTICUT, INC., BOSTON POST RD., OLD SAYBROOK, CT 06475

10924   TILCON CONNECTICUT, INC., MAYNARD ROAD, BROOKLYN, CT 06234

10924   TILCON CONNECTICUT, INC., SOUTH MAIN ST., EAST GRANBY, CT 06026

10924   TILCON CONNECTICUT, INC., WESTON STREET, HARTFORD, CT 06100

10924   TILCON-CAPALDI INC, 875 PHENIX AVE, CRANSTON, RI 02920

10924   TILCON-CAPALDI, INC., 875 PHENIX AVE., CRANSTON, RI 02920

10924   TILCON-CAPALDI, INC., 875 PHENIX AVEN., CRANSTON, RI 02920

10924   TILCON-RONCARI, INC., PO BOX 578, EAST GRANBY, CT 06026

10924   TILCON-RONCARI, P.O. BOX 578, EAST GRANBY, CT 06026

10924   TILCON-RYAN'S, DO NOT USE PLANT CLOSED, 34 BOZRAH STREET, BOZRAH, CT 06334

10925   TILDON, RICHARD, 1935 W. LAFAYETTE AVE, BALTIMORE, MD 21217

10924   TILE MART INC., 1020 S.E. 14 ST., HIALEAH, FL 33010

10924   TILE MART INCORPORATED, 1020 SE 14TH ST, HIALEAH, FL 33010

10924   TILE TECH LLC, 5371 WILSHIRE BLVD., LOS ANGELES, CA 90036

10924   TILE TECH, 5371 WILSHIRE BOULEVARD, LOS ANGELES, CA 90036

10924   TILE TECH/FONTANA, 10943 JASMINE STREET, FONTANA, CA 92334

10924   TILECO, INC, 91-209 HANUA ST, KAPOLEI, HI 96707

10924   TILECO, INC., 91-209 HANUA ST, KAPOLEI, HI 96707

10924   TILES INC, 235 E.PITTSBURGH AVE, MILWAUKEE, WI 53204

10924   TILES, INC., 235 E. PITTSBURGH AVE., MILWAUKEE, WI 53204

10925   TILGER, CONNIE, 914 BRADFIELD, DALLAS, TX 75217

10925   TILL, MICHAEL, 23 FROST ROAD, RAYVILLE, LA 71269

10925   TILLEMANS, TOBIAS, 2781 WYNFIELD, WEST FRIENDSHIP, MD 21784

10925   TILLER, LYNNE, 3801 N 7TH AVE, PHOENIX, AZ 85013

10925   TILLER, PAULA, PO BOX 191123, MOBILE, AL 36619

10925   TILLERY, JOANN, PO BOX 1334 PARK AVE, EXMORE, VA 23350

10925   TILLERY, SHELLEY, 414 CENTRAL, GEORGETOWN, TX 78626

10925   TILLETT, RICKY, 5 J COURT, HOUMA, LA 70364

10925   TILLEY CHEMICAL CO, INC, 501 CHESAPEAKE PARK PLAZA, BALTIMORE, MD 21220

10924   TILLEY CHEMICAL CO., INC., 501 CHESAPEAKE PARK PLAZA, MIDDLE RIVER, MD 21220

10925   TILLEY INTERESTS, 145 ALELE DR, BASTROP, TX 78602-5514

10925   TILLEY, A ROY, 126 N ENNIS ST, FUQUAY VARINA, NC 27526-2005

10925   TILLEY, A ROY, 126 NORTH ENNIS ST, FUQUAY-VARINA, NC 27526

10925   TILLEY, DONNIE, 120 SHANNON PARK, TAYLORSVILLE, NC 28681

10925   TILLEY, JAMES, 712 RAVENWOOD DR., GREENCASTLE, IN 46135-1157

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TILLEY, SCOTT, 4169 UIA MARINA, MARINA DEL RAY, CA 90292

10925   TILLIA, CHARLES, RD#4 BOX 390, NEW CASTLE, PA 16101

10925   TILLING, GEOFF, 19 TENNYSON ROAD, BERKSHIRE, THATCHAM, RG18 3FRUNITED KINGDOM    *VIA Deutsche Post*

10925   TILLINGHAST, STEPHEN, 358 BERDER CITY ROAD, GENEVA, NY 14456

10925   TILLIS, BERNICE, 45 SANDFORD PL, NEWARK, NJ 07106

10925   TILLIS, KELLY, 4595 VICTORIA RD, CROSS LANES, WV 25313

10925   TILLIS, REBECCA, 6012 HUNTINGTON, RICHMOND, VA 23237

10925   TILLISON, INEZ, 901 SOUTHWOOD, ANDERSON, SC 29624

10925   TILLMAN, ALFRED, 202 BROOKHAVEN, CINCINNATI, OH 45215

10925   TILLMAN, C, 815 DRAKE AVE, MIDDLESEX, NJ 08846

10925   TILLMAN, CARLA, 815 DRAKE AVE, MIDDLESEX, NJ 08846

10925   TILLMAN, JOHN, 10060 BRYANT ROAD, LITHIA, FL 33547-9704

10925   TILLMAN, MARK, 328 JIM DAWS RD, MONROE, GA 30655

10925   TILLMAN, OLLIE, 706 HAIRSTON CROSS T, STONE MTN., GA 30083

10925   TILLMAN, SUSAN, 5402 SW 190TH ST, ARCHER, FL 32618

10925   TILLMON, J, 4657 SE BINNICLE WAY, STUART, FL 34997

10925   TILLMON, MAYERE, 800 E. 5TH ST, IRVING, TX 75060

10925   TILLMON-REED, LINDA, 1714 ROSEWOOD DR., ABILENE, TX 79603

10925   TILLOTSON, ELISABETH, 30 INTERVALE ROAD, KENNEBUNK, ME 04043

10925   TILLOTSON, MARGARET, 112 LEACH ST, GREER, SC 29651-4132

10925   TILLOTSON-PEARSON INC, ROUTE 136 MARKET ST, WARREN, RI 02885

10925   TILQUE, DOUGLAS, 2181 WESTPOINT TERRACE, GREEN BAY, WI 54304

10925   TILSEN ROOFING, 1421 GILSON, MADISON, WI 53715

10925   TILSEN ROOFING, STROUD WILLINK & HOWARD LLC JAMES, 25 WEST MAIN ST, PO BOX 2236, MADISON, WI 53701-2236

10925   TILSON, SHARON, 208 GLAMORGAN, SENECA, SC 29678

10925   TILSON, SHON, 209 STACEY KELLEY DRIVE, SENECA, SC 29678

10925   TILTON, FREDERIC F, 22 WEST NINTH ST, CINCINNATI, OH 45202

10925   TILWICK, LEON, 15 PLEASANT HILL ROAD, OWINGS MILLS, MD 21117

10924   TIM BARRY/W.R GRACE, 3150 E. 47TH STREET, TUCSON, AZ 85713

10925   TIM BODE, 1300 S ELMHURST RD APT 104, MT PROSPECT, IL 60056-5234

10925   TIM BOLDRICK, PO BOX 1200, NICHOLASVILLE, KY 40340-1200

10925   TIM BURGESS, ., MD 21036

10925   TIM COOK, 9 TATE LANE, WINDHAM, ME 04062

10924   TIM CORLISS & SON, 16805 SUMNER-BUCKLEY HWY, SUMNER, WA 98390

10924   TIM CORLISS & SON, P.O. BOX 487, SUMNER, WA 98390

10924   TIM CORLISS & SON, PO BOX 487, SUMNER, WA 98390

10924   TIM JACQUES, C/O GALE FIREPROOFING, PALM BAY, FL 32907

10925   TIM L JACKSON, 5393 COPELAND RD, HEATH SPRING, SC 29058-8404

10925   TIM LEONARD, PO BOX 4303, SALEM, OR 97302-8303

10925   TIM MORTON & ASSOCIATES, INC, 730 E. KALISTE SALOOM ROAD, LAFAYETTE, LA 70508

10925   TIM O SHEA AS CUSTODIAN FOR, CASEY C OSHEA UNDER THE MERILAND, UNIFORM TRANSFERS TO MINORS ACT, 1313 SHERMAN AVE, MENLO PARK, CA 94025-6013

10925   TIM RAMIREZ, ASPHALT CONTRACTOR, POBOX 30409, HOUSTON, TX 77249

10925   TIM ROMANEK, 5114 SOUTH KEATING, CHICAGO, IL 60638

10925   TIMA, JANET, 37 WESTOVER CLUB DR, NORRISTOWN, PA 19403

10924   TIMBER LINE GAS LOG, 2211 E.ORANGEWOOD, ANAHEIM, CA 92806

10924   TIMBERLAKE CORP., TIMBERLAKE MANOR PARKWAY, CHESTERFIELD, MO 63017

10925   TIMBERLAKE, HAZEL, PITMAN MANOR 535 N OAK AVE, PITMAN, NJ 08071-1031

10924   TIMBERLAND LUMBER CO, 1101 GLENWOOD AVE NORTH, MINNEAPOLIS, MN 55405

10924   TIMBERLAND LUMBER CO., 1101 GLENWOOD AVE NORTH, MINNEAPOLIS, MN 55405

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   TIMBERLAND WAREHOUSE, C/O SOUTER AND SONS INC., SIOUX FALLS, SD 57105

10924   TIMBERLINE GAS LOGS, 2211 E. ORANGEWOOD AVE., ANAHEIM, CA 92806

10925   TIMBERLINE PLASTICS, 6255 DEXTER ST, COMMERCE CITY, CO 80022

10924   TIMBER-TEC UV, 2860 COUNTY ROAD #46, FLORISSANT, OR 80816

10925   TIMBER-TECH COMPANY, 1359 HOOKSETT ROAD, HOOKSETT, NH 03106

10925   TIMBRON INTERNATIONAL, PO BOX 4943, EUREKA, CA 95502-4943

10925   TIMBY DILLON, 330 S. STATE ST, PO BOX 99, NEWTOWN, PA 18940

10925   TIMBY HAFT KOPIL FANNING SACCO, THE BARCLAY BLDG, 330 SOUTH STATE ST, PO BOX 99, NEWTON, PA 18940

10925   TIME CLOCK SALES & SERVICE CO INC, 2950 AIRWAY AVE D-7, COSTA MESA, CA 92626

10925   TIME INC, 1271 AVE OF THE AMERICAS, NEW YORK, NY 10020-1393

10925   TIME INC., PO BOX 60001, TAMPA, FL 33660-0001

10924   TIME WARNER BUILDING, 1708 COLORADO, AUSTIN, TX 78701

10925   TIME WARNER CABLE OF NYC, POBOX 7659, PHILADELPHIA, PA 19101-7659

10924   TIME WARNER CABLE TV, 511 WEST 21ST STREET, NEW YORK, NY 10011

10925   TIME, PO BOX 61120, TAMPA, FL 33611-1120

10925   TIME, POBOX 60001, TAMPA, FL 38660-0001

10925   TIME, POBOX 60100, TAMPA, FL 33660-0100

10925   TIME, POBOX 60105, TAMPA, FL 33660-0105

10925   TIME/DESIGN, 265 MAIN ST., AGAWAM, MA 01001

10925   TIME/DESIGN, PO BOX 8017, SPRINGFIELD, MA 01102-8000

10925   TIMEBRIDGE TECHNOLOGIES, PO BOX 631713, BALTIMORE, MD 21263-1713

10924   TIMES BUILDING, 2650 WHITESTONE EXPRESSWAY, FLUSHING, NY 11357

10925   TIMES MIRROR, MARY THOMAS,

10925   TIMES MIRRORS MAGAZINES, 3300 WALNUT ST, BOULDER, CO 80323

10925   TIMES OF SOUTHWEST, 1202 COMMON ST, LAKE CHARLES, LA 70601

10924   TIMES PICAYUNE, C/O BROADMOOR, NEW ORLEANS, LA 70125

10925   TIMES, THE, PO BOX 970, TRENTON, NJ 08605

10924   TIMEWARNER CABLE CHNC, 316 E MOREHEAD ST, KINSTON, NC 28502

10925   TIMM, AMY, N96 W14204 KNOLLCREST, GERMANTOWN, WI 53022

10925   TIMM, SHAUN, 2712 EAST ALLERTON AVE, ST. FRANCIS, WI 53207

10925   TIMMENDEQUAS, LINDA, 240 SUNNYMEAD RD, S SOMERVILLE, NJ 08876

10925   TIMMER, RICHARD, 452 S ST BERNARD # 6, DEPERE, WI 54115

10925   TIMMINS JR, JESSE, 605 CARL AVE, GLEN BURNIE, MD 21060

10925   TIMMINS, BRIAN, 702 FALCONER ROAD, HARFORD, MD 21085

10925   TIMMINS, JAMES, 5922 SCHUMANN DRIVE, MADISON, WI 53711

10925   TIMMINS, JESSE, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925   TIMMONS II, JESSE R, 15 MILL CREEK ROAD, TRAVELERS REST, SC 29690

10925   TIMMONS, DAVID, 102 BATES ROAD, MARIETTA, SC 29661

10925   TIMMONS, DONALD, 121 BATES ROAD, MARIETTA, SC 29661

10925   TIMMONS, EDEN, 15 MILL CREEK ROAD, TRAVELERS REST, SC 29690

10925   TIMMONS, EDWARD, ROUTE 1 BOX 46, BOWLING GREEN, FL 33834-9709

10925   TIMMONS, EVA, 11 PHILLIPS AVE, GREENVILLE, SC 29609-9601

10925   TIMMONS, G. MADELINE, 101C RUTLEDGE AVE, CHARLESTON, SC 29401

10925   TIMMONS, JAMES, 15 MILL CREEK RD, TRAVELERS REST, SC 29690

10925   TIMMONS, JEANNETTE, 870 WESTFIELD ROW, ACWORTH, GA 30101

10925   TIMMONS, JESSE, 15 MILL CREEK ROAD, TRAVELERS RES, SC 29690

10925   TIMMONS, JOE, 11 PHILLIPS AVE, GREENVILLE, SC 29609-9802

10925   TIMMONS, JR, 2596 FRIENDSHIP CHURCH RD., GRAY COURT, SC 29645

10925   TIMMONS, KEVIN, 4710 BELLIARE BLVD, HOUSTON, TX 77401

10925   TIMMONS, LORI, 8727 POINT PARK, HOUSTON, TX 77095

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TIMMONS, SANDY, 15 MILL CREEK RD, TRAVELERS REST, SC 29690 | |
| 10925 | TIMMONS, SANDY, 15 MILL CREEK ROAD, TRAVELERS REST, SC 29690 | |
| 10925 | TIMMS, LISA, 4155 BALFOUR RD, DETROIT, MI 48224 | |
| 10925 | TIMMS, MARY, 2001 ELM PARK LANE, SNELLVILLE, GA 30278 | |
| 10925 | TIMMS, VICTORIA, 122 WOOD ST, COMMERCE, GA 30529 | |
| 10925 | TIMO GRUNEWALDER, SERRANO 93 9, MADRID, 28006SPAIN | *VIA Deutsche Post* |
| 10925 | TIMONEY, JOHN, 117 LEABROOK LANE, PRINCETON, NJ 08540-3621 | |
| 10925 | TIMOTHY A DURNING, 42 STANDISH ROAD, ARLINGTON, MA 02476-7069 | |
| 10925 | TIMOTHY A MATLOCK, 2035 TIMBER CR CT, JACKSONVILLE, FL 32221 | |
| 10925 | TIMOTHY BOONE, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | TIMOTHY C ENGLISH &, THERESA H ENGLISH JT TEN, 84 COLGATE AVE, YONKERS, NY 10703-1809 | |
| 10925 | TIMOTHY C RYAN, 701 PINE, CALUMET, MI 49913-1437 | |
| 10925 | TIMOTHY DELBRUGGE, 3975 WHISPERING MEADOW DR., RANDALLSTOWN, MD 21133 | |
| 10925 | TIMOTHY F ALLEN II & JOAN Z ALLEN, TR UA AUG 02 94, THE TIMOTHY F ALLEN II REVOCABLE, TRUST, 2 MAVIS LN, GREENWICH, CT 06830-3034 | |
| 10925 | TIMOTHY FRANCIS MAGUIGAN, 4361 SW TERWILLIGER BLVD, PORTLAND, OR 97201-2874 | |
| 10925 | TIMOTHY GRAY CAUDLE, 403 ROCKLAND DR, SIMPSONVILLE, SC 29681-4457 | |
| 10925 | TIMOTHY H KUIST, 20 RIVER ST, BYFIELD, MA 01922-1204 | |
| 10925 | TIMOTHY J BURNS, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | TIMOTHY J DIFFLEY, 1045 FAIRVIEW PL, HILLSIDE, NJ 07205-2751 | |
| 10925 | TIMOTHY J HIGGINS, 1852 CLYDESDALE DR, CARSON CITY, NV 89703-2356 | |
| 10925 | TIMOTHY J MANN, 10119 SEA SPRAY PL, TAMPA, FL 33624-5086 | |
| 10925 | TIMOTHY J MCKEOWN, 4411 UNDERWOOD ST, UNIVERSITY PARK, MD 20782 | |
| 10925 | TIMOTHY J PETERS &, ROSEANN ORTIZ-PETERS JT TEN, 820 EAST VINE ST, STOWE, PA 19464-6229 | |
| 10925 | TIMOTHY JAMES OWENS, 3579 BROOKFIELD DR, COLUMBUS, NE 68601-8173 | |
| 10925 | TIMOTHY K GRACE, 2711 PACIFIC AVE, SAN FRANCISCO, CA 94115-1129 | |
| 10925 | TIMOTHY KASPER, 12502 SUFFIELD DR, PALOS PARK, IL 60464-2577 | |
| 10925 | TIMOTHY LANGLOTZ, 17235 LOCUST AVE, TINLEY PARK, IL 60477 | |
| 10925 | TIMOTHY M CREMIN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | TIMOTHY M LANGLOTZ, 17235 LOCUST AVE, TINLEY PARK, IL 60477-6156 | |
| 10925 | TIMOTHY M PELBRUGGE, 3975 WHISPERING MEADOW DR, RANDALLSTOWN, MD 21133-4342 | |
| 10925 | TIMOTHY M SMITH, 289 W BENNETT ST, SALINE, MI 48176-1155 | |
| 10925 | TIMOTHY MCMAHON & CO. WORLDWIDE, 14 BIRCHWOOD DR., MERRIMACK, NH 03054 | |
| 10925 | TIMOTHY MCMAHON & COMPANY WORLDWIDE, 14 BIRCHWOOD DRIVE, MERRIMACK, NH 03054 | |
| 10925 | TIMOTHY MCMAHON, 14 BIRCHWOOD DR, MERRIMACK, NH 03054 | |
| 10925 | TIMOTHY N NELSON TR UA, DEC 28 93, THE NELSON FAMILY TRUST, 12327 E SIOUX CIR, SPOKANE, WA 99206-9360 | |
| 10925 | TIMOTHY P BOISVERT, 5690 PACIFIC BLVD APT 1313, BOCA RATON, FL 33433 | |
| 10925 | TIMOTHY P BURNS, 815 SUPERIOR AVE E STE 800, CLEVELAND, OH 44114-2702 | |
| 10925 | TIMOTHY P NEATON SUCC TR UW, JEANIE H FENKELL DECD, 9146 MIDDLEBELT RD, LIVONIA, MI 48150-4035 | |
| 10925 | TIMOTHY R FALLON &, BETSY S FALLON JT TEN, 3 MAPLEWOOD POINT, ITHACA, NY 14850-9504 | |
| 10925 | TIMOTHY R MALONEY, AMBLER FARM RD, BEDFORD VILLAGE, NY 10506 | |
| 10925 | TIMOTHY S KNIGHT, 40-5 PROSPECT ST, METUCHEN, NJ 08840-2251 | |
| 10925 | TIMOTHY T. OBERLE, PO BOX 464, DUNCAN, SC 29334 | |
| 10925 | TIMOTHY TALTY &, ROSALIE TALTY JT TEN, 53 CAMBRIDGE AVE, GARDEN CITY, NY 11530-5124 | |
| 10925 | TIMOTHY V GLEASON, 4B SECOND ST, INMAN, SC 29349-1725 | |
| 10925 | TIMOTHY W BEERS, 18 OLD PEAK ROAD, HILLSBOROUGH, CT 06000 | |
| 10925 | TIMOTHY, BRAD, 288 TOMAHAWK, EVANSTON, WY 82930 | |
| 10925 | TIMOTHY, SCOTT, 100 SUNSET DRIVE #11, EVANSTON, WY 82930 | |
| 10925 | TIMPANI, 9230 DEERING AVE, CHATSWORTH, CA 91311 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | TIMPSTONE LLC, 10412 NORTH OAK CIRCLE, HIGHLAND, UT 84003 | |
| 10924 | TIMPSTONE LLC, 655 WEST 220 SOUTH UNIT# 21, PLEASANT GROVE, UT 84062 | |
| 10925 | TIMS OIL RECOVERY, ARTHUR T HAGEN, 3701 CENTRAL AVE, ST PETERSBURG, FL 33713-8338 | |
| 10925 | TIMS, CYNTHIA, 926 LOCUST ST, BROWNSVILLE, TN 38012 | |
| 10925 | TIMS, MELODY, 926 LOCUST DR, BROWNSVILLE, TN 38012 | |
| 10925 | TIMS, ROGER, 2467 ROUTE 10 EAST, MORRIS PLAINS, NJ 07950 | |
| 10925 | TIMSON, JOHN, 14 CASTLEBRIDGE COURT, HILTON HEAD, SC 29928 | |
| 10924 | TIMY BARANOFF ELEMENTARY, GATLING GUN RD., BUCKINGHAM GATE, AUSTIN, TX 78703 | |
| 10925 | TINA TRAVEL AND AGENCIES SDN.BHD., PO BOX 6021 PADU,, KUALA LUMPUR, 55700MALAYSIA | *VIA Deutsche Post* |
| 10925 | TINAHUI, MARIA, 1700 JACKSON KELLER, SAN ANTONIO, TX 78213 | |
| 10925 | TINAJERO, ALMA, 2199 HILLCREST, EAGLE PASS, TX 78852 | |
| 10925 | TINCHA, JAMES, 123 EASY ST, RENFREW, PA 16053 | |
| 10925 | TINDALE, CINDY, 5911 SE 29TH CT., OCALA, FL 34480 | |
| 10925 | TINDALL CONCRETE, #1 E BATTLECREEK, JONESBORO, GA 30236 | |
| 10925 | TINDALL CONCRETE, 3361 GRANT ROAD, CONLEY, GA 30027 | |
| 10925 | TINDALL CONCRETE, PO BOX 5784, SPARTANBURG, SC 29304 | |
| 10924 | TINDALL CORP., VIRGINIA DIVISION, 5400 OLGERS ROAD, PETERSBURG, VA 23803 | |
| 10924 | TINDALL CORP., VIRGINIA DIVISION, ATTN:  ACCOUNTS PAYABLE, SPARTANBURG, SC 29304 | |
| 10924 | TINDALL CORP., VIRGINIA DIVISION, ATTN: ACCOUNTS PAYABLE, SPARTANBURG, SC 29304 | |
| 10924 | TINDALL CORP.-S. CAROLINA DIVISION, ATTN: ACCOUNTS PAYABLE, SPARTANBURG, SC 29304 | |
| 10924 | TINDALL CORPORATION, 3076 NORTH BLACKSTOCK ROAD, FAIRFOREST, SC 29336 | |
| 10924 | TINDALL CORPORATION, 3361 GRANT ROAD, CONLEY, GA 30027 | |
| 10924 | TINDALL CORPORATION, 7370 OTIS CAMP ROAD, MORROW, GA 30260 | |
| 10924 | TINDALL CORPORATION, ATTN: ACCOUNTS PAYABLE, SPARTANBURG, SC 29304 | |
| 10924 | TINDALL CORPORATION-VIRGINIA DIV., ATTN: ACCOUNTS PAYABLE, SPARTANBURG, SC 29304 | |
| 10925 | TINDALL, BARBARA, 4606 CHATSWORTH WAY, ELLICOTT CITY, MD 20143 | |
| 10925 | TINDALL, THOMAS, 11239 G PEAR TREE WAY, COLUMBIA, MD 21044 | |
| 10925 | TINDEL, REMUS, RURAL ROUTE 1 BOX 328, YALE, OK 74085-9801 | |
| 10925 | TINDLE, JAMES, RR 2A, AFTON, IA 50830-9802 | |
| 10925 | TINDOL, TONY, 3067 WEST 19TH ST., JAX, FL 32254 | |
| 10925 | TINER COMMERCE VENTURES #9306, 9850 CHARTWELL DR., DALLAS, TX 75243 | |
| 10924 | TINER COMMERCE VENTURES, INC., 9850 SHILLMAN DRIVE, SUITE 314, DALLAS, TX 75243-8034 | |
| 10925 | TING, LI, 2433 LAKESIDE DRIVE, SEABROOK, TX 77586 | |
| 10925 | TINGLE, CARL, ROUTE 1 BOX 145, ENOREE, SC 29360 | |
| 10925 | TINGLEY, KEITH, 50 CONANT ST, DANVERS, MA 01923 | |
| 10925 | TINGLEY, LONNIE, 104 MT PLEASANT ST, LOWELL, MA 01850 | |
| 10924 | TINGSTOL, 1600 BUSSE HIGHWAY, ELK GROVE, IL 60007 | |
| 10925 | TINGUEE, ANDERSON, 5702 PURPLE SAGE, HOUSTON, TX 77049 | |
| 10925 | TINIUS OLSEN TESTING MACHINE CO, I, PO BOX 7780-1204, PHILADELPHIA, PA 19182 | |
| 10925 | TINIUS OLSEN TESTING MACHINE CO, PO BOX 7780-1204, PHILADELPHIA, PA 19182 | |
| 10924 | TINKER AFB, 7401 SECOND ST., TINKER AIR FORCE BASE, OK 73145 | |
| 10925 | TINKER MACHINING CO., 781 ELKRIDGE LANDING ROAD, LINTHICUM, MD 21090 | |
| 10925 | TINKER, JEFFREY, 248 BOGUE RD, WEARE, NH 03281 | |
| 10925 | TINLEY PARK BOBCATS, PO BOX 488, TINLEY PARK, IL 60477 | |
| 10925 | TINNELL, ROBERT, PO BOX 542, MC HENRY, MD 21541-0542 | |
| 10925 | TINNER, TERRI, 1400 LONGFELLOW ST NW #1, WASHINGTON, DC 20011 | |
| 10925 | TINNES, TERRY, BOX 14, RAY, ND 58849 | |
| 10925 | TINNEY, CLARENCE, 422D GOOSEBERRY RD., WAKEFIELD, RI 02879 | |
| 10925 | TINO FRIALS CONSULTANT SERVICE, 2135 SPRINGLAKE DR, MARTINEZ, CA 94553 | |
| 10925 | TINOCO, LAURA, 803 W. 146TH ST, GARDENIA, CA 90247 | |
| 10925 | TINOCO, LAURA, 803 W. 146TH ST., GARDENIA, CA 90247 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   TINSELTOWN CINEMA, 220 BLANCHARD, WEST MONROE, LA 71291

10924   TINSELTOWN CINEMA'S, 220 BLANCHARD, WEST MONROE, LA 71291

10924   TINSELTOWN, 2200 E. KATELLA, ANAHEIM, CA 92805

10925   TINSLEY, ANGELA, 504 BUCKINGHAM, RICHARDSON, TX 75081

10925   TINSLEY, CATHERINE, 6009 HILLSIDE LANE, GARLAND, TX 75043

10925   TINSLEY, CHARLES, 292 MONMOUTH ST SW, CEDAR RAPIDS, IA 52404

10925   TINSLEY, DORIS, PO BOX 1273, FOUNTAIN INN, SC 29644

10925   TINSLEY, JOSEPHINE, 604 NORTH MAIN ST, FOUNTAIN INN, SC 29644

10925   TINSLEY, SCOTT, 127 WILLOW BEND, 2A, OWINGS MILLS, MD 21117

10925   TINSLEY, WILLIAM, 115 KAVANAUGH ST, TRENTON, MO 64683-2444

10925   TINT KING INC, 505 MIDDLESEX TURNPIKE UNIT 22, BILLERICA, MA 01821

10925   TINTI, PAULINE, PO BOX 444, WEEDSPORT, NY 13166-0444

10925   TINUS, MARGARET, 736 SOUTH 31 ST, MILWAUKEE, WI 53215

10924   TIOGA COATINGS, 208 QUAKER ROAD, ROCKFORD, IL 61104-7088

10924   TIOGA READY MIX COMPANY, P.O. BOX 25, TIOGA, ND 58852

10925   TIOJANCO, DANILO, 4612 NORWALK ST, UNION CITY, CA 94587

10925   TIONA TRUCK LINE, INC, PO BOX 90, BUTLER, MO 64730

10925   TIONA TRUCK LINE, PO BOX 412913, KANSAS CITY, MO 64141

10925   TIONG, CHEW KIAN, BLK 834 06-870, SIMS AVE, 01440

10925   TIP TOP ROOFERS INC., 2345 ADAMS DRIVE, ATLANTA, GA 30318

10924   TIP TOP ROOFERS, 2345 ADAMS DRIVE N.W., ATLANTA, GA 30318

10924   TIP TOP ROOFING, 2345 ADAMS DR NW, ATLANTA, GA 30318

10925   TIP TOP TOPPERS INC., 1220 SW 12TH AVE, POMPANO BEACH, FL 33069

10925   TIP, 4411 CARROLL SOUTHERN RD., CARROLL, OH 43112

10925   TIP, 75 REMITTANCE DR SUITE 1333, CHICAGO, IL 60675-1333

10925   TIP, PO BOX 9708, MACON, GA 31297-9708

10925   TIPKER, MAUREEN, 104 PARKRIDGE LANE, CORAOPOLIS, PA 15108

10925   TIPLADY, RICHARD, 50 PARK ST, 1, DANVERS, MA 01923

10924   TIPPECANOE VALLEY MIDDLE SCHOOL, CIRCLE B, MENTONE, IN 46539

10925   TIPPER TIE INC, BOBBY R BALKCUM CORP DIR, PO BOX 866, APEX, NC 27502-0866

10925   TIPPER TIE, PO BOX 890047, CHARLOTTE, NC 28289-0047

10925   TIPPETT, ROGER, 1010 GLAVIN COURT #8, PALATINE, IL 60074

10925   TIPPETT, THERESA, 1134 RED OAK DR., FAYETTEVILLE, NC 28306

10924   TIPTON READY MIX, DIV OF FISHER CONCRETE CO, TIPTON, MO 65081

10924   TIPTON READY MIX, P O BOX 158, TIPTON, MO 65081

10924   TIPTON READY MIX, PO BOX158, TIPTON, MO 65081

10925   TIPTON, BILLY, RT. #2 BOX 45LT, HOPE, AR 71801

10925   TIPTON, BONNIE, 1775 BETTS LANE, BOSQUE FARMS, NM 87068

10925   TIPTON, DOROTHY, 2706 ROGER ST, ODESSA, TX 79762

10925   TIPTON, GERALD, 1002 E. GUADALUPE ST., VICTORIA, TX 77901

10925   TIPTON, JR, WAYNE, 700 ISAAC SHELBY DRIVE, OWENSBORO, KY 42303-0625

10925   TIPTON, PATTY, 4447 MONUMENT RD, CASPER, WY 82604-9263

10925   TIPTON, PENNY, 444 S WELLS, SHREVE, OH 44676

10925   TIPTON, RAYMOND, 1403 N. BRYAN, LAMESA, TX 79331

10925   TIPTON, RICHARD, 444 S WELLS ST, SHREVE, OH 44676

10925   TIPTON, THOMAS, 1608 W. 3RD ST, OWENSBORO, KY 42301

10925   TIRADO, ESTEBAN, 124 CONSTITUTION AVE, READING, PA 19606

10925   TIRADO, FELIX, 75 S TERRACE PLACE, VALLEY STREAM, NY 11580

10925   TIRADO, JESUS, GRANADILLA 2P30 LOMAS VERDES, BAYAMON, PR 00956

10925   TIRADO, NAOMI, CARR 459 KM 12.9, ISABELA, PR 00662

10925   TIRE CENTERS INC, 4421 GARDNER AVE, KANSAS CITY, MO 64120

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TIRE CENTERS INC, 511 WASHINGTON ST RTE 20, AUBURN, MA 01501-0291

10925   TIRE CENTERS, INC, 16301 VAN DAM RD., SOUTH HOLLAND, IL 60473

10925   TIRE DISTRIBUTION SYSTEMS, PO BOX 281991, ATLANTA, GA 30384-1991

10925   TIRE SUPPLY COMPANY, 1601 OAK ST, KANSAS CITY, MO 64108

10925   TIRES INTERNATIONAL CORP, PO BOX 4096, HOUSTON, TX 77210-4096

10925   TIRES WEST INC - PICO RIVERA, 9234 E SLAUSON AVE, PICO RIVERA, CA 90660

10925   TIROL, BENJAMIN, 955 S. COLUMBUS ST, ARLINGTON, VA 22204

10925   TIRONE, I, 2458 LEIGHTON ST, FORT LEE, NJ 07024-3929

10925   TIRRELL, CLIFFORD, 2 MAC DOUGALL COURT, SO. WEYMOUTH, MA 02190

10925   TIRRES, MARTIN, 9615 SIMS, EL PASO, TX 79925

10925   TISBI, SILVANCE, 8321 LAPRADA, DALLAS, TX 75228

10925   TISCHER & CO INC, PO BOX 9020524 OLD SAN JUAN STATIO, SAN JUAN, PR 00902-0524

10925   TISCHER & CO, INC, PO BOX 9020524, SAN JUAN, PR 00902-0524

10925   TISCHER, LESLIE, 5171 US HWY 2 SOUTH, LIBBY, MT 59923

10925   TISCHINA, WILLIAM, 3054 ROE ST, HOUSTON, TX 77087

10925   TISCHLER, CHAD, HCR 2 BOX 8302, SANDIA, TX 78383

10925   TISCHLER, DAVID, 6433 DONACHIE RD, BALTIMORE, MD 21239

10925   TISCHLER, DOUGLAS, 21 GLENBROOK ROAD, MONSEY, NY 10952

10925   TISCHLER, JEFFREY, 21 GLENBROOK RD, WESLEY HILLS, NY 10952

10925   TISCHLER/KOCUREK, 107 S MAYS ST, ROUND ROCK, TX 78664

10925   TISCHLER/KOCUREK, 107 SOUTH MAYS, ROUND ROCK, TX 78664

10925   TISDALE, CRYSTAL, 304 ARIEL CT, FOUNTAIN INN, SC 29644

10925   TISDALE, G, 3718 W COLDSPRING LANE, BALTIMORE, MD 21215

10925   TISDALE, ISIAH, 606 WATSON, MIDLAND, TX 79701

10925   TISDALE, JANET, 126 NORTHBROOK ST, BOLLING SPRINGS, SC 29316

10925   TISDALE, ROBERT, 420 CROSBY CIRCLE, GREENVILLE, SC 29611

10925   TISEI, VIRGINIA, 48 CHURCH ST., W ROXBURY, MA 02132

10924   TISEO PAVING COMPANY INC, PO BOX 270040 #339, DALLAS, TX 75227

10924   TISEO PAVING COMPANY, BOWEN ROAD, ARLINGTON, TX 76010

10924   TISEO PAVING COMPANY, HWY 121 & COIT RD., FRISCO, TX 75034

10924   TISEO PAVING COMPANY, LUNA ROAD, CARROLLTON, TX 75006

10924   TISEO PAVING COMPANY, P.O. BOX 270040 #339, DALLAS, TX 75227

10924   TISEO PAVING, INDUSTRIAL, TERRELL, TX 75160

10925   TISH, AUDIE, PO BOX 415, SHREVE, OH 44676

10924   TISHMAN SPEYER PROPERTIES, 150 N. MICHIGAN AVE., CHICAGO, IL 06061

10924   TISHOMINGO HEALTH SERVICES, C/O IUKA HOSPITAL PROJECT, IUKA, MS 38852

10924   TISHOMINGO HEALTH SERVICES, CAMBRIDGE, MA 99999

10924   TISHOMINGO HEALTH SERVICES, INC., C/O IUKA HOSPITAL PROJECT, IUKA, MS 38852

10924   TISHOMINGO HEALTH SERVICES, INC., C/O IUKA HOSPITAL/F.L. CRANE & SON, IUKA, MS 38852

10924   TISON & HALL CONCRETE PRODS, 201 N COMMERCIAL ST, HARRISBURG, IL 62946

10924   TISON & HALL CONCRETE, 201 N COMMERCIAL ST, HARRISBURG, IL 62946

10925   TISSEN, MARION, 17 VALLEY VIEW AVE, MILFORD, NJ 08848-1105

10925   TISTHAMMER, ANN, 1223 W. MANOR ST, CHANDLER, AZ 85224

10924   TITAN CHEMCIAL, 6710 CADILLAC, HOUSTON, TX 77021

10924   TITAN COATING, INC., 2025 EXCHANGE PLACE, BESSEMER, AL 35023

10924   TITAN CONTRACTING & LEASING CO INC, PO BOX 1905, 2205 RAGU DRIVE, OWENSBORO, KY 42302-1905

10924   TITAN MECH. C/O CEDAR MTN. COMM, JOHN H STEWART DR, NEWINGTON, CT 06131

10924   TITAN MECHANICAL CONTRACTORS, 150 BATSON DR, MANCHESTER, CT 06040

10925   TITANIUM INDUSTRIES INC, PO BOX 98054, CHICAGO, IL 60693

10925   TITANIUM INDUSTRIES, INC, 9855-1 MINING DR., JACKSONVILLE, FL 32257

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TITO CASTRO READY MIX, BOX 587, PONCE, PR 731PUERTO RICO | *VIA Deutsche Post* |
| 10925 | TITTLE, JOIE, 755 HWY 15 # 21, WEST MONROE, LA 71291 | |
| 10924 | TITUS COUNTY MEMORIAL HOSPITAL, 2001 N. JEFFERSON AVE., MOUNT PLEASANT, TX 75455 | |
| 10925 | TITUS ESQ, VICTOR, 2021 EAST 20TH ST, FARMINGTON, NM 87401 | |
| 10925 | TITUS, DONALD, 5 LILLIAN ROAD, CANTON, MA 02021 | |
| 10925 | TITUS, IOLA, 914 S SCENIC HWY, LAKE WALES, FL 33853-4826 | |
| 10925 | TITUS, J S, 5 KNOLL DR, YARDLEY, PA 19067 | |
| 10925 | TITUS, JAMES, 5 KNOLL DRIVE, YARDLEY, PA 19067-2811 | |
| 10925 | TITUS, MARY, 5 LILLIAN ROAD, CANTON, MA 02021 | |
| 10925 | TITUS, WILLIAM, 914 SOUTH SCENIC HWY, LAKE WALES, FL 33853 | |
| 10924 | TITUSVILLE HOSPITAL, 406 WEST OAK STREET, TITUSVILLE, PA 16354 | |
| 10925 | TITZER, PAMELA, 9603 EAST SHORE DR, OAK LAWN, IL 60453 | |
| 10925 | TIVET, DONALD, BOX 213 PELLEGRIN ST, CHAUVIN, LA 70344 | |
| 10925 | TJA SOLUTIONS, 27 FORGE PKWY, FRANKLIN, MA 02038 | |
| 10925 | TJUGUM, DENNIS, 300 TRAIL SIDE DRIVE, DEFOREST, WI 53532 | |
| 10924 | TJX COMPANIES, 770 COCHITUATE, FRAMINGHAM, MA 01702 | |
| 10925 | TJX OPERATING COMPANIES, INC, THE, 770 COCHITUATE RD., PO BOX 9123, FRAMINGHAM, MA 01701 | |
| 10924 | TJX OPERATING COMPANIES, INC., 770 COCHITUATE ROAD, FRAMINGHAM, MA 01701 | |
| 10925 | TK TRANSPORT SERVICES, INC, 1819 E. PACIFIC COAST HWY., WILMINGTON, CA 90744 | |
| 10925 | TLAPA, FRANK, 14425 S KOLMAR AVE, MIDLOTHIAN, IL 60445 | |
| 10925 | TLAPA, FRANK, 14425 S KOLMAR, MIDLOTHIAN, IL 60445 | |
| 10925 | TLAPA, WILLIAM, 3229 S SPRINGFIELD, CHICAGO, IL 60623 | |
| 10924 | TLC ENTERPRISES, PO BOX1825, BRANDON, MS 39043-1825 | |
| 10925 | TLD DE PUERTO RICO INC, PO BOX 71314, SAN JUAN, PR 00936-8414 | |
| 10925 | TLD DE PUERTO RICO, PO BOX 71314, SAN JUAN, PR 00936-8414 | |
| 10924 | TLH ABATE/UNIV OF WASHINGTON HOSP, C/O T.L.H. ABATEMENT, SEATTLE, WA 98101 | |
| 10924 | TLH ABATEMENT INC., 9221 ROSSEVELT WAY, SEATTLE, WA 98115 | |
| 10924 | TLH ABATEMENT, 9221 ROOSEVELT WY. N.E., SEATTLE, WA 98115 | |
| 10924 | TLH ABATEMENT, INC., 9221 ROOSEVELT WAY N.E., SEATTLE, WA 98115 | |
| 10925 | TLI INCORPORATED, PO BOX 790044 DEPT 430, SAINT LOUIS, MO 63179-0044 | |
| 10925 | TLI SYSTEMS INC, 4340 EAST WEST HWY, BETHESDA, MD 20814 | |
| 10925 | TLOGIC, INC, 1922 GREEN SPRING DRIVE, TIMONIUM, MD 21093 | |
| 10925 | TLSMITH CONSULTING INC, 16681 BOSWELL ROAD, ROCKTON, IL 61072 | |
| 10925 | TM ENGINEERING LTD, 8560 BAXTER PLACE, BURNABY, BC V5A 4T2CANADA | *VIA Deutsche Post* |
| 10924 | T-M VACUUM PRODUCTS INC, 630 SOUTH WARRINGTON AV, CINNAMINSON, NJ 08077 | |
| 10925 | T-M VIDEO PROGRAMS INC, 3314 BAILEY WATERS ROAD, DAWSONVILLE, GA 30534 | |
| 10925 | T-MACK & ASSOCIATES INC, 6246 S. CONGRESS AVE., LANTANA, FL 33462 | |
| 10925 | TMB ASSOC, INC, 6407 SPERRYVILLE PIKE, BOSTON, VA 22713 | |
| 10925 | TMB ASSOCIATES, INC, 6407 SPERRYVILLE PIKE, BOSTON, VA 22713 | |
| 10924 | TMC HOSPITAL, COX PLASTERING, TUCSON, AZ 85713 | |
| 10925 | TMC TEXAS MASONRY COUNCIL, 314 HIGHLAND MALL BLVD SUITE 510, AUSTIN, TX 78752 | |
| 10924 | TMG ITERNATIONAL, 3700 WEST LAKE HAMILTON DRIVE, WINTER HAVEN, FL 33881 | |
| 10924 | TMI COATINGS - FOAM ENTERPRISES, C/O GENERAL MILLS INC., CEDAR RAPIDS, IA 52406 | |
| 10925 | TMI TESTING MACHINES, 2910 EXPRESSWAY DR SOUTH, ISLANDIA, NY 11722 | |
| 10924 | TMR EXPLORATION, PO BOX 5625, BOSSIER CITY, LA 71171 | |
| 10925 | TMS TRUCK MASTERS INC, PO BOX 6704, GREENVILLE, SC 29606 | |
| 10925 | TMS, 2377 CRENSHAW BLVD, #300, TORRANCE, CA 90501-3325 | |
| 10925 | TMX PHILIPPINES INC, EPZ MACTAN, ATTN: MR CRISPIN P MARABULAS, LAPU-LAPU CITY CEBU, 0PHILIPPINES | *VIA Deutsche Post* |
| 10925 | TN AMERICAN WATER CO, PO BOX 11661, CHARLESTON, WV 25339 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    TN COMM ON CONT LEGAL ED, 511 UNION ST STE 1430, NASHVILLE, TN 37219

10925    TN DEPT OF ENV AND CONSERVATION, MILTON H HAMILTON JR COMMISSIONER, 401 CHURCH ST, 21ST FL, NASHVILLE, TN 37243-0435

10925    TN DEPT OF ENVIR & CONSERVATION, DIVISION OF SUPERFUND, 362 CARRIAGE HOUSE DR, JACKSON, TN 38305

10925    TN DEPT OF ENVIR & CONSERVATION, DIVISION OF SUPERFUND, 401 CHURCH ST, NASHVILLE, TN 37243

10925    TN DEPT OF HEALTH & ENVIRONMENT, 401 CHURCH ST, 3RD FL L & C ANNEX, NASHVILLE, TN 37243

10925    TN DEPT OF LABOR & WORKFORCE DEVELO, ANDREW JOHNSON TOWERS, 710 JAMES ROBERTSON PKWY., 3RD FLOO, NASHVILLE, TN 37243-0663

10925    TN DEPT OF LABOR&WORK FORCE DEV., 710 JAMES ROBERTSON PKWY, 3RD FL., NASHVILLE, TN 37243-0663

10925    TN DEPT. OF LABOR - TOSHA, 710 JAMES ROBERTSON PKWY., 3RD FL., NASHVILLE, TN 37243-0659

10925    TN INDUSTRIES INCORPORATED, CORPORATION TRUST CENTRE, 1209 ORANGE ST., WILMINGTON, DE 19801

10925    TN JAYCEE FOUNDATION, INC, 651 E. FOURTH ST., CHATTANOOGA, TN 37403

10925    TN SAFETY & HEALTH COUNCIL, INC, 1001 MARKET ST., CHATTANOOGA, TN 37402

10925    TN SAFETY & HEALTH COUNCIL, INC, 6720 HERITAGE BUSINESS COURT, CHATTANOOGA, TN 37421

10925    TN TECHNOLOGIES INC, POBOX DEPTCH 10588, PALATINE, IL 60055-0588

10925    TN TECHNOLOGIES, 2555 NO I H 35, ROUND ROCK, TX 78664

10925    TN TECHNOLOGIES, INC, PO BOX 800, ROUND ROCK, TX 78680-0800

10925    TN TECHNOLOGIES, PO BOX 800, ROUND ROCK, TX 78680

10925    TN TECHNOLOGIES, PO BOX DEPTCH 10588, PALATINE, IL 60055-0588

10925    TN. AMERICAN WATER CO., 1101 BROAD ST., CHATTANOOGA, TN 37402

10925    TN. AMERICAN WATER CO., PO BOX 75146, BALTIMORE, MD 21275-0146

10925    TN. AQUARIUM, PO BOX 11048, CHATTANOOGA, TN 37401-2048

10925    TN. ASSOC. OF BUSINESS, 611 COMMERCE ST, NASHVILLE, TN 37203-3742

10925    TN. DEPART. OF REVENUE, 500 DEADRICK ST., NASHVILLE, TN 37242

10925    TN. DEPT OF ENVIRONMENT, L&C ANNEX, 4TH FL, & CONSERVATION, NASHVILLE, TN 37243-1538

10925    TN. DEPT OF REVENUE, 500 DEADERICK ST, NASHVILLE, TN 37242-0700

10925    TN. INSTRUMENTATION CO., 3504 FR. HENRY DR., KINGSPORT, TN 37664

10925    TN. RIVER GORGE TRUST, 25 CHEROKEE BLVD., STE. 104, CHATTANOOGA, TN 37405

10925    TN. SAFETY CONGRESS, PO BOX 190601, NASHVILLE, TN 37219-0601

10925    TN. VALLEY AUTHORITY, (WR3K-C), 1101 MARKET ST, CHATTANOOGA, TN 37402

10925    TN. VALLEY AUTHORITY, MAPS & SURVEYS DEPT., CHATTANOOGA, TN 37402-2801

10925    TN. VALLEY AUTHORITY, WAR 1A, PO BOX 1010, MUSCLE SHOALS, AL 35662

10925    TN. WILDLIFE CENTER, 400 GARDEN RD., CHATTANOOGA, TN 37419

10924    TNEMEC COMPANY, 2300 EDGEWATER AVE., BALTIMORE, MD 21222

10924    TNEMEC COMPANY, INC., 110 WEST 23RD AVENUE, KANSAS CITY, MO 64116-3094

10924    TNEMEC COMPANY, INC., 6800 CORPORATE DRIVE, KANSAS CITY, MO 64120

10925    TNO BUILDING AND CONSTRUCTION RES., LANGE KLEIWEG, RIJSWIJK, 2600 AA

10925    TNO NUTRITION & FOOD RESEARCH INST, PO BOX 360, AJ ZEIST, 3700 AJNETHERLANDS          *VIA Deutsche Post*

10925    TNRCC, POBOX 13087, AUSTIN, TX 78711-3087

10925    TNT BESTWAY, PO BOX 29152, PHOENIX, AZ 85038

10924    T-N-T CONCRETE EXPRESS, INC., 391A BELL KING ROAD, NEWPORT NEWS, VA 23606

10924    TNT CONCRETE-USE #244221, ATTN:  ACCOUNTS PAYABLE, POWELLS POINT, NC 27966

10925    TNT DUGAN, INC, PO BOX 9448, WICHITA, KS 67277

10925    TNT DUGAN, POBOX 6688, ATLANTA, GA 30315

10925    TNT HOLLAND MOTOR EXPRESS INC, 750 EAST 40TH ST, HOLLAND, MI 49423

10925    TNT HOLLAND MOTOR EXPRESS INC, 750 E. 40TH ST., HOLLAND, MI 49423

10925    TNT INC., 4690 SOUTH EASTERN AVE, LOS ANGELES, CA 90040-9990

10925    TNT LEASING CORP, 2611 N 25TH ST, TERRE HAUTE, IN 47804

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   TNT LOGISTICS CORPORATION, 1306 CONCOURSE DRIVE SUITE 401, LINTHICUM, MD 21090

10925   TNT RED STAR EXPRESS INC, 24 WRIGHT AVE, AUBURN, NY 13021-0995

10925   TNT RED STAR EXPRESS, 22 WRIGHT AVE, AUBURN, NY 13021-0995

10925   TNT RED STAR, 24 WRIGHT AVE, AUBURN, NY 13021-0995

10925   TNT SKYPAK INC., PO BOX 1009, WESTBURY, NY 11590-0209

10925   TNT USA INC, PO BOX 1009, WESTBURY, NY 11590-0209

10925   TNT, INC, 6352 CORTE DEL ABETO, STE. A, CARLSBAD, CA 92009

10925   TOBAR JR, ALBERT, 5600 N FREEWAY APT # 136, HOUSTON, TX 77025

10925   TOBAR, GIOVANNI, 9391 ILEX AVE, SUN VALLEY, CA 91352

10925   TOBER, KATHRYN, 6047 W ACAPULCO LANE, GLENDALE, AZ 85306

10925   TOBEY, BRUCE, 21 ALPRILLA FARM RD, HOPKINTON, MA 01748

10925   TOBEY, FRANCIS, 254 NEW JERSEY AVE, WESTMONT, NJ 08108

10925   TOBEY, RUTH, 607 MIDDLESEX TPK, BILLERICA, MA 01821

10925   TOBIAS, JEROME A, 15233 MAGNOLIA, BLVD 108, SHERMAN OAKS, CA 91403

10924   TOBIN & ROONEY INC., 5318 GLENMONT DRIVE, HOUSTON, TX 77081

10924   TOBIN & ROONEY INC., PO BOX6873, HOUSTON, TX 77265-6873

10925   TOBIN III, LEO WILLIAM, 6235 N 22ND ST, ARLINGTON, VA 22205-2001

10925   TOBIN SURVEYS INC, PO BOX 708902, SAN ANTONIO, TX 78270-8902

10925   TOBIN, CATHERINE, 45 WASHINGTON AVE, DUMONT, NJ 07628

10925   TOBIN, DAVID, ROLLING HILLS BLVD, BENTON CITY, WA 99320

10925   TOBIN, ELEANOR, KATERI RESIDENCE 150 RIVERSIDE DRIVE, NEW YORK, NY 10024-2201

10925   TOBIN, JOAN, 31 VENNER ROAD, ARLINGTON, MA 02174

10925   TOBIN, JOSEPH, 3A MCKAYS DR, ROCKPORT, MA 01966

10925   TOBIN, PETER, BOX 468, MONUMENT BEACH, MA 02553-0468

10925   TOBIN, ROBERT, 192 PLEASANT ST, 27, LEOMINSTER, MA 01453

10925   TOBING, SINGA, 330 LINCOLN ST, WALTHAM, MA 02154

10925   TOBLER, LINDA, 7739 LONGWOOD, KANSAS CITY, KS 66109

10925   TOBOLSKI, BEVERLY, 5153 SOUTH MENARD AVE, CHICAGO, IL 60638-1513

10925   TOBOLSKI, ELIZABETH, 1564 TIMBER TRAIL, WHEATON, IL 60187

10925   TOBOLSKI, JASON, 541 ACACIA AVE, READING, PA 19605

10925   TOBOLSKI, NICHOLAS, 5325 SOUTH MEADE, CHICAGO, IL 60638

10925   TOBOLSKI, STEVE, 5325 SOUTH MEADE, CHICAGO, IL 60638

10925   TOBOROWSKI, GERALD, 3069 VILLAGE GREEN, AURORA, IL 60504

10925   TOBUCK, VICTORIA, 36 MERKER DRIVE, EDISON, NJ 08837

10925   TOBYS DINNER THEATRE, PO BOX 1003, COLUMBIA, MD 21044

10925   TOCCI, CHRISTOPHER, 55 N RICHARDS AVE, SOMERVILLE, NJ 08876

10925   TOCCO CORPORATION, 29 COOK ST, BILLERICA, MA 01821

10925   TOCCO CORPORATION, 6A DUNHAM ROAD, BILLERICA, MA 01821-5727

10925   TOCCO JR, ALFRED, 48 EMERALD ST, MALDEN, MA 02148

10925   TOCCO, SUSAN M, 156 NEW NORWALK RD., NEW CANAAN, CT 06840

10925   TOCCO, SUSAN, 50 AIKEN ST UNIT 363, NORWALK, CT 06851

10925   TOCHEN, MILDRED, 475 S. PERKINS RD. APT. 913, MEMPHIS, TN 38117

10925   TOCYAP, MICHELLE, 355 MERCER LOOP, JERSEY CITY, NJ 07302

10925   TOD A. NESTOR, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   TOD ANDREW BURTON, 5712 SE MADISON ST, PORTLAND, OR 97215-2732

10925   TODARO, DIANNE, 10150 CROCKETT DRIVE, RENO, NV 89506

10925   TODARO, JANE, 2514 GLEN COVE DR., IRVING, TX 75062

10925   TODAYS MINORITIES, 3220 N ST, WASHINGTON, DC 20007

10924   TODD COUNTY COURT HOUSE, C/O BAHL INSULATION, LONG PRAIRIE, MN 56347

10925   TODD DAVIS, 4110 28TH ST, MOUNT RAINIER, MD 20712

10925   TODD DISTRIBUTORS INC, PO BOX 468, LAURENS, SC 29360-0468

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 TODD E SIEGEL, 10043 WIND TREE BLVD, SEMINOLE, FL 33772-2012

10925 TODD EQUIPMENT CORPORATION, POBOX 128, MEQUON, WI 53092

10924 TODD HALL, PULLMAN, WA 99163

10925 TODD III, DAVID, 701 CATHEDRAL APT.73, BALTIMORE, MD 21201

10925 TODD J ANDERSEN, 13983 CLIFTON BLVD, LAKEWOOD, OH 44107-2638

10925 TODD J MORRIS, 821 SANDY RIDGE RD, DOYLESTOWN, PA 18901-2430

10925 TODD M EICHENAUER, PO BOX 127 230 W VINE ST, SHERWOOD, OH 43556-0127

10925 TODD M MCPARLAND, 8220 E SHARON DR, SCOTTSDALE, AZ 85260

10925 TODD M MCPARLAND, 8220 EAST SHARON DR, SCOTTSDALE, AZ 85260

10925 TODD M. BECKER, 1801 WILLOWHILL LANE, TOLEDO, OH 43615

10925 TODD MARTINEAU, 2132 GABLES WAY, ATLANTA, GA 30329

10925 TODD PACIFIC SHIPYARDS CORP, MICHAEL G MARSH SECY & GEN CNSL,

10925 TODD SHIPYARDS CORP., CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10925 TODD UNIFORM INC, POBOX 500627, SAINT LOUIS, MO 63150-0627

10925 TODD WARREN IDDINGS, 11955 SR 135, MARION, KY 42064

10925 TODD, CHARLES, 214 WHITTLIN WAY, TAYLORS, SC 29687-9251

10925 TODD, CRAIG, RT. 4 BOX 4253, PALESTINE, TX 75801

10925 TODD, DAVID, ROUTE 1 BOX 114, QUIMBY, IA 51049

10925 TODD, DORIS, 313 N PLINEY CIRCLE, SIMPSONVILLE, SC 29681

10925 TODD, GARRY, 6510 BARRYGATE DR., SPRING, TX 77373

10925 TODD, JAKE, ROUTE 1 BOX 87E, ENOREE, SC 29335-0087

10925 TODD, JAMES, 609 STATE ST UNIT #4, PORTSMOUTH, NH 03801

10925 TODD, JEFF, 691 FOX CROFT TRAIL, MARIETTA, GA 30067

10925 TODD, JEFFREY, 301 CIRCLE DRIVE, WOODRUFF, SC 29388

10925 TODD, KATHERINE, 2709 ARLINGTON BLVD # 101, ARLINGTON, VA 22201

10925 TODD, KATHERINE, 3819 PINE CT, FLOWER MOUND, TX 75028

10925 TODD, KATRINNA, PO BOX 1712, LAURENS, SC 29360

10925 TODD, LOIS, 501 BEAR GRASS RIDGE, CONWAY, SC 29526

10925 TODD, MARILYN, RT. 1, BOX 158, GIBSON, GA 30810

10925 TODD, MELTON, RD #2 BOX 66, RUSH SPRINGS, OK 73082

10925 TODD, RAYMOND, PO BOX 4459, LAGO VISTA, TX 78645

10925 TODD, REAMER, 436 GALLOPING GHOST RD, ANDERSON, SC 29626

10925 TODD, SCOTT, 10 CROSS CLUB DRIVE, GREENVILLE, SC 29607

10925 TODD, STEPHEN, 4409 GUILFORD ROAD, MONTGOMERY, AL 36108

10925 TODD, TERESA, 6445 RIDGECREST DR, RIVERDALE, GA 30274

10925 TODD, TOBE H, 404 BISHOP DRIVE, MAULDIN, SC 29662

10925 TODD, TOMMY, ROUTE 6 BOX 197, PICKENS, SC 29671

10925 TODD, WARREN, ROUTE 5 BOX 112, CONWAY, SC 29526

10925 TODDS CUSTOM FABRICATION, PO BOX 119, HALLSBORO, NC 28442

10925 TODDS CUSTOM FABRICATION, POST OFFICE BOX 119, HALLSBORO, NC 28442

10924 TODD'S REDI-MIX, LLC, 1749 23RD STREET, RICE LAKE, WI 54868

10925 TODES, JOSEPHINE C, 13423 SWEET SURRENDER CT, HOUSTON, TX 77041-6571

10925 TODOROVICH, ROBERT, 11766 177TH ST W, LAKEVILLE, MN 55044

10925 TOEBE, SYLVESTER, E4186 CTY RDS, ALGOMA, WI 54201

10925 TOEDTMANN, SUSAN, 49 CREST RD, EMERSON, NJ 07630

10925 TOENEBOEHN, GABRIELLA J., 4 KIMBER RIDGE COURT, ANNAPOLIS, MD 21403

10925 TOENEBOEHN, GABRIELLA, 4 KIMBER RIDGE COURT, ANNAPOLIS, MD 21403

10925 TOENES, S, 17 AUDUBON PLACE, MOBILE, AL 36606

10925 TOENES, SANDRA, 17 AUDUBON PLACE, MOBILE, AL 36606

10925 TOEPFER, JEAN, 204 ELKS COVE, LAFAYETTE, LA 70508

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TOEPFER, RICK, 680 STONEWOOD RD, EAGAN, MN 55123

10925   TOEPRE GLASS BLOWING CO., PO BOX 230486, HOUSTON, TX 77223

10925   TOFALLI, CHRISTOPHER, 1 SHORE DR, LARCHMONT, NY 10538

10925   TOFFOLI, DEBBIE, 1400 FAWN RIDGE ROAD, CONCORD, NC 28025

10925   TOFTE, LYNN, 822 ONEIDA PLACE, MADISON, WI 53711

10925   TOFTEJORG, INC, 2614 EAST BELTWAY EIGHT, PASADENA, TX 77503

10925   TOFURI, COLLEEN, 38 EASTERN AVE, ESSEX, MA 01929

10925   TOGERSEN, BRADLEY, 8245 N 27TH AVE, PHOENIX, AZ 85051

10925   TOGNERI, KRISTINE, 32 WAKEFIELD AVE, WAKEFIELD, MA 01880

10925   TOKAI FINANCIAL SERVICES INC, PO BOX 41601, PHILADELPHIA, PA 19101-1601

10925   TOKAI FINANCIAL SERVICES INC, REF N 24169955, PO BOX 105819, ATLANTA, PR 30348-5819

10925   TOKAI FINANCIAL SERVICES INC., PO BOX 105819, ATLANTA, GA 30348-5819

10925   TOKARZ, JOHN, PO BOX 957352, DULUTH, GA 30136

10925   TOKASH, AUDREY, 22 POE RD, RD 4, NEW BRUNSWICK, NJ 08902-3459

10925   TOKASH, THOMAS, 3216 METRIC ROAD, LAURENS, SC 29360

10925   TOKASH, TOM, HWY 221, ENOREE, SC 29335

10925   TOKE, JEFFREY, 904 KENILWORTH DR, GREENVILLE, SC 29615

10925   TOKER, ROBERT, 1331 NORTH 11TH ST, READING, PA 19604

10925   TOLAN, JUDITH, 14 PAGES COURT, BILLERICA, MA 01821

10925   TOLAND & SON, INC, 230 D GATEWAY DR., BEL AIR, MD 21014

10925   TOLAND, DORIS, 2772 BERTHSTONE CT, COLUMBUS, OH 43231

10925   TOLAR CONSTRUCTION CO, 1395 SOUTH MARIETTA PKWY, MARIETTA, GA 30067

10924   TOLAR HIGH SCHOOL, 301 ROCK CHURCH HWY, TOLAR, TX 76476

10925   TOLAR, JAMES, 3920 NW 109TH AVE, CORAL SPRINGS, FL 33065

10925   TOLAR, ROGER, PO BOX 657, GILBERT, LA 71336

10925   TOLASH, JULIANNA, 28 NOYES AVE, BROCKTON, MA 02401

10925   TOLBERT, ARNOLD, 4379-F HANFRED LN, TUCKER, GA 30084

10925   TOLBERT, JAMES, 523 DAVENTON CHRCH RD, HONEA PATH, SC 29654

10925   TOLBERT, JR, JIMMY, PO BOX 3001, WILLIS, TX 77378-3001

10925   TOLBERT, ROBIN, 505 WILLOW BRANCH RD, SIMPSONVILLE, SC 29680

10925   TOLBERT, TIMOTHY, 211 FREDERICKSBURG DR, SIMPSONVILLE, SC 29681

10925   TOLCO CORPORATION, 1920 LINWOOD AVE, TOLEDO, OH 43624

10925   TOLD, TIFFANY, 14002 N. 35TH DR., PHOENIX, AZ 85023

10925   TOLDEN, TISHA, 618 S. HEIGHTS DR, LA MARQUE, TX 77568

10925   TOLEDO AREA CONCRETE ASSOC., PO BOX 599, TOLEDO, OH 43697-0599

10924   TOLEDO CONCRETE, DIVISION OF MONTE'S CONCRETE, TOLEDO, IL 62468

10924   TOLEDO EDISON, 5501 N. STATE ROUTE 2, OAK HARBOR, OH 43449

10925   TOLEDO EDISON, POBOX 3639, AKRON, OH 44309-3639

10924   TOLEDO EDISON, SUMMITT STREET, TOLEDO, OH 43604

10925   TOLEDO FENCE & SUPPLY CO, 2525 HILL AVE, TOLEDO, OH 43607

10924   TOLEDO FLOOR RESURFACING INC., 5221 TRACTGOR ROAD, TOLEDO, OH 43612

10924   TOLEDO FLOOR RESURFACING INC., 5221 TRACTOR ROAD, TOLEDO, OH 43612

10924   TOLEDO SAND & REDI MIX INC., 1401 ST. RT. 505, TOLEDO, WA 98591

10924   TOLEDO SAND & REDI MIX INC., ATTN: ACCOUNTS PAYABLE, TOLEDO, WA 98591

10925   TOLEDO SAND & REDI MIX, POBOX 614, TOLEDO, WA 98591

10925   TOLEDO SPRING SERVICE, 17 N 11TH ST, TOLEDO, OH 43697-0737

10925   TOLEDO THERMAL EQUIPMENT CO, POBOX 2446, TOLEDO, OH 43606

10924   TOLEDO WORLD INDUSTRIES INC, 3319 ST LAWRENCE DR, TOLEDO, OH 43606

10925   TOLEDO, JANICE, 2146 NW 193RD AVE, PEMBROKE PINE, FL 33029

10925   TOLEDO, JANICE, 2146 NW 193RD AVE, PEMBROKE PINES, FL 33029

10925   TOLEDO, JUAN CARLOS, 877 NW 87 AVE, CORAL SPRINGS, FL 33071

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TOLEDO, ZOE, 4031 N. SPAULDING, CHICAGO, IL 60618

10925   TOLENTINO, CECILIO, 245 LAKE ST, NEWARK, NJ 07104

10925   TOLENTINO, EDELWEISS, 4911 CUMBERLAND AVE, CHEVY CHASE, MD 20815

10925   TOLEOS, ELIZABETH, 83 BRADST AVE, DANVERS, MA 01923-3923

10925   TOLER, DONNA, 123 HILLINGDALE DR., WASHINGTON, NC 27889

10925   TOLER, MATTHEW, 4747 JURUPA AVE, 111, RIVERSIDE, CA 92506

10925   TOLER, THOMAS, 127 EAGLES GLEN DR, FRANKLIN, TN 37067

10925   TOLER, WILLIAM, 207 W PECAN, IOWA PARK, TX 76367

10925   TOLER, WILLIAM, RTE. 9 BOX 879, MOORESVILLE, NC 28115

10925   TOLERA, ABRAHAM, 130 CHATEAU TERRACE, ATHENS, GA 30606

10925   TOLES, ERIC, 680 BAILEY RD, SENOIA, GA 30276

10925   TOLINE, VANCE, ROUTE 1 BOX 8C, STROMSBURG, NE 68666

10925   TOLL ROADS, THE, PO BOX 50190, IRVINE, CA 92619-0310

10925   TOLLBOM, FREDA H., 1618 BIRCH AVE., RICHLAND, WA 99352

10925   TOLLE, STEPHANIE, 4265 CRANSTON RD, MOREHEAD, KY 40351

10925   TOLLERSON, KENNETH, 15 FESTIVIA DR, NEWNAN, GA 30263

10925   TOLLESON, TONYA, 5309 WHISPERING CREEK, WICHITA FALLS, TX 76308

10925   TOLLETT, NORA, PO BOX 1823, WESLACO, TX 78596

10925   TOLLEY - HUGHES INC., 8624 FRANKLIN ROAD, BOISE, ID 83709

10925   TOLLEY, DENNIS, 801 LOBLOLLY CT, CHESAPEAKE, VA 23320

10925   TOLLEY, WILLIAM, 1298 LOTTIE FOWLER RD, PRINCE FREDERICK, MD 20678

10925   TOLLIE, KIMBERLEE, 1312 A E. 123RD ST, OLATHE, KS 66061

10925   TOLLISON, CANDICE, 311 GOLDSMITH RD 49, SIMPSONVILLE, SC 29681

10925   TOLLISON, CHARLES, 422 MCKITRICK BRID, FOUNTAIN INN, SC 29644

10925   TOLLISON, DOUGLAS, 26 TILLMAN COURT, GREENVILLE, SC 29607-9802

10925   TOLLISON, NORMAN, 202 LOONEYBROOK DR, FOUNTAIN INN, SC 29644

10925   TOLLISON, ROBERT, 208 STENHOUSE RD, SIMPSONVILLE, SC 29681

10925   TOLLISON, RONALD, 219 STENHOUSE RD, SIMPSONVILLE, SC 29680

10925   TOLLISON, WALTER, 176 ALBATROSS RD., EASLEY, SC 29640

10925   TOLLIVER, LENORA, 801 FRANCIS ST.E APT A., JACKSONVILLE, AL 36265

10925   TOLLIVER, R, 2505 RINGWOOD ST, CHARLOTTE, NC 28208

10925   TOLNER, MD, PA, DAVID J, 203 HOSPITAL DRIVE, SUITE 300, GLEN BURNIE, MD 21061

10925   TOLOMEI, MARK, 2133 85TH ST, NORTH BERGEN, NJ 07047

10925   TOLOMEI, MARK, PO BOX 192, SWIFTWATER, PA 18370

10925   TOLSON, GEORGE, 309 KERR AVE., DENTON, MD 21629

10925   TOLSON, NORMAN, 62 UNION ST, GARDNER, MA 01440

10925   TOLSON, SR, DAVID, 9180 DOUBLE HILLS RD, DENTON, MD 21629

10925   TOLTEST INC, PO BOX 2186, TOLEDO, OH 43603

10924   TOLTEST INC., 44191 PLYMOUTH OAKS BLVD., PLYMOUTH, MI 48170

10924   TOLTEST INC., SUITE 1200, 44191 PLYMOUTH OAKS BLVD., PLYMOUTH, MI 48170

10925   TOLVER, MARCELLAR, 501 NORTH KNOX ST, TROY, AL 36081

10925   TOM BARRY, 13 FIELDSTONE DR, WESTFORD, MA 01886-3622

10924   TOM BROWN, INC., MOAB, UT 84532

10924   TOM BROWN, INC., PO BOX 760, MOAB, UT 84532

10925   TOM C HENSON, 6602 DOWNING, CORPUS CHRISTI, TX 78414-3514

10925   TOM DESARLI, 624 BAY RIDGE AVE, BROOKLYN, NY 11220-5534

10925   TOM EMMETT CONSTRUCTION CO, 4803 JENKINS ROAD, KNOXVILLE, TN 37918

10924   TOM FILER, 195 RED HILL ROAD, ORANGE, VA 22960

10925   TOM HENDRICKSON, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   TOM L BRANDT & ASSOCIATES, INC, 5931 YARWELL DRIVE, HOUSTON, TX 77096-4734

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TOM N AUSTIN TR UA JUL 2 73, EMILY C DONALDSON TRUST, 3519 ASHEVILLE HWY, GREENEVILLE, TN 37743-8902

10925   TOM PANGBORN, 4183 W.LAKE SAMM. PKWY SE, BELLEVUE, WA 98008

10925   TOM SCOTT - DEKALB COUNTY TAX, PO BOX 100025, DECATUR, GA 30031-7025

10925   TOM STOFER, 4020 EAST HARMONS FERRY ROAD, UTICA, KY 42376

10925   TOM TUCK, 6050 W 51ST ST, CHICAGO, IL 60638

10925   TOM V HARTSHORNE, 708 SW 14TH ST, BOCA RATON, FL 33486-5604

10925   TOM W FORE, 1160 WYNDHAM HILLS DR, LEXINGTON, KY 40514-1127

10925   TOM WATTS PROCESS SERVICE, 8809 SO COUNTRY CLUB RD, OKLAHOMA CITY, OK 73159

10925   TOM, ARLENE, 140 NASSAU ST, 8C, NEW YORK, NY 10038

10925   TOMAE, SUSAN, 21 LEHIGH RD, NESHANIC STATION, NJ 08853

10924   TOMAH MEMORIAL HOSPITAL, 321 BUTTS AVE., TOMAH, WI 54660

10924   TOMAH PRODUCTS, INC., 1012 TERRA DRIVE, MILTON, WI 53564

10924   TOMAH PRODUCTS, INC., PO BOX 388, MILTON, WI 53564

10924   TOMAHAWK SAND & GRAVEL CO INC, 407 S. TOMAHAWK AVENUE, TOMAHAWK, WI 54487

10924   TOMAHAWK SAND & GRAVEL CO INC, 6857 HIGHWAY 51, HAZELHURST, WI 54531

10924   TOMAHAWK SAND & GRAVEL CO INC, P O BOX 350, TOMAHAWK, WI 54487

10924   TOMAHAWK SAND & GRAVEL CO, BOX 350, TOMAHAWK, WI 54487

10925   TOMAMICHEL, MELISSA, 6737 W. BOGGSTOWN RD, BOGGSTOWN, IN 46110

10924   TOMAN & ASSO. INC., KELLER, TX, 4935 VIEW DR., SAN ANTONIO, TX 78228

10925   TOMAN & ASSOC. INC., 4935 VIEW DRIVE, SAN ANTONIO, TX 78228

10924   TOMAN & ASSOC./BEACON HILL, 1411 W. ASHBY PL., SAN ANTONIO, TX 78201

10924   TOMAN & ASSOC./HENRY B. GONZALEZ, 615 E. DURANGO, SAN ANTONIO, TX 78205

10924   TOMAN & ASSOC.INCORP, 16230 NORTH STATE HIGHWAY 16, POTEET, TX 78065

10924   TOMAN & ASSOC/COLUMBIA SAINT DAVID, 901 W BIN WHITE, WARING, TX 78074

10924   TOMAN & ASSOC/FOUNTAINHEAD PARK II, 4545 HORIZON HILL BLVD., SAN ANTONIO, TX 78229

10924   TOMAN & ASSOC/MCCULLUM HIGH SCHOOL, 5600 SUNSHINE DR., AUSTIN, TX 78756

10924   TOMAN & ASSOCIATES, 16230 N. STATE HIGHWAY 16, POTEET, TX 78065

10924   TOMAN & ASSOCIATES, 16230 NORTH STATE HIGHWAY 16, POTEET, TX 78065

10924   TOMAN & ASSOCIATES, 4935 VIEW DRIVE, SAN ANTONIO, TX 78228

10924   TOMAN & ASSOCIATES, ATT: WARREN TOMAN, 16230 N. STATE HWY 16, POTEET, TX 78065

10924   TOMAN & ASSOCIATES/THE VALLEY, 100 B. ALTON GOOR RD. (FM2248), BROWNSVILLE, TX 78520

10924   TOMAN/BAPTIST MEMORIAL HOSPITAL, TOMAN ASSOC., 111 DALLAS ST., SAN ANTONIO, TX 78205

10924   TOMAN/DEL MARR COLLEGE-EAST CAMPUS, BALWIN & AYERS ST., CORPUS CHRISTI, TX 78404

10924   TOMAN/FIRST PRESBYTERIAN CHURCH, 800 W. TEXAS ST., MIDLAND, TX 79701

10924   TOMAN/FIRST UNITED METHODIST, 321 THOMPSON DR., KERRVILLE, TX 78028

10924   TOMAN/JEWISH COMMUNITY CENTER, 12500 N.W. MILITARY HWY., SAN ANTONIO, TX 78231

10924   TOMAN/ROCKFORD BUSINESS INTERIOR, 209 E. RIVERSIDE DR., AUSTIN, TX 78704

10924   TOMAN/TAYLOR COUNTY JUVENILE CENTER, 889 S. 25TH ST., ABILENE, TX 79602

10924   TOMAN/TEXAS TECH UNIVERSITY, ENGLISH/PHILOSOPHY & EDUCATION BLG., 18TH & FLINT, LUBBOCK, TX 79401

10924   TOMAN/TEXAS TECH. UNIVERSITY, MAIN & HOWARD (CROSS STREETS), LUBBOCK, TX 79401

10924   TOMAN/ZAPATA HIGH SCHOOL, INTERSECTION OF HWY 83 & HWY 15, ZAPATA, TX 78076

10925   TOMANCHEK, RICHARD, 3065 CENTER ST, BETHLEHEM, PA 18017

10925   TOMAR SIMONOFF ADOURIAN, 41 SOUTH HADDON AVE, HADDON FIELD, NJ 08033

10925   TOMAS, MARY, 319 NE SUMMIT DRIVE, SOLON, IA 52333

10925   TOMASELLI, B, 1161DOT DRIVE, ALTAMONTE SPRINGS, FL 32714

10925   TOMASELLI, ROBERT, 9614 SUGARLOAF, SAN ANTONIO, TX 78245

10925   TOMASULO, JOANNE, 7822 NW 77TH AVE, TAMARAC, FL 33321-2983

10925   TOMBERGS, JOHN, 900 ARBOR LAKE DR, APT 106, NAPLES, FL 34110

10925   TOMBERLIN, CHUCK, 701 HENDERSON ST, OPP, AL 36467

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TOMBERLIN, JAMES, 115 MCKELVEY ROAD, PELZER, SC 29669 | |
| 10925 | TOMBERLIN, JAMES, 1479 NE 127TH ST, BRANFORD, FL 32008-7645 | |
| 10925 | TOMBLIN CARNES LAW FIRM, 210 BARTON SPRINGS, SUITE 550, AUSTIN, TX 78704 | |
| 10925 | TOMBLIN, ANTHONY L, 224 NORTH GUADALUPE, SAM MARCOS, TX 78666 | |
| 10925 | TOMBLIN, EDGAR M, 3245 RIO DR APT 1002, FALLS CHURCH, VA 22041-2124 | |
| 10925 | TOMBLIN, RANDY, PO BOX 9514, HUNGTINGTON, WV 25704 | |
| 10925 | TOMCZAK, DOUGLAS, 2 SPRUCE TREE COURT, BETHESDA, MD 20814 | |
| 10925 | TOMEK, PAUL, 42 LEONARD ST, CANTON, MA 02021 | |
| 10924 | TOMEN CORPORATION, 14-27 AKASAKA 2-CHOME,, MINATO-KU, 99999999JPN | *VIA Deutsche Post* |
| 10925 | TOMER, LAURIE, 42 BURNET ST, MAPLEWOOD, NJ 07040 | |
| 10925 | TOMES, EMERY, 3116 E BIG REEDY ROAD, CANEYVILLE, KY 42721-9998 | |
| 10925 | TOMES, JEAN, 4060 MARTINS POINT RD, KITTY HAWK, NC 27949 | |
| 10925 | TOMKA, SUSAN, 2705 UNIVERSITY AVE #4, MADISON, WI 53701 | |
| 10925 | TOMKIEWICZ, ROBERT L, 55 WARREN ST, BEVERLY NJ, NJ 08010 | |
| 10925 | TOMKINS & CO, 5 DARTMOUTH ROAD, LEESON PARK, DUBLIN 6, IRELAND | *VIA Deutsche Post* |
| 10925 | TOMKINS, COUNTY ROAD 75E, ALBION, IN 46701 | |
| 10925 | TOMKO, JUDITH, 4518 FOXTAIL DRIVE, NAZARETH, PA 18064 | |
| 10925 | TOMKO, KATHERINE, 3751 CLARIDGE, MOBILE, AL 36608 | |
| 10925 | TOMKO, SHERRI, 315 DALIES AVE, BELEN, NM 87002 | |
| 10925 | TOMLIN, ALWICK, 176 WARWICK ST, BROOKLYN, NY 11207 | |
| 10925 | TOMLIN, BETH, 1803 WINDING WAY, WHITE HOUSE, TN 37188 | |
| 10925 | TOMLIN, DARYL, 5114 N 57TH ST, MILWAUKEE, WI 53218 | |
| 10925 | TOMLIN, MADONNA, 313 N SALFORD ST, PHILA, PA 19139 | |
| 10925 | TOMLINS, FRANK, 2965 PICKFORD PLACE, PENSACOLA, FL 32503-4373 | |
| 10924 | TOMLINSON BUILDING, CAMBRIDGE, MA 99999 | |
| 10924 | TOMLINSON BUILDING, COEUR D'ALENE, ID 83814 | |
| 10925 | TOMLINSON CO., 310 OFFICE PLAZA, GARLAND, TX 75043 | |
| 10925 | TOMLINSON LEIS CORP., 1919 S SHILOH RD, STE 101, GARLAND, TX 75042 | |
| 10925 | TOMLINSON, A, 4612 STEARNS RD, VALRICO, FL 33594 | |
| 10925 | TOMLINSON, SIMON, 5149 E 30TH ST, TULSA, OK 74114-6307 | |
| 10925 | TOMLINSON, WILLIAM, PO BOX 15865, FERNANDINA BCH, FL 32035-3115 | |
| 10925 | TOMMASI SUPPLY CO, INC, 5690 HWY.14, LAKE CHARLES, LA 70605-7516 | |
| 10925 | TOMMER, TERESA, PO BOX 31323, INDEPENDENCE, OH 44131 | |
| 10925 | TOMMIE SEALS, 4323 CRITES ST, HOUSTON, TX 77003 | |
| 10925 | TOMMY C RUTLEDGE, BOX 985, DEQUINCY, LA 70633-0985 | |
| 10925 | TOMMY E MORROW, 13014 BIRCHWOOD PIKE, HARRISON, TN 37341-7918 | |
| 10924 | TOMMY HILFIGER, 25 WEST 39TH STREET, MANHATTAN, NY 10021 | |
| 10925 | TOMMY L ANDREWS, 1101 CHELSEA LANE, PEARLAND, TX 77581-6712 | |
| 10925 | TOMMY N ELLIS, 505 KAY ROAD, WOODSTOCK, GA 30188 | |
| 10924 | TOMMY TOMAN, C/O TOMAN ASSOCIATES, EDINBURG, TX 78539 | |
| 10924 | TOMMY'S GLASS & MIRROR, 2817 HWY 77, PANAMA CITY, FL 32405 | |
| 10925 | TOMMYS TRUCKING, 13015 44TH PLACE N., ROYAL PALM BEACH, FL 33411 | |
| 10925 | TOMOLAC, THOMAS, 2235 FOXHILL DR, MARTINEZ, CA 94553 | |
| 10925 | TOMOTAKI, LOUIS, 1919 ARBOR DRIVE, DULUTH, GA 30136-4949 | |
| 10925 | TOMOVICH, DON, 601 GIFFIN COURT, HOCKESSIN, DE 19707 | |
| 10925 | TOMPARY, ELAINE, 1403 PLUM COURT, MOUNT PROSPECT, IL 60056 | |
| 10925 | TOMPKINS, CAROL, 6714 GREY FOX DRIVE, SPRINGFIELD, VA 22152 | |
| 10925 | TOMPKINS, G. ROBERT, 379 THIRD AVE, PHOENIXVILLE, PA 19460 | |
| 10925 | TOMPKINS, JAY W, PO BOX 472871, GARLAND, TX 75047-2871 | |
| 10925 | TOMPKINS, JIMMY, 360 KETTERMAN DR, SENECA, SC 29678 | |
| 10924 | TOMS BROOK TRANSIT, ROUTE 11, TOMS BROOK, VA 22660 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TOM'S BROOK, INC., 200 QUARRY LANE, STRASBURG, VA 22657 | |
| 10924 | TOM'S BROOK, INC., P. O. BOX 2530, WINCHESTER, VA 22601 | |
| 10925 | TOMS KAMPE JR &, KATHLEEN G KAMPE JT TEN, 2210 N 18TH ST, READING, PA 19604-1310 | |
| 10924 | TOM'S OF MAINE, 15 MORIN STREET, BIDDEFORD, ME 04005 | |
| 10924 | TOM'S OF MAINE, PO BOX 710, KENNEBUNK, ME 04043 | |
| 10925 | TOMS PRIDE, 3885 41ST ST, VERO BEACH, FL 32967 | |
| 10925 | TOMSHACK, LORI, 301 G ST SW # 230, WASH, DC 20024 | |
| 10925 | TON OF FUN, LLC, 10315-B S. DOLFIELD RD., OWINGS MILLS, MD 21117 | |
| 10925 | TONACHIO, MERYL, 5027 W MESCAL, GLENDALE, AZ 85304 | |
| 10925 | TONARELLI, RONALD, 4315 CORTEZ RD., BALTIMORE, MD 21225 | |
| 10925 | TONAWANDA ENVIRONMENTAL, PO BOX 4129, BUFFALO, NY 14217 | |
| 10925 | TONDALO, ANTHONY, 2213 CLEVELAND ST, HOLLYWOOD, FL 33020 | |
| 10925 | TONDERA, RENATA, 552 ZIEGLER AVE, LINDEN, NJ 07036 | |
| 10925 | TONDOLO, ERIKE, VIA GIOVANNI PAPINI 4, QUARCINO COMO, 22100ITALY | *VIA Deutsche Post* |
| 10925 | TONER CENTRAL WAREHOUSE DIST, INC, 935 ELDGRIDGE RD, STE. 137, SUGAR LAND, TX 77478 | |
| 10925 | TONER CENTRAL WAREHOUSE, 10910 W BELLFORT STE 311, HOUSTON, TX 77099 | |
| 10925 | TONER ETC, 124 HERITAGE AVE, PORTSMOUTH, NH 03801 | |
| 10925 | TONER ETC., 124 HERITAGE AVE, PORTSMOUTH, NH 03801 | |
| 10925 | TONER, ETHEL, 324 PARK AVE, ARLINGTON, MA 02476 | |
| 10925 | TONER, FRANCIS, 101 RANDOLPH ST, CANTON, MA 02021 | |
| 10925 | TONER, PAUL, 24 NEWMAN ST, CAMBRIDGE, MA 02140 | |
| 10925 | TONER, SCOTT, 24 NEWMAN ST, CAMBRIDGE, MA 02140 | |
| 10925 | TONERSMART INC, POBOX 1613, LADY LAKE, FL 32158-1613 | |
| 10925 | TONEY DRILLING SUPPLIES INC., 14060 NW 19TH AVE, MIAMI, FL 33054 | |
| 10925 | TONEY, CONSTANCE, 425 2ND ST NW, WASHINGTON, DC 20002 | |
| 10925 | TONEY, GLORIA, 210 ATHERTON WAY, GREER, SC 29650 | |
| 10925 | TONEY, JANE, 1924 RIDDLE ROAD, PAULINE, SC 29374 | |
| 10925 | TONEY, JOHN, 1924 RIDDLE RD, PAULINE, SC 29374 | |
| 10925 | TONEY, KEVIN, 745 E. 21ST, CASPER, WY 82601 | |
| 10925 | TONEY, QUENTIN, 18 RAYNOR CIRCLE, ROXBURY, MA 02120 | |
| 10925 | TONG, IVAN, 320 PARKTRAIL LANE, CINCINATTI, OH 45238 | |
| 10925 | TONG, JAMIE, 3015 RIO MONTANA DR, MARIETTA, GA 30066 | |
| 10925 | TONG, JOHNNY, 4920 SHERWOOD DR., NEW ORLEANS, LA 70128 | |
| 10925 | TONG, MIRIAM, 330 BENDIGO DR, CORDOVA, TN 38018 | |
| 10925 | TONGUE, THOMAS, 830 W. 40TH ST., 109, BALTIMORE, MD 21211 | |
| 10925 | TONI L DEE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | TONI, LEE, 215 S. 29TH ST., MCALLEN, TX 78501 | |
| 10925 | TONKINS, ERIC, 634 OAKWOOD, 3, SPARKS, NV 89431 | |
| 10925 | TONN, GARY, 1310 CHAMPION FOREST CT, WHEATON, IL 60187 | |
| 10925 | TONNA, ROBERT, 17065 VIA MEDIA, SAN LORENZO, CA 94580 | |
| 10925 | TONNEAS, GAIL, 6613 WEST BANCROFT 50 G, TOLEDO, OH 43615 | |
| 10924 | TONOPAH COURT HOUSE, RDA, RENO, NV 89512 | |
| 10925 | TONSIL, DAWN, 10949 GOSS ST., SUN VALLEY, CA 91352 | |
| 10925 | TONSIL, JOHN, 25 CRESTMONT ST, READING, PA 19611 | |
| 10924 | TONTI PECK SCHOOL, 55TH STREET & ST. LOUIS (3500 W.), CHICAGO, IL 60632 | |
| 10924 | TONTO NATIONAL MONUMENT, CAMBRIDGE, MA 02140 | |
| 10924 | TONTO NATIONAL MONUMENT, P.O. BOX 707, ROOSEVELT, AZ 85545 | |
| 10924 | TONTO NATIONAL MONUMENT, PO BOX4602, ROOSEVELT, AZ 85545 | |
| 10924 | TONY FAVALORA, 1100 24TH STREET, SUITE G, KENNER, LA 70062 | |
| 10925 | TONY FRANICH & KATHARINE A, FRANICH & TONY M FRANICH & JAMES, M FRANICH JT TEN, 3702 HARBORVIEW DR, GIG HARBOUR, WA 98332-2130 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TONY HAMEDANY, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   TONY KING, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   TONY LA MORTE, 1482 W HACIENDA AVE, CAMPBELL, CA 95008-6351

10925   TONY M ROWE, 4113 HUNTING CREEK DR, OWENSBORO, KY 42303-7534

10925   TONY RUBICO, 900 CHELMSFORD ST, LOWELL, MA 01851-8101

10925   TONY RUBICO, 900 CHELMSFORD ST., LOWELL, MA 01851-8101

10925   TONY STONE IMAGES/CHICAGO INC, DEPT 77-7373, CHICAGO, IL 60678-7373

10925   TONYALI, KOKSIA, 20 VALE DR, SOUTH BURLINGTON, VT 05403-5402

10924   TONY'S CHACHERE'S, 533 N. LOMBARD AVENUE, OPELOUSAS, LA 70570

10924   TONY'S CHACHERE'S, PO BOX 1687, OPELOUSAS, LA 70570

10924   TOOELE ARMY DEPOT, BUILDING 605, TOOELE, UT 84074

10925   TOOHEY, DOROTHY, 19 CHEROKEE ROAD, ARLINGTON, MA 02474

10925   TOOKE, JOHN, 310 SUNNYHILL LANE, LAKELAND, FL 33803-5104

10925   TOOKE, JOHN, 310 SUNSET AVE, LAKELAND, FL 33803

10925   TOOKES, EVON, 9444 PEPPERIDGE DR, INDPLS, IN 46236

10925   TOOKES, VELMA, 8501 J-R MANOR DR., TAMPA, FL 33634

10925   TOOKS, KIM, FLUSHING, NY 11355

10925   TOOL  PRO, 1460 LOCKHART DRIVE, KENNESAW, GA 30144

10924   TOOL  PRO, 1968 PEACHTREE RD. N.E., ATLANTA, GA 30309

10925   TOOL & GAGE HOUSE, THE, PO BOX 890246, CHARLOTTE, NC 28289-0246

10925   TOOL & GAGE HOUSE, THE, POBOX 241067, CHARLOTTE, NC 28224-1067

10924   TOOL MASTER, COLBERT INDUSTRIAL PARK, TUSCUMBIA, AL 35674

10925   TOOL MASTERS, POBOX 586, TUSCUMBIA, AL 35674

10925   TOOL SALES & SERVICE, 1201 HILLSMITH DRIVE, CINCINNATI, OH 45215

10925   TOOL SERVICES, 420 EAST 2ND ST, TULSA, OK 74120

10925   TOOL SHED,INC, THE, 901 POINSETT HWY, GREENVILLE, SC 29609

10924   TOOL SOURCE WAREHOUSE, 6480 JIMMY CARTER BLVD., NORCROSS, GA 30071-1701

10925   TOOL SYSTEMS INC., 2220 CENTRE PARK COURT, STONE MOUNTAIN, GA 30087

10925   TOOL THYME FOR TRAINERS, 4108 GRACE KING PLACE, METAIRIE, LA 70002

10925   TOOL TRUCK SALES, 2903 PIN OAK COURT, PALM BEACH GARDENS, FL 33410

10925   TOOLE, BECKY, 11036 N. BILTMORE DR, PHOENIX, AZ 85029

10925   TOOLE, J, ROUTE 2, BOX 468, LITHIA, FL 33547

10925   TOOLE, SHAWN, 334 SEABREEZE AVE, ST AUGUSTINE, FL 32084

10925   TOOLEY, SHERI L, 530 HYCLIFF DR APT 1, WATERTOWN NY, NY 13601

10924   TOOLS FOR TRADE, P.O. BOX 1469, CANTON, GA 30114

10925   TOOMAN, MARY, 114 PALMER PL, LEONIA, NJ 07605

10925   TOOMBS, ALICE, 12013 ANDORA DR, FREDERICKSBURG, VA 22407

10925   TOOMBS, ANITA, 312 LAKEWAY DRIVE, BRANDON, MS 39042

10925   TOOMBS, CYNTHIA, 10096 DOMINGO DR., BROOKSVILLE, FL 34601

10925   TOOMBS, FREEMAN, 3029 ATLANTA AVE, LAKELAND, FL 33803-4303

10925   TOOMER, FRANK, ROUTE 2, BOX 338-A, DENMARK, SC 29042

10925   TOOMER, JOHN, 1105 E. #116, KANSAS CITY, MO 64131

10925   TOOMEY, CHARLES, 2606 FREEMONT RD., DURHAM, NC 27705

10925   TOOMEY, NEAL, 3325 PEACH TREE, LIMA, OH 45805

10925   TOOMEY, ROBERT, 20 AMORY ST, NASHUA, NH 03060

10925   TOOMEY, ROY, 3389 BELLTOWN RD., HARTFORD, KY 42374

10925   TOOMEY-MUNSON & ASSOCIATES, 89 ACCESS RD UNIT 12, NORWOOD, MA 02062

10925   TOOVEY, VALERIE, 6562 BOCA DEL MAR DRAPT 727, BOCA RATON, FL 33433

10924   TOP BLOCK INC, 84 FRENTRESS LAKE RD, EAST DUBUQUE, IL 61025

10924   TOP BLOCK INC., 84 FRENTRESS LAKE RD, EAST DUBUQUE, IL 61025

10925   TOP BUILDERS, PO BOX 1412, LAURENS, SC 29360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    TOP CAT CONCRETE, 3296 PARIS COURT, WESTERVILLE, OH 43081

10924    TOP CONCRETE PRODUCT, 84 FENTRESS LAKE RD, EAST DUBUQUE, IL 61025

10925    TOP DRIVER INC, 140 SYLVAN AVE, ENGLEWOOD, NJ 07632

10925    TOP DRIVER, 717 FIFTH AVE 4TH FL, NEW YORK, NY 10022

10925    TOP DRIVER, PO BOX 2176, STATELINE, NV 89449-2176

10924    TOP ROC NEWCRETE PRODUCTS CO., 2210 MANCHESTER RD, ERIE, PA 16506

10924    TOP ROC PRECAST, 2210 MANCHESTER RD, ERIE, PA 16506

10924    TOP ROC PRECAST, 2210 MANCHESTER RD., ERIE, PA 16506

10924    TOP SHELF DISTRIBUTION CO., 3505 E. CHARLESTON BLVD., LAS VEGAS, NV 89104

10924    TOP SIDE BLDG SUPPLY, 2800 ACKLEY AVE, RICHMOND, VA 23228

10924    TOP TEN CORP, 3600 WILSHIRE BLVD, LOS ANGELES, CA 90010

10924    TOP TEN CORP., 163 E COMPTON BLVD., GARDENA, CA 90248

10924    TOP TEN CORPORATION, CAMBRIDGE, MA 02140

10925    TOPALIAN, LAURA, 1072 BROOK ROAD, MILTON, MA 02186

10924    TOPANGA MALL, C/O THOMPSONS BUILDING MATERIALS, TOPANGA, CA 90290

10924    TOPANGA PLAZA, C/O WESTSIDE BUILDING MATERIALS, CANOGA PARK, CA 91303

10925    TOPAZ ENGINEERING SUPPLY INC, 35 POND PARK ROAD, HINGHAM, MA 02043

10924    TOPCOAT, 24 INDUSTRIAL ROAD, WALPOLE, MA 02081

10924    TOPEKA COUNTY LIBRARY, 1515 SOUTHWEST 10TH AVE., TOPEKA, KS 66604

10925    TOPEX CO, 2516 W 3RD ST, CLEVELAND, OH 44111

10925    TOPF ORGANIZATION, 3000 VALLEY FORGE CIRCLE STE G-15, KING OF PRUSSIA, PA 19406

10924    TOPFLIGHT CORP, 160 EAST 9TH AVE, YORK, PA 17404

10925    TOPIARY FLORIST, 165 AMHERST ST, NASHUA, NH 03064

10925    TOPJIAN, CAROL, 55 LEXINGTON ST, WATERTOWN, MA 02172

10925    TOPLIFF, LES, 17370 ORCHID DRIVE, FONTANA, CA 92335

10925    TOPLIN, MARILYN, 20374 WEBBER #7, HARPERWOODS, MI 48225

10925    TOPLINE ROOFING SERVICE, 27758 SANTA MARGARITA PKWY, MISSION VIEJO, CA 92691

10925    TOPP, CLANCY, 1933 STEWART ST, OCEANSIDE, CA 92054

10925    TOPP, FRANKLIN, 5606 GREENTREE, WICHITA FALLS, TX 76306

10924    TOPPAN WEST, 7770 MIRAMAR ROAD, SAN DIEGO, CA 92126-4444

10925    TOPPER, MICHELLE, 4010 N. SHIPLEY ST, WILMINGTON, DE 19802

10925    TOPPER, THELMA, 10683 COUNTY RD 1 RD #86, FAIRHOPE, AL 36532

10925    TOPPING, HOWARD, 128 OLIVER ST, MALDEN, MA 02148

10925    TOPPING, PRISCILLA, 8 PERRY ST, SOMERVILLE, MA 02143

10925    TOPPONG, JO LYN, 997 HWY 17 BYPASS #626, MT. PLEASANT, SC 29464

10925    TORANAGA INC, 2236 RUTHERFORD ROAD, CARLSBAD, CA 92008

10925    TORANE JR, DILLARD, 3850 N 19TH PL, MILWAUKEE, WI 53206

10924    TORAY FACILITY, 1050-B CHEMSTRAND AVENUE, DECATUR, AL 35603

10924    TORAY PLASTICS, 21 CRIPE STREET, NORTH KINGSTOWN, RI 02854

10925    TORBERT, DENISE, 202 COUNTRY ESTATES DRIVE, HOUMA, LA 70364

10925    TORBIT, BRIAN, PO BOX 3322, LAUREL, MD 20709

10925    TORCHON, JEAN, 678 N BROAD ST, ELIZABETH, NJ 07208

10925    TORCIVIA, PETER, 6365 CHESTNUT PKWY, FLOWERY BRANCH, GA 30542

10925    TORGERSON, DAVID, 1202 S WALL, IOWA PARK, TX 76367

10925    TORGISON, WALTER, PO BOX 1107, LIBBY, MT 59923

10925    TORGOW, RONALD, 822 GREENWICH ST, NEW YORK, NY 10014

10925    TORGRIMSON, JEFF, 6804 FISHBACK AVE., BAKERSFIELD, CA 93308

10925    TORI ENTERPRISES, INC, 2850 E. JONES AVE., PHOENIX, AZ 85040

10925    TORIBIO, MELINDA, 19 OAK LANE, DRY PRONG, LA 71423

10925    TORIT/DAY DIVISION, 3300 N.E. EXPRESSWAY, STE. 18, ATLANTA, GA 30341

10925    TORMANEN, BRUCE, 2841 BYNAN DR, YPSILANTI, MI 48197

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 TORMANEN, DIANE, 2521 INTERNATIONAL, YPSILANTI, MI 48197

10925 TORMEY, HARRY, 2103 RIVERSIDE DRIVE, LEAGUE CITY, TX 77573

10925 TORMOS, JOSEPH, 600 N. SPRING ST, MOORPARK, CA 93021

10924 TORN BLUFF ELEMENTARY, 17815 PARK VALLEY DRIVE, ROUND ROCK, TX 78681

10924 TORNO AMERICA INC, PO BOX 1210, MORTON, WA 98356

10925 TORO, JENNIFER, 127 A RUTGERS RD, PISCATAWAY, NJ 08854

10925 TORO, VIDAL, 7 FERRY ST, TRENTON, NJ 08611

10925 TORO, WILFREDO, 631 OREGONWOODS CT, ORLANDO, FL 32824

10925 TOROIAN, GAIL, 6062 N. CONSTANCE, FRESNO, CA 93722

10925 TORONTO MARRIOTT EATON CENTRE, 525 BAY ST, TORONTO, ON M5G 2L2CANADA    *VIA Deutsche Post*

10925 TORONTO WORKSHOP, PO BOX 3065 STATION C, OTTAWA, ON K1Y 4J3CANADA    *VIA Deutsche Post*

10925 TOROTEL PRODUCTS, 13402 S 71 HWY, GRANDVIEW, MO 64030

10925 TORPHY, WILLIAM, 1450 COOK ST, DE PERE, WI 54115

10925 TORPPA, TAUNO, 537 A LEE ST, MT GILEAD, OH 43338

10925 TORRACO, JOSEPH, 5551 NW 49TH WAY, COCONUT CREEK, FL 33063

10924 TORRANCE HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, 3330 LAMEDA ST.RAL PLANT, TORRANCE, CA 90501

10925 TORRE, GRACE, 118 ROCKGLEN WAY, SANTEE, CA 92071

10925 TORRENCE, CARL, 118 CLAUSE ST., NAPOLEONVILLE, LA 70390

10925 TORRENCE, FREDDIE, 5141 STAFFORD ROAD, BALTIMORE, MD 21229

10925 TORRENCE, RAYMOND, 721 E. HAMILTON ST., ALLENTOWN, PA 18103

10925 TORRENS, JORGE, 7255 TIDWELL RD., PACE, FL 32571

10925 TORRES CINTRON, ANDRES, BO PALO HINCADO BOX 455, BARRANQUITAS, PR 00618

10925 TORRES CONSTRUCTION AND, 803 MAIN ST, HACKENSACK, NJ 07601

10924 TORRES ELECTRIC SUPPLY CO., 3190 S.E. DOMINICA TER., STUART, FL 34997

10924 TORRES ELECTRICAL SUPPLY, 6501 S. OCEAN DRIVE, GATE E, JENSEN BEACH, FL 34957

10924 TORRES ELECTRICAL SUPPLY, PO BOX 1908, STUART, FL 34995

10925 TORRES FENCE CO INC, POST OFFICE BOX 10137, FRESNO, CA 93725

10925 TORRES JR, RODOLFO, 105 STATE ST APT 2E, HACKENSACK, NJ 07601

10925 TORRES TORRES, 1900 W. ILLINOIS, MIDLAND, TX 79701

10925 TORRES, ADALJISA, CALLE 28 BB-7 URB. VILLA UNIV, HUMACAO, PR 00791

10925 TORRES, ADELINO, 2 FIRST ST, TAUNTON, MA 02780

10925 TORRES, ALBERT, 2124 REXFORD RD, MONTGOMERY, AL 36116

10925 TORRES, ANTONIO, 2408 OLD BROCK RD, WEATHERFORD, TX 76087

10925 TORRES, ANTONIO, 250 EAST 117T ST., NYC, NY 10035

10925 TORRES, APRIL, 525 W CALIFORNIA AVE, 102, GLENDALE, CA 91203

10925 TORRES, BRUNILDA, CALLE 33 FF-19 JARDI, PONCE, PR 00731

10925 TORRES, CARLOS, 12626 GOTHAM, HOUSTON, TX 77089

10925 TORRES, CARLOS, 5520 MAGGIORE ST, CORAL GABLES, FL 33146

10925 TORRES, CARLOS, 962 MOHAWK TRAIL, NORTH ADAMS, MA 01247

10925 TORRES, CARMEN, 3102 LINCOLN, FORT WORTH, TX 76106

10925 TORRES, CARMEN, CALLE CARMEN G-8, SAN GERMAN, PR 00683

10925 TORRES, CARMEN, HC01 BOX 6500, SAN GERMAN, PR 00683

10925 TORRES, DENISE, 10640 COLIMA RD APT 332, WHITTIER, CA 90604

10925 TORRES, ELENA, HC-03 BOX 13516, JUANA DIAZ, PR 00795

10925 TORRES, ELIEL, HC-01 BOX 6064, GURABO, PR 00778-9760

10925 TORRES, FELIX, 64 PIDGEON DRIVE, SPRINGFIELD, MA 01103

10925 TORRES, FILEMON, 1505 DENVER, FT WORTH, TX 76106

10925 TORRES, FLAVIO, 1505 DENVER, FORT WORTH, TX 76106

10925 TORRES, FRANK, 7215 MONTAGUE DRIVE, AMARILLO, TX 79102

10925 TORRES, FROILAN, 20 CHRISTINE LANE, TAPPAN, NY 10983

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TORRES, HECTOR, 822 FRANKLIN ST 2FL, READING, PA 19602

10925   TORRES, HECTOR, HC-02 BOX 4644, COAMO, PR 00769

10925   TORRES, HUMBERTO, 118 HIGH ST, CLOSTER, NJ 07624

10925   TORRES, IDA, 8-G-53 LOS CAOBOS, PONCE, PR 00731

10925   TORRES, INESITA, CALLE PORTUGAL R-4, CAGUAS, PR 00725

10925   TORRES, IRIS, URB BORINQUEN C7 EE2, CABO ROJO, PR 00623

10925   TORRES, J, PO BOX 209, GUANICA, PR 00653

10925   TORRES, JIMMY, 52 HODGES AVE, 2 FLR, TAUNTON, MA 02780

10925   TORRES, JOANN, 11103 EMSBROOK DR., HOUSTON, TX 77099

10925   TORRES, JOHN, 5902 AYERS, LOT 135, CORPUS CHRISTI, TX 78415

10925   TORRES, JOSE, 14 RALEIGH ROAD, FRAMINGHAM, MA 01701

10925   TORRES, JOSE, 408 16TH ST, UNION CITY, NJ 07087

10925   TORRES, JOSE, BO MALESUA CARR 318 KM. 0.9, SAN GERMAN, PR 00683

10925   TORRES, JOVITA, 335 VIRGINIA AVE, JERSEY CITY, NJ 07304

10925   TORRES, JUAN, HC 01 BOX 6003 BO COLLORES, LAS PIEDRAS, PR 00771

10925   TORRES, JUANA, 1007 LEIGH AVE 4, SAN JOSE, CA 95128

10925   TORRES, LETICIA, 120 SOUTH BLUEBONNET, UVALDE, TX 78801

10925   TORRES, LUZ, 2421 W PASSYUNK AVE, PHILA, PA 19145

10925   TORRES, LYDIA, HC-02 BOX 4644, COAMO, PR 00769

10925   TORRES, MANUEL, 2021 13TH ST, WASH, DC 20009

10925   TORRES, MARGARITA, 1845 OLD MOULTRIE RD, ST AUGUSTINE, FL 32086

10925   TORRES, MARIA, 22 NASSAU ST, TRENTON, NJ 08638

10925   TORRES, MARIVETTE, CALLE BERNARDINO, BAYAMON, PR 00956

10925   TORRES, MARSHALL, 2901 AUBURN WAY SOUTH, K15, AUBURN, WA 98002

10925   TORRES, MIGDALIA, 1718 S. 5TH ST, PHILADELPHIA, PA 19148

10925   TORRES, MIGUEL, 1476 NEWTON, WASHINGTON, DC 20010

10925   TORRES, MIGUEL, 5 MILLER ST, WESTFIELD, MA 01085

10925   TORRES, MIRIAM, BO MACHUCHAL CARR 368 K8 HC09 BX 3446, SABANA GRANE, PR 00637

10925   TORRES, NANCY, 5036 W. 64TH PLACE, CHICAGO, IL 60638

10925   TORRES, NILDA, URB LA MONSERRATE, HORMIGUEROS, PR 00660

10925   TORRES, NOEMI, HC 02 BOX 28890 CANABON, CAGUAS, PR 00625

10925   TORRES, OMAR, RT 6 BOX 348, EDINBURG, TX 78539

10925   TORRES, OSCAR, 402 DELIA DRIVE, EDINBURG, TX 78540

10925   TORRES, PEDRO, RR #5 BOX 5915 BO. NUEVO, BAYAMON, PR 00956

10925   TORRES, PRESTAMO, CALLE NINFA #A-21, DORADO DEL MAR, DORADO PR, PR 00646PUERTO       **\*VIA Deutsche Post\***
RICO

10925   TORRES, REYNALDA, POBOX 1521, ODESSA, TX 79761

10925   TORRES, RICARDO, MONSERRATE TOWERS, CAROLINA, PR 00983

10925   TORRES, ROBERT, 107 FENNEL, SAN ANTONIO, TX 78213

10925   TORRES, ROBERTO, CALLE 13 #6 AMALIA MARIN, PONCE, PR 00731

10925   TORRES, ROEL, 283 LADORA DRIVE, DALLAS, GA 30132

10925   TORRES, ROXANNE, 150 GOLDWAY, NEW BRAUNFELS, TX 78130

10925   TORRES, RUDY, 10042 VALLEY FALLS, HOUSTON, TX 77078

10925   TORRES, SAMUEL, 6149 64TH ST APT. A, RIVERDALE, MD 20737

10925   TORRES, SANDRA, 171 SOUTH ST, JAMAICA PLAINI, MA 02130

10925   TORRES, THERESA, 25590 PROSPECT AVE, #1A, LOMA LINDA, CA 92354

10925   TORRES, VALERIE, 4216 SO 20TH PLACE, PHOENIX, AZ 85040

10925   TORRES, VICTOR, CALLE 6 #63 BO., GUAYNABO, PR 00965

10925   TORRES, VICTORIA, PO BOX 1094, ALAMO, TX 78516

10925   TORRES, WALESKA, URB VALLE VERDE D-43, SAN GERMAN, PR 00683

10925   TORRES, WANDA, HC 10 BOX 8060, SABANA GRANDE, PR 00637

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TORRES, WILFREDO, PO BOX 435, SOMERVILLE, NJ 08876

10925   TORRES, YOLANDA, 147 BAYWOOD, EL PASO, TX 79915

10925   TORRES-COLON, MIGUEL, BUZON 13170 VILLA DEL RIO, TOA ALTA, PR 00953

10925   TORREY, NICK, 4158 CHESTERFIELD CR, PALM HARBOR, FL 34683

10925   TORRIES, EARNEST, 135 LILAC, BURKBURNETT, TX 76354

10925   TORRIES, MICHAEL, 4516 BARNETT RD, 2007, WICHITA FALLS, TX 76310

10925   TORRINGTON BEARING, CHARLES A PERRY, HUNTON & WILLIAMS, NATIONSBANK CORP PLAZA, 600 PEACHTREE ST NE #4100, ATLANTA, GA 30308-2216

10924   TORRINGTON CEMENT PROD, P O BOX 340, TORRINGTON, WY 82240

10924   TORRINGTON CEMENT PRODUCTS, COUNTY RD. 266, TORRINGTON, WY 82240

10924   TORRINGTON CEMENT PRODUCTS, P O BOX 340, TORRINGTON, WY 82240

10924   TORRINGTON INDUSTRIES, 90 CORP PARK DRIVE, CENTRAL SQUARE, NY 13036

10924   TORRINGTON INDUSTRIES, DO NOT USE THIS NUMBER, KEESEVILLE, NY 12944

10924   TORRINGTON INDUSTRIES, P O BOX 269, GLENS FALLS, NY 12801

10924   TORRINGTON INDUSTRIES, P. O. BOX 269, GLENS FALLS, NY 12801

10924   TORRINGTON SUPPLY COMPANY, INC, 100 NORTH ELM STREET, WATERBURY, CT 06702

10924   TORRINGTON SUPPLY COMPANY, INC, 166 WATERFORD PARKWAY SOUTH, WATERFORD, CT 06385

10924   TORRINGTON SUPPLY COMPANY, INC, 5 ALPS ROAD, BRANFORD, CT 06405

10924   TORRINGTON SUPPLY COMPANY, INC, 87 UNION STREET, NEW HAVEN, CT 06511

10924   TORRINGTON SUPPLY COMPANY, INC, P.O. BOX 2838, WATERBURY, CT 06723

10924   TORROMEO INDUSTRIES, INC., P. O. BOX 2308, METHUEN, MA 01844-2308

10924   TORROMEO INDUSTRIES, INC., PO BOX 2308, METHUEN, MA 01844-2308

10925   TORRY, RONALD, 1619 STEPHEN ST, BALTIMORE, MD 21216

10925   TORSEY, MARTHA, 37 DRAKE ROAD APT 722, ARLINGTON, MA 02474

10925   TORSTEN STANGER, GEWERBESCHULSTRASSE 3, WORMS, 67549GERMANY        *VIA Deutsche Post*

10925   TORTORA, MARY, 15 E EMERSON ST, MELROSE, MA 02176

10925   TORTORELLI, JAMES, 1172 N EDGEWATER COURT, PALATINE, IL 60067

10925   TORWICO ELECTRONICS, 410 OBERLIN AVE SO, LAKEWOOD, NJ 08701

10925   TORY, KATHLEEN, 201 FRANKLIN AVE, SEA CLIFF, NY 11579-1703

10924   TOSCO REFINERY COMPANY, SAN FRANCISCO REFINERY AT AVON, MARTINEZ, CA 94553

10924   TOSCO REFINING CO., TRAINER REFINERY, 4101 POST ROAD, MARCUS HOOK, PA 19061

10924   TOSCO REFINING CO., TRAINER REFINERY, ROUTE 13 & POST ROAD, MARCUS HOOK, PA 19061

10924   TOSCO REFINING COMPANY (PTT), 12 MILES SOUTH OF BELLE CHASSE, BELLE CHASSE, LA 70037

10924   TOSCO REFINING COMPANY (RC), ALLIANCE REFINERY, BELLE CHASSE, LA 70037

10924   TOSCO REFINING COMPANY, 1660 W. ANAHEIM STREET, WILMINGTON, CA 90744

10924   TOSCO REFINING COMPANY, ALLIANCE REFINERY, PO BOX 176, BELLE CHASSE, LA 70037

10924   TOSCO REFINING COMPANY, ATTEN A/P, PO BOX 52085, PHOENIX, AZ 85072-2085

10924   TOSCO REFINING COMPANY, LA REFINERY, PO BOX 758, WILMINGTON, CA 90748

10925   TOSCO REFINING COMPANY, MAHER & MAHER LLP, 660 NEWPORT CENTER DRIVE, SUITE 1600, NEWPORT BEACH, CA 92660

10924   TOSCO REFINING COMPANY, SAN FRANCISCO REFINERY AT AVON, MARTINEZ, CA 94553

10924   TOSCO REFINING L.P.          RC, BAYWAY REFINERY, LINDEN, NJ 07036

10924   TOSCO REFINING L.P., BAYWAY REFINERY, 1400 PARK AVENUE, LINDEN, NJ 07036

10924   TOSCO REFINING L.P., PARK & BRUNSWICK AVENUE, LINDEN, NJ 07036

10924   TOSCO REFINING L.P., SOUTH WOOD AVENUE, 21ST STREET GATE, LINDEN, NJ 07036

10924   TOSCO, FCCU #2, WOOD RIVER, IL 62095

10924   TOSCO, PO BOX 262, WOOD RIVER, IL 62095

10924   TOSCO, UNIT FCCU #1, ROXANA, IL 62084

10925   TOSHE K ROSE, 3355 GENOA WAY APT 129, OCEANSIDE, CA 92056-1722

10925   TOSHIBA BUSINESS SOLUTIONS, 600 RESEARCH DR, WILMINGTON, MA 01887

10925   TOSI, LINDA, 2044 W 4TH ST, BROOKLYN, NY 11223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TOSOH CERAMICS, 1952 ROUTE 22 EAST, BOUND BROOK, NJ 08805

10925   TOSONE, CHRISTINE, 7 JERSEY WAY, WALPOLE, MA 02081

10925   TOSTEN, DEBORAH, 6274 GLORIA DR, SACRAMENTO, CA 95831-1756

10925   TOT & TROT, 1106 CORD ST., BALTIMORE, MD 21220

10924   TOTAL ABATEMENT SYSTEMS CORP, 2810 LAWING LANE, ROWLETT, TX 75088

10925   TOTAL AUDIO VISUAL SERVICES, 525 NORTH WASHINGTON AVE., MINNEAPOLIS, MN 55401

10925   TOTAL AUDIO VISUAL SERVICES, PO BOX 102963, ATLANTA, GA 30368-2963

10925   TOTAL AUDIO-VISUAL SYSTEMS INC, 918 SLIGO AVE, SILVER SPRING, MD 20910

10925   TOTAL AUDIO-VISUAL SYSTEMS, INC, 918 SLIGO AVE., SILVER SPRING, MD 20910

10925   TOTAL CONCRETE SERVICES, 4325 HILLTOP ROAD, LONGMONT, CO 80504-9682

10925   TOTAL FIRE & SAFETY, XPECT FIRST AID, 6808 HOBSON VALLEY DRIVE, WOODRIDGE, IL 60517

10925   TOTAL HEALTH & SAFETY, INC, 6808 HOBSON VALLEY DR., WOODRIDGE, IL 60517

10925   TOTAL HEALTH & SAFETY, XPECT FIRST AID, 6808 HOBSON VALLEY DRIVE, WOODRIDGE, IL 60517

10925   TOTAL HEALTH PLAN INC, 303 WYMAN ST, WALTHAM, MA 02254

10925   TOTAL HEALTH PLAN INC., PO BOX 5-0720, WOBURN, MA 01815-0720

10925   TOTAL HEALTH PLAN INC., POBOX 5-0720, WOBURN, MA 01815-0720

10925   TOTAL IMAGING SYSTEMS, PO BOX 250, REDAN, GA 30074

10924   TOTAL PETROLEUM, INC., EAST SUPERIOR STREET, MI, ALMA, MI 48802

10925   TOTAL PLASTICS INC., PO BOX 67000, DETROIT, MI 48267-0323

10925   TOTAL QUALITY STAFFING SVCS, PO BOX 1759, WALNUT, CA 91788-1759

10924   TOTAL RENTAL, 2121 FM 1960, HOUSTON, TX 77073

10924   TOTAL RENTAL, 2121 FM 1960 EAST, HOUSTON, TX 77073

10924   TOTAL SAFEFTY/HAZCO, 6501 CENTERVILLE BUSINESS PARKWAY, DAYTON, OH 45401

10925   TOTAL SAFETY, PO 297517, HOUSTON, TX 77297-0517

10925   TOTAL SAFETY/HAZCO, 11111 HWY 225, LA PORTE, TX 77571

10925   TOTAL SERVICES INC., 625A PULASKI HWY, JOPPA, MD 21085

10925   TOTAL SUPPLY INC, POBOX 517, PENNSAUKEN, NJ 08110

10924   TOTAL SYSTEMS, 1600 1ST AVENUE, COLUMBUS, GA 31902

10925   TOTAL TECHNICAL SERVICES INC, PO BOX 4520, BOSTON, MA 02212-4520

10925   TOTAL TECHNICAL SERVICES,INC, PO BOX 4520, EAST HARTFORD, CT 06108

10924   TOTAL TEXTURE SYSTEMS, INC, PO BOX802707, DALLAS, TX 75380

10925   TOTAL TRANSPORT SERVICES, NC, 145 HOOK CREEK BLVD, VALLEY STREAM, NY 11581

10925   TOTAL VENDING REPAIR, 16592 E. 11TH PLACE, AURORA, CO 80011

10924   TOTAL WESTERN/WESTSIDE PAVILION, C/O WESTWOOD BUILDING MATERIALS, WEST LOS ANGELES, CA 90025

10925   TOTE SYSTEMS, 651 N. BURLESON BLVD., BURLESON, TX 76028

10925   TOTE SYSTEMS, PO BOX 2916, FORT WORTH, TX 76113-2916

10925   TOTH INC, 361 HASSEMER AVE, CHERRY HILL, NJ 08002

10925   TOTH SR., ROBERT, 23 MANOR HOUSE DRIVE, TRENTON, NJ 08638

10925   TOTH, ANTHONY, 332 CRYSTAL AVE, STATEN ISLAND, NY 10314-2007

10925   TOTH, LYNNE, 150 GRANDVIEW AVE, SOMERSET, MA 02726

10925   TOTH, RANDALL, 4012 SPRINGDALE DR, OWENSBORO, KY 42303

10925   TOTH, ROBERT, 3280 JORDAN ROAD, OREFIELD, PA 18069

10925   TOTHILL, RICHARD F K, 19 WINCHESTER CT, MIDLAND, TX 79705-6360

10925   TOTO JR, ANTHONY, 183 CHELSEA ST, EVERETT, MA 02149

10925   TOTO JR, JOSEPH, 2 EMERSON ST, WILMINGTON, MA 01887

10925   TOTO, JOSEPH, 2 EMERSON ST, WILMINGTON, MA 01887

10925   TOTO, PETER, 3 MANNING TERRACE, EVERETT, MA 02149

10925   TOTTENHAM, CALVIN, 1732 KANSAS, LAMARQUE, TX 77777

10925   TOTTY, KENNETH, 25 DYSON DRIVE, SALEM, NH 03079

10925   TOTTY, KENNETH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   TOUCH AMERICA, 2610 WEST MAIN, BOZEMAN, MT 59715

10925   TOUCH, DARYL, 54 ORANGE ST, ATTLEBORO, MA 02703

10925   TOUCHET, JEANNE, 2764 LLOYD DRIVE, MAURICE, LA 70555

10925   TOUCHET, MURPHY, PO BOX 336, MERMENTAU, LA 70556-0336

10925   TOUCHET, ROBERT, 1100-A VIEUX JACQUET RD., BROUSSARD, LA 70518

10925   TOUCHIN, JOLENE, PO BOX 262, NEW LAGUNA, NM 87038

10925   TOUCHTONE SOLUTIONS INC, PO BOX 5183, MILL VALLEY, CA 94942

10924   TOUGHER INDUSTRIES/THE LEANING COR, 16 BROWNELL AVE, HARTFORD, CT 06106

10925   TOUHY, MARGARET, PLAZA APARTMENTS 91 SIP AVE., JERSEY CITY, NJ 07306

10925   TOUNGET, RICKY, 920 E. 4OTH, SAN ANGELO, TX 76904

10925   TOUPS, JR, KEARNEY, BOX 67, PECAN ST, MATHEWS, LA 70375

10925   TOUPS, JR, LINDEL, 213 CYPRESS ST., RACELAND, LA 70394

10925   TOUPS, RENE, 412 W. 13TH ST, LAROSE, LA 70345

10925   TOUPS, SHERRYL, 5800 LUMBERDALE #63, HOUSTON, TX 77092

10925   TOUPS, TED, 170 HYLAND DRIVE, GHEENS, LA 70375

10925   TOUPS, TOMMY, PO BOX 578, RACELAND, LA 70394

10925   TOURIGNEY, DONALD, 37339 MOJAVE SAGE ST, PALM DESERT, CA 92211

10925   TOURNAMENT OF THE STARS, 155 E. PKWY #26, LAKE CHARLES, LA 70607

10925   TOURNAMENT TURF LABORATORIES INC, 405 GLADE MILL ROAD, VALENCIA, PA 16059

10925   TOURNEY, MARK, 92 SOUTH 9TH, NOBLESVILLE, IN 46060

10925   TOURNEY, PAUL, 2954 HUNTERS MEADOW, KALAMAZOO, MI 49004

10924   TOURO HOSPITAL, 1401 FAUCHER ST. (SIDE ST. OF HOSP), NEW ORLEANS, LA 70124

10925   TOURO, JEFFREY, 31 FRANK ST, ACUSHNET, MA 02743

10925   TOURTELOT CO., 1713 ELMHURST RD., ELK GROVE VILLAGE, IL 60007

10925   TOURTELOT COMPANY, 1713 ELMHURST RD, ELK GROVE, IL 60007

10925   TOURTELOT COMPANY, 1713 ELMHURST RD., ELK GROVE, IL 60007

10925   TOURVILLE, LOUISE, 105 ROBINSON ROAD, HUDSON, NH 03051

10925   TOURVILLE, RENEE, 6848 RUBENS CT, ORLANDO, FL 32818

10925   TOURVILLE, THERESA, 3723 W YILTHERESA DR, GLENDALE, AZ 85308

10925   TOUSEY FAMILY TRUST, THE, UA APR 5 9, 9633 PINE SPRINGS DR, MORRISON, CO 80465

10925   TOUSEY, MICHAEL, 9633 PINE SPRINGS DRIVE, MORRISON, CO 80465

10925   TOUSIGNANT, MARJORIE, 3803 OLD ROAD 37 #115, LAKELAND, FL 33803-5048

10925   TOUSIGNANT, MATT, 356 CHESTNUT WEST, RANDOLPH, MA 02368

10925   TOUSSAINT, KENNETH, 105 BROOKLYN LANE, RACELAND, LA 70394

10925   TOVAR, ANA, 25602 SW 95TH ST, INDIANTOWN, FL 34956

10925   TOVAR, FREDY, 4105 CONWAY AVE #F, CHARLOTTE, NC 28209

10925   TOVAR, JUAN, 239 W THEO AVE, SAN ANTONIO, TX 78214

10924   TOVENCA, CENTRO EMPRES LA TRINIDAD, CARACAS MIRANDA, 0VENZUALA          *VIA Deutsche Post*

10925   TOVROV, JOHN, 14 SAGAMORE PARK, MEDFORD, MA 02155

10925   TOW, LANNY, 261 TWIN VALLEY ROAD, DUNCAN, SC 29334

10925   TOWAWAY EXPRESS INC, PO BOX 444, NEW KINGSTOWN, PA 17072-9981

10924   TOWER AUTOMOTIVE, 27175 HAGGERTY RD., NOVI, MI 48377-3626

10925   TOWER CLEANING SYSTEMS, POBOX 549, SOUTHEASTERN, PA 19399-0549

10925   TOWER ELECTRONICS INC, 1007 LAUREL OAK RD, VOORHEES, NJ 08043-3506

10925   TOWER GROUP INTERNATIONAL, A DIV OF TOWER GROUP INTL, BOSTON, MA 02211

10925   TOWER GROUP INTERNATIONAL, PO BOX 4590, BUFFALO, NY 14240

10925   TOWER GROUP INTERNATL INC, 2400 MARINE AVE, REDONDO BEACH, CA 90278

10925   TOWER REPORTING COMPANY, 600 BALTIMORE AVE SUITE 201, TOWSON, MD 21204-4034

10924   TOWER SPECIALISTS, INC., 35 HARDY ROAD, FALMOUTH, ME 04105

10925   TOWER, BRIAN, 1118 DEWEY ROAD, KENSINGTON, MD 20895

10924   TOWER, ROSEWAY PLASTERING, PORTLAND, OR 97227

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   TOWER, RUSSELL, 166 EAST RD, ADAMS, MA 01220

10924   TOWERS CONCRETE PRODUCTS, 9224 ANDERSONTOWN RD, DENTON, MD 21629

10924   TOWERS CONCRETE PRODUCTS, 9224 ANDERSONTOWN ROAD, DENTON, MD 21629

10925   TOWERS PERRIN, 245 PARK AVE, NEW YORK, NY 10167-0128

10925   TOWERS PERRIN, PO BOX 8500,STE 6110, PHILADELPHIA, PA 19178

10925   TOWERS PERRIN, POBOX 8500, S-6110, PHILADELPHIA, PA 19178

10925   TOWERS, JEANNE, 2 CUPID CT., DIX HILLS, NY 11746

10925   TOWERY PUBLISHING, 326 N CHARLES ST 4TH FL, BALTIMORE, MD 21201

10925   TOWERY, BILLY, 12624 S 123RD E AVE, BROKEN ARROW, OK 74011

10925   TOWESON TRUCK SERVICE, 6701 OSBORN ST., BLDG. 1, HAMMOND, IN 46323-1417

10925   TOWLE, AMY, 339 S WALNUT ST, KIMBERLY, WI 54136

10925   TOWLE, LEO, 11 PAUL REVERE RD, BEDFORD, MA 01730

10925   TOWLE, PATRICIA, 11 PAUL REVERE ROAD, BEDFORD, MA 01730-1623

10925   TOWLE, PAUL, 12 CEDAR ST, MALDEN, MA 02148

10925   TOWLER ELECTRIC CO. INC., 231 SOUTH OLD BELAIR ROAD, GROVETOWN, GA 30813

10925   TOWN & COUNTRY BUILDING SERVICES, 1828 SWIFT #300, NORTH KANSAS CITY, MO 64116

10924   TOWN & COUNTRY CONCRETE INC., 13401 WESTHEIMER, HOUSTON, TX 77077

10924   TOWN & COUNTRY CONCRETE INC., 1585 W. SAM HOUSTON PKWY NORTH, HOUSTON, TX 77043

10924   TOWN & COUNTRY CONCRETE INC., 202 HOLMES ROAD, HOUSTON, TX 77045

10925   TOWN & COUNTRY DISPOSAL INC., PO BOX 704, OTTAWA, IL 61350

10925   TOWN & COUNTRY ELECTRIC CO., 2662 AMERICAN DRIVE, APPLETON, WI 54912-0627

10925   TOWN & COUNTRY MANAGEMENT CO, THE, 8726 TOWN & COUNTRY BLVD #205, ELLICOTT CITY, MD 21043

10925   TOWN & COUNTRY RESTAURANT, 110 N. MARKET ST, CHATTANOOGA, TN 37405

10925   TOWN & COUNTRY, 2570 SAN RAMON VALLEY BLVD, SAN RAMON, CA 94583

10924   TOWN CENTER PLAZA, C/O ELIASON AND KNUTH, LEAWOOD, KS 66206

10924   TOWN CREEK BAPTIST CHURCH, 570 TOWN CREEK DRIVE, AIKEN, SC 29803

10925   TOWN OF ACTON, 256 CENTRAL ST, ACTON, MA 01720

10925   TOWN OF ACTON, 472 MAIN ST, ACTON, MA 01720

10925   TOWN OF ACTON, 472 MAIN ST., ACTON, MA 01720

10925   TOWN OF ACTON, PO BOX 2212, ACTON, MA 01720

10925   TOWN OF ALFRED (ME), PO BOX 850, ALFRED, ME 04002

10925   TOWN OF BERLIN, 240 KENSINGTON ROAD, BERLIN, CT 06479

10925   TOWN OF CANTON, PO BOX 378, CANTON, MA 02021

10925   TOWN OF CANTON, PO BOX 378, WATER & SEWER DEPT, CANTON, MA 02021

10925   TOWN OF CONCORD, PO BOX 535, CONCORD, MA 01742

10925   TOWN OF DERRY, 48 EAST BROADWAY, DERRY, NH 03038

10925   TOWN OF LEXINGTON, 1625 MASSACHUSETTS AVE, LEXINGTON, MA 02173

10925   TOWN OF LEXINGTON, 1625 MASSACHUSETTS AVE, LEXINGTON, MA 02420

10925   TOWN OF LEXINGTON, COLLECTOR OF TAXES, LEXINGTON, MA 02173

10925   TOWN OF LEXINGTON, PO BOX 614, LEXINGTON, MA 02420

10925   TOWN OF MADISON, TOWN HALL, 2120 FISH HATCHERY RD, MADISON, WI 53715

10925   TOWN OF MAINE, POBOX 850, ALFRED, ME 04002

10925   TOWN OF ORONO, PO BOX 130, ORONO, ME 04473-0130

10925   TOWN OF SANDWICH MASS, GEORGE DUHHAM TOWN ADMIN, 130 MAIN ST, SANDWICH, MA 02563-2208

10925   TOWN OF WALPOLE, 135 SCHOOL ST, WALPOLE, MA 02081

10925   TOWN OF WINDHAM DISTRICT 1, PO BOX 195, WILLIMANTIC, CT 06226-0195

10924   TOWN POINT OFFICE BUILDING, 75 NORTH TO EXIT 117, KENNESAW, GA 30144

10925   TOWN SURFACE EXPRESS, 24805 US 20 WEST, SOUTH BEND, IN 46628

10925   TOWNE AIR FREIGHT, INC, PO BOX 4162, SOUTH BEND, IN 46624-4162

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | TOWNE CONST/CYMER, C/O EXPO BUILDING MATERIALS, SAN DIEGO, CA 92101 | |
| 10924 | TOWNE HOUSE RESTORATIONS, 58-15 49TH PLACE, MASPETH, NY 11378 | |
| 10924 | TOWNE READY MIX, 16398 HWY 8 WEST, GRENADA, MS 38901 | |
| 10925 | TOWNE REALTY INC., 710 N. PLANKINTON AVE, MILWAUKEE, WI 53203 | |
| 10925 | TOWNE, ELIZABETH, 19 COLLISTON ROAD, BRIGHTON, MA 02135 | |
| 10925 | TOWNE, GHABE, 18803 TOWNE AVE, CARSON, CA 90746 | |
| 10924 | TOWNER COUNTY HOSPITAL, C/O CLASSIC COMPANY, CANDO, ND 58324 | |
| 10925 | TOWNER, CAROL, 13412 CO. RD. 280, BIG PRAIRIE, OH 44611 | |
| 10925 | TOWNER, LISA, 2427 INDIANA AVE, COLUMBUS, OH 43202 | |
| 10924 | TOWNES READY MIX, 16398 HWY 8 WEST, GRENADA, MS 38901 | |
| 10925 | TOWNES, LAWRENCE, 823 WILDWOOD PKWY, BALTIMORE, MD 21229 | |
| 10925 | TOWNLEY MANUFACTURING CO, INC, PO BOX 221, CANDLER, FL 32111-0221 | |
| 10925 | TOWNLEY MANUFACTURING CO. INC., PO BOX 221, CANDLER, FL 32111-0221 | |
| 10925 | TOWNLEY, JERRY, RR1 BOX 24, KONAWA, OK 74849 | |
| 10925 | TOWNLEY, MELODY, 10951 LAUREATE, SAN ANTONIO, TX 78249 | |
| 10925 | TOWNS, CAROLINE, 10-E ST HIDDEN ACRES, SELMA, AL 36701 | |
| 10925 | TOWNS, L, 2355 GIBBONS ST, BARTOW, FL 33830 | |
| 10925 | TOWNS, PEARL, 2355 GIBBONS ST, BARTOW, FL 33830-6722 | |
| 10925 | TOWNS, SHANE, 1725 S LOTUS PLACE, ANAHEIM, CA 92804 | |
| 10925 | TOWNS, THERESA, 245 N. C.R. 625 E, DANVILLE, IN 46122 | |
| 10924 | TOWNSCO CONTRACTING CO, KNOB NOSTER, MO 65336 | |
| 10924 | TOWNSCO CONTRACTING CO, P. O. BOX 305, OKLAHOMA CITY, OK 73101 | |
| 10924 | TOWNSCO CONTRACTING CO.,I, PO BOX 305, OKLAHOMA CITY, OK 73101 | |
| 10925 | TOWNSEND CULINARY INC., 401 S DUPONT HWY, GEORGETOWN, DE 19947-1883 | |
| 10924 | TOWNSEND ENVIRONMENTAL CONSTRUCTION, 405 SOUTH DUNCAN AVENUE, CLEARWATER, FL 33755 | |
| 10925 | TOWNSEND FLOORS & INTERIORS, 241 MAIN ST, TOWNSEND, MA 01469 | |
| 10925 | TOWNSEND TARNELL, INC, PO BOX 90327, HOUSTON, TX 77290 | |
| 10925 | TOWNSEND, AARON, 3421 N FLORISSANT, ST LOUIS, MO 63107 | |
| 10925 | TOWNSEND, ANDRE, 4418 TUNA DRIVE, TAMPA, FL 33617 | |
| 10925 | TOWNSEND, CANDY, 9700 OAK ST NE, ST PETERSBURG, FL 33702 | |
| 10925 | TOWNSEND, CARROL, 108 ELMONT RD, VALLEY STREAM, NY 11580 | |
| 10925 | TOWNSEND, DEBORAH, PO BOX 548, E. SANDWICH, MA 02537 | |
| 10925 | TOWNSEND, DIANE, RT 2, BOX 170A3, KEYSVILLE, VA 23947 | |
| 10925 | TOWNSEND, GEORGE, 4111 SHARON RD, LAUREL, MS 39440 | |
| 10925 | TOWNSEND, J, 1220 LAUREL ST, BARTOW, FL 33830 | |
| 10925 | TOWNSEND, J, 1800 DUTCH LANE LOT 81, JEFFERSONVILLE, IN 47130 | |
| 10925 | TOWNSEND, JOHN, 20 ACADEMY LN, #414, MYSTIC, CT 06355-2562 | |
| 10925 | TOWNSEND, JOHN, 2046 BRECON DRIVE, JACKSON, MS 39211 | |
| 10925 | TOWNSEND, LINDA, 323 SAN ROMAN DR, CHESAPEAKE, VA 23320 | |
| 10925 | TOWNSEND, LISA, 625 PIKEVIEW DR., PITTSBURGH, PA 15239 | |
| 10925 | TOWNSEND, MATTIE, 1220 LAUREL ST, BARTOW, FL 33830-5214 | |
| 10925 | TOWNSEND, MICHAEL, 21375 ROSCOE BLVD., CANOGA PARK, CA 91304 | |
| 10925 | TOWNSEND, PAULA, 1216 E VILLAGE DR APT 7B, SOUTH CHARLESTON, WV 25309 | |
| 10925 | TOWNSEND, ROBERT, 103 ALEXANDER DRIVE, FRANKLIN, TN 37064 | |
| 10925 | TOWNSEND, ROBERT, 2921 EVERETT, BLUE ISLAND, IL 60604 | |
| 10925 | TOWNSEND, WILLIAM, 9043 DALLAS HOLLOW RD #62, SODDY DAISY, TN 37379 | |
| 10925 | TOWNSEND-LADKI, CECELIA, 420 MANSFIELD ST, STAR CITY, WV 26505 | |
| 10925 | TOWNSENDS INC, POBOX 8500 (S-8340), PHILADELPHIA, PA 19178 | |
| 10925 | TOWNSENDS, INC, PO BOX 8500 (S-7505), PHILADELPHIA, PA 19178-7505 | |
| 10925 | TOWNSHIP GLASS CO INC, POBOX 8085, TURNERSVILLE, NJ 08012 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TOWNSHIP GLASS CO., 110 LAMBS RD., HURFFVILLE, NJ 08080

10925   TOWNSHIP OF FALLS AUTHORITY, 275 YARDLEY AVE, FALLSINGTON, PA 19054

10925   TOWNSHIP OF FALLS, 188 LINCOLN HWY SUITE 100, FAIRLESS HILLS, PA 19030

10925   TOWNSHIP OF HAMILTON SEWER UTILITY, 2090 GREENWOOD AVE. CN00150, TRENTON, NJ 08650

10925   TOWNSHIP OF NORTH BERGEN, 4233 KENNEDY BLVD., NORTH BERGEN, NJ 07047

10925   TOWNSHIP OF NORTH BERGEN, COLLECTOR OF TAXES, 4233 KENNEDY BLVD., NORTH BERGEN, NJ 07047

10925   TOWNSHIP OF WOOLWICH, MCCAFFREY & RENNER, ROBERT T ORR & JORDAN R IRWIN, 108 EUCLID AVE, WOODBURY, NJ 08096

10925   TOWNSHIP OF WOOLWICH, ROBERT T ORR, MCCAFFREY & RENNER, 108 EUCLID ST, PO BOX 574, WOODBURY, NJ 08096

10925   TOWNSON, CONNIE, 2414 JULIE COURT, VIRGINIA BEACH, VA 23454

10925   TOWNSON, LINDA, RT.1 BOX 50-V, BLOOMING GROVE, TX 76626

10925   TOWSON GOLF & COUNTRY CLUB, 12801 STONE HILL RD., PHOENIX, MD 21131

10924   TOWSON MARKET PLACE, C/O BROADWAY SERVICES, 392 VERO ROAD SUITE D, BALTIMORE, MD 21227

10925   TOWSON MEDICAL EQUIPMENT CO, INC, 8849 ORCHARD TREE LN., BALTIMORE, MD 21286

10925   TOWSON PRESBYTERIAN CHRCH, 400 W. CHESAPEAKE AVE, TOWSON, MD 21204-4398

10925   TOWSON REPORTING CO INC, 600 BALTIMORE AVE ST 201, TOWSON, MD 21204-4034

10925   TOWSON STATE UNIVERSITY, 8000 YORK RD, TOWSON, MD 21252

10925   TOWSON STATE UNIVERSITY, BURSARS OFFICE, TOWSON, MD 21252-0001

10925   TOWSON SURGICAL SUPPLY, 1720 JOAN AVE., BALTIMORE, MD 21234

10925   TOWSON UNIVERSITY, TOWSON UNIVERSITY, 8000 YORK ROAD, TOWSON, MD 21252

10925   TOXIC SUBSTANCES CONTROL DEPT OF, OII PROJECT COORDINATOR, 1011 GRANDVIEW AVE, GLENDALE, CA 91201

10925   TOXIKON CORPORATION, PO BOX 9600, MANCHESTER, NH 03108-9600

10925   TOXIKON, POBOX 9600, MANCHESTER, NH 03108-9600

10924   TOXTRAP INC., 1059 HORSE POND ROAD, DOVER, DE 19901

10925   TOYE, TAMIKO, 600 HUNTINGTON AVE BOX 913, BOSTON, MA 02115

10925   TOYOTA FINANCIAL SERVICES, 1411 W. 190TH ST., STE. 700, GARDENA, CA 90248

10925   TOYOTA FORKLIFTS OF ATLANTA, 3111 E PONCE DE LEON AVE, SCOTTDALE, GA 30079

10925   TOYOTA FORKLIFTS OF ATLANTA, 3111 E. PONCE DE LEON AVE., SCOTTDALE, GA 30079

10925   TOYOTA MATERIAL HANDLING, FILE # 73188, POBOX 60000, SAN FRANCISCO, CA 94161-3188

10925   TOYOTA MOTOR CORP SALES USA INC, RALPH PEREZ ASST GEN COUN, 19001 S WESTERN AVE, TORRENCE, CA 90509

10925   TOYOTA MOTOR CREDIT CORP, COMMERCIAL FINANCE, POBOX 2431, CAROL STREAM, IL 60132-2431

10925   TOYOTA MOTOR CREDIT CORP., PO BOX 2431, CAROL STREAM, IL 60132-2431

10925   TOYOTA MOTOR CREDIT CORP., PO BOX 3457, TORRANCE, CA 90510-3457

10924   TOYOTA MOTOR MANUFACTURING NORTH, 1001 CHERRY BLOSSOM WAY, GEORGETOWN, KY 40324

10925   TOYOTA OF KNOXVILLE, 10315 PARKSIDE DRIVE, KNOXVILLE, TN 37922

10925   TOYOTA OF ROSWELL, 11130 ALPHARETTA HWY, ROSWELL, GA 30076

10925   TOYOTALIFT OF ARIZONA INC., 1445 N. 26TH AVE., PHOENIX, AZ 85009-3626

10925   TOYOTALIFT OF HOUSTON, 9159 WALLISVILLE ROAD, HOUSTON, TX 77029

10925   TOYS R US, 2695 PLAINFIELD ROAD, JOLIET, IL 60435

10925   TOZLOWSKI JR, STANLEY, 177 BRADFORD RD, TEWKSBURY, MA 01876

10925   TOZZINI FREIRE TEIXEIRA E SILVA, 293 19TH FL, SAO PAULO BRAZIL, 01095-900BRAZIL     **\*VIA Deutsche Post\***

10925   TOZZINI, FREIRE, TEIXEIRA E SILVA, RUA LIBERO BADARO 293 20TH FL, SAO PAULO, BRASIL     **\*VIA Deutsche Post\***

10924   T-PAC, 3052 S. 19TH AVENUE, PHOENIX, AZ 85009

10924   TPAC, 5175 N CASA GRANDE, TUCSON, AZ 85743

10924   TPAC, 5175 NORTH CASA GRANDE HIGHWAY, TUCSON, AZ 85743

10925   TPJ INC, 8845 W MELODY LN, MILWAUKEE, WI 53228

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TR H I HENNAN AND CO INC, EMPLOYEES PENSION FUND, UA APR 1 71, 6151 MIRAMAR PKWY SUITE 308, MIRAMAR, FL 33023-3985

10925   TR MOORE & ASSOC, INC, 830 MCCALLIE AVE., CHATTANOOGA, TN 37403

10925   TR PRODUCTION SLIDE EXPRESS, 1031 COMMONWEALTH AVE, BOSTON, MA 02215

10925   TR PRODUCTIONS, 1031 COMMONWEALTH AVE, BOSTON, MA 02215

10925   TR PRODUCTIONS, 1031 COMMONWEALTH AVE., BOSTON, MA 02215

10925   TRA ASSOCIATES INC., 6117 OLD COURT ROAD #236, BOCA RATON, FL 33433

10925   TRA CON INC, 45 WIGGINS AVE, BEDFORD, MA 01730

10925   TRABULSY, ANGELA, 11675 WILLIS RD, FORT PIERCE, FL 34945

10925   TRAC LEASE INC., PO BOX 8500-S8115AST, PHILADELPHIA, PA 19178

10925   TRACE LABORATORIES - CENTRAL, POBOX 91271, CHICAGO, IL 60656

10924   TRACE STORAGE TECHNOLOGY USA CORP., 47531 WARM SPRINGS BOULEVARD, VALLEJO, CA 94589

10924   TRACE STORAGE TECHNOLOGY, 8 CREATION FIRST ROAD, HSIN-CHU   TAIWAN, 0TWN          **\*VIA Deutsche Post\***

10924   TRACER TECHNOLIGIES, INC., 20 ASSEMBLY SQUARE DR., SOMERVILLE, MA 02145

10925   TRACER TECHNOLOGIES, 20 ASSEMBLY SQUARE DR, SOMERVILLE, MA 02145

10924   TRACER TECHNOLOGY, 20 ASSEMBLY SQUARE DR., SOMERVILLE, MA 02145

10925   TRACEY, CYNTHIA, 3117 HOPE ROAD, EASTON, PA 18042

10925   TRACEY, PATRICIA, 221 SINCLAIR RD, BROCKTON, MA 02402

10925   TRACEY, ROBERT, 742 DOW AVE, GENEVA, IL 60134

10925   TRACEYS TOWING CO., ROUTE 2, LINCOLN, MA 01773

10925   TRACHTENBURG, RICHARD, 154 COLD SPRING ROAD #61, STANFORD, CT 06905

10925   TRACI L ISABELLE &, COURTNEY L ISABELLE JT TEN, PO BOX 3002-116, NEWBURYPORT, MA 01950

10925   TRACI LOMBARDO, C/O CHARLES & TANYA TABAK, 6 CROMWELL DR, CONVENT STATION, NJ 07960-4602

10925   TRACK EXPRESS SERVICES, PO BOX 866, GREER, SC 29652

10925   TRACK II ASSOCIATES, ROSENBERG & RICH- GEN COUNSEL, 149 GRAND ST., WHITE PLAINS, NY 10601

10924   TRACO INDUSTRIAL CORP., 461 W. 126TH STREET, NEW YORK, NY 10027

10924   TRACO, 71 PROGRESS AVENUE, CRANBERRY TOWNSHIP, PA 16066-3596

10924   TRACO, A THREE RIVERS ALUMINUM CO., 5100N.W. 72ND AVENUE, MIAMI, FL 33166

10924   TRACO, BUILDING A, 71 PROGRESS AVENUE, CRANBERRY TOWNSHIP, PA 16066-3596

10924   TRACON C/O D&N ELECTRIC, 784 HIGHWAY 74 SOUTH, PEACHTREE CITY, GA 30269

10924   TRACOR AEROSPACE, 6500 TRACOR LANE, AUSTIN, TX 78725

10924   TRACOR AEROSPACE, BLDG 1-3, 6500 TRACOR LANE, AUSTIN, TX 78725

10924   TRACOR AEROSPACE, BLDG 8, 6500 TRACOR LANE, AUSTIN, TX 78725

10925   TRACOR INC, LEROY J KANA VP & CORP DIR, 6500 TRACOR LANE M/D 8-22, AUSTIN, TX 78725-2070

10924   TRACOR TECHNOLOGY RESOURCES, 1601 RESEARCH BLVD., ROCKVILLE, MD 20850

10925   TRACTOR & EQUIPMENT CO., 5336 AIRPORT HWY P.O.BOX 12326, BIRMINGHAM, AL 35202

10925   TRACTOR & EQUIPMENT CO., PO BOX 12326, 5336 AIRPORT HWY, BIRMINGHAM, AL 35202-2326

10925   TRAC-WORK, INC, PO BOX 550, ENNIS, TX 75120-0550

10925   TRAC-WORK, INC, PO BOX 828, SULPHUR, LA 70664

10925   TRACY A SEASE, 6606 MARSHALL BLVD, LITHONIA, GA 30058

10925   TRACY ALLEN CALDER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   TRACY BUILDING MATERIALS, 1105 N. MARSHALL AVE., EL CAJON, CA 92020-1830

10924   TRACY BUILDING SUP, 1105 N. MARSHALL AVE., EL CAJON, CA 92020

10925   TRACY CONST., 8416 S. OKETO AVE., BRIDGEVIEW, IL 60455

10925   TRACY CONSTRUCTION INC., 8416 SOUTH OKETO AVE, BRIDGEVIEW, IL 60455

10924   TRACY GENERAL CONSTRUCTION, 1855 E. COUNTY 16TH, YUMA, AZ 85365

10924   TRACY GENERAL CONSTRUCTION, CAMBRIDGE, MA 02140

10924   TRACY GENERAL CONSTRUCTION, PO BOX 7111, ROLL, AZ 85347

10925   TRACY JR, WILLIAM F, 8761 UPPER THOMAS ST, ROME, NY 13440

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | TRACY L. SMITH, C/O: GRACE DAVISON, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | TRACY MCINTOSH, 13173 SUNSET DR., DILLSBORO, IN 45018 | |
| 10925 | TRACY, A ROBERT, 213 W OAK ST, ROME, NY 13440-2743 | |
| 10925 | TRACY, ANNA, VINEBROOK VILLAGE APT 12-D, LEXINGTON, MA 02173 | |
| 10925 | TRACY, CHRISTINE, 12 GEORGE ST, PITTSTON, PA 18640 | |
| 10925 | TRACY, DONALD, 4405 LUCKASAVAGE, PLANT CITY, FL 33566 | |
| 10925 | TRACY, JOHN J, 3601 GRANT LINE RD, RANCHO CORDOVA, CA 95742-7004 | |
| 10925 | TRACY, PAMELA, 63 FLORENCE AVE, HAWTHORNE, NJ 07506 | |
| 10925 | TRACY, PAULA, 912 PAUL ST, MCHENRY, IL 60050 | |
| 10925 | TRACY, RICHARD, 5250 W 80TH AVE, ARVADA, CO 80003 | |
| 10925 | TRAD DESIGNS, 319-A MARINE AVE, BALBOA ISLAND, CA 92662 | |
| 10925 | TRADE & CULTURE, PO BOX 10998, BALTIMORE, MD 21234-0998 | |
| 10925 | TRADE PRESS PUBLISHING CORP, 2100 W FLORIST AVE, GLENDALE, WI 53209-3799 | |
| 10925 | TRADE SHOW ELECTRICAL, 16220 CARMENITA ROAD, CERRITOS, CA 90703 | |
| 10925 | TRADE SHOW EXHIBITORS ASSC., 5501 BACKLICK RD., STE. 105, SPRINGFIELD, VA 22151 | |
| 10925 | TRADE UNION COURIER, 215 LEXINGTON AVE 13TH FL, NEW YORK, NY 10016 | |
| 10925 | TRADE WINDS TRAVEL, 700 UNIVERSITY AVE., TORONTO, ON M5G 1Z5CANADA | *VIA Deutsche Post* |
| 10925 | TRADEMARK REGISTER, THE, 2100 NATIONAL PRESS, WASHINGTON, DC 20045 | |
| 10925 | TRADEMARK REGISTER, THE, NATIONAL PRESS BLBG., WASHINGTON, DC 20045 | |
| 10925 | TRADER VICS, NO 9 ANCHOR DR, EMERYVILLE, CA 94608 | |
| 10925 | TRADER VICS, PO BOX 883366, SAN FRANCISCO, CA 94188-3366 | |
| 10925 | TRADER, BRAD, 3588 POWDER MILL RD #201, BELTSVILLE, MD 20705 | |
| 10925 | TRADER, DESIREE, 7719 GILBERT ST, PHILADELPHIA, PA 19150 | |
| 10925 | TRADER, LEONARD, 14100 CHADRON AVE., HAWTHORNE, CA 90250 | |
| 10924 | TRADES AND TOOLS, INC, 3131 E GULF TO LAKE HWY, INVERNESS, FL 34453 | |
| 10925 | TRADESHOW WEEK, PO BOX 16447, NORTH HOLLYWOOD, CA 91615-6447 | |
| 10924 | TRADE-WINDS ENVIROMENTAL RESTOR., 100 SWEENEYDALE AVE, BAYSHORE, NY 11706 | |
| 10924 | TRADE-WINDS ENVIRON. REST. WHSE, 100 SWEENEYDALE AVENUE, BAY SHORE, NY 11706 | |
| 10924 | TRADE-WINDS ENVIRONMENTAL RESTOR., 100 SWEENEYDALE AVENUE, BAY SHORE, NY 11706 | |
| 10924 | TRADEWINDS ENVIRONMENTAL, 100 SWEENYDALE AVE., BAY SHORE, NY 11706 | |
| 10924 | TRADEWINDS ENVIRONMENTAL, C/O RICH VOLPE, BABYLON, NY 11704 | |
| 10925 | TRADEWINDS MINI-STORAGE 1, PO BOX 4962, CORPUS CHRISTI, TX 78469 | |
| 10925 | TRADEWINDS MINI-STORAGE 1, POBOX 4962, CORPUS CHRISTI, TX 78469 | |
| 10924 | TRADING ARRANGEMENT, 1424 W. SAM HOUSTON PKY. #180, HOUSTON, TX 77043 | |
| 10924 | TRADITIONAL CONC. INC, W142 N9110 FOUNTAIN BLVD, MENOMONEE FALLS, WI 53052 | |
| 10924 | TRADITIONAL CONC. INC., P.O. BOX 157, MENOMONEE FALLS, WI 53052 | |
| 10924 | TRAFALGAR HOUSE CONST, P.O.BOX 129, COINJOCK, NC 27923 | |
| 10924 | TRAFALGAR HOUSE CONSTRUCTION, C/O CONSTRUCTION COATINGS, COINJOCK, NC 27923-0129 | |
| 10924 | TRAFALGAR HOUSE CONSTRUCTION, CURRITUCK HIGH SCHOOL, BARCO, NC 27917 | |
| 10925 | TRAFFANSTEDT, LINDA, 1910 HANSON COURT, OPELIKA, AL 36801 | |
| 10924 | TRAFFIC CONTROL FACILITY, 784 HWY 74 S, PEACHTREE CITY, GA 30269 | |
| 10925 | TRAFFIC CONTROL SERVICE INC, 1881 BETMOR LN, ANAHEIM, CA 92805 | |
| 10925 | TRAFFIC COURT, 180 MAGNOLIA ST, SPARTANBURG, SC 29301 | |
| 10925 | TRAFFIC COURT, PO BOX 925, LAURENS, SC 29360 | |
| 10924 | TRAFFIC MANAGEMENT OFFICER, BLDG 1221, ALBANY, GA 31704-5000 | |
| 10924 | TRAFFIC MANAGEMENT OFFICER, M/F: DSSC WAREHOUSE 1330 DR. 1, ALBANY, GA 31704 | |
| 10924 | TRAFFIC MGMNT OFFICER 405966, MARINE CORPS BASE, CAMP LEJEUNE, NC 28542 | |
| 10925 | TRAGER ESQ, TIMOTHY J, EL PRESIDIO BLDG, 800 PRESIDIO AVE, SANTA BARBARA, CA 93101-2210 | |
| 10924 | TRAGER READY MIX  & SEPTIC, UTICA, MO 64686 | |
| 10924 | TRAGER READY MIX, P. O. BOX 287, UTICA, MO 64686 | |
| 10924 | TRAGER READY MIX, PO BOX 287, UTICA, MO 64686 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  TRAGER, BARBARA J, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925  TRAGER, BARBARA, 110-23 CARTWHEEL CT, WASHINGTONVILLE, NY 10992

10925  TRAGERT, ROBERT, 15 MASCONOMET RD, IPSWICH, MA 01938

10925  TRAHAN JR., RONALD, 1418 JOHNSON, JENNINGS, LA 70546

10925  TRAHAN, CHERISE, 330 E. 46TH, #4S, NEW YORK, NY 10017

10925  TRAHAN, CURTIS, 1630 KELLIWOOD OAKS, KATY, TX 77450

10925  TRAHAN, DALE, 5365 WINNER CIRCLE LANE, VINTON, LA 70668

10925  TRAHAN, DANIEL, 314 MEYERS ST., ABBEVILLE, LA 70510

10925  TRAHAN, DAVID, RT. 3, BOX 479-B, JENNINGS, LA 70546

10925  TRAHAN, FLOYD, 205 LELAND ST, SULPHUR, LA 70663

10925  TRAHAN, KAREN, 722 BERGERIE, NEW IBERIA, LA 70560

10925  TRAHAN, LINDON, PO BOX 141, HAYES, LA 70646

10925  TRAHAN, LOUIS, PO BOX 791, JENNINGS, LA 70546

10925  TRAHAN, MARK V, 921 SPANISH MISSION TRL, LAKE CHARLES, LA 70605-7178

10925  TRAHAN, MARK, 136 C. N. MERYERS, LAFAYETTE, LA 70508

10925  TRAHAN, MARK, 910 WEST MAIN, HACKBERRY, LA 70645

10925  TRAHAN, MARK, 921 SPANISH MISSION, LAKE CHARLES, LA 70605

10925  TRAHAN, MICHAEL, 15250 GRAY RIDGE, HOUSTON, TX 77082

10925  TRAHAN, MICHAEL, 313 UNKEL ROAD, KINDER, LA 70648

10925  TRAHAN, MICHAEL, 3131 KNIGHT ST, SHREVEPORT, LA 71105

10925  TRAHAN, MITCHELL, 7553 TANGUERAY LN., LAKE CHARLES, LA 70607

10925  TRAHAN, NELSON, PO BOX 86, HAYES, LA 70646

10925  TRAHAN, NORMAN, 100 SHELIA DR, LAFAYETTE, LA 70507

10925  TRAHAN, PATRICK, PO BOX 34, HAYES, LA 70646

10925  TRAHAN, RONALD, PO BOX 254, HAYES, LA 70646

10925  TRAHAN, SR, JOHN, 225 KRAMER ST, HOUMA, LA 70364

10925  TRAHAN, STUART, ROUTE 16 BOX 1539, LAKE CHARLES, LA 70605

10925  TRAHAN, TERRY, RT. 4, BOX 468, CROWLEY, LA 70526

10925  TRAHAN, TIMOTHY, 4214 SOUTHDOWN MANDALAY, HOUMA, LA 70360

10925  TRAHAN, TINA M, 1609 E. LINCOLN RD., LAKE CHARLES, LA 70607

10925  TRAHAN, TINA, 1609 E LINCOLN RD, LAKE CHARLES, LA 70607

10924  TRAIL CHEMICAL COMPANY, 9904 GIDLEY STREET, EL MONTE, CA 91731

10925  TRAIL CHEMICAL CORPORATION, 9904 GIDLEY ST, EL MONTE, CA 91731

10925  TRAIL, PHILLIP, 1124 E 2ND ST, LONG BEACH, CA 90802

10925  TRAILCO EQUIPMENT CORP., 740 JULIE ANN WAY, OAKLAND, CA 94621

10925  TRAILER LEASING COMPANY, 2150 E. LAKE COOK RD, BUFFALO GROVE, IL 60089-1876

10925  TRAILER SPECIALIST, THE, 1010 MOFFAT BLVD., RIPON, CA 95366

10925  TRAILER SUPPLY CENTER, 4610 HWY 102 & I-40, SHAWNEE, OK 74801

10925  TRAILER TRANSIT, INC, 1120 EAST US 20, PORTER, IN 46304

10925  TRAILERS OF NEW ENGLAND, ROUTE 20 POBOX 797, PALMER, MA 01069

10925  TRAILERSOURCE, 117 BARBER RD SE, MARIETTA, GA 30060-7453

10924  TRAILS AT THE PARK APTS, 815 W. SLAUGHTER, AUSTIN, TX 77848

10925  TRAINA, MARY, 6200 MORTON ST, METAIRIE, LA 70003

10925  TRAINERS WAREHOUSE, 89 WASHINGTON AVE., NATICK, MA 01760

10925  TRAINERS WAREHOUSE, THE, 89 WASHINGTON AVE, NATICK, MA 01760

10925  TRAINERS-IN-ACTION, 92 HIGHLAND LANE, IRVINGTON, NY 10533

10925  TRAINHAM, JUDITH, 15532 WOODWAY DR, TAMPA, FL 33613

10925  TRAINING NETWORK, INC, THE, 106 CAPITOLA DR, DURHAM, NC 27713

10925  TRAINING NETWORK, THE, 1432 KEARNEY ST, EL CERRITO, CA 94530

10925  TRAINING RESOURCES INTL,INC, PO BOX 27113, WEST DES MOINES, IA 50265

10925  TRAINING, 50 SOUTH NINTH ST, MINNEAPOLIS, MN 55402

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TRAINOR ASSOCIATES INC, 15290 STONEY CREEK WAY, NOBLESVILLE, IN 46060

10925   TRAINOR, GLENICE, PO BOX 935, STUART, FL 34995

10925   TRAINOR, KELLY, 13441 MARBLE ROCK DR, CHANTILLY, VA 22021

10925   TRAINQUE, DAVID, 168 LINCOLN ST FITCHBURG MA, FITCHBURG, MA 01420

10925   TRAK MICROWAVE CORP, 4726 EISENHOWER BLVD, TAMPA, FL 33614

10925   TRAKIMAS, RICHARD, 6 WILDWOOD LN, STONEHAM, MA 02180

10925   TRAM, LINDA, 635 LUMBER ST, ALLENTOWN, PA 18102

10925   TRA-MAR DIST, POBOX 6424, ELLICOTT CITY, MD 21042

10925   TRAMCO PUMP CO., 1500 WEST ADAMS ST., CHICAGO, IL 60607

10925   TRAMCO PUMP COMPANY, 1500 WEST ADAMS, CHICAGO, IL 60607

10925   TRAMEL, CYNTHIA, 115 RICHBOROUGH DR, SPARTANBURG, SC 29307

10924   TRAMMEL CROW, 600 N LAKE BLVD, ALTAMONTE SPRINGS, FL 32701

10924   TRAMMELL & CROW, 1155 21ST ST. NW. PENTHOUSE, WASHINGTON, DC 20036-3342

10925   TRAMMELL CROW COMANY, POBOX 1000, MEMPHIS, TN 38148

10925   TRAMMELL CROW COMPANY, 7535 EAST HAMPDEN AVE SUITE 650, DENVER, CO 80231-4845

10925   TRAMMELL CROW CORPORATE APT. HOMES, 6400 CONGRESS AVE STE1100, BOCA RATON, FL 33487

10925   TRAMMELL LAWN CARE, 287 LAKE CREEK ROAD, CEDARTOWN, GA 30125

10925   TRAMMELL, CATHERINE, RT 1, BOX 179H, MEHERRIN, VA 23954

10925   TRAMMELL, ETHEL, 113 BEACHWOOD DR, SIMPSONVILLE, SC 29681

10925   TRAMMELL, LECIL, 328 UNION HWY, ENOREE, SC 29335-9579

10925   TRAMMELL, RONALD, 10115 E. MTN VIEW, SCOTTSDALE, AZ 85258

10925   TRAMMELL, RONALD, 1260 WOFFORD ROAD, ENOREE, SC 29335

10925   TRAMMELL, RONALD, 26383 HWY 221, ENOREE, SC 29335

10925   TRAMMELL, VICKY, 2659 GREENVILLE, LEAGUE CITY, TX 77573

10925   TRAMONTANA ESQ, J ANTONIO, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA 71207

10925   TRAMONTE, ANTHONY, 4 SAMOSET ST, WOBURN, MA 01801

10925   TRAN SOURCE INC., PO BOX 3416, BALTIMORE, MD 21225

10925   TRAN, ANN, 8751 BROADWAY, HOUSTON, TX 77061

10925   TRAN, ANTHONY, 6819 DREXLER ROAD, LANHAM, MD 20706

10925   TRAN, DUNG, PO BOX 29251, NEW ORLEANS, LA 70189-0251

10925   TRAN, HIEU, 29 MANSFIELD ST, EVERETT, MA 02149

10925   TRAN, HUNG, 251 JAMESON PLACE, READING, PA 19601

10925   TRAN, KHANH, 923 PEAR ST, READING, PA 19601

10925   TRAN, KIM, 303 KEARNEY DR, OWINGS MILLS, MD 21117

10925   TRAN, LAN, 242 LINDEN ST, READING, PA 19604

10925   TRAN, MAI, 1441 WEAT 7TH ST, PISCATAWAY, NJ 08854

10925   TRAN, MIMI, 8724 WILCREST DR., HOUSTON, TX 77099

10925   TRAN, MINH, 613 NORTH 13TH ST, READING, PA 19601

10925   TRAN, PHI, 403 WEST WINDSOR ST, READING, PA 19601

10925   TRAN, QUOC, 7209 BERLINGER CT, SPRINGFIELD, VA 22150

10925   TRAN, SA, 529 W PALENCIA PLACE, LAKELAND, FL 33803-3923

10925   TRAN, THUY, 21237 HART ST, CANOGA PARK, CA 91303

10925   TRAN, TOM, 911 ORANGE AVE, LONG BEACH, CA 90813

10925   TRAN, TRINH, PO BOX 2213, WICHITA FALLS, TX 76307

10925   TRAN, TUAN, 51 IRVING ST, EVERETT, MA 02149

10925   TRAN, VU, 2973 PLAZA DR., INDIANAPOLIS, IN 46268

10925   TRANCHESE, RITA, 70 UPLAND RD, YORKTOWN HTS, NY 10598

10925   TRANCHINA, MARION, 1224 BAKER ST, HILLSIDE NJ, NJ 07205

10925   TRANCHINA, PAULA, 3808 GLEN OAK DRIVE, HARVEY, LA 70058

10925   TRANE CO, 7100 MADISON, WILLOWBROOK, IL 60521

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TRANE CO, CURTIS HUMPHREY, 8929 WESTERN WAY #1, JACKSONVILLE, FL 32256

10925   TRANE CO, THE, 9603 DEERCO ROAD, SUITE 400, BALTIMORE, MD 21093

10925   TRANE CO., CHURCH ST. STATION, 2011 GREENSPRING DR., LUTHERVILLE-TIMONIUM, MD 21093

10925   TRANE COMPANY, 445 BRYANT ST., UNIT 5, DENVER, CO 80204

10925   TRANE PARTS CENTER OF GEORGIA, 2677 BUFORD HWY, NE, ATLANTA, GA 30324-3239

10925   TRANE, PO BOX 3267, WOBURN, MA 01888-2267

10925   TRANFAGLIA, JUDITH, 286 NEWBURY ST, 144, PEABODY, MA 01960

10925   TRANQUILINO, FRANK, 13612 PENN ST, WHITTIER, CA 90602

10925   TRANQUILINO, JAMANDRE, 12355 ANTOINE #2403, HOUSTON, TX 77067

10925   TRANQUILITY CRUISES, 333 VICTORY RD., STE 1127, QUINCY, MA 02171

10924   TRANS AMERICA BUILDING, 800 NORTH TRYON, CHARLOTTE, NC 28231

10924   TRANS AMERICA, C/O STANDARD INSULATING, CHARLOTTE, NC 28209

10924   TRANS AMERICA, VERSATILE COATINGS, LOS ANGELES, CA 90001

10925   TRANS ART, INC, 919 NE 20TH AVE, FORT LAUDERDALE, FL 33304

10925   TRANS CLEAN, 45 MAYFAIR PLACE, STRATFORD, CT 06615-6710

10924   TRANS COLORADO CONCRETE CO INC, 2250 JANITELL, COLORADO SPRINGS, CO 80906

10924   TRANS COLORADO CONCRETE CO INC, 3390 SOUTH DRENNAN, COLORADO SPRINGS, CO 80906

10924   TRANS COLORADO CONCRETE CO INC, MARKSHEFFEL DRIVE, COLORADO SPRINGS, CO 80906

10924   TRANS COLORADO CONCRETE CO INC., 3370 DRENNAN INDUSTRIAL LOOP, NORTH, COLORADO SPRINGS, CO 80910

10924   TRANS COLORADO CONCRETE CO., 1645 SHIELD DRIVE, STEAMBOAT SPRINGS, CO 80477

10924   TRANS COLORADO CONCRETE, 22695 WEST HIGHWAY 40, STEAMBOAT SPRINGS, CO 80487

10924   TRANS COLORDAO CONCRETE CO INC, 3370 DRENNAN INDUSTRIAL LOOP, NORTH, COLORADO SPRINGS, CO 80910

10924   TRANS ENERGY, 6203 INDUSTRIAL WAY, HOUSTON, TX 77011

10925   TRANS EXPRESS, 1730 N LYNN ST #400, ARLINGTON, VA 22209

10925   TRANS INTERNATIONAL SYSTEM, 2700 BROENING HWY,TERMINAL OFF.#207, BALTIMORE, MD 21222

10924   TRANS MIX CONC & MATLS CO, HWY 90 EAST AT COMEAUX RD, LAFAYETTE, LA 70505

10924   TRANS MIX, 4 MILES SOUTH, BOVINA, TX 79009

10924   TRANS MIX, HIGHWAY 54, DALHART, TX 79022

10924   TRANS OFCR 746655, PIONEER CHEMICAL, FB7000-6327-0017, 8110 INDUSTRIAL DR. 11, UNITED STATES AIR FORCE, CO 80840

10924   TRANS OFFICER  778144, F.P. WOLL & CO., 280 DELAWARE AVE., HOLLOMAN AIR FORCE BASE, NM 88330-7706

10925   TRANS OFFICER, (W25G1R), CHAMBERSBURG, PA 99999

10925   TRANS READ WAREHOUSE INC., 7035 W 65TH ST, BEDFORD PARK, IL 60638

10925   TRANS VAC SYSTEMS, PO BOX 1751, BURBANK, CA 91507

10925   TRANSACTION ADVISORY SERVICES LLC, 16 DRUID HILL DR, PARSIPPANY, NJ 07054

10925   TRANSALL SYSTEMS OF NEW ENGLAND INC, 110 COMMERCE WAY, WOBURN, MA 01801

10924   TRANS-ALLIANCE, 2175 LEMOINE AVENUE, SUITE 602, FORT LEE, NJ 07024

10924   TRANSAMERICA BUILDING, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90050

10925   TRANSAMERICA TITLE CO., 1800 LAWRENCE ST, DENVER, CO 80202

10925   TRANSAMERICA TITLE INS CO, 33762 SCHOOLCRAFT ROAD, LIVONIA, MI 48150

10925   TRANSAMERICA TRANSP SERVICES, INC, PO BOX 75193, CLEVELAND, OH 44101-2199

10924   TRANSAMERICA, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10924   TRANSAMERICA, C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90001

10925   TRANSAX, BOX 64888, BALTIMORE, MD 21264-4888

10925   TRANSBAY SECURITY, 645 E 14TH ST, SAN LEANDRO, CA 94577

10925   TRANSCARRIERS, PO BOX 97048, CHICAGO, IL 60690

10925   TRANSCAT CALIBRATION SERVICES, 12232 INDUSTRIPLEX BLVD., STE. 3, BATON ROUGE, LA 70809

10925   TRANSCAT SERVICE CENTER, 1080 TOWER LANE, MELROSE PARK, IL 60160

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TRANSCAT, 10 VANTAGE POINT, ROCHESTER, NY 14624 | |
| 10925 | TRANSCAT, 719 CONGRESS PARK, DAYTON, OH 45459 | |
| 10925 | TRANSCAT, PO BOX 4039, BUFFALO, NY 14240-4039 | |
| 10925 | TRANSCAT, PO BOX 711243, CINCINNATI, OH 45271-1243 | |
| 10925 | TRANSCAT, POBOX 4039, BUFFALO, NY 14240-4039 | |
| 10924 | TRANSCELL TECHNOLOGIES, 2000 CORNWALL RD.,SUITE B, MONMOUTH JUNCTION, NJ 08852 | |
| 10925 | TRANSCO MAX, INC, 400 BOUL. INDUSTRIEL, ST.-EUSTACHE(QUEBEC), QC J7R 5V3CANADA | *VIA Deutsche Post* |
| 10925 | TRANS-COASTAL INDUSTRIES INC, PO BOX 88280, ATLANTA, GA 30356 | |
| 10924 | TRANS-COASTAL INDUSTRIES, INC., PO BOX88280, ATLANTA, GA 30356 | |
| 10925 | TRANS-COASTAL INDUSTRIES, PO BOX 88280, ATLANTA, GA 30356 | |
| 10925 | TRANSCON MARKETING CORP., 4215-4225 EASTERN AVE., BALTIMORE, MD 21224 | |
| 10925 | TRANS-CONSOLIDATED DISTRIBUTORS INC, POBOX 5062, CHATSWORTH, CA 91313 | |
| 10924 | TRANS-CONTINENTAL FORWARDING CO., 1411 BUSINESS AVE., LAREDO, TX 78041 | |
| 10924 | TRANSCONTINENTAL FORWARDING, 14110 BUSINESS AVE., LAREDO, TX 78040 | |
| 10924 | TRANSCONTINENTAL FORWARDING, CAMBRIDGE, MA 99999 | |
| 10924 | TRANSCONTINENTAL GAS PIPE LINE, 2782 RT 287 HWY, JERSEY SHORE, PA 17740 | |
| 10924 | TRANSCONTINENTAL GAS PIPE LINE, PO BOX 405, JERSEY SHORE, PA 17740 | |
| 10925 | TRANSCRAFT INC, PO BOX 430, LITHIA SPRINGS, GA 30122 | |
| 10925 | TRANS-CRAFT, INC, PO BOX 430, LITHIA SPRINGS, GA 30057-0430 | |
| 10925 | TRANSEMANTICS INC, 4301 CONNECTICUT AVE NW SUITE 146, WASHINGTON, DC 20008 | |
| 10925 | TRANSENE CO, ROUTE 1, ROWLEY, MA 01969 | |
| 10925 | TRANSETTLEMENTS INC, 1745 PHOENIX BLVD, ATLANTA, GA 30349 | |
| 10925 | TRANSFAIR, POBOX 68271, SEATTLE, WA 98168 | |
| 10924 | TRANSFER PRINT FOILS INC., 15 COTTERS LANE, EAST BRUNSWICK, NJ 08816 | |
| 10924 | TRANSFER PRINT FOILS INC., PO BOX 538, EAST BRUNSWICK, NJ 08816 | |
| 10925 | TRANSFORMER SERVICE INC, PO BOX 952056, SAINT LOUIS, MO 63195-2056 | |
| 10925 | TRANSFORMER SERVICE, INC, POBOX 952056, SAINT LOUIS, MO 63195-2056 | |
| 10925 | TRANSGROUP EXPRESS, PO BOX 68271, SEATTLE, WA 98168 | |
| 10925 | TRANSHIELD INC, ATTN: PATRICK J HAMMES, POBOX 405, WEST CHICAGO, IL 60186-0405 | |
| 10925 | TRANSHIELD INC, POBOX 405, WEST CHICAGO, IL 60186-0405 | |
| 10925 | TRANSHIELD LEASING CO, PO BOX 405, ROSELLE, IL 60196 | |
| 10925 | TRANSHIELD TRUCKING INC, 1150 POWIS ROAD, WEST CHICAGO, IL 60185 | |
| 10924 | TRANSHIELD, CUSTOMER PICK-UP, WEST CHICAGO, IL 60185 | |
| 10925 | TRANSILWRAP COMPANY,INC, DEPT. 77-6082, CHICAGO, IL 60678-6082 | |
| 10924 | TRANSILWRAP, 9201 W. BELMONT AVENUE, FRANKLIN PARK, IL 60131 | |
| 10925 | TRANSIT AND LEVEL CLINIC, 5580 COLE RD., BEAUMONT, TX 77708 | |
| 10924 | TRANSIT MIX CO. INC., 2341 W JEFFERSON, PLYMOUTH, IN 46563 | |
| 10924 | TRANSIT MIX CONC & MTLS CO., 520 W. PORT ST., SAINT MARTINVILLE, LA 70582 | |
| 10924 | TRANSIT MIX CONC. & MTLS CO., 1177 BORDELON ROAD, BREAUX BRIDGE, LA 70517 | |
| 10924 | TRANSIT MIX CONC. & MTLS CO., 1177 BORDELON, BREAUX BRIDGE, LA 70517 | |
| 10924 | TRANSIT MIX CONC. & MTLS CO., 2134 W. WILLOW, LAFAYETTE, LA 70506 | |
| 10924 | TRANSIT MIX CONCRETE & MATERIALS, 2027 E. WALLISVILLE ROAD, HIGHLANDS, TX 77562 | |
| 10924 | TRANSIT MIX CONCRETE & MATERIALS, PO BOX5187, BEAUMONT, TX 77726 | |
| 10924 | TRANSIT MIX CONCRETE & MTLS, 401 N. KIRKMAN, LAKE CHARLES, LA 70601 | |
| 10924 | TRANSIT MIX CONCRETE & MTLS, 4852 E. NAPOLEON, SULPHUR, LA 70663 | |
| 10924 | TRANSIT MIX CONCRETE & MTLS, HWY 10 WEST, OPELOUSAS, LA 70570 | |
| 10924 | TRANSIT MIX CONCRETE & MTLS, P O BOX 1843, LAKE CHARLES, LA 70602 | |
| 10924 | TRANSIT MIX CONCRETE & MTLS, P O BOX 53008, LAFAYETTE, LA 70505 | |
| 10924 | TRANSIT MIX CONCRETE & MTLS, P O BOX 748, OPELOUSAS, LA 70570 | |
| 10924 | TRANSIT MIX CONCRETE AND, MATERIALS CO. OF LA., OPELOUSAS, LA 70570 | |
| 10924 | TRANSIT MIX CONCRETE AND, MATERIALS CO. OF LA., LAKE CHARLES, LA 70601 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TRANSIT MIX CONCRETE AND, MATERIALS CO. OF LA., LAKE CHARLES, LA 70602 | |
| 10924 | TRANSIT MIX CONCRETE AND, PO BOX1987, LAKE CHARLES, LA 70602 | |
| 10924 | TRANSIT MIX CONCRETE MATERIALS, 101 FENN ROAD OUT OF ARCOLA, ARCOLA, TX 77583 | |
| 10924 | TRANSIT MIX CONCRETE MATERIALS, 6007 FARLEY, HOUSTON, TX 77034 | |
| 10924 | TRANSIT MIX CONCRETE MATERIALS, 6007 FARLEY, HOUSTON, TX 77059 | |
| 10924 | TRANSIT MIX CONCRETE, 1621 MOSELEY STREET, OWENSBORO, KY 42303 | |
| 10924 | TRANSIT MIX CONCRETE, 30450 FM 801, SAN BENITO, TX 78586 | |
| 10924 | TRANSIT MIX CONCRETE, 444 EAST COSTILLA, COLORADO SPRINGS, CO 80903 | |
| 10924 | TRANSIT MIX CONCRETE, P.O. BOX 1030          ., COLORADO SPRINGS, CO 80910 | |
| 10924 | TRANSIT MIX CONCRETE, PO BOX 1030, COLORADO SPRINGS, CO 80901 | |
| 10924 | TRANSIT MIX CONCRETE, PO BOX3414, EDINBURG, TX 78540 | |
| 10924 | TRANSIT MIX INC., 715 W. IRELAND ROAD, SOUTH BEND, IN 46614 | |
| 10924 | TRANSIT MIX OF LOUISIANA, 1040 ORO TRAIL ROAD, CROWLEY, LA 70526 | |
| 10924 | TRANSIT MIX OF LOUISIANA, P O BOX 1843, LAKE CHARLES, LA 70602 | |
| 10924 | TRANSIT MIX OF LOUISIANA, PO BOX1987, LAKE CHARLES, LA 70602 | |
| 10924 | TRANSIT MIX OF SPEARFISH, 355 N. 32ND STREET, SPEARFISH, SD 57783 | |
| 10924 | TRANSIT MIX OF STURGIS, 2025 W. SHERMAN, STURGIS, SD 57785 | |
| 10924 | TRANSIT MIX, 10212 BURLESON, DEL VALLE, TX 78617 | |
| 10924 | TRANSIT MIX, 2101 SO I H 35, SUITE 500, AUSTIN, TX 78741 | |
| 10924 | TRANSIT MIX, 2620 S.W. EVANGELINE THRUWAY, LAFAYETTE, LA 70501 | |
| 10924 | TRANSIT MIX, 3217 WASHINGTON, TEXARKANA, AR 71854 | |
| 10924 | TRANSIT MIX, 4095 HWY 73 & RIVER ROAD, GEISMAR, LA 70734 | |
| 10924 | TRANSIT MIX, 6401 BLUE BONNETT RD, BATON ROUGE, LA 70800 | |
| 10924 | TRANSIT MIX, AUBREY ROAD, VACHERIE, LA 70090 | |
| 10924 | TRANSIT MIX, HWY 16, DENHAM SPRINGS, LA 70726 | |
| 10924 | TRANSIT MIX, HWY 44, PAULINA, LA 70763 | |
| 10924 | TRANSIT MIX, INC., 2341 W. JEFFERSON, PLYMOUTH, IN 46563 | |
| 10924 | TRANSIT MIX, P O BOX ?, 1600 NORTH HIGHWAY 183, LEANDER, TX 78641 | |
| 10924 | TRANSIT MIX, PO BOX131867, TYLER, TX 75713 | |
| 10924 | TRANSIT MIX, PO BOX1987, LAKE CHARLES, LA 70602 | |
| 10924 | TRANSIT MIX, PO BOX810, PRAIRIEVILLE, LA 70769 | |
| 10924 | TRANSIT MIX, PRAIRIEVILLE, LA 70769 | |
| 10924 | TRANSIT MIX, RIVER ROAD & HWY 290, BRUSLY, LA 70719 | |
| 10924 | TRANSIT MIX, RIVER ROAD, DONALDSONVILLE, LA 70346 | |
| 10924 | TRANSIT MIX, RT 2, BOX 24A, MEXIA, TX 76667 | |
| 10924 | TRANSIT REDI-MIX, 9775 COUNTY RD, CLARENCE CENTER, NY 14032 | |
| 10924 | TRANSIT REDI-MIX, 9775 COUNTY RD., CLARENCE CENTER, NY 14032 | |
| 10925 | TRANSITIONS ABROAD, PO BOX 3000, DENVILLE, NJ 07834 | |
| 10924 | TRANSITIONS OPTICAL INC., 9251 BELCHER ROAD, SAINT PETERSBURG, FL 33782 | |
| 10924 | TRANSITIONS OPTICAL INC., PO BOX700, SAINT PETERSBURG, FL 33780 | |
| 10924 | TRANSITIONS OPTICAL PHILIPPINES, BLOCK 4 LOT 1 STAR AVENUE, MAMPLASAN, PHL | *VIA Deutsche Post* |
| 10925 | TRANSLATION3, 49 UNION PARK #2, BOSTON, MA 02118 | |
| 10925 | TRANSMATION INC, 330 E ROOSEVELT ROAD, LOMBARD, IL 60148 | |
| 10925 | TRANSMATION INC., 10 VANTAGE POINT DRIVE, ROCHESTER, NY 14624 | |
| 10925 | TRANSMISSION ENGINEERING CO, 8869 CITATION ROAD, BALTIMORE, MD 21221 | |
| 10925 | TRANSMISSION ENGINEERING CO., PO BOX 580, HATFIELD, PA 19440 | |
| 10925 | TRANSMISSION SUPPLY CO INC, 717 NORTH 16TH ST, BIRMINGHAM, AL 35201 | |
| 10925 | TRANSMITTER SHOP, THE, 2531 PRESTON, PASADENA, TX 77503 | |
| 10925 | TRANSNATIONAL JURIS, ONE BRIDGE ST, IRVINGTON-HUDSON, NY 10533 | |
| 10925 | TRANSOU, LISA, 2910 ASHEMONT RD, ABERDEEN, NC 28315 | |
| 10925 | TRANSP. MRKTING SERV INTL INC., PO BOX 615, BUFFALO, NY 14240-0615 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TRANSPAC USA INC, DEPT. 77-2812, CHICAGO, IL 60678-2812 | |
| 10924 | TRANSPAK CORPORATION, 235 E. PITTSBURG AVENUE, MILWAUKEE, WI 53204-1492 | |
| 10925 | TRANSPERFECT TRANSLATIONS, THREE PARK AVE 39TH FL, NEW YORK, NY 10016 | |
| 10925 | TRANSPERSONNEL INC., BOX 68-6003, MILWAUKEE, WI 53267 | |
| 10925 | TRANSPLACE.COM, PO BOX 425, LOWELL, AR 72745 | |
| 10925 | TRANSPLANT INC, PO BOX 186, PLANTERSVILLE, AL 36758 | |
| 10924 | TRANSPLANT, INC., P.O. BOX 186, PLANTERSVILLE, AL 36758 | |
| 10924 | TRANSPLANTS, INC., (1/4 MILE N. OF TOWN, OLD HWY. 22), PLANTERSVILLE, AL 36758 | |
| 10925 | TRANSPLASTICS, INC, 8851 CRESCENT 5, ANJOU, QC H1J 1A3CANADA | *VIA Deutsche Post* |
| 10925 | TRANSPLASTICS, PO BOX 102863, ATLANTA, GA 30368-2863 | |
| 10925 | TRANSPLY, INC, 1001 N. ROSE ST., BALTIMORE, MD 21205 | |
| 10925 | TRANSPLY, INC, PO BOX 7727, YORK, PA 17404-7727 | |
| 10925 | TRANSPO ELECTRONICS, 2150 BRENGLE AVE, ORLANDO, FL 32808 | |
| 10925 | TRANSPORT CANADA, PO BOX 42, MONCTON, NB E1C 8K6CANADA | *VIA Deutsche Post* |
| 10925 | TRANSPORT CLEARINGS EAST INC, PO BOX 1093, CHARLOTTE, NC 28201-1093 | |
| 10924 | TRANSPORT CORP., 1715 YANKEE DOODLE ROAD, EAGAN, MN 55121 | |
| 10925 | TRANSPORT INTERNATIONAL POOL INC, 75 REMITTANCE DR SUITE 1333, CHICAGO, IL 60675-1333 | |
| 10925 | TRANSPORT INTERNATIONAL POOL, DEPT 557 FILE #8807, LOS ANGELES, CA 90074 | |
| 10925 | TRANSPORT LEASING, 1764 SOUTH 300 WEST, SALT LAKE CITY, UT 84115 | |
| 10925 | TRANSPORT RESOURCES INC., PO BOX 981, MATAWAN, NJ 07747 | |
| 10925 | TRANSPORT SERVICE CO, 135 S. LASALLE, DEPT. 1949, CHICAGO, IL 60674-1949 | |
| 10925 | TRANSPORT TIRE INC., PO BOX 75960, CLEVELAND, OH 44101-2199 | |
| 10925 | TRANSPORTATION CLAIMS AND, PO BOX 1910, HUNTINGTON, NY 11743-0566 | |
| 10925 | TRANSPORTATION CLUB OF NE, 54 CRAWFORD RD, COTUIT, MA 02635 | |
| 10925 | TRANSPORTATION CO INC, NUTTING LAKE BOX 939, NUTTING LAKE, MA 01865-0939 | |
| 10925 | TRANSPORTATION CONCEPTS, 20 HIGHLAND AVE SUITE 2, METUCHEN, NJ 08440-1949 | |
| 10925 | TRANSPORTATION INS CO/ CNA, CNA PLAZA, 30 SOUTH, CHICAGO, IL 60685 | |
| 10925 | TRANSPORTATION INSURANCE CO/CNA, 30 SOUTH CNA PLAZA, CHICAGO, IL 60685 | |
| 10925 | TRANSPORTATION MAINTENANCE INC, 3925 E. HILLSBOROUGH AVE, TAMPA, FL 33610 | |
| 10924 | TRANSPORTATION OFFICER  256965, TCN: FB 480031130280 XXX, LANGLEY AIR FORCE BASE, VA 23665 | |
| 10924 | TRANSPORTATION OFFICER 403427, TNC: FB480923380312XXX, SEYMOUR JOHNSON AIR FORCE, NC 27530 | |
| 10924 | TRANSPORTATION OFFICER 445372, TCN: FB480331730392 XXX, SHAW AIR FORCE BASE, SC 29152 | |
| 10924 | TRANSPORTATION OFFICER 447840, 101 WEST STWART AVE., CHARLESTON AIR FORCE BASE, SC 29404 | |
| 10924 | TRANSPORTATION OFFICER 463524, 455 BYRON STREET  BLDG. 376, ROBINS AIR FORCE BASE, GA 31098 | |
| 10924 | TRANSPORTATION OFFICER 491376, NAVAL AIR STATION, CECIL FIELD, FL 32215 | |
| 10924 | TRANSPORTATION OFFICER 494750, FB282330980123XXX, EGLIN AIR FORCE BASE, FL 32542 | |
| 10924 | TRANSPORTATION OFFICER- 685550, TCN: FB 485723350104XXX, BERGSTROM AIR FORCE BASE, TX 78743 | |
| 10924 | TRANSPORTATION OFFICER, 9705 SAMFORD ROAD, FORT GEORGE G MEADE, MD 20755-6000 | |
| 10924 | TRANSPORTATION OFFICER, HWY. 80 WEST, MONTGOMERY, AL 36105 | |
| 10924 | TRANSPORTATION OFFICER-463524, ROBINS AIR FORCE BASE, GA 31098 | |
| 10924 | TRANSPORTATION OFFICER-467819, TRANS. CNTRL. #FB483022940431AXX, MOODY AIR FORCE BASE, GA 99999 | |
| 10925 | TRANSPORTATION RESEARCH BOARD, POBOX 289, WASHINGTON, DE 20055 | |
| 10925 | TRANSPORTATION SKILLS PROGRAM,INC, PO BOX 308, KUTZTOWN, PA 19530 | |
| 10925 | TRANSPORTATION TECHNOLOGIES INC, POBOX 65150, CHARLOTTE, NC 28265 | |
| 10925 | TRANSPORTER INC, THE, 5410 OATES ROAD, HOUSTON, TX 77013 | |
| 10925 | TRANSPORTER, INC, THE, 5410 OATES RD. D, HOUSTON, TX 77013 | |
| 10925 | TRANS-STATES LINES, INC, PO BOX 17011, FORT SMITH, AR 72917 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TRANSTAR AUTOBODY TECHNOLOGIES INC, 2040 HEIERMAN DRIVE, BRIGHTON, MI 48116 | |
| 10924 | TRANSTAR AUTOBODY TECHNOLOGIES INC, 2040 HEISERMAN DRIVE, BRIGHTON, MI 48116 | |
| 10925 | TRANS-TECH INC, 5520 ADAMSTOWN ROAD, ADAMSTOWN, MD 21710 | |
| 10925 | TRANS-TECH, 4510 METROPOLITAN COURT, FREDERICK, MD 21704 | |
| 10925 | TRANSUE, DEBORAH, 2124 JOHNSTON DR, BETHLEHEM, PA 18017 | |
| 10925 | TRANSUE, JAMES, 153 MAIN ST, BRADFORD, PA 16701 | |
| 10925 | TRANSUS FREIGHT, 2090 JONESBORO ROAD, ATLANTA, GA 30315 | |
| 10925 | TRANSWAY FREIGHT SYSTEMS INC, 145-30 156TH ST, JAMAICA, NY 11434 | |
| 10925 | TRANSWEST GEOCHEM, 3725 E ATLANTA AVE STE 2, PHOENIX, AZ 85040 | |
| 10925 | TRANSWOOD INC, PO BOX 189, OMAHA, NE 68101 | |
| 10925 | TRANTER INC., DRAWER CS-100540, ATLANTA, GA 30384-0540 | |
| 10925 | TRANTER, INC, 8667 CHERRY LANE, LAUREL, MD 20707 | |
| 10925 | TRANTER, INC, DRAWER CS-100540, ATLANTA, GA 30384-0540 | |
| 10925 | TRAPANESE, ELIZABETH, 1037 HASKELL, RENO, NV 89502 | |
| 10925 | TRAPIZONA, LUISA, 132 S. MCCOY PL. RD., SEWICKLEY, PA 15143 | |
| 10925 | TRAPLINE, INC, PO BOX 740067, DALLAS, TX 75374-0067 | |
| 10924 | TRAPP BROS INC, BOX 440, WOODRUFF, WI 54568 | |
| 10924 | TRAPP BROS INC, FARMING ROAD, WOODRUFF, WI 54568 | |
| 10924 | TRAPP BROS INC, PO BOX 440, WOODRUFF, WI 54568 | |
| 10925 | TRAPP, DILLARD, 9224 CARR CIRCLE, COVINGTON, GA 30209 | |
| 10925 | TRAPP, JAYNE, W268 HWY 59, ALBANY, WI 53502 | |
| 10925 | TRAPP, PAUL, 3001 HAHN DRIVE, #427, MODESTO, CA 95350 | |
| 10925 | TRASAVAGE, ROBERT, 290 KELLY ROAD, WHITINSVILLE, MA 01588 | |
| 10925 | TRATE, SYLVESTER, 7 MASON DRIVE, BERLIN, NJ 08009 | |
| 10925 | TRATHEN, MARSHA ANN, 14026 S 36TH PLACE, PHOENIX, AZ 85044 | |
| 10925 | TRATTORIA PULCINELLA, 147 HURON AVE, CAMBRIDGE, MA 02138 | |
| 10925 | TRAUB, JOSEPH, 5975 ROYAL CREST DR., DALLAS, TX 75230 | |
| 10925 | TRAUB, KELLIE, 1512-102 WINDERMERE, W. CHESTER, PA 19380 | |
| 10925 | TRAUD, DENISE, 747CLINTON-FRANKFORT, CLINTON, PA 15026 | |
| 10925 | TRAVAGLIA, JOSEPH, 36 CLOVER HILL DRIVE, CHELMSFORD, MA 01824 | |
| 10925 | TRAVAGLINI, DARIA, PO BOX 101, PORT CLINTON, PA 19549 | |
| 10925 | TRAVANTI, VALERIE, 3001 MARSHALL RD 113, PITTSBURGH, PA 15214 | |
| 10925 | TRAVEL AT THE FOOTHILLS, 4802 EAST RAY ROAD #17, PHOENIX, AZ 85044 | |
| 10925 | TRAVEL MASTERS SA, ., MALAGA, 29 99999MALAGA | *VIA Deutsche Post* |
| 10925 | TRAVEL PLANNERS INC, 381 PARK AVE.SOUTH, NEW YORK, NY 10016 | |
| 10925 | TRAVEL PORT, 40 RIVERSIDE DR, FULTONVILLE, NY 12072 | |
| 10924 | TRAVELERS BUILDING, VERTECS CORP., SEATTLE, WA 98104 | |
| 10925 | TRAVELERS INDEMNITY CO, POBOX 1635, STAMFORD, CT 06920 | |
| 10925 | TRAVELERS INDEMNITY CO, THE, POBOX 91287, CHICAGO, IL 60693-1287 | |
| 10924 | TRAVELERS INSURANCE, 1 TOWER SQUARE, HARTFORD, CT 06183 | |
| 10924 | TRAVELERS LINK BUILDING, 50 PROSPECT STREET, HARTFORD, CT 06112 | |
| 10925 | TRAVELERS REST FAMILY PRACTICE, PO BOX 489, TRAVELERS REST, SC 29690 | |
| 10925 | TRAVELERS REST FLORIST, 21 PLAZA DR SUITE H, TRAVELERS REST, SC 29690 | |
| 10925 | TRAVELERS, PO BOX 19810, KNOXVILLE, TN 37939 | |
| 10924 | TRAVER R/M CONC D.I.P., 800 E. MCKINLEY, EAST SAINT LOUIS, IL 62203 | |
| 10924 | TRAVERS SUPPLY COMPANY, 2320 BROADWAY AVENUE, MATTOON, IL 61938 | |
| 10924 | TRAVERS SUPPLY COMPANY, P O BOX 1610, DECATUR, IL 06252 | |
| 10925 | TRAVERS, CAROL, 143 HIGHLAND AVE, CUMBERLAND, RI 02864 | |
| 10925 | TRAVERS, CAROL, 5141 LYDIA CT, SPRING HILL, FL 34608 | |
| 10925 | TRAVERS, ELIZABETH, 3412 DEERLOPE TRAIL, WILLIAMSBURG, VA 23188 | |
| 10925 | TRAVERS, JULIE, 11106 FIVE CEDARS DR, CHARLOTTE, NC 28226 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TRAVERS, RITA, 5400 N LUDLAM, CHICAGO, IL 60630

10925   TRAVERSO, ANNETTA, 21 HOMER ROAD, ARLINGTON, MA 02174

10924   TRAVIS  HIGH SCHOOL, 1211 EAST OHORF, AUSTIN, TX 78741

10924   TRAVIS AIR FORCE BASE, C/O EXPO BUILDERS SUPPLY, SACRAMENTO, CA 94203

10924   TRAVIS AIRFORCE BASE, C/O EXPO BUILDERS SUPPLY, BIRCH, TRAVIS AIR FORCE BASE, CA 94535

10925   TRAVIS ASSOCIATES INC., PO BOX 57, BURLINGTON, MA 01803

10925   TRAVIS BRUMBELOW, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   TRAVIS C BONHAM, 192 GREENLEAF LANE, CONROE, TX 77304

10924   TRAVIS COUNTY CORRECTIONAL FACILITY, 3614 BILL PRICE RD., DEL VALLE, TX 78617

10925   TRAVIS DELIVERY SERVICE, POBOX 9392, MARIETTA, GA 30065

10925   TRAVIS JT TEN, WILLIAM W & ANNE G, 973 ALFORD AVE, BIRMINGHAM, AL 35226-1960

10925   TRAVIS L NEELY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   TRAVIS L. WEBB, 5770 STATE ROAD Y, HILLSBORO, MO 63050

10925   TRAVIS R SPARKS, 2132 N MC COMAS, WICHITA, KS 67203-1046

10925   TRAVIS, DANIEL, 210 YELLOW WATER RD, #17, HAMMOND, LA 70403

10925   TRAVIS, DAVID W, BOX 78 FORD ROAD, OLD CHATHAM, NY 12136

10925   TRAVIS, DAVID, BOX 473, FORD RD, OLD CHATHAM, NY 12136

10925   TRAVIS, DONALD, PO BOX 180483, ARLINGTON, TX 76096-0483

10925   TRAVIS, JR, DAVID W, 20302 NY 22, PETERSBURGH, NY 12138

10925   TRAVIS, JR, DAVID, 20302 NY 22, PETERSBURGH, NY 12138

10925   TRAVIS, JULIE, 3219 KODIAK ST , BEAR RIDGE, ANTIOCH, CA 94509

10925   TRAVIS, KAREN, 809 E ARBOR, MIDWEST CITY, OK 73110

10925   TRAVIS, LEONARD, 22 SANDSTONE LANE, WILLINGBORO, NJ 08046

10925   TRAVLEE, SIDNEY, 70 HILLYER ST, ORANGE, NJ 07050

10925   TRAWICK, TIMOTHY, 5083 YELLOWSTONE PK, FREMONT, CA 94538

10925   TRAXLER, LINDA, 233 N. FILMORE ST., GLOUCESTER, NJ 08030

10925   TRAYLEK WAREHOUSE INC, 6501 WEST 65TH ST, BEDFORD PARK, IL 60638

10925   TRAYLER, JOHN, 220 LOCHLOMOND WAY, DANVILLE, CA 94526

10924   TRAYLOR BROS, 3866 WILLOWCREST AVENUE, STUDIO CITY, CA 91604

10924   TRAYLOR BROS., P.O.BOX 189, PLEASANTON, CA 94566

10924   TRAYLOR BROS., PO BOX 111127, HOUSTON, TX 77078

10924   TRAYLOR BROTHER, 2802 LYONS AVE, HOUSTON, TX 77020

10924   TRAYLOR BROTHERS, 11022 MESA ROAD, HOUSTON, TX 77078

10924   TRAYLOR BROTHERS, 2802 LYONS, HOUSTON, TX 77020

10924   TRAYLOR BROTHERS, P.O BOX 111127, HOUSTON, TX 77293

10925   TRAYLOR, ANGELA, 507 MARY FREEMAN RD., NEWNAN, GA 30263

10925   TRAYLOR, DARLECE, PO BOX 435, BIG PINEY, WY 83113-0435

10925   TRAYLOR, HOLMAN, 2522 CATHERINE ST, DALLAS, TX 75211

10925   TRAYNHAM, J, 215 SOUTHERN RD, BELTON, SC 29627

10925   TRAYNHAM, KAIJIA, 54 BYERS ST, SPRINGFIELD, MA 01105

10925   TRAYNHAM, MARY, 1824 HWY 92, GRAY COURT, SC 29645

10925   TRB, PO BOX 590, FREDERICK, MD 21705

10925   TRC STAFFING SERVICES INC., PO BOX 888485, ATLANTA, GA 30356-0485

10925   TRC STAFFING SERVICES, INC, PO BOX 888485, ATLANTA, GA 30356-0485

10925   TRC TEMPORARY SERVICES, POBOX 888524, ATLANTA, GA 30356-0524

10925   TREACY, JAMES, 81 MEADOW LANE, N. ANDOVER, MA 01845

10925   TREADAWAY, PATRICIA, 20 OAK AVE, HARAHAN, LA 70123

10925   TREADCO INC, 1940 TIGER TRAIL ROAD, DANIA, FL 33004

10925   TREADCO INC, 4246 EAST TENNESSEE ST, TUCSON, AZ 85714

10925   TREADCO INC., 4111 JOHN YOUNG PKWY., ORLANDO, FL 32804

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | TREADCO, INC, 3007 NORTH 31ST AVE, PHOENIX, AZ 85017 | |
| 10925 | TREADWAY INDUSTRIES, 2026 S. AIRPORT BLVD, CHANDLER, AZ 85249 | |
| 10925 | TREADWAY INDUSTRIES, 832 ELSTON DRIVE, SHELBYVILLE, IN 46176 | |
| 10925 | TREADWAY, DONALD, RR 1, BOX 140, ASTIRUA, IL 61501 | |
| 10925 | TREADWAY, EUGENE, 3818 SUNSCAPE DRIVE, 420, ROANOKE, VA 24018 | |
| 10925 | TREADWAY, J, 3465 GOWAN DRIVE, MEMPHIS, TN 38127 | |
| 10925 | TREADWAY, JACQUELINE, 145 FIRST AVE, FAYETTEVILLE, WV 25840 | |
| 10925 | TREADWAY, JOHN, 3465 GOWAN DRIVE, MEMPHIS, TN 38127 | |
| 10925 | TREADWAY, ROLAND, 106 MIDLAND DRIVE, HOUMA, LA 70360 | |
| 10925 | TREADWAY, ROWDY, 3 TANGLEWOOD CIRCLE, BURAS, LA 70041 | |
| 10925 | TREADWELL CORPORATION, 9 EAST LOOCKERMAN ST., DOVER, DE 19901 | |
| 10925 | TREADWELL ERICKSON CIMINO MCELRATH, 4001 TAMIAMI TRAIL NORTH, SUITE 250, NAPLES, FL 34103 | |
| 10925 | TREADWELL STETLER ET AL, 4001 TAMIAMI TRAIL NORTH, SUITE 250, NAPLES, FL 33940 | |
| 10925 | TREADWELL, BRIAN, 5111 WHITSON COURT, ODESSA, TX 79762 | |
| 10925 | TREADWELL, THEODORE, 35 VALERIE LANE, DANBURY, CT 06811-9998 | |
| 10925 | TREAS - STATE OF KENTUCKY, BOONE NAT GUARD CENTER, FRANKFORT, KY 40601-6168 | |
| 10925 | TREAS STATE OF NEW JERSEY, 401 EAST STATE ST, TRENTON, NJ 08625-0028 | |
| 10925 | TREAS. OF HAMILTON COUNTY, 1632 CENTRAL PKWY, CINCINNATI, OH 45210 | |
| 10924 | TREASURE ISLAND, C/O:  PACIFIC SUPPLY, LAS VEGAS, NV 89101 | |
| 10924 | TREASURE TECH ELECTRONICS PVT, DARYA GANJI, NEW DELHI, 0INDIA | *VIA Deutsche Post* |
| 10924 | TREASURE VALLEY CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, BOISE, ID 83715 | |
| 10925 | TREASURER - STATE OF MAINE, PO BOX 1061, AUGUSTA, ME 04332-1061 | |
| 10925 | TREASURER ALAMEDA COUNTY, PO BOX 2072, OAKLAND, CA 94604 | |
| 10925 | TREASURER DEPT OF TRANSPORTATION, NO 2 CAPITOL SQUARE, ATLANTA, GA 30334 | |
| 10925 | TREASURER OF CLARK COUNTY, 501 E. COURT AVE, JEFFERSONVILLE, IN 47130 | |
| 10925 | TREASURER OF FLOYD COUNTY, 311 WEST FIRST ST, NEW ALBANY, IN 47150 | |
| 10925 | TREASURER OF HAMILTON COUNTY, HAMILTON CO ENVIRONMENTAL SERVICES, 1632 CENTRAL PKWY., CINCINNATI, OH 45273-8998 | |
| 10925 | TREASURER OF LAWRENCE COUNTY, 430 COURT ST, NEW CASTLE, PA 16101-3593 | |
| 10925 | TREASURER OF NJ DEPE, EN 027, TRENTON, NJ 08625-0027 | |
| 10925 | TREASURER OF THE UNITED STATES, 2800 S 20TH ST, PHILADELPHIA, PA 19145 | |
| 10925 | TREASURER OF THE UNITED STATES, 3909 HALLS FERRY RD, BLAKELY, MS 39180-6199 | |
| 10925 | TREASURER OF THE US OF AMERICA, PO BOX 61129, HOUSTON, TX 77208 | |
| 10925 | TREASURER OF VIRGINIA(#303646037), PO BOX 570, RICHMOND, VA 23218-0570 | |
| 10925 | TREASURER OF VIRGINIA, 707 EAST MAIN ST SUITE 1500, RICHMOND, VA 23219-2800 | |
| 10925 | TREASURER OF VIRGINIA, PO BOX 1163, RICHMOND, VA 23209 | |
| 10925 | TREASURER OF VIRGINIA, PO BOX 26792, RICHMOND, VA 23261 | |
| 10925 | TREASURER OF VIRGINIA, POBOX 570, RICHMOND, VA 23204 | |
| 10925 | TREASURER STATE OF CONNECTICUT, THE, PODRAWER 317546, NEWINGTON, CT 06131-7546 | |
| 10925 | TREASURER STATE OF ILLINOIS, PO BOX 19212, SPRINGFIELD, IL 62794 | |
| 10925 | TREASURER STATE OF ILLINOIS, PO BOX 19506, SPRINGFIELD, IL 62794-9506 | |
| 10925 | TREASURER STATE OF N H, 57 REGIONAL DR, CONCORD, NH 03301 | |
| 10925 | TREASURER STATE OF NEW JERSEY, 401 E STATE ST 5TH FL, TRENTON, NJ 08625-0432 | |
| 10925 | TREASURER STATE OF NJ, CNO27, TRENTON, NJ 08625-0027 | |
| 10925 | TREASURER STATE OF OH., OH. EPA/PERMIT TO INSTALL FEE, COLUMBUS, OH 43265-0631 | |
| 10925 | TREASURER STATE OF OHIO, DEPT 631, COLUMBUS, OH 43265-0631 | |
| 10925 | TREASURER STATE OF OHIO, POBOX 1049, COLUMBUS, OH 43216-1049 | |
| 10925 | TREASURER STATE OF OHIO, POBOX 182131, COLUMBUS, OH 43218-2131 | |
| 10925 | TREASURER STATE OF VERMONT, 133 STATE ST, MONTPELIER, VT 05633 | |
| 10925 | TREASURER VIRGINIA TECH, PO BOX 12487, ROANOKE, VA 24026-2487 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 TREASURER, STATE OF OH, PO BOX 15278, COLUMBUS, OH 43215

10925 TREASURER, STATE OF OHIO, ATT. FISCAL BO, PO BOX 4009, REYNOLDSBURG, OH 43068-9009

10925 TREASURER, STATE OF OHIO, OHIO DEPT OF HEALTH, COLUMBUS, OH 43266-0118

10925 TREASURER, STATE OF TENN, 401 CHURCH ST 3RD FLR, NASHVILLE, TN 37243-1532

10925 TREASURER, STATE OF TENNESSEE, RADIOLOGICAL CONTROLS DIVISION, L&C ANNEX, 3RD FL.- 401 CHURCH ST., NASHVILLE, TN 37243-1532

10925 TREASURER,WEIL,GOTSHAL,&MANGES LLP, 767 FIFTH AVE., NEW YORK, NY 10153-0119

10925 TREASURER-STATE OF N J, CN 417, TRENTON, NJ 08625-0417

10925 TREASURER-STATE OF TENNESSEE, L & C ANNEX, 3RD FL, 401 CHURCH ST., NASHVILLE, TN 37243-1532

10925 TREASURY MANAGEMENT ASSOCIATION, PO BOX 64714-C, BALTIMORE, MD 21264

10925 TREAT, LAURA, 5921 MILLCREEK DR APT 902, HAZELWOOD, MO 63042

10924 TREAVOR BROWN HIGH SCHOOL, STRATI FORM STRUCTURES, PHOENIX, AZ 85019

10925 TREBENDIS, JOSEPH, 168 BARTON RD, STOW, MA 01775

10925 TREBIATOWSKI, JANICE, 840 SHAWANO, D, GREEN BAY, WI 54303

10925 TRECO JR, FRANK S, 6133 ROCKSIDE RD #403, CLEVELAND, OH 44131-2223

10925 TRECO SALES INC, C/O OGLEBAY NORTON INDUSTRIAL SANDS, 1620 E. BRUNDAGE LANE, BAKERSFIELD, CA 93307-2750

10925 TREDICK, MICHAEL, 310 S. BARRON, BENSENVILLE, IL 60106

10925 TREE TRIMMERS LTD, CAROL A KNUDTSON, 104 E HOLUM ST, DEFOREST, WI 53532

10925 TREECE, STACEY, RT 1 BOX 131, SHONGALOO, LA 71072

10925 TREEN BOX & PALLET CORP., 1950 ST RD., PO BOX 368, BENSALEM, PA 19020

10925 TREES, INC, PO BOX 730303, DALLAS, TX 75373-0303

10925 TREFRY, DONALD, 15 WESTERN AVE, BEVERLY, MA 01915-3954

10925 TREFRY, NORMA, 7 HERRICK ST, BEVERLY, MA 01915

10925 TREGARO, ERNESTO, 7007 W INDIAN SCHOOLBLDG 34 - APT #2471, PHOENIX, AZ 85033

10925 TREGOR, LAUREN, 8701 BERGENLINE AVE, NORTH BERGEN, NJ 07047

10925 TREGRE, DEBORAH, 1807 FAIRWAY, KENNER, LA 70062

10925 TREGRE, JANET, 14306 WARDLINE RD, HAMMOND, LA 70401

10925 TREHERN, AMANDA, 1823 2ND ST, GULFPORT, MS 39506

10925 TREICHEL, DANIEL, 3027 RIVERSIDE DR, GREEN BAY, WI 54301

10925 TREINEN, JOHN, 1411 DOVER DRIVE, WAUNAKEE, WI 53597

10925 TREINEN, MIKE, 638 FAIRMONT AVE, MADISON, WI 53714

10925 TREINEN, THOMAS, 736 JEFFERIES, CHEROKEE, IA 51012

10925 TREISCH, BETTY, 2927 JESSUP ROAD, 115, JESSUP, MD 20794

10925 TREISCH, DONALD, 6512 SYKESVILLE RD, SYKESVILLE, MD 21784

10925 TREISCH, ETHEL, 6512 SYKESVILLE ROAD, SYKESVILLE, MD 21784

10925 TREJO, DAVID, 3112 ROLLING GLEN, BRYAN, TX 77807

10925 TREJO, JESUS, 200 HERMOSA LANE, EL PASO, TX 79922

10924 TREK INDUSTRIES, 701 SOUTH AZUSA AVENUE, AZUSA, CA 91702

10925 TREKELL, W., 1535 PELHAM DRIVE, BATON ROUGE, LA 70815

10925 TREL FLETCHNER, AQUATIC DREAMS AQUARIUMS, C/O GRACE DAVISON-N FEELEY, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925 TRELEVEN, ROBERT, 4208 STRATFORD CT, ONEIDA, WI 54155

10925 TREMAINE, MARY, 4706 NORA LANE, MADISON, WI 53711

10925 TREMBLAY & SMITH, LLP, PO BOX 1585, CHARLOTTESVILLE, VA 22902

10925 TREMBLAY, CHARLES, 4 BIGGAR AVE, WILMINGTON, MA 01887

10925 TREMBLAY, LEO, 24 CHAPMAN ST, BEVERLY, MA 01915

10925 TREMBLAY, LORI, 2212 W. CALLE, MESA, AZ 85202

10925 TREMBLAY, SHERI, 4 BIGGAR AVE, WILMINGTON, MA 01887

10925 TREMBLEY, JOHN R, 36 OLD ORCHARD LANE, STAMFORD, CT 06903

10925 TREMBLY, CLARENCE, 8612 RIDGE BLVD, BROOKLYN, NY 11209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    TREMCO INC, HC66 BOX 140, BARBOURVILLE, KY 40906

10924    TREMCO LTD., 220 WICKSTEED AVENUE, TORONTO, IT M4H 1G7TORONTO    *VIA Deutsche Post*

10924    TREMCO, INC., 255 PHILLIPI ROAD, COLUMBUS, OH 43228

10924    TREMCO, INC., CAMBRIDGE, MA 02140

10924    TREMCO, TREUHAFT BLVD., BARBOURVILLE, KY 40906

10925    TREMMEL, MARK, 1535 MOTT AVE, TOLEDO, OH 43605

10925    TREMORE, CORA, 519 PINE ST, MOMENCE, IL 60954

10925    TRENAM, KEMKER, SCHARF, BARKIN, 2700 BARNETT PLAZA, TAMPA, FL 33602

10925    TREND CIRCUITS, 1270 SE MONMOUTH CUT OFF RD, DALLAS, OR 97338-9528

10925    TRENDSET, PO BOX 1109, MAULDIN, SC 29662-1109

10925    TRENERGY INC, 81 EAST CHESTER AVE, ST CATHARINES, ON L2P 2Y8CANADA    *VIA Deutsche Post*

10925    TRENERY, JANET, 79 FIRST AVE., RARITAN, NJ 08869

10925    TRENKA, CHARLES R, 7500 MARILEA RD, RICHMOND, VA 23225-1118

10925    TRENKLE, NANCY, 10955 BRISTOL BAY DR, 113, BRADENTON, FL 34209

10925    TRENT FILTRATION INC, 200 WEST ROAD, PORTSMOUTH, NH 03801

10925    TRENT FILTRATION INC, PO BOX 8266, CHATTANOOGA, TN 37414

10925    TRENT, DOUGLAS, 1803 PRINDLE DRIVE, BEL AIR, MD 21014

10925    TRENT, MARTHA, PO BOX 88, KANKAKEE, IL 60901-0088

10925    TRENT, RANDY, 919 PRESTON ROAD, JEFFERSON CITY, TN 37760

10925    TRENT, RICKY, 1154 JOE HALL ROAD, MORRISTOWN, TN 37813

10925    TRENT, ROBERT, 9924 WHITE BLOSSOM BLVD, LOUISVILLE, KY 40241

10925    TRENTLY, JENNIFER, 115 BENFIELD RD., SEVERNA PARK, MD 21146

10925    TRENTMAN, KENNETH, 832 SUNSET DRIVE, LAWRENCEBURG, IN 47025

10924    TRENTON BOARD OF EDUCATION, PICK UP @ LESTICIAN WAREHOUSE, 32 PLUM STREET, TRENTON, NJ 08638

10925    TRENTON ROAD CORP THE MORRIS CO, 535 SECAUCUS ROAD, SECAUCUS, NJ 07094

10924    TRENTON STATE COLLEGE, PAUL LOSER COLLEGE, TRENTON, NJ 08600

10924    TRENTON TRANSIT MIX, 2ND AND JOHNSON DRIVE, TRENTON, MO 64683

10924    TRENTON TRANSIT MIX, P O BOX 106, TRENTON, MO 64683

10924    TRENTON TRANSIT MIX, PO BOX 106, TRENTON, MO 64683

10925    TRENTSCH, GEORGE, C/O F DABBRACCIOR R#22, BOX 68 TILTON, NH 03276

10924    TRENWA INC, 1419 ALEXANDRIA PIKE, FORT THOMAS, KY 41075

10924    TRENWA INC., 11363 DILLON ROAD, BROOMFIELD, CO 80020

10924    TRENWA INC., 1419 ALEXANDRIA PIKE, FORT THOMAS, KY 41075

10924    TRENWA, 1419 ALEXANDRIA PIKE, FORT THOMAS, KY 41075

10924    TRENWA, 1920 LONGHORN AVE., LAKELAND, FL 33801

10924    TRENWA, INC., ROUTE 127 SUGAR CREEK ROAD, WARSAW, KY 41095

10924    TRENWA, SEE PAYER# 244718, 1419 ALEXANDRIA PIKE, FORT THOMAS, KY 41075

10924    TRENWYTH  INDUSTRIES, 208 CHARLES AVE., SOUTH BELOIT, IL 61080

10924    TRENWYTH  INDUSTRIES, P O BOX 438, EMIGSVILLE, PA 17318

10924    TRENWYTH INDUSTRIES INC., PO BOX438, EMIGSVILLE, PA 17318

10924    TRENWYTH INDUSTRIES, 208 CHARLES AVE, SOUTH BELOIT, IL 61080

10924    TRENWYTH INDUSTRIES, 510 EASTERN AVE., SOUTH BELOIT, IL 61080

10924    TRENWYTH INDUSTRIES, CHURCH ROAD, EMIGSVILLE, PA 17318

10925    TRENWYTH INDUSTRIES, PO BOX 438, EMIGSVILLE, PA 17318

10925    TRENWYTH INDUSTRIES,INC, 208 CHARLES AVE., SOUTH BELOIT, IL 61080

10925    TREON STRICK LUCIA AGUIRRE, 2700 N. CENTRAL AVE , SUITE 1400, PHOENIX, AZ 85004-1133

10925    TRES PANACHE, 5250 TOWN CENTER CIRCLE, BOCA RATON, FL 33486

10924    TRESCA BROS SAND, PO BOX 189, MILLIS, MA 02054

10924    TRESCA BROTHERS, 66 MAIN STREET, MILLIS, MA 02054

10924    TRESCA BROTHERS, P.O. BOX 189, MILLIS, MA 02054

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    TRESCO CONCRETE, P.O. BOX 14004, PITTSBURGH, PA 15239

10924    TRESCO CONCRETE, RD 1, SLICKVILLE COUNTY ROAD, EXPORT, PA 15632

10925    TRESCOMP INC, 2515 ELLINGTON RD, QUINCY, IL 62301

10925    TRESPECES, ALEXANDER, 20 SADDLEWOOD CT, JERSEY CITY, NJ 07302

10925    TRESS PAK PLASTICS,INC., 1017 10TH STREET, BEAVER FALLS, PA 15010

10925    TRESSIE TERRY, 1912 HOVEY PL, GARY, IN 46406

10925    TRESSLER, DONNA, RD 1 BOX 154G, HOPWOOD, PA 15445

10925    TREST, KENNETH, 4343 S. SHAVER, 325, PASADENA, TX 77503

10924    TREU S/A MACQUINAS E EQUIPAMENTOS, 21515-000-RIO DE JANEIRO - BRAZIL, RIO DE JANEIRO,      *VIA Deutsche Post*
         999999999BRAZIL

10925    TREUIL, DEBORAH, 2040 LAFITON LANE, PORT ALLEN, LA 70767

10924    TREVDAN BLDG SUPPLY, 7940 GRAYSON ROAD, HARRISBURG, PA 17111

10924    TREVDAN BLVD. SUPPLY, 7940 GRAYSON RD., HARRISBURG, PA 17111

10924    TREVDAN BLVD. SUPPLY, P.O. BOX 4055A, HARRISBURG, PA 17111

10924    TREVDAN BUILDING SUPPLY, 1031 POTTSTOWN PK, CHESTER SPRINGS, PA 19425

10924    TREVDAN BUILDING SUPPLY, 1221 RT. 309, SELLERSVILLE, PA 18960

10924    TREVDAN BUILDING SUPPLY, 7940 GRAYSON ROAD, HARRISBURG, PA 17111

10924    TREVDAN BUILDING SUPPLY, HUDOCK RD., LOT 1, POCONO SUMMIT, PA 18346

10924    TREVDAN BUILDING SUPPLY, HUDOCK ROAD, POCONO SUMMIT, PA 18346-3512

10925    TREVINO JR., ARNOLDO, 402 W. NELLIE ST, FALFURRIAS, TX 78355

10925    TREVINO, AGEDITA, 6414 28TH ST., LUBBOCK, TX 79407

10925    TREVINO, ALEJANDRO, 1411 RADA, SAN ANTOINO, TX 78214

10925    TREVINO, AMY, 12203 CHINA LAKE, DALLAS, TX 75253

10925    TREVINO, ANDREW, 240 BENBO ST., SEGUIN, TX 78155

10925    TREVINO, ARCILIA, 4934 BROCKMAN, SAN ANTONIO, TX 78228

10925    TREVINO, ARTURO, 920 S. GARDNER, FALFURRIAS, TX 78355

10925    TREVINO, BERNARDO, 134 JAMES DR, IOWA PARK, TX 76367-2714

10925    TREVINO, CELESTINO, PO BOX 725, BENAVIDES, TX 78341

10925    TREVINO, DAVIS, 200 ASHLEY AVE, GREENVILLE, SC 29609

10925    TREVINO, DIANNA, 5706 GOMER PYLE, SAN ANTONIO, TX 78240

10925    TREVINO, DOLORES, 102 HOPE DR., SAN ANTONIO, TX 78228

10925    TREVINO, FELICIANO, 2016 PELICAN, MCALLEN, TX 78504

10925    TREVINO, JENNIFER, 409 N FRANKLIN, MOMENCE, IL 60954

10925    TREVINO, JESUS, PO BOX 3572, MCALLEN, TX 78501

10925    TREVINO, JUAN, 9835 ESPADA RD, SAN ANTONIO, TX 78214

10925    TREVINO, JUDITH, 14222 DALLAS PKWY, DALLAS, TX 75240-2905

10925    TREVINO, MARK, 9506 E.AVE O, HOUSTON, TX 77012

10925    TREVINO, PILAR, 13068 W TRIPLECROWN DRIVE, ODESSA, TX 79762

10925    TREVINO, ROBERT, 1317 WEST SCHARBAUER, HOBBS, NM 88240

10925    TREVINO, ROBERT, 419 OVERHILL, SAN ANTONIO, TX 78228

10925    TREVINO, STEPHEN, 123 POSTWOOD, SAN ANTONIO, TX 78228

10925    TREVINO, SYLVIA, PO BOX 271, GARDEN CITY, TX 79739

10925    TREVINO, SYLVIA, RT 3 BOX 61227, LOS FRENOS, TX 78566

10925    TREVINO, TAMMY, 4520 38TH, LUBBOCK, TX 79414

10925    TREVINO, VAL, 27 MARKET, MOMENCE, IL 60901

10925    TREVOR PEARLMAN P C, FOUNDERS SQUARE, SUITE 175, 900 JACKSON ST, DALLAS, TX 75202

10925    TREW, KIM, BOX 537, ELLSFORTH, PA 15331

10925    TREW, MICHAEL, 2015 WEST PEPPERTREE, CARLSBAD, NM 88220

10925    TREW, THOMAS, RT 1 BOX 577-1, TEN MILE, TN 37880

10925    T-REX PRODUCTIONS, 2250 E. IMPERIAL HWY, SUITE 540, EL SEGUNDO, CA 90245

10925    TREXLER, STACY, 62 GRANDVIEW BLVD, WYOMISING HL, PA 19609

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   TREZEVANT, MICHAEL, 445 WASHINGTON FARM, SEABROOK, SC 29940

10925   TREZISE, ARTHUR D, BOX 91 MAD RIVER GLEN, WAITSFIELD, VT 05673-0091

10925   TREZISE, DEBORAH, PO BOX 324, ADAMSBURG, PA 15611

10925   TRFCA, 200 SUMMIT LAKE DR, VALHALLA, NY 10595

10925   TRHLIK, MARY, 732 CAMBERLY CIRCLE, TOWSON, MD 21204

10924   TRI AG SUPPLY, 101 SOUTH PAGE ST., HARVARD, IL 60033

10924   TRI AG SUPPLY, 101 SOUTH PAGE STREET, HARVARD, IL 60033

10924   TRI AG SUPPLY, PO BOX 606, HARVARD, IL 60033

10924   TRI AMERICA, CAMBRIDGE, MA 99999

10924   TRI AMERICAN, 980 AMES AVE., MILPITAS, CA 95035

10924   TRI CAMPELL FARMS, 28405 IMMOKALEE ROAD, IMMOKALEE, FL 34142

10924   TRI CITIES CONCRETE COMPANY, ATTN:  ACCOUNTS PAYABLE, KINGSPORT, TN 37662

10924   TRI CITIES CONCRETE, 531 COLONIAL ROAD, ROGERSVILLE, TN 37857

10924   TRI CITIES CONCRETE, 905 E. MAIN STREET, KINGSPORT, TN 37660

10924   TRI CITIES CONCRETE, P O BOX 1329, KINGSPORT, TN 37662

10924   TRI CITIES CONCRETE, ROUTE 2, HIGHWAY 33, SNEEDVILLE, TN 37869

10925   TRI CITY CIRCUITS, 2199 WARM SPRINGS CT, FREMONT, CA 94539-6666

10924   TRI CITY READY MIX INC, 588 GRAVEL POT LANE, RIDDLE, OR 97469

10924   TRI CITY READY MIX INC, PO BOX1344, ROSEBURG, OR 97470

10924   TRI CITY READY MIX, BUCKNER, IL 62819

10924   TRI CITY READY MIX, P O BOX 547, BENTON, IL 99999

10924   TRI COUNTY BLOCK & BRICK, 1628 US 20A, SWANTON, OH 43558

10924   TRI COUNTY BLOCK & BRICK, 1628 US A 20, SWANTON, OH 43558

10924   TRI COUNTY BLOCK & BRICK, 1628 US A20, SWANTON, OH 43558

10924   TRI COUNTY CONCRETE PROD, 1926 SKEES ROAD, WEST PALM BEACH, FL 33411

10924   TRI COUNTY CONCRETE, ATTN:  ACCOUNTS PAYABLE, ROOSEVELT, UT 84066

10924   TRI COUNTY CONCRETE, E. HWY 40, EAST OF FEED STORE, DUCHESNE, UT 84021

10924   TRI COUNTY CONCRETE, EAST HIGHWAY 40, ROOSEVELT, UT 84066

10924   TRI COUNTY CONCRETE, PO BOX 26, SANDWICH, IL 60548

10925   TRI COUNTY PETROLEUM, PO BOX 108, DEFIANCE, PA 16633-0108

10924   TRI COUNTY READY MIX, P.O. BOX 143, ARTHUR, IL 61911-0143

10924   TRI COUNTY TECHNICAL INSTITUTE, HIGHWAY 76, PENDLETON, SC 29670

10925   TRI INC, 650 WEST GRAND AVE STE 102, ELMHURST, IL 60126

10924   TRI M ELEC, 1180 CHURCH STREET, WEST POINT, PA 19486

10925   TRI MANUFACTURING & SALES CO., 1967 KINGSVIEW DRIVE, LEBANON, OH 45036

10925   TRI ROTOR, 36 EAST LAWTON ST, TORRINGTON, CT 06790

10925   TRI SCREEN INC, 260 YORK PLACE, CLAREMONT, CA 91711

10924   TRI STATE CONCRETE INC, RT 9 BOX 337A, HAGERSTOWN, MD 21740

10924   TRI STATE CONCRETE, 10108 WHITEHALL ROAD, HAGERSTOWN, MD 21740

10924   TRI STATE CONCRETE, SCENIC DRIVE, BLUE RIDGE, GA 30513

10924   TRI STATE DRYWALL SY  (L& W), 11906 TRAMWAY DR., SHARONVILLE, OH 45241

10924   TRI STATE DRYWALL, P.O.BOX 3085, SIOUX CITY, IA 51102

10925   TRI STATE GUARD DOGS, POBOX 171, CLIFTON, NJ 07012-0633

10924   TRI STATE METALS, 30 GREAT OAK ROAD, LEVITTOWN, PA 19054

10924   TRI STATE READY MIX, #8 PLAZA STREET, WEST HELENA, AR 72390

10924   TRI STATE READY MIX, 10270 OLD HWY 178, OLIVE BRANCH, MS 38654

10924   TRI STATE READY MIX, 2734 HWY 309 NORTH, BYHALIA, MS 38611

10925   TRI STATE ROOFING, 9630 S 76TH AVE, HICKORY HILLS, IL 60457

10925   TRI STATE SCALE SERVICE, 19418 S. 97TH AVE, MOKENA, IL 60448

10925   TRI STATE STEEL DRUM CO., PO BOX 95, GRAYSVILLE, GA 30726

10925   TRI STATE TANK CORP, PO BOX 3104, KANSAS CITY, KS 66103-0104

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TRI STATE TESTING & DRILLING, PO BOX 72596, CHATTANOOGA, TN 37407

10925   TRI STATE TRUCK SERVICE, 8040 SOUTH ROBERST ROAD, BRIDGEVIEW, IL 60455

10924   TRI STATE URETHANE CONTRACTORS, PO BOX 452, WALDEN, NY 12586

10924   TRI STATE WHOLESALE BUILDERS SUPPLY, 1550 CENTRAL AVENUE, CINCINNATI, OH 45214

10924   TRI STATE/AAA OFFICE, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10925   TRI TECHNOLOGIES, 1967 KINGSVIEW DR., LEBANON, OH 45036

10925   TRI UNITY CHRISTIAN SCHOOL, 1803 PLAINFIELD AVE NE, GRAND RAPIDS, MI 49505

10924   TRI VALLEY DRYWALL, PO BOX 1537, BRENTWOOD, CA 94513

10924   TRI WEST HIGH SCHOOL  C/O THERMO SP, 7883 N ST ROAD39, LIZTON, IN 46149

10924   TRI, 371 WEST CHESTNUT ST., WASHINGTON, PA 15301

10924   TRIAD CIRCUITS, 703 NORTH SUNSET, ROUND LAKE, IL 60073

10925   TRIAD EQUIPMENT SERVICE SYSTEM, PO BOX 43164, ATLANTA, GA 30336

10924   TRIAD IND SUPP & RENTAL, 480 CALDCLEUGH ROAD, THOMASVILLE, NC 27360

10924   TRIAD INDUSTRIAL SUPPLY, 480 CALDCLEUGH ROAD, THOMASVILLE, NC 27360

10924   TRIAD MASONARY MAT, P O BOX 1229, ALBEMARLE, NC 28002

10924   TRIAD MASONRY MATERIALS OF, PO BOX4038, BURLINGTON, NC 27215

10924   TRIAD MASONRY MATERIALS, 112 STAGECOACH RD., GREENSBORO, NC 27410

10924   TRIAD MASONRY MATERIALS, 3108 U.S. BUS 220 SOUTH, ASHEBORO, NC 27203

10924   TRIAD MASONRY MATERIALS, INC., 1637 W. WEBB AVE., BURLINGTON, NC 27215

10924   TRIAD MASONRY MATERIALS, P O BOX 1229, ALBEMARLE, NC 28002

10924   TRIAD MASONRY MATERIALS, P.O. BOX 19178, GREENSBORO, NC 27410

10925   TRIAD PLASTICS INC, POBOX 297, NEW AUBURN, WI 54757

10925   TRI-AIR TRANSPORTATION, 700 LARSEN LANE, BENSENVILLE, IL 60106

10925   TRIANGE / A&E, INC, BOX 306, OKLAHOMA CITY, OK 73101-0306

10924   TRIANGLE BLDG SUPPLY INC, 1969 SKIBO RD, FAYETTEVILLE, NC 28303

10924   TRIANGLE BRICK CO., 6523 N.C. HWY. 55, DURHAM, NC 27713-9413

10924   TRIANGLE BRICK, OLD US 1  EXIT 84, MONCURE, NC 27559

10925   TRIANGLE COATING CO., 1930 FAIRWAY DRIVE, SAN LEANDRO, CA 94577

10925   TRIANGLE COATINGS INC, 1930 FAIRWAY DR, SAN LEANDRO, CA 94577-5631

10924   TRIANGLE COATINGS, 1930 FAIRWAY DRIVE, SAN LEANDRO, CA 94577

10924   TRIANGLE CONCRETE, 1201 NEW STREET, KEWANEE, IL 61443

10924   TRIANGLE CONSTRUCTION COMPANY, INC., 480 N. EVERGREEN AVENUE, KANKAKEE, IL 60901-0583

10924   TRIANGLE ELECTRIC SUPPLY, 3815 DURAZKO AVE., EL PASO, TX 79905

10924   TRIANGLE ELECTRIC SUPPLY, P.O.B. 9818, EL PASO, TX 79988

10924   TRIANGLE ELECTRIC, 29787 STEPHENSON HIGHWAY, MADISON HEIGHTS, MI 48071

10924   TRIANGLE FASTENER COMPANY, 10111 WOODBERRY ROAD, TAMPA, FL 33619

10924   TRIANGLE FASTENER COMPANY, 3800 1ST AVENUE N., BIRMINGHAM, AL 35222

10924   TRIANGLE FASTENER COMPANY, 6610 SUEMAC PLACE, JACKSONVILLE, FL 32254

10925   TRIANGLE FASTENER CORP, 1925 PREBLE AVE, PITTSBURGH, PA 15233

10924   TRIANGLE FASTENERS, 5612 A CARDER ROAD, ORLANDO, FL 32810

10924   TRIANGLE FASTENERS, 6610 SUMAC PLACE, JACKSONVILLE, FL 32254

10924   TRIANGLE FASTNER, 213 NESBITT LANE, MADISON, TN 37115

10924   TRIANGLE FIRE PROTECTION, 7517 COOPER AVE, GLENDALE, NY 11385

10924   TRIANGLE HOME CENTER INC., 2400 N. PRINCE, CLOVIS, NM 88101

10924   TRIANGLE HOME CENTER, 2400 NO PRINCE, CLOVIS, NM 88101

10924   TRIANGLE HOME CENTER, INC., 2400 N. PRINCE, CLOVIS, NM 88101

10924   TRIANGLE MATERIALS/GMS, 151 TRIANGLE TRADE CTR, CARY, NC 27513

10924   TRIANGLE MATERIALS/GMS, PO BOX 370, CARY, NC 27512

10925   TRIANGLE PIPE AND SUPPLY CO INC, POBOX 3035, EL MONTE, CA 91733

10924   TRIANGLE ROCK PRODUCTS, 1300 BELMONT AVENUE, MENDOTA, CA 93640

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   TRIANGLE ROCK PRODUCTS, 14761 W. CALIFORNIA, KERMAN, CA 93630

10924   TRIANGLE ROCK PRODUCTS, 22101 SUNSET AVENUE, LOS BANOS, CA 93635

10924   TRIANGLE ROCK PRODUCTS, 28525 BAMBAURER ROAD, GUSTINE, CA 95322

10924   TRIANGLE ROCK PRODUCTS, 3193 E. MANNING AVENUE, FOWLER, CA 93625

10924   TRIANGLE ROCK PRODUCTS, 655 W TEHACHAPI BLVD., TEHACHAPI, CA 93561

10924   TRIANGLE ROCK PRODUCTS, ATTN:  ACCOUNTS PAYABLE, FOWLER, CA 93625

10924   TRIANGLE ROCK PRODUCTS, PO BOX 1111, LOS BANOS, CA 93635-1111

10925   TRIANGLE RUBBER CO, AERO ROAD, BOHEMIA, NY 11716

10924   TRIANGLE TELE CORP, 2121 HWY 2 NW, HAVRE, MT 59501

10925   TRIANGLE WAREHOUSE INC, POBOX 581669, MINNEAPOLIS, MN 55458-1669

10924   TRI-ANIM HEALTH, 201A AVENUE B, YOUNGWOOD, PA 15697

10924   TRI-ANIM HEALTH/FT WAYNE, 4422 DALMAN RD STE 180, FORT WAYNE, IN 46809

10924   TRI-ANIM, 3527A LAMAR AVENUE, MEMPHIS, TN 38118

10924   TRI-ANIM, 5518 FORCE FOUR PARKWAY, ORLANDO, FL 32809

10924   TRI-ANIM/HEALTH/SYLMAR, 13170 TELFAIR AVENUE, SYLMAR, CA 91342

10924   TRI-ANIM/HOUSTON, 9240 BAYTHONE DR., HOUSTON, TX 77041

10925   TRIANO III, NICHOLAS, 158 FOREST ST., NORTH ANDOVER, MA 01845-3206

10925   TRIANO, III, NICHLOS P, 55 HAYDEN AVE., LEXINGTON, MA 02173

10924   TRIARCH INDUSTRIES, 10605 STEBBINS CIRCLE, HOUSTON, TX 77043

10924   TRIARCH INDUSTRIES, 4816 CAMPBELL ROAD, HOUSTON, TX 77041

10925   TRIAS, GLORIMAR, 225 SE 10TH ST, DEERFIELD BEACH, FL 33441

10925   TRIBALDOS, JAIMEE, 520 EAST MAGNOLIA, ABBEVILLE, LA 70510

10925   TRIBBLE, COREY, 106 WHAM ST, LAURENS, SC 29360

10925   TRIBBLE, KEVIN, 882 BOYD ROAD, LAURENS, SC 29360-6039

10925   TRIBBLE, M. LYNN, PO BOX 13039, SAVANNAH, GA 31499

10925   TRIBBLE, RODDRIQUEZ, 401 KINGFISHER DRIVE, SIMPSONVILLE, SC 29680

10925   TRIBLE, PEGGY, 5307 SIR SAGAMORE DR, RICHMOND, VA 23237

10925   TRIBOLOGY TECH-LUBE, 19 W. BEECH ST., ISLIP, NY 11751

10925   TRIBOLOGY TECH-LUBE, 35 OLD DOCK RD, YAPHANK, NY 11980-9702

10925   TRIBONE, BARBARA, 612 5TH AVE, BEAVER FALLS, PA 15010

10924   TRIBORO CONCRETE INC., 435 LOCUST STREET, DALLASTOWN, PA 17313

10924   TRIBORO CONCRETE, INC., 435 LOCUST ST., DALLASTOWN, PA 17313

10924   TRIBORO HARDWARE, 812 GRAND STREET, HOBOKEN, NJ 07030

10925   TRIBOROUGH BRIDGE AND TUNNEL, 15 INDUSTRIAL DR, TRENTON, NJ 08619

10925   TRIBULL, ROBERTA, 124 GRANADA ROAD, PASADENA, MD 21122-2710

10924   TRI-C SUPPLY, **TO BE DELETED**, MUNCIE, IN 47303

10924   TRI-C SUPPLY, 1208 E. CENTENNIAL AVE., MUNCIE, IN 47303

10924   TRI-C SUPPLY, 1208 E. CENTENNIAL AVENUE, MUNCIE, IN 47303

10925   TRI-CAL, INC, 708 E. ORANGE ST, ANGLETON, TX 77515

10925   TRICE, CAROLYN, 3809, PORT ARTHUR, TX 77640

10925   TRI-CHEM CORPORATION, PO BOX 71550, MADISON HEIGHTS, MI 48071-0050

10925   TRI-CHEM CORPORATION, PO BOX 71550, MADISON HEIGHTS, MI 48071-0550

10925   TRICHTER, CHARLOTTE, AND RANDY FREEDMAN JT TEN, 12713 EMELITA ST, NORTH HOLLYWOOD, CA 91607-1018

10925   TRICIA FREEDMAN, 5441 GROVE RIDGE WAY, NORTH BETHESDA, MD 20852-4651

10925   TRICIA HOUGH, ONE CHILTON WAY, WAYNE, PA 19089

10925   TRICIL INC, 3536 FITE ROAD, MILLINGTON, TN 38053

10925   TRI-CIRCUITS INC, 150 PONY ROAD, ZEBULON, NC 27597

10924   TRI-CITY CONCRETE, 158 WITHROW ROAD, FOREST CITY, NC 28043

10924   TRI-CITY CONCRETE, ATTN: ACCOUNTS PAYABLE, FOREST CITY, NC 28043

10924   TRI-CITY ELECTRIC, 422 PERSHING AVE, DAVENPORT, IA 52801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 TRI-CITY MECHANICAL INC, 6875 W GALVESTON, CHANDLER, AZ 85226

10924 TRI-CITY PAINT CORPORATION, 9282 MIRAMAR BLVD., SAN DIEGO, CA 92126

10924 TRI-CITY REDI-MIX INC, PO BOX 127, BENTON, IL 62812

10925 TRICKETT, JAMES, 237 W. PACEMONT AVE, COLUMBUS, OH 43202

10925 TRICKETT, VICKI, 32 CLEVELAND AVE, HARRISON, NJ 07029

10925 TRICKLER, GARY, 8 LOGAN ST, WATERLOO, NY 13165

10925 TRICKLER, GORDON, 1 MAPLE LANE, WATERLOO, NY 13165-9701

10925 TRICKLER, RAYMOND, 15 HUFF ST, WATERLOO, NY 13165-1716

10925 TRICO BUILDERS, PAST BALD KNOB MT. ON RIGHT, ROUTE 85, WHARTON, WV 25208

10925 TRICO DRUM SALES INC, 14188 WHITTRAM AVE., FONTANA, CA 92335

10925 TRICO FUND, 30 NORTH LASALLE ST, CHICAGO, IL 60602

10925 TRICO METALS PRODUCTS, 2309 WYANDOTTE RD., WILLOW GROVE, PA 19090

10925 TRICO, 111 E WACKER DR #2800, CHICAGO, IL 60601-4205

10925 TRICO, 2309 WYADOTTE ROAD, WILLOW GROVE, PA 19090

10924 TRICOM SHIPPING, 80 GRAND AVE, OAKLAND, CA 94612

10925 TRICON COLORS INC., 16 LELIARTS LANE, ELMWOOD PARK, NJ 07407-3291

10925 TRICON COLORS, 16 LELIARTS LANE, ELMWOOD PARK, NJ 07407

10925 TRICON COLOURS, 16 LELIARTS LANE, ELMWOOD PARK, NJ 07407

10925 TRICON ENVIRONMENTAL, INC, PO BOX 1258, AUBURN, AL 36831

10924 TRICON PRECAST, LTD., 15055 HENERY RD, HOUSTON, TX 77060

10924 TRICON, 15055 HENRY RD, HOUSTON, TX 77060

10924 TRICON, 15055 HENRY ROAD, HOUSTON, TX 77060

10925 TRICOR PACKAGING, 135 S LASALLE ST DEPT 2196, CHICAGO, IL 60674-2196

10924 TRI-COUNTY BLOCK & BRICK, 1628 U.S. A20, SWANTON, OH 43558

10924 TRI-COUNTY BUILDERS HARDWARE, 37210 MOUND ROAD, STERLING HEIGHTS, MI 48310-4117

10924 TRI-COUNTY CONCRETE, 331 WEST CHURCH STREET, SANDWICH, IL 60548

10925 TRI-COUNTY COPIER & COMPUTER INC, POBOX 58, OLEY, PA 19547

10924 TRI-COUNTY ELECTRICAL SUPPLY, 175 JACKSONVILLE RD, WARMINSTER, PA 18974-7559

10924 TRI-COUNTY READY MIX, PO BOX143, ARTHUR, IL 61911-0143

10924 TRI-COUNTY READY MIX,INC., 400 W. PROGRESS, ARTHUR, IL 61911

10924 TRI-COUNTY SCHOOL, 147 POND ST, FRANKLIN, MA 02038

10925 TRI-COUNTY WATER, POBOX 311, LAURENS, SC 29360

10925 TRIDELTA INDUSTRIES, 7333 CORPORATE BLVD, MENTOR, OH 44060

10925 TRIDELTA INDUSTRIES, 7350 CORPORATE BLVD, MENTOR, OH 44060

10925 TRIDELTA SIPERM L.L.C., 916 ARBOR LAKE BLVD., HERMITAGE, TN 37076

10924 TRIDEN CONSTRUCTION SUP., 4504 POPLAR LEVEL RD, LOUISVILLE, KY 40213

10924 TRIDEN CONSTRUCTION SUPPLY INC., 4510 INDUSTRIAL RD., FORT WAYNE, IN 46825

10924 TRIDEN CONSTRUCTION SUPPLY, 2365 SCIOTO HARPER DRIVE, COLUMBUS, OH 43204

10924 TRIDEN CONSTRUCTION SUPPLY, 4504 POPLAR LEVEL ROAD, LOUISVILLE, KY 40213

10924 TRIDEN CONSTRUCTION SUPPLY, 6433 EAST 30TH ST, INDIANAPOLIS, IN 46219

10924 TRIDEN CONSTRUCTION SUPPLY, 6433 EAST 30TH STREET, INDIANAPOLIS, IN 46219

10924 TRIDEN CONSTRUCTION, 6433 EAST 30TH STREET, INDIANAPOLIS, IN 46219

10924 TRIDENT HOSPITAL, 9330 MEDICAL PLAZA DRIVE, NORTH CHARLESTON, SC 29406

10924 TRIDENT MEDICAL CENTER, 9330  MEDICAL PLAZA DRIVE, CHARLESTON, SC 29406

10925 TRIDENT REFIT FACILITY, NAVAL SUB BASE, KINGS BAY, GA 31547

10925 TRIDENT REFIT FACILITY, NAVAL SUBMARINE BASE, KINGS BAY, GA 31547-6666

10925 TRIEMSTRA, DARCY, W926 WOODLAND CIRCLE, GREEN LAKE, WI 54941

10925 TRIER, DONALD, 627 WEST MAIN ST, WASHINGTON, IA 52353

10924 TRIERWEILER CONST CO, P O BOX 1236, MARSHFIELD, WI 54449

10924 TRIERWEILER CONST CO, PAVER - VARIOUS LOCATIONS, MARSHFIELD, WI 54449

10924 TRIERWEILER CONSTR & SUP, E.29TH ST, MARSHFIELD, WI 54449

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | TRIERWEILER CONSTRUCTION &, PO BOX 1236, MARSHFIELD, WI 54449 | |
| 10924 | TRIERWEILER READY MIX, 406 E. 29TH ST., MARSHFIELD, WI 54449 | |
| 10925 | TRIESCHMAN, PAUL, 3882 SAN JOAQUIN AVE, LOS ALAMITOS, CA 90720 | |
| 10925 | TRIFONE, MICHAEL, 151 OTIS ST, CAMBRIDGE, MA 02141 | |
| 10924 | TRIG COUNTY HOSPITAL, 254 MAIN STREET, CADIZ, KY 42211 | |
| 10924 | TRIGARD REDI MIX, 200 S. COLE ST., LINDSBORG, KS 67456 | |
| 10925 | TRI-GAS INC, POBOX 845502, DALLAS, TX 75284-5502 | |
| 10925 | TRIGAUX, JUDITH, 108 INDIAN LAKE DR, ELKVIEW, WV 25071 | |
| 10924 | TRIGEN-BALTIMORE ENERGY CORP., 1400 RIDGELY STREET, BALTIMORE, MD 21230 | |
| 10924 | TRIGEN-BALTIMORE ENERGY CORP., ONE NORTH CHARLES STREET, 25TH FLOOR, BALTIMORE, MD 21230 | |
| 10925 | TRIGG, JAMES, 1104 MEADOW LANE, SACHSE, TX 75048 | |
| 10925 | TRIGG, MARY, 2519 RIVERCREST, HUMBLE, TX 77338 | |
| 10925 | TRIGGER, YVONNE, PO BOX 532, TAPPAHANNOCK, VA 22560 | |
| 10925 | TRIGGIANI, LEONARD, 419 LE PROVENCE CIRCLE, NAPERVILLE, IL 60540-8127 | |
| 10925 | TRIGGS, LORI, 2514 N 5TH ST, ST JOSEPH, MO 64505 | |
| 10925 | TRIGGS, SHELIA, 626 ANNISTON AVE, GULFPORT, MS 39507 | |
| 10925 | TRIGILIO, RICHARD, 21 GOODWIN AVE, MALDEN, MA 02148 | |
| 10925 | TRIGO, CHERYL, 2905 SHERWOOD DR., LA PLACE, LA 70068 | |
| 10925 | TRI-LITE CORP, THE, 2604 LINK RD, HOUSTON, TX 77009-1128 | |
| 10925 | TRILLA COOPERAGE INC, 2959 W 47 ST, CHICAGO, IL 60632 | |
| 10924 | TRILLA STEEL DRUM CORPORATION, 2959 W. 47TH STREET, CHICAGO, IL 60632 | |
| 10925 | TRILLA STEEL DRUM CORPORATION, PO BOX 75239, CHICAGO, IL 60675 | |
| 10925 | TRILLA STEEL DRUM CORPORATION, POBOX 75239, CHICAGO, IL 60675 | |
| 10925 | TRILLA STEEL DRUM, 2959 W. 47TH. ST., CHICAGO, IL 60632 | |
| 10925 | TRILLA, ANN, 19 CUMBERLAND ROAD, BELMONT, MA 02178 | |
| 10924 | TRILLIUM, RUTHERFORD, WOODLAND HILLS, CA 91364 | |
| 10925 | TRILLOW, PAUL, 647 BOYD ST REAR, CARNEGIE, PA 15106 | |
| 10924 | TRI-M BLOCK & SUPPLY, 2723 PRAIRIE LANE RD., WOOSTER, OH 44691 | |
| 10924 | TRI-M BLOCK & SUPPLY, PO BOX166, WOOSTER, OH 44691 | |
| 10924 | TRIM SOUTH INC, 694 CROWELL, MONROE, NC 28112 | |
| 10925 | TRI-M WELDING SUPPLY CORP ACC, PO BOX 14176, PHOENIX, AZ 85063 | |
| 10925 | TRIM, DRAKE, 209 RYAN AVE, NEW IBERIA, LA 70560 | |
| 10925 | TRIM, PATRICIA, 3059 E GEDDES PLACE, LITTLETON, CO 80122 | |
| 10925 | TRIMAC TRANSPORTATION SERVICES, PO BOX 3500, CALGARY, AB T2P 2P9CANADA | *VIA Deutsche Post* |
| 10924 | TRI-MADE PRODUCTS INC., 39 N. TORRENCE, DAYTON, OH 45403 | |
| 10924 | TRI-MADE PRODUCTS INC., 39 NORTH TORRANCE STREET, DAYTON, OH 45405 | |
| 10925 | TRIMBLE COMBUSTION SYSTEMS, IN, 21744 BURTZELBACH RD., GUILFORD, IN 47022 | |
| 10925 | TRIMBLE COMBUSTION SYSTEMS, INC, 21744 BURTZELBACH RD., GUILFORD, IN 47022 | |
| 10925 | TRIMBLE JT TEN, GERALD D & JACQUELINE L, 4586 CAMEO PL, ORCUTT, CA 93455-4247 | |
| 10925 | TRIMBLE, BENNY, RT 2 BOX 225-H, VICTORIA, TX 77901 | |
| 10925 | TRIMBLE, EDITH R, 48 BUNTING LANE, POQUOSON, VA 23662-2236 | |
| 10925 | TRIMBLE, JOANN, 5900 WURZBACH 406, SAN ANTONIO TX, TX 78238 | |
| 10925 | TRIMBLE, MARGARET, 879 LEXINGTON ST, WALTHAM, MA 02154 | |
| 10925 | TRIMBLE, ROBERT, 879 LEXINGTON ST, WALTHAM, MA 02154 | |
| 10925 | TRIMBORN, PETER, 2954 S. 47TH ST, MILWAUKEE, WI 53219 | |
| 10924 | TRIMEDICA INTERNATIONAL, 1895 SOUTH LOS FELIZ DRIVE, TEMPE, AZ 85281-6023 | |
| 10925 | TRIMET TECHNICAL PROD. INC., PO BOX 8500-3020, PHILADELPHIA, PA 19178 | |
| 10925 | TRIMM, ANGELA, 4450 RIDGEMONT DR., ABILENE, TX 79606 | |
| 10924 | TRIMMIER ELEM.SCHOOL, 4400 SUCCESS DR., KILLEEN, TX 76542 | |
| 10925 | TRIMPIN, ANDY, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    TRIMPIN, ANDY, 780 MARSTON COURT, MILLERSVILLE, MD 21108

10925    TRINA BELOVA, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925    TRINA FORMA GDN, JILLIAN FORMA, 2 BEVERLY AVE, SALEM, NH 03079-2576

10925    TRINA FORMA GDN, SAMUEL J FORMA, 2 BEVERLY AVE, SALEM, NH 03079-2576

10925    TRINA FORMA GUARDIAN, SAMUEL FORMA & JILLIAN FORMA, 2 BEVERLY AVE, SALEM, NH 03079-2576

10925    TRINA T FORMA GDN, JILLIAN L FORMA, 5 LEE CIRCLE, DERRY, NH 03038-5030

10925    TRINA T FORMA GDN, SAMUEL J FORMA, 2 BEVERLY AVE, SALEM, NH 03079-2576

10925    TRINA T FORMA GDN, SAMUEL J FORMA, 5 LEE CIRCLE, DERRY, NH 03038-5030

10925    TRINE METCALF, 1435 ARAPAHOE AVE, BOULDER, CO 80302-6390

10925    TRINH, HAI, 137 QUAIL SPRINGS RD, MARTINEZ, GA 30907

10925    TRINH, THACH, 1384 CONTREAU CT., APOPKA, FL 32703

10924    TRINIDAD CEMENT LTD, OLD SOUTHERN NAIN RD, CLAYTON, WI 54004

10925    TRINIDAD, IRIS, 5563 TRENT CT #10, ALEXANDRIA, VA 22311

10924    TRINITY CENTRE, 5870 TRINITY PARKWAY, CENTREVILLE, VA 20120

10924    TRINITY CHEMICAL CORPORATION, 12138 PECAN STREET, AUSTIN, TX 78727

10925    TRINITY COATINGS CO, RICHARD WILLIAMSON,

10924    TRINITY COATINGS, 1800 PARK PLACE, FORT WORTH, TX 76110

10924    TRINITY COATINGS, PO BOX 2488, FORT WORTH, TX 76113

10925    TRINITY CONSULTANTS, 1360 POST OAK BLVD., SUITE 1550, HOUSTON, TX 77056

10925    TRINITY CONSULTANTS, INC, 4000 S. SHERWOOD FOREST BLVD., STE., BATON ROUGE, LA 70816

10925    TRINITY CONSULTANTS, PO BOX 972047, DALLAS, TX 75397-2047

10925    TRINITY CONSULTANTS, STE. 1200, PO BOX 972047, DALLAS, TX 75397

10925    TRINITY CONTRACTORS INC, 561 SIMMONS DR, TRUSSVILLE, AL 35173

10925    TRINITY EMPLOYMENT SERVICE, 5050 W. BROWN DEER ROAD, MILWAUKEE, WI 53223

10924    TRINITY HOSPITAL, 2320 E. 93RD STREET, CHICAGO, IL 60617

10924    TRINITY HOSPITAL, 2320 EAST 93RD STREET, CHICAGO, IL 60617

10925    TRINITY INDUSTRIES INC, GARDERE & WYNNE, ATTN: JOHN SLATES, 1601 ELM ST, DALLAS, TX 75201-4761

10924    TRINITY MANUFACTURING, INC., 11 E.V. HOGAN DRIVE, HAMLET, NC 28345

10924    TRINITY MANUFACTURING, INC., PO BOX 1519, HAMLET, NC 28345

10925    TRINITY MARINE, INC, 8550 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

10924    TRINITY MASON, 64 ROOT ROAD, SOMERS, CT 06071

10924    TRINITY MASON, CAMBRIDGE, MA 02140

10924    TRINITY MASON, FOR: 56 PROSPECT, SOMERS, CT 06071

10924    TRINITY MASON, PO BOX 282, SOMERS, CT 06071

10924    TRINITY MEDICAL CENTER, C/O WILKIN INSULATION, MOLINE, IL 61265

10924    TRINITY MEDICAL, 2701 17TH STREET, ROCK ISLAND, IL 61201

10925    TRINITY OLD SWEDES, PO BOX 31, SWEDESBORO, NJ 08085

10924    TRINITY PLACE, 25 HUNTINGTON AVENUE, BOSTON, MA 02115

10924    TRINITY PLACE, 69 HOWARD STREET, WATERTOWN, MA 02272

10925    TRINITY RAIL SERVICES INC, PO BOX 911742, DALLAS, TX 75391-1742

10924    TRINITY REGIONAL HOSPITAL, MCNAMER CONSTRUCTION CO., FORT DODGE, IA 50501

10924    TRINITY SCHOOL, 4011 PICKET ROAD, DURHAM, NC 27705

10924    TRINITY SCHOOL, THE, 139 WEST 91ST STREET, NEW YORK, NY 10001

10924    TRINITY TOWERS BUILDING, 101 NORTH UPPER BROADWAY, CORPUS CHRISTI, TX 78401

10924    TRINITY VALLEY MEDICAL CENTER, BIRTHING CENTER, PALESTINE, TX 75801

10925    TRINKER, STEVEN, 2513 NW 63RD LANE, BOCA RATON, FL 33496

10925    TRI-NORTH BUILDERS INC, THOMAS W THAYER, 717 POST ROAD, PO BOX 259568, MADISON, WI 53725-9568

10925    TRI-NORTH BUILDERS, MICHAEL BEST & BRIEDRICH CHARLES V, ONE SOUTH PINCKNEY ST, PO BOX 1806, MADISON, WI 53701-1806

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TRINTY ELEMENTARY SCHOOL, 180 PELHAM ROAD, NEW ROCHELLE, NY 10801 | |
| 10924 | TRIO INDUSTRIES LTD., 915 CANTON STREET, PRESCOTT, WI 54021 | |
| 10924 | TRIO INDUSTRIES LTD., PO BOX 333, PRESCOTT, WI 54021 | |
| 10925 | TRIOLA, MARSHA, 13510 HERON FIELD CT., HOUSTON, TX 77059-3565 | |
| 10925 | TRION INC., PO BOX 75640, CHARLOTTE, NC 28275 | |
| 10925 | TRIONICS INC, 704 E NORTH ST, ELBURN, IL 60119 | |
| 10925 | TRIONICS INC, PO BOX 225, SAINT CHARLES, IL 60174 | |
| 10925 | TRI-ONICS INC., POBOX 168, HIGHLAND, IL 62249 | |
| 10925 | TRIO-TECH, 355 PARKSIDE DR, SAN FERNANDO, CA 91340 | |
| 10925 | TRIP MAGAZINE, 800 BRIARCREEK ROAD, CHARLOTTE, NC 28205 | |
| 10925 | TRIPATHI, RAJU, UNIT 9&10 4444 EASTGATE PKWY, MISSISSAUGA, ON L4W4T6CANADA | *VIA Deutsche Post* |
| 10925 | TRIPHON, BILL, CUST FOR JULIANNE TRIPHON UNDER, THE CA UNI TRANSF TO MIN ACT, 794 WESTLITE CIR, SACRAMENTO, CA 95831-2635 | |
| 10924 | TRIPLE ALLIANCE CO., INC., ATTN: JAY SONG, 167-55 148TH AVENUE, JAMAICA, NY 11434 | |
| 10924 | TRIPLE B PACKERS, 19700 MAGELLAN DR., TORRANCE, CA 90502 | |
| 10924 | TRIPLE C CONCRETE INC., 224 READ AVENUE, RUPERT, ID 83350 | |
| 10924 | TRIPLE C CONCRETE, ATTN:  ACCOUNTS PAYABLE, RUPERT, ID 83350 | |
| 10925 | TRIPLE E SERVICES, RT.1, BOX 842, GORDON, GA 31031 | |
| 10925 | TRIPLE E SIGNS, 813 COURTHOUSE ROAD, STAFFORD, VA 22554 | |
| 10925 | TRIPLE E TRANSPORT, INC, PO BOX 640296, PITTSBURGH, PA 15264-0296 | |
| 10925 | TRIPLE M ROOFING CORP, 914 NORTHWEST 19TH AVE, FORT LAUDERDALE, FL 33311 | |
| 10925 | TRIPLE P PACKAGING & PAPER PRODUCTS, 830 W CHESTNUT ST, BROCKTON, MA 02401 | |
| 10925 | TRIPLE S DYNAMICS, INC, PO BOX 151027, DALLAS, TX 75315-1027 | |
| 10924 | TRIPLE, INC., 1441 ALLEN DRIVE, TROY, MI 48083 | |
| 10925 | TRIPLETT, INEZ, 8011 ASH RD, TEXAS CITY, TX 77591 | |
| 10925 | TRIPLETT, JACK, 19 KING ARTHUR COURT, FAIRFIELD, OH 45014 | |
| 10925 | TRIPLETT, MARY, 6421 HWY 6, HITCHCOCK, TX 77563 | |
| 10925 | TRIPLETT, UDENIA, 127 BUSHVILLE DR, LENOIR, NC 28645 | |
| 10925 | TRIPLIN, JERRY, 101 THREE COIN WAY, GLEN BURNIE,, MD 21060 | |
| 10925 | TRIPODI, CYNTHIA, PO BOX 1084, BURLINGTON, MA 01803 | |
| 10924 | TRIPOINT INC, 12603 NE 95TH ST, VANCOUVER, WA 98682 | |
| 10925 | TRIPOLI, CAROL, 48 SAMOA DR., PITTSBURGH, PA 15239 | |
| 10925 | TRIPOLI, DINA, 191 SUFFOLK AVE, STATEN ISLAND, NY 10314 | |
| 10925 | TRIPP CO, THE, 6 BROOKS DR, BRAINTREE, MA 02184 | |
| 10925 | TRIPP, LINDA, RT 3 BOX 47A, ROANOKE RAPIDS, NC 27870 | |
| 10925 | TRIPP, MICHAEL, RT 1, BOX 59E, KINSTON, NC 28501 | |
| 10925 | TRIPPE MFG. CO., PO BOX 91454, CHICAGO, IL 60693 | |
| 10924 | TRIPPLE S&D, STADIUM, 329 2ND ST., MARTINS FERRY, OH 43935 | |
| 10925 | TRIRAM CORP, 721 WAVERLY ST, FRAMINGHAM, MA 01701 | |
| 10925 | TRI-SERV, INC, PO BOX 644, HUNT VALLEY, MD 21030 | |
| 10925 | TRISMEN, BRUCE, 436 DEMAREST AVE., ORADELL, NJ 07649 | |
| 10924 | TRI-SPAN INC, 5548 EAST LAPALMA AVE, ANAHEIM, CA 92807 | |
| 10925 | TRISSELL, DALE, 118 BONITA DR, ELK CITY, OK 73644 | |
| 10925 | TRISTAN, ANDREA, 122 W. FORMOSA BLVD., SAN ANTONIO, TX 78221 | |
| 10925 | TRISTAN, MARIA, 719 MORNINGVIEW, SAN ANTONIO, TX 78223 | |
| 10924 | TRI-STAR BRICK & BLOCK, 2945 NIAGARA ROAD, COLUSA, CA 95932 | |
| 10925 | TRI-STAR BRICK & BLOCK, ATTENTION: ACCOUNTS PAYABLE, COLUSA, CA 95932 | |
| 10925 | TRI-STAR COMPUTER, PO BOX 52452, PHOENIX, AZ 85072-2452 | |
| 10925 | TRI-STAR FINANCIAL CORP, 17 W MAIN ST SUITE 25, CENTERVILLE, OH 45459-0000 | |
| 10924 | TRI-STATE ADHESIVE & RESINS, 200N 5TH STREET, WEST MEMPHIS, AR 72301 | |
| 10924 | TRI-STATE CONCRETE AND SUPPLIES LTD, ATTN:  ACCOUNTS PAYABLE, BLUE RIDGE, GA 30513 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   TRI-STATE CONCRETE AND SUPPLIES LTD, EAST MAIN STREET, BLUE RIDGE, GA 30513

10924   TRI-STATE CONCRETE AND SUPPLIES LTD, OCOEE JOB, COPPERHILL, TN 37317

10924   TRI-STATE CONCRETE, ATTN:  ACCOUNTS PAYABLE, MIDDLESBORO, KY 40965

10924   TRI-STATE DRYWALL, CAMBRIDGE, MA 02140

10924   TRISTATE ELECTRICAL SUPPLY, 1622 COMMERCE ROAD, RICHMOND, VA 23224

10924   TRISTATE ELECTRICAL SUPPLY, 16425 JEFF DAVIS HWY., COLONIAL HEIGHTS, VA 23834

10925   TRISTATE ELECTRICAL SUPPLY, 6667 MORAVIA PARK DR, BALTIMORE, MD 21237

10925   TRI-STATE FIRE & SAFETY EQUIPMENT, 1701 TRIPLETT ST, OWENSBORO, KY 42303

10925   TRI-STATE FORD TRUCK SALES INC, 2550 ANNUITY DRIVE, CINCINNATI, OH 45241

10924   TRI-STATE GENERATION & TRANSMISSION, 1100 WEST 116TH AVENUE, WESTMINSTER, CO 80234

10924   TRI-STATE GYPSUM SUPPLY, 1635 AIRPORT ROAD, ALLENTOWN, PA 18103

10925   TRI-STATE HYDRAULIC INC, 135 MARTIN LN, ELK GROVE VILLAGE, IL 60007

10925   TRI-STATE HYDRAULICS INC, PO BOX 5067, CHATTANOOGA, TN 37406

10924   TRI-STATE LIGHTING & SUPPLY, 1163 DIAMOND AVENUE, EVANSVILLE, IN 47711

10924   TRI-STATE LIGHTING & SUPPLY, PO BOX 327, EVANSVILLE, IN 47702

10924   TRI-STATE MATERIALS, I-15 9 MILES NORTH OF MESQUITE, LITTLEFIELD, AZ 86432

10925   TRI-STATE MOTOR TRANSIT CO., LOCK BOX 954640, SAINT LOUIS, MO 63195-4640

10925   TRI-STATE MOTOR TRANSIT CO., LOCK BOX 954829, SAINT LOUIS, MO 63195-4829

10925   TRI-STATE MOTOR TRANSPORT CO., LOCK BOX 954829, SAINT LOUIS, MO 63195-4829

10924   TRI-STATE READY MIX, #8 PLAZA ST., WEST HELENA, AR 72390

10924   TRI-STATE READY MIX, 10270 HWY 178, OLIVE BRANCH, MS 38654

10924   TRI-STATE READY MIX, 2734 HWY 309 NORTH, BYHALIA, MS 38611

10924   TRI-STATE READY MIX, HIGHWAY 18 WEST, CANTON, SD 57013

10924   TRI-STATE READY MIX, INC., SOUTH MAIN STREET, LARCHWOOD, IA 51241

10924   TRI-STATE ROOFING & SIDING CO., 9630 SO 76TH AVE, HICKORY HILLS, IL 60457

10924   TRI-STATE ROOFING & SIDING WHLSL., 9630 S. 76TH AVENUE, HICKORY HILLS, IL 60457

10924   TRI-STATE STEEL DRUM, GRAYSVILLE & JULIAN ROAD, GRAYSVILLE, GA 30726

10924   TRI-STATE STEEL DRUM, PO BOX9, GRAYSVILLE, GA 30726

10925   TRI-STATE STEEL ERECTORS, INC, 1654 ELECTRIC AVE., CROFTON, MD 21114

10924   TRI-STATE STRUCTURAL CONC SERVICES, 25 FELDLAND STREET, BOHEMIA, NY 11716

10925   TRI-STATE TECHNICAL SALES CORP, 3601 COMMERCE DR., BLDG. 109, BALTIMORE, MD 21227

10925   TRI-STATE TECHNICAL SALES CORP, P.O. BOX 6009, SOUTHEASTERN, PA 19398-6009

10925   TRI-STATE TECHNICAL SALES CORP., 3601 COMMERCE DR., BLDG. 109, BALTIMORE, MD 21227

10925   TRI-STATE TECHNICAL SALES CORP., PO BOX 13700, PHILADELPHIA, PA 19191-1095

10925   TRI-STATE TECHNICAL SALES CORP., PO BOX 144, MALVERN, PA 19355

10925   TRI-STATE TECHNICAL SALES, PO BOX 13700, PHILADELPHIA, PA 19191-1095

10925   TRI-STATE TESTING & DRILLING, LLC, PO BOX 16727, CHATTANOOGA, TN 37416-6727

10925   TRI-STATE TROPHIES, 1812 PULASKI HWY., EDGEWOOD, MD 21040

10924   TRI-STATE URETHANE, 32 PLUM STREET, TRENTON, NJ 08638

10925   TRI-STATE VALVE & INST., 37 PENWOOD PLACE, WARRENDALE, PA 15086

10925   TRI-STATE VALVE & INSTRUMENT, INC, PO BOX 641523, PITTSBURGH, PA 15264-1523

10925   TRI-STATE WATER, 8385 PARK DR., SUITE 2, MAINEVILLE, OH 45039

10925   TRISTEM ELECTRONICS LIMITED, BRIDGTOWN, CANNOCK, STAFFS, WS11 3DEUNITED KINGDOM     **\*VIA Deutsche Post\***

10925   TRI-SYSTEMS, INC, 6461 SIEGEN LN., BATON ROUGE, LA 70809

10925   TRI-SYSTEMS, INC, PO BOX 297076, HOUSTON, TX 77297-7076

10925   TRITAKIS, STELIOS, PROSILION-GYTHEIOU, LAKONIAS, GREECE     **\*VIA Deutsche Post\***

10925   TRI-TECH ELECTRICAL SERVICES, INC, 9691 D GERWIG LANE, COLUMBIA, MD 21046

10925   TRI-TECH ELECTRICAL SERVICES, INC, PO BOX 285, GAMBRILLS, MD 21054

10925   TRITECH TECHNOLOGIES, 1275 WEST ROOSEVELT RD., STE. 104, WEST CHICAGO, IL 60185

10925   TRITECH TECHNOLOGIES, INC, 37386 TWELVE MILE RD., BOX 8000004906, FARMINGTON HILLS, MI 48331

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TRITECH, 109 FAIRFIELD WAY, BLOOMINGDALE, IL 60108-1500

10925   TRITES, LYNN, 17 HILLSIDE WAY, WILMINGTON, MA 01887

10925   TRITON GROUP, 33 TRAFALGAR PLACE, SHREWSBURY, NJ 07702

10924   TRIUMPH PHARMACEUTICALS, 10403 BAUER BLVD., SAINT LOUIS, MO 63132

10925   TRI-VALLEY TRANSPORTATION AND, 5481 BRISA ST, LIVERMORE, CA 94550

10925   TRIVEDI, INA, 9375 LANDINGS LANE, DES PLAINS, IL 60016

10924   TRI-W LUMBER CO., 16 MADISON ST., LEETONIA, OH 44431

10924   TRI-W LUMBER CO., P.O. BOX 121, LEETONIA, OH 44431

10925   TRIZEC PROPERTIES, INC, 3011 WEST GRAND BLVD. FISHER BLDG., SUITE 450, DETROIT, MI 48202-3099

10925   TRIZECHAHN-SWIG, LLC, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10020

10925   TRL INC., PO BOX 7777 W6570, PHILADELPHIA, PA 19175-6570

10924   TRM #24B/VALENCIA, 11800 E. VALENCIA ROAD, TUCSON, AZ 85748

10924   TRNSP. CNTRL #80423722621806XXX, PGOC TRANSPORTATION MANAGER, KENNEDY SPACE CENTER, FL 32899-0001

10925   TRO LEARNING INC., POBOX 71071, CHICAGO, IL 60694-1071

10925   TRODERMAN, JOSH, 330 WEST 28TH #19D, NEY YORK, NY 10001

10925   TROEDEL-WELLENSTE, B, 1102 DODGE ST, KEWAUNEE, WI 54216

10925   TROEGER, HELEN, 412 WEST 6TH ST, MOMENCE, IL 60954

10925   TROEGER, HELEN, 412 WEST 6TH, MOMENCE, IL 60954

10925   TROESCH, DAVID, 160 ARBOR WAY, DALLAS, GA 30157

10924   TROESH READY MIX, ATTN:  ACCOUNTS PAYABLE, SANTA MARIA, CA 93456

10924   TROESH/NIPOMO, 2280 HUTTON ROAD, NIPOMO, CA 93444

10925   TROFATTER, KENNETH, 38 CUSHING ST, SALISBURY, MA 01952

10925   TROFFKIN ESQ, HOWARD J, 7808 IVYMOUNT TERRACE, POTOMAC, MD 20854

10925   TROFFKIN, HOWARD, 7808 IVYMOUNT TERR, POTOMAC, MD 20854

10925   TROFFKIN, STEPHEN, 7808 IVYMOUNT TERRACE, POTOMIC, MD 20854

10925   TROFIMCHUK, ELSA, 6155 S. KOSTNER, CHICAGO, IL 60629

10925   TROFIMCHUK, ELSA, 6155 SOUTH KOSTNER, CHICAGO, IL 60629

10925   TROFIMOW, ALEX, % JO AN WHEAT 4640 35TH AVE N, ST PETERSBURG, FL 33713

10925   TROFKA, ANTHONY, 1620 MERRILL, DEPERE, WI 54115-3334

10925   TROFKA, JEFFREY, 620 S SUPERIOR, DEPERE, WI 54115

10925   TROISI, CARMELA, 37 ARDMAER DRIVE, BRDGEWATER, NJ 08807

10924   TROJAN INTERIOR CONTR., 3260 ODESSA DRIVE RR# 2, TECUMSEH, ON N8N 2M1TORONTO        *VIA Deutsche Post*

10925   TROJANOWSKI, ANDREW, 4122 W 57TH PLACE, CHICAGO IL, IL 60629

10925   TROLINGER, ARBY, PO BOX 66, BLOCKER, OK 74529

10925   TROLLINGER, SANDRA, 1708 GLENSIDE DR, GREENSBORO, NC 27405

10925   TROMBETTA, MEREDITH, 580 BRIDGE ST # 22B, WEYMOUTH, MA 02191

10925   TROMBLAY, KATHRYN, 1503 STATE ROAD, PLYMOUTH, MA 02360

10924   TROMBLEY INDUSTRIES INC., BOX 1750, LIMESTONE, ME 04750

10924   TROMBLEY INDUSTRIES INC., RTE 89, LIMESTONE, ME 04750

10925   TROMBLEY, ALBERT, PO BOX 85, SANDY RIDGE, NC 27046

10925   TROMBLEY, STEPHEN, 8014 FARMINGTON BLVD, GERMANTOWN, TN 38138

10925   TROMBLEY, WILLIAM, PO BOX 6026, PENACOOK, NH 03303

10925   TROMBOWICZ, WALTER, 2004 W BORROUM CIR, CORINTH, MS 38834

10925   TRONAIR INC, PO BOX 1437, ELYRIA, OH 44036-1437

10925   TRONCOSO, JOSE, 3210 N 25 1/2, MCALLEN, TX 78501

10925   TRONZIGER, BARBARA, 26 THOMAS ST., BRIDGEWATER, NJ 08807

10925   TROOP, BEVERLY, 220 DIANE AVE, HATBORO, PA 19040

10925   TROOP, JON, 7617 DELIA AVE, SUN VALLEY, CA 91352

10925   TROOPERS REVIEW, THE, 13804 VICTORIA, HOUSTON, TX 77015

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  TROPE, EUGENE L, 365 NORCROFT AVE, LOS ANGELES, CA 90024-2525

10925  TROPHIES AND AWARDS, 719 WASHINGTON ST, CANTON, MA 02021

10925  TROPHIES BY EDCO INC, 3702 DAVIE BLVD, FORT LAUDERDALE, FL 33312

10925  TROPHY DEN, 707 S. MYRTLE AVE., TEMPE, AZ 85281

10925  TROPICAL ASPHALT PRODUCTS CORP, 1904 SW 31ST AVE, HALLANDALE, FL 33009

10925  TROPICAL DESIGN USA, INC, 500 AMMONS ROAD, SPARTANBURG, SC 29306

10924  TROPICAL FERTILIZER, PO BOX154, SABANA SECA, PR 00952-0154PUERTO RICO    *VIA Deutsche Post*

10925  TROPICAL INV CLUB OF MIAMI, C/O THOMAS H KNOWLES, 12105 NE 3RD COURT, NORTH MIAMI, FL 33161-5318

10925  TROPICAL LADDER & LIFTS INC, 2120 INDIAN ROAD, WEST PALM BEACH, FL 33409

10925  TROPICAL, POBOX 7507, CHARLOTTE, NC 28241

10924  TROPICANA FIELD STADIUM EXPANSION, ONE STADIUM DRIVE, SAINT PETERSBURG, FL 33705

10924  TROPICANA, LAS VEGAS, NV 89108

10925  TROPILA, ANNETTE, 49 FITZGERALD AVE, WESTWOOD, NJ 07675

10925  TROSCLAIR, ADAM, PO BOX 34, DULAC, LA 70353

10925  TROSCLAIR, ALFRED, PO BOX 693, WESTLAKE, LA 70669

10925  TROSCLAIR, BETSY, 3500 VINCENNES, NEW ORLEANS, LA 70125

10925  TROSCLAIR, DAVID, BOX 10 HYLAND DRIVE, GHEENS, LA 70355

10925  TROSCLAIR, DENNIS, P. O . BOX 62, GREENVILLE, AL 36037

10925  TROSTEL, THOMAS, 8111 N. 19TH AVE, PHOENIX, AZ 85021

10925  TROTMAN, MARTHA, 20A BATTLEFIELD, CHESAPEAKE, VA 23320

10925  TROTMAN, MARY, 2815 BAKER ST, BALTIMORE, MD 21216

10925  TROTT, DOROTHY MAY, 221 EIGHTH AVE, BALTIMORE, MD 21225

10925  TROTTER, J, 3883 LUNN DRIVE, NASHVILLE, TN 37218

10925  TROTTER, JERRY, RT 3, PICKENS, SC 29671

10925  TROTTER, LADONNA, 634 SHERRI OAK LN., ARLINGTON, TX 76012

10925  TROTTER, MELANIE, 1137 TIMMS MILL RD, PENDLETON, SC 29670

10925  TROTTER, RICHARD, 459 MAIN ST, NEWBURG, WI 53060

10925  TROTTER, ROBERTA, 24502 CHARMALEA, MISSION VIEJO, CA 92691

10925  TROTTER, SANDRA, 32 WOODWIND COURT, COLUMBIA, SC 29209

10925  TROTTIER, JEAN FRANCOIS, 158 SHORE DRIVE, BEDFORD, NS B4A 2E5CANADA    *VIA Deutsche Post*

10925  TROTTIER, JEAN-FRANCOIS, POBOX 1000, HALIFAX, NS B3J 2X4CANADA    *VIA Deutsche Post*

10925  TROUBLEFIELD, JENNIFER, 8620 PARKLANE, DALLAS, TX 75231

10925  TROUP, LAMAR, 3190 AVE Q NW, WINTER HAVEN, FL 33881

10925  TROUSDALE, MARTHA, 2801 SOUTHLAND SW, CEDAR RAPIDS, IA 52404

10925  TROUSDALE, MICHAEL, 1244 19TH AVE SW, CEDAR RAPIDS, IA 52404-2513

10925  TROUSKIE, KAREN, 60 GREEN ROAD, CHURCHVILLE, NY 14428

10925  TROUT, DON, 12002 PYMBROKE PLACE, FISHERS, IN 46038

10925  TROUT, JASON, 4820 N GRIMES, HOBBS, NM 88240

10925  TROUT, MARY, RT 3 BOX 145, BOLIVAR, TN 38008

10925  TROUTH AIR CONDITIONING & SHEE, 1212 WHITAKER ST., SULPHUR, LA 70663

10925  TROUTH AIR CONDITIONING & SHEET MET, 1212 WHITAKER ST., SULPHUR, LA 70663

10925  TROUTMAN, BOBBY, 6326 H.W. 250, CALHOUN, KY 42327-9626

10925  TROUTMAN, BRADLEY, 5443 DIANE AVE, OWENSBORO, KY 42301

10925  TROUTMAN, DONNA, 507 BLUEFIELD LANE, FORT MILL, SC 29715

10925  TROUTMAN, GUY, 430 W. 3RD ST, CALHOUN, KY 42327

10925  TROUTMAN, JOHN, 211 TANGLEWYLDE DRIVE, SPARTANBURG, SC 29301

10925  TROUTMAN-RZEGOCKI, JILL, 1815 SPRUCE HILLS DR, GLEN GARDNER, NJ 08826

10925  TROUTMANS SHARPENING SERVICE INC., PO BOX 471531, CHARLOTTE, NC 28247

10925  TROUTT, E, 212 CLEMATIS COURT, MOORE, SC 29369

10925  TROUTT, TERRY, 212 CLEMATIS COURT, MOORE, SC 29369

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | TROVATO, CHARLES, 2087 SW 17TH CIRCLE, DEERFIELD BEACH, FL 33442 | |
| 10925 | TROVATO, KATHY, 2122 W BUTLER DR #208, PHOENIX, AZ 85021 | |
| 10924 | TROWEL TRADES SUPPLY, ***DO NOT USE-USE 523242***, COLCHESTER, VT 05446 | |
| 10924 | TROWEL TRADES SUPPLY, 71 TROY AVE, COLCHESTER, VT 05446 | |
| 10924 | TROWEL TRADES SUPPLY, INC., 71 TROY AVENUE, COLCHESTER, VT 05446 | |
| 10925 | TROWELL, BEN, 103 HAGER DR. #17, RICHMOND, KY 40475 | |
| 10925 | TROWELL, CARMA, POBOX 74, MOMENCE, IL 60954 | |
| 10925 | TROWER REALTORS INC., 1412 EAST 8TH, ODESSA, TX 79761 | |
| 10925 | TROWERS & HAMLINS - OFFICE ACCOUNT, PO BOX 4166, DEIRA  DUBAI, 99999UNITED ARAB EMIRATES | *VIA Deutsche Post* |
| 10925 | TROWERS & HAMLINS, 6 NEW SQUARE LINCOLNS INN, LONDON, WC2A 3RPUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | TROWERS & HAMLINS, PO BOX 66, DUBAI, 99999UNITED ARAB EMIRATES | *VIA Deutsche Post* |
| 10925 | TROXEL CYCLING AND FITNESS, 1333 30TH ST, SAN DIEGO, CA 92154 | |
| 10925 | TROXELL, DIANNE, 226 NORTH 40TH ST, ALLENTOWN, PA 18104 | |
| 10925 | TROXELL, KEITH, 6528 MEMORIAL ROAD, ALLENTOWN, PA 18106 | |
| 10925 | TROXELL, ROBERT, 217 C ST NE, WASHINGTON, DC 20002 | |
| 10925 | TROXELL, ROBERT, 226 N 40TH ST, ALLENTOWN, PA 18104 | |
| 10925 | TROY CHEMICAL, DEPT. AT 40021, ATLANTA, GA 31192-0021 | |
| 10925 | TROY CLINT SEAGRAVES, 519 KNOX CHAPEL RD., SOCIAL CIRCLE, GA 30025 | |
| 10924 | TROY CONTAINER LINE, ATTN: GARY A. DRUER, 123 PENNSYLVANIA AVENUE, KEARNY, NJ 07032 | |
| 10924 | TROY CORPORATE CENTER, 880 TOWER DRIVE, TROY, MI 48098 | |
| 10925 | TROY FAIN INSURANCE INC, PO BOX 747, TALLAHASSEE, FL 32302 | |
| 10925 | TROY FAIN INSURANCE, 1147 E TENNESSEE ST, TALLAHASSEE, FL 32308 | |
| 10924 | TROY HIGH SCHOOL, SOUTH HIGHWAY  47, TROY, MO 63379 | |
| 10925 | TROY J PATIN, 2930 SILVER CEDAR TRAIL, KATY, TX 77449 | |
| 10925 | TROY L VINCENT, 5629 COLUMBIA RD APT 202, COLUMBIA, MD 21044-2068 | |
| 10924 | TROY READY MIX CONCRETE INC., 2160 FORMOSA ROAD, TROY, IL 62294 | |
| 10924 | TROY READY MIX CONCRETE INC., RR #2 - 2160 FORMOSA ROAD, TROY, IL 62294 | |
| 10924 | TROY READY MIX CONCRETE, 2160 FORMOSA RD, TROY, IL 62294 | |
| 10924 | TROY READY MIX MATERIAL INC., HWY 61 N. ROUTE 2, BOX 3, TROY, MO 63379 | |
| 10924 | TROY READY MIX MATERIAL INC., ROUTE 2 - HWY 61, TROY, MO 63379 | |
| 10924 | TROY READY MIX MATERIAL, 2251 W OUTER 61, TROY, MO 63379 | |
| 10924 | TROY READY MIX, ATTN:  ACCOUNTS PAYABLE, TROY, MO 27371 | |
| 10924 | TROY READY MIX, N. LIBERTY STREET, TROY, NC 27371 | |
| 10924 | TROY READY MIX, P.O. BOX 137, TROY, NC 27371 | |
| 10924 | TROY VINES INC, 709 S WEATHERFORD, MIDLAND, TX 79701 | |
| 10924 | TROY VINES, 2300 MOORE, PECOS, TX 79772 | |
| 10924 | TROY VINES, INC., 2927 RANKIN HIGHWAY, MIDLAND, TX 79701 | |
| 10924 | TROY VINES, INC., 709 S. WEATHERFORD, MIDLAND, TX 79701 | |
| 10924 | TROY VINES, INC., MEADOWS & I-10, ODESSA, TX 79760 | |
| 10925 | TROY, ELLEN, 44 SOUTH MUNROE TERR, DORCHESTER, MA 02122 | |
| 10925 | TROY, RONALD, RT. 2 BOX 695, ROCKVILLE, VA 23146 | |
| 10925 | TROY, THOMAS, 1638 FLORIDA AVE, NW., WASHINGTON, DC 20009 | |
| 10925 | TROYANO, CHRISTOPHER, 311 STEWART AVE, KEARNEY, NJ 07032 | |
| 10925 | TROYER, GARY, 8385 S ELYRIA RD, SHREVE, OH 44676 | |
| 10925 | TROYER, IRA, 303 W. LARCH ST, LIBBY, MT 59923 | |
| 10925 | TROYER, IVAN, 303 W LARCH ST, LIBBY, MT 59923 | |
| 10925 | TROYER, LORI E, 146 SOUTH BALCH ST, AKRON OH, OH 44302 | |
| 10925 | TROYER, WILLIAM, 18190 PITACHE ST., HESPERIA, CA 92345 | |
| 10925 | TROYKA, HENRY, 10290 W WINSTON #7, BATON ROUGE, LA 70809-2539 | |
| 10924 | TROY'S CONTRACTING INC. & ADERHOLT, 1557 CUMMINS DR., MODESTO, CA 95358 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TRT HEATING PRODUCTS INC., 604 LIBERTY LANE, WEST KINGSTON, RI 02892

10925   TRU SERV CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10924   TRU SERV CORPORATION, C1223, BUTLER, PA 16001

10924   TRU SERV CORPORATION, DEPT. #4863, C1223, BUTLER, PA 16001

10924   TRU SERV CORPORATION, PO BOX1510, BUTLER, PA 16003-1510

10924   TRUAX & HOVEY LTD, CAMBRIDGE, MA 02140

10924   TRUAX & HOVEY LTD, PO BOX 2700 RD WEST, LIVERPOOL, NY 13089

10924   TRUAX MASONRY, 121 HAZE AVENUE, ABSECON, NJ 08201

10925   TRUAX, CHRISTINE, 8 DERRY WAY #2, DERRY, NH 03038

10925   TRUCHETTA, ANTHONY, 1677 CURTNER AVE, SAN JOSE, CA 95125-4920

10925   TRUCK & TRAILER EQUIP. CO., 4214 W MT. HOPE ROAD, LANSING, IL 48717

10925   TRUCK CENTER SOUTH, 412 HWY 49 SOUTH, JACKSON, MS 39288-5858

10925   TRUCK CENTERS, INC, PO BOX 790035, SAINT LOUIS, MO 63179-0035

10925   TRUCK CRANE SERVICE CO., 2875 HWY 55, EAGAN, MN 55121

10925   TRUCK EQUIPMENT & BODY CO INC, 3343 SHELBY ST, INDIANAPOLIS, IN 46227-3297

10925   TRUCK EQUIPMENT BOSTON INC, 300 NORTH BEACON ST, BOSTON, MA 02135

10925   TRUCK HARBOR TIRE SERVICE, INC, PO BOX 96280, HOUSTON, TX 77213-6280

10925   TRUCK HAVEN INC, 2185 OUTER DR SO, SIOUX CITY, IA 51111

10925   TRUCK PARTS SPEC OF AUGUSTA, INC, 1259 NEW SAVANNAH RD., AUGUSTA, GA 30901

10925   TRUCK RAIL HANDLING, INC, 45051 INDUSTRIAL DR., FREMONT, CA 94538-6436

10925   TRUCK SERVICE CENTER, 3275 DODD ROAD, EAGAN, MN 55121-2318

10925   TRUCK SERVICE OF VIGINIA INC, POBOX 24253, RICHMOND, VA 23224

10925   TRUCK SERVICES, PO BOX 2836, AIKEN, SC 29802

10925   TRUCK SERVICES, PO BOX 390, FOREST CITY, NC 28043

10925   TRUCK TIRE SERVICE CORP., PO BOX 505640, CHELSEA, MA 02150

10925   TRUCK TRANSPORT INC, 2280 CASSENS DR, FENTON, MO 63026

10925   TRUCK-COURIER INC, PO BOX 2760, WOBURN, MA 01888-1360

10924   TRUCKEE NO TAHOE MATLS, 10642 SHA NEVA ROAD, TRUCKEE, CA 96161

10924   TRUCKEE NORTH TAHOE MATERIALS, 10655 SHANEVA ROAD, TRUCKEE, CA 96161

10924   TRUCKEE NORTH TAHOE MATERIALS, 500 NATIONAL AVENUE, TAHOE VISTA, CA 96148

10924   TRUCKEE NORTH TAHOE MATERIALS, POST OFFICE BOX 248, TAHOE VISTA, CA 96148

10924   TRUCKEE TAHOE LUMBER, 10242 CHURCH STREET, TRUCKEE, CA 96160

10924   TRUCKEE TAHOE LUMBER, P.O. BOX 369, TRUCKEE, CA 96160

10924   TRUCKEE TAHOE LUMBER, PO BOX 369, TRUCKEE, CA 96160

10925   TRUCKERS EXPRESS INC, PO BOX 4267, MISSOULA, MT 59806

10925   TRUCKLEASE CORPORATION, PO BOX 986, WORCESTER, MA 01613-0986

10925   TRUCKLOAD CARRIERS OF CHATTANOOGA, PO BOX 23889, CHATTANOOGA, TN 37422-3889

10925   TRUCKPRO - JACKSON, POBOX 198663, ATLANTA, GA 30384-8663

10924   TRU-CONTOUR INC., 2450 LIPPARD LANE EXT., HARRISBURG, NC 28075

10924   TRU-CONTOUR INC., ATTN:  ACCOUNTS PAYABLE, HARRISBURG, NC 28075

10925   TRUCZINSKAS, PETER, 16 SAVIN HILL ST, CANTON, MA 02021

10925   TRUDE, JULIE, 8023 ST. JEAN WAY, ELKRIDGE, MD 21075-6657

10924   TRUDEAU INSTITUTE RESEARCH LAB, C/O SPECIALTY COATINGS, 100 ALGONQUIN AVENUE, SARANAC LAKE, NY 12983

10925   TRUDI ANDERSEN, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   TRUDO, KAY, 7220 SACATE ALTO CT. NW, ALBUQUERQUE, NM 87120

10925   TRUE 2 FORM COLLISION REPAIR CENTER, 5820 SHIER RINGS, DUBLIN, OH 43016

10924   TRUE FIREPROOFING COMPANY, CAMBRIDGE, MA 02140

10924   TRUE FIREPROOFING COMPANY, OKLAHOMA WAREHOUSE, JENKS, OK 74037

10924   TRUE FIREPROOFING, 2919 BLYSTONE ST, DALLAS, TX 75220

10924   TRUE FIREPROOFING, 2919 BLYSTONE STREET, DALLAS, TX 75220

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TRUE FIREPROOFING, 6500 SOUTH 39TH W AVENUE, TULSA, OK 74132 | |
| 10924 | TRUE FIREPROOFING, 715 N. MAIN, IRVING, TX 75060 | |
| 10924 | TRUE FIREPROOFING, C/O BILL GOODE, EVERMAN, TX 76140 | |
| 10925 | TRUE INVESTMENT CLUB, A PARTNERSHIP, 20625 STRATFORD RD, DETROIT, MI 48221-1385 | |
| 10925 | TRUE LINE CORING & CUTTING, 1903 SOUTH HIGHLAND PK., CHATTANOOGA, TN 37404 | |
| 10924 | TRUE STONE, 4575 VINEYARD AVE, OXNARD, CA 93031 | |
| 10924 | TRUE VALUE HARDWARE & LUMBER, (HOFFMAN'S HARDWARE), HIGHLAND FALLS, NY 10928 | |
| 10925 | TRUE, ABIGAL, 7202 MAPLE AVE, TAKOMA PARK, DC 20912 | |
| 10925 | TRUE, JANICE, 3116 BLUE RIDGE DR, BELLEVUE, NE 68147 | |
| 10925 | TRUED, SALLY, 5600 E 100TH TERR, KANSAS CITY, MO 64137 | |
| 10925 | TRUEGREEN CHEMLAWN, PO BOX 669128, MARIETTA, GA 30066 | |
| 10925 | TRUE-LINE CHATTANOOGA, PO BOX 87-2050, KANSAS CITY, MO 64187-2050 | |
| 10925 | TRUELOVE, ANNE, RT 2 BOX 3111, MAYSVILLE, GA 30558 | |
| 10924 | TRUELUX, BAYSWATER, 5/3-5 SCORESBY ROAD, VICTORIA  3153, 03153AUSTRALIA | *VIA Deutsche Post* |
| 10925 | TRUENOW, DONALD, 15 TEAKWOOD DRIVE, JOHNSTON, RI 02919 | |
| 10925 | TRUESDALE COMPANY INC, THE, PO BOX 6219, BOSTON, MA 02209-6219 | |
| 10925 | TRUESDELL, CECILIA, 4950 FAIRVIEW LANE, SKOKIE, IL 60077 | |
| 10924 | TRUESTONE, 4575 VINEYARD AVE, OXNARD, CA 93031 | |
| 10924 | TRUESTONE, PO BOX 5346, OXNARD, CA 93031 | |
| 10924 | TRUETT LABORATORIES, 798 NORTH CONEY AVENUE, AZUSA, CA 91702 | |
| 10925 | TRUETT, NICOLE, 100 H BENT TREE, COLUMBIA, SC 29210 | |
| 10925 | TRUEX, DON, C/O CINDY GIBSON PO BOX 1362, CLOVIS, NM 88101 | |
| 10925 | TRUFANT, DAVID P., 8402 HUNTING SADDLE, BAYONET POINT, FL 34667 | |
| 10925 | TRU-FAST CORPORATION, 02105 WILLIAMS CTY RD 12-C, BRYAN, OH 43506-9804 | |
| 10924 | TRUFORM MACHINE INC., 2510 PRECISION STREET, JACKSON, MI 49202 | |
| 10925 | TRUGREEN - HICKORY, PO BOX 1589, BRIDGEVIEW, IL 60455 | |
| 10925 | TRUGREEN BOS NORTH 4875, PO BOX 489, NORTH ANDOVER, MA 01845-0489 | |
| 10925 | TRUGREEN CHEMLAWN BRANCH #6601, PO BOX 43806, ATLANTA, GA 30336 | |
| 10925 | TRUGREEN CHEMLAWN, 12445 DUMONT WAY, LITTLETON, CO 80125 | |
| 10925 | TRUGREEN CHEMLAWN, 1874 SULLIVAN RD., COLLEGE PARK, GA 30337 | |
| 10925 | TRUGREEN CHEMLAWN, PO BOX 5679, EVANSVILLE, IN 47716 | |
| 10925 | TRUGREEN CHEMLAWN, POBOX 669128 (2772), MARIETTA, GA 30066 | |
| 10925 | TRUIETT, WALTER, 1120 N FULTON AVE., BALTIMORE, MD 21217 | |
| 10925 | TRUITT, GEORGE, 8512 S MEADE, BURBANK, IL 60459-2514 | |
| 10925 | TRUITT, WILLIAM, 1013 CUTLER HARBOUR, PASADENA, MD 21122 | |
| 10925 | TRUJILLO, DANNY, 904 DERR ST, BORGER, TX 79007 | |
| 10925 | TRUJILLO, DELBERT, 785 LANGFORD DRIVE, CRAIG, CO 81625 | |
| 10925 | TRUJILLO, GERARDO, 12811 SW 47 ST, MIAMI, FL 33175 | |
| 10925 | TRUJILLO, JOHN, 3300 AVENIDA DEL ORO, SANTA FE, NM 87504 | |
| 10925 | TRUJILLO, RENITA, 716 AMHERST NE, ALBUQUERQUE, NM 87106 | |
| 10925 | TRUJILLO, YVETTE, 2667 W. EVANS AVE., #305, DENVER, CO 80219 | |
| 10925 | TRULINE CORPORATION, PO BOX 28849, LAS VEGAS, NV 89126-2849 | |
| 10925 | TRULLI, ALPHONSO, 32-202 PLANTATION DRIVE, VERO BEACH, FL 32966-7948 | |
| 10925 | TRUMAN A BJORKLUND &, DORIS M BJORKLUND JT TEN, 10 CARMEL CIRCLE, LEXINGTON, MA 02173-6826 | |
| 10925 | TRUMAN L SCHRAGE, 308 N BROADWAY ST, CLEVELAND, IL 61241-8532 | |
| 10924 | TRUMAN STATE UNIVERSITY, 700 SOUTH DAVIS, KIRKSVILLE, MO 63501 | |
| 10925 | TRUMBLE, ALICE, 410 WEST NORTH ST, WATSEKA, IL 60970 | |
| 10925 | TRUMBLE, JULIE, 5922 LAS VIRGENES ROAD, 636, CALABASAS, CA 91302 | |
| 10925 | TRUMBLEE, PAUL, 4016 14TH AVE SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | TRUMBLY, ROBERT, 1663 YAMPA AVE, CRAIG, CO 81625 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TRU-MEASURE, 59 LEE ROAD, BARRINGTON, NH 03825

10925   TRUMMER, VILMA, 491 SHASTA DRIVE, 512, BRIDGEWATER, NJ 08807

10924   TRUMP BUILDING, THE, DELIVERY ENTRANCE ON PINE STREET, 40 WALL STREET, NEW YORK, NY 10005

10924   TRUMP INTERNATIONAL, 1 COLUMBUS CIRCLE, NEW YORK, NY 10023

10925   TRUMPER, SUSAN, 1724 HAYES, ORTONVILLE, MI 48462

10924   TRUMPH INTERNATIONAL, 59TH AND 5TH AVENUE, NEW YORK, NY 10001

10925   TRUNZO, CARMEN, 7100 SW 21 ST, MIAMI FL, FL 33155

10925   TRUONG, PHUOC, 3857 IRWIN KUNTZ, HARVEY, LA 70058

10925   TRUONG, SANG, 28 FAYETTE ROAD, BEDFORD, MA 01730

10924   TRUSEAL TECHNOLOGIES, INC., 23150 COMMERCE PARK, BEACHWOOD, OH 44122

10924   TRUSEAL, HC84 TREUHAFT BLVD., BARBOURVILLE, KY 40906

10924   TRUSERV CORPORATION, PO BOX1510, BUTLER, PA 16003-1510

10924   TRU-SERV WAREHOUSE C/O EAST COAST, 333 HARVEY ROAD, MANCHESTER, NH 03103

10924   TRUS-JOIST-MACMILLAN/CPR, PO BOX 460, DEERWOOD, MN 56444

10925   TRUSKIN ENTERPRISE INC., 99 WEST GEORGIANNA DRIVE, RICHBORO, PA 18954

10925   TRUSS, DONNETTE, 699 GREENE AVE, BROOKLYN, NY 11221

10925   TRUSSELL, LISHA, PO BOX 294, SHREVE, OH 44676

10924   TRUST COMPANY BANK TOWER, 250 ARIZONIA AVE. N.E. BLDG. A, ATLANTA, GA 30307

10924   TRUST COMPANY BANK, 25 PARK PLACE, ATLANTA, GA 30339

10924   TRUST COMPANY BANK, 250 ARIZONA AVE. N.E., ATLANTA, GA 30302

10924   TRUST COMPANY BANK, ATLANTA, GA 30339

10925   TRUST OF R.M. MARSHALL/TRUST OF HARRY SMITH, ALEXANDER HALPERN & FRANCIS B. SMITH, ATTN: MRX. FRANCIS B. SMITH, 720 NANTUCKET CIRCLE, LAKE WORTH, FL 33437

10925   TRUSTEE OF THE UMWA, BOX 371096, PITTSBURGH, PA 15251-7096

10925   TRUSTEES OF PRINCETON UNIV, THE, 4 NEW SOUTH BLDG - PO BOX 36, PRINCETON, NJ 08544-0036

10925   TRUSTEES OF SHAFFER REALTY NOMINEE, IRVING SHAFFER MILTON SHAFFER BURTO,

10925   TRUSTEES OF THE UNIVERSITY OF PENN,

10925   TRUSTEES OF THE UNIVERSITY OF PENN, HALE & DORR LLP, 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004

10925   TRUSTEES OF THE UNIVERSITY OF PENN, MATERIALS SCIENCE & ENGR 6-28681-40, PHILADELPHIA, PA 19104-6272

10925   TRUSTY, PATRICIA, 10 MILL ST, MOMENCE, IL 60954-1640

10924   TRUTEC INDUSTRIES INC, 4795 UPPER VALLEY PIKE, URBANA, OH 43078

10925   TRU-TECH INDUSTRIES, PO BOX 838, MARS, PA 16046

10924   TRU-TEMP INDUDSTRIAL INSULATION, 8 CARIN STREET, ROCHESTER, NY 14611

10924   TRU-TEMP INDUSTRAIL INSULATION, 8 CARIN STREET, ROCHESTER, NY 14611

10925   TRUTMAN III, RUPERT, 6628 BENIDICT DR, MARRERO, LA 70072

10924   TRU-VALUE, 125 MCMAHAN DRIVE, BATESVILLE, MS 38606

10925   TRUXTON EMERGENCY PHYSICIANS, PO BOX 41435, PHILADELPHIA, PA 19101-1435

10925   TRW COMMUNICATIONS INC, 20885 REDWOOD RD PMB#263, CASTRO VALLEY, CA 94546

10925   TRW COMMUNICATIONS, 2000 MIRAMAR AVE, SAN LEANDRO, CA 94578

10925   TRW ELECTRONIC & DEFENSE SECTOR, BLDG 110 ROOM 3762, EL SEGUNDO, CA 90245

10925   TRW INC, 902 SO SECOND ST, MARSHALL, IL 62441

10925   TRW INC, CHRISTIAN VOLT, ONE MARKET STEWART ST, TOWER - 27TH FL, SAN FRANCISCO, CA 94105

10925   TRW INC, DAVID COTE PRES & CEO, 1900 RICHMOND ROAD, CLEVELAND, OH 44124

10925   TRW INC, JAMES F MULHERN, AND ROBIN L WEAVER, 1900 RICHMOND ROAD, CLEVELAND, OH 44124

10925   TRW INC, TIM ONEILL,

10924   TRW SAFETY SYSTEMS, MESA 1 FACILITY BLDG 21 & 47, MESA, AZ 85215

10924   TRW SYSTEMS & INFO TEC GROUP, STATE HWYS 60 & 123, BARTLESVILLE, OK 74004

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 TRW SYSTEMS & INFORMATION, TECHNOLOGY GROUP, 12900 FEDERAL SYSTEMS PARK DRIVE, FAIRFAX, VA 22033

10924 TRW SYSTEMS & INFORMATION, TECHNOLOGY GROUP, 12900 FEDERAL SYSTEMS PARK DRIVE, FAIRFAX, VA 22033-4410

10925 TRW TECHNAR, 3011 RESEARCH DR, ROCHESTER, MI 48309

10925 TRW, 2240 CRANEBROOK DR, AUBURN, NY 13021

10925 TRW, 2477 MANHATTAN BEACH, REDONDO BEACH, CA 90278

10925 TRW, 3301 REDONDO AVE, MANHATTAN BEACH, CA 90266

10924 TRW, M/S 01/2220, 1 SPACE BOULEVARD, REDONDO BEACH, CA 90278

10925 TRW, ONE RANCHO CARMEL, SAN DIEGO, CA 92128

10925 TRW/TECHNAR, 16170 ORNELLAS ST, IRWINDALE, CA 91706

10925 TRW/TECHNAR, 5462 N IRWINDALE ST, IRWINDALE, CA 91706

10925 TRW/TECHNAR, 936 OVERLAND COURT, SAN DIMAS, CA 91773

10925 TRY HOURS INC, PO BOX 8217, SYLVANIA, OH 43560

10925 TRYCOS INCORPORATED, 14881 QUORUM DR, DALLAS, TX 75240

10924 TRYON ESTATES RESIDENTIAL PHASE II, C/O STANDARD INSULATING, COLUMBUS, NC 28722

10925 TRYTHALL, HOPE, 500 SHALTER AVE APT A205, TEMPLE, PA 19560

10925 TRZECIAKOWSKI, HENRY, 124 RAMAGE RD, PITTSBURGH, PA 15214

10925 TRZOS, WILLIAM, 2637 CAMPBELLGATE, WATERFORD, MI 48329

10925 TSA, 1830 BOSTON AVE SUITE A, LONGMONT, CO 80501

10925 TSAI, HAIPING, 56 WINSHIP ST, BRIGHTON, MA 02135

10925 TSAI, JULIE, 3 BARRETT RD, LEXINGTON, MA 02173

10925 TSAI, PETER, 27935 DETROIT RD, APT C, WEST LAKE, OH 44145

10925 TSAO, JUNG, 1444 BROOKCLIFF COURT, MARIETTA, GA 30062-4847

10925 TSCHEGG, DR ELMAR, KARLSPLATZ 13, WIEN VIENNA, A-1040AUSTRIA    *VIA Deutsche Post*

10925 TSCHEGG, DR. ELMAR, VIENNA UNIVERSITY OF TECHNOLOGY, KARLSPLATZ 13, VIENNA, W 1040AUSTRIA    *VIA Deutsche Post*

10925 TSCHIDA, SCOTT, 15300 18TH AVE N #814, PLYMOUTH, MN 55447

10924 TSCHOPP AND DURCH, C/O JIM SCHINDLER, CHIPPEWA FALLS, WI 54729

10925 TSCM, INTERNATIONAL, PO BOX 372804, SATELLITE BEACH, FL 32937-0804

10924 TSE PARTS, 5 HEIN PLACE, GLEN COVE, NY 11542

10924 TSE PARTS, PO BOX 284, MILL NECK, NY 11765

10925 TSENEBIS, VIRGINIA, 620 NEW ST, RIVERVALE, NJ 07675

10925 TSENG, WEN, 148 MYSTIC ST, MEDFORD, MA 02155

10925 TSF COMPANY INC, 2930 S ST. PHILLIPS RD, EVANSVILLE, IN 47712

10925 T-SHIRT FACTORY, 14110 WASHINGTON, SAN LEANDRO, CA 94578

10925 TSI INCORPORATED, PO BOX 64394, SAINT PAUL, MN 55164-4394

10925 TSI INCORPORATED, PO BOX 86, MINNEAPOLIS, MN 55486-0764

10925 TSI SOLUTIONS, 2220 CENTRE PARK COURT, STONE MOUNTAIN, GA 30087

10925 TSIATSIOS, GEORGE, 327 SILVER ST, MANCHESTER, NH 03103

10924 TSIGONIA PAINT, 41-17 BROADWAY, ASTORIA, NY 11103

10925 TSOMPANAS, JOHN, 182 SE 27TH AVE, BOYNTON, FL 33435

10925 TSONGALIS, ATHAS, 58 NORTH ST, SOUTHBRIDGE, MA 01550

10925 TSOPNANG, MICHAEL, 820 W BELLE PLAINE # 1703, CHICAGO, IL 60613

10925 TSOSIE, LUCY, BOX 340-1013, SANDERS, AZ 86512

10925 TSR ELECTRIC, INC, 1251 PEKIN RD., PASADENA, MD 21122

10925 TSR WIRELESS - MILWAUKEE, POBOX 7403, PASADENA, CA 91109-7403

10925 TSR WIRELESS - MILWAUKEE, POBOX 820042, PHILADELPHIA, PA 19182-0042

10925 TSR WIRELESS - MINNESOTA, POBOX 7403, PASADENA, CA 91109-7403

10925 TSR WIRELESS - PHOENIX, POBOX 7403, PASADENA, CA 91109-7403

10925 TST EQUIPMENT, 18 TANGUAY AVE, NASHUA, NH 03063

10925 TST OVERLAND EXPRESS, 10325 AVE RYAN, DORVAL, QC H9P 1A2CANADA    *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   TSU STAFFING, 2380 SALVIO ST SUITE 300, CONCORD, CA 94520

10925   TSURUI, RAY, 15410 S AINSWORTH ST, GARDENA, CA 90247-4226

10925   T-TECH INC, 5591-B NEW PEACHTREE RD, ATLANTA, GA 30341

10925   T-THERMAL CO., PO BOX 7777-W6180, PHILADELPHIA, PA 19175

10925   T-THERMAL COMPANY, FIVE SENTRY PKWY E, #204, BLUE BELL, PA 19422

10925   T-THERMAL COMPANY, PO BOX 7777-W6180, PHILADELPHIA, PA 19175

10925   T-THERMAL, INC, PO BOX 7777-W6180, PHILADELPHIA, PA 19175-6660

10925   T-THERMAL, PO BOX 23768, HARAHAN, LA 70183

10925   TTI ENVIRONMENTAL INC, 9 EAST STOW ROAD, MARLTON, NJ 08053-3150

10925   TTS INC, 3131 S VAUGHN WAY SUITE 300, AURORA, CO 80014

10925   TTS, INC, 3131 S. VAUGHN WAY, STE. 300, AURORA, CO 80014

10925   TU, MUOI, 15 ELMWOOD AVE, QUINCY, MA 02169

10925   TU, VIVIAN, 1500 HURON TR., PLANO, TX 75075

10925   TUAN, JAMES, 11505 LIVE OAK DRIVE, MINNETONKA, MN 55305

10925   TUASON, RHONDA, 2420 POTTERFIELD RD, BALTIMORE, MD 21207

10925   TUAZON, GLORIA, 32530 MONTEREY WAY, UNION CITY, CA 94587

10925   TUBAR C/O MCBRADY/MCMAHON, 6677 N. NORTHWEST HWY., CHICAGO, IL 60631

10925   TUBB STEVENS MORRISON CALHOUN, PO BOX 324, PO BOX 324, WEST POINT, MS 39773

10925   TUBBS, RETRICIA, 10454 FOXTON #B, DALLAS, TX 75238

10925   TUBBS, TONYA, 2320 9TH ST, SILVIS, IL 61282

10925   TUBE TURNS INC, 2820 WEST BROADWAY, LOUISVILLE, KY 40211

10925   TUBE TURNS INC, PO BOX 32160, LOUISVILLE, KY 40232

10924   TUBECO, 940 EAST 1ST AVE, ANCHORAGE, AK 99501

10924   TUBECO, 940 EAST 1ST AVE., ANCHORAGE, AK 99501

10924   TUBECO/MERRIL FIELD, 2016 E. 5TH AVE., ANCHORAGE, AK 99503

10924   TUBECO/SPAN ALASKA CONSOL. TERMINAL, 8130 S. 126TH ST., KENT, WA 98032

10925   TUBED PRODUCTS INC, PO BOX 651006, CHARLOTTE, NC 28265-1006

10925   TUBESING, PHYLLIS, 8049 E. SPIRIT COVE DRIVE, DULUTH, MN 55807

10925   TUBMAN, WILLIAM, 145 CARROLL ROAD, GLEN BURNIE, MD 21060

10925   TUBULAR FIBERGLASS CORPORATION, 11811 PROCTOR RD., HOUSTON, TX 77038

10925   TUCCI, ANIELLO, 23140 SW 55TH AVE, BOCA RATON, FL 33433-7358

10925   TUCCI, DANIEL, 5 E 22ND ST APT 17C, NEW YORK, NY 10010

10925   TUCCITTO, GARY, 4325 ROSWELL DR, MARTINEZ, GA 30907

10925   TUCK, I, PO BOX 485, MOCKSVILLE, NC 27028

10925   TUCK, ISABELLE, 102 BROOKSBY VILLAGE DR, PEABODY, MA 01960

10925   TUCK, JAMES, 5 WINDING CREEK WAY, SIMPSONVILLE, SC 29680

10925   TUCK, ROBERT, 9761 GRACE ST, BLOOMINGTON, CA 92316

10925   TUCKER BIEGEL SPEZIALI, 10 POST OFFICE SQR., BOSTON, MA 02109

10924   TUCKER CONCRETE CO., INC., 301 PARKS MILL ROAD, AUBURN, GA 30203

10924   TUCKER CONCRETE CO., INC., P.O. BOX 585, TUCKER, GA 30085

10924   TUCKER CONCRETE CO.INC., PO BOX 585, TUCKER, GA 30085

10925   TUCKER GOLDSTEIN, 150 FEDERAL ST, 13TH FL, BOSTON, MA 02110

10925   TUCKER III, JOHN D, 1871 WOODRIDGE COVE, GERMANTOWN, TN 38138

10925   TUCKER III, JOHN, 1871 WOODRIDGE COVE, GERMANTOWN, TN 38138

10925   TUCKER INTERNATL, LLC, 900 28TH ST., SUITE 200, BOULDER, CO 80303

10924   TUCKER KIRBY CO, P O BOX 8114, COLUMBIA, SC 29202

10924   TUCKER READY MIX - DO NOT USE, 4000 ENTREPRISE DRIVE, SOMERSET, KY 42501

10924   TUCKER READY MIX, FLATWOODS ROAD, PINE KNOT, KY 42635

10924   TUCKER READY MIX, INC., 835 ENTERPRISE DR., SOMERSET, KY 42564

10924   TUCKER READY MIX, P O BOX 3202, WEST SOMERSET, KY 42564

10924   TUCKER READY MIX, P.O.BOX 3202, SOMERSET, KY 42564

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TUCKER SR, BRUCE, WESTON RD. PO BOX 306, MERRIMACK, NH 03054-0306

10924   TUCKER VAULT COMPANY, THE, 1135 E KARSCH BLVD, FARMINGTON, MO 63640

10925   TUCKER, ALLEN, 12 S. W. 1ST ST.,, A, FT. MEADE, FL 33841

10925   TUCKER, ALLEN, 12 SW 1ST ST APT #A, FT MEADE, FL 33841-0383

10925   TUCKER, ALVIN, 471A MAIN ST, HUDSON, MA 01749

10925   TUCKER, ANNETTE, 14485 170TH ST, BONNER SPRINGS, KS 66012

10925   TUCKER, BARBARA, 902 SPRINGWOOD, DUNCANVILLE, TX 75137

10925   TUCKER, BEVERLYN, PO BOX 18386, CHARLOTTE, NC 28218

10925   TUCKER, BOBBY, 1925 FAWN DRIVE, OWENSBORO, KY 42303-1848

10925   TUCKER, BRANDON, 351 COOKS BRIDGE RD, FOUNTAIN INN, SC 29644

10925   TUCKER, BRIAN, PO BOX 192, READVILLE, MA 02137

10925   TUCKER, CARL, 117 PAULS DRIVE, DUNCAN, SC 29334-9801

10925   TUCKER, CAROLYN, 3153 AMARILLO, EL PASO, TX 79936

10925   TUCKER, CATHY C, ROUTE 3 PO BOX 700, MADISON NC, NC 27025

10925   TUCKER, CHARLES, 2311 ODELL AVE, BALTIMORE, MD 21237

10925   TUCKER, CHESTER, 110 VILLAGE PARK DR 6, SIMPSONVILLE, SC 29681

10925   TUCKER, CLARE, 2001 NATCHEZ, BEDFORD, TX 76021

10925   TUCKER, CLAYTON, 108 CHRISTOPHER ST, DUNCAN, SC 29334-9628

10925   TUCKER, DANNY, 211 HWY 651, FOUNTAIN INN, SC 29644

10925   TUCKER, DAYLE, 1550 BRENTWOOD DRIVE, WOOSTER, OH 44691

10925   TUCKER, DEBORAH, 207 ROLLING TRAIL, AMARILLO, TX 79108

10925   TUCKER, DEE, RT 4 BOX 779, ROANOKE RAPIDS, NC 27870

10925   TUCKER, DEMETRIUS, 8803 ENFIELD CT, 13, LAUREL, MD 20708

10925   TUCKER, DONALD, 1872 E. LINCOLNWAY LOT #8, WOOSTER, OH 44691

10925   TUCKER, E, 1078 BLUEBONNET, KERRVILLE, TX 78028-3026

10925   TUCKER, EDWIN, 29 STURBRIDGE HILL RD, STURBRIDGE, MA 01566

10925   TUCKER, ELIZABETH, 1871 WOODRIDGE COVE, GERMANTOWN, TN 38138

10925   TUCKER, FLOYD, 21 W 8TH ST WOODSIDE, GREENVILLE, SC 29611

10925   TUCKER, G.-DARLENE, 6819 WEST PARK LANE DRIVE, PALOS HEIGHTS, IL 60463

10925   TUCKER, GLORIA, 2538 MILTON RD, CHARLOTTE, NC 28215

10925   TUCKER, GREG, 555 SOUTH BENT ST, POWELL, WY 82435

10925   TUCKER, GREG, 679 OLD SUMMERVILLE APT#J-1, ROME, GA 30161

10925   TUCKER, GREGORY, 112 AARON LANE, LADY LAKE, FL 32159

10925   TUCKER, HAROLD, 111 DEYOUNG ST, DUNCAN, SC 29334

10925   TUCKER, HAROLD, 837 BLEVINS ST, HEREFORD, TX 79045

10925   TUCKER, HARVARD, 506 DOWNING COURT, BURLINGTON, NJ 08046

10925   TUCKER, HEYWARD, 201 OLD LAURNS RD, FOUNTAIN INN, SC 29644

10925   TUCKER, HIROMI, 182 N W 45 AVE, DEERFIELD BEACH, FL 33442

10925   TUCKER, JAMES, 1300 LABAN DRIVE, HOUMA, LA 70363

10925   TUCKER, JASON, 6000 HWY 101, WOODRUFF, SC 29388

10925   TUCKER, JIMMY, 403 FAIRVIEW ROAD APT C3, LAURENS, SC 29360

10925   TUCKER, JIMMY, STAR ROUTE 2, BOX 7025, THREE RIVERS, NM 88352

10925   TUCKER, JOHN D, 1871 WOODRIDGE COVE, GERMANTOWN, TN 38138

10925   TUCKER, JOHN, PATTON ROAD, MERRIMACK, NH 03054

10925   TUCKER, JOHNNY, 2046 N. 35TH ST, MILWAUKEE, WI 53208

10925   TUCKER, KELLEY, 8001 BEACH ROAD, WADSWORTH, OH 44281

10925   TUCKER, KENNETH, RT. 1, BOX 1480, PARIS, AR 72855

10925   TUCKER, LAMONTE, 327 CANAL ST, PETERSBURG, VA 23803

10925   TUCKER, LARREN, PO BOX 189, MOORE, SC 29369

10925   TUCKER, LISA, 853 BOOKER ST., GRIFFIN, GA 30283

10925   TUCKER, LOREE, 111 DEYOUNG ST, DUNCAN, SC 29334

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TUCKER, MARK, 11200 ARBOR GREEN DR, CHESTER, VA 23831

10925   TUCKER, MARK, 8122 DELGANY, #29, PLYA DEL RAY, CA 90045

10925   TUCKER, MARLEEN KIM, CUST FOR JENNIFER LYNN TUCKER, UNIF GIFT MIN ACT CA, C/O MARLEEN KIM SAVAGE, 3195 CALAVERAS RD, MILPITAS, CA 95035-7207

10925   TUCKER, MARLEEN KIM, CUST FOR MELISSA DIANE TUCKER, UNIF GIFT MIN ACT CA, C/O MARLEEN KIM SAVAGE, 3195 CALAVERAS RD, MILPITAS, CA 95035-7207

10925   TUCKER, MARSHA, 10 HAYES AVE, LEXINGTON, MA 02173

10925   TUCKER, MARY, ROUTE 1 BOX 1304, CLINTON, SC 29325

10925   TUCKER, MARY, RT 2 BOX 245 S, SPEARSVILLE, LA 71277

10925   TUCKER, MICHAEL, 220 WHITEMARSH RD, ARDMORE, PA 19003

10925   TUCKER, MICHAEL, 560 SOUTH MAIN, SHREVE, OH 44676

10925   TUCKER, MICHAEL, 902 SPRINGWOOD, DUNCANVILLE, TX 75137

10925   TUCKER, MONICA, 4013 N BELTLINE, IRVING, TX 75038

10925   TUCKER, NAKAI, 1700 HILLCREST DR AP, DURHAM, NC 27707

10925   TUCKER, NORMA, 108 CHRISTOPHER ST, DUNCAN, SC 29334-9628

10925   TUCKER, O, 18 HOLLAND DR, CASTLE HAYNE, NC 28429

10925   TUCKER, PATRICIA, 123 CHERRY LANE, GLEN BURNIE, MD 21060

10925   TUCKER, PATRICIA, 7500 GRACE DR., COLUMBIA, MD 21044

10925   TUCKER, PATRICIA, 8 WARD ST, HARRINGTON, DE 19952

10925   TUCKER, PAUL, 876 MIDDLE KNOTTSVILLE, C, HAWESVILLE, KY 42348

10925   TUCKER, RANDY, PO BOX 544, FOUNTAIN INN, SC 29644

10925   TUCKER, RAYMOND, PO BOX 809, GRAY COURT, SC 29645-0810

10925   TUCKER, REBECCA, 4233 JONESBORO RD. APT F-2, FOREST PRK, GA 30050

10925   TUCKER, REVENDY, 4995 HWY 14, LAURENS, SC 29360

10925   TUCKER, RICHARD, 7815 ROYAL POINT DR., CHAROLLTE, NC 28273

10925   TUCKER, ROBERT, 1233 RETSWOOD DR, LOVELAND, OH 45140-8701

10925   TUCKER, RUTH, 505 SIMONS, WACO, TX 76706

10925   TUCKER, S, 1021 BEECHLAND ST, ROANOKE RAPIDS, NC 27870

10925   TUCKER, SALLY, 5432 AVE A, LUBBOCK, TX 79404

10925   TUCKER, SANDRA, PO BOX 223, ENOREE, SC 29335

10925   TUCKER, SIMONETTE, 1741 SW 83 AVE., MIRAMAR, FL 33025

10925   TUCKER, STEVEN, 3309 137TH ST, TOLEDO, OH 43611

10925   TUCKER, SUSAN, 679 OLD SUMMERVILLE RD. APT.51, ROME, GA 30161

10925   TUCKER, TERRY, 1200 DELMAR, MIDLAND, TX 79710

10925   TUCKER, TERRY, 6501 EASTRIDGE RD, ODESSA, TX 79762

10925   TUCKER, THERESSA, 3134 BRINKLEY RD.#T2, TEMPLE HILLS, MD 20748

10925   TUCKER, TIMOTHY, 110 VILLAGE PK APT 71, SIMPSONVILLE, SC 29681

10925   TUCKER, VIRGIL, 123 LONG LEAF RD, NEW BERN, NC 28560

10925   TUCKER, WEDNESDAY, 1017W 4TH ST, PLAINFIELD, NJ 07063

10925   TUCKER, WILLIE, 130 FAIRFIELD DR, MAULDIN, SC 29662

10925   TUCKER, WILSON, 420 FOUNTAIN INN DR, FOUNTAIN INN, SC 29644

10925   TUCKER, WILSON, ROUTE 1 BOX 1304, CLINTON, SC 29325

10924   TUCKER-KIRBY CO., 2701 SHOP ROAD, COLUMBIA, SC 29209

10924   TUCKER-KIRBY CO., PO BOX 32545, CHARLOTTE, NC 28232

10924   TUCKEY CONCRETE PROD, 6062 CASS CITY RD, CASS CITY, MI 48726

10925   TUCKMAN, JEFFREY, 987 BORMAN COURT, ELK GROVE VILLAGE, IL 60007

10924   TUCKMAN-BAR BEE, 6TH & CONSTITUTION AVE., N.W., WASHINGTON, DC 20565

10924   TUCSON HIGH SCHOOL, BILL COX PLASTERING, TUCSON, AZ 85701

10924   TUCSON MEDICAL CENTER, WOMENS CENTER, TUCSON, AZ 85701

10924   TUCSON R/M #07/VALENCIA - PORTABLE, 11800 E. VALENCIA ROAD, TUCSON, AZ 85748

10924   TUCSON R/M #14C/ORANGE GROVE, 6601 N. CASA GRANDE HWY, TUCSON, AZ 85743

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 TUCSON R/M #24/VALENCIA-MAIN, 11800 E. VALENCIA ROAD, TUCSON, AZ 85748

10925 TUCSON READY MIX,INC, PO BOX 36030, TUCSON, AZ 85740-6030

10924 TUCSON READY-MIX #14, 6601 N. CASA GRANDE HWY-PLANT #66, TUCSON, AZ 85743

10924 TUCSON READY-MIX,INC., ATTN:  ACCOUNTS PAYABLE, TUCSON, AZ 85740-6030

10924 TUCSON READY-MIX/TANGERINE, 10200 W. TANGERINE ROAD, MARANA, AZ 85653

10924 TUCSON ROCK & SAND, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85072-2151

10925 TUCUX, RUDY, 6333 W LEXINGTON AVE, 302, HOLLYWOOD, CA 90038

10925 TUDOR, CHAD, 315 THIRD SREET, AURORA, IN 47001

10925 TUEL, LEONARD, 408 RIDGE ROAD, ATLANTIC, IA 50022

10925 TUELLER, MARJORIE R, 1185 S CANYON CREST, BOUNTIFUL, UT 84010-0000

10925 TUEME, PATRICIA, 6620 SOUTH 33RD ST, MCALLEN, TX 78503

10925 TUF TRUCK SUPER CENTERS, 4211 W COLONIAL DR, ORLANDO, FL 32808

10924 TUFCO READY MIX INC, RT 2 BOX 159H, WAXAHACHIE, TX 75165

10924 TUFCO READY MIX, INC., HWY 35 & HWY 77 SPLIT, WAXAHACHIE, TX 75165

10924 TUFCO READY MIX, INC., ROUTE 2, BOX 159H, WAXAHACHIE, TX 75165

10925 TUFF SHED, 8212 PAN AMERICAN FWY NE, ALBUQUERQUE, NM 87113

10925 TUF-TRUCK, 6305 BLANDING BLVD, JACKSONVILLE, FL 32244

10925 TUFTS HEALTH PLAN INC, PO BOX 9224, CHELSEA, MA 02150-9224

10925 TUFTS TOTAL HEALTH PLAN, 333 WYMAN ST, WALTHAM, MA 02154

10925 TUFTS UNIVERSITY CAREER SERVICES, 226 COLLEGE AVE, MEDFORD, MA 02155

10925 TUFTS UNIVERSITY, TUFTS UNIVERSITY, MEDFORD, MA 02155

10924 TUFTS UNIVERSITY-BIOMEDICAL &, (JAHAN'S FAMILY CENTER), C/O EAST COAST FIREPROOFING, 150 HARRISON AVENUE, BOSTON, MA 02111

10925 TUFTS, DONALD W, CUST FOR JOHN LAWRENCE TUFTS, UNIF GIFT MIN ACT RI, C/O JOHN L TUFTS, 490 CARRS POND RD, EAST GREENWICH, RI 02818

10925 TUGADE, MARIEBEL, 1321 N. MERIDIAN, INDIANAPOLIS, IN 46202

10925 TUGMAN, JO ANN, 300 TINDALL RD, WILMINGTON, DE 19805

10925 TUITT, KELVIN, 219-17 JAMAICA AVE., QUEENS VILLAGE, NY 11428

10925 TUKACHINSKY, SAMUEL, 21 CANADIAN WOODS ROAD, MARLBORO, NJ 07746-1604

10925 TULANDA, NSIMBA, 3030 WELLINGTON RD, LOS ANGELES, CA 90016

10924 TULANE UNIVERSITY, FORREST ROAD, NEW ORLEANS, LA 70119

10925 TULCO, INC, PO BOX 1053, SULPHUR, LA 70664

10925 TULECKE, LAURELLE, 14 KIMBALL AVE, WENHAM, MA 01984

10925 TULING, THOMAS, 410 WEST ROY ST, SEATTLE, WA 98119

10925 TULL, JOHN, 506 E DODGE, TYLER TX, TX 75701

10925 TULLAR, EDNA, 175 LAKE BLVD APT #317, BUFFALO GROVE, IL 60089

10925 TULLEY, DARREN, 11786 ALPHA ROAD, HIRAM, OH 44234

10925 TULLINO, VINCENT, 34 ROUTE 17K, NEWBURGH, NY 12550

10925 TULLIS, A, 77 HIGHLAND ST, CANTON, MA 02021

10925 TULLIS, JAMES, 2520 7 ROAD, ZURICH, KS 67676-9424

10925 TULLOCH, RUDOLPH, 35 SADLER WAY, GREENVILLE, SC 29607

10925 TULLOS, JOE, 1011 INVERERY DRIVE, LAKE CHARLES, LA 70605

10925 TULLOS, JULIE, 4888 ALDEN LAKE DR, NESBITT, MS 38651

10925 TULLY, JOHN, 632 LAVENDER LANE, JACKSONVILLE, FL 32259

10925 TULLY, LOIS, 1717 42ND ST, KENNER, LA 70065

10925 TULLY, MARY, 1508 WHITEHALL DRIVE APT 306, FORT LAUDERDALE, FL 33324-6617

10925 TULLY, MICHAEL, 135 ASH ST, BROCKTON, MA 02401

10925 TULLY, WANDA, 1002 S. PINE, STILLWATER, OK 74074

10925 TULNER, PAMELA, 1 W. SOMERSET ST., RARITAN, NJ 08869

10924 TULOSO MIDWAY MIDDLE SCHOOL, C/O BAHL INSULATION, 9760 LABRANCH RD., CORPUS CHRISTI, TX 78469

10924 TULSA WORLD, C/O TRUE FIREPROOFING, TULSA, OK 74103-4235

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 TUMA II, DAVID, 801 HICKORY VALE LN, GREAT FALLS, VA 22066

10925 TUMBLE FORMS INC, DANIEL L FAILING DIR, PO BOX 266, 1013 BARKER RD, DOLGERVILLE, NY 13329

10925 TUMBLIN, FRANCES, 2 HOLLOWAY CIRCLE, G3, WARE SHOALS, SC 29692

10925 TUMBLIN, LINDA, RT 4, BOX 1276, LAURENS, SC 29360

10925 TUMBLIN, S, 2 HOLLOWAY CIRCLE, G3, WARE SHOALS, SC 29692

10925 TUMBLIN, SUE, 214 HORSESHOE RD, FOUNTAIN INN, SC 29644

10925 TUMBLIN, THOMAS, 907 E GA ROAD, SIMPSONVILLE, SC 29681

10925 TUMLIN, KRISTY, 3611 SOUTHBEND DR, GAINESVILLE, GA 30506

10925 TUMM, RICHARD, 3422 STAFFORD PLACE, SOUTHAMPTON, PA 18966

10925 TUMMINIA, ROBERT, 406 GREEN ST, EDGEWATER PARK, NJ 08010

10925 TUMULTY, PE, EDWARD P, 8200 FAIRWAY DRIVE, COLUMBUS, OH 43235-1118

10925 TUNBLING, FELICIA, 5241 LONGGREEN LANE, STONE MOUNTAIN, GA 30083

10925 TUNCHAROEN, AMARA, 12502 FELSON ST, CERRITOS, CA 90701

10924 TUNE CONCRETE, 107 W. OLIVE, ROGERS, AR 72756

10924 TUNE CONCRETE, 700 W. NORTH STREET, FAYETTEVILLE, AR 72702

10924 TUNE CONCRETE, JOHNSON PLANT, FAYETTEVILLE, AR 72702

10924 TUNE CONCRETE, P O BOX 1826, FAYETTEVILLE, AR 72702

10924 TUNE CONCRETE, PO BOX 1826, FAYETTEVILLE, AR 72702

10924 TUNE TRUCKING, 8145 E. SHELBY DR., MEMPHIS, TN 38125

10925 TUNG, AREN, 122 CHASE RD, MANHASSET, NY 11030

10925 TUNG, ELVA, 1522 N FORMOSA AVE # 313, LOS ANGELES, CA 90046

10925 TUNKARA, MAHAMED, 2473 DAVIDSON AVE, BRONX, NY 10468

10924 TUNKHANNOCK HIGH SCHOOL, ROUTE 6, TUNKHANNOCK, PA 18657

10925 TUNMORE, E ROGER, CUST FOR COURTNEY KAY TUNMORE, UNIF GIFT MIN ACT NY, 9295 HUNTING VALLEY RD N, CLARENCE, NY 14031-1552

10925 TUNMORE, E ROGER, CUST FOR LESLIE CLAIRE TUNMORE, UNIF GIFT MIN ACT NY, 9295 HUNTING VALLEY RD N, CLARENCE, NY 14031-1552

10925 TUNNACLIFFE, CHARLES, 7351 WHEATLAND MEADOW COURT, WEST CHESTER, OH 45069

10924 TUNNEL C11A, 835 SCHOOL STREET, PAWTUCKET, RI 02860

10925 TUNNEL VISION ENV, 200 ADAMS ST, BRAINTREE, MA 02184

10925 TUNNEL VISION ENVIRONMENTAL, 200 ADAMS ST, BRAINTREE, MA 02184

10925 TUNNELL JR, ARTHUR W, 2354 BURTON AVE, FORT MYERS, FL 33907-4122

10925 TUNON, PETER, 16500 MONTECREST LAN, GAITHERSBURG, MD 20878

10925 TUNTITHAVORN, SUTHAM, 84-20 168TH PLACE, JAMAICA, NY 11432

10925 TUNWALL, TRACY, 998 12TH ST., MARION, IA 52302

10924 TUOMEY REGIONAL MEDICAL CENTER @ @, 129 WASHINGTON STREET, SUMTER, SC 29150

10924 TUOMEY REGIONAL MEDICAL CENTER, C/O RON RHODES/STANDARD INSULATION, SUMTER, SC 29150

10924 TUPELO CONCRETE PRODUCT C, 120 INDUSTRIAL RD. NORTH, TUPELO, MS 38801

10924 TUPELO CONCRETE PRODUCTS CO., 120 INDUSTRIAL RD., TUPELO, MS 38801

10924 TUPELO CONCRETE PRODUCTS CO., 120 INDUSTRIAL ROAD, TUPELO, MS 38801

10924 TUPPER LAKE READY MIX, PLEASANT AVE. & RTE. 3, TUPPER LAKE, NY 12986

10925 TURANU, JULIA, PO BOX 2102, MIDDLEBURG, VA 22117

10925 TURBEVILLE, DIANE, 200 ROSE CREEK CT., COLUMBIA, SC 29223

10924 TURBINE CONTROLS INC., 5 OLD WINDSOR ROAD, BLOOMFIELD, CT 06002

10924 TURBINE CONTROLS, INC., 5 OLD WINDSOR ROAD, BLOOMFIELD, CT 06002

10925 TURCIOS, JUAN, 3209 COMANCHE ST., FT WORTH, TX 76119

10925 TURCIOS, RAMONA, 1333 EUCLID ST NW APT. 102, WASHINGTON, DC 20009

10925 TURCK INC, 3000 CAMPUS DRIVE, PLYMOUTH, MN 55441

10925 TUREK, MICHAEL, 2225 W.45TH, CASPER, WY 82604

10925 TUREK, MITCHELL, 324 HALLADAY AVE, SUFFIELD, CT 06078-1108

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TUREK, WILLIAM, 964 FOXGLOVE LA, MORRISTOWN, TN 37814

10925   TURF DYNAMICS, PO BOX 260133, HIGHLANDS RANCH, CO 80163

10925   TURF IRRIGATION & WATERWORKS SUPPLY, POBOX 66970, PHOENIX, AZ 85082-6970

10925   TURF VALLEY RESORT, 2700 TURF VALLEY RD., ELLICOTT CITY, MD 21043

10925   TURF VALLEY RESORT, 2700 TURF VALLEY ROAD, ELLICOTT CITY, MD 21042

10925   TURGEON, AMANDA, 31 DENNISON AVE APT 3, FRAMINGHAM, MA 01701

10925   TURGEON, ANGELA, 229 MILLER ST, LUDLOW, MA 01056

10925   TURGEON, RICHARD, 602 N MAIN ST PO BOX 253, GASTON, IN 47342

10925   TURGISS, SHIRLEY, 61 JORDAN STR., N CHELMSFORD, MA 01863

10925   TURI, DAVID, 5 BREWSTER RD, NORFOLK, MA 02056

10925   TURICIANO, DEBRA, 2125 CANDELERO ST, SANTA FE, NM 87505

10925   TURIENTINE, CARMAN, 6657 STAN HOPE DR., INDIANAPOLIS, IN 46254

10924   TURIN BLOCK, INC., 26 N. HUNTER STREET, TURIN, GA 30289

10924   TURIN BLOCK, INC., PO BOX27, TURIN, GA 30289

10925   TURINETTI, JEFFREY, 1457 CREVE COEUR, LASALLE, IL 61301

10925   TURINGAN, MARILYN, 5521 RIDGECOVE DR., GARLAND, TX 75043

10925   TURK PATENT ENSTITUSU, ISMIR CADDESI NO:28 06440, KIZILAY ANKARA, 06440TURKEY    *VIA Deutsche Post*

10925   TURK, DONALD, 3121 LUGINE AVE, BALTIMORE, MD 21207

10925   TURK, JACKIE, 430 PECAN DRIVE, SOUTH HOUSTON, TX 77587

10925   TURK, KEVIN, 10727 HAZEN LANE, HOUSTON, TX 77072

10925   TURK, LARRY, 105 ACACIA LANE, MADISON, WI 53716

10925   TURK, LUZ, 430 PECAN DRIVE, SOUTH HOUSTON, TX 77587

10925   TURK, WANDA, 896 NATIONAL ST, MEMPHIS, TN 38122-3317

10925   TURKLESON, LISA, 295 E 7TH AVE, SUN VALLEY, NV 89433

10925   TURKOVICH, MICHELLE, 219 STONEBRIDGE DR, FINLEYVILLE, PA 15332

10925   TURKS, PHILLIP, 1925 PETERS RD, TUCKER, GA 30084

10925   TURLEY, SHAUN, 4077 BRASEWOOD APT 1, HUNTSVILLE, AL 35802

10924   TURLOCK READY MIX, 1301 FULKERTH ROAD, TURLOCK, CA 95380

10925   TURNAGE, WALTER, 108 EAST RANKIN ST., COLUMBIA, MS 39429

10925   TURNAROUND MGMT. ASSOC., 230 N MICHIGAN AVE #1310, CHICAGO, IL 60601

10925   TURNBOW, ANTHONY, RT 1 BOX 197B, CHILDRESS, TX 79201

10925   TURNBOW, J, 1455 SE 1700, ANDREWS, TX 79714

10925   TURNBULL, JR, ANDREW, 6826 ALLVIEW DRIVE, COLUMBIA, MD 21044

10925   TURNBULL, MARTIN, 17 SNOW DRIVE, WESTFORD, MA 01886

10925   TURNBULL, WAYNE, 135 EASTVIEW DR NW, CEDAR RAPIDS, IA 52405

10925   TURNER & ABLE LLP, PO BOX 668, LAURENS, SC 29360

10925   TURNER & NEWALL PLC, C/O JAYNE CONROY ESQ., COBLENCE & WARNER, 415 MADISON AVE, 17TH FL, NEW YORK, NY 10017

10925   TURNER & NEWALL PLC, PO BOX 20, ASHBURTON ROAD WEST, TRAFFORD PARK, MANCHESTER,    *VIA Deutsche Post*
       M17 1RAENGLAND

10924   TURNER & SEYMOUR MFG. CO., 100 LAWTON STREET, PO BOX 358, TORRINGTON, CT 06790

10924   TURNER & SEYMOUR MFG. CO., 100 LAWTON STREET, TORRINGTON, CT 06790

10925   TURNER COMPANY LLC, TANK/VESSEL CONSTRUCTION & REPAIR, TOWER REPAIR, 2346 SWISCO RD, SULPHUR, LA 70664

10924   TURNER CONSTRUCTION CO., 353 SACRAMENTO ST., SAN FRANCISCO, CA 94111

10924   TURNER CONSTRUCTION CO., C/O T & S PLASTERING, PLAINVIEW, TX 79072

10925   TURNER CONSTRUCTION COMPANY, 375 HUDSON ST., NEW YORK, NY 10014

10924   TURNER CONSTRUCTION, WEST 48TH BETWEEN 5TH &6TH, NEW YORK, NY 10001

10925   TURNER CONSULTING GROUP PC, THE, 3602 LAKEARIES LANE, KATY, TX 77449

10925   TURNER CONSULTING GROUP, 3602 LAKEARIES LANE, KATY, TX 77449

10925   TURNER ELECTRIC WORKS, MARVIN ALFORD, 10520 BUSCH DR N, JACKSONVILLE, FL 32218

10925   TURNER INDUSTRIAL SERVICES, INC, HYDROBLASTERS, PO BOX 971775, DALLAS, TX 75397-1775

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TURNER INDUSTRIAL SERVICES, PO BOX 2599, SULPHUR, LA 70664

10925   TURNER INDUSTRIAL TECH LLC, PO BOX 972210, DALLAS, TX 75397-2210

10925   TURNER INDUSTRIAL TECH. CORP., PO BOX 2750, BATON ROUGE, LA 70821

10925   TURNER INDUSTRIAL TECHNICAL CORP., PO BOX 972210, DALLAS, TX 75397-2210

10925   TURNER PAINTING, PO BOX 175 HWY 231 NORTH, ROCKFORD, AL 35136

10924   TURNER PLASTERING/V.A. HOSPITAL, C/0 CEN CAL W. SACRAMENTO, RENO, NV 89501

10925   TURNER RENTAL, 1255 CENTER POINT PKWY, BIRMINGHAM, AL 35215

10925   TURNER RENTAL, 2749 CRESTWOOD BLVD., BIRMINGHAM, AL 35210

10925   TURNER SERVICES, LTD, PO BOX 3687, BATON ROUGE, LA 70821-3687

10925   TURNER, ALLEN, 9629 HICKORY HRST DR, BALTIMORE, MD 21236

10925   TURNER, ANDREA, 1164 GROVE LEVEL RD., MAYSVILLE, GA 30558

10925   TURNER, ANNE, 1718 SHANGRAI-LA S E, GRAND RAPIDS, MI 49508-1451

10925   TURNER, ANNE, 237 LANGLEY RD, NEWTON, MA 02159

10925   TURNER, ANTHONY, 175 PARRIS RIDGE DRIVE, SPARTANBURG, SC 29303

10925   TURNER, AVIS, 1254 TRAHLYTA TERR., FOREST PARK, GA 30050

10925   TURNER, BAZIL, 5487 TRAVIS RD., LOT #3, MOBILE, AL 36619

10925   TURNER, BETTY, 106 LAUREL DRIVE, WILMINGTON, NC 28401-2629

10925   TURNER, BETTY, 76950 DEWEY DR., GROSSE TETE, LA 70740

10925   TURNER, BEVERLY, 501 EL RANCHO DRIVE, 11, SPARKS, NV 89431

10925   TURNER, BOBBY, 404 WESTON ST, FOUNTAIN INN, SC 29644

10925   TURNER, BOBETTE H, RR 1 BOX 280, HOLLIS CTR MAINE, ME 04042

10925   TURNER, BRIAN, 1850 KEHRSWOOD DR, CHESTERFIELD, MO 63005-4462

10925   TURNER, BRODY, 1103 COLORADO, CRAIG, CO 81625

10925   TURNER, CAROLYN, 2600 MCDANIEL DRIVE, SELMA, AL 36701

10925   TURNER, CHARLES, 206 ALICE DR, LAFAYETTE, LA 70503-4805

10925   TURNER, CHARLES, 33818 WCR 53, GILL, CO 80624

10925   TURNER, CHRISTOPHER, R.D. #2, BOX 49B, OLEY, PA 19547

10925   TURNER, CHYRELLE, 9503 TREE BRANCH, HOUSTON, TX 77064

10925   TURNER, COY, BOX 224, EAGLE LAKE, TX 77434

10925   TURNER, DAMI, ROUTE 2 BOX 41 H, GRAY COURT, SC 29645

10925   TURNER, DAN, 953 JERRY COURT, LAKELAND, FL 33810-2968

10925   TURNER, DARRYL, 5231 WALNUT ST., PHILA, PA 19139

10925   TURNER, DERETHA, 210 HALFMOON ROAD, WELLFORD, SC 29385

10925   TURNER, DONALD, ROUTE 2, BOX 261A, OZARK, AR 72949

10925   TURNER, DONNA, 806 JEFFERSON CT.RT, CONYERS, GA 30207

10925   TURNER, DOROTHY, 1771 OLD SWITZER ROAD, MOORE, SC 29369-9561

10925   TURNER, DOROTHY, 5850 SUNNYSLOPE RD, PHELAN, CA 92371

10925   TURNER, DOYLAS, 8703 BEACONTREE LN., RICHMOND, VA 23294

10925   TURNER, ELAINE, ROUTE 6, BOX 149, MACON, GA 31201

10925   TURNER, ELERA, 6895 DURANGO CIRCLE, BEAUMONT, TX 77708

10925   TURNER, ELIZABETH, 520 EARTHA LANE, ORLANDO, FL 32855

10925   TURNER, ELIZABETH, 5822 MINOR LN, SALEM, VA 24153

10925   TURNER, ELOISE MAE, 3809 5TH AVE, TUSCALOOSA, AL 35405-2820

10925   TURNER, EVELYN, PO BOX 27, ELLENDALE, TN 38029-0027

10925   TURNER, FLORENCE E, 8239 19TH AVE NE, SEATTLE, WA 98115-4437

10925   TURNER, FRANCES, 3112 ORDALL LANE, DALLAS, TX 75220

10925   TURNER, FREDERICK, 3886 SHARON DRIVE, POWDER SPRINGS, GA 30073

10925   TURNER, GENE, PO BOX 351, VICI, OK 73859

10925   TURNER, GEORGE, 244 GRASHAM ROAD, SIMPSONVILLE, SC 29681

10925   TURNER, GERALD, 7 GROVE HEIGHTS DR, WORCESTER, MA 01605

10925   TURNER, GLENN, 17 NEWTON ST, MERRIMACK, NH 03054

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TURNER, GLORIA, 4233 JONESBORO RD, FOREST PARK, GA 30050

10925   TURNER, GORDON, 707 MAIDEN CHOICE LA., #9122, BALTIMORE, MD 21228-0000

10925   TURNER, HAROLD, 45 ALBAN ST, DORCHESTER, MA 02124

10925   TURNER, HENRY, PO BOX 456, PIEDMONT, SC 29673-0456

10925   TURNER, HORACE, 101 SUNRISE AVE, SIMPSONVILLE, SC 29681

10925   TURNER, JAMES, 101 QUAIL CT, ROANOKE RAPIDS, NC 27870

10925   TURNER, JAMES, 5307 CHRYSLER AVE., BALTIMORE, MD 21207

10925   TURNER, JAMES, 7415 BEECHNUT, HOUSTON, TX 77074

10925   TURNER, JAMES, 8194 HWY 221N, WOODRUFF, SC 29388-9495

10925   TURNER, JAMES, PO BOX 2331, HILLSBORO, MO 63050

10925   TURNER, JAMIE, 7110 MARBURY COURT, DISTRICT HEIGHTS, MD 20747

10925   TURNER, JANE, 144 LAKESHORE DRIVE, CHESNEE, SC 29323

10925   TURNER, JANETTE, W11031 LAKEPOINT DRIVE, LODI, WI 53555

10925   TURNER, JANICE, 309 YOUNG COURT-NW, JACKSONVILLE, AL 36265

10925   TURNER, JEAN, 4400 WINGATE DR, RALEIGH, NC 27609

10925   TURNER, JEFFERY, 8915 BROADWAY APT #9180, HOUSTON, TX 77061

10925   TURNER, JENNIFER, 516A SALEM COURT, CARY, NC 27513

10925   TURNER, JERRY, 2 ORCHARD HILL ROAD, GOFFS TOWN, NH 03045

10925   TURNER, JIM, PO BOX 641, LAMAR, CO 81052

10925   TURNER, JOE N, 8524 CHEVY CHASE DR, LA MESA, CA 91941-5325

10925   TURNER, JOEL, 1350 WEST 100 NORTH, 12, VERNAL, UT 84078

10925   TURNER, JOEL, 21421 HOPSON ROAD, LAND O LAKES, FL 34639

10925   TURNER, JOHN, 104 TWIN FALLS DR, SIMPSONVILLE, SC 29681

10925   TURNER, JOHN, 242 GREESHAM ROAD, SIMPSONVILLE, SC 29681

10925   TURNER, JOHN, 7811 CHAMBERS APT #308, SAN ANTONIO, TX 78229

10925   TURNER, JOYCE, 504 COUNTRY GARDENS D, FOUNTAIN INN, SC 29644

10925   TURNER, JULIE A, 210 ROBINSON ST, MARTINEZ, CA 94553

10925   TURNER, KAI, PO BOX 754, MEEKER, CO 81641

10925   TURNER, KARMITA, 3535 WILLIAMSON RD #, MACON, GA 31206

10925   TURNER, KATHARINA, 3920 OAKBROOK DR., DELCITY, OK 73115

10925   TURNER, KEITHA, 3790 JUNE AVE, RENO, NV 89512

10925   TURNER, KELLI, 252 MANOR DR, BECKLEY, WV 25801

10925   TURNER, KRISTEN, 7812 FARRELL, AMARILLO, TX 79121

10925   TURNER, LANNES, 498 E VICTOR HILL RD, DUNCAN, SC 29334-9743

10925   TURNER, LAURIE, 309 BRASSELL, MARSHALL, TX 75670

10925   TURNER, LESLIE, 4823 3RD AVE W., PALMETTO, FL 34221

10925   TURNER, LEVY, 7263 ANGELA AVE, WEST HILLS, CA 91307

10925   TURNER, LINDA, 11410, TX 78213

10925   TURNER, LORNA, 113 HICKROY ST, EATONTON, GA 31024

10925   TURNER, LOUISE, 32 MILK ST, WESTBOROUGH, MA 01581

10925   TURNER, MARK, 2622 WESTWOOD DR NW, CEDAR RAPIDS, IA 52405

10925   TURNER, MARKEETA, 3109 SUMAC ROAD SOUTHWEST, DECATUR, AL 35603

10925   TURNER, MARTHA, 1639 WHARTON ST., PHILA, PA 19146

10925   TURNER, MARY, PO BOX 253, WELDON, NC 27890

10925   TURNER, MAURICE, 107 LUTHER PLACE, SPARTANBURG, SC 29301

10925   TURNER, MAX, 1032 NORTH MAIN, ELKHORN, NE 68022-1320

10925   TURNER, MCKINLEY, 7638 S. LAFLIN, CHICAGO, IL 60620

10925   TURNER, MICHAEL, 106 C FAIRVIEW AVE, SOMERVILLE, NJ 08876

10925   TURNER, MICHAEL, 11102 GETTYSBURG DR, ALTA LOMA, CA 91737

10925   TURNER, MICHAEL, 11102 GETTYSBURG DR., ALTA LOMA, CA 91737

10925   TURNER, MYRA, 7434 DEBIT DRIVE, BATON ROUGE, LA 70817-5405

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | TURNER, PADGETT, GRAHAM, & LANEY, 1901 MAIN ST 17TH FLR, COLUMBIA, SC 20202 | |
| 10925 | TURNER, PATRICIA, 4104 WITTFIELD, APT. #131, INDIANAPOLIS, IN 46236 | |
| 10925 | TURNER, PAUL, 11031 LAKEPOINT DRIVE, LODI, WI 53555 | |
| 10925 | TURNER, PERRIE, 4204 DAKOTA, ODESSA, TX 79762 | |
| 10925 | TURNER, PHYLLIS, PO BOX 5006, KREOLE, MS 39563 | |
| 10925 | TURNER, R., 48160 VIA SOLANA, LA QUINTA, CA 92253 | |
| 10925 | TURNER, RANDY, 137 MARWOOD DR, CHESTER, SC 29706 | |
| 10925 | TURNER, REBEKAH, 3114 JANICE CIR., CHAMBLEE, GA 30341 | |
| 10925 | TURNER, RICHARD S., 5540 WATERFORD GREEN GLEN, MARIETTA, GA 30068 | |
| 10925 | TURNER, ROBERT P, 79020 VIA CARMEL CIRCLE, LA QUINTA, CA 92253 | |
| 10925 | TURNER, ROBERT, 1907 S PKWY EAST, 1, MEMPHIS, TN 38114-2032 | |
| 10925 | TURNER, ROBERT, 252 B.S. GEORGIA AVE, MOBILE, AL 36604 | |
| 10925 | TURNER, ROBERT, 30 HERITAGE RD, ACTON, MA 01720 | |
| 10925 | TURNER, ROBERT, 79020 VIA CARMEL CIRCLE, LA QUINTA, CA 92253 | |
| 10925 | TURNER, ROBERT, 79020 VIA CARMEL CIRLA, LA QUINTA, CA 92253 | |
| 10925 | TURNER, RONALD, 10818 MELISSA KAYE DR., SANDY, UT 84070 | |
| 10925 | TURNER, SAMMY, 218 MORGAN VALLEY RD, ROCKMART, GA 30153 | |
| 10925 | TURNER, SHERRI, 2301 DEBRA COURT, FORT WORTH, TX 76112 | |
| 10925 | TURNER, SUZETTE, 701 NE 159 ST, N MIAMIBEACH, FL 33162 | |
| 10925 | TURNER, TAMARA, 812 HOPEWELL RD, MORGANTON, NC 28655 | |
| 10925 | TURNER, THELDON, PO BOX 1061, SALLISAW, OK 74955 | |
| 10925 | TURNER, THOMAS A, 645 ABBY LN., LAKE CHARLES, LA 70611 | |
| 10925 | TURNER, THOMAS, 645 ABBY LANE, LAKE CHARLES, LA 70611 | |
| 10925 | TURNER, TOMMY, 412 S W 11TH ST, ANDREWS, TX 79714 | |
| 10925 | TURNER, VELORIA, 4400 BLUEMEL#40, SAN ANTIONIO, TX 78237 | |
| 10925 | TURNER, VERNON, 140 ALMAVILLE RD., SMYRNA, TN 37167-4252 | |
| 10925 | TURNER, VIRGIL, PO BOX 1142, MULBERRY, FL 33860 | |
| 10925 | TURNER, VIRGINIA, RR 2 BOX 42, LAKE VILLAGE, IN 46349 | |
| 10925 | TURNER, WELDON, PO BOX 223, HOLLIDAY, TX 76366 | |
| 10925 | TURNER, WILLIAM, 204 DEERING ST, LAURENS, SC 29360 | |
| 10925 | TURNER, WILLIAM, 3567 JOYCE ST, PHILADELPHIA, PA 19134 | |
| 10924 | TURNER, YOUNG, HEBBLER & BABIN, 424 GRAVIER STREET, NEW ORLEANS, LA 70130 | |
| 10925 | TURNER-LEGGE, MELANIE, PO BOX 1351, LEWISVILLE, TX 75067 | |
| 10924 | TURNERS READY MIX INC, 225 CLIFF ST, ROCKY MOUNT, VA 24151 | |
| 10924 | TURNER'S READY MIX, 225 CLIFF ST., ROCKY MOUNT, VA 24151 | |
| 10925 | TURNERS STEEL PRODUCTS INC, PO BOX 101524, BIRMINGHAM, AL 35210 | |
| 10924 | TURNING BASION, 11204 HOPSON ROAD, ASHLAND, VA 23005 | |
| 10924 | TURNING STONE CASINO, EXIT 33 OF I-90, VERONA, NY 13478 | |
| 10924 | TURNKEY MASONRY SUPPLY #2, 1414 MAIN ST., GRAHAM, NC 27253 | |
| 10924 | TURNKEY MASONRY SUPPLY, PO BOX1210, GRAHAM, NC 27253 | |
| 10924 | TURN-KEY MASONRY SUPPLY, PO BOX49145, GREENSBORO, NC 27419 | |
| 10925 | TURNUPSEED ELECTRIC SERVICE INC, PO BOX 26, TULARE, CA 93275 | |
| 10925 | TUROSAK, JOHN R, 500 BEALE ST, SAN FRANCISCO, CA 94105 | |
| 10925 | TURPIM, ORANGE, 2133 85TH ST, NORTH BERGEN, NJ 07047 | |
| 10925 | TURPIN, BARKLEY, 2060 APPLE RIDGE COURT, MIDDLETOWN, OH 45044 | |
| 10925 | TURPIN, JOHN P, 1012 OCEAN RIDGE DR, WILMINGTON, NC 28405-5286 | |
| 10925 | TURPIN, ORANGE, 2133 85TH ST, NORTH BERGEN, NJ 07047 | |
| 10925 | TURPIN, ORANGE, 82 HUDSON ST, BLOOMFIELD, NJ 07003 | |
| 10925 | TURPIN, ROXY, RT 4, BOX 180, COMMERCE, GA 30529 | |
| 10925 | TURPIN, TIMMETTA, 14529 S CALHOUN, BURNHAM, IL 60633 | |
| 10925 | TURPIN, TIMOTHY, 12835 SOUTH LOWE, CHICAGO, IL 60628 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | TURRANSKY, ARLENE, 96 VIOLA ST, LOWELL, MA 01851 | |
| 10925 | TURRELL, DORIS, 865 LINDSAY LANE, BOURBONNAIS, IL 60914 | |
| 10925 | TURRELL, JANET, PO BOX 37, BUNCOMBE, IL 62912 | |
| 10925 | TURRI SR, STEVEN, CUST FOR STEVEN TURRI, UNIF GIFT MIN ACT MI, 101 SHERMAN ST, NEGAUNEE, MI 49866-1932 | |
| 10925 | TURSKI, DOREEN, 12080 N 91ST ST, SCOTTSDALE, AZ 85260 | |
| 10924 | TURTLE & HUGHES INCORPORATED, 188 FOOTHILL ROAD, BRIDGEWATER, NJ 08807 | |
| 10924 | TURTLE & HUGHES, 188 FOOTHILL ROAD, BRIDGEWATER, NJ 08807 | |
| 10924 | TURTLE & HUGHES, 1900 LOWER ROAD, LINDEN, NJ 07036 | |
| 10924 | TURTLE & HUGHES, 6611 SUPPLY ROW, HOUSTON, TX 77011 | |
| 10924 | TURTLE & HUGHES, P.O. BOX 9538, HOUSTON, TX 77261 | |
| 10925 | TURTLE CARIBBEAN INC, 802 RACQUET CLUB CONDO, ISLA VERDE, PR 00979PUERTO RICO | *VIA Deutsche Post* |
| 10925 | TUSAK, JOHN A, 10403 RICHLEE AVE, SOUTH GATE, CA 90280-7212 | |
| 10925 | TUSCALOOSA COUNTY CHILD SUPPORT DIV, PO BOX 2845, TUSCALOOSA, AL 35403 | |
| 10925 | TUSCANY, KAREEN, 5501 LIMERIC CIRCLE, WILMINGTON, DE 19808 | |
| 10925 | TUSCARORA INC, 1830 ROCK DALE INDUSTRIAL BLVD, CONYERS, GA 30207 | |
| 10925 | TUSCARORA INC, 1940 ROCK DALE INDUSTRIAL BLVD, CONYERS, GA 30207 | |
| 10925 | TUSCARORA INC, 45037 MORAN ROAD, STERLING, VA 20166 | |
| 10925 | TUSCARORA INC, POST OFFICE BOX 360893, PITTSBURGH, PA 15251 | |
| 10925 | TUSCARORA INC.- PUTNAM, 29 PARK ST, PUTNAM, CT 06260 | |
| 10925 | TUSCARORA INC., 1617 INDUSTRIAL ROAD, GREENEVILLE, TN 37744 | |
| 10925 | TUSCARORA INC., 1620 OLD BELFAST ROAD, LEWISBURG, TN 37091 | |
| 10925 | TUSCARORA INC., 1741 EAST C. ST, BUTNER, NC 27509 | |
| 10925 | TUSCARORA INC., 1836 LIKENS ROAD, MARION, OH 43302 | |
| 10925 | TUSCARORA INC., 29 PARK ST, PUTNAM, CT 06260 | |
| 10924 | TUSCARORA, INC., 1620 OLD BELFAST ROAD, LEWISBURG, TN 37091 | |
| 10924 | TUSCARORA, INC., 1830 ROCKDALE INDUSTRIAL BLVD., CONYERS, GA 30207 | |
| 10924 | TUSCARORA, INC., 1940 ROCKDALE IND. BLVD., CONYERS, GA 30207 | |
| 10924 | TUSCARORA, INC., 2612 PRESIDENT EXTENDED, TUPELO, MS 38801 | |
| 10924 | TUSCHL SEPTIC SYSTEMS, 10832 HWY 10, WHITELAW, WI 54247-0293 | |
| 10924 | TUSCOLA BUILDERS SUPPLY, 302 N. CHGO AVE., TUSCOLA, IL 61953 | |
| 10924 | TUSCOLA BUILDERS SUPPLY, P O BOX 285, TUSCOLA, IL 61953 | |
| 10925 | TUSCON FOAM & EQUIPMENT INC, 1824 W PRICE ST, TUCSON, AZ 85705 | |
| 10925 | TUSCON FOAM, 1824 W. PRICE ST, TUCSON, AZ 85705 | |
| 10925 | TUSCON FOAM, 4205 W. FRONTIER ST, ELOY, AZ 85231 | |
| 10925 | TUSHIM, SHARON, 708 ROCK HARBOR DR., GRANBURY, TX 76048 | |
| 10925 | TUSKAN, CHARLES, 9977 BELMONT COURT, ST. JOHNS, IN 46373 | |
| 10925 | TUSON, RICHARD, 30 BERRY CT, MILFORD, NH 03055 | |
| 10925 | TUSONIX, 7741 NO BUSINESS PKWY DR, TUCSON, AZ 85743 | |
| 10925 | TUSSEY, CHRISTINE, 1401 NORTH 43RD PLACE, PHOENIX, AZ 85008 | |
| 10925 | TUST, ROSEANN, 1457 TILGHMAN ST, ALLENTOWN, PA 18102 | |
| 10924 | TUSTIN AUTO CENTER, C/O WESTSIDE BUILDING MATERIALS, TUSTIN, CA 92680 | |
| 10925 | TUTAS, JR, ALBERT, 463 POORHOUSE ROAD, GREENVILLE, AL 36037 | |
| 10925 | TUTKO, DANIEL, 7433 LARNE LANE, LORTON, VA 22079 | |
| 10925 | TUTKO, KATHLEEN, 5616 BISMACH #101, ALEXANDRIA, VA 22312 | |
| 10925 | TUTOR, HARDEE, 217 FRIENDSHIP LOOP, ECRU, MS 38841 | |
| 10925 | TUTT, STRADNI, 74 LACKAWANNA ST, EAST STROUDSBURG, PA 18301 | |
| 10925 | TUTTLE S, KRISTYN, 505 FRANKLIN ST, ALEXANDRIA, VA 22314 | |
| 10925 | TUTTLE, DAVID, PO BOX 362, CECILIA, LA 70521 | |
| 10925 | TUTTLE, STEPHEN, 3510 WEST PARK AVE, 151, HOUMA, LA 70364 | |
| 10925 | TUTUN, EDWARD, 544 PINELLAS BAYWAY, TIERRA VERDE, FL 33715 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   TUUKANEN, OLIVE, 2122 N W 114TH TERR, CORAL SPRINGS, FL 33071

10925   TUXFORD, ROBERT, 400 RAILROAD ST, 9, JERSEY SHORE, PA 17740

10925   TUXHORN, DEBORAH, 4800 KIETZKE LANE, 10, RENO, NV 89502

10925   TUZIKS 95H BAKERY, 4955 W 95TH ST, OAK LAWN, IL 60453

10925   TUZZEO, CHRISTOPHER, 41977 DELMONTE ST, TEMECULA, CA 92591-7919

10924   TVA BROWNS FERRY, POWER STOREROOM, ATHENS, AL 35611

10924   TVA SHAWNEE FOSSIL PLANT, 7900 METROPOLIS LAKE ROAD, WEST PADUCAH, KY 42086

10924   TVA, 400 W. SUMMIT HILL DRIVE, KNOXVILLE, TN 37902

10924   TVA, RACCOON MT PLT, I-24 EXIT 174 CUMMING HWY, CHATTANOOGA, TN 37419

10924   TVA-SHAWNEE FOSSIL PLANT, 7900 METROPOLIS LAKE ROAD, WEST PADUCAH, KY 42086

10925   TVAZON, JOSPHINE, 188 GROVE TERR, LIVINGSTON, NJ 07039

10925   TVEIT, MARY, W7937 WAUGH ROAD, POYNETTE, WI 53955

10925   TVERYE, GREGORY, 1608 SCOTTSDALE DR., PLANO, TX 75023

10924   TVS- TURNER OFFICE BUILDING, 1040 TECHWOOD DRIVE, ATLANTA, GA 30318

10925   TW SERVICES & EL POLLO LOCO, GEN COUNSEL, PO BOX 3168, SPARTANBURG, SC 29304

10925   T-W TRUCK EQUIPPERS INC, 590 ELK ST, BUFFALO, NY 14210

10925   T-W TRUCK EQUIPPERS INC., 174 COLVIN ST, ROCHESTER, NY 14611

10925   TWADELL, KEVIN, 5401 WEST 85TH ST., BURBANK, IL 60459

10924   TWAIN, MARK REDI MIX INC., 2568 MARKET STREET, HANNIBAL, MO 63401

10924   TWAIN, MARK REDI MIX INC., 825 HWY C, MOSCOW MILLS, MO 63362

10924   TWAIN, MARK REDI MIX INC., 825 HWY C, TROY, MO 63379

10924   TWAIN, MARK REDI MIX INC., BUSINESS HIGHWAY 6, BOWLING GREEN, MO 63334

10924   TWAIN, MARK REDI MIX INC., N. OF MOBERLY ON HWY 63, MOBERLY, MO 65270

10924   TWAIN, MARK REDI MIX INC., P O BOX 430, HANNIBAL, MO 63401

10924   TWAIN, MARK REDI MIX INC., P. O. BOX 430, HANNIBAL, MO 63401

10925   TWAMLEY, TRACEY, 442 OLD CONN PATH # 4, FRAMINGHAM, MA 01701

10925   TWARDOWSKI, STEVE, ROUTE 1 BOX 126-H, EDNA, TX 77957

10925   TWEEDLE, JAMES, 7 BONBON COURT, REISTERSTOWN, MD 21136

10925   TWEEDLE, JAMES, 7 BONBON CT., REISTERSTOWN, MD 21136

10925   TWEEL, MARK, 13F AUBURN CT, ALEXANDRIA, VA 22305

10925   TWEHOUS, VIRGIL, 1006 PAUL, ST PAUL, NE 68873

10925   TWELE, AMANDA, 2113 DENEVI DRIVE, SPARKS, NV 89434

10925   TWELLS, JOHN L, PO BOX 2377, SANDUSKY, OH 44871-2377

10925   TWENTYONE CLUB, 21 WEST 52ND ST, NEW YORK, NY 10019

10925   TWIETMEYER, NORMA, 1061 S E 150 AVE, CHENEY, KS 67025-8423

10925   TWIETMEYER, SHARON, 7516 WESTPORT, WICHITA, KS 67212

10925   TWIGG, ROGER, HC80 BOX 359, LEESVILLE, LA 71446

10924   TWIGGS COUNTY COURTHOUSE, 101 MAGNOLIA STREET, JEFFERSONVILLE, GA 31044

10925   TWIGS & SPRIGS, 45 GARRISON ROAD, CONCORD, MA 07142

10924   TWIN BROTHER ELECTRIC SY, 35-54 STEINWAY STREET, LONG ISLAND CITY, NY 11101

10925   TWIN CITIES & WESTERN RAILROAD CO., PO BOX 86, MINNEAPOLIS, MN 55486-0839

10924   TWIN CITIES READY MIX, 1004 STOVALL ROAD, WILBURTON, OK 74578

10924   TWIN CITIES READY MIX, 102 W. ASHLAND, MCALESTER, OK 74501

10924   TWIN CITIES READY MIX, 102 WEST ASHLAND, MCALESTER, OK 74501

10924   TWIN CITIES READY MIX, 1400 INDUSTRIAL BLVD, STIGLER, OK 74462

10924   TWIN CITIES READY MIX, 1818 NW 128TH E. AVENUE, TULSA, OK 74116

10924   TWIN CITIES READY MIX, 2601 SOUTH 6TH ST. WEST, MUSKOGEE, OK 74402

10924   TWIN CITIES READY MIX, 4612 SOUTH MUSKOGEE, TAHLEQUAH, OK 74465

10924   TWIN CITIES READY MIX, 808 OLD HIGHWAY 271 SOUTH, FORT SMITH, AR 72916

10924   TWIN CITIES READY MIX, 808 OLD HWY 271, FORT SMITH, AR 72916

10924   TWIN CITIES READY MIX, HIGHWAY 271 SOUTH, POTEAU, OK 74953

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    TWIN CITY CONCRETE CO., 214 TWIN CITY WAY, AUBURN, AL 36830

10924    TWIN CITY CONCRETE PRODUCTS, 1351 TROUT BROOK CIRCLE, SAINT PAUL, MN 55117

10924    TWIN CITY CONCRETE, HWY 71 NORTH, SPENCER, IA 51301

10924    TWIN CITY CONCRETE, PO BOX3338, AUBURN, AL 36831

10925    TWIN CITY CONTAINER TCC, 990 SPIRAL BLVD, HASTINGS, MN 55033

10925    TWIN CITY GARAGE DOOR CO, 5601 BOONE AVE N., MINNEAPOLIS, MN 55428

10924    TWIN CITY GLASS CORP., 856 WURLITZER DRIVE, NORTH TONAWANDA, NY 14120

10924    TWIN CITY JANITOR SUP INC, 2345 UNIVERSITY AVE, SAINT PAUL, MN 55114

10924    TWIN CITY JANITOR SUPPLY, INC., 2345 UNIVERSITY AVE., SAINT PAUL, MN 55114-1603

10924    TWIN CITY MATERIALS, HWY 51, MARBLE HILL, MO 63764

10924    TWIN CITY MATERIALS, ROUTE 2, BOX 1, MARBLE HILL, MO 63764

10924    TWIN CITY MATERIALS, RT.2, BOX 1, MARBLE HILL, MO 63764

10924    TWIN CITY R/M, R R 1 BOX 107 FORT JESSE ROAD, NORMAL, IL 61761

10924    TWIN CITY READY MIX, 102 WEST ASHLAND, MCALESTER, OK 74501

10924    TWIN CITY TRANSIT MIX, 312 WHITE ST., LEAD, SD 57754

10924    TWIN LABORATORIES INC, 150 MOTOR PARKWAY, HAUPPAUGE, NY 11788

10924    TWIN LABORATORIES INC., 2120 SMITHTOWN AVENUE, RONKONKOMA, NY 11779

10924    TWIN LABORATORIES INC., 701 UNION PARKWAY, RONKONKOMA, NY 11779

10924    TWIN LAKES HOSPITAL, 910 WALLACE AVE, LEITCHFIELD, KY 42754

10924    TWIN LOUPS RECLAMATION DISTRICT, JCT/HWY22 & 11 1 1/4 M W OF SCOTIA, SCOTIA, NE 68875

10924    TWIN LOUPS RECLAMATION DISTRICT, PO BOX98, SCOTIA, NE 68875

10924    TWIN MOUNTAIN CONSTRUCTION CO., MM 166 JUAN TOBO & I40, ALBUQUERQUE, NM 87195

10924    TWIN MOUNTAIN CONSTRUCTION CO., PO BOX23337, ALBUQUERQUE, NM 87192

10925    TWIN PEAKS ENTERPRISES, 10658 HWY 34, GRAND LAKE, CO 80447

10925    TWIN PORTS CHAPTER CSI, 21 WEST SUPERIOR ST SUITE 500, DULUTH, MN 55802

10925    TWIN STATE EQUIPMENT, 300 PLANTERS DR., COLUMBIA, SC 29209

10924    TWIN TOWERS, CUSTOMER PICK-UP, DALLAS, TX 75200

10924    TWIN TOWERS, VARNER, TORRANCE, CA 90505

10925    TWINE, DONNA, RT 7, BOX 270, ROCKY MOUNT, VA 24151

10925    TWINING LABORATORIES OF, PO BOX 47, LONG BEACH, CA 90801

10925    TWISELTON, BERNELL, 2525 NEWPORT DR SW, CEDAR RAPIDS, IA 52404

10925    TWISELTON, DONALD, 4410 MAUREEN CT SE #186, CEDAR RAPIDS, IA 52403

10925    TWISELTON, SHIRLEY, 537 PIRATE COVE, HIAWATHA, IA 52233

10924    TWISTED PAIR COMMUNICATION, 2511 PAN AM BOULEVARD, ELK GROVE, IL 60007

10925    TWITTY, MYRTIS, 6986 HENRY HARRIS RD, LANCASTER, SC 29720

10924    TWO CAMBRIDGE PLACE, 210 BROADWAY, CAMBRIDGE, MA 02139

10924    TWO CONWAY PARK, 150 FIELD DRIVE, LAKE FOREST, IL 60045

10925    TWO FORTY ASSOC, BOLGER & COMPANY INC GEN COUNSEL, 79 CHESTNUT ST., RIDGEWOOD, NJ 07450

10925    TWO FORTY ASSOC. PA LTD. PARTNER, BOLGER & COMPANY INC., GEN COUNSEL, 79 CHESTNUT ST., RIDGEWOOD, NJ 07450

10925    TWO FORTY ASSOCIATES, 79 CHESTNUT ST, RIDGEWOOD, NJ 07450

10925    TWO GALLERIA TOWER LTD., PO BOX 910533, DALLAS, TX 75391

10924    TWO GRANITE STREET, 2 GRANITE STREET, QUINCY, MA 02169

10924    TWO HARBORS READY MIX, TWO HARBORS, MN 55616

10924    TWO HERITAGE DRIVE, 2 HERITAGE DRIVE, QUINCY, MA 02171

10924    TWO LINCOLN CENTER, BUTTERFIELD & TRANS-AM ROAD, OAK BROOK, IL 60522

10925    TWOGOOD, MARK, 535 1ST AVE. SE, DICKINSON, ND 58601

10925    TWOHIG, MICHAEL, 46 BROAD ST, NORTH ATTLEBORO, MA 02760

10925    TWOMBLY, MARGARET ANN, 1101 GRANVILLE, NEWPORT BEACH, CA 92660-6251

10925    TWOMBLY, RUTH, 18 JUNIPER LANE, CONCORD, NH 03301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | TWR WIRELESS - BOSTON, PO BOX 820042, PHILADELPHIA, PA 19182-0042 | |
| 10925 | TWS EXHIBITS & GRAPHICS, 607 GROTON ST, DUNSTABLE, MA 01827 | |
| 10924 | TWYMAN SAFETY, 47201 C.R. 273, CONESVILLE, OH 43811 | |
| 10924 | TWYMAN SAFETY, P.O. BOX 44379, COLUMBUS, OH 43204 | |
| 10925 | TWYMAN, ASIA, 3555 LACE BARK DR., INDIANAPOLIS, IN 46236 | |
| 10925 | TX ENGINEERING EXTENSION SERVICE, PUBLIC SECTOR TRAINING DIVISION, COLLEGE STATION, TX 77843-8000 | |
| 10925 | TX MANAGEMENT DIVISION OF HOUSTIN, PO BOX 970817, DALLAS, TX 75397-0817 | |
| 10925 | TX MGMT DIV OF HOUSTON, PO BOX 272884, HOUSTON, TX 77277-2884 | |
| 10925 | TX MGMT DIVISION OF HOUSTON, PO BOX 970817, DALLAS, TX 75397-0817 | |
| 10925 | TX NR CONSERVATION COMM, PO BOX 13097, AUSTIN, TX 78711-3087 | |
| 10925 | TX NR CONSERVATION COMM, TEAM 1 CORRECTIVE ACTION SECT, PO BOX 13087, AUSTIN, TX 78711-3087 | |
| 10925 | TX. DEPT. OF HEALTH-HAZARD COMM., PO BOX 149200, AUSTIN, TX 78714-9200 | |
| 10925 | TX. NATURAL RESOURCE CONSERV. COMM., 12124 PARK 35 CIRCLE, BLDG. C, AUSTIN, TX 78753 | |
| 10925 | TX. STORAGE SYSTEMS, 9501 MONROE RD., HOUSTON, TX 77075-2551 | |
| 10924 | TXI - LOUISIANA INDUSTRIES, 4919 CONSTRUCTION AVENUE, MONROE, LA 71203 | |
| 10924 | TXI INC, 14010 SOUTH GESSNER, MISSOURI CITY, TX 77459 | |
| 10924 | TXI INC, PLANT 10, SILBER ROAD, HOUSTON, TX 77024 | |
| 10924 | TXI INC, PLANT 19, MISSOURI CITY, TX 77459 | |
| 10925 | TXI OPERATIONS LP, POBOX 36021, SHREVEPORT, LA 71130-6021 | |
| 10924 | TXI OPERATIONS, LP, #447 WINTERGREEN, DE SOTO, TX 75115 | |
| 10924 | TXI OPERATIONS, LP, 10610 SPANGLER RD, DALLAS, TX 75220 | |
| 10924 | TXI OPERATIONS, LP, 10610 SPANGLER RD., DALLAS, TX 75220 | |
| 10924 | TXI OPERATIONS, LP, 12900 LAKE JUNE RD. PLANT 446, BALCH SPRINGS, TX 75180 | |
| 10924 | TXI OPERATIONS, LP, 3001 HWY 121 BUSINESS SOUTH, LEWISVILLE, TX 75067 | |
| 10924 | TXI OPERATIONS, LP, 433 E. COLLEGE STREET, LONGVIEW, TX 75601 | |
| 10925 | TXI OPERATIONS, LP, 7781 FM 1102, NEW BRAUNFELS, TX 78130-3412 | |
| 10924 | TXI OPERATIONS, LP, CAMEY B (#42), 3900 GRIFFIN ROAD, THE COLONY, TX 75056 | |
| 10924 | TXI OPERATIONS, LP, HWY 66, ROWLETT, TX 75088 | |
| 10924 | TXI OPERATIONS, LP, PO BOX 1209, TOMBALL, TX 77377 | |
| 10924 | TXI OPERATIONS, LP, PO BOX 9154, CORPUS CHRISTI, TX 78408 | |
| 10924 | TXI, ****DO NOT USE****, ALEXANDRIA, LA 71301 | |
| 10924 | TXI, ****DO NOT USE****, CROSSETT, AR 71635 | |
| 10924 | TXI, 101 BRASWELL RD, BARATARIA, LA 70036 | |
| 10924 | TXI, 101 SOUTH 29TH, MONROE, LA 71201 | |
| 10924 | TXI, 1058 KATYLAND DR, KATY, TX 77449 | |
| 10924 | TXI, 1200 E TEXAS STREET, BOSSIER CITY, LA 71111 | |
| 10924 | TXI, 12140 MOSSIELEE, HOUSTON, TX 77086 | |
| 10924 | TXI, 1903 PORT NECHES AVENUE, PORT NECHES, TX 77651 | |
| 10924 | TXI, 2005 MCDONALD SCHOOL ROAD, MCKINNEY, TX 75069 | |
| 10924 | TXI, 201 8TH STREET, JONESBORO, LA 71251 | |
| 10924 | TXI, 201 EAST 8TH STREET, JONESBORO, LA 71251 | |
| 10924 | TXI, 201 VZCR 3805, WILLS POINT, TX 75169 | |
| 10924 | TXI, 206 FULLER ST., SULPHUR SPRINGS, TX 75483 | |
| 10924 | TXI, 206 FULLER, SULPHUR SPRINGS, TX 75482 | |
| 10924 | TXI, 21525 HWY 8W, JENA, LA 71342 | |
| 10924 | TXI, 2200 COUNTY LINE ROAD, IRVING, TX 75061 | |
| 10924 | TXI, 2204 SOUTH MCARTHUR DR, ALEXANDRIA, LA 71301 | |
| 10924 | TXI, 24403 FM 2978, TOMBALL, TX 77377 | |
| 10924 | TXI, 311 W. TEXAS AVENUE, RUSTON, LA 71270 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | TXI, 313 HANCOCK, CROSSETT, AR 71635 | |
| 10924 | TXI, 3300 INDUSTRIAL STREET, ALEXANDRIA, LA 71301 | |
| 10924 | TXI, 3630 6TH STREET, ARCADIA, LA 71001 | |
| 10924 | TXI, 401 MARKET STREET, ORANGE, TX 77630 | |
| 10924 | TXI, 4600 LEE ST, ALEXANDRIA, LA 71302 | |
| 10924 | TXI, 4600 LEE ST., ALEXANDRIA, LA 71302 | |
| 10924 | TXI, 4919 CONSTRUCTION AVE., MONROE, LA 71203 | |
| 10924 | TXI, 5111 3RD STREET, KATY, TX 77449 | |
| 10924 | TXI, 566 REDTOWN ROAD, LEESVILLE, LA 71446 | |
| 10924 | TXI, 611 GORDON, BASTROP, LA 71220 | |
| 10924 | TXI, 6451 ALDINE BENDER EAST, HOUSTON, TX 77039 | |
| 10924 | TXI, 6505 HOMESTEAD RD, HOUSTON, TX 77028 | |
| 10924 | TXI, 708 FRONT STREET, WINNSBORO, LA 71295 | |
| 10924 | TXI, 75 RIDGEVIEW, JUST EAST OF 75, FAIRVIEW, TX 75069 | |
| 10924 | TXI, 936 HOLMES RD., HOUSTON, TX 77045 | |
| 10924 | TXI, AVE F AT SELMAN FIELD, MONROE, LA 71203 | |
| 10924 | TXI, CLODINE PLANT 15, 7103 HARLEM RD, CLODINE, TX 77469 | |
| 10924 | TXI, CORNER FM 249 & MOSIELEE, HOUSTON, TX 77100 | |
| 10924 | TXI, CORNEY LAKE, LA 99999 | |
| 10924 | TXI, H. DOWZAT ROAD (MON-CLA PLANT), MARKSVILLE, LA 71351 | |
| 10924 | TXI, HWY 137 NORTH, RAYVILLE, LA 71269 | |
| 10924 | TXI, HWY 171, MANSFIELD, LA 71052 | |
| 10924 | TXI, HWY 171, MANY, LA 71449 | |
| 10924 | TXI, HWY 37, WINNSBORO, TX 75494 | |
| 10924 | TXI, HWY 84 WEST, JONESVILLE, LA 71343 | |
| 10924 | TXI, I-30 & CHALK HILL ROAD, DALLAS, TX 75211 | |
| 10924 | TXI, M10 PLANT, READY MIX PLT., ALEXANDRIA, LA 71301 | |
| 10924 | TXI, MOBILE PLANT, HWY 554-GRAVEL PIT, PERRYVILLE, LA 71220 | |
| 10924 | TXI, NORTH 13TH STREET, ALEXANDRIA, LA 71301 | |
| 10924 | TXI, P.O. BOX 87, SULPHUR SPRINGS, TX 75482 | |
| 10924 | TXI, PLANT #14, HOUSTON, TX 77100 | |
| 10924 | TXI, PLANT #4, ESLER FIELD ROAD, PINEVILLE, LA 71360 | |
| 10924 | TXI, PLANT #7, 11934 BARKER CYPRESS, CYPRESS, TX 77429 | |
| 10924 | TXI, PLANT 15, 7103 HARLEM ROAD, CLODINE, TX 77469 | |
| 10924 | TXI, PLANT 18, 39013 FM 1774, MAGNOLIA, TX 77355 | |
| 10924 | TXI, PLANTS 1 & 2, 101 BRASWELL, SHREVEPORT, LA 71106 | |
| 10924 | TXI, PLANTS 1 & 2, 12140 MOSSIELEE, HOUSTON, TX 77086 | |
| 10924 | TXI, PLANTS 1 & 2, 3501 SHED ROAD, BOSSIER CITY, LA 71111 | |
| 10925 | TXI, PO BOX 730475, DALLAS, TX 75373-0475 | |
| 10924 | TXI, PO BOX1250, SULPHUR SPRINGS, TX 75482 | |
| 10924 | TXI, PO BOX2318, JENA, LA 71342 | |
| 10924 | TXI, PO BOX5472, ALEXANDRIA, LA 71302 | |
| 10924 | TXI, PO BOX6617, SHREVEPORT, LA 71136-6617 | |
| 10925 | TXI, POBOX 6617, SHREVEPORT, LA 71156 | |
| 10924 | TXI, PORTABLE PLANT, PROSPER, TX 75078 | |
| 10924 | TXI, PORTABLE PLANT, WAXAHACHIE, TX 75165 | |
| 10924 | TXI, RICE BLVD, HOUSTON, TX 77001 | |
| 10924 | TXI, WEST MONROE, LA 71291 | |
| 10924 | TXI-RIVERSIDE CEMENT, 1500 RUBIDOUX BLVD, RIVERSIDE, CA 92502 | |
| 10925 | TXU ELECTRIC, PO BOX 100001, DALLAS, TX 75310-0001 | |
| 10925 | TXU ELECTRIC, POBOX 100001, DALLAS, TX 75310-0001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    TXU GAS, PO BOX 650654, DALLAS, TX 75265-0654

10925    TYBURSKI, KAREN, 20 CHESTNUT ST, BEVERLY, MA 01915

10924    TYCER READY MIX INC, PO BOX 159, NATALBANY, LA 70451

10924    TYCER READY MIX, AIRPORT BLVD & HWY 90, HAMMOND, LA 70401

10924    TYCER READY MIX, HWY 51 N, NATALBANY, LA 70451

10924    TYCER READY MIX, HWY 51, HAMMOND, LA 70401

10924    TYCER READY MIX, P O BOX 159, NATALBANY, LA 70451

10924    TYCER READY MIX, P.O. BOX 159, NATALBANY, LA 70451

10924    TYCER READY MIX, PLANT #2, 2105 HWY 190 EAST, HAMMOND, LA 70401

10925    TYCHE, NANCY, 11 JOHNATHAN ROAD, LAKE ZURICH, IL 60047

10925    TYCO HEALTHCARE THE KENDALL CO, JOHN H MASTERSON GEN COUN, 15 HAMPSHIRE ST, MANSFIELD, MA 02048

10925    TYCO INTERNATIONAL (US) INC, PO BOX 5035, BOCA RATON, FL 33431-0835

10925    TYCO INTERNATIONAL (US) INC., LOU CHIESA VICE PRESIDENT, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925    TYCO INTERNATIONAL, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10924    TYCO SUBMARINE SYSTEMS, WEST INDUSTRIAL WAY, EATONTOWN, NJ 07724

10925    TYCO VALVES & CONTROLS L.P., DEPT. CH 10071, PALATINE, IL 60055-0071

10925    TYCO VALVES, DEPT CH 10071, PALATINE, IL 60055-0071

10925    TYCO VALVES/MAUND RICHARDS, 250 SW 14TH ST, POSEN, IL 60469

10925    TYCO/GRINNELL CORPORATION, 750 CENTRAL PARK AVE, UNIVERSITY PARK, IL 60466

10925    TYDEN BRAMMALL, PO BOX 79001, DETROIT, MI 48279-1372

10925    TYDEN CORP., 210 N INDUSTRIAL PARK RD., HASTINGS, MI 49058

10925    TYDINGS & ROSENBERG, 100 EAST PRATT ST, BALTIMORE, MD 21202

10924    TYDINGS & ROSENBERG, 100 EAST PRATT STREET, BALTIMORE, MD 21202

10925    TYE, KAY, 526 BEACON ST, BOSTON, MA 02215

10924    TYER LUMBER COMPANY, HIGHWAY 87 SOUTH, TIMPSON, TX 75975

10924    TYER LUMBER COMPANY, P.O. BOX 190, TIMPSON, TX 75975

10925    TYER, AMANDA, RT 4 BOX 550A, WASHINGTON, NC 27889

10925    TYLENDA, ANNA, 36 FOWLER ST BOX 34, WESTFIELD, MA 01085-3202

10925    TYLER HOLMES MEMORIAL HOSPITAL, 409 TYLER HOLMES DR, WINONA, MS 38967

10925    TYLER JR., JERRELL, 1117 MARIA DRIVE, SULPHUR, LA 70663-5647

10925    TYLER MEDICAL SERVICES, 525 TYLER ROAD STS I & J, SAINT CHARLES, IL 60174

10925    TYLER YOUNG, ANN, 1305 PARK AVE, BALTIMORE, MD 21217-4139

10925    TYLER, ALPHA, 3146 WEST 57TH ST., LOS ANGELES, CA 90043

10925    TYLER, ANITA L, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    TYLER, ANITA, 1312 ACORN RIDGE CT, EDGEWOOD, MD 21040

10925    TYLER, APRIL, 1005 FIRETOWER RD, JONESBORO, LA 71251

10925    TYLER, BENJAMIN, 8537 FREDRICK ROAD, ELLICOTT CITY, MD 21043

10925    TYLER, BOB, RD #1 BOX 3566, ELLWOOD CITY, PA 16117

10925    TYLER, CLEO, 1700 E. BUTTERNUT, MIDLAND, TX 79701

10925    TYLER, DAVID, 5817 STARLIGHT CT, FORT WORTH, TX 76117-2143

10925    TYLER, ELISABETH, 5213 CORINTH DRIVE, STONE MOUNTAIN, GA 30087

10925    TYLER, HARRY, 206 WEST 2ND ST, ATLANTIC, IA 50022-1008

10925    TYLER, HAYWARD, 46 ROOSEVELT HWY, COLCHESTER, VT 05446

10925    TYLER, HEATH, 212 MESQUITE, BURKBURNETT, TX 76354

10925    TYLER, JAMES, 7720 N W 102 ST, OKLA CITY, OK 73162

10925    TYLER, JOHN, 1403 CEDAR RIDGE TERRACT, EULESS, TX 76039

10925    TYLER, LADYA, 4225 WEST RIVER ROAD, FRANKLINTON, NC 27525

10925    TYLER, LEROY, 9549 SPOTTSWOOD ROAD W., JACKSONVILLE, FL 32208

10925    TYLER, LISA, 2049 DAVID DR, EIGHT MILE, AL 36613

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   TYLER, MAMIE, 1407 GREEN MANSIONS, MISSOURI CITY, TX 77489

10925   TYLER, MICHILA, 13920 S.E. 65TH CT, SUMMERFIELD, FL 34491

10925   TYLER, R, 17322 VIA CHIQUITA, SAN LORENZO, CA 94580

10925   TYLER, ROBERT, RD1 SHAFFER RD BOX 356B, ELLWOOD, PA 16117

10925   TYLER, RUBY, 1117 MARIA DRIVE, SULPHUR, LA 70663-5647

10925   TYLER, RUBY, 4019 BLOCK 1167, IRVING, TX 75038

10925   TYLER, TARA, 6201 LAFAYETTE RD, INDIANAPOLIS, IN 46278

10925   TYLER, WILLIAM, 301 E. BLAIR, WILBURTON, OK 74578

10925   TYMA, MARY, 208 CUMMINGS ST, ROCK HILL, SC 29730-5450

10925   TYMINSKI, DIANA, 54 SUNSET BLVD, HAMILTON SQ NJ, NJ 08690

10925   TYNAN, KIM, 1275 GLEBE ST, TAUNTON, MA 02780

10925   TYNDALE, MARCIA, 135-11 245TH ST., ROSEDALE, NY 11422

10925   TYNDALL, SYLVIA, 405 A ELIZABETH ST, CLINTON, NC 28328

10925   TYNER, MARK, 5425 ANN ST, NORTH CHARLESTON, SC 29418

10925   TYNER, SHELBY, 1301 EAST 13TH ST., LUMBERTON, NC 28358

10925   TYORAN, MICHAEL, 370 TEMPLE AVE, LONG BEACH, CA 90814

10925   TYRAN, JOHN, 22424 MARTIN RD, ST CLAIR SHO, MI 48081

10925   TYRE, EDWARD, 93 WESTLEE LANE, PALM COAST, FL 32164

10925   TYRE, VAN, 720 SHADYBROOK DR, AKRON, OH 44312

10925   TYREE, BOBBY, 30715 HUNT CLUB RD., CARRSVILLE, VA 23315

10925   TYREE, CHRISTOPHER, 1803 DEWEY DR, OXFORD, AL 36203

10924   TYRELL COUNTY SCHOOL, HWY. 64, COLUMBIA, NC 27925

10924   TYROLIT NORTH AMERICA INC., 12 UNION STREET, WESTBOROUGH, MA 01581

10925   TYROLT, JAMES, 5315 FREDERICKSBURG, SAN ANTONIO, TX 78229

10924   TYRON ESTATES RESIDENTIAL PHASE II, C/O STANDARD INSULATING, COLUMBUS, NC 28722

10925   TYRRELL JR, THOMAS, 177 DEXTER ST, CUMBERLAND, RI 02865

10925   TYRRELL, KEVIN, 1611 8TH AVE SW, CEDAR RAPIDS, IA 52404

10925   TYRRELL, THOMAS, 177 DEXTER ST, CUMBERLAND, RI 02864

10925   TYRRELL, THOMAS, 3601 ANDREWS HWY #504, MIDLAND, TX 79703

10925   TYSL, THOMAS, 690 ILAKEE AVE, LAKE ALFRED, FL 33850

10925   TYSON, DUANE T, 147 MONTAGUE DR, GREENVILLE, SC 29617

10925   TYSON, ERIC, 3895 E GANDY ROAD, BARTOW, FL 33830-9407

10925   TYSON, KAREN, PO BOX 177, PONCHATOULA, LA 70454

10925   TYSON, WILBUR, 1930 E CHURCH ST, BARTOW, FL 33830

10925   TYSONS CORNER MARRIOTT, 8028 LEESBURG PIKE, VIENNA, VA 22182

10925   TZENG, W, 54 EASTWAY, READING, MA 01867

10925   TZOU, REBECCA, 1468 15TH ST, FORT LEE, NJ 07024

10925   U G M T LTD, CENTRAL AVE, CHATHAM MARITIME, ME4 4TB

10924   U L LAB, C/O ASC INSULATION & FIREPROOFING, NORTHBROOK, IL 60062

10924   U N C BROOKSTONE, BELL TOWER PARKING LOT, BURLINGTON, NC 27216

10924   U OF M DANCE CENTER, 500 21ST AVENUE SOUTH, MINNEAPOLIS, MN 55454

10924   U OF M JACKSON HALL, CPU TRANSHIELD, MINNEAPOLIS, MN 55403

10924   U OF NORTH DAKOTA AT GRAND FORKS, EARTH SYSTEMS SCIENCE BLDG., GRAND FORKS, ND 58201

10924   U OF W MEDICAL CENTER EAST, 1705 NE PACIFIC ST, SEATTLE, WA 98105

10924   U R S GREINER-WOODWARE CLYDE, 900 S SHACKLEFORD DR/ 3 FIN CTR 412, LITTLE ROCK, AR 72211

10925   U S A FORKLIFT SERVICES, EL MATADERO FINAL, PUERTO NUEVO, PR 00922PUERTO RICO     **\*VIA Deutsche Post\***

10925   U S ASSEMBLIES, 3303 TERMINAL DR, RALEIGH, NC 27602

10925   U S ASSEMBLIES, RTE 81 EXIT 68, HALLSTEAD, PA 18822

10925   U S BANKRUPTCY COURT, 750 MISSOURI AVE, EAST SAINT LOUIS, IL 62201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | U S BEST, 5325 FOUNDATION BLVD, NEW ALBANY, IN 47150 | |
| 10925 | U S CIRCUITS, 1526 STERLING COURT, ESCONDIDO, CA 92029 | |
| 10925 | U S COEXCELL INC, PO BOX 67000, DETROIT, MI 48267-0933 | |
| 10925 | U S CONGRESS HANDBOOK, BOX 566, MCLEAN, VA 22101 | |
| 10925 | U S CUSTOMS SERVICE, POBOX 70915, CHICAGO, IL 60673-0915 | |
| 10925 | U S DEPT OF COMMERCE, NATIONAL TECHNICAL INFO SERVICE, ATLANTA, GA 30384-0955 | |
| 10925 | U S DEPT OF EDUCATION, POBOX 4142, GREENVILLE, TX 75403-4142 | |
| 10925 | U S DEPT OF JUSTICE ENV & NR DIVISI, STEVE R HERM, PO BOX 23986, WASHINGTON, DC 20026-3986 | |
| 10925 | U S DEPT OF JUSTICE, NEW YORK, NY 99999 | |
| 10925 | U S DEPT OF STATE, 518 23RD ST , NW, SA-1, WASHINGTON, DC 20520 | |
| 10925 | U S DEPT OF TRANSPORTATION, 400 7TH ST SW, WASHINGTON, DC 20590 | |
| 10925 | U S DEPT OF TRANSPORTATION, PO BOX 740188, ATLANTA, GA 30374-0188 | |
| 10925 | U S DIARY COMPANY, POBOX 4757, CAROL STREAM, IL 60197-4757 | |
| 10924 | U S ECOLGY, 4150 BELDENVILLAGE ST NW, CANTON, OH 44718 | |
| 10925 | U S ENVIRONMENTAL PROTECTION AGENCY, POBOX 100142, ATLANTA, GA 30384 | |
| 10925 | U S ENVIRONMENTAL PROTECTION AGENCY, POBOX 360859M, PITTSBURGH, PA 15251-6859 | |
| 10925 | U S ENVIRONMENTAL PROTECTION, POBOX 360197M, PITTSBURGH, PA 15251 | |
| 10925 | U S EPA REGION 4, STEDMAN S SOUTHALL ASSOCIATE REGION, 61 FORSYTH ST, ATLANTA, GA 30303-8960 | |
| 10925 | U S EPA REGION 8, 999 18TH ST, SUITE 500, DENVER, CO 80202-2466 | |
| 10925 | U S EQUIPMENT CO. INC., PO BOX 15325, LOS ANGELES, CA 90015 | |
| 10925 | U S FILTER / CONTINENTAL, POBOX 968, ROSWELL, GA 30077-0968 | |
| 10925 | U S FILTER / PENFIELD, 8 WEST ST, PLANTSVILLE, CT 06479 | |
| 10925 | U S FILTER CORPORATION, PO BOX 360766, PITTSBURGH, PA 15250-6766 | |
| 10925 | U S FILTER, POBOX 842260, DALLAS, TX 75284-2260 | |
| 10925 | U S FLEET LEASING INC, POBOX 844457, DALLAS, TX 75284-4457 | |
| 10925 | U S GOVT PRINTING OFFICE, POBOX 371975M, PITTSBURGH, PA 15250-7975 | |
| 10925 | U S GYPSUM COMPANY, POBOX 102629, ATLANTA, GA 30368-0629 | |
| 10925 | U S LIQUIDS OF GEORGIA, 7202 EAST 8TH AVE, TAMPA, FL 33619 | |
| 10925 | U S LUMBER, POBOX 188, WOODBURY HEIGHTS, NJ 08097 | |
| 10925 | U S MECHANICAL, POBOX 548, WOBURN, MA 01801 | |
| 10925 | U S METRIC ASSOCIATION INC, 10245 ANDASOL AVE, NORTHRIDGE, CA 91325 | |
| 10925 | U S NEWS, POBOX 55900, BOULDER, CO 80322-5900 | |
| 10925 | U S OFFICE & INDUSTRIAL SUPPLY, POBOX 10540, CANOGA PARK, CA 91309 | |
| 10925 | U S OFFICE PRODUCTS, PO BOX 30008, NASHVILLE, TN 37241-0008 | |
| 10925 | U S P C I, PO BOX 13618, NEWARK, NJ 07188-0618 | |
| 10925 | U S PATENT CERTIFICATE, 16801 LINK COURT, FORT MYERS, FL 33912 | |
| 10925 | U S POST OFFICE, 25 DORCHESTER AVE, BOSTON, MA 02205 | |
| 10925 | U S POSTAL SERVICE, PERMIT FEE WINDOW, BOSTON, MA 02205-9523 | |
| 10925 | U S POSTAL SERVICE, POBOX 0566, CAROL STREAM, IL 60132-0566 | |
| 10925 | U S POSTAL SERVICE, POBOX 7247-0166, PHILADELPHIA, PA 19170-0166 | |
| 10925 | U S POSTMASTER, 401 FRANKLIN, HOUSTON, TX 77201 | |
| 10925 | U S SECRETARY OF LABOR, OCCUPATIONAL SAFETY & HEALTH ADMIN, BOSTON, MA 02114 | |
| 10925 | U S SILICA, PO BOX 360038M, PITTSBURGH, PA 15250-6038 | |
| 10925 | U S TELCOM, PO BOX 299409, HOUSTON, TX 77299-0409 | |
| 10924 | U S TOBACCO CO, 915 6TH AVENUE SOUTH, NASHVILLE, TN 37203 | |
| 10925 | U S WEST CELLULAR, PO BOX 173796, DENVER, CO 80217-3796 | |
| 10924 | U S WEST COMMUNICATION, EDP/ADM 4TH FLOOR REMODEL, DENVER, CO 80221 | |
| 10925 | U S WEST COMMUNICATIONS, PO BOX 11035, SEATTLE, WA 98111-9035 | |
| 10925 | U S WEST COMMUNICATIONS, PO BOX 1301, MINNEAPOLIS, MN 55483-0001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 U S WEST COMMUNICATIONS, PO BOX 29013, PHOENIX, AZ 85038-9013

10925 U S WEST COMMUNICATIONS, PO BOX 91073, SEATTLE, WA 98111-9173

10924 U T NELAN STADIUM, C/O PHOENIX, 1201 PHILLIP FULMER WAY, KNOXVILLE, TN 37996

10925 U W FREIGHT LINE INC., 2818 WEST PKWY BLVD., SALT LAKE CITY, UT 84119

10924 U W HOSPITAL, 600 HIGHLAND AVE, MADISON, WI 53714

10925 U!TTERSON, DOUGLAS, 10470 CALDWELL RD, MT ULLA, NC 28125

10924 U. OF NEBRASKA MEDICAL CENTER, 44TH & EMILY, OMAHA, NE 68101

10924 U. S. ARMY RESERVE TRAINING CENTER, SPRAY INSULATION, LEMONT, IL 60439

10925 U. S. MINERAL PRODUCTS CO., DANAHER TEDFORD LAGNESE & NEAL PC, 700 CAPITOL PLACE, 21 OAK ST, HARTFORD, CT 06108-8000

10924 U.C. RIVERSIDE STUDENT REC. CENTER, C/O WESTSIDE BUILDING MATERIALS, RIVERSIDE, CA 92507

10924 U.C. RIVERSIDE, C/O WESTSIDE BUILDING MATERIALS, RIVERSIDE, CA 92501

10924 U.C. RIVERSIDE, RIVERSIDE, CA 92502

10924 U.C. SANTA CRUZ, C/O SAN FRANCISCO GRAVEL, COLLEGE 10, SANTA CRUZ, CA 95060

10924 U.C. SWING BLDG., 70 W. CORRY STREET, CINCINNATI, OH 45219

10924 U.C.I. MED. CENTER BUILDING 18, C/O WESTSIDE BUILDING MATERIALS, ORANGE, CA 92664

10925 U.E. ELECTRIC SUPPLY, 1601 KNECHT AVE., BALTIMORE, MD 21227

10924 U.S. AIR TERMINAL "B", LOGAN AIRPORT, LOGAN AIRPORT, BOSTON, MA 02215

10924 U.S. AIR, INC, HANGER #6-Q105 STORES/REC'G, PITTSBURGH, PA 15231

10924 U.S. AIRLINES, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924 U.S. AIRMOTIVE INT'L, INC., MIAMI, FL 33152

10924 U.S. ALUMINUM, INC., 86 FOURTH AVENUE, HASKELL, NJ 07420

10924 U.S. ALUMINUM, INC., PO BOX 2190, FLEMINGTON, NJ 08822

10924 U.S. ARMY BARRACKS REHAB, THE, MINOR STREET & CRANE BLVD., FORT SILL, OK 73503

10925 U.S. BEARINGS & DRIVES, 3905 W. VAN BUREN STE. 2, PHOENIX, AZ 85009-4078

10924 U.S. BORLAY/AL SHANKLE, 26877 TURNEY RD. & VALENCIA, SANTA CLARITA, CA 91354

10925 U.S. CAN COMPANY, FILE #99450, PO BOX 99450, CHICAGO, IL 60693-9450

10924 U.S. CHEMICAL & PLASTICS, 600 NOVA DR. S.E., MASSILLON, OH 44646

10924 U.S. CHEMICAL & PLASTICS, PLANT #2, 2290 ZIMMERMAN ROAD, GNADENHUTTEN, OH 44629

10924 U.S. CHEMICAL & PLASTICS, PO BOX 709, MASSILLON, OH 44648-0709

10924 U.S. COATING CO, 465 INDUSTRIAL DRIVE, LEXINGTON, SC 29072

10924 U.S. COATINGS & SEALERS, INC., 1648 LOCUST AVENUE, BOHEMIA, NY 11716

10924 U.S. COATINGS & SEALERS, INC., UNIT H, 1648 LOCUST AVENUE, BOHEMIA, NY 11716

10924 U.S. CONCRETE PRODUCTS, 6326 COUNTY HIGHWAY 61, UPPER SANDUSKY, OH 43351

10924 U.S. CONCRETE PRODUCTS, 6326 COUNTY HWY 61, UPPER SANDUSKY, OH 43351

10925 U.S. CONTAINER CORP., PO BOX 58544, VERNON, CA 90058

10924 U.S. COURTHOUSE, HURON ROAD, CLEVELAND, OH 44124

10924 U.S. CUSTOMS KENNEL, CAINE FACILITY, FRONT ROYAL, VA 22630

10924 U.S. E.P.A., 2565 PLYMOUTH ROAD, ANN ARBOR, MI 48105

10924 U.S. E.P.A., ACCOUNTING OPERATION OFFICE, CINCINNATI, OH 45268

10924 U.S. ECOLOGY, 3766 TULANE N.E., LOUISVILLE, OH 44641

10924 U.S. ECOLOGY, CAMBRIDGE, MA 02140

10924 U.S. EPA, 2565 PLYMOUTH ROAD, ANN ARBOR, MI 48105

10924 U.S. EPA, MAIL DROP CC01, 26 W. MARTIN LUTHER KING DRIVE, CINCINNATI, OH 45268

10924 U.S. EPA, MAIL DROP FTAG AA, 2565 PLYMOUTH ROAD, ANN ARBOR, MI 48105

10924 U.S. EXPRESS, 873 CAMBRIDGE DRIVE, ELK GROVE VILLAGE, IL 60007

10924 U.S. FED BLDG  C/O CIRCLE B, 111 S. TENT ST., SAINT LOUIS, MO 63102

10925 U.S. FILTER CORP., PO BOX 360766, PITTSBURGH, PA 15250-6766

10925 U.S. FILTER CORP., PO BOX 95424, CHICAGO, IL 60694

10924 U.S. FUJI ELECTRIC, INC., 240 CIRCLE DRIVE NORTH, PISCATAWAY, NJ 08854

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   U.S. GYPSUM COMPANY, 125 S. FRANKLIN ST, CHICAGO, IL 60606-4605

10925   U.S. GYPSUM COMPANY, C/O C.T. CORPORATION SYSTEMS, 350 NORTH ST. PAUL ST., DALLAS, TX 75201

10924   U.S. GYPSUM COMPANY, GYPSUM BOARD DEPT., 100 D.J. NOOTENS DRIVE, BRIDGEPORT, AL 35740

10924   U.S. GYPSUM RESEARCH CENT, 1000 E. NORTHWEST HWY, DES PLAINES, IL 60016

10924   U.S. GYPSUM, 121 SOUTH LAKE STREET, GYPSUM, OH 43433

10924   U.S. GYPSUM, ATTN;  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32208

10924   U.S. LINE COMPANY, 16 UNION AVENUE, WESTFIELD, MA 01086

10924   U.S. LINE COMPANY, PO BOX 531, WESTFIELD, MA 01086

10925   U.S. OFFICE & INDUSTRIAL SUPPLY, PO BOX 10540, CANOGA PARK, CA 91309

10925   U.S. OFFICE PRODUCTS, 2604 SISSON ST, BALTIMORE, MD 21211

10925   U.S. PLASTIC CORP., 1390 NEUBRECHT RD., LIMA, OH 45801

10925   U.S. PLASTIC CORP., 1390 NEUBRECHT RD., LIMA, OH 45801-3196

10925   U.S. PLASTIC CORP., 1390 NEUBRECHT ROAD, LIMA, OH 45801-3196

10925   U.S. PLASTIC CORP., 1390 NEWBRECHT RD., LIMA, OH 45801-3196

10924   U.S. POST OFFICE DISTRIBUTION, 1700 CLEVELAND, KANSAS CITY, MO 64127

10924   U.S. POST OFFICE IN BROOKLYN, CORNER OF CADMAN AND TILLEY, 271 CADMAN PLAZA EAST, BROOKLYN, NY 11201

10924   U.S. POSTAL SERVICE C/O WALLBOARD, 2825 LOME OAK PARKWAY, EAGAN, MN 55121

10924   U.S. POSTAL SERVICE, 2825 LOME OAK PARKWAY, EAGAN, MN 55121

10925   U.S. PROFESSIONAL/LEHN & FINK, DEPT. CH 10629, PALATINE, IL 60055-0629

10925   U.S. REFINING COMPANY, C/O CONNIE J. FARRAR, 4400 POST OAK PKWY SUITE 2180, HOUSTON, TX 77027

10925   U.S. SHUTTLE INC., 102 CLEMATIS AVE - SUITE 4, WALTHAM, MA 02154

10924   U.S. SURGICAL CORPORATION, 150 GLOVER AVENUE, NORWALK, CT 06850

10924   U.S. TOOL & FASTENERS, INC., 1301 E. LANDSTREET RD, ORLANDO, FL 32824

10925   U.S. VANADIUM CORP., 4955 STEUBENVILLE PIKE, PITTSBURGH, PA 15205

10924   U.S. VANADIUM CORPORATION, MINERALS CORPORATION, 137 47TH STREET, NIAGARA FALLS, NY 14302

10924   U.S.A CARICOM, 9949 N.W. 89TH AVENUE BAY #12, MEDLEY, FL 33178

10924   U.S.A. TECHNOLOGY, 801 SOUTHWEST  JEFFERSON, PEORIA, IL 61605

10924   U.S.AIR, INC., HANGER#6-Q105 STORES/REC'G, PITTSBURGH, PA 15231

10924   U.S.AIR, INC., STORES/REC'G, HANGER #6-Q105, PITTSBURGH, PA 15231

10924   U.S.C NORRIS BUILDING, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90050

10924   U.S.COURT HOUSE (MESSER CONST), 310 SOUTH MAIN STREET, LONDON, KY 40744

10925   U.S.F. FILTRATION & SEPARATIONS, 2139 GREENSPRING DR, TIMONIUM, MD 21093

10924   U.S.G. RESEARCH, 700 N. HWY 45, LIBERTYVILLE, IL 60048

10924   U.S.G. RESEARCH, ATTN: JOHN LANKFORD, LIBERTYVILLE, IL 60048

10925   U.S.NEWS & WORLD REPORT, PO BOX 55906, BOULDER, CO 80321-5906

10924   U.S.P.S.STUDENT HOUSING CENTER, EAST IMHOFF ROAD, NORMAN, OK 73070

10924   U.S.WEST BLDG., 9TH AND HIGH STREET, DES MOINES, IA 50309

10924   U.T. POWER PLANT, 215 EAST 24TH STREET, AUSTIN, TX 78705

10924   U.T. POWER PLANT, PO BOX 7580, AUSTIN, TX 78713

10925   UAB SPECIAL STUDIES, 1919 UNIVERSITY BLVD, BIRMINGHAM, AL 35294-2080

10924   UAI TECH. INC., 68 ALEXANDER DRIVE, RESEARCH TRIANGLE PARK, NC 27709

10924   UAMS MEDICAL CENTER, C/O TRUE FIREPROOFING, LITTLE ROCK, AR 72205

10925   UARCO INC, PO BOX 71302, CHICAGO, IL 60694-1302

10925   UARCO INCORPORATED, POBOX 71660, CHICAGO, IL 60694-1660

10925   UARCO, POBOX 71660, CHICAGO, IL 60694-1660

10925   UAS-LOS ANGELES, POBOX 51521, LOS ANGELES, CA 90051-5821

10925   UAW LOCAL 2326 AFL-CIO, SUITE 215A, WOODBRIDGE, NJ 07095

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | UBALLE, MARY, 6402 WEBER D-7, CORPUS CHRISTI, TX 78413 | |
| 10925 | UBAN, IMELDA, 4301 WAYFARING ST., MESQUITE, TX 75150 | |
| 10925 | UBANDO, DANNY, 409 35TH ST, SNYDER, TX 79549 | |
| 10925 | UBANDO, RUDY, 316 1/2 28TH ST, SNYDER, TX 79549-3710 | |
| 10924 | UBA-TEC, UMWELTEGERECHTE, BRANDSCHUTZ-UND AKUSTIK, BERLIN, GERMANY, 10245DEU | *VIA Deutsche Post* |
| 10925 | UBEROI, MOHIT, 220 W WAYFARER LN, APPLETON, WI 54915 | |
| 10924 | UC MED FAC SUPPORT/FLEET SERVICES, ROGER E. HENLEY, SACRAMENTO, CA 94203 | |
| 10924 | UC SANTA BARBARA HUMANITIES, C/O WESTSIDE BUILDING MATERIALS, SANTA BARBARA, CA 93101 | |
| 10924 | UC SANTA BARBARA, SANTA BARBARA, CA 93101 | |
| 10924 | UCAR CARBON CO., INC., MADISON AVE. & WEST 117TH STREET, LAKEWOOD, OH 44107 | |
| 10925 | UCAR CARBON COMPANY INC., POBOX 2745, COLLECTION CENTER DR, CHICAGO, IL 60693-2745 | |
| 10925 | UCAR GRAPH-TECH, BANK OF AMERICA, P.O. BOX 2745 COLLECTION CTR. DR., CHICAGO, IL 60693 | |
| 10925 | UCAR GRAPH-TECH, POBOX 2745, COLLECTION CTR DR, CHICAGO, IL 60693-2745 | |
| 10925 | U-CARE HMO, INC, PO BOX 7893, MADISON, WI 53707 | |
| 10924 | UCB CELLO INC, 6000 SE 2ND STREET, TECUMSEH, KS 66542 | |
| 10924 | UCB CELLO INC, 6000 SEW 2ND STREET, TECUMSEH, KS 66542 | |
| 10925 | UCB CHEMICALS CORP, RADCURE, ATLANTA, GA 30392-1235 | |
| 10925 | UCB CHEMICALS, RADCURE, ATLANTA, GA 30392-1235 | |
| 10924 | UCCS CAMPUS HOUSING, 1420 AUSTIN BLUFFS PARKWAY, COLORADO SPRINGS, CO 80901 | |
| 10924 | UCLA REIBER HALL, PACIFIC SPRAY-ON, LOS ANGELES, CA 90024 | |
| 10925 | UCLA, BOX 951780, LOS ANGELES, CA 90095-1780 | |
| 10924 | UCLA-STRB BUILDING, 1060 VETERAN AVE., LOS ANGELES, CA 90001 | |
| 10924 | UCO UNIVERSITY CENTER, C/O TRUE FIREPROOFING, EDMOND, OK 73034 | |
| 10924 | U-CONN CAMPUS BIOLOGY & PHYSICS BLG, AUDITORIUM ROAD, STORRS, CT 06268 | |
| 10924 | U-CONN HEALTH CENTER ARB, 263 FARMINGTON AVE, FARMINGTON, CT 06030 | |
| 10924 | UCONN MUSIC DRAMA BUILDING, CORNER RT 195 & MANSFIELD AVENUE, STORRS, CT 06268 | |
| 10924 | U-CONN NEW SCHOOL OF BUSINESS, HILLSIDE AVENUE, STORRS, CT 06269 | |
| 10924 | U-CONN SOUTH CAMPUS, 602 GILBERT ROAD, STORRS, CT 06268 | |
| 10924 | U-CONN.-SOUTH CAMPUS, 602 GILBERT ROAD, STORRS, CT 06268 | |
| 10924 | UCR INC., 826 E. SUMNER AVENUE, INDIANAPOLIS, IN 46227 | |
| 10924 | UCSB, MARIK DRYWALL, SANTA BARBARA, CA 93101 | |
| 10925 | UDAN, MERLEEN, 2218 RANDI ROAD, ROWLETT, TX 75088 | |
| 10925 | UDICK, GEORGIANA, 1448 E. MONOPOLY LOOP, INVERNESS, FL 34453 | |
| 10925 | UDOFF, EZRA, 6726 CHOKEBERRY RD, PIKESVILLE, MD 21209 | |
| 10925 | UDOT/ROCKY MOUNTAIN CONCRETE, 4885 SOUTH 900 EAST SUITE 201, SALT LAKE CITY, UT 84117 | |
| 10925 | UDRY, SANDRA, 303 CLOVERDALE LANE, SIMPSONVILLE, SC 29681 | |
| 10924 | UDS/COLORADO REFINING, 5800 BRIGHTON BLVD., COMMERCE CITY, CO 80022 | |
| 10925 | UDVARI, EMERY J, 3814 S. BAHAMA ST., AURORA, CO 80013 | |
| 10925 | UDVARI, EMERY, 3814 S BAHAMA ST, AURORA, CO 80013 | |
| 10925 | UEBELHOR, SHAUN, 1473 VILLAGE VIEW ROAD, ENCINITAS, CA 92024 | |
| 10925 | UEC LABORATORIES, 4000 TECH. CENTER DR., MONROEVILLE, PA 15146 | |
| 10925 | UELNER, ROY W, 2775 WOODBRIDGE CT, BROOKFIELD, WI 53005-3640 | |
| 10925 | UETLLC, PO BOX 15552, YORK, PA 17405-0552 | |
| 10925 | UEXKULL & STOLBERG, BESELERSTRASSE 4, D-22607 HAMBURG, HAMBURG 52, GERMANY | *VIA Deutsche Post* |
| 10925 | UEXKULL & STOLBERG, BESELERSTRASSE 4, HAMBURG, 22607GERMANY | *VIA Deutsche Post* |
| 10925 | UEZU, CARMEN, FLOWER RES 701 2-14-6 IMADO DAITO-KU, TOKYO 11, JAPAN | *VIA Deutsche Post* |
| 10924 | UFAC (USA) INC., 8479 U.S. 19 SOUTH, BACONTON, GA 31716 | |
| 10924 | UFAC (USA) INC., PO BOX 189, BACONTON, GA 31716 | |
| 10925 | UFAC, PO BOX 89402, CLEVELAND, OH 44101-6402 | |
| 10925 | UFAC, PO BOX 89402, CLEVELAND, OH 44101-9402 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | UFNER, MICHAEL, 250 MOORE RD, RENFREW, PA 16053 | |
| 10925 | UHAI PUBLISHING, INC, 1731 HELDERBERG TRAIL, BERNE, NY 12023 | |
| 10925 | U-HAUL INTERNATIONAL, INC, POBOX 52128, PHOENIX, AZ 85072-2128 | |
| 10925 | UHL, AMY, BOX 5286 UNIVERSITY STA, CLEMSON, SC 29632 | |
| 10925 | UHL, EDWARD, 3009 MONROE AVE, JOPLIN, MO 64804 | |
| 10925 | UHL, TAD, 25008 SARGASSO CT, NEWHALL, CA 91381 | |
| 10925 | UHLE, FRANK, 5026 WATER OAK DR, BRADENTON, FL 34207 | |
| 10925 | UHRDEN, INC, 750 EDELWEISS DR. NE, PO BOX 705, SUGARCREEK, OH 44681-0705 | |
| 10925 | UHRDEN, INC, PO BOX 506, SUGARCREEK, OH 44681 | |
| 10925 | UHRICK, ANTHONY, 312 S 8TH AVE, LAGRANGE, IL 60525 | |
| 10925 | UHRIN, DENISE M, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | UHRIN, DENISE, 505 NEWBERRY COURT, JOPPATOWNE, MD 21085 | |
| 10925 | UHTHOFF GOMEZ VEGA & UHTHOFF SC, HAMBURGO 260, MEXICO DF, 06600MEXICO | *VIA Deutsche Post* |
| 10925 | UHTHOFF GOMEZ-VEGA &, HAMBURGO NO 260, APARTADO POSTAL M-2059, MEXICO D F, 06600MEXICO | *VIA Deutsche Post* |
| 10925 | UHTHOFF, GOMEZ VEGA & UHTHOFF,SC, PMB 83-366, SAN DIEGO, CA 92154 | |
| 10925 | UHTHOFF,GOMEZ VEGA & UHTHOFF,SC, APARTADO POSTAL M-2059, MEXICO DF, 06600MEXICO | *VIA Deutsche Post* |
| 10924 | UIC AMBULATORY CARE, C/O WILKIN INSULATION, TAYLOR & WOOD STREET, CHICAGO, IL 60612 | |
| 10924 | UIC, INC., 1225 CHANNAHON ROAD, JOLIET, IL 60436 | |
| 10924 | UIC, INC., PO BOX863, JOLIET, IL 60434-0863 | |
| 10925 | UK DATA LTD, 32 HIGH ST, SURREY, GREAT BROOKHAM, KT23 4AXUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | UKEN, DOROTHY, 108 SMITH ST, S PLAINFIELD, NJ 07080 | |
| 10924 | ULANO CORPORATION, 594 DEAN STREET, BROOKLYN, NY 11238 | |
| 10925 | ULANO, HARVEY, 2640 NW COLLINS, STUART, FL 34994 | |
| 10925 | ULATE, STUART, 516 E. 56TH ST., ODESSA, TX 79762 | |
| 10925 | ULERIO, JUAN, 106 BEAUMONT PLACE, NEWARK, NJ 07104 | |
| 10925 | ULERY JR, EARL CLINTON, 729 E S F ST, GAS CITY, IN 46933-2050 | |
| 10925 | ULETT, MICHELLE, 1637 SE BERKSH BLVD, PORT ST. LUCIE, FL 34952 | |
| 10925 | ULIANO, JOSEPH, 7 TRUDY TERRACE, CANTON, MA 02021 | |
| 10925 | ULIANO, PETER, 10 KENNETH RD, NORTH EASTON, MA 02356-1005 | |
| 10925 | ULIANO, WILLIAM, 7 TRUDY TER, CANTON, MA 02021 | |
| 10925 | ULIEME, TRACY, 421 DOWDERHORN RD, ST MARYS, GA 31588 | |
| 10925 | ULINE INC, 2200 S LAKESIDE DR, WAUKEGAN, IL 60085 | |
| 10925 | ULINE, 2200 S LAKESIDE DR, WAUKEGAN, IL 60085 | |
| 10925 | ULINE, 2200 S. LAKESIDE DR-ACCCOUNTS REC., WAUKEGAN, IL 60085 | |
| 10925 | ULINE, PO BOX 460, LAKE BLUFF, IL 60044 | |
| 10925 | ULINE, PO BOX 568, LAKE BLUFF, IL 60044 | |
| 10925 | ULISSE, SUSAN, 16 VALLEY STREAM DRIVE, CUMBERLAND, RI 02864 | |
| 10925 | ULITA, RODOLFO, 166 ELM AVE, WOODLYNNE, NJ 08107 | |
| 10924 | ULITIMATE EXTERIORS INC, 513 SOUTH MILL ST, NEW CASTLE, PA 16101 | |
| 10925 | ULIVARRI, RONALD, 4815 WYANDOT, DENVER, CO 80221 | |
| 10925 | ULJANEC, BARBARA, S68 W25355 LONGVIEW DR, WAUKESHA, WI 53186 | |
| 10925 | ULLMAN, JOSEPHINE, 4628 N. WINCHESTER, CHICAGO, IL 60648 | |
| 10925 | ULLOA, ALFONSO, 2418 EMMETT, DALLAS, TX 75211 | |
| 10925 | ULLOA, BLANCA, 461 N ARMSTEAD #9, ALEXANDRIA, VA 22209 | |
| 10925 | ULLOA, JUAN, 4207 MERIDITH, 205, DALLAS, TX 75211 | |
| 10925 | ULLOA, RIGOBERTO, 3916 MEREDITH, DALLAS, TX 75211 | |
| 10925 | ULLOA, RUBEN, 1078 ADASON DR., SAN LEANDRO, CA 94578 | |
| 10925 | ULLRICH, ROBERT, 5876 N 70TH ST, MILWAUKEE, WI 53218 | |
| 10925 | ULMER, HILLMAN & BURNETT, 63 SOUTH ROYAL ST, MOBILE, AL 36602 | |
| 10925 | ULMER, JENNIFER, 2191 PAINTED POST, FLUSHING, MI 48433 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ULMER, RANCE N, PO BOX 1, BAY SPRINGS, MS 39422-0001 | |
| 10925 | ULMO, JANE, 223 SANDLEWOOD TRAIL, WINTER PARK, FL 32789 | |
| 10925 | ULREY, SUSAN, 7140 SEVEN OAKS DR, INDIANAPOLIS, IN 46236 | |
| 10924 | ULRICH CHEMICAL INC., 1400 LOCK PORT RD, TERRE HAUTE, IN 47802 | |
| 10924 | ULRICH CHEMICAL, 3111 NO.POST RD, INDIANAPOLIS, IN 46226 | |
| 10924 | ULRICH CHEMICAL, 3111 NORTH POST ROAD, INDIANAPOLIS, IN 46226 | |
| 10924 | ULRICH CHEMICAL, INC., 1400 LOCK PORT RD., TERRE HAUTE, IN 47802 | |
| 10924 | ULRICH CHEMICAL, INC., 3111 NORTH POST ROAD, INDIANAPOLIS, IN 46226 | |
| 10925 | ULRICH, BARBARA, 8361 ROYAL PALM BLVD, CORAL SPRINGS, FL 33065 | |
| 10925 | ULRICH, BOBBY, 200 COGGINS RD, WOODRUFF, SC 29388 | |
| 10925 | ULRICH, CAROL, 81 ANDREA DRIVE, BERNVILLE, PA 19506 | |
| 10925 | ULRICH, CHRISTOPHER, 16 DENDY ST, PELZER, SC 29669 | |
| 10925 | ULRICH, CRAIG, 513 EAST LINDEN ST, FLEETWOOD, PA 19522 | |
| 10925 | ULRICH, DAVID, 8 HIGH MEADOW TRAIL, PEEKSKILL, NY 10566 | |
| 10925 | ULRICH, ELIZABETH, 3303S GRAPE WAY, DENVER, CO 80222 | |
| 10925 | ULRICH, RICKY, 81 ANDREA DRIVE, BERNVILLE, PA 19506 | |
| 10925 | ULRICH, TIMOTHY, 3231 SOUTHWEST DR, WICHITA FALLS, TX 76305 | |
| 10925 | ULSAMER, JAMES, 7314 MUSSELBURG CT, CHARLOTTE, NC 28277 | |
| 10925 | ULSH, DOUGLAS, 104 ECHO AVE, FRIENDSWOOD, TX 77546 | |
| 10925 | ULSTER UNIFORM SVC, 541-545 BROADWAY, KINGSTON, NY 12401 | |
| 10925 | ULTIMA TROPHIES & AWARDS, 4462 ROCKBRIDGE ROAD, STONE MOUNTAIN, GA 30083 | |
| 10925 | ULTIMATE OFFICE, PO BOX 688, FARMINGDALE, NJ 07727-0688 | |
| 10925 | ULTIMATE PRESENTATION SYSTEMS, 901 S HOHOKAM DR, TEMPE, AZ 85281 | |
| 10924 | ULTIMATE PRODUCT CO, 2402 JOHN SMITH ROAD, FAYETTEVILLE, NC 28306 | |
| 10924 | ULTIMATE PRODUCT CO, 5612 WIGGINS DRIVE, FAYETTEVILLE, NC 28306 | |
| 10925 | ULTIMATE SOUND, THE, 111 COLLINS ST, LYNN, MA 01902 | |
| 10924 | ULTIMATE WINDOWS, INC., 110 CHELSEA STREET, EVERETT, MA 02149 | |
| 10924 | ULTITEX TEXTILVEREDLUNG, WEYERHOFSTRASSE, GERMANY, 99999DEU | *VIA Deutsche Post* |
| 10925 | ULTRA ADDITIVES INC, POBOX 23827, NEWARK, NJ 07189-0827 | |
| 10924 | ULTRA AIR PRODUCTS, 3309 JOHN CONLEY DRIVE, LAPEER, MI 48446 | |
| 10924 | ULTRA BRAKE CO., CAMBRIDGE, MA 02140 | |
| 10925 | ULTRA COLOR LAB, 24 BRIDGE ST, WATERTOWN, MA 02472-4830 | |
| 10924 | ULTRA FLEX INC., 975 ESSEX ST, BROOKLYN, NY 11208 | |
| 10924 | ULTRA INDUSTRIES DIVISION, 20035 EAST WALNUT DRIVE, WALNUT, CA 91789 | |
| 10924 | ULTRA INDUSTRIES DIVISION, ATTN: AARON CLAYBAUGH, PO BOX25188, OKLAHOMA CITY, OK 73125 | |
| 10925 | ULTRA INDUSTRIES, INC, 1908 DEKOVEN AVE, RACINE, WI 53403 | |
| 10925 | ULTRA INDUSTRIES, PO BOX 4779, CHATTANOOGA, TN 37405 | |
| 10925 | ULTRA ODOR GONE INTERNATIONAL, PO BOX 552, MOUNT PLEASANT, MI 48804-0552 | |
| 10924 | ULTRA QUIET FLOORS, ATTN:  ACCOUNTS PAYABLE, LINCOLN CITY, OR 97367 | |
| 10924 | ULTRA QUIET FLOORS, CAMBRIDGE, MA 02140 | |
| 10925 | ULTRA RIBBONS, INC, 21621 NORDHOFF ST., CHATSWORTH, CA 91311 | |
| 10925 | ULTRA-CHEM INC, 1310 OLD BAYSHORE HWY, SAN JOSE, CA 95112 | |
| 10924 | ULTRAMAR DIAMOND SHAMROCK CORP. - A, 2402 E. ANAHEIM STREET, WILMINGTON, CA 90744 | |
| 10924 | ULTRAMAR DIAMOND SHAMROCK CORP., 2402 E. ANAHEIM STREET, WILMINGTON, CA 90744 | |
| 10924 | ULTRAMAR DIAMOND SHAMROCK CORP., EAST HOPPER, ARDMORE, OK 73401 | |
| 10925 | ULTRAMAR DIAMOND SHAMROCK CORP., PO BOX 696000, SAN ANTONIO, TX 78269-6000 | |
| 10924 | ULTRAMAR DIAMOND SHAMROCK CORP., PO BOX 9, ARDMORE, OK 73401 | |
| 10924 | ULTRAMAR DIAMOND SHAMROCK CORP., TANK 61-V-1 EAST PLANT, 2402 E. ANAHEIM STREET, WILMINGTON, CA 90744 | |
| 10924 | ULTRAMAR DIAMOND SHAMROCK, INC., 301 LEROY, THREE RIVERS, TX 78071 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  ULTRAMAR DIAMOND SHAMROCK, INC., EAST SUPERIOR STREET, ALMA, MI 48801

10924  ULTRAMAR DIAMOND SHAMROCK, INC., FM 119, SUNRAY, TX 79086

10924  ULTRAMAR DIAMOND SHAMROCK, INC., MCKEE PLANT, ROUTE 1, SUNRAY, TX 79086

10924  ULTRAMAR DIAMOND SHAMROCK, INC., PO BOX 690127, SAN ANTONIO, TX 78269-0127

10924  ULTRAMAR DIAMOND SHAMROCK, PO BOX 696000, SAN ANTONIO, TX 78269-6000

10924  ULTRAMAR I & E SHOP, 2402 E. ANAHEIM, WILMINGTON, CA 90744

10924  ULTRAMAR OIL & GAS, 16825 NORTHCHASE, HOUSTON, TX 77060

10924  ULTRAMAR, INC., AVON REFINERY, MARTINEZ, CA 94553

10924  ULTRAMAR, INC., AVON REFINERY, PO BOX 1859, MARTINEZ, CA 94553

10925  ULTRAMOTIVE CORP, POBOX 58, BETHEL, VT 05032

10925  ULTRA-NAV AVIATION INC., 2904 20TH ST, LUBBOCK, TX 79410

10924  ULTRATECH, 6032 197TH AVENUE EAST, SUMNER, WA 98390

10924  ULTREPET-LLC, 136 C FULLER ROAD, ALBANY, NY 12205

10925  ULYSSES, JEAN-CLAUDE, 121 BOOKDALE AVE 5TH FL, NEWARK, NJ 07106

10924  UM MOLECULAR & CELLULAR - MCB BLDG, 5232 GLENBROOK AVENUE, NORTH, OAKDALE, MN 55128

10925  UMA CONSULTING CORP., 76 NORTHEASTERN BLVD, NASHUA, NH 03062

10924  UMAB - PHARMACY DEPT., 20 NORTH PINE ST., ROOM #608, BALTIMORE, MD 21201

10925  UMALI, JENNIFER, 91 BRAND ST, ARLINGTON, MA 02174

10925  UMALI, RICARDO, 1150 VOYAGER LANE, ANAHEIM, CA 92801

10925  UMANZOR, OSCAR, 4303 N HENDERSON #2, ARLINGTON, VA 22203

10925  UMANZOR, VILMA, 1309 CLIFTON ST NW, T2, WASHINGTON, DC 20009

10925  UMANZOR, VILMA, 1412 CHAPIN ST NW#13, WASHINGTON, DC 20009

10925  UMAR KAREEM, 6050 W 51ST ST, CHICAGO, IL 60638

10925  UMAX COMPUTER CORPORATION, 47470 SEABRIDGE DR, FREMONT, CA 94538

10925  UMBC CONTINUING EDUCATION, 1000 HILLTOP CIRCLE, BALTIMORE, MD 21250

10925  UMBECK, PAUL, 25 EAST SPYGLASS COURT, MADISON, WI 53717

10925  UMBLEY, PATRICIA, 502 ESSEX ST, BEVERLY,, MA 01915-1539

10925  UMBRO, ROCCO, 23 EVERETT ST, EAST BOSTON, MA 02128

10925  UMC INC, GREG OTTEN, 22510 HWY 55 WEST, HAMEL, MN 55340

10925  UMELO, CHERYL, 633 14TH PLACE NE, WASHINGTON, DC 20002

10925  UMETRICS INC, 17 KIEL AVE, KINNELON, NJ 07405

10925  UMI INFORMATION STORE INC, 500 SANSOME ST, SAN FRANCISCO, CA 94111

10925  UMI INFORMATION STORE INC., PO BOX 3691, SAN FRANCISCO, CA 94119-3691

10925  UMI INFOSTORE, DEPT 77307, DETROIT, MI 48277-0304

10925  UMI INFOSTORE, POBOX 3691, SAN FRANCISCO, CA 94119-3691

10925  UMI, DEPT 77304, DETROIT, MI 48277-0304

10925  UMI, PO BOX 1346, ANN ARBOR, MI 48106-1346

10925  UMLAUF, AUGUST, PO BOX 718, LANDRUM, SC 29356

10925  UMOEFIK, NKEREUWEM, 237 VICTORIA AVE., CHARLOTTE, NC 28202

10925  UMPHREY EDDINS CARVER, 490 PARK ST, PO BOX 4905, BEAUMONT, TX 77704

10925  UMPHREY SWEARINGEN EDDINS CARVER (, 490 PARK ST, PO BOX 4905, BEAUMONT, TX 77704

10925  UMPHREY SWEARINGEN EDDINS, 4000 TWIN CITY HWY, FORT ARTHUS, TX 77643

10925  UMPHREY WILLIAMS BAILY, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX 77017

10925  UMSTEAD, BRIAN, 1241 LINDEN AVE, B, BALTIMORE, MD 21227

10924  UMTHUN TRUCKING CO., 910 SOUTH JACKSON, EAGLE GROVE, IA 50533

10925  UMWA COMBINED BENEFIT FND, BOX 371096, PITTSBURGH, PA 15251-7096

10925  UNA CLARK MARBLE, 300 VAQUERO DR, ARCADIA, CA 91007-6152

10924  UNC BEARD HALL(JM THOMPSON CONST), 306 SOUTH COLUNBIA STREET, CHAPEL HILL, NC 27514

10924  UNC CHARLOTTE CAMPUS, STUDENT ACTIVITY CENTER, CHARLOTTE, NC 28213

10924  UNC WILMINGTON, (NURC/BUCKLEY), 515 CARRIBEAN DRIVE, KEY LARGO, FL 33037

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  UNC WILMINGTON, 601 SOUTH COLLEGE ROAD, WILMINGTON, NC 28403

10924  UNCA PHYSICAL EDUCATION BUILDING, CUSTOMER PICK-UP, ASHEVILLE, NC 28800

10924  UNC-ASHVILLE, 1 UNIV. HEIGHTS BLVD., ASHEVILLE, NC 28804

10924  UNCLE AL'S PECANS, 1616 POPLAR STREET, TERRE HAUTE, IN 47807

10925  UND, BARBARA E, 61 CHILTON ST., BELMONT, MA 02478

10925  UNDERCUFFLER, BENJAMIN, 531 WEST 49TH ST, NEW YORK, NY 10019

10925  UNDERDUE, CALVIN, PO BOX 307, GARYSBURG, NC 27831

10924  UNDERGROUND HOTEL, ALABAMA & PEACHTREE STREET, ATLANTA, GA 30320

10925  UNDERGROUND UTILITY, 231 WEST BAY AVE, LONGWOOD, FL 32750-4125

10925  UNDERGROUND VAULTS & STORAGE, PO BOX 1723, HUTCHINSON, KS 67504-1723

10925  UNDERHILL, SHERYL, 1026 LEWIS FARM RD, ZEBULON, NC 27595

10925  UNDERHILL, SHIRLEY, 4701 FRANTZ COURT, WINTER PARK, FL 32792

10925  UNDERHILL, TOM, 5655 E. BLANCHARD RD., SHEPHERD, MI 48883

10924  UNDERSEA WARFARE CENTER, ANDERSON AVENUE, NEWPORT, RI 02841

10924  UNDERWATER DYNAMICS, INC., 1648 TAYLOR ROAD, DAYTONA BEACH, FL 32124

10925  UNDERWATER INTERVENTION, PO BOX 130937, HOUSTON, TX 77219

10924  UNDERWOOD BUILDERS SUP, 401 S. ROYAL ST., MOBILE, AL 36603

10924  UNDERWOOD BUILDERS SUP, P O BOX 1587, MOBILE, AL 36601

10925  UNDERWOOD HVAC INC, 4450 COMMERCE DR S W, ATLANTA, GA 30336

10924  UNDERWOOD MEMORIAL HOSPITAL, P/U TRENTON, 200 ENTERPRISE AVE., TRENTON, NJ 08638

10924  UNDERWOOD POOLS, C/O BEAVER CREEK GROCERY, FERGUSON, NC 28624

10925  UNDERWOOD, BARBARA, 2713 WINDWARD DR, GAUTIER, MS 39553

10925  UNDERWOOD, CALVIN, 164 UNDERWOOD DRIVE, WOODRUFF, SC 29388

10925  UNDERWOOD, CANDANCE, 449 TALLEY BRIDGE RD, MARIETTA, SC 29661

10925  UNDERWOOD, CAROLYN, 930 PARK ST, ST ALBANS, WV 25177

10925  UNDERWOOD, CONE, 2 CONIFER SQUARE, AUGUSTA, GA 30909

10925  UNDERWOOD, DANIEL, 3504 CUMBERLAND, WICHITA FALLS, TX 76309

10925  UNDERWOOD, JANICE, 3609 ATHENS HWY, TALMO, GA 30575

10925  UNDERWOOD, JESSIE, PO BOX 462, LUCEDALE, MS 39452

10925  UNDERWOOD, JOHN, 449 TALLEY BRIDGE ROAD, MARIETTA, SC 29661

10925  UNDERWOOD, JULIA, 8205 BRAEBURN DR., INDIANAPOLIS, IN 46219

10925  UNDERWOOD, KENNETH, 5419 TRAILWOOD DRIVE, N CHARLESTON, SC 29418

10925  UNDERWOOD, NANCY, 909 LAMP LIGHT DRIVE, GREER, SC 29650

10925  UNDERWOOD, OLLIE M, 616 WILLS AVE, DEPTFORD NJ, NJ 08096

10925  UNDERWOOD, RANDALL, 909 LAMP LIGHT DRIVE, GREER, SC 29650

10925  UNDERWOOD, RAYMOND, 1315 POPLAR ST, ATLANTIC, IA 50022

10925  UNDERWOOD, RENEE, 2000 CASTLEWAY DR., ATLANTA, GA 30345

10925  UNDERWOOD, ROBERT, PO BOX 15852, HATTIESBURG, MS 39401

10925  UNDERWOOD, RONALD, 401 13TH ST SW APT A, BIRMINGHAM, AL 35211

10925  UNDERWOOD, SHARON, 4001 PELHAM RD #97, GREER, SC 29650

10925  UNDERWRITERS LAB, PO BOX 75330, CHICAGO, IL 60675-5330

10925  UNDERWRITERS LABORATORIES INC, 333 PFINGSTEN ROAD, NORTHBROOK, IL 60062

10925  UNDERWRITERS LABORATORIES INC, PO BOX 75330, CHICAGO, IL 60675-5330

10925  UNDERWRITERS LABORATORIES INC., 333 PFINGSTEN ROAD, NORTHBROOK, IL 60062-2096

10925  UNDERWRITERS LABORATORIES OF CANADA, 7 CROUSE RD, SCARBOROUGH, ON M1R 3A9CANADA          *VIA Deutsche Post*

10925  UNDERWRITERS LABORATORIES OF, 7 CROUSE ROAD, SCARBOROUGH, ON M1R 3A9CANADA          *VIA Deutsche Post*

10924  UNDERWRITERS LABORATORIES, 333 PFINGSTEN ROAD, NORTHBROOK, IL 60062

10924  UNDERWRITERS LABORATORIES, 333 PHINGSTEN RD BLDG 5, NORTHBROOK, IL 60062

10925  UNDERWRITERS LABORATORIES, ATTN: NAFT GROUP, 333 PFINGSTEN ROAD, NORTHBROOK, IL 60062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UNDERWRITERS LABORATORIES, BILL JOY/SCOTT ST.PIERRE 4411D2, NORTHBROOK, IL 60062 | |
| 10925 | UNDERWRITERS LABORATORIES, INC, PO BOX 75330, CHICAGO, IL 60675-5330 | |
| 10925 | UNDERWRITERS, 7 CROUSE ROAD, SCARBOROUGH, ON M1R 3A9CANADA | *VIA Deutsche Post* |
| 10925 | UNGEMACH, DONALD, 3050 COLERIDGE, CLEVELANDHEIGHTS, OH 44118 | |
| 10924 | UNGER CONSTRUCTION, 12893 ALCOSTA BLVD., SAN RAMON, CA 94583 | |
| 10924 | UNGER CONSTRUCTION, 4901 COMMERCE DRIVE, BAKERSFIELD, CA 93309 | |
| 10925 | UNGER, CAROL, 345 E 80TH ST, NEW YORK, NY 10021 | |
| 10925 | UNGER, CHARLES H, 734 SEA RANCH DR, SANTA BARBARA, CA 93109-1043 | |
| 10925 | UNGER, DENNIS, 2502 SWEETBRIAR # 62, SAN ANGELO, TX 76903 | |
| 10925 | UNGER, DWAYNE, PO BOX 634, HARRISON, TN 37341 | |
| 10925 | UNGER, STEVE, 513 PORTAGE, FRIENDSWOOD, TX 77546 | |
| 10925 | UNGER, STEVEN M, 977 VIVERIDGE RUN, ALTAMONTE SPRINGS, FL 32714-1775 | |
| 10924 | UNGERER & COMPANY, 110 N. COMMERCE WAY, BETHLEHEM, PA 18017 | |
| 10924 | UNGERER & COMPANY, CAMBRIDGE, MA 02140 | |
| 10924 | UNGERER, P.O.BOX U, LINCOLN PARK, NJ 07035 | |
| 10925 | UNGERMAN & IOLA GENERAL, 2512 E 21ST ST #200, TULSA, OK 74114-1706 | |
| 10925 | UNGERMAN IOLA, 2512 E 21ST ST #200, TULSA, OK 74114-1706 | |
| 10925 | UNHOLTZ-DICKIE CORP, 6 BROOKSIDE DR, WALLINGFORD, CT 06492 | |
| 10924 | UNI LV ADMINISTRATION COMPLEX, M.J. DI BIASE, LAS VEGAS, NV 89101 | |
| 10925 | UNI, NEILS, 3651 DUNBAR COURT, FREMONT, CA 94536 | |
| 10924 | UNICAL AVILA BEACH, END OF CAVE LANDING ROAD, AVILA BEACH, CA 93424 | |
| 10925 | UNICAN CORPORATION, 4125 CHAPEL HILL BLVD., DURHAM, NC 27707 | |
| 10925 | UNICCO SERVICE COMPANY, INC, PO BOX 3935, BOSTON, MA 02241-3935 | |
| 10925 | UNICCO, PO BOX 3400, BOSTON, MA 02241-3400 | |
| 10924 | UNICHEM COATINGS, 741 TOWNSHIP ROAD, NEW RINGGOLD, PA 17960 | |
| 10924 | UNICHEM COMERCIO IMPORTACAO E EXPOR, AV. PAULISTA 509-CJ 714, SAO PAULO, 01311-000BRAZIL | *VIA Deutsche Post* |
| 10925 | UNI-CHEM CORP OF FLORIDA, PO BOX 6336, FORT LAUDERDALE, FL 33310 | |
| 10924 | UNICHEM INC., 916 W MAIN STREET, HAW RIVER, NC 27258 | |
| 10924 | UNICHEM, INC., 916 W. MAIN STREET, HAW RIVER, NC 27258 | |
| 10924 | UNICHEM, INC., PO BOX 612, HAW RIVER, NC 27258 | |
| 10925 | UNICHEMA NORTH AMERICA, PO BOX 75815, CHARLOTTE, NC 28275 | |
| 10925 | UNICO SERVICES, INC, PO BOX 887, BENICIA, CA 94510 | |
| 10924 | UNICO, 445 SOUTH STREET, MORRISTOWN, NJ 07960 | |
| 10924 | UNICOA INDUSTRIAL SUPPLY, 2224 NORTH 23RD AVENUE, PHOENIX, AZ 85009 | |
| 10924 | UNICOA INDUSTRIAL SUPPLY, 3232 E. 36TH. STREET, TUCSON, AZ 85713 | |
| 10924 | UNICOAT TECHNOLOGY, 1203 INDIANA STREET, SOUTH HOUSTON, TX 77587 | |
| 10924 | UNICOAT TECHNOLOGY, PO BOX 925, SOUTH HOUSTON, TX 77587 | |
| 10925 | UNICOL, INC, PO BOX 1699, MIAMI, FL 33168 | |
| 10925 | UNICOM SYSTEMS, INC, 15535 SAN FERNANDO MISSION BLVD., MISSION HILLS, CA 91345 | |
| 10924 | UNICOMP, 206 FAIR STREET, LACONIA, NH 03246 | |
| 10924 | UNICOMP, 61 EMERY STREET, SANFORD, ME 04073 | |
| 10925 | UNICON CONCRETE INC, 100 MEREDITH DRIVE SUITE 200-A, DURHAM, NC 27713 | |
| 10924 | UNICON CONCRETE INC., 2511 BIG BLOCK RD, MYRTLE BEACH, SC 29575 | |
| 10924 | UNICON CONCRETE INC., 2511 BIG BLOCK ROAD, MYRTLE BEACH, SC 29575 | |
| 10924 | UNICON CONCRETE INC., 3301 NEUSE BLVD., NEW BERN, NC 28561 | |
| 10924 | UNICON CONCRETE LLC, (STATESVILLE PLANT), 2289 SALISBURY ROAD, STATESVILLE, NC 28677 | |
| 10924 | UNICON CONCRETE LLC, (TAYLORSVILLE PLANT), 8TH STREET N. E., TERRELL, NC 28682 | |
| 10924 | UNICON CONCRETE LLC, HIGHWAY 150, MOORESVILLE, NC 28115 | |
| 10925 | UNICON CONCRETE, 1009 HW 57 N, LITTLE RIVER, SC 29566 | |
| 10924 | UNICON CONCRETE, 109 N. ROBERTSON STREET, CLAYTON, NC 27520 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UNICON CONCRETE, 114 SHEEP ILS RD., SUMMERVILLE, SC 29483 | |
| 10924 | UNICON CONCRETE, 1491 BROOKFORD RD., KERNERSVILLE, NC 27284 | |
| 10924 | UNICON CONCRETE, 1590 WILLIAMSON STREET, WINSTON SALEM, NC 27107 | |
| 10924 | UNICON CONCRETE, 1590 WILLIAMSON STREET, WINSTON-SALEM, NC 27107 | |
| 10924 | UNICON CONCRETE, 1915 OLD GARNER ROAD, GARNER, NC 27529 | |
| 10925 | UNICON CONCRETE, 2001 MAIN AVE S.E., HICKORY, NC 28601 | |
| 10924 | UNICON CONCRETE, 2001 MAIN AVENUE S. E., HICKORY, NC 28603 | |
| 10924 | UNICON CONCRETE, 2112 US HWY 70 E., SMITHFIELD, NC 27577 | |
| 10924 | UNICON CONCRETE, 214 S. MAIN AVENUE, MAIDEN, NC 28650 | |
| 10924 | UNICON CONCRETE, 2250 HATCHERY RD, BURLINGTON, NC 27215 | |
| 10924 | UNICON CONCRETE, 2289 SALISBURY RD., STATESVILLE, NC 28687 | |
| 10924 | UNICON CONCRETE, 2439 W CLEMMONSVILLE ROAD, CLEMMONS, NC 27012 | |
| 10924 | UNICON CONCRETE, 2463 S. AVIATION AVE., NORTH CHARLESTON, SC 29419 | |
| 10924 | UNICON CONCRETE, 2511 BIG BLOCK RD., SURFSIDE BEACH, SC 29587 | |
| 10924 | UNICON CONCRETE, 2511 BIG BLOCK ROAD, MYRTLE BEACH, SC, NC 29575 | |
| 10925 | UNICON CONCRETE, 2511 BIGBLOCK RD., MYRTLE BEACH, SC 29575 | |
| 10924 | UNICON CONCRETE, 2722 ANGIER AVENUE, DURHAM, NC 27703 | |
| 10924 | UNICON CONCRETE, 2810 GRIFFITH RD, WINSTON-SALEM, NC 27127 | |
| 10924 | UNICON CONCRETE, 3217 HWY. 9 EAST, MYRTLE BEACH, SC 29575 | |
| 10924 | UNICON CONCRETE, 406 TOMLINSON RD, HIGH POINT, NC 27260 | |
| 10924 | UNICON CONCRETE, 411 VALLEY FORGE RD., HILLSBOROUGH, NC 27278 | |
| 10924 | UNICON CONCRETE, 4451 HIGHWAY 16, DENVER, NC 28037 | |
| 10924 | UNICON CONCRETE, 5025 UNICON DR, WAKE FOREST, NC 27587 | |
| 10924 | UNICON CONCRETE, 5225 HOLLY SHELTER RD, CASTLE HAYNE, NC 28429 | |
| 10924 | UNICON CONCRETE, 560 PARK CIRCLE, HOLLY HILL, SC 29059 | |
| 10924 | UNICON CONCRETE, 633 ANGUS STREET, RURAL HALL, NC 27205 | |
| 10924 | UNICON CONCRETE, ATTENTION: ACCOUNTS PAYABLE, STATESVILLE, NC 28687 | |
| 10924 | UNICON CONCRETE, ATTENTION: ALICE-ACCTS. PAYABLE, RALEIGH, NC 27636 | |
| 10924 | UNICON CONCRETE, ATTENTION: SHEILA-A/P, CHARLESTON, SC 29419 | |
| 10924 | UNICON CONCRETE, ATTN:  ACCOUNTS PAYABLE, CLEMMONS, NC 27012-1664 | |
| 10924 | UNICON CONCRETE, ATTN: ACCOUNTS PAYABLE, COLUMBIA, SC 29250 | |
| 10924 | UNICON CONCRETE, ATTN: ACCOUNTS PAYABLE, HICKORY, NC 28603 | |
| 10924 | UNICON CONCRETE, CHAPIN PLANT, 912 CHAPIN HWY/HWY 76, IRMO, SC 29063 | |
| 10924 | UNICON CONCRETE, CONWAY PLANT, HWY 701 N, CONWAY, SC 29526 | |
| 10924 | UNICON CONCRETE, EAST 20TH STREET EXT., NEWTON, NC 28658 | |
| 10924 | UNICON CONCRETE, FAIRGROUNDS # 2, 5601 CHAPEL HILL, RALEIGH, NC 27610 | |
| 10924 | UNICON CONCRETE, GEORGETOWN PLANT, 210 RIDGE ST., GEORGETOWN, SC 29440 | |
| 10924 | UNICON CONCRETE, HWY. #9 PLANT, 1009 HWY. 57N, LITTLE RIVER, SC 29566 | |
| 10924 | UNICON CONCRETE, INC., 2511 BIG BLOCK ROAD, MYRTLE BEACH, SC 29575 | |
| 10924 | UNICON CONCRETE, KEY RD. PLANT, 1400 KEY RD., COLUMBIA, SC 29201 | |
| 10924 | UNICON CONCRETE, LEXINGTON PLANT, 158 INDUSTRIAL DR., LEXINGTON, SC 29072 | |
| 10924 | UNICON CONCRETE, LLC, 325 EAST HEBRON STREET, CHARLOTTE, NC 28273 | |
| 10924 | UNICON CONCRETE, OCEAN ISLE PLANT, 1577 LOBLOLLY LANE, OCEAN ISLE BEACH, NC 28469 | |
| 10924 | UNICON CONCRETE, PEARLSTINE DRIVE, RIDGELAND, SC 29936 | |
| 10925 | UNICON CONCRETE, PO BOX 62289, N.CHARLESTON, SC 29419-2289 | |
| 10924 | UNICON CONCRETE, PO BOX12187, NEW BERN, NC 28561 | |
| 10924 | UNICON CONCRETE, ROUTE 1 BOX 145 BC, PEARLSTEIN DRIVE, RIDGELAND, SC 29936 | |
| 10924 | UNICON CONCRETE, TWO NOTCH PLANT, 9624 MILL FIELD RD., COLUMBIA, SC 29223 | |
| 10924 | UNICON CONCRETE-CHARLESTON, ATTN: ACCOUNTS PAYABLE, NORTH CHARLESTON, SC 29419 | |
| 10924 | UNICON CONCRETE-COLUMBIA, ATTN: ACCOUNTS PAYABLE, COLUMBIA, SC 29250 | |
| 10924 | UNICON CONCRETE-MYRTLE BEACH, ATTN: ACCOUNTS PAYABLE, MYRTLE BEACH, SC 29588 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   UNICON CONCRETE-NC, ATTN:  ACCOUNTS PAYABLE, WINSTON SALEM, NC 27117-2397

10924   UNICON CONCRETE-RALEIGH, ATTN: ACCOUNTS PAYABLE, RALEIGH, NC 27636

10924   UNICON INC.-SC, 2511 BIG BLOCK RD, MYRTLE BEACH, SC 29575

10924   UNICON INC-SC, 2511 BIG BLOCK ROAD, MYRTLE BEACH, SC 29575

10924   UNICON TRI COUNTY, 2463 S. AVIATION AVENUE, NORTH CHARLESTON, SC 29419

10925   UNICOR FEDERAL PRISON INDUSTRIES, HWY 698, FAIRTON, NJ 08320

10925   UNICORE CHEMICAL, 500 E. REMINGTON ROAD SUITE 300, SCHAUMBURG, IL 60173

10924   UNICORN PARK, 500 UNICORN PARK DRIVE, WOBURN, MA 01801

10925   UNICORN TRANSPORTATION INC, POBOX 28772, BALTIMORE, MD 21240

10925   UNICORN TRANSPORTATION, PO BOX 28772, BALTIMORE WASHINGTON INTE, MD 21240

10924   UNIDENTIFIABLE CASH, 62 WHITTEMORE AVE, BOSTON, MA 02140

10924   UNIDENTIFIED CASH - CONTAINER, 62 WHITTEMORE STREET, CAMBRIDGE, MA 02140

10924   UNIDENTIFIED CASH, THIS IS A CASH CUSTOMER, CAMBRIDGE, MA 02140

10924   UNIDENTIFIED CASH-GRACE CONST. PROD, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140

10924   UNIDENTIFIED CASH-GRACE DAVISON, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   UNIDEX GROUP, INC, 797 GLENN AVE., WHEELING, IL 60090

10924   UNIFIED CHEMICAL, INC, 266 HAMER ROAD, OWENS CROSS ROADS, AL 35763

10925   UNIFIELD NATURAL GAS GROUP, % AMERICAN NATIONAL BANK, CHICAGO, IL 60678-7577

10925   UNIFIELD NATURAL GAS GROUP, POBOX 97577, CHICAGO, IL 60678-7577

10925   UNIFIRST CORP, PO BOX 600, WILMINGTON, MA 01887

10925   UNIFIRST CORPORATION, 6050 WEDEKING AVE BLDG 7, EVANSVILLE, IN 47715

10925   UNIFIRST CORPORATION, 68 JONSPIN ROAD, WILMINGTON, MA 01887-1086

10925   UNIFIRST CORPORATION, INDUSTRIAL PARK DR, NASHUA, NH 03062

10925   UNIFIRST, 104 N. 14TH ST, PHOENIX, AZ 85034

10925   UNIFIRST, POBOX 600, WILMINGTON, MA 01887

10925   UNIFORM INTERMODAL INTERCHANGE, 7501 GREENWAY CENTER DR, GREENBELT, MD 20770-3514

10925   UNIFORM SOURCE, POBOX 2586, KENNER, LA 70063

10924   UNIFRAX BRASIL LTDA, 13280-00-VINHEDO-SP-BRAZIL, AVENIDA INDEPENDENCIA,        *VIA Deutsche Post*
        999999999BRAZIL

10924   UNIFRAX CORP, 360 FIRETOWER DRIBE, TONAWANDA, NY 14150

10924   UNIFRAX CORP, 54401 SMILAX ROAD, NEW CARLISLE, IN 46552

10924   UNIFRAX CORP, 54401 SMILAX ROAD, NEW CARLISLE, IN 46552-9751

10924   UNIFRAX, 3501 HYDE PARK BLVD., NIAGARA FALLS, NY 14305

10924   UNIFRAX, 360 FIRE TOWER DR., TONAWANDA, NY 14150

10924   UNIFRAX, 360 FIRETOWER DR., NORTH TONAWANDA, NY 14120

10924   UNIFRAX, 360 FIRETOWER DRIVE, TONAWANDA, NY 14150

10924   UNIFY ELECTRICAL & LIGHTING, 45-06 108TH ST., CORONA, NY 11368

10925   UNIGATE RESTAURANTS CASA BONITA INC, TACO BUENO - GEN COUNSEL, 8115 PRESTON RD,
        SUITE 800, DALLAS, TX 75225

10925   UNIGATE RESTAURANTS, 8115 PRESTON RD., SUITE 800, DALLAS, TX 75225

10924   UNIGROUP INC. WORLD HEADQUARTERS, # 1 MAYFLOWER DRIVE, FENTON, MO 63026

10925   UNILAB, PO BOX 515004, SACRAMENTO, CA 95851

10924   UNILEC-LAKESIDE DBA PRESCO, 5890C WAGON WHEEL LANE, LAKESIDE, AZ 85929

10924   UNILEC-LAKESIDE DBA PRESCO, 745 E. 9TH. ST., TUCSON, AZ 85719

10924   UNILEVER H&PC HEADQUARTER NODE*, COLUMBIA, MD 21044

10925   UNILEVER HOME & PERSONAL CARE USA, 75 MERRITT BLVD., TRUMBULL, CT 06611

10924   UNILEVER HOME PRODUCTS, (COPK), 75 MERRITT BLVD, TRUMBULL, CT 06611

10924   UNILEVER PROD. USA CO. - DO NOT USE, PO BOX 1047, JEFFERSON CITY, MO 65102

10924   UNILEVER PRODUCTS USA CO., 2900 WEST TRUMAN BLVD., JEFFERSON CITY, MO 65101

10924   UNILEVER PRODUCTS USA CO., PO BOX 1047, JEFFERSON CITY, MO 65102

10924   UNILEVER PRODUCTS, RECEIVING DEPARTMENT, 2900 WEST TRUMAN BLVD ., JEFFERSON CITY,
        MO 65101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    UNILEVER PRODUCTS, RECEIVING DEPARTMENT, 2900 WEST TRUMAN BLVD., JEFFERSON CITY, MO 65101

10924    UNILEVER, 8095 MCLARIN RD., FAIRBURN, GA 30213

10925    UNILOC INC, 2400 BARRANCA RD, IRVINE, CA 92714

10925    UNIMARK LLC, PO BOX 268988, OKLAHOMA CITY, OK 73126-8988

10925    UNIMIN CORP, PO BOX 651110, CHARLOTTE, NC 28265-1110

10925    UNIMIN CORPORATION, PO BOX 198867, ATLANTA, GA 30384-8867

10924    UNION BANK OF CALIFORNIA, C/O WESTSIDE BUILDING MATERIALS, SAN DIEGO, CA 92119

10925    UNION BANK OF SWITZERLAND, 1211 GENEVA 2 DEPOT, GENEVA, 09999SWITZERLAND    *VIA Deutsche Post*

10925    UNION BANK OF SWITZERLAND, BAHNHOFSTRASSE 45, ZURICH, 08021SWITZERLAND    *VIA Deutsche Post*

10924    UNION BANK, FIREPROOFING COATINGS, SAN DIEGO, CA 92101

10925    UNION BOOKBINDING CO INC, PO BOX 3160, FALL RIVER, MA 02722

10925    UNION CAMP CORP, POBOX 100804, ATLANTA, GA 30384

10925    UNION CAMP CORPORATION, PO BOX 100804, ATLANTA, GA 30384

10925    UNION CAMP CORPORATION, PO BOX 5497, SPARTANBURG, SC 29301

10925    UNION CAMP CORPORATION, POBOX 550850, JACKSONVILLE, FL 32255

10925    UNION CAMP, POBOX 840407, DALLAS, TX 75284-0407

10924    UNION CARBIDE AGRICULTURAL PRODUCTS, HARRIETS BLUFF ROAD EAST NEAR, WOODBINE, GA 31569

10925    UNION CARBIDE CHEMICALS & PLASTICS, PO BOX 91136, CHICAGO, IL 60693-1136

10924    UNION CARBIDE CHEMICALS CO., HIGHWAY 185, BULK WHSE, SEADRIFT, TX 77983

10925    UNION CARBIDE CHEMICALS, PO BOX 845186, DALLAS, TX 75284-5186

10925    UNION CARBIDE CORP, ARTHRU M MCCLAIN PE, 39 OLD RIDGEBURY ROAD, DANBURY, CT 06817

10924    UNION CARBIDE CORP, HWY 3142-GATE 29, (OFF OF RT. 3127), HAHNVILLE, LA 70057

10924    UNION CARBIDE CORP, PO BOX 8690, CHARLESTON, WV 25303

10925    UNION CARBIDE CORP, PO BOX 91136, CHICAGO, IL 60693-0001

10924    UNION CARBIDE CORP., PO BOX 200, TARRYTOWN, NY 10591

10925    UNION CARBIDE CORP., PO BOX 651330, CHARLOTTE, NC 28265-1330

10924    UNION CARBIDE CORP., PO BOX 8004, CHARLESTON, WV 25303

10925    UNION CARBIDE CORP., PO BOX 91136, CHICAGO, IL 60693-1136

10924    UNION CARBIDE CORP., SAW MILL RIVER ROAD AT RTE. 100C, TARRYTOWN, NY 10591

10925    UNION CARBIDE CORPORATION, 39 OLD RIDGEBURY RD., DANBURY, CT 06817-0001

10924    UNION CARBIDE CORPORATION, BUILDING 2000, 3200-3300 KANAWHA TURNPIKE, SOUTH CHARLESTON, WV 25303

10925    UNION CARBIDE CORPORATION, C/O C.T. CORP SYSTEM, 811 DALLAS AVE, HOUSTON, TX 77002

10925    UNION CARBIDE CORPORATION, CHIEF ENVIR COUNSEL, 39 OLD RIDGEBURY RD, DANBURY, CT 06817-0001

10924    UNION CARBIDE CORPORATION, HIGHWAY 146/GATE 18, TEXAS CITY, TX 77590

10924    UNION CARBIDE CORPORATION, HIGHWAY 185, PORT LAVACA, TX 77979

10924    UNION CARBIDE CORPORATION, HWY 3142-GATE 29(OFF OF RT. 3127), HAHNVILLE, LA 70057

10924    UNION CARBIDE CORPORATION, INVOICE AUDITING, 82-9, PO BOX 8004, CHARLESTON, WV 25303

10925    UNION CARBIDE CORPORATION, PO BOX 281760, ATLANTA, GA 30384

10924    UNION CARBIDE CORPORATION, PO BOX 8004, CHARLESTON, WV 25303

10924    UNION CARBIDE CORPORATION, PO BOX 8690, CHARLESTON, WV 25303

10925    UNION CARBIDE CORPORATION, PO BOX 91136, CHICAGO, IL 60693

10925    UNION CARBIDE CORPORATION, PO BOX 91136, CHICAGO, IL 60693-1136

10925    UNION CARBIDE CORPORATION, POBOX 651330, CHARLOTTE, NC 28265

10924    UNION CARBIDE CORPORATION, STAR PLANT, PO BOX 110, HAHNVILLE, LA 70057

10924    UNION CARBIDE CORPORATION, TECHNICAL CTR, 3200 KANAWHA TURNPIKE, CHARLESTON, WV 25303

10925    UNION CARBIDE SPECIALTY CHEMICALS, PO BOX 91136, CHICAGO, IL 60693-1136

10925    UNION CARBIDE, 200 PICKETT DISTRICT RD., NEW MILFORD, CT 06776

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UNION CARBIDE, 3200 KANAWHA TURNPIKE, SOUTH CHARLESTON, WV 25303 | |
| 10924 | UNION CARBIDE, 3200 KNAAWHA TURNPIKE, CHARLESTON, WV 25303 | |
| 10924 | UNION CARBIDE, FILM DELIVERY, PONCE, IT UNK | *VIA Deutsche Post* |
| 10924 | UNION CARBIDE, HIGHWAY 146, GATE 18, TEXAS CITY, TX 77590 | |
| 10925 | UNION CARBIDE, PO BOX 651330, CHARLOTTE, NC 28265-1330 | |
| 10925 | UNION CARBIDE, PO BOX 651330, CHARLOTTE, SC 28265-1330 | |
| 10924 | UNION CARBIDE, PO BOX 850, TONAWANDA, NY 14151 | |
| 10925 | UNION CARBIDE, PO BOX 91136, CHICAGO, IL 60693 | |
| 10924 | UNION CARBIDE, SUITE 202, 1290 HERCULES DRIVE, HOUSTON, TX 77058 | |
| 10925 | UNION CARBIDE/KMET ELECTRONICS CORP, MARK E GRUMMER, KIRKLAND & ELLIS, 655 15TH ST NW #1200, WASHINGTON, DC 20005 | |
| 10924 | UNION CARIBDE CORPORATION, T.W. ALEXANDRIA DRIVE, DURHAM, NC 27709 | |
| 10924 | UNION CONCRETE INC, BOX 762 MAYNARDVILLE HWY, MAYNARDVILLE, TN 37807 | |
| 10925 | UNION COUNTY FAMILY COURT, POBOX 200, UNION, SC 29379 | |
| 10924 | UNION COUNTY RECREATIONAL FACILITY, CAMBRIDGE, MA 99999 | |
| 10924 | UNION COUNTY RECREATIONAL FACILITY, UNION, SC 29379 | |
| 10925 | UNION ELECTRIC COMPANY, POBOX 66529, SAINT LOUIS, MO 63166-6529 | |
| 10924 | UNION ELECTRIC D/B/A AMEREN-UE, 12121 DORSETT ROAD, MARYLAND HEIGHTS, MO 63043 | |
| 10924 | UNION ELECTRIC D/B/A AMEREN-UE, PO BOX 66891, SAINT LOUIS, MO 63166-6892 | |
| 10924 | UNION ELECTRIC, PO BOX 66891, SAINT LOUIS, MO 63166-6891 | |
| 10924 | UNION ELEMENTARY SCHOOL, 6701 UNION AVE, CLEVELAND, OH 44105 | |
| 10925 | UNION GEAR & SPROCKET, 111 PENN ST, QUINCY, MA 02269 | |
| 10924 | UNION HIGH SCHOOL, 6636 SOUTH MINGO ROAD, TULSA, OK 74133 | |
| 10925 | UNION HILL APARTMENT COMPLEX, 100 EAST 28TH TERRACE, KANSAS CITY, MO 64108 | |
| 10925 | UNION LEAGUE CLUB, THE, 38 EAST 37TH ST, NEW YORK, NY 10016 | |
| 10925 | UNION LIGHT HEAT & POWER C, THE, DEPT 282, CINCINNATI, OH 45274-0282 | |
| 10925 | UNION LIGHT HEAT & POWER CO, THE, 107 BRENT SPENCE SQ, COVINGTON, KY 41011-1433 | |
| 10924 | UNION LUMBER CO, #1 RANDOLPH ST., NEW ALBANY, MS 38652 | |
| 10925 | UNION OIL CO OF CA INC UNOCAL, ROBERT J KING JR MANAGER SUPERFUND, | |
| 10925 | UNION OIL CORPORATION, 801 S. WESTERN AVE., LOS ANGELES, CA 90005-3302 | |
| 10925 | UNION OIL OF CALIFORNIA, 2141 ROSECRANS AVE. #4000, EL SEGUNDO, CA 90245-4746 | |
| 10925 | UNION PACIFIC EXPRESSAIR, PO BOX 14652 M, SAINT LOUIS, MO 63195 | |
| 10925 | UNION PACIFIC EXPRESSAIR, PO BOX 14652M, SAINT LOUIS, MO 63195 | |
| 10924 | UNION PACIFIC RAILROAD BLDG, 1416 DODGE ST, OMAHA, NE 68179 | |
| 10925 | UNION PACIFIC RAILROAD CO, PAUL A CONLEY JR ASST VP LAW, | |
| 10925 | UNION PACIFIC RAILROAD COMPANY, PO BOX 3480, OMAHA, NE 68103-0480 | |
| 10925 | UNION PACIFIC RAILROAD, 1416 DODGE ST. ROOM 900, OMAHA, NE 68179 | |
| 10925 | UNION PACIFIC RAILROAD, PO BOX 3705, OMAHA, NE 68103-0705 | |
| 10925 | UNION PACIFIC RAILROAD, PO BOX 71173, CHICAGO, IL 60694 | |
| 10925 | UNION PACIFIC RAILROAD, PO BOX 843465, DALLAS, TX 75284 | |
| 10925 | UNION PACIFIC RAILROAD, PO BOX 843465, DALLAS, TX 75284-3465 | |
| 10925 | UNION PACIFIC RAILROAD, POBOX 502453, SAINT LOUIS, MO 63150-2453 | |
| 10925 | UNION PACIFIC RAIROAD CO, SUZANNE ECHEVARRIA, 808 TRAVLS SUITE 620, HOUSTON, TX 07002 | |
| 10925 | UNION PACIFIC RESOURCES, JOSEPH A LASALA JR VICE-PRES LAW GE, | |
| 10924 | UNION PACIFIC RESOURCES, PO BOX 700, ROCK SPRINGS, WY 82902-0700 | |
| 10924 | UNION PLANTERS OFFICE BUILDING, 7130 GOODLETT FARMS ROAD, MEMPHIS, TN 38100 | |
| 10925 | UNION PROCESS CO, 1925 AKRON PENNSULA ROAD, AKRON, OH 44313 | |
| 10925 | UNION PROCESS, INC, PO BOX 75753, CLEVELAND, OH 44101-4755 | |
| 10925 | UNION PROCESS, P O BOX 75753, CLEVELAND, OH 44101-4755 | |
| 10925 | UNION PROCESS, POBOX 75753, CLEVELAND, OH 44101-4755 | |
| 10925 | UNION PUMP, 1107 S MANNHEIM RD, WESTCHESTER, IL 60153 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   UNION READY MIX, P.O. BOX 1280, SANTA MARIA, CA 93456

10924   UNION READY MIX, PO BOX1280, SANTA MARIA, CA 93456

10924   UNION READY MIX, TANK FARM ROAD, SAN LUIS OBISPO, CA 93401

10924   UNION RESCUE MISSION, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90050

10924   UNION ROOFING, HWY 66 & DIVISION STREET, CHENOA, IL 61726

10924   UNION ROOFING, HWY 66 & DIVISION, CHENOA, IL 61726

10925   UNION SERVICE INDUSTRIES, PO BOX 171374, MEMPHIS, TN 38187

10925   UNION SPECIAL, POBOX 94020, PALATINE, IL 60094-4020

10924   UNION SPECIALTIES INC., MALCOLM HOYT DRIVE, NEWBURYPORT, MA 01950

10924   UNION STATION, LOS ANGELES, CA 90001

10924   UNION STATION, WASHINGTON, DC 20042

10925   UNION SUPPLIER OF AMERICA, THE, PO BOX 684, ROSWELL, GA 30077

10925   UNION TANK CAR CO, PO BOX 91793, CHICAGO, IL 60693

10925   UNION TANK CAR CO., 111 W. JACKSON BLVD, CHICAGO, IL 60604

10925   UNION TANK CAR CO., PO BOX 91793, CHICAGO, IL 60693

10924   UNION TERMINAL, 1301 WESTERN AVENUE, CINCINNATI, OH 45200

10924   UNION TEXAS PETROLEUM, REF: PO# 003053PG, PO BOX 2120, HOUSTON, TX 77252-2120

10924   UNION TOWER, 550 W. VAN BUREN, CHICAGO, IL 60607

10924   UNIONTOWN HOSPITAL, 500 WEST BERKELEY STREET, UNIONTOWN, PA 15401

10925   UNIONWAY INTERNATIONAL CORP., 820 S GARFIELD AVE #202, ALHAMBRA, CA 91801

10925   UNIQEMA, PO BOX 751155, CHARLOTTE, NC 28275

10925   UNIQUE SALVAGE INC, 1039 NORTH LASALLE DRIVE, CHICAGO, IL 60610

10925   UNIQUE SOFTWARE SOLUTIONS INC, 1261 LAKE PLAZA DRIVE, COLORADO SPRINGS, CO 80906

10925   UNIQUE SOFTWARE SOLUTIONS, 2975 BROADMOOR VALLEY RD.,STE 200, COLORADO SPRINGS, CO 80906

10925   UNIQUE SPECIALTIES PLASTER PARTY, 4314 S. HWY. 27 #14, SULPHUR, LA 70665

10925   UNIQUE TECHNOLOGIES, INC, 10010 JUNCTION DR., STE. 118, ANNAPOLIS JUNCTION, MD 20701

10925   UNIQUE WIRE WEAVING CO INC, PO BOX 1316, CRANFORD, NJ 07016-1316

10924   UNI'REF INCORP, PO BOX 62019, SHARONVILLE, OH 45241

10924   UNIROYAL ADHESIVES, 2001 W. WASHINGTON STREET, SOUTH BEND, IN 46628

10925   UNIROYAL CHEMICAL CO., POBOX 7247-8429, PHILADELPHIA, PA 19170-8429

10925   UNIROYAL CHEMICAL COMPANY, MIDDLEBURY, CT 06749

10924   UNIROYAL CHEMICAL, 280 ELM STREET, NAUGATUCK, CT 06770

10924   UNIROYAL CHEMICAL, BUILDING 111, 280 ELM STREET, NAUGATUCK, CT 06770

10925   UNIROYAL CHEMICALS, PO BOX 7247-8429, PHILADELPHIA, PA 19170-8429

10925   UNIROYAL CORPORATION, CORPORATIONS & COMPANIES INC, TWO GREENVILLE CROSSING, SUITE 300A, WILMINGTON, DE 19807-0477

10925   UNIROYAL ENGINEERED PRODUCTS A DIVI, FRANK KRAWCEK, 501 SOUTH WATER ST PO BOX 208, STOUGHTON, WI 53589

10924   UNIROYAL ENGINEERED PRODUCTS, 501 SOUTH WATER STREET, STOUGHTON, WI 53589

10924   UNIROYAL ENGINEERED PRODUCTS, ACCTS PAYABLE, PO BOX 3896, SOUTH BEND, IN 46619

10925   UNIROYAL INC., 70 GRADE HILL ROAD, NAUGATUCK, CT 06770

10925   UNIROYAL INC., C/O DENNIS M. DUGGAN ESQ., MELISSA BAYER TEARNEY ESQ., PEABODY & BROWN, 101 FEDERAL ST, BOSTON, MA 02110

10925   UNIROYAL INC., CADES SCHUTTE FLEMING & WRIGHT, 1000 BISHOP ST. 11TH FL, HONOLULU, HI 96813

10925   UNIROYAL INC., NORTH & COBB, 401 WASHINGTON AVE., TOWSON, MD 21204

10925   UNIROYAL PLASTICS, MICHAEL BEST & FRIEDRICH CHARLES V, ONE SOUTH PINCKNEY ST, PO BOX 1806, MADISON, WI 53701-1806

10925   UNIROYAL SPECIALTY CHEMICALS, PO BOX 2049, CAROL STREAM, IL 60132-2049

10925   UNIROYAL TECH CORP, OLIVER JANNEY, 2 NORTH TAMIAMI TRAIL, SUITE 900, SARASOTA, FL 32236

10924   UNIROYAL TECHNOLOGY CORP., PO BOX 3896, SOUTH BEND, IN 46619

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   UNIROYAL TECHONOLOGY CORPORATION, ACCTS PAYABLE, TWO NORTH TAMIAMI TRAIL SUITE 900, SARASOTA, FL 34236-5568

10925   UNISCRIBE PROFESSIONAL SERVICES, 2277 RESEARCH BLVD, ROCKVILLE, MD 20850

10924   UNISEAL INC., 1014 UHLHORN STREET, EVANSVILLE, IN 47710

10924   UNISEAL INC., 1800 W. MARYLAND STREET, EVANSVILLE, IN 47712

10925   UNISOURCE - MID-ATLANTIC LOCKBOX, MID-ATLANTIC LOCKBOX, PO BOX 360100, PITTSBURGH, PA 15251-6100

10924   UNISOURCE CORP., PO BOX22248, LOS ANGELES, CA 90022

10924   UNISOURCE CORP., PO BOX9100, RENTON, WA 98057

10924   UNISOURCE CORPORATION, 5350 HAROLD GATTY DR., SALT LAKE CITY, UT 84116

10925   UNISOURCE MAINT SUPPLY SYSTEMS, FILE 55390, LOS ANGELES, CA 90074-5390

10925   UNISOURCE TECHNOLOGY, 1320 ROUTE 9, CHAMPLAIN, NY 12919

10925   UNISOURCE WORLDWIDE INC, 7568 COLLECTION CENTER DRIVE, CHICAGO, IL 60693

10925   UNISOURCE WORLDWIDE INC, NORTHEAST LOCKBOX, PO BOX 360051, PITTSBURGH, PA 15250-6051

10925   UNISOURCE WORLDWIDE INC, POBOX 360051, PITTSBURGH, PA 15250-6051

10925   UNISOURCE WORLDWIDE, 7568 COLLECTION CENTER DR, CHICAGO, IL 60693

10925   UNISOURCE WORLDWIDE, PO BOX 277608, ATLANTA, GA 30384-7608

10925   UNISOURCE, 1050 CENTRAL AVE., UNIVERSITY PARK, IL 60466

10924   UNISOURCE, 601 S. 55TH AVE., PHOENIX, AZ 85043

10925   UNISOURCE, 8261 PRESTON CT., JESSUP, MD 20794

10925   UNISOURCE, BOX NO 68-9628, MILWAUKEE, WI 53268-9628

10925   UNISOURCE, DEPT 2-1952, LOS ANGELES, CA 90088

10925   UNISOURCE, DEPT 7498, LOS ANGELES, CA 90088-7498

10925   UNISOURCE, PO BOX 102174, ATLANTA, GA 30368

10925   UNISOURCE, PO BOX 30214, HARTFORD, CT 06150

10925   UNISOURCE, PO BOX 30651, HARTFORD, CT 06150

10925   UNISOURCE, POBOX 102174, ATLANTA, GA 30347

10925   UNISOURCE, POBOX 102174, ATLANTA, GA 30368

10924   UNISOURCE-MPLS-WEST, 6610 W. BROADWAY, BROOKLYN PARK, MN 55428

10924   UNISOURCE-MPLS-WEST, PO BOX100, MINNEAPOLIS, MN 55440

10924   UNISTRESS CORP, 444 MERRIL RD, PITTSFIELD, MA 01201

10924   UNISTRESS CORP., 550 CHESIRE RD., PITTSFIELD, MA 01202

10924   UNISTRESS CORP., P.O. BOX 1145, PITTSFIELD, MA 01201

10925   UNISTRUT BALTIMORE, 9070 MAYER INDUSTRIAL PARK, BALTIMORE, MD 21203

10925   UNISTRUT CHESAPEAKE, 9070 MAIER ROAD, LAUREL, MD 20707

10925   UNISTRUT CHESAPEAKE, DEPT CH10230, PALATINE, IL 60055-0230

10925   UNISTRUT NORTHERN, DEPT CH 10230, PALATINE, IL 60055-0230

10925   UNISYS CORP, 10850 VIA FRONTERA, SAN DIEGO, CA 92127

10925   UNISYS CORP, 2255 WALNUT ST, ROSEVILLE, MN 55113

10925   UNISYS CORP, CASH MANAGEMENT, BISMARCK, ND 58502-5555

10925   UNISYS CORP, LAWRENCE A WEINBACH CHM & CEO DAVID, UNISYS WAY E8-106, BLUE BELL, PA 19424

10925   UNISYS CORP, PO BOX 5573, BISMARCK, ND 58502

10924   UNISYS/ MACS, 3199 PILOT KNOB RD. / DOCK 5, EAGAN, MN 55121

10925   UNIT SYSTEMS INC., 237 FACTORY ROAD, ADDISON, IL 60101

10924   UNITEC DISTRIBUTION PARK, 13493 PORT DR, LAREDO, TX 78041

10925   UNITECH ENGINEERING, 1496 WEST 135TH ST, GARDENA, CA 90249

10925   UNITECH QUALITY BODY & PAINT, 2429 CONNECTICUT AVE, KENNER, LA 70062

10925   UNITED AIR SPECIALISTS INC, SOUTHERN CALIFORNIA, 1121 NO KRAEMER PLAZA, ANAHEIM, CA 92806-1923

10924   UNITED AIRLINE, ALL SEASONS, MODESTO, CA 95354

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | UNITED AIRLINES  (LAX), 600 WORLD WAY WEST, LOS ANGELES, CA 90050 | |
| 10924 | UNITED AIRLINES - S.F. AIRPORT, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101 | |
| 10924 | UNITED AIRLINES MAINTENANCE BLDG., C/O HAWAII PACIFIC INTERNATIONAL, HEGENBERGER RD., OAKLAND, CA 94601 | |
| 10924 | UNITED AIRLINES RED CARPET CLUB, CHICAGO, IL 60606 | |
| 10924 | UNITED AIRLINES RED CARPET CLUB, NEWARK AIRPORT, NEWARK, NJ 07100 | |
| 10925 | UNITED AIRLINES RED CARPET CLUB, PO BOX 92880, LOS ANGELES, CA 90009-9900 | |
| 10924 | UNITED AIRLINES, ACCOUNTS PAYABLE, WHQAZ, PO BOX 66231, CHICAGO, IL 60666 | |
| 10924 | UNITED AIRLINES, ALL SEASONS, SAN FRANCISCO, CA 94101 | |
| 10924 | UNITED AIRLINES, INSUL ACCOUSTICS, LOS ANGELES, CA 90001 | |
| 10924 | UNITED AIRLINES, RT. 62 & LEEMONS STREET, MOUNT PROSPECT, IL 60056 | |
| 10924 | UNITED ALUMINUM CORPORATION, 100 UNITED DRIVE, NORTH HAVEN, CT 06473 | |
| 10925 | UNITED AMERICAN REPORTING, 2414 NORTH AKARD SUITE 600, DALLAS, TX 75201 | |
| 10925 | UNITED AMERICAN VETERANS, 5225 CANYON CREST DR,STE 71-446, RIVERSIDE, CA 92507 | |
| 10925 | UNITED ARAB AGENCIES, 401 E PRATT ST, STE 1355, BALTIMORE, MD 21202 | |
| 10925 | UNITED ARAB EMIRATES, 1255 22ND ST NW #700, WASHINGTON, DC 20037 | |
| 10924 | UNITED ARTIST THEATERS, CORNER OF HAGGERTY & 14. MILE RD., FARMINGTON, MI 48334 | |
| 10924 | UNITED ARTIST THEATERS, SPRAY ON SERVICES, ELK GROVE, CA 95624 | |
| 10924 | UNITED ARTIST THEATRE, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | UNITED ARTISTS THEATRE, 201 SO. 2ND STREET, SAN JOSE, CA 95101 | |
| 10924 | UNITED ARTISTS, LAS VEGAS, NV 89101 | |
| 10925 | UNITED AUDIO/VIDEO GROUP, 6855 VINELAND AVE, NORTH HOLLYWOOD, CA 91605 | |
| 10925 | UNITED AVIONICS, 38 GREAT HILL ROAD, NAUGATUCK, CT 06770 | |
| 10925 | UNITED BLDG CENTERS FISH BLDG SUPP, 1102 UNITED BLDG CENTER, 1102 LUMBERSMAN TRAIL, MADISON, WI 53716 | |
| 10924 | UNITED BRICK & BLOCK, 5402 LIEN RD, MADISON, WI 53744 | |
| 10924 | UNITED BRICK & TILE, INC., 5402 KIEN ROAD, MADISON, WI 53744 | |
| 10924 | UNITED BUILDING CENTERS, 125 W. 5TH STREET, WINONA, MN 55987 | |
| 10924 | UNITED BUILDING CENTERS, 125 W. 5TH STREET, WINONA, MN 55987-0550 | |
| 10924 | UNITED BUILDING CENTERS, PO BOX5550, WINONA, MN 55987-0550 | |
| 10924 | UNITED BUILDING MATERIALS, 1509 STANLEY AVENUE, DAYTON, OH 45404 | |
| 10924 | UNITED BUILDING MATERIALS, INC., PO BOX14276, CINCINNATI, OH 45250 | |
| 10925 | UNITED BUILDING PRODUCTS, 479 JUMPERS HOLE STE 301, SEVERNA PARK, MD 21146 | |
| 10925 | UNITED BUILDING SERVICES, 7847 FLORENCE AVE STE 122, DOWNEY, CA 90240 | |
| 10924 | UNITED BUILDING SUPPLY, 1217 DALTON AVENUE, CINCINNATI, OH 45203 | |
| 10924 | UNITED BUILDING SUPPLY, 4141 NO. KEDZIE AVENUE, CHICAGO, IL 60618 | |
| 10924 | UNITED BUILDING SUPPLY, 4550 W BELMONT AVE, CHICAGO, IL 60641 | |
| 10924 | UNITED BUILDING SUPPLY, 4550 W. BELMONT AVENUE, CHICAGO, IL 60641 | |
| 10925 | UNITED BUSINESS SYSTEMS, 122 COASTLINE RD SUITE 1004, SANFORD, FL 32771 | |
| 10925 | UNITED CAN COMPANY, 300 WEST GREGER ST, OAKDALE, CA 95361 | |
| 10924 | UNITED CAN COMPANY, 300 WEST GREGER STREET, OAKDALE, CA 95361 | |
| 10924 | UNITED CAN COMPANY, PO BOX3457, HAYWARD, CA 94544 | |
| 10925 | UNITED CARE USA, 3218 MYRTLE SPRINGS RD., #2, WESTLAKE, LA 70669 | |
| 10924 | UNITED CARGO, CARGO DRIVE, CHICAGO, IL 60612 | |
| 10924 | UNITED CATALYSTS, INC, 1200 BLOCK S 11TH STREET, LOUISVILLE, KY 40210 | |
| 10924 | UNITED CATALYSTS, INC, PO BOX 32370, LOUISVILLE, KY 40232 | |
| 10925 | UNITED CATALYSTS, INC, PO BOX 97077, LOUISVILLE, KY 40297 | |
| 10924 | UNITED CATALYSTS, INC., 4900 CRITTENDEN DRIVE - GATE 1, LOUISVILLE, KY 40209 | |
| 10924 | UNITED CATALYSTS, INC., PO BOX 32370, LOUISVILLE, KY 40232 | |
| 10925 | UNITED CHEMICAL TECHNOLOGIES INC, 2731 BARTRAM ROAD, BRISTOL, PA 19007 | |
| 10925 | UNITED CITIES GAS CO, PO BOX 660647, DALLAS, TX 75266-0647 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  UNITED CITIES GAS CO, POBOX 305162, NASHVILLE, TN 37230-5162

10925  UNITED CLAYS INC., 7003 CHADWICK DRIVE SUITE 100, BRENTWOOD, TN 37027

10925  UNITED COM. CAPITAL CORP., 6608 JOY RD., EAST SYRACUSE, NY 13057

10925  UNITED COMMUNICATIONS GROUP, 11300 ROCKVILLE PIKE, ROCKVILLE, MD 20852-3030

10924  UNITED COMPUTER SUPPLIERS, 2800 CARL STREET, ELK GROVE VILLAGE, IL 60007

10925  UNITED CONCRETE INC, 105 BMC DR, ELK RUN HEIGHTS, IA 50707-2087

10924  UNITED CONCRETE INC., 3140 WEST SHAULIS RD, WATERLOO, IA 50701

10924  UNITED CONCRETE PIPE, P.O. BOX 429, BALDWIN PARK, CA 91706

10924  UNITED CONCRETE PROD INC, 173 CHURCH ST, YALESVILLE, CT 06492

10924  UNITED CONCRETE PRODUCTS, 12305 CONWAY RD., BELTSVILLE, MD 20705

10924  UNITED CONCRETE PRODUCTS, 12335 ACTON LANE, WALDORF, MD 20601

10924  UNITED CONCRETE PRODUCTS, 173 CHURCH ST., YALESVILLE, CT 06492

10924  UNITED CONCRETE PRODUCTS, 5703 URBANA PIKE, FREDERICK, MD 21701

10924  UNITED CONCRETE PRODUCTS, PO BOX676, FREDERICK, MD 21705

10924  UNITED CONCRETE, INC, 3140 W SHAULIS ROAD, WATERLOO, IA 50701

10925  UNITED DAIRY MACHINE CORP., PO BOX 257, BUFFALO, NY 14224

10925  UNITED DAIRY MACHINERY CORP., PO BOX 257, BUFFALO, NY 14224

10924  UNITED DAIRY, STRATIFORM, PHOENIX, AZ 85000

10925  UNITED DISTILLERS MANUFACTURING INC, JONATHAN KAMISAR ASST SECRETAR,

10925  UNITED DIVERS INC, 59 WASHINGTON ST, SOMERVILLE, MA 02143

10924  UNITED ELECTRIC CONTRACTORS, 61 INTERSTATE LANE, WATERBURY, CT 06723

10925  UNITED ELECTRIC SUPPLY CO, INC, PO BOX 8500-6340, PHILADELPHIA, PA 19178-6340

10925  UNITED ELECTRIC SUPPLY CO, PO BOX 1752, WILMINGTON, DE 19899

10924  UNITED ELECTRIC SUPPLY CO, PO BOX 638, WALDORF, MD 20604

10924  UNITED ELECTRIC SUPPLY CO, WALDORD SQ. BUSINESS CENTER, WALDORF, MD 20601

10924  UNITED ELECTRIC SUPPLY CO., 1150 W. GARDEN ROAD, VINELAND, NJ 08360

10924  UNITED ELECTRIC SUPPLY CO., 1530 FAIRVIEW, SAINT LOUIS, MO 63132

10924  UNITED ELECTRIC SUPPLY CO., PO BOX 116, VINELAND, NJ 08360

10924  UNITED ELECTRIC SUPPLY, 10 BELLECOR DRIVE, NEW CASTLE, DE 19720

10924  UNITED ELECTRIC SUPPLY, 2381 PHILMONT AVENUE, HUNTINGDON VALLEY, PA 19006

10924  UNITED ELECTRIC SUPPLY, SOMERVELL INDUSTRIAL PARK, NEW CASTLE, DE 19720

10924  UNITED ELECTRIC, 1601 KNECHT AVENUE, BALTIMORE, MD 21227

10924  UNITED ELECTRIC, 4631 MIKE COLALILLO DRIVE, DULUTH, MN 55816-0125

10924  UNITED ELECTRIC, 5554 ENTERPRISE DRIVE, VIRGINIA, MN 55792

10924  UNITED ELECTRIC, 601 LAKEVIEW POINT, NEW BRIGHTON, MN 55112

10925  UNITED EMPLOYMENT ASSOCIATES, 2030 TILGHMAN ST. STE. 201, ALLENTOWN, PA 18104

10925  UNITED ENERGY DISTRIBUTORS, INC, PO BOX 6987, AIKEN, SC 29804-6987

10925  UNITED ENERGY PRODUCTS, 2139 ESPEY COURT, CROFTON, MD 21114

10925  UNITED ENERGY PRODUCTS,INC, 2139 ESPEY COURT, CROFTON, MD 21114

10925  UNITED ENGINEERING CONSULTANTS, 2310 EAST ROBINSON ST, ORLANDO, FL 32803

10925  UNITED ENGINEERING FOUNDATION, THREE PARK AVE 27TH FL, NEW YORK, NY 10016

10924  UNITED EQUIPMENT, 30500 UNION CITY BOULEVARD, UNION CITY, CA 94587

10924  UNITED FASTENER CO., INC., 25 DREXEL DRIVE, BAY SHORE, NY 11706

10925  UNITED FENCE COMPANY, 722 WEST 49TH PLACE, CHICAGO, IL 60609

10925  UNITED FENCE COMPANY, 722 WEST 49TH ST, CHICAGO, IL 60609

10924  UNITED FIREPROOFING INC., ATTN: ACCOUNTS PAYABLE, LONG VALLEY, NJ 07853

10924  UNITED FIREPROOFING, 132 W. SPRING TOWN RD., LONG VALLEY, NJ 07853

10924  UNITED FIREPROOFING, INC., 132 WEST SPRING TOWN ROAD, LONG VALLEY, NJ 07853

10925  UNITED FOAM PLASTICS, 172 EAST MAIN ST, GEORGETOWN, MA 01833

10925  UNITED FORKLIFT CORPORATION, PO BX 025710 DEPT 2, MIAMI, FL 33102-5710

10925  UNITED FORKLIFT POMPANO, 1901 NW 18TH ST, POMPANO BEACH, FL 33069

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | UNITED GILSONITE LABORATORIES, 1398 JEFFERSON AVENUE, SCRANTON, PA 18509 | |
| 10924 | UNITED GILSONITE LABORATORIES, PO BOX 70, SCRANTON, PA 18509 | |
| 10924 | UNITED GUARDIAN INC., 230 MARCUS BLVD., HAUPPAUGE, NY 11788 | |
| 10924 | UNITED GUNITE CONSTRUCTION, INC., 102 WELLAND AVE., IRVINGTON, NJ 07111 | |
| 10925 | UNITED HEALTH CARE OF NEW ENGLAND, 475 KILVERT ST, WARWICK, RI 02886 | |
| 10925 | UNITED HEALTH CARE SERVICE CORP, PO BOX 740800, ATLANTA, GA 30374-0800 | |
| 10924 | UNITED HEALTH CARE, 1105 N CHURCH STREET, CHARLOTTE, NC 28231 | |
| 10925 | UNITED HEALTH PLANS, PO BOX 689747, MILWAUKEE, WI 53268-9747 | |
| 10924 | UNITED HEALTHCARE  OPUS, 13655 RIVERPORT DRIVE NORTH, MARYLAND HEIGHTS, MO 63043 | |
| 10925 | UNITED HEALTHCARE OF NEW ENGLAND IN, PO BOX 1209, PROVIDENCE, RI 02901-1209 | |
| 10924 | UNITED HORT. SUPPLY/, WAYSIDE GARDENS, 165 COURT STREET, ROCHESTER, NY 14604 | |
| 10924 | UNITED HOSPITAL, 550 OSBORNE ROAD, FRIDLEY, MN 55432 | |
| 10924 | UNITED HOUSE OF PRAYER, 2322 BATTIES FORD RD., CHARLOTTE, NC 28216 | |
| 10925 | UNITED HVAC COMPANY,INC, 333 WEYMOUTH ST, ROCKLAND, MA 02370 | |
| 10925 | UNITED INDUSTRIAL CONSTRUCTION, 1590 S. MILWAUKEE AVE, LIBERTYVILLE, IL 60048 | |
| 10925 | UNITED INDUSTRIAL PIPING, 9740 NEAR DR, CINCINNATI, OH 45246 | |
| 10925 | UNITED INDUSTRIAL PIPING, INC, 1402 SOLUTIONS CENTER, CHICAGO, IL 60677-1004 | |
| 10925 | UNITED INDUSTRIAL SALES CO INC, 4410 GLENBROOK ROAD, WILLOUGHBY, OH 44094-8218 | |
| 10925 | UNITED INSULATION COMPANY INC., 2010 N. KERR AVE, WILMINGTON, NC 28405 | |
| 10925 | UNITED LIFT TRUCK L.P., 1100 S. 25TH ST., BELLWOOD, IL 60104 | |
| 10925 | UNITED LIFT TRUCK L.P., PO BOX 5948, CAROL STREAM, IL 60197-5948 | |
| 10925 | UNITED LIFT TRUCK, PO BOX 5948, CAROL STREAM, IL 60197-5948 | |
| 10924 | UNITED LIGHT COMPANY, 3959 FRANKFORD AVENUE, PHILADELPHIA, PA 19124 | |
| 10925 | UNITED LITHOGRAPH INC., PO BOX 145, SOMERVILLE, MA 02143 | |
| 10924 | UNITED MATERIALS L.L.C, PLANT 1 & 2, 561 PAVEMENT RD., LANCASTER, NY 14086 | |
| 10924 | UNITED MATERIALS L.L.C, PLANT 3, 2186 CORY DRIVE, SANBORN, NY 14132 | |
| 10924 | UNITED MATERIALS L.L.C, PLANT 4, 75 BANK STREET, ORCHARD PARK, NY 14127 | |
| 10924 | UNITED MATERIALS L.L.C., 561 PAVEMENT ROAD, LANCASTER, NY 14086 | |
| 10924 | UNITED MED SUPPLY-FORT WORTH, 5117 NORTHEAST PARKWAY, FORT WORTH, TX 76106 | |
| 10924 | UNITED MEDICAL CENTER, 300 E. 23RD ST., CHEYENNE, WY 82001 | |
| 10924 | UNITED MEDICAL CENTER, 300 E. 23RD, CHEYENNE, WY 82001 | |
| 10924 | UNITED MEDICAL SUPPLY, 5400 RITTMANN PLAZA, SAN ANTONIO, TX 78218 | |
| 10924 | UNITED MEDICAL SUPPLY, SUITE - 200, 12505 REED ROAD, SUGAR LAND, TX 77478 | |
| 10925 | UNITED MEDICAL TECHNOLOGIES, 9002 RED BRANCH ROAD, COLUMBIA, MD 21045 | |
| 10925 | UNITED MEDICAL TECHNOLOGIES,LLC, 9002 RED BRANCH RD., COLUMBIA, MD 21045 | |
| 10924 | UNITED METAL RECEPTACLE, 14TH & LAUREL STREETS, POTTSVILLE, PA 17901 | |
| 10924 | UNITED METHODIST CHURCH, 13720 ROE STREET, LEAWOOD, KS 66224 | |
| 10924 | UNITED METRO #7, 21001 NORTH 7TH STREET, PHOENIX, AZ 85024 | |
| 10924 | UNITED METRO MATERIALS INC, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85072 | |
| 10924 | UNITED METRO MATERIALS, 11500 W. GLENDALE AVE., GLENDALE, AZ 85307 | |
| 10924 | UNITED METRO MATERIALS, 3240 S 19TH AVE., PHOENIX, AZ 85009 | |
| 10925 | UNITED METRO MATERIALS, 701 N.44TH ST, PHOENIX, AZ 85019 | |
| 10924 | UNITED METRO MATERIALS, ATTN:  ACCOUNTS PAYABLE, CORTARO, AZ 85652 | |
| 10924 | UNITED METRO MATERIALS, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85066 | |
| 10924 | UNITED METRO MATERIALS, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85072 | |
| 10924 | UNITED METRO MATERIALS, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85082-7277 | |
| 10924 | UNITED METRO MATERIALS, FORMERLY UNION ROCK & MAT'L, PHOENIX, AZ 85072 | |
| 10924 | UNITED METRO MATERIALS, MARICOPA RD. @ GILA RIVER, GILA BEND, AZ 85337 | |
| 10924 | UNITED METRO, 1950 BULLHEAD PARKWAY, BULLHEAD CITY, AZ 86430 | |
| 10925 | UNITED NATIONS PUBLICATIO, 2 UNITED NATIONS PLAZA, NEW YORK, NY 10017 | |
| 10925 | UNITED NEGRO REVIEW MAGAZINE, 19528 VENTURA BLVD SUITE 104, TARZANA, CA 91356 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | UNITED NOTEBOOK CO., 74 PEREGRINE DRIVE, VOORHEES, NJ 08043 | |
| 10925 | UNITED OF NJ, PO BOX 4500, CARLISLE, PA 17013-0911 | |
| 10925 | UNITED OPERATIONS INC, 5005 CHESHIRE LANE N SUITE 1, PLYMOUTH, MN 55446 | |
| 10925 | UNITED P&H SUPPLY COMPANY, PO BOX 250850, MILWAUKEE, WI 53225-6514 | |
| 10924 | UNITED PAINT & CHEMICAL, 24671 TELEGRAPH ROAD, SOUTHFIELD, MI 48034 | |
| 10924 | UNITED PAINT & COATINGS, EAST 19011 CATALDO, GREENACRES, WA 99016 | |
| 10925 | UNITED PARCEL SERVICE #77, POBOX 505820, LAS VEGAS, NV 88905-5820 | |
| 10925 | UNITED PARCEL SERVICE, 11 SALT CREEK LANE, HINSDALE, IL 60521 | |
| 10925 | UNITED PARCEL SERVICE, 3075 VETERAN MEMORIAL HWY, RONKONKOMA, NY 11779 | |
| 10924 | UNITED PARCEL SERVICE, ATTN:  TERRY DUQUETTE, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10925 | UNITED PARCEL SERVICE, CALL BOX 2113, CAROLINA, PR 00984-2113 | |
| 10925 | UNITED PARCEL SERVICE, PO BOX 4980, HAGERSTOWN, MD 21747-4980 | |
| 10925 | UNITED PARCEL SERVICE, PO BOX 505820, THE LAKES, NV 88905-5820 | |
| 10925 | UNITED PARCEL SERVICE, PO BOX 630016, DALLAS, TX 75263-0016 | |
| 10925 | UNITED PARCEL SERVICE, PO BOX 85036, LOUISVILLE, KY 40285-5036 | |
| 10925 | UNITED PARCEL SERVICE, POBOX 4980, HAGERSTOWN, MD 21747-4980 | |
| 10925 | UNITED PARCEL SERVICE, POBOX 505820, LAS VEGAS, NV 88905-5820 | |
| 10925 | UNITED PARCEL SERVICE, POBOX 505820, THE LAKES, NV 88905-5820 | |
| 10925 | UNITED PARCEL SERVICE, POBOX 85036, LOUISVILLE, KY 40285-5036 | |
| 10925 | UNITED PARCEL SERVICE, PO BOX 505820, THE LAKES, NV 88905-5820 | |
| 10924 | UNITED PARK SERVICES, DBA UNITED VAULT, WHITTIER, CA 90601 | |
| 10924 | UNITED PARK SERVICES, DBA UNITED VAULT, WHITTIER, CA 90608 | |
| 10924 | UNITED PARK SERVICES, PO BOX721, WHITTIER, CA 90608 | |
| 10925 | UNITED PARK SERVICES, POBOX 721, WHITTIER, CA 90608 | |
| 10925 | UNITED PETROLEUM CORP., 4849 GREENVILLE AVE., DALLAS, TX 75206-4124 | |
| 10925 | UNITED PLASTICS FABRICATING INC., 280 ATLANTIC AVE, BOSTON, MA 02110-3303 | |
| 10924 | UNITED PLATE GLASS CO, 330 E. SUNNINGHAM STREET, BUTLER, PA 16001 | |
| 10925 | UNITED POWER CORPORATION, PO BOX 40000, DEPT 461, HARTFORD, CT 06151-0461 | |
| 10925 | UNITED POWER SERVICE INC, 817 FESSLERS PKWY, NASHVILLE, TN 37210-2902 | |
| 10925 | UNITED POWER SERVICE INC, LOCKBOX 23210, NASHVILLE, TN 37202 | |
| 10924 | UNITED PRECAST, BOX 991, MOUNT VERNON, OH 43050 | |
| 10924 | UNITED PRECAST, P.O. BOX 227, MOUNT VERNON, OH 43050 | |
| 10924 | UNITED PRECAST, ROUND HOUSE LANE, MOUNT VERNON, OH 43050 | |
| 10924 | UNITED PRECASTING CORP., PANCOAST MILL RD., BUENA, NJ 08310 | |
| 10924 | UNITED PRECASTING CORP., PO BOX647, BUENA, NJ 08310 | |
| 10925 | UNITED PRINTED CIRCUIT, 1860 SPARKMAN DR, HUNTSVILLE, AL 35816 | |
| 10924 | UNITED PROD. CORP. OF AMERICA, 200 W. SYCAMORE STREET, SAINT PAUL, MN 55117 | |
| 10924 | UNITED PROD. CORP. OF AMERICA, 9755 10TH AVENUE NORTH, PLYMOUTH, MN 55441 | |
| 10924 | UNITED PRODUCTS CO, P O BOX 493, FREMONT, NE 68025 | |
| 10925 | UNITED PRODUCTS CORP, 200 WEST SYCAMORE ST, SAINT PAUL, MN 55117 | |
| 10925 | UNITED PRODUCTS DIST, INC, 1200 68TH ST., ROSEDALE, MD 21237 | |
| 10925 | UNITED PRODUCTS DISTRIBUTORS, INC, PO BOX 64470, BALTIMORE, MD 21264-4470 | |
| 10924 | UNITED PRODUCTS, 3300 N. BROAD, FREMONT, NE 68025 | |
| 10924 | UNITED PRODUCTS, P.O. BOX 493, FREMONT, NE 68025 | |
| 10925 | UNITED RADIO INC, PO BOX 145465, CINCINNATI, OH 45271 | |
| 10924 | UNITED READY MIX CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, BALDWIN PARK, CA 91706 | |
| 10924 | UNITED READY MIX, 1 LELAND STREET, PEORIA, IL 61602 | |
| 10924 | UNITED READY MIX, 1971 CARTER ROAD, CLEVELAND, OH 44113 | |
| 10924 | UNITED READY MIX, 2201 S 2ND, PEKIN, IL 61554 | |
| 10924 | UNITED READY MIX, 94 S SANGER, PEORIA, IL 61602 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | UNITED READY MIX, 94 S. SANGER, PEORIA, IL 61602 | |
| 10924 | UNITED READY MIX, HATLEY, AMORY, MS 38821 | |
| 10924 | UNITED READY MIX, P O BOX 636, AMORY, MS 38821 | |
| 10924 | UNITED READY MIX, PO BOX 636, AMORY, MS 38821 | |
| 10924 | UNITED REDI-MIX *DO NOT USE*, 2119 RIVER ROAD, GRAND JUNCTION, CO 81503 | |
| 10924 | UNITED REDI-MIX, 618 DIKE ROAD, GRAND JUNCTION, CO 81502 | |
| 10924 | UNITED REDI-MIX, 618 DIKE ROAD, GRAND JUNCTION, CO 81503 | |
| 10924 | UNITED REDI-MIX, ATTN:  ACCOUNTS PAYABLE, 618 DIKE ROAD,, GRAND JUNCTION, CO 81502 | |
| 10924 | UNITED REFINING COMPANY, BRADLEY & DOBSON STREETS, WARREN, PA 16365 | |
| 10924 | UNITED REFINING COMPANY, F.C.C. UNIT, WARREN, PA 16365 | |
| 10924 | UNITED REFINING COMPANY, PO BOX 780, WARREN, PA 16365 | |
| 10924 | UNITED REFINING COMPANY, STRUTHERS STATION, WARREN, PA 16365 | |
| 10924 | UNITED REFRIGER. INC., 11401 ROOSEVELT BLVD., PHILADELPHIA, PA 19154 | |
| 10925 | UNITED REFRIGERATION INC, POBOX 41752, PHILADELPHIA, PA 19101 | |
| 10924 | UNITED REFRIGERATION INC., 11401 ROOSEVELT BLVD., PHILADELPHIA, PA 19154 | |
| 10924 | UNITED REFRIGERATION INC., 705 CAMP STREET, NEW ORLEANS, LA 70130-3770 | |
| 10925 | UNITED RENTAL TOOLS & EQUIP. CO INC, 1709 SULPHUR SPRING ROAD, BALTIMORE, MD 21227 | |
| 10925 | UNITED RENTALS INC, 14273 WASHINGTON AVE, SAN LEANDRO, CA 94578 | |
| 10925 | UNITED RENTALS, 225 S. FAIRBANKS ST, ADDISON, IL 60101-3168 | |
| 10924 | UNITED RENTALS, 2901 WETUMPKA HWY., MONTGOMERY, AL 36110 | |
| 10925 | UNITED RENTALS, 5 TERRI LANE, SUITE 1, BURLINGTON, NJ 08016 | |
| 10925 | UNITED RENTALS, PO BOX 100711, ATLANTA, GA 30384-0711 | |
| 10925 | UNITED RENTALS, PO BOX 100720, ATLANTA, GA 30384-0720 | |
| 10925 | UNITED RENTALS, PO BOX 19633A, NEWARK, NJ 07195-0633 | |
| 10925 | UNITED RENTALS, PO BOX 503330, SAINT LOUIS, MO 63150-3330 | |
| 10925 | UNITED RENTALS, PO BOX 51701, LOS ANGELES, CA 90051-6001 | |
| 10925 | UNITED RENTALS, PO BOX 891413, DALLAS, TX 75389-1413 | |
| 10925 | UNITED RENTALS, POBOX 2268, DUBLIN, CA 94568 | |
| 10925 | UNITED RETAILS INC., 225 SOUTH FAIRBANK ST, ADDISON, IL 60101-4233 | |
| 10924 | UNITED ROCK PRODUCTS CORP, 1245 EAST ARROW HIGHWAY, IRWINDALE, CA 91706 | |
| 10924 | UNITED ROCK PRODUCTS CORP., 1245 E. ARROW HIGHWAY, IRWINDALE, CA 91706 | |
| 10924 | UNITED ROCK PRODUCTS CORP., 1245 EAST ARROW HIGHWAY, IRWINDALE, CA 91706 | |
| 10925 | UNITED RUBBER WORKERS OF, AMERICA HOME ASSOCIATION, 570 WHITE POND DR, AKRON, OH 44320-1100 | |
| 10924 | UNITED SAFETY & ABATEMENT SY, 1201 12TH. STREET, WEST POINT, GA 31833 | |
| 10924 | UNITED SAFETY & ABATEMENT SY, 5556 56TH COMMERCE PK BLVD., TAMPA, FL 33610 | |
| 10925 | UNITED SANITARY CHEM. CORP., 1901 N. HOWARD ST., BALTIMORE, MD 21218 | |
| 10925 | UNITED SOLAR SYSTEMS, 1100 W MAPLE ROAD, TROY, MI 48084 | |
| 10925 | UNITED SOLAR, 9295 SIEMPRE VIVA ROAD, SAN DIEGO, CA 92173 | |
| 10924 | UNITED SPACE ALLIANCE, 8550 ASTRONAUT BLVD, CAPE CANAVERAL, FL 32920-4304 | |
| 10924 | UNITED SPACE ALLIANCE, BLDG K6-1547, ORLANDO, FL 32899 | |
| 10924 | UNITED SPIRIT ARENA, INDIANA AVE. & MAIN ST., LUBBOCK, TX 79409 | |
| 10925 | UNITED STATE GYPSUM CO., 125 S FRANKLIN, CHICAGO, IL 60606 | |
| 10925 | UNITED STATES - MEXICO, 400 EAST 59TH ST. #8B, NEW YORK, NY 10022 | |
| 10924 | UNITED STATES AIR FORCE ACADAMY, C/O A.C.E., BLDG #2354 US AIRFORCE ACADEMY, COLORADO SPRINGS, CO 80919 | |
| 10925 | UNITED STATES BANKRUPTCY COURT, POBOX 371008, BIRMINGHAM, AL 35237-1008 | |
| 10924 | UNITED STATES CAN CO., ACCOUNTS PAYABLE DEPT., AMERICAN & LUZERNE STREETS, PHILADELPHIA, PA 19140 | |
| 10924 | UNITED STATES CAN COMPANY, 03564-106 KENNEY PLACE, SADDLE BROOK, NJ 07662 | |
| 10924 | UNITED STATES CAN COMPANY, 1101 TODDS LANE, BALTIMORE, MD 21237 | |
| 10924 | UNITED STATES CAN COMPANY, 140 ATLANTIC DRIVE, MAITLAND, FL 32751 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | UNITED STATES CAN COMPANY, 1701 WHEELING AVE, GLEN DALE, WV 26038 | |
| 10924 | UNITED STATES CAN COMPANY, 1717 GIFFORD ROAD, ELGIN, IL 60120 | |
| 10924 | UNITED STATES CAN COMPANY, 1902 OLD BUTLER RD, NEW CASTLE, PA 16101-3137 | |
| 10924 | UNITED STATES CAN COMPANY, 264 STOFFEL DRIVE, TALLAPOOSA, GA 30176 | |
| 10924 | UNITED STATES CAN COMPANY, 35275 HIGHWAY 33, VERNALIS, CA 95385 | |
| 10924 | UNITED STATES CAN COMPANY, 400 EASTGATE DRIVE, DANVILLE, IL 61832 | |
| 10924 | UNITED STATES CAN COMPANY, 4186 PARK ROAD, BENICIA, CA 94510 | |
| 10924 | UNITED STATES CAN COMPANY, 41969 STATE ROUTE 344, COLUMBIANA, OH 44408 | |
| 10924 | UNITED STATES CAN COMPANY, 431 PRIVET ROAD, HORSHAM, PA 19044 | |
| 10924 | UNITED STATES CAN COMPANY, 5111 W. 122ND STREET, ALSIP, IL 60658 | |
| 10924 | UNITED STATES CAN COMPANY, 5650 GRACE PLACE, CITY OF COMMERCE, CA 90022 | |
| 10924 | UNITED STATES CAN COMPANY, 6301 EASTERN AVENUE, BALTIMORE, MD 21224 | |
| 10924 | UNITED STATES CAN COMPANY, 644 MYRON STREET, HUBBARD, OH 44425 | |
| 10924 | UNITED STATES CAN COMPANY, 700 E BUTTERFIELD RD, SUITE 250, LOMBARD, IL 60148 | |
| 10924 | UNITED STATES CAN COMPANY, 900 COMMERCE DRIVE, OAK BROOK, IL 60521 | |
| 10924 | UNITED STATES CAN COMPANY, AMERICAN & LUZERNE STREETS, PHILADELPHIA, PA 19140 | |
| 10925 | UNITED STATES CAN COMPANY, PO BOX 9143, BOSTON, MA 02205-9143 | |
| 10924 | UNITED STATES CAN COMPANY, PO BOX300505, FERN PARK, FL 32730 | |
| 10925 | UNITED STATES CONTAINER CORP, PO BOX 58544, VERNON, CA 90058 | |
| 10925 | UNITED STATES CONTAINER CORP., PO BOX 58544, VERNON, CA 90058 | |
| 10925 | UNITED STATES CRANE, INC, PO BOX 593290, ORLANDO, FL 32859 | |
| 10925 | UNITED STATES DEPT OF LABOR, PO BOX 25367, DENVER, CO 80225-0367 | |
| 10925 | UNITED STATES DEPT OF TREASURY, 1600 CLIFTON RD NE A46, ATLANTA, GA 30333 | |
| 10925 | UNITED STATES FILTER CORPORATION, PO BOX 360766, PITTSBURGH, PA 15250-6766 | |
| 10925 | UNITED STATES FIREPROTECTION, 28427 NORTH BALLARD UNIT H, LAKE FOREST, IL 60045 | |
| 10925 | UNITED STATES GULF CORP., PO BOX 233, STONY BROOK, NY 11790 | |
| 10925 | UNITED STATES GYPSUM BALTIMORE, 5500 QUARANTINE ROAD, BALTIMORE, MD 21226 | |
| 10924 | UNITED STATES GYPSUM CO, 125 S. FRANKLIN, CHICAGO, IL 60606 | |
| 10924 | UNITED STATES GYPSUM CO, P.O. BOX 298, SHOALS, IN 47581 | |
| 10925 | UNITED STATES GYPSUM CO, PO BOX 100, SOUTHARD, OK 73770-0100 | |
| 10924 | UNITED STATES GYPSUM CO, STATE ROUTE 650, SHOALS, IN 47581 | |
| 10924 | UNITED STATES GYPSUM CO., 1001 BUCHANAN ST., NORFOLK, VA 23523 | |
| 10924 | UNITED STATES GYPSUM CO., 1201 MAYOSHELL RD., GALENA PARK, TX 77547 | |
| 10924 | UNITED STATES GYPSUM CO., 3501 CANAL ST, EAST CHICAGO, IN 46312 | |
| 10924 | UNITED STATES GYPSUM CO., 3810 EVANS HEWES HWY., PLASTER CITY, CA 92243 | |
| 10924 | UNITED STATES GYPSUM CO., 5701 LEWIS RD., NEW ORLEANS, LA 70100 | |
| 10924 | UNITED STATES GYPSUM CO., 6825 EVERGREEN AVE., JACKSONVILLE, FL 32208 | |
| 10924 | UNITED STATES GYPSUM CO., 9306 SORENSEN, SANTA FE SPRINGS, CA 90670 | |
| 10924 | UNITED STATES GYPSUM CO., BOARD JH, SALTVILLE, VA 24370 | |
| 10924 | UNITED STATES GYPSUM CO., BOARD PLANT, GALENA PARK, TX 77547 | |
| 10924 | UNITED STATES GYPSUM CO., HWY 20 EAST, FORT DODGE, IA 50501 | |
| 10924 | UNITED STATES GYPSUM CO., HWY 24, SIGURD, UT 84657 | |
| 10924 | UNITED STATES GYPSUM CO., HWY. 34 NORTH, EMPIRE, NV 89405 | |
| 10924 | UNITED STATES GYPSUM CO., HWY.55, SHOALS, IN 47581 | |
| 10925 | UNITED STATES GYPSUM CO., INDUSTRIAL GYPSUM DIVISION, PO BOX 75749, CHICAGO, IL 60675-5749 | |
| 10924 | UNITED STATES GYPSUM CO., LAKE ST., GYPSUM, OH 43433 | |
| 10924 | UNITED STATES GYPSUM CO., PO BOX2450, EL CENTRO, CA 92244 | |
| 10924 | UNITED STATES GYPSUM CO., PO BOX4686, NORFOLK, VA 23523 | |
| 10924 | UNITED STATES GYPSUM CO., SALTVILLE, VA 24370 | |
| 10924 | UNITED STATES GYPSUM CO., SOUTHARD PLANT, SOUTHARD, OK 73770-0100 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   UNITED STATES GYPSUM COMPANY, C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST, WILMINGTON, DE 19801

10925   UNITED STATES GYPSUM COMPANY, CAREW TOWER, CINCINNATI, OH 45202

10924   UNITED STATES GYPSUM, PO BOX 156A, TARRYTOWN, NY 10591

10925   UNITED STATES GYPSUM, PO BOX 525, GALENA PARK, TX 77547

10924   UNITED STATES GYPSUM, ROUTE 2 EAST HWY 80, SWEETWATER, TX 79556

10925   UNITED STATES PATENT & TRADEMARK, ASST COMMISSIONER FOR, TRADEMARK, 2900 CRYSTAL DRIVE, ARLINGTON, VA 22202-3513

10925   UNITED STATES PLASTIC CORP., 1390 NUEBRECHT ROAD, LIMA, OH 45801-3196

10925   UNITED STATES PLASTICS CORP., 1390 NEUBRECHT ROAD, LIMA, OH 45801-3196

10925   UNITED STATES POST OFFICE, 1615 BRETT RD, NEW CASTLE, DE 19720

10925   UNITED STATES POST OFFICE, ATLANTA, ATLANTA, GA 30336-9998

10924   UNITED STATES POST OFFICE, N.W. CORNER OF IRVING RD & MANHEIM, CHICAGO, IL 60613

10925   UNITED STATES POSTAL SERVICE, 3215 NORTH WASHINGTON ST, ZELLWOOD, FL 32798

10925   UNITED STATES POSTAL SERVICE, 6606 MARSHALL BLVD, LITHONIA, GA 30058

10925   UNITED STATES POSTAL SERVICE, 6960 KOLL CENTER PKWY #307, PLEASANTON, CA 94566

10925   UNITED STATES POSTAL SERVICE, 8001 CHATHAM CENTER DR, SAVANNAH, GA 31405

10925   UNITED STATES POSTAL SERVICE, 8430 WEST BRYN MAWR AVE 3RD FLR, CHICAGO, IL 60631

10925   UNITED STATES POSTAL SERVICE, 921 MOSS ST, LAKE CHARLES, LA 70601-9998

10925   UNITED STATES POSTAL SERVICE, BOCA RATON, FL 33486

10925   UNITED STATES POSTAL SERVICE, C/O CITIBANK 0166-1615 BRETT ROAD, NEW CASTLE, DE 19720

10925   UNITED STATES POSTAL SERVICE, CMRS PBP PO BOX 0566, CAROL STREAM, IL 60132-0566

10925   UNITED STATES POSTAL SERVICE, HWY 92, ENOREE, SC 29335

10925   UNITED STATES POSTAL SERVICE, PO BOX 0566, CAROL STREAM, IL 60132-0566

10925   UNITED STATES POSTAL SERVICE, PO BOX 0575, CAROL STREAM, IL 60132

10925   UNITED STATES POSTAL SERVICE, PO BOX 0575, CAROL STREAM, IL 60132-0575

10925   UNITED STATES POSTAL SERVICE, PO BOX 504715, THE LAKES, NV 88905-4715

10925   UNITED STATES POSTAL SERVICE, PO BOX 504757, THE LAKES, NV 88905-4757

10925   UNITED STATES POSTAL SERVICE, PO BOX 504766, THE LAKES, NV 88905-4766

10925   UNITED STATES POSTAL SERVICE, PO BOX 7247-0255, PHILADELPHIA, PA 19170-0255

10925   UNITED STATES POSTAL SERVICE, PO BOX 7427-0166, PHILADELPHIA, PA 19170

10925   UNITED STATES POSTAL SERVICE, PO BOX 759, ZELLWOOD, FL 32798

10925   UNITED STATES POSTAL SERVICE, POBOX 0566, CAROL STREAM, IL 60132-0566

10925   UNITED STATES POSTAL SERVICE, POBOX 504766, THE LAKES, NV 88905-4766

10925   UNITED STATES POSTAL SERVICE, POSTMASTER, ENOREE, SC 29335-9998

10925   UNITED STATES POSTAL SERVICES, PO BOX 7247-0166, PHILADELPHIA, PA 19170-0166

10925   UNITED STATES ROOFING CORP, 1000 EAST MAIN ST, NORRISTOWN, PA 19401-4148

10925   UNITED STATES ROOFING CORP., 1000 EAST MAIN ST, NORRISTOWN, PA 19401-4148

10925   UNITED STATES SUGAR COMPANY, PO DRAWER 1207, CLEWISTON, FL 33440

10925   UNITED STATES TESTING COMPANY INC, PO BOX 102156, ATLANTA, GA 30368-0156

10925   UNITED STEEL WORKERS OF AMERICA, POBOX 98517, CHICAGO, IL 60693

10925   UNITED STEELWORKERS OF AMERICA, PO BOX 400041, PITTSBURGH, PA 15268-0041

10925   UNITED SUPPLY & DISTRIBUTING CO., 2811 SISSON ST., BALTIMORE, MD 21211

10924   UNITED TECHNOLOGIES AUTOMOTIVE, 2200 LINDEN AVENUE, ZANESVILLE, OH 43701

10924   UNITED TECHNOLOGIES CORPORATION, SOUTH AVENUE, BRIDGEPORT, CT 06602

10925   UNITED TECHNOLOGIES, 3650 WEST 200 NORTH, HUNTINGTON, IN 46750

10925   UNITED TECHNOLOGIES, 600 METCALF ROAD, SAN JOSE, CA 95138

10925   UNITED TECHNOLOGIES, CHEMICAL SYSTEMS DIV, SAN JOSE, CA 95161

10924   UNITED TECHNOLOGIES, M/S 133-63, 400 MAIN STREET, EAST HARTFORD, CT 06108

10925   UNITED TECHNOLOGIES, PO BOX 969, HUNTINGTON, IN 46750

10924   UNITED TECHNOLOGIES, RECEIVING AREA 1, 17900 BEELINE HWY., JUPITER, FL 33478

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924　UNITED TEL OF FLA, 501-AMCCORMACK STREET, LEESBURG, FL 32748

10925　UNITED TELEPHONE COMPANY, PO BOX 170002, ALTAMONTE SPRINGS, FL 32717

10925　UNITED TELEPHONE OF FLORIDA, PO BOX 30784, TAMPA, FL 33630-3784

10925　UNITED TELEPHONE OF FLORIDA, PO BOX 770339, WINTER GARDEN, FL 34777-0339

10925　UNITED TELEPHONE, PO BOX 153000, ALTAMONTE SPRINGS, FL 32715-3000

10925　UNITED TESTING SYSTEMS INC, 5171 EXCHANGE DRIVE, FLINT, MI 48507

10925　UNITED TEXTILE INC, 2225 GRANT ST, SAN LORENZO, CA 94580

10924　UNITED TOOL & STAMPING COMPANY, 2817 ENTERPRISE AVENUE, FAYETTEVILLE, NC 28306

10924　UNITED TOOL & STAMPING COMPANY, 6 ANDREWS DRIVE, WEST PATERSON, NJ 07424

10924　UNITED TRANSIT MIX, P.O. BOX 625, YARDS, WV 24605

10925　UNITED VAN LINES INC, POBOX 502597, SAINT LOUIS, MO 63150-2597

10925　UNITED WASTE MANAGEMENT & RECYCLING, 2075 A NORTH POWERLINE RD, POMPANO BEACH, FL 33069

10925　UNITED WASTE SERVICE INC, PO BOX 44066, ATLANTA, GA 30336-1066

10925　UNITED WASTE SERVICE, INC, PO BOX 44066, ATLANTA, GA 30336

10925　UNITED WASTE SYSTEMS/RTI, 49 COBBLER DR, FITCHBURG, MA 01420

10925　UNITED WATER NEW JERSEY, PO BOX 139, NEWARK, NJ 07101-0139

10925　UNITED WAY - BAY AREA, FILE #92194, SAN FRANCISCO, CA 94160-2194

10925　UNITED WAY - CRUSADE OF MERCY, 560 W LAKE ST, CHICAGO, IL 60606-1499

10925　UNITED WAY CRUSADE OF MERCY, 500 WEST LAKE ST, CHICAGO, IL 60661

10925　UNITED WAY OF AIKEN COUNTY, PO BOX 699, AIKEN, SC 29802

10925　UNITED WAY OF CENTRAL MARYLAND, PO BOX 1576, BALTIMORE, MD 21203-1576

10925　UNITED WAY OF CENTRAL MARYLAND, PO BOX 6482, BALTIMORE, MD 21264-4282

10925　UNITED WAY OF GREENVILLE COUNTY, 301 UNIVERSITY RIDGE #5300, GREENVILLE, SC 29602

10925　UNITED WAY OF GREENVILLE, 301 UNIVERSITY RIDGE#5300, GREENVILLE, SC 29601

10925　UNITED WAY OF LAURENS COUNTY, PO BOX 544, CLINTON, SC 29325-0544

10925　UNITED WAY OF MASSACHUSETTS BAY, 245 SUMMER ST SUITE 1401, BOSTON, MA 02210-1121

10925　UNITED WAY OF METRO ATLANTA, PO BOX 2692, ATLANTA, GA 30371

10925　UNITED WAY OF METRO WEST, 276 UNION AVE, CHICOPEE, MA 01021

10925　UNITED WAY OF NEW ENGLAND, PO BOX 1381, BOSTON, MA 02205-1381

10925　UNITED WAY OF OHIO VALLEY, PO BOX 705, OWENSBORO, KY 42303-0000

10925　UNITED WAY OF PALM BEACH COUNTY, 2600 QUANTUM BLVD, BOYNTON BEACH, FL 33426

10925　UNITED WAY OF PALM BEACH COUNTY, PO BOX 20809, WEST PALM BEACH, FL 33416

10925　UNITED WAY OF PIEDMONT, PO BOX 5624, SPARTANBURG, SC 29304

10925　UNITED WAY OF THE CALCASIEU AREA, 715 RYAN ST., LAKE CHARLES, LA 70601

10925　UNITED WAY OF THE NATIONAL CAPITAL, 95 M. ST , S.W., WASHINGTON, DC 20024

10925　UNITED WAY OF WHEELING, PO BOX 219, WHEELING, IL 60090

10925　UNITED WAY OF, PO BOX 1381, BOSTON, MA 02205-1381

10925　UNITED WAY, 403 PARK PLAZA DR, OWENSBORO, KY 42301

10924　UNITED WAY, C/O ALLSTATE FIREPROOFING, FORT LAUDERDALE, FL 33316

10925　UNITED WAY, PO BOX 1593, GREEN BAY, WI 54303-1593

10925　UNITED WAY, PO BOX 2692, ATLANTA, GA 30371-4601

10925　UNITED WAY, PO BOX 4027, CHATTANOOGA, TN 37405

10925　UNITED WAY, PO BOX 640676, CINCINNATI, OH 45264-0676

10925　UNITED WAYS OF EASTERN NEW ENGLAND, TWO LIBERTY SQUARE, BOSTON, MA 02109-3966

10924　UNITEK INSULATION, 2889 MOKUMOA, HONOLULU, HI 96819

10925　UNITES STATES TREASURY, 7771 WEST OAKLAND PARK BLVD, SUNRISE, FL 33351

10924　UNITRODE, 7 CONTINENTAL BOULEVARD, MERRIMACK, NH 03054

10925　UNITY HEALTH PLANS, PO BOX 689747, MILWAUKEE, WI 53268-9747

10925　UNITY HEALTH PLANS, PO BOX 88720, MILWAUKEE, WI 53288-0720

10924　UNITY HEALTH, 935 CHARTER COMMONS, SAINT LOUIS, MO 63107

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | UNITY PHYSICIAN GROUP P.C.-2, POBOX 742518, CINCINNATI, OH 45274-2518 | |
| 10925 | UNIV OF HOUSTON, A/P DEPT, HOUSTON, TX 77223-0000 | |
| 10925 | UNIV OF MARYLAND, BALTIMORE COUNTY, 1000 HILLTOP CIRCLE, RM. 302A, BALTIMORE, MD 21250-5394 | |
| 10925 | UNIV OF MIAMI SCH OF LAW, POBOX 248087, CORAL GABLES, FL 33124-0201 | |
| 10924 | UNIV OF MINN AT DULUTH MEDICAL SCH., 10 UNIVERSTIY DRIVE, DULUTH, MN 55812 | |
| 10924 | UNIV OF NEBRASKA C/O WILKIN, FOOD AND NUTRITION SERVICES, 600 SOUTH 42NC STREET, OMAHA, NE 68107 | |
| 10925 | UNIV OF TEXAS AT AUSTIN, BALCONES RES CTR BLDG 133, 10100 BURNETT ROAD, AUSTIN, TX 78758 | |
| 10925 | UNIV OF TEXAS AT AUSTIN, BRC MAIL CODE 77000, AUSTIN, TX 78712 | |
| 10924 | UNIV. OF AKRON - KNIGHT CHEMISTRY, 1985 MANCHESTER ROAD, AKRON, OH 44314 | |
| 10924 | UNIV. OF CALIF., SANTA CRUZ, NAT. SCI II 349, SANTA CRUZ, CA 95064 | |
| 10924 | UNIV. OF FLORIDA ENGINEERING CTR., CENTER DRIVE (NEXT TO BLACK HALL), GAINESVILLE, FL 32602 | |
| 10924 | UNIV. OF GEORGIA FARM PRACTICE LAB, 1070 CARLTON STREET, ATHENS, GA 30602 | |
| 10924 | UNIV. OF MICHIGAN @ FLINT, 509 NORTH HARRISON STREET, FLINT, MI 48502 | |
| 10924 | UNIV. OF N.CAROLINA/SCHOOL OF MUSIC, C/O WARCO CONSTRUCTION, 110-MCLVER ST., GREENSBORO, NC 27403 | |
| 10924 | UNIV. OF NEBRASKA-OMAHA CAMPUS, 600 SOUTH 42ND STREET, OMAHA, NE 68140 | |
| 10924 | UNIV. OF VA. MEDICAL CENTER, LOADING DOCK LANE ROAD, CHARLOTTESVILLE, VA 22908 | |
| 10924 | UNIV. OF WISCONSIN - STOUT, JARVIS HALL - BAHL INSULATION, MENOMONIE, WI 54751 | |
| 10924 | UNIV.AREA COMMON CENTER, 14015 22ND ST.NORTH, TAMPA, FL 33613 | |
| 10924 | UNIVAR CORP C/O ASC, 7050 S. ARCHER AVE, OAK LAWN, IL 60458 | |
| 10925 | UNIVAR, INC, | |
| 10925 | UNIVAR, INC, P.O. BOX 951451, DALLAS, TX 75395-1451 | |
| 10924 | UNIVATION TECHNOLOGIES, 13330 HATCHERVILLE ROAD, MONT BELVIEU, TX 77580 | |
| 10924 | UNIVATION TECHNOLOGIES, LLC, 5555 SAN FELIPE, HOUSTON, TX 77056 | |
| 10924 | UNIVERAL PACKAGING, 3645 TREE COURT INDUSTRIAL BLVD., KIRKWOOD, MO 63122 | |
| 10924 | UNIVERISTY OF ARKANSAS, ACCOUNTS PAYABLE, FAYETTEVILLE, AR 72701 | |
| 10924 | UNIVERISTY OF LOUISVILLE, C/O OMNI FIREPROOFING, 2500 S. FLOYD STREET, LOUISVILLE, KY 40201 | |
| 10924 | UNIVERISTY OF MARYLAND, CHEMISTRY LOADING PLATFORM 0203, CHEMISTRY/BIOCHEMISTRY 091, COLLEGE PARK, MD 20742 | |
| 10924 | UNIVERISTY OF PITTSBURGH, C/O VINFRED INTERIOR SYSTEMS CO., 218 OAKLAND AVENUE, PITTSBURGH, PA 15213 | |
| 10924 | UNIVERSAL ALUMINUM CORP., 303 MECHANIC STREET, MARLBOROUGH, MA 01752 | |
| 10924 | UNIVERSAL ALUMINUM CORPORATION, 303 MECHANIC STREET, MARLBOROUGH, MA 01752 | |
| 10924 | UNIVERSAL AUTOMOTIVE OF VA., INC., CANTERBURY ROAD, WALKERTON, VA 23177 | |
| 10924 | UNIVERSAL BLUEPRINT PAPER CO., PO BOX 6 BOX 6741, ATHENS, TX 75751 | |
| 10924 | UNIVERSAL BLUEPRINT PAPER CO., ROUTE 6, ATHENS, TX 75751 | |
| 10925 | UNIVERSAL CAPITAL FUNDING INC., 15695 MEDINA RD., PLYMOUTH, MN 55447 | |
| 10925 | UNIVERSAL CATALYST TRADING CO., CALLE 35 N7-25, PISO 10, BOGOTA D E, COLOMBIA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | UNIVERSAL CATALYST TRADING CO., CALLE 35, NO. 7-25, OFF. 10-01, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | UNIVERSAL CATALYST TRADING COMPANY, CALLE 35, NO. 7-25, PISO 10, BOGOTA, .COLOMBIA | *VIA Deutsche Post* |
| 10924 | UNIVERSAL CHEM & COATING, 1975 FOX LANE, ELGIN, IL 60123 | |
| 10924 | UNIVERSAL CHEMIAL TECHNOLOGIES, INC, 10889 PORTAL DRIVE, LOS ALAMITOS, CA 90720 | |
| 10924 | UNIVERSAL CHEMICAL & COATING, 1975 FOX LANE, ELGIN, IL 60123 | |
| 10924 | UNIVERSAL CHEMICAL & COATINGS, 1124 ELMHURST ROAD, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | UNIVERSAL CHEMICAL & COATINGS, 1975 FOX LANE, ELGIN, IL 60123 | |
| 10925 | UNIVERSAL CIRCUITS INC, 950 SUNSHINE LANE, ALTAMONTE SPRINGS, FL 32714 | |
| 10924 | UNIVERSAL CIRCUITS, 202 N 9TH AVENUE EAST, LAKE MILLS, IA 50450 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UNIVERSAL CIRCUITS, 2249 S YALE STREET, SANTA ANA, CA 92704 | |
| 10924 | UNIVERSAL CITY WALK AREA "D", C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90050 | |
| 10924 | UNIVERSAL CONCRETE AND RD, 11790 NW S. RIVER DRIVE, MEDLEY, FL 33178 | |
| 10924 | UNIVERSAL CONCRETE PROD, 1018 SAWDUST TRAIL, KISSIMMEE, FL 34744 | |
| 10924 | UNIVERSAL CONCRETE PROD, 1199 N ORANGE AVE, SARASOTA, FL 33578 | |
| 10924 | UNIVERSAL CONCRETE PRODUCTS, 1199 N. ORANGE AVE., SARASOTA, FL 33578 | |
| 10924 | UNIVERSAL CONCRETE PRODUCTS, 1199 N. ORANGE AVE., SARASOTA, FL 34236 | |
| 10924 | UNIVERSAL CONCRETE PRODUCTS, 14 INTERCHANGE DRIVE, SAVANNAH, GA 31405 | |
| 10924 | UNIVERSAL CONNECTIONS, INC., 6862 HILLSDALE CT, INDIANAPOLIS, IN 46250 | |
| 10925 | UNIVERSAL DATA, 6630 BAY CIRCLE, NORCROSS, GA 30071 | |
| 10924 | UNIVERSAL DYNAMICS INC., 13600 DABNEY ROAD, WOODBRIDGE, VA 22194 | |
| 10924 | UNIVERSAL DYNAMICS INC., 14980 FARMCREEK DRIVE, WOODBRIDGE, VA 22191 | |
| 10924 | UNIVERSAL DYNAMICS, INC., P.O. DRAWER X, WOODBRIDGE, VA 22194-0396 | |
| 10924 | UNIVERSAL ELECTRIC SUPPLY, INC, 340 11TH ST, SAN FRANCISCO, CA 94103 | |
| 10925 | UNIVERSAL ENTERPRISES SUPPLY CORP., 1399 HAMMONDVILLE ROAD, POMPANO BEACH, FL 33069 | |
| 10924 | UNIVERSAL ENTERPRISES, 1399 HAMMONDVILLE RD, POMPANO BEACH, FL 33069 | |
| 10924 | UNIVERSAL ENTERPRISES, 1399 HAMMONDVILLE RD., POMPANO BEACH, FL 33069 | |
| 10924 | UNIVERSAL FLAVORS USA (UIN), 2140 EXECUTIVE DRIVE, INDIANAPOLIS, IN 46241-0167 | |
| 10924 | UNIVERSAL FLAVORS USA (UIN), 5600 WEST RAYMOND STREET, INDIANAPOLIS, IN 46241-0167 | |
| 10924 | UNIVERSAL FLAVORS, 265 HARRISON AVENUE, KEARNY, NJ 07032 | |
| 10924 | UNIVERSAL FLAVORS, 5600 WEST RAYMOND STREET, INDIANAPOLIS, IN 46241-0167 | |
| 10925 | UNIVERSAL FLOW MONITORS, INC, POBOX 4395-46324, HAMMOND, IN 46320 | |
| 10925 | UNIVERSAL FORMS, LABELS & SYSTEMS, 2020 S EASTWOOD, SANTA ANA, CA 92705 | |
| 10924 | UNIVERSAL FRICTION COMPOSITES, 123 EAST STIEGEL ST., MANHEIM, PA 17545 | |
| 10924 | UNIVERSAL FURNITURE HOUSE, 1100 POYDRAS ST., SUITE 1900, NEW ORLEANS, LA 70163 | |
| 10925 | UNIVERSAL FURNITURE HOUSE, INC, 2372 ST. CLAUDE AVE., NEW ORLEANS, LA 70117 | |
| 10924 | UNIVERSAL GRINDING WHEEL, 192 PEARL ST E, BROCKVILLE, ON K6V 1R4TORONTO | *VIA Deutsche Post* |
| 10924 | UNIVERSAL HILTON, J.L. MANTA, UNIVERSAL CITY, CA 91608 | |
| 10925 | UNIVERSAL HYDROSTATICS, 2025 MARSHALL HUFF RD, DALLAS, GA 30132 | |
| 10925 | UNIVERSAL INDUSTRIAL SPLY INC, PO BOX 2475, HARVEY, IL 60426 | |
| 10924 | UNIVERSAL INDUSTRIES SER., 1501 PARKER RD, GRAND PRAIRIE, TX 75050 | |
| 10924 | UNIVERSAL INDUSTRIES SERVICES, 1501 PARKER ROAD SUITE C, GRAND PRAIRIE, TX 75050 | |
| 10924 | UNIVERSAL INDUSTRIES, 1501 PARKER ROAD SUITE C, GRAND PRAIRIE, TX 75050 | |
| 10924 | UNIVERSAL INDUSTRIES, GRAND PRAIRIE, TX 75050 | |
| 10924 | UNIVERSAL INSTRUMENT CORP, PO BOX 825, BINGHAMTON, NY 13902 | |
| 10925 | UNIVERSAL INSTRUMENT FLOW, 1755 EAST NINE MILE ROAD, HAZEL PARK, MI 48030 | |
| 10925 | UNIVERSAL INSTRUMENT, KIRKWOOD SOUTH, KIRKWOOD, NY 13795 | |
| 10925 | UNIVERSAL INSTRUMENTS, 6305 INDINAPOLIS BLVD., HAMMOND, IN 46324-0395 | |
| 10925 | UNIVERSAL LAND CORP, TODD BERGET, 278 SPENCER ROAD, LIBBY, MT 59923 | |
| 10925 | UNIVERSAL LOCKSMITH SERVICES INC, PO BOX 0127, GLEN BURNIE, MD 21060 | |
| 10925 | UNIVERSAL LOCKSMITH SERVICES, INC, PO BOX 0127, GLEN BURNIE, MD 21060-0127 | |
| 10925 | UNIVERSAL MAGNETICS INC, 5555 AMY SCHOOL ROAD, HOWARD CITY, MI 49329 | |
| 10924 | UNIVERSAL MARVAL-SUPERHERO ISLAND, C/O ALLSTATES FIREPROOFING, 6268 B HOLLY WAY, ORLANDO, FL 32819 | |
| 10924 | UNIVERSAL MATERIAL SUPPLY, 2016 S. RESERVOIR ST., POMONA, CA 91766 | |
| 10924 | UNIVERSAL MATERIAL SUPPLY, 2016 S. RESERVOIR, POMONA, CA 91766 | |
| 10924 | UNIVERSAL MEDICAL MARKETING LTD., 141 E. COLUMBIA STREET, NEW WESTMINISTER, BC V3L 3V9TORONTO | *VIA Deutsche Post* |
| 10925 | UNIVERSAL MILLING, 918 SOUTH EAST SECOND ST, MILFORD, DE 19963 | |
| 10925 | UNIVERSAL MILLWRIGHT COMPANY INC, 255 SCHOOLHOUSE ROAD, POBOX 135, FRANCONIA, PA 18924 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UNIVERSAL PACKAGING CORPORATION, 3645 TREE COURT INDUTRIAL BLVD., SAINT LOUIS, MO 63122 | |
| 10924 | UNIVERSAL PARKING STRUCTURE, C/O THOMPSONS BUILDING MATERIALS, UNIVERSAL CITY, CA 91608 | |
| 10924 | UNIVERSAL PHOTONICS CALIFORNIA, 15959 PIUMA AVENUE, CERRITOS, CA 90703 | |
| 10924 | UNIVERSAL PHOTONICS, 3683 ROUTE 12B, FRANKLIN SPRINGS, NY 13341 | |
| 10924 | UNIVERSAL PHOTONICS, INC, 1405 E. FRANKLIN AVENUE, SAN GABRIEL, CA 91776 | |
| 10924 | UNIVERSAL PHOTONICS, INC., 495 WEST JOHN STREET, HICKSVILLE, NY 11801 | |
| 10924 | UNIVERSAL PLASTICS, INC., 10751 89TH AVE. NORTH, OSSEO, MN 55369 | |
| 10925 | UNIVERSAL PRESERVACHEM, 33 TRUMAN DR SOUTH, EDISON, NJ 08817 | |
| 10925 | UNIVERSAL PRESS, PO BOXC 3319, PAWTUCKET, RI 02861-0991 | |
| 10925 | UNIVERSAL PROCESS EQUIPMENT, INC, PO BOX 338, ROOSEVELT, NJ 08555-0338 | |
| 10924 | UNIVERSAL READY MIX, INC., 197 ATLANTIC AVENUE, GARDEN CITY PARK, NY 11040 | |
| 10925 | UNIVERSAL REFRACTORIES CORPORATION, 915 CLYDE ST., WAMPUM, PA 16157 | |
| 10924 | UNIVERSAL REFRACTORIES, 500 BEAVER GRADE ROAD, CORAOPOLIS, PA 15108 | |
| 10924 | UNIVERSAL REFRACTORIES, PITTSBURGH, PA 15244 | |
| 10925 | UNIVERSAL RENT ALL, 735 N.MAIN ST, CLEARFIELD, UT 84015 | |
| 10925 | UNIVERSAL RENT-ALL OF OGDEN, LC, 3790 KIESEL AVE, OGDEN, UT 84405 | |
| 10925 | UNIVERSAL RESOURCES CORP., PO BOX 11150, SALT LAKE CITY, UT 84147 | |
| 10924 | UNIVERSAL RITE-WAY, 397 E 54TH STREET, ELMWOOD PARK, NJ 07407 | |
| 10924 | UNIVERSAL ROOFERS, 3430 S VALLEY VIEW BLVD, LAS VEGAS, NV 89102 | |
| 10924 | UNIVERSAL ROOFERS, INC., CAMBRIDGE, MA 02140 | |
| 10924 | UNIVERSAL ROOFERS, PROJECT C, RENO, NV 89501 | |
| 10924 | UNIVERSAL RUNDLE CORP, PO BOX 2268, NEW CASTLE, PA 16102-0268 | |
| 10924 | UNIVERSAL SCIENTIFIC, 2101 ARTHUR AVENUE, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | UNIVERSAL SCIENTIFIC, 2101 ARTHUR AVENUE, ELK GROVE, IL 60007-6666 | |
| 10925 | UNIVERSAL SCIENTIFIC, TSAO TUEN NAN-TOR, 141 LANE 351, HSIEN, 0TAIWAN | *VIA Deutsche Post* |
| 10924 | UNIVERSAL SECURITY & FIRE, 30 MAIN AVE, #3, SACRAMENTO, CA 95838 | |
| 10925 | UNIVERSAL SECURITY INSTRUMENTS INC., 7-A GWYNNS MILLS COURT, OWINGS MILLS, MD 21117 | |
| 10925 | UNIVERSAL SERVICES GROUP LTD, 129 WEST 27TH ST 5TH FL, NEW YORK, NY 10001-6206 | |
| 10925 | UNIVERSAL SERVICES, 500 ELLIS AVE, COLWYN, PA 19023 | |
| 10925 | UNIVERSAL SILENCER, 7130 COLLECTION CENTER DR, CHICAGO, IL 60693 | |
| 10925 | UNIVERSAL SILENCER, PO BOX 411, STOUGHTON, WI 53589 | |
| 10924 | UNIVERSAL STUDIOS, CLINT CASTON, UNIVERSAL CITY, CA 91608 | |
| 10924 | UNIVERSAL STUDIOS, WC FROELICH, BURBANK, CA 91510 | |
| 10925 | UNIVERSAL SYSTEMS ASSC, 11438-G CRONRIDGE DR, OWINGS MILLS, MD 21117 | |
| 10925 | UNIVERSAL SYSTEMS ASSOC., 11438 CRONRIDGE DR. #G, OWINGS MILLS, MD 21117 | |
| 10925 | UNIVERSAL TECHNOLOGY INC, 165 ALSONIA ST, ESTILL SPRINGS, TN 37330 | |
| 10925 | UNIVERSAL TOURS, 5739 HULL ST., STE. 204, RICHMOND, VA 23224 | |
| 10925 | UNIVERSAL TRACTOR TRAILER, PO BOX 707, SOUTH PLAINFIELD, NJ 07080-0707 | |
| 10924 | UNIVERSAL TRADING & ENG, INTERNATIONA CARGO HANDL, MIAMI, FL 33172 | |
| 10924 | UNIVERSAL TRADING & ENG, INTERNATIONAL CARGO HANDL, MIAMI, FL 33172 | |
| 10924 | UNIVERSAL TRADING & ENGRG, 2250 NW 93RD AVE, MIAMI, FL 33127 | |
| 10924 | UNIVERSAL TRIANGLE, 8261 NW 64 STREET, MIAMI, FL 33166 | |
| 10924 | UNIVERSAL UTILITY SERVICE, 401 N. MANHATTAN ST., AMARILLO, TX 79107 | |
| 10925 | UNIVERSAL/NIMROD, PO BOX 30499, HARTFORD, CT 06150-0499 | |
| 10925 | UNIVERSE WELDING AND CONSTRUCTION, PO BOX 192196, SAN JUAN, PR 00919-2196 | |
| 10925 | UNIVERSITEITS-VUMOGEN-ONTVANGSTEN;, WOLVENGRACHT 48, BRUSSEL, 01000BELGIUM | *VIA Deutsche Post* |
| 10925 | UNIVERSITETIS VERMOGEN ONTVANGSTEN, KOUTER 8, GENT, 09000BELGIUM | *VIA Deutsche Post* |
| 10925 | UNIVERSITY AMOCO, NIRANJAN PANJWANI, 5505 UNIVERSITY BLVD, JACKSONVILLE, FL 32216-5544 | |
| 10924 | UNIVERSITY BLDG. 7, C/O WARCO CONSTRUCTION, 9014 JM KEYNES DR., CHARLOTTE, NC 28262 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    UNIVERSITY CA DAVIS MED CENTER, 2921 STOCKTON BLVD., SACRAMENTO, CA 95817

10924    UNIVERSITY CENTER FOR COMMUNITY, C/O DRURY SOUTH, 701 SOUTH ZARGAMORA, SAN ANTONIO, TX 78207

10924    UNIVERSITY CENTER, 701 SOUTH ZARZAMORA, SAN ANTONIO, TX 78207

10924    UNIVERSITY CITY HIGH SCHOOL, 36TH AND MARKET STREET, PHILADELPHIA, PA 19150

10925    UNIVERSITY CLUB, THE, 13350 DALLAS PRKWY #4000, DALLAS, TX 75240

10924    UNIVERSITY COMM. HOSPITAL, C/O TOWNSEND CONSTRUCTION, 7171 N. DALE MABRY HIVEY, TAMPA, FL 33614

10924    UNIVERSITY COMMUNITY CENTER, 14015 22ND ST NORTH, TAMPA, FL 33613

10924    UNIVERSITY CONSTRUCTION, A DIV OF MACC OF IL, URBANA, IL 61803

10924    UNIVERSITY CONSTRUCTION, A DIV.OF MACC OF ILLINOIS, INC, URBANA, IL 61803

10924    UNIVERSITY HILTON, UNIVERSAL CITY, CA 91608

10924    UNIVERSITY HOMES PHASE III, 660 FAIR STREET, ATLANTA, GA 30321

10924    UNIVERSITY HOSPITAL, 11TH & ASH STREET, DENVER, CO 80204

10925    UNIVERSITY HOSPITAL/UNIVERSITY MED, VP FOR LEGAL MANAGEMENT, UNIV OF MEDICINE & DENTISTRY, 65 BERGEN ST #1231, NEWARK, NJ 07107-3000

10925    UNIVERSITY MASSACHUSETTS LOWELL, 1 UNIVERSITY AVE, LOWELL, MA 01854

10924    UNIVERSITY MEDICAL CENTER, 1411 BADDOUR PARKWAY, LEBANON, TN 37087

10924    UNIVERSITY MEDICAL CENTER, 602 INDIANA AVE., LUBBOCK, TX 79415

10924    UNIVERSITY MEDICAL CENTER, HICO CONCRETE, LEBANON, TN 37087

10924    UNIVERSITY MEDICAL CLINIC, 750 EAST 34TH, HIBBING, MN 55746

10924    UNIVERSITY METHODIST CHURCH, 5084 DE ZAVALA, SAN ANTONIO, TX 78249

10925    UNIVERSITY MICROFILMS, POBOX 1346, ANN ARBOR, MI 48106-1346

10924    UNIVERSITY NORTHERN MICHIGAN, C/O ROLLING PLAINES CONSTRUCTION, 990 CENTER STREET, MARQUETTE, MI 49855

10925    UNIVERSITY OF ALABAMA (TUSCALOOSA), HALE & DORR LLP, 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004

10925    UNIVERSITY OF ALABAMA (TUSCALOOSA), OFFICE OF COUNSEL, THE UNIV OF ALABAMA SYSTEM, BOX 870106, TUSCALOOSA, AL 35487-0106

10924    UNIVERSITY OF ALABAMA @ BHAM, C/O ADAMS CONSTRUCTION, 1801 7TH AVENUE SOUTH, BIRMINGHAM, AL 35233

10924    UNIVERSITY OF ALABAMA OF BIRMINGHAM, CAMBRIDGE, MA 02140

10924    UNIVERSITY OF ALABAMA, ACCOUNTS PAYABLE, BIRMINGHAM, AL 35294

10925    UNIVERSITY OF ALABAMA, PO BOX 1928, TUSCALOOSA, AL 35486

10924    UNIVERSITY OF ALABAMA, SEEBECK COMPUTER CENTER, TUSCALOOSA, AL 99999

10924    UNIVERSITY OF ALABAMA, THE, CAMBRIDGE, MA 02140

10924    UNIVERSITY OF ALABAMA, THE, PO BOX 870186, TUSCALOOSA, AL 35487

10924    UNIVERSITY OF ALABAMA-BIRMINGHAM, 701 SOUTH 20 TH STREET, BIRMINGHAM, AL 35294

10924    UNIVERSITY OF ALABAMA-BIRMINGHAM, 701 SOUTH 20TH STREET, BIRMINGHAM, AL 35294-0106

10924    UNIVERSITY OF ALASKA- SITKA,ALASKA, NORTHERN MARINE GENERAL CONTRACTORS, SEATTLE, WA 98100

10925    UNIVERSITY OF ALBERTA, 4-40 BUSINESS BLDG, EDMONTON, AB T6G 2R6CANADA          *VIA Deutsche Post*

10925    UNIVERSITY OF ARIZONA LIBRARY, PO BOX 210055, TUCSON, AZ 85721-0055

10925    UNIVERSITY OF ARIZONA, 1111 N. CHERRY AVE, TUCSON, AZ 85721

10924    UNIVERSITY OF ARKANSAS OF LITTLE, ROCK - SCIENCE & TECHNOLOGY BLDG., LITTLE ROCK, AR 72200

10924    UNIVERSITY OF ARKANSAS, C/O TRUE FIREPROOFING, LITTLE ROCK, AR 72205

10924    UNIVERSITY OF ARKANSAS, DONAGHEY STUDENT CENTER, LITTLE ROCK, AR 72204

10924    UNIVERSITY OF ARKANSAS, ENG RESEARCH CENTER, FAYETTEVILLE, AR 72701

10924    UNIVERSITY OF ARKANSAS, ENGINEERING RESEARCH CENTER, FAYETTEVILLE, AR 72701

10924    UNIVERSITY OF ARKANSAS-LITTLE ROCK, C/O OAKS BROTHERS INC., 2801 S. UNIVERSITY, LITTLE ROCK, AR 72204

10925    UNIVERSITY OF BRISTOL BRISTOL, UNIVERSITY OF BRISTOL, CANTOCKS CLOSE, BS8 1TS

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | UNIVERSITY OF BRITISH COLUMBIA, 6224 AGRICULTURAL ROAD, VANCOUVER, BC V6T 1Z1CANADA | *VIA Deutsche Post* |
| 10924 | UNIVERSITY OF CA, P.O. BOX 1663 / ACCOUNTING DEPT., LOS ALAMOS, NM 87545 | |
| 10924 | UNIVERSITY OF CA, RECEIVING DEPT., BLD. SM-301 / BIKINI ROAD, LOS ALAMOS, NM 87545 | |
| 10925 | UNIVERSITY OF CALIFORNIA - DAVIS, 1111 FRANKLIN ST, OAKLAND, CA 94607-5200 | |
| 10925 | UNIVERSITY OF CALIFORNIA @ BERKLEY, PO BOX 420160, PALM COAST, FL 32142 | |
| 10924 | UNIVERSITY OF CALIFORNIA, 1156 HIGH STREET, SANTA CRUZ, CA 95064 | |
| 10925 | UNIVERSITY OF CALIFORNIA, ACCOUNTS PAYABLE, BERKELEY, CA 94710-0000 | |
| 10924 | UNIVERSITY OF CALIFORNIA, ACCT OFFICE, RIVERSIDE, CA 92502 | |
| 10925 | UNIVERSITY OF CALIFORNIA, US DEPT OF ENERGY, 2700TH ST, BERKELEY, CA 94710 | |
| 10925 | UNIVERSITY OF CANTERBURY, PRIVATE BAG 4800, CHRISTCHURCH, 04800NEW ZEALAND | *VIA Deutsche Post* |
| 10924 | UNIVERSITY OF CHARLESTOWN, 2300 MACCORKLE AVENUE, CHARLESTON, WV 25301 | |
| 10924 | UNIVERSITY OF CHICAGO - SPRAY, CAM CENTER, CHICAGO, IL 60616 | |
| 10925 | UNIVERSITY OF CHICAGO CHILDRENS, 5841 S.MARYLAND AVE., CHICAGO, IL 60637 | |
| 10925 | UNIVERSITY OF CHICAGO, EXECUTIVE EDUCATION, 450 N. CITYFRONT PLAZA DR., CHICAGO, IL 60611-4316 | |
| 10924 | UNIVERSITY OF CHICAGO, GRADUATE SCHOOL OF BUSINESS, CHICAGO, IL 60611 | |
| 10924 | UNIVERSITY OF CINCINATTI (DAAP), C/O CLEVELAND CONSTRUCTION, CINCINNATI, OH 45220 | |
| 10925 | UNIVERSITY OF CINCINNATI HPC, POBOX 210071, CINCINNATI, OH 45221-0071 | |
| 10924 | UNIVERSITY OF CINCINNATI, GIFT SHOP, CINCINNATI, OH 45267 | |
| 10925 | UNIVERSITY OF CINCINNATI, REGISTERED AGENT, PO BOX 670591, CINCINNATI, OH 45267-0591 | |
| 10924 | UNIVERSITY OF CINCINNATI, SAME DAY SURGERY BLDG., CINCINNATI, OH 45200 | |
| 10925 | UNIVERSITY OF COLORADO (AT BOULDER), MANAGING SR ASSOC UNIV COUN, OFFICE OF THE UNIV COUNSEL, 203 REGENT ADMIN CENTER, CAMPUS BOX 13, BOULDER, CO 80309-0013 | |
| 10925 | UNIVERSITY OF COLORADO HEALTH SERV, CITY & COUNTY OF DENVER, 1437 BANNOCK ST ROOM 353, DENVER, CO 80202 | |
| 10925 | UNIVERSITY OF COLORADO HEALTH SERVI, ASSOC UNIVERSITY COUNSEL, 4200 E 9TH AVE, BOX A077, DENVER, CO 80262 | |
| 10924 | UNIVERSITY OF CONNECTICUT, DOWNTOWN STAMFORD CAMPUS, WASHINGTON BOULEVARD & BROAD STREET, STAMFORD, CT 06928 | |
| 10924 | UNIVERSITY OF DAYTON - KELLER LAW, C/O OMNI FIREPROOFING, DAYTON, OH 45409 | |
| 10924 | UNIVERSITY OF DAYTON RESEARCH INST., 300 COLLEGE PK, DAYTON, OH 45469-0107 | |
| 10924 | UNIVERSITY OF DAYTON, JESSE PHILIPS HUMANITIES BLDG., DAYTON, OH 45400 | |
| 10925 | UNIVERSITY OF DELAWARE, ATTN: C.E. COOK, CASHIER, NEWARK, DE 19716 | |
| 10925 | UNIVERSITY OF DELAWARE, CONFERENCES & CENTERS, NEWARK, DE 19716 | |
| 10924 | UNIVERSITY OF DELEWARE, C/O WALLACE PILL PLANT & SOIL, NEWARK, DE 19717-1303 | |
| 10925 | UNIVERSITY OF DENVER, BOX 100864, DENVER, CO 80250-9806 | |
| 10925 | UNIVERSITY OF DENVER, UNIVERSITY COUNSEL, 2199 SOUTH UNIVERSITY BLVD, DENVER, CO 80208 | |
| 10924 | UNIVERSITY OF FLORIDA, C/O MADER SOUTHEAST, CORNER OF N. SOUTH RD. & MUSEUM RD., GAINESVILLE, FL 32611 | |
| 10924 | UNIVERSITY OF GEORGIA @ ATHENS, SANFORD STADIUM, ATHENS, GA 30608 | |
| 10924 | UNIVERSITY OF GEORGIA, 120 FIRST STREET, ATHENS, GA 30602 | |
| 10924 | UNIVERSITY OF GEORGIA, BUSINESS SERVICE BUILDING, ATHENS, GA 30602 | |
| 10924 | UNIVERSITY OF HARVARD, MEMORIAL HALL, CAMBRIDGE, MA 02140 | |
| 10925 | UNIVERSITY OF HAWAII, 2040 EAST-WEST ROAD, HONOLULU, HI 96822 | |
| 10924 | UNIVERSITY OF HAWAII, MAKAI RESEARCH PIER, WAIMANALO, HI 96795 | |
| 10925 | UNIVERSITY OF HOUSTON, 4800 CALHOUN RD., HOUSTON, TX 77204-4792 | |
| 10925 | UNIVERSITY OF HOUSTON, 4800 CALHOUN RM121, HOUSTON, TX 77204-4444 | |
| 10925 | UNIVERSITY OF HOUSTON, AGL BLDG ROOM 121, 4800 CALHOUN ROAD, HOUSTON, TX 77004 | |
| 10925 | UNIVERSITY OF IDAHO, 1108 WEST SIXTH ST, MOSCOW, ID 83844-2030 | |
| 10924 | UNIVERSITY OF ILLINOIS - CHICAGO, C/O ASC INSULATION, 1100 SOUTH MORGAN, CHICAGO, IL 60607 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UNIVERSITY OF ILLINOIS, 1301 W. SPRINGFIELD AVE., URBANA, IL 61801 | |
| 10925 | UNIVERSITY OF ILLINOIS, 205 N MATTHEWS, URBANA, IL 61801-2397 | |
| 10925 | UNIVERSITY OF ILLINOIS, 506 S. WRIGHT ST, URBANA, IL 61801-3691 | |
| 10925 | UNIVERSITY OF ILLINOIS, THE, 506 S WRIGHT ST, URBANA, IL 61801 | |
| 10924 | UNIVERSITY OF IOWA - BIOLOGY ANNEX, 118 SOUTH IOWA STREET, IOWA CITY, IA 52240 | |
| 10925 | UNIVERSITY OF IOWA, 100 HPO, IOWA CITY, IA 52242-1000 | |
| 10924 | UNIVERSITY OF IOWA, 122 GRANT AVE CT, IOWA CITY, IA 52242 | |
| 10924 | UNIVERSITY OF IOWA, CAMBRIDGE, MA 99999 | |
| 10924 | UNIVERSITY OF IOWA, THE EYE CLINIC, IOWA CITY, IA 52246 | |
| 10924 | UNIVERSITY OF IOWA, THE, CAMBRIDGE, MA 02140 | |
| 10924 | UNIVERSITY OF IOWA, THE, HEALTH PROTECTION OFFICE, IOWA CITY, IA 52246-2504 | |
| 10924 | UNIVERSITY OF KENTUCKY LIBRARY, C/O OMNI FIREPROOFING, LEXINGTON, KY 40508 | |
| 10925 | UNIVERSITY OF KENTUCKY, 103 REGULATORY SERVICES BLDG, LEXINGTON, KY 40546-0275 | |
| 10924 | UNIVERSITY OF KENTUCKY, AG. EXP. STATION BLDG. RM. 102, LEXINGTON, KY 40546 | |
| 10924 | UNIVERSITY OF KENTUCKY, END OF UNIV. DRIVE & HILLTOP AVE., LEXINGTON, KY 40508 | |
| 10924 | UNIVERSITY OF KENTUCKY, MEDICAL RESEARCH SPACE, LEXINGTON, KY 40536 | |
| 10924 | UNIVERSITY OF KENTUCKY, PRE AUDIT SECTION, LEXINGTON, KY 40506 | |
| 10925 | UNIVERSITY OF LEEDS INNOVATIONS LTD, 175 WOODHOUSE LANE, LEEDS, LS2 3ARUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | UNIVERSITY OF LOUISVILLE, 2500 SOUTH FLOYD STREET, LOUISVILLE, KY 40217 | |
| 10925 | UNIVERSITY OF MARYLAND ALUMNI ASSOC, UNIVERSITY OF MARYLAND, COLLEGE PARK, MD 20742-1815 | |
| 10925 | UNIVERSITY OF MARYLAND AT COLLEGE P, OFFICE OF THE BURSAR, COLLEGE PARK, MD 20742-5151 | |
| 10925 | UNIVERSITY OF MARYLAND BALTIMORE, 714 WEST LOMBARD ST, BALTIMORE, MD 21201 | |
| 10925 | UNIVERSITY OF MARYLAND, 1000 HILLTOP CIRCLE, BALTIMORE, MD 21250 | |
| 10925 | UNIVERSITY OF MARYLAND, BALTIMORE C, & TRAINING, 1000 HILLTOP CIRCLE, BALTIMORE, MD 21250 | |
| 10924 | UNIVERSITY OF MARYLAND, DEPT OF ENVIRONMTL / SFTY, COLLEGE PARK, MD 20742 | |
| 10925 | UNIVERSITY OF MARYLAND, ROOM 3121 HORNBAKE LIBRARY SO WING, COLLEGE PARK, MD 20742-4335 | |
| 10925 | UNIVERSITY OF MARYLAND, UNIVERSITY OF MARYLAND, COLLEGE PARK, MD 20742-6511 | |
| 10925 | UNIVERSITY OF MASSACHUSET, 1 UNIVERSITY AVE, LOWELL, MA 01859 | |
| 10925 | UNIVERSITY OF MASSACHUSETTS BOSTON, 100 MORRISEY BLVD, BOSTON, MA 02125 | |
| 10925 | UNIVERSITY OF MASSACHUSETTS, 600 SUFFOLK ST 2ND FLR SOUTH, LOWELL, MA 01854 | |
| 10925 | UNIVERSITY OF MASSACHUSETTS, AMHERST, MA 01003 | |
| 10924 | UNIVERSITY OF MASSACHUSSETTS, C/O NEW ENGLAND FIREPROOFING, UNIVERSITY DRIVE, AMHERST, MA 01003 | |
| 10924 | UNIVERSITY OF MD DENTAL SCHOOL, C/O BARCO ENTERPRISES, INC., BALTIMORE, MD 21201 | |
| 10925 | UNIVERSITY OF MEMPHIS, THE, CAMPUS BOX 528030, MEMPHIS, TN 38152 | |
| 10924 | UNIVERSITY OF MEMPHIS/ P.E. BLDG, 610 ECHLES ST, MEMPHIS, TN 38111 | |
| 10925 | UNIVERSITY OF MIAMI SCHOOL OF LAW, POBOX 248087, CORAL GABLES, FL 33124-0201 | |
| 10924 | UNIVERSITY OF MICHIGAN - DEARBORN, CORNER OF MICHIGAN & EVERGREEN, DEARBORN, MI 48128 | |
| 10924 | UNIVERSITY OF MICHIGAN, 1655 DEAN ROAD, ANN ARBOR, MI 48109-2159 | |
| 10925 | UNIVERSITY OF MICHIGAN, 2200 BONISTEEL BLVD, ANN ARBOR, MI 48109-2099 | |
| 10924 | UNIVERSITY OF MICHIGAN, 3003 S. STATE ST., ANN ARBOR, MI 48109-1287 | |
| 10924 | UNIVERSITY OF MICHIGAN, ACCOUNTS PAYABLE, ANN ARBOR, MI 48109 | |
| 10924 | UNIVERSITY OF MICHIGAN, ANGEL HALL, ROMULUS, MI 48174 | |
| 10925 | UNIVERSITY OF MINING & METALLURGY, AL MICKIEWICZA 30, KRAKOW, 30-059 | |
| 10924 | UNIVERSITY OF MINNESOTA - DULUTH, 2344 OAKLAND AVE, DULUTH, MN 55812 | |
| 10924 | UNIVERSITY OF MINNESOTA - MORRIS, C/O BAHL INSULATION, 600 EAST 4TH STREET, MORRIS, MN 56267 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UNIVERSITY OF MINNESOTA LAW BLDG, 229 19TH AVENUE SOUTH, MINNEAPOLIS, MN 55455 | |
| 10925 | UNIVERSITY OF MINNESOTA LIBRARIES, 309 19TH AVE SOUTH, MINNEAPOLIS, MN 55455 | |
| 10924 | UNIVERSITY OF MINNESOTA, 2218 UNIVERSITY AVE SE  NETW& TELE, MINNEAPOLIS, MN 55414 | |
| 10924 | UNIVERSITY OF MINNESOTA, 600 E. 4TH STREET, MORRIS, MN 56267 | |
| 10924 | UNIVERSITY OF MINNESOTA, SHOPS BUILDING, MINNEAPOLIS, MN 55455 | |
| 10924 | UNIVERSITY OF MINNESOTA, THE CAMPUS CENTER, DULUTH, MN 55804 | |
| 10924 | UNIVERSITY OF MISS. MED CTR, WOODROW WILSON AVE., JACKSON, MS 39205 | |
| 10924 | UNIVERSITY OF MISSOURI AT ST. LOUIS, EAST DRIVE, SAINT LOUIS, MO 63121 | |
| 10925 | UNIVERSITY OF MISSOURI, 15 JESSE HALL, COLUMBIA, MO 65211 | |
| 10925 | UNIVERSITY OF MISSOURI, 8001 NATURAL BRIDGE, SAINT LOUIS, MO 63121 | |
| 10925 | UNIVERSITY OF MISSOURI, SOURCE CLAY MINNERALS REPOSITORY, COLUMBIA, MO 65211 | |
| 10924 | UNIVERSITY OF MISSOURI-COLUMBIA, ONE PICKARD HALL, COLUMBIA, MO 65211 | |
| 10925 | UNIVERSITY OF MISSOURI-ROLLA, BUTLER-CARLTON CIVIL ENG HALL, ROLLA, MO 85400-0030 | |
| 10924 | UNIVERSITY OF MN DULUTH, STUDENT APT. COMPLEX, DULUTH, MN 55816 | |
| 10925 | UNIVERSITY OF NEBRASKA MEDICAL CTR., 984525 NEBRASKA MEDICAL CTR., OMAHA, NE 68198-4525 | |
| 10925 | UNIVERSITY OF NEVADA LAS VEGAS, BOX 451019, LAS VEGAS, NV 89154-1019 | |
| 10924 | UNIVERSITY OF NEVADA, HOWARD BUILDING #145, RENO, NV 89557 | |
| 10925 | UNIVERSITY OF NEW BRUNSWICK, THE, POBOX 4400, FREDERICTON, NB E3B 5A3CANADA | *VIA Deutsche Post* |
| 10924 | UNIVERSITY OF NEW HAMPSHIRE, BIOLOGICAL SCIENCE BUILDING, DURHAM, NH 03824 | |
| 10925 | UNIVERSITY OF NEW HAMPSHIRE, INTERLIBRARY LOAN, DIAMOND LIBRARY, 18 LIBRARY WAY, DURHAM, NH 03824 | |
| 10924 | UNIVERSITY OF NEW ORLEANS, C/O CALMAR, ELYSIAN FIELDS AT LAKE PONTCHAPRAIN, NEW ORLEANS, LA 70130 | |
| 10925 | UNIVERSITY OF NO. DAKOTA, PO BOX 8157, GRAND FORKS, ND 58202 | |
| 10924 | UNIVERSITY OF NORTH CAROLINA, 12340 CONWAY ROAD, BELTSVILLE, MD 20705 | |
| 10924 | UNIVERSITY OF NORTH CAROLINA, CHAPEL HILL /DRAMATIC ARTS, COUNTRY CLUB ROAD, CHAPEL HILL, NC 27599 | |
| 10924 | UNIVERSITY OF NORTH DAKOTA, 3791 CAMPUS DRIVE, GRAND FORKS, ND 58202 | |
| 10924 | UNIVERSITY OF NORTH DAKOTA, 425 OXFORD STREEET, GRAND FORKS, ND 58202 | |
| 10924 | UNIVERSITY OF NORTH DAKOTA, C/O BAHL INCOR, BIO MEDICAL, GRAND FORKS, ND 58203 | |
| 10924 | UNIVERSITY OF NORTH TEXAS, 325 AVENUE A, DENTON, TX 76203 | |
| 10924 | UNIVERSITY OF NORTHERN IOWA, DONALD ROD LIBRARY, CEDAR FALLS, IA 50613 | |
| 10925 | UNIVERSITY OF NOTRE DAME, PO BOX 519, NOTRE DAME, IN 46556 | |
| 10924 | UNIVERSITY OF PA, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | UNIVERSITY OF PENNSYLVANIA, 250 SOUTH 33RD STREET, PHILADELPHIA, PA 19104-6323 | |
| 10925 | UNIVERSITY OF PENNSYLVANIA, LRSM,, 3231 WALNUT ST., PHILADELPHIA, PA 19104-6272 | |
| 10924 | UNIVERSITY OF PENNSYLVANIA, ROOM 440 FRANKLIN BLDG, 3451 WALNUT STREET, PHILADELPHIA, PA 19104-6281 | |
| 10924 | UNIVERSITY OF PITTSBURGH, 3459 FIFTH AVENUE, PITTSBURGH, PA 15213 | |
| 10924 | UNIVERSITY OF PITTSBURGH, 4200 FIFTH AVENUE  CL3101, PITTSBURGH, PA 15260 | |
| 10924 | UNIVERSITY OF PITTSBURGH, 4200 FIFTH AVENUE CL3101, PITTSBURGH, PA 15260 | |
| 10924 | UNIVERSITY OF PITTSBURGH, 4200 FIFTH AVENUE, PITTSBURGH, PA 15260 | |
| 10925 | UNIVERSITY OF PITTSBURGH, ATTN: DEVELOPMENT OFFICE, PITTSBURGH, PA 15260 | |
| 10924 | UNIVERSITY OF PITTSBURGH, GREENSBURG CAMPUS, 1150 MOUNT PLEASANT STREET, GREENSBURG, PA 15601 | |
| 10925 | UNIVERSITY OF PITTSBURGH, HALE & DORR L.L.P., 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004 | |
| 10925 | UNIVERSITY OF PITTSBURGH, UNIVERSITY OF PITTSBURGH, 3200 CATHEDRAL OF LEARNING, PITTSBURGH, PA 15260 | |
| 10924 | UNIVERSITY OF PORTLAND, 5000 N.WILLAMETTE BLVD., PORTLAND, OR 97203 | |
| 10924 | UNIVERSITY OF ROCHESTER - MRBX BLDG, CORNER CRITTENDEN BLVD & LATTIMORE, ONTARIO CENTER, NY 14520 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UNIVERSITY OF ROCHESTER, ALUMNI GYM, LIBRARY ROAD OFF WILSON BLVD, ROCHESTER, NY 14627 | |
| 10924 | UNIVERSITY OF ROCHESTER, C/O NORTHEASTERN INSULATION, 425 ELMWOOD AVE., ROCHESTER, NY 14623 | |
| 10924 | UNIVERSITY OF SAINT THOMAS COMMONS, 2151 SUMMIT AVE, SAINT PAUL, MN 55105 | |
| 10924 | UNIVERSITY OF SOUTH ALABAMA, OLD SHELL ROAD, MOBILE, AL 36608 | |
| 10924 | UNIVERSITY OF SOUTH CAROLINA, ADMINISTRATION BUILDING, AIKEN, SC 29801 | |
| 10924 | UNIVERSITY OF SOUTH CAROLINA, BRICE STADIUM, COLUMBIA, SC 29201 | |
| 10924 | UNIVERSITY OF SOUTH CAROLINA, C/O ADAMS CONSTRUCTION, AIKEN, SC 29801 | |
| 10924 | UNIVERSITY OF SOUTHERN MISSISSIPPI, 3101 PEARL STREET, HATTIESBURG, MS 39403 | |
| 10924 | UNIVERSITY OF TENNESSEE MEDICAL, C/P FIRESTOP TECHNOLOGY, 1924 ALCOA HIGHWAY, KNOXVILLE, TN 37920 | |
| 10924 | UNIVERSITY OF TENNESSEE, C/O FIRESTOP TECHNOLOGIES, CORNER OF STADIUM DRIVE, KNOXVILLE, TN 37950 | |
| 10925 | UNIVERSITY OF TEXAS AT AUSTIN, 10100 BURNET ROAD,BLDG 18B, AUSTIN, TX 78758 | |
| 10924 | UNIVERSITY OF TEXAS PARKING GARAGE, C/O TOMAN & ASSOCIATES, 2601 WICHITA STREET, AUSTIN, TX 78712 | |
| 10925 | UNIVERSITY OF TEXAS, 10000 BURNET ROAD, AUSTIN, TX 78758 | |
| 10924 | UNIVERSITY OF TEXAS, 80 FT BROWN STREET, BROWNSVILLE, TX 78520 | |
| 10924 | UNIVERSITY OF TEXAS, APPLIED RESEARCH LAB, AUSTIN, TX 78713 | |
| 10924 | UNIVERSITY OF TEXAS, C/O WILLIAMS INSULATION, TYLER, TX 75701 | |
| 10924 | UNIVERSITY OF TEXAS, CLASSROOM  & FACULTY OFFICE BLDG., EL PASO, TX 79902 | |
| 10925 | UNIVERSITY OF TEXAS, COLLEGE OF ENGINEERING, AUSTIN, TX 78712 | |
| 10925 | UNIVERSITY OF THE DISTRICT OF COLUMBIA, 4200 CONNECTICUT AVE NW, WASHINGTON, DC 20008 | |
| 10924 | UNIVERSITY OF TN, UNIVERSITY CEENTER, MARTIN, TN 38237 | |
| 10925 | UNIVERSITY OF TOLEDO FNDN, DRISCOLL CENTER, TOLEDO, OH 43606 | |
| 10925 | UNIVERSITY OF TORONTO LIBRARY, 130 ST. GEORGE ST, TORONTO, ON M5S 1A2CANADA | *VIA Deutsche Post* |
| 10925 | UNIVERSITY OF TORONTO, 35 ST GEORGE ST, TORONTO, ON M5S 1A4CANADA | *VIA Deutsche Post* |
| 10925 | UNIVERSITY OF UTAH, ASST ATTY GENERAL, UTAH ATTY GENERALS OFFICE, 160 EAST 300 SOUTH, PO BOX 140856, SALT LAKE CITY, UT 84114-0856 | |
| 10924 | UNIVERSITY OF VERMONT ECO SYSTEMS, C/O SPECIALITY COATING, 1 COLLEGE STREET, BURLINGTON, VT 05401 | |
| 10924 | UNIVERSITY OF VERMONT, ARTS & SCIENCES BUILDING, BURLINGTON, VT 05401 | |
| 10924 | UNIVERSITY OF VERMONT, WATERMAN BUILDING, BURLINGTON, VT 05401 | |
| 10924 | UNIVERSITY OF VIRGINIA, 515 EDGEMONT RD., CHARLOTTESVILLE, VA 22901 | |
| 10925 | UNIVERSITY OF VIRGINIA, 580 MASSIE ROAD, CHARLOTTESVILLE, VA 22903 | |
| 10925 | UNIVERSITY OF VIRGINIA, CKE INCORPORATED, 45 JEFFRY ST, INDIANA, PA 15701 | |
| 10925 | UNIVERSITY OF VIRGINIA, MCCARTER & ENGLISH LLP, 4 GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 10925 | UNIVERSITY OF VIRGINIA, PO BOX 400322, CHARLOTTESVILLE, VA 22904 | |
| 10924 | UNIVERSITY OF VIRGINIA, PO BOX9019, CHARLOTTESVILLE, VA 22906 | |
| 10925 | UNIVERSITY OF VIRGINIA, VIRGINIA TECH & VIRGINIA INSTITUTE, COMMONWEALTH OF VIRGINIA, 900 E MAIN, RICHMOND, VA 23219 | |
| 10925 | UNIVERSITY OF WASHINGTON, 1107 NE 45TH ST, SEATTLE, WA 98105 | |
| 10924 | UNIVERSITY OF WASHINGTON, CAMPUS A-A WING LOADING DOCK OF, SEATTLE, WA 98101 | |
| 10924 | UNIVERSITY OF WASHINGTON, ELECTRICAL ENGINEERING BUILDING, SEATTLE, WA 98195 | |
| 10924 | UNIVERSITY OF WASHINGTON, HEALTH SCIENCE G & T WING, SEATTLE, WA 98104 | |
| 10924 | UNIVERSITY OF WASHINGTON, STEVENS WAY IN N. BENATON, SEATTLE, WA 98195 | |
| 10925 | UNIVERSITY OF WESTERN SYDNEY NEPEAN, PO BOX 10, KINGSWOOD NSW, 02747AUSTRALIA | *VIA Deutsche Post* |
| 10925 | UNIVERSITY OF WI - MADISON, OFFICE OF LEGAL COUNSEL, 361 BASCOM HALL 500 LINCOLN DR, MADISON, WI 53706 | |
| 10925 | UNIVERSITY OF WISCONSIN, 702 LANGDON ST, MADISON, WI 53706 | |
| 10924 | UNIVERSITY OF WISCONSIN, C/O WALL-TECH, 777 HIGHLAND AVENUE, MADISON, WI 53705 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | UNIVERSITY OF WISCONSIN, DRAWER N 491, MILWAUKEE, WI 53293 | |
| 10924 | UNIVERSITY OF WISCONSIN, UNIVERSITY ST. - SPRAY, MADISON, WI 53701 | |
| 10925 | UNIVERSITY OF WISCONSIN-EXTENSION, 702 LANGDON ST, THE PYLE CENTER, MADISON, WI 53706 | |
| 10924 | UNIVERSITY OF WISCONSIN-VALDA, SPORTS MEDICINE CENTER, MADISON, WI 53716 | |
| 10924 | UNIVERSITY OF WISCONSON, C/O BAHL INC, 1705 STATE STREET, LA CROSSE, WI 54601 | |
| 10925 | UNIVERSITY OF WYOMING, OLD MAIN 204, PO BOX 3434, LARAMIE, WY 82071 | |
| 10924 | UNIVERSITY PARK C/O CUDDY SPRAY, 350 MASSACHUSETTS AVENUE, CAMBRIDGE, MA 02140 | |
| 10925 | UNIVERSITY PARK HOTEL AT MIT, 20 SIDNEY ST, CAMBRIDGE, MA 02139 | |
| 10924 | UNIVERSITY PHARMACEUTICALS OF MD, 600 E. LOMBARD STREET, BALTIMORE, MD 21202 | |
| 10925 | UNIVERSITY PRODUCTS INC, PO BOX 101, HOLYOKE, MA 01041 | |
| 10924 | UNIVERSITY PRODUCTS INC., 517 MAIN STREET, HOLYOKE, MA 01040 | |
| 10924 | UNIVERSITY PRODUCTS INC., PO BOX 101, HOLYOKE, MA 01041 | |
| 10925 | UNIVERSITY RUBBER CO INC, PO BOX 128, CAMBRIDGE, MA 02140-1693 | |
| 10925 | UNIVERSITY RUBBER COMPANY, 42 BROOKFORD ST, CAMBRIDGE, MA 02140 | |
| 10924 | UNIVERSITY SAINT THOMAS, SCIENCE & ENGINEERING CENTER, SAINT PAUL, MN 55105 | |
| 10924 | UNIVERSITY SCHOOL, 2785 SOM CENTER ROAD, HUNTING VALLEY, OH 44022 | |
| 10925 | UNIVERSITY SPORTS PUBLICATIONS, 1830 EAST BROADWAY, TUCSON, AZ 85719 | |
| 10924 | UNIVERSITY SUBURBAN CLINIC, 1611 SOUTH GREEN ROAD, SOUTH EUCLID, OH 44121 | |
| 10924 | UNIVERSITY VEIW/ B&D PLUMBING, 979 ONEAL LANE, BATON ROUGE, LA 70895 | |
| 10924 | UNIVERSITY VIRGINA HOSPITAL, HOSPITAL LOADING DOCK, LANE ROAD, CHARLOTTESVILLE, VA 22908 | |
| 10924 | UNIVERSITY WOMENS HOSPITAL, 1350 WALTON WAY, AUGUSTA, GA 30901 | |
| 10924 | UNIVERSTIY OF ARKANSAS, COLLEGE OF SCIENCE & TECHNOLOGY, LITTLE ROCK, AR 72200 | |
| 10925 | UNIVERTICAL CHEMICAL CO., PO BOX 77000, DETROIT, MI 48277-0089 | |
| 10924 | UNIVEX, S.A., CARR. PANAMERICANA KM 306, C.P. 36700, SALAMANCA, 99999MEXICO | *VIA Deutsche Post* |
| 10925 | UNI-WEST, 5 SOUTH SPOKANE, SEATTLE, WA 98134 | |
| 10925 | UNKNOWN, 2711 CENTERVILLE ROAD, SUITE 400, WILMINGTON, DE 19808 | |
| 10925 | UNKNOWN, A&M INSULATION CO., 2715 GRANT, BELLWOOD, IL 60104 | |
| 10925 | UNLIMITED COMMERCIAL, PO BOX 13782, TORRANCE, CA 90503 | |
| 10924 | UNLIMITED DESIGN, 1550 N. TRINNAMAN LANE, LEHI, UT 84043 | |
| 10925 | UNLIMITED SERVICES ENTERPRISES, PO BOX 13782, TORRANCE, CA 90501 | |
| 10924 | UNLIMITED/U.S. BANK, LAS VEGAS, NV 89101 | |
| 10924 | UNOCAL CORP., LISBON GAS PLANT, 38 MILES S.E. MOAB OFF HWY 191, LA SAL, UT 84530 | |
| 10924 | UNOCAL CORPORATION, ACCT DEPT, PO BOX 7600, BREA, CA 92822-7600 | |
| 10924 | UNOCAL EXPLORATION, PO BOX 7096, HOUMA, LA 70361 | |
| 10925 | UNOCAL LAND AND DEVELOPMENT CO, RICHARD K JEMISON GEN MGR, | |
| 10924 | UNOCAL REFINING & MKTG DIV., 1660 W. ANAHEIM STREET, WILMINGTON, CA 90744 | |
| 10924 | UNOCAL THAILAND, LTD., ATTN: ACCOUNTS PAYABLE, RM. 840, PO BOX 7600, LOS ANGELES, CA 90051 | |
| 10925 | UNR ASBESTOS DISEASE CLAIMS TRUST, 161 SOUTH LINCOLNWAY #206, NORTH AURORA, IL 60542-1660 | |
| 10924 | UNR EDUCATION BUILDING, MEET AT RDA OFFICE, RENO, NV 89501 | |
| 10925 | UNREIN, ELMER, 4350 HARBACK MILE RD, BENNETT, CO 80102-0282 | |
| 10925 | UNSON, CARLOS, 14402 PICKET OAKS, CENTREVILLE, VA 22020 | |
| 10925 | UNSWORTH, HARRY, PO BOX 31, SHELYB, IN 46377 | |
| 10925 | UNTHANK, CLAUDE, HC84 BOX 182, PARKERSLAKE, KY 42634 | |
| 10925 | UNTHANK, ROY, 20 S KLINE ST, AMELIA, OH 45102 | |
| 10924 | UNUM BLDG. - H01, 2199 CONGRESS STREET, PORTLAND, ME 04101 | |
| 10924 | UNUM HO1 BUILDING, CONGRESS STREET, PORTLAND, ME 04102 | |
| 10924 | UNUM INSURANCE, PORTLAND, ME 04100 | |
| 10925 | UNZ & CO INC, 190 BALDWIN AVE, JERSEY CITY, NJ 07306 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 UNZ & CO INC, 700 CENTRAL AVE, NEW PROVIDENCE, NJ 07974

10925 UNZ & COMPANY INC, 700 CENTRAL AVE, NEW PROVIDENCE, NJ 07974

10924 UOP INC, LINDE DRIVE, CHICKASAW, AL 36611

10924 UOP INC, UOP WORLD HEADQUARTERS, PO BOX 5017, DES PLAINES, IL 60017-5017

10925 UOP LLC, 25 E. ALGONQUIN RD., DES PLAINES, IL 60017-5017

10924 UOP LLC, 25 E. ALGONQUIN ROAD, DES PLAINES, IL 60017-5017

10925 UOP LLC, DEPT. CH10314, PALATINE, IL 60055-0314

10924 UOP PROCESS DIVISION, EDD DEPT., 50 E ALGONQUIN ROAD, DES PLAINES, IL 60017

10924 UOP PROCESS DIVISION, PO BOX 5017, DES PLAINES, IL 60017

10924 UOP RESEARCH CENTER, 50 E. ALGONQUIN ROAD, DES PLAINES, IL 60017

10924 UOP RESEARCH, 50 E. ALGONQUIN ROAD, DES PLAINES, IL 60017

10924 UOP RESEARCH, PO BOX 5016, DES PLAINES, IL 60017

10924 UOP WORLD HEADQUARTERS, 25 EAST ALGONQUIN ROAD, DES PLAINES, IL 60017

10924 UOP WORLD HEADQUARTERS, PO BOX 5017, DES PLAINES, IL 60017

10924 UOP WORLD HEADQUARTERS, PO BOX 5017, DES PLAINES, IL 60017-5017

10925 UOP, DEPT CH10314, PALATINE, IL 60055-0314

10924 UOP, LAWNDALE AVE. & JOLIET ROAD, LA GRANGE, IL 60525

10924 UP BANK, 7240 GOODLETT FARMS ROAD, COLLIERVILLE, TN 38017

10924 UPACO ADHESIVES, 4105 CASTLEWOOD ROAD, RICHMOND, VA 23234

10924 UPACO, 3 EAST SPIT BROOK ROAD, NASHUA, NH 03060

10925 UPBEAT INC, PO BOX 952098, SAINT LOUIS, MO 63195-2098

10924 UPCHURCH READY MIX CO, 564 MILDRED AVE, CAHOKIA, IL 62206

10924 UPCHURCH READY MIX COMPANY, 2901 MISSOUR BLVD, EAST SAINT LOUIS, IL 62205

10924 UPCHURCH READY MIX COMPANY, 564 MILDRED AVENUE, CAHOKIA, IL 62206

10924 UPCHURCH READY MIX COMPANY, 950 WEST BLVD, BELLEVILLE, IL 62221

10925 UPCHURCH, ANNIE LAURIE, 914 N 24TH ST, PHOENIX, AZ 85008-6019

10925 UPCHURCH, DAVID, 7603 W. 60TH PL, SUMMIT, IL 60501

10925 UPCHURCH, MATTHEW, 6423 FLEMING RD., MORROW, GA 30260

10925 UPCHURCH, ROBERT L, 14228 NICKELODEON, BROOKSVILLE, FL 34613

10925 UPCHURCH, ROBERT, 23191 FARMINGTON RD, FARMINGTON, MI 48336

10924 UPDERGRAFF CONST CO, 100 ELM HILL RD, CAREY, OH 43316

10924 UPDERGRAFF CONSTRUCTION CO., 100 ELM HILL RD., CAREY, OH 43316

10924 UPJOHN COMPANY, 7171 PORTAGE ROAD, KALAMAZOO, MI 49001

10924 UPJOHN COMPANY, THE, 301 HENRIETTA BLVD. BLDG. #209, KALAMAZOO, MI 49001

10924 UPJOHN COMPANY, THE, 410 SACKETT POINT ROAD, NORTH HAVEN, CT 06473

10924 UPJOHN COMPANY-DO NOT USE, 8320-243-74, KALAMAZOO, MI 49001

10924 UPMC HEALTH CENTER, 101 CLIFF MINE RD., CORAOPOLIS, PA 15108

10924 UPMC PASSAVANT HOSPITAL C/O WYATT, 9100 BABCOCK BLVD., PITTSBURGH, PA 15237

10925 UPMC SHADYSIDE (SHADYSIDE HOSPITAL), 200 LOTHRUP ST, PITTSBURGH, PA 15213

10924 UPMC SPORTS PERFORMANCE COMPLEX, 31ST AND EAST CARSON STREETS, PITTSBURGH, PA 15203

10925 UPNER, SANDRA, 109 EAST 49TH ST, ANNISTON, AL 36201

10924 UPPER CAPE R/M-SEE #500441, THOMAS LANDERS RD, TEATICKET, MA 02536

10924 UPPER PENINSULA CONC PIPE, P O BOX 313, ESCANABA, MI 49829

10924 UPPER PENINSULA CONC PIPE, PO BOX313, ESCANABA, MI 49829

10924 UPPER PENINSULA CONC PIPE, US 2 NORTH & HWY 41, ESCANABA, MI 49829

10924 UPPER PLAINS CONTRACTING, INC., 5325 HIGHWAY 12 EAST, ABERDEEN, SD 57401

10924 UPPER PLAINS CONTRACTING, INC., P.O. BOX 966, ABERDEEN, SD 57402

10924 UPPER POTTSGROVE SCHOOL, 32 PLUM STREET, TRENTON, NJ 08638

10924 UPPER SANDUSKY CONC PRODU, 6326 COUNTY HIGHWAY 61, UPPER SANDUSKY, OH 43351

10924 UPPER SANDUSKY CONCRETE, 6326 COUNTY HIGHWAY 61, UPPER SANDUSKY, OH 43351

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  UPPER ST. CLAIR H.S., 1825 MCLAUGHLIN RUN ROAD, UPPER SAINT CLAIR, PA 15241

10924  UPPER VALLEY MED CTR C/O OMNI FP, 3030 N. COUNTY ROAD 25-A, TROY, OH 45373

10925  UPS CUSTOMHOUSE BROKERAGE INC, PO BOX 34486, LOUISVILLE, KY 40232

10925  UPS CUSTOMHOUSE BROKERAGE, INC, PO BOX 34486, LOUISVILLE, KY 40232

10925  UPS CUSTOMHOUSE BROKERAGE, PO BOX 34486, LOUISVILLE, KY 40232

10924  UPS HUB 2000(WF5521), 4600 JENNINGS LANE, LOUISVILLE, KY 40218

10925  UPS TRUCKLEASING, 990 HAMMOND DR, ATLANTA, GA 30328

10925  UPS, MARY THOMAS,

10925  UPSHAW, JOHN, PO BOX 8493, NEWARK, NJ 07108

10925  UPSHAW, LUELLA, C/O WILLIE FAYE HARRIS, MILWAUKEE, WI 53208

10925  UPSHER, LOWRY, 2579 BALWYNNE PARK, PHILADELPHIA, PA 19131

10924  UPSHER-SMITH, 13700 1ST. AVE. NORTH, MINNEAPOLIS, MN 55441

10924  UPSHER-SMITH, 14905 23RD AVE. NORTH, MINNEAPOLIS, MN 55447

10924  UPSON MEDICAL CENTER, 801 W. GORDEN, THOMASTON, GA 30286

10924  UPSON REGIONAL MEDICAL CENTER, 801 WEST GORDEN STREET, THOMASTON, GA 30286

10925  UPSTAIRS AT THE PUDDING, 1 WINTHROP ST, CAMBRIDGE, MA 02138

10925  UPSTATE CONSTRUCTION SERVICES INC., 115 BOY ST., SPARTANBURG, SC 29303

10924  UPSTATE INSULATED GLASS, 1870 ERIE BLVD. EAST, SYRACUSE, NY 13210

10925  UPSTATE REFRIGERATION SERVICE INC, PO BOX 25457, GREENVILLE, SC 29616

10925  UPSTATE TROPHIES & BOWLING INC., 202 N. MAIN ST, MAULDIN, SC 29662

10925  UPTAIN, GARY, PO BOX 115, MELROSE, FL 32666

10925  UPTHEGROVE, RODNEY, PO BOX 807X, KALKASKA, MI 49646

10925  UPTIME TECHNOLOGY INC., 1143 COTSWOLD LN., WEST CHESTER, PA 19380

10925  UPTIME TECHNOLOGY, INC, 1000 BALA FARMS DRIVE, WEST CHESTER, PA 19382

10925  UPTON, CLARENCE, 310 E. HIGHLAND, TECUMSEH, OK 74873

10925  UPTON, JANE T, CUST FOR MORWIN SCHMOOKLER, UNIF GIFT MIN ACT FL, FDR STATION67, PO BOX 1568, NEW YORK, NY 10150-1568

10925  UPTON, JOHN, 418 BERRY SHOALS ROAD, DUNCAN, SC 29334-9429

10925  UPTON, MAUREEN, 7 COTTAGE AVE, SOMERVILLE, MA 02144

10925  UPTON, STEPHEN, 1025 NEWMANS TRAIL, HENDERSONVILL, TN 37075

10925  UPTOWN CATERERS, HOUSE OF REPRESENTATIVES, WASHINGTON, DC 20515

10924  UPTOWN THEATRE, 3700 BROADWAY ST., KANSAS CITY, MO 64108

10925  URAN, WADE, 17 CALYPSO, CASPER, WY 82604

10925  URANGA, RAMONA, 7 GLOVER ST, BRUNSWICK, ME 04011-7407

10925  URANGO, JOSEPH, 530 N C ST, OXNARD, CA 93030

10925  URANKER, WILLIAM, PO BOX 3161, ROCK SPRINGS, WY 82902

10925  URBAETIS, NANCY, 9893 TALL TIMBER DRIVE, CINCINNATI, OH 45241

10925  URBALEJO, JOE, 3902 W GRANT, PHOENIX, AZ 85009

10925  URBAN APPALACHIAN COUNCIL, 2115 W. 8TH ST., CINCINNATI, OH 45204

10925  URBAN LEAGUE OF BROWARD COUNTY,INC, 11 NORTHWEST 36TH AVE., FORT LAUDERDALE, FL 33311

10925  URBAN LEAGUE OF PALM, 1700 NORTH AUSTRALIAN AVE, WEST PALM BEACH, FL 33407

10925  URBAN LEAGUE OF PBC, INC, POST OFFICE BOX 949, WEST PALM BEACH, FL 33407

10925  URBAN REAL ESTATE RESEARCH INC, 18 E HURON 2ND FL, CHICAGO, IL 60611

10925  URBAN, JOSEPH, 1802 BOULDER DRIVE, MT. PROSPECT, IL 60056

10925  URBAN, MARY, 220 HIGH COUNTRY DR, PINEVILLE, LA 71360

10925  URBAN, RANDY, 725 W. MORGAN DRIVE, COATESVILLE, PA 19320

10925  URBAN, SANDRA, 3856 BEVER AVE. SE, CEDAR RAPIDS, IA 52403

10925  URBANC, CINDY, 14156 S REDLAND RD, OREGON CITY, OR 97045

10925  URBANIAK, MARYANN, 723 KENNEDY BLVD, MANVILLE, NJ 08835

10925  URBANIC, DAWNA, 1646 WASHINGTON ST, HEIDELBERG, PA 15106

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | URBANSKI, BONNIE, 1612 WORCESTER RD, FRAMINGHAM, MA 01701 | |
| 10925 | URBIGKIT, MIKE, 132 APACHE DRIVE, EVANSTON, WY 82930 | |
| 10925 | URBINA, LORI, 13351 MT. WHITNEY, RENO, NV 89506 | |
| 10925 | URBINO, VICTOR, 305 N NEW HOPE ROAD, GASTONIA, NC 28054 | |
| 10925 | URCHIKE, LORI ANN, 3722 W MEGAN ST, CHANDLER, AZ 85226 | |
| 10925 | URCIOLO, JOSEPH, 8000 GLENSIDE DRIVE, SILVER SPRING, MD 20912 | |
| 10925 | URENA, VICTOR, 3524 95TH ST, JACKSON HEIGHTS], NY 11372 | |
| 10924 | URESCO CONST MATL INC, PO BOX1778, KENT, WA 98032 | |
| 10924 | URESCO CONSTRUCTION, 1077 ASPEN STREET, FAIRBANKS, AK 99709 | |
| 10924 | URESCO CONSTRUCTION, 8246 S. 194TH ST., KENT, WA 98035 | |
| 10924 | URESCO CONSTRUCTION, CAMBRIDGE, MA 02140 | |
| 10924 | URESCO, 8246 S 194TH STREET, KENT, WA 98035 | |
| 10925 | URETA, ENRIQUE, 11933 CENTRALIA, LAKEWOOD, CA 90715 | |
| 10924 | URETHANE SUPERIEUR DE QUEBEC INC, 1730 A, RUE CUNARD, CHOMEDEY LAVAL, QC H7S 2B2TORONTO | *VIA Deutsche Post* |
| 10924 | URETHANE SUPERIEUR, 1730 RUE CUNARD, CHOMEDEY LAVAL, QC H7S 2B2TORONTO | *VIA Deutsche Post* |
| 10925 | URGENT CARE CENTER, 9695 BASELINE ROAD, RANCHO CUCAMONGA, CA 91730 | |
| 10925 | URGENT MEDICAL CARE OF VIENNA, 100 MAPLE AVE EAST, VIENNA, VA 22180 | |
| 10925 | URGENT MEDICAL CARE, 311 SOUTH CYPRESS RD, POMPANO BEACH, FL 33060 | |
| 10925 | URGENT TREATMENT CENTER, PO BOX 70375, LOUISVILLE, KY 40270-0375 | |
| 10925 | URGENT TREATMENT CENTERS, 3174 CUSTER DR, LEXINGTON, KY 40517 | |
| 10925 | URGENTCARE, PO BOX 980040, LOUISVILLE, KY 40298-0040 | |
| 10925 | URGO, CARMEL, 6 WOODLAND RD, WEST CALDWELL, NJ 07006 | |
| 10925 | URGUILLA, JOSE, 2268 PIMMIT RUN LANE, #3, FALLS CHURCH, VA 22043 | |
| 10925 | URIAS, BECKY, 907 N. POLK, AMARILLO, TX 79107 | |
| 10925 | URIAS, MELISSA, 1606 CALLE SUR # A, HOBBS, NM 88240 | |
| 10925 | URIBE, IRENE, 627 WOODHAVEN DR, BURLINGTON, NC 27217 | |
| 10925 | URIBE, MARK, 12750 TORCH STR., BALDWIN PARK, CA 91706 | |
| 10925 | URIBE, RICARDO, 2250 ALYSSUM, UPLAND, CA 91780 | |
| 10925 | URIBE, VICTOR, 729 ROBERT DR, CORPUS CHRISTIE, TX 78412 | |
| 10925 | URIELL, MARK W, 2855 JORDAN AVE S #410, MINNETONKA, MN 55305 | |
| 10925 | URIZ, JOSE, 940 WILLIVEE DR., DECATUR, GA 30033 | |
| 10925 | URJIL, ANTHONY, 21 DOWNFALL ROAD, BYFIELD, MA 01922 | |
| 10925 | URNOSKY, PAMELA, 5809 77TH ST., LUBBOCK, TX 79424 | |
| 10925 | URPS, MONICA, 529 EAST 38 ST, HOUSTON, TX 77022 | |
| 10925 | URQUHART, CARMEN, 722 HICKORY OAK, MARTINEZ GA, GA 30907 | |
| 10925 | URQUIDI, MANUEL, 608 W. VIEW RD., EL PASO, TX 79911 | |
| 10925 | URQUILLA, CARLOS, 1817 N QUINN ST #302, ARLINGTON, VA 22209 | |
| 10925 | URQUILLA, JOSE, 1817 N QUINN ST #302, ARLINGTON, VA 22209 | |
| 10925 | URRABAS, CORNELIA, 2015 FITCH, SAN ANTONIO, TX 78211 | |
| 10925 | URRABAZO, JANIE, 2600 BENTLEY RD. #2202, MARIETTA, GA 30067 | |
| 10925 | URRIOLA, ALEXIA I., 2127 BROOK VIEW, DORAVILLE, GA 30340 | |
| 10925 | URRUTIA, CARLOS, 81 DUCK TRAIL POND DR.N, WANTAGH, NY 11793 | |
| 10925 | URS CORP, 12 COMMERCE DR, CRANFORD, NJ 07016 | |
| 10925 | URS CORP, 12 COMMERCE DR, CRANFORD, NJ 07016-3549 | |
| 10925 | URS CORP, BRYAN SMITH, 707 17TH ST, SUITE 3400, DENVER, CO 80202 | |
| 10925 | URS CORP, MGR PROPERTY DEPT #179, 101 SOUTH WACKER DR, CHICAGO, IL 60606 | |
| 10925 | URS CORP/DAMES & MOORE, 756 EAST WINCHESTER ST SUITE 400, SALT LAKE CITY, UT 84107 | |
| 10925 | URS CORP/DAMES & MOORE, FILE #52627, LOS ANGELES, CA 90074-2627 | |
| 10925 | URS CORP/DAMES & MOORE, PO BOX 121028, SALT LAKE CITY, UT 84107 | |
| 10925 | URS CORPORATION, 263 SEABOARD LANE, SUITE 200, FRANKLIN, TN 37067 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | URS CORPORATION, 3676 HARTSFIELD ROAD, TALLAHASSEE, FL 32303 | |
| 10925 | URS CORPORATION, PO BOX 201088, AUSTIN, TX 78759-1088 | |
| 10925 | URS DAMES & MOORE, 87, AVE DE PARIS, NANTERRE CEDEX, 92017FRANCE | *VIA Deutsche Post* |
| 10925 | URS DAMES & MOORE, FILE # 52627, LOS ANGELES, CA 90074-2627 | |
| 10925 | URS GREINER WOODWARD CLYDE, 2822 ONEAL LN., BATON ROUGE, LA 70816 | |
| 10925 | URS GREINER WOODWARD CLYDE, ATTN: KIRAN SRINIVASAN, ONE NORTHWIND PLAZA, HOUSTON, TX 77040 | |
| 10925 | URS GREINER WOODWARD CLYDE, DEPT 1028, POBOX 121028, DALLAS, TX 75312-1028 | |
| 10925 | URS GREINER WOODWARD CLYDE, PO BOX 101556, ATLANTA, GA 30392-1556 | |
| 10925 | URS GREINER WOODWARD CLYDE, PO BOX 39000, SAN FRANCISCO, CA 94139-5964 | |
| 10925 | URS GREINER WOODWARD CLYDE, POBOX 39000, SAN FRANCISCO, CA 94139-5964 | |
| 10925 | URS GREINER WOODWARD CLYDE, STANFORD PLACE 3 #1000, 4582 S ULSTER ST PKWY, DENVER, CO 80237 | |
| 10925 | URS INFORMATION SYSTEMS INC., 36 JONSPIN ROAD, WILMINGTON, MA 01887 | |
| 10925 | URS/BRW, FILE 54967, LOS ANGELES, CA 90074-4967 | |
| 10925 | URSCHEL, SUZANNE, 545 ASPEN WAY, FERNLEY, NV 89408 | |
| 10925 | URSILLO, JOY, 131 EASTERN AVE, 304, MANCHESTER, NH 03104 | |
| 10925 | URSO, ANNA, 5254 S. MEADE, CHICAGO, IL 60638 | |
| 10925 | URSO, ANNA, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10925 | URSO, EVE, 12 RAYMOND AVE, NUTLEY, NJ 07110 | |
| 10925 | URSO, PHILIP, 12 RAYMOND AVE, NUTLEY, NJ 07110 | |
| 10925 | URSU, RODICA, 210 GERRY ROAD, CHESTNUTT HIL, MA 02467 | |
| 10925 | URUBURO, DARIO, 4824 LINCOLN AVE, BELTSVILLE, MD 20705 | |
| 10925 | URUNKAR, SULBHA, 4603 COUNTY ST, PORTSMOUTH, VA 23707 | |
| 10925 | URWIN, DONALD, 27 WYCLIFFE ROAD, WATERLOO, NY 13165 | |
| 10925 | URY, GEORGE A, 511 HIGHLAND AVE, NATIONAL CITY, CA 91950-2428 | |
| 10925 | US AIR CLUB ADMINISTRATION, PO BOX 307, PITTSBURGH, PA 15230-9766 | |
| 10925 | US AIR CLUB, THE, PO BOX 641170, PITTSBURGH, PA 15264-1170 | |
| 10925 | US AIR FORCE DEPT OF AIR FORCE REG, LARRY LAWTON, 333 MARKET ST, SUITE 625, SAN FRANCISCO, CA 94105 | |
| 10925 | US AIRWAYS CLUB ADMINISTRATION, PO BOX 100, WINSTON SALEM, NC 27102-0100 | |
| 10925 | US AIRWELD, INC, PO BOX 62555, PHOENIX, AZ 85082 | |
| 10925 | US ALLIANCE FEDERAL CREDIT UNION, POBOX 9204, WALTHAM, MA 02454-9204 | |
| 10925 | US ALUMINATE, 701 CHESAPEAKE AVE., BALTIMORE, MD 21225 | |
| 10925 | US ALUMINATE, 9411 PHILADELPHIA RD STE H, BALTIMORE, MD 21237 | |
| 10924 | US APPEALS COURT, ROLLIE FRENCH, SAN FRANCISCO, CA 94101 | |
| 10924 | US ARMY RESERVE, FORT LEWIS, WA 98433 | |
| 10925 | US ASSEMBLIES, 3303 TERMINAL DR, RALEIGH, NC 27602 | |
| 10925 | US ATTORNEYS OFFICE, ATTN: ALEJANDRO N MAYORKAS, 300 N LOS ANGELES ST #7516, LOS ANGELES, CA 90012 | |
| 10925 | US BANKNOTE CORP, HARVEY J KESNER VP & GEN COUN, 345 HUDSON ST, NEW YORK, NY 10014 | |
| 10925 | US BEARING & DRIVES, 3905 W. VAN BUREN, SUITE 2 & 3, PHOENIX, AZ 85009-4078 | |
| 10924 | US BORAX, 14486 BORAX ROAD, BORON, CA 93516 | |
| 10925 | US BRASS CO, DEBRA L BAKER, | |
| 10925 | US CAN, 434 CORINTH RD, NEWNAN, GA 30263 | |
| 10925 | US CAN, 98 AMLAJACK BLVD, NEWNAN, GA 30265 | |
| 10925 | US CELLULAR - MILWAUKEE, POBOX 0203, PALATINE, IL 60055-0203 | |
| 10925 | US CHEMICALS INC, 280 ELM ST, NEW CANAAN, CT 06840 | |
| 10924 | US COAST GUARDS, BIRCH, SAN PEDRO, CA 90731 | |
| 10925 | US COEXCELL, INC, PO BOX 67000, DETROIT, MI 48267-0933 | |
| 10925 | US COMMITTEE FOR UNICEF, PO BOX 646, LUMBERTON, NJ 08048 | |
| 10925 | US CONSTRUCTION CORP., 177 HILLSIDE AVE, WHITE PLAINS, NY 10603 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   US COURT OF APPEALS, 56 FORSYTH ST NW, ATLANTA, GA 30303

10924   US COURTHOUSE & FEDERAL BUILDING, 5TH & HAMILTON, ALLENTOWN, PA 18101

10925   US CUSTOMS SERVICE, PO BOX 100769, ATLANTA, GA 30384

10925   US CUSTOMS SERVICE, POBOX 70915, CHICAGO, IL 60673-0915

10925   US DAIRY COMPANY, PO BOX 6217, CAROL STREAM, IL 60197-6217

10925   US DATA CORPORATION, 2435 N. CENTRAL EXPRESSWAY, RICHARDSON, TX 75080

10924   US DEPARTMENT OF AGRICULTURE, BARC-WEST, 10300 BALTIMORE AVE., BELTSVILLE, MD 20705-2350

10924   US DEPT OF AG.OFFICE OF, FINANCE & MANG.NAT.FIN.CT, NEW ORLEANS, LA 70160

10925   US DEPT OF COMMERCE NCG33, ADMIN. NATL OCEAN SERVIC, RIVERDALE, MD 20737-1199

10925   US DEPT OF COMMERCE, PO BOX 100955, ATLANTA, GA 30384-0955

10925   US DEPT OF DEFENSE - OFFICE OF GEN, ROBERT S TAYLOR DEPUTY GEN COUN, PENTAGON, ROOM 3E980, WASHINGTON, DC 20301

10925   US DEPT OF ENERGY, 1000 INDEPENDENCE AVE SW, WASHINGTON, DC 20585

10925   US DEPT OF ENERGY, ATLANTA REG OFFICE, 75 SPRING ST #200, ATLANTA, GA 30308-3308

10925   US DEPT OF ENERGY, ATLANTA REGIONAL OFFICE, 75 SPRING ST, STE 200, ATLANTA, GA 30308-3308

10925   US DEPT OF ENERGY, BOSTON REGIONAL OFFICE, JFK FEDERAL BLDG, ROOM 675, BOSTON, MA 02203-0002

10925   US DEPT OF ENERGY, BOSTON REGIONAL OFFICE, JFK FEDERAL BLDG, ROOM 675, BOSTON, MA 02203-0002

10925   US DEPT OF ENERGY, CHICAGO REGIONAL OFFICE, ONE S WACKER DR # 2380, CHICAGO, IL 60606-4616

10925   US DEPT OF ENERGY, CHICAGO REGIONAL OFFICE, ONE S WACKER DRIVE, STE 2380, CHICAGO, IL 60606-4616

10925   US DEPT OF ENERGY, PHILADELPHIA REG OFFICE, 1880 JFK BLVD, STE 501, PHILADELPHIA, PA 19103-7483

10925   US DEPT OF ENERGY, PHILADELPHIA REGIONAL OFFICE, 1880 JFK BLVD, STE 501, PHILADELPHIA, PA 19103-7483

10925   US DEPT OF ENERGY, PO BOX 18041, ALBUQUERQUE, NM 87185-8041

10925   US DEPT OF ENERGY, SEATTLE REGIONAL OFFICE, 800 FIFTH AVE #3950, SEATTLE, WA 98104-3122

10925   US DEPT OF ENERGY, SEATTLE REGIONAL OFFICE, 800 FIFTH AVE , STE 3950, SEATTLE, WA 98104-3122

10925   US DEPT OF INTERIOR, 1849 C ST NW, WASHINGTON, DC 20240

10925   US DEPT OF JUSTICE ENV & NR DIVISIO, STANLEY L LALSKOWSKI, AND SUZANNE R SCHA, PO BOX 7611, BEN FRANKLIN STATION, WASHINGTON, DC 20044-7611

10925   US DEPT OF JUSTICE ENV AND NR DIVIS, CYNTHIA S HUBER SUSAN M AKERS LOI, PO BOX 7611, BENJAMIN FRANKLIN STATION, WASHINGTON, DC 20044

10925   US DEPT OF JUSTICE ENV AND NR DIVIS, GEORGE AB PIERCE, PO BOX 7611 1425 NEW YORK AVE NW, ROOM 13073, WASHINGTON, DC 20044-7611

10925   US DEPT OF JUSTICE ENVIR & NAT RESOURCES DIV, MYLES FLINT ASST ATTY GEN, PO BOX 7611, BEN FRANKLIN STATION, WASHINGTON, DC 20044

10925   US DEPT OF JUSTICE LAND & NATURAL D, ANGUS MACBETH ACTING ASST ATTY GENE, WASHINGTON, DC 20530

10925   US DEPT OF JUSTICE WESTERN DISTRICT, JOHN SMIETANKA ASST US ATTY, 399 FEDERAL BLDG, 110 MICHIGAN NW, GRAND RAPIDS, MI 49503

10925   US DEPT OF JUSTICE, 1441 MAIN ST SUITE 500, COLUMBIA, SC 29201

10925   US DEPT OF JUSTICE, 400 N TAMPA ST, TAMPA, FL 33602

10925   US DEPT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530-0001

10925   US DEPT OF JUSTICE, ATTORNEY GENERAL, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530-0001

10925   US DEPT OF JUSTICE, ENVIR &NAT RESOURCES DIV, PO BOX 7611, WASHINGTON, DC 20044

10925   US DEPT OF JUSTICE, ENVIR &NAT RESOURCES DIV, SCHIFFER LOIS J ASST ATTY, 301 HOWARD ST #870, SAN FRANCISCO, CA 94105

10925   US DEPT OF JUSTICE, JEREL L ELLINGTON, SR COUNSEL, ENVIR ENFORCEMENT SECT, 999 18TH ST #500, DENVER, CO 80202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   US DEPT OF JUSTICE, JOSH SWIFT, PO BOX 23986, WASHINGTON, DC 20026-3986

10925   US DEPT OF JUSTICE, ONE GATEWAY CENTER # 616, NEWTON, MA 02450

10925   US DEPT OF JUSTICE, PO BOX 7611, WASHINGTON, DC 20044

10925   US DEPT OF STATE, 2400 MAIN ST NW ROOM 101, WASHINGTON, DC 20520

10925   US DEPT OF STATE, 518 23RD ST NW, WASHINGTON, DC 20520

10925   US DEPT OF THE INTERIOR, 1849 C. ST NW, WAHSINGTON, DC 20240

10925   US DEPT. OF HOUSING & URBAN DEVELOP, PO BOX 954199, SAINT LOUIS, MO 63195-4199

10925   US DEPT. OF INTERIOR, BUREAU OF LAND MANAGEMENT,

10925   US DEPT. OF TRANSPORTATION, PO BOX 740188, ATLANTA, GA 30374-0188

10925   US ECOLOGY, PO BOX 578, BEATTY, NV 89003

10925   US ELECTRONICS GLENVIEW INDU, 3308 COMMERCIAL AVE, NORTHBROOK, IL 60062

10925   US ENVIRONMENTAL PROTECTION AGENCY, POBOX 360515, PITTSBURGH, PA 15251-6515

10925   US ENVIRONMENTAL PROTECTION, PO BOX 100142, ATLANTA, GEORGIA, GA 30303-3104

10925   US ENVIRONMENTAL, PO BOX 70753, CHICAGO, IL 60673

10925   US EPA - REGION 1, MA SUPERFUND SECTION, 1 CONGRESS ST #1100, MAIL CODE HBO, BOSTON, MA 02114

10925   US EPA - REGION 1, MELISSA TAYLOR MA SUPERFUND SECTION, ONE CONGRESS ST, 1100 MAIL CODE HBO, BOSTON, MA 02114

10925   US EPA - REGION II - EMERGENCY & REM, EDWARD ALS CHIEF NY REMED BRA, 290 BROADWAY, NEW YORK, NY 10007-1866

10925   US EPA ENFORCEMENT COMPLIANCE AND E, NATHAN WISER MICHAEL T RISHER DAVID, 999 18TH ST, SUITE 500, DENVER, CO 80202-2466

10925   US EPA HEADQUARTERS, ARIEL RIOS BLDG, 1200 PENNSYLVANIA AVE , NW, WASHINGTON, DC 20004

10925   US EPA HEADQUARTERS, ARIEL RIOS BLDG, 1200 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004

10925   US EPA NEW ENGLAND MA, SUPERFUND SEC, ONE CONGRESS STE. 1100, MAIL CODE #HBO, BOSTON, MA 02114

10925   US EPA OFFICE OF ENV SERVICES NEW E, DAVID M PETERSON, ONE CONGRESS ST, SUITE 1100, BOSTON, MA 02114-2023

10925   US EPA REG 5, DRINKING WATER BRANCH, 77 W JACKSON BLVD, CHICAGO, IL 60604-3590

10925   US EPA REG II, EMG & REMEDIAL RESPONSE, 290 BROADWAY, NEW YORK, NY 10007-1866

10925   US EPA REG V REMED & ENFORCE RESP, 77 W JACKSON BLVD, CHICAGO, IL 60604

10925   US EPA REGION 1, DON MCELROY, PROJ MGR, ONE CONGRESS ST #1100, MAILCODE HBO, BOSTON, MA 02108

10925   US EPA REGION 1, GRETCHEN MUENCH, COUNSEL, OFFICE OF REG COUNSEL, JFK FEDERAL BLDG, MAIL CODE RTC, BOSTON, MA 02203

10925   US EPA REGION 1, JFK FEDERAL BLDG (RAA), BOSTON, MA 02203

10925   US EPA REGION 1, MARY GARREN, REMED PROJ MGR, ONE CONGRESS ST #1100, MAILCODE HBO, BOSTON, MA 02114

10925   US EPA REGION 1, PO BOX 360197M, PITTSBURG, PA 15251

10925   US EPA REGION 10, 1200 6TH AVE, SEATTLE, WA 98101

10925   US EPA REGION 10, 1200 SIXTH AVE, SEATTLE, WA 98101

10925   US EPA REGION 10, ATTN: EARL LIVERMAN, ON-SCENE COORDINATOR, 1910 NORTHWEST BLVD #208, COEUR DALENE, ID 83814

10925   US EPA REGION 2, 290 BROADWAY, NEW YORK, NY 10007

10925   US EPA REGION 2, 290 BROADWAY, NEW YORK, NY 10007-1866

10925   US EPA REGION 2, ATTN: EDWARD ALS, CHIEF, NY REMEDIATION BRANCH, EMER & REMEDIAL RESP DIV, 290 BROADWAY, NEW YORK, NY 10007

10925   US EPA REGION 2, MAGARET CHONG, ON-SCENE COORD, BLDG 209 - MAILSTOP 211, 2890 WOODBRDIGE AVE, EDISON, NJ 08837

10925   US EPA REGION 2, MICHAEL FERRIOLA, ON-SCENE COORD, EMERGENCY RESPONSE BRANCH, 2890 WOODBRIDGE AVE, BLDG 209 MAILSTOP 211, EDISON, NJ 00837

10925   US EPA REGION 2, OFFICE OF REGIONAL COUNSEL, ATTN: BRIAN CARR, REG COUNSEL, 290 BROADWAY, NEW YORK, NY 10007

10925   US EPA REGION 3, 1650 ARCH ST, PHILADELPHIA, PA 19103

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 US EPA REGION 3, 841 CHESTNUT BLDG, PHILADELPHIA, PA 19107

10925 US EPA REGION 3, ATTN: DEBORAH E CARLSON, WHEELING FIELD OFFICE, 401 METHODIST BLDG, 11TH & CHAPLINE ST, WHEELING, WV 26003

10925 US EPA REGION 3, ATTN: ESTENA MCGHEE, PRM, WASTE & CHEMICALS MGT DIV, 1650 ARCH ST, PHILADELPHIA, PA 19103

10925 US EPA REGION 3, ATTN: GERALD HOOVER, 1650 ARCH ST, PHILADELPHIA, PA 19103

10925 US EPA REGION 3, ATTN: MARCIA PRESTON, ASST COUNSEL, 1650 ARCH ST, PHILADELPHIA, PA 19103

10925 US EPA REGION 4, ARTHUR SMITH, ON-SCENE COORD, 600 DR M.L.K., JR PLACE RM 216K, LOUISVILLE, KY 40202

10925 US EPA REGION 4, ATLANTA FEDERAL CENTER, 100 ALABAMA ST SW, ATLANTA, GA 30303-3104

10925 US EPA REGION 4, ATTN: BONNIE SAWYER, OFFICE OF REG COUNSEL, SAM NUNN FEDERAL BLDG, 61 FORSYTH ST, ATLANTA, GA 30303

10925 US EPA REGION 4, NESTOR YOUNG, REMED PROJ MGR, ATLANTA FEDERAL CENTER, 61 FORSYTH ST, ATLANTA, GA 30303

10925 US EPA REGION 4, OFFICE OF REG COUNSEL, ATTN: WILDA COBB, ESQ, SAM NUNN FEDERAL BLDG, 61 FORSYTH ST, ATLANTA, GA 30303

10925 US EPA REGION 4, ROBERT W COPLAN, REG COUNSEL, ATLANTA FEDERAL CENTER, 61 FORSYTH ST SW, ATLANTA, GA 30303

10925 US EPA REGION 4, YVONNE JONES, REMED PROJ MGR, ATLANTA FEDERAL CENTER, 61 FORSYTH ST, ATLANTA, GA 30303

10925 US EPA REGION 5, 77 W JACKSON BLVD, CHICAGO, IL 60604

10925 US EPA REGION 5, ATTN: FRED MICKE, ON-SCENE COORDINATOR, 77 W JACKSON BLVD, CHICAGO, IL 60604

10925 US EPA REGION 5, ATTN: MS LOLITA HILL, MAIL STATION SC-63, 77 W JACKSON BLVD, CHICAGO, IL 60604

10925 US EPA REGION 5, ATTN: SONIA R VEGA, ON-SCENE COORDINATOR, 77 W JACKSON BLVD, CHICAGO, IL 60604

10925 US EPA REGION 5, JACQUELINE KLINE, 77 WEST JACKSON BLVD, CHICAGO, IL 60604-3590

10925 US EPA REGION 5, NOLA M HICKS ASST REG COUNSEL, 77 W JACKSON BLVD C-143, CHICAGO, IL 60604

10925 US EPA REGION 5, OFFICE OF REG COUNSEL, THOMAS KRUEGER, 77 WEST JACKSON BLVD, CHICAGO, IL 60604-3590

10925 US EPA REGION 5, PO BOX 70753, CHICAGO, IL 60673

10925 US EPA REGION 5, RONALD KOVACH, DRINKING WATER TREATMENT SPECIALIST, 77 W JACKSON BLVD, CHICAGO, IL 60604

10925 US EPA REGION 5, SONIA R VEGA ON SCENE COORD, 77 WEST JACKSON BLVD, CHICAGO, IL 60604-3590

10925 US EPA REGION 5, SUSAN PERDONO DAVID A ULLRICH, 77 WEST JACKSON BLVD, CHICAGO, IL 60604-3590

10925 US EPA REGION 6, 1445 ROSS AVE #1200, DALLAS, TX 75202

10925 US EPA REGION 6, 1445 ROSS AVE, SUITE 1200, DALLAS, TX 75202

10925 US EPA REGION 6, ATTN: LYDIA BEHN, SUPERFUND COST REC SECTION, 1445 ROSS AVE, #1200, DALLAS, TX 75202-2733

10925 US EPA REGION 7, 901 N 5TH ST, KANSAS CITY, KS 66101

10925 US EPA REGION 7, PO BOX 360748M, PITTSBURGH, PA 15251

10925 US EPA REGION 8, 999 18TH ST, #300, DENVER, CO 80202

10925 US EPA REGION 8, 999 18TH ST, SUITE 500, DENVER, CO 80202

10925 US EPA REGION 8, 999 18TH ST, SUITE 500, DENVER, CO 80202-2466

10925 US EPA REGION 8, ATTN: JOYCE ACKERMAN, ON-SCENE COORDINATOR, 999 18TH ST #500, DENVER, CO 80202

10925 US EPA REGION 8, ATTN: NATHAN WISER, CHIEF, TECHNICAL ENFORCE PROG, 999 18TH ST #500, DENVER, CO 80202

10925 US EPA REGION 8, ATTN: PAUL R PERONARD, ON-SCENE COORDINATOR, OFFICE OF ENFORCEMENT, 999 18TH ST #500, DENVER, CO 80202

10925 US EPA REGION 8, MATTHEW COHN MAX DODSON, 999 18TH ST, SUITE 300, DENVER, MT 80202

10925 US EPA REGION 8, MATTHEW COHN, SR ENFORC ATTY, OFFICE OF ENFORCEMENT, 999 18TH ST #500, DENVER, CO 80202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | US EPA REGION 9, 75 HAUWTHORNE ST, SAN FRANCISCO, CA 94105 | |
| 10925 | US EPA REGION 9, 75 HAWTHORNE ST, SAN FRANCISCO, CA 94105 | |
| 10925 | US EPA REGION 9, ATTN: BRET MOXLEY, SFD-6, 75 HAWTHORNE ST, SAN FRANCISCO, CA 94105 | |
| 10925 | US EPA REGION 9, ATTN: DAVID RABBINO, 75 HAWTHORNE ST, SAN FRANCISCO, CA 94108 | |
| 10925 | US EPA REGION 9, ATTN: ELIZABETH COX, OFFICE OF THE REG COUNSEL, 75 HAWTHORNE ST, SAN FRANCISCO, CA 94105 | |
| 10925 | US EPA REGION 9, ATTN: ROBERT M MANDEL, ON-SCENE COORD EMERG RESPON, SFD-6, 75 HAWTHORNE ST, SAN FRANCISCO, CA 94105 | |
| 10925 | US EPA REGION 9, NANCY MARVEL & ARTHUR HAUBENS, 75 HAWTHORNE ST M/S OCR-3, SAN FRANCISCO, CA 94105 | |
| 10925 | US EPA REGION I, MELISSA TAYLOR, JFK FEDERAL BLDG (RAA), BOSTON, MA 02203 | |
| 10925 | US EPA REGION I, MINDY S LUBBER REGIONAL ADMIN, ONE CONGRESS ST #1100, BOSTON, MA 02114-2023 | |
| 10925 | US EPA REGION I, ONE CONGRESS ST, MAIL CODE #HBO, BOSTON, MA 02203-0001 | |
| 10925 | US EPA REGION II, 290 BROADWAY, NEW YORK, NY 10007-1866 | |
| 10925 | US EPA REGION II, LILIANA VILLATORA ASST REG, 290 BROADWAY 17TH FL, NEW YORK, NY 10007-1866 | |
| 10925 | US EPA REGION II, MICHAEL FERRIOLA ON-SCENE COORD, 2890 WOODBRIDGE AVE, EDISON, NJ 08837 | |
| 10925 | US EPA REGION III, 841 CHESTNUT BLDG, PHILADELPHIA, PA 19107 | |
| 10925 | US EPA REGION III, WASTE & CHEMICALS MGMT DIV, 1650 ARCH ST, PHILADELPHIA, PA 19103-2029 | |
| 10925 | US EPA REGION IV, ATTN: JENNIFER M LEWIS, OFFICE OF LEGAL SUPPORT, 61 FORSYTH ST SW, ATLANTA, GA 30303 | |
| 10925 | US EPA REGIONS 3/8, DAN THORNTON, REG COORD, ACCEL RESPONSE CENTER, US EPA HEADQUARTERS, 1200 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004 | |
| 10925 | US EPA REMEDIAL AND ENFORCEMENT RES, REBECCA FREY REMEDIAL PROJECT MANAG, 230 SOUTH DEARBORN ST, CHICAGO, IL 60604 | |
| 10924 | US EPA, 1 SABINE ISLAND DRIVE, GULF BREEZE, FL 32561 | |
| 10924 | US EPA, 80 ASHBY ROAD, BEDFORD, MA 01730 | |
| 10925 | US EPA, ARIEL RIOD BLDG, 1200 PENNSYLVANIA AVE NW, WASHINGTON, DC 20460 | |
| 10925 | US EPA, ATTN: DAVID J NEWTON, REMEDIAL PROJ MGR, PO BOX 6329, BOSTON, MA 02114-6327 | |
| 10925 | US EPA, CHRISTIE WHITMAN ADMINISTRATOR, 401 M ST SW, WATERSIDE MALL MAIL CODE 1101, WASHINGTON, DC 20460 | |
| 10925 | US EPA, JOHN MARTIN ON-SCENE COORDINATOR RE, 1445 ROSS AVE, 12TH FL, DALLAS, TX 75202-2733 | |
| 10925 | US EPA, PETER DECAMBRE ASST ENFORCE, ONE CONGRESS ST, SUITE 1100 (SES), BOSTON, MA 02114-2023 | |
| 10925 | US EPA, PO BOX 360197M, PITTSBURGH, PA 15251 | |
| 10925 | US EPA, PO BOX 360399 M, PITTSBURGH, PA 15251-6399 | |
| 10925 | US EPA, REGION 1, 1 CONGRESS ST , #1100, MAIL CODE HBO, BOSTON, MA 02114 | |
| 10925 | US EPA, REGION 1, MELISSA TAYLOR, PROJECT MGR, OFFICE OF SITE REMEDIATION & RESTORATION, ONE CONG, STE 1100 MAIL CODE HBO, BOSTON, MA 02114 | |
| 10925 | US EPA, REGION 10, 1200 SIXTH AVE, SEATTLE, WA 98101 | |
| 10925 | US EPA, REGION 2, 290 BROADWAY, NEW YORK, NY 10007-1866 | |
| 10925 | US EPA, REGION 3, 1650 ARCH ST, PHILADELPHIA, PA 19103-2029 | |
| 10925 | US EPA, REGION 4, ATLANTA FEDERAL CENTER 61 FORSYTH ST SW, ATLANTA, GA 30303-3104 | |
| 10925 | US EPA, REGION 4, ATLANTA FEDERAL CENTER, 61 FORSYTH ST SW, ATLANTA, GA 30303 | |
| 10925 | US EPA, REGION 5, 77 W JACKSON BLVD, CHICAGO, IL 60604 | |
| 10925 | US EPA, REGION 6, 1445 ROSS AVE STE 1200, DALLAS, TX 75202 | |
| 10925 | US EPA, REGION 7, 901 N 5TH ST, KANSAS CITY, KS 66101 | |
| 10925 | US EPA, REGION 8, 999 EIGHTEENTH ST STE 300, DENVER, CO 80202-2466 | |
| 10925 | US EPA, REGION 9, 75 HAWTHORNE ST, SAN FRANCISCO, CA 94105 | |
| 10925 | US EPA-DEPT OF DEFENSE REGION 1, JFK FEDERAL BLDG (RAA), BOSTON, MA 02203 | |
| 10925 | US EX, 1 NORTH BROADWAY, GARY, IN 46402 | |
| 10924 | US EXPRESS OFFICE BLDG, 7402 OLD LEE HHWY, CHATTANOOGA, TN 37421 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | US EXPRESS, 1000 POTOMAC ST NW, WASHINGTON, DC 20007 | |
| 10925 | US EXPRESS, 4080 JENKINS RD, CHATTANOOGA, TN 37421 | |
| 10925 | US FILTER - JOHNSON/NIAGARA, PO BOX 73983, CHICAGO, IL 60673-7983 | |
| 10925 | US FILTER / STRANCO, 595 IND. DR., BRADLEY, IL 60915 | |
| 10925 | US FILTER FILTRATION, 1430 DAVIS RD, ELGIN, IL 60123 | |
| 10925 | US FILTER IWT, 4669 SHEPHERD TRAIL, ROCKFORD, IL 61105 | |
| 10925 | US FILTER, 12000 INDIAN CREEK CT., STE. D, BELTSVILLE, MD 20705 | |
| 10925 | US FILTER, 2180 S CONGRESS AVE, WEST PALM BEACH, FL 33406-7604 | |
| 10925 | US FILTER, 2600 SOUTH 17TH AVE, BROADVIEW, IL 60153 | |
| 10925 | US FILTER, 6011 RIDAN DR, KNOXVILLE, TN 37909 | |
| 10925 | US FILTER, 7816 LAUREL AVE., CINCINNATI, OH 45242 | |
| 10925 | US FILTER, 929 E EDWARDVILLE RD, WOOD RIVER, IL 62095 | |
| 10925 | US FILTER, 929 EAST EDWARDVILLE ROAD, WOOD RIVER, IL 62095 | |
| 10925 | US FILTER, PO BOX 277522, ATLANTA, GA 30384-7522 | |
| 10925 | US FILTER, PO BOX 360766, PITTSBURGH, PA 15250-6766 | |
| 10925 | US FILTER, PO BOX 95424, CHICAGO, IL 60694 | |
| 10925 | US FILTER, PO BOX 968, ROSWELL, GA 30077-0968 | |
| 10925 | US FILTER/ENVIROSCAN, 301 WEST MILITARY ROAD, ROTHSCHILD, WI 54474 | |
| 10925 | US FILTER/FIFE, PO BOX 751, BRANDON, FL 33509 | |
| 10925 | US FILTER/FIFE, POST OFFICE BOX 751, BRANDON, FL 33509-0751 | |
| 10925 | US FILTER/STRANCO, DEPT. 77-5050, CHICAGO, IL 60678-5050 | |
| 10925 | US FILTER/WALLACE & TIERNAN, BOX 1213, NEWARK, NJ 07101 | |
| 10925 | US FILTER/WHITTIER, INC, 12442 EAST PUTNAM ST., WHITTIER, CA 90602 | |
| 10925 | US FILTER/WHITTIER, INC, PO BOX 513467, LOS ANGELES, CA 90051-3467 | |
| 10925 | US FILTERS, PO BOX 360766, PITTSBURGH, PA 15250-6766 | |
| 10925 | US FILTERS/JWI PRODUCTS, 2155 112TH AVE, HOLLAND, MI 49424 | |
| 10925 | US FILTRATION, PO BOX 277522, ATLANTA, GA 30384-7522 | |
| 10924 | US FIREPROOFING & INSULATION, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | US FISH & WILDLIFE SERVICE, 239 N. "H" STREET, LAKEVIEW, OR 97360 | |
| 10925 | US FLEET LEASING, PO BOX 841841, DALLAS, TX 75284-1841 | |
| 10925 | US FLEET LEASING, POBOX 844457, DALLAS, TX 75284-4457 | |
| 10925 | US FOOD SERVICE, POBOX 4937, BOSTON, MA 02212 | |
| 10925 | US FOODSERVICE C & D, 13 RUTLEDGE DRIVE, PITTSTON, PA 18640 | |
| 10925 | US GAS, PO BOX 592, WILLOW SPRINGS, IL 60480 | |
| 10925 | US GEOLOGICAL SURVEY, 505 SCIENCE DR, MADISON, WI 53571-1061 | |
| 10925 | US GRANT, 326 BROADWAY, SAN DIEGO, CA 92101-9709 | |
| 10925 | US GREINER INC, 10 FERRY ST UNIT 12, CONCORD, NH 03301 | |
| 10925 | US GULF CORPORATION, PO BOX 233, STONY BROOK, NY 11790 | |
| 10925 | US GYPSUM CO WILLOW VALLEY, SHOULS, IN 47581 | |
| 10925 | US GYPSUM CO, #2 DIVISION ST, RIVER RIDGE, MI 48218 | |
| 10925 | US GYPSUM CO, 1201 MAYO SHELL ROAD, GALCNA PARK, TX | |
| 10925 | US GYPSUM CO, 3501 CANAL ST EAST, CHICAGO, IN | |
| 10925 | US GYPSUM CO, 9306 SORENSEN AVE, SANTA FE SPRINGS, CA 90670-2647 | |
| 10925 | US GYPSUM CO, E HWY 80, SWEETWATER, TX 79556 | |
| 10925 | US GYPSUM CO, GYPSUM, OH 43433 | |
| 10925 | US GYPSUM CO, HEATH STAR ROUTE, LEWISTOWN, MT 59457 | |
| 10925 | US GYPSUM CO, SIGURD, UT 84657 | |
| 10925 | US GYPSUM CO, SOUTHARD, OK 73770 | |
| 10925 | US GYPSUM CO, SPERRY, IA 52650 | |
| 10925 | US GYPSUM, 225 REGAL ROW, IRVING, TX | |
| 10925 | US HEALTH CARE, 1425 UNION MEETING ROAD, BLUE BELL, PA 19422 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | US HEALTH CARE, 980 JOLLY ROAD, BLUE BELL, PA 19422 | |
| 10925 | US HEALTH WORKS, 1600 GENESSEE, STE 700, KANSAS CITY, MO 64102 | |
| 10925 | US HEALTHCARE, PO BOX 3013, BLUE BELL, PA 19422 | |
| 10925 | US HEALTHCARE, PO BOX 7777 - W8260 - 05, PHILADELPHIA, PA 19175-8260 | |
| 10925 | US HEALTHCARE, POBOX 7777-W8260-05, PHILADELPHIA, PA 19175-8260 | |
| 10925 | US HEALTHWORKS - PREVENTATIVE, PO BOX 531674, ATLANTA, GA 30353-1674 | |
| 10925 | US HEALTHWORKS MEDICAL GROUP PC, SANTA ANA MEDICAL CENTER, PO BOX 41139, SANTA ANA, CA 92799 | |
| 10925 | US HEALTHWORKS MEDICAL GROUP, FILE 55389, LOS ANGELES, CA 90074 | |
| 10925 | US HEALTHWORKS OF INDIANA, 236 SIMPSON AVE, ELKHART, IN 46516 | |
| 10925 | US HEALTHWORKS OF NC, PC, PO BOX 891247, DALLAS, TX 75389 | |
| 10925 | US HEALTHWORKS, PO BOX 843788, DALLAS, TX 75284-3788 | |
| 10925 | US HOLDINGS INC, ELLIS & EVERARD, | |
| 10925 | US INC, 137-44 94TH AVE, JAMAICA, NY 11435 | |
| 10924 | US INTEC, 1212 BRAI DRIVE, PORT ARTHUR, TX 77643 | |
| 10924 | US INTEC, PO BOX 2845, PORT ARTHUR, TX 77643 | |
| 10925 | US INTERNATIONAL SERVICES LT, 113 KRESSON GIBBSBORO RD., VOORHEES, NJ 08043 | |
| 10925 | US INTERNATIONAL SERVICES LTD., 113 KRESSON GIBBSBORO RD., VOORHEES, NJ 08043 | |
| 10925 | US MARINE CORP, QUARLES & BRADY, ATTN: DOROTHY L KORSZEN, 411 E WISCONSIN AVE, MILWAUKEE, WI 53203-4497 | |
| 10925 | US NAVY NAV/FAC-SW DIVISION, MARC L SWARTZ, 901 M ST SE, BLDG 36 2ND FL, WASHINGTON, DC 20374 | |
| 10925 | US NAVY, 7 DIVISION NAVAL FACILITIES, ENGINEERING COMMAND, 2155 EAGLE DR, NORTH CHARLESTON, SC 29419-9010 | |
| 10925 | US NAVY, OFFICE OF GEN COUN, BLDG 36 WASHINGTON NAVY YARD, WASHINGTON, DC 20374-5012 | |
| 10925 | US OFFICE PRODUCTS, 2604 SISSON ST, BALTIMORE, MD 21211 | |
| 10925 | US OFFICE PRODUCTS, 9600 PARKSOUTH COURT, ORLANDO, FL 32837-8366 | |
| 10925 | US OFFICE PRODUCTS, PO BOX 9157, FORT LAUDERDALE, FL 33310-9157 | |
| 10924 | US OLYMPIC TRAINING CENTER, ONE OLYMPIC PLAZA, COLORADO SPRINGS, CO 80901 | |
| 10924 | US PAINT CORPORATION, 831 S. 21ST STREET, SAINT LOUIS, MO 63103 | |
| 10925 | US PASSPORT SERVICES, 11000 WILSHIRE BLVD, LOS ANGELES, CA 90024 | |
| 10925 | US PIPE AND FOUNDRY CO INC, DON WALLACE, 3300 FIRST AVE NORTH, PO BOX 10406, BIRMINGHAM, AL 35202 | |
| 10925 | US POLLUTION CONTROL INC, I-80 AT EXIT 41, CLIVE, UT | |
| 10925 | US POSTAGE METER CENTER, 28231 AVE CROCKER #120, VALENCIA, CA 91355 | |
| 10925 | US POSTAL SERVICE C/O CMRS-POC, PO BOX 7247-0255, PHILADELPHIA, PA 19170-0255 | |
| 10925 | US POSTAL SERVICE, 1505 AVE FD ROSEVELT, SAN JUAN, PR 00920-9998 | |
| 10925 | US POSTAL SERVICE, 8725 WEST SAHARA, LAS VEGAS, NV 89117 | |
| 10925 | US POSTAL SERVICE, ACCT. 14217442, PO BOX 0566, CAROL STREAM, IL 60132-0566 | |
| 10925 | US POSTAL SERVICE, PO BOX 0575, CAROL STREAM, IL 60132 | |
| 10925 | US POSTAL SERVICE, PO BOX 7247-0166, PHILADELPHIA, PA 19170 | |
| 10925 | US POSTAL SERVICE, ROBERT OCONNELL, 577 AIRPORT BLVD, SUITE 200, BURLINGAME, CA 94010 | |
| 10925 | US POSTMASTER, 2499 JUDIWAY, HOUSTON, TX 77018 | |
| 10925 | US POSTMASTER, 6825 W. BROWN DEER ROAD, MILWAUKEE, WI 53223 | |
| 10925 | US POSTMASTER, 7221 W PARKLAND CT, MILWAUKEE, WI 53223 | |
| 10925 | US POSTMASTER, HWY 92, ENOREE, SC 29335 | |
| 10924 | US RENTALS, 2604 SOUTH I-35, BELTON, TX 76513 | |
| 10924 | US RENTALS, P. O. BOX 708, TEMPLE, TX 76503 | |
| 10925 | US RENTALS, POBOX 16539, GREENVILLE, SC 29606 | |
| 10925 | US SAFETY, INC, PO BOX 6050, HILLIARD, OH 43026-6050 | |
| 10924 | US SAMICA INCORPORATED, 477 WINDCREST ROAD, RUTLAND, VT 05702 | |
| 10925 | US SEAL COAT, 62 HOLTON ST, WOBURN, MA 01801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   US SILICA CO OF ILLINOIS, 701 BOYCE MEMORIAL DR., OTTAWA, IL 61350

10925   US SILICA, 9035 NOBLE ST., MAURICETOWN, NJ 08329

10925   US SILICA, PO BOX 360038, PITTSBURGH, PA 15250-6038

10925   US SPRINT-NATIONAL ACCOUNTS, BOX #101465, ATLANTA, GA 30392

10925   US STEEL CORP ENSLEY BLAST FURNACE, ENSLEY STEEL WORKS, ENSLEY, AL

10925   US STEEL CORP SOUTH WORKS, 3426 E 89TH ST, CHICAGO, IL 60617-3407

10925   US STEEL CORP, FAINOSE HILLS, FAINOSE HILLS, PA

10925   US STEEL CORP, PUMP HOUSE, FAIRFIELD, AL 35604

10925   US STEEL, LAW DEPT, 600 GRANT ST, PITTSBURGH, PA 15219-2749

10925   US STONEWARE CORPORATION, 700 EAST CLARK ST, EAST PALESTINE, OH 44413

10925   US SWIMMING, ONE OLYMPIC PLAZA, COLORADO SPRINGS, CO 80909

10925   US SYSTEMS, 1700 BERKLEY ST, ELGIN, IL 60123

10925   US TELEPPHONE DIRECTORY, THE, 5509 N MCCOLL, MCALLEN, TX 78504

10925   US TREASURY EPA REGION 9, US EPA SUPERFUND RECORDS CTR, 95 HAWTHORNE ST # 403S, SAN FRANCISCO, CA 94105

10925   US TREASURY EPA-REGION 9, 95 HAWTHORNE ST SUITE 403S, SAN FRANCISCO, CA 94105

10925   US TUNGSTEN CORP, PO BOX 4903, NEW YORK, NY 10261-4903

10925   US UNWIRED, PO BOX 3190, LAKE CHARLES, LA 70602-3190

10925   US WATER NEWS, 230 MAIN ST, HALSTEAD, KS 67056

10924   US WEST COMMUNICATIONS, 1317 EAST COURT AVE, DES MOINES, IA 50309

10925   US WEST COMMUNICATIONS, BOX 12480, SEATTLE, WA 98111-4480

10925   US WEST COMMUNICATIONS, POBOX 12480, SEATTLE, WA 98191-0001

10925   US XPRESS ENTERPRISES, INC, PO BOX 24748, CHATTANOOGA, TN 37422-4748

10924   USA COMPANIES, 4800B MEMORIAL DRIVE BLDG 11, WACO, TX 76705

10925   USA COMPUTER TRAINING CTR, 280 SUMMER ST, BOSTON, MA 02210

10925   USA DATA, 292 MADISON AVE 3RD FL, NEW YORK, NY 10017

10924   USA ELECTRICAL CONST, GALLOWAY MIDDLE SCHOOL REEDS RD, ABSECON, NJ 08128

10924   USA ENVIORN. GROUP. INC., 400 N. ST. PAUL SUITE 710, DALLAS, TX 75201

10925   USA LAMP & BALLAST RECYCLING, INC1, PO BOX 48, NISSWA, MN 56468-0048

10925   USA LAMP & BALLAST RECYCLING, PO BOX 48, NISSWA, MN 56468

10925   USA LIGHTING & MAINTENANCE SUPPLIES, 1300 STIRLING ROAD SUITE 10A&B, DANIA, FL 33004

10925   USA MOBILE, PO BOX 740085, CINCINNATI, OH 45274-0085

10924   USA POWER TOOL, 100 WALL STREET, EL PASO, TX 79915

10925   USA TANK WASH, PO BOX 24781, HOUSTON, TX 77229

10925   USA TODAY, PO BOX 4500, SILVER SPRING, MD 20914

10925   USA TRUCK INC, PO BOX 449, VAN BUREN, AR 72956-0449

10925   USA WASTE SERVICES INC, 3001 SOUTH PIONEER DR, SMYRNA, GA 30082-0000

10925   USA WASTE SERVICES OF HOUSTON INC, PO BOX 650303, DALLAS, TX 75265-0303

10925   USA WASTE SERVICES OF HOUSTON INC, POBOX 55409, HOUSTON, TX 77255-5409

10925   USA WASTE SERVICES, INC, PO BOX 201805, HOUSTON, TX 77216-1805

10924   USA WASTE TRANSFER STATION, 98 LINCOLN AVENUE, BRONX, NY 10454

10925   USA, RICHARD L SANDIN TR, 08 04 80, ATTN RICHARD L SANDIN, 3121 LAKE SHORE DR, MICHIGAN CITY, IN 46360

10924   USAA, 5800 NORTHHAMPTON BLVD, NORFOLK, VA 23502

10924   USAF ACADEMY 10CES/CEOM, 8115 EDGERTON DR. DOOR # 10, UNITED STATES AIR FORCE A, CO 80840

10925   USAIR CLUB, PO BOX 641170, PITTSBURGH, PA 15264-1170

10925   USALCO, (FORMERLY US ALUMINATE), 9411 PHILADELPHIA RD STE H, BALTIMORE, MD 21237

10925   USBI, 6-247 SCHWARTZ ROAD, KENNEDY SPACE CENTER, FL 32899

10925   USBI, ATTN:ACCOUNTS PAYABLE, KENNEDY SPACE CENTER, FL 32815

10925   USC ANNUAL FUND, 901 SUMTER ST, COLUMBIA, SC 29208

10925   USC BUSINESS PARTNERSHIP, UNIVERSITY OF SO CAROLINA, COLUMBIA, SC 29208

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10924 | USCO DISTRIBUTION CENTER (4853), GRACE CONSTRUCTION PRODUCTS, 1327-X WOODBRANCH DRIVE, CHARLOTTE, NC 28273 |
| 10924 | USCO DISTRIBUTION CENTER, C/O HOLD AT DOCK AT, TULSA, OK 74100 |
| 10924 | USCO DISTRIBUTION CENTER, C/O MAVERICK COUNTY HOSPITAL, EAGLE PASS, TX 78852 |
| 10924 | USCO DISTRIBUTION CENTER, C/O M-TEX INDUSTRIAL SUPPLY, DALLAS, TX 75212 |
| 10924 | USCO DISTRIBUTION CENTER, CUSTOMER PICK-UP, CHARLOTTE, NC 28273 |
| 10924 | USCO DISTRIBUTION CENTER, CUSTOMER PICK-UP, DALLAS, TX 75212 |
| 10924 | USCO DISTRIBUTION CENTER, CUSTOMER PICK-UP, FOREST PARK, GA 30050 |
| 10924 | USCO DISTRIBUTION SERVICES INC., 2271 FRENCH SETTLEMENT ROAD, DALLAS, TX 75212 |
| 10924 | USCO DISTRIBUTION SERVICES INC., CUSTOMER PICK-UP, DALLAS, TX 75212 |
| 10925 | USCO DISTRIBUTION SERVICES, 4921 PARA DR., CINCINNATI, OH 45237 |
| 10924 | USCO DISTRIBUTION SERVICES, C/O HUGULEY HOSPITAL, FORT WORTH, TX 76115 |
| 10924 | USCO DISTRIBUTION SERVICES, CUSTOMER PICK-UP, FOREST PARK, GA 30050 |
| 10924 | USCO DISTRIBUTION SERVICES, INC., 2271 FRENCH SETTLEMENT ROAD, DALLAS, TX 75212 |
| 10924 | USCO DISTRIBUTION SERVICES, INC., CUSTOMER PICK-UP, DALLAS, TX 75212 |
| 10924 | USCO DISTRIBUTION WAREHOUSE, 1327-X WOODBRANCH DRIVE, CHARLOTTE, NC 28275 |
| 10924 | USCO DISTRIBUTION WAREHOUSE, 228 LAKE MIRROR PLACE, FOREST PARK, GA 30050 |
| 10925 | USCO LOGISTICS SERVICES INC, PO BOX 84-5808, BOSTON, MA 02284-5808 |
| 10925 | USCO LOGISTICS SERVICES, INC, PO BOX 84-5808, BOSTON, MA 02284-5808 |
| 10924 | USCO LOGISTICS SERVICES, INC. 5203, 15927 DISTRIBUTION WAY, CERRITOS, CA 90703 |
| 10924 | USCO WAREHOUSE, 2271 FRENCH SETTLEMENT ROAD, DALLAS, TX 75212 |
| 10924 | USCO WAREHOUSE, CAMBRIDGE, MA 99999 |
| 10925 | USCO, 4575 LAKE MIRROR PLACE, FOREST PARK, GA 30050 |
| 10925 | USD.S.A. DEPT. 262, 4200 WISCONSIN AVE. NW, WASHINGTON, DC 20016-2157 |
| 10924 | USDA AG. RESEARCH SERVICE, 13601 OLD CUTLER RD, MIAMI, FL 33158 |
| 10924 | USDA APHIS,PP2,HSFFPF, 41-650 AHIKI ST, WAIMANALO, HI 96795 |
| 10924 | USDA FOREST SERVICE, CAMBRIDGE, MA 02140 |
| 10924 | USDA FOREST SERVICE, E.J. BARTELLS, RANGER DISTRICT HWY. 244, UKIAH, OR 97880 |
| 10924 | USDA FORREST SERVICE, PO BOX 60075, NEW ORLEANS, LA 70160 |
| 10924 | USDA, AGRICULTURAL RESEARCH SVC., 13601 OLD CUTLER ROAD, MIAMI, FL 33158 |
| 10924 | USDA, APHIS, PPQ, C/O ISLAND MOVERS, 41-650 AHIKI ST., WAIMANALO, HI 96795 |
| 10924 | USDA, APHIS, PPQ, DEPARTMENT OF FOOD AND AGRICULTURE, 41-650 AHIKI ST., WAIMANALO, HI 96795 |
| 10924 | USDA, ARS, 1600/1700 SW 23RD DRIVE, GAINESVILLE, FL 32608 |
| 10924 | USDA, ARS,NRI, CSL, ATTN: CAULFIELD, BLDG. 009AA BARC-WEST, BELTSVILLE, MD 20705-2350 |
| 10924 | USDA, CECO FRICTION PROD INC, LANDIS, NC 28088 |
| 10925 | USDEPT.COMMERCE / NATIONAL, POBOX 100955, ATLANTA, GA 30384 |
| 10925 | USELMANN, DENNIS, 1257 HWY BB, DEERFIELD, WI 53531 |
| 10925 | USELTON, BILLY, 3303 AMSELLE, MEMPHIS, TN 38127 |
| 10925 | USER TECH, ONE SELLECK ST., EAST NORWALK, CT 06855 |
| 10925 | USERY, YOLANDA, 5624 GREEN CASTLE, EL PASO, TX 79932 |
| 10925 | USEWICZ, THOMAS, 908 COACH ROAD, HOMEWOOD, IL 60430 |
| 10925 | USF - FILTRATION & SEPARATION, 2118 GREENSPRING DR., TIMONIUM, MD 21093 |
| 10925 | USF BESTWAY, 3045 S 43RD AVE, PHOENIX, AZ 85009 |
| 10925 | USF BESTWAY, PO BOX 29152, PHOENIX, AR 85038-9152 |
| 10925 | USF DUGAN, 21141 NETWORK PLACE, CHICAGO, IL 60673-1211 |
| 10925 | USF DUGAN, PO BOX 9448, WICHITA, KS 67277-0448 |
| 10925 | USF DUGAN, PO BOX 9448, WICHITA, KS 67277-0488 |
| 10925 | USF FILITRATION & SEPARATION, 2139 GREENSPRING DR., TIMONIUM, MD 21093 |
| 10925 | USF HOLLAND INC., 750 E. 40TH ST., HOLLAND, MI 49423-9021 |
| 10925 | USF HOLLAND INC., PO BOX 73032, CHICAGO, IL 60673-7032 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  USF HOLLAND INC., PO BOX 9021, HOLLAND, MI 49422-9021

10925  USF HOLLAND, INC, 750 E. 40TH ST, HOLLAND, MI 49423

10925  USF HOLLAND, PO BOX 9021, HOLLAND, MI 49422-9021

10925  USF RED STAR INC., 34 WRIGHT AVE., AUBURN, NY 13021-0995

10925  USF RED STAR, 24 WRIGHT AVE, AUBURN, NY 13021-0995

10925  USF RED STAR, 24 WRIGHT AVE., AUBURN, NY 13021-0995

10925  USF RED STAR, 24 WRIGHT AVE., AUBURN, NY 13021-2721

10925  USF RED STAR, INC, PO BOX 13458, NEWARK, NJ 07188-0458

10924  USF REDAWAY WENATCHEE TERMINAL, CUSTOMER: A & H ENTERPRISES, WENATCHEE, WA 98801

10925  USF REDDWAY, PO BOX 1035, CLACKAMAS, CA 97015

10925  USF REDSTAR, 24 WRIGHT AVE, AUBURN, NY 13021-0995

10924  USG CORPORATION, 700 NORTH HIGHWAY 45, LIBERTYVILLE, IL 60048

10924  USG INTERIORS, 3711 W MILL ST EXTENDED, WABASH, IN 46992

10924  USG PLANT C/O DURANGO INC, 29073 DIKE ROAD, GOBLE, OR 97048

10924  USGA OFFICE EXPANSION, FAR HILLS, NJ 07931

10925  USHER OIL CO, 9000 ROSELAWN AVE, DETROIT, MI 48204

10925  USHER, ERIC, 150 BROWN RD., COVINGTON, GA 30209

10925  USHER, FREDA JOANNE, 601 FOURTH AVE, BEAVER FALLS, PA 15010

10925  USHER, MARY, 4400 KELLER ST260 BO, OAKLAND, CA 94605

10925  USHER, WANDA E., 8169 KIRK ST, COVINGTON, GA 30209

10925  USILTON, RAYMOND, 1133 RACE ST 7S, DENVER, CO 80206

10925  USILTON, RAYMOND, 1880 ARAPOHOE ST, DENVER, CO 80202

10924  USJFCOM/JWFC/JTASC, 116 LAKEVIEW PKWY, SUFFOLK, VA 23435

10925  USL CAPITAL CORPORATION, 733 FRONT ST , MS #230, SAN FRANCISCO, CA 94111

10925  USL CAPITAL FLEET SERVICE, BOX 371506, PITTSBURGH, PA 15251-7506

10925  USL CITY ENVIRONMENTAL, INC, 1923 FREDRICK ST, DETROIT, MI 48211

10924  USMC MCMC MATERIAL ISSUE POINT, BLOUNT ISLAND, 5880 GATECO BLVD., JACKSONVILLE, FL 32218-5000

10925  USODA VICTORY GAMES, PO BOX 1205, COLUMBIA, SC 29202-1205

10925  USP, 12601 TWINBROOK PKWY, ROCKVILLE, MD 20852

10924  USPC/LAIDLAW, 4475 DORT HWY, BURTON, MI 48529

10925  USPCI (FOR SOLVENT SERVICES), BRETT A HICKMAN CORPORATE COUNSEL,

10924  USPCI LAIDLAW, CAMBRIDGE, MA 02140

10925  USPCI LONE MOUNTAIN, ROUTE 2 BOX 170, WYNOKA, OK 73860

10924  USPFO FOR NORTH CAROLINA, ATTN: VOCHER EXAMPLE, RALEIGH, NC 27607

10924  USPFO OF N.C., 4201 REEDY CREEK ROAD, RALEIGH, NC 27607-6412

10924  USPFO OF N.C., ATT: WAREHOUSE, RALEIGH, NC 27607-6412

10925  USREFRESH, 480 JESSEN LANE #D, WANDO, SC 29492

10925  USREFRESH-ATLANTA/COFFEE BUTLER, 2000 COBB INTERNATIONAL BLVD, KENNESAW, GA 30152

10925  USRY, BETH, 2247 DUCK HOLLOW DR, KENNESAW, GA 30144

10925  USSERY, TERRI, 2847 E GEORGIA RD., SIMPSONVILLE, SC 29681

10925  USSERY, WALTER N, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925  USSERY, WALTER, 7005 OLD CHAPEL DR, BOWIE, MD 20715

10925  USSERY, WYNETTA, 1073 LK FOREST BLVD, JAX, FL 32208

10925  USTA, NIZAM, 40 SKILTON LANE, BURLINGTON, MA 01803

10924  U-STORE IT, CORNER OF KIMBELL BRIDGE ROAD, DULUTH, GA 30096

10925  USX CORP, DAVID L SMIGA GEN ATTY LAW, 600 GRANT ST, PITTSBURGH, PA 15219-2749

10925  USX CORP., SYSTEM, 2711 CENTERVILLE RD., STE 400, WILMINGTON, DE 19808

10925  USX CORPORATION, FOR SELF&SUCCESSOR TO US STEEL CORP, STAT.AGNT PRENTICE-HALL CORP SYS., 1013 CENTRE ROAD, WILMINGTON, DE 19805

10925  USX CORPORATION, SUITE 1250, 600 GRANT ST, PITTSBURGH, PA 15219

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  USX ENGINEERS AND CONSULTANTS, INC, PO BOX 360756M, PITTSBURGH, PA 15251-6756

10925  UTAH ATTY GENERAL, ATTN: MARK SHURTLEFF, STATE CAPITOL, RM 236, SALT LAKE CITY, UT 84114

10925  UTAH BEARING & FABRICATION INC, PO BOX 27885, SALT LAKE CITY, UT 84127-0885

10924  UTAH COUNTY JAIL, BERGER, SPANISH FORK, UT 84660

10925  UTAH DEPT OF ENV QUALITY, DIANNE R NIELSON EXECUTIVE DIR, 168N 1950W, SALT LAKE CITY, UT 84116

10925  UTAH DEPT OF ENVIR QUALITY, 168 N 1950 WEST, SALT LAKE CITY, UT 84116

10925  UTAH DEPT OF ENVIR QUALITY, 168 NORTH 1950 WEST, SALT LAKE CITY, UT 84116

10925  UTAH DEPT OF NATURAL RESOURCES, 1594 W NORTH TEMPLE #3710 PO BOX 145610, SALT LAKE CITY, UT 84114-5610

10925  UTAH DEPT OF NATURAL RESOURCES, 1594 W NORTH TEMPLE #3710, PO BOX 145610, SALT LAKE CITY, UT 84114

10925  UTAH DEPT OF TRANSPORTATION, BOX 141210, SALT LAKE CITY, UT 84114-1210

10925  UTAH DIVISION OF AIR QUALITY, POBOX 144820, SALT LAKE CITY, UT 84114-4820

10925  UTAH ENGINE AND MOWER, 1915 W 3350 S, ROY, UT 84067

10925  UTAH ENGINE AND MOWER, 3790 KIESEL AVE., OGDEN, UT 84405

10925  UTAH MEDICAL PRODUCTS INC, 7043 SOUTH 300 WEST, MIDVALE, UT 84047

10925  UTAH POWER, 1033 N.E. 6TH AVE, PORTLAND, OR 97256-0001

10925  UTAH ROOFING CONTRACTORS ASSOC, POBOX 651404, SALT LAKE CITY, UT 84165

10925  UTAH STATE TAX COMMISSION, 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134-8040

10925  UTAH STATE UNIVERSITY, 8315 OLD MAIN HILL, LOGAN, UT 84322-8315

10924  UTAH WILBERT VAULT CO INC, PO BOX 311, LEHI, UT 84043

10924  UTAH WILBERT VAULT, CO., INC., 876 WEST 1500 NORTH, LEHI, UT 84043

10924  UTAH WILBERT VAULT, CO., INC., POST OFFICE BOX 311, LEHI, UT 84043

10925  UTASI, MICHAEL, 16 LYON LANE, FRANKLIN PARK, NJ 08823

10925  UTC DIVISION OF CONTINUING EDUCATIO, 615 MCCALLIE AVE, CHATTANOOGA, TN 37403-2598

10924  UTC SHARED BUSINESS SERVICES, ACCOUNTS PAYABLE DEPARTMENT, MS 541-24, PO BOX766, WINDSOR, CT 06095-0766

10924  UTE PASS CONCRETE, COUNTY ROAD #821, CRIPPLE CREEK, CO 80813

10924  UTE PASS SAND & GRAVEL IN, 20575 W US HIGHWAY 24, WOODLAND PARK, CO 80863

10924  UTE PASS SAND & GRAVEL, 20575 HIGHWAY 24, WOODLAND PARK, CO 80863

10924  UTE PASS SAND & GRAVEL, 20575 WEST U.S. HIGHWAY 24, WOODLAND PARK, CO 80863

10925  UTEGG, CARL, RT.4 16483 BILLET ROAD, PONTIAC, IL 61764

10924  UTEX INDUSTRIES INC., 605 UTEX ST., WEIMAR, TX 78962

10925  UT-HHSC, SWCOEH, PO BOX 20186, RAS 1040, HOUSTON, TX 77225-0186

10925  UTHUP, SHYNAMMA, 4923 HOLLW RIDGE, DALLAS, TX 75227

10925  UTI, ESTHER, 5602 WHITFIELD, LANHAM, MD 20706

10925  UTICOR TECHNOLOGY LP, 135 S LASALLE ST, CHICAGO, IL 60674-3373

10925  UTILICORP ENERGY SOLUTIONS, 75 REMITTANCE DR STE 1039, CHICAGO, IL 60675-1039

10925  UTILICORP ENERGY SOLUTIONS, ENERGY ONE, CHICAGO, IL 60675-1039

10925  UTILICORP ENERGY SOLUTIONS, PO BOX 412761, KANSAS CITY, MO 64141-2761

10925  UTILICORP ENERGY SOLUTIONS, POBOX 77000, DETROIT, MI 48277-0187

10925  UTILITIES SUPPLY CO., 425 RIVERSIDE AVE, MEDFORD, MA 02155-0310

10924  UTILITY BLOCK COMPANY, PO BOX6036, ALBUQUERQUE, NM 87197

10924  UTILITY BLOCK, 7200 SECOND STREET NW, ALBUQUERQUE, NM 87107

10924  UTILITY CONCRETE PRODS, 1801 N VAN DYKE RD, PLAINFIELD, IL 60544

10924  UTILITY CONCRETE PRODS, 1801 N. VAN DYKE ROAD, PLAINFIELD, IL 60544

10924  UTILITY CONCRETE PRODS, 1801 N.VAN DYKE RD, PLAINFIELD, IL 60544

10924  UTILITY CONCRETE PRODUCTS CO., 1801 N. VAN DYKE RD, PLAINFIELD, IL 60544

10924  UTILITY CONCRETE PRODUCTS CO., 1801 N. VAN DYKE ROAD, PLAINFIELD, IL 60544

10924  UTILITY CONCRETE PRODUCTS, 1801 N. VAN DYKE ROAD, PLAINFIELD, IL 60544

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   UTILITY CONSULTANTS, 201 W PADONIA ROAD, SUITE 201, TIMONIUM, MD 21093

10925   UTILITY COST MANAGEMENT CONSULTANTS, 200 S ORCHARD DR SUITE #1, NORTH SALT LAKE, UT 84054

10925   UTILITY HEALTH PLANS, PO BOX 689747, MILWAUKEE, WI 53268-9747

10925   UTILITY PETERBILT, 4255 S HARDING ST, INDIANAPOLIS, IN 46217

10924   UTILITY PRECAST CONCRETE, 153 CRANBERRY HWY, WEST WAREHAM, MA 02576

10925   UTILITY SERVICES CORP., 709 ACADIA ROAD, VALPARAISO, IN 46383

10925   UTILITY SERVICES CORP., PO BOX 920, PORTAGE, IN 46368

10925   UTILITY SPECIALIST, INC, 113 EAST COLLEGE ST., SIMPSONVILLE, SC 29681

10925   UTILITY SYSTEMS, INC, PO BOX 279, CHELMSFORD, MA 01824

10925   UTILITY TOOL CO, 2900 COMMERCE BLVD, BIRMINGHAM, AL 35210

10925   UTILITY TRAILER SALES OF KANSAS, 8915 WOODEND, KANSAS CITY, KS 66111

10925   UTILITY TRAILER SALES SE TX, INC, PO BOX 21402, HOUSTON, TX 77226-1402

10925   UTILITY TRAILER SALES, PO BOX 21402, HOUSTON, TX 77226

10924   UTILITY VAULT CO*, 800 VALLEY AVENUE, PLEASANTON, CA 94566

10924   UTILITY VAULT CO. INC., 800 VALLEY AVENUE, PLEASANTON, CA 94566

10924   UTILITY VAULT CO. INC., P.O. BOX 1390, FONTANA, CA 92334

10924   UTILITY VAULT CO.INC., P.O.BOX 566, CHANDLER, AZ 85244

10924   UTILITY VAULT COMPANY INC, 10650 HEMLOCK, FONTANA, CA 92335

10924   UTILITY VAULT COMPANY, 800 VALLEY AVENUE, PLEASANTON, CA 94566

10924   UTILITY VAULT COMPANY, PO BOXPO BOX 727, PLEASANTON, CA 94566

10924   UTILITY VAULT, 10050 BLACK MOUNTAIN ROAD, SAN DIEGO, CA 92126

10924   UTILITY VAULT, 2808 "A" STREET S.E., AUBURN, WA 98002

10924   UTILITY VAULT, 28455 SW BARBER STREET, WILSONVILLE, OR 97070-0323

10924   UTILITY VAULT, 999 MISSION ROCK ROAD, SANTA PAULA, CA 93060

10924   UTILITY VAULT, ATTENTION: ACCOUNTS PAYABLE, WILSONVILLE, OR 97070-0323

10924   UTILITY VAULT, ATTN:  ACCOUNTS PAYABLE, AUBURN, WA 98071

10924   UTILITY VAULT, OR NEWBASIS, 1901 ISABELL AVENUE, LIVERMORE, CA 94550

10924   UTILITY VAULT/FONTANA, 10650 HEMLOCK AVENUE, FONTANA, CA 92335

10924   UTILITY VAULT/POPLAR, 10774 POPLAR AVENUE, FONTANA, CA 92337

10925   UTLEY, MICHAEL, RT 5 BOX 5349, PEARLAND, TX 77584

10924   UTOY CREEK, 755 CELIG DRIVE, ATLANTA, GA 30336

10925   UTTARO, RAYMOND, 25532 SALT WATER DRIVE, DANA POINT, CA 92629

10925   UTTENREITHER, DON, 202 ASHWOOD ROAD, BALTIMORE, MD 21222

10925   UTTENREITHER, NICHOLAS, 7925 SAINT BRIDGES L, BALTIMORE, MD 21222

10925   UTTER, ARCHIE, 15 VICTORY ST, ADAMS, MA 01220

10925   UTTER, ARTHUR L, 10820 NE 47TH AVE., ANTHONY, FL 32617-9533

10925   UTTER, ARTHUR, 937 AUDREY COURT, TALLAHASSEE, FL 32317

10925   UTTER, BARBARA, 64 GLENMERE ROAD, CHESTER, NY 10918

10925   UTTER, DOROTHY, 8344 CHICKASAW TR, TALLAHASSEE, FL 32312

10925   UTTER, DOROTHY, 937 AUDREY CT, TALLAHASSEE, FL 32311

10925   UTTER, JOHN, 3607 TRAILWOOD, HOUSTON, TX 77023-6515

10925   UTZ, EDWARD, 7 HARDING LANE, WESTPORT, CT 06880-5105

10925   UUNET TECHNOLOGIES, DEPT - L-390, COLUMBUS, OH 43260

10925   UUNET TECHNOLOGIES, INC, 3060 WILLIAMS DR., FAIRFAX, VA 22031

10925   UUNET TECHNOLOGIES, INC, PAYMENT PROCESSING CENTER, PO BOX 85080, RICHMOND, VA 23285-4100

10925   UUNET TECHNOLOGIES, PO BOX 85080, RICHMOND, VA 23285-4100

10925   UUNET, DEPT. L-390, COLUMBUS, OH 43268-0742

10924   UV COATINGS, 140 SHELDON ROAD, BEREA, OH 44017

10924   UVA STUDENT HOUSING, CHARLOTTESVILLE, VA 22900

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | UVA STUDENT HOUSING, CHARLOTTESVILLE, VA 22902 | |
| 10925 | UVALLES, ROBERT, 7044 NARCISSUS, HOUSTON, TX 77087 | |
| 10925 | UVERSA INTERNATIONAL INC, 12306 STRONG CT, FAIRFAX, VA 22033 | |
| 10924 | UW HOSPITAL OF MADISON, 600 HIGHLAND AVE., MADISON, WI 53714 | |
| 10925 | UW PROVISION CO, 2315 EVERGREEN ROAD, MIDDLETON, WI 53562 | |
| 10924 | UW WHITEWATER, 507 WEST MAIN STREET, WATERTOWN, WI 53094 | |
| 10925 | UW-EXTENSION, 432 NORTH LAKE ST., RM. 235, MADISON, WI 53706-1498 | |
| 10925 | UY, MARIA, 11760 STONEGATE LANE, COLUMBIA, MD 21044 | |
| 10925 | UYOE, ANIEFIOK, 4963 PANOLA MILL DR, LITHONIA, GA 30038 | |
| 10925 | UZ ENGINEER PRODUCTS, 3325 ST. CLAIR AVE., CLEVELAND, OH 44114 | |
| 10925 | UZ ENGINEERED PRODUCTS, POBOX 74189, CLEVELAND, OH 44194-0268 | |
| 10924 | UZI SHARP, 533 MILITARY TRAIL, WEST PALM BEACH, FL 33416 | |
| 10925 | UZKAN, LEVENT, 2323 HAMILTON PLACE, SCHAUMBURG, IL 60194 | |
| 10924 | V & A READY MIX INC., 154 RAILROAD STREET, HUNTINGTON STATION, NY 11746 | |
| 10924 | V & A READY MIX, INC., 154 RAILROAD STREET, HUNTINGTON STATION, NY 11747 | |
| 10925 | V & B SALES LTD, 821 GROVE AVE, BURNABY BC, BC V5B 4G6CANADA | *VIA Deutsche Post* |
| 10924 | V & W READY MIX CONCRETE, 107 E 4TH ST, HOHENWALD, TN 38462 | |
| 10924 | V & W READY MIX CONCRETE, 107 E. 4TH STREET, HOHENWALD, TN 38462 | |
| 10925 | V A CHERNIVSKY, 4349 DOWNERS GROVE, DOWNERS GROVE, IL 60515-2731 | |
| 10924 | V A HOSPITAL, 1000 S. W. 84TH AVENUE, PEMBROKE PINES, FL 33025 | |
| 10924 | V A HOSPITAL, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28231 | |
| 10924 | V A HOSPITAL, 4100 W. 3RD AVE., DAYTON, OH 45428 | |
| 10924 | V A MEDICAL CENTER, 1100 NORTH COLLEGE AVENUE, FAYETTEVILLE, AR 72703 | |
| 10924 | V A MEDICAL CENTER, 2100 RIDGECREST DRIVE S.E., ALBUQUERQUE, NM 87108 | |
| 10924 | V A MEDICAL CENTER, 3350 LA JOLLA VILLAGE DRIVE, SAN DIEGO, CA 92161 | |
| 10924 | V A MEDICAL CENTER, 3600 MEMORIAL BOULEVARD, KERRVILLE, TX 78028 | |
| 10924 | V A MEDICAL CENTER, BLDG. 3, 2400 SOUTH GREGG, BIG SPRING, TX 79720 | |
| 10924 | V A MEDICAL CENTER, BUILDING 88, TUSKEGEE, AL 36083 | |
| 10924 | V A MEDICAL CENTER, DVA MEDICAL CENTER, 4500 S. LANCASTER ROAD, DALLAS, TX 75216 | |
| 10924 | V A MEDICAL CENTER, HIGHWAY 6 WEST, IOWA CITY, IA 52246 | |
| 10924 | V A MEDICAL CENTER, ONE VETERANS DRIVE, MINNEAPOLIS, MN 55417 | |
| 10924 | V A MEDICAL CENTER, PO BOX 149971, AUSTIN, TX 78714 | |
| 10924 | V A MEDICAL CENTER, RECEIVING WHAREHOUSE BLDG. 500, 1201 BROAD ROCK BOULEVARD, RICHMOND, VA 23249 | |
| 10924 | V A MEDICAL CENTER, RECEIVING WHAREHOUSE BUILDING, 2002 HOLCOMBE BOULEVARD, HOUSTON, TX 77030 | |
| 10924 | V A MEDICAL CENTER, V.A. MEDICAL CENTER, 5901 EAST 7TH STREET, LONG BEACH, CA 90822 | |
| 10924 | V A MEDICAL CENTER, V.A. MEDICAL CENTER, 800 HOSPITAL DRIVE, COLUMBIA, MO 65201 | |
| 10924 | V A MEDICAL CENTER, WAREHOUSE BLDG 11 A31251, 3600 MEMORIAL BOULEVARD, KERRVILLE, TX 78028 | |
| 10925 | V A WAKEFIELD, 15737 CENTIPEDE DR NE, FOUNTAIN HILLS, AZ 85268-1504 | |
| 10925 | V BRIDGET SARIKAS, 266 BECKWITH ST, GAITHERSBURG, MD 20878 | |
| 10925 | V C ADAMSON JR E P ADAMSON, PR ADAMSON & E A MILLER, TR UW V C ADAMSON SR, 100 E MAIN ST, RICHMOND, VA 23219-2112 | |
| 10924 | V F P  INC., 879 INDUSTRIAL PARK ROAD, DUFFIELD, VA 24244 | |
| 10924 | V F P  INC., ATTN:  ACCOUNTS PAYABLE, ROANOKE, VA 24022 | |
| 10924 | V F P INC., ATTN: ACCOUNTS PAYABLE, ROANOKE, VA 24022 | |
| 10925 | V H BLACKINGTON & CO. INC, PO B0X 1300, ATTLEBORO FALLS, MA 02763 | |
| 10924 | V J GROWERS, 1037 NW 4TH STREET, HOMESTEAD, FL 33030 | |
| 10925 | V J RICE, POBOX 399, BRIDGETOWN, NOVA SCOTIA, NS B0S 1C0CANADA | *VIA Deutsche Post* |
| 10925 | V JS TIRE HAVEN INC, 209 N DIXIE HWY, HALLANDALE, FL 33009 | |
| 10925 | V LARRY EDWARDS, 716 N CENTENNIAL, MUSTANG, OK 73064-2023 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | V M TUTAK D C INC, 6161 LINVOLN AVE #5, BUENA PARK, CA 90620 | |
| 10924 | V S VIRKLER & SON INC, 7701 WEST STREET, LOWVILLE, NY 13367 | |
| 10924 | V S VIRKLER & SON, 7701 WEST STREET, LOWVILLE, NY 13367 | |
| 10924 | V S VIRKLER & SON, INC., HODGE ROAD, LOWVILLE, NY 13367 | |
| 10924 | V S VIRKLER & SON, INC., RTE. 12, BOONVILLE, NY 13309 | |
| 10925 | V W EIMICKE ASSOCIATES INC, PO BOX 160, BRONXVILLE, NY 10708 | |
| 10924 | V W R SCIENTIFIC INC, 800 E FABYAN PKY, BATAVIA, IL 60510 | |
| 10925 | V W R SCIENTIFIC, 501 HERON DR, BRIDGEPORT, NJ 08014 | |
| 10924 | V W R SCIENTIFIC, P.O.BOX 483, BRIDGEPORT, NJ 08014 | |
| 10924 | V ZAPPALA & COMPANY INC, P O BOX 88, RENSSELAER, NY 12144 | |
| 10924 | V ZAPPALA & COMPANY INC., BROADWAY & FIFTH AVE, RENSSELAER, NY 12144 | |
| 10925 | V&H EXCAVATING CO INC, 113 N MAIN ST, CROWN POINT, IN 46307 | |
| 10924 | V&N CONCRETE PROD, P O BOX 212, LEMONT, IL 60439 | |
| 10924 | V&N CONCRETE PRODUCTS, 21  W. NEW AVE., LEMONT, IL 60439 | |
| 10924 | V&N CONCRETE PRODUCTS, PO BOX 212, LEMONT, IL 60439 | |
| 10925 | V. K. MASON CONSTRUCTION LTD., KIEWIT PLAZA, OMAHA, NE 68131 | |
| 10924 | V.A. HOSPITAL - BLDG. 500, 11301 WILSHIRE BLVD., LOS ANGELES, CA 90001 | |
| 10924 | V.A. HOSPITAL, 1140 HONOR HEIGHTS DR., MUSKOGEE, OK 74401 | |
| 10924 | V.A. HOSPITAL, 1500 EAST WOODROW WILSON DRIVE, JACKSON, MS 39193 | |
| 10924 | V.A. HOSPITAL, 1670 CLAIRMONT ROAD, DECATUR, GA 30033 | |
| 10924 | V.A. HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, LONG BEACH, CA 90801 | |
| 10924 | V.A. HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | V.A. HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, SAN DIEGO, CA 92199 | |
| 10924 | V.A. HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, SEPULVEDA BLVD., LOS ANGELES, CA 90001 | |
| 10924 | V.A. HOSPITAL, INDIANAPOLIS, IN 46107 | |
| 10924 | V.A. MEDICAL CENTER, 1670 CLAIRMONT RD., DECATUR, GA 30033 | |
| 10925 | V.E. PETERSEN CO., 28101 E.BROADWAY, WALBRIDGE, OH 43465 | |
| 10924 | V.F.P., INC.**USE #245332**, 879 INDUSTRIAL PARK ROAD, DUFFIELD, VA 24244 | |
| 10924 | V.H. BLACKINTON & CO., INC., 221 JOHN DIETSCH BLVD., ATTLEBORO FALLS, MA 02763 | |
| 10925 | V.J. ASSOCIATES, 165 ROUTE 109, SUITE B, WEST BABYLON, NY 11704-6211 | |
| 10924 | V.S. COMPANY, PO BOX 8703, KANSAS CITY, MO 64114 | |
| 10924 | V.S. FEEDS, 6613 46TH AVENUE, PONOKA, AB T4J 1J8TORONTO | *VIA Deutsche Post* |
| 10924 | VA HOSPITAL C/O CIRCLE B, 1481 W 10TH STREET, INDIANAPOLIS, IN 46202 | |
| 10924 | VA HOSPITAL, 325 NEW CASTLE ROAD, BUTLER, PA 16001 | |
| 10924 | VA HOSPITAL, CLINT CASTON, SANTA MONICA, CA 90401 | |
| 10924 | VA HOSPITAL, LUNDEEN COATING, SAN DIEGO, CA 92101 | |
| 10924 | VA MEDICAL CENTER  PO#Q91069, 1700 SOUTH LINCOLN AVE, LEBANON, PA 17042 | |
| 10924 | VA MEDICAL CENTER BLDG 215, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186 | |
| 10924 | VA MEDICAL CENTER C/O ADAMS CONST., C/O NATIONAL SERVICE CENTER, DECATUR, GA 30033 | |
| 10924 | VA MEDICAL CENTER, 1100 TUNNEL ROAD, ASHEVILLE, NC 28805 | |
| 10924 | VA MEDICAL CENTER, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | VA MEDICAL CENTER, 3400 LEBANON ROAD, MURFREESBORO, TN 37129 | |
| 10924 | VA MEDICAL CENTER, 555 WILLARD AVENUE, NEWINGTON, CT 06111 | |
| 10924 | VA MEDICAL CENTER, 555 WILLARD AVENUE, WALLINGFORD, CT 06492 | |
| 10924 | VA MEDICAL CENTER, 800 POLY PLACE, BROOKLYN, NY 11209 | |
| 10924 | VA MEDICAL CENTER, ALL SOUTH SUBCONTRACTORS, NEW ORLEANS, LA 70146 | |
| 10924 | VA MEDICAL CENTER, BUILDING 104, BATH, NY 14810 | |
| 10924 | VA MEDICAL CENTER, CALM-VA-2, AUSTIN, TX 78714 | |
| 10924 | VA MEDICAL CENTER, CHIEF SUPPLY SERVICE, ALEXANDRIA, LA 71301 | |
| 10924 | VA MEDICAL CENTER, UNIVERSITY DRIVE, PITTSBURGH, PA 15240 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    VA MEDICAL CENTER, V A MEDICAL CENTER, OLD GIANT WAREHOUSE, 119 EAST KING STREET, JOHNSON CITY, TN 37601

10924    VA MEDICAL CENTER, WAREHOUSE BUILDING 62, 801 S. MARION STREET, LAKE CITY, FL 32055

10924    VA MEDICAL CTR, 1500 N WESTWOOD BLVD, POPLAR BLUFF, MO 63901-3318

10924    VA STATE LIBRARY, 800 EAST BROAD STREET, RICHMOND, VA 23200

10924    VA, WHITE CITY, OR 97503

10924    VA. DEPT. OF AGRICULTURE, 731 D EAST MARKET ST., HARRISONBURG, VA 22801

10925    VAAGBAY, LOUIS B, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    VAAGBAY, LOUIS, 633 CHELMSFORD ST, LOWELL, MA 01851

10924    VAAPCO, INC., ROUTE 621, MILLERS TAVERN, VA 23115

10924    VAAPCO, PO BOX 42, MILLERS TAVERN, VA 23115

10925    VAC PAC MFG. CO., 150 W. OSTEND ST., BALTIMORE, MD 21230

10925    VACA, OLIVIA, 426 N OAK ST, SANTA PAULA, CA 93060

10925    VACCARI, JOSEPH, 2964 PINION CR., CRAIG,, CO 81625

10925    VACCARINO, ANTHONY, 7 MUNSTER PLACE, WAYNE, NJ 07470

10925    VACCARINO, JOSEPH, 1097 SACRAMENTO CT., SYKESVILLE, MD 21784

10925    VACCARINO, JR, VINCENT, 1990 ANDY LANE, DES PLAINES, IL 60018

10925    VACCARINO, VINCENT, 1919 ANDY LANE, DES PLAINES, IL 60018

10925    VACCARO, MILDRED, 133 S. WOODLAND AVE, MIDDLESEX, NJ 08846

10924    VACCO INDUSTRIES, 10350 VACCO STREET, SOUTH EL MONTE, CA 91733

10925    VACEK, RANDALL, 421 S 5TH ST, ST CHARLES, IL 60174

10925    VACHON, CINDY, 260-D MAIN ST #18, MEDFORD, MA 02155

10925    VACLAVIK, CAROLYN, 112 W GARDEN, IOWA PARK, TX 76367

10925    VACU HOIST, 1150 BETHLEHEM PIKE, LINE LEXINGTON, PA 18932

10925    VACULA, JR, LOUIS, 3135 WINDMILL ST, SUGARLAND, TX 77479

10925    VAC-U-MAX, 37 RUTGERS ST, BELLEVILLE, NJ 07109

10925    VAC-U-MAX, 37 RUTGERS ST., BELLEVILLE, NJ 07109

10925    VACUUM ATMOSPHERES COMPANY, 4652 W. ROSECRANS AVE., HAWTHORNE, CA 90251-1043

10925    VACUUM ATMOSPHERES INC., PO BOX 1043, HAWTHORNE, CA 90250

10925    VADAKEKALAM, JOSEPH, 78 WINTHROP ST, MEDWAY, MA 02053

10925    VADEN, LYNDELL, 602 FILLMORE, WICHITA FALLS, TX 76301

10925    VADHAR, PARIMAL, 118 N CEDARBLUFF CT, GREER, SC 29650

10925    VAHAN GUREKIAN, 290 TEMPLE ROAD, WALTHAM, MA 02154-7846

10925    VAHIK MELIKIAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    VAHOVICH, HEATHER, 12602 PROSPECT KNOLL, BOWIE, MD 20715

10925    VAIDYA, BHASKER, 2412 FLEETWOOD AVE, BALTIMORE, MD 21214

10925    VAIDYANATH MAHADEVAN, 314 HIDDEN CREEK DR, HATBORO, PA 19040-1617

10924    VAIL ATHLETIC CENTER, 352 E. MEADOW DR., VAIL, CO 81657

10924    VAIL INDUSTRIAL, 189 FRONT STREET, SOUTH PLAINFIELD, NJ 07080

10925    VAIL, JOHN F, PO BOX 270334, WEST HARTFORD, CT 06127-0334

10925    VAIL, PATRICK, 19911 CANYON DRIVE, YORBA LINDA, CA 92886

10925    VAIL, REBA, 170 POWERS RD, WEIRTON, WV 26062

10925    VAILLANCOURT, JOHN, 14435 POPLAR, HESPERIA, CA 92345

10925    VAILLANCOURT, RICH, 3 ALPHA ST, HUDSON, NH 03051

10925    VAILLETTE, THOMAS, 230 CHARLES ST, FITCHBURG, MA 01420

10925    VAILS, IRA, 1110 SE 20TH, OKLAHOMA CITY, OK 73129

10925    VAIS, MICHELLE, CUST FOR DINA VAIS, UNIF GIFT MIN ACT NY, 832 E CHESTER ST, LONG BEACH, NY 11561-2703

10925    VAISALA INC., 100 COMMERCE WAY, WOBURN, MA 01801

10925    VAISALA, 100 COMMERCE WAY, WOBURN, MA 01801

10925    VAJAS, JOHN, 25 ADALIST AVE, BUTLER, NJ 07405

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   VAJRADHATU STUPA PROJECT, 1345 SPRUCE STREET, BOULDER, CO 80302-4807

10925   VAKIL, RASHMI, 7722 DEL GLEN, HOUSTON, TX 77072

10925   VAL D KOCH, 1542 600TH ST, CHEROKEE, IA 51012-7176

10925   VALADEZ, ESTELLA, 300 E. MAGNOLIA, MIDLAND, TX 79705

10925   VALADEZ, JUAN, 305 E. FOGG, FT WORTH, TX 76110

10925   VALADEZ, THOMAS, 6401 N. DIXIE, ODESSA, TX 79762

10925   VALBUENA, ANTONIA, 210 LYDIA CIRCLE, IRVING, TX 75060

10924   VALCO INC, 730 S MCKENZIE, CANON CITY, CO 81212

10924   VALCO INCORPORATED, 1402 VALCO ROAD, LAMAR, CO 81052

10924   VALCO INCORPORATED, 730 SOUTH MCKENZIE, CANON CITY, CO 81212

10924   VALCO INCORPORATED, PO BOX 669, CANON CITY, CO 81215

10924   VALCO INCORPORATED, POST OFFICE BOX 591, LAMAR, CO 81052

10924   VALCO, P.O.BOX 591, LAMAR, CO 81052

10924   VALDA PLASTERING WAREHOUSE, 302 NORTH WALBRIDGE, MADISON, WI 53714

10924   VALDA PLASTERING, 3625 ELVEHJEM ROAD, MCFARLAND, WI 53558-9040

10924   VALDA PLASTERING, CAMBRIDGE, MA 02140

10925   VALDES POD PC, DR A, 3632 N WESTERN AVE, CHICAGO, IL 60618-4715

10925   VALDES, CARLOS, 4505 LENOX BLVD., LENNOX, CA 90304

10925   VALDES, ENID, 2076 CENTERPORT RD, MOHRSVILLE, PA 19541

10925   VALDES, MCCONNELL, PO BOX 364225, SAN JUAN, PR 00936-4225

10925   VALDES, PILAR, 3970 LANGLEY CT NW APTC 615, WASHINGTON, DC 20016

10925   VALDEZ, ALFONSO, 631 NORDALE AVE, 3, SAN JOSE, CA 95112

10925   VALDEZ, ANTONIO, 513 MONTECITO, EL PASO, TX 79915

10925   VALDEZ, ARMANDO, 413 W. ROXANA, HOBBS, NM 58240

10925   VALDEZ, DANNY, PO BOX 22602, SANTA FE, NM 87501

10925   VALDEZ, ELIODORO, 200 E. CASTLE, HOBBS, NM 88240

10925   VALDEZ, FRANK, 7338 DIAMOND, RIVERSIDE, CA 92504

10925   VALDEZ, GEORGE, 7535 LINCOLN, RIVERSIDE, CA 92504

10925   VALDEZ, IDIOLA, RT 3 BOX 126-L, PHARR, TX 78577

10925   VALDEZ, JOE, 1409 POLK, WICHITA FALLS, TX 76309

10925   VALDEZ, JUDY, 2140 VALCARO ROAD, CASPER, WY 82604

10925   VALDEZ, LISA, 1806 TARTAN DRIVE, CARROLLTON, TX 75006

10925   VALDEZ, MARIA, 8507 SW 137 AVE, MIAMI, FL 33165

10925   VALDEZ, MERLINDA, 2811 RANDONS BELL, SUGAR LAND, TX 77479

10925   VALDEZ, NOE, 510 CICERO, SAN ANTONIO, TX 78212

10925   VALDEZ, NORMA, 127 LANGFORD PLACE, SAN ANTONIO, TX 78221

10925   VALDEZ, NORMA, 4440 SIERRA DR, GRAND PRAIRIE, TX 75052

10925   VALDEZ, RODRIGO, 81-351 FRED WARING #311, INDIO, CA 92201

10925   VALDEZ, RUDOLFO, 2811 RANDONS BELL, SUGARLAND, TX 77479

10925   VALDEZ, SALOMON, 2900 S VALLEY VIEW #55, LAS VEGAS, NV 89102

10925   VALDIS E PETRITIS &, NANCI HOTE PETRITIS JT TEN, 755 86 PLACE, DOWNERS GROVE, IL 60516-4950

10925   VALDIS E PETRITIS, 755 86 PL, DOWNERS GROVE, IL 60516

10925   VALDIS VIJUMS, 18 DURHAM ST, NASHUA, NH 03063-2535

10925   VALDIVIA, ANTONIA, 426 E ADAMS ST, SANTA ANA, CA 92707

10925   VALDIVIA, ESTHER, 104 GALL CT 2ND FL, ELMWOOD PARK, NJ 07407

10925   VALDIVIA, ROSA, 6661 WIBUR AVE #27, RESEDA, CA 91335

10925   VALDOVINOS, LORENA, 18792 VALENCIA ST, HESPERIA, CA 92345

10925   VALENCE TECHNOLOGY INC, 6781 VIA DEL ORO, SAN JOSE, CA 95119

10925   VALENCE, MARGARET, 6520 KARL RD, COLUMBUS, OH 43229

10925   VALENCIA, DAGOBERTO, 71 JAMES ST, ENGLEWOOD, NJ 07631

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | VALENCIA, ISABEL, 24600 BROAD AVE., WILMINGTON, CA 90744 | |
| 10925 | VALENCIA, LETICIA, 6306 SOUTH PADRE, CORPUS CHRISTI, TX 78413 | |
| 10925 | VALENCIANA, RAMON, 2717 COLUMBUS, FORT WORTH, TX 76106 | |
| 10925 | VALENCIANA, RAMON, 2717 COLUMBUS, FT WORTH, TX 76106 | |
| 10925 | VALENITE INC, 1464 SOLUTIONS CENTER, CHICAGO, IL 60677-1004 | |
| 10925 | VALENITE, INC, 1464 SOLUTIONS CENTER, CHICAGO, IL 60677-1004 | |
| 10925 | VALENITE, INC, 15918 W. 136TH. ST., OLATHE, KS 66062 | |
| 10925 | VALENITE, INC, 510 GRIFFIN RD., WEST BRANCH, MI 48661 | |
| 10925 | VALENITE, INC, PO BOX 960574, CINCINNATI, OH 45296-0574 | |
| 10925 | VALENITE-MODCO LIMITED MILACRON IN, P MICHELLE BEVAN, 2090 FLORENCE AVE, CINCINNATI, OH 45209-1025 | |
| 10925 | VALENTA, STEPHEN, 6323 LACOSTA DRIVE, BOCA RATON, FL 33433 | |
| 10924 | VALENTI CONCRETE INC., P O BOX 360, COLD SPRING, NY 10516 | |
| 10924 | VALENTI CONCRETE INC., P.O.BOX 360, COLD SPRING, NY 10516 | |
| 10924 | VALENTI CONCRETE INC., RTE 9, COLD SPRING, NY 10516 | |
| 10925 | VALENTI, IDA, 2829 COOL WATER DR, HENDERSON, NV 89014 | |
| 10925 | VALENTI, JANICE, 120 BAY 8 ST, BKLYN, NY 11228 | |
| 10925 | VALENTIN, ADELAIDA, QUINTO CENTENARIO, MAYAGUEZ, PR 00680 | |
| 10925 | VALENTIN, AMPARO, 36 TREMONT ST, TAUNTON, MA 02780 | |
| 10925 | VALENTIN, ANIBAL, 36 TREMONT ST, TAUNTON, MA 02780 | |
| 10925 | VALENTIN, BARBARA, 1527 FRONT ST, GEORGETOWN, SC 29440 | |
| 10925 | VALENTIN, JOSE, 508 CARR ST, ORI, FL 32807 | |
| 10925 | VALENTIN, NYDIA, CALLE 31 JJ-8, SAN SEBASTIAN, PR 00685 | |
| 10925 | VALENTIN, VILMA, BOX 4132, AGUADILLA, PR 00603 | |
| 10924 | VALENTINE CORPORATION, 111 PELICAN WAY, SAN RAFAEL, CA 94901 | |
| 10924 | VALENTINE CORPORATION, ATTN: ACCOUNTS PAYABLE, SAN RAFAEL, CA 94912 | |
| 10924 | VALENTINE SUGARS, 129 VALENTINE DRIVE, LOCKPORT, LA 70374 | |
| 10925 | VALENTINE, CARL, 307 BOYD AVE, SIMPSONVILLE, SC 29681 | |
| 10925 | VALENTINE, CYBIL, 11009 SWANSFIELD ROAD, COLUMBIA, MD 21044 | |
| 10925 | VALENTINE, DAWN, 11009 SWANSFIELD RD, COLUMBIA, MD 21044 | |
| 10925 | VALENTINE, E, 1493 SOUTH CHAMPION AVE, COLUMBUS, OH 43207 | |
| 10925 | VALENTINE, HARRY, 420 SHORT ST, ELLWOOD CITY, PA 16117 | |
| 10925 | VALENTINE, J, 166 WOBURN ST, READING, MA 01867 | |
| 10925 | VALENTINE, JON M, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | VALENTINE, JON, 403 EVERGREEN RD, SEVERNA PARK, MD 21146 | |
| 10925 | VALENTINE, JOSEPH, PO BOX 205EB20, RIDGEVILLE, SC 29472 | |
| 10925 | VALENTINE, KAREN, 1104 DRUM AVE., CAPITOL HEIGHTS, MD 20743 | |
| 10925 | VALENTINE, LARRY, 7185 SE PALMETTO, MILWAKIE, OR 97267 | |
| 10925 | VALENTINE, LASHAWN, 1362 CONGRESS ST SE, WASHINGTON, DC 20032 | |
| 10925 | VALENTINE, NIA, 3704 COPLEY ROAD, BALTIMORE, MD 21215 | |
| 10925 | VALENTINE, PAUL, 9552 TARA CAY CT., SEMINOLE, FL 34646 | |
| 10925 | VALENTINE, ROSEMARY, 7185 SE PALMETTO, MILWAKIE, OR 97267 | |
| 10925 | VALENTINE, STEVEN, 5345 LANE ROAD, OWENSBORO, KY 42301 | |
| 10925 | VALENTINE, SUE, 1784 NORMANDY DR APT 101, WOOSTER, OH 44691 | |
| 10925 | VALENTINO, JANET, 1050 SE 7TH COURT, DANIA, FL 33004 | |
| 10925 | VALENTINO, NANCY, 13054 MIDFIELD TERR, CREVE COEVR, MO 63146 | |
| 10925 | VALENZA, JOHN, 4 ROCK CREEK WOOD RIVER, LAMBERTVILLE, NJ 08530 | |
| 10925 | VALENZA, JOHN, 502 SUNRIDGE DRIVE APT 302, BLACKSBURG, VA 24060 | |
| 10925 | VALENZIA, JEFFREY, 812 EL CARMEL PL., SAN DIEGO, CA 92109 | |
| 10925 | VALENZUELA, EFREN, 4141 CONWAY AVE. #M, CHARLOTTE, NC 28209 | |
| 10925 | VALENZUELA, EVERILDO, 4541 LENNOX BLVD. #5, LENNOX, CA 90304 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    VALENZUELA, FELIPE, 9409 ALENANDER AVE, SOUTH GATE, CA 90280

10925    VALENZUELA, FERNANDO, 2854 KELLY SQ, VIENNA, VA 22181

10925    VALENZUELA, MARIA, 15710 LARCH AVE, LAWNDALE, CA 90260

10924    VALEO C/O REDFORD, HWY 75 & JOSLYN ROAD ON HARMON, AUBURN HILLS, MI 48321

10925    VALERA, MA. ISABEL, 7030 LO CHALMERS LA, GARLAND, TX 75043

10925    VALERIE A TOOVEY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    VALERIE FRANKLIN, 24 E BOTH ST, NEW YORK, NY 10024-0000

10925    VALERIE J RADEKA, 8643 WEST 73RD PLACE, JUSTICE, IL 60458-1110

10925    VALERIE M SHELTON, 1717 EAST LA CROSSE, SPOKANE, WA 99207

10925    VALERIE M SHELTON, W 421 RIVERSIDE, SPOKANE, WA 99201

10925    VALERIE MADELINE LAYTON, & GEORGE H LAYTON JT TEN, 4135 NE 80TH AVE, PORTLAND, OR 97218-4209

10925    VALERIE N MARINELLI, 76 PALEY FARM ROAD, PORTLAND, CT 06480-1055

10925    VALERIE STILE, 442-G RIVER RD, NUTLEY, NJ 07110-3615

10925    VALERIE V SMITH, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    VALERIO, DENISE, 4044 RIDGE AVE, PHILA PA, PA 19129

10925    VALERIO, JENNIE, 610 EAST 20TH ST, 5H, NEW YORK, NY 10009-1405

10925    VALERIO, MARIA, 320 CINDER ROAD 68-A, EDISON, NJ 08820

10925    VALERIO, PRISCILLA, 412 CORMORANT CT., FORT COLLINS, CO 80525

10924    VALERO HOUSTON REFINERY, 9701 MANCHESTER STREET, HOUSTON, TX 77012

10924    VALERO REFINEREY, P.O.BOX 9370, CORPUS CHRISTI, TX 78469

10924    VALERO REFINERY - LAND COAST INSUL., ATTN: KEVIN MORTON, PROJECT MNGR, CORPUS CHRISTI, TX 78469-9370

10924    VALERO REFINERY - LAND COAST INSUL., CAMBRIDGE, MA 99999

10924    VALERO REFINERY CO., 5900 UP RIVER ROAD, CORPUS CHRISTI, TX 78469

10924    VALERO REFINERY CO., CAMBRIDGE, MA 99999

10925    VALERO REFINING CO, 5900 UP RIVER RD, BOX 9370, CORPUS CHRISTI, TX 78469-9370

10924    VALERO REFINING CO, PO BOX 5038, HOUSTON, TX 77262-5038

10924    VALERO REFINING CO. - NJ, 800 BILLINGSPORT ROAD, PAULSBORO, NJ 08066

10924    VALERO REFINING CO. - NJ, PAULSBORO REFINERY, 800 BILLINSPORT ROAD, PAULSBORO, NJ 08066

10924    VALERO REFINING CO.-(A), PAULSBORO REFINERY, BILLINGSPORT ROAD, PAULSBORO, NJ 08066

10924    VALERO REFINING CO., 9701 MANCHESTER, HOUSTON, TX 77012-2408

10924    VALERO REFINING COMPANY - A, 105 SOUTH, KROTZ SPRINGS, LA 70750-5309

10924    VALERO REFINING COMPANY - CA, 3400 EAST SECOND STREET, BENICIA, CA 94510

10924    VALERO REFINING COMPANY - NJ, 800 BILLINGSPORT ROAD, PAULSBORO, NJ 08066-1036

10924    VALERO REFINING COMPANY - NJ, PO BOX 427, PAULSBORO, NJ 08066

10924    VALERO REFINING COMPANY, 3300 BAYSHORE DRIVE, BENICIA, CA 94510

10924    VALERO REFINING COMPANY, 5900 UP RIVER ROAD, CORPUS CHRISTI, TX 78409

10924    VALERO REFINING COMPANY, 9701 MANCHESTER AVENUE, HOUSTON, TX 77012

10924    VALERO REFINING COMPANY, ATTN:  FCC GENERATOR, BILLINGSPORT ROAD, PAULSBORO, NJ 08066

10924    VALERO REFINING COMPANY, HIGHWAY 105SOUTH, KROTZ SPRINGS, LA 70750-5309

10924    VALERO REFINING COMPANY, HWY 105 SOUTH, KROTZ SPRINGS, LA 70750-5309

10924    VALERO REFINING COMPANY, LOOP 197 SOUTH AT 14TH STREET, TEXAS CITY, TX 77592

10924    VALERO REFINING COMPANY, PO BOX 3429, TEXAS CITY, TX 77592-3429

10924    VALERO REFINING COMPANY, PO BOX 453, KROTZ SPRINGS, LA 70750

10924    VALERO REFINING COMPANY, PO BOX 453, KROTZ SPRINGS, LA 70750-0453

10924    VALERO REFINING COMPANY, PO BOX 500, SAN ANTONIO, TX 78292-0500

10924    VALERO REFINING COMPANY, PO BOX 5038, HOUSTON, TX 77262-5038

10924    VALERO REFINING COMPANY, PO BOX 9370, CORPUS CHRISTI, TX 78469

10924    VALERO-HOUSTON REFINERY, 9701 MANCHESTER ST, HOUSTON, TX 77012

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | VALERON STRENGTH FILMS, 75 REMITTANCE DR.,SUITE 3068, CHICAGO, IL 60675 | |
| 10925 | VALEROSO, ROLANDO, 6257 N TROY, CHICAGO, IL 60659 | |
| 10925 | VALESKO, ELEANOR, 38 EMMETT AVE, HOPELAWN, NJ 08861-2217 | |
| 10925 | VALI AIR CONTROLS, INC, 452 HODGES ST, PELHAM, AL 35124-0567 | |
| 10925 | VALIENTES, NELIA, 522 W. 215TH ST., CARSON, CA 90745 | |
| 10925 | VALINOR INC, 7 PERIMETER ROAD, MANCHESTER, NH 03103 | |
| 10925 | VALIS ASSOCIATES, 1700 PENNSYLVANIA AVE. NW, WASHINGTON, DC 20006 | |
| 10925 | VALL DESIGNS INC, 603 PARKSIDE BLVD, CLEVELAND, OH 44143-2813 | |
| 10925 | VALLADAREV, WILFREDO, 2336 N COLOMBUS ST, ARLINGTON, VA 22207 | |
| 10925 | VALLAR,III, ANTHONY, 2518 SOUTH SNYDER AV, BALTIMORE, MD 21219 | |
| 10925 | VALLE, ALVARO, 7000 SW 102ND AVE, MIAMI, FL 33173-1342 | |
| 10925 | VALLE, CARLOS, 6655 OBISPO AVE, 152, LONG BEACH, CA 90805 | |
| 10925 | VALLE, DIANE, 6222 WINDING LAKE DRIVE, JUPITERD, FL 33458 | |
| 10925 | VALLE, JAVIER, SECTOR EL SECO, MAYAGUEZ, PR 00680 | |
| 10925 | VALLE, KAREN, 285 WINCH ST, FRAMINGHAM, MA 01701 | |
| 10925 | VALLE, LILLIAN, 1418 ZEREGA AVE, BRONX, NY 10462 | |
| 10925 | VALLE, MARISOL, HC-01 BOX 4654, QUEBRADILLAS, PR 00678 | |
| 10925 | VALLE, STEPHEN, 7071 NW 71ST MANOR, PARKLAND, FL 33067 | |
| 10925 | VALLE, VENTURA, 3901 SW 112TH AVE, MIAMI, FL 33176 | |
| 10925 | VALLEGA, ADELINE, PO BOX 58, 51 LAKE DRIVE, ROOSEVELT, NJ 08555 | |
| 10925 | VALLEJO, EDWARD, 404 WAYNE WAY, EL PASO, TX 79915 | |
| 10925 | VALLEJO, ERIC, 4224 W WESTCOTT, GLENDALE, AZ 85015 | |
| 10925 | VALLEJO, EVARISTO, 602 NICHOLSON, MISSION, TX 78572 | |
| 10925 | VALLEJO, RAMON, 3319 N. TERRY, FT. WORTH, TX 76106 | |
| 10925 | VALLELY, RICHARD, 6754 B E-BLUEBELL ROAD, U S A F A, CO 80840 | |
| 10924 | VALLEN SAFETY SUPPLY CO., 3690 DAYTON PARK DRIVE, DAYTON, OH 45414 | |
| 10924 | VALLEN SAFETY SUPPLY CO., 4125 SOUTH CREEK ROAD, CHATTANOOGA, TN 37406 | |
| 10924 | VALLEN SAFETY SUPPLY CO., 707 THOMSON PARK DR., CRANBERRY TOWNSHIP, PA 16066 | |
| 10924 | VALLEN SAFETY SUPPLY CO., 7800 THE BLUFFS, STE #B, AUSTELL, GA 30168 | |
| 10925 | VALLEN SAFETY SUPPLY CO., 841 REMINGTON BLVD, BOLINGBROOK, IL 60440 | |
| 10925 | VALLEN SAFETY SUPPLY CO., 9004-G YELLOW BRICK RD., BALTIMORE, MD 21237 | |
| 10924 | VALLEN SAFETY SUPPLY CO., NAAMENS CREEK CENTER, BOOTHWYN, PA 19061 | |
| 10924 | VALLEN SAFETY SUPPLY CO., P.O. BOX 4391, HOUSTON, TX 77210-4391 | |
| 10925 | VALLEN SAFETY SUPPLY CO., PO BOX 200097, HOUSTON, TX 77040 | |
| 10925 | VALLEN SAFETY SUPPLY CO., PO BOX 200097, HOUSTON, TX 77216 | |
| 10924 | VALLEN SAFETY SUPPLY CO., PO BOX 3587, HOUSTON, TX 77253-3587 | |
| 10924 | VALLEN SAFETY SUPPLY COMPANY, 16201 SW MARKET STREET, INDIANTOWN, FL 34956 | |
| 10925 | VALLEN SAFETY SUPPLY COMPANY, PO BOX 200097, HOUSTON, TX 77216-0097 | |
| 10925 | VALLERIE TRANSPORTATION SERV INC, PO BOX 880, NORWALK, CT 06852 | |
| 10925 | VALLERY, AMAMDA, 5400 SERVICE RD. #12, PINEVILLE, LA 71360 | |
| 10925 | VALLES, EVA, 1516 PEAK #205, DALLAS, TX 75204 | |
| 10925 | VALLES, GABRIEL, 5265 RIVERDALE RD #6, COLUMBIA, MD 21044 | |
| 10925 | VALLES, JULIO, 6105 TURNABOUT LANE APT. #3, COLUMBIA, MD 21044 | |
| 10925 | VALLES, LEONARDO, 6105 TURNABOUT LANE APT. #3, COLUMBIA, MD 21044 | |
| 10925 | VALLES, MARIA, 1406 GILLETTE ST., DALLAS, TX 75217 | |
| 10925 | VALLES, PABLO, 68706 FIRST ST., CATHEDRAL CITY, CA 92234 | |
| 10925 | VALLETTE, R. SHANON, 117 WEST LEE, SULPHUR, LA 70663 | |
| 10925 | VALLETTE, RICHARD, 117 WEST LEE, SULPHUR, LA 70663 | |
| 10925 | VALLETTE, STEPHEN, 453 BURTON SHIPYARD RD., SULPHUR, LA 70665 | |
| 10925 | VALLETTE, STEPHEN, 453 BURTON SHIPYARD, SULPHUR, LA 70665 | |
| 10924 | VALLEY ASPHALT, INC., ATTN:  ACCOUNTS PAYABLE, SPANISH FORK, UT 84660 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  VALLEY AUTOMATIC SPRINKLER CO, 450 FENTON LANE UNIT #902, WEST CHICAGO, IL 60185-2688

10924  VALLEY BAPTIST HOSPITAL, C/O BUILDING SPECIALISTS, HARLINGEN, TX 78550

10924  VALLEY BLDERS SUPPLY CO, 2000 STATE AVE, CINCINNATI, OH 45214

10924  VALLEY BLOCK & SUPPLY, 13 N. 085 COOMBS RD., ELGIN, IL 60123

10924  VALLEY BLOCK & SUPPLY, HIGHLAND AVE & COOMBS RD, ELGIN, IL 60120

10924  VALLEY BLOCK CO. INC., 43320 JACKSON STREET, INDIO, CA 92201

10924  VALLEY BLOCK CO., INC., PO BOX1063, INDIO, CA 92202

10924  VALLEY BLOCK COMPANY, PO BOX 903, LOVELAND, CO 80537

10924  VALLEY BLOCK, 6766 E. HWY 402, LOVELAND, CO 80537

10924  VALLEY BLOCK, P O BOX 903, LOVELAND, CO 80537

10924  VALLEY BLOX INC, PO BOX432, HARRISONBURG, VA 22801

10924  VALLEY BLOX INC., 210 STONE SPRING ROAD, HARRISONBURG, VA 22801

10924  VALLEY BLOX INC., P O BOX 432, HARRISONBURG, VA 22801

10924  VALLEY BROOK CEMENT & SUPPLY, ROUTE 2 NORTH, MILLWOOD, WV 25262

10924  VALLEY BROOK CONCRETE - #3, 7102 CHARLESTON RUN ROAD - RTE.62, LEON, WV 25123

10924  VALLEY BROOK CONCRETE COMPANY, 7102 CHARLESTON RUN ROAD, LEON, WV 25123

10924  VALLEY BROOK CONCRETE COMPANY, P. O. BOX 157, MILLWOOD, WV 25262

10924  VALLEY BROOK CONCRETE SUPPLY, PO BOX157, MILLWOOD, WV 25262

10924  VALLEY BROOK CONCRETE, 2399 OHIO RIVER RD., LAKIN, WV 25250

10924  VALLEY BROOK CONCRETE, RT 62, LAKIN, WV 25250

10924  VALLEY BUILDERS SUPPLY CO., 2000 STATE AVE., CINCINNATI, OH 45214

10924  VALLEY BUILDERS, 1/8 MI. E HWY 83, PHARR, TX 78577

10924  VALLEY BUILDERS, 905 E. BUSINESS 83, PHARR, TX 78577

10924  VALLEY BUILDERS, P.O. DRAWER Z, PHARR, TX 78577

10924  VALLEY CHILDREN'S HOSPITAL, C/O ACCOUSTICAL MATERIAL SERVICES, FRESNO, CA 93650

10924  VALLEY CHILDRENS, PERFORMANCE CONTRACTING, FRESNO, CA 93650

10925  VALLEY COLLISION CENTER, 14 CALIFORNIA AVE SUITE D, PLEASANTON, CA 94566

10924  VALLEY CONCRETE, 19515 N.E. FRONTAGE, SHOREWOOD, IL 60435

10924  VALLEY CONCRETE, DIV. OF ERNST ENTERPRISES, FAIRBORN, OH 45324

10924  VALLEY CONCRETE, EBI CONSTRUCTION, HWY 24 W., BELVUE, KS 66407

10924  VALLEY CONCRETE, P O BOX 191, PLAINFIELD, IL 60544

10924  VALLEY CONCRETE, PO BOX 191, PLAINFIELD, IL 60544

10924  VALLEY CONCRETE, PO BOX447, HAGERMAN, NM 88232-0447

10924  VALLEY CONCRETE, ROUTE 30 & 31, MONTGOMERY, IL 60538

10924  VALLEY CONCRETE, RR 4-6227 DEVONIAN, ROSWELL, NM 88201

10924  VALLEY CONSTRUCTION CO. (301), PORTABLE PAVING PLANT, ROCK ISLAND, IL 61204-2020

10924  VALLEY CONSTRUCTION CO., PO BOX2020, ROCK ISLAND, IL 61204-2020

10924  VALLEY CONSTRUCTION COMPANY (339), PORTABLE PAVING LOCATIONS, LE CLAIRE, IA 52753

10925  VALLEY CRAFT, 2001 SOUTH HWY 61, LAKE CITY, MN 55041

10924  VALLEY ELECTRIC SUPPLY CO, 1000 WABASH AVENUE, TERRE HAUTE, IN 47808

10924  VALLEY ELECTRIC SUPPLY CORP., 110 EXECUTIVE BLVD., VINCENNES, IN 47591

10924  VALLEY ELECTRIC SUPPLY CORP., PO BOX 724, VINCENNES, IN 47591

10924  VALLEY ELECTRIC, 977 TIBBAHS-WICK RD., GIRARD, OH 44420

10924  VALLEY FORDGE STONE/TILE, P O BOX 987-0108, VALLEY FORGE, PA 19481

10924  VALLEY FORGE STONE  TILE, MCAVOY LANE, PHOENIXVILLE, PA 19460

10924  VALLEY FORGE STONE & TILE, P.O. BOX 987-0108, VALLEY FORGE, PA 19481

10925  VALLEY FREIGHTLINER INC, 277 STEWART ROAD SW, PACIFIC, WA 98047-2110

10925  VALLEY FREIGHTLINER, INC, 2401 AIRPORT WAY, SOUTH, SEATTLE, WA 98134

10924  VALLEY FRUIT, #12 HOFFER ROAD, WAPATO, WA 98951

10924  VALLEY GROVE BAPTIST CHURCH, 9000 OLD SEVIERVILLE PIKE, KNOXVILLE, TN 37920

10924  VALLEY HEALTH, 28400 MCCALL BLVD, SUN CITY, CA 92585

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   VALLEY HOSPITAL, SMITH & GREEN CORPORATION, LAS VEGAS, NV 89101

10924   VALLEY HOSPITAL, THE, 223 NORTH VAN DIEN AVENUE, RIDGEWOOD, NJ 07450

10925   VALLEY INDUSTRIAL PRODUCTS, PO BOX 669, BAY CITY, MI 48708-5495

10925   VALLEY INDUSTRIAL RUBBER PRODUCTS CO INC, 3 SOUTH COMMERCE WAY, BETHLEHEM, PA 18017

10924   VALLEY LUTHERAN HOSPITAL, TEMPE, AZ 85282

10925   VALLEY MACHINE WORKS, 701 WEST JACKSON ST, PHOENIX, AZ 85007-3189

10924   VALLEY MATERIAL COMPANY, 201 MARCHALL ROAD, VALLEY PARK, MO 63088

10924   VALLEY MATERIAL COMPANY, P O BOX 337, VALLEY PARK, MO 63088

10924   VALLEY MATERIAL COMPANY, P. O. BOX 337, VALLEY PARK, MO 63088

10924   VALLEY MATERIALS INC., 147 WEST ELECTION ROAD, SUITE 110, DRAPER, UT 84020

10924   VALLEY MATERIALS, INC./SPANISH FORK, 1172 S. DEL MONTE ROAD, SPANISH FORK, UT 84660

10925   VALLEY MEMORIAL HOSPITAL, PO BOX 60000 FILE # 73308, SAN FRANCISCO, CA 94160-3308

10924   VALLEY METAL CONTAINER, 4487 MCINTYRE STREET, GOLDEN, CO 80401

10924   VALLEY METAL CONTAINER, ATTN:  END LINE RECEIVING, 4487 MACINTYRE STREET, GOLDEN, CO 80401

10925   VALLEY NEWS CO, 1305 STADIUM RD, MANKATO, MN 56001-5355

10924   VALLEY PACIFIC CONST., 10751 OAK ST, DONALD, OR 97020

10924   VALLEY PACIFIC CONSTRUCTION, 10751 OAK STREET, DONALD, OR 97020

10924   VALLEY PACIFIC CONSTRUCTION, P.O. BOX 589, DONALD, OR 97020

10924   VALLEY PAINTING, 1018 CLAY STREET, PORTSMOUTH, OH 45662

10924   VALLEY POOL CO, P.O.BOX 1864, WAYNESBORO, VA 22980

10924   VALLEY POOLS, AQUA STAR DIV., CAMBRIDGE, MA 02140

10924   VALLEY POWER INC., 850 DAVISVILLE ROAD, WILLOW GROVE, PA 19090

10924   VALLEY PROCESSING, 17361 EASTMAN STREET, IRVINE, CA 92714

10924   VALLEY PROCESSING, 491 WILSON WAY, LA PUENTE, CA 91744

10925   VALLEY PROTEINS, 151 VALPRO DR, WINCHESTER, VA 22603

10925   VALLEY PROTEINS, INC, PO BOX 890008, WINCHESTER, VA 22604-2586

10924   VALLEY READY MIX CONCRETE CO., 112 FACTORY ROAD, SUNNYSIDE, WA 98944

10924   VALLEY READY MIX, 16500 S. 500 W., BLUFFDALE, UT 84065

10924   VALLEY READY MIX, 3450 SOUTH K, TULARE, CA 93274

10924   VALLEY READY MIX, ATTN:  ACCOUNTS PAYABLE, SANDY, UT 84091

10924   VALLEY READY MIX, ATTN:  ACCOUNTS PAYABLE, TULARE, CA 93275

10924   VALLEY READY MIX, DO NOT USE THIS #, SHARON RD, PETERBOROUGH, NH 03458

10924   VALLEY READY MIX, P O BOX 266, PETERBOROUGH, NH 03458

10924   VALLEY READY MIX, PO BOX 266, PETERBOROUGH, NH 03458

10924   VALLEY READY MIX-USE #240523, 1100 SOUTH GARZOLI AVENUE, DELANO, CA 93215

10924   VALLEY READY MIX-USE #240523, 210 WEST PROSPERITY, TULARE, CA 93274

10924   VALLEY REDI-MIX CO INC, 1200 W. FAIRFAX ST., STEPHENS CITY, VA 22655

10924   VALLEY REDI-MIX CO INC, QUARRY LANE, CLEAR BROOK, VA 22624

10924   VALLEY REDI-MIX CO INC, RTE 631, STEPHENS CITY, VA 22655

10924   VALLEY REDI-MIX CO INC., 1200 W. FAIRFAX ST., STEPHENS CITY, VA 22655

10924   VALLEY REDI-MIX CO., INC., 100 CORNWELL LANE, PURCELLVILLE, VA 22132

10924   VALLEY REDI-MIX CO., INC., ROUTE 340 NORTH, FRONT ROYAL, VA 22630

10924   VALLEY REGIONAL MEDICAL CENTER, 100 ALTON GLOOR (FM3248), BROWNSVILLE, TX 78520

10924   VALLEY REGIONAL*USE #505273*, DELETION PER D. BEAR** S.CLARK, 100 ALTON GLOOR (FM3248), BROWNSVILLE, TX 78521

10925   VALLEY RELOCATION & STORAGE, 4020 NELSON AVE, CONCORD, CA 94520

10925   VALLEY RENTALS, PO BOX 170, GILBERT, AZ 85299-0170

10924   VALLEY ROCK & SAND, ATTN:  ACCOUNTS PAYABLE, CANYON COUNTRY, CA 91386

10924   VALLEY ROCK & SAND/C&BR, INC., ATTN:  ACCOUNTS PAYABLE, CANYON COUNTRY, CA 91386

10924   VALLEY ROCK & SAND/THERMAL, 92500 AIRPORT BOULEVARD, THERMAL, CA 92274

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VALLEY ROCK, INC, 2222 NORTH H STREET, LOMPOC, CA 93436 | |
| 10925 | VALLEY RUBBER & GASKET CO, INC, 10182-C CROYDON WAY, SACRAMENTO, CA 95827 | |
| 10925 | VALLEY SPORTS INC., 2320 MAIN ST, WEST CONCORD, MA 01742 | |
| 10924 | VALLEY STUCCO, 15 NO. OLIVE, STOCKTON, CA 95215 | |
| 10924 | VALLEY STUCCO, P.O. BOX 55079, STOCKTON, CA 95205 | |
| 10924 | VALLEY STUCCO, PO BOX 55079, STOCKTON, CA 95205 | |
| 10925 | VALLEY TIRE CO., 100 SOUTHPOINTE DRIVE, BRIDGEVILLE, PA 15017 | |
| 10925 | VALLEY TIRE SERVICE, 3803 S 306TH PL, AUBURN, WA 98001 | |
| 10924 | VALLEY TRANSIT MIX, HATCH, NM 87937 | |
| 10924 | VALLEY TRANSIT MIX, LAS CRUCES, NM 88004 | |
| 10924 | VALLEY TRANSIT MIX, OF RIODOSO #2, RUIDOSO, NM 88345 | |
| 10924 | VALLEY TRANSIT MIX, P O DRAWER 1456, RUIDOSO, NM 88345 | |
| 10924 | VALLEY TRANSIT MIX, P O DRAWER L, LAS CRUCES, NM 88004 | |
| 10924 | VALLEY TRANSPLANT, 23000 BRUELLA, ACAMPO, CA 95220 | |
| 10924 | VALLEY UNIT STEP INC, 1472 US HWY 41, DE PERE, WI 54115 | |
| 10924 | VALLEY UNIT STEP INC, FRONTAGE RD, WEST DE PERE, WI 54115 | |
| 10924 | VALLEY VIEW GYM, TAPO ST. & WALNUT, OXNARD, CA 93032 | |
| 10924 | VALLEY VIEW NURSING HOME, 301 VALLEY VIEW BLVD., ALTOONA, PA 16603 | |
| 10924 | VALLEY VIEW SCHOOL @ @, ARCHBALD, PA 18403 | |
| 10924 | VALLEY VIEW THEATER, 6001 CANAL ROAD, VALLEY VIEW, OH 44125 | |
| 10925 | VALLEY, MELODY, 2021 ENGLISH OAK CT., WALDORF, MD 20601 | |
| 10925 | VALLIE, FRANCES, 40 NE PLANTATION, STUART, FL 34996 | |
| 10925 | VALLIER, MAGGIE, 3038 GEN MARSHALL DR, LAKE CHARLES, LA 70601 | |
| 10925 | VALLIERES, ANTHONY A, 14110 PARKVALE RD, ROCKVILLE, MD 20853-2526 | |
| 10925 | VALLOTTON, DANIEL, PO BOX 151, MESILA PARK, NM 88047-0151 | |
| 10925 | VALLOTTON, HANNELORE, 8955 FOOTED RIDGE, COLUMBIA, MD 21045 | |
| 10925 | VALLUAN, N, 3121 JOHNSTON ST, LAFEYETTE, LA 70503 | |
| 10925 | VALLUM, BOBBY, RT.8 BOX 122, LUCEDALE, MS 39452 | |
| 10924 | VALMIC SALES (PTY) LTD., 2 CHLOOR RD, ALRODE, KIBLER PARK, 02053ZAF | *VIA Deutsche Post* |
| 10924 | VALMIERA LATVIA, CEMPV IFLA 13, VALMIERA LATVIA, AK 99999 | |
| 10924 | VALMONT INDUSTRIES, 137 STREET & 1ST NATIONAL BANK PK, OMAHA, NE 68154 | |
| 10925 | VALMONTE-DUQUE, VICTORIA, 34180 FINNEGAN TERR, FREMONT, CA 94555 | |
| 10925 | VALMUS, JEFFREY, 8432 W GULF BLVD UNIT #2, TREASURE ISLAND, FL 33706 | |
| 10925 | VALOIS, FLORIKA, 1325 MCKINLEY PKY, LACKAWANNA, NY 14218 | |
| 10925 | VALOIS, JR, ANDREW, PO BOX 160, MARKSVILLE, LA 71351 | |
| 10925 | VALOIS, ROBERT, 3046 WALDRON ROAD, KANKAKEE, IL 60901 | |
| 10925 | VALOR EAST ELECTRONICS, NO2 WANG CHIN ST, UNIT 8 11TH FL, KOWLOON BAY, 0HONG KONG | *VIA Deutsche Post* |
| 10925 | VALOR ELECTRONICS INC, 9715 BUSINESS PARK AVE, SAN DIEGO, CA 92131 | |
| 10925 | VALOR ELECTRONICS PHILS INC, #14 AMPERE ST, LISPP, BO DIEZMO, CABUYAO LAGUNA, 0PHILIPPINES | *VIA Deutsche Post* |
| 10925 | VALORA, LYLE, PO BOX 359, HAYDEN, CO 81639 | |
| 10925 | VALORE, JERRY, 1003 YARROW AVE, READING, PA 19605 | |
| 10924 | VALORI SAND & GRAVEL CO, PO BOX 950, FONTANA, CA 92334 | |
| 10924 | VALORI THOMPSON BUILDING MATERIALS, 11027 CHERRY AVENUE, FONTANA, CA 92335 | |
| 10925 | VALQUIP CORP., 18 SPRING HILL DR., MALVERN, PA 19355 | |
| 10925 | VALQUIP CORP., PO BOX 8500-50220, PHILADELPHIA, PA 19178 | |
| 10924 | VALSPAR COATINGS, 275-B INDUSTRIAL DRIVE, JACKSON, MS 39209-3426 | |
| 10924 | VALSPAR COATINGS, 701 SHILOH ROAD, GARLAND, TX 75042 | |
| 10925 | VALSPAR CORP, THE, 901 N. GREENWOOD, KANKAKEE, IL 60901 | |
| 10924 | VALSPAR CORP., 2841 S. ASHLAND AVENUE, CHICAGO, IL 60608 | |
| 10925 | VALSPAR CORPORATION, 101 THIRD ST., SOUTH, MINNEAPOLIS, MN 55415 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   VALSPAR CORPORATION, 1101 SOUTH THIRD STREET, MINNEAPOLIS, MN 55415

10924   VALSPAR CORPORATION, 1401 SEVERN STREET, BALTIMORE, MD 21230

10924   VALSPAR CORPORATION, 1717 ENGLISH ROAD, HIGH POINT, NC 27261

10924   VALSPAR CORPORATION, 1908 S. ELM STREET, HIGH POINT, NC 27263

10924   VALSPAR CORPORATION, 200 W. 103RD STREET, INDIANAPOLIS, IN 46290

10924   VALSPAR CORPORATION, 2000 WEST HALL STREET, PITTSBURGH, PA 15239

10924   VALSPAR CORPORATION, 2518 CHALK HILL ROAD, DALLAS, TX 75212

10924   VALSPAR CORPORATION, 347 CENTRAL AVENUE, BOWLING GREEN, KY 42101

10924   VALSPAR CORPORATION, 372 CLEVELAND STREET, ROCHESTER, PA 15074

10924   VALSPAR CORPORATION, 604 SOUTH CALIFORNIA STREET, INDIANAPOLIS, IN 46225

10924   VALSPAR CORPORATION, 701 SHILOH ROAD, GARLAND, TX 75042

10924   VALSPAR CORPORATION, 8200 FISCHER ROAD, DUNDALK, MD 21222

10924   VALSPAR CORPORATION, 901 NORTH GREENWOOD AVENUE, KANKAKEE, IL 60901

10924   VALSPAR CORPORATION, ATTN: ACCOUNTS PAYABLE, 1501 REEDSDALE STREET, PITTSBURGH, PA 15233

10925   VALSPAR CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10924   VALSPAR CORPORATION, I-30 & SCOTT HAMILTON EXIT, 7821-A DOYLE SPRINGS ROAD, LITTLE ROCK, AR 72209

10924   VALSPAR CORPORATION, PO BOX 10330, FORT WAYNE, IN 46851

10924   VALSPAR CORPORATION, PO BOX 461268, GARLAND, TX 75046

10924   VALSPAR CORPORATION, THE, 1977 TRACY STREET, PITTSBURGH, PA 15233

10924   VALSPAR CORPORATION, THE, 2001 TRACY ST, PITTSBURGH, PA 15233

10924   VALSPAR CORPORATION, THE, 202 JACOBS AVENUE, FORT WAYNE, IN 46808

10924   VALSPAR CORPORATION, THE, PO BOX 10330, FORT WAYNE, IN 46851

10924   VALSPAR INDUSTRIES, 145 DIVIDEND ROAD, ROCKY HILL, CT 06067

10924   VALSPAR INDUSTRIES, 200 W. 103RD STREET, INDIANAPOLIS, IN 46290

10924   VALSPAR INDUSTRIES, INC., 200 W. 103RD STREET, INDIANAPOLIS, IN 46290

10924   VALSPAR INDUSTRIES, INC., 5400 23RD. AVENUE, MOLINE, IL 61265

10924   VALSPAR MEXICO CORP. S.A DE C.V., AV. IND. DE LA FUNDICION NO. 1000, CIENEGA DE FLORES, 99999MEXICO          *VIA Deutsche Post*

10924   VALSPAR PACKAGING COATING, 90 CARSON ROAD, BIRMINGHAM, AL 35215-2913

10924   VALSPAR PACKAGING COATING, 90 CARSON ROAD, BIRMINGHAM, AL 35215-2987

10924   VALSPAR REFINISH, INC, 210 CROSBY STREET, PICAYUNE, MS 39466

10924   VALSPAR, 1215 NELSON BLVD, ROCKFORD, IL 61104

10924   VALSPAR, 1215 NELSON BLVD., ROCKFORD, IL 61104

10924   VALSPAR, 1647 ENGLISH ROAD, HIGH POINT, NC 27261

10924   VALSPAR, 2350 114TH STREET, GRAND PRAIRIE, TX 75050

10924   VALSPAR, 6110 GUNN HIGHWAY, TAMPA, FL 33625

10924   VALSPAR, 8200 FISCHER ROAD, DUNDALK, MD 21222

10925   VALTEK C/O ENPRO INC, 121 S. LOMBARD ROAD, ADDISON, IL 60101-3084

10925   VALTEK, 104 CHELSEA PKWY, BOOTHWYN, PA 19061

10925   VALTERRA PRODUCTS INC., 720 JESSIE ST, SAN FERNANDO, CA 91340

10924   VALUE AMERICA, 2400 S CALHOUN ROAD, NEW BERLIN, WI 53151

10924   VALUE AMERICA, 2400 S. CALHOUN RD., NEW BERLIN, WI 23261

10924   VALUE AMERICA, 2400 S. CALHOUN RD., NEW BERLIN, WI 53151

10924   VALUE AMERICA, 2400 SOUTH CALHOUN ROAD, NEW BERLIN, WI 53151

10925   VALUE LINE PUBLISHING, PO BOX 3988, CHURCH ST STATION, NEW YORK, NY 10008-3988

10925   VALVAX CORP, 7275 EDINGTON DR, CINCINNATI, OH 45249-1064

10925   VALVAX CORP., 7275 EDINGTON DR., CINCINNATI, OH 45249

10925   VALVAX CORPORATION, PO BOX 640917, CINCINNATI, OH 45264-0917

10925   VALVE RESEARCH, 466 SOUTH MILITARY TRAIL, DEERFIELD BEACH, FL 33442

10925   VALVE SPECIALISTS INC, 743 ANNORENO DRIVE, ADDISON, IL 60101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  VALVERDE, REBECCA, 1630 NEVADA, LAS CRUCES, NM 88001

10925  VALVERDE, VELMA, 211 EBONY LN, MISSION, TX 78572

10925  VALVO JR, ROBERT, 10 DIANA DRIVE, SALEM, NH 03079

10925  VALVO, DONNA, 10 DIANA DR, SALEM, NH 03079

10925  VALVO, ROBERT J, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925  VALV-TECH, INC, PO BOX 397, FOGELSVILLE, PA 18051

10925  VALYOU, THEA, 1150K N. LIBERTY AVE, HOMESTEAD, FL 33034

10924  VAM WATERS & ROGER LTD., 64 ARROW ROAD, WESTON ONT., IT M9M 2L9TORONTO          *VIA Deutsche Post*

10925  VAMAC INC., PO BOX 11225, RICHMOND, VA 23230-1225

10924  VAMC PORTLAND DIV A24526, VA MEDICAL CENTER/GEN WAREHOUSE, PORTLAND, OR 97200

10925  VAN AELSTYN, NICHOLAS, HELLER EHRMAN WHITE & MCAULIFFE, 333 BUSH ST, SAN FRANCISCO, CA 94104

10925  VAN ALLEN, STEVEN, 1629 LONGVIEW ST, WICHITA FALLS, TX 76305

10925  VAN ALSTINE, MARY ANN, 1352 SOUTHGATE DR, ST. CHARLES, MO 63304

10925  VAN ARSDALL II, RHEA, 1026 ARAPAHOE ST, ROCK SPRINGS, WY 82901

10924  VAN ATTA SUPPLY, 309 W. CENTER ST., MARION, OH 43302

10925  VAN AUKEN, LEONARD, 1794 QUIBY RD, 123, SAN JOSE, CA 95122

10925  VAN BECKUM, DANIEL, 2432 DECKNER AVE, GREEN BAY, WI 54302

10925  VAN BEECK, JOZEF, 32 AMIES ST, LONDON, SW11 2JNUNITED KINGDOM          *VIA Deutsche Post*

10925  VAN BELLE, NORMA L, 1914 PRIMROSE LANE, CARROLLTON, TX 75007-3114

10924  VAN BLARCOM CLOSURES INC., 156 SANFORD STREET, BROOKLYN, NY 11205

10925  VAN BLARCOM, WILLIE JO, 235 BALKUM RD, HEADLAND, AL 36345-9116

10925  VAN BOERUM, GARY, RD 3, BOX 570B, BRANCHVILLE, NJ 07826

10925  VAN BOURG WEINBERG ROGER ROSENFELD, 875 BATTERY ST, THIRD FL, SAN FRANCISCO, CA 94111

10925  VAN BROCKLIN, SANDRA, 33300 MISSION BLVD., UNION CITY, CA 94587

10925  VAN BURN, DALLAS, PO BOX 69, ROCK SPRINGS, WY 82902

10925  VAN BUSSUM, DEBORAH, 4506 MCINTIRE CROSSING, OWENSBORO, KY 42301

10925  VAN CAMP TRAILER & BODY, INC, 6045 I-55 SOUTH/W.FRONTAGE RD., JACKSON, MS 39212

10924  VAN CAN COMPANY, 9045 CARROLL WAY, SAN DIEGO, CA 92121

10925  VAN CASTER, CHRISTINA, 5833 HIGHLAND TERRACE #2, MIDDLETON, WI 53562

10925  VAN CLEAVE, MELVIN, 104 N WEST ST APT. 4, SIGOURNEY, IA 52591

10925  VAN CLIFTON BURNETT &, ALBY TENNIE BURNETT JT TEN, 1004 ASH, CALDWELL, ID 83605

10925  VAN COTT, BAGLEY, CORNWALL &, 50 SOUTH MAIN ST, SALT LAKE CITY, UT 84145

10925  VAN COURT, SUSAN, 623 1/2 E SCENIC DR, PASS CHRISTIAN, MS 39571

10925  VAN DAALWYK, BRENDA, 900 10TH AVE, UNION GROVE, WI 53182

10925  VAN DE DEY, PAMALA, 1593 CEDAR ST, GREEN BAY, WI 54302

10925  VAN DE HEY, KENNETH, 1017 FAIR RD, GREENLEAF, WI 54126-9762

10925  VAN DE VELDE, MARTINE, HULLEKEN 20 B-9940, EVERGEM, 09940BELGIUM          *VIA Deutsche Post*

10925  VAN DE WIELE, ANN, 360 WEST 22ND ST 8B, NEW YORK, NY 10011-2638

10925  VAN DELFT, JAN, 103 BROAD RIVER ROAD, SANTEE, SC 29142

10925  VAN DELP ELECTRICAL CONTRACTOR, 786 RT. 45, PILESGROVE, NJ 08098

10925  VAN DEN ELZEN, LORI, 12919 VELP AVE, GREEN BAY, WI 54313

10925  VAN DER STEUR, LUCIA, 16 ROBIN LANE, PEPPERELL, MA 01463

10924  VAN DER VAART BLDG. SUP, PO BOX 490, SHEBOYGAN, WI 53081

10924  VAN DER VAART BRICK CO, 1440 SO. 16TH ST., SHEBOYGAN, WI 53081

10924  VAN DER VAART BRICK CO, P O BOX 490, SHEBOYGAN, WI 53081

10924  VAN DER VAART BRICK CO, PO BOX 490, SHEBOYGAN, WI 53082

10924  VAN DER VAART BRICK, 1820 JOHNSON DRIVE, MANITOWOC, WI 54220

10925  VAN DEUREN, RICHARD A, 1000 N WATER ST #2100, MILWAUKEE, WI 53202-3197

10925  VAN DEUSEN, JOHN, 353 W. LEESIDE ST., GLENDORA, CA 91740

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VAN DEWATER & VAN DEWATER, 40 GARDEN ST, POUGHKEEPSIE, NY 12602 | |
| 10925 | VAN DONSEL, DAYNA, 1658 WINDSOR DR APT 1, GREEN BAY, WI 54302 | |
| 10925 | VAN DOORN, THOMAS, 8113 NW WALNUT WAY, PARKVILLE, MO 64152 | |
| 10925 | VAN DYKE, B, 324 E NORA, MESA, AZ 85213 | |
| 10925 | VAN DYKE, DANIEL, 22 AMELIA ST, NEWPORT, KY 41071 | |
| 10925 | VAN EREM, TRACY, 5472 CTY TRK W, DE PERE, WI 54115 | |
| 10925 | VAN ESS, JOHN, 2741 ONTARIO RD, GREEN BAY, WI 54311 | |
| 10925 | VAN ETTEN, KIMBERLY, N3805 HWY J, POYNETTE, WI 53955 | |
| 10925 | VAN GHEEM, STEVEN, 853 SMITS ST, DE PERE, WI 54115 | |
| 10925 | VAN GIESEN, GAIL, 221 FOLKSTONE CIRCLE, AUGUSTA, GA 30907 | |
| 10925 | VAN GORDER, JAMES, 6023 NE FAILING, PORTLAND, OR 97213 | |
| 10925 | VAN GORP, STEPHANIE, 7629 CHARLES #203, LENEXA, KS 66216 | |
| 10925 | VAN GRACE ASSOCIATES INC, 276 W MAIN ST, NORTHBORO, MA 01532 | |
| 10924 | VAN GUARD LEARNING CENTER, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | VAN HANDEL, R, 1706 SUNNYSIDE, DE PERE, WI 54115 | |
| 10925 | VAN HOORN, HELENA, 10 STARKIN RD, MILLTOWN, NJ 08850-2144 | |
| 10925 | VAN HOORN, WILLEM, 10 STARKIN RD, MILLTOWN, NJ 08850-2144 | |
| 10925 | VAN HOOSER, JOHN, 2813 4TH AVE, CHATTANOOGA, TN 37407 | |
| 10925 | VAN HORN METZ CO INC, 201 EAST ELM ST, CONSHOHOCKEN, PA 19428 | |
| 10925 | VAN HORN, J, 24037 WEDGEWOOD CT., PLAINFIELD, IL 60544 | |
| 10925 | VAN HORN, LARRY, 10120 VAN HORN LANE, LITHIA, FL 33547 | |
| 10925 | VAN HOUTEN, CRISPIN, N6038 NORTH HURON RD, PLAINFIELD, WI 54966 | |
| 10925 | VAN HOUTEN, JOHN, 2313 DUPRE DRIVE, CERES, CA 95307 | |
| 10925 | VAN HOUTEN, SUSAN, 11443 KEY DEER CR, LAKE WORTH, FL 33464 | |
| 10925 | VAN ITEN, CHAD, 838 PHASIANUS ST, GREEN BAY, WI 54311 | |
| 10924 | VAN KEPPEL SUPPLY, PO BOX 80, DEMOTTE, IN 46310 | |
| 10925 | VAN KOUWENBERG, B, 96 RAINBOW LANE, NORTH FT. MYERS, FL 33903 | |
| 10925 | VAN LANINGHAM, HAROLD, PO BOX 24, HAZELTON, IA 50641 | |
| 10925 | VAN LANINGHAM, RICHARD, 78 8TH ST NE, INDEPENDENCE, IA 50644 | |
| 10924 | VAN LEER CONTAINER, 100 INDUSTRIAL DRIVE, CANTON, MS 39046 | |
| 10924 | VAN LEER CONTAINER, 4300 W. 130TH STREET, CHICAGO, IL 60658 | |
| 10924 | VAN LEER CONTAINER, 4300 WEST 130TH STREET, ALSIP, IL 60803 | |
| 10924 | VAN LEER CONTAINER, 480 INDUSTRIAL DR, CANTON, MS 39046 | |
| 10924 | VAN LEER CONTAINER, 480 INDUSTRIAL DRIVE, CANTON, MS 39046 | |
| 10924 | VAN LEER CONTAINER, 526 MARKWITH AVENUE, GREENVILLE, OH 45331 | |
| 10924 | VAN LEER CONTAINER, 695 LEWIS DRIVE, WARMINSTER, PA 18974 | |
| 10924 | VAN LEER CONTAINER, 7425 INDUSTRIAL ROAD, FLORENCE, KY 41042 | |
| 10925 | VAN LEER CONTAINERS INC, POBOX 97603, CHICAGO, IL 60678-7603 | |
| 10925 | VAN LEER CONTAINERS, INC, 1030 RACO COURT, LAWRENCEVILLE, GA 30245 | |
| 10925 | VAN LEER CONTAINERS, INC, PO BOX 97603, CHICAGO, IL 60678-7603 | |
| 10924 | VAN LEER ENVASES DE C.A. S.A., ATTN: LIC. MARTHA DE HERNANDEZ, MANAGUA, 0NIC | *VIA Deutsche Post* |
| 10924 | VAN LEER ENVASES DE COSTA RICA, BARRIO SAN JOSE DE CURRIDABAT, FRENTE AL CAFE VOLIO, SAN JOSE, 09999CRI | *VIA Deutsche Post* |
| 10924 | VAN LEER ENVASES DE COSTA RICA., BARRIO SAN JOSE DE CURRIDABA, FRENTE AL CAFE VOLIO, SAN JOSE, COSTA RICA., 09999CRI | *VIA Deutsche Post* |
| 10924 | VAN LEER ENVASES DE GUATEMALA S.A., PARQUE INDUSTRIAL Z, KM 31.5 CARRETERA AL PACIFICO, AMATITLAN GUATEMALA C.A., GTM | *VIA Deutsche Post* |
| 10924 | VAN LEER ENVASES DE GUATEMALA, SA, ATTN: MR CARLOS ARAUZ, AMATITLAN, 0GTM | *VIA Deutsche Post* |
| 10925 | VAN LEER FLEXIBLES LP, PO BOX 40159, HOUSTON, TX 77041 | |
| 10925 | VAN LEER FLEXIBLES, INC, PO BOX 298914, HOUSTON, TX 77299-8914 | |
| 10924 | VAN LEER LTD., HALF WAY TREE, PO BOX 367, FERRY SPANISH TOWN ROAD, KINGSTON 10, JAMAICA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VAN LEER MEXICANA S.A.DE C.V., KM3.1 CARRETERA FEDERAL, CUERNAVACA CUAUTLA, JIUTEPEC MORELOS, 99999MEXICO | *VIA Deutsche Post* |
| 10925 | VAN LEER PACKAGING WORLDWIDE, 91301 FORCHHEIM, ZWEIBRUCKENSTR 15-27, 99999GERMANY | *VIA Deutsche Post* |
| 10925 | VAN LEER, 526 MARKWITH AVE., GREENVILLE, OH 45331 | |
| 10925 | VAN LEER-GREENBERG, VALERIE, CUST FOR BRETT DANIEL VAN LEER-GREENBERG, UNDER NY UNIF GIFT TO MIN ACTS, 264 BEACH 133RD ST, ROCKAWAY PARK, NY 11694 | |
| 10925 | VAN LEER-GREENBERG, VALERIE, CUST FOR EVAN DANA GREENBERG, UNDER NY UNIF GIFT TO MIN ACTS, 264 BEACH 133RD ST, ROCKAWAY PARK, NY 11694 | |
| 10925 | VAN LEEUWEN PIPE & TUBE, 10 NEALY BLVD., TRAINER, PA 19061 | |
| 10925 | VAN LEEUWEN, TAMMY, 1446 FORDHAM, CLOVIS, CA 93611 | |
| 10925 | VAN LEHN, THOMAS, 274 S.W 159 AVE, SUNRISE, FL 33326 | |
| 10925 | VAN LONDON COMPANY, INC, 6103 GLENMONT DR., HOUSTON, TX 77081 | |
| 10925 | VAN LOTT INC, 116 CORPORATE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | VAN LOTT INC, 116 CORPORATE DR., SIMPSONVILLE, SC 29681 | |
| 10925 | VAN LOTT, INC, 3464 SUNSET BLVD., WEST COLUMBIA, SC 29169 | |
| 10925 | VAN LUVANEE, MILDRED, 225 ERIE ST, ELIZABETH, NJ 07206 | |
| 10924 | VAN METER INDUSTRIAL, 1958 WEST RIVER DRIVE, DAVENPORT, IA 52808 | |
| 10924 | VAN METER INDUSTRIAL, 240 33RD AVENUE, S.W., CEDAR RAPIDS, IA 52404 | |
| 10924 | VAN METER INDUSTRIAL, 915 32ND. AVE. S.W., CEDAR RAPIDS, IA 52404 | |
| 10924 | VAN METER INDUSTRIAL, HWY. 71 N., CARROLL, IA 51401 | |
| 10924 | VAN MOR PLASTERING, 302 W ELM ST, DUNMORE, PA 18512 | |
| 10924 | VAN MOR, 746 JEFFERSON AVE, SCRANTON, PA 18501 | |
| 10925 | VAN NELSON, JAMES, 421 VAN CASTER, GREEN BAY, WI 54311-5736 | |
| 10925 | VAN NESS, MILLIE, 15414 SW 147TH AVD, MIAMI, FL 33187 | |
| 10925 | VAN NEST, DONALD, RD 1 BOX 61, NESHANIC, NJ 08853 | |
| 10925 | VAN OORT, KAY, PO BOX 1270, BUFFALO, TX 75831 | |
| 10924 | VAN OSDEL PLASTERING&DRYWALL, P.O.BOX 1433, SIOUX CITY, IA 51102 | |
| 10925 | VAN OSTER, DAWN, 1602 13TH AVE N., TEXAS CITY, TX 77590 | |
| 10925 | VAN OVER, JAMES, 2303 BALLANTRAE DRIVE, COLLEYVILLE, TX 76034 | |
| 10925 | VAN OVERLOOP, DEBRA, 7544 33RD AVE, KENOSHA, WI 53142 | |
| 10925 | VAN PACKER FLINTKOTE CO, 1 MILL ST, BUDA, IL | |
| 10924 | VAN POPPELEN BROTHERS, 1301 N. SHERMAN ST., BAY CITY, MI 48707 | |
| 10924 | VAN POPPLEN BROS,INC, BOX 128, BAY CITY, MI 48707 | |
| 10925 | VAN PROOIJEN, JANIE, 25 NORTH IDLEWILD, MEMPHIS, TN 38104-2640 | |
| 10925 | VAN RAVENSWAAY, KATHY, 267-1D GEMINI DRIVE, HILLSBORO, NJ 08876 | |
| 10925 | VAN REMOORTERE, FRANCOIS P, 8213 BURNING TREE RD., BETHESDA, MD 20817 | |
| 10925 | VAN REMOORTERE, FRANCOIS, 8213 BURNING TREE RD, BETHESDA, MD 20817 | |
| 10925 | VAN RIPER, ALBURTUS, 8293 BROKAW ROAD, INTERLAKEN, NY 14847-9699 | |
| 10925 | VAN ROEKEL, LARRY, 703 S. MAPLE, INWOOD, IA 51240 | |
| 10925 | VAN ROY, CHRISTOPHER, 1996 SWAN POINTE TER, DE PERE, WI 54115-0000 | |
| 10925 | VAN ROY, CLAIRE, 2330 CANTER LN #32, GREEN BAY, WI 54304 | |
| 10925 | VAN SCHYNDEL, JAMES, W3474 SIEVERT RD, SEYMOUR, WI 54165-0000 | |
| 10925 | VAN SCHYNDEL, RICHARD, 6693 STATE RD 57 LOT 41, GREENLEAF, WI 54126 | |
| 10925 | VAN SCOYOC, JEAN, 100 MAIN ST., NORWAY, IA 52318 | |
| 10925 | VAN SKIKE, SHIRLEY, 2908 LAVISTA WAY, DECATUR, GA 30033-1108 | |
| 10925 | VAN SLYKE, MARC, 6050 N PARK AVE, INDIANAPOLIS, IN 46220 | |
| 10924 | VAN SMITH BLDG.-USE #245315, PO BOX70785, CHARLESTON HEIGHTS, SC 29405 | |
| 10924 | VAN SMITH CONCRETE CO, 103 BELKNAP STREET, GOOSE CREEK PLANT, GOOSE CREEK, SC 29445 | |
| 10924 | VAN SMITH CONCRETE CO, 3390 VAN SMITH AVE, CHARLESTON, SC 29415 | |
| 10924 | VAN SMITH CONCRETE CO, 657 LONG POINT RD., MOUNT PLEASANT, SC 29464 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VAN SMITH CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, CHARLESTON, SC 29415 | |
| 10924 | VAN SMITH CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, NORTH CHARLESTON, SC 29405 | |
| 10924 | VAN SMITH CONCRETE CO, DOWNTOWN PLANT, CHARLESTON, SC 29401 | |
| 10925 | VAN SOELEN, RODNEY, ROUTE 1,BOX 87, KELLOGG, IA 50135 | |
| 10925 | VAN SOLKEMA, ARTHUR, CUST FOR JOAN MARIE VAN SOLKEMA, MIN U/LAWS STATE OF MI, 2251 S SAULK 203, GRAND RAPIDS, MI 49506-5448 | |
| 10925 | VAN STEDUM, HENRY, 819 OAK ST, DE PERE, WI 54115-1532 | |
| 10925 | VAN STEENSBURG, HORACE, PO BOX 130, TEATICKET, MA 02536 | |
| 10925 | VAN STRY DESIGNS, 9 UNIVERSITY AVE, MEDFORD, MA 02155 | |
| 10924 | VAN TASSEL CONSTRUCTION CORP., 2221 TEDROW ROAD, TOLEDO, OH 43614 | |
| 10924 | VAN TECHNOLOGIES, INC., 5791 BERGQUIST ROAD, DULUTH, MN 55804 | |
| 10925 | VAN TOMME, DEAN, 608 CLAY ST, BROOKLYN, IA 52211 | |
| 10925 | VAN TREECK, SHELLY, N 50 W17501MULBERRY LANE, MENOMONEE FALLS, WI 53051 | |
| 10925 | VAN TREESE, KATHERINE, 501 N CROSS ST, ROBINSON, IL 62454-1947 | |
| 10925 | VAN TYLE, NANCY, 16346 MALIBU DR, FT. LAUDERDALE, FL 33326 | |
| 10925 | VAN VLEET, LINDA, PO BOX 1406, ROCKWELL, NC 28138 | |
| 10925 | VAN VLIET, EDWIN, 261 INDIAN HOLLOW COURT, MAHWAH, NJ 07430-2242 | |
| 10925 | VAN VLIET, ELIZABETH, 17782 S. SEIDNER, ESCALON, CA 95320 | |
| 10924 | VAN VLISSINGEN, 138 W. 109 STREET, CHICAGO, IL 60623 | |
| 10925 | VAN VOORHEES, SETH, 12122 LITTLE PATUXENT PKWY., COLUMBIA, MD 21044 | |
| 10925 | VAN VOORTHUIZEN, PETER, 6831 LEMON RD, MCLEAN, VA 22101 | |
| 10925 | VAN VU, DINH, 8 CORONADO, NASHUA, NH 03060 | |
| 10924 | VAN WATER & ROGERS, 3600 W. WINDOVER AVENUE, GREENSBORO, NC 27487 | |
| 10924 | VAN WATER & ROGERS, PO BOX 34325, SEATTLE, WA 98124 | |
| 10924 | VAN WATER & ROGERS, PO BOX 446, SUMMIT ARGO, IL 60501 | |
| 10924 | VAN WATER & ROGERS-DO NOT USE, PO BOX 34325, SEATTLE, WA 98124 | |
| 10925 | VAN WATER ROGERS, 3021 GATEWAY DR., SUITE 280, IRVING, TX 75063 | |
| 10924 | VAN WATERS & RODERS, 153 TOWERLINE PLACE, LONDON, ON N6E 2T3TORONTO | *VIA Deutsche Post* |
| 10924 | VAN WATERS & RODGER, INC., PO BOX 34325, SEATTLE, WA 98124-8845 | |
| 10924 | VAN WATERS & RODGER, PO BOX 34325, SEATTLE, WA 98124-8845 | |
| 10924 | VAN WATERS & RODGERS BLDG, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | VAN WATERS & RODGERS, 311 LARK, AVENUE, ODESSA, TX 79760 | |
| 10924 | VAN WATERS & RODGERS, BUTTE INDUSTRIAL PK, BUTTE, CO 59202 | |
| 10925 | VAN WATERS & ROGERS CHEMICAL CO., 3025 EXON AVE., CINCINNATI, OH 45241 | |
| 10925 | VAN WATERS & ROGERS INC, (VW&R), POBOX 7777-W9090, PHILADELPHIA, PA 19175-7899 | |
| 10924 | VAN WATERS & ROGERS INC, 160 ESSEX AVE EAST, AVENEL, NJ 07001 | |
| 10924 | VAN WATERS & ROGERS INC, 3600W. WENDOVER AVENUE, GREENSBORO, NC 27407 | |
| 10924 | VAN WATERS & ROGERS INC, 7425 E 30TH STREET, INDIANAPOLIS, IN 46219 | |
| 10924 | VAN WATERS & ROGERS INC, 777 BRISBANE STREET, HOUSTON, TX 77033 | |
| 10925 | VAN WATERS & ROGERS INC, ALLAN BAKALIAN, | |
| 10925 | VAN WATERS & ROGERS INC, PO BOX 101-484, ATLANTA, GA 30392 | |
| 10925 | VAN WATERS & ROGERS INC, PO BOX 101484, ATLANTA, GA 30392-1484 | |
| 10924 | VAN WATERS & ROGERS INC, PO BOX 34325, SEATTLE, WA 98124-1325 | |
| 10925 | VAN WATERS & ROGERS INC, PO BOX 7777-W9090, PHILADELPHIA, PA 19175 | |
| 10925 | VAN WATERS & ROGERS INC, POBOX 101484, ATLANTA, GA 30392 | |
| 10925 | VAN WATERS & ROGERS INC, POBOX 951451, DALLAS, TX 75395-1451 | |
| 10924 | VAN WATERS & ROGERS INC., 1925 REDMOND ROAD, JACKSONVILLE, AR 72076 | |
| 10924 | VAN WATERS & ROGERS INC., 200 BEAN SIEVERS PLACE, MORRISVILLE, PA 19067 | |
| 10925 | VAN WATERS & ROGERS INC., 2256 JUNCTION AVE., SAN JOSE, CA 95131 | |
| 10924 | VAN WATERS & ROGERS INC., 2600 S. GARFIELD AVE, COMMERCE, CA 90040 | |
| 10924 | VAN WATERS & ROGERS INC., 3025 EXON AVENUE, CINCINNATI, OH 45241 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VAN WATERS & ROGERS INC., 3320 S COUNCIL STREET, OKLAHOMA CITY, OK 73179 | |
| 10924 | VAN WATERS & ROGERS INC., 3950 NW YEON AVENUE, PORTLAND, OR 97210 | |
| 10924 | VAN WATERS & ROGERS INC., 8500 W.68TH STREET, SUMMIT ARGO, IL 60501 | |
| 10925 | VAN WATERS & ROGERS INC., PO BOX 101-484, ATLANTA, GA 30392-1484 | |
| 10924 | VAN WATERS & ROGERS INC., PO BOX 34325, SEATTLE, WA 98124-1325 | |
| 10925 | VAN WATERS & ROGERS INC., PO BOX 7777-W9090, PHILADELPHIA, PA 19175 | |
| 10925 | VAN WATERS & ROGERS INC., PO BOX 7777-W9090, PHILADELPHIA, PA 19179 | |
| 10924 | VAN WATERS & ROGERS INC., PO BOX34325, SEATTLE, WA 98124-1325 | |
| 10925 | VAN WATERS & ROGERS INC.R, PO BOX 95065, CHICAGO, IL 60694-5065 | |
| 10925 | VAN WATERS & ROGERS INCORPORATED, PO BOX 951451, | |
| 10924 | VAN WATERS & ROGERS LTD, 16803 118TH AVENUE, EDMONTON, AB T5V 1H3TORONTO | *VIA Deutsche Post* |
| 10925 | VAN WATERS & ROGERS LTD, 2700 RUE JEAN-BAPTISTE DESCHAMPS ST, LACHINE, QC H8T 1E1CANADA | *VIA Deutsche Post* |
| 10924 | VAN WATERS & ROGERS LTD, C/O ALBERTA NATURAL GAS, COCHRANE ALBERTA, IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | VAN WATERS & ROGERS LTD., 16803 118TH AVENUE, EDMONTON, AB T5V 1H3TORONTO | *VIA Deutsche Post* |
| 10925 | VAN WATERS & ROGERS LTD., 4220-78TH AVE. SE, CALGARY, AB T2C 2Z5CANADA | *VIA Deutsche Post* |
| 10924 | VAN WATERS & ROGERS LTD., CANADA, LACHINE, QC H8T 1E1TORONTO | *VIA Deutsche Post* |
| 10924 | VAN WATERS & ROGERS, 1490 V W & R WAY, BEAUMONT, TX 77705 | |
| 10924 | VAN WATERS & ROGERS, 1490 VW&R DRIVE, BEAUMONT, TX 77705 | |
| 10924 | VAN WATERS & ROGERS, 15 COUNTY ROAD #5860, BLOOMFIELD, NM 87413 | |
| 10924 | VAN WATERS & ROGERS, 153 TOWERLINE PLACE, LONDON, ON N6E 2T3TORONTO | *VIA Deutsche Post* |
| 10924 | VAN WATERS & ROGERS, 1707 101ST STREET, MILWAUKEE, WI 53214 | |
| 10924 | VAN WATERS & ROGERS, 1819 WEST BURLINGTON AVENUE, BURLINGTON, IA 52601 | |
| 10924 | VAN WATERS & ROGERS, 2041 N. MOSLEY, WICHITA, KS 67214-1351 | |
| 10925 | VAN WATERS & ROGERS, 220 HECTOR CONNOLY RD., CARENCRO, LA 70520 | |
| 10924 | VAN WATERS & ROGERS, 2750 SOUTHPORT ROAD, SPARTANBURG, SC 29302 | |
| 10924 | VAN WATERS & ROGERS, 302 RIVERPORT LANE, KINGSPORT, TN 37660 | |
| 10924 | VAN WATERS & ROGERS, 311 LARK AVENUE, ODESSA, TX 79760 | |
| 10924 | VAN WATERS & ROGERS, 3950 NW YEON AVENUE, PORTLAND, OR 97210 | |
| 10924 | VAN WATERS & ROGERS, 402 MCBRIDE LANE, CORPUS CHRISTI, TX 78408 | |
| 10924 | VAN WATERS & ROGERS, 4220 78TH AVE. S.E., CALGARY, AB T2C 2Z5TORONTO | *VIA Deutsche Post* |
| 10924 | VAN WATERS & ROGERS, 4220 78TH AVE., S.E., CALGARY, AB T2C 2Z5TORONTO | *VIA Deutsche Post* |
| 10925 | VAN WATERS & ROGERS, 50 SOUTH 45 TH AVE, PHOENIX, AZ 85043 | |
| 10925 | VAN WATERS & ROGERS, 527 N. NAVIGATION BLVD., CORPUS CHRISTI, TX 78408 | |
| 10924 | VAN WATERS & ROGERS, 5801 BRIGHTON BLVD, COMMERCE CITY, CO 80022 | |
| 10924 | VAN WATERS & ROGERS, 601 SOUTH LOCUST, BORGER, TX 79007 | |
| 10924 | VAN WATERS & ROGERS, 6100 CARILLON POINT, KIRKLAND, WA 98033 | |
| 10925 | VAN WATERS & ROGERS, 68 MAYFIELD AVE, EDISON, NJ 08837-3821 | |
| 10924 | VAN WATERS & ROGERS, 7010 NELMS ROAD, HOUSTON, TX 77061 | |
| 10924 | VAN WATERS & ROGERS, 712 COUNTRY ESTATES ROAD, LIBERAL, KS 67901-5317 | |
| 10924 | VAN WATERS & ROGERS, 7425 E. 30TH STREET, INDIANAPOLIS, IN 46219 | |
| 10924 | VAN WATERS & ROGERS, 777 BRISBANE STREET, HOUSTON, TX 77061 | |
| 10924 | VAN WATERS & ROGERS, 777 BRISBANE, HOUSTON, TX 77061 | |
| 10924 | VAN WATERS & ROGERS, CEDAR BAYOU PLANT, 9500 I-10 EAST, BAYTOWN, TX 77521 | |
| 10925 | VAN WATERS & ROGERS, DEPT 05721, SAN FRANCISCO, CA 94139-5721 | |
| 10925 | VAN WATERS & ROGERS, INC, 200 DEAN SIEVERS PLACE, MORRISVILLE, PA 19067 | |
| 10925 | VAN WATERS & ROGERS, INC, 7777-W9090, PHILADELPHIA, PA 19175 | |
| 10925 | VAN WATERS & ROGERS, INC, ATT: ACCOUNTS RECEIVABLE, PO BOX 951451, DALLAS, TX 75395-1451 | |
| 10925 | VAN WATERS & ROGERS, INC, PO BOX 3398, PORTLAND, OR 97208-3398 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VAN WATERS & ROGERS, INC, PO BOX 34325, SEATTLE, WA 98124-1325 | |
| 10925 | VAN WATERS & ROGERS, INC, PO BOX 7777-W9090, PHILADELPHIA, PA 19175-7899 | |
| 10925 | VAN WATERS & ROGERS, INC, PO BOX 951451, DALLAS, TX 75395-1451 | |
| 10924 | VAN WATERS & ROGERS, PO BOX 33348, HOUSTON, TX 77733 | |
| 10924 | VAN WATERS & ROGERS, PO BOX 34325, SEATTLE, WA 98124 | |
| 10925 | VAN WATERS & ROGERS, PO BOX 446, SUMMIT ARGO, IL 60501 | |
| 10925 | VAN WATERS & ROGERS, PO BOX 4579, HOUSTON, TX 77210 | |
| 10924 | VAN WATERS & ROGERS, PO BOX 4579, HOUSTON, TX 77210 | |
| 10925 | VAN WATERS & ROGERS, PO BOX 7777-W9090, PHILADELPHIA, PA 19175 | |
| 10925 | VAN WATERS & ROGERS, PO BOX 7777-W9090, PHILADELPHIA, PA 19175-7899 | |
| 10925 | VAN WATERS & ROGERS, PO BOX 777-W9090, PHILADELPHIA, PA 19175-7899 | |
| 10925 | VAN WATERS & ROGERS, PO BOX 95065, CHICAGO, IL 60694 | |
| 10924 | VAN WATERS & ROGERS-DO NOT USE, 64 ARROW ROAD, NORTH YORK, ON M9M 2L9TORONTO | *VIA Deutsche Post* |
| 10924 | VAN WATERS AND ROGERS, 1686 E. HIGHLAND RD, TWINSBURG, OH 44087 | |
| 10924 | VAN WATERS AND ROGERS-DO NOT USE, PO BOX 34325, SEATTLE, WA 98124 | |
| 10925 | VAN WATERS ROGERS INC., PO BOX 7777-W9090, PHILADELPHIA, PA 19175-7899 | |
| 10924 | VAN WATTERS AND ROGERS, 4901 BROOKSHIRE BLVD., CHARLOTTE, NC 28216 | |
| 10925 | VAN WERT & ZIMMER, PC, ONE MILITIA DRIVE, LEXINGTON, MA 02173 | |
| 10925 | VAN WINKLE, JAMES, 200 BEECH SPRING ROAD, DUNCAN, SC 29334-9729 | |
| 10925 | VAN ZANDT, KHLEBER, 1401 YUCCA, MIDLOTHIAN, TX 76065 | |
| 10925 | VAN, PARTICIA, 3510 N CALHOUN ROAD, BROOKFIELD, WI 53005 | |
| 10925 | VAN, TUYLE, 5271 W. FAYETTEVILLE, COLLEGE PARK, GA 30337 | |
| 10924 | VAN, WATERS & ROGERS INC, PO BOX 34325, SEATTLE, WA 98124-1325 | |
| 10924 | VANADEL INSTITUTE, ATTN:  RONNY BENEDICT, 320 NORTH DIVISION, GRAND RAPIDS, MI 49503 | |
| 10925 | VANALSTYNE-BRANDON, BLANCHE, 8 ROSE ST., GENEVA, NY 14456-1635 | |
| 10925 | VANAMBER, KRISTEN, 709 MULBERRY, ABILENE, TX 79601 | |
| 10925 | VANARSDALE, MARGARET L, 205 MOONS VIEW RD, SEDONA, AZ 86351-7608 | |
| 10925 | VANBEEK, KAREN, 6692 WENDELL WAY, DEFOREST, WI 53532 | |
| 10925 | VANBEUKERING, JAMES, 1110 SCENIC LAKEVIEW DR, SPRING CITY, TN 37381 | |
| 10924 | VANBRO CORP, 1900 SOUTH AVE, STATEN ISLAND, NY 10314 | |
| 10924 | VANBRO CORP., 1900 SOUTH AVE., STATEN ISLAND, NY 10314 | |
| 10924 | VANBRO CORPORATION, 1900 SOUTH AVE., STATEN ISLAND, NY 10314 | |
| 10925 | VANBUUL, JOS, 5503 GROVESIDE LANE, ROLLING MEADOWS, IL 60008 | |
| 10925 | VANCAMP, JOHN, 10422 E. 30TH ST., INDIANAPOLIS, IN 46229 | |
| 10925 | VANCAMP, KELSEY, 3018 ESPLENADE, CHICO, CA 95926 | |
| 10925 | VANCAMPENHOUD, JUAN, 15 NO BEACON ST APT 306, ALLSTON, MA 02134 | |
| 10925 | VANCE & RICHARDS INC, 10 TALBOT AVE, MEMPHIS, TN 38103 | |
| 10924 | VANCE AIR FORCE BASE, C/O WILLIAMS, 316 MCAFFREY STREET, ENID, OK 73705 | |
| 10925 | VANCE H. DODSON, PO BOX 6 FEDERAL CORNER RD., CENTER TUFTONBORO, NH 03816 | |
| 10925 | VANCE JOW & MEI HOE JOW JT TEN, 5519 DARELL ST, HOUSTON, TX 77096-0000 | |
| 10925 | VANCE JR, LEE, PO BOX 28, CAMDEN, OH 45311-0028 | |
| 10925 | VANCE MURRAY BAKEMAN &, HELEN R BAKEMAN JT TEN, 20 FULL SWEEP, HILTON HEAD IS, SC 29928-5230 | |
| 10925 | VANCE, B WILLIAM, 6008 FLYERS LANE, ARLINGTON, TX 76018 | |
| 10925 | VANCE, BOBBY, 103 DORAL WAY, SIMPSONVILLE, SC 29681 | |
| 10925 | VANCE, BOBBY, 529 KING MALCOLM AVE, ODENTON, MD 21113 | |
| 10925 | VANCE, DARREL, PO BOX 94, SCOTIA, NE 68875-0094 | |
| 10925 | VANCE, JUDITH E, 5400 BROEKN SOUND BLVD NW, #BX 5050, BOCA RATON, FL 33487 | |
| 10925 | VANCE, JUDITH E, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | VANCE, JUDITH, 424 E. 52 ST., 7F, NEW YORK, NY 10022 | |
| 10925 | VANCE, JUDITH, 424 EAST 52ND ST APT 7F, NEW YORK, NY 10022 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VANCE, JUDY, 424 E 52, NEW YORK, NY 10022 | |
| 10925 | VANCE, JULIE, 20433 FIELDTREE DR, HUMBLE, TX 77338 | |
| 10925 | VANCE, KIMBERLY, 106 TULIP WAY, CALHOUN, GA 30701 | |
| 10925 | VANCE, MARJORIE, 1255 STERLING AVE #110, PALATINE, IL 60067-1921 | |
| 10925 | VANCE, ROGER, 3807 4TH AVE, BALTIMORE, MD 21226 | |
| 10925 | VANCE, TERESA, 3201 COLONY DRIVE, FORT COLLINS, CO 80526 | |
| 10925 | VANCE, TOM, HC 62, BOX 36B-3, UPPER TRACT, WV 26866 | |
| 10925 | VANCHURE, DAVID, 347 PITTSTON BLVD, BEAR CREEK TWP, PA 18702 | |
| 10925 | VANCIL, REBECCA, 615 HICKORY, INDIANAPOLIS, IN 46227 | |
| 10925 | VANCLEEF JR., DONALD, 56 MYNDERSE, SENECA FALLS, NY 13148 | |
| 10925 | VANCO SALES, PO BOX 503, GOSHEN, NY 10924 | |
| 10924 | VANCO SAND & GRAVEL INC, PO BOX 34, NORTH BROOKFIELD, MA 01535 | |
| 10924 | VANCO SAND & GRAVEL, P.O. BOX 34, NORTH BROOKFIELD, MA 01535 | |
| 10924 | VANCO SAND & GRAVEL, PLANT CLOSED, HILLSVILLE RD., NORTH BROOKFIELD, MA 01535 | |
| 10925 | VANCOEUR, BRIAN, 101 E. WASHINGTON ST, FLEETWOOD, PA 19522 | |
| 10924 | VANCOR HOSPITAL, 9505 GREENVILLE AVE, DALLAS, TX 75243 | |
| 10925 | VANCOTT, MARK, 5945 BELLS FERRY RD, ACWORTH, GA 30101 | |
| 10925 | VANCOURT, VICTOR, 40 BROOKLYN ST, NORTH ADAMS, MA 01247 | |
| 10925 | VANCOUVER INTERNATIONAL AIRPORT, POBOX 23750 A.P.O., RICHMOND, BC V7B 1Y7CANADA | *VIA Deutsche Post* |
| 10924 | VANCOUVER WHSE, 1001 W EVERGREEN BLVD., VANCOUVER, WA 98666 | |
| 10924 | VANDALIA CONCRETE & SUPPLY, P. O. BOX 5, VANDALIA, MO 63382 | |
| 10924 | VANDALIA CONCRETE & SUPPLY, WEST HWY 54, VANDALIA, MO 63382 | |
| 10924 | VANDALIA CONCRETE &SUPPLY, P O BOX 5, VANDALIA, MO 63382 | |
| 10924 | VANDALIA READY MIX, 1021 JANETT AVENUE, VANDALIA, IL 62471 | |
| 10924 | VANDALIA READY MIX, 1021 JANETTE AVE, VANDALIA, IL 62471 | |
| 10924 | VANDALIA READY MIX, 1021 JANETTE AVENUE, VANDALIA, IL 62471 | |
| 10925 | VANDE HEI, SHARON, 2505 MONTEREY DR, MADISON, WI 53704 | |
| 10924 | VANDE HEY'S ROOFING TILE, 1665 BOHM DRIVE, LITTLE CHUTE, WI 54140 | |
| 10924 | VANDE HEY'S ROOFING TILE, BOX 263, LITTLE CHUTE, WI 54140 | |
| 10925 | VANDE ZANDE, HARVARD, W 8733 NIBLICK RD, BEAVER DAM, WI 53916 | |
| 10925 | VANDELL DOWNING, RTE 1 11244 NE 41 ST, SPENCER, OK 73084-7436 | |
| 10925 | VANDEN BRANDEN, JAME, 1205 DIVISION ST, GREEN BAY, WI 54303 | |
| 10924 | VANDENBERG AIRPORT, 6582 EUREKA SPRINGS RD., TAMPA, FL 33610 | |
| 10925 | VANDENBERG, CHARLES, 2920 ROBERTS, WOODRIDGE, IL 60517 | |
| 10925 | VANDENBERG, JAN, 3215 N. CHARLES ST., APT. 801, BALTIMORE, MD 21218 | |
| 10925 | VANDENBERG, MICHAEL, 4190 THORNHILL DRIVE, CROWN POINT, IN 46307 | |
| 10925 | VANDENBERG, RICHARD, 1924 S. 5TH ST., BLUE SPRINGS, MO 64014 | |
| 10925 | VANDENBOSCH, PAUL, 2333 RIDGE ROAD PO BOX 91, RANSOMVILLE, NY 14131 | |
| 10925 | VANDENHEUVEL, WARREN, 1020 ALDRIN ST, DEPERE, WI 54115 | |
| 10925 | VANDER HEY III, GEORGE, 444 LOUISIANA AVE, SULPHUR, LA 70663 | |
| 10925 | VANDER LOOP, MARC, 1120 SILVER ST, DE PERE, WI 54115 | |
| 10925 | VANDER PLOEG, ERIC, 203 WEATHERBY DRIVE, GREENVILLE, SC 29615 | |
| 10925 | VANDER PLOEG, WENDELL, 203 WEATHERBY DRIVE, GREENVILLE, SC 29615 | |
| 10925 | VANDER VELDE, KEITH, 2488 HWY G, GRAND MARSH, WI 53949 | |
| 10925 | VANDER VELDEN, CHRISTY, 1185 RIVERSIDE DR, LITTLE SUAMICO, WI 54141-8112 | |
| 10925 | VANDER VELDEN, MICHAEL, 1185 RIVERSIDE DR, LITTLE SUAMICO, WI 54141-8112 | |
| 10924 | VANDER WALL BROS, P.O.BOX 473, SPRING LAKE, MI 49456 | |
| 10924 | VANDER WALL BROS., 19156 174TH. AVENUE, SPRING LAKE, MI 49456 | |
| 10924 | VANDER WALL BROS., P.O. BOX 473, SPRING LAKE, MI 49456 | |
| 10925 | VANDER ZANDEN, BARBA, 2839 DOE TRAIL, GREEN BAY, WI 54313 | |
| 10925 | VANDERAA, ARTHUR, 18422 CLEVELAND RD, SOUTH BEND, IN 46637 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | VANDERAU, JOHN, 6800 PEACHTREE BLVD AA5, DORAVILLE, GA 30360 | |
| 10925 | VANDERBEEK, NATHAN, 5851STATE UNIVERSITYAPT A114, LONG BEACH, CA 90815 | |
| 10925 | VANDERBILT EXPORT CORP, POBOX 6254, NEW YORK, NY 10249-6254 | |
| 10924 | VANDERBILT LAW SCHOOL, 131 21ST AVENUE SOUTH, NASHVILLE, TN 37203 | |
| 10924 | VANDERBILT MEDICAL CENTER, 21ST AVE S. AT GARLAND AVE., NASHVILLE, TN 37232 | |
| 10924 | VANDERBILT MEDICAL CENTER, GARLAND AND 21ST AVENUE, NASHVILLE, TN 37212 | |
| 10924 | VANDERBILT SARRATT CENTER, 2415 SOUTH AT VANDERBILT PLACE, NASHVILLE, TN 37212 | |
| 10924 | VANDERBILT UNIVERSITY, CHEMISTRY BUILDING, NASHVILLE, TN 37200 | |
| 10924 | VANDERBURGH & CO., INC., 350 FIFTH AVENUE, SUITE 1820, NEW YORK, NY 10118 | |
| 10925 | VANDERBURGH COUNTY TREASURER, PO BOX 77, EVANSVILLE, IN 47701-0077 | |
| 10925 | VANDERELST WIJCKMANS EVE, LOZENBERG 22, ZAVENTEM, B-1932BELGIUM | *VIA Deutsche Post* |
| 10925 | VANDERELST WIJCKMANS EVERAERT, LOZENBERG 22, ZAVENTEM, B-1932BELGIUM | *VIA Deutsche Post* |
| 10925 | VANDERFORD, DIANE, RT 3, BOX 308, COMMERCE, GA 30529 | |
| 10925 | VANDERHEY III, GEORGE, 444 LOUISIANA AVE., SULPHUR, LA 70663 | |
| 10925 | VANDERLICK, PHYLLIS, 11110 HWY 71, SO, CHENEYVILLE, LA 71325 | |
| 10925 | VANDERLINDEN, WAYNE, 6207 CALENDAR ROAD, ARLINGTON, TX 76017 | |
| 10924 | VANDERLIP & CO., 14535 N.E. 91ST STREET, REDMOND, WA 98052 | |
| 10924 | VANDERLIP WAREHOUSE, 14535 NE 91ST STREET, REDMOND, WA 98052 | |
| 10924 | VANDERLIP/LAKERIDGE SQUARE, N.E. 40TH & 148TH AVE., REDMOND, WA 98052 | |
| 10925 | VANDERMARK, PAUL, BOX 33, TOLLEY, ND 58787 | |
| 10925 | VANDERMOLEN, K, 2357 EDINGTON CT, S.E., GRAND RAPIDS, MI 49508 | |
| 10925 | VANDERPLOEG, THOMAS, 334 RAFAEL BLVD NE, ST PETERSBURG, FL 33704 | |
| 10925 | VANDERPOOL, MARTIN, BOX 254, CASHION, OK 73016 | |
| 10925 | VANDERPUYE, LISA, 5430 RUSKIN AVE, ST.LOUIS, MO 63115 | |
| 10925 | VANDERSCOTT, CAYE, RD. 4 BOX 172 G, BELLE VERNON, PA 15012 | |
| 10925 | VANDERSLICE, LARRY, PO BOX 543, VICI, OK 73859 | |
| 10925 | VANDERSLICE, THOMAS, 4714 SUNFLOWER RD, APPLETON, WI 54915 | |
| 10925 | VANDERVEER, EUGENE, 440 WATKINS ST, BROOKLYN, NY 11212 | |
| 10925 | VANDERVELDEN, SHELLY, 1870 MEMORIAL DR, GREEN BAY, WI 54303 | |
| 10925 | VANDERVOET, PATTI, 1017 SANDHILL HICKORY LEVEL ROAD, CARROLLTON, GA 30117 | |
| 10925 | VANDERWERF & LIPINSKY PC, 730 SEVENTEENTH ST #730, DENVER, CO 80202 | |
| 10925 | VANDEUSEN, CARIE, 6058 CEDAR WOOD DR, COLUMBIA, MD 21044 | |
| 10925 | VANDEVENTER, LINDA, 1016 ANDOVER ST, CLINTON, MS 39056 | |
| 10925 | VANDEWALLE, JAMES, PO BOX 189, KRAKOW, WI 54137 | |
| 10925 | VANDEWALLE, SHARON, 10001 W FIEBRANTZ AVE, MILWAUKEEE, WI 53222 | |
| 10925 | VANDEWEGHE, ADRIAN, 16 ROUNDTREE DRIVE, MERRIMACK, NH 03054-3309 | |
| 10925 | VANDIVER, ARVIN, BOX 71, CALHOUN, KY 42327 | |
| 10925 | VANDIVER, DONNA, 42 TERRAIN DR, GREENVILLE, SC 29605 | |
| 10925 | VANDIVER, JEFF, 1236 N. CHESTNUT R, LAKELAND, FL 33805 | |
| 10925 | VANDIVER, MARK, 4980 GLADSTONE PKWY, SUWANEE, GA 30024-4086 | |
| 10925 | VANDRUFF, MATTHEW, R. D. #9, BOX 9335, READING, PA 19605 | |
| 10925 | VANDRUTEN, KAREN, 7644 BUCKNELL CR NW, N CANTON, OH 44720 | |
| 10925 | VANDYKE, CHARLES, PO BOX 302, ADA, MI 49301 | |
| 10925 | VANDYKE, MARILYN, 8132 1/2 5TH ST, DOWNEY, CA 90241-3410 | |
| 10925 | VANDYKE, NORMA, 3391 RUBIDOUX, 5, RIVERSIDE, CA 92509 | |
| 10925 | VANDYNE, RUTH, 15380 ST RT 3, LOUDONVILLE, OH 44842 | |
| 10925 | VANECEK, DAVID, 316 CALIFORNIA AVE., #320, RENO, NV 89509 | |
| 10925 | VANEGAS, JUAN, 8722 CAMERON ST 120, SILVER SPRING, MD 20910 | |
| 10925 | VANEK, LEI, 1914 LOCKWOOD AVE, FREMONT, CA 94539 | |
| 10925 | VANEK, LEILA, 108 LAURIE CT, OCEAN SPRINGS, MS 39564 | |
| 10925 | VANEPEREN, JOSEPH, 229 2ND ST, OCONTO, WI 54153 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   VANETTA, HELEN, 168 YVONNE DRIVE, SIX MILE, SC 29682

10925   VANETTI, BRIDGET, 722 BRECKINRIDGE, LOUISVILLE, KY 40207

10924   VANEX INC., 1700 S. SHAWNEE STREET, MOUNT VERNON, IL 62864

10924   VANEX INC., PO BOX 987, MOUNT VERNON, IL 62864

10925   VANFLEET, GREGORY, 10 BRETON ROAD PO BOX 290, UPTON, MA 01568-0290

10925   VANFOSSEN, JOHN T., 5320 GREAT OAK WAY, COLUMBUS, OH 43215

10925   VANG, LANG, 1824 FIESTA LN, GREEN BAY, WI 54302

10925   VANGA, SRINIVASA, 3455 F PLUM TREE DR #201, ELLICOTT CITY, MD 21042

10925   VANGER, GERALD M, 8943 CHIMINEAS AVE, NORTHRIDGE, CA 91325

10925   VANGILDER, SHARON, 49620 NORTH DRIVE, PLYMOUTH, MI 48170

10925   VANGORDEN, KEVIN, 25 JERRY LANE, NO KINGSTON, RI 02852

10925   VANGORDEN, KEVIN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   VANGORDER, BRUCE, 505 N BRYANT, PORTLAND, OR 97217

10925   VANGORDER, JAMES, 6023 N E FAILING, PORTLAND, OR 97213

10925   VANGSTAD, LARRY, 18012 UTE ST NW, ANOKA, MN 55303

10924   VANGUARD 80 ACRES, 679 CEDAR HOLLOW ROAD, MALVERN, PA 19355

10925   VANGUARD CA MUNICIPAL MONEY, 901 CORPORATE CENTER DR #204, MONTEREY PARK, CA 91754

10925   VANGUARD FINANCIAL SERVICE, PO BOX 329, ADDISON, IL 60101

10924   VANGUARD OPERATIONS CENTER, 425 DAVAN PARK DRIVE, WAYNE, PA 19087

10925   VANGUARD PACKAGING, PO BOX 2313, SAN LEANDRO, CA 94577

10924   VANGUARD PAINTS & FINISHES, 1409 GREEN STREET, MARIETTA, OH 45750

10924   VANGUARD PAINTS & FINISHES, PO BOX 654, MARIETTA, OH 45750

10924   VANGUARD PRODUCTS CORPORA, 5230 NW 17TH STREET, TOPEKA, KS 66618

10924   VANGUARD PRODUCTS, 5230 N.W. 17TH, TOPEKA, KS 66618

10925   VANHOOZER, DANNY, 2205 EUGENE FIELD AVE, ST JOSEPH, MO 64505

10925   VANHORN, TERRI, 9118 ALLEY BRANCH, CATLETTSBURG, KY 41129

10925   VANI, LISA, 11593 GARFIELD ROAD PO BOX 574, HIRAM, OH 44234

10925   VANIDESTINE, HONEY, 115 A HOLMES RD, SCARBOROUGH, ME 04074

10925   VANIER, DOROTHY F, 1023 BROOKVIEW AVE, WESTLAKE VILLAGE, CA 91361-1624

10925   VANISHED CHILDRENS ALLIANCE, PO BOX 131637, HOUSTON, TX 77219-1637

10925   VANKEL TECHNOLOGY GROUP, 13000 WESTON PKWY, CARY, NC 27513-2228

10924   VANKEPPEL SUPPLY, 324 5TH AVENUE, DEMOTTE, IN 46310

10924   VANKEPPEL SUPPLY, P O BOX 80, DEMOTTE, IN 46310

10924   VANKIRK ASSOCIATES, 6604 OLD STATESVILLE RD, CHARLOTTE, NC 28209

10925   VANKO, JOHN, 5557 S NEW ENGLAND, CHICAGO, IL 60638

10925   VANKOUWENBERG, STEVE, 172 COLEMAN RD, AUBURN, NH 03032

10925   VANLANDINGHAM, LYNNE J, CUST FOR NIKOLAS R VANLANDINGHAM, UNIF GIFT MIN ACT CA, 27056 BELFAST LANE, HAYWARD, CA 94542-2430

10925   VANLEEUWEN, LAURA, 1220 CARROLLYN DR, WESTMINSTER, MD 21157

10925   VANN & SHERIDAN, LLP, PO BOX 2445, RALEIGH, NC 27602-2445

10925   VANN, BEVERLY, 408 JUDSON DR. E, MOBILE, AL 36608

10925   VANN, CAUSHA, 522 V ST NW, WASHINGTON, DC 20001

10925   VANN, GREGORY, 59 BUTTERCUP LANE, WILLINGBORO, NJ 08046

10925   VANNARATH, AMANDA, 3514 REMINGTON DR., INDIANAPOLIS, IN 46227

10925   VANNATTA, CHRISTOPHER, 224 NORTHEAST 74TH, PORTLAND, OR 97213

10925   VANNIEUWENHOVEN, JAMES, 2404 CEDAR RIDGE, GREEN BAY, WI 54313

10925   VANNORMAN, BRENDA J, PO BOX 218, BUDE MS, MS 39630

10925   VANNOY, R, 3844 DOVE HOLLOW DRIVE, LAKELAND, FL 33803

10925   VANOURNY, TODD, 1113 WESTWOOD DR NW, CEDAR RAPIDS, IA 52405

10925   VANOVER, GREGORY, 6730 VALLEY BEND DR, MEMPHIS, TN 38141

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   VANOVER, JEAN, 44 MERRICK ST, PAWTUCKET, RI 02860

10925   VANOVER, SHELLEY, 7200 ALMEDA, HOUSTON, TX 77054

10925   VANPELT, BRIAN, 8505 VERNON AVE, OMAHA, NE 68134

10925   VANPELT, JULIOUS, 117 W WILLIAMS, BURKBURNETT, TX 76354

10925   VAN-PELT, REESA, PO BOX 1176, SHALLOWATER, TX 79363

10925   VANPUTTE, ANDREW, 445 RIVERWAY DRIVE, GREER, SC 29651

10925   VANS ELECTRIC OF LAKE WORTH INC., 430 N. G ST, LAKE WORTH, FL 33460

10924   VAN'S FIRE & SAFETY INC., 787 POTTS AVENUE, GREEN BAY, WI 54304

10924   VAN'S FIRE & SAFETY INC., P.O. BOX 12055, GREEN BAY, WI 54304

10924   VANS FUEL AND MATERIAL, 10175 VANS DRIVE, FRANKFORT, IL 60423

10924   VANS FUEL AND MATERIAL, 3942 W 149TH STREET, MIDLOTHIAN, IL 60445

10924   VANS FUEL AND MATERIAL, FRANKFORT, IL 60423

10925   VANS INDUSTRIAL, 231 CONDIT ST, HAMMOND, IN 46320

10924   VANS MATERIAL COMPANY, INC., 10175 VANS DRIVE, FRANKFORT, IL 60423

10925   VANSAGHI, KATHLEEN, 1809 BOIS DARC, ARLINGTON, TX 76013

10925   VANSCHAACK, JEFF, 811 TOWN COLONY DRIVE, MIDDLETON, CT 06457

10925   VANSICKLE, AMY, PO BOX 114, LLOYD, KY 41156

10925   VANSICKLE, BRADLEY, 3021 HANOVER TWP, LOUDONVILLE, OH 44842

10925   VANSICKLE, PATRICIA, 416 SALEM ST., ELMER, NJ 08318

10925   VAN-SICKLE, STEVEN, 13390 N WINCHESTER, PARKER, CO 80138

10925   VANSKIVER, STEVEN, 14 DIXON COURT, STEVENSVILLE, MD 21666

10925   VANSTAR, DEPT AT40171, ATLANTA, GA 31192-0171

10925   VANSTAR, PO BOX 7777-W7710, PHILADELPHIA, PA 19175-7710

10925   VANTAGE HOUSTON, INC, 4635 SOUTHWEST FREEWAY, HOUSTON, TX 77027

10925   VANTAGE POINT CONSULTANTS INC, 5 REVERE DR SUITE 200, NORTHBROOK, IL 60062

10925   VANTAGE POINT CONSULTANTS INC, 5 REVERE DRIVE, SUITE 200, NORTHBROOK, IL 60062

10924   VANTAGE TECHNOLOGY, INC., 1000 WEST 8TH STREET, VANCOUVER, WA 98660

10925   VANTICO INC, 281 FIELDS LANE, BREWSTER, NY 10509

10925   VANTIVE CORPORATION, PO BOX 44000, SAN FRANCISCO, CA 94144-4505

10925   VANTIVE CORPORATION, THE, PO BOX 44000, SAN FRANCISCO, CA 94144-4505

10925   VANTON PUMP & EQUIPMENT, 201 SWEETLAND AVE., HILLSIDE, NJ 07205

10925   VANTREESE, RICHARD, 501 N. CROSS, ROBINSON, IL 62454

10925   VANVALKENBURGH, THOMAS, 1412 FIELDING ROAD, FERNDALE, MI 48220

10925   VANVONDEREN, MARY, 7125 VANVONDEREN LN, GREENLEAF, WI 54126

10925   VANVORST, JOHN, PO BOX 331, HAMILTON, MT 59840

10925   VANWAGENEN, LAURIE, RT 1, BOX 195, GRIFTON, NC 28530

10924   VANZEL CORPORATION, 2900 NORTH 18TH STREET, PHILADELPHIA, PA 19132

10924   VANZEL CORPORATION, 57 EAST 22ND STREET, PATERSON, NJ 07514

10924   VAPONICS INC., 5951 CLEARWATER DRIVE, MINNETONKA, MN 55343-8990

10925   VAPOR CORPORATION, ONE BRUNSWICK PLAZA, SKOKIE, IL 60077

10925   VAPOR, JULIUS, 672 BAYWOOD, IMPERIAL, CA 92251

10925   VAQUERANO, ROSA, 3719 43RD AV, COTTAGE CITY, MD 20722

10925   VAR & CO, FIRST TRUST NATL ASSOCIATION, INCOME COLLECTIONS, PO BOX CM 9551, ST PAUL, MN 55170-0001

10925   VARACALLE, MARYELLEN, 10031 FOX DEN CT, ELLICOTT CITY, MD 21042

10925   VARADI, JOHN, 802 MOUNTAIN VIEW CT, GREER, SC 29651

10925   VARADI, SHARON, 802 MNT VIEW CT, GREER, SC 29651

10925   VARAS MORGAN, PO BOX 886, HAZELHURST, MS 39083

10925   VARBLOW, KAREN, 955 BRUSH HILL LANE, LAKE ZURICH, IL 60047

10925   VARBLOW, LINDA MARIE, 202 ADAMSWAY, CHAPELHILL NC, NC 27516

10924   VARBROS CORPORATION, 16025 BROOK PARK ROAD, CLEVELAND, OH 44142

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VARC, 1500 HUGUENOT ROAD SUITE 104, MIDLOTHIAN, VA 23113 | |
| 10925 | VAREC, JEFFERSON BLDG., STE. 1-2, 101 ROUTE 130, CINNAMINSON, NJ 08707 | |
| 10925 | VARELA, JOSE, 10415 SLEEPY BRK WAYAPT. #1A, BOCA RATON, FL 33428 | |
| 10925 | VARELA, MIRIAM, 232 CEDAR LANE, CLOSTER, NJ 07624 | |
| 10925 | VARGAS, ARACELI, 9634 PARK ST #202, BELLFLOWER, CA 90706 | |
| 10925 | VARGAS, CESAR, 1720 WEST SCHOOL ST, CHICAGO, IL 60657 | |
| 10925 | VARGAS, DAVID, 117 LAMONTE AVE, BOUND BROOK, NJ 08805 | |
| 10925 | VARGAS, EUGENE, 6112 LINCOLN AVE, SOUTH GATE, CA 90280 | |
| 10925 | VARGAS, GERARDO, 8357 SWEETWAY CT., SPRING VALLEY, CA 91977 | |
| 10925 | VARGAS, GUILLERMO, PO BOX 8022, ENGLEWOOD, NJ 07631 | |
| 10925 | VARGAS, JOSE, 3404 WACO ST #1, SAN DIEGO, CA 92117 | |
| 10925 | VARGAS, LAUREANO, 950 N BEAURDY AVE, LOS ANGELES, CA 90012-1328 | |
| 10925 | VARGAS, LEONEL, 345 GARDENA BLVD., 71, GARDENA, CA 90248 | |
| 10925 | VARGAS, LORI, 1249 E LIBERTY, GILBERT, AZ 85234 | |
| 10925 | VARGAS, LUZ, CALLE YAGUER #25, GUANICA, PR 00653 | |
| 10925 | VARGAS, PATRICIA, 3311 SAN JUAN, TAMPA, FL 33629 | |
| 10925 | VARGAS, PAUL, 913 N TODDY ST, SANTA ANA, CA 92703 | |
| 10925 | VARGAS, RITA, 3737 LEMON DR, GRAND PRAIRIE, TX 75202-6614 | |
| 10925 | VARGAS, SHARON, 9566 TRANSFER RD, COLUMBIA, MD 21045 | |
| 10925 | VARGAS, WALTER, 1630 CAMULOS AVE, GLENDALE, CA 91208 | |
| 10925 | VARGAS-HERMANSN, ROSARIO, 7342 W. SELLS DR., PHOENIX, AZ 85033 | |
| 10925 | VARGASON, WILLIAM, 3675 WOOD TRACE, OWENSBORO, KY 42303 | |
| 10925 | VARGASON, YOLANDE, RT #1 BOX 154, JASPER, FL 32052 | |
| 10925 | VARGAZ, ROSANNA, 9414 RUSTOWN, DALLAS, TX 75228 | |
| 10925 | VARGHESE, BABYSONA, 10818 GIFFORD AVE., PHILA, PA 19116 | |
| 10925 | VARGHESE, ELIZABETH, 8441 LAPRADA #1074, DALLAS, TX 75228 | |
| 10925 | VARGHESE, SARAMMA, 5204 GULF PORT, GARLAND, TX 75043 | |
| 10925 | VARGO, CORINNE, BOX 68, STAR JUNCTION, PA 15482 | |
| 10925 | VARGO, ROBERT, 741 HIGH ST., 1F, BETHLEHEM, PA 18018 | |
| 10925 | VARGO, VICKI, BOX 411 COOK ST., L, PA 15438 | |
| 10925 | VARIAN ANALYTICAL INST., 505 JULIE RIVERS RD., SUITE 150, SUGAR LAND, TX 77478 | |
| 10925 | VARIAN ANALYTICAL INSTRUMENTS, 220 HUMBOLDT CT., SUNNYVALE, CA 94089 | |
| 10925 | VARIAN ASSOCIATES, 6440 DOBBIN RD., SUITE D, COLUMBIA, MD 21045 | |
| 10925 | VARIAN CANADA LTD, 900 HERTAL AVE, BUFFALO, NY 14216 | |
| 10925 | VARIAN INC, 2700 MITCHELL DR, WALNUT CREEK, CA 94598 | |
| 10925 | VARIAN INC, PO BOX 93752, CHICAGO, IL 60673 | |
| 10925 | VARIAN INC, POBOX 93752, CHICAGO, IL 60673 | |
| 10925 | VARIAN NMR SYSTEMS, 525 W. MONROE 7TH FL, CHICAGO, IL 60661 | |
| 10924 | VARIAN SAMPLE PREPARATION, 24201 FRAMPTON AVENUE, HARBOR CITY, CA 90710 | |
| 10924 | VARIAN SAMPLE PREPARATION, PO BOX 9387, WALNUT CREEK, CA 94598 | |
| 10925 | VARITECH, 546 LEONARD ST NW, GRAND RAPIDS, MI 49504 | |
| 10925 | VARITEK INC, 415 W TAFT AVE, ORANGE, CA 92665 | |
| 10925 | VARITEK, INC, PO BOX 920188, NORCROSS, GA 30092 | |
| 10925 | VARITY ZECAL, 456 N SANFORD RD, CHURCHVILLE, NY 14428 | |
| 10925 | VARJABEDIAN, GARABED, 161 NEWBURY ST, FRAMINGHAM, MA 01701 | |
| 10925 | VARJABEDIAN, MARYLOU, 161 NEWBURY ST FRAMINGHAM, FRAMINGHAM, MA 01701 | |
| 10925 | VARKOLY, JOYCE, 20 BROOKSIDE AVE, SOMERVILLE, NJ 08876 | |
| 10924 | VAR-LAC-OID CHEMICAL CO., INC., 13 FOSTER STREET, BERGENFIELD, NJ 07621 | |
| 10924 | VAR-LAC-OID CHEMICAL CO., INC., PO BOX 181, BERGENFIELD, NJ 07621 | |
| 10925 | VARLAS, SOPHIA, 250 CARRWOOD RD, GREAT FALLS, VA 22066 | |
| 10924 | VARLEN INSTRUMENTS, INC., 2777 W. WASHINGTON BLVD., BELLWOOD, IL 60104 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   VARLEY, MARK, 1011 GLENVIEW DR., PEARLAND, TX 77581

10924   VARMICON INDUSTRIES INC, 100 CONCRETE BLVD., BROWNSVILLE, TX 78520

10924   VARMICON INDUSTRIES INC, 2020 INDUSTRIAL CROSSWAY, HARLINGEN, TX 78550

10924   VARMICON INDUSTRIES INC, MCALLEN, TX 78501

10924   VARMICON INDUSTRIES INC, P O BOX 531808, HARLINGEN, TX 78553

10924   VARMICON INDUSTRIES INC, PHARR, TX 78577

10924   VARMICON INDUSTRIES INC, PO BOX 531808, HARLINGEN, TX 78550

10924   VARMICON INDUSTRIES INC, PORT ISABEL, TX 78578

10924   VARMICON INDUSTRIES INC, VALVERDE ROAD, DONNA, TX 78537

10925   VARMICON INDUSTRIES INC., PO BOX 531808, HARLINGEN, TX 78553

10924   VARMICON, MISSION, TX 78572

10924   VARN INT'L, 905 S. WESTWOOD AVENUE, ADDISON, IL 60101

10925   VARN, LEAMON, 1777 PIQUET CT, MIDDLEBURG, FL 32068

10925   VARNADORE, KATHLEEN, 5 FOXDRIDGE COURT, MARIETTA, GA 30067

10925   VARNEDORE JT TEN, JOHNNY B & CYNTHIA A, 216 MC MAHAN DRIVE, HOT SPRINGS, AR 71913-6243

10925   VARNELL, DENNIS, 301 NW 5TH, WILBURTON, OK 74578

10925   VARNELL, JOHN, 1614 SANTA MONICA, ODESSA, TX 79763

10925   VARNER, CHARLES, 646 HOWELL ROAD, WELLFORD, SC 29385

10925   VARNER, RODNEY C, CUST FOR SCOTT M VARNER, UNIF GIFT MIN ACT TX, 101 REMINGTON PL, TAHLEQUAH, OK 74464-4169

10925   VARNER, THELBERT, 725 ARNOLD BRANCH ROAD, WOODRUFF, SC 29388-2142

10925   VARNES, SHARON, 484 S WELLS ST, SHREVE, OH 44676

10924   VARNEY BROS S & G, 79 HARTFORD AVE, BELLINGHAM, MA 02019

10924   VARNEY BROS S & G, WEST MILL ST., MEDFIELD, MA 02052

10924   VARNEY BROS SAND & GRAVEL, P O BOX 94, BELLINGHAM, MA 02019

10924   VARNEY BROS SAND & GRAVEL, P.O. BOX 94, BELLINGHAM, MA 02019

10925   VARNEY JT TEN, ANTHONY & DOREEN A, 25 HEDGES RD, E PATCHOGUE, NY 11772-5504

10925   VARNEY, FREDERICK, HCR 75 BOX 10, POTSDAM, NY 13676

10925   VARNON, AMANDA, PO BOX 36, CRYSTAL CITY, TX 78839

10925   VARNUM, CATHY, 3402 OCEAN DR., CORPUS CHRISTI, TX 78411

10925   VARNUM, DONCRELIA, RT5.BOX444, COMMERCE, GA 30529

10925   VARNUM, HAROLD, PO BOX 162, COMMERCE, GA 30529

10925   VARNUM, RYAN, 1000 FELIZ CREEK ROAD, HOPLAND, CA 95449

10925   VARO INC, 9827 CHARTWELL, DALLAS, TX 75243

10925   VARO/NITEC, 3414 HERRMANN DR, GARLAND, TX 75041

10925   VAROLI SUPPLY & SERVICE, PO BOX 51, STURGEON, PA 15082-0051

10925   VARON, NANCY, 18 RED OAK WAY, BRIDGEWATER, NJ 08807

10925   VARONA, SALVADOR, 565 1/2 SUMMER AVE, NEWARK, NJ 07104

10925   VARONA, SALVADOR, 565 A SUMMER AVE, NEWARK, NJ 07104

10924   VARRA COMPANIES, 12910 WELD COUNTY ROAD 13, LONGMONT, CO 80504

10924   VARRA COMPANIES, 1431 EAST 16TH STREET, GREELEY, CO 80631

10924   VARRA COMPANIES, 15457 HWY 52, FORT LUPTON, CO 80621

10925   VARS, FRANCES, NE FITZWILLIAM ROAD, ROYALSTON, MA 01368-9998

10925   VARS, JR, EDMUND, 139 N.E. FITZWILLIAM RD., ROYALSON, MA 01331

10925   VARSAL INSTRUMENTS, 363 IVYLAND ROAD, WARMINSTER, PA 18974

10925   VARTANIAN, GEORGIA, 2800 CERRILLOS RD 18, SANTA FE NM, NM 87501

10925   VARTANIAN, JOYCE, 29 ANTHONY CIRCLE, NEWTONVILLE, MA 02160

10924   VARTSINAS CONSTRUCTION, JOB #2037, 2200 ADA AVENUE, CONWAY, AR 72032

10925   VARTY, JOHN RICHARD, 355 S UNION 12, BURLINGTON, VT 05401-4521

10925   VARTY, WILLIAM PETER, 2121 FOUNTAINVIEW D19, HOUSTON, TX 77057-3620

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   VARUGHESE, MATHEW, 4706 BAYPORT DR, GARLAND, TX 75043

10925   VARUGHESE, SHERLY, 470 TOMLINSON RD., PHILADELPHIA, PA 19116

10924   VARVEL CHIMNEY SUPPLY, 2209 E. UNIVERSITY, URBANA, IL 61801

10925   VASARAB, DONALD, 1430 SATTERFIELD ROAD, GREER, SC 29651

10925   VASBINDER, RUTH, 25 SEVERANCE CIR, CLEVELAND HEIGHTS, OH 44118-1505

10925   VASBINDER, V, 1544 TRENTWOOD ROAD, COLUMBUS, OH 43221

10925   VASCONCELOS, ANNA, 244 OSBORNE ST, FALL RIVER, MA 02724

10925   VASCONCELOS, HELEN, 43 BUTLER ST, FALL RIVER, MA 02724

10924   VASCULAR IMAGING, BAPTIST MEDICAL CENTER, LITTLE ROCK, AR 72205

10925   VASEY, TAMARA C., 5996 JOEL LANE, LA MESA, CA 91942

10925   VASIENTO, ANNE, 847 MOFFET FORGE RD, HERNDON, VA 22070

10925   VASILENKO JR, MICHAEL, 5135 HODGES ROAD, ELDERSBURG, MD 21784

10925   VASILENKO, MICHAEL, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   VASISTA, VITTAL, 9033 SAFFRON LANE, SILVER SPRING, MD 20901

10925   VASKE, DUANE, 401 NORTH BOX 52, ZEARING, IA 50278

10925   VASOLD, PAUL, 10 SHAWN COURT, BALTIMORE, MD 21236

10925   VASQUEZ, ANGIE, 112 MULBERRY, EL PASO, TX 79932

10925   VASQUEZ, ANTONIA, 728 ELBERT ST., PHARR, TX 78577

10925   VASQUEZ, ARTURO, 1603 SOUTH 1ST ST, LAMESA, TX 79331

10925   VASQUEZ, BALDEMAR, 21965 STATE ROAD 119, GOSHEN, IN 46526

10925   VASQUEZ, BARBARA E., 7356 GI GI PLACE, SACRAMENTO, CA 95828

10925   VASQUEZ, BELINDA, 410 ORCHARD, ODESSA, TX 79764

10925   VASQUEZ, CHERYL, 10180 BREEZEWAY PL, BOCA RATON, FL 33428

10925   VASQUEZ, CONCEPCION, RT 2 BOX 509, MISSION TX, TX 78572

10925   VASQUEZ, ELADIO, 9926 HALDERMAN AVE., PHILA, PA 19115

10925   VASQUEZ, EVELYN, 1000 NW 19TH AVE., MIAMI, FL 33125

10925   VASQUEZ, ISABEL, 117A UNION ST, PALISADES PARK, NJ 07650

10925   VASQUEZ, JOANNA, 907 N.MAIN, LAMESA, TX 79331

10925   VASQUEZ, JOSEPH, 860 FINLEY LANE, CRAIG, CO 81625

10925   VASQUEZ, MARIA, PO BOX 811, HIDALGO, TX 78557

10925   VASQUEZ, MARIO, PO BOX 74, TEHUACANA, TX 76686

10925   VASQUEZ, OSCAR, 4800 BROOKDALE APT 290X, WICHITA FALLS, TX 76310

10925   VASQUEZ, SAMUEL, 1808 S VANNESS, SANTA ANA, CA 92706

10925   VASQUEZ, SILVIA, 14604 KING LEAR CT, SILVER SPRING, MD 20906

10925   VASQUEZ, VICTOR, 211E. SAN PEDRO, LAREDO, TX 78041

10925   VASQUEZ, VINCENT, 4107 WOODSIDE DRIVE APT #2, CORAL SPRINGS, FL 33065

10925   VASSALLO, BARBARA, 634 HWY 41-141 LOT 61, LITTLE SUAMICO, WI 54141

10925   VASSAR, RICHARD, 3103 THUNDER ROAD, ALAMOGORDO, NM 88310

10925   VASSAR, TOMMY, 1502 STEVENSON, VINTON, LA 70668-4424

10924   VASSER BROTHERS HOSPITAL, 45 READE PLACE, POUGHKEEPSIE, NY 12601

10925   VASSIE, CAROLYN, 14947 CHERRYWOOD DR, LAUREL, MD 20707

10925   VASSILIADIS, MARY, 14 GRIFFIN RD, FRAMINGHAM, MA 01701

10925   VASSURL L BESS, 202 KINGSHILL CT SE, WINTER HAVEN, FL 33884-3511

10925   VASTAG, JOSEPH, 11 EDWARDS SHORES, HAINES CITY, FL 33844

10925   VASTAG, JOSEPH, 310 SW 35TH ST., OCALA, FL 32674

10925   VASTBINDER, GREGORY, 2011 DUBLIN DRIVE, LEAGUE CITY, TX 77573

10925   VASTBINDER, SUSAN, 2011 DUBLIN DR, LEAGUE CITY, TX 77573

10925   VATHY, RICHARD, 500 MAPLE RD, E AURORA, NY 14052

10925   VATOLE, RANEA, 1304 N. TYLER, AMARILLO, TX 79107

10925   VAUGHAN CO, INC, 364 MONTE-ELMA ROAD, MONTESANO, WA 98563

10924   VAUGHAN INC., CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    VAUGHAN JT TEN, LAYNE & NORMA C, 1091 LEEWARD DR, HUNTSVILLE, AL 35803-3929

10924    VAUGHAN ROOFING COMPANY, C/O BANK OF COMMERCE, BATON ROUGE, LA 70800

10925    VAUGHAN, ANTHONY, 184 HOWE AVE., PASSAIC, NJ 07055

10925    VAUGHAN, ARDIS, 23 SAMOSET ST, DORCHESTER, MA 02124

10925    VAUGHAN, ARDIS, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    VAUGHAN, BRENDA, 312 DAVIS RD, PELZER, SC 29669

10925    VAUGHAN, DAVID, 1031A PIERRE WASHINGTON, BROUSSARD, LA 70518

10925    VAUGHAN, DAVID, 1109 CROTON RD., FLEMINGTON, NJ 08822

10925    VAUGHAN, DEBORAH, 5 CALUMET COURT, GREENVILLE, SC 29615

10925    VAUGHAN, DIANE, 50 KNOWLES RD, WATERTOWN, MA 02172

10925    VAUGHAN, EDSEL, PO BOX 705, MILL SHOALS, IL 62862

10924    VAUGHAN, INC., P O BOX 14266, BATON ROUGE, LA 70898

10925    VAUGHN E WILL, 201 WEST 8TH ST, WEST LIBERTY, IA 52776-1124

10925    VAUGHN THIBODEAU & SONS, 119 COLES CORNER RD, WINTERPORT, ME 04496

10924    VAUGHN THIBODEAU & SONS, 892 ODLIN ROAD, BANGOR, ME 04401

10924    VAUGHN THIBODEAU & SONS, ROUTE 1, HANCOCK, ME 04640

10924    VAUGHN THIBODEAU & SONS, RTE 1 A, STOCKTON SPRINGS, ME 04981

10925    VAUGHN, AMY, 481 RAVENWOOD DR, MORRISTOWN, TN 37814

10925    VAUGHN, BETTIE, 2313 PIN OAK DR, OWENSBORO, KY 42303

10925    VAUGHN, BETTY R, 1012 HWY 14, SIMPSONVILLE, SC 29681

10925    VAUGHN, CASSANDRA, 4571 TAMMY LANE, MEMPHIS, TN 38116

10925    VAUGHN, CHRISTY, 177 ANDERSON MILL RD, GREER, SC 29651

10925    VAUGHN, DARNELL, 1416 YUPON, LAMARQUE, TX 77568

10925    VAUGHN, DAVID, 102 CHANTEMAR COURT, SIMPSONVILLE, SC 29681

10925    VAUGHN, DENNIS, 1609 IDLEWOOD DR., CLARKSVILLE, IN 47129

10925    VAUGHN, DONALD, 6741 WOODLEY ROAD, BALTIMORE, MD 21222

10925    VAUGHN, DORIS, 114 N DANTZLER ROAD, DUNCAN, SC 29334-9646

10925    VAUGHN, EFFIE, ROUTE 1, RHINE, GA 31077

10925    VAUGHN, GARY, 2918 HARTWICK, HOUSTON, TX 77093

10925    VAUGHN, JACK, 329 AIKEN ROAD, WOODRUFF, SC 29388

10925    VAUGHN, JERRY, 1724 HOLIDAY DAM ROAD, BELTON, SC 29627

10925    VAUGHN, JUDITH, 1211 WOODVIEW DRIVE, HUBERTUS, WI 53033

10925    VAUGHN, JULIE, 1609 IDLEWOOD DR, CLARKSVILLE, IN 47130

10925    VAUGHN, KATHY S, 137 C MANOR WOOD CT, COLUMBIA SC, SC 29210

10925    VAUGHN, KELLETT, 4548 N. RAVENWOOD DRIVE, CHATTANOOGA, TN 37415

10925    VAUGHN, KENT, 117 INDIAN RIDGE DR, LAURENS, SC 29360-9300

10925    VAUGHN, LISA, 2626 SO 39TH, ABILENE, TX 79605

10925    VAUGHN, NEIL, 8 STAFFORD ST, DEDHAM, MA 02026

10925    VAUGHN, PATRICK, 3217 W. NORTHGATE, IRVING, TX 75062

10925    VAUGHN, PAUL, 467 W PEACHTREE ST, WOODRUFF, SC 29388

10925    VAUGHN, PAULA, 530 SENECA PLACE, CHARLOTTE, NC 28210

10925    VAUGHN, RAYMOND, BOX 5757, ZAPATA, TX 78076

10925    VAUGHN, REBA, 84 BRIARVIEW CIRCLE, GREENVILLE, SC 29615

10925    VAUGHN, REBECCA, PO BOX 5103, INVERNESS, FL 34450

10925    VAUGHN, RICKEY, ROUTE 2 BOX 112A, WISTER, OK 74966

10925    VAUGHN, ROBERT, 1643 HUFF, WICHITA FALLS, TX 76301

10925    VAUGHN, ROBERT, 2600 APOLLO, ODESSA, TX 79764

10925    VAUGHN, ROBERT, RT 5 PO BOX 489, ALVIN, TX 77511

10925    VAUGHN, RONALD, 303 SCHODACK DR, CASTLETON, NY 12033

10925    VAUGHN, RONNIE, 1700 MOLITOR ROAD, 2K, AURORA, IL 60505

10925    VAUGHN, SCOTT, PO BOX 5952, DOUGLASVILLE, GA 30154

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   VAUGHN, SHANNON, PO BOX 5223 WSB, GAINESVILLE, GA 30501

10925   VAUGHN, SHERRY, 757 COLUMBIA LN, DEER PARK, TX 77536

10925   VAUGHN, SHIRLEY, 1323 SCUFFLETOWN RD, SIMPSONVILLE, SC 29681

10925   VAUGHN, STEVE, PO BOX 312, WOODRUFF, SC 29388

10925   VAUGHN, STEVEN, 776 SHILOH RD, BRANDON, MS 39042

10925   VAUGHN, THOMAS, 2754 HORSEPEN CREEK, GREENSBORO, NC 27410

10925   VAUGHN, VIRGINIA, 4327 JACKSON BY-PASS ROAD, GARYSBURG, NC 27831

10925   VAUGHN, WAYNE, 416 ROGERS AVE, GREENVILLE, SC 29609

10925   VAUGHN, WILLIAM, 314 16TH ST, WOODWARD, OK 73801

10925   VAUGHN, WILLIAM, PO BOX 205, GRAY COURT, SC 29645

10925   VAUGHN, WILLIE, 1323 SCHUFFLETOWN RD., SIMPSONVILLE, SC 29681

10925   VAUGHN-MCCONAGA, VERONICA, PO BOX 08265, MILWAUKEE, WI 53208

10925   VAUGHT, LEO, PO BOX 507, COLUMBIA, LA 71418-0507

10925   VAUGHT, LINDA C, RT 3 BOX 187, TALLASSEE AL, AL 36078

10925   VAUGHT, MARGIE, C/O OAK PARK CARE CTR 2717 FIRST AVE, LAKE CHARLES, LA 70601

10925   VAUGHT, MICHAEL, 7406 N EVANSTON AVE, INDIANAPOLIS, IN 46240

10925   VAUGHT, TINA, 7406 N. EVANSTON AVE., INDIANAPOLIS, IN 46240

10925   VAUGHTER, DEBORAH, 9456 WOODLAWN, DETROIT, MI 48213

10924   VAULT STRUCTURES INC, 3640 WORK DRIVE, FORT MYERS, FL 33916

10924   VAULT STRUCTURES, INC, 3640 WORK DRIVE, FORT MYERS, FL 33916

10925   VAUSE, CAROLYN, 403 VANN ST, CLINTON, NC 28328

10925   VAUSSINE, EDWARD, ROUTE 1 BOX 734, WELSH, LA 70591

10925   VAVRA, ANN, 2103 PIKES PEAK PL, LAWRENCE, KS 66044

10925   VAVRA, CHARLES, 212 W CHSTNT BOX 88, HARPERS FERRY, IA 52146

10925   VAVRA, MICHAEL, 10610 FOXCHASE, WICHITA, KS 67212

10925   VAVRINCHIK, SCOTT, 21 WEST 17TH ST, LOMBARD, IL 60148

10925   VAZQUEZ DAVILA, MYRNA, A-30 4TH ST EST. DE SAN FERNANDO, CAROLINA, PR 00985

10925   VAZQUEZ ORTEGA, MYRN, SANTIAGO ST, BAYAMON PR, PR 00619

10925   VAZQUEZ, ANA, 8111-D OAK TRACE WAY, TAMPA, FL 33634

10925   VAZQUEZ, ANTONIO, 1113 W DREW, FORT WORTH, TX 76110

10925   VAZQUEZ, ANTONIO, 851 E. 163RD ST, BRONX, NY 10459

10925   VAZQUEZ, CARLOS, PO BOX 193, MIRANCO, TX 78369

10925   VAZQUEZ, DANIEL, 2104 TUDOR CT, SOMERVILLE, NJ 08876

10925   VAZQUEZ, ENRIQUE, 17335 NW 67 PL APT D, MIAMI FL, FL 33015

10925   VAZQUEZ, GRISELLE, CALLE A #76, ARECIBO, PR 00612

10925   VAZQUEZ, IRMA, CALLE 4 6-14 REPARTO, MERCEDITA, PR 00715

10925   VAZQUEZ, ISMAEL, RR 01 BOX 16593, TOA ALTA, PR 00953

10925   VAZQUEZ, JACQUELINE, JARDINES DEL CARIBE, PONCE, PR 00731

10925   VAZQUEZ, JOSE, CALLE B C-27, CAYEY, PR 00736

10925   VAZQUEZ, LUIS, 4153 WINDOMERE DR, GRAPEVINE, TX 76051

10925   VAZQUEZ, LUIS, BOX331 LA MILAGROSA-RUBI, #F-10, SABANA GRANDE, PR 00637

10925   VAZQUEZ, MARIA, JOSEPH DEL TORO M-11, PONCE, PR 00731

10925   VAZQUEZ, OLGA, BO. DUQUE, NAGUABO, PR 00718

10925   VAZQUEZ, PATRICIA, 6757 ARAPAHO RD., DALLAS, TX 75248

10925   VAZQUEZ, SONIA, CYPRESS V-14, 7MA SECCION STATION, SANTA JUANITA, PR 00619

10925   VAZQUEZ, SUSANA, RIO CRISTAL 8TH ST I-22, MAYAGUEZ, PR 00680

10925   VAZQUEZ, VIRGINIA, CALLE CARIBE #457, HATO REY, PR 00917

10925   VAZQUEZ, WANDA, 8240 SW 22ND ST, N LAUDERDALE, FL 33068

10925   VAZQUEZ, WILFREDO, P.O BOX 1330, AGUADA, PR 00602

10925   VAZQUEZ, ZORAIDA, HC O 2 BOX 11781, HUMACAO, PR 00791

10925   VAZQUEZ-LARA, JUAN, CALLE 25 T-61 URB. VILLA NUEVA, CAGUAS, PR 00630

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VAZZINO, EMANUELE, 61 ROGERS AVE, SOMERVILLE, MA 02144 | |
| 10925 | VBXTRAS INC, 1905 POWERS FERRY ROAD, ATLANTA, GA 30339 | |
| 10924 | VC SOLID RM, LB & SM WH, HWY 421 N & 1 TAKEDA DRIVE, WILMINGTON, NC 28401 | |
| 10925 | VCC HOST COMMITTEE, 16503 RAMSEY RD., CROSBY, TX 77532 | |
| 10924 | VCF FILMS, INC., 1100 SUTTON AVENUE, HOWELL, MI 48843 | |
| 10925 | VCH COMMUNICATIONS INC, 7101 PRESIDENTS DRIVE STE 210, ORLANDO, FL 32809 | |
| 10924 | VCU SCHOOL OF ENGINEERING, C/O AMERICAN COATINGS, RICHMOND, VA 23298 | |
| 10924 | VCU STUDENT HOUSING, 11204 HOPSON ROAD, ASHLAND, VA 23005 | |
| 10925 | VCU UNIVERSITY LIBRARY SERVICES, 901 PARK AVE., PO BOX 842033, RICHMOND, VA 23284-2033 | |
| 10925 | VEACH, HAROLD, 3404 PLEASANT, ODESSA, TX 79764 | |
| 10924 | VEALE BROTHERS CONCRETE, 1900 S.81ST WEST AVE, TULSA, OK 74127 | |
| 10924 | VEALE BROTHERS, 1900 S. 81ST WEST AVE., TULSA, OK 74127 | |
| 10925 | VEALS, FREDDIE, 10738 CLEARVIEW AVE, BATON ROUGE, LA 70811 | |
| 10925 | VEATOR, LAURENCE, CRAFTS ROAD RUST ISLAND, GLOUCESTER, MA 01930-9998 | |
| 10925 | VEAZEY & ASSOCIATES INC, POBOX 14053, BATON ROUGE, LA 70898-4053 | |
| 10925 | VEAZEY, NANCY, 3417 SE 36TH ST, OCALA, FL 32671 | |
| 10925 | VECCHIO, DANIEL, 406 DIEHL DRIVE, MCKEESPORT, PA 15132 | |
| 10925 | VECCHIO, JEANETTE, 211 GARRY ST, MANVILLE, NJ 08835 | |
| 10925 | VECCHIO, YOLANDA, 1310-B ALVAREZ RD., RIO GRANDE CITY, TX 78582 | |
| 10925 | VECCHIOLLA, ANTHONY, 16 CLINTON ST, PORT CHESTER, NY 10573-4821 | |
| 10925 | VECCHIOLLA, DAVID, 1606 COLEHOLLOW DR., MIDLOTHIAN, VA 23113 | |
| 10925 | VECTA TRANSPORTATION SYSTEMS, 333 S GRAND AVE, LOS ANGELES, CA 90071 | |
| 10924 | VECTOR CORP., 675 44TH STREET, MARION, IA 52302 | |
| 10924 | VECTOR CORPORATION, 675 44TH STREET, MARION, IA 52302 | |
| 10925 | VECTOR GROUP INC, 12953 LORI DR SUITE 100, CONIFER, CO 80433-6001 | |
| 10925 | VECTOR GROUP, THE, 353 SACRAMENTO DR, SAN FRANCISCO, CA 94111 | |
| 10925 | VECTOR LABORATORIES, 675 44TH ST., MARION, IA 52302 | |
| 10924 | VECTOR SECURITY, 855 BRIGHTSEAT RD, LANDOVER, MD 20785 | |
| 10924 | VECTRAL INDUSTRIES, 7311 ROUTE 212, SAUGERTIES, NY 12477 | |
| 10925 | VEDEPO, LEONARD, BOX 290, WEST LIBERTY, IA 52776 | |
| 10925 | VEDEPO, LUVERNE, 5031 AMERICAN LEGION ROAD SE, IOWA CITY, IA 52240 | |
| 10925 | VEDROS SR, EDMOND, 123 MARKET ST, RACELAND, LA 70394-3102 | |
| 10925 | VEDROS, EDMOND, 129 MARKET ST, RACELAND, LA 70394 | |
| 10925 | VEDROS, JOEY, 213 AYO ST, RACELAND, LA 70394 | |
| 10925 | VEEDER ROOT, 6TH ST AT BURNS CROSSING, ALTOONA, PA 16603 | |
| 10924 | VEEDERSBURG READY MIX, 54 E.BONEBREAK ROAD, VEEDERSBURG, IN 47987 | |
| 10925 | VEEN, THOMAS, 14825 JEAN COURT, OAK FOREST, IL 60452 | |
| 10925 | VEERHUSEN, CLIFTON, 409 MAIN BOX 75, ADAMS, NE 68301-0075 | |
| 10925 | VEEVERS, GEORGE, RT 6 BOX 6821, PALESTINE, TX 75801 | |
| 10925 | VEGA ALTA PALLETS, BO BAJURAS ALMIRANTE - BUZON 1623, VEGA ALTA, PR 00692PUERTO RICO | *VIA Deutsche Post* |
| 10924 | VEGA Y CAMJI SAIC, 14 DE JULIO 344, BUENOS AIRES, 01427ARG | *VIA Deutsche Post* |
| 10925 | VEGA, ALEXANDER, C/ 1A D7 SUNNY HILLS, BAYAMON, PR 00956 | |
| 10925 | VEGA, BEATRICE, PO BOX 1712, LAURENS, SC 29360 | |
| 10925 | VEGA, BRUNILDA, HC-10 BOX 7550, SABANA GRANDE, PR 00637 | |
| 10925 | VEGA, CHERYL, 134D OLD FERRY RD, HAVERHILL, MA 01830 | |
| 10925 | VEGA, CULBERTO, 1509 W ST GERTRUDES, SANTA ANA, CA 92704 | |
| 10925 | VEGA, GILBERTO, 73 VERMILYEA AVE, A22, NEW YORK, NY 10034 | |
| 10925 | VEGA, ISABEL, HC-09 BOX 2778, SABANA GRANDE, PR 00637 | |
| 10925 | VEGA, IVETTE, 10739 BARLOW AVE #A, LYNWOOD, CA 90262 | |
| 10925 | VEGA, JESUS, 507 E. BEVERLY PLACE, SANTA ANA, CA 92701 | |
| 10925 | VEGA, JUDITH, 558 NEW YORK DRIVE, FORT MEYERS, FL 33905 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    VEGA, LUPE, 1200 S WAHINGTON, ODESSA, TX 79761

10925    VEGA, MARGARITA, 75 EAST WAYNE AVE #5, SILVER SPRING, MD 20901

10925    VEGA, MARIA DE LOS, CALL 15 R-10-3, CAGUAS, PR 00725

10925    VEGA, MARIBEL, CALLE 3 D-27, PONCE, PR 00731

10925    VEGA, MAURO C, LOMA BONITA LOT 255, EAGLE PASS TX, TX 78852

10925    VEGA, NELIDA, 18 DENISON ST, WEST HARTFORD, CT 06105

10925    VEGA, ORLANDO, 3101 FAIRVIEW #121, SANTA ANA, CA 92704

10925    VEGA, RANDY, 10362 SAHARA, SAN ANTONIO, TX 78216

10925    VEGA, REGINALD, RT. 4, BOX 486, CUT OFF, LA 70345

10925    VEGA, RODOLFO, 334 E ADAMS ST SANTA ANA CA, SANTA ANA, CA 92707

10925    VEGA, SERGIO, 1509 W GERTRUDE PLACE, SANTA ANA, CA 92704

10925    VEGA, WILFREDO, PROLONGACION VIVES, PONCE, PR 00731

10924    VEGAS ELECTRIC/CED, 3700 RUGULUS STREET, LAS VEGAS, NV 89102

10924    VEGAS WORLD, MELCO, LAS VEGAS, NV 89101

10925    VEGAS, HERBERT, P. 0. BOX 283, GRAND ISLE, LA 70358

10925    VEGAS, MOISE, RT. 2, BOX 428, LOCKPORT, LA 70374

10925    VEGETATION MGT SPECIALIST, INC, PO BOX 213, DUSON, LA 70529

10925    VEGLIO, CATHERINE, 6086 SURREY HOLLOW, BARTLETT, TN 38134

10925    VEHICLE REGISTRATION COLLECTIONS, PO BOX 419001, RANCHO CORDOVA, CA 95741-9001

10925    VEHLEWALD, LISA, 3255 BROCTON COMMON, FLORISSANT, MO 63031

10925    VEIGA, JOHN, 132 PRINCETON ROAD, ELIZABETH, NJ 07208

10925    VEIHELMANN, BRENDA, 10894 NW 17TH MANOR, CORAL SPRINGS, FL 33071

10925    VEIJO A USKI, 29112 CRAGS DR, AGOURA, CA 91301-2910

10925    VEITCH, PHILIP, 56 E. MEADWOW WAY, MANCHESTER, NH 03109

10925    VEITH, DAWN, 5754 S. NEVA, CHICAGO, IL 60638

10925    VEITS, DOUGLAS, 11429 PARKMAN ROAD, RD #1, GARRETTSVILLE, OH 44231

10925    VEJAR, LEONARDO, 3760 NW 114TH LN, CORAL SPRINGS, FL 33065

10925    VELA, ARMANDO, 375 SAN GABRIEL, EL PASO, TX 79905

10925    VELA, JOSE, PO BOX 675, ALICE, TX 78333

10925    VELA, MARGARITA, 9851 MEADOWGLEN, HOUSTON, TX 77042

10925    VELA, OLGA, 2009 ZAMORA LOOP, LAREDO, TX 78043

10925    VELA, REBECCA, 3641 GLENWAY, CORPUS CHRISTI, TX 78415

10925    VELADA, JONATHAN, 4624 N. LAWLER AVE, CHICAGO, IL 60630

10925    VELARDE, HECTOR, 2618 W 72 ST, HIALEAH, FL 33016

10925    VELARDI, JOAN, 89 RUTHLAND ROAD, GLEN ROCK, NJ 07450

10925    VELASCO, ALBERTO, 7772 BENDIGO ST, MIRA MESA, CA 92126

10925    VELASCO, DINDO, 312 CAMERON PLACE, GLENDALE, CA 91207

10925    VELASCO, MARGARITA, 3905 CLASSIC DT., GARLAND, TX 75042

10925    VELASCO, TERESA, 2645 15TH ST, WASHINGTON, DC 20009

10925    VELASQUEZ JR, ROBERT, 2800 OHIO AVE., #C, SOUTH GATE, CA 90280

10925    VELASQUEZ, CANDIDA, 1400 LANGLEY WAY, 201, HYATTSVILLE, MD 20783

10925    VELASQUEZ, FRANKLIN, 9522 VISTA TERRACE, SAN DIEGO, CA 92127

10925    VELASQUEZ, IRMA, 1445 OTIS PLACE NW, 112, WASHINGTON, DC 20010

10925    VELASQUEZ, JOAQUIN, SARALAND MANOR APTS #314A, 4000 HWY 49N GULF PORT, MS 39501-2927

10925    VELASQUEZ, JOSE, 1416 BELMONT ST NW#2, WASHINGTON, DC 20009

10925    VELASQUEZ, LUIS, 26 BARTLETT ST, 1, BEVERLY, MA 01915

10925    VELASQUEZ, MAURILIO, 13931 NEWLAND, 16, WESTMINSTER, CA 92683

10925    VELASQUEZ, OLGA, 5727 BEN CASEY, SAN ANTONIO, TX 78240

10925    VELASQUEZ, SALVADOR, 402 CHILLUM DR APT#202, HYATTSVILLE, MD 20783

10925    VELASQUEZ, SANDRA, 26 BARTLETT ST, BEVERLY, MA 01915

10925    VELASQUEZ, TOMAS, 1101 E CROCKE, BEEVILLE, TX 78102

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VELASQUEZ-ROJAS, IRMA, 279 CLARK ST, HACKENSACK, NJ 07601 | |
| 10925 | VELAYO, VIOLETA, 6530 BALBOA BLVD, VAN NUYS, CA 91406 | |
| 10925 | VELAZQUES, PATRICIA, 622 N. DIXIE HWY., MOMENCE, IL 60954 | |
| 10925 | VELAZQUEZ, ANGEL, 410 BROOKLINE PLAZA, READING, PA 19611 | |
| 10925 | VELAZQUEZ, ANTONIO, 5748 SHENANDOAH WAY, ORLANDO, FL 32807 | |
| 10925 | VELAZQUEZ, ARACELY, 1917 F AVE. #5, NATIONAL CITY, CA 91950 | |
| 10925 | VELAZQUEZ, ARTURO, 510 S FLOWER, E, SANTA ANA, CA 92703 | |
| 10925 | VELAZQUEZ, BENJAMIN, URB EXT MARBELLA, AGUADILLA, PR 00602 | |
| 10925 | VELAZQUEZ, BETTY, 2740 BARKER RD. LT.5, GAINESVILLE, GA 30506 | |
| 10925 | VELAZQUEZ, ELIZABETH, 330 MARQUETTE DR., SAN ANTONIO, TX 78228 | |
| 10925 | VELAZQUEZ, ESTEBAN, 466 CONOVER AVE , NE, PALM BAY, FL 32907-2012 | |
| 10925 | VELAZQUEZ, EVELYN, 630 PALM DESERT DR, GARLAND, TX 75044 | |
| 10925 | VELAZQUEZ, GUILLERMO, 473 GROVE ROAD, MOHRSVILLE, PA 19541 | |
| 10925 | VELAZQUEZ, HILMA, 201 N MAIN ST, GRANT PARK, IL 60940 | |
| 10925 | VELAZQUEZ, MARIA, 466 CONOVER AVE NE, PALM BAY, FL 32907-2012 | |
| 10925 | VELAZQUEZ, NELSON, 55 DAYTON ST, LOWELL, MA 01852 | |
| 10925 | VELAZQUEZ, RALPH, 2604 HALSEY DRIVE, FLOWER MOUND, TX 75028 | |
| 10925 | VELAZQUEZ, SANTIAGO, RR 7, 211 A-8, EDINBURG, TX 78539 | |
| 10925 | VELAZQUEZ, YVONNE, R 3 BOX 9, MOMENCE, IL 60954 | |
| 10925 | VELCO, PO BOX 11917 CAPARRA HEIGHTS STA, SAN JUAN, PR 00922-1917PUERTO RICO | *VIA Deutsche Post* |
| 10925 | VELCO, PO BOX 70219, SAN JUAN, PR 00936-7219 | |
| 10925 | VELEZ MD, RL, 1150 N BISHOP, DALLAS, TX 75208 | |
| 10925 | VELEZ, IRMA, BOX 1163, LARES, PR 00669 | |
| 10925 | VELEZ, JESUS, HC O2 BOX 12226, LAJAS, PR 00667 | |
| 10925 | VELEZ, RAYMOND, 104-B ARMS APARTMENT, BROWNSMILLS, NJ 08015 | |
| 10925 | VELEZ, VERONICA, 4550 SPARTON, ODESSA, TX 79764 | |
| 10925 | VELEZ-CRUZ, JULIE, CALLE ALEJANDRINA J16 URB ESTANCIAS DE YAU, YAUCO, PR 00698 | |
| 10925 | VELEZ-DORSEY, ZENAIDA, 644 SOUTHERN HILLS DRIVE, ARNOLD, MD 21012 | |
| 10925 | VELEZ-FELICIANO, BENJAMIN, 5903 DANNY KAYE, SAN ANTONIO, TX 78240 | |
| 10925 | VELKOVA, BONKA, 8816 YUBA CIRCLE, HUNTINGTON BEACH, CA 92646 | |
| 10925 | VELLA, GERARD, 138 BOYLSTON ST, BROCKTON, MA 02401 | |
| 10925 | VELLANI & VELLANI, II CHUNDRIGAR ROAD, KARICHI, 74000PAKISTAN | *VIA Deutsche Post* |
| 10925 | VELLIEUX, CAROL, 3213 THORNWOOD, PASADENA, TX 77503 | |
| 10925 | VELLON, LINDA, CALLE 13 L-36, TRUJILLO ALTO, PR 00760 | |
| 10925 | VELLRATH, TIMOTHY, POBOX 144, PEQUABUCK, CT 06781 | |
| 10925 | VELOCITY EXPRESS, PO BOX 71245, CHICAGO, IL 60694-1245 | |
| 10925 | VELOCITY EXPRESS, PO BOX 71984, CHICAGO, IL 60694-1984 | |
| 10925 | VELOTTA COMPANY, THE, ERLANGER, KY 41018 | |
| 10925 | VELOZO, PATRICIA, RT. 1, BOX 44A, NEWBURG, MD 20664 | |
| 10925 | VELTMAN, PRESTON, C/O JOHN VELTMAN, STEVENSVILLE, MD 21666 | |
| 10925 | VELTZ SR., CARLTON, 5749 WHEATLEY AVE, PORT ARTHUR, TX 77640 | |
| 10925 | VELUX-AMERICA INC., 450 OLD BRICKYARD, GREENWOOD, SC 29648 | |
| 10924 | VELUX-AMERICA INC., P.O. BOX 5001, GREENWOOD, SC 29648 | |
| 10924 | VELUX-AMERICA INC., PO BOX 5001, GREENWOOD, SC 29648 | |
| 10925 | VENABLE & VENABLE, PA, PO BOX 25956, TAMPA, FL 33622 | |
| 10925 | VENABLE BAETJER & HOWARD LLP, PO BOX 630798, BALTIMORE, MD 21263-0798 | |
| 10925 | VENABLE BAETJER & HOWARD, 1800 MERCANTILE BANK & TRUST BLDG, TWO HOPKINS PLAZA, BALTIMORE, MD 21201-2978 | |
| 10925 | VENABLE BAETJER AND HOWARD, 2 HOPKINS PLAZ, BALTIMORE, MD 21201-2978 | |
| 10925 | VENABLE BAETJER AND HOWARD, PO BOX 630798, BALTIMORE, MD 21263-0798 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VENABLE BAETJER HOWARD, 1800 MERCANTILE BANK & TRUST BLDG., 2 HOPKINS PLAZA, BALTIMORE, MD 21201-2978 | |
| 10925 | VENABLE ESQ, D WILLIAM, MARINER SQ OFFICE PARK, 200 S. HOOVER BLVD, TAMPA, FL 33609 | |
| 10925 | VENABLE, BAETJER & HOWARD, PO BOX 630798, BALTIMORE, MD 21263-0798 | |
| 10925 | VENABLE, JOHN, 210 N FULTON AVE, BALTIMORE, MD 21223 | |
| 10925 | VENABLES, NEDRA, 1823 NINA LEE, HOUSTON, TX 77018-3027 | |
| 10925 | VENARD, LAWRENCE, 825 SUMMIT AVE, MINNEAPOLIS, MN 55403-3187 | |
| 10924 | VENCOR HOSPITAL, 9505 GREENVILLE AVENUE, DALLAS, TX 75243 | |
| 10925 | VENDEMIA, ATILIO, 1557 LANGFORD ROAD, BALTIMORE, MD 21207-4958 | |
| 10925 | VENDEN, RAPHAEL, N4429 CTH V, POYNETTE, WI 53955 | |
| 10925 | VENDITTI, SAMUEL, 317 WEST HIGH ST, BROUND BRK, NJ 08805 | |
| 10925 | VENDRELL, ALEJANDRO, 3430 S W 124 COURT, MIAMI, FL 33175 | |
| 10925 | VENEDAM, DEBRA, 18 SAGAMORE AVE, SUFFERN, NY 10901-7226 | |
| 10925 | VENEGAS-LOPEZ, RAFAEL, CALLE 8 #231, TOA ALTA, PR 00758-1823PUERTO RICO | *VIA Deutsche Post* |
| 10925 | VENEY, GARRETT, 7103 NORTH ALTER ST, BALTIMORE, MD 21207-7519 | |
| 10925 | VENEZIA TRANSPORT, PO BOX 5205, LIMERICK, PA 19468 | |
| 10925 | VENEZUELA LINES RED HOOK MARINE TE, HAMILTON ST, BROOKLYN, NY | |
| 10924 | VENEZUELAN SUPPLY COMPANY, 25TH FLOOR, 300 PARK AVENUE, NEW YORK, NY 10022 | |
| 10925 | VENGEN, JOHN, 320 SENECA AVE, MIDDLESEX, NJ 08846 | |
| 10925 | VENINCASA, CHRIS, 15126 OAKMERE, SAN ANTONIO, TX 78232 | |
| 10925 | VENISSAT, CHARLES, 431 LOUISIANA AVE, SULPHUR, LA 70663-5219 | |
| 10925 | VENLAKS INC., 1323 BARTON DRIVE, FORT WASHINGTON, PA 19034 | |
| 10925 | VENNARD, LANCE, 5205 E. ELMWOOD ST, MESA, AZ 85205 | |
| 10925 | VENO, DAVID, 122 BURLINGTON ST, WOBURN, MA 01801 | |
| 10925 | VENO, ERNEST, 2350 NE 14TH ST, POMPANO BEACH, FL 33062 | |
| 10925 | VENOSDALE, LINDA, 3252 WILLOW RD, SHREVE, OH 44676 | |
| 10924 | VENT BUILDING #1, 480 ALBANY STREET, BOSTON, MA 02127 | |
| 10924 | VENT BUILDING #5, 5 NECCO COURT, BOSTON, MA 02127 | |
| 10924 | VENT BUILDING #7, LOGAN AIRPORT, BOSTON, MA 02109 | |
| 10924 | VENT BUILDING, 55 DORCHESTER AVENUE, BOSTON, MA 02127 | |
| 10925 | VENTRESS, FLOYDEAN, 10954 N HARDY, NEW ORLEANS, LA 70127 | |
| 10924 | VENTURA CO. FAIR GROUNDS, VERSATILE COATING, VENTURA, CA 93001 | |
| 10924 | VENTURA COLLEGE, C/O OXNARD BUILDING MATERIALS, T.F. METCALF COMPANY, VENTURA, CA 93001 | |
| 10924 | VENTURA COUNTY MEDICAL CENTER, C/O WESTSIDE BUILDING MATERIALS, VENTURA, CA 93001 | |
| 10924 | VENTURA FOODS, 731 NORTH RAILROAD AVENUE, OPELOUSAS, LA 70570-4335 | |
| 10924 | VENTURA FOODS, PO BOX 591, OPELOUSAS, LA 70570-0591 | |
| 10925 | VENTURA GLASS CO INC, 64 CARLTON AVE, RUTHERFORD, NJ 07073 | |
| 10924 | VENTURA INDUSTRIES INC., 46301 PORT STREET, PLYMOUTH, MI 48170 | |
| 10924 | VENTURA INDUSTRIES, 46301 PORT STREET, PLYMOUTH, MI 48170 | |
| 10924 | VENTURA INSUTRIES, 46301 PORT STREET, PLYMOUTH, MI 48170 | |
| 10925 | VENTURA TRANSFER CO., 2418 E. 223RD ST., LONG BEACH, CA 90810 | |
| 10925 | VENTURA TRANSFER COMPANY, 2418 E. 223RD ST., LONG BEACH, CA 90810 | |
| 10925 | VENTURA, DANIEL, 28 OLD PINE ISLAND R, NEWBURY, MA 01951 | |
| 10925 | VENTURA, DAVID, 11 BONNEY LANE, MANSFIELD, MA 02048 | |
| 10925 | VENTURA, EDERLYNA, 2431 BRANDENBERRY CT 1Q, ARLINGTON HTS, IL 60004 | |
| 10925 | VENTURA, EMILIANA, 111 WHITE OAK TERR, BELLEVILLE, NJ 07109-2833 | |
| 10925 | VENTURA, JACQUELINE, 2626 BABCOCK RD #2405, SAN ANTONIO, TX 78229 | |
| 10925 | VENTURA, JOSE, 3902 EXECUTIVE AVE # 21, ALEXANDRIA, VA 22305 | |
| 10925 | VENTURA, JOSE, 4302 N 4 TH ST # 2, ARLINGTON, VA 22203 | |
| 10925 | VENTURA, LENORE, 2402 PLAM RIDGE ROAD #302, SANIBEL, FL 33957 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  VENTURA, MIGUEL, 4302 N 4 TH ST # 2, ARLINGTON, VA 22203

10925  VENTURA, OSCAR, 4302 N 4 TH ST # 2, ARLINGTON, VA 22203

10925  VENTURA-DELGADO, EDWIN, 6168 WILSON BV, ARLINGTON, VA 22205

10925  VENTURA-LESBRO TRANSFER CO., 2418 E. 223RD ST., LONG BEACH, CA 90810

10924  VENTURA-LESBRO, 2418 EAST 223RD STREET, LONG BEACH, CA 90810

10924  VENTURA-LESBRO, 5724 BANDINI BOULEVARD, LOS ANGELES, CA 90040

10925  VENTURE CONCEPTS, PO BOX 5116, LAKE CHARLES, LA 70606

10925  VENTURE CONSTRUCTION CO, PO BOX 4175, NORCROSS, GA 30091-4175

10925  VENTURE PACKAGING & DISTRIBUTION CO, 6930-A SAN TOMAS RD., ELKRIDGE, MD 21075-6215

10925  VENTURE PACKAGING &, ROUTE 100 INDUSTRIAL PARK, 6930-A SAN TOMAS RD., ELKRIDGE, MD 21075-6215

10925  VENTURE PACKING & DISTRUBUTION CO, 6930-A SAN TOMAS RD., ELKRIDGE, MD 21075-6215

10925  VENTURE SPORTS, INC, 1409 RYAN ST., LAKE CHARLES, LA 70601

10925  VENTURE TAPE, POBOX 9337, BOSTON, MA 02209-9337

10925  VENUS LACY FOUNDATION, PO BOX 827, CHATTANOOGA, TN 37401-0827

10925  VENUTI, STEPHEN, 45 LYNDE AVE, MELROSE, MA 02176

10925  VENUTO, HEATHER, 84 PORTLAND ST, BROCKTON, MA 02302-3719

10925  VENZON, CRISTINA, 35270 AQUADO COURT, FREMONT, CA 94536

10925  VER BRUGGEN, GREGORY, 5254 SAMPSON RD, ABRAMS, WI 54101

10925  VER STRAETEN, JACK, 2201 DIAMOND TRAIL ROAD, DEEP RIVER, IA 52222

10925  VER VYNCK, JOHN, 11600 ACADEMY BLVD, ALBUQURQUE, NM 87111

10925  VERA BRADLEY DESIGNS, PO BOX 8494, FORT WAYNE, IN 46898

10925  VERA HESSELBROCK, CARMEL MANOR, CARMEL MANOR ROAD, FT THOMAS, KY 41075

10925  VERA LAPID-JACHIMOWICZ, 36 CYPRESS ST, BROOKLINE, MA 02146

10925  VERA R CLAFLIN, 518-3RD AVE SO, COLUMBIAN APT 912, ST PETERSBURG, FL 33701-4161

10925  VERA SELIG, PO BOX 1153, CATH PKWY STA, NEW YORK, NY 10025-0000

10925  VERA, ALEJANDRO, 10620 1/2 SAN CARLOS AVE, SOUTH GALE, CA 90280

10925  VERA, GEORGE, 3043 PEBBLE BEACH DR, LAKE WORTH, FL 33467

10925  VERA, GRACIELA, 2901 GALVESTON, LAREDO, TX 78043

10925  VERAN, LUIS, 373 VALLEY RUN, HERCULES, CA 94547

10925  VERAS, JAMES, 3610 S. OCEAN BLVD #508, PALM BEACH, FL 33480

10925  VERBOOMEN, WAYNE, 3309 S HUMMING BIRD, APPLETON, WI 54915-4614

10925  VERCHER, FRANCIS M, 1615 POYDRAS ST. SUITE 860, NEW ORLEANS, LA 70112

10925  VERDE, JOHN, 5232 SOUTH KILPATRICK, CHICAGO, IL 60632

10925  VERDE, LOUISE, 197 WINDSOR RD, FISHKILL, NY 12524

10925  VERDEJO, RAUL, CALLE TRAFALGAR #462, RIO PIEDRAS, PR 00923

10925  VERDERAIME AND DUBOIS, 1231 NORTH CALVERT ST, BALTIMORE, MD 21202

10925  VERDERAIME ESQ, ROBERT C, 1231 N CALVERT ST, BALTIMORE, MD 21202

10925  VERDICK, ALLEN, #14 REMBERT DRIVE, HOUMA, LA 70364

10925  VERDIN, DESIRE, 160 FAITH TRL CT., HOUMA, LA 70364

10925  VERDIN, TOMMY, RT. 2, BOX 342, LOCKPORT, LA 70374

10925  VERDONE, MARY, 314 LAVERNE AV, ALEXANDRIA, VA 22305

10925  VERDONIK, WILLIAM, 1301 EMILIE ST, GREEN BAY, WI 54301

10925  VEREEN, SHARON, 2335 OLD, LONGS, SC 29568

10924  VERGARA ROURKE & CO. LTD, VITACURA 9990, OFF. 309, SANTIAGO, CHL        **\*VIA Deutsche Post\***

10925  VERGARA, ANTHONY, 7805 BROCKWOOD CR, ORLANDO, FL 32822

10925  VERGE, DIANE, QUEBEC PROVINCE, CHAMPLAIN BLVD, CANDIAC, QC J5R3S9CANADA        **\*VIA Deutsche Post\***

10925  VERGERS, O, ROUTE 1, BOX 460, DRUMMONDS, TN 38023

10925  VERGOPOULOS, VASILEIOS, 10514 DORCHESTER WAY, WOODSTOCK, MD 21163

10925  VERGOPOULOS, VASSILIS, 7500 GRACE DR, COLUMBIA, MD 21044

10925  VERHAGEN, MIKE, 3075 FASCINATION CT, GREEN BAY, WI 54311

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | VERHELST, CONRAD, 2400 KUBALE LA, GREEN BAY, WI 54313 | |
| 10925 | VERHEYEN, JAMES, 2106 CANYONLAND DR, GREEN BAY, WI 54311 | |
| 10925 | VERHEYEN, JERRY, 514 LEONARD ST, DE PERE, WI 54115 | |
| 10925 | VERHEYEN, TROY, 3023 PARK RD, GREENLEAF, WI 54126 | |
| 10925 | VERHOLY, JR, THOMAS, 1220 N. VISTER ST, ALLENTOWN, PA 18103 | |
| 10924 | VERICHEM, 3499 GRAND AVENUE, PITTSBURGH, PA 15225 | |
| 10925 | VERICOR, 6554 WINCHESTER RD #339, MEMPHIS, TN 38115 | |
| 10925 | VERICOR, 6554 WINCHESTER ROAD, STE 339, MEMPHIS, TN 38115 | |
| 10925 | VERIDIEN CORP, 11800 28TH ST NORTH, SAINT PETERSBURG, FL 33716 | |
| 10924 | VERIFLO CORPORATION, 250 CANAL BOULEVARD, RICHMOND, CA 94804 | |
| 10924 | VERIFLO CORPORATION, PO BOX4034, RICHMOND, CA 94804 | |
| 10925 | VERILITE/SCHMEIZER SALES, PO BOX 16457, TAMPA, FL 33687 | |
| 10925 | VERIS, POBOX 30125, TUCSON, AZ 85751 | |
| 10924 | VERITAS, 10348 TOWN PARK DR., HOUSTON, TX 77002 | |
| 10925 | VERITY CONSULTING GROUP, 12021 WILSHIRE BLVD., LOS ANGELES, CA 90025 | |
| 10924 | VERIZON- 9SE, PO BOX 27210, SAN ANGELO, TX 76902-7210 | |
| 10925 | VERIZON CALIFORNIA, PO BOX 30001, INGLEWOOD, CA 90313-0001 | |
| 10925 | VERIZON CALIFORNIA, POBOX 30001, INGLEWOOD, CA 90313-0001 | |
| 10924 | VERIZON LOGISTICS, PO BOX 1001, SAN ANGELO, TX 76902-1001 | |
| 10924 | VERIZON LOGISTICS, PO BOX 27302, SAN ANGELO, TX 76902-7302 | |
| 10925 | VERIZON MESSAGING SERVICES, POBOX 1809, HARTFORD, CT 06144-1809 | |
| 10925 | VERIZON NETWORK INTEGRATION CORP, PO BOX 64283, BALTIMORE, MD 21264-4283 | |
| 10925 | VERIZON SOUTHWEST, PO BOX 920041, DALLAS, TX 75392-0041 | |
| 10925 | VERIZON SOUTHWEST, POBOX 920041, DALLAS, TX 75392-0041 | |
| 10925 | VERIZON WIRELESS - GREAT LAKES, PO BOX 790292, SAINT LOUIS, MO 63179-0292 | |
| 10925 | VERIZON WIRELESS - LA, PO BOX 79005, CITY OF INDUSTRY, CA 91716-9005 | |
| 10925 | VERIZON WIRELESS BELLEVUE, POBOX 790293, SAINT LOUIS, MO 63179-0293 | |
| 10925 | VERIZON WIRELESS MESSAGING SERVICES, PO BOX 52249, PHOENIX, AZ 85072 | |
| 10925 | VERIZON WIRELESS MESSAGING SERVICES, PO BOX 52249, PHOENIX, AZ 85072-2249 | |
| 10925 | VERIZON WIRELESS MESSAGING SERVICES, POBOX 1809, HARTFORD, CT 06144-1809 | |
| 10925 | VERIZON WIRELESS MESSAGING SERVICES, POBOX 52249, PHOENIX, AZ 85072-2249 | |
| 10925 | VERIZON WIRELESS, 1 E. PRATT ST., 7TH N., BALTIMORE, MD 21202 | |
| 10925 | VERIZON WIRELESS, BELLEVUE, POBOX 790293, SAINT LOUIS, MO 63179-0293 | |
| 10925 | VERIZON WIRELESS, PO BOX 17464, BALTIMORE, MD 21297-1464 | |
| 10925 | VERIZON WIRELESS, PO BOX 489, NEWARK, NJ 07101-0489 | |
| 10925 | VERIZON WIRELESS, PO BOX 580334, CHARLOTTE, NC 28258-0334 | |
| 10925 | VERIZON WIRELESS, PO BOX 630021, DALLAS, TX 75263-0021 | |
| 10925 | VERIZON WIRELESS, PO BOX 630023, DALLAS, TX 75263-0023 | |
| 10925 | VERIZON WIRELESS, PO BOX 630026, DALLAS, TX 75263-0026 | |
| 10925 | VERIZON WIRELESS, PO BOX 630062, DALLAS, TX 75263-0062 | |
| 10925 | VERIZON WIRELESS, PO BOX 64268, BALTIMORE, MD 21264-4268 | |
| 10925 | VERIZON WIRELESS, PO BOX 828419, PHILADELPHIA, PA 19182-8419 | |
| 10925 | VERIZON WIRELESS, POBOX 630021, DALLAS, TX 75263-0021 | |
| 10925 | VERIZON WIRELESS, POBOX 64927, BALTIMORE, MD 21264-4927 | |
| 10925 | VERIZON WIRELESS, POBOX 7304, SAN FRANCISCO, CA 94120-7304 | |
| 10925 | VERIZON WIRELESS-LA, PO BOX 79005, CITY OF INDUSTRY, CA 91716-9005 | |
| 10924 | VERIZON, 1631 ARCH STREET 9TH FLOOR, PHILADELPHIA, PA 19101 | |
| 10924 | VERIZON, 1717 ARCH, HATFIELD, PA 19440 | |
| 10925 | VERIZON, BOX 8585, PHILADELPHIA, PA 19173-0001 | |
| 10925 | VERIZON, P.O. BOX 4833, TRENTON, NJ 08650-4833 | |
| 10925 | VERIZON, PO BOX 1100, ALBANY, NY 12250-0001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VERIZON, PO BOX 15124, ALBANY, NY 12212-5124 | |
| 10925 | VERIZON, PO BOX 15150, WORCESTER, MA 01615-0150 | |
| 10924 | VERIZON, PO BOX 169001, IRVING, TX 75016-9001 | |
| 10925 | VERIZON, PO BOX 17577, BALTIMORE, MD 21297-0513 | |
| 10925 | VERIZON, PO BOX 1939, PORTLAND, ME 04104-5010 | |
| 10924 | VERIZON, PO BOX 27302, SAN ANGELO, TX 76902-7302 | |
| 10925 | VERIZON, PO BOX 28007, LEHIGH VALLEY, PA 18002-8007 | |
| 10925 | VERIZON, PO BOX 3025, BALTIMORE, MD 21297-0513 | |
| 10925 | VERIZON, PO BOX 408, COCKEYSVILLE, MD 21030-0408 | |
| 10925 | VERIZON, PO BOX 4833, TRENTON, NJ 08650-4833 | |
| 10925 | VERIZON, PO BOX 646, BALTIMORE, MD 21265-0646 | |
| 10925 | VERIZON, PO BOX 646, WILMINGTON, DE 19896-0001 | |
| 10925 | VERL A TERRY, PO BOX 98096, PORTLAND, OR 97201 | |
| 10924 | VERLITE CORP, PO BOX16457, TAMPA, FL 33687-6457 | |
| 10924 | VERLITE, 3501 EAST  3RD AVE, TAMPA, FL 33605 | |
| 10924 | VERLITE, 3501 EAST 3RD AVE, TAMPA, FL 33605 | |
| 10924 | VERLITE, 6211 NORTH 56TH ST., TAMPA, FL 33610 | |
| 10925 | VERLON ROBISON, 113 BURL ST, ROUTE 3, LAKE DALLAS, TX 75065-2309 | |
| 10925 | VERLSTEFFEN, KURT, 8719 S.W. 1ST PLACE, CORAL SPRINGS, FL 33071 | |
| 10925 | VERMA, SHYAM, 5 OAK ST, WELLESLEY, MA 02482 | |
| 10925 | VERMA, SHYAM, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | VERMETTE, GARY L, 1405 BRIARWOOD COURT, ROCKY HILL, CT 06067 | |
| 10925 | VERMICULITE - NW INC (WR GRACE), 1318 MAPLE ST, SPOKANE, WA 99204 | |
| 10925 | VERMICULITE ASSOCIATION, THE, 11 S. LASALLE ST #1400, CHICAGO, IL 60603 | |
| 10925 | VERMICULITE ASSOCIATION, THE, METHERINGHAM FEN, LINCOLN, LN4 3ALUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | VERMICULITE ASSOCIATION, THE, WHITEGATE ACRE, METHERINGHAM FEN, LN4 3ALUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | VERMICULITE INDUSTRIAL CORP, GILLIGAN ST, BLDG 8, PORT NEWARK, NJ | |
| 10925 | VERMICULITE INDUSTRIAL CORP, PO BOX 11999, PITTSBURGH, PA 15228 | |
| 10925 | VERMICULITE NW INC (WR GRACE), 2303 N HARDING AVE, PORTLAND, OR 97227 | |
| 10925 | VERMICULITE OF HAWAII INC, 842A MAPUNAPUNA ST, HONOLULU, HI 96819-2037 | |
| 10925 | VERMICULITE PRODUCTS CO, 1911 KENILWORTH AVE NE, WASHINGTON, DC | |
| 10925 | VERMICULITE PRODUCTS CO, 631 EQUITABLE BLDG, BALTIMORE, MD | |
| 10925 | VERMICULITE PRODUCTS CO, SW GREER SPUR, HOUSTON, TX 77008 | |
| 10925 | VERMICULITE PRODUCTS INC, BOX 7327, 3025 MAX ROY, HOUSTON, TX 77008 | |
| 10925 | VERMICULITE PRODUCTS INC., PO BOX 7327, HOUSTON, TX 77248-7327 | |
| 10924 | VERMICULITE PRODUCTS, 3025 MAXROY ST., HOUSTON, TX 77008 | |
| 10924 | VERMICULITE PRODUCTS, 3025 MAXROY, HOUSTON, TX 77008 | |
| 10924 | VERMICULITE PRODUCTS, 4407 HOLLISTER, HOUSTON, TX 77040 | |
| 10925 | VERMICULITE PROUDCTS INC, 3025 MAXROY ST, HOUSTON, TX 77008 | |
| 10925 | VERMICULITE-NORWEST INC, PO BOX A, AUBURN, WA | |
| 10925 | VERMILLERA, ANTHONY W, PO BOX 19471, ALEXANDRIA, VA 22320 | |
| 10925 | VERMILLERA, ANTHONY, PO BOX 19471, ALEXANDRIA, VA 22320 | |
| 10925 | VERMILLION, DEBORAH, 124 CLEARBROOK DR., MARS, PA 16046 | |
| 10925 | VERMILLION, KENNETH, 3817 SOUTH CALIFORNIA AVE, CHICAGO, IL 60632 | |
| 10925 | VERMILLION, WALTER, 1502 W WALNUT ST, COLLINSVILLE, OK 74021 | |
| 10925 | VERMONT AGENCY OF NATURAL RESOURCES, 103 S MAIN ST, CENTER BLDG, WATERBURY, VT 05671 | |
| 10925 | VERMONT AGENCY OF NATURAL RESOURCES, 103 S MAIN ST, CTR BLDG, WATERBURY, VT 05671-0301 | |
| 10925 | VERMONT ATTY GENERAL, ATTN: WILLIAM H SORRELL, 109 STATE ST, MONTPELIER, VT 05609 | |
| 10924 | VERMONT MECHANICAL, 43 ARCH ST, KEENE, NH 03431 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   VERMONT OPTECHS, POBOX 69, CHARLOTTE, VT 05445

10925   VERMONT READY MIXED CONCRETE ASSOC, 84 OSTERBERG TERRACE, WILLIAMSTOWN, VT 05679

10924   VERMONT TELEPHONE, 2 ELM STREET, NORTH SPRINGFIELD, VT 05150

10925   VERNA E BROWN, C/O CYNTHIA ARRIGO, PO BOX 56, GRAYMONT, IL 61743-0056

10925   VERNA M HEMRY, 3246 E HIGH ST, SPRINGFIELD, OH 45505-1600

10925   VERNACE, J, 3040 N CAMBRIDGE AVE, MILWAUKEE, WI 53211

10925   VERNARELLI, KANDISA, 1021 W.OAK, CLOVIS, NM 88101

10925   VERNE HARMAN, 5633 HARRIET AVE S, MINNEAPOLIS, MN 55419-1831

10925   VERNITECH INC, 300 MARCUS BLVD, DEER PARK, NY 11729

10925   VERNITRON, 2801 72ND ST NORTH, SAINT PETERSBURG, FL 33710

10925   VERNITRON, PO BOX 44000, SAINT PETERSBURG, FL 33743

10925   VERNON CO., PO BOX 600, NEWTON, IA 50208-2065

10925   VERNON J DREHMER, 22058 SUNNINGDALE DR, MACOMB TOWNSHIP, MI 48044

10925   VERNON JOHNSON, 12641 63RD AVE NORTH, MAPLE GROVE, MN 55369

10925   VERNON JR, NORMAN P, 7297 DARIEN DR, HUDSON, OH 44236-1202

10925   VERNON JT TEN, JAN C & DENNIS W, 4728 DAVID WAY, SAN BERNARDINO, CA 92404-1422

10924   VERNON L. GOEDECKE, **TO BE DELETED**, EVANSVILLE, IN 47711

10925   VERNON MILLING COMPANY, PO BOX 3813, JACKSON, MS 39207-3813

10924   VERNON PLASTICS INC., PO BOX 8248, HAVERHILL, MA 01835-0748

10924   VERNON PLASTICS INC., SHELLEY ROAD, HAVERHILL, MA 01835

10924   VERNON SCHRADE MIDDLE SCHOOL, 6400 CHIESA RD., ROWLETT, TX 75088

10925   VERNON TRUCK WASH, 3308 BANDINI BLVD, VERNON, CA 90023

10925   VERNON, ANDREA, 497 HUGHES RD, NEW MILFORD, NJ 07646

10925   VERNON, BILLIE, 5830 EAST MCKELLIPS, 91, MESA, AZ 85215

10925   VERNON, ELBERT, 821 CROWDER RD, GARNER, NC 27529

10925   VERNON, EUGENE, 811 LINN ST, ATLANTIC, IA 50022

10925   VERNON, JAMES, 724 SUNNY SHORE LANE, ANDERSON, SC 29621

10925   VERNON, RONALD, 2212 FT WORTH DR, DENTON, TX 76205

10925   VERNON, SANDRA, 168 FARMBROOK DRIVE, LEVITTOWN, PA 19055

10925   VERNS COMPLETE HOME SERVICE, 12641 63RD AVE NORTH, MAPLE GROVE, MN 55369

10925   VERONICA A LYNCH, 2024 SHADOW CREEK DR, RALEIGH, NC 27604-5890

10925   VERONICA W LUCAS, 513 HAYWARD MILL RD, CONCORD, MA 01742-4610

10925   VEROW, LESTER, 7518 SAN BENITO, HOUSTON, TX 77083-4427

10925   VERRAN, DEBRA, 264 KEMPSEY DRIVE, NORTH BRUNSWICK, NJ 08902

10925   VERRANAULT, DIANE, 39 NEW SEARLES ROAD, NASHUA, NH 03062

10925   VERRETT, JASON, 120 GREENFOREST DR, ANDERSON, SC 29625

10925   VERRETT, JR, ARNOLD, 404 GRAND CAILLOU RD., HOUMA, LA 70363

10925   VERRETTE, PATRICK G, 6832 CALDER ST., LAKE CHARLES, LA 70605

10925   VERRETTE, PATRICK, 6832 CALDER ST., LAKE CHARLES, LA 70605

10925   VERRILL, JESSICA, 157 HAMILTON ST., SAUGUS, MA 01906

10925   VERROCHI, JOSEPH, 134 CHESTER ROAD, FREMONT, NH 03044

10924   VERSA  INSTITUTION, CROSS STREET BARKLEY, 233 BROADWAY, MANHATTAN, NY 10279

10924   VERSACE, 815 MADISON AVE, NEW YORK, NY 10001

10924   VERSAILES R/M, HWY 5, LAURIE, MO 65038

10924   VERSAILES R/M, RT 3 BOX 88, VERSAILLES, MO 65084

10924   VERSAILLES READY MIX CONC, 501 W NEWTON, VERSAILLES, MO 65084

10924   VERSAILLES READY MIX, 501 W. NEWTON, VERSAILLES, MO 65084

10925   VERSAR INC, PO BOX 631105, BALTIMORE, MD 21263-1105

10925   VERSAR, INC, PO BOX 631105, BALTIMORE, MD 21263-1105

10924   VERSATILE COATING, AT & T, LOS ANGELES, CA 90001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VERSATILE COATINGS, 12900 CULVER BLVD., CULVER CITY, CA 90230 | |
| 10924 | VERSATILE COATINGS, 15910 VENTURA BLVD., LOS ANGELES, CA 90050 | |
| 10924 | VERSATILE COATINGS, 342 S. IRWINDALE BL., BEVERLY HILLS, CA 90214 | |
| 10924 | VERSATILE COATINGS, 342 S. IRWINDALE, AZUSA, CA 91702 | |
| 10924 | VERSATILE COATINGS, 6300 WILSHIRE BLVD., LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE COATINGS, SANTA ANA, CA 92707 | |
| 10925 | VERSATILE OFFICE AND STORAGE, INC, 822 SARATOGA RD., GANSEVOORT, NY 12831 | |
| 10925 | VERSATILE PRINTING SERVICE INC, 155-A NEW BOSTON ST, WOBURN, MA 01801 | |
| 10924 | VERSATILE/#1 WILSHIRE, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90086 | |
| 10924 | VERSATILE/1100 GLENDEN, WESTSIDE BUILDING MATERIALS, WESTWOOD, CA 90024 | |
| 10924 | VERSATILE/1880 CENTURY PARK EAST, WESTWOOD BUILDING MATERIALS, CENTURY CITY, CA 90067 | |
| 10924 | VERSATILE/1880 CENTURY PARK, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/224 W. 24TH, WESTSIDE BUILDING MATERIALS, UPLAND, CA 91784 | |
| 10924 | VERSATILE/AMERICAN AIRLINE, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/ANTALOPE VALLEY COLLEGE, PALMDALE, CA 93550 | |
| 10924 | VERSATILE/ARMAGOSA SCHOOL, J ST. AND 27TH, LANCASTER, CA 93534 | |
| 10924 | VERSATILE/AVENUE OF THE PENINSULA, WESTWOOD BUILDING MATERIALS, PALOS VERDES PENINSULA, CA 90274 | |
| 10924 | VERSATILE/BRET HART MIDDLE SCHOOL, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/CERRITOS MALL, WESTSIDE, CERRITOS, CA 90703 | |
| 10924 | VERSATILE/CITY HALL EAST, 15TH FLOOR, C/O WESTWOOD BUILDING MATERIALS, LOS ANGELES, CA 90050 | |
| 10924 | VERSATILE/COCA COLA, DOWNEY, CA 90239 | |
| 10924 | VERSATILE/COCA COLA, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/DEEP VALLEY MALL, WESTWOOD BUILDING MATERIALS, ROLLING HILLS ESTATES, CA 90274 | |
| 10924 | VERSATILE/DPS&S, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/EDISON, ROSEMEAD, CA 91770 | |
| 10924 | VERSATILE/GTE, THOUSAND OAKS, CA 91358 | |
| 10924 | VERSATILE/HAMPTON INN, WESTSIDE BUILDING MATERIALS, CERRITOS, CA 90703 | |
| 10924 | VERSATILE/HARBOR WESTERN SCHOOL, 3700 COLDWATER CANYON, NORTH HOLLYWOOD, CA 91601 | |
| 10924 | VERSATILE/HARVARD WESTLAKE SCHOOL, C/O WESTWOOD BUILDING MATERIALS, WESTLAKE VILLAGE, CA 91361 | |
| 10924 | VERSATILE/IRVINE CENTER PLAZA, C/O WESTWOOD BLDG. MTLS., IRVINE, CA 92714 | |
| 10924 | VERSATILE/KAISER HOSPITAL, FONTANA, CA 92334 | |
| 10924 | VERSATILE/KAISER, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/L.A. TIMES, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/LOCKE HIGH SCHOOL, 325 E. 111TH ST., LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/MAPLE PLAZA, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/NORTHROP GRUMMAN, HAWTHORNE, CA 90250 | |
| 10924 | VERSATILE/OCCIDENTAL COLLEGE, 1600 CAMPUS RD., EAGLE ROCK, CA 90041 | |
| 10924 | VERSATILE/ONE WILSHIRE BLVD., C/O WESTWOOD BLDG. MTLS., LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/SAN GABRIEL SCHOOL, 8628 SAN GABRIEL, SOUTH GATE, CA 90280 | |
| 10924 | VERSATILE/SEGA GAME WORKS, C/O WESTWOOD BUILDING MATERIALS, ONTARIO, CA 91761 | |
| 10924 | VERSATILE/TECHNICOLOR, C/O WESTWOOD BLDG MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/UCLA RADIOLOGY, WESTWOOD, CA 90024 | |
| 10924 | VERSATILE/UCLA SCIENCE BLDG., LOS ANGELES, CA 90001 | |
| 10924 | VERSATILE/UCLA SCIENCE TECH BLDG., C/O WESTSIDE, GAILEY & WAYBURN, WESTWOOD, CA 90024 | |
| 10924 | VERSATILE/UCLA, WESTWOOD BUILDING MATERIALS, LOS ANGELES, CA 90050 | |
| 10924 | VERSITECH, 1587 BEAVER AVE, MONACA, PA 15061 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VERSITECH, CAMBRIDGE, MA 02140 | |
| 10924 | VERSITILE COATINGS, MONTCLAIR PLAZA, MONTCLAIR, CA 91763 | |
| 10924 | VERSITILE COATINGS, YARD, LOS ANGELES, CA 90050 | |
| 10924 | VERSITILE/L.A. CITY HALL, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | VERSITLE/C.S.L.B. STUDENT HEALTH, LONG BEACH, CA 90801 | |
| 10924 | VERSTILE COATINGS, MARINA TOWERS, TORRANCE, CA 90501 | |
| 10924 | VERSTILE/MARRIOTT RESIDENT INN, WESTSIDE BLDG. MTL., LOS ANGELES, CA 90001 | |
| 10925 | VERSUCHSSTOLLEN HAGERBACH AG, RHEINSTRASSE 4, SARGANS, 07320SWITZERLAND | *VIA Deutsche Post* |
| 10924 | VERTECS CORP, 14700 N.E.95TH ST, REDMOND, WA 98052 | |
| 10924 | VERTECS CORP., SIPLAST, 14700 NE 95TH ST., REDMOND, WA 98052 | |
| 10924 | VERTECS CORP., SUITE 201, 14700 N.E. 95TH, REDMOND, WA 98052 | |
| 10924 | VERTECS CORPORATION, 14700 N.E.95TH ST., SUITE 201, REDMOND, WA 98052 | |
| 10924 | VERTECS CORPORATION, ATTN: RUSS WILSON, REDMOND, WA 98052 | |
| 10924 | VERTECS CORPORATION, FEDERAL DETENTION CENTER, SEATAC, WA 90832 | |
| 10924 | VERTECS/AMAZON COM., 2ND & SPRING, SEATTLE, WA 98101 | |
| 10924 | VERTECS/CALVARY TEMPLE, BELLINGHAM, WA 98225 | |
| 10924 | VERTECS/CHIEF SEALTH HIGH SCHOOL, 2600 SW THISTLE, SEATTLE, WA 98109 | |
| 10924 | VERTECS/COLUMBIA TOWER, 1301 "A" ST., TACOMA, WA 98402 | |
| 10924 | VERTECS/DENNY JUVENILE, 2801 10TH ST., EVERETT, WA 98201 | |
| 10924 | VERTECS/EXPEDITOR, VERTECS CORP., 1015 3RD AVE., SEATTLE, WA 98101 | |
| 10924 | VERTECS/EXTENDED STAY AMERICA, C/O VERTECS, BELLEVUE, WA 98009 | |
| 10924 | VERTECS/FEDERAL RESERVE, VERTECS CORP., 1015 SECOND ST., SEATTLE, WA 98101 | |
| 10924 | VERTECS/HARRISON HOSPITAL, 1800 N.W. MYHRE RD., SILVERDALE, WA 98383 | |
| 10924 | VERTECS/HEC ED PAVILLION, 3870 MOUNTLAKE BLVD., SEATTLE, WA 98195 | |
| 10924 | VERTECS/HIGHLINE HOSPITAL, 16251 SYLVESTOR RD, BURIEN, WA 98166 | |
| 10924 | VERTECS/IMAX THEATER, 200 2ND AVE. NORTH, SEATTLE, WA 98108 | |
| 10924 | VERTECS/IMAX THEATER, SEATTLE, WA 98101 | |
| 10924 | VERTECS/INTERNATIONAL GATEWAY, 12301 PACIFIC HIGHWAY, TUKWILA, WA 98188 | |
| 10924 | VERTECS/JULIES LANDING, 2144 WESTLAKE AVE. N., SEATTLE, WA 98109 | |
| 10924 | VERTECS/KIMTON HOTEL, C/O FARWEST YARD, KENT, WA 98031 | |
| 10924 | VERTECS/MAPLE STREET OFFICE BLDG., MAPLE ST. & 12TH AVE. N.W., ISSAQUAH, WA 98027 | |
| 10924 | VERTECS/MICROSOFT TROON OFFICE, 15571 N.E. 31ST, REDMOND, WA 98052 | |
| 10924 | VERTECS/MLK NEWLOOK, SEATTLE, WA 98101 | |
| 10924 | VERTECS/NIKE BUILDING "A", ONE BOWERMAN DR., BEAVERTON, OR 97005 | |
| 10924 | VERTECS/NORDSTROM RIVER PARK STORE, WEST 828 MAIN ST., SPOKANE, WA 99210 | |
| 10924 | VERTECS/NORDSTROM TOWERS, 1700 7TH AVE., SEATTLE, WA 98101 | |
| 10924 | VERTECS/NORDSTROM'S, 14700 NE 95TH,  SUITE 201, REDMOND, WA 98052 | |
| 10924 | VERTECS/NORTHSTREAM CENTRAL PLAZA, 726 4TH AVE., KIRKLAND, WA 98033 | |
| 10924 | VERTECS/NW BASEBALL STADIUM, SEATTLE, WA 98101 | |
| 10924 | VERTECS/OCEANOGRAPHY, 3700 BROOKLAND AVE. N.E., SEATTLE, WA 98101 | |
| 10924 | VERTECS/ODYSSEY MAINTIME MUSEUM, 2201 ALASKAN WAY, SEATTLE, WA 98101 | |
| 10924 | VERTECS/OPUS BLDG #2, VERTECS CORP., 605 5TH AVE. SO., SEATTLE, WA 98104 | |
| 10924 | VERTECS/OPUS BLDG #3, 605 5TH AVE. SO., SEATTLE, WA 98101 | |
| 10924 | VERTECS/OPUS BLDG #4, 505 5TH AVE. SOUTH, SEATTLE, WA 98101 | |
| 10924 | VERTECS/OVERLAKE CHURCH, C/O VERTECS CORPORATION, REDMOND, WA 98052 | |
| 10924 | VERTECS/OVERLAKE HOSPITAL, 1035  116TH AVE. NE, BELLEVUE, WA 98004 | |
| 10924 | VERTECS/PACIFIC N.W. BASEBALL PARK, 1589 OCCIDENTAL AVE. SOUTH, SEATTLE, WA 98134 | |
| 10924 | VERTECS/ROSEN BUILDING, 960 REPUBLICAN ST., SEATTLE, WA 98108 | |
| 10924 | VERTECS/SALEM HOSPITAL, 665 WINTER ST., SALEM, OR 97301 | |
| 10924 | VERTECS/SEABOARD, 400 PIKE ST., SEATTLE, WA 98101 | |
| 10924 | VERTECS/SEATTLE SEAHAWKS STADIUM, SEATTLE, WA 98101 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VERTECS/SPI BUILDING, 1633 WESTLAKE, SEATTLE, WA 98101 | |
| 10924 | VERTECS/SQUALICUM HIGH SCHOOL, 3773 E. MCLEOD ROAD, BELLINGHAM, WA 98226 | |
| 10924 | VERTECS/ST. PETERS HOSPITAL, 413 LILY RD., OLYMPIA, WA 98501 | |
| 10924 | VERTECS/STEVENS HOSPITAL, SIPLAST, 21601 - 76TH AVE WEST-BLDG. E, EDMONDS, WA 98026 | |
| 10924 | VERTECS/SWEDISH MEDICAL CENTER, 747 BROADWAY, SEATTLE, WA 98101 | |
| 10924 | VERTECS/TOUCHSTONE OFFICE BLDG., 12131 113TH AVE. N.E., KIRKLAND, WA 98033 | |
| 10924 | VERTECS/TWO-TWENTY CORP., 6100 219TH ST. SW, MOUNTLAKE TERRACE, WA 98043 | |
| 10924 | VERTECS/VIRGINIA MASON, 33501 1ST WAY SOUTH, FEDERAL WAY, WA 98003 | |
| 10924 | VERTECS/WCCW 255 BED, C/O FARWEST YARD, KENT, WA 98031 | |
| 10924 | VERTECS/ZYMOGENETICS, 1201 EASTLAKE AVE., SEATTLE, WA 98101 | |
| 10924 | VERTEX COMMUNCATIONS, 2600 LONGVIEW ST, KILGORE, TX 75662 | |
| 10924 | VERTEX COMMUNICATION, 2600 LONGVIEW STREET, KILGORE, TX 75663 | |
| 10924 | VERTEX COMMUNICATIONS, 2600 LONGVIEW STREET, KILGORE, TX 75662 | |
| 10925 | VERTEX COMPUTER CABLE & PRODUCTS, 61 EXECUTIVE BLVD, FARMINGDALE, NY 11735 | |
| 10925 | VERTEX SYSTEMS INC., 1041 CASSATT ROAD, BERWYN, PA 19312 | |
| 10925 | VERTEX SYSTEMS, INC, 1041 CASSATT RD., BERWYN, PA 19312 | |
| 10925 | VERTEX SYSTEMS, INC, PO BOX 15420, WILMINGTON, DE 19850-5420 | |
| 10925 | VERTEX, PO BOX 15420, WILMINGTON, DE 19850-5420 | |
| 10924 | VERTICS/BOEING BLDG 9-50, C/O FARWEST YARD, KENT, WA 98031 | |
| 10925 | VERTISON, DOROTHY, 5456 LOCH LOMOND DR, MEMPHIS, TN 38116 | |
| 10925 | VERTLIEB ANDERSON, 835 GRANVILLE ST SECOND FLR, VANCOUVER, BC V6Z 1K7CANADA | *VIA Deutsche Post* |
| 10925 | VERTREES, PATRICIA, 6964 LUTHER TAYLOR, PHILPOT, KY 42366 | |
| 10925 | VERTROD CORPORATION, 2037 UTICA AVE, BROOKLYN, NY 11234-3299 | |
| 10925 | VERTUCCI, CHRISTINE, 3825 CHELSE COURT, JOLIET, IL 60435 | |
| 10925 | VERTUDEZ, ADORA, 1945 FALKNER PLACE, OXNARD, CA 93033 | |
| 10925 | VERTULLO, JAMES, 812 SOUTH BRAMPTON AVE, RIALTO, CA 92376 | |
| 10925 | VERTULLO, JOSEPH, 4930 BUTTERWICK LANE, CHARLOTTE, NC 28212 | |
| 10925 | VERTULLO, SUSAN, 1291 MEADOW DRIVE, ALIQUIPPA, PA 15001 | |
| 10925 | VERUSIO E COSMELLI, FORO TRAIANO 1-A, ROMA, 187ITALY | *VIA Deutsche Post* |
| 10925 | VERVER, L, 8526 RIDGELEA ST, DALLAS, TX 75029 | |
| 10925 | VERVILLE, RACHEL, 8 DUNVEGAN DR, MERRIMACK, MA 01860 | |
| 10925 | VERZWYVELT, MARY, 4706 TULLOS DRIVE, PINEVILLE, LA 71360 | |
| 10925 | VESCIO, PAUL, 7 GLENVUE DRIVE, PITTSBURGH, PA 15237 | |
| 10924 | VESCO VALLEY ELECTRIC SUP, 91 WEST MAIN ST, ANSONIA, CT 06401 | |
| 10925 | VESELY, MIROSLAV, 266 APPLETON ST, 5, LOWELL, MA 01852 | |
| 10925 | VESPA, JOSEPH, 1322 S SPRING, SPRINGFIELD, IL 62704 | |
| 10925 | VESS, WILLIAM, 11 STADIUM DRIVE, GREENVILLE, SC 26909 | |
| 10925 | VESSEL, RUTH, 125 HAMILTON ST, SOMERVILLE, NJ 08876 | |
| 10925 | VEST, BARBARA, 3393 KIRRY ROAD APT. 134 FRANKLIN PARK RETIREMENT, MEMPHIS, TN 38115 | |
| 10925 | VEST, MARK, 1309 PARK AVE. NW, CLEVELAND, TN 37311 | |
| 10925 | VEST, NESHA, 6082 CAMPAIGN TRAIL, MECHANICSVILLE, VA 23111 | |
| 10925 | VESTAL, FAYE, PO BOX 1944, THOMASVILLE, NC 27360 | |
| 10925 | VESTAL, FREDERICK, 11 EUTAW AVE, LYNN, MA 01902 | |
| 10924 | VESTAVIA HILLS HIGH SCHOOL, LIME ROCK ROAD, BIRMINGHAM, AL 35201 | |
| 10925 | VESTIL MANUFACTURING CORP, POBOX 507, ANGOLA, IN 46703-0507 | |
| 10924 | VESUVIAS-LAVA OF PA., 60 N.GREEN ST, ZELIENOPLE, PA 16063 | |
| 10925 | VESUVIUS - BUFFALO, 661 WILLET RD., BUFFALO, NY 14218 | |
| 10924 | VESUVIUS HI-TECH CERAMICS INC, HARTSVILLE HILL ROAD, ALFRED, NY 14802 | |
| 10924 | VESUVIUS HI-TECH CERAMICS INC, PO BOX 788, ALFRED, NY 14802 | |
| 10924 | VESUVIUS USA, 1404 NEWTON DRIVE, CHAMPAIGN, IL 61821 | |
| 10924 | VESUVIUS USA, OFF STATE 140, 90 SOUTH STREET, SOUTH WEBSTER, OH 45682 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  VESUVIUS USA, P O BOX 639, FISHER, IL 61843

10924  VESUVIUS USA, P.O. BOX 267, SOUTH WEBSTER, OH 45682

10925  VESUVIUS USA, PO BOX 98104, CHICAGO, IL 60693

10924  VESUVIUS USA, ROUTE 136 EAST, FISHER, IL 61843

10924  VESUVIUS, PO BOX290, CHARLESTON, IL 61920

10924  VESUVIUS, PO BOX639, CHAMPAIGN, IL 61821

10924  VET-A-MIX, INC., 907 FIFTH AVENUE, SHENANDOAH, IA 51601

10924  VET-A-MIX, INC., PO BOX 130, SHENANDOAH, IA 51601

10925  VETANOVETZ, RICHARD, 435 BEECHWOOD ST, EMMAUS, PA 18049

10924  VETERAN PARK SCHOOLS, 655 HEADLAND DRIVE, WILMINGTON, NC 28412

10925  VETERAN PUBLICATIONS INC, 18107 SHERMAN WAY, RESEDA, CA 91335

10925  VETERANS ACE HARDWARD, 2215 VETERANS HWY, KENNER, LA 70062

10924  VETERANS AFFAIRS BUILDING, 18TH & CLARK ST., SAINT LOUIS, MO 63103

10925  VETERANS ENTERPRISE, 22106 CLARENDON ST #162, WOODLAND HILLS, CA 91367

10925  VETERANS HEART RELIEF, 10120 TWO NOTCH RD., STE. 25, COLUMBIA, SC 29223-4395

10924  VETERANS MEM MED CTR @ @, 435 LEWIS AVENUE, MERIDEN, CT 06451

10924  VETERANS MEMORIAL COMMUNITY CTR., 8055 BARBARA AVE., INVER GROVE HEIGHTS, MN 55077

10925  VETERANS MESSENGER SERVICE, 1220 NATIONAL AVE, ADDISON, IL 60101

10925  VETERANS MESSENGER SERVICE, POBOX 1174, BEDFORD PARK, IL 60499-1174

10925  VETERANS OBSERVER, THE, 7314 DEERING AVE, CANOGA PARK, CA 91303

10925  VETERANS OF FOREIGN WARS, PO BOX 5145, SAINT LOUIS, MO 63139-0145

10925  VETERANS OF FOREIGN WARS, PO BOX 5862, COLUMBIA, SC 29250-5862

10925  VETERANS OF FOREIGN WARS, POBOX 9256, NORTH LITTLE ROCK, AR 72119-9256

10925  VETERANS OUTLOOK, THE, 23679 CALABASAS RD #336, CALABASAS, CA 91302

10924  VETERANS PARK, 655 HEADLAND DRIVE, WILMINGTON, NC 28412

10925  VETERANS RADIATOR CO, INC, 533 MEMORIAL DRIVE, ATLANTA, GA 30312

10925  VETERANS VOICE, THE, 400 EAST 22ND ST., STE 400A, LOMBARD, IL 60148

10925  VETERE, CAROL A, CUST FOR DAMIEN C VETERE, UNIF GIFT MIN ACT NY, 238 BAYVIEW AVE, MASSAPEQUA, NY 11758-8005

10924  VETLAND MEDICAL, 1804 CARGO COURT SUITE 100, LOUISVILLE, KY 40299

10924  VETRAMET, C.A., VALENCIA-VENEZUELA, 9A TRANSVERSAL, VENZUALA                    *VIA Deutsche Post*

10925  VETROTEX CERTAINTEED CORP, LAUREN P ALTERMAN,

10925  VETTER, FRANCES, 129 QUARTZ LANE, 905, PATERSON, NJ 07510

10925  VETTER, OWEN, 28137 E. 2900 ST, PROPHETSTOWN, IL 61277

10925  VETTER, SUSAN, PO BOX 531, LAGRANGE, GA 30240

10925  VETTRAINO, ANTHONY, 121 BACON ST, NATICK, MA 01760-2129

10925  VETTRUS, NANCY, 107 WHITE POND ROAD, HUDSON, MA 01749

10925  VETZEL, RHONDA, 109 FREDERICKSBURG DR, SIMPSONVILLE, SC 29681

10925  VEULEMAN, DAN, PO BOX 530, OLLA, LA 71465

10925  VEULEMAN, DONALD, PO BOX 1002, OLLA, LA 71465

10925  VEULEMAN, VAN, PO BOX 546, OLLA, LA 71465

10925  VEYTEC, INC, 3855 ST. VALENTINE WAY, ORLANDO, FL 32811

10925  VFW DEPT OF SOUTH CAROLINA, PO BOX 5862, COLUMBIA, SC 29250-5862

10925  VFW POST 6863, 7256 W 63RD, SUMMIT, IL 60501

10925  VFW, 6050 W 51ST ST, CHICAGO, IL 60638

10924  VI MAX INDUSTRIES, 1417 N. BATTLEFIELD BOULEVARD, CHESAPEAKE, VA 23320

10925  VIA LAGO CATERING, 1845 MASSACHUSETTS AVE, LEXINGTON, MA 02173

10924  VIA LINDA HIGH SCHOOL, SMITH AND GREEN, SCOTTSDALE, AZ 85250

10924  VIA MEDIA PUBLISHING CO., 821 WEST 24TH ST, ERIE, PA 16502

10925  VIACOM INC., GENERAL ELECTRIC COMPANY, 640 FREEDOM BUSINESS CENTER, KING OF PRUSSIA, PA 19406

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   VIAD CORP (THE DIAL CORP), KENNETH M RIES DIR, 1850 N CENTRAL AVE, PHOENIX, AZ 85077

10925   VIADA, LUIS, 825 EAST GILCHRIST COURT, HERNANDO, FL 34442

10925   VIADERO, MICHAEL, 6611 RIVIERA DRIVE, CORAL GABLES, FL 33146

10925   VIAL, HAMILTON, KOCH & KNOX, LLP, 1717 MAIN ST, DALLAS, TX 75201

10925   VIALOG GROUP COMMUNICATIONS, PO BOX 9449, BOSTON, MA 02209-9449

10925   VIALOG GROUP COMMUNICATIONS, POBOX #9449, BOSTON, MA 02209-9449

10924   VIANINI PIPE, INC., 39 COUNTY LINE ROAD, WHITE HOUSE STATION, NJ 08889

10924   VIANINI PIPE, INC., PO BOX678, SOMERVILLE, NJ 08876

10924   VIANINI PIPE, PO BOX678, SOMERVILLE, NJ 08876

10924   VIANINI PIPE, REINFORCED CONCRETE PIPE DIV., WHITE HOUSE STATION, NJ 08889

10925   VIANT, CHERYL, 755 RED BRIDGE, LAKE ZURICH, IL 60047

10925   VIARA, LINDA, 675 READ ST, SEEKONK, MA 02771

10925   VIARENGO, LEAH, 2165 E UNIVERSITY, MESA, AZ 85213

10925   VIATECH PUBLISHING SOLUTIONS, 1440 FIFTH AVE, BAY SHORE, NY 11706

10925   VIATEL SERVICES INC, POBOX 9201, UNIONDALE, NY 11555-9201

10925   VIATOR, KARL, 200 NORTH LOUISA, JEANERETTE, LA 70544

10925   VIATOR, KEITH, 105 HOWARD RD. RT. 3 BOX 76, DUBACH, LA 71235

10925   VIATOR, PATRICK, PO BOX 9611, NEW IBERIA, LA 70562

10925   VIATRAN, 300 INDUSTRIAL DR., GRAND ISLAND, NY 14072

10925   VIBCO INC, PO BOX 8, WYOMING, RI 02898

10925   VIBOONSANG, THARASIT, 812/126 SOI PRACHASONGKHOT2, PRACHASONGKHOT RD DINDAENG,   *VIA Deutsche Post*
        BANGKOK, 10400THAILAND

10925   VIBRA SCREW INC, 755 UNION BLVD, TOTOWA, NJ 07511

10925   VIBRA SCREW, 2702 ERIE AVE., CINCINNATI, OH 45208

10925   VIBRA SCREW, INC, PO BOX 229, TOTOWA, NJ 07511

10924   VIBRANT INK INC, 12755 BIRCH LANE, BEAUMONT, TX 77713

10924   VIBRANT INK INC, 3657 E. KIEST BLVD., DALLAS, TX 75201

10925   VIBRATION INSTITUTE, 6262 SOUTH KINGERY HWY, WILLOWBROOK, IL 60514

10925   VIBRATION INSTITUTE, PO BOX 465, NEDERLAND, TX 77627

10925   VIC A ANAPOLLE, 5225 PHILLIP LEE DR, ATLANTA, GA 30336

10925   VIC B. LINDEN & SONS SIGN, 122 S. LINCOLN ST, SPOKANE, WA 99204

10924   VIC BOND SALES, 1240 EAST COLDWATER ROAD, FLINT, MI 48505

10925   VIC LEPOINTE, PO BOX 158, DUNSTABLE, MA 01827-0158

10925   VIC SYSTEM INTERNATIONAL, INC, PO BOX 9354, SHAWNEE MISSION, KS 66201-9354

10925   VIC SYSTEMS INTERNATIONAL, INC, 11868 WEST 91ST ST., OVERLAND PARK, KS 66214

10925   VIC SYSTEMS INTERNATIONAL, INC, PO BOX 9354, SHAWNEE MISSION, KS 66201-9354

10925   VICALE, ANDREW, 4598 NW 26TH PLACE, BOCA RATON, FL 33434

10925   VICAN, VIVIAN, 646 BALTIC ST, BROOKLYN, NY 11217

10925   VICARI, CLAUDIA, 30 CONCORD ST, ENGLEWOOD, NJ 07631

10925   VICARS, ERNEST, 8 CASA GRANDE, WICHITA FALLS, TX 76310

10925   VI-CAS MANUFACTURING CO. INC., 8407 MONROE AVE, CINCINNATI, OH 45236

10925   VICE, HERBERT, 1516 STONEWOOD ROAD, BALTIMORE, MD 21239

10925   VICEDOMINI, HOLLIN, 75408 HWY 25, COVINGTON, LA 70433

10925   VICENS-ROSARIO, ANTONIO, GENOVA #G-4 EXT. VILLA CAPARRA, GUAYNABO, PR 00966

10925   VICENTE CHECA CLARKSON &, ALEJANDRA CHECA CLARKSON &, CLAUDIA CHECA CLARKSON JT   *VIA Deutsche Post*
        TEN, AV SALAVERRY 3580, LIMA, PERU

10925   VICENTE, CARMELO, 43 ST M5 TURABO GDNS, CAGUAS PR, PR 00625

10925   VICENTE, RELMA, 2420 MAJESTIC DR, PLANO, TX 75074

10924   VICHEM CO., LTD., 2F, NO. 221 CHUNG YANG ROAD, TAIPEI, 0TWN   *VIA Deutsche Post*

10925   VI-CHEM INC, PO BOX 558844, MIAMI, FL 33255

10925   VI-CHEM, INC, 7210 N. W. 77 ST., MEDLEY, FL 33166

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | VICHEM, PO BOX 558844, 7210 NW 77 ST., MIAMI, FL 33255 | |
| 10925 | VICI METRONICS, 2991 CORVIN DR, SANTA CLARA, CA 95051 | |
| 10925 | VICK, CAROLE, 7413 KENYON DRIVE, MIDDLETON, WI 53562 | |
| 10925 | VICK, HELEN, 504 ELM ST, WELDON, NC 27890-1622 | |
| 10925 | VICK, JESSE J, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | VICK, JESSE, 128 DALES WAY DRIVE, PASADENA, MD 21122 | |
| 10925 | VICK, LINWOOD, 504 ELM ST, WELDON, NC 27890 | |
| 10925 | VICK, NANCY, 10340 AVENIDA DEL RIO, DELRAY BEACH, FL 33446 | |
| 10925 | VICK, SAMUEL, 6020 S VERDE TRAIL #107, BOCA RATON, FL 33433 | |
| 10925 | VICK, SANDRA, 1290 ST CLAIR SHORES, NAPLES, FL 33942 | |
| 10925 | VICK, WILLIAM, PO BOX 2412 3207 E. FAIRWAY DRIVE, COEUR DALENE, ID 83814 | |
| 10925 | VICKERS, ALEXANDER, 4359 PERSHING AVE, MACON, GA 31206 | |
| 10925 | VICKERS, BRYAN, HC80 BOX 54C, LEESVILLE, LA 71446 | |
| 10925 | VICKERS, CLAIRE, 1535 LOCKNEY ST, AMARILLO, TX 79106-2405 | |
| 10924 | VICKERS, INC., 24 EAST GLENOLDEN AVENUE, GLENOLDEN, PA 19036-2198 | |
| 10924 | VICKERS, INC., PO BOX 45885, GLENOLDEN, PA 19036 | |
| 10925 | VICKERS, PAMELA, 3500 WOODCHASE, HOUSTON, TX 77042 | |
| 10925 | VICKERS, ROBERT, PO BOX 1065, ARTESIA, NM 88210 | |
| 10925 | VICKERY, CHARLES, 424 BRUCE KESLER RD, CARNESVILLE, GA 30521 | |
| 10925 | VICKERY, DON, 5627 WEST COMET, GLENDALE, AZ 85302 | |
| 10925 | VICKERY, WILLIAM, 238 S HARRISN BRDG RD, SIMPSONVILLE, SC 29680 | |
| 10925 | VICKI B FINKELSTEIN, 21419 WILTONWOOD ROAD, STEVENSON, MD 21153-0681 | |
| 10925 | VICKI B FINKELSTEIN, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | VICKI BALE, 3545 JAMISON WAY #128, CASTRO VALLEY, CA 94546 | |
| 10925 | VICKI FINKELSTEIN, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | VICKI OSHEA, 30 PATEWOOD DR, STE 270, GREENVILLE, SC 29615 | |
| 10925 | VICKIE L ESTES, 2704 SUNRISE DR APT B, OWENSBORO, KY 42303-6217 | |
| 10925 | VICKREY, CLYDE, 1005 SANTA CLARA LOOP, MARION, TX 78124 | |
| 10925 | VICKROY JR, DEWEY, 680 ZAGA WAY, #C, ELKO, NV 89801 | |
| 10924 | VICKSBURG READY MIX CONCRETE, 1630 HWY 80, VICKSBURG, MS 39180 | |
| 10924 | VICOR CORPORATION, 25 FRONTAGE RD, ANDOVER, MA 01810 | |
| 10925 | VICTA, CARMEN, 2231 HEIL AVE, EL CENTRO, CA 92243 | |
| 10925 | VICTOR A SPIRITO, 165 BELMONT RD, CRANSTON, RI 02910-4841 | |
| 10925 | VICTOR ALFRED RANCOURT JR &, FRANCES I RANCOURT JT TEN, 40 BROOKLYN ST, NORTH ADAMS, MA 01247-2556 | |
| 10925 | VICTOR BENNETT, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | VICTOR C LI, 4-26-2-628 KAMI-SOSHIGAYA, SETAGAYA, 13 157JAPAN | *VIA Deutsche Post* |
| 10924 | VICTOR CENTRAL SCHOOL @ @, 933 HIGH STREET, VICTOR, NY 14564 | |
| 10925 | VICTOR COOPER, 1413 PROSPECT AVE, EAST MEADOW, NY 11554-4835 | |
| 10925 | VICTOR E JENNINGS, PO BOX 14, ROMULUS, NY 14541-0014 | |
| 10925 | VICTOR E PTASZNIK & AGNES E, PTASZNIK TR UA FEB 8 78 THE, VICTOR PTASZNIK & AGNES E, PTASZNIK TRUST, 19811 ARTHUR ST APT 233, HARPER WOODS, MI 48225-1849 | |
| 10925 | VICTOR EQUIPMENT CO, PATRICIA S WILLIAMS, | |
| 10925 | VICTOR H. VILLARREAL, 1393 MUSTANG DR., LEWISVILLE, TX 75067 | |
| 10925 | VICTOR J BAIN, 6404 PROVIDENCE POINT RD, WILMINGTON, NC 28411-9778 | |
| 10925 | VICTOR KAY TR UW, ELEANORE KAY TESTAMENTARY TRUST, 635 AVENIDA SEVILLA SUITE O, LAGUNA HILLS, CA 92653-4509 | |
| 10925 | VICTOR M CHAMBERS, 544 OLD CHATTANOOGA VALLEY RD, FLINTSTONE, GA 30725-2601 | |
| 10925 | VICTOR M DEEB, 81 FREMONT, MARLBORO, MA 01752 | |
| 10925 | VICTOR N MULLENAX & VIVIAN, A MULLENAX JT TEN, 3783 RICHLAWN DR, RICHFIELD, OH 44286-9728 | |
| 10925 | VICTOR P. HOLDREN & ASSOC, PO BOX 98448, RALEIGH, NC 27624-8448 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | VICTOR PARK WEST, PEMBROOK & VICTOR PARKWAY, LIVONIA, MI 48150 | |
| 10924 | VICTOR PARK, 20545 VICTOR PARKWAY, LIVONIA, MI 48152 | |
| 10925 | VICTOR R. CALLENDER, 50 MIDROCKS DR, NORWALK, CT 06851 | |
| 10925 | VICTOR SULLIVAN, 2804 MOTON CIRCLE, TUSKEGEE INSTITUTE, AL 36088 | |
| 10925 | VICTOR V SAWENKO, 7092 WIMBLETON COURT, EAST SYRACUSE, NY 13057-9478 | |
| 10924 | VICTOR VALLEY COLLEGE, VICTORVILLE, CA 92392 | |
| 10925 | VICTOR VALLEY COMMUNITY, 15248 ELEVENTH ST, VICTORVILLE, CA 92392 | |
| 10925 | VICTOR WEBER, 5064 NETHERSTONE CT, COLUMBIA, MD 21045-1920 | |
| 10925 | VICTOR ZEIER, 586 MANHATTAN AVE, THORNWOOD, NY 10594-1310 | |
| 10925 | VICTORIA ALBERTON &, KATHLEEN ALBERTON JT TEN, 201 EAST 17TH ST 21E, NEW YORK, NY 10003-3643 | |
| 10925 | VICTORIA BRUSH, 349 PENNS WAY, MOUNT FREEDOM, NJ 07970 | |
| 10925 | VICTORIA COUNTY CLERKS OFFICE, 115 N BRIDGE ROOM 103, VICTORIA, TX 77901 | |
| 10925 | VICTORIA D POLADIAN &, GEORGE POLADIAN JT TEN, 1026 SE 17TH AVE, CAPE CORAL, FL 33990-1835 | |
| 10925 | VICTORIA E BASSETT PANE, PO BOX 184, NORTH POMFRET, VT 05053-0184 | |
| 10925 | VICTORIA J BRUSH, 30335 LEDGEMONT, GEORGETOWN, TX 78628-1126 | |
| 10925 | VICTORIA L FORTUNE, 32500 MONROE CT, APT 107, SOLON, OH 44139-5761 | |
| 10925 | VICTORIA MANAGMENT CONSULTANTS, 10340 DEMOCRACY LANE, SUITE 204, FAIRFAX, VA 22030 | |
| 10924 | VICTORIA MEDICAL CENTER, C/O TRUE FIREPROOFING, VICTORIA, TX 77904 | |
| 10924 | VICTORIA MEDICAL CTR. OP-SURGERY AD, 101 MEDICAL DRIVE, VICTORIA, TX 77904 | |
| 10925 | VICTORIA N W LOO, 1203 PALAMA ST, HONOLULU, HI 96817-3450 | |
| 10925 | VICTORIA, RUSSELL A, 6500 W 102ND PLACE, CHICAGO RIDGE, IL 60415 | |
| 10925 | VICTORIA, RUSSELL, 6500 W 102ND PLACE, CHICAGO RIDGE, IL 60415 | |
| 10925 | VICTORIAN ORDER OF NURSES LACHINE C, 694 NOTRE-DAME ST., LACHINE, QC H9S 2B3CANADA | *VIA Deutsche Post* |
| 10925 | VICTORIAN ORDER OF NURSES, 694 NOTRE DAME ST, LACHINE, QC H9S 2B3CANADA | *VIA Deutsche Post* |
| 10925 | VICTORIAS SECRET CATALOGUE NY, INC, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036 | |
| 10925 | VICTORIO, ANTONIO, PO BOX 1601, FLUSHING, NY 11354-7601 | |
| 10924 | VICTORY ASSEMBLY OF GOD, 1401 GRIFFIN ROAD, LAKELAND, FL 33809 | |
| 10924 | VICTORY BRICK & BLOCK, 1215 BERLIN HASSENFIELD ROAD, VOORHEES, NJ 08043 | |
| 10924 | VICTORY BRICK & BLOCK, 1215 HADDONFIELD BERLIN R, ASHLAND, NJ 08043 | |
| 10924 | VICTORY CHRISTIAN CHURCH, SHIP TO SIERRA, FRESNO, CA 93727 | |
| 10924 | VICTORY PACKAGING, 5703 N W 35TH STREET, MIAMI, FL 33142 | |
| 10924 | VICTORY PACKAGING, 900 N W 10TH AVENUE, FORT LAUDERDALE, FL 33311 | |
| 10925 | VICTORY, GENE, 3101 CASTLE ROCK ROAD #119, OKLAHOMA CITY, OK 73120 | |
| 10925 | VICTORY, PAULINE, 3101 CASTLEROCK RD #19, OKLAHOMA CITY, OK 73120 | |
| 10925 | VICUNA, HENRY, 2865 RIALTO AVE SP 66, RIALTO, CA 92376-6754 | |
| 10925 | VICUNA, HENRY, 2865 RIALTO AVE. SP. 66, RIALTO, CA 92376 | |
| 10925 | VIDAL, LAWRENCE, 730 SOUTHEAST 5TH PL, HIALEAH, FL 33010 | |
| 10924 | VIDALIA NAVAL STORES CO, PO BOX1659, VIDALIA, GA 30475 | |
| 10924 | VIDALIA NAVAL STORES COMPANY, 135 COMMERCIAL DRIVE, RICHMOND HILL, GA 31324 | |
| 10924 | VIDALIA NAVAL STORES COMPANY, 135 ROBERSON MILL ROAD, MILLEDGEVILLE, GA 31061 | |
| 10924 | VIDALIA NAVAL STORES COMPANY, 1556 EAST KING AVENUE (HWY 40 EAST), KINGSLAND, GA 31548 | |
| 10924 | VIDALIA NAVAL STORES COMPANY, 1600 MCINTOSH STREET, VIDALIA, GA 30475 | |
| 10924 | VIDALIA NAVAL STORES COMPANY, 2000 VETERAN'S BOULEVARD, DUBLIN, GA 31021 | |
| 10924 | VIDALIA NAVAL STORES COMPANY, 530 SOPERTON HIGHWAY, VIDALIA, GA 31027 | |
| 10924 | VIDALIA NAVAL STORES COMPANY, 6400 LAKE OCONEE PARKWAY, GREENSBORO, GA 30642 | |
| 10924 | VIDALIA NAVAL STORES COMPANY, 764 WEST OGLETHORPE BOULEVARD, HINESVILLE, GA 31313 | |
| 10925 | VIDE, PAUL, RT 1 BOX 44C, PICKFAW, LA 70466 | |
| 10925 | VIDEO ARTS INC, 135 S LASALLE DEPT 1077, CHICAGO, IL 60674-1077 | |
| 10925 | VIDEO ASSOCIATES INC, 237 E ONTARIO ST, CHICAGO, IL 60611-3204 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | VIDEO COPY INTERNATIONAL, 14 ROWE ST, AUBURNDALE, MA 02466-1508 | |
| 10925 | VIDEO COPY, 14 ROWE ST, AUBURNDALE, MA 02466-1508 | |
| 10925 | VIDEO GROUP, THE, 11551 FOREST CENTRAL #324, DALLAS, TX 75243 | |
| 10925 | VIDEO MANAGMENT NVSA, 1020 BRUSSEL BRUXELLES, BELGIE BELGIQUE, 01020 | |
| 10925 | VIDEO MONITORING SERVICE, 330 WEST 42ND ST, NEW YORK, NY 10036 | |
| 10925 | VIDEO MONITORING SERVICES OF AM LP, 330 WEST 42ND ST, NEW YORK, NY 10036-6965 | |
| 10925 | VIDEO MONITORING SERVICES OF, 330 WEST 42ND ST, NEW YORK, NY 10036 | |
| 10925 | VIDEO PRODUCTIONS BY BOBBY DOYLE, 9465 BURLINGTON PLACE, BOCA RATON, FL 33434 | |
| 10925 | VIDEO QUICKLAB, 2121 W. OAKLAND PARK BLVD, FORT LAUDERDALE, FL 33311 | |
| 10925 | VIDEO SYSTEMS OF THE CAROLINAS, INC, 415-G MINUET LANE, CHARLOTTE, NC 28217 | |
| 10925 | VIDEO TRANSFER INC, 580 HARRISON AVE, BOSTON, MA 02118 | |
| 10925 | VIDEO VISION, 37 EAST WASHINGTON ST, HAGERSTOWN, MD 21740 | |
| 10925 | VIDEOCOM INC, 502 SPRAGUE ST, DEDHAM, MA 02026 | |
| 10925 | VIDEOJET SYSTEMS INTERNATIONAL INC, POBOX 93170, CHICAGO, IL 60673-3170 | |
| 10924 | VIDEOJET SYSTEMS INTERNATIONAL INC., 1500 MITTEL BLVD., WOOD DALE, IL 60191-1073 | |
| 10925 | VIDEOTEC CORPORATION, 9801 SPRING DR, HIGHLAND, IN 46322 | |
| 10925 | VIDIAN, ARMEN, 530 BEACON ST, BOSTON, MA 02215 | |
| 10925 | VIDIMOS, INC, PO BOX 418, EAST CHICAGO, IN 46312 | |
| 10925 | VIDLER JR, ROBERT S, 137 BLAKE HILL RD, EAST AURORA, NY 14052-2601 | |
| 10925 | VIDRINE, JOSEPH, 1504 PALVEST ST., SULPHUR, LA 70663 | |
| 10925 | VIDRINE, KEN, 201 JEFFERY, 203C, LAFAYETTE, LA 70503 | |
| 10925 | VIDRINE, LUCILLE, 417 WILTON DR, BATON ROUGE, LA 70815 | |
| 10925 | VIDRINE, MELISA, 8939 JEFFERSON HWY, BATON ROUGE, LA 70809 | |
| 10925 | VIDRINE, MELISSA, RT. 2, BOX 392, VILLE PLATTE, LA 70586 | |
| 10925 | VIDRINE, SYBIL, 3805 HOUMA BLVD, METAIRIE, LA 70006 | |
| 10924 | VIDRIOS  MARTE MEXICO, COL TLATILCO MEXICO, C P 02860, RFC VMA831219 B87, RFC, 02860MEXICO | *VIA Deutsche Post* |
| 10925 | VIEAU, ANNE, 5835 INVINCIBLE DR, JAMESVILLE, NY 13078 | |
| 10925 | VIEC LTD, INDUSTRIAL PARK, DIMONA ISRAEL, 86001ISRAEL | *VIA Deutsche Post* |
| 10925 | VIEHMANN, RUSSELL, 7804 KENNEDY ROAD, SEBASTOPOL, CA 95475 | |
| 10925 | VIEIRA, A, 9900 PLYMOUTH ST, OAKLAND, CA 94603 | |
| 10925 | VIEIRA, CAMELIA, 44 BARTLETT ST, SOMERVILLE, MA 02145 | |
| 10925 | VIEIRA, LILLIAN, 5 GARDEN HTS. AVE, WOBURN, MA 01801 | |
| 10925 | VIELGUT, ANTHONY, 3518 N. 97TH PLACE, MILWAUKEE, WI 53222 | |
| 10925 | VIENS, DENISE, 18 MURRAY ST, LYNN, MA 01905 | |
| 10925 | VIERA, ANA, 1333 EUCLID #101, NW WASHINGTON, DC 20009 | |
| 10925 | VIERA, LESLIE, 33717 CEA-JACK RD, COTTAGE GROVE, OR 97424 | |
| 10925 | VIERA, ROSSY, 1474 CHAPIN ST NW APT 5, WASHINGTON, DC 20009 | |
| 10925 | VIERECK, RICHARD, 146 3 CORNER ROAD, LIBBY, MT 59923 | |
| 10925 | VIERECK, ROGER, PO BOX 884, LIBBY, MT 59923 | |
| 10925 | VIERECK, ROGER, PO BOX 884, LIBBY, MT 59923-0884 | |
| 10925 | VIERKANT, MARCIA, 11 DAIRY LANE, FRANKLIN, NH 03235 | |
| 10925 | VIEROW, ANN, 9 BROOKVILLE HOLLOW ROAD, STOCKTON, NJ 08559 | |
| 10925 | VIERRA, VICTOR, 706A SYLVAN BLVD, HENDERSONVILLE, NC 28791 | |
| 10925 | VIERS, MARIE, 326 HILLSIDE RD, DECATUR, AL 35601 | |
| 10924 | VIESKO QUALITY CONCRETE, P.O.BOX 20610, KEIZER, OR 97307 | |
| 10924 | VIESKO, 741 MATHENY RD NE, GERVAIS, OR 97026 | |
| 10924 | VIESKO, P.O. BOX 20610, KEIZER, OR 97307 | |
| 10925 | VIETH, DAVID, BOX 205, RANDLETT, OK 73562 | |
| 10925 | VIETHER, KENNETH, BOX 74, MARNE, IA 51552 | |
| 10925 | VIETHER, RICHARD, 607 MARNE ROAD, MARNE, IA 51552 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   VIETMEIER, RONALD, 2536 VAN BUREN ST, HOLLYWOOD, FL 33020

10925   VIETMEIER, SUSAN, 397 EAST WINDHAVEN ROAD, 2, PITTSBURGH, PA 15205

10925   VIETRI, CHERYL, 17420 N. 55TH LANE, GLENDALE, AZ 85308

10925   VIEUX, EDWIN, 105-19 171 ST, JAMAICA, NY 11433

10925   VIEW TECH, INC, 6531 PARK OF COMMERCE BLVD., BOCA RATON, FL 33487

10925   VIGE, JAMES, 6712 MEADOWRIDGE LA, LAKE CHARLES, LA 70605

10925   VIGEANT, PAUL, 22 FIELDSTONE DRIVE, WESTFORD, MA 01886

10925   VIGEE, CATHERINE, 250 W PEACH ST, EUNICE, LA 70535

10925   VIGIL, ANDREA, 38045 CANYON HEIGHT DR, FREMONT, CA 94587

10925   VIGIL, GEORGE, 719 N. ARTHUR, AMARILLO, TX 79107

10925   VIGIL, KAREN E, AND ARTHUR J LINGSCH JT TEN, C/O KAREN E FLORES, 735 BRADFORD COURT, CHICO, CA 95926-8769

10925   VIGIL, LEONARD, 460 CARSON LAKE DR, CLIFTON, CO 81520

10925   VIGIL, LOREN, 2912 CALLE DR., SANTA FE, NM 87505

10925   VIGIL, MIGUEL, 2205 HILDAROSE DR, SILVER SPRING, MD 20902

10925   VIGIL, ROSA, 6406 KNOLLSBROOK DR, HYATTSVILLE, MD 20783

10925   VIGILANTI, MARYANN, 9 WINFIELD COURT, EASTON, PA 18045

10925   VIGLIETTA, MARY ANN, 7 WINDSOR BROOK LANE, TAPPAN, NY 10983

10925   VIGNA, GUS, 5765 WHITE AVE, BALTIMORE, MD 21206

10925   VIGNA, GUS, 5765 WHITE AVE., BALTIMORE, MD 21206

10925   VIGNEAULT, RICHARD, 115 WAMSUTTA AVE, WORCESTER, MA 01602

10925   VIGNOLA, PHILIP, 45 CHESTNUT ST APT. 3, NASHUA, NH 03060

10925   VIJAY PARAKH, 43759 CRANFORD, CANTON, MI 48187-3256

10925   VIJIL, KAREN, RT.1 PO BOX 406, CIBOLO, TX 78108

10925   VIJUMS, DANA, 10026 S. 44TH PLACE, PHOENIX, AZ 85044

10925   VIK, ARNOLD, 3305 INDIANA, LOT 44, JOPLIN, MO 64804

10924   VIKIMATIC  SALES, INC, 2085 THEATRE DRIVE, SUITE A, PASO ROBLES, CA 93446

10924   VIKIMATIC  SALES, INC, PO BOX 629, WADSWORTH, OH 44281

10924   VIKING BUILDING, C/O WESTSIDE BUILDING MATERIALS, 11502 SANTA MONICA BLVD., LOS ANGELES, CA 90001

10924   VIKING CONCRETE CO., 114 SOUTH ELM PLACE, BROKEN ARROW, OK 74012

10924   VIKING CONCRETE, 128 EAST, ROUTE 66, C/O ROUTE 66 INN, WILLIAMS, AZ 86046

10925   VIKING CONTROLS INC, 2 TOWNSEND WEST UNIT 2, NASHUA, NH 03063

10924   VIKING ELECT. SY TOOL & FASTEN, 2215 TRUAX BLVD, EAU CLAIRE, WI 54702

10924   VIKING ELECTRIC SUPPLY (AD), 1440 INDUSTRIAL DR. N.W., ROCHESTER, MN 55901

10924   VIKING ELECTRIC SUPPLY (AD), 1732 TERRACE DRIVE, ROSEVILLE, MN 55113

10924   VIKING ELECTRIC SUPPLY (AD), 451 INDUSTRIAL BLVD., MINNEAPOLIS, MN 55413

10924   VIKING ELECTRIC SUPPLY (AD), 500 BROADWAY, SAINT PAUL, MN 55101

10924   VIKING ELECTRIC SUPPLY INC., 500 BROADWAY, SAINT PAUL, MN 55101-2494

10924   VIKING ELECTRIC SUPPLY, PO BOX 963, WAUSAU, WI 54402-0963

10924   VIKING ELECTRIC SY TOOL & FAST, 4531 W 1ST ST, DULUTH, MN 55807

10924   VIKING ELECTRIC SY TOOL & FAST, HWY. 5 N, HIBBING, MN 55746

10925   VIKING EQUIPMENT CO., 4288 BONNY OAKS DR., CHATTANOOGA, TN 37406

10925   VIKING EQUIPMENT COMPANY, PO BOX 50456, KNOXVILLE, TN 37950-0456

10925   VIKING FREIGHT INC 411 EAST PLUMERI, POBOX 649002, SAN JOSE, CA 95164-9002

10925   VIKING FREIGHT INC., DEPT CH 10306, PALATINE, IL 60055-0306

10925   VIKING FREIGHT, PO BOX 649001, SAN JOSE, CA 95164-9001

10924   VIKING INDUSTRIES, INC., 18600 N.E. WILKES ROAD, PORTLAND, OR 97230

10924   VIKING INDUSTRIES, INC., PO BOX 20518, PORTLAND, OR 97294

10924   VIKING OF GEORGIA, INC., 621 OLD NORCROSS PL., LAWRENCEVILLE, GA 30045

10925   VIKING OFFICE PRODUCTS INC, POBOX 465644, CINCINNATI, OH 45246-5644

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | VIKING OFFICE PRODUCTS, 24 THOMPSON ROAD, EAST WINDSOR, CT 06088 | |
| 10925 | VIKING OFFICE PRODUCTS, PO BOX 30488, LOS ANGELES, CA 90030-0488 | |
| 10925 | VIKING OFFICE PRODUCTS, PO BOX 92928, LOS ANGELES, CA 90009 | |
| 10924 | VIKING READY MIX, PO BOX 9129, FRESNO, CA 93790 | |
| 10924 | VIKING SUPPLY NET, (COLUMBUS OH DIV), HASTINGS, MI 49058 | |
| 10924 | VIKING SUPPLY NET, 150 JAMES ALDREDGE BLVD., ATLANTA, GA 30336 | |
| 10924 | VIKING SUPPLY NET, 170 KITTY HAWK AVENUE, AUBURN, ME 04210 | |
| 10924 | VIKING SUPPLY NET, 1886 N. TOPPING AVENUE, KANSAS CITY, MO 64120 | |
| 10924 | VIKING SUPPLY NET, 2220 INTERNATIONAL STREET, COLUMBUS, OH 43228 | |
| 10924 | VIKING SUPPLY NET, 2300 WINDSOR COURT-UNIT A, ADDISON, IL 60101 | |
| 10924 | VIKING SUPPLY NET, 2353 INTERNATIONAL STREET, COLUMBUS, OH 43228 | |
| 10924 | VIKING SUPPLY NET, 300 MEADOW RUN DR. SUITE F, HASTINGS, MI 49058 | |
| 10924 | VIKING SUPPLY NET, 4300-E NORTH LAKE COURT, BLDG. #6, CHARLOTTE, NC 28216 | |
| 10924 | VIKING SUPPLY NET, 451 INDUSTRIAL BLVD., MINNEAPOLIS, MN 55413 | |
| 10924 | VIKING SUPPLY NET, 4849 TOP LINE DRIVE, DALLAS, TX 75247 | |
| 10924 | VIKING SUPPLY NET, 5 WASHINGTON AVENUE, FAIRFIELD, NJ 07004 | |
| 10924 | VIKING SUPPLY NET, 501 W. PARKER ROAD, HOUSTON, TX 77091 | |
| 10924 | VIKING SUPPLY NET, 625 E. WATKINS ST., PHOENIX, AZ 85004 | |
| 10924 | VIKING SUPPLY NET, 625 E. WATKINS ST., PHOENIX, AZ 85004-2935 | |
| 10924 | VIKING SUPPLY NET, 910 OCEAN AVENUE, LAKEWOOD, NJ 08701 | |
| 10924 | VIKING SUPPLY NETWORK, 2300 WINDSOR CT.-UNIT A, ADDISON, IL 60101 | |
| 10925 | VIKING TECHNOLOGIES INC, 13004 TILDEN AVE, CHAMPLIN, MN 55316-1122 | |
| 10925 | VIKING TECHNOLOGIES INC, 5821 BEACH BLVD SUITE 230, BUENA PARK, CA 90621 | |
| 10924 | VIKING TERMINAL, 221 SO. OREGON STREET, PASCO, WA 99301 | |
| 10924 | VIKING, 950 W. 190TH ST., TORRANCE, CA 90501 | |
| 10925 | VIKING, PO BOX 649001, SAN JOSE, CA 95164-9001 | |
| 10925 | VIKINGS YOUTH HOCKEY AD BOOK, 17800 SOUTH CRYSTAL LAKE DR, LOCKPORT, IL 60441 | |
| 10924 | VIKON CHEMICAL CO INC., 241 W RIVER ST, GRAHAM, NC 27253 | |
| 10924 | VIKON CHEMICAL CO INC., PO BOX1520, BURLINGTON, NC 27216 | |
| 10925 | VIKTRON LIKA UTAH, 594 NORTH BILLY MITCHELL RD, SALT LAKE CITY, UT 84116 | |
| 10925 | VIKTRON WEST CHICAGO, 475 INDUSTRIAL DR, WEST CHICAGO, IL 60185 | |
| 10925 | VILANDRE, PAUL, 37 BLUFF ST, SALEM, NH 03079 | |
| 10925 | VILARCHAO, LAZARO, 2491 W 71 PLACE, HIALEAH, FL 33016 | |
| 10925 | VILARDI, RUTH, 1230 NE 211 ST, NORTH MIAMI BEACH, FL 33180 | |
| 10925 | VILAS BOAS, FELISBERTO, 33 SILVER ST, TAUNTON, MA 02780 | |
| 10925 | VILASBOAS, FELISBERTO, 33 SILVER ST, TAUNTON, MA 02780 | |
| 10925 | VILCHES, B, 115 ALDRIN, DONNA, TX 78537 | |
| 10925 | VILCHES, BRIJIDO, 345 SOUTH 17TH, DONNA, TX 78537 | |
| 10925 | VILCHEST, JULIO, 4116 3RD RD # 2, ARLINGTON, VA 22203 | |
| 10925 | VILDOSOLA, MERCEDES, 2415 SW 126TH AVE, MIAMI, FL 33175 | |
| 10925 | VILENSKY, MARK, 101 SANDINI RD, MARLBOROUGH, MA 01752 | |
| 10925 | VILFROY, PAUL, 805 LINCOLN AVE, BURLINGTON, NJ 08016 | |
| 10925 | VILJOEN, DEBRA, 135 GATEWOOD DRIVE, AIKEN, SC 29801 | |
| 10925 | VILJOEN, DEBRA, PO BOX 1814, AIKEN, SC 29802 | |
| 10925 | VILLA ROSA, 5786 S. ARCHER, CHICAGO, IL 60638 | |
| 10925 | VILLA, ANASTACIA, 1501 GRAND AVE, FT WORTH, TX 76106 | |
| 10925 | VILLA, ANTHONY, 150 SHAHAN DRIVE, CLOVERDALE, CA 95425 | |
| 10925 | VILLA, AUDRA, HC 75 BOX 3400, ANDREWS, TX 79714 | |
| 10925 | VILLA, CARLA, 1246 ALEX HAMILTON, SAN ANTONIO, TX 78228 | |
| 10925 | VILLA, DAVID, 3771 S. 48TH ST., MILWAUKEE, WI 53220 | |
| 10925 | VILLA, JOSE, 4172 N. 45TH ST, SAN DIEGO, CA 92105 | |

19

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   VILLA, SHERRY, 1317 OAKHURST, WICHITA FALLS, TX 76302

10925   VILLABONA, EMILY, 91 OLD YORK RD, BRIDGEWATER, NJ 08807

10925   VILLACORTA, FILIPINAS, 413 POST OAK DRIVE, GRAND PRAIRIE, TX 75050

10925   VILLAFANE-COLLAZO, OSVALDO, PO BOX 110, HATO REY, PR 00919

10925   VILLAFANIA, BERNARDO, 24627 MARINE AVE, CARSON, CA 90745

10925   VILLAFRANCA, JULIAN, 1718 WESTFORD, HOUSTON, TX 77003

10924   VILLAGE BANK CENTER, 2299 ULYSSES ST N.E., BLAINE, MN 55434

10924   VILLAGE CEMENT, 206 E. WALNUT, VILLA GROVE, IL 61956

10925   VILLAGE CENTER PARTNERS, PO BOX 600, ELMER, NJ 08318

10924   VILLAGE CROSSING, NILES CENTER ROAD, SKOKIE, IL 60077

10925   VILLAGE LOCKSMITH INC, THE, 275 CENTRAL ST, WEST ACTON, MA 01720

10925   VILLAGE OF BEDFORD PARK, POBOX 128, BEDFORD PARK, IL 60501-0128

10925   VILLAGE OF BLACK EARTH, MS TRISCA PARRELL CLERK, 1210 MILLS ST PO BOX 347, BLACK EARTH, WI 53515

10925   VILLAGE OF FOREST VIEW, 700 W 46TH ST, FOREST VIEW, IL 60402

10925   VILLAGE OF FOREST VIEW, 7000 W. 46TH ST, FOREST VIEW, IL 60402

10925   VILLAGE OF HIRAM, OHIO INCOME TAX, POBOX 65, HIRAM, OH 44234

10925   VILLAGE OF KALKASKA, PO489, KALKASKA, MI 49646-0489

10925   VILLAGE SOFTWARE, 186 LINCOLN ST, BOSTON, MA 02111

10925   VILLAGES OF DEERFIELD, 14555 BLANCO, SAN ANTONIO, TX 78216

10925   VILLAGES OF DEERFIELD, THE, 14555 BLANCO ROAD, SAN ANTONIO, TX 78216

10925   VILLALOBOS, C, 306 WALNUT AVE, SAN DIEGO, CA 92114

10925   VILLALOBOS, EDUARDO, 513 POINSETTIA DRIVE, SIMPSONVILLE, SC 29681

10925   VILLALOBOS, FELIX, 11133 COOLHURST DR., WHITTIER, CA 90606

10925   VILLALOBOS, HENRY, 4700 ALAMO DRIVE, WICHITA FALLS, TX 76302

10925   VILLALOBOS, HILDA, 914 NEWARK AVE, MANVILLE, NJ 08835

10925   VILLALOBOS, JAMES, 3153 SPUR TRAIL, DALLAS, TX 75234

10925   VILLALOBOS, JOSE, 139 W 113TH ST, LOS ANGELES, CA 90061

10925   VILLALOBOS, LETICIA, 139 W. 113TH ST, LOS ANGELES, CA 90061

10925   VILLALOBOS, LIZZET, 2612 MAIN ST., SAN DIEGO, CA 92113

10925   VILLALOBOS, MIGUEL, 1 KWICKAWAY CT, SIMPSONVILLE, SC 29681

10925   VILLALOBOS, RAMON, 154 W.113TH ST, LOS ANGELES, CA 90061

10925   VILLALOBOS, SARA, 3064 PATRICK HENRY D #101, FALLS CHURCH, VA 22044

10925   VILLALON, ROSITA, 7505 DOVER LANE, LANHAM, MD 20706

10925   VILLALPANDO, CHRISTINA, 121 W. STANISLAUS, AVENAL, CA 93204

10925   VILLAMENA, RAMILITO, 4830 N ST LOUIS APT # 1, CHICAGO, IL 60625-5113

10925   VILLAMIL, ARTURO, CC-28 GARDENIA ST BORINQUEN GARDENS, RIO PIEDRAS, PR 00926

10925   VILLAMIL, REMEDIOS, 2770 LUNGOS CT., SAN DIEGO, CA 92154

10925   VILLAMIL, TEODORA, 1928 CANTAMAR PL, SAN DIEGO, CA 92154

10925   VILLANO, KENNETH, 262 WEST HIGH ST, BOUND BROOK, NJ 08805

10925   VILLANOVA UMIVERSITY CAREER SVCS, 800 LANCASTER AVE, VILLANOVA, PA 19085

10925   VILLANOVA, RENEE, 1113 NEW YORK AV, MANASQUAN, NJ 08736

10925   VILLANUEVA, ALVARO, RT. 1 BOX 395, DONNA, TX 78537

10925   VILLANUEVA, ANDRES, 11113 FIRMORE AVE, INGLEWOOD, CA 90304

10925   VILLANUEVA, BILL, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   VILLANUEVA, CARMELITA, 4775 OAKWOOD DR. APT 1009, ODESSA, TX 79761

10925   VILLANUEVA, CORAZON, 810 BLANCA PLACE, OXNARD, CA 93030

10925   VILLANUEVA, DANIEL, 3914 RODRIGUEZ, EDINBURG, TX 78539

10925   VILLANUEVA, ISABEL, 2167 NE LOOP 410 E21, SAN ANTONIO, TX 78217

10925   VILLANUEVA, LENORE, 2463 DESERT OAK DRIV, PALMDALE, CA 93550

10925   VILLANUEVA, MILA, 133 PARIS AVE, NORTHVALE, NJ 07647

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VILLANUEVA, MODESTA, 2463 DESERT OAK DRIV, PALMDALE, CA 93550 | |
| 10925 | VILLANUEVA, NOEL, CARR 4406 KM 1.7, LAS MARIAS, PR 00670 | |
| 10925 | VILLANUEVA, PACITA, 372 GRAND AVE, LEONIA, NJ 07670 | |
| 10925 | VILLANUEVA, RAUL, 120-B CONCORD DR, GREENVILLE, NC 27834 | |
| 10925 | VILLANUEVA, RONEIL, 9739 PINEHURST LANE, DALLAS, TX 75227 | |
| 10925 | VILLANUEVA, ROSIE ANN, 4117 RAMSEY, CORPUS CHRISTI, TX 78415 | |
| 10925 | VILLANUEVA, SUSANA, #K6 BAHIA VISTAMAR M, CAROLINA, PR 00630 | |
| 10925 | VILLANUEVA, WILLIAM, 18200 BLUE LAKE WAY, BOCA RATON, FL 33498-0000 | |
| 10925 | VILLANUEVA, WILLIAM, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | VILLAR, BLANCHE, 1724 COUNTRY CLUB DR, CHERRY HILL, NJ 08003 | |
| 10925 | VILLAR, LORRAINE, 157 PARKVIEW DR., SHIRLEY, NY 11967 | |
| 10925 | VILLAREAL, BERNADETTE, 2325 DEL MAR WAY, CORONA, CA 91720 | |
| 10925 | VILLAREAL, MICHAEL, 3827 LUPINE #G, CALABASAS, CA 91302 | |
| 10925 | VILLARIN, G, PO BOX 99, SABANA-GRANDE, PR 00747 | |
| 10925 | VILLA-ROJAS, MARGARITO, 6131 64TH ST APT 1, RIVERDALE, MD 20737 | |
| 10925 | VILLARREAL JR, EUSTO, 375 MEDIS LUNAAPT #1306, BROWNSVILLE, TX 78521 | |
| 10925 | VILLARREAL JR, RUBEN, 1113 SEABREEZE, ALICE, TX 78332 | |
| 10925 | VILLARREAL JR., ROBERT, 4853 HARPER DR., MESQUITE, TX 75150 | |
| 10925 | VILLARREAL MORENO & RUIZ, 711 NAVARRO, SUITE 360, SAN ANTONIO, TX 78205 | |
| 10925 | VILLARREAL, ALICIA, 825 S 19 1/2 ST, MCALLEN, TX 78501 | |
| 10925 | VILLARREAL, ARTHUR, 2123 POTOSI, SAN ANTONIO, TX 78207 | |
| 10925 | VILLARREAL, CARLOS, RR1 BOX 285, APT. #19, LAREDO, TX 78041-9801 | |
| 10925 | VILLARREAL, CRISTOBAL, 3204 MONTGOMERY, LAREDO, TX 78040 | |
| 10925 | VILLARREAL, DONNA, 175 HONEY JAY, SAN ANTONIO, TX 78228 | |
| 10925 | VILLARREAL, GEORGE H, 804 E SCHUNIOR, EDINBURG, TX 78538 | |
| 10925 | VILLARREAL, H, 8642 FREDERICKSBURG RD 705, SAN ANTONIO, TX 78229 | |
| 10925 | VILLARREAL, LEANDRO, 1319 SAN CASIMIRO, SAN ANTONIO, TX 78214 | |
| 10925 | VILLARREAL, LUCILA, 16465 HENDERSON PASS#312, SAN ANTONIO, TX 78232 | |
| 10925 | VILLARREAL, MIRNA, 4812 S. 28TH ST, MCALLEN, TX 78501 | |
| 10925 | VILLARREAL, OLEGARIO, RT 5 BOX 655, EDINBURG, TX 78539 | |
| 10925 | VILLARREAL, OLGA, 1100 MIRACLE LANE, MISSION, TX 78572 | |
| 10925 | VILLARREAL, PRICILLA, 609 STANTON, HERFORD, TX 79045 | |
| 10925 | VILLARREAL, R, 103 ARANSAS AVE, SAN ANTONIO, TX 78210-1828 | |
| 10925 | VILLARREAL, REYMUNDO, 3112 HELENA ST, MCALLEN, TX 78503 | |
| 10925 | VILLARREAL, RUDY, 1319 SAN CASIMIRO, SAN ANTONIO, TX 78214 | |
| 10925 | VILLARREAL, SUSIE, 4902 E. BEVERLY MAE, SAN ANTONIO, TX 78229 | |
| 10925 | VILLARREAL, VICTOR, 1393 MUSTANG DRIVE, LEWISVILLE, TX 75067 | |
| 10925 | VILLARRUEL, JUAN, 3119 RAMSEY, DALLAS, TX 75216 | |
| 10925 | VILLASENOR, CYNTHIA, 528 10TH ST, HUNTINGTON BEACH, CA 92648 | |
| 10925 | VILLASENOR, FRANCINA, 986 WORTHINGTON ST., SAN DIEGO, CA 92114 | |
| 10925 | VILLASTRIGO, JOHNNY, 608 VAN BUREN, WICHITA FALLS, TX 76301 | |
| 10925 | VILLATORO, GUADALUPE, 1723 MERRIMAC DR., HYATTSVILLE, MD 20783 | |
| 10925 | VILLATORO, GUADALUPE, 6517 PKWY COURT, HYATTSVILLE, MD 20782 | |
| 10925 | VILLATORO, VICTORIA, 1412 CHAPIN ST NW APT 32, WASHINGTON, DC 20009 | |
| 10925 | VILLATORO, VICTORINA, 1474 CHAPIN ST NW, 7, WASHINGTON, DC 20009 | |
| 10925 | VILLAVERDE, MANUEL, 5572 N SHERMAN AVE, FRESNO, CA 93710 | |
| 10925 | VILLAVICENCIO, EDUARDO, PICO DE VERAPAZ 473-303 JARDINES DE MONTANA, MEXICO, 14210MEXICO | *VIA Deutsche Post* |
| 10925 | VILLAZANA, MARIELA, 3624 MIDVALE AVE APT 6, LOS ANGELES, CA 90034 | |
| 10924 | VILLE PLATT CONCRETE, 620 SE RAILROAD AVE, VILLE PLATTE, LA 70586 | |
| 10924 | VILLE PLATTE CONCRETE, 620 SE RAILROAD AVE, VILLE PLATTE, LA 70586 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   VILLEDA, OSCAR, 1406 UNIVERSITY BLVD, HYATTSVILLE, MD 20783

10925   VILLEGAS, AGATHA, 1927 W. 5TH ST., IRVING, TX 75060

10925   VILLEGAS, HUGO, BARCLAYS BANK PLC 12E 49TH ST. 34TH FL, NEW YORK, NY 10017

10925   VILLEGAS, JAIME, 4104 KEMP, EL PASO, TX 79904

10925   VILLEGAS, JOSE, 1917 FIR, MCALLEN, TX 78501

10925   VILLEGAS, MARIA LUISA, 1927 W. 5TH, IRVING, TX 75060

10925   VILLEGAS, MARIA, 200 E GARDENA BLVD, # 37, GARDENA, CA 90248

10925   VILLEGAS, NIKKI, 2100 PITTSBURGH, AMARILLO, TX 79104

10925   VILLELA, FIDEL, 1902 ARIZONA, DALLAS, TX 75216

10925   VILLELA, JOSE, 326 WOODEN, DALLAS, TX 75216

10925   VILLELA, JOSE, 326 WOODIN ST, DALLAS, TX 75216

10925   VILLENA, LEONORA, 8715 OCTANS ST, SAN DIEGO, CA 92126

10925   VILLENA, LUIS, 1402 SUMMIT AVE APT 2L, UNION CITY, NJ 07087

10925   VILLENEUVE, JEROME, 3041 ANDORA DRIVE, MARIETTA, GA 30064

10925   VILLENEUVE, RAYMOND, 1145 E HILL COURT, BARTOW, FL 33830-6214

10925   VILLESCAS, CARLOS, 516 W CHAPARRAL, SAN JUAN, TX 78589

10925   VILLINES, SUSIE, 12408 SPRING BRANCH, BALCH SPRINGS TX, TX 75180

10925   VILLWOCK, SANDRA, 3324 VAN ALLEN CIR, GREENSBORO, NC 27410

10925   VILMA D SNISCAK, 108 W CATAWISSA ST APT 2, NESQUEHONING, PA 18240-1511

10925   VILORIA, CORA, 2976 ALA ILIMA ST, 207, HONOLULU, HI 96818

10925   VILORIA, CRISTETA, 4705 SAMUELL BLVD., MESQUITE, TX 75149

10925   VILORIA, SUZETTE, 100 KINROSS DR. #24, WALNUT CREEK, CA 94598

10925   VILTZ, JOHN, 2312 12TH ST, LAKE CHARLES, LA 70601

10925   VILTZ, MR, 2312 12TH ST., LAKE CHARLES, LA 70601

10924   VIMASCO CORP, PLANT ROAD, NITRO, WV 25143-0516

10924   VINCE KESS PLASTERING, 3730 NORTH 27TH ST, LINCOLN, NE 68506

10924   VINCE KESS PLASTERING, CAMBRIDGE, MA 02140

10925   VINCENT & ROSE DITOMMASO, 13251 PARAMOUNT DRIVE, SARATOGA, CA 95070

10925   VINCENT A SILISKY TR UA NOV 27 90, PO BOX 261, CLARENDON HILLS, IL 60514-0261

10925   VINCENT A SQUITIERI, 510 B AVE, CORONADO, CA 92118-1821

10924   VINCENT BACH, 500 INDUSTRIAL PARKWAY, ELKHART, IN 46516

10924   VINCENT BACH, PO BOX310, ELKHART, IN 46515

10925   VINCENT CASERTA, PO BOX 610120, BRONX, NY 10461

10925   VINCENT COLTELLINO, 2039 BELMAR AVE, SPRING HILL, FL 34608-5823

10925   VINCENT D. HOFFMANN MEMORIAL, PO BOX 316, READING, PA 19603

10925   VINCENT FERRIOLE, 318 COCKSPUR RD, IRMO, SC 29063

10925   VINCENT G BARTOS TR, UA 02 14 97, VINCENT G BARTOS TRUST, 9705-B SW 92 COURT, OCALA, FL 34481-8649

10925   VINCENT G RESTIVO &, FRANCES J RESTIVO JT TEN, 117 MARTENS AV, VALLEY STREAM, NY 11580-3725

10925   VINCENT H PEPPE, 3137 PARTHENON AVEF, APT 6, NASHVILLE, TN 37203-1213

10925   VINCENT HINDE &, PATRICA R HINDE JT TEN, 513 BROADWAY, TOPP CITY, OH 45371-1203

10925   VINCENT J CARELLA &, LOUISE M CARELLA JT TEN, 220 14 93RD AVE, QUEENS VILLAGE, NY 11428-1806

10925   VINCENT J CARJE, 3304 W 155TH ST, CLEVELAND, OH 44111-2027

10925   VINCENT J FALARDO, 9150 NINA DR, GEORGETOWN, IN 47122-8928

10925   VINCENT J SFERRAZZA &, SHARON M SFERRAZZA, JT TEN, 13061 THISTLE LOOP, PENN VALLEY, CA 95946-9541

10925   VINCENT J VIVONA, 762 STEPPINGSTONE COURT, TOMS RIVER, NJ 08753-8502

10925   VINCENT L MULVEHILL, 6804 6TH AVE, BROOKLYN, NY 11220-5537

10925   VINCENT MARCELINO WHITTLE &, RAMONA MARGO WHITTLE JT TEN, 41 CORNERSTONE LANE, NEWARK, NJ 07103-3149

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   VINCENT METAL GOODS, PO BOX 86, MINNEAPOLIS, MN 55486-0768

10925   VINCENT METALS, 5000 E. MONUMENT ST., BALTIMORE, MD 21205

10925   VINCENT MORATAL &, MARIA F MORATAL JT TEN, 193 PINECOVE AVE, ODENTON, MD 21113-2667

10925   VINCENT ODRISCOLL &, MARGARET ODRISCOLL JT TEN, 36 39 219 ST, BAYSIDE, NY 11361-2224

10925   VINCENT P CORIZZO &, JACQUELINE CORIZZO JT TEN, 200 WINSTON DR, CLIFFSIDE PARK, NJ 07010-3235

10925   VINCENT P CORIZZO, 200 WINSTON DR, CLIFFSIDE PARK, NJ 07010-3235

10925   VINCENT P OESTERLE &, MARY OESTERLE JT TEN, 169 SAN JUAN AVE, ALBERTSON, NY 11507-1724

10925   VINCENT R ZUMPANO, 109 PAULMAN CIRCLE, MINGO JUNCTION, OH 43938-1347

10925   VINCENT RICHARD MARIANI &, DORIS L MARIANI JT TEN, 38 BATTERY HILL DR, VOORHEES, NJ 08043-2902

10925   VINCENT S ARMSTRONG, 22201 139 AVE, LAURELTON, NY 11413-2714

10925   VINCENT SINCLAIR ARMSTRONG &, PAULINE ARMSTRONG JT TEN, 222-01 139TH AVE, LAURELTON, NY 11413-2714

10925   VINCENT T STEWART, 4117 SHOREHAM BEACH ROAD, EDGEWATER, MD 21037

10925   VINCENT W PACCIANO, 1529 CLIFTWOOD DR, CLARKSVILLE, IN 47129-1321

10925   VINCENT W WALTERS, 4504 N W 48TH AVE, TAMARAC, FL 33319-3629

10925   VINCENT WOHLER AS CUSTODIAN FOR, CODY WOHLER UNDER THE, CALIFORNIA UNIFORM TRANSFERS, TO MINORS ACT, 1131 LA FLORA LN, GLENDORA, CA 91741-2930

10925   VINCENT WOHLER AS CUSTODIAN, FOR JESSE WOHLER UNDER THE, CALIFORNIA UNIFORM TRANSFER, TO MINORS ACT, 1131 LA FLORA LAND, GLENDORA, CA 91741-2930

10925   VINCENT WOHLER, 1131 LA FLORA LN, GLENDORA, CA 91741-2930

10925   VINCENT, AIA, H. CURTIS, 1502 S. HUNNINGTON, SULPHUR, LA 70663

10925   VINCENT, ARVID I, BOX 104, CHASE, MD 21027-0104

10925   VINCENT, CHARLES, BOX 296, ROCKAWAY BEACH, MO 65740-9998

10925   VINCENT, DAVID, 1503 FALLS BROOK PL, ACWORTH, GA 30101

10925   VINCENT, EDWIN, 634 KNOLLWOOD VILLAGE, SOUTHERN PINES, NC 28387-9998

10925   VINCENT, F, 1557 GOWAN DRIVE, MEMPHIS, TN 38127

10925   VINCENT, GLENN P, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925   VINCENT, GLENN, 2710 SW 11TH PLACE, DEERFIELD BEACH, FL 33442

10925   VINCENT, HAROLD, 7245 HWY 1133, SULPHUR, LA 70665

10925   VINCENT, HAROLD, 7245 HWY. 1133, SULPHUR, LA 70665

10925   VINCENT, JENIFER, 7245 HWY 1133, SULPHUR, LA 70663

10925   VINCENT, JOAN, 22022 CIMARRON PKWY APT# 1027, KATY, TX 77450

10925   VINCENT, JULIE A, 2953 W HOUSTON RIVER RD, SULPHUR, LA 70663

10925   VINCENT, JULIE, 2953 W HOUSTON RIVER ROAD, SULPHUR, LA 70663

10925   VINCENT, LINDA, 329 SE 6, MOORE, OK 73160

10925   VINCENT, MARCIA, 27240 NATOMA ROAD, LOS ALTOS HILLS, CA 94022

10925   VINCENT, MELVIN, 771 WEST DAVE DUGAS ROAD, SULPHUR, LA 70663

10925   VINCENT, NANCY, 129 NICHOLAS AVE, YONKERS, NY 10701

10925   VINCENT, NANETTE, 1788 GOLDEN ROAD, SULPHUR, LA 70665

10925   VINCENT, NORMA, 224 FRANKLIN AVE, CUY FALLS, OH 44221

10925   VINCENT, RANDOLPH, 433 MINOR ST, READING, PA 19601

10925   VINCENT, RAYMOND L, 1110 ALVIN ST., SULPHUR, LA 70663

10925   VINCENT, RAYMOND, 1110 ALVIN ST, SULPHUR, LA 70663

10925   VINCENT, RAYMOND, 3331 SWANSON LANE, PORTAGE, IN 46368

10925   VINCENT, ROGER, 20 CONCORD AVE, FACTORYVILLE, PA 18419

10925   VINCENT, SAMUEL, PO BOX 717, LITTLETON, NC 27850

10925   VINCENT, SHEILA, 1312 MAIN, LUXEMBURG, WI 54217

10925   VINCENT, TROY L, 5629 COLUMBIA RD. #202, COLUMBIA, MD 21044

10925   VINCENT, TROY, 15301 DOE HILL COURT, WOODBINE, MD 21797

10925   VINCENT, WILLARD, 900 N BROAD ST N 4318, BROOKSVILLE, FL 34601-2321

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VINCENTT, YOLANDA, 1310 FRESHET CT, RICHMOND, VA 23231 | |
| 10925 | VINCENZA DE SALVO, 87 FIRST AVE, NEW YORK, NY 10003-2924 | |
| 10925 | VINCENZO D ADDARIO, 27 SAILSBURY AVE, SLOUGH BERKSHIRE, SL2 1ABUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | VINCES SALES & SERVICE, 1910-1920 ALICEANNA ST., BALTIMORE, MD 21231 | |
| 10925 | VINCES, ONE EAST ANTRIM DR, GREENVILLE, SC 29607 | |
| 10925 | VINCI, CASSANDRA, 7643 CHURCHILL, MORTON GROVE, IL 60053 | |
| 10925 | VINCIGUERRA, MICHAEL, 48 GILBERT ST, MALDEN, MA 02148 | |
| 10925 | VINCIQUERRA, JOSEPH, 77 FLORENCE AVE, BLOOMFIELD, NJ 07003 | |
| 10925 | VINCOFF, AILEEN, 374 MILFORD CT., NEWTOWN, PA 18940 | |
| 10925 | VINCOFF, ERIC, 1279 N. HARPER AVE., 105, WEST HOLLYWOOD, CA 90046 | |
| 10925 | VINCUILLA, JOHN, 34 HOLDEN ST, LOWELL, MA 01851 | |
| 10925 | VINE STREET DEVELOPMENT, A PARTNERSHIP, C/O AL RUTKAUSKAS, 36100 VINE ST, EASTLAKE, OH 44095-3160 | |
| 10924 | VINE STREET ELEMENTARY, LOPEZ & SONS, LOS ANGELES, CA 90086 | |
| 10925 | VINE WARE, 14412 N. 57TH DR, GLENDALE, AZ 85306 | |
| 10925 | VINECOUR, LAWRENCE, RFD 853 MULBERRY RD, VALLEY COTTAGE, NY 10989 | |
| 10924 | VINELAND ELECTRIC COMPANY, P.O. BOX 2299, 301 CHESTNUT AVE., VINELAND, NJ 08360 | |
| 10924 | VINELAND ELECTRIC SUPPLY, 301 CHESTNUT AVE, VINELAND, NJ 08360 | |
| 10924 | VINELAND GROUP, INC., 801 DOUGHTY ROAD, PLEASANTVILLE, NJ 08232 | |
| 10924 | VINELAND GROUP, INC., FLOODGATE RD., BRIDGEPORT, NJ 08014 | |
| 10924 | VINELAND GROUP, INC., P.O. BOX 957, MARLTON, NJ 08503 | |
| 10924 | VINELAND GROUP, INC., PO BOX957, MARLTON, NJ 08053 | |
| 10924 | VINELAND GROUP, INC., SHERMAN AVE., VINELAND, NJ 08360 | |
| 10924 | VINELAND TRANSIT MIX CON, PO BOX 957, MARLTON, NJ 08053 | |
| 10924 | VINELAND TRANSIT MIX CONC, P O BOX 957, MARLTON, NJ 08053 | |
| 10925 | VINELLI, INEZ, 16 CLINTON AVE, TAPPAN, NY 10983 | |
| 10925 | VINES, CECIL, 402 COLUMBUS, PELLA, IA 50219-1421 | |
| 10925 | VINET, EDWARD, 1357 DOGWOOD DR, HARVEY, LA 70058 | |
| 10925 | VINET, GWENDOLYN, 1357 DOGWOOD DRIVE, HARVEY, LA 70058 | |
| 10924 | VINEVILLE UNITED METHODIST CHURCH, 2045 VINEVILLE AVENUE, MACON, GA 31208 | |
| 10924 | VINFRED INTERIOR SYSTEMS CO. INC., CAMBRIDGE, MA 02140 | |
| 10924 | VINFRED INTERIOR SYSTEMS CO., INC., 227 ALLEGHENY AVE, OAKMONT, PA 15139 | |
| 10924 | VINFRED INTERIOR SYSTEMS, P O BOX 33, OAKMONT, PA 15139 | |
| 10925 | VINGAS, JOHN, 1605 HOTEL CIRCLE S, SAN DIEGO, CA 92108 | |
| 10925 | VINICIO, MARCO, 1364 SHEPHERD ST NW, WASHINGTON, DC 20011 | |
| 10925 | VINING DISPOSAL SERVICE INC., 62W MONTVALE AVE, STONEHAM, MA 02180 | |
| 10925 | VINING DISPOSAL SERVICE, INC, 20 ATLANTIC AVE., WOBURN, MA 01888-0387 | |
| 10925 | VINING DISPOSAL SERVICES, PO BOX 8874, BOSTON, MA 02266-8874 | |
| 10925 | VINING DISPOSAL SERVICES, POBOX 9001099, LOUISVILLE, KY 40290-1099 | |
| 10925 | VINING DISPOSAL SERVICES, POBOX 98030, LOUISVILLE, KY 40298-8030 | |
| 10925 | VINING, RODNEY, 6360 PELICAN BAY BLVD, 201C, NAPLES, FL 34108 | |
| 10925 | VININGS IND., 3950 CUMBERLAND PKWY, ATLANTA, GA 30339-4501 | |
| 10925 | VININGS INDUSTRIES, 245 TOWN PARK DRIVE - SUITE 200, KENNESAW, GA 30144 | |
| 10925 | VININGS INDUSTRIES, INC, PO BOX 101474, ATLANTA, GA 30392 | |
| 10925 | VININGS INDUSTRY, PO BOX 70556, TORONTO, ON M5W 2X5CANADA | *VIA Deutsche Post* |
| 10925 | VINOTHEQUE INC., 420 NORTHBORO ROAD, MARLBORO, MA 01752 | |
| 10925 | VINOTHEQUE USA, 24 SAINT MARTINS DR BLDG 2, MARLBORO, MA 01752 | |
| 10925 | VINS DOG HOUSE, 5101 S. MARRIMAC, CHICAGO, IL 60638 | |
| 10925 | VINS DOG HOUSE, 6000 WEST 51ST ST, CHICAGO, IL 60638 | |
| 10925 | VINSON & ELKINS, 1001 FANNIN SUITE 2300, HOUSTON, TX 77002-6760 | |
| 10925 | VINSON & ELKINS, P B BOX 200113, HOUSTON, TX 77216-0113 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   VINSON & ELKINS, PO BOX 200113, HOUSTON, TX 77216-0113

10925   VINSON JR., DANIEL, 10886 LE MARIE DRIVE, CINCINNATI, OH 45241

10925   VINSON, BARBARA, 21340 E TUDOR, COVINA, CA 91724

10925   VINSON, CHARLES, 1205 HEIDI LANE S., LAKELAND, FL 33813

10925   VINSON, CHRIS, 4248 EAST MAYA WAY, CAVE CREEK, AZ 85331

10925   VINSON, DANA, 4837 TRINIDAD, WICHITA FALLS, TX 76310

10925   VINSON, DEBORAH, 1513 CLEVELAND, DEER PARK, TX 77536

10925   VINSON, DENNIS, 1007 HIGHLAND AVE, MANHATTAN BEACH, CA 90266-5427

10925   VINSON, DORICE, 107 BREAZEALE DRIVE, WILLIAMSTON, SC 29697

10925   VINSON, HARVEY, 141 FOREST AVE, LIBBY, MT 59923

10925   VINSON, JAMES, 227 LUFKIN DRIVE, WILLIAMSTON, SC 29697

10925   VINSON, JENNIFER, 2509 CAMPBELL PL, KENSINGTON, MD 20895

10925   VINSON, MACKEY, RT 5, BOX 281, HONEA PATH, SC 29654

10925   VINSON, MACKIE, 168 PARADISE LANE, WESTMINSTER, SC 29693

10925   VINSON, MARKUS, RT 1 BOX 281, HONEA PATH, SC 29654

10925   VINSON, MICHAEL, 6851 PKWY DR, DOUGLASVILLE, GA 30135

10925   VINSON, MICHELE, 6317 SHASTA TRAIL, FORT WORTH, TX 76133

10925   VINSON, REGINA, 3531 RIDGEWOOD, ST CHARLES, MO 63303

10925   VINSON, ROBERT, 188 COMPTON RD, BELTON, SC 29627

10925   VINSON, ROBERT, PO BOX 726, WILLIAMSTON, SC 29697-1614

10925   VINSON, TAMMI, 227 LUFKIN DR, WILLIAMSTON, SC 29697

10925   VINSON, TAMMY, PO BOX 372, MOULTON, AL 35650

10925   VINSON, THELMA, PO BOX 278, CANDLER, FL 32111

10925   VINSON, TIMOTHY, 1513 CLEVELAND, DEER PARK, TX 77536

10925   VINTAGE 99 LABEL MFG INC, 314 PRESTON COURT, LIVERMORE, CA 94550

10925   VINTAGE FAIRE ASSOCIATES, ERNEST W. HAHN INC., 4350 LA JOLLA VILLAGE DR., SUITE 700, SAN DIEGO, CA 92122-1233

10925   VIN-TEX SEALERS, INC, 1447 W. ARDMORE AVE., ITASCA, IL 60143

10924   VINTON CONSTRUCTION CO, PO BOX1987, MANITOWOC, WI 54221-1987

10924   VINTON CONSTRUCTION CO, PORTABLE PAVING PLANT, MANITOWOC, WI 54220

10924   VINTON CONSTRUCTION COMPANY, P.O. BOX 1987, MANITOWOC, WI 54221-1987

10924   VINTON CONSTRUCTION, 2705 N. HWY. 141, MANITOWOC, MI 54220

10925   VINTON NURSERY, INC, 4912 GRAY RD., VINTON, LA 70668

10925   VINYL CONCEPTS CO, NO 1 ME WAN ST, TSUIN WAN NT, 0HONG KONG     *VIA Deutsche Post*

10924   VINYL PRIME, 1001 S. CLINTON STREET, SYRACUSE, NY 13202

10924   VINYL TECH WINDOW SYSTEMS, 405 COGSHALL, HOLLY, MI 48442-1736

10924   VINYL-LITE WINDOW PRODUCTS, 7220 LOCKPORT PLACE, LORTON, VA 22079

10925   VIOBIN CORP AH ROBINS CO, 1407 CUMMINGS DR, RICHMOND, VA 23261-6609

10925   VIOBIN CORP, DON PTACEK, PO BOX 158, WAUNAKEE, WI 53597

10924   VIOBIN USA, 226 W. LIVINGSTON AVENUE, MONTICELLO, IL 61856

10925   VIOLA A BAKER & BASIL ALLAN, BAKER JT TEN, 2671 LAURENTIDE, ANN ARBOR, MI 48103-2115

10925   VIOLA E RAY, 1133 WASHINGTON ST, GLOUCESTER, MA 01930-1034

10925   VIOLA ISOLA, 33 SUMMERWINDS DR, LAKEWOOD, NJ 08701-7345

10925   VIOLA KONDRITZER, 7336 PINE FOREST CIRCLE, LAKE WORTH, FL 33467-3906

10925   VIOLA LEWIS, BOX 102, HAMILTON, MT 59840-0102

10925   VIOLA N LOGAN, PO BOX 85, YADKINVILLE, NC 27055-0085

10925   VIOLA S DIXON, 512 SWIFT DR, MILFORD, NJ 08848

10925   VIOLA S ROBERTS, 94 STRATHAM HEIGHTS RD, STRATHAM, NH 03885-2540

10925   VIOLA S SCHNEIDER, PO BOX 1409, EFFINGHAM, IL 62401

10925   VIOLA, ROSEMARY, 20 PRESTON DRIVE, BRANCHBURG, NJ 08876

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   VIOLET ABRAMSON CUST ALEXANDER L, ABRAMSON UNIF GIFT MIN ACT MT, PO BOX 970401, BOCA RATON, FL 33497-0401

10925   VIOLET G SCOTT, 2906 KINGS RIDGE RD, BALTIMORE, MD 21234-4420

10925   VIOLET M RADJUNAS, 431 CANTERBURY COURT, HINSDALE, IL 60521-2825

10925   VIOLET R KOEHLER, 5590 RIVER KNOLLS DR, LOUISVILLE, KY 40222-5845

10925   VIOLET, JANA, 5380 EDEN VIEW, SACRAMENTO, CA 95823

10925   VIOLETT, DAVID H, PO BOX 802831, DALLAS, TX 75380-2831

10925   VIOLETTE ARIDA, 1787 NE 18 ST, FT LAUDERDALE, FL 33305-3436

10925   VIOLETTE NESTLEN, RD 1, ATHENS, NY 12015-9801

10925   VIOLETTE, KATHARINA, 8805 LITTLE CREEK RD., RENO, NV 89506

10925   VIP EXPRESS, POBOX 16310, MEMPHIS, TN 38186-0310

10925   VIP PRODUCTS CORP, 3805 FRANKFORD AVE, PHILADELPHIA, PA 19124

10925   VIPM, PO BOX 909, TORTOLA, VIRGIN ISLAND                          *VIA Deutsche Post*

10925   VIPPERMAN, BETH, 144 ROSEGATE CT., REYNOLDSBURG, OH 43068

10925   VIPPERMAN, STEVEN, 144 ROSEGATE CT., REYNOLDSBURG, OH 43068

10925   VIQUELIA, LYNN, 65 PRAIRIE FALCON, ALISO VIEJO, CA 92656

10925   VIQUEZ, LORENE, 14222 DALLAS PKWY, DALLAS, TX 75240

10925   VIQUEZ, STANLEY, 10804 STONE CANYON, DALLAS, TX 75230

10925   VIR TIS COMPANY, THE, 815 ROUTE 208, GARDINER, NY 12525

10924   VIRBAC, INC., 3200 MEACHAM BLVD, FORT WORTH, TX 76137

10924   VIRBAC, INC., PO BOX 162059, FORT WORTH, TX 76161

10925   VIRDEN, LARKIN, 4045 TREADWAY RD, BEAUMONT, TX 77706

10925   VIRDEN, WESLEY, 15301 S. ROUTE 66, CLAREMORE, OK 74017

10925   VIRGIL A ROW, 2822 W ELM, ENID, OK 73703-4000

10925   VIRGIL SCUDDER & ASSOCIATES, INC, 103 FIFTH AVE , 5TH FL, NEW YORK, NY 10003

10925   VIRGIL VASQUEZ PROPERTY MAINTENANCE, 3463 STATE ST #256, SANTA BARBARA, CA 93105

10925   VIRGIL W HEATON, 1618 24TH ST NW, CEDAR RAPIDS, IA 52405-1419

10925   VIRGIL WALLACE, C/O C T DEMMEL, 7594 S HOYT, LITTLETON, CO 80128-5128

10924   VIRGIN RIVER CASINO, UNIVERSAL, MESQUITE, NV 89024

10925   VIRGIN, JOHN, 208 S JACKSON, IOWA PARK, TX 76367

10925   VIRGIN, TERESA, 2910 S BELL RD, IOWA PARK, TX 76367

10925   VIRGIN, TONI, 208 S JACKSON, IOWA PARK, TX 76367

10925   VIRGINIA ANN STRICKLAND, 759 W MANHATTAN APT 4, SANTA FE, NM 87501-3753

10925   VIRGINIA ATTY GENERAL, ATTN: JERRY KILGORE, 900 E MAIN ST, RICHMOND, VA 23219

10925   VIRGINIA BERLIN, 10 CLINTON ST, BROOKLYN, NY 11201-2748

10924   VIRGINIA BIOTECHNOLOGY CENTER, RICHMOND, VA 23219

10925   VIRGINIA BORODIN &, VLADIMIR BORODIN, JT TEN, 156-20 RIVERSIDE DRIVE WEST, APT 4E, NEW YORK, NY 10032-7014

10925   VIRGINIA C KRAUS, 5151 WISCONSIN AVE NW WTTG-TV, WASHINGTON, DC 20016-4124

10925   VIRGINIA CAROLINA EQUIPMENT CO, PO BOX 170472, SPARTANBURG, SC 29301

10924   VIRGINIA CHEMICALS INC., 3340 W. NORFOLK ROAD, PORTSMOUTH, VA 23703

10924   VIRGINIA CHEMICALS INC., 601 WEINACKER AVENUE, MOBILE, AL 36606

10924   VIRGINIA CHEMICALS INC., PO BOX 64, PORTSMOUTH, VA 23704

10925   VIRGINIA CLE, 1228 CEDARD CT., CHARLOTTESVILLE, VA 22903

10924   VIRGINIA COMMONWEALTH UNIVERSITY, ATT; PATSY CONNORS, 1101 E MARSHALL ST. B2-001, RICHMOND, VA 23298-0112

10924   VIRGINIA COMMONWEALTH UNIVERSITY, PO BOX980327, RICHMOND, VA 23298

10924   VIRGINIA COMMONWEALTH UNV, P.O. BOX 980327, RICHMOND, VA 23298

10924   VIRGINIA CONCRETE CO INC, PO BOX666, SPRINGFIELD, VA 22150

10924   VIRGINIA CONCRETE CO. INC., P.O. BOX 666, SPRINGFIELD, VA 22150

10924   VIRGINIA CONCRETE CO., INC., 6114 OLD OX ROAD, FAIRFAX STATION, VA 22039

10925   VIRGINIA CONCRETE COMPANY,INC, PO BOX 666, SPRINGFIELD, VA 22150

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    VIRGINIA CONCRETE, 217 CANAL RD, DUMFRIES, VA 22026

10924    VIRGINIA CONCRETE, 2208 OLD OX ROAD, STERLING, VA 20166

10924    VIRGINIA CONCRETE, 25086 TANNER LANE, CHANTILLY, VA 22021

10924    VIRGINIA CONCRETE, 340 HOOFS RUN ROAD, ALEXANDRIA, VA 22314

10924    VIRGINIA CONCRETE, 4 MILE RUN & 265 SHIRLING, ARLINGTON, VA 22206

10924    VIRGINIA CONCRETE, 6555 EDSALL RD, SPRINGFIELD, VA 22150

10924    VIRGINIA CONCRETE, 7103 GORDON RD, FALLS CHURCH, VA 22043

10924    VIRGINIA CONCRETE, 8558 VULCAN LANE, MANASSAS, VA 22110

10924    VIRGINIA CONCRETE, 936 ANNAPOLIS WAY, WOODBRIDGE, VA 22191

10924    VIRGINIA CONCRETE, BOX 666, SPRINGFIELD, VA 22150

10924    VIRGINIA CONCRETE, DO NOT USE SEE 245210, 6555 EDSALL RD., SPRINGFIELD, VA 22150

10924    VIRGINIA CONCRETE, DULLES AIRPORT, STERLING, VA 22170

10924    VIRGINIA CONCRETE, RTE 659, LEESBURG, VA 22075

10924    VIRGINIA CONSTRUCTION SY. INC., LANE ROAD, CHARLOTTESVILLE, VA 22908

10924    VIRGINIA CONSTRUCTION SY. INC., P.O. BOX 20368, ROANOKE, VA 24018

10925    VIRGINIA CORBETT, 7500 GRACE DR., COLUMBIA, MD 21044

10925    VIRGINIA COSTLEY BREYMANN, 311 SOUTH BROAD ST, CARLINVILLE, IL 62626-1764

10924    VIRGINIA DARE, 882 THIRD AVENUE, BROOKLYN, NY 11232

10925    VIRGINIA DEPT OF ENVIR QUALITY, 629 E MAIN ST, RICHMOND, VA 23219

10925    VIRGINIA DEPT OF ENVIRONMETNAL QUAL, DENNIS H TREACY DIR, PO BOX 10009, RICHMOND, VA 23240

10925    VIRGINIA DEPT OF TAXATION, POBOX 27264, RICHMOND, VA 23261-7264

10925    VIRGINIA DOLORES TOOKER, 9437-134 AVE, OZONE PARK, NY 11417

10924    VIRGINIA DUNBRIK, PO BOX10126, LYNCHBURG, VA 24506

10925    VIRGINIA F CARTER, 84-41 89TH ST, WOODHAVEN, NY 11421-1323

10925    VIRGINIA GLORIA HOWARD, 1595 SOUTH DOWNING, DENVER, CO 80210-2736

10924    VIRGINIA GOLF CLUB HOUSE, 1375 JONESBORO ROAD, BRISTOL, VA 24202

10925    VIRGINIA GRACE JONES, 34 CANBERRA DR, KNOXVILLE, TN 37923-5611

10925    VIRGINIA H VITELLO, 1338 HOLLOW GLEN CT, BALTIMORE, MD 21226-2222

10925    VIRGINIA INSTITUTE OF MARINE SCIENC, PO BOX 1346, GLOUCESTER POINT, VA 23062-1346

10925    VIRGINIA J FREEMAN, 4034 N HARVARD, PEORIA, IL 61614-7945

10924    VIRGINIA KMP, 4100 PLATINUM WAY, DALLAS, TX 75237

10925    VIRGINIA L MCCRACKEN, 8344 KNIGHTS BRIDGE RD, CHARLOTTE, NC 28210-5758

10925    VIRGINIA L YOUNG, 5510 KIRKWOOD BLVD SW, CEDAR RAPIDS, IA 52404-8225

10925    VIRGINIA M ALLEN, 533 NORTH AVE, NORTH TONAWANDA, NY 14120-1748

10925    VIRGINIA M GRIMSHAW &, CHARLES M GRIMSHAW JT TEN, 818 TROMBLEY RD, GROSSE POINTE, MI 48230-1837

10925    VIRGINIA M MAYNARD, 601 E 20TH ST, NEW YORK, NY 10010-7622

10925    VIRGINIA M ORLOWSKI, 10 WOODCREST BLVD, KENMORE, NY 14223-1317

10925    VIRGINIA M REBEK, 248 LARCH AVE, ELMHURST, IL 60126-2732

10925    VIRGINIA M SMITH, PO BOX 369, FAR HILLS, NJ 07931-0369

10925    VIRGINIA MALONE, 269 ROYAL AVE, HAWTHORNE, NJ 07506-1832

10925    VIRGINIA MASON CUST JARED MASON, WILLIG UNIF GIFT MIN ACT NJ, 220 RIDGEVIEW ROAD, PRINCETON, NJ 08540-7665

10925    VIRGINIA MEDICAL ALLIANCE P.C., 5510 ALMA LANE SUITE 300, SPRINGFIELD, VA 22151

10925    VIRGINIA N MORRIS &, ELOISE M LIETZOW JT TEN, 1280 VILLAGE DR 201, ARLINGTON HEIGHTS, IL 60004-4694

10925    VIRGINIA N MORRIS, 1280 VILLAGE DR 201, ARLINGTON HEIGHTS, IL 60004-4694

10924    VIRGINIA POOLS, 4347 OLD CAVE SPRING RD., ROANOKE, VA 24018

10924    VIRGINIA POWER BATH, COUNTY PUMP STORAGE STATION, WARM SPRINGS, VA 24484

10924    VIRGINIA POWER BATH, HCRO1 BOX 280, WARM SPRINGS, VA 24484

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  VIRGINIA POWER BATH, NORTH OF MOUNTAIN GROVE, COUNTY PUMP STORAGE STATION, WARM SPRINGS, VA 24484

10925  VIRGINIA Q TEISSIER, RTE 2 BOX 624, MORGAN HILL, CA 95037-9254

10925  VIRGINIA READY MIXED CONCREDT ASSOC, 630 COUNTRY GREEN LANE, CHARLOTTESVILLE, VA 22902

10925  VIRGINIA S BREED, 680 KENNEDY RD, WINDSOR, CT 06095-1925

10925  VIRGINIA S TURNER &, HAZEN E TURNER JT TEN, 19 STEEPLE PL APT 1, SAINT JOHNSBURY, VT 05819-2226

10925  VIRGINIA SOCIETY A.I.A., 15 SOUTH FIFTH ST, RICHMOND, VA 23219

10924  VIRGINIA SQ PLAZA, 850 N. LINCOLN ST, ARLINGTON, VA 22201

10925  VIRGINIA SQ. LTD., STERLING PROJECTS INC.- GEN COUNSEL, 5949 SHERRY LANE, SUITE 1700, DALLAS, TX 75225

10925  VIRGINIA STARKE ALLEN TR, UA NOV 28 84, FBO VIRGINIA STARKE ALLEN, 7257 GOLF POINTE WAY, SARASOTA, FL 34243-3615

10924  VIRGINIA STATE LIBRARY AND ARCHIVES, 800 EAST BROAD STREET, RICHMOND, VA 23219

10925  VIRGINIA SUE PLATT CARMICHAEL, 2548 CHESTNUT, PAMPA, TX 79065-2911

10925  VIRGINIA T BEAKES, 5323 W PINEHURST DR, BANNING, CA 92220-5212

10925  VIRGINIA T LYNCN TR UW, NORA M LYNCH, C/O ROBERTS SIMON & EVEN LTD, 1620 COLONIAL PKWY, INVERNESS, IL 60067-4725

10925  VIRGINIA TECH INTELLECTUAL, PROPERTIES, 1872 PRATT DR, SUITE 1625, BLACKSBURG, VA 24060

10925  VIRGINIA TECH, VIRGINIA TECH BLDG 459 ROOM 102, TECH CENTER DR MAIL CODE 0423, BLACKSBURG, VA 24061

10925  VIRGINIA TISEI, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925  VIRGINIA WHITELAW, 118 ASHFORD PKWY, DUNWOODY, GA 30338

10924  VIRGINIA-CAROLINA CONCRETE, 4621 TATER CREEK RD., MOUTH OF WILSON, VA 24363

10924  VIRGINIA-CAROLINA CONCRETE, ATTN:  ACCOUNTS PAYABLE, MOUTH OF WILSON, VA 24363

10924  VIRGINIA-CAROLINA CONCRETE, ATTN: ACCOUNTS PAYABLE, MOUTH OF WILSON, VA 24363

10924  VIROQUA READY MIX, VIROQUA, WI 54665

10925  VIRTIS CO INC, ROUTE 208, GARDINER, NY 12525

10924  VIRTIS COMPANY, ROUTE 208, GARDINER, NY 12525

10924  VIRTVA HOSPITAL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925  VIS FIRE SERVICES, PO BOX 810052, SAN JUAN, PR 00981PUERTO RICO    *VIA Deutsche Post*

10925  VIS MANAGEMENT, CAMELIA ST WL5, LOS ANGELES, CAROLINA PUERTO RICO, PR 00979PUERTO RICO    *VIA Deutsche Post*

10924  VISA 2, RAYMOND INTERIORS, FOSTER CITY, CA 94404

10925  VISA ADVISORS INC, 1930 18TH ST NW, WASHINGTON, DC 20009

10925  VISA SERVICE INC, 160 COMMONWEALTH AVE, BOSTON, MA 02116-2707

10924  VISALIA JUVENILE HALL, C/O CEN CAL, VISALIA, CA 93277

10925  VISCARDI JR, JOHN P, 6 BROOKSIDE DR, PLANDOME, NY 11030-1405

10925  VISCO, LARRY, 118 PARKER ST, ACTON,, MA 01720

10925  VISCOTEK, 15600 WEST HARDY ROAD, HOUSTON, TX 77060

10925  VISCOVICH, JOHN E, BOX 190103 RINCON P O, SAN FRANCISCO, CA 94119-0103

10925  VISCUSI WHOLESALE GROCERS INC, 819 KINGS ROAD, SCHENECTADY, NY 12303

10925  VISHAY SPRAGUE, 267 LOWELL ROAD, HUDSON, NH 03051

10925  VISHIO, JOSEPH, 74 E. 5TH ST., COLLEGEVILLE, PA 19426

10924  VISION COMMUNICATIONS, 6600 NEW HORIZON BLVD, AMITYVILLE, NY 11701

10925  VISION ENGINEERING LABS, 8787 ENTERPRISE BLVD, LARGO, FL 34643

10925  VISION ENGINEERING, 215 GATEWAY ROAD, BENSENVILLE, IL 60106

10925  VISION QUEST INC, 1476 WHITE WING COURT, NORCROSS, GA 30093

10924  VISION TECHNOLOGIES INTERNATIONAL, 695 W. TERRANCE DRIVE, SAN DIMAS, CA 91773

10925  VISIONS USA ICCRS, 57 FORSYTH ST SUITE 1000, ATLANTA, AL 30303

10924  VISITATION SCHOOL, 5134 BALTIMORE, KANSAS CITY, MO 64112

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  VISITING NURSE ASSOC & HOSPICE OF, POBOX 969, NORTH ADAMS, MA 01247

10925  VISITING NURSE OF MIDDLESEX -EAST, 607 NORTH AVE STE 17, WAKEFIELD, MA 01880-9816

10924  VISKASE CORPORATION, 6855 W 65TH STREET, CHICAGO, IL 60638

10924  VISKASE, 102 E. BAILIE STREET, KENTLAND, IN 47951

10924  VISLAY, ROBERT, 424 GRANDVIEW AVE., WEST MIFFLIN, PA 15122

10925  VISNEFSKI, CAROL, 51 N ADAMSVILLE RD, SOMERVILLE, NJ 08876

10925  VISNEFSKI, GAIL, 51 N ADAMSVILLE RD, SOMERVILLE, NJ 08876

10925  VISSE YANEZ, 1375 SUTTER ST , SUITE 120, SAN FRANCISCO, CA 94109

10925  VISSER, ANDREW, 5 OAK RIDGE DR, CHARLTON, MA 01507

10925  VISSLAILLI, LOUIS, 11407 WHISPER SOUND DRIVE, BOCA RATON, FL 33428

10924  VISTA BUILDERS SUPPLY, 1660 AUBURN RAVINE RD, AUBURN, CA 95603

10924  VISTA BUILDERS SUPPLY, CAMBRIDGE, MA 02140

10924  VISTA CHEMICAL CO, PO BOX 727, WESTLAKE, LA 70669

10925  VISTA CONSTRUCTORS, PO BOX 160245, ALTAMONTE SPRINGS, FL 32716-0245

10924  VISTA HILLS, DIVERSIFIED INTERIORS INC., EL PASO, TX 79821

10925  VISTA METALS INC LAW OFFICES OF HA, STEPHEN C SMITH, 330 GRANT ST, GRANT BLDG SUITE 3321, PITTSBURGH, PA 15219-2202

10924  VISTA PAINT CORP., 11849 FOOTHILL AVENUE, # F, RANCHO CUCAMONGA, CA 91730

10924  VISTA PAINT CORP., 2020 E. ORANGETHORPE AVENUE, FULLERTON, CA 92831

10924  VISTA PAINT CORP., 8615 KATELLA AVENUE, STANTON, CA 90680

10924  VISTA PAINT, 2931 BRISTOL STR, COSTA MESA, CA 92626

10925  VISTA VERDE LANDSCAPING, PO BOX 582, TUSTIN, CA 92781-0582

10925  VISTA, BENNY, 434 E. PLENTY ST, LONG BEACH, CA 90805

10924  VISTANA, 12401 INTERNATIONAL DRIVE, ORLANDO, FL 32821

10925  VISTAR AUTO GLASS, PO BOX A-3970, CHICAGO, IL 60690-3970

10925  VISUAL OFFICE SOLUTIONS, 2 CLARENDON ST SUITE 707, BOSTON, MA 02116-6139

10925  VISUAL WORKS, 8900 NIEMAN ROAD, OVERLAND PARK, KS 66214

10924  VITA TECH INTERNATIONAL, INC., 2781 DOW AVENUE, TUSTIN, CA 92780

10924  VITA TECH INTERNATIONAL, INC., 2832 DOW AVENUE, TUSTIN, CA 92680

10925  VITAL COMPUTER SERV. INT., 117 EAST 24TH ST 7TH FL, NEW YORK, NY 10010

10924  VITAL NUTRIENTS, INC., 1819 SCHURMAN WAY, WOODLAND, WA 98674

10925  VITAL, PETRA, 4702 PLANTATION, NEW IBERIA, LA 70560

10925  VITALE, ANTHONY P, 8 MASSASOIT ROAD, NASHUA, NH 03063-1310

10925  VITALE, BARBARA, 15 HARWOOD DR, HARWOOD, MD 20776

10925  VITALE, JOAN, 2592 KILGORE COVE, MEMPHIS, TN 38133

10925  VITALE, JR, ANTHONY P, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925  VITALE, JR, ANTHONY, 8 MASSASOIT RD, NASHUA, NH 03063

10925  VITALE, KATHRYN, 8 MASSASOIT AVE, NASHUA, NH 03063

10925  VITALE, KIM A., 4 SEVENTH ST, CENTER MORICHES, NY 11934

10925  VITALI KARANT BEIWEL, 2350 BROADWAY APT 604, NEW YORK, NY 10024-3200

10925  VITALINK COMMUNICATIONS, POBOX 45655, SAN FRANCISCO, CA 94145

10925  VITALITY, ONE EAST WACKER DR, CHICAGO, IL 60601

10924  VITA-PHARM INC. CHAPTER 11, PO BOX 43902, DETROIT, MI 48243-0902

10924  VITA-PHARM INC., 7701 W. JEFFERSON AVENUE, MI 48209

10925  VITEC INC, 24755 HIGHPOINT RD, CLEVELAND, OH 44122

10925  VITEC INC., 23600 MERCHANTILE RD., CLEVELAND, OH 44122

10924  VITECH CORPORATION, 833 FIRST AVENUE SOUTH, KENT, WA 98032

10925  VITELLO, CHARLES, 213 MILLTOWN ROAD, EAST BRUNSWICK, NJ 08816

10924  VITEX, 2960 BROADWAY AVENUE, CLEVELAND, OH 44115

10925  VITIELLO, JOSEF, 12 JOSEPH REED LANE, ACTON, MA 01720

10924  VITO MININNI INC, PO BOX 567, BIDDEFORD, ME 04005

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | VITO MININNI INC., 546 ELM STREET, BIDDEFORD, ME 04005 | |
| 10924 | VITO MININNI INC., P O BOX 567, BIDDEFORD, ME 04005 | |
| 10925 | VITO RACANELLI, 96 KOSTER ST, WALLINGTON, NJ 07057-1320 | |
| 10925 | VITOLS, Z, 180 SCHOOL ST, ACTON, MA 01720 | |
| 10925 | VITOLS, ZIG, 5915 ELMWOOD HILL LN, KINGWOOD, TX 77345 | |
| 10925 | VITRAN EXPRESS, 22235 NETWORK PLACE, CHICAGO, IL 60673-1222 | |
| 10925 | VITRANO, PATRICK, 103 FRANCIS LANE, HOUMA, LA 70364 | |
| 10925 | VITRANS, PO BOX 7004, INDIANAPOLIS, IN 46207-7004 | |
| 10924 | VITRICA S.A.DE C.V., CARR. MEXICO-TOLUCA #3837, C.P. 05000, IT 05000UNK | *VIA Deutsche Post* |
| 10924 | VITRICA, S.A. DE C.V., PARQUE INDUS LERMA, AV. DEL PARQUE, LERMA,  EDO DE MEXICO, 05000MEXICO | *VIA Deutsche Post* |
| 10925 | VITRO CHEMICALS, FIBERS & MINING, POBOX 201866, HOUSTON, TX 77216-1688 | |
| 10925 | VITRO DIAGNOSTIC, 12635 E MONTVIEW BLVD, SUITE 218, AURORA, CO 80010 | |
| 10924 | VITRO-AMERICAN NATIONAL CAN, S.A.DE, CALZADO, INTERAMERICA INDUSTRIAL PARK, 14218 BUSINESS AVENUE, LAREDO, TX 78043 | |
| 10924 | VITRO-AMERICAN NATIONAL CAN, S.A.DE, ZONA INDUSTRIAL BENITO JUAREZ, C.P. 6120, QUERETARO, QRO., 0MEXICO | *VIA Deutsche Post* |
| 10925 | VITSAS, ESQ, JOHN, REED SMITH LLP, 435 SIXTH AVE, PITTSBURGH, PA 15219 | |
| 10925 | VITTENGL, SHANTELLE, 4421 S. LIBERTY, INDEPENDENCE, MO 64055 | |
| 10925 | VITTETOE, TIM, PO BOX 323, ROMAYOR, TX 77368 | |
| 10925 | VITUS WIRBICKAS &, DOROTHY W WIRBICKAS JT TEN, 37 WINGATE RD, VALLEY STREAM, NY 11581-2947 | |
| 10925 | VITZTHUM, ORVILLE, 4417 BARBY LANE, MADISON, WI 53704-1703 | |
| 10925 | VIVA INTERACTIVE LEARNING, 450 ROCHESTER ST., OTTAWA, QC K1S 5K2CANADA | *VIA Deutsche Post* |
| 10925 | VIVAS, JOSE, 141 NW 48 ST, FT LAUDERDALE, FL 33309 | |
| 10925 | VIVAS, JOSE, 211 NUGENT DRIVE, VALLEJO, CA 94589 | |
| 10925 | VIVAS, PABLO, 141 NW 48 ST., FT. LAUDERDALE, FL 33309 | |
| 10925 | VIVEIROS, SILMORA, 113 BAILEY ROAD, SOMERVILLE, MA 02145 | |
| 10925 | VIVENZO, ANTHONY, 410 WEST 53RD ST, NEW YORK, NY 10019 | |
| 10925 | VIVEROS, TERILYN, FIRST AVE #35, PARKER, AZ 85344 | |
| 10925 | VIVES, LILLIAM, URB VILLA ROSA III, GUAYAMA, PR 00784 | |
| 10925 | VIVIAN B FLEMING TRUST, PO BOX 49, LAURENS, SC 29360 | |
| 10925 | VIVIAN BAKER MC MASTER, 426 SHERWOOD RD, COCKEYSVILLE, MD 21030-2636 | |
| 10925 | VIVIAN BONURA, 18 TWIG LANE, LEVITTOWN, NY 11756-1810 | |
| 10925 | VIVIAN C GOLDEN, 3049 BERKSHIRE C, CENTURY VILLAGE, DEERFIELD BEECH, FL 33442-3347 | |
| 10925 | VIVIAN COSTELLO, 11 SCHERMERHORN ST APT 2WA, BROOKLYN, NY 11201-4820 | |
| 10925 | VIVIAN E ARMSTRONG, 2211 ASPEN DR, PORTLAND, TX 78374-2901 | |
| 10924 | VIVIAN FIELD MIDDLE SCHOOL, 13551 DENNIS ROAD, FARMERS BRANCH, TX 75234 | |
| 10925 | VIVIAN J RADU, 1013 SUSAN RD, PHILADELPHIA, PA 19115-2903 | |
| 10925 | VIVIAN KEEHN, 104-41 48TH AVE, CORONA, NY 11368-2836 | |
| 10925 | VIVIAN L MUEHE &, DONNA TILSON JT TEN, 702 AVENNE G, PLATTSMOUTH, NE 68048-1252 | |
| 10925 | VIVIAN MASCHINOT, 217 WATCH HILL RD, FORT MITCHELL, KY 41011-1822 | |
| 10925 | VIVIAN R BRICKMAN, 440 E 23RD ST, NEW YORK, NY 10010-5002 | |
| 10925 | VIVIAN ROTHSCHILD, 1530 PALISADE AVE APT 23B, FORT LEE, NJ 07024-5417 | |
| 10925 | VIVIAN S BURNS, 527 CAROLINA AVE, DECATUR, IL 62522-1205 | |
| 10925 | VIVO, MERILYN, 1342 THEODORE DRIVE, SAN DIEGO, CA 92114 | |
| 10925 | VIVOLI, NORAH, 10 A JOHN F. GOELLNER DR., RARITAN, NJ 08869 | |
| 10925 | VIVONA, VINCENT, CUST FOR KEITH VIVONA, UNDER NJ UNIF TRAN TO MIN ACT, 762 STEPPINGSTONE COURT, TOMS RIVER, NJ 08753-8502 | |
| 10925 | VIVRA INCORPORATED, 533 AIRPORT BLVD ST 400, BURLINGAME, CA 94010-2013 | |
| 10925 | VIVS DOG HOUSE, 5101 S. MERRIMAC, CHICAGO, IL 60638 | |
| 10924 | VIVUS PILOT MANUFACTORING, LAKEWOOD, LAKEWOOD, NJ 08701 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   VIZCARRA, MARIA, 43 PARADISE VALLEY SOUTH, CARSON, CA 90745

10925   VIZCARRONDO, CRISTINA, CALLE G BLQ. #26, CANOVANAS, PR 00729

10925   VIZIER, ALCES, PO BOX 97, LAROSE, LA 70373

10925   VIZIER, EVANS, 218 W. 59TH. ST, CUT OFF, LA 70345

10925   VIZIER, ROBBIE, 1103 MS DAISYS DRIV, SULPHUR, LA 70665

10925   VIZIER, SHAD, 218 W 59TH ST, CUT OFF, LA 70345

10925   VIZIFLEX SEELS INC, 16 E LAFAYETTE ST, HACKENSACK, NJ 07601-6895

10924   V-J GROWERS SUPPLY - HOMESTEAD, 1037 N.W. 4TH STREET, HOMESTEAD, FL 33030

10924   V-J GROWERS, INC., 500 W. ORANGE BLM TRAIL, APOPKA, FL 32712

10925   VJESTICA, MICHAEL, 9759 IVY LANE, MUNSTER, IN 46321

10925   VLACH, WILLIAM, 1015 NORTH 33RD ST, MILWAUKEE, WI 53208

10925   VLAHO PRUVICH & ERINA PRUVICH TR, UA SEP 7 71 VLAHO PRUVICH &, ERINA PRUVICH TRUST, 13746 RICHELIEU CT, SARATOGA, CA 95070-5126

10925   VLAHOS, CAROL, 7 HORNE TOOKE RD, PALISADES, NY 10964

10925   VLASATY, VICTOR, 461 KEVIN LANE, GRAYSLAKE, IL 60030

10925   VLASTOS BROOKS HENLEY DRELL, 300 S. WOLCOTT SUITE 320, PO BOX 10, CASPER, WY 82602

10925   VLIEG, RONALDO, URBANIZACION ESTANCIST PRADERA L-22, TOA BAJA, PR 00951

10925   VLIES, STEVE, 1053 ALPINE, GREEN BAY, WI 54311

10924   V-LINE, 5800 MASSACHUSETTS AVENUE, INDIANAPOLIS, IN 46218

10924   V-LINE, P.O. BOX 26892, INDIANAPOLIS, IN 46226

10925   VLOT,JR, DIRK, 1219 LENORA, TULARE, CA 93274

10924   VLSI TECH INC., FAB C EXPANSION PROJECT, SAN ANTONIO, TX 78251

10925   VMARK SOFTWARE INC, PO BOX 4611, BOSTON, MA 02212-4611

10925   VMARK SOFTWARE INC, POBOX 4611, BOSTON, MA 02212-4611

10924   VMI, 200 ENTERPRICE AVE, TRENTON, NJ 08638

10925   VMS REALTY INC., P. WARNOCK, 8950 VILLA LA JOLLA DR., STE. 2141 OFFICE OF BLDG, LA JOLLA, CA 92037

10925   VMW EXPRESS COURIER INC., PO BOX 5999, BETHESDA, MD 20824

10925   VNA HOSPICE OF CENTRAL MASS, 120 THOMAS ST, WORCESTER, MA 01608

10925   VO CONSTRUCTION INC, PO BOX 13633, OGDEN, UT 84402-3633

10925   VO, KYSON, 100 STOW ST, WALTHAM, MA 02453

10925   VO, PHUC, 12006 RHINEBECK, HOUSTON, TX 77089

10925   VOBIS, VICTORIA, 160 OAK ST, BRIDGEWATER, NJ 08807

10925   VOCAM SE INC, 7061 GRAND NATIONAL DR SUITE 150, ORLANDO, FL 32819-8379

10925   VOCATIONAL REHABILITATION CTR., 1323 FORBES AVE., PITTSBURGH, PA 15219

10925   VOCCIO, ANN, 8 TABOR DR, JOHNSTON, RI 02919-2347

10925   VOCHT, SHEILA, 718 CLOVER, NORRISTOWN, PA 19401

10925   VOEGELI, EVE, 143 SUMMER ST, SOMERVILLE, MA 02143

10925   VOEGELI, HELEN, W5816 STATE HWY 60, ARLINGTON, WI 53911-9724

10925   VOEGTLINE, RODNEY, 1155 SAND HILL DR, GREEN BAY, WI 54313

10925   VOEGTLY & WHITE, 462 HESTER ST, SAN LEANDRO, CA 94577

10925   VOELCKER, SUSAN, 4540 W FAIRLANE ROAD, ACTON, CA 93510

10925   VOELKER, MICHAEL, 23414 VIA BOSCANA, VALENCIA, CA 91355

10925   VOELKER, WILLIAM, 6676 32ND AVE. LOT 107, SHELLSBURG, IA 52332

10925   VOELLER MFG CO, INC, PO BOX 325, PORT WASHINGTON, WI 53074-0325

10925   VOGAN, PATRICIA, 174 GODS ACRES, CAHIERS, NC 28717

10925   VOGEL BROTHERS BLDG CO, LAFOLLETTE GODFREY & KAHN LINDA M, PO BOX 2719, MADISON, WI 53701-2719

10925   VOGEL BROTHERS BLDG CO, PETER VOGEL, 2701 PACKERS AVE, MADISON, WI 53704

10924   VOGEL PAINT & WAX CO., INC., PO BOX 266, ORANGE CITY, IA 51041

10924   VOGEL PAINT, 1020 ALBANY PLACE S.E., ORANGE CITY, IA 51041

10925   VOGEL, BRIAN, 48448 EDGAR, BELLEVILLE, MI 48111

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | VOGEL, CHERYL, 205 WOODLAWN AVE, SUMTER, SC 29150 | |
| 10925 | VOGEL, GERALD, #9 GREENWOOD LANE, CANYON, TX 79015 | |
| 10925 | VOGEL, HUGH, 3055 EAST 1ST, CASPER, WY 82609-2138 | |
| 10925 | VOGEL, HUGH, ROUTE 1, SIDNEY, IA 51652 | |
| 10925 | VOGEL, JONNETTE, 110-A WATSON DRIVE, TURTLE CREEK, PA 15145 | |
| 10925 | VOGEL, LOUISE, BAPTIST RETIREMENT CTR 297 N BALLSTON AVE, SCOTIA, NY 12302 | |
| 10925 | VOGEL, WILLIAM, 959 BUTTERNUT ROAD, COOPERSBURG, PA 18036 | |
| 10925 | VOGEL-MONTPLAISIR, MARGARET, 32 PICKERING DRIVE, ROBINSVILLE, NJ 08691 | |
| 10925 | VOGL, CHARLES, 406 E 5TH, ATLANTIC, IA 50022 | |
| 10925 | VOGLER, THOMAS, 35 SAN CARLOS AVE, ST AUGUSTINE, FL 32084 | |
| 10925 | VOGRIN, KATHRYN, 2072 9TH ST., BETHLEHEM, PA 18017 | |
| 10925 | VOGT, AMY, 3608 TEMPLEWOOD DR., LOUISVILLE, KY 40219 | |
| 10925 | VOGT, CHRISTIAN, BISSENMOORWEG 35, BAD BREMSTEDT, D 24576GERMANY | *VIA Deutsche Post* |
| 10925 | VOGT, GWENDOLYNN, 5533 GREENBROOK DR, PORTSMOUTH, VA 23703 | |
| 10925 | VOGT, JEAN, 208 FAIRFIELD AVE, MIDDLESEX, NJ 08846 | |
| 10925 | VOGT, KATHLEEN, 903 STOCKTON RD, VALLEY COTTAGE, NY 10989 | |
| 10925 | VOGT, ROSE, 64 CANAL ST, S BOUND BROOK, NJ 08880 | |
| 10924 | VOGTLE ELECTRIC GENERATING PLANT, CAMBRIDGE, MA 99999 | |
| 10924 | VOGTLE ELECTRIC GENERATING PLANT, PO BOX 1600, WAYNESBORO, GA 30830 | |
| 10924 | VOGTLE ELECTRIC GENERATING PLANT, WHSE SUPERVISOR/NUC. OPER. WHSE., WAYNESBORO, GA 30830 | |
| 10925 | VOICE MAIL SOLUTIONS INC., 13608 W 95TH ST, LENEXA, KS 66215 | |
| 10925 | VOICE MAIL SOLUTIONS INC., 5000 JOHNSON DRIVE STE. 50, ROELAND PARK, KS 66205 | |
| 10925 | VOICELINK COMMUNICATIONS, 3400 MONTROSE SUITE 805, HOUSTON, TX 77006-4337 | |
| 10925 | VOICESTREAM WIRELESS, PO BOX 742596, CINCINNATI, OH 45274-2596 | |
| 10925 | VOICETEL, 2080 N HWY 360, GRAND PRAIRIE, TX 75050 | |
| 10925 | VOICETEL, PO BOX 910086, DALLAS, TX 75391-0086 | |
| 10925 | VOIGHT, COLIN, 191 CLOTHESLINE ROAD, SHOSHONI, WY 82649 | |
| 10925 | VOIGNIER, ELIZABETH, 2124 E OAK ST, NEW ALBANY, IN 47150-1732 | |
| 10925 | VOIGT, JOHN, 3065 E CENTRAL AVE, BARTOW, FL 33830-9631 | |
| 10925 | VOIGT, LISA, W9152 COUNTY HWY CS, POYNETTE, WI 53955 | |
| 10925 | VOIGT, SONIA, PO BOX 77066, TUCSON, AZ 85703 | |
| 10925 | VOISARD, DONNA, 1805 ALAMEDA DR, MESQUITE, TX 75150 | |
| 10925 | VOISIN, EDDIE, 5271 GRAND GAILLOU, HOUMA, LA 70363 | |
| 10925 | VOITH TRANSMISSIONS, INC, PO BOX 712, YORK, PA 17405 | |
| 10925 | VOITH TRANSMISSIONS, INC, PO BOX 8500(S9005), PHILADELPHIA, PA 19178-9005 | |
| 10925 | VOITLE, GLENN, 22123 MISSION HILLS LANE, KATY, TX 77450 | |
| 10925 | VOJNYK, PATRICIA, 336 FIRST ST, PLAINFIELD, NJ 07080 | |
| 10925 | VOKAC, ROBERT, 19126 EDGEWOOD LN, PRIOR LAKE, MN 55372 | |
| 10925 | VOLAIN, NAOMI, 34 VIRGINIA ST, SPRINGFIELD, MA 01108 | |
| 10925 | VOLCKMANN, DAVID, 881 CIRCULO NAPA W, GREEN VALLEY, AZ 85614-2822 | |
| 10925 | VOLESKY, VERNON, 2847 BENTON IOWA ST, NORWAY, IA 52318 | |
| 10925 | VOLITE CO, N HWY 16, PO BOX 122, LLANO, TX 78643-0122 | |
| 10925 | VOLK, CLARENCE JR, 601 SPRUCE ST, ATLANTIC, IA 50022-1538 | |
| 10925 | VOLK, ROGER, 1132 S CHERRY, GRAND ISLAND, NE 68801 | |
| 10925 | VOLKART, HARRY, 158 LAWNDALE ROAD, MANSFIELD, MA 02048 | |
| 10925 | VOLKAY, TRACEY, 1808 LAUDERDALE DR, RICHMOND, VA 23233 | |
| 10925 | VOLKEMAD, DANIEL R, 580 S. HIGH ST., SUITE 315, COLUMBUS, OH 43215-5695 | |
| 10925 | VOLKENAND, JERRY DEAN, 276 CONIFER ROAD, LIBBY, MT 59923 | |
| 10925 | VOLKENAND, LYNN, 668 RIODAN TERR., TOWSON, MD 21204 | |
| 10924 | VOLKER HALL (UAB), 1670 UNIVERSITY BLVD., BIRMINGHAM, AL 35201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    VOLKER HALL, C/O ADAMS CONSTRUCTION, 1670 UNIVERSITY BOULEVARD, BIRMINGHAM, AL 35202

10924    VOLKER HALL, CUSTOMER-UP, BIRMINGHAM, AL 35202

10925    VOLKMAN, KENNETH, 275 IRIS DRIVE, PASADENA, MD 21122

10925    VOLKMAN, TIA, 4704 PLUME RD NW, ALBUQUERQUE, NM 87120

10925    VOLKMAN, VERONICA, 117 NUNNERY LANE, BALTIMORE, MD 21228

10925    VOLKMANN, IRENE, 320 6TH ST SE, CEDAR RAPIDS, IA 52401

10925    VOLKMER, SONYA, 203 A REGENCY, VICTORIA, TX 77904

10925    VOLKMER, SUSAN, 5225 POOKS HILL RD, BETHESDA, MD 20814

10925    VOLKSWAGEN OF AMERICA INC, 3800 HAMLIN ROAD, AUBURN HILLS, MI 48326

10925    VOLLARO, DANIEL, 13 EAST MAIN ST, CLINTON, NJ 08809

10925    VOLLMAN, CHARLENE A, 248 6TH AVE, BETHLEHEM PA, PA 18018

10925    VOLLMER READY MIX, 1469 SAND BEACH ROAD, BAD AXE, MI 48413

10924    VOLLMER READY MIX, 204 S CASEVILLE RD, PIGEON, MI 48755

10924    VOLLMER READY MIX, 204 S. CASEVILLE RD., PIGEON, MI 48755

10924    VOLLMER SAND & GRAVEL DIVISION, 1469 SAND BEACH ROAD, BAD AXE, MI 48413

10925    VOLLMER, EILEEN, 707 SCOTSDALE ROAD, WESTMINSTER, MD 21157

10925    VOLLMER, M, RURAL ROUTE 2, ALMA, WI 54610-9802

10925    VOLLMER, RICHARD, 248 N. PRAIRE AVE, BRADLEY, IL 60915

10925    VOLLMERHAUSEN, CONRAD, 11809 WAYNERIDGE ST, FULTON, MD 20759

10925    VOLLOR, CHRISTOPHER, FLUSGING, NY 11355

10925    VOLM, LISA, 2431 LAKEVIEW DR, LITTLE SUAMICO, WI 54141

10925    VOLM, ROBERT, 2431 LAKEVIEW DR, SUAMICO, WI 54173

10925    VOLNEY, GREG, 1454 S. PENNSYLVANIA, CASPER, WY 82609

10925    VOLOVSEK, RT. 2 BOX 200 #42, KAMIAH, ID 83536

10925    VOLPATTI, SHIRLEY, 1342 HILLCREST DRIVE, ARROYO GRANDE, CA 93420

10925    VOLPE EXPRESS, 533 FOUNDRY RD, NORRISTOWN, PA 19403

10925    VOLPE, SHIRLEY, 152 WESTGATE AVE, WADSWORTH, OH 44281

10925    VOLPERT JT TEN, DONALD & VIRGINIA, 16321 PACIFIC COAST HWY, NBR 28, PACIFIC PALISADES, CA 90272-4658

10925    VOLT TEMPORARY SERVICES, ACCOUNTS RECEIVABLE, LOS ANGELES, CA 90074-3102

10925    VOLT, FILE #53102, LOS ANGELES, CA 90074-3102

10925    VOLTAGE MULTIPLIERS, 8711 W ROOSEVELT, VISALIA, CA 93291

10925    VOLTZ, ROCKY, 860 MAPLE LANE, WHEELING, IL 60090

10925    VOLUME TRANSPORTATION SERVICES, 6575 MARSHALL BLVD, LITHONIA, GA 30058

10925    VOLUNTARY PURCHASING CO, HWY 82 WEST, BONHAM, TX 75418

10925    VOLUNTEER BUREAU OF U, THE, PO BOX 20809, WEST PALM BEACH, FL 33416-0809

10925    VOLUNTEER BUREAU OF UNITED WAY, PO BOX 20809, WEST PALM BEACH, FL 33416-0809

10925    VOLUNTEER CENTER OF SOUTHWEST LA, I, 1023 COMMON ST., LAKE CHARLES, LA 70601

10925    VOLUNTEER CTR, THE, PO BOX 4070, CHATTANOOGA, TN 37405

10925    VOLUNTEER CTR. OF CHATT./TRI-STATE, PO BOX 4029, CHATTANOOGA, TN 37405

10925    VOLUNTEER LAWYERS PROJECT, C/O GIBRALTER BANK FSB, MIAMI, FL 33113-2540

10924    VOLUNTEERS OF AMERICA, 23 ROSALYN STREET, ISLIP TERRACE, NY 11752

10924    VOLUNTEERS OF AMERICA, C/O SAN FRANCISCO GRAVEL, 624 14TH ST., OAKLAND, CA 94601

10925    VOLVO GM HEAVY TRUCK CORP, DAN ARNOLD, PO BOX 1126 STATE ROUTE 643, DUBLIN, VA 24084

10925    VOLVO GM HEAVY TRUCK CORP, J STEPHEN SHI, 2970 CLAIRMONT ROAD, SUITE 220, ATLANTA, GA 30329

10924    VOLVO TECH. CENTER, 7900 NATIONAL SERVICE ROAD, GREENSBORO, NC 27404

10924    VOLVO-GM, 7900 NATIONAL SERVICE RD., GREENSBORO, NC 27409

10925    VOLZ, CHARLES, PO BOX 63, PINEY RIVER, VA 22964

10925    VOLZ, ORVILLE, 187 CHAPMAN ST, WATERTOWN, MA 02172-3064

10925    VON BERGEN, KAREN, 6316 SW 139 CT, MIAMI, FL 33183

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VON BERGEN, KAREN, 6316 SW 139TH COURT, MIAMI, FL 33183 | |
| 10925 | VON BRIESEN & PURTELL SC, 411 WISCONSIN AVE STE 700, MILWAUKEE, WI 53202-4470 | |
| 10925 | VON GLAHN, CHRISTINE, 303 NORTH HALSOR ST, DE FOREST, WI 53532 | |
| 10925 | VON GUNTEN ENGINEERING SOFTWARE, 134 W HARVARD SUITE 4, FORT COLLINS, CO 80525 | |
| 10925 | VON HAGEL, WILLIAM, 2312 BLUFFTON DR, PLANO, TX 75075 | |
| 10924 | VON MAUR RETAIL STORE AT WESTROADS, 10000 CALIFORNIA ST., OMAHA, NE 68105 | |
| 10925 | VON PARIS MOVING & STORAGE OF GA IN, 111 SELIG DR SW, ATLANTA, GA 30336-1289 | |
| 10925 | VON PARIS MOVING & STORAGE, 4318 KENILWORTH AVE., HYATTSVILLE, MD 20781 | |
| 10925 | VON PARIS MOVING & STORAGE, 8691 LARKIN RD, SAVAGE, MD 20763-9722 | |
| 10925 | VON PARIS MOVING & STORAGE, 8691 LARKIN ROAD, SAVAGE, MD 20763-9722 | |
| 10925 | VON PARIS MOVING AND STORAGE, 6730 WHITESTONE RD, BALTIMORE, MD 21207-4174 | |
| 10924 | VON ROHR EQUIPMENT, 13 RACE STREET, BLOOMFIELD, NJ 07003 | |
| 10924 | VON ROHR EQUIPMENT, 2 NEW MAIN STREET, EAST ORANGE, NJ 07019 | |
| 10924 | VON ROLL ISOLA USA, INC., 1 WEST CAMPBELL ROAD, SCHENECTADY, NY 12306 | |
| 10925 | VON RUNGE, DONNA, 2809 W. 28TH, AMARILLO, TX 79109 | |
| 10925 | VON STEIN, NED, 211 NORMA ST. SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | VON WAHLDE, ROBERT C, 1644 SANBORN DR., CINCINNATI, OH 45215 | |
| 10925 | VON WAHLDE, ROBERT, 1644 SANBORN DRIVE, CINCINNATI, OH 45215 | |
| 10925 | VON YEAST, DAVID, 5125 J ROAD, WATERLOO, IL 62298-9338 | |
| 10925 | VONCANNON, CHRISTINE, 2001 SUNNY LANE, ASHEBORO, NC 27203 | |
| 10925 | VONDERHAAR, STEVEN, 68 GORMAN LANE APT. C, C, READING, OH 45215 | |
| 10924 | VONDERHAAR'S, INC., 1820 BRYAN STATION RD., LEXINGTON, KY 40505 | |
| 10925 | VONDRACEK, DAVID, 1290 8TH ST, MARION, IA 52302 | |
| 10925 | VONDRAK PUBLISHING CO, 6225 SO KEDZIE AVE, CHICAGO, IL 60629 | |
| 10925 | VONDRAK, FRANCIS, 3051 ISABELLA ST, SIOUX CITY, IA 51103 | |
| 10925 | VONDRASEK, A, 1402 MOCKINGBIRD LANE, LAKELAND, FL 33801 | |
| 10925 | VONER, THOMAS, 57 HARRISON AVE, WOBURN, MA 01801 | |
| 10925 | VONES, BARBARA, 67 KUHL RD, FLEMINGTON, NJ 08822 | |
| 10925 | VONGLIS, DIANE, 6017 SUTTON ROAD, AVON, NY 14414 | |
| 10925 | VONHOWLETT, TONNI, 522 W. INGHAM AVE., TRENTON, NJ 08610 | |
| 10925 | VONIC TRUCK SERVICES, 515 S ROSE ST, ANAHEIM, CA 92805-4751 | |
| 10925 | VONTHRON, VICTORIA, 31 PRESCOTT ST, DEMAREST, NJ 07627 | |
| 10925 | VONTZ, VICTORIA, 3107 C R 547, DAVENPORT, FL 33837 | |
| 10925 | VOORHEES, DAWN, 44 WASHINGTON ST. #3F, NEWBURYPORT, MA 01950 | |
| 10925 | VOORHEES, KIMBERLY, 212 WILLOW BROOK DR., NO. BRUNSWICK, NJ 08902 | |
| 10925 | VOORHEES, RONALD, 2075 COTTONWOOD CIRCLE #37, EL CENTRO, CA 92243 | |
| 10925 | VOORHIES & LABBE, PO BOX 3527, LAFAYETTE, LA 70502-3527 | |
| 10925 | VOORHIES, CONRAD, RT. 2 BOX 489, ODESSA, TX 79764 | |
| 10925 | VOPAK DISTRUBUTION AMERICAS CORP (, 3025 EXON AVE., | |
| 10925 | VOPAK USA INC, 3025 EXON AVE., CINCINNATI, OH 45241 | |
| 10925 | VOPAK USA INC, ATT: ACCOUNTS RECEIVABLE, PO BOX 951451, DALLAS, TX 75395-1451 | |
| 10925 | VOPAK USA INC, PO BOX 101484, ATLANTA, GA 30392-1484 | |
| 10925 | VOPAK USA INC, PO BOX 3398, PORTLAND, OR 97208-3398 | |
| 10925 | VOPAK USA INC, PO BOX 446, SUMMIT ARGO, IL 60501 | |
| 10925 | VOPAK USA INC, PO BOX 7777-W9090, PHILADELPHIA, PA 19175-7899 | |
| 10925 | VOPAK, POBOX 200478, HOUSTON, TX 77216-0478 | |
| 10925 | VORAS, CLARANCE, THREE SUNSET LANE, ALGONQUIN, IL 60102-0000 | |
| 10925 | VORE, CHRISTINE, 25 FAIRWAY DRIVE, AMHERST, NH 03031 | |
| 10925 | VORIES, KENT, 18555 COTTONWOOD CIR, LAWRENCEBURG, IN 47025 | |
| 10925 | VORNADO REALTY TRUST, PARK 80 WEST, PLAZA 2, SADDLE BROOK, NJ 07663 | |
| 10925 | VORNADO REALTY TRUST, POBOX 11665, NEWARK, NJ 07101-4665 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 VORONOFF, JULIE, 2800 LAKE SHORE DRIVE, 2111, CHICAGO, IL 60657

10925 VOROUS, CAROL, 14545 SW 34TH ROAD, OCALA, FL 34473

10925 VORSE, ROBERT, 3300 PGA BLVD SUITE 450, PALM BEACH GARDENS, FL 33410

10925 VORST, SANDY, 7265 DOG CREEK ROAD, MIDDLE POINT, OH 45863

10925 VORUZ, THEODORE, 116 POINT ELKHART, ELEHART LAKE, WI 53020

10925 VOS, KAREN, 10 PILLION COURT, NEWTON, MA 02160

10925 VOSEN, PAULETTA, 602 SEMINOLE WAY, DE FOREST, WI 53532

10925 VOSIKA, PEGGY, 4101 NW EXPRESSWAY CB, 16194, OKLA CITY, OK 73116

10925 VOSO, PHILIP, PO BOX 306, LYNN, NC 28750

10925 VOSS, BRET, 1110 RAINBOW BLVD, HIAWATHA, IA 52233

10925 VOSS, HANS, 4629 RIDGESIDE DRIVE, DALLAS, TX 75244

10925 VOSS, JOHN, PO BOX 16, STANWOOD, IA 52337

10925 VOSS, KYLE, 111 LONGVIEW AVE, MT HOREB, WI 53572

10925 VOSS, TAMMY, 1747 S. UNION ST, OPELOISAS, LA 70570

10925 VOSS, TOD, 10 PILLION COURT, NEWTON, MA 02160

10925 VOSS, VICTOR, 2744 W. COUNTRY CLUB, OKLA. CITY, OK 73116

10925 VOSS, WILLIAM, 1326 WINDBROOK LANE, HIXSON, TN 37343-9998

10924 VOSTILE INC, 9825 LACKMAN RD, LENEXA, KS 66219

10924 VOSTILE INC., 12600 E. 98TH ST., KANSAS CITY, MO 64138

10924 VOSTILE INC., 9825 LACKMAN RD., LENEXA, KS 66219

10925 VOTROUBEK, LELAND, 319 WALFORD RD., CEDAR RAPIDS, IA 52404

10925 VOUDOURIS, ATHANASIA (NANCY), 15 LAMPLIGHTER LANE, WALPOLE, MA 02081

10925 VOUGHT SYSTEMS, M/S PT-07, DALLAS, TX 75265-0000

10925 VOUGLAS, DENNIS, 2650 PARK PLACE BLVD, 5, MELBOURNE, FL 32935

10925 VOUGLAS, MARIAN, 921 BARNEGAT LANE HERITAGE HARBOR, ANNAPOLIS, MD 21401

10925 VOWELL, A H, 524 SUMMIT, MEMPHIS, TN 38104

10925 VOWELL, ALONZO, 524 SUMMIT, MEMPHIS, TN 38104

10925 VOWLES, PHILIP, 3289 S BLACK MOUNTAIN DR, INVERNESS, FL 34450

10925 VOYAGER SYSTEMS, INC, 360 ROUTE 101 SUITE 1501, BEDFORD, NH 03110-5030

10925 VOYER, ROBERT, 25 ASH ST, LOWELL, MA 01852

10925 VOYLES, JAMES, E 1395 CTY TK A, LUXEMBURG, WI 54217

10925 VOYLES, JOHN, 314 EAST AVE, CASCO, WI 54205-9679

10925 VOYLES, LONNIE, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925 VOYLES, THOMAS, 2541 HAZELWOOD LANE, GREEN BAY, WI 54304

10925 VOZEOLAS, KATHERINE, 124 COVENTRY LANE, NORTH ANDOVER, MA 01845

10925 VOZZELLA, ANTHONY, 22 BALDWIN ST, WINCHESTER, MA 01890

10925 VOZZELLA, CHRISTINE G, 868 TIVOLI CIRCLE APT 203, DEERFIELD BEACH, FL 33441

10925 VOZZELLA, CHRISTINE, 4581 NW 9TH AVE, POMPANO BEACH, FL 33064

10925 VP INC, 215 NEWBURY ST, PEABODY, MA 01960

10924 VPI STUDENT HEALTH FACILITY, C/O AMERICAN COATINGS, BLACKSBURG, VA 24060

10925 VPPPA, ATTN: REGISTRAR, PO BOX 631761, BALTIMORE, MD 21263-1761

10925 VPX INC., 900 FRANCIS SCOTT KEY AVE, KEYMAR, MD 21757

10925 VPX, 900 FRANCIS SCOTT KEY AVE, KEYMAR, MD 21757

10925 VRADENBURG, RACHEL, PO BOX 712, ADKINS, TX 78101

10925 VRANA, LAURA, 911 W GREENBRIAR, DALLAS, TX 75208

10925 VRATIL, BARBARA R, 1713 LINDEN LAKE RD, FT COLLINS, CO 80524-2278

10925 VRBA, THOMAS, 122 PKWY AVE., LAKE ZURICH, IL 60047

10925 VREEKE, JOSEPH, 1736 WHITEWATER DR, MANITOWOC, WI 54220

10925 VREELAND, DOROTHY, 106 65TH AVE WEST, BRADENTON, FL 34207

10925 VREUGDENHIL, KATHIE, 9127 SATNA MARIA, CASTRO VALLEY, CA 94546

10925 VROOMAN, CATHY, 110 FOX GROVE DR, BADEN, PA 15005

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VROOMAN, CRAIG, 110 FOXGLOVE DR, BADEN, PA 15005 | |
| 10925 | VROOMAN, LYN, 5714 CRESTMONT AVE., VERONA, PA 15147 | |
| 10924 | VS COMPANY, 8201 E. 23RD STREET, KANSAS CITY, MO 64129 | |
| 10925 | VS VIRKLER & SON,INC, 7701 WEST ST., LOWVILLE, NY 13367 | |
| 10925 | VSAIA, 15 S. 5TH ST, RICHMOND, VA 23219 | |
| 10925 | VSCPA, PO BOX 26116, RICHMOND, VA 23260-6116 | |
| 10925 | V-SPAN, | |
| 10925 | V-SPAN, 1100 FIRST AVE SUITE 400, KING OF PRUSSIA, PA 19406 | |
| 10925 | V-SPAN, INC, 1100 FIRST AVE SUITE 400, KING OF PRUSSIA, PA 19406 | |
| 10925 | V-SPAN, INC, 1100 FIRST AVE -SUITE 400, KING OF PRUSSIA, PA 19406 | |
| 10925 | VTI CORP., 7650 WEST 26TH AVE., HIALEAH, FL 33016 | |
| 10925 | VTT TECHNICAL RESEARCH CENTRE OF, PO BOX 2000, VTT, 2044FINLAND | *VIA Deutsche Post* |
| 10925 | VU, CU, 9 MIDDLECREEK WAY, GREENVILLE, SC 29607 | |
| 10925 | VU, CUNG, 10971 HARMEL DRIVE, COLUMBIA, MD 21044 | |
| 10925 | VU, DUNG, 1510 23 ST, WICHITA FALLS, TX 76301 | |
| 10925 | VU, HAHN, PO BOX 50544, LIGHTHOUSE PT, FL 33074 | |
| 10925 | VU, HUAN, 932 NORTH FRONT ST, READING, PA 19601 | |
| 10925 | VU, MINH CHI, 504 KEMP BLVD, #208A, WICHITA FALLS, TX 76301 | |
| 10925 | VU, NGOC, 12023 BISSONNET #1804, HOUSTON, TX 77099 | |
| 10925 | VU, OANH, 13430 EL MIRADOR, SAN ANTONIO, TX 78233 | |
| 10925 | VU, TILLERY, 13551 SAN RAFAEL LN, HOUSTON, TX 77083 | |
| 10925 | VUE, NHIAGAO, 4266 E CLINTON, FRESNO, CA 93703 | |
| 10925 | VUILLEMONT, KERRY, RT 3 BOX 313M, EUNICE, LA 70535 | |
| 10925 | VUJOVIC, STEVEN, 2500 BAYSIDE DRIVE, PALATINE, IL 60067 | |
| 10925 | VUKICH, KAREN, 131 KILBUCK DRIVE, MONROEVILLE, PA 15146 | |
| 10924 | VULCAN #12, 14521 N. 115 AVENUE, SUN CITY, AZ 85351 | |
| 10924 | VULCAN CHEMICALS DIVISION, 6200 S RIDGE ROAD, WICHITA, KS 67215 | |
| 10924 | VULCAN CHEMICALS, 6200 S RIDGE ROAD, WICHITA, KS 67215 | |
| 10924 | VULCAN CORPORATION, 1151 COLLEGE STREET, CLARKSVILLE, TN 37040 | |
| 10924 | VULCAN CORPORATION, 30 GARFIELD PLACE SUITE 1040, CINCINNATI, OH 45202-4322 | |
| 10924 | VULCAN CORPORATION, PO BOX 709, CLARKSVILLE, TN 37041 | |
| 10925 | VULCAN ELECTRIC CO, 3636 131ST AVE N, CLEARWATER, FL 34622 | |
| 10925 | VULCAN ELECTRIC CO, RR 1 BOX 2B, KEZAR FALLS, ME 04047 | |
| 10924 | VULCAN INDUSTRIAL PACKAGING LTD, 1800-46TH AVENUE, LACHINE, QC H8T 2P2TORONTO | *VIA Deutsche Post* |
| 10924 | VULCAN INDUSTRIAL PACKAGING LTD., 15 BETHRIDGE ROAD, REXDALE, ONTARIO, ON M9W 1M6TORONTO | *VIA Deutsche Post* |
| 10924 | VULCAN INDUSTRIAL PACKAGING LTD., 1800-46TH AVENUE, LACHINE, QUEBEC, QC H8T 2P2TORONTO | *VIA Deutsche Post* |
| 10924 | VULCAN INDUSTRIAL PACKAGING LTD., 260 CENTRE STREET, PETROLIA, ONTARIO, ON N0N 1R0TORONTO | *VIA Deutsche Post* |
| 10925 | VULCAN IRON WORKS, INC, GULF COAST TECHNICAL SERVICE CENTER, CONROE, TX 77384 | |
| 10924 | VULCAN MATERIALS - CALMAT DIVISION, 11599 N. FRIANT ROAD, FRESNO, CA 93710 | |
| 10924 | VULCAN MATERIALS - CALMAT DIVISION, ATTN:  ACCOUNTS PAYABLE, BAKERSFIELD, CA 93390 | |
| 10924 | VULCAN MATERIALS - CALMAT DIVISION, ATTN:  ACCOUNTS PAYABLE, SAN DIEGO, CA 92163 | |
| 10924 | VULCAN MATERIALS - CALMAT DIVISION, ATTN:  REBECCA MARTIN, PHOENIX, AZ 85072 | |
| 10925 | VULCAN MATERIALS CO MPANY, PO BOX 385014, BIRMINGHAM, AL 35238-5014 | |
| 10924 | VULCAN MATERIALS CO, 12307 HUEBNER RD, SAN ANTONIO, TX 78230 | |
| 10924 | VULCAN MATERIALS CO, 12354 FM 1560, HELOTES, TX 78023 | |
| 10924 | VULCAN MATERIALS CO, 4303 N. LOOP 1604, SAN ANTONIO, TX 78210 | |
| 10925 | VULCAN MATERIALS CO, MICHAEL R MILLS, ONE METROPLEX DR, PO BOX 5310187 (35253-0187), BIRMINGHAM, AL 35209 | |
| 10924 | VULCAN MATERIALS CO, PO BOX380607, BIRMINGHAM, AL 35238 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VULCAN MATERIALS CO. SO. DIV., PO BOX 11407, BIRMINGHAM, AL 35246-0344 | |
| 10924 | VULCAN MATERIALS CO., 3960 CROMWELL RD., CHATTANOOGA, TN 37421 | |
| 10924 | VULCAN MATERIALS CO., MANUFACTURERS ROAD, CHATTANOOGA, TN 37405 | |
| 10925 | VULCAN MATERIALS CO., PO BOX 101364, ATLANTA, GA 30392 | |
| 10924 | VULCAN MATERIALS COMPANY, ATTN: ACCOUNTS PAYABLE, KNOXVILLE, TN 37901 | |
| 10924 | VULCAN MATERIALS COMPANY, ATTN: GROUP DISBURSEMENT & PROBLEM, RESOLUTION CENTER, PO BOX380607, BIRMINGHAM, AL 35238-0607 | |
| 10925 | VULCAN MATERIALS COMPANY, FILE 55896, LOS ANGELES, CA 90074-5896 | |
| 10924 | VULCAN MATERIALS, 11599 NORTH FRIANT RD, FRESNO, CA 93710 | |
| 10925 | VULCAN MATERIALS, 3200 SAN FERNANDO ROAD, LOS ANGELES, CA 90065 | |
| 10924 | VULCAN MATERIALS, ATTN: ACCOUNTS PAYABLE, ATLANTA, GA 30366 | |
| 10924 | VULCAN MATERIALS, TERMINAL ANNEX, ATTN: ACCOUNTS PAYABLE, LOS ANGELES, CA 90051 | |
| 10924 | VULCAN MATERIALS/#1312 - DRY BATCH, 1900 N. LONGMORE, MESA, AZ 85201 | |
| 10924 | VULCAN MATERIALS/#16 MESA DRUM PLT, DOBSON & MCKELLIPS - #1312, 9595 E. MCKELLIPS ROAD, SCOTTSDALE, AZ 85256 | |
| 10924 | VULCAN MATERIALS/#18 - WEST, 4850 S. 47TH AVENUE, PHOENIX, AZ 85041 | |
| 10924 | VULCAN MATERIALS/#1R - ROSS PLANT, 1801 EAST UNIVERSITY DRIVE, PHOENIX, AZ 85034 | |
| 10924 | VULCAN MATERIALS/#24 - LITCHFIELD, 11923 WEST INDIAN SCHOOL ROAD, PHOENIX, AZ 85064 | |
| 10924 | VULCAN MATERIALS/#32 - E. UNIVERSIT, 1801 EAST UNIVERSITY, PHOENIX, AZ 85034 | |
| 10924 | VULCAN MATERIALS/#38 - DEER VALLEY, 2205 WEST ADOBE, PHOENIX, AZ 85033 | |
| 10924 | VULCAN MATERIALS/#39 - HIGLEY, HIGLEY ROAD NORTH OF THOMAS, MESA, AZ 85201 | |
| 10924 | VULCAN MATERIALS/CARROLL CANYON, PLANT #26, 10051 BLACK MOUNTAIN ROAD, SAN DIEGO, CA 92126 | |
| 10924 | VULCAN MATERIALS/DELORES ST., 529 DELORES STREET, BAKERSFIELD, CA 93390 | |
| 10924 | VULCAN MATERIALS/FRIANT, 11599 N. FRIANT ROAD, FRESNO, CA 93710 | |
| 10924 | VULCAN MATERIALS/GOLETA, RR TRACKS, ELLWOOD STATION ROAD, GOLETA, CA 93117 | |
| 10924 | VULCAN MATERIALS/MAIN OFFICE - LA, LOS ANGELES, CA 90051 | |
| 10924 | VULCAN MATERIALS/MISSION VALLEY, PLANT #22, 5745 MISSION CENTER ROAD, SAN DIEGO, CA 92108 | |
| 10924 | VULCAN MATERIALS/MOORPARK, 730 EAST LOS ANGELES STREET, MOORPARK, CA 93021 | |
| 10924 | VULCAN MATERIALS/PALA, HIGHWAY 76 EAST OF I-15, PALA, CA 92059 | |
| 10924 | VULCAN MATERIALS/PANAMA LANE, 8517 PANAMA LANE, BAKERSFIELD, CA 93390 | |
| 10924 | VULCAN MATERIALS/SANTA BARBARA, 3 SOUTH SALSIPUEDES, SANTA BARBARA, CA 93103 | |
| 10924 | VULCAN MATERIALS/SATICOY, 6029 VINEYARD, OXNARD, CA 93030 | |
| 10924 | VULCAN MATERIALS-CALMAT DIVISION, ATTN: MEGAN MCCORMACK, 1801 E. UNIVERSITY, PHOENIX, AZ 85034 | |
| 10924 | VULCAN MATERIALS-CALMAT DIVISION, ATTN: REBECCA MARTIN, 1801 E. UNIVERSITY, PHOENIX, AZ 85034 | |
| 10924 | VULCAN MATERIALS-CENTRAL CALIFORNIA, ATTN: ACCOUNTS PAYABLE, BAKERSFIELD, CA 93390 | |
| 10925 | VULCAN PERFORMANCE CHEMICALS, PO BOX 945518, ATLANTA, GA 30394-5518 | |
| 10925 | VULCAN SAFETY SHOE SERVICE INC, 4690 HAMMERMILL ROAD, TUCKER, GA 30084 | |
| 10925 | VULETICH, PAMELA, 10191 WOODBURY DRIVE, WEXFORD, PA 15090 | |
| 10925 | VULGAMOTT, RICK, 31 STRATTON WAY, NORTHBORO, MA 01532 | |
| 10925 | VUONG, ANH, 806 DOUGLASS ST, READING, PA 19604 | |
| 10925 | VW EIMICKE, LTD, PO BOX 1297, PETERBOROUGH, ON K9J 7H5CANADA | *VIA Deutsche Post* |
| 10924 | VW&R SCIENTIFIC, PO BOX 483, BRIDGEPORT, NJ 08014 | |
| 10925 | VWR CORPORATE ACCOUNTS, 1310 GOSHEN PKWY, WEST CHESTER, PA 19380 | |
| 10925 | VWR SCIENTIFIC COMPANY, POBOX 640169, PITTSBURGH, PA 15264-0169 | |
| 10925 | VWR SCIENTIFIC INC, DIVISION OF VWR CORPORATION, PITTSBURGH, PA 15264-0169 | |
| 10925 | VWR SCIENTIFIC INC, FILE #7469, SAN FRANCISCO, CA 94160-7469 | |
| 10925 | VWR SCIENTIFIC INC, POBOX 640169, PITTSBURGH, PA 15264-0169 | |
| 10925 | VWR SCIENTIFIC INC., PO BOX 483, BRIDGEPORT, NJ 08014 | |
| 10925 | VWR SCIENTIFIC PRODUCTS CORP, .PO BOX 640169, PITTSBURGH, PA 15264-0169 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | VWR SCIENTIFIC PRODUCTS CORP, PO BOX 640169, PITTSBURGH, PA 15264-0169 | |
| 10924 | VWR SCIENTIFIC PRODUCTS CORPORATION, PO BOX 706, BRIDGEPORT, NJ 08014 | |
| 10925 | VWR SCIENTIFIC PRODUCTS, PO BOX 626, BRIDGEPORT, NJ 08014 | |
| 10924 | VWR SCIENTIFIC PRODUCTS, PO BOX 7587, SAN FRANCISCO, CA 94120 | |
| 10924 | VWR SCIENTIFIC, 405 HERON DRIVE, BRIDGEPORT, NJ 08014 | |
| 10924 | VWR SCIENTIFIC, 501 HERON DRIVE, BRIDGEPORT, NJ 08014 | |
| 10925 | VWR SCIENTIFIC, 804 COLUMBIA SOUTHERN RD., WESTLAKE, LA 70669 | |
| 10924 | VWR SCIENTIFIC, CAMBRIDGE, MA 02140 | |
| 10925 | VWR SCIENTIFIC, DIVISION OF VWR CORP., PO BOX 640169, PITTSBURGH, PA 15264-0169 | |
| 10925 | VWR SCIENTIFIC, PO BOX 626, BRIDGEPORT, NJ 08014 | |
| 10925 | VWR SCIENTIFIC, PO BOX 640169, PITTSBURGH, PA 15264-0169 | |
| 10925 | VWR SCIENTIFIC, PO BOX 66929, CHICAGO, IL 60666 | |
| 10924 | VWR SCIENTIFIC, PO BOX 706, BRIDGEPORT, NJ 08014 | |
| 10925 | VYAS, BHARTI, 13637 NORTON AV, CHINO, CA 91710 | |
| 10925 | VYCE, CHRISTOPHER, 350 WEST ST, LUDLOW, MA 01056 | |
| 10925 | VYTLACIL, GEORGE, 11535 HOMESTEAD VILL. CT, ST JOHN, IN 46373 | |
| 10924 | W & G FLAVORS, INC., 951 FELL STREET, BALTIMORE, MD 21231 | |
| 10925 | W & N LICENSING, 1415 WEST 2950 SOUTH, PERRY, UT 84302 | |
| 10924 | W & W CONCRETE INC, 1001 WEST 4TH, NORTH MANCHESTER, IN 46962 | |
| 10924 | W & W CONCRETE INC, 11984 N-600 E, ROANOKE, IN 46783 | |
| 10924 | W & W CONCRETE INC, 8201 W. COUNTYLINE RD., ROANOKE, IN 46783 | |
| 10924 | W & W CONCRETE INC, RT 2 BOX 110, ROANOKE, IN 46783 | |
| 10925 | W & W OFFICE SUPPLIES, PO BOX 53, DALLAS, GA 30132 | |
| 10924 | W .R. GRACE  & CO.-CONN., CAMBRIDGE, MA 02140 | |
| 10925 | W A DIXON, RT 3 BOX 266, DONALSONVILLE, GA 31745-9274 | |
| 10925 | W A HAMMOND DRIERITE COMPANY, POBOX 460, XENIA, OH 45385 | |
| 10925 | W A MOIR LIMITED, 95 ILSLEY AVE, DARTMOUTH, NS B3B 1L5CANADA | *VIA Deutsche Post* |
| 10925 | W A WILDE COMPANY, PO BOX 5838, HOLLISTON, MA 01746-5838 | |
| 10925 | W A WILDE, POBOX 6100, HOLLISTON, MA 01746 | |
| 10925 | W A WOOD CO, PO BOX 1167, EVERETT, MA 02149 | |
| 10925 | W AND W ASSOCIATES, INC, PO BOX 1145, MOUNTAINSIDE, NJ 07092 | |
| 10925 | W AUSTIN KENLY, 511 WYNGATE RD, TIMONIUM, MD 21093-2841 | |
| 10925 | W B HUNT CO INC, 100 MAIN ST, MELROSE, MA 02176 | |
| 10925 | W B MASON CO INC, PO BOX 111, BROCKTON, MA 02303 | |
| 10925 | W B VAN BERGEN, SPILLAAN 2, HEILOO, 1852 BMNETHERLANDS | *VIA Deutsche Post* |
| 10925 | W BRIAN MC GOWAN, 4600 NW 24TH WAY, BOCA RATON, FL 33431-8434 | |
| 10925 | W BRITTON MOORE &, BARBARA L MOORE JT TEN, 531 LITTLE JOHN, SHERWOOD FOREST, MD 21405 | |
| 10924 | W C CAYE & COMPANY & CO. INC., 1468 GORDON HIGHWAY, AUGUSTA, GA 30916 | |
| 10924 | W C CAYE & COMPANY INC., ATTN:  ACCOUNTS PAYABLE, AUGUSTA, GA 30903 | |
| 10924 | W C CAYE & COMPANY INC., ATTN:  ACCOUNTS PAYABLE, AUGUSTA, GA 30906 | |
| 10924 | W C CAYE & COMPANY INC., PO BOX 1507, AUGUSTA, GA 30903 | |
| 10924 | W C CAYE CO, 880 GLENWOOD AVE, ATLANTA, GA 30301 | |
| 10924 | W C DALE POWER STATION, 1925 FORD ROAD, FORD, KY 40320 | |
| 10924 | W C LOWERY, INC., RT 202, CALLAO, VA 22435 | |
| 10924 | W C NEWMAN, 406 W THIRD STREET, FARMVILLE, VA 23901 | |
| 10925 | W C REBAB INVESTORS LTD, PO BOX 61272, DENVER, CO 80206-8272 | |
| 10925 | W CARL NAYLOR TR UA NOV 10 83, W CARL NAYLOR TRUST, 8100 COURT AVE APT 1004, CHEVY CHASE, MD 20815 | |
| 10924 | W D HARLES CO INC, ROUTE 1 BOX 242, DRYDEN, VA 24243 | |
| 10924 | W D HARLESS CO INC, RT1 BOX 1490, DRYDEN, VA 24243 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   W D HARLESS, RT 1 BOX 1490, DRYDEN, VA 24243

10925   W DAVID HIRMAN, C/O W DAVID HIRMON, 6122 DESCO DR, DALLAS, TX 75225-1903

10925   W DWIGHT ELLIS &, MARGUERITE G ELLIS JT TEN, BOX 262, MADISON, NH 03849-0262

10925   W E CARLSON CORP, 1128 PAGNI DR, ELK GROVE, IL 60007-6685

10925   W E DAW CO INC, POBOX 6170 TEALL STATION, SYRACUSE, NY 13217

10925   W E MARSHALL CO, 1705 BELLE MEADE CT #160, LAWRENCEVILLE, GA 30043

10924   W F LAKE CORP, PO BOX 4214, GLENS FALLS, NY 12804

10925   W F SAUNDERS & SONS INC, DRAWER A, NEDROW, NY 13120

10925   W F SAUNDERS & SONS INC., DRAWER A, NEDROW, NY 13120

10924   W F SAUNDERS & SONS, INC., LIME LEDGE RD, MARCELLUS, NY 13108

10925   W FRED BURKHALTER, 4819 WOODLAND CIRCLE, HIXSON, TN 37343-4114

10924   W G M SAFETY PRODUCTS, 2ND & WASHINGTON STREETS, READING, PA 19601

10924   W G M SAFETY PRODUCTS, 2ND AND WASHINGTON STREETS, READING, PA 19601

10924   W G MILLS, C/O ALLSTATES, 315 TENTH STREET SO., JACKSONVILLE, FL 32250

10925   W GLENN SADAM INC, POBOX 106, PERRY, NY 14530

10925   W H SALISBURY & CO, 7520 NORTH LONG AVE, SKOKIE, IL 60077

10925   W HARVEY ANDERSON, 120 CHARLTON COURT, BLUFF CITY, TN 37618

10925   W HENRY SHUFORD, 1578 WEST PACES, FERRY RD N W, ATLANTA, GA 30327

10924   W J MENEFEE CONSTRUCTION, P O BOX 998, SEDALIA, MO 65302

10925   W J SOMERVILLE, 3670 GOLFVIEW DR, WILLIAMSTON, MI 48895-9672

10925   W J TRUDELLE CO INC, 25 DRY DOCK AVE, BOSTON, MA 02210

10925   W JOSEPH IMHOFF &, ANN J IMHOFF TEN COM, 933 NORTHWOOD BLVD UNIT 4, INCLINE VLG, NV 89451-8202

10925   W K HOBBS INC, 1332 CASTLE HAYNE RD, WILMINGTON, NC 28401

10924   W K K LANDERS CORP, PO BOX1914, BURLESON, TX 76097

10924   W K K LANDERS, 1201 BURLESON BLVD, BURLESON, TX 76028

10924   W L GORE & ASSOCIATES INC, PO BOX1550, ELKTON, MD 21921

10925   W L GORE & ASSOCIATES INC, POBOX 751072, CHARLOTTE, NC 28275

10924   W L GORE & ASSOCIATES INC., BUILDING 3, 100 AIRPORT ROAD, ELKTON, MD 21921

10924   W L H DRYWALL, C/O LCR, 105 EAST BOARDERLAND, EL PASO, TX 79932

10925   W M OF SOUTH CAROLINA, POBOX 105447, ATLANTA, GA 30348-5447

10925   W M SANDFORD, 1337 WEATHERVANE LANE APT 2-C, AKRON, OH 44313-7918

10925   W MARK CROMER, 221 LORING ST, SPARTANBURG, SC 29302-4030

10925   W ORVILLE RAMEY, 250 WM HOWARD TAFT RD, CINCINNATI, OH 45219-2660

10924   W R  GRACE, 2500 GARNSEY STREET, SANTA ANA, CA 92650

10924   W R BONSAL, 4083 BONSAL RD, CONLEY, GA 30027

10924   W R BONSAL, 5455 N 59TH ST, TAMPA, FL 33610

10925   W R CASHION &, KELLY ANN MCDUFF JT TEN, 5401 CHIMNEY ROCK, APT 177, HOUSTON, TX 77081-2018

10925   W R GRACE & CO - CONN, 100 CRAWFORD ST, LEOMINSTER, MA 01453

10925   W R GRACE & CO -CONN, POBOX 923, FREDERICKSBURG, VA 22404

10924   W R GRACE & CO, #07-02 LANE CRAWFORD PLACE, 501 ORCHARD ROAD, SINGAPORE, 923SGP    *VIA Deutsche Post*

10925   W R GRACE & CO, 1170 EAGAN INDUSTRIAL RD, EAGAN, MN 55121

10925   W R GRACE & CO, 2133 85TH ST, NORTH BERGEN, NJ 07047

10925   W R GRACE & CO, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3521

10924   W R GRACE & CO, 5500 CHEMICAL RD, BALTIMORE, MD 21226

10925   W R GRACE & CO, 5529 US HWY 60E, OWENSBORO, KY 42303

10925   W R GRACE & CO, 5700 COMMERCE BLVD, MORRISTOWN, TN 37814

10925   W R GRACE & CO, 6050 W 51ST ST, CHICAGO, IL 60638

10925   W R GRACE & CO, 6051 W 65 ST, BEDFORD PARK, IL 60638

10925   W R GRACE & CO, 6051 WEST 65TH ST, BEDFORD PARK, IL 60638

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | W R GRACE & CO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | W R GRACE & CO, 6401 POPLAR AVE STE 301, MEMPHIS, TN 38119 | |
| 10925 | W R GRACE & CO, 7379 ROUTE 32, COLUMBIA, MD 21044 | |
| 10925 | W R GRACE & CO, BOOK ENTRY MEMO ACCOUNT, 7500 GRACE DRIVE, COLUMBIA, MD 21044-4009 | |
| 10924 | W R GRACE & CO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1111 | |
| 10925 | W R GRACE & CO, PO BOX 75147, CHARLOTTE, NC 28275 | |
| 10925 | W R GRACE & CO, POBOX 100306, IRONDALE, AL 35210 | |
| 10925 | W R GRACE & CO-CONN PETTY CASH, 2500 SOUTH GARNSEY ST, SANTA ANA, CA 92707 | |
| 10924 | W R GRACE & COMPANY, 1004 LINCOLN ROAD, BELLEVUE, NE 68005 | |
| 10924 | W R GRACE & COMPANY, 38 REGOLA DRIVE, IRWIN, PA 15642 | |
| 10924 | W R GRACE & COMPANY, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W R GRACE & COMPANY, ATTN: SHERRI LEE, 7379 ROUTE 32, COLUMBIA, MD 21044 | |
| 10925 | W R GRACE (HONG KONG) LTD, KOWLOON BAY, 19 WANG HOI ROAD, HONG KONG, 0HONG KONG | *VIA Deutsche Post* |
| 10925 | W R GRACE (NZ) LTD, PRIVATE BAG 50901, PORIRUA, 0NEW ZEALAND | *VIA Deutsche Post* |
| 10924 | W R GRACE (PHILIPINES) INC.-INT, CANLUBANG INDUSTRIAL PARK, CANLUBANG, LAGUNA, 0PHL | *VIA Deutsche Post* |
| 10924 | W R GRACE (PHILIPINES) INC.-LOAN, CANLUBANG INDUSTRIAL PARK, CANLUBANG, LAGUNA, 0PHL | *VIA Deutsche Post* |
| 10925 | W R GRACE (PHILIPPINES) INC, CANLUBANG CALAMBA, LAGUNA, 09999 | |
| 10925 | W R GRACE (SINGAPORE) PTE LTD, 25 TANJUNG PENJURU, SINGAPORE, 609024SINGAPORE | *VIA Deutsche Post* |
| 10924 | W R GRACE AFRICA (PTY) LTD, 64 RIGGER ROAD, SPARTAN, KEMPTON PARK, IT 0UNK | *VIA Deutsche Post* |
| 10925 | W R GRACE AFRICA (PTY) LTD, PO BOX 2256, KEMPTON PARK, 01620 | |
| 10924 | W R GRACE AUSTRALIA LTD - INTEREST, 1126 SYDNEY ROAD, FAWKNER, MELBOURNE, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | W R GRACE AUSTRALIA LTD - LOAN, 1126 SYDNEY ROAD, FAWKNER, MELBOURNE, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | W R GRACE AUSTRALIA LTD, 1126 SYDNEY ROAD, FAWKNER VICTORIA, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10925 | W R GRACE CORP, 2500 S GARNSEY ST, SANTA ANA, CA 92707-3337 | |
| 10925 | W R GRACE HK LTD, 20/F DEVON HOUSE, 979 KINGS ROAD, QUARRY BAY, 0HONG KONG | *VIA Deutsche Post* |
| 10924 | W R GRACE INDONESIA - INT. (797), CIKARANG INDUSTRIAL ESTATE KAV.C-32, CIKARANG, BEKASI, 17630IDN | *VIA Deutsche Post* |
| 10924 | W R GRACE INDONESIA - LOAN (797), CIKARANG INDUSTRIAL ESTATE KAV C-32, KIKARANG, BEKASI, 17630IDN | *VIA Deutsche Post* |
| 10925 | W R GRACE LTD, ST NEOTS HUNTINGDON, CAMBRIDGESHIRE, PE19 2ERUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | W R GRACE N V, NIJVERHEIDSSTRAAT 7, 2260 WESTERLO, BELGIUM, 0BELGIUM | *VIA Deutsche Post* |
| 10925 | W R GRACE PACKAGING (M) SDN. BHD., JALAN MAHKOTA, 25000 KUANTAN, PAHANG DARUL MAKMUR, MALAYSIA | *VIA Deutsche Post* |
| 10925 | W R GRACE RESEARCH, 128 SPRING ST, LEXINGTON, MA 02173 | |
| 10925 | W R GRACE SINGAPORE, 25 TANJONG PENJURU, SINGAPORE, 0SINGAPORE | *VIA Deutsche Post* |
| 10925 | W R GRACE SINGAPORE, MS SITI/ALLEN CHIA, #07-02 LANE CRAWFORD PLACE, 501 ORCHARD ROAD, SINGAPORE, 923SINGAPORE | *VIA Deutsche Post* |
| 10924 | W R GRACE SINGAPORE, MS. SITI/ALLEN CHIA, #07-02 LANE CRAWFORD PLACE, 501 ORCHARD ROAD, SINGAPORE, 923SGP | *VIA Deutsche Post* |
| 10925 | W R GRACE SINGAPORE, THE PLAZA, 7500A BEACH RD, SINGAPORE, 0SINGAPORE | *VIA Deutsche Post* |
| 10925 | W R GRACE TAIWAN INC, 84-1 KWAN-YEH WEST RD, TAOYUAN, 32417TAIWAN | *VIA Deutsche Post* |
| 10925 | W R GRACE TAIWAN INC, RM 802 NO 207 TUN-HUA N RD, TAIPEI, 0TAIWAN | *VIA Deutsche Post* |
| 10924 | W R GRACE TAIWAN INC, 84-1 KWAN-YEH WEST ROAD, TAOYUAN, 32417TWN | *VIA Deutsche Post* |
| 10924 | W R GRACE, ATTN: JOEL HORTENSTEIN, NORCROSS, GA 30092 | |
| 10924 | W R GRACE-PID EXPORT, ONE TOWN CENTER RD, BOCA RATON, FL 33486 | |
| 10925 | W R MEREDITH TR UW, JEFFERSON D CUTLIP, 819 GOFF BLDG, CLARKSBURG, WV 26301 | |
| 10925 | W R SHARPLES CO INC, 211 JOHN L DIETSCH SQ, NORTH ATTLESBORO, MA 02763-1027 | |
| 10925 | W ROBERT WELSH, 1070 SOUTH ELIZABETH, DENVER, CO 80209-5116 | |
| 10925 | W ROGER TRENKLE, BOX 568865, ORLANDO, FL 32856-8865 | |
| 10925 | W S TYLER, INC, PO BOX 901773, CLEVELAND, OH 44190-1773 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    W S TYLER, PO BOX 631443, CINCINNATI, OH 45263-1443

10925    W S TYLER, POBOX 632504, CINCINNATI, OH 45263-2504

10925    W SOD, 935 NE 34TH COURT, OAKLAND PARK, FL 33334

10925    W SUE MACLARTY REALTOR, 600 COURTLAND ST STE 550, ORLANDO, FL 32804

10924    W T HARVEY LUMBER CO, 800 15TH ST BOX 310, COLUMBUS, GA 31902

10925    W V CULVER, 520 W KINNEAR PL, SEATTLE, WA 98119

10925    W V CULVER, 520 W KINNEAR PLACE, SEATTLE, WA 98119

10925    W V CULVER, 520 WEST KINNEAR PL, SEATTLE, WA 98119

10925    W W F PAPER CORP - ATLANTA, DRAWER CS 198439, ATLANTA, GA 30384-8439

10924    W W GRAINGER C/O SPRAY INSULATION, 14147 W STATE ROUTE 60(WEST OF I94), LAKE FOREST, IL 60045

10925    W W GRAINGER INC, DEPT 136 - 841664873, PALATINE, IL 60038-0001

10925    W W GRAINGER INC, DEPT 136 - 855483335, PALATINE, IL 60038-0001

10925    W W GRAINGER INC, DEPT 332-803860634, PALATINE, IL 60038

10925    W W GRAINGER INC, DEPT 352-804421162, PALATINE, IL 60038

10925    W W GRAINGER INC, DEPT 480 - 823973359, PALATINE, IL 60038-0001

10925    W W GRAINGER INC, DEPT 480 - 827429804, PALATINE, IL 60038-0001

10925    W W GRAINGER INC, DEPT 521 - 852628031, PALATINE, IL 60038-0001

10925    W W GRAINGER INC, DEPT 600 - 846569408, PALATINE, IL 60038-0001

10925    W W GRAINGER INC, DEPT 600 - 853133809, PALATINE, IL 60038-0001

10925    W W GRAINGER INC, DEPT C-PAY - 248, PALATINE, IL 60038-0002

10925    W W GRAINGER INC, DEPT C-PAY - OAL, PALATINE, IL 60038-0002

10925    W W GRAINGER INC, DEPT C-PAY 248, NORTH SUBURBAN, IL 60251-0002

10925    W W GRAINGER INC, DEPT C-PAY-248, PALATINE, IL 60038-0002

10925    W W GRAINGER INC, DEPT. 136-855816807, PALATINE, IL 60038-0001

10925    W W GRAINGER INC, DEPT. 168-802167502, PALATINE, IL 60038-0001

10925    W W GRAINGER INC., 1701 CLINE AVE., GARY, IN 46406

10925    W W GRAINGER, 1516 GORDON HWY, EVANS, GA 30809

10925    W W GRAINGER, DEPT 136 - 843810714, PALATINE, IL 60038-0001

10925    W W GRAINGER, DEPT C-PAY - 248, PALATINE, IL 60038-0002

10925    W W GRAINGER, INC, 6450 S. AUSTIN AVE, CHICAGO, IL 60638-5352

10925    W W GRAINGER, INC, DEPT 088 - 847828159, PALATINE, IL 60038-0001

10925    W W GRAINGER, INC, PO BOX 3074, NORTHBROOK, IL 60065-3074

10925    W W GRAINGER, INC, PO BOX 896, SKOKIE, IL 60251-0001

10925    W W GRAINGER, PALATINE, IL 60038-0001

10924    W W NASH & SONS CONSTRUCTION, 1400 BROOK ROAD, RICHMOND, VA 23220

10925    W W NEIKIRK TR, UA JUN 20 94, WALDO W NEIKIRK TRUST, 581 CHALETTE DR, BEVERLY HILLS, CA 90210-1915

10924    W W THOMPSON CONCRETE, HWY 371 SOUTH, BRAINERD, MN 56401

10924    W W THOMPSON CONCRETE, P O BOX 87, BRAINERD, MN 56401

10925    W W TRUCKING CO., HWY 574, PO BOX 800, DOVER, FL 33527-0800

10925    W WARNER BURKE ASSOCIATES, 201 WOLFS LANE, PELHAM, NY 10803

10925    W WEISE, 126 PELICAN LOOP, PITTSBURG, CA 94565

10925    W&F TRANSPORTATION, PO BOX 1055, MONTGOMERY, TX 77356

10924    W&O CONSTRUCTION CO., 13064 SCOTT HWY., HELENWOOD, TN 37755

10925    W&W OFFICE SUPPLIES, PO BOX 53, DALLAS, GA 30132

10925    W. A. HAMMOND DRIERITE CO. LTD, PO BOX 460, XENIA, OH 45385

10924    W. ADAMS, 4323 CRITES STREET, HOUSTON, TX 77003

10925    W. BRAUN COMPANY, PO BOX 95621, CHICAGO, IL 60694

10924    W. C. ENGLISH CONSTRUCTION, C/O GEORGIA-PACIFIC CORP., BIG ISLAND, VA 24526

10924    W. COAST FIRE./TULLEY COFFEE HOUSE, C/O WEST COAST FIREPROOFING, SEATTLE, WA 98101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | W. COAST FIRE./VIKING TERMINAL, 18221 E. VALLEY HWY., KENT, WA 98032 | |
| 10925 | W. COOPER & SONS PAVING, 26 WHARTON AVE., MINE HILL, NJ 07803 | |
| 10924 | W. F. SAUNDERS & SONS INC, DRAWER A, NEDROW, NY 13120 | |
| 10924 | W. F. SAUNDERS & SONS INC., 5126 S. ONONDAGO RD., NEDROW, NY 13120 | |
| 10924 | W. G. BLOCK CO, PO BOX 3010, DAVENPORT, IA 52808 | |
| 10924 | W. G. BLOCK CO., 61 & BLACKHAWK TRAIL, MOUNT JOY, IA 52804 | |
| 10924 | W. G. BLOCK, 317 E 4TH STREET, DAVENPORT, IA 52801 | |
| 10924 | W. G. BLOCK, 400 EAST 4TH, DAVENPORT, IA 52808 | |
| 10924 | W. G. BLOCK, HIGHWAY 61 N. & 39TH ST., BETTENDORF, IA 52722 | |
| 10924 | W. G. BLOCK, P O BOX 3010, DAVENPORT, IA 52808 | |
| 10925 | W. G. DURANT CORP, 10805 PAINTER AVE, SANTA FE SPRINGS, CA 90670 | |
| 10924 | W. G. YATES & SONS CONC., P O BOX 456, PHILADELPHIA, MS 39350 | |
| 10925 | W. H. C. REALTY CORP, 83 CALVERT ST, HARRISON, NY 10528 | |
| 10925 | W. H. SALISBURY & CO., PO BOX 1060, SKOKIE, IL 60077 | |
| 10924 | W. HOTEL, 201 PARK AVE, NEW YORK, NY 10011 | |
| 10925 | W. J. MALONEY PLUMBING CO. INC, 9119 NORTH 7TH ST. STE.103, PHOENIX, AZ 85020 | |
| 10924 | W. J. MENEFEE, JOPLIN, MO 64801 | |
| 10924 | W. J. MENEFEE, P. O. BOX 998, SEDALIA, MO 65301 | |
| 10924 | W. J. MENEFEE, ROUTE 2 BOX 75AA, KNOB NOSTER, MO 65336 | |
| 10925 | W. J. MOUNTFORD INC., 170 COMMERCE WAY, SO. WINDSOR, CT 06074 | |
| 10925 | W. J. WADSWORTH & ASSOC. INC., 516 WEST CAMPUS DRIVE, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | W. K. COSTANZO, 6058 NW 31ST WAY, BOCA RATON, FL 33496 | |
| 10924 | W. L. GORE & ASSOCIATES, 101 LEWISVILLE ROAD, BALTIMORE, MD 21221 | |
| 10924 | W. L. GORE & ASSOCIATES, PO BOX1100, ELKTON, MD 21922 | |
| 10924 | W. M. BARR CO., 2121 CHANNEL AVE., MEMPHIS, TN 38103 | |
| 10924 | W. M. BARR CO., CAMBRIDGE, MA 02140 | |
| 10924 | W. R. GRACE & CO, 5770 HIGHWAY Y, HILLSBORO, MO 63050 | |
| 10925 | W. R. GRACE & CO. - 4973, 34 SPUR DRIVE, EL PASO, TX 79906 | |
| 10924 | W. R. GRACE & CO. - CONN, FORM PACK DIVISION OF CRYOVAC, INDIANAPOLIS, IN 46268 | |
| 10925 | W. R. GRACE & CO.- CONN. (001), 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W. R. GRACE & CO.- CONN. (4850), ATTN:  GARY COMBS, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W. R. GRACE & CO.- CONN., 1200 N. W. 15TH AVE., POMPANO BEACH, FL 33069 | |
| 10925 | W. R. GRACE & CO.- GRACE CONSTRUCTION PRODUCTS, 830 N HIGHWAY 25, TRAVELERS REST, SC 29690-8990 | |
| 10925 | W. R. GRACE & CO.- GRACE CONSTRUCTION PRODUCTS, 900 NORTH 43RD, MILWAUKEE, WI | |
| 10925 | W. R. GRACE & CO., 1170 EAGAN INDUSTRIAL ROAD, SAINT PAUL, MN 55121-1227 | |
| 10925 | W. R. GRACE & CO., 1200 NW 15 AVE, POMPANO BEACH, FL 33069 | |
| 10925 | W. R. GRACE & CO., 369 WASHINGTON ST, WOBURN, MA 01810 | |
| 10925 | W. R. GRACE & CO., 4220 WEST GLENROSA, PHOENIX, AZ 85019 | |
| 10925 | W. R. GRACE & CO., 50 INDEPENDENCE ROAD, ACTON, MA 01720 | |
| 10925 | W. R. GRACE & CO., 5513 U.S. HWY 60 EAST, OWENSBORO, KY 42303 | |
| 10925 | W. R. GRACE & CO., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | W. R. GRACE & CO., BREWER ROAD, WATERLOO, NY | |
| 10924 | W. R. GRACE & CO., CAMBRIDGE, MA 02140 | |
| 10924 | W. R. GRACE & CO., DAVISON CHEMICAL DIV., 7500 GRACE DR. / BLDG. 25, COLUMBIA, MD 21044 | |
| 10924 | W. R. GRACE & CO., FELIPE RODRIGUEZ, ARLINGTON, TX 76018 | |
| 10925 | W. R. GRACE & CO., GRACE CONSTRUCTION PRODUCTS, 2651 MANILA RD, DALLAS, TX 75212-4924 | |
| 10925 | W. R. GRACE & CO., GRACE CONSTRUCTION PRODUCTS, 6851 SMITH AVE., NEWARK, CA 94560 | |
| 10924 | W. R. GRACE & CO., MIKE REITER, AMERY, WI 54001 | |
| 10925 | W. R. GRACE & CO.-CONN., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | W. R. GRACE & CO.-CONN., PO BOX 75147, CHARLOTTE, NC 28275 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | W. R. GRACE & COMPANY, 2500 S. GARNSEY, SANTA ANA, CA 92707 | |
| 10924 | W. R. GRACE & COMPANY, 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | W. R. GRACE & COMPANY, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W. R. GRACE & COMPANY, 657- 82ND STREET, AMERY, WI 54001 | |
| 10924 | W. R. GRACE & COMPANY, 9 BLACKTWIG COURT, LAKE ZURICH, IL 60047 | |
| 10924 | W. R. GRACE & COMPANY, WASHINGTON RESEARCH CENTER, 7379 - ROUTE 32, COLUMBIA, MD 21044 | |
| 10924 | W. R. GRACE (IRELAND) LTD., WESTERN INDUSTRIAL ESTATES, UNIT 200 HOLLY ROAD, DUBLIN, 12IRL | *VIA Deutsche Post* |
| 10925 | W. R. GRACE (PHILIPPINES) INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | W. R. GRACE CAPITAL CORPORATION, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | W. R. GRACE ITALIANA S P A, VIA TRENTO 7, PASSIRANA DI RHO, MI 20017 | |
| 10924 | W. R. GRACE ITALIANA S.P.A. (423), VIA TRENTO, 7, PASSIRANA DI RHO, 20017ITA | *VIA Deutsche Post* |
| 10925 | W. R. GRACE LAND CORPORATION, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10924 | W. R. GRACE LTD, C/O NORTHERN FREIGHT SERVICES LTD., ABBEY LANE INDUSTRIAL ESTATE, BURSCOUGH, 997MU3GBR | *VIA Deutsche Post* |
| 10925 | W. R. GRACE N.V. (ANTILLES), 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10924 | W. R. GRACE SANTA ANA, SANTA ANA, 2502 SO.GARNSEY ST., SANTA ANA, CA 92707 | |
| 10924 | W. R. GRACE, 1004 LINCOLN ROAD, BELLEVUE, NE 68005 | |
| 10925 | W. R. MEADOWS INC, DEPT 77-9412, CHICAGO, IL 60678-9412 | |
| 10924 | W. R.GRACE & COMPANY, COLUMBUS STREET TERMINAL, CHARLESTON, S. C., MA 99999 | |
| 10924 | W. REYNEVELD CONCRETE CONSTUCTORS, 4340 FRUITVALE, BAKERSFIELD, CA 93308 | |
| 10924 | W. REYNEVELD CONSTRUCTION INC., 2911 LANDCO DRIVE, BAKERSFIELD, CA 93308 | |
| 10924 | W. REYNEVELD, CLOVIS AVENUE AND SHIELDS STREET, WHERE SHIELDS ST. INTERSECTS DAKOTA, FRESNO, CA 93727 | |
| 10924 | W. SAHARA LIBRARY, BONANZA, LAS VEGAS, NV 89101 | |
| 10924 | W. T. CONGLETON COMPANY, 613 LACO DRIVE, LEXINGTON, KY 40510 | |
| 10925 | W. W. GRAINGER, 1250 BUSCH PKWY, BUFFALO GROVE, IL 60089 | |
| 10925 | W. W. GRAINGER, 4545 DARIEN ST, HOUSTON, TX 77028 | |
| 10925 | W. W. GRAINGER, DEPT.088/81-603-186-8, PALATINE, IL 60038 | |
| 10924 | W. W. HENRY COMPANY, 210 WEST TAFT AVENUE, ORANGE, CA 92667 | |
| 10925 | W. WARNER BURKE ASSOCIATE, 201 WOLFS LANE, PELHAM, NY 10803 | |
| 10925 | W.A. HAMMOND DRIERITE CO., 138 DAYTON AVE., XENIA, OH 45385 | |
| 10925 | W.A. HAMMOND DRIERITE COMPANY LTD., PO BOX 460, XENIA, OH 45385 | |
| 10925 | W.A. HAMMOND DRIERITE COMPANY, PO BOX 460, XENIA, OH 45385 | |
| 10925 | W.A. MONCRIEF ESTATE, NINTH & COMMERCE, FORT WORTH, TX 76102-6403 | |
| 10924 | W.A. ROOSEVELT COMPANY, 2727 COMMERCE STREET, LACROSSE, WI 54603 | |
| 10924 | W.A. ROOSEVELT COMPANY, PO BOX 1208, LACROSSE, WI 54602-1208 | |
| 10925 | W.A. TOMPKINS CO. INC., 598 MAPLE ST, HATHORNE, MA 01937-0037 | |
| 10925 | W.A. WILDE CO., 200 SUMMER ST, PO BOX 5838, HOLLISTON, MA 01746-5838 | |
| 10924 | W.A. WILSON, INC, DIVISION OF W.A. WILSON, INC., 6 INDUSTRIAL PARK DRIVE, WHEELING, WV 26003 | |
| 10924 | W.A. WILSON, INC., 6 INDUSTRIAL PARK DRIVE, WHEELING, WV 26003 | |
| 10925 | W.A. WOOD, 108 SPRING ST, EVERETT, MA 02149 | |
| 10925 | W.A.C.M.A., 403 VIRGINIA DR, OAKDALE, PA 15071 | |
| 10924 | W.C. CRAMER BUILDING/FEDERAL BLDG., 141 1ST. AVE. SOUTH, SAINT PETERSBURG, FL 33701 | |
| 10924 | W.C. STEWART CONSTRUCTION, INC, PO BOX 1174, DUBUQUE, IA 52001 | |
| 10924 | W.C.NEWMAN, PO BOX 374, FARMVILLE, VA 23901 | |
| 10924 | W.C.STEWART CONST. INC., P.O.BOX 1174, DUBUQUE, IA 52001 | |
| 10924 | W.D. FORBES, 129 6TH AVENUE SOUTHEAST, MINNEAPOLIS, MN 55414 | |
| 10924 | W.D. ROBERTS LIBRARY, DELTA STATE UNIVERSITY, 100 5TH ST., CLEVELAND, MS 38732 | |
| 10924 | W.D.S. INC, CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  W.D.S.INC., 20301 10TH AVE S, SEATTLE, WA 98198

10925  W.E. AGLER PRODUCTS CO., 1814 LORIMER ROAD, PARMA, OH 44134

10925  W.E. CARLSON CORP., 1128 PAGNI DR., ELK GROVE, IL 60007-6685

10924  W.E. DAW CO. INC., 114 LEO AVENUE, SYRACUSE, NY 13206

10925  W.G. DURANT CORP., 2980-A ENTERPRISE ST, BREA, CA 92621

10925  W.G. DURANT CORPORATION, 10805 PAINTER AVE, SANTA FE SPRINGS, CA 90670

10924  W.G. LOCKHART CONCRETE SUPPLY, 193 GILCREST ROAD, MOGADORE, OH 44260

10924  W.G. LOCKHART CONCRETE SUPPLY, 800 W WATERLOO ROAD, AKRON, OH 44314

10924  W.G. LOCKHART CONCRETE SUPPLY, 800 W. WATERLOO RD., AKRON, OH 44314

10924  W.G. LOCKHART CONCRETE-DIP 3/30/00, 800 W. WATERLOO RD., AKRON, OH 44314

10924  W.G.YATES & SONS CONC., PO BOX456, PHILADELPHIA, MS 39350

10925  W.H. BRADY COMPANY, 6555 WEST GOODHOPE ROAD, MILWAUKEE, WI 53223

10925  W.H. COOKE & CO., PO BOX 263, FINKSBURG, MD 21048

10925  W.H.C. REALTY CORPORATION, SIERRA MGMT CORP GENERAL COUSEL, 292 MADISON AVE. 2ND FL, NEW YORK, NY 10017

10925  W.J. RUSCO COMPANY, 485 KENMORE ROAD, AKRON, OH 44314

10925  W.J. WADSWORTH & ASSOC., 9219 INDIANAPOLIS BLVD.,, HIGHLAND, IN 46322

10925  W.J. WADSWORTH & ASSOCIATES, 516 WEST CAMPUS DRIVE, ARLINGTON HEIGHTS, IL 60004

10924  W.J. WORD LUMBER CO., 101 EAST WILLOW ST., SCOTTSBORO, AL 35768

10924  W.J. WORD LUMBER CO., CAMBRIDGE, MA 99999

10925  W.KEITH LAIN, EIGHT GREENWAY PLAZA, HOUSTON, TX 77046

10924  W.L. GORE & ASSOCIATES, 501 VIEVE'S WAY, ELKTON, MD 21921

10924  W.L. GORE & ASSOCIATES, BUILDING 3, 100 AIRPORT ROAD, ELKTON, MD 21921

10925  W.L. GORE & ASSOCIATES, PO BOX 1100, ELKTON, MD 21922-1100

10924  W.L. GORE & ASSOCIATES, PO BOX 1320, ELKTON, MD 21922-1320

10924  W.L. GORE & ASSOCIATES, PO BOX 1550, ELKTON, MD 21922-1550

10924  W.L. GORE, 2401 SINGERLY ROAD, ELKTON, MD 21921

10924  W.L. GORE, PO BOX 1220, ELKTON, MD 21922

10924  W.L. TUCKER SUPPLY, 2800 2ND STREET, CUYAHOGA FALLS, OH 44221

10924  W.L. TUCKER SUPPLY, 2800 SECOND STREET, CUYAHOGA FALLS, OH 44221

10924  W.M. BARR CO., P.O. BOX 1879, MEMPHIS, TN 38101

10924  W.M. CAMERON CO., ATTN:  ACCOUNTS PAYABLE, DALLAS, TX 75355

10924  W.M. SINCLAIR HORTICULTURE, LTD., FIRTH ROAD, LINCOLN, DN212QBGBR    *VIA Deutsche Post*

10925  W.N. STEVENSON COMPANY, POBOX 7777-W8450, PHILADELPHIA, PA 19175

10924  W.P. ROSE SUPPLY CO.  (4196), 710 N. JAMES ST., GOLDSBORO, NC 27530

10924  W.R GRACE AFRICA (PTY) LTD., KEMPTON PARK, 64 RIGGER ROAD SPARTAM, TRANSVAAL, 0ZAF    *VIA Deutsche Post*

10924  W.R GRACE TAIWAN - LOAN (786), 14F-1 #30 PEI PING E. RD., TAIPEI, 32417TWN    *VIA Deutsche Post*

10925  W.R. BILL NOBLES TRUSTEE, 210 COURT HOUSE, CHATTANOOGA, TN 37402-1494

10924  W.R. BONSAL CO., 1200 N.W. 18TH ST., POMPANO BEACH, FL 33069

10924  W.R. BONSAL CO., 4082 BONSAL RD., CONLEY, GA 30027

10924  W.R. BONSAL CO., 5455 N. 59TH ST., TAMPA, FL 33610

10924  W.R. BONSAL CO., PO BOX241148, CHARLOTTE, NC 28224

10924  W.R. BONSAL COMPANY, 4083 BONSAL ROAD, CONLEY, GA 30027

10924  W.R. BONSAL, 4083 BONSAL RD., CONLEY, GA 30027

10924  W.R. BONSAL, CAMBRIDGE, MA 99999

10924  W.R. GRACE % ATKINSON'S, 3150 E. 47TH STREET, TUCSON, AZ 85713

10924  W.R. GRACE & CO - CONN., 550 CHEMICAL ROAD, BALTIMORE, MD 21226

10925  W.R. GRACE & CO - CONN., 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10924  W.R. GRACE & CO, 5500 CHEMICAL ROAD, CURTIS BAY, MD 21226

10925  W.R. GRACE & CO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925  W.R. GRACE & CO, 7379 RT. 32, COLUMBIA, MD 21044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | W.R. GRACE & CO, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & CO, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO, HIGHWAY 25 BYPASS, TRAVELERS REST, SC 29690 | |
| 10924 | W.R. GRACE & CO.  (302), AVENIDA MICHAEL FARADAY 671, LIMA 3, PER | *VIA Deutsche Post* |
| 10925 | W.R. GRACE & CO. - CONN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO. - CONN, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO. - CONN.  (1001), 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO. - CONN.  (1006), 5225 PHILLIP LEE DRIVE, ATLANTA, GA 30336 | |
| 10924 | W.R. GRACE & CO. - CONN.  (1007), 2140 DAVIS STREET, SAN LEANDRO, CA 94577 | |
| 10924 | W.R. GRACE & CO. - CONN.  (1008), SAMPLE ACCOUNT, 5529 US 60 E, OWENSBORO, KY 42303 | |
| 10924 | W.R. GRACE & CO. - CONN.  (1021), 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO. - CONN.  (1097), 2140 DAVIS STREET, SAN LEANDRO, CA 94577 | |
| 10925 | W.R. GRACE & CO. - CONN.  (1006), 5225 PHILLIP LEE DRIVE, SW, ATLANTA, GA 30336 | |
| 10925 | W.R. GRACE & CO. - CONN.  (1008), 5525 US 60 E, OWENSBORO, KY 42303 | |
| 10924 | W.R. GRACE & CO. - CONN.  (1008), 5529 US 60 E, OWENSBORO, KY 42303 | |
| 10925 | W.R. GRACE & CO. - CONN.  (4838), POMPANO BEACH FL, PO BOX 96160, CHICAGO, IL 60693 | |
| 10925 | W.R. GRACE & CO. - CONN., 1200 NW 15 AVE., POMPANO BEACH, FL 33069 | |
| 10925 | W.R. GRACE & CO. - CONN., 2140 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10924 | W.R. GRACE & CO. - CONN., 342 JALAN BOON LAY, SINGAPORE, 0SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., 35 HERMINA U, BUDAPEST, 0HUN | *VIA Deutsche Post* |
| 10925 | W.R. GRACE & CO. - CONN., 50 INDEPENDENCE ROAD, ACTON, MA 01720 | |
| 10924 | W.R. GRACE & CO. - CONN., 5400 BROKEN SOUND BLVD NW, BX #5050, BOCA RATON, FL 33487 | |
| 10924 | W.R. GRACE & CO. - CONN., 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | W.R. GRACE & CO. - CONN., 6051 WEST 65TH STREET, CHICAGO, IL 60638 | |
| 10925 | W.R. GRACE & CO. - CONN., 62 WHITTEMORE AVE, CAMBRIDGE, ID 02140 | |
| 10924 | W.R. GRACE & CO. - CONN., 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO. - CONN., 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140-1111 | |
| 10924 | W.R. GRACE & CO. - CONN., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & CO. - CONN., ATTN:  CHRISTY PEARSON, I-85 & HIGHWAY 290, DUNCAN, SC 29334 | |
| 10924 | W.R. GRACE & CO. - CONN., ATTN:  DEBBIE JOHNSON, BALTIMORE, MD 21202 | |
| 10924 | W.R. GRACE & CO. - CONN., ATTN:  PAUL HAMILTON, UPPER MILLE, STONEHOUSE, GLOUCESTERSHIRE, GL GL10 2BJUNK | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., ATTN: DARLENE SPENCER, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO. - CONN., ATTN: MIKE REITER, AMERY, WI 54001 | |
| 10924 | W.R. GRACE & CO. - CONN., BIRKBUSCHSTRASSE 54-56, BERLIN, 12167DEU | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., C/O CROWLEY AMERICAN TRANSPORT, IMESON DISTRIBUTION CENTER, 555 HECKSCHER DRIVE, JACKSONVILLE, FL 32226 | |
| 10924 | W.R. GRACE & CO. - CONN., C/O DOLE PURCHASING CO., ATTN: WALDO BERNAL 601-864-8282, EAST PIER, GULFPORT, MS 39502 | |
| 10924 | W.R. GRACE & CO. - CONN., C/O FADESA, K V MARK CORP, 5220 N W 72ND AVE, MIAMI, FL 33166 | |
| 10924 | W.R. GRACE & CO. - CONN., C/O FNBB ACCT #502-77386, 100 FEDERAL STREET, BOSTON, MA 02110 | |
| 10924 | W.R. GRACE & CO. - CONN., C/O INTERNATIONAL FREIGHT SERVICES, ATLANTA, GA 99999 | |
| 10924 | W.R. GRACE & CO. - CONN., C/O IVARAN LINES, GARDEN CITY TERMINAL, 301 17N COASTAL HWY, GARDEN CITY, GA 31408 | |
| 10924 | W.R. GRACE & CO. - CONN., CALLE RIERO DE FONOLLAR 12, 08830 SANT BOIT DE LLOBREGAT, BARCELONA, 0ESP | *VIA Deutsche Post* |
| 10925 | W.R. GRACE & CO. - CONN., CAPPARA STATION, CAPARRA, PR 922 | |
| 10925 | W.R. GRACE & CO. - CONN., CAPPARA STATION, CAPPARA STATION, CAPARRA, PR 922 | |
| 10924 | W.R. GRACE & CO. - CONN., DEVON HOUSE, 20TH FLOOR, 979 KING'S ROAD, QUARRY BAY, 0HKG | *VIA Deutsche Post* |
| 10925 | W.R. GRACE & CO. - CONN., DISPENSERS/INJECTORS, PO BOX 96160, CHICAGO, IL 60693 | |
| 10924 | W.R. GRACE & CO. - CONN., ENGLAND/EUROPE, LEXINGTON, MA 02173 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | W.R. GRACE & CO. - CONN., EXPORT DEPT, CHICAGO, IL 60693 | |
| 10924 | W.R. GRACE & CO. - CONN., GRACE - HONG KONG, LEXINGTON, MA 02173 | |
| 10924 | W.R. GRACE & CO. - CONN., GRACE - SINGAPORE, LEXINGTON, 02173SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., GRACE - VENEZUELA, ., GA 99999 | |
| 10924 | W.R. GRACE & CO. - CONN., GRACE SPECIALTY CHEMICAL, JAPAN / PACIFIC, LEXINGTON, MA 02173 | |
| 10924 | W.R. GRACE & CO. - CONN., GRACE SPECIALTY CHEMICALS, MEXICO / SOUTH AMERICA, LEXINGTON, MA 02173 | |
| 10924 | W.R. GRACE & CO. - CONN., GRACE/KOREA, LEXINGTON, MA 02173 | |
| 10924 | W.R. GRACE & CO. - CONN., HARMONY AVENUE, ADAMS, MA 01220 | |
| 10925 | W.R. GRACE & CO. - CONN., HWY 221, ENOREE, SC 29335 | |
| 10924 | W.R. GRACE & CO. - CONN., KURPFALZRING 104., D-6900, HEIDELBERG 1, 0DEU | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., LA TRAVESIA NRO.  6967 PUDAHUEL, SANTIAGO, 0CHL | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., LOC 047, 701 SOUTH KANSAS AVENUE, OLATHE, KS 66061-4444 | |
| 10924 | W.R. GRACE & CO. - CONN., MOLTKESTRASSE 32, DUSSELDORF, 0DEU | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1111 | |
| 10925 | W.R. GRACE & CO. - CONN., PO BOX 75147, CHARLOTTE, NC 28275 | |
| 10925 | W.R. GRACE & CO. - CONN., PO BOX 91548, CHICAGO, IL 60693 | |
| 10925 | W.R. GRACE & CO. - CONN., PO BOX 96110, CHICAGO, IL 60693 | |
| 10925 | W.R. GRACE & CO. - CONN., PO BOX 96537, CHICAGO, IL 60693-6537 | |
| 10924 | W.R. GRACE & CO. - CONN., SUITE 307, 6960 KOLL CENTER PARKWAY, PLEASANTON, CA 94566 | |
| 10924 | W.R. GRACE & CO. - CONN., TECHNICAL CENTRE, AJAX AVENUE, SLOUGH  BERKS, LO 0UNK | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., V SADECH 4/15, 16000 PRAGUE 6, BUBENEC, 0CZE | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN., VIA TRENTO 7, 1-20017 PASSIRANA DI RHO, MILANO, 0ITA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO. - CONN, CHICAGO, IL 60693-6666 | |
| 10925 | W.R. GRACE & CO. - CONN., WILMINGTON NC, PO BOX 96160, CHICAGO, IL 60693 | |
| 10925 | W.R. GRACE & CO. - CONN., ZELLWOOD, PO BOX 96160, CHICAGO, IL 60693 | |
| 10924 | W.R. GRACE & CO. (4613), 1330 INDUSRTY ROAD, HATFIELD, PA 19440 | |
| 10925 | W.R. GRACE & CO. (4613), 1330 INDUSTRY ROAD, HATFIELD, PA 19440 | |
| 10924 | W.R. GRACE & CO. (5200), 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | W.R. GRACE & CO. (5210), 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10924 | W.R. GRACE & CO. (5240), HIGHWAY 11-33/DAVISON  ROAD, LAKE CHARLES, LA 70602 | |
| 10925 | W.R. GRACE & CO. (5240), HWY 11-33/DAVISON ROAD, LAKE CHARLES, LA 70604 | |
| 10924 | W.R. GRACE & CO. (CASH CUSTOMER), CAMBRIDGE, MA 02140 | |
| 10925 | W.R. GRACE & CO.- CONN., PO BOX 96160, CHICAGO, IL 60693 | |
| 10925 | W.R. GRACE & CO. OF CANADA LTD., PLACE DARMES, MONTREAL QUEBE, QC H2Y 3L9CANADA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO.(302), AV. MICHAEL FARADAY 671, LIMA 3., LIMA, PER | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO., 10 EAST BALTIMORE STREET, BALTIMORE, MD 21203 | |
| 10925 | W.R. GRACE & CO., 100 N. MAIN ST 17THFL, MEMPHIS, TN 38103 | |
| 10924 | W.R. GRACE & CO., 1231 S. LINCOLN STREET, COLTON, CA 92324 | |
| 10924 | W.R. GRACE & CO., 213 KAOLIN ROAD, AIKEN, SC 29801 | |
| 10924 | W.R. GRACE & CO., 21520 MORRIS DR. (HWY. 6), MANVEL, TX 77578 | |
| 10925 | W.R. GRACE & CO., 228 E MAIN ST, WATERLOO, NY 13165-1529 | |
| 10924 | W.R. GRACE & CO., 2305 SNOWDON, ARLINGTON, TX 76018 | |
| 10925 | W.R. GRACE & CO., 2500 S GARNSEY ST, SANTA ANNA, CA 92707 | |
| 10925 | W.R. GRACE & CO., 2711 CENTERVILLE RD, SUITE 400, WILMINGTON, DE 19808 | |
| 10924 | W.R. GRACE & CO., 38  BAYBERRY STREET, PEPPERELL, MA 01463 | |
| 10924 | W.R. GRACE & CO., 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | W.R. GRACE & CO., 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO., 6300 BUTTON GWINNETT DRIVE, DORAVILLE, GA 30362 | |
| 10925 | W.R. GRACE & CO., 7237 E. GAGE AVE, LOS ANGELES, CA 90040 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | W.R. GRACE & CO., 7379 ROUTE 32, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & CO., 7500 GRACE DRIVE, BALTIMORE, MD 21202 | |
| 10924 | W.R. GRACE & CO., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | W.R. GRACE & CO., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & CO., 830 HIGHWAY 25 BYPASS, TRAVELERS REST, SC 29690 | |
| 10924 | W.R. GRACE & CO., ATT: MARK COLUMBUS, 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | W.R. GRACE & CO., ATTN:  DOUG KIRKNER, MACUNGIE, PA 18062 | |
| 10924 | W.R. GRACE & CO., ATTN: FELIPE RODRIGUEZ, ARLINGTON, TX 76018 | |
| 10924 | W.R. GRACE & CO., AV.MICHAEL FARADAY 671,ATE VITARTE, LIMA, PER | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO., BAYTOWN REFINERY/FCC UNIT #3, BAYTOWN, TX 77520 | |
| 10924 | W.R. GRACE & CO., C/O FELIPE RODRIGUEZ, ARLINGTON, TX 76018 | |
| 10924 | W.R. GRACE & CO., C/O FELIPE RODRIQUEZ, ARLINGTON, TX 76018 | |
| 10924 | W.R. GRACE & CO., C/O ROADWAY EXPRESS NVOCC, 2243 WREN STREET, NORTH CHARLESTON, SC 29418 | |
| 10924 | W.R. GRACE & CO., CPD, SOMERVILLE, NJ 08876 | |
| 10925 | W.R. GRACE & CO., DAREX CONTAINER PRODUCTS, 5225 PHILLIP LEE DRIVE, ATLANTA, GA 30336 | |
| 10924 | W.R. GRACE & CO., DAVISON CHEMICAL DIV., 10 E. BALTIMORE STREET, BALTIMORE, MD 21202 | |
| 10924 | W.R. GRACE & CO., DAVISON CHEMICAL DIVISION, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & CO., DAVISON CHEMICAL DIVISION, F.C.C. UNIT, WARREN, PA 16365 | |
| 10924 | W.R. GRACE & CO., GRACE PLAZA, 1114 AVE OF THE AMERICAS, NEW YORK, NY 00000-0000 | |
| 10924 | W.R. GRACE & CO., GRACE/GERMANY, ., GA 0 | |
| 10924 | W.R. GRACE & CO., ORGANIC CHEMICALS DIV., 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | W.R. GRACE & CO., ORGANIC CHEMICALS DIV., HIGHWAY 242 S, WEST HELENA, AR 72390 | |
| 10924 | W.R. GRACE & CO., PO BOX1347, DUNCAN, SC 29334 | |
| 10925 | W.R. GRACE & CO., ROCHESTER TANK FARM, ROCHESTER, NY | |
| 10924 | W.R. GRACE & CO.-CONN  (1005), 6050 W 51ST STREET, CHICAGO, IL 60638 | |
| 10924 | W.R. GRACE & CO.-CONN (001), ATTN. MARY BOUCHARD, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10925 | W.R. GRACE & CO.-CONN, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4045), 6051 WEST 65 ST., CHICAGO, IL 60638 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4065), 6050 WEST 51 ST., CHICAGO, IL 60638 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4251), 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4252), 1200 NW 15 AVE., POMPANO BEACH, FL 33069 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4253), 6051 WEST 65 ST., CHICAGO, IL 60638 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4255), 6960 KOLL CENTER PKWY., PLEASANTON, CA 94566 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4256), 4323 CRITES ST., HOUSTON, TX 77252 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4616), HWY 221, ENOREE, SC 29335 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4618), 1431 KINGSLAND AVENUE, PAGEDALE, MO 63133 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4619), 2601 COMMERCE BLVD., IRONDALE, AL 35210 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4656), 12340 CONWAY RD., BELTSVILLE, MD 20705 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4662), C/O LESTICIAN WAREHOUSE, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4668), FARWEST FREIGHT, 22140 76 AVENUE S., KENT, WA 98032 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4671), 7453 EMPIRE DR.  #165, FLORENCE, KY 41042 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4673), C/O TRANSHIELD WAREHOUSE, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4674), FARWEST FREIGHT, 4504 E. VALLEY HWY, SUMNER, WA 98390 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4675), 4220 WEST GLENROSA, PHOENIX, AZ 85019 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4676), 2502 GARNSEY ST., SANTA ANA, CA 92707 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4678), HIGHWAY 221, ENOREE, SC 29335 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4695), C/O  MARIETTA INDUSTRIAL STORAGE, 891 INDUSTRIAL PARK DRIVE, MARIETTA, GA 30062 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | W.R. GRACE & CO.-CONN. (4696), C/O BARRETT WAREHOUSE & TRANSPORT, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062 | |
| 10924 | W.R. GRACE & CO.-CONN. (4697), C/O RIO GRANDE COMPANY, 201 SANTA FE DR., DENVER, CO 80217 | |
| 10924 | W.R. GRACE & CO.-CONN. (4701), HWY 221, ENOREE, SC 29335 | |
| 10924 | W.R. GRACE & CO.-CONN. (4702), 1200 NW 15 AVE., POMPANO BEACH, FL 33069 | |
| 10924 | W.R. GRACE & CO.-CONN. (4703), HWY 221, ENOREE, SC 29335 | |
| 10924 | W.R. GRACE & CO.-CONN. (4715), HWY 221, ENOREE, SC 29335 | |
| 10924 | W.R. GRACE & CO.-CONN. (4801), MARIETTA INDUSTRIAL STORAGE, 891 INDUSTRIAL PARK DRIVE, MARIETTA, GA 30062 | |
| 10924 | W.R. GRACE & CO.-CONN. (4803), 1820 SOUTH 930 WEST, SALT LAKE CITY, UT 84104 | |
| 10924 | W.R. GRACE & CO.-CONN. (4806), 500 BREUNIG AVE., TRENTON, NJ 08638 | |
| 10924 | W.R. GRACE & CO.-CONN. (4815), MULFORD TEAM TRACK-ZONE06-TRACK 709, 2140 DAVIS STREET, SAN LEANDRO, CA 94577 | |
| 10924 | W.R. GRACE & CO.-CONN. (4821), 16201 COMMERCE WY, PHOENIX, AZ 85019 | |
| 10924 | W.R. GRACE & CO.-CONN. (4823), 127A GAITHER DR., MOUNT LAUREL, NJ 08054 | |
| 10924 | W.R. GRACE & CO.-CONN. (4828), 6606 MARSHALL BLVD., LITHONIA, GA 30058 | |
| 10924 | W.R. GRACE & CO.-CONN. (4829), 6051 WEST 65 ST., CHICAGO, IL 60638 | |
| 10924 | W.R. GRACE & CO.-CONN. (4831), FREIGHT HOUSE RD., WEST BROOKFIELD, MA 01585 | |
| 10924 | W.R. GRACE & CO.-CONN. (4833), 3065 SOUTH 637 WEST, SALT LAKE CITY, UT 84119 | |
| 10924 | W.R. GRACE & CO.-CONN. (4835), 6445 WEST JONES AVE., ZELLWOOD, FL 32798 | |
| 10924 | W.R. GRACE & CO.-CONN. (4836), HIGHWAY 421, WILMINGTON, NC 28402 | |
| 10924 | W.R. GRACE & CO.-CONN. (4837), 733 LANEY-WALKER BLVD, AUGUSTA, GA 30903 | |
| 10924 | W.R. GRACE & CO.-CONN. (4838), 1200 NW 15 AVE., POMPANO BEACH, FL 33069 | |
| 10924 | W.R. GRACE & CO.-CONN. (4839), 4323 CRITES ST., HOUSTON, TX 77003 | |
| 10924 | W.R. GRACE & CO.-CONN. (4847), 2133 85 ST., NORTH BERGEN, NJ 07047 | |
| 10924 | W.R. GRACE & CO.-CONN. (4848), RAIL SPUR ZTS60-715, 7237 EAST GAGE AVE., CITY OF COMMERCE, CA 90040 | |
| 10924 | W.R. GRACE & CO.-CONN. (4849), 4323 CRITES ST., HOUSTON, TX 77003 | |
| 10924 | W.R. GRACE & CO.-CONN. (4851), BLDG J-5, FREEPORT CENTER, CLEARFIELD, UT 84016-0188 | |
| 10924 | W.R. GRACE & CO.-CONN. (4897), HWY 221, ENOREE, SC 29335 | |
| 10924 | W.R. GRACE & CO.-CONN. (4899), CAPPARA STATION, SAN JUAN, PR 922PUERTO RICO | *VIA Deutsche Post* |
| 10924 | W.R. GRACE & CO.-CONN. (4913), 4220 WEST GLENROSA AVE., PHOENIX, AZ 85063 | |
| 10924 | W.R. GRACE & CO.-CONN. (4914), BERTH 70-71,SIGNAL ST, SAN PEDRO, CA 90733 | |
| 10924 | W.R. GRACE & CO.-CONN. (4915), 2900 E. ALLEGHENY AVE, PHILADELPHIA, PA 19134 | |
| 10924 | W.R. GRACE & CO.-CONN. (4931), 1100 24 ST. STE. G, KENNER, LA 70062 | |
| 10924 | W.R. GRACE & CO.-CONN. (4939), 540 FORD AVE., JACKSON, MS 39209 | |
| 10924 | W.R. GRACE & CO.-CONN. (4941), 1830 W. OHIO STREET, EVANSVILLE, IN 47712 | |
| 10924 | W.R. GRACE & CO.-CONN. (4942), 100 CRAWFORD ST., UNIT 4, LEOMINSTER, MA 01453 | |
| 10924 | W.R. GRACE & CO.-CONN. (4955), 205 INTERNATIONAL DR., OAKDALE, PA 15071 | |
| 10924 | W.R. GRACE & CO.-CONN. (4962), APPLETON, WI 54911 | |
| 10924 | W.R. GRACE & CO.-CONN. (4963), 6050 WEST 51 ST., CHICAGO, IL 60638 | |
| 10924 | W.R. GRACE & CO.-CONN. (4964), C/O WORLDWIDE RECLAMATION INC, 720 EASY STREET, GARLAND, TX 75042 | |
| 10924 | W.R. GRACE & CO.-CONN. (4966), 1170 EAGAN INDUSTRIAL ROAD, EAGAN, MN 55121 | |
| 10924 | W.R. GRACE & CO.-CONN. (4969), 1878 SPENCER ST., TOLEDO, OH 43609 | |
| 10924 | W.R. GRACE & CO.-CONN. (4971), C/O AGENCY TRANSPORT, 1224 BELLAMAH N.W., ALBUQUERQUE, NM 87103 | |
| 10924 | W.R. GRACE & CO.-CONN. (4972), 807 PRESLEY RD. STE. 410, CHARLOTTE, NC 28217 | |
| 10924 | W.R. GRACE & CO.-CONN. (4973), C/O DANZAS AEI INTERNATIONAL, 8470 GRAND VISTA, EL PASO, TX 79907 | |
| 10924 | W.R. GRACE & CO.-CONN. (4974), 7950 NORTH ALLISON AVE., INDIANAPOLIS, IN 46268 | |
| 10924 | W.R. GRACE & CO.-CONN. (4976), 4511 SOUTH BUFFALO RD., LAS VEGAS, NV 89117 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | W.R. GRACE & CO.-CONN.  (4979), (540)891-1386, 4711-A EWELL DRIVE, FREDERICKSBURG, VA 22408 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4981), 1115 EAST MAIN STREET, ROCHESTER, NY 14609 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4989), 4650 W. COMMERCIAL DRIVE, HILLSBORO, MO 63050 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4994), 43 ST. SE & CARLISLE RD., DES MOINES, IA 50317 | |
| 10924 | W.R. GRACE & CO.-CONN.  (4997), 5943 BROADWAY UNIT 2, DENVER, CO 80216 | |
| 10924 | W.R. GRACE & CO.-CONN. - 001, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO.-CONN. (001), 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | W.R. GRACE & CO.-CONN. (4941), 1830 WEST OHIO ST, EVANSVILLE, IN 47712 | |
| 10924 | W.R. GRACE & CO.-CONN., 202 JACOBS AVENUE, FORT WAYNE, IN 46808 | |
| 10924 | W.R. GRACE & CO.-CONN. 596 INDUSTRY DR., SEATTLE, WA 98188 | |
| 10925 | W.R. GRACE & CO.-CONN., 62 WHITTEMORE AVE, NORTH CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO.-CONN., 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & CO.-CONN., 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10925 | W.R. GRACE & CO.-CONN., 733 LANEY WALKER BLVD., AUGUSTA, GA 30901 | |
| 10925 | W.R. GRACE & CO.-CONN., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & CO.-CONN., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & CO.-CONN., 901 NORTH GREENWOOD AVENUE, KANKAKEE, IL 60901 | |
| 10925 | W.R. GRACE & CO.-CONN., GRACE CONSTRUCTION PRODUCTS/RUSSELL PKWY, ACCESS RD TO INTERSTATE 75, RUSSELL PARKWAY, GA | |
| 10925 | W.R. GRACE & CO.-CONN., PO BOX 91548, CHICAGO, IL 60693 | |
| 10924 | W.R. GRACE & CO-CONN-GRACE DAVISON, 5500 CHEMICAL ROAD, CURTIS BAY, MD 21226 | |
| 10924 | W.R. GRACE & CO-CONN., 2305 SNOWDEN DRIVE, ARLINGTON, TX 76018 | |
| 10924 | W.R. GRACE & COMPANY - CONN, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & COMPANY, 2305 SNOWDEN, ARLINGTON, TX 76018 | |
| 10924 | W.R. GRACE & COMPANY, 2305 SNOWDON DRIVE, ARLINGTON, TX 76018 | |
| 10924 | W.R. GRACE & COMPANY, 2651 MANILA ROAD, DALLAS, TX 75222 | |
| 10924 | W.R. GRACE & COMPANY, 38 REGOLA DRIVE, IRWIN, PA 15642 | |
| 10924 | W.R. GRACE & COMPANY, 450 LANCASTER STREET, OAKLAND, CA 94601 | |
| 10924 | W.R. GRACE & COMPANY, 5720 N.E. 121ST AVENUE, VANCOUVER, WA 98666 | |
| 10924 | W.R. GRACE & COMPANY, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE & COMPANY, 6300 BUTTON GWINETT DRIVE, DORAVILLE, GA 30362 | |
| 10924 | W.R. GRACE & COMPANY, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & COMPANY, 830 HWY. 25 BYPASS, TRAVELERS REST, SC 29690 | |
| 10924 | W.R. GRACE & COMPANY, ATTN:  PHILLIP RODRIGUEZ, ARLINGTON, TX 76018 | |
| 10924 | W.R. GRACE & COMPANY, ATTN: DEBBIE JOHNSON/BLDG 25, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE & COMPANY, C/O CHAMBLESS COMPANY, DORAVILLE, GA 30362 | |
| 10924 | W.R. GRACE & COMPANY, C/O CHAMBLESS FIREPROOFING, DORAVILLE, GA 30362 | |
| 10924 | W.R. GRACE & COMPANY, DORAVILLE, GA 30340 | |
| 10924 | W.R. GRACE (AFRICA) (PTY) LTD, PO BOX2256, KEMPTON PARK, 01620ZAF | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (ATLANTA), ATLANTA, GA 30340 | |
| 10925 | W.R. GRACE (BALTIMORE), 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10924 | W.R. GRACE (BALTIMORE), 6945 SAN TOMAS RD., BALTIMORE, MD 21227 | |
| 10924 | W.R. GRACE (BEDFORD PARK), 6051 WEST 65TH STREET, BEDFORD PARK, IL 60638 | |
| 10924 | W.R. GRACE (BEDFORD PARK), 6051 WEST 65TH STREET, CHICAGO, IL 60638 | |
| 10924 | W.R. GRACE (HONG KONG) LTD. (4175), NATIONAL MUTUAL CENTRE, 151 GLOUCESTER ROAD, WANCHAI, HKG | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (HONG KONG) LTD. (769), 151 GLOUCESTER, WANCHAI, HKG | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (HONG KONG) LTD. (769), UNITS 1001-4, 10/F - AXA CENTRE, 151 GLOUCESTER ROAD, WANCHAI, HKG | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | W.R. GRACE (HONG KONG) LTD. (769), UNITS 1001-4, 10/F, AXA CENTRE, 151 GLOUCESTER ROAD, WANCHAI, HKG | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (HONG KONG) LTD. (769), UNITS 1001-4, 10/F, NATIONAL MUTUAL CENTRE, 151 GLOUCESTER ROAD, WANCHAI, HKG | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (HONG KONG) LTD., UNITS 1001-4, 10/F, NATIONAL MUTUAL CENTRE, 151 GLOUCESTER ROAD, WANCHAI, HKG | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (HOUSTON), 4323 CRITES ST., HOUSTON, TX 77003 | |
| 10924 | W.R. GRACE (IRELAND) LTD. (732), WESTERN INDUSTRIAL ESTATES, NAAS ROAD, DUBLIN, 12IRL | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (ITALIANA SPA) (423), VIA TRENTO 7, 1-20017 PASSIRANA DI RHO, MILANO, 20017ITA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (ITALIANA SPA) (423), VIA TRENTO 7, PASSIRANA DI RHO, 20017ITA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (MALAYSIA) SDN BHD (774), 7 LORONG CJ1/1, OFF JALAN BALAKONG, CHERAS JAYA, 43200MYS | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (MALAYSIA) SDN BHD (774), 7 LORONG CJ1/1A,OFF JALAN BALAKONG, CHERAS JAYA, 43200MYS | *VIA Deutsche Post* |
| 10925 | W.R. GRACE (MALAYSIA) SDN. BHD, OFF JALAN BALAKONG, CHERAS JAYA SELANGOR, 43200MALAYSIA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (MALAYSIA) SDN..BHD., BANGUNAN CHO-TEK  SR# 774, RM 601, 135 JALAN TUANKU ABDUL RAHMAN, KUALA LUMPUR, 50100MYS | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (MALAYSIA)SDN.BHD.(4161), BLKA LOT2 SOLOK SULTAN HISHAMMUDIN3, NKS SELAT KELANG UTARA, 40200MYS | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (MALAYSIA)SDN.BHD.(4162), LOT 23B & 24B, 1ST BLOCK C, PEARL COMMERCIAL CENTRE, JALAN TUN RAZAK, 93450MYS | *VIA Deutsche Post* |
| 10925 | W.R. GRACE (MALAYSIA)SDN.BHD.(4162), PEARL COMMERCIAL CENTRE, JALAN TUN RAZAK, 93450 | |
| 10924 | W.R. GRACE (MILWAUKEE), 7221 WEST PARKLAND CT., MILWAUKEE, WI 53223 | |
| 10924 | W.R. GRACE (NORTH BERGEN), 2133 85TH STREET, NORTH BERGEN, NJ 07047 | |
| 10924 | W.R. GRACE (PHILIPPINES) INC. (766), SILANGANG CANLUBANG INDUSTRIAL PARK, CANLUBANG, CALAMBA LAGUNA, PHL | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (PHILIPPINES) INC.(766), SILANGANG CANLUBANG INDUSTRIAL PARK, CANLUBANG,CALAMBA, LAGUNA, PHL | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (POMPANO BEACH), 1200 NW 15 AVENUE, POMPANO BEACH, FL 33069 | |
| 10924 | W.R. GRACE (S.A.S FRANCE) (414), BP 39, 33 ROUTE DE GALLARDON, EPERNON CEDEX, 28234FRANCE | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (SCOTTSDALE), 14901 NORTH SCOTTSDALE RD. STE. 306, SCOTTSDALE, AZ 85254 | |
| 10925 | W.R. GRACE (SINGAPORE) PTE. LIMITED, JURONG INDUSTRIAL TOWN, SINGAPORE, 02260SINGAPORE | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (SINGAPORE) PTE. LTD, 25 TANJONG PENJURU, JURONG INDUSTRIAL TOWN, 609024SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (SINGAPORE) PTE. LTD., #07-02A WHEELOCK PL, 501 ORCHARD RD, SINGAPORE, 238880SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (SINGAPORE) PTE. LTD., 25 TANJONG PENJURU, SINGAPORE, 509024SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (SINGAPORE) PTE. LTD., 25 TANJONG PENJURU, SINGAPORE, 609024SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (SINGAPORE) PTE. LTD., 47 JALAN BUROH, SINGAPORE, 619491SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (SINGAPORE) PTE. LTD., JURONG INDUSTRIAL TOWN, 25 TANJONG PENJURU, SINGAPORE, 609024SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (THAILAND) LIMITED (763), 253/2 BANGPOO INDUSTRIAL ESTATE, SUKHUMVIT ROAD, KM 34,, SAMUTPRAKARN 10280, IT 10280UNK | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (THAILAND) LIMITED, 253/2 BANGPOO INDUSTRIAL ESTATE, SAMUTPRAKARN, 10280THA | *VIA Deutsche Post* |
| 10925 | W.R. GRACE (THAILAND) LIMITED, SUKHUMVIT RD. KM.34,PRAKSA,MUANG, SAMUTPRAKARN, 10280THAILAND | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (THAILAND) LTD. (763), 253/2 BANGPOO INDUSTRIAL ESTATE, SUKHUMVIT ROAD, KM 34, SAMUTPRAKARN 10280, 10280THA | *VIA Deutsche Post* |
| 10925 | W.R. GRACE (THAILAND) LTD., 253/2 BANGPOO INDUSTRIAL ESTATE, SAMUTPRAKARN, 10280THAILAND | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (THAILAND) LTD., RAJADAMNOEN AVENUE, 100-104 MAINSION 1, BANGKOK THAILAND, 10200THA | *VIA Deutsche Post* |
| 10925 | W.R. GRACE (THAILAND) LTD., SUKHUMVIT KM, SAMUTPRAKARN, 10280THAILAND | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | W.R. GRACE (TPG STORE), 391 PARK ROAD (BLOCK M), REGENTS PARK, NSW, 02143AUSTRALIA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE (TPG STORE), TPG ARCHERFIELD OLD STORE, 14 COLEBARD STREET, ARCHERFIELD, 04108AUSTRALIA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE A/S (731), GENERATORVEJ 8D, HERLEV, 02730DNK | *VIA Deutsche Post* |
| 10924 | W.R. GRACE AFRICA (PTY) LTD. (4346), C/O CHEMAY (PTY) LTD., UNIT 13 DEVRO PARK, 2 DEVON ROAD, PINETOWN, 03610ZAF | *VIA Deutsche Post* |
| 10924 | W.R. GRACE AFRICA (PTY) LTD. (767), ATTN. LINDSAY WILLEMSE, CNR ISCOR & MILL ST., BELLVILLE, 07530ZAF | *VIA Deutsche Post* |
| 10924 | W.R. GRACE AFRICA (PTY) LTD. (767), CNR ISCOR & MILL ST., BELLVILLE, 07535ZAF | *VIA Deutsche Post* |
| 10924 | W.R. GRACE AFRICA (PTY) LTD.(4345), 64 RIGGER ROAD, KEMPTON PK, SPARTAN (JOHANNESBURG), 01620ZAF | *VIA Deutsche Post* |
| 10924 | W.R. GRACE AFRICA (PTY) LTD.(767), PO BOX2256, KEMPTON PARK, 01620ZAF | *VIA Deutsche Post* |
| 10924 | W.R. GRACE AFRICA (PTY) LTD., PO BOX274, BELLVILLE, 07535ZAF | *VIA Deutsche Post* |
| 10925 | W.R. GRACE AND CO, PO BOX 923, FREDERICKSBURG, VA 22404-0923 | |
| 10925 | W.R. GRACE AND CO. CONN., HOUSTON, POX BOX 96160, CHICAGO, IL 60693 | |
| 10925 | W.R. GRACE AND COMPANY (1470), AV MICHAEL FARADAY 671, LIMA 3, PERU | *VIA Deutsche Post* |
| 10924 | W.R. GRACE AND COMPANY, ATTN: FELIPE RODRIGUEZ, ARLINGTON, TX 76018 | |
| 10924 | W.R. GRACE AND COMPANY, CUSTOMER PICK-UP DORAVILLE, ATLANTA, GA 30362 | |
| 10925 | W.R. GRACE AND COMPANY, GRACE DAVISON DIVISION COUNSEL, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | W.R. GRACE ARGENTINA S.A. (1450), PRIMERA JUNTA N 570, QUILMES, 01878ARGENTINA | *VIA Deutsche Post* |
| 10925 | W.R. GRACE ARGENTINA S.A. (4450), PRIMERA JUNTA N 570, QUILMES, 01878ARGENTINA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE ARGENTINA S.A. (5450), PRIMERA JUNTA 550, 1878 QUILMES, PV., QUILMES, 01878ARG | *VIA Deutsche Post* |
| 10924 | W.R. GRACE ARGENTINA S.A. (816), ATTN. GRISELDA CHEFFER, PRIMERA JUNTA 550, 1878 QUILMES, BUENOS AIRES - ARGENTINA, 01878ARG | *VIA Deutsche Post* |
| 10924 | W.R. GRACE ARGENTINA S.A. (816), PRIMERA JUNTA 550, 1878 QUILMES, PV., BUENOS AIRES, 01878ARG | *VIA Deutsche Post* |
| 10925 | W.R. GRACE ARGENTINA S.A., PRIMERA JUNTA N 570, QUILMES, 01878 | |
| 10925 | W.R. GRACE ARGENTINA S.A., PRIMERA JUNTA N 570, QUILMES, 01878ARGENTINA | *VIA Deutsche Post* |
| 10925 | W.R. GRACE ARGENTINA SA, PRIMERA JUNTA 570, QUILMESPRO DE BUENOSAIRES, 08178ARGENTINA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE CANADA, INC. (799), 294 CLEMENTS ROAD WEST, AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10925 | W.R. GRACE HONG KONG LIMITED, 151 GLOUCESTER ROAD, WANCHAI, HONG KONG, HONG KONG | *VIA Deutsche Post* |
| 10924 | W.R. GRACE ITALIANA S.P.A. (423), ATTN. PAOLA ALTURA, VIA TRENTO 7, PASSIRANA DI RHO, 20017ITA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE ITALIANA S.P.A. (1525), ATTN. PAOLA ALTURA, VIA TRENTO 7, PASSIRANA DI RHO, 20017ITA | *VIA Deutsche Post* |
| 10925 | W.R. GRACE LIMITED, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R. GRACE LTD (IRELAND) (410), C/O ACCOUNTS PAYABLE PLANT 2,, AJAX AVENUE, SLOUGH, BERKSHIRE, SL1 4BHIRL | *VIA Deutsche Post* |
| 10924 | W.R. GRACE LTD. (413), ATTN: LAURENCE BRYANT, 635 AJAX AVENUE, SLOUGH, SL1 4BHGBR | *VIA Deutsche Post* |
| 10924 | W.R. GRACE LTD. (751), NORTHDALE HOUSE SR # 751, NORTH CIRCULAR ROAD, LONDON NW10 7UH, LO 0UNK | *VIA Deutsche Post* |
| 10924 | W.R. GRACE LTD. (IRELAND) (4310), UNIT 200, HOLLY ROAD, WESTERN INDUSTRIAL EST, NAAS ROAD, DUBLIN, 12IRL | *VIA Deutsche Post* |
| 10924 | W.R. GRACE LTD., 628 AJAX AVENUE, SLOUGH, BERKSHIRE, SL1 4BH, GREAT BRITAIN, 0GBR | *VIA Deutsche Post* |
| 10924 | W.R. GRACE LTD., NORTHDALE HOUSE SR#751, N. CIRCULAR RD, LONDON NW10 7UH, LO 0UNK | *VIA Deutsche Post* |
| 10925 | W.R. GRACE MD EMP FED CREDIT UNION, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10924 | W.R. GRACE NEW ZEALAND LTD (819), PRIVATE BAG 50901, PORIRUA    NEW ZEALAND, 0NZL | *VIA Deutsche Post* |
| 10924 | W.R. GRACE NEW ZEALAND LTD. (765), PRIVATE BAG 50901 SR# 765, PORIRUA, IT 0UNK | *VIA Deutsche Post* |
| 10924 | W.R. GRACE S.A.S - FRANCE (4315), 33 ROUTE DE GALLARDON, EPERNON CEDEX, 28234FRANCE | *VIA Deutsche Post* |
| 10924 | W.R. GRACE S.A.S. (414), 33, ROUTE DE GALLARDON, EPERNON CEDEX, 28234FRANCE | *VIA Deutsche Post* |
| 10925 | W.R. GRACE S.A.S. (FRANCE), 7500 GRACE DR, COLUMBIA, MD 21044 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | W.R. GRACE SAS (FRANCE) (414), BOITE POSTALE 39, 33, ROUTE DE GALLARDON, EPERNON, 28234FRANCE | *VIA Deutsche Post* |
| 10924 | W.R. GRACE SINGAPORE PTE LTD, 501 ORCHARD RD. #07-02A WHEELOCK PL, WAKEFIELD, 238880SGP | *VIA Deutsche Post* |
| 10924 | W.R. GRACE SPECIALTY CHEMICAL (778), GRACE DAVISON, LOT 115, GEBENG INDUSTRIAL ESTATE, PAHANG DARUL MAKMUR, KUANTAN, 26080MYS | *VIA Deutsche Post* |
| 10924 | W.R. GRACE SPECIALTY CHEMICAL, GRACE DAVISON  (5105), LOT 114, GEBENG INDUSTRIAL ESTATE,, PAHANG DARUL MAKMUR, KUANTAN, 26080MYS | *VIA Deutsche Post* |
| 10925 | W.R. GRACE SPECIALTY CHEMICALS, LOT 114, GEBENG INDUSTRIAL ESTATE,, KUANTAN PAHANG DARUL MAKM, 26080MALAYSIA | *VIA Deutsche Post* |
| 10924 | W.R. GRACE TAIWAN - INTEREST (786), 14 F - 1 #30 PEI PING E. RD., TAIPEI, 32417TWN | *VIA Deutsche Post* |
| 10924 | W.R. GRACE TAIWAN INC. (1350) (786), CHUNG-LI INDUSTRY PARK, NO. 38 PEI YUAN RD, CHUNG-LI CITY TAOYUAN, IT 32417UNK | *VIA Deutsche Post* |
| 10924 | W.R. GRACE TAIWAN INC. (4185) (786), NO.38, PEI YUAN ROAD, CHUNG-LI CITY, TAOYUAN, 99999TWN | *VIA Deutsche Post* |
| 10925 | W.R. GRACE TAIWAN INC., 38, PEI-YUAN ROAD, CHUNG LI CITY, TAIWAN | *VIA Deutsche Post* |
| 10925 | W.R. GRACE TAIWAN INC., 70-1, 8 LIN, NEI-TSUOH LI, CHUNG LI CITY, TAIWAN | *VIA Deutsche Post* |
| 10925 | W.R. GRACE TAIWAN INC., KWAN-YEH WEST ROAD HSIN-FU VILLAGE, PING-TSENG  TAOYUAN, 32417TAIWAN | *VIA Deutsche Post* |
| 10925 | W.R. GRACE, 2133 85TH ST, NORTH BERGEN, NJ 07047 | |
| 10924 | W.R. GRACE, 701 S. KANSAS, OLATHE, KS 66061 | |
| 10925 | W.R. GRACE, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10924 | W.R. GRACE, PO BOX 3247, LAKE CHARLES, LA 70602 | |
| 10924 | W.R. GRACE/TRANSHIELD WAREHOUSE, CUSTOMER PICK-UP, WEST CHICAGO, IL 60185 | |
| 10924 | W.R. GRACE/TRANSHIELD WHSE, CUSTOMER PICKUP, WEST CHICAGO, IL 60185 | |
| 10924 | W.R. KELSO CO., INC., 10201 HAGUE RD, INDIANAPOLIS, IN 46256 | |
| 10924 | W.R. KELSO, CAMBRIDGE, MA 02140 | |
| 10925 | W.R. MCQUAID, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10924 | W.R. METALS, 300 INDUSTRIAL DRIVE, HAMPSHIRE, IL 60140 | |
| 10924 | W.R. WHITE, 1625 WALL AVE., OGDEN, UT 84409 | |
| 10924 | W.R. WHITE, ATTN:  ACCOUNTS PAYABLE, OGDEN, UT 84409 | |
| 10924 | W.R.BONSAL COMPANY, PO BOX 241148, CHARLOTTE, NC 28224 | |
| 10924 | W.R.BONSAL, 1200 N.W.18TH STREET, POMPANO, FL 33069 | |
| 10924 | W.R.C., WR GRACE & CO, COLUMBIA, MD 21044 | |
| 10924 | W.R.GARCE & CO  / CHICAGO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | W.R.GRACE & CO, ATTN: DAVE DRATNO;, GRAPEVINE, TX 76051 | |
| 10924 | W.R.GRACE & CO, ATTN: MIKE SHEAHEN, LAKE ZURICH, IL 60047 | |
| 10925 | W.R.GRACE & CO., 6051 W. 65TH ST, BEDFORD PARK, IL 60638 | |
| 10924 | W.R.GRACE & CO., 800-354-5414 X5181, 186 OAKLEIGH LANE, BUMPASS, VA 23024 | |
| 10924 | W.R.GRACE & CO., C/O PHILLIP RODRIGUEZ, ARLINGTON, TX 76018 | |
| 10924 | W.R.GRACE & CO., T&C SYS. ATTN: K.ANDERSON, DE PERE, WI 54115 | |
| 10924 | W.R.GRACE & CO.,DAVISON CHEM DIV, UNIT CCU #1, ROXANA, IL 62084 | |
| 10924 | W.R.GRACE & CO.AFRICA PTY, KEMPTON PK.TRANSUALAAL, LGD LAGUNA, SOUTH AFRICA, 09999ZAF | *VIA Deutsche Post* |
| 10924 | W.R.GRACE & CO.-CONN., 4504 E VALLEY HWY E, SUMMER, WA 98390-9512 | |
| 10924 | W.R.GRACE & CO.-CONN., 5603 CHEMICAL RD.-TECH CENTER, CURTIS BAY, MD 21226 | |
| 10924 | W.R.GRACE & CO-CAMB., 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | W.R.GRACE (BALTIMORE) CREDIT UNION, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10924 | W.R.GRACE (PHILIPPINES) INC. (766), ATTN. RENATO DE LA VEGA, SILANGANG SR# 766, CANLUBANG, CALAMBA,LAGUNA, 0PHL | *VIA Deutsche Post* |
| 10924 | W.R.GRACE (THAILAND) LTD. (763), ATTN. THANONNANTHAKUL, SOI 3, SUKHUMVIT ROAD KM 34, SAMUTPRAKARN 10280, IT 0UNK | *VIA Deutsche Post* |
| 10925 | W.R.GRACE LIMITED, CROMWELL ROAD, ST. NEOTS, HUNTINGDON, CA PE 19- IQL | |
| 10924 | W.R.GRACE LTD., LONDON NW 107 UH, NORTHDALE HOUSE, LONDON, 99999GBR | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | W.R.GRACE S.A.S., DAREX CONTAINER PRODUCTS, 33 ROUTE DE GALLARDON - BP 39, EPERNON, 28234FRANCE | *VIA Deutsche Post* |
| 10925 | W.R.GRACE, GENERAL DELIVERY, ENOREE, SC 29335-9999 | |
| 10924 | W.S. LAKE CORP, 65 PARK ROAD, QUEENSBURY, NY 12804 | |
| 10925 | W.S. PATTERSON CO., PO BOX 1177, APPLETON, WI 54912 | |
| 10925 | W.S. TYLER, 8570 TYLER BLVD, P.O. BOX 632504, CINCINNATI, OH 45263-2504 | |
| 10925 | W.S. TYLER, PO BOX 901773, CLEVELAND, OH 44190-1773 | |
| 10925 | W.S.TYLER, PO BOX 901471, CLEVELAND, OH 44190-1471 | |
| 10924 | W.T. DICK ASSOCIATES INC., 1917 S. TELEGRAPH ROAD, BLOOMFIELD HILLS, MI 48302 | |
| 10924 | W.T. HARVEY LUMBER CO., 800 15TH ST., COLUMBUS, GA 31902 | |
| 10925 | W.W. GAY MECHANICAL CONTRACTOR, 3220 WEST 39TH ST, ORLANDO, FL 32839 | |
| 10925 | W.W. GRAINGER INC, DEPT 060 - 846884831, PALATINE, IL 60038-0001 | |
| 10925 | W.W. GRAINGER INC., DEPT C-PAY - 248, PALATINE, IL 60038-0002 | |
| 10925 | W.W. GRAINGER, 299 S. CITIES SERVICE HWY., SULPHUR, LA 70663-6403 | |
| 10925 | W.W. GRAINGER, 6001 W. 115TH ST., ALSIP, IL 60482-2102 | |
| 10924 | W.W. NASH & SONS, INC., CAMBRIDGE, MA 02140 | |
| 10924 | W.W. NASH, 1400 BROOK ROAD, RICHMOND, VA 23220 | |
| 10924 | W.W. PATENAUDE, 3 BEST AVENUE, MECHANICVILLE, NY 12118 | |
| 10924 | W.W. THOMPSON CONCRETE PRODUCTS, P O BOX 87, BRAINERD, MN 56401 | |
| 10924 | W.W.HENRY, 210 WEST TAFT AVE, ORANGE, CA 92667 | |
| 10924 | W.W.WHITE SCHOOL, 545 SOUTH W.W.WHITE ROAD, SAN ANTONIO, TX 78220 | |
| 10925 | W/C ASSOCIATION OF COMMERCE, 800 PICARD RD., SULPHUR, LA 70663 | |
| 10925 | W/M OF NORTHERN VIRGINIA-CM, POBOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WA DEPT OF LICENSING, 3000 ROCKEFELLER AVE, EVERETT, WA 98201-4060 | |
| 10925 | WA TAYLOE CO,INC, PO BOX 841595, DALLAS, TX 75284-1595 | |
| 10925 | WAACK, GREGORY, 5116 MEMORIAL DRIVE, SEBRING, FL 33870 | |
| 10925 | WAAGE ELECTRIC INC, 820 COLFAX AVE, KENILWORTH, NJ 07033 | |
| 10925 | WAAK ENGINEERING, 200 EAST HOWARD ST, DES PLAINES, IL 60018 | |
| 10925 | WAAS, JUDITH, 3301 D. LOREN ROAD, BOYNTON BEACH, FL 33435 | |
| 10924 | WABASH COLLEGE, 590 JENNISON STREET, CRAWFORDSVILLE, IN 47933 | |
| 10924 | WABASH PRODUCTS, 1600 HULMAN STREET, TERRE HAUTE, IN 47802 | |
| 10924 | WABASH PRODUCTS, PO BOX 3074, TERRE HAUTE, IN 47803 | |
| 10925 | WABASH SOUTHEAST, PO BOX 170749, BIRMINGHAM, AL 35217 | |
| 10925 | WABCO, DONOHUE RD., GREENSBURG, PA 15601 | |
| 10925 | WABE INTERNATIONAL, 1020, RUE MALOUIN, SHERBROOKE, QC J1J 3B9CANADA | *VIA Deutsche Post* |
| 10925 | WABNITZ, CATHERINE, 28 TEMPLE ST UNIT #1D, NEWBURYPORT, MA 01950 | |
| 10925 | WABNITZ, WILLIAM, 28 TEMPLE ST, NEWBURYPORT, MA 01950 | |
| 10925 | WACASER, CATHY, 22810 CENTRAL PRAIRIE, SAN ANTONIO, TX 78255 | |
| 10924 | WACCAMAW NET SAME DAY SURGERY, 4070 HIGHWAY 17, MURRELLS INLET, SC 29576 | |
| 10925 | WACHEL, DOLLY, 1107 N COUNTRY CLUB, SHOREACRES, TX 77571 | |
| 10925 | WACHEL, ED, 8220 PINECREST DRIVE#579, SPRING, TX 77389 | |
| 10925 | WACHOVIA BANK N.A., P O BOX 101841, ATLANTA, GA 30392-1841 | |
| 10925 | WACHOVIA BANK N.A., PO BOX 101841, ATLANTA, GA 30392-1841 | |
| 10925 | WACHOVIA BANK OF N C, POBOX 3099, WINSTON-SALEM, NC 27150-1022 | |
| 10925 | WACHOVIA BANK OF NORTH CAROLINA, NA TR UA 3 6 97 THE W R GRACE &, CO RABBI TRUST FOR UNFUNDED STOCK, DEFERRAL PLANS, 301 NORTH MAIN ST ATTN M JONES, WINSTON-SALEM, NC 27101 | |
| 10925 | WACHOVIA BANK, 301 NORTH MAIN ST, WINSTON-SALEM, NC 27150 | |
| 10925 | WACHOVIA BANK, NA, PO BOX 101935, ATLANTA, GA 30392 | |
| 10925 | WACHOVIA BANK, PO BOX 101841, ATLANTA, GA 30392-1841 | |
| 10925 | WACHOVIA CORP SERVICES,INC, PO BOX 3092, WINSTON SALEM, NC 27150-3092 | |
| 10925 | WACHOVIA CORPORATE SERVICES INC, PO BOX 3092, WINSTON SALEM, NC 27199-2210 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WACHOVIA, 301 N MAIN ST, WINSTON-SALEM, NC 27150

10925   WACHOVIA, 401 LINDEN ST, WINSTON-SALEM, NC 27101

10925   WACHTEL, JACK, 4229 CENTERVILLE RD, SHREVE, OH 44676

10925   WACHTEL, JEANE, 418 E WOOD ST, APT. #2, SHREVE, OH 44676-9764

10925   WACHTEL, MARY, 798 NORTH MAIN, SHREVE, OH 44676

10925   WACHTELL, LIPTON, ROSEN & KATZ, 51 WEST 52ND ST, NEW YORK, NY 10019

10925   WACHTER, MARY, 32 MONIKA LANE, BROOKFIELD, CT 06804

10924   WACKENHUT CORRECTION CORP, 182-22 150TH AVE, JAMAICA, NY 11413

10924   WACKENHUT CORRECTIONAL FACILITY, C/O CAL PLY-BAKERSFIELD, MCFARLAND, CA 93250

10924   WACKENHUT RETURNED CUSTODY CENTER, C/O CAL PLY, ADELANTO, CA 92301

10925   WACKER POLYMER SYSTEMS, PO BOX 752132, CHARLOTTE, NC 28275

10925   WACKER SILICONES CORP, PO BOX 91773, CHICAGO, IL 60693

10925   WACKER SILICONES CORP., 3301 SUTTON RD., ADRIAN, MI 49221

10924   WACKER SILICONES CORP., 3301 SUTTON ROAD, ADRIAN, MI 49221

10925   WACKER SILICONES CORPORATION, PO BOX 91773, CHICAGO, IL 60693

10925   WACKER SILICONES, 07 540 0671, CHICAGO, IL 60693

10925   WACKERMAN, JACK, 882 S. SIERRA, SOLANA BEACH, CA 92075

10924   WACO INC, PO BOX 836, SANDSTON, VA 23150

10924   WACO INC., CAMBRIDGE, MA 02140

10924   WACO SCAFFOLDING & EQUIPMENT, 3235 MC KINLEY AVENUE, COLUMBUS, OH 43204

10924   WACO SCAFFOLDING & EQUIPMENT, PO BOX318028, CLEVELAND, OH 44131

10924   WACO SCAFFOLDING, 1355-A EAST ARCHWOOD AVE, AKRON, OH 44306

10924   WACO V.A. REGIONAL OFFICE BLDG., 601 CLAY AVE., WACO, TX 76703

10924   WACO, 1083 NORTH MERIDIAN, YOUNGSTOWN, OH 44509

10924   WACO, 4400 AUSTIN LANE, WHITE PLAINS, MD 20695

10924   WACO, 4725 HITCH PETERS ROAD, EVANSVILLE, IN 47711

10924   WACO, 7590 WHIPPLE AVE. N.W., NORTH CANTON, OH 44720

10924   WACO, SUITE 100, ACCOKEEK, MD 20607

10925   WACOME, DONALD, 6000 SADDLE RIDGE ROAD, ARLINGTON, TX 76016-2637

10924   WACONIA HIGH SCHOOL, 1400 OAK AVE., WACONIA, MN 55387

10925   WADDELL JR, WILLIAM, 177 ENDSLEY AVE., WINSTON SALEM, NC 27106

10925   WADDELL, ALTON, 51 WALNUT DR, WOODRUFF, SC 29388

10925   WADDELL, CECIL E, 1708 DAVIS ROAD, WOODRUFF, SC 29388-9716

10925   WADDELL, FREDDIE, 270 OLD RIVER RD RT 3, SPARTANBURG, SC 29301-6116

10925   WADDELL, JESSE, 7101 GRASSHOPPER RD, BIRCHWOOD, TN 37308

10925   WADDELL, KENNETH, ROUTE 3 BOX 325, WOODRUFF, SC 29388-9474

10925   WADDELL, KEVIN, 1950 DAVIS RD, WOODRUFF, SC 29388

10925   WADDELL, LAMAR, 757 KENSINGTON AVE, PLAINFIELD, NJ 07060

10925   WADDELL, LAWRENCE, 207 HOWARD DRIVE, SIMPSONVILLE, SC 29681

10925   WADDELL, MARK, 1980 SEVEN OAKS DRIVE, MORRISTOWN, TN 37814

10925   WADDELL, MONTAGUE, 217 SWEETWATER RD, FOUNTAIN INN, SC 29644

10925   WADDELL, SAM, PO BOX 268, WOODRUFF, SC 29388

10925   WADDELL, SCOTT, 270 LAMPLIGHTER DRIVE, GREER, SC 29651

10925   WADDELL, TAMEE, 19 FORTSON WAY, FOUNTAIN INN, SC 29644

10925   WADDELL, TIMOTHY, PO BOX 711, WOODRUFF, SC 29388

10925   WADDELL, TONY, 19 FORTSON WAY, FOUNTAIN INN, SC 29644

10925   WADDELL, TONYA, PO BOX 711, WOODRUFF, SC 29388

10925   WADDLE, GAYLE, 2322 S CYPRESS BEND, PAMPANO BEACH, FL 33069

10925   WADDLE, WILBER, 8716 GLENAIRE DR., CHATTANOOGA, TN 37416

10925   WADDLES, SHARON, 9200 BISSONNET #1608, HOUSTON, TX 77074

10924   WADE ANDERSON, 8348 18TH AVENUE SOUTH, BLOOMINGTON, MN 55425

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WADE B LEWIS, 4113 SE 2ND AVE, CPAE CORAL, FL 33904-8466

10924   WADE CERAMIC FIBERS, 2005 FORTUNE DRIVE, WINCHESTER, KY 40391

10925   WADE H LOGAN III TR, UA DEC 31 84, JULIA M LOGAN, 37 CHURCH ST, CHARLESTON, SC 29401-2741

10925   WADE, ALFRED, 56 WILLOW GROVE ROAD, BRUNSWICK, ME 04011

10925   WADE, CARL, 200 DELPHINE ST, BATON ROUGE, LA 70806

10925   WADE, CHARLES, 5510 N DAUGHTRY ROAD, LAKELAND, FL 33809-4142

10925   WADE, CONSTANCE, 117 PARKWOOD BLVD, W MONROE, LA 71292

10925   WADE, DAVID, 9940 E KEMPER, LOVELAND, OH 45140-8942

10925   WADE, DENISE, 10880 LIGHTHOUSE, BELLEVILLE, MI 48111

10925   WADE, EDNA, 683 EAST 21ST ST, SAN BERNARDINO, CA 92404

10925   WADE, ELOISE, 1443 GEORGIA HWY 51 S, HOMER, GA 30547

10925   WADE, FRANCIS E, CUST FOR LOIS ANN WADE, UNIF GIFT MIN ACT CT, HAMPTON, CT 06247

10925   WADE, HERSCHEL, 985 MARIA ST, MEMPHIS, TN 38122

10925   WADE, HEZEKIAH, 1601 E. ALABAMA, PLANT CITY, FL 33566

10925   WADE, HEZEKIAH, 405 W BALL ST, PLANT CITY, FL 33566

10925   WADE, J, 116 BULLOCK, PLAINVIEW, TX 79072-4408

10925   WADE, JACINDA, 202 EDEN CIRCLE, CHARLOTTE, NC 28134

10925   WADE, JAMES, 608 LINNARD ST, BALTIMORE, MD 21229-2055

10925   WADE, JERRY, 3200 WEST OLD STATE ROAD, SCOTTSVILLE, KY 42164-8402

10925   WADE, LEROY, 900 ARGYLE AVE. APT #5E, BALTIMORE, MD 21201

10925   WADE, MARJORIE, 2437 LAKE VISTA CT., CASSELBERRY, FL 32707

10925   WADE, MARY, 2511 ABNER CREEK ROAD, GREER, SC 29651

10925   WADE, MARY, 801 LINCOLN ST, KINSTON, NC 28501

10925   WADE, MITCHAEL, 4194 ARBOR CT, INDEPENDENCE, KY 41051

10925   WADE, NELL, 1024 NE 24 TERR, GAINESVILLE, FL 32601

10925   WADE, RENEE, 311 MORROW ST, GREER, SC 29650

10925   WADE, ROBERT, 1107 KENNY DR., WESTWEGO, LA 70094

10925   WADE, SPENCER, PO BOX 26032, CHIT, NC 28231

10925   WADE, TERREL, 683 EAST 21ST ST, SAN BERNARDINO, CA 92404

10925   WADE, TERRY, 77 LAUREL ST EAST, BURTON, SC 29902

10925   WADE, TRINETTE, 8715 SCENIC HWY #4, BATON ROUGE, LA 70807

10925   WADE, WILLIAM, 106 E. 6TH ST , APT. 204, MUSCATINE, IA 52761

10924   WADE'S ACE HARDWARE, C/O PIGGLY WIGGLY JOB, CORNER 411 & HWY. 30, ETOWAH, TN 37331

10924   WADES COAL & CONCRETE, 206 W. WATER STREET, ADDISON, NY 14801

10924   WADE'S COAL & CONCRETE, ROUTE 287, MIDDLEBURY CENTER, PA 16935

10924   WADE'S COAL & CONCRETE, RT 417, ADDISON, NY 14801

10925   WADINGTON JT TEN, WALLACE W & MARILYN J, 14 ALMENDRA LANE, HOT SPRGS VILLAGE, AR 71909-3714

10925   WADLE, DEBRA, 19911 JASPERWOOD CIRCLE, KATY, TX 77449

10925   WADLEIGH, J, 582 EAST LAKESHORE DRIVE, BURNSIDE, KY 42519

10924   WADLEY REGIONAL MEDICAL  CENTER, 916 TEXAS BLVD, TEXARKANA, TX 75501

10925   WADSO, LARS, BOX 118, LUND, 22100

10924   WADSWORTH TEXACO, 1313 ALASKA HIGHWAY, TOK, AK 99780

10925   WADSWORTH, ARTHUR, 3236 KESWICK ROAD, BALTIMORE, MD 21211

10925   WADSWORTH, DONDINNA, 1101 LETTRELL # 13, OXFORD, AL 36203

10925   WADSWORTH, MARY, 16 ASHLEY DRIVE, BEAUFORT, SC 29902

10925   WAEGERLE, MICHAEL, 6811 COLUMBIA, AMARILLO, TX 79109

10925   WAELZ, WINFRIED, 3037 KNIGHT ROAD, WATERLOO, NY 13165

10924   WAFFLE CRETE INT., P O BOX 1008, HAYS, KS 67601

10924   WAFFLE-CRETE INTERNATIONAL, 2500 E. 9TH STREET ROAD, HAYS, KS 67601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WAFFLE-CRETE INTERNATIONAL, P.O. BOX 1008, HAYS, KS 67601

10925   WAGAN, SANFORD, 6946 N. GLEN SHORE DRIVE, GLENDALE, WI 53209

10925   WAGE, JUNE, 85 WHITE OAK LN, LITTLE ROCK AR, AR 72212

10925   WAGENFUEHR, JAY, 204 SHORELINE, WICHITA FALLS, TX 76308

10925   WAGERS INC, 1955 UNIVERSITY AVE, SAINT PAUL, MN 55104-3427

10924   WAGERS INC., 561 NORTHLAND BLVD., CINCINNATI, OH 45240

10925   WAGES, ANGELA, 200 WEAVER RIDGE, MOREHEAD, KY 40351

10925   WAGGENER, WENDY, 1300 SCHILLINGER S, MOBILE, AL 36695

10925   WAGGERT, ABUDABARY, 2150 GRESTON AVE, BRONX, NY 10453

10925   WAGGONER, RONALD, 4546 N.E. 97TH, PORTLAND, OR 97220

10925   WAGGONER, TERRY, 104 S CRESCENT, ELECTRA, TX 76360

10925   WAGLE, SAMANTHA, 5349 AMESBURY DR., DALLAS, TX 75206

10925   WAGLE, SONIA, 23 NASSAU DRIVE, WINCHESTER, MA 01890

10925   WAGNER BROS CONTAINER, INC, 3311 CHILDS ST., BALTIMORE, MD 21226

10925   WAGNER BROS CONTAINER, INC, PO BOX 2830, BALTIMORE, MD 21226

10924   WAGNER BUILDING & SUPPLY, P O BOX 667, WAGNER, SD 57380

10924   WAGNER BUILDING & SUPPLY, P. O. BOX 667, WAGNER, SD 57380

10924   WAGNER BUILDING & SUPPLY, WEST HWY 46, WAGNER, SD 57380

10925   WAGNER COFFEE SERVICE, 7202 MAY WAGNER LANE, GLEN BURNIE, MD 21061

10925   WAGNER COLLEGE, 631 HOWARD AVE, STATEN ISLAND, NY 10301

10925   WAGNER DIVISION, 2ND & JEFFERSON ST, BOYERTOWN, PA 19512

10925   WAGNER DIVISION, 922 ROOSEVELT PKWY, CHESTERFIELD, MO 63017

10925   WAGNER ELECTRIC CORPORATION, 9151 LATTY AVE., BERKELEY, MO 63134

10925   WAGNER JR, FRANK, 3132 REBECCA DRIVE, CHESAPEAKE, VA 23322

10925   WAGNER LIGHTING DIVISION, 2513 58TH ST, HAMPTON, VA 23661

10925   WAGNER LIGHTING, PO BOX 1099, CHESTERFIELD, MO 63006

10925   WAGNER LIGHTING, R L REAGAN INDUSTRIAL PARK, SEVIERVILLE, TN 37862

10925   WAGNER LUMBER DO-IT-CENTER, 6401 ARCHER ROAD, SUMMIT, IL 60501

10925   WAGNER PETROGRAPHIC, 761 NORTH 1890 WEST, PROVO, UT 84601

10925   WAGNER PROCESS EQUIPMENT INC, 23510 BERNHARDT ST, HAYWARD, CA 94545

10924   WAGNER REDI MIX, 410 N. PRATT, YATES CENTER, KS 66783

10925   WAGNER SMITH PUMPS & SYSTEMS, PO BOX 672, CINCINNATI, OH 45241

10925   WAGNER STEINBERG CHINNIS DORF, 7445 AIRPORT HWY, HOLLAND, OH 43528

10925   WAGNER, ALVIN, 1235 BRIARCLIFF ROAD APT 224, REYNOLDSBURG, OH 43068

10925   WAGNER, ARMAR, 126 HARDING COURTWAY SW, BIRMINGHAM, AL 35211-2046

10925   WAGNER, BETTY, 64 MOREDON ROAD, HUNTINGTON VAL, PA 19006

10925   WAGNER, BRUCE, 356 LOWELL RD, GROTON, MA 01450

10925   WAGNER, CARL, 1200 18TH AVE SW, CEDAR RAPIDS, IA 52404

10925   WAGNER, CHRYSTAL H, 1221 MINOR AVE #810, SEATTLE, WA 98101-2809

10925   WAGNER, CORINNIA, PO BOX 1412, KING GEORGE, VA 22485-1377

10925   WAGNER, DAVID, 4712 W GROVE AVE, VISALIA, CA 93291

10925   WAGNER, EMILE, PO BOX 9593, CLEMSON, SC 29632

10925   WAGNER, HAROLD, 681 OREGON AVE, LOVELL, WY 82431-1940

10925   WAGNER, JAMES, 5417 WEST 132ND TERR, OVERLAND PK, KS 66209

10925   WAGNER, JAMIE, 218 PATTERSON AVE., BUTLER, PA 16001

10925   WAGNER, JEAN, 153 CHESTNUT ST, BRIDGEWATER, NJ 08807

10925   WAGNER, JEFF, 125 CHATEAUTER APT2, ATHENS, GA 30606

10925   WAGNER, JOANNE, 50 WINDING WAY, UPPER SADDLE RIV, NJ 07458

10925   WAGNER, JOHN J., 11024 129TH AVE N, LARGO, FL 34648

10925   WAGNER, JOHN, 11 KITCHEN ROAD, MOORESVILLE, IN 46158

10925   WAGNER, KENNETH, RD #2 BOX 147-V, FRANKLIN, PA 16323

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WAGNER, KRISTEN, 16790A E MULLINIX RD, WOODBINE, MD 21797

10925   WAGNER, KRISTINE, 251 COUNTY RD, TENAFLY, NJ 07670

10925   WAGNER, LAURA, 3030 PARKLANE DR, HASTINGS, NE 68901

10925   WAGNER, LINDA, 3110 KNIGHTS ROAD APT D5, BENSALEM, PA 19020-2851

10925   WAGNER, LORI, 730 FAIRVIEW ST., POTTSVILLE, PA 17901

10925   WAGNER, LYNN, 4 WHIPPLE TREE LN, WESTBORO, MA 01581

10925   WAGNER, MARY, 7388 W WILSON ROAD, MONTROSE, MI 48457-9138

10925   WAGNER, MICHAEL P., 12518 95TH PLACE NE, KIRKLAND, WA 98034

10925   WAGNER, MICHAEL, 438 RUSSELLWOOD AVE, MC KEES ROCKS, PA 15136

10925   WAGNER, MICHELE, 20 KOHRING CIRCLE S, HARRINGTON PARK, NJ 07640

10925   WAGNER, NANCY, 7801 INCA, EL PASO, TX 79912

10925   WAGNER, NICHOLAS, 109 WINDSOR DRIVE, WARNER ROBINS, GA 31093

10925   WAGNER, PEGGY, 7741 WESTMAN WAY, MIDDLETON, WI 53562

10925   WAGNER, PETER, RR 2, BOX 167A, HIGGINSVILLE, MO 64037-9802

10925   WAGNER, R., 20796 SONETO DRIVE, BOCA RATON, FL 33433

10925   WAGNER, RAYMOND, 7902 WESTWIND DRIVE, N LITTLE ROCK, AR 72118

10925   WAGNER, RAYMOND, HC5 BOX 49A SP#48, PAYSON, AZ 85541

10925   WAGNER, RICHARD, PO BOX 789, DAUPHIN ISLAND, AL 36528

10925   WAGNER, SHARON, 345 FRANKLIN ST, BETHLEHEM, PA 18018

10925   WAGNER, SHELDON R, 1517 MULFORD ST, EVANSTON, IL 60202-3231

10925   WAGNER, SHELLEY, 303 OAKWOOD DR, ANTIOCH, IL 60002

10925   WAGNER, TYRA, 2613 CLARY, RICHMOND, VA 23233

10925   WAGNER, WILLIAM, 15 EAST GLEN TILT AVE., WERNERSVILLE, PA 19565

10925   WAGNER, WILLIAM, 57 SANDY HILL RD., OYSTER BAY, NY 11771

10925   WAGNER-SMITH PUMPS & SYSTEMS, INC, PO BOX 710912, CINCINNATI, OH 45271-0912

10925   WAGNITZ, MICHAEL, 855 FRIBOURG, DE PERE, WI 54115

10925   WAGONER, DAVID, 22 MIDDLESEX CIR #1, WALTHAM, MA 02154

10925   WAGONER, JERRY, 1120 EARL PRAIRIE ROAD, BOONEVILLE, AR 72927

10925   WAGONER, JON, 5865 HAVERHILL RD, WEST PALM BEACH, FL 33407

10925   WAGONER, ROBERT, 407 BLAND BLVD, BURLINGTON, NC 27217

10925   WAGSHAL, ALAN, CUST FOR ADINA E WAGSHAL, UNDER MA UNIF TRANS TO MIN ACT, PO BOX 724, OFAKIM, 80300ISRAEL     *VIA Deutsche Post*

10925   WAGSHAL, ALAN, CUST FOR SHASHANA R WAGSHAL, UNDER MA UNIF TRANS TO MIN ACT, PO BOX 724, OFAKIM, 80300ISRAEL     *VIA Deutsche Post*

10925   WAGUESPACK, DONNA, PO BOX 514, DESTREHAN, LA 70047

10925   WAGUESPACK, VAL, 20506 WIND RIDGE, SPRING, TX 77379

10925   WAH CHANG SMELTING AND REFINING CO, DAVID A ROTH, ONE GATEWAY CENTER, NEWARK, NJ 07102-5398

10924   WAH LEE INDUSTRIAL CORP, FU HSING N ROAD, TAIPEI, 0TWN     *VIA Deutsche Post*

10925   WAH TIM LOCK TR U/A APR 30 86, 3762 CLAUDINE ST, HONOLULU, HI 96816-3808

10925   WAHABUDDIN, MOHAMMED, 32 ARMORY ST, ENGLEWOOD, NJ 07631

10925   WAHEED, SEEMI, 1055 S ARDMORE, VILLA PARK, IL 60181

10925   WAHL, GREGORY, 2002 RAINBOW AVE, BLOOMINGTON, IL 61701

10925   WAHL, JAN, 2917 REGENCY COURT, OKLAHOMA CITY, OK 73120

10925   WAHL, JOSEPH, 9-BREEZE KNOLL, HOLMDEL, NJ 07733-2025

10925   WAHL, THOMAS, 1704 SHORE DR, MARINETTE, WI 54143

10925   WAHLER, ROSE, 1518 LEITCHFIELD ROAD, OWENSBORO, KY 42301-4046

10924   WAHOO CONCRETE PRODUCTS C, P O BOX 143, WAHOO, NE 68066

10924   WAHOO CONCRETE, 2919 PLEASANT PLAIN, TRENTON, MO 64683

10924   WAHOO CONCRETE, DALHART, TX 79022

10924   WAHOO CONCRETE, P O BOX 143, WAHOO, NE 68066

10924   WAHOO CONCRETE, ROUTE 5, MILAN, MO 63556

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WAIDE, PATRICIA, PO BOX 136, PARAMOUNT, CA 90723-0136

10925   WAILES, HOLLY, 81 BIXBY RD, GLENROCK, WY 85637

10924   WAIMANALO FEED SUPPLY, 41-1521 LUKANELA ST, WAIMANALO, HI 96795

10925   WAINSCOTT, ROBERT, 8663 SEYMOUR HWY, WICHITA FALLS, TX 76301

10925   WAINWRIGHT, CORA, 4729 PENNINGTON AVE, BALTIMORE, MD 21226

10925   WAINWRIGHT, DARRELL, PO BOX 512, PLACIDA, FL 33946-0000

10925   WAINWRIGHT, RONALD, 1432 CHERRY ST, BALTIMORE, MD 21226

10925   WAINWRIGHT, WILLIAM, 2119 JENKINS ROAD, BAKERSFIELD, CA 93312

10925   WAIT, GORDAN, 3541 S I-85, CHARLOTTE, NC 28208

10925   WAITE, ALAN, 6501 DOERING LANE, PROPHETSTOWN, IL 61277

10925   WAITE, JOLLEY, 712 CEDAR CT., LIVINGSTON, CA 95334

10925   WAITE, LOIS, CUST FOR MEGAN L WAITE, UNIF GIFT MIN ACT VT, 452 RACEWAY ROAD, UNDERHILL, VT 05489

10925   WAITE, LOIS, CUST FOR NATHAN WAITE, UNIF GIFT MIN ACT VT, 452 RACEWAY ROAD, UNDERHILL, VT 05489

10925   WAITERS, MOSES, 2045 D. RONDO ST., CHARLESTON, SC 29414

10925   WAITES, DEBRA, 1908 ROCK ISLAND, IRVING, TX 75060

10925   WAITES, FELICIA, 2704 W. COLLIN, CORSICANA, TX 75110

10925   WAITES, MYRON, 14036 ATLANTIC, RIVERDALE, IL 60627

10925   WAITES, YVETTE, 15433 WINCHESTER, HARVEY, IL 60426

10925   WAITHE, LEROY, 79 CLARENDON AVE, SOMERVILLE, MA 02144-1733

10925   WAITS, CHARLES, 1247 HIGHLAND GREENS DR, VENICE, FL 34292

10925   WAITS, CHUCK, 6328 VALHALLA DR., DOUGLASVILLE, GA 30135

10925   WAITS, DORIS, 3719 COPELAND ROAD, TYLER, TX 75701-9607

10925   WAITS, PATRICK, 1714 WILLOW OAK CIRCLE, DICKINSON, TX 77539

10924   WAKE BAPTIST POWER PLANT, C/O WARCO CONSTRUCTION, MEDICAL CENTER BLVD, WINSTON SALEM, NC 27102

10924   WAKE FOREST UNIVERSITY CHAPEL, 1834 WINGATE ROAD, WINSTON SALEM, NC 27109

10924   WAKE MEDICAL CENTER WEST ADDITION, C/O WARCO CONSTRUCTION, 1900 KILDAIRE FARM RD, CARY, NC 27512

10924   WAKE MEDICAL CENTER, 3008 NEW BURN AVENUE, RALEIGH, NC 27610

10924   WAKE MEDICAL CENTER, 3308 NEW BURN AVENUE, RALEIGH, NC 27610

10924   WAKE MEDICAL HEART CENTER, RALEIGH, NC 27600

10924   WAKE MEDICAL NORTH, C/O WARCO CONSTRUCTION, 10000 FALLS OF NUSE ROAD, RALEIGH, NC 27615

10924   WAKE MEDICAL, RALEIGH, NC 27600

10924   WAKE TECHNICAL COMMUNITY COLLEGE, 9101 FAYETTEVILLE ROAD, RALEIGH, NC 27603

10925   WAKE, SHIRLEY, 303 LIGHTHOUSE RD, HILTON, NY 14468

10924   WAKEENEY REDI MIX, 304 N. RAILROAD, WAKEENEY, KS 67672

10924   WAKEENEY REDI MIX, 305 N. RAILROAD, WAKEENEY, KS 67672

10924   WAKEENY REDI-MIX, 305 NO. RAILROAD, WAKEENEY, KS 67672

10924   WAKEFIELD CONCRETE CO., DIV. CITY CONCRETE, MANCHESTER, NH 03105

10924   WAKEFIELD CONCRETE CO., DIV. F & S TRANSIT MIX, MANCHESTER, NH 03105

10924   WAKEFIELD CONCRETE CO., DIV: CITY CONCRETE, MANCHESTER, NH 03105

10924   WAKEFIELD CONCRETE CO., DIV: KEATING CONCRETE, WILMINGTON, MA 01887

10924   WAKEFIELD CONCRETE CO., DIV: WAKEFIELD CONCRETE, WAKEFIELD, MA 01880

10924   WAKEFIELD CONCRETE CO., HARBORSIDE DRIVE, EAST BOSTON, MA 02128

10924   WAKEFIELD CONCRETE CO., P.O. BOX 540, DIV: WAKEFIELD CONCRETE CO., WAKEFIELD, MA 01880

10924   WAKEFIELD CONCRETE, 1 NEW SALEM ST, WAKEFIELD, MA 01880

10924   WAKEFIELD CONCRETE, DIV. KEATING CONCRETE, WILMINGTON, MA 01887

10924   WAKEFIELD CONCRETE, PO BOX 368, LAWRENCE, MA 01843

10925   WAKEFIELD ENGINEERING, 60 AUDUBON RD, WAKEFIELD, MA 01880

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WAKEFIELD HIGH SCHOOL, 2200 WAKEFIELD PINES DRIVE, RALEIGH, NC 27609

10924   WAKEFIELD MATERIALS CORPORATION, P. O. BOX 510, WAKEFIELD, MA 01880

10925   WAKEFIELD MATERIALS CORPORATION, PO BOX 540, WAKEFIELD, MA 01880

10924   WAKEFIELD MIDDLE SCHOOL, 2300 WAKEFIELD PIRIS DR, RALEIGH, NC 27614

10924   WAKEFIELD OFFICE PARK, RT. 128 EXIT 39, JOBSITE PHONE:781-224-3846, 200 QUANNAPOWITT PARKWAY, WAKEFIELD, MA 01880

10924   WAKEFIELD R/M, USE # 00073411, WAKEFIELD, MA 01880

10924   WAKEFIELD READY MIXED CONCRETE CO, PO BOX510, WAKEFIELD, MA 01880-0910

10925   WAKEFIELD, GEORGE, 1465 BRUSH HILL ROAD, MILTON, MA 02186

10925   WAKEFIELD, KENNETH, 6701 MISSIONDALE, TUCSON, AZ 85706

10925   WAKEFIELD, W, PO BOX 76, DRUMMONDS, TN 38023

10925   WAKER, GLENDA, PO BOX 1120, CRAIG,, CO 81626

10925   WAKER, ROBERT, PO BOX 1120, CRAIG,, CO 81626

10925   WAKLEY, ELIETTE, PO BOX 102, WATERTOWN, WI 53094

10924   WAKUNAGA COMPANY LTD., 23501 MADERO, MISSION VIEJO, CA 92691

10925   WAL MART STORES INC, GEN COUNSEL, 701 S WALTON BLVD, BENTONVILLE, AR 72716

10924   WAL MART, 13331 BEACH BLVD., WESTMINSTER, CA 92684

10924   WAL MART, 2770 CARSON, LAKEWOOD, CA 90712

10925   WALA - WISCONSIN ASSISTED LIVING, 2875 FISH HATCHERY ROAD, MADISON, WI 53713-3120

10924   WALBAR METALS, PO BOX190, HODGES, SC 29653

10925   WALBORN, CARLA, 138 ANNESWOOD RD., MARTINEZ, GA 30907

10925   WALBORN, HELEN, 144 SUNNY CT, LEESPORT, PA 19533

10925   WALBRUN, LAWRENCE, 680 ONEIL ROAD, HUDSON, WI 54016

10925   WALBURN, JOHN, 664 HAMILTON ST, RAHWAY, NJ 07065-3319

10925   WALBY, LELAND, ROUTE 2 BOX 90A, POSTVILLE, IA 52162-9215

10925   WALCH, DAVID, 435 FOREST LANE, ELGIN, MN 55932

10925   WALCH, MARY, 102 PALMER PLACE, WASHINGTON, NC 27889

10925   WALCHEM CORP., 5 BOYNTON ROAD, HOLLISTON, MA 01746

10925   WALCHEM CORPORATION, HOPPING BROOK PARK, HOLLISTON, MA 01746-1446

10925   WALCK, VANCE, ROUTE 2 BOX 264A, LINDSAY, OK 73052-9441

10925   WALCZAK, DONNA, 4929 W CARMEN, CHICAGO, IL 60630

10925   WALCZAK, JOSEPH, 11416 SOUTH RIDGELAND, WORTH, IL 60482

10925   WALCZAK, KATHLEEN A, CUST FOR ROBERT ZACHARY WALCZAK, OHIO TRANSFERS TO MINORS ACT, 5102 DEVON DR, NORTH OLMSTED, OH 44070-3035

10925   WALCZYK, DAVID, 18 ROLLING HILL DRIVE, LITITZ, PA 17543

10925   WALCZYK, THOMAS, 228 HIDDEN LAKE RD, HENDERSONVILLE, TN 37075

10925   WALDACK, DAVID, 3008 SEVEN OAKS PL, FALLS CHURCH, VA 22042

10925   WALDBIESSER SR, LARRY B, 209 GEORGIA AVE, READING, PA 19605-1138

10925   WALDBIESSER, KRISTINE, 540 N 11TH ST, READING, PA 19604

10925   WALDBIESSER, LARRY, 540 N 11TH ST, READING, PA 19604

10925   WALDBIESSER, LORI, 27A DOUGLASS HOUSE, DOUGLASSVILLE, PA 19518-1426

10925   WALDBUSSER, EDWIN, 6 TRINITY PL, NANUET, NY 10954

10925   WALDE, ROGER, R.R.2, BOX 120, DENISON, IA 51442

10925   WALDEC GROUP, THE, PO BOX 30009, TAMPA, FL 33630-3009

10925   WALDEC GROUP, THE, PO BOX 640456, PITTSBURGH, PA 15264-0456

10925   WALDECK, RICHARD, 3634 SOUTH 89TH ST, MILWAUKEE, WI 53228

10925   WALDEN CLUB, 633 CHESTNUT ST., CHATTANOOGA, TN 37450

10925   WALDEN CLUB, THE, 633 CHESTNUT ST, CHATTANOOGA, TN 37450

10925   WALDEN INDUSTRIAL SUPPLY CO, PO BOX 500, WAKEFIELD, MA 01880-3939

10924   WALDEN INDUSTRIES, 101 WALDEN AVE, TILTONSVILLE, OH 43963

10924   WALDEN INDUSTRIES, 101 WALDEN AVE., TILTONSVILLE, OH 43963

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    WALDEN RESEARCH INC, PO BOX 747, MAYWOOD, NJ 07607

10925    WALDEN TECHNOLOGY, 10210 WINDING WOOD LANE, TOMBALL, TX 77375-6932

10925    WALDEN, JOHN, RD #2, 4 ELIZABETH, GANESVOORT, NY 12831

10925    WALDEN, LISA, 5208 SPLIT OAK DRIVE, CHARLOTTE, NC 28227

10925    WALDEN, MELISSA, 200 WINTER HILL #6, HUDSON, NC 28638

10925    WALDEN, SHERRI, 645 SOUTH 800 WEST, PAYSON, UT 84651

10925    WALDENSIAN REALTY CO, C/O JANET H WILSON, 411 TREMONT CIRCLE, LENOIR, NC 28645-0000

10925    WALDINGER, MARC A, CUST FOR MORGAN J WALDINGER, UNIF GIFT MIN ACT PA, 250 ANDREW DR, NEWTOWN, PA 18940-2221

10925    WALDMAN, ALISSA, 47 PENNINGTON WAY, SPRING VALLEY, NY 10977

10925    WALDMAN, ALLAN, CUST FOR MATTHEW EVAN WALDMAN, UNIF GIFT MIN ACT, 1250 EAST 86TH ST, BROOKLYN, NY 11236-4928

10925    WALDMAN, DEBORAH, 9551 MODESTO AVE, ALBUQURQUE, NM 87122

10925    WALDMAN, LAWRENCE, 15010 GRAY OAK FOREST, SAN ANTONIO, TX 78248

10925    WALDMAN, LISA, 4434 GENTRY AVE., N. HOLLYWOOD, CA 91607

10925    WALDMAN, MICHAEL, 47 PENNINGTON WAY, NEW HEMPSTEAD, NY 10977

10925    WALDMANN, LAURA, 3858 CORAL TREE CIRCL #205, COCONUT CREEK, FL 33073

10925    WALDMAN-SZMAGAS, LORI, 23400 HAYNES, FARMINGTON HILLS, MI 48336

10925    WALDMULLER, BRUCE, 4990 TURKEY RANCH RD, WICHITA FALLS, TX 76308

10924    WALDO BROS., 202 SOUTHAMPTON STREET, BOSTON, MA 02118

10924    WALDO BROS., 595 NUTMEG ROAD NORTH, SOUTH WINDSOR, CT 06074

10925    WALDO BROTHERS CO, 7221 N PARKLAND CT, MILWAUKEE, WI 53223

10925    WALDO BROTHERS, 202 SOUTHAMPTON ST, BOSTON, MA 02118-2789

10925    WALDO CLARK, 2130 DEBELLO CT, INDIANAPOLIS, IN 46214

10924    WALDO RAILROAD YARD, MILL RAOD & ACADEMY STREET, JERSEY CITY, NJ 07302

10925    WALDO, ROSALYN, 1003 BRADDOCK CIRCLE, WOODSTOCK, GA 30189

10925    WALDOCH, PAUL, 8115 N. WHITNEY RD., FOX POINT, WI 53217

10925    WALDON, RHONDA, 1606 NW HWY, GARLAND, TX 75040

10925    WALDOR PUMP & EQUIPMENT CO, 9700 HUMBOLDT AVE SO, MINNEAPOLIS, MN 55431

10925    WALDORF ASTORIA, THE, 75 REMITTANCE DR SUITE 1108, CHICAGO, IL 60675-1108

10925    WALDORF ASTORIA, THE, POBOX 9139, NEW YORK, NY 10087-9139

10925    WALDORF ASTORIA, THE, 301 PARK AVE, NEW YORK, NY 10022

10925    WALDORF-ASTORIA, THE, 301 PARK AVE., NEW YORK, NY 10022

10925    WALDREF, ALAN, 1808 ODIN DR., SILT,, CO 81652

10925    WALDREP, FRANKLIN, 2410 HWY 92, ENOREE, SC 29335-9507

10925    WALDRIP, LINDA, PO BOX 576, GAINSVILLE, GA 30534

10925    WALDRIP, TED G, 3118 ASPEN DR, CASPER, WY 82601-5368

10925    WALDRIP, TED, PO BOX 2831, CASPER, WY 82602

10925    WALDRON, ANITA, RT 3 LAKE TACOMA, CARBONDALE, IL 62901

10925    WALDRON, GEMMA, 147-36 24TH AVE, WHITESTONE, NY 11357

10925    WALDRON, JAMES, 28 RAINBOW AVE, CHELMSFORD, MA 01824

10925    WALDRON, MARK, 7825 NEW TAMPA HWY, LAKELAND, FL 33801-3173

10925    WALDRON, MICHELLE, 881 L FOXSPRINGS, CHESTERFIELD, MO 63017

10925    WALDRON, WILLIAM, 1514 FLOYD AVE, RICHMOND, VA 23220

10925    WALDROP, CHARLES, #12 MAYNARD DR., NEWPORT NEWS, VA 23601

10925    WALDROP, CHRISTINE, 449 SOUTH ST., POYNETTE, WI 53955

10925    WALDROP, DEBRA, 703 CHURCH ST, SELMA, AL 36701

10925    WALDROP, ELIZABETH, RT 2 BOX 675, COMMERCE, GA 30529

10925    WALDROP, JAMES, 94 THOMPSON ROAD, FOUNTAIN INN, SC 29644

10925    WALDROP, LYNN, 455 PEACH ST, COMMERCE, GA 30529

10925    WALDROP, MANLEY, 204 STENHOUSE RD, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WALDROP, MELODY, 4119 MCILWAINE DR, PETERBURG, VA 23803

10925   WALDROP, R, 2446 LINKENHOLT DRIVE, COLLERVILLE, TN 38017

10925   WALDROP, RONNIE, OAKWOOD APT C, INMAN, SC 29349

10925   WALDROP, SIDNEY, 1306 EMMA DRIVE, IOWA PARK, TX 76367

10925   WALDROP, THOMAS, 4613 BABB ROAD, GREER, SC 29651

10925   WALDROP, WILLIAM, 603 APACHE DRIVE, HOPKINSVILLE, KY 42240-1311

10925   WALDROUP, DELILAH, BOX 287, ILA, GA 30647

10925   WALDROUP, LINDA, 105 FLANNERY COURT, FOUNTAIN INN, SC 29644

10925   WALDVOGEL, WILLIAM, 413 LEE DRIVE, CATONSVILLE, MD 21228

10924   WALDWICK PLASTICS, 21-25 INDUSTRIAL PARK, WALDWICK, NJ 07463

10925   WALEEN TIRE, 500 W. PROSPECT ROAD, FORT LAUDERDALE, FL 33309

10925   WALEGA, VIRGINIA, 550 ALLEN ST, NEW BEDFORD, MA 02740

10925   WALEJESKI, CARITA, 43 SQUIRE RD, HAWTHORN WOODS, IL 60047

10924   WALERKO TOOL AND ENGINEERING CORP, 1935 W. LUSHER AVE, ELKHART, IN 46517

10924   WALES & ASSOCIATES, 5105 88TH STREET N.E., MARYSVILLE, WA 98270

10925   WALESKI, THOMAS, 27 GREENWICH HILLS DRIVE, GREENWICH, CT 06831

10925   WALEX KIDD CIA,TREASURER, 876 NW 135TH TERRACE, PEMBROKE PINES, FL 33028

10924   WALFORD STADIUM, C/O ACOUSTICS, SPARTANBURG, SC 29303

10925   WALGREEN CO PRENTICE HALL CORP SYS, 25 WEST MAIN ST, MADISON, WI 53703

10924   WALGREEN LABORATORIES, INC., 3532 W. 47TH PL., CHICAGO, ILLINOIS, IL 99999

10924   WALGREENS HEADQUARTERS EXPANSION, 302 WILMONT ROAD, DEERFIELD, IL 60015

10924   WALGREENS STORE, C/O ASC INSULATION & FIREPROOFING, CHICAGO, IL 60657

10925   WALK, HAYDEL & ASSOCIATES, INC, 3519 PATRICK ST., LAKE CHARLES, LA 70605-1717

10925   WALK, HAYDEL & ASSOCIATES, INC, 600 CARONDELET ST., NEW ORLEANS, LA 70130

10925   WALK, PATRICIA, 4613 NORTH 19TH RD, ARLINGTON, VA 22207

10925   WALKER & ASSOCIATES, 1069 CONSTITUTION DR., CHATTANOOGA, TN 37405

10925   WALKER & ASSOCIATES, 13450 N. KACHINA DR., TUCSON, AZ 85737

10924   WALKER & LABERGE CO., INC., 7613 SEWELLS POINT ROAD, NORFOLK, VA 23513

10924   WALKER BAPTIST MEDICAL CENTER, 3400 HIGHWAY 78 EAST, JASPER, AL 35502

10925   WALKER BROTHERS INC, PO BOX 1045, LEXINGTON, SC 29071

10925   WALKER CO APPRAISAL DIST, PO BOX 1798 1819 SYCAMORE, HUNTSVILLE, TX 77342-1798

10925   WALKER CONCRETE CO., PO BOX 446, CONLEY, GA 30027

10924   WALKER CONCRETE, 100 SOUTH PARK DRIVE, LOCUST GROVE, GA 30248

10924   WALKER CONCRETE, 109 W GEORGIA AVE, FAYETTEVILLE, GA 30214

10924   WALKER CONCRETE, 3319 GRANT RD, CONLEY, GA 30027

10924   WALKER CONCRETE, 665 HIGHWAY 341 SOUTH, BARNESVILLE, GA 30204

10924   WALKER CONCRETE, 7720 OLD MORROW ROAD, JONESBORO, GA 30236

10924   WALKER CONCRETE, P.O. BOX 446, CONLEY, GA 30027

10924   WALKER CONCRETE, PO BOX2637, STOCKBRIDGE, GA 30281

10924   WALKER CONTRACTING/DR. FIKES OFFICE, 2860 TRICOM ST, NORTH CHARLESTON, SC 29418

10925   WALKER COUNTY, 1021 UNIVERSITY AVE, HUNTSVILLE, TX 77320-3951

10925   WALKER COUNTY, 1021 UNIVERSITY, HUNTSVILLE, TX 77320-3951

10924   WALKER ENGINEERING, 10999 PETAL ST.- (SHOP), DALLAS, TX 75238

10924   WALKER EQUIPMENT CO, 3009 S JACKSON AVE, SOUTH CHICAGO HEIGHTS, IL 60411

10925   WALKER EQUIPMENT CO. INC., 3009 SOUTH JACKSON AVE., SOUTH CHICAGO HEIGHTS, IL 60411

10924   WALKER EQUIPMENT CO., INC., 3009 SOUTH JACKSON AVE., CHICAGO HEIGHTS, IL 60411

10925   WALKER EQUIPMENT, 3009 S JACKSON AVENUE, SOUTH CHICAGO HEIGHTS, IL 60411

10925   WALKER JR, CHARLES O, PO BOX 1805, BAINBRIDGE, GA 31718-1805

10925   WALKER JR, EARL L, 3015 THAYER, SPRINGFIELD, IL 62704-4914

10925   WALKER JR, W LAWRENCE, CUST W LAWRENCE WALKER III, UNDER THE LAWS OF GA, 131 E KINGS HWY, SAN ANTONIO, TX 78212-2961

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WALKER JT TEN, BEN DOUGLAS & BEVERLY RUTH, 6027 W SACK DRIVE, GLENDALE, AZ 85308 | |
| 10925 | WALKER JT TEN, KENNETH J D & DOROTHY M, 668-NC PUBLIC FIDUCIARY #09, HOLBROOK, AZ 86025 | |
| 10924 | WALKER MONUMENT & VAULT, 565 NORTH STATE ST, OREM, UT 84057 | |
| 10925 | WALKER PARKING CONSULTANTS/ENGINEER, 5350 SOUTH ROSLYN ST ,STE 220, ENGLEWOOD, CO 80111 | |
| 10925 | WALKER RICHER & QUINN,INC, PO BOX 34936, SEATTLE, WA 98124-1936 | |
| 10924 | WALKER SPEC./SPRINT HENDERSON, 104 WATER ST., HENDERSON, NV 89009 | |
| 10924 | WALKER SPEC./SUPER COLD, 2001 RIVER  ROAD, YAKIMA, WA 98902 | |
| 10924 | WALKER SPEC./VALLEY FRUIT, #12 HOFFER RD., WAPATO, WA 98951 | |
| 10924 | WALKER SPEC/YAKIMA VALLEY MEM HOSP, TIETON DR. & S. 30TH AVE., YAKIMA, WA 98902 | |
| 10924 | WALKER SPECIALTY CONST, P.O.BOX 469, SNOHOMISH, WA 98291 | |
| 10924 | WALKER SPECIALTY CONSTRUCTION, 22021 W. BOSTIAN RD., WOODINVILLE, WA 98072 | |
| 10924 | WALKER SPECIALTY CONSTRUCTION, 22021 W. BOSTONIAN ROAD, WOODINVILLE, WA 98072 | |
| 10924 | WALKER SPECIALTY CONSTRUCTION, PO BOX 469, SNOHOMISH, WA 98291 | |
| 10924 | WALKER SPECIALTY/BLUE SHEILD, 1800 TERRY AVE., SEATTLE, WA 98101 | |
| 10925 | WALKER SR, WILLIAM, 229 MC DONALD AVE, CHARLOTTE, NC 28203-5315 | |
| 10925 | WALKER STAINLESS EQUIPMENT CO, INC, PO BOX 75160, CHARLOTTE, NC 28275-5160 | |
| 10925 | WALKER WYLDER LTD, 207 WEST JEFFERSON ST, PO BOX 3455, BLOOMINGTON, IL 61702-3455 | |
| 10924 | WALKER, A. J. CONSTRUCTION, 421 S 21ST ST, MATTOON, IL 61938 | |
| 10924 | WALKER, A.J. CONST CO, 421 S. 21ST STREET, MATTOON, IL 61938 | |
| 10924 | WALKER, A.J. CONST CO, P O BOX 118, MATTOON, IL 61938 | |
| 10925 | WALKER, ANNA, PO BOX 644, COMMERCE, GA 30529 | |
| 10925 | WALKER, ANTHONY, 1115 12TH ST NW APT#104, WASHINGTON, DC 20005 | |
| 10925 | WALKER, BETTY, PO BOX 441021, INDIANAPOLIS, IN 46244 | |
| 10925 | WALKER, BOBBY, 1313 NE 15TH ST., OKLAHOMA, OK 73117 | |
| 10925 | WALKER, C RALPH, 420 COTTAGE ST, MARKSVILLE, LA 71351 | |
| 10925 | WALKER, CALVIN, 6 LONGWOOD RD, SALEM, NH 03079 | |
| 10925 | WALKER, CAROL, 6 LONGWOOD ROAD, SALEM, NH 03079 | |
| 10925 | WALKER, CAROLYN, 952 CRATER OAK DR, CALABASAS, CA 91302 | |
| 10925 | WALKER, CHARLENE, 1610 BURNT MILL RD, CHERRY HILL, NJ 08003 | |
| 10925 | WALKER, CHARLES, 1912 WESTBOURNE DRIVE, OVIEDO, FL 32765 | |
| 10925 | WALKER, CHARLES, 622 CORNFIELD DRIVE, WHITE PINE, TN 37890 | |
| 10925 | WALKER, CHARLOTTE, 126 N. 34TH ST., RICHMOND, IN 47374 | |
| 10925 | WALKER, CHRISTOPHER, RT. 1, BOX 222, HERRIN, IL 62948 | |
| 10925 | WALKER, CINDY, 4214 S. TRAVIS, AMARILLO, TX 79110 | |
| 10925 | WALKER, CLIFFORD, 3081 GLENAIRE DR., CINCINNATI, OH 45251 | |
| 10925 | WALKER, CORNELL, 1915 PENNINGTON ROAD, TRENTON, NJ 08618 | |
| 10925 | WALKER, CORY, 6700 W. 25TH ST., ODESSA, TX 79763 | |
| 10925 | WALKER, CRAIG, 2434 TYLER LANE, DEER PARK, TX 77536 | |
| 10925 | WALKER, CYLER, 3101 E CAYAUGA ST, TAMPA, FL 33610-7946 | |
| 10925 | WALKER, CYNTHIA, 2301 ANDALUSIA ST. 2301 ANDALUSIA ST./, SEBRING, FL 33872 | |
| 10925 | WALKER, CYNTHIA, 4010 ELM ST, MONROE, LA 71201 | |
| 10925 | WALKER, D, 5239 CEDGATE ROAD, BALTIMORE, MD 21206 | |
| 10925 | WALKER, DANIEL, ROUTE 1 BOX 1640, PARIS, AR 72855 | |
| 10925 | WALKER, DARRYL, 9842 LAUREN LEDGE DR, RIVERVIEW, FL 33569-5596 | |
| 10925 | WALKER, DAVID, 12760 W 88TH CIR APT 166, LENEXA, KS 66215 | |
| 10925 | WALKER, DAVID, 716 COTTONWOOD, MOORE, OK 73160 | |
| 10925 | WALKER, DAVID, 802 OLD RIVERSIDE RD, BALTIMORE, MD 21225 | |
| 10925 | WALKER, DEBBIE, 2939 STEARNS, WICHITA FALLS, TX 76308 | |
| 10925 | WALKER, DEBORAH, 3006 GULF DRIVE, HOLMES BEACH, FL 34218 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WALKER, DEMETRIUS, 107 PINE VIEW LANE, WOODBRIDGE, NJ 07095 | |
| 10925 | WALKER, DONNA, 252 ORCHARD GROVE RD, CAMPOBELLO, SC 29322 | |
| 10925 | WALKER, DONNA, 4 WOODSIDE TERRACE, GRANITE FALLS, NC 28630 | |
| 10925 | WALKER, DONNA, 5501 SCHINDLER TERRACE, BRIDGEWATER, NJ 08807 | |
| 10925 | WALKER, DOREEN, 813 WHITNER ROAD, READING, PA 19605 | |
| 10925 | WALKER, DOROTHY, 22517 CHIPPEWA, DETROIT, MI 48219 | |
| 10925 | WALKER, EDWARD, 1790 EDGEWOOD DRIVE, PALO ALTO, CA 94303-9998 | |
| 10925 | WALKER, EDWARD, 660 WASHINGTON ST APT 215, CANTON, MA 02021-3020 | |
| 10925 | WALKER, ELBERT, 3285 OLD CAMPLONG RD, AIKEN, SC 29805 | |
| 10925 | WALKER, ELIZABETH, 8 NOTRE DAME ST, NASHUA, NH 03060 | |
| 10925 | WALKER, ELIZABETH, ROUTE 5 BOX 1124, JOPLIN, MO 64804 | |
| 10925 | WALKER, ESCHOL, 123 COVE ROAD, FAIRPLAY, SC 29643 | |
| 10925 | WALKER, EULIS, ROUTE 5, BOX 95, OZARK, AR 72949 | |
| 10925 | WALKER, FREDDY, 1463 MT. PLEASANT RD, JEFFERSON CITY, TN 37760 | |
| 10925 | WALKER, GAYLA, 903 VAN HORN, IOWA PARK, TX 76367 | |
| 10925 | WALKER, GEORGE, 107 PROFESSIONAL CTR, EASTMAN, GA 31023 | |
| 10925 | WALKER, GERALD, 908 PINE ST, ATLANTIC, IA 50022 | |
| 10925 | WALKER, GLENN, 802 E. GROLEE ST., OPELOUSAS, LA 70570 | |
| 10925 | WALKER, HAROLD, 101 MIDDLETON LANE, GREENVILLE, SC 29607 | |
| 10925 | WALKER, HEIDI, 353 S. MAD ANTHONY, MILLERSBURG, OH 44654 | |
| 10925 | WALKER, HOLLY, 4139 LYON AVE, OAKLAND, CA 94601 | |
| 10925 | WALKER, IRA, 1707 HOLLIS RD, WEST LAKE, LA 70669 | |
| 10925 | WALKER, JACKIE, RT. 5, BOX 19, CHICKASHA, OK 73018 | |
| 10925 | WALKER, JAMES L, 8108 JAHNKE RD, RICHMOND, VA 23235-6130 | |
| 10925 | WALKER, JAMES, 18 SENATOR WAY, CARMEL, IN 46032 | |
| 10925 | WALKER, JEAN, 7938 E. SHAHKOKA DR., OLIVE BRANCH, MS 38654 | |
| 10925 | WALKER, JEANETTE, 379 SOUTH 925 EAST, LAYTON, UT 84041 | |
| 10925 | WALKER, JEFFREY, 1001 KENSINGTON LAKE DRIVE, EASLEY, SC 29642 | |
| 10925 | WALKER, JELANI, 3090 KINGSTOWNE DR, SMYRNA, GA 30080 | |
| 10925 | WALKER, JENNIFER, 54 ANAWAN ST, BROCKTON, MA 02402 | |
| 10925 | WALKER, JIMMIE, 2801 DOWNING DRIVE, PLANO, TX 75023 | |
| 10925 | WALKER, JIMMY, PO BOX 19693, JEAN, NV 89019 | |
| 10925 | WALKER, JOHN, 100 BLANCO, PORTLAND, TX 78374 | |
| 10925 | WALKER, JOHN, 770 BOYLSTON ST, BOSTON, MA 02199 | |
| 10925 | WALKER, JOSEPH, 2008 TERRIL LANE, LOUISVILLE, KY 40218 | |
| 10925 | WALKER, KAREN, 3554 39 TH ST, ZACHARY, LA 70791 | |
| 10925 | WALKER, KATHRYN, 314 FERNVIEW DRIVE, COLUMBIA, SC 29223 | |
| 10925 | WALKER, KELLY, 3217 GREEN FOREST CT, ELLICOTT CITY, MD 21043 | |
| 10925 | WALKER, KELLY, 4607 KINGS WALK DR # 2C, ROLLING MEADOWS, IL 60008 | |
| 10925 | WALKER, KENNETH, 4711 NORTH RIVER ROAD, FREELAND, MI 48623 | |
| 10925 | WALKER, KERRY, 2939 STEARNS, WICHITA FALLS, TX 76308 | |
| 10925 | WALKER, KEVIN, 13343 FORCE, HOUSTON, TX 77015 | |
| 10925 | WALKER, LARRY D, 3525 MONROE ST, BELLWOOD, IL 60104 | |
| 10925 | WALKER, LARRY D, 6050 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | WALKER, LARRY, 3525 MONROE ST, BELLWOOD, IL 60104 | |
| 10925 | WALKER, LAURA, 7487 SETTING SUN WAY, COLUMBIA, MD 21046 | |
| 10925 | WALKER, LESLIE, 2601 BROCK ROAD, PLANT CITY, FL 33565 | |
| 10925 | WALKER, LINDA, 3305 LINDA LANE, SHREVEPORT, LA 71119 | |
| 10925 | WALKER, LISA, 1032 N. 23RD ST, MILWAUKEE, WI 53233 | |
| 10925 | WALKER, LOREE, 7 WOLF DRIVE, BEAR, DE 19701 | |
| 10925 | WALKER, LORELIE, 3302 ELDER COURT, IRVING, TX 75060 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    WALKER, LORI, 405 SAWTOOTH COVE, BRANDON, MS 39042

10925    WALKER, LUCY, PO BOX 1145, GREER, SC 29652

10925    WALKER, LYNDA, 1010 MATAMORAS, ODESSA, TX 79760

10925    WALKER, LYNDON, 3915 N. 19TH PLACE, MILWAUKEE, WI 53206

10925    WALKER, M P, #4 BILLINGSPORT DRIVE, SICKLERVILLE, NJ 08081

10925    WALKER, MARCY, 16B ALTHEA CIRCLE, SUMTER, SC 29150

10925    WALKER, MARGARET, 3464 NORTH BANCROFT, INDIANAPOLIS, IN 46218

10925    WALKER, MARILYN, 6 BROOKTOWN COURT, WELLFORD, SC 29385

10925    WALKER, MARION F, 2277 BETHEL CHURCH RD, LAURENS, SC 29360

10925    WALKER, MARJORIE, 229 MCDONALD AVE, CHARLOTTE, NC 28203-5315

10925    WALKER, MARJORIE, 6401 EASTRIDGE #1101, ODESSA, TX 79762

10925    WALKER, MARK, 699 WALNUT POINT COURT, BALLWIN, MO 63021

10925    WALKER, MARY, 1044 MEADOWVIEW DR, BOSSIER CITY, LA 71111

10925    WALKER, MARY, 1249 MELVILLE AVE, LAKELAND, FL 33805-3960

10925    WALKER, MARY, 216 BILLY AVE., WARNER ROBINS, GA 31093

10925    WALKER, MARY, 2515 N. 45TH DRIVE, PHOENIX, AZ 85035

10925    WALKER, MAURICE, 3116 BUFORD HWY # 55, ATLANTA, GA 30329

10925    WALKER, MEREDITH, 455 TIMBER RD, FAIRFIELD BAY, AR 72088

10925    WALKER, MICHAEL, 3305 JULEP DR, COLONIAL HEIGHTS, VA 23834

10925    WALKER, MICHAEL, 613 9TH AVE S.W., INDEPENDENCE, IA 50644

10925    WALKER, MILTON, 9503 WALKERS FERRY RD, CHARLOTTE, NC 28214

10925    WALKER, MONICA, 205 BERNARD, EUNICE, LA 70535

10925    WALKER, NANCY, 1170 NINTH ST., ALAMEDA, CA 94501

10925    WALKER, NANCY, 3 ARUNDEL, POMPTON PLAINS, NJ 07444

10925    WALKER, PATRICIA, 2094 WINDSOR DRIVE, LITHIA SPRINGS, GA 30057

10925    WALKER, PATRICIA, 3504 WOODLAND AVE, BALTIMORE, MD 21215

10925    WALKER, PATRICK, 1959 MAPLE RD, STURGEON BAY, WI 54235

10925    WALKER, PAUL, 508 COUNTRY CLUB TERRACE, MIDWEST CITY, OK 73110

10925    WALKER, PRENTICE, 2354 ROCKNOLL RD., CONLEY, GA 30027

10925    WALKER, R, 1095 E MAIN ST, BARTOW, FL 33830

10925    WALKER, REVENA, 718 E. 73RD, KANSAS CITY, MO 64131

10925    WALKER, RICHARD, 5102 CAMUS ST, SARASOTA, FL 34234-2344

10925    WALKER, RICKEY, 15 SEYLE ST, GREENVILLE, SC 29605

10925    WALKER, RILEY, 3706 SAPULPA ST, CHATTANOOGA, TN 37406

10925    WALKER, ROBERT, 1009 TANNER ROAD, PLANT CITY, FL 33567-8268

10925    WALKER, ROBERT, 203 GIVENS ST, FOUNTAIN INN, SC 29644

10925    WALKER, ROBERT, 9874 87TH ST N, SEMINOLE, FL 33777

10925    WALKER, RODNEY, 81 SMYTHE AVE, GREENVILLE, SC 29605

10925    WALKER, ROGER, RT 1 BOX 165, ST. PAUL, NE 68873

10925    WALKER, RONALD, 2 APPLEJACK LANE, TAYLORS, SC 29687-9410

10925    WALKER, RONELL, 875 GLENWAY DRIVE, INGLEWOOD, CA 90302

10925    WALKER, ROSA, 1060 GREEN MOUNTAIN, FENTON, MO 63026

10925    WALKER, SABRINA, 3801 KENILWORTH AVE #201E, BLADENSBURG, MD 20710

10925    WALKER, SAMMIE, PO BOX 731, PLANT CITY, FL 33564

10925    WALKER, SCARLETT, 5779 WRIGHT DR, BATON ROUGE, LA 70812

10925    WALKER, SCOTT, 26 ASHLEY ST, PEPPERELL, MA 01463

10925    WALKER, SCOTT, 51 ACADEMY ST, ARLINGTON, MA 02174

10925    WALKER, SHANNON, 10566 CROSS FOX LANE, COLUMBIA, MD 21044

10925    WALKER, SHEILA, 211 S. OXFORD CIRCLE, MERIDIANVILLE, AL 35759

10925    WALKER, SHIRLEY, 3358 N 15TH AVE #7, PHOENIX, AZ 85015

10925    WALKER, SOPHIA, 194 REEVES AVE, TRENTON, NJ 08610

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WALKER, STACIE, 1972 WOODLOT TRAIL, LITHONIA, GA 30058

10925   WALKER, STANLEY, 6714 FORRESTVIEW, LAKELAND, FL 33811

10925   WALKER, STEPHEN R, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   WALKER, STEPHEN, 132 FAYERWEATHER ST, CAMBRIDGE, MA 02138

10925   WALKER, STEPHEN, 4723 VENUS ST, NEW ORLEANS, LA 70122

10925   WALKER, STEVE, 2434 S.OGDEN ST., DENVER, CO 80210

10925   WALKER, STEVE, 3017 CANONGATE WAY, FT. SMITH, AR 72903

10925   WALKER, SUZANNE, 2434 TYLER LA, DEER PARK, TX 77536

10925   WALKER, THELMA, 1339 PENNINGTON RD, PHILADELPHIA, PA 19151

10925   WALKER, THOMAS L, 5311 COUNCIL GROVE, HOUSTON, TX 77088-4421

10925   WALKER, THOMAS, 11 GLENN AVE, #33, CHELMSFORD, MA 01824

10925   WALKER, THOMAS, PO BOX 135, ROANOKE, LA 70581

10925   WALKER, TIMOTHY, BOX 9185, CASPER, WY 82609

10925   WALKER, TOMMY, PO BOX 905, MULBERRY, FL 33860

10925   WALKER, VANESSA, 3321 WATERGATE ML S., INDIANAPOLIS, IN 46224

10925   WALKER, VERA, 1308 ELEANOR, BURKBURNETT, TX 76354

10925   WALKER, VICTORIA, 1335 12TH ST DR NW, HICKORY, NC 28601

10925   WALKER, VICTORIA, 300 E. MAIN ST, CHICOPEE, MA 01013

10925   WALKER, VINCINE, 1208 FARMINGDALE AVE, CAPITOL HEIGHTS, MD 20743

10925   WALKER, W, 700 S HILL AVE, SOUTH HILL, VA 23970

10925   WALKER, W, PO BOX 157, PATTERSON, NC 28661

10925   WALKER, WHENDY, 106 HARVEY ST, TAUNTON, MA 02780

10925   WALKER, WILLIAM, 1208 LIGHT ST, BALTIMORE, MD 21230

10925   WALKER, WILLIAM, 1926 GUNSTON PLACE, OWENSBORO, KY 42303-6307

10925   WALKER, WILLIAM, 512 PASADENA AVE, METAIRIE, LA 70001-4841

10925   WALKER, WILLIAM, 641 PLANTATION BLVD, MANDEVILLE, LA 70448

10925   WALKER, WILLIAM, 8300 SKILLMAN RD #705, DALLAS, TX 75231

10925   WALKER, WILLIAM, PO BOX 372, ARAPHO, OK 73620

10925   WALKER, YVONNE, PO BOX 161, ADAMS RUN, SC 29426-0161

10925   WALKER,JR, ALVIN, 702 CHEROKEE TRAIL, THEODORE, AL 36582

10924   WALKER-FIELDHOUSE RECONSTRUCTION, C/O FAST RESPONSE, 124 RAYMOND AVE ,RT 326, POUGHKEEPSIE, NY 12603

10925   WALKER-RAY, PETER, 11513 WATERFLOWER LA, CHARLOYYE, NC 28262

10925   WALKERS DIESEL SERVICES INC, 5500 BERRY BROOK DRIVE, HOUSTON, TX 77017

10925   WALKERS MUFFLER SHOP, PO BOX 1196, LAURENS, SC 29360

10925   WALK-IN MEDICAL, 10 S.NEW PROSPECT RD., JACKSON, NJ 08527

10925   WALKO, JOAN, 5912 CHARLES ST, BALTIMORE, MD 21207-4809

10925   WALKOWIAK, MAREK, 303 SHADOW OAKS DRIVE, EASLEY, SC 29642

10925   WALL & ASSOCIATES, POBOX 2540, DANVILLE, VA 24541

10924   WALL & CEILING SUPPLY CO, 9830  40TH AVE SOUTH, SEATTLE, WA 98118

10924   WALL & CEILING SUPPLY, CAMBRIDGE, MA 02140

10924   WALL & CEILING, 9830 40TH AVE. SOUTH, SEATTLE, WA 98118

10924   WALL BOARD INC, 5346 INDUSTRIAL BLVD., NE, MINNEAPOLIS, MN 55421

10924   WALL LUMBER CO., 712 SOUTH STERLING ST., MORGANTON, NC 28655

10925   WALL STREET JOURNAL, 200 BURNETT RD-PO BOX 900, CHICOPEE, MA 01021-0900

10925   WALL STREET JOURNAL, 200 BURNETT ROAD, CHICOPEE, MA 01020

10925   WALL STREET JOURNAL, PO BOX 240, CHICOPEE, MA 01021-9984

10925   WALL STREET JOURNAL, PO BOX 900, CHICOPEE, MA 01021

10925   WALL STREET JOURNAL, THE, 200 BURNETT ROAD, CHICOPEE, MA 01020

10925   WALL STREET JOURNAL, THE, 200 BURNETT ROAD, CHICOPEE, MA 01021

10925   WALL STREET JOURNAL, THE, 200 BURNETT ROAD, CHICOPEE, MA 01021-9984

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WALL STREET JOURNAL, THE, POBOX 240, CHICOPEE, MA 01021-9984

10924   WALL TECH CO., CAMBRIDGE, MA 02140

10924   WALL TECH, FORT HOWARD ELEMENTARY SCHOOL, GREEN BAY, WI 54303

10925   WALL THOMAS RICHE WALL, 668 S. FOSTER DR., PO BOX 65168, BATON ROUGE, LA 70896

10925   WALL, ALAN S, 130 EAST ORANGE AVE, LAKE WALES, FL 33853

10925   WALL, DAVID, 523 NEWBURY ST, BOSTON, MA 02215

10925   WALL, KATHERINE, RTE 2, BOX 305M, GREENVILLE, NC 27834

10925   WALL, LARRY, PO BOX 221, MAGNOLIA, MS 39652

10925   WALL, LORIANN, 19 BRANDT DRIVE, WOBURN, MA 01801

10925   WALL, MAE CLAIRE, 3 HARDING COURT, EVANS GA, GA 30809

10925   WALL, MIKE, HC 51 BOX 688, HILIDAY, TX 76366

10925   WALL, RANDOLPH, 4398 SHARON ROAD, LAUREL, MS 39440

10925   WALL, ROBERT, 1304 PINEHURST DR., COLUMBIA, MS 39429

10925   WALL, ROSALIE, 7026 HWY 144, PHILPOT, KY 42366

10925   WALL, TINA, 1610 WILLIAM & MARY COMMON, HILLSBORO, NJ 08876

10925   WALL, VICKIE D, 7500 GRACE DR, COLUMBIA, MD 21044

10925   WALL, VICKIE, 6673 DASHER COURT, COLUMBIA, MD 21045

10925   WALLA, ELIZABETH, 866 GILLETTE, SAN ANTONIO, TX 78224

10925   WALLA, GERALD, RT. 1 BOX 3610, SIDNEY, MT 59270

10925   WALLACE & TIERNAN, INC, 25 MAIN ST., BELLEVILLE, NJ 07109-3057

10925   WALLACE AND GRAHAM, 525 NORTH MAIN ST, SALISBURY, NC 28144

10925   WALLACE COMPUTER SERVICE INC, PO BOX 13663, NEWARK, NJ 07188-0663

10925   WALLACE COMPUTER SERVICES INC., 100 N. CHARLES ST., BALTIMORE, MD 21202

10925   WALLACE COMPUTER SERVICES, INC, 5726 MARLIN RD., SUITE 315, CHATTANOOGA, TN 37411

10925   WALLACE COMPUTER SERVICES, INC, PO BOX 905046, CHARLOTTE, NC 28290-5046

10925   WALLACE COMPUTER SERVICES, INC, PO BOX 93514, CHICAGO, IL 60673-3514

10925   WALLACE D JENKINS &, ELLEN H JENKINS JT TEN, 1196 MUSKET DR, ST CHARLES, MO 63304-7081

10925   WALLACE ELECTRIC COMPANY, 117 PARK WEST DRIVE, POST OFFICE BOX 1512, MCDONOUGH, GA 30253

10925   WALLACE ESQ, MONA LISA, 301 NORTH MAIN ST, SALISBURY, NC 28144

10925   WALLACE H BROWN &, ALICE JANE BROWN JT TEN, 1308 GILBERT ST, DOWNERS GROVE, IL 60515-4539

10924   WALLACE HARDWARE, 5050 S. CROCKETT PARKWAY, MORRISTOWN, TN 37815

10924   WALLACE HARDWARE, P.O. BOX 687, MORRISTOWN, TN 37815

10925   WALLACE JACKSON ROCHELLE, 2515 SIDBURY RD, WILMINGTON, NC 28405-7925

10925   WALLACE JR, JOHN G, CUST FOR WILLIAM T WALLACE, UNDER THE SC UNIF GIFT MIN ACT, 65 VILLA RD APT 306, GREENVILLE, SC 29615-3017

10925   WALLACE JT TEN, THOMAS J & DEBORAH ZAWNE, 7675 MAYWOOD DR, PLEASANTON, CA 94588-3674

10925   WALLACE KING MARRARO & BRANSON PLLC, 1050 THOMAS JEFFERSON ST NW, WASHINGTON, DC 20007

10925   WALLACE KING MARRARO & BRANSON PLLC, CHRISTOPHER H MARRORO, 1050 THOMAS JEFFERSON ST NW, WASHINGTON, DC 20007

10925   WALLACE L BOLTON, 2938 S W BRIGHTON WAY, PALM CITY, FL 34990-6084

10924   WALLACE LABORATORIES, 434 NORTH MORGAN STREET, DECATUR, IL 62525

10924   WALLACE LABORATORIES, DIVISION OF CARTER WALLACE INC., 434 NORTH MORGAN STREET, DECATUR, IL 62525

10925   WALLACE RADIATOR SERVICE, 5071 AUSTELL POWER SPRINGS ROAD, CLARKDALE, GA 30111

10925   WALLACE SCHNEIDER, 3311 S 85TH ST, MILWAUKEE, WI 53227

10924   WALLACE THOMPSON HOSPITAL, 322 WEST SOUTH STREET, UNION, SC 29379

10924   WALLACE THOMSON HOSPITAL, 322 WEST SOUTH STREET, UNION, SC 29379

10925   WALLACE, ALEXANDER, 837 HIGHLAND AVE, MEDFORD, MA 02155

10925   WALLACE, ANDREAH, 7675 MAYWOOD DR., PLEASANTON, CA 94588

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WALLACE, ANITA, 1302 BRISTOL RD., 54, BENSALEM, PA 19020 | |
| 10925 | WALLACE, ANTHONY, 7600 S PHILLIPS, CHICAGO, IL 60649 | |
| 10925 | WALLACE, BARBARA, 1322 DARNALL DR, MCLEAN, VA 22101 | |
| 10925 | WALLACE, BERYL, 6798 HILLPARK AVE, PARKER, CO 80134 | |
| 10925 | WALLACE, C, 720 E 8TH ST, CHARLOTTE, NC 28204 | |
| 10925 | WALLACE, CAROLE, 120 SYLVAN LAKES DR, WEST MONROE, LA 71291 | |
| 10925 | WALLACE, CARY, 4415 ROLLING HILL DR, CHARLOTTE, NC 28213 | |
| 10925 | WALLACE, CHARLIE, 310 E 27TH ST, BALTIMORE, MD 21218 | |
| 10925 | WALLACE, CURTIS, 710 LOBBAN LANE, WICHITA FALLS, TX 76305 | |
| 10925 | WALLACE, D, 501 E. CLIFTON, STEPHENVILLE, TX 76401 | |
| 10925 | WALLACE, DAVID A, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | WALLACE, DAVID, 3015 S OCEAN BLVD #2D, HIGHLAND BCH, FL 33487 | |
| 10925 | WALLACE, DAVID, PO BOX 622, HARRIMAN, NY 10926-0622 | |
| 10925 | WALLACE, DONALD, 6110 HANNA COURT, CHARLOTTE, NC 28212 | |
| 10925 | WALLACE, ELLEN, 10905 MARINER DR, FORT WASHINGTON, MD 20744 | |
| 10925 | WALLACE, GARY, 7802 BREDA, BAYTOWN, TX 77521 | |
| 10925 | WALLACE, GIGI, 2256 11TH ST, CUYAHOGA FALLS, OH 44221 | |
| 10925 | WALLACE, GILLIAN, 2885 NW 20TH ST, MIAMI, FL 33056 | |
| 10925 | WALLACE, GLENN, PO BOX 148, SANTA FE, TX 77517 | |
| 10925 | WALLACE, GORDON, 7100 MT VERNON ROAD SE, CEDAR RAPIDS, IA 52401-3628 | |
| 10925 | WALLACE, IRIS, 505 LARITA DRIVE, BEN LOMOND, CA 95005 | |
| 10925 | WALLACE, JACQUELYN, 2446 N 31ST ST, PHILA, PA 19132 | |
| 10925 | WALLACE, JAMES, 1101 N W 140TH TERR, EDMOND, OK 73013 | |
| 10925 | WALLACE, JAMES, 529 PINE AVE, COMMERCE, GA 30529 | |
| 10925 | WALLACE, JAMES, 690 SCHOOL ST, LOWELL, MA 01851-3702 | |
| 10925 | WALLACE, JANELLE, 2318 LANDSHIRE, ARLINGTON, TX 76014 | |
| 10925 | WALLACE, JAY, 1501 KENSINGTON ST, CHARLOTTE, NC 28205 | |
| 10925 | WALLACE, JEAN, 837 HIGHLAND AVE, MEDFORD, MA 02155 | |
| 10925 | WALLACE, JEFF, 1426 PINE DRIVE, COLLEGE PARK, GA 30349 | |
| 10925 | WALLACE, JENNIFER, 2121 CARMEL VALLEY DR., LAPLACE, LA 70068 | |
| 10925 | WALLACE, JENNIFER, 4015 HOUSTON, DRIVE, RENO, NV 89502 | |
| 10925 | WALLACE, JOAN, 6011 EMERSON ST., BLADENSBURG, MD 20710 | |
| 10925 | WALLACE, JOHN L, 114 2ND AVE S, LEWISBURG, TN 37091-3325 | |
| 10925 | WALLACE, JOHN, 1714 TREMONT ST, ALLENTOWN, PA 18104 | |
| 10925 | WALLACE, JOSEPH, 103 HOOKER ST, RIVERSIDE, NJ 08075 | |
| 10925 | WALLACE, KAREN, 130 LYNNE TRAIL, OREGON, WI 53575 | |
| 10925 | WALLACE, KAREN, 70-08 68 PL, GLENDALE, NY 11385 | |
| 10925 | WALLACE, KING, MARRARO & BRANSON, 1050 THOMAS JEFFERSON, WASHINGTON, DC 20007 | |
| 10925 | WALLACE, LAURIE, 9485 CLOCKTOWER LANE, COLUMBIA, MD 21046 | |
| 10925 | WALLACE, LENA, 5758 SHAW ST, SAN DIEGO, CA 92139 | |
| 10925 | WALLACE, LEON, 2704 BOOKER DRIVE, BALTIMORE, MD 21225 | |
| 10925 | WALLACE, LINDA, 5501 HELMONT DR, OXON HILL, MD 20745 | |
| 10925 | WALLACE, LORETTA, PO BOX 103, TERRY, MS 39170 | |
| 10925 | WALLACE, MARGARET, 543 SAGEWOOD PLACE SW, CONCORD, NC 28025 | |
| 10925 | WALLACE, MARY, 615 6TH AVE NE, MT VERNON, IA 52314 | |
| 10925 | WALLACE, MICHAEL, 12 GILDERPOINT COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | WALLACE, MICHAEL, 14002 BURNTWOODS ROA, GLENELA, MD 21737 | |
| 10925 | WALLACE, MILTON, 2222 PONCE DE LEON, CORAL GABLES, FL 33134 | |
| 10925 | WALLACE, PO BOX 13663, NEWARK, NJ 07188-0663 | |
| 10925 | WALLACE, RANDY, 1409 NINTH ST, GREEN BAY, WI 54303 | |
| 10925 | WALLACE, RODNEY, 912 REYNOLDS, WICHITA FALLS, TX 76303 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WALLACE, ROGER, 404 BRENTWOOD DRIVE, PISCATAWAY, NJ 08854 | |
| 10925 | WALLACE, RONALD, 545 HUNTSMOR DR, CHARLOTTE, NC 28217 | |
| 10925 | WALLACE, SANDRA, 51 COLUMBIA PARK, HAVERHILL, MA 01830 | |
| 10925 | WALLACE, SHERI, 21809 4TH ST, SILVERHILL, AL 36576 | |
| 10925 | WALLACE, SUSAN, 5576 HUNTINGWOOD WAY, WAUNAKEE, WI 53597 | |
| 10925 | WALLACE, T J, 2140 DAVIS ST., SAN LEANDRO, CA 94577 | |
| 10925 | WALLACE, TEENA, 2317 RACINE DRIVE, MONROE, LA 71201 | |
| 10925 | WALLACE, TERRIA, 7935 TAYLOR CIR, RIVERDALE, GA 30274 | |
| 10925 | WALLACE, THOMAS, 7675 MAYWOOD DR, PLEASANTON, CA 94588 | |
| 10925 | WALLACE, TRACY, 14002 BURNTWOODS ROA, GLENELA, MD 21737 | |
| 10925 | WALLACE, WILLIAM, 2425 STANTON ST, AUBURNDALE, FL 33823-4826 | |
| 10925 | WALLACE, YUNG, 1116A BARTLETT, HOUSTON, TX 77006 | |
| 10925 | WALLACE-REILLY, CLAY, 2598 FAUST RD, GILBERTSVILLE, PA 19525 | |
| 10924 | WALLACH CONCRETE, 3219 INDUSTRAIL TRAIL, HOBBS, NM 88240 | |
| 10924 | WALLACH CONCRETE, P O BOX 1289, HOBBS, NM 88240 | |
| 10924 | WALLACH CONCRETE, P.O. BOX 1289, HOBBS, NM 88240 | |
| 10925 | WALLACHS INC., 27 MUSICK, IRVINE, CA 92718 | |
| 10925 | WALLANDER, SALLY, 37 36TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | WALLASEY LTD, 13 FL WING TAI CENTRE, 12 HING YIP ST, KWUN TONG KOWLOON, HONG KONG | *VIA Deutsche Post* |
| 10924 | WALLBOARD DISTRIBUTING, 573 BELLVUE ROAD, NEWARK, DE 19713 | |
| 10924 | WALLBOARD DISTRIBUTORS, 1341 WEST BROAD ST., STRATFORD, CT 06497 | |
| 10924 | WALLBOARD DISTRIBUTORS, 8 COMMERCIAL ST., BRANFORD, CT 06405 | |
| 10924 | WALLBOARD DISTRIBUTORS, P.O. BOX 527, BRANFORD, CT 06405 | |
| 10924 | WALLBOARD INC.  -  CONROY, CAMBRIDGE, MA 02140 | |
| 10924 | WALLBOARD, INC., 13111 W. GLENDALE AVE., BUTLER, WI 53007 | |
| 10925 | WALLEN, JAMES, 1705 HARVEST ST., EDINBURG, TX 78539-6939 | |
| 10925 | WALLEN, W, 2416 ELMO AVE, HAMILTON, OH 45015 | |
| 10924 | WALLENSRIDGE STATE PRISON, 272 DOGWOOD DR., BIG STONE GAP, VA 24219 | |
| 10925 | WALLER LANSDEN DORTCH & DAVIS ATTY, PAULA D WALKER AND JAMES M WEAVER, NASHVILLE CITY CENTER 511 UNION ST, SUITE 2100 POST OFFICE BOX 198966, NASHVILLE, TN 37219-8966 | |
| 10925 | WALLER LANSDEN DORTCH & DAVIS, PO BOX 198966, NASHVILLE, TN 37219-8966 | |
| 10925 | WALLER LANSDEN DORTCH & DAVIS, POBOX 198966, NASHVILLE, TN 37219-8966 | |
| 10925 | WALLER, BRENDA, 152 OAKSIDE AVE., METHUEN, MA 01844 | |
| 10925 | WALLER, BRIAN, 121 BYGATE CIRCLE, PITTSBURGH, PA 15220 | |
| 10925 | WALLER, DOROTHY, 2530 FAXON, MEMPHIS, TN 38112 | |
| 10925 | WALLER, J GARY, 634 KINGSWOOD CT, LITHIA SPRINGS, GA 30122 | |
| 10925 | WALLER, JEFFREY, 302 WIEDMAN ST, GRETNA, LA 70053 | |
| 10925 | WALLER, MARY, 6812 STONYBROOK LN NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | WALLER, RHONDA, 404 WEST ELM ST, WRIGHTSVILLE, GA 31096 | |
| 10925 | WALLER, SHERRELL, 3941 WEST BAMBOO, HARVEY, LA 70058 | |
| 10925 | WALLER, THERESA, 2532 ANDREW DR, NAPLES, FL 33962 | |
| 10925 | WALLER, TRACEE, 4192 JAN JOLIN DR., CONLEY, GA 30027 | |
| 10925 | WALLEVIK, DR OLAFUR, LAUGARASVEGUR 7, 104 REYKJAVIK, IT 104ICELAND | *VIA Deutsche Post* |
| 10925 | WALLEVIK, OLAFUR, AND GUDNI GUDNASON, KELDNAHOLTI, 112 REYKJAVIK, IT 112ICELAND | *VIA Deutsche Post* |
| 10925 | WALLEVIK, OLAFUR, RB-KELDNAHOLT, REYKJAVIK, IT 112ICELAND | *VIA Deutsche Post* |
| 10925 | WALLEX EXXON SERVICE, 892 LEXINGTON ST, WALTHAM, MA 02452 | |
| 10925 | WAL-LEX HARDWARE & SUPPLY CO INC, 862 LEXINGTON ST, WALTHAM, MA 02154 | |
| 10925 | WALLEY, JR, FLETCHER, PO BOX 1006, DAUPHIN ISLAND, AL 36528 | |
| 10925 | WALLICK, CHARLES, 708 FOREST VIEW, VERONA, WI 53593 | |
| 10925 | WALLIN, ALICE, 135 DEERWOOD COURT, BOGART, GA 30622 | |
| 10924 | WALLING S&G, PO BOX 12009, SALEM, OR 97309 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WALLING SAND AND GRAVEL, 2425 LANCASTER DR SE, SALEM, OR 97301

10924   WALLING SAND AND GRAVEL, P.O. BOX 12009, SALEM, OR 97309

10925   WALLING, THOMAS, 1312 TOURMALINE, MENTONE, CA 92359

10925   WALLINGFORD, RANDY, 2101 E 9TH ST, 14, ODESSA, TX 79761

10925   WALLINGTON, CRAIG, 5485 WOODBRIDGE CREST, MARION, IA 52302

10925   WALLIS GRUBNER GILMAN, 367 MAIN ST 3, OLD SAYBROOK, CT 06475-2358

10925   WALLIS PRINTING COMPANY, POBOX 1554, ROME, GA 30162-1554

10925   WALLIS, ANNE, 5640 S. ABERDEEN DRIVE, NEW BERLIN, WI 53156

10925   WALLNER, OTTO, PO BOX 27, TAMASSEE, SC 29686

10925   WALLOCH, CRAIG, 22 NORWICH CIRCLE, MEDFORD, MA 02155

10924   WALLS & CEILING SUPPLY CO.INC., 9830-40TH AVENUE SOUTH, SEATTLE, WA 98118

10925   WALLS & CEILINGS, 8175 S VIRGINIA ST #850-A, RENO, NV 89511

10924   WALLS CONTRACTING CO, 7717 DELANO ROAD, CLINTON, MD 20735

10925   WALLS IV, JAMES, 3635 LAUREL VIEW COURT, LAUREL, MD 20724

10925   WALLS REPORTING, INC, 714 PARK AVE., BALTIMORE, MD 21201

10924   WALLS UNLIMITED, 715 FLEMMING  ST., HENDERSONVILLE, NC 28739

10924   WALLS UNLIMITED, 715 FLEMMING STREET, HENDERSONVILLE, NC 28739

10925   WALLS, CHRISTINA, 218 WATERBURY COURT, SIMPSONVILLE, SC 29681

10925   WALLS, EDWARD, PO BOX 211, TOUGALOO, MS 39174

10925   WALLS, MICHAEL, 143 GRAYCREST AVE, COLLIERVILLE, TN 38017

10925   WALLS, NANCY, PO BOX 1617, LEBANON, VA 24266

10925   WALLS, REANDRE, 1875 EAST MARMION, KANKAKEE, IL 60901

10925   WALLS, RICCARDO, 255 N MYRTLE, KANKAKEE, IL 60901

10925   WALLS, RICKY, 3333 MAJESTIC PRINCE, OWENSBORO, KY 42303

10925   WALLS, ROBERT, 108 GREENOCK CT., CARY, NC 27511-6308

10925   WALLS, TAMMIE, 5011 OLYMPIA DRIVE, INDIANAPOLIS, IN 46208

10925   WALLS, TERRY, 706 EAST PARK, IOWA PARK, TX 76367

10924   WALLSEYE CONCRETE CORP, 8802 PORTLAND ROAD, CASTALIA, OH 44824

10925   WALLSEYE CONCRETE, 26000 SPRAGUE ROAD, OLMSTED FALLS, OH 44138

10924   WALL-TECH, 7025 RAYWOOD RD, MADISON, WI 53713

10925   WALLUM, DANNY, 1017 SUNSET LANE, WICHITA FALLS, TX 76305

10925   WALLYS FENCE & IRON, 9525 STEWART & GRAY ROAD, DOWNEY, CA 90241

10925   WALLYS RESTAURANT, 6521 RINGGOLD RD., CHATTANOOGA, TN 37412

10925   WALLYS RESTAURANT, 6521 RINGGOLD RD., EAST RIDGE, TN 37412

10924   WALMART  C/O CROSSLAND CONSTRUCTION, 1 ALUMAX DRIVE, BENTONVILLE, AR 72712

10924   WAL-MART  ISD, 805 MOBERLY LANE, BENTONVILLE, AR 72712

10924   WALMART C/O COMPASS, SEVERENCE TOWN CENTER MALL, 3606 MAYFIELD ROAD, CLEVELAND HEIGHTS, OH 44118

10924   WAL-MART ISD, 805 MOBERLY LANE, BENTONVILLE, AR 72712

10925   WAL-MART STORES INC., 701 SOUTH WALTON BLVD., BENTONVILLE, AR 72716-8903

10925   WAL-MART STORES, 5450 HWY. 153, HIXSON, TN 37343

10925   WAL-MART STORES, INC, 1785 WHISKEY RD. S., AIKEN, SC 29801

10925   WAL-MART STORES, INC, 702 SW8TH ST. DEPT 8010, BENTONVILLE, AR 72716

10925   WAL-MART STORES, INC, C/O BANK OF AMERICA, PO BOX 60982, SAINT LOUIS, MO 63160-0982

10925   WAL-MART SUPERCENTER, 525 N. CITIES SERVICE HWY., SULPHUR, LA 70663

10925   WAL-MART, 7992 S. CRAIN HWY., GLEN BURNIE, MD 21061

10924   WALMART, SMITH & GREEN, PHOENIX, AZ 85001

10925   WALMSLEY JR., HAROLD, 668 N. CALVERT ST, BALTIMORE, MD 21202

10925   WALMSLEY, KEITH, 431 BROOKS COURT, GLEN BURNIE, MD 21060

10925   WALMSLEY, MARTHA, 8001 FOUNTAIN AVE, TAMPA, FL 33615

10924   WALNUT CREEK ELEMENTARY, 401 WEST BREAKER LANE, AUSTIN, TX 78753

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WALNUT CREEK MARRIOTT, 2355 NORTH MAIN ST, WALNUT CREEK, CA 94596 | |
| 10924 | WALNUT GROVE ELEMENTARY, 75 TAYLOR RD., SUWANEE, GA 30024 | |
| 10925 | WALNUT INDUSTRIES INC., 1356 ADAMS ROAD, BENSALEM, PA 19020 | |
| 10925 | WALNUT INDUSTRIES, 1344 ADAMS RD., BENSALEM, PA 14020 | |
| 10925 | WALNUT INDUSTRIES, PO BOX 624, BENSALEM, PA 19020 | |
| 10925 | WALNUT SPRINGS NURSERY, 2245 MCKENDREE RD., WEST FRIENDSHIP, MD 21794 | |
| 10925 | WALNUT, 490 BOSTON POST ROAD, SUDBURY, MA 01776 | |
| 10925 | WALNUT, GROVE, 135, 135, NY, NY 11111 | |
| 10925 | WALPOLE, JULIE, 48 RICE ST., CAMBRIDGE, MA 02140 | |
| 10925 | WALRATH, ISAAC, 4835 NARRAGANSETT #A, SAN DIEGO, CA 92107 | |
| 10924 | WALSH & ASSOCIATES INC., 1801 S HANLEY RD, SAINT LOUIS, MO 63144 | |
| 10925 | WALSH & HUGHES INC, 1455 NEW YORK AVE, HUNTINGTON STATION, NY 11746 | |
| 10925 | WALSH BROS OFFICE ENVIRONMENTS, PO BOX 717, PHOENIX, AZ 85001-0717 | |
| 10924 | WALSH CENTER OF PERFORMING ARTS, 200 SOUTH UNIVERSITY DRIVE, FORT WORTH, TX 76129 | |
| 10925 | WALSH ENTERPRISES, 687 LOWELL ST SUITE #4, METHUEN, MA 01844 | |
| 10925 | WALSH INDUSTRIAL CO, 2495 BLVD OF THE GENERALS, NORRISTOWN, PA 19403-5236 | |
| 10924 | WALSH INDUSTRIAL COMPANY, 2495 BOULEVARD OF THE GENERALS, NORRISTOWN, PA 19403 | |
| 10925 | WALSH INDUSTRIES, 2495 BLVD OF THE GENERALS, NORRISTOWN, PA 19403-5236 | |
| 10925 | WALSH JR, FRANCIS, 40 BIGELOW DRIVE, SUDBURY, MA 01776 | |
| 10925 | WALSH JR, PATRICK J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | WALSH JR, PATRICK, 874 MAGNOLIA COURT, MARCO ISLAND, FL 34145 | |
| 10925 | WALSH JR, ROBERT J, 23 POSSUM CIR, SOUTH NORWALK, CT 06854-3808 | |
| 10925 | WALSH JR, WILLIAM, 1604 S. TOLLGATE RD., BEL AIR, MD 21015 | |
| 10925 | WALSH LANDSCAPING, PO BOX 172, STONEHAM, MA 02180 | |
| 10925 | WALSH, CAROLYN, 231 BRIGHTWOOD PLACE, SAN ANTONIO, TX 78209 | |
| 10925 | WALSH, CHESTER, 12 NORTH 3RD, CASPER, WY 82604 | |
| 10925 | WALSH, CHRISTOPHER, 9400 ROLL ROAD, CLARENCE CENTER, NY 14032 | |
| 10925 | WALSH, D, 458 MAINE AVE, STATEN ISLAND, NY 10314 | |
| 10925 | WALSH, DEBRA, 3833 W. BLUEFIELD, GLENDALE, AZ 85308 | |
| 10925 | WALSH, DENNIS, 2A SUNSHINE DRIVE, HUDSON, NH 03051 | |
| 10925 | WALSH, EILEEN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3511 | |
| 10925 | WALSH, EILEEN, 8616 TOURMALINE BLVD, BOYNTON BEACH, FL 33437 | |
| 10925 | WALSH, ELIZABETH, 20 BRIGANTINE AVE, OSTERVILLE, MA 02655 | |
| 10925 | WALSH, ESTELL, 6146 WINDY SCAPE DRIVE, BARTLETT, TN 38135 | |
| 10925 | WALSH, FRANCIS, 404 HUGHES ST, BELLMORE LI, NY 11710 | |
| 10925 | WALSH, FRANKIE, 10321 LAKESIDE DRIVE, OKLAHOMA CITY, OK 73120 | |
| 10925 | WALSH, GAIL, 6501 RED HOOK PLAZA, SUITE 201, ST THOMAS, VIRGIN ISLANDS, VI 00802-1306VIRGIN ISLANDS | *VIA Deutsche Post* |
| 10925 | WALSH, GERALYN, 6013 HUXLEY AVE, RIVERDALE, NY 10471 | |
| 10925 | WALSH, IRENE, 5 JONES COURT, IPSWICH, MA 01938 | |
| 10925 | WALSH, JEANNETTE, 6903 TRIANGLE DRIVE APT 10, LOUISVILLE, KY 40214 | |
| 10925 | WALSH, JERRY, 13530, HOUSTON, TX 77037 | |
| 10925 | WALSH, JOANN, 3132 MANCHESTER RD, WICHITA FALLS, TX 76305 | |
| 10925 | WALSH, JOHN, 617 PELTON PLACE, STATEN ISLAND, NY 10310 | |
| 10925 | WALSH, JOHN, 618 SANFIELD DR., BRANDON, FL 33511 | |
| 10925 | WALSH, JOYCE, 986 BERKSHIRE AVE, INDIAN ORCHARD, MA 01151 | |
| 10925 | WALSH, KATHLEEN, 25 VESTRY ST, BEVERLY, MA 01915 | |
| 10925 | WALSH, KEVIN, 9 MEADOWVIEW RD, WAYLAND, MA 01778 | |
| 10925 | WALSH, MARGARET, 28 SHERIDAN ROAD, WILMINGTON, MA 01887 | |
| 10925 | WALSH, MARGARET, 43 12 159TH ST, FLUSHING, NY 11358 | |
| 10925 | WALSH, MARIE, 15 KENDALLS MILL, WOBURN, MA 01801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WALSH, MARVIN, 3132 MANCHESTER RD, WICHITA FALLS, TX 76305 | |
| 10925 | WALSH, MARY JANE, 34 AMEY RD, WAYLAND, MA 01778-4701 | |
| 10925 | WALSH, MAURICE, 500 LOCKSLEY ROAD, TOWSON, MD 21204-4241 | |
| 10925 | WALSH, MELANIE L, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | WALSH, MELANIE, 314 SOUTH ST, RANDOLPH, MA 02368 | |
| 10925 | WALSH, ODELL, 834 OLD DIXIE SCHOOL RD, ALMA, GA 31510 | |
| 10925 | WALSH, PATRICK, 233 BELLAIRE DR., NEW ORLEANS, LA 70124 | |
| 10925 | WALSH, PAULLETTE, 1807 W. NORTH, CHICAGO, IL 60614 | |
| 10925 | WALSH, PHILIP, PEAPACK, PEAPACK, NJ 07977 | |
| 10925 | WALSH, RICHARD J, 8616 TOURMALINE BLVD, BOYNTON BEACH, FL 33737 | |
| 10925 | WALSH, RICHARD, 1212 BRANDL DRIVE, MARIETTA, GA 30060 | |
| 10925 | WALSH, RICHARD, 8616 TOURMALINE BLVD, BOYNTON BEACH, FL 33437 | |
| 10925 | WALSH, ROBERT C, PO BOX 459, QUECHEE, VT 05059 | |
| 10925 | WALSH, ROBERT, 23 POSSUM CIRCLE, NORWALK, CT 06854 | |
| 10925 | WALSH, ROBERT, PO BOX 459, QUECHEE,, VT 05059 | |
| 10925 | WALSH, RONALD, 7202 WILLIAMS, BAYTOWN, TX 77521 | |
| 10925 | WALSH, SUSAN, 8985 GLEN MEADOW LN, BEAUMONT, TX 77706 | |
| 10925 | WALSH, THERESA, 55 KNOLLS CRESCEMT, BRONX, NY 10463 | |
| 10925 | WALSH, WM J, 1 GREENWOOD ROAD, CANTON, MA 02021 | |
| 10925 | WALSH-FLORY, KATHLEEN, 237 PELL MEADOW DRIVE, FAIRFIELD, CT 06430-2963 | |
| 10925 | WALSHIRE, BRIAN, BOX 422, MECHANICSVILLE, IA 52306 | |
| 10925 | WALSTRA, ROBERT, W8578 LAKE EMILY ROAD, WAUPUN, WI 53963 | |
| 10925 | WALSWORTH, TRACIE, 410 CHICKASAW DR, W MONROE, LA 71291 | |
| 10925 | WALT DISNEY ATTRACTIONS INC, 1675 BUENA VISTA DRIVE, BUENA VISTA, FL 32830 | |
| 10925 | WALT DISNEY ATTRACTIONS INC, PO BOX 911037, ORLANDO, FL 32891-1037 | |
| 10925 | WALT DISNEY PARKS & RESORTS, 220 CELEBRATION PLACE, CELEBRATION, FL 34747 | |
| 10925 | WALT DISNEY WORLD CO, PO BOX 10,000, LAKE BUENA VISTA, FL 32830-1000 | |
| 10925 | WALT DISNEY WORLD CO., 401 E JACKSON ST #2700, TAMPA, FL 33602 | |
| 10925 | WALT DISNEY WORLD CO., PO BOX 911,003, ORLANDO, FL 32891-1003 | |
| 10925 | WALT DISNEY WORLD SWAN & DOLPHIN, 1500 EPCOT RESORT BLVD., LAKE BUENA VISTA, FL 32830 | |
| 10924 | WALT DISNEY WORLD, POLYNESIAN HOTEL, LAKE BUENA VISTA, FL 32830 | |
| 10925 | WALTCO ENGINEERING, 351 REDONDO BEACH BLVD, GARDENA, CA 90248 | |
| 10925 | WALTCO ENGINEERING, 401 W REDONDO BEACH BLVD, GARDENA, CA 90248 | |
| 10924 | WALTEC INC., 1140 1/2 W. 600N, LOGAN, UT 84321 | |
| 10924 | WALTEC, 1140 1/2 WEST 600 NORTH, LOGAN, UT 84321 | |
| 10924 | WALTEC/DETENTION CENTER, 2051 N. 600 WEST, LOGAN, UT 84321 | |
| 10924 | WALTEC/LOGAN REGIONAL HOSPITAL, 14TH N. & 5 EAST, LOGAN, UT 84321 | |
| 10925 | WALTECH INC, 96 VREELAND AVE, SOUTH HACKENSACK, NJ 07606 | |
| 10925 | WALTER & JULIE C LIND, 11 SOUTH ST, WALPOLE, MA 02081 | |
| 10925 | WALTER A FINNERAN &, YOLANDE C FINNERAN JT TEN, 3 ONEIDA CIRCLE, WINCHESTER, MA 01890-3431 | |
| 10925 | WALTER A NEUMANN, 364 ELLIOTT PLACE, PARAMUS, NJ 07652-4622 | |
| 10925 | WALTER A PAYNE &, BARBARA L PAYNE, JT TEN, 541 HEATHER GLEN DR, WINTER HAVEN, FL 33884-3275 | |
| 10925 | WALTER A SALNARDI, 161-45 96TH ST, HOWARD BEACH, NY 11414-3808 | |
| 10925 | WALTER A WOOD SUPPLY CO., 4517 ROSSVILLE BLVD., CHATTANOOGA, TN 37407 | |
| 10925 | WALTER A WOOD SUPPLY, 4509 ROSSVILLE BLVD., PO BOX 72847, CHATTANOOGA, TN 37407-5847 | |
| 10925 | WALTER A. RANKIN CORP., PO BOX 190, BROOMALL, PA 19008 | |
| 10924 | WALTER ALEXANDER (FALKIRK), 91 GLASGOW ROAD, FALKIRK, SCOTLAND, FKI4JB, FKI 4JBGBR | *VIA Deutsche Post* |
| 10925 | WALTER B MCMAHON &, WINIFRED MCMAHON JT TEN, 6119 W LAWRENCE, CHICAGO, IL 60630-2939 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WALTER B SCHAED &, DORIS P SCHAED JT TEN, 204 LAFORET COURT, PO BOX 4058, PINEHURST, NC 28374-4058

10925   WALTER BACHOWSKI &, MARY HELEN BACHOWSKI JT TEN, 8 CROSS ST, PITTSBURGH, PA 15205-2710

10925   WALTER BECKETT &, MCCREA FENWICK BECKETT JT TEN, 8101 HIGH POINT RD, BALTIMORE, MD 21226

10925   WALTER BECKETT, 8101 HIGH POINT RD, BALTIMORE, MD 21226

10925   WALTER C BOSCHEN, 4 CARILLON SHORES RD, MORROR LAKE, NH 03853-5750

10925   WALTER C CONVERSE, 2457 OLD KNOX ROAD, SPARTANBURG, SC 29302-3424

10924   WALTER COHEN HIGH SCHOOL, 2620  DRYADES  STREET, NEW ORLEANS, LA 70125

10925   WALTER D PELETT PROPERTIES, WALT PELETT, 823 SE THIRD AVE, PORTLAND, OR 97214

10925   WALTER DEAN, 2609 WEGWORTH LN., BALTIMORE, MD 21230

10925   WALTER E CLEMENT, 1661 WARNER DR, MEMPHIS, TN 38127

10925   WALTER E SUTTON, 600 CYPRESS COURT, PINE LAKE ESTATES, ST CLOUD, FL 34769-1647

10925   WALTER E WINKELMAN, 2020 S E YAMHILL ST, PORTLAND, OR 97214-2843

10925   WALTER F CHRISTESON & ETHEL A, CHRISTESON JT TEN, 14903 84TH AVE CT NW, GIG HARBOR, WA 98329-8765

10925   WALTER F HARTNETT, 3080 LAKE OSBORNE DR, APT 102, LAKE WORTH, FL 33461-5932

10925   WALTER F HATCHER, 6051 W 65TH ST, CHICAGO, IL 60638

10925   WALTER G COALE, INC, 2849 CHURCHVILLE RD., CHURCHVILLE, MD 21028

10925   WALTER GONICK, 150 RIDGELAND CIRCLE, WALLINGFORD, CT 06492-2163

10925   WALTER GREGORY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   WALTER H KELLER, 1403 HOMESTEAD RD, VERONA, PA 15147-2439

10925   WALTER HENANDEZ, 4849 HOMESTEAD, SUITE 232, HOUSTON, TX 77028

10925   WALTER HURTADO AND STEPHEN EVANS, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10925   WALTER INDUSTRIES INC/US PIPE, KENNETH E HYATT CHM PRES & CEO, 1500 N DALE MABRY HWY, TAMPA, FL 33607

10925   WALTER J ODONNELL &, MARY E ODONNELL JT TEN, 154 A ST, LOWELL, MA 01851-4119

10925   WALTER J PENROD & MARY, JENET PENROD TR, THE PENROD FAMILY TRUST, 2965 E SINGER ROAD, NO MANCHESTER, IN 46962-8115

10925   WALTER J PUNG & ELINOR B PUNG, TRUST UA AUG 1 91, 2320 NW 119TH TERR, OKLA CITY, OK 73120-7411

10925   WALTER J SCHMIDT, 278 HENDRICKSON AVE, VALLEY STREAM, NY 11580-1918

10925   WALTER J ZIMMERMAN TR, UA 04 27 00, WALTER J ZIMMERMAN TRUST, 171 DOMMERICH DR, MAITLAND, FL 32751-4919

10925   WALTER J. WISE, 346 BRIAR PATCH LN., WARRENVILLE, SC 29851

10925   WALTER J. ZAKRZEWSKI, 15 HIGHLAND WAY, BURLINGTON, MA 01803

10925   WALTER JELEN, 1 DALEMERE RD, STATEN ISLAND, NY 10304-3035

10925   WALTER KIDDE AEROSPACE INC, 4200 AIRPORT DRIVE NW, WILSON, NC 27893

10925   WALTER L FLOYD INC, 230 SOUTH BEMISTON, SUITE 900, ST. LOUIS, MO 63105

10925   WALTER L GEYER &, GLADYS F GEYER TEN COM, 6304 KLAMATH, FORT WORTH, TX 76116-1618

10925   WALTER L JOHNSON PETROLEUMLANDMAN, 801 EXECUTIVE PARK DR, MOBILE, AL 36606

10925   WALTER L JOHNSON, 505 RILEY RD, EASLEY, SC 29642-8316

10925   WALTER L PRESTON &, JANE P FITZGERALD TR UW, ALICE W PRESTON, PO BOX 31, BRADENTON, FL 34206-0031

10925   WALTER L SLAVIK TR UA APR 7 95, WALTER L SLAVIK LIVING TRUST, 618 FAIRVIEW AVE UNIT 107, ARCADIA, CA 91007-6780

10925   WALTER L SMITH &, ANN H SMITH JT TEN, SHAFF RD, STAYTON, OR 97383

10924   WALTER L. LISTA, INC., 6813 81ST ST. SUITE A, MIAMI, FL 33143

10924   WALTER L. LISTA, INC., 6813 W 81ST. ST SUITE A, MIAMI, FL 33143

10925   WALTER LAHMANN, 18 CONCORD DR, FORT SALONGA, NY 11768-2421

10925   WALTER LANE &, MARIANNE L LANE JT TEN, PO BOX 2280, BELL GARDENS, CA 90202-2280

10924   WALTER LIBRARY -UOM, 5232 GLENBROOK AVENUE NORTH, OAKDALE, MN 55128

10925   WALTER M. BEGANNY, 11 EAST AVE., LISBON FALLS, ME 04252

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WALTER NORRIS COMPANY, 2301 WINDSOR, ADDISON, IL 60101

10925   WALTER O HEISER &, ESTHER B HEISER JT TEN, 13119 TALL PINE CIRCLE, FORT MYERS, FL 33907-5939

10925   WALTER P LIESEGANG &, FLORENCE L LIESEGANG JT TEN, 3214 BROECK POINTE CIRCLE, LOUISVILLE, KY 40241-2549

10925   WALTER PAYTONS ROUNDHOUSE COMPLEX, 205 M BROADWAY, AURORA, IL 60505

10925   WALTER R KORYCKI, 7 SUSAN DR, NORTHPORT, NY 11768-2641

10925   WALTER R MC GUIRE, PO BOX 3180, ASHEVILLE, NC 28802-3180

10925   WALTER RUSSELL, 7812 W.80TH PLACE, BRIDGEVIEW, IL 60455

10925   WALTER S MOORE, PO BOX 1157, WALHALLA, SC 29691-1157

10925   WALTER SCHUTZENBACH, 19 PARSONS DR, DIX HILLS, NY 11746-5217

10925   WALTER SEELEY, 145 FRIES MILL ROAD, BRIDGEPORT, NJ 08014

10925   WALTER SHEREMETIEFF, 3355 TARAVAL ST, SAN FRANCISCO, CA 94116-2048

10925   WALTER SHOLOM STEIN &, CHARLOTTE HELENE STEIN JT TEN, 7734 GREAT GLEN CIRCLE, DELRAY BEACH, FL 33446-3603

10925   WALTER STATES A/C# 235011, PO BOX 650282, DALLAS, TX 75265

10924   WALTER STERN, INC., 68 SINTSINK DRIVE EAST, PORT WASHINGTON, NY 11050

10925   WALTER UMPHREY LAW FIRM, 490 PARK ST, PO BOX 4905, BEAUMONT, TX 77704

10925   WALTER V KOLAKOWSKI &, KAREN M KOLAKOWSKI JT TEN, 181 BERKLEY AVE, COHOES, NY 12047-1602

10925   WALTER V SULLIVAN, 135 KNEELAND AVE, YONKERS, NY 10705-2711

10925   WALTER W BROWN & CHARLENE K BROWN, TR UA OCT 7 93 WALTER W BROWN &, CHARLENE K BROWN TRUST, 6351 MEADOWRIDGE DRIVE, SANTA ROSA, CA 95409-5856

10925   WALTER W GILINSKY &, MARGARET A GILINSKY JT TEN, 7915 N 30TH ST 28, OMAHA, NE 68112-2418

10924   WALTER W. ZIEGLER & SONS, 830 LOUCK'S MILL RD., YORK, PA 17403

10924   WALTER W.ZIEGLER & SONS, 830 LOUCK'S MILL RD, YORK, PA 17403

10925   WALTER WURDACK, INC, 4977 FYLER AVE, SAINT LOUIS, MO 63139

10925   WALTER WYDRA, 723 N WALNUT ST, ITASCA, IL 60143-1451

10925   WALTER ZHOOKOFF, 427 DREXEL PLACE, SWARTHMORE, PA 19081-2006

10925   WALTER, ANDREW, PO BOX 13343, READING, PA 19612

10925   WALTER, COREY R., 8812 POINT AVE, NIAGARA FALLS, NY 14304

10925   WALTER, JAMES, 1008 ASHLAND DRIVE, ASHTON, MD 20861

10925   WALTER, JOHN, 49 DAY ST, NORWALK, CT 06854

10925   WALTER, KATHERINE, 9621 SW 77 AVE, MIAMI, FL 33156

10925   WALTER, PATRICIA, 815 43RD AVE, GREELEY, CO 80631

10925   WALTER, SANDRA, 1306 BIRCH, ATLANTIC, IA 50022

10925   WALTER, SHELLY, 3531 CALIFORNIA AVE., ALTON, IL 62002

10924   WALTERS & WOLF CONSTR., 41777 BOYCE ROAD, FREMONT, CA 94538

10924   WALTERS & WOLF CONSTRUCTION, 41777 BOYCE ROAD, FREMONT, CA 94538

10925   WALTERS ART GALLERY, 600 N. CHARLES ST., BALTIMORE, MD 21201-5185

10924   WALTERS ART GALLERY, 600 N. CHARLES STREET, BALTIMORE, MD 21201

10925   WALTERS AUTOMOTICE, PO BOX 688, PELAHATCHIE, MS 39145

10924   WALTERS READY MIX, RT. 8 WEST, JOHNSBURG, NY 12843

10925   WALTERS RELOCATION, PO BOX 28276, BALTIMORE, MD 21234

10925   WALTERS RELOCATIONS INC WRI, PO BOX 28276, BALTIMORE, MD 21234

10924   WALTERS ROOFING & SIDING, 344 RUBY STREET, JOLIET, IL 60435

10924   WALTERS ROOFING & SIDING, 360 RUBY STREET, JOLIET, IL 60435

10925   WALTERS SHOE MART, 1020 E FOURTH ST, OWENSBORO, KY 42303

10925   WALTERS, AMANDA, 3105 BIVINS, AMARILLO, TX 79103

10925   WALTERS, BERNICE, 4112 ROKEBY ROAD, BALTIMORE, MD 21229-1846

10925   WALTERS, C BERNARD, ROUTE 1 BOX 129A, CHARITON, IA 50049-9746

10925   WALTERS, CAREY, 4029 HICKORY ST, COLUMBIA, SC 29205

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WALTERS, CAROLE, RTE 6 BOX 443, CLEVELAND, TX 77327

10925   WALTERS, DAISY, 4605 DEAN DR, WILMINGTON, NC 28405

10925   WALTERS, DAISY, 614 IVEY CIRCLE, WILMINGTON, NC 28401-7210

10925   WALTERS, DEBBIE, 200 STATE RT. 186 N, HUMBOLDT, TN 38343

10925   WALTERS, DENNIS, 10402 LANSFORD ROAD, MONROE, NC 28110

10925   WALTERS, EDWARD, 406 MAIN ST, DELRAN, NJ 08075

10925   WALTERS, GLENDA, PO BOX 604, CHINA, TX 77613

10925   WALTERS, GNELLE, 913 BLUFF SPRINGS, FERRIS, TX 75125

10925   WALTERS, H, 487 S GARDEN DR, LAKELAND, FL 33803

10925   WALTERS, HARRY, 1124 FOURTH AVE, MONONGAHELA, PA 15063

10925   WALTERS, HARRY, 310 AQUAHART ROAD, GLEN BURNIE, MD 21061

10925   WALTERS, J, 6873 LENOX AVE, JACKSONVILLE, FL 32205

10925   WALTERS, JAMES, 322 NINTH ST NE, MULBERRY, FL 33860

10925   WALTERS, JOHNNIE, 100 SILVER PINE COURT, GREER, SC 29650-5218

10925   WALTERS, KARIN, 4693 SHASTA COURT, PLEASONTON, CA 94566

10925   WALTERS, KRISTY L, 8786 ALLISON DR, WESTMINISTER, CO 80005

10925   WALTERS, LAIRON, 2029 W. ILLINOIS AVE., AURORA, IL 60506

10925   WALTERS, LISA, 55 OLD FOX ROAD, IRVINE, KY 40336

10925   WALTERS, LORRETA, 305 DAILEY PLACE, MONVILLE, NJ 08835

10925   WALTERS, MABEL, 487 S GARDEN DRIVE, LAKELAND, FL 33803

10925   WALTERS, MONTE, 305 S MATSON ST, KERSHAW, SC 29067

10925   WALTERS, NORMA, 2321 HELEN AVE, ORLANDO, FL 32804

10925   WALTERS, PATRICIA, 4714 TAMMY, WICHITA FALLS, TX 76306

10925   WALTERS, ROBERT BRITT, PO BOX 71, LINCOLN PARK, NJ 07035

10925   WALTERS, SCOTT, 4519 SHORE DRIVE, MCHENRY,, IL 60050

10925   WALTERS, TERESA, 8750 SYMMES RD, GIBSONTON, FL 33534

10925   WALTERS, VERNA, 1205 KINGS TREE DR, MITCHELLVILLE MD, MD 20716

10925   WALTERS, WILLIAM, 4155 PALMETTO ST, MULBERRY, FL 33860-9667

10925   WALTERS, WILLIAM, 614 IVEY CIRCLE, WILMINGTON, NC 28401

10925   WALTERS, WILLIAM, 904 SHARON DRIVE, LEBANON, OH 45036

10925   WALTERSCHEID, GERALDIN, 627 E EDDY, MUENSTER, TX 76252

10925   WALTERS-DEATON, EVA, 7022 NAPIER, HOUSTON, TX 77069

10924   WALTHAL R/M, 1500 W. FREEWAY, VIDOR, TX 77662

10924   WALTHALL READY MIX, 225 HWY 98 WEST, TYLERTOWN, MS 39667

10924   WALTHALL READY MIX, 225 HWY 98WEST, TYLERTOWN, MS 39667

10924   WALTHALL READY MIX, PO BOX3072, BEAUMONT, TX 77704

10925   WALTHAM CHEMICAL CO, PO BOX 538, WALTHAM, MA 02254

10924   WALTHAM LIME & CEMENT CO(AM), PO BOX 560, WALTHAM, MA 02454

10924   WALTHAM LIME & CEMENT CO., 71 MASSASOIT ST., WALTHAM, MA 02154

10924   WALTHAM LIME & CEMENT, 71 MASSASOIT STREET, WALTHAM, MA 02154

10925   WALTHAM SERVICES INC, PO BOX 540538, WALTHAM, MA 02454-0538

10924   WALTHAM WOODS CORP. CTR., 890 WINTER STREET BLDG. #3, WALTHAM, MA 02154

10924   WALTHAM WOODS, 880 WINTER STREET, WALTHAM, MA 02154

10925   WALTHER, LILY, PO BOX 4352, ANNAPOLIS, MD 21403

10925   WALTHER, TIMOTHY, 9380 FURROW AVE, ELLICOTT CITY, MD 21043

10925   WALTON & LONSBURY INC, 78 NORTH AV, ATTLEBORO, MA 02703-0206

10925   WALTON JR, TOM R, PO BOX 162138, AUSTIN, TX 78716-2138

10925   WALTON PLUMBING, RR#3 BOX 207-I, MULLICA HILL, NJ 08062

10925   WALTON PLUMBING,HEATING,& AIR COND, RR 3,PO BOX 207-I, MULLICA HILL, NJ 08062

10925   WALTON W WATLEY &, LENA M WATLEY JT TEN, 11519 BALTIMORE, KANSAS CITY, MO 64114-5531

10925   WALTON, ALFRED, 4707 SPISER LANE, WICHITA FALLS, TX 76302

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WALTON, ANN, 80 NOBEL ST, SOUTH BOUND BROOK, NJ 08880

10925 WALTON, BENNETTE, 2001 LAKEVIEW, RICHMOND, VA 23220

10925 WALTON, ELAINE, 126 FANTASIA, SAN ANTONI, TX 78216

10925 WALTON, ERIC, 39128 PINETREE, LIVONIA, MI 48150

10925 WALTON, GLENN, 428 21ST AVE N, TEXAS CITY, TX 77590

10925 WALTON, GREGORY, 1053 LUNDY WAY, WINTER PARK, FL 32792

10925 WALTON, GWENDOLYN, 2915 DICKSON, WEST MEMPHIS, AR 72301

10925 WALTON, HEATHER, 14606 DALLAS PKWY, DALLAS, TX 75240

10925 WALTON, JACQUELINE, 511 E. UNION, MINDEN, LA 71055

10925 WALTON, JAMES, CUST FOR JAMES T WALTON, UNDER OH UNIF TRAN TO MIN ACT, 2696 EDGEHILL RD, CLEVELAND HEIGHTS, OH 44106-2806

10925 WALTON, JOSEPH, 2151 RAYNER ST, MEMPHIS, TN 38106-7855

10925 WALTON, JR, WILLIAM, RT. 1 BOX 380 A, RICH SQUARE, NC 27869

10925 WALTON, KATHLEEN, 917 TYLER, HARAHAN, LA 70123

10925 WALTON, KEVIN, 222 E. BURLEIGH, MILWAUKEE, WI 53233

10925 WALTON, MARK, 1205 B AVE NW, CEDAR RAPIDS, IA 52405

10925 WALTON, MAUREEN, 137-C ROSEMARY LANE, LEBANON, NJ 08833

10925 WALTON, ROBERT, 4066 VINBURN ROAD, DEFOREST, WI 53532

10925 WALTON, RYAN, 13301 APPLEWOOD DR, GRANDVIEW, MO 64030

10925 WALTON, SUZANN, 406 FLORIDA BLVD, CRYSTAL BEACH, FL 34681

10925 WALTON, VICKIE, 504 NW 141 ST, EDMOND, OK 73013

10925 WALTON, WILLIAM, 2449 CARTERSBURG RD, DANVILLE, IN 46122

10925 WALTON, YVONNE, 1901 W. PRYOR AVE #2, CHICAGO, IL 60643

10925 WALTON/STOUT, 6863 CHAMPAN ROAD, LITHONIA, GA 30058

10925 WALTON-STRAZIS, LINDA, 2508 JAMIE CR, ORLANDO, FL 32803

10924 WALTONVILLE FABRICATION & OVERHAUL, 4560 EAST FREEMAN ROAD, WHITTINGTON, IL 62897

10925 WALTRIP, WILIAM, 2111 MARILYN LANE, ARLINGTON, TX 76010

10924 WALT'S CONCRETE CO., 945 N. 28TH STREET, SPRINGFIELD, OR 97477

10924 WALT'S CONCRETE, 945 NORTH 28TH ST, SPRINGFIELD, OR 97477

10925 WALTZ, JAMES, 1837 N MILL AVE, BARTOW, FL 33830

10925 WALTZ, TED, PO BOX 384, ALTURAS, FL 33820

10925 WALTZ-DETTMER SUPPLY CO., 836 DEPOT ST., CINCINNATI, OH 45204

10925 WALZEM, BENJAMIN, 2507 LYNN, PEARLAND, TX 77581

10924 WAMEGO SAND COMPANY, INC., P.O. BOX 668, MANHATTAN, KS 66505

10925 WAMER, DAVID, 403 IKES ROAD, TAYLORS, SC 29687

10925 WAMMACK, BRIGID, 3200 W. BRITTON RD #100, OKLAHOMA CITY, OK 73120

10925 WAMPLER, E. DIANE, 6736 LONGLEAF TRCE, PINEVILLE, LA 71360

10925 WAMPLER, STEPHEN, 6736 LONGLEAF TRACE, PINEVILLE, LA 71360

10925 WAMPLER, TONJA, RT 6 BOX 323 B, AMARILLO, TX 79104

10925 WAMPOLE, III, 398 RIVEROAK DR, RIVERDALE, GA 30274

10925 WANAMAKER, BRUCE W, 5803 MERTON CT APT 181, ALEXANDRIA, VA 22311-5835

10925 WANAMAKER, KURT W, 3412 GILDEN DR, ALEXANDRIA, VA 22305-1205

10925 WANATICK, MELINDA, 97B BOSTON AVE, MEDFORD, MA 02155

10925 WANATICK, MINDY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 WANDA H THOMAS, C/O FRANK M GUION, 8918-189TH PLACE SW, EDMONDS, WA 98026

10925 WANDA LIDA, ROUTE 1 BOX 70, ENOREE, SC 29335

10925 WANDA LUCID, 5140 S.MCVICKER, CHICAGO, IL 60638

10925 WANDA LUCIO, 5140 SOUTH MCVICKER, CHICAGO, IL 60638

10925 WANDA M SACK & KAROL SACK JT TEN, 14206 GRUEN ST, ARLETA, CA 91331-5348

10925 WANDA STYGLER, 637 LAKESHORE DR E, HEBRON, OH 43025

10925 WANDA W NIELSEN, 922 W 9TH ST, CEDAR FALLS, IA 50613-2448

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|
| 10925 | WANDEL, LINDA A, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | WANDEL, LINDA, 725 FANNIE DORSEY RD, SYKESVILLE, MD 21784 | |
| 10925 | WANDERS, NANCY, 57 PLEASANT ST, MEDFORD, MA 02155 | |
| 10924 | WANDO CONCRETE, 621 KLISTER LANE, MOUNT PLEASANT, SC 29465-2306 | |
| 10924 | WANDO CONCRETE, 621 KLISTER LANE, WANDO, SC 29492 | |
| 10924 | WANDO HIGH SCHOOL, MATHIS FERRY ROAD, MOUNT PLEASANT, SC 29464 | |
| 10924 | WANDO TERMINAL, 1 LONG POINT ROAD, MOUNT PLEASANT, SC 29464 | |
| 10924 | WANDO TERMINAL, CAMBRIDGE, MA 99999 | |
| 10925 | WANDREI, FRANK, 50 HATHAWAY ST, ADAMS, MA 01220 | |
| 10925 | WANG LABORATORIES INC, PO BOX 100451, ATLANTA, GA 30384-0451 | |
| 10925 | WANG LABORATORIES INC, PO BOX 530150, ATLANTA, GA 30353-0150 | |
| 10925 | WANG LABORATORIES INC, PO BOX 6081, BOSTON, MA 02212-6081 | |
| 10925 | WANG LABORATORIES, INC, PO BOX 95561, CHICAGO, IL 60694-0001 | |
| 10925 | WANG, ANTON RICHARD, 7250 BLUE HILL DR APT 228, SAN JOSE, CA 95129-3649 | |
| 10925 | WANG, CHI-AI, 926 BOURNEWOOD DR, SUGARLAND, TX 77478 | |
| 10925 | WANG, CHRISTINA, 3 CHELSEA COURT, PRINCETON, NJ 08540 | |
| 10925 | WANG, COURTENAY A, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | WANG, I-FAN, 12037 MIL PITRERO RD, SAN DIEGO, CA 92128 | |
| 10925 | WANG, JIANWEI, 72-72 112 ST, FOREST HILLS, NY 11375 | |
| 10925 | WANG, JIRONG, 346 VININGS DR, BLOOMINGDALE, IL 60108 | |
| 10925 | WANG, JIRONG, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | WANG, MIN, 7234 GETTYSBURG DRIVE, RICHMOND, TX 77469 | |
| 10925 | WANG, ROXANNE, 457 UPPER E COAST RD THE SUMMIT, APT 06-, SINGPORE 1646, SINGPORE | *VIA Deutsche Post* |
| 10925 | WANG, SHAU, 3118 S SAWTELLE BLVD, W LOS ANGELES, CA 90066 | |
| 10925 | WANG, SHENGJUN, 9111 ST. ANDREWS PLACE, COLLEGE PARK, MD 20740 | |
| 10925 | WANG, SHUCHU, 14 OLD COLONY LN, #6, ARLINGTON, MA 02476 | |
| 10925 | WANG, TATUNG, 3125 MONTEREY ST, SAN MATEO, CA 94403 | |
| 10925 | WANG, WU-LAN, 152 PINE VALLEY DRIVE, MIDDLETOWN, DE 19709-9790 | |
| 10925 | WANG, XIAOJIA, 6 FOSTER ST, ACTON, MA 01720 | |
| 10925 | WANG, YUTING, 3974-524 WATER OAK RD., VIRGINIA BEACH, VA 23452 | |
| 10925 | WANG, ZHIJIAN, 217 S. BUCKINGHAM PL. #3, PHILADELPHIA, PA 19104 | |
| 10925 | WANG, ZHIJIAN, 310 SUSSEX CT., SWEDESBORO, NJ 08085 | |
| 10925 | WANGENHEIM, JR, LEROY, 10724 ETZLER MILL RD, WOODSBORO, MD 21798 | |
| 10925 | WANK, NORMA, 5506 SALOMA AVE, SHERMAN OAKS, CA 91411 | |
| 10925 | WANKOWSKI, JOSEPH, 5058 W. KINNICKINNIC RIVER PKW, MILWAUKEE, WI 53219 | |
| 10925 | WANN, ROGER, 857 NORTH FM 373, MUENSTER, TX 76252 | |
| 10924 | WANNAMAKERS, 13TH & MARKET STREET, PHILADELPHIA, PA 19092 | |
| 10925 | WANNEBO, WILLIAM, 7 WESWOOD WAY, ORAVILLE, CA 95966 | |
| 10925 | WANNER, ROSE, 11791 HWY 10 W RT. 1, DICKINSON, ND 58601-6725 | |
| 10925 | WANNOP JR, ROBERT, 228 LONG AVE, HAMBURG, NY 14075 | |
| 10925 | WANSER, ANNETTE, 8704 SABINAS TRAIL, FORT WORTH, TX 76118 | |
| 10925 | WANSER, ROBIN, 1713 TREEHAVEN CT, WEST PALM BEACH, FL 33414 | |
| 10925 | WANSLEY, GEORGE, 3632 NICHOLS ROAD, LITHIA, FL 33547-9998 | |
| 10925 | WANTUCH, CRAIG, 780 BROADWAY, NORWOOD, NJ 07648 | |
| 10925 | WAPPINGER ASSOCIATES L.L.C., WHARTON REALTY GROUP, GEN COUNSEL, OLD MILL PLAZA 2100 ROUTE 35, SUITE A, SEA GIRT, NJ 08750 | |
| 10925 | WAPPINGER ASSOCIATES, LP, 1688 VICTORY BLVD, STATEN ISLAND-RICHMOND, NY 10314-3534 | |
| 10925 | WAPPINGERS ASSOCIATES LLC, 2100 ROUTE 35, SEA GIRT, NJ 08750 | |
| 10925 | WAR MEMORIAL, 6 COURT STREET, ROCHESTER, NY 14614 | |
| 10924 | WAR READINESS MATERIAL, 4700 N. LAS VEGAS BLVD., LAS VEGAS, NV 89191 | |
| 10924 | WARBONNET ELECTRIC CO, 37 CONDA ROAD, SODA SPRINGS, ID 83276 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WARBURTON VALVE COMPANY, INC, PO BOX 4346, HOUSTON, TX 77210-4346 | |
| 10925 | WARBURTON VALVE, PO BOX 271, COFFEYVILLE, KS 67337 | |
| 10925 | WARBURTON, JAMES, 5016 MANCHESTER CT, GRANITE BAY, CA 95746 | |
| 10925 | WARCH, MARGOT M, CUST FOR STEPHEN K WARCH, UNIF GIFT MIN ACT CT, 1359 STANFORD AVE, ST PAUL, MN 55105-2414 | |
| 10924 | WARCO CONSTRUCTION CO., 3809 WEONA AVENUE, CHARLOTTE, NC 28209 | |
| 10924 | WARCO CONSTRUCTION CO., ATTN: GARY CAPPS, CHARLOTTE, NC 28209 | |
| 10925 | WARCO CONSTRUCTION INC, 3809 WEONA AVE, CHARLOTTE, NC 28209 | |
| 10924 | WARCO CONSTRUCTION, 3809 WEONA AVE., CHARLOTTE, NC 28209 | |
| 10924 | WARD & BAGBY PACKAGING, 1360 PIPER DRIVE, MILPITAS, CA 95035 | |
| 10925 | WARD 4 MARSHALL, 802-1/2 S. HUNTINGTON ST., SULPHUR, LA 70663 | |
| 10925 | WARD ELECTRICAL, 42 MANTIS DR., GREENVILLE, SC 29617 | |
| 10924 | WARD ENTERTAINMENT CENTER, 308 KILUA ST., HONOLULU, HI 96819 | |
| 10925 | WARD INDUSTRIAL CONTROLS INC, 132 KAY DR, EASLEY, SC 29640 | |
| 10925 | WARD INDUSTRIAL CONTROLS INC, PO BOX 2091, EASLEY, SC 29641 | |
| 10925 | WARD JR, GARNET, 816 BENDER ROAD, WEST BEND, WI 53095-2216 | |
| 10925 | WARD JR, LOUIS, 304 MONCRIEF APT #6, PRATTVILLE, AL 36067 | |
| 10925 | WARD JR., RONALD, 3811 STOKES DRIVE, BALTIMORE, MD 21229 | |
| 10924 | WARD MACHINERY CO., THE, 10615 BEAVER DAM ROAD, COCKEYSVILLE, MD 21030 | |
| 10925 | WARD MANUFACTURING, 186 ADAMS ST, MANCHESTER, CT 06040 | |
| 10925 | WARD NEWHALL, ALVAH, ROUTE 4 BOX 3575, MONTPELIER, VT 05602-9004 | |
| 10925 | WARD TRUCKING, BOX 1553, ALTOONA, PA 16603 | |
| 10925 | WARD TRUCKING, PO BOX 1553, ALTOONA, PA 16603-1553 | |
| 10925 | WARD, ALVIN, 885 CHIN QUAPIN ROAD, TRAVELERS REST, SC 29690 | |
| 10925 | WARD, AMITA, 151 MITCHELL RD. APT J-7, GREENVILLE, SC 29615 | |
| 10925 | WARD, ANDREA, 1920 W TARRANT, GRAND PRAIRIE, TX 75050 | |
| 10925 | WARD, ANDREA, 87 OLIVER, PONTIAC, MI 48342 | |
| 10925 | WARD, ANNETTE, 1503 N PENNSYLVANIA, INDIANAPOLIS, IN 46202 | |
| 10925 | WARD, BARBARA, 308 OREGON ROAD, STEVENSVILLE, MD 21666 | |
| 10925 | WARD, BARBARA, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | WARD, BARBARA, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | WARD, BARRY, PO BOX 898, MAULDIN, SC 29662 | |
| 10925 | WARD, BEVERLY, PO BOX 234, GERRARDSTOWN, WV 25420 | |
| 10925 | WARD, CALVIN, 1714 E TWENTYFIFTH ST, BALTIMORE, MD 21213 | |
| 10925 | WARD, CAROL, 6590 POND APPLE ROAD, BOCA RATON, FL 33433 | |
| 10925 | WARD, CATHERINE, 1004 FOREST AVE, NORRISTOWN, PA 19401 | |
| 10925 | WARD, CHARLES, 3704 JIM ROBISON, EDMOND, OK 73013-6319 | |
| 10925 | WARD, CHRIS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | WARD, CHRISTOPHER, 60 SAGAMORE RD, WORCESTER, MA 01609 | |
| 10925 | WARD, CLARENCE, RR 1 BOX 101, LACON, IL 61540 | |
| 10925 | WARD, CLIFFORD, 86 TERRELL LANE, FOXWORTH, MS 39483 | |
| 10925 | WARD, DANA, 1218 B ST. SE, ARDMORE, OK 73401 | |
| 10925 | WARD, DAVID, 11505 BLUE FLAME CT, CLARKSVILLE, MD 21029-1817 | |
| 10925 | WARD, DAVID, 11505 BLUE FLAME CT., CLARKSVI, MD 21029-1817 | |
| 10925 | WARD, DAVID, 2302 W. LOOP 289, LUBBOCK, TX 79407 | |
| 10925 | WARD, DAVID, 850 LAMATUS ROAD, REYNOLDS STAT, KY 42368 | |
| 10925 | WARD, DAWN, 1503 NORTHWICK ROAD, BALTIMORE, MD 21218 | |
| 10925 | WARD, DEBORAH LYNN, 452 N BROOME AVE, LINDENHURST, NY 11757 | |
| 10925 | WARD, DEBRA, 249 SPRINGVIEW DR., GRAY, TN 37615 | |
| 10925 | WARD, DIANA, 163 PENNYPACKER DR, WILLINGBORO, NJ 08046 | |
| 10925 | WARD, DONALD, 2010 HILL BRIDGE RD., OWENSBORO, KY 42303 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WARD, EDWIN, 208 BOSTWICK AVE., NEWARK, NY 14513

10925   WARD, ERNEST, 201 HARPER DRIVE, MARSHALL, TX 75670

10925   WARD, FLORENCE, 6535 BOSTON LAFFOON RD, PHILPOT, KY 42366

10925   WARD, FREDERICK, 22 C CARNEGIE TERRACE, CARNEGIE, PA 15106

10925   WARD, GEORGIA, 501 WEST FIRST ST, WELDON, NC 27890-1303

10925   WARD, GORDON, BOX 253, NEWTOWN, ND 58763

10925   WARD, HELEN, 108 ELKHORN DR., GREENVILLE, SC 29609

10925   WARD, HORACE, 101 KINGSRIDGE RD., GREENVILLE, SC 29615

10925   WARD, JAMES, 10000 TRAFALGAR DR, OKLA CITY, OK 73139

10925   WARD, JAMES, 1231 N. MAIN, NAPERVILLE, IL 60563

10925   WARD, JAMES, 438 2ND AVE, IOWA CITY, IA 52245

10925   WARD, JAMES, 6901 MARLOWE ROAD, RICHMOND, VA 23225

10925   WARD, JANICE, 1567 OLD HOODS MILL RD., COMMERCE, GA 30529

10925   WARD, JEANNE, 6370 N W 25TH CT, SUNRISE, FL 33313

10925   WARD, JEFFERY, 4003 PENNINGTON RD, GREER, SC 29651

10925   WARD, JEFFREY, 5112 DEERFIELD CIR DR #3, ST LOUIS, MO 63128

10925   WARD, JIMMY, 213 DEWEY, CHANDLER, OK 74834

10925   WARD, JIMMY, 4806 PENDRAGON, INDIANAPOLIS, IN 46268

10925   WARD, JOHN, 4301 RALEIGH COURT, 108, MIDLAND, TX 79707

10925   WARD, JOHN, 712 WILLARD ST, TOLEDO, OH 43605

10925   WARD, JONATHAN W, 21028 MADRIA CIRCLE, BOCA RATON, FL 33433

10925   WARD, JONATHAN, 21028 MADRIA CIRCLE, BOCA RATON, FL 33433

10925   WARD, JOSEPH, 3040 FALCON BRIDGE DR, COLUMBUS, OH 43232

10925   WARD, JOSEPH, PO BOX 574, NAPOLEONVILLE LA, LA 70390

10925   WARD, JUDSON, 6340 BLANKENSHIP, VIDOR, TX 77662

10925   WARD, JUDY, RT 2 BOX 2296, HOMER, GA 30547

10925   WARD, KATHERINE, 2044 N. 35TH ST, MILWAUKEE, WI 53208

10925   WARD, KATHY, RT 1, HOMER, GA 30547

10925   WARD, KEENAN & BARRETT, 3030 NORTH THIRD ST , SUITE 930, PHOENIX, AZ 85012-3048

10925   WARD, KEVIN, 3 TOWNES CT., SPARTANBURG, SC 29301

10925   WARD, LEANN, RT 2 BOX 565, NEW BRAUNFELS TX, TX 78130

10925   WARD, LEO, 5342 LOWELL MASON ROAD, CRESTVIEW, FL 32539

10925   WARD, LINDA, 1316 N. KELLY, ODESSA, TX 79763

10925   WARD, MARIE, 9 TWOMEY PL, GENEVA, NY 14456

10925   WARD, MARION, 160 J ST, GREER, SC 29651

10925   WARD, MELBA, PO BOX 695, WINDSOR, NC 27983

10925   WARD, MICHAEL, 15347 CRYSTAL LANE, B, PRIDE, LA 70770

10925   WARD, MICHAEL, 4258 CENTRAL ROAD #302, GLENVIEW, IL 60025

10925   WARD, MICHAEL, 6126 FIGLAND, PEARLAND, TX 77581

10925   WARD, MIKKI, RT 4 BOX 250, SEGUIN, TX 78155

10925   WARD, NANCY, 10037 CARILLON DRIVE, ELLICOTT CITY, MD 21042

10925   WARD, PATRICIA M., 104 JOANNE DR, TAUNTON, MA 02780

10925   WARD, PATRICIA O, C/O PATRICIA O STRIPLING, 2708 STRIPLING DR, TUSCALOOSA, AL 35404-5025

10925   WARD, PATRICIA, 63 WAMPANOAG CIRCLE, NO. KINGSTOWN, RI 02852

10925   WARD, PRESTON, 670 SOUTH TROY RD., ROBINS, IA 52328

10925   WARD, R, RR 1 BOX 101, LACON, IL 61540

10925   WARD, RANDALL, 24651 N. E. 63RD ST, HARRAH, OK 73045

10925   WARD, RAYMOND, 2418 SOUTH ACOMA ST, DENVER, CO 80223

10925   WARD, RITA, PO BOX 10014, RICHMOND, VA 23240

10925   WARD, ROBERT, 108 ELKHORN DRIVE, GREENVILLE, SC 29609

10925   WARD, RODNEY, 502 MOUNTAIN ROAD, FALLSTON, MD 21047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WARD, ROSEMARY P, 508 N FANNIN, CAMERON, TX 76520-2855

10925   WARD, SALLY, 32 YACHT CLUB DR, LAKE HOPATCONG, NJ 07849

10925   WARD, SCHAWN, 28 TIMBER OAK DRIVE, DURHAM, ME 04222

10925   WARD, SCOTT, 35 ARLENE COURT, PEARL RIVER, NY 10965

10925   WARD, SCOTT, 722 GLEN HILL DRIVE, SAN ANTONIO, TX 78239

10925   WARD, SHAYNE, 15297 OLD SPANISH TRAIL., HWY.631, PARADIS, LA 70080

10925   WARD, SHELLEY, 302 S.E. 55TH ST., OKLAHOMA CITY, OK 73129

10925   WARD, SHERRY D, 7670 CHANTILLY CIRCLE, GALVESTON, TX 77551-1627

10925   WARD, SHIRLEY, 86 TERRELL LN, FOXWORTH, MS 39483

10925   WARD, STEVE, 7910 WALLACE ROAD, BALTIMORE, MD 21222

10925   WARD, SUSAN K, 1938 LONDALE PKWY, NEWARK, OH 43055

10925   WARD, TAMMY, 408 BELINDA PKWY, MT JULIET, TN 37122

10925   WARD, THOMAS, 2185 FRANKLIN AVE, MORTON, PA 19070

10925   WARD, TINA, 3900 LINE RD, GREER, SC 29651

10925   WARD, TOBY, 3747 KENCREST DR NE, CEDAR RAPIDS, IA 52402

10925   WARD, TOMMY, 177 HANNON RD, MARIETTA, SC 29661-9739

10925   WARD, TRACIE, 3165 NE 43RD. PLACE, OCALA, FL 34479

10925   WARD, VIRGINIA, 16718 CEDAR TREE WAY, SAN ANTONIO, TX 78247

10925   WARD, VONDA, 1470 S.ILLINOIS, CASPER, WY 82609

10925   WARD, WILSIE, 5532 DEE ACRES DR, PHILPOT, KY 42366

10925   WARD, YONGSUK, 10700 APACHE DR, WACO, TX 76712

10925   WARDELL, JERRY, ROUTE 5 BOX 1446, LAURENS, SC 29360

10925   WARDEN CHRISTIANSEN JOHNSON, TOM BOSTOCK ESQ, 221 FIRST AVE EAST, PO BOX 3038,
         KALISPELL, MT 59903-3038

10925   WARDEN SMITH CONCRETE INC, ATTN:  ACCOUNTS PAYABLE, CHERAW, SC 29520

10924   WARDEN SMITH CONCRETE INC, HWY 1 SOUTH, CHERAW, SC 29520

10924   WARDEN SMITH CONCRETE INC, P O BOX 230, CHERAW, SC 29520

10924   WARDEN SMITH CONCRETE, HIGHWAY 385 NORTH, BENNETTSVILLE, SC 29512

10924   WARDEN SMITH CONCRETE, HWY. 9 E, PAGELAND, SC 29728

10925   WARDEN, GRAHAM, 69 CHESTNUT ST, CAMBRIDGE, MA 02139

10925   WARDEN, KIMBERLY, 11050 PAUL WARDEN RD, GRAND BAY, AL 36541

10925   WARDEN, PATRICK, 2001 N. JEFFERSON, 27, HOBBS, NM 88240

10925   WARDEN, PAUL, 10262 HILL ROAD, GARDEN GROVE, CA 92640

10925   WARDLAW, AMY, 110 EPPS RD, BELTON, SC 29627

10925   WARDLAW, LANNY, 110 EPPS RD, BELTON, SC 29627

10925   WARDRUP, ROBERT, 1427 AVE B, GRAHAM, TX 76450

10925   WARDS NATURAL SCIENCE, POBOX 92921, ROCHESTER, NY 14692-9021

10924   WARDWELL CONST. & TRUCKING CORP., P. O. BOX 198, ORLAND, ME 04472

10924   WARDWELL CONST. & TRUCKING CORP., RT. #46, BUCKSPORT, ME 04416

10925   WARDWELL, DENISE, CAUSEWAY BLVD. #1, DENEDIN, FL 34698

10925   WARDYNSKI, ARDIS, RR1 BOX 73, MOMENCE, IL 60954

10925   WARDZEL, JOHN R, 3322 AMERY DRIVE, MOUNT VERNON, IN 47620

10925   WARDZEL, JOHN, 3322 AMERY DRIVE, MT VERNON, IN 47620

10925   WARDZEL, JOHN, 6 FOX RUN, NO READING, MA 01864

10925   WARE, CASSANDRA, 3463 MOONEY DR., GAINESVILLE, GA 30501

10925   WARE, DARLA, 5214 WINTERBERRY CIRCLE #D, INDIANAPOLIS, IN 46254

10925   WARE, GERALD, 108 IDA, BAY CITY, TX 77414

10925   WARE, JAMES, 1522 AVE F, BILLINGS, MT 59102

10925   WARE, JAMES, 3620 2ND AVE. SW, CEDAR RAPIDS, IA 52404

10925   WARE, JAMES, 3805 AVE M, FORT PIERCE, FL 34950

10925   WARE, JASON, 10822 PLAINFIELD, HOUSTON, TX 77031

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WARE, KIMBERLY, 6204 TALLEDEGA AVE., CAHTTANOOGA, TN 37421

10925   WARE, LARRY, 11260 EVANS TR #201, BELTSVILLE, MD 20705

10925   WARE, LEROY, 6 WILD CHERRY CT., BALTIMORE, MD 21244-2903

10925   WARE, MARILYN, 5449 CEDAR DR NW, CEDAR RAPIDS, IA 52405

10925   WARE, PATRICIA, 2503 COLUMBUS AVE, N BELLMORE, NY 11710

10925   WARE, PEARL, 2846 CLEARWATER RD, SW ATLANTA, GA 30331

10925   WARE, PEARLY, 1900 SIXTH AVE #418, ROCK ISLAND, IL 61201

10925   WARE, RICHARD, 1830 MATOAX AVE, PETERSBURG, VA 23805

10925   WARE, RONALD, 2846 CLEARWATER RD, ATLANTA, GA 30331

10925   WARE, SUSAN, RT. 1, BOX 64, ALVIN, TX 77511

10925   WARE, THOMAS, 307 MILTON AVE, GLEN BURNIE, MD 21061

10925   WARE, TRENT, 3636 16TH ST, NW #B365, WASHINGTON, DC 20010

10925   WARECKIY, GERHARD, 22185 HOPKINS RD, PARKSLEY, VA 23421

10925   WAREHEIM, WINIFRED, 2517 ESTANCIA BLVD, CLEARWATER, FL 33761

10924   WAREHOUSE - COMMERCIAL INTERIOR SYS, REDFORD, MI 48239

10924   WAREHOUSE - E & K OF OMAHA, 13864 L STREET, OMAHA, NE 68137

10924   WAREHOUSE - KENNEDY & CO., 1229 OHIO STREET, DES MOINES, IA 50314

10924   WAREHOUSE - MACKENZIE SERV CORP, 55 MOFITT DRIVE, STRATFORD, CT 06497

10924   WAREHOUSE - RUSSELL PLASTERING, 7321 GRATIOT AVENUE, DETROIT, MI 48213

10924   WAREHOUSE - TECH CONTRACTONG CO, 23 SCHEURMAN TERRACE, WARREN, NJ 07059

10924   WAREHOUSE - THOMAS FIREPROOFING, 225 N. WOOD AVE, LINDEN, NJ 07036

10924   WAREHOUSE - WALL TECH, 301 S. BEDFORD, MADISON, WI 53703

10924   WAREHOUSE ALPHA INSULATION, 5145 NORWOOD ROAD, DALLAS, TX 75247

10925   WAREHOUSE ASSOCIATES, 1345 CAMPBELL RD., SUITE 222, HOUSTON, TX 77055

10925   WAREHOUSE ASSOCIATES, 1345 CAMPBELL ROAD #222, HOUSTON, TX 77055

10924   WAREHOUSE BUILDING SERVICES INC, 960 ELSTON ROAD, LAFAYETTE, IN 47905

10924   WAREHOUSE C/O BARCO ENTERPRISES, 11200 PULASKI HIGHWAY, WHITE MARSH, MD 21162-0074

10924   WAREHOUSE C/O DENN-CO ONSTRUCTION, 1, MA 48315

10924   WAREHOUSE C/O J & L, 3129 N. 22ND STREET, DECATUR, IL 62526

10924   WAREHOUSE C/O MASON BLDG. GROUP, 35 ALBEE DRIVE, NEWARK, DE 19702

10924   WAREHOUSE C/O MINUTI-OGLE, 2922 OAKLAND AVE. SOUTH, MINNEAPOLIS, MN 55407

10924   WAREHOUSE C/O SHERWIN WILLIAMS, 6121 W. DOUGLAS AVE, MILWAUKEE, WI 53218

10925   WAREHOUSE DIRECT, 1601 W ALGONQUIN RD, MOUNT PROSPECT, IL 60056

10925   WAREHOUSE DISTRIBUTION SERVICES INC, 700 DISTRIBUTION DRIVE, ATLANTA, GA 30336

10924   WAREHOUSE ELECTRIC, 916 CENTER AVENUE, BUTLER, PA 16001

10925   WAREHOUSE EQUIPMENT INC., PO BOX 71383, CHICAGO, IL 60694-1383

10924   WAREHOUSE FOR N/E INSULATION, 1240 RESEARCH FOREST, MACEDON, NY 14502

10924   WAREHOUSE HOME ACRES, 1123 KING HWY, KALAMAZOO, MI 49001

10925   WAREHOUSE LEASING CO., 310 26TH ST, KENNER, LA 70062

10924   WAREHOUSE SPECIALTY SYS, 308 SOUTH STATE AVE, INDIANAPOLIS, IN 46201

10924   WAREHOUSE SUPERIOR CONTRACTORS, 2002 HIGHWAY 14E, ROCHESTER, MN 55904

10924   WAREHOUSE, 151 SOUTH 14TH STREET, LINDENHURST, NY 11757

10924   WAREHOUSE, 1619 LOCUST STREET, KANSAS CITY, MO 64108

10924   WAREHOUSE, 227 ALLEGHANY AVENUE, OAKMONT, PA 15139

10924   WAREHOUSE, 301 SOUTH BEDFORD STREET, MADISON, WI 53703

10924   WAREHOUSE, 301 VALLEY VIEW BLVD., ALTOONA, PA 16603

10924   WAREHOUSE, 3276 INDUSTRIAL DRIVE S.E., DUTTON, MI 49316

10924   WAREHOUSE, 4053 FORRESTAL AVE  STE 8, ORLANDO, FL 32806

10924   WAREHOUSE, 415 NELSON PLACE, LA CROSSE, WI 54601

10924   WAREHOUSE, 4601 6TH STREET S.W., CEDAR RAPIDS, IA 52404

10924   WAREHOUSE, 608 SECOND AVENUE, BEAVER FALLS, PA 15010

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WAREHOUSE, 68 KAHLER RD, ELMIRA, NY 14903

10924   WAREHOUSE, 707 EAST SULLIVAN STREET, KINGSPORT, TN 37660

10924   WAREHOUSE, 7732 LEE HIGHWAY, FALLS CHURCH, VA 22042

10924   WAREHOUSE, 835 SCHOOL STREET, PAWTUCKET, RI 02860

10924   WAREHOUSE, C/O PAC PLACE JOB, ASHEVILLE, NC 28800

10924   WAREHOUSE, C/O WALLBOARD INC., SAINT PAUL, MN 55117

10924   WAREHOUSE, EAST RIDGE HUMANA HOSP, CHATTANOOGA, TN 37400

10924   WAREHOUSE/FRANTL INDUSTRIES INC., N72 W22428 JEANINE LANE, SUSSEX, WI 53089

10924   WAREHOUSE/STERLING CONTRACTORS, 637 12TH AVE S, HOPKINS, MN 55343

10924   WAREHOUSE: FLOORS & FIREPROOFING, 301 EAST 10TH STREET, MARCUS HOOK, PA 19061

10924   WAREHOUSE\PEARSON WALL SYSTEMS, 5205 18TH AVE. S.W., CEDAR RAPIDS, IA 52404

10924   WAREHOUSE-BOUMA CORPORATION, 1616 SOUTH AIRPORT W., TRAVERSE CITY, MI 49686

10924   WAREHOUSE-GYPSUM SPECIALTY, CONTRACTORS, SAINT LOUIS, MO 63116

10924   WAREHOUSE-MIDSTATES CONST., 746 N. MADISON, ROCKFORD, IL 61107

10924   WAREHOUSE-OLYMPIC, 317 EAST COURT AVENUE, DES MOINES, IA 50309

10924   WAREHOUSE-OREN FAB & SUPPLY CO, 7275 BRIDGEWATER ROAD, HUBER HEIGHTS, OH 45424

10924   WAREHOUSE-STUCCO 1 INC, 9700 REGENT AVE N., BROOKLYN PARK, MN 55443

10925   WAREHOUSING EDUCATION AND RESEARCH, 1100 JORIE BLVD., STE 170, OAK BROOK, IL 60523-2243

10925   WAREHOUSING INC, 301 N KENTUCKY AVE, EVANSVILLE, IN 47711

10925   WARE-ROBERTS, TAMARA, 5725 GATEWAY DRIVE, INDIANAPOLIS, IN 46254

10925   WARFIELD, LORETTA, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   WARFIELD, LORETTA, 6605 ALTER ST, BALTIMORE, MD 21207

10925   WARFIELD, RICHARD P, 201 E GOVERNMENT ST, PENSACOLA, FL 32501

10925   WARFIELD, T, 726 WEST MAPLE AVE, APT B, MERCHANTVILLE, NJ 08104

10925   WARFIELD, TAMMY, 143 POTEET ROAD, CHATSWORTH, GA 30705

10925   WARGO JR, ANDREW, RR 5 BOX 5708 G, LKE ARIEL, PA 18436

10925   WARGO, MARY, 5331 PLANTATIAN, ROSHARON, TX 77583

10925   WARING, JOHN, 1207 CAMROSE RD, RICHMOND, VA 23229

10925   WARING, MARJORIE, 121 UPMINISTER F, DEERFIELD BEACH, FL 33442

10925   WARING, RICHARD, 3940 WINCHESTER RD, LAKELAND, FL 33811

10925   WARKENTIEN, KAREN, PO BOX 6088, ARLINGTON, VA 22206

10924   WARLICK PAINT COMPANY, 945 MONROE STREET, STATESVILLE, NC 28677

10925   WARMAN INTERNATIONAL INC., DRAWER 795, MILWAUKEE, WI 53278

10925   WARMBRODT, RUTH, 9043 BYRNESVILLE, CEDARHILL, MO 63016

10925   WARMING, JEFFREY, 1381 WALNUT ST, NEWTON, MA 02161

10925   WARMINSTER MUNICIPAL AUTH, 415 GIBSON AVE, BOX 2279, WARMINSTER, PA 18974

10925   WARNE CHEMICAL & EQUIPMENT CO, 2680 COMMERCE, RAPID CITY, SD 57702

10925   WARNE, CLARENCE, 2115 BAKER DR., CRAIG, CO 81625

10925   WARNE, MAYNARD, 1550 PONDEROSA PASS, CRAIG, CO 81625

10925   WARNE, MICHAEL, 1154 CREST DR., CRAIG, CO 81625

10924   WARNER BRIDGE, C/O WESTSIDE BUILDING MATERIALS, BURBANK, CA 91500

10924   WARNER BROTHERS TRIANGLE, C/O WESTSIDE BUILDING MATERIALS, BURBANK, CA 91505

10924   WARNER BROTHERS, 20 MUSIC SQUARE EAST, NASHVILLE, TN 37213

10925   WARNER BURKE ASSOC, INC, 201 WOLFS LANE, PELHAM, NY 10803

10924   WARNER CENTER, RUTHERFORD, BURBANK, CA 91501

10924   WARNER JENKINSON, 2840 MONTGOMERY STREET, SAINT LOUIS, MO 63106

10924   WARNER JENKINSON, PO BOX 14538, SAINT LOUIS, MO 63178

10925   WARNER JT TEN, CHARLES J & JEAN-MARIE S, 12645 N PIONEERWAY, OROVALLEY, AZ 85737-8930

10924   WARNER LAMBERT, 170 TABOR ROAD, MORRIS PLAINS, NJ 07950

10924   WARNER LAMBERT, PO BOX 522, MORRIS PLAINS, NJ 07950

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WARNER OIL CO, 104 CATALPA PLACE, WOODSTOWN, NJ 08098 | |
| 10924 | WARNER ROBBINS AIR FORCE BASE, BLDG. 125, WARNER ROBBINS, GA 99999 | |
| 10924 | WARNER ROBINS ALC DSS, SBSS BASE & TENANT OPERATIONS, ROBINS AIR FORCE BASE, GA 31098-5999 | |
| 10925 | WARNER, AMY, PO BOX 136, WHARTON, WV 25208 | |
| 10925 | WARNER, ANNIE, 1505 COMMUNITY LANE, MIDLAND, TX 79702 | |
| 10925 | WARNER, DAVID, 5160 ANTON DR, 308, MADISON, WI 53719 | |
| 10925 | WARNER, DELBERT, 607 VALLEY ST, MT HOREB, WI 53572 | |
| 10925 | WARNER, DEMITRI, RT 2 BOX 51B, WOODSTOCK, VA 22664 | |
| 10925 | WARNER, JAMES, 320 CEDAR BROOK DR., MONROE, LA 71203 | |
| 10925 | WARNER, JOHN J, REDHILL PENINSULA, TAITAM, HONG KONG | *VIA Deutsche Post* |
| 10925 | WARNER, JOHN, 47 WALKER ROAD, MANCHESTER, MA 01944 | |
| 10925 | WARNER, JUDY, 37306 ANATA PL, PALMDALE, CA 93550 | |
| 10925 | WARNER, JULIENNE, 1107 JONES ST, WATERTOWN, WI 53094 | |
| 10925 | WARNER, LEONARD, 12 BRADFORD LANE, LITCHFIELD, NH 03052 | |
| 10925 | WARNER, LINDA, 8 OXBOW RD, LEXINGTON, MA 02421-6614 | |
| 10925 | WARNER, LISA, 754 SW 1ST AVE, BOYNTON BEACH, FL 33426 | |
| 10925 | WARNER, LORI, 110 COLONIAL DR, GREENVILLE, SC 29611 | |
| 10925 | WARNER, MERLE, BOX 43, BEEMER, NE 68716-0043 | |
| 10925 | WARNER, NEAL, PO BOX 33 126 E. SECOND ST, MORRICE, MI 48857 | |
| 10925 | WARNER, PATRICIA, 38 DUNHAM ROAD, #310, 310, BEVERLY, MA 01915 | |
| 10925 | WARNER, PATRICIA, 58 MELODY LANE, CHEEKTOWAGA, NY 14225 | |
| 10925 | WARNER, RONALD, 6402 MAE ANNE AVE, 164, RENO, NV 89523 | |
| 10925 | WARNER, SUE, 1919 PARK AVE. SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | WARNER, TAD, 12550 WHITTINGTON #408, HOUSTON, TX 77077 | |
| 10925 | WARNER, TAMMY, PO BOX 33, MORRICE, MI 48857 | |
| 10925 | WARNER, TIM, 511 MILFORD ROAD, DOWNINGTOWN, PA 19335 | |
| 10925 | WARNER, WESTFORD D, 4400 EAST WOOD CT, FAIRFAX, VA 22032 | |
| 10924 | WARNER-LAMBERT CO, 188 HOWARD AVENUE, ANN ARBOR, MI 48105 | |
| 10924 | WARNER-LAMBERT CO, PO BOX 525, MORRIS PLAINS, NJ 07950 | |
| 10924 | WARNER-LAMBERT CO., 175 TABOR ROAD, MORRIS PLAINS, NJ 07950 | |
| 10924 | WARNER-LAMBERT CO., PO BOX 522, MORRIS PLAINS, NJ 07950 | |
| 10925 | WARNKE JT TEN, BARBARA JEAN & JAMES TIMOTHY, 2182 APPLETREE DR, TUSTIN, CA 92780-7105 | |
| 10925 | WARNKKE, BARBARA JEAN, 3606 MEADOW RIDGE RD, SAN ANTONIO, TX 78210-5714 | |
| 10925 | WARNOCK DODGE INC., 175 EAST ROUTE 10, EAST HANOVER, NJ 07936 | |
| 10925 | WARNOCK DODGE, INC, 175 EAST ROUTE 10, EAST HANOVER, NJ 07936 | |
| 10924 | WARNOCK HERSEY, INC., 530 GARCIA AVE., PITTSBURG, CA 94565 | |
| 10925 | WARNOCK JR, CHARLES, 1109 CARLSBAD PLACE, VENTURA, CA 93003 | |
| 10925 | WARNOCK, CHARLES, 213 IRIS WAY, VENTURA, CA 93004 | |
| 10925 | WARONKER, CAROL, 504 DINWINDDIE CT, CHESAPEAKE, VA 23320 | |
| 10925 | WARR JR, RANDOLPH, 5119 PRIEST RD, ACWORTH, GA 30101 | |
| 10925 | WARR, JAMES, BOX 1858, ROOSEVELT, UT 84066 | |
| 10924 | WARRANTY CORP.OF AMERICA, 3120 CROSSING PARK ROAD, NORCROSS, GA 30071 | |
| 10924 | WARRELL CORP., THE, 1250 SLATE HILL ROAD, CAMP HILL, PA 17011 | |
| 10925 | WARRELL, JAMES, 7706 CLOUSER CT, LAKELAND, FL 33809 | |
| 10925 | WARREN - FORTHOUGHT, INC, 2203 TIMBERLOCK PLACE, THE WOODLANDS, TX 77380 | |
| 10925 | WARREN A BLANCHARD &, VIRGINIA J BLANCHARD JT TEN, 2448 ILLINOIS ST SW, CEDAR RAPIDS, IA 52404-3527 | |
| 10925 | WARREN A NORDELL &, PATRICIA A NORDELL JT TEN, N7420 HILLENDALE PKWY, BEAVER DAM, WI 53916-9319 | |
| 10925 | WARREN AS CUST, SIMONE M, CUST FOR RACHEL K WARREN UNDER, VA UNIF TRANSFERS TO MINORS ACT, 37 WINSTER FAX, WILLIAMSBURG, VA 23185-5542 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WARREN BAPTIST CHURCH, C/O ALPHA INSULATION, AUGUSTA, GA 30907

10925   WARREN BEECHER CUST ROBERT F, BEECHER UNIF GIFT MIN ACT NJ, C/O ROBERT F BEECHER, 16 MILDENHALL RIDGE, FAIRPORT, NY 14450-8438

10925   WARREN BRAHMS, 1739 EAST 29TH ST, BROOKLYN, NY 11229-2516

10925   WARREN C TILEY, 18415 LAMAR AVE, STILWELL, KS 66085-8934

10924   WARREN CONCRETE & SUPPLY, 1113 PARKMAN ROAD NW, WARREN, OH 44485

10924   WARREN CONCRETE & SUPPLY, P. O. BOX 1408, WARREN, OH 44485

10924   WARREN CONCRETE & SUPPLY, P.O. BOX 1408, WARREN, OH 44485

10924   WARREN CORRECTIONAL INSTITUTE, COLLINS RD. & ST. ROUTE 11-2, MANSON, NC 27553

10924   WARREN COUNTY CONCRETE COMPANY, 1730 HWY 70 WEST, WENTZVILLE, MO 63385

10924   WARREN COUNTY CONCRETE COMPANY, 481 S. LINCOLN DRIVE, TROY, MO 63379

10924   WARREN COUNTY CONCRETE COMPANY, BOWLING GREEN, MO 63334

10924   WARREN COUNTY CONCRETE COMPANY, HWY 47 RTE 3, UNION, MO 63084

10924   WARREN COUNTY CONCRETE COMPANY, HWY 54 EAST, VANDALIA, MO 63382

10924   WARREN COUNTY CONCRETE COMPANY, HWY 54, MEXICO, MO 65265

10924   WARREN COUNTY CONCRETE COMPANY, HWY 79, LOUISIANA, MO 63353

10924   WARREN COUNTY CONCRETE COMPANY, SOUTH OUTER ROAD 0, WARRENTON, MO 63383

10924   WARREN COUNTY CONCRETE LLC, PO BOX2032, WASHINGTON, MO 63090

10924   WARREN COUNTY CONCRETE LLC, WASHINGTON, MO 63090

10925   WARREN E THIESMEIER, 117 KINGS HWY, WARWICK, NY 10990-3135

10925   WARREN EHRET CO., 610 W. WEST ST., BALTIMORE, MD 21230-2694

10924   WARREN ELECTRIC CO., P.O. BOX 520, LA PORTE, TX 77571

10925   WARREN ELECTRIC CO., PO BOX 1519, SULPHUR, LA 70664

10924   WARREN ELECTRIC COMPANY (AD), 303 COMMERCE, CLUTE, TX 77531

10924   WARREN ELECTRIC COMPANY (AD), P.O. BOX 1350, CLUTE, TX 77531

10925   WARREN ELECTRIC GROUP, PO BOX 846017, DALLAS, TX 75284-6017

10925   WARREN ELECTRIC GROUP, POBOX 846017, DALLAS, TX 75284-6017

10924   WARREN ELECTRIC, 904 ENNIS, HOUSTON, TX 77003

10924   WARREN ELECTRIC, 9201 HWY. 59 NORTH, VICTORIA, TX 77905

10924   WARREN ELECTRIC, P.O.BOX 67, HOUSTON, TX 77001

10924   WARREN ELECTRIC, PO BOX 347, MONROE, OH 45050

10925   WARREN F BRUCKMEIER &, JANE H BRUCKMEIER JT TEN, 424 51ST ST, MERIDIAN, MS 39305-2015

10925   WARREN F DAVIS TR UA DEC 20 87, WARREN DAVIS TRUST, 7473 COLUMBIA RD, OLMSTED FALLS, OH 44138-1503

10925   WARREN GAS &PETROLEUM CO LIQUID INC, CORPORATION TRUST CENTER, 1209 ORANGE ST., WILMINGTON, DE 19801

10925   WARREN GORHAM & LAMONT INC, PO BOX 4966, CHICAGO, IL 60680-4966

10925   WARREN GORHAM & LAMONT INC, POBOX 4302, CAROL STREAM, IL 60197-4302

10925   WARREN GORHAM LAMONT, 117 E STEVENS AVE, VALHALLA, NY 10595-1254

10925   WARREN GORHAM LAMONT, POBOX 4966, CHICAGO, IL 60680-4966

10925   WARREN GREEN HOUSE INC, C/O ZANE MATHEWS, 951 RATLIFF AVE NW, WARREN, OH 44485-2809

10925   WARREN H HOPP &, MARIE V HOPP JT TEN, 65 OAK AVE, LINDENHURST, NY 11757-6041

10924   WARREN HIGH SCHOOL C/O SPRAY INS, 34090 ALMOND ROAD, GURNEE, IL 60031

10924   WARREN HOSPITAL, 2 CRESCENT PARK WEST, WARREN, PA 16365

10925   WARREN J AZZARA &, CLARE AZZARA JT TEN, 1 LATTIN DR, YONKERS, NY 10705-2520

10925   WARREN J MCLANE, 1209 HEDGEWOOD LANE, SCHENECTADY, NY 12309-4604

10925   WARREN J YOUNG &, ELIZABETH C YOUNG JT TEN, 12 DONATION RD, GREENVILLE, PA 16125-1741

10925   WARREN JR, JESSEE, 871 79TH ST SOUTH, BIRMINGHAM, AL 35206

10925   WARREN JR., GAYLE, 528 SOUTH MYRTLE SCHOOL RD, GASTONIA, NC 28250

10925   WARREN M ARNOLD, 9133 S CARPENTER, CHICAGO, IL 60620-3532

10925   WARREN M PIKE ASSOCIATES, 11 ELLIS ST, NEEDHAM HEIGHTS, MA 02194-0117

10924   WARREN MACHINE, 4 LOUISE DRIVE, IVYLAND, PA 18974

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    WARREN MERCANTILE BUILDING, 11301 AMHERST AVE., SUITE 201, SILVER SPRING, MD 20902

10925    WARREN PAINT & COLOR, 700 WEDGEWOOD AVENUE, NASHVILLE, TN 37203

10924    WARREN PETROLEUM CO., L.P., 1000 LOUISIANA, HOUSTON, TX 77002

10924    WARREN PETROLEUM CO., L.P., ATTN: TIM JORDAN, LOVINGTON, NM 88260

10924    WARREN PETROLEUM CO., LITTLE KNIFE PLANT, KILLDEER, ND 58640

10925    WARREN RUPP INC., A UNIT OF IDEX CORP., 800 N. MAIN ST., PO BOX 1568, MANSFIELD, OH 44901

10925    WARREN S MCDONALD, 3115 HELMS 110, AUSTIN, TX 78705-3050

10925    WARREN S PERDUE &, DOROTHY E PERDUE JT TEN, 663 CHESTNUT POINT ROAD, LANCASTER, VA 22503-3905

10925    WARREN STANLEY BRIGGS &, MARY E BRIGGS JT TEN, 35 FRANKLIN DR, BRIDGETON, NJ 08302-1812

10925    WARREN TRUCK REPAIR, 2421 WEST MARKET ST, WARREN, OH 44485

10925    WARREN UMHOLTZ &, JOAN UMHOLTZ JT TEN, 8 CEDAR RIDGE RD, LEBANON, NJ 08833-4380

10925    WARREN VER PLOEG TR UA AUG 1 89, JOAN VER PLOEG TRUST, BOX 406, PAULLINA, IA 51046-0406

10925    WARREN W RUGGLES, 208 CITIZENS NATL, BANK BLDG, NORWALK, OH 44857

10924    WARREN WHOLESALE CO, 191 AUSTIN AVE S W, WARREN, OH 44485

10924    WARREN WHOLESALE CO., 191 AUSTIN AVE., S.W., WARREN, OH 44485

10925    WARREN, ALFRED, 306 GLENBROOK, SAN ANTONIO, TX 78220

10925    WARREN, ALICIA, 625 W. POPLAR ST, GRIFFIN, GA 30223

10925    WARREN, BARBARA ANN, 205 SANDRA DRIVE, BAKER, LA 70714

10925    WARREN, BRIAN, 11 GIBBS ST, H-114, WORCESTER, MA 01607

10925    WARREN, CHANDRA D., 2307 OVERTON RD, DALLAS, TX 75216

10925    WARREN, CYNTHIA, 7714 PECAN VILLAS, HOUSTON, TX 77061

10925    WARREN, D, RTE. 2, BOX 83, JOPLIN, MO 64804

10925    WARREN, DALE, 1121 CARMEN DRIVE, MARSHFIELD, WI 54449

10925    WARREN, DALVIN, PO BOX 627, MANSURA, LA 71350

10925    WARREN, DAVID, 3437 ARIZONA ST, SAN DIEGO, CA 92104

10925    WARREN, DAVIS, 3727 OAKRIDGE DRIVE, ODESSA, TX 79762-7155

10925    WARREN, DEBRA, 1417 E CHANDLER DR, ROANOKE RAPIDS, NC 27870

10925    WARREN, DONALD E, 209 EAGLE RIDGE RD. RT. 2, JOPLIN, MO 64804

10925    WARREN, DONALD, 209 EAGLE RIDGE RD., RTE 2, JOPLIN, MO 64804

10925    WARREN, DONALD, 209 EAGLE RIDGE ROAD, JOPLIN, MO 64804-5660

10925    WARREN, DORIS, 638 OHIO AVE, SELLERSBURG, IN 47172-9998

10925    WARREN, E, 43 CARY AVE, OAKFIELD, NY 14125

10925    WARREN, EMANUEL, 10901 WOODMEADOWW, DALLAS, TX 75228

10925    WARREN, GERALDINE, 1844 STURGEON ROAD, BUFORD, GA 30518

10925    WARREN, GWENDOLYN, PO BOX 513, LA MARQUE, TX 77568

10925    WARREN, HAROLD, PO BOX 706, MEEKER, CO 81641-0706

10925    WARREN, J, 6192 EDSALL RD APT. 185, ALEXANDRIA, VA 22304

10925    WARREN, JAMES, 6455 SW NYBERG LANE J 102, TUALATIN, OR 97062

10925    WARREN, JEFFREY, 566 N.E.16TH, CANBY, OR 97013

10925    WARREN, JERRY, 1530 CELIA DR, WICHITA FALLS, TX 76302

10925    WARREN, JESSE, 871 78TH ST SOUTH, BIRMINGHAM, AL 35206

10925    WARREN, JOAN, 6315 ARWEN FT, FORT WASHINGTON, IN

10925    WARREN, JR, JACK, 7339 S WASHTENAW, CHICAGO, IL 60629

10925    WARREN, LESLIE, 5702 CYPRESS CREEK, HYATTSVILLE, MD 20782

10925    WARREN, LOIS, 114 BON AIR ROAD, BALTIMORE, MD 21225

10925    WARREN, MARK, 2138 ASHLAND AVE, TOLEDO, OH 43620

10925    WARREN, MARTIN, 7925 POND RIVER ROAD, OWENSBORO, KY 42301

10925    WARREN, MAVIS, 1601 TRAPELO RD., WALTHAM, MA 02154

10925    WARREN, MICHAEL, 23388 HWY. 436, ANGIE, LA 70426

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WARREN, PATRICIA, 1906-B HARRIS ST, FRANKLIN, VA 23851 | |
| 10925 | WARREN, QUEEN, 11409 SW 214TH ST, GOULDS, FL 33170 | |
| 10925 | WARREN, REBECCA, 2013C LOWER HOPEDA, BURLINGTON, NC 27215 | |
| 10925 | WARREN, RITHA, 9740 HWY 28 E #42, PINEVILLE, LA 71360 | |
| 10925 | WARREN, ROBERT, 1073 N.E. 10TH, CANBY, OR 97013 | |
| 10925 | WARREN, ROBERT, 1295 FRANKLIN DR APT #I-6, MARIETTA, GA 30067 | |
| 10925 | WARREN, ROGER, 6166 HAYDEN BRIDGE RD, OWENSBORO, KY 42301 | |
| 10925 | WARREN, SHERRI, ROUTE 1 BOX 22B, STOKES, NC 27884 | |
| 10925 | WARREN, SHERRIE, ROUTE 1, BOX 301A, GARYSBURG, NC 27831 | |
| 10925 | WARREN, SUE, 2045 CRESTWOOD DRIVE, OWENSBORO, KY 42301-3410 | |
| 10925 | WARREN, TERESA, 7524 LUCILLE, SHAWNEE, KS 66214 | |
| 10925 | WARREN, THEODORE, 1265 WINDSER DR., GALLATIN, TN 37066 | |
| 10925 | WARREN, WANDA, HC 68 BOX 259, JAMESTOWN, LA 71045 | |
| 10925 | WARREN, WILLIAM, 4922 E MARILYN RD, SCOTTSDALE, AZ 85254 | |
| 10924 | WARREN/FRANKLIN CO CONCRETE COMPANY, 11 WEST MAIN STREET, WASHINGTON, MO 63090 | |
| 10924 | WARREN/FRANKLIN CO CONCRETE COMPANY, 528 W. FRONT ST., WASHINGTON, MO 63090 | |
| 10925 | WARRENDER LTD, 27845 N IRMA LEE CIR, LAKE FOREST, IL 60045-5113 | |
| 10925 | WARREN-FORTHOUGHT, INC, 1212 N. VELASCO, ANGLETON, TX 77515 | |
| 10924 | WARRENSBURG HYDRAULICS, 267 SE 13 HWY, WARRENSBURG, MO 64093 | |
| 10924 | WARRENSBURG HYDRAULICS, 267 SE 13 HWY, WARRENSBURG, MO 64093-7575 | |
| 10924 | WARRENSBURG READY MIX, DIVISION OF FISCHER CONC, WARRENSBURG, MO 64093 | |
| 10925 | WARRICK, ELIZABETH, 1118 LAKEWOOD DRIVE, MONTGOMERY, AL 36109 | |
| 10925 | WARRICK, EVE, RT 1, BLAKELY, GA 31723 | |
| 10925 | WARRINGTON FIRE RESEARCH GROUP LTD, HOLMESFIELD ROAD, WARRINGTON BE, WA1 2DSUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | WARRINGTON FIRE RESEARCH, HOLMESFIELD ROAD, WARRINGTON, WA1 2DSUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | WARRINGTON, BONNIE, 8004 WOODHOLM CIRCLE, PASADENA, MD 21122 | |
| 10924 | WARRIOR OPERATION INC., ATTN:  ACCOUNTS PAYABLE, WARRIOR, AL 35180 | |
| 10924 | WARRIOR OPERATIONS INC., 900 MAIN STREET, WARRIOR, AL 35180 | |
| 10924 | WARRIOR OPERATIONS, P.O. BOX 86, WARRIOR, AL 35180 | |
| 10925 | WARRIS, EDWARD, 39 PENROSE ST, QUAKERTOWN, PA 18951 | |
| 10924 | WARSAW BLOCK CO INC, P O BOX 665, WARSAW, NC 28398 | |
| 10924 | WARSAW BLOCK CO INC, WESTHILL STREET, WARSAW, NC 28398 | |
| 10924 | WARSAW BLOCK CO., INC., CAROLINA MILL WORK & SUPL, WARSAW, NC 28398 | |
| 10924 | WARSAW BLOCK, P O BOX 665, WARSAW, NC 28398 | |
| 10924 | WARSAW MASONRY SUPPLY, 1403 NORTH DETROIT ST, WARSAW, IN 46580 | |
| 10925 | WARSHAFSKY ROTTER TARNOFF, 839 N. JEFFERSON ST, MILWAUKEE, WI 53202-3796 | |
| 10925 | WARTHEN, BETTY, 6640 DAVID JAMES BLVD., SPARKS, NV 89436 | |
| 10925 | WARTHEN, JOHN, 306 CHALFONTE DRIVE, BALTIMORE, MD 21228 | |
| 10925 | WARTHEN, NED, 1120 N CRESTIVE AVE, LAKELAND, FL 33805 | |
| 10925 | WARTNICK CHABER HAROWITZ TIGERMAN, 101 CALIFORNIA ST , SUITE 2200, SAN FRANCISCO, CA 94111 | |
| 10925 | WARWICK, ANTHONY, 1017 W 137TH ST, COMPTON, CA 90222 | |
| 10925 | WARWICK, JAMES, PO BOX 189, COLONIAL BEACH, VA 22443 | |
| 10925 | WARZALA, MARTIN, 158 RUNYON AVE, SOMERSET, NJ 08873 | |
| 10925 | WASATONIC, JOHN, 119 SANDERLING DRIVE, GREENVILLE, SC 29607 | |
| 10924 | WASAU HOMES, 731 N SCENIC DRIVE, LAKE WALES, FL 33853 | |
| 10924 | WASCATOR MANUFACTURING COMPANY, 200 W. OTTAWA, RICHWOOD, OH 43344 | |
| 10925 | WASCO FUNDING CORP, 150 EAST 58TH ST , 15TH FL, NEW YORK, NY 10155 | |
| 10924 | WASCO PRODUCTS, P.O. BOX 351, SANFORD, ME 04073 | |
| 10924 | WASCO PRODUCTS, P.O. BOX 351NTS PAYABLE, SANFORD, ME 04073 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WASCO PRODUCTS, PIONEER AVENUE, SANFORD, ME 04073

10925   WASCOMB, TIMOTHY, 1026 GLENMORE DRIVE, COLUMBIA, MS 39429

10925   WASCOME, TAMMIE, 2689 MEADOWOOD DR, SLAUGHTER, LA 70777

10925   WASCURA, MARIAN, 3037 SHAKESPEARE RD, BETHLEHEM, PA 18017

10924   WASECA SAND & GRAVEL, 13113 315 AVE., WASECA, MN 56093

10924   WASECA SAND & GRAVEL, ROUTE #2, WASECA, MN 56093

10924   WASECA SAND & GRAVEL, RT 1 BOX 117 B, NEW RICHLAND, MN 56072

10925   WASEEM SUFI, 2140 DAVIS ST., SAN LEANDRO, CA 94577

10925   WASEMILLER, CHARLES, W 28308 RUBY CIR, HARTLAND, WI 53029

10925   WASEMILLER, THOMAS, W28308 RUBY CIRCLE, HARTLAND, WI 53029

10924   WASHAKIE ELECTRIC INC, 714 S. 11TH, WORLAND, WY 82401

10924   WASHBURN ENTERPRISES, INC., 10286 E. 400TH, MARTINSVILLE, IL 62442

10925   WASHBURN GARFIELD CO, 100 PRESCOTT ST, WORCESTER, MA 01605

10925   WASHBURN GARFIELD COMPANY, 100 PRESCOTT ST, WORCESTER, MA 01613

10925   WASHBURN GARFIELD CORPORATION, POBOX 947, WORCESTER, MA 01613

10924   WASHBURN HIGH SCHOOL, A & F, LAS VEGAS, NV 89101

10925   WASHBURN JR., MIFFLIN, 1423 TENNESSEE ST, LAKE CHARLES, LA 70607

10924   WASHBURN VAULT CO., 795 MEADOWBROOK ROAD, BRATTLEBORO, VT 05301

10925   WASHBURN, DONALD, 403 DEMOPOLIS ST., GREENSBORO, AL 36744

10925   WASHBURN, EDWARD, 919 WILSON ST, ROANOKE RAPIDS, NC 27870

10925   WASHBURN, GEORGE, 25422 VADO CT, RIO VERDE, AZ 85263-7112

10925   WASHBURN, JANICE, 753 N GREAT NECK, VA BEACH, VA 23454

10925   WASHBURN, THOMAS, 302 E MAIN PO BOX 429, BOSWELL, IN 47921-0429

10924   WASHIGNTON WILBERT VAULT, P. O. BOX 339, LAUREL, MD 02072

10924   WASHING EQUIPMENT OF TEXAS, P.O. BOX 780368, SAN ANTONIO, TX 78278

10925   WASHINGTON AGGREGATE & CONCRETE ASSOCIATION, 22223 7TH AVE. SO, DES MOINES, WA 98198

10925   WASHINGTON ASSET MANAGEMANT, 919 18TH ST NW SUITE 450, WASHINGTON, DC 20006

10925   WASHINGTON BAPTIST CHURCH, 3500 N. HWY 14, GREER, SC 29651

10924   WASHINGTON BUILDERS SUPPLY COMPANY, 313 COUNTRY CLUB ROAD, MEADOW LANDS, PA 15347

10925   WASHINGTON CONSTRUCTION CO, 6000 S EASTERN BLDG 1-SUITE CD, LAS VEGAS, NV 89119

10924   WASHINGTON CONSTRUCTION CO., 120 E. HACIENDA (JOBSITE), LAS VEGAS, NV 89119

10924   WASHINGTON CONSTRUCTION, RUNWAY 1L/19R, 5757 WAYNE NEWTON BLVD, LAS VEGAS, NV 89119

10924   WASHINGTON CORNERS, WASHINGTON & CHICAGO AVENUE, NAPERVILLE, IL 60565

10925   WASHINGTON COUNTY ASSESSOR, 197 EAST TABERNACLE, ST GEORGE, UT 84770

10925   WASHINGTON COUNTY JAIL, 120 ADAMS STREET, PLYMOUTH, NC 27962

10925   WASHINGTON COURIER, 1818 N ST N W, WASHINGTON, DC 20036

10924   WASHINGTON D.C. CONVENTION CENTER, 800 MOUNT VERNON PLACE, WASHINGTON, DC 20001

10925   WASHINGTON DEPT ECOLOGY, THOMAS FITZSIMMONS DIR, PO BOX 47600, OLYMPIA, WA 98504-7600

10925   WASHINGTON DEPT OF ECOLOGY, THOMAS FITZSIMMONS DIR, PO BOX 47600, OLYMPIA, WA 98504-7600

10925   WASHINGTON ELEMENTARY SCHOOL, 910 WEST ANHURST PLACE, SANTA ANA, CA 92707

10924   WASHINGTON ELEMENTARY SCHOOL, NORTH MAIN STREET, LODI, NJ 07644

10925   WASHINGTON GAS, PO BOX 96502, WASHINGTON, DC 20090-6502

10924   WASHINGTON GOLF CENTER, TYSON'S CORNER, TYSONS CORNER, VA 22103

10925   WASHINGTON HOSPITAL CENTER, 110 IRVING ST NW, WASHINGTON, DC 20010-2975

10925   WASHINGTON INDUSTRIAL, PO BOX 18210, BALTIMORE, MD 21227

10925   WASHINGTON MUTUAL FIRE, INSURANCE ASSOCIATION INC, 3304 FRANKFORT AVE, LOUISVILLE, KY 40206-2701

10924   WASHINGTON MUTUAL, 11TH AND PACIFIC AVENUE, TACOMA, WA 98401

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    WASHINGTON PENN PLASTICS, 2080 N. MAIN STREET, WASHINGTON, PA 15301

10924    WASHINGTON PENN PLASTICS, PO BOX 236, WASHINGTON, PA 15301

10924    WASHINGTON POST PRINTING PLANT, GREENBELT, MD 20768

10925    WASHINGTON POST, 1150 15TH ST , NW, WASHINGTON, DC 20071

10925    WASHINGTON RAD MEDICAL GROUP, PO BOX 5111, SAN LEANDRO, CA 94577

10925    WASHINGTON REDSKINS, PO BOX 96124, WASHINGTON, DC 20090

10924    WASHINGTON RESEARCH CENT, WR GRACE CO, COLUMBIA, MD 21044

10924    WASHINGTON RESEARCH CENTER, 7379 RT 32, COLUMBIA, MD 21044

10925    WASHINGTON SERVICE BUREAU, 655 15TH ST NW, WASHINGTON, DC 20005

10924    WASHINGTON SQUARE, PORTLAND, OR 97227

10925    WASHINGTON STATE ATTY GENERAL, ATTN: CHRISTINE O GREGOIRE, PO BOX 40100, 1125 WASHINGTON ST SE, OLYMPIA, WA 98504

10925    WASHINGTON STATE DEPT OF AGRICULTUR, POBOX 42560, OLYMPIA, WA 98504-2560

10925    WASHINGTON STATE DEPT OF ECOLOGY, 300 DESMOND DRIVE SE, LACEY, WA 98504

10925    WASHINGTON STATE DEPT OF NATURAL RESOURCES, 1111 WASHINGTON ST SE, PO BOX 47000, OLYMPIA, WA 98504

10925    WASHINGTON STATE DEPT OF NATURAL RESOURCES, 1111 WASHINGTON ST SE, PO BOX 47000, OLYMPIA, WA 98504-7000

10925    WASHINGTON STATE DEPT OF, PO BOX 42591, OLYMPIA, WA 98504-2591

10924    WASHINGTON STATE UNIVERSITY (WSU), BRANCH CAMPUS, RICHLAND, WA 99352

10925    WASHINGTON STATE UNIVERSITY, WASHINGTON STATE UNIVERSITY, PULLMAN, WA 99164-1302

10925    WASHINGTON SUBURBAN SANITARY, 14501 SWEITZER LANE, LAUREL, MD 20707-5902

10925    WASHINGTON TIMES, POBOX 96574, WASHINGTON, DC 20090-6574

10924    WASHINGTON TOWNSHIP SCHOOLS, TURNERSVILLE, NJ 08012

10924    WASHINGTON TRUST FIN, LUKINS & ANNIS, 717 W. SPRAGUE AV #1600, SPOKANE, WA 99201-0466

10924    WASHINGTON U. NATURAL SCI. BLDG., C/O INTERIOR CONST. SERVICES, SAINT LOUIS, MO 63130

10924    WASHINGTON UNIV STUDENT HOUSING, 40 COMMERCE DRIVE, O'FALLON, IL 62269

10924    WASHINGTON UNIV.CSRB, NIEHAUS COSTRUCTION, SAINT LOUIS, MO 63100

10924    WASHINGTON UNIVERSITY SCHOOL OF LAW, C/O INTERIOR CONSTRUCTION SERVICES, SAINT LOUIS, MO 63130

10924    WASHINGTON UNIVERSITY STUDENT, C/O PHILLIPS INTERIOR EXTERIOR, FOREST PARK & BIG BEND BLVD, SAINT LOUIS, MO 63108

10924    WASHINGTON UNIVERSITY/SCHOOL OF, MEDICINE C/O GYPSUM SPECIALTY CONT, SAINT LOUIS, MO 63110

10924    WASHINGTON WILBERT VAULT, 9939 WASHINGTON BLVD., LAUREL, MD 20707

10924    WASHINGTON WILBERT VAULT, PO BOX 339, LAUREL, MD 20725

10924    WASHINGTON WILBERT VAULT, WORKS, LAUREL, MD 20725

10925    WASHINGTON, ALMETA, 2914 BELMONT AVE, BALTIMORE, MD 21216

10925    WASHINGTON, ANTOINETTE, 5649 LABANON AVE., PHILADELPHIA, PA 19131

10925    WASHINGTON, BARBARA, 718 NORTH ARLINGTON 2ND FL, BALTIMORE, MD 21217

10925    WASHINGTON, BARBARA, 7500 GRACE DR., COLUMBIA, MD 21044

10925    WASHINGTON, CAMBRIC, 1020 PARK RD NW, WASH, DC 20010

10925    WASHINGTON, CAMBRIC, 1020 PARK RD NW, WASHINGTON, DC 20010

10925    WASHINGTON, CASSANDRA, 1881-A SMEDE HWY., ST. MARTINVILLE, LA 70582

10925    WASHINGTON, CHRIS, 4502 MANORVIEW ROAD, BALTIMORE, MD 21229

10925    WASHINGTON, CLARA, 286 ROSE AVE, GEORGETOWN, SC 29440

10925    WASHINGTON, CURTIS D, 512 LARKSPUR RD, KINSTON, NC 28501

10925    WASHINGTON, CYNTHIA, 205 JEEP ST, CALHOUN, GA 30701

10925    WASHINGTON, DAISY, 12101 FONDREN #1304, HOUSTON, TX 77035

10925    WASHINGTON, DEANNA, 933 N ST NW #407, WASHINGTON, DC 20001

10925    WASHINGTON, ERIC, 1928 ESTALOTE, HARVEY, LA 70058

10925    WASHINGTON, GEORGE, 1910 AVE P, FT PIERCE, FL 34950-2067

10925    WASHINGTON, GLADYS, 422 N. 23RD, WACO, TX 76707

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | WASHINGTON, GWEN, 2300 DICKERSON, D76, RENO, NV 89503 | |
| 10925 | WASHINGTON, HELEN, PO BOX 586, RACELAND, LA 70394 | |
| 10925 | WASHINGTON, HENRY, 1811 ROGERD RD., JAX, FL 32211 | |
| 10925 | WASHINGTON, JAMES, 2207 STONE ST., OPELIKA, AL 36801 | |
| 10925 | WASHINGTON, JAMES, 807 CHESTNUTT ST, ADEL, GA 31620 | |
| 10925 | WASHINGTON, JEFFREY, 155 COUNTRY LIVING R, AIKEN, SC 29801 | |
| 10925 | WASHINGTON, JETTIE, 763 CASCADE S.W. #4, ATLANTA, GA 30310 | |
| 10925 | WASHINGTON, JOSEPH, RT 6 BOX 193, WARRENTON, VA 22186 | |
| 10925 | WASHINGTON, KAREN, 3126 WHEATON WAY, APT. A, ELLICOTT CITY, MD 21043 | |
| 10925 | WASHINGTON, KATHY L, 720 A APPALOOSA TR, ARLINGTON, TX 76015 | |
| 10925 | WASHINGTON, LEONARD, 3535 NORTHERN PKWY, BALTIMORE, MD 21206 | |
| 10925 | WASHINGTON, LYDIA, 4126 EDDLEMAN ST, CHARLOTTE, NC 28208 | |
| 10925 | WASHINGTON, MICHAEL, 705 WINANS WAY, BALTIMORE, MD 21229 | |
| 10925 | WASHINGTON, NELSON, 518 HAZEL DRIVE, AIKEN, SC 29801 | |
| 10925 | WASHINGTON, OLA, 2409 FAIRBANKS, HOUSTON, TX 77026 | |
| 10925 | WASHINGTON, RAYFORD, 699 OIL MILL RD, PIEDMONT, SC 29673 | |
| 10925 | WASHINGTON, RICHARD, 2228 W DAPHNE RD, GLENDALE, WI 53209 | |
| 10925 | WASHINGTON, ROBERT, 10931 DUANE, HOUSTON, TX 77047 | |
| 10925 | WASHINGTON, RUSSELL, 3508 DOVE LOOP, OWENSBORO, KY 42301 | |
| 10925 | WASHINGTON, SHARON, 2329 RIDGE RD, AUGUSTA, GA 30906 | |
| 10925 | WASHINGTON, SHEILA, PO BOX 654, SMYRNA, GA 30081 | |
| 10925 | WASHINGTON, TAMMY, 9201 WILBUR COURT, COLUMBIA, MD 21046 | |
| 10925 | WASHINGTON, TANYA, 3131 MEETINGHOUSE RD, BOOTHWYN, PA 19061 | |
| 10925 | WASHINGTON, VERNELL, 10311 GOLDEN MEADOW DR., HOUSTON, TX 77064 | |
| 10925 | WASHINGTON, VERNELL, 130 W OAKVILLE ST, BELLE CHASSE, LA 70037 | |
| 10924 | WASHINTON HEIGHTS NURSING HOME, C/O SPRAY INSULATION, CHICAGO, IL 60607 | |
| 10924 | WASHOE BUILDING SUPPLY, 1479 HYMER AVENUE, SPARKS, NV 89431 | |
| 10925 | WASHOE BUILDING SUPPLY, INC, 1479 HYMER AVE, SPARKS, NV 89431 | |
| 10925 | WASIELAK, JOHN, 240 MONTANA AVE, LOWER BURRELL, PA 15068 | |
| 10925 | WASIELEWSKI, ANDREA, 9 WELD ST, FRAMINGHAM, MA 01701 | |
| 10924 | WASKEY BRIDGES INCORP, 2332 CHATAWA DR, BATON ROUGE, LA 70815 | |
| 10924 | WASKEY BRIDGES, 2332 CHATAWA DRIVE, BATON ROUGE, LA 70815 | |
| 10925 | WASKIEWICZ, CHARLES, 12605 IVY MILL ROAD, REISTERSTOWN, MD 21136 | |
| 10925 | WASKIEWICZ, CHUCK J, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | WASKIEWICZ, SUSAN, 37 EAST 4TH ST, WYOMING, PA 18644 | |
| 10925 | WASMER, HENRY, BINZIGERSTRASSE 52, UETIKON AM SEE, 8707SWITZERLAND | *VIA Deutsche Post* |
| 10925 | WASMUND BINDERY, 21 HARRISON AVE., WALDWICK, NJ 07463 | |
| 10925 | WASS-ARTHUR SIGNS, 20 CRAWFORD ST, FITCHBURG, MA 01420 | |
| 10925 | WASSER, MARY, BOX 212, 6455 W. 2ND ST, LOUVIERS, CO 80131 | |
| 10925 | WASSON, ROCKEY, 100 8TH ST. #1, EVANSTON, WY 82930-3515 | |
| 10925 | WASSUM, LYNN, 409 PINE ST, SLATINGTON, PA 18080 | |
| 10925 | WASTE CONNECTIONS INC, DEPT 1433, LOS ANGELES, CA 90084-1433 | |
| 10925 | WASTE CONNECTIONS OF COLORADO INC, 6520 VINE COURT, DENVER, CO 80229 | |
| 10925 | WASTE CONTROL, POBOX 148, KELSO, WA 98626 | |
| 10925 | WASTE CONVERSION INC, GUS SCHULTES AC SCHULTES INC, 644 S EVERGREEN AVE, WOODBURY, NJ 08096 | |
| 10925 | WASTE MANAGEMENT - CROSSROADS, PO BOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WASTE MANAGEMENT - METRO, PO BOX 2105, BEDFORD PARK, IL 60499-2105 | |
| 10925 | WASTE MANAGEMENT - SAVAGE, PO BOX 2105, BEDFORD PARK, IL 60499-2105 | |
| 10925 | WASTE MANAGEMENT - WEST, PO BOX 2105, BEDFORD PARK, IL 60499-2105 | |
| 10925 | WASTE MANAGEMENT BROWARD, PO BOX 9001510, LOUISVILLE, KY 40290-1510 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WASTE MANAGEMENT ILLINOIS -METRO, PO BOX 9001300, LOUISVILLE, KY 40290-1300 | |
| 10925 | WASTE MANAGEMENT ILLINOIS, PO BOX 9001300, LOUISVILLE, KY 40290-1300 | |
| 10925 | WASTE MANAGEMENT ILLINOIS-METRO, PO BOX 9001054, LOUISVILLE, KY 40290-1054 | |
| 10925 | WASTE MANAGEMENT INC CMC, PO BOX 66971, CHICAGO, IL 60666-0971 | |
| 10925 | WASTE MANAGEMENT INC, PO BOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WASTE MANAGEMENT INC, PO BOX 9001097, LOUISVILLE, KY 40290-1097 | |
| 10925 | WASTE MANAGEMENT IND SRVS INC, PO BOX 70610, CHICAGO, IL 60673-0610 | |
| 10925 | WASTE MANAGEMENT LAKE CHARLES, 536 WESLEY RD, LAKE CHARLES, LA 70615 | |
| 10925 | WASTE MANAGEMENT LAKE CHARLES, PO BOX 9001541, LOUISVILLE, KY 40290-1541 | |
| 10925 | WASTE MANAGEMENT METRO, 3800 S LARAMIE AVE, CICERO, IL 60804 | |
| 10925 | WASTE MANAGEMENT OF ARIZONA, PO BOX 78251, PHOENIX, AZ 85062-8251 | |
| 10925 | WASTE MANAGEMENT OF AUGUSTA-AIKEN, 208 PREP PHILLIPS DR, AUGUSTA, GA 30901 | |
| 10925 | WASTE MANAGEMENT OF CENTRAL MA, 4900 BEECH PLACE, TEMPLE HILLS, MD 20748 | |
| 10925 | WASTE MANAGEMENT OF CENTRAL MA, PO BOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WASTE MANAGEMENT OF CENTRAL MA, PO BOX 66963, CHICAGO, IL 60666-0963 | |
| 10925 | WASTE MANAGEMENT OF CENTRAL MS, PO BOX 2105, BEDFORD PARK, IL 60499-2105 | |
| 10925 | WASTE MANAGEMENT OF CENTRAL MS, PO BOX 9001315, LOUISVILLE, KY 40290-1315 | |
| 10925 | WASTE MANAGEMENT OF CENTRAL, PO BOX 9001326, LOUISVILLE, KY 40290-1326 | |
| 10925 | WASTE MANAGEMENT OF COLORADO, 40000 WCR 25, AULT, CO 80610 | |
| 10925 | WASTE MANAGEMENT OF DENVER, PO BOX 1238, ENGLEWOOD, CO 80150-1238 | |
| 10925 | WASTE MANAGEMENT OF DENVER, PO BOX 78251, PHOENIX, AZ 85062-8251 | |
| 10925 | WASTE MANAGEMENT OF INDIAN VALLEY, PO BOX 828271, PHILADELPHIA, PA 19182-8271 | |
| 10925 | WASTE MANAGEMENT OF INDIANA -, NORTHWEST, PO BOX 9001194, LOUISVILLE, KY 40290-1194 | |
| 10925 | WASTE MANAGEMENT OF INDIANA NW, 2000 DOMBEY RD, PORTAGE, IN 46368-1441 | |
| 10925 | WASTE MANAGEMENT OF INDIANA, P.O. BOX 9001054, LOUISVILLE, KY 40290-1054 | |
| 10925 | WASTE MANAGEMENT OF MISSISSIPPI, POBOX 2105, BEDFORD PARK, IL 60499-2105 | |
| 10925 | WASTE MANAGEMENT OF N. VIRGINIA, PO BOX 66963, CHICAGO, IL 60666-0963 | |
| 10925 | WASTE MANAGEMENT OF NOVA HAULING/, PO BOX 9001097, LOUISVILLE, KY 40290-1097 | |
| 10925 | WASTE MANAGEMENT OF NY - ROCH, PO BOX 2105, BEDFORD PARK, IL 60499-2105 | |
| 10925 | WASTE MANAGEMENT OF ORANGE COUNTY, PO BOX 78251, PHOENIX, AZ 85062-8251 | |
| 10925 | WASTE MANAGEMENT OF PALM BEACH, PO BOX 9001519, LOUISVILLE, KY 40290-1519 | |
| 10925 | WASTE MANAGEMENT OF PHOENIX, PO BOX 25260, SANTA ANA, CA 92799-5260 | |
| 10925 | WASTE MANAGEMENT OF PHOENIX, PO BOX 66963, CHICAGO, IL 60666-0963 | |
| 10925 | WASTE MANAGEMENT OF PHOENIX, PO BOX 78845, PHOENIX, AZ 85062-8845 | |
| 10925 | WASTE MANAGEMENT OF PITTSBURGH, PO BOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WASTE MANAGEMENT OF RICHMOND, PO BOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WASTE MANAGEMENT OF S CAROLINA, PO BOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WASTE MANAGEMENT OF S.CAROLINE, PO BOX 66963, CHICAGO, IL 60666-0963 | |
| 10925 | WASTE MANAGEMENT OF TAMPA, PO BOX 105468, ATLANTA, GA 30348-5468 | |
| 10925 | WASTE MANAGEMENT OF UTAH INC., PO BOX 25260, SANTA ANA, CA 92799-5260 | |
| 10925 | WASTE MANAGEMENT OF UTAH, PO BOX 78845, PHOENIX, AZ 85062-8845 | |
| 10925 | WASTE MANAGEMENT OF UTAH,INC, PO BOX 78251, PHOENIX, AZ 85062-8251 | |
| 10925 | WASTE MANAGEMENT OF WILMINGTON, PO BOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WASTE MANAGEMENT OF WILMINGTON, PO BOX 66963, CHICAGO, IL 60666-0963 | |
| 10925 | WASTE MANAGEMENT PASADENA, PO BOX 78251, PHOENIX, AZ 85062-8251 | |
| 10925 | WASTE MANAGEMENT, 16122 CONSTRUCTION CIRCLE EAST, IRVINE, CA 92606 | |
| 10925 | WASTE MANAGEMENT, 300 HARVEY DR, WILMINGTON, DE 19804 | |
| 10925 | WASTE MANAGEMENT, 3831 NW 21ST AVE, POMPANO BEACH, FL 33073 | |
| 10925 | WASTE MANAGEMENT, 390 INNOVATION WAY, WELLFORD, SC 29385-8900 | |
| 10925 | WASTE MANAGEMENT, PO BOX 105447, ATLANTA, GA 30348-5447 | |
| 10925 | WASTE MANAGEMENT, PO BOX 641904, PITTSBURGH, PA 15264-1904 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WASTE MANAGEMENT, PO BOX 650303, DALLAS, TX 75265-0303

10925   WASTE MANAGEMENT, PO BOX 73356, CHICAGO, IL 60673-7356

10925   WASTE MANAGEMENT, PO BOX 73709, CHICAGO, IL 60673-7709

10925   WASTE MANAGEMENT, PO BOX 79143, PHOENIX, AZ 85062-9143

10925   WASTE MANAGEMENT, PO BOX 830003, BALTIMORE, MD 21283-0003

10925   WASTE MANAGEMENT, PO BOX 840606, DALLAS, TX 75284-0606

10925   WASTE MANAGEMENT, PO BOX 9001054, LOUISVILLE, KY 40290-1054

10925   WASTE MANAGEMENT, PO BOX 9001170, LOUISVILLE, KY 40290-1170

10925   WASTE MANAGEMENT, POBOX 50001, TRENTON, NJ 08638

10925   WASTE MANAGEMENT, POBOX 9001184, LOUISVILLE, KY 40290-1184

10925   WASTE MANAGEMENT-BLAINE, PO BOX 2105, BEDFORD PARK, IL 60499-2105

10925   WASTE MANAGEMENT-MCKITTRICK SITE, PO BOX 471, KETTLEMAN CITY, CA 93239

10925   WASTE MANAGEMENT-METRO, POBOX 2105, BEDFORD PARK, IL 60499-2105

10925   WASTE MGMT - NH TURNKEY LANDFILL, PO BOX 105447, ATLANTA, GA 30348-5447

10925   WASTE MGMT DISPOSAL, US ROUTE 2, NORRIDGEWOCK, ME 04957

10925   WASTE MGMT INC/EAST OAK LANDFILL, 3201 MOSLEY ROAD, OKLAHOMA CITY, OK 73111

10925   WASTE MGMT OAKRIDGE LANDFILL, 2183 HWY 78, DORCHESTER, SC 29437

10925   WASTE MGMT OF CENTRAL MASSACHUSETTS, PO BOX 828287, PHILADELPHIA, PA 19182-8287

10925   WASTE MGMT OF COLORADO, PO BOX 66963, CHICAGO, IL 60666-0963

10925   WASTE MGMT OF IL INC, PETER J KELLY, 3003 BUTTERFIELD ROAD, OAK BROOK, IL 60521

10925   WASTE MGMT OF KY INC, 2673 OUTER LOOP ROAD, LOUISVILLE, KY 40219

10925   WASTE MGMT OF MD - BALTIMORE, PO BOX 105447, ATLANTA, GA 30348-5447

10925   WASTE MGMT OF MD - BALTIMORE, PO BOX 66963, CHICAGO, IL 60666-0963

10925   WASTE MGMT OF N VIRGINIA CM FC, PO BOX 66963, CHICAGO, IL 60666-0963

10925   WASTE MGMT OF NEW HAMPSHIRE INC, STEPHEN T JOYCE AREA DIR - CLO, 4 LIBERTY LANE WEST, HAMPTON, NH 03842

10925   WASTE MGMT OF NH/TURNKEY LANDFILL D, 90 ROCHESTER NECK RD, ROCHESTER, NH 03839-4802

10925   WASTE MGMT OF NORTHERN VIRGINIA -, PO BOX 66963, CHICAGO, IL 60666-0963

10925   WASTE MGMT OF PEORIA TAZEWELL RDF, 3500 EAST WASHINGTON ST, EAST PEORIA, IL 61611

10925   WASTE MGMT OF PITTSBURGH, PO BOX 66963, CHICAGO, IL 60666-0963

10925   WASTE MGMT OF RALEIGH-DURHAM, PO BOX 105447, ATLANTA, GA 30348-5447

10925   WASTE MGMT OF SOUTH CAROLINA, PO BOX 9001054, LOUISVILLE, KY 40290-1054

10925   WASTE MGMT OF WI INC, JACK DOWDEN, W124N9355 BOUNDARY ROAD, MENOMONEE FALLS, WI 53051

10925   WASTE MGMT, NEAL GERBER & EISENBERG LISA S ZEB, TWO NORTH LASALLE ST, SUITE 2300, CHICAGO, IL 60602

10925   WASTE MGMT. OF KANSAS CITY, PO BOX 2105, BEDFORD PARK, IL 60499-2105

10925   WASTE MGMT/GREATER WASHINGTON, 4900 BEECH PLACE, TEMPLE HILLS, MD 20748

10925   WASTE MGMT/GREATER WASHINGTON, PO BOX 66963, CHICAGO, IL 60666-0963

10925   WASTE NEWS, SUBSCRIPTION DEPT., DETROIT, MI 48277-0940

10924   WASTE REDUCTION SYSTEMS, 100 BROADHOLLOW ROAD, FARMINGDALE, NY 11735

10925   WASTE RESEARCH & RECOVERY, INC, 6075 THE CORNERS PKWY, STE 207, NORCROSS, GA 30092

10925   WASTE SERVICES,INC, PO BOX 16471, N.LITTLE ROCK, AR 72231

10924   WASTEWATER TREATMENT OF LA, 1629 S. PARK AVE., GONZALES, LA 70737

10924   WASTEWATER TREATMENT OF LOUISIANA, 37454 CORNERVIEW ROAD, GEISMAR, LA 70734

10925   WASZKIEWICZ, STANLEY, 201 GARNET DRIVE, BURLINGTON, NJ 08016

10924   WATAUGA READY MIX, 126 BEAVER CREEK RD., WEST JEFFERSON, NC 28694

10924   WATAUGA READY MIX, 23 BIRCH LANE, SPARTA, NC 28675

10924   WATAUGA READY MIX, 315 PRISON CAMP RD., MOUNTAIN CITY, TN 37683

10924   WATAUGA READY MIX, 3292 HWY 105 SOUTH, BOONE, NC 28607

10924   WATAUGA READY MIX, 3612 BLOWING ROCK RD, BLOWING ROCK, NC 28605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 WATAUGA READY MIX, 525 GEORGE WILSON RD, BOONE, NC 28607

10924 WATAUGA READY MIX, 525 GEORGE WILSON ROAD, BOONE, NC 28607

10924 WATCH TOWER, 100 WATCH TOWER DRIVE, PATTERSON, NY 12563

10925 WATCHAROPAS, PRAMUAL, 220-12 92ND AVE, QUEENS VILLAGE, NY 11428

10925 WATCHKO, GEORGE, 24 KEENE ST, STONEHAM, MA 02180

10924 WATCHTOWER BIBLE & TRACT, 25 COLUMBIA HEIGHTS, BROOKLYN, NY 11201-2483

10924 WATCHTOWER BIBLE & TRACT, 32 PLUM STREET, TRENTON, NJ 08638

10924 WATCHTOWER FARMS, RECEIVING B, WALLKILL, NY 12589-3223

10924 WATCHTOWER, CAMBRIDGE, MA 02140

10924 WATCHUNG SQUARE, 1575 ROUTE 22 WEST, WATCHUNG, NJ 07060

10925 WATER - TECH MANAGEMENT INC, POBOX 846, NEW LENOX, IL 60451

10925 WATER BLASTING INC, 3630 NORTH 126TH ST, BROOKFIELD, WI 53005

10925 WATER CARE SERVICES/ECOLAB, PO BOX 70343, CHICAGO, IL 60673-0343

10924 WATER COLORS ALL IN ONE, 5035 EAST HEATHER LANE, POST FALLS, ID 83854

10925 WATER CONTROL ROOFING CO., PO BOX 127, GALLATIN, TN 37066

10924 WATER DISTRICT, COMPLETE DECON INC, LAS VEGAS, NV 89109

10925 WATER ENVIRONMENT ASSOCIATION, POBOX 50627, COLUMBIA, SC 29250

10925 WATER ENVIRONMENT FEDERATION, 601 WYTHE ST., ALEXANDRIA, VA 22314-1994

10925 WATER ENVIRONMENT FEDERATION, MEMBERSHIP RENEWALS, PO BOX 18044, MERRIFIELD, VA 22118-0045

10925 WATER FLOW SYSTEMS, INC, 870 LOG SHOALS RD., GREENVILLE, SC 29607

10924 WATER INK TECHNOLOGIES, 125 TECHNOLGY DRIVE, IRON STATION, NC 28080

10924 WATER INK TECHNOLOGIES, PO BOX 10, LINCOLNTON, NC 28093-0010

10924 WATER PURIFICATION PLANT, ASC INSULATION, CHICAGO, IL 60616

10925 WATER SERVICES COMPANY, 848 OLIVE ST, ELGIN, IL 60120-8027

10924 WATER SIDE FOUR, 11145 THOMPSON AVENUE, LENEXA, KS 66219

10925 WATER SPECIALTIES CO INC, 8 INDUSTRIAL PARK DRIVE UNIT 13, HOOKSETT, NH 03106

10925 WATER SUPPLY DISTRICT OF ACTON, JOSEPH H LAUGON ALVIN R PIPER SR WI, 693 MASSACHUSETTS AVE, ACTON, MA 01720

10925 WATER TOWER BUILDING, 5331 S.W. MACADAM AVE. #200, PORTLAND, OR 97201

10925 WATER, LOO SERVICE, BLUE, NY, NY 10044

10925 WATERBURY COMPANIES, INC, PO BOX 77000, DETROIT, MI 48277-1088

10924 WATERBURY COMPANIES, PO BOX 1812, WATERBURY, CT 06722

10924 WATERBURY COMPANIES, SOUTH PLEASANT ST.-EXT., RANDOLPH, VT 05060

10924 WATERBURY COURTHOUSE, CORNER OF STATE AND GRAND STREET, WATERBURY, CT 06701

10924 WATERBURY HOSPITAL, 1410 AVENUE OF INDUSTRIES, WATERBURY, CT 06705

10925 WATERBURY II, CHARLES, 11171 ASHLEY PLACE, FISHERS, IN 46038

10924 WATERFORD OF GREENWICH, SOUND SHORE DRIVE, GREENWICH, CT 06830

10924 WATERFORD PRECAST & SALES, 511 BAGDAD RD., WATERFORD, PA 16441

10924 WATERFORD PRECAST & SALES, 8260 JOHNSON RD., ERIE, PA 16509

10924 WATERFORD PRECAST & SALES, ERIE, PA 16509

10925 WATERFORD WEDGEWOOD, MARY THOMAS,

10925 WATERFRONT HILTON, THE, 21100 PACIFIC COAST HWY, HUNTINGTON BEACH, CA 92648

10924 WATERFRONT SAND & STONE, 126-30 37TH AVE, CORONA, NY 11368

10925 WATERHOUSE, REBECCA, 328 CAHUENGA DR, OXNARD, CA 93035

10924 WATERLAC COATING INDUSTRIES, 100 INDUSTRIAL DRIVE, CUBA, MO 65453

10924 WATERLAC COATING INDUSTRIES, PO BOX 8, CUBA, MO 65453

10925 WATERLINK HYCOR, 1014 SOLUTION CENTER, CHICAGO, IL 60677-1000

10925 WATERLINK SEPARATIONS, INC, 1014 SOLUTION CENTER, CHICAGO, IL 60677-1000

10924 WATERLOO CENTRAL SCHOOL, 1240 RESEARCH FOREST, MACEDON, NY 14502

10924 WATERLOO ELEMENTRY SCHOOL, 10709 HIGHWAY 221, LAURENS, SC 29360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WATERLOO INDUSTRIES, 10 EAST 4TH STREET, WATERLOO, IA 50703 | |
| 10925 | WATERLOO, BENEFIT, COURT, NY, NY 10089 | |
| 10925 | WATERLOO, GLADYS, 6337 W 64TH PLACE, CHICAGO, IL 60638 | |
| 10925 | WATERLOO, JEFFREY, 6337 W 64TH PLACE, CHICAGO, IL 60638 | |
| 10924 | WATERLOX CHEMICAL & COATINGS, 9808 MEECH AVENUE, CLEVELAND, OH 44105 | |
| 10925 | WATERMAN, E, 9 KINGS MILL CIR APT 214, MADISON, WI 53718 | |
| 10925 | WATERMARK TECHNOLOGIES, 762 ROUTE 15 SOUTH, JEFFERSON SQ, LAKE HOPATCONG, NJ 07849 | |
| 10925 | WATERMASTER METERING SYS, PO BOX 561012, MIAMI, FL 33256 | |
| 10925 | WATERMOLEN, PAUL, 308 ALLOUEZ AVE, GREEN BAY, WI 54301 | |
| 10925 | WATERMOLEN, STEVEN, 1325 HOCKERS ST, DE PERE, WI 54115 | |
| 10925 | WATERPROOFING COMPANY, THE, 100 MAGAZINE ST, BOSTON, MA 02119 | |
| 10925 | WATERPROOFING CONTRACTORS, POBOX 10387, RALEIGH, NC 27605 | |
| 10924 | WATERPROOFING EXPERTS INC, 7337 LAKE DR., LINO LAKES, MN 55014 | |
| 10925 | WATERPROOFING EXPERTS, 7736 DEERING AVE., CANOGA PARK, CA 91304 | |
| 10924 | WATERPROOFING SPECIALIST, 3142 LENOX AVENUE, JACKSONVILLE, FL 32254 | |
| 10924 | WATERPROOFING SPECIALIST, 3142 LENOX AVENUE, JACKSONVILLE, FL 32254-4288 | |
| 10924 | WATERPROOFING STYSTEMS, 1221 HWY. 22 UNIT 2, LEBANON, NJ 08833 | |
| 10924 | WATERPROOFING SYSTEMS, 1221 HWY 22 #2, LEBANON, NJ 08833 | |
| 10925 | WATERRA USA INC, 500 EUCLID AVE, BOULDER, CO 80302 | |
| 10925 | WATERRA USA INC, 7282 AUGUSTA DR, BOULDER, CO 80301 | |
| 10925 | WATERS CORP., 34 MAPLE ST., MILFORD, MA 01757 | |
| 10925 | WATERS CORP., PO BOX 101066, ATLANTA, GA 30392-1066 | |
| 10925 | WATERS CORPORATION, 135 S LASALLE, DEPT 4559, CHICAGO, IL 60674-4569 | |
| 10924 | WATERS CORPORATION, 177 ROBERT TREAT PAINE DRIVE, TAUNTON, MA 02780 | |
| 10925 | WATERS CORPORATION, 34 MAPLE ST, MILFORD, MA 01757 | |
| 10925 | WATERS CORPORATION, PO BOX 101066, ATLANTA, GA 30392-1066 | |
| 10925 | WATERS INC., 4475 SOUTH BLVD, CHARLOTTE, NC 28209 | |
| 10925 | WATERS JR, BASIL W, 18103 MUNCASTER RD, DERWOOD, MD 20855-1332 | |
| 10925 | WATERS KRAUS, 3219 MCKINNEY AVE, SUITE 3000, DALLAS, TX 75204 | |
| 10925 | WATERS LAW FIRM, 400 SOUTH ZANG BLVD, SUITE 500, DALLAS, TX 75208 | |
| 10925 | WATERS TIRE & RECAPPING INC, NORTH MAIN EXT., WOODRUFF, SC 29388 | |
| 10925 | WATERS, A, 4346 SHEPHERD RD, MULBERY, FL 33860 | |
| 10925 | WATERS, ALLISON, 2515 SOUTH LINCOLN AVE, LAKELAND, FL 33803 | |
| 10925 | WATERS, ARNEYB, 2621 CYLBURN AVE, BALTIMORE, MD 21215-5317 | |
| 10925 | WATERS, B, 806 TRIPP ST, WILLIAMSTON, SC 29697 | |
| 10925 | WATERS, BENJAMIN, R R 1 BOX 11, MARNE, IA 51552 | |
| 10925 | WATERS, BOBBY, 390 FAIRVIEW ST, WOODRUFF, SC 29388 | |
| 10925 | WATERS, DAVID, POBOX 2393, GREENVILLE, NC 27836 | |
| 10925 | WATERS, EDDY, 1604 BRECKENRIDGE, DEL CITY, OK 73115 | |
| 10925 | WATERS, FRANCIS, 2 FOX RUN APT #3, MARSHFIELD, MA 02050 | |
| 10925 | WATERS, FREDDIE, 333 MCMURRAY, FT SAM HOUSTON, TX 78234 | |
| 10925 | WATERS, JAN, 4954 S 55TH #203, GREENFIELD, WI 53220 | |
| 10925 | WATERS, JEAN, RR1 BOX 2570, FREEDOM, NH 03836-9734 | |
| 10925 | WATERS, JOHN, 9 BARLEY MILL DR, GREER, SC 29651 | |
| 10925 | WATERS, JOSEPH, 2502 BLARNERY DRIVE, TALLAHASSEE, FL 32308 | |
| 10925 | WATERS, JR, JAMES, 2723 NOREEN ROAD, BALTIMORE, MD 21227 | |
| 10925 | WATERS, KIMBERLY, 64 WHISPERING PINE, WARNER ROBINS, GA 31093 | |
| 10925 | WATERS, LORA, PO BOX 1155, DUNCAN, SC 29334-1155 | |
| 10925 | WATERS, MARY L., 14449 PENFORD CT., SAN DIEGO, CA 92129 | |
| 10925 | WATERS, MATTHEW, 1970 NEW RODGERS RD #N10, LEVITTOWN, PA 19056 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WATERS, MELISSA, 6 JUNIPER ST, BILLERICA, MA 01862

10925 WATERS, MICHAEL, 3995 WESTVIEW ST., DOUGLASVILLE, GA 30135

10925 WATERS, MICHELE, 2550 N. 18TH ST, PHILADELPHIA, PA 19132

10925 WATERS, NORMAN, 906 AVE S SE, WINTER HAVEN, FL 33880-4617

10925 WATERS, RAYMOND, 2430 CHRISTY LANE, LAKELAND, FL 33801

10925 WATERS, REETTA, 4 WOLCOTT PARK, MEDFORD, MA 02155-3720

10925 WATERS, STEFAN, 28 CLAINFORD CT, ARBUTUS, MD 21227

10925 WATERS, THOMAS, 106 CONTENTO, VICTORIA, TX 77901

10925 WATERS, TIMOTHY, 215 CRAWFORD CIR, SPARTANBURG, SC 29304

10925 WATERS, TRINA, 1003 W SUMMER ST, APPLETON, WI 54914

10925 WATERS, VIVIAN, 1235 E. CROCKETT, SAN ANTONIO, TX 78202

10925 WATER-TITE ROOFING, 94 LINDBERGH PKWY, WALDWICK, NJ 07463

10924 WATERTOWN CONCRETE INC., 24471 NY STATE RT 12, WATERTOWN, NY 13601

10924 WATERTOWN CONCRETE INC., RTE 12, GIFFORD ST. RD., WATERTOWN, NY 13601

10924 WATERTOWN CONCRETE, 24471 NY STATE RT 12, WATERTOWN, NY 13601

10924 WATERTOWN CONCRETE/PLT 1, 1201 23RD STREET SE, WATERTOWN, SD 57201

10924 WATERTOWN CONCRETE-PLT 2, 1301 23RD STREET SE, WATERTOWN, SD 57201

10924 WATERTOWN ENGINEERING CORP., 1200 AUBURN STREET, WHITMAN, MA 02382

10924 WATERTOWN ENGINEERING CORP., P. O. BOX 308, WHITMAN, MA 02382

10924 WATERTOWN ENGINEERING, 1200 AUBURN STREET, WHITMAN, MA 02382

10924 WATERTOWN ENGINEERING, P.O.BOX 308, WHITMAN, MA 02382

10925 WATERTOWN PLUMBING & HEATING SUPPLY, 33 GROVE ST, WATERTOWN, MA 02172

10925 WATERTOWN PLUMBING & HEATING SUPPLY, 33 GROVE ST, WATERTOWN, MA 02472

10924 WATERVILLE FIRE STATION, 2221 TEDROW RD., TOLEDO, OH 43614

10925 WATERVLIET ARSENAL, ATTN: MAJOR GREGG WOODS, BROADWAY BLDG 40, WATERVLIET, NY 12189

10925 WATERWORKS #9, WARD 4, PO BOX 10, SULPHUR, LA 70664-0010

10924 WATERWORLD, C/O SAN FRANCISCO GRAVEL, 2060 NEWCOMB, SAN FRANCISCO, CA 94124

10925 WATFORD, BRIAN, 3207 BUFORD HWY. #C, ATLANTA, GA 30329

10925 WATHEN, JOHN, 2242 WOODLAND DR., OWENSBORO, KY 42301

10925 WATJEN, TRACY, 36 THORTON ROAD, MANSFIELD, MA 02048

10925 WATJUS ELECTRIC INC, 231 AYER ROAD UNIT 8, HARVARD, MA 01451

10925 WATJUS ELECTRIC INC., 231 AYER RD. UNIT 8, HARVARD, MA 01451

10925 WATJUS ELECTRIC INC., 231-8 AYER ROAD, HARVARD, MA 01451

10925 WATKIN, DIANA, 393A HYSTRIX PLAZA, MONROE TWP, NJ 08831

10925 WATKINS & EAGER PLLC, 400 E. CAPITAL ST, JACKSON, MS 39205

10924 WATKINS CONCRETE PRODS, 14306 GILES RD, OMAHA, NE 68138

10924 WATKINS CONCRETE PRODS, PO BOX19355, OMAHA, NE 68119-0355

10924 WATKINS CONCRETE PRODS., PO BOX19355, OMAHA, NE 68119

10924 WATKINS FRONT RANGE, WATKINS FRONT RANGE AIRPORT, WATKINS, CO 80137

10925 WATKINS III, CLARENCE, RFD 2, BOX 1, CHESTER, NH 03036

10925 WATKINS III, ERNEST, 3620 SPRING GARDEN, PHILADELPHIA, PA 19104

10925 WATKINS III, JAMES, 1314 LONG ST N 107, HIGH POINT, NC 27262-2568

10925 WATKINS III, JAMES, 1601 YORK AVE, HIGH POINT, NC 27265

10925 WATKINS JR, CLARENCE, R.F.D. 2, BOX 193A, CHESTER, NH 03036

10925 WATKINS MOTOR LINES INC, PO BOX 95001, LAKELAND, FL 33804-5001

10925 WATKINS MOTOR LINES INC, POBOX 95001, LAKELAND, FL 33804-5001

10925 WATKINS MOTOR LINES, INC, PO BOX 95001, LAKELAND, FL 33804-5001

10925 WATKINS MOTOR LINES, PO BOX 95001, LAKELAND, FL 33804

10925 WATKINS MOTOR LINES, PO BOX 95001, LAKELAND, FL 33804-5001

10924 WATKINS PLASTER CO INCORP, 1804 ELM STREET, LAKE CHARLES, LA 70606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | WATKINS PLASTERING CO. INC., CAMBRIDGE, MA 02140 | |
| 10924 | WATKINS PLASTERING, 1804 ELM STREET, LAKE CHARLES, LA 70601 | |
| 10924 | WATKINS PLASTERING, 1804 ELMS STREET, LAKE CHARLES, LA 70601 | |
| 10925 | WATKINS, ALBERTA, 3618 WEST WACO DR., WACO, TX 76710 | |
| 10925 | WATKINS, ALFRED, 25 MORGAN ST, 110, NASHUA, NH 03060 | |
| 10925 | WATKINS, ANDRA, 415 W CREEK CIR. DR, MOBILE, AL 36617 | |
| 10925 | WATKINS, ANNA, PO BOX 1196, UVALDE TX, TX 78802 | |
| 10925 | WATKINS, AUGUSTAE, 114 CHASE RD, HUNTSVILLE, AL 35811 | |
| 10925 | WATKINS, BESSIE, 406 W 950 N, LK VILLAGE, IN 46349-9619 | |
| 10925 | WATKINS, BRIAN, 1904 CHESTNUT GROVE DR., PLAINFIELD, IL 60544 | |
| 10925 | WATKINS, BRIAN, 1904 CHESTNUT GROVE, PLAINFIELD, IL 60544 | |
| 10925 | WATKINS, CAROLYN, 2545 PRESTWICK, EL PASO, TX 79925 | |
| 10925 | WATKINS, CHERYL, 21231 NE 25TH CT, N MIAMI BEACH, FL 33180 | |
| 10925 | WATKINS, CHRISTOPHER, 637 DORROUGH ST, LEEDS, AL 35094 | |
| 10925 | WATKINS, CRAIG, 1718 SPRINGER ST NW, 158, ATLANTA, GA 30318 | |
| 10925 | WATKINS, DANELLA, 6215 S. BENTON BLVD, KANSAS CITY, MO 64108 | |
| 10925 | WATKINS, DEBORAH, 2621 45TH AVE., VERO BEACH, FL 32967 | |
| 10925 | WATKINS, DEBRA, PO BOX 2897, DREXEL, NC 27619 | |
| 10925 | WATKINS, DORIS, 2725 265TH ST, LENOX, IA 50851 | |
| 10925 | WATKINS, EDWARD, 2042 W HOLLINS ST, BALTIMORE, MD 21223 | |
| 10925 | WATKINS, HARRY, 2909 RIDGECREST DR, ROCKY MOUNT, NC 27803 | |
| 10925 | WATKINS, HARRY, 40 FISK ST, JERSEY CITY, NJ 07305 | |
| 10925 | WATKINS, HEATHER, 12307 E. 48TH ST, INDEPENDENCE, MO 64055 | |
| 10925 | WATKINS, JEFFERY, RTE 1, BOX 8, DECATUR, AL 35601 | |
| 10925 | WATKINS, JULIET, 5010 WINDSOR MILL RD, BALTIMORE, MD 21207 | |
| 10925 | WATKINS, KEVIN, 19 HUDSON AVE, HAVERSTRAW, NY 10927 | |
| 10925 | WATKINS, KEVIN, PO BOX 335, WILBURTON, OK 74578 | |
| 10925 | WATKINS, LORI, 4330 N. 24TH PLACE, #A, MILWAUKEE, WI 53209 | |
| 10925 | WATKINS, LOUIE, 60 KWEDAR AVE, STOUGHTON, MA 02072 | |
| 10925 | WATKINS, MANDY, 110 BAMBI, COTTAGE HILLS, IL 62018 | |
| 10925 | WATKINS, MARY, 1904 ROBERTS CUTOFF #19, FORT WORTH, TX 76114 | |
| 10925 | WATKINS, MICHAEL, 1043 UNIVERSITY, SAN DIEGO, CA 92103 | |
| 10925 | WATKINS, MICHAEL, 3276 E KEYSVILLE RD, LITHIA, FL 33547 | |
| 10925 | WATKINS, PATRICIA, 7825 BROWN BRIDGE RD, HIGHLAND, MD 20777 | |
| 10925 | WATKINS, PAULA, 637 DORROUGH ST, LEEDS, AL 35094 | |
| 10925 | WATKINS, PAULETTE, RT 3 BOX 268, COMMERCE, GA 30529 | |
| 10925 | WATKINS, QUINTON, 1102 28TH ST,S.E., CLEVELAND, TN 37323 | |
| 10925 | WATKINS, RALPH, 1504 S OCOEE ST, CLEVELAND, TN 37311-6801 | |
| 10925 | WATKINS, REGINALD, 7200 4TH AVE N BIRMINGHAM AL, BIRMINGHAM, AL 35206 | |
| 10925 | WATKINS, ROBERT, 114 N E SHERMAN DR, ANKENY, IA 50021 | |
| 10925 | WATKINS, ROGER, 2487 SHEA DRIVE, MACON, GA 31206 | |
| 10925 | WATKINS, STEVE, RT 7 BOX 1660, LAUREL, MS 39440 | |
| 10925 | WATKINS, STEVEN, RT 7, BOX 1660, LAUREL, MS 39440 | |
| 10925 | WATKINS, VICKY, 202 CARTER ST, WRENS, GA 30833 | |
| 10925 | WATLOW ELECTRIC MFG. CO., PO BOX 502156, SAINT LOUIS, MO 63150-2156 | |
| 10925 | WATLOW INDUSTRIES INC, EUGENE P SCHULTES III GREENSFELDER, 2000 EQUITABLE BLDG, 10 S BROADWAY, ST LOUIS, MO 63102-1774 | |
| 10925 | WATREAS, SANDRA, 613 MANES, IOWA PARK, TX 76367 | |
| 10925 | WATRUBA, SUE, PO BOX 5661, DE PERE, WI 54115 | |
| 10925 | WATSEKA FAMILY PRACTICE, 125 SOUTH 4TH ST, WATSEKA, IL 60970 | |
| 10925 | WATSON CLINIC, POBOX 95004, LAKELAND, FL 33804 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WATSON COMPANY REALTORS, 1600 SOUTH BROADWAY, SULPHUR SPRINGS, TX 75482 | |
| 10925 | WATSON COMPANY, PO BOX 345, SULPHUR SPRINGS, TX 75483 | |
| 10925 | WATSON COMPANY, THE, POBOX 345, SULPHUR SPRINGS, TX 75482 | |
| 10924 | WATSON CONCRETE PIPE COMPANY, 2532 MORGANTON BVD. SW, LENOIR, NC 28645 | |
| 10925 | WATSON CREATIVE GROUP, 769 PLAIN ST, MARSHFIELD, MA 02050 | |
| 10925 | WATSON CREATIVE GROUP, 769 PLAIN ST. UNIT L, MARSHFIELD, MA 02050 | |
| 10925 | WATSON GENERAL CONTRACTING, 60 VALLEY ROAD, SOUTHAMPTON, MA 01073 | |
| 10925 | WATSON JOHNSON LANDFILL, 680 E PUMPING STATION RD, QUAKERTOWN, PA 18951-2424 | |
| 10925 | WATSON JR, RAYMOND, 4929 NORTH 38TH ST, MILWAUKEE, WI 53209 | |
| 10924 | WATSON LABORATORIES, INC., 311 BONNIE CIRCLE, CORONA, CA 91720 | |
| 10924 | WATSON LABORATORIES, INC., 341 BONNIE CIRCLE, CORONA, CA 91720 | |
| 10925 | WATSON LAND CO., GEN COUNSEL, 22010 WILMINGTON AVE., SUITE 400, CARSON, CA 90745 | |
| 10925 | WATSON LAND COMPANY, 22010 S. WILMINGTON AVE #400, CARSON, CA 90745 | |
| 10924 | WATSON PRODUCE, 520 N. BEACH ST., DAYTONA BEACH, FL 32114 | |
| 10925 | WATSON SR JT TEN, ANNIE LEE & JAMES A, 5740 LOOP ROAD, LAKELAND, FL 33811-2305 | |
| 10924 | WATSON STANDARD COMPANY, 616 HITE ROAD, HARWICK, PA 15049 | |
| 10924 | WATSON STANDARD COMPANY, PO BOX 11250, PITTSBURGH, PA 15238 | |
| 10925 | WATSON TRUCKING, 7777 BRUNS ROAD, BYRON, CA 94514-1605 | |
| 10925 | WATSON WYATT & CO, POBOX 277665, ATLANTA, GA 30384-7665 | |
| 10925 | WATSON, ALLISON, 16799 PRAIRIE CIRCLE, EL RENO, OK 73036 | |
| 10925 | WATSON, AMY, 3621 E. LIMESTONE LN, INVERNESS, FL 34452 | |
| 10925 | WATSON, ANN, 411 BRICK BLVD APT 20A, BRICKTOWN, NJ 08723-6044 | |
| 10925 | WATSON, ANNIE, 5740 LOOP ROAD, LAKELAND, FL 33803-8812 | |
| 10925 | WATSON, ARLENE, 244 EAST 78TH ST, NEW YORK, NY 10021 | |
| 10925 | WATSON, ARTHUR, 5997 STERLING CT, TIPP CITY, OH 45371-2233 | |
| 10925 | WATSON, BRENT, 128 SUNRISE DR, MAULDIN, SC 29662 | |
| 10925 | WATSON, CALEB, 651 NW 34TH TERRACE, FORT LAUDERDALE, FL 33311 | |
| 10925 | WATSON, CALEB, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010 | |
| 10925 | WATSON, CAROL, 6801 LITTLE COVE RD, BOAZ, AL 35957 | |
| 10925 | WATSON, CHARLES, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | WATSON, CHARLES, 508 E COLLAMER DR, CARSON, CA 90746 | |
| 10925 | WATSON, CHARLIE, 9204 LEIGH CHOICE, OWINGS MILLS, MD 21117 | |
| 10925 | WATSON, CHERYL, 1612 NW 16TH, AMARILLO, TX 79107 | |
| 10925 | WATSON, CHERYL, 326 BLUFFCREST, SAN ANTONIO, TX 78216 | |
| 10925 | WATSON, CHRISTINA, 810 COLLINS AVE, N COLLINGSWOOD, NJ 08107 | |
| 10925 | WATSON, DALLAS, 175 KEONEKAI RD., KIHEI, HI 96753 | |
| 10925 | WATSON, DAVID, 3801 SCHOOL HOUSE LANE, CHARLOTTE, NC 28226 | |
| 10925 | WATSON, DAVID, 4709 JAMES, WICHITA FALLS, TX 76308 | |
| 10925 | WATSON, DEBORAH, 8142 W., PHOENIX, AZ 85033 | |
| 10925 | WATSON, DENNIS, 66400 GREEN VALLEY, CULVER CITY, CA 90230 | |
| 10922 | WATSON, DONALD, 209 LAUREL AV, FREDERICKSBURG, VA 22408 | |
| 10925 | WATSON, DOROTHY, 105 CHERRY LANE, FOUNTAIN INN, SC 29644 | |
| 10925 | WATSON, DWAYNE, 1307 JOHNSTON ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | WATSON, ELEANOR, 1904 S JESSUP ST, PHILADELPHIA, PA 19148 | |
| 10925 | WATSON, ESTHER, 2484 NORTH BRIDLE CIRCLE, ROUND LAKE BEACH, IL 60073 | |
| 10925 | WATSON, FAY, 3 LAKE COURT, OCALA, FL 34472 | |
| 10925 | WATSON, GAIL, 516 HENDERSON CIRCLE, GREER, SC 29650 | |
| 10925 | WATSON, GARY, 3109 TADMORE COURT, DACULA, GA 30211 | |
| 10925 | WATSON, GENE, RT 1, BOX 71, ENOREE, SC 29335 | |
| 10925 | WATSON, GRACE, 148 CHAUNCY ST, MANSFIELD, MA 02048 | |
| 10925 | WATSON, GREGORY, 5189 BEACON DRIVE BIRMINGHAM AL, BIRMINGHAM, AL 35210 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WATSON, GREGORY, 5189 BEACON DRIVE, BIRMINGHAM, AL 35210

10925   WATSON, HAROLD, 161 3RD STR E, WAHNETA, FL 33880

10925   WATSON, JAMES, 127 SUNRISE DR, MAULDIN, SC 29662

10925   WATSON, JAMES, 50 OPEN GATE COURT, PERRY HALL, MD 21236

10925   WATSON, JAMES, 5740 LOOP ROAD, LAKELAND, FL 33803-8812

10925   WATSON, JANICE CAROL, PO BOX 6456, BELLEVUE, WA 98008-0456

10925   WATSON, JARVIS, 10027 WICKERSHAM, HOUSTON, TX 77042

10925   WATSON, JESSIE, PO BOX 5091, AUGUSTA, GA 30906

10925   WATSON, JOHN, 208 EAST 6TH ST, WELDON, NC 27890

10925   WATSON, JOHN, 2361 IOLA ST, AURORA, CO 80010

10925   WATSON, JOHN, BOX 926, WESTMORELAND, CA 92281

10925   WATSON, JOLIE, 308 EASHMOOR BLVD., COLUMBUS, OH 43209

10925   WATSON, KAREN, 3 SOUTH ROSE LANE, BERLIN, NJ 08009

10925   WATSON, KEITH, 10101 ZUNI PASSAGE, RIVERSIDE, CA 92503

10925   WATSON, KENNETH, 103 E KITTYHAWK, MIDWEST CITY, OK 73110

10925   WATSON, LARRY, 514 SOUTH WIGGINS ROAD, PLANT CITY, FL 33566-9018

10925   WATSON, LAURA, PO BOX 207, THAYER, IN 46381

10925   WATSON, LORA, 408 N 41ST. TER. CT., BLUE SPRINGS, MO 64015

10925   WATSON, MARGIE, PO BOX 475, SIMPSONVILLE, SC 29681

10925   WATSON, MARK, 1908 S. 5TH ST, PHILA, PA 19148

10925   WATSON, MARY, PO BOX 1071, PINE LAKE, GA 30072

10925   WATSON, MELISSA, 117 MITCHELL DR, HAMMOND, LA 70401

10925   WATSON, MEREDITH, 54 COBBLESTONE RD, GREENVILLE, SC 29615

10925   WATSON, MILDRED, ROUTE 1 BOX 204, FORREST CITY, AR 72335

10925   WATSON, NANCY JANE, 1500 HIGHLAND DR, NEWPORT BEACH, CA 92660-4811

10925   WATSON, OBIE, 4739 SPRINGER, DALLAS, TX 75216

10925   WATSON, PAUL, 1301 MAPLE ST, 10, ATLANTIC, IA 50022

10925   WATSON, RICHARD IAN, BICSS KEYS, AIKHEAD, WIGTON CUMBRIA, CA7 0EJUNITED KINGDOM          *VIA Deutsche Post*

10925   WATSON, RICHARD, 330 CHENOWETH DRIVE, SIMPSONVILLE, SC 29681

10925   WATSON, RICHARD, 8 FOREST ST, GLEN BURNIE, MD 21061

10925   WATSON, ROBERT, 122 WILLIAMS ST BOX 1092, WOODRUFF, SC 29388

10925   WATSON, ROBERT, 7 GLADIOUS PL, BALTIMORE, MD 21220

10925   WATSON, RONALD, RT. 8, BOX 191, FRANKLINTON, LA 70438

10925   WATSON, RUTH, 572 RT 885, JEFFERSON BORO, PA 15025

10925   WATSON, SANDRA, 128 SUNRISE DRIVE, MAULDIN, SC 29662

10925   WATSON, SANDRA, 1303 NE SOUTH ST, JENSON BEACH, FL 34957

10925   WATSON, SANDRA, 2627 S. 69TH ST, MILWAUKEE, WI 53219

10925   WATSON, SANDRA, 6402 FISHER RD., DALLAS, TX 75124

10925   WATSON, SARAH, 1800 LONGCREEK DR, COLUMBIA, SC 29210

10925   WATSON, SCOTT, 2108 EDINBOROUGH DR, MURRAY, KY 42071

10925   WATSON, SONYA, 1007 CANDLESTICK DR, LEBANON, IN 46052

10925   WATSON, STEVE, 2329 W. JEFFERSON, PHOENIX, AZ 85009

10925   WATSON, SUSAN, POB 304, NICHOLSON, GA 30565

10925   WATSON, TAMMY JO, 7553 JOAN MARIE DR, DENHAM SPRINGS, LA 70726

10925   WATSON, TERESA, 8723-21 HAYSHED LANE, COLUMBIA, MD 21045

10925   WATSON, TERRI L, RD 2 BOX 308 A, SCHOHARIE, NY 12157

10925   WATSON, TERRI, 5443 LENORE AVE, LIVERMORE, CA 94550

10925   WATSON, THOMAS, 9140 S MARQUETTE AVE, CHICAGO, IL 60617

10925   WATSON, TRACY, 109 ALBERT ST, GREER, SC 29651

10925   WATSON, WALTER, 2031 EAGLE ST, BALTIMORE, MD 21223

10925   WATSON-EVANS, SHARON, 7833 N. 7TH ST, PHOENIX, AZ 85020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WATSON-MARLOW BREDEL PUMPS, 37 UPTON TECHNOLOGY PARK, WILMINGTON, MA 01887-1018

10925   WATSON-MARLOW INC, 220 BALLARDVALE ST, WILMINGTON, MA 01887

10925   WATSON-MARLOW, INC, 220 BALLARDVALE ST, WILMINGTON, MA 01887

10924   WATSON'S, 10725 READING ROAD, CINCINNATI, OH 45202

10924   WATSONVILLE HOSPITAL, 75 A NELSON STREET, WATSONVILLE, CA 95076

10924   WATT DISTRIBUTION SERVICES, 2 CROW POINT RD, LINCOLN, RI 02865

10925   WATT PUBLISHING CO, 122 S WESLEY AVE, MOUNT MORRIS, IL 61054-1497

10925   WATT, DONALD, 119 EASTVIEW CIRCLE, SIMPSONVILLE, SC 29681-2902

10925   WATT, MARSHALL, 305 N MAPLE ST, SIMPSONVILLE, SC 29681

10925   WATTERS, PAUL, 111 S ASHBURTON RD, COLUMBUS, OH 43213

10925   WATTERS, TONY, 1821 GREENBRIAR, PORTSMOUTH, OH 45662

10925   WATTIER, STEPHEN, 1024 POPLAR ST, WAYNE, NE 68787

10924   WATT-MIZER, 325 LOCUST ST, CHILLICOTHE, MO 64601

10924   WATTS BUILDING, S FITZHUGH STREET, ROCHESTER, NY 14605

10925   WATTS COMPANY, THE, DRAWER CS-100540, ATLANTA, GA 30384-0540

10925   WATTS JR, BERRY, 4009 HERRON ST, CINCINNATI, OH 45223

10925   WATTS JT TEN, JOHN A & SHEILA T, 17 CLEMENS AVE, TRUMBULL, CT 06611-1958

10925   WATTS LANDSCAPE SERVICE, 3570 PIONEER ROAD, VERONA, WI 53593-9760

10925   WATTS LANDSCAPING, JAMES WATTS,

10925   WATTS LUMBER INC, 115 S STATE, LINDON, UT 84042-2031

10924   WATTS VAULT & MONUMENT CO, PO BOX 22, MONTEZUMA, IA 50171

10924   WATTS VAULT & MONUMENT, 6220 62ND AVENUE N.E., ALTOONA, IA 50009

10924   WATTS VAULT & MONUMENT, P. O. BOX 22, MONTEZUMA, IA 50171

10925   WATTS, ALISA, 27 FIRST ST NW, CONCORD, NC 28027

10925   WATTS, ANDREA, 1215-A ANN BLVD, HARKER HEIGHTS, TX 76543

10925   WATTS, ANGELA, 58974 OBIER AVE., PLAQUEMINE, LA 70764

10925   WATTS, ANN-MARIE, 1348 NUPP DRIVE, WOOSTER, OH 44691

10925   WATTS, CATHY, 300 CREEKVIEW CIR, CRANDALL, TX 75114

10925   WATTS, CHRIS, 605ORO LOMA, CARSON CITY, NV 89701

10925   WATTS, CLARENCE, 3876 BUTNER RD, COLLEGE PARK, GA 30349

10925   WATTS, CLIFTON, 770 LINCOLN AVE., ALAMEDA, CA 94510

10925   WATTS, DEWAYNE, 300 CREEKVIEW CIRCLE, CRANDALL, TX 75114

10925   WATTS, DOTY, 8555 PEKIN ROAD, GREENVILLE, IN 47124

10925   WATTS, EDWARD, 6203 GROVELAND ROAD, LINTHICUM, MD 21090

10925   WATTS, ELIZABETH A, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   WATTS, ELIZABETH, PO BOX 810471, BOCA RATON, FL 33481

10925   WATTS, EVERETT, PO BOX 491, CEMENT, OK 73017

10925   WATTS, HAROLD, APT 4 15 CHESTER ST, CAMBRIDGE, MA 02140

10925   WATTS, HAZEL, 6890 WEST 2ND LANE, HIALEAH, FL 33014-5363

10925   WATTS, JAMES, RT. 2, BOX 289, JONESVILLE, LA 71343

10925   WATTS, JERALDINE, 2624 WESTGATE ST, MONTGOMERY, AL 36108

10925   WATTS, JESSIE, 4009 HERRON, CINCINNATI, OH 45223-2334

10925   WATTS, JOHN, 2149 ARBUTUS CR, CHESAPEAKE, VA 23323

10925   WATTS, JOHN, 716 CROSBY RD., CATONSVILLE, MD 21228

10925   WATTS, JOHNNY, PO BOX 1134, FOUNTAIN INN, SC 29644

10925   WATTS, KAREN, 3533 ELFERROL CT, BRIDGETON, MO 63044

10925   WATTS, KATHERINE, 564008 ARBOR CLUB WAY, BOCA RATON, FL 33433

10925   WATTS, KURT, PO BIX 113, GROVELAND, MA 01834

10925   WATTS, L, 104 WINDMILL ORCHARD RD., COLUMBIA, SC 29223

10925   WATTS, LARRY, 54 WHITNEY ST, NASHUA, NH 03060

10925   WATTS, LOIS, 181 BURRAGE RD, CONCORD, NC 28025

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WATTS, LYLE, 5310 KESLER RD NW, CE4DAR RAPIDS, IA 52405 | |
| 10925 | WATTS, MICHAEL, 1122 20TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | WATTS, MICHELLE, 5858 THUNDERHILL RD., COLUMBIA, MD 21045 | |
| 10925 | WATTS, RICHARD, 4 FRIENDLY ST, FOUNTAIN INN, SC 29644-9998 | |
| 10925 | WATTS, ROGER, 1307 10TH ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | WATTS, ROSEMARY, 3343 NORTHRIDGE DR, WOOSTER, OH 44691-1979 | |
| 10925 | WATTS, TONYA, 747 THRUSH, DUNCANVILLE, TX 75116 | |
| 10925 | WATTS, TROY, ROUTE 1 BOX 1433, OBERLIN, LA 70655 | |
| 10925 | WATTS, W, 6890 W 2ND LANE, HIALEAH, FL 33014 | |
| 10925 | WATTS, YVONNE, 100 PARKER ST, MAYNARD, MA 01754 | |
| 10924 | WATTYL PAINT COMPANY, PO BOX 308, EDGEWATER, FL 32132 | |
| 10925 | WAUCONDA LANDFILL, WAUCONDA SAND & GRAVEL SITE, WAUCONDA, IL 60084 | |
| 10925 | WAUCONDA PRP GROUP, OPPENHEIMER WOLFF & DONNELLY, 45 S 7TH ST SUITE 3400, MINNEAPOLIS, MN 55402-1609 | |
| 10925 | WAUCONDA TASK GROUP, 6401 POPLAR, SUITE 301, MEMPHIS, TN 38119 | |
| 10925 | WAUGH, BOBBIE, 1007 MARTHA DR, FOREST PARK, GA 30050 | |
| 10925 | WAUGH, KIMBERLY, 1851 TAMARACK CIRCLE, COLUMBUS, OH 43229 | |
| 10925 | WAUGH, LISA, 2305 TREERIDGE PKWAY, ALPHARETTA, GA 30202 | |
| 10925 | WAUGH, RONALD, HERENGRACHT 125D, AMSTERDAM, 1015 BGNETHERLANDS | *VIA Deutsche Post* |
| 10925 | WAUGH, SYLVIA, 250 ORLEANS BLVD, MCDONOUGH, GA 30253 | |
| 10924 | WAUKESHA BLOCK CO INC, PO BOX828, WAUKESHA, WI 53187-0828 | |
| 10924 | WAUKESHA BLOCK CO., 1600 E. MAIN. ST., WAUKESHA, WI 53186 | |
| 10924 | WAUKESHA CONC PRODS INC, 2000 SOUTH WEST AVE, WAUKESHA, WI 53186 | |
| 10924 | WAUKESHA CONCRETE PROD, PO BOX 26, WAUKESHA, WI 53187 | |
| 10924 | WAUKESHA CONCRETE PRODUCT INC, 2000 S. WEST AVENUE, WAUKESHA, WI 53186 | |
| 10924 | WAUKESHA CONCRETE PRODUCTS INC, BOX 26, WAUKESHA, WI 53186 | |
| 10925 | WAUKESHA ENGINE DIV, 1000 W. ST. PAUL AVE., WAUKESHA, WI 53188 | |
| 10925 | WAUKESHA ENGINE DIV., DRESSER INDUSTRIES, INC., CHICAGO, IL 60693 | |
| 10924 | WAUKON CLINIC C/O MULCAHY INS., 41ST STREET S.E. & MAIN, WAUKON, IA 52172 | |
| 10924 | WAUNA MILL, ROUTE 2 BOX 2185, CLATSKANIE, OR 97016 | |
| 10925 | WAUNAKEE AUTO BODY, INC, 301 EAST MAIN ST, WAUNAKEE, WI 53597 | |
| 10924 | WAUPUN CONCRETE PROD, 811 W MAIN ST, WAUPUN, WI 53963 | |
| 10924 | WAUPUN CONCRETE, 811 W. MAIN STREET, WAUPUN, WI 53963 | |
| 10924 | WAUPUN CONCRETE, P.O. BOX 110, WAUPUN, WI 53963 | |
| 10924 | WAUSAU CONCRETE CO INC, N. END  OF THIRD ST., WAUSAU, WI 54402 | |
| 10924 | WAUSAU CONCRETE CO INC, PO BOX1045, WAUSAU, WI 54402 | |
| 10924 | WAUSAU CONCRETE CO, PO BOX 1045, WAUSAU, WI 54401 | |
| 10924 | WAUSAU CONCRETE, 240 HWY 29 W., MARATHON, WI 54448 | |
| 10924 | WAUSAU HOMES, 731 N. SCENIC DRIVE, LAKE WALES, FL 33853 | |
| 10924 | WAUSAU HOSPITAL, PO BOX1847, WAUSAU, WI 54402-1847 | |
| 10924 | WAUSAU SUPPLY CO, PO BOX296, WAUSAU, WI 54402-0296 | |
| 10924 | WAUSAU SUPPLY CO., 21700 HIGHVIEW AVE, LAKEVILLE, MN 55044-7541 | |
| 10924 | WAUSAU SUPPLY CO., 4200 WHITE AVE., EAU CLAIRE, WI 54702 | |
| 10924 | WAUSAU TILE CO, BUS. HWY 51 SOUTH, WAUSAU, WI 54401 | |
| 10924 | WAUSAU TILE CO, P O BOX 1520, WAUSAU, WI 54401 | |
| 10924 | WAUSAU TILE INC, PO BOX1520, WAUSAU, WI 54401 | |
| 10925 | WAUSAU TILE INC, POBOX 1520, WAUSAU, WI 54402-1520 | |
| 10925 | WAUTERS, DANIEL, 1213 S ROOSEVELT ST, GREEN BAY, WI 54301 | |
| 10925 | WAUTLET, RODERICK, 325 SOUTH ST, DEFOREST, WI 53532 | |
| 10925 | WAVE SOLDER SERVICE CO INC, 1680 HOLMAN ROAD, HOSCHTON, GA 30548 | |
| 10925 | WAVENET INC, 3921 WILSHIRE BLVD #616, LOS ANGELES, CA 90010 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WAVERLY HOSPITAL, 312 9TH ST. SW, WAVERLY, IA 50677 | |
| 10925 | WAVERLY LANDSCAPE ASSOCIATES INC, 521 TRAPELO ROAD, BELMONT, MA 02478 | |
| 10925 | WAVM/BEACON SANTA TELETHON, 1 TIGER DR, MAYNARD, MA 01754 | |
| 10925 | WAWCZAK, BETTE, 364 S. EVERGREEN, KANKAKEE, IL 60901 | |
| 10925 | WAWIORKA, BARBARA, N 5760 ST D 187, SHIOCTON, WI 54170 | |
| 10925 | WAWRZON, DALE J, 3015 HANNAH ST, MARINETTE, WI 54143-1409 | |
| 10925 | WAWRZYCKI, MARY, 124 FAIRVIEW AVE, SOMERVILLE, NJ 08876 | |
| 10925 | WAWRZYNSKI, LESLIE, 952 STATE ROAD, NEW CASTLE, PA 16101 | |
| 10925 | WAWRZYNSKI, WILLIAM, 952 STATE ROAD, NEW CASTLE, PA 16101 | |
| 10925 | WAX, BRANDT, CUST FOR ERICA WAX UNDER, CA UNIF GIFT MIN ACT, 1658 BENEDICT CANYON DR, BEVERLY HILLS, CA 90210-2003 | |
| 10925 | WAX, BRANDT, CUST FOR NOEL WAX UNDER, CA UNIF GIFT MIN ACT, 1658 BENEDICT DR, BEVERLY HILLS, CA 90210 | |
| 10925 | WAX, MICHAEL, 5515 NORTHFIELD ROAD, BETHESDA, MD 20817 | |
| 10925 | WAX, VICKY, PO BOX 3382, EDMOND, OK 73083 | |
| 10925 | WAXMAN, ROBERT BRUCE, 4507 DEMBY DR, FAIRFAX, VA 22032-1728 | |
| 10925 | WAXTER, WILLIAM, 8810 WALTHER BLVD, BALTIMORE, MD 21234 | |
| 10924 | WAY COR REDI MIX INC, 500 LOS ANGELES N.E., ALBUQUERQUE, NM 87199 | |
| 10925 | WAY LES EXPRESS, PO BOX 337, ADDISON, IL 60101 | |
| 10925 | WAY, ANECHIL, 3008 JIMMY COURT, FAYETTEVILLE, NC 28306 | |
| 10925 | WAY, HILDA, 1421 MEADOWBROOK AVE, LAKELAND, FL 33803-2528 | |
| 10925 | WAYCASTER, KATHLEEN, 10854 WALMORT, WILTON, CA 95693 | |
| 10925 | WAY-COR REDI-MIL, 7208 PORTULACA DR NW, ALBUQUERQUE, NM 87120 | |
| 10924 | WAYCOR, #1 GRAVEL ROAD (SANDIA), ALBUQUERQUE, NM 87199 | |
| 10924 | WAYCOR, 204 INDUSTRIAL PARK LOOP, RIO RANCHO, NM 87124 | |
| 10924 | WAYCOR, 205 INDUSTRIAL LOOP, RIO RANCHO, NM 87124 | |
| 10924 | WAYCOR, 4400 TOWER ROAD S.W., ALBUQUERQUE, NM 87121 | |
| 10924 | WAYCOR, INTERSTATE 25 & CANDELARIA RD., ALBUQUERQUE, NM 87107 | |
| 10924 | WAYCROSS COLLEGE, 2001 SOUTH GEORGIA PARKWAY, WAYCROSS, GA 31503 | |
| 10924 | WAYCROSS MOLDED PRODUCTS, 437 CAMBRIDGE RD, COSHOCTON, OH 43812 | |
| 10924 | WAYCROSS MOLDED PRODUCTS, PINELAND INDUSTRIAL PK., WAYCROSS, GA 31501 | |
| 10925 | WAYFARER PUBLICATIONS, PO BOX 39938, LOS ANGELES, CA 90039 | |
| 10925 | WAYFARER PUBLICATIONS, POBOX 26156, LOS ANGELES, CA 90026 | |
| 10924 | WAYLAND BUSINESS CENTER, 430 BOSTON POST ROAD, WAYLAND, MA 01778 | |
| 10924 | WAYLAND READY MIX CONC IN, P.O. BOX 207, MACOMB, IL 61455 | |
| 10924 | WAYLAND READY MIX CONC INC, P O BOX 207, MACOMB, IL 61455 | |
| 10924 | WAYLAND READY MIX CONC INC, W JACKSON RD, MACOMB, IL 61455 | |
| 10924 | WAYLAND READY MIX, P O BOX 207, MACOMB, IL 61455 | |
| 10924 | WAYLAND READY MIX, PO BOX 207, MACOMB, IL 61455 | |
| 10924 | WAYLAND READY MIX, W. JACKSON RD., MACOMB, IL 61455 | |
| 10925 | WAYMAN, ANGELA, 8600 S. COURSE, 2310, HOUSTON, TX 77099 | |
| 10925 | WAYMAN, GENE, 1102 PINE ST, FOX RIVER GROVE, IL 60021 | |
| 10925 | WAYMAN, JOHN, 11803 BROOK MEADOW LANE, STAFFORD, TX 77477 | |
| 10924 | WAYMART CORRECTIONAL FACILITY, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | WAYMIRE DRUM COMPANY INC., 9316 ATLANTIC AVENUE, SOUTH GATE, CA 90280 | |
| 10924 | WAYMIRE DRUM COMPANY INC., 9641 EL POCHE, SOUTH EL MONTE, CA 91733 | |
| 10925 | WAYMIRE, DONNIE, PO BOX 934, MONROE, OK 74947 | |
| 10925 | WAYNE A REYNOLDS, 71 BEAVER BROOK RD, RIDGEFIELD, CT 06877-1002 | |
| 10924 | WAYNE BUILDERS SUPPLY, 5410 STATE RT. 49, GREENVILLE, OH 45331 | |
| 10924 | WAYNE BUILDERS, 5140 ST RT 49, GREENVILLE, OH 45331 | |
| 10925 | WAYNE C KLAGES &, MARY S KLAGES JT TEN, 166 WASHINGTON PIKE, AVELLA, PA 15312-2378 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WAYNE CAMPBELL CONSTRUCTION, 5400 N. GOLDER, ODESSA, TX 79764 | |
| 10924 | WAYNE CONCRETE, RD 2 BOX 572, SHINGLEHOUSE, PA 16748 | |
| 10924 | WAYNE CONCRETE, RD 2, BOX 572, SHINGLEHOUSE, PA 16748 | |
| 10924 | WAYNE CONCRETE., RD 2, SHINGLEHOUSE, PA 16748 | |
| 10924 | WAYNE COUNTY RUBBER, 1205 E. BOWMAN STREET, WOOSTER, OH 44691 | |
| 10924 | WAYNE COUNTY RUBBER, 1205 EAST BOWMAN STREET, WOOSTER, OH 44691 | |
| 10925 | WAYNE COUNTY TREASURER, 1231 ST. ANTOINE, DETROIT, MI 48226 | |
| 10924 | WAYNE CTR., THE, 3530 WAYNE AVE., BRONX, NY 10467-1511 | |
| 10925 | WAYNE D ELLISON &, MARTHA B ELLISON JT TEN, 7275 125TH ST N, WHITE BEAR LAKE, MN 55110-6115 | |
| 10925 | WAYNE D PANFILI, 28 UNION AVE, SOMERVILLE, NJ 08876-2028 | |
| 10925 | WAYNE E DEAS, RT 9 BOX 962, AIKEN, SC 29805-9809 | |
| 10925 | WAYNE E. LUCIANI, HWY 221, ENOREE, SC 29335 | |
| 10925 | WAYNE F KOLAR, 302 CARISBROOKE ST, OCOEE, FL 34761 | |
| 10925 | WAYNE F WHITTOW, CITY TREASURER, PO BOX 78776, MILWAUKEE, WI 53278-0776 | |
| 10925 | WAYNE F WHITTOW, PO BOX 78776, MILWAUKEE, WI 53278-0776 | |
| 10925 | WAYNE G JOHNSTON, 6814 SCHNIEDER AVE, HAMMOND, IN 46323-1408 | |
| 10925 | WAYNE GATLING GUIDE SERVICE, 25046 E. KENTFIELD RD., WORTON, MD 21678 | |
| 10925 | WAYNE HEIMSATH &, MARJORIE A HEIMSATH TEN ENT, 440 KINGWOOD RD, LINTHICUM, MD 21090-1922 | |
| 10924 | WAYNE HOSPITAL, C/O QUANDEL, HONESDALE, PA 18431 | |
| 10924 | WAYNE HOSPITAL, HONESDALE, PA 18431 | |
| 10925 | WAYNE INDUSTRIAL EQUIPMENT, PO BOX 762, WILMINGTON, MA 01887 | |
| 10925 | WAYNE INDUSTRIES INC, 61 INDUSTRIALLANE, AGAWAM, MA 01001 | |
| 10925 | WAYNE J TRAINA, PO BOX 3203, ALBANY, OR 97321-0707 | |
| 10925 | WAYNE JOYCE, PO BOX 1467, WEST POINT, VA 23181 | |
| 10925 | WAYNE K DAWSON, 942 SHADOW RIDGE TRAIL, LITHONIA, GA 30058 | |
| 10925 | WAYNE KISSIRE &, MYRA KISSIRE JT TEN, 163 WALNUT BEND CV, CORDOVA, TN 38018-7227 | |
| 10925 | WAYNE L BETTENCOURT, 671 SNIPATUIT RD, ROCHESTER, MA 02770-1839 | |
| 10925 | WAYNE L NUSSBAUM, 3248 GROVELAND WAY, ANTELOPE, CA 95843 | |
| 10925 | WAYNE L STEELEY &, DOROTHY D STEELEY JT TEN, PO BOX 540, QUAKERTOWN, PA 18951-0540 | |
| 10925 | WAYNE MACHINE & DIE COMPANY, 100 FURLER ST, TOTOWA, NJ 07512 | |
| 10924 | WAYNE MEMORIAL HOSPITAL, 865 SOUTH FIRST STREET, JESUP, GA 31545 | |
| 10924 | WAYNE MILLS CO. INC., 130 W. BERKLEY STREET, PHILADELPHIA, PA 19144 | |
| 10924 | WAYNE NUSSBAUM, 3248 GROVELAND WAY, ANTELOPE, CA 95843 | |
| 10925 | WAYNE PRODUCTS INC, PO BOX 788, FRAZER, PA 19355 | |
| 10925 | WAYNE PRODUCTS, INC, 20 N. BACTON HILL RD., MALVERN, PA 19355 | |
| 10924 | WAYNE ST UNIV LIB C/O ACOUSTIC C&P, CORNER OF WAYNE DR & PUTNAM, DETROIT, MI 48201 | |
| 10924 | WAYNE STATE LAW, 497 W. PALMER, DETROIT, MI 48202 | |
| 10924 | WAYNE STATE UNIVERSITY LIBRRARY, C/O ACOUSTIC CEILING & PARTITION, DETROIT, MI 48201 | |
| 10924 | WAYNE STATE, CORNER OF JOHN R. AND MACK ROAD, DETROIT, MI 48201 | |
| 10925 | WAYNE T ENGEL, 91 HOLLY GLEN LANE SOUTH, BERKELEY HEIGHTS, NJ 07922-2615 | |
| 10925 | WAYNE T GREEN, 8766 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437 | |
| 10925 | WAYNE T SMITH, 117 CHURCH ST, WINCHESTER, MA 01890-3540 | |
| 10925 | WAYNE TRANSPORTS INC, NW 4575 POBOX 1450, MINNEAPOLIS, MN 55485-1450 | |
| 10925 | WAYNE, ELENA, 720 PINEHURST LANE, BUFFALO GROVE, IL 60089 | |
| 10925 | WAYNE, JEFFREY, PO BOX 40088, ST PETERSBURG, FL 33743 | |
| 10925 | WAYNE-DALTON OF TEMPE, 402 WEST GENEVA DR, TEMPE, AZ 85282 | |
| 10924 | WAYNESVILLE READY MIX LLC, 14975 HWY Z, WAYNESVILLE, MO 65583 | |
| 10925 | WAYNEWRIGHT MALCOLM, 77 CARPENTER AVE., MOUNT KISCO, NY 10549 | |
| 10925 | WAYNICK, ARLENE, 5 ROSEBAY DRIVE, GREENVILLE, SC 29615 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WAYSIDE AUTO & TRUCK PARTS, 1706 NORTH WAYSIDE DRIVE, HOUSTON, TX 77020-5689

10925 WAYSIDE CARLSON FLORIST, 62 MASSACHUSETTS AVE, LEXINGTON, MA 02173

10925 WAYSIDE CARLSON FLORIST, 62 MASSACHUSETTS AVE., LEXINGTON, MA 02173

10925 WAYSIDE FLORISTS, 506 OLD BEDFORD ROAD, CONCORD, MA 01742

10925 WAYTEC ELECTRONICS, 1104 MCCONVILLE ROAD, LYNCHBURG, VA 24502

10925 WAYTEC ELECTRONICS, PO BOX 11765, LYNCHBURG, VA 24506-1111

10924 WAYZATA HIGH SCHOOL C/O MINUTI OGLE, 4905 PEONY LANE NORTH, PLYMOUTH, MN 55446

10924 WAYZATA HIGH SCHOOL STADIUM, 4955 PEONE LANE NORTH, PLYMOUTH, MN 55442

10924 WAYZATA HIGH SCHOOL, C/O MINUTE OGLE, PLYMOUTH, MN 55446

10925 WAZNAK, MICHAEL, 612 BALDWIN AVE, NORRISTOWN, PA 19403

10925 WAZNY, DEBBIE, 3347 CONLEY DOWNS DR, POWDER SPRINGS, GA 30073

10925 WAZNY, J, 9 BRANDON ROAD, YONKERS, NY 10704

10925 WB BOTTLE SUPPLY COMPANY, INC, BOX 68-9593, MILWAUKEE, WI 53268-9593

10925 WBC EXTRUSION PRODUCTS, INC, PO BOX 11062, BOSTON, MA 02211

10924 WBE CONCRETE, 19030 SOUTH NORMANDIE AVENUE, TORRANCE, CA 90502

10925 WBH, 24 STANNARD AVE., BRANFORD, CT 06405

10925 WC CHAPMAN & SONS, INC, 8220 PULASKI HWY., BALTIMORE, MD 21237

10925 WC ROUSE & SON INC, PO BOX 19046, GREENSBORO, NC 27419-9046

10924 WCI SUPPLY INC, RT 2 BOX 2252, ANDERSON, MO 64831

10924 WCI SUPPLY, INC., HWY 76 WEST, ANDERSON, MO 64831

10924 WCI SUPPLY, INC., ROUTE 2 BOX 2252, ANDERSON, MO 64831

10925 WCR INCORPORATED, 271 CRANE ST, DAYTON, OH 45403

10925 WD-40, 1061 CUDAHY PLACE, SAN DIEGO, CA 92110-3929

10924 WDL LUFTSCHIFF GESSELSCHAFT MBH, 45470 MULHEIM/RUHR, FLUGHAFEN, 99999DEU    *VIA Deutsche Post*

10925 WE ANDREWS CO INC, 2275 CABOT DRIVE 144 SOUTH ROAD, LISLE BEDFORD, IL 60532

10925 WE CARE EYE CARE, 24 POTOMAC AVE., GREENVILLE, SC 29605

10925 WEADICK, EDWARD, 4 WEST ST, WAKEFIELD, MA 01880

10925 WEADICK, KATHRYN, 2835 COVENTRY LANE, WAUKESHA, WI 53188

10925 WEAH, MADELINE, 7600 ALLMAN DR, ANNADALE, VA 22003

10925 WEALTH MANAGEMENT ASSOCIATES, INC, 511 EAST ST. JOHN ST, SPARTANBURG, SC 29302

10925 WEAND, TRACY, 144 COLONIAL CT, EMMAUS, PA 18049

10924 WEAR PROOF MAT CO., 2156 FULTON ST., CHICAGO, IL 60612

10925 WEAR, CHARLES C, 7500 GRACE DR, COLUMBIA, MD 21044

10925 WEAR, CHARLES, 34 OLD STURBRIDGE RO, ARNOLD, MD 21012

10925 WEARDEN, JAMES, 1352 W. GUAVA, OXNARD, CA 93033

10925 WEARDEN, ROBERTA M, CUST FOR KATHERINE A WEARDEN, UNIF GIFT MIN ACT OH, 3854 LAKE RUN BLVD, STOW, OH 44224-4352

10925 WEARGUARD, 141 LONGWATER DR, NORWELL, MA 02061

10925 WEARGUARD, PO BOX 9106, HINGHAM, MA 02043-9106

10925 WEAS, FRANK, 8845 OAK GROVE ROAD, HERNANDO, MS 38632

10925 WEASENFORTH, ELVIN, 3505 SIXTH ST., BALTIMORE, MD 21225

10924 WEATERN UNITED, 125 NO. SERVICE RD., ST. PETERS, MO 63576

10924 WEATHEPROOFING PRODUCTS CO., INC., 13199 N.W. 107TH AVENUE, HIALEAH GARDENS, FL 33016

10924 WEATHER KING NORTH, 97A PLAISTON RD, PLAISTOW, NH 03865

10924 WEATHER SHIELD MFG INC, PO BOX 309, MEDFORD, WI 54451

10924 WEATHER SHIELD MFG., INC., 660 JENSEN DRIVE, MEDFORD, WI 54451

10924 WEATHER SHIELD MFG., INC., PO BOX 2100, MEDFORD, WI 54451

10925 WEATHERALL, REVA, 1925 LOOP 431, EAGLE PASS, TX 78852

10925 WEATHERBEE, GORDON, 16816 MELBOURNE DR, LAUREL, MD 20707

10925 WEATHERBEE, GORDON, 7500 GRACE DRIVE, COLUMBIA, MD 21044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WEATHERBEE, RONALD, 321 TIFFANY ST, SPRINGFIELD, MA 01108

10925   WEATHERFORD AEROSPACE INC, CD PARIS SARAH WELLS,

10924   WEATHERFORD DOOR CO., 2700 N TEXAS AVE, BRYAN, TX 77803

10925   WEATHERFORD INTERNATIONAL INC., 515 POST OAK BLVD, SUITE 600, HOUSTON, TX 77027

10925   WEATHERFORD, SHARON, 369 ASHLEY CREEK DR, ELGIN, SC 29045

10925   WEATHERFURD, D, 601 VINTAGE DR APT H26, KENNER, LA 70065

10925   WEATHERHEAD, WAYNE, 2523 HADDENHAM LANE, SMYRNA, GA 30082

10925   WEATHERHOLTZ JR, ROBERT, 810 2ND AVE NW, MULBERRY, FL 33860-2044

10924   WEATHERILL SALES, 10660 MULBERRY STREET, FONTANA, CA 92335

10925   WEATHERLY, CLAUD, 1905 CHANDLER CIRCLE, SHAWNEE, OK 74801

10925   WEATHERLY, JOHNNY, 1222 WEST 7TH, ELK CITY, OK 73644

10925   WEATHERMAN, W, 211 SHERWOOD ROAD, EASLEY, SC 29640

10925   WEATHERMASTER, POBOX 2131, BINGHAMTON, NY 13902-2131

10924   WEATHERPROOF INC, 385 WATTS RD, JACKSON, MS 49203

10924   WEATHERPROOFING PRODUCTS CO., INC., 13199 N.W. 107TH AVENUE, HIALEAH GARDENS, FL
33016

10925   WEATHERS, BARBARA, 1624 DUNKLIN BR RD, HONEA PATH, SC 29654

10925   WEATHERS, HENRY, 120 FOUNTAIN INN DR, SIMPSONVILLE, SC 29681

10925   WEATHERS, JIMMY, 3 SPRING COURT, SIMPSONVILLE, SC 29680

10925   WEATHERS, LINDA, 401 HWY 101, GRAY COURT, SC 29645

10925   WEATHERS, MARCELLO, 2919 WENTWORTH #3, HOUSTON, TX 77004

10925   WEATHERS, MARK, PO BOX 8082, NIKISKI, AK 99635-8082

10925   WEATHERS, MAXIE, ROUTE 2 BOX 327, GRAY COURT, SC 29645

10925   WEATHERS, MICHAEL, 4420 LANCASHIRE DRIVE, RALEIGH, NC 27613

10925   WEATHERS, NICKY, 7640 NEELY ROAD, LAURENS, SC 29360

10925   WEATHERS, NICKY, HWY 221, ENOREE, SC 29335

10925   WEATHERS, PHILLIP, 420 FORTENBERRY RD, WOODRUFF, SC 29388

10925   WEATHERS, WILLIE, 1039 COOPER BR RD, WOODRUFF, SC 29388

10925   WEATHERSBY, JEANETTE, 1037 ACADIANA ST, BREAUX BRIDGE, LA 70517

10925   WEATHERSPOON, J, 1396 CUMMINGS ST, MEMPHIS, TN 38106

10925   WEATHERSPOON, MARY, 9174 NEWBY, ST. LOUIS, MO 63137

10925   WEATHERVANE, THE, 153 MAIN ST, GLOUCESTER, MA 01930

10925   WEATHINGTON, PAMELA, 22624 E. IRONBARK DR, DIAMOND BAR, CA 91765

10925   WEAVER JR, HARRY, 11111 OLD CARRIAGE, GLEN ARM, MD 21057

10925   WEAVER JT TEN, JOHN A & CAROL M, 3335 W EUNICE ST, TUCSON, AZ 85741-2020

10925   WEAVER KRAMM, ATINA, 16001 KENNY RD, LAUREL, MD 20707-3213

10925   WEAVER, ALFRED, DUBLN ROAD, RD 2, BOX 591, CLYDE, NY 14488

10925   WEAVER, AMY L, 217 W CAYLER ST, DALTON GA, GA 30720

10925   WEAVER, BILLY, 602 E YESO, HOBBS, NM 88240

10925   WEAVER, CARLA, 76253 CRYSTAL DR., COVINGTON, LA 70433

10925   WEAVER, CLARENCE, 957 NEVADA ST, INDIANOLA, IA 50125

10925   WEAVER, D, 2106 CHISOLM TRAIL, GRAND PRAIRIE, TX 75052-1724

10925   WEAVER, DALE, 1116 JUNIPER ST, QUAKERTOWN, PA 18951

10925   WEAVER, DANIEL, 1648 LIBERTY VALLEY DRIVE, DECATUR, GA 30032

10925   WEAVER, DAVID, 306 E. WILLIAM ST, WATERLOO, NY 13165

10925   WEAVER, DEBRA, 1333 AUGUSTA AVE, AUGUSTA, GA 30901

10925   WEAVER, DELBERT, BOX 32, WOODLAND, IL 60974

10925   WEAVER, DENISE, 4997 N CANYON LOOP, MONTICELLO, IN 47960

10925   WEAVER, DIANE, 144 MCDANIEL ROAD, CROPWELL, AL 35054

10925   WEAVER, EDWARD, PO BOX 79, RAVENNA, TX 75476-0079

10925   WEAVER, FRANCIS, 1734 BENNING ROAD NE APT A, WASHINGTON, DC 20002

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WEAVER, HARRY, 130 WEST 4TH ST, VILLISCA, IA 50864

10925   WEAVER, HARRY, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   WEAVER, JESS, 1300 EAST AYERS, EDMOND, OK 73035

10925   WEAVER, JOHNNIE, 1075 TEE CIRCLE, BARTOW, FL 33830

10925   WEAVER, JUDY, 11387 COHASSET ST., SUN VALLEY, CA 91352

10925   WEAVER, KENNETH, RT. 1, BOX 208-2, LENA, MS 39094

10925   WEAVER, KRISTA, 17209 S. DOBSON, SOUTH HOLLAND, IL 60473

10925   WEAVER, KRISTA, 6050 W 51ST ST, CHICAGO, IL 60638

10925   WEAVER, LAURA, 606A GREENE ST, CAMDEN, SC 29020

10925   WEAVER, LEROY, RD#2 DUBLEN ROAD, CLYDE, NY 14433

10925   WEAVER, LESTER, 7517 W. BLAIR ST, ODESSA, TX 79764

10925   WEAVER, LYNN, 3030 DENT PL NW, WASHINGTON, DC 20007

10925   WEAVER, MARGARET, 20 SOUTH SUMMIT AVE, 209, SHILLINGTON, PA 19607

10925   WEAVER, MAVIS, 302 REGENCY PKWY APT 1, S SOUIX CITY, NE 68776

10925   WEAVER, MICHAEL, 2000 KEMP, WICHITA FALLS, TX 76309

10925   WEAVER, NANCY, 2814 E CRYSTAL LK AV, ORLANDO, FL 32806

10925   WEAVER, ROBERT, 214 HESS AVE, HELLERTOWN, PA 18055

10925   WEAVER, ROBERT, 2612 READING BLVD., WEST LAWN, PA 19609

10925   WEAVER, ROY, 1737 ABBETTE AVE, EIGHT MILE, AL 36613

10925   WEAVER, SETH, 1239 11TH ST. NW, CEDAR RAPIDS, IA 52405

10925   WEAVER, SHANE, 714 W TEXAS, IOWA PARK, TX 76367

10925   WEAVER, SHELTON, 2116 LOT # 30 COUNTRY CLUB RD, LAKE CHARLES, LA 70605

10925   WEAVER, TAMMY, 4900 PLAZA DR APT 18, MONTGOMERY, AL 36116

10925   WEAVER, WAYNE, 520 HICKORY LANE, MUNSTER, IN 46321

10925   WEAVER, WENDY, 2601 CAVALIER AVE, DENHAM SPRINGS, LA 70706

10925   WEAVING, MARIAN, 111 SUMMERHILL GLEN, MAYNARD, MA 01754

10924   WEBB CHE SERVICE CORP-DO NOT USE, PO BOX 4348, MUSKEGON, MI 49444-0348

10924   WEBB CHEM SERVICE CORP-DO NOT USE, 2708 JARMAN STREET, PO BOX 4348, MUSKEGON, MI
        49444-0348

10924   WEBB CHEM SERVICE CORP-DO NOT USE, PO BOX 4348, MUSKEGON, MI 49444-0348

10924   WEBB CHEMICAL CORP, PO BOX 4348, MUSKEGON, MI 49444-0348

10924   WEBB CHEMICAL CORP-DO NOT USE, PO BOX 4348, MUSKEGON, MI 49444-0348

10924   WEBB CHEMICAL SERVICE CORP, 2708 JARMAN STREET, MUSKEGON, MI 49444-0348

10924   WEBB CHEMICAL SERVICE CORP, 2708 JARMAN STREET, PO BOX 4348, MUSKEGON, MI 49444-0348

10925   WEBB CHEMICAL, PLAZA 23-1214, WILMINGTON, DE 19898

10924   WEBB CONCRETE CO INC, PO BOX 546, BARNWELL, SC 29812

10924   WEBB CONCRETE CO., INC., 2116 OIL ST., BARNWELL, SC 29812

10924   WEBB CONCRETE, P O BOX 546, BARNWELL, SC 29812

10924   WEBB CONCRETE, P.O. BOX 546, BARNWELL, SC 29812

10925   WEBB HERRING, MARTHA, 1121 TWELFTH ST NW, WASHINGTON, DC 20005

10925   WEBB III, NORMAN, 484 BEACON ST, BOSTON, MA 02115

10925   WEBB JR, MARVILLIS, 2009 BERKNER DR, RICHARDSON, TX 75081

10924   WEBB MIDDLE SCHOOL, 1610 SPRING CREEK DRIVE, GARLAND, TX 75040

10925   WEBB PROCESS EQUIPMENT CO., PO BOX 41095, BRECKSVILLE, OH 44141

10925   WEBB SR, DONALD L, 5729 STATE HWY, HILLSBORO, MO 63050

10925   WEBB SUPPLY CO INC, 390 FRANKLIN ST, FRAMINGHAM, MA 01701

10925   WEBB, ALVIN, 1949 MARSHALL, ABILENE, TX 79605

10925   WEBB, AMENU, 2001 N. FULTON AVE., BALTIMORE, MD 21217

10925   WEBB, AMY, 807 TOM SANDLER RD., CHARLOTTE, NC 28214

10925   WEBB, CARRIE, 103 VISTA DR, CLEMSON, SC 29633

10925   WEBB, CHARLES, 1369 ALEXANDRIA DRIVE, C4, LEXINGTON, KY 40502

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WEBB, CHARLES, 1911 ALCORN DRIVE, JEFFERSON CITY, TN 37760

10925   WEBB, CHARLES, ROUTE 4, PIEDMONT, SC 29673-9998

10925   WEBB, DANNY, RT 3 BOX 36, CLYDE, TX 79510

10925   WEBB, DAVID, PO BOX 51, UNION CITY, OK 73090

10925   WEBB, DEBORAH, RT 2 BOX 148, OLIVE HILL, KY 41164

10925   WEBB, ELIZABETH, 1225 BOYDS CREEK RD, SEYMOUR, TN 37865

10925   WEBB, ERIN, 1127 OFFSHORE DRIVE, FAYETTEVILLE, NC 28305

10925   WEBB, EVELYN, 5706 INDIAN OAK CIR, LOUISVILLE, KY 40219

10925   WEBB, FRANCES, 4102 BROYLES AVE., HUNTSVILLE, AL 35805

10925   WEBB, HERMAN, 218 CONVENT ST., LABADIEVILLE, LA 70372

10925   WEBB, JAMES, RT. 2, BOX 36, CHOUDRANT, LA 71227

10925   WEBB, JAMES, RT2 BOX 160, MARIANNA, AR 72360

10925   WEBB, JANE, 9717 S.W. 19TH AVE.., GAINESVILLE, FL 32607

10925   WEBB, JEAN, 44 HERITAGE ROAD, BILLERICA, MA 01821

10925   WEBB, JEANETTE, 1022 HICKORY TRAIL, SAN ANTONIO, TX 78245

10925   WEBB, JENNIFER, 235 SOUTHERN RD, BELTON, SC 29627

10925   WEBB, JESS, 318 SW AVE I, SEMINOLE, TX 79360

10925   WEBB, JO, 803 HOWARD DRIVE, SIMPSONVILLE, SC 29681

10925   WEBB, LAWRENCE, 10657 S AVE 9-E, J11, YUMA, AZ 85365

10925   WEBB, LAWRENCE, 303 WEST REED ST, ANDERSON, SC 29621

10925   WEBB, LESLIE, RT 1 BOX 2082, NICHOLSON, GA 30565

10925   WEBB, MARGARET, 1121 TWELFTH ST NW, WASHINGTON, DC 20005

10925   WEBB, MICHAEL, 605 EMILY LANE, PIEDMONT, SC 29673

10925   WEBB, PATRICIA, RT 1 BOX 590, TARBORO, NC 27886

10925   WEBB, RANDY, 1001 BILOXI, ENNIS, TX 75119

10925   WEBB, RAYMOND, 2413 COTILLION RD., JACKSONVILLE, FL 32211

10925   WEBB, REBECCA, 55 CAMERON AVE, SOMERVILLE, MA 02144

10925   WEBB, RHONDA, 2641 KELLIWOOD CIR., SHREVEPORT, LA 71106

10925   WEBB, ROBERT, 400 GENEVIEVE DRIVE, LAFAYETTE, LA 70503

10925   WEBB, ROBERT, 5950 SUNRISE BEND, SAN ANTONIO, TX 78205

10925   WEBB, ROGER, 110 W GREEN PARK, GRANT PARK, IL 60940

10925   WEBB, RUTH, 5915 RAINMAKER, SAN ANTONIO, TX 78238

10925   WEBB, SAUNDRA, 4600 N. JOSEY LANE, CARROLLTON, TX 75010

10925   WEBB, SUSANNE, 572D THACHER ST, ATTLEBORO, MA 02703

10925   WEBB, SUZELLEN, 703 N. WALNUT ST., MANTENO, IL 60950

10925   WEBB, T, 9203 NATIONAL AVE, LELAND, NC 28451

10925   WEBB, THERESE, 14613 BROUGHAM, OLATHE, KS 66062

10925   WEBB, TRAVIS, 5770 HWY. Y, HILLSBORO, MO 63050

10925   WEBB, WALTER, 118 AMBERWOOD LANE, MAULDIN, SC 29662

10925   WEBBER JR, ROBERT D, 1005 WOODS DR, CLAREMORE, OK 74017-4604

10925   WEBBER, JANET, 7136 VINLAND ST, DALLAS, TX 75227-1828

10925   WEBBER, STEVEN, 221 SALINAS, DONNA, TX 78537

10925   WEBBER, TIFFANY, 8051/2 WEST, GLENDALE, CA 91202

10924   WEBCOR/OMNI HOTEL, 500 CALIFORNIA ST. - 4TH FLOOR, SAN FRANCISCO, CA 94101-1001

10925   WEBCRAFTERS INC, GODFREY & KAHN SC DIANE M MARCHIK, 780 NORTH WATER ST, MILWAUKEE, WI 53202

10925   WEBCRAFTERS INC, JACK GARNER,

10925   WEBCRAFTERS INC, WALTER J FRAUTSCHI, 2211 FORDEM AVE, MADISON, WI 53704

10925   WEBER AIRCRAFT, KEN WAREN CONNIE WESTFALL,

10925   WEBER BROS & WHITE METAL WORKS,INC, PO BOX 187, HAMILTON, MI 49419

10925   WEBER COUNTY ASSESSOR, 2380 WASHINGTON BLVD #380, OGDEN, UT 84401

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WEBER CPA, JENNY L, 5517 N MILITARY TRAIL, BOCA RATON, FL 33496

10924   WEBER ELECTRIC SUPPLY, PO BOX 585, ERIE, PA 16512

10924   WEBER FRED INC, 2320 CREVE COEUR MILL RD, MARYLAND HEIGHTS, MO 63043

10925   WEBER JR, GEORGE, 3108 PEVERLY RUN RD., ABINGDON, MD 21009

10925   WEBER MARKING SYSTEMS INC, PO BOX 141, MOUNT PROSPECT, IL 60056-0141

10925   WEBER MARKING SYSTEMS INC, POBOX 141, MOUNT PROSPECT, IL 60056

10925   WEBER MCGINN INC, 2300 CLARENDON BLVD #610, ARLINGTON, VA 22201

10925   WEBER MCGINN, INC, 2300 CLARENDON BLVD # 610, ARLINGTON, VA 22201

10925   WEBER MCGINN, INC, 2300 CLARENDON BLVD #610, ARLINGTON, VA 22201

10925   WEBER MD, JL, F 15 5TH ST MANSIONES DE ESP, MAYAGUEZ, PR 00708

10924   WEBER URETHANE INSUL INC, 106 BOURLAND AVE, WATERLOO, IA 50702

10924   WEBER URETHANE INSULATION, 749 LOGAN, WATERLOO, IA 50701

10924   WEBER URETHANE INSULATION, INC., CAMBRIDGE, MA 02140

10924   WEBER URETHANE, 2351 BLAIRS FERRY ROAD, CEDAR RAPIDS, IA 52402

10924   WEBER URETHANE, 749 LOGAN AVE., WATERLOO, IA 50702

10925   WEBER USA, 2101 NASH ST, SANFORD, NC 27330

10924   WEBER VALENTINE, 1099 EAST MORSE, ELK GROVE VILLAGE, IL 60007

10925   WEBER, ARTHUR, RT. 3 BOX 4 131-I, OZARK, AR 72949

10925   WEBER, BARBARA, 300 WINSTON DR #2821, CLIFFSIDE PARK, NJ 07010

10925   WEBER, BRIAN JOSEPH, 14120 NE 181ST PL., WOODINVILLE, WA 98172

10925   WEBER, CANDITA, 307 W 25TH ST, WILMINGTON, DE 19802

10925   WEBER, CHERYL, 12164 REGAL COURT, WELLINGTON, FL 33414

10925   WEBER, CINDY, 7255 INDEPENDENCE, 216, CANOGA PARK, CA 91303

10925   WEBER, DAVE, 40 HAWORTH DR, HAWORTH, NJ 07641

10925   WEBER, DOROTHY, 12 BEAVER DAM ROAD, S. BERWICK, ME 03908

10925   WEBER, EVELYN, PO BOX 32042, CINCINNATI, OH 45232

10924   WEBER, FRED CONSTRUCTION CO., 2320 CREVE COEUR MILL ROAD, MARYLAND HEIGHTS, MO 63043

10924   WEBER, FRED, PAVER VARIOUS LOCATION, SAINT LOUIS, MO 63111

10925   WEBER, GARY, 2589 N KATHWOOD CIR, CINCINNATI, OH 45236

10925   WEBER, GEORGE, 3804 BRUMMEL, SKOKIE, IL 60076

10925   WEBER, HOWARD, 2583 SPIRIT DRIVE, ST PAUL, MN 55109

10925   WEBER, JAMES, 808 KATHERINE DRIVE, SUN PRAIRIE, WI 53590

10925   WEBER, JENNIFER, 10902A SUMMIT AVE, WOODSTOCK, MD 21163

10925   WEBER, JOSEPH, 3475 STATHEM AVE, CINCINNATI, OH 45211

10925   WEBER, JR, GEORGE, 3108 PEVERLY RUN RD, ABINGDON, MD 21009

10925   WEBER, KAREN, 1252 BERKSHIRE LANE, BARRINGTON, IL 60010

10925   WEBER, KENNETH, 421\2 W. WRIGHT AVE, WATERLOO, NY 13165

10925   WEBER, LAURA, 2529 W. CACTUS, PHOENIX, AZ 85029

10925   WEBER, LAUREL, 724 N HUGHES AVE, CLOVIS, CA 93613

10925   WEBER, LISA M, 29 BERNWOOD DRIVE, TAYLORS, SC 29687

10925   WEBER, LISA, 4924 HICKORY LAKE LANE, MATTHEWS, NC 28105

10925   WEBER, MARY, 2827 WEBER ROAD, SULPHUR, LA 70665

10925   WEBER, MICHAEL, 184 WILLOWGROVE SO, TONAWANDA, NY 14150-4516

10925   WEBER, NICK, 7815 BERTHA ROAD, PASADENA, MD 21122

10925   WEBER, NORMA, 13 CATHERINE ST, NEW CASTLE, DE 19720

10925   WEBER, PATRICIA, 184 WILLOWGROVE SO, TONAWANDA, NY 14150

10925   WEBER, PATRICIA, 2836 DANDELION CR, ANTIOCH, CA 94509

10925   WEBER, RALPH, 5018 S. MAIN ST. #6, CEDAR FALLS, IA 50613

10925   WEBER, ROBERT, 9 MONTVIEU COURT, HUNT VALLEY, MD 21030

10925   WEBER, RONALD, 1687 BARN HORST RD, BARTOW, FL 33830

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WEBER, RONDA G, 15217 REMLAP DR., REMLAP, AL 35133 | |
| 10925 | WEBER, RONDA, 15217 REMLAP DR., REMLAP, AL 35133 | |
| 10925 | WEBER, SHARON L, 5920 WEST TONOPAH, GLENDALE, AZ 85308-6708 | |
| 10925 | WEBER, SHARON, 5920 WEST TONOPAH DR, GLENDALE, AZ 85308 | |
| 10925 | WEBER, SHAUNA, 11 LAKERIDGE, ROWLETT, TX 75088 | |
| 10925 | WEBER, STEFAN, BEBELSTRASSE 72, WORMS, 67549GERMANY | *VIA Deutsche Post* |
| 10925 | WEBER, THOMAS, 699 LONG BARN DR, LATHOP, CA 95330 | |
| 10925 | WEBER, VICTOR, 5064 NETHERSTONE COURT, COLUMBIA, MD 21045-3963 | |
| 10925 | WEBER-RATCLIFF, ANNABELLA, 1515 MONTGOMERY RD, WILMINGTON, DE 19805 | |
| 10925 | WEBESTER, KATHA, 661 WOODBURY RD., JACKSON, MS 39206 | |
| 10925 | WEBEX INC, PO BOX 1026, NEENAH, WI 54957-1026 | |
| 10925 | WEBNER, CATHERINE, 5801 E.HAWTHORNE, TUCSON, AZ 85711 | |
| 10925 | WEBRE, DONALD, 402 ENGERON ST., HOUMA, LA 70363 | |
| 10925 | WEBRE, MICHAEL J, 14 PINEWOOD DR., SULPHUR, LA 70663 | |
| 10925 | WEBRE, MICHAEL, 14 PINEWOOD DRIVE, SULPHUR, LA 70663 | |
| 10925 | WEBS PAINTING CO, 9363 BURNET AVE, SEPULVEDA, CA 91343 | |
| 10925 | WEB-STAFF, POBOX 5407, BOSTON, MA 02206 | |
| 10924 | WEBSTER CONCRETE  PRODUCTS, 27692 HWY 35, WEBSTER, WI 54893 | |
| 10924 | WEBSTER CONCRETE PRODUCTS, 27692 HWY 35, WEBSTER, WI 54893 | |
| 10924 | WEBSTER ENVIRONMENTAL, 106 SCHOOL ROAD, RUFFIN, NC 27326 | |
| 10925 | WEBSTER JR, JOHN D, 1422 BARRY 2, LOS ANGELES, CA 90025-2371 | |
| 10924 | WEBSTER PLACE, C/O WILKIN INSULATING, CHICAGO, IL 60614 | |
| 10925 | WEBSTER SHEET METAL INC., 13831 SO KOSTNER, CRESTWOOD, IL 60445 | |
| 10925 | WEBSTER SHEET METAL, INC, 13831 S. KOSTNER, CRESTWOOD, IL 60445 | |
| 10925 | WEBSTER SQUARE MEDICAL, 46 MILL ST, WORCESTER, MA 01603 | |
| 10925 | WEBSTER, A, 14000 RENAISSANCE #1091, AUSTIN, TX 78728 | |
| 10925 | WEBSTER, BESSIE, PO BOX 2657, BARTOW, FL 33830-2657 | |
| 10925 | WEBSTER, BLANE, 704 S 3RD APT 1, ALBION, NE 68620 | |
| 10925 | WEBSTER, BRADFORD, 1121 HWY 417, MOORE, SC 29369-9518 | |
| 10925 | WEBSTER, BRADFORD, 206 EDGE ROAD, MOORE, SC 29369-9522 | |
| 10925 | WEBSTER, DANIEL, 419 PENOBSCOT COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | WEBSTER, EDITH, 39 E. 39TH ST APT # 2R, PATERSON, NJ 07504 | |
| 10925 | WEBSTER, HUGHES, 15307 PINE TREE WAY, BOWIE, MD 20716 | |
| 10925 | WEBSTER, JAMES, ROUTE 2, ALBION, NE 68620 | |
| 10925 | WEBSTER, JEFFERY, HC 61, BOX 245, CONVERSE, LA 71419 | |
| 10925 | WEBSTER, JENNIFER, 12525 COURSEY BLVD, BATON ROUGE, LA 70816 | |
| 10925 | WEBSTER, JIM, 3046 1/2 MOHAWK AVE, GRAND JUNCTION, CO 81504-6301 | |
| 10925 | WEBSTER, JOHN, 1023 ROBIN ST, DEPERE, WI 54115 | |
| 10925 | WEBSTER, KEITH L, 4212 FORDSON WAY, LOUISVILLE KY, KY 40211 | |
| 10925 | WEBSTER, KEITH, 313 SO 42ND ST, LOUISVILLE, KY 40212 | |
| 10925 | WEBSTER, LESLIE, 915 BRADFORD CT, LILBURN, GA 30247 | |
| 10925 | WEBSTER, O CLARK, 8718 MANINI WAY, DIAMONDHEAD, MS 39525 | |
| 10925 | WEBSTER, PAUL, 8800 BROOK RD, MCLEAN, VA 22102 | |
| 10925 | WEBSTER, PHYLLIS, PO BOX 576, MIAMI, AZ 85539 | |
| 10925 | WEBSTER, SADIE, 11555 S FORK DR, BATON ROUGE, LA 70816 | |
| 10925 | WEBSTER, SANDRA, 2627 WEST 61ST ST, INDIANAPOLIS, IN 46208 | |
| 10925 | WEBSTER, TROY, 3898 OLD SPARTANBURG HWY, MOORE, SC 29369 | |
| 10925 | WEBSTERS BUSINESS GUIDE, 237 SAW MILL ROAD, WEST HAVEN, CT 06516 | |
| 10925 | WEBSTERS ONLINE, INC, 237 SAW MILL ROAD, WEST HAVEN, CT 06516 | |
| 10925 | WEBTRENDS CORP, POBOX 4900, PORTLAND, OR 97208 | |
| 10925 | WECKEL, JAMES, 415 STEFAN COURT, BALTIMORE, MD 21222 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WECKEL, JAMES, 415 STEFAN CT, BALTIMORE, MD 21222

10925   WECKENMAN, JEAN, 58 GRANT AVE, SOMERVILLE, NJ 08876

10925   WECKESSER, CLARENCE, 1604 HILLTOP RD, EDGEWATER, MD 21037

10924   WEDCO INC, 175 SHADY LANE, STATELINE, NV 89449

10924   WEDCO INC, 450 TOANO STREET, RENO, NV 89504

10924   WEDCO INC, PO BOX 1131, RENO, NV 89504

10925   WEDCO, 10820 HEMLOCK AVE., CATHEDRAL CITY, CA 92235

10925   WEDCO, INC, PO BOX 23430, NEWARK, NJ 07189

10925   WEDCO, INC, PO BOX 891134, DALLAS, TX 75389-1134

10925   WEDDEL, RICKEY, 1313 COPUS, ODESSA, TX 79763

10925   WEDDEL, TERRY, 2117 NEPTUNE, ODESSA, TX 79763

10925   WEDDERBURN, JAVASIA, 900 MICKLEY DR, WHITEHALL, PA 18052

10925   WEDDING, ANNE, 1226 ROSS DR, IRVING, TX 75061

10925   WEDDING, FORREST, 4325 OLD HARTFORD RD., OWENSBORO,, KY 42303

10925   WEDDING, JOHN, 10513 NEWCUT ROAD, WHITESVILLE, KY 42378

10925   WEDDING, JOSEPH, 18 WADE LOOP, REYNOLDS STATION, KY 42368

10925   WEDDING, MICHAEL, 3312 SURREY DRIVE, 16, OWENSBORO, KY 42301

10925   WEDDINGTON, LAURA, 2037 MONROE ST, MANDEVILLE, LA 70448

10925   WEDDLE, ANNA, 502 WEST COLUMBIA, SOMERSET, KY 42501

10925   WEDDLE, DARRELL, 3601 CUNNINGHAM, MIDLAND, TX 79703

10925   WEDDLE, HAROLD, 16979 HIERBA DRIVE, SAN DIEGO, CA 92128

10925   WEDDLE, NANCY, 3626 MARKED TREE DR, EDMOND, OK 73013

10925   WEDDLE, SANDY, 1629 LEA, CLOVIS, NM 88101

10925   WEDDLE, STEPHEN SHIELDS, CUST FOR TIMOTHY CRAIG WEDDLE, UNIF GIFT MIN ACT UNDER NY, 66 KIPP ST, CHAPPAQUE, NY 10514-2519

10925   WEDDLE, STEPHEN, CUST FOR CHRISTOPHER SCOTT WEDDLE, UNIF GIFT MIN ACT NY, 66 KIPP ST, CHAPPAQUA, NY 10514-2519

10925   WEDEL, KEVIN, 3024 MC GAHA, WICHITA FALLS, TX 76308

10925   WEDEMEYER, NANCY, 470 BANK DRIVE, FALL BRANCH, TN 37656

10925   WEDGEWOOD FAMILY PRACTICE, 1197 VAN VOORHIS RD, MORGANTOWN, WV 26505

10925   WEDGEWORTH, CHARLEAN, 235 FAIRCHILD AVE, MIDDLESEX, NJ 08846

10925   WEDGEWORTH, STANLEY, 615 S PERSHING AVE, LIBERAL, KS 67901

10925   WEDGWOOD, BARRY, 144 JUNALUSKA DRIVE, WOODSTOCK, GA 30188

10925   WEDJ, PO BOX 60356, CHARLOTTE, NC 28260

10925   WEDMAN, MAURICE, RT. 1, BOX 37, ENOREE, SC 29335

10925   WEDMAN, ROBERT, 208 JIMMY HELLAMS RD, LAURENS, SC 29360

10925   WEDRON SILICA COMPANY, POBOX 73402-N, CLEVELAND, OH 44193-0805

10925   WEECO LTD, 2155 STONINGTON AVE, HOFFMAN ESTATES, IL 60195

10925   WEED INSTRUMENT CO., 4100 EXECUTIVE PARK DR., CINCINNATI, OH 45241

10925   WEED INSTRUMENT, 707 JEFFREY WAY, ROUND ROCK, TX 78664

10925   WEED INSTRUMENT, PO BOX 300, ROUND ROCK, TX 78680-0300

10924   WEED L E & SON, 187 SOUTH MAIN STREET, NEWPORT, NH 03773

10925   WEED, ANDREW, 615 W REBECCA, IOWA PARK, TX 76367

10925   WEED, DAWN, 615 W REBECCA, IOWA PARK, TX 76367

10925   WEED, JULIE, 350 FAIRFOREST WAY APT 4307, GREENVILLE, SC 29607

10925   WEED, THOMAS, 311 S CYPRESS ROAD, POMPANO BEACH, FL 33060

10925   WEED, TIMOTHY, RT 4 BOX 933, CALLAHAN, FL 32011

10925   WEEDE, LOWELL, 651 40 ST SE, CEDAR RAPIDS, IA 52403

10925   WEEDON, DARRIN, 3306 RYERSON CIRCLE, BALTIMORE, MD 21227

10925   WEEDON, PHILLIP, 8550 MAIN AVE, PASADENA, MD 21122

10924   WEEHAUKEN HOUSING, LINDEN, NJ 07036

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  WEEKES, KEVIN, 4640 JENNINGS, WICHITA FALLS, TX 76310

10925  WEEKLEY, DON, 22 WOODCREST MOBILE, FOLLANSBEE, WV 26037

10925  WEEKLY, MARVIN L, 1483 HEMLOCK AVE, IMPERIAL BEACH, CA 92032

10925  WEEKS CORPORATION, 4497 PARK DR, NORCROSS, GA 30093

10924  WEEKS EXPLORATION COMPANY, 1100 MILAM, HOUSTON, TX 77002-5499

10924  WEEKS EXPLORATION, 1100 MILAM, HOUSTON, TX 77002

10925  WEEKS JR., CHARLES, RT. 4 BOX 845, DERIDDER, LA 70634

10925  WEEKS, CATHERINE, 518 W LAKEVIEW DRIVE, DUNCAN, SC 29334

10925  WEEKS, GLENN, 1563 SPRINGHILL AVE, MOBILE, AL 36604

10925  WEEKS, IRENE, 1849 DOSCHER AVE, CHARLESTON, SC 29405

10925  WEEKS, JAMES, 98 RUSTIC LANE, APPLE CREEK, OH 44606

10925  WEEKS, JO, 14A DEVITT ROAD, WATERFORD, NY 12188

10925  WEEKS, LAWRENCE, 3165 N. HWY 14, GREER, SC 29651-9419

10925  WEEKS, MARSHALL, 54 SHADY OAK, ALVIN, TX 77511

10925  WEEKS, MARY, 5 IMPERIAL ST, LANESBOROUGH, MA 01237

10925  WEEKS, MICHAEL, 24317 SE 42ND PLACE, ISSAQUAH, WA 98027

10925  WEEKS, RENE, 3102 BLACKMON CT, HEPHZIBAH, GA 30815-7064

10925  WEEKS, SHARON, 127 AUSTIN AVE, BECKLEY, WV 25801

10925  WEEKS, WALLACE, 18510 MORRIS, PEARLAND, TX 77584

10925  WEEKS, WALTER, HC1 BOX 251, OLD TOWN, FL 32680

10925  WEEKS-WILLIAMS-DEVORE INC, 1014 INDUSTRIAL DR, MATTHEWS, NC 28106

10925  WEEKS-WILLIAMS-DEVORE, INC, PO BOX 987, MATTHEWS, NC 28106

10925  WEEMS, BRENDA, 459 NOBLE AVE., AKRON, OH 44320

10925  WEEMS, CALVIN, 16 PLATER COURT, BALTIMORE, MD 21207

10925  WEEMS, JEROME, 280 CENTRAL PARK WEST #4, MEMPHIS, TN 38111

10925  WEES, BERNARD, 4886 ROBIN HILL DRIVE, OMAHA, NE 68106

10925  WEESE, WILLIAM, 812 220TH ST., PASADENA, MD 21122

10925  WEESNER, JACK D., 1551 ARROWHEAD ROAD, GREENSBORO, GA 30642

10925  WEGE, TIMOTHY, 1 FINCH CIRCLE, LONDONDERRY, NH 03053

10925  WEGHORST, KIMBERLY, 4055 JASPER LOOP, DUMFRIES, VA 22026

10925  WEGLEIN JT TEN, ERNST B & HELEN, 7 WINDSOR RD, BROOKLINE, MA 02146-2110

10925  WEGLEWSKI, LINDA, 3322 HWY 166, DOUGLASVILLE, GA 30135

10925  WEGLEWSKI, TED, 3322 HWY 166, DOUGLASVILLE, GA 30135

10925  WEGNER, DENISE, 605 KIRKWOOD CIRCLE, CAMDEN, SC 29020

10925  WEGNER, MICHELLE, 1856 BEACH DR., GULFPORT, MS 39507

10925  WEGNER, SARAH, W143 N9842 RIDGEWOODLANE, GERMANTOWN, WI 53022

10925  WEHBA, SANDRA, 211 N ROBINSON, OKLAHOMA CITY, OK 73102

10925  WEHNER, ROBERT, PO BOX 275, SNYDER, NE 68664

10925  WEHR, NANCY, 8961 JOHNSON ST, PEMBROKE PINES, FL 33024

10925  WEHRMANN, HERBERT, 1466 KENNICOTT COURT, SYCAMORE, IL 60178-0000

10925  WEI, CECELIA, 45 RACHAEL ST, SPRINGFIELD, MA 01129

10925  WEI, CECILIA, 45 RACHAEL ST, SPRINGFIELD, MA 01129

10925  WEIBE, EDWARD, 7776 WOODLAWN AVE, PASADENA, MD 21122

10925  WEIBEL, CHRIS, 121 DEERVIEW CT, HARRISON, OH 45030

10925  WEICHERT COMMERICIAL REALTORS, 1625 ROUTE 10 EAST, MORRIS PLAINS, NJ 07950-2905

10925  WEICK, PATRICIA, 10620 DAVIS ROAD, TAMPA, FL 33637

10925  WEIDEMAN, YVONNE, 12356 POLLAR LAKE CT, FENTON, MI 48430

10925  WEIDEMANN, TERESA, 2309 COLUMBUS LANE, 5, MADISON, WI 53704

10925  WEIDEMANN, TERESA, 2931 WYNDWOOD WAY, SUN PRAIRIE, WI 53590

10924  WEIDENBACH CONST CO, SOUTH FIRST STREET, PARKSTON, SD 57366

10924  WEIDENBACH CONSTRUCTION COMPANY, SOUTH FIRST ST, PARKSTON, SD 57366

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | WEIDER NUTRITION GROUP, 2002 SOUTH 5070 WEST, SALT LAKE CITY, UT 84104-4836 | |
| 10924 | WEIDNER CENTER ADDITION, UNIVERSITY OF WISCONSIN, UWGB 2420 NICOLET DRIVE, GREEN BAY, WI 54311 | |
| 10925 | WEIDNER, LORRAINE, 25461 W CLINTON AVE, ANTIOCH, IL 60002 | |
| 10925 | WEIDNER, MERRILL, 12631 WOODGREEN, LOS ANGELES, CA 90066 | |
| 10925 | WEIER, PAMELA, 31 TERRACE CHASE, SUN PRAIRIE, WI 53590 | |
| 10925 | WEIERBACH, BRUCE, 1197 CALIFORNIA &, QUAKERTOWN, PA 18951 | |
| 10925 | WEIERBACH, RAYMOND, 365 EAST CHERRY ROAD, LOT5, QUAKERTOWN, PA 18951 | |
| 10925 | WEIGAND, WILLIS, 622 ORCHARD DR, DURCANSVILLE, PA 16635 | |
| 10925 | WEIGEL, CHARLES, 880 WOODLYN DR SOUTH, CINCINNATI, OH 45230 | |
| 10925 | WEIGEL, JANET, 808 EAST 6TH, HOISINGTON, KS 67544 | |
| 10925 | WEIGEL, LESTER, RT.2, BOX 215 SYCAMOR CR., PLATTSBURG, MO 64477 | |
| 10925 | WEIGEL, PEGGY-SUE, 170 STEPPLE CHASE TR, DALLAS, GA 30132 | |
| 10925 | WEIGEL, STEVEN, 170 STEEPLE CHASE TR, DALLAS, GA 30132 | |
| 10925 | WEIGELE, JEFFREY L, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | WEIGELE, JEFFREY, 2922 CHESTNUT HIL DR, ELLICOTT CITY, MD 21043 | |
| 10925 | WEIGH TECH CORPORATION, PO BOX 530, TOA BAJA, PR 00951PUERTO RICO | *VIA Deutsche Post* |
| 10925 | WEIGHT, GRETCHEN, RR 1 BOX 160, MANTENO, IL 60950 | |
| 10925 | WEIGHT-CHECK, POBOX 1117, EDGEWATER, FL 32132 | |
| 10925 | WEIGH-TRONIX INC., PO BOX 350031, BOSTON, MA 02241-0531 | |
| 10925 | WEIGH-TRONIX, 217 BOUL. BRUNSWICK, POINTE-CLAIRE, QC H9R 4R7CANADA | *VIA Deutsche Post* |
| 10925 | WEIGHTS & MEASURES FUND, PO BOX 490, AVENEL, NJ 07001 | |
| 10925 | WEIH, HAROLD, BOX 126, BENNETT, IA 52721-0126 | |
| 10925 | WEIKEL, KEITH, 817 PARK AV, BALTIMORE, MD 21201 | |
| 10925 | WEIL GOTSHAL & MANGES, 767 FIFTH AVE, NEW YORK, NY 10153-0119 | |
| 10925 | WEIL GOTSHAL & MANGES, 767 FIFTH AVE., NEW YORK, NY 10153 | |
| 10925 | WEIL PUMP SEE R A DAUGHERTY, 716 W. ALGONQUIN RD., ARLINGTON HEIGHTS, IL 60005 | |
| 10925 | WEIL, GOTSHAL & MANGES LLP, 1615 L ST NW, WASHINGTON, DC 20036-5610 | |
| 10925 | WEIL, GOTSHAL & MANGES, ATTN: TREASURER, 767 FIFTH AVE, NEW YORK, NY 10153-0119 | |
| 10925 | WEIL, LEONARD, SUCCESSOR TRUSTEE/LEON S GOLD TRUST, 233 WILSHIRE BLVD, 6TH FL, SANTA MONICA, CA 90401-1312 | |
| 10925 | WEIL, ROLFE, 6800 CEDARBROOK DR, BLOOMFIELD HILL, MI 48301 | |
| 10925 | WEIL, THOMAS, 19 ROWLEY ROAD, TOPSFIELD, MA 01983 | |
| 10925 | WEILER, JANET, 7622 DEER WAY, INDIANAPOLIS, IN 46236 | |
| 10925 | WEILER, JEANETTE R, 1045 S SAN JOSE 151, MESA, AZ 85202-3847 | |
| 10925 | WEILER, LARRY, 3519 KUTZTOWN ROAD, LAURELDALE, PA 19605 | |
| 10925 | WEILER, MARIE, 313 EAST ST, BOUND BROOK, NJ 08805 | |
| 10925 | WEILL MD, HANS, 10 FALCON DRIVE, MANDEVILLE, LA 70471 | |
| 10925 | WEILL MD, HANS, 755 HEARTHSTONE DRIVE, BASALT, CO 81621-8205 | |
| 10925 | WEIL-MCLAIN COMPANY, 500 BLAINE ST., MICHIGAN CITY, IN 46360-2388 | |
| 10925 | WEIMER, GAETANE, 1410 PLAINFIELD AVE, ORANGE PK, FL 32073 | |
| 10925 | WEIMER, JAIMIE, 21 CUMBERLAND RD, HAMILTON SQ., NJ 08690 | |
| 10925 | WEIMER, JUDITH, 4121 W 16TH STREET RD, GREELEY, CO 80634-3339 | |
| 10925 | WEIMER, LEANN, 5740 BLAINE ROAD, CHURCHTON, MD 20733 | |
| 10925 | WEIMMER, MARILYN, 7166 GREEN ABBEY WAY, SPRING HILL, FL 34606 | |
| 10925 | WEINBAUM, SHIRLEY, CUST FOR BARBARA WEINBAUM, UNIF GIFT MIN ACT NY, 165 ROSE LANE, NEW HYDE OARK, NY 11040-1656 | |
| 10925 | WEINBERG & GREEN LLC, 100 SOUTH CHARLES ST., BALTIMORE, MD 21201 | |
| 10924 | WEINBERG PAVILION-MENORAH PARK, 27100 CEDAR ROAD, BEACHWOOD, OH 44122 | |
| 10924 | WEINBERG PAVILLION ARBOR LAKE CTR, LAKE COOK RD E. OF 294, WEST CHICAGO, IL 60185 | |
| 10925 | WEINBERG, ALAN, 115 BROOKE ANN COURT, TAYLORS, SC 29687 | |
| 10925 | WEINBERG, MATT, 127 AVON PL., W HEMPSTEAD, NY 11552 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　WEINBERG, MORTON, 2 SADORE LANE, YONKERS, NY 10710

10925　WEINBERG, SONIA, 1240 CORNING ST APT 202, LOS ANGELES, CA 90035-2479

10925　WEINER, MARGARET M, 324 VAN GELDER ST, TAMAQUA PA, PA 18252

10925　WEINER, REBA, 113-14 72ND ROAD, 6C, FOREST HILLS, NY 11375

10925　WEINER, ROB, 22 WALL ST, EVERETT, MA 02149

10925　WEINFELD ESQ, DAVID M, 301 JENKINTOWN PLAZA BLDG., 101 GREENWOOD AVE., JENKINTOWN, PA 19046

10925　WEINFURT, DAVID, 5 LYNNFIELD ST, BEDFORD, MA 01730

10925　WEINGARDT, LAURAL, 19684 CTY RD 26, STERLING, CO 80751

10925　WEINGART, LYNN, 149 HARPER RIDGE RD, EAST HAMPSTEA, NH 03826

10925　WEINGARTEN REALTY INC., ATTN: JENNY HYUN, ASSOCIATE COUNSEL, 2600 CITADEL PLAZA DR, HOUSTON, TX 77008

10925　WEINGARTEN REALTY INVESTORS, ATTN: JENNY HYUN, ASSOCIATE COUNSEL, 2600 CITADEL PLAZA DR, HOUSTON, TX 77008

10925　WEINGARTEN REALTY INVESTORS, GEN COUNSEL, 2600 CITADEL PLAZA DR., HOUSTON, TX 77292-4133

10925　WEINGARTEN, SCHURGIN, GAGNEBIN &, TEN POST OFFICE SQUARE, BOSTON, MA 02109

10925　WEINHOLD, MARION, 900 EAST GREENLEAF BLVD, COMPTON, CA 90221

10925　WEINREB, HAROLD, 112 BRITE AVE, SCARSDALE, NY 10583-1402

10925　WEINSTEIN BERGMAN, 1201 THIRD AVE, SUITE 5300, SEATTLE, WA 98101-3000

10925　WEINSTEIN SERVICE ANNUITES, 56 A RUE DU FAUBORG ST-HONORE, PARIS, 75008FRANCE　　*VIA Deutsche Post*

10925　WEINSTEIN, ANNETTE, CUST OF ROY WWEINSTEIN, UNDER THE UNIF GIFT MIN ACT NY, 98 DEEPWOOD RD, EAST HILLS, NY 11577-1624

10925　WEINSTEIN, BETH, 63 MUDNOCK ROAD, SALISBURY, MA 01952

10925　WEINSTEIN, BINNIE, 116 TEAKWOOD COURT, E.NORTON, PA 19401

10925　WEINSTEIN, HAROLD, 307 HYSLIP AVE, WESTFIELD, NJ 07090

10925　WEINSTEIN, KAREN, 12 WHALEN RD, HOPKINTON, MA 01748

10925　WEINSTEIN, LOIS, 1448 BOSTON POST ROAD, WESTCHESTER, NY 10538

10925　WEINSTEIN, MARTIN, 63 MUDNOCK ROAD, SALISBURY, MA 01952

10925　WEIR SLURRY GROUP INC, 21976 NETWORK PLACE, CHICAGO, IL 60673-1219

10925　WEIR, CHESTER, 3627 GENEFIELD APT H-17, ST JOSEPH, MO 64506

10925　WEIR, GARY, 406 CAREY PLACE, LAKELAND, FL 33803

10925　WEIR, JOHN A, 2911 CAMBRIDGE, ODESSA, TX 79761-3409

10925　WEIR, SAM, 4343 RIDGECREST #501, AMARILLO, TX 79109

10925　WEIR, WILLIAM, 590 REEDY FORK ROAD, PIEDMONT, SC 29673

10925　WEIRATHER, KENNY, 43 SHADOW LN, LISBON, IA 52253

10925　WEIRATHER, STEVEN, 6424 110TH AVE, OLIN, IA 52320

10925　WEIRBACK, RICK, 132 MAIN ST, HELLERTOWN, PA 18055

10925　WEIRICH, RUBEN, RT. #1 BOX 204, LEWIS, IA 51544

10925　WEIRNIK, MARTHA, 811 W. NORTHLAND, APPLETON, WI 54914

10925　WEIRS, SUZETTE, 4762 CANTERBURY RD., ROELAND PARK, KS 66205

10925　WEIS, CHARLES, 952 HERRING CIRCLE, CRAIG, CO 81625

10925　WEIS, DAVID, 30009 CAROB ST, LAKE ELSINORE, CA 92530

10925　WEIS, JAY, 316 SCOTT DRIVE, DEFOREST, WI 53532

10925　WEIS, KATHLEEN, 2119 ROSENBERRY ROAD, 5, MADISON, WI 53711

10925　WEIS, ROBERT, 308 E PECAN, IOWA PARK, TX 76367

10925　WEISBAUM, KENNETH, 13939 OXNARD ST., 9, VAN NUYS, CA 91401

10925　WEISBECKER, TRUDY, 310 E ILLINOIS ST, MOMENCE, IL 60954

10925　WEISBERG, SUSAN, 1817 21 AVE, VERO BEACH, FL 32960

10925　WEISBRUCH, THEODORE, 1714 LANDCASTER CT, ARLINGTON HEIGHTS, IL 60004-0000

10925　WEISE, BILL W, 126 PELICAN LOOP, PITTSBURG, CA 94565

10925　WEISENBERGER ESQ, ROBERT C, 17 ELK ST., ALBANY, NY 12207

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 WEISENBERGER, SHEILA, PO BOX 69932, ODESSA, TX 79769

10925 WEISENSEL, FRANCIS, 4618 WINDSOR ROAD, WINDSOR, WI 53598

10925 WEISENSEL, JEROME, 7577 MARSHALL RD, COLUMBUS, WI 53925

10925 WEISENSEL, JEROME, 7577 MARSHALL RD, COLUMBUS, WI 53925-9114

10925 WEISENSEL, TERRY A, 192 BROOME ST, SUN PRAIRIE, WI 53590-1202

10925 WEISGERBER, DAVID, 5010 EAST 20TH ST, CASPER, WY 82609

10925 WEISGERBER, GARY, 3720 ABBOTT DR., BAKERSFIELD, CA 93312

10925 WEISHAAR, TIMOTHY, 2126 PARK LANE, KEOKUK, IA 52632

10925 WEISINGER, CRISTINA, 2337 DALIS DR, CONCORD, CA 94520

10925 WEISKIRCH, BETTY, 9219 LATROBE, SKOKIE, IL 60077-1131

10924 WEISKOTTEN HALL HEALTH SCIENCE CENT, IRVING AVE, SYRACUSE, NY 13210

10924 WEISMAN ART MUSEUM @ U. OF MINN., MINNEAPOLIS CAMPUS, MINNEAPOLIS, MN 55455

10925 WEISMAN, JAMIE E, 4 SO RIDGE RD, POMONA NY, NY 10970

10925 WEISMAN, LISA, 5321 POMMEL DRIVE, MOUNT AIRY, MD 21771

10925 WEISMAN, MARTIN, PO BOX 2104, ELLIJAY, GA 30540

10925 WEISMAN, RICHARD, 128 E. TAMARACK, MCALLEN, TX 78503

10925 WEISNER, ANNE, 115 AMBLE RD, OLIN, NC 28660

10925 WEISNERS, 3786 HWY.221 SOUTH, LAURENS, SC 29360

10925 WEISS C/O BARBER COLMAN, INDUSTRIAL INSTRUMENTS, FRAZER, PA 19355

10925 WEISS COMPANY, DEPT S, PO BOX 4271, CAROL STREAM, IL 60197-4271

10925 WEISS JR, DAVID P, 4009 WOODLEY RD, ELLICOTT, MD 21042-5334

10925 WEISS JR, SYDNEY, 125 73RD ST, NORTH BERGEN, NJ 07047-5810

10925 WEISS SHEET METAL INC., 210 BODWELL ST, AVON, MA 02322

10925 WEISS, AUGUST, 18 W 70TH ST. #5H, NEW YORK, NY 10023

10925 WEISS, BERNARD, 328 SOUTH 70TH AVE, OMAHA, NE 68132

10925 WEISS, BONNIE HOPE, 10282 BOCA ENTRADA, BOCA RATON, FL 33428

10925 WEISS, CYNTHIA, 930 CHESTNUT ST, BANGOR, PA 18013

10925 WEISS, DALE, PO BOX 43, OAKDALE, PA 15071

10925 WEISS, ELISA, 390 N.GREEN AVE., LINDENHURST, NY 11757

10925 WEISS, GWENDOLYN, 195 OLD FRIEDENSBRG RD, READING, PA 19606

10925 WEISS, HOWARD, CUST FOR MINDY FAYE WEISS, UNIF GIFT MIN ACT NC, 403 TURKEY POINTE CIR, COLUMBIA, SC 29223-8142

10925 WEISS, HOWARD, CUST FOR WAYNE ALLAN WEISS, UNIF GIFT MIN ACT NC, 403 TURKEY POINTE CIR, COLUMBIA, SC 29223-8142

10925 WEISS, JOSEPH, 440 S. BIRD ST, SUN PRAIRIE, WI 53590

10925 WEISS, MICHAEL, CUST FOR JOSHUA WEISS, UNIF GIFT MIN ACT NY, 151 OXFORD RD, NEW ROCHELLE, NY 10804-3306

10925 WEISS, MIEKO, 5135 SITORE DR, ST. AUGUSTINE, FL 32086

10925 WEISS, RICHARD, 2 TERRACE CLOSE, N. TARRYTOWN, NY 10591

10925 WEISS, ROBERT, 38 WINTER ST, MANSFIELD, MA 02048

10925 WEISS, WALTER, 131 VERNON ST, TEWKSBURY, MA 01876

10925 WEISSBOHN, JOYCE, 5766 HWY 392, ANACOCO, LA 71403

10925 WEISSE, DREW, 707 THIRD ST, DE PERE, WI 54115

10925 WEISSENBURGER, JOAN, 3359 MERCHANT TERR, DELTONA, FL 32738

10925 WEISSENSTEIN, LESLIE, 4607 SHAVANO BIRCH, SAN ANTONIO, TX 78230

10925 WEISSER JT TEN, ARTHUR & COLETTE, 182 E BAYBERRY RD, ISLIP, NY 11751-4900

10925 WEISSER JT TEN, ARTHUR T & COLETTE G, 182 E BAYBERRY RD, ISLIP, NY 11751-4900

10925 WEISSER, HENRIK, STRANDVEJEN 245, SKODSDORG, 2942DENMARK          **\*VIA Deutsche Post\***

10925 WEISSERT, NORMAN, 10209 DONLEIGH DR, COLUMBIA, MD 21046-1124

10925 WEISSMAN, ERIC, 410 CASTLE DR, CHERRY HILL, NJ 08003

10925 WEISSMAN, LARRY V, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 WEISSMAN, LARRY, 23128 S.W. 58TH AVE., BOCA RATON, FL 33428

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WEIST, JOHN, 7 SPNGS CC/3362 LORI LN, NEW PORT RICHEY, FL 34655 | |
| 10925 | WEISZ, GABRIELL, 4280 MACHADO DR, CONCORD, CA 94521 | |
| 10925 | WEITH, LORI, 4522 W LAKE SHORE DRIVE, WONDER LAKE, IL 60097 | |
| 10925 | WEITHERS, KAREN, 204 AMPERE PKWY, BLOOMFIELD, NJ 07003 | |
| 10925 | WEITZ & LUXEMBERG, PC, 40 FULTON ST, NEW YORK, NY 10038-1850 | |
| 10925 | WEITZ & LUXENBERG, PC, ., 180 MAIDEN LANE, 17TH FL, NEW YORK, NY 10038 | |
| 10925 | WEITZ, SHARON, 20921-5 COMMUNITY ST, CANOGA PARK, CA 91304 | |
| 10925 | WEITZER, PAMELA, 205 HIGHLAND AVE, MADISON, WI 53705 | |
| 10925 | WEIZEL, KARYN, 25 WINGATE RD, E WEYMOUTH, MA 02189 | |
| 10925 | WEJA INC, 252 MAIN ST, ORANGE, NJ 07052 | |
| 10925 | WEJA INC, FREDERICK C BIEHL III SORIANO HENK, 75 EISENHOWER PKWY, ROSELAND, NJ 07068-1600 | |
| 10925 | WEKEWA, EARLINE, 5226 E 46TH ST, INDIANAPOLIS, IN 46226 | |
| 10924 | WEKIWA CONCRETE, 6424 WEST JONES AVE., ZELLWOOD, FL 32798 | |
| 10924 | WEKIWA CONCRETE, P.O. BOX 279, ZELLWOOD, FL 32798 | |
| 10924 | WEKIWA CONCRETE, PO BOX 279, ZELLWOOD, FL 32798 | |
| 10924 | WELBORN HOSPITAL, BARCELONA, EVANSVILLE, IN 47715 | |
| 10925 | WELBORN, JAMES, 3100 CALDERC, MIDLAND, TX 79705 | |
| 10925 | WELBORN, STANLEY, 2826 HWY 84W LOT 33, LAUREL, MS 39440 | |
| 10925 | WELBORN, WILLIAM, 113 LANDER ST, WILLIAMSTON, SC 29697-1827 | |
| 10925 | WELBOURNE, MAXINE, 4425 COUNCIL ST NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | WELBY, JAMES, PO BOX 206, DOVER, NJ 07802-0206 | |
| 10925 | WELCH ALLYN INC, 4341 STATE ST RD, SKANEATELES FALLS, NY 13153 | |
| 10925 | WELCH ALLYN INC, 4619 JORDAN RD, SKANEATELES FALLS, NY 13153 | |
| 10924 | WELCH BROS., INC., 1000 TOWN HALL ROAD, BELVIDERE, IL 61008 | |
| 10924 | WELCH BROS., INC., 1050 ST. CHARLES ROAD, ELGIN, IL 60120 | |
| 10924 | WELCH BROS., INC., 1050 ST. CHARLES ST, ELGIN, IL 60120 | |
| 10924 | WELCH BROS., INC., 3402 NORHEAST HWY, CARY, IL 60013 | |
| 10924 | WELCH BROTHERS INC., 9N325 ROUTE 25, ELGIN, IL 60120 | |
| 10925 | WELCH JR, GEORGE A, 352 ISLE OF SKY CIRCLE, ORLANDO, FL 32828 | |
| 10925 | WELCH JR, THOMAS, 13114 INDIANAPOLIS, HOUSTON, TX 77015 | |
| 10925 | WELCH JR, VIRGIL, PO BOX 190, WILDORADO, TX 79098 | |
| 10925 | WELCH MARTIN ALBANO MANNERS, LAW BLDG, 311 WEST KANSAS AVE, INDEPENDENCE, MO 64050 | |
| 10924 | WELCH MILITARY PACKAGING SUPPLIES, 2817 WALNUT HILL LANE, DALLAS, TX 75229 | |
| 10924 | WELCH MILITARY PACKAGING SUPPLIES, PO BOX 202045, DALLAS, TX 75220 | |
| 10925 | WELCH VACUUM TECH., 7300 N. LINDER, SKOKIE, IL 60076 | |
| 10925 | WELCH VACUUM TECHNOLOGY, INC, PO BOX 95862, CHICAGO, IL 60694-5862 | |
| 10925 | WELCH, APRIL, 3575 STOUTON ST. 2ND FL, PHILADELPHIA, PA 19134 | |
| 10925 | WELCH, BEVERLY, 137 DAVID, PEARL, MS 39208 | |
| 10925 | WELCH, DANIEL, 58 DOGWOOD LANE APT # 58, SULPHUR, LA 70663 | |
| 10925 | WELCH, DAVID, 3838 CRAIG DRIVE, FLINT, MI 48506 | |
| 10925 | WELCH, DAVID, 706 NELLA, MINDEN, LA 71055 | |
| 10925 | WELCH, DAWN, 515 N. YORK RD. #1A, WILLOWGROVE, PA 19090 | |
| 10925 | WELCH, DOUGLAS, 3860 WILLOW TREE LN, DEPERE, WI 54115 | |
| 10925 | WELCH, EDDIE, 6401-A NORTH DIXIE, ODESSA, TX 79762 | |
| 10925 | WELCH, EDWARD, 20527 VANOWEN, 5, CANOGA PARK, CA 91306 | |
| 10925 | WELCH, EDWARD, 901 W COLLEGE ST, CANTON, TX 75103 | |
| 10925 | WELCH, F., 152 MANOR DR, RED BANK, NJ 07701 | |
| 10925 | WELCH, HAROLD, 209 33RD ST, SNYDER, TX 79549 | |
| 10925 | WELCH, JAMES, 1512 ARTHUR AVE, LAKELAND, FL 33801-7112 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    WELCH, JOHN, 418 NADINE RD., PEMBROKE, NH 03275

10925    WELCH, JR, GEORGE, 352 ISLE OF SKY CIR, ORLANDO, FL 32828

10925    WELCH, JUDITH, 6 FOREST PARK DR, NASHUA, NH 03060

10925    WELCH, MARY, 2900 OLTON ROAD, PLAINVIEW, TX 79072

10925    WELCH, PATRICIA, 2517 LIVE OAK TRAIL, DEER PARK, TX 77536

10925    WELCH, PATTY, 7727 PEEKSKILL, HOUSTON, TX 77075

10925    WELCH, PHILIP W, 4323 LEMON TREE, HOUSTON, TX 77088

10925    WELCH, PHILIP, 4323 LEMON TREE, HOUSTON, TX 77088

10925    WELCH, PRISCILLA M, 93 11 176 ST, JAMAICA NY, NY 11433

10925    WELCH, QUENTIN, 778 DIAMOND LANE, TALLADEGA, AL 35160

10925    WELCH, RANDALL, 14208 CAVELLE COURT, ORLANDO, FL 32828

10925    WELCH, RANDALL, 1534 STETZER CIRCLE, MORRISTOWN, TN 37814

10925    WELCH, ROBERT, 844 HINDLEY LN, EDMONDS, WA 98020

10925    WELCH, RONNIE, 4872 MATTERHORN, WICHITA FALLS, TX 76310

10925    WELCH, VICTORIA, 4130 S MILL AVE, TEMPE, AZ 85287

10925    WELCH, WENDELL, HWY. 584 WEST PO BOX 502, OSYKA, MS 39657

10925    WELCHS COPY INC, 1218 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10925    WELCOME HOME ARABESQUE, PO BOX 9536-503, AUSTIN, TX 78766

10925    WELD PLUS, 4750 RIVER RD., CINCINNATI, OH 45233

10925    WELD POWER SERVICE COMPANY, 14 TECHNOLOGY DRIVE, AUBURN, MA 01501

10925    WELD WORLD, INC, 5110 CURTIS AVE., BALTIMORE, MD 21226

10925    WELDCO CO INC, 744-B LINCOLN BLVD, MIDDLESEX, NJ 08846

10925    WELDER REPAIR, 6306 W VINEYARD, LAVEEN, AZ 85339

10925    WELDERS EQUIPMENT, INC, 1201 W. PARK AVE, EUNICE, LA 70535

10925    WELDERS SUPPLY CO., 701 MCCULLOH ST., BALTIMORE, MD 21201

10925    WELDING ENGINEERING & ASSEMBLY CO., 2142 HARFORD ROAD, BALTIMORE, MD 21218

10925    WELDING ENGINEERS, 577 OVERLAND RD, MASSILLON, OH 44647

10925    WELDING INDUSTRAIL SUPPLY CO., 2200 NORTH WESTERN AVE, CHICAGO, IL 60647

10925    WELDING SERVICES, INC, 2225 SKYLAND COURT, NORCROSS, GA 30071

10925    WELDING WAREHOUSE, 7654 E.SLAUSON AVE., COMMERCE, CA 90040-3833

10925    WELDON EXECUTIVE COACH, 831 BEACON ST. 222, NEWTON, MA 02459

10924    WELDON MATERIALS COMPANY, 141 CENTRAL AVE., WESTFIELD, NJ 07090

10924    WELDON MATERIALS COMPANY, CHIMNEY ROCK ROAD, BOUND BROOK, NJ 08805

10924    WELDON MATERIALS COMPANY, KEASBEY, NJ 08832

10924    WELDON MATERIALS COMPANY, MARSHESE DOCK RD, LINDEN, NJ 07036

10924    WELDON MATERIALS COMPANY, NEW PROVIDENCE RD., WATCHUNG, NJ 07060

10925    WELDON, CHARLES, 809 S. PELHAM RD., JACKSONVILLE, AL 36265

10925    WELDON, DAVID, 17303 EDENBRIDGE CT, SPRING, TX 77379

10925    WELDON, P, 1575 E 174TH ST 9, BRONX, NY 10472

10925    WELDON, PATTIE, RT 5 BOX 810, WINNSBORO, SC 29180

10925    WELDON, RICKY, 419 MANOR DR, METAMORA, IL 61548

10925    WELDON, ROBERT N, 510 REVERE BCH BLVD, REVERE MA, MA 02151

10925    WELDON, SUSAN RUTH, PO BOX 87, METAMORA, IL 61548

10924    WELDON, WILLIAMS AND LICK, 8TH AND B STREET, FORT SMITH, AR 72901

10924    WELDON'S TRANSIT MIX, 781 SOUTH MISSION, MOUNT PLEASANT, MI 48804

10924    WELDON'S TRANSIT MIX, INC., 781 SOUTH MISSION, MOUNT PLEASANT, MI 48804

10924    WELDON'S TRANSIT MIX, INC., P.O. BOX 244, MOUNT PLEASANT, MI 48804

10925    WELD-RITE SERVICE, INC, 6715 W. 73RD ST., BEDFORD PARK, IL 60638

10924    WELDS COMPRESSION, CAMBRIDGE, MA 02140

10924    WELHAF BROTHERS INC, PO BOX 192, HUNTINGDON VALLEY, PA 19006

10924    WELK RESORT, 2000 STATE HWY. 165, BRANSON, MO 65616

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WELKE, CAROL, 543 FANSHANE ST, PHILADELPHIA, PA 19111 | |
| 10925 | WELKER, BARBARA J, 5704 COOLIDGE HWY RT 5, GUILFORD, UT 05301-8636 | |
| 10925 | WELKER, CLIF, PO BOX 192, WOODVILLE, TX 75979 | |
| 10925 | WELKER, SR, KENNETH, 1835 GOLFVIEW DRIVE, BARTLETT, IL 60103 | |
| 10924 | WELL SPRING RETIREMENT COMMUNITY, 4100 WELL SPRING DRIVE, GREENSBORO, NC 27410 | |
| 10925 | WELLBORN HOUSTON ADKISON, PO BOX 1109, HENDERSON, TX 75653-1109 | |
| 10924 | WELLBORN INDUSTRIES, 1604 S PIERCE, MASON CITY, IA 50401 | |
| 10924 | WELLBORN PAINT CO., 215 ROSSMOOR RD. SW, ALBUQUERQUE, NM 87105 | |
| 10924 | WELLBORN PAINT CO., PO BOX 25645, ALBUQUERQUE, NM 87125 | |
| 10925 | WELLER, FRANCIS, 2704 RIVER ROAD, VIRGINIA BEACH, VA 23454-1206 | |
| 10924 | WELLES SUPPLY CO INC THE, 106-08 PRESCOTT AVE., ELMIRA HEIGHTS, NY 14903 | |
| 10924 | WELLES SUPPLY CO., 106-108 GRAND CENTRAL AVE., ELMIRA HEIGHTS, NY 14903 | |
| 10924 | WELLESLEY COLLEGE, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVE. BLDG 3, NORWOOD, MA 02062 | |
| 10924 | WELLESLEY GATEWAY, JUNCTION OF RT.#9 AND 128, WELLESLEY, MA 02181 | |
| 10925 | WELLFORD FAMILY MEDICINE, PC, 102A ASTOR ST, WELLFORD, SC 29385 | |
| 10925 | WELLING, FREDERIC, 6030 FOX HILL DR, LONGMONT, CO 80501 | |
| 10924 | WELLINGTON CINEMA, PHOENIX, AZ 85001 | |
| 10924 | WELLINGTON HAMRICK, INC, 413 COLLEGE ROAD, BOILING SPRINGS, NC 28017 | |
| 10924 | WELLINGTON HAMRICK, INC., PO BOX755, BOILING SPRINGS, NC 28017 | |
| 10924 | WELLINGTON MIDDLE SCHOOL, 11901 LAKE WORTH ROAD, LAKE WORTH, FL 33467 | |
| 10924 | WELLINGTON WINDOW & DOOR CO., 3938 MEADOWBROOK ROAD, MINNEAPOLIS, MN 55426 | |
| 10924 | WELLINGTON WINDOW & DOOR CO., 8102 EXCELSIOR BLVD., HOPKINS, MN 55343 | |
| 10925 | WELLMAKER, MARTIN, 730 FRANCINE DR., KANKAKEE, IL 60901 | |
| 10925 | WELLMAKER, NELLIE, 1657 E RIVER RD, KANKAKEE, IL 60901 | |
| 10925 | WELLMAN EQUIPMENT INC, 1519 W 55TH ST, LA GRANGE, IL 60525 | |
| 10925 | WELLMAN INC., PO BOX 31331, CHARLOTTE, NC 28231 | |
| 10924 | WELLMAN READY MIX (SEE IDEAL RM), 620 FIRST STREET, WELLMAN, IA 52356 | |
| 10924 | WELLMAN READY MIX (SEE IDEAL RM), KALONA, IA 52247 | |
| 10924 | WELLMAN READY MIX, BOX 1, WELLMAN, IA 52356 | |
| 10925 | WELLMAN, ELIZABETH, 646 FREEMAN ST, ORANGE, NJ 07050 | |
| 10925 | WELLMAN, INC, PO BOX 100542, FLORENCE, SC 29501 | |
| 10925 | WELLMAN, INC, PO BOX 751316, CHARLOTTE, NC 28275 | |
| 10925 | WELLMAN, PATRICK, HC80 BOX 287-B, LEESVILLE, LA 71446 | |
| 10925 | WELLMANN, EMMA H, 1904 FULLER ST, PHILADELPHIA, PA 19152-2627 | |
| 10925 | WELLNER, LEROY, 22174 W VALLEY RD, WAUKESHA, WI 53186 | |
| 10925 | WELLNER, SCOTT, 712 MILWAUKEE AVE, WAUKESHA, WI 53188 | |
| 10924 | WELLNESS CENTER - MERCY HOSPITAL, 7500 STATE ROAD, CINCINNATI, OH 45255 | |
| 10924 | WELLNESS CENTER, THE, BUIE DRIVE, FAYETTEVILLE, NC 28304 | |
| 10925 | WELLNESS ENGAGEMENT CALENDAR, THE, PO BOX 420161, PALM COAST, FL 32142 | |
| 10925 | WELLONS, ALLISON, 2510 NEVELS RD., COLLEGE PARK, GA 30349 | |
| 10925 | WELLONS, VALERIA, 530 BOWDEN DR., ELLENWOOD, GA 30049 | |
| 10925 | WELLONS, VIKKI, 280 CHIMNEY SPGS, TYRONE, GA 30290 | |
| 10925 | WELLS ASPHALT PAVING & SEAL COATING, 14302 SWEENEY RD., HOUSTON, TX 77060 | |
| 10925 | WELLS BINDERY, 54 STEARNS ST, WALTHAM, MA 02154 | |
| 10924 | WELLS CONCRETE PROD CO, 854 HWY 109 NE, WELLS, MN 56097 | |
| 10924 | WELLS CONCRETE PROD CO, P O BOX 308, WELLS, MN 56097 | |
| 10924 | WELLS CONCRETE PROD CO., PO BOX 308, WELLS, MN 56097 | |
| 10924 | WELLS CONCRETE PRODUCTS, PRESTRESS DIV, WELLS, MN 56097 | |
| 10924 | WELLS CONCRETE, 854 HIGHWAY 109 NE, WELLS, MN 56097 | |
| 10924 | WELLS CONPRESION, 3926 W. COUNTY RD, ODESSA, TX 79760 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WELLS FARGO ALARM SERVICE, 230 WEST DIVISION ST, CHICAGO, IL 60610

10925 WELLS FARGO ALARM SERVICES, PO BOX 15110, WILMINGTON, DE 19886

10925 WELLS FARGO ALARM SERVICES, PO BOX 371990, PITTSBURGH, PA 15250-7990

10925 WELLS FARGO ALARM SERVICES,INC, PO BOX 15110, WILMINGTON, DE 19886

10925 WELLS FARGO ALARM SVCS, POBOX 371990, PITTSBURGH, PA 15250-7990

10925 WELLS FARGO BANK, 500 NORTH AKARD, DALLAS, TX 75201

10924 WELLS FARGO BANK, C/O WESTSIDE BUILDING MATERIALS, EL MONTE, CA 91731

10925 WELLS FARGO BUSINESS CREDIT, INC, DEPT #1078, DENVER, CO 80291-1078

10925 WELLS FARGO FINANCIAL LEASING, INC, PO BOX 6167, CAROL STREAM, IL 60197-6167

10925 WELLS FARGO FINE BOARD, 230 DIVISION, CHICAGO, IL 60610

10925 WELLS FARGO, PO BOX 371990, PITTSBURGH, PA 15250

10925 WELLS FARGO/ADVANCED TELECOMM, PO BOX 10336, DES MOINES, IA 50306-0336

10925 WELLS III, JAMES, 1510 DIANE DRIVE, SULPHUR, LA 70663

10925 WELLS JR., ROBERT, 7831 LOTUS DRIVE, ANCHORAGE, AK 99502

10925 WELLS PEYTON BEARD GREENBERG HUNT, 550 FANNIN, SIXTH FL, BEAUMONT, TX 77704-3708

10925 WELLS SR, CARL, PO BOX 33, STANTON, KY 40380-0033

10925 WELLS TECHNICAL SERVICES, 616 PARK AVE., CHESTERTON, IN 46304

10925 WELLS, ABBY, 310 MARTIN RIDGE CT, ROSWELL, GA 30076

10925 WELLS, ALBERT, BOX 653, MOORCROFT, WY 82721-0653

10925 WELLS, ALFRED, 410 E WASHINGTON, IOWA PARK, TX 76367

10925 WELLS, AMY, RT. 3 BOX 591, BESSEMER CITY, NC 28016

10925 WELLS, ANDREW, PO BOX 4065, WICHITA FALLS, TX 76308

10925 WELLS, ANN, 1575 CHURCH RD, MOUNTAINTOP, PA 18707

10925 WELLS, ANTHONY, 6245 SANDPIPER CT., ELKRIDGE, MD 21075

10925 WELLS, BETTY LOU, 1124 JASMINE AVE, FORT PIERCE, FL 34982

10925 WELLS, BILL, 4099 W 71ST ST, CHICAGO, IL 60629

10925 WELLS, BRANDON, 597 W. HICKORY LEVEL, TEMPLE, GA 30179

10925 WELLS, C, BOX 1214, COPPELL, TX 75019

10925 WELLS, CARL, 14302 SWEENEY ROAD, HOUSTON, TX 77060

10925 WELLS, CLARA, 22 COTTONWOOD LANE, MERRIMACK, NH 03054

10925 WELLS, CLIFTON, 1025 AVE G, PLANO, TX 75074

10925 WELLS, CYNTHIA, 2712 S 132ND E AVE., TULSA, OK 74134

10925 WELLS, DANNY, 24 SALUDA AVE, WARE SHOALS, SC 29692-1331

10925 WELLS, DAVID, 1195 JESSEE JEWELL PKWY, GAINESVILLE, GA 30501

10925 WELLS, DAVID, 5 DUNLOGGIN DRIVE, MERRIMACK, NH 03054

10925 WELLS, DENNIS, 304 B LATHAM ST., GREENVILLE, NC 27834

10925 WELLS, EARL, 1609 SECOND ST SE, RUSKIN, FL 33570-9715

10925 WELLS, ELAINE, 113 S APPLEWOOD CT, ROCKY MOUNT, NC 27803

10925 WELLS, ELIZABETH, 613 W. WILLIAM DAVID PKWY., METAIRIE, LA 70005

10925 WELLS, F, 1779 NORTH HIGHLAND, 217, MEMPHIS, TN 38111

10925 WELLS, FAYE, PO BOX 96, DELHI, LA 71232

10925 WELLS, GLENN, 36 WISCONSIN ST, CARPENTERSVILLE, IL 60110

10925 WELLS, GREG, 5051 MING AVE. #57, BAKERSFIELD, CA 93309

10925 WELLS, JAMES, PO BOX 222, RIPLEY, OH 45167

10925 WELLS, JIMMY, 250 HOLIDAY ST, WEST PELZER, SC 29669

10925 WELLS, JIMMY, 8354 WHITNEY ST, FT WORTH, TX 76106

10925 WELLS, JIMMY, ROUTE 2, WASHINGTON, IA 52353

10925 WELLS, JOAN, RFD # 2, NORRIDGEWOCK, ME 04957

10925 WELLS, JOHN, 20 B VILLAGE DR., NORTHBORO, MA 01532

10925 WELLS, JOHN, 20 B VILLAGE DRIVE, NORTHBORO, MA 01532

10925 WELLS, JOSEPH, 1171 CROWN ST, ANAHEIM, CA 92801-2026

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    WELLS, JUDY, 9420 BECK AVE, DALLAS, TX 75228

10925    WELLS, KAY, 120 GRANADA ST, FERNLEY, NV 89408

10925    WELLS, KENNETH, 10500 NW 7TH ST, PLANTATION, FL 33324

10925    WELLS, LEONARD, 57 FRANCIS ST, HAVERHILL, MA 01830

10925    WELLS, LINDA, 5208 GREEN COVE CRCL, LOUISVILLE, KY 40218

10925    WELLS, LISA, 3108 WINFIELD, ODESSA, TX 79764

10925    WELLS, LORI, 2214 EAST 7TH ST, CHARLOTTE, NC 28204

10925    WELLS, MARK, 5222 CATSKILLS, WICHITA FALLS, TX 76310

10925    WELLS, MELANIE, 1690 E FIR, FRESNO, CA 93720

10925    WELLS, MICHAEL, 7383 RIDGEHAVEN LN, ST. LOUIS, MO 63121

10925    WELLS, NINA, 7461 GERMANTOWN SQ S, GERMANTOWN, TN 38138

10925    WELLS, NORMAN, 53 HERITAGE CIR, HUDSON, NH 03051

10925    WELLS, R, 1124 JASMINE, FT. PIERCE, FL 33450

10925    WELLS, RANDY, 100 ELSIE AVE, GREENVILLE, SC 29605

10925    WELLS, RITA, 2002 N ALTON, INDIANAPOLIS, IN 46222

10925    WELLS, RITA, N2072 HWY 22, ARLINGTON, WI 53911

10925    WELLS, ROSELLA, 1609 SECOND ST SE, RUSKIN, FL 33570-9715

10925    WELLS, ROY, 12711 BAY CEDAR, HOUSTON, TX 77048-4003

10925    WELLS, RUTH, 177 N. HIGHLAND ST., MEMPHIS, TN 38111

10925    WELLS, SHARON, 1819 ROLLINGSTONE, NORMAN, OK 73071

10925    WELLS, SHEILA, PO BOX 2013, SANTA MONICA, CA 90406-2013

10925    WELLS, SONYA, 1503 W. 21TH ST, JAX, FL 32209

10925    WELLS, TERRENCE, 6055 NORCROSS TUCKERRD. APT C-3, NORCROSS, GA 30093

10925    WELLS, THOMAS, 17698 SAN BERNARDO CIRC, FOUNTAIN VALLEY, CA 92708-5242

10925    WELLS, VERONICA, PO BOX 201, LYNCHBURG, SC 29080

10925    WELLS, WAYNE, 603 ELM ST, PILOT POINT, TX 76258

10925    WELLS, WILLIAM, 5155 WEST 85TH ST. B, BURBANK, IL 60459

10925    WELLS, WILLIAM, RT 2 118 HAMILTON, LOCKPORT, LA 70374

10925    WELLSESS CENTER, THE, 2665 N. DECATUR RD SUITE 10, DECATUR, GA 30033

10924    WELLSTAR DISTRIBUTION, 991 CANTON HIGHWAY, MARIETTA, GA 30060

10925    WELP, DEBRA, 2828 N.E.AINSWORTH, PORTLAND, OR 97211

10924    WELSCH BLOCK CO, 806 GARDNER STREET, JOLIET, IL 60433

10924    WELSCH BLOCK COMPANY, 806 GARDNER STREET, JOLIET, IL 60433

10925    WELSCH, GEORGE, 1409 N. PENNSYLVANIA #152, OKLAHOMA CITY, OK 73134

10925    WELSH JT TEN, W ROBERT & CHERYL L, 1070 SOUTH ELIZABETH, DENVER, CO 80209-5116

10925    WELSH, DEBORAH, 82 SAMSONDALE AVE, W. HAVERSTRAW, NY 10993

10925    WELSH, DEBORAH, PO BOX 404, TOMPKINS COVE, NY 10986

10925    WELSH, H, 280 NEWTONVILLE AVE, NEWTON, MA 02160

10925    WELSH, HEATHER, 4990 ELIOTS OAK ROAD, COLUMBIA, MD 21044

10925    WELSH, HERBERT R, 723 37TH AVE, SEATTLE, WA 98122-5222

10925    WELSH, JOHN, 524 OVERLAND DRIVE, SPARTANBURG, SC 29307

10925    WELSH, O, 800 KAY RD, BRADENTON, FL 34202

10925    WELSH, OMEDA, 5416 81ST AVENUE CIR E, PALMETTO, FL 34221-8836

10925    WELSH, PATRICK, 30 CHARLOTTE CT, ROBINS, IA 52328

10925    WELSH, PHILIP, 99 PAGE ROAD, NEEDHAM, MA 02192-3621

10925    WELSH, WILLIAM A, 7500 GRACE DR., COLUMBIA, MD 21044

10925    WELSH, WILLIAM, 13271 STYER COURT, HIGHLAND, MD 20777

10925    WELTCHEK, NANCY, 9852 FAIRMONT AVE, 225, MANASSAS, VA 20109

10924    WELTE VAULT, 102 W. HWY 175, DANBURY, IA 51019

10924    WELTE VAULT, INC., PO BOX341, DANBURY, IA 51019

10925    WELTER, ALBINA, 72 NEW AMWELL ROAD, SOMERVILLE, NJ 08876

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WELTER, DAVID, 17741 LOST TRAIL, CHARGRIN FALLS, OH 44023 | |
| 10925 | WELTON, MATT, 4525 ASHWOOD DR., INDIANAPOLIS, IN 46268 | |
| 10925 | WELTY SHIMEALL & ASSOCIATE, SUITE 613 NEW OHTEMACHI, BLDG 2-1, 2-CHOME OHTEMACHI CHIYODA-KI, C PO BOX 995, TOKYO, 100-8692JAPAN | *VIA Deutsche Post* |
| 10925 | WELTY SHIMEALL & ASSOCIATES, C.P.O. BOX 995, TOKYO, 100-8692JAPAN | *VIA Deutsche Post* |
| 10925 | WELTY SR, GUY W, 3200 HACKBERRY LANE, YORK, PA 17404-8422 | |
| 10925 | WELTY SR, GUY WILLIAM, 3200 HACKBERRY LANE, YORK, PA 17404-8422 | |
| 10925 | WELTY SR, GUY, 3200 HACKBERRY LANE, YORK, PA 17404 | |
| 10925 | WELTY, BARBARA, 3505 STRATFIELD DRIVE N.E., ATLANTA, GA 30342 | |
| 10925 | WELYTOK, MARK, PO BOX 487, ARTZ ROAD, LOWVILLE, NY 13367-0487 | |
| 10925 | WELZIN, IRENE, 135 FRANKLIN AVE, STATEN ISLAND, NY 10301 | |
| 10925 | WEMETT, CHRISTOPHER, 409 LINDEN ST, ROCHESTER, NY 14620 | |
| 10925 | WEMLINGER, MAXINE, 2705 S. XANADU WAY, AURORA, CO 80014 | |
| 10925 | WEN, JACK, 2913 ROBESON PARK DR, CHAMPAIGN, IL 61822 | |
| 10925 | WEN, JIANYE, 27 APRIL LANE, LEXINGTON, MA 02421 | |
| 10925 | WEN, JIANYE, 2913 ROBESON PARK DR, CHAMPAIGN, IL 61822 | |
| 10924 | WENATCHEE SAND & GRAVEL, 1351 S. WENATCHEE AVE., WENATCHEE, WA 98801 | |
| 10925 | WENCE P PELL & WANDA B PELL, JT TEN, 925 TROWBRIDGE RD, BLOOMFIELD HILLS, MI 48304-2937 | |
| 10925 | WENDE, HARVEY, 720 CROSS TIMBERS DR, DOUBLE OAK, TX 75077 | |
| 10925 | WENDEL, JANET, 100 SONOMA COURT, COLD SPRING, KY 41076 | |
| 10925 | WENDEL, RANDALE, 12419 PINEKNOLL ST., HOUSTON, TX 77099 | |
| 10925 | WENDELKEN JT TEN, DOROTHY & GEORGE, C/O MARSHA HENDLEY, PO BOX 8036, PHOENIX, AZ 85066-8036 | |
| 10925 | WENDELKEN, JOHN, 3305 RILEY DR, PLANO, TX 75025 | |
| 10925 | WENDELL A BRINSON &, JANET W BRINSON JT TEN, RT 6 BOX 54, FANCY BLUFF ROAD, BRUNSWICK, GA 31525-0000 | |
| 10925 | WENDELL CAMPBELL, 1412 EAST 8TH, ODESSA, TX 79761 | |
| 10925 | WENDELL GEORGE REINEKE, 4010 W CALAVAR RD, PHOENIX, AZ 85023-5313 | |
| 10925 | WENDELL H POE, ROUTE 1 BOX 61, STRASBURG, IL 62465-9704 | |
| 10925 | WENDELL L POWER, PO BOX 1869, MONROE, GA 30655-6869 | |
| 10925 | WENDELL VANDER PLOEG, 203 WEATHERBY DR, GREENVILLE, SC 29615-5811 | |
| 10925 | WENDELL W HARVEY, PO BOX 125, NORTH EASTHAM, MA 02651-0125 | |
| 10925 | WENDELL, CARROLL, 171 EMERALD WAY, LAGUNA, CA 92651 | |
| 10925 | WENDHAL, REBECCA, 1408 ROBERT ST, WHITEHALL PA, PA 18052 | |
| 10925 | WENDI CLEMENT, 7017 SALLIER ROAD, SULPHUR, LA 70665-7739 | |
| 10924 | WENDLAND MANUFACT, 601 WEST 11TH ST, SAN ANGELO, TX 76903 | |
| 10924 | WENDLAND MANUFACTURING CORP., 601 W. 11TH, SAN ANGELO, TX 76903 | |
| 10925 | WENDLAND, GARY, 8008 WENDLAND DR, GREENLEAF, WI 54126-9411 | |
| 10925 | WENDLICK, CIH, JOSEPH D, 851 S. MARINE HILLS WAY, FEDERAL WAY, WA 98003 | |
| 10925 | WENDON ASSOCIATES P C, 24 ELM AVE, RAHWAY, NJ 07065 | |
| 10925 | WENDORF, KENNETH, 1013 NEVILLE ST, GREEN BAY, WI 54303 | |
| 10925 | WENDT, JORETTA, 8 EAST 13TH ST, ATLANTIC, IA 50022 | |
| 10925 | WENDT, PAUL, 4146 GALLOWAY DRIVE, PEARLAND, TX 77584 | |
| 10925 | WENDT, R, 6873 SHADY LANE RD, WEST BEND, WI 53090 | |
| 10925 | WENDT, RAYMOND, 6873 SHADY LANE RD., WEST BEND, WI 53090-8989 | |
| 10925 | WENDT, THOMAS, 1135 HECKER ROAD, WATERLOO, NY 13165 | |
| 10925 | WENDY B. GRAMMAS, 345 STANWICH RD., GREENWICH, CT 06830 | |
| 10925 | WENDY J OTOUPAL, 160 BUCKINGHAM DR, INDIANAPOLIS, IN 46208-3552 | |
| 10925 | WENDY JOY CARPENTER, PO BOX 13724 UNIVERSITY STA, GAINESVILLE, FL 32604-1724 | |
| 10925 | WENDY L BOYD, 5138 CAMDEN RD, ROCKLIN, CA 95765-5102 | |
| 10925 | WENDY MICKLE, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WENGER, DIANA, 4876 ENCHANTED VALLEY ROAD, MIDDLETON, WI 53562 | |
| 10925 | WENGER, EDWARD, PO BOX 2873, ARNOLD, CA 95223-2873 | |
| 10925 | WENGER, L, 2084 280TH ST, FORT DODGE, IA 50501 | |
| 10925 | WENGERS, 831 SOUTH COLLEGE ST., MYERSTOWN, PA 17067 | |
| 10925 | WENGERT, DONALD, 9561 TRAFALGER CT, CINCINNATI, OH 45251 | |
| 10925 | WENHOLZ JT TEN, ARTHUR H & PATRICIA J, PO BOX 745, LAKESIDE, MT 59922-0745 | |
| 10925 | WENHOLZ, ART, PO BOX 745, LAKESIDE, MT 59922 | |
| 10925 | WENING, CHRISTINE, 3640 WATSON RD, ST. LOUIS, MO 63109 | |
| 10925 | WENK, MARIE, HUCKLEBERRY HILL PO BOX 154, E MARION LI, NY 11939 | |
| 10925 | WENMAN, TERRIE, 3102 CHEYENNE ST, IRVING, TX 75062 | |
| 10925 | WENNERS, MICHELLE, 692 NW KILPATR AVE, PT ST LUCIE, FL 34983 | |
| 10925 | WENNICK ENTERPRISES INC., 3934 DAVIES BLVD., FORT LAUDERDALE, FL 33312 | |
| 10925 | WENNIGER COMPRESSOR, 3435 N. BUFFUM ST, MILWAUKEE, WI 53212 | |
| 10925 | WENNING, STEPHEN, 4402 UTAH AVENU, NASHVILLE, TN 37209 | |
| 10925 | WENPING & CO, 8F CHUNG TING BLDG, NO 77 SECTION 2, TUNG HWA SOUTH ROAD, TAIPEI, 106TAIWAN | *VIA Deutsche Post* |
| 10925 | WENPING & CO, POBOX 1869, TAIPEI, 99999TAIWAN | *VIA Deutsche Post* |
| 10925 | WENRICH, GLEN, 1105 BAY AVE, PT PLEASANT, NJ 08742 | |
| 10925 | WENRICH, SUSAN, 33075 RICHMOND, HANOVER, VA 23069 | |
| 10925 | WENSKI, STEVEN, 32 KNOLL PLACE, CLIFTON, NJ 07012 | |
| 10925 | WENSLOFF, DAVID, 22280 YERBA SANTA DRIVE, SONORA, CA 95370 | |
| 10925 | WENTE BROS, 5565 TESLA ROAD, LIVERMORE, CA 94550 | |
| 10925 | WENTLAND, RICHARD, 2564 JONQUIL LANE, WOODRIDGE, IL 60517 | |
| 10924 | WENTWORTH DOUGLAS HOSPITAL, MIRACLE MILE, DOVER, NH 03820 | |
| 10925 | WENTWORTH INSTITUTE OF TECHNOLOGY, 550 HUNTINGTON AVE, BOSTON, MA 02115-5998 | |
| 10924 | WENTWORTH INSTITUTE, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062 | |
| 10924 | WENTWORTH INSTITUTE, 550 PARKER STREET, BOSTON, MA 02115 | |
| 10924 | WENTWORTH LAB, 101 COMMERCE DRIVE, BROOKFIELD, CT 06804 | |
| 10924 | WENTWORTH LAB, 500 FEDERAL ROAD, BROOKFIELD, CT 06804 | |
| 10925 | WENTWORTH TIRE - BENSENVILLE, 300 N YORK RD, BENSENVILLE, IL 60106 | |
| 10925 | WENTWORTH, SAMUEL, 203 MCLELLAN LANE, HATFIELD, AR 71945 | |
| 10925 | WENTWORTH, WILLIAM, 2302 KILLORAN ROAD, TIMONIUM, MD 21093 | |
| 10925 | WENTWORTH-DOUGLAS HOSPITAL, 789 CENTRAL AVE., DOVER, NH 03820 | |
| 10925 | WENTZEL, LOUIS, 8802 CRESTVIEW DR, MANUEL, TX 77578 | |
| 10925 | WENZ, CHARLES, 704 EAST 3RD, BIG PINEY, WY 83113 | |
| 10925 | WENZ, RON, PO BOX 4375, MARBLETON, WY 83113 | |
| 10925 | WENZEL MD, LEFF, 1205 SE PRO MALL BLVD, PULLMAN, WA 99163 | |
| 10925 | WENZEL, CARL, 207 LARKE ST, ROGERS CITY, MI 49779 | |
| 10925 | WENZEL, CHRISTOPHER, 102 PLANTATI BLVD, ISLAMORADA, FL 33036 | |
| 10925 | WENZEL, JONATHON, 260 ROSLARA CT., BARTLETT, IL 60103 | |
| 10925 | WENZEL, LESTER, 126 N 14TH ST, CLEAR LAKE, IA 50428-0536 | |
| 10925 | WENZELL JR, ALBERT B, 1890 CLAY 803, SAN FRANCISCO, CA 94109-3518 | |
| 10925 | WENZLER, JACQUELINE, 2704 SOOD RD, KNOXVILLE, TN 37921 | |
| 10925 | WEPLAST CA, EDIF CENTURY PISO 1, COLINAS DE BELO MONTE, CARACAS, 0VENEZUELA | *VIA Deutsche Post* |
| 10924 | WEPS, PO BOX32249, LOUISVILLE, KY 40218 | |
| 10925 | WERBE, STEPHEN, 122 HONEY TREE LANE, CHADDS FORD, PA 19317 | |
| 10925 | WERCS LTD, THE, 11 PRUYN ST, ALBANY, NY 12207 | |
| 10925 | WERLA, U, 7426 KURT ROAD, DANE, WI 53529-9788 | |
| 10925 | WERLE, JASON, 9012 WINDSOR DRIVE, SELLERSBURG, IN 47172 | |
| 10925 | WERLINICH, NIKKI, 15 ROCKRIDGE DR., RYE BROOK, NY 10573 | |
| 10925 | WERNEGREEN, KRISTI, 13556 LIVE OAK ST, HESPERIA, CA 92345-0000 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WERNEK, SCOTT, 5018 AVOCA AVE, ELLICOTT CITY, MD 21043

10924 WERNER COMPANY, 100 NATIONAL DRIVE, ANNISTON, AL 36207

10924 WERNER ELECTRIC SUPPLY CO.(AD), 2341 INDUSTRIAL DRIVE, NEENAH, WI 54957-0668

10924 WERNER ELECTRIC SUPPLY CO.(AD), 3055 HOLMGREN WAY, GREEN BAY, WI 54307

10924 WERNER ELECTRIC SUPPLY CO.(AD), P.O. BOX 668, NEENAH, WI 54957-0688

10924 WERNER ENTERPRISES, I-80 AND HIGHWAY 50, OMAHA, NE 68138

10925 WERNER ENTERPRISES, POBOX 3116, OMAHA, NE 68103-0116

10925 WERNER F NEHRLING &, CARL F LETTOW JR JT TEN, PO BOX 30069, SAVANNAH, GA 31410-0069

10925 WERNER G SMITH INC, PO BOX 73671, CLEVELAND, OH 44193-0983

10925 WERNER GR N, BURGHARDSTRASSE 29, WORMS, 67549GERMANY                *VIA Deutsche Post*

10925 WERNER K LOEB, 5539 KENWOOD, INDIANAPOLIS, IN 46208-2649

10925 WERNER PUMP CO., 10170 SPRINGFIELD PIKE, CINCINNATI, OH 45215

10925 WERNER, DIANE, 5720S.DAVID, CASPER, WY 82604

10925 WERNER, GENE, 4701 KUTZTOWN RD, TEMPLE, PA 19560

10925 WERNER, GERALD, 1600 N. AIRPORT RD, NORFOLK, NE 68701

10925 WERNER, GERALD, ROUTE 2 BOX 144, NORFOLK, NE 68701

10925 WERNER, LISA, 114 A PARKWOOD, DAYTON, TX 77535

10925 WERNER, MARILYN, 167 WOODBURY DRIVE, CRAIG, CO 81625-3577

10925 WERNER, MICHAEL, 8320 FOULK ROAD, LA PORTE CITY, IA 50651

10925 WERNER, MICHELE, 5136 NORTHLAWN DRIVE, SAN JOSE, CA 95130

10925 WERNER, RICHARD, 2008 FIRST ST NORTH, TEXAS CITY, TX 77590

10925 WERNER, ROBERT, 59 TWIN OAKS, CRAWFORDVILLE, IN 47933

10925 WERNER, SALLY, 579 OLD COUNTRY ROAD, DIX HILLS, NY 11746-4741

10925 WERNER, WALTER, 111 NIGHT DR, EASLEY, SC 29640

10925 WERNER, WALTER, 357 HILLANDALE ROAD APT 89, GREENVILLE, SC 29609

10925 WERNET, JOHN, 1008 DAVENPORT RD, SIMPSONVILLE, SC 29681

10925 WERNICKI, LYNN, CUST FOR JESSICA C WERNICKI, UNIF GIFT MIN ACT-NY, 3 GREENACRE CT, SYOSSET, NY 11791-6316

10925 WERREMEYER, REBECCA, 8211 WOODSON DR, RAYTOWN, MO 64138

10925 WERRES CORP., 12022 PARKLANE DR., BETHESDA, MD 20892

10925 WERRES CORP., PO BOX 37020, WASHINGTON, DC 20013

10925 WERRING, JIM, 4499-D WILLOW POND RD, WEST PALM BEACH, FL 33417

10925 WERSTEIN, CHARLOTTE, 1408 BARRY AVE APT 103, LOS ANGELES, CA 90025

10925 WERT, ERIC L, 10 DUNMORE RD., CATONSVILLE, MD 21228

10925 WERT, ERIC, 10 DUNMORE ROAD CATONSVILLE MD 21228, CATONSVILLE, MD 21228

10925 WERT, KEVIN, 1837 CHICADEE, LEAGUE CITY, TX 77573

10925 WERT, SHARON, 4529 CANDLETREE CIR, INDIANAPOLIS, IN 46254

10925 WERTH, THOMAS, RT 1 494 CTY C, PULASKI, WI 54162

10925 WERTHEIM SCHRODER & CO INC, 787 SEVENTH AVE, NEW YORK, NY 10019

10925 WERTHEIMER, RONALD, CUST FOR ADAM JEFFREY WERTHEIMER, UNIF GIFT MIN ACT NY, 16-18 212 ST, BAYSIDE, NY 11360-1527

10925 WERTHEIMER, RONALD, CUST FOR MARLA EVE WERTHEIMER, UNIF GIFT MIN ACT NY, 16-18 212 ST, BAYSIDE, NY 11360-1527

10925 WERTMAN, JOHN, 802 CENTER ST., FREELAND, PA 18224

10925 WERTS, LARRY, 3714 GRANDVIEW DR 137, SIMPSONVILLE, SC 29680

10925 WERTZ JT TEN, JOHN D & MARY JO, BOX 95, CLYDE PARK, MT 59018-0095

10925 WERTZ, SHERRY, 1210 RENEE DR, PLAINFIELD, IN 46168

10925 WERTZMAN, HERBERT D, TRUSTEE,

10925 WES DOZIER, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10924 WES SETTLMYRE, 7632 QUAIL HILL RD, CHARLOTTE, NC 28210

10925 WESCHLER, R TED, 404B EAST MAIN ST 2ND FL, CHARLOTTESVILLE, VA 22902

10925 WESCHLER, RICHARD, 1835 BETIVAR DRIVE, CHARLOTTESVILLE, VA 22901

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WESCO / 556194, P.O. BOX 1325, CEDAR RAPIDS, IA 52401 | |
| 10924 | WESCO / HAMBY YOUNG, 1060 W SWEDESFORD RD, BERWYN, PA 19312 | |
| 10924 | WESCO DIST., 1030 MANUNAPUNA ST, HONOLULU, HI 96819 | |
| 10924 | WESCO DIST., 21610 MEYERS ROAD, OAK PARK, MI 48237 | |
| 10924 | WESCO DIST., UNIT 4, P9922B, HOLT, MI 48842 | |
| 10924 | WESCO DISTRIBUTION INC, 401 6TH AVENUE SOUTH, NASHVILLE, TN 37203 | |
| 10925 | WESCO DISTRIBUTION INC, PO BOX 1067, CHARLOTTE, NC 28201-1067 | |
| 10924 | WESCO DISTRIBUTION INC., 147 COOKS HILL ROAD, CHILLICOTHE, OH 45601 | |
| 10924 | WESCO DISTRIBUTION INC., 2902 NORTH BLVD, RICHMOND, VA 23230 | |
| 10925 | WESCO DISTRIBUTION INC., 7020 GRAND AVE., HAMMOND, IN 46323 | |
| 10924 | WESCO DISTRIBUTION, 1403 JOHNSON AVENUE, BRIDGEPORT, WV 26330 | |
| 10924 | WESCO DISTRIBUTION, 2320 ST LAURENT BLVD, OTTAWA, ON K1G 6C4TORONTO | *VIA Deutsche Post* |
| 10925 | WESCO DISTRIBUTION, 3939 SOUTH KARLOV AVE, CHICAGO, IL 60632 | |
| 10924 | WESCO DISTRIBUTION, 4400 HIGHWAY 19, WINDSOR, WI 53598 | |
| 10924 | WESCO DISTRIBUTION, 511 ROUTE 168, TURNERSVILLE, NJ 08012 | |
| 10924 | WESCO DISTRIBUTION, 723 OAKLAWN AVENUE, ELMHURST, IL 60126-1405 | |
| 10924 | WESCO DISTRIBUTION, 777 MONTE VISTA DRIVE, DINUBA, CA 93618 | |
| 10925 | WESCO DISTRIBUTION, INC, 1710 EDISON HWY., BALTIMORE, MD 21213 | |
| 10924 | WESCO DISTRIBUTION, INC, ORLANDO CENTRAL PARK, 2021 DIRECTOR'S ROW, ORLANDO, FL 32809 | |
| 10925 | WESCO DISTRIBUTION, INC, PO BOX 7780-5089, PHILADELPHIA, PA 19182-5089 | |
| 10925 | WESCO DISTRIBUTION, INC, PO BOX 96699, CHICAGO, IL 60693-6699 | |
| 10924 | WESCO DISTRIBUTION, INC., 120 GALLERIA DRIVE, BUFFALO, NY 14225-5193 | |
| 10924 | WESCO DISTRIBUTION, INC., PO BOX 22769, NASHVILLE, TN 37203 | |
| 10924 | WESCO DISTRIBUTION, INC., PO BOX 4149, SOUTH BURLINGTON, VT 05403 | |
| 10924 | WESCO DISTRIBUTION, P O BOX 30716, SALT LAKE CITY, UT 84130 | |
| 10924 | WESCO DISTRIBUTION, PO BOX 2487, GRAND RAPIDS, MI 49504 | |
| 10925 | WESCO DISTRIBUTION, PO BOX 91426, CHICAGO, IL 60693 | |
| 10925 | WESCO GASES INC, PO BOX 4778, BOSTON, MA 02212-4778 | |
| 10925 | WESCO GASES INC, PO BOX 4778, BOSTON, MA 02212-4778 | |
| 10924 | WESCO LUBBOCK, 520 34TH ST, LUBBOCK, TX 79404 | |
| 10924 | WESCO SECURITY, 873 WEST STAR STREET, GREENVILLE, NC 27834 | |
| 10924 | WESCO-(MUNRO, INC.), 201 WASHINGTON STREET, MONROE, LA 71201 | |
| 10924 | WESCO, 1045W. NATIONAL DRIVE, SACRAMENTO, CA 95834 | |
| 10924 | WESCO, 1123 LONE PALM AVENUE, MODESTO, CA 95351 | |
| 10924 | WESCO, 125 32ND STREET SOUTH, BIRMINGHAM, AL 35233 | |
| 10924 | WESCO, 133 COMMERCE DRIVE, FORT COLLINS, CO 80524 | |
| 10924 | WESCO, 13757 STEMMONS FREEWAY, DALLAS, TX 75234 | |
| 10924 | WESCO, 1535 WILKINSON, SHREVEPORT, LA 71103 | |
| 10924 | WESCO, 202 BASIN STREET, WILLIAMSPORT, PA 17701 | |
| 10924 | WESCO, 206 WEST 1ST. STREET, HOLSTEIN, IA 51025 | |
| 10924 | WESCO, 208 S. WILLIAMS, ODESSA, TX 79760 | |
| 10924 | WESCO, 2301 FLEUR DRIVE, DES MOINES, IA 50315 | |
| 10924 | WESCO, 2501 EAST 3RD STREET, SIOUX CITY, IA 51101 | |
| 10924 | WESCO, 306 EAST NAKOMA, SAN ANTONIO, TX 78216 | |
| 10924 | WESCO, 3100 N 33RD. ST., LINCOLN, NE 68504 | |
| 10924 | WESCO, 330 AVENUE M, FORT DODGE, IA 50501 | |
| 10924 | WESCO, 3412 BOLAND DR, SOUTH BEND, IN 46628 | |
| 10924 | WESCO, 3443 GEMBRIT CIRCLE, KALAMAZOO, MI 49001 | |
| 10924 | WESCO, 3602 SOUTH PINE STREET, TACOMA, WA 98409 | |
| 10924 | WESCO, 3949 CONTRACTORS ROAD, PERRY, FL 32347 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WESCO, 5151 INDUSTRIAL BLVD. N.E., MINNEAPOLIS, MN 55421 | |
| 10924 | WESCO, 55 ROCK HILL RD, BALA CYNWYD, PA 19004 | |
| 10924 | WESCO, 5602 JAMAR STREET, SCHOFIELD, WI 54476 | |
| 10924 | WESCO, 566 BEAUREGUARD STREET, MOBILE, AL 36603 | |
| 10924 | WESCO, 5711 ENTERPRISE DR., LANSING, MI 48911 | |
| 10924 | WESCO, 5TH & 14TH STREET, NEW BRIGHTON, PA 15066 | |
| 10924 | WESCO, 6000 LOUGHEED HIGHWAY, BRNABY BC, CANADA V5B 4V6, BC V5B 4V6TORONTO | *VIA Deutsche Post* |
| 10924 | WESCO, 69 HAZEL STREET, HICKSVILLE, NY 11801 | |
| 10924 | WESCO, 6949 WEST DESCHUTES AVENUE, KENNEWICK, WA 99336 | |
| 10924 | WESCO, 724 PINE AVENUE, ALBANY, GA 31702 | |
| 10924 | WESCO, 725 33RD. SW, CEDAR RAPIDS, IA 52404 | |
| 10924 | WESCO, 7790 CONVOY STREET, SAN DIEGO, CA 92111 | |
| 10924 | WESCO, 934 MARCON BLVD, ALLENTOWN, PA 18103 | |
| 10924 | WESCO, E. 1430 N. CRESCENT, SPOKANE, WA 99207 | |
| 10924 | WESCO, E. 2025 TRENT AVENUE, SPOKANE, WA 99202 | |
| 10924 | WESCO, HANFORD SITE, RICHLAND, WA 99352 | |
| 10924 | WESCO, ONE WESCO DRIVE, MURRYSVILLE, PA 15668 | |
| 10924 | WESCO, P.O. BOX 141428, AUSTIN, TX 78754 | |
| 10924 | WESCO, P.O. BOX 187, DAYTON, OH 45401 | |
| 10924 | WESCO, P.O. BOX 207, WATERTOWN, NY 13601 | |
| 10924 | WESCO, P.O. BOX 24066, SEATTLE, WA 98124 | |
| 10924 | WESCO, P.O. BOX 2987, SPOKANE, WA 99202 | |
| 10924 | WESCO, P.O. BOX 3587, SHREVEPORT, LA 71103 | |
| 10924 | WESCO, P.O. BOX 607, MURRYSVILLE, PA 15668 | |
| 10924 | WESCO, P.O. BOX 67, MASPETH, NY 11378 | |
| 10924 | WESCO, P.O.BOX 10, PENNINGTON, AL 36916 | |
| 10924 | WESCO, PO BOX 31546, CHARLOTTE, NC 28231 | |
| 10924 | WESCO/USE 563689, P. O. BOX 320889, BIRMINGHAM, AL 35232 | |
| 10925 | WESCON 96, PO BOX 54760, LOS ANGELES, CA 90054-0760 | |
| 10924 | WESCON CORP., NORTH RD., PEACEDALE, RI 02883 | |
| 10924 | WESCON CORPORATION, P. O. BOX 296E, WESTERLY, RI 02891 | |
| 10924 | WESCON CORPORATION, PO BOX 296, WESTERLY, RI 02891 | |
| 10924 | WESCON, ELMATA AVE., PAWCATUCK, CT 06379 | |
| 10924 | WESCONN CO INC., 17 CANAL STREET, PEQUABUCK, CT 06781 | |
| 10924 | WESCONN CO INC., 55 WILTON RD., PLYMOUTH, CT 06782 | |
| 10925 | WESEL, RONALD, N88 W18417 CHRISTMAN ROAD, MENOMONEE FALLS, WI 53051 | |
| 10924 | WESELYN SCHOOL, 5405 SPAULDING DR., NORCROSS, GA 30092 | |
| 10925 | WESEMAN, KATHRYN, 8019 SUNSHINE TRAIL, SAN ANTONIO, TX 78244 | |
| 10925 | WESENBERG, PHILLIP D, 9316 N E 176TH ST, BOTHELL, WA 98011-3619 | |
| 10924 | WES-KAN CONSTRUCTION, 5800 N. VINE, HAYS, KS 67601 | |
| 10924 | WES-KAN CONSTRUCTION, P. O. BOX 326, HAYS, KS 67601 | |
| 10924 | WES-KAN CONSTRUCTION, P.O.BOX 326, HAYS, KS 67601 | |
| 10924 | WESKEM HALL, 6300 BARTMER INDUSTRIAL DRIVE, SAINT LOUIS, MO 63160 | |
| 10924 | WESKEM, 6300 BARTMER INDUSTRIAL TRWP, SAINT LOUIS, MO 63130 | |
| 10924 | WESKEM, 712 COUNTRY ESTATES, LIBERAL, KS 67901 | |
| 10925 | WESLEY A MELLGREN, 5836 OAKLAND AVE SOUTH, MINNEAPOLIS, MN 55417-3114 | |
| 10925 | WESLEY D VIRDEN, 15301 S ROUTE 66, CLAREMORE, OK 74017 | |
| 10925 | WESLEY E NORMAN &, PHYLLIS NORMAN JT TEN, 2385 OLD FALLS BLVD, NIAGARA FALLS, NY 14304-4552 | |
| 10924 | WESLEY HEALTH CARE, LAWRENCE STREET, SARATOGA SPRINGS, NY 12866 | |
| 10925 | WESLEY R BENNETT, BOX 302, CHESTER SPRINGS, PA 19425-0302 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 WESLEY WOODS, 1575 BISHOP ESTATES RD., JACKSONVILLE, FL 32259-4246

10925 WESLEY, GEORGE M, 7508 MILLETT HWY, GRAND LEDGE, MI 48837

10925 WESLEY, GEORGE, 3816 PINCH HWY, POTTERVILLE, MI 48876

10925 WESLEY, HUSTON, 728 N. EXETER AVE., INDIANAPOLIS, IN 46222

10925 WESLEY, MISTY, 1001 BROWN RD., CANYON, TX 79015

10925 WESLEY, NANCY, 1124 ROCK LICK, SCIENCE HILL, KY 42553

10925 WESLEY, SONJA, 1711 CIMARRON TRAIL, WICHITA FALLS, TX 76305

10925 WESLING, EDGAR, 3615 GLENOAK DRIVE SOUTH, LAKELAND, FL 33809-2413

10925 WESNER ASSOC, 5300 MEMORIAL DR, SUITE 570, HOUSTON, TX 77007

10925 WESNER, JOHN, 6121 DEERWOOD DRIVE, GREENWOOD, IN 46143

10925 WESOLOSKI, JOSEPH, 1185 MORRIS AVE, GREEN BAY, WI 54304

10925 WESOLOWKI, RANDALL, 8151 S CHASE RD, PULASKI, WI 54162

10925 WESSEL, GREGORY, 624-A CEDAR ST., CARROLLTON, GA 30117

10925 WESSEL, HENRY, 3557 HORTON AVE, BALTIMORE, MD 21225

10925 WESSELL, LEROY, 809 S MERIDIAN, PLAINVILLE, KS 67663

10925 WESSELLS, FORREST, 115 SOUTH JUSTICE ST., HENDERSONVILLE, NC 28739

10925 WESSELS, ANTON, 3148 GLEN HOLLOW DR, REX, GA 30273

10925 WESSON, JUDY, 1315 COUNTRY RD #457, TYLER, AL 36787

10924 WEST ALABAMA CONCRETE INC, ATTN:  ACCOUNTS PAYABLE, NORTHPORT, AL 35476

10924 WEST ALABAMA CONCRETE, INC., 3700 5TH STREET, NORTHPORT, AL 35476

10924 WEST ALABAMA CONCRETE, INC., HGWY 82, EAST, REFORM, AL 35481

10924 WEST ALABAMA CONCRETE, INC., P.O. BOX 1139, NORTHPORT, AL 35476

10924 WEST ALABAMA YOUTH SERVICES, GREENSBORO, AL 99999

10924 WEST ALLIS MEMORIAL HOSPITAL, C/O JAHN & SONS, WEST ALLIS, WI 53214

10924 WEST ASHLEY SEPTIC TANK INC, 5400 HIGHWAY 165, HOLLYWOOD, SC 29449

10924 WEST ASHLEY SEPTIC TANK INC, P.O. BOX 128, HOLLYWOOD, SC 29449

10924 WEST ASHLEY SEPTIC, ATTN:  ACCOUNTS PAYABLE, HOLLYWOOD, SC 29449

10924 WEST BLADEN HIGH SCHOOL, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28206

10924 WEST BLOOMFIELD LIBRARY, WALNUT LAKE ROAD, WEST BLOOMFIELD, MI 48323

10925 WEST CAL-CAM HOSPITAL, PO BOX 2509, SULPHUR, LA 70663

10925 WEST CAL-CAM HOSPITAL, PO BOX 2509, SULPHUR, LA 70664-2509

10925 WEST CALCASIEU HABITAT FOR HUMANITY, 3620 MAPLEWOOD DR., SULPHUR, LA 70663

10924 WEST CAMPUS/ARUNDALE MEDICAL CENTER, 64 FRANKLIN STREET, ANNAPOLIS, MD 21401

10925 WEST CARE-EIGHTY-SIXTH, 305 EAST 86TH ST.#1GW, NEW YORK, NY 10028

10924 WEST CARY MIDDLE SCHOOL, C/O WARCO CONSTRUCTION, CARY, NC 27513

10924 WEST CLAYTON ELEM. SCHOOL, 1012 SOUTH LUMBARD STREET, CLAYTON, NC 27520

10924 WEST CLAYTON ELEMENTARY, 1012 S. LOMBARD STREET, CLAYTON, NC 27520

10924 WEST COAST ALUM HEAT.TREA, 14365 LACAW ST, LA MIRADA, CA 90638

10924 WEST COAST DIAMOND TOOL CO., 403 NORTH FOOTHILL ROAD, BEVERLY HILLS, CA 90210

10924 WEST COAST FIREPROOFING, 4833 S. 172ND, SEA-TAC, WA 98188

10924 WEST COAST FIREPROOFING, 4833 SO.172ND, SEATTLE, WA 98188

10924 WEST COAST INDUSTRIAL SUPPLY, 15348 GARFIELD STREET, PARAMOUNT, CA 90723

10924 WEST COAST INGREDIENTS, INC., 700-F KIERNAN AVENUE, MODESTO, CA 95354

10924 WEST COAST INGREDIENTS, INC., PO BOX 578732, MODESTO, CA 95357

10925 WEST COAST PLASTICS EQUIPMENT INC., 6122 W. WASHINGTON BLVD., CULVER CITY, CA 90232

10924 WEST COAST QUARTZ, 7715 A EAST RIVERSIDE DRIVE, AUSTIN, TX 78744

10924 WEST COAST STEAM SALES, 7861 RUFFNER AVENUE, VAN NUYS, CA 91406

10924 WEST CONCOURSE/ AUSTIN AIRPORT, 9539 AIRSIDE RD., AUSTIN, TX 78719

10925 WEST CONSTRUCTION AND MASONRY INC, 5902 COUNTY ROAD 190, JOPLIN, MO 64801

10924 WEST END BAPTIST CHURCH, 1727 MCCONELL HIGHWAY, ROCK HILL, SC 29732

10924 WEST END BUILDERS SUPPLY COMPANY, 13TH ST & GAFKILL AVE, JEANNETTE, PA 15644

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WEST END BUILDERS SUPPLY, 13TH ST & GASKILL AVE., JEANNETTE, PA 15644 | |
| 10924 | WEST END BUILDERS SUPPLY, 13TH STREET & GASKILL AVE., JEANNETTE, PA 15644 | |
| 10924 | WEST END LUMBER, 5925 COLLEGE, BEAUMONT, TX 77707 | |
| 10924 | WEST END LUMBER, 9335 HIGHWAY 6 NORTH, HOUSTON, TX 77095 | |
| 10924 | WEST END LUMBER, 9335 HWY 6 NORTH, HOUSTON, TX 77095 | |
| 10925 | WEST EX INC, PO BOX 15400, PHOENIX, AZ 85060-5400 | |
| 10924 | WEST FARMS MALL, 240 WEST FARMS MALL, FARMINGTON, CT 06032 | |
| 10924 | WEST GATE CINEMAS, 4521 WESTGATE BLVD., AUSTIN, TX 78767 | |
| 10925 | WEST GROUP PAYMENT CENTER, PO BOX 6187, CAROL STREAM, IL 60197-6187 | |
| 10925 | WEST GROUP, POBOX 64833, SAINT PAUL, MN 55164-0833 | |
| 10924 | WEST HAWAII CONCRETE, DIV W HAWAU IND LTD, KAILUA KONA, HI 96745 | |
| 10924 | WEST HAWAII CONCRETE, DIV W.HAWAU IND LTD, KAILUA KONA, HI 96745 | |
| 10924 | WEST HIGH SCHOOL, TUBECO, ANCHORAGE, AK 99501 | |
| 10924 | WEST HIGH, ASI, BAKERSFIELD, CA 93313 | |
| 10925 | WEST HILLS LAN SYSTEMS, 8943 FULLBRIGHT AVE, CHATSWORTH, CA 91311 | |
| 10924 | WEST HOLMES HIGH SCHOOL, 10901 STATE ROUTE 39, MILLERSBURG, OH 44654-9763 | |
| 10924 | WEST INDIAN PRODUCTS CORP, PO BOX364427, SAN JUAN, PR 936PUERTO RICO | *VIA Deutsche Post* |
| 10924 | WEST INDIAN PRODUCTS CORP., COUNTRY CLUB INDUSTRIAL PARK, STREET NO. 272, SAN JUAN, PR 968PUERTO RICO | *VIA Deutsche Post* |
| 10924 | WEST JEFFERSON MEDICAL CENTER, OPERATING ROOM ADDITION, MARRERO, LA 70072 | |
| 10924 | WEST JERSEY NURSING CENTER, 200 ENTERPRISE AVE, BERLIN, NJ 08009 | |
| 10925 | WEST JR., IVY, ROUTE 4, BOX 577, WAYNESBORO, MS 39367 | |
| 10924 | WEST L.A. COLLEGE, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | WEST LAKE CORNERS, 280 TECH PARKWAY N.W., NORCROSS, GA 30093 | |
| 10925 | WEST LAWN CHAMBER OF COMMERCE, 3525 W. 63RD ST., CHICAGO, IL 60629 | |
| 10924 | WEST LUMBER & READY MIX, 210 W. MAIN ST, CROFTON, NE 68730 | |
| 10924 | WEST LUMBER & READY MIX, CROFTON, NE 68730 | |
| 10924 | WEST LUMBER CO OF OSMOND*, 101 STATE ST, OSMOND, NE 68765 | |
| 10924 | WEST LUMBER CO OF OSMOND, 101 STATE ST, OSMOND, NE 68765 | |
| 10924 | WEST LUMBER CO, HWY 20, OSMOND, NE 68765 | |
| 10924 | WEST LUMBER, 509 MAIN ST, CREIGHTON, NE 68729 | |
| 10924 | WEST LUMBER, MAIN STREET, CREIGHTON, NE 68729 | |
| 10925 | WEST MARK INC., PO BOX 100, CERES, CA 95307 | |
| 10925 | WEST MARK, POBOX 100, CERES, CA 95307 | |
| 10924 | WEST MICHIGAN DOCK AND MARKET, 560 MART STREET, MUSKEGON, MI 49440 | |
| 10924 | WEST MICHIGAN PLUMBING & HEATING, 8080 N 32ND STREET, RICHLAND, MI 49083 | |
| 10924 | WEST MILWAUKEE BLDG SUP, 6134 SO.HOWELL AVE, MILWAUKEE, WI 53207 | |
| 10924 | WEST MINISTER CLINIC, C/O LCR CONTRACTORS, WACO, TX 76708 | |
| 10924 | WEST MINSTER SCHOOL, C/O ADAMS CONSTRUCTION, ATLANTA, GA 30327 | |
| 10924 | WEST MORELAND HOSPITAL, WEST PITTSBURGH STREET, GREENSBURG, PA 15601 | |
| 10925 | WEST PAC ENVIRONMENTAL INC., PO BOX 80743, SEATTLE, WA 98108 | |
| 10924 | WEST PARKING GARAGE, LOGAN AIRPORT, BOSTON, MA 02133 | |
| 10924 | WEST PENN HOSPITAL EAST TOWER, C/O WYATT, PITTSBURGH, PA 15224 | |
| 10925 | WEST PENN POWER CO., 800 CABIN HILL DRIVE, GREENSBURG, PA 15606 | |
| 10924 | WEST PHILADELPHIA ELECTRIC, 7500 WHEELER STREET, PHILADELPHIA, PA 19153 | |
| 10925 | WEST POINT CASKET, LONE OAK DR, WEST POINT, MS 39773 | |
| 10924 | WEST POINT FOOD SERVICE RENOVATION, WEST POINT, NY 10996 | |
| 10924 | WEST PROTECTIVE COATINGS, 300 COMMERCE DRIVE, LAGRANGE, OH 44050 | |
| 10924 | WEST PROTECTIVE COATINGS, PO BOX86, LAGRANGE, OH 44050 | |
| 10925 | WEST PUBLISHING CO., PO BOX 64833, SAINT PAUL, MN 55172-0077 | |
| 10925 | WEST PUBLISHING COMPANY, POBOX 64833, SAINT PAUL, MN 55164-0833 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WEST PUBLISHING CORP., PO BOX 64779, SAINT PAUL, MN 55164-0779 | |
| 10925 | WEST PUBLISHING CORPORATION, PO BOX 64833, SAINT PAUL, MN 55164-1801 | |
| 10925 | WEST PUBLISHING PAYMENT CENTER, PO BOX 6187, CAROL STREAM, IL 60197-6187 | |
| 10925 | WEST PUBLISHING, PO BOX 6187, CAROL STREAM, IL 60197-6187 | |
| 10924 | WEST READY MIX INC, HIGHWAY 27, HELENWOOD, TN 37755 | |
| 10924 | WEST READY MIX INC, P O BOX 36, HELENWOOD, TN 37755 | |
| 10924 | WEST READY MIX INC, P.O. BOX 36, HELENWOOD, TN 37755 | |
| 10924 | WEST READY MIX INC., 3612 MORGAN COUNTY HIGHWAY, WARTBURG, TN 37887 | |
| 10924 | WEST ROADS SHOPPING MALL, 108TH & DODGE ST., OMAHA, NE 68137 | |
| 10925 | WEST ROOFING & SUPPLY, 602 WEST MCCARTY ST, INDIANAPOLIS, IN 46225 | |
| 10924 | WEST ROOFING INC, CAMBRIDGE, MA 02140 | |
| 10924 | WEST ROOFING SYSTEMS, 121 COMMERCE DR BOX 495, LA GRANGE, OH 44050 | |
| 10924 | WEST ROOFING, **TO BE DELETED**    ', INDIANAPOLIS, IN 46225 | |
| 10924 | WEST ROOFING, **TO BE DELETED**, ELKHART, IN 46516 | |
| 10924 | WEST ROOFING, **TO BE DELETED**, EVANSVILLE, IN 47715 | |
| 10924 | WEST ROOFING, **TO BE DELETED**, FORT WAYNE, IN 46808 | |
| 10924 | WEST ROOFING, **TO BE DELETED**, LEXINGTON, KY 40510 | |
| 10924 | WEST ROOFING, **TO BE DELETED**, LOUISVILLE, KY 40208 | |
| 10924 | WEST ROOFING, **TO BE DELETED**, MISHAWAKA, IN 46545 | |
| 10924 | WEST ROOFING, 1211 PROGRESS ROAD, FORT WAYNE, IN 46808 | |
| 10924 | WEST ROOFING, 1797 WINTHROP DRIVE, DES PLAINES, IL 60018 | |
| 10924 | WEST ROOFING, 181 TRADE STREET, LEXINGTON, KY 40510 | |
| 10924 | WEST ROOFING, 2341 SCHUMACHER DRIVE, MISHAWAKA, IN 46545 | |
| 10924 | WEST ROOFING, 320 NORTH CONGRESS, EVANSVILLE, IN 47715 | |
| 10924 | WEST ROOFING, 5000 E. ANGOLA ROAD, TOLEDO, OH 43615 | |
| 10924 | WEST ROOFING, 602 W. MC CARTY STREET, INDIANAPOLIS, IN 46225 | |
| 10924 | WEST ROOFING, 602 WEST MCCARTY STREET, INDIANAPOLIS, IN 46225 | |
| 10924 | WEST ROOFING, 620 INDUSTRY ROAD, LOUISVILLE, KY 40208 | |
| 10924 | WEST ROOFING, 712 RICHMOND STREET, ELKHART, IN 46516 | |
| 10924 | WEST ROOFING, R.R. #3, BLOOMINGTON, IL 61704 | |
| 10924 | WEST SENECA R/M, 1650 UNION RD., WEST SENECA, NY 14224 | |
| 10925 | WEST SENECA READY MIX, 875 MAPLE ROAD, PO BOX 1176, WILLIAMSVILLE, NY 14231 | |
| 10924 | WEST SIDE INSULATION & FIREPROOFING, 2530 AMERICAN WAY, PORT ALLEN, LA 70767 | |
| 10924 | WEST SIDE NURSING HOME, DOTHAN, AL 36302 | |
| 10925 | WEST SIDE REDI MIX, 510 WILLOW DR, LONG LAKE, MN 55356 | |
| 10924 | WEST SIDE REDI MIX, P O BOX 489, LONG LAKE, MN 55356 | |
| 10924 | WEST SIDE REDI MIX, PO BOX 489, LONG LAKE, MN 55356 | |
| 10925 | WEST SIDE TRANSPORT, PO BOX 2164, CEDAR RAPIDS, IA 52406-2164 | |
| 10924 | WEST SKYBOX EDUCATION, C/O EVCONN, 200 STADIUM DRIVE, TALLAHASSEE, FL 32306 | |
| 10924 | WEST STAR ELEC C/O MCI, 23 HOME NEW ROW, NEW BRUNSWICK, NJ 88901 | |
| 10924 | WEST STAR ELEC C/O MCI, 270 ELLISON RD, BALDWIN, FL 32234 | |
| 10924 | WEST STAR ELEC C/O MCI, 51 ROBINSON ST., POTTSTOWN, PA 19464 | |
| 10924 | WEST STAR ELEC C/O MCI, 8840 NW 18TH TERRACE, MIAMI, FL 33172 | |
| 10924 | WEST STAR ELEC.#6824-8671, 5599 SOUTHWEST 16TH TERRACE, POMPANO BEACH, FL 33061 | |
| 10924 | WEST STAR ELECTRIC, 400 S LAKE DESTINY ROAD, ORLANDO, FL 32810 | |
| 10924 | WEST STAR ELECTRIC, 51 ROBINSON STREET, POTTSTOWN, PA 19464 | |
| 10924 | WEST STOKES ELEMENTARY SCHOOL, 1138 GOLFF RD., KING, NC 27021 | |
| 10924 | WEST TEMPLETE, 2601 COMMERCE BLVD, IRONDALE, AL 35210 | |
| 10924 | WEST TENN. REGIONAL HEADQUARTERS BL, LOWER BROWNESVILLE ROAD, JACKSON, MS 39193 | |
| 10924 | WEST TENNESSEE VETERANS HOME, HUMBOLDT, TN 38343 | |
| 10924 | WEST UNION ELEMENTARY, HILLSBORO, OR 97123 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 WEST VALLEY DETENTION CENTER, 9500 ATIWANDA, RANCHO CUCAMONGA, CA 91729

10925 WEST VALLEY PARTNERSHIP, 611 OLIVE ST, ST. LOUIS, MO 63101

10924 WEST VILLAGE, 3699 MCKINNEY AVENUE, DALLAS, TX 75204

10925 WEST VIRGINIA ASBESTOS GROUP COMMON, C/O W BALLARD, MEYER, CHARLESTON, WV 25332

10925 WEST VIRGINIA ATTY GENERAL, ATTN: DARRELL V MCGRAW, JR, STATE CAPITOL, 1900 KANAWHA BLVD E, CHARLESTON, WV 25305

10925 WEST VIRGINIA DEPT OF ENVIR PROTECTION, 1356 HANSFORD ST, CHARLESTON, WV 25301

10925 WEST VIRGINIA DIV OF NATURAL RESOURCES, STATE CAPI, BLDG 3 ROOM 669, 1900 KANAWHA BLVD, CHARLESTON, WV 25305-0060

10925 WEST VIRGINIA DIV OF NATURAL RESOURCES, STATE CAPITOL COMPLEX, BLDG 3, ROOM 669, 1900 KANAWHA BLVD, CHARLESTON, WV 25305

10924 WEST VIRGINIA ELECTRIC (AD), 250 12TH. STREET WEST, HUNTINGTON, WV 25704

10924 WEST VIRGINIA ELECTRIC (AD), 250 13TH. ST. WEST, HUNTINGTON, WV 25704

10924 WEST VIRGINIA ELECTRIC (AD), P.O. BOX 6668, HUNTINGTON, WV 25704

10925 WEST VIRGINIA ELECTRIC SUPPLY, PO BOX 6668, HUTINGTON, WV 25773-6668

10925 WEST VIRGINIA SCHOOL OF OSTEOPATHIC, 400 NORTH LEE ST, LEWISBURG, WV 24901

10924 WEST VIRGINIA STUDENT REC CENTER, WAREHOUSE, 3800 MORGANTOWN INDUSTRIAL PARK, MORGANTOWN, WV 26501

10925 WEST VIRGINIA UNIVERSITY, PO BOX 3009, MORGANTOWN, WV 18001

10924 WEST WILSON COUNTY CONCRE, ATTN:  ACCOUNTS PAYABLE, MOUNT JULIET, TN 37122

10924 WEST WILSON COUNTY CONCRETE, 445 INDUSTRIAL DRIVE, MOUNT JULIET, TN 37122

10924 WEST WILSON COUNTY CONCRETE, ATTN:  ACCOUNTS PAYABLE, MOUNT JULIET, TN 37122

10925 WEST WIND ASSOCIATES, 72 LANCASTER AVE., LUNENBURG, MA 01462

10924 WEST WINDOW CORPORATION, 226 INDUSTRIAL PARK DRIVE, MARTINSVILLE, VA 24112

10924 WEST WINDOW CORPORATION, INDUSTRIAL PARK, MARTINSVILLE, VA 24112

10924 WEST WINDSOR H.S. @ @, GROVERS MILL ROAD, PLAINSBORO, NJ 08536

10924 WEST WINDSOR H.S., GROVERS MILL ROAD, PLAINSBORO, NJ 08536

10924 WEST WINDSOR PLAINSBORO HIGH, 90 GROVERSMILL ROAD, PLAINSBORO, NJ 08536

10924 WEST WINDSOR PLAINSBORO HIGH, GROVERSVILLE ROAD, PLAINSBORO, NJ 08536

10925 WEST YORK PARTNERSHIP, DELCO CENTRE, P. O. BOX 1283, MECHANICSBURG, PA 17055

10925 WEST YORK PARTNERSHIP, GEN COUNSEL, PO BOX 1283, DELCO CENTRE, MECHANICSBURG, PA 17055

10925 WEST YORK PARTNERSHIP, GENERAL COUNSEL, PO BOX 334, LENOX HILL STATION, NEW YORK, NY 10021

10925 WEST YORK PARTNERSHIP, PO BOX 1283, MECHANICSBURG, PA 17055

10925 WEST, ALLEN, 109 AUTUMN COURT, ROANOKE RAPIDS, NC 27870

10925 WEST, ANNA, 1223 S. ROBERTS # 21, AMARILLO, TX 79102

10925 WEST, BARBARA, 662 WOODRIDGE DR, MACON, GA 31210

10925 WEST, BENJAMIN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925 WEST, BENJAMIN, 8 JOSEPH ST., MEDFORD, MA 02155

10925 WEST, BERNITHA, 17419 KEENE AVE, CARSON, CA 90746

10925 WEST, BETTY, 609 E 2ND ST, PLAINVIEW, TX 79072

10925 WEST, BRIAN, 950 MAGNOLIA DR, CHULUOTA, FL 32766

10925 WEST, CHALMERS, 31 NORTHPORT AVE, BELFAST, ME 04915

10925 WEST, CHARLES, 106 F ST, WILLIAMSTON, SC 29697

10925 WEST, D, 609 E 2ND ST, PLAINVIEW, TX 79072

10925 WEST, DEBORAH, 195 W. VENTURA ST, ALTANDENA, CA 91001

10925 WEST, DENNIS, 3827 SUNFLOWER CT, MORRISTOWN, TN 37814

10925 WEST, DORIS, 3921 KIEST MEADOW, DALLAS, TX 75233

10925 WEST, DOUGLAS, 1125 KENWOOD ST, HAMMOND, IN 46320

10925 WEST, EARL, RT. 1, OZARK, AR 72949

10925 WEST, ERNEST, PO BOX 1391, ALICE, TX 78333

10925 WEST, GAIL, 5353 WESTFORD RD, PHILADELPHIA, PA 19120

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WEST, GLADYS, PO BOX 4, BEAVERVILLE, IL 60912 | |
| 10925 | WEST, HAZEL, 1469 VILLAGE RD, CHARLESTON, SC 29407 | |
| 10924 | WEST, IRONDALE, AL 35210 | |
| 10925 | WEST, J, 702 SUNSET DR, EDMOND, OK 73034-0000 | |
| 10925 | WEST, JAMES, 601 GLENDALE, BURKBURNETT, TX 76354 | |
| 10925 | WEST, JAMES, 66 SENECA DR, PITTSBURGH, PA 15228 | |
| 10925 | WEST, JEFF, PO BOX 52, GEORGETOWN, TN 37336 | |
| 10925 | WEST, JEFFERY, 200-A SULLIVAN ROAD, SIMPSONVILLE, SC 29680 | |
| 10925 | WEST, JENNIFER, 1040 E 22ND, CASPER, WY 82604 | |
| 10925 | WEST, JERRI, 2021 EAST BOSTON ST, CHANDLER, AZ 85225 | |
| 10925 | WEST, KATHY, 228 BELAIR LANE, WELLFORD, SC 29385-9637 | |
| 10925 | WEST, KENNETH, 316 N WICHITA ST, ELECTRA, TX 76360 | |
| 10925 | WEST, KENNETH, ROUTE 4, BOX 40, LAREL, MS 39440 | |
| 10925 | WEST, KENNETH, RT. 1 BOX 3222, FLORIEN, LA 71429 | |
| 10925 | WEST, LILY MAI, 1101 E 56TH AVE, MERRILLVILLE, IN 46410 | |
| 10925 | WEST, LISA, 312 CRIMSON DRIVE, PIKE ROAD, AL 36064 | |
| 10925 | WEST, M, 2800 PLAZA DEL AMO 506, TORRANCE, CA 90503 | |
| 10925 | WEST, MATTHEW, 905 1/2 4TH ST, GARDEN CITY, KS 67846 | |
| 10925 | WEST, MAURYA, 4412 N 4 TH RD # 5, ARLINGTON, VA 22203 | |
| 10925 | WEST, MELINDA, RTE 2 BOX 384-M, ROANOKE RAPIDS, NC 27870 | |
| 10925 | WEST, MICHAEL, 455 WESLEE WOODS WAY, ROEBUCK, SC 29376 | |
| 10925 | WEST, MILDRED, PO BOX 3408, FORT PIERCE, FL 33448 | |
| 10925 | WEST, NORMA, 1554 NE BEACON DRIVE, JENSEN BEACH, FL 34957 | |
| 10925 | WEST, OPAL, 702 SUNSET DRIVE, EDMOND, OK 73034-2335 | |
| 10925 | WEST, PATRICIA, 3805 GULFCREER CT., THEORDORE, AL 36582 | |
| 10925 | WEST, PENNY, RT 1 BOX 201, LAKE VILLAGE, IN 46349 | |
| 10925 | WEST, PHILLIP, 2596 SNAKE CT., ELLENWOOD, GA 30049 | |
| 10925 | WEST, RACHELLE, 3811 SPRINGFIELD # 1C, KANSAS CITY, KS 66103 | |
| 10925 | WEST, RAPHAEL, 1640 CRYSTAL LAKE DRIVE, LAKELAND, FL 33801-4409 | |
| 10925 | WEST, RATHIA, 15801 QUINCY, DETROIT, MI 48238 | |
| 10925 | WEST, RILEY, 4716 ROCKSTILE WAY, STONE MOUNTAIN, GA 30083 | |
| 10925 | WEST, ROBIN, 624 MT. VIEW ROAD, READING, PA 19607 | |
| 10925 | WEST, ROBIN, 912 NW PENNINGTON, BLUE SPRINGS, MO 64015 | |
| 10925 | WEST, ROY, PO BOX 120, GEORGE WEST, TX 78022 | |
| 10925 | WEST, SARONDA, 5404 BIFFLE DOWNS RD, STONE MTN, GA 30088 | |
| 10925 | WEST, STANLEY, PO BOX 3402, ALICE, TX 78333 | |
| 10925 | WEST, T, PO BOX 3408, FT. PIERCE, FL 33450 | |
| 10925 | WEST, TERESA, 1514 COLUMBIA COLLEG, COLUMBIA, SC 29203 | |
| 10925 | WEST, THOMAS, 116 MAPLE ST, WAYNESBORO, MS 39367 | |
| 10925 | WEST, THOMAS, 251 HAL CLARK ROAD, WAYNESBORO, MS 39367 | |
| 10925 | WEST, TRACIE, 8904 FORT FOOTE RD, FORT WASHINGTON, MD 20744 | |
| 10925 | WEST, ULYSS, 505 - POINSETTA, SIMPSONVILLE, SC 29681-3438 | |
| 10925 | WEST, VIVIAN, 18 WOODLAND AVE, BARRINGTON, RI 02806 | |
| 10925 | WEST, VIVIAN, PO BOX 296, WELLFORD, SC 29385-0296 | |
| 10925 | WEST, WALTER, 211 BEACH, BURKBURNETT, TX 76354 | |
| 10925 | WEST, WILLIAM, 6713 YOUNGSTOWN AVE, BALTIMORE, MD 21222 | |
| 10925 | WEST, WILLIAM, PO BOX 1068, BONIFAY, FL 32425 | |
| 10925 | WESTAFF, POBOX 7266, SAN FRANCISCO, CA 94120-7266 | |
| 10924 | WESTAGE MEDICAL ARTS BUILDING, 400 WESTAGE BUSINESS CENTER DRIVE, FISHKILL, NY 12524 | |
| 10925 | WESTAK, 1225 ELKO DR, SUNNYVALE, CA 94089 | |
| 10925 | WESTAK, 1272 FORGEWOOD AVE, SUNNYVALE, CA 94089 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | WESTAR COMPANY, PO BOX 55347, HOUSTON, TX 77255-5347 | |
| 10925 | WESTAR COMPANY, THE, PO BOX 440880, HOUSTON, TX 77244-0880 | |
| 10924 | WESTAR NUTRITIONAL, INC., 1239 VICTORIA STREET, COSTA MESA, CA 92627 | |
| 10924 | WESTARK COMMUNITY COLLEGE, C/O DALE CRAMPTON CO., FORT SMITH, AR 72902-1502 | |
| 10925 | WESTBAR, 3550 NORTH CENTRAL AVE, SUITE 1600, PHOENIX, AZ 85012 | |
| 10925 | WESTBAR, LTD PS, 11411 NORTH TATUM BLVD, PHOENIX, AZ 85028 | |
| 10925 | WESTBAR, WESTCOR PARTNERS - GEN COUNSEL, 11411 N. TATUM BLVD., PHOENIX, AZ 85028-2399 | |
| 10924 | WESTBLOC PACIFIC, P.O. BOX 510, DU PONT, WA 98327 | |
| 10924 | WESTBLOCK PACIFIC, 1750 N.E. LOMBARD PLACE, PORTLAND, OR 97211 | |
| 10924 | WESTBLOCK PACIFIC, 3299 INTERNATIONAL PLACE, DU PONT, WA 98327 | |
| 10924 | WESTBLOCK PACIFIC, PO BOX510, DUPONT, WA 98327 | |
| 10925 | WESTBOCK COMPANY, INC, THE, 122 ONTARIO ST., FRANKFORT, IL 60423 | |
| 10924 | WESTBROOK CONCRETE BLOCK CO., COLD SPRING BROOK IND. PARK, WESTBROOK, CT 06498 | |
| 10924 | WESTBROOK CONCRETE BLOCK CO., DRAWER J, WESTBROOK, CT 06498 | |
| 10924 | WESTBROOK CONCRETE BLOCK CO., INC., PO BOX700, WESTBROOK, CT 06498 | |
| 10924 | WESTBROOK READY MIX, 1220 EASTGATE, MESQUITE, TX 75185 | |
| 10924 | WESTBROOK READY MIX, HWY 11, WINNSBORO, TX 75494 | |
| 10924 | WESTBROOK READY MIX, P.O. BOX 851920, MESQUITE, TX 75185 | |
| 10924 | WESTBROOK READY MIX, PO BOX 851920, MESQUITE, TX 75185 | |
| 10925 | WESTBROOK, EDWARD J, 151 MARKETING ST #600, CHARLESTON, SC 29402 | |
| 10925 | WESTBROOK, JOHN, PO BOX 288934-8934, CHICAGO, IL 60628-8934 | |
| 10925 | WESTBROOK, JOYCE, 3714 SCENIC HWY, SEBRING, FL 33872 | |
| 10925 | WESTBROOK, JUDITH, PO BOX 9, BURKEVILLE, TX 75932 | |
| 10925 | WESTBROOK, JULIAN, 13001 SUNNY SLOPE WAY, PROSPECT, KY 40059 | |
| 10925 | WESTBROOK, JULIAN, 2010 NORTHFIELD DRIVE, LOUISVILLE, KY 40222 | |
| 10925 | WESTBROOK, NEAL, 4434 TALCOTT DR, DURHAM, NC 27705 | |
| 10925 | WESTBROOK, RONALD, 1521 HICKORY VALLEY APT. 124, CHATTANOOGA, TN 37421 | |
| 10925 | WESTBROOK, RONALD, 1521 HICKORY VALLEY RD APT 124, CHATTANOOGA, TN 37421-5635 | |
| 10925 | WESTBROOKS, KAREN, 883 WATERWORKS ROAD, COMMERCE, GA 30529 | |
| 10924 | WESTBURNE INDUSTRIAL ELECTRIC, 5700 KINGSLAND DRIVE, BURNABY, BC V5B 4W, BC V5B 4W6TORONTO | *VIA Deutsche Post* |
| 10924 | WESTBURNE INDUSTRIAL ELECTRIC, 8330 MCINTYRE RD., EDMONTON AB, AB T6E 6R6TORONTO | *VIA Deutsche Post* |
| 10924 | WESTBURNE INDUSTRIAL ELECTRIC, UNIT 9-11460 VOYAGEUR WAY, RICHMOND, BC, BC V6X 3E1TORONTO | *VIA Deutsche Post* |
| 10924 | WESTBURY HOTEL, 69TH STREET & MADISON AVENUE, MANHATTAN, NY 10021 | |
| 10925 | WESTCHEM INC, 1440 S STATE COLLEGE BLVD # 5D, ANAHEIM, CA 92806 | |
| 10924 | WESTCHESTER CORP. CENTER COSTCO, (JUST OFF RT 87 YONKERS TOLL PLAZA), 20 CORPORATE CENTER, YONKERS, NY 10701 | |
| 10924 | WESTCHESTER CTY MEDICAL CENTER, 19 BRADHURST AVENUE, HAWTHORNE, NY 10532 | |
| 10924 | WESTCLOX DIV., DOCK # <, LA SALLE, IL 61301 | |
| 10924 | WESTCO PAINT, 1040 NORTH LAKE HAVASU AVENUE, LAKE HAVASU CITY, AZ 86403 | |
| 10924 | WESTCOAST PRECAST INC., 32929 ROBERT COURT, COBURG, OR 97408 | |
| 10924 | WESTCOAST PRECAST INC., ATTN:  ACCOUNTS PAYABLE, EUGENE, OR 97401 | |
| 10924 | WESTCOAST WALLBOARD/CLAGGERT CREEK, KNEZ BLDG. MTRL., 1810 ALDER DR., KEIZER, OR 97303 | |
| 10925 | WESTCOM SERVICES, 150 MAIN ST, TUCKAHOE, NY 10707 | |
| 10925 | WESTCON SERVICES CORP, 520 WHITE PLAINS RD, TARRYTOWN, NY 10591 | |
| 10925 | WESTCOTT COMMUNICATIONS, PO BOX 911584, DALLAS, TX 75391-1584 | |
| 10925 | WESTCOTT COMMUNICATIONS, PO BOX 98565, CHICAGO, IL 60693-8565 | |
| 10925 | WESTCOTT, JAY, 960 WEST SHAFT ROAD, NORTH ADAMS, MA 01247 | |
| 10925 | WESTCOTT, JOAN, 12 RIDGEWOOD AVE, MASSENA, NY 13662 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WESTDYKE, MARLESE, 132 BARTONSVILLE AVE, BARTONSVILLE, PA 18321 | |
| 10925 | WESTECH FUEL EQUIPMENT, PO BOX 57307, SALT LAKE CITY, UT 84157-0307 | |
| 10925 | WESTECH, PO BOX 65068, SALT LAKE CITY, UT 84165-0068 | |
| 10925 | WESTEL COMMUNICATION SERVICES, 1171 RED GUM ST, ANAHEIM, CA 92806-2513 | |
| 10924 | WESTELL, C/O J.L. MANTA, AURORA, IL 60504 | |
| 10925 | WESTENDORF, JOHN, 1072 COLINA DRIVE, VILLS HILLS, KY 41016 | |
| 10925 | WESTENSKOW, JASON, 140 SKYLINE DRIVE, D, ROCK SPRINGS, WY 82901 | |
| 10924 | WESTER FUEL & SUPPLY, 76 EAST INDIANOLA, YOUNGSTOWN, OH 44507 | |
| 10924 | WESTER, IDA, 634 NE 16TH, GUYMON, OK 73942 | |
| 10925 | WESTER, ROBERT, 110 GUINEVERE DR, WEATHERFORD, TX 76086-5908 | |
| 10925 | WESTERFIELD, DONALD, 1133 GILBERT LANE, OWENSBORO, KY 42303 | |
| 10925 | WESTERGAARD, JOYCE, 16 DOGWOOD CIRCLE, PINE BROOK, NJ 07058 | |
| 10925 | WESTERGREN, ERIC, 5322 ENCHANTED TIMBERS, HUMBLE, TX 77346 | |
| 10925 | WESTERGREN, GARY, 693 MORSE ST, SAN JOSE, CA 95126 | |
| 10925 | WESTERHOLD, BARRY, PO BOX 86, WOOD RIVER, IL 62095 | |
| 10925 | WESTERING, JOHN, 1105 BIRCH ST, ATLANTIC, IA 50022 | |
| 10925 | WESTERLAGE, THOMAS, 3100 WOOD AVE, COLORADO SPRINGS, CO 80907 | |
| 10924 | WESTERM PART/O.S.U. LIBRARY, #199 KIDDER HALL, CORVALLIS, OR 97330 | |
| 10925 | WESTERMANN, JASON, 6413 236TH AVE, PADDOCK LAKE, WI 53168 | |
| 10925 | WESTERN ALLEGHENY COUNTY, 403 VIRGINIA DR, OAKDALE, PA 15071-9105 | |
| 10924 | WESTERN ARCHITECTURAL, 12552 SOUTH 125 WEST, DRAPER, UT 84020 | |
| 10924 | WESTERN ARCHITECTURAL, 12552 SOUTH 125 WEST, SUITE B, DRAPER, UT 84020 | |
| 10925 | WESTERN AUTO ASSOCIATE STORE, PO BOX 568, PEVELY, MO 63070 | |
| 10924 | WESTERN BAPTIST HOSPITAL, C/O ALL SOUTH, PADUCAH, KY 42001 | |
| 10924 | WESTERN BLOCK COMPANY, 3711 E. SUPERIOR, PHOENIX, AZ 85040 | |
| 10924 | WESTERN BLOCK COMPANY, 4021 S. 19TH AVE., PHOENIX, AZ 85041 | |
| 10924 | WESTERN BLOCK PACIFIC, 3299 INTERNATIONAL PLACE, DU PONT, WA 98327 | |
| 10924 | WESTERN BLOCK PACIFIC, P O BOX 510, DU PONT, WA 98327 | |
| 10924 | WESTERN BLOCK PACIFIC, P.O.BOX 510, DU PONT, WA 98327 | |
| 10925 | WESTERN BUILDING CENTER OF LIBBY, 2131 US HWY 2 WEST, LIBBY, MT 59923 | |
| 10924 | WESTERN CEDAR ROOFING, 1010 CANNONS COURT, WOODBRIDGE, VA 22191 | |
| 10924 | WESTERN CEMENT INC., ATTN:  ACCOUNTS PAYABLE, OKEECHOBEE, FL 34973-1177 | |
| 10925 | WESTERN CENTER, 770 SIMMS ST., SUITE 100, GOLDEN, CO 80401 | |
| 10925 | WESTERN CENTER, THE, 770 SIMMS ST., STE 100, GOLDEN, CO 80401 | |
| 10924 | WESTERN CONCRETE PROD, 2601 NO DAKOTA ST, SPOKANE, WA 99207 | |
| 10925 | WESTERN CONCRETE PRODUCTS, 1920 PARK AVE, BRANDON, MB R7B 0R9CANADA | *VIA Deutsche Post* |
| 10924 | WESTERN CONCRETE PRODUCTS, 2601 N. DAKOTA ST., SPOKANE, WA 99207 | |
| 10924 | WESTERN CONCRETE PRODUCTS, 510 FIFTH STREET, CADILLAC, MI 49601 | |
| 10924 | WESTERN CONCRETE PRODUCTS, P.O. BOX 609, CADILLAC, MI 49601 | |
| 10925 | WESTERN CONCRETE PRODUCTS, PO BOX 609, CADILLAC, MI 49601-0609 | |
| 10925 | WESTERN CONTAINER LIMITED, PO BOX 2075, MONTEBELLO, CA 90640-1475 | |
| 10924 | WESTERN DRUM INC., 21301 CLOUD WAY, HAYWARD, CA 94545 | |
| 10925 | WESTERN ELECTRIC ACOUST LABORATORY, 1711 SIXTEENTH ST, SANTA MONICA, CA 90404 | |
| 10925 | WESTERN ELECTRIC COMPANY/LUCENT TEC, LUCENT TECHNOLOGIES, 474 SOUTH ST, MORRISTOWN, NJ 07962 | |
| 10924 | WESTERN ELECTRIC SUPPLY CO., 1620 COTNER AVENUE, WEST LOS ANGELES, CA 90025-3304 | |
| 10925 | WESTERN ELECTRO ACOUST LABORATORY, 1711 SIXTEENTH ST, SANTA MONICA, CA 90404 | |
| 10924 | WESTERN FARMS SERVICE, PO BOX1168, FRESNO, CA 93715 | |
| 10924 | WESTERN FARMS, 1015 E. WOOLEY RD., OXNARD, CA 93032 | |
| 10924 | WESTERN FASTENERS INC., 10500 BROADWAY, SUITE 200, SAN ANTONIO, TX 78217 | |
| 10924 | WESTERN FASTENERS INC., 3201 LONGHORN BLVD., SUITE 114, AUSTIN, TX 78759 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WESTERN FASTENERS INC., P.O. BOX 17645, DENVER, CO 80217 | |
| 10924 | WESTERN FILTER CORP, 26235 TECHNOLOGY DR, VALENCIA, CA 91355 | |
| 10924 | WESTERN FIRE & SAFETY, 2516 1-94 BUSINESS LOOP EAST, DICKINSON, ND 58601 | |
| 10925 | WESTERN FIRE DEPT SUPPLY, 601 E 45TH AVE, DENVER, CO 80216 | |
| 10924 | WESTERN FORGE, 4607 FORGE ROAD, COLORADO SPRINGS, CO 80907 | |
| 10924 | WESTERN GAS & SUPPLY CO., PO BOX 99, MEEKER, CO 81641 | |
| 10925 | WESTERN GEOPHYSICAL, 1001 LOOP 35 E, ALVIN, TX 77512 | |
| 10925 | WESTERN GEOPHYSICAL, 6909 SOUTHWEST FREEWAY, HOUSTON, TX 77036 | |
| 10925 | WESTERN GEOPHYSICAL, PO BOX 2469, HOUSTON, TX 77252-2222 | |
| 10925 | WESTERN GLOVE & SAFETY INC., 4610 SOUTH 33RD PLACE, PHOENIX, AZ 85040 | |
| 10925 | WESTERN GROUP, THE, 1637 N.WARSON RD., SAINT LOUIS, MO 63132 | |
| 10925 | WESTERN HOSE & SUPPLY, 325 WEST 30TH ST, NATIONAL CITY, CA 91950-7205 | |
| 10924 | WESTERN INSUL FOAM, 19041 80TH AVE, KENT, WA 98032 | |
| 10924 | WESTERN INSULFOAM**DO NOT USE**, IN PHOENIX, AZ 85009 | |
| 10924 | WESTERN INSULFOAM, 19041 80TH AVE. SOUTH, KENT, WA 98032 | |
| 10924 | WESTERN INSULFOAM, 3401 W. COCOPAH STREET, PHOENIX, AZ 85009 | |
| 10924 | WESTERN INSULFOAM, CAMBRIDGE, MA 99999 | |
| 10924 | WESTERN LIME CORP., 206 N 6TH AVE., WEST BEND, WI 53095-0057 | |
| 10924 | WESTERN LIME CORP., N4520 COUNTY RD. V, EDEN, WI 53019 | |
| 10924 | WESTERN LIME CORP., PO BOX57, WEST BEND, WI 53095-0057 | |
| 10925 | WESTERN LUMBER SUPPLY INC, 3911 N HWY DRIVE, TUCSON, AZ 85705 | |
| 10924 | WESTERN LUMBER SUPPLY INC, 3911 N. HIGHWAY DR., TUCSON, AZ 85705 | |
| 10924 | WESTERN LUMBER, 3911 N. HIGHWAY DR., TUCSON, AZ 85705 | |
| 10925 | WESTERN MACARTHUR CORP, 1670 LAS PLUMAS AVE. #B, SAN JOSE, CA 95133-1658 | |
| 10925 | WESTERN MACARTHUR CORP, 2855 MANDELA PKWY #D, OAKLAND, CA 94607 | |
| 10924 | WESTERN MATERIALS, 1202 SO FIRST ST, YAKIMA, WA 98901 | |
| 10924 | WESTERN MATERIALS, 317 SOUTH 5TH STREET, PASCO, WA 99301 | |
| 10924 | WESTERN MATERIALS, PO BOX 430, YAKIMA, WA 98907 | |
| 10924 | WESTERN MATERIALS, PO BOX430, YAKIMA, WA 98907 | |
| 10924 | WESTERN MICHIGAN UNIVERSITY, 2670 MCCRACKEN HALL, KALAMAZOO, MI 49008 | |
| 10924 | WESTERN MICHIGAN UNIVERSITY, ATTN: GAYL MORSE, KALAMAZOO, MI 49008-5105 | |
| 10925 | WESTERN MINERAL PRODUCTS CO (WRG), 111 S NAVAJO ST, DENVER, CO 80122 | |
| 10925 | WESTERN MINERAL PRODUCTS CO, 3520 I ST, OMAHA, NE 68107 | |
| 10925 | WESTERN MINERAL PRODUCTS CO, 525 W OREGON ST, MILWAUKEE, WI 53208 | |
| 10925 | WESTERN MINERAL PRODUCTS SITE, 1720 MADISON ST NE, MINNEAPOLIS, MN 55413-1188 | |
| 10925 | WESTERN MINERAL PRODUCTS SITE, 1815 JEFFERSON ST NE, MINNEAPOLIS, MN 55418-4426 | |
| 10925 | WESTERN MOBILE INC. - NEW MEXICO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | WESTERN MOBILE NEW MEXICO CONCRETE, PO BOX 25848, ALBUQUERQUE, NM 87126 | |
| 10925 | WESTERN MOBILE SOUTHERN INC, DEPT 0470, DENVER, CO 80256-0470 | |
| 10924 | WESTERN MOBILE, ****DO NOT USE ****, ALBUQUERQUE, NM 87103 | |
| 10925 | WESTERN MOBILE, PO BOX 1400, BAYFIELD, CO 81122 | |
| 10925 | WESTERN MOBILE, PO BOX 91570, ALBUQUERQUE, NM 87199 | |
| 10924 | WESTERN OAKS ELEMENTARY SCHOOL, 6201 DAVIS LANE, AUSTIN, TX 78749 | |
| 10924 | WESTERN ORGANICS, 2807 S. 27TH AVE., PHOENIX, AZ 85009 | |
| 10924 | WESTERN ORGANICS, P. O. BOX 25406, TEMPE, AZ 85285-5406 | |
| 10924 | WESTERN PACIFIC PACKAGING, 610 CAROB ST., COMPTON, CA 90220 | |
| 10924 | WESTERN PART/2 CENTER POINT, 2 CENTER POINT DR., LAKE OSWEGO, OR 97035 | |
| 10924 | WESTERN PART/4TH AVE., 1900 S.W. 4TH AVE., PORTLAND, OR 97201 | |
| 10924 | WESTERN PART/5800 MEADOWS, 5800 MEADOWS, LAKE OSWEGO, OR 97034 | |
| 10924 | WESTERN PART/6000 MEADOWS, 6000 S.W. MEADOWS, LAKE OSWEGO, OR 97034 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WESTERN PART/AGRICULTURE BLDG., WESTERN PARTITION, 651 N. E. CAPITOL ST., SALEM, OR 97301

10924   WESTERN PART/BANK OF CALIFORNIA, C/O STS DISTRIBUTORS WAREHOUSE, 8611 N. COLUMBIA BLVD., PORTLAND, OR 97223

10924   WESTERN PART/BEAVERTON HIGH SCHOOL, 9625 S.W. 125 TH AVE., BEAVERTON, OR 97005

10924   WESTERN PART/CNB HYUNDAI, 29825 WILLOW CREEK RD., EUGENE, OR 97402

10924   WESTERN PART/COOS BAY HOSPITAL, 1877 THOMPSON RD., COOS BAY, OR 97420

10924   WESTERN PART/DORNBECKER, DORNBECKER HOSPITAL EXPANSION, PORTLAND, OR 97201

10924   WESTERN PART/DUNNAWAY SCHOOL, 575 MICHAEL BROOK, MCMINNVILLE, OR 97128

10924   WESTERN PART/EMBASSY SUITES, 82ND & AIRPORT WAY, 7900 N.E. 82ND, PORTLAND, OR 97201

10924   WESTERN PART/EVERGREEN ACT 3 CINEMA, 2625 N.W. 188TH AVE., HILLSBORO, OR 97123

10924   WESTERN PART/FOX TOWERS, 735 S.W. TAYLOR, PORTLAND, OR 97201

10924   WESTERN PART/GRANTS PASS HI SCHOOL, 861 N.E. 9TH ST., GRANTS PASS, OR 97526

10924   WESTERN PART/INFOCUS, 27700 S.W. PARK AVE., WILSONVILLE, OR 97070

10924   WESTERN PART/INTEL BRIDGE - D1, C/O WESTERN PARTITIONS, HILLSBORO, OR 97123

10924   WESTERN PART/INTEL RA-2, 2501 N.W. 2290, HILLSBORO, OR 97124

10924   WESTERN PART/KOMATSU, 25300 N.W. EVERGREEN RD., HILLSBORO, OR 97124

10924   WESTERN PART/KRUSE OAKS, 5300 N.W. MEADOWS RD, LAKE OSWEGO, OR 97034

10924   WESTERN PART/L.S.I., 23400 N.E. GLISAN ST, GRESHAM, OR 97030

10924   WESTERN PART/LANE CO.JUVENILE, WESTERN PARTITION, 2727 CENTERNIA BLVD, EUGENE, OR 97401

10924   WESTERN PART/MEADOWS BUILDING, 4949 MEADOWS RD., LAKE OSWEGO, OR 97034

10924   WESTERN PART/NIKE BLDG A & B, 14700 S.W. WALKER RD., BEAVERTON, OR 97005

10924   WESTERN PART/NIKE BLDG. E & F, 14700 S.W. WALKER RD., BEAVERTON, OR 97005

10924   WESTERN PART/NORTH PARK LOFTS, 8300 S.W. HUNZIKER RD., TIGARD, OR 97223

10924   WESTERN PART/O.S.U. LIBRARY, OREGON STATE UNIVERSITY, JEFFERSON & COLLEGE DR., CORVALLIS, OR 97330

10924   WESTERN PART/PDX TOWER, PORTLAND, OR 97223

10924   WESTERN PART/POLK COUNTY JAIL, 884 S.E. JEFFERSON, DALLAS, OR 97338

10924   WESTERN PART/PORT OF PORTLAND, 121 N.W. EVERETT, PORTLAND, OR 97201

10924   WESTERN PART/PORTLAND AIRPORT, 8155 N.E. AIR CARGO RD., PORTLAND, OR 97218

10924   WESTERN PART/S. WASH. MEDICAL CNTR, 400 N.E. MOTHER JOSEPH PL., VANCOUVER, WA 98661

10924   WESTERN PART/SIFPHON HIGH SCHOOL, N.E. 130TH, VANCOUVER, WA 98660

10924   WESTERN PART/SILVERTON HOSPITAL, PORTLAND, OR 97201

10924   WESTERN PART/ST. CHARLES MEDICAL, 2500 N.E. NEFF RD., BEND, OR 97701

10924   WESTERN PART/V.O.C. GASES, 8300 S.W. HUNZIKER RD., TIGARD, OR 97223

10924   WESTERN PART/VETERANS HOSPITAL, 3710 S.W. U.S. VERTERANS RD., PORTLAND, OR 97201

10924   WESTERN PARTITION/GRAND VIEW BAPT., 1455 S. LELAND RD., BEAVERCREEK, OR 97004

10924   WESTERN PARTITIONS, 8300 S.W. HUNZIKER RD, TIGARD, OR 97223

10924   WESTERN PARTITIONS, 8300 SW HUNZIKER RD, TIGARD, OR 97223

10924   WESTERN PARTITIONS, ATTN: STEVE, TIGARD, OR 97223

10925   WESTERN PENNSYLVANIA CONCRETE, 4894 OTTAWA COURT, GIBSONIA, PA 15044

10925   WESTERN PEST SERVICES, 2800 NW 22ND TERRACE, POMPANO BEACH, FL 33069-1045

10925   WESTERN PETERBILT (TACOMA), 3443 20TH ST EAST, FIFE, WA 98424

10925   WESTERN PLASTICS CORP., POBOX 56637, PHOENIX, AZ 85079-6637

10924   WESTERN POLY DRUMS INC, 3042 INLAND EMPIRE BLVD., LA PUENTE, CA 91746

10924   WESTERN POLYMERS, 32 ROAD R SOUTH EAST, MOSES LAKE, WA 98837

10924   WESTERN PRECAST CONCRETE INC., PO BOX17961, EL PASO, TX 79917-7961

10924   WESTERN PRECAST CONCRETE, 9101 ROSEWAY, EL PASO, TX 79917

10925   WESTERN PRESS INC, 79 PROGRESS PKWY, MARYLAND HEIGHTS, MO 63043

10925   WESTERN PRINTING, PO BOX 1377, LIBBY, MT 59923

10925   WESTERN PROCESS COMPUTERS, INC, 2033 W. NORTH LN., STE. 14, PHOENIX, AZ 85021

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WESTERN PROCESS COMPUTERS, INC, 2033 W. NORTH LN., SUITE 14, PHOENIX, AZ 85021-1900 | |
| 10925 | WESTERN PROCESSING TRST FND II, POBOX 12907, SEATTLE, WA 98111-4907 | |
| 10925 | WESTERN PROCESSING TRUST FUND II, ATTN: SUE HISCHER, PO BOX 12907, SEATTLE, WA 98111-4907 | |
| 10924 | WESTERN QUALITY CONC INC., 340 SOUTH 1600 WEST, MAPLETON, UT 84664 | |
| 10924 | WESTERN QUALITY CONCRETE, INC., 340 S. 1600 W., MAPLETON, UT 84664 | |
| 10924 | WESTERN QUALITY CONCRETE, INC., DO NOT USE, SALT LAKE CITY, UT 84115 | |
| 10924 | WESTERN QUALITY CONCRETE, INC., OREM, UT 84057 | |
| 10924 | WESTERN QUALITY CONCRETE, INC., SALT LAKE CITY AIRPORT, SALT LAKE INT'L AIRPORT, UT 84116 | |
| 10925 | WESTERN RAILROAD ASSOCIATION, 135 S LA SALLE DEPT 1825, CHICAGO, IL 60674-1825 | |
| 10924 | WESTERN READY MIX**USE #500270**, S.CLARK, PO BOX1628, MAYAGUEZ, PR 681PUERTO RICO | *VIA Deutsche Post* |
| 10924 | WESTERN READY MIX, 22005 GYLE ROAD, RED BLUFF, CA 96080 | |
| 10924 | WESTERN READY MIX, 2821 HIGHWAY 20, COLUSA, CA 95932 | |
| 10924 | WESTERN READY MIX, CANTON STREET, WILLOWS, CA 95988 | |
| 10924 | WESTERN READY MIX, EAST OF CEDAR STREET, WILLOWS, CA 95988 | |
| 10924 | WESTERN READY MIX, HWY 32 STONEY CREEK, ORLAND, CA 95963 | |
| 10924 | WESTERN READY MIX, MAYAGUEZ, PR 680PUERTO RICO | *VIA Deutsche Post* |
| 10924 | WESTERN READY-MIX CONCRETE DIVISION, CALLE POST SUR 637, MAYAGUEZ, PR 681PUERTO RICO | *VIA Deutsche Post* |
| 10924 | WESTERN REGIONAL MEDICAL CENTER, 8602 PEACH, LUBBOCK, TX 79404 | |
| 10924 | WESTERN REGIONAL MEDICAL CENTER, ATTN: BAHL INSULATION CONSTRUCTION, LUBBOCK, TX 79404 | |
| 10924 | WESTERN RESOURCES, 818 SOUTH KANSAS AVENUE, TOPEKA, KS 66612 | |
| 10924 | WESTERN ROCK PROD CORP.#1, 4000  S. RIVER ROAD, SAINT GEORGE, UT 84770 | |
| 10924 | WESTERN ROCK PROD CORP., 147 WEST ELECTION ROAD, SUITE 110, DRAPER, UT 84020 | |
| 10924 | WESTERN ROCK PROD CORP./PORTABLE, SR9 & FLORATECH RD, HURRICANE, UT 84737 | |
| 10924 | WESTERN ROCK PRODUCTS CORP., 0N HWY 21, MILFORD, UT 84751 | |
| 10924 | WESTERN ROCK PRODUCTS CORP., 10 MILES WEST OF CITY MINERSVILLE, MINERSVILLE, UT 84752 | |
| 10924 | WESTERN ROCK PRODUCTS CORP., 1405 N. BULLDOG ROAD, CEDAR CITY, UT 84720 | |
| 10924 | WESTERN ROCK PRODUCTS CORP., 820 NORTH 1080 EAST, SAINT GEORGE, UT 84770 | |
| 10924 | WESTERN ROCK PRODUCTS CORP., HIGHWAY 91, IVINS, UT 84738 | |
| 10924 | WESTERN ROCK PRODUCTS, PARAWAN CANYON, BRIAN HEAD, UT 84719 | |
| 10924 | WESTERN ROCK, 128 E. LIVE OAK AVENUE, MONROVIA, CA 91016 | |
| 10924 | WESTERN ROCK, 1975 NORTH BENSEN, UPLAND, CA 91784 | |
| 10924 | WESTERN ROCK, 1975 NORTH BENSON, UPLAND, CA 91784 | |
| 10924 | WESTERN ROCK, 26100 ANTELOPE ROAD, ROMOLAND, CA 92585 | |
| 10924 | WESTERN ROCK, 6120 20TH STREET, RIVERSIDE, CA 92509 | |
| 10924 | WESTERN ROCK, CAL TRANS JOB, N.W. INTERSECTION OF INTERSTATE 5, AND HIGHWAY 126, VALENCIA, CA 91380 | |
| 10924 | WESTERN ROCK/ ST. GEORGE, FORT PIERCE INDUSTRIAL PARK, 1834 EAST 4350 SOUTH, SAINT GEORGE, UT 84770 | |
| 10924 | WESTERN ROCK/MESQUITE, 750 RIVERSIDE DRIVE, MESQUITE, NV 89024 | |
| 10924 | WESTERN ROCK/UPLAND, I-15 OAK HILLS JOB, OAK HILLS, CA 92345 | |
| 10925 | WESTERN ROOFING & SHEET METAL, POBOX 705, CHEYENNE, WY 82003-0705 | |
| 10924 | WESTERN ROOFING COMPANY, 2727 26TH AVE SO., MINNEAPOLIS, MN 55406 | |
| 10924 | WESTERN ROOFING COMPANY, 2727 26TH AVE. SOUTH, MINNEAPOLIS, MN 55406 | |
| 10925 | WESTERN ROOFING, #1-825 LAVAL CRESCENT, KAMLOOPS B.C., BC V2C 5P2CANADA | *VIA Deutsche Post* |
| 10925 | WESTERN ROOFING, 546 COURT ST, RENO, NV 89501 | |
| 10924 | WESTERN SAND & GRAVEL, CO., HWY 6, SPRING VALLEY, IL 61362 | |
| 10924 | WESTERN SAND & GRAVEL, R.R.#1, SPRING VALLEY, IL 61362 | |
| 10924 | WESTERN SAND & GRAVEL.CO., PO BOX 128, SPRING VALLEY, IL 61362 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  WESTERN SHEET METAL, 1015 E. 14TH ST, CHEYENNE, WY 82003-0705

10925  WESTERN STATES CHAPTER-ACPA, 263 WEST EL PINTADO RD., DANVILLE, CA 94526

10924  WESTERN STATES ELECTRIC, 3628 SOUTH 35TH. ST., TACOMA, WA 98409

10924  WESTERN STATES ELECTRIC, E. 11303 MONTGOMERY DR., BLDG. 1, SPOKANE, WA 99206

10924  WESTERN STATES ELECTRIC, P.O. BOX 82549, PORTLAND, OR 97282

10925  WESTERN STATES INDUSTRIAL, PO BOX 2035, MONTEBELLO, CA 90640

10925  WESTERN STATES OIL CO, PO BOX 1307, SAN JOSE, CA 95109-1307

10925  WESTERN STATES ROOFING CONTRACTORS, ASSOCIATION, 450 PENINSULA AVE , SUITE B, SAN MATEO, CA 94401

10924  WESTERN STONE PRODUCTS, PO BOX3171, MODESTO, CA 95353

10924  WESTERN STONE PRODUCTS-USE #233573, 1022 WOODLAND AVENUE, MODESTO, CA 95353

10925  WESTERN TECHNOLOGIES INC., 3480 SOUTH DODGE, TUCSON, AZ 85713

10925  WESTERN TECHNOLOGIES INC., 3611 WEST TOMPKINS AVE, LAS VEGAS, NV 89103-5618

10925  WESTERN TECHNOLOGIES INC., 3737 EAST BROADWAY ROAD, PHOENIX, AZ 85036

10925  WESTERN TECHNOLOGIES INC., 8305 WASHINGTON PLACE NE, ALBUQUERQUE, NM 87113

10925  WESTERN TECHNOLOGY MARKETING, 190 SOUTH WHISMAN ROAD, BLDG G, MOUNTAIN VIEW, CA 94041

10925  WESTERN TERMITE & PEST CO, 2800 NW 22ND TERRACE, POMPANO BEACH, FL 33069-1045

10925  WESTERN TERMITE & PEST CONTROL, 1607 YORK RD., LUTHERVILLE, MD 21093

10925  WESTERN TERMITE & PEST CONTROL, 1607 YORK ROAD, LUTHERVILLE, MD 21093

10924  WESTERN VILLAGE, RENO, NV 89512

10924  WESTERN WAKE MEDICAL CENTER, C/O ALPHA INSULATION, 1900 KILDARE FARM ROAD, CARY, NC 27511

10925  WESTERN WALL AND CEILING, 2286 N STATE COLLEGE BLVD, FULLERTON, CA 92831

10925  WESTERN WASTE INDUSTRIES, 1750 LOOP 336 EAST, CONROE, TX 77301

10924  WESTERN WATERPROOFING**EXEMPT JOBS*, DO NOT USE, CLEVELAND, OH 44105

10924  WESTERN WATERPROOFING**TAXABLE JOBS, DO NOT USE, CLEVELAND, OH 44105

10924  WESTERN WATERPROOFING, 13800 ECKLES ROAD, LIVONIA, MI 48150

10924  WESTERN WATERPROOFING, 1947 GRAVOIS, SAINT LOUIS, MO 63104

10924  WESTERN WATERPROOFING, DO NOT USE, LIVONIA, MI 48150

10924  WESTERN WHOLESALE SUPPLY(AM), 3838 SOUTH YELLOWSTONE, IDAHO FALLS, ID 83402

10924  WESTERN WISCONSIN TECH, HWY. 21 WEST, ANGELO, WI 54656

10925  WESTERN, 400 FAIRWAY DR SUITE 105, DEERFIELD BEACH, FL 33441-1808

10925  WESTERNWORLD TRANSFORMER, 1350 CHESTER INDUSTRIAL PKWY, AVON, OH 44011

10924  WESTEX INTERNATIONAL, 1717 K STREET N.W., WASHINGTON, DC 20006

10924  WESTEX INTERNATIONAL, 810-E OREGON AVENUE, LINTHICUM HEIGHTS, MD 21090

10925  WESTFALIA SEPARATOR, INC, 100 FAIRWAY CT., NORTHVALE, NJ 07647

10925  WESTFALIA SEPARATOR, INC, PO BOX 64119, BALTIMORE, MD 21264-4119

10925  WESTFALL, BONNIE, 781 TERRACE VIEW RD, LIBBY, MT 59923

10925  WESTFALL, CHRIS, 810 NORTH WEST 8TH, ANDREWS, TX 79714

10925  WESTFALL, CURTIS, 36 FAYETTE ST., WATERLOO, NY 13165-1808

10925  WESTFALL, JOHNE, 12263 E 38TH ST, TULSA, OK 74146-3113

10925  WESTFALL, PAMELA, RT 1 BOX 15, ST. ANNE, IL 60964

10925  WESTFALL, PHILIP, 6858 SHEARWATER DR., SAN JOSE, CA 95120

10925  WESTFALL, SHARON, ROUTE 1, BOX 62, WIOTA, IA 50274

10925  WESTFALL, STEVE, 2400 VASSAR COURT, ARLINGTON, TX 76015

10925  WESTFIELD COATINGS CORP., 221 UNION ST., WESTFIELD, MA 01086

10925  WESTFIELD COATINGS CORP., 221 UNION STREET, WESTFIELD, MA 01085

10924  WESTFIELD COATINGS CORP., PO BOX 815, WESTFIELD, MA 01085

10924  WESTFIELD MEMORIAL HOSPITAL, 189 EAST MAIN ST., WESTFIELD, NY 14787

10925  WESTFORD REGENCY INN & CONFERENCE, 219 LITTLETON RD., WESTFORD, MA 01886

10925  WESTFORD REGENCY, 219 LITTLETON RD, WESTFORD, MA 01866

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WESTGATE MACHINERY, 64 WELDON PARKWAY, MARYLAND HEIGHTS, MO 63043 | |
| 10925 | WESTGATE, PAUL, 83 NASHOBA ROAD, LITTLETON, MA 01460 | |
| 10925 | WESTGERDES, NEAL, 313 CASTLE OAKS CROSSING, WAUNAKEE, WI 53597 | |
| 10924 | WESTILE ROOFING PRODUCTS, 1745 SAMPSON AVE, CORONA, CA 91719 | |
| 10924 | WESTILE, 1900 N W 21ST AVENUE, FORT LAUDERDALE, FL 33311 | |
| 10924 | WESTILE, 8311 W. CARDER COURT, LITTLETON, CO 80125 | |
| 10924 | WESTILE, 8382 RIVERVIEW PKWY, LITTLETON, CO 80125 | |
| 10924 | WESTILE, DIV. OF OLDCASTLE, LITTLETON, CO 80125 | |
| 10925 | WESTIN CENTRAL PARK SOUTH, 112 CENTRAL PARK SOUTH, NEW YORK, NY 10019 | |
| 10925 | WESTIN HOTEL, THE, 10 HUNTINGTON AVE., BOSTON, MA 02116 | |
| 10925 | WESTIN HOTEL, THE, 70 THIRD AVE, WALTHAM, MA 02451 | |
| 10925 | WESTIN HOTEL, THE, PO BOX 910536, DALLAS, TX 75391-0536 | |
| 10925 | WESTIN MISSION HILLS, THE, DINAH SHORE & BOB HOPE DR, RANCHO MIRAGE, CA 92270 | |
| 10924 | WESTIN NEW YORK AT TIME SQUARE, THE, 135 W 42ND STREET, NEW YORK, NY 10036 | |
| 10924 | WESTIN RIO MAR BEACH RESORT, C/O CUDDY SPRAY FIREPROOFING, PALMER, PR 721PUERTO RICO | *VIA Deutsche Post* |
| 10924 | WESTIN SAVANNAH HARBOR RESORT, 1 RESORT DRIVE, SAVANNAH, GA 31402 | |
| 10925 | WESTIN WALTHAM-BOSTON, THE, 70 THIRD AVE, WALTHAM, MA 02451-7523 | |
| 10924 | WESTINGHOUSE ELEC.SY.CO., 228 ASHMUN ST., NEW HAVEN, CT 06508 | |
| 10924 | WESTINGHOUSE ELEC.SY.CO., 62 VILLAGE STREET, HARTFORD, CT 06108 | |
| 10924 | WESTINGHOUSE ELECT SY, 140 HAYWARD ST, MANCHESTER, NH 03105 | |
| 10925 | WESTINGHOUSE ELECTRIC COMPANY, 4350 NORTHERN PIKE, MONROEVILLE, PA 15146-2886 | |
| 10924 | WESTINGHOUSE ELECTRIC CORP, 1000 OHIOAVENUE, GLASSPORT, PA 15045 | |
| 10925 | WESTINGHOUSE ELECTRIC CORP, C/O PRENTICE-HALL CORP SYSTEMS, 800 BRAZOS, AUSTIN, TX 78701 | |
| 10925 | WESTINGHOUSE ELECTRIC CORP, ECKERT SEAMANS CHERIN & MELLOTT, ONE INTERNATIONAL PLACE, 18TH FL, BOSTON, MA 02110 | |
| 10925 | WESTINGHOUSE ELECTRIC CORP, SIX GATEWAY CENTER, PITTSBURGH, PA 15222 | |
| 10924 | WESTINGHOUSE ELECTRIC CORP., INEL SITE NRF   65, SCOVILLE, ID 83415 | |
| 10924 | WESTINGHOUSE ELECTRIC CORP.,, 8301 SCENIC HIGHWAY, PENSACOLA, FL 32514-7810 | |
| 10924 | WESTINGHOUSE ELECTRIC CORPORATION, 4400 ALAFAYA TRAIL, MC 701, ORLANDO, FL 32826-2399 | |
| 10924 | WESTINGHOUSE ELECTRIC SY CO, 11 DISTRIBUTOR ROAD, WORCESTER, MA 01605 | |
| 10925 | WESTINGHOUSE ELECTRIC, 7121 STANDARD DR, HANOVER, MD 21076 | |
| 10925 | WESTINGHOUSE ELECTRIC, PO BOX 2237, BALTIMORE, MD 21203 | |
| 10924 | WESTINGHOUSE ESD, 1002 MC KEE ROAD, OAKDALE, PA 15071-1083 | |
| 10925 | WESTINGHOUSE MTD, 811 RT 51 SOUTH, LARGE, PA 15025 | |
| 10925 | WESTINGHOUSE MTD, PO BOX 18249, PITTSBURGH, PA 15236 | |
| 10924 | WESTINGHOUSE POWER GENERATION, 1901 BRIARWOOD AVE SW, FORT PAYNE, AL 35967-8483 | |
| 10924 | WESTINGHOUSE PRECISION COATING, 1902 LONDON ROAD, CLEVELAND, OH 44112 | |
| 10924 | WESTINGHOUSE SAVANNAH RIVER CO, ATTN: BLDG 731-IN RECEIVING, AIKEN, SC 29808 | |
| 10924 | WESTINGHOUSE SAVANNAH RIVER CO, PO BOX 6809, AIKEN, SC 29804 | |
| 10924 | WESTINGHOUSE SAVANNAH RIVER CO., 731 1N RECEIVING, AIKEN, SC 29808 | |
| 10924 | WESTINGHOUSE SAVANNAH RIVER CO., CENTRAL SHOP RECEIVING, AIKEN, SC 29801 | |
| 10924 | WESTINGHOUSE SAVANNAH RIVER CO., PO BOX 616, AIKEN, SC 29802 | |
| 10924 | WESTINGHOUSE SAVANNAH RIVER, 221-274 731-RECEIVING BLDG.-(PLANT), AIKEN, SC 29808 | |
| 10924 | WESTINGHOUSE SAVANNAH RIVER, 731-1N, AIKEN, SC 29808 | |
| 10924 | WESTINGHOUSE SY CO., 365 UNIVERSITY AVENUE, SHELDONVILLE, MA 02070 | |
| 10924 | WESTINGHOUSE SY. CO., 365 UNIVERSITY AVENUE, WESTWOOD, MA 02070 | |
| 10924 | WESTINGHOUSE, 1000 OHIO AVENUE, CINCINNATI, OH 45229-0561 | |
| 10924 | WESTINGHOUSE, CNFD, BLUFF RD, COLUMBIA, SC 29208 | |
| 10925 | WESTINGHOUSE, NURSERY & WINTERSON ROADS, LINTHICUM, MD 21090 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WESTLAKE BIRD SANCTUARY, 2110 NICHOLS RD., WESTLAKE, LA 70669

10925   WESTLAKE CA&O CORP, PO BOX 527, CALVERT CITY, KY 42029

10925   WESTLAKE CA&O CORP., P.O. BOX 100785, ATLANTA, GA 30384-0785

10925   WESTLAKE CA&O CORP., PO BOX 100785, ATLANTA, GA 30384-0785

10925   WESTLAKE CA&O CORPORATION, PO BOX 527, CALVERT CITY, KY 42029-0527

10925   WESTLAKE HOLDINGS INC, 25 NEWPORT ST, FITCHBURG, MA 01420

10925   WESTLAKE, BECKY, 654 INLAND WAY, LILBURN, GA 30247

10925   WESTLAKE, PAMELA, 654 INLAND WAY, LILBURN, GA 30247

10925   WESTLAW-WEST GROUP PAYMENT CENTER, PO BOX 6187, CAROL STREAM, IL 60197-6187

10925   WESTLEY, RANDALL, 4009 ARDMORE AVE, READING, PA 19605

10925   WESTLINK PAGING, 2811 INGERSOLL AVE, DES MOINES, IA 50312-4012

10925   WESTLINK PAGING, PO BOX 14417, DES MOINES, IA 50306-3417

10925   WESTLINK PAGING, PO BOX 8299, DES MOINES, IA 50306-8299

10925   WESTLINK PAGING, POBOX 46503, DENVER, CO 80201-6503

10925   WESTLUND, RODNEY, 300 FAQUETIGUE, EUNICE, LA 70535

10925   WEST-MARK SERVICE CENTER, PO BOX 100, CERES, CA 95307

10924   WESTMINISTER ASBURY TOWERS, 315  16TH STREET WEST, BRADENTON, FL 34205

10925   WESTMINISTER GRAPHICS, 97 WESTMINISTER AVE, ARLINGTON, MA 02174

10924   WESTMINISTER TOWERS, 315  16TH ST WEST, BRADENTON, FL 34205

10924   WESTMINISTER TOWERS, C/O WARCO, 853 MCDOW DRIVE, ROCK HILL, SC 29732

10925   WESTMINSTER COLLEGE, 501 WESTMINSTER AVE, FULTON, MO 65251-1299

10925   WESTMINSTER GLASS & MIRROR, 841 BALTIMORE BLVD., WESTMINSTER, MD 21157

10925   WESTMINSTER GRAPHICS, 97 WESTMINSTER AVE., ARLINGTON, MA 02174

10924   WESTMINSTER HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, WESTMINSTER, CA 92655

10924   WESTMINSTER PARK, 401 WAMPANOAG TRAIL, PROVIDENCE, RI 02904

10924   WESTMINSTER VILLAGE, C/O DON BOEHMER, PHOENIX, AZ 85019

10925   WESTMOLAND, RICKY, 719 LANTANA, 99, CORPUS CHRISTI, TX 78408

10924   WESTMONT BUILDING PRODUCTS(AM), 200 EAST QUINCY, WESTMONT, IL 60559

10925   WESTMONT ENGINEERING COMPANY, 2000 BEACH AVE, BROADVIEW, IL 60153

10925   WESTMONT OIL CO, DON D JORDAN CEO, 5 POST OAK PARK, 4300 POST OAK PKWY, HOUSTON, TX 77027

10925   WESTMORELAND COUNTY AIRPORT AUTH, 200 PLEASANT UNITY ROAD SUITE 103, LATROBE, PA 15650

10925   WESTMORELAND PRIMARY HEALTH CARE, 501 WEST OTTERMAN ST, GREENSBURG, PA 15601-2146

10925   WESTMORELAND, AMY, POB 158, COMMERCE, GA 30529

10925   WESTMORELAND, B, 2123 COLEMAN DR, GREER, SC 29651-9550

10925   WESTMORELAND, BEVERLY, PO BOX 215, LAKE VILLAGE, IN 46349

10925   WESTMORELAND, BLAKE, 130 SHADYLANE ROAD, WOODRUFF, SC 29388

10925   WESTMORELAND, DANIEL, 457 CHURCH ST, WOODRUFF, SC 29388

10925   WESTMORELAND, DEREK, 713 VALLEY GREEN, MAULDIN, SC 29662

10925   WESTMORELAND, EDDIE, RT 1 BOX 79, COMMERCE, GA 30529

10925   WESTMORELAND, JAMES, 45 OLD CHATTANOOGA PIKE, JASPER, TN 37347

10925   WESTMORELAND, JEFFREY, 6465 142ND AVE. N, G-106, CLEARWATER, FL 34622

10925   WESTMORELAND, KAREN, 20118 COX RD., SOUTHERLAND, VA 23885

10925   WESTMORELAND, LAURA, 10019 VALLEY FORGE, HOUSTON, TX 77042-2035

10925   WESTMORELAND, MARY, 1216 SYCAMORE, AMARILLO, TX 79107

10925   WESTMORELAND, MICHAEL, 120 SHADYLANE RD, WOODRUFF, SC 29388

10925   WESTMORELAND, TOLLIVER, 126 HART RD, WOODRUFF, SC 29388

10925   WESTNEY, KYLE S, 4314 HWY. 27,LOT #5, SULPHUR, LA 70663

10925   WESTNEY, KYLE, 4314 S HWY 27 LOT #5, SULPHUR, LA 70665

10925   WESTON ASSOCIATES, THE, 1372 SUMMER ST, STAMFORD, CT 06905

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WESTON BENSHOOF ROCHEFORT, 444 SOUTH FLOWER ST FORTY-THIRD FL, LOS ANGELES, CA 90071

10924   WESTON BLDRS SUPPLY, PO BOX 900237, PALMDALE, CA 93590

10924   WESTON BUILDING SUPPLY, PO BOX5568, LANCASTER, CA 93539

10924   WESTON SAVANNAH HARBERT, C/O SOUTHERN FIREPROOFING, 1 RESORT DRIVE HUTCHINSON ISLAND, SAVANNAH, GA 31401

10925   WESTON SQUARE ASSOCIATES, 1 HARTFORD SQUARE, NEW BRITAIN, CT 06052

10925   WESTON, DONALD, 283 HICKORY, CHICAGO HTS, IL 60411

10924   WESTON, HURD, FALLON, PAISLEY, & HO, 2500 TERMINAL TOWER 55 P, CLEVELAND, OH 44113-2241

10925   WESTON, JEFFREY, 1706 WAYNE DR, ST JOSEPH, MO 64506

10925   WESTON, JOSEPH, 29 HARWOOD DR, MONUMENT BEACH, MA 02553

10925   WESTON, KATHRYN, 1224 RIVER ROAD, MORRISTOWN, TN 37813

10925   WESTON, MARGARET, 29 CANDACE AVE, WALTHAM, MA 02154-6966

10925   WESTON, PAUL, 4699 CASTOR AVE, PHILA, PA 19124

10924   WESTOVER APARTMENTS, WESTOVER DRIVE, HATTIESBURG, MS 39401

10925   WESTOVER, MILTON, RT. #4 BOX 336-D, LAKE CITY, FL 32055

10925   WESTOVER, SALLY, PO BOX 1214, SUMMERLAND, CA 93067

10925   WESTPAC, PO BOX 14091, BATON ROUGE, LA 70898-4091

10925   WESTPHAL, J, 14913 RYDELL ROAD #201, CENTREVILLE, VA 22020-9998

10924   WESTPORT - 6B, (CONEAGO CONSTRUCTION), BERRYSBURG, PA 17005

10924   WESTRADE ELECTRIC LTD., #8-801 WEST 1ST. STREET, N. VANCOUVER, B.C., BC V7P 1A4TORONTO     *VIA Deutsche Post*

10924   WESTROC, 1005 SOUTH MAIN, NEPHI, UT 84648

10924   WESTROC, 10352 SOUTH 4400 WEST, PAYSON, UT 84651

10924   WESTROC, 1600 SOUTH 540 WEST, SPRINGVILLE, UT 84663

10924   WESTROC, 670 WEST 220 SOUTH, PLEASANT GROVE, UT 84062

10925   WESTROC, 8950 SOUTH 3860 WEST, WEST JORDAN, UT 84088

10924   WESTROC, ATTN: ACCOUNTS PAYABLE, 670 WEST 220 SOUTH, PLEASANT GROVE, UT 84062

10924   WESTROC, HIGHLAND PIT, HIGHLAND, UT 84003

10924   WESTROC, NORTH FRONTAGE ROAD, MONA, UT 84645

10924   WESTSHORE GLASS CORP., 5300 W. KNOX STREET, TAMPA, FL 33634

10924   WESTSHORE GLASS CORP., PO BOX 15216, TAMPA, FL 33684

10924   WESTSHORE MEDICAL CENTER, 1465 PARKDALE AVENUE, MANISTEE, MI 49660

10924   WESTSIDE BLDG / 561844, 1111 E. HOWELL AVE., ANAHEIM, CA 92815

10924   WESTSIDE BLDG. MATERIALS, 1111 E. HOWELL AVE., ANAHEIM, CA 92815

10924   WESTSIDE BLDG. MATERIALS, 1111 E. HOWELL, ANAHEIM, CA 92815

10924   WESTSIDE BUILDING MAT. (DG), 11 EAST HOWELL AVENUE, ANAHEIM, CA 92815

10925   WESTSIDE BUILDING MATERIAL CORP, PO BOX 711, ANAHEIM, CA 92815-0711

10924   WESTSIDE BUILDING MATERIALS, 1111 E. HOWELL, ANAHEIM, CA 92805

10924   WESTSIDE BUILDING MATERIALS, P.O. BOX 711, ANAHEIM, CA 92815

10924   WESTSIDE BUILDING MATERIALS, P.O. BOX 711, ANAHEIM, CA 92815-0711

10924   WESTSIDE CONCRETE CO, 19030 SOUTH NORMANDIE AVENUE, TORRANCE, CA 90502

10924   WESTSIDE CONCRETE COMPANY INC., 5299 111TH STREET, LOS ANGELES, CA 90045

10924   WESTSIDE CONCRETE COMPANY, INC, ATTENTION: ACCOUNTS PAYABLE, TORRANCE, CA 90510-1425

10924   WESTSIDE CONCRETE COMPANY, INC., 5299 W. 111TH STREET, LOS ANGELES, CA 90045

10924   WESTSIDE CONCRETE COMPANY, INC., ATTN:  ACCOUNTS PAYABLE, TORRANCE, CA 90510-1425

10924   WESTSIDE CONCRETE/CARSON, 17706 SO. MAIN STREET, CARSON, CA 90745

10924   WESTSIDE MEDICAL PARK, C/O AMERICAN FIREPROOFING, PLANTATION, FL 33324

10924   WESTSIDE PRE-MIX**USE #242256**, 5299 W 111TH ST, LOS ANGELES, CA 90045

10924   WESTSIDE/AMGEN BUILDING, C/O WESTSIDE BUILDING, THOUSAND OAKS, CA 91359

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WESTSTAR CONCRETE CO INC, 541 FEE FEE RD, MARYLAND HEIGHTS, MO 63043

10924   WESTSTAR CONCRETE CO., INC., 541 FEE FEE ROAD, MARYLAND HEIGHTS, MO 63043

10924   WESTSTAR CONCRETE CO., INC., BUSSEN QUARRY, EUREKA, MO 63025

10924   WESTSTAR ELECTRIC/CRESCENT, 1466 NW FRONT AVENUE, PORTLAND, OR 97209

10924   WESTSTAR ELECTRIC/CRESCENT, PO BOX 5547, PORTLAND, OR 97228-5547

10924   WESTVACO CORP. CENTER, 1011 BOULDER SPRINGS DRIVE, RICHMOND, VA 23225-4950

10924   WESTVACO CORP., 5900 VIRGINIA AVENUE, NORTH CHARLESTON, SC 29419

10925   WESTVACO CORPORATION, WESTVACO CORPORATION, 299 PARK AVE, NEW YORK, NY 10171

10924   WESTVACO, 11101 JOHNS HOPKINS ROAD, LAUREL, MD 20723

10924   WESTVACO, 300 PRATT STREET, LUKE, MD 21540

10924   WESTVACO, METRIC CONSTRUCTORS, 5225 VIRGINIA AVE, NORTH CHARLESTON, SC 29406

10924   WESTVACO, WESTVACO CORPORATE CENTER, 1011 BOULDER SPRINGS DRIVE, RICHMOND, VA 23225-4950

10924   WESTVIEW CARE CENTER, 445 8TH AVE SW, BRITT, IA 50423

10924   WESTVIEW CONCRETE CORP, P O BOX 38159, OLMSTED FALLS, OH 44138

10924   WESTVIEW CONCRETE CORP, P.O. BOX 38159, OLMSTED FALLS, OH 44138

10924   WESTVIEW CONCRETE CORP., 26000 SPRAGUE, OLMSTED FALLS, OH 44138

10924   WESTVIEW CONCRETE CORP., LOWELL ST, ELYRIA, OH 44035

10924   WESTVIEW CONCRETE CORP., P.O. BOX 38159, OLMSTED FALLS, OH 44138

10925   WESTVIEW CONCRETE CORPORATE, PO BOX 38159, OLMSTED FALLS, OH 44138

10924   WESTVIEW HEALTHPLEX, 3630 GUION ROAD, INDIANAPOLIS, IN 46222-0963

10924   WESTVIEW JR./SR. HIGH SCHOOL, 1635 SOUTH 600 WEST, TOPEKA, IN 46571

10924   WESTVILLE READY MIX, INC., 1409 ENGLISH STREET, WESTVILLE, IL 61883

10924   WEST-WARD PHARMACEUTICAL CORP., 465 INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724

10925   WESTWAY TERMINAL COMPANY INC., PO BOX 54010, NEW ORLEANS, LA 70154

10925   WESTWAY TRADING CORP., PO BOX 54935, NEW ORLEANS, LA 70154

10924   WESTWOOD BUILDING MATERIAL, 15708 INGLEWOOD AVE, LAWNDALE, CA 90260

10924   WESTWOOD BUILDING MATERIALS, 15708 INGLEWOOD AVE., LAWNDALE, CA 90260

10924   WESTWOOD BUILDING MATERIALS, 15708 INGLEWOOD, LAWNDALE, CA 90260

10924   WESTWOOD ELEMENTARYC/O STUCCO ONE, 701 91ST AVE NE, BLAINE, MN 55434

10925   WESTWOOD LUMBER & BUILDING SUPPLY I, 940 HIGH ST RTE 109, WESTWOOD, MA 02090

10924   WESTWOOD PAVILION, C/O WESTSIDE BUILDING MATERIALS, WESTWOOD, CA 90024

10924   WESTWOOD POLICE STATION, P/U IN NORWOOD, 505 UNIVERSITY; BLDG#3, NORWOOD, MA 02062

10924   WESTY'S, 50 KEELER AVENUE, NORWALK, CT 06854

10925   WETHERBEE, SUSAN, 13 SAYWARD ST, GLOUCSTER, MA 01930

10925   WETHERILL, WANDA, 121 ROGER CIRCLE, SPARKS, NV 89431

10925   WETHERINGTON, ELEANOR, 330 LAKE MARIAM BLVD., WINTER HAVEN, FL 33884

10925   WETHERINGTON, P, 330 LAKE MARIAM BLVD., WINTER HAVEN, FL 33884-3810

10925   WETHERINGTON, SALLY, 402 WELLINGTON CT., SHREVEPORT, LA 71115

10924   WETMORE ELEMENTRY, 3250 THOUSAND OAKS, SAN ANTONIO, TX 78270

10925   WETMORE, SR, R, 2513 S 17TH ST, FORT PIERCE, FL 34982

10925   WETSEL, DEBORAH, 1726 SAUL, ZACHARY, LA 70791

10925   WETTA, RUTH, 1793 JACKSON AVE, PORTSMOUTH, OH 45662

10925   WETZ, ALBERT, 1305 LADELLE, WHARTON, TX 77488-3425

10925   WETZ, DIANNA, 215 KATE SCHENCK, SAN ANTONIO, TX 78223

10925   WETZEL JR, JOHN R, C/O CHEMICAL BANK BY PASS TRACER, BROOKLYN, NY 11234

10925   WETZEL, KIMBERLY, 7027 ALVERN, LOS ANGELES, CA 90045

10925   WETZEL, LINDA, 10446 S. 46TH ST., PHOENIX, AZ 85044

10925   WETZEL, MILTON, 805 N JUNIPER ST, SUN PRAIRIE, WI 53590

10925   WETZEL, MILTON, BOX 314 SUNSET MEADOW DR., WINDSON, WI 53598

10925   WETZEL, RODERICK L, PO BOX 84880, FAIRBANKS, AK 99708-4880

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WETZEL, VIRGIL E, W 11527 HWY V, LODI, WI 53555 | |
| 10925 | WETZEL-CARR, NANCY, 3810 THORNTON DRIVE, CINCINNATI, OH 45236 | |
| 10925 | WEW ENTERPRISES, 3116 RYAN ST., LAKE CHARLES, LA 70601 | |
| 10924 | WEXCO CORP., 1015 DILLARD DRIVE, LYNCHBURG, VA 24502 | |
| 10924 | WEXCO CORP., PO BOX 4297, LYNCHBURG, VA 24502 | |
| 10925 | WEXHAM DEVELOPMENTS 93, UNIT 8 YOUNGS INDUSTRIAL EST., READING, RG74PWUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | WEXLER, ARTHUR, 15101 INTRLACHEN DR, 1418, SILVER SPRING, MD 20906 | |
| 10925 | WEYANT, PAULA, 1 OAK TREE LANE, GARNERVILLE, NY 10923 | |
| 10925 | WEYANT, SCOTT, 3 HOODKROFT DR, DERRY, NH 03038 | |
| 10925 | WEYBRIGHT, ANDREW, 356 S MAIN ST, KANKAKEE, IL 60901 | |
| 10925 | WEYENBERG, MARK, 430 JANET COURT, WRIGHTSTOWN, WI 54180 | |
| 10925 | WEYER, DALE, 6105 HIGHLAND ROAD, ARCADIA, TX 77517 | |
| 10924 | WEYERHAEUSER CO INC, 7935 HWY 12 SW, ROCHESTER, WA 98579 | |
| 10925 | WEYERHAEUSER CO, SHARI BROWN ENV MANAGER STEVEN R RO, 333663 WEYERHAEUSER WAY SOUTH, CH 1L28, FEDERAL WAY, WA 98003 | |
| 10924 | WEYERHAEUSER CO., 2690 COLUMBIA 11 EAST, MAGNOLIA, AR 71753 | |
| 10924 | WEYERHAEUSER COMPANY, 1401 E. 4TH ST., MARSHFIELD, WI 54449 | |
| 10924 | WEYERHAEUSER COMPANY, 200 GRAND AVENUE, ROTHSCHILD, WI 54474 | |
| 10925 | WEYERHAEUSER COMPANY, CH 1K35C, PO BOX 9777, FEDERAL WAY, WA 98063-9777 | |
| 10924 | WEYERHAEUSER CORP, HWY 10, PINE HILL, AL 36769 | |
| 10924 | WEYERHAEUSER NURSERY, 169 WEYERHAEUSER ROAD, AIKEN, SC 29801 | |
| 10924 | WEYERHAEUSER NURSERY, HC 64, BOX 230, FORT TOWSON, OK 74735 | |
| 10924 | WEYERHAEUSER NURSERY, PO BOX 2, BOX 339, WASHINGTON, NC 27889 | |
| 10924 | WEYERHAEUSER, 200 GRAND AVENUE, ROTHSCHILD, WI 54474 | |
| 10924 | WEYERHAEUSER, 32901 WEYERHAEUSER WAY SOUTH, FEDERAL WAY, WA 98003 | |
| 10924 | WEYERHAEUSER, PO BOX 2999, TACOMA, WA 98477 | |
| 10925 | WEYERHAEUSER, POBOX 640160, PITTSBURGH, PA 15264-0160 | |
| 10925 | WEYMETH, LYDIA, 2918 ASHTON COURT, WESTCHESTER, IL 60154 | |
| 10924 | WEYMOUTH CONCRETE, BRAINTREE, MA 02184 | |
| 10924 | WEYMOUTH CONCRETE, P.O. BOX 2096, SANDWICH, MA 02563 | |
| 10924 | WEYMOUTH CONCRETE, PO BOB 2096, SANDWICH, MA 02563 | |
| 10924 | WEYMOUTH CONCRETE, PO BOX 9187, BOSTON, MA 02114 | |
| 10925 | WEYMOUTH, KAREN, 19 HILLSIDE AVE, SCARBOROUGH, ME 04074 | |
| 10925 | WEYNETH, BRIAN, 2918 ASHTON COURT, WESTCHESTER, FL 60154 | |
| 10925 | WEYRICK, RANDY D., 203 SHEILA, SAN ANTONIO, TX 78209 | |
| 10925 | WF ASSOCIATES, INC, 1030 DIGIORGIO ROAD, FORT PIERCE, FL 34982 | |
| 10925 | WFRO RADIO STATION, 3312 W PETERSON AVE, CHICAGO, IL 60659 | |
| 10925 | WG AIRS INC, 20 PARK ST, WINCHESTER, MA 01890 | |
| 10925 | WG DURANT CORPORATION, 10805 PAINTER AVE, SANTA FE SPRINGS, CA 90670 | |
| 10925 | WG LOCKHART CONSTRUCTION CO, 800 WATERLOO ROAD, AKRON, OH 44314 | |
| 10924 | WGG ENTERPRISES INC./J & P ASSOC., 11310 STEWART AVE., EL MONTE, CA 91731 | |
| 10925 | WHALAND, MARY, 667 LANDIS RD., TELFORD, PA 18969-2310 | |
| 10925 | WHALEN, FRANCIS, 210E 13TH ST., APT. 303, STORM LAKE, IA 50588 | |
| 10925 | WHALEN, JEFFERY, 13 MASON DRIVE, LITCHFIELD, NH 03051 | |
| 10925 | WHALEN, JOHN, PO BOX 373, BRIDGER, MT 59014-0373 | |
| 10925 | WHALEN, WALTER, 30 PICKET PLACE, FREEHOLD, NJ 07728 | |
| 10925 | WHALEY, CATHERINE AN, 4105 MAJESTIC LN, FAIRFAX, VA 22033 | |
| 10925 | WHALEY, DENNIS, 153 LOWELL ST. APT. 2, SOMERVILLE, MA 02143 | |
| 10925 | WHALEY, JAMES, 4236 BANNISTER RD, FAIR OAKS, CA 95628 | |
| 10925 | WHALEY, JOSEPH, 1351 WICKERHAM DR, MONONGAHELA, PA 15063 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WHALEY, MONICA, RD 4 BOX 37, LAUREL, DE 19956

10925 WHALIN, JAMES, 851 2ND ST, MEEKER, CO 81641

10925 WHAM, TOMMY, 104 JENKINS BRIDGE RD, FOUNTAIN INN, SC 29644

10925 WHARRY, JEFFREY, 3816 MILAN DR #4, ALEXANDRIA, VA 22305

10925 WHARTON COUNTY, POBOX 69, WHARTON, TX 77488

10925 WHARTON SCHOOL OF BUSINESS, UNIVERSITY OF PENNSYLVANIA, STEINBERG CONFERENCE CTR, STE 224, 255 SOUTH 38TH ST, PHILADELPHIA, PA 19104-6355

10925 WHARTON SCHOOL, THE, 255 SOUTH 38TH ST, PHILADELPHIA, PA 19104-6359

10924 WHARTON, 7724 CRESCENT BLVD, PENNSAUKEN, NJ 08110

10925 WHARTON, ANNIE, 430 SPEEDWAY DR, FOUNTAIN INN, SC 29644-9437

10925 WHARTON, BILLY, 430 SPEEDWAY DRIVE, FOUNTAIN INN, SC 29644-9437

10925 WHARTON, CARL, 199 OAK DR, 1, GREENVILLE, SC 29611

10925 WHARTON, DEXTER, 100 GRAPE ARBOR LN, FOUNTAIN INN, SC 29644

10925 WHARTON, DOUGLAS, 116 WOODLAND DRIVE, FOUNTAIN INN, SC 29644

10925 WHARTON, EDWARD, 119 WOODLAND DR, FOUNTAIN INN, SC 29644

10925 WHARTON, EZELL, 110 HAYNIE ST, GREENVILLE, SC 29605-3822

10925 WHARTON, JOHN, 8E SCOTT DRIVE, DRAVOSBURG, PA 15034

10925 WHARTON, JOY, 430 SPEEDWAY DR, FOUNTAIN INN, SC 29644

10925 WHARTON, KAREN, 6623 CLAY PLANT RD, SHREVE, OH 44676

10925 WHARTON, PAUL, 102 BONFIELD, SIMPSONVILLE, SC 29681

10925 WHARTON, RANDY, 104 FLEETWOOD DRIVE, GREENVILLE, SC 29605

10924 WHARTON, RT. 130 & UNION AVE., PENNSAUKEN, NJ 08110

10925 WHARTON, SANDRA, 506 GARFIELD PK AVE, SANTA ROSA, CA 95409

10925 WHATABURGER INC, GEN COUNSEL, PO BOX 6220, 4000 PARKDALE DR, CORPUS CHRISTI, TX 78411-6220

10924 WHATABURGER, INC., UNKNOWN, HOUSTON, TX 77099

10924 WHATCOM COMMUNITY COLLEGE, LEARNING RESOURCE CENTER, BELLINGHAM, WA 98226

10925 WHATLEY JR, JEFFERSON, RT. 5, BOX 345, LAUREL, MS 39440

10925 WHATLEY, DALE, 603 EXCEL CIR, BROWNSBORO, AL 35741

10925 WHATLEY, GARY, 710 S COLORADO ST, IOWA PARK, TX 76367

10925 WHATLEY, KATHIE, 710 S COLORADO, IOWA PARK, TX 76367

10925 WHATLEY, RODGER, 2013 SUNSET CT SOUTH, LEAGUE CITY, TX 77573

10925 WHATLEY, WATHENA, 23326 TIMBERBROOK, SPRING, TX 77373

10925 WHATLING, PAUL, 701 CATHEDRAL ST #73, BALTIMORE, MD 21201

10925 WHATLY, KIMBERLY, 2804 WHITESVILLE RD, LAGRANGE, GA 30240

10925 WHATMAN CORPORATION, 240 CHERRY ST -HILLS FARM IND., SHREWSBURY, MA 01545

10925 WHATMAN INC, 260 NECK RD, HAVERHILL, MA 01835-0723

10925 WHATMAN INC, PO BOX 6183, BOSTON, MA 02212

10925 WHATMAN INC., 100 AMES POND DR., TEWKSBURY, MA 01876-0962

10924 WHATMAN SPECIALTY PRODS., INC., 9 BRIDEWELL PLACE, CLIFTON, NJ 07014

10924 WHATMAN SPECIALTY PRODS.,INC., 240 CHERRY STREET, SHREWSBURY, MA 01545

10924 WHATMAN SPECIALTY PRODUCTS.,INC., 240 CHERRY STREET, SHREWSBURY, MA 01545

10925 WHATMAN, INC, 260 NECK RD., HAVERHILL, MA 01835

10925 WHATMAN, INC, 703 MASSACHUSETTS AVE., BOX C, LEXINGTON, MA 02173-0998

10925 WHATMAN, INC, 9 BRIDEWELL PL., CLIFTON, NJ 07014

10925 WHATMAN, INC, PO BOX 6183, BOSTON, MA 02212-6183

10925 WHEALON TOWING & SERVICE INC, 375 N HICKORY ST, FOND DU LAC, WI 54935

10925 WHEALY, AARON, 36 GOLDENROD LANE, MADISON, WI 53719

10925 WHEAR, JONN, 9261 POPLAR SPUR RD, UTICA, KY 42376

10925 WHEAT, KEVIN, 3000 F W. VILLAGE, SPRINGFIELD, MO 65807

10925 WHEAT, SEARCY, FARMESITE ROAD, VIOLET, LA 70092

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WHEATLEY, JUDITH, 118 CHEEK ROAD, SPARTANBURG, SC 29303 | |
| 10925 | WHEATLEY, MICHAEL, 114 SPRING FOREST RD #28, CENTRAL, SC 29630 | |
| 10925 | WHEATON JR, ALBERT, 140 BOWDOIN ST, MEDFORD, MA 02155 | |
| 10924 | WHEATON OF P.R., INC, PO BOX 6500, CAYEY, IT 7376500UNK | *VIA Deutsche Post* |
| 10924 | WHEATON OF P.R., INC, ROAD #1 KM. 56.4 BO. MONTELLANO, CAYEY, IT 7376500UNK | *VIA Deutsche Post* |
| 10924 | WHEATON PUBLIC WORKS, 821 LIBERTY, WHEATON, IL 60187 | |
| 10925 | WHEATON, GENE, 948 REDLEY CT, GREEN BAY, WI 54304 | |
| 10925 | WHEATON, REGINA, 6142 DEEPWOOD DR W, JACKSONVILLE, FL 32218 | |
| 10925 | WHEEHLER, GEORGE, 80 DAVISON ST, GARFIELD, NJ 07026 | |
| 10925 | WHEEL CHECK, 2640 CASTLE HILL CRES., OAKVILLE ONTARIO, ON L6H 6J1CANADA | *VIA Deutsche Post* |
| 10925 | WHEELAN, LATHAM, 1015 BRADFORD PLACE, GREENVILLE, SC 29615-4829 | |
| 10925 | WHEELAND, JIM, 1201 ENTERPRISE, 322, LEAGUE CITY, TX 77573 | |
| 10925 | WHEELEN, JEANNETTE, 2751 PEPPERTREE DR., FAIRFIELD, CA 94533 | |
| 10924 | WHEELER CORP., PO BOX 283, SHELBYVILLE, IN 46176 | |
| 10924 | WHEELER CORPORATION, 841 ELSTON DRIVE, SHELBYVILLE, IN 46176 | |
| 10924 | WHEELER CORPORATION, P.O. BOX 283, SHELBYVILLE, IN 46176 | |
| 10925 | WHEELER INDUSTRIES INC, PEPPERDAM INDUSTRIAL PARK, NORTH CHARLESTON, SC 29418 | |
| 10924 | WHEELER LUMBER CO., 510 BANKHEAD HWY., CARROLLTON, GA 30117 | |
| 10925 | WHEELER PHOTOGRAPHICS,INC, 414 CONCORD RD., WESTON, MA 02193 | |
| 10925 | WHEELER PROTECT. APPAREL, PRINDLE DECKER & AMARO, SUITE 800, 369 PINE ST, SAN FRANCISCO, CA 94104-3315 | |
| 10925 | WHEELER SR, DONALD, 4636 MOUNTAIN ROAD, PASADENA, MD 21122 | |
| 10924 | WHEELER ZAMARONI BUILDING MATERIALS, 3500 PETALUMA HILL RD, SANTA ROSA, CA 95404 | |
| 10925 | WHEELER, ALESHIA, 137 ASTER AVE, TROY, AL 36081 | |
| 10925 | WHEELER, ALICIA, 1116 HOUSTON ST, WACO, TX 76704 | |
| 10925 | WHEELER, ANDREA, 3832 LYNDALE AVE, BALTIMORE, MD 21213 | |
| 10925 | WHEELER, ARTHUR, 3335 BUEHLER COURT, OLNEY, MD 20832 | |
| 10925 | WHEELER, ARTHUR, 3335 BUEHLER CT, OLNEY, MD 20832 | |
| 10925 | WHEELER, AUSTIN, 9149 W. SPARKSVILLE RD., CAMPBELLSBURG, IN 47108 | |
| 10925 | WHEELER, BARRON, 321 CENTER AVE., GREENSBURG, PA 15601 | |
| 10925 | WHEELER, BILLY, 8562 MONTRIDGE, HOUSTON, TX 77055 | |
| 10925 | WHEELER, BONNIE, 706 1/2 BEECH ST, WASHINGTON, PA 15301 | |
| 10925 | WHEELER, CRAIG, 2701 RIVERSIDE DRIVE, 415, CORAL SPRINGS, FL 33065 | |
| 10925 | WHEELER, DENISE, 128 BINGHAM CIRCLE, MUNDELEIN, IL 60060 | |
| 10925 | WHEELER, ETHEL, 1300 N RIVER ROAD, VENICE, FL 34293 | |
| 10925 | WHEELER, GLENN, 7854 FLINTSHIRE COURT, PASADENA, MD 21122 | |
| 10925 | WHEELER, JAYNE E., 26 CHESTNUT ST, GRAFTON, MA 01519 | |
| 10925 | WHEELER, JOHN H, LA FONTANA APTS, 2800 N FLAGLER DR 806, WEST PALM BEACH, FL 33407-5226 | |
| 10925 | WHEELER, JOHN, 1700 BEECHWOOD BLVD, PITTSBURG, PA 15217 | |
| 10925 | WHEELER, JOHN, 5864 OLD RANDLEMAN, GREENSBORO, NC 27406 | |
| 10925 | WHEELER, JOHN, 9 BLACKSTONE ST, HUDSON, NH 03051-4353 | |
| 10925 | WHEELER, JONATHAN, 402 WEST CLINTON, DUBLIN, TX 76446 | |
| 10925 | WHEELER, JOSEPH, 229 B ST APT 9, SALT LAKE CITY, UT 84103-2549 | |
| 10925 | WHEELER, JOSEPH, 521 7TH AVE, SALT LAKE CIT, UT 84103 | |
| 10925 | WHEELER, KANDICE, 3313 CROYDON RD, BALTIMORE, MD 21207 | |
| 10925 | WHEELER, KEVIN, 8421 MASON, MORTON GROVE, IL 60053 | |
| 10925 | WHEELER, LEONNA, 14356 NW 27 AVE, CITRA, FL 32113 | |
| 10925 | WHEELER, MARK, 3416 ELLIOTT ST, BALTIMORE, MD 21224 | |
| 10925 | WHEELER, MARK, 5031 EDGECLIFF, WICHITA FALLS, TX 76302 | |
| 10925 | WHEELER, MATTHEW, 553 CARA OF GALILEE, TUCKER, GA 30084 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WHEELER, MILDRED, 108 WINSTON ROAD, PASADENA, MD 21122-2730

10925   WHEELER, NANCY, 8809 OAKHAM ST, HUNTERSVILLE, NC 28078

10925   WHEELER, NEIL, % RAMBLERS REST 1300 N RIVER RD, VENICE, FL 334293

10925   WHEELER, PATRICIA, 18440 TENTH ST, BLOOMINGTON, CA 92316

10925   WHEELER, RANDY, ROUTE 2 BOX 47-C3, BOWLING GREEN, FL 33834-8902

10925   WHEELER, ROBERT, 108 WINSTON ROAD, PASADENA, MD 21122-0000

10925   WHEELER, ROBERT, 1957 FM 368 SOUTH, IOWA PARK, TX 76367

10925   WHEELER, RONALD, 3313 CROYDON ROAD, BALTIMORE, MD 21207

10925   WHEELER, SHARON, 7410 MESONES, HOUSTON, TX 77083

10925   WHEELER, SONYA, 707 COLLINDALE RD, HOPEWELL, VA 23860

10925   WHEELER, STEVEN, 303 PARK AVE, ELECTRA, TX 76360

10925   WHEELER, THEODORE, 695 1/2 COLORADO ST., CRAIG, CO 81625

10925   WHEELER, THEODORE, 701 YAMPA AVE., CRAIG, CO 81625

10925   WHEELER, TIMOTHY, 1935 W 2ND ST, CRAIG, CO 81625

10925   WHEELER, TONDRA, 8562 MONTRIDGE, HOUSTON, TX 77055

10925   WHEELER, TRENA, 107 BURT AVE, NEWTON, MS 39345

10925   WHEELER, VICKI, 1100 AMERICANA, #701, MESQUITE, TX 75150

10925   WHEELER, VICKI, 2730 COOTS BLVD # 14, ROWLEY, IA 52329

10925   WHEELER, WILLIAM, 170 HALL ROAD, GRIFFIN, GA 30223

10925   WHEELER, WILLIAM, PO BOX 6684, HUNTINGTON, WV 25773

10925   WHEELERS-MAYFLOWER, 1800 NW 1ST AVE., BOCA RATON, FL 33432

10925   WHEELES, JERRY W, PO BOX 9937, COLUMBIA, SC 29290

10925   WHEELES, JERRY, PO BOX 9937, COLUMBIA, SC 29209

10924   WHEELING CLOSURE CORPORATION, 58-19TH STREET, WHEELING, WV 26003

10924   WHEELING HOSPITAL, ONE MEDICAL PARK, WHEELING, WV 26003

10924   WHEELING PITTSBURG STEEL, 1134 MARKET STREET, WHEELING, WV 26003

10924   WHEELING PITTSBURG STEEL, ROUTE 7 COMMERICAL AVENUE, MINGO JUNCTION, OH 43938

10925   WHEELING REPRODUCTIONS, PO BOX 762E, WHEELING, IL 60090

10925   WHEELING-PITTSBURG STEEL CORP, STEPHEN C SMITH, 57TH FL 600 GRANT ST, PITTSBURGH, PA 15219

10925   WHEELING-PITTSBURG STEEL CORP, W R SAMPLES, 1134 MARKET ST, WHEELING, WV 26003

10925   WHEELOCK, BRIAN, 5 CHISHOLM RD, KINGSTON, NH 03848

10925   WHEELOCK, ELDEN, 1105 MAGNOLIA AVE, OSHKOSH, WI 54902

10925   WHELAN & DEMAIO, PA, 1401 BRICKELL AVE, MIAMI, FL 33131

10925   WHELAN, ANN, 85-09 151 AVE APT 2-N, HOWARD BEACH, NY 11414-1307

10925   WHELAN, BETH, ROUTE 21 BOX 563, TYLER, TX 75709

10925   WHELAN, CYNTHIA, 24 SUSAN DRIVE, BILLERICA, MA 01821

10925   WHELAN, GARY, 62 WEST LAKE RD, CONGERS, NY 10920

10925   WHELAN, JAMES, 3 LUCILLE DR, TEWKSBURY, MA 01876

10925   WHELAN, MAMIE, 1062 12TH ST., SPARKS, NV 89431

10925   WHELAN, PATRICIA, 56 SANTAPOGUE DR., LINDENHURST, NY 11757

10924   WHELCHEL & ASSOCIATES, WALLACE THOMPSON HOSPITAL, UNION, SC 29379

10925   WHELCHEL, VERNON, 9535 NESBIT LAKES RD, ALPHARETTA, GA 30202

10925   WHELEN ENGINEERING, RTE 145 WINTHROP RD, CHESTER, CT 06412

10925   WHELPLEY, HARRY, 10816 HADDONSTONE PLACE 7W, MEQUON, WI 53092

10925   WHERRY, DONALD, 7701 BEECHWOOD WAY, STANTON, CA 90680

10925   WHERRY, RILEY, 1015 SEYMOUR ST, MEMPHIS, TN 38108-3032

10925   WHESSOE VAREC, INC, 5 N. HADDON AVE., HADDONFIELD, NJ 08033

10925   WHESSOE VAREC, INC, DRAWER CS 198948, ATLANTA, GA 30384-8948

10925   WHETSTINE, PAUL, 1 GEORGETOWNE APTS, KINGS MOUNTAIN, NC 28086

10925   WHETUNG, LORRAINE, 14232 MARIBEL RD, MARIBEL, WI 54227

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WHICHARD JR, J, 5048 DRYWELL COURT, COLUMBIA, MD 21045

10925   WHICHARD, ERIC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   WHICHER, MARY, 17 DARTMOUTH ST, DANVERS, MA 01923

10925   WHICKER, GRACE, 600 WESTBORO DR, NASHVILLE, TN 37209

10925   WHICKER, RAE, 255 PLUM ST, AURORA, IL 60506-3155

10925   WHIDDEN, CAROLYN, 4606 VASCONIA ST, TAMPA, FL 33629

10925   WHIDDEN, MICHAEL, PO BOX 1822, BARTOW, FL 33830-1822

10925   WHIDDEN, MIRNA, 7238 SKEENAH GAP RD, BLAIRSVILLE, GA 30512

10925   WHIDDON, CONNIE A, 509 E. ELIZABETH ST., SULPHUR, LA 70663

10925   WHIDDON, CONNIE, 509 E ELIZABETH ST, SULPHUR, LA 70663

10925   WHIDDON, STEPHEN, 2816 ALKAY, SHREVEPORT, LA 71118

10925   WHIGHAM, MICHELE, 430 RIVER ST, MATTAPAN, MA 02126

10925   WHIGHTSIL, GARY, 2420 B. VENTURA DR., ARLINGTON, TX 76015

10925   WHILDEN, JUDITH, 833 FINLEY LANE, CRAIG, CO 81625

10925   WHINERY, ANNETTE, 14317 MILLCHESTER, CHESTERFIELD, MO 63017

10925   WHINERY, MILDRED, 7016 SOBBIE RD, PLEASANT VALLEY, MO 64068

10924   WHIP MIX CORP, 361 FARMINGTON AVENUE, LOUISVILLE, KY 40217

10925   WHIPPANY ASSOCIATES, 301 LIVINGSTON AVE, LIVINGSTON, NJ 07039

10924   WHIPPLE BUILDING, THE, 1 FEDERAL DRIVE, FORT SNELLING, MN 55111

10925   WHIPPLE, DIANNE, 3594 SW 18TH ST, OKEECHOBEE, FL 34974

10925   WHIPPLE, KENNETH, 1530 NORTH 13TH ST., DUNCAN, OK 73533

10925   WHIPPLE, KENNETH, 16724 NEEACH, APPLE VALLEY, CA 92307

10924   WHIPPOOWILL COUNTRY CLUB, 150 WHIPPOOWILL RD, ARMONK, NY 10504

10925   WHIPPS, TIMOTHY, 2414 A ROCKWELL AVE, CATONSVILLE, MD 21228

10925   WHIPPS, TIMOTHY, 2414-A ROCKWELL AVE, CATONSVILLE, MD 21228

10924   WHIRLPOOL CORPORATION, 1300 MARION AUGUSTA, MARION, OH 43302

10925   WHIRLPOOL HOME APPLIANCE SER, 901 SOUTH ROUTE 53, ADDISON, IL 60101

10925   WHIRLWIND CONSULTING INC, 6 NICHOLS AVE, BROOKLINE, NH 03033

10925   WHISENANT, CATHY, RT #2 BOX 355 # 306, TRINITY, AL 35603

10925   WHISENANT, MONTY, 2313 NORTHWOOD LANE, EDMOND, OK 73013

10925   WHISENANT, MONTY, 619 E MIAMI, MACALESTER, OK 74501

10925   WHISENANT, PALMER, 315 WILKSHIRE LOOP, MOORE, SC 29369

10925   WHISENHUNT, DERWIN, 106 S E 4TH ST, ANDREWS, TX 79714

10925   WHISENHUNT, JIMMY, PO BOX 1782, VERNAL, UT 84078

10925   WHISENHUNT, RAYMOND, 9994 S. LOCKHART ROAD, FRENCH CAMP, CA 95231

10925   WHISKER, JOHN, 71 PINE DR, STONY POINT, NY 10980

10925   WHISLER, LOIS, 3422 ADMAR CT, APT C, INDIANAPOLIS, IN 46205

10925   WHISMAN JR, JAMES, 2328 ROOSEVELT AVE, CINCINNATI, OH 45231

10925   WHISTIN, JIMMIE, 395 EASY ST, BARTOW, FL 33830-3108

10925   WHISTLER, 25 INDUSTRIAL AVE, CHELMSFORD, MA 01824

10925   WHITACKER, BEVERLY, 1005 NORTH ELM ST, LUMBERTON, NC 28358

10925   WHITAKER JR, JOHN, PO BOX 160039, ATLANTA, GA 30316

10925   WHITAKER OIL CO., PO BOX 930379, ATLANTA, GA 31193

10925   WHITAKER OIL COMPANY, POBOX 930379, ATLANTA, GA 31193

10924   WHITAKER SCIENCE CENTER, 32 PLUM STREET, TRENTON, NJ 08638

10925   WHITAKER SOLVENTS AND CHEMICALS, 280 ENTERPRISE ST, OCOEE, FL 34761

10925   WHITAKER TRUCKING COMPANY, PO BOX 2369, CHATTANOOGA, TN 37409

10925   WHITAKER, BOYD, PO BOX 371, BONNYMAN, KY 41719

10925   WHITAKER, CATHY A., 1956 MELLOR LANE, MARIETTA, GA 30064

10925   WHITAKER, CHARLES, 1081 PEEPLES ST SW, ATLANTA, GA 30310

10925   WHITAKER, DANIEL, 1119 ORION DRIVE, PORTLAND, TX 78374-1922

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WHITAKER, DAVID, 929 CIRCLE DR., BALTIMORE, MD 21227 | |
| 10925 | WHITAKER, DONALD, RT 1 POBOX 54, CHEBANSE, IL 60922 | |
| 10925 | WHITAKER, FAYE, 4016 WEST MAIN ST EXT, WILLIAMSTON, NC 27892 | |
| 10925 | WHITAKER, FREDERICK, 602 SW 321 ST, FEDERAL WAY, WA 98023 | |
| 10925 | WHITAKER, GARY L, 2426 S. CONSTANCE LN., LAKE CHARLES, LA 70605 | |
| 10925 | WHITAKER, GARY, 2426 S CONSTANCE LA, LAKE CHARLES, LA 70605 | |
| 10925 | WHITAKER, HIRAM, 806 S ASPEN AVE, KNOX CITY, TX 79529-2310 | |
| 10925 | WHITAKER, JAMES, 1760 VICTORIA AVE, OXNARD, CA 93030 | |
| 10925 | WHITAKER, JOHN, 1423 BOOTH AVE, OWENSBORO, KY 42301 | |
| 10925 | WHITAKER, LELAND, 1540 E BUENA VENTURA, COLORADO SPRINGS, CO 80909 | |
| 10925 | WHITAKER, LISA, PO BOX 150, FERNLEY, NV 89408 | |
| 10925 | WHITAKER, MARGARET, 2818 BARON DRIVE, GARLAND, TX 75040 | |
| 10925 | WHITAKER, MARY CAROL, 4543 LAKEBEND WEST, SAN ANTONIO, TX 78244 | |
| 10925 | WHITAKER, NEVA, 12901 SOUTH DREXEL AVE, OKLAHOMA CITY, OK 73170 | |
| 10925 | WHITAKER, ROBERT, 1129 E 47TH ST., CHICAGO, IL 60619 | |
| 10925 | WHITAKER, ROBERT, 865 HARWELL, ABILENE, TX 79601 | |
| 10925 | WHITAKER, SHARON, 3901 CASTLE, ROWLETT, TX 75088 | |
| 10925 | WHITAKER, WILBURN, 2818 BARON DR, GARLAND, TX 75040 | |
| 10925 | WHITBY, VIRGINIA, 830 ROBINHOOD DR. APT 46, RENO, NV 89509 | |
| 10924 | WHITCO CHEMICAL CO, PO BOX 1974, OLATHE, KS 66061 | |
| 10925 | WHITCOMB, CINDY, 2228 S. SPRUCE, MESA, AZ 85210 | |
| 10925 | WHITCOMB, DEAN S, 1019 TURKEY HOLLOW CIR, WINTER SPRINGS, FL 32708 | |
| 10925 | WHITCOMB, DEAN, 275 SPRING FOREST DR, NEW SMYRNA BC, FL 32168 | |
| 10925 | WHITCOMB, DIANE, 5 DANRICH COURT, HAVERHILL, MA 01832 | |
| 10925 | WHITCOMB, GREGORY, 1091 BROOKWOOD, GREEN BAY, WI 54304 | |
| 10925 | WHITE & CASE LLP, GENERAL POST OFFICE, POBOX 5959, NEW YORK, NY 10087-5959 | |
| 10925 | WHITE & CASE, 1155 AVE OF THE AMERICAS, NEW YORK, NY 10036-2787 | |
| 10925 | WHITE & CASE, B BLOK, KAT 17, ESENTEPE, ISTANBUL, 80280TURKEY | *VIA Deutsche Post* |
| 10925 | WHITE & CO INC, 125A S FAIRBANKS, ADDISON, IL 60101 | |
| 10925 | WHITE AND WILLIAMS LLP, ONE LIBERTY PLACE, 1650 MARKET ST, SUITE 1800, PHILADELPHIA, PA 19103-7395 | |
| 10924 | WHITE BLOCK, 6219 E.TRENT AVE, SPOKANE, WA 99212 | |
| 10924 | WHITE BLOCK, EAST 6219 TRENT, SPOKANE, WA 99212 | |
| 10925 | WHITE CAP HARDWARE TOOLS &, DEPT 33020 POBOX 39000, SAN FRANCISCO, CA 94139-3020 | |
| 10924 | WHITE CAP INC., CHICAGO PLANT - MAIN BLD., 1819 N. MAJOR AVE, CHICAGO, IL 60639 | |
| 10924 | WHITE CAP INDUSTRIES, 1001 FEE DRIVE, SACRAMENTO, CA 95815 | |
| 10924 | WHITE CAP INDUSTRIES, 1140 BEECHER STREET, SAN LEANDRO, CA 94577 | |
| 10924 | WHITE CAP INDUSTRIES, 1225 6TH STREET, SAN FRANCISCO, CA 94107 | |
| 10924 | WHITE CAP INDUSTRIES, 1276 ABBOTT STREET UNIT C, SALINAS, CA 93901 | |
| 10924 | WHITE CAP INDUSTRIES, 14900 E. 39TH AVE., AURORA, CO 80011 | |
| 10924 | WHITE CAP INDUSTRIES, 1698 ROGERS AVENUE, SAN JOSE, CA 95112 | |
| 10924 | WHITE CAP INDUSTRIES, 1723 SOUTH RITCHEY STREET, SANTA ANA, CA 92705 | |
| 10924 | WHITE CAP INDUSTRIES, 1730 LATHROP WAY, SACRAMENTO, CA 95815 | |
| 10924 | WHITE CAP INDUSTRIES, 18211 EAST VALLEY HIGHWAY, KENT, WA 98032 | |
| 10924 | WHITE CAP INDUSTRIES, 20131 SUNBURST STREET, CHATSWORTH, CA 91311 | |
| 10924 | WHITE CAP INDUSTRIES, 2382 LELAND AVENUE, GRAND JUNCTION, CA 81505 | |
| 10924 | WHITE CAP INDUSTRIES, 2382 LELAND AVENUE, GRAND JUNCTION, CO 81505 | |
| 10924 | WHITE CAP INDUSTRIES, 3120 AIRWAY AVENUE, COSTA MESA, CA 92626 | |
| 10925 | WHITE CAP INDUSTRIES, 33061 CAMINO CAPISTRANO, SAN JUAN CAPISTRANO, CA 92675 | |
| 10924 | WHITE CAP INDUSTRIES, 408 E UNIVERSITY DRIVE, PHOENIX, AZ 85004 | |
| 10925 | WHITE CAP INDUSTRIES, 479 JUMPERS HOLE STE 301, SEVERNA PARK, MD 21146 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WHITE CAP INDUSTRIES, 5780 E. SHIELDS ROAD, FRESNO, CA 93727 | |
| 10924 | WHITE CAP INDUSTRIES, 5840 N.E. HASSALO STREET, PORTLAND, OR 97213 | |
| 10924 | WHITE CAP INDUSTRIES, 6086 NICOLLE STREET, VENTURA, CA 93003 | |
| 10924 | WHITE CAP INDUSTRIES, ATTENTION: ACCOUNTS PAYABLE, COSTA MESA, CA 92626 | |
| 10924 | WHITE CAP INDUSTRIES, DO NOT USE, PHOENIX, AZ 85004 | |
| 10924 | WHITE CAP INDUSTRIES, P O BOX 1170, COSTA MESA, CA 92626 | |
| 10924 | WHITE CAP READY MIX, 400 BLACK OAK DRIVE, CHESTER, CA 96020 | |
| 10924 | WHITE CAP READY MIX, 73880 HIGHWAY 70, PORTOLA, CA 96122 | |
| 10924 | WHITE CAP READY MIX, I80, TAKE SODA SPINGS EXIT, RIGHT ON SERENE LAKE ROAD, SODA SPRINGS, CA 95728 | |
| 10924 | WHITE CAP READY-MIX, BOREAL MOUNTAIN PLAYGROUND, I80 - CASTLE PEAK EXIT, TRUCKEE, CA 96160 | |
| 10924 | WHITE CAP, 1140 31ST STREET, DOWNERS GROVE, IL 60515 | |
| 10924 | WHITE CAP, 4133 FAIRGROUNDS, RIVERSIDE, CA 92501 | |
| 10924 | WHITE CAP, 4550 ROSEVILLE RD, NORTH HIGHLANDS, CA 95660 | |
| 10925 | WHITE CASE, 20, PLACE VENDOME, PARIS, FRANCE | *VIA Deutsche Post* |
| 10925 | WHITE CIRCLE, POBOX 840, MONTGOMERYVILLE, PA 18936-0840 | |
| 10924 | WHITE CITY CONCRETE, 116 HOUSTON, CAMDEN, AR 71701 | |
| 10924 | WHITE CITY CONCRETE, 2410 N. VINE, MAGNOLIA, AR 71753 | |
| 10924 | WHITE CITY CONCRETE, PO BOX2165, CAMDEN, AR 71711 | |
| 10925 | WHITE COLLAR SERVICES, PO BOX 0836, CHICAGO, IL 60690-0836 | |
| 10925 | WHITE CONSOLIDATED IND INC, PO BOX 11450, PITTSBURGH, PA 15238 | |
| 10925 | WHITE CONSOLIDATED INDUSTRIES INC, JAMES L CALHOUN, 11770 BEREA ROAD, CLEVELAND, OH 44111 | |
| 10925 | WHITE CONSOLIDATED INDUSTRIES, SUITE 100, 18013 CLEVELAND PKWY, CLEVELAND, OH 44135 | |
| 10924 | WHITE EARTH HEALTH CENTER, HWY 224, WHITE EARTH, MN 56591 | |
| 10925 | WHITE FAMILY INVESTING, A PARTNERSHIP, 7633 S W ASHFORD ST, TIGARD, OR 97224-7148 | |
| 10925 | WHITE HAT FARM INC, PO BOX 148, CHOCORUA, NH 03817 | |
| 10925 | WHITE HORSE PACKAGING CO., 405 WESTFIELD ST., PO BOX 1848, GREENVILLE, SC 29602 | |
| 10925 | WHITE HOUSE GARDENS, 643 WALTHAM ST, LEXINGTON, MA 02173 | |
| 10924 | WHITE HOUSE SALES, 6971 EAST SIDE RD, ALTURAS, CA 96101 | |
| 10925 | WHITE II, DANIEL J, 4551 BROOKLYN DR., SULPHUR, LA 70665-0427 | |
| 10925 | WHITE II, DANIEL, 4551 BOOKLYN DRIVE, SULPHUR, LA 70665 | |
| 10925 | WHITE INDUSTRIES INC, 241 COMMERCE PKWY, PELHAM, AL 35124 | |
| 10925 | WHITE JR, HENRY P, 18140 SOUTH KEDZIE 103, HAZEL CREST, IL 60429-2310 | |
| 10925 | WHITE JR, MICHAEL, 5 MILLPAINT LANE APT. #2-D, OWINGS MILLS, MD 21117 | |
| 10925 | WHITE JR., NORMAN, 324 W ARUNDEL ROAD, BALTIMORE, MD 21225-2625 | |
| 10924 | WHITE LIGHTNING PRODUCTS, 725 RACO DRIVE, LAWRENCEVILLE, GA 30045 | |
| 10924 | WHITE LILLY FOODS CO., THE, 108 DEPAT AVENUE, KNOXVILLE, TN 37917 | |
| 10924 | WHITE LILLY FOODS CO., THE, PO BOX 871, KNOXVILLE, TN 37901 | |
| 10924 | WHITE LILLY FOODS CO., THE, PO BOX 871, KNOXVILLE, TN 37917 | |
| 10925 | WHITE MCMAHON POTTER, 1160 N DUTTON AVE SUITE 170, SANTA ROSA, CA 95401 | |
| 10925 | WHITE MD, M, 3535 TURTLE CREEK, APT #20 D/E, DALLAS, TX 75219 | |
| 10924 | WHITE OAK SEMI CONDUCTOR, 6002 TECHNOLOGY BOULEVARD, SANDSTON, VA 23150 | |
| 10924 | WHITE OAK SEMICONDUCTOR, 6061 ELKO TRACT ROAD, SANDSTON, VA 23150 | |
| 10924 | WHITE PINE SCHOOL, COMPLETE DECON, ELY, NV 89301 | |
| 10925 | WHITE RIDGELY ASSOC., 2201 OLD COURT RD., BALTIMORE, MD 21208-3420 | |
| 10924 | WHITE RIVER AGGREGATES, INC., 1107 E. VICTORY WAY, CRAIG, CO 81625 | |
| 10924 | WHITE RIVER MATERIALS, P O BOX 2501, BATESVILLE, AR 72501 | |
| 10924 | WHITE RIVER MATERIALS, PO BOX2501, BATESVILLE, AR 72501 | |
| 10924 | WHITE RIVER MTLS, HIGHWAY 167, BATESVILLE, AR 72501 | |
| 10925 | WHITE ROSE PAPER CO, INC, PO BOX 64346, BALTIMORE, MD 21264-4346 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WHITE SR, JOHN R, 16025 NC HWY 210, ROCKY POINT, NC 28457-9157

10925   WHITE SUPPLY & GLASS CO, PO BOX 1248, COLLEGE STATION, FREDERICKSBURG, VA 22402-1248

10924   WHITE SWAN, 12700 SW HALL BLVD., TIGARD, OR 97223

10924   WHITE SWAN, 2527 CAMINO RAMON SUITE 200, SAN RAMON, CA 94583

10924   WHITE SWAN, 8030 S.W. NIMBUS AVE., BEAVERTON, OR 97008

10924   WHITE SWAN, 8190 SW NIMBUS AVE, BEAVERTON, OR 97005

10924   WHITE TOWNSHIP CONSOLIDATED SCHOOL, 565 COUNTY ROAD 519, BELVIDERE, NJ 07823

10925   WHITE TUCKER CO, 2310 CANADA DRY ST, HOUSTON, TX 77023

10925   WHITE, A, 27 WESTVIEW DRIVE, MANSFIELD, MA 02048

10925   WHITE, ADDISON, 404 FIRST AVE , S.W., GLEN BURNIE, MD 21061

10925   WHITE, ALICIA, 2432 BRIDGE, BALTIMORE, MD 21234

10925   WHITE, ANGELA, 1418 WOODALL ST, BALTIMORE, MD 21230

10925   WHITE, ANGELA, 6427 WOODBEND DR, CHARLOTTE, NC 28212

10925   WHITE, ANGELA, 7603 SNO-A-BAR RD, KANSAS CITY, MO 64129

10925   WHITE, ANNA, 7716 LEAR ROAD, MCLEAN, VA 22102

10925   WHITE, ARTHUR, PO BOX 1795, TAPPAHANNOCK, VA 22560

10925   WHITE, B JANE, 9500 WESSEX PLACE, LOUISVILLE, KY 40222

10925   WHITE, BARBARA, 3804 LIGHTLAND, FORT WORTH, TX 76137

10925   WHITE, BECKY, 155 ANDERSON HWY APT 531, CLEMSON, SC 29631

10925   WHITE, BELINDA, 10184 E. OUTER DR, DETROIT, MI 48224

10925   WHITE, BERNADETTE, 3202 LINCOLN DRIVE, SELMA, AL 36001

10925   WHITE, BERTHA, 533 NORTH FRONT ST, READING, PA 19601

10925   WHITE, BETH, 266 W. 72ND ST. APT. B-8, SHREVEPORT, LA 71106

10925   WHITE, BLANCHE, CHARTER HOUSE 1316 FENWICK LN, SILVER SPRING, MD 20910-3554

10925   WHITE, BRENDA, 16214 HARVEST SUMMER CT, HOUSTON, TX 77059-5578

10925   WHITE, BRENDA, 332 CONGER ST, MESQUITE, TX 75149

10925   WHITE, BRIAN, 3601 WILLOWOOD DR, INDIANAPOLIS, IN 46236

10925   WHITE, C, 2196 S. HEADER CANAL, FT PIERCE, FL 34950

10925   WHITE, CARLA, RT. 2, BOX 267, GREENFIELD, TN 38230

10925   WHITE, CAROLINE, 910 TOPSAIL CT, OXNARD, CA 93035

10925   WHITE, CAROLYN, 2059 WOODLAWN DR, MOBILE, AL 36605

10925   WHITE, CARROLL, 8150 N CLIPPINGER DRIVE, CINCINNATI, OH 45243

10925   WHITE, CATHERINE, 136 STEERE ST, ATTLEBORO, MA 02703

10925   WHITE, CHARLES, 86 PATERSON ST, JERSEY CITY, NJ 07302

10925   WHITE, CHARLIE, 2196 S. HEADER CANAL, FT. PIERCE, FL 34950

10925   WHITE, CLYDE, 4118 GLENBROOK CT, HOUSTON, TX 77087

10925   WHITE, CYNTHIA, 1804 HARFORD AVE, BALTIMORE, MD 21213

10925   WHITE, DANNY, 3801B STOREY AVE, MIDLAND, TX 79703-5556

10925   WHITE, DAVID, 1668 IRENE CT, TEANECK, NJ 07666

10925   WHITE, DAVID, 2580 OCEAN PKWY #3D, BROOKLYN, NY 11235

10925   WHITE, DAVID, 3080 ESPO DR, MULBERRY, FL 33860

10925   WHITE, DAVID, 4155 SHERRY LANE, CANTON, GA 30114

10925   WHITE, DAVID, 435 GRAYSON DR, MOORE, SC 29369

10925   WHITE, DAVID, 617 BREWER PLACE, GREENWOOD, IN 46142

10925   WHITE, DAVID, 7 RIDGEFIELD DRIVE, MILFORD, NH 03055-3027

10925   WHITE, DAVID, 7139 GALLERY RIDGE, SAN ANTONIO, TX 78250

10925   WHITE, DAVID, 8 FRANCIS ST, BROOKLINE, MA 02146

10925   WHITE, DE ANNA, RT 2 BOX 452, SEGUIN, TX 78155

10925   WHITE, DEBORAH, 5019 LOT 2, OLD, JEANERETTE, LA 70544

10925   WHITE, DEBRA, 1032 SHERIDAN LANE, BURKBURNETT, TX 76354

10925   WHITE, DEBRA, 4325 BURKE RD, FT WORTH, TX 76119

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WHITE, DIANE, 403 HELENA ST, GEORGETOWN, SC 29440

10925   WHITE, DIANNA, 1700 N.E. 16TH AVE, FT LAUDERDALE, FL 33305

10925   WHITE, DONALD, 412 E MULBERRY, WATSEKA, IL 60970-1730

10925   WHITE, DORENE, PO BOX 413, ANITA, IA 50020

10925   WHITE, DOROTHY, 2302 SUNRISE BLVD., FORT PIERCE, FL 34982

10925   WHITE, ERIC, 1638 PROVIDENCE RD, LAKELAND, FL 33805

10925   WHITE, ERIC, 201 THORNWOOD CIRCLE, ACWORTH, GA 30101

10925   WHITE, ERIK, 3037 SHELBURN ST, AKRON, OH 44312

10925   WHITE, ETHEL, 307 GROS RD., SULPHUR, LA 70663

10925   WHITE, EUGENE, 3825 ELMWOOD DR NE, CEDAR RAPIDS, IA 52402

10925   WHITE, EUGENE, 856 E OAK ST, KANKAKEE, IL 60901

10925   WHITE, FAYE, 390 LINTNER ROAD, PARDEEVILLE, WI 53954

10925   WHITE, FLORA M, BOX 1159, CEREDO, WV 25507-1159

10925   WHITE, FLOYD, 18 COMPASS RD, BALTIMORE, MD 21220

10925   WHITE, FRANCES, 7318 PIPERS BLUFF, SAN ANTONIO, TX 78251

10925   WHITE, FRANCIS, 1734 MARYLAND AVE, SHADYSIDE, MD 20764-9750

10925   WHITE, FRANK, 175 S TYGER LANE, ROEBUCK, SC 29376

10925   WHITE, FREDA, 1100 LONG PAW LANE, CHARLOTTE, NC 28214

10925   WHITE, FREDDIE, 2641 W 8TH ST, ANDERSON, IN 46011

10925   WHITE, GARY, 376 WEST ST, BROCKTON, MA 02401

10925   WHITE, GARY, 39 NASHUA ST, MANCHESTER, NH 03103

10925   WHITE, GEORGE, 123 W. HAMBURG ST, BALTIMORE, MD 21230

10925   WHITE, GERALD, 1024 N. DENNIS AVE, JASPER, TN 37347

10925   WHITE, GILBERT, 1041 BOCA COVE LANE, HIGHLAND BEACH, FL 33487

10925   WHITE, GLORIA, 533 NORTH FRONT ST, READING, PA 19601

10925   WHITE, GORDON, 41 JONQUIL DR, NEWTOWN, PA 18940

10925   WHITE, GROVER, 13111 WARM SPRINGS ROAD, ELLERSLIE, GA 31807

10925   WHITE, H JAMES, 21 PURITAN ROAD, ARLINGTON, MA 02174-7710

10925   WHITE, H JAMES, 21 PURITAN ROAD, ARLINGTON, MA 02476

10925   WHITE, HARRIET, 722 RODGERS BRIDGE RD, DUNCAN, SC 29334

10925   WHITE, HARRY R, AS CUST FOR KARL WHITE, UNIF GIFT MIN ACT NY, RT 2 BOX 480, FREDERICKSBURG, VA 22405

10925   WHITE, HARRY, 10532 CHAMPLAIN, EL PASO, TX 79924

10925   WHITE, HEIDI, 2479 LINCOLN DRIVE, CICERO, IN 46034

10925   WHITE, HENRY, APT 103, HAZELCREST, IL 60429

10925   WHITE, HORACE, 1610 12TH ST, WOODWARD, OK 73801-4630

10925   WHITE, J V, 312 MAGNOLIA BLOSSOM LANE, YUKON, OK 73099-5709

10925   WHITE, J, RT 296 MASONITE LAKE RD, LAUREL, MS 39440

10925   WHITE, JAMES, 3393 CARAMBOLA CIRCLE S, COCONUT CREEK, FL 33066

10925   WHITE, JAMES, 5305 JEFFERSON PLACE, ALPHARETTA, GA 30202

10925   WHITE, JANINE, 23 WILD DEER, ST PETERS, MO 63376

10925   WHITE, JEREMY, PO BOX 7923, CLEMSON, SC 29632

10925   WHITE, JERRY W, 4000 N HAWTHORNE ST, CHATTANOOGA, TN 37406

10925   WHITE, JERRY, 5215 S. MCDONALD RD., MCDONALD, TN 37353

10925   WHITE, JOHN, 20 BEAL ST, CANTON, MA 02021

10925   WHITE, JOHN, 3655 SEAFORD COURT, PASADENA, MD 21122

10925   WHITE, JOHN, 55 AUGSBURG DRIVE, ATTLEBORO, MA 02703

10925   WHITE, JONI, 1126 VERMONT, ROCK SPRINGS, WY 82901

10925   WHITE, JOSEPH, PO BOX 161, SUMMERVILLE, SC 29484-0161

10925   WHITE, JOSEPH, RT 1 BOX 893, EASTABOGA, AL 36260

10925   WHITE, JR, J, ROUTE 1, BOX 445, ROCKY POINT, NC 28457

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WHITE, JR, JOHN, 5018 LILLIAN DR. #1, CINCINNATI, OH 45237

10925   WHITE, JUDY, 648 S. OSBORN, KANKAKEE, IL 60901

10925   WHITE, JULIA, 3303 N. BUFFUM, MILWAUKEE, WI 53212

10925   WHITE, KAREN, 1706 FLORIN ST., SILVER SPRING, MD 20902

10925   WHITE, KATHERINE, 2379 ST. RT.179, LOUDONVILLE, OH 44842

10925   WHITE, KATHLEEN, 19740 E FLORA PL, AURORA, CO 80013

10925   WHITE, KATHLEEN, 4014 ROSECREST AVE, BALTIMORE, MD 21215

10925   WHITE, KATHRYN, 1910 NW 1OTH ST, DELRAY BEACH, FL 33445

10925   WHITE, KATHY, 52 SANBORN ST, READING, MA 01867

10925   WHITE, KELLY, 901 N ANGELINA, HENRIETTA, TX 76365

10925   WHITE, KENNETH, 141 CONNIE LN, RINGGOLD, LA 71068

10925   WHITE, KENNETH, 2805 KOLBY CT, BLOOMINGTON, IL 61704

10925   WHITE, KENNETH, 60 WILLOW AVE, NORTH PLAINFIELD, NJ 07060

10925   WHITE, KIM, 2910 NE 13TH ST., GAINESVILLE, FL 32609

10925   WHITE, KIM, 4390 LECLAIR LN, RIVERTON, WY 82501

10925   WHITE, KIMBER, 209B RIVERTRAIL, MORGAN, NC 28655

10925   WHITE, LAMONT, 913 N. ROSE ST, BALTIMORE, MD 21207

10925   WHITE, LANDY, 820 OAK LANE, LAKELAND, FL 33813

10925   WHITE, LARRY, 109 VINEWOOD CT, SIMPSONVILLE, SC 29681

10925   WHITE, LEANNE, 709 KORNEGAY ST, KINSTON, NC 28501

10925   WHITE, LEWISTON, 3636 DELENA FARM RD, DOUGLASVILLE, GA 30135

10925   WHITE, LINDA, 303 WOODALL LANE, SCOTTSBORO, AL 35768

10925   WHITE, LINIA, 300 E.PALACE, HOBBS, NM 88240

10925   WHITE, LINSON, 425 SIENA DRIVE, NASHVILLE, TN 37205-3565

10925   WHITE, LLOYD S, 7500 GRACE DR., COLUMBIA, MD 21044

10925   WHITE, LLOYD, 5070 SUMMER DAY LANE, COLUMBIA, MD 21044

10925   WHITE, LOIS, 11305 OZGA ROAD, ROMULUS, MI 48174

10925   WHITE, LONNIE, BOX 321, SEMINOLE, TX 79360

10925   WHITE, LORAN, 5272 HEATHER LANE, PARK CITY, UT 84098

10925   WHITE, LOREN, 3628 KEYSTONE, INDIANAPOLIS, IN 46218

10925   WHITE, MAEBELLE, 144 ROSE CIRCLE, GREENVILLE, SC 29607-9998

10925   WHITE, MANDY, 155 WILDCAT LANE, BRADFORD, TN 38316

10925   WHITE, MARC, 150 NEPONSET ST, CANTON, MA 02021

10925   WHITE, MARGARET, 10 JAY ST, TEWKSBURY, MA 01876

10925   WHITE, MARGARET, 324 RED PINE DR., SEBRING, FL 33872

10925   WHITE, MARIE ANN, 419 N. LOCUST, MOMENCE, IL 60954

10925   WHITE, MARK, 365 PARSONS GREEN, SHREVEPORT, LA 71106

10925   WHITE, MARTHA, RT 2, BOX 509, COMMERCE, GA 30529

10925   WHITE, MARY, 4873 HAYNES LENNON, CHADBOURN, NC 28431

10925   WHITE, MATTHEW CARL, 1106 KENNEBEC ST APT # 102, OXON HILL, MD 20745

10925   WHITE, MAYLYNN, 1120 SAM LOWE RD, SILER CITY, NC 27344

10925   WHITE, MELINDA, 9797 PLUMMER RD, JAX, FL 32219

10925   WHITE, MICHAEL, 639 GRAY ST, WOODRUFF, SC 29388

10925   WHITE, MICHAEL, 816 21ST AVE SW, CEDAR RAPIDS, IA 52404

10925   WHITE, MOLLIE, 118 CAPELL DR, PELZER, SC 29669-9189

10925   WHITE, OLA, 6004 FREMIN ROAD, NEW IBERIA, LA 70560

10925   WHITE, ORVILLE, 13075 FM 1812, NOODLE, TX 79536

10925   WHITE, PAMELA, 5315 53RD WAY, WEST PALM BEACH, FL 33409

10925   WHITE, PATRICIA, 631 ROBINSON RD, WOOSTER, OH 44691

10925   WHITE, PATRICIA, 825 WEST STUART ST, BARTOW, FL 33830

10925   WHITE, PATRICIA, 920 HANCOCK ST APT 2B, BROOKLYN, NY 11233

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WHITE, PAUL, 3137 MERRICK LN, APT. 1B, INDIANAPOLIS, IN 46222 | |
| 10925 | WHITE, PAULA, 3068 S OAKLAND, OAKLAND PARK, FL 33309 | |
| 10925 | WHITE, PAULETTE, RTE 2 BOX 83, LANE, SC 29564 | |
| 10925 | WHITE, PHILIP, PO BOX 203, EAST FALMOUTH, MA 02536 | |
| 10925 | WHITE, RANDALL, 1 LUDLOW LANE, FULBOURN, CB1 5BLUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | WHITE, RAYMOND, 4212 THEO ST, BIG SPRING, TX 79720 | |
| 10925 | WHITE, RAYMOND, PO BOX 5561, FORT PIERCE, FL 34947 | |
| 10925 | WHITE, REX, ROUTE 832 OAK LANE, LAKELAND, FL 33803-9998 | |
| 10925 | WHITE, REX, ROUTE 832 OAK LANE, LAKELAND, FL 33813-2509 | |
| 10925 | WHITE, RICKY, 4740 BROAD ST, VIRGINIA BEACH, VA 23452 | |
| 10925 | WHITE, ROBERT, 1128 D S VENTURA CR, AURORA, CO 80017 | |
| 10925 | WHITE, ROBERT, 2891 DEARBORN AVE, ROCHESTER HILLS, MI 48063 | |
| 10925 | WHITE, ROBERT, 54 PINE DRIVE, ROANOKE RAPIDS, NC 27870 | |
| 10925 | WHITE, ROBERT, 7822 CARRAWAY CT, MAINEVILLE, OH 45039 | |
| 10925 | WHITE, ROBERT, 9 BEACH ROAD, PEMBROKE, MA 02359 | |
| 10925 | WHITE, ROBERT, RT 8 BOX 83, JOHNSON CITY, TN 37601 | |
| 10925 | WHITE, ROBIN L., 4665 STANSBURY LANE, INDIANAPOLIS, IN 46254 | |
| 10925 | WHITE, RONALD, 408 HENRIETTA, PEKIN, IL 61554 | |
| 10925 | WHITE, ROSEZELL, 22 ALTACREST DRIVE, GREENVILLE, SC 29605 | |
| 10925 | WHITE, ROY, 2010 LECONTE DRIVE, MORRISTOWN, TN 37814 | |
| 10925 | WHITE, ROY, 3244 SAWGRASS CREEK CIR, ST CLOUD, FL 34772-7941 | |
| 10925 | WHITE, ROYCE, 3920 TIMBERWOOD DRIVE, LAKELAND, FL 33811-2242 | |
| 10925 | WHITE, ROYCE, 3920 TIMERWOOD DR, LAKELAND, FL 33811-2242 | |
| 10925 | WHITE, RUSSELL, 3112 COLUMBUS RD., CENTERBURG, OH 43011 | |
| 10925 | WHITE, SAMUEL, 2001 HARLESS, ODESS, TX 79761 | |
| 10925 | WHITE, SANDY, 1742 E 25TH ST, BALTIMORE, MD 21213 | |
| 10925 | WHITE, SHERYL, 5700 COMMERCE BLVD., MORRISTOWN,, TN 37814 | |
| 10925 | WHITE, STACY LYNN, A-2 HWY MHP, GREENVILLE, NC 27858 | |
| 10925 | WHITE, STEPHEN, 2313 CANTON CORNER, PLAINFIELD, IL 60544 | |
| 10925 | WHITE, STEVEN, 158 SOUTH DUBOIS AVE, ELGIN, IL 60123 | |
| 10925 | WHITE, STEVEN, 4701 W. ILLINOIS APT#C, MIDLAND, TX 79703 | |
| 10925 | WHITE, SUSAN, CUST FOR LINDSEY G WHITE, UNIF GIFT MIN ACT MASS, 501 LINN ST, ITHACA, NY 14850-3764 | |
| 10925 | WHITE, SYLVERNA, 8179 WORTHINGTON/, WESTERVILLE, OH 43081 | |
| 10925 | WHITE, TAMARA, 5924 #I FAIRMARKET PL, CHARLOTTE, NC 28215 | |
| 10925 | WHITE, TAMI, 199-3 MARINAWOODS, HUNTSVILLE, AL 35803 | |
| 10925 | WHITE, TAMI, 7435 POPPYSEED, INDIANAPOLIS, IN 46237 | |
| 10925 | WHITE, TAMMY, 4028 B CORTEZ DRIVE, TAMPA, FL 33614 | |
| 10925 | WHITE, TANYA, 821 S. CERRITOS AVE, AZUSA, CA 91702 | |
| 10925 | WHITE, TERE, 820 SEA SPRAY LN., FOSTER CITY, CA 94404 | |
| 10925 | WHITE, TERRENCE, 2020 NW 70 LN, MARGATE, FL 33063 | |
| 10925 | WHITE, TIMOTHY, 4000 CATHEDRAL AVE NW, WASHINGTON, DC 20016 | |
| 10925 | WHITE, TONJA, 2268 DR. M L KING, MOBILE, AL 36617 | |
| 10925 | WHITE, TRACY, 1140 SUNNDALY, MACON, GA 31032 | |
| 10925 | WHITE, TRAVIS, PO BOX 177, IRAAN, TX 79744 | |
| 10925 | WHITE, TRINA, 459 S. ROSEWOOD, KANKAKEE, IL 60901 | |
| 10925 | WHITE, TROY, PO BOX 177, IRAAN, TX 79744 | |
| 10925 | WHITE, VICTOR, 928 AVE. G, ELY, NV 89315 | |
| 10925 | WHITE, VIVIAN, RT. 1, BOX 154 F-6, PROCTOR, AR 72376 | |
| 10925 | WHITE, VOLLEEN, 1995 RINCON AVE, RIVERSIDE, CA 92506-0000 | |
| 10925 | WHITE, WAYNE, 7721 NW 25TH ST, BETHANY, OK 73008 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WHITE, WILLIAM, 1017 LUDLOW ST, HAMILTON, OH 45011 | |
| 10925 | WHITE, WILLIAM, 307 GROS RD, SULPHUR, LA 70665 | |
| 10925 | WHITE, WILLIAM, 4030 GREENWOOD DRIVE, FT PIERCE, FL 34982 | |
| 10925 | WHITE, WILLIAM, 405 N. BROAD, GUTHRIE, OK 73044 | |
| 10925 | WHITE, WILLIE, 3216 HUMINGBIRD DR, NASHVILLE, TN 37218 | |
| 10925 | WHITE, WILLIE, 820 OAK LANE, LAKELAND, FL 33803-8819 | |
| 10924 | WHITE`S CEMENT SPECIALTIES, 202 S. SEABOARD AVE, VENICE, FL 34292 | |
| 10924 | WHITEAD ELECTRIC, 110404 HWY. 60 W., STURGIS, KY 42459 | |
| 10925 | WHITEAKER, DANNY, 840 N OCOTILLO, BENSON, AZ 85602 | |
| 10925 | WHITECAVAGE, JACQUELINE, 7616 PATAPSCO DRIVE, SYKESVILLE, MD 21784 | |
| 10924 | WHITECO SUPPLY COMPANY @@, CAMBRIDGE, MA 02140 | |
| 10924 | WHITED CEMETERY SERVICE, 26250 PALOMAR RD., ROMOLAND, CA 92585 | |
| 10925 | WHITE-DAUGHERTY, KATHY S., 1400 N HARVARD AVE, OKLAHOMA CITY, OK 73127 | |
| 10925 | WHITEFIELD, SHANNON, 1260 28TH ST, VERO BEACH, FL 32960 | |
| 10925 | WHITEFORD TAYLOR PRESTON TRIMBLE, 25 S. CHARLES ST, BALTIMORE, MD 21201 | |
| 10925 | WHITEFORD, ERIN, 1538 BOYLE ST, BALTIMORE, MD 21230 | |
| 10924 | WHITEFORD, TAYLOR, PRESTON, TRIMBLE, 25 S CHARLES STREET, BALTIMORE, MD 21201 | |
| 10925 | WHITE-GROOME, CATHERINE, 600 CAROLINE VILLAGE RD, HENDERSONVILLE, NC 28792 | |
| 10925 | WHITEHAIR, JOHN KENNETH, TRANSVERSAL 33 123-15, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | WHITEHALL LABS, INC., PO BOX 26609, RICHMOND, VA 23261 | |
| 10924 | WHITEHALL LABS. INC., PO BOX 26609, RICHMOND, VA 23261 | |
| 10924 | WHITEHALL-ROBINS, 1211 SHERWOOD AVENUE, RICHMOND, VA 23220 | |
| 10924 | WHITEHALL-ROBINS, DIVISION OF A.H. ROBINS CO., INC., PO BOX 26609, RICHMOND, VA 23261 | |
| 10924 | WHITEHEAD INSTITUTE, BOSTON, MA 02110 | |
| 10925 | WHITEHEAD, BRYAN, 3820 MCDONOGH ROAD, RANDALLSTOWN, MD 21133 | |
| 10925 | WHITEHEAD, CYNTHIA, 711 MC CASKILL DR., KINSTON, NC 28501 | |
| 10925 | WHITEHEAD, DONALD, 5632 DAVIS RD, LAKELAND, FL 33809 | |
| 10925 | WHITEHEAD, DONALD, H C CARRIER 4 BOX 219B, CANYON LAKE, TX 78133 | |
| 10925 | WHITEHEAD, DONALD, RT. 6 BOX 243, COLUMBIA, MS 39429 | |
| 10925 | WHITEHEAD, GALE, RT 2, GILLSVILLE, GA 30543 | |
| 10925 | WHITEHEAD, JAMES, 1418 SADLER ROAD, 337, FERNANDINA BEACH, FL 32034 | |
| 10925 | WHITEHEAD, RICHARD, 4114 MORRISON COURT, BALTIMORE, MD 21226 | |
| 10925 | WHITEHEAD, ROBERT H, 65225 EAST BANYON DR, TUCSON, AZ 85739 | |
| 10925 | WHITEHEAD, SUE, 2251 SELWYN AVE. #2, CHARLOTTE, NC 28207 | |
| 10925 | WHITEHEAD, SUSAN, 10572 TWIN RIVERS ROAD F-2, COLUMBIA, MD 21044 | |
| 10925 | WHITEHEAD, TERRY, 780 W DAVIDSON ST. LOT 55, BARTOW, FL 33830 | |
| 10925 | WHITEHEAD, THOMAS, 7210 N GOLDER, ODESSA, TX 79764 | |
| 10925 | WHITEHEAD, TONYA, RT 4 BOX 2010, MACON, GA 31201 | |
| 10925 | WHITEHORN, SHEILA, 4136 GREEN BAY AVE. #3, MILWAUKEE, WI 53209 | |
| 10925 | WHITEHOUSE ATHLETIC ASSOCIATION, PO BOX 513, JACKSONVILLE, FL 32220 | |
| 10925 | WHITEHOUSE GARDENS, 643 WALTHAM ST, LEXINGTON, MA 02421 | |
| 10924 | WHITEHOUSE SCHOOL, INDEPENDENT  DRIVE, WHITEHOUSE, TX 75791 | |
| 10925 | WHITEHOUSE, ALLIE, 4019 SKINNER LANE, RICHMOND, TX 77469 | |
| 10925 | WHITEHOUSE, DARRELL, 820 S CENTER, PASADENA, TX 77506 | |
| 10925 | WHITEHOUSE, DAVID, 4019 SKINNER LANE, RICHMOND, TX 77469 | |
| 10925 | WHITEHOUSE, DONALD, 3 PROVIDENCE ROAD, WESTFORD, MA 01886 | |
| 10925 | WHITEHOUSE, DONALD, PO BOX 1152, SNOWFLAKE, AZ 85937 | |
| 10925 | WHITEHOUSE, MARGARET, 61 BRANTWOOD ST, MALDEN, MA 02148-4737 | |
| 10925 | WHITEHOUSE, SHELDON, 150 S MAIN ST, PROVIDENCE, RI 02903 | |
| 10925 | WHITEHURST, JOAN, PO BOX 227, HOMELAND, FL 33847-0227 | |
| 10925 | WHITEHURST, LANCE, 4603 WESTRIDGE DR, WICHITA FALLS, TX 76302 | |

| 9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WHITEHURST, REBECCA, PO BOX 952, WINTERVILLE, NC 28590

10925   WHITEHURST, TONYA, 341 COVENTRY CLOSE, CHESAPEAKE, VA 23320

10924   WHITELAND HIGH SCHOOL, 300 MAIN ST., WHITELAND, IN 46184

10925   WHITEMAN OSTERMAN & HANNA, ONE COMMERCE PLAZA, ALBANY, NY 12260

10925   WHITEMAN, CHAR-LYNN, 7501 MONTGOMERY NE, ALBUQUERQUE, NM 87109

10925   WHITEMAN, JESSE, 225 HATHAWAY AVE, EVANSTON, WY 82930-5027

10925   WHITEMAN, PAUL, 1423 THORNWOOD LN, HOUSTON, TX 77062

10925   WHITEMAN, WILLIAM, PO BOX 717, SO HARWICH, MA 02661-0717

10925   WHITENECK, JODY, 370 FAGAN DRIVE, INMAN, SC 29349

10925   WHITENER JR, JOY, 1110 LAKESHORE DR, COLUMBIA, MO 65203

10925   WHITENER, CHARLES, 208 OVERHILL DRIVE, DUNCAN, SC 29334-9802

10925   WHITENER, GAIL, 208 OVERHILL DRIVE, DUNCAN, SC 29334

10925   WHITENER, GROVER, 16 BRYANT ST, GREENVILLE, SC 29611

10924   WHITERIVER AGGREGATES, INC., 40 COUNTY RD 8, MEEKER, CO 81641

10925   WHITE-ROSE PAPER CO, INC, 4665 HOLLINS FERRY RD., BALTIMORE, MD 21227

10924   WHITE'S CEMENT SPECIALTIES, 202 S SEABOARD AVE, VENICE, FL 34292

10924   WHITE'S CONCRETE & POTTER, 1605 GENOA RED BLUFF RD, PASADENA, TX 77504

10924   WHITE'S CONCRETE & POTTERY, 1605 GENOA RED BLUFF RD, PASADENA, TX 77504

10924   WHITES GREENHOUSES, 3804 STANKA LANE, GODFREY, IL 62035

10925   WHITES SERVICE CO, 8953 SACRA DR, MACEO, KY 42355

10924   WHITE'S URETHANE WAREHOUSE, 2601 COMMERCE BLVD., IRONDALE, AL 35210

10924   WHITE'S URETHANE, 8829 PINE MOUNTAIN RD, SPRINGVILLE, AL 35146

10924   WHITESBURG HOSPITAL, 560 JENKINS ROAD, WHITESBURG, KY 41858

10925   WHITESIDE, ROBERT, 400 ROANKE AVE, ROANOKE RAPIDS, NC 27870

10925   WHITESIDE, TERRI, 2620 ELDRIDGE LN, WACO, TX 76710

10925   WHITESIDE, VALERIE J, 1966B MINEOLA CT, COLORADO SPRINGS CO, CO 80915

10925   WHITESIDE, VERNON, 15 COCHATO PARK, RANDOLPH, MA 02388

10925   WHITE-SPUNNER CMCL DVLP, PODRAWER 16227, MOBILE, AL 36616

10925   WHITE-SPUNNER COMMERCIAL DVLPMT, GENERAL COUNSEL, 3201 DAUPHIN ST., MOBILE, AL 36616

10925   WHITE-STEVENS, MARY LOU, 99 KENDALL DRIVE, PARLIN, NJ 08859

10924   WHITEVILLE BLDG.SUP.INC., PO BOX 189, WHITEVILLE, NC 28472

10924   WHITEVILLE BUILDING SUPPLY, INC., HWY. 74 & 76 WEST, WHITEVILLE, NC 28472

10924   WHITFIELD S&G CONCRETE IN, 1301 W. 10TH ST, PRATT, KS 67124

10924   WHITFIELD SAND & CONCRETE, 1301 W. 10TH ST, PRATT, KS 67124

10924   WHITFIELD SAND & CONCRETE, P O BOX 926, PRATT, KS 67124

10925   WHITFIELD, CONTRINIA, RT 1 BOX 540, SANDERSVILLE, GA 31082

10925   WHITFIELD, GREG J, 1895 OLD CLINTON RD, MACON GA, GA 31211

10925   WHITFIELD, INEZ, 10690 WEST 66TH AVE, ARVADA, CO 80004

10925   WHITFIELD, K, 813 STEEPLECHASE, BOWLING GREEN, KY 42103

10925   WHITFIELD, NATHAN, 856 ATHENS ST., JEFFERSON, GA 30549-9649

10925   WHITFIELD, QUENTIN, 18 SULLIVAN ST, WARE SHOALS, SC 29692

10924   WHITING & TURNER, 9 WEST WATKINS ROAD, GAITHERSBURG, MD 20878

10924   WHITING AUDITORIUM, 1241 EAST KEARSLY ST., FLINT, MI 48501

10924   WHITING TURNER CONT, 300 EAST JOPPA RD,TOWSON, BALTIMORE, MD 21204

10924   WHITING WAREHOUSE, 5470 HECIA, DETROIT, MI 48208

10925   WHITING, CAROLYN, 183 HOPE ST, MARIETTA, GA 30064

10925   WHITING, CATHERINE E, 13 BAYVIEW ROAD BOX 942, E SANDWICH, MA 02537

10925   WHITING, D, 5726 SO LANSING CT, ENGLEWOOD, CO 80111

10925   WHITING, EUGENE, 7075 BARNACLE ROAD, SULFHUR, LA 70665

10925   WHITING, JOHN, 36 UNION ST, NORFOLK, MA 02056

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10925 | WHITING, MARK, RT 5 BOX 394-A, WICHITA FALLS, TX 76301 |
| 10925 | WHITING, NANCY J, 10 PUTNAM ST, SAVGUS, MA 01906 |
| 10925 | WHITING, RICHARD, 5515 GREEN TIMBERS, HUMBLE, TX 77436 |
| 10925 | WHITING, SHARON, 580 WOLF PEN DRIVE, CHARLESTON, WV 25312 |
| 10924 | WHITING-TURNER CONTRACTING CO., 300 E. JOPPA RD., TOWSON, BALTIMORE, MD 21204 |
| 10924 | WHITING-TURNER CONTRACTING CO., C/O W.R. GRACE-FCC PROJECT, BALTIMORE, MD 21226 |
| 10925 | WHITINSVILLE CHRISTIAN, 279 LINWOOD AVE, WHITINSVILLE, MA 01588 |
| 10925 | WHITLEY AND SIDDONS, PO BOX 164047, AUSTIN, TX 78716-4047 |
| 10925 | WHITLEY JR, GROVER M, 106 HUNTERS MILL, WOODSTOCK, GA 30188 |
| 10925 | WHITLEY JR, GROVER, 1418 DOUBLETREE LANE, NASHVILLE, TN 37217 |
| 10924 | WHITLEY MEMORIAL HOSPITAL, 353 N OAK STREET, COLUMBIA CITY, IN 46725 |
| 10925 | WHITLEY, CHERYL, BOX 1884, SIMPSONVILLE, SC 29681 |
| 10925 | WHITLEY, HERMAN, PO BOX 968, CHOCOWINITY, NC 27817-0968 |
| 10925 | WHITLEY, JIM, 994 CHARTLEY DR, LILBURN, GA 30247 |
| 10925 | WHITLEY, JOE, 11368 W KASSNAR RT 6 BOX 8, ODESSA, TX 79764 |
| 10925 | WHITLEY, KELLY, 501 12 TH ST.NE., JACKSONVILLE, AL 36265 |
| 10925 | WHITLEY, ROBERT, 914 WILSON, ALICE, TX 78332 |
| 10925 | WHITLEY, SHERRY, 239 STEWART ROAD, SIMPSONVILLE, SC 29681 |
| 10925 | WHITLEY, SUSAN, 149 MC AFEE CT., THOUSAND OAKS, CA 91360 |
| 10924 | WHITLOCK BROS., 5588 RABY ROAD, NORFOLK, VA 23502 |
| 10924 | WHITLOCK BROTHERS INC., 5588 RABY RD, NORFOLK, VA 23502 |
| 10924 | WHITLOCK BROTHERS INC., 801 ROANOKE AVENUE, NEWPORT NEWS, VA 23607 |
| 10924 | WHITLOCK BROTHERS INC., HWY. 158, POINT HARBOR, NC 27964 |
| 10925 | WHITLOCK, CAROLYN, RT 1, GILLSVILLE, GA 30543 |
| 10925 | WHITLOCK, CHARLES, RR3, BOX 89A, CARROLLTON, IL 62016 |
| 10925 | WHITLOCK, GEORGE, 26 MILLS ST, WEST PELZER, SC 29669 |
| 10925 | WHITLOCK, JANET, RT 2 BOX 73A, GILLSVILLE, GA 30543 |
| 10925 | WHITLOCK, KIM, 35 MUSKET LANE, ROCHESTER, NY 14619 |
| 10925 | WHITLOCK, MARK, 3219 SUN CIRCLE, JONESBORO, AR 72401 |
| 10925 | WHITLOCK, PATRICIA M, RT 4 BOX 217, CHESTER SC, SC 29706 |
| 10925 | WHITLOCK, TIMOTHY, 362 SOUTH LOGAN, DENVER, CO 80209 |
| 10925 | WHITLOCK, WALTER, 12312 LAKE FOREST DRIVE, DUNLAP, IL 61525-9539 |
| 10925 | WHIT-LOG TRAILOR, INC, PO BOX 668, WILBUR, OR 97494 |
| 10925 | WHITLOW, EYVONNE, 364 S. LONGWOOD DR., KANKAKEE, IL 60901 |
| 10925 | WHITLOW, LISA, 542 N INDIANA, KANKAKEE, IL 60901 |
| 10925 | WHITLOW, SANDRA, 1442 E PERSON, MEMPHIS, TN 38106 |
| 10925 | WHITMAN BREED ABBOTT & MORGAN, DAVID ROTH URIE, ONE GATEWAY CENTER, NEWARK, NJ 07102-5398 |
| 10925 | WHITMAN COUNTY HISTORICALSOCIETY, PO BOX 67, COLFAX, WA 99111-0067 |
| 10925 | WHITMAN LAND CO. INC., PO BOX 306, HUNTINGDON, PA 19006 |
| 10925 | WHITMAN, BREED, ABBOTT, & MORGAN, 2 GREENWICH PLAZA, GREENWICH, CT 06836 |
| 10925 | WHITMAN, JAMES, 3319 E AVE NE, CEDAR RAPIDS, IA 52402 |
| 10925 | WHITMAN, KENT, 2308 W. WISCONSIN AVE RM 720, MILWAUKEE, WI 53233 |
| 10925 | WHITMAN, SHIRLEY, 105 HART CUT ROAD, MARIETTA, SC 29661 |
| 10925 | WHITMAN, SUSAN, 5275 WESTVIEW LANE, LISLE, IL 60532 |
| 10925 | WHITMAN, TROY, PO 25, PADRONIE, CO 80754 |
| 10925 | WHITMARSH, SUSAN, PO BOX 613, ELKO, NV 89803 |
| 10925 | WHITMER, AMY, 1217 E 105, INDIANAPOLIS, IN 46280 |
| 10925 | WHITMER, SHARON, 1149 N.92ND ST, SCOTTSDALE, AZ 85256 |
| 10925 | WHITMER, SILAS, 11 W. DEXTER AVE, WOBURN, MA 01801 |
| 10925 | WHITMIRE, CLARENCE, C/O LINDA JONES 1566 GEER HWY, TRAVELERS REST, SC 29690 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　WHITMIRE, CRAWFORD, 203 FLORENCE DRIVE, SIMPSONVILLE, SC 29681

10925　WHITMIRE, JAMES, 121 FAIRFIELD DRIVE, MAULDIN, SC 29662

10925　WHITMIRE, JAMES, 226 COWENS BRIDGE RD, GRAY COURT, SC 29645

10925　WHITMIRE, JOE, 2879 FM 248 APT A, JEFFERSON, TX 75657

10925　WHITMIRE, ROBERT, 327 CHENOWETH DRIVE, SIMPSONVILLE, SC 29681

10925　WHITMIRE, RUTH, 6250 LYONS ROAD #8, GARLAND, TX 75043

10925　WHITMIRE, SCOTT, 7132 ARMSTRONG APTS, FOUNTAIN INN, SC 29614

10925　WHITMORE JR, JOHN B, CUST FOR JENNIFER E WHITMORE, UNIF GIFT MIN ACT VA, 2547 BEVERLEY BLVD SW, ROANOKE, VA 24015-3949

10925　WHITMORE, BOBBY, ROUTE 5 BOX 912, LAURENS, SC 29360

10925　WHITMORE, EMILY ANN, C/O MRS JOHN NORTH CALDWELL, LEWISBURG, WV 24901

10925　WHITMORE, HAROLD, BOX 59 ROUTE 1, ENOREE, SC 29335

10925　WHITMORE, IRENE, 348 LAKE ST, NASHUA, NH 03060

10925　WHITMORE, JOHN, 3755 KENTLAND DR SW, ROANOKE, VA 24018

10925　WHITMORE, LONA, 1988 CLEAR ACRE LANE, RENO, NV 89512

10925　WHITMORE, PATRICIA, 1104 PACIFIC AVE, ALAMEDA, CA 94501

10925　WHITNER, ANTOINETTE, 4029 CHARETTE CIR., SMYRNA, GA 30080

10925　WHITNER, LISA, 1515 STARSHADOW, RICHARDSON, TX 75081

10925　WHITNEY & ASSOC., 2406 W. NEBRASKA AVE., PEORIA, IL 61604-3193

10925　WHITNEY BUILDING PRODUCTS, 874 HARRISON AVE, BOSTON, MA 02118

10924　WHITNEY BUILDING PRODUCTS, 874 HARRISON AVENUE, BOSTON, MA 02118

10924　WHITNEY MUSEUM OF AMERICAN ART, 945 MADISON AVENUE, NEW YORK, NY 10021

10924　WHITNEY TOOL & SUPPLY CO., 746 NO. MOUNTAIN ROAD, NEWINGTON, CT 06111

10925　WHITNEY WILLIAMS SR., 14911 JENKINS RIDGE RD., BOWIE, MD 20721

10925　WHITNEY, AMBROSE, 6703 CANONGATE RD, BALTIMORE, MD 21239-1403

10925　WHITNEY, CHRISTOPHER, PO BOX 1751, PITTSFIELD, MA 01202

10925　WHITNEY, EDWIN, 502 WIMMER ROAD, GLEN BURNIE, MD 21061

10925　WHITNEY, KENNETH, 2940 BAYVIEW DRIVE, SAFETY HARBOR, FL 34695

10925　WHITNEY, LEONARD, RR 2-525 WASHINGTON ST, WINTHROP, MA 50682

10925　WHITNEY, LINDA, 5739 SPRINGHAVEN DR, ORANGE PARK, FL 32065

10925　WHITNEY, MARLIN, 2 OLD SALEM PATH, MAGNOLIA, MA 01930

10925　WHITNEY, MARLIN, 24 COUNTRY CLUB DR, MANCHESTER, MA 01955

10925　WHITNEY, ROBERT, 534 WASHINGTON ST, WINCHESTER, MA 01890

10925　WHITSELL, DAN, 3105 WANDERING LANE, OWENSBORO, KY 42301

10925　WHITSON, ALICE, 523 OAKLAND ROAD, LIMESTONE, TN 37681

10925　WHITSON, EDWIN, 311 QUELQUESHUE ST, SULPHUR, LA 70663

10925　WHITSON, JERRY, 9623 BELMONT, BELLFLOWER, CA 90706

10925　WHITSON, PAMELA, 5131 PARKLANE, WICHITA FALLS, TX 76310

10925　WHITSON, RUTH, 1360 PROSPECT AVE, LONG BEACH, CA 90804

10925　WHITT, CAROL, 2872 HOWEY RD, COLUMBUS, OH 43224

10925　WHITT, CAROL, 4110 BEACHBANK RD, WHITEHALL, OH 43213

10925　WHITT, DILLARD, 942 SILVER CREEK CIRCLE, PRATTVILLE, AL 36066

10925　WHITT, HASKELL, 100 HOLIDAY ST, PELZER, SC 29669

10925　WHITT, J, 2709 HIAWATHA, COLUMBUS, OH 43211

10925　WHITT, MELVIN, 1227 FAITH LANE, DANDRIDGE, TN 37725

10925　WHITT, PAMELA, 681 MARTIN ROAD, MOGADORE, OH 44260

10925　WHITT, REBECCA, 3125 TRIPP TERRES, HARRISBURG, NC 28075

10925　WHITTAKER CLARK & DANIELS INC, POBOX 18466, NEWARK, NJ 07191

10925　WHITTAKER CORP, BENNETT F MOORE PRES, 1955 NORTH SURVEYOR AVE, SIMI VALLEY, CA 93063-3349

10925　WHITTAKER ELECTRONIC SYSTEMS, 1785 VOYAGER AVE, SIMI VALLEY, CA 93063

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WHITTAKER YARDNEY, 82 MECHANIC ST, PAWCATUCK, CT 06379

10925 WHITTAKER, CLARKE & DANIELS, 1000 COOLIDGE ST., SOUTH PLAINFIELD, NJ 07080

10925 WHITTAKER, GERALDINE, 206 SOPE CREEK LANE APT #312, MARIETTA, GA 30068

10925 WHITTAKER, MARK, 720 8TH ST. W, WILLISTON, ND 58801

10925 WHITTAKER, SAMMY, 84 LAWRENCE ST, LYMAN, SC 29365

10925 WHITTAKER, THELMA A, 3456 HARRIS BRIDGE RD, WOODRUFF, SC 29388

10925 WHITTAKER/VALLEY RIVER PARTNERS, COMMERCIAL INVESTMENT PROP., GEN COUNSEL, 1600 VALLEY RIVER DR., #160, EUGENE, OR 97401

10925 WHITTED, ALEXANDER, PO BOX 624, SOUTHERN PINES, NC 28388

10925 WHITTEKER, RANDALL, 1308 N HAVENHURST #15, LOS ANGELES, CA 90046

10924 WHITTEMORE CO., INC., 30 GLENN ST., LAWRENCE, MA 01843

10924 WHITTEMORE CO., INC., LAWRENCE, MA 01843

10925 WHITTEMORE COMPANY, INC, PO BOX 3099, ANDOVER, MA 01810

10924 WHITTEMORE COMPANY, P.O.BOX 3099, ANDOVER, MA 01810

10925 WHITTEMORE, GARY, 11 TANGLEWOOD RD, E WALPOLE, MA 02032

10925 WHITTEN, BRADFORD, 483 WILWOOD AVE, WOBURN, MA 01801

10925 WHITTEN, DANIEL, 37 1/2 SARGEANT ST, GLOUCESTER, MA 01930

10925 WHITTEN, MONICA, 810 KENT, VIDOR, TX 77662

10925 WHITTEN, RICHARD, 576 WOODCREST MANOR, STONE MOUNTAIN, GA 30083

10925 WHITTEN, ROBINSON, 140 GARFIELD AVE, WOBURN, MA 01801

10925 WHITTENBERGER, WILLI, 5950 EAGLE CREEK ROAD, LEAVITTSBURG, OH 44430

10925 WHITTENBURG, CLARENCE, 106 CRICKEN TREE DRIVE, SIMPSONVILLE, SC 29681

10925 WHITTENBURG, CLARENCE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 WHITTENBURGWHITTENBURG & SCHACHTER, 600 N PEARL ST, SUITE 2300 LB 133, DALLAS, TX 75201

10924 WHITTIER COLLEGE, C/O WESTSIDE BUILDING MATERIALS, WHITTIER, CA 90601

10924 WHITTIER DRUM & VACUM, 13319 IMPERIAL HWY, WHITTIER, CA 90605

10925 WHITTIER MAYFLOWER, 2500 PACIFIC PARK DR, WHITTIER, CA 90601

10925 WHITTIER, JANICE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 WHITTIER, JANICE, 9 OSBORNE RD, ARLINGTON, MA 02174

10925 WHITTIER, KATHLEEN, 63 HILAND ST, WINCHESTER, MA 01890

10925 WHITTIER, SCOTT, 6615 ISLE OF SKYE DR, HIGHLAND, MD 20777

10925 WHITTIMORE, TERRY, 1503 LESTER HARRIS, JOHNSON CITY, TN 37601

10925 WHITTING, DONALD, 11 FAWN RIDGE LANE, WILTON, CT 06897-4432

10925 WHITTING, REBECCA, 4405 NW 27TH AVE, BOCA RATON, FL 33434

10925 WHITTINGHILL, SHARON, 954 EASTWOOD DRIVE, OWENSBORO, KY 42303

10925 WHITTINGTON ESQ, JOSEPH P, 2801 1ST AVE, PO BOX 216, NITRO, WV 25143

10925 WHITTINGTON, KIMERLEE, 1445 4TH ST DR NW #28, HICKORY, NC 28601

10925 WHITTINGTON, LISA, 505 WILLOWBROOK DR., GRETNA, LA 70056

10925 WHITTINGTON, TIMOTHY, 3351 EMORY DRIVE, WINSTON-SALEM, NC 27104

10925 WHITTLE, GARY, 658 KILLIAN ST SE, ATLANTA, GA 30312

10925 WHITTLE, JAMES, 221 LARCOM LANE, GRIFFIN, GA 30223

10925 WHITTLE, TRENA, 4018 WESTERLY, BENBROOK, TX 76116

10925 WHITTON, DON, 573 E. KATHERINE AVE., OAKVIEW, CA 93022

10925 WHITTON, DONNA, 2344 CHILSON MEADOWS, HOWELL, MI 48843

10925 WHITTYMORE, ELIZABETH, 2641 SE EXPORT AVE, PORT ST LUCIE, FL 34952

10925 WHITWELL, SYLVIA, PO BOX 694, COTULLA, TX 78014

10925 WHITWORTH, BARBARA, 1282 CREEKMOOR CT, RIVERDALE, GA 30296

10925 WHITWORTH, FREIDA, 3058 LEE ROAD, GASTONIA, NC 28056

10925 WHITWORTH, KAREN, 108 YELLOWOOD CT, SIMPSONVILLE, SC 29680

10925 WHITWORTH, RUFUS, PO BOX 160, YATESVILLE, GA 31097

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WHITWRIGHT, CHARLES, 708 DRYWOOD AVE, FEM PARK, FL 32730

10924   WHMC/HSLS RECEIVING DOCK, 2200 BERGQUIST DR. SUITE 1, LACKLAND AIR FORCE BASE, TX 78236

10925   WHO PUBLICATIONS CENTER, 49 SHERIDAN AVE, ALBANY, NY 12210

10924   WHOLE BARRICKS RENEWAL, CUSTARD HILL, FORT RILEY, KS 66442

10924   WHOLESALE BUILDING PROD, 1600 MACINTOSH ST., VIDALIA, GA 30474

10924   WHOLESALE BUILDING PROD, P.O. BOX 1659, VIDALIA, GA 30475

10924   WHOLESALE ELECTRIC DIVSOUTHERN, PO BOX 418, KINGSPORT, TN 37662-0418

10924   WHOLESALE ELECTRIC, 3203 HARBOR BLVD, SANTA ANA, CA 92704

10924   WHOLESALE ELECTRIC SUPPLY CO., 36597 HWY. 30, GEISMAR, LA 70734

10924   WHOLESALE ELECTRIC SUPPLY CO., PO BOX 1913, DEER PARK, TX 77536

10924   WHOLESALE ELECTRIC SUPPLY, 1901 EAST 17TH STREET, LITTLE ROCK, AR 72202

10925   WHOLESALE ELECTRIC, 3210 E. NAPOLEON ST., SULPHUR, LA 70663

10924   WHOLESALE ELECTRIC, 602 JACO ST., CLUTE, TX 77531

10924   WHOLESALE ELECTRIC, 800 STRONG HIGHWAY, EL DORADO, AR 71730

10924   WHOLESALE ELECTRIC, P.O. BOX 230197, HOUSTON, TX 77223-0197

10924   WHOLESALE ELECTRIC, ST. RT. 61- 2 MI EAST OF 195, CANADYS, SC 29433

10925   WHOLESALE ELECTRICAL SUPPLY CO, IN, PO BOX 230197, HOUSTON, TX 77223-0197

10924   WHOLESALE GLASS DISTRBUTORS, PO BOX 17826, GREENVILLE, SC 29606

10924   WHOLESALE GLASS DISTRIBUTORS, 725 KEITH DRIVE, GREENVILLE, SC 29607

10925   WHOLESALE LIGHTING, 5859 NEW PEACHTREE RD #107, ATLANTA, GA 30340-1016

10925   WHOLESALE LIGHTING, 5859 NEW PEACHTREE RD, ATLANTA, GA 30340-1016

10924   WHOLESALE SUPPLY CO, THE, 1005 LILLIAN WAY, LOS ANGELES, CA 90038

10925   WHOLESALE SUPPLY CO., PO BOX 23437, NASHVILLE, TN 37202

10925   WHOOPS TRANSPORT INC, PO BOX 9715, CORAL SPRINGS, FL 33075-9715

10925   WHS SYSTEMS GROUP, PO BOX 507, HANOVER, MD 21076

10924   WHSE SUPV.(GP25-971575), 7821 RIVER ROAD, WAYNESBORO, GA 30830

10925   WHYEL, ELEANOR, 1061 SOUTHERN BLVD., NW, WARREN, OH 44485

10925   WHYLAND RICHMOND, 3300 VICKERY ROAD, NORTH SYRACUSE, NY 13212

10925   WI DEPT OF JUSTICE, MR FRANK REMINGTON MR PHIL PETERSON, 123 WEST WASHINGTON AVE, MADISON, WI 53707-7857

10925   WI DEPT OF NR, GEORGE MEYER SECY, 101 SOUTH WEBSTER, MADISON, WI 53707-7921

10925   WI DEPT OF NR, RENEE SANFORD HARLAN H KUEHLING HYD, SCR HEADQUARTERS & MADISON SRVC CR, 3911 FISH HATCHERY ROAD, FITCHBURG, WI 53711

10925   WI HARD CHROME INC, GREGG RANDALL, PO BOX 248, 810 EAST NEBRASKA ST, MUSCODA, WI 53573

10925   WI OFFICE INTERIORS, JOHN MASON, 502 SOUTH HIGH POINT ROAD, MADISON, WI 53719

10925   WI SCTF, BOX 74400, MILWAUKEE, WI 53274-0400

10925   WI SCTF, PO BOX 74400, MILWAUKEE, WI 53274-0400

10925   WI STATE OF DEPT OF AGRICULTURE TRA, ALAN J MACKENZIE, 2811 AGRICULTURE DR, MADISON, WI 53718-6777

10925   WIACEK, CATHERINE, 708 W ROOSEVELT RD, WHEATON, IL 60187

10925   WIAND, KRISTINA, 5945 WHITTINGHAM DR., DUBLIN, OH 43017

10925   WIANKE, DAVID, 9302 SEA BAY CT., BALTIMORE, MD 21219

10925   WIANT, EDWARD, 11 POINSETT AVE APT 1, GREENVILLE, SC 29601

10924   WICHITA ICE FACILTY, C/O TRUE FIREPROOFING, WICHITA, KS 67213

10925   WICHITA SOUTHEAST KANSAS TRANS, PO BOX 829, PARSONS, KS 67357

10925   WICHLACZ, JOAN, 1932 HWY 33E, WEST BEND, WI 53095

10925   WICHMAN CO, THE, 1720 ARLINGTON AVE, TOLEDO, OH 43609

10925   WICHSER, TERRY, 617 E. LAKE AVE., MONTICELLO, WI 53570-0191

10925   WICK BLDG SYSTEMS INC, MS MARY E FROST CONSUMER AFFAIRS MA, 404/400 WALTER ROAD PO BOX 490, MAZOMANIE, WI 53560-0490

10925   WICKARD, JUSTIN, 1318 DANBERRY, BURKBURNETT, TX 76354

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WICKENBURG CONCRETE & MATERIALS INC, PO BOX1450, WICKENBURG, AZ 85358

10924   WICKENBURG CONCRETE AND MATL, ATTN:  ACCOUNTS PAYABLE, WICKENBURG, AZ 85358

10924   WICKES BUSINESS PARK, C/O THOMPSONS BUILDING MATERIALS, SAN LEANDRO, CA 94577

10925   WICKES COMPANIES INC, GENERAL COUNSEL, 3340 OCEAN PARK BLVD PO BOX 4056, SUITE 200, SANTA MONICA, CA 90405

10924   WICKES LUMBER COMPANY, 2401 W. COLLEGE AVE., APPLETON, WI 54914

10924   WICKES LUMBER COMPANY, P.O. BOX 2011, VERNON HILLS, IL 60061

10924   WICKES LUMBER, PO BOX2012, VERNON HILLS, IL 60061

10925   WICKES MFG CO, PO BOX 1967, GASTONIA, NC 28053

10925   WICKES MFG, 2900 N W BLVD, GASTONIA, NC 28052

10925   WICKESBERG, DONALD, 745 HARVARD DR, NEENAH, WI 54956

10924   WICKHAM GLASS CO., 1320 E. 2ND STREET, WICHITA, KS 67214

10924   WICKHAM GLASS CO., 1320 E. SECOND STREET, WICHITA, KS 67214

10925   WICKHAM, MITA, 10026 FARLEY LANE, OVERLAND PARK, KS 66212

10925   WICKIE, SHARON, 720 CAMINO DE LA, SAN DIEGO, CA 92122

10925   WICKLESS, LISA, 500 MANDA LANE, 507, WHEELING, IL 60090

10925   WICKLIFFE, BENNIE, 3134 N MUSKINGUM, ODESSA, TX 79762-0000

10925   WICKLUND, C, 1757 COUNTY LANE 103, CARTHAGE, MO 64836

10925   WICKLUND, DORETHY, RURAL ROUTE 3 BOX 308, CARTHAGE, MO 64836-9565

10925   WICKMANN USA, 4100 SHIRLEY DR., ATLANTA, GA 30336

10924   WICKS LUMBER, 1441 M- 32 W, ALPENA, MI 49707

10925   WICKS SCREEN PRINTING, PO BOX 687, NEWMAN LAKE, WA 99025

10925   WICKS, KIMBERLY, 2051 GIBSON ST, MOBILE, AL 36617

10925   WICKS, LLOYD, 89 VALENCIA DRIVE, PIEDMONT, SC 29673-8707

10925   WICKS, PHILLIPS, 357 HILLANDALE RD, LAVISTA APTS, 130, GREENVILLE, SC 29609

10925   WICKS, ROBERT, 85 VALENCIA DRIVE, PIEDMONT, SC 29673-8707

10925   WICKSON, LINDA, 99 GERMAIN AVE, BRADFORD,, MA 01835-7741

10925   WIDAMAN, GREGORY, 903 N KENTUCKY RD, MEXICO, MO 65265

10925   WIDDICOMBE, LISA, 2811 PANORAMA, CARROLLTON, TX 75007

10925   WIDDIS, BONNIE, 3325 N.E. 45TH ST., OCALA, FL 34479

10925   WIDEMAN, ROBERT, 215 STANLEY ROAD, BELTON, SC 29621

10925   WIDEMAN, WENDY, 1409 ASHLAND AVE, DES PLAINES, IL 60016

10924   WIDENER LIBRARY - HARVARD UNIV., PICK UP AT BARRETT'S WHSE, 505 UNIVERSITY AVE, NORWOOD, MA 02062

10924   WIDENER LIBRARY HARVARD UNIVERSITY, 505 UNIVERSITY AVE BLDG 3, NORWOOD, MA 02062

10925   WIDENER, ANDREA, 1430 AARON BURR RD, CHESTER, SC 29706

10925   WIDENER, PAUL, PO BOX 487, BATH, SC 29816

10925   WIDENER, STEPHEN, 841 W. 45TH, CASPER, WY 82601

10925   WIDENSKI, RICHARD, 8736 WEST FOREST HILL AVE., FRANKLIN, WI 53132

10925   WIDERA, GEORG, 6342 STONEFIELD RD, MIDDLETON, WI 53562

10924   WIDEROE NORSK AIR AS, 1330 OSLO AIRPORT, OSLO, 0NOR          *VIA Deutsche Post*

10924   WIDEROE NORSK AIR AS, TECHNICAL DEPARTMENT, SANDEFJORD N-3202, 0NOR          *VIA Deutsche Post*

10925   WIDIC, FRANKLIN, 487 E. SPRING CREEK PKWY, ELKO, NV 89801

10925   WIDMAN, GORDON, 2209 ADOBE, HOBBS, NM 88240

10925   WIDMER TIME RECORDER CO INC INC, POBOX 588, HACKENSACK, NJ 07601

10925   WIDMER, ELSIE K, 9685 MONTE VISTA ST 228, MONTCLAIR, CA 91763-2233

10925   WIDOMSKI, MARIE, 3921 E. ALTADENA, PHOENIX, AZ 85028

10925   WIDRICH, SUSAN, 8760 SW 133 AVE, MIAMI, FL 33183

10925   WIEAND, SUSAN, 525 LAWN AVE, SELLERSVILLE, PA 18960

10925   WIEBE, DAVID, PO BOX 1014, BARROW, AK 99723

10925   WIEBE, RICHARD, 4415 E. 28TH, AMARILLO, TX 79103

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    WIEBE, RYAN, 211 PINE ST, CLEMSON, SC 29634

10925    WIECK, NATALIE, 3108 A CURTIS DR, AMARILLO, TX 79109

10925    WIECZOREK, DIANE, 18821 SALT LAKE PL, NORTHRIDGE, CA 91326

10925    WIECZOREK, EDWARD, 19 MACLAY ROAD, MONTVILLE, NJ 07045

10925    WIECZOREK, JOHN, 333 LAKESHORE DR, B3, MICHIGAN CITY, IN 46360

10925    WIEDEMAN, PAULA, 10545 PACES AVE, MATTHEWS, NC 28105

10925    WIEDENBACH-BROWN CO,INC, 145 HUGUENOT ST, NEW ROCHELLE, NY 10801-5216

10925    WIEDMEIER, ANGELA, 505 IVY EDWARDS LANE, MCDONOUGH, GA 30253

10924    WIEGAND CONCRETE PRODUCTS INC, 3202 E WASHINGTON, EAST PEORIA, IL 61611

10924    WIEGAND CONCRETE, 3202 E.WASHINGTON, EAST PEORIA, IL 61611

10925    WIEGAND, CAROLEE, 12201 DARK STAR CT, RESTON, VA 22091

10925    WIEGAND, TERRENCE, 1738 RUSK ST, DEPERE, WI 54115

10925    WIEGEL, ALEXANDER, 4806 J PKWY, SACRAMENTO, CA 95823

10925    WIEGERT, HANS, 113 RAINWOOD DRIVE, SIMPSONVILLE, SC 29681-3440

10925    WIEGNER, RICHARD, BOX 191 CHURCH ST, SPRINGTOWN, PA 18081

10925    WIEHE, MARGARETE, 4515 COLONIAL DRIVE, MARTINEZ, GA 30907

10925    WIELAND, TIMOTHY, 3856 W WAGONER RD, GLENDALE, AZ 85308

10925    WIELICZKO, THOMAS B, 103 WARFIELD RD., CHERRY HILL, NJ 08034

10925    WIELICZKO, THOMAS, 103 WARFIELD ROAD, CHERRY HILL, NJ 08034

10925    WIEMEYER III, GEORGE, 4824 S LAWLER, CHICAGO, IL 60638

10925    WIEMEYER III., GEORGE, 4824 S LAWLER, CHICAGO, IL 60638

10925    WIENCEK, STEPHEN, 62 VALLEY ST, ADAMS, MA 01220

10925    WIENCEK, THOMAS, 56 VALLEY ST, ADAMS, MA 01220

10925    WIERCINSKI, ROBERT A, 29 BROOKS RD, LINCOLN, MA 01773

10925    WIERCINSKI, ROBERT, 29 BROOKS ROAD, LINCOLN, MA 01773

10925    WIERSBE, DEAN, 7112 MCLAUGHLIN, HAMMOND, IN 46324

10925    WIESBROOK SHEET METAL, INC, 10 SOUTH 123 NORMANTOWN RD., NAPERVILLE, IL 60564

10925    WIESCAMP, JEFF, PO BOX 684, MEEKER, CO 81641

10925    WIESCHENDORFF, WILL, 1763 ROYAL OAKS DR, DUARTE, CA 91010-0000

10925    WIESE PLANNING & ENG. INC., PO BOX 60106, SAINT LOUIS, MO 63160

10925    WIESE, CRAIG, 2313 LOWER LAKE RD, ST JOSEPH, MO 64504

10925    WIESE, MARYANNA, 1133 CHATSWOOD, WALNUT CREEK, CA 94596

10925    WIESELQUIST, DAVID, 17 WOODLAND ROAD, N. SMITHFIELD, RI 02895

10925    WIESENBERG, TODD, 4213 CRANBERRY DR, KNOXVILLE, TN 37918

10924    WIESER CONCRETE PROD INC, W 3716 US HWY 10, MAIDEN ROCK, WI 54750

10925    WIESER CONCRETE PRODUCTS INC, W3716 US HWY 10, MAIDEN ROCK, WI 54750

10924    WIESER CONCRETE PRODUCTS INC., PO BOX148, MAIDEN ROCK, WI 54750

10924    WIESER CONCRETE PRODUCTS INC., W3716 US HWY 10, MAIDEN ROCK, WI 54750

10924    WIESER CONCRETE PRODUCTS, 2815 RILEY ROAD, PORTAGE, WI 53901

10924    WIESER CONCRETE PRODUCTS, INC., W3716 US HWY 10, MAIDEN ROCK, WI 54750

10924    WIESER CONCRETE, 2815 RILEY ROAD, PORTAGE, WI 53901

10924    WIESER CONCRETE, N5561 MIRANDA WAY, FOND DU LAC, WI 54937

10925    WIESER, S. L., 419 KENSINGTON CT., PALATINE, IL 60067

10925    WIESER, STEPHEN, 419 KENSINGTON COURT, PALATINE, IL 60067

10924    WIESERS SLATTED FLOORS, ROUTE #2, MENOMONIE, WI 54751

10925    WIESZCZAK, FRANCES, 1925 SOUTH JEFFERSON ST, NEW CASTLE, PA 16101-1622

10925    WIESZEK, MARILYN, 248 GENA CT, NEWPORT NEWS, VA 23602

10925    WIETRZYCHOWSKI, AMY, 1442 S. 36TH ST, MILWAUKEE, WI 53215

10924    WIEUCA RETAIL@LENOX MARKETPLACE, 3535 PEACHTREE STREET, ATLANTA, GA 30326

10925    WIGDZINSKI, WALTER, 90 65 312TH AVE, BURLINGTON, WI 53105

10925    WIGFALL, L, 3346 OTTAWA ST, A, N. CHARLESTON, SC 29405

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WIGFALL, MARY, 3346 OTTAWA ST., N. CHARLESTON, SC 29405

10924 WIGGIN PRECAST CORP, 79 BARLOWS LANDING ROAD, POCASSET, MA 02559

10924 WIGGIN PRECAST CORP, P O BOX 1138, POCASSET, MA 02559

10924 WIGGIN PRECAST CORP, P.O.BOX 1138, POCASSET, MA 02559

10924 WIGGINS & SON, BEN HAZEL RD., HAMPTON, SC 29924

10924 WIGGINS CONCRETE CO INC, 50 KEENE AVE., ESTILL, SC 29918

10924 WIGGINS CONCRETE CO INC, ATTN:  ACCOUNTS PAYABLE, ESTILL, SC 29918

10924 WIGGINS CONCRETE CO INC, P.O. BOX 9, ESTILL, SC 29918

10925 WIGGINS, ANDREW, 336 COTTON WOOD LANE, BOCA RATON, FL 33487

10925 WIGGINS, CARA, PO BOX 588, DEERFIELD BCH, FL 33443

10925 WIGGINS, CARLA, 619 N. IRENA #C, REDONDO BEACH, CA 90277

10925 WIGGINS, CARLOS, 1234 MASS AVE NW, WASHINGTON, DC 20005

10925 WIGGINS, CHARLES, 1140 KISSENGEN AVE, BARTOW, FL 33830

10925 WIGGINS, CHARLIE L., 520 BEACH COURT, FOLLY BEACH, SC 29439

10925 WIGGINS, ELAINE, 12218 YOUNG CIRCLE, SANTA FE, TX 77510

10925 WIGGINS, FINIS E, 2615 VALENCIA, SAN BERNARDINO, CA 92404-4039

10925 WIGGINS, FREDA, 401 BOXCAR WAY, VALRICO, FL 33594

10925 WIGGINS, GARY, 1210 19TH AVE SW, CEDAR RAPIDS, IA 52404

10925 WIGGINS, HOLLY, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925 WIGGINS, JIMMY, 3230 CAMARIE, MIDLAND, TX 79705

10925 WIGGINS, JOE, 1818 STONECREST CT, LAKELAND, FL 33813-2455

10925 WIGGINS, KERRY, 2019 BERG JONES LANE, MONROE, LA 71202

10925 WIGGINS, LOREIN, 313 PINE ST, KINSTON, NC 28501

10925 WIGGINS, RICHARD, 2036 N E 164TH PL, PORTLAND, OR 97230

10925 WIGGINS, ROBERTA, RD 1,BOX 1389, STROUDSBURG, PA 18360

10925 WIGGINS, SUSAN, 99 WYATT, 1, CLEMSON, SC 29633

10925 WIGGINS, TERESA, 4254 CHAIN BRIDGE ROAD, PALO, IA 52324

10925 WIGGINS, TODD, 1701 KENYON ST NW, WASHINGTON, DC 20010

10925 WIGGINS, VESPER, 401 BOXCAR WAY, VALRICO, FL 33594

10925 WIGGINS, ZACKARY, HC80 BOX 277G, LEESVILLE, LA 71446

10925 WIGGINTON, MICHAEL, 6574 MASONVILLE HABIT RD., PHILPOT, KY 42366

10925 WIGGINTON, RICHARD, 3939 GLENWOOD AVE, RALEIGH, NC 27816

10925 WIGGLESWORTH, RICHARD G, CUST FOR SUE ANN WIGGLESWORTH, UNIF GIFT MIN ACT UNDER
N MEX, 5742 CHAPEL HEIGHTS LN, CINCINNATI, OH 45247-5604

10925 WIGGS, CATHIE, 39 BURKE AV, TOWSON, MD 21204

10925 WIGHT, KEITH A, 4836 E PRINCESS ANNE RD E, NORFOLK, VA 23502-1632

10925 WIGHT, MARSHALL, 5 MILLS COURT, FLEMINGTON, NJ 08822

10925 WIGHTMAN, BRIAN, 39 ARNOLD ROAD, HINGHAM, MA 02043

10925 WIGHTMAN, BRIAN, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925 WIGHTMAN, DAVID L, 39 ARNOLD RD, HINGHAM, MA 02043

10925 WIGHTMAN, DAVID, 39 ARNOLD ROAD, HINGHAM, MA 02043

10925 WIGINTON, JASON, 1037 MEYERS, CLUTE, TX 77531

10925 WIGTON, JENNIFER, 14492 TWP RD. 465, LAKEVILLE, OH 44638

10925 WIGTON, MARY, 208 SOUTH WATER ST, LOUDONVILLE, OH 44842

10925 WIIG, ROBERT, BOX 106, IRWIN, IA 51446

10925 WIITA, MARK, 1047 ELMWOOD WAY, HUBERTUS, WI 53033

10924 WIKA INSTRUMENT CORP., BELLEMEADE COURT & LAKES PKWY., LAWRENCEVILLE, GA 30243

10925 WIKE, WILLIAM, 845 LANGLEY RD, TRAVELERS REST, SC 29690

10924 WIKOFF COLOR CORPORATION, 1886 MERRITT ROAD, FORT MILL, SC 29715

10925 WIKOFF, LISA A GLASS,

10925 WIKTOR, JERZY, RR 2 BOX 71, FREEPORT, ME 04032

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WILBANKS, DAVID, 30 WILD CHERRY CIRCLE, LYMAN, SC 29365 | |
| 10925 | WILBANKS, F, 2641 S W 57TH PLACE, OKLAHOMA CITY, OK 73119 | |
| 10925 | WILBANKS, LINDA, RT 1, MAYSVILLE, GA 30558 | |
| 10925 | WILBANKS, LISA, 2226 S HWY 101, GREER, SC 29651 | |
| 10925 | WILBANKS, SUSAN, 308 VISTA VIEW CT, WELLFORD, SC 29385 | |
| 10925 | WILBANKS, THOMAS, 897 ATHENS ST., JEFFERSON, GA 30549 | |
| 10925 | WILBAR TRUCK EQUIPMENT, 2808 FREDERICK BLVD., PORTSMOUTH, VA 23703 | |
| 10925 | WILBER E WADDLE, 8716 GLENAIRE DR, CHATTANOOGA, TN 37416-1520 | |
| 10925 | WILBER, FRANK, 15845 CULVER, E LANSING, MI 48823 | |
| 10925 | WILBER, ROBERT, 8462 WANDERING LANE, HARRISBURG, NC 28075 | |
| 10925 | WILBERT A GNADT & DEANNA P GNADT, TR UA AUG 2 94 THE GNADT FAMILY, TRUST, 6401 E NOHL RANCH RD 10, ANAHEIM, CA 92807-4896 | |
| 10925 | WILBERT A KARCHER &, CLAUDETTE L KARCHER JT TEN, 1057 ETHERTON DR, CRESTWOOD, MO 63126-1149 | |
| 10924 | WILBERT BURIAL VAULT COMPANY, 219 8TH STREET SW, MASON CITY, IA 50401 | |
| 10924 | WILBERT BURIAL VAULT COMPANY, 508 NORTH 5TH ST, FORT DODGE, IA 50501 | |
| 10924 | WILBERT BURIAL VAULT COMPANY, 974-73RD ST, SUITE 5, DES MOINES, IA 50312 | |
| 10924 | WILBERT BURIAL VAULT COMPANY, 974-73RD ST. SUITE 5, DES MOINES, IA 50312 | |
| 10924 | WILBERT FUNERAL SERVICES, INC., 2913 GARDENER, BROADVIEW, IL 60153 | |
| 10924 | WILBERT FUNERAL SERVICES, INC., PO BOX147, FOREST PARK, IL 60130 | |
| 10924 | WILBERT INC, ATTN:  ACCOUNTS PAYABLE, FOREST PARK, IL 60130 | |
| 10924 | WILBERT PRECAST, INC., 2215 E. BROOKLYN, SPOKANE, W A 99217 | |
| 10924 | WILBERT PRECAST, INCORPRORATED, 1323 NORTH CEDAR STREET, SPOKANE, WA 99201 | |
| 10924 | WILBERT VAULT, RR2 BOX 235, VERSAILLES, MO 65084 | |
| 10924 | WILBERT VAULT, VERSAILLES, MO 65084 | |
| 10924 | WILBERT, INC., 150 ROYAL ROAD HWY 78, LADSON, SC 29456 | |
| 10924 | WILBERT, INC., AIRPORT PLANT, CAYCE, SC 29033 | |
| 10924 | WILBERT, INC., P.O. BOX 147, FOREST PARK, IL 60130 | |
| 10925 | WILBORN, ALBERT, 2913 DUDLEY DRIVE, BARTOW, FL 33830-9998 | |
| 10925 | WILBORN, CECELIA, 217 COUNTY ROAD 1280, WEST PLAINS, MO 65775 | |
| 10925 | WILBORN, JAMES, 6224 COLLEGE AVE., SAN DIEGO, CA 92120 | |
| 10925 | WILBOURN, TERRY, PO BOX 531, BRANDON, MS 39042 | |
| 10925 | WILBRAHAM LAWLER BUBA, 1818 MARKET ST , SUITE 3100, PHILADELPHIA, PA 19103-3631 | |
| 10925 | WILBRECHT ELECTRIC INC, 500 SECOND ST NE, HURON, SD 57350 | |
| 10924 | WILBRECHT ELECTRIC INC, 500 SECOND STREET N.E., HURON, SD 57350 | |
| 10924 | WILBRECHT ELECTRIC, 1400 ENERGY PARK DRIVE, SAINT PAUL, MN 55108-5555 | |
| 10925 | WILBROD ST AMAND &, GEORGIA ST AMAND JT TEN, 134 COUNTY ROAD 401, OXFORD, MS 38655 | |
| 10925 | WILBUR A TINTELNOT, 2321 ALLENDER AVE, PITTSBURGH, PA 15220-3903 | |
| 10925 | WILBUR L SCOTT & BARBARA, SCOTT JT TEN, RT 2 BOX 435, GRAVOIS MILLS, MO 65037-9521 | |
| 10924 | WILBUR PRODUCTS, 950 W BROADWAY, MUSKEGON, MI 49441 | |
| 10925 | WILBUR, ALYSA, N30 W28853 W. LAKESIDE, PEWAUKEE, WI 53072 | |
| 10925 | WILBUR, JASON, 316 JEFFERSON ST, WEST UNION, IA 52175 | |
| 10925 | WILBUR, JOHN, 5 NANTUCKET LANE, PALM COAST, FL 32137 | |
| 10925 | WILBUR, ODETTE, 5 NANTUCKET LANE, PLM CST SEA CO., FL 32037 | |
| 10925 | WILBUR, SHEILA, 6328 W. NASH, MILWAUKEE, WI 53216 | |
| 10925 | WILBUR, STEVEN, 76 FESSENDEN ST., PORTLAND, ME 04103 | |
| 10925 | WILBURN, DANIEL, 101 BELCROSS DR, SIMPSONVILLE, SC 29681 | |
| 10925 | WILBURN, DEBORAH, 10701 SOLARIS CR, CHESTERFIELD, VA 23832 | |
| 10925 | WILBURN, GARY, GENERAL DELIVERY, MCCURTAIN, OK 74944 | |
| 10925 | WILBURN, HAROLD, 532 E SANSON, SPOKANE, WA 99207-1354 | |
| 10925 | WILBURN, REBECCA, 2114 RODGERS DR., HUNTSVILLE, AL 35811 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  WILBY, ANTHONY EMERSON, 1704 BROADMOOR DR, RICHMOND, VA 23229-4914

10925  WILCHER, ROBERT, 7920 GRACELAND ST, DAYTON, OH 45459

10925  WILCHER, TABATHA, 2729 W. VIENNA AVE., MILWAUKEE, WI 53216

10924  WILCO FARMERS, PO BOX 258, MOUNT ANGEL, OR 97362

10924  WILCO PRODUCTS, INC., 5519 SIXTH AVENUE, SOUTH, SEATTLE, WA 98108

10925  WILCO SUPPLY INC., PO BOX 15182, HOUSTON, TX 77220-5182

10925  WILCO WOOD WORKS INC, POBOX 286, IRWINTON, GA 31042

10925  WILCOCK, GARY, 150 E 600 NORTH #16, KAYSVILLE, UT 84037

10925  WILCOVE, RACHEL, 299 TOM BROWN RD, MOORESTOWN, NJ 08057-4003

10925  WILCOX & SAVAGE, 1800 NATIONSBANK CENTER, NORFOLK, VA 23510-2197

10925  WILCOX COUNTY CHILD SUPPORT DIV, POBOX 533, CAMDEN, AL 36726

10925  WILCOX OF BLUE ASH, PO BOX 14240, CINCINNATI, OH 45250-0240

10925  WILCOX, CARMEN, 3839 GANNON APT. #4343, DALLAS, TX 75237

10925  WILCOX, DAMON, 3603 AVE K, FORT PIERCE, FL 33450

10925  WILCOX, FRANCIS, 506 EUGENE PLACE, GARDEN CITY, KS 67846

10925  WILCOX, HOLLY, 2051 E.FIFTH ST., ONTARIO, CA 91764

10925  WILCOX, JUDITH, 209 WESTHILL, HEWITT, TX 76643

10925  WILCOX, JUSTIN, 1804 HORSEBACK TR, VIENNA, VA 22182

10925  WILCOX, KIMBERLY, 1528 RAINER RD, BROOKHAVEN, PA 19015

10925  WILCOX, LAWRENCE, 1750 MELBOURNE ROAD, BALTIMORE, MD 21222

10925  WILCOX, LOIS, 201 PLAZA DR., EASTMAN, GA 31023

10925  WILCOX, MARILYN, 290 SPRING ST, SHREVE, OH 44676

10925  WILCOX, MARTHA, 901 S. SCOTT AVE., SANFORD, FL 32771

10925  WILCOX, MARY, 6255 CR 207, MILLERSBURG, OH 44654

10925  WILCOX, MELANIE, 4600 CONN AVE NW, WASH, DC 20008

10925  WILCOX, SHARYN, 1927 LONG POND DR, LONGWOOD, FL 32779

10925  WILCOX, SHELLI, 1720 TEXAS AVE NE, CEDAR RAPIDS, IA 52402

10925  WILCOX, SUSAN, PO BOX 461, BELLE HAVEN, VA 23306

10924  WILCOXON CONSTRUCTION INC, 15120 A SO LAWN ALNE, ROCKVILLE, MD 20850

10924  WILCOXON CONSTRUCTION, 15120 A SOUTHLAWN LANE, ROCKVILLE, MD 20850

10925  WILCOXON RESEARCH, 21 FIRSTFIELD ROAD, GAITHERSBURG, MD 20878

10924  WILD ARENA, 155 WEST 7TH STREET, SAINT PAUL, MN 55102

10924  WILD HORSE CONSTRUCTION, CAMBRIDGE, MA 02140

10925  WILD, JAMES, 5939 KING HILL DRIVE, FARMINGTON, NY 14425

10925  WILD, KRISTINE, 1515 S.EXTENSION, MESA, AZ 85210

10925  WILD, ROSALIE, 100 FAIRWAY PARK BLVD APT #1705, PONTE VEDRA, FL 32082

10925  WILDA L CUNNINGHAM, 214 MEXICO PT DR, MEXICO, NY 13114-3137

10924  WILDCAT CONCRETE SERIVCES, PO BOX 750075, TOPEKA, KS 66675

10924  WILDCAT CONCRETE SERVICE, P O BOX 750075, TOPEKA, KS 66675

10924  WILDCAT CONCRETE SERVICES, 8331-C SW HUNTOON, TOPEKA, KS 66675

10924  WILDCAT CREEK SOLID WASTE, MGR DIST, LAFAYETTE, IN 47905

10925  WILDCAT STRIPING & SEALING, 4578 LEWIS ROAD, STONE MOUNTAIN, GA 30083

10925  WILDE EVOLUTIONS INC, 18908 HIGHWAY 99 STE A, LYNNWOOD, WA 98036-5218

10925  WILDE, PAUL, 1515 WILSON ROAD, CONROE, TX 77304

10925  WILDE, SAMUEL, 21 PRATT ST, BILLERICA, MA 01821

10925  WILDE, STANLEY, 6 WILTON PLACE, JAMESBURG, NJ 08831

10925  WILDE, VINCENT, 3919 BARNETT RD, APT 923, WICHITA FALLS, TX 76310

10925  WILDEMAN, CAROL, 228 WEST 5TH ST, S BOSTON, MA 02127

10925  WILDEMUTH, CRAIG R, 8101 MIDWAY DR., LITTLETON, CO 80125

10925  WILDEMUTH, CRAIG, 8977 SOUTH GREEN MEADOWS LANE, HIGHLAND RANC, CO 80126

10925  WILDEN PLASTICS (USA), PO BOX 2568, PEACHTREE CITY, GA 30269

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WILDENBERG, HENRY, W 1720 LAU ROAD, KAUKAUNA, WI 54130

10925 WILDER CITY TREASURER, 400 LICKING PIKE, WILDER, KY 41071

10925 WILDER FARMS, 9257 DELASHMIT RD, MILLINGTON, TN 38053

10925 WILDER, ALFRED, 459 GOLDEN RIVER DR, W PALM BEACH, FL 33411

10925 WILDER, BEN, BVW, NY, NY 10025

10925 WILDER, CINDY, 1412 FILBERT ST, 1ST FL, BALTIMORE, MD 21226

10925 WILDER, DONALD, RT. 1, BOX 177-A, CANTON, TX 75103

10925 WILDER, E, 217 CREPE MYRTLE CT, GREENVILLE, SC 29607

10925 WILDER, EMILY, 327 CLARKSPUR TR, PEACHTREE CITY, GA 30269

10925 WILDER, ERIC, 4713 LUERSSEN AVE, BALTIMORE, MD 21206

10925 WILDER, GERALD, 608 JOYCE DR, GARLAND, TX 75040

10925 WILDER, GLORIA, 36 PROCTOR ST., ASHBURNHAM, MA 01430

10925 WILDER, ROBERT, 14722 SANDY CREEK, HOUSTON, TX 77070

10925 WILDER, SHERRY, PO BOX 1368, THOMSON, GA 30824

10925 WILDES CHIP, CHIP WILDES, PO BOX 1886, 711 INDUSTRIAL BLVD, VALDOSTA, GA 31601

10925 WILDHAGEN, JACKIE, RR. #3, BOX 162A, CARROLLTON, IL 62016

10925 WILDLIFE INTERNATIONAL LTD., 8598 COMMERCE DR, EASTON, MD 21601

10925 WILDMAN, GERALD, 1203 MISSOURI, MC COOK, NE 69001

10925 WILDMAN, ROBERT, BOX 206, CLEARWATER, NE 68726

10925 WILDONGER, JAMES, 127 RIDGELAND RD, WILMINGTON, DE 19803

10925 WILDRICK, KATHIE, 175 CAPRICORN DR, SOMERVILLE, NJ 08876

10925 WILDS, BRADLEY, 201 BOGART DR, SEVIERVILLE, TN 37862

10925 WILDS, EDWARD, 410 YORKSHIRE COURT, DEER PARK, TX 77536

10924 WILDWOOD CONVENTION CENTER, 4504 BOARDWALK, WILDWOOD, NJ 08260

10925 WILDWOOD TRUCK WASH INC, POBOX 519, WILDWOOD, FL 34785

10925 WILE, MARIE, HCR 72 BOX 19E, CAMP CREEK, WV 25820

10925 WILENTZ, GOLDMAN & SPITZER, 90 WOODBRIDGE CENTER DR., PO BOX 10, WOODBRIDGE, NJ 07095

10925 WILES, CHRISTINA, 10305 BUCKWOOD LANE, MECHANICVILLE, MD 23116

10925 WILES, DONALD, 2861 S SMYSER RD, WOOSTER, OH 44691

10925 WILES, EDWIN, 7097 OLD MILLSTONE DRIVE, MECHANICSVILL, VA 23111

10925 WILES, STEVEN, 7707 WEST DRIVE, GLEN BURNIE, MD 21060

10925 WILEY SANDERS TRUCK LINES,INC, PO DRAWER 707, TROY, AL 36081

10924 WILEY, 4654 KENNY ROAD, COLUMBUS, OH 43220

10925 WILEY, DONNA, RT 3, BOX 3179, CARNESVILLE, GA 30521

10925 WILEY, EDWARD, 2521 STAMFORD CT, EDMOND, OK 73034-6484

10925 WILEY, EVAN, 3109 ROBIN RIDGE, WOODWARD, OK 73801

10925 WILEY, GARY, 50 JONES ST, JERSEY CITY, NJ 07306

10925 WILEY, HELEN, 631 S.W. SIXTH ST., POMPANO BEACH, FL 33060

10925 WILEY, HILDA, 250 BEACH 17 ST C/O BROOKHAVEN BEACH HRF, FAR ROCKAWAY, NY 11691

10925 WILEY, LINDA, 2521 STAMFORD CT, EDMOND, OK 73034

10925 WILEY, MARSHALL, 610 KINGS RD, SHELBY, NC 28150

10925 WILEY, MARY, ROUTE ONE BOX 141, COMMERCA, GA 30529

10924 WILEY, PO BOX 670, COLUMBUS, OH 43216

10925 WILEY, RICO, 1033 ATHENS ST, GAINESVILLE, GA 30501

10925 WILEY, SEAN, KINGS HWY TOWERS, MAPLE SHAPE, NJ 08052

10925 WILEY, STACEY, 2135 E 93RD ST, CHICAGO, IL 60617

10925 WILEY, STEPHEN, 7030 W CYPRESSHEAD DRIVE, PARKLAND, FL 33067

10925 WILEY, TERESA, 2521 STAMFORD COURT, EDMOND,, OK 73034

10925 WILEY, TRACY, 29141 E SR #44, EUSTIS, FL 32726

10925 WILFAB, 410 SOUTH PEORIA, TULSA, OK 74120

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WILFERT, JOSEPH, 1049 LAKELAND, LAKE CHARLES, LA 70605

10925 WILFINGER, LEONARD, 1001 RIVER DRIVE HAMMOND IN, HAMMOND, IN 46324

10925 WILFINGER, SR, LEONARD, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10924 WILFLEX INC., 8155 COBB CENTER DRIVE, KENNESAW, GA 30152

10924 WILFLEX INC., PO BOX 360, SUSSEX, WI 53089

10925 WILFLEY PUMP, 870 EAGLE DR, BENSENVILLE, IL 60106

10925 WILFORD C STEVENSON, PO BOX 745, LAS VEGAS, NV 89125-0745

10924 WILFORD HALL MEDICAL CENTER, MRK FOR: FM3047 96P0265, LACKLAND AIR FORCE BASE, TX 78236-5300

10925 WILFRED H WENZEL &, HORTENSE WENZEL JT TEN, 16 HERNING AVNEUE, CRANFORD, NJ 07016-1946

10925 WILFRED J MUJICA, 60 BROOKSIDE MBL ESTATES HWY 35, HAZLET, NJ 07730-2225

10925 WILFRED WARD &, FRANCES WARD JT TEN, 538 NINTH ST, BROOKLYN, NY 11215-4206

10925 WILGOREN, DEBORAH, 1300 NORTH GLEBE, ARLINGTON, VA 22027

10925 WILHAM, KENNETH, 650 S. BRAWLEY AVE, 32, BRAWLEY, CA 92227

10925 WILHELM, ANITA, 714 NE 7TH TERRACE, GAINESVILLE, FL 32601

10925 WILHELM, CLIFTON, 6470 BLANKENSHIP ROAD, VIDOR, TX 77662

10925 WILHELM, CYNTHIA, RT 3 BOX 256-V, CHINA GROVE, NC 28023

10925 WILHELM, KENNETH, 2509 TREE RIDGE PKWY, ALPHARETTA, GA 30202

10925 WILHELM, MARY, 10 SUMMIT PLACE, NANUET, NY 10954

10925 WILHELMI, JOAN, 7232 REEDER, SHAWNEE, KS 66203

10925 WILHELMINA KELLER, 325 E 238TH ST, BRONX, NY 10470-1806

10925 WILHIDE, JEFFREY A, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925 WILHIDE, JEFFREY, 1967 POLARIS ROAD, FINKSBURG, MD 21048

10925 WILHIDE, JULIE, 507 PINEY RUN COURT, SYKESVILLE, MD 21784

10925 WILHIDES, 3956 COOKS LANE, ELLICOTT CITY, MD 21043

10925 WILHITE, CAROLYN, 6640 OLD TIPTON ROAD, MILLINGTON, TN 38053

10925 WILHITE, RANDY, NORWOOD DR. 105, ATHENS, GA 30601

10925 WILHITE, TOMMY, 4572 N. 49TH ST, MILWAUKEE, WI 53218

10925 WILIAMS INDUSTRIES INC, STEVE EISENTEIN LUM HOENS CONANTD, 103 EISENHOWER PKWY, ROSELAND, NJ 07068

10925 WILIE, PATRICIA H, 405 HILLCREST DR, MARION, WI 54950-9706

10925 WILINSKI, JONATHAN, 9155 S CHASE RD, PULASKI, WI 54162

10925 WILINSKI, STEVEN, 526 EAST GLENBROOK DRIVE, PULASKI, WI 54162

10925 WILK, KATHRYN L, CUST FOR JULIA ROSE WILK, UNDER THE MASSACHUSETTS, UNIFORM TRANSFERS TO MINORS ACT, 8 ROCKAWAY AVE, MARBLEHEAD, MA 01945-172

10925 WILK, SLAWOMIR, 5814 S. KENNETH AVE, CHICAGO, IL 60629

10925 WILKE, BARBARA, 731 JENKINS BRIDGE RD, SIMPSONVILLE, SC 29680

10925 WILKE, CAROL, 306 SUNSET DRIVE, DE FOREST, WI 53532-1126

10925 WILKE, CAROLE, 1313 E 3RD ST, WINSLOW, AZ 86047

10925 WILKE, JAMES, 332 SENTINEL WAY, FORT MILL, SC 29715

10925 WILKE, KENNETH, 731 JENKINS BRIDGE RD, SIMPSONVILLE, SC 29681

10925 WILKE, RONALD F, 7916 EASTRIDGE DR, LA MESA, CA 91941-7856

10925 WILKE, RUSSELL, PO BOX 1081, WINSLOW, AZ 86047

10925 WILKE, THELMA, PO BOX 1081, WINSLOW, AZ 86047

10925 WILKE-BARRITT, PAMELA, 2512 N. 124TH ST, 150, WAUWATOSA, WI 53226

10925 WILKEM SCIENTIFIC LTD, PO BOX 301, PAWTUCKET, RI 02862

10925 WILKEN, BRUCE, 24 SOULE AVE, DUXBURY, MA 02331

10925 WILKENFELD, BONNIE, 31 HANOVER SQUARE, MIDDLESEX, NJ 08846

10925 WILKENS ANDERSON CO., CAMBRIDGE, MA 02140

10924 WILKENS ANDERSON, 4525 W DIVISION, CHICAGO, IL 60651

10925 WILKENS ANDERSON, PO BOX 408190, CHICAGO, IL 60640

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 WILKENS, JEANETTE, 1722 19TH ST., WASHINGTON, DC 20009

10925 WILKENS-ANDERSON COMPANY, PO BOX 408190, CHICAGO, IL 60640

10924 WILKERSON PLASTERING CO, 300 LUCUS AVE, OWENSBORO, KY 42310

10924 WILKERSON PLASTERING, 300 LUCAS AVENUE, OWENSBORO, KY 42301

10924 WILKERSON PLASTERING, CAMBRIDGE, MA 02140

10925 WILKERSON, ARLENE, 5608 DOVE LANE, WEST CHESTER, OH 45069

10925 WILKERSON, CAROL ANN, 4005 PINE LAKE CT., OWENSBORO, KY 42303

10925 WILKERSON, CAROL, 6891 WAGONER RD, PERRYSBURG, OH 43551

10925 WILKERSON, CHARLES, 1503 AVE I, EUNICE, NM 88231

10925 WILKERSON, CHRISTINE, 655-4 S LUMINA AVE, WRIGHTSVILLE, NC 28480

10925 WILKERSON, ELVA, 215 PLANTATION DR, RIVERDALE, GA 30296

10925 WILKERSON, KAREN, RT. 1 BOX 405, RAIFORD, FL 32083

10925 WILKERSON, MITCH, PO BOX 175, AUBURN, GA 30203

10925 WILKERSON, WALKER, 2005 GLENDALE, VICTORIA, TX 77901

10925 WILKERSON, WALTER, 5608 DOVE LANE, WEST CHESTER, OH 45069

10924 WILKES BARRE GENERAL HOSPITAL, ANCILLARY ADDITION, WILKES BARRE, PA 18705

10924 WILKES COMMUNITYCOLLEGE, 1320 COLLEGIAT DRIVE, WILKESBORO, NC 28697

10924 WILKES UNIVERSITY JOB #029692, 32 PLUM STREET, TRENTON, NJ 08638

10925 WILKES, B, 3662 STONELAKE CT, LILBURN, GA 30247

10925 WILKES, CHARLES, 1564 KONTIKI LANE, JONESBORO, GA 30236

10925 WILKES, J., 1800 HARRISON ST, 803, TITUSVILLE, FL 32780

10925 WILKES, REGINALD, 114 BALL, IRVINGTON, NJ 07111

10925 WILKES, SHARON, 10911 QUEBEC AVE S, BLOOMINGTON, MN 55438

10924 WILKES-BARRE GENERAL HOSPITAL, WILKES BARRE, PA 18700

10925 WILKEY, CLARENCE, 5906 KLAMATH FALLS COURT, HOUSTON, TX 77041-5936

10925 WILKEY, S, 6844 WINCHESTER, FAYETTEVILLE, NC 28304

10925 WILKIE, HENRY, 609 BOGGY BRANCH ROAD, WOODRUFF, SC 29388

10925 WILKIE, KERRIE, 16 PLEASANT ST, JAMESTOWN, RI 02835

10925 WILKIE, RANDOLPH, 105 COLONIAL LANE, SIMPSONVILLE, SC 29681

10925 WILKIE, ROBERT, 305 RIVERSIDE TRAIL, ROANOKE RAPIDS, NC 27870

10924 WILKIN - METRO CONSOLIDATED FACILTY, 1501 S. CANAL ST., CHICAGO, IL 60607

10924 WILKIN - WAREHOUSE - CRYSTAL LAKE, 6200 THREE OAKS ROAD, CRYSTAL LAKE, IL 60014

10924 WILKIN INSUL. - U. OF ILLINOIS, CHEM LIFE BLDG., URBANA, IL 61801

10924 WILKIN INSULATION - CHRIST HOSPITAL, ON 95TH ST. 3 TO 4 BLOCKS EAST OF, OAK LAWN, IL 60453

10924 WILKIN INSULATION - JOB #1466-N, ILLINOIS WESLEYAN SCIENCE BUILDING, BLOOMINGTON, IL 61701

10924 WILKIN INSULATION - JOB #1489V, BATAVIA HIGH SCHOOL, BATAVIA, IL 60510

10924 WILKIN INSULATION - WAREHOUSE, 501 W CARBOY STREET, MOUNT PROSPECT, IL 60056

10924 WILKIN INSULATION CO.INC., 501 W CARBOY RD, MOUNT PROSPECT, IL 60056

10925 WILKIN INSULATION COMPANY, 501 W.CARBOY ROAD, MT.PROSPECT, IL 60056

10925 WILKIN INSULATION INC., 501 W. CARBOY RD., MT. PROSPECT, IL 60056-5791

10924 WILKIN INSULATION, 501 W CARBOY STREET, MOUNT PROSPECT, IL 60056

10924 WILKIN INSULATION, ABRAHAM LINCOLN HOSPITAL, LINCOLN, IL 62656

10924 WILKIN INSULATION, CAMBRIDGE, MA 02140

10924 WILKIN INSULATION, CENTRAL AVE., BURR RIDGE, IL 60521

10924 WILKIN INSULATION, ELGIN COMMUNITY COLLEGE, ELGIN, IL 60123

10924 WILKIN INSULATION, MUSEUM OF CONTEMPORARY ART, CHICAGO, IL 60611

10924 WILKIN INSULATION, NORTH WIND JOB, CHICAGO, IL 60606

10924 WILKIN INSULATION, TOYS R US, CHICAGO, IL 60603

10924 WILKIN INSULATION, WAREHOUSE, MOUNT PROSPECT, IL 60056

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924 WILKIN INSULATION-PARK CENTER, PARK CENTER BUILDING, HOFFMAN ESTATES, IL 60195

10924 WILKIN INSULATION-WAREHOUSE, NORTH WIND JOB, MOUNT PROSPECT, IL 60056

10924 WILKIN ISULATION, AMERITECH, CHICAGO, IL 60606

10924 WILKIN WAREHOUSE, 501 WEST CARBOY STREET, MOUNT PROSPECT, IL 60056

10924 WILKIN-RUSH COPLEY OFFICE BLDG., ADDITION, AURORA, IL 60504

10925 WILKINS, ANGELA, 23782 FRISBEE, DETROIT, MI 48219

10925 WILKINS, BOBBY, 207 OVERHILL DRIVE, DUNCAN, SC 29334-9654

10925 WILKINS, CECELIA, 617 HILLTOP DR APT F-12, TRENTON, NJ 08620

10925 WILKINS, DIANE S, POBOX 163, UNION, SC 29379

10925 WILKINS, DORIS, 911 OLD MARION RD. NE, 103A, CEDAR RAPIDS, IA 52402

10925 WILKINS, DOROTHY, 3410 SAN JUAN DRIVE, RENO, NV 89509

10925 WILKINS, HERMAN, ROUTE 1 BOX 68B-5 124 ZENNA DR., MATHIS, TX 78368-9703

10925 WILKINS, JEFFREY, 3812 N 37TH PLACE, PHOENIX, AZ 85018

10925 WILKINS, JERRY, RT 1 BOX 117, ROANOKE RAPIDS, NC 27870

10925 WILKINS, KIM, 8401 ELKRIDGE, LUBBOCK TX, TX 79423

10925 WILKINS, LEON, 434 ROBIN HOOD DR, DOUGLASVILLE, GA 30134

10925 WILKINS, LOUISE, 449 MORGAN RD., HENDERSON, NC 27536

10925 WILKINS, MARION, 1012 FOLEY, IOWA PARK, TX 76367

10925 WILKINS, MICHAEL, 1995 TALL OAKS, 3A, AURORA, IL 60505

10925 WILKINS, NELLIE, 766 NC. 46 HWY., GASTON, NC 27832

10925 WILKINS, ROBERT, 1756 N. 74TH ST, WAUWATOSA, WI 53213

10925 WILKINS, ROBERT, 317 W. 2ND ST, 39, LIBBY, MT 59923

10925 WILKINS, ROBERT, 317 W. 2ND ST, LIBBY, MT 59923-0278

10925 WILKINS, ROBERT, 812 PINEWOOD COURT, DAPHNE, AL 36526

10925 WILKINS, ROGER, 909 CHESTNUT, ATLANTIC, IA 50022

10925 WILKINS-ANDERSON CO., 4525 W. DIVISION ST, CHICAGO, IL 60651

10925 WILKINSON & SNOWDEN INC, 3360 MIAC COVE SUITE 3, MEMPHIS, TN 38118-3600

10925 WILKINSON ASSOCIATES INC, 27 LAUREL ST, WAKEFIELD, MA 01880-3623

10924 WILKINSON PRECAST INC, PO BOX 388, RIVERSIDE, IA 52327

10924 WILKINSON PRECAST INC., 3089 #22 HIGHWAY, RIVERSIDE, IA 52327

10924 WILKINSON PRECAST INC., P. O. BOX 388, RIVERSIDE, IA 52327

10925 WILKINSON, CAROLYN, 302 S DEAN ST, PO BOX 321, ROYALTON, IL 62983

10925 WILKINSON, CHARLES, 4010 S EDWARDS ROAD, PLANT CITY, FL 33567-3472

10925 WILKINSON, DANIEL, 515 EAST PARK TOWN, DEER PARK, TX 77536

10925 WILKINSON, KANDICE, 1712 E. 56TH ST., ODESSA, TX 79762

10925 WILKINSON, KENNETH, 4540 FIRE PINK TRAIL, CHATTANOOGA, TN 37415

10925 WILKINSON, LEONARD, 5024 ALCOVA RT., BOX 10, CASPER, WY 82604

10925 WILKINSON, MARY, 115 A FRUITWOOD TER, RIVERDALE, GA 30296

10925 WILKINSON, ORVILLE, 907 WESTERN, BORGER, TX 79007

10925 WILKINSON, PHILLIP, 200 ROYAL OAKS CIR, LONGWOOD, FL 32779

10925 WILKINSON, SAMUEL, 1205 WEST ST, VINTON, LA 70668-4325

10925 WILKINSON, SAMUEL, 1417 23RD, WOODWARD, OK 73801

10925 WILKINSON, STEVEN, 375 HAWTHORNE ST, CRAIG, CO 81625

10925 WILKINSON, WENDY JO, 4157 CHESTERFIELD, PALM HARBOR, FL 34683

10924 WILKS COMMUNITY COLLEGE, 1328 COLLEGIATE DR., WILKESBORO, NC 28697

10925 WILKS, ANTHONY, 2421 W. HOPKINS ST, MILWAUKEE, WI 53206

10925 WILKS, KENNETH, 1025 PLAINFIELD AVE, PLAINFIELD, NJ 07061

10925 WILKS, ROBERT, PO BOX 307, WILBURTON, OK 74578

10925 WILKS, RUFUS, 2305 W LAKEVIEW DR, HOBBS, NM 88240

10925 WILL C SMITH &, RUTH J SMITH JT TEN, 3515 ILLINOIS RD, WILMETTE, IL 60091-1011

10924 WILL COMMUNICATIONS BLDG C/O ASC, GOODWIN & CLARK STREET, URBANA, IL 61801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WILL COUNTY JUSTICE CENTER, 3200 WEST MCDONOUGH STREET, JOLIET, IL 60436

10925   WILL JR, WILLIAM, 19 BIRCHWOOD DR, CLIFFWOOD BEACH, NJ 07735

10924   WILL MILL INC., 12607 EAST BOWRNE, SILVER SPRING, MD 20904

10924   WILL MILL, INC., ATTN: BOB GEINSBURGE, SILVER SPRING, MD 20904

10924   WILL MILL, INC., CAMBRIDGE, MA 02140

10925   WILL PROCESS EQUIPMENT, PO BOX 308, JONESBORO, GA 30237

10925   WILLAIMS INDUSTRIES INC., 39 AVE C, PO BOX 8, BAYONNE, NJ 07002

10924   WILLAMETTE GRAYSTONE INC, 3700 FRANKLIN STREET, EUGENE, OR 97403

10924   WILLAMETTE GRAYSTONE INC., 3700 FRANKLIN BLVD., EUGENE, OR 97403

10924   WILLAMETTE GRAYSTONE INC., PO BOX68, TROUTDALE, OR 97060

10924   WILLAMETTE GRAYSTONE, 2190 HYACINTH NE, SALEM, OR 97303

10924   WILLAMETTE GRAYSTONE, INC., 2190 HYACINTH NE, SALEM, OR 97303

10924   WILLAMETTE INDUSTIES, HWY 912, BENNETTSVILLE, SC 29512

10925   WILLAMETTE INDUSTRIES INC, CHARLES A HESS MGR ENV & TECH,

10924   WILLAMETTE INDUSTRIES INC, HWY 1406, HAWESVILLE, KY 42348

10925   WILLAMETTE INDUSTRIES INC., PO BOX 1110, CHESTER, SC 29706

10924   WILLAMETTE VALLEY CO., 586 MCKINLEY STREET, EUGENE, OR 97402

10924   WILLAMETTE VALLEY CO., PO BOX 2280, EUGENE, OR 97402

10925   WILLARD A GARMIRE, C/O FARMERS STATE BANK, TRUST DEPT., 220 S DETROIT ST, LAGRANGE, IN 46761-1808

10925   WILLARD MARKING DEVICES CORP., POBOX 2217, SANTA ANA, CA 92707

10925   WILLARD OFFICE, THE, KENNETH R MEADE, 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004

10925   WILLARD W POYNER, 172 COUNTY RD 39A, SOUTHAMPTON, NY 11968-5210

10925   WILLARD, CAROL, 4 SPRING COURT EXT., WOBURN, MA 01801

10925   WILLARD, EZELL, 1231 POTOMAC COURT, WILMINGTON, NC 28405

10925   WILLARD, HUGH, 360 HORSESHOE FALL RD, ENOREE, SC 29335

10925   WILLARD, HUGH, ROUTE 2, ENOREE, SC 29335

10925   WILLARD, MICHAEL, 145 SUFFOLK ROAD, BOILING SPRGS, SC 29316

10925   WILLARD, ROBIN, 5451 A STRAWBERRY, CHARLOTTE, NC 28211

10925   WILLARD, ROGER, 2023 KINGS CROSSING SW, WINTER HAVEN, FL 33880-2757

10925   WILLARD, SHIRLEY, 36 FOREST LAKE DRIVE, SIMPSONVILLE, SC 29681

10925   WILLARD, SHIRLEY, EXP, 36 FOREST LAKE DRIVE, SIMPSONVILLE, SC 29681

10925   WILLBURN, JAMES, 1306 42ND ST., LUBBOCK, TX 79412

10924   WILLCOX ROCK & SAND, 1401 EAST MALEY, WILLCOX, AZ 85644-0156

10925   WILLCOX, GARY, 2904 TRADE WINDS TR, GREEN BAY, WI 54313

10924   WILLCUTT BLOCK & SPLY INC, 1201 19TH AVE. EAST, TUSCALOOSA, AL 35404

10924   WILLCUTT BLOCK & SPLY INC, P O BOX 40809, TUSCALOOSA, AL 35404

10924   WILLCUTT BLOCK & SPLY INC, PO BOX40809, TUSCALOOSA, AL 35404

10924   WILLCUTT BLOCK & SUPPLY CO., 3021 OLD HWY 45 NORTH, MERIDIAN, MS 39301

10924   WILLCUTT BLOCK & SUPPLY, 103 WILLCUTT ROAD, COLUMBUS, MS 39701

10924   WILLCUTT BLOCK & SUPPLY, 2700 WHITEHOUSE RD., JASPER, AL 35501

10924   WILLCUTT BLOCK & SUPPLY, P O BOX 1361, COLUMBUS, MS 39701

10924   WILLCUTT BLOCK & SUPPLY, P O DRAWER 599, JASPER, AL 35501

10924   WILLCUTT BLOCK & SUPPLY, PO BOX1361, COLUMBUS, MS 39701

10924   WILLE BROS CO, 15800 S LAMON, OAK FOREST, IL 60452

10924   WILLE BROS CO., 15800 S LAMON, OAK FOREST, IL 60452

10924   WILLE BROS., RT.45 & MANHATTAN - MONEE ROAD, MONEE, IL 60449

10925   WILLE, ARMIN, 5240 S. LOCUSTWOOD, FT. GRATIAT, MI 48059

10925   WILLEFORD, REBECCA, PO BOX 303, ELECTRA, TX 76360

10925   WILLEFORD, ROY, 4710 BELLIARE BLVD, HOUSTON, TX 77401

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WILLEFORD, TERRY, PO BOX 303, ELECTRA, TX 76360

10925   WILLENE J BOWLING, 3285 CARNEGIE ST, TITUSVILLE, FL 32796-4244

10925   WILLEQUETTE, TERRY, 19223 WELBY WAY, RESEDA, CA 91331

10925   WILLESS, BERNARD, 42 FAIRMOUNT ST, NASHUA, NH 03060

10925   WILLETT ENGINEERING COMPANY, INC, 3528 HABERSHAM, TUCKER, GA 30084

10925   WILLETT, DONALD W, DEPT OF GENERAL ACADEMICS, PO BOX 1675, TEXAS A & M UNIVERSITY, AT GALVESTON, GALVESTON, TX 77553-1675

10925   WILLETT, EDWARD, 3317 N GEORGE MASON DR, ARLINGTON, VA 22207

10925   WILLETT, KATHLEEN, 1609 CHESAPEAKE DR, EDGEWATER, MD 21037

10925   WILLETT, KATHY, 115 EVERGREEN ST, WARNER ROBINS, GA 31093

10925   WILLETT, LOIS, 4232 MAGNOLIA BEACH RD, PANAMA CITY BCH, FL 32408

10925   WILLETT, MARTIN, 428 NORWICK RD SW, CEDAR RAPIDS, IA 52404

10925   WILLETT, PETER, 107 EMERY LANE, 247, CAUNCRO, LA 70520

10925   WILLETTE, CALLIE, 630 CONCORD, VIDOR, TX 77662

10925   WILLETTE, JAN K, 6513 GEORGIANNA, PASADENA TX, TX 77503

10925   WILLEY, ALBERT, 12 MEADOW LANE, MANSFIELD, MA 02048

10925   WILLEY, ELDRIDGE G, 8125 LUNENBURG COUNTY RD, KEYSVILLE, VA 23947-0000

10925   WILLEY, G, RIVERVIEW NURSING CENTRE 1 EASTERN BLVD, BALTIMORE, MD 21221

10925   WILLEY, JACK, 701 SOMERSET DRIVE, EL PASO, TX 79912

10925   WILLEY, JANICE, 1587 DOXBURY ROAD, TOWSON, MD 21204

10925   WILLEY, NORMAN, 12940 WILLOW LANE, GOLDEN, CO 80401

10925   WILLFONG, KATHERINE, 904 W MAIN, HOOPESTON, IL 60942

10925   WILLFONG, RICHARD, 904 W MAIN, HOOPESTON, IL 60942

10925   WILLGING, KIRSTEN, 10366 CROSSBEAM CIRC, COLUMBIA, MD 21044

10925   WILLHITE, JOY, 13113 S ECHO LK RD, SNOHOMISH, WA 98290

10925   WILLI WIMMERS &, HANNELORE WIMMERS JT TEN, 306 LAKESIDE DRIVE, HONESDALE, PA 18431-1228

10924   WILLIAM  S. WILLIAMS CONS., ROUTE 201, FARMINGDALE, ME 04344

10924   WILLIAM  S. WILLIAMS CONS., ROUTE 202, MONMOUTH, ME 04259

10924   WILLIAM & MARY UNIVERSITY CENTER, GUICH & STADIUM DRIVE, WILLIAMSBURG, VA 23081

10925   WILLIAM A COLLINS, 194 PONDVIEW DR, SPRINGFIELD, MA 01118-1152

10925   WILLIAM A CRAIG, 580 MONTGOMERY RD, NESHANIC, NJ 08853-3211

10925   WILLIAM A CRAMER &, GLADYS J CRAMER JT TEN, 24 VALE DRIVE, TABERNACLE, NJ 08088-8645

10925   WILLIAM A CREAGER &, IRIS R CREAGER JT TEN, 614 HICKORY ST, MARTINS FERRY, OH 43935-1434

10925   WILLIAM A CRIST JR &, KATHERINE V CRIST JT TEN, 1155 N SHERIDAN RD, LAKE FOREST, IL 60045-1472

10925   WILLIAM A CROWELL, 21 VIA AURELIS, PALM BEACH GARDENS, FL 33418

10925   WILLIAM A DEMPSTER III, 18 CHAUTAUQUA AVE, NASHUA, NH 03060

10925   WILLIAM A DREW JR TTE U/A/D/D, MAY 23RD 1992 THE WILLIAM A, DREW JR REVOCABLE LIVING TRUST, 5 RHINE CT, FLORISSANT, MO 63033-7020

10925   WILLIAM A GRAFF, 1238 JEFFERSON DAVIS CT, BRENTWOOD, TN 37027-4110

10925   WILLIAM A JONES, 6329 WILRYAN AVE, EDINA, MN 55439-1445

10925   WILLIAM A KEIM, 413 N WESTRIDGE DR, CARBONDALE, IL 62901-1076

10925   WILLIAM A MAUDE, 16 NEWTON AVE, LYNN, MA 01905-1832

10925   WILLIAM A MC DOWELL JR TR, UA JUN 25 96, JOHN G FARRELL TRUST, 222 SOUTH CENTRAL AVE, SUITE 1000, ST LOUIS, MO 63105-3576

10925   WILLIAM A O BRIEN &, VICTORIA O BRIEN JT TEN, 763 VANBUREN AVE, EAST MEADOWS, NY 11554-4621

10925   WILLIAM A QUAGLIA, RTE 2 BOX 624, MORGAN HILL, CA 95037-9254

10925   WILLIAM A ROBERTS, PO BOX 579, HINSDALE, IL 60522-0579

10925   WILLIAM A ROLLAND &, MIRIAM A ROLLAND JT TEN, 633 MEADOWLAND AVE, KINGSTON, PA 18704-5316

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WILLIAM A ROSS & LOYOLA K, ROSS JT TEN, 705 BONNIE DR, LAKELAND, FL 33803-2009

10925   WILLIAM A SHOWERS TR UA MAR 25 97, WILLIAM A SHOWERS REVOCABLE, LIVING TRUST, 23500 AUDRAIN RD 340, MEXICO, MO 65265-5432

10925   WILLIAM A ST ARNAULD, 7 CHINMOY LANE, NEW MILFORD, CT 06776-5302

10925   WILLIAM A TRAVISS, 2404 FLORENTINE WAY APT 46, CLEARWATER, FL 33763-3206

10925   WILLIAM A WILMORE, 421 NW RIVERSIDE DR, PORT ST LUCIE, FL 34983-8617

10925   WILLIAM B BASSETT, 626 BAYCLIFFS RD, GULF BREEZE, FL 32561-4806

10925   WILLIAM B CLEVELAND III, 2945 FAIRMOUNT BLVD, CLEVELAND HEIGHTS, OH 44118-4060

10925   WILLIAM B DUNBAR,TRUSTEE, PO BOX 3170, HONOLULU, HI 96802-3170

10925   WILLIAM B GIBSON &, SHARON V GIBSON TR UDT NOV 30 88, FBO WILLIAM B GIBSON &, SHARON V GIBSON, PO BOX 92, WHITTIER, CA 90608-0092

10925   WILLIAM B HARMON CUST JULIE L, HARMON UNIF GIFT MIN ACT MA, 55 COURT ST, WESTFIELD, MA 01085-3507

10925   WILLIAM B HARMON CUST LAURIE, B HARMON UNIF GIFT MIN ACT MA, 55 COURT ST, WESTFIELD, MA 01085-3507

10925   WILLIAM B LAYSON, 5454 SARGENT DR, OWENSBORO, KY 42301-8334

10925   WILLIAM B ROSENBAUM, 2820 OCEAN PKWY, BROOKLYN, NY 11235-7958

10925   WILLIAM B VERWILT, C/O PHILIP JACOBOWITZ, 257 MONMOUTH RD BLDG-A, PO BOX 609, OAKHURST, NJ 07755-0609

10925   WILLIAM B. DUNBAR TRUSTEE, DANIEL H CASE ESQ CASE & LYNCH, 737 BISHOP ST, STE 2600 MAUKA TOWER GROSVENOR CTR, HONOLULU, HI 98813

10925   WILLIAM B. DUNBAR TRUSTEE, PACIFIC CENTURY TRUST, WAIALAE AVE SUITE 200, HONOLULU, HI 96816

10925   WILLIAM BAILEY LAW FIRM, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX 77017

10925   WILLIAM BAUMGARTEN CO., 342 N. CHARLES ST., BALTIMORE, MD 21201

10925   WILLIAM BENZEL, 2265 W. WOLFENSBERGER RD., CASTLE ROCK, CO 80104

10925   WILLIAM BEVAN BUNKER, 521 RIVER LANE, ANOKA, MN 55303-2741

10925   WILLIAM BLAYLOCK SUTTON &, MARTHA DAVIS SUTTON JT TEN, 1200 BEECH, MC ALLEN, TX 78501-4606

10925   WILLIAM BOBO, ROUTE 2, BOX 100, GRAY COURT, SC 29645

10925   WILLIAM BOWMAN &, D ROBIN BOWMAN JT TEN, PO BOX 10973, PENSACOLA, FL 32524-0973

10925   WILLIAM C ALLYN, 900 POWDER HORN CT, WESTMINSTER, MD 21157

10925   WILLIAM C BICKNESE, PO BOX 126, WYKOFF, MN 55990-0126

10925   WILLIAM C CAVENY, 450 VILLAGE PL, APT 200, LONGWOOD, FL 32779

10925   WILLIAM C COLLINS, 1090 MARTINSBURG COVE, COLLIERVILLE, TN 38017-1214

10925   WILLIAM C HANSEL &, VIRGINIA C HANSEL JT TEN, 507 5TH ST TERRACE, CARROLLTON, MO 64633

10925   WILLIAM C HIETALA SALES CO, 27 MAPLE AVE, HOLBROOK, MA 02343

10925   WILLIAM C KAUFFMAN &, PEGGY J KAUFFMAN JT TEN, PO BOX 1247, LABY LAKE, FL 32158-1247

10925   WILLIAM C LIVINGSTON JR &, VALERIA A LIVINGSTON JT TEN, 1925 JOHN ARTHUR WAY, LAKELAND, FL 33803-3509

10925   WILLIAM C LONG, 1129 CECIL AVE, MILLERSVILLE, MD 21108-2226

10925   WILLIAM C LUTHER, 3006 EASTLAKE DR SO, ELKHART, IN 46514-4326

10925   WILLIAM C MACK, KINGHILL ROAD, R R 1 BOX 3200, NEW LONDON, NH 03257-9801

10925   WILLIAM C MADAUSS &, MARY ANN MADAUSS JT TEN, 1630 GRIFFITH AVE, OWENSBORO, KY 42301-3514

10925   WILLIAM C OTTE, BOX 11388, CINCINNATI, OH 45211-0388

10925   WILLIAM C SHAW, 164 SOUTH MAIN ST, ROOM 503, HIGH POINT, NC 27260-5261

10925   WILLIAM C STARNES &, KATHLEEN H STARNES JT TEN, 190 GERNER RD, CABOT, PA 16023-9555

10925   WILLIAM C STRUTZ, 68 WESTWOOD DR, LEAVENWORTH, KS 66048

10925   WILLIAM C WILLSON TR UA, JUL 8 85 FBO, WILLIAM C WILLSON, 9008 OUTLOOK DR, OVERLAND PARK, KS 66207-2135

10925   WILLIAM C WOODMANSEE, 90 CHURCH ST, NUTLEY, NJ 07110-2213

10925   WILLIAM C. BAKER, 3 LOCKMOOR LANE, NEWPORT BEACH, CA 92660

10925   WILLIAM C. GARCIA & VIRGINIA GARCIA, UNK,

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WILLIAM CARL MACKERT, 3425 WOODSTOCK AVE, BALTIMORE, MD 21213-1122

10925   WILLIAM CHARTOCK, 2115 GREENWAYS DR, WOODSIDE, CA 94061-4117

10924   WILLIAM COLLEGE, SPENCER STUDIO ART BUILDING, BOSTON, MA 02167

10925   WILLIAM CONROY, 36 BLUESTONE AVE, YERINGTON, NV 89447-2911

10925   WILLIAM CULVER, 1300 WEST BOSTON, SEATTLE, WA 98119

10925   WILLIAM D CASEY &, VIRGINIA A CASEY JT TEN, 7 SCOTT ST, WALDWICK, NJ 07463-1420

10925   WILLIAM D HAMILTON &, DIANNE L HAMILTON JT TEN, 870 NORTHSTREAM LANE, EDMONDS, WA 98020-2636

10925   WILLIAM D MC DONOUGH, 16606 BENTSHIRE WAY, HOUSTON, TX 77058-2246

10925   WILLIAM D MORRISSEY, 7401 SHORE RD APT 3M, BROOKLYN, NY 11209-1930

10925   WILLIAM D PARSONS &, MARIE B PARSONS JT TEN, 4021 WEST MARYLAND PLACE, CASSELBERRY, FL 32707-5263

10925   WILLIAM D ROGERS, 260 MADSION AVE 18TH FL, NEW YORK, NY 10016-2401

10925   WILLIAM D SAVITSKY &, MARY ANN SAVITSKY JT TEN, 4 DULANEY GATE CT, HUNT VALLEY, MD 21030-3011

10925   WILLIAM D. JONES, 7 WALNUT ST, RED BANK, NJ 07701

10925   WILLIAM D. JONES, PROFESSOR OF CHEMISTRY, ROCHESTER, NY 14627

10925   WILLIAM DE WITT AKIN IV, SOUTH QUAKER HILL, BOX 91, PAWLING, NY 12564-0091

10925   WILLIAM DELANEY COCKRELL, 3638 DUKE ST, ALEXANDRIA, VA 22304-6305

10925   WILLIAM DELANEY, 32 BLVD EAST, CLIFFWOOD BEACH, NJ 07735-6139

10925   WILLIAM DICKENS, 18001 MCKINNON RD, ODESSA, FL 33556-5146

10925   WILLIAM DOUGLAS MITCHELL, 8608 BELLEACHAS RD, GRANBURY, TX 76049-4200

10925   WILLIAM E BERRESHEIM, 24017 N FOREST DR, LAKE ZURICH, IL 60047-8824

10925   WILLIAM E CHILAKOS, 662 MAPLE AVE, RAHWAY, NJ 07065-2657

10925   WILLIAM E DAY, 2359 MARINA DR, KLAMATH FALLS, OR 97601-9110

10925   WILLIAM E DHUYVETTERS &, GERALDINE R DHUYVETTERS JT TEN, 2015 PARK RD, EASTON, PA 18045-2242

10925   WILLIAM E DICKISON &, DELPHINE P DICKISON JT TEN, 8958 WEST EDMANDS ROAD, BRIMLEY, MI 49715-9287

10925   WILLIAM E FOWLER, 5-08 ESSEX PLACE, FAIRLAWN, NJ 07410-1012

10925   WILLIAM E GROVES CONSTRUCTION INC, PO BOX 1205, MADISONVILLE, KY 42431-8205

10925   WILLIAM E JENSEN, 11148 HORIZON HILLS DR, EL CAJON, CA 92020-8229

10925   WILLIAM E KRUEGER &, MOLLY LU KRUEGER JT TEN, 4904 HARDWOODS, WEST BLOOMFIELD, MI 48323-2642

10925   WILLIAM E MAHUSON, 590 VAN ALSTYNE RD, WEBSTER, NY 14580-1556

10925   WILLIAM E MCCAHILL, 9581 CASTINE DR, HUNTINGTON BEACH, CA 92646-8419

10925   WILLIAM E SEXTON, 7563 HWY 1133, SULPHUR, LA 70665-7727

10925   WILLIAM E SHARPE, 1901 SHERIDAN RD, PEKIN, IL 61554-1807

10925   WILLIAM E UNAKIS, 146 MAPLE, MORTON, IL 61550-0000

10925   WILLIAM E WINDES &, V DARLENE WINDES JT TEN, 5515 BODDIE RD, HERNDON, KY 42236-8104

10924   WILLIAM E. DAILEY, AKA WILMINGTON, RTE. 9, SEARSBURG, VT 05363

10924   WILLIAM E. DAILEY, INC., 1424 VERMONT ROUTE 7A, SHAFTSBURY, VT 05262

10924   WILLIAM E. DAILEY, INC., 231791, SHAFTSBURY, VT 05262

10924   WILLIAM E. DAILEY, INC., AIRPORT ROAD, SHAFTSBURY, VT 05262

10924   WILLIAM E. DAILEY, INC., ROUTE 7, GREENWICH, NY 12834

10924   WILLIAM E. DAILEY, INC., ROUTE 7, MANCHESTER, VT 05254

10924   WILLIAM E. DAILEY, INC., ROUTE 7, SHAFTSBURY, VT 05262

10924   WILLIAM E. DAILEY, INC., WALLINGFORD, VT 05773

10924   WILLIAM E. DAILEY,INC., ROUTE 30, (RAWSONVILLE), BONDVILLE, VT 05340

10924   WILLIAM E.DAILEY,INC., 1424 VERMONT ROUTE 7A, SHAFTSBURY, VT 05262

10925   WILLIAM EDWARD BURNS TR, UA OCT 10 91, WILLIAM EDWARD BURNS TRUST, BOX 100, DEXTER, MI 48130-0100

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WILLIAM F BISHOP TOD, GILBERT W BISHOP SUBJECT TO STA, TOD RULES, 2997 NORMANDY DR, ELLICOTT CITY, MD 21043-3345

10925   WILLIAM F BREES, 359 ALDRICH RD, HOWELL, NJ 07731-1827

10925   WILLIAM F FINNEY III, 1337 SECOND AVENEU, COLUMBUS, OH 43212-3538

10925   WILLIAM F FOLEY, 7806 PINE RD, WYNDMOOR, PA 19038-8527

10925   WILLIAM F JANKUN &, KATHY TACCHINO JANKUN JT TEN, 201 PARROTT RD, WEST NYACK, NY 10994-1017

10925   WILLIAM F JOHNSON TR, 11 16 95, TRUST DATE, WILLIAM F JOHNSON TRUST, PO BOX 21566, HILTON HEAD ISLAND, SC 29925-1566

10925   WILLIAM F MARSHALL JR, TR UA JUL 11 94, THE WILLIAM F MARSHALL JR, REVOCABLE LIVING TRUST, 197 S W PINE VALLEY RD, LAKE OSWEGO, OR 97034-00

10925   WILLIAM F PINSAK &, PATRICIA A PINSAK JT TEN, 11 CASHIE DRIVE, ALBEMARLE PLANTATION, HERTFORD, NC 27944-9226

10925   WILLIAM F STEWART, 4970 WEST 223RD ST, BUCYRUS, KS 66013-9030

10925   WILLIAM F SWIFT, 2513 WELLINGTON RD, CLEVELAND, OH 44118-4118

10925   WILLIAM F YEE &, SACHIE YEE JT TEN, 30110 NORTHGATE LA, SOUTHFIELD, MI 48076-1063

10925   WILLIAM F. RODEBAUGH, 1031 GRANITE ST., PHILADELPHIA, PA 19124-1801

10925   WILLIAM F. RODEBAUGH, 1031 GRANITE ST?, PHILADELPHIA, PA 19124-1801

10925   WILLIAM FLATLEY, 912 BERKSHIRE AVE, PITTSBURGH, PA 15226-2140

10925   WILLIAM FLEMING-MONROE ST.PETTY CAS, 1430 S. MONROE ST, BALTIMORE, MD 21230

10924   WILLIAM FLOYD HIGH SCHOOL @ @, 240 MASTIC BEACH ROAD, MASTIC BEACH, NY 11951

10924   WILLIAM FLOYD HIGH SCHOOL, 240 MASTIC BEACH ROAD, MASTIC BEACH, NY 11951

10925   WILLIAM FRANCIS FETTERS, 6131 LOCUST, KANSAS CITY, MO 64110-3349

10925   WILLIAM FRANCIS MACDONALD &, MARY JOSEPHINE MACDONALD JT TEN, 8615 WHIPPS BEND, LOUISVILLE, KY 40222-4513

10925   WILLIAM FRANK KOLIS &, MARY JANE KOLIS JT TEN, 16 HAGGERTY ST, ADAMS, MA 01220-1913

10925   WILLIAM FRANKLIN BREES &, KATHLEEN ANN BREES JT TEN, 359 ALDRICH RD, HOWELL, NJ 07731-1827

10925   WILLIAM G EMRICH &, GLORIA E EMRICH JT TEN, 6598 NORTH 1720 EAST RD, GEORGETOWN, IL 61846-6187

10925   WILLIAM G FARNSWORTH, 17438 N 102ND DR, SUN CITY, AZ 85373

10925   WILLIAM G HAMILTON TR UA, APR 23 92, LINDA L JOHNSON TRUST, 33623 32ND AVE SW, FEDERAL WAY, WA 98023-2770

10925   WILLIAM G LININGER, 108 WILLARD ST, KEWANEE, IL 61443-3561

10925   WILLIAM G STOKES, 2808 CHELSEA DR, CHARLOTTE, NC 28209-2104

10925   WILLIAM GAMBRILL, 9648 LEEDS LANDING CIRCLE, EASTON, MD 21601-5562

10925   WILLIAM GELLER, 179 E 70TH ST APT 3B, NEW YORK, NY 10021-5154

10925   WILLIAM GEORGE, 217 RICHLAND AVE, HAMILTON, NJ 08629-1014

10925   WILLIAM GEORGE, 711 WADSWORTH ST, MIDDLETOWN, CT 06457-4021

10925   WILLIAM GOLDSMITH COMPANY, PO BOX 1827, GREENVILLE, SC 29602

10925   WILLIAM GRACE, 10 SHORE DR, PLANDOME, NY 11030-1019

10925   WILLIAM GROSZ, 5240 SHADY ISLAND CIRCLE, MOUND, MN 55364-9222

10925   WILLIAM H BOOTH JR, TR UA APR 1 86 FBO, WILLIAM H BOOTH JR, 3650 FLAMINGO AVE, SARASOTA, FL 34242-1008

10925   WILLIAM H BOWEN &, MARGARET NELSON BOWEN JT TEN, 7200 SUNSHINE SKYWAY LANE SO, ST PETERSBURG, FL 33711-4927

10925   WILLIAM H CLARK III &, MARY ELLEN CLARK JT TEN, 20 ROWELAND AVE, DELMAR, NY 12054-3034

10925   WILLIAM H CONNELLY, 8 OAK HILL ST, STAMFORD, CT 06902-3708

10925   WILLIAM H EILBERG, POBOX 7, JENKINTOWN, PA 19046

10925   WILLIAM H FRICKER, 811 S LAND ST, HARRISBURG, IL 62946-2804

10925   WILLIAM H HERTZ &, YVETTE M HERTZ JT TEN, 68 ASHCROFT RD, SHARON, MA 02067-1402

10925   WILLIAM H MAHER, 4657 HALLMARK, DALLAS, TX 75229-2941

10925   WILLIAM H MARTIN, 638 GEORGETOWN LANESVILLE RD, GEORGETOWN, IN 47122-9400

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WILLIAM H MCKNIGHT, TR UDT MAY 11 81, WILLIAM H MCKNIGHT LIVING TRUST, 1120 33AVE W 204, BRADENTON, FL 34205-6219

10925   WILLIAM H MEYER & DIANE LYNN, MEYER CO-TRUSTEES UA 3 19 92, THE W MEYER & DIANE MEYER TRUST, 10586 E DAVIS, KINGSBURG, CA 93631-9524

10925   WILLIAM H MYERS JR &, MARILYN JOAN MYERS JT TEN, 407 SACRED HEART LANE, REISTERSTOWN, MD 21136-2114

10925   WILLIAM H REED, 8 PRODUCTION WAY, AVENEL, NJ 07001-1628

10925   WILLIAM H REINHART, 11385 COUNTY LINE RD, CHESTERLAND, OH 44026-1248

10925   WILLIAM H TRIPLETT, BOX 5647 DREW STA, LAKE CHARLES, LA 70606-5647

10924   WILLIAM H. BACKUS HOSPITAL, ROUTE 2, NORWICH, CT 06360

10925   WILLIAM H. RIDINGS & ASSO., PO BOX 276, HUNT VALLEY, MD 21030

10925   WILLIAM H. TRIPP, PO BOX 66, GRANGER, WY 82934

10925   WILLIAM HAMBY, HWY 221, ENOREE, SC 29335

10925   WILLIAM HARRY SWART, 1301 CURRITUCK DR, RALEIGH, NC 27609-5540

10925   WILLIAM HARVEY LECOMPTE, 1506 LINDON ST, EVANSTON, IL 60201-0000

10924   WILLIAM HENRY HARRISON SCHOOL, (CIRCLE B JOB), WEST LAFAYETTE, IN 47906

10925   WILLIAM HOLLAND, 2608 TALL MEADOW COURT, BEDFORD, TX 76021-4934

10925   WILLIAM HUGHES &, MARY J HUGHES JT TEN, 2005 MELODY LANE, WAUKESHA, WI 53186-2860

10925   WILLIAM I. BROOKS, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10924   WILLIAM INSULATION, 3322 RIBELIN WAY, GARLAND, TX 75042

10925   WILLIAM IRVING BROOKS, 6 APPLEWOOD DR, DERRY, NH 03038-3821

10925   WILLIAM J BAUM, 25892 N MIDLOTHIAN RD, MUNDELEIN, IL 60060-9500

10925   WILLIAM J BLESSING, 120 DIANE LANE, READING, PA 19606-3665

10925   WILLIAM J BUCKLEY, 221 E 76TH ST APT 1D, NEW YORK, NY 10021-2143

10925   WILLIAM J CARNEY &, E DIANE CARNEY JT TEN, 140 CASTLE HILL RD, WINDHAM, NH 03087-1746

10925   WILLIAM J CARNEY, 140 CASTLE HILL RD, WINDHAM, NH 03087-1746

10925   WILLIAM J COONEY TR UA MAR 29 93, THE WILLIAM J COONEY TRUST, 307 BARTRAM RD, RIVERSIDE, IL 60546-1818

10924   WILLIAM J COYNE & ASSOC, 1240 STANDARD BLDG, CLEVELAND, OH 44113

10925   WILLIAM J EVEREST, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925   WILLIAM J HENNESSEY, 256 NEW BRITAIN AVE 35, NEWINGTON, CT 06111-4416

10925   WILLIAM J HURLEY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   WILLIAM J KALNAY, 28 OSPREY DR, SEYMOUR, CT 06483-2367

10925   WILLIAM J KELLY, 322 WINDSOR LANE, MARLTON, NJ 08053-1969

10925   WILLIAM J KENNEDY & WILMA L, KENNEDY JT TEN, 9117 SO HOYNE, CHICAGO, IL 60620-6107

10925   WILLIAM J LYONS III, 118 SHORE DR, NEW WINDSOR, NY 12553

10925   WILLIAM J M SHEPHERD, 5400 SAN FELIPE RD, SAN JOSE, CA 95135-1602

10925   WILLIAM J RALPH &, EILEEN M RALPH JT TEN, 400 N FEDERAL HWY 611, DEERFIELD BEACH, FL 33441-2214

10925   WILLIAM J ROSINI, 1976 ROSINI DR, COAL TOWNSHIP, PA 17866-1670

10925   WILLIAM J SAUTTER &, DOROTHY W SAUTTER JT TEN, 648 GRIFFITHS RD, WARRINGTON, PA 18976-2031

10925   WILLIAM J SCHMIDT, 7067 GOLDENGATE DR, CINCINNATI, OH 45244-4163

10924   WILLIAM J SCHULTZ, PO BOX40328, FORT WORTH, TX 76140

10925   WILLIAM J SCOVILLE, 84 FOXCROFT RD, W HARTFORD, CT 06119-1017

10925   WILLIAM J SICKMANN INC, 3988 W KEMPER RD, CINCINNATI, OH 45251

10925   WILLIAM J SICKMANN, INC, 3988 W. KEMPER ROAD, CINCINNATI, OH 45251

10925   WILLIAM J SOMERVILLE &, MARY L SOMERVILLE, JT TEN, 3760 GOLF VIEW DR, WILLIAMSTON, MI 48895-9672

10925   WILLIAM J SPARKS, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925   WILLIAM J STACY, 6548 N KEATING, LINCOLNWOOD, IL 60712-3413

10925   WILLIAM J STEINMETZ, 100 W PAWNEE, GARDNER, KS 66030

10925   WILLIAM J WHITE, BOX 1734, NORRISTOWN, PA 19404-1734

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WILLIAM J ZWACK &, NANCY VALENTINE JT TEN, 18 FARRELL DR, ANSONIA, CT 06401-2810

10925   WILLIAM J. MCCAIG, 101 EASTCREST DR, SIMPSONVILLE, SC 29681

10925   WILLIAM J. PITTLER, 6340 SECURITY BLVD.,STE. 200, BALTIMORE, MD 21207-5161

10925   WILLIAM JAMES HILLENBRAND &, MARLENE E HILLENBRAND JT TEN, 3822 MC CLURE AVE, PITTSBURGH, PA 15212-1646

10924   WILLIAM JEWELL COLLEGE, C/O DAHMER BROTHERS, 500 COLLEGE HILL, LIBERTY, MO 64068

10925   WILLIAM JOSEPH DWYER, PO BOX 290, HENSONVILLE, NY 12439-0290

10925   WILLIAM JOSEPH SOMERVILLE, 3670 GOLFVIEW DR, WILLIAMSTON, MI 48895-9672

10925   WILLIAM JOYCE, 113 WATERVALE RD, MEDFORD, MA 02155

10925   WILLIAM K CLARK &, WILLIAM P CLARK TR, 10 19 89, FOR THE WBC FAMILY EST TRUST, 36929 ALLEN COURT, FREMONT, CA 94536-4802

10925   WILLIAM K CLEMENTS &, JAMES B CLEMENTS JT TEN, PO BOX 331, BEULAH, WY 82712-0331

10925   WILLIAM K KILLEEN TR UA APR 11 00, THE WILLIAM K KILLEEN REVOCABLE, TRUST, 15240 N DELRAY DR, FOUNTAIN HILLS, AZ 85268-2520

10925   WILLIAM K MORSE &, FRANCES R MORSE JT TEN, 671 STANTON AVE, BALDWIN, NY 11510-1825

10925   WILLIAM K ROBERTSON &, WANDA Y ROBERTSON JT TEN, 665 HIGHLAND DR, EDEN, NC 27288-4934

10925   WILLIAM K STEPHENSON, JR TRUSTEE, PO BOX 8477, COLUMBIA, SC 29202

10925   WILLIAM KAPLAN, 201 WEST 89TH ST, APT 14A, NEW YORK, NY 10024-1848

10925   WILLIAM KILLINGER, 7168 OCEAN PINES, BERLIN, MD 21811

10925   WILLIAM KNIGHT, PO BOX 270, WASHINGTON, DC 20044-0270

10925   WILLIAM KOON CHONG WONG TR UA, FEB 8 84 WILLIAM KOON, CHONG WONG, 942 A 16TH AVE, HONOLULU, HI 96816-4126

10925   WILLIAM KUGLIN, 10 GASTON ST APT 3R, WEST ORANGE, NJ 07052-5318

10925   WILLIAM L BROWN, 1920 NW 23RD ST, GAINESVILLE, FL 32605-3830

10925   WILLIAM L BROWNING &, GAIL M BROWNING, JT TEN, 3709 MEADOWBROOK ACRES, N TONAWANDA, NY 14120-1249

10925   WILLIAM L CANTRELL, 3716 VIA PACIFICA WALK, OXNARD, CA 93035-2225

10925   WILLIAM L MEZGER & BETTY DERR, MEZGER TR UA DEC 17 92, THE WILLIAM L MEZGER REVOCABLE, TRUST, 301 W DAVID RD, DAYTON, OH 45429-1809

10925   WILLIAM L MOLINEUX & LETTY J, MOLINEUX SEP 19 84 FBO WILLIAM, L MOLINEUX & LETTY J MOLINEUX, 19930 SUNSET DR, LOS GATOS, CA 95030-2933

10925   WILLIAM L MONROE, 2495 NW 43RD ST, BOCA RATON, FL 33431-8415

10925   WILLIAM L. MONROE, 7500 GRACE DR, COLUMBIA, MD 21044

10925   WILLIAM M CHESTER JR TR NOV 15 77, GEORGE MILLER CHESTER, RESIDENCY TRUST, PO BOX 323, MILWAUKEE, WI 53201-0323

10925   WILLIAM M CORCORAN, 1627 JOHN ROSS LANE, CROWNSVILLE, MD 21032

10925   WILLIAM M CORCORAN, 7500 GRACE DR, COLUMBIA, MD 21044-4009

10925   WILLIAM M DICKERSON &, KATHRYN F DICKERSON JT TEN, 1618 GUNWALE RD, HOUSTON, TX 77062-4538

10925   WILLIAM M EASSON &, GWENDOLYN A EASSON JT TEN, 5218 ST CHARLES AVE, NEW ORLEANS, LA 70115-4943

10925   WILLIAM M FLOCK & SHIRLEY H, FLOCK TEN ENT, 55 PINEVALE RD, DOYLESTOWN, PA 18901-2119

10925   WILLIAM M GRIFFIN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   WILLIAM M JOHNSON, 106 COPPER JCT, LAFAYETTE, LA 70508-7026

10925   WILLIAM M KLEMME, 5 INDIAN RD, SAN RAFAEL, CA 94903-3829

10925   WILLIAM M LAMBERT &, REBECCA J LAMBERT JT TEN, PO BOX 396, RICHLAND, WA 99352-0396

10925   WILLIAM M MERCER COMPANIES, TWO WORLD TRADE CENTER - 48TH FLR, NEW YORK, NY 10048

10925   WILLIAM M MERCER INC, 1166 AVE OF THE AMERICAS, NEW YORK, NY 10036-2708

10925   WILLIAM M MERCER INC, PO BOX 13793, NEWARK, NJ 07188-0793

10925   WILLIAM M MERCER INC, PO BOX 9166, GPO, NEW YORK, NY 10087-9166

10925   WILLIAM M MERCER LIMITED (SNL), 30 EXCHANGE ST E, LIVERPOOL, L2 3QBUNITED KINGDOM    **\*VIA Deutsche Post\***

10925   WILLIAM M MERCER, INC, DEPT 94136, LOUISVILLE, KY 40294

10925   WILLIAM M MERCER, PO BOX 730351, DALLAS, TX 75373-0351

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　WILLIAM M ODONNELL, 8153 S KENNETH ST, CHICAGO, IL 60652

10925　WILLIAM M VANCE, 4411 AUBURN, WICHITA, KS 67220-1805

10925　WILLIAM M. MERCER LIMITED (SNL), 30 EXCHANGE ST EAST, LIVERPOOL, L23QBENGLAND　*VIA Deutsche Post*

10925　WILLIAM M. MERCER LIMITED (SNL), PO BOX 13793, LIVERPOOL, L23QBENGLAND　*VIA Deutsche Post*

10925　WILLIAM MANUEL, 197 VARSITY AVE, PRINCETON, NJ 08540-6425

10925　WILLIAM MARK HANK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　WILLIAM MARTIN GRIFFIN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925　WILLIAM MAXWELL, 4751 WESTWIND CT, AMELIA ISLAND, FL 32034-5546

10925　WILLIAM MC IVER TOWNSEND, 944 STONE CRAB CT, CHARLESTON, SC 29412-4435

10925　WILLIAM MCNAMARA &, MARCIE MCNAMARA JT TEN, 6 HAZELWOOD DR, HOWELL, NJ 07731-1611

10925　WILLIAM MORGAN & CO, INC, 330 N. CAROLINA AVE. SE, WASHINGTON, DC 20003

10925　WILLIAM NORTON SKARDON, 22 ROBERTA DR, GREENVILLE, SC 29615-1646

10925　WILLIAM O GREEN III &, MARY GREEN JT TEN, 1310 SHERRY CIRCLE, ENID, OK 73703-2918

10925　WILLIAM O HOCHKAMMER, 2290 FIRST NATL BLDG, DETROIT, MI 48226

10925　WILLIAM ORANCE, 144 WEST 70TH ST 4, NEW YORK, NY 10023-4465

10925　WILLIAM OTTO CARROLL, 48 GARDEN PATH, CUMBERLAND, VA 23040

10925　WILLIAM P ANDREAS, 38 EAST RIVER ST, WATERLOO, NY 13165-1735

10925　WILLIAM P BARTLAM & INGRID, BARTLAM JT TEN, 6270 EAST SURREY ROAD, BLOOMFIELD TOWNSHIP, MI 48301-1652

10925　WILLIAM P CUMMINGS &, CHARLENE E CUMMINGS TR UA, DTDJUL 02 98 THE CUMMINGS TRUST, 14307 W COLT LANE, SUN CITY WEST, AZ 85375-2837

10925　WILLIAM P FRANKE &, ERMA H FRANKE JT TEN, 1526 SUMMIT ST, FORT WAYNE, IN 46803-1246

10925　WILLIAM P FRICKER, 2318 WINTERGREEN LOOP N, OWENSBORO, KY 42301-4266

10925　WILLIAM P HOBGOOD, 4868 WEST BLVD CT, NAPLES, FL 34103

10925　WILLIAM P PYONTECK &, JOANALICE F PYONTECK JT TEN, 11 MICHAEL LANE, RINGOES, NJ 08551-1008

10925　WILLIAM P SWISHER, 2540 SHERIDAN BLVD, LINCOLN, NE 68502-4044

10925　WILLIAM P VENTURA &, MARION R VENTURA JT TEN, 368 ELM RD, BRIARCLIFF MANOR, NY 10510-2208

10925　WILLIAM PARKER & SORELLE PARKER, TTEES WILLIAM PARKER REVOCALBE, TRUST, PO BOX 50131, ST LOUIS, MO 63105-5131

10925　WILLIAM PARKER, PO BOX 50131, CLAYTON, MO 63105-5131

10925　WILLIAM PATRICK WENTWORTH, 2302 KILLORAN RD, TIMONIUM, MD 21093-2552

10925　WILLIAM R ADAMS, 2215 HARCOURT DR, CLEVELAND HEIGHTS, OH 44106-4614

10925　WILLIAM R ANGLE &, HILDA K ANGLE TR UA APR 30 85, WILLIAM & HILDA ANGLE TRUST, 209 HEDRICK DR, THOMASVILLE, NC 27360

10925　WILLIAM R BALLEW, PO BOX 2121, HICKORY, NC 28603

10925　WILLIAM R COX &, VIRGINIA Y COX, JT TEN, 9254 CASTALIAN SPRINGS BLVD, DURANT, MS 39063-3205

10925　WILLIAM R DEGENHARDT, 41 NETTLES BLVD, JENSEN BEACH, FL 34957-0000

10925　WILLIAM R GATLIN & DENISE H GATLIN JT TEN, 30 BIG PINE, BATESVILLE, AR 72501-4001

10925　WILLIAM R GRACE, 10505 S W 41 ST, PORTLAND, OR 97219-6999

10925　WILLIAM R GRISSOM, 5237 LEXINGTON PARK CIR N, MEMPHIS, TN 38120-2732

10925　WILLIAM R HULL III, C/O F G HUDSON, PO BOX 147, WESTON, MO 64098-0147

10925　WILLIAM R JOHNSON TR, UA 07 12 95, VIVIAN R JOHNSON TRUST, 12443 S MCVICKERS AVE, PALOS HEIGHTS, IL 60463-1828

10925　WILLIAM R RUGE & MARION L RUGE, TTEES UA DTD 1 28 81 FBO, WILLIAM R RUGE & MARION L RUGE, 7770 PONDEROSA DR, GILROY, CA 95020-4775

10925　WILLIAM R RYAN & LA VERNE E, RYAN JT TEN, 4306 W 10TH ST, CLEVELAND, OH 44109-3671

10925　WILLIAM R SACK, 13441 S AVE K, CHICAGO, IL 60633-1015

10925　WILLIAM R STEVENSON, 17 SALUDA CIRCLE, GREENVILLE, SC 29611-2428

10925　WILLIAM R STRAKER, PO BOX 1412, HARWICH, MA 02645-6412

10925　WILLIAM R. ADAMS, 13975 REDBUD LANE, EDMOND, OK 73034

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10925 WILLIAM R. REID, 7500 GRACE DR., COLUMBIA, MD 21044

10925 WILLIAM R. STRAKER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 WILLIAM R. STRAKER, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 WILLIAM RADUNICH, 1569 WILLOW OAKS DR, SAN JOSE, CA 95125-4453

10925 WILLIAM RAY DICKENS, 18001 MCKINNON RD, ODESSA, FL 33556-5146

10924 WILLIAM REICHENBACH CO., POST OFFICE BOX 27066, LANSING, MI 48909

10925 WILLIAM REYNOLDS, 46 CUNNINGHAM ROAD, DEDHAM, MA 02026

10925 WILLIAM REYNOLDS, 6 WALDRON RD, SALEM, NH 03079-4247

10925 WILLIAM RICHARD KNOBLOCH, 452 COUNTRY CLUB RD, NEW CANAAN, CT 06840-3603

10925 WILLIAM ROBERT WINCKELMANN, 122 F REMINGTON AVE, SYRACUSE, NY 13210-3665

10925 WILLIAM ROGERS, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925 WILLIAM ROSENBERG, 4 REBEL RUN DR, EAST BRUNSWICK, NJ 08816-5832

10925 WILLIAM S DALY &, VIRGINIA L DALY JT TEN, PO BOX 537, POCASSET, MA 02559-0537

10925 WILLIAM S FULLER &, PHYLLIS FULLER JT TEN, RR 4 BOX 1280, STARKE, FL 32091-9472

10925 WILLIAM S JOHNSON & MARGARET, M JOHNSON JT TEN, 1767 HIGHVIEW CIRCLE CT, BALLWIN, MO 63021-7806

10925 WILLIAM S LUEDKE, 5405 KINGS CIRCLE, BROOKLYN PARK, MN 55443

10924 WILLIAM S WILLIAMS CONSTR., OLD MEADOW RD., TOPSHAM, ME 04086

10925 WILLIAM S WOOD, 202 S 13TH ST, PHILADELPHIA, PA 19107-5408

10924 WILLIAM S. WILLIAMS CONSTRUCTION, 9 OLD BRUNSWICK ROAD, GARDINER, ME 04345

10925 WILLIAM SCHAUFFLER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 WILLIAM SEALEY, 21 HAMPTON GREEN, STATEN ISLAND, NY 10312-1717

10925 WILLIAM SENTERFEIT, RT 4 BOX 253B, AIKEN, SC 29801-9339

10925 WILLIAM SHANNON &, CATHERINE SHANNON JT TEN, 111 CONGRESS ST, BROOKLYN, NY 11201-6044

10925 WILLIAM SMOTZER, 29003 BROCKWAY DR, WESTLAKE, OH 44145-5212

10925 WILLIAM SOBOLEWSKI, 509 E MAIN ST, SOMERVILLE, NJ 08876-3113

10925 WILLIAM SOMERVILLE &, MARYLOU SOMERVILLE, JT TEN, 3670 GOLFVIEW DR, WILLIAMSTON, MI 48895-9672

10925 WILLIAM STERN &, RENNE STERN JT TEN, 73-30 173RD ST, FLUSHING, NY 11366-1428

10925 WILLIAM STREET REALTY, 1258 ROCK HILL RD, ACCORD, NY 12404

10925 WILLIAM STREET REALTY, 1258 ROCKHILL ROAD, ACCORD, NY 12404

10925 WILLIAM T BOHMER, 5036 CONCORD ROAD, ROCKLIN, CA 95765-5108

10925 WILLIAM T DICK ASSOC, INC, 1917 S. TELEGRAPH RD., BLOOMFIELD HILLS, MI 48302

10925 WILLIAM T FOLTZ, 3320 WILSON ST, CUYAHOGA FALLS, OH 44221

10925 WILLIAM T GREGORY, PO BOX 20866, ATLANTA, GA 30320-0866

10925 WILLIAM T HICKMAN &, EDITH S HICKMAN JT TEN, 675 RAY ST, ROANOKE, VA 24019-8021

10925 WILLIAM T JOYCE, 113 WATERVALE RD, MEDORD, MA 02155-1939

10925 WILLIAM T MACFALLS, 1208 CROSSPOINTE DR, HEBRON, KY 41048

10925 WILLIAM T POWERS &, ANTOINETTE POWERS JT TEN, 5712 POST ROAD, BRONX, NY 10471-2210

10925 WILLIAM T TOBIN &, MARGARET H TOBIN JT TEN, 105 PARK PLACE, BATH, NY 14810-1219

10925 WILLIAM TELL RESTAURANT, 6201 JOLIET ROAD, COUNTRYSIDE, IL 60525

10925 WILLIAM THOMAS CHAPPELL III, 1002 NE 19TH PL, GAINESVILLE, FL 32609-3866

10925 WILLIAM TIM SINNOTT, 225 RIVERTON PL, SAN RAMON, CA 94583

10925 WILLIAM TISCHINA, 4323 CRITES ST, HOUSTON, TX 77003

10925 WILLIAM TRINKNER, 30-14 92 ST, JACKSON HEIGHTS, NY 11369-1733

10925 WILLIAM U ADGATE, 110 HEATHER LANE, CORTLAND, OH 44410-1218

10925 WILLIAM V REILLY &, PATRICIA J REILLY JT TEN, 41 HEMLOCK ST, FLORAL PARK, NY 11001-3018

10925 WILLIAM W FARNEN, 6640 WARD PKWY, KANSAS CITY, MO 64113-1849

10925 WILLIAM W GILBERT & GRACE E, GILBERT TR UA JAN 16 92 WILLIAM, W GILBERT & GRACE E GILBERT, TRUST, 14515 W GRANITE VALLEY DR - C224, SUN CITY WEST, AZ 85375-

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WILLIAM W NICHOLS &, BARBARA PARKER JTWORS JT TEN, 1515 37TH AVE, SEATTLE, WA 98122-3469

10925   WILLIAM W RUMBOLD JR &, LYNNE L RUMBOLD JT TEN, 6911 NAVAJO TRAIL NE, BREMERTON, WA 98311-9408

10925   WILLIAM W WILES, 2614 BELLEMEADE AVE, EVANSVILLE, IN 47714-2524

10925   WILLIAM W. WILLIS, 4216 FITCH AVE, BALTIMORE, MD 21236

10925   WILLIAM WALLACE BARRETT, 217-25 CORBETT RD, BAYSIDE, NY 11361-2240

10925   WILLIAM WEATHERS, 14 RUTGERS PL, BLOOMFIELD, NJ 07003-5433

10925   WILLIAM WERNER &, CHARLOTTE WERNER JT TEN, 2009 E 58TH ST, BROOKLYN, NY 11234-4103

10925   WILLIAM WETMORE & CO INC, 9 MICRO DRIVE, WOBURN, MA 01801

10924   WILLIAM WETMORE & CO., INC., CAMBRIDGE, MA 02140

10924   WILLIAM WETMORE, 9 MICRA DR., WOBURN, MA 01801

10925   WILLIAM WINFIELD HADDON, PO BOX 865, ROCKY MOUNT, NC 27802-0865

10924   WILLIAM WRIGLEY JR. CO., 3535 S. ASHLAND AVENUE, CHICAGO, IL 60609

10924   WILLIAM WRIGLEY JR. CO., 3535 SOUTH ASHLAND AVENUE, CHICAGO, IL 60609

10925   WILLIAMS & CONNOLLY LLP, REMOVED PER DOCKET #4368, WASHINGTON, DC 20005-5901

10924   WILLIAMS & SON, TOYS R US, HEBER, CA 92249

10924   WILLIAMS BROS CNSTR CO, 3800 MILAM-SW FWY, HOUSTON, TX 77006

10924   WILLIAMS BROS CONCRETE, 1350 FORD STREET, MAUMEE, OH 43537

10924   WILLIAMS BROS CONCRETE, P O BOX 8719, MAUMEE, OH 43537

10924   WILLIAMS BROS CONCRETE, P.O. BOX 8719, MAUMEE, OH 43537

10924   WILLIAMS BROS CONST CO INC., P.O. BOX 66428, HOUSTON, TX 77266

10924   WILLIAMS BUSINESS CENTER, THE, 200  HAY STREET, FAYETTEVILLE, NC 28301

10925   WILLIAMS COMMUNICATIONS SOLUTIONS, 21398 NETWORK PLACE, CHICAGO, IL 60673-1213

10925   WILLIAMS COMMUNICATIONS SOLUTIONS,L, FORMERLY WILLIAMS COMMUNICATIONS, 21398 NETWORK PL., CHICAGO, IL 60673-1213

10925   WILLIAMS COMPANIES, INC, THE, ONE WILLIAMS CENTER, TULSA, OK 74172

10924   WILLIAMS CONCRETE ACCESORIES, 809 NORTHEAST LOMBARD ST., PORTLAND, OR 97211

10924   WILLIAMS CONCRETE ACCESS., 7601 NORTH COLUMBIA RD., PORTLAND, OR 97203

10924   WILLIAMS CONCRETE ACCESSORIES, 7601 NORTH COLUMBIA RD., PORTLAND, OR 97203

10924   WILLIAMS CONCRETE PRODUCT, 8990 FORNET RD., DALLAS, TX 75227

10924   WILLIAMS CONCRETE PRODUCTS, 8990 FORNEY RD, DALLAS, TX 75227

10925   WILLIAMS CONSTRUCTION CO., RFD 1A BOX 429, GARDINER, ME 04345

10925   WILLIAMS CONSULTING, INC, 2200 WILSON BLVD #102-253, ARLINGTON, VA 22201

10925   WILLIAMS DETROIT DIESEL - ALLISON, DEPT L-303, COLUMBUS, OH 43260-9303

10925   WILLIAMS DETROIT DIESEL ALLISON INC, DEPT L-303, COLUMBUS, OH 43260-9303

10924   WILLIAMS EQUIPMENT & SUPP, PO BOX9537, MEMPHIS, TN 38190

10924   WILLIAMS EQUIPMENT & SUPPLY, 1520 FORT CAMPBELL BLVD., CLARKSVILLE, TN 37042

10924   WILLIAMS EQUIPMENT & SUPPLY, 1813 BARTON DRIVE, SHREVEPORT, LA 71107

10924   WILLIAMS EQUIPMENT & SUPPLY, 2158 HOLLYWOOD DRIVE, JACKSON, TN 38305

10924   WILLIAMS EQUIPMENT & SUPPLY, 2998 CLIFF GOOKIN BLVD., TUPELO, MS 38801

10924   WILLIAMS EQUIPMENT & SUPPLY, 3655 AMERICAN WAY, MEMPHIS, TN 38118

10924   WILLIAMS EQUIPMENT & SUPPLY, P.O. BOX 7156, SHREVEPORT, LA 71137

10924   WILLIAMS FIELD SERVICES, HWY 16 SOUTH, TILDEN, TX 78072

10924   WILLIAMS FOODS, 13301 W. 99TH STREET, SHAWNEE MISSION, KS 66215

10924   WILLIAMS FOODS, 14350 W SANTA FE TRAIL DRIVE, SHAWNEE MISSION, KS 66215

10925   WILLIAMS INDUSTRIES INC, MR WILLIAM RUBENSTEIN EXECUTIVE VP, 39 AVE C, BAYONNE, NJ 07002

10925   WILLIAMS INDUSTRIES INC, PO BOX 8, BAYONNE, NJ 07002

10925   WILLIAMS INDUSTRIES, 235 W 1ST ST, BAYONNE, NJ 07002-5251

10925   WILLIAMS INDUSTRIES, PO BOX 8, BAYONNE, NJ 07002

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   WILLIAMS INSUL. C/O SPACE MASTER, RIKERS ISLAND, AMKC CONSTRUCTION, FLUSHING, NY 11370

10924   WILLIAMS INSUL./CALIF. CASUALITY, 1650 TELSTAR DR., COLORADO SPRINGS, CO 80911

10924   WILLIAMS INSUL./COOK CHILDREN'S HOS, 800TH BLOCK OF 7TH AVE., FORT WORTH, TX 76104

10924   WILLIAMS INSUL./DENVER-WESTMIN LIB, 3645 WEST 112TH AVE., WESTMINSTER, CO 80030

10924   WILLIAMS INSUL./J.S. BIRDWELL, 3410 TAFT, WICHITA FALLS, TX 76308

10924   WILLIAMS INSUL./REPUBLIC CENTER, 11111 PLANO RD., DALLAS, TX 75238

10924   WILLIAMS INSUL./SNYDER HIGH SCHOOL, 3801 AUSTIN AVE., SNYDER, TX 79549

10924   WILLIAMS INSUL./THE SUL ROSS, HIGHWAY 90 EAST, ALPINE, TX 79830

10924   WILLIAMS INSUL/MAHON LIBRARY, 1306 9TH ST., LUBBOCK, TX 79401

10924   WILLIAMS INSULATION -  WAREHOUSE, 11111 PLANO RD., DALLAS, TX 75238

10924   WILLIAMS INSULATION, 11111 PLANO ROAD, DALLAS, TX 75238

10924   WILLIAMS INSULATION, 11433 EAST 20 TH ST. # A, TULSA, OK 74128

10924   WILLIAMS INSULATION, 1201 SPYGLASS DRIVE, AUSTIN, TX 78746

10924   WILLIAMS INSULATION, 4300 NIXON LANE, AUSTIN, TX 78725

10924   WILLIAMS INSULATION, CAMBRIDGE, MA 02140

10924   WILLIAMS INSULATIONS CO., 11111 PLANO ROAD, DALLAS, TX 75238

10925   WILLIAMS INT, 2280 WEST MAPLE ROAD, WALLED LAKE, MI 48088

10924   WILLIAMS INTERNATIONAL, 2280 W. MAPLE ROAD, WALLED LAKE, MI 48390

10924   WILLIAMS INTERNATIONAL, 3450 SAM WILLIAMS DRIVE, OGDEN, UT 84409

10925   WILLIAMS INTL, 2280 W MAPLE ROAD, WALLED LAKE, MI 48088

10925   WILLIAMS INTL, 3450 SAM WILLIAMS DR, OGDEN, UT 84401

10925   WILLIAMS JR, EDDIE, 1302 HONEYTREE LANE EAST, LAKELAND, FL 33801

10925   WILLIAMS JR, JEFFREY, 636 OAKBLUFF CT., CHARLOTTE, NC 28216

10925   WILLIAMS JR, JOHN, 2927 MONROE, APT 5, COMMERCE, TX 75428

10925   WILLIAMS JR, KENNETH, 40 ELM ST, ADAMS, MA 01220

10925   WILLIAMS JR, LOYD, 2423 HERITAGE BND DR, WEBSTER, TX 77598

10925   WILLIAMS JR, WILLIE, 8751 BROADWAY, 3149, HOUSTON, TX 77061

10925   WILLIAMS JT TEN, JEFFREY L & YUKO S, 5094 A DIAMOND HEIGHTS BLVD, SAN FRANCISCO, CA 94131-1653

10925   WILLIAMS JT TEN, JOHN C & LORETTA, 8420 RANCHITA WAY, FAIR OAKS, CA 95628-6123

10925   WILLIAMS KLUKOWSKI FOTIEO, 934 SCRIBNER NW, GRAND RAPIDS, MI 49504

10924   WILLIAMS MAINTENANCE INC, 11047 PIERSON DR, FREDERICKSBURG, VA 22408-2062

10924   WILLIAMS MAINTENANCE INC, 11047 PIERSON DRIVE SUITE D, FREDERICKSBURG, VA 22408

10924   WILLIAMS OFFICE PRODUCTS, INC, 2330 MERRELL ROAD, DALLAS, TX 75229-4405

10925   WILLIAMS PATENT CRUSHER & PULVERIZE, 2701-2733 N. BROADWAY, SAINT LOUIS, MO 63102

10924   WILLIAMS PIPELINE, 2451 W. COUNTY ROAD C, SAINT PAUL, MN 55113

10924   WILLIAMS PIPELINE, 2451 W. COUNTY ROAD, SAINT PAUL, MN 55113

10924   WILLIAMS POWER CORPORATION, ATTN: RICKEY BISHOP, WAYNESBORO, GA 30830

10924   WILLIAMS READY MIX, 2385 HUSTED ROAD, WILLIAMS, CA 95987

10924   WILLIAMS READY MIX, 2465 CHARLOTTE AVENUE N., MONROE, NC 28110

10924   WILLIAMS READY MIX, 2465 N.CHARLOTTE AVENUE, MONROE, NC 28110

10924   WILLIAMS READY MIX, 2465 OLD CHARLOTTE HWY., MONROE, NC 28110

10924   WILLIAMS REDI MIX INC, 1345 WEST US-2, CRYSTAL FALLS, MI 49920

10924   WILLIAMS REDI MIX, 1345 WEST US-2, CRYSTAL FALLS, MI 49920

10925   WILLIAMS SCOTSMAN INC, 5012 MALONE RD, MEMPHIS, TN 38118

10925   WILLIAMS SCOTSMAN INC, PO BOX 30185, TAMPA, FL 33630-3185

10925   WILLIAMS SCOTSMAN INC, PO BOX 91975, CHICAGO, IL 60693-1975

10925   WILLIAMS SCOTSMAN, INC, POST OFFICE BOX 30185, TAMPA, FL 33630-3185

10925   WILLIAMS SCOTSMAN, INC, POST OFFICE BOX 91975, CHICAGO, IL 60693-1975

10924   WILLIAMS SPECIALTY CONSTRUCTION, 4027 EAST BOULEVARD, LOS ANGELES, CA 90066

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 WILLIAMS SR, JOHN, 4735 FREY ST, BATON ROUGE, LA 70805

10925 WILLIAMS STANFORD, NANCY, 11250 DOMINICA AVE, LAKE VIEW TERRACE, CA 91342-7002

10925 WILLIAMS TRANSPORT CO INC, PO BOX 480, FLOWERY BRANCH, GA 30542

10925 WILLIAMS TRINE, 1435 ARAPAHOE AVE, BOULDER, CO 80302-6307

10924 WILLIAMS WILBERT VAULT WORKS, 3420 SW 9TH, DES MOINES, IA 50315

10924 WILLIAMS WILBERT VAULT WORKS, P.O. BOX 35245, DES MOINES, IA 50315

10924 WILLIAMS WILBERT VAULT, 3420 S.W. 9TH STREET, DES MOINES, IA 50315

10924 WILLIAMS WILLIAM S CONSTR., 9 OLD BRUNSWICK RD, GARDINER, ME 04345

10924 WILLIAMS WILLIAM S. CONSTR., DO NOT USE THIS NUMBER, TOPSHAM, ME 04086

10925 WILLIAMS, ADOLPHUS, 1844 DOSCHER AVE, CHARLESTON, SC 29405

10925 WILLIAMS, ALFONSO, 244 NORTH WAYNE, LOCKLAND, OH 45215

10925 WILLIAMS, ALICE, 1332 SE MOHAVE ST, PORT SAINT LUCIE, FL 34952-4108

10925 WILLIAMS, ALISA, 15926 BUCCANEER LANE, HOUSTON, TX 77062

10925 WILLIAMS, ALLEN, 227 SADDLEBROOK DRIVE, MOORE, SC 29369

10925 WILLIAMS, ALMA, 3727 PRUDENCE, HOUSTON, TX 77045

10925 WILLIAMS, ALVIS, PO BOX 119, SONORA, TX 76950

10925 WILLIAMS, ANDRE, 1810 E. MAPLE, KANKAKEE, IL 60901

10925 WILLIAMS, ANDREW JR., 176 MANCA DR #203, GARDNER, MA 01440

10925 WILLIAMS, ANGELA, 551 LAKERIDGE DR, CONYERS, GA 30208

10925 WILLIAMS, ANGELA, POBOX 2184, BATON ROUGE, LA 70821

10925 WILLIAMS, ANGELINA, 2012 W WESTERN DR, CHANDLER, AZ 85224

10925 WILLIAMS, ANITA, 1201 NORTH FOSTER, BATON ROUGE, LA 70806

10925 WILLIAMS, ANNA, 115 UPSILON ST, BELLE CHASSE, LA 70037-1747

10925 WILLIAMS, ANNABEL F, 11647 ALTHEA DR, PITTSBURGH, PA 15235-1851

10925 WILLIAMS, ANNABELL, 1315 BROWNWOOD ROAD, JOHNS ISLAND, SC 29455

10925 WILLIAMS, ANTHONY, 205 SAGE DR., CARROLLTON, GA 30117

10925 WILLIAMS, ANTHONY, 30 BRIDGES ROAD, INMAN, SC 29349-0924

10925 WILLIAMS, ARLENE MAE, 4750 NW 6TH ST, PLANTATION, FL 33317

10925 WILLIAMS, ARLETON, 680 LAVERNE DRIVE, ATLANTA, GA 30318

10925 WILLIAMS, AUDREY, 11752 KLING ST, STUDIO CITY, CA 91607

10925 WILLIAMS, AURLISA, 2429 N LASALLE, INDIANAPOLIS, IN 46218

10925 WILLIAMS, BARBARA, 106 WOODSDALE DR, WARNER ROBINS, GA 31093

10925 WILLIAMS, BARBARA, 1322 DUVALL, MESQUITE, TX 75149

10925 WILLIAMS, BELINDA, 102 GRANT DRIVE, ROANOKE RAPIDS, NC 27870

10925 WILLIAMS, BERNARD, 5420 RIVERDALE RD APT. 8, COLLEGE PARK, GA 30349

10925 WILLIAMS, BERNARD, 69 WILCOX TERRACE, NEWARK, NJ 07104

10925 WILLIAMS, BERT, 27 PARK AVE, SOMERVILLE, NJ 08876

10925 WILLIAMS, BETTY, 10 SOUTH 13TH AVE, MT VERNON, NY 10550

10925 WILLIAMS, BETTY, PO BOX 269, BRADLEY, FL 33835-0269

10925 WILLIAMS, BEVERLY, 1825 COLLINS, ABILENE, TX 79603

10925 WILLIAMS, BEVERLY, 6702 VILLAGE DRIVE, PINE BUFF, AR 71603

10925 WILLIAMS, BILLY, 1520 LAKE SHIPP DRIVE S, WINTER HAVEN, FL 33880-5347

10925 WILLIAMS, BILLY, PO BOX 656, MONROE, LA 71202

10925 WILLIAMS, BOBBY, 4221 HAMMILTON, BIG SPRING, TX 79720

10925 WILLIAMS, BOBBY, PO BOX 133, GARYSBURG, NC 27831

10925 WILLIAMS, BRENDA, 200-A REECE AVE, RANDLEMAN, NC 27317

10925 WILLIAMS, BRENDA, 4712 CARTER RD, ST. AUGUSTINE, FL 32086

10925 WILLIAMS, BRENT, 197 FRANKLIN ST, CAMBRIDGE, MA 02139

10925 WILLIAMS, BRIAN, 4516 SEMINOLE DR., GAINESVILLE, GA 30506

10925 WILLIAMS, BRIDGETTE, LAFAYETTE VILLE, SUMTER, SC 29150

10925 WILLIAMS, BRUCE, 27 NICKERSON ROAD, LEXINGTON, MA 02173

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WILLIAMS, C, 4003 NW 15TH AVE, MIAMI, FL 33142 | |
| 10925 | WILLIAMS, CALVIN, ROUTE 2 BOX 56-A, SEMINOLE, OK 74868-9609 | |
| 10925 | WILLIAMS, CANDACE, 212 B COFFEY ST, DAINGERFIELD TX, TX 75638 | |
| 10925 | WILLIAMS, CANDELL, 49 E 102 PLACE, CHICAGO, IL 60628 | |
| 10925 | WILLIAMS, CARLOS, 1500 W HIGHLAND ST #112, LAKELAND, FL 33815 | |
| 10925 | WILLIAMS, CAROL, 1616 FITZGERALD CT, LAGRANGE, KY 40031 | |
| 10925 | WILLIAMS, CAROLYN, 3240 UVALDE LN., HUNTSVILLE, AL 35816 | |
| 10925 | WILLIAMS, CAROLYN, 3317 GREENWAY DRIVE, ELLICOTT CITY, MD 21043 | |
| 10925 | WILLIAMS, CARTER, 6561 LIBRARY RD., LIBRARY, PA 15129 | |
| 10925 | WILLIAMS, CECELIA, 1120 DUNLAP DR, MILLEDGEVILLE, GA 31061 | |
| 10925 | WILLIAMS, CECIL, 2106 HOWELL ST, TAMPA, FL 33610 | |
| 10925 | WILLIAMS, CHARLES, 139 RIVERSIDE DR, PIEDMONT, SC 29673 | |
| 10925 | WILLIAMS, CHARLES, 207 BROWN ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | WILLIAMS, CHARLES, 714 WEST 39TH, HOUSTON, TX 77018 | |
| 10925 | WILLIAMS, CHARLOTTE, 2540 WHITE CAP LANE, SUPPLY, NC 28462 | |
| 10925 | WILLIAMS, CHERYL, 1620 HWY 469 SOUTH, FLORENCE, MS 39073 | |
| 10925 | WILLIAMS, CHESTER, 4707 VALLEY LANE, ST JOSEPH, MO 64503 | |
| 10925 | WILLIAMS, CHRIS, 1550 FM 368, IOWA PARK, TX 76367 | |
| 10925 | WILLIAMS, CHRISTINA, 315 AMESBURY DR, LAFAYETTE, LA 70507 | |
| 10925 | WILLIAMS, CHRISTINA, PO BOX 681, HYANNISPORT, MA 02647 | |
| 10925 | WILLIAMS, CHRISTOPHER, 110 GOSSETT ST APT G5, WILLIAMSTON, SC 29697 | |
| 10925 | WILLIAMS, CHRISTOPHER, 2612 SUMMER TREE CI., ARLINGTON, TX 76006 | |
| 10925 | WILLIAMS, CINDY, 820 EAST HALL ST, DAWSON SPRINGS, KY 42408 | |
| 10925 | WILLIAMS, CLARA, 2568 N. 41ST ST, MILWAUKEE, WI 53210 | |
| 10925 | WILLIAMS, CLARENCE, 10052 STONEY BRIDGE, FORT WORTH, TX 76108 | |
| 10925 | WILLIAMS, CLAUDE, 950 PRATT ROAD, TALBOTT, TN 37877 | |
| 10925 | WILLIAMS, CLEVELAND, 9526 B ST, OAKLAND, CA 94603 | |
| 10925 | WILLIAMS, CORNELIA, 4910 CARAN PLACE, GROVETOWN, GA 30813 | |
| 10925 | WILLIAMS, CURTIS, 118 REED ST, HIGHTSTOWN, NJ 08520 | |
| 10925 | WILLIAMS, CURTIS, RT. 5, BOX 375, WINNSBORO, LA 71295 | |
| 10925 | WILLIAMS, CYBIL, 8700 MILLICENT WAY, SHREVEPORT, LA 71115 | |
| 10925 | WILLIAMS, CYNTHIA, 701 MORRISON SPG RD APT# 67, CHATTANOOGA, TN 37415 | |
| 10925 | WILLIAMS, CYNTHIA, RT.4, BOX 26A, MAGNOLIA, MS 39652 | |
| 10925 | WILLIAMS, D, 224 ROSE AVE, WILMINGTON, NC 28403 | |
| 10925 | WILLIAMS, DAN, 10 CALUMET COURT, GREENVILLE, SC 29615 | |
| 10925 | WILLIAMS, DANA, 225 JOHNSON RD.51-J, FOREST PARK, GA 30050 | |
| 10925 | WILLIAMS, DANIEL, 104 E. JACKSON, RD., SIMPSONVILLE, SC 29681 | |
| 10925 | WILLIAMS, DANIEL, 106 D WAVERLY WAY, CARROLLTON, GA 30117 | |
| 10925 | WILLIAMS, DANIEL, 4601 N LAKEWOOD DR, ST JOSEPH, MO 64506 | |
| 10925 | WILLIAMS, DANIEL, 648 CRESCENT ST, BROCKTON, MA 02402 | |
| 10925 | WILLIAMS, DARDANELLE, 1808ST. STEPHENS CT, MOBILE, AL 36617 | |
| 10925 | WILLIAMS, DARRELL, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | WILLIAMS, DARREN, 35 LIBERTY RIDGE, DESOTO, MO 63020 | |
| 10925 | WILLIAMS, DARYL, 15 WELL ST, HUNTINGTOWN, MD 20639 | |
| 10925 | WILLIAMS, DAVID B, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10925 | WILLIAMS, DAVID, 1202 QUEENSWAY COURT, BEL AIR, MD 21014 | |
| 10925 | WILLIAMS, DAVID, 2401 KIRSTEN ST, ADELPHI, MD 20783 | |
| 10925 | WILLIAMS, DAVID, 3609 S TRENTON, TULSA, OK 74105-3233 | |
| 10925 | WILLIAMS, DAVID, 4512 A NEWBERRY TERRACE, ST LOUIS, MO 63113 | |
| 10925 | WILLIAMS, DAVID, 8206 S LOUISVILLE, TULSA, OK 74137 | |
| 10925 | WILLIAMS, DAVID, PO BOX 1171, FREDERICK, MD 20678 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WILLIAMS, DAWN, 517 S. TRAILWOOD, SULPHUR, LA 70663

10925   WILLIAMS, DEAN, PO BOX 2, LAROSE, LA 70373

10925   WILLIAMS, DEBORAH, 1931 MURPHY RD, AUGUSTA, GA 30904

10925   WILLIAMS, DEBORAH, 3320 CEDAR BRIDGE RD, VA BEACH, VA 23452

10925   WILLIAMS, DEBRA, 1200 BUENA DR. W., MOBILE, AL 36605

10925   WILLIAMS, DEBRA, 1538 DEWEY ST, HOLLYWOOD, FL 33020

10925   WILLIAMS, DEBRA, 8875 S CORLISS RD, DESOTO, KS 66018

10925   WILLIAMS, DEMETRICA, 1110 RIVERVIEW PLACE, JACKSON, MS 39202

10925   WILLIAMS, DEMETRUS, 414 S PULASKI ST, BALTIMORE, MD 21223

10925   WILLIAMS, DEXTER, 1038 6TH ST NE, WASHINGTON, DC 20002

10925   WILLIAMS, DIANNA, 8401 SKILLMAN, DALLAS, TX 75231

10925   WILLIAMS, DINAH, 210 OAKWOOD ST. #106#103, WASHINGTON, DC 20032

10925   WILLIAMS, DONALD, 13722 N 161ST E. AVE, COLLINSVILLE, OK 74021

10925   WILLIAMS, DONALD, 27057 MILITARY RD., ANGIE, LA 70426

10925   WILLIAMS, DONALD, 2870 GYPSY GLEN RD, BEAVER, PA 15009

10925   WILLIAMS, DONALD, 84 HICKORY RIDGE DRIVE, HUFFMAN, TX 77336-3300

10925   WILLIAMS, DONNA, 1045 BRADDOCK CIR, WOODSTOCK, GA 30188

10925   WILLIAMS, DONNA, 1403 BLUEBERRY LANE, GREENSBORO, NC 27401

10925   WILLIAMS, DONNA, 14036 ATLANTIC, RIVERDALE, IL 60627

10925   WILLIAMS, DONNA, 406 CHESTNUT RD, JACKSONVILLE, NC 28540

10925   WILLIAMS, DONNA, 4227 WELLESLEY #215, FT WORTH, TX 76107

10925   WILLIAMS, DONNA, 539 MELLON ST., PITTSBURGH, PA 15206

10925   WILLIAMS, DONNA, 6612 HALBECK ST, DISTRICT HEIGHTS, MD 20747

10925   WILLIAMS, DOROTHY F, 213 BROWNSWOODS RD, ANNAPOLIS MD, MD 21401

10925   WILLIAMS, DOROTHY, 3309 SOUTH DAKOTA, WASHINGTON, DC 20018

10925   WILLIAMS, DOROTHY, 385 GREENWELL RD, CINCINNATI, OH 45238

10925   WILLIAMS, DOROTHY, PO BOX 13, TANNER, AL 35671

10925   WILLIAMS, DWAYNE, 2510 CIRCLE DR, HEPHZIBAH, GA 30815

10925   WILLIAMS, DWIGHT, 1766 44TH ST, PENNSAUKEN, NJ 08110

10925   WILLIAMS, DWIGHT, 5775 WEST 207TH ST, BUCYRUS, KS 66013

10925   WILLIAMS, E, 6435 KESSWICK DRIVE, MEMPHIS, TN 38119

10925   WILLIAMS, EARL, PO BOX 287, KASILOF, AK 99610

10925   WILLIAMS, EDGAR, 4410 N POTTENGER, SHAWNEE, OK 74801

10925   WILLIAMS, EDWARD, 244 DOUGLAS ROAD APT. B2, GRAY COURT, SC 29645

10925   WILLIAMS, ELAINE, 36 HOGAN LANE, RED BANK, NJ 07701-6710

10925   WILLIAMS, ELIZABETH, 4627 BERNADINE, SAN ANTONIO, TX 78220

10925   WILLIAMS, ELIZABETH, 70 CENTRAL AVE, SEA CLIFF, NY 11579

10925   WILLIAMS, EMILE, 8239 SPRING BRANCH COURT, LAUREL, MD 20723

10925   WILLIAMS, ERIC, 40 WEST MOSHOLU PKWY, BRONX, NY 10452

10925   WILLIAMS, ESTHER, 6112 DUNSTAN PLACE, ELK GROVE, CA 95758

10925   WILLIAMS, EUGENE, 612 N AGUSTA AVE, BALTIMORE, MD 21229

10925   WILLIAMS, EUGINA, 7431 W CORONADO, PHOENIX, AZ 85035

10925   WILLIAMS, EVONNE, 2923 PENDLETON LANE, MARIETTA, GA 30064

10925   WILLIAMS, FANNIE, 223 CEPHUS WILLIAMS RD, SILVER CREEK, MS 39663

10925   WILLIAMS, FLOYD, 15 SOUTH GORDON, PLANT CITY, FL 33566

10925   WILLIAMS, FRANCES, 164 HILL ST, COMMERCE, GA 30529

10925   WILLIAMS, FREDERICK, 1511 WISTERIA LANE, SULPHUR, LA 70663

10925   WILLIAMS, FREDRICK, 2400 109TH AVE, OAKLAND, CA 94603

10925   WILLIAMS, G, 8129 WINEWOOD WAY, RIVERDALE, GA 30274

10925   WILLIAMS, GARY, 11 RIVERVIEW DR, GREENVILLE, SC 29611

10925   WILLIAMS, GARY, 19417 SPYGLASS HILL AVE, BATON ROUGE, LA 70809-6700

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WILLIAMS, GENA A, 1630 MCPHERSON ST, PHILA PA, PA 19150

10925   WILLIAMS, GEORGE, 1084 POLK ST, BARTOW, FL 33830

10925   WILLIAMS, GEORGE, 222 NELLIE TRACE, MABLETON, GA 30126

10925   WILLIAMS, GEORGE, 24173 HWY 21, ANGIE, LA 70426

10925   WILLIAMS, GEORGE, 244 HIGH ST, SPARTANBURG, SC 29301

10925   WILLIAMS, GEORGE, PO BOX 1082, LIBBY, MT 59923

10925   WILLIAMS, GEORGIA DAWN, 517 S. TRAILWOOD, SULPHUR, LA 70663

10925   WILLIAMS, GERALD, PO BOX 26, HADDOCK, GA 31033

10925   WILLIAMS, GERTRUDE, 105 FRIENDLY ST, FOUNTAIN INN, SC 29644

10925   WILLIAMS, GLENN, 10 STANLEY RD, WEST ORANGE, NJ 07052

10925   WILLIAMS, GLORIASTINE, 4933 VISTA DE ORO, LOS ANGELES, CA 90043

10925   WILLIAMS, GORDON, 4 ALLEN LANE, COLLINGSWOOD, NJ 08108

10925   WILLIAMS, GORDON, 680 ZAGAWAY, ELKO, NV 89801

10925   WILLIAMS, GREG, 4555 H INTERLACHEN CT, ALEXANDRIA, VA 22312

10925   WILLIAMS, GREGORY, 1 HACKBERRY ST, SIMPSONVILLE, SC 29681

10925   WILLIAMS, GREGORY, 302 AVE B, ELECTRA, TX 76360

10925   WILLIAMS, GREGORY, 920 BUSH RD, ST JOSEPH, MO 64504

10925   WILLIAMS, GREGORY, 9637 NOTESTINE RD, FT WAYNE, IN 46835

10925   WILLIAMS, GREGORY, PO BOX 1104, GRAY, LA 70359

10925   WILLIAMS, GWENDOLYN, 626 WOODRUFF RD, CARROLLTON, GA 30117

10925   WILLIAMS, GWENDOLYN, PO BOX 554, INDEPENDENCE, LA 70443

10925   WILLIAMS, HAROLD, 537 N. GROVE, REEDSBURG, WI 53959

10925   WILLIAMS, HARRIOT E, 4901 SEMINARY ROAD, APT 621, ALEXANDRIA, VA 22311-1817

10925   WILLIAMS, HARRY, 5099 W MONROE ST, CHICAGO, IL 60644

10925   WILLIAMS, HARVENIA, 5819 N. 33RD ST, MILWAUKEE, WI 53209

10925   WILLIAMS, HELEN S, CUST FOR HELEN ELIZABETH WILLIAMS, UNIF GIFT MIN ACT LA, C/O MRS
        BETSY KOSTEVICKI, 2711 DEL MAR DR, GULF BREEZE, FL 32563-3015

10925   WILLIAMS, HELEN, 107 SHILOH LANE, GREENVILLE, SC 29607

10925   WILLIAMS, HENSON, 115 LAKEVIEW ST, INMAN, SC 29349-8486

10925   WILLIAMS, HOLLY, PO BOX 7539, CLEMSON, SC 29632

10925   WILLIAMS, HOPE, 1145 S CAMBRIDGE CIRCLE, ROCKY MOUNT, NC 27801

10925   WILLIAMS, HOPE, 305 ELLEN DR, KNIGHTDALE, NC 27545

10925   WILLIAMS, HUNTER, 2002 SCUFFLETOWN RD, FOUNTAIN INN, SC 29644

10925   WILLIAMS, INGRID, 4 COLONY BLVD., WILMINGTON, DE 19802

10925   WILLIAMS, IRMA, 8420 NW 15 AVE, MIAMI, FL 33150

10925   WILLIAMS, J MAXWELL, 6401- POPLAR AVE #301, MEMPHIS, TN 38119-4840

10925   WILLIAMS, J, PO BOX 210423, DALLAS, TX 75211

10925   WILLIAMS, JACKIE, PMB 2967, LIVINGSTON, TX 77399

10925   WILLIAMS, JAMES, 1013 GARDENSIDE DR., OWENSBORO, KY 42301

10925   WILLIAMS, JAMES, 162 KIRK ROAD, MIDLOTHIAN, TX 76065

10925   WILLIAMS, JAMES, 218 WANDA ROAD, PASADENA, MD 21122

10925   WILLIAMS, JAMES, 2347 PRIMROSE AVE, VISTA, CA 92083

10925   WILLIAMS, JAMES, 3105 N. GENERAL WAINWRT, LAKE CHAS, LA 70601

10925   WILLIAMS, JAMES, 358 E 77TH, CHICAGO, IL 60619

10925   WILLIAMS, JAMES, 984 PARK FOREST COURT, LIBURN, GA 30247

10925   WILLIAMS, JAMES, PO BOX 1021, ZELLWOOD, FL 32798

10925   WILLIAMS, JAMES, PO BOX 1337 HWY 158, ROANOKE RAPIDS, NC 27870

10925   WILLIAMS, JAMES, PO BOX 59, NURSERY, TX 77976

10925   WILLIAMS, JAMES, PO BOX 815, FOXWORTHWN, MS 39483

10925   WILLIAMS, JANET, 1555 KEEPSAKE LANE, PERRIS, CA 92571

10925   WILLIAMS, JANET, 165 WILSON DRIVE, COMMERCE, GA 30529

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WILLIAMS, JANICE, 1412 NE 3RD, MOORE, OK 73160 | |
| 10925 | WILLIAMS, JANICE, 14155 GRAVIER AVE, BATON ROUGE, LA 70810 | |
| 10925 | WILLIAMS, JANICE, 1908 WYNN DR., MARIETTA, GA 30062 | |
| 10925 | WILLIAMS, JANICE, 302 AVE B, ELECTRA, TX 76360 | |
| 10925 | WILLIAMS, JANNICE, 4535 N 11TH ST, PHILADELPHIA, PA 19140 | |
| 10925 | WILLIAMS, JANNIE, PO BOX 296, BEECH ISLAND, SC 29841 | |
| 10925 | WILLIAMS, JARED, RT 1 BOX 335, MUTUAL, OK 73853 | |
| 10925 | WILLIAMS, JASON, 12 SEARS AVE, WEBSTER, MA 01570 | |
| 10925 | WILLIAMS, JEFFREY, 1601 HEMPSTEAD CT., JOPPA, MD 21085 | |
| 10925 | WILLIAMS, JEFFREY, 2610 WOODDALE, M, WICHITA FALLS, TX 76301 | |
| 10925 | WILLIAMS, JEREMY, 410 PORTER ROAD, BESSEMER, AL 35022 | |
| 10925 | WILLIAMS, JERRY, 7777 GREENBRIAR, 1009, HOUSTON, TX 77030 | |
| 10925 | WILLIAMS, JERRY, RT 5 BOX 935, LAURENS, SC 29360 | |
| 10925 | WILLIAMS, JESSE, 3016 SILVERCREEK ROAD 624 3488, JOPLIN, MO 64804 | |
| 10925 | WILLIAMS, JESSE, 510 EVA LANE, WOODRUFF, SC 29388 | |
| 10925 | WILLIAMS, JESSE, 600 HUMRAD ST, NEWARK NJ, NJ 07108 | |
| 10925 | WILLIAMS, JESSIE, 1607 LILAC LANE, WICHITA FALLS, TX 76304 | |
| 10925 | WILLIAMS, JESSIE, 2313 HARRIOTTE AVE, JACKSON, MS 39209 | |
| 10925 | WILLIAMS, JILL, 2202 IDA ST, WILSON, NC 27896 | |
| 10925 | WILLIAMS, JIMMY, 5822 PINE COUNTRY, SAN ANTONIO, TX 78247 | |
| 10925 | WILLIAMS, JOAN, 3521 FARM CIRCLE RD, FAYETTEVILLE, NC 28306 | |
| 10925 | WILLIAMS, JOAN, 6401 EASTRIDGE #1008, ODESSA, TX 79762 | |
| 10925 | WILLIAMS, JOCELYN, 10010 WESTPARR #1103, HOUSTON, TX 77042 | |
| 10925 | WILLIAMS, JODY, 3461 ASHBOURNE PLACE, ROWLAND HEIGHTS, CA 91748 | |
| 10925 | WILLIAMS, JOHN E, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX 77017 | |
| 10925 | WILLIAMS, JOHN, 111 GIRARD PARK DRIVE, LAFAYETTE, LA 70503 | |
| 10925 | WILLIAMS, JOHN, 14902 CEDAR, SANTA FE, TX 77510 | |
| 10925 | WILLIAMS, JOHN, 36 HOGAN LANE, RED BANK, NJ 07701 | |
| 10925 | WILLIAMS, JOHN, 6340 N W 89 AVE, TAMARAC, FL 33321 | |
| 10925 | WILLIAMS, JOHN, 7200 BRUNSWICK ROAD, ARLINGTON, TN 38002 | |
| 10925 | WILLIAMS, JOHN, PO BOX 1203, PLANT CITY, FL 33564-1203 | |
| 10925 | WILLIAMS, JOHNNY, 1421 CHURCH ST, FAYETTEVILLE, NC 28301 | |
| 10925 | WILLIAMS, JOHNNY, 5401 OLD NATIONAL HYAPT # 2310, COLLEGE PARK, GA 30349 | |
| 10925 | WILLIAMS, JOHNNY, 5415 US 64, MORGANTON, NC 28655 | |
| 10925 | WILLIAMS, JONATHON, PO BOX 2142, ANDREWS, TX 79714 | |
| 10925 | WILLIAMS, JOSEPH M, 2374 HOLLY GROVE DR, MEMPHIS, TN 38119 | |
| 10925 | WILLIAMS, JOSEPH, 1112 RUBY ROAD, BURKBURNETT, TX 76354 | |
| 10925 | WILLIAMS, JOSEPH, 453 ASH, 2, ELKO, NV 89801 | |
| 10925 | WILLIAMS, JOSEPH, 7242 NESHOBA CIR, GERMANTOWN, TN 38138 | |
| 10925 | WILLIAMS, JOSEPH, 906 W LOUISA AVE, IOWA PARK, TX 76367 | |
| 10925 | WILLIAMS, JOSEPHUS, 3440 2ND AVE RT 3, BARTOW, FL 33830-9998 | |
| 10925 | WILLIAMS, JOY, 2333 FEATHER SND DR APT A 107, CLEARWATER, FL 34622 | |
| 10925 | WILLIAMS, JOYCE, 5535 WINDSOR AVE, PHILADELPHIA, PA 19143 | |
| 10925 | WILLIAMS, JOYCE, 806 GROWES ST, KNOXVILLE, TN 37915 | |
| 10925 | WILLIAMS, JOYCE, RT 1 BOX 1510, ROYSTON, GA 30662 | |
| 10925 | WILLIAMS, JR, JAMES, 2503 SAM HICKS ST, PLANT CITY, FL 33566-8178 | |
| 10925 | WILLIAMS, JR, LEWIS, 4910 BLUEWATER LANE, DICKINSON, TX 77539 | |
| 10925 | WILLIAMS, JR, OTHA, 56609 LAVERNE CRANE ROAD, ANGIE, LA 70426 | |
| 10925 | WILLIAMS, JR, RAYMOND, 112 AUTHEMENT ST., HOUMA, LA 70363 | |
| 10925 | WILLIAMS, JR, WOODROW, PO BOX 436, 307 MAPLE ST, GARYSBURG, NC 27831 | |
| 10925 | WILLIAMS, JUDITH, 410 BAMAST, PRICHARD, AL 36610 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  WILLIAMS, JUDY, RT 1, BOX 1164, SCOTTSDALE, AZ 85256

10925  WILLIAMS, JULIA, 344 S. 1ST AVE, MT. VERNON, NY 10550

10925  WILLIAMS, K, 2970 WOODPINE COURT, SARASOTA, FL 34231

10925  WILLIAMS, KAREN, 326 BETHUNE, MACON, GA 31201

10925  WILLIAMS, KAREN, 36 N. GORMAN AVE, BALTIMORE, MD 21223

10925  WILLIAMS, KAREN, RT. 5, BOX 155E, TROY, AL 36081

10925  WILLIAMS, KATHLEEN, 13671 SHABLOW AVE, SYLMAR, CA 91342

10925  WILLIAMS, KATHLEEN, 4775 PADDOCK ROAD, CINCINNATI, OH 45229

10925  WILLIAMS, KATHLEEN, 5204 EBERSOLE AVE, CINCINNATI, OH 45227

10925  WILLIAMS, KATHRYN, 502 NORTHPARK, BOSSIER CITY, LA 71111

10925  WILLIAMS, KATHY, 113 UNION ST, OREGON, WI 53575

10925  WILLIAMS, KENDALL, 1808 W ADAMS, MUNCIE, IN 47303

10925  WILLIAMS, KENNETH, 13 SHARROW CT, BALTIMORE, MD 21244

10925  WILLIAMS, KENNETH, 8019 ASH VALLEY DRIVE, SPRING, TX 77379

10925  WILLIAMS, KENNETH, 8353 W SUNSET, SPRINGFIELD, MO 65802

10925  WILLIAMS, KENNETH, 860 PINE LOG FORD ROAD, TRAVELERS REST, SC 29690

10925  WILLIAMS, KENNETH, PO BOX 741, OZARK, AR 72949

10925  WILLIAMS, KENT, 1302 6TH AVE, WELLMAN, IA 52356-9230

10925  WILLIAMS, KEVIN, PO BOX 7604, CLEMSON, SC 29633

10925  WILLIAMS, KHEA, FLUISHING, NY 11355

10925  WILLIAMS, KIMBERLY, 114 WATTS DR, HAMPTON, VA 23666

10925  WILLIAMS, KIMBERLY, 2080 CARLTON PL, RIVERSIDE, CA 92507

10925  WILLIAMS, KIMBERLY, 3311 E LEDBETTER, DALLAS, TX 75216

10925  WILLIAMS, L, 5978 SCHROEDER ROAD APT C, MADISON, WI 53711-2566

10925  WILLIAMS, LAMONT, 2912 LAKEBROOK CIR APT 101, BALTIMORE, MD 21227

10925  WILLIAMS, LARRY, 46 PLAINFIELD CR, GREENVILLE, SC 29605

10925  WILLIAMS, LARRY, PO BOX 1841, STAFFORD, TX 77497

10925  WILLIAMS, LAURA, 57 WALNUT AVE, BOSTON, MA 02119

10925  WILLIAMS, LAURIE, 372 PARK ST, W. SPRINGFIELD, MA 01089

10925  WILLIAMS, LAWRENCE S, PO BOX 694, KIMBERTON, PA 19442

10925  WILLIAMS, LAWRENCE, 702 1/2 JACKSON ST, PROPHETSTOWN, IL 61277

10925  WILLIAMS, LESLIE, 3641, MONTGOMERY, AL 36116

10925  WILLIAMS, LESSIE, 545 NEWTON LAKE DR., OAKLYN, NJ 08107

10925  WILLIAMS, LEWIS, 14 TASHA DRIVE, PELZER, SC 29669-1122

10925  WILLIAMS, LINDA, 809 MORRIS CHARLES, JEANERETTE, LA 70544

10925  WILLIAMS, LINDA, 8206 S LOUISVILLE, TULSA, OK 74137

10925  WILLIAMS, LINDA, 906 W LOUISA, IOWA PARK, TX 76367

10925  WILLIAMS, LISA E, 3408 ABBIE PLACE, BALTIMORE, MD 21244

10925  WILLIAMS, LISA, 2811 NICHOLSON ST, HYATTSVILLE, MD 20782

10925  WILLIAMS, LISA, 3408 ABBIE PLACE E80 8005721461, BALTIMORE, MD 21244

10925  WILLIAMS, LISA, 704 N. OSWEGO, TULSA, OK 74115-7316

10925  WILLIAMS, LISA, 846 N. EVERGREEN, 5, KANKAKEE, IL 60901

10925  WILLIAMS, LLOYD, PO BOX 12, CONVERSE, LA 71419

10925  WILLIAMS, LOIS, 204 WEST 81ST #2, NEW YORK, NY 10024

10925  WILLIAMS, LORA, 94 GLADYS AVE, MANVILLE, NJ 08835

10925  WILLIAMS, LORAINE, 90 EASTERN PKWY, NEWARK, NJ 07106

10925  WILLIAMS, LORI, 141 PINE GROVE DRIVE, BROCKTON, MA 02401

10925  WILLIAMS, LORI, 2212 GEORGIAN WOODS, WHEATON, MD 20902

10925  WILLIAMS, LORNA, 140 SO CYPRESS RD, POMPANO, FL 33060

10925  WILLIAMS, LORRAINE, 90 EASTERN PKWY, NEWARK NJ, NJ 07106

10925  WILLIAMS, M, 2301 CELESTE DRIVE, MEMPHIS, TN 38127

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WILLIAMS, MAE, 118 ADAMS ST, TROY, AL 36081

10925   WILLIAMS, MAE, 721 BUD RD, NEWTON GROVE, NC 28366

10925   WILLIAMS, MAMIE, 1102 DUKELAND ST, BALTIMORE, MD 21216

10925   WILLIAMS, MARCIA, RT 2 BOX 512A, WILLS POINT, TX 75169

10925   WILLIAMS, MARGARET, 214 FOXDALE DRIVE, #1, SUN PRAIRIE, WI 53590

10925   WILLIAMS, MARGARET, RTE. 2, BOX 110, CAMPTI, LA 71411

10925   WILLIAMS, MARIAMA, 14 MARSHAL ST # 4E, IRVINGTON, NJ 07111

10925   WILLIAMS, MARIE, 600 L ST SW, CEDAR RAPIDS, IA 52404

10925   WILLIAMS, MARK, 50 RIVERWOOD MO HOME PARK, TAYLORS, SC 29687

10925   WILLIAMS, MARY ANN, 234 GROVE ST, BELMONT, MA 02178

10925   WILLIAMS, MARY ANN, N8089 LAC LA BELLE DR, OCONOMOWOC, WI 53066

10925   WILLIAMS, MARY, 113 BOYD AVE, SIMPSONVILLE, SC 29681

10925   WILLIAMS, MARY, POB 315, COMMERCE, GA 30529

10925   WILLIAMS, MARY, POBX 8047, SOMERVILLE, NJ 08876

10925   WILLIAMS, MARY, RT 1 BOX 459, WINTERVILLE, NC 28590

10925   WILLIAMS, MATTHEW, 1004 SIERRA DRIVE, EASLEY, SC 29642

10925   WILLIAMS, MATTHEW, 620 S. 20TH ST, NEWARK, NJ 07103

10925   WILLIAMS, MATTHEW, PO BOX 869, HAYDEN,, CO 81639

10925   WILLIAMS, MCKINLEY, PO BOX 753111, HOUSTON, TX 77275

10925   WILLIAMS, MCRAE, 2526 CAVES RD., OWINGS MILLS, MD 21117

10925   WILLIAMS, MELANIE, 16433 CANTERBURY DR, STRONGSVILLE, OH 44136

10925   WILLIAMS, MELISSA, 8024 RIVERVIEW, KANSAS CITY, KS 66112

10925   WILLIAMS, MELVIN, ROUTE 2 BOX 262 A, PITTSBURG, TX 75686-9545

10925   WILLIAMS, MEREDITH, 927 W. CHEROKEE PLACE, LINDSEY, OK 73052

10925   WILLIAMS, MICHAEL, 10222 S DIXON AVE, INGLEWOOD, CA 90303

10925   WILLIAMS, MICHAEL, 3142 HARPERS FERRY, OFALLON, MO 63366

10925   WILLIAMS, MICHAEL, 48152 TOM STAFFORD RD., FRANKLINTON, LA 70438

10925   WILLIAMS, MICHAEL, 61 KIPLING DE, JACKSON, TN 38305

10925   WILLIAMS, MICHAEL, 6425 HOWE DR, JACKSONVILLE, FL 32208

10925   WILLIAMS, MICHAEL, PO BOX 115, HAYDEN, CO 81639

10925   WILLIAMS, MICHELE, POST OFFICE BOX 86, BOYERTOWN, PA 19512

10925   WILLIAMS, MICHELLE, 1523 MAPLE AVE, HILLSIDE, NJ 07025

10925   WILLIAMS, MICHELLE, 6954 EPPERSON DR., MONTGOMERY, AL 36117

10925   WILLIAMS, MIKE, 1475 S WILDOAKS DR, NIXA, MO 65714

10925   WILLIAMS, MILAN, 4215 MEADOW HILL DRIVE, TAMPA, FL 33624

10925   WILLIAMS, MIRANDA, PO BOX 364 HWY 301, GARYSBURG, NC 27831

10925   WILLIAMS, MISTIE, 11034 LAZY MEADOWS DRIVE, HOUSTON, TX 77064

10925   WILLIAMS, MITZI, 6 IVYBROOK CT, RANDALLSTOWN, MD 21133

10925   WILLIAMS, NANCY, 124 TAMMYY GAINES, HUNTSVILLE, AL 35811

10925   WILLIAMS, NANCY, 970 SAW 5TH ST, BOCA RATON, FL 33486

10925   WILLIAMS, NATASHA, 2232 TAYLOR ST, NE, WASHINGTON, DC 20018

10925   WILLIAMS, NORMAN, 174 TUTHILL ST, WEST HAVEN, CT 06516

10925   WILLIAMS, NORMAN, 208 E GARDEN, IOWA PARK, TX 76367

10925   WILLIAMS, OLEVIA, 5440 JIM MILLER, DALLAS, TX 75227

10925   WILLIAMS, OLLIE, 3051 6TH ST SW APT5, CEDAR RAPIDS, IA 52404

10925   WILLIAMS, ONIKA, 11335 LITTLE PATUXENAPT. #417, COLUMBIA, MD 21044

10925   WILLIAMS, OZELL, 1026 E MARTIN L KING, TAMPA, FL 33603

10925   WILLIAMS, OZELL, 3021 47TH AVE SOUTH, ST. PETERSBURG, FL 33712

10925   WILLIAMS, PAMELA, 1008 N TRAUB AVE, INDIANAPOLIS, IN 46222

10925   WILLIAMS, PAMELA, 2225 4TH ST NW 684 BETHUNE HALL, WASHINGTON, DC 20059

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　WILLIAMS, PATILLO, SQUIRE, & WREN, 7901 FISH POND RD BRIDGEVIEW CTR 2ND FLR, WACO, TX 76702

10925　WILLIAMS, PATRICAIA, 10 JORDAN DR, BOURBONNAIS, IL 60901

10925　WILLIAMS, PATRICIA, 33 PINEVIEW RD, WEST NYACK, NY 10994

10925　WILLIAMS, PATRICIA, 3605 PULASKI CT, HUNTSVILLE, AL 35810

10925　WILLIAMS, PATRICIA, 7838 WESTMAN WAY RD, MIDDLETON, WI 53562-4139

10925　WILLIAMS, PATRICIA, BOX 298, ALUM CREEK, WV 25003

10925　WILLIAMS, PATRICK, 4741 N.SPRINGS RD, KENNESAW, GA 30144

10925　WILLIAMS, PATRICK, 732 CECIL BLVD., BREAUX BRIDGE, LA 70517

10925　WILLIAMS, PATTY, 7713 REDFISH ST, NEW ORLEANS, LA 70126

10925　WILLIAMS, PAUL, 1141 GRASSER ST, OREGON, OH 43616

10925　WILLIAMS, PAUL, 22 MEADOW RD EAST, WINTERPORT, ME 04496

10925　WILLIAMS, PAUL, 4555 H INTERLACHEN COURT, ALEXANDRIA, VA 22312

10925　WILLIAMS, PAUL, 4843 CYNTHIA ST, BARTOW, FL 33830-9528

10925　WILLIAMS, PAULETTE, 4540 E BELLEVIEW, PHOENIX, AZ 85008

10925　WILLIAMS, PERONICA, 3804 SEMINOLE, DETROIT, MI 48214

10925　WILLIAMS, PETER, 2319 LAWRENCE ST, NEW ORLEANS, LA 70114

10925　WILLIAMS, PHILLIP, 2301 ADAIR RD, DAVENPORT, FL 33837

10925　WILLIAMS, PHYLLIS, 2289 CELESTE DRIVE, MEMPHIS, TN 38127-9998

10925　WILLIAMS, PHYLLIS, 4706 S. FANNIN ST., AMARILLO, TX 79110

10925　WILLIAMS, POBOX 93444, CHICAGO, IL 60673-3444

10925　WILLIAMS, PRICILLA, 3262 BUCKINGHAM RD., GARLAND, TX 75042

10925　WILLIAMS, QUEEN, 1809 NORTH HARCO DR, BATON ROUGE, LA 70815

10925　WILLIAMS, RALPH, S.E. 28989 HWY 42 UMATILLA FL, UMATILLA, FL 32784

10925　WILLIAMS, RANDY, 203124 BRIDGEDALE LANE, HUMBLE, TX 77338

10925　WILLIAMS, RANDY, 601 SOUTH D ST, EASLEY, SC 29640

10925　WILLIAMS, RAYMOND, 22 TALL OAKS RD, SOMERSET, NJ 08873

10925　WILLIAMS, REBECCA, 296 WEBSTER ST, MANCHESTER, NH 03104-2706

10925　WILLIAMS, REGINALD, 29118 YORK, INKSTER, MI 48141

10925　WILLIAMS, RELEE, 700 - A FRUIT NW, ALBUQUERQUE, NM 87102

10925　WILLIAMS, RENARD, 3720 N PENNSYLVANIA ST, APT 41, INDIANAPOLIS, IN 46205-3471

10925　WILLIAMS, REVELLE, 6835 MCLEAN BLVD., BALTIMORE, MD 21234

10925　WILLIAMS, RICHARD, 118 COLONIAL RIDGE R, BOXBOROUGH, MA 01719

10925　WILLIAMS, RICHARD, 1901 N. JACKSON, MAGNOLIA, AR 71753

10925　WILLIAMS, RICHARD, 4514 HAMPNETT AVE, BALTIMORE, MD 21214

10925　WILLIAMS, RICHARD, 5201 TRACEY COURT, VOURHEES, NJ 08043

10925　WILLIAMS, RICK, 709 27TH ST WEST, WILLISTON, ND 58801

10925　WILLIAMS, RICKY, 3140 N. MERIDIAN 212, INDIANAPOLIS, IN 46208

10925　WILLIAMS, ROBERT, 203 WHITE ROCK LANE, ROANOKE RAPIDS, NC 27870-9424

10925　WILLIAMS, ROBERT, 2535 S. KNOX ST, DENVER, CO 80219

10925　WILLIAMS, ROBERT, 3553 WILLOWDALE DRIVE, SPARKS, NV 89434

10925　WILLIAMS, ROBERT, 7747 RIVERDALE RD 3203, NEW CARROLTON, MD 20784

10925　WILLIAMS, ROBERT, ONE BELMONT ROAD, W.HARWICH, MA 02671

10925　WILLIAMS, RODNEY, 125 W OAKVILLE, BELLE CHASE, LA 70037

10925　WILLIAMS, RODNEY, PO BOX 285, ALEX, OK 73002

10925　WILLIAMS, ROGER, 109 SHERMAN WAY, EVANSTON, WY 82930

10925　WILLIAMS, RONALD, 219 STOCKTON DR, OWENSBORO, KY 42301

10925　WILLIAMS, RONALD, PO BOX 2004, PLANT CITY, FL 33566-2004

10925　WILLIAMS, RONNIE, 2819 EAST 3RD ST, CASPER, WY 82609

10925　WILLIAMS, RONNIE, 5214 WELCHSHIRE AVE., MEMPHIS, TN 38117

10925　WILLIAMS, RONNIE, ROUTE 1 BOX 177 DONNA LANE, JASPER, TN 37347

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WILLIAMS, ROSA, PO BOX 182, HOPKINS PARK, IL 60944 | |
| 10925 | WILLIAMS, ROSELYN, 1934 MEDFORD, INDIANAPOLIS, IN 46222 | |
| 10925 | WILLIAMS, ROSS, 796 WARREN DR., SAN JOSE, CA 95123 | |
| 10925 | WILLIAMS, S, 124 BENLOMOND ST, UNIONTOWN, PA 15401 | |
| 10925 | WILLIAMS, S, B-12 FINISTERRE APTS LAUREL RD, LINDENWOLD, NJ 08021 | |
| 10925 | WILLIAMS, S. LASHALLE, 3116 15TH AVE, RIO RANCHO, NM 87124 | |
| 10925 | WILLIAMS, SAM, PO BOX 447, MARIETTA, SC 29661 | |
| 10925 | WILLIAMS, SAMUEL, 2 GAY LORE DR SOUTH, AMITYVILLE, NY 11701-3312 | |
| 10925 | WILLIAMS, SANDRA, 1311 W GULF FIELD DR, MOBILE, AL 36605 | |
| 10925 | WILLIAMS, SANDRA, 2410 DREXEL ST, HYATTSVILLE, MD 20783 | |
| 10925 | WILLIAMS, SANDRA, 735 AVOCET ST, BATON ROUGE, LA 70807 | |
| 10925 | WILLIAMS, SARAH, 4741 N. SPRINGS RD., KENNESAW, GA 30144 | |
| 10925 | WILLIAMS, SHARI LYNN, 2381 NW 55TH WAY, LAUDER HILL, FL 33313 | |
| 10925 | WILLIAMS, SHARON, 433 SHILOH RD, THOMSON, GA 30824 | |
| 10925 | WILLIAMS, SHARON, 814 W WAGONER RD, PHOENIX, AZ 85022 | |
| 10925 | WILLIAMS, SHAWN, 9861 SVL BOX, VICTORVILLE, CA 92392 | |
| 10925 | WILLIAMS, SHEILA, 5337 SHARON DR, MACON, GA 31204 | |
| 10925 | WILLIAMS, SHIRLEY, 11721 N. LEE AVE, OKLAHOMA CITY, OK 73114 | |
| 10925 | WILLIAMS, SHIRLEY, 210 EAGLE SPRINGS, STONE MOUNTAIN, GA 30083 | |
| 10925 | WILLIAMS, SHIRLEY, 3966 WILL-O-RUN DR., JACKSON, MS 39212-3437 | |
| 10925 | WILLIAMS, SHIRLEY, RT.2 BOX 737, LUCEDALE, MS 39452 | |
| 10925 | WILLIAMS, SOLOMON, 1803 CHILTON ST, BALTIMORE, MD 21218 | |
| 10925 | WILLIAMS, SR, MCKINLEY, 3919 BRENBROOK DRIVE, RANDALLSTOWN, MD 21133 | |
| 10925 | WILLIAMS, STACY, 3624 KIMBALL AVE, KANSAS CITY, KS 66104 | |
| 10925 | WILLIAMS, STANLEY, 6253 S. MICHIGAN, 2405, CHICAGO, IL 60637 | |
| 10925 | WILLIAMS, STEPHANIE, 1714 WEST 5TH, HASTINGS, NE 68901 | |
| 10925 | WILLIAMS, STEPHANIE, 39405 CORNERVIEW RD, GONZALES, LA 70737 | |
| 10925 | WILLIAMS, STEPHANIE, PO BOX 700597, SAN JOSE, CA 95170 | |
| 10925 | WILLIAMS, STEPHEN, 1136 NORTH CENTRAL PARK, CHICAGO, IL 60651 | |
| 10925 | WILLIAMS, STEPHEN, 1705 COIT ROAD, 1007, PLANO, TX 75075-6047 | |
| 10925 | WILLIAMS, STEPHEN, RT 3 BOX 131, DUNCAN, OK 73533 | |
| 10925 | WILLIAMS, SUMNER, 15 JOYCES WAY, BAYSHORE, NY 11706 | |
| 10925 | WILLIAMS, SUSAN, 321 WALNUT LANE, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | WILLIAMS, SUSAN, 36 PARKMAN ROAD, READING, MA 01867 | |
| 10925 | WILLIAMS, SYLVIA, 325 PEE ST, SW, WASHINGTON, DC 20024 | |
| 10925 | WILLIAMS, TAMMY, 1358 POLAR ST, STOCKBRIDGE, GA 30281 | |
| 10925 | WILLIAMS, TANYA, RT 2 BOX 112A, FALKVILLE, AL 35622 | |
| 10925 | WILLIAMS, TARYN, 354 SEVEN PINES DR, PICKERINGTON, OH 43147 | |
| 10925 | WILLIAMS, TERRI, 2812 DOSS ROAD, BURLESON, TX 76028 | |
| 10925 | WILLIAMS, TERRY, 1106 10TH AVE., BELLE PLAINE, IA 52208 | |
| 10925 | WILLIAMS, TERRY, 2814 ROANOKE, WICHITA FALLS, TX 76305 | |
| 10925 | WILLIAMS, TERRY, 3009 HILLCREST, CORSICANA, TX 75110 | |
| 10925 | WILLIAMS, THELMA, 248 12TH ST NE, WASHINGTON, DC 20002 | |
| 10925 | WILLIAMS, THERESA, 3231 NW 171ST ST, MIAMI, FL 33056 | |
| 10925 | WILLIAMS, THERESA, 336 MC DOWELL ST, PLAINFIELD, NJ 07060 | |
| 10925 | WILLIAMS, THOMAS E, 4775 PADDOCK RD., CINCINNATI, OH 45229 | |
| 10925 | WILLIAMS, THOMAS, 6936 9TH AVE N, ST PETERSBURG, FL 33710 | |
| 10925 | WILLIAMS, TIMOTHY, 404 TUNNEL BLVD. APT J10, CHATTANOOGA, TN 37411 | |
| 10925 | WILLIAMS, TODD, 127 HOPKINS ROAD, BALTIMORE, MD 21212 | |
| 10925 | WILLIAMS, TODD, 38 HONEYSUCKLE, CASPER, WY 82601 | |
| 10925 | WILLIAMS, TRACY, 5755 E RIVER RD, TUCSON, AZ 85718 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WILLIAMS, TRENNA, 885 INDIAN WELLS CIR, ELGIN, IL 60123

10925 WILLIAMS, TREVA, 5449A RUE MONET, INDIANAPOLIS, IN 46220

10925 WILLIAMS, TREVOR, 502 BENSON HURST DR, MABELTON, GA 30059

10925 WILLIAMS, TROY, HC80 BOX 290A, LEESVILLE, LA 71446

10925 WILLIAMS, URSULA, 636 CHARRAWAY RD, BALTIMORE, MD 21229

10925 WILLIAMS, VALERIE, 610 ALLENCREST DR., FORT WORTH, TX 76108

10925 WILLIAMS, VICKI, 11201 N. MARKWELL, OKLA. CITY, OK 73162

10925 WILLIAMS, VICKIE, 430 NW 215 ST #202, MIAMI, FL 33169

10925 WILLIAMS, VICKIE, RT.2 BOX 233 B, CEDAR GROVE, TN 38321

10925 WILLIAMS, VIOLET, 58 OKLAHOMA AVE SW, CEDAR RAPIDS, IA 52404

10925 WILLIAMS, VIRGINIA, 4260 HWY 295, HARRISBURG, NC 28075

10925 WILLIAMS, VIVIAN, 408 CLARK ST, LEWIS, IA 51544-0162

10925 WILLIAMS, W, 1261 N TRACY BLVD, TRACY, CA 95376-3443

10925 WILLIAMS, WANDA J, 10376 NEWCOMBE, DALLAS, TX 75228

10925 WILLIAMS, WANDA, 147 THORNTON DRIVE, PALM BEACH GARDEN, FL 33418

10925 WILLIAMS, WENDY, 1700 SCENIC DRIVE, ARLINGTON, TX 76013

10925 WILLIAMS, WHITNEY, 14911 JENKINS RIDGE ROAD, BOWIE, MD 20721

10925 WILLIAMS, WILLIAM, 110 EARLES FORD ROAD, MT. REST, SC 29664

10925 WILLIAMS, WILLIAM, 121 LAZY LANE, PIGEON FORGE, TN 37863

10925 WILLIAMS, WILLIAM, 17314 SE 283RD AVE, UMATILLA, FL 32784

10925 WILLIAMS, WILLIAM, 8344 N. 67TH AVE, 2101, GLENDALE, AZ 85302

10925 WILLIAMS, WILLIAM, PO BOX 584, SARATOGA, TX 77585

10925 WILLIAMS, WILLIE, 2438 W. GEORGIA ROAD, PIEDMONT, SC 29673

10925 WILLIAMS, WILLIE, 270 N HILTON ST, BALTIMORE, MD 21229

10925 WILLIAMS, WILLIE, 530 HATHAWAY ST, OWENSBORO, KY 42301

10925 WILLIAMS, WILMA, 3118 KEMP DR, ST. LOUIS, MO 63121

10925 WILLIAMS, YARVIS, 3398 MCCRAEY DR #D, MACON, GA 31211

10925 WILLIAMS, YOLANDE, 43 BRUEN AVE APT # C3, IRVINGTON, NJ 07111

10925 WILLIAMS, YVETTE, 242 N. PAXON ST, PHILA, PA 19139

10925 WILLIAMS, YVONNE, 302 ADAH LANE, IRVING, TX 75062

10925 WILLIAMS-AFFUL, STARR, 702 PLACE TAVANT, DELRAY BEACH, FL 33445

10925 WILLIAMSBURG FUNDING CORP, 110 DOLPHIN DR, WOODMERE, NY 11598-1800

10924 WILLIAMSBURG HIGH SCHOOL @@, WILLIAMSBURG, VA 23185

10925 WILLIAMS-MACK, DARNETTA, 2902 TWINLAKE DR., GREENSBORO, NC 27407

10924 WILLIAMSON & SONS MARINE CONST.INC, 2411 PINE ISLAND ROAD, CAPE CORAL, FL 33991

10924 WILLIAMSON & SONS MRN CON, 2411 PINE ISLAND ROAD, CAPE CORAL, FL 33991

10924 WILLIAMSON COUNTY CONCRETE, 141 BUSH ROAD, NASHVILLE, TN 37217

10924 WILLIAMSON COUNTY R/M CONCRETE, 515 DOWNS BLVD, FRANKLIN, TN 37068

10924 WILLIAMSON COUNTY R/M CONCRETE, P O BOX 681669, FRANKLIN, TN 37068

10924 WILLIAMSON COUNTY RM CONC, ATTN:  ACCOUNTS PAYABLE, FRANKLIN, TN 37068

10924 WILLIAMSON MEMORIAL HOSPITAL, HICO CONCRETE CO., WILLIAMSON, WV 25661

10924 WILLIAMSON PRINTING MATERIALS, 269 S SERVICE ROAD W, ONTARIO, CA 99999

10924 WILLIAMSON PRINTING MATERIALS, 495 AERO DRIVE, BUFFALO, NY 14225

10925 WILLIAMSON, ANNIE, 4421 RENA R #T2, SUITLAND, MD 20746

10925 WILLIAMSON, BARBARA, 109 THICKET ST, ABINGTON, MA 02351

10925 WILLIAMSON, BERNADETTE, 4302 FEDERAL ST., ROCKVILLE, MD 20853

10925 WILLIAMSON, CAROL AN, 788 WILLIAMSON ROAD, MONTGOMERY, AL 36109

10925 WILLIAMSON, CHARLES, RT 3 BOX 246, CEDAR CREEK, TX 78612

10925 WILLIAMSON, DAVID, 1420 ANTIOCH CHURCH RD, MATTHEWS, NC 28105

10925 WILLIAMSON, DEBORAH, RT 1 BOX 64A, BEALETON, VA 22712

10925 WILLIAMSON, HAROLD, 109 TICKET ST, N ABINGTON, MA 02351

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WILLIAMSON, JAMES, 104 DUMBARTON AVE, SIMPSONVILLE, SC 29681

10925   WILLIAMSON, JAMES, 3619 W. WADLEY, MIDLAND, TX 79707

10925   WILLIAMSON, JANICE, RT 3, BOX 226, CHADBOURN, NC 28431

10925   WILLIAMSON, KATHERINE, 7218 W. 115TH ST., 1002, OVERLAND PARK, KS 66210

10925   WILLIAMSON, LARRY, PO BOX 2416, CARLSBAD, NM 88220

10925   WILLIAMSON, MARCUS, 5515 STONEWALL TELL, COLLEGE PARK, GA 30349

10925   WILLIAMSON, MARGARET, 9612 RITTER DRIVE, MACHESNEY PARK, IL 61115

10925   WILLIAMSON, NANCY, 7202 RAWLINS SQUARE, INDIANAPOLIS, IN 46260

10925   WILLIAMSON, OLIVER, 615 PENN AVE, AURORA, IL 60506

10925   WILLIAMSON, PATRICK, 3214 HIGHLAND LAUREL, KINGWOOD, TX 77345

10925   WILLIAMSON, RANDY, 112 WEST OAKVILLE ST, BELLE CHASSE, LA 70037

10925   WILLIAMSON, RICKY, RT. 2 BOX 429, WINNSBORO, LA 71295

10925   WILLIAMSON, ROBERT, 10452 E. RIVER SO RD, MOMENCE, IL 60954

10925   WILLIAMSON, ROBERT, 4921 EVERGLADE PARK DR, FREMONT, CA 94538

10925   WILLIAMSON, ROYCE, PO BOX 36, CHINA TX, TX 77613

10925   WILLIAMSON, SAM, 9614 KILARNEY DRIVE, DALLAS, TX 75218

10925   WILLIAMSON, SHEILA, 471 PARK ST, NO READING, MA 01864

10925   WILLIAMSON, THOMAS, 764 LEGION, CRAIG, CO 81625

10925   WILLIAMSON, THOMAS, PO BOX 761, GARDEN CITY, MO 64747

10925   WILLIAMSON, TRACY, 2422 CRIPPLE CRK DR, ARLINGTON, TX 76014

10925   WILLIAMSPORT HOSPITAL AND MEDICAL C, 1001 GRAMPIAN BLVD, WILLIAMSPORT, PA 17701-1995

10925   WILLIE BUTLER, 8046 S.FRANCISCO, CHICAGO, IL 60652

10925   WILLIE C BERRINGER &, SANDRA R SCHMIDT-BERRINGER JT TEN, 2023 PRITCHARD POINT DR, NAVARRE, FL 32566-3007

10924   WILLIE ELECTRIC SUPPLY (AD), 101 SOUTH 7TH. ST., MODESTO, CA 95353

10924   WILLIE ELECTRIC SUPPLY (AD), 432 NORTH GRANT STREET, STOCKTON, CA 95202

10924   WILLIE ELECTRIC SUPPLY (AD), P.O. BOX 3246, MODESTO, CA 95353

10925   WILLIE FAY DIXON TR UA DEC 22 86, CHILDREN OF BARBARA H WILSON, TRUST A, 10320 SKI DR, OKLAHOMA CITY, OK 73162-6810

10925   WILLIE FAY DIXON TR UA DEC 22 86, CHILDREN OF LAURA K STUART, TRUST B, 10320 SKI DR, OKLAHOMA CITY, OK 73162-6810

10925   WILLIE H BLANTON, 413 MYERS ROAD, SUMMERVILLE, SC 29483-8852

10925   WILLIE HARRIS ASSOCIATIONS, 504 BROADWAY, SUITE 1016, GARY, IN 46402

10925   WILLIE J & ASSOCIATES, 4260 OMEGA AVE, CASTRO VALLEY, CA 94546

10925   WILLIE J ALEXANDER, POBOX 4561, HOUSTON, TX 77210-4561

10925   WILLIE ROBINSON, HWY 221, ENOREE, SC 29335

10925   WILLIE STELLA M DOWNS, 24563 HWY. 221 N, ENOREE, SC 29335

10925   WILLIFORD, CORY, 1546 MONACO DRIVE, SLIDELL, LA 70458

10925   WILLIFORD, JOE, ROUTE 1 BOX 184, CHICKASHA, OK 73018

10925   WILLIFORD, JOHN KENNETH, BOX 579, LILLINGTON, NC 27546-0579

10925   WILLIG FREIGHT LINES, PO BOX 9130, PLEASANTON, CA 94566

10925   WILLIG, JAMES, TIGEEN GELBRIDGE TEMPLEMILLS, KILDARE, IRELAND     **\*VIA Deutsche Post\***

10925   WILLIG, URSULA, 338 HAROLDS CROSS ROAD, DUBLIN 6W, IRELAND     **\*VIA Deutsche Post\***

10925   WILLIN III, JOHN, 1100 METFIELD ROAD, TOWSON, MD 21286

10925   WILLING PUMP & SUPPLY CO., 3735 W. CAMBRIDGE, PHOENIX, AZ 85009

10925   WILLINGER, JOSEPH, 4848 NEWBOLT RD, OWENSBORO, KY 42303

10925   WILLINGHAM, ABB, ROUTE 2 BOX 201, WELLFORD, SC 29385

10925   WILLINGHAM, BOBBIE, 1132 PONTIAC CIRCLE, AUSTELL, GA 30001

10925   WILLINGHAM, BRYANT, 101 E 54TH ST. LOT 2LOT 22, ANNISTON, AL 36266

10925   WILLINGHAM, CARLA, 101 E. 54TH LOT 22, ANNISTON, AL 36206

10925   WILLINGHAM, RAYMOND, 6006 LACI LANE, WICHITA FALLS, TX 76310

10925   WILLINGHAM, WARDELL, 912 N ARLINGTON AVE, BALTIMORE, MD 21217

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WILLIQUETTE, DONALD, 1199 APRIL LANE, GREEN BAY, WI 54304 | |
| 10925 | WILLIS BUSHNELL, SHIRLEY, 23204 VASHON HWY SW, VASHON, WA 98070-7064 | |
| 10925 | WILLIS C DRISCOLL, 84 BUCKEYE ST, WESTERVILLE, OH 43081-2406 | |
| 10924 | WILLIS CONSTRUCTION CO INC, 2261 SAN JUAN HIGHWAY, SAN JUAN BAUTISTA, CA 95045 | |
| 10924 | WILLIS CONSTRUCTION CO. INC., 2661 SAN JUAN HIGHWAY, SAN JUAN BAUTISTA, CA 95045 | |
| 10924 | WILLIS CONSTRUCTION CO. INC., 350 BUENA VISTA, GILROY, CA 95020 | |
| 10924 | WILLIS CONSTRUCTION CO. INC., 725 JULIANNE WAY, OAKLAND, CA 94606 | |
| 10924 | WILLIS CONSTRUCTION CO., 18023 S. LOVEKIN, BLYTHE, CA 92225 | |
| 10924 | WILLIS CONSTRUCTION CO., 2261 JUAN HIGHWAY, SAN JUAN BAUTISTA, CA 95045 | |
| 10925 | WILLIS COROON CORP OF MASS., THREE COPLEY PLACE #300, BOSTON, MA 02116-6501 | |
| 10924 | WILLIS HIGH SCHOOL, 1201 FM 830, WILLIS, TX 77378 | |
| 10925 | WILLIS J WICHLEI &, LINDA J WICHLEI JT TEN, 184 SCOTT ST, CHARLESTON, SC 29492-7539 | |
| 10925 | WILLIS JR., WILLIAM, 4216 FITCH AVE, BALTIMORE, MD 21236 | |
| 10925 | WILLIS KIMBRELL, BARBARA, 406 BIRDLAND DR, JETER MTN TERRACE, HENDERSON VILLE, NC 28739-0000 | |
| 10925 | WILLIS MCDONALD CO INC, 210 ELEVENTH AVE, NEW YORK, NY 10001 | |
| 10925 | WILLIS, ALAN, 12323 RICHARD, PALOS HEIGHTS, IL 60463 | |
| 10925 | WILLIS, ALTON, 1521 E. 52ND ST., ODESSA, TX 79762 | |
| 10925 | WILLIS, ANTHONY, 13984 OLIVE GROVE LN, SYLMAR, CA 91342 | |
| 10925 | WILLIS, BENJAMIN, 3920 BELL ST # 66, AMARILLO, TX 79109 | |
| 10925 | WILLIS, BERT, 6-B ASH COURT, BUZZARDS BAY, MA 02532 | |
| 10925 | WILLIS, COY, 10950 WOODMEADOW, DALLAS, TX 75228 | |
| 10925 | WILLIS, CRAIG, 625 VIRGINIA ST, TOLEDO, OH 43620 | |
| 10925 | WILLIS, CYNTHIA, #13 CEDAR TRACE MOBILE HOME PARK, JACKSONVILLE, AL 36265 | |
| 10925 | WILLIS, DELORES, PO BOX 05603, MILWAUKEE, WI 53203 | |
| 10925 | WILLIS, DERREL, PO BOX 1571, LOVINGTON, NM 88260 | |
| 10925 | WILLIS, DONALD B, 304 OLD PLYMOUTH ROAD, BUZZARDS BAY, MA 02532 | |
| 10925 | WILLIS, DONALD, 10628 LINDERO RD, VICTORVILLE, CA 92392 | |
| 10925 | WILLIS, DONALD, 304 OLD PLYMOUTH RD, SAGAMORE BEAC, MA 02562 | |
| 10925 | WILLIS, ELTON, RT. 1, BOX 761, LOVINGTON, NM 88260 | |
| 10925 | WILLIS, GRETCHEN, 5721 TIMBER STAR, SAN ANTONIO, TX 78250 | |
| 10925 | WILLIS, HOLLIE, 4116 B PROVIDENCE RD, CHARLOTTE, NC 28211 | |
| 10925 | WILLIS, J, 200 DUKE DRIVE, KENNER, LA 70065 | |
| 10925 | WILLIS, J, 2571 E. PALO ALTO, FRESNO, CA 93710 | |
| 10925 | WILLIS, JAMES, 2900 OLD EASLEY BR RD, GREENVILLE, SC 29611 | |
| 10925 | WILLIS, JAMES, 405 CENTRAL CHURCH ROAD, MORRISTOWN, TN 37814 | |
| 10925 | WILLIS, JENNIFER, PO BOX 143, FORT MEADE, FL 33841-0143 | |
| 10925 | WILLIS, JONI, 20 PARSON LANE, WILLINGBORO, NJ 08046 | |
| 10925 | WILLIS, JOSEPH, 602 JEFFERSON DR, AUGUSTA, GA 30906 | |
| 10925 | WILLIS, KRISTI, 5734 MOORE PARK RD., ABILENE, TX 79601 | |
| 10925 | WILLIS, LARRY, 6428 N TALMAN AVE, CHICAGO, IL 60645 | |
| 10925 | WILLIS, LARRY, PO BOX 686, FOUNTAIN INN, SC 29644 | |
| 10925 | WILLIS, LEONARD, 121 MARSHALL ST, MONTGOMERY, AL 36104 | |
| 10925 | WILLIS, MARION, 7316 WINDSOR MILL RD, BALTIMORE, MD 21244 | |
| 10925 | WILLIS, NANETTE, 912 MARYSUE DRIVE, FLATWOODS, KY 41139 | |
| 10925 | WILLIS, NORMA, 2898 CORNWALL DR., SAN JOSE, CA 95127 | |
| 10925 | WILLIS, ROOSEVELT, 145 21ST, 1ST, IRVINGTON, NJ 07111 | |
| 10925 | WILLIS, SUSAN, 4941 PARKFOREST DR, BATON ROUGE, LA 70816 | |
| 10925 | WILLIS, TERRY, PO BOX 293, TURPIN, OK 73950 | |
| 10925 | WILLIS, THOMAS, 3515 PINE DRIVE, KELSEYVILLE, CA 95451 | |
| 10925 | WILLIS, THOMAS, 661 SOUTH FRONTAGE ROAD, FOUNTAIN INN, SC 29644 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  WILLIS, WANDA, 2908 EAST AVE, FORESTVILLE, MD 20747

10925  WILLIS, WILLIAM, 804 GULLIVER ST, FOUNTAIN INN, SC 29644-9998

10925  WILLIS, WILLIAM, PO BOX 721, BRIDGEPORT, AL 35740

10924  WILLITS REDI MIX, 266 SHELL LANE, WILLITS, CA 95490

10924  WILLITS REDI-MIX, 266 SHELL LANE, WILLITS, CA 95490

10925  WILLMAN ARNOLD, 705 MCKNIGHT PARK DR, PO BOX 15276, PITTSBURGH, PA 15237

10924  WILLMILL WAREHOUSE, 8651 CHERRY LANE, LAUREL, MD 20707

10925  WILLMOTT, JOLENE, 917 EVANS ST, SLOAN, IA 51055

10925  WILLMS, MICHELLE, 7026 WURZBACH, SAN ANTONIO, TX 78240

10925  WILLNER, BRIAN, 8427 MIRAMAR ROAD, PASADENA, MD 21122

10925  WILLOUGHBY SUPPLY, 30010 LAKELAND BLVD, WICKLIFFE, OH 44092

10924  WILLOUGHBY SUPPLY, 30010 LAKELAND BLVD., WICKLIFFE, OH 04409

10925  WILLOUGHBY SUPPLY, 7433 CLOVER AVE, MENTOR, OH 44060

10924  WILLOUGHBY SUPPLY, 7433 CLOVER AVENUE, MENTOR, OH 44060

10925  WILLOUGHBY, CANDI, 8208 CARIBOU TRAIL, WORTHINGTON, OH 43235

10925  WILLOUGHBY, JERRY, ROUTE 1, BOX 293, FAYETTEVILLE, WV 25840

10925  WILLOUGHBY, JESSIE, 1451 S. BEULAH AVE., INDIANAPOLIS, IN 46241

10925  WILLOUGHBY, NAT, 1606 W THIRD ST, GREENVILLE, NC 27834

10924  WILLOW BEND MALL, PARK BLVD & DALLAS N TOLLWAY, PLANO, TX 75024

10924  WILLOW CREEK QUARRY, 487 N.W. GLASS DRIVE, MADRAS, OR 97741

10924  WILLOW CREEK QUARRY, 487 NW GLASS DR, MADRAS, OR 97741

10924  WILLOW CREEK, 4507 GREATHOUSE SPRING ROAD, JOHNSON, AR 72741

10924  WILLOWBROOK, ROUTE 96, VICTOR, NY 14564

10925  WILLOWDEAN STEVENS, 2567 LENORA CHURCH ROAD, SNELLVILLE, GA 30278

10925  WILLOWLAND CORPORATION, 30 HIGH ST SUITE 400, MEDFORD, MA 02155

10924  WILLOWS NURSING HOME, 715 NORTH BEERS STREET, HOLMDEL, NJ 07733

10924  WILLOWS NURSING HOME, NEW BRUNSWICK AVENUE, TRENTON, NJ 08638

10925  WILLOWS, RAYMOND, 2201 15TH AVE WEST, WILLISTON, ND 58801

10925  WILLS JR, SAMMIE, 145-11 ARLINGTON TER, JAMAICA, NY 11435

10925  WILLS PRINTING CO., 417 E. PATAPSCO AVE., BALTIMORE, MD 21225

10924  WILL'S R/MIXED CONCRETE INC., 1600 WILLS, SEMINOLE, OK 74868

10924  WILL'S R/MIXED CONCRETE INC., 1727 N. MISSISSIPPI, ADA, OK 74820

10924  WILL'S R/MIXED CONCRETE INC., 700 N. OLIPHANT, HOLDENVILLE, OK 74848

10924  WILL'S R/MIXED CONCRETE INC., 703 E 45TH ST, SHAWNEE, OK 74801

10924  WILL'S R/MIXED CONCRETE INC., HWY 69, ATOKA, OK 74525

10924  WILL'S R/MIXED CONCRETE INC., P.O. BOX 3309, SHAWNEE, OK 74801

10924  WILL'S R/MIXED CONCRETE, PO BOX3309, SHAWNEE, OK 74801

10925  WILLS, DOROTHY, 7662 BEVERLY HILLS DRIVE, A, INDIANAPOLIS, IN 46268

10925  WILLS, DOUGLAS, 16 BATEMAN ST, HAVERHILL, MA 01830

10925  WILLS, GEORGE, 14270 S RANGELINE, ASHLAND, MO 65010

10925  WILLS, JENNIFER, 3642 ANTHONY DR. #2C, MESQUITE, TX 75150

10925  WILLS, JOHN, 102 NUTTREE WAY, DURHAM, NC 27713

10925  WILLS, JOHN, 180 LEAGUE ROAD, SIMPSONVILLE, SC 29681

10925  WILLS, MARCELLA, 4537 MERIDALE, LOUISVILLE, KY 40214

10925  WILLSON, ALVIN, 4815 MT. EVEREST, WICHITA FALLS, TX 76310-2453

10925  WILLY, GREGORY, 10525 SCHNEIDENT, ST. JOHN, IN 46303

10925  WILLY, GREGORY, 10525 SCHNEIDER CT., SAINT JOHN, IN 46373

10925  WILMA C KIRKLAND, 145 RUTLEDGE RD, GREENWOOD, SC 29649-8801

10925  WILMA E MCINTYRE, 31 BEACON PARK, WATERTOWN, MA 02172-2724

10925  WILMA JOYCE BATHGATE, 1302 ASHBURTON CT, MILLERSVILLE, MD 21108-1900

10925  WILMA L SPRINGER, 1104 4TH AVE EAST, OSKALOOSA, IA 52577-3411

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  WILMA MASSIAH, 4615 22ND AVE, MOUNT RAINIER, MD 20712

10925  WILMA W COWIE TR UA AUG 13 92, THE WILMA W COWIE TRUST, 7 COWIE ROAD, UNDERHILL, VT 05489-9395

10925  WILMAC CO, POBOX #14387, ROCHESTER, NY 14614

10925  WILMACK CONSTRUCTION, 1918 GREENWAY CROSS, MADISON, WI 53713

10925  WILMAD GLASS CO INC, POBOX 688, BUENA, NJ 08310-0688

10925  WILMARK GROUP INC, POBOX 5773, BOSTON, MA 02206

10925  WILMARTH, LAUREN, 580 WEST SHORE TRAIL, SPARTA, NJ 07871

10925  WILMER BULTEMEIER, TR UA OCT 11 93, BULTEMEIER FAMILY TRUST, 12666 BUTTONBUSH PL, BONITA, FL 34135-3424

10925  WILMER CUTLER & PICKERING, 2445 M ST NW, WASHINGTON, DC 20037-1420

10925  WILMER JAMES SECORD &, DARLENE F SECORD JT TEN, 8737 COUNTY ROAD, WEBSTER, WI 54893

10925  WILMER, JAMES, 1629 RALWORTH ROAD, BALTIMORE, MD 21218

10925  WILMER, KAREN, 4503 LAKEMONT COURT, LAKE PARK, FL 33403

10925  WILMER, VIRGINIA, 229 W CLAPIER ST, PHILA, PA 19144

10925  WILMERDING, ELBERT, 3021 MCCOY PLACE NE, ALBERQUERQUE, NM 87106

10925  WILMERT B PAGE, 9329 WASHINGTON BLVD, LANHAM SEABROOK, MD 20706-3109

10925  WILMETH, EDWARD, 6842 WESTGATE CIRCLE, TALBOTT, TN 37877

10925  WILMETH, LARRY, 205 NORTH 3RD, INDIANOLA, IA 50125

10925  WILMINGTON BONDED WAREHOUSE, POST OFFICE BOX 3688, WILMINGTON, NC 28406

10925  WILMINGTON MEDICAL ASSOCIATES, 2700 SILVERSIDE ROAD SUITE 3, WILMINGTON, DE 19810

10925  WILMINGTON RUBBER & GASKET CO,INC, PO BOX 5405, WILMINGTON, NC 28403-4155

10924  WILMINGTON TRUST, 1118 WEST STREET, WILMINGTON, DE 19801

10924  WILMINGTON TRUST, CAMBRIDGE, MA 99999

10925  WILMORE, C, 111 FREEDOM DRIVE, CHESTER, SC 29706

10925  WILMORE, LILLIE, PO BOX 29538 WALBROOK STATION, BALTIMORE, MD 21216

10925  WILMORE, MICHAEL, 1703 BROOKSHIRE ST., LA MARQUE, TX 77568

10925  WILMORE, MICHELLE, 4934 WOODSTONE, SAN ANTONIO, TX 78230

10925  WILMOT MODULAR STRUCTURES, INC, PO BOX 305, WHITE MARSH, MD 21162

10925  WILMOT MODULAR STRUCTURES, INC, PO BOX 305, WHITE MARSH, MD 21162-0305

10925  WILNER GREENE ASSOCIATES INC, 449 FOREST AVE PLAZA, PORTLAND, ME 04101-2011

10925  WILNER-GREENE ASSOC., 449 FOREST AVE PLAZA, PORTLAND, ME 04101-2011

10924  WILPIN ENVIRONMENTAL, 7325 W.IRVING PARK, CHICAGO, IL 60634

10924  WILSHIRE  5900, 15TH FLOOR, LOS ANGELES, CA 90001

10924  WILSHIRE & LINCOLN, C/O WESTSIDE BUILDING MATERIALS, SANTA MONICA, CA 90401

10924  WILSHIRE 11700 BLVD., C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90001

10924  WILSHIRE 590, VERSATILE COATING, LOS ANGELES, CA 90001

10924  WILSHIRE 6380, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924  WILSHIRE BOULEVARD, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90100

10924  WILSHIRE CHEMICAL COMPANY, 15324 S. BROADWAY, GARDENA, CA 90248

10924  WILSHIRE PAINT COMPANY, 701 FULTON STREET, FRESNO, CA 93721

10925  WILSON BAILEY, 122 COURT AVE, POST OFFICE DRAWER 1310, PO BOX 1310, WESTON, WV 26452

10924  WILSON BLDG., 13 1/2 PENNSYLVANIA AVENUE, WASHINGTON, DC 20044

10925  WILSON BOILER SERVICE, 7195 TURNER HILL RD N, LITHONIA, GA 30058

10925  WILSON BROS INC, PO BOX 8177, FREDERICKSBURG, VA 22401

10924  WILSON BURIAL VAULT, 1-1/2 MILES N OF MAIN OF D HWY, WEBB CITY, MO 64870

10924  WILSON BURIAL VAULT, ROUTE 1 BOX 18, WEBB CITY, MO 64870

10924  WILSON BURIAL VAULT, RTE 1 BOX 18, WEBB CITY, MO 64870

10925  WILSON CHANGEAU &, KETLY CHANGEAU JT TEN, 136 BRAMBLEBUSH RD, STOUGHTON, MA 02072-3088

10924  WILSON COCNRETE CO, P O BOX 7208, OMAHA, NE 68107

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WILSON CONCRETE CO*, 759 S 65TH, KANSAS CITY, KS 66111 | |
| 10924 | WILSON CONCRETE CO, 102 FORT CREEK RD. S., BELLEVUE, NE 68005 | |
| 10924 | WILSON CONCRETE CO, 102 FT CROOK RD S, BELLEVUE, NE 68005 | |
| 10924 | WILSON CONCRETE CO, 759 S 65TH, KANSAS CITY, KS 66111 | |
| 10924 | WILSON CONCRETE CO, P O BOX 370, GRAND ISLAND, NE 68802 | |
| 10924 | WILSON CONCRETE CO, POBOX 7208, OMAHA, NE 68107 | |
| 10924 | WILSON CONCRETE COMPANY*, 102 FT CROOK RD S, BELLEVUE, NE 68005 | |
| 10924 | WILSON CONCRETE COMPANY*, P.O. BOX 370, GRAND ISLAND, NE 68802 | |
| 10924 | WILSON CONCRETE COMPANY, 1027 E 4TH ST, WASHINGTON, IA 52353 | |
| 10924 | WILSON CONCRETE COMPANY, 65TH & KANSAS, KANSAS CITY, KS 66111 | |
| 10924 | WILSON CONCRETE PRODUCTS, 10075 SHEEHAN ROAD, CENTERVILLE, OH 45459 | |
| 10924 | WILSON CONCRETE PRODUCTS, 6114 GERMANTOWN ROAD, MIDDLETOWN, OH 45042 | |
| 10924 | WILSON CONCRETE PRODUCTS, HIGHWAY 7 NORTH, HOT SPRINGS, AR 71901 | |
| 10924 | WILSON CONCRETE PRODUCTS, P O BOX 1239, HOT SPRINGS, AR 71901 | |
| 10924 | WILSON CONCRETE PRODUCTS, PO BOX 1239, HOT SPRINGS, AR 71901 | |
| 10924 | WILSON CONCRETE, 102 FORT CROOK RD S, BELLEVUE, NE 68005 | |
| 10924 | WILSON CONCRETE, 102 FORT CROOK RD SOUTH, BELLEVUE, NE 68005 | |
| 10924 | WILSON CONCRETE, 116 E ERIE, MISSOURI VALLEY, IA 51555 | |
| 10924 | WILSON CONCRETE, 1201 S. 16TH STREET, COUNCIL BLUFFS, IA 51501 | |
| 10924 | WILSON CONCRETE, 1576 CHELSEA AVENUE, MEMPHIS, TN 38108 | |
| 10924 | WILSON CONCRETE, 1609 8TH STREET, ONAWA, IA 51040 | |
| 10924 | WILSON CONCRETE, 24TH AND G STREET, SOUTH SIOUX CITY, NE 68776 | |
| 10924 | WILSON CONCRETE, 3200 W. BACHMAN, GRAND ISLAND, NE 68803 | |
| 10924 | WILSON CONCRETE, 600 W RING STREET, MAPLETON, IA 51034 | |
| 10924 | WILSON CONCRETE, MORROW BLOCK, MORROW, OH 45152 | |
| 10924 | WILSON CONCRETE, MO-SAI DIV, BELLEVUE, NE 68005 | |
| 10924 | WILSON CONCRETE, MO-SAI DIVISION, BELLEVUE, NE 68005 | |
| 10924 | WILSON CONCRETE, NEW BATCH PLANT, 802 ALLIED ROAD, LA PLATTE, NE 68123 | |
| 10924 | WILSON CONCRETE, P O BOX 108, WASHINGTON, IA 52353 | |
| 10924 | WILSON CONCRETE, P O BOX 125, SOUTH SIOUX CITY, NE 68776 | |
| 10924 | WILSON CONCRETE, PIPE PLANT, BELLEVUE, NE 68005 | |
| 10925 | WILSON CONCRETE, PO BOX 108, WASHINGTON, IA 52353 | |
| 10924 | WILSON CONCRETE, PO BOX 125, SOUTH SIOUX CITY, NE 68776 | |
| 10924 | WILSON CONSTRUCTION SYSTEMS, CAMBRIDGE, MA 99999 | |
| 10924 | WILSON CONSTRUCTION SYSTEMS, P.O. BOX 820, HEWITT, TX 76643 | |
| 10924 | WILSON CONSTRUCTION SYSTEMS, WAREHOUSE, HEWITT, TX 76643 | |
| 10925 | WILSON CONTRACTOR INC, 7498 HWY 184 EAST, DONALDS, SC 29638 | |
| 10925 | WILSON COUNTY CONCRETE-USE #246263, FOR DELETION** S.CLARK, PO BOX 275, MOUNT JULIET, TN 37122 | |
| 10925 | WILSON COUNTY, 2 LIBRARY LANE, FLORESVILLE, TX 78114-2239 | |
| 10925 | WILSON ELSER MOSKOWITZ, EDELMAN & DICKER, 150 EAST 42ND ST, NEW YORK, NY 10017 | |
| 10925 | WILSON ELSER MOSKOWITZ, EDELMAN & DICKER, 5000 RENAISSANCE TOWER, 1201 ELM ST, DALLAS, TX 75270 | |
| 10925 | WILSON ENGINEERING SERVICES, PO BOX 1321, SEVERNA PARK, MD 21146 | |
| 10925 | WILSON ENTERPRISES INC, 29 WEST 471 NORTH AURORA RD, NAPERVILLE, IL 60563 | |
| 10924 | WILSON ENTERPRISES, 16460 W. HIGHWAY 22, PRAIRIE VIEW, IL 60069 | |
| 10924 | WILSON ENTERPRISES, 29 W 471 NORTH AURORA ROAD, NAPERVILLE, IL 60563 | |
| 10924 | WILSON ENTERPRISES, P.O. BOX 117, LINCOLNSHIRE, IL 60069 | |
| 10925 | WILSON ENTERPRISES, PO BOX 117, LINCOLNSHIRE, IL 60069 | |
| 10925 | WILSON ENV, 507 MARY CHARLOTTE DR, CHARLOTTE, NC 28262 | |
| 10925 | WILSON ENVIRONMENTAL MGNT INC., POBOX 841081, HOUSTON, TX 77284-1081 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WILSON HOSPITAL, C/O RENTENBACH CONTRACTORS, WILSON, NC 27893

10925   WILSON HULL & NEAL, 1600 NORTHSIDE DRIVE N W, ATLANTA, GA 30318

10925   WILSON INDUSTRIAL SALES CO, I, PO BOX 66968,

10925   WILSON INDUSTRIAL SALES CO, INC, P.O. BOX 66968, INDIANAPOLIS, IN 46266-6968

10925   WILSON INDUSTRIAL SALES CO, INC, PO BOX 425, BROOK, IN 47922

10925   WILSON INDUSTRIAL SALES CO, INC, PO BOX 66968, BROOK, IN 47922

10925   WILSON INDUSTRIAL SALES CO, INC, PO BOX 66968, INDIANAPOLIS, IN 46266-6968

10924   WILSON INSULATION CO., C/O COFFEE COUNTY HIGH SCHOOL, DOUGLAS, GA 31533

10924   WILSON INSULATION COMPANY, 3138 SNAPFINGER ROAD, DECATUR, GA 30034

10924   WILSON INSULATION, C/O MONROE PRIMARY SCHOOL, FORSYTH, GA 31029

10924   WILSON INSULATION, C/O SOUTH WINNETT HIGH SCHOOL, SNELLVILLE, GA 30278

10924   WILSON INSULATION, CAMBRIDGE, MA 99999

10924   WILSON INSULATION, CUSTOMER PICK-UP, DECATUR, GA 30034

10925   WILSON JR, C, 530 PAYNE RD, NEW ALBANY, IN 47150

10925   WILSON JR, CHARLES, 7012 PARK HGHTS AVE APT A6, BALTIMORE, MD 21215

10925   WILSON JR, L, 1121 HALIFAX ST, SOUTH HILL, VA 23970

10925   WILSON JR, MELFORD ALONZO, 624 SEDGEWOOD RD, ROCK HILL, SC 29732-2318

10925   WILSON JR, MICHAEL, 62 INDIAN TRAIL, DUXBURY, MA 02332-4914

10925   WILSON JR, SIDNEY, 515 WEST 6TH ST, LAKELAND, FL 33805-4317

10925   WILSON JR, W MICHAEL A, 62 INDIAN TRAIL, DUXBURY, MA 02332-4914

10925   WILSON JR, WM ROBERTS, 2506 LAKELAND DR SUITE 500, JACKSON, MS 39208

10925   WILSON JR., W., 371 S 1500 E, VERNAL, UT 84078

10925   WILSON JT TEN, SHEILA S & CHARLES W, 3250 CAMINITO EAST BLUFF UNIT 85, LA JOLLA, CA 92037

10924   WILSON MAGNET HIGH SCHOOL, 501 GENESEE STREET, ROCHESTER, NY 14611

10925   WILSON MOVING & STORAGE CO INC, 885 BAILEY AVE, BUFFALO, NY 14206

10925   WILSON MOVING & STORAGE CO, INC, 885 BAILY AVE, BUFFALO, NY 14206

10925   WILSON MOVING & STORAGE, 885 BAILEY AVE, BUFFALO, NY 14206

10924   WILSON N. JONES MEMORIAL HOSPITAL, C/O LCR CONTRACTORS, SHERMAN, TX 75090

10925   WILSON PALLET & PACKAGING, POBOX 2671, BIRMINGHAM, AL 35201

10925   WILSON PEST MANAGEMENT GROUP, 9426 N.11TH AVE, PHOENIX, AZ 85021-3002

10925   WILSON RENTAL, INC, 8600 KENNEDY AVE., HIGHLAND, IN 46322

10925   WILSON REPORT, THE, 10674 OAKTON RIDGE COURT, OAKTON, VA 22124

10924   WILSON SMITH FAMILY CENTER, C/O ACOUSTICS, SALISBURY, NC 28144

10925   WILSON SONSINI GOODRICH& ROSATI, KIMBERLY MCMORROW, 650 PAGE MILL RD, PALO ALTO, CA 94304

10925   WILSON SR., JEFFREY, 5148 N AUSTIN AVE, CHICAGO, IL 60630

10924   WILSON SUPPLY COMPANY, PO BOX 1492, HOUSTON, TX 77251-2405

10924   WILSON SUPPLY, 1309 CONTI, HOUSTON, TX 77002

10925   WILSON TECHNOLOGIES, 1117 FALLSMEAD WAY, POTOMAC, MD 20854

10925   WILSON TMS, PO BOX 5458, LAKE CHARLES, LA 70606

10925   WILSON TRUCKING CORP, PO BOX 200, FISHERSVILLE, VA 22939

10925   WILSON UTC, INC, 270 TERMINAL AVE., CLARK, NJ 07066

10925   WILSON WELDING SERVICE INC, 2939 SNAPFINGER ROAD, DECATUR, GA 30034

10925   WILSON, A RAY, 1222 FALCON DRIVE, LOUISVILLE, KY 40213-1218

10925   WILSON, ABNER, 417 FAIRFIELD AVE, GRETNA, LA 70056

10925   WILSON, ALAN, 41 PINE ST, MECHANIC FALLS, ME 04256

10925   WILSON, ALFRED, 108 VINE HILL RD, GREENVILLE, SC 29607

10925   WILSON, ALFRED, 222 SAPPHIRE POINT, ANDERSON, SC 29626

10925   WILSON, ALISON, 9740 GLACIER DRIVE, MIRAMAR, FL 33025

10925   WILSON, ALTIMOUNT, 714 AVE B, FT PIERCE, FL 33450

10925   WILSON, AMY, 1110 CRESENT, ANDREWS, TX 79714

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WILSON, AMY, 2616 DORMEDARY DR, BARLETET, TN 38133

10925   WILSON, ANTHONY, 852 GARDENWALK APT3P, COLLEGE PARK, GA 30337

10925   WILSON, ARLENE, 574 AUTIN RD APT G, HILLSBOROUGH, NJ 08876

10925   WILSON, BARBARA, 9010 PINEHURST DRIVE, INDIANAPOLIS, IN 46236

10925   WILSON, BARRY, 170 WEST CREST DRIVE, CINCINNATI, OH 45215

10925   WILSON, BARRY, 2228 CRYSTAL GROVE LANE, LAKELAND, FL 33801-6873

10925   WILSON, BEEBE W, 224 BEL AIR LANE, WELLFORD, SC 29385-9427

10925   WILSON, BETTY, 1435 HACKL BLVD, BARTOW, FL 33830-5921

10925   WILSON, BETTY, 1953 MONTPELIER AVE, MACON, GA 31204

10925   WILSON, BETTY, 32 LEPRECHAUN CIRCLE, MOHRSVILLE, PA 19541-9639

10925   WILSON, BETTY, 601 BEAVER DAM DR, CLINTON, NC 28328

10925   WILSON, BILLY, 1050 MINNEWAWA, CLOVIS, CA 93612

10925   WILSON, BILLY, 183 OAK KNOLL COURT, SMYRNA, GA 30080

10925   WILSON, BRADFORD, 18 FENWICK LANE, GREENVILLE, SC 29611

10925   WILSON, BRENDA, 6516 CREIGHTON DR., HUNTSVILLE, AL 35810

10925   WILSON, BRIAN, 612 WADDELL WAY, WHITE PINE, TN 37890

10925   WILSON, CARL, 918 DARYL PLACE, DUNCAN, OK 73533

10925   WILSON, CAROL, 19 LAWNSBURY DR, ROCHESTER, NY 14624

10925   WILSON, CAROLINE, RR#3 BOX 68, TUNKHANNOCK, PA 18657

10925   WILSON, CAROLYN, 1060 HOODS MILL RD, COMMERCE, GA 30529

10925   WILSON, CARY, 6710 POLEY CREEK DRIVE WEST, LAKELAND, FL 33811

10925   WILSON, CATHLEEN, 5 OVERBROOK CIR, GREENVILLE, SC 29607

10925   WILSON, CHAD, RT 11 BOX 81, LAURENS, SC 29360

10925   WILSON, CHAD, RT 6 BOX 681, LAURENS, SC 29360

10925   WILSON, CHAQUANATTA, 2565-D NANTUCKET DR, ATLANTA, GA 30345

10925   WILSON, CHARLES, 1903 BEACHWOOD DR., BALTIMORE, MD 21207

10925   WILSON, CHARLES, 2320 KATHERINE ST, LAKE CHARLES, LA 70601

10925   WILSON, CHARLES, 2608 RIDGLEY DR #1, LOS ANGELES, CA 90016

10925   WILSON, CHARLES, 4405 N. GARFIELD, MIDLAND, TX 79705

10925   WILSON, CHARLES-ALLEN, 185 NORTH STREAM DR, AIKEN, SC 29805

10925   WILSON, CHARLIE, 128 CARROLL DR, CHESAPEAKE, VA 23322

10925   WILSON, CHASITY, 1760 LANCING DR, SALEM, VA 24153

10925   WILSON, CHRISTINE, 1515 FAIRMONT RD, HAMPSTEAD, MD 21074

10925   WILSON, CHRISTINE, 316 CAMP KIRO RD, NEW BERN, NC 28560

10925   WILSON, CHRISTINE, 5630 MCKINLEY ST, HOLLYWOOD, FL 33021

10925   WILSON, CHRISTOPHER, 320 GAILRIDGE RD, TIMONIUM, MD 21093

10925   WILSON, CURTIS, BOX 111 BELVEDERE DR, DUNCAN, SC 29334-9791

10925   WILSON, D, 1045 PEACH AVE. #H3, EL CAJON, CA 92021

10925   WILSON, D, 5 ELIOT RD, LEXINGTON, MA 02173

10925   WILSON, DAN, 1922 N. CIELO DRIVE, HOBBS, NM 88240-3326

10925   WILSON, DANNY, 611 CONNER DRIVE, CRAIG, CO 81625

10925   WILSON, DARRYL L, 6291 S VIVIAN ST, LITTLETON, CO 80127

10925   WILSON, DAVID W, 505 - 2B NORTH GRAHAM ST, CHARLOTTE, NC 28202

10925   WILSON, DAVID, 11655 S.W.TEAL #J, BEAVERTON, OR 97007

10925   WILSON, DAVID, 1776 PEMBROOK DR., ORLANDO, FL 32810-6309

10925   WILSON, DAVID, 28 BAYNE DR, GREENVILLE, SC 29611

10925   WILSON, DAVID, 636 KILKENNY CIR, LITHONIA, GA 30058

10925   WILSON, DELORIS, RT. 3, BOX50-A, TERRY, MS 39170

10925   WILSON, DENISE, 166 E SEMINOLE AVE, EUSTIS, FL 32726

10925   WILSON, DENNIS, 4011 EMERALD LAKE DR, DECATUR, GA 30035

10925   WILSON, DERRICK, 36 WOOD AV, HYDE PARK, MA 02126

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　WILSON, DESIREE, 2635 N. DOUGLAS ST., PHILADELPHIA, PA 19130

10925　WILSON, DIANE, 1417 AZALEA ROAD APT F-21, MOBILE, AL 36693

10925　WILSON, DIANE, 227 N. PAXON ST., PHILADELPHIA, PA 19139

10925　WILSON, DOMINIQUE, 7775 BARTOLD, ST LOUIS, MO 63143

10925　WILSON, DON, 414 FAIRMONT DRIVE, GREENVILLE, SC 29605

10925　WILSON, DONALD, 610 GOULD ST., BALTIMORE, MD 21217

10925　WILSON, DONALD, 6765 RESLOWN DRIVE, JACKSONVILLE, FL 32208

10925　WILSON, DONALD, PO BOX 262, REIDVILLE, SC 29375

10925　WILSON, DONNA, 32 NEW HOLLAND AVE, SHILLINGTON, PA 19607

10925　WILSON, DONNA, 5 ELIOT ROAD, LEXINGTO, MA 02421-5649

10925　WILSON, DORIS, 208 WEST SECOND ST, LANDIS, NC 28088

10925　WILSON, DORIS, 6252 DENHAM DT., DALLAS, TX 75217

10925　WILSON, DOROTHY R, 1715 91ST NE, CLYDE HILL, WA 98004-3206

10925　WILSON, ELAINE, 125 MANORWOOD CT, COLUMBIA, SC 29212

10925　WILSON, ELEANOR, 3794 S SWAN RIDGE CIR, MEMPHIS, TN 38122

10925　WILSON, ELISHA, 237 SANTOS ST, MANDEVILLE, LA 70448

10925　WILSON, ELIZABETH P, C/O DAVID E SAENZ, 11500 AUTUMN RIDGE DR, AUSTIN, TX 78759-3839

10925　WILSON, ELLA, 3131 WESTOVER DR, MACON, GA 31204

10925　WILSON, ELSWORTH, 222 OLIVE AVE, NEW ALBANY, IN 47150

10925　WILSON, ERNEST, 201 BERMUDA DR, WILMINGTON, NC 28401-2721

10925　WILSON, FLORA, 1102 WEST JOHNSON ROAD, PLANT CITY, FL 33566-9998

10925　WILSON, FLOYD, 1539 DELMONT, MEMPHIS, TN 38117

10925　WILSON, FRANK P, 103 S ANN ST, BALTIMORE, MD 21231

10925　WILSON, FRANK, 216 HUNTER WOOD WAY, BOWLING GREEN, KY 42103

10925　WILSON, FRANK, 8622 SHERINGTON RD, BALTIMORE, MD 21236

10925　WILSON, FRANKLIN, 855 WOODDALE DR, URBANA, OH 43078

10925　WILSON, FREDA, 3770 BLACKSTONE CAMP, MARTINEZ, GA 30907

10925　WILSON, GAIL, 420 EASTERN AVE , APT. 2, LYNN, MA 01902

10925　WILSON, GEORGIA, 6090 CRABTREE LANE, BURTON, MI 48519

10925　WILSON, GERTRUDE, 3820 SANDHILL ROAD, MARRIOTSVILLE, MD 21104

10925　WILSON, GLENDA, 25209 LIVE OAK ST, DENHAM SPRINGS, LA 70726

10925　WILSON, GLORIA, 302 OREGON AVE., PRICHARD, AL 36610

10925　WILSON, GRADY, 1304 ROPER MTN ROAD, GREENVILLE, SC 29615

10925　WILSON, GREGORY, 128 CARMEN TRL, TRAVELERS REST, SC 29690-8243

10925　WILSON, GREGORY, 9309 FRENSHAM COURT, LAUREL, MD 20708

10925　WILSON, GREGORY, 938 OLD JORDAN RD., AIKEN, SC 29805

10925　WILSON, H, 313 N. BROWN, CLAY CENTER, NE 68933

10925　WILSON, HAROLD, 300 WHITTAKER ST, RIVERSIDE, NJ 08046

10925　WILSON, HAROLD, 709 SEVEN ST NW, SPRINGHILL, LA 71075

10925　WILSON, HAZEL, 3229 BELMONT AVE, BALTIMORE, MD 21216-3808

10925　WILSON, HERMAN, 8206 AVE W., LUBBOCK, TX 79423

10925　WILSON, HOWARD, 8920 W. ROHR AVE, MILWAUKEE, WI 53225

10925　WILSON, IRA, 3109 41ST ST, SNYDER, TX 79549

10925　WILSON, IRENE, 2045 NORTH 500 EAST, DEMOTTE, IN 46310

10925　WILSON, IRVIN, 619 HAYNES RD, LAKELAND, FL 33805

10925　WILSON, J, 1706 FORD, MONROE, LA 71201

10925　WILSON, J, 208 MEADORS AVE, GREENVILLE, SC 29605

10925　WILSON, J, 732 ROANOKE, MEMPHIS, TN 38106

10925　WILSON, JACQUELINE, 4124 DOAN ST, FREEMONT, CA 94538

10925　WILSON, JACQUETTE, 3193 CHIPPEWA DR, REX, GA 30273

10925　WILSON, JAMES LEE, 3794 S SWAN RIDGE CIRCLE, MEMPHIS, TN 38122-4665

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WILSON, JAMES, 11394 SOUTH PRARIE GROVE ROAD, WEST BURLINGTON, IA 52655

10925   WILSON, JAMES, 1723 CIMARRON TRAIL 1-A, WICHITA FALLS, TX 76305

10925   WILSON, JAMES, 18 FENWICK LN, GREENVILLE, SC 29611

10925   WILSON, JAMES, 223 COLUMBIA-PURVIS RD, COLUMBIA, MS 39429

10925   WILSON, JAMES, 35245 HWY #13 N., CRAIG, CO 81625

10925   WILSON, JAMES, 3908 MILFORD AVE, BALTIMORE, MD 21207-7125

10925   WILSON, JAMES, PO BOX 2053, WINTERVILLE, NC 28590-2053

10925   WILSON, JAMES, PO BOX 756, OZARK, AR 72949

10925   WILSON, JANE, 7446 AVILA DR, FAYETTEVILLE, NC 28314

10925   WILSON, JANEAN, 2121 S. PLOK, AMARILLO, TX 79106

10925   WILSON, JANET, 19682 DINNER KEY DR, BOCA RATON, FL 33498

10925   WILSON, JANICE, 469 LOWELL ST, LEXINGTON, MA 02173-2266

10925   WILSON, JAY, 735 BELLVIEW ROAD, WOODRUFF, SC 29388

10925   WILSON, JEANINE, 456 ALGONQUIN RD, HAMPTON, VA 23661

10925   WILSON, JEFFREY, 21318 117TH ST, SUMNER, WA 98390

10925   WILSON, JENNY, BOX 207 AT, HARVARD, MA 01451

10925   WILSON, JERRY, 1206 DARTMOOR DR, CLINTON, MS 39056

10925   WILSON, JERRY, 175 CHESTER LANE, NATCHITOCHES, LA 71457

10925   WILSON, JERRY, 3000 BLANTON, WICHITA FALLS, TX 76308

10925   WILSON, JERRY, RT. #5 BOX 158, PRESCOTT, AR 71857

10925   WILSON, JIMMY, 3007 ELDORADO, ALAMOGORDO, NM 88310

10925   WILSON, JIMMY, 508 JEWEL ST, ROANOKE RAPIDS, NC 27870

10925   WILSON, JOAN M, 5500 CHEMICAL RD, MEDICAL DEPT, BALTIMORE, MD 21226-1698

10925   WILSON, JOAN, 8622 SHERRINGTON RD, BALTIMORE, MD 21236

10925   WILSON, JO-ANNE, 9 HAYDEN RD, N BILLERICA, MA 01862

10925   WILSON, JODI, 2406 POMONA DRIVE, PASADENA, TX 77506

10925   WILSON, JOEL, 199 ROLLING HILL LANE, SOUTHINGTON, CT 06489

10925   WILSON, JOHN, 118 RIDGEVIEW DRIVE, ALBURTIS, PA 18011

10925   WILSON, JOHN, 1704 DIETZ PL NW, ALBUQUERQUE, NM 87107

10925   WILSON, JOHN, 1851 GROVEHILL LANE, MONTGOMERY, AL 36106

10925   WILSON, JOHN, 421 HOMELOT DRIVE, SHREVEPORT, LA 71106

10925   WILSON, JOHNNY, 216 OSBORNE TERRACE, NEWARK, NJ 07112

10925   WILSON, JONATHAN, 618-3 WALLEN HILLS, FT WAYNE, IN 46825

10925   WILSON, JUDITH, 53 CHESTNUT ST, REHOBOTH, MA 02769

10925   WILSON, JUDY, 4306 YEARGER RD, DOUGLASVILLE, GA 30135

10925   WILSON, JULIA, 2850 S. JENKINS RD., FORT PIERCE, FL 34981

10925   WILSON, JULIE, 101 SOUTHWEST DR., HARRISBURG, IL 62946

10924   WILSON, K.R. REDDI-MIX, NORTH SERVICE ROAD WEST, SULLIVAN, MO 63080

10924   WILSON, K.R. REDDI-MIX, P.O. BOX 517, SULLIVAN, MO 63080

10924   WILSON, K.R. REDDI-MIX, PO BOX517, SULLIVAN, MO 63080

10925   WILSON, KATHLEEN, 316 CALIFORNIA #320, RENO, NV 89509

10925   WILSON, KATHY, 4316 NORTHERN AVE, KANSAS CITY, MO 64133

10925   WILSON, KEDRICK, 12151 N. I-10 SERV. RD., #548, NEW ORLEANS, LA 70128

10925   WILSON, KENNETH, 20985OLD SENIC HWY., ZACHARY, LA 70791

10925   WILSON, KENNETH, 227 DOUGLAS DRIVE, SIMPSONVILLE, SC 29681-2143

10925   WILSON, KENNETH, 2527 INDIGO LANE, ARLINGTON, TX 76015

10925   WILSON, KEVIN, 10659 ATLANTA AVE, NORTHRIDGE, CA 91326

10925   WILSON, KIM, 11010 CAMBRIDGE, KANSAS CITY, MO 64134

10925   WILSON, KRISTIN, 616A PEARL ST., REDONDO BEACH, CA 90277

10925   WILSON, KURT, RR #3 BOX 68, TUNKHANNOCK, PA 18657

10925   WILSON, LAMONT, 3214 18TH ST, COLUMBUS, NE 68601

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WILSON, LARRY, 291 LUX AVE, CINCINNATI, OH 45216 | |
| 10925 | WILSON, LAWANDA, 2614 SHEPHERDS GLEN, WICHITA FALLS, TX 76308 | |
| 10925 | WILSON, LAWRENCE, 5 DALE ST, BILLERICA, MA 01821 | |
| 10925 | WILSON, LEANNE, 313 REDBUB LANE, DAYTON, OH 45433 | |
| 10925 | WILSON, LEON, 411 N GLEBE RD # 4, ARLINGTON, VA 22203 | |
| 10925 | WILSON, LESLEY, 3642 LEHALL ST, HOUSTON, TX 77021 | |
| 10925 | WILSON, LESLIE, 3165 BELLVIEW ROAD, SCHMECKSVILLE, PA 18078 | |
| 10925 | WILSON, LILLIAN, 13 AERIAL ST, ARLINGTON, MA 02174-1423 | |
| 10925 | WILSON, LILLIAN, 13700 BARDON D, 13700 PHOENIX, MD 21131 | |
| 10925 | WILSON, LINDA, 119 OLD LEONARD ROAD, WOODRUFF, SC 29388 | |
| 10925 | WILSON, LINDA, 2016 S TRUCKEE ST, AURORA, CO 80013 | |
| 10925 | WILSON, LISA, 490 HIGHLAND AVE, MALDEN, MA 02148 | |
| 10925 | WILSON, LYNDIA, 4717 PALMETTO POINTE, PALMETTO, FL 34221 | |
| 10925 | WILSON, MANEETA, 3900 E. 12TH, CASPER, WY 82601 | |
| 10925 | WILSON, MARALENE, 1169 DUSTIN CT, STONE MOUNTAIN, GA 30088 | |
| 10925 | WILSON, MARCUS, 2201 DICKENS ST, MOBILE, AL 36617 | |
| 10925 | WILSON, MARGARET, 116 HERITAGE COURT, COMMERCE, GA 30529 | |
| 10925 | WILSON, MARGARET, 3017 ANTINIO ST, TORRANCE, CA 90503 | |
| 10925 | WILSON, MARGIE, 3900 BRANDING IRON, GASTONIA, NC 28052 | |
| 10925 | WILSON, MARGUERITE, 3710 COLLINS FERRY, MORGANTOWN, WV 26505 | |
| 10925 | WILSON, MARIE, 6 CUDWORTH ST, MEDFORD, MA 02155 | |
| 10925 | WILSON, MARILYN, 2045 N. 500 EAST, DEMOTTE, IN 46310 | |
| 10925 | WILSON, MARILYN, 2055 BIRCH CREFT, FAYETTEVILLE, NC 28304 | |
| 10925 | WILSON, MARK, 112 BROOK DR, GREENVILLE, SC 29607 | |
| 10925 | WILSON, MARK, 2614 SHEPHERDS GLEN, WICHITA FALLS, TX 76308 | |
| 10925 | WILSON, MARK, 4379 WHITE SURREY DR, KENNESAW, GA 31044 | |
| 10925 | WILSON, MARK, ROUTE 5 BOX 1855, ODESSA, TX 79766 | |
| 10925 | WILSON, MARY, 17 DIANE AVE, WEST PELZER, SC 29669 | |
| 10925 | WILSON, MARY, 1706 S THURMOND, SHERIDAN, WY 82801 | |
| 10925 | WILSON, MARY, 306 SORRELWOOD, LEAGUE CITY, TX 77573 | |
| 10925 | WILSON, MARY, 320 GAILRIDGE RD, TIMONIUM, MD 21093 | |
| 10925 | WILSON, MARY, 603 N. WEBSTER, HARRISBURG, IL 62946 | |
| 10925 | WILSON, MARY, 723 W 7TH ST, LAKELAND, FL 33805-4211 | |
| 10925 | WILSON, MARY, 771 ROUTE 67, MILAN, IL 61204 | |
| 10925 | WILSON, MARYLINE, 104 OGDEN ST, EASTMAN, GA 31023 | |
| 10925 | WILSON, MATTHEW, 404 WOODWAY DRIVE, GREER, SC 29651 | |
| 10925 | WILSON, MAXINE, 7808 FLORIDA DRIVE, VANCOUVER, WA 98664-2260 | |
| 10925 | WILSON, MELISSA, 8 NEWPORT DR, TRAVELER REST, SC 29690 | |
| 10925 | WILSON, MICHAEL, 1096 ESTHER PKWY, CAMP VERDE, AZ 86322 | |
| 10925 | WILSON, MICHAEL, 19050 LORETTO LANE, COUNTRY CLUB, IL 60478 | |
| 10925 | WILSON, MICHAEL, 19050 LORETTO LN., COUNTRY CLUB HILLS, IL 60478 | |
| 10925 | WILSON, MICHAEL, 3040 RIVER FOREST HILLS DRIVE, PULASKI, WI 54162 | |
| 10925 | WILSON, MICHAEL, 3104 SAM HOUSTON DR., 56, VICTORIA, TX 77904 | |
| 10925 | WILSON, MICHAEL, 33 AMHERST DRIVE, DERRY, NH 03038 | |
| 10925 | WILSON, MICHAEL, 402 RANCH CIRCLE, PIEDMONT, SC 29673 | |
| 10925 | WILSON, MICHAEL, 75 LIME ST, MULBERRY, FL 33860 | |
| 10925 | WILSON, MICHAEL, 932 CHRIS RD, STRAWBERRY PLNS, TN 37871 | |
| 10925 | WILSON, MICHAELENE, 2351 SHATTUCK, CASPER, WY 82609 | |
| 10925 | WILSON, MILDRED, ROUTE 1, DUNCAN, SC 29334 | |
| 10925 | WILSON, MONIQUE, 12-12 METZE RD, COLUMBIA, SC 29210 | |
| 10925 | WILSON, NANCY, 204N WASHINGTON ST., MASONTOWN, PA 15461 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WILSON, NATALIE, 2421 PORTSMOUTH BLVD, PORTSMOUTH, VA 23704 | |
| 10925 | WILSON, NEIL, 1910 SOUTH 46TH ST, FORT SMITH, AR 72903-3135 | |
| 10925 | WILSON, NICOLE, 3315 WILLOW LANE, CHARLOTTE, NC 28214 | |
| 10925 | WILSON, NINA, 106 WATEOAK WAY, MAULDIN, SC 29662-2726 | |
| 10925 | WILSON, OLIVIA, NEESE ROAD, COMMERCE, GA 30529 | |
| 10925 | WILSON, ORA, 8044 MCFARLAND RD, 5, INDIANAPOLIS, IN 46227 | |
| 10925 | WILSON, PAMELA, 604 63RD ST #311, SEAT PLEASANT, MD 20743 | |
| 10925 | WILSON, PATRICIA, 83 HARPERS WAY, CARROLLTON, GA 30117 | |
| 10925 | WILSON, PATTY, 889 SCOTT DRIVE, FERNLEY, NV 89408 | |
| 10925 | WILSON, PENNY, 2914 MACPHERSON AVE, INDIANAPOLIS, IN 46205 | |
| 10925 | WILSON, PENNY, 5 ELIOT ROAD, LEXINGTON, MA 02173 | |
| 10925 | WILSON, PETER, 6644 YELLOW CREEK RD, MURRAYVILLE,, GA 30564 | |
| 10925 | WILSON, PHILIPPA, 3712 VALLEY DALE, HUNTSVILLE, AL 35810 | |
| 10925 | WILSON, R, 14 DERWOOD CIRCLE, GREENVILLE, SC 29617 | |
| 10925 | WILSON, RADICA, 139-11 86 ROAD, BRIARWOOD, NY 11435 | |
| 10925 | WILSON, RANDAL, 202 S CARROLL, HENRIETTA, TX 76365 | |
| 10925 | WILSON, RANDOLPH, 914 JAPONICA, SHREVEPORT, LA 71118 | |
| 10925 | WILSON, REGINA, 3784 TREE CREEK LANE, CLARKSTON, GA 30021 | |
| 10925 | WILSON, RHONDA, 300 BROOKLEDGE DR, VINTON, VA 24179-4426 | |
| 10925 | WILSON, RICHARD, PO BOX 481, FARMINGTON, NM 87499-0481 | |
| 10925 | WILSON, ROBERT M., 2342 N. 62ND ST, WAUWATOSA, WI 53213 | |
| 10925 | WILSON, ROBERT, 122 CARDINAL ST, SPARTANBURG, SC 29302 | |
| 10925 | WILSON, ROBERT, 2342 N. 62ND ST, WAUWATOSA, WI 53213 | |
| 10925 | WILSON, ROBERT, 2608 OREGON AVE, LOUISVILLE, KY 40210 | |
| 10925 | WILSON, ROBERT, 3002 N. BAILEY ST., PHILADELPHIA, PA 19132 | |
| 10925 | WILSON, ROBERT, 424 CAROLINA AVE, VIRGINIA BEACH, VA 23451 | |
| 10925 | WILSON, ROBERT, RT. 1 BOX 390, HORNBECK, LA 71439 | |
| 10925 | WILSON, ROBERT, RT. 3, BOX 69-A, JONESVILLE, LA 71343 | |
| 10925 | WILSON, ROBERTA, 217 HARVARD, 2, MOMENCE, IL 60954 | |
| 10925 | WILSON, ROBIN, 1653 S HARRIS DR, MESA, AZ 85204 | |
| 10925 | WILSON, RON, 349 SUMMER ST, ROCKLAND MA, MA 02370 | |
| 10925 | WILSON, RONALD, 9988 ROBINS NEST ROAD, BOCA RATON, FL 33496 | |
| 10925 | WILSON, RONDAL, 1297 LINCOLN ST, CRAIG, CO 81625 | |
| 10925 | WILSON, ROSA, 3354 HILLDALE AVE., SIMI, CA 93063 | |
| 10925 | WILSON, ROXANA, 1540 NE 110 TERRACE, MIAMI, FL 33161 | |
| 10925 | WILSON, ROY, 3213 BELLA VISTA DRIVE, MIDWEST CITY, OK 73110 | |
| 10925 | WILSON, RUBY, 1255 MICHIGAN AVE, DALLAS, TX 75216 | |
| 10925 | WILSON, RUDY, 6298 MCCOWN RD., IOWA, LA 70647 | |
| 10925 | WILSON, RUDY, 6928 MCCOWN RD, IOWA, LA 70647 | |
| 10925 | WILSON, SAMMIE, 936 OLD JORDAN RD., AIKEN, SC 29801 | |
| 10925 | WILSON, SAMUEL B, PO BOX 298, STARTEX, SC 29377 | |
| 10925 | WILSON, SAMUEL, RR #2, BOX 355A, TELL CITY, IN 47586 | |
| 10925 | WILSON, SANDRA, 102 OLD MILL COURT, COLLEGE PARK, GA 30349 | |
| 10925 | WILSON, SANDRA, 201 HARRY S TRUMAN DR #42, LARGO, MD 20772 | |
| 10925 | WILSON, SCOTT, 30522 5TH AVE S.W., FEDERAL WAY, WA 98003 | |
| 10925 | WILSON, SCOTT, 8453 GARDEN CIRCLE APT 15, SARASOTA, FL 34243 | |
| 10925 | WILSON, SHAKITA, 6937 CHESWICK DR, RIVERDALE, GA 30269 | |
| 10925 | WILSON, SHARON, 696 LINCOLN ST, WALTHAM, MA 02154 | |
| 10925 | WILSON, SHARON, BOX 457, GLENMONT, OH 44628 | |
| 10925 | WILSON, SHAWN, 123 S GREEN ST, CHICAGO, IL 60607 | |
| 10925 | WILSON, SHERINE, 8484 SW 23 CT, MIRAMAR, FL 33025 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    WILSON, SHERRI, 1351 RIDGE TRAIL, EASTON, PA 18042

10925    WILSON, SHIRLEY A, 530 CRAWFORD RD, COLUMBIA SC, SC 29203

10925    WILSON, STACEY, 1217 18TH ST NW, CANTON, OH 44703

10925    WILSON, STACY, 1217 18TH ST NW, CANTON, OH 44703

10925    WILSON, STEPHANIE, 4320 PEBBLE RIDGE CRAPT 72, COLORADO SPRINGS, CO 80906

10925    WILSON, STEPHEN, 505 WAYNE DR, WILMINGTON, NC 28403-1243

10925    WILSON, SUSAN, 12006 BAY COLONY CT, CHESTERFIELD, VA 23832

10925    WILSON, SUSAN, 350 MOHEGAN CIRCLE, LAFAYETTE, NJ 07848

10925    WILSON, SUSAN, 7 GRAYSTONE PARK CT., ST CHARLES, MO 63303

10925    WILSON, SYLVIA, 2231 NORTH 34TH ST, MILWAUKEE, WI 53208

10925    WILSON, THERESA, 62 S. JEFFERSON, APT. 1, DANVILLE, IN 46122

10925    WILSON, THOMAS, 1117 NORTH LUNA CIRCLE, SANTA FE, NM 87501

10925    WILSON, THOMAS, 2685 GOODMAN ROAD, WICHITA FALLS, TX 76303

10925    WILSON, THOMAS, 59 BRIARRUN PL, GREENVILLE, SC 29615-2129

10925    WILSON, TRACEY, 43 N. MAIN ST., AMBLER, PA 19002

10925    WILSON, TRAMELL, 2635 N. DOUGLAS ST., PHILADELPHIA, PA 19132

10925    WILSON, TRAVIS, 1003 25TH, ODESSA, TX 79764

10925    WILSON, TREMAIN, 925 SOUTH BROAD ST, LANSDALE, PA 19446

10925    WILSON, TRINA, 2417 NW 14TH, AMARILLO, TX 79107

10925    WILSON, TRISHA, 119 STATON DRIVE, UPPER MARLBORO, MD 20772

10925    WILSON, TRUDI, PO BOX 2337, GILLETTE, WY 82717

10925    WILSON, VALERIE, 5526 DYER ST. BOX 1253, DALLAS, TX 75206

10925    WILSON, VARICK, 1107 17TH AVE, CORALVILLE, IA 52241

10925    WILSON, VICKY, 515 RED COAT LN., ARLINGTON, TX 76018

10925    WILSON, W, 714 CROLEY DRIVE, NASHVILLE, TN 37209

10925    WILSON, WAYNE, 109 PINEWOOD DRIVE, EASLEY, SC 29640

10925    WILSON, WAYNE, 5400 BROKEN SOUND BLVD NW, BX# 5050, BOCA RATON, FL 33487

10925    WILSON, WAYNE, 6780 NORTHWEST 44TH ST, CORAL SPRINGS, FL 33067

10925    WILSON, WILLIAM, 110 TOWER ST, DUNCAN, SC 29334-9768

10925    WILSON, WILLIAM, 1734 GREEN MEADOW COURT, SEVERN, MD 21144

10925    WILSON, WILLIAM, PO BOX 2042, GAFFNEY, SC 29342

10925    WILSON, WILLIE, 126 HUXLEY ST, SPARTANBURG, SC 29303

10925    WILSON,JR, H, ROUTE 1, BISHOPSVILLE, SC 29010

10924    WILSON/FLOYD KC STADIUM EXPANSION, 2901 DUDLEY, WACO, TX 76710

10925    WILSON/SHORE INSTRUMENTS, PO BOX 360066, BOSTON, MA 02241-0666

10925    WILSONART INTERNATIONAL, CANE CREEK INDUSTRIAL PARK, FLETCHER, NC 28732

10925    WILSONART INTERNATIONAL, PO BOX 249, FLETCHER, NC 28732

10924    WILSONART INT'L, 10501 NORTHWEST HK DODGEN LOOP, TEMPLE, TX 76501

10924    WILSONART INT'L, 600 GENERAL BRUCE DRIVE, TEMPLE, TX 76503

10925    WILSON-AYERS, TAMMY, RT 2 BOX 104, COMMERCE, GA 30529

10925    WILSON-DAILY, JAMILA, 4775 N PINE HILLS RD, ORLANDO, FL 32808

10925    WILSON-EPES PRINTING CO INC, 707 SIXTH ST NW, WASHINGTON, DC 20001

10925    WILSON-LEE, KATHERINE, 2336 PARK PLACE, WASHINGTON, DC 20020

10925    WILSON-MEEKINS, SANDRA, 1300 S. FARM VIEW, DOVER, DE 19904

10925    WILSONS CLEANING & MAIN, THE, SERVICE, 6780 NW 44TH ST, CORAL SPRINGS, FL 33067

10925    WILSONS CLEANING SERVICES, THE, 1341 EAST GLEN OAK ROAD, NORTH LAUDERDALE, FL 33068

10925    WILSONS QUALITY PAINT & DECOR, 612 N MAIN #3, KAYSVILLE, UT 84037

10924    WILSONVILLE CONCRETE PROD, FT OF SW INDUSTL WAY, WILSONVILLE, OR 97070

10924    WILSONVILLE CONCRETE PRODUCTS, FOOT OF S.WEST INDUSTRIAL WAY, WILSONVILLE, OR 97070

10924    WILSONVILLE CONCRETE PRODUCTS, P.O. BOX 37, WILSONVILLE,, OR 970

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WILT, BRUCE, 9604 ALDA DRIVE, BALTIMORE, MD 21234 | |
| 10925 | WILT, MICHAEL, 101 PINEWOOD DR, TAYLORS, SC 29687 | |
| 10925 | WILTGEN, HENRIETTA, 509 W. 10TH ST, FRIONA, TX 79035 | |
| 10924 | WILTON HIGH SCHOOL, 240 SCHOOL ROAD, WILTON, CT 06897 | |
| 10924 | WILTON MEADOWS ASSISTED, 435 DANBURY ROAD, WILTON, CT 06897 | |
| 10924 | WILTON STREET SCHOOL, PERLITE PLASTERING, LOS ANGELES, CA 90021 | |
| 10925 | WILTON, DIANE, 176 OAK ST, BRIDGEWATER, NJ 08807 | |
| 10925 | WILTZ, ALINA, 7440 SW 34TH TERR, MIAMI, FL 33155 | |
| 10925 | WILTZ, TIA, 433531526 1614 LOUISIANA AVE, LAFAYETTE, LA 70501 | |
| 10925 | WILUS, PAMELA, 36 NORTH DRIVE, TABERNACLE, NJ 08088-8652 | |
| 10925 | WIMBERGER, RICHARD, 17196 PENINSULA LANE, LAKEWOOD, WI 54138 | |
| 10925 | WIMBERLEY, MICHAEL, 4606 UNIVERSITY, WICHITA FALLS, TX 76308 | |
| 10925 | WIMBISH, STEPHEN, 2171 HUNTERS COVE, LAWRENCEVILLE, GA 30244 | |
| 10925 | WIMBLEY, RAMONA, 9820 EXPOSITION BLVD, LOS ANGELES, CA 90034 | |
| 10925 | WIMBUSH, ANGELIQUE, 23020 KIPLING, OAK PARK, MI 48237 | |
| 10925 | WIMBUSH, CARL, 14038 WISCONSIN ST, DETROIT, MI 48238-2372 | |
| 10925 | WIMBUSH, TINA, 18 HELEN CT, INDIAN HEAD, MD 20640 | |
| 10925 | WIMER, DANIEL, RD4 BOX 480, NEW CASTLE, PA 16101 | |
| 10925 | WIMMER, JANE, 4812 SOUTH PARK ROAD, KANSAS CITY, MO 64129 | |
| 10925 | WIMMER, THOMAS, 3733 EAST 191ST ST, NOBLESVILLE, IN 46060 | |
| 10925 | WIMS, SHIRLEY, 1902 WEST JACKSON, KNOXVILLE, IA 50138 | |
| 10924 | WIMSATT BUILDING MATERIALS, 1131 SYLVERTIS DRIVE, WATERFORD, MI 48328 | |
| 10924 | WIMSATT BUILDING MATERIALS, 33663 MOUND ROAD, STERLING HEIGHTS, MI 48310 | |
| 10924 | WIMSATT BUILDING MATERIALS, 36340 VAN BORN ROAD, WAYNE, MI 48184 | |
| 10924 | WIMSATT BUILDING MATERIALS, 3720 E. WASHINGTON, SAGINAW, MI 48601 | |
| 10924 | WIMSATT BUILDING MATERIALS, P.O. BOX 609, WAYNE, MI 48184 | |
| 10924 | WIN CHEMICALS & EQUIPMENT LTD, 1275 EGLINTON AVE E, MISSISSAUGA, ON L5E 1G9TORONTO | *VIA Deutsche Post* |
| 10924 | WIN CHEMICALS & EQUIPMENT LTD, 192 PEARL ST E, BROCKVILLE, ON K6V 1R4TORONTO | *VIA Deutsche Post* |
| 10924 | WIN CHEMICALS & EQUIPMENT LTD, 880 RANGEVIEW RD, MISSISSAUGA, ON L5E 1G9TORONTO | *VIA Deutsche Post* |
| 10925 | WIN CHEMICALS LIMITED, 1275 EGLINTON AVE EAST UNIT 61, MISSISSAUGA, ON L4W 2Z2CANADA | *VIA Deutsche Post* |
| 10925 | WIN WELL, 2330 ARTESIA ROAD, FULLERTON, CA 92653 | |
| 10925 | WINANS, CHARLENE, 127 CHENOWETH DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | WINANS, DEBRA M, 3826 TWIN PINES APT.B, UNIONTOWN, OH 44685 | |
| 10924 | WINBER COURT HOUSE, SAN DIEGO, CA 92199 | |
| 10925 | WINBERG, JUANITA, 4107 MARY KAY DR, INDIANAPOLIS, IN 46221 | |
| 10925 | WINBORN JR, JAMES, PO BOX 751603, MEMPHIS, TN 38175 | |
| 10925 | WINBUSH, GWENDOLYN, 377 SO HARRISON ST, EAST ORANGE, NJ 07018 | |
| 10925 | WINCE, GAYLA, 1326 N. 19TH ST, MILWAUKEE, WI 53205 | |
| 10925 | WINCE, GAYLA, 7221 W PARKLAND CT, MILWAUKEE, WI 53223 | |
| 10925 | WINCHELL, DIANE, 16401 NORMANDY LANE, HUNTINGTON BEACH, CA 92647 | |
| 10925 | WINCHELL, GEORGE, 8781 E ORCHID ISLAND CIR, VERO BEACH, FL 32963 | |
| 10925 | WINCHELL, MICHAEL, 4100 HWY 142, PHILPOT, KY 42366 | |
| 10925 | WINCHELL, PAUL, 103 SOUTHWAY, SEVERNA PARK, MD 21146-2711 | |
| 10924 | WINCHESTER BUILDING SUPPL, 2001 MILLWOOD PIKE, WINCHESTER, VA 22601 | |
| 10924 | WINCHESTER BUILDING SUPPLY, 2001 MILLWOOD PIKE, WINCHESTER, VA 22601 | |
| 10924 | WINCHESTER BUILDING SUPPLY, RT 50 EAST, WINCHESTER, VA 22601 | |
| 10924 | WINCHESTER DIST. MEMORIAL, 566 LOUISE STREET, WINCHESTER, ON K0C 2K0TORONTO | *VIA Deutsche Post* |
| 10925 | WINCHESTER HOSPITAL, 41 HIGHLAND AVE, WINCHESTER, MA 01890-1496 | |
| 10925 | WINCHESTER SYSTEMS INC, PO BOX 9170, BOSTON, MA 02209 | |
| 10925 | WINCHESTER TESTING LAB, 13 HENSHAW ST, WOBURN, MA 01888 | |
| 10925 | WINCHESTER, BARBARA, 25 KELLEY WAY, SOUTH DENNIS, MA 02660 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　WINCHESTER, DORA, 1718 ALEXANDER AVE, OWENSBORO, KY 42301

10925　WINCHESTER, GERALD, 3014 VEATCH RD, OWENSBORO, KY 42301

10925　WINCHESTER, STEVEN, 3975 FRED STEVENS LNLANE, CHOCTAW, OK 73020

10924　WINCO MANUFACTURING CO., INC., 6200 MAPLE AVENUE, SAINT LOUIS, MO 63130

10925　WINCO PRODUCTS, INC, PO BOX 2600, WHITEHOUSE, OH 43571

10925　WINCO PRODUCTS, INC, PO BOX 2905, WHITEHOUSE, OH 43571

10925　WINCO WINDOW COVERINGS INC, 9 BOYD ST, WATERTOWN, MA 02172

10924　WIND RIVER ROOF DECKS, 11350 LUNA ROAD, DALLAS, TX 75229

10925　WIND, LUCILLE, 185 N GLENCOE RD, NEW SMYRNA BCH, FL 32169

10925　WIND, LUCILLE, 2051 PIONEER TR, NEW SMYRNA BCH, FL 32168

10925　WINDBREAKER ASSOCIATES, 19 WEST 21ST ST. STE. 301, NEW YORK, NY 10010

10925　WINDELL J HOLLAND, 3031 DUCKER HILL RD, SIGNAL MTN, TN 37377-6169

10925　WINDEMUTH, LAVOLA, 2209 MONTE CARLO, MODESTO, CA 95350

10925　WINDER HASLAM, SUITE 400, 175 W. 200 SOUTH, SALT LAKE CITY, UT 84110

10925　WINDES, WILLIAM, 5515 BODDIE ROAD, HERNDON, KY 42236-9998

10924　WINDGATE, @ ULSTER COUNTY, LLOYD, NY 12528

10925　WINDHAM INTERNATIONAL, PO BOX 4928, WARREN, NJ 07059-0928

10924　WINDHAM SAND & STONE INC., P O BOX 346, WILLIMANTIC, CT 06226

10925　WINDHAM, F, ROUTE 1 BOX B-12, LAMAR, SC 29069

10925　WINDHAM, TIMOTHY, 338 N. MILTON DR., SAN GABRIEL, CA 91775

10925　WINDHAM, WILLIAM, 305 WOOD DUCK LN, MYRTLE BEACH, SC 29577

10925　WINDLEY, FELECIA, 610 ELM ST EXT, BELHAVEN, NC 27810

10925　WINDMILLER, THOMAS, 411 BALTIC AVE, FERNDALE, MD 21061

10925　WINDOM JR., BERNARD, PO BOX 5154, ODESSA, TX 79764

10924　WIN-DOR SUPPLIES, 448 B BROOKLYN STREET, WINNIPEG, MB R3J 1M7TORONTO　　*VIA Deutsche Post*

10924　WINDOW TECH SYSTEMS INC., 15 STONEBREAK ROAD, BALLSTON SPA, NY 12020

10925　WINDOWN NT MAGAZINE, 221 E 29TH ST, LOVELAND, CO 80539

10925　WINDOWS ON THE BAY, 1402 COLONY RD, PASADENA, MD 21122

10925　WINDOWS SOURCES, PO BOX 59103, BOULDER, CO 80322-9103

10925　WINDSHIELDS AMERICA, POBOX A-3970, CHICAGO, IL 60690-3970

10924　WINDSOR BUILDING SUPPLY, DO NOT SELL (GOING OUT OF BUS., POUGHKEEPSIE, NY 12601

10924　WINDSOR CONCRETE CO, 500 W COLT, WINDSOR, MO 65360

10924　WINDSOR ELECT, 116-03 METROPOLITAN AVE., JAMAICA, NY 11418

10925　WINDSOR HOMES, 301 S STOUGHTON ROAD, MADISON, WI 53714-3093

10925　WINDSOR HOMES, LAFOLLETTE GODFREY & KAHN LINDA M, PO BOX 2719, MADISON, WI 53701-2719

10925　WINDSOR MANAGEMENT CO., 976 LEXINGTON ST, WALTHAM, MA 02154

10925　WINDSOR REALTY GROUP, THE, 550 PHARR ROAD SUITE 200, ATLANTA, GA 30305

10924　WINDSOR SCHOOL, C/O EAST COAST FIREPROOFING, C/O NORWOOD WAREHOUSE, 505 UNIVERSITY AVE - BLDG 3, NORWOOD, MA 02062

10925　WINDSOR, BETTY K, 1019 NORTH ARTHUR ST, LITTLE ROCK, AR 72207-6301

10925　WINDSOR, JANET K, UU.J,.KOU102, OKLAHOMA CITY OK, OK 73159

10925　WINDSOR, MARY, BOX 20, OAK RIDGE, LA 71264

10925　WINDSOR, WILLIAM, 12991 CLARK ST., CLIVE, IA 50325

10925　WINDSOR-JONES GROUP, INC, 5150 HIDALGO, HOUSTON, TX 77056-6411

10925　WINDT, JOSEPH, 7646 W. GREENWOOD, MORTON GROVE, IL 60053

10924　WINDWARD 200, C/O ALPHA INSULATION, ALPHARETTA, GA 30202

10925　WINDY CITY EQUIPMENT, 1150 DAVIS ROAD, ELGIN, IL 60123

10924　WINDY POINT TWELVE STORY, 1400 MCCONNER PKWY, SCHAUMBURG, IL 60173

10924　WINDY POINT, 1400 MCCONNER PARKWAY, SCHAUMBURG, IL 60173

10925　WINEBRENNER, RONALD, 9421 SCHAAF ROAD, SHREVE, OH 44676

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WINECOFF, B, 167 CONFEDERATE ROAD, MOUNT ULLA, NC 28125 | |
| 10925 | WINEGAR, LOURIE, 6409 37TH, LUBBOCK, TX 79407 | |
| 10925 | WINEGLASS, TANIA, 4420 BERKSHIRE ROAD, INDIANAPOLIS, IN 46226 | |
| 10925 | WINES & VINES, 1800 LINCOLN AVE, SAN RAFAEL, CA 94901 | |
| 10925 | WINESDORFER, FRANCINE, 630 EVERGREEN RD, CROWNVILLE, MD 21032 | |
| 10925 | WINESETT, LETTY, 83 OFFSHORE DRIVE, GARDEN CITY, SC 29576 | |
| 10925 | WINEY, W. GRAY, 8 TAFT ST, NASHUA, NH 03060-5019 | |
| 10924 | WINFAB INC., 2080 S. CLEVELAND MASSILLON ROAD, AKRON, OH 44321 | |
| 10925 | WINFIELD GROUP, ARGUS GRP. LTD. - GEN COUNSEL, 320-108TH AVE NE, SUITE 406, BELLEVUE, WA 98004 | |
| 10924 | WINFIELD LOCKS, 1020 WEST 17TH STREET, COSTA MESA, CA 92627 | |
| 10925 | WINFIELD, PATRICIA, 676 W. BARROW, CHANDLER, AZ 85224 | |
| 10925 | WINFIELD, WILLIAM, 1152 LELAND CIRCLE, VIRGINIA BEACH, VA 23464 | |
| 10924 | WINFORD INSULATION LTD., 7938 WINSTON STREET, BURNABY, BC V5A 2H5TORONTO | *VIA Deutsche Post* |
| 10925 | WINFORD JR., JOHNNY, RT. 1, BOX 452K BULL HILL ROAD, GRAY COURT, SC 29645 | |
| 10925 | WINFORD, DAVID, 329 CHURCH ST, LAURENS, SC 29360 | |
| 10925 | WINFORD, JOHNNIE, 329 CHURCH ST LAURENS SC, LAURENS, SC 29360 | |
| 10925 | WINFORD, LEILA MAE, 65 C SPRING ST, LAURENS, SC 29360 | |
| 10925 | WINFREE, DANIEL, 1024 MILDRED ST, SULPHUR, LA 70663 | |
| 10925 | WINFREY, C, 708 OSAGE, NOEDESHA, KS 66757 | |
| 10925 | WINFREY, RODERICK, 703 HOUSTON ST, BATAVIA, IL 60510 | |
| 10925 | WINFRIED H HUNDERT, 5 BROCSTER COURT, PHOENIX, MD 21131-1922 | |
| 10925 | WING, GEOFFREY N, 307B MARLOW BOTTOM, BUCKINGHAMSHIRE, MARLOW, SL7 3QFUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | WING, GINA, 1100 E BIDDLE ST, BALTIMORE, MD 21202 | |
| 10925 | WING, JERRY, 3 LINKSIDE LANE, TAYLORS, SC 29687 | |
| 10925 | WINGARD, JAMES, PO BOX 374, BARTOW, FL 33831 | |
| 10924 | WINGATE INN, GREENSBORO WAREHOUSE, 502 RADAIRE RD., GREENSBORO, NC 27410 | |
| 10925 | WINGATE, GEORGETTE, 12022 STONEY PASS, SAN ANTONIO, TX 78247 | |
| 10925 | WINGATE, LINDA, 8524 TODD ROAD, CHARLOTTE, NC 28214 | |
| 10925 | WINGATE, RODNEY, 6804 SPRING LAKE DR, CHARLOTTE, NC 28212 | |
| 10925 | WINGE REISEBUREAU AS, STORGT 4A, BODE, 08001NORWAY | *VIA Deutsche Post* |
| 10924 | WINGER CONCRETE PROD., 6857 HWY 51, HAZELHURST, WI 54531 | |
| 10924 | WINGER CONCRETE PRODS INC, 6857 HWY  51 SOUTH, HAZELHURST, WI 54531 | |
| 10924 | WINGER CONCRETE PRODS INC, 6857 HWY 51 S., HAZELHURST, WI 54531 | |
| 10924 | WINGER CONCRETE PRODS INC, STAR RTE, HAZELHURST, WI 54531 | |
| 10925 | WINGERT, LUCIA, RT 2 BOX 229, WILLARD, MO 65781 | |
| 10925 | WINGERTER LABORATORIES INC, PO BOX 611450, NORTH MIAMI, FL 33261-1450 | |
| 10925 | WINGET, ANDREA, 1975 OLD ARCADIA RD, MINDEN, LA 71055 | |
| 10925 | WINGET, LINDA, 1975 OLD ARCADIA, MINDEN, LA 71055 | |
| 10925 | WINGETT, PAMBY, 6627 PRSTN TER SW, #3, CEDAR RAPIDS, IA 52404 | |
| 10925 | WINGFIELD SCALE CO., 2205 HOLTZCLAW AVE., CHATTANOOGA, TN 37404 | |
| 10925 | WINGFIELD, RICHARD, 3002, LARGO, FL 34641 | |
| 10925 | WINGFOOT COMMERCIAL TIRE, 2518 DEANS BRIDGE RD, AUGUSTA, GA 30906 | |
| 10925 | WINGO, CLYDE, 1621 COUNTY RD., CARTHAGE, MO 64836 | |
| 10925 | WINGO, GENEVA, PO BOX 268, WELLFORD, SC 29385-0268 | |
| 10925 | WINGO, JIM, 5161 NORWAY DR, VENTURA, CA 93001 | |
| 10925 | WINGO, RANDALL, 631 SHEFWOOD DR, EASLEY, SC 29642 | |
| 10924 | WINGRA READY MIX, P O BOX 44284, MADISON, WI 53744 | |
| 10924 | WINGRA READY MIX, RT 2 VERONA RD & COUNTY TRK PD, MADISON, WI 53711 | |
| 10924 | WINGRA REDI MIX, INC., 5185 REINER RD., PO BOX 44284, MADISON, WI 53744 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924　WINGRA REDI-MIX, P.O.BOX 44284, MADISON, WI 53744

10925　WINIFRED B CRAMMOND, 134 CALLE JACARANDA, BROWNSVILLE, TX 78520-7412

10925　WINIFRED BAUM TR UA SEP 14 00, THE WINIFRED BAUM TRUST, 409 JACOBS ST, EDMOND, OK 73034-4415

10925　WINIFRED JEANNINE BUJOL DUNN, 25330 HACKBERRY LANE, PLAQUEMINE, LA 70764-4508

10925　WINIFRED L MILLER TR UA JUN 14 93, WINIFRED L MILLER LIVING TRUST, 13560 NW SPRINGVILLE RD, PORTLAND, OR 97229-1613

10925　WINIFRED LAVERNA LANE, 521 HAMPSHIRE, LONGVIEW, TX 75605-3719

10925　WINIFRED M AMOS, 28 ALLEGHENY AVE, SUITE 908, TOWSON, MD 21204-1300

10925　WINIFRED VON STEIN, PO BOX 18185, OKLAHOMA CITY, OK 73154-0185

10925　WINK DAVIS EQUIPMENT CO., DEPT. NC 00066, PO BOX 530110, ATLANTA, GA 30353-0110

10925　WINK, NICK, 2714 WRIGHTS LANDING ROAD, OWENSBORO, KY 42303

10925　WINK, WILLIAM, 5206 SHEFFIELD DR, OWENSBORO, KY 42301

10925　WINKEL JT TEN, THOMAS E & MARY C, 27492 CABEZA, MISSION VIEGO, CA 92691-1004

10925　WINKEL, HEATHER, 1019 W. LAIRD, TEMPE, AZ 85281

10925　WINKEL, THOMAS, 37 COLONIAL DR, WESTFORD, MA 01886

10925　WINKEL, THOMAS, 37 COLONIAL DRIVE, WESTFORD, MA 01886

10925　WINKELMAN, ELAINE, 30375 RUSH, GARDEN CITY, MI 48135

10925　WINKELMAN, MARTIN F, CUST FOR JAIME WINKELMAN, UNIF GIFT MIN ACT NY, 501 E 87 ST APT 20B, NEW YORK, NY 10128-7604

10925　WINKELMAN, MARTIN F, CUST FOR TARYN WINKELMAN, UNIF GIFT MIN ACT NY, 501 E 87 ST APT 20B, NEW YORK, NY 10128-7604

10925　WINKLEBLACK, LARRY, HC51 BOX 59D, HOLLIDAY, TX 76366

10925　WINKLER MECHANICAL INC., PO BOX 240023, MILWAUKEE, WI 53224-9001

10925　WINKLER, DANIEL, 4416 EASTWOOD CT, FAIRFAX, VA 22032

10925　WINKLERS, INC, 4307 SOUTHWESTERN BLVD., BALTIMORE, MD 21229

10925　WINKLES, D, 6302 GREEN VALLEY, GARLAND, TX 75043-6110

10925　WINKLEY, PATRICIA M, 1221 LISA LN., SCHERERVILLE, IN 46375

10925　WINKLEY, PATRICIA, 1221 LISA LANE, SHERERVILLE, IN 46375

10924　WINLECTRIC, 1616 RIVERSIDE DR., FORT COLLINS, CO 80524

10924　WINLECTRIC, 3404 E. HARMONY RD., FORT COLLINS, CO 80525

10924　WINN EXPLORATION CO., INC., HWY. 57 NORTH, EAGLE PASS, TX 78852

10925　WINN TECHNOLOGY GROUP INC, PO BOX 927, PALM HARBOR, FL 34682-0927

10925　WINN, ANDREA, 6413 CANUTE DR, RICHMOND, VA 23234

10925　WINN, ANNE, 16 LEDGEWOOD HILLS, NASHUA, NH 03062

10925　WINN, CRAIG, 3062 RESERVOIR, SIMI VALLEY, CA 93065

10925　WINN, JANICE, 6 FORESIDE ST., METHVEN, MA 01844

10925　WINN, JEAN, 314 OLIVE ST., CHIPPEWA FALLS, WI 54729

10925　WINN, JULIA, 143 OAK ST, BRIDGEWATER, NJ 08807

10925　WINN, LARRY, 208 W QUAPAW, LINDSAY, OK 73052

10925　WINN, LESLEY, 36 TOBLIN HILL DRIVE, SHREWSBURY, MA 01545

10925　WINN, PATRICIA, 3212 NEWFOUND LN, CHESTER, VA 23831

10925　WINN, STEPHANIE, 5108 JAMES, AMARILLO, TX 79106

10925　WINNE, ELWYN, 2096 WINDWARD WAY, VERO BEACH, FL 32963-3093

10925　WINNE, LISA, 6 WOODTHORNE CT, OWINGS MILLS, MD 21117

10924　WINNERAM INTERNATIONAL INC, 1854 FLORADALE AVE, EL MONTE, CA 91733

10925　WINNICKI, CHRIS, 315 CZAPLICKI ST, MANVILLE, NJ 08835

10925　WINNIFORD, JOHN, 1235 FULTON AVE, VALLEJO, CA 94591

10925　WINNING AUTO SERVICE, 55 HIGH ST, BILLERICA, MA 01862

10925　WINNING COMBINATION, 1753 CLOVERFIELD BLVD., SANTA MONICA, CA 90404

10925　WINNINGHAM, ROBERT, 2191A SOUTH VICTOR ST, AURORA, CO 80014

10925　WINN-MARION SUMMIT, PO BOX 201715, HOUSTON, TX 77216-1715

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WINNS EXPRESS COMPANY, POBOX 2006, WOBURN, MA 01888

10924   WINONA CONCRETE PRODUCTS, P O DRAWER 1500, BATESVILLE, MS 38606

10924   WINONA CONCRETE, PO BOX 1500, BATESVILLE, MS 38606

10925   WINONA FAMILY PRACTICE ASSOC, 700 WOODLAND DR, WINONA, MS 38967

10925   WINONICS BREA, 660 NORTH PUENTE ST, BREA, CA 92621

10925   WINONICS INC, 1257 SOUTH STATE COLLEGE BLVD, FULLERTON, CA 92631

10925   WINONICS INC, 3724 MCCART AVE, FORT WORTH, TX 76110

10925   WINPHRIE, CHARLIE, 104 DAIL ST, LAURENS, SC 29360

10924   WINROC, 4424 POLARIS AVE, LAS VEGAS, NV 89103

10924   WINROC, 5038 LAKEWOOD RD., BULLHEAD CITY, AZ 86442

10925   WINSELMANN, KAREN, 4236 N OCEAN DR, HOLLYWOOD, FL 33019-4000

10925   WINSETT, MICKEY, 103 WEST JACKSON, COVINGTON, OK 73770

10924   WINSLOW ALUMINUM, INC., PO BOX 4565, VASSALBORO, ME 04989

10925   WINSLOW, CLANTON, 5104 HAYES ROAD, LAKELAND, FL 33811-1508

10925   WINSLOW, GERALD, 688 DICK ROAD, CHEEKTOWAGA, NY 14225

10925   WINSLOW, JOHN, 5104 HAYES ROAD, LAKELAND, FL 33803

10925   WINSLOW, LYLE, 314 CAREY PLACE, LAKELAND, FL 33803

10925   WINSLOW, M CRAIG, 4207 CEDAR RIDGE TRAIL, HOUSTON, TX 77059

10925   WINSLOW, VIVIAN, 171 TALBERT ROAD, MOORESVILLE, NC 28115

10924   WINSLOW, WINSLOW, AZ 86047

10925   WINSON GRAPHICS, 1105 44TH. DR., LONG ISLAND CITY, NY 11011

10925   WINSON GRAPHICS, 44-02 11TH ST., LONG ISLAND CITY, NY 11101

10925   WINSTEAD, CHARLES, 102 STUMPY LAKE CT, SUFFOLK, VA 23434

10925   WINSTEAD, LISA, 7025 SAMPLE DRIVE, THE COLONY, TX 75056

10925   WINSTEAD, THOMAS, 410 W. LEGION BLVD., OWENSBORO, KY 42303

10925   WINSTEL CONTROLS CO., 1423 QUEEN CITY AVE., CINCINNATI, OH 45214

10925   WINSTEL CONTROLS CO., PO BOX 14483, CINCINNATI, OH 45250-0483

10925   WINSTON BUILDERS CORP, POBOX 990, WESTBORO, MA 01581

10924   WINSTON CONTAINER CO, PO BOX668085, CHARLOTTE, NC 28266

10924   WINSTON CONTAINER COMPANY, 1 WINSTON CONTAINER ROAD, CHARLOTTE, NC 28266

10925   WINSTON E WHIGHAM &, GAPIE WHIGHAM JT TEN, 2031 CYNTHIA DR, TALLAHASSIE, FL 32303-7303

10925   WINSTON LEAR, 161 OAKDALE DR, MORGANTON, NC 28655-9658

10925   WINSTON MCKENZIE, 160 DAFFODIL DR, GEORGETOWN, SC 29440

10925   WINSTON, ANN, 245 TENNYSON, THOUSAND OAKS, CA 91360

10925   WINSTON, BARBARA A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   WINSTON, BARBARA, 52 RUSTIC ST, NEWTON, MA 02458

10925   WINSTON, CATHY, RT 3 BOX 470, MOMENCE, IL 60954

10925   WINSTON, JAMES, 5101 BRIMFIELD DRIVE, UPPER MARLBORO, MD 20772

10925   WINSTON, PATRICIA, RT 3 BOX 377C, MOMENCE, IL 60954

10925   WINSTON, RHONDA, 3821 W. KEENEY, SKOKIE, IL 60076

10925   WINT, LH, 73 FULLER PLACE, IRVINGTON, NJ 07111

10924   WINTER BROS CONCRETE, 13098 GRAVOIS, SAINT LOUIS, MO 63127

10924   WINTER BROTHERS CONCRETE, 11911 DORSETT ROAD, MARYLAND HEIGHTS, MO 63043

10924   WINTER BROTHERS CONCRETE, 13098 GRAVOIS ROAD, SAINT LOUIS, MO 63127

10924   WINTER BROTHERS CONCRETE, 8000 IVORY AVENUE, SAINT LOUIS, MO 63111

10924   WINTER BROTHERS CONCRETE, GUMBO PLANT, CHESTERFIELD, MO 63005

10925   WINTER FIRE PROTECTION CO, THE, 255 N. 121ST ST, MILWAUKEE, WI 53226

10925   WINTER GROWTH ADULT DAY CARE CENTER, 5460 BEAVER FALL ROAD, COLUMBIA, MD 21044

10924   WINTER HARBOR ANIMAL HOSPITAL, 667 N. MAIN STREET, WOLFEBORO, NH 03894

10924   WINTER INC. OF SIOUX FALLS, 47197 WINTER PLACE, SIOUX FALLS, SD 57107

10924   WINTER INC., 110 32ND AVE, BROOKINGS, SD 57006

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WINTER WYMAN & CO INC, PO BOX 845050, BOSTON, MA 02284-5050

10925   WINTER, DENNIS, 715 MONTREAL PL, DE PERE, WI 54115

10924   WINTER, INC, 110 32ND AVE, BROOKINGS, SD 57006

10924   WINTER, INC., 110 32ND AVENUE, BROOKINGS, SD 57006

10925   WINTER, JAMES, 6705 WINDING WAY, DE FOREST, WI 53532

10925   WINTER, JODY, 14 WHITNEY ST, 4, NASHUA, NH 03060

10925   WINTER, LLOYD, 6000 N GLENWOOD SPACE #32, BOISE, ID 83714

10925   WINTER, NANCY, 6145 CARRIE PL, INDIANAPOLIS, IN 46237

10925   WINTER, WAYNE, 304 EDWARD ST, HOUMA, LA 70360

10925   WINTERBOTTOM, ATHERT, 7706 WILLOW STREAM CT. BLDG 41 #102, DALLAS, TX 75230

10925   WINTERING, MICHAEL R, 6500 BUSCH BLVD, SUITE 226, COLUMBUS, OH 43229-1738

10925   WINTERMUTE, CHRIS, DAYS INN, RM#1122, ALLENTOWN, PA 18104

10925   WINTEROWD, ANN, 17205 SUNBIRD LANE, RENO, NV 89506

10925   WINTERROWD, CARY, 209 NORTH EAST 20TH, GUYMON, OK 73942

10925   WINTERROWD, LONNIE, 6806 B 4TH, LUBBOCK, TX 79416

10925   WINTERS BREWSTER MURPHY, 111 W. MAIN ST., MARION, IL 62595

10924   WINTERS THERMOGAUGES, LTD., 121 RAILSIDE ROAD, ETOBICOKE, ON M8Z 2G6TORONTO     **\*VIA Deutsche Post\***

10925   WINTERS, ARTHUR, 6 VILLAGE RD, CHESTER, NH 03036-4035

10925   WINTERS, E, 1632 NEW YORK AVE, LANSING, MI 48912

10925   WINTERS, FREDERICK, 1420 S HIGHLAND AVE APT L107, FULLERTON, CA 92632

10925   WINTERS, GARY, CUST FOR JOHN IRWIN, UNIF GIFT MIN ACT CA, 210 AVENIDA MONTALVO, SAN CLEMENTZ, CA 92672-4482

10925   WINTERS, GARY, CUST FOR LISA JOY SCHLENBACH, UNDER UNIF GIFT MIN ACT CA, 210 AVENIDA MONTALVO, SAN CLEMENTZ, CA 92672-4482

10925   WINTERS, GARY, CUST FOR REBECCA LYNN SCHLENBACH UNIF GIFT MIN ACT, 210 AVENIDA MONTALVO, SAN CLEMENTZ, CA 92672-4482

10925   WINTERS, JOSEPH, 1931 ORCHID ST, LAKE CHARLES, LA 70601

10925   WINTERS, MARK, 408 GRALAN RD, CATONSVILLE, MD 21228

10925   WINTERS, MYRICK, 315 GUILBEAU RD., LAFAYETTE, LA 70506

10925   WINTERS, PHYLLIS, 1632 NEW YORK AVE, LANSING, MI 48906

10925   WINTERS, RAYMOND, 221 W GIBBONS ST, LINDEN, NJ 07036

10925   WINTERS, REBECCA, 1010 SUGAR LANE #317, PALESTINE, TX 75801

10925   WINTERS, VONDA, 2523 OHIO DRIVE, 1202, PLANO, TX 75093

10925   WINTERSON, GEORGE, 40 ENDICOTT ST, LOWELL, MA 01854-2421

10925   WINTERSON, JR, GEORGE, PO BOX 2148, DUXBURY, MA 02331

10925   WINTERTHUR INVESTMENT, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10020

10925   WINTHER, DANA, 409 CHESTNUT, ANITA, IA 50020

10924   WINTHROP HOSPITAL, 120 MINEOLA BOULEVARD, MINEOLA, NY 11501

10924   WINTHROP HOSPITAL, 259 1ST STREET, MINEOLA, NY 11501

10925   WINTHROP PRINTING CO INC, POBOX 42018, PROVIDENCE, RI 02940

10925   WINTHROP PRINTING CO, INC, PO BOX 42018, PROVIDENCE, MA 02940

10924   WINTHROP UNIVERSITY HOSPITAL, 259 1ST STREET, MINEOLA, NY 11501

10925   WINTZ FREIGHTWAYS, PO BOX 75726, SAINT PAUL, MN 55175-0726

10924   WINYAH CONCRETE & BLOCK, ATTN:  ACCOUNTS PAYABLE, GEORGETOWN, SC 29442

10925   WINYAH CONCRETE, 644 A BILLAMY ROAD, MURRELLS INLET, SC 29576

10924   WINYAH CONCRETE, P O BOX 699, GEORGETOWN, SC 29440

10924   WINYAH/APAC CAROLINA INC., 114 RIDGE ST, GEORGETOWN, SC 29440

10924   WINYAH/APAC CAROLINA INC., 12414 HIGHWAY 707, MURRELLS INLET, SC 29576

10924   WINYAH/APAC CAROLINA INC., 2555 FIRE TOWER RD., LITTLE RIVER, SC 29566

10924   WINYAH/APAC CAROLINA INC., 514 RONALD MCNAIR BLVD, MYRTLE BEACH, SC 29579

10924   WINYAH/APAC CAROLINA INC., HIGHWAY 501, CONWAY, SC 29526

10924   WINYAH/APAC CAROLINA INC., RAILROAD AVENUE & STUCKEY ST, JOHNSONVILLE, SC 29555

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WINYALL, MILTON, 6402 BEECHWOOD DRIVE, COLUMBIA, MD 21046-1011 | |
| 10925 | WIPPERFURTH EXCAVATING, GERALD WIPPERFURTH, 815 DIVISION ST, WAUNAKEE, WI 53597 | |
| 10925 | WIPPERFURTH, JOSEPH, 3941 STATE HWY 19, DE FOREST, WI 53532 | |
| 10925 | WIRCHANSKY, DEBRA, 1357 PADDINGTON RD, MAHWAH, NJ 07430 | |
| 10925 | WIRE CLOTH MANUFACTURING, 6001 WEST DICKENS, CHICAGO, IL 60639 | |
| 10924 | WIRE PRODUCTS OF HAWAII, 729 AHUA ST, HONOLULU, HI 96819 | |
| 10924 | WIRE ROPE CORP. OF AMERICA, INC., 4957 HOME ROAD, WINSTON SALEM, NC 27105 | |
| 10924 | WIRE ROPE CORP. OF AMERICA, INC., PO BOX 288, SAINT JOSEPH, MO 64502 | |
| 10924 | WIRE TECHNOLOGIES INC, N2570 MCCABE RD, KAUKAUNA, WI 54130 | |
| 10925 | WIRED, 520 THIRD ST., SAN FRANCISCO, CA 94107 | |
| 10925 | WIRED, PO BOX 55689, BOULDER, CO 80322-5689 | |
| 10924 | WIREGRASS HOSPITAL, CUSTOMER PICK-UP, GENEVA, AL 36340 | |
| 10924 | WIREGRASS READY MIX, 819 TORO ROAD, HARTFORD, AL 36344 | |
| 10925 | WIRELESS INSTALLATION SERVICES INC., 200 HAWTHORNE AVE SE, SALEM, OR 97301 | |
| 10925 | WIRELESS NETWORKS CALGARY, 4401 WESTWINDS DR NE, CALGARY, AB T3J 3R3CANADA | *VIA Deutsche Post* |
| 10925 | WIREMAN, BILLIE, 6159 DEER VALLEY, SAN ANTONIO, TX 78242 | |
| 10925 | WIREMAN, DAVID, BOX 19A - RT. 1, SAN PEIRRE, IN 46374 | |
| 10925 | WIRKUS, DICK F, 10054 ROSCOE BLVD, SUN VALLEY, CA 91352-3633 | |
| 10925 | WIRSIG, S., 218 CAUSEWAY ST, MEDFIELD, MA 02052 | |
| 10925 | WIRSIG, VERNON, 302 NAVAHO DRIVE, KEOKUK, IA 52632-2027 | |
| 10925 | WIRTH, BARBARA, 13 GOLFVIEW ROAD, LAKE ZURICH, IL 60047 | |
| 10925 | WIRTZ JT TEN, JOHN J & KATHLEEN ANN, 5744 ROCKHILL RD, KANSAS CITY, MO 64110-2766 | |
| 10925 | WIRTZ RENTALS CO., 5707 SOUTH ARCHER ROAD, SUMMIT, IL 60501-1398 | |
| 10925 | WIRTZ RENTALS, SUMMIT DIV, SUMMIT, IL 60501-1398 | |
| 10925 | WIRTZ, THOMAS, 269 PAGE ST, STOUGHTON, MA 02072 | |
| 10925 | WISCH, LINDA, 3512 MICHAEL AVE, PARK CITY, IL 60085 | |
| 10925 | WISCHHUSEN, FRED, 39 PEACOCK FARM RD, LEXINGTON, MA 02173-6341 | |
| 10925 | WISCHHUSEN, FRED, 39 PEACOCK FARM RD, LEXINGTON, MA 02421-6341 | |
| 10925 | WISCONSIN ATTY GENERAL, ATTN: JAMES E DOYLE, STATE CAPITOL, #114 EAST, PO BOX 7857, MADISON, WI 53707 | |
| 10924 | WISCONSIN BRICK & BLOCK, 34215 MARKET ST, BURLINGTON, WI 53105 | |
| 10924 | WISCONSIN BRICK & BLOCK, 6399 NESBITT RD, MADISON, WI 53719 | |
| 10924 | WISCONSIN BRICK & BLOCK, 6399 NESBITT ROAD, MADISON, WI 53719 | |
| 10924 | WISCONSIN BRICK & BLOCK, BOX 4952, MADISON, WI 53711 | |
| 10924 | WISCONSIN BRICK & BLOCK, P O BOX 4952, MADISON, WI 53711 | |
| 10924 | WISCONSIN BRICK & BLOCK, PO BOX 4952, MADISON, WI 53719 | |
| 10924 | WISCONSIN BRICK&BLOCK, PO BOX44952, MADISON, WI 53744 | |
| 10925 | WISCONSIN CENTRAL LTD., PO BOX 95425, CHICAGO, IL 60694 | |
| 10925 | WISCONSIN CONCRETE MASONARY, 1123 N. WATER ST, MILWAUKEE, WI 53202 | |
| 10925 | WISCONSIN CONCRETE MASONARY, 9501 S. SHORE ROAD, VALDERS, WI 54245 | |
| 10925 | WISCONSIN CONCRETE PAVEMENT, 2423 AMERICAN LN, SUITE 1, MADISON, WI 53704 | |
| 10925 | WISCONSIN CONTROL CORP, 700 N. GLENMORE ST, LOCKPORT, IL 60441 | |
| 10925 | WISCONSIN CONTROL CORP, N8 W22520-A JOHNSON DR, WAUKESHA, WI 53186 | |
| 10924 | WISCONSIN CTR., C/O J.L. MANTA, N.E. CORNER OF WISCONSIN AVE & 6TH, MILWAUKEE, WI 53203 | |
| 10925 | WISCONSIN DATCP, PO BOX 8911, MADISON, WI 53708-8911 | |
| 10925 | WISCONSIN DEPT OF AGRICULTURE, ATTN: ALAN MACKENZIE, PO BOX 8911, MADISON, WI 53707 | |
| 10925 | WISCONSIN DEPT OF NATURAL RESOURCES, 101 S WEBSTER ST, MADISON, WI 53703 | |
| 10925 | WISCONSIN DEPT OF REVENUE, 718 WEST CLAIREMONT, EUA CLAIRE, WI 54701-6190 | |
| 10925 | WISCONSIN DEPT OF REVENUE, 819 N 6TH ST, MILWAUKEE, WI 53203-1682 | |
| 10925 | WISCONSIN DEPT OF REVENUE, PO BOX 8901, MADISON, WI 53708-8901 | |
| 10925 | WISCONSIN DEPT. OF NATURAL, DRAWER #7921, MADISON, WI 53707-7921 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WISCONSIN DRYWALL DISTRIBUTER, 4949 NORTH 119TH ST., MILWAUKEE, WI 53225

10925   WISCONSIN ELECTRIC POWER CO., 333 WEST EVERETT ST, MILWAUKEE, WI 53201-9537

10924   WISCONSIN ELECTRIC POWER, GAS BUSINESS UNIT STOREROOM, HWY KR JUST WEST OF HWY 32, SOMERS, WI 53171

10925   WISCONSIN ELECTRIC POWER, POBOX 2089, MILWAUKEE, WI 53201-2089

10925   WISCONSIN EMERGENCY MANAGEMENT, DRAWER 988, MILWAUKEE, WI 53293-0988

10925   WISCONSIN GAS CO., PO BOX 70474, MILWAUKEE, WI 53270-0474

10924   WISCONSIN INVESTCAST, 661 S 12TH STREET, WATERTOWN, WI 53094

10925   WISCONSIN LIFT TRUCK CORP., BOX 68-9647, MILWAUKEE, WI 53268-9647

10924   WISCONSIN LINTEL, INC, P.O. BOX 786, GERMANTOWN, WI 53022-0786

10924   WISCONSIN LINTEL, INC., N112 W 14343 MEQUON ROAD, GERMANTOWN, WI 53022

10924   WISCONSIN LINTEL, INC., N112 W14343 MEQUON ROAD, GERMANTOWN, WI 53022

10924   WISCONSIN LUTHERAN COLLEGE C/O WALL, 8800 BLUEMOUND BLVD, WAUWATOSA, WI 53226

10924   WISCONSIN LUTHERAN COLLEGE, 8800 W BLUEMOUND ROAD, MILWAUKEE, WI 53226

10924   WISCONSIN LUTHERAN COLLEGE, N14 W23777 STONE RIDGE DR, SUITE 140, WAUKESHA, WI 53188

10925   WISCONSIN MANUFACTURERS & COMMERCE, PO BOX 352, MADISON, WI 53701-0352

10924   WISCONSIN POWER & LIGHT, 883 WEST SCOTT STREET, FOND DU LAC, WI 54937-2078

10924   WISCONSIN POWER & LIGHT, PO BOX 192, MADISON, WI 53701-0192

10925   WISCONSIN READY MIXED CONCRETE, 9415 W. FOREST HOME AVE, HALES CORNERS, WI 53130

10925   WISCONSIN VALLEY SURVEYORS, 415 WEST THOMAS ST, WAUSAU, WI 54401

10925   WISCONSON OVEN, 2675 MAIN ST, EAST TROY, WI 53120

10925   WISCOVITCH, GLENDA, URB VILLA AIDA CALLE, CABO ROJO, PR 00623

10925   WISDOM, LORA, 1057 N.E. QUEENS CIR, LEES SUMMIT, MO 64064

10925   WISE CONFERENCE, MS 3257, COLLEGE STATION, TX 77843-3257

10924   WISE CONSTRUCTION CO., 910 11TH AVE. N., NORTH MYRTLE BEACH, SC 29582

10924   WISE CONSTRUCTION, 5121 FRIERSON ROAD, SUMTER, SC 29150

10925   WISE JULIAN, 3555 COLLEGE AVE, PO BOX 1108, PO BOX 1108, ALTON, IL 62002

10925   WISE JULIAN, 626 LEWIS & CLARK BLVD, PO BOX 100, EAST ALTON, IL 62024

10925   WISE UMASS LOWELL, ONE UNIVERSITY AVE, LOWELL, MA 01854-9914

10925   WISE, BEATRICE, 203 N. CAROLINA PL, DOVER, DE 19901

10925   WISE, BERNARD, 474 GOOD SPRING ROAD, AIKEN, SC 29801

10925   WISE, BILLY, 3423 CASON ROAD, PLANT CITY, FL 33566-9004

10925   WISE, BLAIR, 6319 PIONEER DR., BALTIMORE, MD 21214

10925   WISE, BRENDA, 703 WILKINS AVE, PLANT CITY, FL 33566-6232

10925   WISE, DALE, 373 AIKEN AVE, LOWELL, MA 01850

10925   WISE, ELIZABETH, 4000 BONNIE DRIVE, FORT WORTH, TX 76116

10925   WISE, ERNEST, RT. 3, BOX 147, DELHI, LA 71232

10925   WISE, GEORGE JR, ROUTE 5, BOX 120, WARSAW, MO 65355

10925   WISE, HAZEL, 6610 CEDAR LANE, COLUMBIA, MD 21044

10925   WISE, JIMMIE, 4710 W CHARLESTON AVE, PLANT CITY, FL 33566-8883

10925   WISE, JOYCE, 4630 BROADWAY, HAWTHORNE, CA 90250

10925   WISE, KERRY, HC 51 BOX 92-A, HOLLIDAY, TX 76366

10925   WISE, MARY, 4 HAWTHORNE RD, GREENVILLE, RI 02828

10925   WISE, PAMELA, 13921 BUTTERMILK RDG, LOUISVILLE, KY 40299

10925   WISE, RANDY, 7400 S. ARTESIAN AP, CHICAGO, IL 60629

10925   WISE, RAY, 358 HUNTER ROAD, DELHI,, LA 71232

10925   WISE, SALLY, 970 MATTERHORN, RENO, NV 89506

10925   WISE, SHARON, RT 3 BOX 384 M, ALICE, TX 78332

10925   WISE, STEPHEN, 509 GAYNELL DRIVE, HOUMA, LA 70364

10925   WISE, TERRY, 404-A BARNES, UKIAH, CA 95482

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WISEHEART, STACY, 232 STOUT ST, MT WASHINGTON, KY 40047

10925   WISEMAN, BECKI, 203 2ND ST. PO BOX 355, FREEMAN, MO 64746

10925   WISEMAN, ERIC, 3095 NAPPA TRAIL, STONE MTN, GA 30087

10925   WISEMAN, L, 1728 ALDER LANE, COLTON, CA 92324

10925   WISEMAN, TIMOTHY, 1725 S. HARDY, INDEPANDANCE, MO 64052

10925   WISEMEN, THE, 200 VESEY ST - FL 4814, NEW YORK, NY 10285

10924   WISEMER HEALTH CARE CENTER, C/O COMMERCIAL INTERIOR SYSTEMS, 1227 PINE GROVE AVE., PORT HURON, MI 48060

10925   WISENBAKER BROOKS, 313 WEST YORK ST, PO BOX 9545, SAVANNAH, GA 31412

10925   WISENBAKER, GREGORY, 1870 DRESDEN DR. APT. A-9, ATLANTA, GA 30319

10924   WISEWAY ELECTICAL  & LIGHTING, 8301 DIXIE HIGHWAY, FLORENCE, KY 41042

10924   WISEWAY ELECTRICAL & LIGHTING, 8301 DIXIE HIGHWAY, FLORENCE, KY 41042

10925   WISH LIST, THE, 3205 N ST , NW, WASHINGTON, DC 20007

10924   WISHARD HOSPITAL, C/O CIRCLE B, INDIANAPOLIS, IN 46204

10925   WISHNE, MARK, 370 FOREST KNOLL DR, PALATINE, IL 60074

10925   WISHNESKI, MICHAEL D, 4373 KRUEGERS QUARRY RD, OCONTO, WI 54153-9567

10925   WISHNESKI, MICHAEL, 4373 KRUEGERS QUARRY, OCONTO, WI 54153

10925   WISHNIA, GERALDINE, 7 HUTCHINS AVE., RANDOLPH, NJ 07867

10925   WISKERCHEN, MATTHEW, #6, GREEN BAY, WI 54311

10925   WISLER, ESQ, JEFFREY C, AND MICHELLE MCMAHON, ESQ, CONNOLLY, BOVE, LODGE & HUTZ, 1220 MARKET ST 10TH FLR, WILMINGTON, DE 19899

10925   WISNER ELECTRIC CO., 2701 FREDERICK AVE., BALTIMORE, MD 21223

10925   WISNER ELECTRIC CO., 2701-05 FREDERICK AVE., BALTIMORE, MD 21223

10925   WISNER, AUDREY, 247 MADISON AVE, READING, PA 19605

10925   WISNER, BRUCE, RR-2 BOX 256-39, WOODSVILLE, NH 03785

10925   WISNESKI, ROXANNE, 48567 ROMA VALLEY CR, UTICA, MI 48317

10925   WISNIEWSKI, CLAIRE, RD 2 BOX 447 5TH ROAD, MAYS LANDING, NJ 08330

10925   WISNIEWSKI, SANDRA, RR 1 BOX 184, MARTINTON, IL 60951

10925   WISNIEWSKI, SHIRLEY, 1021 ELM ST, READING, PA 19604

10925   WISNIEWSKI, TRACIE, 110 JEROME AVE, SOUTH BOUND BROOK, NJ 08880

10925   WISS, JANNEY, ELSTNER ASSOC, INC, PO BOX 71801, CHICAGO, IL 60694

10925   WISSLER, CLYDE, 318 26TH AVE SOUTH, CLEAR LAKE, IA 50428

10925   WISSLER, MALCOLM, 1618 KENOSHA RD, MURRAY, NE 68409

10925   WISSMANN, JOACHIM, 67 STARK ROAD, RANDOM LAKE, WI 53075

10925   WISSOT, RITA, 4090 INVERRARY DRIVE, LAUDERHILL, FL 33319-4530

10925   WIST OFFICE PRODUCTS CO., PO BOX 24118, TEMPE, AZ 85285-4118

10925   WISTEX INDUSTRIAL, 216 GODDARD BLVD, KING OF PRUSSIA, PA 19406

10925   WISTEX, INC, 619 HAMPTON AVE., SOUTHAMPTON, PA 18966

10925   WISTEX, INC, 619 HAMPTON AVE., SOUTHAMPTON, PA 18966-3780

10924   WITCHCRAFT TAPE PRODUCTS, 100 KLINTCHMAN DRIVE, COLOMA, MI 49038

10925   WITCHER, DOROTHY, 4211 DEER TRAIL, MIDDLEBURG, FL 32068

10925   WITCHER, PAMELA, 7350 MILWOOD ST., CANOGA PARK, CA 91303

10925   WITCHER, SONYA, RT 8 BOX 536 KEITH DDRIVE, ANDERSON, SC 29621

10925   WITCO CHEMICAL COMPANY, ONE AMERICAN LANE, GREENWICH, CT 06831

10925   WITCO CHEMICAL CORP, PO BOX 101520, ATLANTA, GA 30392

10925   WITCO CORP, ONE AMERICAN LANE, GREENWICH, CT 06831

10925   WITCO CORP., ONE AMERICAN LN., GREENWICH, CT 06831

10925   WITCO CORP., PO BOX 360313, PITTSBURG,, PA 05251

10925   WITCO CORP., PO BOX 93520, CHICAGO, IL 60673

10924   WITCO CORPORATION, 305 SOUTH STATE, RT. #2, FRIENDLY, WV 26146

10924   WITCO CORPORATION, 735 CLINTON STREET, BROOKLYN, NY 11231

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | WITCO CORPORATION, DEPT CH 10642, PALATINE, IL 60055-0642 | |
| 10925 | WITCO CORPORATION, DEPT. CH 10642, PALATINE, IL 60055-0642 | |
| 10925 | WITCO CORPORATION, ONE AMERICAN LANE #2, GREENWICH, CT 06831-2559 | |
| 10925 | WITCO CORPORATION, PO BOX 11573, NEWARK, NJ 07101 | |
| 10925 | WITCO CORPORATION, PO BOX 30996, HARTFORD, CT 06150 | |
| 10924 | WITCO CORPORATION, POLYMER GROUP, 700 COURT STREET, BROOKLYN, NY 11231-2193 | |
| 10925 | WITCO CORPORATION-ORGANICS DIV, PO BOX 93520, CHICAGO, IL 60673 | |
| 10925 | WITCO-ORGANICS DIV, PO BOX 101520, ATLANTA, GA 30392 | |
| 10925 | WITCRAFT, DON, 25235 S DRIFTER DR, SUN LAKES, AZ 85248 | |
| 10925 | WITEK, LINDA, 122 WILDFLOWER LANE, SOMERVILLE, NJ 08876 | |
| 10925 | WITHAM SALES & SERVICES, INC, 6435 HOWARD ST., HAMMOND, IN 46320 | |
| 10925 | WITHBOURN HUNTER, BOX 93154, PASADENA, CA 91109-3154 | |
| 10925 | WITHERINGTON, ARVILLE, 1969 CUSTAY GROVE DRIVE 99, LAKELAND, FL 33801-9998 | |
| 10925 | WITHERS TOOL DIE & MFG CO, 1238 VETERANS MEMORIAL HWY, MABLETON, GA 30126 | |
| 10925 | WITHERS TOOL, DIE, & MFG COMPANY, 1238 BANKHEAD HWY, MABLETON, GA 30059 | |
| 10925 | WITHERS, FALANA, 37-07 147 ST, #1E, FLUSHING, NY 11354-4701 | |
| 10925 | WITHERS, KATHLEEN, RD 1 BOX 264, BELLEVERNON, PA 15012 | |
| 10925 | WITHERSPOON, BENNIE, 2306 W FAYETTE ST, BALTIMORE, MD 21223-1426 | |
| 10925 | WITHERSPOON, CLARENCE, 925 N BROADWAY #105, BALTIMORE, MD 21205 | |
| 10925 | WITHERSPOON, DARRYL, 117 SWEENEY RD, SIMPSONVILLE, SC 29680 | |
| 10925 | WITHERSPOON, JOHNNY, 8925 MAYFLOWER ROAD, BALTIMORE, MD 21237 | |
| 10925 | WITHERSPOON, LORENZO, 5594 FAIRINGTON PL, LITHONIA, GA 30058 | |
| 10925 | WITHERSPOON, MORRIS, 605 NE 2ND AVE, MULBERRY, FL 33860 | |
| 10925 | WITHERSPOON, PAMELA, 1604 CODY AVE, GREENSBORO, NC 27405 | |
| 10925 | WITHERSPOON, SHARON, 2571 WALDRON RD, KANKAKEE, IL 60901 | |
| 10925 | WITHROW, MIKE, 224 PARK ENTRANCE DR, PITTSBURGH, PA 15228 | |
| 10925 | WITHROW, SANDRA, 801 UPPER WILLS, ELKVIEW, WV 25071 | |
| 10925 | WITHROW, STEVEN, 1204 YUHOMA, YUKON, OK 73099 | |
| 10925 | WITHUM SMITH & BROWN, 100 OVERLOOK CTR, PRINCETON, NJ 08540 | |
| 10925 | WITHUMSMITH & BROWN, 100 OVERLOOK CENTER, PRINCETON, NJ 08540 | |
| 10925 | WITKOWSKI, CYNTHIA, 13861 IDA WAY, WESTMINSTER, CA 92683 | |
| 10925 | WITKUS, KAREN, 127 STAPLES ST, E TAUNTON, MA 02718 | |
| 10924 | WITLOCK & UP ELECTRIC, P.O. BOX 657, MUSKEGON, MI 49443 | |
| 10925 | WITMAN, CANDACE, R.D.#2, BOX 348, FLEETWOOD, PA 19522 | |
| 10925 | WITMER & ASSOCIATES, POBOX 4653, OAK BROOK, IL 60522 | |
| 10925 | WITOWSKI, JAN, 200 N 3RD PL, AVONDALE, AZ 85323 | |
| 10925 | WITOWSKI, JAN, 2509 W PALO VERDE DR #5, PHOENIX, AZ 85017 | |
| 10925 | WITOWSKI, JERRY W, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | WITOWSKI, JERRY, 1105 RIVER WALK DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | WITOWSKI, SHEILA, 10 CHEVY CHASE LANE, CLIFTON PARK, NY 12065 | |
| 10925 | WITT, ADELINE, 5621 WEST PATTERSON, CHICAGO, IL 60634-2754 | |
| 10925 | WITT, BONITA, PO BOX 848, STANTON, TX 79782-0848 | |
| 10925 | WITT, CARLTON, 10113 DEVON, RANCHO CUCAMONGA, CA 91730 | |
| 10925 | WITT, DEBORAH, 19 MOSS ROCK B, NEW BRAUNFELS, TX 78130 | |
| 10925 | WITT, DONALD, 226 N. WILSON, MT CLEMENS, MI 48043 | |
| 10925 | WITT, DONNIE, LOT 31 8TH ST EST, WOODWARD, OK 73801 | |
| 10925 | WITT, GLEN, 8924 W REINBECK RD, REINBECK, IA 50669 | |
| 10925 | WITT, JIMMY, 1919 19TH ST, WOODWARD, OK 73801 | |
| 10925 | WITT, LORRAINE, 2107 NORTH 52ND ST, MILWAUKEE, WI 53208 | |
| 10925 | WITT, LYLE, 2467 FLAGG DRIVE, RENO, NV 89502 | |
| 10925 | WITT, TODD, 566 HIGHLAND AVE, ALTON, IL 62002 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WITTE CO, INC, PO BOX 47, WASHINGTON, NJ 07882

10925   WITTE CO., PO BOX 47T, WASHINGTON, NJ 07882

10925   WITTE, FRANK, 202 PLEASANT ROAD, LAKE ZURICH, IL 60047

10925   WITTE, JANET, 4018 TANNER ROAD, DOVER, FL 33527-9318

10925   WITTE, JANICE, 2990 N. SHELL RD, DELAND, FL 32720

10925   WITTEKIND, WILLIAM, 2001 SHORE ROAD, BALTIMORE, MD 21222

10925   WITTEKING, JENNIFER, 2001 SHORE ROAD, BALTIMORE, MD 21222

10925   WITTEMANN, DOLORES, 88 OAK HILL ROAD, PROPERITY, SC 29127

10925   WITTEN, DWAYNE, 541 W HOLLY, PHOENIX, AZ 85003

10925   WITTEN, LARRY, 710 QUEIRDA DR, COLORADO SPRINGS, CO 80909

10925   WITTENAUER, ROBERT, 53 NORTH ROAD, CHATHAM, MA 02633-1310

10925   WITTENBERG UNIVERSITY, PO BOX 720, SPRINGFIELD, OH 45501

10925   WITTENSTEIN, MARK, 2 ARDMORE PLACE, EAST BRUNSWICK, NJ 08816

10925   WITTENWYLER, WADE J, W4514 WITTENWYLER RD, MONTICELLO, WI 53570-9762

10925   WITTER PUBLISHING CO INC, 84 PARK AVE, FLEMINGTON, NJ 08822

10925   WITTER, DOUGLAS, 5189 KINGSWOOD CR., COLLEGE PARK, GA 30349

10925   WITTER, J, 8357 MSIN ST., AUCAMONGA, CA 91730

10925   WITTIE, BILLY, 37227 LITTLE THORN, MAGNOLIA, TX 77355

10925   WITTINE, ERNA, 6624 SPRING DALE, MIDDLEBURGH HEIGHTS, OH 44130-2644

10925   WITTKAMP, ESTHER J, ROUTE 1 BOX 113A, THOMPSONVILLE, IL 62890-9615

10925   WITTKOPP, PAMELA, 141 OLD FARM ROAD, PITTSBURGH, PA 15239

10925   WITTMAN, JUDITH, 1408 INDIAN SPRINGS, CARROLLTON, TX 75007

10925   WITTMAN, ROBERT, 7910 ROBIN REST, SAN ANTONIO, TX 78209

10925   WITTMAN, THOMAS, 511 E 2ND ST, BURKBURNETT, TX 76354

10925   WITTMEYER, WILLIAM, 1052 SIERRA DR, MENLO PARK, CA 94025

10925   WITTMUS JT TEN, ARNOLD C & EDNA E, 804 GRANT ST, HARVARD, IL 60033-2245

10925   WITTMUS, ARNOLD, 804 GRANT ST, HARVARD, IL 60033

10925   WITTRIN, JOAN, 20 BEEKMAN PLACE APT 4-D, NEW YORK, NY 10022

10925   WITTROCK, MARVIN, 136 S. RINGOLD, BOONE, IA 50036

10925   WITTS, JOHN, 85 HAROLD AVE, DRACUT, MA 01826

10925   WITTS, PAUL, 75 KENNEDY DRIVE, N CHELMSFORD, MA 01863

10925   WITTSCHEN III, CHARLES, 4269 DEERWOOD LANE, EVANS, GA 30809

10925   WITTSCHEN, III, CHARLES W, 4269 DEERWOOD LANE, EVANS, GA 30809

10925   WITTY, AIMEE, 3138 FULLER DR., INDIANAPOLIS, IN 46224

10925   WITWER, DAVID, 129C WILDWOOD COURT, GRAPEVINE, TX 76051

10925   WITZENHUSEN, GIESELA, 100 BOATS WAINS WAY, 403, CHELSEA, MA 02150-4029

10925   WITZGALL, PAUL, 362 HOWARD ST, LAWRENCE, MA 01841

10925   WITZIG, KEVIN, 2424 TALAVERA DR, SAN RAMON, CA 94583

10925   WIVHOLM, JEFF, HC 51 BOX 26B, MEDICINE LAKE, MT 59247

10925   WIWEL, JOSEPH, 235 OLD FARM ROAD, MARS, PA 16046

10925   WIX CORP, 2900 NORTHWEST BLVD, GASTONIA, NC 28052

10925   WIX CORP, PO BOX 1967, GASTONIA, NC 28053

10924   WIX CORPORATION DIVISION OF DANA, 1422 WIX ROAD, DILLON, SC 29536

10924   WIX CORPORATION, 1422 WIX ROAD, DILLON, SC 29536

10924   WIX CORPORATION, 2900 NORTHWEST BLVD, GASTONIA, NC 28052

10924   WIX CORPORATION, I-85 & HIGHWAY 274, GASTONIA, NC 28052

10924   WIX CORPORATION, PO BOX1267, DILLON, SC 29536

10924   WIX CORPORATION, PO BOX1900, GASTONIA, NC 28053

10924   WIX CORPORATION, PO BOX1967, GASTONIA, NC 28053-1111

10924   WIXOM CONCRETE CO., 180 ATASCADERO ROAD, MORRO BAY, CA 93442

10924   WIXOM CONCRETE CO., P.O. BOX 460, MORRO BAY, CA 93442

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 WIXOM CONCRETE INC, P O BOX 460, MORRO BAY, CA 93442

10924 WIXOM READY MIX INC, 27460 BECK RD, NOVI, MI 48374

10924 WIXOM READY MIX, INC., 27460 BECK RD, NOVI, MI 48374

10925 WIXSOM, DENNIS, 74 ELM ST, PITTSFIELD, MA 01201

10924 WIXX CORPORATION, 2900 NORTH WEST BOULEVARD, GASTONIA, NC 28052

10925 WIZARD JANITORIAL SERVICES, 98 BELMONT AVE, BELLEVILLE, NJ 07109

10925 WJ CASEY, 1200 SPRINGFIELD RD, UNION, NJ 07083

10925 WK MERRIMAN, INC, 7038 RIVER RD., PITTSBURGH, PA 15225

10925 WL GORE & ASSOCIATES, INC, PO BOX 751072, CHARLOTTE, NC 28275

10925 WL LITHO INTERNATL INC., 1045 EAST 16TH ST, HIALEAH, FL 33010-3384

10925 WL SPENCER MFG CORP, 1693 N WATER ST, MILWAUKEE, WI 53202

10925 WLADYKA, BARBARA, C/O MRS BARBARA DANNER, 4160 WASHINGTON BLVD, INDIANAPOLIS, IN 46205-2617

10925 WLODKOWSKI, ALEX, 32 FRANKLIN DRIVE, SOMERVILLE, NJ 08876

10925 WLODYKA, LINDA, 20853, TRENTON, MI 48183

10924 WLS COATINGS, 13413 SOUTH BROADWAY, LOS ANGELES, CA 90061

10925 WM DANDRETA COMPANY, PO BOX #6488, PROVIDENCE, RI 02908

10925 WM GOLDSMITH CO, INC, PO BOX 1827, GREENVILLE, SC 29602

10924 WM HUIZENGA&SONS INC, 10075 GORDON STREET, ZEELAND, MI 49464

10925 WM NEUNDORFER & CO. INC., 7541 MENTOR AVE., STE.104, MENTOR, OH 44060

10924 WM REICHENBACH WAREHOUSE, 1305 E. JOLLY ROAD, LANSING, MI 48909

10925 WM W MEYER & SONS, INC, 8261 ELMWOOD AVE., PO BOX 105, SKOKIE, IL 60076-0105

10925 WM W MEYER & SONS, INC, 8261 ELMWOOD AVE., SKOKIE, IL 60077

10925 WM W MEYER & SONS, INC, PO BOX 1323, DOYLESTOWN, PA 18901

10925 WM WARD PUBLISHING LTD, 7800 WOODBINE AVE SUITE 302, MARKHAM, ON L3R 2N7CANADA        **\*VIA Deutsche Post\***

10925 WM. A. SMITH SERVICES INC, 6040 ARMOUR DR, HOUSTON, TX 77020

10925 WM. A. ZACHOW & SONS INC., 5718 W. HEMLOCK ST, MILWAUKEE, WI 53223

10925 WM. BARR & CO. INC., POBOX 2121, MEMPHIS, TN 38159

10924 WM. BEAUMONT HOSPITAL, 44201 DEQUINDRE ROAD & M-59, TROY, MI 48098

10925 WM. CURTIS CONNER, BOX 175, MONTAGUE, MA 01351

10924 WM. J. BECKS COMPANY, 1543 DONALDSON PLACE, CINCINNATI, OH 45223-1713

10924 WM. REICHENBACH PLASTERING, 1305 E. JOLLY ROAD, LANSING, MI 48910

10925 WM. W. MEYER & SONS INC., PO BOX 105, SKOKIE, IL 60076-0105

10924 WM. WRIGLEY JR. COMPANY, 3535 S. ASHLAND, CHICAGO, IL 60609

10924 WM. WRIGLEY JR. COMPANY, 3535 S. ASHLAND, CHICAGO, IL 60609-1370

10924 WM. WRIGLEY JR. COMPANY, 3535 S. ASHLAND, CHICAGO, IL 60609-1381

10925 WMC NICKEL SALES CORP., 181 BAY ST., SUITE 3000, PO BOX 815, TORONTO, ON M5J 2T3CANADA        **\*VIA Deutsche Post\***

10925 WMC NICKEL SALES CORPORATION, PO BOX 33018, DETROIT, MI 48232-3018

10925 WMK, 7150 POLLOCK DR, LAS VEGAS, NV 89119-4417

10925 WMWRIGLEY JR,CO, 410 N.MICHIGAN AVE., CHICAGO, IL 60611

10924 WNCK, BREATHSCAN, 600 KENRICK, HOUSTON, TX 77060

10924 WNCK, BREATHSCAN, ATTN: ACCOUNTS PAYABLE, 600 KENRICK, HOUSTON, TX 77060

10925 WNEK, CATHERINE, PO BOX 364, LAKE, WI 53157

10925 WNEK, THEODORE, 4 GARDEN DRIVE, ROSELLE, NJ 07203

10925 WNKS, POBOX 60356, CHARLOTTE, NC 28260

10925 WOBBE, PAUL, 3116 JUNIPER RIDGE, BAKERSFIELD, CA 93306-0000

10924 WOBIG CONSTRUCTION, 527 NORTH WOODBRIDGE, SAGINAW, MI 48602

10925 WOBSCHALL, LAJUNE, 5720 EDEN VILLAGE WAY, INDIANAPOLIS, IN 46254

10925 WOBURN PRINTING CO., 25 EVERETT ST, WOBURN, MA 01801

10925 WODILL, JAY, 656 W PEARL ST, SEYMOUR, WI 54165

10925 WODIN INC., 5441 PERKINS ROAD, BEDFORD HEIGHTS, OH 44146

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  WODKA, STEVEN H, 577 LITTLE SILVER PT RD, PO BOX 66, LITTLE SILVER, NJ 07739-0066

10925  WODRICH, MICHAEL, 6325 W HUNTINGTON, CHICAGO, IL 60646

10925  WOELFEL, DARYL, W2901 STATE RD, CHILTON, WI 53014

10925  WOELK, SHIRLEY ANNE, 6408 LENOX CRT, BENSALEM, PA 19020

10925  WOELPER, SANDRA, 222 HUNTER RUNS TERR, BEL AIR, MD 21015

10925  WOERNER, C ROBERT, 715 NICHOLS FARM DR, DURHAM, NC 27703

10925  WOERNER, LINDA, 47 S CANNON DRIVE, WILMINGTON, DE 19809

10925  WOERNER, W ROBERT, 4741 E PALM CANYON DR C151, PALM SPRINGS, CA 92264-5275

10924  WOFFORD COLLEGE, SPARTANBURG, SC 29301

10925  WOFFORD, ALAN, 214 KATIE LANE, MOORE, SC 29369

10925  WOFFORD, BENJAMIN, 320 ROSECREST ROAD, SPARTANBURG, SC 29303-9801

10925  WOFFORD, CHARLES, 1 RIVERWOOD MH PARK, GREENVILLE, SC 29687

10925  WOFFORD, DERRICK, 2450 N WOOD LANE, GREER, SC 29651

10925  WOFFORD, GEORGE, 108 BEARDON DRIVE, DUNCAN, SC 29334-9793

10925  WOFFORD, JANICE, 309 QUAIL RUN CIRCLE, FOUNTAIN INN, SC 29644-0653

10925  WOFFORD, JEREMY, 152 COX ROAD, ENOREE, SC 29335

10925  WOFFORD, JOAN, 133 IDLEWOOD CIRCLE, SPARTANBURG, SC 29307

10925  WOFFORD, JONI, 214 W PHEASANT HILL DR, DUNCAN, SC 29334

10925  WOFFORD, JR, 1463 WESTLAKE DR., GAINESVILLE, GA 30501

10925  WOFFORD, MICHAEL, 407 CHESLEY DR, SIMPSONVILLE, SC 29680

10925  WOFFORD, RICHARD, PO BOX 692, DUNCAN, SC 29334

10925  WOFFORD, ROBYN, 3504 SPICEBUSH TR., GREENSBORO, NC 27410

10925  WOFFORD, WINTHROP, 13021 OLD STAGE COACH RD. - #2521, LAUREL, MD 20708

10925  WOGOMON, JOSA, 6266 MALIBU RIDGE, FLOWERY BRANCH, GA 30542

10925  WOGSLAND, BARBARA, 2442 HARRISBURG AVE, FREMONT, CA 94536

10925  WOHLENHAUS, CINDY, 300 HARRISON BOX 518, GRISWOLD, IA 51535

10925  WOHLGEMUTH, MARY, 16 PROSPECT PLACE, MORRISTOWN, NJ 07960

10925  WOHLTJEN, ERIC, RR1 BOX 1815, RUMFORD, ME 04276

10925  WOHLTMAN, LORRAINE, 6 SUZANNE CT, BELLEVILLE, NJ 07109

10925  WOHLWEND, MATTHEW F., AND JOHN BOWMAN, 150 N MICHIGAN AVE #2935, CHICAGO, IL 60601

10925  WOHLWEND, MATTHEW, 6403 S LONG, CHICAGO, IL 60638

10925  WOITAS, GERALD, 5190 COCHRANE, ALMONT, MI 48003

10925  WOITOVICH, MICHAEL, 3825 BRAIDWOOD DR., HILLARD, OH 43026

10925  WOITUNSKI, HELEN M, 1A EASTMAN PARK, PEABODY, MA 01960

10924  WOJAN ALUMINUM, 217 STOVER ROAD, CHARLEVOIX, MI 49720

10925  WOJCIO, JAMES, 25 POPLAR PLACE, FANWOOD, NJ 07023-1715

10925  WOJDYLA, MARK, 2653 STONE BR CT, PLAINFIELD, IL 60544

10925  WOJDYLA, MARK, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925  WOJEICK, JOSEPH, 3 EAST WALNUT ST, ADAMS, MA 01220-1022

10925  WOJNAR PRODUCTIONS INC, 326 KATER ST, PHILADELPHIA, PA 19147

10925  WOJNAR, DANUTA, 21 W LANCASTER AVE, ARDMORE, PA 19003

10925  WOJTANOWSKI, GARY, 14946 KNOX AVE, MIDLOTHIAN, IL 60445

10925  WOJY, CONRAD, 145 MOUNTAIN ROAD, FLANDERS, NJ 07836

10925  WOLAVER, DAVID, 408 ABNER ROAD, C-66, SPARTANBURG, SC 29301

10924  WOLBERG ELECTRIC CO. (AD), 35 INDUSTRIAL PARK ROAD, ALBANY, NY 12206

10924  WOLBERG ELECTRIC CO. (AD), P.O. BOX 6309, ALBANY, NY 12206-0309

10925  WOLBERT, BETTY, 3726 VALLEY ROAD, ELLICOTT CITY, MD 21042

10925  WOLBERT, JAMES D, 55 SHARPTOWN RD, SWEDESBORO, NJ 08085

10925  WOLBERT, JOHN D, 79 SHARPTOWN RD, SWEDESBORO, NJ 08085

10925  WOLBERT, JR, FRANK, 1064 NEPTUNE AVE, ENCINITAS, CA 92024

10925  WOLCOTT WATER SYSTEMS, INC, 2007 WOLCOTT DR., COLUMBIA, MO 65202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WOLD, DONALD, 2215 JANELL AVE, WESTLAKE, LA 70669

10925 WOLDBERG, CARL V, 262 EAST PEACHTREE DR, CENTERVILLE, UT 84014-1217

10925 WOLDBERG, STEVEN L, 981 5TH ST, OGDEN, UT 84404-4532

10925 WOLF & WOLF ATTORNEYS, PC, 101 EAST GRAY, NORMAN, OK 73069

10925 WOLF GREENFIELD & SACKS PC, 600 ATLANTIC AVE, BOSTON, MA 02210

10925 WOLF GREENFIELD &, FEDERAL RESERVE PLAZA, 600 ATLANTIC AVE, BOSTON, MA 02210

10925 WOLF JR., ADOLPH, 4673 MORGAN CT, ELLICOTT CITY, MD 21043

10925 WOLF LIGHTNING PROTECTION, 701 CAMELBACK RD., CLEVELAND, GA 30528

10925 WOLF, AMY L, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925 WOLF, AMY, 11 JOYCE CIRCLE, WESTFORD, MA 01886

10925 WOLF, APRIL, 2594 C.R. 175, LOUDONVILLE, OH 44842

10925 WOLF, BARBARA, 29 SO MCCLELLAN AVE, MANASQUAN, NJ 08736

10925 WOLF, CINDY, 1607 LINCOLN COURT, LAURELDALE, PA 19605

10925 WOLF, COSETTE, PO BOX 283, REYNOLDS, IN 47980

10925 WOLF, DANIEL E, 382 CARTER MOIR DRIVE, LANCASTER, PA 17601

10925 WOLF, DANIEL, 2 LAKE ST, SHERBORN, MA 01770

10925 WOLF, GINA, 2509 ELEPHANT TRAIL, ST JOSEPH, MO 64506

10925 WOLF, JADE, 234 MELANIE, GRAY, LA 70369

10925 WOLF, JOHN, 306 PEBBLE CREEK DR, TAYLORS, SC 29687

10925 WOLF, JR, JOHN H, 2 HIGH TRAILS, EUREKA, MO 63025

10925 WOLF, JR, JOHN, 2 HIGH TRAIL DR, EUREKA, MO 63025

10925 WOLF, JULIA, 7104 BLACK ROCK COURT, COLUMBIA, MD 21046

10925 WOLF, KAREN, #15 OLYMPIC ST, KENNER, LA 70065

10925 WOLF, KEITH, 5692 LOCUST VALLEY, COOPERSBURG, PA 18036

10925 WOLF, LYNN, 9726 GAS HOUSE PIKE, FREDERICK, MD 21701

10925 WOLF, MARGARET, 1140 S EATON CIR, CASTLE ROCK, CO 80104

10925 WOLF, MARIA, RT. 4, BOX 270, MULDROW, OK 74948

10925 WOLF, MARTIN, 299 W. NORTH AVE., EAST PALESTINE, OH 44413

10925 WOLF, MICHAEL, 5141 WENTZ RD, MANCHESTER, MD 21102

10925 WOLF, ROBERT, 211 S. 9TH ST, ALBION, NE 68620

10925 WOLF, RUSSELL, 13143 BROUGHAM, OLATHE, KS 66062

10925 WOLF, WILLIAM G, 5317 UNIVERSITY AVE, ST JOSEPH MO, MO 64503

10924 WOLFE CONSTRUCTION, 148 GRANTO RD, HARVEST, AL 35749

10924 WOLFE CONSTRUCTION, 8175 HWY 53, TONEY, AL 35773

10925 WOLFE JR, CARL, 107 MELODY LANE, CAYCE, SC 29033

10925 WOLFE JR., JOSEPH, 4484 WINDSOR OAKS, MARIETTA, GA 30066

10925 WOLFE TREE SERVICE INC, PHILIP J LINDSAY, 3230 UNIVERSITY AVE, MADISON, WI 53705

10925 WOLFE, BRIAN, 17410 N 15TH ST, PHOENIX, AZ 85022

10925 WOLFE, CONNIE, 360 B RIDGE CROSSING, MARTINEZ, GA 30907

10925 WOLFE, DANA, 145 STARVAGGI DRIVE, WEIRTON, WV 26062

10925 WOLFE, DAVID, 1242 WASHINGTON ST., WHITEHALL, PA 18052

10925 WOLFE, DENISE, 6405 LAKEVIEW BLVD, MIDDLETON, WI 53562

10925 WOLFE, ESSIE, 115 E. DAVID BLVD, TAMPA, FL 33606

10925 WOLFE, GUADALUPE, 510 W 24TH, ODESSA, TX 79762

10925 WOLFE, J, 1901 S. BRANDON, WICHITA, KS 67207

10925 WOLFE, JAKE, PO BOX 184, MYRTLE, MS 38650-0184

10925 WOLFE, JAMES, 50 BULL ROAD, TAYLORS, SC 29687

10925 WOLFE, JAY, 10705 MISTY MOON PL, GERMANTOWN, MD 20876

10925 WOLFE, JOEL, 4536 MOUNTAIN ROAD, PASADENA, MD 21122

10925 WOLFE, JOHN FREDERICK, 1034 KEOWEE AVE, KNOXVILLE, TN 37919-7754

10925 WOLFE, JOHN, 1420 PRAIRIE ST, VINCENNES, IN 47591-4340

l9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WOLFE, JOHN, PO BOX 20182, PORTLAND, OR 97220 | |
| 10925 | WOLFE, JOHN, PO BOX 212, BRUCEVILLE, IN 47516-0212 | |
| 10925 | WOLFE, JOSEPH E, 4484 WINDSOR OAKS CIRCLE, MARIETTA, GA 30066 | |
| 10925 | WOLFE, JOSEPH, 4484 WINDSOR OAKS CIRCLE, MARIETTA, GA 30066 | |
| 10925 | WOLFE, KELLY, 9737 STONE RD, SEMMES, AL 36575 | |
| 10925 | WOLFE, L, 706 KATELLA CT., SPRINGFIELD, MO 65807 | |
| 10925 | WOLFE, LISA, 832 LARK, GREEN BAY, WI 54303 | |
| 10925 | WOLFE, MARK, 832 LARK, GREEN BAY, WI 54303 | |
| 10925 | WOLFE, PAMELA, 3211-19TH AVE, VALLEY, AL 36854 | |
| 10925 | WOLFE, R., 53 BEACON ST, WESTWOOD, MA 02090 | |
| 10925 | WOLFE, RONALD, 28 HOLLIDAY ST, PELZER, SC 29669 | |
| 10925 | WOLFE, RUBY, 7364 SUGARWOOD DRIVE, TALBOTT, TN 37877 | |
| 10925 | WOLFE, SANDRA, 100 OLD CROTON ROAD, FLEMINGTON, NJ 08822 | |
| 10925 | WOLFE, SCOTT, 2623 PROSPECT AVE., ALLENTOWN, PA 18103 | |
| 10925 | WOLFE, SHELLY, 5226 PROFESSIONAL DR #163, WICHITA FALLS, TX 76302 | |
| 10925 | WOLFE, SHIRLEY, 3853 RIDGE RD, RIVERSIDE, CA 92501 | |
| 10925 | WOLFE, TINA, 285 CHRISTY DRIVE, GREENWOOD, IN 46143 | |
| 10925 | WOLFE, WENDY, 1081 PARK AVE., WASHINGTON, PA 15301 | |
| 10925 | WOLFE, WILLIAM, 8015 KENNESAW DRIVE, WEST CHESTER, OH 45069 | |
| 10924 | WOLFF BROTHERS SUPPLY(AD), 23350 CORBIN DRIVE, BEDFORD HEIGHTS, OH 44128 | |
| 10924 | WOLFF BROTHERS SUPPLY(AD), 6078 WOLFF RD., MEDINA, OH 44256 | |
| 10925 | WOLFF, DONIS, 44 REYNOLDS ST, S HUNTINGTON, NY 11746 | |
| 10925 | WOLFF, JAMES, 5825 RED ROCK CT, KENNESAW, GA 30144 | |
| 10925 | WOLFF, ROBERT, 304 BAYTREE LANE, RALEIGH, NC 27615 | |
| 10925 | WOLFF, ROMAN, 11711 MEMORIAL DR APT 521, HOUSTON, TX 77024-7231 | |
| 10925 | WOLFGANG A GUENTHER, CHEMIN DES MARIONETTES 136, LA CONVERSION, SZ 01094 | *VIA Deutsche Post* |
| 10925 | WOLFGANG A. GUENTHER, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | WOLFGANG GUENTHER, CASE POSTALE 70, LES DIABLERETS, 01865SWITZERLAND | *VIA Deutsche Post* |
| 10925 | WOLFGANG ROEHLER INC, PO BOX 771158, LAKEWOOD, OH 44107-0049 | |
| 10925 | WOLFGANG, ANDREW, 144 PARKER ROAD, CHELMSFORD, MA 01824 | |
| 10925 | WOLFORD, DAN, 418 SPRINGBORO LANE, COLUMBUS, OH 43235 | |
| 10925 | WOLFORD, JEFFREY, 3500 PELHAM RD, 111, GREENVILLE, SC 29615 | |
| 10925 | WOLFORD, PATRICIA, RR2 BOX 435, MOMENCE, IL 60954 | |
| 10925 | WOLFRAM RIEGER &, CATHARINE A RIEGER JT TEN, 15 BRENNAN DR, BRYN MAWR, PA 19010-2001 | |
| 10925 | WOLFRUM, JACQUELINE, 357 BEACON ST, SOMERVILLE, MA 02143 | |
| 10924 | WOLF'S WAREHOUSE, 7201 E. REDDING, TULSA, OK 74115 | |
| 10925 | WOLFSBERGER, TRAVIS, 1980 DOGWOOD DR., VIDOR, TX 77662 | |
| 10925 | WOLFSHOHL, LIONEL, 1090 DONNELL RD., BROUSSARD, LA 70518-9641 | |
| 10925 | WOLFSON & PARTNERS, 104 POND ST, SHARON, MA 02067 | |
| 10925 | WOLFSON & PARTNERS, 229 BERKLEY ST 5TH FL, BOSTON, MA 02116 | |
| 10925 | WOLFSON, PAULA, 10662 WEYMOUTH ST., BETHESDA, MD 20814 | |
| 10925 | WOLGEMUTH, DONNA, 113 RIVER OAKS DRIVE, PIEDMONT, SC 29673 | |
| 10925 | WOLK, ANDREW, 102 HAMPSHIRE ST APT 2, CAMBRIDGE, MA 02139 | |
| 10925 | WOLK, ANDREW, 67 CLEVELAND ST. #2, ARLINGTON, MA 02474 | |
| 10925 | WOLK, FRITZ, BOX 338, KASILOF, AK 99610 | |
| 10925 | WOLK, STEPHEN, 3150 BRANFORD COURT, MARIETTA, GA 30062 | |
| 10925 | WOLKOFF, DONALD, 789 MARTIN COURT W., SEVERN, MD 21144 | |
| 10925 | WOLLASTON, JOHN, ROUTE 1 BOX 327, SULPHUR, OK 73086 | |
| 10925 | WOLLASTON, MICHEL J, 624 W EWING ST, SEATTLE, WA 98119-1529 | |
| 10925 | WOLLBRINK, DEAN, 814 WASHINGTON #6, QUINCY, IL 62301 | |
| 10925 | WOLLBRINK, ROBERT, RR1, BOX 2, FOWLER, IL 62338 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WOLLENWEBER TRUCKING, 1401 ROME RD, BALTIMORE, MD 21227

10925 WOLLER, RONALD, PO BOX 1235, WINNEMUCCA, NV 89446

10925 WOLLMUTH MAHER & DEUTSCH LLP, 516 FIFTH AVE, NEW YORK, NY 10036

10925 WOLLSCHLAGER, LEROY, 623 PLYMOUTH RD, BALTIMORE, MD 21229

10924 WOLOHAN LUMBER, 1970 E. DOROTHY LANE, KETTERING, OH 45420

10925 WOLOHAN LUMBER-OTTAWA IL, 205 W. ETNA ROAD, OTTAWA, IL 61350

10925 WOLPH, THOMAS, 4832 MASSIVE PEAK WAY, ANTIOCH,, CA 94509

10925 WOLPOFF & ABRAMSON, 7272 WISCONSIN AVE., 4TH FL, BETHESDA, MD 20814-4838

10925 WOLPOFF & ABRAMSON, LLP, 2IRVINGTON CENTRE-702 KING FARM BLV, ROCKVILLE, MD 20850-5735

10925 WOLSKY, JON, 336 MARTON ST, ROCKHILL, SC 29730

10925 WOLST, BERNARD, 2190 SPRINGTOWN HILL, HELLERTOWN, PA 18055

10925 WOLSTENHOLME, PETER, 87 READ ST, FALL RIVER, MA 02720

10925 WOLTER, JACK, 218 FOREST ST, READING, MA 01867

10925 WOLTER, JACK, 73043 MONTERRA CIRCLE N, PALM DESERT, CA 92260

10925 WOLTER, JACK, DALE COCKRELL CHRISTENSEN MOORE C, P0 BOX 7370, KALISPELL, MT 59904-0370

10925 WOLTERS, HOPE, 69 HIBISUS DRIVE, PUNTA GORDA, FL 33950

10925 WOLTERS, MARJORIE, 2249 E. OLIVE, FRESNO, CA 93701

10925 WOLTERSDORF, GARY, 15106 OAKMERE, SAN ANTONIO, TX 78232

10925 WOLVERINE GAS&OIL CO, INC, 55 CAMPAU, NW, GRAND RAPIDS, MI 49503-2616

10925 WOLVERINE PROCTOR & SCHWARTZ INC, 251 GIBRALTAR RD, HORSHAM, PA 19044

10925 WOLVERINE PROCTOR & SCHWARTZ, PO BOX 845130, BOSTON, MA 02284-5130

10924 WOLVERINE REDI MIX, 8257 SOUTH DIVISION, BYRON CENTER, MI 49315

10925 WOLVERINE, 2074 CHELSEY DR., FARMINGTON HILLS, MI 48336

10925 WOLVERINE, 20774 CHESLEY DR, FARMINGTON, MI 48336-5110

10925 WOLVERINES, THE, CROSS ANCHOR ROAD, WOODRUFF, SC 29388

10925 WOLVERTON, GENE, 309 FARNSWORTH ST, BORDENTOWN, NJ 08610

10925 WOLVERTON, MICHAEL, 4515 MAPLEWOOD, 223, WICHITA FALLS, TX 76308

10925 WOLVERTON, RITA, PO BOX 673, MEEKER, CO 81641

10925 WOMAC, REBECCA, 4613 SENAC DR, METAIRIE, LA 70003

10925 WOMACK, LAFERIA, 4601 A-54TH, LUBBOCK, TX 79414

10925 WOMACK, MELISSA, 726 WAUKESHA AVE, NORFOLK, VA 23509

10925 WOMACK, MICHAEL, 3749 BRICE RUN ROAD, J, RANDALLSTOWN, MD 21133

10925 WOMAK, CHARLES, 114 PARK WILSON DR., ATHENS, TN 37303

10924 WOMAN'S MEDICAL CENTER, 202 UNIVERSITY PARKWAY, AIKEN, SC 29801

10925 WOMEN IN GOVERNMENT RELATIONS, INC, 1029 VERMONT AVE NW #510, WASHINGTON, DC 20005-3527

10925 WOMEN LEADERS SUMMIT, 1555 KING ST, ALEXANDRIA, VA 22314

10925 WOMENS CAMPAIGN FUND, 120 MARYLAND AVE , NE, WASHINGTON, DC 20002

10924 WOMENS CENTER ADDITION, HWY 43 SOUTH, 1607 SOUTH LOCUST AVE., LAWRENCEBURG, TN 38464

10924 WOMENS CENTER, 2678 QUEENSTOWN ROAD, ALTON, AL 35015

10924 WOMEN'S CENTER, THE, GEISINGER MEDICAL CENTER, DANVILLE, PA 17821

10925 WOMENS COMMISSION OF SW. LA., PO BOX 6712, LAKE CHARLES, LA 70606

10924 WOMENS DORMITORY PROJECT, C/O BAHL INSULATION, 3000 MOUNTAIN CREEK PARKWAY, DALLAS, TX 75211

10924 WOMEN'S HEALTH CENTER, C/O MORRELL BROWN, 425 E. 61ST, MANHATTAN, NY 10021

10924 WOMEN'S HOSPITAL, 515 DEXTER DRIVE, JACKSON, MS 39236

10925 WOMENS LUNCH PLACE, 67 NEWBURY ST, BOSTON, MA 02116

10924 WOMEN'S PAVILION - SIOUX VALLEY HSP, C/O BAHL INCORPORATED, 1100 SOUTH EUCLID AVENUE, SIOUX FALLS, SD 57117-5039

10925 WOMENS WORLD NEWS, POBOX 4205, CHATSWORTH, CA 91313-4205

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WONDER CO., THE, 665 VERNON AVE., NASHVILLE, TN 37209

10924   WONDER CO., THE, HWY. 59 N. AT LOOP 116, LIVINGSTON, TX 77351

10924   WONDER COMPANY, 665 VERNON AVE., NASHVILLE, TN 37209

10925   WONDER TRANSPORT COMPANY, 2327 BRODHEAD ROAD, ALIQUIPPA, PA 15001

10925   WONDERLAND GREYHOUND PARK, 190 VFW PKWY, REVERE, MA 02151

10925   WONDERS, RANDY, 455 LAKE HOWARD DR., SW #A-3, WINTER HAVEN, FL 33880

10925   WON-DOOR CORPORATION, PO BOX 27484, SALT LAKE CITY, UT 84127

10925   WONG, AFONSO, 4811 NW 104TH TERRACE, CORAL SPRINGS, FL 33076

10925   WONG, AFONSO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   WONG, ALEXANDER, 2012 CLEARWOOD DR., MITCHELLVILLE, MD 20721

10925   WONG, AMANDA, 1409 ROPER MOUNTAIN ROAD, APT. 438, GREENVILLE, SC 29615

10925   WONG, FREDRICK, 612 CASEY DRIVE, MANDEVILLE, LA 70448

10925   WONG, HOWARD, 1510 W. CORNELIA AVE., APT. 1, CHICAGO, IL 60657

10925   WONG, HUBERT, 357 COMMERCIAL ST #307, BOSTON, MA 02109

10925   WONG, ISAAC, 411 NORTH 5TH ST PO BOX 7416, NEWARK, NJ 07107

10925   WONG, JANELLE, 3238 W WILLIAMS DR ST, PHOENIX, AZ 85027

10925   WONG, MDPA, ALBERT K, 615 HAMMONDS LN. A-2, BALTIMORE, MD 21225

10925   WONG, RAYMOND, 10 JOHN FLANAGAN CIR, RANDOLPH, MA 02368

10925   WONG, RICHARD, PO BOX 2122, HUMBLE, TX 77347

10925   WONG, SILAS, 19514 TEXAS LAUREL T, KINGWOOD, TX 77346

10925   WONG, WAI KEE, 100 WEST SQUANTUM ST, NORTH QUINCY, MA 02171

10925   WONG, XIAO-SHAN, 40 GLENLEY TERRACE, BRIGHTON, MA 02135

10925   WONG-AMIRPOOR, LAURIE, 3220 SAN YSIDRO, CAMARILLO, CA 93010

10925   WOO, JUDITH, TWO TODD LN, BILLERICA, MA 01821

10925   WOO, KENNETH, 2010 CROSSINGS DR, LITHIA SPRING, GA 30122

10925   WOOD ASSOCIATES, 3073 CORVIN DR, SANTA CLARA, CA 95051

10925   WOOD BELL JOINT VENTURE, 3201 DAUPHIN ST., MOBILE, AL 36616

10925   WOOD BUSINESS PROD INC, 2005 NW CYPRESS CREEK RD, FORT LAUDERDALE, FL 33309

10925   WOOD BUSINESS PRODUCTS INC., 2005 NW CYPRESS CREEK RD., FORT LAUDERDALE, FL 33309-
        1835

10925   WOOD BUSINESS PRODUCTS, PO BOX 10400, NEWARK, NJ 07193-0400

10925   WOOD CAGLE, DIANE, 104 SILVERLEAF DR, TRUSSVILLE, AL 35173-1930

10925   WOOD COATINGS RESEARCH GROUP, PO BOX 5355, HIGH POINT, NC 27262

10924   WOOD CONST SUPPLY, 9031 MONROE RD, HOUSTON, TX 77061

10924   WOOD CONSTRUCTION SUPPLY, 9031 MONROE ROAD, HOUSTON, TX 77061

10925   WOOD COUNTY COURTHOUSE, CLERK, 400 MARKET ST, WISCONSIN RAPIDS, WI 54494

10924   WOOD E A INC, 4356 F 41, OSCODA, MI 48750

10924   WOOD E A INC., 4356 F 41, OSCODA, MI 48750

10924   WOOD E A INC., 4356 F41, OSCODA, MI 48750

10924   WOOD FIBER INDUSTRIES, RT. 196, LISBON FALLS, ME 04252

10925   WOOD GRIMM DELP, PENTHOUSE SUITES THE FREDERICK BLDG, RR 2 BOX 19 A, LETART, WV
        25253

10924   WOOD HALL C/O COOK JACKSON, 1201 OLIVER ST, KALAMAZOO, MI 49008

10925   WOOD JONES, 1601 FIFTH AVE, SEATTLE, WA 98101-1625

10924   WOOD KOTE COMPANY, 8000 N.E. 14TH PLACE, PORTLAND, OR 97211

10924   WOOD KOTE COMPANY, PO BOX 17192, PORTLAND, OR 97217

10925   WOOD MASTER BUILDING COMPANY INC., PO BOX 767, HUTCHINS, TX 75154

10925   WOOD MASTER BUILDING COMPANY, 1001 N INDUSTRIAL BLVD, DALLAS, TX 75207

10925   WOOD MASTER BUILDING COMPANY, PO BOX 567525, DALLAS, TX 75356

10925   WOOD OVERHEAD DOORS, 9311 SOUTH KEDZIE SOUTH AVE, EVERGREEN PARK, IL 60642

10925   WOOD PRODUCTS UNLIMITED INC, PO BOX 855, WILMINGTON, MA 01887

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WOOD RECYCLING INC., 300 FOREST ST, PEABODY, MA 01961-6087 | |
| 10925 | WOOD WISE, 942 VALLEYBROOK ROAD, BOOTHWYN, PA 19061 | |
| 10925 | WOOD, ALBERT, 140 FAIRMONT AVE, SPARTANBURG, SC 29301 | |
| 10925 | WOOD, ANN, 109 SALUDA ST, SPARTANBURG, SC 29301-2427 | |
| 10925 | WOOD, APRIL, ROUTE 1 BOX 103, BEALETON, VA 22712 | |
| 10925 | WOOD, BARBARA S, 5648 PHEASANT LANE, FORT COLLINS, CO 80524-9554 | |
| 10925 | WOOD, BILL, 103 BRANDON COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | WOOD, BILLY, 422 CEDAR CREST ROAD, SPARTANBURG, SC 29378 | |
| 10925 | WOOD, BOBBY, 695 WILTON ST., GREENVILLE, SC 29609 | |
| 10925 | WOOD, BRUCE, 74 ELSIE AVE, BILLERICA, MA 01821 | |
| 10925 | WOOD, CHARLES, 8525 FOWLER, BALTIMORE, MD 21234-4226 | |
| 10925 | WOOD, CHRISTINE, 210 WEST GAY, GLADEWATER, TX 75647 | |
| 10925 | WOOD, CYNTHIA, 14958 TRAFALGAR CT., ADDISONITY, TX 75240 | |
| 10925 | WOOD, D, 480 COUNTRY CLUB DRIVE, SAN LUIS OBISPO, CA 93401 | |
| 10925 | WOOD, D. LINDA, 17 GREENWAY W., SLOATSBURG, NY 10974 | |
| 10925 | WOOD, DANNY, 608 N. PINE, ANCHORAGE, AK 99508 | |
| 10925 | WOOD, DARRELL, 2007 SPRUCE, WEBB CITY, MO 64870 | |
| 10925 | WOOD, DAVID F, 55 GLOUCESTER COURT, SUDBURY, ON P3E 5M2CANADA | *VIA Deutsche Post* |
| 10925 | WOOD, DAVID, 213 KAOLIN ROAD, AIKEN, SC 29801 | |
| 10925 | WOOD, DAVID, PO BOX 712, AIKEN, SC 29802 | |
| 10925 | WOOD, DEBORAH, 6206 RUNNING DEER RD, CHARLOTTE, NC 28214 | |
| 10925 | WOOD, DONNA, 16312 THIRD ST EAST, REDINGTON BCH, FL 33708 | |
| 10925 | WOOD, EARL, PO BOX 2551, ORLANDO, FL 32802 | |
| 10925 | WOOD, EDWIN, C-4 APACHE TRAIL, WICHITA FALLS, TX 76302 | |
| 10925 | WOOD, ELIZABETH, 31 HOPE AVE, WORCESTER, MA 01607 | |
| 10925 | WOOD, ELLEN, 209 ALLEN ST, SYRACUSE, NY 13057 | |
| 10925 | WOOD, ELWOOD, 40 SPENCER BROOK RD, CONCORD, MA 01742 | |
| 10925 | WOOD, F. DAVID, PO BOX #562A, SUNCOOK, NH 03275 | |
| 10925 | WOOD, FLORENCE, 217 ELWOOD DR, EDMOND, OK 73013 | |
| 10925 | WOOD, GARY, 13778 S OAK, GLENPOOL, OK 74033 | |
| 10925 | WOOD, GARY, 39 SULLIVAN RD, HUDSON, NH 03051 | |
| 10925 | WOOD, GARY, 613 ST JOVITE, ST CHARLES, MO 63304 | |
| 10925 | WOOD, GEORGE, 109 STEEPLE CHASE CT, SIMPSONVILLE, SC 29681 | |
| 10925 | WOOD, GERRY, 829 BRINKER, SULPHER SPRINGS, TX 75482 | |
| 10925 | WOOD, HARVEY J, 5843 NORTH 22 DRIVE, PHOENIX, AZ 85015-2303 | |
| 10925 | WOOD, HOPE, BOX 54, LISBON, IA 52253 | |
| 10925 | WOOD, IRENE, PO BOX 485, PELZER, SC 29669 | |
| 10925 | WOOD, JAMES, 3210 THOMPSON RD, LAKELAND, FL 33801 | |
| 10925 | WOOD, JAMES, 403 RD 4990, BLOOMFIELD, NM 87413 | |
| 10925 | WOOD, JANE, 5401 BETH DR., AUSTELL, GA 30001 | |
| 10925 | WOOD, JANET, RT 1, COMMERCE, GA 30529 | |
| 10925 | WOOD, JANICE, 340 ROCK ROSE DRIVE, LAKE ZURICH, IL 60047 | |
| 10925 | WOOD, JANICE, 831 APPLE VALLEY ROAD, DUNCAN, SC 29334 | |
| 10925 | WOOD, JASON, 2344 DUPONT HWY, MIDDLETOWN, DE 19709 | |
| 10925 | WOOD, JEANNE, 8525 FOWLER AVE, BALTIMORE, MD 21234 | |
| 10925 | WOOD, JEFFERY, 977 E. ASPEN N.B.U. #51, FRUITA, CO 81521 | |
| 10925 | WOOD, JEFFREY T, 5678C FOX HOLLOW DRIVE, BOCA RATON, FL 33486 | |
| 10925 | WOOD, JEFFREY, 1000 MARY DR APT 207, IOWA PARK, TX 76367 | |
| 10925 | WOOD, JEFFREY, 1659 N.LAKE, PASADENA, CA 91104 | |
| 10925 | WOOD, JEFFREY, 460 NW 20TH ST #3070, BOCA RATON, FL 33431 | |
| 10925 | WOOD, JERRY, 323 CHIMNEY ROCK #1226, TYLER, TX 75703 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WOOD, JOANNE, 7017 HILDRETH CT., CHARLOTTE, NC 28226

10925   WOOD, JOHN, 503 SALTOWN AVE, ODENTON, MD 21113

10925   WOOD, JR, PETER, 138 TEAL DRIVE, PASADENA, MD 21122

10925   WOOD, JUDINE, PO BOX 137 126 W MAIN ST, DANE, WI 53529

10925   WOOD, JUDITH, 36 HOLTON CIRCLE, LONDONDERRY, NH 03053

10925   WOOD, KATHERINE, 75 CEDAR ST APT #2, BANGOR, ME 04401

10925   WOOD, KENRICK, 3054 N. 24TH ST, MILWAUKEE, WI 53206-1103

10925   WOOD, LACONDA, 324 GIBSON ST, CEDARTOWN, GA 30125

10925   WOOD, LARRY, 10160 CHAUCER AVE., 2, ST LOUIS, MO 63114

10925   WOOD, LAURA, 61 APPLETON AVE, HAMILTON, MA 01936

10925   WOOD, LEONARD, 508 RAVINE DR., ROUND LAKE PARK, IL 60073

10925   WOOD, LEWIS, 1219 EAST GA ROAD, SIMPSONVILLE, SC 29681

10925   WOOD, LEWIS, 1219 EAST GEORGIA ROAD, SIMPSONVILLE, SC 29681

10925   WOOD, LINDA, 7 10TH ST PLUM ISLAN, NEWBURY, MA 01951

10925   WOOD, LINDA, 704 LARADO CT, MOORE, SC 29369-9381

10925   WOOD, LINDA, RT. 1, BOX 704, RINGGOLD, LA 71068

10925   WOOD, LORI, 10370 BRIDGETOWN PL, BURKE, VA 22015

10925   WOOD, LOUIS, 11760 GAINSBOROUGH ROAD, ROCKVILLE, MD 20854-3246

10925   WOOD, LUTHER, PO BOX 722, MULBERRY, FL 33860-0722

10925   WOOD, MALCOLM, 3927 WINDEMERE DR, DOUGLASVILLE, GA 30135

10925   WOOD, MARION ELSIE, WELLS FARGO 1160 FOREST AVE, PACIFIC GROVE, CA 93950-5123

10925   WOOD, MARION, 109 WEST POINT TRAIL, WOODSTOCK, GA 30189

10925   WOOD, MARION, 1395 IRON DUFF RD, WAYNESVILLE, NC 28786

10925   WOOD, MARK, 2441 TASHA DRIVE, ANCHORAGE, AK 99502

10925   WOOD, MARY, 3248 NORTHBROOK DR., CHAMBLEE, GA 30341

10925   WOOD, MICHAEL, 1101 BURLEW BLVD, APT 611, OWENSBORO, KY 42303

10925   WOOD, NANCY, 4444 WINDSOR PKWY, DALLAS, TX 75205

10925   WOOD, PEGGY, 201 MARKSFIELD CR, LOUISVILLE, KY 40222

10925   WOOD, PETE P, 7500 GRACE DR., COLUMBIA, MD 21044

10925   WOOD, RALPH, 48 SOUTH ST, WARE, MA 01082

10925   WOOD, RAYMOND, 1778 CURTIS BRG RD NE, NORTH LIBERTY, IA 52317

10925   WOOD, RAYMOND, 2009 W ELM, ENID, OK 73703

10925   WOOD, RICHARD, 3214 SUFFOLK LANE, FALLSTON, MD 31047-1108

10925   WOOD, RICK, 513 ELDORA RD., HUDSON, IA 50643

10925   WOOD, RICKY, RT 1 BOX 1143, NICHOLSON, GA 30565

10925   WOOD, ROBERT, 9855 E 100 SO, ZIONSVILLE, IN 46077

10925   WOOD, RONALD, PO BOX 253, SOPHIA, WV 25921

10925   WOOD, ROY, 1219A E GEORGIA RD, SIMPSONVILLE, SC 29681

10925   WOOD, S, 83 NORTH CEDAR PARK, MELROSE, MA 02176

10925   WOOD, SANDRA, 68 FAIRVIEW ST, LEOMINSTER, MA 01453

10925   WOOD, SHELAGH, 57 SENECHAL DRIVE, SOMERSET, MA 02725

10925   WOOD, STEVEN, 3028 LAVELL DR, WICHITA FALLS, TX 76308

10925   WOOD, TERRI, 1651 PLAYSTED APT 1, WEST BLOOMFIELD, MI 48324

10925   WOOD, TRESSY, 10240 MARTINSBURG RD, ST LOUISVILLE, OH 43071

10925   WOOD, TROY, 1308 JONESVILLE ROAD, SIMPSONVILLE, SC 29681

10925   WOOD, VERA, RT 1 BOX 1048, NICHOLSON, GA 30565

10925   WOOD, VERTNA, 297 HIGHLAND ST, STOUGHTON, MA 02072

10925   WOOD, WESLEY, 5401 BETH DR, AUSTELL, GA 30001

10925   WOOD, WILLIAM, 560 HAWTHORNE AVE, WOODRUFF, SC 29388

10925   WOOD, WILLIAM, PO BOX 1310, HIGHLANDS, TX 77562

10925   WOOD, YVONNE, 10615 HWY 98 W, COMMERCE, GA 30530

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WOODALL, BRIAN, 403 3RD ST. BOX 168, LIZTON, IN 46149

10925   WOODALL, DUANE, 7209 N.E FAIRWAY AVE., VANCOUVER, WA 98662

10925   WOODALL, KATHERINE, 1082 LAKE DRIVE WEST, BROWNSBURG, IN 46112

10925   WOODALL, LINDA, 607 S ROOSEVELT, KANKAKEE, IL 60901

10925   WOODARD & CURRAN INC, 41 HUTCHINS DRIVE, PORTLAND, ME 04102

10925   WOODARD & CURRAN, 41 HUTCHINS DRIVE, PORTLAND, MA 04102

10925   WOODARD, BISHOP, PO BOX 4594, PLANT CITY, FL 33564

10925   WOODARD, CHRISTOPHER, 501 WEST MOORE, ENNIS, TX 75119

10925   WOODARD, DALE, 105 TREATY POINT DR, FOUNTAIN INN, SC 29644

10925   WOODARD, FRANCES V, CUST FOR FBO LATEAYA WOODARD, UNDER UNIF GIFT MIN ACT DE, 516 W 36TH ST, WILMINGTON, DE 19802-2013

10925   WOODARD, JR, DAVID A, 2500 S GARNSEY ST, SANTA ANA, CA 92707

10925   WOODARD, -JR., 4876 ELSA ROAD, SAN DIEGO, CA 92120

10925   WOODARD, LEIGH, 21013 COUNTRY CRK DR, BOCA RATON, FL 33428

10925   WOODARD, LEOLA, 2603 HUNTINGTON AVE, SHREVEPORT, LA 71108

10925   WOODARD, LISA, 853 BOSLEY AVE, TOWSON, MD 21204

10925   WOODARD, LOU, 4407 MARTINIQUE DRIVE, WICHITA FALLS, TX 76308

10925   WOODARD, P, 10075 REDWOOD RD, MILLINGTON, TN 38053

10925   WOODARD, SHERITA, 5097 BASINVIEW, NEW ORLEANS, LA 70128

10925   WOODARD, WILLIS, 2612 LAWN ST, LAKELAND, FL 33813-4034

10925   WOODARD, WILLIS, 414 MARIMAR, LAKELAND, FL 33813-1546

10925   WOODBRIDGE, C C, PO BOX 464, DUNCAN, SC 29334

10925   WOODBRIDGE, C, 129 HUNTERS RUN, GREENVILLE, SC 29615

10925   WOODBURN, DEREK, 11731 SPRINGHAVEN CT, ELLICOTT CITY, MD 21043

10925   WOODBURN, JENNY, 1141 N STAURT ST, ARLINGTON, VA 22201

10925   WOODBURN, MARY, 6133 RIVER ROAD, WAUNAKEE, WI 53597

10924   WOODBURY CEMENT PROD., #2 INDUSTRIAL DRIVE, WILLIAMSTOWN, NJ 08094

10924   WOODBURY CEMENT PROD., 630 SO.EVERGREEN AVE, WOODBURY, NJ 08097

10924   WOODBURY CEMENT PRODUCTS, (PRECAST CONCEPTS), HAMMONTON, NJ 08037

10924   WOODBURY CEMENT PRODUCTS, 630 SO EVERGREEN AVE, WOODBURY, NJ 08097

10925   WOODBURY FAMILY TRUST, THE, UA AUG 3 92, COLEMAN RD RFD, SOUTH BYFIELD, MA 01922

10924   WOODBURY JR. HIGH SCHOOL, 3133 PIONEER DRIVE, WOODBURY, MN 55119

10924   WOODBURY RECREATION CENTER, 4125 TOWER DRIVE, SAINT PAUL, MN 55107

10924   WOODBURY RECREATIONAL CENTER, MINUTI OGLE, WOODBURY, MN 55119

10924   WOODBURY TECHNICAL CENTER, 500 SUNNYSIDE, LONG ISLAND CITY, NY 11104

10925   WOODBURY, NJ, 200 NOLTE DR, PAULSBORO, NJ 08066

10925   WOODBURY, RICHARD, 9 WOODLAND DRIVE, AMHERST, NH 03031

10925   WOODBURY, RICHARD, ROUTE 3 BOX 159, ALVARADO, TX 76009

10925   WOODCOCK WASHBURN KURTZ MACKIEWICZ, ONE LIBERTY PLACE - 46TH FL, PHILADEPHIA, PA 19103

10925   WOODCOCK WASHBURN KURTZ, ONE LIBERTY PLACE - 46TH FL, PHILADELPHIA, PA 19103

10925   WOODCOCK WASHBURN KURTZ, ONE LIBERTY PLACE-46TH FL, PHILADELPHIA, PA 19103

10925   WOODCOCK, JOHN, 39 MAPLE ST, S HAMILTON, MA 01982

10925   WOODEN JR, HOWARD, 12 SHARON COURT APT. #301, LAUREL, MD 20707

10925   WOODEN PALLETS INC, PO BOX 555, SILSBEE, TX 77656

10925   WOODEN PALLETS INC, PO BOX 842058, DALLAS, TX 75284-2058

10925   WOODEN ROOF STRUCTURE INC., 10442 WEST 163 PLACE, ORLAND PARK, IL 60462

10925   WOODEN, SHAWN, AO-7 EDGEWATER MANOR, BEVERLY, NJ 08010

10924   WOODFEATHERS ROOFING SUPPLY, 8414 N. VANCOVER AVENUE, PORTLAND, OR 97217

10924   WOODFEATHERS ROOFING SUPPLY, 8414 NORTH VANCOUVER AVENUE, PORTLAND, OR 97217

10924   WOODFEATHERS ROOFING SUPPLY, P.O. BOX 17566, PORTLAND, OR 97217

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WOODFINE, P, 76 MONTROSE ST, SPRINGFIELD, MA 01109 | |
| 10925 | WOODFORD, JOSEPHINE, 220 BEDFORD ST., BRIDGEWATER, MA 02324 | |
| 10925 | WOODHAM RADIO SERVICE, 7200 W. ARCHER AVE., SUMMIT, IL 60501 | |
| 10925 | WOODHAM, ERNEST E, RTE 2 BOX 1014, BISHOPVILLE, SC 29010-9626 | |
| 10925 | WOODHAM-GRANT, L, 15 TRENHOLM ROAD, GREENVILLE, SC 29615 | |
| 10925 | WOODHEAD CONSULTANTS, 4150 LYNN VALLEY ROAD, NORTH VANCOUVER BC, BC V7K 2T2CANADA | *VIA Deutsche Post* |
| 10925 | WOODHEAD INDUSTRIES, 11501 JAMES WATT, EL PASO, TX 79936 | |
| 10924 | WOODHEAD LP, 3411 WOODHEAD DRIVE, NORTHBROOK, IL 60062 | |
| 10925 | WOODHILL CHEMICAL SALES CORPORATION, 1001 TROUT BROOK CROSSING, ROCKY HILL, CT 06067 | |
| 10924 | WOOD-HOPKINS CONTRACTING CO., 1901 HILL STREET, JACKSONVILLE, FL 32208 | |
| 10924 | WOOD-HOPKINS CONTRACTING CO., ATTENTION: ACCOUNTS PAYABLE, JACKSONVILLE, FL 32208 | |
| 10924 | WOODHOUSE LENS CO., 3130 SACKETT, HOUSTON, TX 77098 | |
| 10925 | WOODHOUSE WASHBURN KURTZ MACKIEWICZ, NORRIS, PHILADELPHIA, PA 19103 | |
| 10925 | WOODHOUSE, GAY, STATE CAPITOL BLDG, CHEYENNE, WY 82002 | |
| 10925 | WOODHOUSE, LECIA, 801 GRADUATE CT, VA BEACH, VA 23462 | |
| 10925 | WOODHOUSE, LYNNE, 2 BLOOMFIELD ST, LEXINGTON, MA 02173 | |
| 10925 | WOODHOUSE, MILTON, 12700 SHERWOOD PL 114, MINNETONKA, MN 55343 | |
| 10925 | WOODIN, LEEBETH, 11051 COLLINWOOD DR., SANTEE, CA 92071 | |
| 10925 | WOODKE, SUSAN, 4070 MATUSZAK CT, GREEN BAY, WI 54313 | |
| 10924 | WOODLAND BUILDING CENTER, PO BOX992, SPRINGERVILLE, AZ 85938 | |
| 10924 | WOODLAND COMMUNITY HOSPITAL, 1910 CHEROKEE AVENUE SOUTHWEST, CULLMAN, AL 35055 | |
| 10924 | WOODLAND HEIGHTS HOSPITAL, INTERSECTION OF LOOP 258 & HWY. 94, 500 GASLIGHT BOULEVARD, LUFKIN, TX 75904 | |
| 10924 | WOODLAND HIGH SCHOOL, 960 OLD ALABAMA RD. S.E., CARTERSVILLE, GA 30120 | |
| 10924 | WOODLAND HILLS, C/O WESTSIDE BUILDING MATERIALS, OXNARD, CA 93030 | |
| 10924 | WOODLAND MIDDLE SCHOOL C/O SPRAY IN, WASHINGTON AND ALMND, GURNEE, IL 60031 | |
| 10925 | WOODLAND TECHNOLOGIES INC, POBOX 553, ROY, UT 84067-0553 | |
| 10925 | WOODLANDS EXEC. CONF. CTR & RESORT, 2301 NORTH MILLBEND DR., THE WOODLANDS, TX 77380 | |
| 10925 | WOODLANDS RESORT & CONFCENTER, THE, 2301 NORTH MILLBEND DR., THE WOODLANDS, TX 77380 | |
| 10924 | WOODLAWN HOSPITAL C/O GIBSON-LEWIS, 1400 E. 9TH STREET, ROCHESTER, IN 46975 | |
| 10924 | WOODLAWN MIDDLE SCHOOL, 3970 MEBANE ROGERS ROAD, MEBANE, NC 27302 | |
| 10925 | WOODLE, MAMIE, 26 TANGLEWOOD RD, NEWNAN, GA 30265 | |
| 10925 | WOODLEY, JOSEPH, 30 N BENTALOU ST, BALTIMORE, MD 21223-1418 | |
| 10925 | WOODLEY, WILLIAM, 4430 W. MEINECKE, MILWAUKEE, WI 53210 | |
| 10925 | WOODMAN & EATON, 801 MAIN ST, CONCORD, MA 01742 | |
| 10925 | WOODMAN, JAMES, 6227 SILVERLEAF, LEAGUE CITY, TX 77573 | |
| 10925 | WOODMAN, JEAN, 823 E NORTHFIELD BL, MURFREESBORO, TN 37130 | |
| 10925 | WOODMAN, RONALD, 1010 URELL PL NE, WASHINGTON, DC 20017 | |
| 10925 | WOODMAN, STACEY, 7407 UTOPIA RD., GLENDALE, AZ 85308 | |
| 10925 | WOODMAN, THERESA, PO BOX 302, NORFOLK, MA 02056-0302 | |
| 10925 | WOODMANS FOOD MARKETS AND BAKERY, WILLARD P WOODMAN, 2919 N LAKE DR, JANESVILLE, WI 53545 | |
| 10925 | WOODMARK HOTEL ON LAKE WASHING, THE, 1200 CARILLON POINT, KIRKLAND, WA 98033-7351 | |
| 10925 | WOODMASTER BUILDING COMPANY, POBOX 767, HUTCHINS, TX 75141 | |
| 10925 | WOODMOOR GROUP INC, POBOX 1383, MONUMENT, CO 80132 | |
| 10925 | WOOD-MORGAN, BARBARA, 92 LLOYD, BELEN, NM 87002 | |
| 10925 | WOODRING, DEBORAH, 6723 STRAWBERRY PARK, SAN ANTONIO, TX 78238 | |
| 10925 | WOODROW, ELIZABETH, 805 WONDER WAY, GRAPEVINE, TX 76051 | |
| 10925 | WOODROW, LAURA, 19019 PRESTON RD., DALLAS, TX 75252 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | WOODRUF CONSTRUCTION, 110 HOLMES ROAD, HOUSTON, TX 77063 | |
| 10924 | WOODRUFF BLOCK CO., 495 WEST PARISHVILLE RD., POTSDAM, NY 13676 | |
| 10925 | WOODRUFF HARDWARE & FARM SUPPLY, PO BOX 370, WOODRUFF, SC 29388 | |
| 10925 | WOODRUFF HIGH SCHOOL, 710 CROSS ANCHOR RD, WOODRUFF, SC 29388-2309 | |
| 10925 | WOODRUFF HIGH SCHOOL, 710 CROSS ANCHOR ROAD, WOODRUFF, SC 29388 | |
| 10925 | WOODRUFF MACHINE SHOP, INC, PO BOX 358, WOODRUFF, SC 29388 | |
| 10925 | WOODRUFF NEWS HOMETOWN NEWS, INC, PO BOX 249, WOODRUFF, SC 29388 | |
| 10925 | WOODRUFF OIL COMPANY, 310 SLOAN ROAD, WOODRUFF, SC 29388 | |
| 10925 | WOODRUFF ROTARY CLUB, 316 NORTH MAIN ST, WOODRUFF, SC 29388 | |
| 10925 | WOODRUFF, CHARLES, 2225 HORSESHOE FALLSROAD, ENOREE, SC 29335 | |
| 10925 | WOODRUFF, EDWARD, 7538 OLD WASHINGTON RD, WOODBINE, MD 21797 | |
| 10925 | WOODRUFF, F, 9366 LAWRENCE 2220, MONETT, MO 65708 | |
| 10925 | WOODRUFF, FRANK A, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | WOODRUFF, FRANK, 2876 CONSTELLATION WAY, FINKSBURG, MD 21048 | |
| 10925 | WOODRUFF, JAMES, 206 BROOKDALE APTS, PENDLETON, SC 29670 | |
| 10925 | WOODRUFF, KURT, 258 KOUNTZ DR, WOOSTER, OH 44691 | |
| 10925 | WOODRUFF, MARY, PO BOX 693, HEAVENER, OK 74937-0698 | |
| 10925 | WOODRUFF, MICHAEL, 11927 SW 16TH ST., YUKON, OK 73099 | |
| 10925 | WOODRUFF, ROBBIE, 3436 CASA GRANDA CRL, JACKSON, MS 39209 | |
| 10925 | WOODRUFF, ROSA, 2876 CONSTELLATION W, FINKSBURG, MD 21048 | |
| 10925 | WOODRUFF, SHELLY, 1295 N HOLLAND PKWY APT 39, BARTOW, FL 33830 | |
| 10925 | WOODRUFF, VICKIE, 104 MOFFITT COURT, SPARTANBURG, SC 29301 | |
| 10925 | WOODRUM JR, CHARLES, 335 FOXCROFT DRIVE, WINSTON SALEM, NC 27103 | |
| 10924 | WOODS ELECTRIC CO., 3930 ALLEN BROOK COVE, MEMPHIS, TN 38112 | |
| 10924 | WOODS FIREPROOFING, 20227 OLD YORK ROAD, WHITE HALL, MD 21161 | |
| 10924 | WOODS FIREPROOFING, 21100 WEST LIBERTY ROAD, PARKTON, MD 21120 | |
| 10925 | WOODS HOLE GROUP INC, THE, 81 TECHNOLOGY PARK DR, EAST FALMOUTH, MA 02536 | |
| 10925 | WOODS HOLE GROUP, 81 TECHNOLOGY PARK DR., BARNSTABLE, MA 02536 | |
| 10925 | WOODS OVIATT GILMAN STURMAN &, 44 EXCHANGE ST, ROCHESTER, NY 14614 | |
| 10925 | WOODS PALLET DEVELOPMENT INC, POST OFFICE BOX 1329, CARROLLTON, GA 30117 | |
| 10925 | WOODS WOODS LAW OFFICES, 105 PONCE DE LEON AVE ONE COMPTROLL, PO BOX 193600, SAN JUAN, PR 9193600PUERTO RICO | *VIA Deutsche Post* |
| 10925 | WOODS, ALBERTA, 3102 ISABELLA, HOUSTON, TX 77004 | |
| 10925 | WOODS, ANIKA, 4410 OGLETHORPE ST, HYATTSVILLE, MD 20781 | |
| 10925 | WOODS, ARELLIA, 5420 RIVERDALE RD A7, COLLEGE PARK, GA 30349 | |
| 10925 | WOODS, ARETHA, 1281 BROCKETT ROAD, 53M, CLARKSTON, GA 30021 | |
| 10925 | WOODS, CARMEN, 24282 30TH ST, LISBON, IA 52253 | |
| 10925 | WOODS, CAROL, 2469 N. 33RD., MILWAUKEE, WI 53210 | |
| 10925 | WOODS, CHARLES B, 2880 NW 25TH WAY, BOCA RATON, FL 33434 | |
| 10925 | WOODS, CHARLES, 1209 COPPER ROCK DR, EDMOND, OK 73003 | |
| 10925 | WOODS, CHARLES, 480 MERMAN ROAD, KINGSPORT, TN 37663 | |
| 10925 | WOODS, CHRISTOPHER, 306 FROSTBERRY CT, FOUNTAIN INN, SC 29644 | |
| 10925 | WOODS, CLINTON, 147 COMMUNITY LANE, STATESVILLE, NC 28677-9998 | |
| 10925 | WOODS, D, 311 WOODVALE AVE, FOUNTAIN INN, SC 29644 | |
| 10925 | WOODS, DAMION, 5134 N. 24TH PLACE, MILWAUKEE, WI 53209 | |
| 10925 | WOODS, DARRYL, 2602 HARVEST MOON, MISSOURI CITY, TX 77489 | |
| 10925 | WOODS, DEBORAH, 2316 GOEBBERT RD., 2108, ARLINGTON HEIGHTS, IL 60005 | |
| 10925 | WOODS, DONNA, 2712 FANIN ST., LAMARQUE, TX 77568 | |
| 10925 | WOODS, DOROTHY, 7622 MATAMOROS, EL PASO, TX 79915 | |
| 10925 | WOODS, DOUGLAS, 22858 S LAWNDALE AVE, RICHTON PK, IL 60471 | |
| 10925 | WOODS, E, PO BOX 733, NEWPORT, NH 03773 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WOODS, EDWARD, 263 ROCKLAND ST #58, PORTSMOUTH, NH 03801 | |
| 10925 | WOODS, ELAINE, 4002 SAN MARCOS RD, LOUISVILLE, KY 40299 | |
| 10925 | WOODS, FREDDIE, 3636 APPLING LAKE DRIVE, BARTLETT, TN 38133 | |
| 10925 | WOODS, GERALD, 205 ASTER DRIVE, SIMPSONVILLE, SC 29681-3415 | |
| 10925 | WOODS, JACKIE, 6312 PUMA PLACE, ALBUQUERQUE, NM 87111 | |
| 10925 | WOODS, JACKIE, 9319 GREENS RD #39F, HUMBLE, TX 77396 | |
| 10925 | WOODS, JAMES, PO BOX 23, BLOOMING GROVE, TX 76626 | |
| 10925 | WOODS, JANICE, 3325 WILLWAY NE, ALBUQUERQUE, NM 87106 | |
| 10925 | WOODS, JEFFREY, 303 MILLER RD, MAULDIN, SC 29662 | |
| 10925 | WOODS, JOCELYN, 2450 W LUCAS, BEAUMONT, TX 77706 | |
| 10925 | WOODS, JOHNNY, 911 WEBSTER ST APT 110, SAN FRANCISCO, CA 94115 | |
| 10925 | WOODS, JONATHAN, 1217 PECAN SQR DR, ARLINGTON, TX 76012 | |
| 10925 | WOODS, KIMBERLY, 4420 FRONT ST, WINNSBORO, LA 71295 | |
| 10925 | WOODS, LASHONDA, 1632 NW 17TH, AMARILLO, TX 79107 | |
| 10925 | WOODS, MARGARET, 3225 PIONEER AVE SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | WOODS, MARGIE, POBOX 17092, SPARTANBURG, SC 29301-0101 | |
| 10925 | WOODS, MARIBETH, 3933 BENTON BLVD, KANSAS CITY, MO 64130 | |
| 10925 | WOODS, MARK, 124 WASHINGTON ST, THIBODAUX, LA 70301 | |
| 10925 | WOODS, MARLENE, 9019 TAYLOR LANE, FORT WASHINGTON, MD 20744 | |
| 10925 | WOODS, MARY, 233 E. LINCOLN AVE, NEW CASTLE, PA 16101 | |
| 10925 | WOODS, MICHELLE, 5563 LEMONWOOD DR, BATON ROUGE, LA 70805 | |
| 10925 | WOODS, MORRIS, PO BOX 465, BAY CITY, TX 77414 | |
| 10925 | WOODS, NINA, 10 AVENEL COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | WOODS, PATRICIA, 28 ROBERT ST, FERGUSON, MO 63135 | |
| 10925 | WOODS, PHYLLIS, 1042 E MORTRON AVE, UNIT 250, JACKSONVILLE, IL 62650 | |
| 10925 | WOODS, PHYLLIS, 3845 NW 168TH ST, MIAMI, FL 33055 | |
| 10925 | WOODS, RALPH E, 24 GLOVER RD, MILLBURY, MA 01527 | |
| 10925 | WOODS, ROBERT, 4 RIDGE ROAD, ATLANTIC, IA 50022 | |
| 10925 | WOODS, ROBERT, S86 W 32291 ELIAS CTMUKWONAGO WI 53149, MUKWONAGO, WI 53149 | |
| 10925 | WOODS, ROBERT, S86 W 32291 ELIAS CT., MUKWONAGO, WI 53149 | |
| 10925 | WOODS, ROSETTA, 8115 OAK ARBOR RD, GREENSBORO, NC 27405 | |
| 10925 | WOODS, RUTH, 1263 10TH ST, MARION, IA 52302 | |
| 10925 | WOODS, SHAWN, ROUTE 5, BOX 278, CHARITON, IA 50049 | |
| 10925 | WOODS, SHIRLEY, 16000 SAROMONT AVE., CHESTER, VA 23831 | |
| 10925 | WOODS, STACY, 108 THISTLE WAY, GEORGETOWN, KY 40324 | |
| 10925 | WOODS, STEPHEN, PO BOX 157, ELGIN, IA 52141 | |
| 10925 | WOODS, STEVE, 1320 N. 57TH TERR., FT. SMITH, AR 72901 | |
| 10925 | WOODS, SUSAN, 301 WHITFORD ST, MANCHESTER, NH 03104-2168 | |
| 10925 | WOODS, SUSAN, 859 TANAGER RD, LIVERMORE, CA 94550 | |
| 10925 | WOODS, TAMEKA, 1077 FAREWELL DR, GASTONIA, NC 28054 | |
| 10925 | WOODS, TERESA, 3453 RANGELEY, FLINT, MI 48503 | |
| 10925 | WOODS, TERRI, 1260 PARTRIDGE ST, MOBILE, AL 36605 | |
| 10925 | WOODS, THOMAS, 306 ALLISON ST, STEVENSON, AL 35772 | |
| 10925 | WOODS, TILLA, 412 DELPHINE ST, BATON ROUGE, LA 70806 | |
| 10925 | WOODS, TRACY, 427 DUNGANNON DR, ABBEVILLE, SC 29620 | |
| 10925 | WOODS, VICKIE, 217 S. CLINTON, BRADLEY, IL 60915 | |
| 10924 | WOODSIDE ENERGY LTD, 1 ADELAIDE TERRACE, PERTH, 06000AUSTRALIA | *VIA Deutsche Post* |
| 10925 | WOODSIDE PRESBYTERIAN CHURCH, ENGEWOOD ROAD, YARDLEY, PA 19067 | |
| 10925 | WOODSON & ASSOC, 2189 NORTH US #1, TITUSVILLE, FL 32796 | |
| 10925 | WOODSON, FLORA, 3650 CAROLINE AVE, INDIANAPOLIS, IN 46218 | |
| 10925 | WOODSON, MIA, 3229 YORKTOWN DR., FT WORTH, TX 76140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WOODSON, ODESSA, 1432 HAMPSHIRE WEST, SILVER SPRING, MD 20903 | |
| 10925 | WOODSON, ROSE, 947 COURT ST, READING, PA 19601 | |
| 10925 | WOODSON, W, 3284 HINKLE DR, NASHVILLE, TN 37218 | |
| 10924 | WOODSTONE COMPANY, PO BOX 223, WESTMINSTER, VT 05158 | |
| 10924 | WOODSTONE COMPANY, THE, 157 MAIN STREET, NORTH WALPOLE, NH 03609 | |
| 10925 | WOODWARD & CURRAN, 980 WASHINGTON ST., STE. 325, DEDHAM, MA 02026 | |
| 10925 | WOODWARD & CURRAN, JOHN THOMPSON R DUFF COLLINS PG LSP, 980 WASHINGTON ST, SUITE 325, DEDHAM, MA 02026 | |
| 10924 | WOODWARD CONCRETE, 4215 OKLAHOMA AVENUE, WOODWARD, OK 73802 | |
| 10924 | WOODWARD CONCRETE, BRAUMS FARM, SHATTUCK, OK 73858 | |
| 10924 | WOODWARD HOSPITAL, C/O HICO CONCRETE, 900 17TH STREET, WOODWARD, OK 73801 | |
| 10925 | WOODWARD KINGMAN, 1020 UNION ST, SAN FRANCISCO, CA 94133-2592 | |
| 10925 | WOODWARD, ANGELA, 5024 ALCOVA, CASPER, WY 82604 | |
| 10925 | WOODWARD, BENNIE, 20218 OREGON TRAIL, OLYMPIA FIELDS, IL 60461 | |
| 10925 | WOODWARD, DUANE, RFD BOX 205A, LEWIS, IA 51544 | |
| 10925 | WOODWARD, ELIZABETH, PO BOX 734, SALTVILLE, VA 24370 | |
| 10925 | WOODWARD, FRANCES, MCKENDRE MANOR LEBANON ROAD, HERMITAGE, TN 37076 | |
| 10925 | WOODWARD, JAMES, 129 BRYARS LANE LOT W, NORTH AUGUSTA, SC 29841 | |
| 10925 | WOODWARD, JOHN, 15830 NORTH PARK DRIVE, FRENCHTOWN, MT 59834 | |
| 10925 | WOODWARD, RAY, 2612 S SUMMIT ST, RIDGECREST, CA 93555 | |
| 10925 | WOODWARD, ROBERT, 655 PEANUT RD, WOODRUFF, SC 29388 | |
| 10925 | WOODWARD/WHITE, INC, 129 FIRST AVE.SW, AIKEN, SC 29801 | |
| 10925 | WOODWARD-CLYDE (NZ) LTD, POBOX 821, AUCKLAND, | |
| 10925 | WOODWARD-CLYDE CONSULTANTS, PO BOX 101556, ATLANTA, GA 30392 | |
| 10925 | WOODWARD-CLYDE LIMNOS SA, BRUC 168, ENTOL 2A, BARCELONA, 08037SPAIN | *VIA Deutsche Post* |
| 10925 | WOODWARD-CLYDE, LEVEL 3, 649 BRIDGE ROAD, RICHMOND VIC, 03121AUSTRALIA | *VIA Deutsche Post* |
| 10925 | WOODWARD-CLYDE, WOODSIDE ROAD, WINKFIELD WINDSOR, BERKSHIRE, SL4 2DXUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | WOODWARD-CWIK, BARBARA, 49975 HWY 95, PARKER, AZ 85344 | |
| 10924 | WOODWAY BAPTIST CHURCH, 22008 WOODWAY DRIVE, WACO, TX 76712 | |
| 10924 | WOODWINDS HEALTH CAMPUS, 1875 WEIR DRIVE, WOODBURY, MN 55125 | |
| 10924 | WOODWINDS HOSPITAL, 1875 WEIR DRIVE, WOODBURY, MN 55125 | |
| 10925 | WOODWORTH, JOHN, 1754 N NICHOLAS, APPLETON, WI 54914 | |
| 10925 | WOODWORTH, RAY, 14855 S KEATING AVE, MIDLOTHIAN, IL 60445-3115 | |
| 10925 | WOODWORTH, RAYMOND, 14855 S KEATING AVE, MIDLOTHIAN, IL 60445 | |
| 10925 | WOODY CREEK ROOFING, 0261 GRANGE LN., CARBONDALE, CO 81623 | |
| 10925 | WOODY VALENTE MANUFACTURERS, 95-385 WAIA LOOP, MILILANI, HI 96789 | |
| 10925 | WOODY, GERALD, ROUTE 4, COCHRAN, GA 31014 | |
| 10925 | WOODY, HAROLD, 935 LANSING DRIVE, MOUNT PLEASANT, SC 29464 | |
| 10925 | WOODY, RALPH, ROUTE 7-7280 C RD 651, BRAZORIA, TX 77422 | |
| 10925 | WOODY, TONY, 504 W. PEACHTREE ST, WOODRUFF, SC 29388 | |
| 10925 | WOODY-BROADDUS, JUDITH, 6702 SPRAY LANE, ROSHARON, TX 77583 | |
| 10925 | WOOFTER, BRIAN, 11789 ALPHA ROAD, HIRAM, OH 44234 | |
| 10925 | WOOFTER, KATHERINE, 10422 FIDELITY AVE., CLEVELAND, OH 44111 | |
| 10925 | WOOL PLUMBING SUPPLY INC, 6778 N.MILITARY TRAIL, WEST PALM BEACH, FL 33407-1290 | |
| 10924 | WOOLARD BROTHERS, 531 B OLIVER RD., MONTGOMERY, AL 36117 | |
| 10924 | WOOLARD BROTHERS, CAMBRIDGE, MA 02140 | |
| 10924 | WOOLARD BROTHERS, PO BOX 210697, MONTGOMERY, AL 36121 | |
| 10925 | WOOLARD, JR, C, 3545 LEAVENSWORTH RD, DARLINGTONE, SC 29540 | |
| 10925 | WOOLARD, SHERRI, 835 COX RD, WASHINGTON, NC 27889 | |
| 10925 | WOOLDRIDGE, JOE, 2620 DOW, BIG SPRING, TX 79720 | |

‖9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WOOLDRIDGE, PATTI, 625 W. MC KELLIPS, MESA, AZ 85201 | |
| 10925 | WOOLERY, EVERETT, 606 EAST AVE. C, HEAVENER, OK 74937 | |
| 10925 | WOOLERY, RON, 4100 ALAVA, FT WORTH, TX 76133 | |
| 10925 | WOOLERY, WILLIAM, 911 NEUHOFF LANE, NASHVILLE, TN 37205 | |
| 10925 | WOOLEY & CO., 6865 MIMMS DR., ATLANTA, GA 30340 | |
| 10925 | WOOLEY, BONITA, 3310 OLD FRIENDSHIP, FINTER, TN 38334 | |
| 10925 | WOOLEY, MICHAEL, 123 DAVENPORT ST, SOMERVILLE, NJ 08876 | |
| 10924 | WOOLF DISTRIBUTORS, 8550 RIDGEFIELD RD., CRYSTAL LAKE, IL 60012 | |
| 10925 | WOOLF, MICHEAL, PO BOX 185, GRAHAM, TX 76450 | |
| 10925 | WOOLF,MCCLANE,BRIGHT,ALLEN &, 900 SOUTH GAY ST, KNOXVILLE, TN 37902 | |
| 10925 | WOOLFOLK, EDMUND, 4917 RAVENSWOOD RD., SAN ANTONIO, TX 78227 | |
| 10925 | WOOLFOLK, STELLA, 123 W 13 TH ST, YAZOO CITY, MS 39194 | |
| 10925 | WOOLFORK, SIDNEY, 1948 COBB PKWY., SMYRNA, GA 30080 | |
| 10925 | WOOLHOUSE, ARTHUR, 1906 MAPLE ROAD, CORINTH, MS 38834 | |
| 10925 | WOOLLACOTT, RICHARD, 136 CENTRAL ST, NORTH READING, MA 01864 | |
| 10925 | WOOLLEMS, BARBARA, 305 NORTH RANCHWOOD BLVD, YUKON, OK 73099-2035 | |
| 10925 | WOOLLEY, JOHN, 4735 CHAMBLEE TUCKER, TUCKER, GA 30084 | |
| 10925 | WOOLLEY, VIRGINIA, 501 PINE PLACE, RIVERDALE, GA 30274 | |
| 10925 | WOOLLEYS PETITE SUITES, 2721 HOTEL TERRACE, SANTA ANA, CA 92705 | |
| 10925 | WOOLLEYS RESTAURANT, 7901 34TH AVE SOUTH, BLOOMINGTON, MN 55425 | |
| 10925 | WOOLMAN MD, MICHAEL D, 5740 CRESTWOOD DR, OGDEN, UT 84405 | |
| 10925 | WOOLRIDGE, THURNER, 801 W 4TH ST, CROWLEY, LA 70526 | |
| 10925 | WOOLSEY, R, RT. 1, BOX 70, ORONOGO, MO 64855 | |
| 10925 | WOOLWICH SEWER CO, VILLAGE CENTER DR SUITE 210, SWEDESBORO, NJ 08085 | |
| 10925 | WOOLWICH TAX COLLECTOR, PO BOX 355, SWEDESBORO, NJ 08085 | |
| 10925 | WOOLWICH TOWNSHIP TAX COLLECTOR, PO BOX 355, SWEDESBORO, NJ 08085 | |
| 10925 | WOOLWICH WATER COMPANY, VILLAGE CENTER DRIVE SUITE 210, SWEDESBORO, NJ 08085 | |
| 10925 | WOOLWINE, AMY, PO BOX 356, MEDIAPOLIS, IA 52637 | |
| 10924 | WOOLWORTH MUSIC CENTER, PRINCETON UNIVERSITY, PRINCETON, NJ 08540 | |
| 10925 | WOOMER, DENISE, 111 CLUB ROAD, PASADENA, MD 21122 | |
| 10925 | WOOMER, SHIRLEY, 909 CHESTNUT MANR CT, BALTIMORE, MD 21226 | |
| 10925 | WOOSLEY, PAUL, 3501 MT VERNON CIRCLE, DORAVILLE, GA 30340 | |
| 10925 | WOOSLEY, PAUL, 4302 MEADOW RIDGE DRIVE, CHARLOTTE, NC 28226 | |
| 10924 | WOOSTER COMMUNITY HOSPITAL, 1761 BEALL AVENUE, WOOSTER, OH 44691 | |
| 10925 | WOOSTER PRODUCTS INC., PO BOX 6005, WOOSTER, OH 44691 | |
| 10925 | WOOTEN TRANSPORTS, INC, PO BOX 725, MEMPHIS, TN 38101 | |
| 10925 | WOOTEN, ANTHONY, 10611 WEST 64TH PO BOX 5220, ODESSA, TX 79764 | |
| 10925 | WOOTEN, AUGUSTA, 12819 N 38TH AVE, PHOENIX, AZ 85029 | |
| 10925 | WOOTEN, CAROL, 1260 KIST ROAD, GREER, SC 29651 | |
| 10925 | WOOTEN, DAVID, 8010 TUCKASEGEE RD, CHARLOTTE, NC 28214 | |
| 10925 | WOOTEN, FREDERICK, 116 N BALDWIN, GREENFIELD, IN 46140 | |
| 10925 | WOOTEN, GLENN D, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | WOOTEN, GLENN, 46781 TRAILWOOD PLACE, STERLING, VA 20165 | |
| 10925 | WOOTEN, JAMES, 2131 E UNION HILLS, PHOENIX, AZ 85024 | |
| 10925 | WOOTEN, JOSEPH, 207 BRITON WAY, GREENVILLE, SC 29615 | |
| 10925 | WOOTEN, KEITH, 4807 JARVIS RD, HILLSBORO, MO 63050 | |
| 10925 | WOOTEN, KEITH, 4807 JARVIS RD., HILLSBORO, MO 63050 | |
| 10925 | WOOTEN, MICHAEL, 11 MCGILL ROAD, TAYLORS, SC 29687 | |
| 10925 | WOOTEN, SAMUEL, 1155 HOLIDAY DAM ROAD, HONEA PATH, SC 29654-9209 | |
| 10925 | WOOTEN, SUZANNE, 207 BRITON WAY, GREENVILLE, SC 29615 | |
| 10925 | WOOTEN, WILLIAM, RTE 1 BOX 170-8, DRY PRONG, LA 71423 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　WOOTEN, WILLIE, 752 E. 36TH ST, BALTIMORE, MD 21218

10925　WORACHEK, CHRISTOPHE, E2076 CTY X, CASCO, WI 54205

10924　WORCESTER ART MUSEUM, 55 SALISBURY STREET, WORCESTER, MA 01609

10924　WORCESTER CITY CAMPUS, 362 PLANTATION STREET, WORCESTER, MA 01605

10925　WORCESTER CITY DELIVERY INC, VALLEY ST, SPENCER, MA 01562

10924　WORCESTER CONVENTION CENTER, 75 EXCHANGE STREET, WORCESTER, MA 01608

10924　WORCESTER POLYTECHNIC INSTITUTE, 100 WEST STREET, WORCESTER, MA 01609

10925　WORCESTER POLYTECHNIC INSTITUTE, BUSINESS OFFICE, WORCESTER, MA 01609

10925　WORCESTER TANK & EQUIPMENT, PO BOX 57 GREENDALE STATION, WORCESTER, MA 01606

10925　WORCHECK, STEPHEN, 401 MAIN ST AP U POB2, BLANDON, PA 19510

10924　WORD OF FAITH CHURCH, 23399 EVERGREEN, SOUTHFIELD, MI 48075

10925　WORD, EDDIE, RT. 1, BOX 73A, OAK RIDGE, LA 71264

10925　WORDEN, PETER, 15042 SW 150 CT, MIAMI, FL 33144

10925　WORDEN, TRALENE, 544 BOWEN, OSHKOSH, WI 54901

10925　WORDNET INC, 282 CENTRAL ST, ACTON, MA 01720-2255

10925　WORDPERFECT CORP, PO BOX 31453, SALT LAKE CITY, UT 84131-0453

10925　WORDS MAIL SERVICE OF TEXAS INC, PO BOX 2941, HOUSTON, TX 77252-2941

10925　WORK CONSTRUCTION INC., PO BOX 1413, MANDEVILLE, LA 70470-1413

10925　WORK KARE OF WILLIS-KNIGHTON, POBOX 31600, SHREVEPORT, LA 71130-1600

10925　WORK RIGHTS PRESS, 678 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139

10925　WORK, CAROL, 4055 S. EDGEWATER, LABELLE, FL 33935

10925　WORK, CELIA, 1028 ECTOR, DENTON, TX 76201

10925　WORK, ERNEST C, 4521 N 21ST AVE, PHOENIX, AZ 85015

10925　WORKCARE,LLC, POBOX 99461, CHICAGO, IL 60693

10925　WORKERS COMPENSATION COMMISSION, 6 NORTH LIBERTY ST, BALTIMORE, MD 21201-3785

10925　WORKERS COMPENSATION LAW BULLETIN, 23 DRYDOCK AVE, BOSTON, MA 02210

10925　WORKFORCE INC., SUITE 204, WESTCHESTER, IL 60154

10925　WORKFORCE, PO BOX 55695, BOULDER, CO 80322-5695

10925　WORKGROUP SOLUTIONS LLC, 76 BLANCHARD RD., BURLINGTON, MA 01803

10925　WORKGROUP SOLUTIONS, 76 BLANCHARD RD., BURLINGTON, MA 01803

10925　WORKING CONCEPTS INC, 10490 LITTLE PATUXENT PKWY STE 600, COLUMBIA, MD 21044

10925　WORKING SMART, PO BOX 9186, MC LEAN, VA 22102-0186

10925　WORKING SMART, PO BOX 9186, MCLEAN, VA 22102-0186

10924　WORKMAN CIRCLE, 3155 GRACE AVE, BRONX, NY 10451

10924　WORKMAN CONCRET PRODUCTS, ATTN: ACCOUNTS PAYABLES, 6444 HIGHWAY 641 NORTH, PARSONS, TN 38363

10924　WORKMAN INC., HIGHWAY 69, PARSONS, TN 38363

10925　WORKMAN, CONSTANCE, 1668 HUNTS BRIDGE ROAD, FOUNTAIN INN, SC 29644

10925　WORKMAN, DONALD, 107 MAYO DRIVE, GREENVILLE, SC 29605

10925　WORKMAN, DORIS D, BOX 1914, PAMPA, TX 79066-1914

10925　WORKMAN, DORIS, 721 A ROSETTA, FLORISSANT, MO 63031

10925　WORKMAN, MARY, 1025 ROSELLE AVE, LAKELAND, FL 33805-4146

10925　WORKMAN, ROBERT, 480 N. MAIN ST., COALVILLE, UT 84107

10925　WORKMAN, TRISA, 1558 PROFESSION DR., CHILLECOTHE, OH 46011

10925　WORKMAN, WAYNE, 134 W BERRYS CREEK ROAD, DUNCAN, SC 29334

10925　WORKMAN, WILLIAM, PO BOX 1914, PAMPA, TX 79066

10925　WORKMED DAVIS, 1992 WEST 2000 NORTH STE 2B, LAYTON, UT 84041

10925　WORKPLACE LEARINING CONFERENCE, ROOM 964, MADISON, WI 53706-1796

10925　WORKRITE, 77 DIGITAL DR, NOVATO, CA 94949

10925　WORKS IN PROGRESS, 20 FARRELL ST , STE 103, SOUTH BURLINGTON, VT 05403

10925　WORKS, LISA, 309 JORDAN ST, AUBURN, AL 36830

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WORKSAFE, 206 WAREHAM ST, MIDDLEBORO, MA 02346 | |
| 10925 | WORKSTATIONS INTL, 6110 GOLDEN HILLS DR, MINNEAPOLIS, MN 55416 | |
| 10925 | WORLD AUTO SUPPLY, INC, PO BOX 870, BEDFORD, MA 01730 | |
| 10925 | WORLD BANK PUBLICATIONS, POBOX 7247-8619, PHILADELPHIA, PA 19170-8619 | |
| 10924 | WORLD CHANGERS MINISTRIES, BURDETT ROAD, COLLEGE PARK, GA 30337 | |
| 10925 | WORLD COURIER INC, POBOX 425480, NEW HYDE PARK, NY 11042-5480 | |
| 10925 | WORLD COURIER METRO SERVICES, 137-42 GUY R BREWER BLVD, JAMAICA, NY 11434 | |
| 10925 | WORLD COURIER, 137-42 GUY R BREWER BLVD, JAMAICA, NY 11434 | |
| 10925 | WORLD DAIRY EXPO INC, THOMAS MCKITTRICK, 2820 WALTON COMMONS W, SUITE 101, MADISON, WI 53704 | |
| 10925 | WORLD DATA PUBLISHERS, | |
| 10925 | WORLD DATA PUBLISHERS, 178 WEST SERVICE ROAD, CHAMPLAIN, NY 12919 | |
| 10924 | WORLD ELECTRIC SUPPLY, 15500 WEST DIXIE HIGHWAY, NORTH MIAMI, FL 33162 | |
| 10924 | WORLD ELECTRIC SUPPLY, 2510 WEST COPANS ROAD, POMPANO BEACH, FL 33069 | |
| 10925 | WORLD ENVIRONMENT CTR INC, 419 PARK AVE SOUTH, NEW YORK, NY 10016 | |
| 10924 | WORLD FIBERS, 231 POUNDS AVE. S.W., CONCORD, NC 28026-0586 | |
| 10925 | WORLD FREIGHT FOWARDERS, RT 1 & 9 SOUTH, NEWARK, NJ 07114 | |
| 10924 | WORLD HEADQUATERS, PO BOX 1000, TOLEDO, OH 43697 | |
| 10925 | WORLD INTELLECTUAL PROPERTY ORG., 1211 GENEVA 20, GENEVA, 2166SWITZERLAND | *VIA Deutsche Post* |
| 10925 | WORLD OF CONCRETE, 426 SOUTHWESTGATE ST, ADDISON, IL 60101 | |
| 10925 | WORLD POLYMER CONGRESS, WORLD FINANCIAL CENTER, NEW YORK, NY 10285-2150 | |
| 10925 | WORLD RESOURCES INSTITUTE, POBOX 4852-HAMPDEN STA, BALTIMORE, MD 21211-4852 | |
| 10925 | WORLD SOURCE LTD. CO., 1738 E. HAYES CT., PLACENTIA, CA 92870 | |
| 10925 | WORLD SOURCES LTD. CO., 23372 VIA SAN MIGUEL, LAGUNA BEACH, CA 92656 | |
| 10924 | WORLD SPAN LP JAMES LOWRY, 760 DOUG DAVIS DRIVE, HAPEVILLE, GA 30354 | |
| 10925 | WORLD TELECOMMUNICATION, C/LUIS SAGNIER 74-76, BARCELONA, 08032SPAIN | *VIA Deutsche Post* |
| 10924 | WORLD TOWER, MELCO, LAS VEGAS, NV 89101 | |
| 10925 | WORLD TRADE ADVERTISING, PO CASTELLANA, 141, MADRID, 28046SPAIN | *VIA Deutsche Post* |
| 10924 | WORLD TRADE CENTER - WEST BLDG, 164 NORTHERN AVENUE, BOSTON, MA 02216 | |
| 10925 | WORLD TRADE CENTER BOSTON, 164 NORTHERN AVE, SUITE 50, BOSTON, MA 02210 | |
| 10925 | WORLD TRADE CENTER CLUB, THE, ONE WORLD TRADE CENTER, NEW YORK, NY 10048-0202 | |
| 10924 | WORLD TRADE CENTER ELEVATOR SHAFT, WORLD TRADE CENTER, NEW YORK, NY 10001 | |
| 10924 | WORLD TRADE CENTER HOTEL, NORTHERN AVE @ WORLD TRADE CENTER, BOSTON, MA 02110 | |
| 10924 | WORLD TRADE CENTER STATION, PICK UP AT BARRETT'S, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062 | |
| 10924 | WORLD TRADE CENTER, 164 NORTHERN AVENUE, BOSTON, MA 02216 | |
| 10924 | WORLD TRADE CENTER, GO TO LOADING DOCK, NEW YORK, NY 10001 | |
| 10924 | WORLD TRADE CENTER, NEW YORK, NY 10048 | |
| 10924 | WORLD TRADE CENTER, WORLD TRADE CENTER, NEW YORK, NY 10001 | |
| 10925 | WORLD TRADE INSTITUTE, ONE WORLD TRADE CENTER, 55W, NEW YORK, NY 10048 | |
| 10925 | WORLD TRADE PRESS, 1505 FIFTH AVE, SAN RAFAEL, CA 94901 | |
| 10925 | WORLD VISION, 919 WEST HUNTINGTON DR, MONROVIA, CA 91016 | |
| 10925 | WORLD WIDE FILTRATION INC., PO BOX 1186, BAYTOWN, TX 77522-1186 | |
| 10925 | WORLD WIDE JEWISH NEWS SERVICE, 1317 3RD AVE SUITE 100, NEW YORK, NY 10021 | |
| 10925 | WORLD WIDE MARINE, 7116 LAKE RD S, MOBILE, AL 36605 | |
| 10925 | WORLD WIDE MARINE, PO BOX 10336, PRICHARD, AL 36610 | |
| 10925 | WORLD WIDE SIGN COMPANY, PO BOX 87454, ATLANTA, GA 30337 | |
| 10925 | WORLDATWORK, PO BOX 29312, PHOENIX, AZ 85038-9312 | |
| 10925 | WORLDCOM ADVANCED NETWORKS, DEPT L-390, COLUMBUS, OH 43260 | |
| 10925 | WORLDCOM TECHNOLOGIES INC, PO BOX 96008, CHARLOTTE, NC 28296-0008 | |
| 10925 | WORLDCOM-FORMERLY MCI/UUNET, DEPT. L-390, COLUMBUS, OH 43260 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WORLDCOM-FORMERLY UUNET, PAYMENT PROCESSING CENTER, PO BOX 85080, RICHMOND, VA 23285-4100

10925 WORLDWIDE CREDITY SERVICES, POBOX 2433, SHAWNEE MISSION, KS 66201

10925 WORLDWIDE METRICS, INC, 67 VERONICA AVE., SOMERSET, NJ 08873

10925 WORLDWIDE RECLAMATION INC, 2183 BUCKINGHAM RD., SUITE 266, RICHARDSON, TX 75081

10925 WORLD-WIDE SIGN CO, PO BOX 87454, ATLANTA, GA 30337

10925 WORLDWIDE TECHNOLOGIES, 437 CHESTNUT ST, PHILADELPHIA, PA 19106

10925 WORLEY, DONALD, 1913 BAY OAKS CIRCLE, MILTON, FL 32583

10925 WORLEY, EARL, 3112 N HICKORY ST, CHATTANOOGA, TN 37406

10925 WORLEY, EDITH, 5634 TOBACCO RD., TRINITY, NC 27370

10925 WORLEY, GARY, PO BOX 544, LEICESTER, NC 28748

10925 WORLEY, GLENDA, 830 SPOTSWOOD DRIVE, SUMMERFIELD, NC 27358

10925 WORLEY, J MICHAEL, 428 S FOUNTAIN ST, RIDGECREST, CA 93555

10925 WORLEY, LEONARD, 1211 34TH PL SE, WASHINGTON, DC 20019

10925 WORLEY, MARIETTA, 10387 BRYAN ST, RIVERSIDE, CA 92505

10925 WORLEY, MARVIN, 711 CENTRAL CHURCH, MORRISTOWN, TN 37814

10925 WORLEY, MICHELE, 9008 E CORTEZ ST, SCOTTSDALE, AZ 85260

10925 WORLEY, PATRICIA, 4423 PHARR AVE, MACON, GA 31204

10925 WORLEY, PATTI, RT 1, BOX 1746, HOMER, GA 30547

10925 WORLEY, RICHARD, 2070 PECAN DR, SPARTANBURG, SC 29307

10925 WORLEY, RICHARD, 506 N. DIIS, PHAU, TX 78577

10925 WORLEY, TIMOTHY, 904 WEST LOUISA, IOWA PARK, TX 76367

10925 WORM, ERIC A, 8903 WEATHERBY CT., GRANITE BAY, CA 95746

10925 WORMALD INTL, 111 MUSKIN DR, WALKERTON, IN 46574-1063

10925 WORMAS, DELORES, 4628 HAMPSHIRE AVE NORTH, MINNEAPOLIS, MN 55428

10925 WORMELL, VALERIE, 70 CHAMBERLAIN AVE, WESTWOOD, MA 02090

10925 WORMLEY, ADAM, 299 MOUNTAIN AVE, NORTH PLAINFIELD, NJ 07060

10925 WORMLEY, DONALD, 804 CAMELOT, MOORE, OK 73160

10924 WORMS LUMBER & READY MIX, 535 MAIN STREET, NEW MUNICH, MN 56356

10924 WORMS LUMBER & READY MIX, MAIN STREET, NEW MUNICH, MN 56356

10924 WORMS LUMBER & READY MIX, P O BOX 119, NEW MUNICH, MN 56356

10924 WORMS LUMBER & READY MIX, RT 2, LONG PRAIRIE, MN 56347

10924 WORMS LUMBER & READY MIX, RT 3, SAUK CENTRE, MN 56378

10925 WORMSBECHER, RICHARD F, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925 WORMSBECHER, RICHARD, 13521 ORION DRIVE L, DAYTON, MD 21036

10925 WOROBEL, DORIE, PO BOX 690868, ORLANDO, FL 32869-0868

10925 WORONKO, JEFFREY, 3910 EBENEZER RD., MARIETTA, GA 30066

10925 WORRALL, ARTHUR, 1613 SPARKS ROAD, SPARKS, MD 21152-9337

10925 WORRELL, CHERYL, 3211 MC HENRY ST, CINCINNATI, OH 45211

10925 WORRELL, DANIEL, 74 VENABLE, DANVILLE, IN 46122

10925 WORRELL, MILDRED, PO BOX 324, CLINTON, LA 70722

10925 WORRELL, WAYNE, 50 OAK ST EXT APT201, BROCKTON, MA 02401

10925 WORRELS, PHILLIP, 408 BASSADENA CIR N, LAKELAND, FL 33805

10925 WORSDALE, RAYMOND E, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 WORSDALE, RAYMOND, 8459 NW 3RD ST, CORAL SPRINGS, FL 33071

10925 WORSHAM, DALE, 11600 HUEBNER APT. #407, SAN ANTONIO, TX 78230

10925 WORSHAM, JERRY, 10014 ANTRIM, LAPORTE, TX 77571

10925 WORSHAM, STEVEN, 15 LAFAYETTE AVE, A6, DANVERS, MA 01923

10925 WORSHAM, YOLONDA, 914 THUNDERHEAD DR, ST LOUIS, MO 63138

10925 WORTH CHEMICAL CORPORATION, PO BOX 752094, CHARLOTTE, NC 28275-2094

10925 WORTH CHEMICAL CORPORATION, POBOX 75401, CHARLOTTE, NC 28275

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   WORTH COUNTY HIGH SCHOOL, C/O SOUTHEASTERN ROOF DECKS, SYLVESTER, GA 31791

10925   WORTH DAVIS, ESQ, NANCY, NESS, MOTLEY, LOADHOLD, POOLE, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC 30309

10925   WORTH KEETER INC., PO BOX 31804, CHARLOTTE, NC 28231

10925   WORTH KEETER, INC, PO BOX 19467, CHARLOTTE, NC 28219-9467

10925   WORTH, DAVID, 27 RIGAUD RD, SPRING VALLEY, NY 10977

10925   WORTH, DAVID, 3927 ST LAWRENCE AVE, READING, PA 19606

10925   WORTH, LAWRENCE, 510 OAK ST, ATLANTIC, IA 50022

10925   WORTH, WILLIAM H, 4338 EAGLE CT, GURNEE, IL 60031

10925   WORTH, WILLIAM, 202 WEST REEDER ST, MECHANICSVILLE, IA 52306

10925   WORTH, WILLIAM, 4338 EAGLE COURT, GURNEE, IL 60031

10925   WORTHAM, ALLEN, 4450 SHERWOOD LN, HOUSTON, TX 77092

10925   WORTHAM, JOSEPH, 2607 TANGLEWOOD DR, SARASOTA, FL 34239

10925   WORTHAM, SYBIL, 145 PEACHTREE LN, ATHENS, GA 30607

10924   WORTHEN INDUSTRIES INC., 4105 CASTLEWOOD ROAD, RICHMOND, VA 23234

10925   WORTHING, KRISTIN, 86 THOMPSON ST, SOUTH PORTLAND, ME 04106

10924   WORTHINGTON BLOCK & TILE, RR 1, 409 OXFORD ST., WORTHINGTON, MN 56187

10925   WORTHINGTON PUMP CO., 6250 HALLE DR., CLEVELAND, OH 44125

10925   WORTHINGTON PUMP ENGINEERING, 625 DISTRICT DR, ITASCA, IL 60143

10925   WORTHINGTON PUMP, 1013 CENTER ROAD, WILMINGTON, DE 19805

10925   WORTHINGTON, JANET, 810 WOODGLEN, DESOTO, TX 75115

10925   WORTHINGTON, JOHN, 2319 ALGONQUIN ROAD, NISKAYUNA, NY 12309

10925   WORTHINGTON, KENNETH, 57 TURGEON AVE, DRACUT, MA 01826-2443

10925   WORTHINGTON, MERLIN, 196 E HAIL ST, BUSHNELL, IL 61422

10925   WORTHINGTON, PHYLLIS, RT. 3 BOX 333, AYDEN, NC 28513

10925   WORTHINGTON, SARA, 1H BROOKLINE COURT, PRINCETON, NJ 08540

10925   WORTHY, BRENDA, 5021 TOWNSEND #C5, BLADENSBURG, MD 20710

10925   WORTHY, FLOYD, 108 EVERGREEN CIRCLE, SIMPSONVILLE, SC 29681

10925   WORTHY, FLOYDE, 180 ROBERT HARRIS CT, GRAY COURT, SC 29645

10925   WORTHY, RUTH, RT 1 BOX 346A, MIDLAND, TX 79701

10924   WORTMAN PLASTERING, 1717 W. POPULAR, ROGERS, AR 72756

10924   WORTMAN PLASTERING, C/O ST. MARY'S HOSPITAL, ROGERS, AR 72756

10924   WOSCA TRANSPORTATION SER., 1021 MELROSE STREET, MEMPHIS, TN 38114

10925   WOTKOWICZ, CHESTER, 31 WINTER ST, ADAMS, MA 01220

10925   WOTKOWICZ, JOSEPH, 31 WINTER ST, ADAMS, MA 01220

10925   WOTTON, LISA, 24 SEVENTH ST, EAST PROVIDENCE, RI 02914

10925   WOVA, 4750 HAYMAN AVE, LA CANADA, CA 91011

10925   WOVEN ELECTRONICS, 1001 OLD STAGE RD, SIMPSONVILLE, SC 29681

10925   WOZNIAK, ELVIA, 3919 FAIRMONT PKWY, PASADENA, TX 77504

10925   WP HICKMAN SYSTEMS INC, PO BOX 72401, CLEVELAND, OH 44192-0401

10925   WP LAW, INC, PO BOX 11226, COLUMBIA, SC 29211

10925   WPI CAREER DEVELOPMENT CENTER, 100 INSTITUTE ROAD, WORCESTER, MA 01609

10925   WPI ELECTRONICS INC, DEPOT ST, WARNER, NH 03278

10925   WPI GROUP INC, 40 DEPOT ST, WARNER, NH 03278

10925   WPPCA, PO BOX 828, WAUKESHA, WI 53187-0828

10924   WPR INC, 4175 BRIARGLEN ROAD, MILTON, FL 32583

10924   WPR INC., 4175 BRIARGLEN ROAD, MILTON, FL 32583

10925   WR GRACE & CO - CONN (1008), 5529 US 60 E, OWENSBORO, KY 42303

10925   WR GRACE & CO (5200), 7500 GRACE DRIVE, COLUMBIA, MD 21044

10924   WR GRACE & CO DEWEY &ALMY, 5225 PHILLIP LEE DR, ATLANTA, GA 30336

10924   WR GRACE & CO, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | WR GRACE & CO., 5400 BROKIEN SOUND BLVD NW, BX# 5050, BOCA RATON, FL 33487 | |
| 10924 | WR GRACE & CO., KEARNEY EXPANDING DEPT, ENOREE, SC 29335 | |
| 10924 | WR GRACE & COMPANY-CONN, 62 WHITTENMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | WR GRACE (MALAYSIA) SDN.BHD. (4160), 7 LRG1, JLN SATU, OFF JLN BALAKONG, CHERAS JAYA, 43200MYS | *VIA Deutsche Post* |
| 10924 | WR GRACE (NZ) LIMITED - INTEREST, PROSSER STREET, ELSDON, PORIRUA, 0NZL | *VIA Deutsche Post* |
| 10924 | WR GRACE (NZ) LIMITED - LOAN, PROSSER STREET, ELSDON, PORIRUA, 0NZL | *VIA Deutsche Post* |
| 10925 | WR GRACE (PHILIPPINES), INC, SILANGANG CANLUBANG INDUSTRIAL PARK, CANLUBANG, CALAMBA LAGUNA, PHILIPPINE | *VIA Deutsche Post* |
| 10924 | WR GRACE (SINGAPORE) PTE LTD-INT, 25 TANJONG PENJURU, SINGAPORE 609024, 0SGP | *VIA Deutsche Post* |
| 10924 | WR GRACE (SINGAPORE) PTE LTD-LOAN, 25 TANJONG PENJURU, SINGAPORE 609024, 0SGP | *VIA Deutsche Post* |
| 10925 | WR GRACE (SINGAPORE) PTE. LTD., 47 JALAN BUROH, SINGAPORE, 619491 | |
| 10925 | WR GRACE (SINGAPORE) PTE. LTD., 501 ORCHARD ROAD, SINGAPORE, 238880SINGAPORE | *VIA Deutsche Post* |
| 10924 | WR GRACE (SINGAPORE) PTE., 22 PIONEER SECTOR 2, JURONG TOWN, 628380SGP | *VIA Deutsche Post* |
| 10924 | WR GRACE (SINGAPORE) PTE., 47 JALAN BUROH, SINGAPORE, 619491SGP | *VIA Deutsche Post* |
| 10925 | WR GRACE AUSTRALIA LIMITED, 1126 SYDNEY ROAD, FAWKNER VIC, 3060AUSTRALIA | *VIA Deutsche Post* |
| 10925 | WR GRACE CLASS NOTICE & ADMIN FUND, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10924 | WR GRACE CPD CAMB, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | WR GRACE CPD N.BERGEN, 2133 85 ST, NORTH BERGEN, NJ 07047 | |
| 10924 | WR GRACE CPD NEWARK, 6851 SMITH AVE, NEWARK, CA 94560 | |
| 10924 | WR GRACE CPD-ATLANTA, 6300 BUTTON GWINNETT DR, ATLANTA, GA 30362 | |
| 10924 | WR GRACE CPD-DALLAS, P.O. BOX 6306, DALLAS, TX 75222 | |
| 10924 | WR GRACE CRYOVAC DIV, ATTN: CHRISTY PEARSON, DUNCAN, SC 29334 | |
| 10924 | WR GRACE CTI, 1005 BLUE MOUND RD, COMPOSITE TECHNOOGY, FORT WORTH, TX 76131 | |
| 10925 | WR GRACE EMPLOYEE FCU, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10924 | WR GRACE GRAPHICS ART, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | WR GRACE HOLDING S.A. DE C.V. #4430, FRACCIONAMIENTO INDUSTRIAL, CALLE 8, #710, TOLUCA, 50070MEXICO | *VIA Deutsche Post* |
| 10924 | WR GRACE HOLDING S.A. DE C.V. (811), AV. ISIDRO FABELA PARQUE INDUSTRIAL, SANTIAGO TIANGUISTENCO, 52600MEXICO | *VIA Deutsche Post* |
| 10924 | WR GRACE HOLDING SADECV MEXICO 811, AV. ISIDRO FABELA S/N, SANTIAGO TIANGUISTENCO, 52600MEXICO | *VIA Deutsche Post* |
| 10924 | WR GRACE HOLDING, S.A. DE C.V.#4431, PARQUE INDISTRIAL, SANTIAGO, TIANGUISTENCO, SANTIAGO, TIANGUISTENCO, 52600MEXICO | *VIA Deutsche Post* |
| 10925 | WR GRACE HOLDING, SA DE CV, AV. ISIDRO FABELA, SANTIAGO TIANGUISTENCO, 52600MEXICO | *VIA Deutsche Post* |
| 10925 | WR GRACE HOLDING, SA DE CV, GRACE DAVISON, CALLE OCHO #710, FRACCIONAMIENTO INDUSTRIAL, TOLUCA, ESTADO DE MEXICO, 52600MEXICO | *VIA Deutsche Post* |
| 10924 | WR GRACE HOLDINGS, SA DE CV, CALLE 8 #710 ZONA INDUSTRIAL, 50070 TOLUCA, EDO., IT 0UNK | *VIA Deutsche Post* |
| 10924 | WR GRACE HONG KONG LTD.-INT, 979 KING'S ROAD, QUARRY BAY, 0HKG | *VIA Deutsche Post* |
| 10924 | WR GRACE HONG KONG LTD.-INT, 979 KING'S ROAD, QUARRY BAY, HKG | *VIA Deutsche Post* |
| 10924 | WR GRACE HONG KONG LTD.-LOAN, 979 KING'S ROAD, QUARRY BAY, 0HKG | *VIA Deutsche Post* |
| 10924 | WR GRACE HONG KONG LTD.-LOAN, 979 KING'S ROAD, QUARRY BAY, HKG | *VIA Deutsche Post* |
| 10925 | WR GRACE ITALIANA, SPA4325, GRACE CONSTRUCTION PRODUCTS, VIA TRENTO, 7, PASSIRANA DI RHO, MI 20017ITALY | *VIA Deutsche Post* |
| 10925 | WR GRACE LIMITED, 1 MARSHTON ROAD, ST NEOTS, PE19 2HNUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | WR GRACE LIMITED, NORTH CIRCULAR ROAD, LONDON, NW10 7UHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | WR GRACE OF CANADA, 2365 DIXIE RD., MISSISSAUGA, ON L4Y 2A2CANADA | *VIA Deutsche Post* |
| 10925 | WR GRACE S.A.S., DAREX, 33 ROUTE DE GALLARDON - BP 39, EPERNON, 28234FRANCE | *VIA Deutsche Post* |
| 10925 | WR GRACE SAS CAPITAL 26 250 000 FF, SIEGE SOCIAL 33 ROUTE DE GALLARDON, EPERNON CEDEX BP 39, 28234FRANCE | *VIA Deutsche Post* |
| 10924 | WR GRACE TRAVELERS SHOP, ATTN: RONNIE TIMMONS, TRAVELERS REST, SC 29690 | |
| 10925 | WR GRACE, GENERAL DELIVERY, ENOREE, SC 29335-9999 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WR GRACE,INC TAIWAN, PEI PING E. RD., TAIPEI TAIWAN, 99999

10925   WRABACK, THOMAS, 65 YORK ST, OLD BRIDGE, NJ 08857

10924   WR-AL-DSS, SBSS OPERATIONS, ROBINS AIR FORCE BASE, GA 31098-1865

10925   WRANGLER TRAILERS INC, 1128 S LEWIS, MESA, AZ 85210-8714

10925   WRANOSKY, GARY, 220 W 3RD, HALSTEAD, KS 67056

10924   WRAPS INC, 810 SPRINGFIELD AVE, EAST ORANGE, NJ 07017

10924   WRAPS, INC., 810 SPRINGDALE AVE., EAST ORANGE, NJ 07017

10925   WRASE, CARL, 23 WASP CREEK ROAD, BOERNE, TX 78006

10925   WRAY JR, J, 5140 RUSK ROAD, LAKE PARK, GA 31636

10925   WRAY, ALAN, 247 WENDOVER ROAD, RIVERA BEACH, MD 21122

10925   WRAY, DAVID, PO BOX 1401, SIMPSONVILLE, SC 29681

10925   WRAY, ELAINE, 6614 N. KNOX, LINCOLNWOOD, IL 60646

10925   WRAY, GERALDINE, 118 SOUTH 3RD ST, HAMBURG, PA 19526

10925   WRAY, KIMBERLEY, 8703 N TROOST, KANSAS CITY, MO 64155

10924   WRC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   WREDE, J, 10010 W 57TH ST, MERRIAM, KS 66203

10925   WREN, JOHNNY, 11620 TIMBER HOLLOW, HOUSTON, TX 77065

10925   WRENN HANDLING INC., DRAWER CS 100916, ATLANTA, GA 30384-0916

10925   WRENN, FREIDA, 716 FAIRVIEW CH RD, FOUNTAIN INN, SC 29644

10925   WRENN, JOHN A, 715 FAIRVIEW CHURCH RD, FOUNTAIN INN, SC 29644

10925   WRENN, PATRICK, 700 FAIRVIEW CHRCH RD, FOUNTAIN INN, SC 29644

10925   WREYFORD, VIRGINIA, 709 ARROWHEAD CIR., GARLAND, TX 75043

10925   WRG ASSOC SEVEN DAVID JACOBS, TOTALES DE BEVOISE, GEN COUNSEL, 36 MAPLE PLACE, MANHASSET, NY 11030

10925   WRG ASSOC. SIX, SHELDON J. STREISAND, 111 GREAT NECK RD., GREAT NECK, NY 11021

10925   WRG ASSOCIATES FIVE, SHELDON J. STREISAND, 111 GREAT NECK RD., GREAT NECK, NY 11021

10925   WRG ASSOCIATES FOUR, SHELDON J. STREISAND, 111 GREAT NECK RD., GREAT NECK, NY 11021

10925   WRG ASSOCIATES III, SHELDON J. STREISAND, 111 GREAT NECK RD., GREAT NECK, NY 11021

10925   WRG ASSOCIATES SEVEN A NJ LTD PS, DAVID JACOBS, 8843 76TH AVE, GLENDALE, NY 11385

10925   WRG ASSOCIATES SEVEN DAVID JACOBS, TOTALES DE BEVOISE GEN COUNSEL, 36 MAPLE PLACE, MANHASSET, NY 11030

10925   WRG ASSOCIATES SEVEN DAVID JACOBS, TOTALES DE BEVOISE, GEN COUNSEL, 36 MAPLE PLACE, MANHASSET, NY 11030

10925   WRG ASSOCIATES SEVEN, DAVID JACOBS, 8843 76TH AVE, GLENDALE, NY 11385

10925   WRG III L.P., SHELDON J. STREISAND, 111 GREAT NECK RD., GREAT NECK, NY 11021

10925   WRG III LP MISSOURI LTD PRTNSHP, SHELDON J. STREISAND, 111 GREAT NECK RD., GREAT NECK, NY 11021

10925   WRHSE HOME FURNISHINGS DSTRBTS INC, GENERAL COUNSEL, 1851 TELFAIR ST, DUBLIN, GA 31021

10925   WRICE, JIMMY, 117 GARDEN ST, LAURENS, SC 29360

10925   WRIGHT & MOEHRKE PC, 283 DARTMOUTH ST, BOSTON, MA 02116

10925   WRIGHT BROTHERS, INC, 1930 LOSANTIVILLE AVE., CINCINNATI, OH 45237

10924   WRIGHT CAMPUS, 900 GRAND AVENUE, SHERMAN, TX 75090

10924   WRIGHT COLLEGE-NORTH, 4300 NORTH NARRAGANSETT, CHICAGO, IL 60634

10925   WRIGHT CONSULTING, 7734 MEADOW ROAD #123, DALLAS, TX 75230

10925   WRIGHT III, JESSE, 2723 ABERDEEN, FLORISSANT, MO 63033

10925   WRIGHT JR, JOSEPH R, 599 LEXINGTON AVE 44TH FL, NEW YORK, NY 10022-6030

10925   WRIGHT LINE INC., DEPT L561P, PITTSBURGH, PA 15264-0561

10925   WRIGHT LINE INC., DEPT. L561P, PITTSBURGH, PA 15264-0561

10925   WRIGHT LINE, 11260 CHESTER RD., STE. 610, CINCINNATI, OH 45246

10925   WRIGHT LINE, 160 GOLD STAR BLVD., WORCESTER, MA 01606

10925   WRIGHT LINE, 858 W. ARMITAGE, CHICAGO, IL 60614

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WRIGHT ROBINSON OSTHIMER TATUM, 411 EAST FRANKLIN ST, SUITE 400, RICHMOND, VA 23219-2205 | |
| 10924 | WRIGHT SEED FARM, RR #2, GASTON, IN 47342 | |
| 10925 | WRIGHT SHAGLEY LOWERY, 500 OHIO ST, PO BOX 8448, TERRE HAUTE, IN 47808-8448 | |
| 10925 | WRIGHT TOLLIVER GUTHALS, PO BOX 1977, BILLINGS, MT 59103 | |
| 10925 | WRIGHT, ALBURNIE, 123 S. 39TH ST, PHILA, PA 19104 | |
| 10925 | WRIGHT, ALFRED, PO BOX 346 ENOREE SC, ENOREE, SC 29335 | |
| 10925 | WRIGHT, ALICE, 4400 POPLAR AVE #31, MEMPHIS, TN 38117 | |
| 10925 | WRIGHT, ANNE, 3206 BERKSHIRE RD., DOYLESTOWN, PA 18901 | |
| 10925 | WRIGHT, ANNIE, RT 1 BOX 31, BUNKIE, LA 71322 | |
| 10925 | WRIGHT, ANSELL, 6426 PATIENCE CT, ALEX., VA 22310 | |
| 10925 | WRIGHT, ARTHUR R, HWY 221, ENOREE, SC 29335 | |
| 10925 | WRIGHT, ARTHUR, 170 ICEHOUSE ROAD, ENOREE, SC 29335 | |
| 10925 | WRIGHT, ARTHUR, 5220 JOE KING ROAD, PLANT CITY, FL 33566 | |
| 10925 | WRIGHT, BARBARA, 202 W 5TH, 5, ATLANTIC, IA 50022 | |
| 10925 | WRIGHT, BARBARA, 4755 W. BLUEFIELD, GLENDALE, AZ 85308 | |
| 10925 | WRIGHT, BARRY, 28 WHILLER DRIVE, GREENVILLE, SC 29605 | |
| 10925 | WRIGHT, BOBBY, HWY 221, ENOREE, SC 29335 | |
| 10925 | WRIGHT, BOBBY, PO BOX 148, ENOREE, SC 29335 | |
| 10925 | WRIGHT, BRADFORD, 136 CATHEDRAL HALL AMERICAN UNIVERSITY, WASH, DC 20016 | |
| 10925 | WRIGHT, BRIAN, 304 N. CHANNEL DR., WRIGHTSVILLE, NC 28480 | |
| 10925 | WRIGHT, BRUCE, 165 COLUMBINE #3, CASPER, WY 82604 | |
| 10925 | WRIGHT, CAROL, 441 ROSE ST, CRAIG, CO 81625 | |
| 10925 | WRIGHT, CATHLEEN, RT. 3 BOX 1562, BOONES MILL, VA 24065 | |
| 10925 | WRIGHT, CHARLENE, 17823 S 140TH ST, GILBERT, AZ 85296 | |
| 10925 | WRIGHT, CHARLES, 19 BONITA RD, PALMYRA, VA 22963 | |
| 10925 | WRIGHT, CHARLES, 2838 NE SEWALLS LDG WAY, JENSEN BEACH, FL 34957 | |
| 10925 | WRIGHT, CHARLES, 340 GWYNN AVE., BALTIMORE, MD 21229 | |
| 10925 | WRIGHT, CHARLOTTE, 62 E. LAUREL RD., JACKSON, TN 38301 | |
| 10925 | WRIGHT, CLAIRE, 6621 TULIP LN., DALLAS, TX 75230 | |
| 10925 | WRIGHT, CORY, 912 EASON PL, MONROE, LA 71201 | |
| 10925 | WRIGHT, DAVID, 615 W. TEXAS, IOWA PARK, TX 76367 | |
| 10925 | WRIGHT, DAVID, 7050 JOHN T WHITE, 1045, FORT WORTH, TX 76112 | |
| 10925 | WRIGHT, DEL, 1585 NIAGARA ST, MACON, GA 31204 | |
| 10925 | WRIGHT, DENNIS, HWY 670 GENERAL DELIVERY, VALENTINES, VA 23887 | |
| 10925 | WRIGHT, DIANA, 106 HAMILTON DRIVE, LANDRUM, SC 29356-9623 | |
| 10925 | WRIGHT, E, PO BOX 562, WRIGHTSVILLE BCH., NC 28480 | |
| 10925 | WRIGHT, ELIZABETH, 3406 LYNNE HAVEN DR, WINDSOR MILL, MD 21244 | |
| 10925 | WRIGHT, ERIC, 2426 JOHNSON RD # H, ATLANTA, GA 30345 | |
| 10925 | WRIGHT, EVELYN, 3019 VERNON, NEDERLAND, TX 77627-6336 | |
| 10925 | WRIGHT, F, HILLTOP APTS APT 19, EDWARDVILLE, PA 18702 | |
| 10925 | WRIGHT, FABIAN, 2103 HOWARD MILL RD, NORTH AUGUSTA, SC 29841 | |
| 10925 | WRIGHT, FRANCES, 4406 CLARE LANE, LITHIA SPG, GA 30122 | |
| 10925 | WRIGHT, FRANKLIN, 202 ARNOLD ROAD, WOODRUFF, SC 29388 | |
| 10925 | WRIGHT, GEORICE, 2551 LAMOTT AVE, WILLOW GROVE, PA 19090 | |
| 10925 | WRIGHT, GERALD, 1218 S AMANTHA, COMPTON, CA 90220 | |
| 10925 | WRIGHT, GWEN, PO BOX 321343, DETROIT, MI 48244 | |
| 10925 | WRIGHT, HAROLD, 23 KENNEL COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | WRIGHT, J, 156 DUFFIE RD, SIMPSONVILLE, SC 29681 | |
| 10925 | WRIGHT, JARROD, 7734 MEADOW RD #123, DALLAS, TX 75230 | |
| 10925 | WRIGHT, JEFFREY, 900 15TH ST SW, CEDAR RAPIDS, IA 52404 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | WRIGHT, JEFFREY, RT # 2, BOX 56, RUSH SPRINGS, OK 73082 | |
| 10925 | WRIGHT, JESSE, 8400 MARYLAND RD., PASADENA, MD 21122 | |
| 10925 | WRIGHT, JIMMIE, PO BOX 915, GLENWOOD SPGS, CO 81602 | |
| 10925 | WRIGHT, JIMMY, 107 SANDRA ST, PIEDMONT, SC 29673 | |
| 10925 | WRIGHT, JIMMY, 715 WEST AVE, ELECTRA, TX 76360 | |
| 10925 | WRIGHT, JOAN, 12321 HICKORY GROVE, MARIBEL, WI 54227 | |
| 10925 | WRIGHT, JOHN H, PO BOX 7152, DES MOINES, IA 50309-7152 | |
| 10925 | WRIGHT, JOHNNY, 209 BLACKHAWK DR., SIMPSONVILLE, SC 29681 | |
| 10925 | WRIGHT, JOHNNY, 220 GAYLYN DR., JACKSON, MS 39209 | |
| 10925 | WRIGHT, JOSEPH, 10 GRACIE SQUARE, NEW YORK, NY 10028 | |
| 10925 | WRIGHT, JUDY, 6956 ASPENHILL DRIVE, BARTLETT, TN 38134 | |
| 10925 | WRIGHT, JULIAN, 3521 S. BARNES, SPRINGFIELD, MO 65804 | |
| 10925 | WRIGHT, K., 2388 VALENCIA WAY, SPARKS, NV 89431 | |
| 10925 | WRIGHT, KATHI, 187 E 2000 SOUTH, OREM, UT 84058 | |
| 10925 | WRIGHT, KATRINA, 3530 CASTON AVE, MONTGOMERY AL, AL 36105 | |
| 10925 | WRIGHT, KEITH, 6500 MONTGOMERY ROADAPT. #3, CINCINNATI, OH 45213 | |
| 10925 | WRIGHT, KIMBERLY, 21041 1/2, REDONDO BEACH, CA 90728 | |
| 10925 | WRIGHT, LAQUITA, 2312 14TH AVE APT 214, CANYON, TX 79015 | |
| 10925 | WRIGHT, LARRY, 11253 LOCKPORT COURT, FOREST PARK, OH 45240 | |
| 10925 | WRIGHT, LAWRENCE, 2601 S. 94TH ST, WEST ALLIS, WI 53227 | |
| 10925 | WRIGHT, LESLIE, 1723 N.E. 36TH AVE, OCALA, FL 34470 | |
| 10925 | WRIGHT, LINDA, 1292 PATTERSON, MACON, GA 31204 | |
| 10925 | WRIGHT, LINDA, 22 SPRING PARK AVE, DRACUT, MA 01826 | |
| 10925 | WRIGHT, LINDA, 23 LYNNE AVE., TYNGSBORO, MA 01879 | |
| 10925 | WRIGHT, LINDA, 3405 WESCOTT DR, WILSON, NC 27893 | |
| 10925 | WRIGHT, LISA, 10301 TWP ROAD #88, BLOOMVILLE, OH 44818 | |
| 10925 | WRIGHT, LORENE, 6246 RINCONWAY, DALLAS, TX 75214 | |
| 10925 | WRIGHT, LOYD, RT 2 BOX 56, RUSH SPRINGS, OK 73082 | |
| 10925 | WRIGHT, LUTHER, 208 BOYD AVE, SIMPSONVILLE, SC 29681 | |
| 10925 | WRIGHT, LYKETTA, 375 N 6TH AVE, KANKAKEE, IL 60901 | |
| 10925 | WRIGHT, LYNELLE, 2208 CHAUTAUQUA AVE, DURHAM, NC 27707 | |
| 10925 | WRIGHT, MARCIA, 14695 NE 18 AVE, N MIAMI BEACH, FL 33181 | |
| 10925 | WRIGHT, MARK, 2822 S 29TH, ST JOSEPH, MO 64503 | |
| 10925 | WRIGHT, MARY, 139 FAIRGROUND ROAD, SIMPSONVILLE, SC 29680 | |
| 10925 | WRIGHT, MARY, PO BOX 69, NOTTINGHAM, NH 03290 | |
| 10925 | WRIGHT, MICHAEL, 1723 N ONEIDA ST, APPLETON, WI 54911 | |
| 10925 | WRIGHT, MICHAEL, 445 PRECINCT LINE RD, HURST, TX 76053 | |
| 10925 | WRIGHT, MICKI, 5429 MCCONNELL, FT WORTH TX, TX 76134 | |
| 10925 | WRIGHT, MILDRED, 6435 W KEEFE AVE, MILWAUKEE, WI 53216 | |
| 10925 | WRIGHT, NELLIE, 7831 BODKIN VIEW DRIVE, PASADENA, MD 21122-3615 | |
| 10925 | WRIGHT, NORMAN, 348 TULIP OAK COURT, LINTHICUM, MD 21090 | |
| 10925 | WRIGHT, OTIS, RT 3 BOX 1288, MANNING, SC 29102 | |
| 10925 | WRIGHT, OTTO, 222 HAMILTON, ROANOKE RAPIDS, NC 27870 | |
| 10925 | WRIGHT, PAMELA, 2641 ELMWOOD DR, ADRIAN, MI 49221 | |
| 10925 | WRIGHT, PAMELA, 656 JERSEY AVE., JERSEY CITY, NJ 07302 | |
| 10925 | WRIGHT, PHILIP, 202 BARTEMUS TRAIL, NASHUA, NH 03063 | |
| 10925 | WRIGHT, PHILIP, 5 BURGESS AVE, NASHUA, NH 03064 | |
| 10925 | WRIGHT, PHILIP, 62 BARTEMUS TRAIL, NASHUA, NH 03063 | |
| 10925 | WRIGHT, PRYOR, 82A PRIMROSE DR, SAUTEE NACOOCHEE, GA 30571 | |
| 10925 | WRIGHT, RICHARD, 1406 SAIZ LANE, 8-B, BLOOMFIELD, NM 87413 | |
| 10925 | WRIGHT, RICHARD, 3436 LINCOLN ROAD, ORA, SC 29645 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 WRIGHT, RICHARD, 900 MULBERRY ST, ATLANTIC, IA 50022

10925 WRIGHT, ROBERT, 1335 KINGS LYNN COURT, BEL AIR, MD 21014

10925 WRIGHT, ROBERT, BOX 2451, SOLDOTNA, AK 99669

10925 WRIGHT, ROGER, 84 WILLOW WINDS DR LAURENS SC, LAURENS, SC 29360

10925 WRIGHT, ROSALIE, 9232 EASTWIND DRIVE, INDIANAPOLIS, IN 46256

10925 WRIGHT, ROSELINE, 1523 E FALKLAND, SILVER SPRING, MD 20910

10925 WRIGHT, SCOTT, 5030 AIRLINE RD, DALLAS TX, TX 75205

10925 WRIGHT, SHANA, 3535 WILLIAMSON CZ13, MACON, GA 31206

10925 WRIGHT, SHARONE, 3645 MERCER UN DR 7-, MACON, GA 31204

10925 WRIGHT, SPENCER, 720 DEGRAW ST APT 2B, BROOKLYN, NY 11217-3130

10925 WRIGHT, STACEY, 1836 HYVIEW, CASPER, WY 82604

10925 WRIGHT, STANLEY, 509 45TH ST, BAKERFIELD, CA 93301

10925 WRIGHT, STANLEY, PO BOX 122, WOODLAND, IL 60974

10925 WRIGHT, SUSANA C, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925 WRIGHT, SUSANA, 20782 VIA VALENCIA DR, BOCA RATON, FL 33433

10925 WRIGHT, SUSANA, 20782 VIA VALENCIA DRIVE, BOCA RATON, FL 33433

10925 WRIGHT, TERRY, 409 PARTRIDGE, EDMOND, OK 73034

10925 WRIGHT, TERRY, 630 NIMRICK ST # 197, DALLAS, IA 50062

10925 WRIGHT, TIFFANY, 106 LAKESIDE DR, PEACHTREE CITY, GA 30269

10925 WRIGHT, TIMOTHY, 2931 RALSTON AVE, INDIANAPOLIS, IN 46218

10925 WRIGHT, TROY, 10 3RD AVE N0., TEXAS CITY, TX 77590

10925 WRIGHT, TROY, PO BOX 2676, SHELBY, NC 28151

10925 WRIGHT, TULULA, 716 E CHURCH ST, BISHOPVILLE, SC 29010

10925 WRIGHT, VONDA, 230 PLEASANT, GREENVILLE, SC 29605

10925 WRIGHT, W. REED, 304 N CHANNEL DRIVE, WRIGHTSVILL BCH, NC 28480

10925 WRIGHT, WANDA, 414 S E 8TH, ANDREWS, TX 79714

10925 WRIGHT, WAYNE, 1015 E MCPHERSON, KIRKSVILLE, MO 63501

10925 WRIGHT, WELCH, 623 MAYRANT DR, DALLAS, TX 75224-1423

10925 WRIGHT, WENDALL, 201 BULLWINKLE DRIVE, WALHALLA, SC 29691

10925 WRIGHT, WENDY BARBARA, 914 WESTWOOD BLVD 173, LOS ANGELES, CA 90024

10925 WRIGHT, WILLIAM, 59 DUNHAM ST, ATTLEBORO, MA 02703

10925 WRIGHT, WILLIAM, 7541 RED OAK ROAD, LINCOLN, NE 68516-4390

10925 WRIGHT, WILLIE, 312 IDLEWILE AVE, GREENVILLE, SC 29605

10925 WRIGHTBROUGHTON, DAVID, 507 S. RICHEY #314, PASADENA, TX 77506

10925 WRIGHT-LINE INC, DEPT L561P, PITTSBURGH, PA 15264-0561

10925 WRIGHTLINE, DEPT L561P, PITTSBURGH, PA 15264-0561

10925 WRIGHTS MOWER & SAW REPAIR, 101 WHEAT RD., AIKEN, SC 29801

10925 WRIGLEY, BETTY, 705 VIA DEL MAR, MESQUITE, TX 75150

10925 WRINKLE, MICHAEL, 622 YORKSHIRE DR., COURT B, EDGEWOOD, MD 21040

10925 WROBEL, AUDREY, 216 ONIZUKA CT, SOMERSET, NJ 08873

10925 WROBEL, JENNIFER, RR 1 BOX 426 N, LAKE VILLAGE, IN 46349

10925 WROBEL, JENNIFER, RT 1 BOX 426N, LAKE VILLAGE, IN 46349

10925 WROBLE, SUSAN, 517 E MAIN ST, BRIDGEWATER, NJ 08807

10925 WROBLEWSKI, CELIA, 2 WATER ST, ADAMS, MA 01220-1020

10925 WROBLEWSKI, M, 1122A WEST GRANT ST, MILWAUKEE, WI 53215

10925 WROBLEWSKI, R, 292 N STATE RD., CHESHIRE, MA 01225

10925 WROBLEWSKI, SEAN, 6625 CARDINAL LANE, ANNANDALE, VA 22003

10925 WROE PALLET, PO BOX 415, HAWESVILLE, KY 42348

10925 WRONIESKI, BLANCHE, 154 BLACKBIRD DR, MONROE TWP, NJ 08831-5520

10925 WRONKA, DOUGLAS, 2725 MILES AVE, BALTIMORE, MD 21211

10925 WRONSKI, MICHAEL, 401 W SYLVANIA AVE, NEPTUNE, NJ 07753

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | WROTEN JR., ALBERT, 1 FERDINAND AVE, GLEN BURNIE, MD 21061 | |
| 10925 | WROTEN, JOHN, 410 CEDAR DRIVE, KEARNEYSVILLE, WV 25430 | |
| 10925 | WRQ INC, POBOX 34936, SEATTLE, WA 98124-1936 | |
| 10925 | WRUBLE, TIMOTHY, 8759 DOVER DRIVE, MAINEVILLE, OH 45039 | |
| 10925 | WRYNN, MARY, 564806 ARBOR CLUB WAY, BOCA RATON, FL 33433 | |
| 10925 | WS CENTRAL SAFE T SHOES, PO BOX 30160, MANATI, PR 00674PUERTO RICO | *VIA Deutsche Post* |
| 10925 | WS DARLEY & CO, 2000 ANSON DRIVE, MELROSE PARK, IL 60160 | |
| 10925 | WS FINISHING CORP, JOANN FAULKNER, | |
| 10925 | WS TYLER, INC, 40 FAIRFIELD PL., WEST CALDWELL, NJ, NJ 07006 | |
| 10925 | WS TYLER, INC, 40 FAIRFIELD PLAZA, WEST CALDWELL, NJ 07006 | |
| 10925 | WS TYLER, INC, PO BOX 901471, CLEVELAND, OH 44190-1471 | |
| 10925 | WS TYLER, INC, PO BOX 9628, CHICAGO, IL 60693 | |
| 10925 | WSA SYSTEMS, INC, 5680 OAKBROOK PKWY, NORCROSS, GA 30093 | |
| 10925 | WSA SYSTEMS-BOCA,INC, 4560 BLUE LAKE DR., BOCA RATON, FL 33431 | |
| 10925 | WSF INDUSTRIES INC, PO BOX 400, BUFFALO, NY 14217-0400 | |
| 10925 | WSI, INC, PO BOX 200103, DALLAS, TX 75320-0103 | |
| 10925 | WSI, INC, PO BOX 557, SULPHUR, LA 70664-0577 | |
| 10925 | WSRCA, 800 AIRPORT BLVD, BURLINGAME, CA 94010 | |
| 10925 | WSZALEK, GINGER, 2766 GEORGE, DEPEW, NY 14043 | |
| 10925 | WSZOLEK, WALTER, 2825 TERN COURT, ST. JAMES CITY, FL 33956 | |
| 10925 | WT ALLISON,II, PO BOX 276, SULPHUR SPRINGS, TX 75483-0276 | |
| 10925 | WTCI TV45, 4411 AMNICOLA HWY., CHATTANOOGA, TN 37406 | |
| 10924 | WTE RECYCLING CORP., 7 ALFRED CIRCLE, BEDFORD, MA 01730 | |
| 10925 | WTRICK, MICHAEL, PO BOX 16848, CHAPEL HILL, NC 27516 | |
| 10925 | WU, ERIC, ROOM 202 203 LANE 3671, NORTH ZHONG SHANROAD, SHANGHAI P R C, 20006CHINA | *VIA Deutsche Post* |
| 10925 | WU, GUANGJING, RM 3104 NORTH TOWER, WORLD TRADE CENTER COMPLEX, NO 371 375 HUANSHIDONG ROAD, GUANGZHOU, CHINA | *VIA Deutsche Post* |
| 10925 | WU, HOWARD, 219-10 36TH AVE, BAYSIDE, NY 11361 | |
| 10925 | WU, HOWARD, 3939 NE 5TH AVE-201B, BOCA RATON, FL 33431 | |
| 10925 | WU, JIANXIN, 10205 BLANDFORD WAY, ELLICOTT CITY, MD 21042 | |
| 10925 | WU, JIANXIN, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | WU, JOYCE, 417 GLENSHIRE RD, GLENVIEW, IL 60025 | |
| 10925 | WU, SHAOHAI, 4702 RAMSGILL COURT, ELLICOTT CITY, MD 21043 | |
| 10925 | WUANETA WOHLERS, C/O EVERETTE WOHLERS JR, RT 2 BOX 99, MISSOURI VALLEY, IA 51555-9631 | |
| 10925 | WUCHER, KATHRYN, 20 SUNNYHILL DRIVE, PITTSBURGH, PA 15228 | |
| 10925 | WUCHNER, MICHAEL, RT 3, BOX 50N, WESTON, WV 26452 | |
| 10925 | WUDARCZYK, DENISE, 11 MONT CAMILLE DR., ANNISTON, AL 36201 | |
| 10925 | WUDARCZYK, VICKIE, 1819 DEWEY DR, OXFORD, AL 36203 | |
| 10925 | WUENSCH, EDWARD, 9001 SARATOGA TR, WICHITA FALLS, TX 76302 | |
| 10925 | WUEPPER, LETHART, 700 E. PECKHAM, 100, RENO, NV 89520 | |
| 10925 | WUERTHNER, ANDREA, BX 74B RD 2, ANNANDALE, NJ 08801 | |
| 10925 | WUJEIK, JOSEPH, 1001 MOWHAWK TRAIL, FLORIDA, MA 01247 | |
| 10925 | WUJEK, RICHARD, 5A MASON ST, NASHUA, NH 03060 | |
| 10924 | WULFENSTEIN CONSTRUCTION CO., 1111 SOUTH HWY 160, PAHRUMP, NV 89041 | |
| 10925 | WULFF, F BARTLETT, 2700 ONE DALLAS CENTRE, 350 NORTH ST PAUL, DALLAS, TX 75201-4240 | |
| 10925 | WUNDER, WENDY, 5 DIX ST., NEW BRUNSWICK, NJ 08901 | |
| 10925 | WUNDERLICH, ORVILLE, 4014 IROQUOIS DRIVE, WESTMINSTER, MD 21157-7825 | |
| 10925 | WUNSCHEL, LEONARD, 108 MAPLE, ARTHUR, IA 51431-9998 | |
| 10925 | WUNSTELL, PAUL, 133 TUDOR AVE, RIVER RIDGE, LA 70123 | |
| 10925 | WURMBRAND, ESTHER, 8224 NW 16TH ST LAUDERDALE W, PLANTATION, FL 33322-4634 | |
| 10925 | WURPES, K, 17718 NE 22ND ST, VANCOUVER, WA 98684 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WURST JT TEN, JAMES E & NANCY R, 2406 EASTWOOD DR, FT COLLINS, CO 80525-2010

10925   WURTS, JR, BURKHARDT, PO BOX 296, MESA, AZ 85201

10925   WURZBURG INC, POBOX 710, MEMPHIS, TN 38101-0710

10925   WW AUTOMOTIVE-TIRE AND BATTERY INC, JOYCE M WILLIAMS, 3220 W BEAVER ST, JACKSONVILLE, FL 32205

10925   WW GAY MECHANICAL CONTRACTOR INC, 524 STOCKTON ST, JACKSONVILLE, FL 32204-2500

10925   WW GRAINGER INC, 8820 CITATION RD, BALTIMORE, MD 21221

10925   WW GRAINGER INC, DEPT 136 - 851708636, PALATINE, IL 60038-0001

10925   WW GRAINGER INC, DEPT 136 841664873, PALATINE, IL 60038-0001

10925   WW GRAINGER INC, DEPT 737-846569499, PALATINE, IL 60038-0001

10925   WW GRAINGER INC, DEPT C-PAY-248, BALTIMORE, MD 21221

10925   WW GRAINGER, INC, 125 SAWYER, BEAUMONT, TX 77702

10925   WW GRAINGER, INC, 1275 TRISTATE PKWY, GURNEE, IL 30031

10925   WW GRAINGER, INC, DEPT 480 - 827429804, NORTH SUBURBAN, IL 60251-0001

10925   WW GRAINGER, INC, DEPT 495-847154697, PALATINE, IL 60038-0001

10925   WW GRAINGER, INC, DEPT C-PAY-OAL, PALATINE, IL 60038-0002

10925   WW GRAINGER, INC, DEPT. 136-855816807, PALATINE, IL 60038-0001

10925   WW GRAINGER, INC, DEPT. C-PAY - 248, PALATINE, IL 60038-0002

10925   WW GRAINGER, INC, PALATINE, IL 60038-0001

10925   WW GRAINGER, INC, PO BOX 429, SKOKIE, IL 60076-0429

10925   WW TRUCKING, PO BOX 652, ROANOKE, AL 36274

10925   WWGRAINGER,INC, DEPT.256-833596117, PALATINE, IL 60038-0001

10924   WYANDOTTE ELECTRIC SUPPLY, 212 S. WAGNER, ANN ARBOR, MI 48103

10924   WYANDOTTE ELECTRIC SUPPLY, 6140 WALL ST., STERLING HEIGHTS, MI 48312

10924   WYANDOTTE ELECTRIC SUPPLY, P.O. BOX 690, WYANDOTTE, MI 48192

10925   WYANT, MARJORIE, 510 ORLEANS, MONROE, LA 71201

10925   WYANT, PATRICIA, 306 E. BLENKNER ST., COLUMBUS, OH 43206

10925   WYANT, THOMAS, 2301 EDBORNE, 405, METAIRIE, LA 70001

10925   WYATT DATA SERVICES, 218 ROUTE 17 N., ROCHELLE PARK, NJ 07662

10925   WYATT DATA SERVICES, 218 ROUTE 17 NORTH, ROCHELLE PARK, NJ 07662

10925   WYATT DATA SERVICES, TWO EXECUTIVE DRIVE, FORT LEE, NJ 07024

10924   WYATT INC @@, PENN AVE & 45TH STREET, PITTSBURGH, PA 15224

10924   WYATT INC, 4545 CAMPBELLS RUN RD, PITTSBURGH, PA 15205

10924   WYATT INC, 7400 BREWSTER AVE, PHILADELPHIA, PA 19153

10924   WYATT INC, CAMBRIDGE, MA 02140

10924   WYATT INC, STERLING DRUG JOB, COLLEGEVILLE, PA 19426

10924   WYATT INC., 4545 CAMPBELLS RUN  RD., PITTSBURGH, PA 15205

10924   WYATT INC., 7400 BREWSTER AVENUE, PHILADELPHIA, PA 19153

10924   WYATT INC., DCSC OPERATIONS, INC., COLUMBUS, OH 43216

10924   WYATT READY MIX, 8502 CENTRAL AVE NW, MINNEAPOLIS, MN 55434

10925   WYATT SEAL INC, PO BOX 21705, COLUMBIA, SC 29221

10925   WYATT TARRANT COMBS, 1100 KINCAID TOWERS, LEXINGTON, KY 40207

10925   WYATT TECHNOLOGY CORP, 30 SOUTH LA PATERA LANE B-7, SANTA BARBARA, CA 93117

10925   WYATT, CHARLES, 311 HOPKINS ROAD, TOWNVILLE, SC 29689

10924   WYATT, INC, 4545 CAMPBELLS RUN RD., PITTSBURGH, PA 15205

10924   WYATT, INC., 100 FORE DRIVE, WARRENDALE, PA 15086

10924   WYATT, INC., 189 MESSER ROAD, INDIANA, PA 15701

10924   WYATT, INC., ROSS STREET DOCK, ATTN: BILL ELDER, 500 GRANT STREET REAR, PITTSBURGH, PA 15219

10925   WYATT, JANIE, 4816 EUREKATON RD, WHITEVILLE, IN 38075

10925   WYATT, JESS B, 4431 ELWELL RD, MUSKOGEE, OK 74401

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WYATT, PHILIP, 224 HICKORY DR. RT. 8 BOX 1065, RINGGOLD, GA 30736

10925   WYATT, SHEDRICK, 312 W. COLLEGE ST, GRIFFIN, GA 30223

10925   WYATT, STEVEN, 27 BROOK ST, NASHUA, NH 03060

10925   WYATT, TARRANT & COMBS, PNC PLAZA, LOUISVILLE, KY 40202

10925   WYATT, VIRGINIA, 600 PINSON ROAD, FORNEY, TX 75126

10925   WYATT, WENDY, 1505 BON AIR DRIVE, AUGUSTA, GA 30907

10925   WYATT, WENDY, 7273 E. GAGE AVE., LOS ANGELES, CA 90040

10925   WYATT, WILLIAM, PO BOX 1259, EATON PARK, FL 33840

10925   WYBIERALLA, GEORGE A, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   WYBIERALLA, GEORGE, 16 DANA RD, BELMONT, MA 02178

10925   WYBLE, ELAINE W, PO BOX 653, WASHINGTON LA, LA 70589

10925   WYBLE, JAMES, 2356 SCENIC DRIVE, EMMETT, ID 83617-9582

10925   WYBLE, KENNETH, 322 HYLAND, GHEENS, LA 70355

10925   WYCHE BURGESS FREEMAN & PARHAM, PO BOX 728, GREGORY J. ENGLISH, GREENVILLE, SC
        29602-0728

10925   WYCHE, BURGESS, FREEMAN & PARHAM PA, POST OFFICE BOX 728, GREENVILLE, SC 29602-8200

10925   WYCHOCK, JEAN, 230 FAIRWAY LANE, PAWLEYS ISLAND, SC 29585

10925   WYCKOFF, EUGENE W, 155 WILDERNESS RD, TRYON, NC 28782-2733

10925   WYCKOFF, EUGENE, 155 WILDERNESS ROAD, TRYON, NC 28782-2733

10925   WYCKOFF, JENNY, 9248 FOSTER, OVERLAND PARK, KS 66212

10924   WYCLIFFE BIBLE TRANSLATORS, 11998 WEWAHOOTEE RD, ORLANDO, FL 32832

10925   WYCO INC, 1260 PAYNE AVE., SAINT PAUL, MN 55101

10925   WYCOFF, SANDRA, 6110 LAKEVIEW DR., #178, INDIANAPOLIS, IN 46224

10925   WYDA, LARRIANN, 311 E CHURCH ST, MASONTOWN, PA 15461

10925   WYDRA, WALTER, 723 N WALNUT ST, ITASCA, IL 60143

10925   WYDRENSKI, GLORIA, 141 COURTNEY MILL RD, PITTSBURGH, PA 15229

10925   WYENANDT, NANCY, 9308 CARRIAGE RUN CL, LOVELAND, OH 45140

10925   WYENANDT, REBECCA, 8307 WOODSON DRIVE, RAYTOWN, MO 64138

10925   WYER, JAMES, 25 STABILIZER DRIVE, BALTIMORE, MD 21220

10924   WYETH AYERS, C/O AMERICAN COATINGS, RICHMOND, VA 23298

10924   WYETH AYERST, 64 MAPLE STREET, ROUSES POINT, NY 12979

10924   WYETH AYERST, TECHNOLOGY WAY, WEST GREENWICH, RI 02817

10924   WYETH LAB, CORNER OF CEDAR & W. NORTH ST., MASON, MI 48854

10924   WYETH LABS INC., CHEMICAL DEVELOPMENT, 64 MAPLE STREET, ROUSES POINT, NY 12979

10924   WYETH LEDERLE VACCINE FACILITY, 401 NORTH MIDDLETOWN ROAD, PEARL RIVER, NY 10965

10924   WYETH-AYERST LABORATORIES, 611 E. NIELD STREET, WEST CHESTER, PA 19382

10924   WYETH-AYERST LABORATORIES, INC., 555 E. LANCASTER AVENUE, SAINT DAVIDS, PA 19087

10924   WYETH-AYERST LABORATORIES, PO BOX 1897, WEST CHESTER, PA 19382

10924   WYETH-AYERST LABS DSE FACILITY, 42 AYERST LABS - SITE OFFICE, CHAZY, NY 12921

10924   WYETH-AYERST RESEARCH, 865 RIDGE ROAD, MONMOUTH JUNCTION, NJ 08852

10925   WYLDER, HEATHER, 7736 DELMAR, UNIVERSITY CITY, MO 63130

10925   WYLE ENG-FT LAUDERDALE, DRAWER CS 100568, ATLANTA, GA 30384-0568

10925   WYLE, JEWEL, 121-11 196TH ST, 2NDFL, JAMAICA, NY 11413

10925   WYLE, JEWEL, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   WYLIE C KIRKPATICK & REBECCA C, KIRKPATRICK TR LA JAN 07 93, KIRKPATRICK REVOCABLE
        LIVING, TRUST, 15 TERRELL RD, NEWPORT NEWS, VA 23606-2

10924   WYLIE HIGH SCHOOL, 2550 WEST FM 544, WYLIE, TX 75098

10924   WYLIE PACKAGING, INC., 220 DALTON AVE., CHARLOTTE, NC 28206

10924   WYLIE PACKAGING, INC., ATT: NAN HENDERSON, 710 S. MARKET ST., LANCASTER, SC 29720

10925   WYLIE, JOSEPHINE P, 1524 NW 38TH ST, OKLAHOMA CITY, OK 73118-2815

10925   WYLIE, MARY ANN, 606 EBONY GROVE LANE, CHESTER, SC 29706

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   WYLIE, MISSY, BOX51-V-55, MIDLAND, TX 79707

10925   WYLIE, VIOLA, 11030 SE SEA PINES CIR, HOBE SOUND, FL 33455

10925   WYMAN GORDAN INVIESTMENT CASTING, GRANITE ST, TILTON, NH 03276

10925   WYMAN, DAVID, 867 EAST CHRISTY LANE, POWELL, WY 82435

10925   WYMAN, JAMES, 13130 44TH AVE WEST, MUKILTEO, WA 98275

10925   WYMAN, WALTER, 710 NORTH 15TH ST, 7, WORLAND, WY 82401

10925   WYMAN-GORDON INVESTMENT CASTINGS IN, POBOX 751900, CHARLOTTE, NC 28275-1900

10924   WYMAN-GORDON INVESTMENT CASTINGS, 839 POQUONNOCK ROAD, GROTON, CT 06340

10924   WYMAN-GORDON INVESTMENT, PO BOX 188, TILTON, NH 03276

10924   WYMAN-GORDON, 414 HESTER STREET, SAN LEANDRO, CA 94577-1099

10925   WYMER, JEFFREY, 4009 S FM 368, IOWA PARK, TX 76367

10925   WYN MOLDED PLASTICS INC, LOCK BOX 710932, CINCINNATI, OH 45271-0932

10925   WYNANT, EDWARD A, 11 VOORHESS DR, BASKING RIDGE, NJ 07920

10925   WYNANT, J S, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   WYNANT, JOHN, 30 CARROLL CIRCLE, WESTON, MA 02943

10925   WYNDHAM ANATOLE HOTEL, 2201 STEMMONS FRWY., STE 500, DALLAS, TX 75207

10925   WYNDHAM GARDEN HOTEL VININGS, 2857 PACES FERRY ROAD, ATLANTA, GA 30339

10925   WYNDHAM GARDEN HOTEL, 17 W.350 22ND ST, OAKBROOK TERRACE, IL 60181

10925   WYNDHAM GARDEN HOTELS, 420 TOTTEN POND ROAD, WALTHAM, MA 02154

10924   WYNDHAM, 633 NORTH ST. CLAIR, CHICAGO, IL 60611

10925   WYNINGER, ARTIE, 1109 BERNADETTE DR, SULPHUR, LA 70663-5914

10925   WYNKOOP, LINDA, 64 SIXTH ST, CRESSKILL, NJ 07626

10925   WYNN, ALICE, 1755 OLIVER AVE, CHESAPEAKE, VA 23324

10925   WYNN, ALICE, 1755 OLIVER AVE, CHESAPEAKE, VA 23324-3245

10925   WYNN, CHRISTOPHER, 6030 SHORT ROAD, FAIRBURN, GA 30213

10925   WYNN, DEBORAH, RURAL RTE1, UNIONTOWN, KS 66779

10925   WYNN, DONALD, 1375 EAST CLINTON ST, BARTOW, FL 33830

10925   WYNN, DONALD, 940 SOUTH OAK AVE, BARTOW, FL 33830-5751

10925   WYNN, DOROTHY, 31509 BOCK, GARDEN CITY, MI 48135

10925   WYNN, EDGAR, 1614 BRADFORD CT., ROCK HILL, SC 29730

10925   WYNN, JOHN, PO BOX 2426, NATCHITOCHES, LA 71457

10925   WYNN, KATHERINE, 718 S. DIAMOND ST., MANSFIELD, OH 44907

10925   WYNN, MARY, RT 1 BOX 139D, HULL, GA 30646

10925   WYNN, MELODY, 5370 N. 62ND ST, MILWAUKEE, WI 53218

10925   WYNN, PEGGY, 107 CANEBRAKE DR, GREER, SC 29650

10925   WYNN, PHILIPPE, 17002 SPRUCE RUN, SPRING, TX 77379

10925   WYNN, STEVEN, 345 KEOWEE SCHOOL RD #F2, SENECA, SC 29678

10925   WYNN, SUSAN, 1217 SHADOWOOD DRIVE, SPARTANBURG, SC 29301

10925   WYNN, TAMARA, 380 MAC DONOUGH ST , 2ND FL, BROOKLYN, NY 11233

10925   WYNNE JT TEN, ANTHONY E & KIMBERLY B, 11 HAVEMEYER LN, OLD GREENWICH, CT 06870-1213

10924   WYNNEWOOD REFINING CO., 200 WEST SOUTH STREET, WYNNEWOOD, OK 73098

10924   WYNNEWOOD REFINING CO., PO BOX 305, WYNNEWOOD, OK 73098

10924   WYNNEWOOD REFINING COMPANY, REPUBLIC PLAZA, 370 17TH STREET SUITE 5300, DENVER, CO 80202

10925   WYNNS PRECISION INC, DRAWER T378, NASHVILLE, TN 37244

10925   WYNNS PRECISION, PO BOX 15437, HOUSTON, TX 77220

10924   WYNNWOOD @ GALLOWAY, 32 PLUM STREET, TRENTON, NJ 08638

10924   WYNOT SAND & GRAVEL, 4405 KEEGAN AVENUE, WYNOT, NE 68792

10924   WYNOT SAND & GRAVEL, P. O. BOX 186, WYNOT, NE 68792

10924   WYNOT SAND & GRAVEL, WYNOT, WYNOT, NE 68792

10925   WYNSHAW, DAVID, 2150 SANS SOUCI BLVD, NORTH MIAMI, FL 33181

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   WYNTER, BERNICE, 1726 DAVIDSON AVE, BRONX, NY 10453

10925   WYNTER, ELAINE, 1511 SHERIDAN AVE, BRONX, NY 10457

10924   WYNWOOD OF 7 FEILDS, RTE. 228 & ADAMS RIDGE, MARS, PA 16046

10924   WYNWOOD OF 7 FIELDS, RTE. 228 AND ADAMS RIDGE, MARS, PA 16046

10924   WYNWOOD OF NEW CASTLE COUNTRY, HARMONY ROAD, NEWARK, DE 19713

10924   WYNWOOD, HORSHAM & HARTMAN ROAD, MONTGOMERY, PA 17752

10925   WYODAK CHEMICAL CO, 4600 E 71ST ST, CLEVELAND, OH 44125-1051

10925   WYOMING ATTY GENERAL, ATTN: HOKE MACMILLAN, STATE CAPITOL BLDG, CHEYENNE, WY 82002

10924   WYOMING BLOCK CO., PO BOX 206, WYOMING, DE 19934

10924   WYOMING BLOCK CO., SOUTHERN BLVD, WYOMING, DE 19934

10924   WYOMING CONCRETE IND, RR AVENUE & SO. BLVD., WYOMING, DE 19934

10924   WYOMING CONCRETE PRODUCTS, 725 BRYAN STOCK TRAIL, CASPER, WY 82609

10924   WYOMING CONCRETE, P O BOX 206, WYOMING, DE 19934

10924   WYOMING CONCRETE, R.R. LINE & SOUTHERN BLVD., WYOMING, DE 19934

10924   WYOMING COUNTY COURTHOUSE, 143 NORTH MAIN STREET, WARSAW, NY 14569

10925   WYOMING DEPT OF ENVIR QUALITY, 122 W 25TH ST, 4W, CHEYENNE, WY 82002

10925   WYOMING DEPT OF ENVIR QUALITY, 122 WEST 25TH ST, 4W, CHEYENNE, WY 82002

10925   WYOMING DEPT OF ENVLAL QUALITY, DENNIS HEMMER DIR, 122 WEST 25TH, 4W HERSCHLER BLDG, CHEYENNE, WY 82002

10925   WYOMING GAME AND FISH DEPT, 5400 BISHOP BLVD, CHEYENNE, WY 82006

10925   WYOMING GLASS, POBOX 302, SILVER LAKE, NY 14549

10924   WYOMING MATERIALS & IMPV., 2805 CONESTOGA DR., GILLETTE, WY 82716

10924   WYOMING MATERIALS & IMPV., P.O. BOX 1930, GILLETTE, WY 82717

10924   WYOMING MATERIALS, 2805 CONESTOGA, GILLETTE, WY 82716

10924   WYOMING MAT'LS & IMPROV, PO BOX1930, GILLETTE, WY 82717

10924   WYOMING REFINING COMPANY, 740 WEST MAIN STREET, NEWCASTLE, WY 82701

10924   WYOMING REFINING COMPANY, ACCTS PAYABLE, 1600 BROADWAY SUITE 2300, DENVER, CO 80202

10924   WYOMING REFINING COMPANY, PO BOX 820, NEWCASTLE, WY 87201

10925   WYOMING STATE BOARD OF CONTROL, 630 PINEY DR, BIG PINEY, WY 83114

10925   WYOMING STATE TREASURER, UNCLAIMED PROPERTY DIV, 2515 WARREN AVE #502, CHEYENNE, WY 82002-0001

10925   WYRICK, BOBBY, 1500 E BLUEBELL #231, LIBERAL, KS 67901

10925   WYRICK, DE ANN, 2316 CALLE LOBINA, SAN CLEMENTE, CA 92673

10925   WYSE, CLAUDIA, 17351 VIA LINDO, TUSTIN, CA 92680

10925   WYSE, D, PO BOX 108 N, NAPOLEON, MO 64074

10925   WYSOCKI, JAY, 468 E. MCMURRAY RD. PO BOX 1098, MCMURRAY, PA 15317-4098

10925   WYSOKER, GLASSNER & WEINGARTNER, 340 GEORGE ST, NEW BRUNSWICK, NJ 08901

10924   WYTHE COMMUNITY HOSPITAL, 600 W. RIDGE RD., WYTHEVILLE, VA 24382

10925   XALOY INCORPORATION, 102 XALOY WAY, PULASKI, VA 24301

10924   XAVIER COLLEGE, CORNER OF PALMETTO & CARROLTON, C/O KING & COMPANY, 7325 PALMETTO, NEW ORLEANS, LA 70125

10925   XAVIER CONSULTING GROUP, 3800 VICTORY PKWY, CINCINNATI, OH 45207-7510

10925   XAVIER M BROCK JR &, HEDDA R BROCK JT TEN, 10006 BROAD ST, BETHESDA, MD 20814-1824

10925   XAVIER UNIVERSITY, 3800 VICTORY PKWY, CINCINNATI, OH 45207-3241

10925   XAVIER, MARILENE, 3231 WASHINGTON ST., JAMAICA PLAIN, MA 02130

10925   XAYASOUK, MECKSAVANH, 3303 KING DR. SW, CEDAR RAPIDS, IA 52404

10925   XCD INCORPORATED, 1692 BROWNING, IRVINE, CA 92606-4809

10924   XCEL ENERGY, ATTN:  PAYMENT AND REPORTING, PO BOX 840, DENVER, CO 80201-0840

10924   XCEL ENERGY, NATURAL GAS GROUP, PO BOX 99, MEEKER, CO 81641-0099

10925   X-CELL, 5436 S WASHINGTON ST, TACOMA, WA 98409-2708

10925   XCHANGER INC., 1401 SOUTH 7TH ST, HOPKINS, MN 55343-7868

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   XCHANGER, INC, 1401 S 7TH ST, HOPKINS, MN 55343

10925   XCHANGER, INC, 1401 S. 7TH ST, HOPKINS, MN 55343

10925   XENOMETRIX INC., 2425 NORTH 55TH ST SUITE 111, BOULDER, CO 80301

10924   XENON PRODUCTS INC, 100-07 91ST AVE, RICHMOND HILL, NY 11418

10924   XENTAUR CORPORATION, 3661 HORSEBLOCK ROAD, MEDFORD, NY 11763

10924   XENTAUR CORPORATION, UNIT K, 3661 HORSEBLOCK ROAD, MEDFORD, NY 11763

10925   XEREAS, ANTONIA, 5616 N 23RD ST, ARLINGTON, VA 22205

10925   XEREAS, PENNY, 5616 N 23 ST, ARLINGTON, VA 22205

10925   XERO-FAX INC., PO BOX 65777, CHARLOTTE, NC 28265-0777

10925   XEROX BUSINESS SERVICES, 15150 NW 79TH COURT, MIAMI LAKES, FL 33016

10925   XEROX CORP, 2970 NW 75TH AVE, MIAMI, FL 33122

10925   XEROX CORP, 5450 CAMPUS DR, CANANDAIGUA, NY 14425

10925   XEROX CORP, 6077 FULTON IND BLVD, ATLANTA, GA 30336

10925   XEROX CORP, 800 PHILLIPS RD, WEBSTER, NY 14580

10925   XEROX CORP, 800 PHILLIPS ROAD, WEBSTER, NY 14580

10925   XEROX CORP, ACCOUNTS PAYABLE DEPT, ROCHESTER, NY 14602

10925   XEROX CORP, ATTN: SUSAN GROARK, 2453 KING ST EXTENSION, CHARLESTON, SC 29405

10925   XEROX CORP, PO BOX 676772, DALLAS, TX 75267-6772

10925   XEROX CORP, PO BOX 802555, CHICAGO, IL 60680-2555

10925   XEROX CORP, PO BOX 827181, PHILADELPHIA, PA 19182-7181

10925   XEROX CORP, PO BOX 890990, DALLAS, TX 75389-0990

10925   XEROX CORP, POBOX 802555, CHICAGO, IL 60680-2555

10925   XEROX CORP, POST OFFICE BOX 660506, DALLAS, TX 75266-9937

10925   XEROX CORP., 312 WEST RTE 38 EASTGATE DR, MOORESTOWN, NJ 08057

10925   XEROX CORP., 555 N. PLEASANTBURG, STE. 110, GREENVILLE, SC 29507

10925   XEROX CORP., ATTENTION: ACCOUNTS RECEIVABLE, ROCHESTER, NY 14644

10924   XEROX CORP., LATIN AMERICA OPERATION, ATLANTA, GA 30336

10925   XEROX CORP., PO BOX 802555, CHICAGO, IL 60680-2555

10925   XEROX CORP., PO BOX 827598, PHILADELPHIA, PA 19182-7598

10925   XEROX CORP., PO BOX 910139, PHILADELPHIA, PA 19182-7598

10925   XEROX CORPORATION, 1301 RIDGEVIEW BLDG 300, LEWISVILLE, TX 75057

10925   XEROX CORPORATION, 350 SOUTH NORTHWEST HWY, PARK RIDGE, IL 60068

10925   XEROX CORPORATION, 800 CARRILON PKWY, SAINT PETERSBURG, FL 33716

10925   XEROX CORPORATION, P.O. BOX 827181, PHILADELPHIA, PA 19182-7181

10925   XEROX CORPORATION, PO BOX 0870-87L, ROCHESTER, NY 14664

10925   XEROX CORPORATION, PO BOX 25177, SANTA ANA, CA 92799-5177

10925   XEROX CORPORATION, PO BOX 650361, DALLAS, TX 75265-0361

10925   XEROX CORPORATION, PO BOX 660303, DALLAS, TX 75266-0303

10925   XEROX CORPORATION, PO BOX 660506, DALLAS, TX 75266-9937

10925   XEROX CORPORATION, PO BOX 7405, PASADENA, CA 91109-7405

10925   XEROX CORPORATION, PO BOX 7598, PHILADELPHIA, PA 19101-7598

10925   XEROX CORPORATION, PO BOX 827598, PHILADELPHIA, PA 19182-7598

10925   XEROX CORPORATION, PO BOX 890990, DALLAS, IL 75389-0990

10925   XEROX CORPORATION, PO BOX 890990, DALLAS, TX 75389-0990

10925   XEROX CORPORATION, PO BOX 910139, DALLAS, TX 75391

10925   XEROX CORPORATION, PO BOX 910139, DALLAS, TX 75391-0139

10925   XEROX CORPORATION, POBOX 2000, LEESBURG, VA 22075-0198

10925   XEROX CORPORATION, POBOX 25177, SANTA ANA, CA 92799-5177

10925   XEROX CORPORATION, POBOX 5990, CAROL STREAM, IL 60197-5990

10925   XEROX CORPORATION, POBOX 7405, PASADENA, CA 91109-7405

10925   XEROX CORPORATION, POBOX 890990, DALLAS, TX 75389-0990

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | XEROX CORPORATION, XEROX SQUARE - 870-87L, ROCHESTER, NY 14664 | |
| 10925 | XEROX CORPORATION, XEROX SQUARE 0870-87L, ROCHESTER, NY 14644 | |
| 10925 | XEROX ENGINEERING SYSTEMS, 11 LINDEN PARK, ROCHESTER, NY 14625 | |
| 10925 | XEROX SUPPLIES, PO BOX 660501, DALLAS, TX 75266-0501 | |
| 10925 | XEROX, 5450 CAMPUS DR, CANANDAIGUA, NY 14425 | |
| 10924 | XEROX, 800 PHILLIPS ROAD, WEBSTER, NY 14580 | |
| 10925 | XEROX, PO BOX 1892, LAKE CHARLES, LA 70602 | |
| 10924 | XEROX, PO BOX 301, WEBSTER, NY 14580 | |
| 10925 | XERXES CORPORATION, PO BOX 86, MINNEAPOLIS, MN 55486-0949 | |
| 10925 | XERXES, INC, 515 STUMP RD., SUITE 218, NORTH WALES, PA 19454 | |
| 10925 | XIAN NORTHWEST AVIATION SUPPLIES CO, 2 FENG HAO RD, XIAN, 710082CHINA | *VIA Deutsche Post* |
| 10925 | XICOM, RR2, WOODS ROAD, TUXEDO, NY 10987 | |
| 10925 | XIRCOM INC, PO BOX 51418, LOS ANGELES, CA 90051-5718 | |
| 10924 | XIT CONCRETE, HCR 2 BOX 200-0, DALHART, TX 79022 | |
| 10925 | X-MARK INDUSTRIES, 2001 NO MAIN ST, WASHINGTON, PA 15301 | |
| 10925 | XMC SALES LLC, 823 EXOCET SUITE 109, CORDOVA, TN 38018 | |
| 10924 | XOLOX CORP, 1415 DIVIDEND DRIVEE, FORT WAYNE, IN 46808 | |
| 10924 | XOLOX CORPORATION, 6932 GETTYSBURG PIKE, FORT WAYNE, IN 46804-5555 | |
| 10925 | XOMA CORPORATION, MORRISON AND FOERSTER, 425 MARKET ST, SAN FRANCISCO, CA 94105 | |
| 10925 | XPECT FIRST AID, 1071 JUDSON ST, BENSENVILLE, IL 60106 | |
| 10925 | XPECT FIRST AID, 1586 SOUTH 5350 WEST, SALT LAKE CITY, UT 84104 | |
| 10925 | XPECT FIRST AID, 633 S ROCKFORD DR, TEMPE, AZ 85281 | |
| 10925 | XPECT FIRST AID, 6808 HOBSON VALLEY DR., WOODRIDGE, IL 60517 | |
| 10925 | XPECT, 2724 S CONSTITUTION, WEST VALLEY, UT 84119 | |
| 10925 | XPEDX - AUGUSTA, 1427 MARVIN GRIFFIN RD, AUGUSTA, GA 30906 | |
| 10925 | XPEDX - AUGUSTA, PO BOX 1330, AUGUSTA, GA 30903-1330 | |
| 10925 | XPEDX - BIRMINGHAM, PO BOX 11367, BIRMINGHAM, AL 35202-1367 | |
| 10925 | XPEDX - GREENVILLE, POBOX 2067, GREENVILLE, SC 29602-2067 | |
| 10925 | XPEDX - ORLANDO, POBOX 547838, ORLANDO, FL 32854 | |
| 10925 | XPEDX (RESOURCE NET INTERNATIONAL), PO BOX 905577, CHARLOTTE, NC 28290-5577 | |
| 10925 | XPEDX ATLANTA, PO DRAWER 100981, ATLANTA, GA 30384-0981 | |
| 10924 | XPEDX RESOURCENET, 613 MAIN STREET, WILMINGTON, MA 01887-3236 | |
| 10924 | XPEDX, 2100 JEFFERSON-DAVIS HIGHWAY, RICHMOND, VA 23224-7610 | |
| 10924 | XPEDX, 2920 NEW BEAVER AVENUE, PITTSBURGH, PA 15233 | |
| 10924 | XPEDX, 3900 SPRING GARDEN ST, GREENSBORO, NC 27420 | |
| 10925 | XPEDX, 4510 READING RD., CINCINNATI, OH 45229-1230 | |
| 10925 | XPEDX, 541 REPUBLIC CIRCLE, BIRMINGHAM, AL 35214 | |
| 10925 | XPEDX, 613 MAIN ST, WILMINGTON, MA 01887-3236 | |
| 10924 | XPEDX, 613 MAIN STREET, WILMINGTON, MA 01887-3236 | |
| 10925 | XPEDX, 7445 NEW RIDGE RD., HANOVER, MD 21076 | |
| 10924 | XPEDX, 9450 ALLEN DRIVE, CLEVELAND, OH 44125-4690 | |
| 10924 | XPEDX, BLDG. # 10, E SANDLAKE ROAD, ORLANDO, FL 32809 | |
| 10924 | XPEDX, FILE #82396, LOS ANGELES, CA 90074-2396 | |
| 10925 | XPEDX, LOS ANGELES, 17411 VALLEY BLVD, CITY OF INDUSTRY, CA 91744 | |
| 10925 | XPEDX, PO BOX 29460, CINCINNATI, OH 45229-0460 | |
| 10924 | XPEDX, PO BOX 29561, CINCINNATI, OH 45229-0561 | |
| 10924 | XPEDX, PO BOX 29561, GLASSPORT, PA 15045 | |
| 10924 | XPEDX, PO BOX 34748, RICHMOND, VA 23234-0748 | |
| 10925 | XPEDX, PO BOX 5-0207, WOBURN, MA 01815-0207 | |
| 10925 | XPEDX, PO BOX 91694, CHICAGO, IL 60693 | |
| 10924 | XPRESS FREIGHT FORWARDERS, 2586 LANE AVE. NORTH, JACKSONVILLE, FL 32254 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | XPRESSION PRODUCTS INC, POBOX 39, WAUCONDA, IL 60084 | |
| 10924 | XR CONSOL PROP OFF, C/O F.P. WOLL, SIERRA ARMY DEPOT, HERLONG, CA 96113-5520 | |
| 10925 | X-RAY INSPECTION, INC, PO BOX 51651 O.C.S., LAFAYETTE, LA 70505 | |
| 10925 | X-RAY INSPECTION, PO BOX 96, SULPHUR, LA 70664 | |
| 10924 | XRFUSPFO MS LOGISTIC DIV., FOX HALL RD. THOMPSON FIELD, JACKSON, MS 39296-4447 | |
| 10924 | XRFUSPFO MS LOGISTIC DIV., FOX HALL ROAD THOMPSON FIELD, JACKSON, MS 39296-4447 | |
| 10925 | X-RITE, INC, 3100 44TH ST.,S.W., GRANDVILLE, MI 49418-2582 | |
| 10924 | XTALONIX, 1215 CHESAPEAKE AVENUE, COLUMBUS, OH 43212 | |
| 10925 | XTEK, 11451 READING RD., CINCINNATI, OH 45241-2283 | |
| 10925 | XTEND COMMUNICATIONS, 171 MADISON AVE, NEW YORK, NY 10016 | |
| 10925 | XTO INC, 110 WRENTHAM DR, LIVERPOOL, NY 13088 | |
| 10925 | XTRA LEASE, PO BOX 99262, CHICAGO, IL 60693-9262 | |
| 10924 | XU DEF DIST DEPOT SAN JOAQUIN, 25600 S. CHRISMAN RD., TRACY, CA 95376-5000 | |
| 10925 | XU HUA QIANG, BLDG NO 6 1 102, AN HUALI CHAO YANG DISTRICT, PR, BEIJING, 1000011CHINA | *VIA Deutsche Post* |
| 10925 | XU, XIAOLI, 650 HUNTINGTON AVE, BOSTON, MA 02115 | |
| 10925 | XUAN ZHANG, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | XXXXXX, XXXXXX, XXXXX, MA 02000 | |
| 10925 | XYCOM INC, DRAWER #64452, DETROIT, MI 48264-0452 | |
| 10925 | XYMOX TECHNOLOGIES INC, 8225 W PARKLAND CT, MILWAUKEE, WI 53223 | |
| 10925 | XYMOX TECHNOLOGIES, 9099 W DEAN RD, MILWAUKEE, WI 53224 | |
| 10925 | XYPLEX INC, PO BOX 3598, BOSTON, MA 02241-3598 | |
| 10925 | XYTEL CORP., 1001 CAMBRIDGE DR, ELK GROVE, IL 60007 | |
| 10925 | XYTEL CORP., 1001 CAMBRIDGE DR., ELK GROVE VILLAGE, IL 60007 | |
| 10924 | Y D LUMBER CO INC., P O BOX 673, BELZONI, MS 39038 | |
| 10924 | Y M C A, 1105 N.CHURCH STREET, CHARLOTTE, NC 28206 | |
| 10925 | YABES, CANDIDA, 14014 CARRIGAN PL, HOUSTON, TX 77083 | |
| 10925 | YABUT, FERNANDO, 71-A CHESTNUT ST, LODI, NJ 07644 | |
| 10925 | YABUT, MARIA, 1519 S RAITT ST APT A, SANTA ANA, CA 92704 | |
| 10925 | YABUT, MARIA, 198 WALDO PLACE, ENGLEWOOD, NJ 07631 | |
| 10925 | YABUT, MARITES, 71-A CHESTNUT ST, LODI, NJ 07644 | |
| 10925 | YACALAVITCH, BARBARA, 5120 SOUTH PINES DR, JACKSONVILLE, FL 32207 | |
| 10925 | YACESHYN, LANA, POBOX 693, JACKSON, NH 03846 | |
| 10924 | YACKTMANN CHILDREN'S PAVILLION, LUTHERAN GENERAL HOSPITAL - SPRAY, PARK RIDGE, IL 60068 | |
| 10925 | YACOBACK, RODNEY, 3026 FOREST DRIVE, BRYANT, AR 72022 | |
| 10925 | YACOBI PILLSBURY LLC, 408 N. CHUCH ST, SUITE B, GREENVILLE, SC 29601 | |
| 10925 | YACOVELLI, PHYLLIS, LAWRENCE PARK CONDO, PIERMONT, NY 10968 | |
| 10925 | YACU, AMJAD, 3 BRANDYWINE CRT, GREENVILLE, SC 29615 | |
| 10925 | YACU, FRANK, 207 HEDGEWOOD TERRACE, GREER, SC 29650 | |
| 10925 | YACU, JACK, 419 LONG ST DR., GREER, SC 29650-2836 | |
| 10925 | YACU, ZUHAIR, 8740 ROSWELL ROAD #7, ATLANTA, GA 30350 | |
| 10925 | YADEGARIANS, RAMINA, 10988 LOYOLA CT, ALTA LOMA, CA 91701 | |
| 10924 | YADKINS STREET M.O.B, YADKINS ST, ALBEMARLE, NC 28001 | |
| 10925 | YAEGER, JULIE, 802 RAYMOND ROAD, WAUNAKEE, WI 53597 | |
| 10925 | YAFTALI, FAROUK, 4168 MINNESOTA DRIVE, THOUSAND OAKS, CA 91360 | |
| 10924 | YAGER MATERIALS, INC., P. O. BOX 2000, OWENSBORO, KY 42302 | |
| 10925 | YAGER, VICKI, 709 N CATAWBA CIRCLE, MATTHEWS, NC 28105 | |
| 10924 | YAGGARTS GREENHOUSE, OFF HWY. 51, HENNESSEY, OK 73742 | |
| 10924 | YAGGIE'S, INC., 3RD & MULBERRY STS., YANKTON, SD 57078 | |
| 10925 | YAHNIAN, ROSEMARY, 5 CHARLES ST, NORTH READING, MA 01864 | |
| 10925 | YAHOO!, PO BOX 53380, BOULDER, CO 80322 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | YAKALIS, HELEN, 2005 BEGONIA CT., JACKSON, NJ 08527 | |
| 10925 | YAKEL, ANNE, 113 RIDGEFIELD RD, LUTHERVILLE, MD 21093 | |
| 10925 | YAKEL, WILLIAM, 5621 MCCLEAN BLVD, BALTIMORE, MD 21214 | |
| 10924 | YAKIMA PRECAST, 1210 SOUTH 1ST ST, YAKIMA, WA 98907 | |
| 10924 | YAKIMA PRECAST, 1210 SOUTH FIRST STREET #104, YAKIMA, WA 98901 | |
| 10925 | YAKUNICH, DEBORAH, 3677 PENNSYLVANIA AVE, WEIRTON, WV 26062 | |
| 10925 | YALAMANCHILI, BHASKAR, 4660 ELMHERST, BEAUMONT, TX 77706-7706 | |
| 10925 | YALE - NORTHERN CALIFORNIA, 30361 WHIPPLE ROAD, UNION CITY, CA 94587 | |
| 10925 | YALE CAROLINAS, INC, PO BOX 32457, CHARLOTTE, NC 28232 | |
| 10924 | YALE ENGINEERING, 4025 N. RAVENWOOD, CHICAGO, IL 60613 | |
| 10924 | YALE ENGINEERING, CAMBRIDGE, MA 02140 | |
| 10925 | YALE EQUIPMENT & SERVICES INC., BIN 176, MILWAUKEE, WI 53288-0176 | |
| 10924 | YALE HOSPITAL C WING, 141 AVENUE OF INDUSTRY, WATERBURY, CT 06705 | |
| 10925 | YALE INC, 9649 GIRARD AVE SOUTH, MINNEAPOLIS, MN 55431 | |
| 10925 | YALE INDUSTRIAL TRUCKS, 1915 N ORANGE BLOSSOM TRAIL, ORLANDO, FL 32804 | |
| 10925 | YALE INDUSTRIAL TRUCKS, PO BOX 915114, ORLANDO, FL 32891-5114 | |
| 10925 | YALE MATERIALS HANDLING OF ILL INC, 501 WEST ALGONQUIN ROAD, MOUNT PROSPECT, IL 60056 | |
| 10925 | YALE NORTHERN CALIFORNIA INC, POBOX 39000, SAN FRANCISCO, CA 94139-5281 | |
| 10924 | YALE PROPERTIES, 29 BROADWAY, NEW HAVEN, CT 06511 | |
| 10924 | YALE SCHOOL OF MEDICINE, C/O WESCONN COMPANY, 350 CONGRESS AVENUE, NEW HAVEN, CT 06519 | |
| 10925 | YALE UNIVERSITY SCHOOL OF, THE, PO BOX 208057, NEW HAVEN, CT 06520-8057 | |
| 10924 | YALE UNIVERSITY, SHIP TO THE FOX STEEL CO, 312 BOSTON POST ROAD, ORANGE, CT 06477 | |
| 10925 | YALE, JAMES R, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10925 | YALE, JAMES R, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | YALE, JAMES, 1609 PLEASANTVLE DR, GLEN BURNIE, MD 21061 | |
| 10925 | YALE, PAMELA, 17 INVERNESS DRIVE, FALMOUTH, ME 04105 | |
| 10925 | YALE-NORTHERN CALIFORNIA INC, PO BOX 7685, FREMONT, CA 94537-7685 | |
| 10925 | YALURIS, GEORGE, 6702 SURREY LANE CLARKSVILLE MD 21029, CLARKSVILLE, MD 21029 | |
| 10925 | YALURIS, GEORGE, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | YAMADA, DARLA, 3136 21ST AVE CT, GREELEY, CO 80631 | |
| 10925 | YAMANAKA, LYNN, 3819 HARVARD TERRACE, SKOKIE, IL 60076 | |
| 10925 | YAMASAKI LAW & PATENT OFFICE, 11-28 NAGATA-CHO 1-CHOME, CHIYODA-KU TOKYO 100, 100JAPAN | *VIA Deutsche Post* |
| 10925 | YAMASAKI LAW & PATENT OFFICE, SOGO NAGATACHO BLDG 8F, 11-28 NAGATA-CHO 1-CHOME, CHIYODA-KU, TOKYO, 100JAPAN | *VIA Deutsche Post* |
| 10925 | YAMATE, EMIKO, 217000 SUMMIT RD, LOS GATOS, CA 95030 | |
| 10924 | YAMNITZ PRE MIX, GERALD, MO 63037 | |
| 10924 | YAMNITZ PRE MIX, HWY 28, OWENSVILLE, MO 65066 | |
| 10924 | YAMNITZ PRE MIX, P O BOX 539, OWENSVILLE, MO 65066 | |
| 10924 | YAMNITZ PREMIX, HWY 28 WEST & 5TH ST, OWENSVILLE, MO 65066 | |
| 10925 | YAMNITZ, JAMES, 938 MORNINGSTAR DRIVE, LAKELAND, FL 33809-0720 | |
| 10925 | YAMPA VALLEY ELECTRIC, BOX 1218, STEAMBOAT SPRINGS, CO 80477 | |
| 10925 | YAN, HOH-JIEAR, 1751 MILFORD CREEK, MARIETTA, GA 30073 | |
| 10925 | YAN, JIANYING, 2903 CROSSFORK DRIVE, WILMINGTON, DE 19808 | |
| 10925 | YAN, KAY, 14809 WHEATSTONE AVE, NORWALK, CA 90650 | |
| 10925 | YAN, PEI, 14 MELVIN AVE, BROOKLINE, MA 02146 | |
| 10925 | YAN, PERI, 4301 W. 49TH AVE., AMARILLO, TX 79109 | |
| 10925 | YANCEY, DONNA, 267 WINDSOR AVE, WESTFIELD, NJ 07090 | |
| 10925 | YANCEY, EUGENE, 4540 N HOLLYWOOD ST, MEMPHIS, TN 38127-2844 | |
| 10925 | YANCEY, FRANCES, 267 WINDSOR AVE, WESTFIELD, NJ 07090 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  YANCEY, KENNETH, 208 PINE DALE RD, BRANDON, MS 39042

10925  YANCEY, LARRY, 8330 40TH AVE NORTH, ST. PETERSBURG, FL 33709

10925  YANCEY, LEN, 3512 N. BROAD ST., PHILADELPHIA, PA 19140

10925  YANCEY, LINDA, PO BOX 23, PALO, IA 52324

10925  YANCEY, MARY, RT 2 BOX 550, COMMERCE, GA 30529

10925  YANCEY, OMER, APT 4, 4, FLORENCE, KY 41042

10925  YANCEY, TINA, 4312 BROOKSIDE DR, FOREST PARK, GA 30050

10925  YANCY, BETTY, 1901 OLD CONCORD RD, SMYRNA, GA 30080

10925  YANDA, KEITH, 628 N FULTON PL, STURGEON BAY, WI 54235

10925  YANDELL, TERRY, 1010 W. CHEROKEE PL., LINDSAY, OK 73052

10925  YANEZ III, THOMAS, 109 E. PARKER, HOUSTON, TX 77076

10925  YANEZ, DORIS KUHN, 703 CORNELIA ST., BOONTON, NJ 07005

10925  YANEZ, GABRIEL, 1600 E COUNTY RD, #76, WELLINGTON, CO 80549

10925  YANEZ, HERLINDA, 6018 WILDE GLEN #213, SAN ANTONIO, TX 78240

10925  YANEZ, JAIME, 10619 CONDON AVE, LENNOX, CA 90304

10925  YANEZ, LUCY, 1919 RIVERLANE DRIVE, LAKE STATION, IN 46405

10925  YANG MING LINE, 1800 WEST LOOP SOUTH, STE 1860, HOUSTON, TX 77027

10925  YANG MING MARINE LINE, 3100 BRECKENRIDGE BLVD SUITE 175, DULUTH, GA 30096

10925  YANG, HOU-CHING, RT. 2, BOX 574, CONOVER, NC 28613

10925  YANG, JOHN, 1803 CHESTNNUT HILL, RICHARDSON, TX 75082

10925  YANG, JULIE C, 4025 VILLA VISTA, PALO ALTO, CA 94306

10925  YANG, JULIE, 4025 VILLA VISTA, PALO ALTO, CA 94306

10925  YANG, LING, 101 BOB CAT TRAIL, SIMPSONVILLE, SC 29681

10925  YANG, MICHAEL, 1085 ARDEN DRIVE, MARIETTA, GA 30008

10925  YANG, NING-SUN, 3423 ICE AGE LANE, VERONA, WI 53593

10925  YANG, WEI, 16 MURIEL RD, SWAMPSCOTT, MA 01907

10925  YANG, WEI, 2145 SHERIDAN ROAD, EVANSTON, IL 60208-4400

10925  YANG, WEI, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140-1692

10925  YANG, YU HUA, 2029 W 233RD ST, TORRANCE, CA 90501

10925  YANKEE ENGINEERING & TESTING INC., 10 MASON ST, WORCESTER, MA 01609

10925  YANKO, BELLA, 59 WILLIAM EMERY PL, PROVIDENCE, RI 02904

10925  YANKO, DENNIS, 708-B RIDGESIDE DR, BALLWIN, MO 63021

10925  YANKO, JANET, 3433 SUBLETTE APT H 1, ST LOUIS, MO 63139

10925  YANKON, ANNETTE, 82 G ST, SOUTH BOSTON, MA 02127-2921

10925  YANKOPOULOS, BASIL, 34 BUTTONWOOD LANE, PEABODY, MA 01960-3126

10925  YANKOWSKI, CATHERINE, 696 N VIEW DR, BRIDGEWATER, NJ 08807

10925  YANNALFO, CAROLE, 17 MARILYN ROAD, ANDOVER, MA 01810

10925  YANNALFO, SYLVESTER, 17 MARILYN RD, ANDOVER, MA 01810-2933

10925  YANNAZZONE, BARBARA, PO BOX 152, SPARKILL, NY 10976

10925  YANNETTI JR, GEORGE, 2 MOSS ST, BURLINGTON, MA 01803

10925  YANOK, BRIAN, 3 HEATHER PLACE, WASHINGTON, WV 26181

10925  YANOSKY, CHARLES, 5510 MEIKLE LANE, LAS VEGAS, NV 89115

10925  YANOV, CYNTHIA, RD 1 BOX 113, AMITY PA, PA 15311

10925  YANTOSCA, LOUIS, 16 VILLANOVA DR, WESTFORD, MA 01886

10925  YANUSKEVICH, MICHAEL, 7 ALGONQUIN LN, NASHUA, NH 03063

10925  YAO, TSIN-IE, 12 LOYOLA CIRCLE, W ROXBURY, MA 02132

10925  YAP-LACAP, AILEEN, 407 PASSAIC ST, HACKENSACK, NJ 07601

10925  YARAMISHYN, GREGORY, 525 BENSON HURST DR., MABLETON, GA 30059

10925  YARBER, JOAN, BOX 118, BUTLER ST, OAK HILL, WV 25901

10925  YARBOROUGH, MICHAEL, 7611 CHATTINGTON DRIVE, DALLAS, TX 75248

10925  YARBOROUGH, ROBERT, 913 GEORGETOWN ST, CLEMSON, SC 29631

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   YARBOROUGH, TIMOTHY, 163 APRIL WATERS N., MONTGOMERY, TX 77356

10925   YARBROUGH, ANITA, 3453 PATTERSON, PEARL, MS 39208

10925   YARBROUGH, BARBARA, 140-E GAZEBO DR EAST, MONTGOMERY, AL 36117

10925   YARBROUGH, DWIGHT, 213 W VIRGINIA AVE, BESSEMER CITY, NC 28016

10925   YARBROUGH, GISELE, 1810 QUAIL RUN DR, GARLAND, TX 75040

10925   YARBROUGH, JAMES, 1106 BISHOP ROAD, BURKBURNETT, TX 76354

10925   YARBROUGH, JASON, 3650 BURKE, #301, PASADENA, TX 77504

10925   YARBROUGH, MARTHA, RT 1 BOX 684, MAYSVILLE, GA 30558

10925   YARBROUGH, MICHELLE, 511 WHEELER ST, GRIFFIN, GA 30223

10925   YARBROUGH, RANDY, 4150 CRANE, HOUSTON, TX 77026

10925   YARBROUGH, REMONA, 311 N. FALLS ST., MART, TX 76664

10925   YARBROUGH, TOMMIE, 1106 BISHOP RD, BURKBURNETT, TX 76354

10924   YARD, BROOKLYN, NY 11208

10924   YARD, SAN FRANCISCO, CA 94101

10925   YARDE, CORNELL, 830 LINCOLN ST, READING, PA 19601

10925   YARDI SYSTEMS INC., 819 REDDICK ST, SANTA BARBARA, CA 93103-3124

10925   YARDLEY PUMP AND VACUUM INC, 17260 NEWHOPE ST, FOUNTAIN VALLEY, CA 92708

10924   YARDLEY-ORGIL, 11120 WESTERN AVENUE, STANTON, CA 90680

10925   YARKA, BARBARA, 28 JOHNSON ST, SOUTH BOUND BROOK, NJ 08880

10925   YARMOUTH LUMBER INC, 384 PORTLAND ROAD, GRAY, ME 04039

10925   YARRINGTON, RUSSELL, 7613 CHASE ST, MERRILLVILLE, IN 46410

10925   YARWAY CORP, 480 NORRISTOWN RD, BLUE BELL, PA 19422

10925   YARWAY CORP., PO BOX 350, 480 NORRISTOWN ROAD, BLUE BELL, PA 19422-0760

10925   YARWOOD, MICHAEL, 604 JOHN CHARLES DRIVE, BURLESON, TX 76028

10925   YARWORTH, SALLY, 36 LODGE ROAD, BELMONT, MA 02478

10924   YASKAWA, 2121 SOUTH NORMAN DRIVE, WAUKEGAN, IL 60085

10925   YASSEN, ANNETTE, 14440 COUNTRY CLUB, ORLAND PARK, IL 60462

10925   YASUHIRO FUJITA TR UA, JUL 18 91, YASUHIRO FUJITA TRUST, 2635 OAHU AVE, HONOLULU, HI 96822-1722

10925   YATEEM, SAWSAN, 4903-12 CENTRAL, CHARLOTTE, NC 28205

10925   YATES, ALLEN, 4120 FM 367 W, IOWA PARK, TX 76367

10925   YATES, DAVID, 12 BUCHANAN ST, NASHUA, NH 03060

10925   YATES, JAMES, 10 FULLER ST, PELZER, SC 29669

10925   YATES, JEREMIAH, 18221 SCHOENBON ST, NORTHRIDGE, CA 91325

10925   YATES, MELVIN, PO BOX 94, ENOREE, SC 29335

10925   YATES, MONICA, 215 TOMROB DR., SAN ANTONIO, TX 78220

10925   YATES, SANDRA, 204 KEWANNA DR, JEFFERSONVILLE, IN 47130

10925   YATES, SHARON, 13 MILL ST, DRACUT, MA 01826

10925   YATES, TAMMY, 601 N. 9TH ST, HERRIN, IL 62948

10925   YATES, THOMAS, 951 BEGONIA AVE, COSTA MESA, CA 92626-9998

10925   YATKIEWICZ, WALENTY, 8 FOREST ST, MAYNARD, MA 01754

10925   YATSKO-JOHNSON, HELEN, 205 EAST 78TH ST APT 2B, NEW YORK, NY 10021

10925   YAUGER, EUGENE, PO BOX 603, GRAY COURT, SC 29645

10925   YAUN, STEVEN, 2717 GREGORY ST., MADISON, WI 53711

10925   YAUSLIN, LAWRENCE G, 1080 WEXFORD DRIVE, PALM HARBOR, FL 34683

10924   YAVAPAI BLOCK CO.INC., PO BOX 786, PRESCOTT, AZ 86302

10924   YAVAPAI BLOCK, 1249 N. HWY 89, PRESCOTT, AZ 86301

10924   YAVAPAI BLOCK, ATTENTION: ACCOUNTS PAYABLE, PRESCOTT, AZ 86301

10924   YAVAPAI BLOCK, P O BOX 786, GLENDALE, AZ 85302

10925   YAWN, DOUGLAS, 18082 CLEARBROOK CRCL, BOCA RATON, FL 33498

10925   YAWN, ELIJAH PAUL, 435 SPRINGFIELD CT, JACKSONVILLE, FL 32206

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   YAZEK JR, JOHN, 6381 SUMMERHILL DRIVE, HUNSONVILLE, MI 49426

10925   YAZELL, STEVEN, PO BOX 476, ALEXANDRIA BAY, NY 13607

10925   YBARRA, ANDRESS, 3006 BATES ST., LUBBOCK, TX 79415

10925   YBARRA, JOANN, 1108 2ND PLACE, LUBBOCK, TX 79401

10925   YBARRA, JUAN, 1515 S.POPLAR, ROSWELL, NM 88201

10925   YBARRA, MARIA DEL CA, 706 FAIRVIEW DR. #7, MISSION, TX 78572

10924   Y-D LUMBER COMPANY*, 119 W JACKSON ST, BELZONI, MS 39038

10924   Y-D LUMBER COMPANY, 119 W JACKSON ST, BELZONI, MS 39038

10925   YEADON, ROBERT, 20 COURT ST, CHARLESTON, SC 29403-4654

10925   YEAGER DOOR, PO BOX 27869, TEMPE, AZ 85282

10925   YEAGER, CHARLES, 804 CLEARVIEW AVE, HAMPSTEAD, MD 21074

10925   YEAGER, FERN, 3518 MONT CLARE ST, LAURELDALE, PA 19605

10925   YEAGER, JACK, 22 RIVER DRIVE EXT, WILLIAMSTON, SC 29697

10925   YEAGER, LAWRENCE, 815 BOXCAR DRIVE, WESTMINSTER, MD 21157

10925   YEAGER, WILLIAM, 155 RIVIERA DRIVE, PASADENA, MD 21122

10925   YEAKEL, MARIANNE, 235 SO THIRD ST, QUAKERTOWN, PA 18951

10925   YEAMAN-DYCK, KATHY, 5235 LAUREL PARK, CAMARILLO, CA 93010

10925   YEARGAN, MARSHALL, 250 WESTLEY ROAD, WHITWELL, TN 37397

10925   YEARGAN, MAX, RT. 1 BOX 500A, DUNLAP, TN 37327

10925   YEARGIN, CARROLL, 14 BEAUFORT ST, GREENVILLE, SC 29615

10925   YEARGIN, PHYLLIS, 540 BETHANY ROAD, SIMPSONVILLE, SC 29681

10925   YEARGIN, ROBERT, 106 WATEROAK WAY, MAULDIN, SC 29662-2726

10925   YEARGIN, STANLEY, 110 VILLAGE PARK DR #73, SIMPSONVILLE, SC 29681

10925   YEARGIN, WILLIE LEE, RT 3 BOX 303 BOYD ST, LAURENS, SC 29360

10925   YEAROUT, JACOB, 6311 ACORN FOREST DRIVE, HOUSTON, TX 77088

10925   YEAROUT, RICK, 6311 ACRON FOREST, HOUSTON, TX 77088

10925   YEARWOOD, MARGARET, 228 NW 9TH AVE, SOUTH BAY, FL 33493

10925   YEARY, WILLIAM, 1409 SEWANEE DR, CHATTANOOGA, TN 37412-3639

10925   YEATMAN, NICOLE, 3601 BISSONET DRIVE, METAIRIE, LA 70003

10925   YECHA JR JT TEN, EMIL W & DONNA M, 16836 PIERCE ST, OMAHA, NE 68130-1011

10925   YEDLIN-LANKFORD, NANCY, 820 VERA LN, WHEELING, IL 60090

10925   YEE CONSULTING GROUP INC, 46 CENTRAL ST, WALTHAM, MA 02453

10925   YEE JT TEN, CALVIN & SUSAN WONG, 23 HEATH COURT, DAY CITY, CA 94015-4457

10925   YEE, ALICE C, 40 CLARK AVE, WALPOLE, MA 02081

10925   YEE, CLARA, 82-32 165TH ST, JAMAICA, NY 11432

10925   YEE, CLIFFORD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   YEE, CLIFFORD, 636 DEDHAM ST, NEWTON, MA 02459

10925   YEE, HENRY, 3910 BEL PRE RD #5, SILVER SPRING, MD 20906

10925   YEE, JEOMNYE, 160 BARKHALL ST, WEYMOUTH, MA 02190

10925   YEE, JULIA, 142 GATTO LANE, PEARL RIVER, NY 10965

10925   YEE, KELVIN, 20 TYLER LANE, ASHLAND, MA 01721-1755

10925   YEE, KELVIN, 20 TYLER LN, ASHLAND, MA 01721

10925   YEE, YOUNG, 109 HUNTERS BEND, WEST MONROE, LA 71291

10925   YEGGE, LAURA, 709 S MCHENRY AVE, MCHENRY, IL 60050

10925   YEH, HUNG-CHEN, 1313 AMY LANE, LIBERTYVILLE, IL 60048

10925   YEH, KELVIN, 1129 S.GRANADA AVE, ALHAMBRA, CA 91801

10925   YEH, LILY, 3101 ALWYN CT., CHARLOTTE, NC 28269

10925   YEIDER, SHERI, 8925 LOG HOUSE RD, FLAGSTAFF, AZ 86004

10925   YEILDING, GLENN, 3929 OLD HWY 37 VILLA # 56, LAKELAND, FL 33813

10925   YEKELCHIK, LAZAR, 72 PETERBOROUGH ST, 33, BOSTON, MA 02215

10925   YELBA ICAZA, 1901 S W 129 TERRACE, MIRAMAR, FL 33027-3427

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | YELBA R ICAZA & JAVIER ICAZA, JT TEN, 1901 S W 129 TERRACE, MIRAMAR, FL 33027-3427 | |
| 10925 | YELINEK, BARBARA A, 45249 N BROOKS RD, CONCRETE, WA 98237-9309 | |
| 10925 | YELLAK, ROBIN, 2350 SOUTH ST., ALLENTOWN, PA 18104 | |
| 10925 | YELLING, BRIAN, 525 LYNN DRIVE, CUY FALLS, OH 44221 | |
| 10925 | YELLOW CAB ASSOC, 640 BOSTON AVE, MEDFORD, MA 02155 | |
| 10925 | YELLOW CAB ASSOCIATION, 640 BOSTON AVE, MEDFORD, MA 02155 | |
| 10925 | YELLOW FREIGHT SYSTEM INC, PO BOX 730333, DALLAS, TX 75373 | |
| 10925 | YELLOW FREIGHT SYSTEM INC, PO BOX 73149, CHICAGO, IL 60673 | |
| 10925 | YELLOW FREIGHT SYSTEM INC, POBOX 13850, NEWARK, NJ 07188-0850 | |
| 10925 | YELLOW FREIGHT SYSTEM INC, POBOX 73149, CHICAGO, IL 60673-7149 | |
| 10925 | YELLOW FREIGHT SYSTEM INC, POBOX 905175, CHARLOTTE, NC 28290-5175 | |
| 10925 | YELLOW FREIGHT SYSTEM INC., PO BOX 2431, TORONTO, ON M5W 2K6CANADA | *VIA Deutsche Post* |
| 10925 | YELLOW FREIGHT SYSTEM, INC, PO BOX 730333, DALLAS, TX 75373-0333 | |
| 10925 | YELLOW FREIGHT SYSTEM, PO BOX 13850, NEWARK, NJ 07188 | |
| 10925 | YELLOW FREIGHT SYSTEM, PO BOX 13850, NEWARK, NJ 07188-0850 | |
| 10925 | YELLOW FREIGHT SYSTEM,INC, PO BOX 13850, NEWARK, NJ 07188-0850 | |
| 10925 | YELLOW FREIGHT SYSTEMS INC, 1800 COMMERCIAL AVE, MADISON, WI 53704 | |
| 10925 | YELLOW FREIGHT SYSTEMS INC, C/O CORP LEGAL COLLECTIONS, OVERLAND PARK, KS 66207 | |
| 10925 | YELLOW FREIGHT SYSTEMS INC, JERRY BOWLIN, 1099 ROW, OVERLAND PARK, KS 66211 | |
| 10925 | YELLOW FREIGHT SYSTEMS INC, POBOX 453, AGOURA HILLS, CA 91376-0453 | |
| 10925 | YELLOW FREIGHT SYSTEMS, INC, PO BOX 100299, PASADENA, CA 91189 | |
| 10925 | YELLOW FREIGHT SYSTEMS, INC, PO BOX 905175, CHARLOTTE, NC 28290-5175 | |
| 10925 | YELLOW FREIGHT, PO BOX 730333, DALLAS, TX 75373-0333 | |
| 10925 | YELLOW FREIGHT, PO BOX 7914, OVERLAND PARK, KS 66207 | |
| 10925 | YELLOW FREIGHT, PO BOX YELLOW, SANTURCE, PR 00908PUERTO RICO | *VIA Deutsche Post* |
| 10925 | YELLOW INC, 1038 WASHINGTON ST, HOLLISTON, MA 01746 | |
| 10925 | YELLOW INTERNATIONAL, POBOX 905175, CHARLOTTE, NC 28290-5175 | |
| 10925 | YELLOW PAGE DIRECTORIES, PO BOX 29684, DALLAS, TX 75229 | |
| 10925 | YELLOW PAGES CO, 16 TECHNOLOGY DR. STE. 134, IRVINE, CA 92618-2326 | |
| 10925 | YELLOW PAGES INC, PO BOX 1027, SAN JUAN CAPISTRANO, CA 92693 | |
| 10925 | YELLOW PAGES INC, PO BOX 14223, ORANGE, CA 92863-1223 | |
| 10925 | YELLOW PAGES INC, POBOX 14221, ORANGE, CA 92863-1221 | |
| 10925 | YELLOW PAGES INC, POBOX 9999, COLORADO SPRINGS, CO 80932-0999 | |
| 10925 | YELLOW PAGES, INC, 1401 NORTH WAYNE ST STE 5, ANGOLA, IN 46703 | |
| 10925 | YELTON, AMY, 1944 PORT LN, AMARILLO, TX 79106 | |
| 10925 | YELTON, DIANE, 109 MEDALLION LANE, LYMAN, SC 29365-1220 | |
| 10925 | YELVERTON JR., JOHN, ROUTE 7, BOX 272, LAUREL, MS 39440 | |
| 10925 | YEM, PAUL, 100 PARK LANE, TRENTON, NJ 08609 | |
| 10925 | YEN, WILLIAM, 51 ALTON ST, ARLINGTON, MA 02174 | |
| 10925 | YENCHIK, DONNA, 320 CLINTON ST, MANVILLE, NJ 08835 | |
| 10924 | YENKIN MAJESTIC PAINT CO., 1920 LEONARD AVENUE, COLUMBUS, OH 43219 | |
| 10924 | YENKIN MAJESTIC PAINT CO., PO BOX 369004, COLUMBUS, OH 43236 | |
| 10925 | YENSER, LUTHER, RD #3 BOX 118, FLEETWOODS, PA 19522-9803 | |
| 10925 | YEO, CATHERINE, 22 E. HARWOOD, PALISADES PARK, NJ 07650 | |
| 10925 | YEOMAN, JOHN G, 1417 WEST THIRD, ANACONDA, MT 59711-1805 | |
| 10925 | YEOMANS, JOHN, 1808 OAK POINT DR, MIDDLEBOROUGH, MA 02346 | |
| 10925 | YERGER, ALTON, 1506 ELIZABETH AVE, READING, PA 19605 | |
| 10925 | YERKES, MATHILDA, 1 CLEARFIELD ROAD, SUCCASUNNA, NJ 07876 | |
| 10925 | YERS, JAMES, 7403 COURTLAND AVE, SOUTH GATE, CA 90280 | |
| 10924 | YESCO DISTRIB.(SCHAEDLER), PO BOX 2008, HARRISBURG, PA 17105-2008 | |
| 10924 | YESCO ELECTRIC SUPPLY CO, 815 N. GEORGE ST, YORK, PA 17405 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | YESCO ELECTRIC SUPPLY CO, DUKE ST. & 4TH. AVENUE, YORK, PA 17404 | |
| 10925 | YESCO INDUSTRIAL, 11C KRIPES RD., EAST GRANBY, CT 06026 | |
| 10925 | YESCO INDUSTRIAL, 65 TOSCA DR, STOUGHTON, MA 02072 | |
| 10924 | YESHIVA OF FAR ROCKAWAY, 802 HICKSVILLE ROAD, FAR ROCKAWAY, NY 11691 | |
| 10925 | YESIS, LEONARD, 315 SANFORD AVE, DUNELLEN, NJ 08812 | |
| 10925 | YESSAK, DOUGLAS, 44195 MCLEAN COURT, SOLDOTNA, AK 99669 | |
| 10925 | YGLESIAS SR., ANTHONY, 15892 BOGART CT, FOUNTAIN VALL, CA 92708 | |
| 10925 | YI, CHONG, 1456 PLEASANTVILLE DRIVE, GLEN BURNIE, MD 21061 | |
| 10925 | YI, MOON HEE, 20328 E VEJAR RD, WALNUT, CA 91789 | |
| 10925 | YIN A YEE TR UA FEB 2 95, YINA A YEE TRUST, 16389 CRESCENT, SOUTHFIELD, MI 48076-5802 | |
| 10925 | YIN A YEE TR, UA 02 02 95, FOR YIN A YEE TRUST, 16389 CRESCENT, SOUTHFIELD, MI 48076-5802 | |
| 10925 | YIN, AIJING, #908 WESTGATE, CAMBRIDGE, MA 02139 | |
| 10925 | YIN, GEORGE K, 580 MASSIE ROAD, CHARLOTTESVILLE, VA 22903 | |
| 10925 | YING JAN MAN &, ROSE MAN, JT TEN, 170 MADISON ST 2A, NEW YORK, NY 10002-7417 | |
| 10925 | YING, CLARA, 6310 AMICABLE, ARLINGTON, TX 76016 | |
| 10925 | YING, MEEI-SHAN P, 134 LANE 357 FU JEN RD 6D, LING YA DISTRICT KAOHSIUNG, TAIWAN 802, TAIWAN | *VIA Deutsche Post* |
| 10925 | YINGER, DANIEL, 4447 OLMSTED ROAD, NEW ALBANY, OH 43054 | |
| 10925 | YINGLING, JOYCE, 261 CHICORA ROAD, BUTLER, PA 16001 | |
| 10925 | YIP, LINDA, 6130 NW 43RD AVE, COCONUT CREEK, FL 33073 | |
| 10925 | YIRKOVSKY, WILLIAM, 1033 8TH ST, CEDAR RAPIDS, IA 52302 | |
| 10924 | YKK (U.S.A.) INC., 4234 OCMULGEE EAST BOULEVARD, MACON, GA 31297 | |
| 10924 | YMCA - JOHN PLANKINTON BUILDING, 161 W. WISCONSIN AVENUE, MILWAUKEE, WI 53202 | |
| 10925 | YMCA OF BOCA RATON, 6631 PALMETTO CIRCLE S, BOCA RATON, FL 33433 | |
| 10925 | YMCA OF GREATR GREENVILLE, 601 E. MCBEE AVE., GREENVILLE, SC 29601 | |
| 10924 | YMCA OF METROPOLITAN MILWAUKEE, INC, 735 WEST WISCONSIN AVE, SUITE 600, MILWAUKEE, WI 53233 | |
| 10924 | YMCA, BETWEEN CENTRAL PARK W & BROADWAY, 15 WEST 63RD STREET, NEW YORK, NY 10001 | |
| 10925 | YMCA, FOREMAN-REYNAUD, 215 ALBERT ST., LAKE CHARLES, LA 70601 | |
| 10924 | YMCA, NASHVILLE, TN 37214 | |
| 10925 | YNGSON, ROMMEL, 4829 W. 99TH ST., OAK LAWN, IL 60453 | |
| 10925 | YOAKAM, BERNARD, 1091 E OLIVE WAY, PALM SPRINGS, CA 92262 | |
| 10925 | YOAKEM, JAMES, 251 E SOUTH ST BOX 49, SHREVE, OH 44676 | |
| 10925 | YOAKUM, SHIRLEY, PO BOX 571, FROGMORE, SC 29920 | |
| 10925 | YOANIDES, JILL, 2 CRAIG CT., TOTOWA, NJ 07512 | |
| 10925 | YOAST, WILLIAM, 940 WILSON, CRAIG, CO 81625 | |
| 10925 | YOBBAGY JR, WILLIAM, 157 SELLERSVILLE RD, CHALFONT, PA 18914 | |
| 10925 | YOCKEL, WILLIAM, 4200 RITCHIE HGWY, BALTIMORE, MD 21225 | |
| 10925 | YOCKEY, SYLVIA, RR 1 BOX 136, WORTHINGTON, PA 16262 | |
| 10924 | YOCOM MASONRY, PO BOX7621, REDLANDS, CA 92375 | |
| 10925 | YOCUM, EDGAR, RT 1 BOX 135K, ALICE, TX 78332 | |
| 10925 | YOCUM, RHONDA, PO BOX 19072, LOUISVILLE, KY 40259 | |
| 10925 | YOCUM, SUNNY, 1807 W CHARLESTON, PHOENIX, AZ 85023-2382 | |
| 10924 | YODER RESEARCH & DEVELOPMENT, FAIR PLAY, SC 29643 | |
| 10925 | YODER, BARBARA, 716 CHISHOLM, BURLESON, TX 76028 | |
| 10925 | YODER, ELWOOD, 121 EAST 29TH, LAGRANGE PARK, IL 60525 | |
| 10925 | YODER, ESQ, STEVEN M, THE BAYARD FIRM, 222 DELAWARE AVE # 900, PO BOX 25130, WILMINGTON, DE 19899 | |
| 10925 | YODER, GEORGE, 5416 RADECKE AVE, BALTIMORE, MD 21206 | |
| 10925 | YODER, JODI, 4715 CENTERVILLE RD, SHREVE, OH 44676 | |
| 10925 | YODER, LEONARD, 368, FREEHOLD, NJ 07728 | |
| 10925 | YODER, MICHAEL, 7147 SPOUT SRRGS.RD, FLOWERY BRANCH, GA 30542 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | YODER, MOZELL, RT 3 BOX 89 8802 FREDBURG RD, FREDERICKSBURG, OH 44627 | |
| 10925 | YODER, TRUDI, 8802 FREDERICKSBURG ROAD, FREDERICKSBURG, OH 44627 | |
| 10925 | YODIT, AMDIE, 3900 16TH ST NW #623, WASHINGTON, DC 20011 | |
| 10925 | YOGERST, JOHN, 411 LAZY LANE, KEWASKUM, WI 53040 | |
| 10925 | YOGO, TADAHIRO, THE HILLS 6 PENDLETON COURT, BEDMINSTER, NJ 07921 | |
| 10924 | YOHN & SON READY MIX CO, 1910 4TH AVE. SOUTH, CLEAR LAKE, IA 50428 | |
| 10924 | YOHN & SON READY MIX CO, BOX 429, GARNER, IA 50438 | |
| 10924 | YOHN & SON READY MIX CO, HWY 18, BOX 429, GARNER, IA 50438 | |
| 10924 | YOHN READY MIX, HIGHWAY 69, BELMOND, IA 50421 | |
| 10924 | YOHN READY MIX, HIGHWAY 69, FOREST CITY, IA 50436 | |
| 10925 | YOHN, CONSULA, 108 PARK AVE, READING, PA 19605 | |
| 10925 | YOHN, SHARON, 529 PIKE ST, READING, PA 19601 | |
| 10924 | YOHN-SONS CONC & CONST, BOX 429, GARNER, IA 50438 | |
| 10925 | YOKAGAWA CORPORATION, 118 POINT JUDITH RD, NARRAGANSETT, RI 02882 | |
| 10925 | YOKOGAWA CORP OF AMERICA, 2 DART RD, NEWNAN, GA 30265-1040 | |
| 10925 | YOKOGAWA CORP OF AMERICA, C/O MAUND RICHARDS & ASSOC, POSEN, IL 60469 | |
| 10925 | YOKOGAWA CORP OF AMERICA, PO BOX 905411, CHARLOTTE, NC 28290-5411 | |
| 10925 | YOKOGAWA CORP. OF AMERICA, 21 E. 5TH. AVE., CONSHOHOCKEN, PA 19428 | |
| 10925 | YOKOGAWA CORP. OF AMERICA, PO BOX 905411, CHARLOTTE, NC 28290-5411 | |
| 10924 | YOKOHAMA TIRE CORP, 1500 INDIANA AVENUE, SALEM, VA 24153 | |
| 10925 | YOKOHAMA TIRE CORP., 1500 INDIANA ST, SALEM, VA 24153 | |
| 10924 | YOKOHAMA TIRE CORP., PO BOX 3250, SALEM, VA 24153 | |
| 10925 | YOKOTA, DANIEL, 156 BANK ST, MIDLAND PARK, NJ 07432 | |
| 10925 | YOLANDA P BARNETT, 1351 NORTH PKWY, MEMPHIS, TN 38104-6830 | |
| 10925 | YONCE, ANNIE, 1169 LORDS MILL ROAD, COMMERCE, GA 30529 | |
| 10925 | YONCE, DIANE, 493 MILE BRIDGEWAY, JOHNSTON, SC 29832 | |
| 10925 | YONEMOTO BROTHERS, 3992 FORESTWOOD DR, SAN JOSE, CA 95121-1121 | |
| 10925 | YONG BEE TRADING CORPORATION, 454 TOGOK-DONG KANGNAM-KU, SEOUL, 0SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | YONKE, DARLENE, 495 NAIRVIEW DRIVE, BRADLEY, IL 60915 | |
| 10925 | YONKE, JANE, 29 HOYTS WHARF ROAD, GROTON, MA 01450 | |
| 10925 | YONKER, DONNA, 206 11TH ST, LAUREL, MD 20707 | |
| 10925 | YONNEY, RICHARD, 3825 LOWER SAUCON RD, HELLERTOWN, PA 18055 | |
| 10925 | YOO, OKE JOO, 119-11 28 AVE, FLUSHING,, NY 11354 | |
| 10925 | YOON, JOUNG, 2251 PIMMIT DR 615, FALLS CHURCH, VA 22043 | |
| 10925 | YOPP, JOANN, 15475 SORRENTO, DET, MI 48227 | |
| 10924 | YORK  PECAN COMPANY, HIGHWAY 32 EAST, FOREMAN, AR 71836 | |
| 10925 | YORK BARBELL TOTAL FITNESS, 9832 YORK RD. SUITE 1-F, COCKEYSVILLE, MD 21030 | |
| 10925 | YORK BUILDING PRODUCTS, 1020 HARTLEY ST, YORK, PA 17404 | |
| 10924 | YORK BUILDING PRODUCTS, 1020 N. HARTLEY, YORK, PA 17405 | |
| 10924 | YORK BUILDING PRODUCTS, 325 FULLING MILL ROAD, MIDDLETOWN, PA 17057 | |
| 10924 | YORK BUILDING PRODUCTS, 910 OLD PHILADELPHIA ROAD, ABERDEEN, MD 21001 | |
| 10924 | YORK BUILDING PRODUCTS, 915 LOUCKS MILL RD., YORK, PA 17405 | |
| 10924 | YORK BUILDING PRODUCTS, AIRPORT, SPECIALTY PLANT, THOMASVILLE, PA 17364 | |
| 10924 | YORK BUILDING PRODUCTS, BLITTNER AVENUE, HANOVER, PA 17331 | |
| 10924 | YORK BUILDING PRODUCTS, P O BOX 1708, YORK, PA 17403 | |
| 10924 | YORK BUILDING PRODUCTS, PO BOX  1708, YORK, PA 17405 | |
| 10924 | YORK BUILDING PRODUCTS, PO BOX 1708, YORK, PA 17405 | |
| 10925 | YORK CASKET COMPANY, 2125 E COUNTY ROAD 1050S, LYNN, IN 47355 | |
| 10924 | YORK CONSTRUCTION, 515 MICHELIN ROAD, GREENVILLE, SC 29605 | |
| 10925 | YORK DISTRIBUTORS, PO BOX 850, FOREST HILL, MD 21050-0850 | |
| 10924 | YORK INTERNATIONAL CORP, 631 S. RICHLAND AVENUE, YORK, PA 17403 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | YORK INTERNATIONAL CORP, PO BOX 15131, YORK, PA 17405-7131 | |
| 10925 | YORK INTERNATIONAL CORP., 9055-A GUILFORD ROAD, COLUMBIA, MD 21046 | |
| 10925 | YORK INTERNATIONAL CORP., PO BOX 640064, PITTSBURGH, PA 15264-0064 | |
| 10925 | YORK INTERNATIONAL CORPORATION, PO BOX 1592, YORK, PA 17405-1592 | |
| 10925 | YORK INTERNATIONAL CORPORATION, PO BOX 640064, PITTSBURGH, PA 15264-0064 | |
| 10925 | YORK INTERNATIONAL, PO BOX 1069, JESSUP, MD 20794 | |
| 10924 | YORK LINTEL & CAST STONE, 1555 HANOVER ST., HANOVER, PA 17331 | |
| 10924 | YORK LINTEL & CAST STONE, 3400 BOARD RD, YORK, PA 17402 | |
| 10924 | YORK MEMORIAL HOSPITAL, 3RD FLOOR, YORK, PA 17401 | |
| 10924 | YORK MIDDLE SCHOOL, 505 UNIVERSITY AVE BLDG. 3, NORWOOD, MA 02062 | |
| 10925 | YORK TAPE & LABEL CO, ALEXANDER MAY HUNTER, UARCO INC, 700 WEST MAIN ST, BARRINGTON, IL 60010-4999 | |
| 10925 | YORK TAPE & LABEL CO, PO BOX 6805, COLUMBIA, SC 29260 | |
| 10924 | YORK TAPE & LABEL, INC., 405 WILLOW SPRINGS LANE, YORK, PA 17405 | |
| 10924 | YORK WALL COVERINGS, 750 LINDEN AVENUE, YORK, PA 17404 | |
| 10924 | YORK WALL COVERINGS, PO BOX 5166, YORK, PA 17405-5166 | |
| 10925 | YORK, ANTHONY, 10809 ELAINE ST, AMARILLO, TX 79119 | |
| 10925 | YORK, ARTHUR L, 211 HEATHER DR, SIERRA VISTA, AZ 85635 | |
| 10925 | YORK, CHESTER, 631 STRAIN BLVD, LAKELAND, FL 33801 | |
| 10925 | YORK, CHRIS, 708 MOCKINGBIRD, IOWA PARK, TX 76367 | |
| 10925 | YORK, DANIEL, 1502 DOUGLAS, IOWA PARK, TX 76367 | |
| 10925 | YORK, DAVE, 2345 MIDDLE ROAD, COLUMBIA FALLS, MT 59912 | |
| 10925 | YORK, DAVID, 314 N FANNIN, HENRIETTA, TX 76365 | |
| 10925 | YORK, DEBORAH, 2851 SW 12TH ST, DEERFIELD BEACH, FL 33442 | |
| 10925 | YORK, GARDENIA, 916 19TH ST NE, WASHINGTON, DC 20002 | |
| 10925 | YORK, GILBERT, 229 CO. RD. 2550 N, MILL SHOALS, IL 62862 | |
| 10925 | YORK, JAMES, 3111 UNO CIRCLE, ANCHORAGE, AK 99507 | |
| 10925 | YORK, JOANN, 7 TOLLINGTON COURT, BALTIMORE, MD 21227 | |
| 10925 | YORK, JOHNNIE, 802 SYCAMORE, BURKBURNETT, TX 76354 | |
| 10925 | YORK, JONATHAN, 142 KEOWEE CIRCLE, WAXAHACHIE, TX 75165 | |
| 10925 | YORK, L, 701 CASTLE DRIVE, JOPLIN, MO 64804 | |
| 10925 | YORK, LAURA, 3228 W ACAPULCO LN, PHOENIX, AZ 85023 | |
| 10925 | YORK, LISA, 1453 BRANCHWOOD DR, ASHEBORO, NC 27203 | |
| 10925 | YORK, MELODY, 1313 BLUE JAY, IOWA PARK, TX 76367 | |
| 10925 | YORK, OTIS, 4445 CAMDEN CIRCLE, DUBLIN, OH 43017 | |
| 10925 | YORK, PAMELA, 3242 FAIRFIELD AVE, SHREVEPORT, LA 71104 | |
| 10925 | YORK, ROGER, 125 SOUTHGATE GARDEN, IOWA PARK, TX 76367 | |
| 10925 | YORK, SANDRA, 9585 RESEDA #339, NORTHRIDGE, CA 91324 | |
| 10925 | YORK, TASHA, 6525 WALSH RD, MILLINGTON, TN 38053 | |
| 10925 | YORK, TINA, 1000 LAKESHORE DRIVE# 33, BRANDON, MS 39042 | |
| 10925 | YORKE ENGINEERING, 3144 BONN DR., LAGUNA BEACH, CA 92651 | |
| 10925 | YORKE, MICHAEL, 2202 CRYSTAL WAY, CRYSTAL LAKE, IL 60012 | |
| 10925 | YORKEY, JR, DO, D F, 5 ELMWOOD AVE, PRIDES CORNER, WESTBROOK, ME 04092 | |
| 10925 | YORKMARK, DOROTHY V, 6022 ANN ARBOR NE, SEATTLE, WA 98115-7619 | |
| 10925 | YORKTOWN PRECISION EONIC, 9000 WEST SMITHS ST, YORKTOWN, IN 47396 | |
| 10925 | YOSEMITE WATERS, 601 W. VALENCIA DR, FULLERTON, CA 92632 | |
| 10925 | YOSHIDA, SEIICHI, E 210 LINCOLN ROAD APT 79, SPOKANE, WA 99208 | |
| 10925 | YOSHIMURA ENTERTAINMENT COMPANY, 4555 CARTER COURT, CHINO, CA 91710 | |
| 10925 | YOST, DAVID, 4 WEST CHERRY ST. PO BOX 2264, NEW CASTLE, PA 16102 | |
| 10925 | YOST, EDWARD, 523 PENN ST, BATH, PA 18014 | |
| 10925 | YOST, JOHN, 3521 LEXINGTON AVE, 2, MADISON, WI 53714 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|
| 10925 | YOST, JOYCE, 27 CLARK ST, WATERLOO, NY 13165 | |
| 10925 | YOST, JR, ROBERT, 918 RUSSELLWOOD AVE, MC KEES ROCKS, PA 15136 | |
| 10925 | YOST, SUZANNE, 9303 LAUREL GREEN DR, BOYNTON BEACH, FL 33437 | |
| 10925 | YOST, WILLIAM, 4601 BAYBROOK WAY, BAKERSFIELD, CA 93313 | |
| 10925 | YOTHER, TONIA, 15 GIBSON OAKS DR, GREER, SC 29651 | |
| 10925 | YOUMANS, LINTON, 4815 W MILEY ROAD, PLANT CITY, FL 33565-9998 | |
| 10925 | YOUNCOFSKI, SHARON, 4416 B SHARON CHASE, CHARLOTTE, NC 28215 | |
| 10925 | YOUNG & BERTKE AIR SYSTEMS CO., 2118 WINCHELL AVE., CINCINNATI, OH 45214 | |
| 10925 | YOUNG & BERTKE AIR SYSTEMS, 2118 WINCHELL AVE., CINCINNATI, OH 45214 | |
| 10924 | YOUNG & DAVIS DRYWALL, 170 ANNE STREET NW, BEMIDJI, MN 56619 | |
| 10924 | YOUNG BLOCK, 2200 GARDENER LANE, TUCSON, AZ 85705 | |
| 10924 | YOUNG BLOCK, 2200 GARDNER LANE, TUCSON, AZ 85705 | |
| 10924 | YOUNG BLOCK, 5601 E. HWY 90, SIERRA VISTA, AZ 85635 | |
| 10924 | YOUNG BLOCK, 5601 E.HWY 90, SIERRA VISTA, AZ 85635 | |
| 10924 | YOUNG BLOCK, ATTN:  ACCOUNTS PAYABLE, SIERRA VISTA, AZ 85635 | |
| 10925 | YOUNG CLEMENT RIVERS & TISDALE, PO BOX 993, CHARLESTON, SC 29402-0993 | |
| 10924 | YOUNG CONTRACTING & SUPPLY, **TO BE DELETED**, LOUISVILLE, KY 40208 | |
| 10924 | YOUNG CONTRACTING & SUPPLY, 822 W. MAGNOLIA, LOUISVILLE, KY 40208 | |
| 10924 | YOUNG CONTRACTING & SUPPLY, 822 WEST MAGNOLIA, LOUISVILLE, KY 40208 | |
| 10924 | YOUNG CONTRACTING & SUPPLY, PO BOX2796, LOUISVILLE, KY 40201 | |
| 10925 | YOUNG ESQ, DONNI E, 600 CARONDELET ST, SUITE 900, NEW ORLEANS, LA 70180 | |
| 10925 | YOUNG HO NOH, 366-153 SHINDAEBANG 2-DONG, DONGJAK-KSEOUL, KOREA | *VIA Deutsche Post* |
| 10925 | YOUNG II, WILLIAM, 21 PINE WOODS ROAD, E KINGSTON, NH 03827-2131 | |
| 10925 | YOUNG III, GEORGE CLARK, POBOX 967, TRAVELERS REST, SC 29690 | |
| 10925 | YOUNG INDUSTRIES INC., 16 PAINTER ST., MUNCY, PA 17756 | |
| 10925 | YOUNG INDUSTRIES, INC, THE, PO BOX 30, MUNCY, PA 17756 | |
| 10924 | YOUNG INSUL GROUP OF NASH, PO BOX 41088, NASHVILLE, TN 37204 | |
| 10925 | YOUNG JR, CHARLES, 809 E HIXON ST, BIRMINGHAM, AL 35214 | |
| 10925 | YOUNG JR, ERNEST J, CUST FOR ERNEST J YOUNG, UNIF GIFT MIN ACT PA, 155 DIVINE DR, PITTSBURGH, PA 15236-2443 | |
| 10925 | YOUNG JR., DAVID, 5917 BELLEGROVE ROAD, BALTIMORE, MD 21225 | |
| 10925 | YOUNG LIFE, 720 W. MONUMENT, COLORADO SPRINGS, CO 80901 | |
| 10925 | YOUNG OFFICE SUPPLY CO., PO BOX 5210, SPARTANBURG, SC 29304 | |
| 10925 | YOUNG OIL CO INC, 2451 N.E. 4TH AVE, POMPANO BEACH, FL 33064 | |
| 10924 | YOUNG READY MIX, 1230 WILLIAM AVE, MARENGO, IA 52301 | |
| 10925 | YOUNG READY MIX, 2001 MARLIN HIGHWAY, WACO, TX 76703 | |
| 10924 | YOUNG READY MIX, 834 S.E. CREEKVIEW DRIVE, ANKENY, IA 50021 | |
| 10924 | YOUNG READY MIX, BRYAN /COLLEGE STATION, 6300 HIGHWAY 21 WEST, COLLEGE STATION, TX 77840 | |
| 10924 | YOUNG READY MIX, HWY 6, COLLEGE STATION, TX 77840 | |
| 10924 | YOUNG READY MIX, P.O. DRAWER 1800, WACO, TX 76703 | |
| 10924 | YOUNG READY MIX, PO DRAWER 1800, WACO, TX 76703 | |
| 10925 | YOUNG RILEY DUDLEY DEBROTA, 277 EAST 12TH ST, INDIANAPOLIS, IN 46202-2508 | |
| 10925 | YOUNG, ALGIE, 1518 EDDY ST, VINTON, LA 70668 | |
| 10925 | YOUNG, ALLEN, 3121 HODGES ST, LAKE CHARLES, LA 70601 | |
| 10925 | YOUNG, ALLISON, 115 CEDAR ST, HOLLISTON, MA 01746 | |
| 10925 | YOUNG, ALVIN, 116 KIMBLE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | YOUNG, ALVIN, PO BOX 464, GARYSBURG, NC 27831 | |
| 10925 | YOUNG, ALWYN, 4840 KY 1514, OWENSBORO, KY 42301 | |
| 10925 | YOUNG, ANGELA, 1605 N. CORD, SPEEDWAY, IN 46224 | |
| 10925 | YOUNG, ANGELA, PO BOX 203, MOORE, SC 29369-0203 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | YOUNG, ANITA, 4006 BLUEBIRD DR., WALDORF, MD 20603 | |
| 10925 | YOUNG, BARBARA, 14011 N 53RD DR, GLENDALE, AZ 85306 | |
| 10925 | YOUNG, BELINDA, 63 HOWLETT ST, TOPSFIELD, MA 01983 | |
| 10925 | YOUNG, BESSIE, PO BOX 152, FOUNTAIN INN, SC 29644 | |
| 10925 | YOUNG, BILLY, RT. 1, PARIS, AR 72855 | |
| 10925 | YOUNG, BRENDA, 203 MAIN ST, 47, SO. BOUND BROOK, NJ 08880 | |
| 10925 | YOUNG, BRENDA, 3311 ADAMS ST, OWENSBORO, KY 42303 | |
| 10925 | YOUNG, BRUCE, 713 HUNTINGTON WAY, BEL AIR, MD 21014 | |
| 10925 | YOUNG, BURT, 2488 NW 56TH AVE APT SL-31 #I, LAUDERHILL, FL 33313 | |
| 10925 | YOUNG, CARLTON, 7295 B COACH LIGHT COURT, FREDERICK, MD 21703 | |
| 10925 | YOUNG, CAROLINE, 7907 CEDAR CREEK, HAUGHTON, LA 71037 | |
| 10925 | YOUNG, CARRIE, 464 E. HOPOCAN AVE., BARBERTON, OH 44203 | |
| 10925 | YOUNG, CARY, 2007 OLEANDER AVE, FORT PIERCE, FL 34950 | |
| 10925 | YOUNG, CATRENA, 317 ACKER PKWY, DE FOREST, WI 53532 | |
| 10925 | YOUNG, CHARLES, 112 JANICE DRIVE NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | YOUNG, CLARENCE, 108 DOYLE DR, GREENVILLE, SC 29615-2746 | |
| 10925 | YOUNG, CLARENCE, 5207 NESMITH ROAD, PLANT CITY, FL 33567 | |
| 10925 | YOUNG, CLEMENT, RIVERS & TISDALE, PO BOX 993, CHARLESTON, SC 29402 | |
| 10925 | YOUNG, CLIFFORD, 14508 BASE LINE BLVD, CARTHAGE, MO 64836 | |
| 10925 | YOUNG, CONNIE, 12585 CR 330, BIG PRAIRIE, OH 44611 | |
| 10925 | YOUNG, CONSTANCE, 1517 I SPLIT OAK LA LANE, RICHMOND, VA 23229 | |
| 10925 | YOUNG, CRAIG, 249 BRONCO CIRCLE, LAKE CHARLES, LA 70611-9615 | |
| 10925 | YOUNG, DANNY, 255 5TH AVE., MARION, IA 52302 | |
| 10925 | YOUNG, DANNY, 4206 S.E. 14TH AVE, AMARILLO, TX 79104 | |
| 10925 | YOUNG, DAVID, PO BOX 7261, NIKISKI, AK 99635 | |
| 10925 | YOUNG, DEANNA LYNN, 31012 MORGAN CANYON, PRATHER, CA 93651-0000 | |
| 10925 | YOUNG, DENISE, CR61,HWY632,BOX436, DESALLEMANDS, LA 70030 | |
| 10925 | YOUNG, DENNIS, HCR 2, BOX 7224, SANDRA, TX 78383 | |
| 10925 | YOUNG, DESHANNON, RT. 1 BOX 140-K, MONTICELLO, MS 39654 | |
| 10925 | YOUNG, DOUGLAS, 2 DETMER AVE, TARRYTOWN, NY 10591 | |
| 10925 | YOUNG, DREAMA, 5613 MACARTHUR, FT WORTH, TX 76112 | |
| 10925 | YOUNG, DUDLEY, 5019 GRANDVIEW DRIVE, OWENSBORO, KY 42303 | |
| 10925 | YOUNG, E RICHARD, 211 MILLWRIGHT DR., NASHUA, NH 03063 | |
| 10925 | YOUNG, EDNA, 4231 BAR HARBOR PL, OLNEY, MD 20832 | |
| 10925 | YOUNG, ELLIE, PO BOX 713, AYNOR, SC 29511-0713 | |
| 10925 | YOUNG, EMMA, 8311 DROZE RD, GREENWELL SPRINGS, LA 70739 | |
| 10925 | YOUNG, ERIKA, 8290 SEAGULL, BEAUMONT, TX 77708 | |
| 10925 | YOUNG, FRANCES, PO BOX 5 333 TULLAHOMA, EDMOND, OK 73083 | |
| 10925 | YOUNG, FREDERICK, 3107 FIR CT, AUGUSTA, GA 30906 | |
| 10925 | YOUNG, GEORGE, 308 OLD POINT ROAD, CHESTER, MD 21619 | |
| 10925 | YOUNG, GEORGE, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | YOUNG, GREGORY, 2337 TRELLIS PLACE, RICHARDSON, TX 75081 | |
| 10925 | YOUNG, HAROLD, 106 LAUREL DR, GREENVILLE, SC 29607 | |
| 10925 | YOUNG, IAIN, 308 OLD POINT RD, CHESTER, MD 21619 | |
| 10925 | YOUNG, J ROY, 47 ELDORA DR, MOUNTAIN VIEW, CA 94041 | |
| 10925 | YOUNG, J, 18400 CARROLL ST, PERRIS, CA 92370 | |
| 10925 | YOUNG, JACK, PO BOX 16670, HOUSTON, TX 77222 | |
| 10925 | YOUNG, JACKIE, 209 W. DIAMOND, IOWA PARK, TX 76367 | |
| 10925 | YOUNG, JAMES D., 251 NAGOG HILL RD., ACTON, MA 01720 | |
| 10925 | YOUNG, JAMES, 199 ROAD 9049, VALLEY HEAD, AL 35989 | |
| 10925 | YOUNG, JAMES, 36 TOWER ROAD, BROOKFIELD, CT 06804 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 YOUNG, JAMES, 6 CLOVERWOOD CT APT. 103, BALTIMORE, MD 21221

10925 YOUNG, JAMES, PO BOX 203, MOORE, SC 29369-0203

10925 YOUNG, JEANETTA, 707 MCGEE ST, LIVE OAK, FL 32060

10925 YOUNG, JEFFREY, 1405 NINTH ST, GREEN BAY, WI 54304

10925 YOUNG, JEFFREY, 6092 BELLE GROVE COVE N, MEMPHIS, TN 38115

10925 YOUNG, JESSIE, 2319 MUSKINGUM, ODESSA, TX 79763

10925 YOUNG, JIMMY, 310 DELLWOOD DRIVE, GREENVILLE, SC 29609-5013

10925 YOUNG, JOHN, 407 MEADOW ROAD, BALTIMORE, MD 21206

10925 YOUNG, JOSEPH, 708 BELMONT ROAD, NEW IBERIA, LA 70560

10925 YOUNG, JUDY, 920 DEYOUNG ROAD, GREER, SC 29651-9801

10925 YOUNG, JUNE, 4704 NORTH SHORE, WICHITA FALLS, TX 76310

10925 YOUNG, KAM-LIN, 14437 FALLSCLIFFE LA, CENTREVILLE, VA 22020

10925 YOUNG, KAREN, 2926 FOREST PARK, GARLAND, TX 75040

10925 YOUNG, KATHLEEN, 63 CHESTNUT ST, BOSTON, MA 02108

10925 YOUNG, KELLI, 2709 N CALVERT ST, #2, BALTIMORE, MD 21218

10925 YOUNG, KENNETH, 2303 WAVERLY, DETROIT, MI 48238

10925 YOUNG, KENNETH, PO BOX 1144, LITTLETON, NC 27850

10925 YOUNG, KERRY, RT. 1 BOX 140W, MONTICELLO, MS 39654

10925 YOUNG, KEVIN, 7749 MEADOW ROAD, PASADENA, MD 21122

10925 YOUNG, KIMBERLY, 1008 WALKER ST, WACO, TX 76704

10925 YOUNG, KIMBERLY, 1505 WING AVE, OWENSBORO, KY 42303

10925 YOUNG, KIMBERLY, 797 S. KELLNER RD., COLUMBUS, OH 43209

10925 YOUNG, KIMBERLY, 8900 SHELBYVILLE RD, LOUISVILLE, KY 40222

10925 YOUNG, KITTY, 14833 TURLOCK ROAD, LA MIRADA, CA 90638

10925 YOUNG, KRISTIE, RT 1 BOX 574, STUART, VA 24171

10925 YOUNG, LARRY, 3624 IMPERIAL PLACE #4, 4, OWENSBORO, KY 42301

10925 YOUNG, LARRY, 4 WHITBREAD COURT, GREENVILLE, SC 29615

10925 YOUNG, LARRY, HC 71 BOX 123, GRAYSVILLE, TN 37338

10925 YOUNG, LELA, PO BOX 582283, TULSA, OK 74158

10925 YOUNG, LILLIE, 6777 REMBRANDT, BATON ROUGE, LA 70805

10925 YOUNG, LINDA, 300 SOUTH G, OXNARD, CA 93030

10925 YOUNG, LISA, 1920 SIMONTON AVE, ORLANDO, FL 32806

10925 YOUNG, LISA, 301 CORNELSON DR, GREER, SC 29651

10925 YOUNG, LOUIS, 4702 TOWERMONT, SPRING, TX 77388

10925 YOUNG, LYNDON, 700 MONROE ST NE, WASHINGTON, DC 20017

10925 YOUNG, MALCOLM, 12 VESTA ST, BELMONT, NC 28012

10925 YOUNG, MARGARET, 106 LAUREL DR, GREENVILLE, SC 29607

10925 YOUNG, MARJORIE, 11 PARLIAMENT LANE, WOBURN, MA 01801-5323

10925 YOUNG, MARK, 2788 HWY 33, SAUKVILLE, WI 53080

10925 YOUNG, MARTIN, 21 MORSES POND ROAD, WELLESLEY, MA 02181

10925 YOUNG, MAUREEN, 5770 EVANSVILLE RT, EVANSVILLE, WY 82636

10925 YOUNG, MELISSA, 626 STAUNTON BR RD, GREENVILLE, SC 29611

10925 YOUNG, MICHAEL, 1308 KING CHARLES RD, DALLAS, GA 30132

10925 YOUNG, MICHAEL, 2711 BRANDON, IOWA PARK, TX 76367

10925 YOUNG, MICHAEL, 41 EEL ST, BOSCAWEN, NH 03303

10925 YOUNG, MICHAEL, 4688 OAKLEIGH MANOR DRIVE, POWDER SPRINGS, GA 30073-4935

10925 YOUNG, ODIS, 404 NW 5TH, ANDREWS, TX 79714

10925 YOUNG, PAT, 640 BAILEY RD #153, PITTSBURG, CA 94565

10925 YOUNG, PETER, 3767 OLD PALI ROAD, HONOLULU, HI 96817-1066

10925 YOUNG, RALPH, 102 WILMA DR, GREENVILLE, SC 29617

10925 YOUNG, RALPH, 9368 AUBURN, DETROIT, MI 48228

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | YOUNG, RANDY, ROUTE 1, BOX 285, MAGAZINE, AR 72943 | |
| 10925 | YOUNG, REBECCA, 2401 N LAKEMONT AVE, WINTER PARK, FL 32792 | |
| 10925 | YOUNG, REVERMAN & NAPIER CO, LPA, 1014 VINE ST, SUITE 2400, CINCINNATI, OH 45202 | |
| 10925 | YOUNG, RHONDA, 19 BAPTIST CHRUCH ROAD, W FROSTPROOF, FL 33843 | |
| 10925 | YOUNG, ROBERT, 1402 W MC GEE ROAD, PLANT CITY, FL 33565 | |
| 10925 | YOUNG, ROBERT, PO BOX 152, FOUNTAIN INN, SC 29644 | |
| 10925 | YOUNG, ROBERT, PO BOX 967, TRAVELERS RES, SC 29690 | |
| 10925 | YOUNG, RONALD, 199 NW 9THAVE, MULBERRY, FL 33860 | |
| 10925 | YOUNG, RONALD, 654 B ST, PASADENA, MD 21122 | |
| 10925 | YOUNG, RONALD, 8700 PLUTO DR., ANCHORAGE, AK 99507 | |
| 10925 | YOUNG, RONALD, 920 DEYOUNG ROAD, GREER, SC 29651-9801 | |
| 10925 | YOUNG, RUTH, 10540 CAMINITO, SAN DIEGO, CA 92129 | |
| 10925 | YOUNG, SAMUEL, 4811 PRAIRIE RIDGE RD, HOUSTON, TX 77053 | |
| 10925 | YOUNG, SANDRA, PO BOX 404, BRYANTOWN, MD 20617 | |
| 10925 | YOUNG, SHANNON, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | YOUNG, SHIRLEY, 230 SOUTH ADAMS ST, LOUDONVILLE, OH 44842 | |
| 10925 | YOUNG, SR, HAROLD, RT. 1 BOX 140C, MONTICELLO, MS 39654 | |
| 10925 | YOUNG, STACY, HC71 BOX 122E, GRAYSVILLE, TN 37338 | |
| 10925 | YOUNG, STEVEN, 1503 GALENA ROAD, BALTIMORE, MD 21221 | |
| 10925 | YOUNG, STEVEN, 8903 C.E. KING, HOUSTON, TX 77044 | |
| 10925 | YOUNG, SUE, 1195 B TEMPLEMORE, DALLAS, TX 75218 | |
| 10925 | YOUNG, TAMMY, 656 PLYMOTH, ALICE, TX 78332 | |
| 10925 | YOUNG, TERRY, POBOX 1253, MULBERRY, FL 33860 | |
| 10925 | YOUNG, THOMAS E, 5603 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | YOUNG, THOMAS J, 333 N PENNSYLVANIA ST #900, INDIANAPOLIS, IN 46204 | |
| 10925 | YOUNG, THOMAS, 107 JAMES DRIVE, GREENVILLE, SC 29605 | |
| 10925 | YOUNG, THOMAS, 150 FEDERAL ANN LANE, WESTMINSTER, MD 21157 | |
| 10925 | YOUNG, THOMAS, 6998 ADA DRIVE SE, GRAND RAPIDS, MI 49546 | |
| 10925 | YOUNG, TIMOTHY, 109 PLEASANT DRIVE 904, LAURENS, SC 29360 | |
| 10925 | YOUNG, TIMOTHY, 34 HOPKINS, AURORA, IL 60505 | |
| 10925 | YOUNG, VIRGINIA, 112 JANICE DR NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | YOUNG, VIRGINIA, 5510 KIRKWOOD BLVD SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | YOUNG, W, 613 E TRANT ROAD, KINGSVILLE, TX 78363 | |
| 10925 | YOUNG, W, 935 W. 1ST ST, LITTLEFIELD, TX 79339 | |
| 10925 | YOUNG, WAYNE, 645 SHADY LANE, BARTOW, FL 33830 | |
| 10925 | YOUNG, WEBSTER, 1200 CLANTON ST, EUNICE, LA 70535 | |
| 10925 | YOUNG, WILLIAM, 2207 AVE J #104, HUNTSVILLE, TX 77340 | |
| 10925 | YOUNG, WILLIAM, 726 BLUEWOOD DRIVE, DALLAS, TX 75232 | |
| 10925 | YOUNG-BANDALA, LINDA, 301 S. STONE AVE, LA GLANGE, IL 60525 | |
| 10925 | YOUNGBAR JR., GEORGE, 180 SOUTHWOOD RD., PASADENA, MD 21122 | |
| 10925 | YOUNGBAR, WILLIAM, 7820 TELEGRAPH ROAD, SEVERN, MD 21144 | |
| 10924 | YOUNGBLOOD CONCRETE INC, 5683 PLOTTOWN RD, YOUNG HARRIS, GA 30582 | |
| 10925 | YOUNGBLOOD TRUCK LINES, PO BOX 1629, FLETCHER, NC 28732 | |
| 10924 | YOUNGBLOOD TRUCKING & R/M, INC, 5683 PLOTT TOWN ROAD, YOUNG HARRIS, GA 30582 | |
| 10925 | YOUNGBLOOD, HARVEY, PO BOX 412, NEWTON, TX 75966 | |
| 10925 | YOUNGBLOOD, RAYMOND, 113 ANTIGUA WAY, GREER, SC 29650-4422 | |
| 10925 | YOUNGDAHL, W, 1834 BEAVERTAIL DRIVE, LAKE HAVASU CITY, AZ 86403 | |
| 10925 | YOUNGE, EULA, 2814 E. AVE Q2, PALMDALE, CA 93550 | |
| 10925 | YOUNGE, KAREN, 7265 SHOUP AVE, WEST HILLS, CA 91307 | |
| 10925 | YOUNGER MANUFACTURING, 138 W 38TH ST, LOS ANGELES, CA 90037 | |
| 10925 | YOUNGER MANUFACTURING, 2925 CALIFORNIA ST, TORRANCE, CA 90503 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | YOUNGER, GEOFFREY, 2966 FRANCIS, KANSAS CITY, KS 66103 | |
| 10925 | YOUNGER, GEORGE, 4631 FLICKA CT, VIRGINIA BEACH, VA 23455 | |
| 10925 | YOUNGER, PHILIP, 109 NORTH DR., COOVINGTON, LA 70433 | |
| 10925 | YOUNGERS, NICHOLAS P, 7707 BRANDEIS WAY, SPRINGFIELD, VA 22153-3400 | |
| 10925 | YOUNGMAN, LYNN, 159 CASTLEAIR CT APT H, KENNESAW, GA 30144 | |
| 10925 | YOUNGMAN, MARY, 1521 HILLSIDE DR, RENO, NV 89503-1714 | |
| 10924 | YOUNGQUIST BROS, INC, 15465 PINERIDGE, FORT MYERS, FL 33908 | |
| 10924 | YOUNGQUIST BROTHERS INC, 15465 PINE RIDGE ROAD, FORT MYERS, FL 33908 | |
| 10925 | YOUNGQUIST, STANLEY, 73 CIRCUIT ROAD, MEDFORD, MA 02155 | |
| 10924 | YOUNG'S ENV CLEAN UP, INC., G 5305 NORTH DORT HWY, FLINT, MI 48505 | |
| 10924 | YOUNG'S PLANT FARM, INC., 1166 LEE ROAD 9, AUBURN, AL 36830 | |
| 10924 | YOUNG'S PLANT FARM, INC., PO BOX3410, AUBURN, AL 36830 | |
| 10925 | YOUNGSON, JOHN C & SUSAN E, 885 SAN VICENT, ARCADIA, CA 91006 | |
| 10925 | YOUNGWIRTH, D ANTONIA, 121 ADENA ROAD, WEST NEWTON, MA 02165 | |
| 10925 | YOUNKER JT TEN, ROBERT L & VIVIANNE S, 8038 LOYOLA BLVD, LOS ANGELES, CA 90045-2637 | |
| 10925 | YOUNT, CYNTHIA, 1229 SCOTT ROAD, BURBANK, CA 91504 | |
| 10925 | YOUNT, WAYNE, 109 STONECREST ROAD, GREER, SC 29650 | |
| 10925 | YOUPATOFF, JUNE M., EDGEWATER TERR APT., POMPTON LAKES, NJ 07442 | |
| 10924 | YOUR BUILDING CENTERS, INC, 1120 EAST COLLEGE AVE., STATE COLLEGE, PA 16801 | |
| 10924 | YOUR BUILDING CENTERS, INC, PO BOX 1230, ALTOONA, PA 16603 | |
| 10924 | YOUR CHOICE REFRESHMENT, 1500 BRIDGEWATER ROAD, BENSALEM, PA 19020 | |
| 10925 | YOUR, ELIZABETH, 3631 ANDERSON, TOLEDO, OH 43613 | |
| 10925 | YOUSE, ROBERT, 7 CHERRY TREE LANE, BERNVILLE, PA 19506-0482 | |
| 10925 | YOUSEF S QANDEEL, 20664 WILLIAMSBURG RD, DEARBORN HEIGHTS, MI 48127-2757 | |
| 10925 | YOUSEY, WILLIAM, 429 E. HILLCREST ST., MUSTANG, OK 73064 | |
| 10925 | YOUSSEF, KHALIL, 5401 CHIMNEY ROCK, 261, HOUSTON, TX 77081 | |
| 10925 | YOUTH SERVICES FOR OKLAHOMA, COUNTY INC, 600 N HARVEY, OKLAHOMA CITY, OK 73102-3002 | |
| 10925 | YOUTSEY, E, % HOM WHOLESALE DISTRIBUTORS RT #1, BOX 230, MANCHESTER, KY 40962 | |
| 10925 | YOW, ANTHONY, 1620 32ND ST., WEST, BIRMINGHAM, AL 35208 | |
| 10925 | YOWELL, DONNETTA, 20034 REGENT, DETROIT, MI 48205 | |
| 10925 | YPPARILA, GAIL, 4378 AVENIDA PRADO, THOUSAND OAKS, CA 91360 | |
| 10925 | YRAD, CHRISTOPHER, 3100 GALINDO ST, OAKLAND, CA 94601 | |
| 10925 | YRAD, THOMAS, 3100 GALINDO ST, OAKLAND, CA 94601 | |
| 10924 | YREKA TRANSIT MIX CONCRETE, 126 SCHANTZ LANE, YREKA, CA 96097 | |
| 10924 | YREKA TRANSIT MIX CONCRETE, ATTN:  ACCOUNTS PAYABLE, YREKA, CA 96097 | |
| 10924 | YREKA TRANSIT MIX CONCRETE, FAIR & SCHANTZ LANE, YREKA, CA 96097 | |
| 10925 | YRUEGAS, EDWARD, 3804 MURIEL DRIVE, SNYDER, TX 79549 | |
| 10925 | YTTEROCK, SUSAN, 720 EMERSON DRIVE, N E, PALM BAY, FL 32907 | |
| 10925 | YU, C, 85 APTOS AVE, SAN FRANCISCO, CA 94127 | |
| 10925 | YU, HSI-LING, 9885 ABERNATHY AVE, DALLAS, TX 75220 | |
| 10925 | YU, JULIE, BOX 6140 BROWN UNIV, PROVIDENCE, RI 02912 | |
| 10925 | YU, TERESITA, 12 RIVER ST APT 198, LITTLE FERRY, NJ 07643 | |
| 10925 | YU, XIAOHONG, 1404 ST. JAMES CT., HILLSBOROUGH, NJ 08876 | |
| 10925 | YUAN, LYNN, 68 TAMWORTH HILL AVE, WAKEFIELD, MA 01880 | |
| 10925 | YUASA AND HARA, PO BOX 714, TOKYO CENTRAL, JAPAN | *VIA Deutsche Post* |
| 10925 | YUASA AND HARA, SECTION 206, NEW OHTEMACHI BLDG 2-1, OHTEMACHI 2-CHOME CHIYODA-KU, TOKYO, 100JAPAN | *VIA Deutsche Post* |
| 10924 | YUASA AND HARA, SECTION 208, NEW OHTEMACHI BLDG., 2-1, OHTEMACHI 2-CHOME, CHIYODA-KU, TOKYO, 100-0004JPN | *VIA Deutsche Post* |
| 10925 | YUASA GENERAL, 7521 BRUSHILL RD, BURR RIDGE, IL 60521 | |
| 10925 | YUASA INC, BOX 77000(DEPT 77007), DETROIT, MI 48277-0007 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | YUCH, CAROL, 348 CHARNWOOD RD., NEW PROVIDENCE, NJ 07974 | |
| 10925 | YUD, HADLEY, 3204 SANDSTON COURT, LAUREL, MD 20708 | |
| 10925 | YUE, ALAN, 6476 RACQUET CLUB DR, LAUDERHILL, FL 33319 | |
| 10925 | YUE, ALAN, ONE TOWN CENTER RD, BOCA RATON, FL 33486 | |
| 10925 | YUE, JOHNNY, 9 PROSPECT ST, HOLMDEL, NJ 07733 | |
| 10925 | YUHAS, KENNETH, 440 BENNETT CERF DRIVE, WESTMINSTER, MD 21157 | |
| 10925 | YUI C CHAN CUST DAVID H CHAN, UNIF GIFT MIN ACT CA, 2654 BURLINGAME WAY, SAN JOSE, CA 95121-1213 | |
| 10925 | YUILL, WILLIAM, 34 HARRISON AVE, TAUNTON, MA 02780 | |
| 10924 | YUMA REGIONAL MEDICAL CENTER, P.O. #9930010, YUMA, AZ 85364 | |
| 10924 | YUMA, 616 EAST 18TH PLACE, YUMA, AZ 85365 | |
| 10925 | YUNICH, DAVID, 26 COOPER RD, SARATOGA SPRINGS, NY 12866 | |
| 10925 | YUREK JR, DANIEL, N4433 LAKESHORE DR, CHILTON, WI 53014 | |
| 10925 | YUREK, JENNIFER, 1180 MCCULLY DRIVE, PITTSBURGH, PA 15235 | |
| 10925 | YUREVICH, DAVE, 403 ATLANTIC DRIVE NE, POPLAR GROVE,, IL 61065 | |
| 10925 | YUREVICH, SUSAN, 7412 HICKORY GRV, WONDER LAKE, IL 60097 | |
| 10925 | YURKO, MELLISSA, 10082 CARILLON DR., ELLICOTT CITY, MD 21043 | |
| 10925 | YURKO, MIKE, 802 BROADWAY, GALVESTON, TX 77550 | |
| 10925 | YURRITA, RAIF, 3601 S 5 TH ST # 513, ARLINGTON, VA 22204 | |
| 10925 | YURUBI, SANDRA, 10875 NW 7TH ST. #13, MIAMI, FL 33172 | |
| 10925 | YUSCAVAGE, THERESA, 385 REGINA AVE, MERCERVILLE, NJ 08619 | |
| 10925 | YUSEN AIR & SEA SERVICE (USA) INC, 340 BEACH ROAD, BURLINGAME, CA 94010 | |
| 10925 | YUSEN AIR & SEA SERVICE (USA) INC., 1001 N. MITTEL DRIVE, WOOD DALE, IL 60191 | |
| 10925 | YUSEN AIR & SEA SERVICE (USA) INC., PO BOX 66280, CHICAGO, IL 60666 | |
| 10925 | YUSEN AIR & SEA SERVICE (USA)INC, 230 MCCLELLAN HGWY, EAST BOSTON, MA 02128 | |
| 10925 | YUSEN AIR & SEA SERVICE USA INC, 1 MADISON ST, EAST RUTHERFORD, NJ 07073 | |
| 10925 | YUSEN AIR & SEA SERVICE USA INC, BLDG 200 TRADEPORT DRIVE, ATLANTA, GA 30354 | |
| 10925 | YUSIM, ALEX, 1371 5TH AVE, SAN FRANCISCO, CA 94118 | |
| 10925 | YUSKO, ANNE MARIE, 704 LEXINGTON DRIVE, PHOENIXVILLE, PA 19460 | |
| 10925 | YUSTEN, ERICA, 10440 PARAMOUNT BLVD APT #A202, DOWNEY, CA 90241 | |
| 10925 | YUSTEN, ERICA, 10440 PARAMOUNT BLVDAPT A202, DOWNEY, CA 90241 | |
| 10925 | YVON COUTURE, VILLA DE LAVAL, QUEBEC, QC H7E 3V6CANADA | *VIA Deutsche Post* |
| 10925 | YVONNE & CO BAKERY INC, 131 DALLAS TOWNE PLAZA, DALLAS, NC 28034 | |
| 10925 | YVONNE E HAJJAR, ONE HOWARD PLACE, BROOKLYN, NY 11215-6008 | |
| 10925 | YVONNE M HEWITT, 3217 TOLLEY ST, CLAREMONT, NC 28610-8553 | |
| 10925 | YVONNE V RIEFER, BIGELOW APTS, PITTSBURGH, PA 15219-0000 | |
| 10925 | YWCA OF CAMBRIDGE, 7 TEMPLE ST, CAMBRIDGE, MA 02139 | |
| 10924 | YWCA, 2101 EAST LAKE STREET, MINNEAPOLIS, MN 55407 | |
| 10925 | YWCA, 230 S. MADISON, GREEN BAY, WI 54301 | |
| 10925 | Y-Z INDUSTRIES, 206 OLD LUBBOCK HWY, SNYDER, TX 79549 | |
| 10925 | Y-Z INDUSTRIES, PO BOX 890, SNYDER, TX 79550 | |
| 10925 | YZENAS JR, JOHN, 428DRIFTWOOD DRIVE, HOBART, IN 46342 | |
| 10925 | YZENAS, CYNTHIA, 428 DRIFTWOOD DRIVE, HOBART, IN 46342 | |
| 10924 | Z AXIS, 2730 THOMAS GRADE, MORGAN HILL, CA 95037 | |
| 10925 | ZABALETA, JOSE, 74-08 2ND FL, BROOKLYN, NY 11209 | |
| 10925 | ZABALETA, LEONARDO, 74-08 5TH AVE, BROOKLYN, NY 11209 | |
| 10925 | ZABELKA, ROBIN, 8459 S 83RD AVE, HICKORY HILLS, IL 60457 | |
| 10925 | ZABICA, ANTON, 4739 EDEN LANE, WICHITA FALLS, TX 76306 | |
| 10925 | ZABIELSKI, DARLENE, 1415 EDGEWOOD LANE, MCHENRY, IL 60050 | |
| 10925 | ZABIELSKI, JOHN, 1415 EDGEWOOD LANE, MCHENRY, IL 60050 | |
| 10925 | ZABIELSKI, RUTH, 2005 FERNWOOD LANE, MCHENRY, IL 60050 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ZABIEREK, DEBRA, 12 WEST ST, METHUEN, MA 01844

10925   ZABKAR, JUDITH, 3592 ASHLAND DR, BETHEL PARK, PA 15102

10925   ZABLOCKI, JAMES, RFD 4 BOX 240, HOPKINTON, NH 03229

10925   ZABLOCKI, REBECCA MARI, 7736 S. HARRISON CIR, LITTLETON, CO 80122

10925   ZAC CATALOGS, 106 ACCESS ROAD, NORWOOD, MA 02062

10925   ZACCARINO, SHIRLEY, 22700 DEBERRY, GRAND TERRACE, CA 92313

10925   ZACCHEO, ANNE, 40 NANCY ROAD, CONCORD, MA 01742

10925   ZACCHEO, ANNE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ZACCHEO, BRIAN, 40 NANCY ROAD, CONCORD, MA 01742

10925   ZACHARIS, ANNE, 6624 SWEET MAPLE LANE, BOCA RATON, FL 33433

10925   ZACHAROFF, ANAMARIA, 517,

10925   ZACHARY SR, WILLIAM E, 804 PINETREE DR, DECATUR, GA 30030-2331

10925   ZACHARY WOLF, 52 A CEDAR DR, GREAT NECK, NY 11021-1936

10925   ZACHARY, YVONNE, 1532 MEWS DR., KANSAS CITY, MO 64131

10925   ZACHMAN, CATHY, 906 RODGERS AVE, GLEN BURNIE, MD 21060

10925   ZACHMAN, JOHN, 406 RODGERS AVE., GLEN BURNIE, MD 21060

10925   ZACHOS, JOHN, 340 PEARL ST, BROCKTON, MA 02401

10924   ZACHRY CONSTRUCTION CO., PO BOX1006, MCKINNEY, TX 75070

10924   ZACK PAINTING, 900 KING GEORGE RD, FORDS, NJ 08863

10924   ZACK PAINTING, 900 KING GEORGES ROAD, FORDS, NJ 08863

10925   ZACK, DEBRA, 325 ROUTE 13, BROOKLINE, NH 03033

10925   ZACK, JEROME, 1050 CITRUS WAY CB39 #97-204, DELRAY BEACH, FL 33445

10925   ZACK, JUDY, 208 HICKORY LANE, MOMENCE, IL 60954

10925   ZACKERY, DARRELL, 36 CLIFF CIRCLE, NEWMAN, GA 30263

10925   ZACLON INC, DEPT N771209, DETROIT, MI 48277-1209

10925   ZACLON INC, DEPT NO 771209, DETROIT, MI 48277-1209

10925   ZACLON INCORPORATED, DEPT N 771209, DETROIT, MI 48277-1209

10925   ZACONET, FELIX, NORTHSTREAM DR, #2, CHARLOTTE, NC 28208

10925   ZADOFF, MICHAEL, 15766 LOCH MAREE, DELRAY BEACH, FL 33446

10925   ZAENTZ, 75 STATE ST, HACKENSACK, NJ 07601

10925   ZAFAR, MAQBOOL, 6131 ROBERTS PLACE, RANCHO CUCAMONGA, CA 91739

10925   ZAFERIOU, DARCY, 73 LAUREL ST, MELROSE, MA 02176

10925   ZAGADA, DOLORES, 439 S. LIVINGTON AVE, LIVINGTON, NJ 07039

10925   ZAGAR, STEVEN, E 1377 NORTHBROOK RD, LUXEMBURG, WI 54217

10925   ZAGARI, RICHARD, 3 TUTTLE COURT, BELLE MEAD, NJ 08502

10924   ZAGLANICZNY TEMPLETE, 2601 COMMERCE BLVD., IRONDALE, AL 35210

10925   ZAGLANICZNY, ANDREW, 42360 KOLLMORGEN, CLINTON TOWNSHIP, MI 48038

10925   ZAGLANICZNY, ANDREW, 42360 KOLLMORGEN, CLINTON TWNSH, MI 48038

10924   ZAGLANICZNY, IRONDALE, AL 35210

10925   ZAGORSKY, RICHARD, 1072 WALT WILLIAMS RD, LAKELAND, FL 33809

10925   ZAGRANICZNY, RICHARD, 6535 NEW MARKET WAY, RALEIGH, NC 27615

10925   ZAHARA, CAROLYN, 26 LONGFELLOW TERR, SPRINGFIELD, MA 01104

10925   ZAHARI, RONALD, 415 E WALNUT, WHEELING, IL 60090

10925   ZAHN, JANET, 27 RITIE ST, PIERMONT, NY 10968

10924   ZAHNER SHEET METAL, & DESIGN / CAFE, 1400 EAST 9TH STREET, KANSAS CITY, MO 64106

10924   ZAHNER SHEET METAL, ***DO NOT USE***, KANSAS CITY, MO 64106

10924   ZAHNER SHEET METAL, 1400 E. 9TH STREET, KANSAS CITY, MO 64106

10924   ZAHNER SHEET METAL, 1400 EAST 9TH STREET, KANSAS CITY, MO 64106

10925   ZAHNER, ROSEMARY, 750 RHOADS DR, SPRINGFIELD, PA 19064

10925   ZAHORA, MARK, 11937 S LAWLER ALSIP IL, ALSIP, IL 60653

10925   ZAHORIK, CHARLES, 1421 WINNIE, GALVESTON, TX 77550

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ZAHOS, MICHAEL, 11 MANAHAN ST, CHELMSFORD, MA 01824

10925   ZAHREN, AMY, 22 BRADSHAW DRIVE, SEWICKLEY, PA 15143

10925   ZAHURAK, STEVEN, CUST FOR ANDREW JAMES ZAHURAK, UNIF GIFT MIN ACT NY, 1070 DAY ROAD, SCHENECTADY, NY 12303-3363

10925   ZAHURAK, STEVEN, CUST FOR TODD STEVEN ZAHURAK, UNIF GIFT MIN ACT NY, 1070 DAY ROAD, SCHENECTADY, NY 12303-3363

10925   ZAIED, SAMIR, 74 BEACH ST, WOBURN, MA 01801

10925   ZAIQ TECHNOLOGIES INC, GENERAL COUNSEL, 78 DRAGON COURT, WOBURN, MA 01888

10925   ZAIQ TECHNOLOGIES, INC, 78 DRAGON COURT, WOBURN, MA 01801

10925   ZAITZ, ANGELA, 442 FERRARA WAY, VISTA, CA 92083-4802

10925   ZAITZEFF, ALEX, 3166 SHRIVER DRIVE, CARSON CITY, NV 89701

10925   ZAJC, SCOTT, 2700 HAWIE DR, MARIETTA, GA 30066

10925   ZAK, JOHN, 1 MCKENZIE AVE, EAST RUTHEFORD, NJ 07073

10925   ZAK, KENNETH, 2070 SANDALWOOD CT, GREEN BAY, WI 54304

10925   ZAK, ROBIN, 6120 SNOWDENS RUN ROAD, ELDERSBURG, MD 21784

10925   ZAKI, NABIL, 13 W 42ND ST, BAYONNE, NJ 07002

10925   ZAKI, NABIL, 367 BROADWAY FL 2, BAYONNE, NJ 07002

10925   ZAKKAK, MADELENE, 17171 ROSCOE BLVD, NORTHRIDGE, CA 91352

10925   ZAKRZEWSKI, WALTER, 15 HIGHLAND WAY, BURLINGTON, MA 01803-2751

10925   ZALEGOWSKI, DENISE, 1621 COMMONWELATH, READING, PA 19607

10925   ZALESCIK, KAREN, 1249 BEAR TAVERN RD., TITUSVILLE, NJ 08560

10925   ZALESKA, ADELCA, 6236A FLAT ROCK RD, COLUMBUS, GA 31907-5752

10925   ZALESKI III, ESQ, MATTHEW G, CAMBELL & LEVINE, LLC, 1201 N MARKET ST CHASE MANHATTAN CENTRE, 15TH FLR, WILMINGTON, DE 19801

10925   ZALESKY, LAWRENCE, 617 29TH ST. SE, CEDAR RAPIDS, IA 52403

10925   ZALEWSKI, KARI, 10914 W. MARION ST, WAUWATOSA, WI 53222

10925   ZALLER, THOMAS, 206C WHITE SCHOOL RD, GREENSBURG, PA 15601

10925   ZAMARRIPA, DOMINGO, 417 E. JUAREZ, PHARR, TX 78577

10925   ZAMARRIPA, JOHNNY, 1412 TALMAGE, ALVIN, TX 77511

10925   ZAMARRIPA, MARIO, 136 MARTIN DRIVE, LIVINGSTON, TX 77351

10925   ZAMBARDINO SR, JOSEPH, PO BOX 1211, LA PORTE, TX 77572-1211

10925   ZAMBRANA, JULIO, 9306 BRAEBURN GLEN, HOUSTON, TX 77074

10925   ZAMLER, MELLEN & SHIFFMAN, PC, 23077 GREENFIELD ROAD, SUITE 557, SOUTHFIELD, MI 48075

10925   ZAMOJSKI, DANIEL, 115 WEST MATTESON, DYER, IN 46311

10925   ZAMORA, AGUSTINA, 4145 FOLSOM ST., LOS ANGELES, CA 90063

10925   ZAMORA, ANAVELIA, 3400 FRANCISCA, MCALLEN, TX 78501

10925   ZAMORA, FLORENCIO, 219 VERA CRUZ ST, HEREFORD, TX 79045

10925   ZAMORA, JACKIE, 3766 ROCKDALE DRIVE, DALLAS, TX 75220

10925   ZAMORA, JAMIE, 5276 CULBREATH ROAD, BROOKSVILLE, FL 34601

10925   ZAMORA, MELVIN, 4866 WASHTENAW, CHICAGO, IL 60625

10925   ZAMORA, ROSALINDA, 930 FLAGG, LAREDO, TX 78046

10925   ZAMORA, SUSAN, 3318 W 63RD PLACE, CHICAGO, IL 60629

10925   ZAMORA, TRACY, 333 E. 5TH ST., MERCEDES, TX 78570

10925   ZAMORSKI, CONSTANCE, 87 LOUISE DRR, MANVILLE, NJ 08835

10925   ZANDER, KAREN, 506 CORWIN LANE, FORT WAYNE, IN 46816

10925   ZANDONATTI, JOSEPH, PO BOX 7274, VICTORIA, TX 77905

10925   ZANDONATTI, RONALD, 1721 MILAM, VICTORIA, TX 77901

10925   ZANE W BELL &, LINDA WEITZ BELL JT TEN, 113 CHESTNUT HILL RD, OAK RIDGE, TN 37830-7113

10925   ZANE WILLIAM BELL & LINDA ANN, WEITZ BELL JT TEN, 113 CHESTNUT HILL RD, OAK RIDGE, TN 37830-7113

10925   ZANGARO, PATRICIA, 144 N 8TH AVE, MANVILLE, NJ 08835

10925   ZANGHI, PHIL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ZANGHI, PHILIP, 10 MARY JANE ROAD, FRANKLIN, MA 02038 | |
| 10925 | ZANGHI, PHILLIP, 10 MARY JANE RD, FRANKLIN, MA 02038-3042 | |
| 10925 | ZANNI, ANTHONY L & ANGELINA, AND JANET HOWARTH JT TEN, 3 MERLIN PLACE, LONDONDERRY, NH 03053-3949 | |
| 10925 | ZANNINOS CATERING, 7770 GOUGH ST, BALTIMORE, MD 21224 | |
| 10925 | ZANNINOS CATERING, 7770 GOUGH ST., BALTIMORE, MD 21224 | |
| 10925 | ZAORSKI, JAMES, 1850 PERKIOMEN AVE, READING, PA 19606 | |
| 10925 | ZAORSKI, MICHAEL, 1850 PERKIOMEN AV, READING, PA 19606 | |
| 10925 | ZAPATA CORPORATION OF AMERICA, INC, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10924 | ZAPATA ENVASES S.A. DE C.V., COL CENTRO, CUAUTITLAN, 54800MEXICO | *VIA Deutsche Post* |
| 10924 | ZAPATA HIGH SCHOOL, INTERSECTION HWY 83 & HWY 15, ZAPATA, TX 78076 | |
| 10925 | ZAPATA TECHNOLOGIES, POBOX 2278, HAZLETON, PA 18201 | |
| 10925 | ZAPATA, ENRIQUE, 1028 CROSBY ST, SAN DIEGO, CA 92113 | |
| 10925 | ZAPATA, JOCELYN, 80-09 35TH AVE, JACKSON HTS, NY 11372 | |
| 10925 | ZAPATA, MARIA DE JE, 6620 S 33RD ST, MC ALLEN, TX 78503 | |
| 10925 | ZAPATA, MARTHA, 8470 S W 156 CT, MIAMI, FL 33193 | |
| 10925 | ZAPATA, RAUL, 3551 36TH ST, SAN DIEGO, CA 92104 | |
| 10925 | ZAPATA, RHONDA, 5647 SOUTH ACADEMY, DEL REY, CA 93616 | |
| 10925 | ZAPCZYNSKI, MARY, 1328 WHITEHALL DR., BOSSIER CITY, LA 71112 | |
| 10925 | ZAPOTOCZNY, JOHN, 222 SCHOOL ST, WEIRTON, WV 26062 | |
| 10925 | ZAPP, OTTO, 719 N. 20TH, ORD, NE 68862 | |
| 10925 | ZAPPALA, TIMOTHY, 8 PRESERVATION WAY, WESTFORD, MA 01886 | |
| 10925 | ZAPPULLA, BARBARA, 11813 SUNCHASE CT, BOCA RATON, FL 33498 | |
| 10925 | ZAPPULLA, RICHARD S, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | ZAPPULLA, RICHARD, 11813 SUNCHASE COURT, BOCA RATON, FL 33498 | |
| 10925 | ZARAGOZA, DONNA, 5135 SO MCVICKER, CHICAGO, IL 60638 | |
| 10925 | ZARCO JT TEN, RAUL & GRACIELA V, 6919 AZALEA CT, RANCHO CUCAMONGA, CA 91739-1652 | |
| 10925 | ZARCO, RAUL, 6919 AZALEA CT, RANCHO CUCAMONGA, CA 91739-1652 | |
| 10925 | ZAREMBSKI, PAUL, 1435 W BELLE PLAINE, CHICAGO, IL 60613 | |
| 10925 | ZAREMBY, FRED, 6914 FINAMORE CIRCLE, LAKE WORTH, FL 33467 | |
| 10925 | ZAREMBY, FRED, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | ZARIN, MURRAY I, CUST FOR JANE SANDOR ZARIN, UNIF GIFT MIN ACT NY, 10 LIGHTHOUSE RD, GREAT NECK, NY 11024-1138 | |
| 10925 | ZARITSKIY, ALEKSANDR, 7705 HAMPTON AVE, LOS ANGELES, CA 90056 | |
| 10925 | ZARKE, JOSEPHINE, 62-59 108TH ST APT 3T, 3T, FOREST HILLS, NY 11375 | |
| 10925 | ZARNFALLER, ERICH, PO BOX 2025, STAMFORD, CT 06906 | |
| 10925 | ZAROFF, LORA, 9322 CHERRY HILL RD, COLLEGE PARK, MD 20740 | |
| 10925 | ZART, PAULA, 1607 COTTAGE AVE, BETHLEHEM, PA 18018 | |
| 10925 | ZAR-TECH, 17 MALCOLM HOYT DR, NEWBURY PORT, MA 01950-4017 | |
| 10925 | ZARTLER, BETH ANN, 900 MICKLEY RD., WHITEHALL, PA 18052 | |
| 10925 | ZARTLER, RICHARD, 2013 DUBLIN ROAD, PLANO, TX 75094 | |
| 10925 | ZARUBA, MARY, 3712 9TH ST, BALTIMORE, MD 21225 | |
| 10925 | ZASTROW JT TEN, RONALD C & LUCILLE B, 2760 HOWARD AVE, LAKEPORT, CA 95453-6912 | |
| 10925 | ZASTROW, CINDY, 6637 RANCHITOS, ALBUQUERQUE, NM 87109 | |
| 10925 | ZASTROW, ELDOR, N3264 TWELVE CORNERS, APPLETON, WI 54915-9735 | |
| 10925 | ZAUGG, CARL, R.D. #1, MILLERSBURG, OH 44654 | |
| 10925 | ZAVACKI, JOSEPH, 770 OLD FARM RD, BRIDGEWATER, NJ 08807 | |
| 10925 | ZAVADSKIY, PAVEL, 7 TENTMILL LANE #K, PIKESVILLE, MD 21208 | |
| 10925 | ZAVAGNIN, MICHAEL, 5238 MANITU CT. SW, LILBURN, GA 30247 | |
| 10924 | ZAVALA ELEMENTARY SCHOOL, 310 ROBERT MARTINEZ JR. ST., AUSTIN, TX 78702 | |
| 10925 | ZAVALA, ANGEL, 36683 RUSCHIN DRIVE, NEWARK, CA 94560 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ZAVALA, JOAQUIN, 35607 NEWARK BLVD, NEWARK, CA 94560 | |
| 10925 | ZAVALA, JOSE, 2704 POINSETTIA, DALLAS, TX 75211 | |
| 10925 | ZAVALA, VICENTE, 36683 RUSCHIN DRIVE, NEWARK, CA 94560 | |
| 10925 | ZAVATTARO, MARK, 27B HILLCREST DR., WAYNE, NJ 07470 | |
| 10925 | ZAVIS, SANDRA, 18 MARUDY DR, CLINTON, NJ 08809 | |
| 10925 | ZAVORAL, BERNICE, 1235 FAIRMONT AVE, ST. PAUL, MN 55105 | |
| 10925 | ZAVORAL, GEORGE, 4721 EWING AVE.. SOUTH, MINNEAPOLIS, MN 55488 | |
| 10925 | ZAWACKI, SANDRA JEAN, 69 MORRIS RD, HIGGANUM, CT 06441 | |
| 10924 | ZAWADA SUPPLY, 1009 MAIN ST., NIAGARA, WI 54151 | |
| 10925 | ZAWATSKY, MICHAEL, 17431 BLYTHE ST, NORTHRIDGE, CA 91325 | |
| 10925 | ZAWILLA, JANET, 341 FAWCETT CHURCH, BRIDGEVILLE, PA 15017 | |
| 10925 | ZAWITOSKI, JOHN, 3769 STEPPINGSTONE LANE, BURTONSVILLE, MD 20866 | |
| 10925 | ZAYAS, JOSE, 15 FRANCINE DRIVE, TRENTON, NJ 08610 | |
| 10925 | ZAYAS, NELSON, 40 BRUENIG AVE, TRENTON, NJ 08638 | |
| 10925 | ZAYAS, TEOFILO, 347 CHESTNUT AVE, WOODLYNNE, NJ 08107 | |
| 10925 | ZAYDENVERG, VICTOR, 2062 GRANT AVE APT#8, PHILADELPHIA, PA 19115 | |
| 10925 | ZAZAC, GINA, 828 JOAN DRIVE, NORTH VERSAILLES, PA 15137 | |
| 10925 | ZAZRA, JAMES, 449 VALLEY VIEW ROAD, ENGLEWOOD, NJ 07631 | |
| 10925 | ZBANEK, WILLIAM, 1517 CURTIS BRG RD NE, SWISHER, IA 52338 | |
| 10925 | ZBIEGIEN, MARY, 4200 WEST HILLCREST DRIVE, 104, GREENFIELD, WI 53221 | |
| 10925 | ZD JOURNALS, PO BOX 23809, ROCHESTER, NY 14692-3809 | |
| 10925 | ZD JOURNALS, PO BOX 35720, LOUISVILLE, KY 40232-5720 | |
| 10925 | ZD JOURNALS, POBOX 35720, LOUISVILLE, KY 40232-5720 | |
| 10925 | ZDROJ, EDWARD, 509 N MIDDLE ST, FARMINGTON, MO 63640 | |
| 10925 | ZEBINE, L, 526 ELWYN AVE 1ST FL, SPRINGDALE, PA 15144 | |
| 10925 | ZEBLEY, T, 805 SANDY LANE, MILLSBORO, DE 19966 | |
| 10925 | ZEBROWSKI, BARBARA, 18 TELLER DR, ASHLAND, MA 01721 | |
| 10925 | ZECCA, ANGELICA A, 6620 S 33RD ST, MCALLEN, TX 78503 | |
| 10925 | ZECCHINO, PATRICK, 126 HAZLET AVE, HAZLET, NJ 07730 | |
| 10925 | ZECCO INC, 345 WEST MAIN ST, NORTHBORO, MA 01532 | |
| 10925 | ZEDDIE H BERNHARDT, 1499 ELM AVE, ELDERSBURG, MD 21784-6523 | |
| 10925 | ZEE MEDICAL INC, 1226 ZONOLITE ROAD S.C. #134, ATLANTA, GA 30306 | |
| 10925 | ZEE MEDICAL INC, PO BOX 1210 - S.C. #134, INDIAN TRAIL, SC 28079 | |
| 10925 | ZEE MEDICAL PRODUCTS & TRAINING SVC, PO BOSX 8003, WILLOUGHBY, OH 44096-8003 | |
| 10925 | ZEE MEDICAL SERVICE CO #52, 2745B LEISCZS BRIDGE RD, READING, PA 19605 | |
| 10925 | ZEE MEDICAL SERVICE CO, PO BOX 15069, ATLANTA, GA 30333-0069 | |
| 10925 | ZEE MEDICAL SERVICE CO, PO BOX 2928, DECATUR, GA 35602 | |
| 10925 | ZEE MEDICAL SERVICE CO, PO BOX 29449, SAN JUAN, PR 00929-0449 | |
| 10925 | ZEE MEDICAL SERVICE CO., #20 R HENSHAW ST, WOBURN, MA 01801 | |
| 10925 | ZEE MEDICAL SERVICE CO., 2845 S. WORKMAN MILL ROAD, WHITTIER, CA 90601 | |
| 10925 | ZEE MEDICAL SERVICE CO., 5825 COMMON ST., LAKE CHARLES, LA 70605 | |
| 10925 | ZEE MEDICAL SERVICE INC, POBOX 5620, HOLLYWOOD, FL 33083 | |
| 10925 | ZEE MEDICAL SERVICE, 20 R HENSHAW ST, WOBURN, MA 01801 | |
| 10925 | ZEE MEDICAL SERVICE, 605 LEMOYNE RD., NORTHWOOD, OH 43619-1811 | |
| 10925 | ZEE MEDICAL SERVICE, PO BOX 35, SOUTH HOUSTON, TX 77587-0035 | |
| 10925 | ZEE MEDICAL SERVICE, PO BOX 6050, HILLIARD, OH 43026-6050 | |
| 10925 | ZEE MEDICAL SERVICE, POBOX 45761, OMAHA, NE 68145-0761 | |
| 10925 | ZEE MEDICAL SERVICES CO., PO BOX 4175 S.C. #136, TIMONIUM, MD 21094 | |
| 10925 | ZEE MEDICAL SERVICES, PO BOX 35, SOUTH HOUSTON, TX 77587 | |
| 10925 | ZEE MEDICAL, INC, PO BOX 35, SOUTH HOUSTON, TX 77587 | |
| 10925 | ZEE MEDICAL, PO BOX 4175, TIMONIUM, MD 21094 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ZEE MEDICAL,INC, 9 WHIPPANY RD, WHIPPANY, NJ 07981 | |
| 10925 | ZEE SERVICE CO, 2845 S.WORKMAN MILL ROAD, WHITTIER, CA 90601 | |
| 10925 | ZEE SERVICE CO., 20 WEST STOW RD.-UNIT 9, MARLTON, NJ 08053-3115 | |
| 10925 | ZEE SERVICE CO., PO BOX 29099, SHREVEPORT, LA 71149-9099 | |
| 10925 | ZEE SERVICE COMPANY, 605 LEMOYNE ROAD, NORTHWOOD, OH 43619 | |
| 10925 | ZEE SERVICE COMPANY, PO BOX 4, BROOKFIELD, WI 53008-0004 | |
| 10925 | ZEE SERVICE COMPANY, POBOX 5620, HOLLYWOOD, FL 33083 | |
| 10925 | ZEE SERVICE COMPANY, POBOX 911, BURNSVILLE, MN 55337 | |
| 10924 | ZEELAND CHEMICALS, 215 CENTENNIAL STREET, ZEELAND, MI 49464 | |
| 10924 | ZEELAND CHEMICALS, 215. N. CENTENNIAL STREET, ZEELAND, MI 49464 | |
| 10925 | ZEFF PHOTO SUPPLY CO.INC., POBOX 311, BELMONT, MA 02478-0910 | |
| 10925 | ZEGA, ANTHONY, 23 MANSION DRIVE, TOPSFIELD,, MA 01983-1109 | |
| 10925 | ZEHENDER, MICHAEL, 4400 HARDY ST., HATTIESBURG, MS 39402 | |
| 10925 | ZEHNER, BRYAN, 7014 ZENTIH CT, LIBERTY TWP, OH 45011 | |
| 10925 | ZEHNER, LEWIS, PO BOX 51, LEAKESVILLE, MS 39451 | |
| 10925 | ZEHREN, KATHRYN, 275 SPRINGHILL DRIVE, 204, ROSELLEC, IL 60172 | |
| 10925 | ZEICHNER, SUSAN, 6530 INDEPENDENCE AV, #365, CANOGA PARK, CA 91303 | |
| 10925 | ZEIDEL UNIFORMS INC., 203 SIXTH ST, WEST PALM BEACH, FL 33401 | |
| 10924 | ZEIDLER CONCRETE PRODUCTS, 1001 NEWELL, WATERLOO, IA 50703 | |
| 10924 | ZEIDLER CONCRETE PRODUCTS, BOX 1320, WATERLOO, IA 50704 | |
| 10924 | ZEIDLER CONCRETE, PO BOX1320, WATERLOO, IA 50704 | |
| 10925 | ZEIDLER ROBERTS PTNRSP/ARCHITECT, AIRD & BERLIS, BCE PLACE, BOX 754, 181 BAY ST #1800, TORONTO, ON M5J2T9CANADA | *VIA Deutsche Post* |
| 10925 | ZEIGEN, KENNETH, 1230 N ST PKWY 14C, CHICAGO, IL 60610 | |
| 10925 | ZEIGENFUSE, ALICE, 1020 THOMAS ROAD, GLEN BURNIE, MD 21060 | |
| 10925 | ZEIGLER & JOHNSON PC, MR PETER JOHNSON, 2211 NORFOLK, SUITE 425, HOUSTON, TX 77098 | |
| 10925 | ZEIGLER, TIMOTHY, 5616 N 11TH ST, PHILA PA, PA 19141 | |
| 10925 | ZEIHER, DOROTHY, 5232 SECLUDED OAKS, ORLANDO, FL 32812 | |
| 10925 | ZEIMETZ, FRANK, APARTADO 1370 PANAMA 1, PANAMA, PANAMA | *VIA Deutsche Post* |
| 10925 | ZEIMETZ, FRANK, PTY050, PO BOX 25275, MIAMI, FL 33102 | |
| 10925 | ZEITLER, BONNIE, 2449 ST PATS DR, GREEN BAY, WI 54313 | |
| 10925 | ZEITLER, GEORGE, 1887 S PINE TREE RD, DE PERE, WI 54115 | |
| 10925 | ZEITZ, ARA, 8649 GEREN RD, SILVER SPRING, MD 20901 | |
| 10925 | ZEKES QUICK TOW INC, 6710 NW 15TH WAY, FORT LAUDERDALE, FL 33309 | |
| 10924 | ZEKS AIR DRIER CORP, MALVERN INDUSTRIAL PK, MALVERN, PA 19355 | |
| 10924 | ZEKS AIR DRIER CORPORATION, 1302 GOSHEN PARKWAY, WEST CHESTER, PA 19380 | |
| 10924 | ZEKS AIR DRIER CORPORATION, PO BOX 2660, WEST CHESTER, PA 19380 | |
| 10925 | ZELAC, STEVEN E, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | ZELAC, STEVEN, 3010 SUSANNE COURT, OWINGS MILLS, MD 21117 | |
| 10925 | ZELAC, STEVEN, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | ZELASKI, DAVID, RT 1 BOX 154W, STOKES, NC 27884 | |
| 10925 | ZELAYA, ESTEBAN, 1418 BELMONT ST, WASHINGTON, DC 20009 | |
| 10925 | ZELAYAII, CARLOS A, 2200 JACKSON BLVD, CHALMETTE, LA 70043 | |
| 10925 | ZELDA V BARTUS TR UA AUG 13 96, BARTUS LIVING TRUST, 2110 WINCHELL DR, ANN ARBOR, MI 48104-4775 | |
| 10925 | ZELEK, ALBIN, 4672 FLEMING, DEARBORN HGT, MI 48125 | |
| 10925 | ZELENCICH, JUDITH, 39 VANBUREN AVE, WESTWOOD, NJ 07675 | |
| 10925 | ZELEZNIK, GEORGE, 11218-A AVALANCHE WAY, COLUMBIA, MD 21044 | |
| 10925 | ZELHART, BARBARA, 1145 N 12000 E RD, MOMENCE, IL 60954 | |
| 10925 | ZELHART, CANDACE, RR2 BOX 334, MOMENCE, IL 60954 | |
| 10925 | ZELHART, PAULA, 209 ST JAMES CT, MOMENCE, IL 60954 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ZELKOWITZ, STEPHEN W, CUST FOR JULIET SARA ZELKOWITZ, UNIF GIFT MIN ACT OH, 1099 HOUSTON MILL ROAD, ATLANTA, GA 30329-3851

10925  ZELL, CRAIG, 325 WOODVALE DR, DEFOREST, WI 53562

10925  ZELLAR, JERRY, 508 STONEVIEW DRIVE, NEW ALBANY, IN 47150

10924  ZELLER PLASTIK, INC., 1515 FRANKLIN BOULEVARD, LIBERTYVILLE, IL 60048

10925  ZELLER, AUGUST, 4638 SANDYDALE, HOUSTON, TX 77039

10925  ZELLER, BRENT, PO BOX 84, PIERRE PART, LA 70339

10925  ZELLER, PAUL, 10602 STONEBRIDGE BLVD, BOCA RATON, FL 33498

10925  ZELLER, SUSAN, 2 PLASIC ROAD, MERRIMACK, NH 03054

10924  ZELLERBACH - DO NOT USE, PO BOX 750490, DAYTON, OH 45475-0490

10924  ZELLERBACH A MEAD CO, PO BOX750490, DAYTON, OH 45475-0490

10924  ZELLERBACH A MEAD COMP., PO BOX 750490, DAYTON, OH 45475-0490

10924  ZELLERBACH CO, 4000 E UNION PACIFIC, LOS ANGELES, CA 90023

10924  ZELLERBACH, 9450 ALLEN DRIVE, CLEVELAND, OH 44125-4690

10924  ZELLERBACH, A MEAD COMP, PO BOX 750490, DAYTON, OH 45475-0490

10924  ZELLERBACH, CAMBRIDGE, MA 02140

10925  ZELLERBACH, DEPT. #7115, LOS ANGELES, CA 90088-7115

10925  ZELLERBACH, DRAWER CS 100889, ATLANTA, GA 30384-0889

10925  ZELLERBACH, PO BOX 73154, CHICAGO, IL 60673-7154

10924  ZELLERBACH, PO BOX 750490, DAYTON, OH 45475-0490

10925  ZELLERS, ROBERT, 3505 N. 28 1/2, MCALLEN, TX 78501

10925  ZELLERS, THOMAS, PO BOX 913, EL SEGUNDO, CA 90245-0913

10925  ZELLMER, DALE, 3612 N 78TH ST, MILWAUKEE, WI 53222

10925  ZELLMER, ERVIN, RURAL ROUTE 4 BOX 196, ATLANTIC, IA 50022

10925  ZELLMER, TERRY, W4285 VALLEY VIEW DRIVE, FREDONIA, WI 53021

10924  ZELLNER PLASTERING, BELMONT HIGH SCHOOL, LOS ANGELES, CA 90050

10925  ZELLNER, DAVID, 1517 SUBURBAN DR, DE PERE, WI 54115

10925  ZELLNER, JONATHAN, 2803 DELTA, WICHITA FALLS, TX 76308

10925  ZELLNER, MARK, 4113 BERWICK, WICHITA FALLS, TX 76309

10924  ZELLNER, S.W. POLICE STATION, LOS ANGELES, CA 90050

10925  ZELLWEGER ANALYTICS INC, POBOX 60961, CHARLOTTE, NC 28260-0961

10925  ZELLWOOD HARDWARE & SUPPLY, PO BOX 1240, ZELLWOOD, FL 32798

10925  ZELLWOOD SUPERFUND SITE, ORANGE COUNTY, ZELLWOOD, FL

10924  ZELNER PLASTERING, MESA VERDA MIDDLE SCHOOL, SAN DIEGO, CA 92119

10924  ZELNER PLASTERING, MORENO VALLEY JR. COLLEGE, MORENO VALLEY, CA 92552

10925  ZELONIS, JAMES, 112 PATRICIA LANE, DRACUT, MA 01826

10925  ZELTSER, YANINA, 291 MCCLOUD DRIVE, FORT LEE, NJ 07024

10925  ZEMA, ROSE, 46-88 188TH ST, FLUSHING, NY 11358

10925  ZEMBER, JUDITH, 73 EAST ST, LUDLOW, MA 01056

10925  ZEMEX MICA CORPORATION, PO BOX 277, SPRUCE PINE, NC 28777

10925  ZEMLICKA, MICHAEL, W58 N1009 ESSEX DR, CEDARBURG, WI 53012

10925  ZEMULY S FEMRITE, 325 E JEFFERSON, KOSCIUSKO, MS 39090-3719

10925  ZEN, JOSEPH, 3050 NORMANDY, CHICAGO, IL 60634

10925  ZENDE, CHARLES, 505 E SILVERLEAF ST, GREER, SC 29650

10925  ZENDEJAS, VALDEMAR, 1739 ARLENE WAY, PERRIS, CA 92570

10925  ZENDELL, GARY, 9137 HELAINE HAMLET WAY, COLUMBIA, MD 21045

10925  ZENECA INC, BRIAN A SPILLER GENERAL MANAGER,

10925  ZENECA INC, PO BOX 751822, CHARLOTTE, NC 28275-1822

10924  ZENECA PRODUCTS, 1200 S. 47TH ST., RICHMOND, CA 94804

10925  ZENECA RESINS, POBOX 75297, CHARLOTTE, NC 28275

10925  ZENECA, INC, PO BOX 751822, CHARLOTTE, NC 28275

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ZENEK, CINDY, 516 W 5 ST, MOMENCE, IL 60954

10925 ZENEK, KOULA, 516 W 5TH ST, MOMENCE, IL 60954

10925 ZENEK, SHARON, 516 W FITH, MOMENCE, IL 60954

10925 ZENELI, JERRY, 240 BAY 14TH ST, BROOKLYN, NY 11214

10925 ZENG, JING, 2820 BROADMEAD APT 1319, HOUSTON, TX 77025

10925 ZENG, SAI HUAN, 61 SELKIRK ROAD, BROOKLINE, MA 02146

10925 ZENICA RESINS, 730 MAIN ST, WILMINGTON, MA 01887

10925 ZENIECKI, PAULA, 5517 N. 69TH ST, MILWAUKEE, WI 53218

10925 ZENISEK, RANDY, 1004 LAREDO DRIVE, DOUGLAS, WY 82633

10925 ZENITH ELECTRONICS CORP OF TEXAS, WAREHOUSE #800, ATTN N BARRALES PLANT#14, BROWNSVILLE, TX 78520

10925 ZENITH ELECTRONICS CORP, JOHN L VAN ZEYL SR ATTY, 1000 MILWAUKEE AVE, GLENVIEW, IL 60025-2493

10925 ZENITH ELECTRONICS, 12170 ROJAS DR, EL PASO, TX 79936

10925 ZENITH ELECTRONICS, 1501 TEJANO ROAD, HIDALGO, TX 78557

10925 ZENITH ELECTRONICS, PO BOX 9100, MCALLEN, TX 78502

10925 ZENITH ELECTRONICS, PO BOX 9100, MCALLEN, TX 78503

10924 ZENITH GOLDLINE PHARM., 4400 BISCAYNE BLVD, MIAMI, FL 33137

10924 ZENITH GOLDLINE PHARM., 50 N.W. 176TH STREET, MIAMI, FL 33169

10925 ZENMAR PNEUMATIC TOOLS INC., PO BOX 129, COCKEYSVILLE, MD 21030-0129

10925 ZENMAR PNEUMATIC TOOLS, INC, 243 COCKEYSVILLE RD., SUITE E, COCKEYSVILLE, MD 21030-0129

10925 ZENNA, WARREN, 233 WEST 77TH ST, NEW YORK, NY 10024

10925 ZENO MBM, 98 ANNEX 699, ATLANTA, GA 30398-0699

10925 ZENO, JUANITA, 9278 CAL ROAD, BATON ROUGE, LA 70809

10925 ZENOBIA SHRINE CIRCUS, 1511 MADISON AVE, TOLEDO, OH 43624

10925 ZENOBIA V CHAMBERLAIN, TR UA APR 18 90 FBO, ZENOBIA V CHAMBERLAIN ET AL, 8732 VIKING LANE, LAKELAND, FL 33809-1749

10925 ZENON PODUBYNSKYJ, PO BOX 1033, BRIDGEPORT, CT 06601-1033

10925 ZENONE, DEBORAH, BOX 313 X RD #5, WASHINGTON, PA 15301

10925 ZENTGRAF, FREDERICK, 643 N WYOMISSING BLV, WYOMISSING, PA 19610

10925 ZENTNER, EUGENE, 3240 WESTMINSTER DR SE, KENTWOOD, MI 49512

10925 ZENTNER, KIRK, 2309 CARLING DRIVE, 3, MADISON, WI 53711

10925 ZEOLI, JOAN, 6 HIGHLAND AVE, LEXINGTON, MA 02173

10925 ZEOLI, RICHARD, 6 HIGHLAND AVE, LEXINGTON, MA 02173

10925 ZEOLYST INTERNATIONAL, PO BOX 830, VALLEY FORGE, PA 19482-0830

10925 ZEON CHEMICALS LP, SECTION 685, LOUISVILLE, KY 40289

10925 ZEP MANUFACTURING CO, POBOX 530737, ATLANTA, GA 30353-0737

10925 ZEP MANUFACTURING CO., 6650-C BUSINESS PKWY, ELKRIDGE, MD 21075

10925 ZEP MANUFACTURING CO., 8230-D SANDY COURT, JESSUP, MD 20194

10925 ZEP MANUFACTURING CO., PO BOX 382012, PITTSBURGH, PA 15250-8012

10925 ZEP MANUFACTURING CO., POBOX CH10697, PALATINE, IL 60055-0697

10925 ZEP MANUFACTURING COMPANY, DEPT LA21294, PASADENA, CA 91185-1294

10925 ZEP MANUFACTURING COMPANY, PO BOX 3159, BROCKTON, MA 02404

10925 ZEPEDA INSTRUMENTS, 615 ALOHA ST, SEATTLE, WA 98109

10925 ZEPEDA, ANA, 400 BITTERS RD., SAN ANTONIO, TX 78216

10925 ZEPEDA, HECTOR, BOX 3103, HIDALGO, TX 78557

10925 ZEPEDA, JOSE, 2820 ROSS, LAREDO, TX 78043

10925 ZEPEDA, KIMBERLY, 6827 HILLSIDE BLUFF, SAN ANTONIO, TX 78233

10925 ZEPHYRHILLS NATURAL SPRING WATER, PO BOX 52214, DALLAS, TX 85072

10925 ZEPHYRHILLS, PO BOX 85111, LOUISVILLE, KY 40285-5111

10925 ZEPPETELLI, CECILIA, 32-69 45 ST, ASTORIA, NY 11103

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | ZERA CONSTRUCTION COMPANY, 7800 LEHIGH AVENUE, NILES, IL 60714 | |
| 10925 | ZERBE, BETH, 4340 MC CONNELL ST, MADISON, WI 53711 | |
| 10925 | ZERBE, KELLY, RD#4 BX 4937 GOLF CRS RD, BIRDSBORO, PA 19508 | |
| 10925 | ZERBONI, KATHLEEN, 11106 SAGECREST LANE, HOUSTON, TX 77089 | |
| 10925 | ZERHUSEN, HENRY, 5055 DRY WELL COURT, COLUMBIA, MD 21045 | |
| 10925 | ZERILLI, KATHLEEN, 365 JACARANDA DRIVE, PLANTATION, FL 33324 | |
| 10925 | ZERNA, LILIBETH, 1301 S. 6TH ST APT # E-2, MCALLEN, TX 78501 | |
| 10924 | ZERO BREEZE CO, 4120 CLIFTON AVE, CINCINNATI, OH 45212 | |
| 10925 | ZESTA ENGINEERING LTD, 212 WATLINE AVE, MISSISSAUGA, ON L4Z 1P4CANADA | *VIA Deutsche Post* |
| 10925 | ZETA RECORDING, 6549 ANGOLA RD, HOLLAND, OH 43528 | |
| 10925 | ZETON INC, 5325 HARVESTER RD, BURLINGTON, ON L7L 5K4CANADA | *VIA Deutsche Post* |
| 10925 | ZEVALLOS, AILEEN, 4949 MARBRISA DR, TAMPA, FL 33624 | |
| 10925 | ZEVON, RENEE S, 8545 JARED WAY, BOCA RATON, FL 33433 | |
| 10925 | ZEVON, RENEE, 10132 BOCA PALM DRIVE, BOCA RATON, FL 33498 | |
| 10925 | ZEY, SCOTT, 1313 CHARLES ST, DEPERE, WI 54115 | |
| 10925 | ZEYGER, GALINA, 5 AUTUMN DRIVE, BEDFORD, MA 01730 | |
| 10925 | ZEZNANSKI, LISA, 217 MONTANA AVE, SOUTH MILWAUKEE, WI 53172 | |
| 10925 | ZEZULAK, GEORGE, 5143 S MASSASOIT, CHICAGO, IL 60638 | |
| 10925 | ZHAGRUS ENVIRONMENTAL, INC, 46 W. BROADWAY, STE. 130, SALT LAKE CITY, UT 84101 | |
| 10925 | ZHANG PH.D, ZHIYI (JERRY), 1101 LAGUILLE CT APT #3, ROLLA, MO 65401 | |
| 10925 | ZHANG SU QIANG, BLK 201 BUKIT BOTAK ST 21, 17 162, 650201SINGAPORE | *VIA Deutsche Post* |
| 10925 | ZHANG, HAO, 1055 EDGEWOOD LANE, FORTLEE, NJ 07024 | |
| 10925 | ZHANG, JANE, 2 BARON PARK LANE, BURLINGTON, MA 01803 | |
| 10925 | ZHANG, JIAN, 530 MONTGOMERY CT, COLUMBUS, OH 43210 | |
| 10925 | ZHANG, JIM, 571 HAMMOND ST, CHESTNUT HILL, MA 02167 | |
| 10925 | ZHANG, JINWEN, 410 MERRILL LANE #11, DRACUT, MA 01826 | |
| 10925 | ZHANG, SHI, 3300 SYDENHAM ST, FAIRFAX, VA 22031 | |
| 10925 | ZHANG, XUAN, 2 MIKAILA WAY, WOBURN, MA 01801 | |
| 10925 | ZHANG, YUGANG, 950 MAIN ST BOX 2388CLARK UNIVERSITY, WORCESTER, MA 01610 | |
| 10925 | ZHANG, ZHIYI, 96 RICHARDSON ROAD B-22, N CHELMSFORD, MA 01863 | |
| 10925 | ZHAO, XINJIN, 1731 CATTAIL MEADOWS DRIVE, WOODBINE, MD 21797 | |
| 10925 | ZHAO, XINJIN, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | ZHIYI ZHANG, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | ZHOU, JEANNA, 8200 KRAMER COURT, #2D, GLEN BURNIE, MD 21061 | |
| 10924 | ZHU HAI LSO ENDS PACKAGING LTD, HONGQUI ROAD WEST HONGQUI DISTRICT, ZHUHAI, 0CHN | *VIA Deutsche Post* |
| 10925 | ZHU, CHANG, 541 LEAGUE AVE, LA PUENTE, CA 91744-3424 | |
| 10925 | ZHU, GAOYONG, 3 CRAWFORD RD, MORRIS PLAINS, NJ 07950 | |
| 10925 | ZHU, JIAN-, 5 MISSION PARK DR, BOSTON, MA 02115 | |
| 10925 | ZHU, XIAOFEI, 908 BALTIC ST, MEMPHIS, TN 38112 | |
| 10925 | ZIADEH, SAM, 8159 CHASE DRIVE, ARVADA, CO 80003 | |
| 10924 | ZIAKAM CONSTRUCTION, BROWER ROAD, LIMA, OH 45801 | |
| 10925 | ZIARKO, GREG, 8167 VINEYARD AVE, RANCHO CUCAMONGA, CA 91730 | |
| 10925 | ZICCARDI, GEORGIA, 21391 BRETON LANE, HUNTINGTON BE, CA 92646 | |
| 10925 | ZICCARDI, RICHARD, 22 BARONE DRIVE, CORAM, NY 11727-3084 | |
| 10925 | ZICK, BARBARA G & SUSAN MARY, AND LINDA M CAMERON JT TEN, 25825 HURON, ROSEVILLE, MI 48066-4938 | |
| 10925 | ZICK, JOHN, 85-10 LITTLE NECK PKWY, FLORAL PARK, NY 11004 | |
| 10925 | ZICKEFOOSE, CLARK, 4095 NE 45TH DRIVE, DES MOINES, IA 50317-4641 | |
| 10925 | ZICKERT, DAVID, 617 TERRACE ROAD, DEERFIELD, WI 53531 | |
| 10925 | ZICKERT, PAMELA, 101 DOUGHERTY COURT, RIDGEWAY, WI 53582 | |
| 10925 | ZICKO, RALPH, 20B SAGAMORE WAY, WALTHAM, MA 02154 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ZIEBA, JOSEPH, 14 MURRAY ST, ADAMS, MA 01220

10925   ZIEBARTH, MICHAEL, 12071 LITTLE PATUXENT PKWY, COLUMBIA, MD 21044

10925   ZIEBARTH, MICHAEL, 7500 GRACE DR., COLUMBIA, MD 21044

10925   ZIEBOLD, GEOFFREY, 13383 WINDBROOKE, ST.LOUIS, MO 63146

10925   ZIEGELHOFFER, PAMELA, 418 OAKCREST AVE, MADISON, WI 53705

10925   ZIEGENFUSS, STEVEN, 206 ACADEMY ST, LAURENS, SC 29360

10925   ZIEGFELD, STEVEN, 1 WINDFLOWER COURT, REISTERSTOWN, MD 21136

10925   ZIEGLER JR., MOSES, 130 NE 5TH ST, DEERFIELD BEACH, FL 33441

10925   ZIEGLER TOOLS, INC, PO BOX 43685, ATLANTA, GA 30336

10925   ZIEGLER, DALE, 1612 PEPPERMINT ROAD, COOPERSBURG, PA 18036

10925   ZIEGLER, HAROLD J, 152 BRETTON RD, HAUPPAUGE, NY 11788-4739

10925   ZIEGLER, JAMES BOSLEY, RT 1 PO BOX 59-B, ALDIE, VA 22001-9510

10925   ZIEGLER, KURT, 3615 SALTWOOD GLEN, PASADENA, MD 21122

10925   ZIEGLER, LAVERN, 6645 PERTZBORN ROAD, DANE, WI 53529

10925   ZIEGLER, MARIE D, 152 BRETTON RD, HAUPPAUGE, NY 11788-4739

10925   ZIEGLER, MICHAEL, 2905 RICHLANDTOWN PK, COOPERSBURG, PA 18036

10925   ZIEGLER, MOSES, 130 NE 5TH ST, DEERFIELD BEACH, FL 33441

10925   ZIEGLER, ROBIN, PO BOX 147, LOLETA, CA 95551

10925   ZIEGLER, STEVE, RR #2, BOX 237C BURNS RD, CALIFORNIA, KY 41007

10925   ZIEGLER, WILLIAM, 7715 BRERETON ROAD, DANE, WI 53529

10924   ZIELDER CONCRETE PRODUCTS, 1714 FOURTH AVENUE SOUTH, CLEAR LAKE, IA 50428

10925   ZIELINSKI, FRANCIS, 219 FEDERAL HILL ROAD, MILFORD, NH 03055

10925   ZIELINSKI, MARK, N2264 CTY J, LODI, WI 53555

10925   ZIELINSKI, PAMELA, 6326 NORTH KEELER, CHICAGO, IL 60646

10925   ZIEMAN, SHARON, 5520 VANDEBILT DR N, MOBILE, AL 36608

10925   ZIEMANIS, V, 11 GRANT PLACE, RED BANK, NJ 07701

10925   ZIEMBA, BERNARD, PO BOX 175, DUNCAN, NE 68634

10925   ZIEMBA, HELEN, PO BOX 175, DUNCAN, NE 68634

10925   ZIEMBA, MARJORIE A, 754 MILES AVE, SANTA MARIA, CA 93455-2703

10925   ZIEMEK, HENRIETTA, 107 CLEARVIEW AVE, HUNTINGDON, VA 19006-2432

10925   ZIEMER, SUSAN, 519 E. SPRING ST, APPLETON, WI 54911

10925   ZIER, ROBERT, 1640 SAIL POINT DRIVE, BARTOW, FL 33830-9763

10925   ZIERATH, ROBERT, 899 LAPOINTE DRIVE, BOURBONNAIS, IL 60914

10925   ZIESCH, SHARON, 5241 DOMMERS DR, MADISON, WI 53711-5515

10925   ZIESE, JOHN, 820 EAST SECOND ST, ALICE, TX 78332

10925   ZIFCAK, CYNTHIA, 3727 STRAIGHTFORK DR., HOUSTON, TX 77082

10925   ZIG R VITOLS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ZIGMAN LOUIS M. ARBITRATOR, 473 HOLT AVE, LOS ANGELES, CA 90048

10925   ZIGMUND S KRYSZAK &, DIANA KRYSZAK JT TEN, 576 LAKE SHORE LANE, GROSSE POINTE, MI 48236-2467

10924   ZIGNEGO COMPANY, PAVING CONTRACTOR, WAUKESHA, WI 53186

10924   ZIGNEGO COMPANY, W226 N2940 DUPLAINVILLE ROAD, WAUKESHA, WI 53186

10924   ZIGNEGO READY MIX INC, W 226 N 2940 DUPLAINVILLE ROAD, WAUKESHA, WI 53186

10924   ZIGNEGO READY MIX INC., 14425 W 58TH ROAD, STURTEVANT, WI 53177

10924   ZIGNEGO READY MIX INC., 571 CURTIS ROAD, WEST ALLIS, WI 53214

10924   ZIGNEGO READY MIX INC., W 226 N 2940 DUPLAINVILLE ROAD, WAUKESHA, WI 53186

10925   ZIGNEGO READY MIX INC., W226 N2940 DUPLAINVILLE RD., WAUKESHA, WI 53186

10924   ZIGNEGO READY MIX, INC., 2777 SCENIC ROAD, RICHFIELD, WI 53076

10925   ZIGNONE, THEODORE, 20 YACHT CLUB DRIVE N 414, NORTH PALM BEACH, FL 33408

10925   ZILBERMAN, EVA, 36 TURNING MILL RD, LEXINGTON, MA 02173

10925   ZILIC, MARILYN, 545 DENNIS DRIVE, DE FOREST, WI 53532

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ZILKHA ENERGY COMPANY, 1201 LOUSIANA, HOUSTON, TX 77002

10925   ZILLANTE, RAFFAELA, 6425 ALEMENDRA ST, FORT PIERCE, FL 34951

10925   ZIMA, JOHN, 20945 HUNTERS RUN, BROOKFIELD, WI 53045

10925   ZIMMER JT TEN, AUSTIN A & MARIE B, 6297 OLD WASHINGTON RD, ELKRIDGE, MD 21075-5305

10925   ZIMMER, AUSTIN, 6297 OLD WASHINGTON BLVD, ELKRIDGE, MD 21075

10925   ZIMMER, JANE, 7818 NASSAU LOOP, DUBLIN, OH 43017

10925   ZIMMER, L, 62-54 70TH ST, MIDDLE VILLAGE, NY 11379

10925   ZIMMER, LAURA, 62-54 70TH, MIDDLE VILLAGE, NY 11379

10925   ZIMMER, SHARON, STAR RT. 1 BOX 1111C, PORT TOBACCO, MD 20677

10925   ZIMMERLICH, HERMAN, C/O J AYERS RD 2 BOX 351AA, MEHOOPANY, PA 18629

10924   ZIMMERLY READY MIX COMPANY, 1604 SO MARSHALL, PARIS, IL 61944

10924   ZIMMERLY READY MIX, SO. MARSHALL ST., PARIS, IL 61944

10925   ZIMMERLY, JAMES, 1869 275TH ST, INDEPENDENCE, IA 50644

10925   ZIMMERLY, RONALD, 507 8TH AVE SW, INDEPENDENCE, IA 50644

10925   ZIMMERMAN III, BRADLEY, 8060 WHEELER AVE, DETROIT, MI 48210

10925   ZIMMERMAN INTERNATIONAL CO, DEPT L608P, PITTSBURGH, PA 15264

10925   ZIMMERMAN PACKING CO., 2768 HIGHLAND AVE., CINCINNATI, OH 45212

10925   ZIMMERMAN REAL ESTATE GROUP, 111 W. WASHINGTON ST. STE. 902, CHICAGO, IL 60602

10925   ZIMMERMAN REAL ESTATE GRP LTD, 111 WEST WASHINGTON ST STE 902, CHICAGO, IL 60602

10925   ZIMMERMAN, ALEXRAD, MEYER, STERN, 3040 POST OAK BLVD., SUITE 1300, HOUSTON, TX 77056

10925   ZIMMERMAN, CYNTHIA, 499 CEDARWOOD DRIVE, LEXINGTON, OH 44904

10925   ZIMMERMAN, DALE, 618 TAYLOR, LAREDO, TX 78040

10925   ZIMMERMAN, DANIEL, 218-15 HARTLAND AVE, BAYSIDE, NY 11364-3532

10925   ZIMMERMAN, DAWN, 9866 ELM WAY, TAMPA, FL 33635

10925   ZIMMERMAN, DEBRA, 11847 N 76TH LANE, PEORIA, AZ 85345

10925   ZIMMERMAN, DEBRA, 613 N PINE, MOMENCE, IL 60954

10925   ZIMMERMAN, ETHEL, 318 E. OHIO ST, MOMMENCE, IL 60954

10925   ZIMMERMAN, FREDA, 151 COOLIDGE AVE #204, WATERTOWN, MA 02172

10925   ZIMMERMAN, HALLIESTINE, 319 ROSEWOOD CIRCLE, MAULDIN, SC 29662

10925   ZIMMERMAN, HAROLD, 1510 CYPRESS ST, BALTIMORE, MD 21226

10925   ZIMMERMAN, HAROLD, 3708 BRENTFORD RD., RANDALLSTOWN, MD 21133

10925   ZIMMERMAN, HERBERT, 1008 THIRD AVE NW, WAUKON, IA 52172

10925   ZIMMERMAN, JANICE, 540 LEXINGTON LANE, NORRISTOWN, PA 19403

10925   ZIMMERMAN, KAREN, 75 FAIRFIELD AVE - #2, NORWALK, CT 06854

10925   ZIMMERMAN, KAREN, 75 FAIRFIELD AVE #2, NORWALK, CT 06854

10925   ZIMMERMAN, KIM, 4509 C.R. #30, CRAIG, CO 81625

10925   ZIMMERMAN, MELINDA, RT 2 BOX 86, GRAY COURT, SC 29645

10925   ZIMMERMAN, PAMELA, 1735 LEROY BONSE, EL PASO, TX 79936

10925   ZIMMERMAN, PAUL, 1317 NORTH 5TH ST, READING, PA 19601-1220

10925   ZIMMERMAN, RELINDE K, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   ZIMMERMAN, RELINDE, 7390 HICKORY LOG CIR, COLUMBIA, MD 21045

10925   ZIMMERMAN, ROBERT, 519 HULL ST, LAKELAND, FL 33805-2042

10925   ZIMMERMAN, RUBY, PO BOX 21, EATON PARK, FL 33840

10925   ZIMMERMAN, RUSSELL, 2889 NW 24TH TERR, BOCA RATON, FL 33431

10925   ZIMMERMAN, RUSSELL, 2889 NW 24TH TERRACE, BOCA RATON, FL 33431

10925   ZIMMERMAN, TOM, 57 MAIN ST, WOMELSDORF, PA 19567

10925   ZIMMERMAN, WILLIAM, 15437 STRATFORD DR, SAN JOSE, CA 95124

10925   ZIMMERMANN, DENNIS, 3409 SANDY LEE LANE, MADISON, WI 53704

10925   ZIMMERMANN, DORIS, 1434 GRAND AVE, IOWA CITY, IA 52246

10925   ZIMMERMANN, DORIS, 7920 SEVILLE PL, BOCA RATON, FL 33433

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ZIMMERMANN, JOAN U, CUST FOR ANDREW J ZIMMERMANN, UNIF GIFT MIN ACT MO, 1365 EAST CASCO, BEAUFORT, MO 63013-1204

10924  ZINC AIR POWER CORP., 4440 WARRENSVILLE CENTER ROAD, CLEVELAND, OH 44128-2837

10924  ZINC AIR POWER CORP., BP AMERICA WARRENSIVLLE FACILITY, 4440 WARRENSVILLE FACILITY, CLEVELAND, OH 44128-2837

10925  ZINC CORPORATION OF AMERICA, CORPORATE PROCESSING DEPT 0963, COLUMBUS, OH 43271

10925  ZINKOWICZ, FLORENCE, 943 CARTERET AVE, UNION, NJ 07083

10925  ZINNERMAN, RUDOLPH, PO BOX 365, EATON PARK, FL 33840-0365

10925  ZINNI, JANE, 174 OAK ST, TAUNTON, MA 02780

10925  ZINS, STEVEN, 209 SANFORD, DE FOREST, WI 53532

10925  ZINTS, RAWLE, 2200 HERO DRIVE, GRETNA, LA 70053

10925  ZIOBER, JAMES, 6N006 RIVERSIDE DR., ST CHARLES, IL 60174

10924  ZIOLKOWSKI CONST., PO BOX 5689, LAFAYETTE, IN 47903

10925  ZIOLKOWSKI, SUSAN, 4015 TANBARK CT, GREENSBORO, NC 27407

10924  ZION CHURCH ERECTORS, 2911 KAGE ROAD, CAPE GIRARDEAU, MO 63701

10925  ZION CLINIC SC, 3115 LEWIS AVE, ZION, IL 60099

10925  ZIONS, SHARON, 23910 COUNTY RD 44A, EUSTIS, FL 32736

10925  ZIP FREIGHT SERVICES, 400 CASCADE, IRVING, TX 75061

10925  ZIPILIVAN, ELISEO, 25 JAY ST, WILKES BARRE, PA 18705

10925  ZIPPERER, ALLEN, 519 WESTMINSTER DR, WAUKESHA, WI 53186

10925  ZIRBEL, MICHELLE, 3251 SHARI WAY, SPARKS, NV 89431

10924  ZIRKLE FRUIT, 152 HARRISON, SELAH, WA 98942

10925  ZIRNHELT, PC, PETER J, PO BOX 1067, TRAVERSE CITY, MI 49685-1067

10925  ZISKIN, JEFFREY, 2401 WENDOVER DRIVE, PROMPTON PLAINS, NJ 07444

10925  ZISSON, JAMES, PO BOX 736, W HYANNISPORT, MA 02672

10925  ZITKO, NANCY, 155 OLD SCALES RD, WASHINGTON, PA 15301

10925  ZITTEL, KATHARINE, 3708 ALLENWOOD ST, SARASOTA, FL 34232

10925  ZITTEL, W, 3708 ALLENWOOD ST, SARASOTA, FL 34232

10924  ZITTOLI ELEMENTARY SCHOOL, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVENUE BLDG #3, NORWOOD, MA 02062

10924  ZIX CORPORATION, 6210 NW 22 STREET; BLDG 6210, MIAMI, FL 33125

10925  ZIX, IRVIN, APT 1301 4051 BELTWAY DR, ADDISON, TX 75244

10925  ZIX, THOMAS, 108 E FERNWOOD DRIVE, SIMPSONVILLE, SC 29681

10925  ZIZZO, ELEANOR, 207 MCGREGOR LANE, GREENVILLE, NC 27858

10924  Z-MAN & ASSOCIATES, 7633 S 180TH STREET, KENT, WA 98032

10925  ZMI/PORTEC PROCESS DIV, PO BOX 274, SIBLEY, IA 51249

10925  ZNACHKO, BRIAN, 910 MCNAIR ST, HAZLETON, PA 18201

10925  ZOBEL, LYNN, 2703 AVON SOUTH WEST, WYOMING, MI 49509

10925  ZOBELEIN, HELEN, 2525 SYCAMORE DR, SAN MARINO, CA 91108-2927

10925  ZOBELL, ALAN, 150 E. 750 N. #50, VERNAL, UT 84078-1859

10925  ZOBL, THOMAS, 2742 DALEWOOD AVE SE, CEDAR RAPIDS, IA 52403

10925  ZOBLISIEN, DAVID, 318 EAST ST, VINTON, LA 70668

10925  ZOCCOLA, BRYCE, 1603 SHARON HOGUE ROAD, MASURY, OH 44438

10925  ZODY, KELLY, PO BOX 164 303 N ADAMS ST, LOUDONVILLE, OH 44842

10925  ZOECON CORPORATION, NOVARTIS CROP PROTECTION INC., PO BOX 19300, GREENSBORO, NC 27419-8300

10925  ZOELLER, CHRISTINA, W267 N6685 BEACON HILLS DR., SUSSEX, WI 53089

10925  ZOET, DONALD, 1082 E 120TH ST, GRANT, MI 49327

10925  ZOGLMAN, EUGENE, 1611 PLEASANT VALLEY RD., OWENSBORO, KY 42303

10925  ZOGLMANN, WILLIAM, 6821 THOMA DR, OWENSBORO, KY 42303

10925  ZOHE, EDWIN, 57 RIVER VIEW ROAD, POTTSTOWN, PA 19464

10925  ZOHE, MARTHA, 144 VALLEY VIEW DR., WESTFIELD, MA 01085

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ZOLETA, GINA, 1527 N LAWRENCE ST, PHILADELPHIA, PA 19122

10925    ZOLL, MICHAEL, 4120 ELKHORN DR NE, CEDAR RAPIDS, IA 52411

10925    ZOLLNER, LAWRENCE, 6704 LAUREL VALLEY DR., BARTLETT, TN 38135

10924    ZOLLO CONSTRUCTION CORP., 604 JOHNSON AVE., BROOKLYN, NY 11237

10925    ZOLONDICK, KAREN, 9 NEPTUNE AVE, SEAL BEACH, CA 90740-0000

10925    ZOLTAK, SUSAN, RD #1 BOX 145, PERRYOPOLIS, PA 15473

10925    ZOLTON, MARILYN, PO BOX 62, BETHLEHEM, NH 03574-0062

10925    ZONA PHOTOGRAPHIC LABS INC, 561 WINDSOR ST, SOMERVILLE, MA 02143

10924    ZONA PLUMBING INC, 11010 PARKER DRIVE  WESTMORELAND PK, NORTH HUNTINGDON, PA 15642

10925    ZONA, A, 32 BROOKS AVE, ARLINGTON, MA 02174

10925    ZONA, ALFONZO, PO BOX 221, WATERLOO, NY 13165-0221

10925    ZONA, BRENDA, 43 NICOLE AVE, NORTHBRIDGE, MA 01534

10925    ZONO, ONE, ABD, NY, NY 11001

10925    ZONO, TWO, ABC, NY, NY 10010

10925    ZONOLITE CO (SHARPSBURG), 23 & PA RR, PITTSBURGH, PA 16150

10925    ZONOLITE CO / WR GRACE, 5100 MANCHESTER AVE, 1705 SULPHUR AVE, ST LOUIS, MO 63110

10925    ZONOLITE CO / WR GRACE, 515 MADISON ST, KANSAS CITY, MO 64101

10925    ZONOLITE CO DAVIDSON COUNTY - NASHV, THOMPSON LANE, NASHVILLE, TN

10925    ZONOLITE CO, DADE COUNTY, FL

10925    ZONOLITE CO, PALM BEACH COUNTY, FL

10925    ZONOLITE CO/WR GRACE, 4729 RIVER RD, NEW ORLEANS, LA 70181

10925    ZONOLITE CO/WR GRACE, FOOT OF DIXIE LN, LITTLE ROCK, AR 72115

10925    ZONOLITE CO/WR GRACE/TX OK, 201 N EASTERN, OKLAHOMA CITY, OK 73117

10925    ZONOLITE EMPLOYEES CREDIT, 402 MONTANA AVE, LIBBY, MT 59923

10925    ZOOK ENTERPRISES INC, PO BOX 419, CHAGRIN FALLS, OH 44022

10925    ZOOK ENTERPRISES, PO BOX 419, CHAGRIN FALLS, OH 44022

10925    ZOOK, 2718 RUBY AVE, GONZALES, LA 70737

10925    ZOOK, WARREN, 3023 OCOTILLO, BILLINGS, MT 59102

10925    ZORICH, FERN, ROUTE 3 BOX 78Y, BERKLEY SPRINGS, WV 25411

10925    ZORN, ALAN, 1214 EAST KANE PLACE APT. 6, MILWAUKEE, WI 53202

10925    ZORN, STEVEN, 9250 S CHICAGO AVE, OAK CREEK, WI 53154

10925    ZORRILLA, KAREN, 3415 IVY ST, TAMPA, FL 33607

10925    ZOSS, SHEILA, 2822 W. WALNUT COTTAGE 10, JOHNSON CITY, TN 37604

10925    ZOTOS INTERNATIONAL INC, THOMAS R. SMITH ESQ., BOND SCHOENICK & KING, ONE LINCOLN CENTER, SYRACUSE, NY 13202-1355

10925    ZOTOS INTL INC, BOND SCHOENECKE & KING, 300 FORGE AVE, GENEVA, NY 14456-1257

10925    ZOTOS INTL INC, THOMAS R SMITH BOND SCHOENECKE &, ONE LINCOLN CENTER, SYRACUSE, NY 13202-1355

10925    ZOTTO, DOMINIC, 270 MIDWOOD ROAD, PARAMUS, NJ 07652

10925    ZOUGARI, DRISS, 310 SEACLIFF AVE #3, SEACLIFF, NY 11579

10924    ZRC WORLDWIDE, 145 ENTERPRISE DRIVE, MARSHFIELD, MA 02050

10924    ZRC WORLDWIDE, TS, 145 ENTERPRISE DRIVE, MARSHFIELD, MA 02050

10925    ZRIPKO, GREGORY, 3 OAKLAND DR, WHITEHOUSE STATION, NJ 08889

10925    ZUBAIRU, ABBEY, 741 KENSINGTON AVE, PLAINFIELD, NJ 07060

10925    ZUBER, JOHN, PO BOX 488, CUERO, TX 77954

10925    ZUBER, RANDALL, 545 S. MAIN ST., MONTICELLO, WI 53570

10925    ZUCCOLA, JAMES, 6 CRESCENT AVE, STONEHAM, MA 02180

10925    ZUCKER SCOUTT RASENBERGER, 888 17TH ST NW, SUITE 600, WASHINGTON, DC 20006

10925    ZUCKER, DR ENG SC, GORDON, 1060 BOULDER DRIVE, CAREFREE, AZ 85377-5256

10925    ZUCKERBROD, DAVID, 2705 COPPERFIELD COURT, BALTIMORE, MD 21209

10925    ZUCKERMAN, LORI, 5103 PHEASANT RIDGE, FAIRFAX, VA 22030

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ZUCOFSKI, MICHAEL, 24413 WELSH ROAD, GAITHERSBURG, MD 20882

10925 ZUCOSKY, HELEN, 31 N BEECH ROAD, PLAINS, PA 18705-2201

10925 ZUEHLS, WARREN M, 28341 MILLWOOD RD, TRABUCO CANYON, CA 92679-1213

10925 ZUFELT, KIM, 159 E REDOUBT AVE, SOLDOTNA, AK 99669

10925 ZUGA, RHONDA, 945 E. HUDSON AVE., SALT LAKE CITY, UT 84106

10925 ZUGG, DENA, 108 E JUNIPER, GILBERT, AZ 85234

10925 ZUIDMULDER, LARRY, 1115 CARDNIAL LA, GREEN BAY, WI 54303

10925 ZUK, STANLEY, 19 BRACKETT AVE, STONEHAM, MA 02180

10925 ZUKAS III, GEORGE, 10611 ST PAUL AVE, WOODSTOCK, MD 21163

10925 ZUKAUCKAS, KIM, 1001 NORTH VERMONT, ARLINGTON, VA 22201

10925 ZUKOWSKI, CATHERINE, 415 OVERBROOK RD #1, CATONSVILLE, MD 21228

10925 ZUKOWSKI, DAVID, 7 RAYMOND RD, CHELMSFORD, MA 01824

10925 ZULIAN, DAN, 300 WOODBURY, CRAIG, CO 81625

10925 ZULLI, TARA, 2300 BLANCHARD, CHALMETTE, LA 70043-4709

10925 ZUM MALLEN, TRACY, RT 3 BOX 23, MOMENCE, IL 60954

10925 ZUMMALLEN, JACQUELINE, RR 3 BOX 23, MOMENCE, IL 60954

10925 ZUMWALT, MARTHA, 223 EMPORIA, SAN ANTONIO, TX 78209

10925 ZUNIGA DIONICIO, FRA, PO BOX 77738, LOS ANGELES, CA 90007

10925 ZUNIGA, BEATRICE, 1316 SOUTH 15TH, MCALLEN, TX 78501

10925 ZUNIGA, EDELMIRO, 402 WASHINGTON ST., TAUNTON, MA 02780

10925 ZUNIGA, EDWARD, 2222 N WASHINGTON, PEARLAND, TX 77581

10925 ZUNIGA, FRANCHESCA, 2515 K ST NW, WASHINGTON, DC 20037

10925 ZUNIGA, HERLINDO, 1102 GARVEY ST, FT WORTH, TX 76102

10925 ZUNIGA, JOHN, 2502 SACRAMENTO, PEARLAND, TX 77581

10925 ZUNIGA, JOSE, 9941 WHITEHURST, DALLAS, TX 75243

10925 ZUNIGA, MARK, 1413 CHESTNUT DRIVE, MT PROSPECT, IL 60056

10925 ZUNIGA, RICHARD, 54 AVE ALPHONSE XIII, BRUSSELS, 1180BELGIUM     *VIA Deutsche Post*

10925 ZUNIGA, YVONNE, 1128 HIGHLAND, HOUSTON, TX 77009-0000

10925 ZUNK, JEFFERY, RT 1 BOX 85B, CACHE, OK 73527

10925 ZUNKER, GREGORY, 521 SHERMAN AVE, SOUTH MILWAUKEE, WI 53172

10925 ZUNKER, RICHARD, 1711 HICKORY HILL, EAGAN, MN 55122

10925 ZUNKER, RICKY, 5302 CTY T, WHITELAW, WI 54247

10924 ZUPAN & SMITH CONCRETE, 50 PLEASANT RETREAT RD., TRAVELERS REST, SC 29690

10924 ZUPAN & SMITH SAND & CONC, 11519 ANDERSON RD, GREENVILLE, SC 29611

10924 ZUPAN & SMITH, 1031 OLD STAGE RD., SIMPSONVILLE, SC 29681

10924 ZUPAN & SMITH, 11519 ANDERSON ROAD, GREENVILLE, SC 29611

10924 ZUPAN & SMITH, 2040 SANDIFER BLVD., HWY 123, SENECA, SC 29678

10924 ZUPAN & SMITH, 231 E VICTOR HILL ROAD, DUNCAN, SC 29334

10924 ZUPAN & SMITH, 290 SOUTH AVENUE, SPARTANBURG, SC 29301

10924 ZUPAN & SMITH, BRICK YARD ROAD, CONVERSE, SC 29329

10924 ZUPAN & SMITH, HIGHWAY 81, POWDERSVILLE, SC 29673

10924 ZUPAN & SMITH, WORLEY ROAD, GREENVILLE, SC 29601

10925 ZURAWIECKI, ALBINA, CUST FOR GERALD J ZURAWIECKI, UNIF GIFT MIN ACT NJ, 23 GLENVIEW ROAD, N CALDWELL, NJ 07006-3917

10925 ZUREK, DOLORES, 10425 S MASON, OAK LAWN, IL 60453

10925 ZURICK, TOM, 3426 NORTH 62ND PLACE, SCOTTSDALE, AZ 85251-5418

10925 ZURN AIR SYSTEM, 245 CENTRE ST. N., PO BOX 2206, BIRMINGHAM, AL 35215

10925 ZURN IND. C/O HAYDEN COMPANY, 950 NORTH YORK ROAD, HINSDALE, IL 60521

10925 ZUROMSKI, CLAIRE, 86 FINDERNE AVE, C-2, BRIDGEWATER, NJ 08807

10925 ZUSSMAN, RAY, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925 ZVIMAN, DENISE, 1433 PRIMROSE PLACE, BELCAMP, MD 21017

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ZWANG, BRUCE, 517 WEST 9TH ST, LIBBY, MT 59923 | |
| 10925 | ZWANG, MARY, PO BOX 642, LIBBY, MT 59923 | |
| 10925 | ZWEIFEL, JERRALD, 401 COATES AVE, MONTICELLO, WI 53570 | |
| 10925 | ZWICK, ERIC, 33 WETHERHILL RD, DAYTON, NJ 08810 | |
| 10925 | ZWIERZYNA, PATRICIA, 2848 N. MCVICKER, CHICAGO, IL 60634 | |
| 10925 | ZWIRSCHITZ, KELLI, 1825W OCOTILLO RD, PHOENIX, AZ 85015 | |
| 10925 | ZWOLAK, DAVID, 4096 PRIVET COURT, HAMILTON, OH 45011 | |
| 10925 | ZYCON CORP, JOSEPH V BNECHIEL SR VP, | |
| 10925 | ZYCON, 445 EL CAMINO, SANTA CLARA, CA 95050 | |
| 10925 | ZYDOR, DOREEN, 47 BOMBAY ST, STATEN ISLAND, NY 10309 | |
| 10925 | ZYDUCK, ROBERT, 3020 S. 7TH ST, MILWAUKEE, WI 53215 | |
| 10925 | ZYGAROWSKI, FRANCIS, 16 CRYSTAL CIRCLE, BURLINGTON, MA 01803 | |
| 10925 | ZYGO CORP., PO BOX 30423, HARTFORD, CT 06150 | |
| 10925 | ZYGO, AUREL BROOK RD., MIDDLEFIELD, CT 06455 | |
| 10925 | ZYL-VU LTD, POBOX 347, SOUTHEASTERN, PA 19399 | |
| 10925 | ZYMARK CORP., PO BOX 8500-50335, PHILADELPHIA, PA 19178-8500 | |
| 10925 | ZYMARK CORP., ZYMARK CENTER, HOPKINTON, MA 01748 | |
| 10924 | ZYNOLYTE PRODUCTS, 2320 EAST DOMINGUEZ STREET, CARSON, CA 90749 | |
| 10924 | ZYNOLYTE, PO BOX 6244, CARSON, CA 90749-6244 | |
| 10925 | ZYSKOWSKI, JUDITH, 3325 K ST, EUREKA, CA 95501 | |
| 10925 | ZYTEC CORPORATION, 202 INDUSTRIAL DR, REDWOOD FALLS, MN 56283 | |
| 10925 | ZYVOLOSKI, FRANCES, 6820 A GLENRIDGE DR., ATLANTA, GA 30328 | |

**Subtotal for this group:  198621**