IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re
W.R. Grace & Co., et al.
    Debtors

Bankruptcy No. 01-1139 (JKF)
Chapter 11
Jointly Administered

**Related to Dkt. No. 6830, Debtors' Motion for Leave from Scheduling Order to Have Motion for Entry of an Order Authorizing Debtors to Pay Certain Legal Fees and Expenses for Certain of Debtors' Current and Former Officers Directors and Employees Heard During Debtors' November 15, 2004, Omnibus Hearing**

## ORDER SCHEDULING HEARING AND REQUIRING SUBMISSION OF CERTAIN DOCUMENTS

AND NOW, this 5th day of **November, 2004**, it is **ORDERED** that a hearing on Debtors' Motion for Entry of an Order Authorizing Debtors to Advance Certain Legal Fees and Expenses for Certain of Debtors' Current and Former Officers, Directors and Employees, Dkt. No. 6829, is scheduled for November 15, 2004, in the Bankruptcy Court for the District of Delaware, at noon, EST.

It is **FURTHER ORDERED** that objections or responses to the motion shall be filed and served on or before November 10, 2004, at 12:00 p.m., EST.

It is **FURTHER ORDERED** that on or before November 10, 2004, Debtor shall submit to the Court the Certificate of Incorporation and By-laws and other documents or agreements upon which Debtor relies in support of its motion at Docket No. 6829, with relevant portions highlighted and an explanation of how the asserted obligation to advance defense costs applies to cover targets of criminal investigations.

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge