## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | **Objection Deadline: 11/24/04** |
| | **Reference Docket No. 6827** |

# EXHIBITS TO

# THIRD MONTHLY INTERIM APPLICAITON OF
# SWIDLER BERLIN SHEREFF & FRIEDMAN, LLP, COUNSEL TO
# DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
# FOR THE PERIOD JULY 1, 2004 THOUGH JULY 31, 2004

SWIDLER BERLIN SHEREFF & FRIEDMAN, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Date:   November 5, 2004

# EXHIBIT A

# SWIDLER BERLIN SHEREFF FRIEDMAN

# INVOICES FOR THE TIME PERIOD

# JULY 1-31, 2004

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272424

CLIENT/CASE: 25369.0001

RE: Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/01/04 | Matthew W. Cheney | Review docket and pleadings. | 0.10 |
| 07/07/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/08/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/09/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/14/04 | Matthew W. Cheney | Conferences with D. Felder re agenda for hearing. | 0.30 |
| 07/15/04 | Roger L. Frankel | Review summary of matters scheduled for July 19 hearing. | 0.30 |
| 07/15/04 | Matthew W. Cheney | Conferences with D. Felder re agenda for hearing. | 0.50 |
| 07/15/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/15/04 | Matthew W. Cheney | Review summary of agenda items. | 0.40 |
| 07/16/04 | Roger L. Frankel | Review dockets and pleadings. | 0.30 |
| 07/16/04 | Roger L. Frankel | Review issues in connection with 7/19 hearing. | 0.30 |
| 07/16/04 | Matthew W. Cheney | Conferences with R. Wyron re hearing. | 0.20 |
| 07/19/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/20/04 | Matthew W. Cheney | Review pleadings. | 0.20 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
08/31/04
Page 2

CLIENT: 25369
MATTER: .0001
INVOICE: 272424

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/20/04 | Roger L. Frankel | Review miscellaneous pleadings, docket entries. | 0.40 |
| 07/21/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/22/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/22/04 | Debra L. Felder | Review docket and begin calendar of hearings and deadlines. | 1.50 |
| 07/22/04 | Roger L. Frankel | Review docket entries. | 0.20 |
| 07/23/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/23/04 | Debra L. Felder | Review docket and continue drafting calendar of hearings and deadlines. | 1.00 |
| 07/26/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.8); review pleadings and update binders of background materials (.3). | 1.10 |
| 07/27/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 07/27/04 | Matthew W. Cheney | Conference with D. Felder re claims objection. | 0.10 |
| 07/28/04 | Matthew W. Cheney | Review calendar and pleadings. | 0.40 |
| 07/28/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.60 |
| 07/28/04 | Richard H. Wyron | Meet with M. Cheney re case status. | 0.20 |
| 07/29/04 | Matthew W. Cheney | Review docket and pleadings. | 0.10 |
| 07/30/04 | Matthew W. Cheney | Review pleadings. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.50 | $907.50 |
| Richard H. Wyron | $510.00 | 0.20 | $102.00 |
| Matthew W. Cheney | $310.00 | 3.30 | $1,023.00 |
| Debra L. Felder | $205.00 | 4.20 | $861.00 |
| **TOTAL HOURS & FEES** | | **9.20** | **$2,893.50** |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
08/31/04
Page 3

CLIENT:  25369
MATTER: .0001
INVOICE: 272424

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 18.35 |
| Telephone | 5.54 |
| Postage | 16.00 |
| Westlaw Legal Research | 5.84 |
| DC Secretarial/Staff Overtime | 33.75 |
| Delivery Service | 137.60 |
| Federal Express | 60.64 |
| Publications/Subscriptions | 175.10 |
| **TOTAL OTHER CHARGES** | **$452.82** |

**CURRENT INVOICE DUE**......................................................................$3,346.32

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272424

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES................................................................................$2,893.50

TOTAL OTHER CHARGES............................................................$452.82

**TOTAL AMOUNT DUE** .................................................................**$3,346.32**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F S B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No :   254070116
Account No :       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272425

CLIENT/CASE: 25369.0004

RE:  Due Diligence

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/01/04 | Debra L. Felder | Review various pleadings and update due diligence binders. | 0.60 |
| 07/02/04 | Richard H. Wyron | Calls with CIBC and R. Frankel regarding status of due diligence (.6); review PD Committee statements from consultants (.3). | 0.90 |
| 07/02/04 | Roger L. Frankel | Telephone conversations with J. Radecki (.3), D. Austern (.2), R. Wyron re Alltech purchase, due diligence (.3). | 0.80 |
| 07/02/04 | Roger L. Frankel | Review series of briefs re summary judgment in ZAI science trial. | 2.70 |
| 07/03/04 | Richard H. Wyron | Continue review of status reports. | 1.10 |
| 07/06/04 | Richard H. Wyron | Review notes for meeting with D. Austern (.4); confer with R. Frankel as to status (.2); review materials from N. Finch (.4). | 1.00 |
| 07/06/04 | Roger L. Frankel | Review with R. Wyron issues re due diligence meetings, hiring of actuary. | 0.30 |
| 07/06/04 | Roger L. Frankel | Review pleadings, briefs in case re case management of PI claims (2.1); telephone conversation with N. Finch re same (.2). | 2.30 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
08/31/04  
Page 2

CLIENT: 25369  
MATTER: .0004  
INVOICE: 272425

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/06/04 | Roger L. Frankel | Review ACC Brief in USG re process to determine extent of cancer claims. | 1.40 |
| 07/07/04 | Roger L. Frankel | Confer with R. Wyron re CMO issues, personal injury claims resolution | 0.50 |
| 07/07/04 | Richard H. Wyron | Review insurance memo and correspondence in preparation for meeting with D. Austern (.9); organize to-do list for follow-up (.6). | 1.50 |
| 07/08/04 | Richard H. Wyron | Complete review of status reports (.4); organize notes for report to D. Austern (.6); meet with D. Austern and CIBC to discuss results of due diligence by SBSF and CIBC, and follow-up (1.6) | 2.60 |
| 07/08/04 | Roger L. Frankel | Prepare agenda for meeting with client, CIBC. | 0.60 |
| 07/08/04 | Roger L. Frankel | Confer with CIBC, D. Austern re due diligence progress, meetings (1.5); notes re same (.3). | 1.80 |
| 07/08/04 | Roger L. Frankel | Review draft motion re debtor's contributions to pension plans. | 0.70 |
| 07/08/04 | Matthew W. Cheney | Conference with R. Wyron re joint defense agreement. | 0.10 |
| 07/09/04 | Richard H. Wyron | Review draft confidentiality agreement from Grace's counsel (.3). | 0.30 |
| 07/09/04 | Roger L. Frankel | Review confidentiality agreement for D. Austern from Kirkland & Ellis. | 0.60 |
| 07/09/04 | Matthew W. Cheney | Review correspondence from R. Wyron re confidentiality agreement. | 0.10 |
| 07/11/04 | Richard H. Wyron | Prepare for meeting with Tillinghast (.4); organize open items on to-do list (.2); review draft pension funding motion and outline follow-up (.3); revise confidentiality agreement from Grace for FCR and advisors (.8). | 1.70 |
| 07/12/04 | Richard H. Wyron | Meet with Mr. Angelina regarding future claims estimation process and retention (1.1); work on confidentiality agreement (.3). | 1.40 |
| 07/12/04 | Matthew W. Cheney | Review correspondence from R. Wyron re contributions to defined benefit plan. | 0.10 |
| 07/12/04 | Matthew W. Cheney | Review pleadings re contribution to defined benefit plan. | 0.50 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
08/31/04
Page 3

CLIENT:  25369
MATTER:  .0004
INVOICE:  272425

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 07/12/04 | Matthew W. Cheney | Review confidentiality agreement with debtors. | 0.20 |
| 07/13/04 | Matthew W. Cheney | Review revised confidentiality agreement. | 0.10 |
| 07/13/04 | Richard H. Wyron | Finalize confidentiality agreement with Grace. | 0.50 |
| 07/13/04 | Roger L. Frankel | Exchange of e-mails with S. Baena re meeting. | 0.30 |
| 07/13/04 | Roger L. Frankel | Review T-P Statement of Jennifer Biggs before the U.S. Senate; notes re same. | 0.80 |
| 07/20/04 | Roger L. Frankel | Telephone conversation with J. Radecki re status of due diligence. | 0.20 |
| 07/20/04 | Roger L. Frankel | Review filed pleadings re pension contribution. | 0.70 |
| 07/20/04 | Richard D. Belford | Conference with R. Wyron regarding pension contributions; review motion. | 0.70 |
| 07/21/04 | Matthew W. Cheney | Conference with R. Wyron re contribution to benefit plan. | 0.10 |
| 07/21/04 | Matthew W. Cheney | Review correspondence re contribution to benefit plan. | 0.10 |
| 07/21/04 | Richard D. Belford | Review 2003 Funding Motion (1.0); review IRS and PBGC funding rules (.5). | 1.50 |
| 07/21/04 | Roger L. Frankel | Exchange of e-mails with S. Baena re meeting; notes re same. | 0.30 |
| 07/21/04 | Roger L. Frankel | Review testimony before U.S. House of Representatives of Brickman, LoPucki, DeAngelis re bankruptcy abuse issues. | 0.40 |
| 07/21/04 | Roger L. Frankel | Telephone conversation with client re meeting with PD Committee. | 0.20 |
| 07/22/04 | Roger L. Frankel | Review press release with second quarter earnings; review first quarter 10-Q. | 1.10 |
| 07/22/04 | Roger L. Frankel | Review issues re Grace pension funding motion. | 0.40 |
| 07/22/04 | Roger L. Frankel | Prepare preliminary agenda for FCR meeting with PD committee. | 0.70 |
| 07/22/04 | Richard D. Belford | Telephone call with R. Wyron re funding of pension plan. | 0.40 |
| 07/26/04 | Roger L. Frankel | Exchange of e-mails re due diligence meetings with PD committee, ZAI counsel. | 0.30 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
08/31/04
Page 4

CLIENT:  25369
MATTER: .0004
INVOICE: 272425

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/27/04 | Roger L. Frankel | Telephone conversation with D. Austern re meeting with PD committee, Westbrook. | 0.20 |
| 07/27/04 | Roger L. Frankel | Review status of due diligence, files re same. | 0.40 |
| 07/27/04 | Richard H. Wyron | Review agenda for PD Committee meeting. | 0.40 |
| 07/28/04 | Roger L. Frankel | Telephone conversation with D. Austern re due diligence meetings. | 0.30 |
| 07/29/04 | Roger L. Frankel | Telephone conversations with D. Bernick (.1) and D. Austern (.2) re meeting in Chicago. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard D. Belford | $560.00 | 2.60 | $1,456.00 |
| Roger L. Frankel | $605.00 | 18.30 | $11,071.50 |
| Richard H. Wyron | $510.00 | 11.40 | $5,814.00 |
| Matthew W. Cheney | $310.00 | 1.30 | $403.00 |
| Debra L. Felder | $205.00 | 0.60 | $123.00 |
| **TOTAL HOURS & FEES** | | **34.20** | **$18,867.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 371.20 |
| Federal Express | 8.85 |
| Travel/Lodging | 165.19 |
| Travel/Meal Expenses | 20.00 |
| Travel/Taxis | 35.00 |
| **TOTAL OTHER CHARGES** | **$600.24** |

CURRENT INVOICE DUE.................................................................$19,467.74

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON. DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON. D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272425

OUR REFERENCE: 25369.0004

## INVOICE SUMMARY

TOTAL FEES.................................................................................$18,867.50

TOTAL OTHER CHARGES................................................................$600.24

**TOTAL AMOUNT DUE** ...........................................................**$19,467.74**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington. DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No     254070116
Account No :         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272426

CLIENT/CASE: 25369.0006

RE: Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 07/01/04 | Scott J. Levitt | Draft memoranda re June 30 telephone conference with Grace (1.5), letter to J. Hughes re requests for materials (1.3) and task list (.9). | 3.70 |
| 07/06/04 | Mark J. Plumer | Review and revise memoranda re telephone conference with W.R. Grace insurance personnel (.8); draft letter to W.R. Grace and compose task list (.3); electronic mail message to Messrs. Frankel and Wyron re same (.1); message to S. Levitt re follow up (.1). | 1.30 |
| 07/07/04 | Scott J. Levitt | Review M. Plumer's edits to June 30 telephone conference summary, task list and letter to J. Hughes (.5); draft budget for analysis of value of insurance asset (1.3). | 1.80 |
| 07/07/04 | Roger L. Frankel | Telephone conversation with E. Inselbuch re insurance due diligence (.2); telephone conversation with R. Wyron re same (.2) | 0.40 |
| 07/07/04 | Mary A. Wallace | Telephone call with R. Wyron regarding common interest agreement (.1); review precedent and draft common interest and confidentiality agreement (4.6) | 4.70 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
08/31/04  
Page 2

CLIENT: 25369  
MATTER: .0006  
INVOICE: 272426

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/08/04 | Mary A. Wallace | Review joint defense agreement in preparation for discussions with R. Wyron (.6); revise common interest agreement in response to R. Wyron comments (.6). | 1.20 |
| 07/08/04 | Roger L. Frankel | Review meeting issues with M. Plumer; telephone conversation with N. Finch re insurance, meeting. | 0.30 |
| 07/08/04 | Roger L. Frankel | Review draft common interest agreement with ACC | 0.80 |
| 07/08/04 | Roger L. Frankel | Review N. Finch memo re insurance asset. | 0.30 |
| 07/08/04 | Scott J. Levitt | Office conference with Mr. Plumer and client re analysis of coverage (.5); prepare budget for coverage analysis (.4); office conference with client re case status (.4). | 1.30 |
| 07/08/04 | Richard H. Wyron | Review and revise confidentiality/common interest agreement for discussion with PI Committee on its insurance work. | 0.70 |
| 07/08/04 | Mark J. Plumer | Prepare for and attend meeting with David Austern re status of Grace insurance asset (.9); follow up with J. Hughes (.2). | 1.10 |
| 07/09/04 | Mark J. Plumer | Office conference re status of Grace insurance asset. | 0.40 |
| 07/09/04 | Richard H. Wyron | Meet with Mr. Finch (C&D) regarding PI Committee's insurance work to coordinate, and follow-up (.7); revise confidentiality/common interest agreement (.3). | 1.00 |
| 07/09/04 | Roger L. Frankel | Review insurance materials in preparation for meeting with N. Finch. | 0.40 |
| 07/09/04 | Roger L. Frankel | Confer with N. Finch, R. Wyron, M. Plumer re insurance issues. | 0.90 |
| 07/12/04 | Roger L. Frankel | Review D. Felder memo re common interest doctrine. | 0.30 |
| 07/13/04 | Roger L. Frankel | Review signed common interest agreement with ACC; draft return fax. | 0.30 |
| 07/13/04 | Mark J. Plumer | Review confidentiality agreement (.3); conference with R. Wyron re same (.1) | 0.40 |
| 07/21/04 | Roger L. Frankel | Telephone conversation with M. Plumer re insurance due diligence (.2); notes re same (.2). | 0.40 |
| 07/22/04 | Scott J. Levitt | Review final version of Confidentiality Agreement. | 0.20 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
08/31/04
Page 3

CLIENT:  25369
MATTER:  .0006
INVOICE: 272426

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/26/04 | Roger L. Frankel | Telephone conversation with J. Cohen re insurance due diligence (.2); notes re same (.2). | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 4.50 | $2,722.50 |
| Mark J. Plumer | $520.00 | 3.20 | $1,664.00 |
| Mary A. Wallace | $420.00 | 5.90 | $2,478.00 |
| Richard H. Wyron | $510.00 | 1.70 | $867.00 |
| Scott J. Levitt | $355.00 | 7.00 | $2,485.00 |
| **TOTAL HOURS & FEES** | | **22.30** | **$10,216.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 2.40 |
| Telephone | 0.05 |
| Westlaw Legal Research | 133.03 |
| Federal Express | 10.29 |
| Telephone | 49.53 |
| **TOTAL OTHER CHARGES** | **$195.30** |

**CURRENT INVOICE DUE**..................................................................$10,411.80

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272426

OUR REFERENCE: 25369.0006

## INVOICE SUMMARY

TOTAL FEES................................................................................$10,216.50

TOTAL OTHER CHARGES.........................................................$195.30

**TOTAL AMOUNT DUE** ..........................................................**$10,411.80**

**REMITTANCE INFORMATION:**

U.S. Mail:
Swidler Berlin Shereff Friedman. LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No :     254070116
Account No :          15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272427

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/02/04 | Richard H. Wyron | Confer with CIBC on potential objection to proposed acquisition. | 0.30 |
| 07/06/04 | Roger L. Frankel | Review objection to ADR program by Oldcastle. | 0.40 |
| 07/07/04 | Roger L. Frankel | Review debtor's response to Scott Company expedited motion. | 0.40 |
| 07/09/04 | Roger L. Frankel | Review, revise FCR Reply to PD Committee limited objection. | 0.60 |
| 07/14/04 | Debra L. Felder | Retrieve pleadings for July 19, 2004 omnibus hearing (.7); review pleadings regarding same (1.5). | 2.20 |
| 07/15/04 | Debra L. Felder | Review pleadings for July 19, 2004 omnibus hearing and draft e-mail summary regarding same. | 2.50 |
| 07/19/04 | Richard H. Wyron | Attend hearing telephonically (.2); review materials (.4). | 0.60 |
| 07/20/04 | Richard H. Wyron | Review defined pension plan motion and schedules (.4); calls to CIBC re same (.3). | 0.70 |
| 07/21/04 | Richard H. Wyron | Review defined benefit plans motions for 2003 for background on pending motion (.4); call with R. Belford on issues (.4). | 0.80 |

## Swidler Berlin Shereff Friedman, LLP

David Austern, FCR (for W.R. Grace & Co,)  CLIENT: 25369
08/31/04  MATTER: .0007
Page 2  INVOICE: 272427

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 1.40 | $847.00 |
| Richard H. Wyron | $510.00 | 2.40 | $1,224.00 |
| Debra L. Felder | $205.00 | 4.70 | $963.50 |
| **TOTAL HOURS & FEES** | | **8.50** | **$3,034.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**..........................................................................**$3,034.50**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272427

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES................................................................................$3,034.50

TOTAL OTHER CHARGES............................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$3,034.50**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No :     254070116
Account No :          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272428

CLIENT/CASE: 25369 0009

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/07/04 | Roger L. Frankel | Review limited objection to Swidler retention (.2); telephone conversation with R. Wyron re response (.2). | 0.40 |
| 07/07/04 | Debra L. Felder | Conference with R. Wyron regarding reply to PD Committee's limited objection to the appointment of SBSF (.1); draft reply regarding same (.8). | 0.90 |
| 07/07/04 | Richard H. Wyron | Review objection to SBSF retention by PD Committee, and outline reply (.6); confer with R. Frankel on response (.2). | 0.80 |
| 07/08/04 | Richard H. Wyron | Review draft reply to PD Committee's objection (.3); confer with D. Felder (.2). | 0.50 |
| 07/08/04 | Matthew W. Cheney | Review and revise response to objection to application to employ SBSF. | 0.30 |
| 07/08/04 | Debra L. Felder | Draft FCR's reply to PD Committee's limited objections to appointment of SBSF, PG&S and CIBC. | 4.00 |
| 07/09/04 | Debra L. Felder | Tele-conference with R. Wyron regarding FCR's reply to PD Committee's limited objection to applications of SBSF, PG&S and CIBC (0.10); revise same (0.50). | 0.60 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
08/31/04  
Page 2

CLIENT:  25369  
MATTER:  .0009  
INVOICE:  272428

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/09/04 | Richard H. Wyron | Review draft reply to objections to PD Committee on SBSF (and others) applications (.4); provide comments to D. Felder (.2); call to R. Frankel as to status and substance of reply (.2). | 0.80 |
| 07/12/04 | Debra L. Felder | Revise FCR's reply to PD Committee's limited objection to applications of SBSF, PG&S and CIBC (2.1); prepare amended orders regarding same (.8); prepare exhibits (.6). | 3.50 |
| 07/13/04 | Debra L. Felder | Conferences with R. Meade regarding filing FCR's reply to PD Committee's limited objections to applications of SBSF, PG&S and CIBC (.2); prepare exhibits regarding same (.5). | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.40 | $242.00 |
| Richard H. Wyron | $510.00 | 2.10 | $1,071.00 |
| Matthew W. Cheney | $310.00 | 0.30 | $93.00 |
| Debra L. Felder | $205.00 | 9.70 | $1,988.50 |
| **TOTAL HOURS & FEES** | | **12.50** | **$3,394.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**..................................................................**$3,394.50**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272428

OUR REFERENCE: 25369.0009

## INVOICE SUMMARY

TOTAL FEES .................................................................$3,394.50

TOTAL OTHER CHARGES ............................................$0.00

**TOTAL AMOUNT DUE** ...........................................**$3,394.50**

**REMITTANCE INFORMATION:**

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No       254070116
Account No :         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272429

CLIENT/CASE: 25369 0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/09/04 | Roger L. Frankel | Review and edit draft engagement letter from Towers Perrin. | 0.50 |
| 07/11/04 | Richard H. Wyron | Review Tillinghast engagement letter and revise for 7/12 meeting. | 0.30 |
| 07/12/04 | Richard H. Wyron | Review and revise reply to PD Committee on FCR's professionals. | 0.80 |
| 07/12/04 | Roger L. Frankel | Review R. Wyron edits to Towers Perrin engagement (.3); prepare notes for meeting with M. Angelina (.3). | 0.60 |
| 07/12/04 | Roger L. Frankel | Confer with D. Austern, M. Angelina re retention of Towers Perrin. | 1.50 |
| 07/13/04 | Richard H. Wyron | Review reply to PD Committee's objections to FCR's professionals. | 0.40 |
| 07/14/04 | Roger L. Frankel | Redraft engagement letter for Towers Perrin. | 0.80 |
| 07/20/04 | Roger L. Frankel | Review revised Towers Perrin engagement letter, redlined version (.4); further edit (.1); review with R. Wyron (.2). | 0.70 |
| 07/20/04 | Richard H. Wyron | Revise Tillinghast engagement letter. | 0.80 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
08/31/04
Page 2

CLIENT:  25369
MATTER: .0010
INVOICE: 272429

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 07/20/04 | Debra O. Fullem | Review e-mail from R. Wyron to M. Angelina at Towers Perrin regarding compensation orders. | 0.10 |
| 07/22/04 | Richard H. Wyron | Review draft of Tillinghast engagement letter and revise (1.1); call to D. Austern (.2). | 1.30 |
| 07/26/04 | Roger L. Frankel | Review redlined Tillinghast engagement letter. | 0.40 |
| 07/29/04 | Matthew W. Cheney | Conference with R. Wyron re engagement of Tillinghast. | 0.10 |
| 07/29/04 | Richard H. Wyron | Call to M. Angelina regarding issues on retention letter (.2); review draft (.2). | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 4.50 | $2,722.50 |
| Richard H. Wyron | $510.00 | 4.00 | $2,040.00 |
| Matthew W. Cheney | $310.00 | 0.10 | $31.00 |
| Debra O. Fullem | $175.00 | 0.10 | $17.50 |
| **TOTAL HOURS & FEES** | | **8.70** | **$4,811.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 2,694.80 |
| Telephone | 0.20 |
| Postage | 200.30 |
| **TOTAL OTHER CHARGES** | **$2,895.30** |

**CURRENT INVOICE DUE**....................................................................**$7,706.30**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272429

OUR REFERENCE: 25369.0010

## INVOICE  SUMMARY

TOTAL FEES ........................................................................... $4,811.00

TOTAL OTHER CHARGES ....................................................... $2,895.30

**TOTAL AMOUNT DUE** ........................................................... **$7,706.30**

*REMITTANCE INFORMATION:*

U S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn:  Accounting Department
P O  Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title.        Swidler Berlin Shereff Friedman. LLP
ABA Routing No :     254070116
Account No           15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272430

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/08/04 | Debra O. Fullem | Review e-mail from R. Wyron re billing memorandum. | 0.10 |
| 07/08/04 | Richard H. Wyron | Review billing procedures draft memo (.2). | 0.20 |
| 07/09/04 | Richard H. Wyron | Review billing memo with D. Fullem for SBSF insurance lawyers and others (.2). | 0.20 |
| 07/09/04 | Debra O. Fullem | Review and finalize billing memo; provide to and discuss with R. Wyron; circulate to Grace team. | 1.00 |
| 07/16/04 | Debra O. Fullem | Review May and June prebills and edit same; provide to R. Wyron for final review and approval. | 1.00 |
| 07/22/04 | Debra O. Fullem | Review R. Wyron's changes to Grace billing and circulate sheets to certain attorneys to itemize time entries. | 0.70 |
| 07/22/04 | Debra O. Fullem | Conference with R. Wyron regarding compensation and fee auditor requirements with billings not in PDF form but in Word. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $510.00 | 0.40 | $204.00 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
08/31/04
Page 2

CLIENT:  25369
MATTER: .0011
INVOICE: 272430

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra O. Fullem | $175.00 | 3.00 | $525.00 |
| **TOTAL HOURS & FEES** | | **3.40** | **$729.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**...........................................................................**$729.00**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04

OUR REFERENCE: 25369.0011

INVOICE NUMBER: 272430

## INVOICE SUMMARY

TOTAL FEES..............................................................................................$729.00

TOTAL OTHER CHARGES ...........................................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................................**$729.00**

**_REMITTANCE INFORMATION:_**

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No:      254070116
Account No:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272431

CLIENT/CASE: 25369.0015

RE: FCR Retention Appeals

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/26/04 | Roger L. Frankel | Review pleadings in USDC regarding appeal of FCR retention. | 0.30 |
| 07/13/04 | Richard H. Wyron | Review timeline for FCR appeal briefing (.2); review designations (.4). | 0.60 |
| 07/13/04 | Roger L. Frankel | Review appeals dockets re FCR appointment. | 0.20 |
| 07/13/04 | Matthew W. Cheney | Conference with R. Wyron re hearing and status of FCR appeal. | 0.20 |
| 07/15/04 | Matthew W. Cheney | Conference with D. Felder re timeline for FCR appeal. | 0.10 |
| 07/15/04 | Debra L. Felder | Review local rules and bankruptcy rules regarding briefing schedule for appeal of order appointing FCR (.5); conference with M. Cheney regarding same (.1). | 0.60 |
| 07/22/04 | Richard H. Wyron | Review time line and coordinate response to appeal briefs. | 0.40 |
| 07/28/04 | Richard H. Wyron | Meet with M. Cheney as to strategy and timing (.2); begin review of issues on appeal and record (.3). | 0.50 |
| 07/28/04 | Matthew W. Cheney | Conference with R. Wyron re FCR appeal. | 0.20 |
| 07/28/04 | Matthew W. Cheney | Telephone conference with S. Blatnick re briefs. | 0.10 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
08/31/04
Page 2

CLIENT:  25369
MATTER: .0015
INVOICE: 272431

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/28/04 | Matthew W. Cheney | Telephone conference with J. Phillips re FCR appeal briefs and hearing. | 0.20 |
| 07/29/04 | Roger L. Frankel | Review brief of Federal Insurance Co. & Royal Indemnity re FCR appointment. | 1.30 |
| 07/30/04 | Matthew W. Cheney | Conference with J. Guy re appeal of FCR order. | 0.10 |
| 07/30/04 | Roger L. Frankel | Review PD committee brief (1.1); prepare notes re appeal issues (.7). | 1.80 |
| 07/30/04 | Richard H. Wyron | Review briefs filed by PD Committee and Insurers. | 1.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 3.60 | $2,178.00 |
| Richard H. Wyron | $510.00 | 3.10 | $1,581.00 |
| Matthew W. Cheney | $310.00 | 0.90 | $279.00 |
| Debra L. Felder | $205.00 | 0.60 | $123.00 |
| **TOTAL HOURS & FEES** | | **8.20** | **$4,161.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**......................................................................**$4,161.00**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 08/31/04
INVOICE NUMBER: 272431

OUR REFERENCE: 25369.0015

## INVOICE SUMMARY

TOTAL FEES................................................................$4,161.00

TOTAL OTHER CHARGES................................................$0.00

**TOTAL AMOUNT DUE** ...........................................**$4,161.00**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin Shereff Friedman. LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman. LLP
ABA Routing No :    254070116
Account No :          15076288

Please Note Our Reference and Invoice Numbers When Making Payment