IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 15, 2004 AT 12:00 P.M.

CONTINUED MATTERS

1.  Complaint for Declaratory and Other Relief [Filed: 9/2/04] (Docket No. 1)
    *The Scotts Company v. American Employers et al. and W. R. Grace & Co., et al.*
    *[Adv. Pro. No. 04-55083].*

    Response Deadline: November 3, 2004. Extended to December 15, 2004.

    Responses Received: None as of the date of this agenda.

    Status: This matter will be continued to the December 20, 2004 omnibus hearing.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

UNCONTESTED MATTERS

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign a Lease and Sublease for Certain Real Property in York, PA [Filed: 10/8/04] (Docket No. 6570).

   Related Documents:

   (a) **Certification of No Objection Regarding Docket No. 6570 [Filed: 11/1/04] (Docket No. 6799).**

   Response Deadline: October 29, 2004 at 4:00 p.m.

   Responses Received: None as of the date of this agenda.

   Status: **A Certification of No Objection has been filed. The Debtors therefore request entry of the order attached to the Motion.**

3. Debtors' Motion for Entry of Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures [Filed: 10/20/04] (Docket No. 6681).

   Related Documents:

   (a) [Signed] Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures [Filed: 10/26/04] (Docket No. 6741).

   Response Deadline: November 10, 2004 at 12:00 p.m.

   Responses Received: None as of the date of this agenda.

   Status: The Court has granted the relief requested in the motion on an interim basis. A hearing as to whether the interim relief shall become final will go forward.

CONTESTED MATTERS

4. Town of Acton's Motion for Relief from the Automatic Stay and for Related Determinations [Filed: 10/6/04] (Docket No. 6557).

   Response Deadline: October 29, 2004 at 4:00 p.m.

Responses Received:

(a)  Debtors' Response in Opposition to the Town of Acton's Motion for Relief from the Automatic Stay and for Related Determinations [Filed: 10/29/04] (Docket No. 6793).

Status: This matter will go forward.

## CLAIMS OBJECTIONS

5.  Debtors' Third Omnibus Objection to Claims (Non-Substantive) [Filed: 4/14/04] (Docket No. 5450).

    Response Deadline: May 14, 2004 at 4:00 p.m.

    Responses Received: There are no unresolved responses going forward.

    Status: This matter will go forward with respect to any claims where the relief sought is unopposed. However, where a claimant has filed a response, such matter will be continued to December 20, 2004 at 12:00 p.m.

6.  Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5525).

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received: There are no unresolved responses going forward.

    Status: This matter will go forward with respect to any claims where the relief sought is unopposed. However, where a claimant has filed a response, such matter will be continued to December 20, 2004 at 12:00 p.m.

7.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5527).

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received: There are no unresolved responses going forward.

    Status: This matter will go forward with respect to any claims where the relief sought is unopposed. However, where a claimant has filed a response, such matter will be continued to December 20, 2004 at 12:00 p.m.

8.    Debtors' Sixth Omnibus Objection to Claims (Substantive) [Filed: 7/26/04] (Docket No. 6027).

   <u>Response Deadline:</u> August 25, 2004 at 4:00 p.m.

   <u>Responses Received:</u> There are no unresolved responses going forward.

   <u>Status:</u> This matter will go forward with respect to any claims where the relief sought is unopposed. However, where a claimant has filed a response, such matter will be continued to December 20, 2004 at 12:00 p.m.

9.    Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 8/27/04] (Docket No. 6271).

   <u>Response Deadline:</u> October 8, 2004 at 4:00 p.m. Extended to October 26, 2004.

   <u>Responses Received:</u>

   (a)    Massachusetts Department of Environmental Protection's Opposition to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6744)

   (b)    United States' Objections to Debtors' Objection to Certain Claims Filed By the Massachusetts Department Of Environmental Protection [Filed: 10/26/04] (Docket No. 6748).

   <u>Status:</u> This matter will go forward.

## ADVERSARY MATTERS

10.    Motion of The Scotts Company for Temporary Stay of the Claims Asserted Against Scotts in the Gandy Action Set for Trial November 1, 2004 [Filed: 10/14/04] (Docket No. 303) *W. R. Grace et al. v. Margaret Chakarian et al. [Adv. Pro. No. 01-771].*

    <u>Related Documents:</u>

    (a)    Debtors' Response in Support of The Scotts Company's Motion for a Temporary Stay of the Gandy Action [Filed: 10/21/04] (Docket No. 308).

    <u>Response Deadline:</u> **November 8, 2004 at 4:00 p.m.**

    <u>Responses Received:</u> None as of the date of this agenda.

    <u>Status:</u> This matter will go forward.

CHAPTER 11 PLAN OF REORGANIZATION

The Debtors plan to discuss the status of negotiations regarding the Chapter 11 Plan of Reorganization to be filed by November 15, 2004.

**ADDITIONAL MATTERS**

11. **Debtors' Motion for Entry of an Order Authorizing Debtors to Advance Certain Legal Fees and Expenses for Certain of Debtors' Current and Former Officers, Directors and Employees [Filed: 11/4/04] (Docket No. 6829).**

    **Related Documents:**

    (a) Motion for Leave from this Court's November 25, 2003 Scheduling Order to Have Debtors' Motion for Entry of an Order Authorizing Debtors to Pay Certain Legal Fees and Expenses for Certain of Debtors' Current and Former Officers, Directors and Employees Heard During Debtors' November 15, 2004 Omnibus Hearing [Filed: 11/4/04] (Docket No. 6830)

    (b) [Signed] Order Scheduling Hearing and Requiring Submission of Certain Documents [Filed: 11/5/04] (Docket No. 6835).

    **Response Deadline:** November 10, 2004 at 12:00 p.m.

    **Responses Received:** None as of the date of this agenda.

*[Remainder of Page Left Intentionally Blank]*

**Status:** This matter will go forward.

Dated: November 5, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession