IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 Case No. 01-01139 (JKF) (Jointly Administered) |
| W.R. GRACE & CO., et al., | ) ) ) |  |
| Debtors. | ) ) | **Objection Deadline: 11/24/04** **Reference Docket No. 6828** |

# EXHIBITS TO

# FOURTH MONTHLY INTERIM APPLICAITON OF SWIDLER BERLIN SHEREFF & FRIEDMAN, LLP, COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR THE PERIOD AUGUST 1, 2004 THOUGH AUGUST 31, 2004

SWIDLER BERLIN SHEREFF & FRIEDMAN, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Date:   November 5, 2004

# EXHIBIT A

# SWIDLER BERLIN SHEREFF FRIEDMAN

# INVOICES FOR THE TIME PERIOD

# AUGUST 1-31, 2004

# Swidler Berlin Shereff Friedman, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274196

CLIENT/CASE: 25369.0001

RE:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/02/04 | Roger L. Frankel | Review dockets. | 0.30 |
| 08/02/04 | Roger L. Frankel | Review memo re hearings on July 19. | 0.30 |
| 08/02/04 | Roger L. Frankel | Telephone conference with client re FCR Insurance, court approval. | 0.20 |
| 08/03/04 | Roger L. Frankel | Review pleadings served by debtors order re Scotts, various orders re omnibus objections, orders re Alltech and other asset sales/purchases. | 0.70 |
| 08/03/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/04/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/05/04 | Roger L. Frankel | Review K&E motion for payment of holdback. | 0.20 |
| 08/10/04 | Roger L. Frankel | Review, sort files (.3); review docket entries (.1). | 0.40 |
| 08/10/04 | Roger L. Frankel | Review subpoenas served on PI Committee, issues re confidentiality. | 0.40 |
| 08/11/04 | Roger L. Frankel | Confer with R. Wyron re status, meeting in Chicago (.2); e-mail to D. Bernick re same (.1) | 0.30 |
| 08/11/04 | Matthew W. Cheney | Review pleadings. | 0.20 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 2

CLIENT:  25369
MATTER: .0001
INVOICE: 274196

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/11/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 08/12/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/13/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/13/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 08/16/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/16/04 | Roger L. Frankel | Review issues re case, time line while traveling to Chicago. | 1.20 |
| 08/17/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/17/04 | Matthew W. Cheney | Review agenda for hearing. | 0.20 |
| 08/17/04 | Matthew W. Cheney | Draft correspondence to R. Wyron re hearing agenda. | 0.20 |
| 08/17/04 | Matthew W. Cheney | Telephone conference with J. Phillips re hearing and certificate of counsel. | 0.10 |
| 08/17/04 | Matthew W. Cheney | Review correspondence from R. Wyron re status and debtors' proposal. | 0.10 |
| 08/17/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.4); review notice of agenda for August 23, 2004 hearing (.3). | 0.70 |
| 08/18/04 | Matthew W. Cheney | Telephone conference with J. Phillips re hearing. | 0.10 |
| 08/18/04 | Roger L. Frankel | Review dockets. | 0.30 |
| 08/18/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.20 |
| 08/19/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.20 |
| 08/19/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/19/04 | Matthew W. Cheney | Conference with R. Wyron re upcoming hearing. | 0.10 |
| 08/20/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/20/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.10 |

# Swidler Berlin Shereff Friedman, LLP

David Austern, FCR (for W.R. Grace & Co.)
09/29/04
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 274196

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/23/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders | 0.30 |
| 08/23/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 08/23/04 | Matthew W. Cheney | Conference with R. Wyron re hearing preparation. | 0.20 |
| 08/23/04 | Matthew W. Cheney | Conference with R. Wyron re debtor's proposal. | 0.20 |
| 08/23/04 | Matthew W. Cheney | Prepare materials for hearing. | 0.50 |
| 08/23/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 08/23/04 | Roger L. Frankel | Review agenda of matters for hearing. | 0.40 |
| 08/23/04 | Roger L. Frankel | Telephone conference with D. Austern re hearing, professionals. | 0.30 |
| 08/24/04 | Matthew W. Cheney | Review and respond to correspondence from R. Wyron re recent motions by debtor. | 0.20 |
| 08/24/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders | 0.30 |
| 08/25/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders | 0.10 |
| 08/25/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/26/04 | Matthew W. Cheney | Review pleadings and draft summary of recent motions. | 3.20 |
| 08/26/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.25 |
| 08/26/04 | Roger L. Frankel | Review order re 2019 requirements. | 0.30 |
| 08/27/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.40 |
| 08/30/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.10 |
| 08/31/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.10 |
| 08/31/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/31/04 | Matthew W. Cheney | Telephone conference with J.Brownstein re recent motions. | 0.10 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 274196

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 5.30 | $3,206.50 |
| Matthew W. Cheney | $310.00 | 6.60 | $2,046.00 |
| Debra L. Felder | $205.00 | 1.50 | $307.50 |
| Rachael M. Barainca | $55.00 | 2.05 | $112.75 |
| **TOTAL HOURS & FEES** | | **15.45** | **$5,672.75** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 212.25 |
| Telephone | 16.35 |
| Meal Charges | 47.02 |
| Outside Photocopying | 2.80 |
| Professional Services | 207.55 |
| Travel | 678.20 |
| Travel/Airfare | 308.70 |
| Travel/Parking | 44.00 |
| **TOTAL OTHER CHARGES** | **$1,516.87** |

**CURRENT INVOICE DUE**.......................................................................**$7,189.62**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274196

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES ............................................................................$5,672.75

TOTAL OTHER CHARGES ...............................................$1,516.87

**TOTAL AMOUNT DUE** ...................................................$7,189.62

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No :   254070116
Account No :       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274197

CLIENT/CASE: 25369.0004

RE: Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/05/04 | Roger L. Frankel | Telephone conference with CIBC re due diligence report re financial results (.2); notes re same (.1). | 0.30 |
| 08/10/04 | Roger L. Frankel | Review Grace 10-Q for 6/30 period. | 1.10 |
| 08/12/04 | Roger L. Frankel | Confer with D. Austern while traveling to SC (1.0); review ZAI briefs in preparation for meeting (3.3); confer with E. Westbrook, D. Austern in SC re case issues (2.4). | 6.70 |
| 08/12/04 | Roger L. Frankel | Confer with R. Wyron re meeting with Westbrook (.2); telephone conference with J. Brownstein re assignment (.2). | 0.40 |
| 08/13/04 | Roger L. Frankel | Telephone conference call with CIBC re status, assignment; notes re same. | 0.40 |
| 08/18/04 | Roger L. Frankel | Telephone conference with CIBC re meeting with K&E and Blackstone, plan issues, notes. | 0.30 |
| 08/19/04 | Roger L. Frankel | Review CIBC memos re acquisition and divestiture; telephone conversation with R. Wyron re same. | 0.90 |
| 08/25/04 | Roger L. Frankel | Telephone conversations with D. Austern re futures study, notes re same. | 0.30 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 2

CLIENT: 25369
MATTER: .0004
INVOICE: 274197

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/27/04 | Roger L. Frankel | Telephone conversation with D. Austern re futures study; telephone conversation with F. Rabinowitz re same. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 10.70 | $6,473.50 |
| **TOTAL HOURS & FEES** | | **10.70** | **$6,473.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Professional Services | 21.00 |
| **TOTAL OTHER CHARGES** | **$21.00** |

**CURRENT INVOICE DUE**......................................................................$6,494.50

# Swidler Berlin Shereff Friedman, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274197

OUR REFERENCE: 25369.0004

## INVOICE SUMMARY

TOTAL FEES ......................................................................... $6,473.50

TOTAL OTHER CHARGES ................................................ $21.00

**TOTAL AMOUNT DUE** ............................................. **$6,494.50**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin Shereff Friedman. LLP
Attn:  Accounting Department
P O  Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No :     254070116
Account No :         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274198

CLIENT/CASE: 25369.0006

RE: Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 08/03/04 | Michael A. Scarpato | Confer with M. Plumer et al. re scheduling of policy analysis. | 0.30 |
| 08/03/04 | Scott J. Levitt | Office telephone conference with M. Plumer re case status. | 0.20 |
| 08/03/04 | Roger L. Frankel | Exchange of e-mails re insurance due diligence (.3); review status with M. Plumer (.2). | 0.50 |
| 08/11/04 | Mark J. Plumer | Review letter from W.R. Grace enclosing first box of insurance policies (.1); office conference with R. Wyron and S. Levitt re same and transferring policies to S. Levitt (.1). | 0.20 |
| 08/11/04 | Scott J. Levitt | Office conference with M. Plumer and R. Wyron re analysis of policies (.1); briefly review policies sent by Grace and spreadsheet of coverage program (.6). | 0.70 |
| 08/12/04 | Scott J. Levitt | Review boxes of insurance policies sent by Grace (.4); draft e-mail to Mr. Zarembe re outstanding requests (.1); coordinate evaluation of policies with Ms. Rogers (.3). | 0.80 |
| 08/12/04 | Michael A. Scarpato | Confer with D. Rogers re strategy for policy analysis tasks. | 0.20 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/29/04  
Page 2

CLIENT:  25369  
MATTER: .0006  
INVOICE: 274198

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/12/04 | Mark J. Plumer | Forward additional policies to S. Levitt (5 boxes) (.1); coordinate with S. Levitt and D. Rogers (.2). | 0.30 |
| 08/13/04 | Mark J. Plumer | Review sample printout of insurance Excel spreadsheet provided by W.R. Grace Estate (.2); office conference with S. Levitt, M. Scarpato and D. Rogers re strategy for characterizing settled and existing coverage (1.2); office conference with R. Frankel re same (.1). | 1.50 |
| 08/13/04 | Roger L. Frankel | Telephone conference with M. Plumer re insurance due diligence (.3); telephone conference with D. Austern re same (.2). | 0.50 |
| 08/13/04 | Michael A. Scarpato | Devise policy analysis proposal with D. Rogers, S. Levitt and M. Plumer. | 1.50 |
| 08/13/04 | Scott J. Levitt | Telephone conference with Ms. Rogers and Mr. Scarpato re evaluation of coverage (.2); telephone conference with Messrs. Plumer, Scarpato and Frankel and Ms. Rogers re same (.4) | 0.60 |
| 08/13/04 | Deborah A. Rogers | Develop pricing for policy intake process, coding of policies for database and create coverage charts based on spreadsheet supplied by client (2.0); discuss same with M. Plumer (.2); copy policies provided by client and preserve originals (.3); meet with M. Plumer and M. Scarpato to determine the strategy for developing base coverage charts for such complex insurance program (1.5). | 4.00 |
| 08/16/04 | Deborah A. Rogers | Accept copies of WR Grace policies (.1); review for accuracy (1.0); store original policy copies to preserve as control sent WR Grace pricing (.5); and memo to M. Plumer (.4). | 2.00 |
| 08/17/04 | Deborah A. Rogers | Create base coverage chart (.5); identify settled coverage (.5); identify insolvent carriers (2.0); identify carriers in receivership (1.0); identify carriers with name changes (2.0); plot to chart (1.0). | 7.00 |
| 08/18/04 | Deborah A. Rogers | Create base coverage chart (.6); identify settled coverage (.4); identify insolvent carriers (.5); identify carriers in receivership (.5); identify carriers with name changes (.5); plot to chart (2.5). | 5.00 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 3

CLIENT:  25369
MATTER: .0006
INVOICE: 274198

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/18/04 | Michael A. Scarpato | Create policy database for D. Rogers (.2); review coverage chart options with D. Rogers (.3). | 0.50 |
| 08/19/04 | Deborah A. Rogers | Create base coverage chart (.5); identify settled coverage (.5); identify insolvent carriers (.5); identify carriers in receivership (.5); identify carriers with name changes (.5); plot to chart (4.5). | 7.00 |
| 08/23/04 | Scott J. Levitt | Telephone conference with M. Plumer re status of preparation of coverage charts (.1); communicate by e-mail with D. Rogers re same (.1). | 0.20 |
| 08/23/04 | Richard H. Wyron | Review issues and status from M. Plumer re: KMS settlement. | 0.30 |
| 08/23/04 | Mark J. Plumer | Office conference with S. Levitt re project status (.2); follow up re Estate's request that we permit disclosure of the Confidentiality Agreement to insurers, including office conferences with R. Wyron (.3). | 0.50 |
| 08/23/04 | Deborah A. Rogers | Plot insurance policy data to coverage chart (2.0). | 2.00 |
| 08/24/04 | Deborah A. Rogers | Plot insurance policy data to coverage chart (10.0). | 10.00 |
| 08/25/04 | Deborah A. Rogers | Plot insurance policy data to coverage chart (10.0). | 10.00 |
| 08/25/04 | Michael A. Scarpato | Review and organize the pre-1986 liability policies. | 3.50 |
| 08/26/04 | Michael A. Scarpato | Continue review and organization of the pre-1986 liability policies. | 6.00 |
| 08/26/04 | Deborah A. Rogers | Plot insurance policy data to coverage chart (10.0). | 10.00 |
| 08/27/04 | Deborah A. Rogers | Plot insurance policy data to coverage chart (6.0). | 6.00 |
| 08/27/04 | Mark J. Plumer | Office conference with S. Levitt re insurance project status (.2); office conference with D. Rogers re insurance project status (.2); review KWELM BS pleadings at the request of R. Wyron (1.0); draft e-mail to R. Wyron with preliminary conclusions and questions (.6). | 2.00 |
| 08/27/04 | Matthew W. Cheney | Draft correspondence to M. Plumer and S. Levitt enclosing motion to settle with KMS. | 0.20 |
| 08/27/04 | Roger L. Frankel | Review pleadings; memo re sale of Darex facility, plan for newly hired execs; KWELM settlement. | 0.90 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 4

CLIENT:  25369
MATTER: .0006
INVOICE: 274198

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/27/04 | Michael A. Scarpato | Continue review and organization of the pre-1986 liability policies. | 5.50 |
| 08/27/04 | Richard H. Wyron | Review motion on KWELMB settlement (.3); review summary from M. Plumer (.4). | 0.70 |
| 08/30/04 | Michael A. Scarpato | Finish organization of policy evidence. | 0.60 |
| 08/30/04 | Richard H. Wyron | Review information from M. Plumer. | 0.20 |
| 08/30/04 | Mark J. Plumer | Office conferences re project status (.2). | 0.20 |
| 08/30/04 | Deborah A. Rogers | Plot insurance policy data to coverage chart (4.0). | 4.00 |
| 08/31/04 | Deborah A. Rogers | Plot insurance policy data to coverage chart (6.0). | 6.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.90 | $1,149.50 |
| Mark J. Plumer | $520.00 | 4.70 | $2,444.00 |
| Richard H. Wyron | $510.00 | 1.20 | $612.00 |
| Matthew W. Cheney | $310.00 | 0.20 | $62.00 |
| Scott J. Levitt | $355.00 | 2.50 | $887.50 |
| Deborah A. Rogers | $180.00 | 73.00 | $13,140.00 |
| Michael A. Scarpato | $195.00 | 18.10 | $3,529.50 |
| **TOTAL HOURS & FEES** | | **101.60** | **$21,824.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 0.45 |
| Telephone | 0.38 |
| Outside Photocopying | 2,210.98 |
| **TOTAL OTHER CHARGES** | **$2,211.81** |

CURRENT INVOICE DUE.................................................................$24,036.31

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON. D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0006

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274198

## INVOICE SUMMARY

TOTAL FEES ................................................................$21,824.50

TOTAL OTHER CHARGES .............................................$2,211.81

**TOTAL AMOUNT DUE** ...........................................................$24,036.31

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington. DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F S B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No :   254070116
Account No :       15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274199

CLIENT/CASE: 25369.0007

RE: Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 08/02/04 | Roger L. Frankel | Review various motions by Libby claimants to perpetuate testimony through depositions. | 0.60 |
| 08/16/04 | Roger L. Frankel | Review debtor's motion to show cause re Keri Evans complaint; review exhibits to same. | 0.70 |
| 08/23/04 | Roger L. Frankel | Review pleadings re Debtor-ZAI request to increase budget. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 2.00 | $1,210.00 |
| **TOTAL HOURS & FEES** | | **2.00** | **$1,210.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE......................................................................$1,210.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274199

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES .......................................................................................$1,210.00

TOTAL OTHER CHARGES ....................................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................................**$1,210.00**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F S B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No :   254070116
Account No :        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# Swidler Berlin Shereff Friedman, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274200

CLIENT/CASE: 25369.0008

RE: Plan & Disclosure Statement

## FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 08/11/04 | Richard H. Wyron | Review last plan proposal for 8/16 meeting. | 0.60 |
| 08/13/04 | Richard H. Wyron | Update call with CIBC. | 0.30 |
| 08/16/04 | Roger L. Frankel | Confer with D. Austern, R. Wyron re Grace issues in preparation for meeting; review issues re POR in preparation for meeting. | 2.30 |
| 08/16/04 | Roger L. Frankel | Confer with D. Bernick, Grace executives, P. Zilly, D. Austern at K&E re plan concepts. | 2.30 |
| 08/16/04 | Roger L. Frankel | Confer with D. Austern, R. Wyron re meeting with D. Bernick, et al. | 0.70 |
| 08/16/04 | Richard H. Wyron | Review recent 10-Q and 8-K (.7); review notes and old plan outline in preparation for meeting with Grace (.8); confer with D. Austern and R. Frankel on plan issues (1.8); meet with Grace and counsel for plan presentation (2.3); review notes and confer with R. Frankel and D. Austern (.7). | 6.30 |
| 08/17/04 | Richard H. Wyron | Review K&E handout on plan issues and itemize research and follow-up work. | 1.30 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 2

CLIENT: 25369
MATTER: .0008
INVOICE: 274200

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/17/04 | Roger L. Frankel | Review materials from K&E and Blackstone re POR concepts (in route to DC) (1.3); notes re same (.5). | 1.80 |
| 08/18/04 | Roger L. Frankel | Confer with R. Wyron re issues presented by POR proposal. | 0.30 |
| 08/18/04 | Richard H. Wyron | Continue review of K&E proposal (.8); calls to CIBC regarding issues (.6); revise outline of follow-up tasks (.6). | 2.00 |
| 08/18/04 | Matthew W. Cheney | Conference with R. Wyron re debtors' proposal. | 0.10 |
| 08/23/04 | Matthew W. Cheney | Review proposal from debtors. | 0.60 |
| 08/25/04 | Roger L. Frankel | Confer with J. Haas re plan issues. | 0.60 |
| 08/27/04 | Roger L. Frankel | Review plan presentation in preparation for meeting. | 0.70 |
| 08/27/04 | Roger L. Frankel | Confer with R. Wyron, M. Cheney and D. Felder re research issues under proposed plan. | 0.90 |
| 08/27/04 | Matthew W. Cheney | Conference with R. Frankel, R. Wyron and D. Felder re debtor's proposal and issues. | 1.00 |
| 08/27/04 | Debra L. Felder | Conference with R. Frankel, R. Wyron and M. Cheney regarding research issues surrounding Debtors' plan of reorganization. | 1.00 |
| 08/27/04 | Richard H. Wyron | Prepare for SBSF team meeting, including work on open items list (1.3); meet with R. Frankel, M. Cheney and D. Felder regarding plan issues (1.0), research open items and follow-up (.8). | 3.10 |
| 08/30/04 | Debra L. Felder | Retrieve and review documents relating to asbestos legislation (3.5); review Congressional Record statements by Senators Feinstein, Hatch and Frist (2.5); conference with M. Cheney regarding research issues (.5). | 6.50 |
| 08/30/04 | Mykhaylo A. Gryzlov | Conference with M. Cheney regarding various plan confirmation issues. | 0.40 |
| 08/30/04 | Mykhaylo A. Gryzlov | Research regarding requirements of Section 524(g). | 1.80 |
| 08/30/04 | Matthew W. Cheney | Conference with D. Felder re researching issues relating to debtor's proposal. | 0.40 |
| 08/30/04 | Matthew W. Cheney | Conference with M. Gryzlov re researching issues relating to debtor's proposal. | 0.50 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 3

CLIENT:  25369
MATTER: .0008
INVOICE: 274200

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 08/31/04 | Mykhaylo A. Gryzlov | Research regarding Section 524(g) and 75% vote (3.7); research regarding estimation of claims for purposes of feasibility (2.6). | 6.30 |
| 08/31/04 | Debra L. Felder | Review materials regarding asbestos legislation. | 1.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 9.60 | $5,808.00 |
| Richard H. Wyron | $510.00 | 13.60 | $6,936.00 |
| Matthew W. Cheney | $310.00 | 2.60 | $806.00 |
| Debra L. Felder | $205.00 | 8.50 | $1,742.50 |
| Mykhaylo A. Gryzlov | $230.00 | 8.50 | $1,955.00 |
| **TOTAL HOURS & FEES** | | **42.80** | **$17,247.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 229.20 |
| Printing | 72.00 |
| Travel/Lodging | 270.01 |
| Travel/Meal Expenses | 36.54 |
| Travel/Parking | 28.00 |
| Travel/Taxis | 17.50 |
| Travel/Tolls | 8.25 |
| **TOTAL OTHER CHARGES** | **$661.50** |

**CURRENT INVOICE DUE**......................................................................**$17,909.00**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274200

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES ................................................................................. $17,247.50

TOTAL OTHER CHARGES ........................................................... $661.50

**TOTAL AMOUNT DUE** ........................................................... **$17,909.00**

**REMITTANCE INFORMATION:**

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:       Citibank, F S B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No :    254070116
Account No :         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274201

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/19/04 | Debra L. Felder | Conference with R. Wyron regarding review of conflicts (.3); research various entities and review docket regarding same (4.5). | 4.80 |
| 08/20/04 | Debra L. Felder | Research SEC filings and review docket and pleadings regarding connections (3.0); conference with R. Wyron regarding same (.1). | 3.10 |
| 08/20/04 | Debra O. Fullem | Conference with D. Felder regarding list of parties checked for connections; review file, obtain list, and forward same. | 0.30 |
| 08/23/04 | Roger L. Frankel | Exchange of e-mails re orders for FCR professionals. | 0.30 |
| 08/23/04 | Roger L. Frankel | Confer with R. Wyron re Judge Fitzgerald issues with retention. | 0.20 |
| 08/23/04 | Debra L. Felder | Draft memorandum to file regarding connection review | 1.00 |
| 08/23/04 | Richard H. Wyron | Prepare for hearing (.2); attend hearing telephonically (.5); draft summary and confer regarding SBSF retention, and follow-up (.6); review e-mail from D. Austern (.2). | 1.50 |
| 08/23/04 | Matthew W. Cheney | Conference with R. Wyon re court's inquiries re professional applications. | 0.40 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 2

CLIENT: 25369
MATTER: .0009
INVOICE: 274201

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 08/23/04 | Matthew W. Cheney | Review applications to employ SBSF and CIBC. | 0.50 |
| 08/23/04 | Matthew W. Cheney | Research re ethical issues raised by court. | 3.40 |
| 08/23/04 | Matthew W. Cheney | Conference with D. Felder re researching issues raised by court. | 0.10 |
| 08/24/04 | Matthew W. Cheney | Research ethical issues raised by court. | 3.30 |
| 08/24/04 | Matthew W. Cheney | Conferences with D. Felder re research. | 0.30 |
| 08/24/04 | Matthew W. Cheney | Conference with R. Wyron re research and drafting brief. | 0.40 |
| 08/24/04 | Richard H. Wyron | Confirm information screening and draft e-mail (.3); call to J. Baer (.2); review research (.6); review issues on withdrawal of proof of claim and calls regarding same (.3). | 1.40 |
| 08/24/04 | Richard H. Wyron | Organize notes for 9/27 hearing matters. | 0.40 |
| 08/24/04 | Debra L. Felder | Research regarding conflicts between spouses in different law firms (3.5); conference with M. Cheney regarding same (.3). | 3.80 |
| 08/24/04 | Debra L. Felder | Revise memorandum to file regarding connection review (1.5); review notices of appearance and conduct internet searches regarding same (2.5). | 4.00 |
| 08/24/04 | Roger L. Frankel | Review issues raised by J. Fitzgerald (.1); review e-mail from client re ABA rules re spouses (.3). | 0.40 |
| 08/24/04 | Roger L. Frankel | Confer with R. Wyron re waiver of claim, issues re former client (.4); notes re same (.2). | 0.60 |
| 08/24/04 | Elise Scherr Frejka | Call with R. Wyron re SBSF retention issues (.1); exchange of e-mails with R. Wyron, R. Jossen, et al re same (.1); follow up with D. Felder re same (.1). | 0.30 |
| 08/25/04 | Richard H. Wyron | Finalize draft memo confirming information screening. | 0.40 |
| 08/25/04 | Matthew W. Cheney | Draft supplemental brief on professional applications. | 3.40 |
| 08/26/04 | Matthew W. Cheney | Draft supplemental brief on professional applications. | 1.10 |
| 08/27/04 | Matthew W. Cheney | Conference with D. Felder re supplemental brief. | 0.10 |
| 08/27/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 08/27/04 | Richard H. Wyron | Work on confirming information screen in place, including drafting of e-mails and confirmation. | 0.60 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 3

CLIENT:  25369
MATTER: .0009
INVOICE: 274201

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/27/04 | Debra L. Felder | Review FCR's statement regarding employment of professionals. | 0.70 |
| 08/30/04 | Matthew W. Cheney | Draft brief re professional applications. | 1.30 |
| 08/30/04 | Matthew W. Cheney | Conference with R. Wyron and D. Felder re motions and brief on issues raised by court. | 0.60 |
| 08/30/04 | Roger L. Frankel | Review issues with R. Wyron re brief due 9/10. | 0.30 |
| 08/31/04 | Matthew W. Cheney | Conference with R. Wyron re brief on professional applications. | 0.10 |
| 08/31/04 | Matthew W. Cheney | Review R. Wyron's comments to brief. | 0.20 |
| 08/31/04 | Debra L. Felder | Draft supplemental disclosure. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.80 | $1,089.00 |
| Richard H. Wyron | $510.00 | 4.30 | $2,193.00 |
| Matthew W. Cheney | $310.00 | 15.30 | $4,743.00 |
| Debra L. Felder | $205.00 | 18.10 | $3,710.50 |
| Elise Scherr Frejka | $410.00 | 0.30 | $123.00 |
| Debra O. Fullem | $175.00 | 0.30 | $52.50 |
| **TOTAL HOURS & FEES** | | **40.10** | **$11,911.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$11,911.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274201

OUR REFERENCE: 25369.0009

## INVOICE SUMMARY

TOTAL FEES................................................................$11,911.00

TOTAL OTHER CHARGES................................................$0.00

**TOTAL AMOUNT DUE** ...........................................**$11,911.00**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F S B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No :   254070116
Account No :       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274202

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/18/04 | Debra L. Felder | Begin drafting application to employ Tillinghast as consultant. | 0.50 |
| 08/19/04 | Richard H. Wyron | Review and revise Tillinghast agreement. | 0.70 |
| 08/20/04 | Richard H. Wyron | Work on Tillinghast agreement and motion (.7); calls regarding same and follow-up (.4). | 1.10 |
| 08/23/04 | Debra L. Felder | Conference with M. Cheney regarding retention of CIBC and research regarding conflicts (.4); review applications to employ financial advisors in Combustion Engineering, Congoleum Corporation, W.R. Grace and Owens Corning (4.4). | 4.80 |
| 08/23/04 | Richard H. Wyron | Prepare for hearing re: CIBC (.2); attend hearing telephonically (.5); call to CIBC regarding issues and follow-up (.8); review engagement agreement (.4); revise Tillinghast letter (.6). | 2.50 |
| 08/23/04 | Roger L. Frankel | Review with R. Wyron Judge Fitzgerald's issues with retention. | 0.30 |
| 08/24/04 | Richard H. Wyron | Review and revise Tillinghast letter. | 0.60 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 2

CLIENT: 25369
MATTER: .0010
INVOICE: 274202

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/24/04 | Matthew W. Cheney | Review application of financial advisors re terms of engagement and indemnities. | 1.20 |
| 08/25/04 | Debra L. Felder | Review documents regarding retention of financial advisors in other asbestos bankruptcy cases (4.0); conference with M. Cheney regarding conflicts research (.3). | 4.30 |
| 08/26/04 | Debra L. Felder | Retrieve and review applications to employ financial advisors in various asbestos bankruptcies. | 4.00 |
| 08/26/04 | Matthew W. Cheney | Conference with D. Felder re indemnities in other cases. | 0.20 |
| 08/27/04 | Richard H. Wyron | Review and revise CIBC engagement letter language (.2); finalize Tillinghast engagement agreement, draft cover note and circulate (1.1). | 1.30 |
| 08/28/04 | Roger L. Frankel | Review amended certification of counsel re Austern professionals. | 0.20 |
| 08/30/04 | Richard H. Wyron | Review revised CIBC engagement letter and order. | 0.30 |
| 08/30/04 | Matthew W. Cheney | Conferences with D. Felder re amended engagement letter and order for CIBC. | 0.20 |
| 08/30/04 | Debra L. Felder | Conference with M. Cheney regarding FCR's statement regarding employment of professionals (.2); review and revise same (1.0); prepare amended order and engagement letter for CIBC (2.5); review various orders entered for financial advisors in other asbestos bankruptcies (1.5). | 5.20 |
| 08/31/04 | Debra L. Felder | Retrieve United Artists case regarding indemnification (.1); review amended order and engagement letter regarding CIBC (.2); continue drafting application to employ Tillinghast as consultant (1.0). | 1.30 |
| 08/31/04 | Matthew W. Cheney | Conferences with R. Wyron and D. Felder re CIBC indemnity. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.50 | $302.50 |
| Richard H. Wyron | $510.00 | 6.50 | $3,315.00 |
| Matthew W. Cheney | $310.00 | 1.80 | $558.00 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 3

CLIENT:  25369
MATTER: .0010
INVOICE: 274202

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra L. Felder | $205.00 | 20.10 | $4,120.50 |
| **TOTAL HOURS & FEES** | | **28.90** | **$8,296.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Telephone | 0.44 |
| **TOTAL OTHER CHARGES** | **$0.44** |

**CURRENT INVOICE DUE**......................................................................$8,296.44

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW. SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274202

OUR REFERENCE: 25369.0010

## INVOICE SUMMARY

TOTAL FEES............................................................................$8,296.00

TOTAL OTHER CHARGES ....................................................$0.44

**TOTAL AMOUNT DUE** ............................................................**$8,296.44**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington. DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No :    254070116
Account No :          15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274203

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/02/04 | Roger L. Frankel | Telephone conference with client re GHR issues (.2); review Kenisis bills (.5). | 0.70 |
| 08/03/04 | Debra O. Fullem | Conference with P. Reyes re follow up on May and June invoices. | 0.20 |
| 08/03/04 | Debra O. Fullem | Review May and June invoices and begin drafting fee applications. | 1.50 |
| 08/05/04 | Debra O. Fullem | Conference with P. Reyes regarding status of May and June invoices. | 0.20 |
| 08/05/04 | Debra O. Fullem | Draft Swidler May and June fee applications. | 2.00 |
| 08/16/04 | Debra O. Fullem | Prepare May and June fee statements. | 2.50 |
| 08/16/04 | Debra O. Fullem | Prepare e-mail to Patricia Cuniff at Pachulski Stang regarding service list for fee applications. | 0.20 |
| 08/17/04 | Debra O. Fullem | Prepare June fee statement. | 1.50 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/29/04  
Page 2

CLIENT:  25369  
MATTER:  .0011  
INVOICE: 274203

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/19/04 | Debra O. Fullem | Review response from Patricia Cuniff at Pachulski regarding professional fee applications service list; review various professionals fee applications filed in the case and less detail attached to same; prepare follow up e-mail to Patricia Cuniff regarding proper format for fee applications. | 0.50 |
| 08/19/04 | Roger L. Frankel | Review and revise May and June monthly interim fee applications. | 0.40 |
| 08/20/04 | Debra O. Fullem | Discuss with R. Wyron regarding format of professionals fee applications and less detail required. | 0.20 |
| 08/23/04 | Debra O. Fullem | Conference with R. Wyron regarding comments on May and June fee applications. | 0.20 |
| 08/23/04 | Debra O. Fullem | Review Swidler's July prebills and comment; forward to R. Wyron for review. | 0.80 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.10 | $665.50 |
| Debra O. Fullem | $175.00 | 9.80 | $1,715.00 |
| **TOTAL HOURS & FEES** | | **10.90** | **$2,380.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.......................................................................**$2,380.50**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C.  20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274203

OUR REFERENCE: 25369.0011

## INVOICE  SUMMARY

TOTAL FEES......................................................................................$2,380.50

TOTAL OTHER CHARGES.....................................................................$0.00

**TOTAL AMOUNT DUE** .............................................................**$2,380.50**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O  Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No :     254070116
Account No :          15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274204

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/23/04 | Matthew W. Cheney | Review correspondence from R. Wyron re professional applications. | 0.10 |
| 08/23/04 | Matthew W. Cheney | Review certificate of counsel. | 0.20 |
| 08/23/04 | Matthew W. Cheney | Telephone conferences with J. Phillips and C. Hartman re certificate of counsel. | 0.30 |
| 08/23/04 | Debra O. Fullem | Review and respond to email from Mr. Austern regarding his May and June fee statements. | 0.20 |
| 08/26/04 | Debra O. Fullem | Prepare David Austern's May and June fee applications; email to David Austern requesting his review, comment or approval regarding same. | 3.50 |
| 08/26/04 | Richard H. Wyron | Review Mr. Austern's fee application draft and provide comments. | 0.30 |
| 08/31/04 | Debra O. Fullem | Review D. Austern's signed May and June fee applications (.1); coordinate same for filing with Court (.2); prepare certificate of service with service list of parties (.5); discuss with S. McKee particular manner of service on parties (.2); e-mail materials to Warren Smith, fee auditor, in Word as required (.2). | 1.20 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/29/04  
Page 2

CLIENT:  25369  
MATTER: .0012  
INVOICE: 274204

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $510.00 | 0.30 | $153.00 |
| Matthew W. Cheney | $310.00 | 0.60 | $186.00 |
| Debra O. Fullem | $175.00 | 4.90 | $857.50 |
| **TOTAL HOURS & FEES** | | **5.80** | **$1,196.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**................................................................**$1,196.50**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. XX-XXXXXXX

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274206

CLIENT/CASE: 25369.0013

RE: Trust Distribution Procedures

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/17/04 | Matthew W. Cheney | Review professional applications and orders. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Matthew W. Cheney | $310.00 | 0.50 | $155.00 |
| **TOTAL HOURS & FEES** | | **0.50** | **$155.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**...................................................................**$155.00**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274206

OUR REFERENCE: 25369.0013

## INVOICE  SUMMARY

TOTAL FEES................................................................................$155.00

TOTAL OTHER CHARGES ................................................................$0.00

**TOTAL AMOUNT DUE** ..........................................................**$155.00**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn:  Accounting Department
P O Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No :    254070116
Account No :          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04

CLIENT/CASE: 25369.0014

INVOICE NUMBER: 274212

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/12/04 | Roger L. Frankel | Non-working travel to DC. | 2.30 |
| 08/16/04 | Richard H. Wyron | Non-working portion of travel time to Chicago for meeting. | 1.60 |
| 08/17/04 | Roger L. Frankel | Non-working travel to DC. | 1.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $302.50 | 3.30 | $998.25 |
| Richard H. Wyron | $255.00 | 1.60 | $408.00 |
| **TOTAL HOURS & FEES** | | **4.90** | **$1,406.25** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$1,406.25

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274212

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES ................................................................................ $1,406.25

TOTAL OTHER CHARGES ..................................................................... $0.00

**TOTAL AMOUNT DUE** ............................................................ **$1,406.25**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:       Citibank, F S B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No :    254070116
Account No :         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274205

CLIENT/CASE: 25369.0015

RE:  FCR Retention Appeals

## FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 08/02/04 | Matthew W. Cheney | Review briefs re: appeal of FCR order. | 0.80 |
| 08/02/04 | Matthew W. Cheney | Conference with R. Frankel re: appeal. | 0.10 |
| 08/02/04 | Matthew W. Cheney | Telephone conference with S. Blatnick re: appeal. | 0.10 |
| 08/02/04 | Matthew W. Cheney | Conference with D. Felder re: pro hac motions for appeal. | 0.10 |
| 08/03/04 | Matthew W. Cheney | Review local rules re briefing requirements. | 0.20 |
| 08/03/04 | Matthew W. Cheney | Conference with D. Felder re FCR appeal and brief. | 0.10 |
| 08/03/04 | Matthew W. Cheney | Telephone conference with S. Blatnick re briefs. | 0.10 |
| 08/03/04 | Matthew W. Cheney | Draft correspondence to S. Blatnick re briefs. | 0.10 |
| 08/03/04 | Matthew W. Cheney | Conference with R. Frankel re brief. | 0.10 |
| 08/03/04 | Matthew W. Cheney | Conference with D. Felder re brief. | 0.10 |
| 08/03/04 | Matthew W. Cheney | Draft brief on FCR appeal. | 0.60 |
| 08/04/04 | Debra L. Felder | Draft motion for pro hac vice admission. | 0.80 |
| 08/05/04 | Matthew W. Cheney | Conference with D. Felder re FCR appeal and brief. | 0.20 |
| 08/06/04 | Matthew W. Cheney | Review and respond to correspondence from D. Felder re FCR appeal. | 0.30 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 2

CLIENT:  25369
MATTER: .0015
INVOICE: 274205

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/06/04 | Debra L. Felder | Review appellants' briefs and Debtors' draft brief (1.5); conference with R. Frankel regarding Debtors' brief (.5); telephone conference with S. Blatnick regarding same (.8). | 2.80 |
| 08/06/04 | Roger L. Frankel | Review briefs of appellees to construct FCR brief (1.8); notes re same (.6). | 2.40 |
| 08/06/04 | Roger L. Frankel | Review K&E draft appeal brief (.8); notes re same (.3); confer with D. Felder re same (.3). | 1.40 |
| 08/06/04 | Roger L. Frankel | Review 524(g) issues. | 0.40 |
| 08/09/04 | Debra L. Felder | Telephone conference with S. Blatnick regarding Debtors' brief (.2); telephone conferences with J. Cunningham regarding same (.5); review local rules regarding briefing schedule (.5). | 1.20 |
| 08/09/04 | Matthew W. Cheney | Review correspondence from D. Felder re brief. | 0.20 |
| 08/10/04 | Debra L. Felder | E-mail correspondence with S. Blatnick regarding Debtors' brief and order entered in Congoleum appeal (.2); telephone conferences with J. Cohn, S. Blatnick and J. Cunningham regarding briefing schedule (.5); telephone conferences with J. Cohn regarding stipulated order modifying briefing schedule (.5); review stipulated order (.2); conference with R. Frankel regarding stipulated order (.2); draft letter to J. Cohn regarding same (.5); review notices of appeal (.2). | 2.30 |
| 08/10/04 | Roger L. Frankel | Review e-mails, draft stipulation, letter to Judge re extension of time to file briefs (.3); confer with D. Felder (.3). | 0.60 |
| 08/10/04 | Roger L. Frankel | Review draft letter to J. Cohn re party status; e-mails re same. | 0.30 |
| 08/11/04 | Matthew W. Cheney | Conference with D. Felder re status of FCR appeal. | 0.10 |
| 08/11/04 | Matthew W. Cheney | Review correspondence re briefing schedule. | 0.10 |
| 08/11/04 | Richard H. Wyron | Review draft brief (.4); review status with D. Felder and R. Frankel (.2); review correspondence from insurers (.3). | 0.90 |
| 08/12/04 | Richard H. Wyron | Continue review of draft brief. | 0.30 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/29/04  
Page 3

CLIENT: 25369  
MATTER: .0015  
INVOICE: 274205

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 08/12/04 | Matthew W. Cheney | Review correspondence from R. Frankel and D. Felder re FCR appeal. | 0.20 |
| 08/16/04 | Matthew W. Cheney | Conference with D. Felder re FCR brief. | 0.10 |
| 08/16/04 | Roger L. Frankel | Review and edit draft brief from K&E of FCR appeal while traveling to Chicago. | 1.20 |
| 08/18/04 | Debra L. Felder | Review Debtors' brief and transcript from appeal of FCR order in Congoleum Corp. bankruptcy. | 1.40 |
| 08/23/04 | Matthew W. Cheney | Conference with D. Felder re status of FCR appeal. | 0.10 |
| 08/24/04 | Matthew W. Cheney | Review brief on FCR appeal. | 1.30 |
| 08/24/04 | Matthew W. Cheney | Conference with R. Wyron re FCR appeal. | 0.30 |
| 08/24/04 | Roger L. Frankel | Confer with R. Wyron re Lockwood telephone conversation, briefing on appeal. | 0.40 |
| 08/24/04 | Roger L. Frankel | Review with R. Wyron issues re FCR appeal; notes. | 0.30 |
| 08/24/04 | Roger L. Frankel | Review, notes re draft K&E brief. | 1.20 |
| 08/24/04 | Richard H. Wyron | Telephone conference with P. Lockwood and J. Baer regarding briefing, and follow-up (.7); review appeal briefs and outline issues (.6). | 1.30 |
| 08/25/04 | Richard H. Wyron | Review drafts from Debtors and Committee of briefs on appeal (1.8); draft joinder (1.3); provide comments to Debtor (.6). | 3.70 |
| 08/25/04 | Roger L. Frankel | Review draft joinder in debtor's brief (.5); review ACC draft brief (1.0). | 1.50 |
| 08/25/04 | Debra L. Felder | Conference with R. Wyron and M. Cheney regarding Debtors' brief and Austern's qualifications (.3); review motion to appoint futures representative and May 24, 2004 transcript appointing D. Austern (.6); prepare e-mail summary regarding same (.4); tele-conference with S. Blatnick regarding Debtors' brief (.4); prepare certificate of service (1.0). | 2.70 |
| 08/25/04 | Matthew W. Cheney | Conference with R. Wyron and D. Felder re FCR appeal. | 0.30 |
| 08/25/04 | Matthew W. Cheney | Draft joinder in debtors brief on FCR appeal. | 1.50 |
| 08/25/04 | Matthew W. Cheney | Telephone conference with C. Hartman re joinder. | 0.10 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 4

CLIENT: 25369
MATTER: .0015
INVOICE: 274205

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/25/04 | Matthew W. Cheney | Conference with R. Wyron re joinder. | 0.10 |
| 08/25/04 | Matthew W. Cheney | Review ACC's brief on FCR appeal. | 0.20 |
| 08/26/04 | Matthew W. Cheney | Conference with R. Wyron re FCR appeal. | 0.10 |
| 08/26/04 | Matthew W. Cheney | Telephone conference with C. Hartman re filing joinder. | 0.10 |
| 08/26/04 | Matthew W. Cheney | Conference with D. Felder re service of joinder. | 0.10 |
| 08/26/04 | Matthew W. Cheney | Draft correspondence to C. Hartman enclosing joinder. | 0.10 |
| 08/26/04 | Debra L. Felder | Telephone conference with S. Blatnick regarding Debtors' brief (.1); finalize FCR's brief and certificate of service (.4). | 0.50 |
| 08/26/04 | Roger L. Frankel | Review "final" draft of brief from K&E (1.1); exchange of e-mails re same (.2). | 1.30 |
| 08/26/04 | Roger L. Frankel | Review with R. Wyron issues re Joinder in K&E brief (.3); telephone conversation with D. Austern re same (.1). | 0.40 |
| 08/26/04 | Roger L. Frankel | Review Joinder (final). | 0.20 |
| 08/26/04 | Richard H. Wyron | Confer with R. Frankel (.2); revise Joinder for FCR (.4); calls to Debtor and Committee counsel (.3). | 0.90 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 11.60 | $7,018.00 |
| Richard H. Wyron | $510.00 | 7.10 | $3,621.00 |
| Matthew W. Cheney | $310.00 | 7.90 | $2,449.00 |
| Debra L. Felder | $205.00 | 11.70 | $2,398.50 |
| **TOTAL HOURS & FEES** | | **38.30** | **$15,486.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 13.35 |
| Telephone | 0.88 |
| Secretarial Services | 4.00 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
09/29/04
Page 5

CLIENT:  25369
MATTER: .0015
INVOICE: 274205

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $18.23 |

**CURRENT INVOICE DUE**...................................................................$15,504.73

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/29/04
INVOICE NUMBER: 274205

OUR REFERENCE: 25369.0015

## INVOICE  SUMMARY

TOTAL FEES...........................................................................$15,486.50

TOTAL OTHER CHARGES .........................................................$18.23

**TOTAL AMOUNT DUE** .........................................................**$15,504.73**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin Shereff Friedman. LLP
Attn:  Accounting Department
P O  Box 3766
Washington. DC  20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:         Swidler Berlin Shereff Friedman. LLP
ABA Routing No :     254070116
Account No :          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**