# EXHIBIT 2

## Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of April 2004

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| **Printing** | $119.24 |
| **Postage/Shipping** | $202.12 |
| **Pacer** | $93.17 |
| **Notary** | $5.00 |
| **Faxing** | $3.40 |
| **Document Storage** | $391.50 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,664.43 |

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of April 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,664.43 |

| Invoice # | Client | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040430 | WR Grace | BMC | $850.00 | 4/30/04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040430 | WR Grace | BMC | $391.50 | 4/30/04 | Document Storage | 270 boxes |
| WRG040430 | WR Grace | April Fax Charges | $3.40 | 4/30/04 | Faxing | April Fax Charges |
| WRG040430 | WR Grace | Manhattan Postal | $5.00 | 4/19/04 | Notary | notarize 1 POS |
| WRG040430 | WR Grace | Pacer | $93.17 | 4/1/04 | Pacer | qtrly court doc dwnld 1/1-3/31 |
| WRG040430 | WR Grace | Fed Ex | $36.93 | 4/22/04 | Postage/Shipping | David Carickhoff Tracking ID 791826035353 |
| WRG040430 | WR Grace | Fed Ex | $36.13 | 4/22/04 | Postage/Shipping | Rachel Schulman Tracking ID 791826029531 |
| WRG040430 | WR Grace | Fed Ex | $33.76 | 4/6/04 | Postage/Shipping | Perch Tracking ID 792610766044 |
| WRG040430 | WR Grace | Fed Ex | $33.76 | 4/6/04 | Postage/Shipping | Matthew Zaleski Tracking ID 790110231668 |
| WRG040430 | WR Grace | Fed Ex | $41.65 | 4/6/04 | Postage/Shipping | Warren Smith Tracking ID 790110223340 |
| WRG040430 | WR Grace | Fed Ex | $19.89 | 4/19/04 | Postage/Shipping | Patrica Cuniff Tracking ID 790615029017 |
| WRG040430 | WR Grace | BMC | $119.24 | 4/30/04 | Printing | doc printing 2981 pages |



**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**(206) 725-5405**

WR Grace
INVOICE SUMMARY

| **Invoice Number** | **Production Date** | **Total** |
|---|---|---|
| Invoice #   021-20040414-1 | 4/14/2004 | $469.75 |
| | Total | $469.75 |

Wire payments may be sent to the following account:

Bank:  Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*



**bmc**
Bankruptcy Management Corporation

6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 4/14/2004
**Invoice #:** 021-20040414-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omnibus 3 Objection - Custom MF 8523/8524 | 15 / 115 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 115 Pieces @ $.60 each | $69.00 |
| | | | Production | Collate and Stuff | 230 Pieces @ $.10 each | $23.00 |
| | | | | Copy | 1725 Pieces @ $.15 each | $258.75 |
| | | | | Variable Print Black Only | 230 Pieces @ $.25 each | $57.50 |
| | | | Supplies | InkJet Envelopes | 115 Pieces @ $.10 each | $11.50 |
| | | | | | **Total Due:** | **$469.75** |

*Invoice Due Upon Receipt*