# EXHIBIT 2

# Bankruptcy Management Corporation
## WR Grace
MONTHLY SUMMARY OF EXPENSES

For the Month of May  2004

| EXPENSE CATEGORY | Expense Amount |  |
|---|---|---|
| **Printing** | $108.72 | |
| **Postage/Shipping** | $83.48 | |
| **Document Storage** | $391.50 | |
| **B-Linx/Data Storage** | $850.00 | |
| Monthly Total: | $1,433.70 | |

# Bankruptcy Management Corporation
## WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of May  2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,433.70 |

| Invoice # | Client | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040531 | WR Grace | BMC | $850.00 | 31-May-04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040531 | WR Grace | BMC | $391.50 | 31-May-04 | Document Storage | 270 boxes |
| WRG040531 | WR Grace | Fed Ex | $36.31 | 18-May-04 | Postage/Shipping | Bill hurley Tracking ID 791245621720 |
| WRG040531 | WR Grace | Fed Ex | $26.77 | 06-May-04 | Postage/Shipping | Patricia Cuniff Tracking ID 792634840033 |
| WRG040531 | WR Grace | Fed Ex | $20.40 | 25-May-04 | Postage/Shipping | Michelle Dalsin Tracking ID 790159188389 |
| WRG040531 | WR Grace | BMC | $108.72 | 31-May-04 | Printing | doc printing 2718 pages |



**Bankruptcy Management Corporation**

6096 Upland Terrace S

Seattle, WA 98118

(206) 725-5405

WR Grace

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20040505-2 | 5/5/2004 | $539.33 |
| Invoice # | 021-20040505-1 | 5/5/2004 | $357.40 |
| | | **Total** | $896.73 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*



**Bankruptcy Management Corporation**
**6096 Upland Terrace South**
**Seattle, WA 98118**
**(206) 725-5405**

WR Grace

**Production Date:** 5/5/2004
**Invoice #:** 021-20040505-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 4th Omnibus Objection to Claims w/Custom Doc MF 8749 | 17 / 91 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 90 Pieces @ $.60 each | $54.00 |
| | | | | USPS - International (at cost) | 1 Piece @ $.85 each | $0.85 |
| | | | Production | Collate and Stuff | 182 Pieces @ $.10 each | $18.20 |
| | | | | Copy | 1365 Pieces @ $.15 each | $204.75 |
| | | | | Variable Print Black Only | 182 Pieces @ $.25 each | $45.50 |
| | | | Supplies | InkJet Envelopes | 91 Pieces @ $.10 each | $9.10 |

**Total Due:** **$357.40**

*Invoice Due Upon Receipt*



**bmc**
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 5/5/2004
**Invoice #:** 021-20040505-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 5th Omnibus Objection to Claims MF 8751/8752 | 19 / 117 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 116 Pieces @ $.83 each | $96.28 |
| | | | | USPS - MX/CA (at cost) | 1 Piece @ $1.10 each | $1.10 |
| | | | Production | Collate and Stuff | 234 Pieces @ $.10 each | $23.40 |
| | | | | Copy | 1989 Pieces @ $.15 each | $298.35 |
| | | | | Variable Print Black Only | 234 Pieces @ $.25 each | $58.50 |
| | | | Supplies | InkJet Envelopes | 117 Pieces @ $.10 each | $11.70 |

**Total Due:** $539.33

*Invoice Due Upon Receipt*