# EXHIBIT 2

## Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of June 2004

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| **Printing** | $193.08 |
| **Postage/Shipping** | $113.58 |
| **Document Storage** | $394.40 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,551.06 |

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of June 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,551.06 |

| Invoice # | Client | Vendor | Amount | Date | Expense  TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040630 | WR Grace | BMC | $850.00 | 30-Jun-04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040630 | WR Grace | BMC | $394.40 | 30-Jun-04 | Document Storage | 272 boxes |
| WRG040630 | WR Grace | Fed Ex | $19.98 | 29-Jun-04 | Postage/Shipping | Lisa Ruppaner Tracking ID 846771172199 |
| WRG040630 | WR Grace | Fed Ex | $74.20 | 09-Jun-04 | Postage/Shipping | Tiffany Wood Tracking ID 792018206602 |
| WRG040630 | WR Grace | Fed Ex | $19.40 | 08-Jun-04 | Postage/Shipping | Tiffany Wood Tracking ID 792017006953 |
| WRG040630 | WR Grace | BMC | $193.08 | 30-Jun-04 | Printing | doc printing 4827 pages |

| JobItemType | JobItem | Pages/Pty | JobSpecName | Tasks | Units | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | Omnibus 3 Objection MF 9249 | 18 / 106 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 106 Pieces @ $.60 each | $63.60 |
| | | | Production | Copy | 1908 Pieces @ $.15 each | $286.20 |
| | | | | Stuff/Mail | 106 Pieces @ $.10 each | $10.60 |
| | | | Supplies | InkJet and Envelopes | 106 Pieces @ $.10 each | $10.60 |
| | | | | | | $396.00 |

| JobItemType | JobItem | Pages/Parties | JobSpecName | Task | Units | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Fee Appl and Monthly Billing ReporT MF 9378/9379/9380/9381 | 252 / 6 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $5.05 each | $15.15 |
| | | | Production | Copy | 756 Pieces @ $.15 each | $113.40 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff/Mail | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | InkJet and Envelopes | 3 Pieces @ $.10 each | $0.30 |
| Noticing Document | BMC Fee Applications MF 9378/9379/9380/9381 | 160 / 21 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 4 Pieces @ $3.85 each | $15.40 |
| | | | Production | Copy | 640 Pieces @ $.15 each | $96.00 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff/Mail | 4 Pieces @ $.10 each | $0.40 |
| | | | Supplies | InkJet and Envelopes | 4 Pieces @ $.10 each | $0.40 |
| | | | | | | $641.35 |


| JobItemType | JobItem | Pages/Pty | JobSpecName | Tasks | Units | txtTotal |
|---|---|---|---|---|---|---:|
| Noticing Document | Notice of Erratum re: 11th Quarter 2003 MF 9445/9446 | 5/21/2004 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 5 Pieces @ $.37 each | $1.85 |
| | | | Production | Copy | 25 Pieces @ $.15 each | $3.75 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.10 each | $0.50 |
| | | | Supplies | InkJet and Envelopes | 5 Pieces @ $.10 each | $0.50 |
| | | | | | | $206.60 |