# EXHIBIT 2

## Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of April  2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Printing** | $119.24 |
| **Postage/Shipping** | $202.12 |
| **Pacer** | $93.17 |
| **Notary** | $5.00 |
| **Faxing** | $3.40 |
| **Document Storage** | $391.50 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,664.43 |

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of April  2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,664.43 |

| Invoice # | Client | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---:|---|---|---|
| WRG040430 | WR Grace | BMC | $850.00 | 4/30/04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040430 | WR Grace | BMC | $391.50 | 4/30/04 | Document Storage | 270 boxes |
| WRG040430 | WR Grace | April Fax Charges | $3.40 | 4/30/04 | Faxing | April Fax Charges |
| WRG040430 | WR Grace | Manhattan Postal | $5.00 | 4/19/04 | Notary | notarize 1 POS |
| WRG040430 | WR Grace | Pacer | $93.17 | 4/1/04 | Pacer | qtrly court doc dwnld 1/1-3/31 |
| WRG040430 | WR Grace | Fed Ex | $36.93 | 4/22/04 | Postage/Shipping | David Carickhoff Tracking ID 791826035353 |
| WRG040430 | WR Grace | Fed Ex | $36.13 | 4/22/04 | Postage/Shipping | Rachel Schulman Tracking ID 791826029531 |
| WRG040430 | WR Grace | Fed Ex | $33.76 | 4/6/04 | Postage/Shipping | Perch Tracking ID 792610766044 |
| WRG040430 | WR Grace | Fed Ex | $33.76 | 4/6/04 | Postage/Shipping | Matthew Zaleski Tracking ID 790110231668 |
| WRG040430 | WR Grace | Fed Ex | $41.65 | 4/6/04 | Postage/Shipping | Warren Smith Tracking ID 790110223340 |
| WRG040430 | WR Grace | Fed Ex | $19.89 | 4/19/04 | Postage/Shipping | Patrica Cuniff Tracking ID 790615029017 |
| WRG040430 | WR Grace | BMC | $119.24 | 4/30/04 | Printing | doc printing 2981 pages |

## Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of May 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Printing** | $108.72 |
| **Postage/Shipping** | $83.48 |
| **Document Storage** | $391.50 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,433.70 |

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of May 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,433.70 |

| Invoice # | Client | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040531 | WR Grace | BMC | $850.00 | 31-May-04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040531 | WR Grace | BMC | $391.50 | 31-May-04 | Document Storage | 270 boxes |
| WRG040531 | WR Grace | Fed Ex | $36.31 | 18-May-04 | Postage/Shipping | Bill hurley Tracking ID 791245621720 |
| WRG040531 | WR Grace | Fed Ex | $26.77 | 06-May-04 | Postage/Shipping | Patricia Cuniff Tracking ID 792634840033 |
| WRG040531 | WR Grace | Fed Ex | $20.40 | 25-May-04 | Postage/Shipping | Michelle Dalsin Tracking ID 790159188389 |
| WRG040531 | WR Grace | BMC | $108.72 | 31-May-04 | Printing | doc printing 2718 pages |

## Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of June  2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Printing** | $193.08 |
| **Postage/Shipping** | $113.58 |
| **Document Storage** | $394.40 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,551.06 |

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of June  2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,551.06 |

| Invoice # | Client | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040630 | WR Grace | BMC | $850.00 | 30-Jun-04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040630 | WR Grace | BMC | $394.40 | 30-Jun-04 | Document Storage | 272 boxes |
| WRG040630 | WR Grace | Fed Ex | $19.98 | 29-Jun-04 | Postage/Shipping | Lisa Ruppaner Tracking ID 846771172199 |
| WRG040630 | WR Grace | Fed Ex | $74.20 | 09-Jun-04 | Postage/Shipping | Tiffany Wood Tracking ID 792018206602 |
| WRG040630 | WR Grace | Fed Ex | $19.40 | 08-Jun-04 | Postage/Shipping | Tiffany Wood Tracking ID 792017006953 |
| WRG040630 | WR Grace | BMC | $193.08 | 30-Jun-04 | Printing | doc printing 4827 pages |

| JobItemType | JobItem | Pages/Pty | JobSpecName | Tasks | Units | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | Omnibus 3 Objection - Custom MF 8523/8524 | 15 / 115 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 115 Pieces @ $.60 each | $69.00 |
| | | | Production | Collate and Stuff | 230 Pieces @ $.10 each | $23.00 |
| | | | | Copy | 1725 Pieces @ $.15 each | $258.75 |
| | | | | Variable Print Black Only | 230 Pieces @ $.25 each | $57.50 |
| | | | Supplies | InkJet and Envelopes | 115 Pieces @ $.10 each | $11.50 |

| JobItemType | JobItem | Pages/Pty | JobSpecName | Tasks | Units | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | 4th Omnibus Objection to Claims w/Custom Doc MF 8749 | 17 / 91 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 90 Pieces @ $.60 each | $54.00 |
| | | | | USPS - International (at cost) | 1 Piece @ $.85 each | $0.85 |
| | | | Production | Collate and Stuff | 182 Pieces @ $.10 each | $18.20 |
| | | | | Copy | 1365 Pieces @ $.15 each | $204.75 |
| | | | | Variable Print Black Only | 182 Pieces @ $.25 each | $45.50 |
| | | | Supplies | InkJet and Envelopes | 91 Pieces @ $.10 each | $9.10 |

| JobItemType | JobItem | Text60 | JobSpecName | Text43 | Units | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | 5th Omnibus Objection to Claims MF 8751/8752 | 19 / 117 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 116 Pieces @ $.83 each | $96.28 |
| | | | | USPS - MX/CA (at cost) | 1 Piece @ $1.10 each | $1.10 |
| | | | Production | Collate and Stuff | 234 Pieces @ $.10 each | $23.40 |
| | | | | Copy | 1989 Pieces @ $.15 each | $298.35 |
| | | | | Variable Print Black Only | 234 Pieces @ $.25 each | $58.50 |
| | | | Supplies | InkJet and Envelopes | 117 Pieces @ $.10 each | $11.70 |

| JobItemType | JobItem | Pages/Pty | JobSpecName | Tasks | Units | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | Omnibus 3 Objection MF 9249 | 18 / 106 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 106 Pieces @ $.60 each | $63.60 |
| | | | Production | Copy | 1908 Pieces @ $.15 each | $286.20 |
| | | | | Stuff/Mail | 106 Pieces @ $.10 each | $10.60 |
| | | | Supplies | InkJet and Envelopes | 106 Pieces @ $.10 each | $10.60 |
| | | | | | | $396.00 |

| JobItemType | JobItem | Pages / Parties | JobSpecName | Task | Units | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Fee Appl and Monthly Billing ReporT MF 9378/9379/9380/9381 | 252 / 6 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $5.05 each | $15.15 |
| | | | Production | Copy | 756 Pieces @ $.15 each | $113.40 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff/Mail | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | InkJet and Envelopes | 3 Pieces @ $.10 each | $0.30 |
| Noticing Document | BMC Fee Applications MF 9378/9379/9380/9381 | 160 / 21 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 4 Pieces @ $3.85 each | $15.40 |
| | | | Production | Copy | 640 Pieces @ $.15 each | $96.00 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff/Mail | 4 Pieces @ $.10 each | $0.40 |
| | | | Supplies | InkJet and Envelopes | 4 Pieces @ $.10 each | $0.40 |
| | | | | | | $641.35 |

| JobItemType | JobItem | Pages/Pty | JobSpecName | Tasks | Units | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | Notice of Erratum re: 11th Quarter 2003 MF 9445/9446 | 5/21/2004 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 5 Pieces @ $.37 each | $1.85 |
| | | | Production | Copy | 25 Pieces @ $.15 each | $3.75 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.10 each | $0.50 |
| | | | Supplies | InkJet and Envelopes | 5 Pieces @ $.10 each | $0.50 |
| | | | | | | $206.60 |