IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: November 15, 2004 at 12:00 p.m. |
| | ) | Ref. Docket Nos. 6557, 6793 |

## TOWN OF ACTON'S MOTION FOR LEAVE TO FILE REPLY TO DEBTORS' RESPONSE IN OPPOSITION TO THE TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS

The Town of Acton, Massachusetts (the "Town") hereby requests authority pursuant to Del. Bankr. LR 9006-1(d) to file a reply ("Reply") to the Response in Opposition to the Town of Acton's Motion for Relief From the Automatic Stay and for Related Determinations (the "Response").

1. The Town seeks leave to file the Reply to address certain mistakes or misrepresentations of fact alleged in the Response, including, but not limited to:

   a. the Debtors' misapprehension of the scope of relief the Town is seeking;

   b. the Debtors' mistaken belief that the amount and propriety of the final assessments are properly before this Court; and

   c. the Debtors' assertion that the Town has failed to show any specific identifiable harm if the Town of Acton's Motion for Relief From the Automatic Stay and for Related Determinations (the "Motion") is denied.

2. In addition, the Town seeks to address certain misstatements of law which govern this proceeding, including, but not limited to, misstatements of applicable state law which:

   a. supports the Town's assertion that it has a post-petition claim against the Debtors' estates; and

470.001-5583

  b. refutes the Debtors' assertion that the Town can simply redistribute the Debtors' final better assessments to other landowners.

  3. The Town submits that it should be permitted to file a reply to assist the Court in narrowing the issues before it relating to the Motion and the Response.

WHEREFORE, the Town respectfully requests the entry of an Order granting permission to file the Reply, a copy of which is attached hereto as Exhibit "A."

Dated: November 5, 2004

LANDIS RATH & COBB LLP

*/s/ Adam G. Landis*

Adam G. Landis (No. 3407)
Megan N. Harper (No. 4103)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Fax: (302) 467-4450

-and-

Thomas O. Bean
Eric P. Magnuson
NUTTER, MCCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2604
Telephone: (617) 439-2000

Counsel for the Town of Acton, Massachusetts