# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | x |
| In re: | : Chapter 11 |
| | : |
| W.R. GRACE, et al., | : Delaware Bankruptcy |
| | : Case No. 01-01139 (JFK) |
| Debtors. | : |
| | : Jointly Administered |
| | : |
| | : |
| | x |

**DECLARATION OF GUSTAVO E. BAMBERGER IN SUPPORT OF THE
APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS FOR AN ORDER, *NUNC PRO TUNC* TO
OCTOBER 29, 2004, APPROVING AND AUTHORIZING LEXECON LLC AS
ASBESTOS CLAIMS CONSULTANT TO THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | | |
| | ) | ss: | Chicago |
| COUNTY OF COOK | ) | | |

GUSTAVO E. BAMBERGER, hereby declares

1.     I am a Senior Vice President of Lexecon LLC (**"Lexecon"**), with offices located at 322 South Michigan Avenue, Chicago, Illinois 60604.

2.     I am an economist who specializes in the application of economics to legal and regulatory issues.  I submit this declaration (the **"Declaration"**) pursuant to Delaware Local Bankruptcy Rule 2014-1, sections 328(a), 504 and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.; and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure in support of the application (the **"Application"**) of the Official Committee of Equity Security Holders (the **"Equity Committee"**) of the above-captioned debtors and debtors in possession (the **"Debtors"**), for an order, *nunc pro tunc* to October 29, 2004, authorizing the retention and

employment of my firm, Lexecon, as asbestos claim consultants. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

## LEXECON'S QUALIFICATIONS

3.    The Equity Committee has selected Lexecon as its asbestos claims consultant because of its extensive and diverse experience, knowledge and reputation in the field of economic and statistical analysis, including in the asbestos claims field.  Lexecon is well-qualified to provide the asbestos claims consulting services and expertise that are required by the Equity Committee in these chapter 11 cases.  Lexecon is a leading consulting firm that specializes in the analysis of complex economic and statistical issues in connection with legal and regulatory proceedings and other business activities.  Lexecon often serves as an expert on such issues and has been retained by national and international companies to assist with litigation in numerous forums.  As a Senior Vice President of Lexecon, I will take the lead role in Lexecon's service to the Equity Committee.  In addition to testifying as an expert witness in the Western Asbestos Company bankruptcy and submitting an expert report in the Congoleum bankruptcy, I have provided expert witness testimony on economic issues before the United States Senate and numerous federal courts and regulatory agencies.

## TERMS OF LEXECON'S RETENTION

4.    As set forth in the Application, the services that Lexecon may perform for the Equity Committee include, but are not limited to, the following:

(a)    estimating costs associated with liquidating future asbestos claims;

(b)    estimating the costs under a plan of resolving such claims;

(c)    testifying on behalf of the Equity Committee, if necessary; and

- 2 -

        (d)        performing any other necessary services as the Equity Committee or the Equity Committee's counsel may request from time to time with respect to any asbestos-related issue.

5.        Subject to Court approval and in accordance with § 328(a) of the Bankruptcy Code, compensation will be paid to Lexecon as stated in the Application and as set forth in the Retention Agreement, on an hourly basis, to be paid by the Debtors. The current hourly rates to be paid are:[1]

| | |
|---|---|
| Gustavo E. Bamberger, Ph.D. | $525 |
| Lynette R. Neumann, Ph.D. | $450 |
| Senior Professionals | $450-530 |
| Consultants | $325-415 |
| Analysts/Data Analysis Research/Support Staff | $100-295 |

The range of billing rates reflects, among other things, differences in experience levels within classifications and differences in services provided.

6.        Lexecon includes in its hourly rates: (1) direct labor costs; (2) fringe benefits; (3) overhead; and (4) fees. Hourly rates do not include fees for use of Lexecon's computer capability or out-of-pocket expenses, such as travel, long distance telephone calls, purchased data, messenger service, express mail, bulk mailing, photocopies, or entertainment. Lexecon bills for such out-of pocket expenses at actual cost or an allocation of estimated actual cost for purchased data used on multiple engagements. This compensation arrangement is consistent with

---

[1] Rates are subject to reasonable and customary increases, beginning no earlier than January 1, 2005, and Lexecon requests that the aforementioned rates be revised to the regular hourly rates in effect from time to time. Members of Lexecon who may perform work for the Equity

and typical of the arrangements entered into by Lexecon regarding the provision of similar services for clients such as the Equity Committee.

## DISCLOSURE CONCERNING CONFLICTS

7.      To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after due inquiry, Lexecon has no connection with the individuals or entities that may be parties in interest in these Chapter 11 cases (collectively, the **"Potential Parties in Interest"**), or with the Debtors except as stated herein.

8.      Lexecon LLC is a single-member Maryland LLC.  FTI Consulting Inc. **("FTI")** is the single member.  A separate operating unit of FTI — FTI Policano & Manzo — was originally retained as the financial advisor to the Official Committee of Unsecured Creditors (the **"Creditors' Committee"**) in this case.  It is my understanding that in January 2004, the members of FTI Policano & Manzo working on the Grace case left FTI to form Capstone LLC.  Capstone LLC subsequently was retained as the financial advisor to the Creditors' Committee by Court order dated June 8, 2004.  FTI's retention was continued solely for the purposes of providing tax advice to the Creditors' Committee.  Lexecon has no connection with Capstone LLC.  None of the Lexecon personnel expected to work on these cases has had any contact with the FTI Policano & Manzo unit or the FTI tax consulting personnel regarding these cases, and we have put into place procedures designed to establish an "ethical wall" to prevent any such contact in the future.

---

Committee in this engagement include, but are not limited to, Dr. Gustavo E. Bamberger, Senior Vice President and Dr. Lynette R. Neumann, Vice President.

9.      Lexecon has not been retained to assist any entity or person other than the Equity Committee on matters in connection with these Chapter 11 cases. If this Court approves the proposed employment of Lexecon by the Equity Committee, Lexecon will not accept any engagement or perform any service in these cases for any entity or person other than the Equity Committee. Lexecon may, however, continue to provide professional services to, and engage in professional relationships with, entities or persons that may be Potential Parties in Interest in these Chapter 11 cases, provided that such services will not have any direct connection with these Chapter 11 cases. I am confident that the representation of such entities in unrelated matters will not affect Lexecon's representation of the Equity Committee in these cases.  In addition, Lexecon has been and may be retained to provide professional services for entities involved in other asbestos-related bankruptcy cases.  I am confident that Lexecon's involvement in such other cases will not affect my representation of the Equity Committee in these cases.

10.     During the course of these Chapter 11 cases, if I or Lexecon discover additional information that requires disclosure, I or Lexecon, as appropriate, will promptly file a supplemental disclosure with the Court.

11.     To the best of my knowledge, information, and belief Lexecon does not have or represent any interest materially adverse to the interests of the Debtors or their estates, creditors or equity interest holders, and has no material connection to the Debtors or Potential Parties in Interest except as noted above. Accordingly, I believe that Lexecon is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that:

        (a)     Neither Lexecon nor any of the Lexecon personnel expected to work on this matter is a creditor, equity security holder or insider of the Debtors;

- 5 -

(b)     Neither Lexecon nor any of the Lexecon personnel expected to work on this matter is or was an investment banker for any outstanding security of the Debtors;

(c)     Neither Lexecon nor any of the Lexecon personnel expected to work on this matter was, within three years before the date of the filing of the Debtors' chapter 11 petitions (i) investment bankers for a security of the Debtors; or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and

(d)     Neither Lexecon nor any of the Lexecon personnel expected to work on this matter was, within two years before the date of filing of the Debtors' Chapter 11 petitions, a director, officer, or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) above.

12.    Lexecon has not shared or agreed to share any of its compensation from the Equity Committee with any other person as permitted by section 504 of the Bankruptcy Code.

13.    I have read the Application filed by the Equity Committee to retain me and Lexecon as asbestos claims consultants and, to the best of my knowledge, information and belief, its contents are true and correct.

14.    I shall amend this Declaration immediately upon my learning that any of the representations contained herein are inaccurate or to the extent that there are any changes of circumstances relating to said representations.

Dated: Chicago, Illinois

November 5, 2004

LEXECON LLC

By: _____

Gustavo E. Bamberger
Senior Vice President
Lexecon LLC
322 South Michigan Avenue
Chicago, Illinois 60604
Telephone: (312) 322-0276
Facsimile: (312) 322-0218