# EXHIBIT B



```
332 S. MICHIGAN AVE.     312 322 0200 PHONE
CHICAGO, IL              312 322 0218 FAX
60604-4397               WWW.LEXECON.COM
Gustavo E. Bamberger

To Call Writer Direct:   312 322 0276
E-mail Address:  gbamberger@lexecon.com
```

November 5, 2004

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10019

Re:   W.R. Grace, et al., Case No. 01-01139

Dear Phil:

This letter will confirm the arrangements for the engagement of Lexecon by the Official Committee of Equity Interest Holders (the "Equity Committee") in the W.R. Grace chapter 11 case for the provision of professional services.

Lexecon will serve as a consultant to you to assist with your representation of the holders of equity interests in W.R. Grace. In connection with this retention, Lexecon may review confidential and non-confidential documents and other materials, provide information to you or other parties designated by you, prepare studies and reports, participate in meetings with you or with other parties designated by you, and undertake other tasks as requested by you.

Lexecon's fee for professional services shall be calculated in accordance with its customary billing rates for the time of professionals working on your behalf, use of its computer capability and expenses. The rates of individuals that may be assigned to work on this assignment and additional terms are summarized on the attached fee schedule.

Philip Bentley
November 5, 2004
Page Two

Lexecon will treat all non-public client information as confidential. We will not release non-public client information without your permission unless required by legal authority of regulatory and judicial bodies with jurisdiction over these matters. Whenever reasonably possible, Lexecon will notify you of such process before any such information is released.

If this letter conforms to your understanding and is acceptable to you, please sign one copy and return it to us. We look forward to the opportunity to work with you on this matter. Please call me if you have any questions.

Sincerely,

*Gustavo Bamberger* (signature)

Gustavo E. Bamberger


Accepted on behalf of Kramer Levin Naftalis & Frankel LLP,

_____
Signature

_____
Printed Name

_____
Date

Lexecon

Schedule of Fees

|  | Fee |
|---|---|
| Gustavo E. Bamberger, Ph.D. | $525/Hr |
| Lynette R. Neumann, Ph.D. | $450/Hr |
| Senior Professionals | $450-530/Hr |
| Consultants | $325-415/Hr |
| Analysts/Data Analysis/Research Support Staff | $100-295/Hr |

Lexecon's invoices will be calculated in accordance with its customary fees for the time of its professional staff and use of its computer capability. Lexecon bills for travel, purchased data and telephone service at actual cost or an allocation of estimated actual cost for purchased data used on multiple engagements. Lexecon's fees are subject to periodic adjustment.

Invoices will be sent on a monthly basis and are due for payment within 30 days of presentation.