IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. [1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline: Nov 29, 2004 at 4:00p.m. |
| | Hearing Date :   TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

W.R. GRACE & COMPANY                    November 5, 2004
5400 BROKEN SOUND BLVD., N.W.           Invoice No.  25568
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


         For Professional Services Rendered through   10/31/04

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


10/01/04 JMA Appeal - receipt and review email from J.          .20     75.00
             Stewart re: supersedeas bond (fee appeal)

10/01/04 JMA Appeal - review Rules and Statute re:             .50    187.50
             supersedeas bond and interest

10/01/04 JMA Appeal - review forms of Bond, Order and         1.00    375.00
             Affidavit of Justification

10/01/04 JMA Appeal - letter to J. Stewart with comments on    .60    225.00
             supersedeas bond documents

10/01/04 JMA Appeal - review and execute attorney appearance   .30    112.50
             and corporate disclosure forms

10/01/04 JMA Appeal - conference with MEF re: preparation of  1.00    375.00
             response to Third Circuit re: jurisdictional
             issue (fee appeal)

10/01/04 JMA Appeal - receipt and review letter from J.        .20     75.00
             Brody to L. Thomas re: Table of Contents

10/01/04 JMA Appeal - receipt and review letter from M.        .20     75.00
             Caffrey to Judge Cavanaugh with Notice of
             Appeal (fee appeal)

10/01/04 JMA Phone - R. Senftleben and CHM re: settlement      .40    150.00
             issues

10/01/04 JMA Appeal - phone - CHM and MEF re: revisions to     .50    187.50
             Grace Brief and jurisdictional issue (fee
             appeal)

10/01/04 JMA Appeal - review Rule 58 and 54 re:              1.00    375.00
             jurisdictional issue (fee appeal)

10/01/04 JMA Appeal - receipt and review letter from M.        .10     37.50
             Caffrey to Clerk re: fee appeal

10/01/04 JMA Receipt and review email from R. Senftleben re:   .20     75.00
             Honeywell and ICO bankruptcy claims

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.            734680                    Page      2
INVOICE NO.           25568

10/01/04 JMA Review of Honeywell's 100% Design Report re:       1.20    450.00
             storm water on western portion (paving issues)

10/01/04 MEF Appeal - prepare letter to clerk regarding          .20     50.00
             appearance and corporate disclosures

10/01/04 MEF Appeal - phone with M. Sprague regarding            .10     25.00
             supplemental appendix and brief

10/01/04 MEF Appeal - conference with JMA regarding             1.00    250.00
             jurisdictional issue and preparation of
             response to 3rd Circuit (fee appeal)

10/01/04 MEF Appeal - phones with JMA and CHM regarding          .50    125.00
             revisions to Grace brief and jurisdictional
             issues

10/01/04 MEF Appeal - conferences with LF regarding final        .60    150.00
             brief and joint appendix citations

10/01/04 MEF Appeal - multiple emails to/from M. Sprague         .60    150.00
             regarding joint appendix and briefs

10/01/04 MEF Appeal - review Honeywell brief with Joint          .80    200.00
             Appendix citations and revise proof brief
             regarding Honeywell citations

10/01/04 MEF Appeal - revise proof brief for filing with        1.50    375.00
             clerk with joint appendix citations

10/01/04 MEF Appeal - prepare certificates of service            .30     75.00
             regarding appearance of counsel and corporate
             disclosures

10/01/04 LF  Conferences with MEF regarding Final Brief and      .60     54.00
             Joint Appendix citations

10/01/04 LF  Reconfirm Joint Appendix citations in final        7.00    630.00
             brief

10/02/04 JMA Conference with MEF re: final revisions to         2.40    900.00
             Grace Principal Brief (Joint Appendix
             citations)

10/02/04 JMA Appeal - revisions to letter re: jurisdictional     .40    150.00
             issue (fee appeal)

10/02/04 JMA Appeal - phone - CHM re: jurisdictional issue       .30    112.50
             letter (fee appeal)

10/02/04 JMA Appeal - revisions to letter re: jurisdictional     .20     75.00
             issue (fee appeal)

```
W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                  Page      3
INVOICE NO.             25568
```

| | | | |
|---|---|---:|---:|
| 10/02/04 JMA | Appeal - revisions to letter re: supersedeas bond issues | .30 | 112.50 |
| 10/02/04 JMA | Appeal - receipt and review notice of electronic filing re: Honeywell notice of appeal (fee appeal) | .10 | 37.50 |
| 10/02/04 JMA | Appeal - receipt and review letter from J. Brody to Third Circuit Clerk re: Joint Stipulation on USPH Report | .10 | 37.50 |
| 10/02/04 JMA | Appeal - receipt and review Joint Stipulation re: USPH Report | .20 | 75.00 |
| 10/02/04 JMA | Appeal - receipt and review letter from J. Brody to Third Circuit Clerk with Joint Appendix | .10 | 37.50 |
| 10/02/04 JMA | Receipt and review email from counsel for Special Master re: JCMUA | .10 | 37.50 |
| 10/02/04 JMA | Appeal - receipt and review letter from K. Millian to T. Milch re: correcting record - IRMs | .20 | 75.00 |
| 10/02/04 JMA | Receipt and review statutory access letter from M. Daneker to JCMUA | .30 | 112.50 |
| 10/02/04 JMA | Receipt and review statutory access letter from M. Daneker to JCIA | .20 | 75.00 |
| 10/02/04 JMA | Receipt and review memo from K. Brown re: 9/22 weekly call | .30 | 112.50 |
| 10/02/04 JMA | Receipt and review email from S. Graham re: new remediation documents | .10 | 37.50 |
| 10/02/04 JMA | Receipt and review letter from J. Morris to Louis Berger Group re: sediment and groundwater programs | .20 | 75.00 |
| 10/02/04 JMA | Appeal - receipt and review letter from J. Brody to Clerk re: joint motions | .10 | 37.50 |
| 10/02/04 JMA | Appeal - receipt and review joint motion re: videotapes | .20 | 75.00 |
| 10/02/04 JMA | Appeal - receipt and review joint motion re: minuscripts | .20 | 75.00 |
| 10/02/04 JMA | Receipt and review email from S. Graham re: 100% Design Report | .10 | 37.50 |

```
W.R. GRACE & COMPANY                                 November 5, 2004
Client No.              734680                   Page      4
INVOICE NO.             25568
```

| 10/02/04 JMA | Receipt and review letter from J. Morris to Special Master with 100% Design Report | .10 | 37.50 |
|---|---|---|---|
| 10/02/04 JMA | Appeal - receipt and review Order re: Jersey City Motion to Expand Record | .20 | 75.00 |
| 10/02/04 JMA | Appeal - receipt and review Notice from Third Circuit clerk re: Honeywell Fee Appeal | .20 | 75.00 |
| 10/02/04 JMA | Appeal - receipt and review letter from Third Circuit re: Honeywell Fee Appeal | .20 | 75.00 |
| 10/02/04 JMA | Appeal - receipt and review letter from CHM to Third Circuit re: settlement | .10 | 37.50 |
| 10/02/04 JMA | Appeal - receipt and review letter from M. Caffrey to Clerk re: transcript (fee appeal) | .10 | 37.50 |
| 10/02/04 MEF | Appeal - revise letter to K. Glaum regarding jurisdiction | .30 | 75.00 |
| 10/02/04 MEF | Appeal - continue revising brief regarding joint appendix designations | 1.90 | 475.00 |
| 10/02/04 MEF | Appeal - phone with CHM regarding joint appendix designations | .20 | 50.00 |
| 10/02/04 MEF | Appeal - email to CHM regarding revised brief | .10 | 25.00 |
| 10/02/04 MEF | Appeal - email to CHM regarding letter to K. Glaum | .10 | 25.00 |
| 10/02/04 MEF | Appeal - conference with JMA regarding final revisions to Grace principal brief (Joint appendix citations) | 2.40 | 600.00 |
| 10/04/04 JMA | Receipt and review email from S. Graham re: Technical Memo | .10 | 37.50 |
| 10/04/04 JMA | Receipt and review Hydroqual Technical Memo re: IRM performance | .80 | 300.00 |
| 10/04/04 JMA | Receipt and review notice of electronic filing re: Special Master Fee Application | .10 | 37.50 |
| 10/04/04 JMA | Receipt and review notice of electronic filing re: ICO fee on fees application | .10 | 37.50 |
| 10/04/04 JMA | Appeal - receipt and review letter from K. Millian to Third Circuit re: Honeywell/Grace settlement | .20 | 75.00 |

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                   Page      5
INVOICE NO.             25568

10/04/04 JMA Appeal - receipt and review notices of          .10    37.50
             electronic filing re: Honeywell fee appeal

10/04/04 JMA Receipt and review email from S. Graham re:     .10    37.50
             groundwater tests

10/04/04 JMA Receipt and review letter from M. Hunt to Louis .10    37.50
             Berger Group re: groundwater tests

10/04/04 JMA Receipt and review Hyrdoqual report re:         .20    75.00
             groundwater tests

10/04/04 JMA Receipt and review notice of electronic filing  .10    37.50
             re: Order extending time for ECARG on fees

10/04/04 JMA Receipt and review Judge Cavanaugh Order        .20    75.00
             extending time for ECARG fee on fees petition

10/04/04 JMA Receipt and review letter from attorney for     .20    75.00
             JCMUA to M. Daneker re: access issues

10/04/04 MEF Appeal - review and comments to draft joint     .20    50.00
             motion regarding joint appendix and
             supplemental appendix

10/04/04 MEF Appeal - emails to/from M. Sprague regarding    .30    75.00
             draft joint motion

10/04/04 MEF Appeal - email from L. Thomas to M. Sprague     .10    25.00
             regarding draft joint motion

10/04/04 MEF Appeal - phone with CHM regarding motion to     .20    50.00
             strike - joint appendix

10/04/04 MEF Appeal - multiple emails regarding supplemental .30    75.00
             appendix

10/04/04 MEF Appeal - phone with CHM regarding letter to K.  .10    25.00
             Glaum

10/04/04 MEF Appeal - finalize letter to K. Glaum            .20    50.00

10/04/04 MEF Appeal - finalize revised principal brief      2.60   650.00

10/04/04 MEF Appeal - prepare certificate of service         .20    50.00
             regarding Glaum letter

10/04/04 MEF Appeal - email from M. Sprague regarding draft  .10    25.00
             joint motion regarding Joint Appendix and
             supplemental appendix

W.R. GRACE & COMPANY                              November 5, 2004
Client No.              734680                    Page      6
INVOICE NO.             25568

| 10/04/04 MEF | Receipt and review Notice of Electronic Filing regarding order granting ECARG's request for extension of time to file petition | .10 | 25.00 |
|---|---|---|---|
| 10/04/04 MEF | Receipt and review Notice of Electronic Filing regarding hearing on ICO's petition | .10 | 25.00 |
| 10/04/04 MEF | Receipt and review Notice of Electronic Filing regarding ICO fee petition | .10 | 25.00 |
| 10/04/04 MEF | Appeal - phones with K. Millian regarding jurisdiction, appearance of counsel, corporate disclosures | .30 | 75.00 |
| 10/04/04 MEF | Appeal - fax to K. Millian regarding new appeal information from court | .10 | 25.00 |
| 10/04/04 LF | Assist in preparation and filing of principal brief | 4.70 | 423.00 |
| 10/05/04 MEF | Appeal - receipt and review fax from L. Thomas to A. Laws regarding appearance of counsel and corporate disclosures | .10 | 25.00 |
| 10/05/04 MEF | Appeal - receipt and review appearance of counsel and corporate disclosure for plaintiffs | .20 | 50.00 |
| 10/05/04 MEF | Appeal - receipt and review ICO's response to K. Glaum's 9/23/04 letter | .20 | 50.00 |
| 10/05/04 MEF | Appeal - receipt and review letter from Honeywell to A. Laws regarding scheduling of oral argument | .20 | 50.00 |
| 10/05/04 MEF | Appeal - receipt and review letter from T. Milch to M. Waldron regarding response to K. Glaum 9/23/04 letter | .30 | 75.00 |
| 10/05/04 MEF | Appeal - receipt and review letter from J. Brody to A. Laws regarding appearance of counsel and corporate disclosures | .10 | 25.00 |
| 10/05/04 MEF | Appeal - receipt and review Honeywell appearance of counsel, corporate disclosure and summary of the case | .30 | 75.00 |
| 10/05/04 MEF | Appeal - receipt and review Honeywell Motion to Supplement previous declaration filed in connection with stay motion | .40 | 100.00 |
| 10/05/04 MEF | Appeal - phone with CHM regarding Honeywell motion to supplement | .10 | 25.00 |

```
W.R. GRACE & COMPANY                              November 5, 2004
Client No.              734680                Page      7
INVOICE NO.             25568
```

| Date | | Description | | |
|------|----|-------------|------|--------|
| 10/05/04 | MEF | Appeal - phone with CHM regarding motion to strike | .10 | 25.00 |
| 10/06/04 | MEF | Appeal - receipt and review letter from J. Brody to A. Laws regarding principal and reply brief of Honeywell | .10 | 25.00 |
| 10/06/04 | MEF | Appeal - receipt and review letter from J. Brody to A. Laws regarding motion regarding corrected appendix and supplemental appendix | .10 | 25.00 |
| 10/06/04 | MEF | Appeal - receipt and review joint motion regarding corrected appendix and supplemental appendix | .20 | 50.00 |
| 10/06/04 | MEF | Appeal - receipt and review letter from K. Millian to A. Laws regarding plaintiff's principal brief | .10 | 25.00 |
| 10/07/04 | JMA | Appeal - Review of and comments to Grace Motion to Strike Portions of Honeywell Appendix | .70 | 262.50 |
| 10/07/04 | JMA | Receipt and review email from T. Pasuit re: Special Master meeting | .10 | 37.50 |
| 10/07/04 | JMA | Phone - T. Pasuit re: Special Master meeting | .10 | 37.50 |
| 10/07/04 | JMA | Review Settlement File and title documents re: conveyance to Honeywell | 1.00 | 375.00 |
| 10/07/04 | JMA | Conference with LSM re: transfer of title to Honeywell | .40 | 150.00 |
| 10/07/04 | JMA | Phone - L. Walsh's secretary | .10 | 37.50 |
| 10/07/04 | JMA | Appeal - letter to R. Senftleben and A. Nagy with Grace Principal Brief with Joint Appendix citations | .20 | 75.00 |
| 10/07/04 | JMA | Phone - CHM re: meeting with Special Master | .30 | 112.50 |
| 10/07/04 | JMA | Phone - CHM re: settlement issues - bankruptcy motion | .30 | 112.50 |
| 10/07/04 | MEF | Appeal - review and comment to draft joint motion to strike portions of the deferred joint appendix | .40 | 100.00 |
| 10/07/04 | MEF | Appeal - email to CHM and WFH regarding draft joint motion to strike | .20 | 50.00 |
| 10/07/04 | MEF | Appeal - phone with CHM regarding draft motion to strike | .10 | 25.00 |

```
W.R. GRACE & COMPANY                            November 5, 2004
Client No.              734680                   Page      8
INVOICE NO.             25568
```

| | | | |
|---|---|---|---|
| 10/07/04 LSM | Review Settlement Agreement and deeds | 1.00 | 160.00 |
| 10/07/04 LSM | Memo to JMA | .30 | 48.00 |
| 10/07/04 RCS | Telephone call to JCPB regarding October meetings. | .20 | 45.00 |
| 10/07/04 LF | Conference with JMA regarding conveyance documents | .40 | 36.00 |
| 10/08/04 JMA | Appeal - review and revise Joint Motion to Strike | .50 | 187.50 |
| 10/08/04 JMA | Appeal - phone - CHM re: Joint Motion to Strike Honeywell Appendix Documents | .30 | 112.50 |
| 10/08/04 JMA | Conference with MEF re: Joint Motion to Strike | .40 | 150.00 |
| 10/08/04 JMA | Conference with MEF re: revise Joint Motion to Strike | 1.00 | 375.00 |
| 10/08/04 MEF | Appeal - conference with JMA regarding revisions to joint motion to strike | 1.00 | 250.00 |
| 10/08/04 MEF | Appeal - revise joint motion to strike portions of DJA | .80 | 200.00 |
| 10/08/04 MEF | Appeal - email to K. Millian, CHM, WFH regarding draft joint motion to strike | .20 | 50.00 |
| 10/08/04 MEF | Appeal - phone conference with JMA regarding revisions to joint motion to strike | .40 | 100.00 |
| 10/08/04 LSM | Telephone call title company regarding Mansion Tax Affidavit | 2.00 | 320.00 |
| 10/09/04 JMA | Appeal - receipt and review letter from J. Brody to Clerk with Honeywell Principal Reply Brief with "JA" cites | .10 | 37.50 |
| 10/09/04 JMA | Appeal - receipt and review letter from J. Brody to Clerk re: Joint Motion corrected and Supplemental Appendix | .10 | 37.50 |
| 10/09/04 JMA | Appeal - receipt and review Joint Motion re: corrected and supplemental appendix | .30 | 112.50 |
| 10/09/04 JMA | Appeal - receipt and review letter from K. Millian to Clerk with ICO Principal Brief with "JA" cites | .10 | 37.50 |
| 10/09/04 JMA | Receipt and review notice of electronic filing re: Special Master status report | .10 | 37.50 |

```
W.R. GRACE & COMPANY                              November 5, 2004
Client No.              734680            Page      9
INVOICE NO.             25568
```

| Date | | Description | Hours | Amount |
|------|---|------|------|------|
| 10/09/04 | JMA | Receipt and review 8th status report from Special Master | .40 | 150.00 |
| 10/09/04 | JMA | Receipt and review email from CHM re: Proposed Bankruptcy Order | .10 | 37.50 |
| 10/09/04 | JMA | Receipt and review revised draft of Bankruptcy Order | .20 | 75.00 |
| 10/09/04 | JMA | Receipt and review emails re: NJDOT Driveway Access Permits | .20 | 75.00 |
| 10/09/04 | JMA | Receipt and review letter from M. Daneker to L. Walsh with variance applications | .10 | 37.50 |
| 10/09/04 | JMA | Receipt and review letter from Dugan firm to Jersey City with variance application (60-80 Kelly Street) | .20 | 75.00 |
| 10/09/04 | JMA | Receipt and review letter from C. Pravlick to Clerk re: fees on fees | .10 | 37.50 |
| 10/09/04 | JMA | Receipt and review ICO Notice of Motion re: fees on fees | .20 | 75.00 |
| 10/09/04 | JMA | Receipt and review ICO fees on fees application | .40 | 150.00 |
| 10/11/04 | JMA | Appeal - receipt and review ICO letter re: jurisdictional issue (fee appeal) | .30 | 112.50 |
| 10/11/04 | JMA | Appeal - receipt and review ICO appearance of counsel and corporate disclosure form (fee appeal) | .20 | 75.00 |
| 10/11/04 | JMA | Appeal - receipt and review letter from T. Milch to Clerk re: Honeywell position on jurisdictional issue | .40 | 150.00 |
| 10/11/04 | JMA | Appeal - receipt and review letter from T. Milch to Clerk re: scheduling oral argument (main appeal) | .20 | 75.00 |
| 10/11/04 | JMA | Appeal - receipt and review letter from M. Sprague to Clerk | .10 | 37.50 |
| 10/11/04 | JMA | Appeal - receipt and review Honeywell motion to supplement record re: stay application | .20 | 75.00 |
| 10/11/04 | JMA | Appeal - receipt and review Supplemental Declaration of W. Cunningham | .30 | 112.50 |
| 10/11/04 | JMA | Appeal - receipt and review letter from L. Thomas to Clerk (fee appeal) | .10 | 37.50 |

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                          Page      10
INVOICE NO.             25568

10/11/04 JMA Receipt and review email re: Special Master        .10      37.50
             meeting

10/11/04 JMA Receipt and review email from R. Senftleben       .10      37.50

10/11/04 JMA Phone - R. Senftleben re: bankruptcy motion       .20      75.00

10/11/04 JMA Phone - M. Daneker's secretary                    .10      37.50

10/11/04 JMA Receipt and review letter from D. Cantor to       .20      75.00
             Judge Cavanaugh

10/11/04 JMA Receipt and review proposed Scheduling Order -    .10      37.50
             ICO fees on fees

10/11/04 MEF Appeal - additional revisions to joint motion     .20      50.00
             to strike (DJA)

10/11/04 MEF Appeal - email to K. Millian regarding            .20      50.00
             additional revisions to joint motion to strike
             (DJA)

10/11/04 MEF Appeal - email from B. Hughes regarding joint     .10      25.00
             motion to strike

10/12/04 JMA Receipt and review memo from K. Brown re:         .30     112.50
             weekly conference call

10/12/04 JMA Receipt and review email from A. Nagy re: real    .10      37.50
             estate taxes (11/1/04)

10/12/04 JMA Appeal - receipt and review Third Circuit Order   .20      75.00
             re: exhibits, minuscript and supplemental
             appendix motions

10/12/04 JMA Appeal - receipt and review letter from J.        .10      37.50
             Brody to Clerk re: briefing schedule (RCRA fee
             appeal)

10/12/04 JMA Receipt and review letter from K. Millian to D.   .20      75.00
             Cantor re: ICO fees on fees application

10/12/04 JMA Receipt and review email from M. Daneker and      .30     112.50
             Notice of Public Hearing (60-80 Kellogg)

10/12/04 JMA Phone - CHM re: pre-closing items                 .40     150.00

10/12/04 JMA Phone - R. Senftleben re: closing information     .40     150.00

10/12/04 JMA Receipt and review email from R. Senftleben       .20      75.00
             with Certification of No Objection (Honeywell
             Settlement)

W.R. GRACE & COMPANY                                        November 5, 2004
Client No.              734680                    Page        11
INVOICE NO.             25568


| | | | | |
|---|---|---|---|---|
| 10/12/04 JMA | Receipt and review email from T. Pasuit re: Special Master Meeting | | .10 | 37.50 |
| 10/12/04 MEF | Review CNO regarding Motion for an Order Approving a Settlement Agreement with Honeywell | | .10 | 25.00 |
| 10/12/04 MEF | Appeal - receipt and review order regarding granting motion to file videotape and to lodge oversized exhibits in separate binders, referring the motion to file minuscript to the motions panel and granting motion to file replacement and supplemental appendix | | .30 | 75.00 |
| 10/12/04 LSM | Conference with JMA regarding pre-closing issues | | .30 | 48.00 |
| 10/12/04 RCS | Meeting with John Agnello, Esq. regarding JCPB meetings. | | .20 | 45.00 |
| 10/12/04 RCS | Telephone call to Barbara Payne at JCPB regarding Honeywell Application. | | .20 | 45.00 |
| 10/13/04 JMA | Conference with RCS re: Honeywell variance application re: Kellogg Street property | | .20 | 75.00 |
| 10/13/04 JMA | Phone - CHM re: Honeywell variance application | | .20 | 75.00 |
| 10/13/04 MEF | Appeal - receipt and review letter from B. Hughes to A. Laws regarding joint motion to strike | | .10 | 25.00 |
| 10/13/04 MEF | Appeal - review joint motion to strike portions of the DJA | | .30 | 75.00 |
| 10/13/04 MEF | Appeal - voice mail - B. Hughes regarding joint motion to strike | | .10 | 25.00 |
| 10/13/04 MEF | Appeal - email from B. Hughes regarding motion to strike | | .10 | 25.00 |
| 10/13/04 RCS | Telephone call to Claire at JCBA regarding calendar. | | .20 | 45.00 |
| 10/13/04 RCS | Meeting with John Agnello, Esq. regarding JCBA meeting. | | .10 | 22.50 |
| 10/14/04 JMA | Phone - CHM re: transfer of title | | .30 | 112.50 |
| 10/14/04 JMA | Phone - R. Senftleben re: Bankruptcy Order | | .10 | 37.50 |
| 10/14/04 JMA | Phone - J. Klock's secretary | | .10 | 37.50 |

```
W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                    Page      12
INVOICE NO.             25568
```

| | | | | |
|---|---|---|---|---|
| 10/14/04 | JMA | Phone - M. Daneker re: driveway access permit issue | .20 | 75.00 |
| 10/14/04 | JMA | Phone - CHM re: permit, transfer of title issues | .30 | 112.50 |
| 10/14/04 | JMA | Phone - J. Klock and R. Bershad re: closing documents | .20 | 75.00 |
| 10/14/04 | JMA | Phone - R. Senftleben, CHM, J. Baer re: Amended Bankruptcy Order | .30 | 112.50 |
| 10/14/04 | JMA | Prepare Amended Bankruptcy Order | .40 | 150.00 |
| 10/14/04 | JMA | Phone - CHM and R. Senftleben re: closing and Bankruptcy Order | .50 | 187.50 |
| 10/14/04 | JMA | Phone - CHM re: Bankruptcy Order | .20 | 75.00 |
| 10/14/04 | JMA | Receipt and review Bankruptcy Order | .20 | 75.00 |
| 10/14/04 | JMA | Review file re: contents of Bankruptcy Order | .50 | 187.50 |
| 10/14/04 | JMA | Phone - R. Senftleben re: Bankruptcy Order | .50 | 187.50 |
| 10/14/04 | JMA | Conference with LSM re: closing documents | .20 | 75.00 |
| 10/14/04 | LSM | Prepare closing documents | 1.60 | 256.00 |
| 10/14/04 | LSM | Conference with JMA regarding closing documents | .20 | 32.00 |
| 10/14/04 | LF | Phone conference with all parties' representatives and JCMUA and JCIA representatives regarding JCMUA and JCIA Access Agreements, Job Fair by HW and Medical Fund | 1.00 | 90.00 |
| 10/15/04 | JMA | Review post judgment interest Statute | .30 | 112.50 |
| 10/15/04 | JMA | Conference with LSM re: Honeywell Title Commitment | .30 | 112.50 |
| 10/15/04 | JMA | Letter to A. Nagy and R. Senftleben with Title Commitment | .10 | 37.50 |
| 10/15/04 | JMA | Receipt and review letter from J. Stewart re: supersedeas bond | .30 | 112.50 |
| 10/15/04 | JMA | Receipt and review revised supersedeas bond documents | .60 | 225.00 |
| 10/15/04 | JMA | Letter to CHM and R. Senftleben re: Amended Order - Bankruptcy | .20 | 75.00 |

```
W.R. GRACE & COMPANY                              November 5, 2004
Client No.              734680              Page      13
INVOICE NO.             25568
```

| | | | | |
|---|---|---|---|---|
| 10/15/04 | JMA | Phone - J. Stewart | .20 | 75.00 |
| 10/15/04 | JMA | Phone - CHM re: Amended Bankruptcy Order, documents for closing | .40 | 150.00 |
| 10/15/04 | JMA | Revisions to Amended Bankruptcy Order | .30 | 112.50 |
| 10/15/04 | JMA | Receipt and review letter from R. Bershad | .20 | 75.00 |
| 10/15/04 | LSM | Review and comments to Honeywell title commitment | 1.30 | 208.00 |
| 10/15/04 | LSM | Conference with JMA regarding Honeywell Title Commitment | .30 | 48.00 |
| 10/15/04 | JAK | Researched and confirmed post-judgment interest rate | .40 | 64.00 |
| 10/16/04 | JMA | Receipt and review letter from H. Fahy with Honeywell Progress Report No. 17 | .40 | 150.00 |
| 10/16/04 | JMA | Receipt and review notice of electronic filing and Scheduling Order re: ICO fees on fees application | .20 | 75.00 |
| 10/16/04 | JMA | Appeal - receipt and review Order re: use of minuscripts in Appendix | .10 | 37.50 |
| 10/16/04 | JMA | Receipt and review letter from L. Walsh to M. Daneker re: 100% Design Report | .30 | 112.50 |
| 10/16/04 | JMA | Receipt and review email from CHM to J. Baer with Amended Order | .10 | 37.50 |
| 10/16/04 | JMA | Receipt and review email from J. Baer re: Amended Order | .10 | 37.50 |
| 10/16/04 | JMA | Receipt and review memo from K. Brown re: weekly conference call | .30 | 112.50 |
| 10/18/04 | JMA | Phone - CHM re: closing | .30 | 112.50 |
| 10/18/04 | JMA | Review of and comments to Honeywell Title Commitment | 1.60 | 600.00 |
| 10/18/04 | JMA | Receipt and review memo from LSM re: information for transferring title | .40 | 150.00 |
| 10/18/04 | JMA | Review of and comments to Deed, Affidavit of Title, Corporate Resolution | 1.00 | 375.00 |
| 10/18/04 | JMA | Conference with LSM re: revisions to Deed, Affidavit of Title, Corporate Resolution | 1.20 | 450.00 |

```
W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                  Page        14
INVOICE NO.             25568
```

| | | | |
|---|---|---:|---:|
| 10/18/04 JMA | Review reported Decision re: proper language for Affidavit of Title | .50 | 187.50 |
| 10/18/04 JMA | Receipt and review email from R. Senftleben with wire instructions | .10 | 37.50 |
| 10/18/04 JMA | Receipt and review email from L. Heller re: real estate taxes | .10 | 37.50 |
| 10/18/04 JMA | Letter to R. Bershad with copies of Bankruptcy Motion papers and Order re: transfer of title | .40 | 150.00 |
| 10/18/04 JMA | Phone - CHM re: application to dismiss in District Court | .30 | 112.50 |
| 10/18/04 JMA | Phone - CHM re: real estate taxes | .10 | 37.50 |
| 10/18/04 JMA | Appeal - receipt and review letter from Clerk of Third Circuit re: oral argument dates | .20 | 75.00 |
| 10/18/04 JMA | Appeal - phone - CHM re: oral argument | .20 | 75.00 |
| 10/18/04 JMA | Appeal - letter to Clerk re: oral argument with completed form | .20 | 75.00 |
| 10/18/04 JMA | Appeal - letter to R. Senftleben re: oral argument | .10 | 37.50 |
| 10/18/04 JMA | Phone - counsel for Special Master | .20 | 75.00 |
| 10/18/04 JMA | Receipt and review letter from J. Stewart to Judge Cavanaugh | .20 | 75.00 |
| 10/18/04 JMA | Receipt and review final supersedeas bond and Order approving supersedeas bond | .30 | 112.50 |
| 10/18/04 JMA | Phone - J. Stewart's office re: supersedeas bond | .10 | 37.50 |
| 10/18/04 JMA | Receipt and review letter from CHM to T. Milch with wire instructions and Grace authorization | .30 | 112.50 |
| 10/18/04 JMA | Receipt and review email from H. Hall re: sediments | .10 | 37.50 |
| 10/18/04 JMA | Receipt and review letter from M. Daneker to Special Master re: Zoning Board Hearing | .20 | 75.00 |
| 10/18/04 JMA | Receipt and review ICO comments to 100% Design Report | .40 | 150.00 |
| 10/18/04 MEF | Review letter from R. Bershad regarding documents necessary for review | .10 | 25.00 |

```
W.R. GRACE & COMPANY                                November 5, 2004
Client No.            734680              Page      15
INVOICE NO.           25568
```

| | | | |
|---|---|---|---|
| 10/18/04 MEF | Compile title company's request for documents | .40 | 100.00 |
| 10/18/04 MEF | Emails from L. Heller regarding CBBG invoices | .20 | 50.00 |
| 10/18/04 MEF | Emails to L. Heller regarding CBBG invoices | .20 | 50.00 |
| 10/18/04 MEF | Revise and update chart of fees and expenses | .40 | 100.00 |
| 10/18/04 LSM | Revise deed, affidavit of title and corporate resolution | 1.70 | 272.00 |
| 10/18/04 LSM | Conference with JMA regarding revisions to Deed, Affidavit of Title and Corporate Resolution | 1.20 | 192.00 |
| 10/19/04 JMA | Revise letter re: open items re: transfer of title | .60 | 225.00 |
| 10/19/04 JMA | Conference with LSM re: transfer of title requirements | .70 | 262.50 |
| 10/19/04 JMA | Phone - CHM re: transfer of title issues | .40 | 150.00 |
| 10/19/04 JMA | Phone - R. Senftleben re: transfer of title issues | .30 | 112.50 |
| 10/19/04 JMA | Letter to clients and CHM re: open items re: transfer of title | 1.20 | 450.00 |
| 10/19/04 JMA | Review and revise Deed, Affidavit of Title, Affidavit of Consideration, Corporate Resolution, FIRPTA Certification | 1.70 | 637.50 |
| 10/19/04 JMA | Review and execute Fourteenth Quarterly Fee Application | .40 | 150.00 |
| 10/19/04 JMA | Receipt and review email from R. Senftleben re: closing information | .20 | 75.00 |
| 10/19/04 MEF | Appeal - receipt and review order granting motion regarding leave to file minuscripts | .10 | 25.00 |
| 10/19/04 MEF | Phone with M. Sprague regarding district court motion; advice to 3rd Circuit; letters to 3rd Circuit | .20 | 50.00 |
| 10/19/04 MEF | Phones with CHM regarding M. Sprague conversation | .20 | 50.00 |
| 10/19/04 LSM | Modify documents regarding transfer of title | 1.00 | 160.00 |
| 10/19/04 LSM | Conference with JMA regarding transfer of title requirements | .70 | 112.00 |

```
W.R. GRACE & COMPANY                              November 5, 2004
Client No.           734680                       Page     16
INVOICE NO.          25568
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/20/04 | JMA | Email to A. Nagy, et al re: title transfer documents | .20 | 75.00 |
| 10/20/04 | JMA | Phone - A. Nagy, R. Senftleben re: execution of title documents | .40 | 150.00 |
| 10/20/04 | JMA | Phone - A. Nagy, R. Senftleben, B. McGowan re: wire transfer and execution of title documents | .20 | 75.00 |
| 10/20/04 | JMA | Conference with LSM re: transfer of title issues | .30 | 112.50 |
| 10/20/04 | JMA | Review reported Decision re: 11/20/86 Agreement and transfer to ECARG | .50 | 187.50 |
| 10/20/04 | JMA | Conference with CHM re: mechanics of closing | .60 | 225.00 |
| 10/20/04 | JMA | Conference with LSM re: form of documents | .50 | 187.50 |
| 10/20/04 | JMA | Phone - R. Senftleben, B. McGowan re: execution of documents | .30 | 112.50 |
| 10/20/04 | JMA | Revise documents for transfer of title | .50 | 187.50 |
| 10/20/04 | JMA | Phone - R. Senftleben and CHM re: form of Amended Order - Bankruptcy | .20 | 75.00 |
| 10/20/04 | JMA | Conference with LSM re: escrow items | .30 | 112.50 |
| 10/20/04 | JMA | Receipt and review email from R. Bershad re: real estate tax adjustment | .20 | 75.00 |
| 10/20/04 | JMA | Letter to R. Bershad with documents requested by title company | .40 | 150.00 |
| 10/20/04 | JMA | Review trial evidence re: 11/26/86 Agreement required by title company | 1.20 | 450.00 |
| 10/20/04 | JMA | Revise Deed and Affidavit of Title per title company requirements | .50 | 187.50 |
| 10/20/04 | JMA | Phone - R. Senftleben, CHM and B. McGowan re: escrow amounts and open items for closing | .30 | 112.50 |
| 10/20/04 | JMA | Receipt and review notice of agenda matters for 10/25/04 re: Amended Bankruptcy Order | .30 | 112.50 |
| 10/20/04 | JMA | Receipt and review title commitment endorsement | .70 | 262.50 |
| 10/20/04 | JMA | Receipt and review email from R. Bershad re: open closing items | .20 | 75.00 |

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.                734680              Page       17
INVOICE NO.               25568

10/20/04 JMA  Phone - R. Senftleben and CHM re: open closing      .50      187.50
              items

10/20/04 JMA  Phone - A. Nagy's secretary                         .10       37.50

10/20/04 JMA  Conference with LSM and CHM re: open items for      .60      225.00
              closing

10/20/04 JMA  Phone - R. Bershad, A. Wall, title officer,        1.00      375.00
              LSM, CHM re: open items for closing

10/20/04 JMA  Receipt and review letter from M. Caffrey to        .30      112.50
              Judge Cavanaugh with Affidavit of Justification
              for supersedeas bond

10/20/04 JMA  Receipt and review email from S. Graham re:         .10       37.50
              paving plan

10/20/04 JMA  Receipt and review Honeywell paving plan for        .50      187.50
              western portion of SA7

10/20/04 JMA  Receipt and review letter from M. Daneker to        .10       37.50
              Judge Cavanaugh re: Special Master's 16th Fee
              Application

10/20/04 JMA  Receipt and review Jersey City Zoning Board         .10       37.50
              notice of 10/21/04 meeting

10/20/04 MEF  PACER Search - regarding amended order on           .30       75.00
              settlement

10/20/04 MEF  Review Amended Agenda for 10/25/04 hearing          .20       50.00

10/20/04 MEF  Review documents regarding tax assessments          .70      175.00
              2000/2001

10/20/04 LSM  Review documents and title amendment               .50       80.00

10/20/04 LSM  Conference with JMA regarding form of documents    .50       80.00

10/20/04 LSM  Compute tax adjustments                            .50       80.00

10/20/04 LSM  Review revisions of documents                      .50       80.00

10/20/04 LSM  Telephone calls Annette Wall, Esq. regarding       .50       80.00
              tax liens, adjustments, documents

10/20/04 LSM  Conference with JMA regarding escrow items         .30       48.00

10/20/04 LSM  Conference with JMA and CHM regarding open         .60       96.00
              items for closing

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                Page    18
INVOICE NO.             25568

10/20/04 LSM Phone - R. Bershad, A. Wall, title officer,     1.00    160.00
             JMA, CHM regarding open items for closing

10/20/04 RCS Telephone call to JCBA regarding agenda.         .20     45.00

10/20/04 RCS Receipt and review of JCBA agenda.               .20     45.00

10/21/04 JMA Letter to R. Bershad re: escrow                  .40    150.00

10/21/04 JMA Phone - R. Senftleben re: transfer of title      .20     75.00

10/21/04 JMA Phone - A. Nagy re: transfer of title            .20     75.00

10/21/04 JMA Review of and comments to Settlement Statement   .30    112.50

10/21/04 JMA Conference with LSM re: satisfaction of State    .20     75.00
             of New Jersey Judgment

10/21/04 JMA Conference with LSM re: disbursements of         .20     75.00
             $60,000 from trust account

10/21/04 JMA Phone - CHM re: status of transfer of title      .30    112.50
             transaction

10/21/04 JMA Phone - R. Bershad re: settlement funds          .20     75.00

10/21/04 JMA Receipt and review email from R. Bershad re:     .20     75.00
             settlement funds

10/21/04 JMA Email to clients re: settlement funds            .20     75.00

10/21/04 JMA Phone - A. Nagy re: settlement funds             .20     75.00

10/21/04 JMA Revisions to escrow letter and letter enclosing  .30    112.50
             title documents and checks

10/21/04 JMA Execute Deed, Settlement Statement, trust        .40    150.00
             checks and letter to R. Bershad

10/21/04 JMA Phone - R. Bershad                               .20     75.00

10/21/04 JMA Letter to A. Nagy and R. Senftleben re transfer  .20     75.00
             of title

10/21/04 JMA Receipt and review escrow letter executed by R.  .10     37.50
             Bershad

10/21/04 JMA Phone - R. Senftleben re: settlement funds       .20     75.00

10/21/04 JMA Phone - R. Senftleben re: settlement funds       .10     37.50

10/21/04 JMA Phone - CHM re: settlement funds                 .20     75.00

```
W.R. GRACE & COMPANY                          November 5, 2004
Client No.          734680                     Page      19
INVOICE NO.         25568
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 10/21/04 | JMA | Receipt and review email from R. Bershad re: wire transfer | .20 | 75.00 |
| 10/21/04 | JMA | Email to clients re: wire transfer | .20 | 75.00 |
| 10/21/04 | JMA | Phone - A. Nagy re: wire transfer | .20 | 75.00 |
| 10/21/04 | JMA | Phone - R. Senftleben re: wire transfer | .10 | 37.50 |
| 10/21/04 | JMA | Receipt and review email from R. Bershad re: confirmation of transfer of funds | .20 | 75.00 |
| 10/21/04 | JMA | Email to clients re:confirmation of transfer of funds | .20 | 75.00 |
| 10/21/04 | JMA | Email to R. Bershad re: releasing documents | .20 | 75.00 |
| 10/21/04 | JMA | Phone - CHM re: completion of transfer of funds | .30 | 112.50 |
| 10/21/04 | JMA | Phone - R. Senftleben re: completion of funds transfer | .20 | 75.00 |
| 10/21/04 | JMA | Letter to counsel for Special Master | .40 | 150.00 |
| 10/21/04 | JMA | Phone - counsel for Special Master | .30 | 112.50 |
| 10/21/04 | JMA | Phone - A. Nagy re: completion of title transfer and Special Master meeting | .20 | 75.00 |
| 10/21/04 | JMA | Phone - R. Senftleben re: final title documents | .20 | 75.00 |
| 10/21/04 | JMA | Phone -  A. Nagy re: final title documents | .10 | 37.50 |
| 10/21/04 | JMA | Receipt and review executed title documents form A.Nagy | .40 | 150.00 |
| 10/21/04 | JMA | Review revisions to Settlement Statement | .30 | 112.50 |
| 10/21/04 | JMA | Letter to R. Bershad re: title documents and checks due from ECARG | .40 | 150.00 |
| 10/21/04 | LSM | Conferences with JMA regarding documents | 1.00 | 160.00 |
| 10/21/04 | LSM | Telephone calls Annette Walls regarding closing statement | .50 | 80.00 |
| 10/21/04 | LSM | Final document revision | .50 | 80.00 |
| 10/21/04 | LF | Deliver settlement documents to Gibbons DelDeo | 1.50 | 135.00 |
| 10/21/04 | CC | Phone call Division of Taxation | .50 | 45.00 |
| 10/21/04 | CC | Letter to Division of Taxation | .50 | 45.00 |

```
W.R. GRACE & COMPANY                            November 5, 2004
Client No.           734680              Page     20
INVOICE NO.          25568
```

| Date | | Description | | |
|---|---|---|---|---|
| 10/22/04 | JMA | Appeal - receipt and review letter from J. Brookner to Clerk | .10 | 37.50 |
| 10/22/04 | JMA | Appeal - receipt and review oral argument form - Jersey City Amicus - M. Gordon | .10 | 37.50 |
| 10/22/04 | JMA | Receipt and review Honeywell oral argument form - R. Taranto | .10 | 37.50 |
| 10/22/04 | JMA | Receipt and review letter from B. Hughes to Clerk | .10 | 37.50 |
| 10/22/04 | JMA | Receipt and review Joint Motion to strike documents from Appendix | .30 | 112.50 |
| 10/22/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 10/22/04 | JMA | Receipt and review letter from H. Fahy to Louis Berger Group with Hydroqual response to Dr. Ross memo | .20 | 75.00 |
| 10/22/04 | JMA | Receipt and review letter from R. Bershad with executed Settlement Statement and escrow letter | .20 | 75.00 |
| 10/22/04 | JMA | Receipt and review letter from L. Thomas to Jersey City Planner | .20 | 75.00 |
| 10/22/04 | JMA | Phone - CHM re: contents of Joint Appendix with Honeywell to dismiss District Court proceedings | .40 | 150.00 |
| 10/22/04 | JMA | Phone - K. Millian and CHM re: Special Master meeting | .30 | 112.50 |
| 10/22/04 | JMA | Receipt and review letter from K. Millian re: Honeywell Progress Report No. 17 | .10 | 37.50 |
| 10/22/04 | JMA | Receipt and review comments of B. Bell to Honeywell Progress Report No. 17 | .20 | 75.00 |
| 10/22/04 | JMA | Receipt and review email from K. Millian re: IRMs | .10 | 37.50 |
| 10/22/04 | JMA | Receipt and review letter from K. Millian to Special Master with Dr. Ross comments re: IRMs | .30 | 112.50 |
| 10/22/04 | JMA | Receipt and review email from K. Millian re: Groundwater Investigation Schedule | .10 | 37.50 |
| 10/22/04 | JMA | Receipt and review letter from K. Millian to Special Master with Dr. Ross comments re: Groundwater Investigation Schedule | .40 | 150.00 |

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                    Page      21
INVOICE NO.             25568

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/22/04 | JMA | Receipt and review letter from Louis Berger Group to Honeywell re: sediment and groundwater | .10 | 37.50 |
| 10/22/04 | JMA | Receipt and review memo from LSM re: N.J. Judgment vs. ECARG | .20 | 75.00 |
| 10/22/04 | MEF | Phone with Manny at 3rd Circuit regarding two attorneys included on oral argument form | .20 | 50.00 |
| 10/22/04 | LSM | Telephone call Division of Taxation regarding Judgment | .30 | 48.00 |
| 10/23/04 | JMA | Receipt and review letter from J. Brody to Clerk | .10 | 37.50 |
| 10/23/04 | JMA | Receipt and review Honeywell opposition to Joint Motion to strike documents | .30 | 112.50 |
| 10/23/04 | JMA | Receipt and review Honeywell Quarterly Groundwater Memo | .30 | 112.50 |
| 10/25/04 | JMA | Receipt and review email from R. Bershad with Deed recording information from title company | .30 | 112.50 |
| 10/25/04 | JMA | Letter to clients with executed Settlement Statement and escrow letter | .20 | 75.00 |
| 10/25/04 | JMA | Email to clients with Deed recording confirmation | .20 | 75.00 |
| 10/25/04 | JMA | Phone - CHM re: N.J. Judgment vs. ECARG | .10 | 37.50 |
| 10/25/04 | JMA | Phone - R. Senftleben re: N.J. Judgment vs. ECARG | .10 | 37.50 |
| 10/25/04 | JMA | Receipt and review email from CHM to M. Sprague with Grace letter to Third Circuit | .10 | 37.50 |
| 10/25/04 | JMA | Email to M. Sprague with Grace revisions to Joint Filings | .20 | 75.00 |
| 10/25/04 | JMA | Appeal - receipt and review ICO oral argument form - K. Millian | .10 | 37.50 |
| 10/25/04 | JMA | Appeal - phone - CHM re: joint notice to Third Circuit | .30 | 112.50 |
| 10/25/04 | JMA | Phone - CHM re: notice of joint motion, Declaration of D. Field, proposed Order | .60 | 225.00 |
| 10/25/04 | JMA | Revise Joint Motion, Field Declaration, proposed Order, Certificate of Service | .70 | 262.50 |

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680               Page      22
INVOICE NO.             25568

| | | | |
|---|---|---|---|
| 10/25/04 JMA | Appeal - revise Joint Notice to Third Circuit | .30 | 112.50 |
| 10/25/04 JMA | Review of and comments to Joint Motion to Dismiss, Field Declaration, proposed Order, Certificate of Service | 1.50 | 562.50 |
| 10/25/04 JMA | Appeal - review of and comments to Joint Notice of Settlement | .60 | 225.00 |
| 10/25/04 JMA | Receipt and review email from M. Sprague re: joint filings re: dismissal | .20 | 75.00 |
| 10/25/04 JMA | Receipt and review email from CHM re: joint filings | .10 | 37.50 |
| 10/25/04 JMA | Appeal - receipt and review draft of Grace letter to Third Circuit | .20 | 75.00 |
| 10/26/04 JMA | Receipt and review email from M. Sprague re: joint filings | .10 | 37.50 |
| 10/26/04 JMA | Phone - CHM re: open issues re: joint filings | .30 | 112.50 |
| 10/28/04 JMA | Review of and comments to Honeywell revisions to Joint Application | 1.00 | 375.00 |
| 10/28/04 JMA | Phone - CHM re:Honeywell revisions | .30 | 112.50 |
| 10/28/04 JMA | Phone - CHM and M. Sprague re: Honeywell revisions | .40 | 150.00 |
| 10/28/04 JMA | Phone - CHM re: Honeywell revisions to joint filing | .40 | 150.00 |
| 10/28/04 JMA | Receipt and review email from M. Sprague re: Honeywell revisions | .20 | 75.00 |
| 10/28/04 JMA | Phone - M. Sprague and CHM re: Honeywell revisions | .20 | 75.00 |
| 10/28/04 LSM | Correspondence Bershad, title company regarding judgment escrow release | .40 | 64.00 |
| 10/29/04 JAB | Telephone call with Schlossberg; telephone call with Lester | .40 | 150.00 |
| 10/29/04 JMA | Conference with LSM re: State of NJ judgment | .20 | 75.00 |
| 10/29/04 JMA | Receipt and review letter from LSM to R. Bershad | .20 | 75.00 |
| 10/29/04 JMA | Letter to A. Nagy and R. Senftleben | .20 | 75.00 |

```
W.R. GRACE & COMPANY                              November 5, 2004
Client No.            734680                  Page      23
INVOICE NO.           25568
```

10/29/04 JMA Receipt and review email from CHM to M. Sprague      .10      37.50
             re: joint applications

10/29/04 JMA Receipt and review notice of electronic filing       .10      37.50
             re: Order approving Supersedeas Bond

10/29/04 JMA Receipt and review Order approving Supersedeas       .20      75.00
             Bond executed by Judge Cavanaugh

10/29/04 JMA Receipt and review notice of electronic filing       .10      37.50
             re: Order approving Special Master Fees (16th
             Application)

10/29/04 JMA Receipt and review Order approving Special           .20      75.00
             Master's fees (16th Application)

10/29/04 JMA Receipt and review email from R. Senftleben          .10      37.50

10/29/04 JMA Receipt and review executed Amended Order -          .20      75.00
             Bankruptcy

10/29/04 JMA Receipt and review notice of electronic filing       .10      37.50
             re: Affidavit of Justification - Supersedeas
             Bond

10/29/04 JMA Receipt and review filed Affidavit of               .10      37.50
             Justification

10/29/04 JMA Receipt and review K. Millian letter with           .20      75.00
             Revised Work Plan Schedule -
             Groundwater/Sediments

10/29/04 LSM Conference with JMA regarding State of NJ           .20      32.00
             Judgment


**Fee Applications, Applicant**

10/07/04 MEF Fee Application - review September fee detail       1.00     250.00

10/07/04 MEF Fee Application - begin preparing 31st fee           .50     125.00
             application

10/08/04 JMA Fee Application - review and execute Carella         .60     225.00
             Byrne 31st Monthly Fee Application

10/08/04 MEF Fee Application - review revised fee detail for      .50     125.00
             September

10/08/04 MEF Fee Application - revise 31st monthly fee          1.00     250.00
             application

```
W.R. GRACE & COMPANY                          November 5, 2004
Client No.            734680              Page     24
INVOICE NO.           25568
```

10/08/04 MEF Fee Application - letter to P. Cuniff regarding      .10     25.00
             31st monthly fee application

10/08/04 MEF Fee Application - PACER search regarding status      .20     50.00
             of CNO for 30th monthly fee application

10/12/04 MEF Fee Application - PACER search regarding CNO         .30     75.00
             for 30th application and filing of 31st
             application

10/12/04 MEF Fee Application - review CNO for 30th fee            .20     50.00
             application

10/12/04 MEF Fee Application - begin preparing 14th             1.50    375.00
             Quarterly Fee Application

10/13/04 MEF Fee Application - email from/to S. Bossay            .20     50.00
             regarding fee auditor's initial report
             regarding 13th Quarterly Fee Application

10/13/04 MEF Fee Application - review fee auditor's initial       .30     75.00
             report regarding 13th Quarterly Fee Application

10/13/04 MEF Fee Application - begin preparing response to      2.40    600.00
             fee auditor's initial report regarding 13th
             Quarterly Fee Application

10/13/04 MEF Fee Application - email from J. Allgood              .10     25.00
             regarding fee auditor initial report

10/15/04 MEF Fee Application - revise and finalize response       .40    100.00
             to fee auditor initial report

10/15/04 MEF Fee Application - letter to Fee Auditor              .20     50.00
             regarding response

10/18/04 MEF Fee Application - continue working on quarterly    1.50    375.00
             fee application

10/18/04 MEF Fee Application - phone with S. Bossay               .10     25.00
             regarding response to initial report

10/18/04 MEF Fee Application - email to S. Bossay regarding       .10     25.00
             monthly fee details

10/19/04 MEF Fee Application - revise and finalize 14th           .70    175.00
             Quarterly Fee Application

10/19/04 MEF Fee Application - letter to P. Cuniff regarding      .20     50.00
             14th Quarterly Fee Application

                                                      -------------
Total Fees:                                             47,151.00

```
W.R. GRACE & COMPANY                              November 5, 2004
Client No.              734680                    Page     26
INVOICE NO.             25568
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*     RATE    HOURS           FEES
J A BRODY                         375.00     .40          150.00
J M AGNELLO                       375.00   87.50        32812.50
M E FLAX                          250.00   37.40         9350.00
Laura S Munzer                    160.00   18.90         3024.00
JA KUBERT                         160.00     .40           64.00
RC SCRIVO                         225.00    1.30          292.50
LAURA FLORENCE                     90.00   15.20         1368.00
C CONLIN                           90.00    1.00           90.00
                       TOTALS             162.10        47151.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                          November 5, 2004
Client No.              734680                 Page    25
INVOICE NO.             25568
```

         Disbursements

Messenger

```
10/08/04 Messenger  MERCURY 10/4                    255.00

                                  SUBTOTAL:         255.00
```

Travel Expense

```
10/08/04 Travel Expense  L. FLORENCE 9/27             9.00
10/31/04 Travel Expense L. FLORENCE 10/21            13.63

                                  SUBTOTAL:          22.63
```

Photocopies - Outside

```
10/13/04 Photocopies - Outside DOC EXP 10/8          31.16

                                  SUBTOTAL:          31.16

10/31/04 Photocopies                                685.80
10/31/04 Faxes                                      448.00
10/31/04 Telephone                                  213.61
10/31/04 Computer Searches                           18.06
10/31/04 Federal Express                            305.78
10/31/04 Messenger - In House                        25.00
                                                -------------
Total Costs                                           2,005.04
                                                -------------
Total Due this Matter                                49,156.04
=============
```