IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: *November 29, 2004 @ 4:00 p.m.* |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[2]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| 09/01/04 | GHL | Meeting with trial team to review status of discovery and technical tutorial, and discussion of general case strategy; | 2.00 |
| 09/01/04 | GHL | Work on technical tutorial presentation and narrative; | 0.40 |
| 09/01/04 | DRB | Preparation for Montana Refinery deposition - analysis of Montana's document production; Intercat's infringement strategy and Grace's document production | 4.90 |
| 09/01/04 | DRB | Travel time - travel from Philadelphia to Great Fall, Montana (5 hours billed at half time) | 2.50 |
| 09/01/04 | DRB | Team strategy meeting for discovery | 1.50 |
| 09/01/04 | KMW | Preparation of Grace's 6th set of document requests. | 1.00 |
| 09/01/04 | KMW | Analysis of Intercat's document requests; analysis of documents produced; respond to Intercat's inquiries about document production. | 3.40 |
| 09/01/04 | KMW | Preparation and serving of subpoena to ExxonMobil Beaumont. | 0.50 |
| 09/01/04 | KMW | Fact-finding telephonic conference with Alfred Jordan. | 0.40 |
| 09/01/04 | KMW | Status team meeting and discussion of strategy. | 2.00 |
| 09/01/04 | KMW | Preparation of responses to Intercat's discovery requests. | 1.40 |
| 09/01/04 | KMW | Analysis of Martin Evans deposition. | 0.60 |
| 09/01/04 | FTC | Meeting with trial team to discuss case status and schedule. | 2.00 |
| 09/01/04 | SW | Review, analyze and index document production received from refineries | 5.00 |
| 09/01/04 | LL | Attended to and assisted in the preparation of a witness file Exxon Mobil; updated witness file for Montana Refinery; performed a document search for Whitney; updated production logs; attended team meeting | 4.00 |
| 09/01/04 | CEZ | Met with team to discuss deposition testimony; technical tutorial; and discovery. | 1.20 |
| 09/02/04 | DRB | Preparation for, defending, and taking deposition of Montana Refinery | 8.00 |

| 09/02/04 | KMW | Attend to discovery, including analysis of Grace documents, preparation of responses to document requests, analysis of Grace documents for production, fact-finding telephonic conference w/AFJ. | 4.10 |
|---|---|---|---|
| 09/02/04 | SW | Review, analyze and index document production received from refineries; review and analyze documents in preparation of witness file for R. Lippert | 4.50 |
| 09/02/04 | LL | Attended to and assisted in the preparation of a witness file Exxon Mobil; updated production logs | 3.00 |
| 09/02/04 | CEZ | Drafted portions of supplemental prior art statement | 2.30 |
| 09/02/04 | CEZ | Edited narrative to technical tutorial. | 3.00 |
| 09/03/04 | GHL | Work on technical tutorial (graphics and narrative) | 2.50 |
| 09/03/04 | DRB | Preparation of technical tutorial | 1.00 |
| 09/03/04 | DRB | Summarize Montana refinery deposition | 1.00 |
| 09/03/04 | DRB | Travel from Montana deposition to Philadelphia (6 hours, billed at half). | 3.00 |
| 09/03/04 | KMW | Analysis and input to tutorial script. | 1.20 |
| 09/03/04 | KMW | Discovery: preparation of responses to discovery requests and inquiries, preparation of deposition notice, preparation of document requests. | 1.70 |
| 09/03/04 | KMW | Analysis of financial documents and conference w/financial expert regarding the same. | 0.50 |
| 09/03/04 | KMW | Analysis of Martin Evans' deposition. | 0.50 |
| 09/03/04 | FTC | Modified Defendants prior art statement. | 0.30 |
| 09/03/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 3.00 |
| 09/03/04 | LL | Attended to and assisted in the preparation of a witness file for Lippert and updated refinery witness files; updated production files | 4.00 |
| 09/03/04 | CEZ | Drafted amendments to prior art statement. | 1.90 |
| 09/03/04 | CEZ | Drafted narrative for tutorial. | 6.50 |
| 09/04/04 | CEZ | Drafted narrative for tutorial. | 3.20 |
| 09/06/04 | CEZ | Drafted narrative for tutorial. | 5.60 |
| 09/07/04 | GHL | Review of case law on damages related issues relative to Intercat's asserted claims; | 0.70 |

| 09/07/04 | GHL | Continued work on technical tutorial, including writing and revising narrative and working on presentation graphics | 5.50 |
| 09/07/04 | DRB | Preparation of technical tutorial presentation | 4.90 |
| 09/07/04 | KMW | Analysis of Grace documents, preparation of supplemental responses, preparation of interrogatory questions, document requests, strategy for discovery, discussion w/DRB regarding the same. | 2.00 |
| 09/07/04 | KMW | Fact-gathering regarding loaders. | 2.00 |
| 09/07/04 | KMW | Meet with team for preparation of tutorial script. | 2.30 |
| 09/07/04 | FTC | Drafted motion to amend Defendant's Prior Art Statement. | 4.50 |
| 09/07/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 5.00 |
| 09/07/04 | LL | Attended to and assisted in the preparation of witness file for Valero and Exxon Mobil refineries and for Lippert; updated production index | 7.00 |
| 09/07/04 | CEZ | Met with D. Bailey and G. Levin regarding tutorial; drafted narrative for tutorial | 6.70 |
| 09/08/04 | GHL | Review of Intercat patent material as received from Mr. Cross; | 0.80 |
| 09/08/04 | DRB | Memo regarding Montana refinery deposition | 0.50 |
| 09/08/04 | DRB | Preparation of technical tutorial | 3.50 |
| 09/08/04 | KMW | Preparation of Grace's interrogatory questions to Intercat. | 1.30 |
| 09/08/04 | KMW | Analysis of parties' financial documents. | 0.90 |
| 09/08/04 | KMW | Preparation of tutorial. | 1.30 |
| 09/08/04 | KMW | Fact-gathering with respect to prior art and loaders generally; telephonic conference w/AFJ regarding the same. | 5.30 |
| 09/08/04 | FTC | Review of documents produced by Intercat; | 1.00 |
| 09/08/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert; assist with preparation of financial documents for expert | 6.00 |
| 09/08/04 | LL | Attended to and assisted in the preparation of witness file for Exxon Mobil refineries and ValeroRefinery; reviewed and prepared documents for financial experts | 5.00 |
| 09/08/04 | CEZ | Met with D. Bailey regarding tutorial; finalized narrative for tutorial. | 4.20 |
| 09/08/04 | CEZ | Met with Animation Technologies representative to discuss tutorial. | 1.20 |

| 09/09/04 | GHL | Further review of Intercat patent-related material as received from Mr. Cross. | 0.50 |
|----------|-----|-------------------------------------------------------------------------------|------|
| 09/09/04 | GHL | Review of case law related to Intercat infringement contentions and related damage claims | 1.20 |
| 09/09/04 | GHL | Responding to Intercat Interrogatories and providing supplemental responses to interrogatories | 0.40 |
| 09/09/04 | DRB | Document production issues; drafting responses to Intercat's discovery requests | 0.60 |
| 09/09/04 | DRB | Coordinating third party discovery | 0.50 |
| 09/09/04 | KMW | Preparation of interrogatories and documents requests to Intercat. | 2.40 |
| 09/09/04 | KMW | Analysis and revising of tutorial w/CEZ. | 0.70 |
| 09/09/04 | KMW | Analysis and revising of prior art statement and motion in support thereof. | 0.30 |
| 09/09/04 | FTC | Drafted motion and proposed order to amend Defendant's Prior Art Statement. | 1.50 |
| 09/09/04 | SW | Assist with preparation of financial documents for expert | 3.70 |
| 09/10/04 | GHL | Fee Application, Applicant -- preparation of fee petition for July 2004. | 0.70 |
| 09/10/04 | GHL | Further work on technical tutorial and graphics for claim construction argument; | 1.00 |
| 09/10/04 | DRB | Telephone conference with Exxon Mobil regarding Intercat subpoena and Exxon Mobil's use of Nol-Tec loaders | 0.90 |
| 09/10/04 | DRB | Analysis of Exxon Mobil document production | 1.00 |
| 09/10/04 | DRB | Preparation of responses to discovery requests by Intercat and formulating requests to Intercat | 1.00 |
| 09/10/04 | KMW | Fact-finding in support of response to Interrogatories 5 & 8. | 2.10 |
| 09/10/04 | KMW | Fact-finding regarding refinery operations. | 1.80 |
| 09/10/04 | KMW | Analysis of Grace's documents in support of document production. | 1.70 |
| 09/10/04 | KMW | Preparation of strategy for discovery; conference w/DRB regarding the same.  Serve supplemental document request response. | 0.90 |
| 09/10/04 | FTC | Document review. | 4.50 |
| 09/10/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 5.50 |

| | | | |
|---|---|---|---|
| 09/10/04 | CEZ | Edited and revised 30(b)(6) notice regarding damages. | 1.00 |
| 09/11/04 | FTC | Review of Intercat documents. | 1.70 |
| 09/13/04 | GHL | Further work on technical tutorial and graphics for Markman hearing; | 0.70 |
| 09/13/04 | DRB | Revisions to tech tutorial presentation | 1.00 |
| 09/13/04 | KMW | Analysis of financial documents and conference with client regarding the same in support of damages theory. | 2.90 |
| 09/13/04 | KMW | Analysis of documents in support of document production. | 0.50 |
| 09/13/04 | KMW | Preparation of interrogatories to Intercat. | 0.40 |
| 09/13/04 | KMW | Analysis and revising of tutorial; contact court regarding the same. | 2.00 |
| 09/13/04 | KMW | Fact-finding regarding refinery operations. | 0.80 |
| 09/13/04 | KMW | Analysis of documents in support of fact-finding for Interrogatories 5 & 8. | 0.70 |
| 09/13/04 | FTC | Document review. | 3.40 |
| 09/13/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 7.00 |
| 09/13/04 | LL | Attended to and assisted in the preparation of a witness file for Regis Lippert; scanned in documents for team and client; document search for Whitney regarding Intercat documents; updated production logs | 6.20 |
| 09/13/04 | CEZ | Reviewed first draft of tutorial; met with Animation Technologies representative to discuss edits; met with D. Bailey to review and discuss draft. | 4.50 |
| 09/14/04 | GHL | Work on technical tutorial for court; | 0.50 |
| 09/14/04 | KMW | Preparation of interrogatories to Intercat. | 1.20 |
| 09/14/04 | KMW | Preparation of requests for admission. | 1.20 |
| 09/14/04 | KMW | Telephonic conference w/Intercat regarding discovery requests. | 0.40 |
| 09/14/04 | KMW | Fact-finding and analysis of documents related to loaders, strategy for responding to discovery requests. | 2.80 |
| 09/14/04 | KMW | Preparation of motion to modify case schedule and legal research and contact with D. Minn. regarding the same. | 1.10 |
| 09/14/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 4.00 |

| 09/14/04 | LL | Attended to and assisted in the preparation of a witness file for Regis Lippert; document review for production; document review of Intercat documents for experts | 6.00 |
|---|---|---|---|
| 09/14/04 | CEZ | Telephone discussion with M. Privratsky regarding tutorial. | 1.20 |
| 09/15/04 | GHL | Work on technical tutorial for court | 1.20 |
| 09/15/04 | DRB | Deposition of Exxon Mobil in Houston, Texas defending Intercat and taking for Grace | 8.00 |
| 09/15/04 | DRB | Travel from Houston deposition to Philadelphia (5 hours, billed at half). | 2.50 |
| 09/15/04 | KMW | Analysis of documents and conference w/DRB regarding the same in support of deposition of ExxonMobil Beaumont. | 2.20 |
| 09/15/04 | KMW | Analysis of written discovery issues including responses to Intercat's inquiries; preparation of interrogatories, requests for admission, and document requests. | 1.20 |
| 09/15/04 | KMW | Loader fact finding, analysis of Grace documents in support of non-infringement position. | 2.10 |
| 09/15/04 | FTC | Document review and indexing. | 4.20 |
| 09/15/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 7.00 |
| 09/15/04 | LL | Attended to and assisted in the preparation of documents to produce to Arnold; scanned in various documents for team and client; prepared various Grace documents for Whitney; document search and review regarding Nol-Tec documents for financials | 4.00 |
| 09/15/04 | CEZ | Met with G. Levin to review and discuss latest draft of tutorial. | 1.10 |
| 09/16/04 | DRB | Preparation for Exxon Mobil deposition | 4.50 |
| 09/16/04 | DRB | Preparation of discovery requests | 0.50 |
| 09/16/04 | DRB | Travel to Houston for deposition (bill at 1/2 times) | 4.00 |
| 09/16/04 | KMW | Analysis of inquiries by Intercat regarding document production; conference w/Intercat regarding the same; follow-up analysis regarding the same. | 2.00 |
| 09/16/04 | KMW | Analysis of documents and fact-finding in support of ExxonMobil deposition. | 0.40 |
| 09/16/04 | KMW | Analysis of document production in support of developing damages theory; consultation w/financial expert regarding the same. | 2.70 |
| 09/16/04 | KMW | Preparation of requests for admission, updating interrogatories. | 2.00 |

| | | | |
|---|---|---|---|
| 09/16/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 7.00 |
| 09/16/04 | LL | Attended to and assisted in the preparation of documents to produce to Arnold; indexed new Citgo document production and prepared production file; updated production logs; document review for new Nol-Tec documents and prepared files; prepared documents to fax to Bailey; indexed new intercat documents; prepared witness file for Lippert | 6.25 |
| 09/16/04 | CEZ | Edited and revised motion for leave to amend prior art statement. | 2.30 |
| 09/16/04 | CEZ | Finalized tutorial; oversaw filing of tutorial. | 3.80 |
| 09/17/04 | DRB | Memo regarding Amco deposition | 0.90 |
| 09/17/04 | DRB | Analysis of Intercat discovery requests and responses and strategy for production of documents | 1.30 |
| 09/17/04 | DRB | Preparation of discovery requests | 0.90 |
| 09/17/04 | DRB | Advice to Al Jordan regarding document production | 0.50 |
| 09/17/04 | DRB | Telephone conference with Intercat regarding document production | 0.50 |
| 09/17/04 | KMW | Analysis of Intercat inquiries regarding document production; analysis of Grace's documents that have been produced; conference w/DRB regarding the same; conference w/Intercat regarding the same. | 1.50 |
| 09/17/04 | KMW | Analysis of Grace's financial documents; fact-finding with client regarding the same. | 2.40 |
| 09/17/04 | KMW | Strategy for discovery and preparation of requests for admission and interrogatories and document requests; conference w/DRB regarding the same. | 3.00 |
| 09/17/04 | KMW | Analysis of documents and fact-finding with client regarding refinery operations. | 1.20 |
| 09/17/04 | KMW | Preparation of motion and proposed order in support of motion to modify case schedule. | 0.40 |
| 09/17/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 5.50 |
| 09/17/04 | LL | Attended to and assisted in the preparation of Nol-Tec documents for meeting in conference room with damages expert; prepared witness files for Citgo Refinery, BP Texas City and Lippert. | 5.00 |
| 09/18/04 | FTC | Document review. | 6.50 |

| 09/20/04 | DRB | Analysis of Intercat's technical tutorial | 1.20 |
| 09/20/04 | DRB | Strategy for requests for admission, interrogatories and document requests to be served on Intercat | 1.50 |
| 09/20/04 | DRB | Preparation for Citgo and BP Texas City depositions | 1.50 |
| 09/20/04 | DRB | Responding to Intercat's discovery requests | 0.50 |
| 09/20/04 | KMW | Preparation of motion to modify case schedule and proposed order. | 1.60 |
| 09/20/04 | KMW | Prepare and submit supplemental responses to Interrogatories 5 & 8. | 0.80 |
| 09/20/04 | KMW | Analysis of Intercat's tutorial w/DRB and CEZ. | 1.80 |
| 09/20/04 | KMW | Preparation of subpoenas to refineries BP Texas City and Citgo Lemont. | 1.20 |
| 09/20/04 | KMW | Preparation of requests for admissions. | 3.30 |
| 09/20/04 | LL | Attended to and assisted in the preparation of a witness file for BP Texas City Refinery; attended team meeting re: Intercat's tutorial; prepared documents and sent packages to Mr. Teitman and Mr. Maggio | 8.25 |
| 09/20/04 | CEZ | Reviewed and analyzed Intercat's tutorial. | 3.30 |
| 09/20/04 | CEZ | Telephone discussion with Intercat counsel regarding deposition scheduling. | 0.70 |
| 09/20/04 | CEZ | Telephone discussion with BP Amoco counsel regarding Texas City refinery deposition. | 0.80 |
| 09/20/04 | CEZ | Reviewed materials produced by BP Amoco in preparation for Texas City refinery deposition; outlined witness examination. | 4.40 |
| 09/21/04 | DRB | Preparation for Citgo and Texas City depositions, review of document production and preparing deposition questioning | 4.00 |
| 09/21/04 | DRB | Analysis of Intercat's technical tutorial | 1.00 |
| 09/21/04 | DRB | Travel to Lemont, IL from Citgo deposition (5 hours, at half) | 2.50 |
| 09/21/04 | KMW | Analysis of Intercat's tutorial and discussion of objections thereto w/CEZ. | 0.30 |
| 09/21/04 | KMW | Preparation of motion to modify case schedule, coordination with other parties, legal research into electronic filing. | 1.00 |
| 09/21/04 | KMW | Preparation of requests for admissions; analysis of claim construction briefs & 236 patent in support of the same. | 3.40 |
| 09/21/04 | KMW | Searching for potential prior art expert; conference w/DRB regarding the same. | 1.00 |

| 09/21/04 | KMW | Preparation of Supplemental Initial Disclosure and serving of the same. | 1.00 |
| 09/21/04 | KMW | Preparation of responses to Intercat's 10th Doc Req and 5th Int Req. | 1.50 |
| 09/21/04 | KMW | Preparation and service of Grace's 6th set of doc requests. | 1.00 |
| 09/21/04 | FTC | Document review. | 0.90 |
| 09/21/04 | FTC | Reviewed material relating to expert witnesses. | 1.10 |
| 09/21/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 4.80 |
| 09/21/04 | LL | Attended to and assisted in the preparation of a witness file for BP Texas City Refinery; gathered documents to go to damages expert; updated deposition files and prepared a copy for the team; updated production files; scanned in various documents for Whitney | 5.50 |
| 09/21/04 | CEZ | Reviewed materials produced by BP Amoco in preparation for Texas City refinery deposition; outlined witness examination. | 8.00 |
| 09/22/04 | GHL | Review of Intercat's technical tutorial and annotation of same for submission of comments to court pursuant to the scheduling order; | 1.00 |
| 09/22/04 | DRB | Defending and taking deposition of Citgo Lemont, IL refinery | 8.00 |
| 09/22/04 | DRB | Travel from Lemont, IL from Citgo deposition (4 hours, billed at half) | 2.00 |
| 09/22/04 | KMW | Preparation of requests for admission. | 0.60 |
| 09/22/04 | KMW | Preparation of contention interrogatories. | 1.00 |
| 09/22/04 | KMW | Electronically file motion to modify case schedule and submit all accompanying documents and email. | 1.00 |
| 09/22/04 | KMW | Analysis of Grace's documents in support of noninfringement position. | 3.30 |
| 09/22/04 | FTC | Reviewed information relating to potential expert witnesses. | 0.50 |
| 09/22/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert and Intercat damages. | 5.30 |
| 09/22/04 | LL | Attended to and assisted in the preparation of a witness file for BP Texas City Refinery; prepared hand delivery to go to damages expert; prepared documents also to send to Teitman; updated deposition files; scanned in and transferred documents into zip files for client | 4.00 |

| 09/22/04 | CEZ | Reviewed materials in preparation of BP Amoco deposition; outlined BP Amoco witness examination. | 11.20 |
|---|---|---|---|
| 09/23/04 | DRB | Responses to Intercat discovery requests | 0.80 |
| 09/23/04 | KMW | Analysis of financial documents; telephonic conference w/financial expert regarding the same. | 0.90 |
| 09/23/04 | KMW | Preparation of requests for admission; discussion w/DRB regarding the same. | 0.50 |
| 09/23/04 | KMW | Research in support of finding prior art expert. | 0.20 |
| 09/23/04 | FTC | Teleconference with potential expert witness; reviewed background information on same. | 0.90 |
| 09/23/04 | SW | Review and analyze documents in preparation of witness file for Intercat 30b6 witness; organize and index copies of exhibits from Leach and Evans deps | 7.00 |
| 09/23/04 | LL | Attended to and assisted in the preparation of a witness file for Cenex Refinery and Regis Lippert; scanned in all recent pleadings and transferred documents into zip files for client; produced new documents and sent to Intercat counsel; updated production logs | 6.00 |
| 09/23/04 | CEZ | Outlined BP Amoco witness examination; conducted examination of witness. | 10.00 |
| 09/24/04 | DRB | Preparation of discovery requests and preparation of responses to Intercat discovery | 2.00 |
| 09/24/04 | KMW | Preparation of notice of motion, proposed order, and other particulars in support of filing supplemental prior art statement. | 1.50 |
| 09/24/04 | KMW | Preparation of requests for admission, contention interrogatories, and strategy for discovery w/DRB & CEZ. | 4.00 |
| 09/24/04 | FTC | Teleconference with potential consultant to discuss the background; reviewed additional background information received from the consultant. | 0.40 |
| 09/24/04 | FTC | Performed final edits on Defendant's Supplemental Prior Art Statement, and Memorandum in Support of Motion for Leave to Amend the Prior Art Statement in preparation for filing. | 1.50 |
| 09/24/04 | LL | Attended to and assisted in the preparation of a witness file for Regis Lippert; scanned in various documents for Levin, Whitney and transferred documents into zip files for client; updated production logs; indexed new production | 6.00 |
| 09/24/04 | CEZ | Travel from Texas City refinery; 6 hours, billed at half time. | 3.00 |

| 09/24/04 | CEZ | Met with D. Bailey and K. Whitney regarding outstanding discovery requests. | 0.60 |
|----------|-----|------------------------------------------------------------------------------|------|
| 09/24/04 | CEZ | Drafted comments to Intercat's tutorial. | 2.10 |
| 09/25/04 | DRB | Preparation of business summary for presentation to Grace management | 3.80 |
| 09/26/04 | GHL | Preparation of technical materials regarding patent issues for review with Grace management; | 2.50 |
| 09/27/04 | GHL | Continued preparation for discussion of status of this action with Grace management; meeting at Grace's offices in Columbia with representatives of Grace to discuss status of the action; | 3.50 |
| 09/27/04 | GHL | Travel time -- travel to/from Grace's offices in Columbia Maryland; 2.4 hours, billed at half time | 1.20 |
| 09/27/04 | GHL | Fee Application, Applicant --- preparation of invoice and fee petition for services for August 2004 | 0.70 |
| 09/27/04 | GHL | Preparation of written discovery (interrogatories and admission requests) for service on Intercat; | 0.80 |
| 09/27/04 | DRB | Preparation for case strategy and review session with Grace management | 4.50 |
| 09/27/04 | DRB | Case strategy meeting with Grace management | 1.00 |
| 09/27/04 | DRB | Travel to and from W.R. Grace for strategy meeting (3 hours, billed at half) | 1.50 |
| 09/27/04 | DRB | Preparation of discovery requests | 1.00 |
| 09/27/04 | KMW | Preparation of Grace's interrogatories, requests for admission. | 2.60 |
| 09/27/04 | KMW | Preparation of notice of motion to amend prior art statement and accompanying documents; correspondence w/Nol-Tec regarding the same. | 1.90 |
| 09/27/04 | KMW | Preparation of strategy for remainder of discovery w/DRB and CEZ. | 1.00 |
| 09/27/04 | SW | Review and analyze documents in preparation of witness file for depositions. | 6.50 |
| 09/27/04 | LL | Attended to and assisted in the preparation of a witness file for 30-b-6 witness and refineries; updated production and deposition logs; scanned in various documents for team and client | 5.00 |

| 09/27/04 | CEZ | Edited and revised responses to documents requests and interrogatories; met with D. Bailey and K. Whitney regarding same. | 4.20 |
|---|---|---|---|
| 09/27/04 | CEZ | Began preparation of witness binder for 30(b)(6) on damages. | 3.20 |
| 09/27/04 | CEZ | Drafted comments to Intercat's tutorial. | 2.00 |
| 09/28/04 | GHL | Meeting with trial team to review outstanding discovery and other pre-trial tasks, case status, and general strategy, consolidation of notes for meeting and generation of list of areas to be addressed; | 1.80 |
| 09/28/04 | GHL | Telephone conference with Mr. Maggio and Mr. Jordan advising on case status and strategy | 0.50 |
| 09/28/04 | GHL | Preparation of written discovery for service on Intercat; | 0.70 |
| 09/28/04 | GHL | Preparation of materials for presentation at Markman hearing; | 0.80 |
| 09/28/04 | DRB | Telephone conference with Grace counsel and advice to Grace regarding case issues | 1.00 |
| 09/28/04 | DRB | Drafting interrogatories and requests for admission | 4.50 |
| 09/28/04 | DRB | Team strategy meeting regarding end of fact discovery | 1.50 |
| 09/28/04 | KMW | Preparation for and participation in team strategy meeting. | 1.00 |
| 09/28/04 | FTC | Team meeting to discuss case scheduling and strategy. | 1.00 |
| 09/28/04 | SW | Attendance at status meeting. | 1.00 |
| 09/28/04 | LL | Attended to and assisted in the preparation of a witness file for refineries; prepared documents for Ziegler regarding damages; scanned in documents for team and client and transferred into zip form for client; prepared documents to send to local counsel | 6.00 |
| 09/28/04 | CEZ | Drafted comments to Intercat's tutorial. | 2.30 |
| 09/28/04 | CEZ | Telephone discussion with J. Crist and M. Miron regarding CHS deposition; reviewed materials in preparation for discussion. | 2.50 |
| 09/28/04 | CEZ | Served subpoena on CHS. | 0.90 |
| 09/28/04 | CEZ | Reviewed materials produced by CHS in preparation for CHS refinery deposition; outlined examination of witness. | 4.20 |
| 09/28/04 | CEZ | Drafted set of document requests directed to damages issues. | 1.40 |
| 09/29/04 | GHL | Further preparation of written discovery to be served on Intercat; | 0.40 |
| 09/29/04 | GHL | Telephone conference with Mr. Jordan regarding loader operation, relative to support of non-infringement position; | 0.20 |

| 09/29/04 | DRB | Preparation of admission requests and interrogatories to Intercat | 5.90 |
| 09/29/04 | DRB | Preparation for Markman hearing presentation | 1.00 |
| 09/29/04 | KMW | Preparation of discovery interrogatory and admissions requests to Intercat; coordinate serving of the same. | 2.20 |
| 09/29/04 | KMW | Analysis of Grace documents in support of invalidity and non-infringement theories. | 3.90 |
| 09/29/04 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 10.60 |
| 09/29/04 | LL | Attended to and assisted in the preparation of a witness file for refineries; prepared deposition binders of refineries for damages expert; document search for Whitney; scanned in various documents for team and client | 5.50 |
| 09/29/04 | CEZ | Reviewed materials produced by CHS in preparation for CHS refinery deposition; outlined examination of witness. | 5.20 |
| 09/29/04 | CEZ | Drafted comments to Intercat's tutorial; met with D. Bailey regarding same. | 5.40 |
| 09/30/04 | DRB | Advice to Alfred Jordan regarding business matters | 0.60 |
| 09/30/04 | KMW | Review of Grace's documents for production. | 5.30 |
| 09/30/04 | KMW | Analysis of document requests from Intercat and communication w/client regarding the same. | 0.30 |
| 09/30/04 | KMW | Analysis of Grace's documents in support of invalidity position. | 1.50 |
| 09/30/04 | KMW | Analysis of Intercat's tutorial and preparation of comments for court on the same. | 1.00 |
| 09/30/04 | FTC | Prepared for meeting with expert witness, including review of background information, technical articles, and patents of the potential witness. | 3.50 |
| 09/30/04 | SW | Review and analyze documents in preparation of witness files; review, analyze and organize documents referenced in Supplemental Prior Art Statement | 7.50 |
| 09/30/04 | LL | Attended to and assisted in the preparation of a witness file for refineries; document review for production and produced new documents to Intercat counsel; | 5.00 |
| 09/30/04 | CEZ | Reviewed materials produced by CHS in preparation for CHS refinery deposition; outlined examination of witness. | 9.80 |

SERVICES          $          156,479.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 32.20 | hours at $ | 460.00 |
| DRB | DAVID R. BAILEY | 110.70 | hours at $ | 380.00 |
| CEZ | CHAD E. ZIEGLER | 134.90 | hours at $ | 290.00 |
| FTC | FRANK T. CARROLL | 39.40 | hours at $ | 270.00 |
| KMW | KAREN MILLANE WHITNEY | 129.00 | hours at $ | 210.00 |
| LL | LARRY LABELLA | 101.70 | hours at $ | 130.00 |
| SW | SUZANNE WALLACE | 105.90 | hours at $ | 90.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| ASSOCIATE SERVICES | 587.05 |
| FACSIMILE | 169.50 |
| WITNESS/EXPERT FEES | 10,344.90 |
| OUTSIDE GRAPHIS (Court Presentation) | 9,550.00 |
| POSTAGE & DELIVERY | 247.09 |
| PHOTOCOPYING | 5,343.19 |
| COMPUTER SEARCH | 111.20 |
| TRAVEL & EXPENSES | 4,332.90 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 32,088.05 |
| SERVICE TOTAL | $ | 156,479.00 |
| **INVOICE TOTAL** | $ | **188,567.05** |

**9/1-3/04**      **Travel and Expense:  Vendor David Bailey**
          **Transportation:**       Purpose of trip:  Refinery deposition in
                                    Great Falls, Montana
          **9/1/04**        Delta Air Lines flight 685
                            Philadelphia to Salt Lake City, UT
                            Delta Air Lines flight 3889
                            Salt Lake City, UT to Great Falls, MT
          **9/3/04**        Delta Air Lines flight 3890
                            Great Falls, MT to Salt Lake City, UT
                            Salt Lake City, UT to Philadelphia, PA
    $2,136.39
          **Lodging**       LaQuinta Hotel (9/1/04-9/3/04)                  $   172.12
          **Taxi Fare:**    Taxi from office to Philadelphia Airport        $    29.00
                            Airport to hotel                                $     5.00
                            Hotel to deposition                             $     8.00
                            Deposition to hotel                             $     8.00
                            Hotel to airport                                $     5.00
                            Airport to office                               $    28.00
          **Meals:**
          9/1/04            Dinner                                          $     9.66
          9/2/04            Breakfast                                       $    11.00
                            Lunch                                           $     6.00
                            Dinner                                          $    35.00
          **Miles:**        50 miles @ .325                                 $    16.25
                                                                           _____
                                           TOTAL EXPENSE:    $2,469.42

**9/15-16/04**    **Travel and Expense:  Vendor David Bailey**

|  |  |  |  |
|---|---|---|---|
| **Transportation**: | Purpose of trip:  Refinery deposition in Houston, TX | | |
| **9/15/04** | USAir flight 1611 | | |
| | Philadelphia, PA to Houston, TX | | |
| **9/16/04** | USAir Flight 1657 | | |
| | Houston, TX to Philadelphia, PA | $ | 193.70 |
| **Lodging** | Marriott (9/15/04-9/16/04) | $ | 197.73 |
| **Taxi:** | | | |
| | Airport to Hotel | $ | 55.00 |
| | Hotel to Exxon Mobil | $ | 25.00 |
| | Exxon Mobile to Airport | $ | 42.00 |
| **Parking:** | | | |
| | 9/15/04 | $ | 18.00 |
| | 9/16/04 | $ | 34.00 |
| **Meals:** | | | |
| 9/15/04 | Dinner | $ | 11.24 |
| 9/16/04 | Breakfast | $ | 23.05 |
| | Lunch | $ | 3.00 |
| | Dinner | $ | 16.38 |
| **Miles:** | 50 miles @ .325 | $ | 16.25 |

TOTAL EXPENSE:    $  635.35

· **9/21-22/04**  **Travel and Expense:  Vendor David Bailey**

| | | | |
|---|---|---|---:|
| **Transportation**: | Purpose of trip:  Refinery deposition in Lemont, IL | | |
| **9/21/04** | USAir flight 1441 Philadelphia, PA to Chicago, IL | | |
| **9/22/04** | USAir Flight 148 Chicago, IL to Philadelphia, PA | $ | 366.20 |
| **Lodging** | Springhill Suites (9/21/04-9/22/04) | $ | 160.20 |
| **Car Rental** | Enterprise Rent-A-Car | $ | 144.85 |
| Parking: | | | |
| | 9/21/04 | $ | 18.00 |
| | 9/22/04 | $ | 34.00 |
| **Meals:** | | | |
| 9/21/04 | Dinner | $ | 24.53 |
| 9/22/04 | Breakfast | $ | 5.50 |
| | Lunch | $ | 5.05 |
| | Dinner | $ | 16.38 |
| **Miles:** | 50 miles @ .325 | $ | 16.25 |
| **Tips:** | | $ | 3.00 |

TOTAL EXPENSE:  $ 793.96

**9/22-24/04**     **Travel and Expense:  Vendor Chad Ziegler**
           **Transportation**:        Purpose of trip:  Refinery deposition at Texas City Refinery
           **9/22/04**        Continental Airlines Flight No. 177
                     Philadelphia to Texas City, TX
           **9243/04**        Continental Airlines Flight No. 1923
                     Texas City, TX to Philadelphia, PA              $  652.70
           **Car Rental:**                                           $  175.01
           **Parking Fees:**                                         $   80.50
           **Lodging**        Fairfield Inn Texas City (9/22/04-9/24/04)     $  387.22
           **Meals:**                                                $  106.79

                                    TOTAL EXPENSE:   $1,402.22

**9/27//04**     **Travel and Expense:  Vendor Gary Levin**
           **Transportation**:     Purpose of trip:  Meeting with Grace Personnel at W.R.
                                    Grace in Columbia, Maryland
           **9/27/04**      Roundtrip Amtrak Ticket from
                         Philadelphia to Maryland                    $157.50

                                    TOTAL EXPENSE:   $157.50

**9/27//04**      **Travel and Expense:  Vendor David Bailey**

**Transportation**:      Purpose of trip:  Meeting with Grace Personnel at W.R.
                         Grace in Columbia, Maryland

**9/27/04**        Roundtrip Amtrak Ticket from
                   Philadelphia to Maryland                           $157.50

**Taxi Fare**:     Transportation to and from Amtrak in Maryland
                   To Columbia, Maryland                              $ 77.00

**Parking:**                                                         $ 20.00

    **Meals:**

    Dinner:                                               $   9.22

**Miles:**         40 miles @ .325                                   $ 13.00

                            TOTAL EXPENSE:  $276.72