WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2004 through June 30, 2004

Summary of Services Rendered by Project Category

| Category Code | Category Description | Apr-Jun 2004 Hours | Bankruptcy Case Cumulative Hours |
|---|---|---|---|
| 7 | Committee (All) | 9.7 | 378.8 |
| 11 | Fee Applications, Applicant | 30.3 | 609.4 |
| 14 | Hearings | 0.0 | 34.0 |
| 20 | Travel - Non-working | 0.0 | 136.6 |
| 24 | Other | 2.0 | 103.1 |
| 26 | Business Analysis (for financial advisors) | 12.2 | 831.5 |
| 27 | Corporate Finance (for financial advisors) | 123.3 | 1543.6 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 |
|  | TOTAL | 177.5 | 4131.0 |

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2004 through June 30, 2004

## Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 0.2 |
| Gregory Boyer, Managing Director | 24.0 |
| Stephanie Jones, Associate | 65.3 |
| V. Bellapravalu, Analyst | 62.5 |
| Jay Suh, Analyst | 25.5 |
| **TOTAL** | 177.5 |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2004 through June 30, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 04/07/04 | 26 | 0.1 | Review and respond to e-mail from DB re: Scheduling Q1 Results Conference Call |
| WR Grace | S. Jones | 04/07/04 | 26 | 0.1 | Review and respond to e-mail from DB re: Scheduling Q1 Results Conference Call |
| WR Grace | S. Jones | 04/09/04 | 11 | 2.0 | Fee Application |
| WR Grace | S. Jones | 04/14/04 | 11 | 2.1 | Fee Application |
| WR Grace | G. Boyer | 04/16/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 04/16/04 | 11 | 3.1 | Fee Application |
| WR Grace | S. Jones | 04/16/04 | 11 | 2.0 | Fee Application |
| WR Grace | S. Jones | 04/16/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 04/19/04 | 11 | 2.0 | Fee Application |
| WR Grace | G. Boyer | 04/22/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 04/22/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 04/28/04 | 11 | 4.0 | Fee Application |
| WR Grace | S. Jones | 05/04/04 | 11 | 0.2 | Correspondence with WHS re: 11th Fee Application |
| WR Grace | G. Boyer | 05/06/04 | 26 | 2.0 | Review Q1 Financial Briefing materials from Grace; research German loan issues |
| WR Grace | G. Boyer | 05/06/04 | 11 | 0.2 | Conversations with SJ re: fee application |
| WR Grace | G. Boyer | 05/06/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 05/06/04 | 26 | 3.8 | Review Q1 Financial Briefing materials from Grace; research German loan issues |
| WR Grace | S. Jones | 05/06/04 | 11 | 0.2 | Conversations with GB re: fee application |
| WR Grace | S. Jones | 05/06/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 05/10/04 | 11 | 0.2 | Conversations with SJ and JS re: 11th and 12th Fee Applications |
| WR Grace | S. Jones | 05/10/04 | 11 | 0.2 | Conversations with GB and JS re: 11th and 12th Fee Applications |
| WR Grace | G. Boyer | 05/11/04 | 26 | 0.5 | Review information re: realignment of SBUs |
| WR Grace | G. Boyer | 05/11/04 | 26 | 1.9 | Preparation for Grace Q1 Results Conference Call; Grace Q1 Conference Call |
| WR Grace | G. Boyer | 05/11/04 | 26 | 0.9 | Review follow-up materials from Grace re: reorganization of Davison Division |
| WR Grace | G. Boyer | 05/11/04 | 11 | 1.5 | Review and revise fee application |
| WR Grace | G. Boyer | 05/11/04 | 11 | 0.1 | Conversation with SJ re: correspondence with WHS |
| WR Grace | S. Jones | 05/11/04 | 26 | 1.0 | Grace Q1 Results Conference Call |
| WR Grace | S. Jones | 05/11/04 | 26 | 0.9 | Review follow-up materials from Grace re: reorganization of Davison Division |
| WR Grace | S. Jones | 05/11/04 | 11 | 4.0 | Fee Application |
| WR Grace | S. Jones | 05/11/04 | 11 | 0.1 | Correspondence with WHS re: 11th Fee Application |
| WR Grace | S. Jones | 05/11/04 | 11 | 0.1 | Conversation with GB re: correspondence with WHS |
| WR Grace | S. Jones | 05/12/04 | 11 | 4.0 | Fee Application |
| WR Grace | G. Boyer | 05/13/04 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 05/13/04 | 11 | 0.4 | Correspondence with WHS and SW re: 11th fee application; submit 11th and 12th fee applications for filing |
| WR Grace | S. Jones | 05/13/04 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 05/17/04 | 24 | 0.1 | Review e-mail from AD re: Wolin Recusal |
| WR Grace | G. Boyer | 05/18/04 | 24 | 0.7 | Review information re: Wolin recusal |
| WR Grace | M. Gries | 05/18/04 | 24 | 0.2 | Review correspondence re: Wolin recusal |
| WR Grace | S. Jones | 05/19/04 | 11 | 0.1 | Fee Application: follow-up with counsel regarding filing |
| WR Grace | G. Boyer | 05/20/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 05/27/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 05/27/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 06/03/04 | 24 | 0.1 | Review e-mail from re: futures representative |
| WR Grace | G. Boyer | 06/03/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 06/03/04 | 27 | 2.0 | Receive and review information re: Project Caesar acquisition |
| WR Grace | S. Jones | 06/03/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 06/04/04 | 11 | 0.2 | Review information re: fee applications |
| WR Grace | S. Jones | 06/04/04 | 11 | 1.5 | Fee Application |
| WR Grace | G. Boyer | 06/07/04 | 27 | 1.0 | Review Project Caesar model |
| WR Grace | S. Jones | 06/07/04 | 27 | 1.4 | Receive and review additional Project Caesar information |
| WR Grace | S. Jones | 06/07/04 | 11 | 2.0 | Fee Application |
| WR Grace | G. Boyer | 06/08/04 | 27 | 0.1 | Review correspondence re: Project Caesar Report |
| WR Grace | G. Boyer | 06/09/04 | 27 | 0.3 | Conference call with DB and Grace management re: Project Caesar |
| WR Grace | G. Boyer | 06/09/04 | 27 | 0.6 | Conference call with DB and Grace management re: Project Caesar |
| WR Grace | G. Boyer | 06/09/04 | 24 | 0.5 | Receive update on Wolin recusal and Sealed Air motion |
| WR Grace | G. Boyer | 06/09/04 | 11 | 0.1 | Review e-mail from SJ re: fee payment schedule |
| WR Grace | S. Jones | 06/09/04 | 27 | 0.6 | Conference call with DB and Grace management re: Project Caesar |
| WR Grace | S. Jones | 06/09/04 | 27 | 4.7 | Perform research re: Project Caesar acquisition |
| WR Grace | S. Jones | 06/09/04 | 24 | 0.1 | Receive and review Buckwalter order |
| WR Grace | S. Jones | 06/09/04 | 24 | 0.1 | Receive update on Wolin recusal and Sealed Air motion |
| WR Grace | G. Boyer | 06/10/04 | 27 | 1.8 | Analyze information received and draft data request list for Grace re: Project Caesar |
| WR Grace | G. Boyer | 06/10/04 | 27 | 0.5 | Conversation with SJ re: Project Caesar |
| WR Grace | G. Boyer | 06/10/04 | 27 | 0.3 | Receive and review draft motion re: Project Caesar |
| WR Grace | G. Boyer | 06/10/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 06/10/04 | 27 | 6.0 | Analyze information received and draft data request list for Grace re: Project Caesar |
| WR Grace | S. Jones | 06/10/04 | 27 | 0.5 | Conversation with GB re: Project Caesar |
| WR Grace | S. Jones | 06/10/04 | 27 | 0.3 | Receive and review draft motion re: Project Caesar |
| WR Grace | S. Jones | 06/10/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 06/11/04 | 24 | 0.1 | Receive update from SB on Wolin recusal and Sealed Air motion |
| WR Grace | S. Jones | 06/11/04 | 24 | 0.1 | Receive update from SB on Wolin recusal and Sealed Air motion |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2004 through June 30, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 06/14/04 | 27 | 0.3 | Receive and respond to e-mail from JH re: valuation |
| WR Grace | G. Boyer | 06/16/04 | 27 | 0.5 | Receive and review information from DB re: proposed Belgian acquistion |
| WR Grace | S. Jones | 06/16/04 | 27 | 0.2 | Correspondence with Grace re: Project Caesar data request |
| WR Grace | S. Jones | 06/16/04 | 27 | 1.0 | Receive and review information from DB re: proposed Belgian acquistion |
| WR Grace | G. Boyer | 06/17/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 06/17/04 | 27 | 0.1 | Correspondence with Grace re: Project Caesar data request |
| WR Grace | S. Jones | 06/17/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | J. Suh | 06/18/04 | 27 | 2.5 | Discussion with V. Bellapravalu regarding comparable trading analysis |
| WR Grace | J. Suh | 06/18/04 | 27 | 3.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 06/18/04 | 27 | 1.3 | Call with Grace re: Project Caesar; follow-up e-mails exchanging additional information |
| WR Grace | V. Bellapravalu | 06/18/04 | 27 | 2.5 | Discussion with JSuh regarding comparable trading analysis |
| WR Grace | V. Bellapravalu | 06/18/04 | 27 | 4.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 06/20/04 | 27 | 0.1 | Review e-mail from JS re: Project Caesar aqcuisition |
| WR Grace | G. Boyer | 06/21/04 | 27 | 1.1 | Receive and review Purchase Agreement re: Project Caesar |
| WR Grace | J. Suh | 06/21/04 | 27 | 4.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 06/21/04 | 27 | 0.6 | Receive and review Purchase Agreement re: Project Caesar |
| WR Grace | V. Bellapravalu | 06/21/04 | 27 | 7.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | J. Suh | 06/22/04 | 27 | 4.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | V. Bellapravalu | 06/22/04 | 27 | 8.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | G. Boyer | 06/23/04 | 27 | 0.6 | Call with JS re: Project Caesar |
| WR Grace | J. Suh | 06/23/04 | 27 | 5.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 06/23/04 | 27 | 0.6 | Call with JS re: Project Caesar |
| WR Grace | V. Bellapravalu | 06/23/04 | 27 | 8.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | G. Boyer | 06/24/04 | 27 | 0.5 | Preparation to discuss Project Caesar for Committee Conference Call |
| WR Grace | G. Boyer | 06/24/04 | 7 | 0.7 | Committee Conference Call |
| WR Grace | J. Suh | 06/24/04 | 27 | 3.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 06/24/04 | 7 | 0.7 | Committee Conference Call |
| WR Grace | V. Bellapravalu | 06/24/04 | 27 | 6.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | J. Suh | 06/25/04 | 27 | 4.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 06/25/04 | 27 | 5.0 | Draft memorandum re: Project Caesar |
| WR Grace | V. Bellapravalu | 06/25/04 | 27 | 7.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | G. Boyer | 06/26/04 | 27 | 0.2 | Conversation with SJ re: Project Caesar memo |
| WR Grace | G. Boyer | 06/26/04 | 27 | 0.7 | Review and comment on draft memo re: Project Caesar |
| WR Grace | S. Jones | 06/26/04 | 27 | 0.2 | Conversation with GB re: Project Caesar memo |
| WR Grace | G. Boyer | 06/27/04 | 27 | 0.5 | Review revised Project Caesar memo |
| WR Grace | S. Jones | 06/27/04 | 27 | '1.1 | Revise memorandum re: Project Caesar |
| WR Grace | V. Bellapravalu | 06/28/04 | 27 | 5.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | G. Boyer | 06/29/04 | 27 | 0.3 | Conversation with JS re: Project Caesar acquisition |
| WR Grace | S. Jones | 06/29/04 | 27 | 0.3 | Conversation with JS re: Project Caesar acquisition |
| WR Grace | V. Bellapravalu | 06/29/04 | 27 | 5.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | G. Boyer | 06/30/04 | 26 | 0.5 | Review Grace article sent by JS; discuss same with SJ |
| WR Grace | S. Jones | 06/30/04 | 26 | 0.5 | Review Grace article sent by JS; discuss same with GB |
| WR Grace | V. Bellapravalu | 06/30/04 | 27 | 8.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |

11/8/04

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2004 through June 30, 2004

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| S. Jones | 4/14/04 | | | 19.38 | | | | 19.38 |
| S. Jones | 4/16/04 | | | 8.00 | | | | 8.00 |
| S. Jones | 4/28/04 | | | 10.00 | | | | 10.00 |
| S. Jones | 5/11/04 | | | 9.00 | | | | 9.00 |
| S. Jones | 5/12/04 | | | 9.00 | | | | 9.00 |
| S. Jones Total | | 0.00 | 0.00 | 55.38 | 0.00 | 0.00 | 0.00 | 55.38 |
| | | | | | | | | |
| Thomson West/Bankruptcy reports | 6/28/04 | | | | | | 166.95 | 166.95 |
| Research Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 166.95 | 166.95 |
| | | | | | | | | |
| Grand Total | | 0.00 | 0.00 | 55.38 | 0.00 | 0.00 | 166.95 | 222.33 |

## LEGEND

| | |
|---|---|
| AG | Alberto Gutierrez, Environmental Expert--Geolex Inc. |
| BA | Bradley Aitken, Associate -- CDG |
| Bates | Charles Bates, President--Bates White & Ballentine, LLC (PD Asbestos Claims Expert) |
| BF | Brad Friedman, Partner -- Milberg |
| BJ | Ben Jones, Vice President -- CDG |
| Chemco | Chemicals Division of Grace remaining after sale of PackCo |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FL | Frank LaGrecca, former Managing Director--Houlihan Lokey |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| Goldin | Goldin & Associates (Seymour Preston), Sealed Air Financial Advisor |
| HG | Heather Grant, Analyst -- CDG |
| HL | Houlihan Lokey Howard & Zukin |
| JH | James Hass, PD Asbestos Expert |
| JL | Joseph Lash, Sr. Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| JY | Jeff Yanover, Analyst -- CDG |
| KC | Kevin Collins, Managing Director--Houlihan Lokey |
| KR | Kasey Rosado, Vice President --CDG |
| LC | Lisa Coggins, Associate -- Ferry & Joseph PA |
| LE | Lawrence Ellberger, former CEO--WR Grace |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| PackCo | Packaging Division of Grace sold to Sealed Air (Cryovac) |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RB | Ryan Brown, Analyst -- CDG |
| RF | Rachel Fleishman, Associate -- Milberg |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SA | Sealed Air Corp. |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SS | Scott Sturdivant, Analyst -- CDG |
| TH | Ted Hirschfield, Associate -- CDG |
| TT | Ted Taconelli, Partner -- Ferry & Joseph PA |
| WH | William Hickey, President/CEO--Sealed Air Corp/Cryovac |
| WR | Wilbur Ross, Chairman/CEO--WL Ross & Co. LLC |
| WHS | Warren Smith Associates, fee examiner |