# EXHIBIT "B"

11/8/04

## WR Grace
### Expense Detail - Conway, Del Genio, Gries & Co., LLC
### For the Period of April 1, 2004 through June 30, 2004

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| S. Jones | 4/14/04 | | | 19.38 | | | | 19.38 |
| S. Jones | 4/16/04 | | | 8.00 | | | | 8.00 |
| S. Jones | 4/28/04 | | | 10.00 | | | | 10.00 |
| S. Jones | 5/11/04 | | | 9.00 | | | | 9.00 |
| S. Jones | 5/12/04 | | | 9.00 | | | | 9.00 |
| **S. Jones Total** | | 0.00 | 0.00 | 55.38 | 0.00 | 0.00 | 0.00 | 55.38 |
| Thomson West/Bankruptcy reports | 6/28/04 | | | | | | 166.95 | 166.95 |
| **Research Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 166.95 | 166.95 |
| **Grand Total** | | 0.00 | 0.00 | 55.38 | 0.00 | 0.00 | 166.95 | 222.33 |