IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Objection Deadline: December 3, 2004 at 4:00 p.m.<br>Hearing Date: December 20, 2004 at 12:00 p.m. |

## NOTICE OF APPLICATION AND HEARING

TO:   Counsel and Co-Counsel for the Debtors
The Office of the United States Trustee
Counsel for the Official Committee of Unsecured Creditors
Counsel for the Official Committee of Asbestos Property Damage Claimants
Counsel for the Official Committee of Personal Injury Claimants
The Future Claimants' Representative
The Fee Auditor
Each Party That has Entered its Appearance in These Cases Pursuant to Bankruptcy Rule 2002

PLEASE TAKE NOTICE that on November 5, 2004, the Official Committee of Equity Security Holders of the above captioned Debtors by and through its undersigned counsel, filed an **Application of the Official Committee of Equity Security Holders for an Order, *nunc pro tunc* to October 29, 2004, pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016, Approving and Authorizing the Retention and Employment of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders** (the "Application"), Docket Number 6846..

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Application is scheduled for **December 20, 2004 at 12:00 p.m. (EST).**

You are required to respond by filing a response, if any, to the Application prior to **December 20, 2004 at 4:00 p.m. (EST).**

At the same time, you must serve a copy of the response upon the Official Committee of Equity Security Holders counsel:

| | |
|---|---|
| Teresa K. D. Currier<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, 14th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 552-4200<br>Facsimile: (302) 552-4295 | Philip Bentley<br>Gary Becker<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 |

54749
KL2:2361600.1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Date: November 9, 2004

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By: _____
Teresa K. D. Currier (ID No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

- and -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
 Philip Bentley
 Gary M. Becker
919 Third Avenue
New York, New York 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for the Official Committee of Equity Security Holders