# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | 9-27-04 |
| | | Agenda Item 2 |

**ORDER APPROVING JOINT MOTION OF DEBTORS AND ZAI CLAIMANTS**
**TO INCREASE BUDGET FOR ZAI SCIENCE TRIAL**

AND NOW, on this __27__ day of September, 2004, it is hereby

ORDERED that the litigation budget for the ZAI Science Trial is increased by $750,000 per side for additional attorney fees and expenses.

_____
The Honorable Judith K. Fitzgerald

DOCKET # 6252
DATE 8/30/04

91100-001\DOCS_DE:98719.1