**Exhibit A**
July Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: October 1, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE THIRTY-SEVENTH MONTHLY INTERIM PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

Name of Applicant:      Reed Smith LLP

Authorized to Provide Professional Services to:      W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:      July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:      July 1, 2004 through July 31, 2004

Amount of fees and expenses sought as actual, Reasonable, and necessary:      $13,505.05

This an: X monthly    _ interim    _ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO.: 6336
DT FILED: 9-8-04

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | .80 | $116.00 |
| John B. Lord | Paralegal | 11 Years | Litigation | $160.00 | 2.90 | $464.00 |
| Lisa Lankford | Bankr. Specialist | 5 Years | Litigation | $95.00 | 1.40 | $133.00 |

Total Fees: $13,176.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 15.90 | $6,742.00 |
| ZAI Science Trial | 7.60 | $3,433.00 |
| Fee Applications | 6.90 | $1,407.00 |
| Hearings | 3.30 | $1,594.50 |
| **Total:** | **33.70** | **$13,176.50** |

**EXPENSE SUMMARY**

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.20 | $0.85 |
| Duplicating/Printing | $48.45 | $91.80 |
| Duplicating -- Outside | $953.12 | ----- |
| Postage Expense | $1.11 | $0.37 |
| Courier Service – Outside | $80.52 | ----- |
| Other Databases | $74.13 | ----- |
| Expense Advance | ($924.00) | ----- |
| SUBTOTAL | $235.53 | $93.02 |
| TOTAL | | $328.55 |

Dated:  September 8, 2004
Wilmington, Delaware

REED SMITH LLP

By:  /s/ Kurt F. Gwynne
    Kurt F.Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

    and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA  15219
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1180963
One Town Center Road                     Invoice Date      08/31/04
Boca Raton, FL    33486                  Client Number      172573

========================================================================
Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              6,742.00


                    TOTAL BALANCE DUE UPON RECEIPT      $6,742.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1180963
One Town Center Road                     Invoice Date      08/31/04
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026
==================================================================
Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | | Hours |
|------|------|------|-------|
| 07/01/04 | Bentz | Corresponding with J. Restivo regarding production of documents. | .30 |
| 07/01/04 | Cameron | Meet with J. Restivo (0.3) and telephone call with R. Finke re: discussion with and providing documents to ACC (0.5). | .80 |
| 07/02/04 | Atkinson | Telephone calls to J. Restivo and to K. Hindman (Ditto) re: documents to provide to ACC (0.5); e-mail to J. Restivo re: vendor ability to produce documents in electronic format (0.3) | .80 |
| 07/02/04 | Cameron | Telephone call with J. Restivo regarding ACC discussions (0.4); telephone call with R. Finke regarding miscellaneous issues and strategy for responses (0.6). | 1.00 |
| 07/02/04 | Restivo | Telephone calls with R. Budd, R. Finke, D. Siegel, and D. Cameron re: asbestos-related bankruptcy issues. | 1.50 |
| 07/03/04 | Cameron | Review of additional materials received from R. Finke regarding asbestos claims. | .90 |
| 07/06/04 | Cameron | E-mail report of conversation with R. Finke and things-to-do with respect to asbestos claims. | .80 |

172573 W. R. Grace & Co.                          Invoice Number   1180963
60026  Litigation and Litigation Consulting       Page    2
       August 31, 2004

| Date | Name | | Hours |
|------|------|---|------|
| 07/06/04 | Restivo | Correspondence with N. Finch re: asbestos issues. | 1.10 |
| 07/08/04 | Bentz | Conference with M. Murphy regarding request for certain documents. | .40 |
| 07/08/04 | Restivo | Telephone call with D. Siegel re: asbestos issues. | .40 |
| 07/09/04 | Bentz | Review of various information requested by M. Murphy. | .30 |
| 07/12/04 | Bentz | Review of documents issued regarding third party non-debtor asbestos defendant. | .40 |
| 07/12/04 | Restivo | Prepare material for N. Finch re: asbestos issues. | 1.00 |
| 07/13/04 | Bentz | Review of agenda for upcoming Omnibus hearing (.3); letter to D. Kuchinsky regarding documents produced to third party non-debtor asbestos defendant (.3); research and conferences with R. Finke regarding request for information regarding courts (1.5). | 2.10 |
| 07/13/04 | Cameron | Multiple e-mails regarding issues raised by R. Finke relating to asbestos claims. | .50 |
| 07/14/04 | Bentz | Review of materials produced to third party non-debtor asbestos defendant. | 1.10 |
| 07/14/04 | Restivo | Prepare materials to send to Finch. | 1.00 |
| 07/26/04 | Bentz | Conferences with R. Finke regarding various issues relating to  third party non-debtor asbestos defendant. | .50 |
| 07/26/04 | Cameron | Review materials from R. Finke regarding Libby. | .80 |
| 07/29/04 | Lord | Prepare correspondence to R. Finke re: monthly CNOs. | .20 |

                                                                 ------

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       August 31, 2004

Invoice Number   1180963
Page    3


                                    TOTAL HOURS     15.90


| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 5.00 | at $ | 495.00 | = | 2,475.00 |
| Douglas E. Cameron | 4.80 | at $ | 465.00 | = | 2,232.00 |
| James W Bentz | 5.10 | at $ | 370.00 | = | 1,887.00 |
| John B. Lord | 0.20 | at $ | 160.00 | = | 32.00 |
| Maureen L. Atkinson | 0.80 | at $ | 145.00 | = | 116.00 |

                    CURRENT FEES                            6,742.00
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $6,742.00
                                                        =============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number      1180964
5400 Broken Sound Blvd., N.W.         Invoice Date      08/31/04
Boca Raton, FL 33487                  Client Number      172573

===============================================================================
Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

        Fees                          3,433.00


                    TOTAL BALANCE DUE UPON RECEIPT      $3,433.00
                                                      ==============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1180964 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      08/31/04 |
| Boca Raton, FL 33487 | Client Number     172573 |
| | Matter Number      60028 |

==============================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | | Hours |
|------|------|--|-------|
| 06/22/04 | Restivo | Review outstanding issues related to ZAI case. | .80 |
| 07/01/04 | Cameron | Review draft motion re: ZAI budget. | .60 |
| 07/01/04 | Restivo | Review ZAI document production (1.7) and calls to Baer (0.3), Atkinson (0.2) and Finke (0.3). | 2.50 |
| 07/02/04 | Restivo | Telephone calls with J. Baer (0.7) and M. Atkinson (0.3) re: ZAI document issues. | 1.00 |
| 07/08/04 | Muha | Revise draft motion relating to ZAI Science Trial budget. | .50 |
| 07/13/04 | Cameron | Review comments to draft motion relating to ZAI budget. | .60 |
| 07/13/04 | Muha | Review ZAI claimants' counsel comments to draft budget motion (0.3) and e-mail to D. Cameron re: same (0.2). | .50 |
| 07/17/04 | Cameron | Review and revise draft motion relating to ZAI budget. | .70 |
| 07/29/04 | Cameron | Review motion with respect to budget for fees. | .40 |

```
                                              ------
                             TOTAL HOURS        7.60
```

```
172573 W. R. Grace & Co.                    Invoice Number  1180964
60028  ZAI Science Trial                    Page    2
       August 31, 2004
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 4.30 at $ 495.00 = | | 2,128.50 |
| Douglas E. Cameron | 2.30 at $ 465.00 = | | 1,069.50 |
| Andrew J. Muha | 1.00 at $ 235.00 = | | 235.00 |
| CURRENT FEES | | | 3,433.00 |
| TOTAL BALANCE DUE UPON RECEIPT | | | $3,433.00 |

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1180965
5400 Broken Sound Blvd., N.W.        Invoice Date        08/31/04
Boca Raton, FL 33487                 Client Number       172573

====================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                              1,407.00

                TOTAL BALANCE DUE UPON RECEIPT        $1,407.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1180965
5400 Broken Sound Blvd., N.W.            Invoice Date       08/31/04
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029

==================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | | Hours |
|------|------|------|------|
| 07/01/04 | Cameron | Review fee application materials. | .80 |
| 07/01/04 | Lord | Prepare May 2004 monthly fee application for e-filing and service. | 1.10 |
| 07/01/04 | Muha | Attention to billing and payment issues from recent quarterly fee application payment. | .30 |
| 07/06/04 | Lord | Research docket and draft CNO for RS 34th monthly fee application. | .50 |
| 07/08/04 | Lord | Review, revise and e-file RS CNO for 34th monthly fee application (.3); perfect service for same (.2); prepare correspondence to R. Finke re: submission of same (.1). | .60 |
| 07/10/04 | Muha | Work on June 2004 monthly fee application. | 1.00 |
| 07/12/04 | Lord | Respond to e-mail from A. Muha re: 34th monthly fee application CNO. | .10 |
| 07/19/04 | Muha | Revisions to June 2004 fee and expense details. | .50 |
| 07/21/04 | Muha | | .20 |
| 07/26/04 | Lord | Research docket and draft CNO/service for 35th monthly fee application. | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1180965
60029  Fee Applications-Applicant           Page    2
       August 31, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/28/04 | Lankford | Verifying calculations, etc. regarding 35th Monthly Fee Application. | .80 |
| 07/29/04 | Lankford | Scan, e-file and perfect service of CNO. | .60 |

```
                                            ------
                            TOTAL HOURS       6.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| Douglas E. Cameron | 0.80 | at $ | 465.00 | = | 372.00 |
| Andrew J. Muha | 2.00 | at $ | 235.00 | = | 470.00 |
| John B. Lord | 2.70 | at $ | 160.00 | = | 432.00 |
| Lisa Lankford | 1.40 | at $ | 95.00 | = | 133.00 |

```
                  CURRENT FEES                          1,407.00

                                                      ------------
          TOTAL BALANCE DUE UPON RECEIPT                $1,407.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1180966
One Town Center Road                     Invoice Date        08/31/04
Boca Raton, FL   33486                   Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

     Fees                            1,594.50

                    TOTAL BALANCE DUE UPON RECEIPT      $1,594.50
                                                        =============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1180966 |
| Invoice Date | 08/31/04 |
| Client Number | 172573 |
| Matter Number | 60030 |

=========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | | Hours |
|------|------|------|-------|
| 07/06/04 | Cameron | Prepare for and participate in portions of hearing regarding motion to lift stay (1.1); meet with J. Restivo regarding same (0.2). | 1.30 |
| 07/06/04 | Restivo | Preparation for and participate in telephonic hearing on motion to lift stay. | 2.00 |
| | | TOTAL HOURS | 3.30 |

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|-------|---|-------|
| James J. Restivo Jr. | 2.00 | at $ | 495.00 | = | 990.00 |
| Douglas E. Cameron | 1.30 | at $ | 465.00 | = | 604.50 |

CURRENT FEES                                          1,594.50

TOTAL BALANCE DUE UPON RECEIPT              $1,594.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

Invoice Number      1180967
Invoice Date      08/31/04
Client Number      172573

================================================================================
Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

Expenses                                235.53

TOTAL BALANCE DUE UPON RECEIPT              $235.53
                                        =============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | |
| One Town Center Road | |
| Boca Raton, FL    33486 | |

| | |
|---|---|
| Invoice Number | 1180967 |
| Invoice Date | 08/31/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

=====================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 2.20 |
| Duplicating/Printing | 48.45 |
| Other Databases | 74.13 |
| Postage Expense | 1.11 |
| Courier Service - Outside | 80.52 |
| Outside Duplicating | 953.12 |
| Expense Advance | (924.00) |

|  |  |
|---|---|
| CURRENT EXPENSES | 235.53 |
| | -------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $235.53 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1180967
One Town Center Road                     Invoice Date      08/31/04
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026
========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:
06/30/04   Pacer Databases                              74.13

07/01/04   WR GRACE #419615 7/1/04 DEPOSIT RE: OVERPAYMENT    -924.00
           DEC. 2003 FEE APP.

07/02/04   614-464-8322/COLUMBUS, OH/2                    .10

07/02/04   ATTY # 0718; 152 COPIES                     22.80

07/08/04   ATTY # 0718; 18 COPIES                       2.70

07/12/04   ATTY # 0559: 6 COPIES                         .90

07/12/04   ATTY # 0559: 7 COPIES                        1.05

07/13/04   ATTY # 0710; 6 COPIES                         .90

07/13/04   ATTY # 0349: 37 COPIES                       5.55

07/13/04   ATTY # 0885: 1 COPIES                         .15

07/13/04   ATTY # 0885: 1 COPIES                         .15

07/13/04   ATTY # 0559: 12 COPIES                       1.80

07/13/04   561-362-1533/BOCA RATON, FL/5                 .25

07/13/04   410-531-4355/COLUMBIA, MD/9                   .45

07/13/04   215-851-8856/PHILA, PA/7                      .35

07/14/04   Postage Expense: ATTY # 0849 User: MILLER, JASON    1.11

07/14/04   ATTY # 0349: 3 COPIES                         .45

172573 W. R. Grace & Co.                          Invoice Number  1180967
60026  Litigation and Litigation Consulting       Page   2
       August 31, 2004

| 07/14/04 | ATTY # 0885: 1 COPIES | .15 |
| 07/14/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/14/04 | ATTY # 0885: 1 COPIES | .15 |
| 07/14/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/14/04 | ATTY # 0885; 4 COPIES | .60 |
| 07/14/04 | ATTY # 0885; 1 COPIES | .15 |
| 07/14/04 | ATTY # 0349; 14 COPIES | 2.10 |
| 07/14/04 | ATTY # 0349; 14 COPIES | 2.10 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Dori A. Kuchinsky,  W.R. Grace & Co. (LEESBURG VA 20176). | 15.47 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Dori A. Kuchinsky,  W.R. Grace & Co. (LEESBURG VA 20176). | 15.47 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Dori A. Kuchinsky,  W.R. Grace & Co. (LEESBURG VA 20176). | 15.47 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Dori A. Kuchinsky,  W.R. Grace & Co. (LEESBURG VA 20176). | 15.47 |
| 07/14/04 | Courier Service - 00843 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Nathan D. Finch, Caplin & Drysdale (WASHINGTON DC 20005). | 18.64 |
| 07/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 07/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 07/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 07/20/04 | ATTY # 0349: 3 COPIES | .45 |
| 07/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 07/26/04 | 410-531-4355/COLUMBIA, MD/16 | .75 |

172573 W. R. Grace & Co.                          Invoice Number  1180967
60026  Litigation and Litigation Consulting       Page    3
       August 31, 2004


07/27/04   Outside Duplicating - - VENDOR:DITTO DOCUMENT       -444.05
           SERVICES, INC. CREDIT FROM INVOICE 58542
           (CLIENT PAID THIS INVOICE).

07/27/04   Outside Duplicating - - VENDOR:IKON OFFICE            61.30
           SOLUTIONS, INC. COPYING

07/27/04   561-362-1551/BOCA RATON, FL/6                           .30

07/27/04   ATTY # 0856: 1 COPIES                                   .15

07/27/04   ATTY # 0856: 2 COPIES                                   .30

07/28/04   Outside Duplicating - - VENDOR:IKON OFFICE           1335.87
           SOLUTIONS, INC.: COPIES FOR PRODUCTION OF
           DOCUMENTS TO THIRD PARTY NON-DEBTOR ASBESTOS
           DEFENDANT.

07/29/04   ATTY # 3984; 18 COPIES                                 2.70

07/30/04   ATTY # 0559: 12 COPIES                                 1.80

07/30/04   ATTY # 0559: 1 COPIES                                   .15

                         CURRENT EXPENSES                        235.53
                                                              ------------
                  TOTAL BALANCE DUE UPON RECEIPT               $235.53
                                                              =============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number     1180968
5400 Broken Sound Blvd., N.W.        Invoice Date      08/31/04
Boca Raton, FL 33487                 Client Number      172573

================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Expenses                              93.02

              TOTAL BALANCE DUE UPON RECEIPT          $93.02
                                              ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number        1180968
5400 Broken Sound Blvd., N.W.        Invoice Date         08/31/04
Boca Raton, FL 33487                 Client Number          172573
                                     Matter Number           60028

=================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                    0.85
        Duplicating/Printing                91.80
        Postage Expense                      0.37

                    CURRENT EXPENSES         93.02
                                         -------------

            TOTAL BALANCE DUE UPON RECEIPT      $93.02
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1180968
5400 Broken Sound Blvd., N.W.        Invoice Date       08/31/04
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/01/04 | 843-727-6500/CHARLESTON, SC/2 | .10 |
| 07/01/04 | 843-727-6513/CHARLESTON, SC/2 | .10 |
| 07/01/04 | ATTY # 0349: 6 COPIES | .90 |
| 07/06/04 | ATTY # 0349; 18 COPIES | 2.70 |
| 07/06/04 | ATTY # 0349; 6 COPIES | .90 |
| 07/06/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/07/04 | 410-531-4355/COLUMBIA, MD/13 | .65 |
| 07/12/04 | ATTY # 0559: 1 COPIES | .15 |
| 07/12/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/12/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/12/04 | ATTY # 0349: 2 COPIES | .30 |
| 07/13/04 | ATTY # 0349; 196 COPIES | 29.40 |
| 07/13/04 | ATTY # 0349; 377 COPIES | 56.55 |
| 07/14/04 | Postage Expense | .37 |

                        CURRENT EXPENSES              93.02
                                               ------------
                  TOTAL BALANCE DUE UPON RECEIPT     $93.02
                                               =============