**Exhibit B**
August Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: October 28, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE THIRTY-EIGHTH MONTHLY INTERIM
### PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

Name of Applicant:                          Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and
                                            Debtors-in-Possession

Date of Retention:                          July 19, 2001,
                                            effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                    August 1, 2004 through August 31, 2004

Amount of fees and expenses sought as actual,
Reasonable, and necessary:                  $13,292.03

This an: X monthly    __ interim    __ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |

| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the thirty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,00.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | 2.00 | $990.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 10.00 | $4,650.00 |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 10.30 | $3,811.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | 4.40 | $1,034.00 |
| Janice E. Falini | Associate | 1 Year | Bankruptcy | $200.00 | .20 | $40.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | 1.10 | $159.50 |
| John B. Lord | Paralegal | 11 Years | Litigation | $160.00 | 5.20 | $832.00 |
| Lisa Lankford | Bankr. Specialist | 5 Years | Litigation | $95.00 | 2.90 | $275.50 |

Total Fees:  $11,792.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 8.70 | $3,008.50 |
| ZAI Science Trial | 17.20 | $7,144.50 |
| Fee Applications | 10.20 | $1,639.00 |
| **Total:** | **36.10** | **$11,792.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $0.15 | ---- |
| Duplicating/Printing | $123.30 | $18.45 |
| Duplicating -- Outside | $1,273.19 | ---- |
| Courier Service – Outside | $8.54 | ---- |
| Other Databases | $8.40 | ---- |
| Documentation Charge | $68.00 | ---- |
| SUBTOTAL | $1,481.58 | $18.45 |
| TOTAL | | **$1,500.03** |

Dated:  October 5, 2004                    REED SMITH LLP
       Wilmington, Delaware

                         By:  /s/ Kurt F. Gwynne
                            Kurt F.Gwynne (No. 3951)
                            1201 Market Street, Suite 1500
                            Wilmington, DE  19801
                            Telephone:  (302) 778-7500
                            Facsimile:  (302) 778-7575
                            E-mail: kgwynne@reedsmith.com

                            and

                            James J. Restivo, Jr., Esquire
                            Lawrence E. Flatley, Esquire
                            Douglas E. Cameron, Esquire
                            435 Sixth Avenue
                            Pittsburgh, PA  15219
                            Telephone:  (412) 288-3131
                            Facsimile:  (412) 288-3063

                            Special Asbestos Products Liability Defense
                            Counsel

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1191864 |
| One Town Center Road | Invoice Date | 09/30/04 |
| Boca Raton, FL    33486 | Client Number | 172573 |

=========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                3,008.50

            TOTAL BALANCE DUE UPON RECEIPT        $3,008.50
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1191864 |
| Invoice Date | 09/30/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 08/02/04 | Bentz | Review of articles regarding court appointments of judges in asbestos bankruptcies. | .80 |
| 08/03/04 | Lord | Research docket and update 20002 Service List. | .40 |
| 08/05/04 | Bentz | Review and analyze recent publication regarding vermiculite. | 1.50 |
| 08/09/04 | Lord | Update 2002 Service List. | .20 |
| 08/09/04 | Restivo | Review correspondence, pleadings and emails received week of 8/2/04 re: W.R. Grace bankruptcy. | 1.00 |
| 08/11/04 | Atkinson | Meeting with J. Bentz re:  review of Grace Summation database for documents relating to document requests (0.3);  search Summation databases for same (0.8). | 1.10 |
| 08/11/04 | Bentz | Conferences with R. Sentfleben (0.6) and M. Atkinson (0.4) regarding subpoenas and document requests. | 1.00 |
| 08/12/04 | Bentz | Review of document requests by R. Senftleben (0.5); call (0.3) and letter to R. Senftleben (0.8). | 1.60 |
| 08/16/04 | Cameron | Review information from R. Finke relating to asbestos claims. | .40 |

172573 W. R. Grace & Co.                                    Invoice Number  1191864
60026  Litigation and Litigation Consulting                 Page    2
       September 30, 2004

       Date   Name                                                          Hours
       ------ ------------                                                   -----

08/17/04 Bentz              Review of agenda regarding              .30
                            upcoming Omnibus hearing.

08/23/04 Bentz              Review of agenda for Omnibus            .40
                            hearing

                                                                    ------
                                            TOTAL HOURS             8.70


       TIME SUMMARY            Hours         Rate          Value
       ------------------      --------      --------      -------
       James J. Restivo Jr.    1.00  at  $  495.00  =    495.00
       Douglas E. Cameron      0.40  at  $  465.00  =    186.00
       James W Bentz           5.60  at  $  370.00  =  2,072.00
       John B. Lord            0.60  at  $  160.00  =     96.00
       Maureen L. Atkinson     1.10  at  $  145.00  =    159.50

                               CURRENT FEES                      3,008.50


                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT             $3,008.50
                                                              ============

**REED SMITH LLP**
**PO Box 360074M**
**Pittsburgh, PA 15251-6074**
**Tax ID# 25-0749630**

W. R. Grace                          Invoice Number      1191865
5400 Broken Sound Blvd., N.W.        Invoice Date        09/30/04
Boca Raton, FL 33487                 Client Number        172573

========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                              7,144.50


                     TOTAL BALANCE DUE UPON RECEIPT        $7,144.50
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                             Invoice Number      1191865
5400 Broken Sound Blvd., N.W.           Invoice Date        09/30/04
Boca Raton, FL 33487                    Client Number        172573
                                        Matter Number         60028

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|

| 08/02/04 | Bentz | Review of document request from ZAI claimants' counsel and correspond with M. Murphy regarding same. | .50 |
| 08/02/04 | Muha | Revise and make additions to ZAI budget motion. | .30 |
| 08/03/04 | Cameron | Organize materials relating to ZAI Science Trial argument. | .90 |
| 08/03/04 | Muha | Review ZAI claimants' counsel fee applications and revise draft motion to increase ZAI Science Trial budget. | .60 |
| 08/12/04 | Muha | Revisions to ZAI budget motion. | .30 |
| 08/13/04 | Muha | Brief revisions to ZAI budget motion and forward to D. Cameron. | .20 |
| 08/15/04 | Cameron | Review recent correspondence and materials from R. Finke related to ZAI (0.9); review motions and materials for preparation for oral argument (1.3). | 2.20 |
| 08/16/04 | Restivo | Telephone call with E. Westbrook. | .40 |
| 08/18/04 | Bentz | Conference with R. Finke and corresponding with M. Atkinson regarding information on historical pricing of ZAI. | .50 |

```
172573  W. R. Grace & Co.                      Invoice Number  1191865
60028   ZAI Science Trial                       Page    2
        September 30, 2004
```

| Date | Name | | Hours |
|------|------|------|------|
| 08/19/04 | Bentz | Corresponding with R. Finke and W. Sparks regarding historical documents relating to the pricing of ZAI. | .50 |
| 08/19/04 | Muha | Attend to issues re: filing ZAI budget motion. | .50 |
| 08/20/04 | Bentz | Responding to request for production of documents (1.0) and corresponding with M. Murphy regarding same (0.3). | 1.30 |
| 08/23/04 | Bentz | Letter to ZAI claimants' counsel regarding document request (1.2) and corresponding with M. Murphy regarding same (0.4). | 1.60 |
| 08/23/04 | Cameron | Review materials relating to briefing and argument of dispositive motions on ZAI Science Trial. | 1.40 |
| 08/24/04 | Bentz | Letter to ZAI claimants' counsel regarding document request. | .30 |
| 08/25/04 | Cameron | Additional review of ZAI Science Trial dispositive motions and briefs. | 1.40 |
| 08/25/04 | Restivo | Telephone call with W. Harvard. | .60 |
| 08/28/04 | Cameron | Review materials relating to Science Trial arguments and preparation for same. | 2.80 |
| 08/31/04 | Cameron | Review Science Trial motions and legal memoranda in preparation for call with Grace in-house counsel. | .90 |

```
                                                        ------
                                        TOTAL HOURS      17.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 1.00 | at $ | 495.00 | = | 495.00 |
| Douglas E. Cameron | 9.60 | at $ | 465.00 | = | 4,464.00 |
| James W Bentz | 4.70 | at $ | 370.00 | = | 1,739.00 |
| Andrew J. Muha | 1.90 | at $ | 235.00 | = | 446.50 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        September 30, 2004

Invoice Number   1191865
Page    3


                    CURRENT FEES                          7,144.50

                                                    -------------
          TOTAL BALANCE DUE UPON RECEIPT             $7,144.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

Invoice Number    1191862
Invoice Date      09/30/04
Client Number       172573
Matter Number        60029

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 08/02/04 | Lord | Revise and prepare RS 36th monthly fee application for e-filing and service (1.2); respond to A. Muha re: quarterly application (.1). | 1.30 |
| 08/02/04 | Muha | Final review of June monthly and 13th Quarterly fee applications. | .90 |
| 08/03/04 | Falini | Reviewed Reed Smith's 36th Monthly Fee Application. | .20 |
| 08/03/04 | Lankford | Verify calculations regarding RS 37th Monthly Fee Application. | 1.00 |
| 08/03/04 | Lord | Revise and e-file 36th monthly fee application (.7); prepare and perfect electronic service for same (.5); review, revise and prepare 13th quarterly fee application for e-filing and service (.7). | 1.90 |
| 08/04/04 | Lankford | Draft certificate of service for Application & Notice (1.3); finalize RS 13th Quarterly Fee Application (0.3). | 1.60 |
| 08/04/04 | Lord | Prepare and perfect service for 13th interim fee application (.4); attempt to e-file same (.2); coordinate e-filing of same with vendor due to technical problems w/ Court webpage (.1). | .70 |

```
172573  W. R. Grace & Co.                    Invoice Number  1191862
60029  Fee Applications-Applicant            Page    2
       September 30, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/12/04 | Muha | Revisions to July 2004 fee and expense detail for July 2004 monthly fee application. | 1.30 |
| 08/23/04 | Muha | Revisions to July fee and expense detail. | .30 |
| 08/25/04 | Lord | Research docket and draft CNO for 13th quarterly fee application (.4); Research docket and draft CNO for 36th monthly fee application (.3). | .70 |
| 08/31/04 | Lankford | Scan, e-file and perfect service regarding RS's 36th Monthly CNO. | .30 |

```
                                             ------
                           TOTAL HOURS       10.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|------|------|---|------|---|------|
| Andrew J. Muha | 2.50 | at $ | 235.00 | = | 587.50 |
| Janice E. Falini | 0.20 | at $ | 200.00 | = | 40.00 |
| John B. Lord | 4.60 | at $ | 160.00 | = | 736.00 |
| Lisa Lankford | 2.90 | at $ | 95.00 | = | 275.50 |

```
        CURRENT FEES                            1,639.00


                                             ------------
        TOTAL BALANCE DUE UPON RECEIPT        $1,639.00
                                             =============
```

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1191860 |
| Invoice Date | 09/30/04 |
| Client Number | 172573 |

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Expenses                          1,481.58

TOTAL BALANCE DUE UPON RECEIPT          $1,481.58
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1191860
One Town Center Road                     Invoice Date        09/30/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number       60026

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.15
        Documentation Charge                    68.00
        Duplicating/Printing/Scanning          123.30
        Other Databases                          8.40
        Courier Service - Outside                8.54
        Outside Duplicating                  1,273.19

                CURRENT EXPENSES                          1,481.58
                                                        -------------

                TOTAL BALANCE DUE UPON RECEIPT           $1,481.58
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                    Invoice Number        1191860
One Town Center Road                               Invoice Date          09/30/04
Boca Raton, FL   33486                             Client Number          172573
                                                   Matter Number           60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/31/04 | Other Databases | 8.40 |
| 08/01/04 | ATTY # 0559; 209 COPIES | 31.35 |
| 08/01/04 | ATTY # 0559: 6 COPIES | .90 |
| 08/01/04 | ATTY # 0559: 5 COPIES | .75 |
| 08/01/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 08/01/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/01/04 | ATTY # 0559: 4 COPIES | .60 |
| 08/01/04 | ATTY # 0559: 13 COPIES | 1.95 |
| 08/03/04 | ATTY # 0718; 141 COPIES | 21.15 |
| 08/03/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 08/04/04 | ATTY # 0718; 119 COPIES | 17.85 |
| 08/04/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 08/05/04 | ATTY # 0718; 129 COPIES | 19.35 |
| 08/05/04 | ATTY # 0559: 14 COPIES | 2.10 |
| 08/05/04 | ATTY # 0559: 6 COPIES | .90 |
| 08/06/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 08/10/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. - COPYING--Copying charges for service of fee application. | 254.00 |

172573 W. R. Grace & Co.                           Invoice Number  1191860
60026  Litigation and Litigation Consulting        Page   2
       September 30, 2004

08/10/04   Outside Duplicating - - VENDOR:IKON OFFICE          957.89
           SOLUTIONS, INC. - COPYING--Copying charges for
           service of fee application.

08/10/04   Outside Duplicating - - VENDOR:  IKON OFFICE         61.30
           SOLUTIONS, INC. COPYING.

08/12/04   561-362-1551/BOCA RATON, FL/4                          .15

08/12/04   ATTY # 0885; 99 COPIES                               14.85

08/12/04   ATTY # 0885: 1 COPIES                                  .15

08/12/04   ATTY # 0885: 1 COPIES                                  .15

08/12/04   ATTY # 0885: 2 COPIES                                  .30

08/12/04   Courier Service - 00843 UPS - Shipped from            8.54
           James Bentz, Reed Smith LLP - Pittsburgh to
           Richard A. Senftleben, W.R. Grace & Co. (BOCA
           RATON FL 33487).

08/16/04   Documentation Charge - -E-FILING SERVICE             68.00
           CHARGES.

                    CURRENT EXPENSES                          1,481.58
                                                           ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $1,481.58
                                                           =============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                  Invoice Number      1191861
5400 Broken Sound Blvd., N.W.                Invoice Date       09/30/04
Boca Raton, FL 33487                         Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Expenses                          18.45

                        TOTAL BALANCE DUE UPON RECEIPT        $18.45
                                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1191861 |
| Invoice Date | 09/30/04 |
| Client Number | 172573 |
| Matter Number | 60028 |

===============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

Duplicating/Printing/Scanning                18.45

CURRENT EXPENSES                18.45
                                          --------------

TOTAL BALANCE DUE UPON RECEIPT        $18.45
                                          ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number       1191861
5400 Broken Sound Blvd., N.W.        Invoice Date        09/30/04
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/02/04 | ATTY # 0710: 9 COPIES | 1.35 |
| 08/03/04 | ATTY # 0710: 9 COPIES | 1.35 |
| 08/05/04 | ATTY # 0559; 24 COPIES | 3.60 |
| 08/18/04 | ATTY # 0856: 4 COPIES | .60 |
| 08/18/04 | ATTY # 0856: 1 COPIES | .15 |
| 08/19/04 | ATTY # 0559; 1 COPIES | .15 |
| 08/19/04 | ATTY # 0710: 10 COPIES | 1.50 |
| 08/19/04 | ATTY # 0710: 1 COPIES | .15 |
| 08/19/04 | ATTY # 0710: 1 COPIES | .15 |
| 08/19/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 08/19/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 08/19/04 | ATTY # 0559: 4 COPIES | .60 |
| 08/23/04 | ATTY # 0710; 36 COPIES | 5.40 |
| 08/25/04 | ATTY # 0856: 3 COPIES | .45 |

                     CURRENT EXPENSES                18.45
                                                  ------------
            TOTAL BALANCE DUE UPON RECEIPT         $18.45
                                                  ============