**Exhibit C**
September Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: November 22, 2004 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE THIRTY-NINTH MONTHLY INTERIM PERIOD
### <u>FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004</u>

Name of Applicant:                                      Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:                                     July 19, 2001,
effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                               September 1, 2004 through September 30, 2004

Amount of fees and expenses sought as,
actual, reasonable, and necessary:                     $22,715.76

This an:  <u>X</u> monthly      __ interim      __ final application.

Prior Applications filed:  Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. _____ 6782

Date Filed _____ 10/28/04

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |

| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the thirty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,500.00.

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | 16.80 | $8,316.00 |
| Lawrence E. Flatley | Partner | 28 Years | Litigation | $470.00 | 1.70 | $799.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 17.60 | $8,184.00 |
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 6.90 | $2,553.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | 3.10 | $728.50 |
| Jayme L. Butcher | Associate | 3 Years | Litigation | $235.00 | 3.40 | $799.00 |
| Janice E. Falini | Associate | 1 Year | Bankruptcy | $200.00 | .20 | $40.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | 4.40 | $638.00 |
| John B. Lord | Paralegal | 12 Years | Litigation | $160.00 | 1.90 | $304.00 |
| Lisa Lankford | Bankr. Specialist | 5 Years | Litigation | $95.00 | 2.70 | $256.50 |

Total Fees:  $22,618.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 7.50 | $1,855.50 |
| ZAI Science Trial | 41.40 | $18,236.50 |
| Fee Applications | 6.60 | $1,046.00 |
| Hearings | 3.20 | $1,480.00 |
| **Total:** | **58.70** | **$22,618.00** |

**EXPENSE SUMMARY**

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | ---- | $2.30 |
| Duplicating/Printing | $470.10 | $86.25 |
| Duplicating -- Outside | $122.60 | ---- |
| Postage Expense | $3.64 | ---- |
| Courier Service – Outside | $45.68 | ---- |
| Other Databases | $23.94 | ---- |
| Transcript Expense | ---- | (656.75) |
| SUBTOTAL | $665.96 | (568.20) |
| TOTAL | | **$97.76** |

Dated:  October 28, 2004

REED SMITH LLP

By:  /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: kgwynne@reedsmith.com

and

James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1200027
One Town Center Road                     Invoice Date      10/19/04
Boca Raton, FL   33486                   Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                              1,855.50


              TOTAL BALANCE DUE UPON RECEIPT      $1,855.50
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1200027
One Town Center Road                     Invoice Date       10/19/04
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 09/07/04 | Restivo | Review information request and instruct M. Atkinson re: email to B. Harvard. | .50 |
| 09/08/04 | Lord | Update 2002 Service List. | .10 |
| 09/09/04 | Atkinson | Letter to William Harvard, Esq. (Evert & Weathersby) sending various experts materials from the ZAI Science Trial in regards to claims against third party non-debtor defendant. | 1.70 |
| 09/17/04 | Atkinson | Additional work on request for expert materials for ZAI Science Trial in regards to claims against third party non-debtor defendant. | 1.10 |
| 09/21/04 | Bentz | Review of agenda for omnibus hearing. | .30 |
| 09/22/04 | Atkinson | Collect ZAI Science Trial/Barbanti materials to send to Mr. Harvard. | 1.30 |
| 09/22/04 | Bentz | Corresponding with W. Sparks regarding availability of research regarding attorney-client privilege issues. | .20 |
| 09/22/04 | Restivo | Review miscellaneous new pleadings in the bankruptcy case. | 1.00 |
| 09/23/04 | Lord | Update 2002 Service List. | .20 |

172573 W. R. Grace & Co.     Invoice Number  1200027
60026  Litigation and Litigation Consulting  Page   2
   October 19, 2004

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/23/04 | Muha | Review docket report and obtain agenda for omnibus hearing. | .40 |
| 09/24/04 | Bentz | Review of agenda and revised agenda regarding omnibus hearing. | .40 |
| 09/30/04 | Atkinson | Telephone call with W. Harvard re: Longo expert materials and depositions (0.2); e-mail to J. Restivo re:  same (0.1). | .30 |

              ------
         TOTAL HOURS 7.50

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| James J. Restivo Jr. | 1.50 | at $ | 495.00 | = | 742.50 |
| James W Bentz | 0.90 | at $ | 370.00 | = | 333.00 |
| Andrew J. Muha | 0.40 | at $ | 235.00 | = | 94.00 |
| John B. Lord | 0.30 | at $ | 160.00 | = | 48.00 |
| Maureen L. Atkinson | 4.40 | at $ | 145.00 | = | 638.00 |

   CURRENT FEES       1,855.50

           ------------
   TOTAL BALANCE DUE UPON RECEIPT  $1,855.50
           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                        Invoice Number      1200029
5400 Broken Sound Blvd., N.W.      Invoice Date       10/19/04
Boca Raton, FL 33487               Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

        Fees                          18,236.50

                    TOTAL BALANCE DUE UPON RECEIPT      $18,236.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1200029
5400 Broken Sound Blvd., N.W.        Invoice Date       10/19/04
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2004

    Date   Name                                                  Hours
 -------- -----------                                            -----

 09/03/04 Cameron           Review materials relating to          .90
                            Science Trial.

 09/06/04 Cameron           Review briefing in Science Trial     1.30
                            for oral argument preparation.

 09/11/04 Cameron           Organize material for oral           2.60
                            argument preparation.

 09/16/04 Cameron           Review recent articles relating to    .90
                            ZAI.

 09/18/04 Cameron           Review materials relating to         1.70
                            preparation for Science Trial
                            argument.

 09/24/04 Cameron           Review materials relating to ZAI      .30
                            Science Trial budget motion and
                            hearing on same.

 09/24/04 Flatley           Meet with J. Bentz re: ZAI Science    .10
                            Trial argument preparation.

 09/25/04 Cameron           Review materials for ZAI Science     1.40
                            Trial oral argument preparation.

 09/26/04 Cameron           Review materials for ZAI Science     1.40
                            Trial oral argument preparation.

 09/27/04 Cameron           Meet with J. Restivo regarding ZAI   1.10
                            Science Trial Motion (0.2); review
                            materials relating to preparation
                            for Science Trial argument (0.9).

172573 W. R. Grace & Co.                          Invoice Number  1200029
60028  ZAI Science Trial                          Page    2
       October 19, 2004


     Date   Name                                              Hours
  --------  -----------                                       -----

  09/28/04 Cameron        Review materials in preparation      1.60
                          for call with R. Finke regarding
                          argument in ZAI Science Trial
                          (0.4); participate in portions of
                          call with R. Finke (0.3); review
                          materials to prepare for argument
                          (0.9).

  09/28/04 Restivo        Prepare for and telephone            1.50
                          conference with D. Cameron and R.
                          Finke re: ZAI Science Trial.

  09/29/04 Bentz          Meeting with J. Restivo and L.       2.70
                          Flatley regarding argument in ZAI
                          Science Trial (.3); preparation
                          for argument in ZAI Science Trial
                          (2.4).

  09/29/04 Butcher        Review filings submitted to court    2.80
                          in preparation for the ZAI Science
                          Trial argument.

  09/29/04 Cameron        Meet with J. Restivo and L.          2.60
                          Flatley regarding oral argument
                          (0.5); review briefs and organize
                          expert materials for preparation
                          (0.4); e-mails to R. Finke
                          regarding same (0.4); review
                          recent developments with respect
                          to ZAI (1.3).

  09/29/04 Flatley        Meet with J. Restivo and D.          1.60
                          Cameron re: status of argument
                          preparation (.50); follow up on
                          meeting and organizing re:
                          preparation for argument,
                          including e-mails to/from R. Finke
                          and with D. Cameron (1.10).

  09/29/04 Restivo        Meet with L. Flatley and D.          6.00
                          Cameron re oral argument
                          preparation (0.5);  begin review
                          of pleadings filed for ZAI Science
                          Trial argument (4.3); telephone
                          calls with E. Westbrook (0.4);
                          conference call with R. Beber and
                          R. Finke (0.8).

  09/30/04 Bentz          Preparation for hearing on pending   3.30
                          motions in ZAI Science Trial.

172573  W. R. Grace & Co.                          Invoice Number  1200029
60028   ZAI Science Trial                          Page   3
        October 19, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 09/30/04 | Butcher | Revise Science Trial hearing agenda (.4); meeting with J. Restivo re: agenda (.2). | .60 |
| 09/30/04 | Cameron | Meet with J. Restivo regarding argument issues (0.2); review e-mails and new developments regarding same (0.8); review motions and briefs relating to microscopy expert (0.8). | 1.80 |
| 09/30/04 | Muha | Research and review 9/17/03 ZAI Science Trial hearing agenda for J. Restivo. | .20 |
| 09/30/04 | Restivo | Continue review of 13 volumes of Science Trial pleadings and exhibits (4.6); correspondence and calls re: procedures for argument (0.4). | 5.00 |

                                                            ------
                                        TOTAL HOURS         41.40

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 12.50 | at | $ 495.00 | = | 6,187.50 |
| Lawrence E. Flatley | 1.70 | at | $ 470.00 | = | 799.00 |
| Douglas E. Cameron | 17.60 | at | $ 465.00 | = | 8,184.00 |
| James W Bentz | 6.00 | at | $ 370.00 | = | 2,220.00 |
| Jayme L. Butcher | 3.40 | at | $ 235.00 | = | 799.00 |
| Andrew J. Muha | 0.20 | at | $ 235.00 | = | 47.00 |

                    CURRENT FEES                        18,236.50

                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $18,236.50
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1200031 |
| Invoice Date | 10/19/04 |
| Client Number | 172573 |
| Matter Number | 60029 |

================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/04 | Lankford | Scan CNO for Reed Smith's 13th Quarterly Application (.3). | .30 |
| 09/02/04 | Lankford | E-file and perfect service of CNO for Reed Smith's 13th Quarterly Application. | .30 |
| 09/07/04 | Lankford | Verify calculations regarding Reed Smith's 37th Monthly Fee Application. | .50 |
| 09/07/04 | Lord | Review and revise Reed Smith's 37th monthly fee application (.7); discuss same with L. Lankford (.1). | .80 |
| 09/07/04 | Muha | Review materials from Fee Auditor re: 12th quarterly fee application. | .30 |
| 09/08/04 | Falini | Reviewed Reed Smith's 37th Monthly Fee Application. | .20 |
| 09/08/04 | Lankford | Scan, e-file and perfect service of Reed Smith's 37th Monthly Fee Application. | 1.60 |
| 09/08/04 | Lord | Discussions w/ L. Lankford re: 37th monthly fee application (.2); perfect electronic service of same (.4). | .60 |
| 09/08/04 | Muha | Review 12th Quarterly fee application and e-mail to fee auditor re: spreadsheet. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1200031
60029  Fee Applications-Applicant           Page    2
       October 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/10/04 | Muha | Revisions to August 2004 fee and expense detail. | .50 |
| 09/14/04 | Muha | Continued revisions to August 2004 fee application. | .50 |
| 09/15/04 | Lord | Research and respond to e-mail from A. Muha re: June CNO. | .20 |
| 09/16/04 | Muha | Final revisions to fee and expense detail for August 2004 fee application. | .30 |

```
                                            ------
                             TOTAL HOURS      6.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 2.10 | at | $ 235.00 | = | 493.50 |
| Janice E. Falini | 0.20 | at | $ 200.00 | = | 40.00 |
| John B. Lord | 1.60 | at | $ 160.00 | = | 256.00 |
| Lisa Lankford | 2.70 | at | $  95.00 | = | 256.50 |

```
              CURRENT FEES                         1,046.00


                                            ------------
              TOTAL BALANCE DUE UPON RECEIPT    $1,046.00
                                            =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1200032
One Town Center Road                     Invoice Date        10/19/04
Boca Raton, FL  33486                    Client Number        172573
                                         Matter Number         60030

================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2004

| Date | Name | | Hours |
|------|------|------|------|
| 09/27/04 | Muha | E-mails to and from local counsel re: arrangements for appearance at omnibus hearing (0.2); calls to and from court clerk re: same (0.2). | .40 |
| 09/27/04 | Restivo | Preparation for omnibus hearing and participation at omnibus hearing (2.2); calls with Westbrook, et al., re: activity at omnibus hearing (.6). | 2.80 |

                                                          ------
                                      TOTAL HOURS          3.20

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| James J. Restivo Jr. | 2.80 at $ 495.00 = | | 1,386.00 |
| Andrew J. Muha | 0.40 at $ 235.00 = | | 94.00 |

                    CURRENT FEES                          1,480.00

                                                       ------------
            TOTAL BALANCE DUE UPON RECEIPT               $1,480.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1201009
One Town Center Road                     Invoice Date      10/19/04
Boca Raton, FL    33486                  Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


        Expenses                          665.96

                        TOTAL BALANCE DUE UPON RECEIPT        $665.96
                                                           ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                    Invoice Number      1201009
One Town Center Road               Invoice Date       10/19/04
Boca Raton, FL   33486             Client Number       172573
                                   Matter Number        60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning        470.10
        Other Databases                       23.94
        Postage Expense                        3.64
        Courier Service - Outside             45.68
        Outside Duplicating                  122.60

                CURRENT EXPENSES                          665.96
                                                   -------------

                TOTAL BALANCE DUE UPON RECEIPT          $665.96
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1201009 |
| One Town Center Road | Invoice Date    10/19/04 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 08/31/04 | Other Databases-Electronic docket research | 23.94 |
| 09/02/04 | ATTY # 3984; 64 COPIES | 9.60 |
| 09/02/04 | ATTY # 3963; 6 COPIES | .90 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 09/03/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 09/03/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 09/03/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 09/03/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 09/07/04 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC.--Copying for service of 13th Quarterly Application CNO. | 61.30 |
| 09/07/04 | ATTY # 0856; 696 COPIES | 104.40 |
| 09/07/04 | ATTY # 0856; 385 COPIES | 57.75 |
| 09/08/04 | Postage Expense - Pleading | 3.04 |

172573 W. R. Grace & Co.                          Invoice Number  1201009
60026  Litigation and Litigation Consulting       Page   2
       October 19, 2004

| 09/08/04 | ATTY # 0856; 468 COPIES | 70.20 |
| 09/08/04 | ATTY # 0856; 17 COPIES | 2.55 |
| 09/08/04 | ATTY # 0856; 1216 COPIES | 182.40 |
| 09/08/04 | ATTY # 3984; 150 COPIES | 22.50 |
| 09/09/04 | ATTY # 5494: 4 COPIES | .60 |
| 09/09/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC (BOGART GA 30622). | 20.55 |
| 09/15/04 | ATTY # 0559; 20 COPIES | 3.00 |
| 09/15/04 | ATTY # 0559; 4 COPIES | .60 |
| 09/15/04 | ATTY # 0559; 6 COPIES | .90 |
| 09/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 09/16/04 | ATTY # 0349: 1 COPIES | .15 |
| 09/21/04 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC.-- Copying for service of 13th Quarterly Application CNO. | 61.30 |
| 09/21/04 | ATTY # 0349: 3 COPIES | .45 |
| 09/21/04 | ATTY # 0349: 1 COPIES | .15 |
| 09/22/04 | ATTY # 0349: 1 COPIES | .15 |
| 09/22/04 | ATTY # 0349: 1 COPIES | .15 |
| 09/22/04 | Postage Expense | .60 |
| 09/22/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC (BOGART GA 30622). | 18.61 |
| 09/22/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC (BOGART GA 30622). | -18.61 |

172573 W. R. Grace & Co.                          Invoice Number  1201009
60026  Litigation and Litigation Consulting       Page    3
       October 19, 2004


09/27/04    Courier Service - 00843 UPS - Shipped from        18.61
            Maureen Atkinson, Reed Smith LLP - Pittsburgh
            to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC
            (BOGART GA 30622).

09/27/04    Courier Service - 00843 UPS - Shipped from         6.52
            Maureen Atkinson, Reed Smith LLP - Pittsburgh
            to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC
            (BOGART GA 30622).

                         CURRENT EXPENSES                     665.96
                                                         ------------
                         TOTAL BALANCE DUE UPON RECEIPT     $665.96
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number        1201010
5400 Broken Sound Blvd., N.W.            Invoice Date          10/19/04
Boca Raton, FL 33487                     Client Number          172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

     Expenses                              (568.20)

                    TOTAL BALANCE DUE UPON RECEIPT        $  (568.20)
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1201010
5400 Broken Sound Blvd., N.W.        Invoice Date        10/19/04
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Telephone Expense                     2.30
       Duplicating/Printing/Scanning        86.25
       Transcript Expense                 (656.75)

                      CURRENT EXPENSES              (568.20)
                                                 -------------

                TOTAL BALANCE DUE UPON RECEIPT    $ (568.20)
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number        1201010
5400 Broken Sound Blvd., N.W.            Invoice Date         10/19/04
Boca Raton, FL 33487                     Client Number          172573
                                         Matter Number           60028


===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

09/25/95    Reversal from Cancelled Voucher 091604              -656.75

09/08/04    ATTY # 0856: 4 COPIES                                   .60

09/08/04    Duplicating/Printing/Scanning                        -1.80

09/09/04    ATTY # 0856: 1 COPIES                                   .15

09/09/04    ATTY # 0856: 3 COPIES                                   .45

09/09/04    ATTY # 0856: 3 COPIES                                   .45

09/09/04    ATTY # 0856: 3 COPIES                                   .45

09/20/04    ATTY # 0856; 32 COPIES                                 4.80

09/20/04    ATTY # 0856; 161 COPIES                               24.15

09/20/04    ATTY # 0856: 2 COPIES                                   .30

09/20/04    ATTY # 0856: 3 COPIES                                   .45

09/20/04    ATTY # 0856: 4 COPIES                                   .60

09/20/04    ATTY # 0856: 3 COPIES                                   .45

09/20/04    ATTY # 0856: 2 COPIES                                   .30

09/20/04    ATTY # 0856: 5 COPIES                                   .75

09/22/04    ATTY # 0856: 3 COPIES                                   .45

09/22/04    ATTY # 0856; 224 COPIES                               33.60

09/26/04    ATTY # 0856: 3 COPIES                                   .45

172573 W. R. Grace & Co.                    Invoice Number  1201010
60028  ZAI Science Trial                    Page   2
        October 19, 2004


09/26/04    ATTY # 0856: 3 COPIES                        .45

09/27/04    843-727-6513/CHARLESTON, SC/14               .70

09/27/04    410-531-4355/COLUMBIA, MD/4                  .15

09/27/04    ATTY # 0559; 12 COPIES                      1.80

09/29/04    561-362-1533/BOCA RATON, FL/19               .95

09/29/04    ATTY # 0349; 6 COPIES                        .90

09/29/04    ATTY # 0396; 20 COPIES                      3.00

09/29/04    ATTY # 0349: 1 COPIES                        .15

09/29/04    ATTY # 0349: 4 COPIES                        .60

09/30/04    843-727-6689/CHARLESTON, SC/3                .15

09/30/04    404-233-8718/ATLANTA, GA/7                   .35

09/30/04    ATTY # 0559; 24 COPIES                      3.60

09/30/04    ATTY # 0559; 2 COPIES                        .30

09/30/04    ATTY # 0349; 7 COPIES                       1.05

09/30/04    ATTY # 0349: 49 COPIES                      7.35

09/30/04    ATTY # 0349: 1 COPIES                        .15


09/30/04    ATTY # 0349: 1 COPIES                        .15

09/30/04    ATTY # 0349: 1 COPIES                        .15

                        CURRENT EXPENSES              (568.20)
                                                  ------------
                    TOTAL BALANCE DUE UPON RECEIPT    $ (568.20)
                                                  =============