**CT** CORPORATION

November 2, 2004                                      Received: _____

Attorney David M. Bernick
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

**RE: W. R. Grace & Co., et al**

**Case Number: 01-1139 (JFK)**

Dear Mr. Bernick;

We have been unable to determine for whom Service was intended in the above case.. Please indicate the company for whom CT Corporation System is the registered agent according to the Secretary of State of North Carolina.

Once you have determined the exact name of the corporation, and if CT Corporation System is the registered agent for said company, please address the attached item to the proper and complete corporate name and return it to us. We will be glad to forward it to the proper place.

Accordingly, we are returning the documents received from you.

CT CORPORATION SYSTEM

*[signature]*

Pam M. Adams
Enclosures
Log **6739453**


CC: New York, Agent Services

22 OGlibd US Bankruptcy Court for the District of Delaware
Suite 470
Raleigh, NC 27603
Tel. 919 821 7139
Fax 919 821 7253

A WoltersKluwer Company

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & Co., et al., | ) Case No. 01-1139 (JFK) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF (A) NOTIFICATION PROCEDURES APPLICABLE TO SUBSTANTIAL HOLDERS OF EQUITY SECURITIES AND (B) NOTIFICATION AND HEARING PROCEDURES FOR TRADING IN EQUITY SECURITIES

TO ALL PERSONS OR ENTITIES WITH EQUITY INTERESTS IN W. R. GRACE & CO.:

PLEASE TAKE NOTICE that on April 2, 2001 (the "Petition Date"), W.R. Grace & Co., together with certain of its subsidiaries and affiliates (collectively, the "Debtors"), commenced cases under Chapter 11 of Title 11 of the United States Code as amended from time to time (the "Bankruptcy Code").

PLEASE TAKE FURTHER NOTICE that on October 25, 2004, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an interim order (the "Order") imposing certain transfer restrictions on equity securities of W. R. Grace & Co. and approving the procedures set forth in the Order (the "Notice Procedures") to preserve the Debtor's net operating losses ("NOLs").

**Any sale or other transfer of equity securities in W. R. Grace & Co. in violation of the Order or the Notice Procedures shall be null and void *ab initio* and shall confer no rights on the transferee.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the Notice Procedures shall apply to holding, acquiring and disposing, and any other transfers of EQUITY SECURITIES IN W. R. GRACE & CO.

PLEASE TAKE FURTHER NOTICE that any person or entity may obtain a copy of the Order, the Notice Procedures and the forms of each of the required notices described therein by:

1. Contacting the Clerk's Office for the United States Bankruptcy Court for the District of Delaware at 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, 302-252-2900, Monday through Friday during the hours of 8:00 a.m. to 4:00 p.m., excluding Federal Holidays.

2. Contacting Kirkland & Ellis LLP, counsel to the Debtors, 200 E. Randolph Drive, Chicago, Illinois 60601, Attn.: Gregory W. Gallagher, Esq., 312-861-2087, ggallagher@kirkland.com.

K&E 9969904.1

6739453