MARILYN P. ROBINSON
15 WIGHT STREET
BRIDGEWATER NJ 08807-2026
Phone: 908 722 8249
E-mail: darmpr1957@yahoo.com

November 1, 2004

Clerk's Office
United States Bankruptcy Court for
the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

In re: Chapter 11
Case No. 01-1139(JFK)
W.R. Grace & Co., et al.

Regarding the bankruptcy of W.R. Grace, I am an interested party, since I receive a pittance of a pension as a retiree of The Baker and Taylor Company, owned by W.R. Grace for the first thirteen years that I was employed by them. I wish to make formal objection herein to any relief granted to W.R. Grace which would negatively impact my pension, although it is merely the paltry sum of $115.21 per month.

My petition to you is in response to a notice to "all persons or entities with equity interests in W.R. Grace and Company" signed by Janet S. Baer of Kirkland & Ellis LLP which arrived in today's mail. There was no mention of the pension obligations of W.R. Grace. I expect any future correspondence regarding the financial status and obligations of W.R. Grace and Company to address the issue of the status of pensions. I look to the court to protect my pension interests as well as those of my co-retirees.

I thank you for your consideration in this matter. Kindly contact me regarding the resolution of my concern; either write or e-mail per the header of this letter.

Sincerely,

Marilyn P. Robinson