**CT** CORPORATION

November 3, 2004

Kirkland & Ellis LLP
Janet Baer
200 East Randolph Drive
Chicago, IL 60601

RE:    W.R. Grace & Co., et al to: Trinity Marine, Inc. Case# 01-1139

Dear Ms. Baer:

After checking our records and the records of the Secretary of State of Louisiana, it has been determined that C T Corporation System is not the registered agent for a company by the name of *Trinity Marine, Inc.*

Accordingly, we are returning the documents received from you.

Very truly yours,

Michelle Parrish

CC:    Clerk of Court
       United States Bankruptcy Court
       District of Delaware
       824 Market Street 3rd Floor
       Wilmington DE 19801

CC:    Agent Services Division, New York, SOP# *6738860*

8550 United Plaza Boulevard
Baton Rouge, LA 70809
Tel. 225 922 4490
Fax 225 922 4495

**CT** CORPORATION

November 3, 2004

Kirkland & Ellis LLP
Janet Baer
200 East Randolph Drive
Chicago, IL 60601

RE:   *W.R. Grace & Co. et al to: Honeywell International Inc. Case#01-1139*

Dear Ms. Baer:

After checking our records and the records of the Secretary of State of Louisiana, it has been determined that C T Corporation System is not the registered agent for a company by the name of *Honeywell International Inc.*.

Accordingly, we are returning the documents received from you.

Very truly yours,

Michelle Parrish

CC:   Clerk of Court
      United States Bankruptcy Court
      District of Delaware
      824 Market Street 3rd Floor
      Wilmington, DE 19801

CC:   Agent Services Division, New York, SOP# *6738848*

8550 United Plaza Boulevard
Baton Rouge, LA 70809
Tel. 225 922 4490
Fax 225 922 4495

A WoltersKluwer Company

**CT** CORPORATION

November 3, 2004

Kirkland & Ellis LLP
Janet Baer
200 East Randolph Drive
Chicago, IL 60601

RE:   W.R. Grace & Co. et al  to: CT Corporation System. Case#01-1139

Dear Ms. Baer:

We are returning the *Notice* that we received regarding the above-captioned matter.

We are unable to determine which company is to be served. In order that we may properly process the enclosed, we must be able to determine the actual entity you are serving. Please direct your documents to the company using the full name as it appears on the records of the State Corporation Department.

Should you determine the actual name of the company you are serving, please revise your documents accordingly and return them to us for forwarding.

Thank you for your cooperation.

*Michelle Parrish*
Michelle Parrish

CC:   Clerk of Court
      United States Bankruptcy Court
      District of Delaware
      824 Market Street 3rd Floor
      Wilmington, DE 19801

CC:   Agent Services Division, New York, SOP# *6738819*

8550 United Plaza Boulevard
Baton Rouge, LA 70809
Tel. 225 922 4490
Fax 225 922 4495

A WoltersKluwer Company

**CT** CORPORATION

November 3, 2004

Kirkland & Ellis LLP
Janet Baer
200 East Randolph Drive
Chicago, IL 60601

RE:   *W.R. Grace & Co. et al to: CT Corporation System. Case#01-1139*

Dear Ms. Baer:

We are returning the *Notice* that we received regarding the above-captioned matter.

We are unable to determine which company is to be served. In order that we may properly process the enclosed, we must be able to determine the actual entity you are serving. Please direct your documents to the company using the full name as it appears on the records of the State Corporation Department.

Should you determine the actual name of the company you are serving, please revise your documents accordingly and return them to us for forwarding.

Thank you for your cooperation.

Michelle Parrish

CC:   Clerk of Court
      United States Bankruptcy Court
      District of Delaware
      824 Market Street 3rd Floor
      Wilmington, DE 19801

CC:   Agent Services Division, New York, SOP# *6738823*

8550 United Plaza Boulevard
Baton Rouge, LA 70809
Tel. 225 922 4490
Fax 225 922 4495

A WoltersKluwer Company