# EXHIBIT C

SSL-DOCS1 1507846v2

WR GRACE & CO
ATTACHMENT B
JULY 1, 2004 - SEPTEMBER 30, 2004

|  | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 17.1 | $ 575 | $ 9,832.50 | 6 |
| Kruger, Lewis | 31.5 | 750 | $ 23,625.00 | 42 |
| Neidell, Martin | 4.1 | 725 | $ 2,972.50 | 31 |
| Pasquale, Kenneth | 19.4 | 575 | $ 11,155.00 | 14 |
| Speiser, Mark | 24.7 | 695 | $ 17,166.50 | 23 |
| Wintner, Mark | 6.7 | 660 | $ 4,422.00 | 32 |
| | | | | |
| **Associates** | | | | |
| DiBernardo, Ian G. | 1.1 | 480 | $ 528.00 | 5 |
| Eichler, Mark | 21.4 | 480 | $ 10,272.00 | 6 |
| Krieger, Arlene | 241.2 | 525 | $ 126,630.00 | 20 |
| McEachern Mary E | 1.0 | 395 | $ 395.00 | 5 |
| | | | | |
| **Paraprofessionals** | | | | |
| Bowen, Mark | 1.1 | 195 | $ 214.50 | 5 |
| Caskadon, Alexandra | 67.1 | 195 | $ 13,084.50 | 2 |
| Defreitas, Vaughn | 46.5 | 130 | $ 6,045.00 | 16 |
| Mariano, Christine | 2.0 | 180 | $ 360.00 | 8 |
| | | | | |
| **TOTAL** | 484.9 | | $ 226,702..50 | |