# EXHIBIT D

SSL-DOCS1 1507846v2

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2004 - SEPTEMBER 30, 2004**

| | |
|---|---|
| Outside Messenger Service | $ 110.83 |
| Duplicating Costs-in House | 227.10 |
| Facsimile Charges | 68.00 |
| In House Messenger Service | 32.70 |
| Local Transportation | 270.10 |
| Long Distance Telephone | 2,331.57 |
| Meals | 681.49 |
| Outside Messenger Service | 245.54 |
| Postage | 0.60 |
| Process Service & Calendar Watch | 462.89 |
| Travel Expenses - Transportation | (661.70) |
| Westlaw | 199.96 |
| Word Processing | 1,212.00 |
| Word Processing - Logit | 1,524.00 |
| | |
| Total | $ 6,705.08 |