# **<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 3, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1045672 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | August | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 280.00 | 18.3 | $ 5,124.00 |
| Tracy, Brent | Associate | $ 240.00 | 4.6 | $ 1,104.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 47.5 | $ 5,937.50 |
|  |  |  |  |  |
| Total |  |  | 70.40 | 12,165.50 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 22.50 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reproduction | $ - |
| Federal Express | $ 67.19 |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Meal Expense | $ 34.49 |
| Color Copies | $ - |
| **Total** | **$ 124.18** |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 679369 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/04 | KJC | Telephone conference with W. Corcoran re search for documents to respond to subpoena (0.30); investigate options for responding to subpoena including search for specific documents and conferences with document team (1.00). | 1.30 | $ 364.00 |
| 08/04/04 | MCL | Conference with KJCoggon re subpoena (.30); begin researching databases re same (1.00). | 1.30 | 162.50 |
| 08/05/04 | KJC | Conference with BATracy and MCLatuda re option to respond to subpoena (2.80); research re options to respond to subpoena (1.40). | 4.20 | 1,176.00 |
| 08/05/04 | BAT | Conference with KJCoggon and MCLatuda re locating documents to respond to subpoena. | 2.80 | 672.00 |
| 08/05/04 | MCL | Conference with KJCoggon and BATracy re strategy for document review re subpoena (1.50); research databases for responsive documents re same (6.00). | 7.50 | 937.50 |
| 08/06/04 | KJC | Research re options to respond to subpoena. | 1.70 | 476.00 |
| 08/06/04 | MCL | Research databases for potentially responsive documents re subpoena and draft chart re same (6.80). | 6.80 | 850.00 |
| 08/09/04 | KJC | Telephone conference with W. Corcoran, L. Urgenson, et al. re options for responding to subpoena (1.30); research re same (1.90). | 3.20 | 896.00 |
| 08/09/04 | BAT | Telephone conference with Grace inside and outside counsel re subpoena (1.30); research re EHS and microfilm databases (.30). | 1.60 | 384.00 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 679369 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/09/04 | MCL | Telephone conference with KJCoggon, BATracy, representatives of WR Grace, Casner & Edwards, and Kirkland & Ellis re search for documents responsive to subpoena (1.30); research database re same (5.80). | 7.10 | 887.50 |
| 08/10/04 | KJC | Draft and revise memo re subpoena response options. | 1.80 | 504.00 |
| 08/10/04 | BAT | Review and respond to e-mail re database review for subpoena. | 0.20 | 48.00 |
| 08/10/04 | MCL | Research databases for documents potentially responsive to subpoena. | 7.00 | 875.00 |
| 08/11/04 | KJC | Review and revise memo to L. Urgenson re subpoena response (2.40); telephone conferences with MCLatuda re same (0.70); email team re subpoena response options (0.40). | 3.50 | 980.00 |
| 08/11/04 | MCL | Research databases for documents potentially responsive to subpoena (3.10); begin drafting spreadsheet documents that will require review for responding to subpoena (1.90). | 5.00 | 625.00 |
| 08/12/04 | KJC | Email exchange with M. Murphy re subpoena response. | 0.30 | 84.00 |
| 08/12/04 | MCL | Research databases for documents potentially responsive to subpoena (5.50); edit spreadsheet of documents that will require review for responding to subpoena (.60). | 6.10 | 762.50 |
| 08/13/04 | MCL | Research databases for documents potentially responsive to subpoena (5.30); edit spreadsheet of documents that will require review for responding to subpoena (1.0); compile and review printouts from databases for KJCoggon (.40). | 6.70 | 837.50 |
| 08/16/04 | KJC | Review list of documents identified by M. Murphy re subpoena response. | 0.60 | 168.00 |
| 08/17/04 | KJC | Review list of documents identified by M. Murphy re subpoena response. | 0.30 | 84.00 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

Page 7
Invoice No.: 679369
Client No.: 04339
Matter No.: 00300

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/26/04 | KJC | Review email from M. Murphy re status of efforts to respond to subpoena (0.30); telephone conference with R. Finke re technical challenge to EPA sampling and analysis (0.30); follow up re telephone conference with R. Finke re technical challenges to EPA sampling and analysis (0.30). | 0.90 | 252.00 |
| 08/31/04 | KJC | Review and revise letter to AUSA re response to subpoena. | 0.50 | 140.00 |
| | | **Total Fees Through August 31, 2004:** | **70.40** | **$ 12,165.50** |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 18.30 | $ 5,124.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 4.60 | 1,104.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 47.50 | 5,937.50 |
| | | **Total Fees:** | | **70.40** | **$ 12,165.50** |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-942-34619; DATE: 8/2/2004 - Courier, Acct. 0802-0410-8. 07-21; Jay Hughes Cambridge, Ma | $ 67.19 |
| 08/05/04 | | Other Meal Expense: VENDOR: Karla Allen; INVOICE#: 081304; DATE: 8/13/2004 - 8/5/04; Lunch for meeting re response to subpoena (three people, $11.49 per person). | 34.49 |
| 08/06/04 | 150 | Photocopy | 22.50 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 679369 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$ 124.18** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 22.50 |
| Federal Express | | 67.19 |
| Other Meal Expense | | 34.49 |
| **Total Disbursements:** | **$** | **124.18** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | | *Outstanding Balance on Invoice 661254:* | $ 1,473.71 |
| 664795 | 04/19/04 | Bill | 13,580.57 |
| | | *Outstanding Balance on Invoice 664795:* | $ 13,580.57 |
| 667181 | 05/17/04 | Bill | 568.45 |
| | | *Outstanding Balance on Invoice 667181:* | $ 568.45 |
| 669970 | 06/14/04 | Bill | 203.36 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | August | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 300.00 | 0.7 | $ 210.00 |
| Haag, Susan | Paralegal | $ 125.00 | 2.0 | $ 250.00 |
| | | | | |
| Total | | | 2.70 | $ 460.00 |

### Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 8.36 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ 1,150.16 |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 1,158.52** |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

Page 10
Invoice No.: 679369
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/10/04 | EKF | Review and revise July 2004 invoices [pre-bills] (.70). | 0.70 | $ 210.00 |
| 08/26/04 | SH | Draft 12th interim category spreadsheet for fee auditor. | 0.80 | 100.00 |
| 08/30/04 | SH | Calculate June 2004 monthly fee application. | 1.20 | 150.00 |
| | | **Total Fees Through August 31, 2004:** | **2.70** | **$ 460.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 0.70 | $ 210.00 |
| SH | Susan Haag | Paralegal | 125.00 | 2.00 | 250.00 |
| | | **Total Fees:** | | **2.70** | **$ 460.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/26/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 266691; DATE: 7/26/2004 - Legal Fees & Costs in connection w/WRGrace bankruptcy case | $ 674.59 |
| 08/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-942-34619; DATE: 8/2/2004 - Courier, Acct. 0802-0410-8. 07-21; William Weller Wilmington, De | 8.36 |

Holme Roberts & Owen LLP

September 24, 2004

| W.R. Grace | | |
|---|---|---|
| | Page | 11 |
| | Invoice No.: | 679369 |
| | Client No.: | 04339 |
| | Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/20/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 267512; DATE: 8/20/2004; Professional Services through 7/31/04 | 475.57 |
| | | **Total Disbursements:** $ | **1,158.52** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,150.16 |
| Federal Express | | 8.36 |
| **Total Disbursements:** | $ | **1,158.52** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 656750 | 01/27/04 | Bill | 1,328.82 |
| | 09/08/04 | Write Off | -0.84 |
| | *Outstanding Balance on Invoice 656750:* | | $ *0.00* |
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | *Outstanding Balance on Invoice 658429:* | | $ *109.30* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |

## Matter 00420 - Ninth Circuit Appeal

| Name | Position | Hourly Rate | August | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 280.00 | 2.3 | $ 644.00 |
| | | | | |
| Total | | | 2.30 | $ 644.00 |

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 0.60 |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 9.39 |
| Outside Courier | $ - |
| Lexis | $ 1.55 |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Color Photocopy | $ - |
| Velo Binding | $ - |
| **Total** | **$ 11.54** |

Holme Roberts & Owen LLP

September 24, 2004

| W.R. Grace | | |
|---|---|---|
| | Page | 13 |
| | Invoice No.: | 679369 |
| | Client No.: | 04339 |
| | Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/03/04 | KJC | Telephone conference with W. Corcoran and R. Finke re supplemental authorities (0.30); research federal rules and email team re supplemental authorities (0.40); draft affidavit re Libby website (0.80). | 1.50 | $ 420.00 |
| 08/04/04 | KJC | Email exchange with appellate team re new Libby website. | 0.40 | 112.00 |
| 08/25/04 | KJC | Review EPA response to new web site information. | 0.40 | 112.00 |
| | | **Total Fees Through August 31, 2004:** | **2.30** | **$ 644.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 2.30 | $ 644.00 |
| | | **Total Fees:** | | **2.30** | **$ 644.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/27/04 | 1 | Lexis | $ 1.55 |
| 08/04/04 | 4 | Photocopy | 0.60 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

Page 14
Invoice No.: 679369
Client No.: 04339
Matter No.: 00420

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/13/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-943-45384; DATE: 8/13/2004 - Courier, Acct. 0802-0410-8. 08-04; Chris Landau Washington, DC | 9.39 |
| | | **Total Disbursements:** $ | **11.54** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 0.60 |
| Federal Express | | 9.39 |
| Lexis | | 1.55 |
| **Total Disbursements:** | **$** | **11.54** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 656750 | 01/27/04 | Bill | 7,350.45 |
| | 09/08/04 | Write Off | -10.94 |
| | | *Outstanding Balance on Invoice 656750:* | *$ 0.00* |
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | | *Outstanding Balance on Invoice 658429:* | *$ 10,191.15* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |