## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 30, 2004 at 4:00 p.m.**
**Hearing date: To be scheduled only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Corporate Recovery, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors (the "Advisors") of the above captioned debtor and debtors in

possession in the above-captioned chapter 11 cases, filed and served the Eighth Interim

Application of Capstone Corporate Recovery, LLC, Financial Advisors to the Official

Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and Reimbursement of Expenses Incurred for the period from September 1, 2004 through September 30, 2004, seeking compensation in the amount of $44,918.25, reimbursement for actual and actual and necessary expenses in the amount of $658.72.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 30, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201, Attn: Stephen L. Bossay.


Dated: November 10, 2004
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

                /s/ Michael R. Lastowski
          Michael R. Lastowski, Esq. (DE I.D. No. 3892)
          DUANE MORRIS LLP
          1100 North Market Street, Suite 1200
          Wilmington, DE 19801
          Telephone:   (302) 657-4900
          Facsimile:    (302) 657-4901
          E-mail:       mlastowski@duanemorris.com


          William S. Katchen, Esquire (Admitted in NJ Only)
          DUANE MORRIS LLP
          One Riverfront Plaza
          Newark, New Jersey 07102
          Telephone:   (973) 424-2000
          Facsimile:    (973) 424-2001
          E-mail:       wskatchen@duanemorris.com


and

          Lewis Kruger, Esquire
          STROOCK & STROOCK & LAVAN LLP
          180 Maiden Lane
          New York, New York 10038-4982
          Telephone:   (212) 806-5400
          Facsimile:    (212) 806-6006
          E-mail:       lkruger@Stroock.com


          Co-Counsel for the Official Committee of
          Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,                     Case No. 01-01139 (JKF)
                                              (Jointly Administered)

        Debtors

EIGHTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | September 1, 2004 through September 30, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $44,918.25) | $35,934.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $658.72 |

This is an: __X___ interim _____ final application

This is the Eighth Interim Application filed by Capstone Corporate Recovery, LLC. ("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano & Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for monthly and quarterly fee application preparation activities (for both Capstone and FTI) is approximately 10.60 hours and corresponding compensation requested is approximately $2,749.00. Disclosure for the current period is as follows:

EIGHTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |

| Totals Third Quarterly | July 1, 2004 through September 30, 2004 | $212,667.25 | $2,667.81 | $170,133.80 |
| --- | --- | --- | --- | --- |

EIGHTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

4

**W.R. Grace & Co.**
**Capstone Corporate Recovery, LLC**
**Summary of Fees by Professional**
**For the Period 9/1/04 through 9/30/04**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 12.80 | $6,336.00 |
| S. Cunningham | Member | $475 | 21.35 | $10,141.25 |
| C. Troyer | Consultant | $375 | 66.30 | $24,862.50 |
| L. Hamilton | Consultant | $335 | 6.10 | $2,043.50 |
| T. Sell | Consultant | $275 | 1.00 | $275.00 |
| M. Hakoun | Research | $150 | 6.85 | $1,027.50 |
| N. Backer | Paraprofessional | $75 | 3.10 | $232.50 |
| For the Period 9/1/04 through 9/30/04 | | | 117.50 | $44,918.25 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 9/1/04 through 9/30/04

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed interest calculations and updated its claims analyses. | 9.00 | $3,609.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including accrued interest, COLI and the Honeywell settlement. | 4.30 | $1,772.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the Debtors' severance proposal. | 2.20 | $909.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the August fee application and corresponded with FTI regarding the fee audit. | 10.60 | $2,749.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q2 2004 financial results. The Applicant also prepared a report to the Committee thereon. | 37.10 | $14,385.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding the various issues including, the KWELMBS settlement, proposed sale of the Darex facility, proposed AKZO settlement, Honeywell settlement, COLI and NOL impacts. | 37.35 | $15,159.75 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' POR proposal and discussed information with a Committee member. | 2.30 | $1,138.50 |
| 17. Preparation and Attendance at Hearings | During the Fee Application period, the Applicant prepared various analyses for the September Hearing. | 5.80 | $2,175.00 |
| 26. Meetings with Debtors | During the Fee Application Period, we participated in calls with the Debtors and their advisors regarding restructuring and COLI issues. | 1.60 | $600.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed information regarding recent asbestos legislation, ZAI science trial and asbestos-related industry data. | 7.25 | $2,420.00 |
| **For the Period 9/1/04 through 9/30/04** | | **117.50** | **$44,918.25** |

Capstone Corporate Recovery, LLC

Invoice for the Eighth Fee Application

# W.R. Grace & Co.

**Capstone Corporate Recovery, LLC**

**Summary of Fees by Task Code by Professional**

**For the Period 9/1/04 through 9/30/04**

| Professional | Hours | Fees |
|---|---|---|
| **03. Claims Analysis & Valuation** | | |
| E. Ordway | 0.20 | $99.00 |
| S. Cunningham | 2.10 | $997.50 |
| C. Troyer | 6.70 | $2,512.50 |
| | 9.00 | $3,609.00 |
| **04. Creditor Committee Matters** | | |
| S. Cunningham | 1.60 | $760.00 |
| C. Troyer | 2.70 | $1,012.50 |
| | 4.30 | $1,772.50 |
| **05. Employee Matters/KERP/Other** | | |
| E. Ordway | 0.70 | $346.50 |
| C. Troyer | 1.50 | $562.50 |
| | 2.20 | $909.00 |
| **07. Fee Applications & Invoices** | | |
| E. Ordway | 0.40 | $198.00 |
| L. Hamilton | 6.10 | $2,043.50 |
| T. Sell | 1.00 | $275.00 |
| N. Backer | 3.10 | $232.50 |
| | 10.60 | $2,749.00 |
| **08. Financial Analysis - Schedules & Statements** | | |
| E. Ordway | 5.40 | $2,673.00 |
| S. Cunningham | 4.10 | $1,947.50 |
| C. Troyer | 25.00 | $9,375.00 |
| M. Hakoun | 2.60 | $390.00 |

| Professional | Hours | Fees |
|---|---|---|
|  | 37.10 | $14,385.50 |
| **11. Financial Analysis - Other** |  |  |
| E. Ordway | 2.80 | $1,386.00 |
| S. Cunningham | 11.55 | $5,486.25 |
| C. Troyer | 21.50 | $8,062.50 |
| M. Hakoun | 1.50 | $225.00 |
|  | 37.35 | $15,159.75 |
| **15. Plan & Disclosure Statement** |  |  |
| E. Ordway | 2.30 | $1,138.50 |
|  | 2.30 | $1,138.50 |
| **17. Preparation and Attendance at Hearings** |  |  |
| C. Troyer | 5.80 | $2,175.00 |
|  | 5.80 | $2,175.00 |
| **26. Meetings with Debtors** |  |  |
| C. Troyer | 1.60 | $600.00 |
|  | 1.60 | $600.00 |
| **28. Special Case Issues** |  |  |
| E. Ordway | 1.00 | $495.00 |
| S. Cunningham | 2.00 | $950.00 |
| C. Troyer | 1.50 | $562.50 |
| M. Hakoun | 2.75 | $412.50 |
|  | 7.25 | $2,420.00 |
| **For the Period 9/1/04 through 9/30/04** | 117.50 | $44,918.25 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Detailed Time Description by Task Code
## For the Period 9/1/04 through 9/30/04

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 9/16/2004 | S. Cunningham | 0.80 | Analyzed interest calculations pertaining to claims. |
| 9/20/2004 | E. Ordway | 0.20 | Directed staff in reviewing updated claims report received from Debtors. |
| 9/23/2004 | C. Troyer | 1.50 | Read and analyzed the Debtors' updated claims analysis. |
| 9/28/2004 | C. Troyer | 5.20 | Analyzed impact of different interest scenarios on accrued interest. |
| 9/28/2004 | S. Cunningham | 1.30 | Analyzed interest calculations. |
| Subtotal | | 9.00 | |
| **04. Creditor Committee Matters** | | | |
| 9/15/2004 | C. Troyer | 0.50 | Discussed accrued interest issue with counsel to the holders of unsecured pre-petition debt. |
| 9/24/2004 | S. Cunningham | 0.40 | Participated in call with counsel and tax advisor to review COLI issues motion. |
| 9/24/2004 | C. Troyer | 1.20 | Participated in a conference call with counsel regarding the proposed COLI settlement. |
| 9/27/2004 | S. Cunningham | 1.20 | Participated in call with Debtors and tax advisors to review COLI settlement. |
| 9/30/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss the proposed Honeywell settlement. |
| Subtotal | | 4.30 | |
| **05. Employee Matters/KERP/Other** | | | |
| 9/1/2004 | C. Troyer | 1.20 | Drafted a memo to the Committee regarding the Debtors' motions pertaining to enhanced severance. |
| 9/7/2004 | C. Troyer | 0.30 | Updated the memo to the Committee on the Debtors' enhanced severance motion. |
| 9/8/2004 | E. Ordway | 0.40 | Analyzed severance proposal. |
| 9/9/2004 | E. Ordway | 0.30 | Analyzed severance proposal. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 2.20 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/7/2004 | L. Hamilton | 1.00 | Read fee audit response and prepared related correspondence to FTI. |
| 9/8/2004 | L. Hamilton | 1.10 | Prepared August fee application. |
| 9/8/2004 | N. Backer | 0.40 | Prepared August fee application. |
| 9/9/2004 | N. Backer | 0.60 | Prepared August fee application. |
| 9/10/2004 | N. Backer | 0.40 | Prepared August fee application. |
| 9/10/2004 | L. Hamilton | 0.90 | Prepared/edited August fee application. |
| 9/13/2004 | L. Hamilton | 0.40 | Prepared/edited August fee application. |
| 9/14/2004 | T. Sell | 1.00 | Edited expense database. |
| 9/15/2004 | L. Hamilton | 1.10 | Prepared/edited August fee application. |
| 9/21/2004 | N. Backer | 1.10 | Prepare August fee application. |
| 9/24/2004 | N. Backer | 0.60 | Prepare August fee application. |
| 9/27/2004 | E. Ordway | 0.40 | Prepared fee application. |
| 9/27/2004 | L. Hamilton | 1.60 | Prepared/edited August fee application. |
| Subtotal | | 10.60 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/1/2004 | C. Troyer | 3.50 | Drafted a report to the Committee on the Debtors' 2nd quarter performance. |
| 9/1/2004 | M. Hakoun | 2.20 | Prepared peer group analysis. |
| 9/2/2004 | S. Cunningham | 2.00 | Prepare analysis of Q2 results of operations. |
| 9/7/2004 | E. Ordway | 1.90 | Prepared/edited report on 2nd quarter performance for the Committee. |
| 9/7/2004 | C. Troyer | 7.20 | Updated report to the Committee on the Debtors' 2nd quarter performance. |
| 9/8/2004 | C. Troyer | 4.20 | Updated the report to the Committee on the Debtors' 2nd quarter performance. |
| 9/8/2004 | C. Troyer | 2.40 | Prepared distribution to the Committee regarding the July 2004 monthly financial package. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/8/2004 | E. Ordway | 1.10 | Prepared/edited report on 2nd quarter performance for the Committee regarding cash flow. |
| 9/9/2004 | C. Troyer | 4.70 | Finalized report to the Committee on the Debtors' 2nd quarter performance. |
| 9/10/2004 | E. Ordway | 1.20 | Prepared and edited 2nd quarter report regarding EBIT variances. |
| 9/13/2004 | E. Ordway | 1.20 | Analyzed operating performance of peer group based on 2nd quarter 10-Q reports. |
| 9/22/2004 | M. Hakoun | 0.40 | Analyzed recent SEC filing. |
| 9/29/2004 | S. Cunningham | 2.10 | Read and prepared analysis of financial results. |
| 9/30/2004 | C. Troyer | 3.00 | Read and analyzed August financials. |
| Subtotal | | 37.10 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/1/2004 | C. Troyer | 1.20 | Drafted a memo to the Committee regarding the KWELMBS settlement. |
| 9/1/2004 | C. Troyer | 0.20 | Read and analyzed the Debtors' motion pertaining to the proposed sale of the Darex facility. |
| 9/8/2004 | C. Troyer | 0.50 | Updated memo to the Committee on recent motions filed by the Debtors. |
| 9/8/2004 | C. Troyer | 0.30 | Drafted e-mail to the Debtors' financial advisors regarding the proposed AKZO settlement. |
| 9/9/2004 | C. Troyer | 0.20 | Updated memo to the Committee on recent motions. |
| 9/9/2004 | E. Ordway | 0.40 | Read counsel's memo on proposed insurance settlement. |
| 9/10/2004 | E. Ordway | 0.50 | Read and analyzed documents regarding patent infringement settlement. |
| 9/13/2004 | S. Cunningham | 1.50 | Read and analyzed information and recommendation regarding AKZO settlement. |
| 9/14/2004 | E. Ordway | 0.50 | Read and analyzed counsel's memo regarding various pending motions. |
| 9/16/2004 | S. Cunningham | 0.70 | Analyzed preferred stock scenarios. |
| 9/16/2004 | C. Troyer | 1.30 | Read and analyzed pre-petition credit agreements. |
| 9/21/2004 | E. Ordway | 0.30 | Read counsel's memo regarding fixed fee advisor compensation. |
| 9/21/2004 | E. Ordway | 0.90 | Read and analyzed Honeywell and COLI settlement motions and analyzed financial impact. |

**Capstone Corporate Recovery, LLC**
**Invoice for the Eighth Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/21/2004 | M. Hakoun | 1.50 | Analyzed sale agreement of New Jersey property to Honeywell, and liabilities associated with legacy chemical containments. |
| 9/21/2004 | C. Troyer | 5.50 | Read and analyzed Honeywell and COLI settlement motions and prepared related follow-up questions. |
| 9/23/2004 | E. Ordway | 0.20 | Read and analyzed data regarding settlement of Coudert Brothers sublease arrangements. |
| 9/24/2004 | S. Cunningham | 1.40 | Read and analyzed COLI motion and related issues |
| 9/24/2004 | C. Troyer | 6.80 | Analyzed valuation of other asbestos-related companies. |
| 9/27/2004 | S. Cunningham | 1.20 | Researched NOL carry back issues |
| 9/27/2004 | S. Cunningham | 0.90 | Read and analyzed historical information related to COLI issues. |
| 9/27/2004 | C. Troyer | 4.00 | Researched and analyzed historical COLI-related information provided by the Debtors and compared to current proposal. |
| 9/27/2004 | S. Cunningham | 1.30 | Updated hypothetical recovery analysis incorporating the results of projected COLI payment. |
| 9/28/2004 | S. Cunningham | 1.20 | Prepared analysis of COLI policy. |
| 9/30/2004 | S. Cunningham | 1.10 | Read and analyzed Grace IRS ruling request regarding COLI . |
| 9/30/2004 | C. Troyer | 1.50 | Prepared follow-up analysis regarding the proposed Honeywell settlement. |
| 9/30/2004 | S. Cunningham | 2.25 | Analyzed COLI issues related to impact on hypothetical recoveries. |
| Subtotal | | 37.35 | |

### 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/15/2004 | E. Ordway | 0.50 | Discussed POR proposal with Committee member. |
| 9/20/2004 | E. Ordway | 1.50 | Prepared updated analysis of capital structure for a POR lender under several scenarios. |
| 9/28/2004 | E. Ordway | 0.30 | Called participant back to discuss Debtor's POR proposal. |
| Subtotal | | 2.30 | |

### 17. Preparation and Attendance at Hearings

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/9/2004 | C. Troyer | 3.30 | Prepared fee analysis in advance of September hearing. |
| 9/22/2004 | C. Troyer | 2.50 | Prepared analysis for counsel in advance of September hearing. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 5.80 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/15/2004 | C. Troyer | 0.30 | Participated in a telephone conversation with the Debtors' financial advisors regarding the restructuring framework. |
| 9/27/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss the proposed COLI settlement |
| 9/28/2004 | C. Troyer | 0.30 | Discussed updated assumptions regarding a restructuring framework with the Debtors' financial advisors. |
| Subtotal | | 1.60 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/3/2004 | M. Hakoun | 1.30 | Prepared summary of asbestos Chapter 11 bankruptcy protection filing by Pfizer subsidiary Quigley. |
| 9/9/2004 | M. Hakoun | 0.65 | Updated analysis of Senate asbestos legislation status including commentary regarding bill failure and companies with greater/less risk. |
| 9/14/2004 | E. Ordway | 0.30 | Read and analyzed counsel's memo regarding ZAI science trial. |
| 9/15/2004 | E. Ordway | 0.30 | Read and analyzed report from Navigant regarding asbestos legislation update. |
| 9/23/2004 | S. Cunningham | 2.00 | Prepared and reviewed information related to valuation of asbestos companies. |
| 9/23/2004 | C. Troyer | 1.50 | Read and analyzed recent asbestos-related articles. |
| 9/29/2004 | E. Ordway | 0.40 | Read and analyzed latest asbestos reform legislation memo from counsel. |
| 9/30/2004 | M. Hakoun | 0.80 | Summarized key commentary and notes on Asbestos Plan. |
| Subtotal | | 7.25 | |
| **Total Hours** | | **117.50** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 9/1/04 through 9/30/04

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Copies** | | | |
| 9/30/2004 | | 509 @ .15 ea | $76.35 |
| Subtotal - Copies | | | $76.35 |
| **Postage/FedEx** | | | |
| 9/9/2004 | | Postage & Over Night Deliveries | $16.85 |
| Subtotal - Postage/FedEx | | | $16.85 |
| **Research** | | | |
| 9/30/2004 | M. Hakoun | Retrieval of case related court documents. | $23.51 |
| Subtotal - Research | | | $23.51 |
| **Scans** | | | |
| 9/30/2004 | | 311 @ 1.00 ea | $311.00 |
| Subtotal - Scans | | | $311.00 |
| **Telecom Charges** | | | |
| 9/1/2004 | E. Ordway | Airphone 8/31/04 | $58.92 |
| 9/1/2004 | E. Ordway | AT&T Cell 8/31/04 | $14.40 |
| 9/30/2004 | | September Phone - Saddle Brook office | $157.69 |
| Subtotal - Telecom Charges | | | $231.01 |
| **For the Period 9/1/04 through 9/30/04** | | | $658.72 |