UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF CARELLA, BYRNE,
BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
FOR THE THIRTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein for the Thirteenth Interim Period (the "Application").

BACKGROUND

1. Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") was retained as Special Litigation and Environmental Counsel to Debtors. In the Application, CBBG seeks approval of fees totaling $301,607.00 and costs totaling $11,541.85 for its services from April 1, 2004, through June 30, 2004.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on CBBG an initial report based on our review, and received a response from CBBG, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted a business meal expense entry of $302.70 that may be excessive . The entry is provided below.

| | | |
|---|---|---|
| 04/29/04 | Meals - JMA, CHM, A. NAGY, K. BROWN (Business Dinner) 4/20/04 | $302.70 |

We recommend a ceiling of $50 per person for dinner. We asked CBBG to explain why the cited entry should not be viewed as excessive. CBBG responded as follows:

> CBBG voluntarily reduces this expense from $302.70 to $200.

We appreciate the response and thus recommend a reduction of $102.70 in expenses.

4. We noted an expense item of $125.40 for "costs advanced" that requires greater explanation. The entry is provided below.

| | | |
|---|---|---|
| 05/11/04 | Costs Advanced - MCGUIRE, CHARLES P 5/11/04 | $125.40 |

We asked CBBG to describe the nature of the expense and to provide all necessary supporting documentation so that the charge might be fairly assessed. CBBG responded as follows:

> The charge from Charles P. McGuire is for the cost of the transcript of the hearing that was conducted on May 11, 2004 with respect to oral argument on ECARG, Inc.'s

RCRA Fee Petition in the *Interfaith Community Organization v. Honeywell International Inc.* matter. A copy of the bill is attached as Exhibit A.

We appreciate the response and offer no objection to this expense.

5.   Finally, we noted an expense item of $969.63 for "additional staff time". The entry is provided below.

06/30/04    Additional Staff Time    $969.63

We asked CBBG to provide additional information in support of this expense entry. The firm's response is provided as Response Exhibit 1. We appreciate the response and concur with the voluntary reduction of $464.77. Thus, we recommend a reduction of $464.77 in expenses.

## CONCLUSION

6.   Thus we recommend approval of fees totaling $301,607.00 and costs totaling $10,974.38 ($11,541.85 minus $567.47) for CBBG's services from April 1, 2004, through June 30, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
     Warren H. Smith
     Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 10th day of November, 2004.

_____
Warren H. Smith


## SERVICE LIST
### Notice Parties

**The Applicant**
John M. Agnello
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, N.J. 07068-1700

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

**FEE AUDITOR'S FINAL REPORT** - Page 5
wrg FR CBBG 13int 4-6.04.wpd

Response Exhibit 1

| Secretary | Date Work Performed | Hourly Rate | Project |
|---|---|---|---|
| Tania Corbacho | 5/19/04, 5/21/04 | $35.85 | Preparation of Findings of Fact and Conclusions of Law with respect to ECARG's RCRA Fee Petition |
| Michele Poto | 5/22/04 | $36.89 | Preparation of Findings of Fact and Conclusions of Law with respect to ECARG's RCRA Fee Petition |
| Lois Isaacson | 5/24/04, 5/25/04 | $42.78 | Preparation of Findings of Fact and Conclusions of Law with respect to ECARG's RCRA Fee Petition |
| Virginia Plaza | 6/13/04 | $38.73 | Preparation of ECARG's principal appellate brief |
| Lois Isaacson | 6/23/04, 6/24/04 | $42.78 | Preparation of expedited motion regarding appellate briefing schedule and response to Honeywell's motion to expand the district court record |
| Jeanne Spera | 7/21/04 | $38.73 | Preparation of reply brief with respect to ECARG's motion to strike portions of Honeywell's principal appellate brief |
| Lois Isaacson | 7/26/04, 7/30/04, 8/1/04, 8/4/04, 8/11/04 | $42.78 | Preparation of ECARG's principal appellate brief |

Attached as Exhibit B are true and accurate copies of each employee's overtime request.

In reviewing our records to respond to the Auditor's comment with respect to staff overtime, we discovered that accounting inadvertently billed to Grace overtime in the amount of $522.85 for Virginia Plaza. That overtime was not related to the work performed by Ms. Plaza for Grace on June 13, 2004. The correct amount of overtime allocable to Grace on June 13, 2004 is $58.08. Therefore, Carella Byrne voluntarily reduces its request for expenses by $464.77.