# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR THE THIRTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Deloitte & Touche LLP for the Thirteenth Interim Period (the "Application").

## BACKGROUND

1. Deloitte & Touche LLP ("Deloitte") was retained as advisor regarding custom procedures review services, tax advice, and compensation and benefits services to the Debtors and Debtors in Possession. In the Application, Deloitte seeks approval of fees totaling $543,118.04 and costs totaling $1,760.00 for its services from April 1, 2004, through June 30, 2004.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Deloitte an initial report based on our review, and received a response from Deloitte, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted a lunch expense of $130.00 on April 23, 2004, that may be excessive. The entry is provided below.

| 4/23/2004 | TT | International Tax Consulting | Business lunch with Elyse Filon of W. R. Grace and Deloitte partner, Bryan Collins to discuss IRS ruling | $130 |

We recommend a ceiling of $25.00 per person for lunch expenses. We asked Deloitte to explain why this entry should not be viewed as excessive. Deloitte responded as follows:

> With respect to paragraph 3 in your Initial Report, while we believe that the cost of lunch in the amount of $130 was not excessive (it was for 3 people at a Washington DC restaurant), we will agree to your recommendation of $25 per person as provided in paragraph 3 or your Initial Report, for such lunch expense, which would come out to a total of $75 for that lunch expense.

We appreciate the response and recommend a reduction of $55.00 in expenses.

## CONCLUSION

4. Thus we recommend approval of fees totaling $543,118.04 and costs totaling $1,705.00 ($1,760.00 minus $55.00) for Deloitte's services from April 1, 2004, through June 30, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 10th day of November, 2004.

_____
Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**

Tim Tuerff, Partner
Deloitte & Touche LLP
555 West 12th Street
Suite 500
Washington, DC 20004-1207

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Deloitte 13int 4-6.04.wpd