# Exhibit 7

**Connecticut General Statutes § 33-773**

§ 33-771

**WESTLAW Research**
WESTLAW Topic No. 101.
**Encyclopedias**
C.J.S. Corporations § 627.

## § 33-772. Mandatory indemnification

A corporation shall indemnify a director who was wholly successful, on the merits or otherwise, in the defense of any proceeding to which he was a party because he was a director of the corporation against reasonable expenses incurred by him in connection with the proceeding.

(1994, P.A. 94-186, § 109, eff. Jan. 1, 1997; 1996, P.A. 96-271, § 78, eff. Jan. 1, 1997; 1997, P.A. 97-246, § 14, eff. June 27, 1997.)

### Historical and Statutory Notes

**Amendments**

**1996 Amendment.** 1996, P.A. 96-271, § 78, substituted "certificate of incorporation" for "articles of incorporation".

**1997 Amendment.** 1997, P.A. 97-246, § 14, deleted "Unless limited by its certificate of incorporation" from the beginning of the section and "is or, before, was a director."

**Prior Laws:**
1943, Supp. § 601g; 1945, Supp. § 716h; 1949 Rev. § 5129; 1958 Rev. §§ 33-8, 33-320, 33-320a; 1959, P.A. 618, §§ 39, 137; 1961, P.A. 327, § 1; 1969, P.A. 312, §§ 1, 2; 1971, P.A. 360, §§ 7 to 10; 1975, P.A. 75-146, § 3; 1978, P.A. 78-204, § 3; 1978, P.A. 78-280, § 2; 1979, P.A. 79-356, §§ 2, 3; 1982, P.A. 82-407, § 1; 1994, P.A. 94-186, § 214.

### Cross References

Similar provisions under the Nonstock Corporation Act, see C.G.S.A. § 33-1118.

### Library References

**American Digest System**
Corporations ⇐416.
**WESTLAW Research**
WESTLAW Topic No. 101.
**Encyclopedias**
C.J.S. Corporations § 627.

## § 33-773. Advance for expenses

(a) A corporation may, before final disposition of a proceeding, advance funds to pay for or reimburse the reasonable expenses incurred by a director who is a party to a proceeding because he is a director if he delivers to the corporation: (1) a written affirmation of his good faith belief that he has met the relevant standard of conduct described in section 33-771, as amended by section 13 of this act, or that the proceeding involves conduct for which liability has been eliminated under a provision of the certificate of incorporation as authorized by subdivision (4) of subsection (b) of section 33-636, as amended by section 4 of this act; and (2) his written undertaking to repay any funds advanced if he is not entitled to mandatory indemnification under section 33-772, as amended by section 14 of this act, and it is ultimately determined under section 33-774, as amended by section 16 of this act, or section 33-775,

as amended by section 17 of this act, that he has not met the relevant standard of conduct described in section 33-771, as amended by section 13 of this act.

(b) The undertaking required by subdivision (2) of subsection (a) of this section must be an unlimited general obligation of the director but need not be secured and may be accepted without reference to the financial ability of the director to make repayment.

(c) Authorizations under this section shall be made: (1) by the board of directors: (A) if there are two or more disinterested directors, by a majority vote of all the disinterested directors, a majority of whom shall for such purpose constitute a quorum, or by a majority of the members of a committee of two or more disinterested directors appointed by such a vote; or (B) if there are fewer than two disinterested directors, by the vote necessary for action by the board in accordance with section 33-752, as amended by section 11 of this act, in which authorization directors who do not qualify as disinterested directors may participate; or (2) by the shareholders, provided shares owned by or voted under the control of a director who at the time does not qualify as a disinterested director may not be voted on the authorization.

(1994, P.A. 94-186, § 110, eff. Jan. 1, 1997; 1997, P.A. 97-246, § 15, eff. June 27, 1997.)

### Historical and Statutory Notes

**Amendments**

**1997 Amendment.** 1997, P.A. 97-246, § 15, rewrote this section, which prior thereto read:

"(a) A corporation may pay for or reimburse the reasonable expenses incurred by a director who is a party to a proceeding in advance of final disposition of the proceeding if: (1) The director furnishes the corporation a written affirmation of his good faith belief that he has met the standard of conduct described in section 33-771; (2) the director furnishes the corporation a written undertaking, executed personally or on his behalf, to repay the advance if it is ultimately determined that he did not meet the standard of conduct; and (3) a determination is made that the facts then known to those making the determination would not preclude indemnification under sections 33-770 to 33-778, inclusive.

"(b) The undertaking required by subdivision (2) of subsection (a) of this section must be an unlimited general obligation of the director but need not be secured and may be accepted without reference to financial ability to make repayment.

"(c) Determinations and authorizations of payments under this section shall be made in the manner specified in section 33-775."

**Prior Laws:**

1943, Supp. § 601g; 1945, Supp. § 716h; 1949 Rev., § 5129; 1958 Rev., §§ 33-8, 33-320, 33-320a; 1959, P.A. 618, §§ 39, 137; 1961, P.A. 327, § 1; 1969, P.A. 312, §§ 1, 2; 1971, P.A. 360, §§ 7 to 10; 1975, P.A. 75-146, § 3; 1978, P.A. 78-204, § 3; 1978, P.A. 78-280, § 2; 1979, P.A. 79-356, §§ 2, 3; 1982, P.A. 82-407, § 1; 1994, P.A. 94-186, § 214.

### Cross References

Similar provisions under the Nonstock Corporation Act, see C.G.S.A. § 33-1119.

### Library References

American Digest System
  Corporations ⟂416.
WESTLAW Research
  WESTLAW Topic No. 101.
Encyclopedias
  C.J.S. Corporations § 627.

on the
a party
xpenses

1, 1997;

§ 716h;
33-320,
7, 1961,
2, 1971,
146, § 3;
280, § 2;
82-407,

advance
lirector
to the
las met
ided by
liability
tion as
nended
y funds
section
rmined
33-775,