# Exhibit 8

**Connecticut General Statutes § 33-776**

91100-001\DOCS_DE:102391.1

§ 33-775          **CORPORATIONS**
                      Title 33

"(b) The determination shall be made:

"(1) By the board of directors by majority vote of a quorum consisting of directors not at the time parties to the proceeding;

"(2) If a quorum cannot be obtained under subdivision (1) of this subsection, by majority vote of a committee duly designated by the board of directors, in which designation directors who are parties may participate, consisting solely of two or more directors not at the time parties to the proceeding;

"(3) By special legal counsel (A) selected by the board of directors or its committee in the manner prescribed in subdivision (1) or (2) of this subsection, or (B) if a quorum of the board of directors cannot be obtained under subdivision (1) of this subsection and a committee cannot be designated under subdivision (2) of this subsection, selected by majority vote of the full board of directors, in which selection directors who are parties may participate; or

"(4) By the shareholders, but shares owned by or voted under the control of directors who are at the time parties to the proceeding may not be voted on the determination.

"(c) Authorization of indemnification and evaluation as to reasonableness of expenses shall be made in the same manner as the determination that indemnification is permissible, except that if the determination is made by special legal counsel, authorization of indemnification and evaluation as to reasonableness of expenses shall be made by those entitled under subdivision (3) of subsection (b) of this section to select counsel."

**Prior Laws:**

1943, Supp. § 601g; 1945, Supp. § 716h; 1949 Rev., § 5129; 1958 Rev., §§ 33-8, 33-320, 33-320a; 1959, P.A. 618, §§ 39, 137; 1961, P.A. 327, § 1; 1969, P.A. 312, §§ 1, 2; 1971, P.A. 360, §§ 7 to 10; 1975, P.A. 75-146, § 3; 1978, P.A. 78-204, § 3; 1978, P.A. 78-280, § 2; 1979, P.A. 79-356, §§ 2, 3; 1982, P.A. 82-407, § 1; 1994, P.A. 94-186, § 214.

**Cross References**

Similar provisions under the Nonstock Corporation Act, see C.G.S.A. § 33-1121.

**Library References**

American Digest System

    Corporations ⇐416.

WESTLAW Research

    WESTLAW Topic No. 101.

Encyclopedias

    C.J.S. Corporations § 627;

### § 33-776. Indemnification of officers, employees and agents

(a) A corporation may indemnify and advance expenses under sections 33-770 to 33-778, inclusive, as amended by sections 12 to 20, inclusive, of this act, and section 21 of this act, to an officer, employee or agent of the corporation who is a party to a proceeding because he is an officer, employee or agent of the corporation (1) to the same extent as a director, and (2) if he is an officer, employee or agent but not a director, to such further extent, consistent with public policy, as may be provided by contract, the certificate of incorporation, the bylaws or a resolution of the board of directors. A corporation may delegate to its general counsel or other specified officer or officers the ability under this subsection to determine that indemnification or advance for expenses to such officer, employee or agent is permissible and the ability to authorize payment of such indemnification or advance for expenses." Nothing

---

**BUSINESS CORI**
Ch. 601

in this subdivision
corporation to ind
any officer, employ

(b) The provisio
apply to an office:
which he is made
officer, employee c

(c) An officer, e
entitled to manda
section 14 of this
amended by sectio
in each case to
indemnification or

(d) A corporatic
whether under cha
or any other genei
to the extent that
indemnify under s
12 to 20, inclusive
of subsection (a) o
officer, employee c
extent as the cor
pursuant to subdi\
section 33-771, a:
33-775, as amen
determination requ
may in addition b
other or additiona

(1994, P.A. 94-186,
1997, P.A. 97-246, §

¹ C.G.S.A. § 33-282 ‹

**Amendments**

1996 Amendment.
among other changes,
guage, substituted "ce:
provides" for "article
vide"; in subd. (3), at t
"Notwithstanding sub‹
tion" for "A", substitu
poration" for "article:

in this subdivision shall in any way limit either the ability or the obligation of a corporation to indemnify and advance expenses under other applicable law to any officer, employee or agent who is not a director.

(b) The provisions of subdivision (2) of subsection (a) of this section shall apply to an officer, employee or agent who is also a director if the basis on which he is made a party to the proceeding is an act or omission solely as an officer, employee or agent.

(c) An officer, employee or agent of a corporation who is not a director is entitled to mandatory indemnification under section 33-772, as amended by section 14 of this act, and may apply to a court under section 33-774, as amended by section 16 of this act, for indemnification or advance for expenses, in each case to the same extent to which a director may be entitled to indemnification or advance for expenses under said sections.

(d) A corporation which was incorporated under the laws of this state, whether under chapter 599 [1] of the general statutes, revised to January 1, 1995, or any other general law or special act, prior to January 1, 1997, shall, except to the extent that the certificate of incorporation expressly provides otherwise, indemnify under sections 33-770 to 33-778, inclusive, as amended by sections 12 to 20, inclusive, of this act, and section 21 of this act, except subdivision (2) of subsection (a) of section 33-771, as amended by section 13 of this act, each officer, employee or agent of the corporation who is not a director to the same extent as the corporation is permitted to provide the same to a director pursuant to subdivision (1) of subsection (a) and subsections (b), (c) and (d) of section 33-771, as amended by section 13 of this act, as limited by section 33-775, as amended by section 17 of this act, and for this purpose the determination required by section 33-775, as amended by section 17 of this act, may in addition be made by the general counsel of the corporation, or such other or additional officer or officers as the board of directors may specify.

(1994, P.A. 94-186, § 113, eff. Jan. 1, 1997; 1996, P.A. 96-271, § 80, eff. Jan. 1, 1997; 1997, P.A. 97-246, § 18, eff. June 27, 1997.)

[1] C.G.S.A. § 33-282 et seq.

### Historical and Statutory Notes

**Amendments**

**1996 Amendment.** 1996, P.A. 96-271, § 80, among other changes, in the introductory language, substituted "certificate of incorporation provides" for "articles of incorporation provide"; in subd. (3), at the beginning, substituted "Notwithstanding subdivision (4) of this section" for "A", substituted "certificate of incorporation" for "articles of incorporation", and provided for delegating to the general counsel or other officer the ability to authorize the indemnification and the responsibility to determine whether any conditions have been established; and in subd. (4), changed the applicable date from prior to January 1, 1996, to prior to January 1, 1997, substituted "certificate of incorporation" for "articles of incorporation", and provided that the determination required by

§ 33-776                                                                                    CORPORATIONS
                                                                                                Title 33

C.G.S.A. § 33-775 may be made by the corporation's general counsel or other officer.

**1997 Amendment.** 1997, P.A. 97-246, § 18, rewrote this section, which prior thereto read:

"Unless a corporation's certificate of incorporation provides otherwise:

"(1) An officer of the corporation who is not a director is entitled to mandatory indemnification under section 33-772, and is entitled to apply for court-ordered indemnification under section 33-774, in each case to the same extent as a director;

"(2) The corporation may indemnify and advance expenses under sections 33-770 to 33-778, inclusive, to an officer, employee or agent of the corporation who is not a director to the same extent as to a director;

"(3) Notwithstanding subdivision (4) of this section, a corporation may also indemnify and advance expenses to an officer, employee or agent who is not a director to the extent, consistent with public policy, that may be provided by contract, its certificate of incorporation, bylaws, or general or specific action of its board of directors, each of which may delegate to its general counsel or other specified officer or officers the ability to authorize such indemnification and the responsibility to determine whether any conditions to such indemnification or advance of expenses have been established; and

"(4) A corporation which was incorporated under the laws of this state, whether under chapter 599 of the general statutes, revised to January 1, 1995, or any other general law or special act, prior to January 1, 1997, shall, except to the extent that the certificate of incorporation expressly provides otherwise, indemnify and advance expenses under sections 33-770 to 33-778, inclusive, to each officer, employee or agent of the corporation who is not a director to the same extent as the corporation is permitted to provide the same to a director pursuant to section 33-771, as limited by section 33-775, and for this purpose the determination required by section 33-775 may in addition be made by the general counsel of the corporation, or such other or additional officer or officers as the board of directors may specify."

**Prior Laws:**
1943, Supp. § 601g; 1945, Supp. § 716h; 1949 Rev., § 5129; 1958 Rev., §§ 33-8, 33-320, 33-320a; 1959, P.A. 618, §§ 39, 137; 1961, P.A. 327, § 1; 1969, P.A. 312, §§ 1, 2; 1971, P.A. 360, §§ 7 to 10; 1975, P.A. 75-146, § 3; 1978, P.A. 78-204, § 3; 1978, P.A. 78-280, § 2; 1979, P.A. 79-356, §§ 2, 3; 1982, P.A. 82-407, § 1; 1994, P.A. 94-186, § 214.

Cross References

Similar provisions under the Nonstock Corporation Act, see C.G.S.A. § 33-1122.

Library References

**American Digest System**
  Corporations ⇐416.

**WESTLAW Research**
  WESTLAW Topic No. 101.

**Encyclopedias**
  C.J.S. Corporations § 627.

## § 33-777. Insurance

A corporation may purchase and maintain insurance on behalf of an individual who is a director, officer, employee or agent of the corporation, or who, while a director, officer, employee or agent of the corporation, serves at the corporation's request as a director, officer, partner, trustee, employee or agent of another domestic or foreign corporation, partnership, joint venture, trust, employee benefit plan or other entity against liability asserted against or incurred by him in that capacity or arising from his status as a director, employee or agent, whether or not the corporation would have power to indemnify or advance expenses to him against the same liability under sections