IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 15, 2004 AT 12:00 P.M.

CONTINUED MATTERS

1.    Complaint for Declaratory and Other Relief [Filed: 9/2/04] (Docket No. 1)
      *The Scotts Company v. American Employers et al. and W. R. Grace & Co., et al.*
      *[Adv. Pro. No. 04-55083].*

      Response Deadline: November 3, 2004. Extended to December 15, 2004.

      Responses Received: None as of the date of this agenda.

      Status: This matter will be continued to the December 20, 2004 omnibus hearing.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

UNCONTESTED MATTERS

2.  Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign a Lease and Sublease for Certain Real Property in York, PA [Filed: 10/8/04] (Docket No. 6570).

    Related Documents:

    (a)  Certification of No Objection Regarding Docket No. 6570 [Filed: 11/1/04] (Docket No. 6799).

    Response Deadline: October 29, 2004 at 4:00 p.m.

    Responses Received: None as of the date of this agenda.

    Status:  A Certification of No Objection has been filed.  The Debtors therefore request entry of the order attached to the Motion.


3.  Debtors' Motion for Entry of Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures [Filed: 10/20/04] (Docket No. 6681).

    Related Documents:

    (a)  [Signed] Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures [Filed: 10/26/04] (Docket No. 6741).

    Response Deadline: November 10, 2004 at 12:00 p.m. **(Extended to December 10, 2004 at 12:00 p.m.)**

    Responses Received: None as of the date of this agenda.

    Status:  The Court has granted the relief requested in the motion on an interim basis.  **The Debtors have agreed to extend the objection deadline to December 10, 2004 at 12:00 p.m., and to continue the hearing regarding whether the interim relief shall become final to the December 20, 2004 hearing.  At this hearing, the Debtors will present a proposed order to the Court regarding the objection deadline extension and the continuation of the hearing to the December 20, 2004 omnibus hearing.**


CONTESTED MATTERS

4.  Town of Acton's Motion for Relief from the Automatic Stay and for Related Determinations [Filed: 10/6/04] (Docket No. 6557).

2

Response Deadline: October 29, 2004 at 4:00 p.m.

Responses Received:

(a)    Debtors' Response in Opposition to the Town of Acton's Motion for Relief from the Automatic Stay and for Related Determinations [Filed: 10/29/04] (Docket No. 6793).

**Replies Received:**

(a)    **Town of Acton's Motion for Leave to File Reply to Debtors' Response in Opposition to the Town of Acton's Motion for Relief from the Automatic Stay and for Related Determinations [Filed: 11/5/04] (Docket No. 6845)**

    (i)    **Town of Acton's Reply Memorandum in Support of Its Motion for Relief from the Automatic Stay and for Related Determinations [Filed: 11/5/04] (Docket No. 6845).**

Status:  This matter will go forward.


## CLAIMS OBJECTIONS

5.    Debtors' Third Omnibus Objection to Claims (Non-Substantive) [Filed: 4/14/04] (Docket No. 5450).

Response Deadline: May 14, 2004 at 4:00 p.m.

Responses Received: There are no unresolved responses going forward.

Status:  This matter will go forward with respect to any claims where the relief sought is unopposed.  However, where a claimant has filed a response, such matter will be continued to December 20, 2004 at 12:00 p.m.


6.    Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5525).

Response Deadline: June 4, 2004 at 4:00 p.m.

Responses Received: There are no unresolved responses going forward.

Status:  This matter will go forward with respect to any claims where the relief sought is unopposed.  However, where a claimant has filed a response, such matter will be continued to December 20, 2004 at 12:00 p.m.

7.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04]
      (Docket No. 5527).

      Response Deadline: June 4, 2004 at 4:00 p.m.

      Responses Received: There are no unresolved responses going forward.

      Status: This matter will go forward with respect to any claims where the relief sought is
      unopposed. However, where a claimant has filed a response, such matter will be
      continued to December 20, 2004 at 12:00 p.m.


8.    Debtors' Sixth Omnibus Objection to Claims (Substantive) [Filed: 7/26/04]
      (Docket No. 6027).

      Response Deadline: August 25, 2004 at 4:00 p.m.

      Responses Received: There are no unresolved responses going forward.

      Status: This matter will go forward with respect to any claims where the relief sought is
      unopposed. However, where a claimant has filed a response, such matter will be
      continued to December 20, 2004 at 12:00 p.m.


9.    Debtors' Objection to Certain Claims Filed by the Massachusetts Department of
      Environmental Protection [Filed: 8/27/04] (Docket No. 6271).

      Response Deadline: October 8, 2004 at 4:00 p.m. Extended to October 26, 2004.

      Responses Received:

      (a)    Massachusetts Department of Environmental Protection's Opposition to Debtors'
             Objection to Certain Claims Filed By the Massachusetts Department of
             Environmental Protection [Filed: 10/26/04] (Docket No. 6744)

      (b)    United States' Objections to Debtors' Objection to Certain Claims Filed By the
             Massachusetts Department Of Environmental Protection [Filed: 10/26/04]
             (Docket No. 6748).

      Status: **Given the factual disputes and the need for discovery, only a status
      conference on this matter will go forward.**

ADVERSARY MATTERS

10.     Motion of The Scotts Company for Temporary Stay of the Claims Asserted Against
        Scotts in the Gandy Action Set for Trial November 1, 2004 [Filed: 10/14/04] (Docket
        No. 303) *W. R. Grace et al. v. Margaret Chakarian et al. [Adv. Pro. No. 01-771]*.

        Related Documents:

        (a)     Debtors' Response in Support of The Scotts Company's Motion for a Temporary
                Stay of the Gandy Action [Filed: 10/21/04] (Docket No. 308).

        Response Deadline: November 8, 2004 at 4:00 p.m.

        Responses Received: None as of the date of this agenda.

        Status: **This motion has become moot and will not go forward. The plaintiffs in the
        Gandy Action have agreed to dismiss The Scotts Company from the action without
        prejudice.**

CHAPTER 11 PLAN OF REORGANIZATION

The Debtors plan to discuss the status of negotiations regarding the Chapter 11 Plan of
Reorganization to be filed by November 15, 2004.

ADDITIONAL MATTERS

11.     Debtors' Motion for Entry of an Order Authorizing Debtors to Advance Certain Legal
        Fees and Expenses for Certain of Debtors' Current and Former Officers, Directors and
        Employees [Filed: 11/4/04] (Docket No. 6829).

        Related Documents:

        (a)     Motion for Leave from this Court's November 25, 2003 Scheduling Order to
                Have Debtors' Motion for Entry of an Order Authorizing Debtors to Pay Certain
                Legal Fees and Expenses for Certain of Debtors' Current and Former Officers,
                Directors and Employees Heard During Debtors' November 15, 2004 Omnibus
                Hearing [Filed: 11/4/04] (Docket No. 6830)

        (b)     [Signed] Order Scheduling Hearing and Requiring Submission of Certain
                Documents [Filed: 11/5/04] (Docket No. 6835)

        (c)     **Debtors' Submission in Support of Their Motion to Advance Defense Costs
                for Certain of the Debtors' Current and Former Officers, Directors and
                Employees [Filed: 11/10/04] (Docket No. 6878).**

        Response Deadline: November 10, 2004 at 12:00 p.m.

                                            5

<u>Responses Received:</u>

(a)     **Objection of the Official Committee of Asbestos Property Damage Claimants
        to Debtors' Motion for Entry of an Order Authorizing Debtors to Advance
        Certain Legal Fees and Expenses for Certain of Debtors' Current and
        Former Officers, Directors and Employees [Filed: 11/10/04]
        (Docket No. 6864).**

<u>Status:</u>  This matter will go forward.

Dated: November 10, 2004            KIRKLAND & ELLIS LLP
                                    James H.M. Sprayregen, P.C.
                                    Janet S. Baer
                                    James W. Kapp, III
                                    Samuel L. Blatnick
                                    200 East Randolph Drive
                                    Chicago, IL  60601
                                    Telephone: (312) 861-2000
                                    Facsimile: (312) 861-2200

                                    -and-

                                    PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                    & WEINTRAUB P.C.

                                    Laura Davis Jones (Bar No. 2436)
                                    David W. Carickhoff, Jr. (Bar No. 3715)
                                    919 North Market Street, 16th Floor
                                    P.O. Box 8705
                                    Wilmington, DE  19899-8705 (Courier 19801)
                                    Telephone:  (302) 652-4100
                                    Facsimile:  (302) 652-4400

                                    Co-Counsel for Debtors and Debtors in Possession

6