*page 3 of 4*

# EXHIBIT 1

# BMC Monthly & Quarterly Fee Applications for WR Grace

**Total number of parties** 21
**Preferred Mode of Service:** (unknown)

### Exhibit 1 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11083 | CMTE ASBESTOS PROP CLMNTS, J SAKALO, BILZIN, SUMBERG, DUNN, BAENA, JSAKALO@BILZIN.COM | *VIA E-mail* |
| 11083 | CMTE ASBESTOS PROP CLMNTS, MICHAEL B JOSEPH, FERRY & JOSEPH P A, TTACCONELLI@FERRYJOSEPH.COM | *VIA E-mail* |
| 11083 | COMMITTEE OF PERSONAL INJURY CLAIMANTS, ELIHU INSELBUCH, CAPLIN & DRYSDALE, PVNL@CAPDALE.COM | *VIA E-mail* |
| 11083 | COMMITTEE OF PERSONAL INJURY CLAIMANTS, MARLA ESKIN, ESQ, CAMPBELL & LEVINE LLC, MESKIN@DEL.CAMLEV.COM | *VIA E-mail* |
| 11083 | DAVID B SIEGEL, W R GRACE & CO, WILLIAM.SPARKS@GRACE.COM | *VIA E-mail* |
| 11083 | DEBTORS AND DEBTORS IN POSSESSION, JAMES H M SPRAYREGEN, KIRKLAND & ELLIS, JAMES_KAPP@CHICAGO.KIRKLAND.COM | *VIA E-mail* |
| 11083 | DEBTORS AND DEBTORS IN POSSESSION, LAURA DAVIS JONES, PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, DCARICKHOFF@PSZYJ.COM | *VIA E-mail* |
| 11083 | DIP LENDER, CAROL HENNESSEY, CAROL.HENNESSEY@LW.COM | *VIA E-mail* |
| 11083 | DIP LENDER, J DOUGLAS BACON, LATHAM & WATKINS, DAVID.HELLER@LW.COM | *VIA E-mail* |
| 11083 | DIP LENDER, STEVEN M YODER, THE BAYARD FIRM, SYODER@BAYARDFIRM.COM | *VIA E-mail* |
| 11082 | GENERAL COUNSEL, DAVID B SIEGEL SVP, W R GRACE & CO, 7500 GRACE DR, COLUMBIA, MD 21044 | *VIA US Mail (1st Class)* |
| 11083 | MYRTLE JOHN, BMC, MJOHN@BMCCORP.NET | *VIA E-mail* |
| 11083 | OFFICIAL COMMITTEE OF EQUITY HOLDERS, J WAXMAN, KLETT ROONEY LIEBER & SCHORLING, JWAXMAN@KLETTROONEY.COM | *VIA E-mail* |
| 11083 | OFFICIAL COMMITTEE OF EQUITY HOLDERS, PHILIP BENTLEY, KRAMER LEVIN NAFTALIS & FRANKE, PBENTLEY@KRAMERLEVIN.COM | *VIA E-mail* |
| 11083 | OFFICIAL COMMITTEE OF EQUITY HOLDERS, TERESA KD CURRIER, KLETT ROONEY LIEBER & SCHORLING, CURRIER@KLETTROONEY.COM | *VIA E-mail* |
| 11083 | OFFICIAL CREDITORS' COMMITTEE, LEWIS KRUGER, STROOCK & STROOCK & LAVAN, RSERRETTE@STROOCK.COM | *VIA E-mail* |
| 11083 | OFFICIAL CREDITORS' COMMITTEE, MICHAEL R LASTOWSKI, DUANE, MORRIS & HECKSCHER, MLASTOWSKI@DUANEMORRIS.COM | *VIA E-mail* |
| 11084 | STEPHEN L BOSSAY, UST, FEEAUDIT@WHSMITHLAW.COM | *VIA E-mail* |
| 11083 | TINAMARIE FEIL, BMC, TFEIL@BMCCORP.NET | *VIA E-mail* |
| 11082 | UST, FRANK J PERCH, 844 KING ST, #2311, WILMINGTON, DE 19801 | *VIA US Mail (1st Class)* |
| 11082 | WARREN H SMITH & ASSOC, STEPHEN L BOSSAY, REPUBLIC CENTER, 325 N ST PAUL, #1275, DALLAS, TX 75201 | *VIA US Mail (1st Class)* |

**Subtotal for this group** 21