# EXHIBIT 2

# BMC Notice of Filing Fee Applications for WR Grace

**Total number of parties· 287**

**Preferred Mode of Service: US Mail (1st Class)**

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | (AMALGAMATED INDUSTRIES AND SERVICE WORKERS BENEFI, ASSOCIATE COUNSEL, JUDITH GREENSPAN, ESQ, THE AMALGAMATED IND AND SVC WORKERS, 730 BROADWAY, TENTH FL, NEW YORK, NY 10003-9511 | |
| 11081 | (ANDERSON MEMORIAL HOSPITAL), SPEIGHTS & RUNYAN, DANIEL A SPEIGHTS, ESQ, 200 JACKSON AVE, EAST, PO BOX 685, HAMPTON, SC 29924 | |
| 11081 | (ATTORNEY GENERAL OF PA(COMMONWEALTH OF PA, DEPT , SENIOR DEPUTY ATTORNEY GENERAL, CHRISTOPHER R MOMJIAN, ID NO 057482, OFFICE OF ATTY GEN, 21 S 12TH ST, 3RD FL, PHILADELPHIA, PA 19107-3603 | |
| 11081 | (CANADIAN COUNSEL TO DEBTOR), OGILVY-RENAULT, DERRICK TAY, ESQ, 200 BAY ST, STE 3800, ROYAL BANK PLAZA, SOUTH TOWER, TORONTO, ON M5J2Z4CANADA | |
| 11081 | (CARTERET VENTURE), THE SCHULTZ ORGANIZATION, MR HARVEY SCHULTZ, 4 WOODS END, OCEAN, NJ 07712-4181 | |
| 11081 | (CENTURY INDEMNITY COMPANY), WHITE & WILLIAMS LLP, LEONARD P GOLDBERGER, ESQ, 1800 ONE LIBERTY PLACE, PHILADELPHIA, PA 19103-7395 | |
| 11081 | (CENTURY INDEMNITY COMPANY), WHITE AND WILLIAMS LLP, CURTIS CROWTHER, ESQ, 824 NORTH MARKET ST, STE 902, PO BOX 709, WILMINGTON, DE 19801 | |
| 11081 | (CERTAIN UNDERWRITERS AT LLOYD'S LONDON), MENDES & MOUNT, LLP, THOMAS J QUINN, ESQ, 750 SEVENTH AVE, NEW YORK, NY 10019-6829 | |
| 11081 | (CITADEL INVESTMENT GROUP, LLC), CITADEL INVESTMENT GROUP, L L C, S JAY NOVATNEY, 131 SOUTH DEARBORN ST, 36TH FL, CHICAGO, IL 60603 | |
| 11081 | (COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TE, BANKRUPTCY & COLLECTIONS DIVISION, KAY D BROCK, ESQ, PO BOX 12548, AUSTIN, TX 78711-2548 | |
| 11081 | (COUNSEL FOR DAVID T AUSTERN), SWIDLER BERLIN SHEREFF FRIEDMAN LLP, R WYRON/R FRANKEL/M CHENEY ESQS, 3000 K ST, NW, STE 300, WASHINGTON, DC 20007 | |
| 11081 | (COUNSEL FOR STATE STREET GLOBAL ADVISORS), GOODWIN PROCTER LLP, DANIEL M GLOSBAND, P C, EXCHANGE PLACE, BOSTON, MA 02109 | |
| 11081 | (COUNSEL TO TOYOTA MOTOR CREDIT), ROBERT T AULGUR, JR , ESQ, PO BOX 617, ODESSA, DE 19730 | |
| 11081 | (COUNSEL TO ASBESTOS CLAIMANTS), MEMBER, STEVEN T BARON, ESQ, SILBER PEARLMAN, LLP, 2711 NORTH HASKELL AVE, 5TH FL, LLP, DALLAS, TX 75204 | |
| 11081 | (COUNSEL TO ASBESTOS CLAIMANTS), MOTLEY RICE LLC, NANCY WORTH DAVIS, ESQ, 28 BRIDGESIDE BOULEVARD, PO BOX 1792, MOUNT PLEASANT, SC 29465 | |
| 11081 | (COUNSEL TO ASBESTOS CLAIMANTS), WILENTZ, GOLDMAN & SPITZER, DEIRDRE WOULFE PACHECO, ESQ, 90 WOODBRIDGE CENTER DRIVE, PO BOX 10, WOODBRIDGE, NJ 07095 | |
| 11081 | (COUNSEL TO ASBESTOS PD COMMITTEE), FERRY & JOSEPH, P A, M B JOSEPH & T J TACCONELLI, ESQS, 824 MARKET ST, STE 904, PO BOX 1351, WILMINGTON, DE 19899 | |
| 11081 | (COUNSEL TO ASBESTOS PI COMMITTEE), CAMPBELL & LEVINE, LLC, MARLA ESKIN, ESQ & MARK HURFORD ESQ, 800 N KING ST, #301, WILMINGTON, DE 19801-3549 | |
| 11081 | (COUNSEL TO ASBESTOS PI COMMITTEE), CAPLIN & DRYSDALE, CHARTERED, ELIHU INSELBUCH & RITA TOBIN, ESQS, 399 PARK AVE, 27TH FL, NEW YORK, NY 10022 | |
| 11081 | (COUNSEL TO BERRY & BERRY), PLASTIRAS & TERRIZZI, C RANDALL BUPP, ESQ, 24 PROFESSIONAL CENTER PARKWAY, STE 150, SAN RAFAEL, CA 94903 | |
| 11081 | (COUNSEL TO CORNELL UNIVERSITY), CORNELL UNIVERSITY, ANTHONY F PARISE, OFFICE OF UNIVERSITY COUNSEL, 300 CCC BLDG, GARDEN AVE, ITHACA, NY 14853-2601 | |
| 11081 | (COUNSEL TO COUNTY OF DALLAS), LINEBARGER GOGGAN BLAIR & SAMPSON, ELIZABETH WELLER, 2323 BRYAN ST, STE 1720, DALLAS, TX 75201-2691 | |
| 11081 | (COUNSEL TO COUNTY OF SAN DIEGO), LAW OFFICES OF MARTHA E ROMERO & AS, MARTHA E ROMERO, 7743 SOUTH PAINTER AVE, STE E, WHITTIER, CA 90602 | |
| 11081 | (COUNSEL TO DEBTOR), KIRKLAND & ELLIS, JAMES H M SPRAYREGEN/JAMES KAPP III, 200 EAST RANDOLPH DRIVE, CHICAGO, IL 60601 | |
| 11081 | (COUNSEL TO DIP LENDER), LATHAM & WATKINS, DAVID S HELLER, ESQ, SEARS TOWER, STE 5800, CHICAGO, IL 60606 | |
| 11081 | (COUNSEL TO ENRON CORP , ET AL ), ENRON ENERGY SERVICES, GENERAL COUNSEL, 1400 SMITH ST, EB 0889, HOUSTON, TX 77002 | |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | (COUNSEL TO EQUITY COMMITTEE), KLETT ROONEY LIEBER & SCHORLING, TERESA K D CURRIER, ESQ, 1000 WEST ST, STE 1410, PO BOX 1397, WILMINGTON, DE 19899-1397 | |
| 11081 | (COUNSEL TO EQUITY COMMITTEE), KRAMER LEVIN NAFTALIS & FRANKEL LLP, PHILIP BENTLEY, ESQ, 919 THIRD AVE, NEW YORK, NY 10022-3852 | |
| 11081 | (COUNSEL TO FIRST UNION LEASING), STEVENS & LEE, P C, JOHN D DEMMY, ESQ, 300 DELAWARE AVE, 8TH FL, STE 800, WILMINGTON, DE 19801 | |
| 11081 | (COUNSEL TO GAMMA HOLDING, NV), BUCHANAN INGERSOLL PC, DAVID E WILKS, ESQ, THE NEMOURS BLDG, 1007 N ORANGE ST, STE 1110, WILMINGTON, DE 19801 | |
| 11081 | (COUNSEL TO HUNTSMAN CORPORATION), FLOYD, ISGUR, RIOS & WAHRLICH, P C, RANDALL A RIOS, 700 LOUISIANA, STE 4600, HOUSTON, TX 77002 | |
| 11081 | (COUNSEL TO LAVANTAGE SOLUTIONS), DECHERT PRICE & RHOADS, MATTHEW PORTER & BERNARD BONN III, 200 CLARENDON ST, 27TH FL, BOSTON, MA 02116-5021 | |
| 11081 | (COUNSEL TO LAWSON ELECTRIC CO ), CHAMBLISS, BAHNER, & STOPHEL, P C, RONALD D GORSLINE, 1000 TALLAN BLDG, STE 1000, TWO UNION SQUARE, CHATTANOOGA, TN 37402-2552 | |
| 11081 | (COUNSEL TO MARCO BARBANTI), LUKINS & ANNIS, P S, DARRELL W SCOTT, 1600 WASHINGTON TRUST FINANCIAL CTR, 717 WEST SPRAGUE AVE, SPOKANE, WA 99201-0466 | |
| 11081 | (COUNSEL TO MARYLAND CASUALTY), CONNOLLY BOVE LODGE & HUTZ LLP, J WISLER & M MCMAHON, ESQS, 1220 MARKET ST, 10TH FL, WILMINGTON, DE 19899 | |
| 11081 | (COUNSEL TO POTASH CORP ), WINSTON & STRAWN, DAVID W WIRT, ESQ, 35 WEST WACKER DRIVE, CHICAGO, IL 60601 | |
| 11081 | (COUNSEL TO ROYAL INSURANCE), BIFFERATO, BIFFERATOR & GENTILOTTI, MEGAN N HARPER, ESQ, 1308 DELAWARE AVE, PO BOX 2165, WILMINGTON, DE 19899 | |
| 11081 | (COUNSEL TO ROYAL INSURANCE), WILSON ELSER MOSKOWITZ EDELMAN DICK, CARL PERICONE, ESQ, 150 EAST 42ND ST, NEW YORK, NY 10019-5639 | |
| 11081 | (COUNSEL TO SAP AMERICA, INC ), BROWN & CONNERY, LLP, STEPHANIE NOLAN DEVINEY, 360 HADDON AVE, PO BOX 539, WESTMONT, NJ 08108 | |
| 11081 | (COUNSEL TO SEALED AIR CORPORATION), SKADDEN ARPS SLATE MEAGHER & FLOM, D J BAKER, ESQ, FOUR TIMES SQUARE, NEW YORK, NY 10036 | |
| 11081 | (COUNSEL TO THE STATE OF MINNESOTA), ASSISTANT ATTORNEY GENERAL, ANN BEIMDIEK KINSELLA, 445 MINNESOTA ST, STE 1200, ST PAUL, MN 55101-2127 | |
| 11081 | (COUNSEL TO UNION TANK CAR COMPANY), FABELHABER LLC, DEBORAH L THORNE, ESQ, 55 EAST MONROE ST, 40TH FL, CHICAGO, IL 60603 | |
| 11081 | (COUNSEL TO UNION TANK CAR COMPANY), MONZACK AND MONACO, P A, RACHEL B MERSKY, ESQ, 1201 N ORANGE ST, STE 400, WILMINGTON, DE 19801 | |
| 11081 | (COUNSEL TO WEST GROUP), HELLMUTH & JOHNSON, PLLC, MICHAEL S SANDBERG, ESQ, 10400 VIKING DRIVE, STE 560, EDEN PRAIRIE, MN 55344 | |
| 11081 | (COUNSEL TO WESTCOR), THE CAVANAGH FIRM, P A, DON C FLETCHER, ESQ, 1850 NORTH CENTRAL AVE, STE 2400, PHOENIX, AZ 85004 | |
| 11081 | (DOW CHEMICAL COMPANY, HAMPSHIRE CHEMICAL CORPORAT, THE DOW CHEMICAL COMPANY, MICHAEL T KAY & NANCY DRAVES, ESQS, 2030 DOW CENTER, MIDLAND, MI 48674 | |
| 11081 | (FIREMAN'S FUND INSURANCE COMPANY), KAUFMAN & LOGAN LLP, JEFFREY KAUFMAN/GERALD ELLERSDORFER, 100 SPEAR ST, 12TH FL, SAN FRANCISCO, CA 94105 | |
| 11081 | (FORMERLY CLIMAX MOLYBDENUM MARKETING CORPORATION), PHELPS DODGE CORP, SCOTT BARKER, CREDIT MANAGER, ONE NORTH CENTRAL AVE, PHOENIX, AZ 85004 | |
| 11081 | (GENERAL ELECTRIC CAPITAL CORPORATION), PITNEY, HARDIN, KIPP & SZUCH LLP, RONALD S BEACHER, ESQ, 685 3RD AVE, NEW YORK, NY 10017-4024 | |
| 11081 | (GEORGIA DEPARTMENT OF REVENUE), ASSISTANT ATTORNEY GENERAL, OSCAR B FEARS, III, 40 CAPITOL SQUARE, S W, ATLANTA, GA 30334 | |
| 11081 | (HEARTHSIDE RESIDENTIAL CORP ), NOSSAMAN GUTHNER KNOX & ELLIOTT LLP, ALLAN H ICKOWITZ, ESQ, 445 SOUTH FIGUEROA ST, 31ST FL, LOS ANGELES, CA 90071 | |
| 11081 | (INGERSOLL-RAND FLUID PRODUCTS), MONZACK AND MONACO, P A, FRANCIS A MONACO, JR , ESQ, 1201 N ORANGE ST, STE 400, PO BOX 2031, WILMINGTON, DE 19801 | |
| 11081 | (INVENTORY ATTORNEYS ON BEHALF OF ALL CLIENTS OF T, TEW CARDENAS REBAK KELLOGG LEHMAN, JEFFREY TEW, ESQ & THOMAS TEW, ESQ, DEMARIA TAGUE RAYMONG & LEVIN, LLP, 201 S BISCAYNE BLVD, STE 2600, MIAMI, FL 33131 | |
| 11081 | (JAMES GRAU, ANNA GRAU AND HARRY GRAU & SONS, INC , BANKEMPER & JACOBS, EDWARD L JACOBS, ESQ, THE SHAW HOUSE, 26 AUDUBON PLACE, PO BOX 70, FORT THOMAS, KY 41075-0070 | |
| 11081 | (KANEB PIPE LINE OPERATING PARTNERSHIP LP AND SUPP, FULBRIGHT & JAWORSKI, LLP, GERALD G PECHT, ESQ, 1301 MCKINNEY, STE 5100, HOUSTON, TX 77010-3095 | |
| 11081 | (L A UNIFIED SCHOOL DISTRICT), MCCARTER & ENGLISH, LLP, WILLIAM F TAYLOR, JR , ESQ, MELLON BANK CENTER, 919 MARKET ST, STE 1800, WILMINGTON, DE 19899 | |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | (LOUIS S ROBLES, ESQUIRE AND ROBLES LAW CENTER, P, SCHNADER HARRISON SEGAL & LEWIS LLP, NICHOLAS J LEPORE, III, STE 3600, 1600 MARKET ST, PHILADELPHIA, PA 19103 | |
| 11081 | (MARK HANKIN AND HANMAR ASSOCIATES), STEVENS & LEE, P C, THOMAS G WHALEN, ESQ, 300 DELAWARE AVE, STE 800, WILMINGTON, DE 19801 | |
| 11081 | (MISSOURI DEPARTMENT OF REVENUE), MISSOURI DEPARTMENT OF REVENUE, GARY L BARNHART, BANKRUPTCY UNIT, PO BOX 475, JEFFERSON CITY, MO 65105-0475 | |
| 11081 | (NOVAK LANDFILL RD/RA GROUP), MONTGOMERY MCCRACKEN WALKER ET AL, NOEL BURNHAM & RICHARD PLACEY, ESQS, 123 SOUTH BROAD ST, AVE OF THE ARTS, PHILADELPHIA, PA 19109 | |
| 11081 | (NUMEROUS ASBESTOS CLAIMANTS), FOSTER & SEAR, LLP, SCOTT WERT, ESQ, 524 E LAMAR BLVD , STE 200, ARLINGTON, TX 76011 | |
| 11081 | (OCCIDENTAL PERMIAN, LTD ), BURT BARR HAVINS & O'DEA, L L P, JOHN W HAVINS, ESQ, 1001 MCKINNEY, STE 500, HOUSTON, TX 77002 | |
| 11081 | (OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS), BILZIN SUMBERG DUNN BAENA ET AL, SCOTT L BAENA, ESQ, FIRST UNION FINANCIAL CENTER, 200 S BISCAYNE BLVD, STE 2500, MIAMI, FL 33131 | |
| 11081 | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS), DUANE, MORRIS & HECKSCHER LLP, MICHAEL R LASTOWSKI, ESQ, 1100 NORTH MARKET ST, STE 1200, WILMINGTON, DE 19801-1246 | |
| 11081 | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS), DUANE, MORRIS & HECKSCHER LLP, WILLIAM S KATCHEN, ESQ, 1 RIVERFRONT PLAZA, 2ND FL, NEWARK, NJ 07102 | |
| 11081 | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS), STROOCK & STROOCK & LAVAN LLP, LEWIS KRUGER, ESQ, 180 MAIDEN LANE, NEW YORK, NY 10038-4982 | |
| 11081 | (PETERS, SMITH & COMPANY), SNELLINGS BREARD SARTOR INABNETT &, MR CHARLES C TRASCHER III, ESQ, PO BOX 2055, MONROE, LA 71207 | |
| 11081 | (PUBLIC SERVICE ELECTRIC AND GAS COMPANY), SHEREE L KELLY & WILLIAM E FRESE, 80 PARK PLAZA, T5D, PO BOX 570, NEWARK, NJ 07101 | |
| 11081 | (SNACK, INC ), GIBSON, DUNN & CRUTCHER LLP, 200 PARK AVE, NEW YORK, NY 10166 | |
| 11081 | (SNACK, INC ), NEWCO MANAGEMENT COMPANY, LLC, VAHE MELKONIAN, 6320 CANOGA AVE, STE 1430, WOODLAND HILLS, CA 91367 | |
| 11081 | (SPECIAL COUNSEL TO DEBTORS), REED SMITH LLP, JAMES J RESTIVO, ESQ, 435 SIXTH AVE, PITTSBURGH, PA 15219 | |
| 11081 | (TENNESSEE DEPARTMENT OF ENVIRONMENT AND CONSERVAT, TN ATTORNEY GEN'S OFFICE BANKR UNIT, PAUL G SUMERS, ESQ, PO BOX 20207, NASHVILLE, TN 37202-0207 | |
| 11081 | (THE BAUPOST GROUP LLC), KRAMER LEVIN NAFTALIS & FRANKEL LLP, GARY M BECKER, ESQ, 919 THIRD AVE, NEW YORK, NY 10022 | |
| 11081 | (THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMP, BURNS, WHITE & HICKTON, LLC, THERESA L WASSER, ESQ, 120 FIFTH AVE, STE 2400, PITTSBURGH, PA 15222 | |
| 11081 | (THE CHASE MANHATTAN BANK), RICHARDS, LAYTON & FINGER, P A, MARK COLLINS & DEBORAH SPIVACK, ESQ, ONE RODNEY SQUARE, PO BOX 551, WILMINGTON, DE 19899 | |
| 11081 | (THE DELAWARE DIVISION OF REVENUE), DELAWARE DIVISION OF REVENUE, ALLISON E REARDON, 820 N FRENCH ST, 8TH FL, WILMINGTON, DE 19801 | |
| 11081 | (THE LIBBY MINE CLAIMANTS), KLEHR HARRISON HARVEY BRANZBURG & E, STEVEN K KORTANEK, ESQ, 919 MARKET ST, STE 1000, WILMINGTON, DE 19801 | |
| 11081 | (THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS), OFFICE OF THE ATTORNEY GENERAL, MARK BROWNING ESQ ASST ATTY GENERAL, C/O SHERRI K SIMPSON, LEGAL ASSIST, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX 78711-2548 | |
| 11081 | (THE U S ENVIRONMENTAL PROTECTION AGENCY), U S DEPARTMENT OF JUSTICE, JEREL L ELLINGTON, ESQ, ENVIRONMENTAL ENFORCEMENT SECTION, 999 18TH ST STE 945 NORTH TWR, DENVER, CO 80202 | |
| 11081 | (TRAVELERS CASUALTY AND SURETY COMPANY), ROBERT J DEHNEY, MICHAEL G BUSENKELL, MORRIS, NICHOLS ARSHT & TUNNELL, 1201 N MARKET ST, PO BOX 1347, WILMINGTON, DE 19899 | |
| 11081 | (TRAVELERS CASUALTY AND SURETY COMPANY), SIMPSON, THACHER, & BARTLETT, LYNN K NEUNER, ESQ, 425 LEXINGTON AVE, NEW YORK, NY 10017-3954 | |
| 11081 | (UNITED STATES TRUSTEE), OFFICE OF THE UNITED STATES TRUSTEE, FRANK J PERCH, ESQ, 844 KING ST, STE 2207, LOCKBOX 35, WILMINGTON, DE 19801 | |
| 11081 | (W R GRACE & CO ), W R GRACE AND CO, DAVID B SIEGEL, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 11081 | (W C BAKER, E E JAQUES, B H MILLER, M R FISHER, CORBETT & STEELMAN, RICHARD B SPECTOR & MARK MONACHINO, 18200 VON KARMAN AVE, STE 200, IRVINE, CA 92612-1086 | |
| 11081 | (WEATHERFORD U S INC , AND WEATHERFORD INTERNATIO, ANDREWS & KURTH LLP, PETER S GOODMAN, ESQ, 450 LEXINGTON AVE, 15TH FL, NEW YORK, NY 10017 | |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | (WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION), PILLSBURY WINTHROP LLP, CRAIG BARBAROSH, ESQ, 650 TOWN CENTER DRIVE, 7TH FL, COSTA MESA, CA 92626-7122 | |
| 11081 | (WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION), PILLSBURY WINTHROP LLP, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1490 | |
| 11081 | (WESCO DISTRIBUTION, INC ), QUAGLIANO & SEEGER, JULIE QUAGLIANO, 3243 P ST, NW, WASHINGTON, DC 20007 | |
| 11081 | (ZONOLITE ATTIC LITIGATION PLAINTIFFS), LIEFF CABRASER HEIMANN & BERNSTEIN, ELIZABETH J CABRASER, ESQ, EMBACADERO CENTER WEST, 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 | |
| 11081 | 3LUZON AUSTIN REARDON, WILLIAM D SULLIVAN, 300 DELAWARE AV #1700, PO BOX 1630, WILMINGTON, DE 19899 | |
| 11081 | ADELMAN LAVINE GOLD & LEVIN, BARRY D KLEBAN, 4 PENN CENTER, STE 900, PHILADELPHIA, PA 19103 | |
| 11081 | ALDINE INDEPENDENT SCHOOL DISTRICT, ALDINE INDEPENDENT SCHOOL DISTRICT, JONATHAN C HANTKE, ESQ, PAMELA H WALTERS, ESQUIRE, 14910 ALDINE-WESTFIELD ROAD, HOUSTON, TX 77032 | |
| 11081 | ALLSTATE INSURANCE COMPANY, CUYLER BURK LLP, ANDREW K CRAIG ESQ, PARSIPPANY CORPORATE CENTER, FOUR CENTURY DRIVE, PARSIPPANY, NJ 07054 | |
| 11081 | ALLSTATE INSURANCE COMPANY, CUYLER BURK LLP, STEFANO CALOGERO ESQ, PARSIPPANY CORPORATE CENTER, FOUR CENTURY DR, PARSIPANNY, NJ 07054 | |
| 11081 | ALLSTATE INSURANCE COMPANY, WHITE AND WILLIAMS LLP, JAMES S YODER ESQ, 824 MARKET ST STE 902, WILMINGTON, DE 19899-0709 | |
| 11081 | ANCEL ABADIC ET AL, THE MURRAY LAW FIRM, JULIE A ARDOIN ESQ, 909 POYDRAS ST, STE 2550, NEW ORLEANS, LA 70012-4000 | |
| 11081 | ANDERSON, KILL & OLICK, P C, JEFFREY L GLATZER, ESQ, 1251 AVE OF THE AMERICAS, NEW YORK, NY 10020-1182 | |
| 11081 | ANTON VOLOVSEK, RT2 – BOX 200 #42, KAMIAH, ID 83536-9229 | |
| 11081 | ASBESTOS PERSONAL INJURY CLAIMANTS, CAMPBELL & LEVINE, MATTHEW G ZALESKI III, 800 KING ST, STE 300, WILMINGTON, DE 19801 | |
| 11081 | ASKOUNIS & BORST, P C, THOMAS V ASKOUNIS, ESQ, 303 EAST WACKER DRIVE, STE 1000, CHICAGO, IL 60601 | |
| 11081 | ASSISTANT ATTORNEY GENERAL, STEVEN B FLANCHER, ESQ, DEPARTMENT OF ATTORNEY GENERAL, REVENUE DIV, 1ST FL TREASURY BLDG, LANSING, MI 48992 | |
| 11081 | ASSISTANT GENERAL COUNSEL, JONATHAN H ALDEN, ESQ, 3900 COMMONWEALTH BOULEVARD, MS 35, TALLAHASSEE, FL 32399-3000 | |
| 11081 | ATTORNEY AT LAW, CHARLES E GIBSON, III, 620 NORTH ST, STE 100, JACKSON, MS 39202 | |
| 11081 | ATTORNEYS FOR PPG INDUSTRIES, INC, WILLIAM M AUKAMP, ESQUIRE, JOHN J WINTER & W J WINTERSTEIN, JR, ELEVEN PENN CENTER, 29TH FL, 1835 MARKET ST, PHILADELPHIA, PA 19103 | |
| 11081 | AUTHUR STEIN, ESQ, 1041 W LACEY ROAD, PO BOX 1070, FORKED RIVER, NJ 08731-6070 | |
| 11081 | BANKERS TRUST COMPANY, THOMAS MOSKIE, FOUR ALBANY ST, FOURTH FL, NEW YORK, NY 10006 | |
| 11081 | BARBARA M COOK, COUNTY SOLICITOR, KATHERINE L TAYLOR SENIOR ASSISTANT, HOWARD COUNTY OFFICE OF LAW, GEORGE HOWARD BLDG, 3430 COURTHOUSE DRIVE, ELLICOTT CITY, MD 21043 | |
| 11081 | BARON & BUDD, P C, ALAN B RICH & RUSSELL W BUDD, 3102 OAK LAWN AVE, PO BOX 8705, DALLAS, TX 75219 | |
| 11081 | BEAR, STEARNS & CO INC, BRYAN SHAPIRO, 383 MADISON AVE, NEW YORK, NY 10179 | |
| 11081 | BELZ ENTERPRISES, CREDIT MANAGER, 100 PEABODY PLACE, STE 1400, MEMPHIS, TN 38103 | |
| 11081 | BEN BOLT-PALITO-BLANCO ISD, BROWNSVILLE ISD, CAME, LINEBARGER GOGGAN BLAIR PENA & SAMP, LORI GRUVER ROBERTSON, 1949 SOUTH IH 35 (78741), PO BOX 17428, AUSTIN, TX 78760 | |
| 11081 | BERGER & MONTAGUE, P C, JONATHAN BERGER/RUSSELL HENKIN ESQS, 1622 LOCUST ST, PHILADELPHIA, PA 19103-6365 | |
| 11081 | BRAYTON & PURCELL, ALAN R BRAYTON, ESQ, 222 RUSH LANDING ROAD, NOVATO, CA 94945 | |
| 11081 | C/O R& S LIQUIDATION COMPANY, THOMAS J NOONAN, JR, 5 LYONS MALL PMB #530, BASKING RIDGE, NJ 07920-1928 | |
| 11081 | CAPLIN & DRYSDALE, CHARTERED, J DAVIS/P LOCKWOOD/T SWETT/N FINCH, ONE THOMAS CIRCLE, N W, WASHINGTON, DC 20005 | |
| 11081 | CAROL COOK ET AL, STANLEY LAW FIRM PA, JAMES STANLEY JR, 301 N BROADWAY, LITTLE ROCK, AR 72114 | |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | CARROLLTON-FARMERS BRANCH ISD, LAW OFFICES OF ROBERT E LUNA, ANDREA SHEEHAN, 4411 N CENTRAL EXPRESSWAY, DALLAS, TX 75202 | |
| 11081 | CERTAIN ASBESTOS PLAINTIFFS, CAMPBELL CHERRY HARRISON DAVIS DOVE, DAVID E CHERRY, PO DRAWER 21387, WACO, TX 76702-1387 | |
| 11081 | CERTAIN UNDERWRITERS AT LLOYDS, ZUCKERMAN SPAEDER LLP, JAMES SOTTILE ESQ, 1201 CONNECTICUT AVE NW, STE 600, WASHINGTON, DC 20036 | |
| 11081 | CERTAIN UNDERWRITERS AT LLOYDS, ZUCKERMAN SPAEDER LLP, THOMAS G MACAULEY, 919 MARKET ST, STE 1705, WILMINGTON, DE 19899 | |
| 11081 | CHARLES E BOULBOL, 26 BROADWAY 17TH FL, NEW YORK, NY 10004 | |
| 11081 | CHARLOTTE TRANSIT CENTER INC, KENNEDY COVINGTON LOBDELL & HICKMAN, A PRITCHARD WILLIAMS/M R WESTBROOK, HEARST TOWER 47TH FLOOR, 214 N TRYON ST, CHARLOTTE, NC 28202 | |
| 11081 | CHL ADMIN INC, BLANK ROME LLP, ELIO BATTISTA JR ESQ, 1201 MARKET ST, STE 800, WILMINGTON, DE 19801-4226 | |
| 11081 | CHL ADMIN INC, BLANK ROME LLP, MICHAEL B SCHAEDLE ESQ, ONE LOGAN SQUARE, 130 NORTH 18TH ST, PHILADELPHIA, PA 19103 | |
| 11081 | CITY OF KNOXVILLE, ASSISTANT CITY ATTORNEY, HILLARY BROWNING-JONES, PO BOX 1631, KNOXVILLE, TN 37901 | |
| 11081 | CITY OF SOMERVILLE, ASSISTANT CITY SOLICITOR, AFSHIN MIRALY, 93 HIGHLAND AVE, LAW DEPT - CITY HALL, SOMERVILLE, MA 02143 | |
| 11081 | COMMITTEE OF ASBESTOS PROP DAMAGE CLAIMS, BILZIN SUMBERG DUNN BAENA PRICE, ROBERT W TURKEN, ESQ, 2500 FIRST UNION FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD, MIAMI, FL 33131-2336 | |
| 11081 | CONTRARIAN CAPITAL MANAGEMENT, LLC, JON BAUER, 411 WEST PUTNAM AVE, STE 225, GREENWICH, CT 06830 | |
| 11081 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ALISA MINSCH, 411 W PUTNAM AVE S-225, GREENWICH, CT 06830-6263 | |
| 11081 | COUDERT BROTHERS, J D FARRELL & E H TILLINGHAST III, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036 | |
| 11081 | COUNSEL FOR ENRON CORP, TOGUT SEGAL & SEGAL LLP, NEIL BERGER, ONE PENN PLAZA, STE 3335, NEW YORK, NY 10119 | |
| 11081 | CREDITORS, MCPHERSON MONK HUGHES BRADLEY, JAMES E WIMBERLEY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX 77642 | |
| 11081 | CROSSROAD INDUSTRIAL PARK, INC, CROSSROADS INDUSTRIAL PARK, INC, SCOTT ESTELLE, PRESIDENT, PO BOX 220, WEEDSPORT, NY 13166 | |
| 11081 | DACA V, LLC, JULIE BUBNACK, 2120 W WASHINGTON ST, SAN DIEGO, CA 92110 | |
| 11081 | DANICE SIMS, PO BOX 66658, BATON ROUGE, LA 70896 | |
| 11081 | DAP PRODUCTS, INC, C/O JULIEN A HECHT, ESQ, 2400 BOSTON ST, STE 200, BALTIMORE, MD 21224 | |
| 11081 | DAVID T AUSTERN, PHILLIPS GOLDMAN & SPENCE PA, JOHN C PHILLIPS, 1200 NORTH BROOM ST, WILMINGTON, DE 19806 | |
| 11081 | DEBT ACQUISITION CO OF AMERICA V LL, 2120 W WASHINGTON ST, SAN DIEGO, CA 92110-2052 | |
| 11081 | DEBT ACQUISITION CO OF AMERICA V LLC, DEBT ACQUISITION CO OF AMERICAN, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11081 | DEBT ACQUISITION CO OF AMERICA V LLC, SYLVIA SERRANO, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11081 | DELTA CHEMICAL CORPORATION, 2601 CANNERY AVE, BALTIMORE, MD 21226-1595 | |
| 11081 | DEPUTY ATTORNEY GENERAL, KEVIN JAMES, 1515 CLAY ST, 20TH FL, OAKLAND, CA 94612-1413 | |
| 11081 | DEPUTY ATTORNEY GENERAL, RACHEL JEANNE LEHR, OFFICE OF THE ATTORNEY GENERAL, R J HUGHES JUSTICE COMPLEX, PO BOX 093, TRENTON, NJ 08625 | |
| 11081 | DIES, DIES & HENDERSON, PAUL D HENDERSON, ESQ, 1009 W GREEN AVE, ORANGE, TX 77630 | |
| 11081 | DILWORTH PAXSON, LLP, ANNE MARIE P KELLEY, ESQ, LIBERTY VIEW – STE 700, 457 HADDONFIELD ROAD, CHERRY HILL, NJ 08002 | |
| 11081 | DILWORTH PAXSON, LLP, ANNE MARIE P KELLEY, ESQ, LIBERTYVIEW – STE 700, 457 HADDONFIELD ROAD, PO BOX 2570, CHERRY HILL, NJ 08034 | |
| 11081 | DK ACQUISITION, WILLKIE FARR & GALLAGHER, MARC ABRAMS ESQ, 787 SEVENTH AVE, NEW YORK, NY 10019-6099 | |
| 11081 | DK AXQUISITION PARTNERS, KLEHR HARRISON HARVEY BRANZBERG, JOANNE B WILLS, 919 MARKET ST, STE 1000, WILMINGTON, DE 19801 | |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | DUANE, MORRIS & HECKSCHER LLP, MARGERY N REED, ESQ, 4200 ONE LIBERTY PLACE, PHILADELPHIA, PA 19103-7396 | |
| 11081 | ENRON ENERGY SERVICES, GENERAL COUNSEL 4HC7 325, 4 HOUSTON CENTER, 1221 LAMAR ST #1600, HOUSTON, TX 77010 | |
| 11081 | ENTERGY SERVICES, INC, ALAN H KATZ, ESQ, 693 LOYOLA AVE, STE 2600, NEW ORLEANS, LA 70113 | |
| 11081 | ERISA LITIGATION, LOWENSTEIN SANDLER PC, IRA M LEVEE, 65 LIVINGSTON AVE, ROSELAND, NJ 07068 | |
| 11081 | ERISA LITIGATION, LOWENSTEIN SANDLER PC, MICHAEL S ETKIN, 65 LIVINGSTON AVE, ROSELAND, NJ 07068 | |
| 11081 | EULER HERMES ACI, LAUREN HOLZMAN CLAIMS PROCESSOR, 800 RED BROOK BLVD, OWINGS MILLS, MD 21117 | |
| 11081 | EXXONMOBIL CHEMICAL COMPANY, DONNA J PETRONE, ESQ, LAW DEPARTMENT – BANKRUPTCY, 13501 KATY FREEWAY, ROOM W1-562, HOUSTON, TX 77079-1398 | |
| 11081 | FEDERAL INS CO, COZEN O'CONNOR, JACOB C COHN ESQ, 1900 MARKET ST, PHILADELPHIA, PA 19103 | |
| 11081 | GE CORP, WOLF BLOCK SCHORR & SOLIS-COHEN LLP, TODD C SCHILTZ, 1100 N MARKET ST STE 1001, WILMINGTON, DE 19801-1246 | |
| 11081 | GENERAL ELECTRIC CORP, WOLF BLOCK SCHORR, TODD C SHILTZ ESQ, WILMINGTON TRUST CENTER, 1100 MARKET ST #1001, WILMINGTON, DE 19801 | |
| 11081 | GENERAL ELECTRIC RAILCAR SERVICES CORP, DILWORTH PAXSON LLP, MARTIN J WEIS & D SAM ANDERSON, 3200 MELLON BANK CENTER, 1735 MARKET ST, PHILADELPHIA, PA 19103 | |
| 11081 | GENERAL MOTORS ACCEPTANCE CORP, PO BOX 5055, TROY, MI 48007-5055 | |
| 11081 | GIBBONS DEL DEO DOLAN GRIFFINGER, ELIZABETH S KARDOS, ESQ, & VECCHIONE PC, ONE RIVERFRONT PLAZA, NEWARK, NJ 07102-5497 | |
| 11081 | GIBSON, DUNN & CRUTCHER LLP, STEVEN J JOHNSON, ESQ, 1530 PAGE MILL ROAD, PALO ALTO, CA 94304-1125 | |
| 11081 | GOLDENBERG, MILLER, HELLER & ANTOGN, MARK C GOLDENBERG & ELIZABETH V H, 227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL 62025 | |
| 11081 | GOTTEN WILSON & SAVORY PLLC, RUSSELL W SAVORY, 88 UNION AVE, 14TH FL, MEMPHIS, TN 38103 | |
| 11081 | GREIF, INC, CREDIT DEPARTMENT, 366 GREIF PARKWAY, DELAWARE, OH 43015 | |
| 11081 | GTE, HARTER SECREST & EMERY LLP, CRAIG A SLATER, ESQ, TWELVE FOUNTAIN PLAZA, STE 400, BUFFALO, NY 14202-2293 | |
| 11081 | HAGENS BERMAN LLP, THOMAS M SOBOL, ESQ, 225 FRANKLIN ST, 26TH FL, BOSTON, MA 02110 | |
| 11081 | HANMAR ASSOCIATES, M L P, MARK HANKIN, PO BOX 26767, ELKINS PARK, PA 19027 | |
| 11081 | HAYNES & BOONE LLP, PATRICK L HUGHES, ESQ, 1000 LOUISIANA ST, STE 4300, HOUSTON, TX 77002-5012 | |
| 11081 | HELLER DRAPER HAYDEN PATRICK ET AL, WILLIAM H PATRICK & JAN M HAYDEN, 650 POYDRAS ST, STE 2500, NEW ORLEANS, LA 70130-6103 | |
| 11081 | HOGAN & HARTON L L P, SCOTT A SHAIL & JAMES P RUGGERI, 555 THIRTEENTH ST, N W, WASHINGTON, 20004-1109 | |
| 11081 | HOGAN & HARTSON LLP, IRA S GREENE, ESQ, 875 THIRD AVE, NEW YORK, NY 10022-6225 | |
| 11081 | HUGHES HUBBARD & REED LLP, ANDREA L HAZZARD, ESQ, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1482 | |
| 11081 | HUGHES HUBBARD & REED LLP, DANIEL H SLATE, ESQ, 350 SOUTH GRAND AVE, LOS ANGELES, CA 90071-3442 | |
| 11081 | INGERSOLL-RAND FLUID PRODUCTS, CINDY SCHULTZ, ONE ARO CENTER, PO BOX 151, BRYAN, OH 43506 | |
| 11081 | INTERCAT INC, JAMES A SYLVESTER, 104 UNION AVE, MANASQUAN, NJ 08736 | |
| 11081 | INTERNAL REVENUE SERVICE, INSOLVENCY, 31 HOPKINS PLAZA, ROOM 1150, BALTIMORE, MD 21201 | |
| 11081 | IOS CAPITAL, INC, BANKRUPTCY ADMINISTRATION, 1738 BASS ROAD, PO BOX 13708, MACON, GA 31208-3708 | |
| 11081 | IOS CAPITAL, INC, ROSA DOMINY, BANKRUPTCY ADMINISTRATION, 1738 BASS ROAD, PO BOX 13708, MACON, GA 31208-3708 | |
| 11081 | IRS, DISTRICT DIRECTOR, 409 SILVERSIDE RD, WILMINGTON, DE 19809 | |
| 11081 | JAMES H HOSEPH, ERIC LOPEZ SCHNABEL, KLET, THE BRANDYWINE BLDG 1000 W, WILMINGTON, DE 19801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | JANET NAPOLITANO, ROBERT R HALL, RUSSELL W SAVORY, 1275 WEST WASHINGTON ST, PHOENIX, AZ 85007-1278 | |
| 11081 | JASPAN SCHLESINGER HOFFMAN LLP, STEVEN R SCHLESINGER, ESQ, 300 GARDEN CITY PLAZA, GARDEN CITY, NY 11530 | |
| 11081 | JOHN M KLAMANN, KLAMANN & HUBBARD, 7101 COLLEGE BLVD , STE 120, OVERLAND PARK, KS 66210 | |
| 11081 | JORDAN HYDEN WOMBLE & CULBRETH P C, MICHAEL J URBIS, 2390 CENTRAL BLVD, STE G, BROWNSVILLE, TX 78520 | |
| 11081 | JORDAN HYDEN WOMBLE & CULBRETH P C, SHELBY JORDAN & NATHANIEL P HOLZER, 500 N SHORELINE BLVD STE 900, CORPUS CHRISTI, TX 78471 | |
| 11081 | KELLEY B GELB, 700 SOUTHEAST THIRD AVE, STE 100, FORT LAUDERDALE, FL 33316-1186 | |
| 11081 | KILPATRICK STOCKTON, TODD MEYER, ESQ, 1100 PEACHTREE ST, ATLANTA, GA 30309 | |
| 11081 | LARRY A FEIND, 133 PEACHTREE ST, N E, 7TH FL, ATLANTA, GA 30303 | |
| 11081 | LATHAM & WATKINS, J DOUGLAS BACON, SEARS TOWER #5800, CHICAGO, IL 60606 | |
| 11081 | LIBBY CLAIMANTS, COHN & WHITESELL LLP, DANIEL COHN & C CANDON, 101 ARCH ST, BOSTON, MA 02110 | |
| 11081 | LIBBY CLAIMANTS, LANDIS RATH & COBB LLP, ADAM LANDIS & K MUMFORD, 919 MARKET ST, STE 600, WILMINGTON, DE 19801 | |
| 11081 | LIBBY CLAIMANTS, MCGARVEY HEBERLING SULLIVAN, JON HEBERLING, 745 SOUTH MAIN, KALISPELL, MT 59904 | |
| 11081 | LINEBARGER GOGGAN BLAIR GRAHAM PENA, DAVID AELVOET, ESQ, TRAVIS PARK PLAZA BLDG, 711 NAVARRO, STE 300, SAN ANTONIO, TX 78205 | |
| 11081 | LINEBARGER HEARD GOGGAN BLAIR, JOHN P DILLMAN, ESQ, GRAHAM PEÑA & SAMPSON, LLP, PO BOX 3064, HOUSTON, TX 77253-3064 | |
| 11081 | LIPSIPTZ GREEN FAHRINGER ROLL ET AL, JOSEPH T KREMER, ESQ, 42 DELAWARE AVE, STE 300, BUFFALO, NY 14202 | |
| 11081 | LONGACRE MASTER FUND, LTD, MAURIE SHALMONE, 810 SEVENTH AVE, 22ND FL, NEW YORK, NY 10019 | |
| 11081 | MARIA ROSOFF ESKIN, ROBERT JACOBS, ESQ, JACOBS & CRUMPLAR, P A, 2 EAST 7TH ST, PO BOX 1271, WILMINGTON, DE 19899 | |
| 11081 | MCDERMOTT, WILL & EMERY, J STONE/D ROSENBLOOM/L ROSENBLOOM, 227 WEST MONROE ST, CHICAGO, IL 60606-5096 | |
| 11081 | MEYERS, RODBELL & ROSENBAUM, P A, R H ROSENBAUM & M E MEYERS, ESQS, BERKSHIRE BLDG, 6801 KENILWORTH AVE, STE 400, RIVERDALE, MD 20737-1385 | |
| 11081 | MICHAEL D HESS, M DIANE JASINSKI, ESQ, CORP COUNSEL OF CITY OF NEW YORK, 100 CHURCH ST, ROOM 6-127, NEW YORK, NY 10007 | |
| 11081 | MILBERG WEISS BERSHAD HYNES LERACH, RACHEL FLEISHMAN & BRAD N FRIEDMAN, ONE PENNSYLVANIA PLAZA, NEW YORK, NY 10119-0165 | |
| 11081 | MORRIS, NICHOLS ARSHT & TUNNELL, ERIC D SCHWARTZ & WILLIAM SUDELL JR, 1201 N MARKET ST, PO BOX 1347, WILMINGTON, DE 19899 | |
| 11081 | MOSES & SINGER LLP, ALAN KOLOD, ESQ, 1301 AVE OF THE AMERICAS, 40TH FL, NEW YORK, NY 10019-6076 | |
| 11081 | MOTLEY RICE LLC, JOSEPH F RICE, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC 29465 | |
| 11081 | MURPHY SPADARO & LANDON, J S SPADARO/F MURPHY/C T BROCKSTEDT, 824 N MARKET ST, PO BOX 8989, WILMINGTON, DE 19899-8989 | |
| 11081 | NATIONAL FIRE INS CO OF PITTSBURG, ASHBY & GEDDES, WILLIAM BOWDEN & RICARDO PALACIO, 222 DELAWARE AVE 17TH FL, PO BOX 1150, WILMINGTON, DE 19899 | |
| 11081 | NJ ATTORNEY GENERAL'S OFFICE, MARGARET A HOLLAND, DEPUTY ATTY GEN, DIVISION OF LAW, R J HUGHES JUSTICE COMPLEX, PO BOX 106, TRENTON, NJ 08625 | |
| 11081 | NL INDUSTRIES, ARCHER & GREINER PC, JOHN V FIORELLA, 1300 N MARKET ST, STE 700, WILMINGTON, DE 19801 | |
| 11081 | NORFOLK SOUTHERN CORPORATION, WILLIAM H JOHNSON, ESQ, LAW DEPARTMENT, THREE COMMERCIAL PLACE, NORFOLK, VA 23510-9242 | |
| 11081 | NTL UNION FIRE INS CO OF PITTSBURG, ZEICHNER, ELLMAN & KRAUSE LLP, MICHAEL S DAVIS, 575 LEXINGTON AVE, NEW YORK, NY 10022 | |
| 11081 | NUTTER, MCCLENNEN & FISH, LLP, STEVEN R BOURNE, ESQ, 155 SEAPORT BLVD, BOSTON, MA 02210-2604 | |
| 11081 | OFFICE OF ATTORNEY GENERAL, DENISE A KUHN, 21 S 12TH ST, 3RD FL, PHILADELPHIA, PA 19107-3603 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | ONTARIO MILLS LTD PARTNERSHIP, COURTENAY M LABSON, ESQ, 1300 WILSON BLVD, STE 400, ARLINGTON, VA 22209 | |
| 11081 | PACHULSKI STANG ZIEHL YOUNG & JONES, LAURA DAVIS JONES, 919 N MARKET ST 16TH FL, PO BOX 870, WILMINGTON, DE 19899-8705 | |
| 11081 | PACHUSLKI STANG ZIEHL YOUNG & JONES, DAVID CARICKOFF, 919 N MARKET ST 16TH FL, PO BOX 870, WILMINGTON, DE 19899-8705 | |
| 11081 | PACHUSLKI STANG ZIEHL YOUNG & JONES, HAMID R RAFATJOO, 10100 SANTA MONICA BL #1100, LOS ANGELES, CA 90067-4100 | |
| 11081 | PARCELS, INC, VITO I DIMAIO, 10TH & KING ST, WILMINGTON, DE 19801 | |
| 11081 | PD CLAIMANTS, JASPAN SCHLESINGER HOFFMAN LLP, FREDERICK B ROSNER, ESQ, 1201 N ORANGE ST, STE 1001, WILMINGTON, DE 19801 | |
| 11081 | PD CLAIMANTS, JOHN PREEFER, JOHN PREEFER, ESQ, 60 EAST 42ND ST, STE 1201, NEW YORK, NY 10165 | |
| 11081 | PD CLAIMANTS, MOTLEY RICE LLP, ED COTTINGHAM JR, ESQ, 28 BRIDGESIDE BLVD, PO BOX 1792, MOUNT PLEASANT, SC 29465 | |
| 11081 | PENINSULA CAPITAL ADVISORS, L L C, TED WESCHLER, 404 EAST MAIN ST, SECOND FL, CHARLOTTESVILLE, VA 22902 | |
| 11081 | PENSION BENEFIT GUARANTY CORP, BRAD ROGERS, ESQ, OFFICE OF THE GENERAL COUNSEL, CHARLES L FINKE, ASST GEN COUNSEL, 1200 K ST, N W, WASHINGTON, 20005-4026 | |
| 11081 | PEOPLES FIRST COMMUNITY BANK, DIANE STEWART, PO BOX 59950, PANAMA CITY, FL 32412-0950 | |
| 11081 | PEPPER HAMILTON, AARON A GARBER, 1201 MARKET ST #1600, WILMINGTON, DE 19899-1709 | |
| 11081 | PETER A CHAPMAN, 572 FERNWOOD LANE, FAIRLESS HILLS, PA 19030 | |
| 11081 | POTTER ANDERSON & CORROON LLP, LAURIE SELBER SILVERSTEIN, ESQ, 1313 N MARKET ST, 6TH FL, PO BOX 951, WILMINGTON, DE 19899 | |
| 11081 | PRESTON GATES & ELLIS LLP, KIMBERLY W OSENBAUGH, 925 4TH AVE, STE 2900, SEATTLE, WA 98104-1158 | |
| 11081 | PROVOST & UMPHREY, MAGGIE DE LA ROSA, LAW FIRM, L L P, 490 PARK ST, BEAUMONT, TX 77701 | |
| 11081 | QUADRANGLE GROUP LLC, MORRIS NICHOLS ARSHT & TUNNELL, WILLIAM H SUDELL JR, 1201 N MARKET ST, PO BOX 1347, WILMINGTON, DE 19899 | |
| 11081 | RALPH R MABEY, PENROD W KEITH, LEBOEUF, LAMB, GREENE & MACRAE, LLP, 1000 KEARNS BLDG, SALT LAKE CITY, UT 84101 | |
| 11081 | RICHARDS PACKAGING, INC, FARLEIGH WADA & WITT PC, TARA J SCHLEICHER, 121 SW MORRISION, STE 600, PORTLAND, OR 97204 | |
| 11081 | ROBINS, KAPLAN, MILLER & CIRESI LLP, BERNICE CONN, ESQ, 2049 CENTURY PARK EAST, STE 3700, LOS ANGELES, CA 90067 | |
| 11081 | ROPES & GRAY, STEVEN T HOORT, ESQ, ONE INTERNATIONAL PLACE, BOSTON, MA 02110-2624 | |
| 11081 | SC DEPT OF HEALTH AND ENVIRONMENT, E KATHERINE WELLS, ESQ, 2600 BULL ST, COLUMBIA, SC 29201-1708 | |
| 11081 | SCHNEIDER NATIONAL, INC, CHARLOTTE KLENKE, ESQ, 3101 S PACKERLAND, PO BOX 2545, GREEN BAY, WI 54306 | |
| 11081 | SEALED AIR CORPORATION, MARY A COVENTRY, PARK 80 EAST, SADDLE BROOK, NJ 07663 | |
| 11081 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, PO BOX 7040, DOVER, DE 19903 | |
| 11081 | SECRETARY OF TREASURER, PO BOX 7040, DOVER, DE 19903 | |
| 11081 | SECURITIES & EXCHANGE COMMISSION, OFFICE OF REORGANIZATION, 3475 LENOX ROAD, N E, STE 1000, ATLANTA, GA 30326-1232 | |
| 11081 | SECURITIES AND EXCHANGE COMMISSION, MICHAEL A BERMAN, ESQ, 450 FIFTH ST, N W, (MAIL STOP 6-6), WASHINGTON, 20549 | |
| 11081 | SENIOR COUNSEL, CYNTHIA C HEMME, ESQ, NORTEL NETWORKS, INC, 4010 E CHAPEL HILL-NELSON HWY, RESEARCH TRIANGLE PARK, NC 27709 | |
| 11081 | SEYFARTH SHAW, PAUL M BAISIER, ESQ, 1545 PEACHTREE ST, STE 700, ATLANTA, GA 30309 | |
| 11081 | SHER GARNER CAHILL RICHTER KLEIN MC, MICHAEL H PINKERSON/JAMES M GARNER, 909 POYDRAS ST, STE 2800, NEW ORLEANS, LA 70112 | |
| 11081 | SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 225, IRVINE, CA 92614-6264 | |
| 11081 | SKADDEN ARPS SLATE MEAGHER, MARK S CHEHI, ONE RODNEY SQ, PO BOX 636, WILMINGTON, DE 19899-0636 | |
| 11081 | SMITH KATZENSTEIN & FURLOW LLP, KATHLEEN M MILLER, THE CORPORATION PLAZA, 800 DELAWARE AVE, 7TH FL, PO BOX 410, WILMINGTON, DE 19899 | |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | SMITH KATZENSTEIN & FURLOW, SELINDA A MELNICK, 800 DELAWARE AVE, PO BOX 410, WILMINGTON, DE 19899 | |
| 11081 | SPAULDING & SLYE CONSTRUCTION, BERNKOPF GOODMAN LLP, BRUCE D LEVIN ESQ, 125 SUMMER ST, STE 1300, BOSTON, MA 02110 | |
| 11081 | SPAULDING & SLYE CONSTRUCTION, BERNKOPF GOODMAN LLP, PETER B MCGLYNN, 125 SUMMER ST, STE 1300, BOSTON, MA 02110 | |
| 11081 | SPECIAL ASBESTOS DEFENSE COUNSEL, REED SMITH LLP, DOUGLAS E CAMERON, 435 SIXTH AVE, PITTSBURG, PA 15230-2009 | |
| 11081 | STATE LIBRARY OF OHIO, C/O MICHELLE T SUTTER, REVENUE RECOVERY, 101 E TOWN ST, SECOND FL, COLUMBUS, OH 43215 | |
| 11081 | STATE OF NEW YORK, DEPT OF TAXATION & FINANCE, ELAINE Z COLE & BARBARA G BILLET ES, 340 E MAIN ST, ROCHESTER, NY 14604 | |
| 11081 | STATE OF TENNESSEE, GINA BAKER HANTEL, ESQ, ATTY GENERAL OFFICE, BANKRUPTCY DIV, 425 5TH AVE NORTH, FL 2, NASHVILLE, TN 37243 | |
| 11084 | STEPHEN L BOSSAY, UST, FEEAUDIT@WHSMITHLAW.COM | *VIA E-mail* |
| 11081 | STEPTOE & JOHNSON LLP, HARRY LEE, ESQ, 1330 CONNECTICUT AVE, N W, WASHINGTON, DC 20036 | |
| 11081 | STEVENS & LEE, JOSEPH GREY, 300 DELAWARE AV #800, WILMINGTON, DE 19801 | |
| 11081 | STIBBE, P C, DORINE VORK, ESQ, 350 PARK AVE, NEW YORK, NY 10022 | |
| 11081 | STUTZMAN BROMBERG ESSERMAN & PLIFKA, SANDER L ESSERMAN, A PROFESSIONAL CORPORATION, 2323 BRYAN ST #2200, DALLAS, TX 75201-2689 | |
| 11081 | STUTZMAN BROMBERG ESSERMAN & PLIFKA, SANDER L ESSERMAN, A PROFESSIONAL CORPORATION, 2323 BRYAN ST, DALLAS, TX 75201-2689 | |
| 11081 | SUEXIRDA PRAYAGA, 7365 MACLEOD LANE, OFALLON, MO 63366 | |
| 11081 | SUFFOLK COUNTY ATTORNEY, ROBERT CIMINO, ESQ, DIANE LEONARDO BECKMANN ASST COUNTY, H LEE DENNISON BLDG, 100 VETERANS MEM HWY, PO BOX 6100, HAUPPAUGE, NY 11788-0099 | |
| 11081 | SUPERFUND SECTION OF DIVISION OF WAST MANAGEMENT, ASSISTANT ATTORNEY GENERAL, W WALLACE FINLATOR, JR, NC DEPARTMENT OF JUSTICE, PO BOX 629, RALEIGH, NC 27602-0629 | |
| 11081 | THE BAYARD FIRM, STEVEN M YODER, 222 DELAWARE AV #900, PO BOX 25130, WILMINGTON, DE 19899 | |
| 11081 | THE BEARD GROUP, CHRISTOPHER L BEARD, ESQ, 502 W PATRICK ST, FREDERICK, MD 21701-4002 | |
| 11081 | THE BLACKSTONE GROUP, SHINDER/ZILLY/BLECHMAN/ALEXANDER, 345 PARK AVE, NEW YORK, NY 10154 | |
| 11081 | THE FURTH FRIM LLP, FREDERICK FURTH, 225 BUSH ST, 15TH FL, SAN FRANCISCO, CA 94104 | |
| 11081 | THE HOGAN FIRM, DANIEL HOGAN, 1311 DELAWARE AVE, WILMINGTON, DE 19806 | |
| 11081 | THE LAW OFFICES OF PETER G ANGELOS, PAUL M MATHENY, 5905 HARFORD RD, BALTIMORE, MD 21214 | |
| 11081 | TIMOTHY KANE, CONROY SIMBERG GANON KREVANS & A, STUART E COHEN, ESQ, 3440 HOLLYWOOD BLVD, 2ND FL, HOLLYWOOD, FL 33021 | |
| 11081 | TOWN OF ACTON, MA, NUTTER, MCCLENNEN & FISH LLP, THOMAS O BEAN, 155 SEAPORT BLVD, BOSTON, MA 02210 | |
| 11081 | TRADE-DEBT NET, PO BOX 1487, WEST BABYLON, NY 11704-0487 | |
| 11081 | TREASURER – TAX COLLECTOR, BART HARTMAN, ATTN ELIZABETH MOLINA, 1600 PACIFIC HIGHWAY, ROOM 162, SAN DIEGO, CA 92101 | |
| 11081 | U S DEPARTMENT OF JUSTICE, JAMES D FREEMAN, ESQ, ENVIRONMENTAL ENFORCEMENT SECTION, 999 18TH ST, STE 945, NORTH TWR, DENVER, CO 80202 | |
| 11081 | WACHOVIA BANK NATIONAL ASSOCIATION, KILPATRICK STOCKTON LLP, TODD MEYERS ESQ, 1100 PEACHTREE ST, STE 2800, ATLANTA, GA 30309 | |
| 11081 | WACHOVIA BANK NATIONAL ASSOCIATION, MCCARTER & ENGLISH LLP, THOMAS D WALSH ESQ, 919 MARKET ST, STE 1800, PO BOX 111, WILMINGTON, DE 19899 | |
| 11081 | WEINGARTEN REALTY INVESTORS, JENNY J HYUN, ESQ, 2600 CITADEL PLAZA DRIVE, HOUSTON, TX 77008 | |
| 11081 | WESTOVER INVESTMENTS, L L C, MICHAEL SELIG, 555 OLD GARTH ROAD, CHARLOTTESVILLE, VA 22901 | |
| 11081 | WILDMAN, HARROLD, ALLEN & DIXON, JONATHAN W YOUNG, 225 WEST WACKER DRIVE, STE 3000, CHICAGO, IL 60606-1229 | |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11081 | WILDMAN, HARROLD, ALLEN & DIXON, T KELLAN GRANT, 225 WEST WACKER DRIVE, STE 3000, CHICAGO, IL 60606-1229 | |
| 11081 | WILLIAMS & CONNOLLY LLP, VICTORIA RADD ROLLINS/PHILIP J WARD, 725 TWELFTH ST NW, WASHINGTON, DC 20005 | |
| 11081 | WILLIAMS BAILEY LAW FIRM, L L P, S J KHERKHER & LAURENCE G TIEN ESQS, 8441 GULF FREEWAY, STE #600, HOUSTON, TX 77017 | |
| 11081 | XEROX CAPITAL SERVICES, LLC, CATHY FLOWERS, 800 CARILLON PARKWAY, ST PETERSBURG, FL 33716-9876 | |
| 11081 | ZAI CLAIMANTS, LUKINS & ANNIS P S, DARRELL W SCOTT, ESQUIRE, 717 W SPRAGUE AVE, STE 1600, SPOKANE, WA 99201 | |
| 11081 | ZAI CLAIMANTS, RICHARDSON PARTRICK WESTBROOK & B, EDWARD J WESTBROOK, ESQUIRE, PO BOX 879, 174 EAST BAY ST, CHARLESTON, SC 29401 | |
| 11081 | ZONOLITE ATTIC LITIGATION PLAINTIFFS, BUCHANAN INGERSOLL PC, WILLIAM D SULLIVAN, ESQ, THE NEMOURS BLDG, 1007 NORTH ORANGE ST, 11TH FL, WILMINGTON, DE 19801 | |
| 11081 | ZONOLITE ATTIC LITIGATION PLAINTIFFS, SHAW GUSSIS DOMANSKIS FISHMAN ET AL, ROBERT M FISHMAN, ESQ, 321 N CLARK ST, STE 800, CHICAGO, IL 60610 | |

**Subtotal for this group: 287**