## FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: 302.575.1555  Fax: 302.575.1714

WR Grace PD Committee                         September 1, 2004 – September 30, 2004

Invoice No.  13825

RE:  WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.80 | 1,630.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.10 | 911.50 |
| B18 | Fee Applications, Others - | 9.70 | 1,162.50 |
| B25 | Fee Applications, Applicant - | 5.50 | 717.00 |
| B32 | Litigation and Litigation Consulting - | 8.00 | 1,609.50 |
| B36 | Plan and Disclosure Statement - | 0.10 | 22.50 |
| B37 | Hearings - | 3.50 | 787.50 |
| B40 | Employment Applications, Others - | 0.60 | 135.00 |
| B41 | Relief from Stay Litigation - | 0.20 | 45.00 |
| | **Total** | 39.50 | $7,021.00 |
| | **Grand Total** | 39.50 | $7,021.00 |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 150.00 | 1.10 | 165.00 |
| Rick S. Miller | 215.00 | 1.70 | 365.50 |
| Steven G. Weiler | 150.00 | 3.40 | 510.00 |
| Theodore J. Tacconelli | 225.00 | 22.10 | 4,972.50 |
| Legal Assistant - AD | 90.00 | 11.20 | 1,008.00 |
| **Total** | | 39.50 | $7,021.00 |

### DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 916.09[1] |
| **Total Disbursements** | **$916.09[2]** |

---

[1] This figure reflects a credit of $258.50 regarding an overcharge by Law Transcription Service on July 30, 2004 that was included in Ferry, Joseph & Pearce, P.A.'s July, 2004 Monthly Fee Application.

[2] See footnote number 1.

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-04 | *Case Administration* - confer with T. Tacconelli re: scheduling issues | 0.10 | RSM |
| | *Case Administration* - review pleading re: substitution of counsel for Gamma Holdings and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - review pleading re: Elzufon Austin April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Elzufon Austin May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Elzufon Austin June, 2004 fee app | 0.10 | TJT |
| Sep-02-04 | *Case Administration* - review pleading re: debtors' motion to extend severance package to newly hired executives | 0.30 | TJT |
| | *Case Administration* - update 2002 service list and labels re: substitution of counsel for Gamma Holdings | 0.10 | AD |
| | *Case Administration* - draft service list for Certificate of Service re: district court appeal | 0.30 | AD |
| Sep-04-04 | *Case Administration* - review letter from D Siegel to Judge Fitzgerald re: recent financial data | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' objection to certain claims filed by MA EPA | 0.20 | TJT |
| | *Case Administration* - review pleading re: summary of Capstone Corp. Recovery quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: FTI Policano fee app Feb.-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Duane Morris quarterly fee app Jan.-Mar, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Kramer Levin June, 2004 fee app | 0.10 | TJT |
| Sep-05-04 | *Case Administration* - review pleading re: debtors' motion to approve settlement with Akzo Noble with attachments | 0.20 | TJT |
| | *Case Administration* - review pleading re: debtors' notice of sale of Darex Facility | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to approve settlement with Kwelmbs Companies | 0.20 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: K&E 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: FTI Policano 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Legal Analysis July, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine July, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Caplan Drysdale July, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review order denying Libby Claimant L. Shea's motion for relief from stay to take Deposition | 0.10 | TJT |
| | *Case Administration* - review order expanding the scope of Nelson Mullins | 0.10 | TJT |
| | *Case Administration* - review order denying Libby Claimant D Hills' motion to modify automatic stay to take Deposition | 0.10 | TJT |
| | *Case Administration* - review order denying Libby Claimant F Reijovich's motion for relief from stay to take Deposition | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - review order re: third continuation order re: third omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - review order re: second continuation order re: fourth omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - review order re: fifth omnibus objection to claims | 0.10 | TJT |
| Sep-07-04 | *Case Administration* - review letter from S Blatnick re: fixed fee agreements for financial advisors | 0.10 | TJT |
| Sep-08-04 | *Case Administration* - update and odify 2002 service list and labels re: Ogilvy Renault change of address | 0.10 | AD |
| Sep-09-04 | *Case Administration* - confer with T. Tacconelli re: scheduling issues | 0.10 | RSM |
| Sep-10-04 | *Case Administration* - confer with T. Tacconelli re: dismissal of appeal re: futures rep. order | 0.10 | RSM |
| Sep-12-04 | *Case Administration* - review pleading re: limited objection by futures rep to debtors' motion to approve settlement with Kwelmbs companies | 0.10 | TJT |
| | *Case Administration* - review pleading re: notice of settlement with Coudert Bros. LLP | 0.20 | TJT |
| | *Case Administration* - review letter from S Blatnick re: fixed fee agreements for financial advisor | 0.10 | TJT |
| | *Case Administration* - review pleading re: amended fee auditor's final report re: CDG's 12th interim quarterly fee app | 0.10 | TJT |
| Sep-13-04 | *Case Administration* - review pleading re: summary of Pitney Hardin April-June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Woodcock Washburn quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Wallace King quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Deloitte and Touche quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| Sep-14-04 | *Case Administration* - review email from A Danzeisen re: analysis of debtors Akzo settlement motion | 0.10 | TJT |
| Sep-17-04 | *Case Administration* - confer with T. Tacconelli re: teleconference | 0.20 | RSM |
| Sep-18-04 | *Case Administration* - review pleading re: debtor's notice of settlement with MO Dept. of Natural Resources | 0.10 | TJT |
| Sep-19-04 | *Case Administration* - review pleading re: second supplemental declaration of R Frenkle re: Swidler Berlin retention application | 0.10 | TJT |
| | *Case Administration* - review pleading re: certification of counsel re: Deloitte and Touche modified retention order | 0.10 | TJT |
| Sep-21-04 | *Case Administration* - review pleading re: Scotts' Co. motion to stay of Rand action | 0.20 | TJT |
| | *Case Administration* - review pleading re: limited objection of personal injury committee to debtors' Kwelmbs Co. settlement motion | 0.10 | TJT |
| | *Case Administration* - review certification of counsel re: debtors' motion to expedite hearing on debtors' motion to expand preliminary injunction re: Evans, et al. | 0.10 | TJT |
| | *Case Administration* - review pleading re: statement by Blackstone Group re: fixed fee compensation | 0.20 | TJT |
| | *Case Administration* - review pleading re: summary of Richardson Patrick quarterly fee app April-June, 2004 | 0.10 | TJT |
| | - Contact S. Jones at CDG re: status of flat fee arrangement report | 0.10 | SGW |
| | *Case Administration* - Assist CDG in the filing and service of it's flat fee | 0.40 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | structure statement (.2); teleconferences with S. Jones and G. Boyer at CDG (.2) | | |
| | *Case Administration* - update 2002 service list and labels re: Jacobs entry of appearance | 0.10 | AD |
| Sep-24-04 | *Case Administration* - confer with T. Tacconelli re: scheduling issues | 0.10 | RSM |
| Sep-28-04 | *Case Administration* - review pleading re: Scotts Co.'s motion for leave to file reply | 0.20 | TJT |
| Sep-29-04 | *Case Administration* - review pleading re: notice of change of address for Primex Plastics Corp and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - review order authorizing 12th interim period quarterly fees | 0.10 | TJT |
| | *Case Administration* - review miscellaneous orders entered on 9/27/04 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Rand response to Scotts' motion to stay | 0.20 | TJT |
| | *Case Administration* - review pleading re: notice of withdraw of proof of claim by Swidler Berlin | 0.10 | TJT |
| | *Case Administration* - review pleading re: W Smith & Assoc August 2004 fee app | 0.10 | TJT |
| Sep-02-04 | *Committee, Creditors', Noteholders' or* -review email from A Danzeisen re: teleconference with committee | 0.10 | TJT |
| Sep-09-04 | *Committee, Creditors', Noteholders' or* -review email from A Danzeisen re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Sep-16-04 | *Committee, Creditors', Noteholders' or* - committee teleconference | 1.10 | RSM |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 1.40 | TJT |
| Sep-17-04 | *Committee, Creditors', Noteholders' or* -teleconference with committee co-chair re: committee issues | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* -review email from J Schwartz re: motion to be considered by committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.50 | TJT |
| Sep-23-04 | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Sep-30-04 | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.40 | TJT |
| Sep-02-04 | *Fee Applications, Others* - draft amended notice of motion re; HRA's 8th quarterly fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| | *Fee Applications, Others* - draft amended notice of motion re: Bilzin's 13th quarterly fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| | *Fee Applications, Others* - prepare documents for filing (.1) and e-file and serve amended notice of motion re: HRA's 8th quarterly fee app (.2) | 0.30 | AD |
| | *Fee Applications, Others* - prepare documents for filing (.1) and e-file and serve amended notice re: Bilzin 13th quarterly fee app (.2) | 0.30 | AD |
| Sep-07-04 | *Fee Applications, Others* - Forward 9/7/04 letter from Court to S. Jones at CDG re: fixed fee agreement | 0.20 | SGW |
| | *Fee Applications, Others* - confer with S Weiler re: letter from S Blatnick re: fixed fee agreements for financial advisors | 0.10 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection re: HRA's Jan-March, 2004 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| Sep-09-04 | *Fee Applications, Others* - Forward via numerous e-mail attachments and flat fee arrangement documentation in response to debtor's 9/7/04 letter (.4); | 0.50 | SGW |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | teleconference with S. Jones from CDG re: same (.1) | | |
| Sep-10-04 | *Fee Applications, Others* - review email from L Flores re: Bilzin Sumberg's and HRA's July, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Bilzin Sumberg July, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review HRA July, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores re: Bilzin July, 2004 fee app and HRA July, 2004 fee app | 0.10 | AD |
| | *Fee Applications, Others* - review and revise Bilzin July, 2004 fee app (.2) review notice (.1) and draft Certificate of Service (.1) | 0.40 | AD |
| | *Fee Applications, Others* - review and revise HRA July, 2004 (.2), review notice (.1) and draft Certificate of Service (.1) | 0.40 | AD |
| | *Fee Applications, Others* - prepare documents for filing re: HRA July, 2004 fee app (.1) and e-file and serve fee app (.4) | 0.50 | AD |
| | *Fee Applications, Others* - prepare documents for filing re: Bilzin July, 2004 fee app (.1) and e-file and serve fee app (.4) | 0.50 | AD |
| Sep-13-04 | *Fee Applications, Others* - Forward debtors' 9/10/04 letter to S. Jones at CDG re: flat fee arrangement | 0.10 | SGW |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg 12th interim fee app and confer with paralegal re: same | 0.20 | TJT |
| | *Fee Applications, Others* - review docket re: HRA 7th quarterly fee app | 0.10 | AD |
| | *Fee Applications, Others* - prepare Certificate of No Objection for filing re: HRA 7th quarterly fee app (.1) and e-file and serve Certificate of No Objection (.3) | 0.40 | AD |
| Sep-22-04 | *Fee Applications, Others* - Review CDG statement re: compensation and disucss with legal assistant | 0.20 | LLC |
| | *Fee Applications, Others* - review email from D Carickhoff re: CDG statement regarding fixed fees | 0.10 | TJT |
| | *Fee Applications, Others* - prepare email to D Carickhoff re: CDG statement re: fixed fee agreement | 0.10 | TJT |
| | *Fee Applications, Others* - review email from S Weiler re: CDG statement re: fixed fee agreement | 0.10 | TJT |
| | *Fee Applications, Others* - review statement by CDG re: fixed fee agreement | 0.30 | TJT |
| | *Fee Applications, Others* - confer with paralegal re: filing and service of CDG statement re: fixed fee agreement | 0.10 | TJT |
| | *Fee Applications, Others* - e-file and serve CDG statement in support of its' fee structure and forward to S Jones | 0.30 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection (.2) draft Certificate of Service (.1) re: amended notice of motion re: Bilzin 13th quarterly fee app | 0.30 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection (.2) draft Certificate of Service (.1) re: amended notice of motion re: HRA 8th quarterly fee app | 0.30 | AD |
| Sep-23-04 | *Fee Applications, Others* - review Certificate of No Objection re: HRA 8th quarterly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg 13th quarterly fee app prior to filing | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - draft letter to S Jones enclosing CDG's statement regarding fee structure | 0.10 | AD |
| | *Fee Applications, Others* - review docket re: Bilzin 13th fee app (.1) prepare documents for filing (.1) e-file and serve Certificate of No Objection re: same (.3) | 0.50 | AD |
| | *Fee Applications, Others* - review docket re: HRA 8th fee app (.1) prepare documents for filing (.1) e-file and serve Certificate of No Objection re: same (.3) | 0.50 | AD |
| Sep-27-04 | *Fee Applications, Others* - review email from L Flores re: Bilzin and HRA August 2004 fee apps | 0.10 | AD |
| | *Fee Applications, Others* - review and revise Bilzin August 2004 notice (.1) draft Certificate of Service (.1) | 0.20 | AD |
| Sep-28-04 | *Fee Applications, Others* - review Bilzin Sumberg August 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - prepare documents for filing (.1) e-file and serve Bilzin August, 2004 fee app (.4) | 0.50 | AD |
| Sep-30-04 | *Fee Applications, Others* - review and revise HRA August 2004 fee app (.1) draft Certificate of Service re: same (.1) finalize fee app for filing (.1) | 0.30 | AD |
| Sep-08-04 | *Employment Applications, Others* - teleconference with G Boyer re: memorandum from S Blatnick to financial advisors | 0.30 | TJT |
| Sep-23-04 | *Employment Applications, Others* - confer with S Weiler re: amended CDG statement re: fixed fees | 0.10 | TJT |
| Sep-24-04 | *Employment Applications, Others* - review CDG amended statement re: fixed fees | 0.10 | TJT |
| | *Employment Applications, Others* - confer with S Weiler re: fling and service of CDG amended statement re: fixed fees | 0.10 | TJT |
| Sep-02-04 | *Litigation and Litigation Consulting* - Draft stipulation order modifying briefing schedule (1); revise same (.2); circulate to signatories (.1); telephone call to J. Baer and D. Carickhoff re: same (.2) | 1.50 | SGW |
| | *Litigation and Litigation Consulting* - teleconference with J Sakalo re: reply brief re: futures rep. appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with J Sakalo re: stipulation to extend time to file reply brief re: appeal of futures' rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - confer with S Weiler re: stipulation to extend time to file reply brief re: appeal of futures' rep. order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with S Weiler re: stipulation to extend time to file reply brief re: appeal of futures' rep. order | 0.10 | TJT |
| Sep-05-04 | *Litigation and Litigation Consulting* - prepare email to J Baer re: reply brief extension re: appeal of futures rep. order | 0.10 | TJT |
| Sep-07-04 | *Litigation and Litigation Consulting* - teleconference with district court clerk re: stipulation to extend time to file reply brief re: appeal of future's rep. order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare letter to J Sakalo re: stipulation to extend time to file reply brief re: appeal of future's rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with J Sakalo re: reply brief re: appeal of future's rep. order | 0.20 | TJT |
| Sep-08-04 | *Litigation and Litigation Consulting* - review email from J Sakalo re: reply brief re: future's rep. appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review letter from S Kinsella to Judge Buckwalter enclosing courtesy copy of reply brief of Certain Insurers | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - review reply brief of Certain Insurers re: future's rep. appeal | 0.60 | TJT |
| Sep-09-04 | *Litigation and Litigation Consulting* - review email from S Baena re: future's rep. appeal | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review email from J Schwartz re: appeal of future's rep order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with J Sakalo re: appeal of future's rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review appellate procedures and local rules re: voluntary dismissal of appeal | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to co-counsel re: voluntary dismissal of appeal | 0.20 | TJT |
| Sep-10-04 | *Litigation and Litigation Consulting* - Call to J Baer and teleconference with J Baer re: dismissal of appeal of futures' rep order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with D Carickhoff re: dismissal of futures' rep appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from J Sakalo re: dismissal of appeal of futures' rep order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with J Sakalo re: dismissal of appeal of futures' rep. order | 0.10 | TJT |
| Sep-13-04 | *Litigation and Litigation Consulting* - prepare email to opposing counsel (Carickhoff) re: dismissal of future's rep. appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with D Carickhoff re: stipulation to dismiss appeal of future's rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: stipulation to dismiss future's rep. appeal | 0.10 | TJT |
| Sep-14-04 | *Litigation and Litigation Consulting* - Prepare Certificate of Service with service list for limited objection re: KWELMBS Companies; e-mail filed version to A. Danzeisen; scan and file limited objection with Certificate of Service | 0.50 | SGW |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: stipulation of dismissal re: appeal of future's rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: debtors' motion to approve settlement with Kwelmbs Companies | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with A Danzeisen re: limited objection to debtors' motion to approve settlement with Kwelmbs Companies (x2) | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - confer with S Weiler re: limited objection to Kwelmbs Co. settlement | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: limited objection to Kwelmbs Co.'s settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review and revise limited objection to Kwelmbs Co's motion and prepare for filing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review and revise limited objection to Kwelmbs Co. motion and prepare for filing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - confer with S Weiler and paralegal re: filing and service of limited objection to Kwelmbs Co. settlement | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - draft letter to J Sakalo enclosing stipulation to dismiss appeal (.1) and draft letter to D Carickhoff enclosing stipulation to dismiss appeal (.1) | 0.20 | AD |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-21-04 | *Litigation and Litigation Consulting* - review Certain Insurers' motion to strike brief filed by PI committee re: future's rep. appeal | 0.20 | TJT |
| Sep-22-04 | *Litigation and Litigation Consulting* - review order dismissing appeal re: appeal of future's rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Draft letter to J Sakalo enclosing signed order re: stipulated order to dismiss appeal | 0.10 | AD |
| Sep-27-04 | *Litigation and Litigation Consulting* - teleconference with J Sakalo re: resolution of limited objection to Kwelmbs Co.'s settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from J Sakalo re: resolution of limited objection to Kwelmbs Co.'s settlement motion | 0.20 | TJT |
| Sep-29-04 | *Litigation and Litigation Consulting* - review order authorizing Kelmbs Co.'s settlement motion | 0.10 | TJT |
| Sep-20-04 | *Hearings* - review agenda for 9/27/04 hearing | 0.10 | TJT |
| Sep-22-04 | *Hearings* - review agenda for 9/30/04 hearing | 0.10 | TJT |
| Sep-23-04 | *Hearings* - review amended agenda for 9/27/04 hearing | 0.10 | TJT |
| Sep-25-04 | *Hearings* - review second amended agenda for 9/27/04 hearing | 0.10 | TJT |
| Sep-27-04 | *Hearings* - trade emails with J Sakalo re: 9/27/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - trade emails with J Sakalo re: due to weather problems not able to attend in person, need to set up telephonic appearance (x2) | 0.20 | TJT |
| | *Hearings* - trade emails with opposing counsel (Carickhoff) re: telephonic appearance by J Sakalo (x2) | 0.20 | TJT |
| | *Hearings* - trade emails with J Sakalo re: 9/27/04 hearing will now be conducted by video conference (x2) | 0.20 | TJT |
| | *Hearings* - prepare for hearing | 0.30 | TJT |
| | *Hearings* - attend bankruptcy court | 1.60 | TJT |
| | *Hearings* - teleconference with J Sakalo re: results of 9/27/04 hearing | 0.20 | TJT |
| Sep-29-04 | *Hearings* - review agenda for 9/30/04 hearing | 0.10 | TJT |
| Sep-30-04 | *Hearings* - teleconference with J Sakalo re: 9/30/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - prepare email to A Danzeisen re: 9/30/04 hearing coverage | 0.10 | TJT |
| Sep-18-04 | *Plan and Disclosure Statement* - review email from S Baena to D Bernick re: plan negotiations | 0.10 | TJT |
| Sep-02-04 | *Relief from Stay Litigation* - download and review motion for relief from stay by D Slaughter | 0.20 | TJT |
| | *Fee Applications, Applicant* - review and finalize all documents in Ferry, Joseph & Pearce's 13th quarterly fee app | 0.40 | AD |
| Sep-03-04 | *Fee Applications, Applicant* - Review 13th quarterly Fee Application | 0.20 | LLC |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 13th quarterly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's 13th quarterly fee app (.5) | 0.60 | AD |
| Sep-07-04 | *Fee Applications, Applicant* - review email from S Bossay re: 12th interim period fees and expense totals | 0.10 | TJT |
| | *Fee Applications, Applicant* - prepare email to S Weiler re: request by fee auditor to review totals for 12th interim quarterly period | 0.10 | TJT |
| | *Fee Applications, Applicant* - draft Certificate of No Objection re: Ferry, Joseph & Pearce's July, 2004 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| | *Fee Applications, Applicant* - draft Certificate of No Objection re: Ferry, Joseph & Pearce's Jan-March, 2004 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-08-04 | *Fee Applications, Applicant* - Verify Ferry, Joseph & Pearce and Bilzin 12th Quarterly Fee Application figures with fee auditor spreedsheet | 0.10 | SGW |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's July, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - confer with paralegal for 12th interim period fees and expenses | 0.10 | TJT |
| | *Fee Applications, Applicant* - further review of amended order requiring 2019 statements | 0.50 | TJT |
| | *Fee Applications, Applicant* - review email from S Weiler re: 12th interim spreadsheet for fees and expenses | 0.10 | TJT |
| | *Fee Applications, Applicant* - review email from S Weiler re: 12th quarterly fee and expenses and review documents | 0.20 | AD |
| | *Fee Applications, Applicant* - review docket re: Ferry, Joseph & Pearce's July, 2004 Certificate of No Objection (.1), prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: same (.3) | 0.50 | AD |
| Sep-13-04 | *Fee Applications, Applicant* - Review e-mail from S. Bossay re: 12th Interim fee and expense chart | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail to legal assistant re: 12th interim fee and expense chart | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from legal assistant re: 12th interim fee and expense chart | 0.10 | LLC |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |
| | *Fee Applications, Applicant* - review docket re: Ferry, Joseph & Pearce's 12th quarterly fee app and review fee auditor's final report | 0.20 | AD |
| | *Fee Applications, Applicant* - *Fee Applications, Applicant* - prepare Certificate of No Objection for filing re: Ferry, Joseph & Pearce's 12th quarterly fee app) (.1) and e-file and serve Certificate of No Objection (.3) | 0.40 | AD |
| Sep-22-04 | *Fee Applications, Applicant* - draft Certificate of No Objection re: Ferry, Joseph & Pearce's 13th quarterly fee app (.2) draft Certificate of Service re: same (.1) and prepare for filing (.1) | 0.40 | AD |
| Sep-24-04 | *Fee Applications, Applicant* - E-file and serve Certificate of No Objection re: docket no. 6318 | 0.40 | LLC |
| | *Totals* | *39.50* | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Sep-08-04 | *Expense* - copying | 4.20 |
| | *Expense* - postage | 2.96 |
| Sep-09-04 | *Expense* - copying cost | 33.90 |
| | *Expense* - Blue Marble Logistics | 243.77 |
| Sep-10-04 | *Expense* - copying cost | 12.60 |
| Sep-13-04 | *Expense* - copying cost | 14.40 |
| | *Expense* - postage | 5.18 |
| | *Expense* - copying cost | 12.00 |
| | *Expense* - postage | 6.00 |
| Sep-14-04 | *Expense* - Blue Marble Logistics | 124.00 |
| Sep-15-04 | *Expense* - Blue Marble Logistics | 145.00 |
| Sep-20-04 | *Expense* - Reliable Copy Service - copying charge/postage | 213.65 |
| Sep-22-04 | *Expense* - Reliable Copy Service - copying charge/postage | 276.60 |
| Sep-23-04 | *Expense* - copying cost | 10.50 |
| | *Expense* - postage | 4.80 |
| Sep-24-04 | *Expense* - Copying cost | 10.50 |
| | *Expense* - Postage | 4.80 |
| Sep-28-04 | *Expense* - copying cost | 12.15 |
| | *Expense* - postage | 2.58 |
| | *Expense* - Blue Marble Logistics | 35.00 |

*Totals*  *$1,174.59*

LESS CREDIT OF   $ 258.50

**TOTAL DISBURSEMENTS DUE**   $ 916.09

**Total Fees & Disbursements**   $7,937.09

**Balance Due Now**

$7,937.09