IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related Docket Nos. 6829, 6835, and 6864** |
| | ) | **Hearing Date: November 15, 2004 @ 12:00 p.m.** |

**JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS TO THE OBJECTION OF THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO
DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING
DEBTORS TO ADVANCE CERTAIN LEGAL FEES AND EXPENSES FOR
CERTAIN OF DEBTORS' CURRENT AND FORMER OFFICERS,
DIRECTORS AND EMPLOYEES**

The Official Committee of Asbestos Personal Injury Claimants (the "PI Committee"), by and through its undersigned counsel, hereby joins in the Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for Entry of an Order Authorizing Debtors to Advance Certain Legal Fees and Expenses for Certain of Debtors' Current and Former Officers, Directors and Employees [D.I. 6864] (the "Objection"). The PI Committee joins in support of the Objection and asserts that the objections contained therein should be sustained.

Date:   November 12, 2004

                        CAMPBELL & LEVINE, LLC

                        */S/ Mark Hurford*
                        Marla R. Eskin (No. 2989)
                        Mark T. Hurford (No. 3299)
                        800 King Street, Suite 300
                        Wilmington, DE  19801
                        (302) 426-1900

                                -and-

{D0030933:1 }

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY  10022-4614
(212) 319-7125

   -and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

Counsel to the Official Committee of
   Asbestos Personal Injury Claimants

{D0030933:1 }