IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on November 12, 2004, I caused a copy of the foregoing *Joinder Of The Official Committee Of Asbestos Personal Injury Claimants To The Objection Of The Official Committee Of Asbestos Property Damage Claimants To Debtors' Motion For Entry Of An Order Authorizing Debtors To Advance Certain Legal Fees And Expenses For Certain Of Debtors' Current And Former Officers, Directors And Employees* to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.

        */S/ Mark Hurford*
        Mark T. Hurford (#3299)

Dated: November 12, 2004

{D0016317:1 }