UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 03-3453

IN RE:
W.R. GRACE & CO

CAROL GERARD;
ALFRED PENNOCK;
BILLIE SCHULL

v.

W.R. GRACE & CO ET AL
MARYLAND CASUALTY COMPANY

Maryland Casualty Company,
Appellant

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 02-cv-01549)
District Judge: Honorable Alfred M. Wolin

Argued September 27, 2004

Before: RENDELL, FUENTES and SMITH, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued on September 27, 2004. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on July 22, 2004, is hereby VACATED. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: October 28, 2004