# Exhibit Tab 9

List of Non-Debtor Affiliates

# EXHIBIT 9

## W. R. GRACE & CO.
## NON-CHAPTER 11 COMPANIES

| U. S. SUBSIDIARY NAME |
| --- |
| Advanced Refining Technologies LLC |
| Alltech Associates, Inc. |
| AP Chem Incorporated |
| Construction Products Dubai, Inc. |
| Grace Asia Pacific, Inc. |
| Grace Chemicals, Inc. |
| Grace Collections, Inc. |
| Grace Foundation, Inc. |
| Grace Germany Holdings, Inc. |
| Grace Latin America, Inc. |
| Grace Management Services, Inc. |
| Grace Receivables Purchasing, Inc. |
| Ichiban Chemical Co., Inc. |
| NZ Alltech, Inc. |
| Separations Group, The |

| NON-U.S. SUBSIDIARY NAME |
|---|
| **ARGENTINA** |
| W. R. Grace Argentina S.A. |
| WRG Argentina, S.A. |
| **AUSTRALIA** |
| Alltech Associates (Australia) Pty. Ltd. |
| Grace Australia Pty. Ltd. |
| **BELGIUM** |
| Grace N.V. |
| Grace Silica N.V. |
| Inverco Benelux N.V. |
| Pieri Benelux N.V. |
| **BRAZIL** |
| Grace Brasil Ltda. |
| Grace Davison Ltda. |
| **CANADA** |
| GEC Divestment Corporation Ltd. |
| Grace Canada, Inc. |
| W. R. Grace Finance (NRO) Ltd. |
| **CHILE** |
| Grace Quimica Compania Limitada |
| **CHINA, PEOPLE'S REPUBLIC OF** |
| Grace China Ltd. |
| **COLOMBIA** |
| Grace Colombia S.A. |
| W. R. G. Colombia S.A. |
| **CUBA** |
| Envases Industriales y Comerciales, S.A. |
| Papelera Camagueyana, S.A. |
| **FRANCE** |
| Alltech France [Correct Name to Come] |
| Etablissements Pieri S.A. |
| Société Civile Beau-Béton |
| W. R. Grace S.A. |
| **GERMANY** |
| Advanced Refining Technologies GmbH |
| Alltech G.m.b.H. |
| Grace Bauprodukte GmbH |
| Grace Darex GmbH |
| Grace GP G.m.b.H. |
| Grace Holding G.m.b.H. |
| Grace Management GP G.m.b.H. |
| Grace Silica GmbH |
| Grom Chromatography GmbH |
| **GREECE** |
| Grace Hellas E.P.E. |
| **HONG KONG** |
| Alltech Scientific (China) Limited |

| NON-U. S. SUBSIDIARY NAME |
| --- |
| Alltech Applied Science Labs (HK) Limited |
| W. R. Grace (Hong Kong) Limited |
| W. R. Grace Southeast Asia Holdings Limited |
| **HUNGARY** |
| Grace Értékesito Kft. |
| **INDIA** |
| W. R. Grace & Co. (India) Private Limited |
| **INDONESIA** |
| PT. Grace Specialty Chemicals Indonesia |
| **IRELAND** |
| Amicon Ireland Limited |
| Grace Construction Products (Ireland) Limited |
| Trans-Meridian Insurance (Dublin) Ltd. |
| **ITALY** |
| Alltech Italia S.R.L. |
| W. R. Grace Italiana S.p.A. |
| **JAPAN** |
| Advanced Refining Technologies K.K. |
| Grace Chemicals K.K. |
| Grace Japan Kabushiki Kaisha |
| **KOREA** |
| Grace Korea Inc. |
| **MALAYSIA** |
| W. R. Grace (Malaysia) Sendiran Berhad |
| W. R. Grace Specialty Chemicals (Malaysia) Sdn. Bhd. |
| **MEXICO** |
| Grace Container, S. A. de C. V. |
| W. R. Grace Holdings, S. A. de C. V. |
| **NETHERLANDS** |
| Alltech Applied Science, BV |
| Amicon B.V. |
| Denac Nederland B.V. |
| Storm van Bentem en Kluyver B.V. |
| W. R. Grace B.V. |
| **NETHERLANDS ANTILLES** |
| W. R. Grace N.V. |
| **NEW ZEALAND** |
| Grace (New Zealand) Limited |
| **PHILIPPINES** |
| W. R. Grace (Philippines), Inc. |
| **POLAND** |
| Grace Sp. z o.o. |
| **RUSSIA** |
| Darex CIS LLC |

| NON-U.S. SUBSIDIARY NAME |
| --- |
| **SINGAPORE** |
| W. R. Grace (Singapore) Private Limited |
| **SOUTH AFRICA** |
| Grace Davison (Proprietary) Limited |
| W. R. Grace Africa (Pty.) Limited |
| **SPAIN** |
| Grace, S.A. |
| Pieri Especialidades, S.L. |
| **SWEDEN** |
| Grace AB |
| Grace Catalyst AB |
| Grace Sweden AB |
| **SWITZERLAND** |
| Pieri S.A. |
| **TAIWAN** |
| W. R. Grace Taiwan, Inc. |
| **THAILAND** |
| W. R. Grace (Thailand) Limited |
| **UNITED KINGDOM** |
| A.A. Consultancy & Cleaning Company Limited |
| Alltech Associates Applied Science Limited (UK) |
| Cormix Limited |
| Borndear 1 Limited |
| Borndear 2 Limited |
| Borndear 3 Limited |
| Darex UK Limited |
| Emerson & Cuming (Trading) Ltd. |
| Emerson & Cuming (UK) Ltd. |
| Exemere Limited |
| Grace Construction Products Limited |
| Pieri U.K. Limited |
| Servicised Ltd. |
| W. R. Grace Limited |
| **VENEZUELA** |
| Grace Venezuela, S.A. |
| Inversiones GSC, S.A. |

| PARTNERSHIP/ JOINT VENTURE NAME |
|---|
| Advanced Refining Technologies LP |
| Alltech Japan, Inc. |
| Alltech y Applied Science Para Mexico, S.A. de C.V. |
| Grace Kriz |
| Carbon Dioxide Slurry Systems L.P. |
| Cormix Middle East LLC |
| Emirates Chemicals LLC |
| Grace GmbH & Co. KG |
| Grace Manufacturing GmbH & Co. KG |
| Grace Offshore Turnkey |
| Grace Yapi Kimyasallari Sanayi ve Ticaret A.S. |
| Paramont Coal Company |