# Exhibit Tab 11

Retained Causes of Action

**[To be filed at a later date]**