# Exhibit Tab 14

Case Management Order

**[To be filed at a later date]**