# Exhibit Tab 15

Description of Warrants

**[To be filed at a later date]**