# Exhibit Tab 16

## Management Stock Incentive Plan Term Sheet

**[To be filed at a later date]**