# Exhibit A

## Court-Approved Proofs of Claim and Asbestos PI Questionnaire

# W. R. Grace & Co.
# Asbestos PI
# Questionnaire

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)*
*(Jointly Administered)*

## The Debtors consist of the following entities:

W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SUBMIT COMPLETED ASBESTOS PI QUESTIONNAIRE TO:
### Rust Consulting, Inc.
### Claims Processing Agent
### Re: W.R. Grace & Co. Bankruptcy
### P.O. Box 1620
### Faribault, MN 55021-1620

**The Debtors in this case are also collectively referred to in this document as "Grace".**

You must submit this Asbestos PI Questionnaire if you have an Asbestos PI Pre-petition Litigation Claim against any of the Debtors. An "Asbestos PI Pre-petition Litigation Claim" is any Asbestos PI Claim that is based upon either (i) a pre-petition lawsuit for which no judgment or enforceable settlement was reached before April 2, 2001, or (ii) to the extent that a final judgment was rendered or an enforceable settlement was reached, and the settlement or judgment, as applicable, places any obligation(s) upon any of the Debtor(s), such Debtor(s) have not satisfied its obligations pursuant to the judgment or settlement.

YOUR COMPLETED ASBESTOS PI QUESTIONNAIRE MUST BE <u>RECEIVED</u> BY THE DEBTORS' CLAIMS PROCESSING AGENT ON OR BEFORE <u>5:00 P.M. EASTERN TIME ON [DATE]</u> or you may be forever barred from asserting or receiving payment for your claim(s).

**INSTRUCTIONS**

**A.    PART I – Injured Party Information**
Respond to all applicable questions. If the injured party is represented by legal counsel, then in Part I (b), please provide legal counsel's name and the name, telephone number and address of the firm with which such counsel is associated. Also, if the injured party would prefer that the Debtors send subsequent materials to legal counsel, instead of sending such material to the injury party, then check the box indicating such in Part I (b). If the injured party is deceased, then complete Part I (c), which concerns the primary and contributing causes of death.

**B.    PART II – Asbestos-Related Condition(s)**
With respect to Part II (a), respond to all applicable questions. If a section is left blank, then it will be interpreted to mean that the injured party does not have the specified injuries, conditions, or test results addressed in that section. To complete questions related to injuries, medical diagnoses and/or conditions, please use the following definitions:

**Mesothelioma:** A diagnosis of malignant mesothelioma by a board-certified pathologist.

**Asbestos-Related Lung Cancer 1:** Primary lung cancer (1) diagnosed on the basis of findings by a board-certified pathologist, and (2) evidence of asbestosis based on a chest x-ray reading by a certified B-reader of at least 1/1 on the ILO grade scale or asbestosis determined by pathology; and (3) supporting medical documentation establishing asbestos exposure as a substantial contributing factor in causing the lung cancer.

**Asbestos-Related Lung Cancer 2:** Primary lung cancer (1) diagnosed on the basis of findings by a board-certified pathologist; and (2) a diagnosis of asbestos-related nonmalignant disease based on a chest x-ray reading by a certified B-reader of at least 1/0, or blunting of either costophrenic angle and bilateral pleural plaque or bilateral pleural thickening of at least grade B2 or greater, or bilateral pleural disease of grade B2 or greater; and (3) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer.

**Asbestos-Related Other Cancer:** Primary colorectal, laryngeal, esophageal, pharyngeal or stomach cancer (1) diagnosed on the basis of findings by a board-certified pathologist; and (2) evidence of asbestosis based on a chest x-ray reading by a board certified B-reader of at least 1/1 on the ILO grade scale or asbestosis determined by pathology; (3) supporting medical documentation establishing asbestos exposure as a substantial contributing factor in causing the cancer.

**Clinically Severe Asbestosis:** (1) Asbestosis diagnosed by a board-certified pulmonologist or internist; and an independently replicated chest x-ray by a certified B-reader of 2/1 on the ILO grade scale and either (i) total lung capacity less than 65% or (ii) forced vital capacity less than 65%; and (3) a FEV1/FVC ratio greater than or equal to 65%, or (B) asbestosis determined by pathology.

**Asbestosis:** Asbestosis diagnosed by a board certified pulmonologist or internist, and (A) an independently replicated chest x-ray reading by a certified B-reader of 1/0 on the ILO grade scale, or (B) blunting of either costophrenic angle and bilateral pleural plaque or bilateral pleural thickening of at least grade B2 or greater, or (C) bilateral pleural disease of grade B2 or greater and (i) total lung capacity less than 80% or (ii) forced vital capacity less than 80% and a FEV1/FVC ratio greater than or equal to 65%.

**Other Asbestos Disease:** Satisfaction of the criteria for (A) Mesothelioma, (B) Asbestos-Related Lung Cancer 1, (C) Asbestos-Related Lung Cancer 2, (D) Asbestos-Related Other Cancer, (E) Clinically Severe Asbestosis, or (F) Asbestosis, or a diagnosis of a bilateral asbestos-related nonmalignant disease or asbestos-related malignancy other than those in (A) through (F).

With respect to Part II (b), please provide the requested information for the diagnosing doctors during your first and, if applicable, second diagnoses.

**C.    PART III – Alternative Causes of Asbestos-Related Condition(s)**
In Part III(a), mark the box(es) next to the non-asbestos cause(s) of your asbestos-related conditions that the respective doctors identified during your first and/or second diagnosis. In Part III(b) please explain non-asbestos cause(s) that were identified by the respective doctors during each of your diagnosis.

**D.    PART IV – Exposure to Grace Asbestos**
Part IV (a) applies to persons who allege exposure due to asbestos in an occupational setting - i.e., at work. Part IV (b) applies to persons who allege exposure to asbestos as a result of living in Libby, Montana.

In Part IV (a) provide the requested information for the job and worksite at which the injured party was exposed to asbestos. Use the list of occupation and industry codes below to indicate the occupation in which the injured party was engaged and the industry in which the injured party worked at each worksite. Identify the job and worksite at which the injured party worked. If the injured party worked at more than one job and/or worksite where he/she claims exposure to asbestos, then please make a photocopy of Part IV(a) and supply the occupational code, industry code, and period of exposure for each applicable job/worksite combination.

## Occupation Codes

| | |
|---|---|
| 01. Air conditioning and heating installer/maintenance | 30. Heavy equipment operator (incl. Truck, forklift, and crane) |
| 02. Asbestos installer/insulator | 31. Insulator- non-asbestos |
| 03. Asbestos Miner | 32. Iron worker |
| 04. Asbestos plant worker/asbestos manufacturing worker | 33. Joiner |
| 05. Asbestos removal/abatement | 34. Laborer |
| 06. Asbestos sprayer/Spray gun mechanic | 35. Longshoreman/rigger/stevedore/seaman |
| 07. Assembly line/factory/plant worker | 36. Machinist/machine operator |
| 08. Auto mechanic/bodywork | 37. Millwright/mill worker |
| 09. Boilermaker | 38. Mixer/bagger |
| 10. Boiler repairman | 39. Non-asbestos miner |
| 11. Boiler worker/cleaner/inspector/engineer/installer | 40. Painter |
| 12. Building maintenance/building superintendent | 41. Pipefitter |
| 13. Brake manufacturer/installer/repairman | 42. Plasterer |
| 14. Brick mason/layer/hod carrier | 43. Plumber - install/repair |
| 15. Burner operator | 44. Power plant operator |
| 16. Carpenter/woodworker/cabinetmaker | 45. Professional (e.g., accountant, architect, physician) |
| 17. Chipper | 46. Railroad worker/carman/brakeman/machinist/conductor |
| 18. Clerical/office worker | 47. Refinery worker |
| 19. Construction - general | 48. Remover/installer of gaskets |
| 20. Custodian/janitor in office/residential building | 49. Rubber/tire worker |
| 21. Custodian/janitor in plant/manufacturing facility | 50. Sandblaster |
| 22. Electrician/inspector/worker | 51. Sheet metal worker/sheet metal mechanic |
| 23. Engineer | 52. Shipfitter/shipwright/ship builder |
| 24. Firefighter | 53. Shipyard worker (incl. repair, maintenance) |
| 25. Fireman | 54. Steamfitter |
| 26. Flooring installer/tile installer/tile mechanic | 55. Steelworker |
| 27. Foundry worker | 56. Warehouse worker |
| 28. Furnace worker/repairman/installer | 57. Welder/blacksmith |
| 29. Glass worker | 58. Other |

## Industry Codes

| | |
|---|---|
| 001. Asbestos abatement/removal | 108. Non-asbestos products manufacturing |
| 002. Aerospace/aviation | 109. Petrochemical |
| 100. Asbestos mining | 110. Railroad |
| 101. Automotive | 111. Shipyard-construction/repair |
| 102. Chemical | 112. Textile |
| 103. Construction trades | 113. Tire/rubber |
| 104. Iron/steel | 114. Utilities |
| 105. Longshore | 115. Grace asbestos manufacture or milling |
| 106. Maritime | 116. Non-Grace asbestos manufacture or milling |
| 107. Military | 117. Other |

Complete Part IV(b) if you allege that your asbestos-related condition is the result of being a resident of Libby, Montana for any consecutive twelve-month period prior to April 2, 2001. If applicable, then mark the box in Part IV (b) and list the applicable period(s) during which you were a resident of Libby, Montana for at least twelve consecutive months.

**G.     PART V --Litigation**

Part V relates to the asbestos-related lawsuit(s) that were filed on behalf of this injured party against (i) any of the Debtors or (ii) any other party. If the injured party has filed multiple lawsuits, please photocopy the relevant page and provided the applicable information for each such lawsuit.

**H.    PART VI -- Dependant or Related Party Claim**

Part VI is to be completed only by dependents or related parties (such as spouse or child) of an injured party who believes he/she has a current claim against Grace that does not involve physical injury to him-/herself on his/her own exposure. If a dependent or related party has a current claim against Grace for asbestos-related damages that does involve physical injury to him-/herself based on his/her own exposure to asbestos, then such dependent or related party is considered a separate "injured party" and he/she or the legal representative must fill out a separate Personal Injury Questionnaire. This section is to be used by only one dependant or related party. If you wish to submit more than one Dependant or Related Party Claim, please photocopy this page prior to filling it out and complete a separate page for each person making a claim. This Asbestos PI Questionnaire must be signed by the dependent or related party or the person filing the Claim on his/her behalf (such as the personal representative or his/her attorney or his/her attorney).

**E.    PART VII — Supporting Documentation**

You must attach medical records that relate to the diagnosis/es claimed and medical data provided in Part II. Part VII also asks you to mark the boxes next to each type of medical documents that you are submitting with this Asbestos PI Questionnaire.

With respect to any diagnoses of any of the conditions identified in Part II, you must include either (i) a statement by the physician providing the diagnosis that at least 10 years have elapsed between the date of first Grace Exposure and the diagnosis, or (ii) a history of the Claimant's Grace Exposure sufficient to establish a 10-year latency period. A finding by a physician that the injured party's disease is "consistent with" or "compatible with" asbestosis does not suffice as a qualified diagnosis. All diagnoses shall be based upon (i) a physical examination of the Claimant by the physician providing the diagnosis of the asbestos-related disease, and (ii) an independent, replicated X-ray reading by a certified B-reader; provided, however, that pathological evidence of the non-malignant asbestos-related disease in the case of a Claimant who was deceased at the time the Claim was filed shall suffice in lieu of (i) and (ii) above.

**F.    PART VIII: Election Concerning Treatment of Asbestos PI Claim**

If your claim relates to a **pre-petition lawsuit for which no judgment or enforceable settlement was reached before April 2,2001,** then you are required to complete Part VIII and make an election regarding whether you assert an Asbestos PI-SE Claim or an Asbestos PI-AO Claim (as defined in the Debtors' Plan of Reorganization, which has been sent to you with this Asbestos PI Questionnaire).

If you are required to complete Part VIII and you believe that your injury satisfies the requirements for asserting a valid Asbestos PI-SE Claim, then complete Part VIII (b), which asks you to choose between the following two, exclusive methods for resolving your Asbestos PI Claim: (i) Cash-Out Option, or (ii) Litigation Option (both of which are defined in the Plan of Reorganization and related documents). Pursuant to the Plan and related documents, the Cash-Out Option allows you to receive a cash settlement payment on account of your Asbestos PI-SE Claim. The amount of this payment would be determined pursuant to the settlement grid contained in the Asbestos PI-SE TDP. If you elect the Litigation Option, then you must pursue litigation against the Asbestos Trust pursuant to certain litigation protocols, which are defined in the Debtors' Case Management Order. **YOUR ELECTION IS BINDING AND NOT REVOCABLE, FOR ANY REASON.**

If you are required to complete Part VIII and you believe that your Asbestos PI Claim does not meet the requirements of an Asbestos PI-SE Claim, and, therefore, to the extent that it meets the requirements of an Allowed Claim, constitutes an Asbestos PI-AO Claim, then complete Part VIII (c), which asks you to choose between the following three, exclusive methods for resolving your asserted Asbestos PI-AO Claim: (i) Cash-Out Option, (ii) Litigation Option, or (iii) Registry Option (all of which are defined in the Debtors' Plan of Reorganization and related documents). Pursuant to the terms of the Plan and related documents, the Cash-Out Option allows you to receive a cash settlement payment on account of your Asbestos PI-AO Claim. The amount of this payment would be determined pursuant to the settlement grid contained in the Asbestos PI-AO TDP. If you elect the Litigation Option, then you must pursue litigation against the Asbestos Trust pursuant to certain litigation protocols, which are defined in the Case Management Order. Finally, if you elect the Registry Option, you thereby preserve your right to prosecute your Asbestos PI Claims in the event that your alleged asbestos-related injury becomes symptomatic in the future. **YOUR ELECTION IS BINDING AND NOT REVOCABLE, FOR ANY REASON.**

**G.    PART IX: Attestation, under Penalty of Perjury, that all of the Information in this Asbestos PI Questionnaire is True and Complete**

By signing Part IX, you are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Asbestos PI Questionnaire is true and accurate. You are further attesting and swearing that you have not omitted any requested information, the inclusion of which would have a material effect on any right to assert an Asbestos PI Claim against the Debtors' estates. **If you fail to complete Part IX, your Asbestos PI Questionnaire will be considered incomplete, and the Debtors will have the right to move the for Court for the permanent expungement and disallowance of your asserted Claim.**

## PART I:  INJURED PARTY INFORMATION

**a.   GENERAL INFORMATION**

**NAME OF INJURED PARTY:**

*Last Name*                                                      *First Name*                              *MI*

**GENDER:**          ☐ MALE          ☐ FEMALE

**SOCIAL SECURITY NUMBER:**          **BIRTH DATE:**

*Month     Day     Year*

**Mailing Address:**

*Street Address*

*City*                                                                                    *State*          *Zip Code*
                                                                                                 */Province  /Postal Code*
*Country (if not U.S.)*

**Day Time Telephone**

( ___ ) ___ - ___

*Area Code*

**b.   LEGAL COUNSEL'S NAME AND FIRM**

**NAME:**

*Last Name*                                                      *First Name*                              *MI*

**NAME OF FIRM WITH WHICH COUNSEL IS AFFILIATED:**

**Mailing Address of Firm:**

*Street Address*

*City*                                                                                    *State*          *Zip Code*
                                                                                                 */Province  /Postal Code*
*Country (if not U.S.)*

**Telephone Number of Firm or Counsel's Direct Telephone Number:**

( ___ ) ___ - ___

☐ Check this box if you would like the Debtors to send subsequent material relating to your claim(s) to your legal counsel, in lieu of sending such materials to you.

**c.** **CAUSE OF DEATH (IF APPLICABLE)**

1. **Is the injured party living or deceased?** **Check the appropriate box:** ☐ Living   ☐ Deceased

2. **If the injured party is deceased, then attach a copy of the death certification to this Asbestos PI Questionnaire and complete the following:**

**Date of and Location of Death:**

☐☐ - ☐☐ - ☐☐☐☐   ☐☐☐   ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Month  Day    Year    *State/Province*    *Country (or Country if not U.S.)*

**Primary Cause of Death (as stated in the Death Certificate)**

**Contributing Cause of Death (as stated in the Death Certificate)**

## PART II:  ASBESTOS-RELATED CONDITION(S)

### a.  DIAGNOSED CONDITION(S)

Mark the box next to all conditions with which the injured party has been diagnosed and provide all relevant information.  Also, attach medical records relating to the injured party's diagnosis for any condition checked below, as specified at Part VII.  See instructions for definitions of medical conditions.

1.      ☐ Mesothelioma:
        **Information Regarding Diagnosis:**
            Doctor's Name, Address and Telephone Number: _____
            _____
            _____
            **Date of Diagnosis:**
            ☐☐ - ☐☐☐☐
            *Month*      *Year*

2.      ☐ Asbestos-Related Lung Cancer 1:
        **Information Regarding Diagnosis:**
            Doctor's Name, Address and Telephone Number: _____
            _____
            **Date of Diagnosis:**
            ☐☐ - ☐☐☐☐
            *Month*      *Year*

        **Information Regarding ILO Reading**
            Name of ILO Reader: _____
            Was the Reader a certified B-reader?           ☐ Yes   ☐ No
            ILO Reading: ___/___
            Date of Reading:
            ☐☐ - ☐☐☐☐
            *Month*      *Year*

            Is there any financial relationship between the ILO reader and the injured party's legal counsel:
            Yes_____   No _____

            If yes, please explain:
            _____
            _____
            _____

        **Information Regarding Pathology Test:**
            Name of Doctor Performing Test: _____
            Date of Test:_____
            Findings:_____

        Please be sure to attach, as instructed in Part VII, supporting medical documentation that establishes asbestos exposure as a substantial contributing factor in causing the cancer.

3.      ☐ Asbestos-Related Lung Cancer 2:
        **Information Regarding Diagnosis:**
            Doctor's Name, Address and Telephone Number: _____
            _____
            **Date of Diagnosis:**
            ☐☐ - ☐☐☐☐
            *Month*      *Year*

**Information Regarding ILO Reading**
    Name of ILO Reader: _____
    Is the Reader a certified B-reader?  ☐ Yes  ☐ No
    ILO Reading: ___/___
    Date of Reading:

| | | | - | | | | |
|---|---|---|---|---|---|---|---|

    *Month*    *Year*

Is there any financial relationship between the ILO reader and the injured party's legal counsel:
Yes____  No _____

If yes, please explain:

_____
_____
_____

If relying upon blunting of either costophrenic angle and bilateral pleural plaque or bilateral pleural thickening (as described in the instructions), please explain: _____

_____
_____

Please be sure to attach, as instructed in Part VII, supporting medical documentation that establishes asbestos exposure as a substantial contributing factor in causing the cancer.

4.    ☐ <u>Asbestos-Related Other Cancer:</u>
    **Information Regarding Diagnosis:**
    Doctor's Name, Address and Telephone Number:_____

_____

    Date of Diagnosis:

| | | | - | | | | |
|---|---|---|---|---|---|---|---|

    *Month*    *Year*

Please mark the box(es) next to the applicable cancer(s):
    ☐ primary colorectal    ☐ primary pharyngeal    ☐ primary esophageal
    ☐ primary laryngeal    ☐ primary stomach cancer

**Information Regarding ILO Reading**
    Name of ILO Reader: _____
    ILO Reading: ___/___
    Is the Reader a certified B-reader?    ☐ Yes ☐ No
    Date of Reading:

| | | | - | | | | |
|---|---|---|---|---|---|---|---|

    *Month*    *Year*

Is there any financial relationship between the ILO reader and the injured party's legal counsel:
Yes____  No _____

If yes, please explain:

_____
_____
_____

Please be sure to attach, as instructed in Part VII, supporting medical documentation that establishes asbestos exposure as a substantial contributing factor in causing the cancer.

5.    ☐ <u>Clinically Severe Asbestosis:</u>
    **Information Regarding Diagnosis:**

Doctor's Name, Address and Telephone Number:_____

Date of Diagnosis: _____

**Information Regarding ILO Reading**
Name of ILO Reader: _____
Is the Reader a certified B-reader?   ☐ Yes   ☐ No
ILO Reading: ___/___
Date of Reading:

| | | | - | | | | | |
|---|---|---|---|---|---|---|---|---|
Month  Year

Is there any financial relationship between the ILO reader and the injured party's legal counsel:
Yes____   No _____

If yes, please explain:
_____
_____
_____
_____

**Information Regarding Pulmonary Function Test:**
Name of Doctor Performing Test: _____
Date of Test:_____
Total Lung Capacity (TLC): ____%
Forced Vital Capacity (FVC):____%
FEV1/FVC Ratio: _____%

**Information Regarding Pathology Test:**
Name of Doctor Performing Test: _____
Date of Test:_____
Findings:_____

6. ☐ Asbestosis:
**Information Regarding Diagnosis:**
Doctor's Name, Address and Telephone Number:_____

Date of Diagnosis: _____

**Information Regarding ILO Reading**
Name of ILO Reader: _____
Is the Reader a certified B-reader?   ☐ Yes   ☐ No
ILO Reading: ___/___
Date of Diagnosis:

| | | | - | | | | | |
|---|---|---|---|---|---|---|---|---|
Month  Year

Is there any financial relationship between the ILO reader and the injured party's legal counsel:
Yes____   No _____

If yes, please explain:
_____
_____
_____
_____

If relying upon blunting of either costophrenic angle and bilateral pleural plaque, bilateral pleural thickening, or
bilateral pleural thickening (as described in the instructions), please explain your condition here:
_____
_____
_____

**Information Regarding Pulmonary Function Test:**
    Name of Doctor Performing Test: _____
     Date of Test: _____
     Total Lung Capacity (TLC): ____%
     Forced Vital Capacity (FVC): ____%
     FEV1/FVC Ratio: _____%

7.    ☐ **Other Asbestos Disease:**
    **Information Regarding Diagnosis:**
     Doctor's Name, Address and Telephone Number:_____

     Date of Diagnosis: _____
     Description of Diagnosis: _____

**Information Regarding ILO Reading**
    Name of ILO Reader: _____
    Is the Reader a certified B-reader? ☐ Yes ☐ No
    ILO Reading: ___/___
    Date of Reading:

    | | | | - | | | | |
    *Month*     *Year*

    Is there any financial relationship between the ILO reader and the injured party's legal counsel?
    Yes_____ No _____

    If yes, please explain:
    _____
    _____
    _____

    If relying upon blunting of either costophrenic angle and bilateral pleural plaque, bilateral pleural thickening, or bilateral pleural thickening (as described in the instructions), please explain your condition here:
    _____
    _____
    _____

    **Information Regarding Pulmonary Function Test:**
     Name of Doctor Performing Test: _____
     Date of Test:_____
     Total Lung Capacity (TLC): ____%
     Forced Vital Capacity (FVC): ____%
     FEV1/FVC Ratio: _____%

**b.**  **DIAGNOSING DOCTORS**

1.    **First Diagnosis**

**Doctor's Name**

| | | | | | | | | | | | | | | | | | | | |    | | | | | | | | | | | | | | | | | |

*Last Name*                      *First Name*

**Specialty**

| | | | | | | | | | | | | | | | | | | | |    | | | | | | | | | | | | | | | | | |

**Diagnosis Given**

**Address**

Street Address

City

State /Province    Zip Code /Postal Code

Country (if not U.S.)

2.    **Second Diagnosis (if applicable)**

**Doctor's Name**

Last Name                                              First Name

**Specialty**

**Diagnosis Given**

**Address**

Street Address

City

State /Province    Zip Code /Postal Code

## PART III: ALTERNATIVE CAUSES OF ASBESTOS-RELATED CONDITION

**a.** **ALTERNATIVE, NON-ASBESTOS CAUSES OF INJURY**

For which condition(s), if any, has any doctor identified an alternative or non-asbestos cause?  (Mark All that apply.)

☐ Pleural Changes                                      ☐ Lung Cancer
☐ Bilateral Interstitial Lung Disease/Asbestosis       ☐ Malignant Mesothelioma
☐ Other Cancer                                          ☐ Other Asbestos-Related Injury

**Explain the non-asbestos cause(s) that were identified by the doctor during your first diagnosis (if applicable):**

**Explain the non-asbestos cause(s) that were identified by the doctor during your second diagnosis (if applicable):**

**b.** **SMOKING HISTORY**

**1.  Has the injured party ever used tobacco products (check one)**          ☐ Yes     ☐ No

**2.  *If yes, complete the chart below:***

☐ Cigarettes                    ☐ Cigars                          ☐ **Other Tobacco Products**
                                                                   Specify (e.g. chewing tobacco)

| Packs per Day | | | Cigars per Day | **Amt. Per Day** *(e.g. # of tins)* |
| Half Pack = .5 | | | | |

| From Year | To Year | From Year | To Year | From Year | To Year |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

To the extent that your tobacco usage varied, with respect to a particular tobacco product, during different periods, please photocopy this page and provide the relevant information for each applicable period.

## PART IV: EXPOSURE TO GRACE ASBESTOS

**a.**  **OCCUPATIONAL EXPOSURE**

*See instructions for information on how to complete this section.*
☞   If the injured party worked at more than one site or in more than one job category at a site where he/she claims exposure to asbestos, then photocopy this sheet and complete for each applicable site. Use one form for each site or job category.

**1. a.** Asbestos Exposure dates

**From**  ☐☐ - ☐☐☐☐   **To**  ☐☐ - ☐☐☐☐
*Month  Year*      *Month  Year*

**b.** Dates of Exposure to Grace Asbestos Products:

**From**  ☐☐ - ☐☐☐☐   **To**  ☐☐ - ☐☐☐☐
*Month  Year*      *Month  Year*

**2.**  Occupation and Industry:

Occupation  ☐☐   If Code 58, specify  [_____]

Industry  ☐☐☐   If Code 117, specify  [_____]

**3.**  Injured Party's Employer  ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**4.**  Exposure Site
Name of Site:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Site Owner:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Site Address:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
*Street Address*

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐   ☐☐☐☐☐
*City*                          *State*      *Zip Code*
                                */Province*   *Postal Code*
*Exposure Site Country (if not U.S.)*

**5.**  During the time of this exposure to Grace's asbestos products, was the injured person (check all that apply):

☐ A worker who personally installed Grace asbestos/asbestos-containing products

☐ A worker in a work space where Grace asbestos/asbestos-containing products were being installed by others

☐ A worker at the site, but not in the immediate work space where Grace asbestos/asbestos-containing products were being installed by others

☐ Other (specify below)

If Other, specify  [_____]

6.    List all asbestos-containing products to which the injured party claims exposure at a particular site.  Include type of product, product name, and  manufacturer.  In column (a) list all products and materials the injured party attributes to Grace at the site.  In column (b) describe the basis for the identification of the product as a Grace product.  In  column (c) list all non-Grace asbestos-containing products to which the injured party was occupationally exposed.

a.    Products Attributed to Grace        b.    Basis for Identification
                                                                         of Grace Product

c.    Products Attributed to Others

---

**b.    RESIDENT OF LIBBY, MONTANA**

☐  Check this box if you were a resident of Libby, Montana for at least twelve (12) consecutive months at any time during the period before April 2, 2001.  Also, please specify all periods before  April 2, 2001 during which you were a resident of Libby, Montana for at least twelve (12) consecutive months.

From: _____    Through: _____
From: _____    Through: _____
From: _____    Through: _____
From: _____    Through: _____

## PART V: LITIGATION

1. Give the two-letter code of the state/province where this suit was or is pending:

   *State/Province*

2. Has a judgment or verdict been entered?

   ☐ Yes    ☐ No

3. If Yes, verdict amount and defendant(s):

   $ _____
   *Verdict Amount*

   Defendant(s) _____

4. Was a settlement agreement reached in this lawsuit?

   ☐ Yes    ☐ No

5. If Yes, describe the terms of the settlement (including any payments) and the applicable defendants:

## PART VI: DEPENDENT OR RELATED PARTY CLAIM

**Dependent or Related Party Name**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Last Name*                                                    *First Name*                          *MI*

**Address:**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Street Address*

| | | | | | | | | | | | | | | | | | | | | | | |

*City*                                                                                    *State*        *Zip Code*
                                                                                      */Province /Postal Code*

| | | | | | | | | | | | | | | | | | | | | |

*Country (if not U.S.)*

**Social Security Number**

| | | | - | | | - | | | | |

**Financially Dependent:**  ☐ Yes  ☐ No

**Date of Birth**

| | | - | | | - | | | | |
*Month*   *Day*   *Year*

**Relationship to Injured Party:** ☐ Spouse ☐ Child ☐ Other   If other, please specify | | | | | | | | | |

## PART VII: SUPPORTING DOCUMENTATION

You must attach medical records, including any x-rays and CT scans taken during the past two years only, relating to the diagnosis/es claimed and medical data provided in Part III.  Please use the checklist below and indicate which medical documents you are submitting with this form.

☐ Medical records and/or report containing a statement of diagnosis for conditions claimed

☐ Lung function test results/interpretations

☐ Pathology reports if such reports relate to any diagnosis claimed

☐ Statement by physician providing diagnosis that at least 10 years have elapsed between date of first Grace exposure and the diagnosis (if applicable)

☐ X-rays and reports/interpretations (taken during past two years only

☐ CT scans and any reports/interpretations (taken during the past two years, only)

☐ Supporting medical documentation establishing asbestos exposure as a substantial contributing factor in causing the cancer (if applicable)

Pg. 17

## PART VIII: ELECTION CONCERNING TREATMENT OF ASBESTOS PI CLAIM

### a. PURPOSE OF PART VI AND THE IMPORTANCE AND EFFECT OF YOUR ELECTION

If your claim relates to a **pre-petition lawsuit for which no judgment or enforceable settlement was reached before April 2, 2001,** then you are required to complete this Part VIII and make an election regarding whether you assert an Asbestos PI-SE Claim or an Asbestos PI-AO Claim (as defined in the Debtors' Plan of Reorganization, which has been sent to you with this Asbestos PI Questionnaire).

If you are required to complete this Part VIII, and you believe that your injury satisfies the requirements for asserting a valid Asbestos PI-SE Claim, then complete Part VIII (b), which asks you to choose between the following two, exclusive methods for resolving your Asbestos PI Claim: (i) Cash-Out Option, or (ii) Litigation Option (both of which are defined in the Plan of Reorganization and related documents). Pursuant to the Plan and related documents, the Cash-Out Option allows you to receive a cash settlement payment on account of your Asbestos PI-SE Claim. The amount of this payment would be determined pursuant to the settlement grid contained in the Asbestos PI-SE TDP. If you elect the Litigation Option, then you must pursue litigation against the Asbestos Trust pursuant to certain litigation protocols, which are defined in the Debtors' Case Management Order. **YOUR ELECTION IS BINDING AND NOT REVOCABLE, FOR ANY REASON.**

If you are required to complete this Part VIII, and you believe that your Asbestos PI Claim does not meet the requirements of an Asbestos PI-SE Claim, and, therefore, to the extent that it meets the requirements of an Allowed Claim, constitutes an Asbestos PI-AO Claim, then complete Part VIII (c), which asks you to choose between the following three, exclusive methods for resolving your asserted Asbestos PI-AO Claim: (i) Cash-Out Option, (ii) Litigation Option, or (iii) Registry Option (all of which are defined in the Debtors' Plan of Reorganization and related documents). Pursuant to the terms of the Plan and related documents, the Cash-Out Option allows you to receive a cash settlement payment on account of your Asbestos PI-AO Claim. The amount of this payment would be determined pursuant to the settlement grid contained in the Asbestos PI-AO TDP. If you elect the Litigation Option, then you must pursue litigation against the Asbestos Trust pursuant to certain litigation protocols, which are defined in the Case Management Order. Finally, if you elect the Registry Option, you thereby preserve your right to prosecute your Asbestos PI Claims in the event that your alleged asbestos-related injury becomes symptomatic in the future. **YOUR ELECTION IS BINDING AND NOT REVOCABLE, FOR ANY REASON.**

### b. ASBESTOS PI-SE CLAIM

If you believe that your injury satisfies the requirements for asserting an Allowed Asbestos PI-SE Claim, then elect from the following choices for the treatment of your Claim. <u>Your election may not be revoked or changed, for any reason.</u> Your election is not determinative, however, and the Debtors reserve the right to contest the allowability of the Claim. Further, to the extent the Debtors believe that your Claim does not meet the requirements of an Asbestos PI-SE Claim, the Debtors reserve the right to seek reclassification of your Claim to an Asbestos PI-AO Claim.

    ☐ **Cash-Out Option**

    ☐ **Litigation Option**

### c. ASBESTOS PI-AO CLAIM

If you believe that your injury satisfies the requirements for Asserting an Allowed Asbestos PI-AO Claim, then elect from the following choices for the treatment of your Claim. <u>Your election may not be revoked or changed, for any reason.</u> Your election is not determinative, however, and the Debtors reserve the right to contest the allowability of the Claim.

    ☐ **Cash-Out Option**

    ☐ **Litigation Option**

    ☐ **Registry Option**

## PART IX: ATTESTATION , UNDER PENALTY OF PERJURY, THAT INFORMATION IS TRUE AND COMPLETE

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the information contained in this Asbestos PI Questionnaire is true and accurate.  I further swear that I have not omitted any requested information, the inclusion of which, would have a material effect on my right to claim an Asbestos PI Claim against the Debtors' estates.

Signature: _____ Date:_____

Please Print Name: _____

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | W. R. GRACE & CO. ASBESTOS PI PROOF OF CLAIM FORM |
|---|---|

| Name of Debtor:  In re W.R. Grace & Co., et al. | 01-01139 (JKF) | |
|---|---|---|

NOTE: Use this form **only** if you have an Asbestos PI Pre-petition Litigation Claim (capitalized terms are defined in the General Instructions).  This form should not be used to file a claim for a non-asbestos Claim, an asbestos property damage claim, a Zonolite Attic Insulation Claim, an asbestos medical monitoring Claim, or any other claim.

| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): | ___ Check if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>___ Check if you have never received any notices from the bankruptcy court in this case. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and address where notices should be sent: | ___ Check if the address differs from the address on the envelope sent to you by the court.<br>___ Check here if this claim amends or replaces a previously filed claim, dated _____ | |

If primary party is deceased, indicate date, place and cause of death:

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:

1.  Provide the following information with respect to the pre-petition lawsuit for which your Asbestos PI Pre-petition Litigation Claim relates:

    a.  Title of Case: _____
    b.  Court Where Complaint was Filed_____
    c.  Court Where Case was Pending on April 2, 2001: _____

    d.  Case Number: _____
    e.  Date Complaint was Filed: _____
    f.  Name of Your Legal Counsel: _____
    g.  Address of Your Legal Counsel: _____

| 2. If you have a court judgment or settlement, date obtained and amount of court judgment or settlement:<br><br>  Date of settlement or judgment _____<br>  Amount of settlement or judgment: _____ | 3.  Date or period that the alleged injury was incurred: |
|---|---|

4.  **Total amount of claim on the Petition Date: $** _____

5.  **Total amount of claim being asserted: $** _____
  ___ Check here if claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges.

6.  **Classification of Claim:**  Under the Bankruptcy Code all claims are classified as one or more of the following:  (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured.  It is possible for part of a claim to be in one category and part in another.  CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim.

| ☐   **SECURED CLAIM** (check here if your claim is secured by collateral, including a right of setoff.)<br><br>  Brief Description of Collateral:<br><br>  Real Estate   ___ Other (Describe Briefly)<br><br>  Attach evidence of perfection of security interest<br><br>☐   **UNSECURED PRIORITY CLAIM**<br>  Specify Applicable Paragraph of 11 U.S.C. 507(a): | ☐   **UNSECURED NONPRIORITY CLAIM**<br><br>A claim in unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim |
|---|---|

| 7.  **Credits:**  The amount of all payments on this claim must be credited and deducted for the purpose of making this proof of claim. | This Space is for Court Use Only |
|---|---|
| 8.  **Acknowledgement:**  Upon receipt and processing of the Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number.  If you want a file stamped copy of the Proof of Claim itself, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |
| Date      Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

## GENERAL INSTRUCTIONS FOR COMPLETING THE W. R. GRACE & CO.
## ASBESTOS PI PRE-PETITION LITIGATION PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to these general rules.*

**THE ASBESTOS PI PRE-PETITION LITIGATION BAR DATE, AS DEFINED HEREIN, APPLIES ONLY TO ASBESTOS PI PRE-PETITION LITIGATION CLAIMS , AS DEFINED BELOW.**

### – GENERAL DEFINITIONS –

*"Asbestos PI Pre-petition Litigation Bar Date"* is the final date by which any person or entity holding an Asbestos PI Pre-petition Litigation Claim against any of the Debtors must file an Asbestos PI Pre-petition Litigation Proof of Claim in order to receive any distribution in the W. R. Grace & Co. chapter 11 cases. The Asbestos PI Pre-petition Litigation Bar Date was established pursuant to an order entered in the W.R. Grace & Co. chapter 11 cases, dated _____, 2005 by the Bankruptcy Court for District of Delaware.

*"Claim"* has the meaning given in 11 U.S.C. §101(5), which states that a claim means any: "(A) right to payment [from any of the Debtors], whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (B) right to an equitable remedy [from any of the Debtors] for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured."

*"Petition Date"* is April 2, 2001, the date on which the W. R. Grace & Co. chapter 11 cases were filed.

*"Pre-petition Lawsuit"* is any lawsuit that was filed against any of the Debtors before the Petition Date.

### – THE DEBTORS –

The Asbestos PI Pre-petition Litigation Bar Date shall apply to any Asbestos PI Pre-petition Litigation Claims against any of the following entities (or any combination of the following entities), which are collectively referred to herein as *the "Debtors"*:

W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company, (herein collectively referred to as the "Debtors" or "Grace").

### – SPECIFIC DEFINITIONS –

The Debtors have created this Asbestos PI Proof of Claim Form for Asbestos PI Pre-petition Litigation Claims, which are defined as follows:

An *"Asbestos PI Pre-petition Litigation Claim"* is any Asbestos PI Claim that is based upon either (i) a Pre-petition Lawsuit for which no judgment or enforceable settlement was reached before the Petition Date , or (ii) to the extent that a final judgment was rendered or an enforceable settlement was reached before the Petition Date, and the settlement or judgment, as applicable, places any obligation(s) upon any of the Debtor(s), such Debtor(s) have not satisfied its obligations pursuant to the judgment or settlement.

An *"Asbestos PI Claim"* is any Claim against any of the Debtors for personal injuries or damages that relates to: (A) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (B) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their respective past or present affiliates), whether in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors, including all Claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional, or otherwise), wrongful death, survivorship, proximate, consequential, general and special damages and punitive damages.

**The Asbestos PI Pre-petition Litigation Bar Date only applies to Asbestos PI Pre-petition Litigation Claims .**

**– THE ASBESTOS PI PRE-PETITION LITIGATION BAR DATE DOES NOT APPLY TO THE FOLLOWING –**

**The Asbestos PI Pre-petition Litigation Bar Date does not apply to: asbestos property damage Claims, Zonolite attic insulation Claims, asbestos medical monitoring Claims, non-asbestos Claims, workers compensation Claims, or any other Claims that do not satisfy the definition of an Asbestos PI Pre-petition Litigation Claim.**

**THE ASBESTOS PI PRE-PETITION LITIGATION BAR DATE FOR FILING AN ASBESTOS PI PROOF OF CLAIM IS _____, 2005 AT 5:00 P.M. EASTERN TIME.**

**BE SURE TO DATE THE ASBESTOS PI PROOF OF CLAIM AND PLACE AN ORIGINAL SIGNATURE OF THE CLAIMANT, OR PERSON MAKING CLAIM ON BEHALF OF THE INJURED PARTY, WHERE INDICATED AT THE BOTTOM OF THE CLAIM FORM. PLEASE TYPE OR PRINT NAME OF INDIVIDUAL UNDER THE SIGNATURE. BE SURE ALL ITEMS ARE ANSWERED ON THE CLAIM FORM. IF NOT APPLICABLE, INSERT "NOT APPLICABLE." FAILURE TO DO SO MAY RESULT IN YOUR ASBESTOS PI PRE-PETITION LITIGATION CLAIM BEING FOREVER DISALLOWED AND EXPUNGED AS AGAINST THE DEBTORS, THEIR SUCCESSORS, AND CERTAIN RELATED PARTIES.**

**RETURN CLAIM FORMS TO THE DEBTORS' CLAIMS PROCESSING AGENT AT THE FOLLOWING ADDRESS:**

If by mail, to:

> Rust Consulting, Inc.
> Claims Processing Agent
> Re:  W.R. Grace & Co. Bankruptcy
> P.O. Box 1620
> Faribault, MN  55021

If by hand delivery, to:

> Rust Consulting, Inc.
> Claims Processing Agent
> Re:  W.R. Grace & Co. Bankruptcy
> 201 S. Lyndale Ave.
> Faribault, MN  55021

**SO THAT IT IS RECEIVED BY THE DEBTORS' CLAIMS PROCESSING AGENT ON, OR BEFORE _____, 2005 AT 5:00 P.M. EASTERN TIME.**

2

All parties seeking to assert an Asbestos PI Pre-petition Litigation Claim against any of the Debtors must properly submit both (i) an Asbestos PI Proof of Claim and (ii) an Asbestos PI Questionnaire. The Asbestos PI Questionnaire will be sent by the Debtors under separate cover, along with a separate notice, a copy of the Debtors' Plan of Reorganization and related materials.

# W.R. GRACE & CO.
# ASBESTOS PROPERTY DAMAGE
# PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re:W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JJF)*
*(Jointly Administered)*

## SUBMIT COMPLETED CLAIMS TO: [address]

For a complete list of the Debtors in this case, please see "The Debtors" section of the
*General Instructions for Completing Proof of Claim Forms"*.  The Debtors in this case are
collectively referred to in this document as "Grace".

If you have a current claim against Grace for property damage resulting from asbestos from
Grace *(other than Zonolite Attic Insulation)*, THIS ASBESTOS PROPERTY DAMAGE PROOF
OF CLAIM FORM MUST BE RECEIVED ON OR BEFORE 5:00 P.M. EASTERN TIME ON [BAR
DATE], or you will be forever barred from asserting or receiving payment for your claim.

## INSTRUCTIONS FOR FILING THE W.R. GRACE & CO.
## ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

### WHO SHOULD USE THIS ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

1. This Asbestos Property Damage Proof of Claim Form (referred to in this document as the "Form") applies only to <u>current</u> claims made against Grace by or on behalf of parties who are alleging property damage with respect to the presence of asbestos in real property owned by the party (such person is referred to in this document as the "claiming party") from a Grace asbestos-containing product or as a result of one of Grace's vermiculite mining, milling, or processing facilities (other than for Zonolite attic insulation, for which a separate Zonolite Attic Insulation Claim Form should be submitted).

2. This form should not be used for claims for an Asbestos Personal Injury Claim, Zonolite Attic Insulation Claim, Settled Asbestos Claim, or a Non-Asbestos Claim. Instead, separate specialized proof of claim forms for these claims should be completed.

3. If you are alleging current claims against Grace with respect to the presence of asbestos in more than one (1) real property, the claiming party should complete an Asbestos Property Damage Proof of Claim Form for <u>each</u> property. You may photocopy this Form (before writing on it) if additional Forms are needed.

### GENERAL INSTRUCTIONS

1. This form must be signed by the claimant or authorized agent of the claimant. THIS FORM MUST BE RECEIVED ON OR BEFORE 5:00 PM EASTERN TIME ON [Bar Date], or you forever will be precluded from asserting your claim(s) against or receiving payment from Grace. Return your completed form to the Grace Claims Processing Center, P.O. Box XXXX, Anytown XX 12345-1234.
If you are returning this form by mail, allow sufficient time so that this form is received on or before [Bar Date]. Forms that are postmarked before [Bar Date] but received after [Bar Date] will not be accepted. Only original forms will be accepted for filing. Forms transmitted by facsimile will not be accepted for filing.

2. If you cannot fit all information in any particular section or page, please make a copy of that page before filling it out and attach as many additional pages as needed.

3. This form must be filled out completely using BLACK or BLUE ink.

   • Please print clearly using capital letters only.          • Do not use a felt tip pen.
   • Skip a box between words.                                   • Do not bend or fold the pages of the form.
   • Do not write outside of the boxes or blocks.

4. Because this form will be read by a machine, please print characters using the examples below. For optimum accuracy, please print in capital letters and avoid contact with the edge of the character boxes.

5. Mark check boxes with an "X" (example at right).          ☒

6. Be <u>accurate</u> and <u>truthful</u>. A Proof of Claim Form is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §§ 152 & 3571.

7. Make a copy of your completed Form to keep for your records. <u>Send</u> only <u>original</u> Forms to the Claims Agent at the following address: _____.

8. You will receive written notification of the proof of claim number assigned to this claim once it has been processed.

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

First                          Middle                          Last                          Jr/Sr/III

**SOCIAL SECURITY NUMBER:**

Other names by which claiming party has been known (such as maiden name or married name):

First                          MI    Last

First                          MI    Last

**GENDER:**   ☐ MALE   ☐ FEMALE

**BIRTH DATE:**

Month   Day   Year

**Mailing Address:**

Street Address

City                                                    State          Zip Code
                                                        (Province)    (Postal Code)

Country

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

**Name of Attorney:** ___

First                          MI    Last

**Mailing Address:**

Street Address

City                                                    State          Zip Code
                                                        (Province)    (Postal Code)

**Telephone:**

(       )        -
Area Code

927611                          **SERIAL #**

## PART 3:  PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address

City                                                                State        Zip Code
                                                                   (Province)   (Postal Code)
Country

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes        ☐ No        ■

3. Do you currently own the property listed in Question 1, above?

   ☐ Yes        ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - ☐☐☐
                                          Month  Day   Year

5. What is the property used for (check all that apply)

   ☐ Owner occupied residence

   ☐ Residential rental

   ☐ Commercial

   ☐ Industrial    Specify: [                                    ]

   ☐ Other        Specify: [                                    ]

6. How many floors does the property have?    ☐☐☐

7. What is the square footage of the property?    ☐☐☐☐☐☐☐    ■

8. When was the property built?    ☐☐☐

9. What is the structural support of the property?

   ☐ Wood frame

   ☐ Structural concrete

   ☐ Brick

   ☐ Steel beam/girder

   ☐ Other    Specify: [                                    ]

10. Have any interior renovations been completed in the property?

    ☐ Yes        ☐ No

■    927612                          SERIAL #    ■

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

11. If yes, please specify the dates and descriptions of such renovations.

⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚   Description [                                        ]
*Month  Day    Year*

⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚   Description [                                        ]
*Month  Day    Year*

⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚   Description [                                        ]
*Month  Day    Year*

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☐ Category 1:   Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:   Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- **If you checked Category 1 in question 10, complete section C.**
- **If you checked Category 2 in question 10, complete section D.**

**C.** **Category 1 Claim: Allegation With Respect To Asbestos From a Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☐ Other        Specify: [                                        ]

14. When was the product installed in the property?   ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚
*Month  Day    Year*

15. What was the name of the architect or architectural firm who designed the property?

[                                                                        ]

16. What was the name of the general contractor in charge of the construction of the property?

[                                                                        ]

17. What was the name of the general engineer or engineering firm in charge of the construction of the property?

[                                                                        ]

18. What was the name of the company or entity that installed the product?

[                                                                        ]

927613                              **SERIAL #**

19. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes   ☐ No   **If Yes, Attach All Such Documentation.**

20. When did you first know of the presence in the property of the Grace product for which you are making this claim?

☐☐ - ☐☐ - ☐☐☐☐
*Month  Day    Year*

**Attach All Documents Relating Or Referring To The Presence Of Asbestos In The Property.**

21. How did you first learn of the presence in the property of the Grace product for which you are making this claim?

22. When did you first learn that the Grace product for which you are making this claim contained asbestos?

☐☐ - ☐☐ - ☐☐☐☐
*Month  Day    Year*

23. How did you first learn that the Grace product for which you are making this claim contained asbestos?

24. Has there ever been an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☐ Yes   ☐ No   **If Yes, Attach All Documents Relating Or Referring To Such Efforts.**

25. If yes, please specify the dates and description of such efforts.

☐☐ - ☐☐ - ☐☐☐☐   Description [_____]
*Month  Day    Year*

☐☐ - ☐☐ - ☐☐☐☐   Description [_____]
*Month  Day    Year*

☐☐ - ☐☐ - ☐☐☐☐   Description [_____]
*Month  Day    Year*

26. Has there ever been any testing or sampling for the presence of asbestos or other particulates in the property?

☐ Yes   ☐ No   **If Yes, Attach All Documents Related To Any Testing Of The Property.**

927614   **SERIAL #**

27. If yes, when and by whom and the type of testing and/or
    sampling (e.g., air, bulk and dust sampling)?

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual [                    ]
    *Month  Day   Year*             Type of testing: [                    ]

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual [                    ]
    *Month  Day   Year*             Type of testing: [                    ]

    ☐☐ - ☐☐ - ☐☐☐☐   Company/Individual [                    ]
    *Month  Day   Year*             Type of testing: [                    ]

28. Has the Grace product for which you are making this claim ever been modified and/or disturbed?

    ☐ Yes    ☐ No

29. If yes, specify when and in what manner the Grace product was modified and/or disturbed?

    ☐☐ - ☐☐ - ☐☐☐☐   Description [                    ]
    *Month  Day   Year*

    ☐☐ - ☐☐ - ☐☐☐☐   Description [                    ]
    *Month  Day   Year*

    ☐☐ - ☐☐ - ☐☐☐☐   Description [                    ]
    *Month  Day   Year*

## D. Category 2 Claim: Allegation With Respect To One of Grace's Vermiculite Mining, Milling Or Processing Operations

30. What is the business address or location of the Grace operation which has led to your claim?

    [☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐]
    *Business Name*

    [☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐]
    *Street Address*

    [☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐]        [☐☐]      [☐☐☐☐☐]
    *City*                                    *State*    *Zip Code*
                                          *(Province)* *(Postal Code)*

    [☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐]
    *Country*

31. Does (or did) anyone living in the household work for the Grace operation against which you are making a claim?

    ☐ Yes    ☐ No

927615                          SERIAL #

**32. If yes, specify the following for each such individual:**

_Name of Individual Working at Grace Operation_

[ ] - [ ] - [ ]
Month   Day   Year
_Date of Birth_

_Occupation(s) of Individual_

[ ] - [ ] - [ ]   [ ] - [ ] - [ ]
Month   Day   Year   Month   Day   Year
_Dates Worked at Operation (From-To)_

_Name of Individual Working at Grace Operation_

[ ] - [ ] - [ ]
Month   Day   Year
_Date of Birth_

_Occupation(s) of Individual_

[ ] - [ ] - [ ]   [ ] - [ ] - [ ]
Month   Day   Year   Month   Day   Year
_Dates Worked at Operation (From-To)_

_Name of Individual Working at Grace Operation_

[ ] - [ ] - [ ]
Month   Day   Year
_Date of Birth_

_Occupation(s) of Individual_

[ ] - [ ] - [ ]   [ ] - [ ] - [ ]
Month   Day   Year   Month   Day   Year
_Dates Worked at Operation (From-To)_

_Name of Individual Working at Grace Operation_

[ ] - [ ] - [ ]
Month   Day   Year
_Date of Birth_

_Occupation(s) of Individual_

[ ] - [ ] - [ ]   [ ] - [ ] - [ ]
Month   Day   Year   Month   Day   Year
_Dates Worked at Operation (From-To)_

**33. When did you first know of the presence of asbestos on your property?**  [ ] - [ ] - [ ]
Month   Day   Year

**34. How did you first learn of the presence of asbestos on your property?**

> **Attach All Documents Relating Or Referring To The Presence Of Asbestos On The Property.**

**35. Has there ever been an effort to remove, contain and/or abate the asbestos on your property?**

☐ Yes     ☐ No     **If Yes, Attach All Documents Relating Or Referring To Such Efforts.**

**36. If yes, please specify the dates and description of such efforts.**

[ ] - [ ] - [ ]   Description [ ]
Month   Day   Year

[ ] - [ ] - [ ]   Description [ ]
Month   Day   Year

[ ] - [ ] - [ ]   Description [ ]
Month   Day   Year

927616                    **SERIAL #**

37. Has there ever been any other testing or sampling for the presence of asbestos on your property?

☐ Yes    ☐ No    | **If Yes, Attach All Documents Relating Or Referring To Such Testing.** |

38. If yes, when and by whom and the type of testing/sampling conducted on your property?

| ☐☐ - ☐☐ - ☐☐☐☐ | Company/Individual |
| Month  Day  Year | Type of testing: |

| ☐☐ - ☐☐ - ☐☐☐☐ | Company/Individual |
| Month  Day  Year | Type of testing: |

| ☐☐ - ☐☐ - ☐☐☐☐ | Company/Individual |
| Month  Day  Year | Type of testing: |

39. Were you aware of the presence of asbestos when you purchased your property?

☐ Yes    ☐ No

40. If you have sold the property, were you aware of the presence of asbestos when you sold your property?

☐ Yes    ☐ No    ☐ Not Applicable, have not sold the property

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has the claiming party or his or her representative contacted a lawyer about a possible asbestos-related property damage lawsuit or claim?

☐ Yes    ☐ No

If "yes," when did the claiming party or his or her representative first contact a lawyer about a possible property damage lawsuit or claim?

☐☐ - ☐☐☐☐
Month  Year

2. Has any asbestos-related property damage lawsuit or claim been filed on behalf of this claiming party?

☐ No

☐ Yes – lawsuit

☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party, complete Section B.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party, complete Section C.*

## B. LAWSUITS

1. If more than one suit has been filed, photocopy this page and complete one set of questions for each lawsuit. The claimant must attach a court-dated copy of the face page of the complaint filed. *(Failure to do so may result in the claiming party's claim being forever barred.)*

   | Attach Copy of Complaint | ■

   a. Court where suit **originally filed:** [ ] Docket No.: [ ]
      *County/State*

   b. Date filed: [ ] - [ ] - [ ]
      *Month  Day   Year*

   c. If case has been removed to another jurisdiction, identify jurisdiction and case number:

      [                                                                 ] [ ]
      *Code Number*

   d. Has a judgment or verdict been entered in the claiming party's lawsuit?

      ☐ Yes     ☐ No     ■

      If "yes," please state for each defendant:

      (1) Name of defendant against whom the verdict was entered: [                    ]

          Verdict amount: $ [ ]   Date of verdict: [ ] - [ ] - [ ]
                                                   *Month  Day   Year*

      (2) Name of defendant against whom the verdict was entered: [                    ]

          Verdict amount: $ [ ]   Date of verdict: [ ] - [ ] - [ ]
                                                   *Month  Day   Year*

## C. NON-LAWSUIT CLAIMS

If the claiming party has made a claim (including administrative claims) against anyone that was not filed with a court of law, please provide the following information:

1. Has this claiming party submitted a claim against Grace outside of a court of law?

   ☐ Yes     ☐ No

   a. Date submitted: [ ] - [ ] - [ ]   ■
      *Month  Day   Year*

   b. Result:

      ☐ Paid by Grace and released/settled?   Settlement Amount – Received: $ [ ]

      Date Received: [ ] - [ ] - [ ]
                     *Month  Day   Year*

      ☐ Rejected

      ☐ Pending

      ☐ Pending and agreed to be settled, but not yet paid.

      If so, Settlement Amount Agreed To: $ [ ]

      | **Attach All Documents Supporting Your Claim That Grace Agreed To This Settlement** |

927618                                          **SERIAL #**     ■

2. All other parties, trusts, or claims facilities against whom a claim was made:

| | | | |
|---|---|---|---|
| [ ] | Month | Day | Year |

| | | | |
|---|---|---|---|
| [ ] | Month | Day | Year |

| | | | |
|---|---|---|---|
| [ ] | Month | Day | Year |

3. Name of claimant's attorney:

First     MI  Last

## D. SETTLEMENTS

1. Has the claiming party entered into any property damage settlements, whether in connection with a lawsuit or in settlement of a claim filed outside a court of law?

☐ Yes  ☐ No

If "yes," please complete the settlement information below (other than any settlements with Grace already identified above):

Settling Party      Settlement Amount – Agreed To Settlement Amount – Received

$        $

Date Received     Name of Settling Attorney

Month Day Year

Settling Party      Settlement Amount – Agreed To Settlement Amount – Received

$        $

Date Received     Name of Settling Attorney

Month Day Year

Settling Party      Settlement Amount – Agreed To Settlement Amount – Received

$        $

Date Received     Name of Settling Attorney

Month Day Year

Settling Party      Settlement Amount – Agreed To Settlement Amount – Received

$        $

Date Received     Name of Settling Attorney

Month Day Year

927619         **SERIAL #**

## PART 5:  SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim.  I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form  to disclose any and all records to Grace  or to Grace's representative.

I hereby authorize the release of my Social Security number for use in comparing information provided separately to other asbestos trusts or claims facilities to verify the completeness and accuracy of the information contained in this Form.

---

SIGNATURE OF CLAIMANT

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152,3571.

9276110

SERIAL #