# Exhibit B

Comparison Chart

# Exhibit B

# Comparison Chart

| Comparison of Proposed Grace PI Form To Individualized Review Forms Used By Major Settlement Trusts | | | | |
|---|---|---|---|---|
| **PROPOSED GRACE PI FORM** | **CELOTEX** (IR Form) | **EAGLE-PICHER** (IR Form) | **MANVILLE** | **UNR** (Option 2 Form) |
| Length: 10 pages | 11 pages | 13 pages | 21 pages | 3 pages +4 pages re required med. docs. |
| Identification of Claimant and Counsel | Yes | Yes | Yes | Yes |
| Cause of Death | Yes | Yes | Yes | No |
| Diagnosed Asbestos-Related Injuries, Including Date of First Diagnosis & Diagnosing Doctors | Yes | Yes | Yes | Yes |
| PFT Test Raesults | Yes, for disabling disease | Yes, if relied upon in diagnosis | Yes, for disabling disease | Yes, to realize full value |
| ILO Ratings | No | Yes, if relied upon in diagnosis | Yes, for disabling disease | Yes, usually required |
| Smoking History | Yes | Yes | Yes | Yes |
| Recent Diagnostic Reports and Test Records | Yes | Yes | Yes | Yes |
| Period of Asbestos Exposure | Yes | Yes | Yes | Yes |
| Occupational Exposure To Grace Products:<br>- Sites<br>- Occupation Description. or Code<br>- Industry Description or Code<br>- Proximity to Asbestos Product<br>- Product Identification | Yes<br>Yes<br>Yes<br>Yes<br>Yes | Yes<br>Yes<br>Yes<br>Yes<br>Yes | Yes<br>Yes<br>Yes<br>Yes<br>Yes | Yes<br>Yes<br>Yes<br>Nature of Exposure<br>Yes |
| Prior Lawsuits or Settlements | Yes | Yes | Yes | Yes |
| Dependant or Related Party Claims | Yes | Yes | Yes | Yes |
| Signature by Claimant or Agent | Yes | Yes | Yes | Yes |