# Exhibit A

Proposed Order

[To be Filed Later]