# Exhibit C

Asbestos PI Proof of Claim Form

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | | W. R. GRACE & CO. ASBESTOS PI PROOF OF CLAIM FORM |
|---|---|---|
| Name of Debtor: In re W.R. Grace & Co., et al. | 01-01139 (JKF) | |
| NOTE: Use this form **only** if you have an Asbestos PI Pre-petition Litigation Claim (capitalized terms are defined in the General Instructions). This form should not be used to file a claim for a non-asbestos Claim, an asbestos property damage Claim, a Zonolite Attic Insulation Claim, an asbestos medical monitoring Claim, or any other claim. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): | ,,Check if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>,,Check if you have never received any notices from the bankruptcy court in this case. | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: | ,,Check if the address differs from the address on the envelope sent to you by the court.<br>,,Check here if this claim amends or replaces a previously filed claim, dated _____ | |

If primary party is deceased, indicate date, place and cause of death:

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:

1. Provide the following information with respect to the pre-petition lawsuit for which your Asbestos PI Pre-petition Litigation Claim relates:

    a. Title of Case: _____
    b. Court Where Complaint was Filed _____
    c. Court Where Case was Pending on April 2, 2001: _____

    d. Case Number: _____
    e. Date Complaint was Filed: _____
    f. Name of Your Legal Counsel: _____
    g. Address of Your Legal Counsel: _____
    _____

| 2. If you have a court judgment or settlement, date obtained and amount of court judgment or settlement:<br><br>Date of settlement or judgment _____<br>Amount of settlement or judgment: _____ | 3. Date or period that the alleged injury was incurred: |
|---|---|

4. Total amount of claim on the Petition Date:
$_____

5. Total amount of claim being asserted: $_____
,,Check here if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Classification of Claim: Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim.

| ☐ SECURED CLAIM (check here if your claim is secured by collateral, including a right of setoff.)<br><br>Brief Description of Collateral:<br><br>Real Estate ___ Other (Describe Briefly)<br>_____<br><br>Attach evidence of perfection of security interest<br><br>☐ UNSECURED PRIORITY CLAIM<br>Specify Applicable Paragraph of 11 U.S.C. 507(a): _____ | ☐ UNSECURED NONPRIORITY CLAIM<br><br>A claim in unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim |
|---|---|

7. Credits: The amount of all payments on this claim must be credited and deducted for the purpose of making this proof of claim.

8. Acknowledgement: Upon receipt and processing of the Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim itself, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |
|---|---|---|

This Space is for Court Use Only (appears next to item 7)