# Exhibit E

Asbestos PI Questionnaire

# W. R. Grace & Co. Asbestos PI Questionnaire

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)*
*(Jointly Administered)*

The Debtors consist of the following entities:

W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**SUBMIT COMPLETED ASBESTOS PI QUESTIONNAIRE TO:**
Rust Consulting, Inc.
**Claims Processing Agent**
Re: W.R. Grace & Co. Bankruptcy
P.O. Box 1620
Faribault, MN 55021-1620

The Debtors in this case are also collectively referred to in this document as "Grace".

You must submit this Asbestos PI Questionnaire if you have an Asbestos PI Pre-petition Litigation Claim against any of the Debtors. An "Asbestos PI Pre-petition Litigation Claim" is any Asbestos PI Claim that is based upon either (i) a pre-petition lawsuit for which no judgment or enforceable settlement was reached before April 2, 2001, or (ii) to the extent that a final judgment was rendered or an enforceable settlement was reached, and the settlement or judgment, as applicable, places any obligation(s) upon any of the Debtor(s), such Debtor(s) have not satisfied its obligations pursuant to the judgment or settlement.

YOUR COMPLETED ASBESTOS PI QUESTIONNAIRE MUST BE <u>RECEIVED</u> BY THE DEBTORS' CLAIMS PROCESSING AGENT ON OR BEFORE <u>5:00 P.M. EASTERN TIME ON [DATE]</u> or you may be forever barred from asserting or receiving payment for your claim(s).

# INSTRUCTIONS

**A.   PART I -- Injured Party Information**

Respond to all applicable questions. If the injured party is represented by legal counsel, then in Part I (b), please provide legal counsel's name and the name, telephone number and address of the firm with which such counsel is associated. Also, if the injured party would prefer that the Debtors send subsequent materials to legal counsel, instead of sending such material to the injury party, then check the box indicating such in Part I (b). If the injured party is deceased, then complete Part I (c), which concerns the primary and contributing causes of death.

**B.   PART II -- Asbestos-Related Condition(s)**

With respect to Part II (a), respond to all applicable questions. If a section is left blank, then it will be interpreted to mean that the injured party does not have the specified injuries, conditions, or test results addressed in that section. To complete questions related to injuries, medical diagnoses and/conditions, please use the following definitions:

**Mesothelioma:** A diagnosis of malignant mesothelioma by a board-certified pathologist.

**Asbestos-Related Lung Cancer 1:** Primary lung cancer (1) diagnosed on the basis of findings by a board-certified pathologist, and (2) evidence of asbestosis based on a chest x-ray reading by a certified B-reader of at least 1/1 on the ILO grade scale or asbestosis determined by pathology; and (3) supporting medical documentation establishing asbestos exposure as a substantial contributing factor in causing the lung cancer.

**Asbestos-Related Lung Cancer 2:** Primary lung cancer (1) diagnosed on the basis of findings by a board-certified pathologist; and (2) a diagnosis of asbestos-related nonmalignant disease based on a chest x-ray reading by a certified B-reader of at least 1/0, or blunting of either costophrenic angle and bilateral pleural plaque or bilateral pleural thickening of at least grade B2 or greater, or bilateral pleural disease of grade B2 or greater; and (3) supporting medical documentation establishing asbestos exposure as a contributing factor in causing the lung cancer.

**Asbestos-Related Other Cancer:** Primary colorectal, laryngeal, esophageal, pharyngeal or stomach cancer (1) diagnosed on the basis of findings by a board-certified pathologist; and (2) evidence of asbestosis based on a chest x-ray reading by a board certified B-reader of at least 1/1 on the ILO grade scale or asbestosis determined by pathology; (3) supporting medical documentation establishing asbestos exposure as a substantial contributing factor in causing the cancer.

**Clinically Severe Asbestosis:** (1) Asbestosis diagnosed by a board-certified pulmonologist or internist; and an independently replicated chest x-ray by a certified B-reader of 2/1 on the ILO grade scale and either (i) total lung capacity less than 65% or (ii) forced vital capacity less than 65%; and (3) a FEV1/FVC ratio greater than or equal to 65%, or (B) asbestosis determined by pathology.

**Asbestosis:** Asbestosis diagnosed by a board certified pulmonologist or internist, and (A) an independently replicated chest x-ray reading by a certified B-reader of 1/0 on the ILO grade scale, or (B) blunting of either costophrenic angle and bilateral pleural plaque or bilateral pleural thickening of at least grade B2 or greater, or (C) bilateral pleural disease of grade B2 or greater and (i) total lung capacity less than 80% or (ii) forced vital capacity less than 80% and a FEV1/FVC ratio greater than or equal to 65%.

**Other Asbestos Disease:** Satisfaction of the criteria for (A) Mesothelioma, (B) Asbestos-Related Lung Cancer 1, (C) Asbestos-Related Lung Cancer 2, (D) Asbestos-Related Other Cancer, (E) Clinically Severe Asbestosis, or (F) Asbestosis, or a diagnosis of a bilateral asbestos-related nonmalignant disease or asbestos-related malignancy other than those in (A) through (F).

With respect to Part II (b), please provide the requested information for the diagnosing doctors during your first and, if applicable, second diagnoses.

**C.   PART III -- Alternative Causes of Asbestos-Related Condition(s)**

In Part III(a), mark the box(es) next to the non-asbestos cause(s) of your asbestos-related conditions that the respective doctors identified during your first and/or second diagnosis. In Part III(b) please explain non-asbestos cause(s) that were identified by the respective doctors during each of your diagnosis.

**D.   PART IV -- Exposure to Grace Asbestos**

Part IV (a) applies to persons who allege exposure due to asbestos in an occupational setting - i.e., at work. Part IV (b) applies to persons who allege exposure to asbestos as a result of living in Libby, Montana.

In Part IV (a) provide the requested information for the job and worksite at which the injured party was exposed to asbestos. Use the list of occupation and industry codes below to indicate the occupation in which the injured party was engaged and the industry in which the injured party worked at each worksite. Identify the job and worksite at which the injured party worked. If the injured party worked at more than one job and/or worksite where he/she claims exposure to asbestos, then please make a photocopy of Part IV(a) and supply the occupational code, industry code, and period of exposure for each applicable job/worksite combination.

### Occupation Codes

01. Air conditioning and heating installer/maintenance
02. Asbestos installer/insulator
03. Asbestos Miner
04. Asbestos plant worker/asbestos manufacturing worker
05. Asbestos removal/abatement
06. Asbestos sprayer/Spray gun mechanic
07. Assembly line/factory/plant worker
08. Auto mechanic/bodywork
09. Boilermaker
10. Boiler repairman
11. Boiler worker/cleaner/inspector/engineer/installer
12. Building maintenance/building superintendent
13. Brake manufacturer/installer/repairman
14. Brick mason/layer/hod carrier
15. Burner operator
16. Carpenter/woodworker/cabinetmaker
17. Chipper
18. Clerical/office worker
19. Construction - general
20. Custodian/janitor in office/residential building
21. Custodian/janitor in plant/manufacturing facility
22. Electrician/inspector/worker
23. Engineer
24. Firefighter
25. Fireman
26. Flooring installer/tile installer/tile mechanic
27. Foundry worker
28. Furnace worker/repairman/installer
29. Glass worker
30. Heavy equipment operator (incl. Truck, forklift, and crane)
31. Insulator- non-asbestos
32. Iron worker
33. Joiner
34. Laborer
35. Longshoreman/rigger/stevedore/seaman
36. Machinist/machine operator
37. Millwright/mill worker
38. Mixer/bagger
39. Non-asbestos miner
40. Painter
41. Pipefitter
42. Plasterer
43. Plumber - install/repair
44. Power plant operator
45. Professional (*e.g.*, accountant, architect, physician)
46. Railroad worker/carman/brakeman/machinist/conductor
47. Refinery worker
48. Remover/installer of gaskets
49. Rubber/tire worker
50. Sandblaster
51. Sheet metal worker/sheet metal mechanic
52. Shipfitter/shipwright/ship builder
53. Shipyard worker (md. repair, maintenance)
54. Steamfitter
55. Steelworker
56. Warehouse worker
57. Welder/blacksmith
58. Other

### Industry Codes

001. Asbestos abatement/removal
002. Aerospace/aviation
100. Asbestos mining
101. Automotive
102. Chemical
103. Construction trades
104. Iron/steel
105. Longshore
106. Maritime
107. Military
108. Non-asbestos products manufacturing
109. Petrochemical
110. Railroad
111. Shipyard-construction/repair
112. Textile
113. Tire/rubber
114. Utilities
115. Grace asbestos manufacture or milling
116. Non-Grace asbestos manufacture or milling
117. Other

Complete Part IV(b) if you allege that your asbestos-related condition is the result of being a resident of Libby, Montana for any consecutive twelve-month period prior to April 2, 2001. If applicable, then mark the box in Part IV (b) and list the applicable period(s) during which you were a resident of Libby, Montana for at least twelve consecutive months.

**G.    PART V --Litigation**

Part V relates to the asbestos-related lawsuit(s) that were filed on behalf of this injured party against (i) any of the Debtors or (ii) any other party. If the injured party has filed multiple lawsuits, please photocopy the relevant page and provided the applicable information for each such lawsuit.

Pg. 3

**H.     PART VI -- Dependant or Related Party Claim**
Part VI is to be completed only by dependents or related parties (such as spouse or child) of an injured party who believes he/she has a current claim against Grace that does not involve physical injury to him-/herself on his/her own exposure. If a dependent or related party has a current claim against Grace for asbestos-related damages that does involve physical injury to him-/herself based on his/her own exposure to asbestos, then such dependent or related party is considered a separate "injured party" and he/she or the legal representative must fill out a separate Personal Injury Questionnaire. This section is to be used by only one dependant or related party. If you wish to submit more than one Dependant or Related Party Claim, please photocopy this page prior to filling it out and complete a separate page for each person making a claim. This Asbestos PI Questionnaire must be signed by the dependent or related party or the person filing the Claim on his/her behalf (such as the personal representative or his/her attorney or his/her attorney).

**E.     PART VII -- Supporting Documentation**
You must attach medical records that relate to the diagnosis/es claimed and medical data provided in Part II. Part VII also asks you to mark the boxes next to each type of medical documents that you are submitting with this Asbestos PI Questionnaire.

With respect to any diagnoses of any of the conditions identified in Part II, you must include either (i) a statement by the physician providing the diagnosis that at least 10 years have elapsed between the date of first Grace Exposure and the diagnosis, or (ii) a history of the Claimant's Grace Exposure sufficient to establish a 10-year latency period. A finding by a physician that the injured party's disease is "consistent with" or "compatible with" asbestosis does not suffice as a qualified diagnosis. All diagnoses shall be based upon (i) a physical examination of the Claimant by the physician providing the diagnosis of the asbestos-related disease, and (ii) an independent, replicated X-ray reading by a certified B-reader; provided, however, that pathological evidence of the non-malignant asbestos-related disease in the case of a Claimant who was deceased at the time the Claim was filed shall suffice in lieu of (i) and (ii) above.

**F.     PART VIII: Election Concerning Treatment of Asbestos PI Claim**
If your claim relates to a **pre-petition lawsuit for which no judgment or enforceable settlement was reached before April 2, 2001**, then you are required to complete Part VIII and make an election regarding whether you assert an Asbestos PI-SE Claim or an Asbestos PI-AO Claim (as defined in the Debtors' Plan of Reorganization, which has been sent to you with this Asbestos PI Questionnaire).

If you are required to complete Part VIII and you believe that your injury satisfies the requirements for asserting a valid Asbestos PI-SE Claim, then complete Part VIII (b), which asks you to choose between the following two, exclusive methods for resolving your Asbestos PI Claim: (i) Cash-Out Option, or (ii) Litigation Option (both of which are defined in the Plan of Reorganization and related documents). Pursuant to the Plan and related documents, the Cash-Out Option allows you to receive a cash settlement payment on account of your Asbestos PI-SE Claim. The amount of this payment would be determined pursuant to the settlement grid contained in the Asbestos PI-SE TDP. If you elect the Litigation Option, then you must pursue litigation against the Asbestos Trust pursuant to certain litigation protocols, which are defined in the Debtors' Case Management Order. **YOUR ELECTION IS BINDING AND NOT REVOCABLE, FOR ANY REASON.**

If you are required to complete Part VIII and you believe that your Asbestos PI Claim does not meet the requirements of an Asbestos PI-SE Claim, and, therefore, to the extent that it meets the requirements of an Allowed Claim, constitutes an Asbestos PI-AO Claim, then complete Part VIII (c), which asks you to choose between the following three, exclusive methods for resolving your asserted Asbestos PI-AO Claim: (i) Cash-Out Option, (ii) Litigation Option, or (iii) Registry Option (all of which are defined in the Debtors' Plan of Reorganization and related documents). Pursuant to the terms of the Plan and related documents, the Cash-Out Option allows you to receive a cash settlement payment on account of your Asbestos PI-AO Claim. The amount of this payment would be determined pursuant to the settlement grid contained in the Asbestos PI-AO TDP. If you elect the Litigation Option, then you must pursue litigation against the Asbestos Trust pursuant to certain litigation protocols, which are defined in the Case Management Order. Finally, if you elect the Registry Option, you thereby preserve your right to prosecute your Asbestos PI Claims in the event that your alleged asbestos-related injury becomes symptomatic in the future. **YOUR ELECTION IS BINDING AND NOT REVOCABLE, FOR ANY REASON.**

**G.     PART IX: Attestation, under Penalty of Perjury, that all of the Information in this Asbestos PI Questionnaire is True and Complete**
By signing Part IX, you are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Asbestos PI Questionnaire is true and accurate. You are further attesting and swearing that you have not omitted any requested information, the inclusion of which would have a material effect on any right to assert an Asbestos PI Claim against the Debtors' estates. **If you fail to complete Part IX, your Asbestos PI Questionnaire will be considered incomplete, and the Debtors will have the right to move the for Court for the permanent expungement and disallowance of your asserted Claim.**

# PART I: INJURED PARTY INFORMATION

## a. GENERAL INFORMATION

**NAME OF INJURED PARTY:**

Last Name                    First Name                    MI

**GENDER:**      MALE      FEMALE

**SOCIAL SECURITY NUMBER:**      **BIRTH DATE:**
☐☐☐ - ☐☐ - ☐☐☐☐      ☐☐ - ☐☐ - ☐☐☐☐
                        Month  Day  Year

**Mailing Address:**

Street Address

City                                          State          Zip Code
                                              /Province      /Postal Code

Country (if not U.S.)

**Day Time Telephone**
( ☐☐☐ ) ☐☐☐ - ☐☐☐☐
Area Code

## b. LEGAL COUNSEL'S NAME AND FIRM

**NAME:**

Last Name                    First Name                    MI

**NAME OF FIRM WITH WHICH COUNSEL IS AFFILIATED:**

**Mailing Address of Firm:**

Street Address

City                                          State          Zip Code
                                              /Province      /Postal Code

Country (if not U.S.)

**Telephone Number of Firm or Counsel's Direct Telephone Number:**
( ☐☐☐ ) ☐☐☐ - ☐☐☐☐

☐ Check this box if you would like the Debtors to send subsequent material relating to your claim(s) to your legal counsel, in lieu of sending such materials to you.

| c. | **CAUSE OF DEATH (IF APPLICABLE)** |

1. <u>Is the injured party living or deceased?</u>  Check the appropriate box:     Living     Deceased

2. If the injured party is deceased, then attach a copy of the death certification to this Asbestos PI Questionnaire and complete the following:

**Date of and Location of Death:**

☐☐ - ☐☐☐ - ☐☐☐☐     ☐☐          ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
*Month   Day      Year           State/Province      Country (or Country if not U.S.)*

**Primary Cause of Death (as stated in the Death Certificate)**

[                                                                                                                                ]

**Contributing Cause of Death (as stated in the Death Certificate)**

[                                                                                                                                ]

## PART II: ASBESTOS-RELATED CONDITION(S)

### a. DIAGNOSED CONDITION(S)

Mark the box next to all conditions with which the injured party has been diagnosed and provide all relevant information. Also, attach medical records relating to the injured party's diagnosis for any condition checked below, as specified at Part VII. See instructions for definitions of medical conditions.

1. ☐ **Mesothelioma:**
   **Information Regarding Diagnosis:**
   Doctor's Name, Address and Telephone Number: _____

   Date of Diagnosis:
   [ ] - [ ]
   *Month     Year*

2. ☐ **Asbestos-Related Lung Cancer 1:**
   **Information Regarding Diagnosis:**
   Doctor's Name, Address and Telephone Number: _____

   Date of Diagnosis:
   [ ] - [ ]
   *Month     Year*

   **Information Regarding ILO Reading**
   Name of ILO Reader: _____
   Was the Reader a certified B-reader?     ☐ Yes  ☐ No
   ILO Reading: ___/___
   Date of Reading:
   [ ] - [ ]
   *Month     Year*

   Is there any financial relationship between the ILO reader and the injured party's legal counsel:
   Yes____   No_____

   If yes, please explain:
   _____
   _____

   **Information Regarding Pathology Test:**
   Name of Doctor Performing Test: _____
   Date of Test: _____
   Findings: _____

   **Please be sure to attach, as instructed in Part VII, supporting medical documentation that establishes asbestos exposure as a substantial contributing factor in causing the cancer.**

3. ☐ **Asbestos-Related Lung Cancer 2:**
   **Information Regarding Diagnosis:**
   Doctor's Name, Address and Telephone Number: _____

   Date of Diagnosis:
   [ ] - [ ]
   *Month     Year*

Pg. 7

**Information Regarding ILO Reading**
Name of ILO Reader: _____
Is the Reader a certified B-reader?  ☐ Yes  ☐ No
ILO Reading: ___/___
Date of Reading:
☐☐ - ☐☐☐☐
*Month      Year*

Is there any financial relationship between the ILO reader and the injured party's legal counsel:
Yes____  No _____

If yes, please explain:
_____
_____
_____

If relying upon blunting of either costophrenic angle and bilateral pleural plaque or bilateral pleural thickening (as described in the instructions), please explain: _____
_____
_____

Please be sure to attach, as instructed in Part VII, supporting medical documentation that establishes asbestos exposure as a substantial contributing factor in causing the cancer.

4.    ☐ **Asbestos-Related Other Cancer:**
Information Regarding Diagnosis:
Doctor's Name, Address and Telephone Number:_____
_____

Date of Diagnosis:
☐☐ - ☐☐☐☐
*Month      Year*

Please mark the box(es) next to the applicable cancer(s):
  ☐ primary colorectal      ☐ primary pharyngeal        ☐ primary esophageal
  ☐ primary laryngeal       ☐ primary stomach cancer

**Information Regarding ILO Reading**
Name of ILO Reader: _____
ILO Reading: ___/___
Is the Reader a certified B-reader?    ☐ Yes  ☐ No
Date of Reading:
☐☐ - ☐☐☐☐
*Month      Year*

Is there any financial relationship between the ILO reader and the injured party's legal counsel:
Yes____  No _____

If yes, please explain:
_____
_____
_____

Please be sure to attach, as instructed in Part VII, supporting medical documentation that establishes asbestos exposure as a substantial contributing factor in causing the cancer.

5.    ☐ **Clinically Severe Asbestosis:**
Information Regarding Diagnosis:

Pg. 8

Doctor's Name, Address and Telephone Number:_____

Date of Diagnosis: _____

**Information Regarding ILO Reading**
Name of ILO Reader: _____
Is the Reader a certified B-reader? ☐ Yes ☐ No
ILO Reading: ___/___
Date of Reading:
☐☐ - ☐☐☐☐
*Month     Year*

Is there any financial relationship between the ILO reader and the injured party's legal counsel:
Yes____  No ____

If yes, please explain:
_____
_____
_____


**Information Regarding Pulmonary Function Test:**
Name of Doctor Performing Test: _____
Date of Test:_____
Total Lung Capacity (TLC): ____%
Forced Vital Capacity (FVC):____%
FEV1/FVC Ratio: _____%

**Information Regarding Pathology Test:**
Name of Doctor Performing Test: _____
Date of Test:_____
Findings:_____

6. ☐ **Asbestosis:**
**Information Regarding Diagnosis:**
Doctor's Name, Address and Telephone Number:_____

Date of Diagnosis: _____

**Information Regarding ILO Reading**
Name of ILO Reader: _____
Is the Reader a certified B-reader? ☐ Yes ☐ No
ILO Reading: ___/___
Date of Diagnosis:
☐☐ - ☐☐☐☐
*Month     Year*

Is there any financial relationship between the ILO reader and the injured party's legal counsel:
Yes____  No ____

If yes, please explain:
_____
_____
_____

If relying upon blunting of either costophrenic angle and bilateral pleural plaque, bilateral pleural thickening, or bilateral pleural thickening (as described in the instructions), please explain your condition here:
_____
_____

      **Information Regarding Pulmonary Function Test:**
        Name of Doctor Performing Test: _____
          Date of Test: _____
          Total Lung Capacity (TLC): ____%
          Forced Vital Capacity (FVC): ____%
          FEV1/FVC Ratio: _____%

7.    ☐ **Other Asbestos Disease:**
     **Information Regarding Diagnosis:**
       Doctor's Name, Address and Telephone Number: _____
       _____
       Date of Diagnosis: _____
       Description of Diagnosis: _____
       _____

     **Information Regarding ILO Reading**
       Name of ILO Reader: _____
       Is the Reader a certified B-reader? ☐ Yes  ☐ No
       ILO Reading: ___/___
       Date of Reading:
       [ ][ ] - [ ][ ][ ][ ]
       *Month*     *Year*

     Is there any financial relationship between the ILO reader and the injured party's legal counsel:
     Yes____  No____

     If yes, please explain:
     _____
     _____
     _____

     **If relying upon blunting of either costophrenic angle and bilateral pleural plaque, bilateral pleural thickening, or bilateral pleural thickening (as described in the instructions), please explain your condition here:**
     _____
     _____
     _____

     **Information Regarding Pulmonary Function Test:**
       Name of Doctor Performing Test: _____
         Date of Test: _____
         Total Lung Capacity (TLC): ____%
         Forced Vital Capacity (FVC): ____%
         FEV1/FVC Ratio: _____%

### b.  DIAGNOSING DOCTORS

1.   **First Diagnosis**

**Doctor's Name**

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]      [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]
*Last Name*                                                    *First Name*

**Specialty**

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**Diagnosis Given**

**Address**

[ ] Street Address

[ ] City    [ ] State /Province    [ ] Zip Code /Postal Code

[ ] Country (if not U.S.)

2. <u>Second Diagnosis (if applicable)</u>

**Doctor's Name**

[ ] Last Name    [ ] First Name

**Specialty**

[ ]

**Diagnosis Given**

[ ]

**Address**

[ ] Street Address

[ ] City    [ ] State /Province    [ ] Zip Code /Postal Code

Pg. 11

# PART III: ALTERNATIVE CAUSES OF ASBESTOS-RELATED CONDITION

## a. ALTERNATIVE, NON-ASBESTOS CAUSES OF INJURY

For which condition(s), if any, has any doctor identified an alternative or non-asbestos cause? (Mark All that apply.)

- [ ] Pleural Changes
- [ ] Bilateral Interstitial Lung Disease/Asbestosis
- [ ] Other Cancer
- [ ] Lung Cancer
- [ ] Malignant Mesothelioma
- [ ] Other Asbestos-Related Injury

**Explain the non-asbestos cause(s) that were identified by the doctor during your first diagnosis (if applicable):**

**Explain the non-asbestos cause(s) that were identified by the doctor during your second diagnosis (if applicable):**

## b. SMOKING HISTORY

1. Has the injured party ever used tobacco products (check one)    ☐ Yes   ☐ No

2. *If yes, complete the chart below:*

   ☐ Cigarettes
   Packs per Day
   Half Pack = .5
   From Year — To Year

   ☐ Cigars
   Cigars per Day
   From Year — To Year

   ☐ Other Tobacco Products
   Specify (e.g. chewing tobacco)
   Amt. Per Day (e.g. # of tins)
   From Year — To Year

To the extent that your tobacco usage varied, with respect to a particular tobacco product, during different periods, please photocopy this page and provide the relevant information for each applicable period.

Pg. 12

## PART IV: EXPOSURE TO GRACE ASBESTOS

### a. OCCUPATIONAL EXPOSURE

*See instructions for information on how to complete this section.*

☞ If the injured party worked at more than one site or in more than one job category at a site where he/she claims exposure to asbestos, then photocopy this sheet and complete for each applicable site. Use one form for each site or job category.

1. a. Asbestos Exposure dates       From [ ][ ] - [ ][ ][ ][ ]       To [ ][ ] - [ ][ ][ ][ ]
                                         *Month    Year*              *Month    Year*

   b. Dates of Exposure to Grace Asbestos Products:   From [ ][ ] - [ ][ ][ ][ ]   To [ ][ ] - [ ][ ][ ][ ]
                                                          *Month    Year*              *Month    Year*

2. Occupation and Industry:

   Occupation  [ ][ ]   If Code 58, specify   [_____]

   Industry    [ ][ ]   If Code 117, specify  [_____]

3. Injured Party's Employer  [_____]

4. Exposure Site
   Name of Site:
   [_____]
   Site Owner:
   [_____]
   Site Address:
   [_____]
   *Street Address*
   [_____]   [ ][ ]          [ ][ ][ ][ ][ ]
   *City*                                              *State*          *Zip Code*
                                                       */Province*      *Postal Code*
   [_____]
   *Exposure Site Country (if not U.S.)*

5. During the time of this exposure to Grace's asbestos products, was the injured person (check all that apply):

   ☐ A worker who personally installed Grace asbestos/asbestos-containing products

   ☐ A worker at the site, but not in the immediate work space where Grace asbestos/asbestos-containing products were being installed by others

   ☐ A worker in a work space where Grace asbestos/asbestos-containing products were being installed by others

   ☐ Other (specify below)

   If Other, specify  [_____]

6.  List all asbestos-containing products to which the injured party claims exposure at a particular site. Include type of product, product name, and manufacturer. In column (a) list all products and materials the injured party attributes to Grace at the site. In column (b) describe the basis for the identification of the product as a Grace product. In column (c) list all non-Grace asbestos-containing products to which the injured party was occupationally exposed.

   a. Products Attributed to Grace    b. Basis for Identification
                                          of Grace Product

   [        ]                          [        ]

   [        ]                          [        ]

   c. Products Attributed to Others

   [        ]

   [        ]

## b. RESIDENT OF LIBBY, MONTANA

☐ Check this box if you were a resident of Libby, Montana for at least twelve (12) consecutive months at any time during the period before April 2, 2001. Also, please specify all periods before April 2, 2001 during which you were a resident of Libby, Montana for at least twelve (12) consecutive months.

From: _____  Through: _____
From: _____  Through: _____
From: _____  Through: _____
From: _____  Through: _____

Pg. 14

## PART V: LITIGATION

1. Give the two-letter code of the state/province where this suit was or is pending: ☐☐
   *State/Province*

2. Has a judgment or verdict been entered?
   ☐ Yes   ☐ No

3. If Yes, verdict amount and defendant(s):   $ ☐☐☐☐☐☐☐☐
   *Verdict Amount*

   Defendant(s) ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

4. Was a settlement agreement reached in this lawsuit?

   ☐ Yes   ☐ No

5. If Yes, describe the terms of the settlement (including any payments) and the applicable defendants:

   [                                                                                           ]

# PART VI: DEPENDENT OR RELATED PARTY CLAIM

**Dependent or Related Party Name**

*Last Name*                                              *First Name*                    *MI*

**Address:**

*Street Address*

*City*                                                   *State /Province*    *Zip Code /Postal Code*

*Country (if not U.S.)*

**Social Security Number**

**Financially Dependent:**    ☐ Yes    ☐ No

**Date of Birth**
*Month*  *Day*  *Year*

**Relationship to Injured Party:**  ☐ Spouse  ☐ Child  ☐ Other     If other, please specify

Pg. 16

# PART VII: SUPPORTING DOCUMENTATION

You must attach medical records, including any x-rays and CT scans taken during the past two years only, relating to the diagnosis/es claimed and medical data provided in Part III. Please use the checklist below and indicate which medical documents you are submitting with this form.

- ☐ Medical records and/or report containing a statement of diagnosis for conditions claimed

- ☐ Lung function test results/interpretations

- ☐ Pathology reports if such reports relate to any diagnosis claimed

- ☐ Statement by physician providing diagnosis that at least 10 years have elapsed between date of first Grace exposure and the diagnosis (if applicable)

- ☐ X-rays and reports/interpretations (taken during past two years only

- ☐ CT scans and any reports/interpretations (taken during the past two years, only)

- ☐ Supporting medical documentation establishing asbestos exposure as a substantial contributing factor in causing the cancer (if applicable)

| PART VIII: ELECTION CONCERNING TREATMENT OF ASBESTOS PI CLAIM |
|---|

| a. | PURPOSE OF PART VI AND THE IMPORTANCE AND EFFECT OF YOUR ELECTION |
|---|---|

If your claim relates to a **pre-petition lawsuit for which no judgment or enforceable settlement was reached before April 2, 2001**, then you are required to complete this Part VIII and make an election regarding whether you assert an Asbestos PI-SE Claim or an Asbestos PI-AO Claim (as defined in the Debtors' Plan of Reorganization, which has been sent to you with this Asbestos PI Questionnaire).

If you are required to complete this Part VIII, and you believe that your injury satisfies the requirements for asserting a valid Asbestos PI-SE Claim, then complete Part VIII (b), which asks you to choose between the following two, exclusive methods for resolving your Asbestos PI Claim: (i) Cash-Out Option, or (ii) Litigation Option (both of which are defined in the Plan of Reorganization and related documents). Pursuant to the Plan and related documents, the Cash-Out Option allows you to receive a cash settlement payment on account of your Asbestos PI-SE Claim. The amount of this payment would be determined pursuant to the settlement grid contained in the Asbestos PI-SE TDP. If you elect the Litigation Option, then you must pursue litigation against the Asbestos Trust pursuant to certain litigation protocols, which are defined in the Debtors' Case Management Order. **YOUR ELECTION IS BINDING AND NOT REVOCABLE, FOR ANY REASON.**

If you are required to complete this Part VIII, and you believe that your Asbestos PI Claim does not meet the requirements of an Asbestos PI-SE Claim, and, therefore, to the extent that it meets the requirements of an Allowed Claim, constitutes an Asbestos PI-AO Claim, then complete Part VIII (c), which asks you to choose between the following three, exclusive methods for resolving your asserted Asbestos PI-AO Claim: (i) Cash-Out Option, (ii) Litigation Option, or (iii) Registry Option (all of which are defined in the Debtors' Plan of Reorganization and related documents). Pursuant to the terms of the Plan and related documents, the Cash-Out Option allows you to receive a cash settlement payment on account of your Asbestos PI-AO Claim. The amount of this payment would be determined pursuant to the settlement grid contained in the Asbestos PI-AO TDP. If you elect the Litigation Option, then you must pursue litigation against the Asbestos Trust pursuant to certain litigation protocols, which are defined in the Case Management Order. Finally, if you elect the Registry Option, you thereby preserve your right to prosecute your Asbestos PI Claims in the event that your alleged asbestos-related injury becomes symptomatic in the future. **YOUR ELECTION IS BINDING AND NOT REVOCABLE, FOR ANY REASON.**

| b. | ASBESTOS PI-SE CLAIM |
|---|---|

If you believe that your injury satisfies the requirements for asserting an Allowed Asbestos PI-SE Claim, then elect from the following choices for the treatment of your Claim. <u>Your election may not be revoked or changed, for any reason.</u> Your election is not determinative, however, and the Debtors reserve the right to contest the allowability of the Claim. Further, to the extent the Debtors believe that your Claim does not meet the requirements of an Asbestos PI-SE Claim, the Debtors reserve the right to seek reclassification of your Claim to an Asbestos PI-AO Claim.

☐ **Cash-Out Option**

☐ **Litigation Option**

| c. | ASBESTOS PI-AO CLAIM |
|---|---|

If you believe that your injury satisfies the requirements for Asserting an Allowed Asbestos PI-AO Claim, then elect from the following choices for the treatment of your Claim. <u>Your election may not be revoked or changed, for any reason.</u> Your election is not determinative, however, and the Debtors reserve the right to contest the allowability of the Claim.

☐ **Cash-Out Option**

☐ **Litigation Option**

☐ **Registry Option**

**PART IX: ATTESTATION , UNDER PENALTY OF PERJURY, THAT INFORMATION IS TRUE AND COMPLETE**

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the information contained in this Asbestos PI Questionnaire is true and accurate. I further swear that I have not omitted any requested information, the inclusion of which, would have a material effect on my right to claim an Asbestos PI Claim against the Debtors' estates.

Signature: _____  Date:_____

Please Print Name: _____