# Exhibit E

Confirmation Hearing Notice

## Exhibit E

## Confirmation Hearing Notice

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

TO: [INSERT]

      PLEASE TAKE NOTICE that on November 13, 2004, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed that certain Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (as it may further be amended, the "Plan"), and a Disclosure Statement with respect to the Plan (as it may further be amended, the "Disclosure Statement").[2]

      PLEASE TAKE FURTHER NOTICE that on [_____], 200[__], after notice and a hearing, pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code"),

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Glossary, which is Exhibit 2 to the Exhibit Book, filed on November 13, 2004.

E-1

the Bankruptcy Court approved the Disclosure Statement as providing adequate information for Holders of claims and interests to make a decision as to whether to accept or reject the Plan. In addition, the Bankruptcy Court has entered an order (the "Confirmation Procedures Order") establishing procedures for creditors and interest Holders to vote to accept or reject the Plan, including (i) approving the forms of ballots, balloting instructions and solicitation and tabulation procedures, (ii) establishing a voting deadline, and (iii) scheduling dates in connection with Plan confirmation. The Confirmation Procedures Order establishes the deadline by which votes to accept or reject the Plan must be actually received by BMC Corp. (the "Voting Agent" or "BMC") as of April 1, 2005, at 4:00 p.m. (prevailing Eastern time) (the "Voting Deadline").

PLEASE TAKE FURTHER NOTICE that the Plan proposes injunctions under §§ 524(g) and 105 of the Bankruptcy Code, applicable to all persons and entities, that result in the permanent channeling of all Asbestos PI-SE Claims, Asbestos PI-AO Claims and Asbestos PD Claims against the Debtors and various other entities, to an Asbestos Trust as described in the Plan. These injunctions provide the Debtors and the other identified parties in the Plan with a release from further liability on account of the claims covered by the particular injunctions. You should read the Plan and the Disclosure Statement for a more complete discussion of how such injunctions will operate and affect your rights.

PLEASE TAKE FURTHER NOTICE that:

A hearing (the "Confirmation Hearing") will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of Pennsylvania, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219, **on June 27, 2005, at 12:00 p.m. (prevailing Eastern time)** or as soon thereafter as counsel may be heard, to consider the entry of an order, among other things, confirming the Plan under section 1129 of the Bankruptcy Code.

In accordance with the Confirmation Procedures Order, copies of the other materials in the Solicitation Package[3] should have been received by you or your authorized agent if you are entitled to vote to accept or reject the Plan. If you did not receive a Solicitation Package, but wish to receive one, you should send a written request via U.S. Mail to BMC, Attn.: W. R. Grace Voting Agent, P.O. Box 913, El Segundo, CA 90245-0913. Creditors and interest Holders who are entitled to vote on the Plan should receive ballots and instructions for voting in their Solicitation Package. Creditors who are Holders of claims that are not entitled to vote on the Plan should receive only this notice and a notification of non-voting status.

If the holder of an untimely filed claim or a claim that is subject to an objection, wishes to vote on the Plan, such Holder must file a motion with the Bankruptcy Court, pursuant to Bankruptcy Rule 3018(a), requesting temporary allowance of such claim in an amount which the Bankruptcy Court deems proper solely for the purpose of casting a vote to accept or reject the Plan (a "Voting Motion"). Such Voting Motion must be served upon the following:

---

[3] Contents of the Solicitation Package are described in the Confirmation Procedures Motion.

E-2

| Co-Counsel to the Debtors:<br>Kirkland & Ellis LLP<br>777 South Figueroa Street, 37th Floor<br>Los Angeles, CA 90017<br>Attn: Bennett L. Spiegel / Lori Sinanyan<br>Telephone:    (213) 680-8400<br>Facsimile:    (213) 680-8500<br><br>and<br><br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Attn: Jonathan Friedland / Ryan Bennett<br>Telephone:    (312) 861-2000<br>Facsimile:    (312) 861-2200<br><br>and<br><br>Pachulski, Stang, Ziehl, Young, Jones<br>& Weintraub P.C.<br>919 North Market Street, Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Attn: Laura Davis Jones / David Carickhoff<br>Telephone:    (302) 652-4100<br>Facsimile:    (302) 652-4400 | **United States Trustee**<br>Office of U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>**Attn: Frank Perch, Esq.** |
| --- | --- |
| | **Counsel to the Asbestos PI Committee:**<br>Caplin & Drysdale, Chartered<br>One Thomas Circle NW, Suite 1100<br>Washington D.C. 20005<br>Attn: Peter Van N. Lockwood<br>Telephone:    (202) 862-5000<br>Facsimile:    (202) 429-3301 |
| **Counsel to the Future Claimants' Representative:**<br>Swidler, Berlin, Shereff, Friedman LLP<br>The Washington Harbour<br>3000 K Street, NW, Suite 300<br>Washington, DC 20007<br>Attn: Roger Frankel<br>Telephone:    (202) 424-7500<br>Facsimile:    (202) 424-7643 | **Counsel to the Asbestos PD Committee:**<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-2336<br>Attn: Scott L. Baena / Jay Sacalo / Minda A. Mora<br>Telephone:    (305) 374-7580<br>Facsimile:    (305) 374-7593 |
| **Counsel to the Unsecured Creditors' Committee:**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Attn: Lewis Kruger / Arlene Krieger<br>Telephone:    (212) 806-5400<br>Facsimile:    (212) 806-6006 | **Counsel to the Equity Committee:**<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn: Phillip Bentley / Gary M. Becker<br>Telephone:    (212) 715-9100<br>Facsimile:    (212) 715-8000 |

**All Voting Motions must be filed so as to be heard at least 20 days before the Confirmation Hearing.** If counsel has filed a Voting Motion, it shall submit a copy of the motion along with a completed ballot to the Voting Agent. The ballot will be counted only if the Voting Motion is granted and in the amount ordered by the Bankruptcy Court.

To be counted, a ballot (or a master ballot, in the case of Equity Interests in the Parent) to accept or reject the Plan must be actually received by the Voting Agent by the Voting Deadline. In accordance with the Confirmation Procedures Order, ballots or master ballots may be

E-3

delivered: **(i) by delivery or courier to: BMC, Attn.: W. R. Grace Voting Agent, 1330 E. Franklin Avenue, El Segundo, CA 90245 or (ii) by U.S. Mail to: BMC, Attn.: W. R. Grace Voting Agent, P.O. Box 913, El Segundo, CA 90245-0913. The Voting Deadline is April 1, 2005, at 4:00 p.m., prevailing Eastern time.**

Responses and objections, if any, to the confirmation of the Plan or any of the other relief sought by the Debtors in connection with confirmation of the Plan, must (a) be in writing and state with particularity the grounds therefor, (b) be filed with the Bankruptcy Court and served, in a manner so as to be received by June 1, 2005, at 4:00 p.m., prevailing Eastern time, on:

| **Co-Counsel to the Debtors:**<br>Kirkland & Ellis LLP<br>777 South Figueroa Street, 37th Floor<br>Los Angeles, CA 90017<br>Attn: Bennett L. Spiegel / Lori Sinanyan<br>Telephone:    (213) 680-8400<br>Facsimile:    (213) 680-8500<br><br>and<br><br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Attn: Jonathan Friedland / Ryan Bennett<br>Telephone:    (312) 861-2000<br>Facsimile:    (312) 861-2200<br><br>and<br><br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.<br>919 North Market Street, Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Attn: Laura Davis Jones / David Carickhoff<br>Telephone:    (302) 652-4100<br>Facsimile:    (302) 652-4400 | **United States Trustee**<br>Office of U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801<br>**Attn: Frank Perch, Esq.**<br><br>**Counsel to the Asbestos PI Committee:**<br>Caplin & Drysdale, Chartered<br>One Thomas Circle NW, Suite 1100<br>Washington D.C. 20005<br>Attn: Peter Van N. Lockwood<br>Telephone:    (202) 862-5000<br>Facsimile:    (202) 429-3301 |
| --- | --- |
| **Counsel to the Future Claimants' Representative:**<br>Swidler, Berlin, Shereff, Friedman LLP<br>The Washington Harbour<br>3000 K Street, NW, Suite 300<br>Washington, DC 20007<br>Attn: Roger Frankel<br>Telephone:    (202) 424-7500<br>Facsimile:    (202) 424-7643 | **Counsel to the Asbestos PD Committee:**<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-2336<br>Attn: Scott L. Baena / Jay Sacalo / Minda A. Mora<br>Telephone:    (305) 374-7580<br>Facsimile:    (305) 374-7593 |
| **Counsel to the Unsecured Creditors' Committee:**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Attn: Lewis Kruger / Arlene Krieger<br>Telephone:    (212) 806-5400<br>Facsimile:    (212) 806-6006 | **Counsel to the Equity Committee:**<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn: Phillip Bentley / Gary M. Becker<br>Telephone:    (212) 715-9100<br>Facsimile:    (212) 715-8000 |

ANY OBJECTION TO THE CONFIRMATION OF THE PLAN THAT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN SHALL NOT BE CONSIDERED.

The Confirmation Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by an announcement in Court of such adjournment on the date scheduled for the Hearing.

Dated:_____, 2005

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Jonathan Friedland
Ryan Blaine Bennett
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

--and--

Bennett L. Spiegel
Lori Sinanyan
777 South Figueroa Street
Los Angeles, California 90017
(213) 680-8400

--and--

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (#2436)
David W. Carickhoff, Jr. (Bar #3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession