
Case 01-01139-AMC    Doc 6901-4    Filed 11/15/04    Page 1 of 4

## Attachment B
## To Fee Application

## Summary of PwC's Fees By Professional

### September 2004

**Professional Profiles**
**WR Grace Time Tracking – Audit**
**For the Month Ended September 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 15.0 | $ 12,030.00 |
| Peter Woolf | Tax Partner | 20+ | 802 | 2.5 | $ 2,005.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 29.9 | $ 18,388.50 |
| Douglas Parker | Audit Senior Manager | 10+ | 615 | 0.7 | $ 430.50 |
| William Choi | Audit Manager | 6 | 526 | 0.9 | $ 473.40 |
| Sandra David | Audit Manager | 7 | 526 | 0.5 | $ 263.00 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 0.5 | $ 184.50 |
| Ryan Grady | Audit Senior Associate | 3 | 332 | 6.2 | $ 2,058.40 |
| Aimee Stickley | Audit Senior Associate | 3 | 292 | 0.2 | $ 58.40 |
| Pamela Reinhardt | Audit Associate | 1 | 251 | 1.0 | $ 251.00 |
| Lauren Misler | Audit Associate | 1 | 213 | 5.0 | $ 1,065.00 |
| Erica Margolius | Erica Margolius | <1 | 197 | 3.2 | $ 630.40 |
| | | | **TOTAL** | 65.6 | $ 37,838.10 |

| | |
|---|---|
| Total at Standard Rate | $ 37,838.10 |
| 55% Accrual Rate Adjustmest | $ (20,810.96) |
| Total at 45% Accrual Rate | $ 17,027.15 |
| Total Hours | 65.6 |

**Professional Profiles**
**WR Grace Time Tracking - Sarbanes**
**For the Month Ended September 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 30.5 | $ 24,461.00 |
| John Newstead | Audit Senior Manager | 10+ | 615 | 67.5 | $ 41,512.50 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 19.1 | $ 11,746.50 |
| Sandra David | Audit Manager | 7 | 526 | 7.2 | $ 3,787.20 |
| Mauren Driscoll | Audit Manager | 5 | 526 | 36.9 | $ 19,409.40 |
| Herman Schutte | Audit Manager | 4 | 526 | 125.8 | $ 66,170.80 |
| Maged Zeidan | Audit Senior Associate | 5+ | 369 | 72.0 | $ 26,568.00 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 20.4 | $ 7,527.60 |
| Martin Pretorius | Audit Senior Associate | 5 | 449 | 21.5 | $ 9,653.50 |
| Douglas Wright | Audit Associate | 1 | 213 | 30.0 | $ 6,390.00 |
| Joseph Daniel Meenan | Audit Associate | 1 | 213 | 149.8 | $ 31,907.40 |
| | | TOTAL | | 580.7 | $ 249,133.90 |

| | |
|---|---|
| Total at Standard Rate | $ 249,133.90 |
| 35% Accrual Rate Adjustmest | $ (87,196.87) |
| Total at 65% Accrual Rate | $ 161,937.04 |
| Total Hours | 580.7 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | |
|---|---|
| Total Cost of Time Tracking | $ 7,064.30 |
| Less 55% rate reduction | $ (3,885.37) |
| Total Cost of Tracking Time Billed to Grace | $ 3,178.94 |
| Total Hours Spent Tracking Time | 18.0 |

**Summary of PwC's Fees By Project Category:
September 2004**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 18.0 | $3,178.94 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 646.3 | $178,964.18 |
| 26-Business Analysis | | |

| 27-Corporate Finance | | |
|---|---|---|
| 28-Data Analysis | | |
| **TOTAL:** | **664.3** | **$182,143.12** |

## Expense Summary
## September 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $18,245.37 |
| **Lodging** | N/A | $4,381.43 |
| **Sundry** | N/A | $11.98 |
| **Business Meals** | N/A | $596.00 |
| **TOTAL:** | | $23,234.78 |