**EXHIBIT B**

| Date | Title | Expenses | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended August 31, 2004

**SARBANES OXLEY RELATED EXPENSES:**

**Douglas Wright**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 9/3/04 | Audit Associate | $ 298.70 | To book airfare for Physical inventory observation in Chicago |
| 9/7/04 | Audit Associate | $ 166.70 | To change airfare for Physical inventory observation in Chicago |
| 9/7/04 | Audit Associate | $ 20.24 | Dinner in Chicago while in town for Physical inventory observation |
| 9/8/04 | Audit Associate | $ 17.06 | Lunch in Chicago while in town for Physical inventory observation |
| 9/8/04 | Audit Associate | $ 36.26 | Dinner in Chicago while in town for Physical inventory observation |
| 9/9/04 | Audit Associate | $ 60.00 | American Express Processing fee relating to booking travel logistics for physical inventory observation in Chicago |
| 9/9/04 | Audit Associate | $ 368.94 | Hotel accomodations during Physical inventory observations in Chicago. |
|  |  | **$ 967.90** |  |

**Nina Govic**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 9/6/04 | Audit Senior Associate | $ 281.90 | Airfare from DC to Boston for Grace GPC Sarbanes review |
| 9/7/04 | Audit Senior Associate | $ 28.00 | Cab from GPC headquarters in Cambridge, MA to hotel in Cambridge MA |
| 9/6/04 | Audit Senior Associate | $ 40.00 | Cab from airport in Boston to Cambridge MA |
| 9/6/04 | Audit Senior Associate | $ 14.75 | Cab from home to airport |
| 9/7/04 | Audit Senior Associate | $ 25.00 | Cab from hotel to Grace GPC headquarters in Cambridge MA |
| 9/8/04 | Audit Senior Associate | $ 24.00 | Cab from hotel to Grace GPC headquarters in Cambridge MA |
| 9/7/04 | Audit Senior Associate | $ 24.00 | Cab from GPC headquarters in Cambridge, MA to hotel in Cambridge MA |
| 9/8/04 | Audit Senior Associate | $ 15.00 | Cab from airport to home |
| 9/8/04 | Audit Senior Associate | $ 46.00 | Cab from GPC headquarters in Cambridge, MA to Boston Airport |
| 9/8/04 | Audit Senior Associate | $ 8.04 | Lunch while travelling |
| 9/8/04 | Audit Senior Associate | $ 25.00 | American Express travel service fee |
| 9/7/04 | Audit Senior Associate | $ 32.00 | meal while travelling - dinner |
| 9/8/04 | Audit Senior Associate | $ 3.00 | Charge for phone calls in hotel room |
| 9/8/04 | Audit Senior Associate | $ 8.15 | Dinner while travelling |
| 9/8/04 | Audit Senior Associate | $ 416.08 | hotel stay for three nights while working in Cambridge MA |
| 9/7/04 | Audit Senior Associate | $ 18.92 | Breakfast in hotel while in Cambridge MA |
| 9/8/04 | Audit Senior Associate | $ 15.53 | Breakfast in hotel while in Cambridge MA |
| 9/10/04 | Audit Senior Associate | $ 32.25 | Mileage in excess of daily commute (86 miles) |
|  |  | **$ 1,057.62** |  |

**John Newstead**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 9/14/04 | Audit Senior Manager | $ 4,578.10 | Airfare Dulles to Heathrow, London - Heathrow, London to Dulles |
| 9/14/04 | Audit Senior Manager | $ 60.00 | AMEX Flight booking charges |
| 9/14/04 | Audit Senior Manager | $ 77.90 | Boston Transport Service - Arlington to Dulles Airport |
| 9/17/04 | Audit Senior Manager | $ 783.41 | Hotel Accommodation - Windsor Slough Marriot including taxi Heathrow to hotel |
| 9/17/04 | Audit Senior Manager | $ 77.90 | Boston Transport Service - Dulles Airport to Arlington |
| 9/16/04 | Audit Senior Manager | $39.08 | Taxi restaurant to hotel |
|  |  | **$ 5,616.39** |  |

**Hermann Schutte**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 9/9/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| 9/14/04 | Audit Manager | $ 4,578.10 | Airfare Dulles to Heathrow, London - Heathrow, London to Dulles |
| 9/14/04 | Audit Manager | $ 60.00 | AMEX Flight booking charges |
| 9/14/04 | Audit Manager | $ 55.43 | Boston Transport Service - Falls Church to Dulles Airport |
| 9/17/04 | Audit Manager | $ 577.58 | Hotel Accommodation - Windsor Slough Marriot |
| 9/17/04 | Audit Manager | $ 59.43 | Boston Transport Service - Dulles Airport to Falls Church |
| 9/20/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| 9/21/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| 9/22/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| 9/23/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| 9/24/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| 9/27/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
|  |  | **$ 5,519.54** |  |

**William Bishop**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 9/14/04 | Partner | $ 4,578.10 | Airfare to London for UK review of company level controls |
| 9/14/04 |  | $ 25.00 | AmEx reservation charge for airfare to London for UK review of company level controls |
| 9/17/04 |  | $ 726.69 | Hotel in Slough for UK review of company level controls - 3 nights |
|  |  | $ 43.11 | Cab fare |
|  |  | $ 8.98 | Tips |
|  |  | **$ 5,381.88** |  |

**Aimee Stickley**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 9/30/04 | Sr. Associate | 25 | Amex travel fee for airline tickets booked to Cincinnati |
|  |  | **$ 25.00** |  |

**Joseph Meenan**

| Date | Title | Expenses | Description |
|---|---|---|---|
| 9/1/04 | Audit Associate | 3.65 | Breakfast - Columbia, MD |
| 9/1/04 | Audit Associate | 7.73 | Lunch - Columbia, MD |
| 9/1/04 | Audit Associate | 20.44 | Dinner - Columbia, MD |
| 9/2/04 | Audit Associate | 3.75 | Breakfast - Columbia, MD |

| Date | Role | Amount | Description |
|---|---|---|---|
| 9/2/04 | Audit Associate | 8.81 | Lunch - Columbia, MD |
| 9/2/04 | Audit Associate | 9.00 | Tolls from Columbia, MD to Conshohocken, PA |
| 9/2/04 | Audit Associate | 557.70 | Hotel Stay - Columbia, MD (8/30 - 9/2) |
| 9/2/04 | Audit Associate | 17.66 | Dinner - Columbia, MD |
| 9/2/04 | Audit Associate | 49.50 | Mileage from Columbia, MD to Conshohocken, PA (131.5 *.375) |
| 9/7/04 | Audit Associate | 49.31 | Mileage from Conshohocken, PA to Columbia, MD (131.5 *.375) |
| 9/7/04 | Audit Associate | 21.37 | Dinner - Columbia, MD |
| 9/7/04 | Audit Associate | 2.40 | Breakfast - Columbia, MD |
| 9/7/04 | Audit Associate | 7.44 | Lunch - Columbia, MD |
| 9/7/04 | Audit Associate | 4.00 | Tolls from Conshohocken, PA to Columbia, MD |
| 9/8/04 | Audit Associate | 3.39 | Breakfast - Columbia, MD |
| 9/8/04 | Audit Associate | 6.89 | Lunch - Columbia, MD |
| 9/8/04 | Audit Associate | 20.44 | Dinner - Columbia, MD |
| 9/9/04 | Audit Associate | 371.80 | Hotel Stay - Columbia, MD (9/7 - 9/9) |
| 9/9/04 | Audit Associate | 3.15 | Breakfast - Columbia, MD |
| 9/9/04 | Audit Associate | 7.00 | Lunch - Columbia, MD |
| 9/9/04 | Audit Associate | 18.94 | Dinner - Columbia, MD |
| 9/9/04 | Audit Associate | 9.00 | Tolls from Columbia, MD to Conshohocken, PA |
| 9/9/04 | Audit Associate | 49.31 | Mileage from Columbia, MD to Conshohocken, PA (131.5 *.375) |
| 9/9/04 | Audit Associate | 556.70 | Airfare - Roundtrip from Philadelphia - Boston |
| 9/10/04 | Audit Associate | 25.00 | AMEX Charge |
| 9/13/04 | Audit Associate | 7.79 | Lunch - Cambridge, MA |
| 9/13/04 | Audit Associate | 6.95 | Breakfast - Cambridge, MA |
| 9/13/04 | Audit Associate | 3.00 | Tolls from Airport to Client |
| 9/13/04 | Audit Associate | 10.00 | Taxi home from dinner in Cambridge |
| 9/14/04 | Audit Associate | 2.35 | Breakfast - Cambridge, MA |
| 9/14/04 | Audit Associate | 5.90 | Lunch - Cambridge, MA |
| 9/14/04 | Audit Associate | 3.00 | Tolls from Airport to Client (after dropping team member off at airport) |
| 9/14/04 | Audit Associate | 20.00 | Parking - Hotel in Cambridge |
| 9/15/04 | Audit Associate | 4.15 | Breakfast - Cambridge, MA |
| 9/15/04 | Audit Associate | 6.70 | Lunch - Cambridge, MA |
| 9/15/04 | Audit Associate | 20.00 | Parking - Hotel in Cambridge |
| 9/16/04 | Audit Associate | 20.00 | Parking - Hotel in Cambridge |
| 9/16/04 | Audit Associate | 3.54 | Breakfast - Cambridge, MA |
| 9/16/04 | Audit Associate | 7.25 | Lunch - Cambridge, MA |
| 9/17/04 | Audit Associate | 276.81 | Rental Car in Cambridge (9/13 - 9/17) |
| 9/17/04 | Audit Associate | 20.00 | Parking - Hotel in Cambridge |
| 9/17/04 | Audit Associate | 85.00 | Parking - Philadelphia Airport (9/13 - 9/17) |
| 9/17/04 | Audit Associate | 3.00 | Tolls from Client to Airport |
| 9/17/04 | Audit Associate | 3.12 | Breakfast - Cambridge, MA |
| 9/17/04 | Audit Associate | 6.55 | Lunch - Cambridge, MA |
| 9/17/04 | Audit Associate | 18.29 | Dinner - Cambridge, MA |
| 9/18/04 | Audit Associate | 938.32 | Hotel Stay in Cambridge (9/13 - 9/17) |
| 9/27/04 | Audit Associate | 49.50 | Mileage from Conshohocken, PA to Columbia, MD (131.5 *.375) |
| 9/27/04 | Audit Associate | 4.00 | Tolls from Conshohocken, PA to Columbia, MD |
| 9/27/04 | Audit Associate | 26.46 | Dinner - Columbia, MD |
| 9/27/04 | Audit Associate | 3.00 | Breakfast - Columbia, MD |
| 9/27/04 | Audit Associate | 8.27 | Lunch - Columbia, MD |
| 9/28/04 | Audit Associate | 17.85 | Dinner - Columbia, MD |
| 9/28/04 | Audit Associate | 2.65 | Breakfast - Columbia, MD |
| 9/28/04 | Audit Associate | 7.15 | Lunch - Columbia, MD |
| 9/29/04 | Audit Associate | 20.77 | Dinner - Columbia, MD |
| 9/29/04 | Audit Associate | 2.65 | Breakfast - Columbia, MD |
| 9/29/04 | Audit Associate | 7.42 | Lunch - Columbia, MD |
| 9/30/04 | Audit Associate | 16.46 | Dinner - Columbia, MD |
| 9/30/04 | Audit Associate | 3.35 | Breakfast - Columbia, MD |
| 9/30/04 | Audit Associate | 6.55 | Lunch - Columbia, MD |
|  |  | **$ 3,482.19** |  |

**Maureen Driscoll**

| Date | Role | Amount | Description |
|---|---|---|---|
| 9/9/04 | Audit Manager | $ 103.00 | Mileage from Philadelphia to Grace incl tolls |
| 9/13/04 | Audit Manager | $ 64.92 | Dinner in Cambridge, J Meenan and M Driscoll |
| 9/13/04 | Audit Manager | $ 714.70 | Airfare to Cambridge |
| 9/13/04 | Audit Manager | $ 12.50 | Amex fee for reservations |
| 9/13/04 | Audit Manager | $ 4.05 | Breakfast |
| 9/13/04 | Audit Manager | $ 6.70 | Lunch |
| 9/14/04 | Audit Manager | $ 6.70 | Lunch |
| 9/15/04 | Audit Manager | $ 2.00 | Breakfast |
| 9/15/04 | Audit Manager | $ 5.20 | Lunch |
| 9/16/04 | Audit Manager | $ 2.00 | Breakfast |
| 9/13/04 | Audit Manager | $ 10.00 | Taxi to dinner |
| 9/15/04 | Audit Manager | $ 218.49 | Hotel in Camridge |
| 9/16/04 | Audit Manager | $ 34.00 | Parking at airport |
|  |  | **$1,184.26** |  |

**Total Expenses    $ 23,234.78**