**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered:  August 2004**

**Name:**     Victor Blanchard
**Level:**    Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Aug-04 | Monthly fee application (MFA) - review information received back through MFA process, apply necessary adjustments | $ 295.00 | 1.0 | $ 295.00 |
| 5-Aug-04 | MFA - compile and review information for the June fee application | $ 295.00 | 2.0 | $ 590.00 |
| 6-Aug-04 | MFA - continue to compile and review information for the June MFA | $ 295.00 | 4.5 | $ 1,327.50 |
| | **Totals** | | **7.5** | **$ 2,212.50** |