**Protiviti Inc.**
**W. R. Grace & Co. Software Licensing Costs**
**Period Covered:  August 2004**

| Software | Purpose | Type of License | Total Expenses |
|---|---|---|---|
| Level: | Automated testing of SAP system application controls | One-time fee | $       8,000.00 |
| **Total** | | | **$       8,000.00** |