IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 6896 |

**DEBTORS' MOTION FOR LEAVE FROM THIS COURT'S NOVEMBER 25, 2003 SCHEDULING ORDER AND APRIL 17, 2002 CASE MANAGEMENT PROCEDURES ORDER TO ALLOW DEBTORS' DISCLOSURE STATEMENT TO BE HEARD AT DECEMBER 20, 2004 HEARING AND TO SET DECEMBER 13, 2004 AT 12:00 P.M. AS DEADLINE TO OBJECT TO DEBTORS' DISCLOSURE STATEMENT**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move this Court (the "Motion"), pursuant to section 105 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), for leave from this Court's (a) *Amended Order Scheduling Omnibus Hearing Dates* (the "Scheduling Order") dated November 25, 2003, and (b) *Order Establishing Case Management Procedures and Hearing Schedule* (the "Case

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Management Procedures Order") dated April 17, 2002, (i) to allow a hearing on the adequacy of the Debtors' Disclosure Statement (Docket No. 6896) to go forward at the Debtors' **December 20, 2004** omnibus hearing, and (ii) to set **December 13, 2004 at 12:00 p.m.** as the objection deadline with respect to the Disclosure Statement, so that the Debtors may provide notice to interested parties consistent with Fed. R. Bankr. P. 2002(b).

Pursuant to the Case Management Procedures Order, documents requiring at least twenty (20) days notice are to be filed thirty-eight (38) days before the omnibus hearing for which they are scheduled to be heard. For the Disclosure Statement to be heard at the Debtors' December 20, 2004 omnibus hearing under the Case Management Procedures Order, the Disclosure Statement should have been filed and served on or before November 12, 2004. The Debtors filed their Disclosure Statement on November 13, 2004. Accordingly, the Debtors seek leave of the Case Management Procedures Order to allow a hearing on the adequacy of the Disclosure Statement to go forward at the December 20, 2004 omnibus hearing

Pursuant to the Scheduling Order, objections to matters to be heard at the December 20, 2004 omnibus hearing are to be filed on or before December 3, 2004.

Fed. R. Bankr. P. 2002(b) requires 25 days notice of the time fixed for filing objections and the hearing to consider approval of a disclosure statement.

Given the magnitude of the Debtors' creditor matrix, the Debtors do not expect to be able to serve and publish notice of the Disclosure Statement hearing until November 18, 2004. Twenty-five (25) days after November 18, 2004, is December 13, 2004. Accordingly, the Debtors respectfully request leave from the Scheduling Order to allow objections to the Disclosure Statement to be filed after December 3, 2004. Specifically, the Debtors request that the Court set December 13, 2004 at 12:00 p.m., as the objection deadline to the Disclosure

3

Statement. This will enable the Debtors to provide notice of the Disclosure Statement hearing and objection deadline in accordance with Fed. R. Bankr. P. 2002(b).

WHEREFORE, the Debtors respectfully request the entry of an Order (i) granting the Debtors' leave from the Scheduling Order and the Case Management Procedures Order, and (ii) allowing a hearing on the adequacy of the Disclosure Statement to go forward at the December 20, 2004 omnibus hearing, and setting an objection deadline to the Disclosure Statement at December 13, 2004 at 12:00 p.m.

Dated: November 15, 2004

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Jonathan Friedland
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

*[signature]*

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and
Debtors in Possession


**The Disclosure Statement is hereby
scheduled to be heard at the Debtors'
December 20, 2004 omnibus hearing.**

**Any objections to the Disclosure Statement
must be filed and served so as to be received
by December 13, 2004 at 12:00 p.m.**

**SO ORDERED** this ___ day
of November, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge