**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

ORDER APPROVING FOURTEENTH QUARTERLY
FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX
CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Fourteenth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period July 1, 2004 through September 30, 2004, dated November 15, 2004 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Fourteenth Quarterly Fee Application on _____, 2004; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Fourteenth Fee Application are approved on an interim basis, and it is further

ORDERED that the compensation for services rendered in the amount of $538,381.96 (plus $11,936.04 for preparing the related fee applications) and reimbursement of expenses incurred in the amount of $28,866.62 is hereby granted to PwC.

Dated: _____, 2004

_____
United States Bankruptcy Judge
