**EXHIBIT C**

PricewaterhouseCoopers LLP
Summary of Expenses
Fourteenth Interim Reporting Period
July 1, 2004 thru September 30, 2004

| Type of Expense | |
|---|---:|
| Transportation | $21,525.13 |
| Lodging | $6,292.73 |
| Sundry | $11.98 |
| Business Meals | $1,036.78 |
| **Grand Total for the Fee Period July 1, 2004 through September 30, 2004** | **$28,866.62** |