## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **15th** day of **November, 2004,** a copy of the *Notice of Filing* of the *Fourteenth Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses* was served on the attached 2002 list by first class mail.

/s/ Kathleen M. Miller
Kathleen M. Miller

{MCM9960.DOC}