**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. <u>et al</u>.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Hearing date:  December 20, 2004 at 12:00 p.m.
Objection Deadline:  December 6, 2004 at 4:00 p.m.**

## NOTICE OF FILING OF QUARTERLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Corporate Recovery, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors (the "Advisors") of the above captioned debtor and debtors in

possession in the above-captioned chapter 11 cases, filed and served the Third Quarterly Interim

Application of Capstone Corporate Recovery, LLC, Financial Advisors to the Official

Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered

and Reimbursement of Expenses Incurred for the period from July 1, 2004 through September

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

30, 2004, seeking compensation in the amount of $212,667.25, reimbursement for actual and

actual and necessary expenses in the amount of $2,667.81.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland

Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before

**December 6, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following:  (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland &

Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura

Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street,

Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-

4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire,

Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax

number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market

Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-

counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena,

Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200

South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and

Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201, Attn: Stephen L. Bossay.


Dated:  November 15, 2004
        Wilmington, DE

**RESPECTFULLY SUBMITTED,**


_____/s/ Michael R. Lastowski_____

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com


and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:        lkruger@Stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

              Debtor                            Objection Deadline: To be Determined
                                                Hearing Date: To be Determined

**THIRD QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004)**

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | July 1, 2004 through September 30, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary during the Quarter (100%): | $212,667.25 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary during the Quarter (100%): | $ 2,667.81 |

This is an: _X___ interim _____ final application

This is the Third Quarterly application filed.  Disclosure for all periods is as follows:

**THIRD QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE
RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004)**

### ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 2, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
|  |  |  |  |  |

| Totals Third Quarterly | July 1, 2004 through September 30, 2004 | $212,667.25 | $2,667.81 | $170,133.80 |
| --- | --- | --- | --- | --- |

**THIRD QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE
RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004)**

**ATTACHMENT B**

1.  Summary of Fees by Professional
2.  Summary of Fees by Task Code
3.  Summary of Fees  by Task Code by Professional
4.  Detailed Task Descriptions
5.  Summary of Expenses

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Professional
## For the Period 7/1/04 through 9/30/04

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 60.10 | $29,749.50 |
| S. Cunningham | Member | $475 | 124.85 | $59,303.75 |
| C. Troyer | Consultant | $375 | 246.70 | $92,512.50 |
| J. Surdoval | Consultant | $375 | 24.00 | $9,000.00 |
| L. Hamilton | Consultant | $335 | 31.40 | $10,519.00 |
| T. Sell | Consultant | $275 | 3.50 | $962.50 |
| M. Desalvio | Research | $150 | 31.25 | $4,687.50 |
| M. Hakoun | Research | $150 | 20.95 | $3,142.50 |
| N. Backer | Paraprofessional | $75 | 37.20 | $2,790.00 |
| **For the Period 7/1/04 through 9/30/04** | | | **579.95** | **$212,667.25** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 7/1/04 through 7/31/04

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed information provided by the Debtors regarding several proposed acquisitions. The Applicant prepared reports to the Committee thereon. | 6.80 | $3,246.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed claims data and updated its analyses thereon. | 1.50 | $712.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee, including potential acquisitions, operating performance, and status of bankruptcy POR negotiations. | 6.80 | $2,864.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant prepared pension plan payment analyses and a report to the Committee thereon. | 51.10 | $21,192.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared monthly and quarterly Fee Applications and related materials for itself and on behalf of FTI Consulting, Inc. | 41.30 | $6,763.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed May 2004 and Q2 2004 financial results. | 12.40 | $5,416.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding the Debtors' preferred stock proposal. Additionally, debt capacity and other issues were analyzed. | 23.60 | $9,493.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' POR proposal and prepared a report to the Committee thereon. | 29.00 | $12,457.00 |
| 20. Valuation | During the Fee Application period, the Applicant spent time updating a hypothetical recovery analysis. | 2.60 | $1,251.00 |
| 26. Meetings with Debtors | During the Fee Application Period, we met/participated in calls with the Debtors and their advisors regarding acquisitions preferred stock, pension, the proposed POR and other issues. | 7.10 | $3,228.50 |

| Task Code | Task Description | Hours | Fees |
|-----------|------------------|-------|------|
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed recent asbestos legislation information and analyzed potential asbestos recovery scenarios. | 5.70 | $1,909.00 |
| **For the Period 7/1/04 through 7/31/04** | | **187.90** | **$68,533.50** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 8/1/2004 through 8/31/2004

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed information provided by the Debtors regarding proposed acquisition/divestiture transactions. | 25.80 | $10,492.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed claims data and updated its analyses thereon. | 1.50 | $562.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including preferred share and POR issues. | 12.30 | $5,446.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared monthly and quarterly Fee Applications, and related materials, for itself and FTI Consulting, Inc. | 21.50 | $5,402.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q2 2004 financial results. The Applicant also prepared schedules supporting report on Q4 performance and peer Q2 earnings for inclusion in a report to the Committee. | 94.25 | $35,449.00 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding the Debtors' convertible preferred stock/debt proposals, and prepared various summaries for the Committee thereon. | 108.75 | $38,330.00 |
| 21. Research | During the Fee Application period, the Applicant analyzed court dockets for pertinent case information, as well as updated information regarding peer asbestos litigation and peer Q2 performance. | 3.05 | $457.50 |
| 26. Meetings with Debtors | During the Fee Application Period, we met/participated in calls with the Debtors and their advisors regarding acquisition and divestiture transactions, 2nd quarter results and other issues. | 7.40 | $3,075.00 |
| **For the Period 8/1/2004 through 8/31/2004** | | **274.55** | **$99,215.50** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 9/1/04 through 9/30/04

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed interest calculations and updated its claims analyses. | 9.00 | $3,609.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including accrued interest, COLI and the Honeywell settlement. | 4.30 | $1,772.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the Debtors' severance proposal. | 2.20 | $909.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the August fee application and corresponded with FTI regarding the fee audit. | 10.60 | $2,749.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q2 2004 financial results. The Applicant also prepared a report to the Committee thereon. | 37.10 | $14,385.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding the various issues including, the KWELMBS settlement, proposed sale of the Darex facility, proposed AKZO settlement, Honeywell settlement, COLI and NOL impacts. | 37.35 | $15,159.75 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' POR proposal and discussed information with a Committee member. | 2.30 | $1,138.50 |
| 17. Preparation and Attendance at Hearings | During the Fee Application period, the Applicant prepared various analyses for the September Hearing. | 5.80 | $2,175.00 |
| 26. Meetings with Debtors | During the Fee Application Period, we participated in calls with the Debtors and their advisors regarding restructuring and COLI issues. | 1.60 | $600.00 |
| 28. Special Case Issues | During the Fee Application Period, the Applicant read and analyzed information regarding recent asbestos legislation, ZAI science trial and asbestos-related industry data. | 7.25 | $2,420.00 |
| **For the Period 9/1/04 through 9/30/04** | | **117.50** | **$44,918.25** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code by Professional
## For the Period 7/1/04 through 9/30/04

| Professional | Hours | Fees |
|---|---|---|
| **01. Asset Acquisitions** | | |
| E. Ordway | 1.80 | $891.00 |
| S. Cunningham | 16.80 | $7,980.00 |
| C. Troyer | 12.30 | $4,612.50 |
| M. Hakoun | 1.70 | $255.00 |
| | 32.60 | $13,738.50 |
| **03. Claims Analysis & Valuation** | | |
| E. Ordway | 0.20 | $99.00 |
| S. Cunningham | 3.60 | $1,710.00 |
| C. Troyer | 8.20 | $3,075.00 |
| | 12.00 | $4,884.00 |
| **04. Creditor Committee Matters** | | |
| E. Ordway | 4.90 | $2,425.50 |
| S. Cunningham | 7.20 | $3,420.00 |
| C. Troyer | 11.30 | $4,237.50 |
| | 23.40 | $10,083.00 |
| **05. Employee Matters/KERP/Other** | | |
| E. Ordway | 4.70 | $2,326.50 |
| S. Cunningham | 15.50 | $7,362.50 |
| C. Troyer | 15.10 | $5,662.50 |
| J. Surdoval | 18.00 | $6,750.00 |
| | 53.30 | $22,101.50 |
| **07. Fee Applications & Invoices** | | |
| E. Ordway | 1.30 | $643.50 |

Capstone Corporate Recovery, LLC

Page 1 of 3

Invoice for the Third Quarterly Fee Application

| Professional | Hours | Fees |
|---|---|---|
| L. Hamilton | 31.40 | $10,519.00 |
| T. Sell | 3.50 | $962.50 |
| N. Backer | 37.20 | $2,790.00 |
| | 73.40 | $14,915.00 |
| 08. Financial Analysis - Schedules & Statements | | |
| E. Ordway | 9.30 | $4,603.50 |
| S. Cunningham | 25.80 | $12,255.00 |
| C. Troyer | 98.20 | $36,825.00 |
| M. Hakoun | 10.45 | $1,567.50 |
| | 143.75 | $55,251.00 |
| 11. Financial Analysis - Other | | |
| E. Ordway | 21.20 | $10,494.00 |
| S. Cunningham | 39.45 | $18,738.75 |
| C. Troyer | 77.30 | $28,987.50 |
| M. Desalvio | 30.25 | $4,537.50 |
| M. Hakoun | 1.50 | $225.00 |
| | 169.70 | $62,982.75 |
| 15. Plan & Disclosure Statement | | |
| E. Ordway | 11.40 | $5,643.00 |
| S. Cunningham | 4.90 | $2,327.50 |
| C. Troyer | 10.00 | $3,750.00 |
| J. Surdoval | 5.00 | $1,875.00 |
| | 31.30 | $13,595.50 |
| 17. Preparation and Attendance at Hearings | | |
| C. Troyer | 5.80 | $2,175.00 |
| | 5.80 | $2,175.00 |
| 20. Valuation | | |
| E. Ordway | 0.80 | $396.00 |

| Professional | Hours | Fees |
|---|---|---|
| S. Cunningham | 1.80 | $855.00 |
| | 2.60 | $1,251.00 |
| **21. Research** | | |
| M. Hakoun | 2.05 | $307.50 |
| M. Desalvio | 1.00 | $150.00 |
| | 3.05 | $457.50 |
| **26. Meetings with Debtors** | | |
| E. Ordway | 2.80 | $1,386.00 |
| S. Cunningham | 5.30 | $2,517.50 |
| C. Troyer | 7.00 | $2,625.00 |
| J. Surdoval | 1.00 | $375.00 |
| | 16.10 | $6,903.50 |
| **28. Special Case Issues** | | |
| E. Ordway | 1.70 | $841.50 |
| S. Cunningham | 4.50 | $2,137.50 |
| C. Troyer | 1.50 | $562.50 |
| M. Hakoun | 5.25 | $787.50 |
| | 12.95 | $4,329.00 |
| **For the Period 7/1/04 through 9/30/04** | 579.95 | $212,667.25 |

# W.R. Grace & Co.

## Capstone Corporate Recovery, LLC
### Detailed Time Description by Task Code
### For the Period 7/1/04 through 9/30/04

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Asset Acquisitions** | | | |
| 7/1/2004 | S. Cunningham | 2.90 | Finalized due diligence related to Alltech acquisition including Patent infringement and intercompany note issues. |
| 7/2/2004 | S. Cunningham | 3.10 | Prepared analyses of various acquisitions. |
| 7/29/2004 | E. Ordway | 0.80 | Read and analyzed data regarding potential acquisition. |
| 8/4/2004 | M. Hakoun | 1.70 | Prepared analysis of W.R.Grace's acquisition of Alltech compared to industry M&A deals. |
| 8/9/2004 | S. Cunningham | 2.30 | Read and analyzed information regarding Project Roof acquisition and divesture of Darex business line. |
| 8/9/2004 | C. Troyer | 3.30 | Read and analyzed materials received from the Debtors regarding a proposed acquisition and divestiture. |
| 8/11/2004 | S. Cunningham | 2.00 | Read and analyzed information pertaining to proposed Project Roof and related divestiture of certain assets. |
| 8/11/2004 | E. Ordway | 1.00 | Prepared analyses to evaluate Debtors' proposed M&A transaction. |
| 8/12/2004 | C. Troyer | 6.50 | Drafted a memo to the Committee pertaining to the proposed acquisition and divestiture. |
| 8/12/2004 | S. Cunningham | 2.70 | Prepared analysis of acquisition and divestiture proposal. |
| 8/13/2004 | S. Cunningham | 2.20 | Prepared analysis of Project Roof. |
| 8/16/2004 | C. Troyer | 2.50 | Prepared report to the Committee on the proposed acquisition and divestiture. |
| 8/17/2004 | S. Cunningham | 1.60 | Prepared/edited analysis of Project Roof acquisition. |
| Subtotal | | 32.60 | |
| **03. Claims Analysis & Valuation** | | | |
| 7/7/2004 | S. Cunningham | 1.50 | Read and analyzed claims reconciliation provided by Debtors and updated Capstone's claims summary. |
| 8/18/2004 | C. Troyer | 1.50 | Read and analyzed the claims analysis prepared by the Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/16/2004 | S. Cunningham | 0.80 | Analyzed interest calculations pertaining to claims. |
| 9/20/2004 | E. Ordway | 0.20 | Directed staff in reviewing updated claims report received from Debtors. |
| 9/23/2004 | C. Troyer | 1.50 | Read and analyzed the Debtors' updated claims analysis. |
| 9/28/2004 | S. Cunningham | 1.30 | Analyzed interest calculations. |
| 9/28/2004 | C. Troyer | 5.20 | Analyzed impact of different interest scenarios on accrued interest. |
| Subtotal | | 12.00 | |

**04. Creditor Committee Matters**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/6/2004 | E. Ordway | 0.20 | Called counsel to discuss POR proposal. |
| 7/6/2004 | C. Troyer | 0.30 | Participated in a Committee conference call. |
| 7/6/2004 | E. Ordway | 0.60 | Participated in conference call with chair to discuss POR. |
| 7/8/2004 | C. Troyer | 0.30 | Discussed pension motion with counsel. |
| 7/9/2004 | E. Ordway | 0.40 | Met with counsel to discuss Debtors' presentation and next steps. |
| 7/9/2004 | C. Troyer | 3.50 | Attended a Committee meeting during which the Debtors presented their proposed restructuring framework. |
| 7/12/2004 | E. Ordway | 0.50 | Called chair to discuss information request and next steps. |
| 7/12/2004 | E. Ordway | 0.30 | Called counsel to discuss information requests. |
| 7/13/2004 | S. Cunningham | 0.50 | Participated in call with counsel and chair regarding pension issues. |
| 7/21/2004 | E. Ordway | 0.20 | Called committee member to discuss POR. |
| 8/2/2004 | E. Ordway | 0.40 | Discussed preferred stock proposal with Committee members. |
| 8/3/2004 | C. Troyer | 1.30 | Discussed the Debtors' proposed convertible preferred stock term sheet with counsel. |
| 8/3/2004 | S. Cunningham | 1.80 | Participated in conference call with counsel to discuss proposed preferred stock issue. |
| 8/3/2004 | E. Ordway | 1.10 | Participated in conference call with counsel to discuss POR/preferred stock issue. |
| 8/4/2004 | S. Cunningham | 0.40 | Discussed preferred share issues with tax counsel. |
| 8/10/2004 | S. Cunningham | 1.40 | Discussed preferred stock vs. convertible debt structure with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/10/2004 | C. Troyer | 1.00 | Participated in a conference call with counsel to discuss the convertible preferred stock discussion document. |
| 8/12/2004 | S. Cunningham | 0.70 | Discussed preferred stock options with Committee chair and counsel. |
| 8/12/2004 | C. Troyer | 0.50 | Participated in a conference call with counsel to discuss convertible preferred stock issues. |
| 8/12/2004 | S. Cunningham | 0.80 | Prepared for and participated in call with counsel to discuss preferred stock proposal. |
| 8/18/2004 | E. Ordway | 0.80 | Participated in call with Committee to discuss POR term sheet. |
| 8/18/2004 | C. Troyer | 1.70 | Participated in a conference call with the Committee. |
| 8/23/2004 | E. Ordway | 0.40 | Corresponded with Committee member regarding valuation and POR issues. |
| 9/15/2004 | C. Troyer | 0.50 | Discussed accrued interest issue with counsel to the holders of unsecured pre-petition debt. |
| 9/24/2004 | S. Cunningham | 0.40 | Participated in call with counsel and tax advisor to review COLI issues motion. |
| 9/24/2004 | C. Troyer | 1.20 | Participated in a conference call with counsel regarding the proposed COLI settlement. |
| 9/27/2004 | S. Cunningham | 1.20 | Participated in call with Debtors and tax advisors to review COLI settlement. |
| 9/30/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss the proposed Honeywell settlement. |
| Subtotal | | 23.40 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/7/2004 | C. Troyer | 1.20 | Read and analyzed the Debtors' pension contribution motion. |
| 7/8/2004 | C. Troyer | 1.50 | Prepared follow-up questions regarding pension for the Debtors. |
| 7/12/2004 | J. Surdoval | 1.00 | Read and analyzed pension information provided by Debtors. |
| 7/12/2004 | S. Cunningham | 4.00 | Read and analyzed pension motion. |
| 7/12/2004 | C. Troyer | 2.60 | Prepared for conference call to discuss the Debtor's proposed pension funding strategy. |
| 7/13/2004 | S. Cunningham | 3.00 | Prepared analysis and reviewed prior year pension funding issues. |
| 7/13/2004 | C. Troyer | 5.50 | Drafted a memo to the Committee pertaining to the proposed pension funding strategy. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/13/2004 | E. Ordway | 2.70 | Analyzed pension payment proposal and prepared/edited report to committee on same. |
| 7/14/2004 | C. Troyer | 2.80 | Updated memo to the Committee regarding the Debtors' proposed pension funding strategy. |
| 7/14/2004 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding pension funding. |
| 7/14/2004 | S. Cunningham | 3.20 | Read and analyzed actuarial data received from Aon regarding pension. |
| 7/15/2004 | S. Cunningham | 2.20 | Prepared analysis of pension funding proposal. |
| 7/15/2004 | J. Surdoval | 5.00 | Read and analyzed pension information provided by Debtors. |
| 7/16/2004 | S. Cunningham | 3.10 | Prepared analysis of pension funding proposal. |
| 7/16/2004 | J. Surdoval | 4.00 | Prepared report regarding pension for the Committee. |
| 7/20/2004 | J. Surdoval | 8.00 | Prepared report regarding pension for the Committee. |
| 7/20/2004 | E. Ordway | 0.90 | Prepared/edited report to the committee regarding pension. |
| 9/1/2004 | C. Troyer | 1.20 | Drafted a memo to the Committee regarding the Debtors' motions pertaining to enhanced severance. |
| 9/7/2004 | C. Troyer | 0.30 | Updated the memo to the Committee on the Debtors' enhanced severance motion. |
| 9/8/2004 | E. Ordway | 0.40 | Analyzed severance proposal. |
| 9/9/2004 | E. Ordway | 0.30 | Analyzed severance proposal. |
| Subtotal | | 53.30 | |

07. Fee Applications & Invoices

| | | | |
|------|-------------|-------|--------------------------|
| 7/1/2004 | N. Backer | 3.20 | Processed May fee application. |
| 7/2/2004 | N. Backer | 2.10 | Processed May fee application. |
| 7/6/2004 | N. Backer | 1.20 | Processed May fee application. |
| 7/7/2004 | N. Backer | 0.80 | Processed May fee application. |
| 7/8/2004 | N. Backer | 1.30 | Processed May fee application. |
| 7/9/2004 | N. Backer | 0.70 | Processed June fee application. |
| 7/12/2004 | N. Backer | 1.30 | Processed June fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/12/2004 | L. Hamilton | 1.40 | Prepared May fee application. |
| 7/13/2004 | N. Backer | 0.80 | Processed fee application for June. |
| 7/15/2004 | L. Hamilton | 1.10 | Prepared correspondence and discussed outstanding fee application filings with Stroock and Duane Morris. |
| 7/19/2004 | L. Hamilton | 2.20 | Prepared response for FTI regarding fee audit for 12th quarterly period. |
| 7/19/2004 | E. Ordway | 0.30 | Read and outlined response to fee examiner's report. |
| 7/19/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 7/19/2004 | L. Hamilton | 0.90 | Finalized May fee application. |
| 7/19/2004 | N. Backer | 0.60 | Processed June fee application. |
| 7/20/2004 | N. Backer | 1.60 | Processed June fee application. |
| 7/21/2004 | L. Hamilton | 1.00 | Prepared response to Fee Auditor for FTI's 12th quarterly period. |
| 7/21/2004 | N. Backer | 0.70 | Processed June fee application. |
| 7/21/2004 | T. Sell | 1.00 | Prepared/edited FTI Fee Application. |
| 7/21/2004 | L. Hamilton | 3.10 | Prepared 13th quarterly fee application for FTI. |
| 7/22/2004 | N. Backer | 1.50 | Processed June Fee Application. |
| 7/22/2004 | N. Backer | 1.40 | Processed June Fee Application. |
| 7/22/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 7/23/2004 | N. Backer | 2.30 | Processed June Fee Application. |
| 7/23/2004 | L. Hamilton | 1.00 | Prepared/edited June fee application. |
| 7/26/2004 | N. Backer | 1.40 | Processed June Fee Application. |
| 7/27/2004 | N. Backer | 2.10 | Processed quarterly fee application. |
| 7/28/2004 | N. Backer | 0.50 | Processed quarterly fee application. |
| 7/29/2004 | L. Hamilton | 1.50 | Prepared/edited June fee application. |
| 7/29/2004 | N. Backer | 2.30 | Processed quarterly fee application. |
| 7/30/2004 | N. Backer | 1.60 | Processed quarterly fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/2/2004 | L. Hamilton | 1.00 | Prepared June fee application. |
| 8/2/2004 | L. Hamilton | 2.80 | Prepared quarterly fee application. |
| 8/3/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/3/2004 | L. Hamilton | 2.30 | Prepared quarterly fee application. |
| 8/4/2004 | L. Hamilton | 1.10 | Prepared status report concerning fee applications/audit for FTI. |
| 8/4/2004 | L. Hamilton | 0.80 | Prepared status report concerning fee applications for Capstone. |
| 8/4/2004 | L. Hamilton | 1.60 | Updated quarterly schedules for fee auditor. |
| 8/5/2004 | T. Sell | 1.50 | Updated expense database. |
| 8/16/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/16/2004 | L. Hamilton | 0.90 | Prepared/edited July fee application. |
| 8/18/2004 | N. Backer | 0.40 | Processed July fee application. |
| 8/23/2004 | L. Hamilton | 1.00 | Prepared July fee application. |
| 8/23/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/26/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 8/30/2004 | L. Hamilton | 1.60 | Prepared July fee application. |
| 9/7/2004 | L. Hamilton | 1.00 | Read fee audit response and prepared related correspondence to FTI. |
| 9/8/2004 | L. Hamilton | 1.10 | Prepared August fee application. |
| 9/8/2004 | N. Backer | 0.40 | Prepared August fee application. |
| 9/9/2004 | N. Backer | 0.60 | Prepared August fee application. |
| 9/10/2004 | N. Backer | 0.40 | Prepared August fee application. |
| 9/10/2004 | L. Hamilton | 0.90 | Prepared/edited August fee application. |
| 9/13/2004 | L. Hamilton | 0.40 | Prepared/edited August fee application. |
| 9/14/2004 | T. Sell | 1.00 | Edited expense database. |
| 9/15/2004 | L. Hamilton | 1.10 | Prepared/edited August fee application. |

Capstone Corporate Recovery, LLC

Invoice for the Third Quarterly Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 9/21/2004 | N. Backer | 1.10 | Prepare August fee application. |
| 9/24/2004 | N. Backer | 0.60 | Prepare August fee application. |
| 9/27/2004 | E. Ordway | 0.40 | Prepared fee application. |
| 9/27/2004 | L. Hamilton | 1.60 | Prepared/edited August fee application. |
| Subtotal | | 73.40 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 7/8/2004 | C. Troyer | 1.40 | Read the May monthly financial package prepared by the Debtors. |
| 7/16/2004 | C. Troyer | 1.20 | Analyzed the Debtors' May performance scorecard. |
| 7/16/2004 | E. Ordway | 0.70 | Analyzed most recent financial statements, compared to plan and listed items for investigation. |
| 7/21/2004 | S. Cunningham | 2.00 | Read and analyzed interim results for May versus plan and Prior year. |
| 7/21/2004 | M. Hakoun | 0.70 | Read and summarized 2Q04 earnings data released by Debtors. |
| 7/26/2004 | S. Cunningham | 2.60 | Read interim financial results for the month of May and prepared variance analysis. |
| 7/27/2004 | S. Cunningham | 1.10 | Read and analyzed Debtors' 2nd quarter press release. |
| 7/27/2004 | S. Cunningham | 0.40 | Continued to prepare analysis of May results. |
| 7/29/2004 | S. Cunningham | 2.30 | Read and analyzed Q2 preliminary financials in preparation for quarterly call with Debtors. |
| 8/4/2004 | C. Troyer | 2.50 | Analyzed discussion materials and 2nd quarter financial package in advance of conference call with the Debtors. |
| 8/6/2004 | S. Cunningham | 3.00 | Read second quarter analysis and evaluated with respect to "material weakness" issues. |
| 8/11/2004 | M. Hakoun | 0.90 | Prepared summary of 2Q04 earnings of peer specialty chemical companies |
| 8/11/2004 | M. Hakoun | 1.60 | Analyzed peer 2Q04 earnings, prepared summary schedule of top line financials. |
| 8/11/2004 | C. Troyer | 6.40 | Prepared schedules supporting the report to the Committee on 2nd quarter performance. |
| 8/16/2004 | C. Troyer | 2.30 | Read and analyzed the 2nd quarter 10Q. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/16/2004 | C. Troyer | 2.70 | Prepared supporting schedules for the report to the Committee on 2nd quarter performance. |
| 8/17/2004 | C. Troyer | 6.00 | Prepared schedules supporting the report to the Committee on 2nd quarter performance. |
| 8/18/2004 | C. Troyer | 6.00 | Drafted report to the Committee on 2nd quarter performance. |
| 8/19/2004 | C. Troyer | 6.00 | Prepared supporting schedules for the report to the Committee on 2nd quarter performance. |
| 8/19/2004 | E. Ordway | 0.60 | Prepared EBITDA analysis for inclusion in monitoring report. |
| 8/19/2004 | E. Ordway | 1.20 | Read and analyzed most recent financial reports, compared to plan, and summarized observations for further investigation. |
| 8/20/2004 | C. Troyer | 4.00 | Drafted report to the Committee on 2nd quarter performance. |
| 8/20/2004 | E. Ordway | 0.80 | Prepared comparative analysis of revenues for inclusion in monitoring report. |
| 8/23/2004 | C. Troyer | 8.30 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/23/2004 | S. Cunningham | 2.00 | Read Q2 financial data and prepared analysis. |
| 8/24/2004 | C. Troyer | 6.50 | Drafted report to the Committee on the Debtors' 2nd quarter performance. |
| 8/24/2004 | S. Cunningham | 2.40 | Read Q2 financial data and prepared analysis. |
| 8/25/2004 | C. Troyer | 2.30 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/26/2004 | S. Cunningham | 3.00 | Prepared analysis of Q2 financial results. |
| 8/26/2004 | C. Troyer | 7.00 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/27/2004 | S. Cunningham | 2.50 | Prepared analysis of Q2 results for inclusion in report to Committee. |
| 8/27/2004 | C. Troyer | 4.50 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/30/2004 | E. Ordway | 0.60 | Continued preparation of 2nd quarter performance report to the Committee. |
| 8/31/2004 | S. Cunningham | 0.40 | Prepared analysis of Q2 results. |
| 8/31/2004 | M. Hakoun | 2.15 | Gathered and read peer chemical company 2Q04 SEC filings. |
| 8/31/2004 | M. Hakoun | 1.30 | Summarized key developments in peer operations. |
| 8/31/2004 | C. Troyer | 6.10 | Drafted report to the Committee on 2nd quarter performance. |
| 8/31/2004 | M. Hakoun | 1.20 | Read and analyzed peer company analyst reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/1/2004 | M. Hakoun | 2.20 | Prepared peer group analysis. |
| 9/1/2004 | C. Troyer | 3.50 | Drafted a report to the Committee on the Debtors' 2nd quarter performance. |
| 9/2/2004 | S. Cunningham | 2.00 | Prepare analysis of Q2 results of operations. |
| 9/7/2004 | E. Ordway | 1.90 | Prepared/edited report on 2nd quarter performance for the Committee. |
| 9/7/2004 | C. Troyer | 7.20 | Updated report to the Committee on the Debtors' 2nd quarter performance. |
| 9/8/2004 | E. Ordway | 1.10 | Prepared/edited report on 2nd quarter performance for the Committee regarding cash flow. |
| 9/8/2004 | C. Troyer | 2.40 | Prepared distribution to the Committee regarding the July 2004 monthly financial package. |
| 9/8/2004 | C. Troyer | 4.20 | Updated the report to the Committee on the Debtors' 2nd quarter performance. |
| 9/9/2004 | C. Troyer | 4.70 | Finalized report to the Committee on the Debtors' 2nd quarter performance. |
| 9/10/2004 | E. Ordway | 1.20 | Prepared and edited 2nd quarter report regarding EBIT variances. |
| 9/13/2004 | E. Ordway | 1.20 | Analyzed operating performance of peer group based on 2nd quarter 10-Q reports. |
| 9/22/2004 | M. Hakoun | 0.40 | Analyzed recent SEC filing. |
| 9/29/2004 | S. Cunningham | 2.10 | Read and prepared analysis of financial results. |
| 9/30/2004 | C. Troyer | 3.00 | Read and analyzed August financials. |
| Subtotal | | 143.75 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/2/2004 | M. Desalvio | 0.50 | Read and summarized latest court docket information in case database. |
| 7/6/2004 | M. Desalvio | 0.50 | Read and summarized latest court docket information in case database. |
| 7/9/2004 | E. Ordway | 0.60 | Directed staff and research group in valuation of preferred stock proposal. |
| 7/9/2004 | E. Ordway | 1.20 | Prepared for meeting with Debtor by continuing above-described review. |
| 7/9/2004 | E. Ordway | 0.80 | Prepared detailed list of information needed to analyze Debtors' proposal. |
| 7/9/2004 | C. Troyer | 2.80 | Researched and analyzed information pertaining to convertible preferred securities and current market pricing. |
| 7/9/2004 | E. Ordway | 0.50 | Prepared outline of acceptable terms for a preferred stock issue. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/12/2004 | C. Troyer | 0.90 | Updated the information request memo to reflect counsel's comments. |
| 7/12/2004 | E. Ordway | 1.10 | Analyzed tax implications of preferred stock issues. |
| 7/14/2004 | E. Ordway | 0.70 | Reviewed data regarding recent preferred stock issues. |
| 7/22/2004 | C. Troyer | 5.30 | Read and analyzed case status reports filed with the court. |
| 7/22/2004 | E. Ordway | 0.90 | Analyzed industry data regarding convertible securities. |
| 7/23/2004 | C. Troyer | 2.80 | Researched and analyzed key terms of recent convertible preferred security deals for purposes of assessing the Debtors' forthcoming term sheet. |
| 7/23/2004 | E. Ordway | 0.80 | Analyzed debt capacity based on above-plan performance level. |
| 7/28/2004 | S. Cunningham | 0.40 | Reviewed/updated information request to Debtors. |
| 7/30/2004 | C. Troyer | 3.50 | Read and analyzed the discussion materials received from the Debtors in advance of 8/2/04 conference call. |
| 7/30/2004 | E. Ordway | 0.30 | Prepared detailed work plan for staff for near-term activities. |
| 8/2/2004 | S. Cunningham | 2.50 | Read and analyzed terms of preferred stock proposed by Debtors including research of comparable instruments. |
| 8/3/2004 | E. Ordway | 0.60 | Prepared/edited analyses regarding structure of convertible note/preferred stock proposals. |
| 8/3/2004 | S. Cunningham | 2.20 | Prepared analysis of preferred stock vs. other debt/equity instruments. |
| 8/3/2004 | M. Desalvio | 3.80 | Read and analyzed rating information regarding new issues of convertible preferred stock. Gathered related articles and analysts reports. |
| 8/3/2004 | S. Cunningham | 2.30 | Read and analyzed information pertaining to issuances of preferred stock by other companies. |
| 8/4/2004 | M. Desalvio | 9.50 | Continued to read and summarize convertible preferred stock information. |
| 8/4/2004 | E. Ordway | 0.40 | Analyzed market terms of recent convertible debt issues. |
| 8/4/2004 | S. Cunningham | 3.10 | Read and analyzed information regarding issues related to convertible preferred stock and evaluated alternative structures. |
| 8/5/2004 | S. Cunningham | 1.50 | Read and analyzed information regarding preferred stock issues and prepared analysis thereon. |
| 8/5/2004 | E. Ordway | 1.10 | Analyzed/researched tax issues pertaining to POR proposal. |
| 8/5/2004 | M. Desalvio | 7.30 | Continued to read and summarize convertible preferred stock information. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/5/2004 | C. Troyer | 4.30 | Prepared discussion document for the Committee regarding the Debtors' proposed convertible preferred stock term sheet. |
| 8/6/2004 | E. Ordway | 0.80 | Analyzed tax issues regarding preferred stock issuance to Committee. |
| 8/6/2004 | M. Desalvio | 2.00 | Read and analyzed rating information regarding new issues of convertible preferred stock. |
| 8/6/2004 | M. Desalvio | 2.15 | Prepared convertible preferred stock data summary. |
| 8/9/2004 | E. Ordway | 1.60 | Prepared analyses and term sheet to support POR proposal. |
| 8/9/2004 | E. Ordway | 0.50 | Analyzed recent preferred stock offerings. |
| 8/9/2004 | C. Troyer | 5.90 | Prepared discussion materials pertaining to the convertible preferred stock term sheet received from the Debtors. |
| 8/9/2004 | S. Cunningham | 3.30 | Read and analyzed various convertible/preferred stock motions. |
| 8/9/2004 | M. Desalvio | 2.00 | Read and summarized listing of recent convertible bond issues. |
| 8/10/2004 | C. Troyer | 6.50 | Updated discussion document pertaining to the proposed convertible preferred stock term sheet received from the Debtors. |
| 8/10/2004 | E. Ordway | 1.50 | Prepared analysis summarizing key terms of report various preferred stock issues. |
| 8/10/2004 | S. Cunningham | 2.60 | Evaluated issues regarding convertible preferred stock versus convertible bonds. |
| 8/11/2004 | C. Troyer | 2.60 | Updated the discussion document pertaining to the convertible preferred stock term sheet prepared by the Debtors. |
| 8/11/2004 | E. Ordway | 0.80 | Analyzed data regarding proposed asset transaction. |
| 8/12/2004 | E. Ordway | 1.60 | Prepared updated analyses to illustrate POR proposal. |
| 8/12/2004 | M. Desalvio | 0.80 | Continued to read and summarize recent convertible bond issues. |
| 8/12/2004 | S. Cunningham | 2.10 | Prepared/edited draft term sheet regarding convertible debt versus preferred stock. |
| 8/13/2004 | S. Cunningham | 2.30 | Prepared and analyzed summary of comparable data regarding convertible debt issuances. |
| 8/13/2004 | C. Troyer | 8.50 | Researched and analyzed terms of recent issuances of convertible debt. |
| 8/16/2004 | C. Troyer | 1.50 | Prepared updated term sheet analysis and discussed with counsel. |
| 8/16/2004 | E. Ordway | 0.80 | Prepared for conference call to discuss POR proposal by analyzing Debtors' proposal, our analyses, etc. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/17/2004 | M. Desalvio | 1.70 | Continued to summarize recent convertible bond issue data. |
| 8/17/2004 | S. Cunningham | 2.40 | Read and analyzed term sheet and comparable transaction summary regarding convertible debt. |
| 8/18/2004 | E. Ordway | 0.70 | Prepared for Committee conference call by reading recent financial data, counsel memos and our POR proposal. |
| 8/18/2004 | E. Ordway | 0.40 | Prepared discussion outline for conference call with Committee. |
| 8/24/2004 | C. Troyer | 1.80 | Read and analyzed the enhanced severance and KWELMBS settlement motion. |
| 8/24/2004 | C. Troyer | 0.70 | Drafted questions regarding the enhanced severance and KWELMBS settlement motions. |
| 8/24/2004 | S. Cunningham | 2.10 | Read information and prepared analysis related to severance and other motions filed on 8/24/04. |
| 8/30/2004 | E. Ordway | 0.30 | Read judge's order re: comply with rule 2019. |
| 8/30/2004 | C. Troyer | 6.30 | Drafted a memo to the Committee regarding the KWELMBS settlement motion and the enhanced severance motion. |
| 8/31/2004 | E. Ordway | 0.40 | Reviewed prior severance motions in connection with currently proposed motion for revision thereto. |
| 8/31/2004 | S. Cunningham | 1.10 | Reviewed/edited final draft memo to Committee regarding severance/insurance motion. |
| 8/31/2004 | C. Troyer | 2.40 | Drafted memo to the Committee on the proposed KWELMBS settlement motion and the enhanced settlement motion. |
| 9/1/2004 | C. Troyer | 1.20 | Drafted a memo to the Committee regarding the KWELMBS settlement. |
| 9/1/2004 | C. Troyer | 0.20 | Read and analyzed the Debtors' motion pertaining to the proposed sale of the Darex facility. |
| 9/8/2004 | C. Troyer | 0.30 | Drafted e-mail to the Debtors' financial advisors regarding the proposed AKZO settlement. |
| 9/8/2004 | C. Troyer | 0.50 | Updated memo to the Committee on recent motions filed by the Debtors. |
| 9/9/2004 | E. Ordway | 0.40 | Read counsel's memo on proposed insurance settlement. |
| 9/9/2004 | C. Troyer | 0.20 | Updated memo to the Committee on recent motions. |
| 9/10/2004 | E. Ordway | 0.50 | Read and analyzed documents regarding patent infringement settlement. |
| 9/13/2004 | S. Cunningham | 1.50 | Read and analyzed information and recommendation regarding AKZO settlement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/14/2004 | E. Ordway | 0.50 | Read and analyzed counsel's memo regarding various pending motions. |
| 9/16/2004 | S. Cunningham | 0.70 | Analyzed preferred stock scenarios. |
| 9/16/2004 | C. Troyer | 1.30 | Read and analyzed pre-petition credit agreements. |
| 9/21/2004 | M. Hakoun | 1.50 | Analyzed sale agreement of New Jersey property to Honeywell, and liabilities associated with legacy chemical containments. |
| 9/21/2004 | E. Ordway | 0.90 | Read and analyzed Honeywell and COLI settlement motions and analyzed financial impact. |
| 9/21/2004 | E. Ordway | 0.30 | Read counsel's memo regarding fixed fee advisor compensation. |
| 9/21/2004 | C. Troyer | 5.50 | Read and analyzed Honeywell and COLI settlement motions and prepared related follow-up questions. |
| 9/23/2004 | E. Ordway | 0.20 | Read and analyzed data regarding settlement of Coudert Brothers sublease arrangements. |
| 9/24/2004 | C. Troyer | 6.80 | Analyzed valuation of other asbestos-related companies. |
| 9/24/2004 | S. Cunningham | 1.40 | Read and analyzed COLI motion and related issues |
| 9/27/2004 | S. Cunningham | 1.30 | Updated hypothetical recovery analysis incorporating the results of projected COLI payment. |
| 9/27/2004 | C. Troyer | 4.00 | Researched and analyzed historical COLI-related information provided by the Debtors and compared to current proposal. |
| 9/27/2004 | S. Cunningham | 0.90 | Read and analyzed historical information related to COLI issues. |
| 9/27/2004 | S. Cunningham | 1.20 | Researched NOL carry back issues |
| 9/28/2004 | S. Cunningham | 1.20 | Prepared analysis of COLI policy. |
| 9/30/2004 | S. Cunningham | 2.25 | Analyzed COLI issues related to impact on hypothetical recoveries. |
| 9/30/2004 | C. Troyer | 1.50 | Prepared follow-up analysis regarding the proposed Honeywell settlement. |
| 9/30/2004 | S. Cunningham | 1.10 | Read and analyzed Grace IRS ruling request regarding COLI . |
| Subtotal | | 169.70 | |

·15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2004 | S. Cunningham | 1.60 | Read and analyzed Debtors' proposal regarding recovery. |
| 7/2/2004 | E. Ordway | 1.90 | Read and analyzed K&E report regarding POR proposal. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/2/2004 | C. Troyer | 6.50 | Analyzed the Debtors' restructuring proposal and discussed with Debtors' advisors. |
| 7/5/2004 | C. Troyer | 0.50 | Drafted discussion document for Committee call on 7/6/04. |
| 7/6/2004 | C. Troyer | 1.50 | Prepared for call with Committee to discuss the restructuring framework proposed by the Company. |
| 7/6/2004 | E. Ordway | 2.80 | Continued to analyze POR proposal and prepared chart to illustrate components thereof. |
| 7/6/2004 | J. Surdoval | 5.00 | Read and analyzed POR summary. |
| 7/8/2004 | E. Ordway | 3.30 | Prepared for meeting with management by reviewing K&E presentation, recent operating results, 2004 business plan and analyses prepared by staff; prepared list of discussion points for meeting. |
| 7/9/2004 | C. Troyer | 1.50 | Drafted memo to the Debtors requesting additional follow-up information pertaining to the proposed restructuring framework. |
| 7/12/2004 | S. Cunningham | 2.20 | Read and analyzed recovery alternatives regarding plan of reorganization. |
| 7/27/2004 | E. Ordway | 1.10 | Prepared/edited report to committee regarding POR proposal. |
| 7/28/2004 | S. Cunningham | 1.10 | Read and analyzed reorganization summary prepared by Debtors. |
| 9/15/2004 | E. Ordway | 0.50 | Discussed POR proposal with Committee member. |
| 9/20/2004 | E. Ordway | 1.50 | Prepared updated analysis of capital structure for a POR lender under several scenarios. |
| 9/28/2004 | E. Ordway | 0.30 | Called participant back to discuss Debtor's POR proposal. |
| Subtotal | | 31.30 | |

**17. Preparation and Attendance at Hearings**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/9/2004 | C. Troyer | 3.30 | Prepared fee analysis in advance of September hearing. |
| 9/22/2004 | C. Troyer | 2.50 | Prepared analysis for counsel in advance of September hearing. |
| Subtotal | | 5.80 | |

**20. Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/7/2004 | E. Ordway | 0.80 | Analyzed valuation data regarding POR. |
| 7/13/2004 | S. Cunningham | 1.80 | Prepared analysis of recovery issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 2.60 | |

**21. Research**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/13/2004 | M. Hakoun | 1.40 | Updated information regarding asbestos litigation associated with peer asbestos companies and legislative developments. |
| 8/13/2004 | M. Hakoun | 0.65 | Updated bankruptcy docket virtual database |
| 8/31/2004 | M. Desalvio | 1.00 | Gathered analysts' reports on Q2 results for Debtors' competitors. |
| Subtotal | | 3.05 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2004 | S. Cunningham | 0.40 | Discussed Debtors' proposal regarding recovery with chair and counsel |
| 7/9/2004 | E. Ordway | 2.50 | Participated in meeting with Debtors to discuss case status, resolution of operating issues, POR, pension matters, operating performance. |
| 7/12/2004 | J. Surdoval | 1.00 | Participated in call with Debtors regarding pension information. |
| 7/13/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss the proposed pension funding strategy. |
| 7/13/2004 | S. Cunningham | 1.00 | Participated in call with Debtors and advisors regarding pension issues. |
| 7/19/2004 | E. Ordway | 0.30 | Called participant to discuss pension issues. |
| 7/27/2004 | S. Cunningham | 0.90 | Discussed proposed acquisition with Blackstone. |
| 8/2/2004 | C. Troyer | 0.70 | Participated in a conference call with the Debtors to discuss the proposed convertible preferred stock term sheet. |
| 8/5/2004 | C. Troyer | 1.30 | Participated in a conference call with the Debtors to discuss 2nd quarter performance. |
| 8/12/2004 | C. Troyer | 1.50 | Participated in a conference call with the Debtors to discuss the proposed acquisition and divestiture. |
| 8/12/2004 | S. Cunningham | 1.00 | Participated in call with Debtors to discuss Project Roof acquisition. |
| 8/23/2004 | C. Troyer | 0.30 | Participated in a conference call with the financial advisors to the Debtors regarding the term sheet submitted to the Debtors by the Committee. |
| 8/23/2004 | S. Cunningham | 2.00 | Discussed convertible debt term sheet with Blackstone and reviewed comparable transaction information. |
| 8/26/2004 | C. Troyer | 0.30 | Participated in a conference call with the Debtors to discuss the proposed enhanced severance program. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/30/2004 | C. Troyer | 0.30 | Participated in a conference call with the Debtors to discuss the KWELMBS settlement motion. |
| 9/15/2004 | C. Troyer | 0.30 | Participated in a telephone conversation with the Debtors' financial advisors regarding the restructuring framework. |
| 9/27/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss the proposed COLI settlement |
| 9/28/2004 | C. Troyer | 0.30 | Discussed updated assumptions regarding a restructuring framework with the Debtors' financial advisors. |
| Subtotal | | 16.10 | |

28. Special Case Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/19/2004 | E. Ordway | 0.50 | Read Navigant update report on asbestos litigation. |
| 7/20/2004 | M. Hakoun | 0.65 | Analyzed asbestos claimants recovery and unsecured creditors recovery. |
| 7/20/2004 | M. Hakoun | 1.85 | Read and analyzed Halliburton's Plan and Disclosure Statement as approved by the court. |
| 7/21/2004 | E. Ordway | 0.20 | Read counsel's memo on asbestos legislation. |
| 7/22/2004 | S. Cunningham | 1.30 | Read and analyzed updated proposals regarding asbestos litigation trust. |
| 7/22/2004 | S. Cunningham | 1.20 | Read and analyzed US House of Representative presentation by Lester Brickman. |
| 9/3/2004 | M. Hakoun | 1.30 | Prepared summary of asbestos Chapter 11 bankruptcy protection filing by Pfizer subsidiary Quigley. |
| 9/9/2004 | M. Hakoun | 0.65 | Updated analysis of Senate asbestos legislation status including commentary regarding bill failure and companies with greater/less risk. |
| 9/14/2004 | E. Ordway | 0.30 | Read and analyzed counsel's memo regarding ZAI science trial. |
| 9/15/2004 | E. Ordway | 0.30 | Read and analyzed report from Navigant regarding asbestos legislation update. |
| 9/23/2004 | S. Cunningham | 2.00 | Prepared and reviewed information related to valuation of asbestos companies. |
| 9/23/2004 | C. Troyer | 1.50 | Read and analyzed recent asbestos-related articles. |
| 9/29/2004 | E. Ordway | 0.40 | Read and analyzed latest asbestos reform legislation memo from counsel. |
| 9/30/2004 | M. Hakoun | 0.80 | Summarized key commentary and notes on Asbestos Plan. |
| Subtotal | | 12.95 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **Total Hours** | | **579.95** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 7/1/2004 through 9/30/2004

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Copies** | | | |
| 7/30/2004 | Capstone Allocation | Copies -July (948 copies @ .15 ea) | $142.20 |
| 8/31/2004 | | Copies - August (1,046 @ .15 ea) | $156.90 |
| 9/30/2004 | | Copies - Sept. (509 @ .15 ea) | $76.35 |
| Subtotal - Copies | | | $375.45 |
| **Faxes** | | | |
| 7/30/2004 | Capstone Allocation | Faxes - July (12 faxes @ $1.00 ea) | $12.00 |
| Subtotal - Faxes | | | $12.00 |
| **Parking/Tolls/Mileage** | | | |
| 7/9/2004 | E. Ordway | Parking $41.00 | $47.00 |
| 7/26/2004 | S. Cunningham | Parking/Mileage | $44.38 |
| 7/26/2004 | S. Cunningham | Tolls | $6.00 |
| Subtotal - Parking/Tolls/Mileage | | | $97.38 |
| **Postage/Express Deliveries** | | | |
| 7/1/2004 | Postage/Express Deliveries | #792018318241-Jun 9 Fedex | $16.70 |
| 8/31/2004 | | 8/3/04 Stroock & Stroock & Lavan | $16.85 |
| 9/9/2004 | | Postage & Over Night Deliveries | $16.85 |
| Subtotal - Postage/Express Deliveries | | | $50.40 |
| **Research** | | | |
| 7/22/2004 | M. Hakoun | Pacer Bill 4/1/04-6/30/04 | $104.76 |
| 7/28/2004 | M. Hakoun | Factiva- monthly charges | $23.29 |
| 8/31/2004 | | Bloomberg August 2004 | $751.00 |
| 8/31/2004 | M. Hakoun | Factiva | $5.76 |

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| 9/30/2004 | M. Hakoun | Retrieval of case related court documents. | $23.51 |
| Subtotal - Research | | | $908.32 |

**Scans**

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| 8/4/2004 | | Scans - August - 110 @ 1.00 ea | $110.00 |
| 9/30/2004 | | Scans - Sept.(311 @ 1.00 ea) | $311.00 |
| Subtotal - Scans | | | $421.00 |

**Telecom Charges**

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| 7/31/2004 | Capstone Allocation | July Phone - Saddle Brook Office | $248.93 |
| 7/31/2004 | E. Ordway | ATT Wireless - 7/11/04 invoice | $22.34 |
| 8/2/2004 | E. Ordway | AT&T Wireless - 7/31/04 Invoice | $14.39 |
| 8/31/2004 | | August Phone - Saddle Brook office | $275.34 |
| 8/31/2004 | E. Ordway | Airphone 5/31-charge not inc. on previous invoice | $7.20 |
| 8/31/2004 | E. Ordway | Airphone July | $4.05 |
| 9/1/2004 | E. Ordway | Airphone 8/31/04 | $58.92 |
| 9/1/2004 | E. Ordway | AT&T Wireless - 8/31/04 Invoice | $14.40 |
| 9/30/2004 | | September Phone - Saddle Brook office | $157.69 |
| Subtotal - Telecom Charges | | | $803.26 |
| **For the Period 7/1/2004 through 9/30/2004** | | | **$2,667.81** |

**THIRD QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE
RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004)**

## APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amendment to the Administrative Order effective April 17, 2002 (the "Amendment") and Del.Bankr.LR 2016-2,   Capstone Corporate Recovery, LLC ("Capstone"), Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the "Debtors"), hereby applies for an order allowing it (i) compensation in the amount of $212,667.25 for professional services rendered by Capstone as financial advisors for the Committee, less $54,826.80 previously paid, and (ii) reimbursement for the actual and necessary expenses incurred by Capstone in rendering such services in the amount of $2,667.81 less $667.60 previously paid, (the "Third Quarterly Fee Application"), in each case for the interim quarterly period from July 1, 2004 through September 30, 2004 (the "Fee Period"). In support of this Application, Capstone respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1. Pursuant to the procedures set forth in the Administrative Fee Order and Amendment, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Administrative

Fee Order and Amendment may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2. Furthermore, and also pursuant to the Administrative Fee Order and Amendment, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

3. Pursuant to an Application submitted to the Court on or about February 20, 2004, and by a Court order dated June 8, 2004 (the "Retention Order"), Capstone was retained as financial advisors for the Committee, nunc pro tunc to February 4, 2004.

4. Capstone, which was formed by former employees of FTI, was retained by the Committee instead and in place of FTI Consulting Inc. ("FTI"). FTI continues to be retained by the Committee in a limited advisory capacity.

5. In the interests of providing an orderly transition of services and at the request of FTI, Capstone prepared certain fee applications on behalf of FTI. Both Capstone and FTI have

taken care in segregating fees and expenses in order to prevent any duplication within their respective fee applications.  Time spent by Capstone employees in preparation of these FTI fee applications has been included in Capstone's fee applications and is not replicated in FTI's fee applications for the period July 1, 2004 through September 30, 2004.

6. Since its retention, Capstone has continuously and vigorously pursued the Committee's interests in these cases.

7. Capstone is a firm of financial advisors specializing in insolvency restructuring and related matters.  Since being retained by the Committee, Capstone has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates.  Capstone respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

8. This is the Third Quarterly Fee Application for compensation for services rendered that Capstone has filed with the Bankruptcy Court in connection with the representation of the Committee in these chapter 11 cases.

9. Capstone has filed the following Monthly Fee Applications for interim compensation during the Fee Period:

    a. Sixth application of Capstone Corporate Recovery, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from July 1, 2004 through July 31, 2004, filed on or about August 31, 2004, (the "Sixth Fee Application") attached hereto as Exhibit II.

    b. Seventh application of Capstone Corporate Recovery, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from August 1, 2004 through August 31, 2004, filed on or about

7

September 24, 2004, (the "Seventh Fee Application") attached hereto as <u>Exhibit III</u>.

c.  Eighth application of Capstone Corporate Recovery, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from September 1, 2004 through September 30, 2004, filed on or about November 4, 2004, (the "Eighth Fee Application") attached hereto as <u>Exhibit IV</u>.

Capstone has not filed any other Quarterly Fee Applications or Monthly Fee Applications for the Fee Period.

<u><strong>Description of Services, Fees and Expenses</strong></u>

10. During the Third Quarterly Interim Period, the Applicant rendered professional services aggregating a total of 579.95 hours in the discharge of its duties as financial advisor and bankruptcy consultant to the Committee. The Applicant is seeking an interim allowance for compensation of professional services rendered to the Debtors of $212,667.25, representing 100% of fees incurred, and reimbursement of expenses in connection therewith of $2,667.81.

The Applicant, respectfully, submits the following:

a)  The Applicant believes that the interim fees applied for herein for professional services rendered in performing accounting and advisory services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained.

b)  All expenses were billed at actual cost, exclusive of amortization of the cost of investment, equipment or capital outlay. Internal charges for outgoing out-of-town facsimile transmissions were billed at $1.00 per page for domestic transmissions. Photocopy charges were billed at actual cost for external copying and $.15 per page for internal copying. Capstone believes that these charges reflect its actual out-of-pocket costs.

c)   The disbursements and expenses have been incurred in accordance with Capstone's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable Capstone to devote time beyond normal office hours to matters that imposed extraordinary time demands. Capstone has endeavored to minimize these expenses to the fullest extent possible.

d)   Capstone expended an aggregate of 579.95 hours, substantially all of which was expended by the professional staff of Capstone. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The staff of the Debtors or their advisors has been utilized where practical and prudent.

e)   Capstone's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, Capstone's per diem rates for professionals of comparable experience are 10% to 20% lower than its competitors, the "Big-Four" accounting firms and certain other nationally-recognized specialty firms.

f)   Because Capstone's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of Capstone's professionals, in many instances only one or two Capstone representatives attended meetings or conference calls or performed specific functions.

g)   Edwin N. Ordway, Jr., a senior member of the firm in charge of this case, directed the activities of the Capstone team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h)   To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i)   Capstone's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtors.

j)   In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, Capstone does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, Capstone requests reimbursement only for the amount billed to Capstone by such third party vendor and paid by Capstone to that vendor.

k) Annexed hereto as Attachment B are summaries of fees and hours by professional and by task during the Third Quarterly Interim Period, as well as a summary of expenses for the Third Quarterly Period.

l) Annexed hereto as Exhibit II, Exhibit III and Exhibit IV are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

m) Pursuant to Rule 2016, Capstone states that no compensation to be received in this proceeding will be shared with any person or entity outside of Capstone and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by Capstone on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

n) As stated in the Affidavit of Edwin N. Ordway, Jr., annexed hereto as Exhibit I, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

11. The detail of services provided by Capstone during the Fee Period is included in the monthly fee applications attached as Exhibit II, Exhibit III and Exhibit IV. A summary of the services provided by Capstone during the Fee Period is provided in Attachment B.

## Relief Requested

9. By this Third Quarterly Fee Application, Capstone requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Capstone for the Fee Period, and as detailed in the July to September Monthly Applications, less the amounts previously paid to Capstone

pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1] As stated above, the full scope of services provided and the related expenses incurred are fully described in the July through September Monthly Applications, which are attached hereto as Exhibits II, III and IV.

## Disinterestedness

10. As disclosed in the affidavit of Edwin N. Ordway, Jr., (the "Affidavit") Capstone does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

11. Capstone may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. Capstone disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. Capstone will provide supplemental Affidavits when necessary and when Capstone becomes aware of material new information.

WHEREFORE, Capstone respectfully requests that the Court enter an order, substantially in the form attached hereto,

   a) granting Capstone an allowance of (i) $212,667.25 as compensation for reasonable and necessary professional services rendered to the Committee, less $54,826.80

---

[1] Capstone reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the July through September 2004 period that are not otherwise included in the relevant July through September Monthly Applications.

previously paid, and (ii) of $2,667.81 for reimbursement of actual and necessary costs and expenses incurred, less $667.60 previously paid, for a net total of $159,840.66 owing and unpaid, for the Fee Period from July 1, 2004 through September 30, 2004;

b) authorizing and directing the Debtors to pay to Capstone the outstanding amount of such sums; and

c) granting such other and further relief as this Court may deem just and proper.

Date: <u>November 10, 2004</u>

Capstone Corporate Recovery, LLC

By _____

Edwin N. Ordway, Jr.

Capstone Corporate Recovery, LLC
Park 80 West, Plaza I
Saddle Brook, NJ 07663
(201) 587-7100

## Index to Exhibits

**Exhibit I**      **Affidavit**

**Exhibit II**     **Fee Application for the Period July 1, 2004 – July 31, 2004**

**Exhibit III**    **Fee Application for the Period August 1, 2004 – August 31, 2004**

**Exhibit IV**     **Fee Application for the Period September 1, 2004 – September 30, 2004**

**Exhibit I**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: To Be Determined |
| | | Hearing Date: To Be Determined |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss: |
| COUNTY OF BERGEN | ) |

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1. I am a senior member of Capstone Corporate Recovery, LLC, ("Capstone"), and I am duly authorized to make this affidavit on behalf of Capstone. Capstone provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. Capstone has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2. This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of Capstone's Second Quarterly application for compensation for services and for reimbursement of expenses for services rendered during the period from July 1, 2004 through September 30, 2004 in the aggregate amount of $215,335.06, of which $159,840.66 has not yet been paid.

3. All services for which compensation is requested by Capstone were professional services performed for and on behalf of the Committee from July 1, 2004 through and including September 30, 2004 and not on behalf of any other person.

4. In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the

purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.  In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.

EDWIN N. ORDWAY, JR.

Sworn to before me this
10th day of November, 2004

Notary Public
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 09/11/05

2

**Exhibit II**

**Fee Application for the period**

**July 1, 2004 – July 31, 2004**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No.  01-01139 (JKF)
                                          (Jointly Administered)

          Debtors

SIXTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | July 1, 2004 through July 31, 2004 |

Amount of Compensation sought
as actual, reasonable and necessary (80% of $68,533.50):   $54,826.80
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                $667.60
This is an: _X___ interim   _____ final application

This is the Sixth Interim Application filed by Capstone Corporate Recovery, LLC.
("Capstone").  Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano
& Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured
Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for monthly and quarterly fee application preparation activities
(for both Capstone and FTI) is approximately 41.30 hours and corresponding
compensation requested is approximately $6,763.50.  Disclosure for the current period is
as follows:

SIXTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004)

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| August 31, 2004 | July 1, 2004 Through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |

SIXTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004)

**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Professional
## For the Period 7/1/04 through 7/31/04

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 28.70 | $14,206.50 |
| S. Cunningham | Member | $475 | 43.80 | $20,805.00 |
| C. Troyer | Consultant | $375 | 46.60 | $17,475.00 |
| J. Surdoval | Consultant | $375 | 24.00 | $9,000.00 |
| L. Hamilton | Consultant | $335 | 12.20 | $4,087.00 |
| T. Sell | Consultant | $275 | 1.00 | $275.00 |
| M. Desalvio | Research | $150 | 1.00 | $150.00 |
| M. Hakoun | Research | $150 | 3.20 | $480.00 |
| N. Backer | Paraprofessional | $75 | 27.40 | $2,055.00 |
| **For the Period 7/1/04 through 7/31/04** | | | **187.90** | **$68,533.50** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 7/1/04 through 7/31/04

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed information provided by the Debtors regarding several proposed acquisitions. The Applicant prepared reports to the Committee thereon. | 6.80 | $3,246.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed claims data and updated its analyses thereon. | 1.50 | $712.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee, including potential acquisitions, operating performance, and status of bankruptcy POR negotiations. | 6.80 | $2,864.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant prepared pension plan payment analyses and a report to the Committee thereon. | 51.10 | $21,192.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared monthly and quarterly Fee Applications and related materials for itself and on behalf of FTI Consulting, Inc. | 41.30 | $6,763.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed May 2004 and Q2 2004 financial results. | 12.40 | $5,416.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding the Debtors' preferred stock proposal. Additionally, debt capacity and other issues were analyzed. | 23.60 | $9,493.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' POR proposal and prepared a report to the Committee thereon. | 29.00 | $12,457.00 |
| 20. Valuation | During the Fee Application period, the Applicant spent time updating a hypothetical recovery analysis. | 2.60 | $1,251.00 |
| 26. Meetings with Debtors | During the Fee Application Period, we met/participated in calls with the Debtors and their advisors regarding acquisitions preferred stock, pension, the proposed POR and other issues. | 7.10 | $3,228.50 |

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed recent asbestos legislation information and analyzed potential asbestos recovery scenarios. | 5.70 | $1,909.00 |
| **For the Period 7/1/04 through 7/31/04** | | **187.90** | **$68,533.50** |

# W.R. Grace & Co.

**Capstone Corporate Recovery, LLC**

**Detailed Time Description by Task Code**

**For the Period 7/1/2004 through 7/31/2004**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Asset Acquisitions** | | | |
| 7/1/2004 | S. Cunningham | 2.90 | Finalized due diligence related to Alltech acquisition including Patent infringement and intercompany note issues. |
| 7/2/2004 | S. Cunningham | 3.10 | Prepared analyses of various acquisitions. |
| 7/29/2004 | E. Ordway | 0.80 | Read and analyzed data regarding potential acquisition. |
| Subtotal | | 6.80 | |
| **03. Claims Analysis & Valuation** | | | |
| 7/7/2004 | S. Cunningham | 1.50 | Read and analyzed claims reconciliation provided by Debtors and updated Capstone's claims summary. |
| Subtotal | | 1.50 | |
| **04. Creditor Committee Matters** | | | |
| 7/6/2004 | C. Troyer | 0.30 | Participated in a Committee conference call. |
| 7/6/2004 | E. Ordway | 0.60 | Participated in conference call with chair to discuss POR. |
| 7/6/2004 | E. Ordway | 0.20 | Called counsel to discuss POR proposal. |
| 7/8/2004 | C. Troyer | 0.30 | Discussed pension motion with counsel. |
| 7/9/2004 | E. Ordway | 0.40 | Met with counsel to discuss Debtors' presentation and next steps. |
| 7/9/2004 | C. Troyer | 3.50 | Attended a Committee meeting during which the Debtors presented their proposed restructuring framework. |
| 7/12/2004 | E. Ordway | 0.30 | Called counsel to discuss information requests. |
| 7/12/2004 | E. Ordway | 0.50 | Called chair to discuss information request and next steps. |
| 7/13/2004 | S. Cunningham | 0.50 | Participated in call with counsel and chair regarding pension issues. |
| 7/21/2004 | E. Ordway | 0.20 | Called committee member to discuss POR. |
| Subtotal | | 6.80 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **05. Employee Matters/KERP/Other** | | | |
| 7/7/2004 | C. Troyer | 1.20 | Read and analyzed the Debtors' pension contribution motion. |
| 7/8/2004 | C. Troyer | 1.50 | Prepared follow-up questions regarding pension for the Debtors. |
| 7/12/2004 | S. Cunningham | 4.00 | Read and analyzed pension motion. |
| 7/12/2004 | J. Surdoval | 1.00 | Read and analyzed pension information provided by Debtors. |
| 7/12/2004 | C. Troyer | 2.60 | Prepared for conference call to discuss the Debtor's proposed pension funding strategy. |
| 7/13/2004 | E. Ordway | 2.70 | Analyzed pension payment proposal and prepared/edited report to committee on same. |
| 7/13/2004 | C. Troyer | 5.50 | Drafted a memo to the Committee pertaining to the proposed pension funding strategy. |
| 7/13/2004 | S. Cunningham | 3.00 | Prepared analysis and reviewed prior year pension funding issues. |
| 7/14/2004 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding pension funding. |
| 7/14/2004 | S. Cunningham | 3.20 | Read and analyzed actuarial data received from Aon regarding pension. |
| 7/14/2004 | C. Troyer | 2.80 | Updated memo to the Committee regarding the Debtors' proposed pension funding strategy. |
| 7/15/2004 | S. Cunningham | 2.20 | Prepared analysis of pension funding proposal. |
| 7/15/2004 | J. Surdoval | 5.00 | Read and analyzed pension information provided by Debtors. |
| 7/16/2004 | S. Cunningham | 3.10 | Prepared analysis of pension funding proposal. |
| 7/16/2004 | J. Surdoval | 4.00 | Prepared report regarding pension for the Committee. |
| 7/20/2004 | E. Ordway | 0.90 | Prepared/edited report to the committee regarding pension. |
| 7/20/2004 | J. Surdoval | 8.00 | Prepared report regarding pension for the Committee. |
| Subtotal | | 51.10 | |
| **07. Fee Applications & Invoices** | | | |
| 7/1/2004 | N. Backer | 3.20 | Processed May fee application. |
| 7/2/2004 | N. Backer | 2.10 | Processed May fee application. |
| 7/6/2004 | N. Backer | 1.20 | Processed May fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/7/2004 | N. Backer | 0.80 | Processed May fee application. |
| 7/8/2004 | N. Backer | 1.30 | Processed May fee application. |
| 7/9/2004 | N. Backer | 0.70 | Processed June fee application. |
| 7/12/2004 | N. Backer | 1.30 | Processed June fee application. |
| 7/12/2004 | L. Hamilton | 1.40 | Prepared May fee application. |
| 7/13/2004 | N. Backer | 0.80 | Processed fee application for June. |
| 7/15/2004 | L. Hamilton | 1.10 | Prepared correspondence and discussed outstanding fee application filings with Stroock and Duane Morris. |
| 7/19/2004 | E. Ordway | 0.30 | Read and outlined response to fee examiner's report. |
| 7/19/2004 | L. Hamilton | 0.90 | Finalized May fee application. |
| 7/19/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 7/19/2004 | N. Backer | 0.60 | Processed June fee application. |
| 7/19/2004 | L. Hamilton | 2.20 | Prepared response for FTI regarding fee audit for 12th quarterly period. |
| 7/20/2004 | N. Backer | 1.60 | Processed June fee application. |
| 7/21/2004 | T. Sell | 1.00 | Prepared/edited FTI Fee Application. |
| 7/21/2004 | L. Hamilton | 1.00 | Prepared response to Fee Auditor for FTI's 12th quarterly period. |
| 7/21/2004 | L. Hamilton | 3.10 | Prepared 13th quarterly fee application for FTI. |
| 7/21/2004 | N. Backer | 0.70 | Processed June fee application. |
| 7/22/2004 | N. Backer | 1.40 | Processed June Fee Application. |
| 7/22/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 7/22/2004 | N. Backer | 1.50 | Processed June Fee Application. |
| 7/23/2004 | L. Hamilton | 1.00 | Prepared/edited June fee application. |
| 7/23/2004 | N. Backer | 2.30 | Processed June Fee Application. |
| 7/26/2004 | N. Backer | 1.40 | Processed June Fee Application. |
| 7/27/2004 | N. Backer | 2.10 | Processed quarterly fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/28/2004 | N. Backer | 0.50 | Processed quarterly fee application. |
| 7/29/2004 | N. Backer | 2.30 | Processed quarterly fee application. |
| 7/29/2004 | L. Hamilton | 1.50 | Prepared/edited June fee application. |
| 7/30/2004 | N. Backer | 1.60 | Processed quarterly fee application. |
| Subtotal | | 41.30 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/8/2004 | C. Troyer | 1.40 | Read the May monthly financial package prepared by the Debtors. |
| 7/16/2004 | C. Troyer | 1.20 | Analyzed the Debtors' May performance scorecard. |
| 7/16/2004 | E. Ordway | 0.70 | Analyzed most recent financial statements, compared to plan and listed items for investigation. |
| 7/21/2004 | M. Hakoun | 0.70 | Read and summarized 2Q04 earnings data released by Debtors. |
| 7/21/2004 | S. Cunningham | 2.00 | Read and analyzed interim results for May versus plan and Prior year. |
| 7/26/2004 | S. Cunningham | 2.60 | Read interim financial results for the month of May and prepared variance analysis. |
| 7/27/2004 | S. Cunningham | 0.40 | Continued to prepare analysis of May results. |
| 7/27/2004 | S. Cunningham | 1.10 | Read and analyzed Debtors' 2nd quarter press release. |
| 7/29/2004 | S. Cunningham | 2.30 | Read and analyzed Q2 preliminary financials in preparation for quarterly call with Debtors. |
| Subtotal | | 12.40 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/2/2004 | M. Desalvio | 0.50 | Read and summarized latest court docket information in case database. |
| 7/6/2004 | M. Desalvio | 0.50 | Read and summarized latest court docket information in case database. |
| 7/9/2004 | C. Troyer | 2.80 | Researched and analyzed information pertaining to convertible preferred securities and current market pricing. |
| 7/9/2004 | E. Ordway | 1.20 | Prepared for meeting with Debtor by continuing above-described review. |
| 7/9/2004 | E. Ordway | 0.80 | Prepared detailed list of information needed to analyze Debtors' proposal. |
| 7/9/2004 | E. Ordway | 0.60 | Directed staff and research group in valuation of preferred stock proposal. |

Capstone Corporate Recovery, LLC

Invoice for the Sixth Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/9/2004 | E. Ordway | 0.50 | Prepared outline of acceptable terms for a preferred stock issue. |
| 7/12/2004 | E. Ordway | 1.10 | Analyzed tax implications of preferred stock issues. |
| 7/12/2004 | C. Troyer | 0.90 | Updated the information request memo to reflect counsel's comments. |
| 7/14/2004 | E. Ordway | 0.70 | Reviewed data regarding recent preferred stock issues. |
| 7/22/2004 | E. Ordway | 0.90 | Analyzed industry data regarding convertible securities. |
| 7/22/2004 | C. Troyer | 5.30 | Read and analyzed case status reports filed with the court. |
| 7/23/2004 | C. Troyer | 2.80 | Researched and analyzed key terms of recent convertible preferred security deals for purposes of assessing the Debtors' forthcoming term sheet. |
| 7/23/2004 | E. Ordway | 0.80 | Analyzed debt capacity based on above-plan performance level. |
| 7/28/2004 | S. Cunningham | 0.40 | Reviewed/updated information request to Debtors. |
| 7/30/2004 | E. Ordway | 0.30 | Prepared detailed work plan for staff for near-term activities. |
| 7/30/2004 | C. Troyer | 3.50 | Read and analyzed the discussion materials received from the Debtors in advance of 8/2/04 conference call. |
| Subtotal | | 23.60 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2004 | S. Cunningham | 1.60 | Read and analyzed Debtors' proposal regarding recovery. |
| 7/2/2004 | C. Troyer | 6.50 | Analyzed the Debtors' restructuring proposal and discussed with Debtors' advisors. |
| 7/2/2004 | E. Ordway | 1.90 | Read and analyzed K&E report regarding POR proposal. |
| 7/5/2004 | C. Troyer | 0.50 | Drafted discussion document for Committee call on 7/6/04. |
| 7/6/2004 | J. Surdoval | 5.00 | Read and analyzed POR summary. |
| 7/6/2004 | C. Troyer | 1.50 | Prepared for call with Committee to discuss the restructuring framework proposed by the Company. |
| 7/6/2004 | E. Ordway | 2.80 | Continued to analyze POR proposal and prepared chart to illustrate components thereof. |
| 7/8/2004 | E. Ordway | 3.30 | Prepared for meeting with management by reviewing K&E presentation, recent operating results, 2004 business plan and analyses prepared by staff; prepared list of discussion points for meeting. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/9/2004 | C. Troyer | 1.50 | Drafted memo to the Debtors requesting additional follow-up information pertaining to the proposed restructuring framework. |
| 7/12/2004 | S. Cunningham | 2.20 | Read and analyzed recovery alternatives regarding plan of reorganization. |
| 7/27/2004 | E. Ordway | 1.10 | Prepared/edited report to committee regarding POR proposal. |
| 7/28/2004 | S. Cunningham | 1.10 | Read and analyzed reorganization summary prepared by Debtors. |
| Subtotal | | 29.00 | |

**20. Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/7/2004 | E. Ordway | 0.80 | Analyzed valuation data regarding POR. |
| 7/13/2004 | S. Cunningham | 1.80 | Prepared analysis of recovery issues. |
| Subtotal | | 2.60 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2004 | S. Cunningham | 0.40 | Discussed Debtors' proposal regarding recovery with chair and counsel |
| 7/9/2004 | E. Ordway | 2.50 | Participated in meeting with Debtors to discuss case status, resolution of operating issues, POR, pension matters, operating performance. |
| 7/12/2004 | J. Surdoval | 1.00 | Participated in call with Debtors regarding pension information. |
| 7/13/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss the proposed pension funding strategy. |
| 7/13/2004 | S. Cunningham | 1.00 | Participated in call with Debtors and advisors regarding pension issues. |
| 7/19/2004 | E. Ordway | 0.30 | Called participant to discuss pension issues. |
| 7/27/2004 | S. Cunningham | 0.90 | Discussed proposed acquisition with Blackstone. |
| Subtotal | | 7.10 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/19/2004 | E. Ordway | 0.50 | Read Navigant update report on asbestos litigation. |
| 7/20/2004 | M. Hakoun | 1.85 | Read and analyzed Halliburton's Plan and Disclosure Statement as approved by the court. |
| 7/20/2004 | M. Hakoun | 0.65 | Analyzed asbestos claimants recovery and unsecured creditors recovery. |
| 7/21/2004 | E. Ordway | 0.20 | Read counsel's memo on asbestos legislation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/22/2004 | S. Cunningham | 1.20 | Read and analyzed US House of Representative presentation by Lester Brickman. |
| 7/22/2004 | S. Cunningham | 1.30 | Read and analyzed updated proposals regarding asbestos litigation trust. |
| Subtotal | | 5.70 | |
| Total Hours | | 187.90 | |

Capstone Corporate Recovery, LLC
Invoice for the Sixth Fee Application

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 7/1/04 through 7/31/04

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Copies** | | | |
| 7/30/2004 | | 948 copies @ .15 ea | $142.20 |
| Subtotal - Copies | | | $142.20 |
| **Faxes** | | | |
| 7/30/2004 | | 12 faxes @ $1.00 ea | $12.00 |
| Subtotal - Faxes | | | $12.00 |
| **Mileage** | | | |
| 7/26/2004 | S. Cunningham | | $0.38 |
| Subtotal - Mileage | | | $0.38 |
| **Parking/Tolls** | | | |
| 7/9/2004 | E. Ordway | Parking  $41.00 | $47.00 |
| 7/26/2004 | S. Cunningham | Parking | $44.00 |
| 7/26/2004 | S. Cunningham | Tolls | $6.00 |
| Subtotal - Parking/Tolls | | | $97.00 |
| **Postage/FedEx** | | | |
| 7/1/2004 | Postage/Fedex | #792018318241 - June 9 | $16.70 |
| Subtotal - Postage/FedEx | | | $16.70 |
| **Research-Billable** | | | |
| 7/22/2004 | M. Hakoun | Pacer Bill 4/1/04-6/30/04 | $104.76 |
| 7/28/2004 | M. Hakoun | Factiva- monthly charges | $23.29 |
| Subtotal - Research-Billable | | | $128.05 |
| **Telecom Charges** | | | |
| 7/31/2004 | E. Ordway | | $22.34 |

| Date | Professional | Detail | Amount |
|------|--------------|--------|-------:|
| Subtotal - Telecom Charges | | | $22.34 |
| Telecom Charges- Billable | | | |
| 7/31/2004   Telephone | | July Phone | $248.93 |
| Subtotal - Telecom Charges- Billable | | | $248.93 |
| For the Period 7/1/04 through 7/31/04 | | | $667.60 |

**Exhibit III**

**Fee Application for the period**

**August 1, 2004 – August 31, 2004**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------x

In re:

W.R. GRACE & CO., et al.,

Debtors

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

SEVENTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | August 1, 2004 through August 31, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $99,215.50): | $79,372.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $1,341.49 |

This is an: __X__ interim _____ final application

This is the Seventh Interim Application filed by Capstone Corporate Recovery, LLC.
("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano
& Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured
Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for monthly and quarterly fee application preparation activities
(for both Capstone and FTI) is approximately 21.50 hours and corresponding
compensation requested is approximately $5,402.50. Disclosure for the current period is
as follows:

SEVENTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004)

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |

2

SEVENTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

3

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Professional
## For the Period 8/1/2004 through 8/31/2004

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 18.60 | $9,207.00 |
| S. Cunningham | Member | $475 | 59.70 | $28,357.50 |
| C. Troyer | Consultant | $375 | 133.80 | $50,175.00 |
| L. Hamilton | Consultant | $335 | 13.10 | $4,388.50 |
| T. Sell | Consultant | $275 | 1.50 | $412.50 |
| M. Desalvio | Research | $150 | 30.25 | $4,537.50 |
| M. Hakoun | Research | $150 | 10.90 | $1,635.00 |
| N. Backer | Paraprofessional | $75 | 6.70 | $502.50 |
| **For the Period 8/1/2004 through 8/31/2004** | | | **274.55** | **$99,215.50** |

Invoice for the Seventh Fee Application

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
### Summary of Fees by Task Code
### For the Period 8/1/2004 through 8/31/2004

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed information provided by the Debtors regarding proposed acquisition/divestiture transactions. | 25.80 | $10,492.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed claims data and updated its analyses thereon. | 1.50 | $562.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including preferred share and POR issues. | 12.30 | $5,446.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared monthly and quarterly Fee Applications, and related materials, for itself and FTI Consulting, Inc. | 21.50 | $5,402.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q2 2004 financial results. The Applicant also prepared schedules supporting report on Q4 performance and peer Q2 earnings for inclusion in a report to the Committee. | 94.25 | $35,449.00 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding the Debtors' convertible preferred stock/debt proposals, and prepared various summaries for the Committee thereon. | 108.75 | $38,330.00 |
| 21. Research | During the Fee Application period, the Applicant analyzed court dockets for pertinent case information, as well as updated information regarding peer asbestos litigation and peer Q2 performance. | 3.05 | $457.50 |
| 26. Meetings with Debtors | During the Fee Application Period, we met/participated in calls with the Debtors and their advisors regarding acquisition and divestiture transactions, 2nd quarter results and other issues. | 7.40 | $3,075.00 |
| For the Period 8/1/2004 through 8/31/2004 | | 274.55 | $99,215.50 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code by Professional
## For the Period 8/1/2004 through 8/31/2004

| Professional | Hours | Fees |
|---|---|---|
| **01. Asset Acquisitions** | | |
| E. Ordway | 1.00 | $495.00 |
| S. Cunningham | 10.80 | $5,130.00 |
| C. Troyer | 12.30 | $4,612.50 |
| M. Hakoun | 1.70 | $255.00 |
| | 25.80 | $10,492.50 |
| **03. Claims Analysis & Valuation** | | |
| C. Troyer | 1.50 | $562.50 |
| | 1.50 | $562.50 |
| **04. Creditor Committee Matters** | | |
| E. Ordway | 2.70 | $1,336.50 |
| S. Cunningham | 5.10 | $2,422.50 |
| C. Troyer | 4.50 | $1,687.50 |
| | 12.30 | $5,446.50 |
| **07. Fee Applications & Invoices** | | |
| E. Ordway | 0.20 | $99.00 |
| L. Hamilton | 13.10 | $4,388.50 |
| T. Sell | 1.50 | $412.50 |
| N. Backer | 6.70 | $502.50 |
| | 21.50 | $5,402.50 |
| **08. Financial Analysis - Schedules & Statements** | | |
| E. Ordway | 3.20 | $1,584.00 |
| S. Cunningham | 13.30 | $6,317.50 |
| C. Troyer | 70.60 | $26,475.00 |

| Professional | Hours | Fees |
|---|---|---|
| M. Hakoun | 7.15 | $1,072.50 |
| | 94.25 | $35,449.00 |
| 11. Financial Analysis - Other | | |
| E. Ordway | 11.50 | $5,692.50 |
| S. Cunningham | 27.50 | $13,062.50 |
| C. Troyer | 40.50 | $15,187.50 |
| M. Desalvio | 29.25 | $4,387.50 |
| | 108.75 | $38,330.00 |
| 21. Research | | |
| M. Desalvio | 1.00 | $150.00 |
| M. Hakoun | 2.05 | $307.50 |
| | 3.05 | $457.50 |
| 26. Meetings with Debtors | | |
| S. Cunningham | 3.00 | $1,425.00 |
| C. Troyer | 4.40 | $1,650.00 |
| | 7.40 | $3,075.00 |
| For the Period 8/1/2004 through 8/31/2004 | 274.55 | $99,215.50 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
### Detailed Time Description by Task Code
### For the Period 8/1/2004 through 8/31/2004

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Asset Acquisitions** | | | |
| 8/4/2004 | M. Hakoun | 1.70 | Prepared analysis of W.R.Grace's acquisition of Alltech compared to industry M&A deals. |
| 8/9/2004 | C. Troyer | 3.30 | Read and analyzed materials received from the Debtors regarding a proposed acquisition and divestiture. |
| 8/9/2004 | S. Cunningham | 2.30 | Read and analyzed information regarding Project Roof acquisition and divesture of Darex business line. |
| 8/11/2004 | S. Cunningham | 2.00 | Read and analyzed information pertaining to proposed Project Roof and related divestiture of certain assets. |
| 8/11/2004 | E. Ordway | 1.00 | Prepared analyses to evaluate Debtors' proposed M&A transaction. |
| 8/12/2004 | C. Troyer | 6.50 | Drafted a memo to the Committee pertaining to the proposed acquisition and divestiture. |
| 8/12/2004 | S. Cunningham | 2.70 | Prepared analysis of acquisition and divestiture proposal. |
| 8/13/2004 | S. Cunningham | 2.20 | Prepared analysis of Project Roof. |
| 8/16/2004 | C. Troyer | 2.50 | Prepared report to the Committee on the proposed acquisition and divestiture. |
| 8/17/2004 | S. Cunningham | 1.60 | Prepared/edited analysis of Project Roof acquisition. |
| Subtotal | | 25.80 | |
| **03. Claims Analysis & Valuation** | | | |
| 8/18/2004 | C. Troyer | 1.50 | Read and analyzed the claims analysis prepared by the Debtors. |
| Subtotal | | 1.50 | |
| **04. Creditor Committee Matters** | | | |
| 8/2/2004 | E. Ordway | 0.40 | Discussed preferred stock proposal with Committee members. |
| 8/3/2004 | C. Troyer | 1.30 | Discussed the Debtors' proposed convertible preferred stock term sheet with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/3/2004 | E. Ordway | 1.10 | Participated in conference call with counsel to discuss POR/preferred stock issue. |
| 8/3/2004 | S. Cunningham | 1.80 | Participated in conference call with counsel to discuss proposed preferred stock issue. |
| 8/4/2004 | S. Cunningham | 0.40 | Discussed preferred share issues with tax counsel. |
| 8/10/2004 | S. Cunningham | 1.40 | Discussed preferred stock vs. convertible debt structure with counsel. |
| 8/10/2004 | C. Troyer | 1.00 | Participated in a conference call with counsel to discuss the convertible preferred stock discussion document. |
| 8/12/2004 | C. Troyer | 0.50 | Participated in a conference call with counsel to discuss convertible preferred stock issues. |
| 8/12/2004 | S. Cunningham | 0.80 | Prepared for and participated in call with counsel to discuss preferred stock proposal. |
| 8/12/2004 | S. Cunningham | 0.70 | Discussed preferred stock options with Committee chair and counsel. |
| 8/18/2004 | E. Ordway | 0.80 | Participated in call with Committee to discuss POR term sheet. |
| 8/18/2004 | C. Troyer | 1.70 | Participated in a conference call with the Committee. |
| 8/23/2004 | E. Ordway | 0.40 | Corresponded with Committee member regarding valuation and POR issues. |
| Subtotal |  | 12.30 |  |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/2/2004 | L. Hamilton | 2.80 | Prepared quarterly fee application. |
| 8/2/2004 | L. Hamilton | 1.00 | Prepared June fee application. |
| 8/3/2004 | L. Hamilton | 2.30 | Prepared quarterly fee application. |
| 8/3/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/4/2004 | L. Hamilton | 1.10 | Prepared status report concerning fee applications/audit for FTI. |
| 8/4/2004 | L. Hamilton | 1.60 | Updated quarterly schedules for fee auditor. |
| 8/4/2004 | L. Hamilton | 0.80 | Prepared status report concerning fee applications for Capstone. |
| 8/5/2004 | T. Sell | 1.50 | Updated expense database. |
| 8/16/2004 | L. Hamilton | 0.90 | Prepared/edited July fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/16/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/18/2004 | N. Backer | 0.40 | Processed July fee application. |
| 8/23/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/23/2004 | L. Hamilton | 1.00 | Prepared July fee application. |
| 8/26/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 8/30/2004 | L. Hamilton | 1.60 | Prepared July fee application. |
| Subtotal | | 21.50 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/4/2004 | C. Troyer | 2.50 | Analyzed discussion materials and 2nd quarter financial package in advance of conference call with the Debtors. |
| 8/6/2004 | S. Cunningham | 3.00 | Read second quarter analysis and evaluated with respect to "material weakness" issues. |
| 8/11/2004 | C. Troyer | 6.40 | Prepared schedules supporting the report to the Committee on 2nd quarter performance. |
| 8/11/2004 | M. Hakoun | 0.90 | Prepared summary of 2Q04 earnings of peer specialty chemical companies |
| 8/11/2004 | M. Hakoun | 1.60 | Analyzed peer 2Q04 earnings, prepared summary schedule of top line financials. |
| 8/16/2004 | C. Troyer | 2.30 | Read and analyzed the 2nd quarter 10Q. |
| 8/16/2004 | C. Troyer | 2.70 | Prepared supporting schedules for the report to the Committee on 2nd quarter performance. |
| 8/17/2004 | C. Troyer | 6.00 | Prepared schedules supporting the report to the Committee on 2nd quarter performance. |
| 8/18/2004 | C. Troyer | 6.00 | Drafted report to the Committee on 2nd quarter performance. |
| 8/19/2004 | E. Ordway | 1.20 | Read and analyzed most recent financial reports, compared to plan, and summarized observations for further investigation. |
| 8/19/2004 | E. Ordway | 0.60 | Prepared EBITDA analysis for inclusion in monitoring report. |
| 8/19/2004 | C. Troyer | 6.00 | Prepared supporting schedules for the report to the Committee on 2nd quarter performance. |
| 8/20/2004 | E. Ordway | 0.80 | Prepared comparative analysis of revenues for inclusion in monitoring report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/20/2004 | C. Troyer | 4.00 | Drafted report to the Committee on 2nd quarter performance. |
| 8/23/2004 | S. Cunningham | 2.00 | Read Q2 financial data and prepared analysis. |
| 8/23/2004 | C. Troyer | 8.30 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/24/2004 | C. Troyer | 6.50 | Drafted report to the Committee on the Debtors' 2nd quarter performance. |
| 8/24/2004 | S. Cunningham | 2.40 | Read Q2 financial data and prepared analysis. |
| 8/25/2004 | C. Troyer | 2.30 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/26/2004 | S. Cunningham | 3.00 | Prepared analysis of Q2 financial results. |
| 8/26/2004 | C. Troyer | 7.00 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/27/2004 | C. Troyer | 4.50 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/27/2004 | S. Cunningham | 2.50 | Prepared analysis of Q2 results for inclusion in report to Committee. |
| 8/30/2004 | E. Ordway | 0.60 | Continued preparation of 2nd quarter performance report to the Committee. |
| 8/31/2004 | M. Hakoun | 1.20 | Read and analyzed peer company analyst reports. |
| 8/31/2004 | M. Hakoun | 2.15 | Gathered and read peer chemical company 2Q04 SEC filings. |
| 8/31/2004 | M. Hakoun | 1.30 | Summarized key developments in peer operations. |
| 8/31/2004 | S. Cunningham | 0.40 | Prepared analysis of Q2 results. |
| 8/31/2004 | C. Troyer | 6.10 | Drafted report to the Committee on 2nd quarter performance. |
| Subtotal | | 94.25 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/2/2004 | S. Cunningham | 2.50 | Read and analyzed terms of preferred stock proposed by Debtors including research of comparable instruments. |
| 8/3/2004 | E. Ordway | 0.60 | Prepared/edited analyses regarding structure of convertible note/preferred stock proposals. |
| 8/3/2004 | S. Cunningham | 2.30 | Read and analyzed information pertaining to issuances of preferred stock by other companies. |
| 8/3/2004 | M. Desalvio | 3.80 | Read and analyzed rating information regarding new issues of convertible preferred stock. Gathered related articles and analysts reports. |
| 8/3/2004 | S. Cunningham | 2.20 | Prepared analysis of preferred stock vs. other debt/equity instruments. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/4/2004 | S. Cunningham | 3.10 | Read and analyzed information regarding issues related to convertible preferred stock and evaluated alternative structures. |
| 8/4/2004 | M. Desalvio | 9.50 | Continued to read and summarize convertible preferred stock information. |
| 8/4/2004 | E. Ordway | 0.40 | Analyzed market terms of recent convertible debt issues. |
| 8/5/2004 | S. Cunningham | 1.50 | Read and analyzed information regarding preferred stock issues and prepared analysis thereon. |
| 8/5/2004 | E. Ordway | 1.10 | Analyzed/researched tax issues pertaining to POR proposal. |
| 8/5/2004 | M. Desalvio | 7.30 | Continued to read and summarize convertible preferred stock information. |
| 8/5/2004 | C. Troyer | 4.30 | Prepared discussion document for the Committee regarding the Debtors' proposed convertible preferred stock term sheet. |
| 8/6/2004 | M. Desalvio | 2.15 | Prepared convertible preferred stock data summary. |
| 8/6/2004 | M. Desalvio | 2.00 | Read and analyzed rating information regarding new issues of convertible preferred stock. |
| 8/6/2004 | E. Ordway | 0.80 | Analyzed tax issues regarding preferred stock issuance to Committee. |
| 8/9/2004 | C. Troyer | 5.90 | Prepared discussion materials pertaining to the convertible preferred stock term sheet received from the Debtors. |
| 8/9/2004 | E. Ordway | 1.60 | Prepared analyses and term sheet to support POR proposal. |
| 8/9/2004 | E. Ordway | 0.50 | Analyzed recent preferred stock offerings. |
| 8/9/2004 | M. Desalvio | 2.00 | Read and summarized listing of recent convertible bond issues. |
| 8/9/2004 | S. Cunningham | 3.30 | Read and analyzed various convertible/preferred stock motions. |
| 8/10/2004 | E. Ordway | 1.50 | Prepared analysis summarizing key terms of report various preferred stock issues. |
| 8/10/2004 | S. Cunningham | 2.60 | Evaluated issues regarding convertible preferred stock versus convertible bonds. |
| 8/10/2004 | C. Troyer | 6.50 | Updated discussion document pertaining to the proposed convertible preferred stock term sheet received from the Debtors. |
| 8/11/2004 | C. Troyer | 2.60 | Updated the discussion document pertaining to the convertible preferred stock term sheet prepared by the Debtors. |
| 8/11/2004 | E. Ordway | 0.80 | Analyzed data regarding proposed asset transaction. |
| 8/12/2004 | S. Cunningham | 2.10 | Prepared/edited draft term sheet regarding convertible debt versus preferred stock. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/12/2004 | E. Ordway | 1.60 | Prepared updated analyses to illustrate POR proposal. |
| 8/12/2004 | M. Desalvio | 0.80 | Continued to read and summarize recent convertible bond issues. |
| 8/13/2004 | S. Cunningham | 2.30 | Prepared and analyzed summary of comparable data regarding convertible debt issuances. |
| 8/13/2004 | C. Troyer | 8.50 | Researched and analyzed terms of recent issuances of convertible debt. |
| 8/16/2004 | C. Troyer | 1.50 | Prepared updated term sheet analysis and discussed with counsel. |
| 8/16/2004 | E. Ordway | 0.80 | Prepared for conference call to discuss POR proposal by analyzing Debtors' proposal, our analyses, etc. |
| 8/17/2004 | S. Cunningham | 2.40 | Read and analyzed term sheet and comparable transaction summary regarding convertible debt. |
| 8/17/2004 | M. Desalvio | 1.70 | Continued to summarize recent convertible bond issue data. |
| 8/18/2004 | E. Ordway | 0.40 | Prepared discussion outline for conference call with Committee. |
| 8/18/2004 | E. Ordway | 0.70 | Prepared for Committee conference call by reading recent financial data, counsel memos and our POR proposal. |
| 8/24/2004 | C. Troyer | 1.80 | Read and analyzed the enhanced severance and KWELMBS settlement motion. |
| 8/24/2004 | C. Troyer | 0.70 | Drafted questions regarding the enhanced severance and KWELMBS settlement motions. |
| 8/24/2004 | S. Cunningham | 2.10 | Read information and prepared analysis related to severance and other motions filed on 8/24/04. |
| 8/30/2004 | E. Ordway | 0.30 | Read judge's order re: comply with rule 2019. |
| 8/30/2004 | C. Troyer | 6.30 | Drafted a memo to the Committee regarding the KWELMBS settlement motion and the enhanced severance motion. |
| 8/31/2004 | S. Cunningham | 1.10 | Reviewed/edited final draft memo to Committee regarding severance/insurance motion. |
| 8/31/2004 | E. Ordway | 0.40 | Reviewed prior severance motions in connection with currently proposed motion for revision thereto. |
| 8/31/2004 | C. Troyer | 2.40 | Drafted memo to the Committee on the proposed KWELMBS settlement motion and the enhanced settlement motion. |

Subtotal                     108.75

21. Research

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/13/2004 | M. Hakoun | 1.40 | Updated information regarding asbestos litigation associated with peer asbestos companies and legislative developments. |
| 8/13/2004 | M. Hakoun | 0.65 | Updated bankruptcy docket virtual database |
| 8/31/2004 | M. Desalvio | 1.00 | Gathered analysts' reports on Q2 results for Debtors' competitors. |
| Subtotal | | 3.05 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/2/2004 | C. Troyer | 0.70 | Participated in a conference call with the Debtors to discuss the proposed convertible preferred stock term sheet. |
| 8/5/2004 | C. Troyer | 1.30 | Participated in a conference call with the Debtors to discuss 2nd quarter performance. |
| 8/12/2004 | C. Troyer | 1.50 | Participated in a conference call with the Debtors to discuss the proposed acquisition and divestiture. |
| 8/12/2004 | S. Cunningham | 1.00 | Participated in call with Debtors to discuss Project Roof acquisition. |
| 8/23/2004 | S. Cunningham | 2.00 | Discussed convertible debt term sheet with Blackstone and reviewed comparable transaction information. |
| 8/23/2004 | C. Troyer | 0.30 | Participated in a conference call with the financial advisors to the Debtors regarding the term sheet submitted to the Debtors by the Committee. |
| 8/26/2004 | C. Troyer | 0.30 | Participated in a conference call with the Debtors to discuss the proposed enhanced severance program. |
| 8/30/2004 | C. Troyer | 0.30 | Participated in a conference call with the Debtors to discuss the KWELMBS settlement motion. |
| Subtotal | | 7.40 | |
| **Total Hours** | | **274.55** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 8/1/2004 through 8/31/2004

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 8/31/2004 | | Copies - August (1,046 @ .15 ea) | $156.90 |
| Subtotal - Copies | | | $156.90 |
| **Postage/Express Deliveries** | | | |
| 8/31/2004 | | 8/3/04 Stroock & Stroock & Lavan | $16.85 |
| Subtotal - Postage/Express Deliveries | | | $16.85 |
| **Research** | | | |
| 8/31/2004 | | Bloomberg August 2004 | $751.00 |
| 8/31/2004 | M. Hakoun | Factiva | $5.76 |
| Subtotal - Research | | | $756.76 |
| **Scans** | | | |
| 8/4/2004 | | Scans - August - 110 @ 1.00 ea | $110.00 |
| Subtotal - Scans | | | $110.00 |
| **Telecom Charges** | | | |
| 8/2/2004 | E. Ordway | AT&T Wireless | $14.39 |
| 8/31/2004 | | August Phone - Saddle Brook office | $275.34 |
| 8/31/2004 | E. Ordway | Airphone 5/31-charge not inc. on previous invoice | $7.20 |
| 8/31/2004 | E. Ordway | Airphone July | $4.05 |
| Subtotal - Telecom Charges | | | $300.98 |
| **For the Period 8/1/2004 through 8/31/2004** | | | $1,341.49 |

**Exhibit IV**

**Fee Application for the period**

**September 1, 2004 – September 30, 2004**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No.  01-01139 (JKF)
                                          (Jointly Administered)

            Debtors

EIGHTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | September 1, 2004 through September 30, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $44,918.25) | $35,934.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $658.72 |

This is an:  _X___ interim  _____ final application

This is the Eighth Interim Application filed by Capstone Corporate Recovery, LLC.
("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano
& Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured
Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for monthly and quarterly fee application preparation activities
(for both Capstone and FTI) is approximately 10.60 hours and corresponding
compensation requested is approximately $2,749.00.  Disclosure for the current period is
as follows:

EIGHTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |

| Totals Third Quarterly | July 1, 2004 through September 30, 2004 | $212,667.25 | $2,667.81 | $170,133.80 |
|---|---|---|---|---|

EIGHTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

4

**W.R. Grace & Co.**
Capstone Corporate Recovery, LLC
Summary of Fees by Professional
For the Period 9/1/04 through 9/30/04

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 12.80 | $6,336.00 |
| S. Cunningham | Member | $475 | 21.35 | $10,141.25 |
| C. Troyer | Consultant | $375 | 66.30 | $24,862.50 |
| L. Hamilton | Consultant | $335 | 6.10 | $2,043.50 |
| T. Sell | Consultant | $275 | 1.00 | $275.00 |
| M. Hakoun | Research | $150 | 6.85 | $1,027.50 |
| N. Backer | Paraprofessional | $75 | 3.10 | $232.50 |
| **For the Period 9/1/04 through 9/30/04** | | | **117.50** | **$44,918.25** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 9/1/04 through 9/30/04

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed interest calculations and updated its claims analyses. | 9.00 | $3,609.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including accrued interest, COLI and the Honeywell settlement. | 4.30 | $1,772.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the Debtors' severance proposal. | 2.20 | $909.00 |
| 07. Fee Applications & Invoices | During the Fee Application period, the Applicant prepared the August fee application and corresponded with FTI regarding the fee audit. | 10.60 | $2,749.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q2 2004 financial results. The Applicant also prepared a report to the Committee thereon. | 37.10 | $14,385.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding the various issues including, the KWELMBS settlement, proposed sale of the Darex facility, proposed AKZO settlement, Honeywell settlement, COLI and NOL impacts. | 37.35 | $15,159.75 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' POR proposal and discussed information with a Committee member. | 2.30 | $1,138.50 |
| 17. Preparation and Attendance at Hearings | During the Fee Application period, the Applicant prepared various analyses for the September Hearing. | 5.80 | $2,175.00 |
| 26. Meetings with Debtors | During the Fee Application Period, we participated in calls with the Debtors and their advisors regarding restructuring and COLI issues. | 1.60 | $600.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed information regarding recent asbestos legislation, ZAI science trial and asbestos-related industry data. | 7.25 | $2,420.00 |
| **For the Period 9/1/04 through 9/30/04** | | **117.50** | **$44,918.25** |

Capstone Corporate Recovery, LLC

Invoice for the Eighth Fee Application

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code by Professional
## For the Period 9/1/04 through 9/30/04

| Professional | Hours | Fees |
|---|---|---|
| **03. Claims Analysis & Valuation** | | |
| E. Ordway | 0.20 | $99.00 |
| S. Cunningham | 2.10 | $997.50 |
| C. Troyer | 6.70 | $2,512.50 |
| | 9.00 | $3,609.00 |
| **04. Creditor Committee Matters** | | |
| S. Cunningham | 1.60 | $760.00 |
| C. Troyer | 2.70 | $1,012.50 |
| | 4.30 | $1,772.50 |
| **05. Employee Matters/KERP/Other** | | |
| E. Ordway | 0.70 | $346.50 |
| C. Troyer | 1.50 | $562.50 |
| | 2.20 | $909.00 |
| **07. Fee Applications & Invoices** | | |
| E. Ordway | 0.40 | $198.00 |
| L. Hamilton | 6.10 | $2,043.50 |
| T. Sell | 1.00 | $275.00 |
| N. Backer | 3.10 | $232.50 |
| | 10.60 | $2,749.00 |
| **08. Financial Analysis - Schedules & Statements** | | |
| E. Ordway | 5.40 | $2,673.00 |
| S. Cunningham | 4.10 | $1,947.50 |
| C. Troyer | 25.00 | $9,375.00 |
| M. Hakoun | 2.60 | $390.00 |

Capstone Corporate Recovery, LLC

Invoice for the Eighth Fee Application

| Professional | Hours | Fees |
|---|---|---|
| | 37.10 | $14,385.50 |
| **11. Financial Analysis - Other** | | |
| E. Ordway | 2.80 | $1,386.00 |
| S. Cunningham | 11.55 | $5,486.25 |
| C. Troyer | 21.50 | $8,062.50 |
| M. Hakoun | 1.50 | $225.00 |
| | 37.35 | $15,159.75 |
| **15. Plan & Disclosure Statement** | | |
| E. Ordway | 2.30 | $1,138.50 |
| | 2.30 | $1,138.50 |
| **17. Preparation and Attendance at Hearings** | | |
| C. Troyer | 5.80 | $2,175.00 |
| | 5.80 | $2,175.00 |
| **26. Meetings with Debtors** | | |
| C. Troyer | 1.60 | $600.00 |
| | 1.60 | $600.00 |
| **28. Special Case Issues** | | |
| E. Ordway | 1.00 | $495.00 |
| S. Cunningham | 2.00 | $950.00 |
| C. Troyer | 1.50 | $562.50 |
| M. Hakoun | 2.75 | $412.50 |
| | 7.25 | $2,420.00 |
| **For the Period 9/1/04 through 9/30/04** | 117.50 | $44,918.25 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Detailed Time Description by Task Code
## For the Period 9/1/04 through 9/30/04

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 9/16/2004 | S. Cunningham | 0.80 | Analyzed interest calculations pertaining to claims. |
| 9/20/2004 | E. Ordway | 0.20 | Directed staff in reviewing updated claims report received from Debtors. |
| 9/23/2004 | C. Troyer | 1.50 | Read and analyzed the Debtors' updated claims analysis. |
| 9/28/2004 | C. Troyer | 5.20 | Analyzed impact of different interest scenarios on accrued interest. |
| 9/28/2004 | S. Cunningham | 1.30 | Analyzed interest calculations. |
| Subtotal | | 9.00 | |
| **04. Creditor Committee Matters** | | | |
| 9/15/2004 | C. Troyer | 0.50 | Discussed accrued interest issue with counsel to the holders of unsecured pre-petition debt. |
| 9/24/2004 | S. Cunningham | 0.40 | Participated in call with counsel and tax advisor to review COLI issues motion. |
| 9/24/2004 | C. Troyer | 1.20 | Participated in a conference call with counsel regarding the proposed COLI settlement. |
| 9/27/2004 | S. Cunningham | 1.20 | Participated in call with Debtors and tax advisors to review COLI settlement. |
| 9/30/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss the proposed Honeywell settlement. |
| Subtotal | | 4.30 | |
| **05. Employee Matters/KERP/Other** | | | |
| 9/1/2004 | C. Troyer | 1.20 | Drafted a memo to the Committee regarding the Debtors' motions pertaining to enhanced severance. |
| 9/7/2004 | C. Troyer | 0.30 | Updated the memo to the Committee on the Debtors' enhanced severance motion. |
| 9/8/2004 | E. Ordway | 0.40 | Analyzed severance proposal. |
| 9/9/2004 | E. Ordway | 0.30 | Analyzed severance proposal. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| Subtotal | | 2.20 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 9/7/2004 | L. Hamilton | 1.00 | Read fee audit response and prepared related correspondence to FTI. |
| 9/8/2004 | L. Hamilton | 1.10 | Prepared August fee application. |
| 9/8/2004 | N. Backer | 0.40 | Prepared August fee application. |
| 9/9/2004 | N. Backer | 0.60 | Prepared August fee application. |
| 9/10/2004 | N. Backer | 0.40 | Prepared August fee application. |
| 9/10/2004 | L. Hamilton | 0.90 | Prepared/edited August fee application. |
| 9/13/2004 | L. Hamilton | 0.40 | Prepared/edited August fee application. |
| 9/14/2004 | T. Sell | 1.00 | Edited expense database. |
| 9/15/2004 | L. Hamilton | 1.10 | Prepared/edited August fee application. |
| 9/21/2004 | N. Backer | 1.10 | Prepare August fee application. |
| 9/24/2004 | N. Backer | 0.60 | Prepare August fee application. |
| 9/27/2004 | E. Ordway | 0.40 | Prepared fee application. |
| 9/27/2004 | L. Hamilton | 1.60 | Prepared/edited August fee application. |
| Subtotal | | 10.60 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 9/1/2004 | C. Troyer | 3.50 | Drafted a report to the Committee on the Debtors' 2nd quarter performance. |
| 9/1/2004 | M. Hakoun | 2.20 | Prepared peer group analysis. |
| 9/2/2004 | S. Cunningham | 2.00 | Prepare analysis of Q2 results of operations. |
| 9/7/2004 | E. Ordway | 1.90 | Prepared/edited report on 2nd quarter performance for the Committee. |
| 9/7/2004 | C. Troyer | 7.20 | Updated report to the Committee on the Debtors' 2nd quarter performance. |
| 9/8/2004 | C. Troyer | 4.20 | Updated the report to the Committee on the Debtors' 2nd quarter performance. |
| 9/8/2004 | C. Troyer | 2.40 | Prepared distribution to the Committee regarding the July 2004 monthly financial package. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 9/8/2004 | E. Ordway | 1.10 | Prepared/edited report on 2nd quarter performance for the Committee regarding cash flow. |
| 9/9/2004 | C. Troyer | 4.70 | Finalized report to the Committee on the Debtors' 2nd quarter performance. |
| 9/10/2004 | E. Ordway | 1.20 | Prepared and edited 2nd quarter report regarding EBIT variances. |
| 9/13/2004 | E. Ordway | 1.20 | Analyzed operating performance of peer group based on 2nd quarter 10-Q reports. |
| 9/22/2004 | M. Hakoun | 0.40 | Analyzed recent SEC filing. |
| 9/29/2004 | S. Cunningham | 2.10 | Read and prepared analysis of financial results. |
| 9/30/2004 | C. Troyer | 3.00 | Read and analyzed August financials. |
| Subtotal | | 37.10 | |

### 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 9/1/2004 | C. Troyer | 1.20 | Drafted a memo to the Committee regarding the KWELMBS settlement. |
| 9/1/2004 | C. Troyer | 0.20 | Read and analyzed the Debtors' motion pertaining to the proposed sale of the Darex facility. |
| 9/8/2004 | C. Troyer | 0.50 | Updated memo to the Committee on recent motions filed by the Debtors. |
| 9/8/2004 | C. Troyer | 0.30 | Drafted e-mail to the Debtors' financial advisors regarding the proposed AKZO settlement. |
| 9/9/2004 | C. Troyer | 0.20 | Updated memo to the Committee on recent motions. |
| 9/9/2004 | E. Ordway | 0.40 | Read counsel's memo on proposed insurance settlement. |
| 9/10/2004 | E. Ordway | 0.50 | Read and analyzed documents regarding patent infringement settlement. |
| 9/13/2004 | S. Cunningham | 1.50 | Read and analyzed information and recommendation regarding AKZO settlement. |
| 9/14/2004 | E. Ordway | 0.50 | Read and analyzed counsel's memo regarding various pending motions. |
| 9/16/2004 | S. Cunningham | 0.70 | Analyzed preferred stock scenarios. |
| 9/16/2004 | C. Troyer | 1.30 | Read and analyzed pre-petition credit agreements. |
| 9/21/2004 | E. Ordway | 0.30 | Read counsel's memo regarding fixed fee advisor compensation. |
| 9/21/2004 | E. Ordway | 0.90 | Read and analyzed Honeywell and COLI settlement motions and analyzed financial impact. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/21/2004 | M. Hakoun | 1.50 | Analyzed sale agreement of New Jersey property to Honeywell, and liabilities associated with legacy chemical containments. |
| 9/21/2004 | C. Troyer | 5.50 | Read and analyzed Honeywell and COLI settlement motions and prepared related follow-up questions. |
| 9/23/2004 | E. Ordway | 0.20 | Read and analyzed data regarding settlement of Coudert Brothers sublease arrangements. |
| 9/24/2004 | S. Cunningham | 1.40 | Read and analyzed COLI motion and related issues |
| 9/24/2004 | C. Troyer | 6.80 | Analyzed valuation of other asbestos-related companies. |
| 9/27/2004 | S. Cunningham | 1.20 | Researched NOL carry back issues |
| 9/27/2004 | S. Cunningham | 0.90 | Read and analyzed historical information related to COLI issues. |
| 9/27/2004 | C. Troyer | 4.00 | Researched and analyzed historical COLI-related information provided by the Debtors and compared to current proposal. |
| 9/27/2004 | S. Cunningham | 1.30 | Updated hypothetical recovery analysis incorporating the results of projected COLI payment. |
| 9/28/2004 | S. Cunningham | 1.20 | Prepared analysis of COLI policy. |
| 9/30/2004 | S. Cunningham | 1.10 | Read and analyzed Grace IRS ruling request regarding COLI . |
| 9/30/2004 | C. Troyer | 1.50 | Prepared follow-up analysis regarding the proposed Honeywell settlement. |
| 9/30/2004 | S. Cunningham | 2.25 | Analyzed COLI issues related to impact on hypothetical recoveries. |
| Subtotal | | 37.35 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/15/2004 | E. Ordway | 0.50 | Discussed POR proposal with Committee member. |
| 9/20/2004 | E. Ordway | 1.50 | Prepared updated analysis of capital structure for a POR lender under several scenarios. |
| 9/28/2004 | E. Ordway | 0.30 | Called participant back to discuss Debtor's POR proposal. |
| Subtotal | | 2.30 | |

**17. Preparation and Attendance at Hearings**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/9/2004 | C. Troyer | 3.30 | Prepared fee analysis in advance of September hearing. |
| 9/22/2004 | C. Troyer | 2.50 | Prepared analysis for counsel in advance of September hearing. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 5.80 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/15/2004 | C. Troyer | 0.30 | Participated in a telephone conversation with the Debtors' financial advisors regarding the restructuring framework. |
| 9/27/2004 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss the proposed COLI settlement |
| 9/28/2004 | C. Troyer | 0.30 | Discussed updated assumptions regarding a restructuring framework with the Debtors' financial advisors. |
| Subtotal | | 1.60 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/3/2004 | M. Hakoun | 1.30 | Prepared summary of asbestos Chapter 11 bankruptcy protection filing by Pfizer subsidiary Quigley. |
| 9/9/2004 | M. Hakoun | 0.65 | Updated analysis of Senate asbestos legislation status including commentary regarding bill failure and companies with greater/less risk. |
| 9/14/2004 | E. Ordway | 0.30 | Read and analyzed counsel's memo regarding ZAI science trial. |
| 9/15/2004 | E. Ordway | 0.30 | Read and analyzed report from Navigant regarding asbestos legislation update. |
| 9/23/2004 | S. Cunningham | 2.00 | Prepared and reviewed information related to valuation of asbestos companies. |
| 9/23/2004 | C. Troyer | 1.50 | Read and analyzed recent asbestos-related articles. |
| 9/29/2004 | E. Ordway | 0.40 | Read and analyzed latest asbestos reform legislation memo from counsel. |
| 9/30/2004 | M. Hakoun | 0.80 | Summarized key commentary and notes on Asbestos Plan. |
| Subtotal | | 7.25 | |
| **Total Hours** | | **117.50** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
### Expense Detail
### For the Period 9/1/04 through 9/30/04

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Copies** | | | |
| 9/30/2004 | | 509 @ .15 ea | $76.35 |
| Subtotal - Copies | | | $76.35 |
| **Postage/FedEx** | | | |
| 9/9/2004 | | Postage & Over Night Deliveries | $16.85 |
| Subtotal - Postage/FedEx | | | $16.85 |
| **Research** | | | |
| 9/30/2004 | M. Hakoun | Retrieval of case related court documents. | $23.51 |
| Subtotal - Research | | | $23.51 |
| **Scans** | | | |
| 9/30/2004 | | 311 @ 1.00 ea | $311.00 |
| Subtotal - Scans | | | $311.00 |
| **Telecom Charges** | | | |
| 9/1/2004 | E. Ordway | Airphone 8/31/04 | $58.92 |
| 9/1/2004 | E. Ordway | AT&T Cell 8/31/04 | $14.40 |
| 9/30/2004 | | September Phone - Saddle Brook office | $157.69 |
| Subtotal - Telecom Charges | | | $231.01 |
| **For the Period 9/1/04 through 9/30/04** | | | $658.72 |