**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                    |
|--------------------|--------------------|
|                    | Page: 1            |
| W.R. Grace         | 07/31/2004         |
| Wilmington  DE     | ACCOUNT NO:   3000-02D |
|                    | STATEMENT NO:   38 |

Asset Disposition

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $239.00 |
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -5.30 |
| | BALANCE DUE | $233.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                         07/31/2004
Wilmington DE                                                     ACCOUNT NO:        3000-03D
                                                                 STATEMENT NO:             33

Business Operations

PREVIOUS BALANCE                                                                       $1,203.80

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/01/2004 |  |  |  |  |
| MTH | Reviewing memorandum from M Berkin re Alltech Motion. | | 0.40 | 110.00 |
| 07/02/2004 |  |  |  |  |
| MTH | Additional discussion with MRE re Alltech Motion. | | 0.10 | 27.50 |
| DAC | Review memo re: Alltech acquisition | | 0.30 | 112.50 |
| MTH | Reviewing correspondence from MB re Alltech motion. | | 0.10 | 27.50 |
| MTH | Reviewing correspondence from EI to committee re Alltech Motion. | | 0.10 | 27.50 |
| MTH | Reviewing correspondence from EI re potential placeholder objection (.1) and discussion with MRE re same (.1) | | 0.20 | 55.00 |
| 07/06/2004 |  |  |  |  |
| MTH | Reviewing correspondence from EI re Alltech Motion (.1); discussion with MRE re Alltech Motion (.1); Reviewing correspondence from MRE to EI re same (.1); Telephone conference with S. Blatnick re same and Correspondence to M Berkin re same (.1) | | 0.40 | 110.00 |
|  | FOR CURRENT SERVICES RENDERED | | 1.60 | 470.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $375.00 | $112.50 |
| Mark T. Hurford | 1.30 | 275.00 | 357.50 |

TOTAL CURRENT WORK                                                                        470.00

Page: 2

W.R. Grace

07/31/2004

ACCOUNT NO:        3000-03D
STATEMENT NO:              33

Business Operations

07/06/2004        Payment - Thank you. (December, 2003 - 20%)                    -69.10

BALANCE DUE                    $1,604.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2004 |
| Wilmington  DE | ACCOUNT NO:   3000-04D |
|  | STATEMENT NO:         38 |

Case Administration

| | |
|---|---|
| PREVIOUS BALANCE | $1,252.10 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/08/2004 | | | | |
| | MTH | Reviewing Affidavit of Ordinary Course Professional J. Greene. | 0.10 | 27.50 |
| 07/12/2004 | | | | |
| | MTH | Reviewing Affidavit of Hancock re arbitration services. | 0.10 | 27.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.20 | 55.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $275.00 | $55.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 55.00 |

| | | |
|---|---|---|
| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%) | -63.30 |
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -46.40 |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -16.70 |
| | TOTAL PAYMENTS | -126.40 |
| | BALANCE DUE | $1,180.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2004 |
| Wilmington  DE | ACCOUNT NO:        3000-05D |
|  | STATEMENT NO:                38 |

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                                   $2,928.50

| | | |
|---|---|---|
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -254.80 |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -26.50 |
| | TOTAL PAYMENTS | -281.30 |
| | BALANCE DUE | $2,647.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                07/31/2004
Wilmington  DE                                           ACCOUNT NO:      3000-06D
                                                         STATEMENT NO:          38

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                          $2,775.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/02/2004** | | | | |
| | MTH | Correspondence to S. Blatnick re revised proposed Order re ADR Motion. | 0.10 | 27.50 |
| | MRE | Review of e-mail from MTH regarding revised ADR order | 0.10 | 29.00 |
| | MRE | Review of IRS objection to ADR procedure | 0.10 | 29.00 |
| | MTH | Reviewing correspondence from S. Blatnick re ADR Motion. | 0.10 | 27.50 |
| **07/06/2004** | | | | |
| | MTH | Reviewing Oldcastle's objection to Debtors' motion re ADR procedures. | 0.30 | 82.50 |
| **07/27/2004** | | | | |
| | MTH | Reviewing response of Weatherford International to Debtors' Claims Objection. | 0.20 | 55.00 |
| **07/30/2004** | | | | |
| | MTH | Reviewing Debtors' 6th Omnibus Objection to Claims. | 0.40 | 110.00 |
| | MTH | Reviewing Order signed re reply to Response of Dennis Nelson. | 0.10 | 27.50 |
| | | FOR CURRENT SERVICES RENDERED | 1.40 | 388.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $275.00 | $330.00 |
| Marla R. Eskin | 0.20 | 290.00 | 58.00 |

TOTAL CURRENT WORK                                                           388.00

Page: 2

W.R. Grace

07/31/2004

ACCOUNT NO:      3000-06D
STATEMENT NO:           38

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%) | -47.90 |
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -5.30 |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -42.60 |
| | TOTAL PAYMENTS | -95.80 |
| | BALANCE DUE | $3,067.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                    07/31/2004
Wilmington  DE                          ACCOUNT NO:         3000-07D
                                        STATEMENT NO:            38

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                          $22,544.10

|            |       |                                                                                  | HOURS |        |
|------------|-------|----------------------------------------------------------------------------------|-------|--------|
| 07/01/2004 |       |                                                                                  |       |        |
|            | DEM   | Review Pleadings and electronic filing notices; preparation of daily memo        | 0.20  | 19.00  |
|            | MAL   | Retrieval of documents, organization and distribution of daily pleadings         | 0.50  | 47.50  |
|            | DEM   | Preparation of e-mails to Committee attaching documents relating to Chakarian Adversary (Scotts Motion) | 0.60  | 57.00  |
|            | DEM   | Revision of Weekly Recommendation Memo (fee applications)                         | 0.10  | 9.50   |
|            | DEM   | Revision of Weekly Recommendation Memo (adding new motions and orders)            | 0.10  | 9.50   |
|            | PEM   | Review daily pleading filed                                                       | 0.10  | 31.50  |
|            | MTH   | Review of memorandum summarizing pleadings filed on 6/30/04                       | 0.10  | 27.50  |
| 07/02/2004 |       |                                                                                  |       |        |
|            | DEM   | Review Pleadings and electronic filing notices; preparation of daily memo         | 0.20  | 19.00  |
|            | DEM   | Retrieval of documents from docket and preparation of e-mails to committee attaching same (re: Scotts' Motions) | 0.30  | 28.50  |
|            | DEM   | Preparation of e-mail to Esserman, Hughes & Shrader attaching Grace documents regarding Scott's Company Motions. | 0.30  | 28.50  |
|            | MAL   | Retrieval of documents, organization and distribution of daily pleadings         | 0.20  | 19.00  |
|            | DEM   | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30  | 28.50  |
|            | MTH   | Reviewing correspondence from DEM to Committee re weekly recommendation memoranda | 0.10  | 27.50  |
|            | MTH   | Prepare weekly recommendation memo for motions (.3) and fee applications (.1)     | 0.40  | 110.00 |
|            | MRE   | Review of memorandum summarizing pleadings filed on June 30, 2004                 | 0.10  | 29.00  |
|            | MRE   | Review of memorandum summarizing pleadings filed regarding adversaries from June 14, 2004 through June 28, 2004 | 0.10  | 29.00  |
|            | MRE   | Review of memorandum summarizing pleadings filed on July 1, 2004                  | 0.10  | 29.00  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | MRE | Review of memorandum summarizing pleadings filed on June 29, 2004 | 0.10 | 29.00 |
| | PEM | Review weekly recommendation memo (.3); fee memo (.1) | 0.40 | 126.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 75.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 7/1/04 | 0.10 | 27.50 |
| 07/06/2004 | | | | |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Update Attorney Binder | 0.20 | 19.00 |
| | MRE | Review of memorandum summarizing pleadings filed from July 2, 2004 through July 5, 2004 | 0.10 | 29.00 |
| | PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| | MTH | Review of memorandum summarizing pleadings filed from July 2 through July 5 | 0.10 | 27.50 |
| 07/07/2004 | | | | |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.20 | 19.00 |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | MTH | Preparing memorandum re hearing on July 6, 2004. | 2.80 | 770.00 |
| | MTH | Correspondence to JWD re draft memorandum re July 6 hearing. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from JWD re revisions to hearing memorandum, reviewing and revising same (.4), and Correspondence to Committee re same (.1) | 0.50 | 137.50 |
| | MTH | Reviewing correspondence from JWD re hearing memoranda and response to same. | 0.20 | 55.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 7/6/04 | 0.10 | 27.50 |
| 07/08/2004 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| | MTH | Review of memorandum summarizing pleadings filed on 7/7/04. | 0.10 | 27.50 |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| | MTH | Prepare weekly recommendation memo | 0.20 | 55.00 |
| | MTH | Prepare for meeting with MRE re review of pending motions and objection deadlines. | 0.20 | 55.00 |
| | MAL | Updating Service List | 0.10 | 9.50 |
| 07/09/2004 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| | DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| | MTH | Reviewing correspondence from DEM to Committee re weekly | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | recommendation memo. | 0.10 | 27.50 |
| PEM | Review weekly recommendation memo re: pleadings and motions (.3); fee memo (.1) | 0.40 | 126.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/8/04. | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo for motions (.5) and fee applications (.2) | 0.70 | 192.50 |

**07/11/2004**

| | | | |
|---|---|---|---|
| DAC | Review counsel's recommendation memo | 0.10 | 37.50 |

**07/12/2004**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.20 | 19.00 |
| DEM | Update Attorney Binder | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed from 7/9 through 7/11 | 0.10 | 27.50 |

**07/13/2004**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Retrieval of documents from docket and preparation of e-mail to attorneys regarding July 19, 2004 Agenda. | 0.20 | 19.00 |
| MTH | Meeting with MRE re pending matters, upcoming hearing. | 0.20 | 55.00 |
| MRE | Review of weekly recommendation memo | 0.20 | 58.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 58.00 |
| MAL | Updating Service List | 0.10 | 9.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/12/04 | 0.10 | 27.50 |

**07/14/2004**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders and agenda) | 0.30 | 28.50 |
| DEM | Continued Revision of Weekly Recommendation Memo (adding new motions and orders - July 14, 2004 Daily Memo) | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/12/04 | 0.10 | 27.50 |

**07/15/2004**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Retrieval of documents from docket and preparation of e-mail to Peter Lockwood attaching same (5978 - 5980) | 0.30 | 28.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| MTH | Review of memorandum summarizing pleadings filed on 7/14/04 | | 0.10 | 27.50 |
| **07/16/2004** | | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | | 0.30 | 28.50 |
| DEM | Preparation of Hearing Memo for July 19, 2004 omnibus hearing. | | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | | 0.20 | 19.00 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | | 0.30 | 28.50 |
| PEM | Review daily memo re: pleadings filed | | 0.10 | 31.50 |
| DAC | Review counsel's recommendation memo | | 0.10 | 37.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/15/04 | | 0.10 | 27.50 |
| MTH | Reviewing Debtors' Statement of Amount Paid to Ordinary Course Professionals | | 0.10 | 27.50 |
| **07/17/2004** | | | | |
| MK | Attention to document organization | | 0.10 | 10.00 |
| **07/18/2004** | | | | |
| PEM | Review weekly recommendation memo re: pending matters (.3); fee memo (.1) | | 0.40 | 126.00 |
| **07/19/2004** | | | | |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | | 0.20 | 19.00 |
| DEM | Update Attorney Binder | | 0.20 | 19.00 |
| MTH | Correspondence to DEM re hearing memoranda for committee. | | 0.10 | 27.50 |
| MTH | Reviewing correspondence from PVNL re draft hearing memoranda. | | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed from 7/16 through 7/18 | | 0.10 | 27.50 |
| MTH | Preparing memorandum re July Omnibus. | | 0.80 | 220.00 |
| MK | Review committee calendar and update attorney case calendar | | 0.20 | 20.00 |
| **07/20/2004** | | | | |
| DEM | Preparation and e-mailing of Memorandum Regarding Omnibus Hearing to Committee | | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders - July 20, 2004 Daily Memo) | | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | | 0.30 | 28.50 |
| MTH | Reviewing correspondence from DEM to Committee re hearing | | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | memoranda. | 0.10 | 27.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Attending committee meeting. | 0.70 | 192.50 |
| **07/21/2004** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders - Adversary Memo) | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on 7/15/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 7/14/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 7/19/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 7/13/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/20/04 | 0.10 | 27.50 |
| **07/22/2004** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MAL | Retrieval of documents, preparation and distribution of daily pleadings | 0.40 | 38.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| MTH | Reviewing ten orders entered. | 0.10 | 27.50 |
| **07/23/2004** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MTH | Reviewing correspondence from DEM to Committee re weekly recommendation memoranda | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo re motions (.6) and fee applications (.2) | 0.80 | 220.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| DAC | Review counsel's weekly recommendation memo | 0.10 | 37.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/22/04 | 0.10 | 27.50 |
| **07/24/2004** |  |  |  |
| MRE | Review of memorandum summarizing pleadings filed on 7/22/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 7/20/04 | 0.10 | 29.00 |
| MRE | Review of adversary memorandum summarizing pleadings filed 7/12/04 through 7/19/04 | 0.10 | 29.00 |
| **07/25/2004** |  |  |  |
| MRE | Review of hearing memo to the Committee | 0.10 | 29.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MRE | Review of memorandum summarizing pleadings filed on 7/21/04 | 0.10 | 29.00 |
| **07/26/2004** |  |  |  |  |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
|  | MRE | Review of memorandum summarizing pleadings filed from July 23rd to July 25th | 0.10 | 29.00 |
|  | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
|  | PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
|  | MTH | Review of memorandum summarizing pleadings filed from 7/23 through 7/25 | 0.10 | 27.50 |
| **07/27/2004** |  |  |  |  |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | MAL | Updating Service List | 0.20 | 19.00 |
|  | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.10 | 9.50 |
|  | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders - July 26, 2004 Daily Memo) | 0.10 | 9.50 |
|  | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders - July 27, 2004 Daily Memo) | 0.10 | 9.50 |
|  | DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |
|  | MRE | Review of memorandum summarizing pleadings filed on July 26, 2004 | 0.10 | 29.00 |
|  | MTH | Review of memorandum summarizing pleadings filed on 7/26/04 | 0.10 | 27.50 |
| **07/28/2004** |  |  |  |  |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.30 | 28.50 |
|  | MRE | Review of memorandum summarizing pleadings filed on July 27, 2004 | 0.10 | 29.00 |
|  | MTH | Review of memorandum summarizing pleadings filed on 7/27/04. | 0.10 | 27.50 |
| **07/29/2004** |  |  |  |  |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
|  | PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
|  | MTH | Review of memorandum summarizing pleadings filed on 7/28/04 | 0.10 | 27.50 |
|  | MTH | Preparing memorandum re committee meeting. | 0.50 | 137.50 |
|  | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.30 | 28.50 |
| **07/30/2004** |  |  |  |  |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | MAL | Retrieval of documents, organization and distribution of daily pleadings | 0.30 | 28.50 |
|  | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |

W.R. Grace

07/31/2004

ACCOUNT NO:        3000-07D
STATEMENT NO:              38

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MAL | Attention to document management | 0.20 | 19.00 |
| MTH | Meeting with MRE re pending matters and objection deadlines. | 0.20 | 55.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 58.00 |
| MTH | Correspondence to Committee re weekly recommendation memo | 0.20 | 55.00 |
| MTH | Prepare weekly recommendation memos re motions (1.0) and fee applications (.2) | 1.20 | 330.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 126.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/29/04 | 0.10 | 27.50 |
|  | FOR CURRENT SERVICES RENDERED | 34.20 | 6,687.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.50 | $375.00 | $187.50 |
| Philip E. Milch | 2.80 | 315.00 | 882.00 |
| Michele Kennedy | 0.30 | 100.00 | 30.00 |
| Mark T. Hurford | 12.40 | 275.00 | 3,410.00 |
| Marla R. Eskin | 2.30 | 290.00 | 667.00 |
| Margaret A. Landis | 3.70 | 95.00 | 351.50 |
| Diane E. Massey | 12.20 | 95.00 | 1,159.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 6,687.00 |

| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%) | -1,404.40 |
|---|---|---|
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -1,173.30 |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -871.20 |
|  | TOTAL PAYMENTS | -3,448.90 |
|  | BALANCE DUE | $25,782.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2004 |
| Wilmington  DE | ACCOUNT NO:     3000-08D |
|  | STATEMENT NO:     37 |

Employee Benefits/Pension

PREVIOUS BALANCE                                                                                        -$420.10

| | | | HOURS | |
|---|---|---|---|---|
| 07/21/2004 | | | | |
| | MTH | Reviewing correspondence from J. Sakalo re pension plan motion and response thereto. | 0.20 | 55.00 |
| | MTH | Reviewing correspondence from MRE re Debtors' Pension plan motion and response thereto. | 0.20 | 55.00 |
| | MTH | Telephone conference with M Berkin re Debtors pension plan motion. | 0.40 | 110.00 |
| | MTH | Reviewing Debtors' Pension Plan Motion. | 0.30 | 82.50 |
| | MRE | Review of Motion to Contribute to Benefit Plans and e-mail to MTH regarding same | 0.30 | 87.00 |
| 07/23/2004 | | | | |
| | MRE | E-mails with MTH regarding defined benefits plan | 0.20 | 58.00 |
| | MTH | Reviewing Debtors' Motion to make contributions to defined benefit plans. | 0.40 | 110.00 |
| | MTH | Correspondence to and from MRE re: benefits plan | 0.20 | 55.00 |
| 07/29/2004 | | | | |
| | MRE | Meeting with MTH regarding severance issues | 0.10 | 29.00 |
| | MTH | Telephone conference with M Berkin re pension plan motion. | 0.20 | 55.00 |
| | MTH | Meeting with MRE re: severance issues | 0.10 | 27.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.60 | 724.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.00 | $275.00 | $550.00 |
| Marla R. Eskin | 0.60 | 290.00 | 174.00 |

Page: 2

W.R. Grace                                                                 07/31/2004
                                                    ACCOUNT NO:        3000-08D
                                                    STATEMENT NO:             37

Employee Benefits/Pension


TOTAL CURRENT WORK                                                       724.00


07/06/2004      Payment - Thank you. (October, 2003 - 20%)              -106.20
07/06/2004      Payment - Thank you. (November, 2003 - 20%)            -162.10
                TOTAL PAYMENTS                                          -268.30

                BALANCE DUE                                              $35.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                              07/31/2004
Wilmington  DE                                               ACCOUNT NO:        3000-09D
                                                             STATEMENT NO:               13

Employee Applications, Applicant

PREVIOUS BALANCE                                                                    $58.00

BALANCE DUE                                                                         $58.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

|  |  |
|---|---|
| Page: | 1 |
|  | 07/31/2004 |
| ACCOUNT NO: | 3000-10D |
| STATEMENT NO: | 38 |

Employment Applications, Others

PREVIOUS BALANCE                                                                                      $3,498.50

|  |  | | HOURS | |
|---|---|---|---|---|
| 07/06/2004 | | | | |
| | MRE | Review of fee chart for financial advisors and meeting with MTH regarding same | 0.20 | 58.00 |
| | MTH | Additional review of FR's Application to Retain CIBC (.2); discussion with LMP re chart of financial advisor fees and expenses (.2); reviewing Orders approving retention of financial advisors (.3); reviewing and revising chart of financial advisor fees and expenses (.3); discussion with MRE re same (.2); Telephone conference with PVNL re same (.1) | 1.30 | 357.50 |
| 07/09/2004 | | | | |
| | MTH | Reviewing PD's limited objection to application of Austern to retain professionals. | 0.10 | 27.50 |
| 07/13/2004 | | | | |
| | MTH | Reviewing Limited Objection of PD Committee to Application of Austern to retain Swidler Berlin. | 0.10 | 27.50 |
| 07/15/2004 | | | | |
| | MTH | Reviewing FCR's Motion to File Reply to PD's Objections re retention motions. | 0.10 | 27.50 |
| | MTH | Reviewing FCR's Reply to Limited Objection of PD Committee re retention. | 0.10 | 27.50 |
| | MTH | Reviewing UST's objection to application to retain Phillips, Goldman. | 0.10 | 27.50 |
| 07/16/2004 | | | | |
| | MTH | Reviewing Debtors' Amended Application to Retain Nelson, Mullins. | 0.30 | 82.50 |
| | MTH | Reviewing Exhibits filed re FCR's Reply to retention objections. | 0.10 | 27.50 |

W.R. Grace

07/31/2004
ACCOUNT NO:      3000-10D
STATEMENT NO:           38

Employment Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/21/2004 |  |  |  |  |
| | MRE | Review of Motion for Leave to file Reply | 0.10 | 29.00 |
| | MRE | Review of Future Representative's Reply to Objection of Property Damage Committee to Swidler Berlin Shereff Friedman | 0.10 | 29.00 |
| | MRE | Review of US Trustee's Objection to Phillips Goldman & Spence | 0.10 | 29.00 |
| | MRE | Review of Amended Nelson Mullins Riley & Scarborough Retention Application | 0.20 | 58.00 |
| 07/28/2004 |  |  |  |  |
| | MRE | Review of PD Committee brief regarding Futures Representative | 0.40 | 116.00 |
| | MRE | Review of Federal Insurance Brief regarding Futures Representative | 0.40 | 116.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.70 | 1,040.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.20 | $275.00 | $605.00 |
| Marla R. Eskin | 1.50 | 290.00 | 435.00 |

TOTAL CURRENT WORK                                                                        1,040.00

07/06/2004      Payment - Thank you. (October, 2003 - 20%)                                         -69.50

BALANCE DUE                                                                   $4,469.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                     07/31/2004
Wilmington  DE                                          ACCOUNT NO:      3000-11D
                                                        STATEMENT NO:            36

Expenses

PREVIOUS BALANCE                                                          $2,652.86

| | | |
|---|---|---|
| 07/01/2004 | Postage - 5/04 Fee Apps for C&D, C&I, LTC - 3 @ 3.95 | 11.85 |
| 07/01/2004 | Parcels' bill of 7/10/04 - Objection in Chakarian Adversary | 248.15 |
| 07/02/2004 | Photocopying - 2 copies 7 pages (memo re: acquisition of Alltech) | 1.40 |
| 07/16/2004 | AT&T Long Distance Phone Calls | 3.68 |
| 07/19/2004 | Postage - C&L May CNO | 0.83 |
| 07/20/2004 | Travel costs for 7/20/04 - 274 miles at .375 = 102.75; tolls 14.50, total $117.25 divided by 8 for 8 cases = $14.66 | 14.66 |
| 07/31/2004 | Pacer charges for the month of June | 170.17 |
| | TOTAL EXPENSES | 450.74 |
| | TOTAL CURRENT WORK | 450.74 |
| | BALANCE DUE | $3,103.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2004
ACCOUNT NO:     3000-12D
STATEMENT NO:              36

Fee Applications, Applicant

PREVIOUS BALANCE                                                                                    $3,587.70

| | | HOURS | |
|---|---|---|---|
| **07/01/2004** | | | |
| KJC | Review and sign C&L May fee application | 0.30 | 52.50 |
| DEM | Preparations and e-filing of C&L May 2004 Fee Application; preparation of e-mail to Warren Smith attaching same. | 0.30 | 28.50 |
| **07/15/2004** | | | |
| MTH | Reviewing prebill | 1.00 | 275.00 |
| **07/22/2004** | | | |
| LMP | Draft Excel spreadsheet regarding Campbell & Levine's professional hours and project category totals for the June Monthly Fee Application | 0.80 | 76.00 |
| LMP | Update and prepare Campbell & Levine's June Monthly Fee Application for filing | 0.50 | 47.50 |
| **07/23/2004** | | | |
| LMP | Review case docket for Objections to C&L May Fee App (.1); Draft and electronic file May CNO (.2) | 0.30 | 28.50 |
| KJC | Review and sign CNO re C&L May monthly fee application | 0.20 | 35.00 |
| | FOR CURRENT SERVICES RENDERED | 3.40 | 543.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $275.00 | $275.00 |
| Kathleen J. Campbell | 0.50 | 175.00 | 87.50 |
| Lauren M. Przybylek | 1.60 | 95.00 | 152.00 |
| Diane E. Massey | 0.30 | 95.00 | 28.50 |

Page: 2

W.R. Grace
07/31/2004

ACCOUNT NO:    3000-12D
STATEMENT NO:    36

Fee Applications, Applicant


TOTAL CURRENT WORK                                                            543.00


| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%) | -159.30 |
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -138.30 |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -124.50 |
| | TOTAL PAYMENTS | -422.10 |
| | BALANCE DUE | $3,708.60 |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                    07/31/2004
Wilmington  DE                          ACCOUNT NO:        3000-13D
                                        STATEMENT NO:             23

Fee Applications, Others

PREVIOUS BALANCE                                            $4,530.10

|  |  | HOURS |  |
|---|---|---|---|
| 07/01/2004 |  |  |  |
| DEM | Preparation of LTC May 2004 Fee Application for filing. | 0.20 | 19.00 |
| KJC | Review C&D May fee application and sign COS re same | 0.30 | 52.50 |
| KJC | Review Collins e-mail re LTC May application and response to same | 0.10 | 17.50 |
| KJC | Review LTC May fee application and sign COS re same | 0.30 | 52.50 |
| DEM | Preparations and e-filing of C&D May 2004 Fee Application; preparation of e-mail to Warren Smith attaching same. | 0.30 | 28.50 |
| DEM | Preparations and e-filing of LTC May 2004 Fee Application; preparation of e-mail to Warren Smith attaching same. | 0.30 | 28.50 |
| 07/06/2004 |  |  |  |
| LMP | Draft Excel spreadsheet for all hours and fees of financial advisors currently and formerly involved in the case | 1.50 | 142.50 |
| 07/07/2004 |  |  |  |
| LMP | Review May Fee Application of Kirkland & Ellis (.1); Update WRG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review April Fee Application of Pitney Hardin (.1); Update WRG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of Stroock, Stroock & Lavan (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of Reed Smith (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review April Fee Application of Holme Roberts & Owen (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Duane Morris (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of Nelson Mullins Riley & Scarborough (.1); |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of Protiviti (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **07/08/2004** | | | |
| LMP | Review June Fee Application of Warren Smith & Associates (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **07/12/2004** | | | |
| LMP | Review Sealed Air May Fee Application of Ferry, Joseph & Pearce (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **07/15/2004** | | | |
| LMP | Review April Fee Application of Capstone Corporate Recovery (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Capstone Corporate Recovery (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Capstone Corporate Recovery (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February through March Interim Fee Application of FTI Policano & Manzo (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of Casner & Edwards (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Kramer Levin (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **07/19/2004** | | | |
| LMP | Review email from D. Relles re: LAS June 2004 bill (.1); Update and prepare June Fee Application for filing (.3) | 0.40 | 38.00 |
| **07/21/2004** | | | |
| LMP | Review May Fee Application of Capstone Corporate Recovery (.1); Update WrG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review June Fee Application of Carella, Byrne, Bain, Cecchi, Stewart & Olstein (.1); Update WrG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of Woodcock Washburn (.1); Update WrG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review May Fee Application of PSZYJ&W (.1); Update WrG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| **07/23/2004** | | | |
| LMP | Review case docket for Objections to C&D May Fee App (.1); Draft and electronic file May CNO (.2) | 0.30 | 28.50 |
| LMP | Review case docket for Objections to LTC May Fee App (.1); Draft and electronic file May CNO (.2) | 0.30 | 28.50 |
| KJC | Review and sign CNO re LTC May fee application | 0.20 | 35.00 |

Page: 3
07/31/2004

W.R. Grace

ACCOUNT NO:    3000-13D
STATEMENT NO:    23

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KJC | Review and sign CNO re C&D May monthly fee application | 0.20 | 35.00 |

07/29/2004

| LMP | Review May Fee Application of Holme Roberts & Owen (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Review January through March Interim Fee Application of Holme Roberts & Owen (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Fee Application of Lukin & Annis (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review February Fee Application of Lukin & Annis (.1); Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review March Fee Application of Lukin & Annis (.1); Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review January through March Interim Fee Application of Hamilton, Rabinovitz & Alschuler (.1); Update Wr Grace Weekly Recommendation Memo (.1) |  |  |
| LMP | Review January through March Interim Fee Application of Richardson Patrick & Westbrook (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | FOR CURRENT SERVICES RENDERED | 9.60 | 1,000.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathleen J. Campbell | 1.10 | $175.00 | $192.50 |
| Lauren M. Przybylek | 7.70 | 95.00 | 731.50 |
| Diane E. Massey | 0.80 | 95.00 | 76.00 |
|  |  |  |  |
| TOTAL CURRENT WORK |  |  | 1,000.00 |

| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%) | -258.30 |
|---|---|---|
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -261.50 |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -180.80 |
|  | TOTAL PAYMENTS | -700.60 |
|  | BALANCE DUE | $4,829.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2004
ACCOUNT NO:     3000-14D
STATEMENT NO:          33

Financing

PREVIOUS BALANCE                                                              $5.50

BALANCE DUE                                                                   $5.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2004 |
| Wilmington  DE | ACCOUNT NO:  3000-15D |
|  | STATEMENT NO:  38 |

Hearings

| | PREVIOUS BALANCE | | $6,994.20 |
|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/01/2004** | | | | |
| | MTH | Reviewing Agenda for Hearing (.1); Correspondence to counsel re hearing agenda (.1); Correspondence to counsel re Scotts Reply (.1) | 0.30 | 82.50 |
| **07/02/2004** | | | | |
| | MRE | Review of agenda for July 6th | 0.10 | 29.00 |
| | MTH | Correspondence to PVNL, JWD and WBS re hearing on July 6 | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from JWD re hearing on Scotts Motion. | 0.10 | 27.50 |
| **07/06/2004** | | | | |
| | MTH | Preparation for Hearing (.5); participate in hearing (1.0) | 1.50 | 412.50 |
| | MTH | Discussion with MRE re hearing on Scott's Motion | 0.10 | 27.50 |
| **07/07/2004** | | | | |
| | MTH | Reviewing memorandum of pending matters and Correspondence to DEM re potential issues for July Omnibus. | 0.10 | 27.50 |
| | PEM | Review 7/6 hearing memo | 0.10 | 31.50 |
| **07/11/2004** | | | | |
| | DAC | Review memo re: 7/6 hearing | 0.10 | 37.50 |
| **07/14/2004** | | | | |
| | MTH | Reviewing Agenda for Omnibus Hearing (.2); reviewing highlighted weekly memorandum re same (.2); Correspondence to PVNL re July Omnibus (.2) | 0.60 | 165.00 |
| | MTH | Reviewing correspondence from DEM re highlighted memoranda for hearing. | 0.10 | 27.50 |

Page: 2
07/31/2004

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:           38

Hearings

|            |     |                                             | HOURS |          |
|------------|-----|---------------------------------------------|-------|----------|
| 07/19/2004 |     |                                             |       |          |
|            | MTH | Attending hearing.                          | 0.50  | 137.50   |
| 07/20/2004 |     |                                             |       |          |
|            | PEM | Review omnibus hearing memo to committee    | 0.10  | 31.50    |
| 07/21/2004 |     |                                             |       |          |
|            | DAC | Review memo re: 7/19 omnibus hearing        | 0.10  | 37.50    |
|            |     | FOR CURRENT SERVICES RENDERED               | 3.90  | 1,102.00 |

RECAPITULATION

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL   |
|---------------------|-------|-------------|---------|
| Douglas A. Campbell | 0.20  | $375.00     | $75.00  |
| Philip E. Milch     | 0.20  | 315.00      | 63.00   |
| Mark T. Hurford     | 3.40  | 275.00      | 935.00  |
| Marla R. Eskin      | 0.10  | 290.00      | 29.00   |

TOTAL CURRENT WORK                                   1,102.00

| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%)  | -195.20    |
|------------|---------------------------------------------|------------|
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -118.80    |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -240.25    |
|            | TOTAL PAYMENTS                              | -554.25    |
|            | BALANCE DUE                                 | $7,541.95  |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                                 |                |           |
|---------------------------------|----------------|-----------|
|                                 | Page: 1        |           |
| W.R. Grace                      | 07/31/2004     |           |
| Wilmington  DE                  | ACCOUNT NO:    | 3000-16D  |
|                                 | STATEMENT NO:  | 23        |

Litigation and Litigation Consulting

|                    |            |
|--------------------|------------|
| PREVIOUS BALANCE   | $6,808.20  |

|            |       |                                                           | HOURS  |         |
|------------|-------|-----------------------------------------------------------|--------|---------|
| 07/23/2004 |       |                                                           |        |         |
|            | MTH   | Reviewing Debtors' Motion to Extend Time to Remove Actions. | 0.40   | 110.00  |
|            |       | FOR CURRENT SERVICES RENDERED                             | 0.40   | 110.00  |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL    |
|-----------------|-------|-------------|----------|
| Mark T. Hurford | 0.40  | $275.00     | $110.00  |

|                     |          |
|---------------------|----------|
| TOTAL CURRENT WORK  | 110.00   |

| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%)  | -443.80    |
|------------|---------------------------------------------|------------|
| 07/06/2004 | Payment - Thank you. (November, 2003 - 20%) | -787.30    |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -2,061.60  |
|            | TOTAL PAYMENTS                              | -3,292.70  |
|            | BALANCE DUE                                 | $3,625.50  |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

07/31/2004
ACCOUNT NO:        3000-17D
STATEMENT NO:               23

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                                          $4,168.70

07/06/2004       Payment - Thank you. (November, 2003 - 20%)                                   -21.00

BALANCE DUE                                                                                              $4,147.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                                          07/31/2004
Wilmington  DE                                                          ACCOUNT NO:        3000-18D
                                                                       STATEMENT NO:              23

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                                        $5,827.20

| | | | HOURS | |
|---|---|---|---|---|
| 07/01/2004 | | | | |
| | MRE | Meeting with MTH and Diane regarding distribution of objections to Scotts | 0.10 | 29.00 |
| | MRE | Drafting e-mail to DEM regarding distribution of Scotts objections | 0.10 | 29.00 |
| | MTH | Reviewing Statement of Continental Casualty to Scotts Motion. | 0.20 | 55.00 |
| | MTH | Reviewing correspondence from EI re various pleadings re Scott's Motion (.1) discussions with MRE and DEM re same (.1) | 0.20 | 55.00 |
| | MTH | Reviewing multiple correspondence from DEM to Committee re Scotts Motion/pleadings. | 0.10 | 27.50 |
| | PEM | Review pleadings ChaKarran adversary pleadings (Scotts) | 0.40 | 126.00 |
| | MTH | Meeting with MRE and Diane regarding distribution of objections to Scotts | 0.10 | 27.50 |
| 07/02/2004 | | | | |
| | MTH | Reviewing correspondence from MRE re Scotts Motion and response to same. | 0.10 | 27.50 |
| | MRE | Review of Scotts reply brief | 0.30 | 87.00 |
| | DAC | Review of expedited motion of the Scotts Company to enforce orders and automatic stay, and related responses as joinders of the debtor, the ACC, and the individual plaintiffs | 2.00 | 750.00 |
| 07/06/2004 | | | | |
| | MRE | E-mail with J. Schrader regarding Scotts | 0.10 | 29.00 |
| | MTH | Reviewing correspondence from MRE and additional correspondence from J. Shrader re hearing on Scotts' emergency motion (.1) and response to same (.1) | 0.20 | 55.00 |

W.R. Grace

Relief from Stay Proceedings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/12/2004 |  |  |  |  |
| | MTH | Reviewing correspondence from PVNL re concerns re proposed Order (.1); Correspondence to S. Blatnick re same (.1); reviewing original proposed Order, revised proposed Order, and documents related to Scotts and drafting new proposed language for Order (.6); Correspondence to PVNL re same (.1) | 0.90 | 247.50 |
| 07/13/2004 |  |  |  |  |
| | MTH | Reviewing correspondence from S. Blatnick with revised proposed Order re Scotts. | 0.20 | 55.00 |
| | MTH | Correspondence to JWD re proposed Order re Scotts Motion. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from JWD re revised proposed Order re Scotts Motion (.1) and Correspondence to S. Blatnick re same (.1) | 0.20 | 55.00 |
| | MTH | Correspondence to S. Blatnick re response time re proposed Order re Scotts Motion (.1) and reviewing response to same (.1) | 0.20 | 55.00 |
| | MTH | Reviewing correspondence from PVNL re proposed revisions to paragraph 3 (.1); Correspondence to counsel involved in Scotts motion re proposed revisions to same (.3) | 0.40 | 110.00 |
| | MTH | Telephone conference with T. Cobb and S. Blatnick re issues with Order on Scotts Motion. | 0.90 | 247.50 |
| | MTH | Reviewing pleadings and notes re Scotts Motion and proposed Order and drafting revised language re same. | 1.30 | 357.50 |
| | MTH | Reviewing correspondence from T. Cobb re revised alternative language. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from J Wisler re revised proposed order re Scotts motion. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from B Brousseau re revised proposed order re Scotts | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from T Cobb re J Wisler re revised proposed order. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from T. Cobb to Bob Brousseau re revised proposed order | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from S. Brousseau to S. Blatnick re revised proposed order to Scotts. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from T. Cobb re reviewing alternative proposal re Scotts Order. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from S. Blatnick to R. Bello re submission of Order re Scotts Motion. | 0.10 | 27.50 |
| 07/14/2004 |  |  |  |  |
| | MTH | Reviewing correspondence from T. Cobb re revised proposed Order, additional language. | 0.30 | 82.50 |
| | MTH | Reviewing correspondence from S. Blatnick re position on revised language. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from S. Blatnick and T. Cobb re revised proposed Order | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from T. Cobb (Follow up) re Scotts Order | 0.10 | 27.50 |

Page: 3
07/31/2004
ACCOUNT NO:    3000-18D
STATEMENT NO:    23

W.R. Grace

Relief from Stay Proceedings

| | | | | HOURS |
|---|---|---|---|---|
| **07/15/2004** | | | | |
| | MTH | Reviewing proposed Order re Scotts motion, and revised/proposed language from Scotts counsel (.3) and Correspondence to PVNL re same (.2) | 0.50 | 137.50 |
| | MTH | Reviewing correspondence from PVNL re proposed Order re Scotts (.1) and Correspondence to Tiffany and Sam re same (.1) | 0.20 | 55.00 |
| | MTH | Reviewing correspondence from S. Blatnick re Scotts Motion/proposed Order. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from PVNL re revised/proposed Order re Scotts Motion (.1) and Correspondence to Sam Blatnick re same (.1) | 0.20 | 55.00 |
| | MTH | Reviewing correspondence from S. Blatnick re revised Order re Scotts. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from T. Cobb re revised proposed order. | 0.10 | 27.50 |
| **07/16/2004** | | | | |
| | MTH | Reviewing correspondence from D. Carickhoff re Scotts Order. | 0.10 | 27.50 |
| | MTH | Reviewing correspondence from R. Brousseau re revised Order for Scotts. | 0.10 | 27.50 |
| **07/23/2004** | | | | |
| | MTH | Reviewing notice of filing and copy of Order denying Scott's Motion to Enforce the Preliminary Injunction (.1); Correspondence to B Conaway re same (.1), Correspondence to PVNL and JWD re same (.1) | 0.30 | 82.50 |
| **07/24/2004** | | | | |
| | MRE | Review of Motion for Perpetuation Deposition | 0.20 | 58.00 |
| **07/25/2004** | | | | |
| | MRE | Review of motion regarding Scott's motion | 0.10 | 29.00 |
| **07/30/2004** | | | | |
| | MTH | Reviewing Erickson Motion for Relief from Stay | 0.30 | 82.50 |
| | MTH | Reviewing Hill Motion for Relief from Stay | 0.20 | 55.00 |
| | MTH | Reviewing Shea Motion for Relief from Stay | 0.20 | 55.00 |
| | MTH | Reviewing Regjovich Motion for Relief from Stay | 0.20 | 55.00 |
| | | FOR CURRENT SERVICES RENDERED | 12.40 | 3,639.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 2.00 | $375.00 | $750.00 |
| Philip E. Milch | 0.40 | 315.00 | 126.00 |
| Mark T. Hurford | 9.10 | 275.00 | 2,502.50 |
| Marla R. Eskin | 0.90 | 290.00 | 261.00 |

Page: 4

W.R. Grace

07/31/2004

ACCOUNT NO:          3000-18D

STATEMENT NO:                    23

Relief from Stay Proceedings


TOTAL CURRENT WORK                                                           3,639.50


| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%) | -26.70 |
| 07/06/2004 | Payment - Thank you. (December, 2003 - 20%) | -15.90 |
| | TOTAL PAYMENTS | -42.60 |
| | BALANCE DUE | $9,424.10 |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                        07/31/2004
Wilmington  DE                                    ACCOUNT NO:      3000-19D
                                                  STATEMENT NO:          13

Tax Issues

PREVIOUS BALANCE                                                       $62.10

07/06/2004    Payment - Thank you. (October, 2003 - 20%)              -29.70
07/06/2004    Payment - Thank you. (December, 2003 - 20%)             -15.90
              TOTAL PAYMENTS                                          -45.60

              BALANCE DUE                                             $16.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2004 |
| Wilmington  DE | ACCOUNT NO:     3000-20D |
|  | STATEMENT NO:          22 |

Tax Litigation

PREVIOUS BALANCE                                                                 $468.80

BALANCE DUE                                                                          $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2004 |
| Wilmington DE | ACCOUNT NO:  3000-21D |
|  | STATEMENT NO:  14 |

Travel-Non-Working

PREVIOUS BALANCE                                                                                      $543.50

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/20/2004 |  |  |  |  |
|  | MTH | Non-working travel time to and from Washington, DC for meeting (billed at one-half time and split among Kaiser, Grace, Owens Corning, AC&S, Armstrong, Federal Mogul and Flintkote) | 0.40 | 110.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 0.40 | 110.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $275.00 | $110.00 |

TOTAL CURRENT WORK                                                                                   110.00

BALANCE DUE                                                                                           $653.50

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2004 |
| Wilmington  DE | ACCOUNT NO:    3000-22D |
|  | STATEMENT NO:              27 |

Valuation

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,250.40 |
| 07/06/2004 | Payment - Thank you. (October, 2003 - 20%) | -65.40 |
| | BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                |                |
|----------------|---------------:|
|                | Page: 1        |
| W.R. Grace     | 07/31/2004     |
| Wilmington  DE | ACCOUNT NO:      3000-23D |
|                | STATEMENT NO:           27 |

ZAI Science Trial

PREVIOUS BALANCE                                         $1,621.80

07/06/2004     Payment - Thank you. (November, 2003 - 20%)        -15.90

BALANCE DUE                                             $1,605.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2004
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 239.00 | 0.00 | 0.00 | 0.00 | -5.30 | $233.70 |
| 3000-03 Business Operations | | | | | |
| 1,203.80 | 470.00 | 0.00 | 0.00 | -69.10 | $1,604.70 |
| 3000-04 Case Administration | | | | | |
| 1,252.10 | 55.00 | 0.00 | 0.00 | -126.40 | $1,180.70 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,928.50 | 0.00 | 0.00 | 0.00 | -281.30 | $2,647.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 2,775.10 | 388.00 | 0.00 | 0.00 | -95.80 | $3,067.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 22,544.10 | 6,687.00 | 0.00 | 0.00 | -3,448.90 | $25,782.20 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -420.10 | 724.00 | 0.00 | 0.00 | -268.30 | $35.60 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | $58.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 3,498.50 | 1,040.00 | 0.00 | 0.00 | -69.50 | $4,469.00 |
| 3000-11 Expenses | | | | | |
| 2,652.86 | 0.00 | 450.74 | 0.00 | 0.00 | $3,103.60 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,587.70 | 543.00 | 0.00 | 0.00 | -422.10 | $3,708.60 |
| 3000-13 Fee Applications, Others | | | | | |
| 4,530.10 | 1,000.00 | 0.00 | 0.00 | -700.60 | $4,829.50 |
| 3000-14 Financing | | | | | |
| 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | $5.50 |
| 3000-15 Hearings | | | | | |
| 6,994.20 | 1,102.00 | 0.00 | 0.00 | -554.25 | $7,541.95 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 6,808.20 | 110.00 | 0.00 | 0.00 | -3,292.70 | $3,625.50 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 4,168.70 | 0.00 | 0.00 | 0.00 | -21.00 | $4,147.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 5,827.20 | 3,639.50 | 0.00 | 0.00 | -42.60 | $9,424.10 |
| 3000-19 Tax Issues | | | | | |
| 62.10 | 0.00 | 0.00 | 0.00 | -45.60 | $16.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 543.50 | 110.00 | 0.00 | 0.00 | 0.00 | $653.50 |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | -65.40 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,621.80 | 0.00 | 0.00 | 0.00 | -15.90 | $1,605.90 |
| 72,600.06 | 15,868.50 | 450.74 | 0.00 | -9,524.75 | $79,394.55 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.