```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/09/04  Peterson  / (07) Committee, Creditors'                 0.5    300.00
 #6118     telephone Inselbuch re: new forecasts               600.00

 07/11/04  Peterson  / (07) Committee, Creditors'                 1.5    900.00
 #6124     draft memo to Inselbuch re: liabilities for asbestos 600.00
           related claimants committees

 07/19/04  Peterson  / (07) Committee, Creditors'                 2.0   1200.00
 #6130     meet with Inselbuch, Davis, Finch, Slocombe,        600.00
           Tersigni, Berkin to review status of case and
           prepare for committee meeting

 07/20/04  Peterson  / (07) Committee, Creditors'                 1.1    660.00
 #6131     meeting with committee members to review status of  600.00
           case

 07/20/04  Peterson  / (07) Committee, Creditors'                 0.1     60.00
 #6132     telephone Relles re: committee meeting results      600.00

 07/20/04  Relles    / (07) Committee, Creditors'                 0.1     37.50
 #6323     telephone Peterson re: committee meeting results    375.00
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                          Page 2

                        W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 07/18/04  Peterson  / (20) Travel - Non-working                0.5    150.00
 #6129     travel to Washington                              300.00

 07/21/04  Peterson  / (20) Travel - Non-working                1.0    300.00
 #6133     travel to Thousand Oaks                           300.00
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                         Page 3

                    W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE  AMOUNT
-------------------------------------------------------------------------------
 07/01/04  Peterson  / (28) Data Analysis                       1.0   600.00
 #6101     review proposals of alternative means to compensate 600.00
           asbestos victims

 07/01/04  Peterson  / (28) Data Analysis                       0.3   180.00
 #6102     telephone Finch to discuss forecasts                600.00

 07/01/04  Relles    / (28) Data Analysis                       0.2    75.00
 #6301     email Peterson re: schedule for work product        375.00

 07/02/04  Peterson  / (28) Data Analysis                       0.7   420.00
 #6103     review proposals of alternative means to compensate 600.00
           asbestos victims

 07/02/04  Peterson  / (28) Data Analysis                       4.3  2580.00
 #6104     review prior forecasts for WR Grace from Sealed Air 600.00
           litigation

 07/03/04  Peterson  / (28) Data Analysis                       3.1  1860.00
 #6105     review prior forecasts for WR Grace from Sealed Air 600.00
           litigation

 07/03/04  Relles    / (28) Data Analysis                       1.0   375.00
 #6302     review original Grace analyses to prepare for       375.00
           updating of report

 07/05/04  Peterson  / (28) Data Analysis                       4.6  2760.00
 #6106     review prior forecasts for WR Grace from Sealed Air 600.00
           litigation

 07/06/04  Peterson  / (28) Data Analysis                       0.5   300.00
 #6107     review proposals of alternative means to compensate 600.00
           asbestos victims

 07/06/04  Peterson  / (28) Data Analysis                       3.6  2160.00
 #6108     telephone Relles (several 0.8) re: updating         600.00
           forecasts; review prior forecasts

 07/06/04  Relles    / (28) Data Analysis                       3.5  1312.50
 #6303     review original Grace analyses to prepare for       375.00
           updating of report

 07/06/04  Relles    / (28) Data Analysis                       1.5   562.50
 #6304     update propensity to sue and nonmalignant multiplier 375.00
           increase calculations
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                               Page 4

                     W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
07/06/04    Relles   / (28) Data Analysis                       0.8      300.00
#6305       telephone Peterson (several) re: updating forecasts 375.00

07/07/04    Peterson / (28) Data Analysis                       0.1       60.00
#6109       meeting Relles re: analysis of alternative methods  600.00
            for paying asbestos claims

07/07/04    Peterson / (28) Data Analysis                       0.1       60.00
#6110       telephone Forscey re: analysis of alternative       600.00
            methods for paying asbestos claims

07/07/04    Peterson / (28) Data Analysis                       0.3      180.00
#6111       review forecasts of claims and liabilities analysis 600.00
            of alternative methods for paying asbestos claims

07/07/04    Peterson / (28) Data Analysis                       1.0      600.00
#6112       meeting Relles re: updating analysis, developing    600.00
            report, discovery requests

07/07/04    Relles   / (28) Data Analysis                       0.1       37.50
#6306       meeting Peterson re: analysis of proposals of       375.00
            alternative means to compensate asbestos victims

07/07/04    Relles   / (28) Data Analysis                       0.1       37.50
#6307       telephone Forscey re: proposals of alternative means 375.00
            to compensate asbestos victims

07/07/04    Relles   / (28) Data Analysis                       1.0      375.00
#6308       meeting Peterson re: updating analysis, developing  375.00
            report, discovery requests

07/08/04    Peterson / (28) Data Analysis                       0.3      180.00
#6113       review latest proposed alternative for compensating 600.00
            asbestos claims; compare to prior

07/08/04    Peterson / (28) Data Analysis                       0.4      240.00
#6114       review total and annual costs for latest proposed   600.00
            alternative for compensating asbestos claims and
            prepare graphic presentation

07/08/04    Peterson / (28) Data Analysis                       0.1       60.00
#6115       telephone Relles (several calls) re: results        600.00
            analysis total and annual costs for latest proposed
            alternative for compensating asbestos claims
```

{D0024664:1 }

```
Date: 08/15/04             Legal Analysis Systems, Inc.
Time: 5:00pm                                                           Page 5

                       W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/08/04  Relles    / (28) Data Analysis                         0.3    112.50
 #6309     review old submissions and analyses of proposals of  375.00
           alternative means to compensate asbestos victims

 07/08/04  Relles    / (28) Data Analysis                         0.4    150.00
 #6310     analyze proposals of alternative means to compensate 375.00
           asbestos victims

 07/08/04  Relles    / (28) Data Analysis                         0.1     37.50
 #6311     telephone Peterson (several calls) re: results       375.00
           proposals of alternative means to compensate
           asbestos victims

 07/08/04  Relles    / (28) Data Analysis                         0.1     37.50
 #6312     produce additional output for Peterson presentation 375.00
           about proposals of alternative means to compensate
           asbestos victims

 07/08/04  Relles    / (28) Data Analysis                         0.1     37.50
 #6313     revise and edit Peterson presentation about          375.00
           proposals of alternative means to compensate
           asbestos victims; send to Caplin-Drysdale and
           Forscey

 07/09/04  Peterson  / (28) Data Analysis                         0.3    180.00
 #6116     review proposal regarding alternative treatment of  600.00
           presently pending asbestos claims

 07/09/04  Peterson  / (28) Data Analysis                         0.5    300.00
 #6117     telephone Relles re: calculating forecasts          600.00

 07/09/04  Peterson  / (28) Data Analysis                         3.4   2040.00
 #6119     work on forecasts of asbestos liabilities           600.00

 07/09/04  Relles    / (28) Data Analysis                         0.5    187.50
 #6314     telephone Peterson (multiple calls) re: Inselbuch   375.00
           projections

 07/09/04  Relles    / (28) Data Analysis                         1.8    675.00
 #6315     review old Grace analyses                           375.00

 07/09/04  Relles    / (28) Data Analysis                         3.1   1162.50
 #6316     reproduce April 1 2001 projections, reconcile new   375.00
           numbers with old
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                          Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 07/10/04  Peterson  / (28) Data Analysis                      1.0    600.00
 #6120     telephone Relles re: updating liability forecasts 600.00
           from Sealed Air litigation

 07/10/04  Peterson  / (28) Data Analysis                      4.2   2520.00
 #6121     review analyses of claims, trends and preliminaries 600.00
           for forecasts

 07/10/04  Relles    / (28) Data Analysis                      1.0    375.00
 #6317     telephone Peterson (several calls) re: Inselbuch  375.00
           projections

 07/10/04  Relles    / (28) Data Analysis                      2.6    975.00
 #6318     run various cash flow projections, summarize results 375.00

 07/11/04  Peterson  / (28) Data Analysis                      1.7   1020.00
 #6122     review Zonolite and Libby Status Reports and BI   600.00
           forecasts to generate estimates of overall liability

 07/11/04  Peterson  / (28) Data Analysis                      0.7    420.00
 #6123     telephone Relles re: forecasts requested by       600.00
           Inselbuch

 07/11/04  Relles    / (28) Data Analysis                      0.7    262.50
 #6319     telephone Peterson (multiple calls) re: Inselbuch 375.00
           projections

 07/12/04  Peterson  / (28) Data Analysis                      1.0    600.00
 #6125     review materials to prepare for Finch and Graham  600.00
           meeting

 07/16/04  Peterson  / (28) Data Analysis                      2.0   1200.00
 #6126     prepare for meetings with attorneys and committees: 600.00
           review materials on liabilities, TDPs and payments

 07/17/04  Peterson  / (28) Data Analysis                      1.2    720.00
 #6127     prepare for meetings with attorneys and committees: 600.00
           review materials on liabilities, TDPs and payments

 07/17/04  Relles    / (28) Data Analysis                      0.4    150.00
 #6320     prepare summaries for meeting with committee      375.00

 07/18/04  Peterson  / (28) Data Analysis                      2.0   1200.00
 #6128     prepare for meetings with attorneys and committees: 600.00
           review materials on liabilities, TDPs and payments
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                              Page 7

                      W. R. Grace (continued)


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 07/19/04  Relles    / (28) Data Analysis                          0.6    225.00
 #6321     update summaries for meeting with committee           375.00

 07/19/04  Relles    / (28) Data Analysis                          0.7    262.50
 #6322     organize chart for Peterson; telephone Plotsky re:    375.00
           converting to Powerpoint

 07/22/04  Peterson  / (28) Data Analysis                          0.4    240.00
 #6134     review alternative proposals re: treatment of         600.00
           asbestos claims

 07/22/04  Relles    / (28) Data Analysis                          0.1     37.50
 #6324     review correspondence from Finch on alternative       375.00
           treatment of presently pending asbestos claims

 07/23/04  Peterson  / (28) Data Analysis                          0.1     60.00
 #6135     telephone Relles re: SEER trends and results          600.00

 07/23/04  Peterson  / (28) Data Analysis                          0.1     60.00
 #6136     telephone Seminario (.5); Forscey (.5) re:            600.00
           alternative methods for paying compensation to
           asbestos victims and recent medical data

 07/23/04  Peterson  / (28) Data Analysis                          0.2    120.00
 #6137     review recent data and medical reports on asbestos    600.00
           related disease incidence

 07/23/04  Relles    / (28) Data Analysis                          0.5    187.50
 #6325     acquire new SEER data and results                     375.00

 07/23/04  Relles    / (28) Data Analysis                          0.1     37.50
 #6326     telephone Peterson re: SEER trends and results        375.00
--------------------------------------------------------------------------------
```

{D0024664:1 }

```
Date: 08/15/04              Legal Analysis Systems, Inc.
Time: 5:00pm                                                               Page 8

                        W. R. Grace (continued)

                 Summary Of Time Charges, By Month and Activity
                          July 2004 - July 2004

 MONTH          ACTIVITY                                      HOURS      AMOUNT
 -------------------------------------------------------------------------------
 July       - (07) Committee, Creditors'                        5.3     3157.50
 July       - (20) Travel - Non-working                         1.5      450.00
 July       - (28) Data Analysis                               60.5    31507.50
 July       - (99) Total                                       67.3    35115.00

 Total      - (07) Committee, Creditors'                        5.3     3157.50
 Total      - (20) Travel - Non-working                         1.5      450.00
 Total      - (28) Data Analysis                               60.5    31507.50
 Total      - (99) Total                                       67.3    35115.00


-------------------------------------------------------------------------------
```

{D0024664:1 }

```
Date: 08/15/04            Legal Analysis Systems, Inc.
Time: 5:00pm                                                          Page 9

                     W. R. Grace (continued)

               Summary Of Time Charges, By Month and Person
                        July 2004 - July 2004

   MONTH     PERSON                                         HOURS    AMOUNT
   ---------------------------------------------------------------------------
   July     - Relles                                         21.4   8025.00
   July     - Peterson                                       45.9  27090.00
   July     - Total                                          67.3  35115.00

   Total    - Relles                                         21.4   8025.00
   Total    - Peterson                                       45.9  27090.00
   Total    - Total                                          67.3  35115.00


   ---------------------------------------------------------------------------
```

```
Date: 08/15/04           Legal Analysis Systems, Inc.
Time: 5:00pm                                                          Page 10

                       W. R. Grace (continued)

             Summary Of Time Charges, By Activity, Month, and Person
                            July 2004 - July 2004

 MONTH       PERSON                                  HOURS    RATE     AMOUNT
 ----------------------------------------------------------------------------
 (07) Committee, Creditors'

 July      - Relles                                    0.1    375.      37.50
 July      - Peterson                                  5.2    600.    3120.00

 (20) Travel - Non-working

 July      - Peterson                                  1.5    300.     450.00

 (28) Data Analysis

 July      - Relles                                   21.3    375.    7987.50
 July      - Peterson                                 39.2    600.   23520.00

 ----------------------------------------------------------------------------
```

{D0024664:1 }

```
Date: 08/15/04          Legal Analysis Systems, Inc.
Time: 5:00pm                                                         Page 11

            W. R. Grace (continued)


     Travel Expenses (Peterson)              $492.96


  July 18-21, Washington-Dallas-Thousand Oaks

     Clients: (1) Armstrong
              (2) Pittsburgh Corning
              (3) G-I Holdings
              (4) Owens-Corning
              (5) U.S. Gypsum
              (6) W.R. Grace
              (7) Fuller-Austin Trust

     1/6 share splits divided equally among Clients 1-6.
     1/7 share splits divided equally among Clients 1-7.

                                      Total    Share  Allocated
                                    ---------  -----  ---------
  Airfare                           $1,920.30   1/7    $274.33
  Hotel, Washington                    395.00   1/6      65.83
  Hotel Tax, Washington                 57.28   1/6       9.55
  Breakfast, Washington                 32.40   1/6       5.40
  Hotel, Tyson's Corner                299.00   1/6      49.83
  Hotel Tax, Tyson's Corner             25.42   1/6       4.24
  Taxi, Dulles to Washington            55.00   1/6       9.17
  Taxi, Washington to meeting           17.00   1/6       2.83
  Taxi, Washington to Tyson's Corner    40.00   1/6       6.67
  Taxi, meeting to dinner               17.00   1/6       2.83
  Dinner, Peterson & Finch             120.00   1/6      20.00
  Car Service to LAX                   135.20   1/7      19.31
  Car Service from Burbank Airport     160.80   1/7      22.97
                                                       ------
                                                       $492.96

--------------------------------------------------------------------------
```

{D0024664:1 }