**L TERSIGNI CONSULTING, P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

**August 29, 2004**

**Invoice No. 09204**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period July 1, 2004 through July 31, 2004 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 5.70 | $2,850.00 |
| James Sinclair - Managing Director | 69.60 | $33,060.00 |
| Michael Berkin  - Managing Director | 10.50 | $4,987.50 |
| Peter Rubsam - Director | 20.20 | $7,373.00 |
| Aaron Prills - Manager | 20.60 | $5,665.00 |
| Cheryl Wright - Manager | 45.00 | $12,375.00 |
| Dottie-Jo Collins - Manager | 8.40 | $2,310.00 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Transportation, Hotel, Telephone, Xerox | | $492.95 |
| **T O T A L** | | $69,113.45 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

August 29, 2004

**Invoice No. 09204**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.  19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:   July 1, 2004 - July 31, 2004

| Name | Position | Schedule | Rate (2004) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $500 | 5.70 | $2,850.00 |
| James Sinclair | Managing Director | Schedule A | $475 | 69.60 | $33,060.00 |
| Michael Berkin | Managing Director | Schedule A | $475 | 10.50 | $4,987.50 |
| Peter Rubsam | Director | Schedule A | $365 | 20.20 | $7,373.00 |
| Aaron Prills | Manager | Schedule A | $275 | 20.60 | $5,665.00 |
| Cheryl Wright | Manager | Schedule A | $275 | 45.00 | $12,375.00 |
| Dottie-Jo Collins | Manager | Schedule A | $275 | 8.40 | $2,310.00 |
| **Total  Professional  Services- Schedule A:** | | | | 180.00 | $68,620.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $492.95 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $69,113.45 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

### Services Rendered during the Period:   July 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 7/1/04 | LT | Prepare updated claims recovery analysis as requested by ACC counsel | 07 | 0.60 | $500.00 | $300.00 |
| 7/2/04 | LT | Update distributable value/recovery analysis as requested by ACC counsel | 07 | 1.20 | $500.00 | $600.00 |
| 7/8/04 | LT | Preparation of engagement status summary in preparation of meeting on July 20th with ACC and counsel | 07 | 0.80 | $500.00 | $400.00 |
| 7/19/04 | LT | Half the round trip travel time: Stamford, CT. - Washington, D.C. (partial allocation) | 20 | 0.40 | $500.00 | $200.00 |
| 7/19/04 | LT | Meeting with ACC counsel to prepare agenda, and related exhibits, for meeting with ACC on 7/20/04 (partial allocation) | 07 | 0.80 | $500.00 | $400.00 |
| 7/20/04 | LT | Meeting with ACC, and counsel, to review Plan of Reorganization status and related financial matters | 07 | 1.00 | $500.00 | $500.00 |
| 7/23/04 | LT | Review memorandum from ACC counsel regarding 7/20/04 Omnibus Hearing | 07 | 0.10 | $500.00 | $50.00 |
| 7/28/04 | LT | Review engagement status | 26 | 0.40 | $500.00 | $200.00 |
| 7/28/04 | LT | Review monthly fee application June 2004, including timekeeper daily entries | 11 | 0.40 | $500.00 | $200.00 |
| | | **Sub-Total** | | **5.70** | | **$2,850.00** |
| **James Sinclair - Managing Director** | | | | | | |
| 7/1/04 | JS | Review, analyze Status Report of Libby Claimants and Status Report of ZAI claimants, both dated 6/21/04, for estimate of liabilities for recovery analysis at request of ACC counsel | 07 | 3.30 | $475.00 | $1,567.50 |
| 7/1/04 | JS | Develop estimates of range of liabilities for Libby claimants and ZAI claimants for recovery analysis at request of counsel | 07 | 1.90 | $475.00 | $902.50 |
| 7/1/04 | JS | Write Memorandum of Distributable Value and Estimated Liabilities for recovery analysis at request of counsel | 07 | 3.10 | $475.00 | $1,472.50 |
| 7/1/04 | JS | Review with Berkin his memorandum of 2/27/03 re estimated liabilities and Mark Peterson's estimates of PI claims for Memorandum of Distributable Value for recovery analysis at request of counsel | 07 | 0.60 | $475.00 | $285.00 |
| 7/1/04 | JS | Discuss with Tersigni and Berkin the Memorandum of Distributable Value and Estimated Liabilities and reference materials for recovery analysis requested by counsel | 07 | 0.90 | $475.00 | $427.50 |
| 7/1/04 | JS | Revise Memorandum of Distributable Value and Estimated Liabilities per discussion with Tersigni and Berkin, send in preliminary form to counsel for recovery analysis at request of counsel | 07 | 0.90 | $475.00 | $427.50 |
| 7/2/04 | JS | Review, analyze Grace/Kirkland & Ellis documents of 9/3/03 re estimated claims and insurance for comparative purposes for Memorandum of Distributable Value to counsel for recovery analysis for POR | 16 | 2.40 | $475.00 | $1,140.00 |
| 7/2/04 | JS | Discuss with Tersigni Memorandum of Distributable Value, variances and sources of liability estimates for revisions to memorandum to counsel for recovery analysis for POR | 16 | 0.70 | $475.00 | $332.50 |
| 7/2/04 | JS | Call with counsel to discuss liability estimates and sources for revisions to Memorandum of Distributable Value to counsel for recovery analysis for POR | 16 | 0.30 | $475.00 | $142.50 |
| 7/2/04 | JS | Revise Memorandum of Distributable Value and Estimated Liabilities per discussion with Tersigni and counsel for recovery analysis for POR at request of counsel | 16 | 2.70 | $475.00 | $1,282.50 |
| 7/2/04 | JS | Review Company's "Latest Estimates" and earlier projections to develop LTC modified projections to give to Rubsam for DCF valuation runs for valuation | 21 | 1.60 | $475.00 | $760.00 |
| 7/6/04 | JS | Call with counsel to discuss revised memorandum on Distributable Value/Liabilities for recovery. | 07 | 0.20 | $475.00 | $95.00 |

# W.R. Grace                                                                Schedule A

### Services Rendered during the Period:   July 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/6/04 | JS | Discuss with Tersigni revisions to memorandum on Distributable Value/Liabilities for recovery. | 16 | 0.30 | $475.00 | $142.50 |
| 7/6/04 | JS | Revise memorandum to counsel on Distributable Value/Liabilities per conversation with counsel for recovery. | 16 | 0.60 | $475.00 | $285.00 |
| 7/6/04 | JS | Review May 2004 MOR for monitoring and valuation. | 21 | 2.40 | $475.00 | $1,140.00 |
| 7/7/04 | JS | Review Grace memoranda of 9/3/03 for insurance terms and PD claims estimates for recovery and POR at request of counsel. | 16 | 2.70 | $475.00 | $1,282.50 |
| 7/7/04 | JS | Discuss sources of insurance information with Tersigni for recovery and POR at request of counsel. | 16 | 0.60 | $475.00 | $285.00 |
| 7/7/04 | JS | Review Sealed Air fraudulent conveyance litigation documents re Grace insurance coverage and terms for recovery for POR. | 16 | 1.50 | $475.00 | $712.50 |
| 7/7/04 | JS | Review Expert Report of Conway Del Genio Gries (8/5/02) re Solvency Analysis of Grace in Sealed Air litigation for analysis of insurance coverage and terms for recovery and POR. | 16 | 3.20 | $475.00 | $1,520.00 |
| 7/7/04 | JS | Review the Mark Peterson Expert Report re Asbestos Personal Injury Claims Liability of Grace in Sealed Air litigation for applicability to insurance for recovery and POR. | 16 | 1.70 | $475.00 | $807.50 |
| 7/7/04 | JS | Review the James Haas Expert Report re Asbestos Property Damage Claims Liability of Grace in Sealed Air litigation for applicability to insurance for recovery and POR. | 16 | 0.80 | $475.00 | $380.00 |
| 7/8/04 | JS | Review Gilbert, Hines memoranda of 1998-2002 on Grace's PI and PD insurance coverage and applicability to each class of claimants for recovery and POR. | 16 | 3.20 | $475.00 | $1,520.00 |
| 7/8/04 | JS | Review Caplin & Drysdale (NDF) memorandum of 7/7/04 re recent information on status of various policies and categories of coverage of Grace insurance, compare with Gilbert, Hines information and Grace (via Kirkland & Ellis ) documents of 9/3/03 for recovery and POR. | 16 | 2.60 | $475.00 | $1,235.00 |
| 7/8/04 | JS | Call with counsel re current status of Grace insurance for recovery and POR, send selected documents to counsel re same. | 16 | 0.80 | $475.00 | $380.00 |
| 7/8/04 | JS | Discuss with Tersigni range of present estimates of insurance availability for claimants for recovery and POR. | 16 | 0.60 | $475.00 | $285.00 |
| 7/8/04 | JS | Review June 2004 Chemical & Engineering News articles and forecasts of specialty chemicals for revisions to projections for Grace for valuation for recovery and POR. | 16 | 2.20 | $475.00 | $1,045.00 |
| 7/9/04 | JS | Review 2001-2005 Business Plan, compare products forecasts to Chemical & Engineering News forecasts, 6/04, for revisions to forecasts for valuation and POR. | 16 | 3.30 | $475.00 | $1,567.50 |
| 7/12/04 | JS | Review new Mark Peterson report of PI claims, Libby and Zonolite claims for recovery, compare with prior claims and insurance reports for recovery and POR at request of counsel. | 16 | 1.30 | $475.00 | $617.50 |
| 7/14/04 | JS | Commence writing summary memorandum of Grace status from a financial viewpoint for meeting with ACC on 7/20/04 at request of counsel. | 07 | 1.40 | $475.00 | $665.00 |
| 7/15/04 | JS | Continue writing summary memorandum of Grace status for meeting with ACC on 7/20/04 at request of counsel. | 07 | 1.00 | $475.00 | $475.00 |
| 7/15/04 | JS | Meeting with Tersigni to review status of Grace in preparation for meeting with ACC on 7/20/04 for POR. | 07 | 0.70 | $475.00 | $332.50 |
| 7/15/04 | JS | Expand status memo for meeting with ACC on 7/20/04 for POR. | 07 | 2.50 | $475.00 | $1,187.50 |
| 7/16/04 | JS | Draft presentation talk to ACC on financial considerations for meeting on 7/20/04 for POR. | 07 | 1.30 | $475.00 | $617.50 |
| 7/16/04 | JS | Revise presentation talk for meeting with ACC on 7/20/04 for POR. | 07 | 0.90 | $475.00 | $427.50 |
| 7/16/04 | JS | Further revisions to presentation talk for meeting with ACC on 7/20/04 for POR. | 07 | 0.80 | $475.00 | $380.00 |

# W.R. Grace                                        Schedule A

### Services Rendered during the Period:   July 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/19/04 | JS | Update Distributable Value/Liabilities memo for new claims information from expert (Mark Peterson) for recovery analysis for meeting with ACC on 7/20/04 for recovery and POR. | 07 | 2.00 | $475.00 | $950.00 |
| 7/19/04 | JS | Update presentation talk re recovery for meeting with ACC on 7/20/04 for POR. | 07 | 1.50 | $475.00 | $712.50 |
| 7/19/04 | JS | Conference call with ACC counsel and Tersigni re revisions to estimates for assets/liabilities for recovery analysis for meeting with ACC on 7/20/04 for recovery and POR. | 07 | 0.70 | $475.00 | $332.50 |
| 7/19/04 | JS | Update presentation memo for meeting with ACC on 7/20/04 for POR. | 07 | 1.00 | $475.00 | $475.00 |
| 7/20/04 | JS | Review presentation materials for meeting with ACC on 7/20/04 for POR. | 07 | 0.70 | $475.00 | $332.50 |
| 7/20/04 | JS | Meeting with ACC re status of cases for recovery, POR and settlement. | 07 | 2.40 | $475.00 | $1,140.00 |
| 7/20/04 | JS | Discuss with Tersigni position of secondary market purchasers of unsecured bank debt for recovery and POR. | 16 | 0.30 | $475.00 | $142.50 |
| 7/20/04 | JS | Half the round trip travel time: New York City-Washington, D.C. (partial allocation) | 20 | 1.70 | $475.00 | $807.50 |
| 7/21/04 | JS | Review notes from ACC meeting, arrange conference call for early August for review of second quarter 2004 results for valuation and POR. | 07 | 0.60 | $475.00 | $285.00 |
| 7/22/04 | JS | Review 2nd Quarter report for 2004, performance by product line, compare to Plan and revised "Latest Estimate" (5/04). | 26 | 2.50 | $475.00 | $1,187.50 |
| 7/26/04 | JS | Review Motion to make pension payments and amounts for possible objection to Motion to US Bankruptcy Court, Delaware, at request of counsel. | 26 | 0.80 | $475.00 | $380.00 |
| 7/26/04 | JS | Discuss with Berkin pension payment Motion, discrepancies and questions for Company, for possible objection to Motion to Court. | 26 | 0.40 | $475.00 | $190.00 |
| | | **Sub-Total** | | 69.60 | | $33,060.00 |

**Michael Berkin - Managing Director**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/1/04 | MB | Develop updated schedule of distributable assets at request of ACC counsel | 07 | 2.30 | $475.00 | $1,092.50 |
| 7/2/04 | MB | Discuss details of Alltech acquisition memorandum recommendation with ACC counsel | 07 | 0.80 | $475.00 | $380.00 |
| 7/6/04 | MB | Review 7/2/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 7/13/04 | MB | Review 7/9/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 7/20/04 | MB | Review 7/16/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 7/21/04 | MB | Summarize key issues resulting from meeting with ACC related to plan of reorganization | 07 | 0.40 | $475.00 | $190.00 |
| 7/22/04 | MB | Review second quarter press release in connection with monitoring continuing operations | 26 | 0.60 | $475.00 | $285.00 |
| 7/26/04 | MB | Review 7/23/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 7/26/04 | MB | Review motion authorizing pension plan contribution at request of ACC counsel | 26 | 1.40 | $475.00 | $665.00 |
| 7/26/04 | MB | Review alternative funding approach schedule in connection with assessment of pension funding motion | 26 | 1.00 | $475.00 | $475.00 |
| 7/26/04 | MB | Review pension plan data from recent 10-K in connection with assessment of pension funding motion | 26 | 1.00 | $475.00 | $475.00 |
| 7/26/04 | MB | Compile issues list for debtor response pertaining to planned pension contribution | 26 | 0.90 | $475.00 | $427.50 |
| 7/26/04 | MB | Review prior year pension data provided by debtor for consistency | 26 | 0.90 | $475.00 | $427.50 |
| | | **Sub-Total** | | 10.50 | | $4,987.50 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period:   July 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Peter Rubsam - Director** | | | | | | |
| 7/1/04 | PR | Update and review specific company risk an updated capital structure sensitivity to WACC calculation | 21 | 1.20 | $365.00 | $438.00 |
| 7/2/04 | PR | Analyze and review WR Grace 2004 1st Quarter 10q for segment review, comparison to prior year, revenue growth and outlook for 2004 for valuation | 21 | 1.70 | $365.00 | $620.50 |
| 7/2/04 | PR | Review and analyze WR Grace April 8k earnings announcement for operational review, comparison to prior year, industry analysis and cash flow estimates for 2004 for valuation | 21 | 1.80 | $365.00 | $657.00 |
| 7/2/04 | PR | Analyze and review WR Grace 2003 10k for operational results, comparison to prior year, industry analysis and segment outlook for 2004 for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/2/04 | PR | Review and analyze Rohm and Haas 2004 1st Quarter 10q for operational review, prior year analysis, company growth and non recurring items for valuation | 21 | 1.40 | $365.00 | $511.00 |
| 7/2/04 | PR | Analyze and review Lubrizol 2004 1st Quarter 10q for segment analysis, operational review, company growth and unusual items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/2/04 | PR | Review and analyze Cytec 2004 1st Quarter 10q for segment analysis, operational review, company growth and unusual items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/2/04 | PR | Analyze and review Albemarle 2004 1st Quarter 10q for operational review, segment analysis, prior year comparison and non recurring items for valuation | 21 | 1.30 | $365.00 | $474.50 |
| 7/2/04 | PR | Analyze and review Engelhard 2004 1st Quarter 10q for segment analysis, operational review, company growth and unusual items for valuation | 21 | 1.40 | $365.00 | $511.00 |
| 7/12/04 | PR | Review and analyze Crompton 2004 1st Quarter 10q for operational review, segment analysis, company growth and non recurring items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/12/04 | PR | Analyze and review PPG 2004 1st Quarter 10q for segment analysis, operational review, prior year analysis and unusual items for valuation | 21 | 1.40 | $365.00 | $511.00 |
| 7/12/04 | PR | Review and analyze Great Lakes 2004 1st Quarter 10q for operational review, segment analysis, company growth and non recurring items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/12/04 | PR | Analyze and review HB Fuller 2004 1st Quarter 10q for comparison to prior year, operational review, company growth and unusual items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/12/04 | PR | Analyze and review Cabot 2004 2nd Quarter 10q for segment analysis, operational review, prior year growth and unusual items for valuation | 21 | 1.30 | $365.00 | $474.50 |
| 7/12/04 | PR | Analyze and review Hercules 2004 1st Quarter 10q for segment analysis, operational review, company growth and unusual items for valuation | 21 | 1.50 | $365.00 | $547.50 |
| | | **Sub-Total** | | **20.20** | | **$7,373.00** |
| **Aaron Prills - Manager** | | | | | | |
| 7/6/04 | AP | Prepared the Grace statement of operations for the May 2004 monthly operating report in order to create exhibit which will be used as reference for the qualitative overview. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Prepared the Grace cash flow statement for the May 2004 monthly operating report in order to create exhibit which will be used as reference for the qualitative overview. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Prepared the Sealed Air stock price/ Grace settlement exhibit which highlights the current value of the Sealed Air settlement for at the closing date of May 31, 2004 to keep track of any changes within the business during the month. | 26 | 0.40 | $275.00 | $110.00 |
| 7/6/04 | AP | Prepared the Grace balance sheet for the May 2004 monthly operating report in order to create exhibit which will be used as reference for the qualitative overview. | 26 | 0.60 | $275.00 | $165.00 |

# W.R. Grace                                                Schedule A

### Services Rendered during the Period:   July 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/6/04 | AP | Prepared the Grace business division comparison for the May 2004 monthly operating report in order to create exhibit which will be used as reference for the qualitative overview. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Prepared the Grace business division comparison excluding foreign currency gains for the May 2004 monthly operating report in order to determine how well each business unit performed when excluding the effects of a weak dollar versus the Euro. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Reviewed the Grace management notes that accompany the monthly operating review in order to understand what the management has to say about results and the current industry environment. | 28 | 2.10 | $275.00 | $577.50 |
| 7/6/04 | AP | Prepared the executive summary section of the Grace May 2004 MOR to highlight the performance of the business during the month along with any changes that would have a material impact of the business results. | 26 | 2.10 | $275.00 | $577.50 |
| 7/7/04 | AP | Reviewed the Grace debtor entity financial statements in the May 2004 monthly operating report to better understand results and prepare an executive summary for the monthly operating report review. | 28 | 2.10 | $275.00 | $577.50 |
| 7/7/04 | AP | Reviewed the Grace loan information regarding the loan from the non-filing entities to the debtor entities to understand the recent change in available cash to the debtor entities. | 28 | 1.00 | $275.00 | $275.00 |
| 7/7/04 | AP | Prepared the executive summary for the Grace May 2004 monthly operating report review to highlight the most important information that was available in the MOR along with any industry news that might impact the Company. | 26 | 1.70 | $275.00 | $467.50 |
| 7/19/04 | AP | Prepared updates to the Grace June 2004 Monthly Operating review to clarify some of the descriptions on the cash flow statement and the operating results of the business units. | 26 | 1.70 | $275.00 | $467.50 |
| 7/19/04 | AP | Prepared updates to the June 2004 monthly operating report financial exhibits to adjust the percent variances for the balances on the balance sheet. | 26 | 0.60 | $275.00 | $165.00 |
| 7/26/04 | AP | Reviewed the W.R. Grace second quarter press release to understand the performance of the Company during the month and compare managements comments regarding the results versus the prior year. | 28 | 1.40 | $275.00 | $385.00 |
| 7/26/04 | AP | Reviewed the W.R. Grace Davison Chemicals second quarter press release to understand the performance of the business division (with realigned segments) during the month and compare managements comments regarding the results versus the prior year. | 28 | 1.40 | $275.00 | $385.00 |
| 7/26/04 | AP | Reviewed the W.R. Grace Performance Chemicals second quarter press release to understand the performance of the business division (with realigned segments) during the month and compare managements comments regarding the results versus the prior year. | 28 | 1.40 | $275.00 | $385.00 |
| 7/27/04 | AP | Prepared Grace financial exhibits for the second quarter summary memo to counsel to provide support and detail on the performance of the Company during the quarter. | 26 | 1.70 | $275.00 | $467.50 |
| | | **Sub-Total** | | 20.60 | | $5,665.00 |

**Cheryl Wright - Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/1/04 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in Engelhard Corp's financial summary | 21 | 0.90 | $275.00 | $247.50 |
| 7/1/04 | CW | Calculate Engelhard Corp's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |
| 7/1/04 | CW | Review and analyze Multex Fundamentals research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze S&P sub-industry outlook research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |

# W.R. Grace

Schedule A

### Services Rendered during the Period: July 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/1/04 | CW | Review and edit Engelhard Corp strategy analysis document | 21 | 1.70 | $275.00 | $467.50 |
| 7/1/04 | CW | Review and analyze S&P News Headlines research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze First Call Earnings Valuation Report research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze S&P stock report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze S&P corporate profile on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze Lehman Brothers research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze Merrill Lynch research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/2/04 | CW | Prepare strategy analysis for Engelhard Corp using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 2.00 | $275.00 | $550.00 |
| 7/6/04 | CW | Prepare strategy analysis for Engelhard Corp using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 1.50 | $275.00 | $412.50 |
| 7/6/04 | CW | Update Engelhard Corp's competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 1.70 | $275.00 | $467.50 |
| 7/6/04 | CW | Review and analyze Lubrizol Corp's 2003 10K for valuation purposes to prepare in-depth company profile | 21 | 3.50 | $275.00 | $962.50 |
| 7/6/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in Lubrizol Corp's financial summary and research historic stock prices and shares outstanding | 21 | 1.20 | $275.00 | $330.00 |
| 7/6/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in Lubrizol Corp's financial summary | 21 | 1.20 | $275.00 | $330.00 |
| 7/6/04 | CW | Calculate Lubrizol Corp's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $275.00 | $330.00 |
| 7/7/04 | CW | Prepare schedule of Lubrizol Corp's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 2.30 | $275.00 | $632.50 |
| 7/7/04 | CW | Prepare schedule of Lubrizol Corp's financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $275.00 | $330.00 |
| 7/7/04 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in Lubrizol Corp's financial summary | 21 | 1.70 | $275.00 | $467.50 |
| 7/7/04 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in Lubrizol Corp's financial summary | 21 | 0.90 | $275.00 | $247.50 |
| 7/7/04 | CW | Calculate Lubrizol Corp's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |
| 7/7/04 | CW | Review and analyze Multex Fundamentals research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/7/04 | CW | Review and analyze S&P sub-industry outlook research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and edit Lubrizol Corp strategy analysis document | 21 | 1.70 | $275.00 | $467.50 |
| 7/9/04 | CW | Review and analyze S&P News Headlines research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |

# W.R. Grace                                        Schedule A

### Services Rendered during the Period:   July 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/9/04 | CW | Review and analyze First Call Earnings Valuation Report research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and analyze S&P stock report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and analyze S&P corporate profile on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and analyze Lehman Brothers research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/13/04 | CW | Review and analyze Merrill Lynch research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/13/04 | CW | Prepare strategy analysis for Lubrizol Corp using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 2.00 | $275.00 | $550.00 |
| 7/13/04 | CW | Prepare strategy analysis for Lubrizol Corp using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 1.50 | $275.00 | $412.50 |
| 7/13/04 | CW | Update Lubrizol Corp's competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 1.70 | $275.00 | $467.50 |
| 7/14/04 | CW | Review and analyze HB Fuller's 10Q for the period ended 5/29/04 in order to update WR Grace's comparable companies historical financial statements for the latest twelve month period | 21 | 2.30 | $275.00 | $632.50 |
| 7/14/04 | CW | Update HB Fuller's historical financial statements for LTM 05/29/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| | | **Sub-Total** | | 45.00 | | $12,375.00 |

**Dottie-Jo Collins  -  Manager**

| 7/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 6.00 | $275.00 | $1,650.00 |
| 7/31/04 | DC | Assignment of Monthly Task Codes | 11 | 2.40 | $275.00 | $660.00 |
| | | **Sub-Total** | | 8.40 | | $2,310.00 |
| | | **TOTAL Schedule A** | | 180.00 | | $68,620.50 |

# W.R. Grace                                                              Schedule B

### Services Rendered during the Period:   July 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/1/04 | LT | Prepare updated claims recovery analysis as requested by ACC counsel | 07 | 0.60 | $500.00 | $300.00 |
| 7/1/04 | JS | Review, analyze Status Report of Libby Claimants and Status Report of ZAI claimants, both dated 6/21/04, for estimate of liabilities for recovery analysis at request of ACC counsel | 07 | 3.30 | $475.00 | $1,567.50 |
| 7/1/04 | JS | Develop estimates of range of liabilities for Libby claimants and ZAI claimants for recovery analysis at request of counsel | 07 | 1.90 | $475.00 | $902.50 |
| 7/1/04 | JS | Write Memorandum of Distributable Value and Estimated Liabilities for recovery analysis at request of counsel | 07 | 3.10 | $475.00 | $1,472.50 |
| 7/1/04 | JS | Review with Berkin his memorandum of 2/27/03 re estimated liabilities and Mark Peterson's estimates of PI claims for Memorandum of Distributable Value for recovery analysis at request of counsel | 07 | 0.60 | $475.00 | $285.00 |
| 7/1/04 | JS | Discuss with Tersigni and Berkin the Memorandum of Distributable Value and Estimated Liabilities and reference materials for recovery analysis requested by counsel | 07 | 0.90 | $475.00 | $427.50 |
| 7/1/04 | JS | Revise Memorandum of Distributable Value and Estimated Liabilities per discussion with Tersigni and Berkin, send in preliminary form to counsel for recovery analysis at request of counsel | 07 | 0.90 | $475.00 | $427.50 |
| 7/1/04 | MB | Develop updated schedule of distributable assets at request of ACC counsel | 07 | 2.30 | $475.00 | $1,092.50 |
| 7/2/04 | LT | Update distributable value/recovery analysis as requested by ACC counsel | 07 | 1.20 | $500.00 | $600.00 |
| 7/2/04 | MB | Discuss details of Alltech acquisition memorandum recommendation with ACC counsel | 07 | 0.80 | $475.00 | $380.00 |
| 7/6/04 | JS | Call with counsel to discuss revised memorandum on Distributable Value/Liabilities for recovery. | 07 | 0.20 | $475.00 | $95.00 |
| 7/8/04 | LT | Preparation of engagement status summary in preparation of meeting on July 20th with ACC and counsel | 07 | 0.80 | $500.00 | $400.00 |
| 7/14/04 | JS | Commence writing summary memorandum of Grace status from a financial viewpoint for meeting with ACC on 7/20/04 at request of counsel. | 07 | 1.40 | $475.00 | $665.00 |
| 7/15/04 | JS | Continue writing summary memorandum of Grace status for meeting with ACC on 7/20/04 at request of counsel. | 07 | 1.00 | $475.00 | $475.00 |
| 7/15/04 | JS | Meeting with Tersigni to review status of Grace in preparation for meeting with ACC on 7/20/04 for POR. | 07 | 0.70 | $475.00 | $332.50 |
| 7/15/04 | JS | Expand status memo for meeting with ACC on 7/20/04 for POR. | 07 | 2.50 | $475.00 | $1,187.50 |
| 7/16/04 | JS | Draft presentation talk to ACC on financial considerations for meeting on 7/20/04 for POR. | 07 | 1.30 | $475.00 | $617.50 |
| 7/16/04 | JS | Revise presentation talk for meeting with ACC on 7/20/04 for POR. | 07 | 0.90 | $475.00 | $427.50 |
| 7/16/04 | JS | Further revisions to presentation talk for meeting with ACC on 7/20/04 for POR. | 07 | 0.80 | $475.00 | $380.00 |
| 7/19/04 | LT | Meeting with ACC counsel to prepare agenda, and related exhibits, for meeting with ACC on 7/20/04 (partial allocation) | 07 | 0.80 | $500.00 | $400.00 |
| 7/19/04 | JS | Update Distributable Value/Liabilities memo for new claims information from expert (Mark Peterson) for recovery analysis for meeting with ACC on 7/20/04 for recovery and POR. | 07 | 2.00 | $475.00 | $950.00 |
| 7/19/04 | JS | Update presentation talk re recovery for meeting with ACC on 7/20/04 for POR. | 07 | 1.50 | $475.00 | $712.50 |
| 7/19/04 | JS | Conference call with ACC counsel and Tersigni re revisions to estimates for assets/liabilities for recovery analysis for meeting with ACC on 7/20/04 for recovery and POR. | 07 | 0.70 | $475.00 | $332.50 |
| 7/19/04 | JS | Update presentation memo for meeting with ACC on 7/20/04 for POR. | 07 | 1.00 | $475.00 | $475.00 |
| 7/20/04 | LT | Meeting with ACC, and counsel, to review Plan of Reorganization status and related financial matters | 07 | 1.00 | $500.00 | $500.00 |
| 7/20/04 | JS | Review presentation materials for meeting with ACC on 7/20/04 for POR. | 07 | 0.70 | $475.00 | $332.50 |
| 7/20/04 | JS | Meeting with ACC re status of cases for recovery, POR and settlement. | 07 | 2.40 | $475.00 | $1,140.00 |
| 7/21/04 | JS | Review notes from ACC meeting, arrange conference call for early August for review of second quarter 2004 results for valuation and POR. | 07 | 0.60 | $475.00 | $285.00 |

# W.R. Grace                                                              Schedule B

### Services Rendered during the Period:   July 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/21/04 | MB | Summarize key issues resulting from meeting with ACC related to plan of reorganization | 07 | 0.40 | $475.00 | $190.00 |
| 7/23/04 | LT | Review memorandum from ACC counsel regarding 7/20/04 Omnibus Hearing | 07 | 0.10 | $500.00 | $50.00 |
| | | **TOTAL Task Code 07:  Committee, Creditors', Noteholders** | | 36.40 | | $17,402.50 |
| 7/28/04 | LT | Review monthly fee application June 2004, including timekeeper daily entries | 11 | 0.40 | $500.00 | $200.00 |
| 7/31/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 6.00 | $275.00 | $1,650.00 |
| 7/31/04 | DC | Assignment of Monthly Task Codes | 11 | 2.40 | $275.00 | $660.00 |
| | | **TOTAL Task Code 11: Fee Application, Applicant** | | 8.80 | | $2,510.00 |
| 7/2/04 | JS | Review, analyze Grace/Kirkland & Ellis documents of 9/3/03 re estimated claims and insurance for comparative purposes for Memorandum of Distributable Value to counsel for recovery analysis for POR | 16 | 2.40 | $475.00 | $1,140.00 |
| 7/2/04 | JS | Discuss with Tersigni Memorandum of Distributable Value, variances and sources of liability estimates for revisions to memorandum to counsel for recovery analysis for POR | 16 | 0.70 | $475.00 | $332.50 |
| 7/2/04 | JS | Call with counsel to discuss liability estimates and sources for revisions to Memorandum of Distributable Value to counsel for recovery analysis for POR | 16 | 0.30 | $475.00 | $142.50 |
| 7/2/04 | JS | Revise Memorandum of Distributable Value and Estimated Liabilities per discussion with Tersigni and counsel for recovery analysis for POR at request of counsel | 16 | 2.70 | $475.00 | $1,282.50 |
| 7/6/04 | JS | Discuss with Tersigni revisions to memorandum on Distributable Value/Liabilities for recovery. | 16 | 0.30 | $475.00 | $142.50 |
| 7/6/04 | JS | Revise memorandum to counsel on Distributable Value/Liabilities per conversation with counsel for recovery. | 16 | 0.60 | $475.00 | $285.00 |
| 7/7/04 | JS | Review Grace memoranda of 9/3/03 for insurance terms and PD claims estimates for recovery and POR at request of counsel. | 16 | 2.70 | $475.00 | $1,282.50 |
| 7/7/04 | JS | Discuss sources of insurance information with Tersigni for recovery and POR at request of counsel. | 16 | 0.60 | $475.00 | $285.00 |
| 7/7/04 | JS | Review Sealed Air fraudulent conveyance litigation documents re Grace insurance coverage and terms for recovery for POR. | 16 | 1.50 | $475.00 | $712.50 |
| 7/7/04 | JS | Review Expert Report of Conway Del Genio Gries (8/5/02) re Solvency Analysis of Grace in Sealed Air litigation for analysis of insurance coverage and terms for recovery and POR. | 16 | 3.20 | $475.00 | $1,520.00 |
| 7/7/04 | JS | Review the Mark Peterson Expert Report re Asbestos Personal Injury Claims Liability of Grace in Sealed Air litigation for applicability to insurance for recovery and POR. | 16 | 1.70 | $475.00 | $807.50 |
| 7/7/04 | JS | Review the James Haas Expert Report re Asbestos Property Damage Claims Liability of Grace in Sealed Air litigation for applicability to insurance for recovery and POR. | 16 | 0.80 | $475.00 | $380.00 |
| 7/8/04 | JS | Review Gilbert, Hines memoranda of 1998-2002 on Grace's PI and PD insurance coverage and applicability to each class of claimants for recovery and POR. | 16 | 3.20 | $475.00 | $1,520.00 |
| 7/8/04 | JS | Review Caplin & Drysdale (NDF) memorandum of 7/7/04 re recent information on status of various policies and categories of coverage of Grace insurance, compare with Gilbert, Hines information and Grace (via Kirkland & Ellis ) documents of 9/3/03 for recovery and POR. | 16 | 2.60 | $475.00 | $1,235.00 |
| 7/8/04 | JS | Call with counsel re current status of Grace insurance for recovery and POR, send selected documents to counsel re same. | 16 | 0.80 | $475.00 | $380.00 |
| 7/8/04 | JS | Discuss with Tersigni range of present estimates of insurance availability for claimants for recovery and POR. | 16 | 0.60 | $475.00 | $285.00 |
| 7/8/04 | JS | Review June 2004 Chemical & Engineering News articles and forecasts of specialty chemicals for revisions to projections for Grace for valuation for recovery and POR. | 16 | 2.20 | $475.00 | $1,045.00 |
| 7/9/04 | JS | Review 2001-2005 Business Plan, compare products forecasts to Chemical & Engineering News forecasts, 6/04, for revisions to forecasts for valuation and POR. | 16 | 3.30 | $475.00 | $1,567.50 |
| 7/12/04 | JS | Review new Mark Peterson report of PI claims, Libby and Zonolite claims for recovery, compare with prior claims and insurance reports for recovery and POR at request of counsel. | 16 | 1.30 | $475.00 | $617.50 |

# W.R. Grace                                                                                                Schedule B

### Services Rendered during the Period:   July 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/20/04 | JS | Discuss with Tersigni position of secondary market purchasers of unsecured bank debt for recovery and POR. | 16 | 0.30 | $475.00 | $142.50 |
| | | **TOTAL Task Code 16: Plan and Disclosure Statement** | | 31.80 | | $15,105.00 |
| 7/19/04 | LT | Half the round trip travel time: Stamford, CT. - Washington, D.C. (partial allocation) | 20 | 0.40 | $500.00 | $200.00 |
| 7/20/04 | JS | Half the round trip travel time: New York City-Washington, D.C.  (partial allocation) | 20 | 1.70 | $475.00 | $807.50 |
| | | **TOTAL Task Code 20: NonWorking Travel** | | 2.10 | | $1,007.50 |
| 7/1/04 | PR | Update and review specific company risk an updated capital structure sensitivity to WACC calculation | 21 | 1.20 | $365.00 | $438.00 |
| 7/1/04 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in Engelhard Corp's financial summary | 21 | 0.90 | $275.00 | $247.50 |
| 7/1/04 | CW | Calculate Engelhard Corp's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |
| 7/1/04 | CW | Review and analyze Multex Fundamentals research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze S&P sub-industry outlook research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and edit Engelhard Corp strategy analysis document | 21 | 1.70 | $275.00 | $467.50 |
| 7/1/04 | CW | Review and analyze S&P News Headlines research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze First Call Earnings Valuation Report research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze S&P stock report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze S&P corporate profile on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze Lehman Brothers research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/1/04 | CW | Review and analyze Merrill Lynch research report on Engelhard Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/2/04 | JS | Review Company's "Latest Estimates" and earlier projections to develop LTC modified projections to give to Rubsam for DCF valuation runs for valuation | 21 | 1.60 | $475.00 | $760.00 |
| 7/2/04 | PR | Analyze and review WR Grace 2004 1st Quarter 10q  for segment review, comparison to prior year, revenue growth and outlook for 2004 for valuation | 21 | 1.70 | $365.00 | $620.50 |
| 7/2/04 | PR | Review and analyze WR Grace April 8k earnings announcement for operational review, comparison to prior year, industry analysis and cash flow estimates for 2004 for valuation | 21 | 1.80 | $365.00 | $657.00 |
| 7/2/04 | PR | Analyze and review WR Grace 2003 10k for operational results, comparison to prior year, industry analysis and segment outlook for 2004 for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/2/04 | PR | Review and analyze Rohm and Haas 2004 1st Quarter 10q for operational review, prior year analysis, company growth and non recurring items for valuation | 21 | 1.40 | $365.00 | $511.00 |
| 7/2/04 | PR | Analyze and review Lubrizol 2004 1st Quarter 10q for segment analysis, operational review, company growth and unusual items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/2/04 | PR | Review and analyze Cytec 2004 1st Quarter 10q  for segment analysis, operational review, company growth and unusual items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/2/04 | PR | Analyze and review Albemarle 2004 1st Quarter 10q for operational review, segment analysis, prior year comparison and non recurring items for valuation | 21 | 1.30 | $365.00 | $474.50 |
| 7/2/04 | PR | Review and analyze Engelhard 2004 1st Quarter 10q for segment analysis, operational review, company growth and unusual items for valuation | 21 | 1.40 | $365.00 | $511.00 |
| 7/2/04 | CW | Prepare strategy analysis for Engelhard Corp using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 2.00 | $275.00 | $550.00 |
| 7/6/04 | JS | Review May 2004 MOR for monitoring and valuation. | 21 | 2.40 | $475.00 | $1,140.00 |

# W.R. Grace                                                                    Schedule B

### Services Rendered during the Period:   July 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/6/04 | CW | Prepare strategy analysis for Engelhard Corp using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 1.50 | $275.00 | $412.50 |
| 7/6/04 | CW | Update Engelhard Corp's competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 1.70 | $275.00 | $467.50 |
| 7/6/04 | CW | Review and analyze Lubrizol Corp's 2003 10K for valuation purposes to prepare in-depth company profile | 21 | 3.50 | $275.00 | $962.50 |
| 7/6/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in Lubrizol Corp's financial summary and research historic stock prices and shares outstanding | 21 | 1.20 | $275.00 | $330.00 |
| 7/6/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in Lubrizol Corp's financial summary | 21 | 1.20 | $275.00 | $330.00 |
| 7/6/04 | CW | Calculate Lubrizol Corp's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $275.00 | $330.00 |
| 7/7/04 | CW | Prepare schedule of Lubrizol Corp's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 2.30 | $275.00 | $632.50 |
| 7/7/04 | CW | Prepare schedule of Lubrizol Corp's financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $275.00 | $330.00 |
| 7/7/04 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in Lubrizol Corp's financial summary | 21 | 1.70 | $275.00 | $467.50 |
| 7/7/04 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in Lubrizol Corp's financial summary | 21 | 0.90 | $275.00 | $247.50 |
| 7/7/04 | CW | Calculate Lubrizol Corp's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |
| 7/7/04 | CW | Review and analyze Multex Fundamentals research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/7/04 | CW | Review and analyze S&P sub-industry outlook research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and edit Lubrizol Corp strategy analysis document | 21 | 1.70 | $275.00 | $467.50 |
| 7/9/04 | CW | Review and analyze S&P News Headlines research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and analyze First Call Earnings Valuation Report research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and analyze S&P stock report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and analyze S&P corporate profile on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/9/04 | CW | Review and analyze Lehman Brothers research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 7/12/04 | PR | Review and analyze Crompton 2004 1st Quarter 10q for operational review, segment analysis, company growth and non recurring items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/12/04 | PR | Analyze and review PPG 2004 1st Quarter 10q for segment analysis, operational review, prior year analysis and unusual items for valuation | 21 | 1.40 | $365.00 | $511.00 |
| 7/12/04 | PR | Review and analyze Great Lakes 2004 1st Quarter 10q for operational review, segment analysis, company growth and non recurring items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/12/04 | PR | Analyze and review HB Fuller 2004 1st Quarter 10q for comparison to prior year, operational review, company growth and unusual items for valuation | 21 | 1.20 | $365.00 | $438.00 |
| 7/12/04 | PR | Analyze and review Cabot 2004 2nd Quarter 10q for segment analysis, operational review, prior year growth and unusual items for valuation | 21 | 1.30 | $365.00 | $474.50 |
| 7/12/04 | PR | Analyze and review Hercules 2004 1st Quarter 10q for segment analysis, operational review, company growth and unusual items for valuation | 21 | 1.50 | $365.00 | $547.50 |
| 7/13/04 | CW | Review and analyze Merrill Lynch research report on Lubrizol Corp for company profile | 21 | 0.60 | $275.00 | $165.00 |

# W.R. Grace   Schedule B

### Services Rendered during the Period:   July 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/13/04 | CW | Prepare strategy analysis for Lubrizol Corp using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 2.00 | $275.00 | $550.00 |
| 7/13/04 | CW | Prepare strategy analysis for Lubrizol Corp using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 1.50 | $275.00 | $412.50 |
| 7/13/04 | CW | Update Lubrizol Corp's competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 1.70 | $275.00 | $467.50 |
| 7/14/04 | CW | Review and analyze HB Fuller's 10Q for the period ended 5/29/04 in order to update WR Grace's comparable companies historical financial statements for the latest twelve month period | 21 | 2.30 | $275.00 | $632.50 |
| 7/14/04 | CW | Update HB Fuller's historical financial statements for LTM 05/29/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| | | **TOTAL Task Code 21:  Valuation** | | 69.20 | | $21,648.00 |
| 7/6/04 | MB | Review 7/2/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 7/6/04 | AP | Prepared the Grace statement of operations for the May 2004 monthly operating report in order to create exhibit which will be used as reference for the qualitative overview. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Prepared the Grace cash flow statement for the May 2004 monthly operating report in order to create exhibit which will be used as reference for the qualitative overview. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Prepared the Sealed Air stock price/ Grace settlement exhibit which highlights the current value of the Sealed Air settlement for at the closing date of May 31, 2004 to keep track of any changes within the business during the month. | 26 | 0.40 | $275.00 | $110.00 |
| 7/6/04 | AP | Prepared the Grace balance sheet for the May 2004 monthly operating report in order to create exhibit which will be used as reference for the qualitative overview. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Prepared the Grace business division comparison for the May 2004 monthly operating report in order to create exhibit which will be used as reference for the qualitative overview. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Prepared the Grace business division comparison excluding foreign currency gains for the May 2004 monthly operating report in order to determine how well each business unit performed when excluding the effects of a weak dollar versus the Euro. | 26 | 0.60 | $275.00 | $165.00 |
| 7/6/04 | AP | Prepared the executive summary section of the Grace May 2004 MOR to highlight the performance of the business during the month along with any changes that would have a material impact of the business results. | 26 | 2.10 | $275.00 | $577.50 |
| 7/7/04 | AP | Prepared the executive summary for the Grace May 2004 monthly operating report review to highlight the most important information that was available in the MOR along with any industry news that might impact the Company. | 26 | 1.70 | $275.00 | $467.50 |
| 7/13/04 | MB | Review 7/9/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 7/19/04 | AP | Prepared updates to the Grace June 2004 Monthly Operating review to clarify some of the descriptions on the cash flow statement and the operating results of the business units. | 26 | 1.70 | $275.00 | $467.50 |
| 7/19/04 | AP | Prepared updates to the June 2004 monthly operating report financial exhibits to adjust the percent variances for the balances on the balance sheet. | 26 | 0.60 | $275.00 | $165.00 |
| 7/20/04 | MB | Review 7/16/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 7/22/04 | JS | Review 2nd Quarter report for 2004, performance by product line, compare to Plan and revised "Latest Estimate" (5/04). | 26 | 2.50 | $475.00 | $1,187.50 |
| 7/22/04 | MB | Review second quarter press release in connection with monitoring continuing operations | 26 | 0.60 | $475.00 | $285.00 |
| 7/26/04 | JS | Review Motion to make pension payments and amounts for possible objection to Motion to US Bankruptcy Court, Delaware, at request of counsel. | 26 | 0.80 | $475.00 | $380.00 |
| 7/26/04 | JS | Discuss with Berkin pension payment Motion, discrepancies and questions for Company, for possible objection to Motion to Court. | 26 | 0.40 | $475.00 | $190.00 |
| 7/26/04 | MB | Review 7/23/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |

# W.R. Grace

Schedule B

**Services Rendered during the Period:   July 1-31, 2004**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/26/04 | MB | Review motion authorizing pension plan contribution at request of ACC counsel | 26 | 1.40 | $475.00 | $665.00 |
| 7/26/04 | MB | Review alternative funding approach schedule in connection with assessment of pension funding motion | 26 | 1.00 | $475.00 | $475.00 |
| 7/26/04 | MB | Review pension plan data from recent 10-K in connection with assessment of pension funding motion | 26 | 1.00 | $475.00 | $475.00 |
| 7/26/04 | MB | Compile issues list for debtor response pertaining to planned pension contribution | 26 | 0.90 | $475.00 | $427.50 |
| 7/26/04 | MB | Review prior year pension data provided by debtor for consistency | 26 | 0.90 | $475.00 | $427.50 |
| 7/27/04 | AP | Prepared Grace financial exhibits for the second quarter summary memo to counsel to provide support and detail on the performance of the Company during the quarter. | 26 | 1.70 | $275.00 | $467.50 |
| 7/28/04 | LT | Review engagement status | 26 | 0.40 | $500.00 | $200.00 |
|  |  | **TOTAL Task Code 26: Business Analysis** |  | 22.30 |  | $8,362.50 |
| 7/6/04 | AP | Reviewed the Grace management notes that accompany the monthly operating review in order to understand what the management has to say about results and the current industry environment. | 28 | 2.10 | $275.00 | $577.50 |
| 7/7/04 | AP | Reviewed the Grace debtor entity financial statements in the May 2004 monthly operating report to better understand results and prepare an executive summary for the monthly operating report review. | 28 | 2.10 | $275.00 | $577.50 |
| 7/7/04 | AP | Reviewed the Grace loan information regarding the loan from the non-filing entities to the debtor entities to understand the recent change in available cash to the debtor entities. | 28 | 1.00 | $275.00 | $275.00 |
| 7/26/04 | AP | Reviewed the W.R. Grace second quarter press release to understand the performance of the Company during the month and compare managements comments regarding the results versus the prior year. | 28 | 1.40 | $275.00 | $385.00 |
| 7/26/04 | AP | Reviewed the W.R. Grace Davison Chemicals second quarter press release to understand the performance of the business division (with realigned segments) during the month and compare managements comments regarding the results versus the prior year. | 28 | 1.40 | $275.00 | $385.00 |
| 7/26/04 | AP | Reviewed the W.R. Grace Performance Chemicals second quarter press release to understand the performance of the business division (with realigned segments) during the month and compare managements comments regarding the results versus the prior year. | 28 | 1.40 | $275.00 | $385.00 |
|  |  | **TOTAL Task Code 28: Data Analysis** |  | 9.40 |  | $2,585.00 |
|  |  | **TOTAL Schedule B** |  | 180.00 |  | $68,620.50 |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $34.89 |
| Xerox   ( 590 @ $0.10 per page) | $59.00 |
| Transportation: 7/19/04 L.Tersigni- Car Service from Weston, CT-LaGuardia Airport, N.Y. (partial allocation) | $13.88 |
| Transportation: 7/19/04+7/20/04 L.Tersigni Round Trip Airfare LaGuardia, NY-Dulles Airport, Washinton, D.C. (partial allocation) | $44.56 |
| Transportation: 7/20/04 J.Sinclair Round Trip Airfare LaGuardia, NY-Dulles Airport, Washinton, D.C. (partial allocation) | $267.35 |
| Transportation: 7/20/04 J.Sinclair-  TAXI from home @ 95th St, NYC-LaGuardia Airport, NY  (partial allocation) | $27.50 |
| Transportation: 7/20/04 J.Sinclair-  TAXI from LaGuardia Airport, NY to home @95th Street in Manhattan (partial allocation) | $14.00 |
| Transportation: 7/19/04 L.Tersigni-  TAXI from Dulles Airport into Washington, D.C. (partial allocation) | $4.33 |
| Hotel: One Night 7/19/04 L.Tersigni @ Wyndham Washington Hotel (partial allocation) | $11.93 |
| Transportation: 7/20/04 L.Tersigni- Car Service from LaGuardia Airport, N.Y.-Stamford, CT. (partial allocation) | $15.51 |
| **Total Expenses incurred from    July 1-31, 2004** | $492.95 |