## EXHIBIT A

### Asset Analysis and Recovery (.30 Hours; $ 150.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | .30 | $500 | 150.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/19/2004 | RER | 500.00 | 0.30 | Review quarterly operating results. |

**Total Task Code .01**     **.30**

### Asset Disposition (.40 Hours; $ 274.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $685 | 274.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/24/2004 | PVL | 685.00 | 0.40 | Review e-mail and draft KWELM order (.2); review 3 miscellaneous filings (.1); review e-mail (.1). |

**Total Task Code .02**     **.40**

### Case Administration (77.30 Hours; $ 26,224.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 19.80 | $685 | 13,563.00 |
| Walter B. Slocombe | 6.60 | $560 | 3,696.00 |
| Julie W. Davis | .40 | $520 | 208.00 |
| Ronald E. Reinsel | .20 | $500 | 100.00 |
| Rita C. Tobin | 1.00 | $375 | 375.00 |
| Robert C. Spohn | 24.90 | $180 | 4,482.00 |

| Andrew D. Katznelson | 14.00 | $160 | 2,240.00 |
| David B. Smith | 10.40 | $150 | 1,560.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2004 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for ADK, RCT, and TB. |
| 7/1/2004 | WBS | 560.00 | 5.10 | Review submissions/objections to Scott's motion re injunction stopping tort suits on shared ins grounds (1.4), res on issues raised and draft memo outlining issues and possible positions for telephone hearing on 6 July (3.2), telephone conference JWD and EI re same (.5). |
| 7/1/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/1/04 (.1); retrieve documents requested by attorney (.2). |
| 7/2/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/2/04 (.1). |
| 7/2/2004 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 7/2/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 7/5/2004 | PVL | 685.00 | 1.70 | Review Libby status report (.2); review ZAI status report (.2); review Scotts inj mot (.2); review ACC opposition to same (.1); review Scotts reply re same (.1); review 6/21-7/3 e-mail (.4); review Allen, Lanier, Grace and CNA resps re Scotts motion (.3); review WBS memo re same (.1); review LTC memo re Alltech acq. (.1). |
| 7/6/2004 | PVL | 685.00 | 0.30 | Confer JWD re hearing (.1); review 5 miscellaneous filings (.1); confer NDF (.1). |
| 7/6/2004 | WBS | 560.00 | 1.30 | Telephone hearing on Scott's motion for injunction, conference JWD re next steps. |
| 7/6/2004 | RCS | 180.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/6/04 (.1); search docket for specific document filed early in case (.5). |

| 7/6/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
|---|---|---|---|---|
| 7/7/2004 | ADK | 160.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT; Perform review of recently received court documents to identify upcoming hearings and pre-trial status conferences for EI. |
| 7/7/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/7/04 (.1). |
| 7/7/2004 | WBS | 560.00 | 0.20 | Outline work to be done re vendors coverage. |
| 7/7/2004 | PVL | 685.00 | 0.20 | Review memo re 7/6 hearing (.1); review NDF e-mail (.1). |
| 7/8/2004 | PVL | 685.00 | 0.10 | Confer NDF. |
| 7/8/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/8/04 (.1). |
| 7/9/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 7/9/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/9/04 (.2). |
| 7/9/2004 | RCT | 375.00 | 0.20 | Review  local counsel recommendations re: EI update. |
| 7/11/2004 | JWD | 520.00 | 0.40 | Review calendar of events and weekly recommendations, memos |
| 7/12/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/12/04 (.1). |
| 7/12/2004 | PVL | 685.00 | 0.30 | Review draft FCR conf. agmt and e-mail NDF (.1); review 15 misc. filings (.1); review NDF e-mails reply (.1). |

| | | | | |
|---|---|---|---|---|
| 7/13/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/13/04 (.1). |
| 7/13/2004 | PVL | 685.00 | 0.40 | Telephone call from Biswas (.1), review draft order regarding Scotts and e-mail Hurford regarding same (.2), review agenda letter (.1). |
| 7/14/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/14/04 (.1). |
| 7/15/2004 | PVL | 685.00 | 0.20 | Review Hurford e-mail re Scotts order and reply (.1); review 3 misc. filings (.1). |
| 7/16/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 7/16/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/15/04 thru 7/16/04 (.2). |
| 7/16/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 7/18/2004 | PVL | 685.00 | 0.10 | Review 6 miscellaneous filings. |
| 7/19/2004 | PVL | 685.00 | 0.40 | Attend omni hearing. |
| 7/19/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/19/04 (.2). |
| 7/20/2004 | RCS | 180.00 | 0.40 | Insure presentation equipment is operable and ready for use (.1). Insure complete attendance is taken (.1). Attend presentations. (.2). |
| 7/21/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/20/04 thru 7/21/04 (.2). |
| 7/22/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/22/04 (.1); retrieve docket for specific time period in Adversary Proceeding per attorney request (.1). |
| 7/23/2004 | PVL | 685.00 | 0.20 | Review 5 miscellaneous filings (.1); review motion re pension funding (.1). |

| 7/23/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/23/04 (.1). |
| 7/26/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/26/04 (.2). |
| 7/27/2004 | PVL | 685.00 | 0.10 | Review 5 miscellaneous filings. |
| 7/27/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/27/04 (2). |
| 7/28/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/28/04 (.1). |
| 7/29/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 7/30/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/30/04 (.1). |
| 7/30/2004 | PVL | 685.00 | 0.20 | Review PD Comm appeal re FCR. |
| 7/31/2004 | PVL | 685.00 | 0.30 | Review PC comm appeal brief re FCR (.2); review 6th omni cls. obj (.1). |
| 8/2/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/4/04 (.3). |
| 8/2/2004 | PVL | 685.00 | 0.50 | Review 19 miscellaneous filings (.2); confer NDF (.3). |
| 8/2/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 8/3/2004 | PVL | 685.00 | 0.20 | Review 11 miscellaneous filings (.1); review e-mail (.1). |
| 8/3/2004 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/3/04 (.4). |
| 8/3/2004 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |

| 8/4/2004 | RCS | 180.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/4/04 (.3); review indices regarding documents potentially responsive to subpoena (.6). |
| 8/4/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/5/04 (.1). |
| 8/4/2004 | PVL | 685.00 | 1.00 | Review Fed. Ins. appeal brief re FCR. |
| 8/4/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 8/5/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/5/04 (.1). |
| 8/6/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/6/04 (.2). |
| 8/9/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/9/04 (.1). |
| 8/9/2004 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 8/10/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 8/10/2004 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/10/04 (.4). |
| 8/10/2004 | PVL | 685.00 | 0.40 | Review ADR motion (.1); review 4 miscellaneous filings (.1); review contempt motion re Evans (.1); review agenda letter (.1). |
| 8/11/2004 | PVL | 685.00 | 0.20 | Confer NDF re FCR appeal. |
| 8/11/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/11/04 (.3). |
| 8/13/2004 | RER | 500.00 | 0.20 | Review weekly memos and calendar. |

| 8/16/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/16/04 (.3). |
|-----------|-----|--------|------|-----------|
| 8/16/2004 | PVL | 685.00 | 0.20 | Review e-mail (.1); review 5 miscellaneous filings (.1). |
| 8/17/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/17/04 (.2). |
| 8/17/2004 | ADK | 160.00 | 1.00 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 8/18/2004 | RCS | 180.00 | 2.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/18/04 (.2); print out record of firm files and review for documents to be pulled in preparation for DOJ document review (1.9). |
| 8/19/2004 | RCS | 180.00 | 2.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/19/04 (.1); prepare documents and files for DOJ documents review (1.8); coordinate with records to recover additional boxes of documents stored off-site (.9). |
| 8/19/2004 | PVL | 685.00 | 0.20 | Review PD motion (.1); review LTC 6/30/04 report (.1). |
| 8/20/2004 | PVL | 685.00 | 0.70 | Review 3 miscellaneous filings (.1); review Libby cls. re reply (.1); review PD CM motion (.3); e-mail JPC (.1); review am. agenda (.1). |
| 8/20/2004 | RCS | 180.00 | 5.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/20/04 (.4); prepare boxes and file folders for DOJ documents review (4.8). |
| 8/23/2004 | PVL | 685.00 | 2.50 | Prep for omni hearing (.2); attend same (2); review motion re ZAI trial budget (.1). |
| 8/23/2004 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/23/04 (.5). |

| | | | | |
|---|---|---|---|---|
| 8/23/2004 | DBS | 150.00 | 4.80 | Compile exhibits for upcoming court filing (3.8); compile documents for attorney review (1.0). |
| 8/23/2004 | ADK | 160.00 | 1.00 | Review, classify and annotate relevant material for RCT. |
| 8/24/2004 | PVL | 685.00 | 3.40 | Review draft Grace resps. re FCR appeal (.6); e-mail Blatnick re same (.2); confer JPC (.1); teleconference Bernick (.1).; teleconference Wynn (.4); review draft ACC brief re FCR (.6); confer NDF and JPC re same (1.2); teleconference EI (.1); confer NDF (.1). |
| 8/24/2004 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/24/04 (.5). |
| 8/25/2004 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/25/04 (.1); work with DOJ document production (.3). |
| 8/25/2004 | PVL | 685.00 | 1.30 | Review draft ACC application br re FCR (.8); conferences JPC re same (.4); teleconference NDF re same (.1). |
| 8/25/2004 | DBS | 150.00 | 1.20 | Compile exhibits for upcoming court filing. |
| 8/26/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 8/26/2004 | DBS | 150.00 | 2.20 | Proofread table of contents and table of authorities for upcoming court filing. |
| 8/27/2004 | RCS | 180.00 | 1.10 | Analyze and annotate for distribution all hard ocpy and electronic court papers, pleadings and correspondence received 8/26/04 through 8/27/04 (.3); organize documents and coordinate with vendor for document reproduction regarding DOJ document review (.8). |
| 8/30/2004 | ADK | 160.00 | 0.50 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 8/30/2004 | PVL | 685.00 | 0.40 | Review 12 miscellaneous filings (.2); review e-mail and reply (.1); review new employee severance motion (.1). |

| 8/30/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/30/04 (.2). |
| 8/31/2004 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/31/04 (.1); contact co-counsel regarding retrieval of plaintiffs exhibits from prior trial (.4). |
| 8/31/2004 | PVL | 685.00 | 0.20 | Review 2 miscellaneous filings (.1); confer NDF re FCR appeal (.1). |
| 8/31/2004 | DBS | 150.00 | 0.90 | Compile local rules for the District of Court of Delaware for attorney review. |
| 8/31/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 9/1/2004 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/01/04 (.2). |
| 9/1/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI; perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 9/2/2004 | PVL | 685.00 | 0.10 | E-mail Hurford. |
| 9/2/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/2/04 (.1). |
| 9/3/2004 | RCS | 180.00 | 2.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/03/04 (.4); inventory DOJ production documents (1.8). |
| 9/3/2004 | PVL | 685.00 | 0.20 | Review ZAI budget motion (.1); review Scotts adv. compl. (.1). |
| 9/7/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/7/04 (.3). |

| | | | | |
|---|---|---|---|---|
| 9/8/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/8/04 (.1). |
| 9/9/2004 | PVL | 685.00 | 0.40 | Review Fed. Ins. reply re FCR (.3); review Hurford e-mail (.1). |
| 9/9/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/9/04 (.3). |
| 9/10/2004 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/10/04 (.5). |
| 9/10/2004 | PVL | 685.00 | 0.90 | Review 5 miscellaneous filings (.1); teleconference Felder (.1); teleconferences Hurford (.2); review draft opposition re KWELMBB deal (.3); review FCR opposition re same (.1); review LTC memo (.1). |
| 9/13/2004 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/13/04 (.4). |
| 9/13/2004 | PVL | 685.00 | 0.20 | Review Coudert settlement notice (.1); review revised draft resp. re PD CMO (.1). |
| 9/14/2004 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/14/04  (.3). |
| 9/14/2004 | PVL | 685.00 | 0.40 | Review e-mail (.1); review 8 miscellaneous filings (.1); review Scotts stay motion (.1); review 2 miscellaneous filings (.1). |
| 9/15/2004 | PVL | 685.00 | 0.10 | Review Hurford e-mail and reply. |
| 9/15/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/15/04 (.1). |
| 9/15/2004 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 9/16/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/16/04 (.1). |
| 9/17/2004 | PVL | 685.00 | 0.20 | Review settlement notice and draft KWELM order. |

| 9/17/2004 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/17/04 (.1). |
| 9/20/2004 | DBS | 150.00 | 0.50 | Review and compile incoming pleadings and correspondence for case files. |
| 9/20/2004 | PVL | 685.00 | 0.10 | Review agenda notice. |
| 9/20/2004 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for EI and RCT. |
| 9/21/2004 | DBS | 150.00 | 0.40 | Review and compile incoming pleadings and correspondence for case files. |
| 9/22/2004 | PVL | 685.00 | 0.10 | Review 4 miscellaneous filings and teleconference Hurford. |
| 9/23/2004 | PVL | 685.00 | 0.50 | Review Hurford e-mail and reply (.2); review COLI motion (.2); review Honeywell 9019 motion (.1). |
| 9/26/2004 | PVL | 685.00 | 0.10 | Review Rand reply to Scotts. |
| 9/28/2004 | PVL | 685.00 | 0.70 | Review Scotts reply and 6 miscellaneous filings (.1); teleconference Hurford re KWELM and COLI motions (.5); review hearing memo and e-mail Eskin (.1). |
| 9/28/2004 | DBS | 150.00 | 0.40 | Review and compile incoming pleadings and correspondence for case files. |
| 9/29/2004 | PVL | 685.00 | 0.10 | Review e-mail. |

**Total Task Code .04**        **77.30**

**Claims Analysis Objections & Resolution (Asbestos) (29.10 Hours; $ 7,711.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| John P. Cunningham | 4.50 | $265 | 1,192.50 |
| Brian A. Skretny | 24.60 | $265 | 6,519.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/12/2004 | BAS | 265.00 | 7.20 | Review Grace Business Plans per NDF's request (7.2). |
| 8/13/2004 | BAS | 265.00 | 8.00 | Analyze business plans to determine number of homes in country that have had Zonolite attic insulation installed (5.0); draft memo showing results of above analysis (3.0). |
| 8/16/2004 | BAS | 265.00 | 9.40 | Complete analysis of ZAI installation and draft memo showing results (9.4). |
| 9/20/2004 | JPC | 265.00 | 0.70 | Review developments in asbestos litigation. |
| 9/21/2004 | JPC | 265.00 | 0.60 | Review developments in asbestos litigation. |
| 9/22/2004 | JPC | 265.00 | 0.80 | Review developments in asbestos litigation. |
| 9/23/2004 | JPC | 265.00 | 0.80 | Review developments in asbestos litigation. |
| 9/24/2004 | JPC | 265.00 | 0.60 | Review developments in asbestos litigation. |
| 9/28/2004 | JPC | 265.00 | 1.00 | Review developments in asbestos litigation. |

**Total Task Code .05**      **29.10**

## Claim Analysis Objection & Resolution (Non-Asbestos) (1.10 Hours; $ 753.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $685 | 753.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/26/2004 | PVL | 685.00 | 0.80 | Review Grace brief re FCR (.5); e-mail Blatnick re same (.2); review FCR brief (.1). |
| 8/31/2004 | PVL | 685.00 | 0.10 | Review obj re MADEP claims. |
| 9/8/2004 | PVL | 685.00 | 0.20 | E-mail EI et al re Scotts (.1); review NDF e-mail. (.1). |

**Total Task Code .06**          **1.10**

**Committee, Creditors', Noteholders' or Equity Holders'(5.30 Hours; $ 3,505.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.30 | $780 | 1,794.00 |
| Peter Van N. Lockwood | 1.10 | $685 | 753.50 |
| Walter B. Slocombe | .40 | $560 | 224.00 |
| Trevor W. Swett | .40 | $520 | 208.00 |
| Ronald E. Reinsel | .70 | $500 | 350.00 |
| Nathan D. Finch | .40 | $440 | 176.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/2/2004 | EI | 780.00 | 0.30 | Memo to Committee re: Alltech acquisition. |
| 7/6/2004 | EI | 780.00 | 0.10 | Alltech acquisition. |
| 7/13/2004 | EI | 780.00 | 0.10 | Prep for all-committee meeting (.3); t/c NDF (.2); t/c Peterson (.2); t/c Tersigni (.1); memos to S. Baron, etc. (.3) agenda (.4).  [Total time of 1.5 hours divided among 15 cases.] |
| 7/19/2004 | EI | 780.00 | 0.70 | Travel to DC (prep on plane), conference with NDF, WBS, JWD, MP, LT to prepare for conference (9.5) dinner conf. with 12 partners for Planning (2.0). (Total time of 11.5 hours divided among 15 clients.) |
| 7/20/2004 | EI | 780.00 | 0.40 | Conference at Dulles airport Marriott with plaintiff's lawyers. |
| 7/20/2004 | TWS | 520.00 | 0.40 | Meeting with EI, et al and Committee to discuss case status, new developments, and various issues. |
| 7/20/2004 | NDF | 440.00 | 0.40 | Meeting with EI et al and Committee to discuss case status, new developments and various issues (.4). |
| 7/20/2004 | PVL | 685.00 | 0.40 | Attend committee meeting. |
| 7/20/2004 | WBS | 560.00 | 0.40 | Meeting re status of case (.4) |
| 7/20/2004 | RER | 500.00 | 0.40 | Attend committee meeting. |

- 14 -

| 7/28/2004 | RER | 500.00 | 0.30 | Follow-up re committee substitution. |
| 8/18/2004 | PVL | 685.00 | 0.60 | Draft memo to comm. re 8/16 meeting. |
| 8/19/2004 | PVL | 685.00 | 0.10 | Draft memo to Comm. |
| 8/20/2004 | EI | 780.00 | 0.20 | Report (to Committee) draft. |
| 8/30/2004 | EI | 780.00 | 0.20 | Memo re: rumors. |
| 8/31/2004 | EI | 780.00 | 0.30 | Response to DeLuca inquiry. |

**Total Task Code .07**          **5.30**


## Employment Benefits/Pension (.20 Hours; $ 156.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/10/2004 | EI | 780.00 | 0.20 | Memo to Committee re: motion to provide enhanced severance program. |

**Total Task Code .08**          **.20**


## Employment Applications, Others (.20 Hours; $ 137.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/15/2004 | PVL | 685.00 | 0.20 | Review FCR suppl. tr. re SBSF and CIBC retentions. |

**Total Task Code .10**          **.20**

**Fee Applications, Applicant (13.00 Hours; $ 3,585.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 7.00 | $375 | 2,625.00 |
| Andrew D. Katznelson | 6.00 | $160 | 960.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/6/2004 | RCT | 375.00 | 0.20 | Review fee schedules for July. |
| 7/7/2004 | RCT | 375.00 | 0.20 | Review expense report for June re: monthly fee app prep. |
| 7/9/2004 | RCT | 375.00 | 0.50 | Review prebills. |
| 7/13/2004 | RCT | 375.00 | 0.50 | Review exhibits for monthly fee apps. |
| 7/23/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 7/23/2004 | RCT | 375.00 | 0.50 | Review monthly fee apps. |
| 7/23/2004 | RCT | 375.00 | 0.10 | Review monthly fee apps. |
| 7/26/2004 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 7/29/2004 | RCT | 375.00 | 0.20 | Review revised fee app schedules for 8/04 and conf. w/ADK re: same. |
| 8/2/2004 | RCT | 375.00 | 0.20 | Review fee schedules for August. |
| 8/4/2004 | RCT | 375.00 | 0.20 | Conferences and emails with ADK re: various fee app issues (August filings). |
| 8/9/2004 | RCT | 375.00 | 0.50 | Review pre-bills. |
| 8/9/2004 | RCT | 375.00 | 0.20 | Telecons and emails to D.C. re: entries. |
| 8/10/2004 | RCT | 375.00 | 0.50 | Review exhibits to fee applications. |
| 8/12/2004 | RCT | 375.00 | 0.50 | Review final interim application. |
| 8/12/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 8/13/2004 | ADK | 160.00 | 0.50 | Worked on fee application. |

| 8/13/2004 | RCT | 375.00 | 0.20 | Review correspondence re: fee issue. |
| 8/20/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 8/23/2004 | ADK | 160.00 | 0.50 | Worked on fee application. |
| 9/10/2004 | RCT | 375.00 | 0.50 | Review prebills. |
| 9/13/2004 | RCT | 375.00 | 0.50 | Review exhibits. |
| 9/16/2004 | RCT | 375.00 | 0.50 | Review interim application. |
| 9/27/2004 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 9/28/2004 | RCT | 375.00 | 0.50 | Review fee app. |
| 9/28/2004 | RCT | 375.00 | 0.50 | Review final of monthly application. |
| 9/28/2004 | ADK | 160.00 | 0.50 | Worked on fee application. |

**Total Task Code .12**　　　　**13.00**

**Fee Applications, Others (.70 Hours; $ 479.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $685 | 479.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/10/2004 | PVL | 685.00 | 0.10 | Review 6 fee applications. |
| 8/19/2004 | PVL | 685.00 | 0.10 | Review 4 fee applications. |
| 8/21/2004 | PVL | 685.00 | 0.10 | Review 7 fee applications. |
| 8/23/2004 | PVL | 685.00 | 0.10 | Review 5 fee applications. |
| 9/2/2004 | PVL | 685.00 | 0.10 | Review 3 fee applications and 3 CNOs re fees. |
| 9/7/2004 | PVL | 685.00 | 0.10 | Review 5 fee applications. |
| 9/23/2004 | PVL | 685.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13**          **0.70**

## Litigation and Litigation Consulting (95.10 Hours; $ 31,292.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.30 | $780 | 1,794.00 |
| Walter B. Slocombe | .60 | $560 | 336.00 |
| Albert G. Lauber | .90 | $540 | 486.00 |
| Julie W. Davis | .50 | $520 | 260.00 |
| Bernard Bailor | 8.30 | $515 | 4,274.50 |
| Ronald E. Reinsel | .70 | $500 | 350.00 |
| Nathan D. Finch | 15.20 | $440 | 6,688.00 |
| Christopher S. Rizek | 2.00 | $435 | 870.00 |
| John P. Cunningham | 53.60 | $265 | 14,204.00 |
| Danielle K. Graham | 4.00 | $245 | 980.00 |
| Ada I. Odum | 7.00 | $150 | 1,050.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2004 | NDF | 440.00 | 0.80 | T/con Peterson re: issues (.5); review ltc memo (.3). |
| 7/1/2004 | EI | 780.00 | 0.30 | T/c WBS re: Scotts motion. |
| 7/2/2004 | NDF | 440.00 | 0.70 | T/c /Sinclair re: valuation issue (.5); draft email to Baer re: ZAI (.2). |
| 7/7/2004 | NDF | 440.00 | 1.00 | Responding to inquiries from FCR counsel; responding to inquiry from US Attorney re: Grace conduct (1.0). |
| 7/8/2004 | NDF | 440.00 | 0.80 | Drafting memo to EI re: remaining case issues and strategy for resolution of same (.8). |
| 7/9/2004 | NDF | 440.00 | 2.00 | Meeting w/FCR lawyers re: insurance (1.5); work on valuation analysis for EI (.5). |
| 7/9/2004 | EI | 780.00 | 0.50 | T/c NDF/BSB re: US inquiry. |
| 7/12/2004 | BSB | 515.00 | 0.30 | Conf NDF re grand jury subpoena |

| 7/12/2004 | NDF | 440.00 | 1.50 | Review confidentiality agreement proposed by FCR (.5); respond to inquiry from US Attorney re: Grace criminal conduct (1.0) |
|---|---|---|---|---|
| 7/14/2004 | BSB | 515.00 | 0.20 | TC to AUSA |
| 7/14/2004 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 7/19/2004 | NDF | 440.00 | 0.50 | Meeting with EI and professionals in preparation for Committee meeting on 7/20/04. |
| 7/19/2004 | JWD | 520.00 | 0.50 | Discussion re case status and strategy and analysis of potential recoveries for asbestos creditors |
| 7/19/2004 | WBS | 560.00 | 0.50 | Discussion re case status and strategy and analysis of potential recoveries for asbestos creditors. |
| 7/27/2004 | WBS | 560.00 | 0.10 | Discussion with PVNL re possible tactics in event legis looks more likely. |
| 8/2/2004 | NDF | 440.00 | 1.10 | T/c Cohen re: insurance issues (.4); conf. PVNL re: same (.3); email memo to co-counsel re: same (.2); conf. PVNL re: appeal brief re: FCR (.2). |
| 8/3/2004 | JPC | 265.00 | 0.90 | Begin review of insurers' motion re: so-called "unimpaired" claims (0.5); conf. w/PVNL re: same (0.4). |
| 8/4/2004 | NDF | 440.00 | 0.70 | Read insurance company appeal brief re: FCR appointment (.7). |
| 8/4/2004 | JPC | 265.00 | 0.60 | Continue review of insurers' motion re: so-called "unimpaired" claims (0.6). |
| 8/5/2004 | BSB | 515.00 | 2.30 | Montana grand jury subpoena - review confidentiality agreement, letter to counsel, review potentially responsive documents with Bob Spohn |
| 8/10/2004 | BSB | 515.00 | 0.50 | TC to case agent re grand jury subpoena |
| 8/11/2004 | BSB | 515.00 | 0.50 | TC AUSA Kris McKee re grand jury subpoena compliance ( .3); conf with NDF re request to intervene (.2) |
| 8/11/2004 | JPC | 265.00 | 4.20 | Continue rvw of fed insurers' appeal papers (1.9); begin drafting response to same (1.9); corresp w/counsel for legal rep re: insurers' request to extend briefing deadline (0.3); ph conf. w/local counsel re: same (0.1). |

| 8/12/2004 | JPC | 265.00 | 2.40 | Continue rvw of fed insurers' appeal papers (0.9); continue drafting response to same (0.8); draft notes re: organization of response to fed insurers' appeal papers (0.5); follow up corresp w/counsel for legal rep re: insurers' request to extend briefing deadline (0.2) |
| 8/13/2004 | EI | 780.00 | 0.40 | T/c Weitz (.2) and t/c PVNL (.2) re: meeting. |
| 8/16/2004 | JPC | 265.00 | 2.60 | Continue rvw of fed insurers' appeal papers (0.7); continue drafting response to same (0.7); draft notes re: organization of response to fed insurers' appeal papers (1.2); |
| 8/16/2004 | NDF | 440.00 | 0.50 | Draft memo to clients re: criminal subpoena (.5). |
| 8/16/2004 | EI | 780.00 | 0.20 | T/c NDF and review of his memo to Committee re: criminal matter (.2). |
| 8/16/2004 | RER | 500.00 | 0.30 | Review memo re US investigate. |
| 8/17/2004 | EI | 780.00 | 0.40 | T/c PVNL re: settlement meeting. |
| 8/17/2004 | JPC | 265.00 | 3.40 | Continue review of fed insurers' appeal papers (0.4); continue drafting response to same (1.1); draft outline of response to fed insurers' appeal papers on so-called "unimpaireds" (1.9). |
| 8/17/2004 | AGL | 540.00 | 0.30 | Review schedule of pending orders and motions. |
| 8/18/2004 | NDF | 440.00 | 0.50 | Review proposal regarding settlement (.05). |
| 8/18/2004 | JPC | 265.00 | 3.30 | Continue review of fed insurers' appeal papers (1.1); continue drafting responses to same (1.0); update draft outline of response to fed insurers' appeal papers on so-called "unimpaireds" (1.2). |
| 8/18/2004 | BSB | 515.00 | 0.20 | TC AUSA |
| 8/19/2004 | BSB | 515.00 | 4.30 | Review Grace files for documents responsive to grand jury subpoena |
| 8/19/2004 | JPC | 265.00 | 2.30 | Continue review of fed insurers' appeal papers (0.3); continue drafting response to same (0.9); update draft outline of response to fed insurers' appeal papers on so-called "unimpaired" (1.1). |

| | | | | |
|---|---|---|---|---|
| 8/20/2004 | JPC | 265.00 | 6.10 | Continue drafting response to federal insurers' appellate brief (2.9); continue rsrch for response to federal insurers' appellate brief (3.2) . |
| 8/20/2004 | DKG | 245.00 | 4.00 | Verify case citations; read and analyze case law re the same. |
| 8/23/2004 | AGL | 540.00 | 0.20 | Review pending orders/motions. |
| 8/23/2004 | JPC | 265.00 | 1.30 | Continue drafting response to federal insurers' appellate brief (1.3). |
| 8/23/2004 | NDF | 440.00 | 1.10 | Edit response to appeal of FCR retention (1.0); conf. PVNL re various (.1). |
| 8/24/2004 | NDF | 440.00 | 1.00 | Conf. PVNL and JPC re FCR appeal brief (1.0). |
| 8/24/2004 | JPC | 265.00 | 8.20 | Continue drafting response to federal insurers' appellate brief (4.3); conf. w/PVNL and NDF re: edits to same (1.0); continue rsrch for response to federal insurers' appellate brief (1.9); rvw Debtors' response to federal insurers' appellate brief (1.0). |
| 8/25/2004 | JPC | 265.00 | 8.40 | Continue drafting response to federal insurers' appellate brief (5.7); follow up conf. w/PVNL and NDF re: edits to same (0.3); continue rsrch for response to federal insurers' appellate brief (2.4); |
| 8/26/2004 | JPC | 265.00 | 7.20 | Finish drafting, revising, and editing response to federal insurers' appellate brief (4.3); cite check and bluebook same (1.6); conf. w/local counsel re: finalizing and filing same (0.8); correspondence w/local counsel re: same (0.5). |
| 8/26/2004 | NDF | 440.00 | 1.30 | Review edit FCR appeal brief (.3); conf. assistant US attorney re subpoena compliance and FT litigation (1.0). |
| 8/31/2004 | NDF | 440.00 | 0.40 | T/c insurance company lawyer re FCR appeal (.2); conf. PVNL re same (.2). |
| 9/1/2004 | EI | 780.00 | 0.30 | Read appeal briefs re: Austern (.3). |
| 9/1/2004 | EI | 780.00 | 0.10 | Finalized memo on 2019 orders summarizing orders and situation (1.1); memo to Kendall re: same (.1). [Total time of 1.2 hours divided among 11 cases.] |
| 9/3/2004 | EI | 780.00 | 0.10 | 2019 memo. |

| 9/10/2004 | NDF | 440.00 | 0.80 | Review and memo re medical issue (.8) |
| 9/13/2004 | NDF | 440.00 | 0.30 | Memo to co-counsel re discovery issue (.3). |
| 9/15/2004 | RER | 500.00 | 0.40 | Review memo and complaint re Scotts company. |
| 9/17/2004 | NDF | 440.00 | 0.20 | Read corr. re protective order for Sealed Air docs (.2). |
| 9/17/2004 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 9/20/2004 | JPC | 265.00 | 1.90 | Review insurers' reply brief re: appeal to district court (1.8); email corresp to NDF re: same (0.1) . |
| 9/20/2004 | AIO | 150.00 | 7.00 | Organized exhibits and created indexes per attorney request. |
| 9/21/2004 | JPC | 265.00 | 0.80 | Continue review of insurers' reply briefs re: appeal to district court. |
| 9/25/2004 | CSR | 435.00 | 2.00 | Review COLI motion, analyze same, e-mail re same. |

**Total Task Code .16**      **95.10**


## Plan & Disclosure Statement (6.40 Hours; $ 4,169.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.10 | $685 | 3,493.50 |
| Julie W. Davis | .80 | $520 | 416.00 |
| Trevor W. Swett | .50 | $520 | 260.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/13/2004 | PVL | 685.00 | 0.40 | Teleconference EI re POR meeting (.1); teleconference Weitz re same (.2); teleconference LKH re same (.1). |
| 8/16/2004 | PVL | 685.00 | 4.30 | Confer NDF (.1); prep for meeting w/Bernick, et al (.6); confer Bernick, Siegal, Zilly, Weitz, Baron, Cooney, et al (3.3); confer Cooney, Weitz and Baron (.3). |
| 8/17/2004 | PVL | 685.00 | 0.20 | Teleconference EI re POR meeting. |

| 8/23/2004 | PVL | 685.00 | 0.20 | Review prop POR terms. |
| 9/16/2004 | TWS | 520.00 | 0.50 | Review Grace outline of POR |
| 9/22/2004 | JWD | 520.00 | 0.80 | Review Scott's motion re stay action |

**Total Task Code .17**      **6.40**

## Tax Issues (1.30 Hours; $ 565.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher  S. Rizek | 1.30 | $435 | 565.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/27/2004 | CSR | 435.00 | 0.30 | Teleconferences and e-mails re tax motion. |
| 9/28/2004 | CSR | 435.00 | 0.60 | Teleconference with E. Filon re taxes. |
| 9/29/2004 | CSR | 435.00 | 0.40 | E-mail re taxes. |

**Total Task Code .19**      **1.30**

## Travel – Non Working (14.20 Hours; $ 4,816.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 13.80 | $342.50 | 4,726.50 |
| Walter B. Slocombe | .20 | $280.00 | 56.00 |
| Ronald E. Reinsel | .10 | $250.00 | 25.00 |
| Robert C. Spohn | .10 | $90.00 | 9.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/20/2004 | PVL | 342.50 | 0.10 | Travel to/from committee meeting. |
| 7/20/2004 | RER | 250.00 | 0.10 | Travel to/from committee meeting. |
| 7/20/2004 | RCS | 90.00 | 0.10 | Travel to and from Joint ACC Committee meeting |

{D0030759:1 }

| 7/20/2004 | WBS | 280.00 | 0.20 | Travel to/from Dulles |
| 8/16/2004 | PVL | 342.50 | 5.10 | Travel to Chicago for meeting. |
| 8/17/2004 | PVL | 342.50 | 6.00 | Return travel to DC from Chicago. |
| 8/23/2004 | PVL | 342.50 | 2.60 | Travel to/from Wilmington (half). |

**Total Task Code .21        14.20**


## Valuation (.60 Hours; $ 468.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $780 | 468.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/7/2004 | EI | 780.00 | 0.50 | T/c Roger Frankel re: insurance (.3); memo to J. Sinclair re: same (.2). |
| 8/19/2004 | EI | 780.00 | 0.10 | Report on quarter results and stock purchases (.1). |

**Total Task Code .22        .60**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $12.70 |
| Research Material | $123.34 |
| Air & Train Transportation | $1,694.10 |
| Meals Related to Travel | $364.23 |
| Miscellaneous: Client Advances | $15.00 |
| Travel Expenses - Hotel Charges | $282.81 |
| Travel Expenses - Ground Transportation | $87.80 |
| Travel Expenses - LD Calls on Hotel Bill | $33.09 |
| Local Transportation - DC | $21.18 |
| Database Research | $1,924.97 |
| Xeroxing | $478.50 |
| Postage | $2.59 |
| Telecopier/Equitrac | $90.15 |
| Long Distance-Equitrac In-House | $17.47 |
| NYO Long Distance Telephone | $159.05 |

**Total for Report**          **$ 5,306.98**