**EXHIBIT B**

**Asset Analysis & Recovery (.3 Hours; $ 150.00)**

  Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01    .3**

**Asset Disposition (.4 Hours; $ 274.00)**

  Services rendered in this category pertain to the allocation, management and control of the Debtors' assets.

**Total Task Code .02    .4**

**Case Administration (77.3 Hours; $ 26,224.00)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04    77.3**

**Claim Analysis Objection & Resolution (Asbestos) (29.1 Hours; $ 7,711.50)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05    29.1**

**Claim Analysis Objection & Resolution (Non-Asbestos) (1.1 Hours; $ 753.50)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .06    1.1**

**Committee, Creditors', Noteholders' or Equity Holders' (5.3 Hours; 3,505.50)**

- 2 -

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**            **5.3**

**Employee Benefits/Pension (.2 Hours; $ 156.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**            **.2**

**Employment Applications, Others (.2 Hours; $ 137.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**            **.2**

**Fee Applications, Applicant (13.0 Hours; $ 3,585.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**            **13.0**

**Fee Applications, Others (.7 Hours; $ 479.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**            **.7**

**Litigation and Litigation Consulting (95.1 Hours; $31,292.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

{D0030760:1 }

- 3 -

**Total Task Code .16  95.1**


**Plan & Disclosure Statement (6.4 Hours; $4,169.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  6.4**


**Tax Issues (1.3 Hours; $ 565.50)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

**Total Task Code .19                1.3**


**Travel Non-working (14.2 Hours; $4,816.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  14.2**


**Valuation (.6 Hours; $ 468.00)**

Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

**Total Task Code .22                .6**