## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $12.70 |
| Research Material | $123.34 |
| Air & Train Transportation | $1,694.10 |
| Meals Related to Travel | $364.23 |
| Miscellaneous: Client Advances | $15.00 |
| Travel Expenses - Hotel Charges | $282.81 |
| Travel Expenses - Ground Transportation | $87.80 |
| Travel Expenses - LD Calls on Hotel Bill | $33.09 |
| Local Transportation - DC | $21.18 |
| Database Research | $1,924.97 |
| Xeroxing | $478.50 |
| Postage | $2.59 |
| Telecopier/Equitrac | $90.15 |
| Long Distance-Equitrac In-House | $17.47 |
| NYO Long Distance Telephone | $159.05 |
| **Total for Report** | **$ 5,306.98** |

{D0030761:1 }