```
Client Number:    4642              Grace Asbestos Personal Injury Claimants                              Page:    1
Matter     000                      Disbursements                                                      8/20/2004
                                                                                                    Print Date/Time:
                                                                                                         08/20/2004
                                                                                                         10:27:33AM
Attn:                                                                                                    Invoice #
                                            PREBILL  / CONTROL  REPORT
                                                    Trans Date Range:  1/1/1950  to:  7/31/2004
Matter      000
Disbursements
Bill Cycle:        Monthly          Style:       i1        Start:     4/16/2001
                                                                     Last Billed : 7/27/2004              13,655
```

Trust Amount Available

Total Expenses Billed To Date        $238,984.26

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0054 | WBS | Walter B. Slocombe | 0.00 | 4.80 | 0.00 | 4.80 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 14.85 | 0.00 | 14.85 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 2.81 | 0.00 | 2.81 |
| 0149 | JPC | John P. Cunningham | 0.00 | 0.15 | 0.00 | 0.15 |
| 0234 | RET | Rita E Tower | 0.00 | 1.95 | 0.00 | 1.95 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 40.50 | 0.00 | 40.50 |
| 0244 | AT | Ann  Taylor | 0.00 | 0.30 | 0.00 | 0.30 |
| 0306 | GMH | Gia M Handley | 0.00 | 9.00 | 0.00 | 9.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 331.72 | 0.00 | 331.72 |
| | | | **0.00** | **406.08** | **0.00** | **406.08** |

**Total Fees**

**Summary by Employee**

| | | | ACTUAL | | | BILLING | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

| | | | | | | ACTUAL | | | BILLING | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1664822 | Equitrac - Long Distance to 3024261900 | E | 07/01/2004 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 0.05 |
| 1664850 | Equitrac - Long Distance to 2123199240 | E | 07/01/2004 | 0999 | C&D | 0.00 | | $1.34 | 0.00 | | $1.34 | 1.39 |
| 1664872 | Equitrac - Long Distance to 3024261900 | E | 07/01/2004 | 0999 | C&D | 0.00 | | $0.25 | 0.00 | | $0.25 | 1.64 |
| 1665065 | Photocopy | E | 07/01/2004 | 0054 | WBS | 0.00 | | $4.80 | 0.00 | | $4.80 | 6.44 |
| 1665066 | Photocopy | E | 07/01/2004 | 0101 | RCS | 0.00 | | $12.75 | 0.00 | | $12.75 | 19.19 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | 8/20/2004 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 08/20/2004 |
| | | | | | | | | | | 10:27:33AM |
| Attn: | | | | | | | | | | Invoice # |
| 1665975 | Photocopy | | E | 07/06/2004 | 0238 | SLG | 0.00 | $4.80 | 0.00 | $4.80 | 23.99 |
| 1665978 | Photocopy | | E | 07/06/2004 | 0238 | SLG | 0.00 | $7.20 | 0.00 | $7.20 | 31.19 |
| 1666149 | Xeroxing | | E | 07/07/2004 | 0999 | C&D | 0.00 | $23.25 | 0.00 | $23.25 | 54.44 |
| 1666180 | Fax Coordinator | | E | 07/07/2004 | 0999 | C&D | 0.00 | $21.15 | 0.00 | $21.15 | 75.59 |
| 1666574 | Petty Cash Cab for GMH for House and Senate LDA filings on 7/1 | | E | 07/08/2004 | 0306 | GMH | 0.00 | $9.00 | 0.00 | $9.00 | 84.59 |
| 1666795 | Equitrac - Long Distance to 4067213290 | | E | 07/08/2004 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 84.70 |
| 1667020 | Photocopy | | E | 07/08/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 84.85 |
| 1667038 | Photocopy | | E | 07/08/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 85.75 |
| 1667319 | Equitrac - Long Distance to 2123199240 | | E | 07/09/2004 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 86.18 |
| 1667395 | Air Freight & Express Mail - Air Freight & Express Mail - Federal Express delivery service on 6/25 to L. Przybylek | | E | 07/09/2004 | 0120 | EI | 0.00 | $2.81 | 0.00 | $2.81 | 88.99 |
| 1667547 | Photocopy | | E | 07/09/2004 | 0101 | RCS | 0.00 | $2.10 | 0.00 | $2.10 | 91.09 |
| 1667855 | Equitrac - Long Distance to 4067313290 | | E | 07/12/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 91.14 |
| 1667856 | Equitrac - Long Distance to 4067213290 | | E | 07/12/2004 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 91.27 |
| 1668088 | Photocopy | | E | 07/12/2004 | 0238 | SLG | 0.00 | $1.50 | 0.00 | $1.50 | 92.77 |
| 1668623 | Equitrac - Long Distance to 8054993572 | | E | 07/13/2004 | 0999 | C&D | 0.00 | $0.39 | 0.00 | $0.39 | 93.16 |
| 1668695 | Fax Transmission to 4247643 | | E | 07/13/2004 | 0234 | RET | 0.00 | $0.90 | 0.00 | $0.90 | 94.06 |
| 1668724 | Photocopy | | E | 07/13/2004 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 98.86 |
| 1669784 | Photocopy | | E | 07/14/2004 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 103.66 |
| 1669797 | Photocopy | | E | 07/14/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 104.26 |
| 1669822 | Photocopy | | E | 07/14/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 105.61 |
| 1670468 | Long Distance-Equitrac In-House | | E | 07/14/2004 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 105.71 |
| 1670141 | Equitrac - Long Distance to 4065428851 | | E | 07/15/2004 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 105.78 |
| 1671106 | Photocopy | | E | 07/16/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 106.38 |
| 1671107 | Photocopy | | E | 07/16/2004 | 0238 | SLG | 0.00 | $6.30 | 0.00 | $6.30 | 112.68 |
| 1671116 | Photocopy | | E | 07/16/2004 | 0234 | RET | 0.00 | $1.05 | 0.00 | $1.05 | 113.73 |
| 1671338 | Equitrac - Long Distance to 4065428851 | | E | 07/19/2004 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 113.86 |
| 1671377 | Equitrac - Long Distance to 4065421476 | | E | 07/19/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 113.91 |
| 1671453 | Fax Transmission to 14065421476 | | E | 07/19/2004 | 0244 | AT | 0.00 | $0.15 | 0.00 | $0.15 | 114.06 |
| 1671478 | Photocopy | | E | 07/19/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 114.96 |
| 1671562 | Photocopy | | E | 07/19/2004 | 0244 | AT | 0.00 | $0.15 | 0.00 | $0.15 | 115.11 |
| 1671565 | Photocopy | | E | 07/19/2004 | 0149 | JPC | 0.00 | $0.15 | 0.00 | $0.15 | 115.26 |
| 1671575 | Photocopy | | E | 07/19/2004 | 0238 | SLG | 0.00 | $5.10 | 0.00 | $5.10 | 120.36 |
| 1671658 | Research Material - Pacer Service Center - Court search 4/1/04 - 6/30/04 | | E | 07/20/2004 | 0999 | C&D | 0.00 | $112.21 | 0.00 | $112.21 | 232.57 |
| 1672255 | NYO Long Distance Telephone -Committee Conf. Call re: Wolin 5/21 | | E | 07/21/2004 | 0999 | C&D | 0.00 | $106.18 | 0.00 | $106.18 | 338.75 |
| 1672291 | NYO Long Distance Telephone Calls | | E | 07/21/2004 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 345.95 |
| 1673391 | Photocopy | | E | 07/22/2004 | 0238 | SLG | 0.00 | $12.60 | 0.00 | $12.60 | 358.55 |
| 1673449 | Pacer Service Center; Database research for period 4/1/04 thru 6/30/04 | | E | 07/23/2004 | 0999 | C&D | 0.00 | $11.13 | 0.00 | $11.13 | 369.68 |
| 1674453 | Photocopy | | E | 07/26/2004 | 0999 | C&D | 0.00 | $11.10 | 0.00 | $11.10 | 380.78 |
| 1674465 | Photocopy | | E | 07/26/2004 | 0999 | C&D | 0.00 | $9.60 | 0.00 | $9.60 | 390.38 |
| 1674531 | Photocopy | | E | 07/26/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 392.18 |
| 1674599 | NYO Long Distance Telephone - 6/1/04-6/30/04 | | E | 07/27/2004 | 0999 | C&D | 0.00 | $3.03 | 0.00 | $3.03 | 395.21 |
| 1674622 | NYO Long Distance Telephone - 6/1/04-6/30/04 | | E | 07/27/2004 | 0999 | C&D | 0.00 | $7.87 | 0.00 | $7.87 | 403.08 |
| 1675939 | Photocopy | | E | 07/28/2004 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 406.08 |
| **Total Expenses** | | | | | | | 0.00 | $406.08 | 0.00 | $406.08 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 406.08 | 406.08 |
| Matter Total | 0.00 | 406.08 | 0.00 | 406.08 |

Prebill Total Fees

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|
| **Matter     000** | **Disbursements** | | | 8/20/2004 |
| | | | | Print Date/Time: |
| | | | | 08/20/2004 |
| | | | | 10:27:33AM |
| Attn: | | | | Invoice # |
| | Prebill Total Expenses | | $406.08 | $406.08 |
| | Prebill Total | 0.00 | $406.08    0.00 | $406.08 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,454.50 | 3,690.90 |
| 45,209 | 04/28/2004 | 28,587.50 | 5,717.50 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,748.98 | 43,748.98 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| | | 1,340,595.07 | 272,513.11 |

PREBILL  / CONTROL  REPORT

Trans Date Range:   1/1/1950  to: 8/31/2004

**Matter     000**
**Disbursements**
Bill Cycle:     Monthly        Style:     i1        Start:    4/16/2001

Last Billed : 8/27/2004                 13,655

Trust Amount Available

Total Expenses Billed To Date    $239,390.34

Billing Empl:        0120    Elihu   Inselbuch

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                                              Page:    1
Matter      000                 Disbursements                                                                                         8/20/2004
                                                                                                                                   Print Date/Time:
                                                                                                                                      08/20/2004
                                                                                                                                      10:27:33AM
Attn:                                                                    Responsible Empl:    0120    Elihu  Inselbuch              Invoice #
                                                                         Alternate Empl:      0120    Elihu  Inselbuch
                                                                         Originating Empl:    0120    Elihu  Inselbuch
```

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G--------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 2.59 | 0.00 | 2.59 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,856.29 | 0.00 | 1,982.09 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 18.80 | 0.00 | 18.80 |
| 0106 | TWS | Trevor W Swett | 0.00 | 3.23 | 0.00 | 3.23 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 520.88 | 0.00 | 520.88 |
| 0227 | RH | Roxana  Healy | 0.00 | 12.60 | 0.00 | 12.60 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 6.15 | 0.00 | 6.15 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 8.40 | 0.00 | 8.40 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 7.95 | 0.00 | 7.95 |
| 0243 | IH | Iris  Houston | 0.00 | 1.35 | 0.00 | 1.35 |
| 0244 | AT | Ann  Taylor | 0.00 | 5.40 | 0.00 | 5.40 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 12.15 | 0.00 | 12.15 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 2,168.43 | 0.00 | 2,168.43 |
|  |  |  | **0.00** | **5,624.22** | **0.00** | **4,750.02** |

**Total Fees**

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl |  | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1679295 | Equitrac - Long Distance to 8054993572 | E | 08/03/2004 | 0999 | C&D | 0.00 |  | $1.80 | 0.00 |  | $1.80 | 1.80 |
| 1679305 | Equitrac - Long Distance to 8054993572 | E | 08/03/2004 | 0999 | C&D | 0.00 |  | $0.67 | 0.00 |  | $0.67 | 2.47 |
| 1679493 | Photocopy | E | 08/03/2004 | 0020 | PVL | 0.00 |  | $16.20 | 0.00 |  | $16.20 | 18.67 |
| 1679511 | Photocopy | E | 08/03/2004 | 0999 | C&D | 0.00 |  | $13.05 | 0.00 |  | $13.05 | 31.72 |
| 1679572 | Photocopy | E | 08/03/2004 | 0999 | C&D | 0.00 |  | $7.50 | 0.00 |  | $7.50 | 39.22 |
| 1679838 | Equitrac - Long Distance to 8027592646 | E | 08/04/2004 | 0999 | C&D | 0.00 |  | $0.09 | 0.00 |  | $0.09 | 39.31 |
| 1679840 | Equitrac - Long Distance to 8027592646 | E | 08/04/2004 | 0999 | C&D | 0.00 |  | $0.39 | 0.00 |  | $0.39 | 39.70 |
| 1679905 | Equitrac - Long Distance to 3024261900 | E | 08/04/2004 | 0999 | C&D | 0.00 |  | $0.23 | 0.00 |  | $0.23 | 39.93 |
| 1679985 | Postage | E | 08/04/2004 | 0001 | BSB | 0.00 |  | $2.59 | 0.00 |  | $2.59 | 42.52 |
| 1680078 | Photocopy | E | 08/04/2004 | 0244 | AT | 0.00 |  | $4.95 | 0.00 |  | $4.95 | 47.47 |
| 1680423 | Photocopy | E | 08/05/2004 | 0238 | SLG | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 47.92 |
| 1680467 | Photocopy | E | 08/05/2004 | 0244 | AT | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 48.37 |
| 1681649 | Federal Express to Lauren Przybylek from EI on 7/26 | E | 08/06/2004 | 0120 | EI | 0.00 |  | $2.41 | 0.00 |  | $2.41 | 50.78 |
| 1681443 | Photocopy | E | 08/09/2004 | 0999 | C&D | 0.00 |  | $2.55 | 0.00 |  | $2.55 | 53.33 |
| 1681473 | Photocopy | E | 08/09/2004 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 53.78 |
| 1681477 | Photocopy | E | 08/09/2004 | 0999 | C&D | 0.00 |  | $5.10 | 0.00 |  | $5.10 | 58.88 |
| 1681660 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19 for dinner with P.Weitz, S.Baron, R.Budd, M.Kelley, D.McCormick, J.Rice (plus one), S.Esserman (plus one), A.Rice, J.Cooney and E | E | 08/10/2004 | 0120 | EI | 0.00 |  | $60.00 | 0.00 |  | $60.00 | 118.88 |
| 1681675 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case | E | 08/10/2004 | 0120 | EI | 0.00 |  | $2.83 | 0.00 |  | $2.83 | 121.71 |

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | | | 8/20/2004 |

Print Date/Time:
08/20/2004
10:27:33AM

Attn:  Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | status & strategy on 7/19 for Maestro breakfast with Mark Peterson | | | | | | | | | |
| 1681690 | | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19 for A.M. and P.M. beverage serivce at 6.50 per person and lunch at 29.00 per person  (attending members Baron,Budd,Cooney,Ferraro, Goldberg,Kazan,Kelley,Meyer, Rice, Rich and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $207.20 | 0.00 | $207.20 | 328.91 |
| 1681705 | | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19 for Delta Shuttle from NY to Washington, DC  (attending members Baron,Budd, Cooney, Kerraro,Goldberg,Kazan,Kelley, Meyer,Rice, Rice and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $16.10 | 0.00 | $16.10 | 345.01 |
| 1681720 | | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19  for one night at The Ritz Carlton hotel in Tysons Corner, VA (attending members Baron, Budd, Cooney,Ferraro, Goldberg,Kazan, Kelley,Meyer, Rice,Rice and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $21.62 | 0.00 | $21.62 | 366.63 |
| 1681735 | | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19   for cabs t/f airport and hotel   (attending members Baron,Budd,Cooney, Ferraro, Goldberg, Kazan,Kelley,Meyer, Rice, Rich and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $5.40 | 0.00 | $5.40 | 372.03 |
| 1681750 | | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19  for 2 day conference room rental  (attending members Baron,Budd, Cooney,Ferraro, Goldberg, Kazan,Kelley,Meyer, Rice, Rice and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $26.66 | 0.00 | $26.66 | 398.69 |
| 1681765 | | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19  for projector, tripod screen, extension cords,hard copy projection (ELMO)  (attending members Baron,Budd, Cooney,Ferraro,Goldberg, Kazan,Kelley, MeyerRice,Rich, and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $63.33 | 0.00 | $63.33 | 462.02 |
| 1681780 | | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19  for speaker phone (attending members Baron,Budd, Cooney,Ferraro,Goldberg, Kazan, Kelley, Meyer,Rice,Rich and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $33.09 | 0.00 | $33.09 | 495.11 |
| 1681795 | | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19   for taxes for food and set-ups  (attending members Baron,Budd,Cooney, Ferraro, Goldberg, Kazan, Kelley, Meyer,Rice, Rich and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $77.16 | 0.00 | $77.16 | 572.27 |
| 1682138 | | Equitrac - Long Distance to 4067213290 | E | 08/10/2004 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 572.41 |
| 1682664 | | Photocopy | E | 08/11/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 573.31 |
| 1682080 | | Terri Ballard;  2 articles from Academic Radiology ordered by Library | E | 08/11/2004 | 0999 | C&D | 0.00 | $15.00 | 0.00 | $15.00 | 588.31 |
| 1682096 | | Red Top Cab for RCS to Dulles Marriott hotel for all day meeting on 7/20 | E | 08/11/2004 | 0101 | RCS | 0.00 | $3.95 | 0.00 | $3.95 | 592.26 |
| 1682112 | | Red Top Cab  for TWS to Dulles Marriott hotel for all day meeting on 7/29 | E | 08/11/2004 | 0106 | TWS | 0.00 | $3.23 | 0.00 | $3.23 | 595.49 |
| 1683735 | | Equitrac - Long Distance to 2123198798 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 595.54 |
| 1683851 | | Fax Transmission to 12145239159 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 595.99 |
| 1683852 | | Fax Transmission to 12145239157 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 596.14 |
| 1683853 | | Fax Transmission to 12145239158 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 596.59 |
| 1683854 | | Fax Transmission to 12145239157 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 596.89 |
| 1683855 | | Fax Transmission to 12145991171 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 597.34 |
| 1683857 | | Fax Transmission to 17136501400 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 597.79 |
| 1683858 | | Fax Transmission to 13125516759 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 598.24 |
| 1683859 | | Fax Transmission to 18432169290 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 598.69 |
| 1683861 | | Fax Transmission to 14067527124 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 599.14 |

```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                                                      Page:    1
Matter      000                          Disbursements                                                                                                    8/20/2004
                                                                                                                                                   Print Date/Time:
                                                                                                                                                        08/20/2004
                                                                                                                                                       10:27:33AM
Attn:                                                                                                                                                    Invoice #
1683862     Fax Transmission to 13026565875              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        599.59
1683863     Fax Transmission to 15108354913              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        600.04
1683864     Fax Transmission to 12165750799              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        600.49
1683865     Fax Transmission to 13053796222              E   08/16/2004    0999    C&D         0.00       $0.60       0.00       $0.60        601.09
1683866     Fax Transmission to 14124718308              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        601.54
1683867     Fax Transmission to 12123440994              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        601.99
1683869     Fax Transmission to 16179510679              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        602.44
1683871     Fax Transmission to 18432169450              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        602.89
1683872     Fax Transmission to 18032597305              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        603.34
1683873     Fax Transmission to 14122615066              E   08/16/2004    0999    C&D         0.00       $0.45       0.00       $0.45        603.79
1683874     Fax Transmission to 13024269947              E   08/16/2004    0999    C&D         0.00       $0.15       0.00       $0.15        603.94
1683875     Fax Transmission to 13024269947              E   08/16/2004    0999    C&D         0.00       $0.15       0.00       $0.15        604.09
1683876     Fax Transmission to 13024269947              E   08/16/2004    0999    C&D         0.00       $0.15       0.00       $0.15        604.24
1683925     Photocopy                                    E   08/16/2004    0232    LK          0.00       $0.90       0.00       $0.90        605.14
1683997     Photocopy                                    E   08/16/2004    0245    PT          0.00      $12.15       0.00      $12.15        617.29
1684623     Equitrac - Long Distance to 8054993572       E   08/17/2004    0999    C&D         0.00       $0.22       0.00       $0.22        617.51
1684741     Photocopy                                    E   08/17/2004    0999    C&D         0.00       $3.45       0.00       $3.45        620.96
1684919     Travel Expenses - Ground Transportation - cabs  E 08/18/2004   0020    PVL         0.00      $77.00       0.00      $77.00        697.96
            to/from airports for PVNL's trip to Chicago on
            8/16 (petty cash)
1684920     Meals Related to Travel - Coffee for PVNL on  E  08/18/2004    0020    PVL         0.00       $4.06       0.00       $4.06        702.02
            trip to Chicago 8/16 (petty cash)
1685426     Meals Related to Travel - Tvl to Chicago on   E  08/19/2004    0020    PVL         0.00      $12.98       0.00      $12.98        715.00
            8/16-8/17 for PVNL to attend settlement meeting
1685427     Travel Expenses - Hotel Charges - Tvl to Chicago E 08/19/2004  0020    PVL         0.00     $171.20       0.00     $171.20        886.20
            on 8/16-8/17 for PVNL to attend settlement
            meeting
1686473     Equitrac - Long Distance to 2123199240       E   08/20/2004    0999    C&D         0.00       $3.45       0.00       $3.45        889.65
1686574     Fax Transmission to 12145239159              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        890.10
1686575     Fax Transmission to 12145239157              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        890.55
1686576     Fax Transmission to 12145239158              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        891.00
1686577     Fax Transmission to 12145991171              E   08/20/2004    0999    C&D         0.00       $0.15       0.00       $0.15        891.15
1686578     Fax Transmission to 12145991171              E   08/20/2004    0999    C&D         0.00       $0.30       0.00       $0.30        891.45
1686579     Fax Transmission to 13125516759              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        891.90
1686580     Fax Transmission to 18432169290              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        892.35
1686581     Fax Transmission to 17136501400              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        892.80
1686582     Fax Transmission to 14067527124              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        893.25
1686583     Fax Transmission to 13026565875              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        893.70
1686584     Fax Transmission to 15108354913              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        894.15
1686585     Fax Transmission to 12165750799              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        894.60
1686586     Fax Transmission to 13053796222              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        895.05
1686587     Fax Transmission to 14124718308              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        895.50
1686588     Fax Transmission to 12123440994              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        895.95
1686589     Fax Transmission to 12148248100              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        896.40
1686590     Fax Transmission to 16179510679              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        896.85
1686591     Fax Transmission to 18032597305              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        897.30
1686592     Fax Transmission to 18432169450              E   08/20/2004    0999    C&D         0.00       $0.45       0.00       $0.45        897.75
1686593     Fax Transmission to 13024269947              E   08/20/2004    0999    C&D         0.00       $0.15       0.00       $0.15        897.90
1686594     Fax Transmission to 14122615066              E   08/20/2004    0999    C&D         0.00       $0.15       0.00       $0.15        898.05
1686595     Fax Transmission to 13024269947              E   08/20/2004    0999    C&D         0.00       $0.30       0.00       $0.30        898.35
1686596     Fax Transmission to 14122615066              E   08/20/2004    0999    C&D         0.00       $0.30       0.00       $0.30        898.65
1686659     Photocopy                                    E   08/20/2004    0101    RCS         0.00       $1.05       0.00       $1.05        899.70
1686661     Photocopy                                    E   08/20/2004    0243    IH          0.00       $1.35       0.00       $1.35        901.05
1686670     Photocopy                                    E   08/20/2004    0999    C&D         0.00       $0.60       0.00       $0.60        901.65
1686693     Photocopy                                    E   08/20/2004    0999    C&D         0.00       $2.85       0.00       $2.85        904.50
1686694     Photocopy                                    E   08/20/2004    0101    RCS         0.00      $13.80       0.00      $13.80        918.30
1686705     Photocopy                                    E   08/20/2004    0999    C&D         0.00      $90.30       0.00      $90.30      1,008.60
1686721     Photocopy                                    E   08/20/2004    0238    SLG         0.00       $0.15       0.00       $0.15      1,008.75
1686723     Photocopy                                    E   08/20/2004    0238    SLG         0.00       $0.90       0.00       $0.90      1,009.65
1686725     Photocopy                                    E   08/20/2004    0999    C&D         0.00       $2.85       0.00       $2.85      1,012.50
1686728     Photocopy                                    E   08/20/2004    0232    LK          0.00       $0.90       0.00       $0.90      1,013.40
1686729     Photocopy                                    E   08/20/2004    0232    LK          0.00       $4.35       0.00       $4.35      1,017.75
1686749     Photocopy                                    E   08/20/2004    0227    RH          0.00      $12.60       0.00      $12.60      1,030.35
1687085     Photocopy                                    E   08/23/2004    0999    C&D         0.00       $3.60       0.00       $3.60      1,033.95
1687106     Photocopy                                    E   08/23/2004    0237    SRB         0.00       $8.40       0.00       $8.40      1,042.35
1687140     Photocopy                                    E   08/23/2004    0999    C&D         0.00       $1.50       0.00       $1.50      1,043.85
1687144     Photocopy                                    E   08/23/2004    0999    C&D         0.00       $9.00       0.00       $9.00      1,052.85
1687197     Photocopy                                    E   08/23/2004    0238    SLG         0.00       $1.80       0.00       $1.80      1,054.65
1687378     Equitrac - Long Distance to 3128612248       E   08/24/2004    0999    C&D         0.00       $0.22       0.00       $0.22      1,054.87
1687506     Photocopy                                    E   08/24/2004    0020    PVL         0.00      $22.65       0.00      $22.65      1,077.52
1687730     ADA  Travel  for PVNL on 8/16 to Chicago (coach E 08/25/2004   0020    PVL         0.00   $2,512.20       0.00   $1,638.00      2,715.52
            fare 1638.00)
```

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | | 8/20/2004 |
| | | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | | 08/20/2004 |
| | | | | | | | | | | | 10:27:33AM |
| Attn: | | | | | | | | | | | Invoice # |
| 1687731 | ADA Travel agency fee on PVNL 8/16 travel to Chicago | | | E | 08/25/2004 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 2,755.52 |
| 1687890 | Database Research By RS on 8/20 | | | E | 08/25/2004 | 0999 | C&D | 0.00 | $35.96 | 0.00 | $35.96 | 2,791.48 |
| 1688170 | Photocopy | | | E | 08/25/2004 | 0999 | C&D | 0.00 | $4.35 | 0.00 | $4.35 | 2,795.83 |
| 1688233 | NYO Long Distance Telephone for July 1-31, 2004. All-Day meeting attended by members of 15 asbestos claimants committees to discuss case status and strategy dial-in phone expense divided among 15 cases". | | | E | 08/26/2004 | 0999 | C&D | 0.00 | $30.53 | 0.00 | $30.53 | 2,826.36 |
| 1688313 | Federal Express to Lauren Przybylek from EI on 8/13 | | | E | 08/26/2004 | 0120 | EI | 0.00 | $5.08 | 0.00 | $5.08 | 2,831.44 |
| 1688389 | Equitrac - Long Distance to 3024269910 | | | E | 08/26/2004 | 0999 | C&D | 0.00 | $0.38 | 0.00 | $0.38 | 2,831.82 |
| 1688633 | Photocopy | | | E | 08/26/2004 | 0238 | SLG | 0.00 | $1.50 | 0.00 | $1.50 | 2,833.32 |
| 1688634 | Photocopy | | | E | 08/26/2004 | 0238 | SLG | 0.00 | $3.15 | 0.00 | $3.15 | 2,836.47 |
| 1688997 | Fax Transmission to 12145239159 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,837.37 |
| 1689010 | Fax Transmission to 12145239157 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 2,837.82 |
| 1689011 | Fax Transmission to 12145239158 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,838.72 |
| 1689012 | Fax Transmission to 12145239157 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,838.87 |
| 1689013 | Fax Transmission to 12145239157 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,839.02 |
| 1689014 | Fax Transmission to 12145991171 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 2,839.32 |
| 1689015 | Fax Transmission to 12145239157 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,839.47 |
| 1689016 | Fax Transmission to 12148248100 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 2,840.52 |
| 1689017 | Fax Transmission to 12145991171 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,840.67 |
| 1689018 | Fax Transmission to 17136501400 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,841.57 |
| 1689019 | Fax Transmission to 13125516759 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,842.47 |
| 1689020 | Fax Transmission to 18432169290 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,843.37 |
| 1689021 | Fax Transmission to 12145991171 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,843.52 |
| 1689022 | Fax Transmission to 14067527124 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,844.42 |
| 1689023 | Fax Transmission to 12145991171 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 2,844.72 |
| 1689024 | Fax Transmission to 13026565875 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,845.62 |
| 1689025 | Fax Transmission to 15108354913 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,846.52 |
| 1689026 | Fax Transmission to 12165750799 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,847.42 |
| 1689027 | Fax Transmission to 13053796222 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,848.32 |
| 1689028 | Fax Transmission to 14124718308 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,849.22 |
| 1689029 | Fax Transmission to 12123440994 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,850.12 |
| 1689030 | Fax Transmission to 16179510679 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,851.02 |
| 1689031 | Fax Transmission to 18432169450 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,851.92 |
| 1689032 | Fax Transmission to 18032597305 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,852.82 |
| 1689033 | Fax Transmission to 13024269947 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,852.97 |
| 1689034 | Fax Transmission to 14122615066 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,853.87 |
| 1689035 | Fax Transmission to 13024269947 | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,854.62 |
| 1689054 | Photocopy | | | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 2,854.92 |
| 1690601 | Equitrac - Long Distance to 2125945300 | | | E | 08/31/2004 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 2,855.39 |
| 1690609 | Equitrac - Long Distance to 2129469498 | | | E | 08/31/2004 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 2,855.61 |
| 1692900 | Database Research by JPC on 8/3-26 | | | E | 08/31/2004 | 0999 | C&D | 0.00 | $1,847.60 | 0.00 | $1,847.60 | 4,703.21 |
| 1692901 | Database Research by DBS on 8/23 | | | E | 08/31/2004 | 0999 | C&D | 0.00 | $41.41 | 0.00 | $41.41 | 4,744.62 |
| 1688803 | Travel Expenses - Ground Transportation - EI cabs to and from hotel and to airport for "Joint" committee meeting on 7/20 in DC NY PC JE#97 | | | E | 08/31/2004 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 4,750.02 |
| **Total Expenses** | | | | | | | | 0.00 | $5,624.22 | 0.00 | $4,750.02 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 5,624.22 | 4,750.02 |
| Matter Total | 0.00 | 5,624.22 | 0.00 | 4,750.02 |

Prebill Total Fees

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|
| **Matter     000** | **Disbursements** | | | 8/20/2004 |
| | | | | Print Date/Time: |
| | | | | 08/20/2004 |
| | | | | 10:27:33AM |
| Attn: | | | | Invoice # |

|  |  |  |  |  |
|---|---|---|---|---|
| Prebill Total Expenses | | $5,624.22 | | $4,750.02 |
| Prebill Total | 0.00 | $5,624.22 | 0.00 | $4,750.02 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,454.50 | 3,690.90 |
| 45,209 | 04/28/2004 | 28,587.50 | 5,717.50 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,748.98 | 43,748.98 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 18,002.33 | 18,002.33 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| | | 1,358,837.40 | 290,755.44 |

PREBILL  / CONTROL  REPORT
Trans Date Range:  1/1/1950  to: 9/30/2004

**Matter     000**
**Disbursements**
Bill Cycle:     Monthly          Style:          i1          Start:     4/16/2001
Last Billed : 9/29/2004                          13,655

Trust Amount Available

```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                               Page:    1
Matter      000                  Disbursements                                                                         8/20/2004
                                                                                                                  Print Date/Time:
                                                                                                                       08/20/2004
Attn:                                                                                                                 10:27:33AM
                                 Total Expenses Billed To Date        $244,140.36                                       Invoice #

                                                                   Billing Empl:       0120      Elihu  Inselbuch
                                                                   Responsible Empl:   0120      Elihu  Inselbuch
                                                                   Alternate Empl:     0120      Elihu  Inselbuch
                                                                   Originating Empl:   0120      Elihu  Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI  | Elihu  Inselbuch      | 0.00 | 2.40   | 0.00 | 2.40   |
| 0187 | NDF | Nathan D Finch        | 0.00 | 5.00   | 0.00 | 5.00   |
| 0232 | LK  | Lauren  Karastergiou  | 0.00 | 0.30   | 0.00 | 0.30   |
| 0234 | RET | Rita E Tower          | 0.00 | 0.15   | 0.00 | 0.15   |
| 0238 | SLG | Stacey L Gandy        | 0.00 | 55.80  | 0.00 | 55.80  |
| 0244 | AT  | Ann  Taylor           | 0.00 | 0.60   | 0.00 | 0.60   |
| 0251 | JO  | Joan  O'Brien         | 0.00 | 2.40   | 0.00 | 2.40   |
| 0811 | AIO | Ada I Odum            | 0.00 | 0.30   | 0.00 | 0.30   |
| 0999 | C&D | Caplin &. Drysdale    | 0.00 | 83.93  | 0.00 | 83.93  |
|      |     |                       | **0.00** | **150.88** | **0.00** | **150.88** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1691552 | Equitrac - Long Distance to 2123139307 | E | 09/01/2004 | 0999 C&D | 0.00 | | $2.77  | 0.00 | | $2.77  | 2.77 |
| 1691913 | Fax Transmission to 12145239159 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 4.12 |
| 1691917 | Fax Transmission to 12145239157 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 5.47 |
| 1691921 | Fax Transmission to 12145239158 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 6.82 |
| 1691923 | Fax Transmission to 12145991171 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.30  | 0.00 | | $0.30  | 7.12 |
| 1691926 | Fax Transmission to 12148248100 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.50  | 0.00 | | $1.50  | 8.62 |
| 1691927 | Fax Transmission to 12145991171 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.45  | 0.00 | | $0.45  | 9.07 |
| 1691928 | Fax Transmission to 12145991171 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.15  | 0.00 | | $0.15  | 9.22 |
| 1691929 | Fax Transmission to 17136501400 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 10.57 |
| 1691930 | Fax Transmission to 12145991171 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.45  | 0.00 | | $0.45  | 11.02 |
| 1691931 | Fax Transmission to 13125516759 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 12.37 |
| 1691933 | Fax Transmission to 18432169290 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 13.72 |
| 1691935 | Fax Transmission to 14067527124 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 15.07 |
| 1691936 | Fax Transmission to 13026565875 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 16.42 |
| 1691938 | Fax Transmission to 15108354913 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 17.77 |
| 1691941 | Fax Transmission to 12165750799 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 19.12 |
| 1691943 | Fax Transmission to 13053796222 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 20.47 |
| 1691945 | Fax Transmission to 14124718308 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 21.82 |
| 1691948 | Fax Transmission to 12123440994 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.90  | 0.00 | | $0.90  | 22.72 |
| 1691951 | Fax Transmission to 16179510679 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 24.07 |
| 1691954 | Fax Transmission to 18432169450 | E | 09/01/2004 | 0999 C&D | 0.00 | | $1.35  | 0.00 | | $1.35  | 25.42 |
| 1691956 | Fax Transmission to 13024269947 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.15  | 0.00 | | $0.15  | 25.57 |
| 1691957 | Fax Transmission to 14122615066 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.15  | 0.00 | | $0.15  | 25.72 |
| 1691958 | Fax Transmission to 13024269947 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.15  | 0.00 | | $0.15  | 25.87 |
| 1691959 | Fax Transmission to 14122615066 | E | 09/01/2004 | 0999 C&D | 0.00 | | $0.15  | 0.00 | | $0.15  | 26.02 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                                    Page:     1
Matter     000                    Disbursements                                                                                               8/20/2004
                                                                                                                                        Print Date/Time:
                                                                                                                                             08/20/2004
                                                                                                                                            10:27:33AM
Attn:                                                                                                                                          Invoice #
1691960    Fax Transmission to 13024269947           E   09/01/2004   0999   C&D         0.00          $0.15         0.00         $0.15          26.17
1691961    Fax Transmission to 14122615066           E   09/01/2004   0999   C&D         0.00          $0.75         0.00         $0.75          26.92
1691962    Fax Transmission to 13024269947           E   09/01/2004   0999   C&D         0.00          $0.15         0.00         $0.15          27.07
1691963    Fax Transmission to 13024269947           E   09/01/2004   0999   C&D         0.00          $0.75         0.00         $0.75          27.82
1691964    Fax Transmission to 18032597305           E   09/01/2004   0999   C&D         0.00          $1.35         0.00         $1.35          29.17
1691991    Photocopy                                 E   09/01/2004   0999   C&D         0.00          $0.30         0.00         $0.30          29.47
1692014    Photocopy                                 E   09/01/2004   0999   C&D         0.00         $12.00         0.00        $12.00          41.47
1692052    Photocopy                                 E   09/01/2004   0238   SLG         0.00         $11.25         0.00        $11.25          52.72
1692659    Fax Transmission to 12123440994           E   09/02/2004   0999   C&D         0.00          $1.35         0.00         $1.35          54.07
1692660    Fax Transmission to 14122615066           E   09/02/2004   0999   C&D         0.00          $0.90         0.00         $0.90          54.97
1692661    Fax Transmission to 14122615066           E   09/02/2004   0999   C&D         0.00          $0.15         0.00         $0.15          55.12
1692662    Fax Transmission to 14122615066           E   09/02/2004   0999   C&D         0.00          $1.35         0.00         $1.35          56.47
1692803    Photocopy                                 E   09/02/2004   0238   SLG         0.00          $2.85         0.00         $2.85          59.32
1692804    Photocopy                                 E   09/02/2004   0238   SLG         0.00          $0.45         0.00         $0.45          59.77
1693297    Federal Express to Lauren Przybylek from EI on  E   09/03/2004   0120   EI    0.00          $2.40         0.00         $2.40          62.17
           8/23
1693674    Photocopy                                 E   09/07/2004   0238   SLG         0.00          $1.50         0.00         $1.50          63.67
1694032    Photocopy                                 E   09/08/2004   0999   C&D         0.00          $0.90         0.00         $0.90          64.57
1694778    Equitrac - Long Distance to 3024261900    E   09/10/2004   0999   C&D         0.00          $0.58         0.00         $0.58          65.15
1694991    Photocopy                                 E   09/10/2004   0999   C&D         0.00          $0.90         0.00         $0.90          66.05
1695007    Photocopy                                 E   09/10/2004   0238   SLG         0.00          $0.30         0.00         $0.30          66.35
1695009    Photocopy                                 E   09/10/2004   0238   SLG         0.00          $3.90         0.00         $3.90          70.25
1695010    Photocopy                                 E   09/10/2004   0238   SLG         0.00          $3.90         0.00         $3.90          74.15
1695029    Photocopy                                 E   09/11/2004   0251   JO          0.00          $2.40         0.00         $2.40          76.55
1694813    Equitrac - Long Distance to 3027786464    E   09/11/2004   0999   C&D         0.00          $0.11         0.00         $0.11          76.66
1694814    Equitrac - Long Distance to 3027786464    E   09/11/2004   0999   C&D         0.00          $0.11         0.00         $0.11          76.77
1695512    Equitrac - Long Distance to 3027786464    E   09/13/2004   0999   C&D         0.00          $0.10         0.00         $0.10          76.87
1695577    Fax Transmission to 12024293329           E   09/13/2004   0999   C&D         0.00          $0.45         0.00         $0.45          77.32
1695578    Fax Transmission to 12024293301           E   09/13/2004   0999   C&D         0.00          $0.45         0.00         $0.45          77.77
1695583    Fax Transmission to 12024293301           E   09/13/2004   0238   SLG         0.00          $1.05         0.00         $1.05          78.82
1695608    Photocopy                                 E   09/13/2004   0999   C&D         0.00          $1.80         0.00         $1.80          80.62
1695630    Photocopy                                 E   09/13/2004   0234   RET         0.00          $0.15         0.00         $0.15          80.77
1695642    Photocopy                                 E   09/13/2004   0238   SLG         0.00          $0.90         0.00         $0.90          81.67
1695689    Photocopy                                 E   09/13/2004   0238   SLG         0.00          $3.15         0.00         $3.15          84.82
1695697    Photocopy                                 E   09/13/2004   0238   SLG         0.00          $2.85         0.00         $2.85          87.67
1695715    Photocopy                                 E   09/13/2004   0238   SLG         0.00          $2.10         0.00         $2.10          89.77
1697064    Petty Cash  Cab home for NDF on 9/10      E   09/15/2004   0187   NDF         0.00          $5.00         0.00         $5.00          94.77
1697392    Photocopy                                 E   09/15/2004   0238   SLG         0.00          $1.95         0.00         $1.95          96.72
1697867    Photocopy                                 E   09/16/2004   0232   LK          0.00          $0.30         0.00         $0.30          97.02
1697882    Photocopy                                 E   09/16/2004   0238   SLG         0.00          $0.60         0.00         $0.60          97.62
1698314    Photocopy                                 E   09/17/2004   0238   SLG         0.00          $0.30         0.00         $0.30          97.92
1698446    Equitrac - Long Distance to 4065428851    E   09/20/2004   0999   C&D         0.00          $0.05         0.00         $0.05          97.97
1698590    Photocopy                                 E   09/20/2004   0238   SLG         0.00          $0.90         0.00         $0.90          98.87
1698614    Photocopy                                 E   09/20/2004   0244   AT          0.00          $0.45         0.00         $0.45          99.32
1698627    Photocopy                                 E   09/20/2004   0244   AT          0.00          $0.15         0.00         $0.15          99.47
1698642    Photocopy                                 E   09/20/2004   0811   AIO         0.00          $0.30         0.00         $0.30          99.77
1698654    Photocopy                                 E   09/20/2004   0238   SLG         0.00          $3.45         0.00         $3.45         103.22
1699286    Photocopy                                 E   09/21/2004   0999   C&D         0.00          $3.60         0.00         $3.60         106.82
1699644    Equitrac - Long Distance to 3024269910    E   09/22/2004   0999   C&D         0.00          $0.10         0.00         $0.10         106.92
1700296    Photocopy                                 E   09/23/2004   0238   SLG         0.00         $10.80         0.00        $10.80         117.72
1700310    Photocopy                                 E   09/23/2004   0999   C&D         0.00          $3.75         0.00         $3.75         121.47
1700972    Photocopy                                 E   09/24/2004   0238   SLG         0.00          $1.50         0.00         $1.50         122.97
1700981    Photocopy                                 E   09/24/2004   0999   C&D         0.00          $3.60         0.00         $3.60         126.57
1700983    Photocopy                                 E   09/24/2004   0999   C&D         0.00          $3.60         0.00         $3.60         130.17
1701578    Photocopy                                 E   09/27/2004   0238   SLG         0.00          $0.75         0.00         $0.75         130.92
1701736    NYO Long Distance Telephone Call for August 2004  E  09/28/2004 0999 C&D      0.00          $4.24         0.00         $4.24         135.16
1702142    Equitrac - Long Distance to 3024269910    E   09/28/2004   0999   C&D         0.00          $2.22         0.00         $2.22         137.38
1702345    Photocopy                                 E   09/28/2004   0999   C&D         0.00          $8.70         0.00         $8.70         146.08
1702347    Photocopy                                 E   09/28/2004   0999   C&D         0.00          $2.40         0.00         $2.40         148.48
1702371    Photocopy                                 E   09/28/2004   0999   C&D         0.00          $1.05         0.00         $1.05         149.53
1702418    Photocopy                                 E   09/28/2004   0238   SLG         0.00          $1.35         0.00         $1.35         150.88
Total Expenses                                                                           0.00        $150.88         0.00       $150.88


          Matter Total Fees                                                                                  0.00                  0.00


          Matter Total Expenses                                                                            150.88                150.88
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                              Page:  1
Matter     000                    Disbursements                                                                     8/20/2004
                                                                                                            Print Date/Time:
                                                                                                                08/20/2004
                                                                                                                10:27:33AM
Attn:                                                                                                               Invoice #
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Matter Total |  | 0.00 | 150.88 | 0.00 | 150.88 |
| Prebill Total Fees |  |  |  |  |  |
| Prebill Total Expenses |  |  | $150.88 |  | $150.88 |
| Prebill Total |  | 0.00 | $150.88 | 0.00 | $150.88 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,040.00 | 8,608.00 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 18,002.33 | 18,002.33 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 58,845.77 | 58,845.77 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
|  |  | 1,368,736.19 | 299,356.63 |