IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | |
| : | Chapter 11 |
| : | |
| W. R. GRACE & CO., et al, : | Case No. 01-1139 (JJF) |
| : | |
| Debtor : | Jointly Administered |

**NOTICE OF FOURTEENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  July 1, 2004 through September 30, 2004

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $84,288.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $5,306.98

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $67,430.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $5,306.98

Total Amount of Holdback Fees Sought for applicable period:  $16,857.60

{D0030763:1 }
DOC# - 170098

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 8/30/04; 6227 | 7/1/04-7/31/04 | $14,077.00 (80% of $17,596.25) | $406.08 | **Pending** | **Pending** |
| 10/4/04; 6523 | 8/1/04-8/31/04 | $43,276.60 (80% of $54,095.75) | $4,750.02 | **Pending** | **Pending** |
| 10/29/04; 6789 | 9/1/04-9/30/04 | $10,076.80 (80% of $12,596.00) | $150.88 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July to Sept, 2004 Hours | Cumulative July to Sept, 2004 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .3 | $ 150.00 | .5 | $ 259.50 |
| Asset Disposition | .4 | $ 274.00 | 2.4 | $ 1,524.00 |
| Business Operations | .0 | $ ..00 | 14.2 | $ 5,607.00 |
| Case Administration | 77.3 | $ 26,224.00 | 1,829.6 | $ 410,319.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 29.1 | $ 7,711.50 | 1,309.0 | $ 365,809.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 1.1 | $ 753.50 | 5.8 | $ 3,476.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 5.3 | $ 3,505.50 | 81.9 | $ 45,413.00 |
| Employee Benefits/Pension | .2 | $ 156.00 | 9.0 | $ 4,681.50 |
| Employment Applications, Applicant | .0 | $ .00 | 45.1 | $ 11,352.50 |
| Employment Applications, Others | .2 | $ 137.00 | 39.5 | $ 15,329.00 |

| | | | | |
|---|---|---|---|---|
| Expenses | .0 | $ .00 | .0 | .00 |
| Fee Applications, Applicant | 13.0 | $ 3,585.00 | 273.8 | $ 68,020.00 |
| Fee Applications, Others | .7 | $ 479.50 | 109.3 | $ 40,098.00 |
| Financing | .0 | $ .00 | .1 | 62.50 |
| Hearings | .0 | $ .00 | 56.8 | $ 33,408.00 |
| Litigation and Litigation Consulting | 95.1 | $ 31,292.50 | 1,422.0 | $ 458,835.50 |
| Plan & Disclosure Statement | 6.4 | $ 4,169.50 | 66.4 | $ 36,651.50 |
| Relief from Stay Proceedings | .0 | $ .00 | .3 | $ 193.50 |
| Tax Issues | 1.3 | $ 565.50 | 63.3 | $ 20,397.00 |
| Tax Litigation | .0 | $ .00 | 26.6 | $ 8,733.50 |
| Travel-Non-Working | 14.2 | $ 4,816.50 | 317.6 | $ 62,793.75 |
| Valuation | .6 | 468.00 | .6 | 468.00 |
| ZAI Science Trial | .0 | $ .00 | 5.9 | $ 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | $ 170.00 |
| Fee Auditor Matters | .0 | $ .00 | 2.4 | $ 833.50 |
| **Totals** | **245.2** | **$84,288.00** | **5,682.6** | **$1,596,123.75** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/04 – 6/30/04 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 1,924.97 | $ 71,728.76 |

| | | | |
|---|---:|---|---:|
| Research Material | 123.34 | | 2,512.77 |
| Air Freight & Express Mail | 12.70 | | 7,766.59 |
| Outside Local Deliveries | .00 | | 696.21 |
| Filing Fees | .00 | | 144.75 |
| Outside Fax Service | .00 | | 12.00 |
| Conference Meals | .00 | | 1,155.80 |
| Outside Photocopy Service | .00 | | 23,098.19 |
| Professional Fees & Expert Witness Fees | .00 | | 14,365.55 |
| Court Reporting/Transcript Service | .00 | | 4,555.52 |
| Miscellaneous Client Advances | .00 | | 746.77 |
| Air & Train Transportation | 1,694.10 | | 41,375.51 |
| Meals Related to Travel | 364.23 | | 3,341.58 |
| Travel Expenses – Hotel Charges | 282.81 | | 13,812.61 |
| Travel Expenses – Ground Transportation | 87.80 | | 6,868.46 |
| Travel Expenses – Miscellaneous | 15.00 | | 88.30 |
| Travel Expenses – LD Calls on Hotel Bill | 33.09 | | 1,103.10 |
| Local Transportation - DC | 21.18 | | 148.64 |
| Local Transportation – NY | .00 | | 267.09 |
| Xeroxing | 478.50 | | 43,285.50 |
| Postage | 2.59 | | 154.83 |
| Overtime Expenses | .00 | | .00 |
| Overtime Meals | .00 | | 26.20 |
| Telecopier | 90.15 | | 1,624.15 |
| Long Distance –Credit Card | .00 | | 1,080.99 |
| Long Distance Telephone - DC | 17.47 | | 1,785.61 |
| NYO Long Distance Telephone | 159.05 | | 2,016.15 |
| Use of Cell/Home Phone | .00 | | 529.61 |
| **TOTAL** | **$       $5,306.98** | | **$       $244,291.24** |