**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 31, 2004

In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice # 10522

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/1/2004 | SLB | complete review of app and draft of 12th Int final report - Ferry Joseph (1.2) | 1.20 | 156.00 |
| | JBA | Update database with 5.04 e-detail for Caplin, Tersigni, and Campbell | 0.10 | 4.00 |
| | TM | Update database with 5.04 Monthly Invoice for Duane Morris (.1) | 0.10 | 4.00 |
| | SLB | complete review of 12th Int app. and draft final report - Duane Morris (2.7) | 2.70 | 351.00 |
| | SLB | PACER research regarding 12th Int quarterly filings for Duane Morris and Deloitte (.8) | 0.80 | 104.00 |
| | SLB | complete review of app and draft of 12th Int final report - Deloitte (3.6) | 3.60 | 468.00 |
| | SLB | complete review of app and draft 12th Int initial report - Elzufon (.6) | 0.60 | 78.00 |
| 7/2/2004 | TM | Update database with 4.04 Monthly Invoice for Pitney, 5.04 Monthly Invoice for Kirkland (.1) | 0.10 | 4.00 |
| | DTW | Review and revise Stroock and Elzufon 12th interim initial reports (.2). | 0.20 | 29.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/2004 | SLB | complete draft of 12th Int initial report - FTIPM (6.4) ; complete review of app and draft of 12th Int final report - Goodwin Procter (2.5) | 8.90 | 1,157.00 |
| 7/5/2004 | TM | Update database with 1.04, 2.04, 3.04, and 4.04 Monthly Invoices for Hamilton (.1) | 0.10 | 4.00 |
| 7/6/2004 | PGS | Preparation of June 2004 Monthly Invoice of WHS | 0.80 | 64.00 |
| | SLB | review app and complete draft of 12th Int final report - Duff & Phelps (3.4) ; review app and complete draft of 12th Int initial report - HRO (5.2) | 8.60 | 1,118.00 |
| | TM | Update database with 1.04-3.04 Int. for Duane Morris, 4.04 Monthly Invoice for Holme (.1) | 0.10 | 4.00 |
| | DTW | Review and revise FTI Policano 12th initial report (.1). | 0.10 | 14.50 |
| 7/7/2004 | SLB | complete draft of 12th Int final report - CBBG (3.1) ; begin draft of 12th Int initial report - K&E (5.7) | 8.80 | 1,144.00 |
| | DTW | Review and revise Holme Roberts initial report 12th (.1). | 0.10 | 14.50 |
| | PGS | Electronic filing with court of June 2004 Monthly Invoice of WHS | 0.10 | 8.00 |
| | TM | Update database with 5.04 Monthly Invoices for PWC, Tersigni, Campbell, Caplin, and Reed (.2) | 0.20 | 8.00 |
| 7/8/2004 | SLB | continue draft of 12th Int initial report - K&E (8.5) | 8.50 | 1,105.00 |
| | TM | Update database with 5.04 Monthly Invoice for Stroock (.1) | 0.10 | 4.00 |
| 7/9/2004 | SLB | complete draft of 12th Int final report - HRO (1.9); complete draft of 12th Int initial report - K&E (7.0) | 8.90 | 1,157.00 |
| 7/12/2004 | SLB | complete reviews and drafts of 12th Int final reports - Klett (1.7); Kramer Levin (2.1) ; LAS (1.4); Nelson Mullins (1.8) ; Woodcock (1.8) | 8.80 | 1,144.00 |
| 7/13/2004 | JAW | detailed review of Kirkland May, 2004, monthly invoice (3.5); draft summary of same (0.4) | 3.90 | 526.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/13/2004 | SLB | complete draft of 12th Int final report - Stroock (3.2) ; complete review of app. and draft of 12th Int final report - Tersigni (3.4) ; begin draft of 12th Int initial report - Wallace King (2.0) | 8.60 | 1,118.00 |
| | WHS | receive and review docket | 0.10 | 27.50 |
| 7/14/2004 | SLB | complete draft of 12th Int final report - Steptoe (1.9) ; continue 12th Int initial report - Wallace King (6.5) | 8.40 | 1,092.00 |
| 7/15/2004 | JAW | detailed review of Pitney April, 2004, monthly invoice (4.0); draft summary of same (0.1) | 4.10 | 553.50 |
| | SLB | complete draft of 12th Int initial report - Wallace King (5.7) ; begin review and draft of 12th Int initial report - Reed Smith (1.2) | 6.90 | 897.00 |
| | TM | Update database with 2.4.04-2.29.04 , 3.04, 4.04 Monthly Invoices and 2.4.04-3.31.04 Int. for Capstone. 2.4.04-3.31.04 Int. for FTI Policano (.2) | 0.20 | 8.00 |
| 7/16/2004 | JBA | Update database with FTI 2.04 and 3.04, Capstone 4.04 | 0.10 | 4.00 |
| | JAW | detailed review of Stroock May, 2004, monthly invoice (1.8); draft summary of same (0.1) | 1.90 | 256.50 |
| | SLB | complete reviews and drafts of 12th Int final reports - Reed Smith (1.8) ; Pitney Hardin (6.8) | 8.60 | 1,118.00 |
| 7/19/2004 | SLB | complete review of app and draft of 12th Int final report - Pachulski (4.6) ; complete review of app and draft of 12th Int initial report - Protiviti (3.8) | 8.40 | 1,092.00 |
| 7/20/2004 | TM | Update database with 5.04 Monthly Invoice for Woodcock, 6.04 Monthly Invoice for Carella (.1) | 0.10 | 4.00 |
| | SLB | complete review of app and begin draft of 12th Int initial report - PwC (8.5) | 8.50 | 1,105.00 |
| | TM | Update database with 5.04 Monthly Invoice for Capstone (.1) | 0.10 | 4.00 |
| 7/21/2004 | SLB | complete draft of 12th Int initial report PwC (8.3) | 8.30 | 1,079.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/21/2004 | TM | Update database with 5.04 Monthly Invoice for Pachulski (.1) | 0.10 | 4.00 |
| 7/22/2004 | JAW | detailed review of Carilla, June, 2004, monthly invoice (1.9); draft summary of same (0.1) | 2.00 | 270.00 |
| | JAW | detailed review of Capstone, March, 2004, monthly invoice (1.8); draft summary of same (0.4) | 2.20 | 297.00 |
| | JBA | draft e-mail to PWC attaching 12th Interim IR in pdf format per request | 0.10 | 4.00 |
| | SLB | complete reviews of apps and draft of 12th Int final reports - Hamilton (1.3) ; BMC (5.8) | 7.10 | 923.00 |
| | JAW | detailed review of Woodcock May, 2004, monthly invoice (1.7); draft summary of same (0.1) | 1.80 | 243.00 |
| 7/23/2004 | SLB | complete draft of 12th Int final report - Protiviti (7.7) | 7.70 | 1,001.00 |
| 7/26/2004 | SLB | complete draft of 12th Int final report for applications with no objections (8.5) | 8.50 | 1,105.00 |
| | TM | Update database with 5.04 Monthly Invoice for Holme (.1) | 0.10 | 4.00 |
| 7/27/2004 | SLB | complete draft of 12th Int final report - PwC (8.4) | 8.40 | 1,092.00 |
| 7/28/2004 | JBA | Update database with Hamilton 12th Interim app/e-detail | 0.10 | 4.00 |
| | SLB | complete draft of 12th Int Lukins initial report (.8) ; complete review and draft of 12th Int Capstone final report (6.7) ; revise 12th Int final report - Hamilton (.8) | 8.30 | 1,079.00 |
| 7/29/2004 | JBA | Update database with Wallace King 4.04 e-detail | 0.10 | 4.00 |
| | JBA | Electronic filing with court of 12th Interim Final Reports re: Capstone (.2), Lukins (.2), and PWC (.2) | 0.60 | 24.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/29/2004 | JBA | Update database with Klett 6.04 e-detail | 0.10 | 4.00 |
| | WHS | detailed review of No Objection 12th Int FR | 0.10 | 27.50 |
| | SLB | draft e-mails to FTIPM, Capstone, Wallace King, K&E, Elzufon re. 12th Int (3.8) ; complete Elzufon final report (1.6) | 5.40 | 702.00 |
| | SLB | draft corrections to Duff & Phelps final report (1.9) ; update Grace status chart (.4) | 2.30 | 299.00 |
| | WHS | detailed review of Conaway 12th Int FR | 0.10 | 27.50 |
| | WHS | receive and review Holme 12th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Protiviti 12th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of CBBG 12th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Stroock 12th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of PWC 12th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Capstone 12th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Lukins 12th Int FR | 0.10 | 27.50 |
| 7/30/2004 | TM | Update database with 6.04 Monthly Invoice for Kekst (.1); 4.04 Monthly Invoice for Godwin and Wallace; 5.04 Monthly Invoice for Pitney; 6.04 Monthly Invoice for Kirkland and Woodcock (.2) | 0.30 | 12.00 |
| | JBA | Electronic filing with court of 12th Interim Final Reports re: Carrella (.2), Conaway (.2), Deloitte (.1), Ferry (.2) Holme (.2) Omnibus No Objections (.2), Protiviti (.1), and Stroock (.2) | 1.40 | 56.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/30/2004 | JBA | Update database with Duane Morris 6.04 e-detail | 0.10 | 4.00 |
| | PGS | Preparation of June 2004 CNO for WHS | 0.10 | 8.00 |
| | WHS | detailed review of Duff 12th Int FR | 0.10 | 27.50 |

**For professional services rendered** **189.50** **$24,443.00**

Additional Charges :

| Description | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of June 2004 Monthly Invoice of WHS | 2.93 | 2.93 |
| Third party copies & document prep/setup of Initial Report of Carella for the period 01/01/04 - 03/31/04 | 0.89 | 0.89 |
| Third party copies & document prep/setup of Initial Report of Stroock and Elzufon for the period 01/01/04 - 03/31/04 | 31.11 | 31.11 |
| Third party copies & document prep/setup of Initial Report of Bilzin for the period 10/01/03 - 12/31/03 | 11.56 | 11.56 |
| Third party copies & document prep/setup of Initial Report of FTI for the period 01/01/04 - 02/03/04 | 0.89 | 0.89 |

**Total costs** **$47.38**

**Total amount of this bill** **$24,490.38**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doreen T Williams | 0.40 | 145.00 | $58.00 |
| James A Wehrmann | 15.90 | 135.00 | $2,146.50 |
| Jeff B. Allgood | 2.70 | 40.00 | $108.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Priscilla G Stidham | 1.00 | 80.00 | $80.00 |
| Stephen L. Bossay | 166.80 | 130.00 | $21,684.00 |
| Thara Mathews | 1.60 | 40.00 | $64.00 |
| Warren H Smith | 1.10 | 275.00 | $302.50 |