**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 31, 2004

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10524

Professional Services

|   |   |   | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/2/2004 | JBA | Update database with Stroock 6.04 e-detail, and Duane Morris 13th app/e-detail | 0.10 | 4.00 |
|  | PGS | Update database with Interim Application 01.01.04 - 03.31.04 for Hamilton; Interim Application 04.01.04 - 06.30.04 for Duane Morris | 0.20 | 16.00 |
|  | PGS | Update database with 06.04 Monthly Invoice of Pachulski, Duane Morris, Bilzin, Hamilton and Stroock, 05.04 Monthly Invoice of Hamilton | 0.40 | 32.00 |
|  | JBA | Electronic filing with court of Final Report re: Duff 12th Interim | 0.20 | 8.00 |
|  | JBA | Update database with Bilzin 6.04 e-detail, Hamilton 5.04 and 6.04 e-detail, PWC 6.04 e-detail, and PWC 13th Interim app/e-detail | 0.10 | 4.00 |
| 8/3/2004 | JBA | Update database with 6.04 e-detail for: Ferry Joseph, LAS, Caplin, and Campbell | 0.10 | 4.00 |
|  | JBA | Update database with Reed Smith 6.04 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Capstone 6.04 e-detail | 0.10 | 4.00 |
| 8/4/2004 | JBA | Update database with Capstone 13th Interim app/e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/4/2004 | PGS | Electronic filing with court of of June 2004 CNO for WHS | 0.10 | 8.00 |
| 8/5/2004 | PGS | Preparation of July 2004 Monthly Invoice of WHS | 0.80 | 64.00 |
| 8/6/2004 | PGS | Update database with Interim Application 04.01.04 - 06.30.04 for Capstone and PwC | 0.10 | 8.00 |
|  | PGS | Update database with 05.04 Monthly Invoice for Kramer; 06.04 Monthly Invoice for Capstone, Campbell, Caplin, Ferry, PwC and Reed | 0.40 | 32.00 |
| 8/8/2004 | JAW | detailed review of Wallace April, 2004, monthly invoice (1.7). | 1.70 | 229.50 |
| 8/9/2004 | PGS | Electronic filing with court of July 2004 Monthly Invoice for WHS | 0.20 | 16.00 |
|  | TM | Update database with 1.04-3.04 Int. for Steptoe and Protiviti (.1) | 0.10 | 4.00 |
|  | JAW | draft summary of Wallace April, 2004, monthly invoice (0.4) | 0.40 | 54.00 |
|  | JAW | detailed review of Woodcock June, 2004, monthly invoice (1.9); draft summary of same (0.1) | 2.00 | 270.00 |
|  | JAW | detailed review of Pitney May, 2004, monthly invoice (3.4); draft summary of same (0.4) | 3.80 | 513.00 |
|  | SLB | complete draft of 12th Int. Wallace King final report (4.3) ; complete draft of 12th Int K&E final report (4.6) | 8.90 | 1,157.00 |
| 8/10/2004 | SLB | complete drafts of 12th Int final reports - RPWB and FTIPM (5.4) ; complete drafts of 12th Int Amended final reports - Hamilton and Kramer Levin (2.6) | 8.00 | 1,040.00 |
|  | SLB | draft e-mails to J. Sakalo - Bilzin re 12th Int final report (.3) ; A. Doherty - Goodwin Procter re 12th Int application (.4) | 0.70 | 91.00 |
|  | JAW | detailed review of Duane Morris April 1, 2004, to June 30, 2004, interim fee application (0.8) | 0.80 | 108.00 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/10/2004 | TM | Update database with 6.04 Monthly Invoice for Tersigni; 4.04-6.04 Int. for Reed (.1) | 0.10 | 4.00 |
| | JAW | detailed review of Stroock June, 2004, monthly invoice (2.0) | 2.00 | 270.00 |
| | JAW | detailed review of PwC June, 2004, monthly invoice (1.7) | 1.70 | 229.50 |
| | JAW | detailed review of Bilzin June, 2004, monthly invoice (0.6) | 0.60 | 81.00 |
| 8/11/2004 | JAW | draft summary of Stroock June, 2004, monthly invoice (0.1) | 0.10 | 13.50 |
| | JAW | draft summary of PwC June, 2004, monthly invoice (0.4) | 0.40 | 54.00 |
| | JAW | draft summary of Duane Morris April 1, 2004, to June 30, 2004, monthly invoice (0.1) | 0.10 | 13.50 |
| | JAW | draft summary of Bilzin June, 2004, monthly invoice (0.2) | 0.20 | 27.00 |
| | PGS | Preparation of 13th Interim Fee Application 04.01.04 - 06.30.04 | 3.20 | 256.00 |
| 8/12/2004 | JAW | detailed review of Kirkland June, 2004, monthly invoice (3.5) | 3.50 | 472.50 |
| | JAW | detailed review of Capstone June, 2004, monthly invoice (0.9) | 0.90 | 121.50 |
| 8/13/2004 | JAW | draft summary of Capstone June, 2004, monthly invoice (0.5) | 0.50 | 67.50 |
| | JAW | detailed review of Kirkland June, 2004, monthly invoice (3.6); draft summary of same (0.7) | 4.30 | 580.50 |
| | TM | Update database with 5.04 and 6.04 Monthly Invoice for Nelson; 6.04 Monthly Invoices for Protiviti and Pitney; 7.04 Monthly Invoice for Carella (.2) | 0.20 | 8.00 |

W.R. Grace & Co.  Page   4

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/13/2004 | PGS | Electronic filing with court of 13th Interim Fee Application 04.01.04 - 06.30.04 | 0.10 | 8.00 |
| 8/16/2004 | JBA | Update database with FTI 13th Interim app/e-detail | 0.10 | 4.00 |
| | SLB | draft 12th Int Amended Final Report for Applications With No Objections (2.2) | 2.20 | 286.00 |
| 8/17/2004 | WHS | detailed review of Wallace King 12th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Elzufon 12th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of RLF 12th Int FR | 0.10 | 27.50 |
| 8/18/2004 | SLB | draft revisions to FTIPM and K&E 12th Int final reports - (2.3) | 2.30 | 299.00 |
| | WHS | detailed review of FTIP&M 12th FR | 0.10 | 27.50 |
| 8/19/2004 | PGS | Update database with Interim Fee Application 04.01.04 - 06.30.04 of Nelson and Carella (.20) | 0.20 | 16.00 |
| 8/23/2004 | CO | Update database with 05.04 and 06.04 Monthly Invoice of Wallace (.10); 07.04 Monthly Invoice of Ferry (.20); 01.04 and 06.04 Monthly Invoice of Blackstone (.10); 04.04 and 06.04 Monthly Invoice of Casner (.20) | 0.60 | 24.00 |
| | JBA | Electronic filing with court of 12th Interim Final Reports re: Elzufon (.2), Richardson (.2), and Wallace King (.2) | 0.60 | 24.00 |
| | JBA | Update database with Wallace King 6.04 e-detail, and Ferry Joseph 7.04 e-detail | 0.10 | 4.00 |
| 8/24/2004 | SLB | Begin preparation of 12th Int fee & expense charts for 9/27/04 fee hearing (8.2) | 8.20 | 1,066.00 |
| | JAW | detailed review of Pitney Harden June, 2004, monthly invoice (3.0) | 3.00 | 405.00 |

W.R. Grace & Co.                                                                                                                              Page      5

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | **Hours** | **Amount** |
|------------|-----|-----|-----|-----|
| 8/25/2004  | CO  | Update database with 04.04 and 06.04 Monthly Invoice of Pachulski (.10) | 0.10 | 4.00 |
|            | JBA | Electronic filing with court of 12th Interim Final Reports re: FTI (.1), and K&E (.2) | 0.30 | 12.00 |
|            | SLB | Continue drafting of fee & expense charts for 9/27/04 fee hearing (7.4) | 7.40 | 962.00 |
| 8/26/2004  | JBA | Update database with Goodwin 12th Interim app/e-detail | 0.10 | 4.00 |
|            | JBA | Update database with Stroock 13th Interim app/e-detail, and Wallace 13th Interim app/e-detail | 0.10 | 4.00 |
|            | JBA | Update database with Hamilton 13th Interim app/e-detail pdf | 0.10 | 4.00 |
|            | SLB | complete draft of Amended Final Report - Conway (4.2) ; continue preparation of 12th Int fee & expense charts (5.0) | 9.20 | 1,196.00 |
|            | CO  | Update database with 07.04 Monthly Invoice of Morris (.10) | 0.10 | 4.00 |
| 8/27/2004  | JAW | detailed review of Protiviti June, 2004, monthly invoice (4.0) | 4.00 | 540.00 |
|            | MWS | review draft of final report regarding fee application of CDG for twelfth interim period (.3); review retention order authorizing employment of CDG (.1); review initial reports and final reports for prior interim periods to identify issues rasied and effective hourly rates for each period (1.0); compile data and calculate effective hourly rates for CDG from effective date of retention through end of eleventh interim period and twelfth interim period, respectively (.7); review fee auditor's reports regarding The Blackstone Group and other flat-fee applicants in this and other Delaware cases for purposes of comparison (.9); research regarding application of section 330 to fees of flat-fee applicants (0.9). | 3.90 | 780.00 |
| 8/28/2004  | MWS | begin drafting amended final report regarding fee application of CDG for twelfth interim period, addressing reasonableness of monthly flat fee. | 0.80 | 160.00 |
|            | JAW | detailed review of Protiviti June, 2004, monthly invoice (2.20) | 2.20 | 297.00 |

W.R. Grace & Co.                                                                                                                    Page     6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/29/2004 | MWS | draft amended final report regarding fee application of CDG for twelfth interim period, addressing reasonableness of monthly flat fee. | 1.70 | 340.00 |
| 8/30/2004 | MWS | continue drafting amended final report regarding fee application of CDG for twelfth interim period (2.7); review hearing transcript reflecting court's remarks regarding continuing reasonableness of flat fees established early in case under different circumstances (.1); further research regarding methodology for deciding reasonableness of flat fees and range of fees found reasonable (1.6); read opinions and analyze issues (1.1). | 5.50 | 1,100.00 |
|  | CO | conference with J. Allgood re:WRG project category spreadsheet (.20) | 0.20 | 8.00 |
| 8/31/2004 | JAW | draft Pitney Harden June, 2004, monthly invoice (0.7) | 0.70 | 94.50 |
|  | JBA | Update database with Capstone 7.04 e-detail | 0.10 | 4.00 |
|  | MWS | analysis of additional case law regarding review of flat fees for reasonableness (.7); revise draft of amended final report regarding fee application of CDG for twelfth interim period to address UDC Homes opinion and case law regarding section 328 versus section 330 review (1.1); draft email to Warren H. Smith discussing drafts and revisions (.3). | 2.10 | 420.00 |
|  | CO | draft of project category spreadsheet 12th interim period (1.0) | 1.00 | 40.00 |

**For professional services rendered**                                                                            **104.60   $14,092.50**

Additional Charges :

|  | Price |  |
|---|---:|---:|
| Third party copies & document prep/setup of Thirteenth Interim Fee Application of WHS | 76.67 | 76.67 |
| Third party copies & document prep/setup of 07.04 Monthly Invoice of WHS | 21.59 | 21.59 |
| Third party copies & document prep/setup of Initial Report of Richardson for the period 01.01.04 - 03.31.04 | 2.04 | 2.04 |

W.R. Grace & Co.                                                                                       Page     7

|  | Price | Amount |
|---|---:|---:|
| Third party copies & document prep/setup of Final Report of Duff for the period 02.01.04 - 04.30.04 | 11.56 | 11.56 |
| Third party copies & document prep/setup of Final Report of Protiviti, Stroock, BMC, Ferry, Carella, Deloitte, Conway and Holme for the period 01.01.04 - 03.31.04 | 140.12 | 140.12 |
| Third party copies & document prep/setup of Initial Report of Wallace and Lufkins for the period 01.01.04 - 03.31.04 | 2.04 | 2.04 |
| Third party copies & document prep/setup of Initial Report of Protiviti and Kirkland for the period 01.01.04 - 03.31.04 | 3.58 | 3.58 |
| Third party copies & document prep/setup of Initial Report of PwC for the period 01.01.04 - 03.31.04 | 5.31 | 5.31 |

**Total costs**                                                                                       $262.91

**Total amount of this bill**                                                                          $14,355.41

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney Orent | 2.00 | 40.00 | $80.00 |
| James A Wehrmann | 32.90 | 135.00 | $4,441.50 |
| Jeff B. Allgood | 2.30 | 40.00 | $92.00 |
| Mark W Steirer | 14.00 | 200.00 | $2,800.00 |
| Priscilla G Stidham | 5.70 | 80.00 | $456.00 |
| Stephen L. Bossay | 46.90 | 130.00 | $6,097.00 |
| Thara Mathews | 0.40 | 40.00 | $16.00 |
| Warren H Smith | 0.40 | 275.00 | $110.00 |