IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) ) ) | Case No. 01-1139 (JKF) Jointly Administered |
| Debtor. | ) ) ) ) | Objection Date: December 6, 2004 at 4:00 p.m. Hearing: Scheduled if Necessary (Negative Notice) |

NOTICE OF FILING OF
FOURTH MONTHLY INTERIM APPLICATION OF
CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Fourth Monthly Application of CIBC World Markets Corp. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period September 1, 2004 through September 30, 2004 seeking payment of fees in the amount of $120,000.00 (80% of $150,000.00) and reimbursement of expenses in the amount of $121.03 (the "Application") for a total of $120,121.03.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **December 6, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Jr., Esquire, Phillips Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market

Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____
Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Co-Counsel to David T. Austern, Future Claimants Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: November 15, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtor. | Objection Date: December 6, 2004 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

FOURTH MONTHLY INTERIM APPLICATION OF
CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp.. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004 |
| Period for which compensation and reimbursement is sought: | September 1, 2004 – September 30, 2004 |
| 80% of Compensation sought as actual, reasonable and necessary: | $120,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $121.03 |

This is a   _x_ monthly        __ interim        ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $150,000.00.

This is CIBC's fourth monthly fee application and is for the period September 1-30, 2004. CIBC's third and second monthly fee applications are being filed concurrently. CIBC's first monthly fee application and first quarterly interim fee application covering the period June 4 – June 30, 2004 were filed on October 22, 2004.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### SEPTEMBER 2004

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Valuation Related | 33.7 | NA |
| Business Operations Related | 167.4 | NA |
| Travel Time (Nonworking) | 6.0 | NA |
| TOTAL | 207.1 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### SEPTEMBER 2004

| Expense Category | Total |
|---|---|
| Catering | $86.03 |
| Transportation (train) | 35.00 |
| TOTAL | $121.03 |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
Joseph J. Radecki, Jr.
425 Lexington Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: November 15, 2004

---

[2] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A
# W.R. Grace
## CIBC Time Records
### September-04

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 9/1/2004 | 0.3 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Jonathan Brownstein | 9/1/2004 | 2.3 | Business Operations | Review of Due Diligence Materials Received |
| Jonathan Brownstein | 9/1/2004 | 0.8 | Business Operations | Conference Call Re: Darex Facility Sale / KWELMS Settlement |
| Jonathan Brownstein | 9/2/2004 | 4.0 | Business Operations | Meeting with L. Tersigni Regarding Sealed Air Settlement |
| Jonathan Brownstein | 9/2/2004 | 0.3 | Business Operations | Review of Draft Brief Prepared by FCR's Counsel |
| Jonathan Brownstein | 9/3/2004 | 0.3 | Business Operations | Review of Draft Brief Prepared by FCR's Counsel |
| Jonathan Brownstein | 9/3/2004 | 2.3 | Business Operations | Review of Monthly Operating Report |
| Jonathan Brownstein | 9/7/2004 | 1.5 | Valuation | Meeting with FCR / Counsel re: Preliminary Valuation / Case Update |
| Jonathan Brownstein | 9/13/2004 | 0.3 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Jonathan Brownstein | 9/14/2004 | 0.3 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Jonathan Brownstein | 9/15/2004 | 0.3 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Jonathan Brownstein | 9/20/2004 | 0.3 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Jonathan Brownstein | 9/21/2004 | 0.3 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Jonathan Brownstein | 9/21/2004 | 6.5 | Business Operations | Preparation of Report to FCR |
| Jonathan Brownstein | 9/22/2004 | 9.3 | Business Operations | Preparation of Report to FCR |
| Jonathan Brownstein | 9/23/2004 | 4.8 | Business Operations | Preparation of Report to FCR |
| Jonathan Brownstein | 9/23/2004 | 1.3 | Business Operations | Review of Revised Claims Analysis |
| Jonathan Brownstein | 9/23/2004 | 1.8 | Business Operations | Review of Honeywell Settlement Motion |
| Jonathan Brownstein | 9/27/2004 | 8.0 | Business Operations | Preparation of Report to FCR |
| Jonathan Brownstein | 9/28/2004 | 0.8 | Business Operations | Discussion with Blackstone Regarding Revised Claims Analysis |
| Jonathan Brownstein | 9/28/2004 | 2.0 | Business Operations | Preparation of Report to FCR |
| | **Subtotal:** | **47.0** | | |
| Ritwik Chatterjee | 9/1/2004 | 0.8 | Business Operations | Conference call with Company re: Darex sale / KWELMS settlement |
| Ritwik Chatterjee | 9/2/2004 | 4.0 | Business Operations | Meeting with L. Tersigni Regarding Sealed Air Settlement |
| Ritwik Chatterjee | 9/2/2004 | 5.0 | Valuation | Comparable companies and other financial analysis |
| Ritwik Chatterjee | 9/3/2004 | 3.0 | Business Operations | Review of monthly Operating Report |
| Ritwik Chatterjee | 9/3/2004 | 4.3 | Valuation | Comparable companies and other financial analysis |
| Ritwik Chatterjee | 9/6/2004 | 4.3 | Valuation | Comparable companies and other financial analysis |
| Ritwik Chatterjee | 9/7/2004 | 4.8 | Valuation | Comparable companies and other financial analysis |
| Ritwik Chatterjee | 9/7/2004 | 1.5 | Valuation | Meeting with FCR / Counsel re: Preliminary Valuation / Case Update |
| Ritwik Chatterjee | 9/9/2004 | 2.0 | Business Operations | Review industry research coverage |
| Ritwik Chatterjee | 9/10/2004 | 0.5 | Business Operations | Review industry research coverage |
| Ritwik Chatterjee | 9/14/2004 | 2.0 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 9/15/2004 | 2.8 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 9/16/2004 | 1.0 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 9/17/2004 | 0.8 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 9/20/2004 | 0.3 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Ritwik Chatterjee | 9/21/2004 | 3.0 | Business Operations | Assist in preparation of report to FCR |
| Ritwik Chatterjee | 9/22/2004 | 3.3 | Business Operations | Assist in preparation of report to FCR |
| Ritwik Chatterjee | 9/23/2004 | 3.0 | Business Operations | Assist in preparation of report to FCR |
| Ritwik Chatterjee | 9/23/2004 | 2.0 | Business Operations | Review of claims analysis |
| Ritwik Chatterjee | 9/24/2004 | 1.5 | Business Operations | Review of claims analysis |
| Ritwik Chatterjee | 9/27/2004 | 4.0 | Business Operations | Assist in preparation of report to FCR |
| Ritwik Chatterjee | 9/28/2004 | 4.3 | Business Operations | Assist in preparation of report to FCR |
| Ritwik Chatterjee | 9/30/2004 | 1.3 | Business Operations | Review industry research coverage |
| | **Subtotal:** | **59.0** | | |

# W.R. Grace
## CIBC Time Records
### September-04

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 9/1/2004 | 0.8 | Business Operations | Conference Call Re: Darex Facility Sale / KWELMS Settlement |
| Joseph Radecki | 9/2/2004 | 4.0 | Business Operations | Meeting with L. Tersigni Regarding Sealed Air Settlement |
| Joseph Radecki | 9/3/2004 | 0.5 | Business Operations | Review of Draft Brief Prepared by FCR's Counsel |
| Joseph Radecki | 9/6/2004 | 1.8 | Business Operations | Review of Monthly Operating Report |
| Joseph Radecki | 9/7/2004 | 4.0 | Valuation | Meeting with FCR / Counsel re: Preliminary Valuation / Case Update |
| Joseph Radecki | 9/14/2004 | 2.0 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Joseph Radecki | 9/15/2004 | 3.3 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Joseph Radecki | 9/16/2004 | 2.8 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Joseph Radecki | 9/20/2004 | 1.0 | Business Operations | Review of Docket; Review of News on Grace and Competitors |
| Joseph Radecki | 9/21/2004 | 2.0 | Business Operations | Review Report to FCR |
| Joseph Radecki | 9/22/2004 | 3.0 | Business Operations | Review Report to FCR |
| Joseph Radecki | 9/23/2004 | 2.0 | Business Operations | Review of Honeywell Settlement Motion |
| Joseph Radecki | 9/24/2004 | 2.0 | Business Operations | Review of Revised Claims Analysis |
| Joseph Radecki | 9/27/2004 | 6.5 | Business Operations | Hearing regarding retention |
| Joseph Radecki | 9/27/2004 | 6.0 | Travel Time | Hearing regarding retention |
| Joseph Radecki | 9/28/2004 | 0.8 | Business Operations | Discussion with Blackstone Regarding Revised Claims Analysis |
| | Subtotal: | 42.3 | | |
| Scott Sozio | 9/1/2004 | 0.8 | Business Operations | Conference call with Company re: Darex sale / KWELMS settlement |
| Scott Sozio | 9/2/2004 | 2.2 | Valuation | Comparable companies and other financial analysis |
| Scott Sozio | 9/3/2004 | 1.9 | Business Operations | Review of monthly Operating Report |
| Scott Sozio | 9/7/2004 | 3.6 | Valuation | Comparable companies and other financial analysis |
| Scott Sozio | 9/21/2004 | 4.6 | Business Operations | Assist in preparation of report to FCR |
| Scott Sozio | 9/22/2004 | 0.5 | Business Operations | Assist in preparation of report to FCR |
| Scott Sozio | 9/23/2004 | 1.6 | Business Operations | Assist in preparation of report to FCR |
| Scott Sozio | 9/23/2004 | 6.0 | Business Operations | Assist in preparation of report to FCR |
| Scott Sozio | 9/24/2004 | 5.3 | Business Operations | Assist in preparation of report to FCR |
| Scott Sozio | 9/27/2004 | 2.2 | Business Operations | Assist in preparation of report to FCR |
| Scott Sozio | 9/28/2004 | 2.9 | Business Operations | Assist in preparation of report to FCR |
| Scott Sozio | 9/29/2004 | 5.8 | Business Operations | Assist in preparation of report to FCR |
| Scott Sozio | 9/30/2004 | 3.7 | Business Operations | Assist in preparation of report to FCR |
| | Subtotal: | 41.1 | | |
| Peter Williams | 9/7/2004 | 2.5 | Valuation | Review of comparable companies and other financial analysis |
| Peter Williams | 9/21/2004 | 2.0 | Business Operations | Assist in preparation of report to FCR |
| Peter Williams | 9/22/2004 | 1.6 | Business Operations | Assist in preparation of report to FCR |
| Peter Williams | 9/23/2004 | 3.9 | Business Operations | Assist in preparation of report to FCR |
| Peter Williams | 9/23/2004 | 4.0 | Business Operations | Assist in preparation of report to FCR |
| Peter Williams | 9/24/2004 | 3.7 | Business Operations | Assist in preparation of report to FCR |
| | Subtotal: | 17.7 | | |
| | Total: | 207.1 | | |

# EXHIBIT B

## W.R. Grace & Co.
### CIBC Expense Detail Report (September 1, 2004 – September 30, 2004)
### (with date expense was posted)

| Charge | Date | Amount |
|---|---|---|
| **Meals:** | | |
| Catering | 9/28/04 | $86.03 |
| **Transportation:** | | |
| Ritwik Chatterjee (train) | 9/16/04* | $35.00 |
| | **TOTAL EXPENSES:** | **$121.03** |

\*   For travel on September 2, 2004

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1. I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.  I have reviewed the Fourth Monthly Interim Application of CIBC World Markets Corp. for the time period September 1, 2004 through September 30, 2004 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 7th day of November, 2004

_____

My commission expires:



## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on November 15, 2004, I caused the *Notice, Fourth Monthly Interim Application of CIBC World Markets Corp. to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period September 1, 2004 through September 30, 2004, Affidavit and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

*[signature]*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

9181377v1