IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | RE: D.I. 6845 |

### ORDER GRANTING TOWN OF ACTON'S MOTION FOR LEAVE TO FILE REPLY TO DEBTORS' RESPONSE IN OPPOSITION TO THE TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS

Upon consideration of the Town of Acton's Motion for Leave to File Reply to Debtors' Response in Opposition to the Town of Acton's Motion for Relief from the Automatic Stay and for Related Determinations (the "Motion"); and good and sufficient notice of the Motion having been given; and a hearing having been held on November 15, 2004; and any objection to the Motion having subsequently been withdrawn, resolved, or overruled; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the relief sought in the Motion is GRANTED; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to or arising from the Motion or the implementation of this Order.

Dated: Wilmington, Delaware
November 15, 2004

*Judith K. Fitzgerald*
reb
_____
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

470.001-5616