## SUMMARY SHEET DESCRIBING CONTENTS OF EXHIBITS

| EXHIBIT: | DESCRIPTION: |
|---|---|
| Exhibit A | Plaintiffs' Expert Witnesses in Gandy Action |
| Exhibit B | Madden Motion for Summary Judgment |
| Exhibit C | Deposition Transcript Excerpts from 10/6/04 Deposition of Richard J. Lee, Ph.D. |
| Exhibit D | Deposition Transcript Excerpts from 9/29/04 Deposition of Dr. Ed Ilgren |
| Exhibit E | Deposition Transcript Excerpts from 8/27/04 Deposition of Dr. Arthur L. Frank |
| Exhibit F | Agreed Order of Continuance of Rand Action |
| Exhibit G | <u>Gerard v. Maryland Casualty Company (In re W.R. Grace & Co.)</u>, 2004 WL 2404546, *4 (3d Cir. Oct. 28, 2004) |