# EXHIBIT A

CAUSE NO. 03-CV-0572

| | | |
|---|---|---|
| NEWTON GANDY, ET AL | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| | § | |
| ABCO INDUSTRIES, INC., ET AL | § | 212TH JUDICIAL DISTRICT |

## EXHIBIT "G"

## PLAINTIFFS' EXPERT WITNESSES

Plaintiffs, by and through their undersigned counsel, designate the following as their expert witness disclosures:

1. Jerrold L. Abraham, M.D.
   Department of Pathology
   SUNY Health Science Center
   750 E. Adams St.
   Syracuse, NY 13210

Dr. Jerrold L. Abraham is a pathologist with the Department of Pathology at the State University of New York. Dr. Abraham is expected to testify as to the physiological design and function of the lungs, the effect of asbestos on the lungs and other parts of the body and on the body's defense mechanisms. He may also testify about the biological and toxicological effects of asbestos as evidenced by himself and others, the biological responses to asbestos exposure, the biological effects of different fiber types, synergism, and mechanisms of asbestos induced diseases including fibrosis and carcinogenesis.

He may further testify regarding the dose response relationship between asbestos and disease. Fiber migration as to both amphibole and serpentine asbestos types may be discussed.

Dr. Abraham may testify about the Plaintiffs' medical condition as evidenced by medical records, test results and pathological materials. His testimony may include all issues of a medical nature regarding Plaintiffs' claims including epidemiology, causation, course of treatment and disease in light of the Plaintiffs' occupational exposure to asbestos.

2.  Herbert K. Abrams, M.D., M.P.H.
    Professor
    Department of Family & Community Medicine
    University of Arizona College of Medicine
    Tucson, AZ  85721

Dr. Abrams began practicing occupational medicine in 1947 with the State of California Department of Public Health.  Dr. Abrams has written numerous articles on occupational health hazards and how to best protect the workers.  Dr. Abrams will describe his own personal experience in the occupational health field beginning in 1947 and continuing through today.  Dr. Abrams is familiar with many of the historical figures involved in the research into the hazards of asbestos diseases and will testify regarding his own personal knowledge with respect to asbestos hazards.

3.  Thomas Adkins
    38252 River Drive
    Lebanon, Oregon 97355
    (503) 258-2147

Mr. Adkins is a former employee of W. R. Grace and may testify about the working conditions in the Libby Montana Vermiculite Mine and Zonolite/Grace plants from 1968 to 1990.  He may also testify about the laboratory conditions where the vermiculite ore containing asbestos was measured, heated and separated.  He may also testify about the working conditions at the processing plant in Libby Montana where various Mononkote Zonolite Fireproofing and plaster products were processed.  He may testify that the Zonolite Grace Company did not give workers information about the asbestos contained in the vermiculite or the hazards of the asbestos in the vermiculite ore while he worked for W. R. Grace and efforts by W. R. Grace to conceal the hazards of asbestos and tremolite associated with the vermiculite operation and its asbestos containing products.  He may discuss the TLV generally and W. R. Grace's failure to educate workers abut TLVs.  He may also testify about the unreasonably dangerous nature of W. R. Grace's asbestos containing products.  In addition to being a witness in the case in chief he may also be a rebuttal witness to various corporate and ex-corporate witnesses for W. R. Grace.

4.  Dr. N. Jeff Alford
    810 Hospital Drive, Suite 240
    Beaumont, Texas 77701
    (409) 835-3770

The doctors above may testify that Plaintiffs have chest x-ray changes consistent with asbestos-related disease.  They may also testify as to their review of recent chest x-rays and any progression that may have occurred since their last review and report.  Additionally, they may testify concerning occupational diseases, generally, and asbestos-related disease, specifically.  They may testify concerning Plaintiff's increased risk of developing an asbestos-related cancer as a consequence of his exposure to asbestos.  Defense counsel are in possession of numerous transcripts within which their opinions have been fully explored.