# EXHIBIT C

RICHARD LEE

```
 1
 2                CAUSE NO. 24545-PS03
 3   CARLTON RAND, et al.,    ) IN THE DISTRICT COURT
                              )
 4        Plaintiffs,         ) BRAZORIA COUNTY, TEXAS
                              )
 5   VS.                      ) 239th JUDICIAL DISTRICT
                              )
 6   AMETEK, INC., et al.,    )
                              )
 7        Defendants.         )
 8   ******************************************
 9                  ORAL DEPOSITION OF
                    RICHARD J. LEE, PhD
10                   OCTOBER 6, 2004
11   ******************************************
12        ORAL DEPOSITION OF RICHARD J. LEE, PhD,
13   produced as a witness at the instance of the
14   Plaintiffs, and duly sworn, was taken in the
15   above-styled and numbered cause on the 6th of
16   October, 2004 from 10:04 a.m. to 3:16 p.m., before
17   CARLA L. LENNARTZ, a Court Reporter and a Notary
18   Public in and for the Commonwealth of Pennsylvania,
19   at the Radisson Hotel, 101 Mall Boulevard,
20   Monroeville, Pennsylvania, pursuant to the Texas
21   Rules of Civil Procedure and the provisions stated
22   on the record or attached hereto.
23
24
25
```

RICHARD LEE

Page 18

1  A. Yes, we did some work for U.S. Mineral.
2  Q. Okay. Did you ever do any
3  asbestos-related work for Owens-Corning Fiberglass?
4  A. I don't believe so.
5  Q. Okay. Did you ever do any
6  asbestos-related work --
7  A. I'm sorry. That really means that I
8  don't remember.
9  Q. Owens-Corning Fiberglass you don't
10 remember one way or the other?
11 A. I don't think so but I don't really
12 remember. I don't have a firm recollection.
13 Q. What about the Westinghouse Corporation,
14 have you ever done any asbestos-related work for
15 Westinghouse?
16 A. I don't believe so.
17 Q. Okay. I think you mentioned before that
18 you did do some work for National Gypsum; correct?
19 A. Yes.
20 Q. Did you ever do any work for a gasket
21 company called Flexitallic?
22 A. Yes.
23 Q. What about a company that is known by the
24 name of Harbison-Walker?
25 A. I do not believe so.

Page 19

1  Q. Okay. What about did you do any
2  asbestos-related work for a company known as Dresser
3  Industries?
4  A. I believe we did, yes.
5  Q. Okay. It's my understanding that at
6  least at this point in time there's some sort of
7  corporate relationship between Harbison-Walker and
8  Dresser Industries with a company known as
9  Halliburton. Did Halliburton ever hire you directly
10 to do any asbestos-related work?
11 A. No.
12 Q. What about a company that may have hired
13 you for some asbestos-related work Turner & Newell,
14 ?
15 A. Yes, I've done work for them.
16 Q. Okay. Now, you mentioned earlier that
17 you did some work for W.R. Grace; is that correct?
18 A. Yes.
19 Q. What sort of products or materials were
20 you looking at on behalf of W.R. Grace?
21 A. Primarily it was their fireproofing
22 product.
23 Q. Okay. Do you remember what the name of
24 that was?
25 A. Monokote.

Page 20

1  Q. Okay. And did you reach any sort of
2  conclusions about what types of asbestos were in
3  that sort of a product?
4  A. That product contained chrystile (sic)
5  asbestos for a certain period of time.
6  Q. Okay. Was that in any way a
7  vermiculite-based product?
8  A. Yes, it was. I'm sorry?
9  Q. I'm sorry. Were any of the products that
10 you analyzed for W.R. Grace vermiculite-based
11 products?
12 A. Yes.
13 Q. Okay. Which ones of the products to your
14 knowledge were vermiculite-based?
15 A. The Monokote was vermiculite-based. I
16 would say the majority of their products were
17 vermiculite-based.
18 Q. Okay. And what types of asbestos were
19 you finding in these W.R. Grace products?
20    MR. HARVARD: Objection, form, a
21 little overbroad.
22 A. The asbestos in the products was
23 chrystile (sic) generally.
24 Q. Chrystile (sic) is the term you're using?
25 A. Chrysotile.

Page 21

1  Q. Chrysotile? Okay. It's probably just me
2  but I usually say chrysotile. Is that the same
3  substance?
4  A. That's good with me.
5  Q. I just want to make sure we're speaking
6  the same language here.
7     So you were finding chrysotile asbestos
8  in the W.R. Grace vermiculite-based products; is
9  that correct?
10 A. Yes. That was the added asbestos
11 component.
12 Q. Okay. Now, was that actually added as an
13 ingredient or was that a contaminant of the
14 vermiculite?
15 A. That was added as an ingredient.
16 Q. Okay. Did you ever test those products
17 for the presence of tremolite?
18 A. Yes.
19 Q. And what were your findings in that
20 regard?
21 A. The vermiculite-containing products would
22 contain -- generally contain some trace quantities
23 of tremolite most often in the non-asbestos form.
24 Q. Okay. And we'll get into that later.
25 That's an area that is complicated and I'm not sure

6 (Pages 18 to 21)

RICHARD LEE

Page 22

1  I understand it, to be honest with you; but at this
2  point would you knowledge that there were at least
3  some standard asbestos fibers of the tremolite
4  variety found as a contaminant in the vermiculite
5  used in the Grace products?
6      MR. HARVARD: Objection, form.
7   A.  Well, I think that the correct answer is
8  that there was asbestos -- asbestos was an accessory
9  mineral at the Libby mine. The other mines that
10 Grace operated or purchased vermiculite from
11 generally had no asbestos tremolite. The
12 vermiculite products which -- Libby vermiculite
13 shipped as product generally contained very little
14 asbestos, but you would find it.
15  Q.  Okay. And that would have been
16 essentially of the tremolite variety; is that
17 correct?
18  A.  Yes.
19  Q.  Okay. Now, you mentioned that they
20 purchased vermiculite or obtained vermiculite from
21 other sources other than the Libby mine; is that
22 correct?
23  A.  That was my understanding.
24  Q.  Okay. What other places in the
25 United States or around the world for that matter

Page 23

1  did they purchase vermiculite from?
2   A.  They -- South Africa was I believe their
3  major foreign source.
4   Q.  Okay. Have there ever been any test
5  results that suggested the South African vermiculite
6  was contaminated with any form of asbestos?
7   A.  No, not to my knowledge.
8   Q.  Okay. No test results at all to your
9  knowledge; is that correct?
10  A.  That's correct.
11  Q.  Okay. It's also my understanding that
12 there's some mines that W.R. Grace owned in the
13 Carolinas, North or South Carolina. Are you
14 familiar with that?
15  A.  South Carolina.
16  Q.  South Carolina. Have there ever been any
17 test results suggesting that there was any form of
18 asbestos contamination in that vermiculite?
19  A.  My understanding is no asbestos tremolite
20 has been identified in the South Carolina product.
21  Q.  What about any other type of asbestos?
22  A.  Well, that would extend to other types of
23 asbestos, too.
24  Q.  Okay. So no amphibole, no chrysotile
25 asbestos to your knowledge has ever been found

Page 24

1  there?
2   A.  Yes, that's correct.
3   Q.  What about -- I understand there's
4  another mine not owned by W.R. Grace but they may
5  have possibly purchased some materials from there
6  called something like Virginia Vermiculite. Are you
7  familiar with that particular mine?
8   A.  Yes.
9   Q.  Has there ever been any tests that would
10 suggest that there is asbestos of any type found in
11 that mine as a contaminant?
12  A.  Not in the mine that I am aware of. All
13 of the data I'm aware of when it's been evaluated
14 has shown that that ore contains only non-asbestos
15 tremolite. There was a report about two or three
16 years ago of a MSHA inspector picking up a piece of
17 rock outside the mine proper that I understand
18 was -- contained asbestos.
19  Q.  Okay. And where would that rock have
20 come from?
21  A.  Don't know. That's one of the problems
22 with picking up a piece of rock that's not attached
23 to anything, you really don't know where it came
24 from.
25  Q.  Have there been any samples, bulk samples

Page 25

1  taken of any of the ores from Virginia Vermiculite
2  that found any form of asbestos contamination in the
3  vermiculite bulk samples?
4   A.  Not that I'm aware of.
5   Q.  Okay. Sir, how much do you charge for
6  your time in asbestos litigation related matters?
7   A.  I charge my standard consulting fee of
8  $350 an hour.
9   Q.  Okay. Does that change regardless of
10 whether you're doing research or testifying?
11  A.  No.
12  Q.  Okay. And approximately what percentage
13 of your income is derived from litigation-related
14 activities?
15  A.  I'm not sure. Are you asking for me
16 personally?
17  Q.  Yes.
18  A.  I'm an employee of the company.
19  Q.  Okay.
20  A.  So my income is derived from the company.
21  Q.  What about the income of the company?
22  A.  The revenues of the company over the last
23 few years have generally not been related to
24 asbestos litigation. I would say under five
25 percent.

7 (Pages 22 to 25)

RICHARD LEE

Page 62

1  Q. You can answer, Doctor.
2  A. The --
3  Q. I'm sorry?
4  A. Well, I'm trying to figure out how to
5  answer your question, you know, your hypothetical.
6  Under the assumption that there was an
7  asbestos fiber -- which obviously we have no data to
8  suggest that there is -- as the coating dissolves,
9  the particle is becoming part of the earth and the
10  natural tendency is going to be for that particle --
11  any asbestos fiber that gets into soil in a garden
12  or lawn sort of environment is going to be very,
13  very difficult to release. So even though it may
14  not be coated with fertilizer, it is effectively
15  going to be attached to something and not going to
16  be -- not going to be able to generate airborne
17  concentrations.
18  Q. What are you basing that opinion on?
19  A. Well, I base that opinion on the general
20  proposition that the finer the particle, the harder
21  it is to get airborne in general. For example,
22  that's why when you drive your car at 70 miles an
23  hour down the road the fine dust sits on it. That's
24  why when you dust in your home, the fine dust you
25  simply can't vacuum up, you got to go wipe it off

Page 63

1  because it's very, very difficult to get airborne;
2  and my knowledge of the testing that's been done in
3  a variety of circumstances using asbestos in soils
4  and really never ever having exposure scenarios
5  of -- positive exposure scenarios from asbestos and
6  soil that I'm aware of.
7  Q. But at this point you're not aware of any
8  studies that have looked at this issue whether
9  asbestos-contaminated vermiculite products being
10  applied to the ground -- whether that can generate
11  exposure or not?
12  A. Well, now you're not talking about Scotts
13  products?
14  Q. Well, we can talk about Scotts products
15  first.
16  A. Well, I think the exposure scenarios that
17  Scotts generated in their testing were tests of the
18  application of Libby -- of their product using Libby
19  vermiculite as the carrier for the fertilizer and
20  showed no exposure. I'm not aware that anybody had
21  children crawl around -- of children crawling around
22  yards and attempting to measure or characterize any
23  exposure of Scotts products.
24  MR. DiMUZIO: Objection to the
25  non-responsiveness portion of the answer.

Page 64

1  Q. Are you familiar with anyone who has
2  looked at the issue of the application of any
3  vermiculite-based yard or garden product to see
4  whether or not there could be subsequent exposure to
5  any asbestos that would be in the soil?
6  A. The EPA commissioned studies concluded
7  that vermiculite products presented no -- under the
8  scenarios they tested, which were a number of them,
9  presented no measurable or significant risk. Those
10  were not Scotts Turf Builder products. Those were
11  uncoated vermiculites, as I understand, used for
12  potting soils and I forget what other products; and
13  the EPA, in their prosecution of the Libby, Montana
14  scenario, did extensive testing of what they
15  believed were vermiculite-contaminated soils where
16  the vermiculite would have contained some asbestos
17  and basically it found no exposure.
18  MR. DiMUZIO: Objection to the
19  non-responsive portion.
20  Q. My particular question is: Has anyone
21  looked at this particular potential exposure
22  scenario of a vermiculite-based product with
23  asbestos contamination being applied and then
24  subsequent exposure to the gardeners or the
25  gardeners' children from disrupting that soil?

Page 65

1  A. Well, I don't think -- I think beyond the
2  answer I've given you, I don't know.
3  Q. Okay. Now, you mentioned something about
4  some tests that have been done by the EPA and
5  possibly others that didn't show any exposure.
6  Is it your position that none of the EPA tests
7  showed any potential exposure to asbestos from
8  vermiculite-containing products?
9  A. Well, just so we're clear, none of those
10  products I believe were Turf Builder and they were
11  as I recall uncoated.
12  I believe that in the attic insulation
13  there were some measurements reported of low
14  exposures but positive; and the other tests I don't
15  believe there was any exposure; but the actual
16  report I believe was published by EPA and Versar and
17  so it will -- you know, I would refer you to it.
18  Q. Did those tests indicate whether or not
19  the vermiculite in the products came from the Libby,
20  Montana mine or not?
21  A. In at least one case specifically the
22  product came from Libby. I don't know about all
23  cases.
24  Q. Okay. And in that case, the kind of bulk
25  sample of that showed the presence of asbestos

17 (Pages 62 to 65)

Henjum Goucher Reporting Services, LP
888-656-DEPO

RICHARD LEE

**Page 66**

1  contamination in the vermiculite of the product;
2  correct?
3      A.  That's my recollection of the situation,
4  yes.
5      Q.  Okay. And it's also true that in the
6  particular test of that product where the
7  vermiculite came from the Libby, Montana mine that
8  there were air samples that detected measurable
9  levels of asbestos in the air after use of the
10 product; correct?
11          MR. HARVARD: Objection to the form.
12 Are you talking about the attic insulation product?
13          MR. DiMUZIO: Whatever EPA test he's
14 referring to.
15     A.  I don't recall; but what I do recall is
16 that EPA concluded that use of vermiculite products
17 would not produce a risk or measurable risk and that
18 would imply that exposures, if any, were very low.
19          MR. DiMUZIO: Objection,
20 non-responsive.
21     Q.  My question was: Were there any tests
22 conducted by the EPA on these products that you're
23 discussing that indicated that there were measurable
24 levels of asbestos that were released into the air?
25     A.  I would have to go back and look. I

**Page 67**

1  actually do not recall sitting here today.
2      Q.  Okay. But certainly that sort of
3  information is important when attempting to
4  characterize whether or not there's any potential
5  risk of asbestos exposure; correct?
6      A.  Well, in principle it is; but I think
7  that the important aspect here is the fact that they
8  concluded that there was no risk or essentially no
9  risk.
10     Q.  It's my understanding that -- at least
11 the one product that I think you're discussing here,
12 they were able to trace it back and determine that
13 the vermiculite ore -- the vermiculite that was used
14 in the product was produced at the Libby, Montana
15 mine?
16     A.  That's my recollection, too.
17     Q.  I'm sorry?
18     A.  That's my recollection.
19     Q.  Okay. And is it also your understanding
20 that Scotts purchased large quantities of
21 vermiculite from the W.R. Grace Libby, Montana mine
22 for use in their products?
23     A.  I would understand Scotts purchased
24 vermiculite, although I wouldn't characterize -- I
25 don't know how Scotts characterized it. They

**Page 68**

1  purchased it for a number of years.
2      Q.  Do you know what percentage of their
3  products contained vermiculite that came from the
4  Libby, Montana W.R. Grace site?
5      A.  No.
6      Q.  Going back to these tests, these other
7  tests that were out there that you said found no
8  asbestos and no release of asbestos, do you know
9  were they able to determine what the source of the
10 vermiculite was?
11     A.  I believe so.
12     Q.  You believe that is the case?
13     A.  Yes. At least as to Libby or not. If
14 you say Libby versus not Libby, I believe that
15 determination was made.
16     Q.  Okay. And certainly that would be
17 important information in determining whether there
18 would be a risk from vermiculite from the Libby mine
19 in Montana that was owned by W.R. Grace; right? I'm
20 sorry?
21     A.  I'm trying to process your question.
22          It would be important as -- I think we've
23 gone over this before; but it would be important in
24 determining potential exposure from uncoated
25 products. For a product such as Scotts where the

**Page 69**

1  manufacturing process itself deliberately
2  attempted -- made every effort to remove any foreign
3  material, including any tremolite of any kind, and
4  then coated the resulting product, it would be
5  significant in determining what your expectations of
6  the result might be.
7      Q.  Let's keep talking about some of these
8  tests that have been just brought up recently, some
9  of the EPA tests. I believe you mentioned there
10 were some attic insulation tests; is that correct?
11     A.  I believe it's a Versar report.
12     Q.  Okay. And were they able to identify
13 what location that vermiculite came from generally?
14     A.  I believe so.
15     Q.  Okay. And is it true that some of the
16 bulk samples of the vermiculite that were taken
17 showed no detectable levels of asbestos; is that
18 correct?
19     A.  Yes.
20     Q.  Okay. Is it also true, though, that when
21 they disturbed those samples and took air
22 measurements that they did indeed find detectable
23 levels of asbestos in the air?
24     A.  I remember one instance where they
25 reported that.

RICHARD LEE

Page 70

1  Q. Okay. And is it also true that there
2  were indeed bulk samples taken that did identify
3  asbestos in the vermiculite?
4  A. Yes.
5  Q. What could account for that difference
6  within the same product that one sample might have
7  asbestos in it and another one might not?
8      MR. HARVARD: Gary, let me take a
9  break for a moment and take a call. I'll be right
10 back.
11     MR. DiMUZIO: That's fine. Give it
12 ten minutes?
13     THE WITNESS: Okay.
14     MR. HARVARD: Yeah, probably five
15 minutes.
16     (Brief recess from 11:53 a.m. until
17 12:17 p.m.)
18 Q. Okay, sir. We're back after a short
19 break. Let me just sort of restate where we're at,
20 just lay a little foundation and ask you a question.
21     It's my understanding that in the samples
22 of the vermiculite in people's attics that some of
23 the bulk samples had asbestos detected and some did
24 not from the same product application.
25 A. Are we talking about the Versar study?

Page 71

1  Q. The ones that was based -- were they the
2  contractors that did the work for the EPA?
3  A. Yes.
4  Q. Yes, I believe so. Okay. So it's my
5  understanding that some of the bulk samples came
6  back with asbestos contamination and others did not
7  and it was all apparently from the Libby mine. How
8  do you -- what possible explanation could there be
9  for those results?
10 A. Well, if those results are as you
11 describe, it suggests that the amount of asbestos
12 would be near their detection limit so that one case
13 you might find it, another case you might not.
14 Q. Okay. Is it possible or have you ever --
15 well, let me ask you, have you ever seen situations
16 where in vermiculite bulk samples that they would
17 get a fairly high amount of asbestos in one area and
18 little or no asbestos in other areas?
19 A. We really found a great deal of
20 consistency overall. I wouldn't say no variability;
21 but I'd certainly say that -- you know, when we did
22 attic sampling, for example, we sampled top, middle
23 and bottom of the insulation in five locations and
24 there was just a great deal of consistency.
25 Q. How do you explain the fact that the bulk

Page 72

1  samples in one situation came back negative, meaning
2  a finding of no asbestos that they could detect, but
3  that when they disturbed the samples and took an air
4  sample they did detect measurable levels of
5  asbestos? What could possibly explain that?
6  A. Well, is this the situation you described
7  where the other samples from the same attic were
8  positive and this one was negative?
9  Q. I don't believe so.
10 A. You what?
11 Q. I don't believe so. I believe all the
12 bulk samples were negative and then the air sample
13 came back positive.
14 A. So that would suggest that the bulk
15 samples were -- if the tests were reliably done, if
16 you take them at face value, which I can't speak to,
17 it would suggest that your level -- detection limit
18 was too high.
19 Q. Okay. Are you aware of any test of any
20 Scotts product that showed asbestos fibers in the
21 air?
22 A. No.
23 Q. Okay. If there were such tests done
24 where someone had taken a Scotts product that
25 contained vermiculite and had done some testing and

Page 73

1  did indeed find asbestos in the air afterwards,
2  would that be important to your opinion?
3      MR. HARVARD: Object to the form. If
4  you have anything you would like to show him and ask
5  him to comment on, I think the Doctor would be happy
6  to; but I think as asked, something he hasn't seen
7  and that's not of record in this case, the question
8  is improper.
9      MR. DiMUZIO: Okay.
10 Q. Doctor, just strike that. Let me just
11 ask you as a hypothetical purely, which is what it
12 was but let me just make it clear: Let's say there
13 had been air testing done while Scotts products were
14 being used.
15 A. The Turf Builder.
16 Q. That's fine. Let's use Turf Builder as a
17 hypothetical example.
18 A. Okay.
19 Q. And there were asbestos fibers detected
20 in the air from the air sampling, would that be
21 important in your opinions in this case? Would you
22 change your opinions?
23     MR. HARVARD: Same objection.
24 A. I would certainly look at the data and
25 look at the study and ask the question, you know,

19 (Pages 70 to 73)

Henjum Goucher Reporting Services, LP
888-656-DEPO

RICHARD LEE

Page 74

1 how does this come to be; but I would find it very
2 unlikely given my understanding of the product that
3 you're going to be finding positive exposures from
4 this product.
5     Q.  All right.  Now, what is your opinion as
6 to what types of asbestos are contaminants in the
7 Libby mine from W.R. Grace?
8     A.  The Libby mine is kind of a -- contains
9 both asbestos and non-asbestos form that you can
10 probably -- that have historically been generically
11 grouped as tremolite but they're actually probably
12 more properly described as sub-calcic alkali
13 amphiboles.
14    Q.  And you're using tremolite here as sort
15 of a catchall phrase for some closely related
16 asbestos types; is that right?
17    A.  I'm using tremolite as a catchall for the
18 minerals that are -- for the amphibole minerals
19 found at Libby.
20    Q.  All right.  Now, I often see -- in not
21 just this litigation but a lot of different asbestos
22 litigation there's often discussions of background
23 levels; and I believe you had some papers that had
24 some information regarding background levels of
25 asbestos.

Page 75

1        What types of fibers are typically the
2 main asbestos fibers in the ambient air?
3    A.  To the extent they exist, it's
4 chrysotile.
5    Q.  Okay.  So if someone was testing a Scotts
6 product and in an air sample they found some of this
7 tremolite or tremolite group fiber in the air, it
8 would be extremely unlikely that it would just be
9 from ambient contamination; is that correct?
10       MR. HARVARD:  Objection, form.  If
11 it's a hypothetical, it lacks sufficient foundation.
12    Q.  You can answer, sir.
13    A.  Unless you're in -- it really depends on
14 location in the country.  If you're in California or
15 Virginia, northern Minnesota, to name a few
16 locations, and you measure low levels, you could be
17 measuring either chrysotile or amphibole.
18    Q.  In your opinion, what would be the most
19 likely?
20    A.  Well, the predominant airborne fiber type
21 in the U.S. is chrysotile.
22    Q.  What about -- just for example say
23 Cambridge, Massachusetts, what would be the
24 predominant ambient background fiber in that part of
25 the country?

Page 76

1    A.  I would think chrysotile.
2    Q.  Okay.  Let me ask you a few questions.  I
3 think some of these are almost -- I think you'll
4 agree with me at least on this first one it's pretty
5 state straightforward; but if you're testing a
6 product for potential asbestos exposure from that
7 product and that product has no asbestos in it
8 whatsoever, it follows that any sort of air sampling
9 that you would do would of necessity be zero
10 asbestos from that product; correct?
11    A.  If I understand your question, that's
12 true.
13    Q.  Okay.  So if you're actually conducting
14 tests to see whether there is exposure to asbestos
15 from a given material and you can get that same
16 material from a variety of sources, some of it may
17 have asbestos and some of it does not, wouldn't it
18 be important in your opinion to determine what the
19 source of the material is?
20    A.  We're talking about testing -- we're
21 talking about testing Scotts Turf Builder?
22    Q.  Anything.
23    A.  Well, under the answer anything, yes.  I
24 think we would --
25    Q.  And would that answer change if we're

Page 77

1 talking about Turf Builder in your opinion?
2    A.  In my opinion the Turf Builder, because
3 of the manufacturing process, any resident asbestos
4 fibers coming from Libby would have been removed or,
5 you know, the vast majority or substantially all or
6 something like that removed.  Any residual fiber
7 that could possibly have gotten through is going to
8 be coated.
9    Q.  Okay.
10    A.  So that it changes the equation relative
11 to the probability of -- the importance of knowing
12 what your material is.
13    Q.  Okay.  We talked before about some
14 different test scenarios involving soil.  Have you
15 ever seen those units you can rent from these little
16 rental units or you can even buy them at a Home
17 Depot or something where they -- they're probably
18 gasoline powered and they basically just till the
19 soil for a garden?  Are you familiar with what I'm
20 talking about?
21    A.  Yep.
22    Q.  Have you ever seen any tests regarding
23 that type of equipment and any potential exposure to
24 asbestos from any Scotts vermiculite-containing
25 products?

20 (Pages 74 to 77)

Henjum Goucher Reporting Services, LP
888-656-DEPO

RICHARD LEE

Page 86

1  fiber removal happened was at the mine face, in the
2  mill, in the concentrator, in the major steps in the
3  expansion process.
4      Q.  Okay.  What about that process that was
5  happening at Scotts was different from the process
6  that W.R. Grace employed in its yard and garden
7  products?
8      A.  I actually don't know.  I do know that
9  when Grace did testing for Scotts -- and I don't
10 know that they were comparing to their -- any lawn
11 and garden product that they were manufacturing.
12 I'm not familiar with that business of theirs.  They
13 commented in a letter that Scotts must be doing
14 something to remove the tremolite asbestos fiber
15 because they didn't find any tremolite asbestos when
16 they tested the Scotts product and by inference
17 suggested that they were finding such in their own
18 products.
19     Q.  Okay.  Other than this coating process,
20 this trionizing process, to your knowledge is there
21 any difference between what Scotts was doing and
22 what W.R. Grace was doing?
23         MR. HARVARD:  Objection, form.
24     A.  I don't know the answer.
25     Q.  Fair enough.

Page 87

1         Do you believe that the exfoliation
2  process would in itself, the heating of this
3  material so that it puffs out, would that actually
4  increase or decrease the amount of asbestos fibers
5  present, or neither?
6      A.  To the extent it had any impact, it
7  would -- it potentially materially -- it could be a
8  material factor in reducing fiber content because of
9  the mechanical action of the expansion and the air
10 blowing and potentially chemical changes that might
11 have occurred that could have affected surface
12 properties of the vermiculite and asbestos.
13     Q.  Would that have the impact of actually
14 increasing the amount of fibers that are present?
15     A.  Reducing.
16     Q.  Reducing in your opinion?
17     A.  Yeah.
18     Q.  Is there any possibility that it would
19 have an impact on this other non-fibrous form that
20 you were talking about earlier, that it might crack
21 that form into a fibrous type of shape?
22     A.  Not to any meaningful extent.
23     Q.  Is it possible?
24     A.  I would almost say it's impossible but
25 that's a kind of -- I would think it's just very

Page 88

1  unlikely.  Certainly if it were a normal piece of
2  amphibole, physically it is pretty strong.
3      Q.  Okay.  I believe the next set of
4  materials that you have in your possession relates
5  to some training materials.  Is that correct, sir?
6      A.  I think we covered those.
7      Q.  We covered those.  And was that marked
8  No. 11?
9          MR. HARVARD:  No.  Hang on a second,
10 Gary.
11         THE WITNESS:  It might have been
12 marked No. 8.
13         MR. HARVARD:  Yeah, that was marked
14 No. 8, Gary.
15         MR. DiMUZIO:  Okay.
16         MR. HARVARD:  That was when we got to
17 the discussion about the blueprints and drawings.
18         MR. DiMUZIO:  Oh, okay.  I gotcha.
19     Q.  Anything in particular about what's been
20 marked Exhibit No. 8, the training materials, that's
21 important to your opinion?
22     A.  No, except it's one of the pieces that --
23 you know, one of the pieces of information that I
24 use to inform myself about Scotts' process.
25     Q.  Okay.  I guess the next series of

Page 89

1  documents, the folder you have there, would be some
2  papers by a Chatfield; is that correct?
3      A.  Yes.
4          MR. DiMUZIO:  Let's mark that No.
5  11, if we could.  Let me know when you're finished.
6  (Deposition Exhibit No. 11 was marked for
7  identification.)
8      Q.  Sir, what is important as a basis for
9  your opinion in these three articles by Chatfield
10 that you brought with you today?
11     A.  He did rather extensive studies of
12 Virginia and South Carolina and South African
13 vermiculite.
14     Q.  Okay.
15     A.  And found that the -- no evidence of
16 asbestos amphiboles.
17     Q.  Okay.  Did he discuss any other studies
18 that have been done?  I guess let's just break this
19 down by location.  The South African location, did
20 he discuss that any other papers had found asbestos
21 there?
22     A.  No.
23     Q.  What about the Virginia Vermiculite mine,
24 did he discuss any other studies that have found
25 asbestos in that mine?

23 (Pages 86 to 89)

RICHARD LEE

Page 90

1  A.  I do not recall him mentioning other
2  studies.
3  Q.  Okay. And was the other one South
4  Carolina?
5  A.  I believe so, yeah.
6  Q.  Did he mention any other studies that
7  found asbestos in the South Carolina mines?
8  A.  No. I don't recall in any case him
9  mentioning other studies.
10  Q.  How about just discuss what he was doing
11  there. Why are these papers important to your
12  opinion?
13  A.  They're important to my opinion insofar
14  as they illustrate that the material that -- they
15  support my opinion that the material that Scotts
16  switched to when they converted from one -- from the
17  Libby was in fact substantially asbestos-free.
18       MR. HARVARD: Gary, can we hold on
19  for one --
20  Q.  They stopped using the Libby, Montana
21  vermiculite?
22       MR. HARVARD: Gary, can we hang on
23  for a second? I need to ask a quick question of the
24  Doctor.
25       MR. DiMUZIO: Sure.

Page 91

1  (Discussion off the record.)
2       MR. HARVARD: Gary?
3       MR. DiMUZIO: Sir.
4       MR. HARVARD: Let me just say on the
5  record, I just had a brief, 30-second discussion
6  with the Doctor. The Chatfield papers I believe are
7  being produced because we asked the Doctor to look
8  at them specifically with respect to some questions
9  which may arise in legal issues in this case; and I
10  don't think he really knows the full extent of why
11  we asked him to look at it, but we did ask him
12  specifically to look at those Chatfield papers.
13       MR. DiMUZIO: Okay.
14  Q.  Sir, do you have some understanding of
15  when Scotts stopped using asbestos from the Libby,
16  Montana mine?
17  A.  Well, I don't think Scotts ever used
18  asbestos from the Libby, Montana mine.
19  Q.  Sorry. Strike that.
20  A.  I think they used vermiculite.
21  Q.  Do you know when Scotts stopped
22  purchasing vermiculite that was obtained from the
23  Libby, Montana mine?
24  A.  My recollection is in the early '80s.
25  Q.  And do you know why they stopped

Page 92

1  purchasing that vermiculite at that time?
2  A.  No, I do not.
3  Q.  Do you know, do current Scotts products
4  use vermiculite in them?
5  A.  My understanding is not, but I don't know
6  in all cases.
7  Q.  Let's go on.
8       Sir, does -- your next file, does it
9  contain materials that have to deal with ambient air
10  studies?
11  A.  Yes.
12  Q.  What does the next file folder of
13  materials contain?
14  A.  It's entitled Texas Ambient Air Data.
15  Q.  Okay.
16       MR. DiMUZIO: Court Reporter, let's
17  go ahead and get that marked Exhibit No. 12.
18  (Deposition Exhibit No. 12 was marked for
19  identification.)
20  Q.  Doctor, if you can look at Exhibit No.
21  12 and just explain what that is and why it's
22  important for your opinion?
23  A.  It's a tabular listing of measurements of
24  asbestos in air primarily in school systems in
25  outdoor air.

Page 93

1  Q.  You said primarily in what systems?
2  A.  Near schools in and around the city of
3  Houston.
4  Q.  Okay. And what are the conclusions from
5  that study that you found were important?
6  A.  We concluded that the average airborne
7  concentration was three -- zero point three zeroes
8  six.
9  Q.  Okay. And what type of asbestos were you
10  predominantly identifying?
11  A.  Chrysotile.
12  Q.  Okay. And did you perform this study
13  yourself?
14  A.  Well, we performed it at R.J. Lee Group.
15  Q.  And when did you do that study?
16  A.  Over the period 1987 to '92.
17  Q.  Okay. And who paid for your services for
18  that study?
19  A.  Primarily W.R. Grace.
20  Q.  Okay. What is the next set of documents
21  that you brought with you, Doctor?
22  A.  The next set are images of Turf Builder
23  in cross section, in -- as both surface pictures and
24  in cross section; and also pictures of fines,
25  vermiculite fines, taken from the smallest portion

24 (Pages 90 to 93)

RICHARD LEE

Page 98

1  A. This actually was in 2000. I'm sorry.
2  Q. Okay.
3  A. The report is -- if you look in the
4  testing book that was produced -- probably been
5  produced to you before -- it was dated November 8th,
6  2000 and the report is addressed to Mr. Bob Roser.
7  Q. Okay. And you believe that these
8  pictures are pictures of Turf Builder that used
9  vermiculite from the Virginia vermiculite mine;
10  correct?
11  A. That's my belief.
12  Q. Okay. And I believe you testified
13  earlier that in your opinion there are only small
14  amounts of asbestos fibers in the Virginia
15  vermiculite deposits; is that correct?
16  A. If any.
17  Q. Okay. What has been marked Exhibit No.
18  13-B?
19  A. More photographs of the vermiculite
20  which -- some of which have been highlighted with
21  different colors to show the binder on the outer
22  surface.
23  Q. Okay. Now, is this the same vermiculite
24  sample that you were taking photographs of in 13-A?
25  A. Yes.

Page 99

1  Q. Okay. So this vermiculite in 13-B would
2  also be originated at the Virginia vermiculite mine;
3  correct?
4  A. That was my recollection.
5  Q. Okay. And basically what are the
6  important features of 13-A and 13-B for your
7  testimony?
8  A. For my testimony they will be used to
9  demonstrate the nature of the coating produced by
10  the trionizing process and to exhibit the
11  differences between expanded and non-expanded
12  vermiculite.
13  Q. And I take it because this was based on
14  vermiculite from the Virginia vermiculite mine that
15  there is little or no asbestos fibers present in
16  those photographs; is that correct?
17  A. "No" is the appropriate term.
18  Q. Now, is it your opinion that this coating
19  process would coat each and every fiber of asbestos
20  that would be contained within the vermiculite?
21  A. Well, no. The asbestos fibers have been
22  removed prior to the process.
23  MR. HARVARD: Are you asking him a
24  hypothetical if there had been any in there?
25  MR. DiMUZIO: No. No. I'm just

Page 100

1  asking him, you know, period, not on these
2  particular photographs. I understand his position
3  about the little or no coming from Virginia.
4  Q. I'm just saying that, you know, if we
5  were dealing with vermiculite from the W.R. Grace
6  mine -- and I believe you acknowledge that mine was
7  contaminated fairly heavily -- would each and every
8  fiber of the remaining asbestos be coated?
9  A. Well, I think we're still kind of two
10  ships that are passing in the night here a little
11  bit. My testimony is that all or virtually all of
12  the asbestos and generally tremolite of the asbestos
13  is removed in the process leading up to the
14  trionizing, particularly the fine -- any respirable
15  material substantially is removed because they don't
16  want it to carry weight around. The residual, every
17  particle will be coated.
18  Q. Do you believe there would be some
19  residual asbestos?
20  A. No. The residual -- whatever actually
21  constitutes the product will be coated according to
22  our observations and Scotts' practice.
23  Q. Okay. Are you aware of any test results
24  of vermiculite obtained from Libby, Montana where
25  that was what the findings were?

Page 101

1  A. All of the test results of Turf Builder
2  indicate no detectable asbestos in the -- either in
3  the product itself or as a result of application or
4  dropping.
5  Q. And that includes Turf Builder that used
6  vermiculite from the Libby mines?
7  A. Yes. Virtually all of the tests were
8  related to vermiculite from the Libby mines.
9  Q. While we're on the subject of Turf
10  Builder and Scotts products, what other products by
11  Scotts contained vermiculite over the years?
12  A. I don't know the answer to that. I do
13  know that Turf Builder and Turf Builder Plus II or
14  Turf Builder Plus contained vermiculite at one
15  point.
16  Q. Okay. Let's turn our attention to what's
17  been marked as 13-C. What is 13-C?
18  A. 13-C is a selection of a number of the
19  photos from the preceding sets that have actually
20  been prepared as demonstrative so that they -- you
21  know, they're set up as Power Point.
22  Q. Okay. So basically it's just a
23  collection of photos that are included already in A
24  and B?
25  A. Right; but these got highlighting,

RICHARD LEE

### Page 102

1  colorized and so on.
2  Q. In all those pictures that you prepared
3  for trial demonstration, are there any pictures of
4  vermiculite from the Libby mines?
5  A. No.
6  Q. Okay. Do you have pictures of the
7  vermiculite from the Libby mines in your shop?
8  A. Well, we certainly did at one time. I
9  don't know if we do right now or not.
10  Q. Okay.
11  A. I would think there would be some.
12  Q. Okay. And do you recall whether or not
13  any of those pictures show the presence of asbestos
14  fibers?
15  A. In some cases we've observed asbestos
16  fibers in Libby vermiculite.
17  Q. Okay. About how many photos do you think
18  you've taken over the years of vermiculite from the
19  Libby mine?
20  A. Of the ore itself in raw form, a few. Of
21  the -- of various products, a substantial number.
22  Q. Okay. Have you ever taken a picture of a
23  vermiculite product where the vermiculite was
24  originated from the Libby mine and the vermiculite
25  had been through the exfoliation process and the

### Page 103

1  screening process and these other mechanical
2  treatments that we've talked about before other than
3  the trionization where you actually were able to
4  observe and photograph pictures of asbestos fibers?
5  A. Yes.
6  Q. Okay. And what materials or products
7  were you able to actually take pictures of asbestos
8  fibers in the vermiculite product?
9  A. In some samples of attic insulation.
10  Q. Okay. What was different about the
11  mechanical treatment of that attic insulation from
12  the Scotts products, not talking about the coating
13  process, just the --
14  A. It was a coarser grade.
15  Q. I'm sorry?
16  A. I believe it was a coarser grade and so
17  it didn't have all of the processing that Scotts'
18  product did; and it obviously didn't go through the
19  exfoliation process at Scotts.
20  Q. And would that be essentially the same
21  process of heating the vermiculite to a certain
22  temperature range quickly?
23  A. Well, the -- at some point it would have
24  either got a chemical expansion or a thermal
25  expansion; but at the mine -- it left the mine as a

### Page 104

1  different product than what went to Scotts.
2  Q. But the exfoliation process itself that
3  you were discussing, would that be essentially the
4  same?
5  A. That I can't answer.
6  Q. Okay. Why do you believe that there was
7  asbestos in these particular products that you
8  photographed the asbestos in?
9  MR. HARVARD: I object to the form.
10  I guess I'm not sure what you're asking, Gary.
11  A. Yeah, it's unclear to me. Are you asking
12  me why -- how I identified it or are you --
13  Q. No. Why do you believe that there is
14  still residual asbestos in those
15  vermiculite-containing products that had vermiculite
16  from the Libby mine?
17  A. In instances where it's still there, they
18  didn't get it out.
19  Q. But it would have had to go through the
20  same basic processing that you described earlier for
21  Scotts products with the exception of the coating
22  process; correct?
23  A. And with the exception of the air
24  fluidized bed stoner table to separate out sand and
25  fiber.

### Page 105

1  Q. You don't believe that those products had
2  that done?
3  A. No. I say they certainly varied, okay,
4  and I don't know -- I don't know enough about the
5  processing of other product -- of the other products
6  to make your comparison for you.
7  Q. Okay. I'm going to fear to tread into a
8  pretty complicated area here.
9  MR. HARVARD: Gary, let me ask then
10  that we stop for a minute so that I can rise to a
11  point of personal privilege.
12  MR. DiMUZIO: You got it. How much
13  time do you want?
14  MR. HARVARD: Five minutes.
15  (Brief recess from 1:16 p.m until 1:24 p.m.)
16  MR. DiMUZIO: We're back again after
17  a short break.
18  Q. Doctor, I want to delve into an area that
19  I thought was pretty simple until about 24 hours
20  ago. I want to talk about how you define or how you
21  and other scientists and regulators and
22  mineralogists and health professionals define
23  asbestos. I hardly know where to start. Maybe we
24  should start with when you've been talking about
25  asbestos being detected or not detected in the

RICHARD LEE

Page 146

1    Dr. Chatfield really -- in terms of
2    procedure we used the methodology that's really
3    derived from Dr. Chatfield.
4    Q.  I see.  Now, is this something that he
5    developed on his own or did he borrow someone else's
6    method; do you know?
7    A.  Well, you know, it's a hand-me -- almost
8    all analytical methods are hand-me-downs.  I think
9    his work was sponsored by EPA and he did this work,
10   method development, for EPA.
11   Q.  Do you know whether or not Grace ever
12   developed their own methodology for sampling these
13   vermiculite deposits?
14   A.  Well, vermiculite deposits, yes.  Grace
15   had a pretty detailed sampling and evaluation
16   procedure.
17   Q.  Okay.  And does that vary from what Dr.
18   Chatfield recommends?
19   A.  Well, yeah, it was pre Chatfield.
20   Q.  Okay.  And what would the distinctions
21   be, to your knowledge?
22   A.  Grace did not use electron microscopy,
23   which Chatfield and I do.  They used a combination
24   of x-ray defraction and polarized light microscopy;
25   and they used a digestion process on the vermiculite

Page 147

1    to enrich the content and lower their sensitivity so
2    they could detect smaller quantities of material
3    than a conventional --
4    Q.  What would be the advantages of the type
5    of system that you and Chatfield use compared to the
6    Grace method?
7    A.  Ultimately if you're -- you have two
8    indications of asbestos content that you need to
9    know.  One is weight, how much is there; and the
10   other is how many is there; and their technique
11   would give you how much, not how many.
12   Q.  Speaking of how many, we were talking
13   about fiber sizes before.  If we were looking at ore
14   from the Libby mines, contaminated vermiculite, what
15   percentage of the asbestos fibers would be greater
16   than five microns versus less than five microns?
17   A.  Where at, in the ore?
18   Q.  Correct.
19   A.  Oh, virtually all would be greater than
20   five microns.
21   Q.  Okay.  What about as you were getting
22   close to the finishing stages of the mechanical
23   treatment of the vermiculite, what would be the
24   ratio there?
25   A.  It's kind of a fifty-fifty split.

Page 148

1    Q.  What do you base that on?
2    A.  Just my experience looking at the
3    products.
4    Q.  Okay.  So just based on that rough rule
5    of thumb that you've come up with, if we were going
6    to look at a sample of processed vermiculite and
7    look at the numbers that have generally been
8    reported, we could double that and get a rough
9    estimate of the total number of fibers both above
10   and below five microns; is that correct?
11   A.  Well, assuming that they counted only
12   fibers greater than five microns.  You would find
13   that the fiber count could be doubled, but the
14   weight would not change because the long fibers have
15   99.9 percent of the weight.
16   Q.  Okay.  But in terms of the shear numbers
17   of fibers, there would be effectively a doubling; is
18   that correct?
19   A.  Yeah.
20   Q.  Would you agree that for a disease like
21   asbestosis which is -- sometimes I hear the term
22   signature disease used.  Do you understand what I
23   mean by the term signature disease?
24   A.  For what?
25   Q.  Asbestosis.

Page 149

1    A.  For asbestos, signature to something.
2    Q.  I'm sorry?
3    A.  I really -- I don't know what you mean.
4    Q.  Oh, okay.  Well, you certainly -- in your
5    research in asbestos you've run into the term
6    asbestosis before; correct?
7    A.  Sure.
8    Q.  Okay.  And I take it it's your
9    understanding that that's a scarring of the lung
10   tissue; is that correct?
11   A.  Yes.
12   Q.  Okay.  And by definition, for it to be
13   asbestosis, it would have to be a scarring of the
14   lungs caused by asbestos; right?
15   A.  For it to be asbestosis, that's correct.
16   Q.  So if individuals are coming down with
17   asbestosis, the only explanation is they have been
18   exposed to some significant amount of asbestos
19   somewhere at some point in their life; correct?
20   A.  You're really beyond me.  I personally am
21   not aware of other causes of asbestosis than
22   exposure to asbestos perhaps in conjunction with
23   something else.
24   Q.  Okay.
25   A.  But I'm not -- you're well beyond my

RICHARD LEE

Page 150

1 range of expertise now.
2     MR. HARVARD: And I'm going to object
3 as being outside the scope of the witness'
4 expertise.
5     MR. DiMUZIO: All right.
6  Q.  How many studies have you done for Scotts
7 yourself?
8     MR. HARVARD: Are you talking him
9 personally or the R.J. Lee Group or both?
10    MR. DiMUZIO: The R.J. Lee Group,
11 sure.
12  A.  Probably two or three studies.
13  Q.  Did those two or three studies involve
14 looking at the finished product and testing it for
15 asbestos?
16  A.  Looked at finished product, sand,
17 vermiculite ore. We looked at probably four or five
18 different types of stuff.
19  Q.  Okay. And in any of your analysis did
20 you ever find any evidence of asbestos?
21  A.  Only what I described earlier, that the
22 levels were generally at or below detection limit
23 and when we found a particle who potentially was
24 asbestos we would count it as asbestos whether I
25 believe it truly is or not. So there were trace

Page 151

1 quantities of asbestos form material reported.
2  Q.  Okay. And do you know for a fact whether
3 any of those samples that you were analyzing used
4 vermiculite from the W.R. Grace mine in Libby,
5 Montana?
6  A.  Well, I do not believe I have analyzed
7 Scotts products with Libby vermiculite in it.
8  Q.  Okay. What tests do you rely on for your
9 opinions of no asbestos being in the finished
10 product where we know that there was Libby's,
11 Montana W.R. Grace vermiculite used as the source?
12  A.  I rely -- I'm relying on the tests that
13 Scotts conducted over roughly an eight-year to
14 ten-year period or something like that in the mid
15 '70s and early '80s.
16  Q.  Okay. And who conducted those tests?
17  A.  They were conducted by -- some tests were
18 conducted by Scotts themselves, some by Dr. Clark
19 Cooper, some by Walter McCrone, some by Clayton and
20 some by W.R. Grace; and they universally showed
21 no -- either no fiber exposure or no asbestos
22 exposure.
23    MR. HARVARD: Gary, they're all in
24 the notebook that we provided and identified.
25    MR. DiMUZIO: I see.

Page 152

1  Q.  And who is Dr. Cooper, sir?
2  A.  Clark Cooper was a former head of the
3 public health service. He's very elderly now; but
4 he was one of the preeminent epidemiologists and
5 leaders in the -- in sort of carrying the flag that
6 particle dust is bad and asbestos dust is especially
7 bad if you breathe it.
8     MR. DiMUZIO: I tell you what, folks.
9 Can we just take a short five-minute break here and
10 I'm either finished or very close to being finished.
11    MR. HARVARD: Okay. Good.
12    (Brief recess from 2:54 p.m until
13 3:02 p.m.)
14    MR. DiMUZIO: We're back after a
15 short break.
16  Q.  Doctor, I don't want to read this
17 designation for you. I think a lot of it we clearly
18 have covered. It does talk about -- let me read one
19 sentence to you. Quote, "He is expected to testify
20 as to the governmental and industrial standards past
21 and present for airborne asbestos."
22    What do you intend -- what general
23 subjects do you intend to testify about regarding
24 that area?
25  A.  Basically you can put it into a time line

Page 153

1 of OSHA standards beginning in 1970 or '72 and
2 following the OSHA standard throughout time up to
3 present and then cite the fact that EPA has no
4 standard.
5  Q.  Okay.
6  A.  So that would be the substance.
7  Q.  You're just basically starting with the
8 EPA standard then that came out in what,
9 approximately '72?
10  A.  Right.
11  Q.  You're not going back to any of the
12 earlier history of this, the AGIH, the American
13 Governmental Association -- or Governmental
14 Industrial Hygienists, whatever they're --
15  A.  I wouldn't intend to; but do you know
16 what I mean? You know -- the 5,000,000 particle
17 standard you mean?
18  Q.  Right.
19  A.  No, I don't intend to.
20  Q.  Well, let me just ask you this -- I don't
21 have any questions about what you just specifically
22 stated, I understand where you're going there. Are
23 you intending to offer any testimony that these
24 standards ensure complete safety?
25  A.  Nope. That's outside the realm of my

RICHARD LEE

Page 154

1 testimony. I don't deal with safety.
2   Q.  Okay. What is --
3   A.  Oh, I would.
4   Q.  -- your testimony other than just the
5 changing nature of the standards? Do you have any
6 other major opinions that you offer on that subject?
7       MR. HARVARD: Hang on a second, Gary.
8 He was trying to say something a minute ago.
9   Q.  I'm sorry. Go ahead.
10      MR. HARVARD: Doctor?
11  A.  No.
12  Q.  I'm sorry?
13  A.  I feel like I just got caught in my
14 German test. The instructor asked a question --
15      No. All I would testify about is the
16 time line of the standards and the airborne
17 concentrations and potentially compare that to the
18 measurements. You know, so it's an exposure
19 analysis.
20  Q.  Have you looked at any of the exposure
21 studies to workers at Scotts?
22  A.  No.
23  Q.  Okay. Do you have any opinion based on
24 anything you've reviewed or been communicated to
25 whether or not any of the threshold standards or

Page 155

1 PELs were ever violated at the Scotts plants?
2   A.  No.
3   Q.  All right. Let me ask you something
4 going back to testing of the Scotts products
5 themselves.
6       Are you aware of any testing that was
7 done where someone would be opening a bag of this in
8 a confined area like a garage and pouring it into
9 some sort of a container like a spreader?
10  A.  Would you repeat that again?
11      MR. HARVARD: Object to the form.
12  A.  I got lost in it.
13  Q.  Are you aware of any studies involving
14 Scotts vermiculite-containing products where the
15 exposure scenario is someone pouring a bag of the
16 product into some form of spreader and they're doing
17 this in a confined area like a garage?
18  A.  I'd say absent the confined. The pouring
19 into the spreader, those are really the tests that
20 both Grace and Scotts did.
21  Q.  And they did those in an outdoor
22 environment; is that correct?
23  A.  Yes.
24  Q.  So to your knowledge, there are none that
25 would be done in an indoor, closed environment like

Page 156

1 a garage; is that correct?
2   A.  Not -- do you mean pouring Turf Builder
3 into a confined area?
4   Q.  Right.
5   A.  There was one test -- so-called drop test
6 that Scotts did which showed no fiber release from
7 Turf Builder.
8   Q.  Was that done in a confined space like a
9 garage?
10  A.  That was done in a glove box basically.
11 So it's -- it's a worst case scenario just to see if
12 any exposure occurred; and they concluded their test
13 was inappropriate because the fiber -- either no
14 fibers were released or they didn't get up in the
15 air high enough to be detected.
16  Q.  And, again, do you know for a fact
17 whether or not it was vermiculite from the Libby,
18 Montana W.R. Grace mine that was used in the
19 manufacture of that particular product sample?
20  A.  Not as I sit here today. I don't recall.
21      MR. DiMUZIO: Doctor, I believe
22 that's all the questions I have at this time.
23      THE WITNESS: Okay.
24      MR. HARVARD: Gary, I want to do
25 about three or four quick follow-ups.

Page 157

1       MR. DiMUZIO: I think the State of
2 Texas lets you do that.
3       MR. HARVARD: And I will be brief.
4       MR. DiMUZIO: Sure. Go for it.
5
6              EXAMINATION
7
8 BY MR. HARVARD:
9   Q.  Doctor, you were asked a number of
10 questions where they addressed studies done on
11 finished product or in sand which your firm did for
12 Scotts. Do you recall those tests?
13  A.  Yes.
14  Q.  Do you recall that testimony?
15  A.  Yes.
16  Q.  Did any of the tests that the R.J. Lee
17 Group did on finished Scotts products demonstrate
18 the presence of asbestos?
19  A.  No. That was a no. I'm sorry.
20  Q.  Doctor, do you remember being asked
21 earlier a series of questions about the photographs
22 you took which demonstrate the coating and the size
23 of particles reflected in those photographs?
24  A.  Yes.
25      MR. DiMUZIO: Objection, form.

RICHARD LEE

**Page 158**

1    Q.  Do you recall being asked questions about
2  whether coating such as that in the Scotts
3  trionizing process would bind asbestos inside the
4  Scotts product?
5    A.  Yes.
6    Q.  Okay. Did you see any tests or any
7  evidence that any finished Scotts product contained
8  any asbestos present at all either in photographs or
9  testing?
10    A.  No.
11    MR. DiMUZIO: Objection, form.
12    Q.  If there had been some small amounts of
13  unmeasurable, residual asbestos in vermiculite which
14  formed the basis for Turf Builder and was then
15  encapsulated in the Turf Builder product in the urea
16  formaldehyde apoxy, do you have an opinion as to
17  whether that coating would have bound the asbestos
18  inside that product?
19    MR. DiMUZIO: Objection, form.
20    A.  It would have been my -- it would be my
21  opinion that it would have bound it.
22    Q.  If you would look back at the tests and
23  see the time frames involved in the drop tests that
24  you just described to Mr. DiMuzio, would that help
25  you remember whether or not it was a time frame in

**Page 159**

1  which W.R. Grace Libby vermiculite may have been
2  used?
3    A.  It was the time frame in which -- at the
4  same time they tested a number of different ores;
5  but the Turf Builder would have -- it's likely it
6  would have been Libby vermiculite. I just -- I
7  don't think it is in the data whether the Turf
8  Builder actually contained -- but it's at the time
9  frame when you would expect it to be.
10    MR. HARVARD: Thank you, Doctor.
11  That's all I wanted to ask, Gary.
12    MR. DiMUZIO: I don't have any more
13  questions, but I do just want to make a statement
14  that the Doctor has identified some materials
15  regarding testing of vermiculite on behalf of both
16  W.R. Grace and The Scotts Company in particular and
17  photographs, et cetera. I do think that those would
18  have been appropriate materials to turn over
19  pursuant to the Subpoena Duces Tecum here; and I
20  would like to suggest that we get together with
21  counsel and reach some sort of agreement about
22  having Plaintiffs get access to those materials.
23    MR. HARVARD: Gary, let me just ask
24  while we're on the record what materials and
25  photographs you're talking about because all of the

**Page 160**

1  tests done for which there is any data, which I
2  believe Dr. Lee has in his possession, and all
3  photographs relating to the Scotts material that he
4  has, I think we have produced.
5    THE WITNESS: Yeah, I think he's
6  asking -- pardon me.
7    MR. HARVARD: Yeah.
8    THE WITNESS: I think he is asking
9  the question about were there any photographs
10  related to the bulk testing.
11    MR. HARVARD: Oh, okay.
12    THE WITNESS: Whether the reports are
13  in the test book.
14    MR. DiMUZIO: I mean, any photographs
15  of vermiculite including, you know, vermiculite
16  studies that he did, you know, on behalf of Grace
17  because that was the source product; and also just
18  things like, you know, raw test results and any
19  handwritten notes through the collection process and
20  those sorts of things I think we would be entitled
21  to.
22    MR. HARVARD: Gary, let me just state
23  on the record, and I do want this transcribed as
24  part of the record, that I understand -- I do not
25  have access to any of the materials that Dr. Lee has

**Page 161**

1  which he did on behalf of W.R. Grace. W.R. Grace,
2  as you know, is under a bankruptcy stay issued by
3  the bankruptcy court; and my understanding is that
4  W.R. Grace has been -- or there is an order in place
5  by the court that W.R. Grace nor any of the folks
6  who have done work for W.R. Grace are permitted or
7  allowed to provide any such material which would
8  otherwise be discoverable to other folks. I don't
9  think we have access to it. I don't think I have
10  it. We would love to get it from W.R. Grace but we
11  don't think we have an ability to do so even through
12  Dr. Lee.
13    You know, that's one of the points we've
14  made in our bankruptcy filings is we are hamstrung
15  in getting any materials which relate historically
16  to W.R. Grace and Libby, Montana by the edict of the
17  bankruptcy court. We're happy to get together and
18  discuss that with you all. Maybe I can talk you all
19  into joining us in the motion for continuance while
20  we await this material through the bankruptcy court;
21  but I don't think we have an ability to get it.
22  We're happy to discuss it with you all and certainly
23  will; but I want to make sure you understand that's
24  the problem I've got with any of the W.R. Grace
25  related material.

41 (Pages 158 to 161)