# EXHIBIT D

EDWARD ILGREN

Page 1

```
 1                IN THE DISTRICT COURT OF
 2                 BRAZORIA COUNTY, TEXAS
 3                  239TH JUDICIAL DISTRICT
                        -   -   -
 4
     CARLTON RAND, ET AL.,      :
 5                              :
             Plaintiffs,        :
 6                              :
         v.                     :   CAUSE NO. 24545-PS03
 7                              :
     AMETEK, INC., ET AL.,      :
 8                              :
             Defendants.        :
 9
                        -   -   -
10           Wednesday, September 29, 2004
               Philadelphia, Pennsylvania
11                      -   -   -
12           Oral deposition of EDWARD B. ILGREN,
13   M.D., D.Phil., taken at REILLY, JANICZEK &
14   McDEVITT, P.C., The Widener Building, One South
15   Penn Square, Suite 210, The Mezzanine Level,
16   beginning at approximately 10:30 a.m., on the above
17   date, before Melody Coles, Certified Court Reporter
18   and Notary Public.
19
20
21                      -   -   -
22        DelCASALE, CASEY, MARTIN & MANCHELLO
            Registered Professional Reporters
23                Eight Penn Center Plaza
        1628 John F. Kennedy Boulevard - Suite 402
24           Philadelphia, Pennsylvania  19103
                     (215) 568-2211
```

EDWARD ILGREN

Page 38

1  BY MR. DiMUZIO:
2  Q.   What about -- hang on here a second. These
3  are voluminous transcripts.
4         I'm going to ask you about another
5  case that you -- you testified recently in a case
6  called Joseph R. Thompson versus Welco
7  Manufacturing Company, et al.?
8  A.   Yes, sir.
9  Q.   Okay. I have a May 19, 2004 deposition of
10 you. Does that ring a bell with you, Doctor?
11 A.   Yes, sir.
12 Q.   Okay. Did you do any sort of a read and
13 sign for that deposition? Did you make any changes
14 to your testimony based upon your review?
15 A.   Not that I recall.
16 Q.   Okay. Did you feel the need to do anything
17 like that?
18 A.   Well, I just didn't do it.
19 Q.   Okay. When you were at the Royal College,
20 did you fail some sort of exam?
21 A.   I failed the first attempt at the final.
22 Q.   Okay. Did you take a second attempt?
23 A.   No.
24 Q.   Okay. Let's get back to WR Grace.

Page 39

1         Did WR Grace, when you were working
2  for them, give you any kind of studies regarding
3  vermiculite?
4  A.   No, sir.
5  Q.   Okay. So if they conducted any kind of
6  studies privately that weren't published, they
7  didn't give them to you, did they?
8  A.   I wasn't given any studies to review by WR
9  Grace.
10 Q.   I got you. Okay.
11        And you did actually do some
12 depositions for WR Grace; is that correct?
13 A.   Yes, sir.
14 Q.   Okay. Did you ever testify at trial for WR
15 Grace?
16 A.   I believe on at least one occasion, perhaps
17 two occasions.
18 Q.   Okay. And did any of that testimony,
19 either in deposition or trial, have to do with the
20 subject of whether a vermiculite could cause
21 asbestos related diseases?
22 A.   No, sir. No, sir.
23 Q.   Okay. What did the testimony have to do
24 with?

Page 40

1  A.   Personal Jury.
2  Q.   What kind of personal Jury?
3  A.   Diagnostic disputation.
4  Q.   I'm sorry?
5  A.   Diagnostic disputation.
6  Q.   I got you. Okay.
7         So this work you did for WR Grace,
8  you've never done asbestos related work for them?
9  A.   I did a consulting project.
10 Q.   Okay. And was that just a literature
11 review or did you actually go out there and conduct
12 some research for them?
13 A.   I reviewed the documents or the data that
14 underpinned the Libby mining and milling cohorts.
15 Q.   Okay. And can you just explain to me
16 briefly what kind of work you did, what was the
17 nature of that?
18 A.   I looked at the material and I analyzed the
19 material.
20 Q.   Okay. And did you draw any kind of
21 conclusions on that?
22 A.   Yes.
23 Q.   Okay. Did you actually reduce that to a
24 written form?

Page 41

1  A.   No.
2  Q.   Okay. Who were you communicating with at
3  WR Grace?
4  A.   Well, I take that back. I did present in a
5  written form and as a verbal presentation some of
6  the thoughts on my analysis of the Libby mining and
7  milling cohort review at the -- I think it was the
8  international mesothelioma group meeting in
9  Philadelphia in 1997.
10        And I think I also presented either
11 as a poster or as a brief verbal presentation a
12 brief summary of my thoughts in Montreal in 1992 --
13 I think it was 1992 -- at the -- I can't remember.
14 I think it was the international congress of
15 occupational health meeting.
16 Q.   Was that held at McGill University?
17 A.   No. It was held at a separate site. And I
18 don't recall which site that was.
19 Q.   Okay. Well, in a nutshell what are your
20 opinions regarding any sort of health problems or
21 lack thereof at the Libby mines that were owned by
22 WR Grace?
23 A.   Well, the tremolite asbestos in high doses
24 is able to produce disease.

11 (Pages 38 to 41)

EDWARD ILGREN

Page 50

1  BY MR. DiMUZIO:
2  Q.    Sure. Did WR Grace ever utilize you in
3  either deposition or trial testimony in cases
4  involving their vermiculite?
5  A.    The only instance I remember is in the
6  Zonolite attic insulation litigation.
7  Q.    And what were the opinions you delivered in
8  that attic litigation?
9  A.    Well, it's an end product, which is absent
10 asbestos contamination.
11 Q.    So you don't think that the Zonolite that
12 was made with the vermiculite from Libby, Montana,
13 when it was in its final form, ended up in the
14 attic of some guy; it didn't have any tremolite in
15 it in your opinion?
16 A.    I would have to go back and -- because I
17 haven't reviewed those data in quite some time.
18 But it's my general opinion that the end product
19 exfoliated Libby vermiculite is not an asbestos
20 containing material.
21 Q.    Okay. Well, let's just go back to the
22 basics.
23        Before -- while this stuff is just
24 sitting in the ground what is vermiculite?

Page 51

1  A.    Vermiculite, as I understand it, is a
2  one-one sheet silicate that resembles mica. It's a
3  magnesium silicate and it's a mineral form that's
4  found, perhaps, in its largest quantity in Libby,
5  Montana, but also other parts of the world in
6  particular, like, Palabora in South Africa, and in
7  smaller quantities in, perhaps, another 40 or 50
8  sites around the globe.
9  Q.    Okay. And at least in Libby, Montana -- I
10 think we've established before there was this
11 tremolite contamination, I guess, just mixed in
12 with the vermiculite; is that correct?
13 A.    It's my understanding that in certain parts
14 of the Libby, Montana vermiculite deposit, there
15 are tremolite asbestos deposits or kind of a
16 contamination, if you will.
17 Q.    All right. Now, would this contamination
18 -- would it be evenly distributed throughout the
19 whole mine or would there be probably some widely
20 varying levels from section to section?
21 A.    It's my understanding that there's a
22 certain variation in time and space across the
23 deposit.
24 Q.    In just dealing with, like, the vermiculite

Page 52

1  itself after it's been mined and lumped and getting
2  ready to be processed, has there been pretty wide
3  variations from just sample to sample in the same
4  batches of tremolite contamination?
5  A.    To my knowledge in time and space there's
6  been sampling variation.
7  Q.    Okay. And what sort of percentages are we
8  looking at? What are the range of variability out
9  there for Libby?
10 A.    Off the top of my head that source has
11 unprocessed ore, I would say, up to 10 or 15
12 percent, perhaps slightly higher.
13 Q.    Okay. Now, what about the vermiculite in
14 other parts of the country or world; does that also
15 have asbestos contamination in it?
16 A.    It depends on the site.
17 Q.    Okay. How many of these sites are there?
18 A.    Well, John Addison has done a detailed
19 analysis, I think, of 60 different types of
20 vermiculite.
21        I don't recall the range of the
22 amphibole asbestos contamination. But I think
23 there were 50 or 60 different vermiculites that
24 he's analyzed.

Page 53

1  Q.    Okay. Have you taken a look at that paper
2  in regards to where Scotts was buying their
3  vermiculite as a comparison?
4  A.    Sir, which paper is that?
5  Q.    The paper that you were just referring to
6  regarding whether or not various vermiculite mines
7  were contaminated or not?
8  A.    You're talking specifically about the
9  Libby?
10 Q.    Well, no, no. I'm talking about all the
11 various mines.
12        Are we talking about a paper that
13 just discussed Libby?
14 A.    No. I was talking --
15 Q.    About mines from around the world, right?
16 A.    Yes, sir.
17 Q.    And what was the name of that paper again?
18 A.    Sir, it wasn't a paper. It was just a
19 document that John shared with me.
20 Q.    Oh, okay. And what was that fellow's last
21 name again?
22 A.    Addison.
23 Q.    Addison.
24 A.    A-d-d-i-s-o-n.

14 (Pages 50 to 53)

EDWARD ILGREN

Page 54

1  Q. Okay. Is that something you have in your
2  possession with you today by any chance?
3  A. No, sir.
4  Q. Okay. Well, let me ask you something. Has
5  Scotts shared with you what the various locations
6  and time frames were from where they were buying
7  vermiculite?
8  A. In a general way, yes, they have.
9  Q. Okay. Can you kind of share with me what
10 your understanding is of, you know, where and when
11 Scotts was buying its vermiculite?
12 A. Well, I'm a bit hazy on the point. But the
13 best of my recollection sitting here today would be
14 that they initially purchased it from Libby,
15 Montana, and then in the late '70s, perhaps 1980,
16 they also began to purchase from Palabora, South
17 Africa, and possibly Virginia, and I think at some
18 point they may also have gotten some South Carolina
19 material as well.
20      Again, that's a general
21 recollection. I would have to go back to check on
22 that.
23 Q. You're talking about four main sites. The
24 Libby site was opened by WR Grace, correct?

Page 55

1  A. Yes, sir.
2  Q. What about the African site; do you know
3  what company operated that?
4  A. I don't recall.
5  Q. Okay. What about the -- was there a site
6  in Virginia you mentioned?
7  A. Yes, sir. I don't recall the name of the
8  company that -- I think it's American Vermiculite
9  Company, but I don't recall exactly.
10 Q. Okay. And there was one other site that
11 you mentioned. Where was that one located?
12 A. The South Carolina WR Grace mine.
13 Q. So that one would have been owned by Grace,
14 huh?
15 A. Yes, sir.
16 Q. Two of the four were owned by Grace and the
17 other two you're just not sure?
18 A. Yes, sir.
19 Q. And of those four sites, did all four of
20 those have some level of asbestos contamination?
21 A. To my knowledge only the one, the Libby.
22 Q. Only Libby in your opinion?
23 A. Yes, sir.
24 Q. Okay. I want to come back, I guess, a

Page 56

1  little bit later after a break at some point.
2  Maybe we'll go through what documents you have and
3  just sort of, you know, run through what your
4  opinions are in particular about Scotts in this
5  particular litigation.
6       THE WITNESS: Sir, would it be
7  possible for me to take five minutes just
8  to run to the bathroom?
9       MR. DiMUZIO: You can take a break
10 whenever you want, sir.
11      THE WITNESS: I'll be right back.
12      (Off the record.)
13      (Recess taken.)
14 BY MR. DiMUZIO:
15 Q. Doctor, we're back after a short break. I
16 want to ask you about some of your prior work
17 before and some things like that. Then maybe we'll
18 get into the vermiculite opinions in some more
19 detail a little bit more systematically.
20      Earlier you were talking about this
21 idea of Calidria and I know you've made some
22 representations out there in the literature as well
23 about the size of the Calidria asbestos being short
24 fibers. Can you explain to me what data you're

Page 57

1  basing that on? What are you basing that statement
2  on that these are short fibers?
3  A. Wylie, et al., 1979; Campbell, et al.,
4  1980; Sigrist & Wylie, 1980; Chatfield,
5  unpublished; Yeager, et al., 1983; Langer, et al.
6  -- I think it's 1981. And other papers.
7  Q. Okay. When you were working for Union
8  Carbide, did they ever share with you any sort of
9  inhouse or consulting only studies that they had
10 done regarding the dangers of their asbestos?
11 A. I don't recall any.
12 Q. Okay. Do you recall any work being done by
13 -- I think it's generally referred to as the Mellon
14 study?
15 A. Yes, sir.
16 Q. And that was something that was basically
17 funded by Union Carbide; is that correct?
18 A. To my knowledge it was. Yes, sir.
19 Q. Did they provide you a copy of that?
20 A. Yes, sir.
21 Q. Oh, they did. Okay. What year did they
22 provide you a copy of this?
23 A. I think it was 1966 and 1967.
24 Q. Okay. And that was the year of the

EDWARD ILGREN

Page 90

1  It would be that I don't believe
2  there is any credible evidence to suggest that
3  Scotts products contain asbestos.
4  Q.  Okay. And what do you base that on?
5  A.  My review of the Scotts notebooks.
6  Q.  And you don't think that there's any
7  evidence that there are any fibers at all in any of
8  the Scotts products?
9  A.  I don't believe there's any credible
10 evidence to say that Scotts products contain
11 asbestos.
12 Q.  Okay. Getting away from what you consider
13 credible, is there any evidence out there that you
14 don't feel is credible that suggests that there is
15 asbestos in the Scotts products?
16 A.  Well, off the top of my head I recall two
17 studies; one done in 1976 by the Gulf Corporation,
18 and the second, I believe -- either 1976 or 1977 --
19 done by the Clayton Environmental Company that
20 alleged that a Scotts product -- I think it was
21 Turf Builder -- contained asbestos.
22 Q.  Okay. What don't you like about the Gulf
23 Corporation studies?
24 A.  Neither, according to those people that

Page 91

1  issued the report, produced reliable identification
2  of the asbestos in those investigations.
3  Q.  I'm not sure I understand your response.
4  A.  They say point blank that their
5  identification using x-ray defraction and
6  interference imaging is unreliable.
7  Q.  I see. And what were they actually looking
8  at, actually Scotts products?
9  A.  I believe Scotts products. I don't recall
10 exactly which one. I believe it was Turf Builder.
11 Q.  Which of the Scotts products to your
12 knowledge actually contained vermiculite?
13 A.  There's a series of Scotts products based
14 on vermiculite. I can't name them all; Turf
15 Builder, Turf Builder Plus 2, potting soil.
16     I don't recall all the different
17 names, but there's a series of them.
18 Q.  Okay. And at one time all these products
19 were using vermiculite that was coming from the
20 Libby, Montana mine, correct?
21 A.  Again, as I said, when we discussed it
22 previously, I don't have a detailed working
23 knowledge of the universe of materials that was
24 used in the Scotts products. But it was my

Page 92

1  impression that they initially used lots of Libby
2  based vermiculite.
3  Q.  Okay. And we established earlier that you
4  do agree that there was significant tremolite
5  contamination in that vermiculite, right?
6  A.  At different times and in different places
7  there was up to, what figure, 10 -- I can't
8  remember whether it's 10 to 15 percent tremolite.
9  Q.  Okay. And, again, just based on our
10 earlier conversation, you agree that at least in
11 the mining and the processing of that material that
12 that tremolite has made a series of individuals in
13 Libby, Montana sick, correct?
14 A.  That's correct.
15 Q.  Okay. Why is it that you believe that the
16 asbestos fiber that's making people sick in Libby,
17 Montana doesn't end up in these products?
18 A.  Well, there's a series of steps here.
19     Number one, at the mine the minors
20 would visually identify and remove as best they
21 could at source the tremolite, because it's a
22 gangue. It's a material that you don't want to mix
23 up with the vermiculite.
24     So at source a certain amount was

Page 93

1  taken out.
2     Subsequent to taking it out there
3  was a pre-exfoliation, a so-called beneficiation
4  process, whereby the material, as I understand it,
5  was chemically treated and a further additional
6  percentage was removed.
7     When the material was then taken
8  and shipped to an exfoliation or expanding plant,
9  the process of exfoliation, as I understand it,
10 through differential sedimentation and density,
11 removed the rest of the asbestos form amphibole
12 that was present.
13    Hence, at the end of the day there
14 was no credible evidence to say that there was
15 asbestos in a Scotts product nor in an end
16 product.
17 Q.  Okay. Now, you would agree with me that
18 after they mined this material there were varying
19 degrees of these small tremolite fibers mixed
20 throughout all the vermiculite ore, correct?
21    MR. GUSTAFSON: Objection to the
22 form.
23    THE WITNESS: As we said before,
24 sometimes more than others. Maybe after

24 (Pages 90 to 93)

Page 134

mean, they don't even work -- there are just millions of people who use, say, Scotts products, but that's not really what they necessarily do full time. That's their avocation or that's what they do after work or something.
Q. But somebody who would be working in the horticultural industry, they would be bound to certain work safety practices by OSHA or some other organization in terms of using respirators and taking other precautions; is that correct?
A. I don't believe so. I'm just thinking of guys in the garden shop that open bags and pour it out and handle it. That's my understanding of a horticultural worker.
Q. Let me ask you something. Do you know when Scotts first became aware that there was tremolite in the vermiculite that it was using for its products?
A. No. No, I don't.
Q. You don't have any idea about that at all?
A. No, sir.
Q. What about WR Grace; do you have any idea when they first found out about it?
A. I don't know.

Page 135

Q. Do you know if WR Grace sent any sort of correspondence out to their customers saying, hey,, you know, there's some tremolite asbestos in these products?
A. I just don't know.
Q. You have no idea?
A. I haven't seen any communications like that.
Q. You mentioned something about should have warned as a category of topics that you were going to talk about.

Do you have any opinions about whether or not there should have been warnings on any of these products at any point in time?
A. Well, since there was no asbestos found in the various studies, credible studies, I don't think there was any reason for Scotts to have warned their customers, hey, there's asbestos in my product, because they didn't find any.
Q. What is the earliest that you know of that Scotts started looking at the issue about whether or not there was asbestos in their products?
A. The first sample analysis I have seen to my recollection was about -- certainly around 1975, I

Page 136

think.

Again, I would have to go back to the Scotts notebook, but around 1975 is the date that comes to mind.
Q. Let's just assume that the earliest date -- let's just assume hypothetically for now. I'm not trying to box you into a date.

Let's just say that that's when they found out, 1975. What did they do when they first learned of the fact that the vermiculite they were using was contaminated with asbestos?
A. Well, all I -- I don't know.

I mean, only the Gulf and the Clayton studies in 1976 gave a suggestion. They sent the sample to McCrone shortly thereafter who did the full scale x-ray defraction methods looking at the same subsamples that were given to Gulf and Clayton. And McCrone in Chicago said there was no asbestos found.

So to answer your question, if I understand it, when Gulf and Clayton said there might be asbestos there, they sent it to McCrone shortly thereafter and McCrone said there was no asbestos there.

Page 137

Q. Let me just ask you. You may or may not know. If you don't know, that's fine.

Again, assuming about the first time that you're aware that they found out about the asbestos contamination in the vermiculite is around 1975, or whatever the date actually is, to your knowledge did they begin testing the raw vermiculite as it arrived from WR Grace to see what the content of the asbestos was?
A. Wait a minute. The first part of your statement is quite a long question statement. But the first part, I think, perhaps, misrepresented what I said.
Q. I don't mean to do that.
A. I know. The point is -- just repeat it if you won't mind there.
Q. The time to your knowledge that Scotts first started learning about asbestos contamination in the vermiculite that they were receiving from WR Grace, do you know whether they began testing any of the incoming vermiculite to see what levels of asbestos it had in it?
A. I don't know when they first realized that there was asbestos in Libby vermiculite. I don't

EDWARD ILGREN

Page 142

1  product, do you know whether there was any sort of
2  representative sampling done to check for asbestos
3  content?
4  A.   Again, all I know is what's in the
5  notebook. I don't have an idea as to whether they
6  went to these other phases and did other analyses.
7  Q.   You mentioned this earlier. I think you
8  probably have given me your opinions on this sort
9  of mixed in with the other things.
10       You said you were going to render,
11 I guess, sort of a legal opinion as to whether or
12 not this was a, quote, defective product or not.
13       Is there anything you need to add
14 to that that you haven't already discussed with me?
15 A.   Well, I don't believe the ordinary customer
16 would have any concern or reason to be concerned,
17 because it was not asbestos containing.
18       MR. DiMUZIO: I'll tell you what.
19 Can we break for, say, five minutes or so?
20 I think I can wrap it up here.
21       MR. GUSTAFSON: I was hoping you
22 would say that.
23       (Off the record.)
24       (Recess taken.)

Page 143

1  BY MR. DiMUZIO:
2  Q.   Doctor, I'm hoping I'm not going to be too
3  long. I'm going to apologize and say I'm going to
4  be bouncing all over the place, probably back and
5  forth, trying to mop up any other things.
6        We've already spoken a little bit
7  about that Ohio situation where there was some sick
8  workers from being around this vermiculite. Are
9  there any other instances of Scotts employees
10 becoming ill to your knowledge?
11       MR. GUSTAFSON: Object to the form.
12       THE WITNESS: I'm just thinking
13 about your question.
14       The answer is no.
15 BY MR. DiMUZIO:
16 Q.   It's my understanding that NIOSH was either
17 involved or at least informed about this
18 situation. Have you seen any of the correspondence
19 between Scotts and NIOSH on that issue?
20 A.   Not that I recall, no.
21 Q.   Now, it's my understanding that a gentleman
22 by the name of Kerry Bierman -- who is a
23 vice-president for corporate relations for Scotts.
24 Have you ever had any conversations with Mr.

Page 144

1  Bierman?
2  A.   Never heard of him.
3  Q.   Okay. What lawyers or other
4  representatives of The Scotts Company have you met
5  with thus far on this issue?
6  A.   I have met with the lawyers at Evert &
7  Weathersby; Ivan Gustafson and Bill Harvard and
8  Sara Schramm.
9        I have met with some lawyers in
10 Columbus. I don't remember their names.
11 Q.   That's fine. The name of the firm?
12 A.   Ziegler I think it is.
13 Q.   Have you ever met with any inhouse
14 attorneys or other employees or representatives of
15 The Scotts Company?
16 A.   I don't recall.
17 Q.   Have you worked with any other experts
18 involving issues involving the Scotts asbestos
19 litigation?
20 A.   Not that I recall, no.
21 Q.   Okay. Do you have any idea what percentage
22 of the vermiculite leaving the Libby mine in
23 Montana was purchased by The Scotts Company?
24 A.   No. I don't have any idea.

Page 145

1  Q.   I have seen some figures and I just want to
2  know whether you had any information on this or
3  agree or disagree.
4        I have seen figures out there
5  saying that up to 32 million Americans have been
6  exposed to garden fertilizer over the course of
7  their lives. Do you have any information about
8  that one way or the other or agreement or
9  disagreement?
10 A.   No, sir.
11 Q.   I have also seen a figure estimating that
12 approximately 74 million people have been exposed
13 to other types of vermiculite lawn products. Do
14 you have any information or agreement or
15 disagreement on that point whatsoever?
16 A.   No, sir.
17 Q.   Have we pretty much discussed all the
18 opinions that you intend to offer at this point in
19 the litigation?
20 A.   Sitting here today I believe we have.
21 Q.   Okay. Do you have any opinions as to
22 whether or not Mr. Weber has mesothelioma?
23 A.   Yes.
24 Q.   What is your opinion?

37 (Pages 142 to 145)