# EXHIBIT E

```
                            August27 2004.txt
0001
 1   1                      CAUSE NO. 24545-PS02
 2   2     CARLTON RAND, ET AL            :  IN THE DISTRICT COURT OF
                                          :  BRAZORIA COUNTY, TEXAS
 3   3         - vs -                     :
                                          :
 4   4     AMETEK, INC., ET AL            :  239th JUDICIAL DISTRICT
           *****************************************************
 5   5
                            CAUSE NO. 29443
 6   6
           GAYNELL DAVIS, INDIVIDUALLY    :  IN THE DISTRICT COURT OF
 7   7       AND ON BEHALF AND FOR THE    :  BRAZORIA COUNTY, TEXAS
           BENEFIT OF ALL WRONGFUL DEATH  :
 8   8       BENEFICIARIES OF THE HEIRS AND :
           ESTATE OF CLAUDE DAVIS,        :
 9   9       DECEASED                     :
             - vs -                       :
10  10                                    :
           CATERPILLAR, INC., ET AL       :  239th JUDICIAL DISTRICT
11  11
           *****************************************************
12  12
                            CAUSE NO. 24546-RM03
13  13
           JERRY CARLISLE, ET AL          :  IN THE DISTRICT COURT OF
14  14                                    :  BRAZORIA COUNTY, TEXAS
             - vs -                       :
15  15                                    :
           AMETEK, INC., ET AL            :  149th JUDICIAL DISTRICT
16  16     *****************************************************
17  17
18  18
19  19     *****************************************************
20  20            ORAL AND VIDEOTAPED DEPOSITION OF
21  21                   DR. ARTHUR L. FRANK
22  22                    AUGUST 27, 2004
23  23     *****************************************************
24  24
25  25
0002
 1          ORAL AND VIDEOTAPED DEPOSITION OF DR. ARTHUR L.
 2   FRANK, produced as a witness and duly sworn, was taken in
 3   the above-styled and numbered causes on the 27th of August,
 4   2004, from approximately 9:15 a.m. to 12:25 p.m. before
 5   NANCY R. TONER, RPR, reported by machine shorthand, at the
 6   Philadelphia Marriott, 1201 Market Street, Philadelphia,
 7   Pennsylvania pursuant to the Texas Rules of Civil Procedure
```

August27 2004.txt

```
17   and medical literature that supports that opinion of
18   yours?
19        A.   Well, the other type of study is what we
20   would call epidemiological studies looking at groups
21   of workers.
22             And in Finland, for example, where they've
23   had some anthophyllite mines -- they've now closed
24   them because they no longer want to use asbestos in
25   Finland -- they have found excess lung cancers and
0037
 1   mesotheliomas among Finnish miners.
 2             In the Canadian mines, they have found
 3   lung cancer and mesothelioma in excess.  In
 4   factories that have used South African amosite --
 5   there was a factory that, in fact, Dr. Selikoff
 6   studied in New Jersey where the only fiber that they
 7   ever used was amosite, and he showed that working in
 8   that factory as short a period of time as one month
 9   would double your risk of developing lung cancer if
10   you were exposed to asbestos in that factory.
11             So there are many kinds of studies that
12   have looked at each of the fiber types and
13   documented that they caused disease.
14        Q.   Okay. And let's do the same thing.  I
15   believe you have answered this on a more general
16   sense, but let's break it down.
17             With regards to the disease mesothelioma,
18   in your professional opinion, what types of asbestos
19   can cause mesothelioma?
20        A.   Again, it would be my opinion that each of
21   the fiber types would be capable of producing
22   mesothelioma.  Again, this has been seen from
23   studies.  In the same factory where Dr. Selikoff
24   looked at lung cancer, he looked at mesotheliomas.
25             If you look at settings where the only
0038
 1   fibers used are chrysotile fibers, such as work that
 2   was done here in Pennsylvania with Dr. Mancuso
 3   looking at railroad workers, for example, who used
 4   chrysotile for insulation on the old steam engines,
 5   a great excess of mesotheliomas there.
 6             At the crocidolite mines either of South
 7   Africa or of Australia, they've seen many cases of
 8   mesothelioma.  And even now in a city called Libby,
 9   Montana where the mine was actually not an asbestos
10   mine, but a product called vermiculite, but it was
11   contaminated with tremolite asbestos.  And that
12   mining operation has caused many cases of
```

August27 2004.txt
```
13   mesothelioma both among miners and people who lived
14   in the town where the town was contaminated by the
15   work of the mines.
16        Q.   Okay.  And I know you've discussed some of
17   the scientific literature out there on mesothelioma
18   and asbestos.  But if you could just give us an idea
19   of the time frame over which this information
20   developed.
21        A.   The first scientific publications with
22   regard to the development of mesothelioma and
23   relating that to asbestos took place in the 1940s.
24             There were studies in the German
25   literature which even though there was a war going
0039
 1   on was available elsewhere.  There were cases
 2   reported here in the United States of a plumber in
 3   1944 I think with a mesothelioma that developed.
 4             There were publications in the 1950s.  And
 5   the conclusive publication with regard to the
 6   ability of asbestos to cause mesothelioma not only
 7   among workers but among individuals environmentally
 8   exposed was the work of Dr. Wagner in South Africa
 9   where they were mining asbestos and he showed a
10   large number of cases of mesothelioma in a very few
11   years, both among miners and those environmentally
12   exposed as the asbestos fibers were moved through
13   villages on its way into the stream of commerce.
14        Q.   And, Doctor, on all this literature that
15   you've been discussing regarding asbestosis and lung
16   cancer and mesothelioma, were there ever any
17   suggestions in that literature as to how to minimize
18   the risk to workers?
19        A.   Oh, absolutely.  The very good paper of
20   Merewether and Price in 1930 talked about the
21   hazards of asbestos even before the cancer risk was
22   known.  They talked about using materials other than
23   asbestos.  They pointed out that both men and women
24   can get the disease.  They pointed out that both
25   handling of raw asbestos or textiles, but also
0040
 1   workers such as brake workers who used Finnish
 2   products were at risk for developing asbestos
 3   disease.
 4             And they spoke about the preventive
 5   measures that could be used including better
 6   ventilation than was sometimes the case or the use
 7   of respirators so that workers didn't inhale
 8   asbestos.
```

0108 (cont.)

August27 2004.txt

```
17        not to have asbestos, then that would not have
18        contributed to the disease.
19   BY MR. GUSTAFSON:
20        Q.   Doctor, have you been shown the tests that
21   exist of Scotts Turf Builder fertilizers?
22        A.   No.  I don't -- if such tests exist, I
23   haven't seen them.  But if they do exist, I've not
24   been shown them.
25        Q.   And have you seen the tests that exist
0109
 1   regarding the use of fertilizers on lawns to see
 2   whether or not they give off asbestos?
 3        A.   No, I have not.
 4        Q.   So you don't know whether or not turf
 5   builder or any other Scotts product sold to
 6   consumers could cause mesothelioma because you've
 7   never seen any other evidence on it either way; is
 8   that right?
 9             MR. DiMUZIO:  Objection, form.
10             THE WITNESS:  The only evidence I've
11        seen were two individuals who worked at a
12        Scotts facility making Scotts products.  But I
13        don't know which products they made.  And they
14        came down with what appeared to me to be
15        asbestosis.
16             MR. GUSTAFSON:  Object to the
17        responsiveness of that.
18   BY MR. GUSTAFSON:
19        Q.   In contrast -- let me withdraw that.
20             You're familiar with the work of
21   Dr. Victor Roggli, are you not?
22        A.   Some of his work, yes.
23        Q.   Do you know that he has over his career
24   gathered a collection of mesotheliomas which he uses
25   as a basis for study and research?
0110
 1        A.   Yes.
 2        Q.   And are you aware that he has categorized
 3   the various mesotheliomas he's collected by the
 4   occupation of the person suffering from the disease?
 5        A.   Yes.
 6        Q.   And are you aware that the most common
 7   occupation among mesotheliomas in his collection is
 8   shipyard workers?
 9        A.   I don't specifically recall that.  I know
10   they are high on the list.  I couldn't remember if
11   it was that or insulators.
12        Q.   And second on the list is naval personnel,
```