# EXHIBIT F

CAUSE NO. 24545*PS03

| | | |
|---|---|---|
| **CARLTON RAND AND SPOUSE ELLEN RAND; ET AL.** | § § § | **IN THE DISTRICT COURT OF** |
| Plaintiffs, | § § | |
| VS. | § | **BRAZORIA COUNTY, TEXAS** |
| **AMETEK, INC., ET AL.** | § § | |
| Defendants. | § | **239TH JUDICIAL DISTRICT** |

## AGREED ORDER OF CONTINUANCE

On this day an Agreed Motion for Continuance ("Motion") came for consideration. The Court finds that the Motion should be granted. It is, therefore,

ORDERED that the case is continued from the trial docket of October 11, 2004 and set for trial on __2/14/05__.

SIGNED on this the __8__ of __October__, 2004.

_____
JUDGE PRESIDING