IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------x <br> In re <br><br> W. R. GRACE & CO., et al., <br><br> Debtors. <br> ------------------------------x <br><br> W. R. GRACE & CO., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> MARGARET CHAKARIAN, et al., <br> And John Does 1-1000, <br><br> Defendants. <br> ------------------------------X | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> Jointly Administered <br><br><br><br><br><br><br><br> Adversary No. A-01-771 (JKF) |

### (PROPOSED) ORDER ENJOINING PROSECUTION OF ALL CLAIMS AGAINST THE SCOTTS COMPANY IN THE STATE ACTIONS

WHEREAS, The Debtors and The Scotts Company filed a Motion For Temporary Stay to Enjoin the Prosecution of all Claims Against Scotts in the State Actions[1] (the "Motion for Temporary Stay");

WHEREAS, 11 U.S.C. § 362(a)(1) and 105 permit the Court to enter a stay against nondebtors proceeding with litigation where, as here, a judgment against the third-party defendant will in effect be a judgment or finding against the debtor;

WHEREAS, the Court entered a Modified Preliminary Injunction Order dated January 22, 2002 (the "Injunction Order") (D.I. 87);

---

[1] The prosecution of all asbestos-related actions as to Scotts that are based, in whole or in part, on alleged exposure to vermiculite that Scotts acquired from Grace and subsequently marketed and sold (the "State Actions").

WHEREAS, the Court concludes that any judgment against Scotts in the State Actions would, in effect, be a judgment or finding against W. R. Grace and/or its products;

WHEREAS, the Court also concludes that the elements for the issuance of an injunction are met in the circumstances of this matter and that a preliminary injunction pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure and Rule 65 of the Federal Rules of Civil Procedure should issue;

NOW THEREFORE, IT IS HEREBY ORDERED that the State Actions as to Scotts are **STAYED** as to Scotts pending confirmation of Debtors' Plan of Reorganization, the resolution of the Declaratory Judgment Action, and further order of this Court.

_____                    _____
DATE                                          UNITED STATES BANKRUPTCY JUDGE