IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                                      :       Chapter 11

W. R. GRACE & CO., et al.,                                 :       Case No. 01-01139 (JKF)
                                                           :       Jointly Administered
                          Debtors.
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
W. R. GRACE & CO., et al.,                                 :

                          Plaintiffs,                      :

      -against-                                            :

                                                           :       Adversary No. A-01-771 (JKF)
MARGARET CHAKARIAN, et al.,
And John Does 1-1000,                                      :
                                                                  **Hearing Date:  December 20, 2004 at 12:00 p.m. (Pittsburgh)**
                          Defendants.                      :  **Objection Date:  December 3, 2004 at 4:00 p.m.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION OF THE DEBTORS AND THE SCOTTS COMPANY
FOR A TEMPORARY STAY TO ENJOIN THE PROSECUTION
OF ALL CLAIMS AGAINST SCOTTS IN THE STATE ACTIONS

TO:     ALL PARTIES ON THE ATTACHED SERVICE LIST

        PLEASE TAKE NOTICE that on November 15, 2004, the Debtors and The Scotts

Company filed the attached **Motion For a Temporary Stay to Enjoin the Prosecution of All**

**Claims Against Scotts in the State Actions** (the "Motion").

        PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the

Motion must be made in writing filed with the Bankruptcy Court and served so as to be received

by the following parties no later than **4:00 p.m. Eastern time on December 3, 2004.**:  (i) co-

counsel for the Debtors, David M. Bernick, Esq., Janet S. Baer, Esq., Samuel Blatnick, Esq.,

Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200),

and Laura Davis Jones, Esq., and David W. Carickhoff, Jr., Pachulski, Stang, Ziehl, Young &
Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-
8705 (Courier 19801) (fax number 302-652-4400); (ii) Co-counsel to The Scotts Company,
Vorys, Sater, Seymour and Pease LLP 52 East Gay Street, Columbus, Ohio 43215 (Att'n: Robert
J. Sidman, Esq. and Tiffany Strelow Cobb, Esq.) (fax number 614-719-4663) and Morris,
Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, DE 19899-1347 (Att'n:
William H. Sudell, Jr., Esq. and Donna L. Culver, Esq.) (fax number 302-658-3989); (iii)
counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esq., Stroock &
Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-
6006), and Michael R. Lastowski, Esq., Duane, Morris & Heckscher, LLP, 1100 N. Market
Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iv) counsel
to the Official Committee of Property Damage Claimants, Scott L. Baena, Esq., Bilzin, Sumberg,
Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard,
Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esq.,
Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware
19899 (fax number 302-575-1714); (v) counsel to the Official Committee of Personal Injury
Claimants, Elihu Inselbuch, Esq., Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York,
New York 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esq., Campbell &
Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,
Delaware 19801 (fax number 302-426-9947); (vi) counsel to the DIP Lenders, J. Douglas Bacon,
Esq., Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-
993-9767), and Steven M. Yoder, Esq., The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O.
Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vii) the Office of the

United States Trustee, Attn: Frank J. Perch, Esq., 844 N. King Street, Wilmington, Delaware

19801 (fax number 302-573-6497); and (viii) counsel to the Official Committee of Equity

Holders, Thomas M. Mayer, Esq., Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue,

New York, New York 10022 (fax number 212-715-8000), and Teresa K.D. Currier, Esq., Klett

Rooney Lieber & Schorling, 1000 West Street, Suite 1410, P.O. Box 1397, Wilmington,

Delaware 19899-1397 (fax number 302-552-4220).

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE

MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE

PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED

IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.  If an objection is

properly filed and served in accordance with the above procedures, a hearing on the Motion will

be held on **December 20, 2004 at 12:00 p.m. Eastern time** at the Bankruptcy Court before the

Honorable Judith K. Fitzgerald in the United States Bankruptcy Court, 5414 U.S. Steel Tower,

600 Grant Street, **Pittsburgh, PA** 15219.  In the event that a hearing on the Motion is held,

Debtors and/or The Scotts Company may offer witness testimony or other evidence at such

hearing in support of the relief sought in the Motion.  Only objections made in writing and timely

filed and received will be considered by the Bankruptcy Court at such hearing.

Dated:  November 15, 2004

MORRIS, NICHOLS, ARSHT &
TUNNELL

/s/Daniel B. Butz
William H. Sudell, Jr. (#0463)
Donna L. Culver (#2983)
Daniel B. Butz (#4227)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

and

Robert J. Sidman (Ohio Bar #0017390)
Tiffany Strelow Cobb (Ohio Bar #0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215
Phone:  (614) 464-6400
Facsimile:  (614) 719-4663

Attorneys for Movant, The Scotts Company