## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age and that service of this notice and of the foregoing **Motion Of The Debtors And The Scotts Company For A Temporary Stay To Enjoin The Prosecution Of All Claims Against Scotts In The State Actions** was caused to be made on November 15, 2004, in the manner indicated upon the parties identified on the attached service list.

Date: November 15, 2004
      Wilmington, Delaware

                                                  Daniel B. Butz, Esquire (#4227)

437613