# Exhibit 1

## Statement of Disinterestedness

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W. R. GRACE, et al. ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

### STATEMENT OF RAYMOND G. THIEME, JR IN ACCORDANCE WITH FED. R. BANKR. P. 2014(a) AND 5002

I, RAYMOND G. THIEME, JR., STATE:

1. I submit this Statement, in connection with my proposed appointment as Mediator for the Debtors' ADR Program, to provide the disclosures required under Rules 2014(a) and 5002 of the Federal Rules of Bankruptcy Procedure from professionals employed under 11 U.S.C. § 327.

2. I have significant experience adjudicating and resolving legal disputes. In particular, I spent approximately 27 years as a judge in the Maryland state court system. Since 2000, I have worked in various legal capacities, including serving as a mediator for various legal matters. As a result of my work as a judge and mediator, I have garnered experience in, among other things, the review, management and settlement of legal disputes.

3. I have agreed to accept the appointment as Mediator upon the terms set forth in the Appointment Order. I have further agreed to be compensated for my time expended in serving as the Mediator on an hourly basis, at a rate of $300 per hour, and to be reimbursed for reasonable expenses incurred in connection with my duties. I understand that my fees and expenses shall be shared equally by the Debtors and the

respective ADR Claimant, and the Debtors and a respective ADR Claimant shall be jointly and severally liable for amounts owed on account of their respective Mediation(s).

4. To the best of my knowledge, I do not have, and have not had, any business, professional or other connection with the Debtors, their creditors or any other party in interest, or their respective attorneys and accountants, except as set forth in this Statement.

5. To the best of my knowledge, I have never represented a current plaintiff, defendant or insurer in any litigation matter involving any of the Debtors.

6. To the best of my knowledge, I am a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that:

    a. I am not a creditor, equity security holder, or insider of the Debtors;

    b. I am not and was not an investment banker for any outstanding security of the Debtors;

    c. I have not been, within three years before the date of the filing of the Debtors' chapter 11 petitions:

        (i) an investment banker for a security of the Debtors; or

        (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors;

    d. I am not and was not, within two years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors or any of investment banker as specified in subparagraph (b) or (c) of this paragraph; and

    e. I do not hold an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or

indirect relationship to, connection with, or interest in, the Debtors or an investment banker specified in subparagraph (b) or (c) of this paragraph, or for any other reason.

7. To the best of my knowledge, I do not hold or represent any interest adverse to the Debtors or their estates. To the extent that I am aware of any interest adverse to any ADR Claimant, I will recuse myself from serving as Mediator with respect to the ADR Claimant's respective Claims.

8. I am not related to, and have no connections with, the United States District Judge or the United States Bankruptcy Judge assigned to these cases, any other United States District Court Judge or United States Bankruptcy Court Judge for the District of Delaware, or the Untied States Trustee for this District or any person known to me to be an employee of that office.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and believe.

_____
Raymond G. Thieme, Jr.

Executed on November 12, 2004