## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| **W.R. GRACE & CO., et al.** | )    **Case No. 01-01139 (JKF)** |
| | )    **(Jointly Administered)** |
| Debtors. | )    Objection Deadline: March 4, 2005 at 4:00 p.m. |
| | )    Hearing: March 21, 2005 at 12:00 p.m. |

### NOTICE OF FILING OF
### SECOND QUARTERLY INTERIM FEE APPLICATION OF
### SWIDLER BERLIN SHEREFF FRIEDMAN, LLP,
### BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE
### CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND
### REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP (the "SBSF"), has filed and served its First Quarterly Interim Fee Application for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2004 through September 30, 2004 seeking payment in the amount of $296,073.25 in fees and $14,400.95 in expenses for a total of $310,474.20 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before

**March 4, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if

any, upon the following: (i) co-counsel to David T. Austern, Roger Frankel, Esquire and

Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW,

Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick,

Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura

Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market

Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the

Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock &

Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski,

Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE

19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage

Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod,

First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL

33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite

904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee

of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399

Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500,

Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire,

Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder,

Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders,

Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee

Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

       Any questions regarding this Notice or attachments may be directed to the

undersigned counsel.

                    Respectfully submitted,

                    SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

                    By:_____
                      Roger Frankel, *admitted pro hac vice*
                      Richard H. Wyron, *admitted pro hac vice*
                      3000 K Street, NW, Suite 300
                      Washington, DC 20007
                      (202) 424-7500
                      Counsel to David T. Austern,
                      as Future Claimants Representative

Dated: November 15, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) **Case No. 01-01139 (JKF)** |
| | ) **(Jointly Administered)** |
| **Debtors.** | ) Objection Deadline: March 4, 2005 at 4:00 p.m. |
| | ) Hearing: March 21, 2005 at 12:00 p.m. |

## SECOND QUARTERLY INTERIM FEE APPLICATION OF
## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL
## TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENATIVE, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
## THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Swidler Berlin Shereff Friedman, LLP |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants Representative |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | July 1, 2004 – September 30, 2004 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $296,073.25 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $14,400.95 |

This is a ____ monthly          x  interim          ___ final application

## PRIOR APPLICATIONS FILED

SBSF was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004.  SBSF has filed its monthly fee applications for the period May 24-31, 2004 and June 1-30, 2004 for the first quarterly period and its monthly fee applications for the period July 1-31, 2004, August 1-31, 2004, and September 30, 2004 for the second quarterly period.  SBSF has not filed any previous applications.

## SBSF PROFESSIONALS

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard D. Belford | Partner, 26 years in position; 33 years relevant experience; 1971, Tax | $560.00 | 2.60 | $1,456.00 |
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 108.00 | $63,131.75[1] |
| Mark J. Plumer | Partner, 10 years in position; 17 years relevant experience; 1987, Insurance Litigation | $520.00 | 17.30 | $8,996.00 |
| Mary A. Wallace | Partner, 3 years in position; 15 years relevant experience; 1989, Corporate | $420.00 | 5.90 | $2,478.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 115.20 | $57,528.00[2] |
| Shara L. Boonshaft | Associate, 2 years in position; 2 years relevant experience; 2002, Insurance Litigation | $205.00 | 24.70 | $5,063.50 |
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 71.80 | $22,258.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 149.50 | $30,647.50 |
| Mara A. Glaser | Associate, 6 years in position; 6 years relevant experience; 1998, Corporate | $310.00 | 5.10 | $1,581.00 |
| Mykhaylo A. Gryzlov | Associate, 3 years in position; 3 years relevant experience; 2001, Bankruptcy | $230.00 | 120.60 | $27,738.00 |
| Elise Scherr Frejka | Associate, 13 years in position; 13 years relevant experience; 1991, Bankruptcy | $410.00 | .60 | $246.00 |

[1] This amount reflects a 50% reduction in the amounts of $998.25 (August) and $1,210.00 (September) for non-working travel.

[2] This amount reflects a 50% reduction in the amounts of $408.00 (August) and $816.00 (September) for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott J. Levitt | Associate, 9 years in position; 9 years relevant experience; 1995, Insurance Litigation | $355.00 | 89.20 | $31,666.00 |
| | | | | |
| Rachael M. Barainca | File Clerk | $55.00 | 8.20 | $451.00 |
| Deborah A. Rogers | Consultant | $180.00 | 172.40 | $31,032.00 |
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 44.70 | $7,822.50 |
| Michael A. Scarpato | Senior Consultant | $195.00 | 20.40 | $3,978.00 |
| Total | | | 956.20 | $296,073.25 |

**Total Fees:**      **$296,073.25**
**Total Hours:**           **956.20**
**Blended Rate:**    **$     309.63**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 42.30 | $12,414.00 |
| Due Diligence | 61.90 | $33,523.00 |
| Retention of Professionals-Swidler | 98.10 | $28,274.50 |
| Retention of Professionals-Other | 74.40 | $27,296.00 |
| Insurance | 364.50 | $99,680.50 |
| Litigation | 28.20 | $9,555.00 |
| Plan and Disclosure Statement | 196.80 | $54,402.00 |
| Compensation of Professionals-Swidler | 18.40 | $4,083.50 |
| Compensation of Professionals-Other | 6.40 | $1,315.00 |
| Travel Time (Nonworking)[3] | 12.10 | $3,432.25 |
| FCR Retention Appeals | 53.10 | $22,097.50 |
| **TOTAL** | **956.20** | **$296,073.25** |

---

[3] In accordance with the Local Rules of this Court, SBSF bills at a 50% reduced rate for non-working travel time.

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Photocopies/Printing | $8,187.13 |
| Telephone/Facsimile | $90.07 |
| Postage/Federal Express/Courier Fees | $1,434.82 |
| Travel/Meal Charges | $2,702.52 |
| Transcripts | $378.40 |
| Secretarial Services | $97.75 |
| Legal Research | $1,106.61 |
| Pacer | $403.65 |
| TOTAL | $14,400.95 |

The actual and necessary costs and expenses for which SBSF seeks reimbursement include, *inter alia*, the following:

    a.    ***Duplicating*** -- It is SBSF's practice to charge all clients of the firm for duplicating at the in-house rate of 20¢ per page, however, SBSF has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

    b.    ***Long Distance Telephone and Facsimile Charges*** -- SBSF charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions do not exceed $1.00 per page and there is no charge for incoming facsimile charges.

    c.    ***Messenger and Courier Service*** -- It is SBSF's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

    d.    ***Overtime*** -- It is SBSF's practice to allow professionals and paraprofessionals working more than 2.5 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $10 per professional. It is SBSF's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2.5 hours of overtime. SBSF endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. SBSF

utilized secretarial assistance in connection with monitoring and
updating the main and adversary case dockets and downloading,
circulating and printing of pleadings filed in the case. Thus,
certain charges were incurred by secretaries for overtime. (Note:
These charges are at rates less than that charged by SBSF
paralegals or other professional staff who may have otherwise
performed this type of work.)

e.    ***Computerized Research*** -- It is SBSF's practice to use
computer-assisted legal research when it is impracticable to
conduct such research manually. It is also SBSF's practice to use
computer- assisted research to assist its clients and to reduce the
amount of time spent by attorneys and paraprofessionals in manual
research when it was anticipated that the resulting manual research
would have resulted in a greater cost to the client. The charge to
the client is actual cost, without a premium. To the extent SBSF
has a volume discount, that benefit is passed on to the client.


                    SWIDLER BERLIN SHEREFF FRIEDMAN, LLP


                    By:_____
                        Roger Frankel, *admitted pro hac vice*
                        Richard H. Wyron, *admitted pro hac vice*
                        3000 K Street, NW, Suite 300
                        Washington, DC  20007
                        (202) 424-7500
                        Counsel to David T. Austern,
                        as Future Claimants' Representative

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| W.R. GRACE & CO., et al. | ) |
| | ) |
| Debtors. | ) |
| | ) |

) **Chapter 11**
) **Case No. 01-01139 (JKF)**
) **(Jointly Administered)**
) Objection Deadline: March 4, 2005 at 4:00 p.m.
Hearing: March 21, 2005 at 12:00 p.m.

**SECOND QUARTERLY INTERIM FEE APPLICATION OF**
**SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL**
**TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004**

Pursuant to 11 U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Code"), and this

Court's Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members, signed April 17, 2002, amending the Court's

Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation

and Reimbursement of Expenses of Professionals, entered May 3, 2001 (the

"Administrative Order"), the law firm of Swidler Berlin Shereff Friedman, LLP

("SBSF") hereby submits this second quarterly interim application (the "Second

Quarterly Interim Application") for an allowance of (i) compensation for professional

services rendered to David T. Austern, the Future Claimants Representative (the "FCR")

of W.R. Grace & Co. and its affiliates (collectively, the "Debtors") for the period July 1,

2004 through September 30, 2004 (the "Interim Period"), and (ii) the reimbursement of expenses incurred during the same period.

By this Second Quarterly Fee Application, SBSF seeks the interim allowance of compensation in the amount of $296,073.25 and reimbursement of actual and necessary expenses in the amount of $14,400.95 for a total of $310,474.20, or 100% of all compensation and expense reimbursement requested, for the period July 1, 2004 through September 30, 2004 (the "Interim Period"). In support of this Second Quarterly Interim Application, SBSF respectfully represents as follows:

## Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

## Background

2. On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. By an Order dated May 24, 2004, the Court appointed the FCR for the above captioned cases. The Order appointing the FCR also authorizes the FCR to employ professionals under the provision applicable to employment of professionals by an official committee (Section 1103 of the Bankruptcy Code). On June 15, 2004, the FCR applied to this Court for an order authorizing the retention of SBSF pursuant to an engagement agreement dated May 26, 2004 (the "Engagement Agreement") as his bankruptcy counsel.

4.    On September 27, 2004, this Court entered an order (the "Retention Order") authorizing the FCR to employ SBSF as bankruptcy counsel effective *nunc pro tunc* as of the May 24, 2004 pursuant to the terms of the Engagement Agreement.  A copy of the Retention Order is attached as Exhibit A.

## Monthly Fee Applications Covered Herein

5.    Prior to the filing of this Second Quarterly Fee Application, the July and August monthly fee applications of SBSF had been filed with the Court pursuant to the Administrative Order.    SBSF is filing its September monthly fee application simultaneously herewith pursuant to the Administrative Order.

6.    On November 4, 2004, SBSF filed its Third Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period July 1-31, 2004 (the "Third Monthly", Docket No. 6827) requesting $48,107.50 in fees and $4,143.66 in expenses.  The deadline to file objections to the Third Monthly expires November 24, 2004; if no objections are docketed with respect to the Third Monthly a certificate of no objection will be filed with the Court..  The Third Monthly is attached hereto as Exhibit B.

7.    On November 4, 2004, SBSF filed its Fourth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period August 1-31, 2004 (the "Fourth Monthly", Docket No. 6828) requesting $93,102.25 in fees and $4,429.85 in expenses.  The deadline to file objections to the Fourth Monthly expires November 24, 2004; if no objections are docketed with respect to the Fourth Monthly, a certificate of no objection will be filed with the Court.  The Fourth Monthly is attached hereto as Exhibit C.

8.    SBSF filed its Fifth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period September 1-30, 2004 (the "Fifth Monthly") simultaneously with the filing of this Second Quarterly, requesting $154,863.50 in fees and $5,827.44 in expenses.    The deadline to file objections to the Fifth Monthly expires December 6, 2004 and if no objections are docketed with respect to the Fifth Monthly, and a certificate of no objection will be promptly filed with the Court.    The Fifth Monthly is attached hereto as Exhibit D.

9.    The Third, Fourth and Fifth Monthly applications covered by this Second Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by SBSF during the Interim Period as well as other detailed information to be included in fee applications.    Those monthly applications attached hereto as Exhibits B-D are incorporated herein by reference.

**Requested Relief**

10.    By this Second Quarterly Application, SBSF requests that the Court approve the interim allowance of compensation for professionals services rendered and the reimbursement of actual and necessary expenses incurred by SBSF from July 1, 2004 through September 30, 2004.    As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Interim Period that already have been filed with the Court and are attached hereto as Exhibits B-D.

11.   At all relevant times, SBSF has been an disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interests of the FCR.

12.   All services for which compensation is requested by SBSF were performed for or on behalf of the FCR.

13.   Except for the Debtors' promise to pay compensation and reimbursement as allowed by the Court, SBSF has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with this case.

14.   In accordance with Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, SBSF has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person other than with its partners, counsel and associates, or (b) any compensation another person or party has received or may receive in connection with this case.

WHEREFORE, SBSF respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period July 1, 2004 through September 30, 2004, SBSF shall be allowed the sum of $296,073.25 as compensation for reasonable and necessary professional services rendered to the FCR and the sum of $14,400.95 for the reimbursement of actual and necessary costs and expenses incurred, for a total of $310,474.20, that the Debtors be authorized and directed

to pay to SBSF the outstanding amount of such sums, and for such other and further relief

as this Court may deem just and proper.


SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
as Future Claimants Representative


Dated: November 15, 2004

## **VERIFICATION**

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and am admitted to appear *pro hac vice* in these cases.

2.      I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the other lawyers, legal assistants, and other professionals of SBSF as set forth in the attached invoices.

3.      I have reviewed the Second Quarterly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 15th DAY OF NOVEMBER, 2004

Notary Public

My commission expires: _October, 31, 2007_

Katherine Ann Swall
Notary Public in and for
The District of Columbia



# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )    Chapter 11
W.R. GRACE & CO., et al.                  )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                          Debtors.        )    Ref. Dkt Nos. 5815, 5927, 5979
                                          )              5981, 6207

ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon the application (the "Application") of David T. Austern, Future Claimants'

Representative ("Future Claimants' Representative") in the above-captioned chapter 11 cases of

W.R. Grace & Co and its affiliates (collectively, the "Debtors"), seeking entry of an Order under

section 1103(a) of the Bankruptcy Code authorizing the Future Claimants' Representative to

employ and retain Swidler Berlin Shereff Friedman, LLP ("SBSF") as bankruptcy counsel to the

Future Claimants' Representative; and the Court having reviewed the Application and the

accompanying Declaration of Roger Frankel (the "Declaration"), a partner of SBSF, and the

Court being satisfied that SBSF neither holds nor represents any interest adverse to the Future

Claimants' Representative on the matters upon which SBSF is to be engaged; and it appearing

that the relief requested is in the best interest of the Future Claimants' Representative and the

Debtors' estates, their creditors and other parties-in-interest; and it appearing that this proceeding

is a core proceeding pursuant to 28 U.S.C. § 158(a); and it further appearing that notice of the

Application was good and sufficient under the particular circumstances and that no other or

further notice need be given and upon the record herein; and it further appearing that the terms and conditions of SBSF's employment as further described in the Application and the Declaration are reasonable and necessary; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Application be, and it hereby is, approved;

2.    Pursuant to section 1103(a) of the Bankruptcy Code and the May 24, 2004 Order appointing David T. Austern as the Future Claimants' Representative [Docket No. 5645], the Future Claimants' Representative be, and he hereby is, authorized to employ and retain SBSF as bankruptcy counsel upon the terms, and to perform the services, set forth in the Application and Declaration, so long as David T. Austern serves as the legal representative for individuals who may assert asbestos-related claims and/or demands in the future against the Debtors;

3.    SBSF shall be compensated in accordance with procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court, including the Administrative Compensation Order(s) entered in these cases; and

4.    The fees and expenses of SBSF allowed by the Court shall be an administrative expense of the Debtors' estates.

Dated: _9/27_, 2004

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

9156313v1

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| W.R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtor. | ) | Objection Date: November 24, 2004 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## THIRD MONTHLY INTERIM APPLICATION OF
## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, COUNSEL TO
## <u>DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE</u>

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP, counsel to David T. Austern, in his capacity as

the Court-appointed legal representative for future asbestos claimant (the "FCR"), has filed and

served its Third Monthly Application of Swidler Berlin Shereff Friedman, LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period July 1, 2004 through July 31, 2004 seeking payment of fees in the amount of

$38,486.00 (80% of $48,107.50) and reimbursement of expenses in the amount of $4,143.66 (the

"Application") for a total of $42,629.66.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 24, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP. 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl. Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire. Campbell & Levine. LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street. Suite 1500, Wilmington. DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire. Latham & Watkins,

2

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____

    Roger Frankel, *admitted pro hac vice*
    Richard H. Wyron, *admitted pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC 20007
    (202) 424-7500
    Counsel to David T. Austern,
    As Future Claimants' Representative

Dated: November 4, 2004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) |
|  | ) Case No. 01-1139 (JKF) |
|  | ) Jointly Administered |
| Debtor. | ) |
|  | ) Objection Date: November 24, 2004 at 4:00 p.m. |
|  | ) Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO THIRD MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004

| | |
|---|---|
| Name of Applicant: | Swidler Berlin Shereff Friedman, LLP ("SBSF") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | SBSF Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | July 1, 2004 through July 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $48,107.50 |
| 80% of fees to be paid: | $38,486.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 4,143.66 |
| Total Fees @ 80% and Expenses: | $42,629.66 |

This is an: ____ interim    X    monthly          final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 3.40 hours and the corresponding fees are $729.00 and expenses are $0.00.  The time spent for this matter will be requested in subsequent monthly interim applications.

This is SBSF's third interim fee application for the period July 1-31, 2004.  SBSF's second interim fee application for the period June 1-30, 2004 was filed on September 29, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02 for a total of $104,239.2.  SBSF's first interim fee application for the period May 1-31, 2004, was filed on September 29, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60.

## COMPENSATION SUMMARY

### JULY 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard D. Belford | Partner, 26 years in position; 33 years relevant experience; 1971, Tax | $560.00 | 2.60 | $1,456.00 |
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 34.20 | $20,691.00 |
| Mark J. Plumer | Partner, 10 years in position; 17 years relevant experience; 1987, Insurance Litigation | $520.00 | 3.20 | $1,664.00 |
| Mary A. Wallace | Partner, 3 years in position; 15 years relevant experience; 1989, Corporate | $420.00 | 5.90 | $2,478.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 25.30 | $12,903.00 |
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 5.90 | $1,829.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 19.80 | $4,059.00 |
| Scott J. Levitt | Associate, 9 years in position; 9 years relevant experience; 1995, Insurance Litigation | $355.00 | 7.00 | $2,485.00 |

2

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 3.10 | $542.50 |
| Total | | | 107.00 | $48,107.50 |

|  |  |
|---|---|
| Total Fees: | $48,107.50 |
| Total Hours: | 107.00 |
| Blended Rate: | $    449.60 |

## COMPENSATION BY PROJECT CATEGORY

### JULY 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 9.20 | $2,893.50 |
| Due Diligence | 34.20 | $18,867.50 |
| Retention of Professionals-Swidler | 12.50 | $3,394.50 |
| Retention of Professionals-Other | 8.70 | $4,811.00 |
| Insurance | 22.30 | $10,216.50 |
| Litigation | 8.50 | $3,034.50 |
| Compensation of Professionals-Swidler | 3.40 | $729.00 |
| FCR Retention Appeals | 8.20 | $4,161.00 |
| **TOTAL** | **107.00** | **$48,107.50** |

## EXPENSE SUMMARY

### JULY 2004

| Expense Category | Total |
|---|---|
| Photocopies | $3,086.75 |
| Telephone | $55.32 |
| Postage | $433.68 |
| Legal Research | $138.87 |
| Pacer | $173.10 |
| Travel/Meal Charges | $220.19 |
| Secretarial Services | $33.75 |
| **TOTAL** | **$4,143.66** |

3

Respectfully submitted,


SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____

    Roger Frankel, *admitted pro hac vice*
    Richard H. Wyron, *admitted pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC  20007
    (202) 424-7500
    Counsel to David T. Austern,
    As Future Claimants' Representative


Dated: November 4, 2004

4

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and have been admitted *pro hac vice* to appear in this matter.

2.      I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants and other professionals of SBSF as set forth in the attached invoices.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____

ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 4th DAY OF NOVEMBER, 2004

_____

Notary Public

My commission expires: _____

My Commission Expires April 14, 2007



**CERTIFICATE OF SERVICE**

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on November 4, 2004, I caused the *Notice, Cover Sheet to Third Monthly Interim Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period July 1, 2004 through July 31, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra Fullem

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express and Email: feeaudit@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


**E-mail: david.heller@lw.com and carol.hennessey@lw.com**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


**E-mail: pbentley@kramerlevin.com**
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., <u>et al</u>.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: November 24, 2004 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### FOURTH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, COUNSEL TO
### <u>DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE</u>

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP, counsel to David T. Austern, in his capacity as

the Court-appointed legal representative for future asbestos claimant (the "FCR"), has filed and

served its Fourth Monthly Application of Swidler Berlin Shereff Friedman, LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period August 1, 2004 through August 31, 2004 seeking payment of fees in the amount

of $74,481.80 (80% of $93,102.25) and reimbursement of expenses in the amount of $4,429.85

(the "Application") for a total of $78,911.65.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 24, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

2

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: November 4, 2004

3

<div align="center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

</div>

|  |  |  |
|---|---|---|
| | ) | **Chapter 11** |
| **In re:** | ) | |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: November 24, 2004 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

<div align="center">

**COVER SHEET TO FOURTH MONTHLY INTERIM APPLICATION OF**
**SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL**
**TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

</div>

| | |
|---|---|
| Name of Applicant: | Swidler Berlin Shereff Friedman, LLP ("SBSF") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | SBSF Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | August 1, 2004 through August 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $93,102.25 |
| 80% of fees to be paid: | $74,481.80[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 4,429.85 |
| Total Fees @ 80% and Expenses: | $78,911.65 |

This is an: _____ interim    X    monthly    _____ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 10.90 hours and the corresponding fees are $2,380.50 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

This is SBSF's fourth interim fee application for the period August 1-31, 2004. SBSF's third interim fee application for the period July 1-31, 2004 is being filed simultaneously herewith in the amount of $38,486.00 ($80% of $48,107.50) in fees and $4,143.66 in expenses for a total amount of $42,629.66. SBSF's second interim fee application for the period June 1-30, 2004 was filed on September 29, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02 for a total of $104,239.2. SBSF's first interim fee application for the period May 1-31, 2004, was filed on September 29, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60.

## COMPENSATION SUMMARY

### AUGUST 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 47.80 | $28,919.00 |
| Mark J. Plumer | Partner, 10 years in position; 17 years relevant experience; 1987, Insurance Litigation | $520.00 | 4.70 | $2,444.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 34.60 | $17,646.00 |
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 35.00 | $10,850.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 59.90 | $12,279.50 |
| Mykhaylo A. Gryzlov | Associate, 3 years in position; 3 years relevant experience; 2001, Bankruptcy | $230.00 | 8.50 | $1,955.00 |
| Elise Scherr Frejka | Associate, 13 years in position; 13 years relevant experience; 1991, Bankruptcy | $410.00 | .30 | $123.00 |
| Scott J. Levitt | Associate, 9 years in position; 9 years relevant experience; 1995, Insurance Litigation | $355.00 | 2.50 | $887.50 |

2

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Rachael M. Barainca | File Clerk | $55.00 | 2.00 | $110.00 |
| Deborah Rogers | Consultant | $180.00 | 73.00 | $13,140.00 |
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 15.00 | $2,625.00 |
| Michael A. Scarpato | Senior Consultant | $195.00 | 18.10 | $3,529.50 |
| Total | | | 301.40 | $93,102.25[2] |

**Total Fees:**      $93,102.25
**Total Hours:**     301.40
**Blended Rate:**    S    308.90

## COMPENSATION BY PROJECT CATEGORY

## AUGUST 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 15.40 | $5,670.00 |
| Due Diligence | 10.70 | $6,473.50 |
| Retention of Professionals-Swidler | 40.10 | $11,911.00 |
| Retention of Professionals-Other | 28.90 | $8,296.00 |
| Insurance | 101.60 | $21,824.50 |
| Litigation | 2.00 | $1,210.00 |
| Plan and Disclosure Statement | 42.80 | $17,247.50 |
| Travel Time (Nonworking) | 4.90 | $1,406.25[2] |
| Compensation of Professionals-Swidler | 10.90 | $2,380.50 |
| Compensation of Professionals-Other | 5.80 | $1,196.50 |
| FCR Retention Appeals | 38.30 | $15,486.50 |
| **TOTAL** | **301.40** | **$93,102.25** |

---

2 This amount represents a 50% reduction for nonworking travel time in the amount of 1,406.25.

3

**EXPENSE SUMMARY**

**AUGUST 2004**

| Expense Category | Total |
|---|---:|
| Photocopies | $2,741.03 |
| Telephone | $18.05 |
| Travel/Meal Charges | $1,438.22 |
| Pacer | $228.55 |
| Secretarial Services | $4.00 |
| **TOTAL** | **$4,429.85** |

Respectfully submitted,

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____
      Roger Frankel, *admitted pro hac vice*
      Richard H. Wyron, *admitted pro hac vice*
      3000 K Street, NW, Suite 300
      Washington, DC  20007
      (202) 424-7500
      Counsel to David T. Austern,
      As Future Claimants' Representative

Dated: November 4, 2004

4

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.  I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and have been admitted *pro hac vice* to appear in these cases.

2.  I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of SBSF as set forth in the attached invoices.

3.  I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 4th DAY OF NOVEMBER, 2004

Notary Public

My commission expires: My Commission Expires April 14, 2007



## CERTIFICATE OF SERVICE

       I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on November 4, 2004, I caused the *Notice, Cover Sheet to Fourth Monthly Interim Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period August 1, 2004 through August 31, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

       Under penalty of perjury, I certify the foregoing to be true and correct.


                          *Debra O. Fullem*
                          Debra O. Fullem, Senior Legal Assistant
                          Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

**Federal Express**
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Regular Mail**
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Federal Express**

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express and Email: feeaudit@whsmithlaw.com**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail: william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

9175543v1

# EXHIBIT D

**EXHIBIT D to be filed separately**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|                          |     |                              |
|--------------------------|-----|------------------------------|
| In re:                   | )   |                              |
|                          | )   | **Chapter 11**               |
| **W.R. GRACE & CO., et al.** | )   | **Case No. 01-01139 (JKF)**  |
|                          | )   | **(Jointly Administered)**   |
| **Debtors.**             | )   |                              |

**ORDER GRANTING SECOND QUARTERLY INTERIM APPLICATION OF
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE
PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004**

Swidler Berlin Shereff Friedman, LLP ("SBSF"), as bankruptcy counsel to David

T. Austern, the Future Claimants Representative (the "FCR"), filed its Second Quarterly

Interim Application for allowance of compensation and reimbursement of expenses for

the time period July 1, 2004 through September 30, 2004 (the "Second Quarterly

Application"). The Court has reviewed the Second Quarterly Application and finds that:

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and

1334; and (b) notice of the Second Quarterly Application, and any hearing on the Second

Quarterly Application, was adequate under the circumstances; and (c) all persons with

standing have been afforded the opportunity to be heard on the Second Quarterly

Application. Accordingly, it is hereby

ORDERED that the Second Quarterly Application of SBSF is GRANTED on an interim basis. The Debtors shall pay to SBSF the sum of $296,073.25 as compensation, and $14,400.95 as reimbursement for expenses, for a total of $310,474.20 for services rendered and disbursements incurred by SBSF for the period July 1, 2004 through September 30, 2004, less any amounts which may have been previously paid in connection with SBSF's monthly fee applications for this period.

Dated: _____

_____
United States Bankruptcy Judge

-2-

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on November 15, 2004, I caused a copy of the *Notice, Second Quarterly Fee Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants Representative for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2004 through September 30, 2004, Exhibits A-D, Verification and proposed Order* to be served upon those persons listed in the attached Service List in the manner so indicated.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

# SERVICE LIST

**Federal Express**
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Regular Mail**
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Federal Express**

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express and Email: feeaudit@whsmithlaw.com**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail: william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


**E-mail: david.heller@lw.com and carol.hennessey@lw.com**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


**E-mail: pbentley@kramerlevin.com**
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP