IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | Reference Dkt. No. 6934 |
| Debtors. | ) | Objection Deadline: 12/6/04 |
| | ) | |

**FIFTH MONTHLY INTERIM FEE APPLICATION OF SWIDLER
BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

# EXHIBIT A

# INVOICES OF

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

# FOR THE TIME PERIOD

# SEPTEMBER 1-30, 2004

# EXHIBIT A

# INVOICES OF

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

# FOR THE TIME PERIOD

# SEPTEMBER 1-30, 2004

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/27/04
INVOICE NUMBER: 275714

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/01/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 09/02/04 | Roger L. Frankel | Review dockets. | 0.30 |
| 09/02/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/02/04 | Matthew W. Cheney | Review CIBC Order and engagement letter. | 0.60 |
| 09/02/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.10 |
| 09/03/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.10 |
| 09/03/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 09/07/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/07/04 | Matthew W. Cheney | Telephone call with C. Hartman re hearing transcript. | 0.10 |
| 09/08/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/08/04 | Matthew W. Cheney | Telephone call with J. Brownstein re severance for new executives. | 0.10 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/27/04
Page 2

CLIENT: 25369
MATTER: .0001
INVOICE: 275714

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/08/04 | Roger L. Frankel | Confer with R. Wyron re status. | 0.20 |
| 09/09/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/09/04 | Matthew W. Cheney | Conference with R. Frankel re motions and ethics brief. | 0.10 |
| 09/10/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/10/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.30 |
| 09/10/04 | Richard H. Wyron | Confer with D. Austern on case status generally. | 0.30 |
| 09/13/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders | 0.50 |
| 09/13/04 | Matthew W. Cheney | Review pleadings. | 0.30 |
| 09/13/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 09/13/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/14/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.10 |
| 09/15/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 09/15/04 | Roger L. Frankel | Review miscellaneous pleadings. | 0.20 |
| 09/15/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 09/16/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 09/16/04 | Matthew W. Cheney | Review correspondence from S. Levitt re coverage action. | 0.10 |
| 09/17/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/17/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.30 |
| 09/17/04 | Mykhaylo A. Gryzlov | Research regarding whether an interest may be allowed on a prepetition claim that only become fixed and liquidated postpetition. | 2.70 |
| 09/20/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.70 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/27/04
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 275714

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 09/21/04 | Debra O. Fullem | Conference with R. Wyron regarding Judge Fitzgerald's calendar and agenda on September 27. | 0.20 |
| 09/22/04 | Matthew W. Cheney | Conferences with R. Wyon and D. Felder re open items, settlement with KWELMBS and professional applications. | 0.60 |
| 09/22/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/22/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 09/23/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.60 |
| 09/23/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/23/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 09/24/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 09/27/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/27/04 | Matthew W. Cheney | Conferences with D. Felder re research and memo. | 0.70 |
| 09/27/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 09/27/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/27/04 | Richard H. Wyron | Confer with R. Frankel and D. Austern on open issues. | 0.40 |
| 09/28/04 | Debra O. Fullem | Review docket update. | 0.20 |
| 09/28/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 09/28/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 09/29/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 09/29/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.80 |
| 09/30/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
10/27/04  
Page 4

CLIENT:  25369  
MATTER:  .0001  
INVOICE: 275714

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/30/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.20 |
| 09/30/04 | Matthew W. Cheney | Review pleadings. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.70 | $423.50 |
| Richard H. Wyron | $510.00 | 0.70 | $357.00 |
| Matthew W. Cheney | $310.00 | 4.40 | $1,364.00 |
| Debra L. Felder | $205.00 | 3.30 | $676.50 |
| Mykhaylo A. Gryzlov | $230.00 | 2.70 | $621.00 |
| Debra O. Fullem | $175.00 | 0.70 | $122.50 |
| Rachael M. Barainca | $55.00 | 5.20 | $286.00 |
| **TOTAL HOURS & FEES** | | **17.70** | **$3,850.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 135.30 |
| Telephone | 12.46 |
| Postage | 10.61 |
| Federal Express | 11.79 |
| Ground Transportation | 108.87 |
| Meal Charges | 188.37 |
| Transcripts | 378.40 |
| **TOTAL OTHER CHARGES** | **$845.80** |

CURRENT INVOICE DUE.................................................................$4,696.30

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/27/04
INVOICE NUMBER: 275714

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES............................................................................................$3,850.50

TOTAL OTHER CHARGES ...........................................................................$845.80

**TOTAL AMOUNT DUE** ...........................................................................$4,696.30

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F S B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No :   254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275715

CLIENT/CASE: 25369.0004

RE: Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/04 | Richard H. Wyron | Calls to CIBC regarding meeting on 9/7 and update on status (.4); review due diligence materials for PD Committee meeting on 9/7 (1.2). | 1.60 |
| 09/07/04 | Roger L. Frankel | Review materials (in travel to NY) in preparation for meetings with CIBC, PD Committee. | 1.70 |
| 09/07/04 | Roger L. Frankel | Confer with PD Committee at SBSF in NY (2.3); confer with D. Austern re same (.6). | 2.90 |
| 09/07/04 | Roger L. Frankel | Review CIBC materials (while traveling to DC). | 0.60 |
| 09/07/04 | Richard H. Wyron | Prepare for PD Committee meeting (.3); meet with PD Committee (2.3). | 2.60 |
| 09/14/04 | Roger L. Frankel | Review Sealed Air due diligence list, e-mails. | 0.40 |
| 09/14/04 | Richard H. Wyron | Review Sealed Air confidentiality issues and e-mails re same. | 0.90 |
| 09/17/04 | Richard H. Wyron | Review e-mails on Sealed Air Confidentiality and follow-up. | 0.80 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 2

CLIENT: 25369
MATTER: .0004
INVOICE: 275715

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 09/24/04 | Mara A. Glaser | Conference with R. Wyron re status of case and confidentiality agreement; review confidentiality agreements. | 0.80 |
| 09/28/04 | Mara A. Glaser | Review confidentiality agreements (.7); review background (.8); teleconference with J. Brownstein (.4); begin drafting Confidentiality Agreement with Sealed Air (.6). | 2.50 |
| 09/28/04 | Richard H. Wyron | Confer regarding Sealed Air confidentiality agreement. | 0.40 |
| 09/29/04 | Mara A. Glaser | Draft Sealed Air Confidentiality Agreement. | 1.80 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 5.60 | $3,388.00 |
| Richard H. Wyron | $510.00 | 6.30 | $3,213.00 |
| Mara A. Glaser | $310.00 | 5.10 | $1,581.00 |
| **TOTAL HOURS & FEES** | | **17.00** | **$8,182.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE.......................................................................$8,182.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275715

OUR REFERENCE: 25369.0004

## INVOICE SUMMARY

TOTAL FEES ............................................................................$8,182.00

TOTAL OTHER CHARGES ..................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$8,182.00**

**REMITTANCE INFORMATION:**

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:       Citibank, F S B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No :    254070116
Account No :        15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275720

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

## FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/02/04 | Debra O. Fullem | Organize fee application files. | 0.20 |
| 09/14/04 | Matthew W. Cheney | Conference with D. Fullem re fee applications. | 0.20 |
| 09/20/04 | Richard H. Wyron | Review August fees and expenses. | 0.30 |
| 09/21/04 | Debra O. Fullem | Review August proformas and edit same. | 0.50 |
| 09/21/04 | Debra O. Fullem | Review e-mail from R. Wyron re certain time entries; e-mail and discussion with D. Rogers explaining modifications to be made and send copies of time entries to be corrected; provide D. Rogers with copy of billing memo; discuss with P. Reyes. | 0.40 |
| 09/28/04 | Debra O. Fullem | Conference with R. Wyron re status of case and employment order entered by Court (.2); finalize May and June fee applications (1.6); and coordinate filing and serving of same (.2). | 2.00 |
| 09/28/04 | Debra O. Fullem | Coordinate sending copies of invoices for May and June to fee auditor in Word format; prepare e-mail of same to Mr. Smith. | 0.20 |
| 09/28/04 | Roger L. Frankel | Review, sign May - June monthly interim applications for compensation. | 0.30 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 2

CLIENT:  25369
MATTER: .0011
INVOICE: 275720

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 0.30 | $181.50 |
| Richard H. Wyron | $510.00 | 0.30 | $153.00 |
| Matthew W. Cheney | $310.00 | 0.20 | $62.00 |
| Debra O. Fullem | $175.00 | 3.30 | $577.50 |
| **TOTAL HOURS & FEES** | | **4.10** | **$974.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 67.50 |
| Postage | 12.52 |
| **TOTAL OTHER CHARGES** | **$80.02** |

**CURRENT INVOICE DUE**.......................................................................**$1,054.02**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275720

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES...........................................................................................$974.00

TOTAL OTHER CHARGES............................................................$80.02

**TOTAL AMOUNT DUE** .........................................................**$1,054.02**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275721

CLIENT/CASE: 25369.0012

RE:  Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/02/04 | Debra O. Fullem | Review and respond to e-mails from the Trustee and other service parties regarding filing of Mr. Austern's May and June fee statements. | 0.50 |
| 09/24/04 | Matthew W. Cheney | Telephone conference with J. Brownstein re hearing on compensation. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Matthew W. Cheney | $310.00 | 0.10 | $31.00 |
| Debra O. Fullem | $175.00 | 0.50 | $87.50 |
| **TOTAL HOURS & FEES** | | **0.60** | **$118.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 22.50 |
| Postage | 2.58 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 2

CLIENT: 25369
MATTER: .0012
INVOICE: 275721

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $25.08 |

CURRENT INVOICE DUE.........................................................................$143.58

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275721

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES......................................................................................$118.50

TOTAL OTHER CHARGES ...................................................................$25.08

**TOTAL AMOUNT DUE** ...........................................................................**$143.58**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No :     254070116
Account No :         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275716

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 09/08/04 | Richard H. Wyron | Review and update on recent filings (1.6); prepare for 9/27 hearing (.4). | 2.00 |
| 09/08/04 | Roger L. Frankel | Review pleadings re 2019 required filings. | 0.30 |
| 09/09/04 | Matthew W. Cheney | Telephone call with J. Brownstein re severance program motion. | 0.10 |
| 09/11/04 | Roger L. Frankel | Review settlement with Coudert Brothers. | 0.20 |
| 09/14/04 | Mykhaylo A. Gryzlov | Revise the outline and summary of law for the estimation memo (2.9); review cases on allowance and estimation of interest on prepetition claims (1.1); research regarding whether a supermajority requirement of Section 524(g) must be met by every class affected by the channeling injunction (3.2). | 7.20 |
| 09/15/04 | Matthew W. Cheney | Draft correspondence to R. Wyron re settlement with Coudert Bros. | 0.10 |
| 09/15/04 | Richard H. Wyron | Review settlement motions on Coudert Brothers. | 0.20 |
| 09/17/04 | Richard H. Wyron | Review proposed settlement with MDNR. | 0.20 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 2

CLIENT: 25369
MATTER: .0007
INVOICE: 275716

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/20/04 | Richard H. Wyron | Review negative notices and draft e-mails on Coudert Brothers (.3) and on Missouri Department of Natural Resources (.3) settlements. | 0.60 |
| 09/22/04 | Richard H. Wyron | Review Honeywell settlement on 8-K and circulate summary. | 0.40 |
| 09/22/04 | Debra L. Felder | Review adversary proceeding regarding The Scotts Company, appeal of FCR and insurers' motion to strike PI Committee's brief. | 2.00 |
| 09/23/04 | Debra L. Felder | Review lift stay motion filed by David Slaughter (.4); draft e-mail summary regarding same (.3). | 0.70 |
| 09/28/04 | Debra L. Felder | Review motion to stay Rand Action and responses (.8); draft e-mail summary to R. Wyron regarding same (.4); telephone conference with M. Glaser regarding Cryovac (.1); review complaint and documents regarding same (.2). | 1.50 |
| 09/28/04 | Richard H. Wyron | Review summary of matters set for 9/30. | 0.40 |
| 09/30/04 | Richard H. Wyron | Review results of Scotts' motion on Rand action. | 0.40 |
| 09/30/04 | Debra L. Felder | Telephonic participation in hearing regarding motion to stay Rand Action (1.1); review notes regarding same and draft e-mail summary to R. Wyron (.3). | 1.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.50 | $302.50 |
| Richard H. Wyron | $510.00 | 4.20 | $2,142.00 |
| Matthew W. Cheney | $310.00 | 0.20 | $62.00 |
| Debra L. Felder | $205.00 | 5.60 | $1,148.00 |
| Mykhaylo A. Gryzlov | $230.00 | 7.20 | $1,656.00 |
| **TOTAL HOURS & FEES** | | **17.70** | **$5,310.50** |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 3

CLIENT:  25369
MATTER: .0007
INVOICE: 275716

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE.......................................................................$5,310.50

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275716

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES ..................................................................................$5,310.50

TOTAL OTHER CHARGES ...........................................................$0.00

**TOTAL AMOUNT DUE** .............................................................**$5,310.50**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:     Citibank, F.S.B.
Account Title:    Swidler Berlin Shereff Friedman, LLP
ABA Routing No :  254070116
Account No :      15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/28/04
INVOICE NUMBER: 276103

CLIENT/CASE: 25369 0006

RE: Insurance Matters

## FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 09/01/04 | Deborah A. Rogers | Collect relevant insurance data from policies (2.0) and plot that information into the appropriate coverage charts (3.0). | 5.00 |
| 09/02/04 | Deborah A. Rogers | Research parent relationships of insurance carriers (4.80) for inclusion in coverage charts; confer with Mr. Scarpato re WR Grace's potential claim against KWELM (.20); continue entering insurance carrier information in coverage charts (2.0). | 7.00 |
| 09/02/04 | Michael A. Scarpato | Confer with Ms. Rogers re WR Grace's potential claim against KWELM. | 0.20 |
| 09/03/04 | Roger L. Frankel | Review DJ action filed by The Scotts Company. | 0.50 |
| 09/03/04 | Deborah A. Rogers | Create the foundation docuemnts for new coverage charts that illustrate additional insurance coverage analysis (2.0); continue to QC and plot data into appropriate coverage charts (4.0). | 6.00 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/28/04
Page 2

CLIENT: 25369
MATTER: .0006
INVOICE: 276103

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/07/04 | Deborah A. Rogers | Create a summary coverage chart that provides overall picture of insurance program without including carrier detail (5.80); discuss printing and scaling options of the chart with Mr. Scarpato (.20); discuss final summary chart with Mr. Plumer (1.00). | 7.00 |
| 09/07/04 | Michael A. Scarpato | Confer with Ms. Rogers re options for scaling and printing the coverage chart. | 0.20 |
| 09/07/04 | Scott J. Levitt | Review and analyze KWELM proposed settlement and motions re same (1.3); telephone conf. with Messrs. Plumer and Posner re proposed KWELM settlement (.5). | 1.80 |
| 09/08/04 | Scott J. Levitt | Office conference with Ms. Rogers re draft coverage chart (.2); review same (.3). | 0.50 |
| 09/08/04 | Michael A. Scarpato | Review and edit the single-page coverage chart, along with Mr. Rogers. | 0.70 |
| 09/08/04 | Roger L. Frankel | Review memo re KWELM insurance settlement, spreadsheet re NPV. | 0.40 |
| 09/08/04 | Deborah A. Rogers | Continue identifying information to be included in various coverage charts (1.00); update charts as required (.30); review and edit summary chart with Mr. Scarpato (.70). | 2.00 |
| 09/08/04 | Richard H. Wyron | Review bases for KWELM settlement (1.1); work on objection (.30). | 1.40 |
| 09/08/04 | Mark J. Plumer | Review KWELM settlement background (.40); telephone conference with Jeff Posner at W.R. Grace (.50); email to Mr. Wyron re KWELM prudence (1.0). | 1.90 |
| 09/09/04 | Mark J. Plumer | Office conference with Mr. Levitt and Ms. Rogers re status of policy review (.40). Follow-up re case status (.60); telephone conference with Jeff Posner (.20). | 1.20 |
| 09/09/04 | Deborah A. Rogers | Office conference with Mr. Plumer and Mr. Levitt re status of policy review (.40); confer with Mr. Scarpato re the plotting of coverage ifnormation in excess of $50M (.20); continue entering relevant insurance carrier ifnormation into appropriate coverage charts (5.40). | 6.00 |
| 09/09/04 | Michael A. Scarpato | Confer with Ms. Rogers re coverage chart showing available coverage in excess of $50M. | 0.20 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co.)
10/28/04
Page 3

CLIENT: 25369
MATTER: .0006
INVOICE: 276103

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/09/04 | Scott J. Levitt | Office conference with Mr. Plumer and Ms. Rogers re coverage charts and settlement agreements (.40); review revised version of coverage charts (.20). | 0.60 |
| 09/10/04 | Debra L. Felder | Telephone conference with C. Hartman, N. Finch and P. Lockwood regarding opposition to KWELMBS settlement agreement (.5); draft and finalize opposition regarding same (2.5). | 3.00 |
| 09/10/04 | Richard H. Wyron | Review limited objections to KWELMBS settlement and revise (.4); confer with D. Austern (.2); review e-mails from PI Committee and draft objections (.6). | 1.20 |
| 09/10/04 | Roger L. Frankel | Review issues re KWELM settlement, proceeds to be segregated (.2); review e-mails re same (.2). | 0.40 |
| 09/10/04 | Roger L. Frankel | Review limited objection to KWELM settlement. | 0.30 |
| 09/10/04 | Matthew W. Cheney | Draft limited objection to KWELMBS settlement. | 0.50 |
| 09/13/04 | Scott J. Levitt | Review settlement agreements and prepare summaries of same (3.0); draft letter to Mr. Hughes re outstanding requests (.3). | 3.30 |
| 09/13/04 | Deborah A. Rogers | Continue identifying information to be included in various coverage charts (1.00); update charts as required (.30); review and edit summary chart with Mr. Scarpato (.70). | 4.00 |
| 09/13/04 | Mark J. Plumer | Letter to Jay Hughes re residual data requests. | 0.50 |
| 09/14/04 | Michael A. Scarpato | Confer with Ms. Rogers re distinction between policy buy-backs and coverage-in-place agreements. | 0.10 |
| 09/14/04 | Deborah A. Rogers | Review settlemet data (1.0); update charts to reflect settlement data (3.00). | 4.00 |
| 09/14/04 | Scott J. Levitt | Office conference with Ms. Boonshaft re research of decisions in Grace's coverage actions (.3); review, analyze and summarize settlement agreements (3.2). | 3.50 |
| 09/14/04 | Shara L. Boonshaft | Office conference with S. Levitt to discuss legal research needed regarding any asbestos coverage litigation in which W.R. Grace has been involved (.20); review S. Levitt's notes re cases involving W.R. Grace and begin to review cases (.20). | 0.40 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/28/04
Page 4

CLIENT: 25369
MATTER: .0006
INVOICE: 276103

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/15/04 | Shara L. Boonshaft | Review and analyze coverage litigation cases in which W.R. Grace was involved and summarize key holdings. | 5.30 |
| 09/15/04 | Matthew W. Cheney | Review correspondence from D. Felder re coverage action. | 0.10 |
| 09/15/04 | Scott J. Levitt | Review and analyze Grace's settlement agreements and prepare summaries of same (5.1); communicate by email with Mr. Plumer re███████████ objection to disclosure of settlement agreement (.1). | 5.20 |
| 09/15/04 | Deborah A. Rogers | Continue identifying ifnormation to be included in various coverage charts (2.00); update charts as required (4.00). | 6.00 |
| 09/15/04 | Richard H. Wyron | Review Scotts' complaint (.60); call to D. Felder re: same (.10). | 0.70 |
| 09/16/04 | Scott J. Levitt | Review and summarize settlement agreements (4.5); telephone conference with Mr. Hughes re outstanding requests (.1); draft emails to Mr. Plumer re same (.1); review Scotts litigation complaint (.3). | 5.00 |
| 09/17/04 | Scott J. Levitt | Review and summarize settlement agreements. | 6.50 |
| 09/17/04 | Roger L. Frankel | Telephone conference with Hurford re KWELM settlement; notes re same. | 0.30 |
| 09/17/04 | Shara L. Boonshaft | Review and summarize asbestos coverage cases involving W.R. Grace. | 5.20 |
| 09/17/04 | Richard H. Wyron | Review KMS data and respond on "earmarking" order. | 0.70 |
| 09/17/04 | Deborah A. Rogers | Continue identifying ifnormation to be included in various coverage charts (2.00); update charts as required (4.00). | 6.00 |
| 09/17/04 | Mark J. Plumer | Review correspondence re insurance for W.R. Grace (.6). | 0.50 |
| 09/18/04 | Roger L. Frankel | Review with R. Wyron issues re Kwelm Settlement. | 0.30 |
| 09/19/04 | Shara L. Boonshaft | Review and summarize asbestos coverage cases involving Grace. | 3.80 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/28/04
Page 5

CLIENT: 25369
MATTER: .0006
INVOICE: 276103

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 09/20/04 | Shara L. Boonshaft | Review and summarize asbestos coverage cases involving W.R. Grace (1.60); edit and revise summaries of relevant asbestos coverage cases (1.10); perform electronic research to identify any additional asbestos coverage cases involving W.R. Grace (1.60). | 4.30 |
| 09/20/04 | Scott J. Levitt | Review and summarize settlement agreements (6.7); review asbestos insurance allocations summary and backup to insurance receivable for $269.4 million provided by Grace (1.5). | 8.20 |
| 09/20/04 | Richard H. Wyron | Review Scotts' adversary and outline issues. | 1.40 |
| 09/20/04 | Deborah A. Rogers | Continue identifying ifnormation to be included in various coverage charts (2.00); update charts as required (5.00). | 7.00 |
| 09/21/04 | Deborah A. Rogers | Office conference with Messrs. Plumer and Levitt re coverage charts and analysis of remaining coerage (.70); continue entering relevant insurance carrier information into appropriate coverage charts (2.00). | 2.70 |
| 09/21/04 | Richard H. Wyron | Review email from PI Committee on KMS order, along with escrow proposal. | 0.70 |
| 09/21/04 | Scott J. Levitt | Office conference with Mr. Plumer and Ms. Rogers re coverage charts and analysis of remaining coverage (.7); review and summarize settlement agreements (3.9); review allocations summary (1.4); draft letter to Mr. Hughes re CD of settlement agreements (.2); review and edit Ms. Boonshaft's memorandum on Grace's coverage actions (1.8); draft email to Mr. Hughes re questions re settlement agreements (.1). | 8.10 |
| 09/21/04 | Mark J. Plumer | Prepare for office conference re policy review (.50); attend office conference with Mr. Levitt and Ms. Rogers re status of policy review (.50); follow-up (.30). | 1.30 |
| 09/22/04 | Scott J. Levitt | Office conference with Ms. Boonshaft re memorandum re Grace's coverage actions (.2); revise same (.8); revise summaries of settlement agreements (4.0); draft memorandum re Scotts litigation (1.5); review pleadings in connection with same (.8). | 7.10 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/28/04
Page 6

CLIENT: 25369
MATTER: .0006
INVOICE: 276103

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/22/04 | Shara L. Boonshaft | Office conference with Mr. Levitt to discuss revisions to memo summarizing asbestos coverage case in which Grace was involved (.20); make revisions to memo (1.0). | 1.20 |
| 09/22/04 | Roger L. Frankel | Identify policies issued by specific carriers for Mr. Levitt (.20). | 0.20 |
| 09/22/04 | Deborah A. Rogers | Identify policies issued by specific carriers for Mr. Levitt | 1.00 |
| 09/23/04 | Deborah A. Rogers | Continue identifying information to be included in various coverage charts (1.00); update charts as required (3.00). | 4.00 |
| 09/23/04 | Roger L. Frankel | Telephone conference with M. Plumer re status of insurance review; notes re same. | 0.30 |
| 09/23/04 | Shara L. Boonshaft | Revise and edit memo summarizing key holdings in Grace asbestos coverage actions. | 1.70 |
| 09/23/04 | Scott J. Levitt | Revise memorandum re Grace's settlement agreements (4.9); communicate by email with Mr. Zaremby re settlement (.2); communicate by email with Ms. Boonshaft re research on Grace's coverage actions (.2); revise memorandum re Scotts litigation (1.2). | 6.50 |
| 09/23/04 | Richard H. Wyron | Review Scotts complaint and consider missing insurance settlements (.4); review motions set for hearing 9/27 regarding insurance/lift stay (.2); review memo on Scott litigation from S. Levitt and outline follow-up (.5). | 1.10 |
| 09/24/04 | Richard H. Wyron | Calls to M. Hurford (ACC) and J. Baer (K&E) regarding KMS order (.2); email regarding same (.1); review draft order on KMS and provide comments (.2); review final proposed order (.1). | 0.60 |
| 09/24/04 | Scott J. Levitt | Revise summaries of settlement agreements (3.7); revise memorandum re Grace's coverage decision prepared by Ms. Boonshaft (1.4). | 5.10 |
| 09/24/04 | Shara L. Boonshaft | Revise memo summarizing key holdings in Grace asbestos coverage cases (2.20); compile supporting cases and documents for attachment as exhibits (.50); distribute copies to Messrs. Plumer and Levitt (.10). | 2.80 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/28/04
Page 7

CLIENT: 25369
MATTER: .0006
INVOICE: 276103

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/24/04 | Michael A. Scarpato | Confer with Ms. Rogers re color-coding the coverage charts to reflect the prior carrier settlements and the parent insurer groupings. | 0.50 |
| 09/24/04 | Deborah A. Rogers | Research chart making functions of computer program with Mr. Scarpato (.50) review settlement summaries written by Mr. Levitt (1.00) plot data to coverage charts (2.00) | 5.50 |
| 09/26/04 | Richard H. Wyron | Review KMS issues for 9/27 hearing (.2); review update on Scotts' adversary (.4). | 0.60 |
| 09/27/04 | Michael A. Scarpato | Review format of base coverage chart prepared by Ms. Rogers. | 0.30 |
| 09/27/04 | Deborah A. Rogers | Create addtional charts reflecting parent/carrier relationships (1.00) plot data to coverage charts (6.00) | 7.00 |
| 09/27/04 | Roger L. Frankel | Review memo re Scott's coverage litigation (1.5). | 1.50 |
| 09/27/04 | Richard H. Wyron | Prepare for (.40) and attend hearing (.40) on KMS issues and stipulated order. | 0.80 |
| 09/27/04 | Scott J. Levitt | Revise memorandum re settlement agreements (2.4); revise coverage chart prepared by Ms. Rogers (.4). | 2.80 |
| 09/27/04 | Mark J. Plumer | Review legal memorandum re prior Grace legal decisions (1.0). | 1.00 |
| 09/28/04 | Mark J. Plumer | Prepare for team meeting to discuss insurance analysis findings (.50); office conference with Mr. Levitt and Ms. Rogers re same (.70). | 1.20 |
| 09/28/04 | Scott J. Levitt | Office conference with Mr. Plumer and Ms. Rogers re coverage charts and analysis of settlements (.7); prepare summaries of settlements (2.3); telephone conference with Mr. Posner re questions and allocation methodology (.2); prepare questions for same (.5). | 3.70 |
| 09/28/04 | Richard H. Wyron | Review KMS facts and analyze argument issues. | 1.10 |
| 09/28/04 | Matthew W. Cheney | Conference with R. Wyron re KWELMBS settlement. | 0.20 |
| 09/28/04 | Deborah A. Rogers | Office conference with Messrs. Plumer and Levitt to discuss coverage charts (.70); continue updating coverage charts with historical insruance data (5.00). | 5.70 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/28/04
Page 8

CLIENT:  25369
MATTER: .0006
INVOICE: 276103

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/29/04 | Deborah A. Rogers | Identify settlement data that should be included in coverage charts (2.00); update coverage charts to reflect settlemtn data (3.00). | 5.00 |
| 09/29/04 | Matthew W. Cheney | Conferences with M. Gryzlov re research re insurance proceeds. | 0.70 |
| 09/29/04 | Roger L. Frankel | Confer with Messrs. Wyron, Plumer and Levitt re insurance status report. | 0.60 |
| 09/29/04 | Mykhaylo A. Gryzlov | Research regarding whether ▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉ (2.8); conference with M. Cheney regarding the foregoing (.3). | 3.10 |
| 09/29/04 | Richard H. Wyron | Meet with M. Plumer and S. Levitt on insurance issues and status, and follow-up (1.4); confer with M. Plumer and S. Levitt re: KNS issues (.4). | 1.80 |
| 09/29/04 | Scott J. Levitt | Office conference with Messrs. Plumer, Wyron and Frankel re coverage analysis (1.4); prepare for same (.7); office conference with Mr. Plumer re project status (.2); telephone conference with Messrs Plumer and Hughes re Scotts litigation and other issues (.2); communicate by email with Mr. Posner re remaining coverage (.3); review spreadsheet re same (.6); revise summary of Grace's settlements (2.7); review drafts of coverage charts (.5). | 7.50 |
| 09/29/04 | Michael A. Scarpato | Confer with Mr. Plumer re verifying Grace's allocation model results at higher levels of projected claims. | 0.10 |
| 09/29/04 | Mark J. Plumer | Prepare for team meeting to discuss insurance analysis and findings (.40); attend office conference with Messrs. Frankel and Wyron to review analysis and findings (1.40). | 1.80 |
| 09/30/04 | Scott J. Levitt | Draft power point presentation for Mr. Austern (3.5); review coverage charts prepared by Ms. Rogers (.5); draft memorandum re conference call with Mr. Posner (.3). | 4.30 |
| 09/30/04 | Matthew W. Cheney | Conference with D. Felder re insurance proceeds. | 0.20 |
| 09/30/04 | Matthew W. Cheney | Research re insurance proceeds. | 0.40 |
| 09/30/04 | Deborah A. Rogers | Finalize primary coverage chart (2.00) Finalize Scotts Co litigation charts (3.00) Compile chart binder for attorneys (1.00) Review terms & conditions of primary CNA policy (2.00) Copy relevant pages for Mark and Scott (.50) | 8.50 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/28/04
Page 9

CLIENT:  25369
MATTER: .0006
INVOICE: 276103

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 4.80 | $2,904.00 |
| Mark J. Plumer | $520.00 | 9.40 | $4,888.00 |
| Richard H. Wyron | $510.00 | 12.10 | $6,171.00 |
| Shara L. Boonshaft | $205.00 | 24.70 | $5,063.50 |
| Matthew W. Cheney | $310.00 | 2.10 | $651.00 |
| Debra L. Felder | $205.00 | 3.00 | $615.00 |
| Mykhaylo A. Gryzlov | $230.00 | 3.10 | $713.00 |
| Scott J. Levitt | $355.00 | 79.70 | $28,293.50 |
| Deborah A. Rogers | $180.00 | 99.40 | $17,892.00 |
| Michael A. Scarpato | $195.00 | 2.30 | $448.50 |
| **TOTAL HOURS & FEES** | | **240.60** | **$67,639.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 60.75 |
| Telephone | 3.13 |
| Postage | 0.37 |
| Printing | 24.80 |
| **TOTAL OTHER CHARGES** | **$89.05** |

CURRENT INVOICE DUE......................................................................$67,728.55

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/28/04
INVOICE NUMBER: 276103

OUR REFERENCE: 25369.0006

## INVOICE SUMMARY

TOTAL FEES................................................................$67,639.50

TOTAL OTHER CHARGES................................................$89.05

**TOTAL AMOUNT DUE** ................................................**$67,728.55**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:       Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275717

CLIENT/CASE: 25369.0008

RE: Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/04 | Mykhaylo A. Gryzlov | Research regarding whether ███████████ | 3.70 |
| 09/01/04 | Mykhaylo A. Gryzlov | Research regarding whether ███████████ | 3.40 |
| 09/01/04 | Matthew W. Cheney | Conference with M. Gryzlov re research re plan issues. | 0.40 |
| 09/02/04 | Mykhaylo A. Gryzlov | Research regarding whether the interest may accrue on personal injury claims. | 2.90 |
| 09/02/04 | Mykhaylo A. Gryzlov | Research regarding whether ███████████ | 3.60 |
| 09/03/04 | Matthew W. Cheney | Conferences with M. Gryzlov re research issues re debtor's proposal. | 0.70 |
| 09/06/04 | Matthew W. Cheney | Research re debtor's proposal. | 0.80 |
| 09/06/04 | Richard H. Wyron | Prepare for 9/7 meeting with CIBC (.7); prepare for discussion with PD Committee (.4). | 1.10 |
| 09/07/04 | Roger L. Frankel | Confer with CIBC re POR outline, valuation issues, notes re same. | 0.90 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 2

CLIENT:  25369
MATTER: .0008
INVOICE: 275717

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/07/04 | Debra L. Felder | Research regarding ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇(1.0); ▇▇▇▇▇ (2.5). | 3.50 |
| 09/07/04 | Richard H. Wyron | Confer with CIBC regarding analysis of proposed plan (.9); confer with D. Austern and R. Frankel on plan strategy and open issues (.6). | 1.50 |
| 09/07/04 | Matthew W. Cheney | Conference with D. Felder re research debtor's proposal. | 0.10 |
| 09/07/04 | Matthew W. Cheney | Conference with D. Felder re research. | 0.10 |
| 09/07/04 | Mykhaylo A. Gryzlov | Research regarding ▇▇▇▇▇▇▇▇ | 2.30 |
| 09/08/04 | Mykhaylo A. Gryzlov | Conference with M. Cheney regarding ▇▇▇▇▇ | 0.20 |
| 09/08/04 | Mykhaylo A. Gryzlov | Research regarding ▇▇▇▇▇▇▇▇ ▇▇▇ | 2.40 |
| 09/08/04 | Mykhaylo A. Gryzlov | Review ▇▇▇▇▇▇▇▇▇ | 2.60 |
| 09/08/04 | Debra L. Felder | Conference with M. Cheney regarding research issues related to plan. | 0.40 |
| 09/09/04 | Mykhaylo A. Gryzlov | Draft an outline for the memo regarding ▇▇▇▇ issues. | 3.80 |
| 09/09/04 | Mykhaylo A. Gryzlov | Research regarding whether ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ | 2.30 |
| 09/09/04 | Matthew W. Cheney | Conference with M. Gryzlov re research re debtor's proposal. | 0.20 |
| 09/10/04 | Matthew W. Cheney | Conference with M. Gryzlov re outline of issues and research. | 0.10 |
| 09/10/04 | Mykhaylo A. Gryzlov | Draft and revise the outline and summary of law for the memo regarding estimation issues. | 4.90 |
| 09/13/04 | Mykhaylo A. Gryzlov | Conference with M. Cheney regarding Section 524(g) issues. | 0.30 |
| 09/13/04 | Mykhaylo A. Gryzlov | Conference with M. Cheney regarding ▇▇▇▇▇ (.2); review ▇▇▇▇▇▇ ▇▇▇▇▇ (3.8); ▇▇▇▇ (1.2); and discussion draft (1.7). | 6.90 |
| 09/13/04 | Matthew W. Cheney | Research re debtor's proposal. | 1.40 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 3

CLIENT:  25369
MATTER:  .0008
INVOICE: 275717

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/13/04 | Matthew W. Cheney | Conference with R. Wyron re research. | 0.10 |
| 09/13/04 | Matthew W. Cheney | Conference with D. Felder re researching debtor's proposal. | 0.30 |
| 09/13/04 | Debra L. Felder | Conference with M. Cheney regarding research on plan issues (.3); review ███████████████ (1.0). | 1.30 |
| 09/14/04 | Debra L. Felder | Research regarding Section 524(g) and related issues regarding Debtors' plan proposal. | 3.20 |
| 09/14/04 | Matthew W. Cheney | Conferences with M. Gryzlov re summary of ████████ ███████ | 0.40 |
| 09/14/04 | Matthew W. Cheney | Conference with D. Felder re research. | 0.20 |
| 09/15/04 | Matthew W. Cheney | Conferences with R. Wyron and D. Felder re debtor's proposal and research. | 1.40 |
| 09/15/04 | Matthew W. Cheney | Conference with M. Gryzlov re summary of ███████ ██████ | 0.20 |
| 09/15/04 | Mykhaylo A. Gryzlov | Conference with M. Cheney regarding the pending asbestos legislation. | 0.30 |
| 09/15/04 | Mykhaylo A. Gryzlov | Draft memo regarding ████████████████████ | 6.90 |
| 09/15/04 | Debra L. Felder | Research regarding Section 524(g), ███████████ and related issues regarding Debtors' plan proposal (4.2); conference with M. Cheney regarding same (.2); conference with R. Wyron and M. Cheney regarding same (1.0). | 5.40 |
| 09/15/04 | Richard H. Wyron | Review research and status with M. Cheney. | 0.80 |
| 09/16/04 | Mykhaylo A. Gryzlov | Draft and revise memo regarding ████████████ ████████████and review ████████████████ | 7.40 |
| 09/16/04 | Matthew W. Cheney | Conference with M. Gryzlov re memo summarizing ███████████████ | 0.20 |
| 09/17/04 | Matthew W. Cheney | Conference with M. Gryzlov re research re debtor's proposal. | 0.50 |
| 09/17/04 | Mykhaylo A. Gryzlov | Read e-mail from D. Felder regarding ███████ plan documents (.1); review plan documents (.6). | 0.70 |
| 09/17/04 | Mykhaylo A. Gryzlov | Revise memo regarding ██████████████████ | 1.30 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 4

CLIENT: 25369
MATTER: .0008
INVOICE: 275717

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/17/04 | Mykhaylo A. Gryzlov | Research regarding whether ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.60 |
| 09/17/04 | Debra O. Fullem | Conference with M. Gryzlov regarding research for W.R. Grace case in obtaining ballots in NRG Energy bankruptcy case in SD-NY (.1); review case online and solicitation materials (.4); review website of Court appointed agent to handle solicitation process and ballots online (.3); download numerous ballots for each class and instructions (.5); confer with M. Gryzlov re same and in particular provisions relating to settlement with XCel (.2). | 1.50 |
| 09/17/04 | Debra L. Felder | Review plan and confirmation order for ▮▮▮▮▮▮▮▮▮ regarding ▮▮▮▮▮▮▮▮▮▮▮▮. | 1.00 |
| 09/19/04 | Matthew W. Cheney | Research re debtor's plan proposal. | 0.50 |
| 09/20/04 | Matthew W. Cheney | Conference with M. Gryzlov re research. | 0.20 |
| 09/20/04 | Mykhaylo A. Gryzlov | Research regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 2.80 |
| 09/20/04 | Mykhaylo A. Gryzlov | Research regarding whether a▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 2.70 |
| 09/22/04 | Mykhaylo A. Gryzlov | Conference with M. Cheney regarding follow up research issues (.1); research regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ (2.2) | 2.30 |
| 09/22/04 | Debra L. Felder | Conference with R. Wyron and M. Cheney regarding plan research issues (.6); conference with M. Cheney regarding same (.2). | 0.80 |
| 09/22/04 | Richard H. Wyron | Meet with M. Cheney and D. Felder re status of issues. | 0.90 |
| 09/22/04 | Matthew W. Cheney | Conferences with D. Felder and M. Gryzlov re research and memo re debtor's proposal. | 0.30 |
| 09/23/04 | Matthew W. Cheney | Conferences with D. Felder and M. Gryzlov re research re debtor's proposal. | 0.40 |
| 09/23/04 | Matthew W. Cheney | Conference with R. Wyron re status of research. | 0.10 |
| 09/23/04 | Mykhaylo A. Gryzlov | Research regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 3.80 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 5

CLIENT: 25369
MATTER: .0008
INVOICE: 275717

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/23/04 | Mykhaylo A. Gryzlov | Revise the outline and summary of law for the memo regarding estimation. | 2.40 |
| 09/24/04 | Mykhaylo A. Gryzlov | Research regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (3.4); research regarding whether ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (3.2); revise the outline and summary of law for the memo regarding ▓▓▓▓ ▓▓▓▓▓▓and other confirmation issues (2.3) | 8.90 |
| 09/24/04 | Debra L. Felder | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 3.00 |
| 09/26/04 | Matthew W. Cheney | Draft memo summarizing ▓▓▓▓▓▓▓▓▓▓ | 0.80 |
| 09/27/04 | Mykhaylo A. Gryzlov | Conference with M. Cheney regarding ▓▓▓▓▓▓▓ ▓▓▓▓▓ (.3) and read e-mail from M. Cheney regarding the foregoing (.1); review M. Cheney's comments to memo regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓on (.3); revise memo regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓ (3.4); review provisions of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (2.2). | 6.30 |
| 09/27/04 | Debra L. Felder | Research regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓(3.7); research regarding ▓▓▓▓▓ ▓▓▓▓▓▓▓(3.4); conference with M. Cheney regarding same (.2). | 7.30 |
| 09/28/04 | Debra L. Felder | Draft memorandum regarding research issues relating to Debtors' plan proposal. | 7.00 |
| 09/28/04 | Mykhaylo A. Gryzlov | Revise memo regarding ▓▓▓▓▓▓▓▓▓▓▓ (5.3); review M. Cheney's comments to memo (.3). | 5.60 |
| 09/28/04 | Matthew W. Cheney | Conferences with M. Gryzlov re memo ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ | 0.30 |
| 09/28/04 | Matthew W. Cheney | Conference with D. Felder re research and memo. | 0.50 |
| 09/28/04 | Matthew W. Cheney | Revise memo re ▓▓▓▓▓▓▓▓▓▓ | 0.60 |
| 09/28/04 | Matthew W. Cheney | Draft memo re issues relating to debtor's proposal. | 1.90 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 6

CLIENT: 25369
MATTER: .0008
INVOICE: 275717

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/29/04 | Mykhaylo A. Gryzlov | Conference with M. Cheney regarding additional issues for research███████████████████████████. | 0.50 |
| 09/29/04 | Debra L. Felder | Research regarding ██████████████████ | 1.20 |
| 09/30/04 | Mykhaylo A. Gryzlov | Research regarding (1) ███████████████████████ ███████████████████████████████ █████████████(3.7); (2)██████████████████ ██████████████(1.4); ██onference with M. Cheney regarding the foregoing (.2). | 5.30 |
| 09/30/04 | Matthew W. Cheney | Draft memo re issues relating to debtor's proposal. | 0.90 |
| 09/30/04 | Matthew W. Cheney | Conference with M .Gryzlov re research re debtor's proposal. | 0.20 |
| 09/30/04 | Matthew W. Cheney | Conference with D. Felder re research and memo re debtor's proposal. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.90 | $544.50 |
| Richard H. Wyron | $510.00 | 4.30 | $2,193.00 |
| Matthew W. Cheney | $310.00 | 14.10 | $4,371.00 |
| Debra L. Felder | $205.00 | 34.10 | $6,990.50 |
| Mykhaylo A. Gryzlov | $230.00 | 99.10 | $22,793.00 |
| Debra O. Fullem | $175.00 | 1.50 | $262.50 |
| **TOTAL HOURS & FEES** | | **154.00** | **$37,154.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 10.35 |
| Secretarial Services | 30.00 |
| Lexis Legal Research | 78.47 |
| Travel Tips | 3.34 |

### SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 7

CLIENT:  25369
MATTER: .0008
INVOICE: 275717

| OTHER CHARGES | AMOUNT |
|---|---|
| Travel/Airfare | 205.80 |
| Travel/Taxis | 30.00 |
| **TOTAL OTHER CHARGES** | **$357.96** |

**CURRENT INVOICE DUE**.....................................................................$37,512.46

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275717

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES .................................................................................... $37,154.50

TOTAL OTHER CHARGES .............................................................. $357.96

**TOTAL AMOUNT DUE** ................................................................ $37,512.46

<u>_REMITTANCE INFORMATION:_</u>

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No :     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275718

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/04 | Matthew W. Cheney | Conference with R. Wyron re: FCR brief re professional applications. | 0.20 |
| 09/01/04 | Matthew W. Cheney | Draft insert for brief on professional applications. | 0.90 |
| 09/01/04 | Matthew W. Cheney | Review FCR supplemental brief on professional applications. | 0.20 |
| 09/02/04 | Matthew W. Cheney | Review docket and assignment of judges for supplemental brief. | 0.30 |
| 09/02/04 | Debra O. Fullem | Review W.R. Grace docket and research all fee applications filed by Kirkland Ellis and Wachtell Lipton law firms and any work performed by Kenneth Bass at Kirkland and Bernard Nussbaum at Wachtell (2.0); prepare e-mails and respond to those from R. Wyron and M. Cheney regarding information found (.3); provide M. Cheney with print out of services performed by Bernard Nussbaum (.2). | 2.50 |
| 09/02/04 | Debra O. Fullem | Conference with D. Felder regarding review of notices of appearance filed in the W.R. Grace from the petition date to present. | 0.20 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
10/25/04  
Page 2

CLIENT:  25369  
MATTER: .0009  
INVOICE: 275718

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/02/04 | Debra O. Fullem | Review W.R. Grace bankruptcy docket from petition date to present for the appearance of law firms of Morris Nichols, Young Conaway, Bayard Firm, and Zuckerman Spaeder; prepare e-mail to R. Wyron. | 1.00 |
| 09/02/04 | Roger L. Frankel | Review, revise supplemental brief in support of retention (.4); confer with R. Wyron re same (.2). | 0.60 |
| 09/08/04 | Debra L. Felder | Telephone conference with S. Blatnick regarding interested parties and conflicts list. | 0.20 |
| 09/09/04 | Roger L. Frankel | Review, sign second supplemental declaration of SBSF. | 0.20 |
| 09/09/04 | Roger L. Frankel | Review, edit supplemental brief in support on retention of Swidler, CIBC. | 0.50 |
| 09/10/04 | Matthew W. Cheney | Conferences with R. Frankel and R. Wyron re brief on professional applications. | 0.40 |
| 09/10/04 | Matthew W. Cheney | Conferences with D. Felder re brief on professional applications. | 0.50 |
| 09/10/04 | Matthew W. Cheney | Revise brief on professional applications. | 2.10 |
| 09/10/04 | Matthew W. Cheney | Conference with R. Wyron and D. Felder re brief. | 0.40 |
| 09/10/04 | Matthew W. Cheney | Telephone conference with E. Frejka re withdrawing claim. | 0.20 |
| 09/10/04 | Matthew W. Cheney | Conference with D. Felder re withdrawing claim. | 0.10 |
| 09/10/04 | Elise Scherr Frejka | Call with M. Cheney re withdrawal of proof of claim. | 0.10 |
| 09/10/04 | Debra L. Felder | Review supplemental brief regarding retention of professionals (1.5); conference with R. Wyron and M. Cheney regarding same (.7). | 2.20 |
| 09/10/04 | Richard H. Wyron | Review brief (.3); work on withdrawal of claim (.2); confer (several times) with M. Cheney and D. Felder (.3). | 0.80 |
| 09/13/04 | Matthew W. Cheney | Conferences with D. Felder re exhibits for brief. | 0.40 |
| 09/13/04 | Elise Scherr Frejka | Call with R. Wyron and D. Felder re withdrawal of proof of claim, execute same. | 0.20 |
| 09/13/04 | Debra L. Felder | Review indemnification provisions in applications and orders to employ financial advisors filed in asbestos bankruptcies (3.0); prepare appendix to supplemental brief regarding employment of Swidler and CIBC (3.0). | 6.00 |

## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 3

CLIENT:  25369
MATTER: .0009
INVOICE: 275718

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/13/04 | Richard H. Wyron | Finalize information screening procedures memo (.4); draft response to K&E letter on brief and screening issues (1.6); finalize brief for filing (.7). | 2.70 |
| 09/13/04 | Debra O. Fullem | Conference with D. Felder regarding status of conflicts update. | 0.10 |
| 09/14/04 | Debra O. Fullem | Prepare list of names checked for notices of appearance (1.7); update D. Felder and R. Wyron re same (.2). | 1.90 |
| 09/14/04 | Richard H. Wyron | Review draft Second Supplemental declaration. | 0.30 |
| 09/16/04 | Debra O. Fullem | Continue preparation of list of names of parties who entered appearance for purposes of conflict checking. | 2.50 |
| 09/17/04 | Debra O. Fullem | Continue to prepare list of all notices of appearance in W.R. Grace case; forward list to conflicts department to begin first stage of conflicts checking. | 0.80 |
| 09/20/04 | Debra O. Fullem | Review conflict reports. | 2.50 |
| 09/20/04 | Richard H. Wyron | Call with J. Phillips and review e-mail regarding withdrawal of proof of claim. | 0.40 |
| 09/20/04 | Matthew W. Cheney | Conference with R. Wyron re hearing on application. | 0.10 |
| 09/20/04 | Matthew W. Cheney | Draft correspondence to D. Austern enclosing draft brief. | 0.10 |
| 09/21/04 | Debra O. Fullem | Conference with R. Wyron regarding status of latest conflict search reports. | 0.20 |
| 09/21/04 | Debra O. Fullem | Continue preparation of list of notices of appearance for conflict purposes. | 1.60 |
| 09/23/04 | Debra O. Fullem | Continue work on notices of appearance and conflict searches. | 2.00 |
| 09/24/04 | Debra O. Fullem | Continue work conflicts reports for Swidler's potential connections in Grace (1.5); response to various e-mails from attorneys regarding connections with particular parties (.5); update R. Wyron regarding same (.1); review and finalize list of parties and provide same to R. Wyron (.9). | 3.00 |
| 09/26/04 | Richard H. Wyron | Prepare for 9/27 hearing (.3); review current status of notices of appearance (.6). | 0.90 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 4

CLIENT:  25369
MATTER: .0009
INVOICE: 275718

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/27/04 | Debra O. Fullem | Review pending e-mails to be sent to attorneys regarding disclosure of connections (.6); review and respond to e-mails from R. Wyron re same (.2). | 0.80 |
| 09/27/04 | Roger L. Frankel | Travel to Delaware while preparing for hearing, confering with D. Austern (1.5). | 1.50 |
| 09/27/04 | Roger L. Frankel | Attend hearing re retention of SBSF, CIBC and Phillips firm. | 1.80 |
| 09/28/04 | Debra O. Fullem | Review conflict reports (1.0); prepare follow up e-mails to attorneys to obtain information on disclosure of connections (.5). | 1.50 |
| 09/28/04 | Richard H. Wyron | Continue review of notices of appearance and internal responses. | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 4.60 | $2,783.00 |
| Richard H. Wyron | $510.00 | 5.70 | $2,907.00 |
| Matthew W. Cheney | $310.00 | 5.90 | $1,829.00 |
| Debra L. Felder | $205.00 | 8.40 | $1,722.00 |
| Elise Scherr Frejka | $410.00 | 0.30 | $123.00 |
| Debra O. Fullem | $175.00 | 20.60 | $3,605.00 |
| **TOTAL HOURS & FEES** | | **45.50** | **$12,969.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 89.70 |
| Telephone | 0.42 |
| Postage | 156.98 |
| Secretarial Services | 30.00 |
| Westlaw Legal Research | 571.30 |
| **TOTAL OTHER CHARGES** | **$848.40** |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                         CLIENT:  25369
10/25/04                                                         MATTER: .0009
Page 5                                                           INVOICE: 275718

CURRENT INVOICE DUE...................................................................$13,817.40

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275718

OUR REFERENCE: 25369.0009

## INVOICE SUMMARY

TOTAL FEES ................................................................$12,969.00

TOTAL OTHER CHARGES ...........................................$848.40

**TOTAL AMOUNT DUE** ...........................................**$13,817.40**

REMITTANCE INFORMATION:

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman. LLP
ABA Routing No :     254070116
Account No :         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275719

CLIENT/CASE: 25369.0010

RE:  Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 08/21/04 | Roger L. Frankel | Review and revise Tillinghast engagement letter (.4); e-mail R. Wyron re same (.1). | 0.50 |
| 09/01/04 | Roger L. Frankel | Review final Tillinghast letter. | 0.40 |
| 09/01/04 | Matthew W. Cheney | Conference with R. Wyron re status of Tillinghast and other professionals. | 0.20 |
| 09/01/04 | Richard H. Wyron | Review transcript of 8/23 hearing and revise outline (.9); work on brief (1.2). | 2.10 |
| 09/02/04 | Richard H. Wyron | Revise draft brief on retention issues (.9); draft e-mails regarding draft (.2); revise CIBC amended engagement letter (.4). | 1.50 |
| 09/02/04 | Matthew W. Cheney | Revise FCR brief re professional applications. | 1.30 |
| 09/02/04 | Matthew W. Cheney | Conference with D. Fullem and R. Wyron re K&E and Wachtell fee applications. | 0.30 |
| 09/02/04 | Matthew W. Cheney | Conference with D. Fullem re review of K&E and Wachtell fee applications. | 0.10 |
| 09/02/04 | Matthew W. Cheney | Correspondence with R. Wyron re CIBC engagement and order. | 0.10 |

### SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 2

CLIENT:  25369
MATTER: .0010
INVOICE: 275719

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 09/02/04 | Roger L. Frankel | Review and revise supplemental brief in support of retention (.4); confer with R. Wyron re same (.2). | 0.60 |
| 09/03/04 | Richard H. Wyron | Revise draft retention brief (1.1); revise CIBC amended engagement letter (.6); confer with CIBC to clarify term of revised engagement letter (.2). | 1.90 |
| 09/06/04 | Debra L. Felder | Draft application to employ Tillinghast. | 2.50 |
| 09/07/04 | Debra L. Felder | Draft application to employ Tillinghast. | 1.00 |
| 09/08/04 | Debra L. Felder | Draft 2014 statement regarding application to employ Tillinghast. | 2.00 |
| 09/08/04 | Richard H. Wyron | Follow-up on Tillinghast issues and finalize agreement. | 1.30 |
| 09/08/04 | Matthew W. Cheney | Conferences with R. Wyron re status of professional applications, motions and debtor's proposal. | 0.30 |
| 09/08/04 | Matthew W. Cheney | Conference with D. Felder re research and professional applications. | 0.20 |
| 09/09/04 | Matthew W. Cheney | Conference with D. Felder re other actuary applications. | 0.10 |
| 09/09/04 | Richard H. Wyron | Review draft Tillinghast pleadings (1.3); review and revise brief on retention issues raised by the Court (.8). | 2.10 |
| 09/09/04 | Debra L. Felder | Conference with M. Cheney regarding applications to employ actuaries (.2); review docket regarding same (.4). | 0.60 |
| 09/10/04 | Debra L. Felder | Telephone conference with J. Brownstein regarding amended CIBC engagement letter (.5); revise and finalize same (.5). | 1.00 |
| 09/10/04 | Matthew W. Cheney | Telephone conference with J. Phillips re application. | 0.10 |
| 09/10/04 | Matthew W. Cheney | Prepare CIBC letter for D. Austern's signature. | 0.10 |
| 09/10/04 | Matthew W. Cheney | Telephone conference with C. Hartman re objection. | 0.10 |
| 09/10/04 | Richard H. Wyron | Review CIBC engagement letter and final issues (.4); several calls to D. Felder regarding changes (.2); call to J. Brownstein regarding issues (.2); revise brief (.4). | 1.20 |
| 09/13/04 | Roger L. Frankel | Review correspondence with Kirkland & Ellis re retention issues. | 0.30 |
| 09/13/04 | Roger L. Frankel | Review supplemental brief in support of CIBC and SBSF. | 0.60 |
| 09/20/04 | Matthew W. Cheney | Telephone conference with J. Phillips re hearing. | 0.10 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co.)
10/25/04
Page 3

CLIENT: 25369
MATTER: .0010
INVOICE: 275719

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 09/20/04 | Matthew W. Cheney | Review and respond to correspondence from J. Phillips re brief. | 0.20 |
| 09/21/04 | Richard H. Wyron | Review agenda (.2); call to M. Cheney re PG&S, and follow-up with J. Phillips (.3). | 0.50 |
| 09/22/04 | Richard H. Wyron | Meet with D. Felder re Tillinghast (.4); review revised Tillinghast application and sample declaration, and provide comments re same (1.4). | 1.80 |
| 09/22/04 | Matthew W. Cheney | Telephone conference with J. Phillips re applications. | 0.10 |
| 09/22/04 | Matthew W. Cheney | Conference with R. Wyron re status of PG&S application. | 0.10 |
| 09/22/04 | Matthew W. Cheney | Conference with D. Felder re Tillinghast application. | 0.20 |
| 09/22/04 | Debra L. Felder | Retrieve and review expert retention motion, objection by PD Committee and order approving motion (1.0); conference with R. Wyron regarding application to employ Tillinghast (.3); revise same (3.0). | 4.30 |
| 09/23/04 | Debra L. Felder | Revise Tillinghast application and declaration (1.8); telephone conference with D. Fullem regarding interested parties (.2). | 2.00 |
| 09/23/04 | Richard H. Wyron | Work on Tillinghast pleadings and finalize comments to D. Felder (.8); follow-up with D. Felder (.4). | 1.20 |
| 09/24/04 | Richard H. Wyron | Call from J. Radecki (CIBC) regarding 9/27 hearing (.1); review materials for 9/27 hearing and calls regarding Agenda (.4); prepare for hearing (.6). | 1.10 |
| 09/26/04 | Richard H. Wyron | Prepare for 9/27 hearing. | 0.30 |
| 09/27/04 | Richard H. Wyron | Prepare for hearing on retention issues (1.1) and attend same (.6); continue review of notices of appearance and responses (.7). | 2.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 2.40 | $1,452.00 |
| Richard H. Wyron | $510.00 | 17.40 | $8,874.00 |
| Matthew W. Cheney | $310.00 | 3.60 | $1,116.00 |
| Debra L. Felder | $205.00 | 13.40 | $2,747.00 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 4

CLIENT: 25369
MATTER: .0010
INVOICE: 275719

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **TOTAL HOURS & FEES** | | **36.80** | **$14,189.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 1,837.35 |
| Telephone | 0.20 |
| Postage | 562.17 |
| Westlaw Legal Research | 317.97 |
| Delivery Service | 135.25 |
| Outside Photocopying | 50.20 |
| Travel/Airfare | 600.00 |
| Travel/Meal Expenses | 5.60 |
| Travel/Taxis | 11.00 |
| **TOTAL OTHER CHARGES** | **$3,519.74** |

CURRENT INVOICE DUE...................................................................$17,708.74

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275719

OUR REFERENCE: 25369.0010

## INVOICE SUMMARY

TOTAL FEES.................................................................$14,189.00

TOTAL OTHER CHARGES.................................................$3,519.74

**TOTAL AMOUNT DUE** .........................................................**$17,708.74**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin Shereff Friedman. LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F S B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/27/04
INVOICE NUMBER: 275722

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/07/04 | Roger L. Frankel | Non-working travel to DC. | 0.50 |
| 09/07/04 | Richard H. Wyron | Travel time to and from NY. | 1.00 |
| 09/27/04 | Roger L. Frankel | Travel to DC | 3.50 |
| 09/27/04 | Richard H. Wyron | Travel time to and from hearing in Wilmington. | 2.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $302.50 | 4.00 | $1,210.00 |
| Richard H. Wyron | $255.00 | 3.20 | $816.00 |
| **TOTAL HOURS & FEES** | | **7.20** | **$2,026.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.......................................................................$2,026.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/27/04
INVOICE NUMBER: 275722

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES................................................................$2,026.00

TOTAL OTHER CHARGES................................................$0.00

**TOTAL AMOUNT DUE** ............................................**$2,026.00**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F S B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No :        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275723

CLIENT/CASE: 25369.0015

RE:  FCR Retention Appeals

### FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/04 | Roger L. Frankel | Review brief of PI Committee with exhibits. | 1.40 |
| 09/02/04 | Matthew W. Cheney | Correspondence with J. Radecki and J. Brownstein re FCR brief. | 0.10 |
| 09/02/04 | Matthew W. Cheney | Correspondence with J. Phillips re FCR briefs. | 0.10 |
| 09/14/04 | Debra L. Felder | Telephone conference with J. Cohn and J. Sakalo regarding stipulation dismissing appeal by property damage committee (.2); review briefs (.8). | 1.00 |
| 09/14/04 | Richard H. Wyron | Review PD Committee stipulation and insurer briefs. | 1.10 |
| 09/20/04 | Matthew W. Cheney | Conference with D. Felder re status of FCR appeal. | 0.10 |
| 09/21/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 09/23/04 | Roger L. Frankel | Read Reply Brief of Insurers. | 0.80 |
| 09/28/04 | Debra L. Felder | Review status of FCR appeal and local rules regarding filing deadlines. | 1.00 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
10/25/04
Page 2

CLIENT: 25369
MATTER: .0015
INVOICE: 275723

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 2.20 | $1,331.00 |
| Richard H. Wyron | $510.00 | 1.10 | $561.00 |
| Matthew W. Cheney | $310.00 | 0.30 | $93.00 |
| Debra L. Felder | $205.00 | 2.00 | $410.00 |
| Rachael M. Barainca | $55.00 | 1.00 | $55.00 |
| **TOTAL HOURS & FEES** | | **6.60** | **$2,450.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 60.90 |
| Telephone | 0.49 |
| **TOTAL OTHER CHARGES** | **$61.39** |

**CURRENT INVOICE DUE**......................................................................**$2,511.39**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/25/04
INVOICE NUMBER: 275723

OUR REFERENCE: 25369.0015

## INVOICE SUMMARY

TOTAL FEES...................................................................................$2,450.00

TOTAL OTHER CHARGES .................................................$61.39

**TOTAL AMOUNT DUE** ...........................................................**$2,511.39**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P O Box 3766
Washington. DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:    Citibank, F S B.
Account Title:    Swidler Berlin Shereff Friedman, LLP
ABA Routing No :   254070116
Account No :    15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**