## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 10, 2004 |
| | : | Hearing Date: TBD |

### FEE DETAIL FOR PITNEY HARDIN LLP'S
### FORTY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD
### FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 09/01/04 | Address remedial issues. | | |
| 4 | W. Hatfield | 0.4 | 120.00 |
| | | | |
| 09/01/04 | Address appeal brief issues regarding jury trial section. | | |
| 15 | W. Hatfield | 2.0 | 600.00 |
| | | | |
| 09/01/04 | Review and analysis of issues for appeal from Grace's motion for reconsideration. | | |
| 15 | M. Waller | 1.6 | 552.00 |
| | | | |
| 09/01/04 | Review draft portions of appellate brief. | | |
| 15 | J. Mandel | 1.8 | 441.00 |
| | | | |
| 09/01/04 | Review/Analysis Exemplified Judgment regarding preparation of Affidavit for filing Judgment in NY County Clerk's office. | | |
| 15 | J. Borg | 0.2 | 54.00 |
| | | | |
| 09/01/04 | Attention to filing of New Jersey Exemplified Judgment in NY County Clerk's office. | | |
| 15 | J. Borg | 0.4 | 108.00 |
| | | | |
| 09/02/04 | Draft Outline of Appellate Brief. | | |
| 15 | W. Hatfield | 3.0 | 900.00 |
| | | | |
| 09/02/04 | Address NY filing of judgment. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| | | | |
| 09/02/04 | Review and analysis of issues for appeal from Grace's motion for reconsideration. | | |
| 15 | M. Waller | 1.7 | 586.50 |
| | | | |
| 09/02/04 | Preparation of correspondence to W. Hatfield regarding filing of Judgment in NY County Clerk's office | | |
| 15 | J. Borg | 0.2 | 54.00 |
| | | | |
| 09/02/04 | Review/Analysis correspondence from W. Hatfield regarding filing of Judgment in NY County Clerk's office. | | |
| 15 | J. Borg | 0.1 | 27.00 |

| 09/03/04 15 | Address appeal issues and CARP. W. Hatfield | 0.4 | 120.00 |
|---|---|---|---|

| 09/03/04 15 | Review memorandum from W. Hatfield regarding preparation of brief point regarding trial errors for appeal. M. Waller | 0.1 | 34.50 |
|---|---|---|---|

| 09/03/04 15 | Reviewing briefs filed in connection with motion for reconsideration and outlining issues for appeal brief regarding same. M. Waller | 2.3 | 793.50 |
|---|---|---|---|

| 09/03/04 15 | Telephone conference with the Appellate Division and telephone conference with Judge Antell's chambers regarding CARP settlement program. J. Mandel | 0.4 | 98.00 |
|---|---|---|---|

| 09/03/04 15 | Continue preparation of appellate brief. J. Mandel | 2.6 | 637.00 |
|---|---|---|---|

| 09/07/04 15 | Address appeal issues. W. Hatfield | 0.3 | 90.00 |
|---|---|---|---|

| 09/07/04 15 | Review memorandum from W. Hatfield regarding preparing points for appellate brief and respond to same M. Waller | 0.2 | 69.00 |
|---|---|---|---|

| 09/07/04 15 | Review and revise appellate brief. J. Mandel | 0.8 | 196.00 |
|---|---|---|---|

| 09/08/04 15 | Address NY filing. W. Hatfield | 0.2 | 60.00 |
|---|---|---|---|

| 09/08/04 4 | Address site remediation issues with meeting with client and URS. W. Hatfield | 4.0 | 1,200.00 |
|---|---|---|---|

| 09/08/04 15 | Address brief issues and schedule. W. Hatfield | 0.4 | 120.00 |
|---|---|---|---|

| 09/08/04 15 | Several telephone conferences with the Appellate Division. J. Mandel | 0.3 | 73.50 |
|---|---|---|---|

| 09/08/04 15 | Preparation of Aff. of J. Borg regarding calculation of Judgment amounts. J. Borg | 1.6 | 432.00 |
|---|---|---|---|

| 09/08/04 | Preparation of numerous correspondence to W. Hatfield regarding filing of Borg Aff. in support of filing of Judgment with NY County Clerk. | | |
|---|---|---|---|

| 15 | J. Borg | 0.2 | 54.00 |

| 09/08/04 | Review/Analysis numerous correspondence from W. Hatfield regarding filing of Borg Aff. in support of filing of Judgment with NY County Clerk. | | |
| 15 | J. Borg | 0.2 | 54.00 |

| 09/08/04 | Prepare correspondence to the Appellate Division regarding CASP. | | |
| 15 | J. Mandel | 0.3 | 73.50 |

| 09/08/04 | Review Statement Of Facts in appellate brief. | | |
| 15 | J. Mandel | 0.3 | 73.50 |

| 09/08/04 | Conference with W. Hatfield regarding Statement Of Facts. | | |
| 15 | J. Mandel | 0.1 | 24.50 |

| 09/09/04 | Address remediation issues. | | |
| 4 | W. Hatfield | 0.2 | 60.00 |

| 09/09/04 | Review various items of correspondence from the Appellate Division regarding scheduling and briefing. | | |
| 15 | J. Mandel | 0.3 | 73.50 |

| 09/10/04 | Address remedial issues. | | |
| 4 | W. Hatfield | 0.2 | 60.00 |

| 09/10/04 | Address NY filings. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |

| 09/10/04 | Address appeal issues/CASP conference memo to client. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |

| 09/10/04 | Continue research for appellate brief and continue preparation of same. | | |
| 15 | J. Mandel | 1.5 | 367.50 |

| 09/13/04 | Address appeal issues. | | |
| 4 | W. Hatfield | 0.3 | 90.00 |

| 09/14/04 | Research quantum of proof and continue preparation of appellate brief. | | |
| 15 | J. Mandel | 1.3 | 318.50 |

| 09/15/04 | Letter to client on recording NYS foreign judgment. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |

| 09/16/04 | Address briefing schedule. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |

| 09/16/04 15 | Call with A. Nagy on appeal status and strategy. W. Hatfield | 0.3 | 90.00 |
|---|---|---|---|

| 09/16/04 15 | Respond to client request on cost issues and calls and memo to A. Nagy on same. W. Hatfield | 0.6 | 180.00 |
|---|---|---|---|

| 09/16/04 4 | Calls with clients and counsel on remedial status and strategy. W. Hatfield | 0.9 | 270.00 |
|---|---|---|---|

| 09/16/04 4 | Call with client on remedial issues. W. Hatfield | 0.3 | 90.00 |
|---|---|---|---|

| 09/16/04 15 | Continue review of trial transcripts and briefs in preparation of appellate brief. J. Mandel | 1.5 | 367.50 |
|---|---|---|---|

| 09/17/04 15 | Address appeal issues. W. Hatfield | 0.5 | 150.00 |
|---|---|---|---|

| 09/20/04 15 | Continue review of trial transcripts and review and revise preliminary appellate brief. J. Mandel | 2.5 | 612.50 |
|---|---|---|---|

| 09/21/04 15 | Review appeal strategy with R. Rose and A. Marchetta. W. Hatfield | 0.4 | 120.00 |
|---|---|---|---|

| 09/21/04 15 | Address appeal issues. W. Hatfield | 0.5 | 150.00 |
|---|---|---|---|

| 09/21/04 15 | Call with client and counsel on appeal and strategy issues. W. Hatfield | 0.5 | 150.00 |
|---|---|---|---|

| 09/21/04 4 | Follow up regarding Honeywell settlement issues as regards appeal. A. Marchetta | 0.4 | 190.00 |
|---|---|---|---|

| 09/21/04 15 | Review recent correspondence with the Appellate Division and conference with W. Hatfield regarding same. J. Mandel | 0.4 | 98.00 |
|---|---|---|---|

| 09/21/04 15 | Preparation of numerous correspondence to W. Hatfield regarding entry of Judgment. J. Borg | 0.3 | 81.00 |
|---|---|---|---|

| 09/21/04 | Review/Analysis numerous correspondence from W. Hatfield regarding filing and enforcement of Judgment. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 15 | J. Borg | 0.2 | 54.00 |

| | | | |
|---|---|---|---|
| 09/22/04 | Prepare letter to clients on matter. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |

| | | | |
|---|---|---|---|
| 09/22/04 | Address and review documents provided by client related to Route 440 site. | | |
| 15 | W. Hatfield | 0.7 | 210.00 |

| | | | |
|---|---|---|---|
| 09/22/04 | Address strategy issues on appeal. | | |
| 15 | W. Hatfield | 0.5 | 150.00 |

| | | | |
|---|---|---|---|
| 09/22/04 | Revise/Finalize Notice of Filing and Aff. of Service of same, including preparation of correspondence to A. Nagy regarding same. | | |
| 15 | J. Borg | 0.3 | 81.00 |

| | | | |
|---|---|---|---|
| 09/23/04 | Address appeal issues. | | |
| 15 | W. Hatfield | 0.5 | 150.00 |

| | | | |
|---|---|---|---|
| 09/24/04 | Address client memo and proposed meeting issues, including reply to same. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |

| | | | |
|---|---|---|---|
| 09/24/04 | Review letter to client with NYS recorded order. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |

| | | | |
|---|---|---|---|
| 09/24/04 | Letter to clients with NJ App. Div. court order on CASP conference of Oct. 18. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |

| | | | |
|---|---|---|---|
| 09/24/04 | Telephone conferences with the Appellate Division regarding CASP. | | |
| 15 | J. Mandel | 0.3 | 73.50 |

| | | | |
|---|---|---|---|
| 09/27/04 | Finalize letter to F. Biehl on recorded orders as liens in NY and NJ and upcoming conference. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |

| | | | |
|---|---|---|---|
| 09/27/04 | Memos with client forwarding Sun Company Summary Judgment papers regarding appeal. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |

| | | | |
|---|---|---|---|
| 09/28/04 | Follow up regarding client meeting on Honeywell/Grace issues and litigation. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |

| | | | |
|---|---|---|---|
| 09/28/04 | Address case issues on remediation in client memo. | | |
| 4 | W. Hatfield | 0.3 | 90.00 |

| 09/30/04 | Attend meeting with R. Rose, A. Nagy and counsel on cleanup matter and case strategy. | | |
|---|---|---|---|
| 4 | W. Hatfield | 1.9 | 570.00 |

| 09/30/04 | Prepare for meeting on remediation issues. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 90.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 22.70 | 300.00 | 6,810.00 |
| A. Marchetta | 0.60 | 475.00 | 285.00 |
| M. Waller | 5.90 | 345.00 | 2,035.50 |
| J. Borg | 3.70 | 270.00 | 999.00 |
| J. Mandel | 14.40 | 245.00 | 3,528.00 |
| TOTALS | 47.30 | | 13,657.50 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.6 | 475.00 | 285.00 |
| M. Waller | 15 | 5.9 | 345.00 | 2,035.50 |
| W. Hatfield | 4 | 8.8 | 300.00 | 2,640.00 |
| | 15 | 13.9 | 300.00 | 4,170.00 |
| J. Borg | 15 | 3.7 | 270.00 | 999.00 |
| J. Mandel | 15 | 14.4 | 245.00 | 3,528.00 |
| TOTAL | | 47.3 | | 13,657.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 09/14/04 | Revised July 2004 fee application and attention to forwarding same to S. McFarland for filing. | | |
|---|---|---|---|
| 11 | K. Jasket | 1.3 | 260.00 |

| 09/14/04 | Receipt and review of CNO regarding June 2004 fee application and attention to forwarding same to S. Zuber and A. Marchetta. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 40.00 |

| 09/28/04 | Receipt and review of Order approving fees for the 12th Interim Period and | | |
|---|---|---|---|

|  | attention to forwarding same to A. Marchetta and S. Zuber. |  |  |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 40.00 |

| 09/28/04 | Drafted August 2004 fee application. |  |  |
|---|---|---|---|
| 11 | K. Jasket | 1.1 | 220.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| K. Jasket | 2.80 | 200.00 | 560.00 |
| TOTALS | 2.80 |  | 560.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Jasket | 18 | 2.8 | 200.00 | 560.00 |
| TOTAL |  | 2.8 |  | 560.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 09/01/04 | Review and respond to e-mail from J. Posner regarding status of matter. |  |  |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 103.50 |

| 09/07/04 | Follow up with A. Marchetta regarding failure of CNA to provide comments to settlement agreement. |  |  |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 34.50 |

| 09/08/04 | Follow up with A. Marchetta regarding letter to CNA counsel regarding failure to provide comments to draft settlement agreement. |  |  |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 34.50 |

| 09/08/04 | Draft letter to CNA counsel regarding failure to provide comments to draft settlement agreement and forward with comment to clients. |  |  |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 172.50 |

| 09/13/04 | Reviewing revised settlement agreement and cover letter from CNA counsel. |  |  |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 138.00 |

| 09/14/04 | Draft e-mail to client and J. Posner regarding revised settlement agreement. |  |  |
|---|---|---|---|

8

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 69.00 |
| 09/14/04 | Analyzing proposed revisions to settlement agreement received from CNA and drafting memo analyzing same in preparation for response to CNA. | | |
| 15 | M. Waller | 4.3 | 1,483.50 |
| 09/15/04 | Review e-mail from J. Posner regarding draft settlement agreement from CNA. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 09/15/04 | Drafting memorandum to J. Posner and client regarding issues raised by CNA revisions to settlement agreement. | | |
| 15 | M. Waller | 0.8 | 276.00 |
| 09/15/04 | Analyzing CNA's proposed changes to settlement agreement, including comparing same to initial version and Hatco Settlement Agreement. | | |
| 15 | M. Waller | 1.2 | 414.00 |
| 09/15/04 | Drafting letter to Judge Kaplan regarding need for additional extension of settlement order. | | |
| 15 | M. Waller | 0.8 | 276.00 |
| 09/15/04 | Monitored SDNY website for issuance of new orders. | | |
| 4 | S. Parker | 0.2 | 23.00 |
| 09/16/04 | Receive e-mail from CNA counsel forwarding electronic version of settlement agreement, compare same to redlined version received and respond by e-mail regarding needed extension of time period to consummate the settlement. | | |
| 15 | M. Waller | 0.6 | 207.00 |
| 09/16/04 | Receive e-mail from CNA counsel regarding extension of time period to consummate the settlement and proposed letter to Court regarding same. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 09/16/04 | Revise letter to Judge Kaplan requesting extension of time period to consummate the settlement and forward same to CNA counsel. | | |
| 15 | M. Waller | 0.6 | 207.00 |
| 09/17/04 | Review draft settlement agreement and follow up regarding same with M. Waller. | | |
| 4 | A. Marchetta | 0.4 | 190.00 |
| 09/17/04 | Receive e-mail memorandum from A. Marchetta and draft summary of status in response. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 09/17/04 | Follow up memorandum to A. Marchetta regarding status. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 09/20/04 | Follow up regarding issues in settlement agreement with M. Waller. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |

| 09/20/04 | Follow up with J. Posner regarding comments to CNA revisions to settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 09/20/04 | Follow up with A. Marchetta regarding settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 09/20/04 | Calls to  Judge Kaplan's chambers and to court clerk regarding order extending time to complete settlement. | | |
| 15 | M. Waller | 0.5 | 172.50 |

| 09/20/04 | Review e-mail from J. Posner regarding settlement agreement and respond to same. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 09/21/04 | Follow up with A. Marchetta regarding revisions to settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 09/21/04 | Following up with S. Parker regarding order by Judge Kaplan extending time to complete settlement and review memo-endorsed order by Judge Kaplan regarding same. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 09/21/04 | Worked with M. Waller regarding status of joint submission to Judge Kaplan requesting an extension of time to consummate settlement. | | |
| 4 | S. Parker | 0.3 | 34.50 |

| 09/21/04 | Monitored SDNY website for issuance of new orders, downloaded memo endorsed order and forwarded same to A. Marchetta, M. Waller and B. Moffitt. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 09/22/04 | Conference with M. Waller regarding revisions to settlement agreement. | | |
| 4 | A. Marchetta | 0.3 | 142.50 |

| 09/22/04 | Follow up with S. Parker regarding docket entry for proper date when latest order from Judge Kaplan extending time to complete settlement expires. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| | | | |
|---|---|---|---|
| 09/22/04 | Follow up with J. Posner regarding conference call to discuss changes to settlement agreement proposed by CAN. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 09/22/04 | Review revisions to settlement agreement from J. Posner in response to changes proposed by CNA counsel and compare to initial draft and changes from CNA. | | |
| 15 | M. Waller | 1.0 | 345.00 |
| 09/22/04 | Preparation and arrangements for conference call with J. Hughes, F. Zaremby and J. Posner regarding revisions to settlement agreement and participate in call. | | |
| 15 | M. Waller | 1.3 | 448.50 |
| 09/22/04 | Follow up with A. Marchetta regarding revisions to settlement agreement. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 09/27/04 | Drafting e-mail memorandum to J. Hughes, J. Posner, F. Zaremby and A. Marchetta forwarding revised versions of settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 09/27/04 | Reviewing comments from conference call with J. Hughes, J. Posner and F. Zaremby regarding settlement agreement and drafting additions and revisions to same. | | |
| 15 | M. Waller | 4.8 | 1,656.00 |
| 09/28/04 | Review e-mails from J. Posner and A. Marchetta regarding revised settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 09/28/04 | Follow up with J. Posner regarding settlement agreement and conference call with J. Posner and J. McFarland regarding same. | | |
| 15 | M. Waller | 0.8 | 276.00 |
| 09/28/04 | Drafting additions and revisions to settlement agreement pursuant to telephone conference with J. Posner and J. McFarland and draft e-mail to same forwarding revised agreement. | | |
| 15 | M. Waller | 1.1 | 379.50 |
| 09/28/04 | Draft memorandum to A. Marchetta summarizing conference call with J. Posner and J. McFarland regarding settlement agreement revisions. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 09/28/04 | Receive e-mail memo from J. McFarland forwarding comments to settlement agreement and reply to same. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 09/28/04 | Draft e-mail memorandum to J. Posner regarding comments received from J. McFarland and follow up with J. Hughes and F. Zaremby. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 34.50 |

| 09/29/04 | Draft follow up memorandum to J. Hughes and F. Zaremby regarding finalizing settlement agreement and receive responses to same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 69.00 |

| 09/29/04 | Follow up regarding revisions to agreement | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 142.50 |

| 09/29/04 | Monitored SDNY website for issuance of new orders. | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 23.00 |

| 09/30/04 | Drafting letter to CNA counsel explaining changes to settlement agreement. | | |
|---|---|---|---|
| 15 | M. Waller | 1.6 | 552.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 1.20 | 475.00 | 570.00 |
| M. Waller | | 24.90 | 345.00 | 8,590.50 |
| S. Parker | | 0.90 | 115.00 | 103.50 |
| | TOTALS | 27.00 | | 9,264.00 |


### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.2 | 475.00 | 570.00 |
| M. Waller | 15 | 24.9 | 345.00 | 8,590.50 |
| S. Parker | 4 | 0.9 | 115.00 | 103.50 |
| | TOTAL | 27.0 | | 9,264.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 09/22/04 | Review/analysis of Tahari's Demand for Bill of Particulars, and Draft Response to same. | | |
|---|---|---|---|
| 15 | B. Benjamin | 1.7 | 612.00 |

| 09/24/04 | Follow up regarding compliance conference. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |

| 09/24/04 | Draft correspondence to V. Finkelstein and A. Nagy regarding results of Compliance Conference and update on settlement progress. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

| 09/24/04 | Attendance at Compliance Conference before Justice Tolub | | |
| 15 | B. Benjamin | 3.3 | 1,188.00 |

| 09/28/04 | Follow up with B. Benjamin regarding status and issues. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |

| 09/29/04 | Telephone conferences with C. Boubol and D. Rosenholc regarding cancellation of settlement conference and perfection of appeal. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.40 | 475.00 | 190.00 |
| B. Benjamin | | 5.40 | 360.00 | 1,944.00 |
| | TOTALS | 5.80 | | 2,134.00 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.4 | 475.00 | 190.00 |
| B. Benjamin | 15 | 5.4 | 360.00 | 1,944.00 |
| TOTAL | | 5.8 | | 2,134.00 |

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 08/24/04 | PD UPS TO TRENTON, NJ; WSH; INV # 81207354 | 7.74 |
| 08/25/04 | PD UPS TO TRENTON, NJ; WSH; INV # 81207354 | 7.74 |
| 09/08/04 | PD UPS TO TRENTON, NJ; JSM; INV # 81207374 | 7.74 |
| 09/10/04 | Paid HCK#153442 to Clerk of the Court for fee to enter transcript of judgment in Superior Court, Suffolk County, #10507, S#5871[2] | 25.00 |
| 09/10/04 | Paid HCK#153443 to Clerk of the Court for fee for transcript of judgment, #10501, S#5871[3] | 15.00 |
| | Computer Assisted Research[4] | 133.74 |
| | Duplicating | 111.72 |
| | Telephone | 4.80 |
| | Matter Total Engagement Cost | 313.48 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 08/25/04 | PD UPS TO WILMINGTON, DE; KMJ; INV # 81207354 | 11.41 |
| 09/14/04 | PD UPS TO WILMINGTON, DE; KMJ; CK # 265857 | 7.74 |
| | Duplicating | 18.62 |
| | Matter Total Engagement Cost | 37.77 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 06/17/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 262968[5] | 10.00 |
| 07/01/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 262968[6] | 10.00 |
| 09/16/04 | PD UPS TO NEW YORK, NY; MEW; CK # 265857 | 7.74 |
| 09/29/04 | DOCUMENT ACCESS FACILITY--SEPTEMBER 2004 | 2864.00 |
| | Matter Total Engagement Cost | 2,891.74 |

---

[2] See Pitney, Hardin, Kipp & Szuch LLP Check Requisition form dated 9/10/04 attached hereto as Exhibit 1.
[3] See Pitney, Hardin, Kipp & Szuch LLP Check Requisition form dated 9/10/04 attached hereto as Exhibit 2.
[4] See Pitney Hardin LLP Engagement Cost Report for 9/1/2004 to 9/30/2004 attached hereto as Exhibit 3.
[5] See Invoice for Account Number 3782-906600-71003 attached hereto as Exhibit 4.
[6] See id.

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 08/02/04 | Paid Travel Expenses; BMB; UH & P7P 9/30/04[7] | 4.00 |
| | Matter Total Engagement Cost | 4.00 |

---

[7] *See* Direct Reimbursement Expense Report for Barry M. Benjamin, Esq. dated 9/8/04 attached hereto as Exhibit 5.

# EXHIBIT 1

1236688A01111504

# PITNEY, HARDIN, KIPP & SZUCH LLP
## CHECK REQUISITION

PAYEE _Clerk of the Court_            DATE _9/10/04_

CLIENT                                 NO: _06-2910_

MATTER                                 NO: _005656_

DESCRIPTION _fee to enter transcript of Judgmt_
_in Su by Suffolk. C.A_

AMOUNT $ _25.00_            _____ / J. Borg
                            AUTHORIZED SIGNATURE

# EXHIBIT 2

## PITNEY, HARDIN, KIPP & SZUCH LLP
### CHECK REQUISITION

PAYEE _Clerk of the Court_                DATE _9/10/04_

CLIENT _____      NO: _082910_

MATTER _____      NO: _065656_

DESCRIPTION _fee for transcript of Judgment_

AMOUNT $ _15.00_                          _J. Borg_

AUTHORIZED SIGNATURE

# EXHIBIT 3

11/8/2004
4:47 PM

Pitney Hardin LLP
**Engagement Cost Report**
Periods: 200409 To 200409  Dates: 9/1/2004 To 9/30/2004

(_PHDSB02JB)
Req'd By: kandolab
Currency: USD

Includes: Hard, Soft, Billed

Client: 082910  W.R. GRACE & CO.
Matter: 065656  Weja, Inc.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Cost Code: CAR  Computer Assisted Research | | | | | | | | | |
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 9/30/2004 | CAR | | 1776994 | 55 | 2064067 | 10/20/2004 | $21.61 | $21.61 | $21.61 |
| 9/30/2004 | CAR | | 1779138 | 55 | 2064067 | 10/20/2004 | $112.13 | $112.13 | $112.13 |
| Cost Code CAR Totals: | | | | | | | $133.74 | $133.74 | $133.74 |
| Matter 065656 Totals: | | | | | | | $133.74 | $133.74 | $133.74 |
| Client 082910 Totals: | | | | | | | $133.74 | $133.74 | $133.74 |
| **Report Totals** | | | | | | | $133.74 | $133.74 | $133.74 |

# EXHIBIT 4



Prepared For
ANGELA S BARON
PITNEY HARDIN K & S

Account Number
3782-906600-71003

Closing Date
07/02/04

*173 MEW*

Page 25 of 45

**Card Number 3782-906600-71821**

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 06/18/04 | EDISON PLAZA CORP    NEWARK<br>000004381 PARKING<br>PARKING | | NJ<br>06/17/04 | 0000004381 | 10.00 |
| 07/02/04 | EDISON PLAZA CORP    NEWARK<br>000005871 PARKING<br>PARKING | | NJ<br>07/01/04 | 0000005871 | 10.00 |

**Total for MICHAEL E WALLER**

# EXHIBIT 5

RECEIVED

SEP 0 9 2004

PITNEY, HARDIN, KIPP & SZUCH LLP

# NEW YORK

## DIRECT REIMBURSEMENT EXPENSE REPORT

NAME — Barry M. Benjamin

Period From: July 27, 2004
To: August 24, 2004

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|------|------|------|------|------|------|------|------|------|
| | | Miles | Amount | | | Show details on Page 2 | | | |
| 8/2/2004 | Subway to/from Court | | $4.00 | | | | | $4.00 | 082910-102292 |

Expenses Reported —

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____  Date 9/8/04

ENTERED IN
COMPUTER BY: _____ 9/29/04

P A I D

SEP 3 0 2004

10501 — 12.00
54567 — 39.05
54561 — 23.00

9/8/2004