IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: December 6, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# THIRTY-SIXTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/337194

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 10, 2004

Bill Number 74385
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through September 30, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/01/04 | MTM | Telephone call from ARA re: references to Libby Facility Audit Report and deposition transcripts and copies of employee exposure summaries (.3); letter to Kirkland & Ellis counsel re: employee exposure summaries (.4); receipt and review of deposition transcript excerpts and exhibits re: same (1.2). | 1.90 Hrs | $380.00 |
| 09/01/04 | ARA | Review Grace employee depositions for references to Libby Facility Audit Report, Vermiculite Task Force and Fiber Committee and produce responsive deposition transcripts and exhibits to MTM (6.6). Telephone call to Merrill Corp. re: copy job and completion date of job; telephone call to MTM re: same (.2). | 6.80 Hrs | $612.00 |
| 09/07/04 | RAM | Telephone conference with in-house counsel re: former Grace employee; telephone conference with another in-house counsel re: same; telephone call to Grace employee re: same; leave message; advise in-house counsel (.2). Read letter from Kirkland & Ellis re: court seeking information re: flat fee arrangements with financial advisors (.1). | 0.30 Hrs | $69.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/08/04 | RAM | Telephone conferences with Grace employee and in-house counsel re: former Grace employee; telephone conference with second in-house counsel re: same and conference with MTM re: same. | 0.20 Hrs | $46.00 |
| 09/08/04 | MTM | Compare Libby Facility Audit Report versions from former employee's deposition to ones previously located. | 0.30 Hrs | $60.00 |
| 09/09/04 | MTM | Draft list of criteria for use by in-house paralegal for search of two privileged lists for documents responsive to subpoena (.3); continue comparison of deposition exhibit of Libby Facility Audit Report to those previously produced (1.8). | 2.10 Hrs | $420.00 |
| 09/10/04 | MTM | Letter to Kirkland & Ellis counsel re: deposition transcript review for subjects responsive to subpoena (.3); continue review of various privileged document lists re: responsive documents (2.0). | 2.30 Hrs | $460.00 |
| 09/13/04 | RAM | Read memo re: testimony (.4). Read letters re: responding to subpoena (.1). Read Whitehouse article re: asbestos related pleural disease (.2). Conference with MTM re: obtaining documents to respond to subpoena (.3); search various binders for sources of responsive documents (.2). Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.8). Review memoranda and deposition excerpts re: Dr. Smith's study (.2). | 2.30 Hrs | $529.00 |
| 09/13/04 | DBM | Search for documents related to Dr. Berke. | 3.70 Hrs | $777.00 |
| 09/13/04 | MTM | Receipt and review of email from Kirkland & Ellis counsel and memo from Dr. Berke's counsel and request to locate all records and documents (1.1); draft list of documents to search for re: same (.3); conference with RAM re: same (.3); telephone call to in-house counsel and Kirkland & Ellis counsel re: same (.2); search for O.M. Scott study at Winthrop Square (.4); telephone call to ARA re: request for Dr. Berke documents (.1). | 2.40 Hrs | $480.00 |
| 09/14/04 | DBM | Continue search for Berke related documents. | 2.70 Hrs | $567.00 |
| 09/14/04 | MTM | Receipt and review of documents re: Berke (1.0). Review Holme Roberts & Owen 104E response privileged list for potentially responsive documents (2.0); obtain documents at Winthrop Square re: Berke (2.3); conference with DBM re: same (.3); receipt and review of additional documents re: Berke (.9). | 6.50 Hrs | $1,300.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/15/04 | RAM | Read documents being sent to Kirkland & Ellis (.3); search for additional documents (.1); conference with MTM with suggestions for additional search (.1). Read deposition testimony in Ryan (1.1); conference with MTM re: same (.1). | 1.70 Hrs | $391.00 |
| 09/15/04 | DBM | Search further for Berke related documents. | 3.20 Hrs | $672.00 |
| 09/15/04 | MTM | Obtain additional Berke documents at Winthrop Square (2.5); search for O.M. Scott study in medical library materials (1.3); letter to outside counsel at Kirkland & Ellis re: Berke documents (.9); complete review of Holme Roberts & Owen privileged list (.2); conference with RAM re: Berke documents and letter to Kirkland & Ellis counsel (.2); conference with DBM re: new search for Eschenbach/Monson/O.M. Scott study documents (.2); conference with DBM and RAM re: additional information re: former Grace employee (.2); review additional Eschenbach memos re: Monson study (.5); obtain additional documents re: former Grace employee (1.0); conference with RAM re: Eschenbach transcripts (.1); review Eschenbach transcripts (.2); revise letter to Kirkland & Ellis counsel re: same (.2). | 7.50 Hrs | $1,500.00 |
| 09/15/04 | ARA | Per discussion with MTM, look at Medical library materials for documents responsive to subpoena (.8). Per telephone call from MTM, search for and locate Eschenbach documents and produce them to MTM (1.7). Per telephone call from DBM, search for and locate a document in Attorney Review set for RAM (.5). | 3.00 Hrs | $270.00 |
| 09/16/04 | RAM | Read final draft of letter re: Berke and sending documents to Kirkland Ellis attorney. | 0.10 Hrs | $23.00 |
| 09/16/04 | MTM | Revise letter to in-house and outside counsel re: Dr. Berke documents (.3); continue review of privileged lists to identify documents responsive to subpoena (1.1). | 1.40 Hrs | $280.00 |
| 09/16/04 | ARA | Quality control Whitehouse and Egilman documents and binders and return them to expert witness library (1.6). Quality control Eschenbach and other employee deposition transcripts and return them to the deposition library (1.8). Quality control documents in the production set (.9). | 4.30 Hrs | $387.00 |
| 09/17/04 | ARA | Quality control documents that were produced for O.M. Scott production. | 6.10 Hrs | $549.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/21/04 | MTM | Telephone call from in-house paralegal re: search of privilege lists for documents responsive to subpoenas. | 0.20 Hrs | $40.00 |
| 09/22/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 09/23/04 | RAM | Read selected documents filed in bankruptcy court. | 0.90 Hrs | $207.00 |
| 09/23/04 | DBM | Search for documents responsive to subpoena per MTM. | 2.70 Hrs | $567.00 |
| 09/23/04 | MTM | Receipt and review of results of in-house paralegal's search of privileged lists for documents sought in subpoenas (1.5); memo to DBM re: search for same (.5). | 2.00 Hrs | $400.00 |
| 09/24/04 | DBM | Complete search for documents responsive to subpoena, per MTM. | 0.70 Hrs | $147.00 |
| 09/24/04 | MTM | Conference with DBM re: search for privileged documents. | 0.10 Hrs | $20.00 |
| 09/27/04 | MTM | Receipt and review of email from in-house counsel requesting three Libby personnel files (.1); review Libby inventories re: same (.2); review Libby originals at Winthrop Square for three Libby personnel files requested by in-house counsel (.2). Review results of search for possibly responsive privileged documents re: subpoenas (1.0); identify those possibly deprivileged in late 1990s (.8); review documents already produced re: same (.3); review all privileged originals for those possibly responsive to subpoenas (2.1). | 4.70 Hrs | $940.00 |
| 09/28/04 | MTM | Review earlier letters to in-house counsel re: request for personnel file (.1); letter to in-house counsel re: same (.1). | 0.20 Hrs | $40.00 |
| 09/29/04 | RAM | Telephone conference with in-house counsel who seeks information on a few people re: subpoena (.2); conferences with DBM and MTM re: same (.1); search for requested information (.4); telephone call to in-house counsel and leave message re: same (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 1.00 Hrs | $230.00 |
| 09/29/04 | DBM | Search for documents re: certain personnel per RAM. | 1.60 Hrs | $336.00 |
| 09/30/04 | RAM | Telephone call from in-house counsel, acknowledging mine; no further checking required at this time. | 0.10 Hrs | $23.00 |

David B. Siegel

|  |  | TOTAL LEGAL SERVICES | $12,745.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.70 Hrs | 230/hr | $1,541.00 |
| DONNA B. MACKENNA | 14.60 Hrs | 210/hr | $3,066.00 |
| MATTHEW T. MURPHY | 31.60 Hrs | 200/hr | $6,320.00 |
| ANGELA R. ANDERSON | 20.20 Hrs | 90/hr | $1,818.00 |
| | 73.10 Hrs | | $12,745.00 |

|  | TOTAL THIS BILL | $12,745.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 10, 2004

Bill Number 74386
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through September 30, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/01/04 | RAM | Telephone conference with in-house counsel; ok to file July fee application. | 0.10 Hrs | $23.00 |
| 09/07/04 | RAM | Telephone conference with second in-house counsel re: July fee application. | 0.20 Hrs | $46.00 |
| 09/10/04 | RAM | Read amended final report from Fee Auditor. | 0.10 Hrs | $23.00 |
| 09/13/04 | RAM | Finalize July fee application and send it to Delaware counsel to file. | 0.10 Hrs | $23.00 |
| 09/23/04 | RAM | Work on August fee application. | 0.70 Hrs | $161.00 |
| 09/24/04 | RAM | Work on August fee application. | 1.00 Hrs | $230.00 |
| 09/27/04 | MTM | Work on answering August fee application questions for RAM. | 0.20 Hrs | $40.00 |
| 09/28/04 | RAM | Work on August fee application. | 2.70 Hrs | $621.00 |
| 09/29/04 | RAM | Work on August fee application. | 0.80 Hrs | $184.00 |
| 09/30/04 | RAM | Work on August fee application. | 0.20 Hrs | $46.00 |

David B. Siegel

|  |  |  | TOTAL LEGAL SERVICES | $1,397.00 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 5.90 Hrs | 230/hr | $1,357.00 | |
| MATTHEW T. MURPHY | 0.20 Hrs | 200/hr | $40.00 | |
| | 6.10 Hrs | | $1,397.00 | |
| | | | TOTAL THIS BILL | $1,397.00 |

**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 10, 2004

Bill Number 74387
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through September 30, 2004

### OUTSIDE PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 09/13/04 | MERRILL COMM - copy of personnel file for in-house counsel | 18.54 |
| 09/13/04 | MERRILL COMM - copies of ore shipment binders for Grace consultant ARPC | 750.75 |
| 09/13/04 | MERRILL COMM - copies of documents responsive to subpoena | 127.89 |
| 09/13/04 | MERRILL CORPORATION - copies of documents responsive to subpoena | 202.01 |
| 09/28/04 | MERRILL COMM - 2 boxes of Employee Exposure Summaries requested by Kirkland & Ellis (8/31/04) | 1,530.68 |
| | | $2,629.87 |

### PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 09/01/04 | 153 copies at .12 per page. | 18.36 |
| 09/10/04 | 272 copies @ .12 per page. | 32.64 |
| 09/13/04 | 23 copies @ .12 per copy | 2.76 |
| 09/14/04 | 17 copies @ .12 per page. | 2.04 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through September 30, 2004

### PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/15/04 | 266 copies @ .12 per page. | 31.92 | |
| 09/16/04 | 284 copies @ .12 per page. | 34.08 | |
| 09/23/04 | 2 copies at .12 per copy | 0.24 | |
| | | | $122.04 |

### TELEPHONE

| | | | | |
|---|---|---|---|---|
| 09/12/04 | Facsimile. | | 1.10 | |
| 09/12/04 | 329 | 5613621551 | 2.42 | |
| 09/13/04 | 329 | 2028795177 | 0.77 | |
| | | | | $4.29 |

### RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 09/01/04 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - August 2004 | 12,786.73 | |
| | | | $12,786.73 |

### MISCELLANEOUS

| | | | |
|---|---|---|---|
| 09/13/04 | RECORDKEEPER ARCHIVE - monthly storage fee (for 9/1-30/04) | 397.20 | |
| | | | $397.20 |
| | | TOTAL DISBURSEMENTS | $15,940.13 |
| | | TOTAL THIS BILL | $15,940.13 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 10, 2004

Bill Number 74388
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through September 30, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 09/13/04   98 copies at .12 per page. | 11.76 | |
| | | $11.76 |
| TOTAL DISBURSEMENTS | | $11.76 |
| TOTAL THIS BILL | | $11.76 |