Fed. ID #:        04-1378465
Invoice Number:   477585
Client Number:    085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

September 28, 2004

**FOR PROFESSIONAL SERVICES RENDERED** for the period from August 1, 2004 through August 31, 2004 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/02/04 | Cleary, J. | 0.4 | Telephone conferences with Messrs. Forgach, Glosband and Dittmar; review e-mails and related materials. |
| 08/02/04 | Glosband, D. | 3.6 | Telephone call from Mr. Cleary regarding his telephone call with Mr. Forgach regarding enjoining Evans suit, review letter from Ms. Baer to counsel; review injunction against certain actions, further telephone call from Mr. Cleary, telephone call to Ms. Baer, memorandum to Mr. Cleary; telephone call from Ms. Baer regarding injunction coverage, request for additional relief, memorandum to Mr. Cleary; memorandum to K&E litigators; memorandum from Mr. Esayian at K&E regarding pleadings; memorandum to Messrs. Cleary and Dittmar regarding reply. |
| 08/02/04 | Doherty, A. | 0.3 | Attention to sixth Goodwin Procter fee application. |
| 08/02/04 | Dittmar, J. | 0.2 | E-mail and telephone conference with Mr. Cleary; review correspondence. |
| 08/03/04 | Cleary, J. | 0.5 | Attention to litigation; telephone messages to Ms. Ewing and Mr. Shames; e-mails with Mr. Glosband and telephone conferences with Mr. Forgach regarding same. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/03/04 | Glosband, D. | 3.0 | Message to Mr. Mukherjee, telephone call from Mr. Porter, Plaintiffs' counsel, regarding extension; memorandum to Messrs. Cleary and Dittmar regarding same; telephone call from Mr. Cleary and Mr. Forgach regarding K&E plan to file motion, timing; telephone call from Mr. Paster regarding agree to extension, memorandum to, memorandum from Ms. Esayian at K&E regarding same, memorandum to Mr. Cleary regarding same, memorandum from Ms. Esayian. |
| 08/03/04 | Dittmar, J. | 0.1 | Attention to e-mail. |
| 08/04/04 | Cleary, J. | 1.2 | Review and revision of draft minutes for February 23 Fiduciary Committee meeting; review file materials regarding same. |
| 08/05/04 | Cleary, J. | 0.5 | Review and revision of draft Fiduciary Committee meeting minutes; telephone conference with Mr. Shames regarding litigation status; telephone messages with Messrs. Glosband and Dittmar regarding same. |
| 08/05/04 | Glosband, D. | 1.2 | Conference with Mr. Yousey regarding stipulation to extend answer time; review draft stipulation; memorandum from Mr. Yousey; telephone call from Mr. Dittmar. |
| 08/05/04 | Yousey, J. | 2.2 | Meeting with Mr. Glosband; review complaint; draft joint stipulation. |
| 08/06/04 | Cleary, J. | 1.5 | Review of file materials; review and revision of draft Fiduciary Committee meeting minutes. |
| 08/09/04 | Cleary, J. | 1.0 | Further review of file materials; review and revision of draft Fiduciary Committee minutes; telephone message to Ms. Ewing and conference with Mr. Condon regarding same. |
| 08/09/04 | Condon, D. | 1.0 | Review and comment on Fiduciary Committee meeting minutes and conference with Mr. Cleary regarding same. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/10/04 | Cleary, J. | 0.8 | Review and revision of Fiduciary Committee minutes; discuss same with Ms. Ewing and Messrs. Condon and Glosband; attention to litigation matters. |
| 08/10/04 | Glosband, D. | 3.8 | Memoranda to/from Mr. Yousey regarding stipulation to extend answer; review pleadings to extend injunction to State Street; call with Ms. Ewing and Mr. Cleary regarding extend answer, injunction; review revision to extension stipulation; telephone call from Mr. Cleary regarding February Fiduciary Committee minutes; review meeting notes, minutes, memorandum to Mr. Cleary with comments. |
| 08/10/04 | Kelleher, F. | 0.3 | Assistance regarding e-filing. |
| 08/10/04 | Doherty, A. | 0.5 | Telephone conference with Mr. Bossay regarding interim fee application; telephone conference with Mr. Bilowz regarding same; follow up with Ms. Vitello regarding same. |
| 08/10/04 | Yousey, J. | 2.0 | Attention to filing of notice of appearance and stipulation to extend time on behalf of State Street Bank and Trust Co.. |
| 08/11/04 | Cleary, J. | 0.3 | Telephone conference with Ms. Driscoll regarding litigation status and related matters; follow-up thereto. |
| 08/11/04 | Glosband, D. | 1.5 | Letter to Mr. Forgach regarding State Street extension; letter to Ms. Ewing regarding injunction pleadings. |
| 08/11/04 | Kelleher, F. | 0.6 | Assistance regarding e-filing of appearance and Stipulation to Extend Time. |
| 08/12/04 | Cleary, J. | 0.7 | Finalize revised draft Fiduciary Committee minutes; e-mail to Ms. Driscoll, et al regarding same; attention to ERISA fiduciary litigation matters; e-mail to Ms. Driscoll regarding same. |
| 08/12/04 | Kelleher, F. | 0.1 | Follow-up regarding e-filing. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/13/04 | Glosband, D. | 0.5 | Telephone call to Mr. Cleary; memorandum to, memorandum from Ms. Esayian regarding hearing on injunction; memorandum to Mr. Cleary regarding language for client memorandum on timing. |
| 08/13/04 | Doherty, A. | 0.5 | Attention to filing interim fee application; meeting with Ms. Vitello regarding same. |
| 08/16/04 | Doherty, A. | 0.2 | Review fee information for January 1, 2004 through March 31, 2004; confirm same with Mr. Bossay. |
| 08/19/04 | Cleary, J. | 0.1 | Telephone conference with Mr. Shames regarding litigation status. |
| 08/20/04 | Doherty, A. | 2.9 | Attention to First Quarterly Fee Application. |
| 08/23/04 | Doherty, A. | 0.4 | Attention to final revisions to quarterly fee application; distribute same. |
| 08/24/04 | Doherty, A. | 0.2 | Review docket for quarterly fee application; email to Mr. Bossay regarding same. |
| 08/25/04 | Dittmar, J. | 0.1 | Attention to case status. |
| 08/30/04 | Cleary, J. | 0.1 | Telephone conference with Mr. Glosband regarding status of litigation; follow-up telephone message to Mr. Shames. |
| 08/31/04 | Glosband, D. | 0.2 | Memorandum from Ms. Esayian regarding Stipulation with plaintiffs. |

| | | | |
|---|---|---|---|
| **Total Hours** | | **32.5** | **Total Fees** $16,698.00 |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 7.1 | $600.00 | $4,260.00 |
| Condon, D. | 1.0 | 500.00 | 500.00 |
| Dittmar, J. | 0.4 | 600.00 | 240.00 |
| Glosband, D. | 13.8 | 600.00 | 8,280.00 |
| Doherty, A. | 5.0 | 400.00 | 2,000.00 |
| Yousey, J. | 4.2 | 290.00 | 1,218.00 |
| Kelleher, F. | 1.0 | 200.00 | 200.00 |
| **Total** | **32.5** | | **$16,698.00** |

Fed. ID #: 04-1378465
Invoice Number: 482650
Client Number: 085440

## STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

October 28, 2004

**FOR PROFESSIONAL SERVICES RENDERED** for the period from September 1, 2004 through September 30, 2004 in connection with W.R. Grace & Co.

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/01/04 | Cleary, J. | 0.2 | E-mails with Mr. Glosband regarding litigation extension; follow-up e-mail to Ms. Driscoll, et al. |
| 09/01/04 | Glosband, D. | 0.6 | Review stipulation with Grace motion regarding schedule hearing, extend USDC answer dates; memorandum to Mr. Yousey, et al regarding same. |
| 09/02/04 | Yousey, J. | 0.5 | Review W.R. Grace stipulation; draft e-mail. |
| 09/13/04 | Doherty, A. | 0.1 | Review fee statement request; follow up with Mr. Blatnick regarding same; email to Mr. Bayston regarding same. |
| 09/14/04 | Doherty, A. | 0.3 | Review and revise Sixth and Seventh Fee Applications. |
| 09/16/04 | Yousey, J. | 1.0 | Draft joint stipulation to further extend time to respond to complaint. |
| 09/17/04 | Yousey, J. | 0.2 | Attention to correspondence concerning new draft stipulation to extend time to respond to complaint. |
| 09/20/04 | Yousey, J. | 0.3 | Attention to correspondence. |
| 09/21/04 | Yousey, J. | 0.1 | Telephone conference with Mr. Pastor. |
| 09/22/04 | Yousey, J. | 0.1 | Attention to correspondence. |

LIBC/2046592.1

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/24/04 | Glosband, D. | 0.6 | Telephone call to Mr. Yousey; telephone call with Mr. Parker regarding stipulation to further extend regarding draft motion in lieu of stipulation of consent not forthcoming. |
| 09/24/04 | Yousey, J. | 0.8 | Telephone conference with Mr. Glosband; place telephone calls to Mr. Pastor; attention to filing of stipulation in Evans v. Akers. |
| 09/24/04 | Turco, D. | 0.3 | Electronic filings for the USDC District of Massachusetts. |
| 09/27/04 | Glosband, D. | 0.5 | Review Grace reply to plaintiffs response. |
| 09/27/04 | Yousey, J. | 0.1 | Correspondence with Mr. Flicker. |
| 09/28/04 | Yousey, J. | 0.1 | Telephone conference with District Court clerk, addressing clerk's questions. |
| 09/29/04 | Cleary, J. | 0.3 | Telephone messages and e-mails with Mr. Glosband regarding status; follow-up - mail to Ms. Driscoll, et al. |
| 09/29/04 | Glosband, D. | 1.7 | Meet with Ms. Esayison at Kirkland regarding results of hearing to Oxland Strategy; meet with Mr. Blatnick with additional details; discussion with Mr. Cleary and Mr. Yousey regarding same; review case docket regarding same. |

| | Hours | | |
|---|---|---|---|
| **Total Hours** | 7.8 | **Total Fees** | $3,461.00 |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Cleary, J. | 0.5 | $600.00 | $300.00 |
| Glosband, D. | 3.4 | 600.00 | 2,040.00 |
| Doherty, A. | 0.4 | 400.00 | 160.00 |
| Yousey, J. | 3.2 | 290.00 | 928.00 |
| Turco, D. | 0.3 | 110.00 | 33.00 |
| **Total** | 7.8 | | $3,461.00 |

LIBC/2046592.1

## EXPENSES

August/September 2004

| | |
|---|---|
| Photocopy | $98.95 |
| Fax | 10.00 |
| Postage | 2.40 |
| | $ 111.35 |