IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------x
In re                         :   Chapter 11
                              :
W. R. GRACE & CO., et al.,    :   Case No. 01-01139 (JFK)
                              :   Jointly Administered
            Debtors.          :
                              :   RE: D.I. 6930
------------------------------x
                              :
W. R. GRACE & CO., et al.,    :
                              :
            Plaintiffs,       :
                              :
      -against-               :
                              :   Adversary No. A-01-771 (JFK)
MARGARET CHAKARIAN, et al.,   :
And John Does 1-1000,         :
                              :
            Defendants.       :   RE: D.I. 322
------------------------------x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 15, 2004, copies of the **Motion of the Debtors and The Scotts Company For a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Re: D.I. 6930/322]** were caused to be served in the manner indicated, upon the entities identified on the attached service list.

Dated: November 16, 2004

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (#0463)
Donna L. Culver (#2983)
Daniel B. Butz, Esquire (#4227)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

Robert J. Sidman (Ohio Bar #0017390)
Tiffany Strelow Cobb (Ohio Bar #0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Phone: (614) 464-6400
Facsimile: (614) 719-4663

Attorneys for Movant, The Scotts Company

432751v3