# SERVICE LIST

**VIA HAND DELIVERY**

William E. Chipman, Jr., Esq.
Scott D. Cousins, Esq
Greenberg Traurig, LLP
1000 West Street
Suite 1540
Wilmington, DE  19801

Bernard George Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street
Suite 1300
Wilmington, DE  19801

Sherry Ruggiero Fallon, Esq.
Tybout, Redfearn & Pell
300 Delaware Avenue
Suite 1100
Wilmington, DE  19801

Kevin Gross, Esq.
Herbert W. Mondros, Esq.
Rosenthal Monhait Gross & Goddess
1401 Mellon Bank Center
919 Market Street, Suite 1401
Wilmington, DE  19801

Marc Jeffrey Phillips, Esq.
Jeffrey C. Wissler, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Bldg.
1007 N. Orange Street
Wilmington, DE  19801

Thomas D. Walsh, Esq.
McCarter & English, LLP
919 N. Market Street
Suite 1800
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Gary and Alice Smolker
4720 Lincoln Boulevard
Suite 280
Marina del Rey, CA  90292-6977

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

David M. Bernick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

David K. Foust, Esquire
3030 W. Grand Boulevard
10th Floor - Suite 200
Detroit, MI  48202

Scotta Edelen McFarland, Esq.
Pachulski Stang Ziehl Young
  and Jones, P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA  90067

Brian Parker
36 South Charles Street
Suite 2200
Baltimore, MD  21201

Carl Pernicone, Esq.
Wilson Elser Moskowitz Edelman
  & Dicker LLP
150 East 42nd Street
New York, NY  10017-5639

Hamid R. Rafatjoo, Esq.
Pachulski Stang Ziehl Young
  Jones & Weintraub
10100 Santa Monica Blvd.
Suite 1100
Los Angeles, CA  90067-4100

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

Lawrence H. Sverdrup, P.C.
503 California Avenue
Libby, MT  59923