.
.

**W.R. GRACE & CO.
SERVICE LIST**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

{D0002247·1}