# SIGN-IN SHEET

CASE NAME: WR Grace

CASE NO.: 01-1139 (JKF)

COURTROOM NO.: 2

DATE: 11/15/04

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| FRANK PERCH | US Trustee | |
| GARY M. BECKER | KRAMER LEVIN | EQUITY COMMITTEE |
| VINCENT GANIEZ | FRONT POINT FINANCIAL | EQUITY COMMITTEE |
| ELLIOTT EISMAN | NEUBERGER BERMAN | EQUITY |
| CHARLES ROSE | | Equity |
| Jay Sakalo | Anning Pardiago | Equity |
| Theodore Freedman | Bilzin Sumberg | PD Committee |
| Thomas Bew | Fray Joseph & Ferreld | " |
| Stephen Anderson | Walther, McClewroth Fish | Town & Acton |
| Richard H. Wron | Anderson & Kreiger | 4 |
| Hogar Huff | Swidle Berlin | FCR |
| Dave Carickhoff | Landis Rath & Cobb | Town of Acton |
| Louis Levine | Pachulski Stang | Debtor |
| Janet Baer | D'Acosia, Kevins Prisa & Nesbury | Debtor |
| | Kirkland & Ellis | Debtor |

# SIGN-IN SHEET

CASE NAME: W.R. Grace

CASE NO.: 01-1139 (JKF)

COURTROOM NO.:

DATE: 11/15/04

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jack Phillips | Phillips Goldman & Spence | Futures Rep |
| Marla Eskin | Campbell Levine | ACC |
| Lewis Kruger | Stroock + Stroock + Lavan | unsecured creditors |
| Mark Chehi | Skadden Arps, et al | Sealed Air Corporation |
| Michael Lastowski | Duane Morris | DiTrabl Committee |
| | | |
| | | |
| | | |
| | | |
| | | |