Hearing Date: Monday, November 15, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT A - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | TAPE RENTAL LIBRARY INC<br>PO BOX 107<br>COVESVILLE VA 22931 | 01-01139<br>W.R. GRACE & CO. | 1350 | $1,825.07 (U) | REDUCE AND ALLOW | $55.55 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured