Hearing Date: Monday, November 15, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT A - CONTINUED

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| NSTAR GAS<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON, MA 02119 | 01-01140<br>W.R. GRACE & CO.-CONN. | 196 | $14,773.55 | (U) | REDUCE AND ALLOW | $7,132.59 | (U) | CONTINUED TO 12/20/2004 12:00 PM |
| SPAULDING AND SLYE<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASEMAN LLP<br>125 SUMMER STR<br>BOSTON, MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 203 | $1,403,017.00 | (U) | REDUCE AND ALLOW | $549,159.00 | (U) | CONTINUED TO 12/20/2004 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured