Hearing Date: Monday, November 15, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT B - ALLOWED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested |
|---|---|---|---|---|---|---|
| 1 | ROCCO & ZWEIFACH<br>C/O SAMUEL BARKIN<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>120 W 45TH ST<br>NEW YORK NY 10036 | 01-01139<br>W.R. GRACE & CO. | 1205 | $19,454.00 | (U) | ALLOW CLAIM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

11/11/2004 10:41:51 AM