Hearing Date: Monday, November 15, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6 - EXHIBIT A - CONTINUED

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 LASON SYSTEMS INC<br><br>SUE MOORE<br>1305 STEPHENSON HWY<br>TROY MI 48083 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 3210 | $283,279.92 | (P) | RECLASSIFY, REDUCE & ALLOW | $204,990.45 | (U) | CONTINUED TO 12/20/2004 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured