FILED
2004 NOV 16 PM 12:55
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Nov. 12/004

To whom it may concern,

Have you been informed that W. R. Grace made lots of money dealing with "FERTILIZER". They worked with a Law Firm in Zurich. My late Husband was sent to Zurich with business. After business was concluded the Swiss Lawyer said, I meet you at the Airport. With was a surprise to my husband. They met, and the Swiss Lawyer slipped a LARGE ENVELOPE into my husbands Coat Pocket. My husband, after his return reported to H.R.G. and told him he is quitting.

S. V. Handel