# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |

## ORDER APPROVING SECOND QUARTERLY FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE THIRTEENTH QUARTERLY INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004

Upon consideration of the Second Quarterly Fee Application of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan for the Period from April 1, 2004 Through June 30, 2004 (the "Second Quarterly Fee Application"); and Notice of the Application having been served on August 23, 2004 upon the parties required by the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered by this Court on April 17, 2002 (Docket No. 1949) (the "Administrative Order"); and upon this Court's review of the First Quarterly Application and any objections or statements of counsel related thereto, it is hereby

ORDERED, that the Second Quarterly Application is GRANTED, and Goodwin Procter LLP is awarded (i) compensation for actual and necessary services rendered during the period from April 1, 2004 through June 30, 2004 in the amount of $38,754.00 and (ii) reimbursement of expenses for said period in the amount of $732.15; and it is further

ORDERED, that the Debtors are authorized to pay any and all unpaid fees and expenses requested in the Second Quarterly Application from the Debtors' estates in accordance with the Administrative Order.

_____
United States Bankruptcy Court Judge

Dated: _____, 2004

LIBC/2002045.2