# EXHIBIT C

## EXHIBIT C

### EXPENSES FOR THE FEE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004[2]

#### EXPENSES FOR THE FEE PERIOD
#### JULY 1, 2004 THROUGH JULY 31, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 06/30/04 | Paid Skyline Duplication #10501 S#5680 | 1934.29 |
| 07/07/04 | Fee for a copy of the final order of judgment stamped "certified" #10501 S#5663 | 5.00 |
| 07/07/04 | PD UPS TO TRENTON NJ; WSH; INV# 81207284 | 7.74 |
| 07/16/04 | PD UPS TO TRENTON NJ; WSH; INV# 81207294 | 29.40 |
| 07/16/04 | PD UPS TO TRENTON NJ; WSH; INV# 81207294 | 29.40 |
| 07/20/04 | Paid HCK#153280 to Clerk for filing fee for foreign judgment, #10507, S#5707 | 210.00 |
| 07/30/04 | Pd. Ck# 262791 To Elite Transcripts, Inc. on 7/2/04 Fee for Ordering Transcripts   10501 S# 5658 | 3000.00 |
| | Duplicating | 192.22 |
| | Postage | 2.59 |
| | Superior Court Charge | 200.00 |
| | Matter Total Engagement Cost | 5,610.64 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 06/25/04 | PD UPS TO WILMINGTON, DE; KMJ; CK # 263036 | 10.78 |
| 07/23/04 | PD UPS TO WILMINGTON, DE; KMJ; CK # 263900 | 9.84 |
| | Duplicating | 24.92 |
| | Matter Total Engagement Cost | 45.54 |

Engagement Costs – Coudert Brothers

| | | |
|---|---|---|
| 06/28/04 | PD AMEX TO AT&T WIRELESS; AJM; CK# 262968 | 23.00 |
| | Matter Total Engagement Cost | 23.00 |

Engagement Costs – Intercat, Inc. et al.

| | | |
|---|---|---|
| | Computer Assisted Research | 12.75 |

---

[2] Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications.

|  |  | Matter Total Engagement Cost | 12.75 |
|---|---|---|---|

## Engagement Costs – NY Superfund Action

| 05/14/04 | PD TRAVEL EXPENSES TO/FROM NEW YORK; MEW; CK# 263804 | 20.75 |
|---|---|---|
| 05/21/04 | PD TRAVEL EXPENSES TO/FROM NEW YORK; MEW; CK# 263804 | 20.75 |
| 06/01/04 | PD GEN MESS TO NEW YORK NY; SUP; CK# 262981 | 139.31 |
| 06/02/04 | PD TRAVEL EXPENSES TO/FROM NEW YORK; MEW; CK# 263804 | 20.75 |
| 06/18/04 | PD TRAVEL EXPENSES TO/FROM NEW YORK; MEW; CK# 263804 | 20.75 |
| 06/28/04 | PD AMEX TO AT&T WIRELESS; AJM; CK# 262968 | 36.00 |
| 07/19/04 | PD UPS TO NEW YORK, NY; MEW; CK # 263900 | 7.74 |
| 07/30/04 | DOCUMENT ACCESS FACILITY--JULY 2004 | 2864.00 |
|  | Duplicating | 70.14 |
|  | Matter Total Engagement Cost | 3,200.19 |

## Engagement Costs – Tahari, Ltd.

| 06/24/04 | Pd Travel Expense; bmb; uh&p7p; 7/15/04 | 4.00 |
|---|---|---|
|  | Matter Total Engagement Cost | 4.00 |

## EXPENSES FOR THE FEE PERIOD
## AUGUST 1, 2004 THROUGH AUGUST 31, 2004

## Engagement Costs – Weja, Inc.

| 08/26/04 | Paid NJ Law Journal #10501 S#5824 | 36.57 |
|---|---|---|
| 08/27/04 | CK# 16777 - FROM ELITE TRANSCRIPTS DATED 7/6/04 FOR UNBILLED ENGAGEMENTS COSTS | -814.63 |
|  | Duplicating | 56.98 |
|  | Postage | 8.88 |
|  | Matter Total Engagement Cost | -712.20 |

## Engagement Costs – Chapter 11 Administration

| 08/11/04 | PD UPS TO WILMINGTON, DE; KMJ; INV # 81207334 | 10.78 |
|---|---|---|
| 08/24/04 | Duplicating (755 copies @ $.14 each) | 105.70 |
|  | Matter Total Engagement Cost | 116.48 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 07/15/04 | PD AMEX FOR TRAVEL EXPENSE;  MEW;  CK# 261262 | 11.00 |
| 07/18/04 | PD AMEX FOR TRAVEL EXPENSE;  AJM;  CK# 264262 | 26.00 |
| 08/18/04 | PD UPS TO NEW YORK, NY; MEW; INV # 81207344 | 7.74 |
| 08/31/04 | DOCUMENT ACCESS FACILITY--AUGUST 2004 | 2864.00 |
| | Matter Total Engagement Cost | 2,908.74 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 06/30/04 | Pd Aetna Judicial for attempted service/CPLR; BMB; Ck# 264591 | 25.00 |
| | Matter Total Engagement Cost | 25.00 |

## EXPENSES FOR THE FEE PERIOD
## SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 08/24/04 | PD UPS TO TRENTON, NJ; WSH; INV # 81207354 | 7.74 |
| 08/25/04 | PD UPS TO TRENTON, NJ; WSH; INV # 81207354 | 7.74 |
| 09/08/04 | PD UPS TO TRENTON, NJ; JSM; INV # 81207374 | 7.74 |
| 09/10/04 | Paid HCK#153442 to Clerk of the Court for fee to enter transcript of judgment in Superior Court, Suffolk County, #10507, S#5871 | 25.00 |
| 09/10/04 | Paid HCK#153443 to Clerk of the Court for fee for transcript of judgment, #10501, S#5871 | 15.00 |
| | Computer Assisted Research | 133.74 |
| | Duplicating | 111.72 |
| | Telephone | 4.80 |
| | Matter Total Engagement Cost | 313.48 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 08/25/04 | PD UPS TO WILMINGTON, DE; KMJ; INV # 81207354 | 11.41 |
| 09/14/04 | PD UPS TO WILMINGTON, DE; KMJ; CK # 265857 | 7.74 |
| | Duplicating | 18.62 |
| | Matter Total Engagement Cost | 37.77 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 06/17/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 262968 | 10.00 |
| 07/01/04 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 262968 | 10.00 |
| 09/16/04 | PD UPS TO NEW YORK, NY; MEW; CK # 265857 | 7.74 |
| 09/29/04 | DOCUMENT ACCESS FACILITY--SEPTEMBER 2004 | 2864.00 |
| | Matter Total Engagement Cost | 2,891.74 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 08/02/04 | Paid Travel Expenses; BMB; UH & P7P 9/30/04 | 4.00 |
| | Matter Total Engagement Cost | 4.00 |