# EXHIBIT A
July Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline:  October 7, 2004 at 4:00 p.m.
Hearing Date:  TBD only if necessary

**SUMMARY OF THE THIRTY-FOURTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES  AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004**

Name of Applicant:

Casner & Edwards, LLP

Authorized to Provide Professional Services to:

W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:

September 18, 2001,
effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:

July 1, 2004 through
July 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $13,651.00  (80% = $10,920.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $12,386.12

This is an:    X monthly      __ interim      __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/16/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | Pending | Pending |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | Pending | Pending |

As indicated above, this is the thirty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $440.00.

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 37 | Litigation | $220.00 | 9.60 | $2,112.00 |
| Matthew T. Murphy | Associate | 16 | Litigation | $190.00 | 16.80 | $3,192.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 20 | Litigation | $85.00 | 98.20 | $8,347.00 |
| TOTALS | | | | | 124.60 | $13,651.00 |

**Total Fees:**    **$13,651.00**

5

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $10.15 |
| Photocopying ($0.12/page) | $35.16 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $3.85 |
| Rent Reimbursement | $11,941.86 |
| Miscellaneous | $395.10 |
| TOTAL | $12,386.12 |

**Total Expenses:        $12,386.12**

6

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 121.20 | $12,903.00 |
| Fee Applications, Applicant | 3.40 | $748.00 |
| Expenses | N/A | $12,386.12 |
| TOTALS | 124.60 | $26,037.12 |

Dated:  September 13, 2004

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/331132.1

7

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: October 7, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S THIRTY-FOURTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 3, 2004

Bill Number  71815
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through July 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 7.50 Hrs | $637.50 |
| 07/02/04 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $22.00 |
| 07/02/04 | MTM | Telephone call from Reed Smith counsel re: billing for O.M. Scott document production (.1); telephone call to ARA re: sending O.M. Scott document production copy set to Recordkeeper (.2). | 0.30 Hrs | $57.00 |
| 07/02/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production (4.1). Answer questions from MTM re: O.M. Scott production (.2). | 4.30 Hrs | $365.50 |
| 07/07/04 | RAM | Conference with MTM re: search for memos re: O.M. Scott document review for in-house counsel. | 0.30 Hrs | $66.00 |
| 07/07/04 | MTM | Telephone call from in-house counsel re: O.M. Scott hearing yesterday and materials produced to them in June (.3); review file re: document production to O.M. Scott re: same (1.5); conference with RAM re: same (.3). | 2.10 Hrs | $399.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/07/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 2.90 Hrs | $246.50 |
| 07/08/04 | MTM | Email to in-house counsel re: O.M. Scott production (.2); telephone call from in-house counsel re: same (.2); letter to in-house counsel re: privileged documents not produced to O.M. Scott (.2); telephone call to Reed Smith counsel re: copy set of documents produced to O.M. Scott in January to send to in-house counsel (.3). | 0.90 Hrs | $171.00 |
| 07/08/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.70 Hrs | $569.50 |
| 07/09/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.7). | 0.80 Hrs | $176.00 |
| 07/09/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.80 Hrs | $578.00 |
| 07/12/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.90 Hrs | $586.50 |
| 07/13/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.80 Hrs | $578.00 |
| 07/14/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 6.30 Hrs | $535.50 |
| 07/15/04 | ARA | Quality control originals from the production set in quorum number order after O.M. Scott document production. | 5.50 Hrs | $467.50 |
| 07/20/04 | ARA | Return call to Barbara from Vorys firm re: documents they are missing and check inventories re: O.M. Scott production (.3). Quality control originals from the production set in quorum number order after O.M. Scott document production (2.5) | 2.80 Hrs | $238.00 |
| 07/21/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $66.00 |
| 07/21/04 | MTM | Telephone call from ARA re: call from O.M. Scott's counsel re: missing document copies from June Winthrop Square review (.2). Review file and documents re: boxes of materials which were not in the repository (2.3); review file and Wolter box no. 6 prior to return to storage in Cambridge (.5). | 3.00 Hrs | $570.00 |

David B. Siegel

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 07/21/04 | ARA | Per telephone call from Vorys firm, search for and locate originals and copies they say they did not receive from the copy companies re: O.M. Scott production (5.7); telephone call to MTM re: same (.2). | 5.90 Hrs | $501.50 |
| 07/22/04 | MTM | Conference with ARA re: boxes of material that were not in the repository (.3); review such boxes at Winthrop Square to determine which materials, if any, need to be added to the repository (2.8); review Cambridge location inventory re: where to return certain documents (.4). | 3.50 Hrs | $665.00 |
| 07/22/04 | ARA | Continue to search for originals and copies not received by Vorys firm (5.8); telephone call to Merrill Corp. and telephone call from Vorys re: O.M. Scott production documents (.4). Per MTM's phone call, search for and locate certain documents (.5). | 6.70 Hrs | $569.50 |
| 07/23/04 | ARA | Continue to search for and locate documents requested by Barbara from Vorys firm (6.3); arrange for Merrill to pick-up copies and boxes of originals for copying re: O.M. Scott document production (.6). | 6.90 Hrs | $586.50 |
| 07/26/04 | RAM | Telephone conference with in-house counsel to locate any records showing amount of asbestos purchased by Grace per year and amount of MK-3 sold per year (.1); conference with MTM re: same (.4); telephone call to MB re: whether any similar search done previously (.1); telephone call to ARA to obtain several deposition transcripts to review re: same (.1). | 0.70 Hrs | $154.00 |
| 07/26/04 | MTM | Message from RAM re: in-house counsel's request for yearly asbestos purchases and yearly Monokote sales (.1); review file re: prior search for asbestos fiber purchases done in December 2000 (1.4); conference with RAM re: same (.4). | 1.90 Hrs | $361.00 |
| 07/26/04 | ARA | Continue to search for and locate documents not received by Vorys firm re: O.M. Scott production. | 4.90 Hrs | $416.50 |
| 07/27/04 | RAM | Read four deposition transcripts for any reference to purchases of asbestos (2.0); conference with MTM re: same and re: sales of MK-3 (.2); telephone conference with in-house counsel re: same (.1). | 2.30 Hrs | $506.00 |
| 07/27/04 | MTM | Conference with RAM re: asbestos fiber purchases and MK-3 sales per in-house counsel's request (.2); review deposition transcript of former Grace employee re: same (.4); review sample ledger page index re: same (.7); compare deposition exhibits against asbestos purchase documents in December 2000 (.7). | 2.20 Hrs | $418.00 |
| 07/27/04 | ARA | Per RAM's request, locate and review transcripts of former Grace employees for possible testimony re: purchase of asbestos or sales of Monokote per year and produce transcripts to RAM (2.3). Discussion with MTM re: search for documents not received by O.M. Scott's attorneys (.2). Document control (.4). | 2.90 Hrs | $246.50 |

David B. Siegel

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 07/28/04 | RAM | Read email from MB that there has not been a comprehensive search for documents for annual sales of MK-3. | 0.10 Hrs | $22.00 |
| 07/28/04 | ARA | Continue to search for and locate documents not received by Vorys firm re: O.M. Scott production (2.9); receipt of copies and originals from Merrill re: O.M. Scott production, per Vorys request (.3). | 3.20 Hrs | $272.00 |
| 07/29/04 | RAM | Search for and read documents re: sales of MK-3 (1.4); conference with MTM (.1) and telephone conference with in-house counsel (.1) re: same. | 1.60 Hrs | $352.00 |
| 07/29/04 | MTM | Review tagged pages and exhibits from former Grace employee's deposition transcripts re: asbestos purchases and Monokote sales and check exhibits against documents found (.9); conference with RAM re: Monokote sales (.1); conference with DBM re: search for Monokote invoices (.1); review in-house counsel's memos and other materials found by RAM re: Monokote sales (.3); telephone call to in-house counsel (with RAM) re: status of asbestos fiber and Monokote sales project (.2). | 1.80 Hrs | $342.00 |
| 07/29/04 | ARA | Continue to search for and locate documents not received by Vorys firm re: O.M. Scott production. | 4.20 Hrs | $357.00 |
| 07/30/04 | MTM | Telephone call to ARA re: obtaining MK invoices (.2); letter to in-house counsel re Monokote sales and asbestos fiber project (.9). | 1.10 Hrs | $209.00 |
| 07/30/04 | ARA | Telephone conference with MTM re: obtaining MK invoices (.2). Document control (1.0). Continue to search for and locate documents not received by Vorys firm re: O.M. Scott production (5.8). | 7.00 Hrs | $595.00 |
| | | TOTAL LEGAL SERVICES | | $12,903.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.20 Hrs | 220/hr | $1,364.00 |
| MATTHEW T. MURPHY | 16.80 Hrs | 190/hr | $3,192.00 |
| ANGELA R. ANDERSON | 98.20 Hrs | 85/hr | $8,347.00 |
| | 121.20 Hrs | | $12,903.00 |

David B. Siegel

TOTAL THIS BILL    $12,903.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 3, 2004

Bill Number 71816
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through July 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/02/04 | RAM | Work on May fee application. | 0.20 Hrs | $44.00 |
| 07/07/04 | RAM | Work on May fee application. | 1.70 Hrs | $374.00 |
| 07/08/04 | RAM | Work on May fee application. | 0.60 Hrs | $132.00 |
| 07/09/04 | RAM | Work on May fee application; send it to in-house counsels; telephone conference with in-house counsel re: application. | 0.20 Hrs | $44.00 |
| 07/12/04 | RAM | Telephone conference with in-house counsel re: May fee application; OK. Finalize application and send it to Delaware counsel to file. | 0.20 Hrs | $44.00 |
| 07/23/04 | RAM | Work on June fee application. | 0.40 Hrs | $88.00 |
| 07/30/04 | RAM | Work on June fee application. | 0.10 Hrs | $22.00 |
| | | TOTAL LEGAL SERVICES | | $748.00 |

David B. Siegel

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.40 Hrs | 220/hr | $748.00 |
| | 3.40 Hrs | | $748.00 |

TOTAL THIS BILL $748.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 3, 2004

Bill Number  71819
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2004

EXCESS POSTAGE                                                                    $10.15

PHOTOCOPYING

| Date | Description | | |
|------|-------------|---|---|
| 07/07/04 | 6 copies at .12 per copy | 0.72 | |
| 07/08/04 | 95 copies. at .12 per copy. | 11.40 | |
| 07/21/04 | 22 copies at .12 per copy. | 2.64 | |
| 07/27/04 | 1 copy @ .12 per copy. | 0.12 | |
| 07/29/04 | 1 copy @ .12 per copy | 0.12 | |
| 07/29/04 | 6 copies @ .12 per copy. | 0.72 | |
| 07/29/04 | 16 copies @ .12 per copy. | 1.92 | |
| 07/29/04 | 2 copies @ .12 per copy. | 0.24 | |
| 07/29/04 | 3 copies @ .12 per copy. | 0.36 | |
| 07/30/04 | 10 copies @ .12 per copy. | 1.20 | |
| | | | $19.44 |

TELEPHONE

| Date | | Number | Amount |
|------|-----|--------|--------|
| 07/02/04 | 329 | 4122884048 | 0.66 |
| 07/08/04 | 329 | 7037298543 | 0.44 |
| 07/08/04 | 329 | 4122884048 | 0.55 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2004

TELEPHONE

| | | | |
|---|---|---|---|
| 07/18/04 | Facsimile.  2699821833 | 1.10 | |
| | | | $2.75 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 07/02/04 | BOSTON CAPITAL INSTI  - rent and utilities for document repository at One Winthrop Square -  June 2004 | 11,941.86 | |
| | | | $11,941.86 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 07/09/04 | RECORDKEEPER ARCHIVE - monthly storage fee (7-1-04 thru 7-31-04) | 395.10 | |
| | | | $395.10 |
| | | TOTAL DISBURSEMENTS | $12,369.30 |
| | | TOTAL THIS BILL | $12,369.30 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 3, 2004

Bill Number  71820
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through July 31, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 07/12/04 | 77 copies at .12 per copy. | 9.24 |
| 07/22/04 | 54 copies at .12 per copy. | 6.48 |
| | | $15.72 |

TELEPHONE

| | | |
|---|---|---|
| 07/11/04 | Facsimile. 5613621583 | 1.10 |
| | | $1.10 |

TOTAL DISBURSEMENTS          $16.82

TOTAL THIS BILL          $16.82

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )      Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )      Case No. 01-1139 (JKF)
                                          )      Jointly Administered
                    Debtors.              )

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                          )SS
COUNTY OF NEW CASTLE       )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 17th day of September

2004 she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

1.    **SUMMARY OF THE THIRTY-FOURTH MONTHLY
      APPLICATION OF CASNER & EDWARDS, LLP FOR
      COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31,
2004; AND

2.    FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY
FEE APPLICATION FOR THE PERIOD JULY 1, 2004 THROUGH
JULY 31, 2004.

Dated: September 17, 2004

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 17th day of September, 2004

_Holly T. Walsh_
Notary Public
My Commission Expires:  02/11/06

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
**james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP