# **EXHIBIT B**
August Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: November 4, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**SUMMARY OF THE THIRTY-FIFTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

Name of Applicant:  
    Casner & Edwards, LLP

Authorized to Provide Professional Services to:  
    W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:  
    September 18, 2001, effective as of September 18, 2001

Period for which compensation and reimbursement is sought:  
    August 1, 2004 through August 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $38,791.00  (80% = $31,032.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $14,000.00

This is an:    X monthly    __ interim    __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/14/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | Pending | Pending |

As indicated above, this is the thirty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

The total time expended for the preparation of this application is approximately 4.9 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,127.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years in that position as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 38 | Litigation | $230.00 | 18.20 | $4,186.00 |
| Donna B. MacKenna | Partner | 21 ½ | Litigation | $210.00 | 17.40 | $3,654.00 |
| Matthew T. Murphy | Associate | 17 | Litigation | $200.00 | 110.70 | $22,140.00 |

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 21 | Litigation | $90.00 | 97.50 | $8,775.00 |
| Sara E. Streeter | Paralegal | 5 | Litigation | $90.00 | 0.40 | $36.00 |
| TOTALS | | | | | 244.20 | $38,791.00 |

**Total Fees:**      **$38,791.00**

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $5.37 |
| Federal Express | $12.75 |
| Outside Photocopying | $404.29 |
| Photocopying ($0.12/page) | $422.88 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $5.61 |
| Rent Reimbursement | $12,754.00 |
| Miscellaneous | $395.10 |
| TOTAL | $14,000.00 |

**Total Expenses:**    **$14,000.00**

6

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 229.50 | $36,038.00 |
| Fee Applications, Applicant | 3.70 | $851.00 |
| ZAI Science Trial | 11.00 | $1,902.00 |
| Expenses | N/A | $14,000.00 |
| TOTALS | 244.20 | $52,791.00 |

Dated:  October 14, 2004

CASNER & EDWARDS, LLP

_Robert A. Murphy_
Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/333768

7

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline:** November 4, 2004 at 4:00 p.m.
**Hearing Date:** TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTY-FIFTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2004

Bill Number 73078
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through August 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/02/04 | DBM | Search for MK-3 invoices, 1969-71 (1.3), draft memo re: same (.5). | 1.80 Hrs | $378.00 |
| 08/02/04 | MTM | Conference with DBM re: search for Monokote invoices for in-house counsel's project (.2); receipt and review of same (.1); telephone call to ARA re: invoices (.1); receipt and review of invoices from ARA re: in-house counsel's project (.2). | 0.60 Hrs | $120.00 |
| 08/02/04 | ARA | Per MTM's request, search for and obtain Monokote invoices and produce documents to him. | 3.70 Hrs | $333.00 |
| 08/03/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read letter to in-house counsel re: MK-3 invoices. | 0.10 Hrs | $23.00 |
| 08/03/04 | MTM | Telephone call to in-house counsel re: Monokote invoices (.2); letter to in-house counsel re: same (.3); request from in-house for additional information re: Monokote invoices (.3); telephone call to ARA re: same (.2). Telephone call to in-house counsel re: asbestos purchase documents (.3); telephone call from ARA re: same (.2). | 1.50 Hrs | $300.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/03/04 | ARA | Discussion about Merrill Corp.'s copy bill with MTM re: O.M. Scott production (.2). Per in-house counsel's request, search for documents re: Asbestos Fiber Purchases (1.2); telephone call to MTM with information found for in-house counsel (.2). | 1.60 Hrs | $144.00 |
| 08/04/04 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $46.00 |
| 08/05/04 | RAM | Telephone conferences with MTM re: subpoena served on client and locating responsive documents. | 0.30 Hrs | $69.00 |
| 08/05/04 | DBM | Search for documents on fiber committee, vermiculite quality task force. | 0.70 Hrs | $147.00 |
| 08/05/04 | MTM | Telephone call from in-house counsel re: subpoenas (.3); receipt and review of subpoenas (.3); conference with RAM and DBM re: same (.2); review files for Libby Facility Audit Reports (2.3); review of Detailed Libby Chronology: information on Libby Fiber Committee and Audit Report (.9); conference with DBM re: search results (.2); review same (.3); telephone call from RAM re: areas to cover in conference call (.1); telephone call to ARA re: Fiber Committee documents (.3); review memo re: review of New York City Headquarters and Newburg storage facility re: request for meeting minutes (.3); conference with in-house counsel, Kirkland & Ellis counsel and Holme Roberts and Owen counsel re: subpoenas (1.0); receipt and review of email from Kirkland & Ellis counsel re: discussions re: narrowing the scope of the subpoena (.2); begin draft memo re: original and subsequent Grace document reviews, repositories, access capabilities, etc. for Kirkland & Ellis counsel (2.5). | 8.90 Hrs | $1,780.00 |
| 08/05/04 | ARA | Receipt of documents from MTM's office; quality control and return them to the production set (2.3). Per MTM's request, search for and obtain documents re: Fiber Committee (3.6). | 5.90 Hrs | $531.00 |
| 08/06/04 | RAM | Conference with MTM re: identifying documents responsive to subpoena. | 0.30 Hrs | $69.00 |
| 08/06/04 | DBM | Continue search for documents re: fiber committee, facility audit reports and other meeting minutes and task force documents. | 3.20 Hrs | $672.00 |
| 08/06/04 | MTM | Review collection of Jack Wolter materials at Winthrop Square re: documents re: Libby Fiber Committee (3.7); review list of deposition transcripts of all members of Fiber Committee and others potentially involved in Libby Facility Audit Report (1.0); review documents re: Fiber Committee (1.5); review search for audit reports (.3). Conference with RAM re: documents responsive to subpoena (.3); revise memo re: prior document reviews | 7.50 Hrs | $1,500.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | and repository organization (.5); email to Kirkland & Ellis counsel re: same (.2). | | |
| 08/09/04 | RAM | Read memo re: search capabilities to obtain responsive documents (.2); conference with MTM to prepare for conference call (.2); look for documents re: Fiber/Tremolite Committees (.4); look for documents re: Powling (.1); participate in conference call to discuss how to respond to subpoena (1.1); telephone conference with in-house counsel re: which former Grace employees should be contacted and by whom (.1). | 2.10 Hrs | $483.00 |
| 08/09/04 | DBM | Search for D. Powling documents and G. Poling documents. | 1.10 Hrs | $231.00 |
| 08/09/04 | MTM | Conference with ARA re: locating file folders re: Libby Fiber Committee (.4); continue review of Jack Wolter and other documents in the repository for materials responsive to subpoena (4.7); conference with ARA re: CPD directories (.3); conference with DBM re: search for documents to, from or mentioning Doug Poling re: Vermiculite Quality Task Force (.2); conference with ARA re: Libby common exhibits re: search for Libby Fiber Committee documents (.3). Conference with RAM re: conference call (.2); conference call with in-house counsel, Kirkland & Ellis counsel and Holme Roberts & Owen counsel re: status of response to subpoenas (1.0); email to Holme Roberts counsel re: possible location of responsive documents in unscannable materials boxes (.3); conference with ARA re: finding Libby Facility Audit Report (.2). Locate my memo to judge re: search capabilities (.4); email to Kirkland & Ellis counsel re: same (.2). | 8.20 Hrs | $1,640.00 |
| 08/09/04 | ARA | Per MTM's request, search for and locate documents re: Fiber Committee (3.1). Per MTM, search for Greg Poling in Grace directories (1.1). Search for and locate Libby common exhibits (1.2). Search for and locate Libby Audit Facility Report (.8). | 6.20 Hrs | $558.00 |
| 08/10/04 | RAM | Read lists of deposition transcript collections to select those that should be read to comply with subpoena (.4); conference with MTM re: same (.2). | 0.60 Hrs | $138.00 |
| 08/10/04 | MTM | Review Libby common exhibit binders at Winthrop Square re: documents concerning Libby Fiber Committee (.9); look for Vermiculite Quality Task Force documents in unscannable documents at Winthrop Square (1.9); conference with ARA re: same (.3); telephone call to paralegal at Holme Roberts re: same (.3). Review copies of Libby Facility Audit report at Winthrop Square and | 6.90 Hrs | $1,380.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | compare to others (2.3); receipt and review of different version of Libby Audit Report from paralegal at Holme Roberts (.3); review Libby common exhibits re: members of Libby Fiber Committee (.7); conference with RAM re: deposition transcript review (.2). | | |
| 08/10/04 | ARA | Search for and locate other versions of Libby Facility Audit Report and make arrangements for reports to be copied (4.0). Search for and locate Libby Common Exhibits (.5). Quality control documents re: Greg Poling that MTM had requested (.3). Search for documents re: Fiber Committee (.6).  Review invoices requested in O.M. Scott document production (.4). | 5.80 Hrs | $522.00 |
| 08/11/04 | RAM | Telephone conference with in-house counsel re: what is being done to respond to subpoena (.1). Conference with MTM re: identifying responsive documents (.2). | 0.30 Hrs | $69.00 |
| 08/11/04 | DBM | Continue search for facility audit report documents. | 1.30 Hrs | $273.00 |
| 08/11/04 | MTM | Receipt and review of Libby Facility Audit Report from Holme Roberts (.6); conference with ARA re: locating 1983/1984 files referencing Libby Facility Audit Report (.2); review and compare multiple versions of 1981 Libby Facility Audit Report found at Winthrop Square, Libby common exhibits, etc. (1.3); conference with DBM re: new search for Libby Facility Audit Report (.2); review document re: Facility Audit Report (.8); search for copy of audit report found during EPA/ZAI review (.6); review additional Libby Fiber Committee documents (1.0). Conference with RAM re: deposition review and review of Libby common exhibits (.2); locate all Grace privileged lists to review for responsive documents (.9). | 5.80 Hrs | $1,160.00 |
| 08/11/04 | ARA | Review copies of invoices  to locate documents copied during O.M. Scott production (.5); quality control documents (1.5). Per MTM, search for and locate Libby Facility Audit Report in the attorney review production set; telephone call to MTM with information and the files he requested (3.8). | 5.30 Hrs | $477.00 |
| 08/12/04 | RAM | Read HRO memorandum re: number of potentially responsive documents they have (.1). Telephone conference with in-house counsel to discuss the subpoena (.3). | 0.40 Hrs | $92.00 |
| 08/12/04 | DBM | Search for Scheye documents. | 1.10 Hrs | $231.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/12/04 | MTM | Conference with ARA re: review of Libby common exhibit binders from 1978-present for references to Libby Facility Audit Report and Fiber Committee (.3). Receipt and review of email and attached chart from Holme Roberts counsel re: search capabilities and likely boxes to review (.8); email to Holme Roberts counsel re: same (.3). Begin draft status email to Kirkland and Ellis counsel (2.3); read various documents for possible reference to Libby Facility Audit Report (1.6); telephone call from in-house counsel re: prior email regarding Fiber Committee documents (.3); continue review of various versions of Libby Facility Audit Report (2.4). | 8.00 Hrs | $1,600.00 |
| 08/12/04 | ARA | Per MTM's request, review Libby common exhibits for Libby Fiber Committee, Libby Facility Audit Report and Vermiculite Quality Task Force documents. | 6.80 Hrs | $612.00 |
| 08/13/04 | RAM | Read statute of repose and headnotes to statute (.4); conference with AMH re: same (.1); telephone conferences with in-house counsel re: same (.1). Read memoranda re: work being done to respond to subpoena (.1); conference with MTM re: same (.1). | 0.80 Hrs | $184.00 |
| 08/13/04 | DBM | Search further for meeting minute documents. | 2.10 Hrs | $441.00 |
| 08/13/04 | MTM | Receipt and review of email from in-house counsel re: discussions with current and former Grace employees regarding Fiber Committee and Vermiculite Quality Task Force (.3); telephone call from in-house counsel re: documents from Reed Smith counsel re: Fiber Committee and Vermiculite Task Force (.2); review multiple deposition transcripts of Earl Lovick at Winthrop Square re: references to Fiber Committee, Facility Audit Report and Vermiculite Quality Task Force (4.5); review Libby common exhibits re: same issues (1.9). Conference with DBM re: search for meeting minutes (.2). Conference with RAM re: subpoena (.1). | 7.20 Hrs | $1,440.00 |
| 08/13/04 | ARA | Continue to review Libby Common Exhibits for Libby Fiber Committee, Libby Facility Audit Report and Vermiculite Quality Task Force documents (4.1); quality control originals and return them to the production set (.4). Per discussion of deposition review with MTM, review depositions for references to Libby Audit Report and Fiber Committee (1.8). Quality control documents produced for O.M. Scott production (1.3). | 7.60 Hrs | $684.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/16/04 | RAM | Read email from MTM re: status of efforts to locate documents responsive to subpoena; conference with MTM re: same. | 0.10 Hrs | $23.00 |
| 08/16/04 | DBM | Further search for meeting minutes. | 2.60 Hrs | $546.00 |
| 08/16/04 | MTM | Receipt and review of documents re: Fiber Committee and Vermiculite Quality Task Force found by Reed Smith counsel (.9). Review minutes and documents found (2.8); email to all re: meeting minutes and Libby Fiber Committee search (.9). | 4.60 Hrs | $920.00 |
| 08/17/04 | RAM | Read emails re: ongoing work to respond to subpoena (.1). Legal research re: statute of repose; conference with SES re: obtaining printouts of listed cases (.5). | 0.60 Hrs | $138.00 |
| 08/17/04 | MTM | Conference with ARA re: searching for meeting minutes documents (.6); gather Libby Fiber Committee documents (1.0); email to all re: anticipated rolling production (1.0). | 2.60 Hrs | $520.00 |
| 08/17/04 | ARA | Per MTM's instructions, search for and locate meeting minutes and other documents potentially responsive to subpoena. | 7.30 Hrs | $657.00 |
| 08/17/04 | SES | Retrieval of case law re: statute of repose via Westlaw. | 0.30 Hrs | $27.00 |
| 08/18/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read cases re: Mass. Statute of repose (.6); draft letter to in-house counsel re: same (.2). | 0.90 Hrs | $207.00 |
| 08/18/04 | MTM | Receipt and review of minutes from ARA (1.0); conference with ARA re: same (.4). Telephone call to in-house counsel and Kirkland & Ellis counsel re: documents to produce (.3); gather documents and send to in-house counsel and Kirkland & Ellis counsel (1.7); letter to Kirkland & Ellis counsel re: documents to produce (.3). Review employee exposure analysis printouts at Winthrop Square (1.0). Conference with ARA re: review of Eschenbach deposition transcripts for references to Libby Fiber Committee and Libby Facility Audit Report (.4). | 5.10 Hrs | $1,020.00 |
| 08/18/04 | ARA | Review documents potentially responsive to subpoena and confirm no missing pages (1.2); search for and locate additional documents (2.9) and conference with MTM re: same (.4). Review Eschenbach depositions for references to fiber committee and facility audit report. (1.9). | 6.40 Hrs | $576.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/18/04 | SES | Shepardize case law re: statute of repose. | 0.10 Hrs | $9.00 |
| 08/19/04 | RAM | Read selected documents filed in bankruptcy court (.2). Telephone conferences with in-house counsel re: documents he wants to review in connection with subpoena (.4); conferences with MTM, DBM and ARA re: locating documents (.1); review documents, chronologies and memoranda to identify documents for in-house counsel (2.4); telephone conference with ARA re: same (.2). Draft letters to in-house counsel and Kirkland & Ellis attorney re: documents being sent to them (.3). | 3.60 Hrs | $828.00 |
| 08/19/04 | DBM | Search for and locate documents of specific dates per MTM's request (2.3); search for and locate hamster study documents (.7). | 3.00 Hrs | $630.00 |
| 08/19/04 | MTM | Continue letter to Kirkland & Ellis counsel re: status of review and documents found (1.0). Conference with ARA re: review of Libby Fiber Committee documents for missing attachments (.3); review original Libby Fiber Committee documents at Winthrop Square (3.0). Conference with RAM re: request from in-house counsel for various documents re: the Smith hamster study (.1); review files for references to same (1.2); review transcripts of Dr. Smith and Harry Eschenbach and Dr. Egilman deposition exhibits in binders at Winthrop Square re: same (2.4). | 8.00 Hrs | $1,600.00 |
| 08/19/04 | ARA | Per MTM, continue to review depositions for any reference to fiber committees and Libby facility audit report re: subpoena (3.6). Per RAM, review Egilman deposition materials and review Dr. Smith's depositions re: hamster studies per in-house counsel's request (3.6). | 7.20 Hrs | $648.00 |
| 08/20/04 | RAM | Read documents sent to Kirkland & Ellis attorney re: responding to subpoena (.9). Telephone conference with in-house counsel re: William Smith deposition transcript (.1) review exhibits to Dr. Smith's deposition (.2); send transcript and exhibits to in-house counsel (.1). Telephone conferences with in-house counsel and conference with MTM re: whether we have set of documents copied by O.M. Scott's attorneys (.2). | 1.50 Hrs | $345.00 |
| 08/20/04 | MTM | Review Winthrop Square files re: identifying boxes to be searched by hand (.6). Review RAM letters to in-house counsel and Kirkland & Ellis counsel re: Smith hamster study documents (.1). Review documents at Winthrop Square for response to subpoena (4.2). Review Winthrop Square files for attachments to Eschenbach and Wolter memos re: Libby Fiber Committee (1.9) | 6.80 Hrs | $1,360.00 |

David B. Siegel

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 08/20/04 | ARA | Continue to review Eschenbach and Yang depositions re: Smith and hamster studies per in-house counsel's request (3.6). Per MTM's request, search for documents responsive to subpoena in the Attorney Review production set (.9). Obtain Smith deposition transcripts for RAM (.6). | 5.10 Hrs | $459.00 |
| 08/23/04 | MTM | Continue review of boxes at Winthrop Square re: subpoena (2.4); conference with ARA re: same (.3); telephone call from Kirkland & Ellis counsel re: status of review and request to send computer capability description (.2); find prior letter to judge re: same (.2); email to Kirkland & Ellis counsel re: same (.2). Review Yang and Eschenbach transcript pages re: Smith studies (1.9). | 5.20 Hrs | $1,040.00 |
| 08/23/04 | ARA | Continue to review Eschenbach binders re: subpoena (.3). Per MTM's request, search for and obtain responsive documents from production set (.8). Organize documents from Eschenbach and Yang deposition binders re: Smith and hamster studies (1.8); discussion with MTM re: same (.3). Per MTM's instructions, search Attorney Review documents re: Libby Audit Report (2.8). | 6.00 Hrs | $540.00 |
| 08/24/04 | MTM | Complete review of Yang and Eschenbach deposition transcripts re: references to Smith hamster study (3.3); letter to in-house counsel and Kirkland & Ellis counsel re: same (.2). Telephone call from in-house counsel with request for Libby personnel file (.1); review file and telephone call to ARA re: same (.1). Telephone call to in-house counsel re: status of review and in-house counsel's meeting with current and former employees re: same (.2); letter to Kirkland & Ellis counsel re: additional Fiber Committee documents found (.4); telephone call from ARA re: review of boxes (.2) | 4.50 Hrs | $900.00 |
| 08/24/04 | ARA | Per telephone call from MTM, continue to review Yang deposition re: Smith and hamster studies; produce documents to MTM re: same (3.3). Continue review of documents re: Libby Fiber Committee, Facility Audit Report and Vermiculite Task Force (2.7). Per MTM's request, locate Libby personnel file and make arrangements for documents to be copied for in-house counsel. (1.0). | 7.00 Hrs | $630.00 |
| 08/25/04 | RAM | Read letters re: searching for documents responsive to subpoena; telephone conference with in-house counsel re: whether we reviewed privileged documents (.1). Conference with MTM re: reviewing deposition transcripts for testimony re: hamster study (.1). | 0.20 Hrs | $46.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/25/04 | DBM | Search for certain Libby documents, per MTM's request. | 0.50 Hrs | $105.00 |
| 08/25/04 | MTM | Letter to in-house counsel re: personnel file (.1). Complete review of boxes for documents responsive to subpoena (2.3); conference with RAM re: reviewing depositions (.1); draft memo to Kirkland & Ellis counsel re: efforts to date on subpoena subjects (.8); conference with ARA re: review of attorney review box for subpoena documents (.2); search for documents relating to Vermiculite Quality Task Force, meeting minutes, and Libby Facility Audit Report (1.2); letter to Kirkland & Ellis counsel re: additional Libby Fiber Committee documents found (.2); telephone call from in-house counsel re: anticipated call and our review of privileged lists (.3). | 5.20 Hrs | $1,040.00 |
| 08/25/04 | ARA | Per MTM's call, review documents in attorney review boxes for responsive documents and produce files to MTM (4.4). Receipt and quality control of Libby personnel file from Merrill Corp. (.3). | 4.70 Hrs | $423.00 |
| 08/26/04 | MTM | Draft email to Kirkland & Ellis counsel re: all review efforts to date (1.8). Conference with ARA re: review of transcripts for references to Facility Audit Report, Libby Fiber Committee and Vermiculite Quality Task Force (.6). Telephone call to 2 Kirkland & Ellis counsel re: status of review (.2). | 2.60 Hrs | $520.00 |
| 08/26/04 | ARA | Conferences with MTM re: review of deposition transcripts (.6). Quality control documents received from MTM and return them to production set (.4). | 1.00 Hrs | $90.00 |
| 08/27/04 | RAM | Read report of efforts to comply with subpoena (.1). Review deposition transcripts for references to hamster studies and send excerpts to in-house counsel (.8). | 0.90 Hrs | $207.00 |
| 08/30/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $46.00 |
| 08/30/04 | MTM | Receipt and review of email from in-house counsel and two emails from Kirkland & Ellis counsel re: discussions re: subpoena compliance. | 0.30 Hrs | $60.00 |
| 08/31/04 | RAM | Read draft letter re: documents being produced (.1); conferences with MTM and telephone conference with in-house counsel and Kirkland & Ellis attorney re: suggested changes (.4); read 2 subsequent drafts and provide comments to MTM re: same (.2). | 0.70 Hrs | $161.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/31/04 | MTM | Conference with ARA re: deposition transcript review (.2). Locate various privileged lists to review for potentially responsive documents re: subpoena (.2); telephone call to in-house paralegal re: review of several privileged lists for responsive documents (.2); begin to review privileged lists for responsive documents (.8). Receipt and review of draft letter from Kirkland & Ellis (.4) review file re: same (.2); conference with RAM and conference call with RAM, in-house counsel and Kirkland & Ellis counsel re: same (.4); draft revisions to letter (.3); email to all conference call participants re: same (.2); telephone call from Kirkland & Ellis re: revised letter (.2); second telephone call from counsel for Kirkland & Ellis with additional questions re: letter (.2); receipt and review of revised draft (.2); telephone call to Kirkland & Ellis counsel re: same and new request for copies of employee exposure summaries (.2); telephone call to ARA and email to in-house counsel re: same (.1). | 3.80 Hrs | $760.00 |
| 08/31/04 | ARA | Telephone call from MTM re: having 2 boxes of exposure summaries copied; telephone call to Merrill Corp.; oversee pick-up of documents (.4). Review deposition binders for references to Libby Fiber Committee, Libby Facility Audit Report and Vermiculite Quality Task Force (6.4); conference with MTM re: same (.2); | 7.00 Hrs | $630.00 |
| | | TOTAL LEGAL SERVICES | | $36,038.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 13.80 Hrs | 230/hr | $3,174.00 |
| DONNA B. MACKENNA | 17.40 Hrs | 210/hr | $3,654.00 |
| MATTHEW T. MURPHY | 103.30 Hrs | 200/hr | $20,660.00 |
| ANGELA R. ANDERSON | 94.60 Hrs | 90/hr | $8,514.00 |
| SARA E. STREETER | 0.40 Hrs | 90/hr | $36.00 |
| | 229.50 Hrs | | $36,038.00 |

David B. Siegel

TOTAL THIS BILL          $36,038.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

October 7, 2004

Bill Number  73079
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through August 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/01/04 | RAM | Work on June fee application. | 0.90 Hrs | $207.00 |
| 08/02/04 | RAM | Work on June fee application (.2). Send it to in-house counsels for review (.1). | 0.30 Hrs | $69.00 |
| 08/03/04 | RAM | Read fee auditor's final report re: application with no issues for 1/1 - 3/31/04 (.1). Telephone conference with in-house counsel re: June fee application; OK to be filed (.1). | 0.20 Hrs | $46.00 |
| 08/12/04 | RAM | Telephone conference with in-house counsel; OK to send fee application to Delaware to file. | 0.10 Hrs | $23.00 |
| 08/13/04 | RAM | Finalize June fee application and send it to Delaware counsel to file (.2). Finalize quarterly fee application and send it to Delaware counsel to file (.2). | 0.40 Hrs | $92.00 |
| 08/27/04 | RAM | Work on July fee application. | 0.40 Hrs | $92.00 |
| 08/30/04 | RAM | Work on July fee application. | 1.00 Hrs | $230.00 |
| 08/31/04 | RAM | Work on and finalize July fee application (.3); send it to in-house counsels for review (.1). | 0.40 Hrs | $92.00 |

David B. Siegel

|  |  |  | TOTAL LEGAL SERVICES | $851.00 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 3.70 Hrs | 230/hr | $851.00 |
|---|---|---|---|
|  | 3.70 Hrs |  | $851.00 |

|  |  | TOTAL THIS BILL | $851.00 |
|---|---|---|---|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

October 7, 2004

Bill Number  73080
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through August 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/02/04 | MTM | Receipt and review of email from Reed Smith counsel and Rob Turkewitz requesting "zonolite movie trailers" (.4); telephone call to ARA re: same (.2); email to Reed Smith counsel re: same (.2);  receipt and review of email from Reed Smith counsel re: request from Turkewitz and confirmation that we don't have the films requested (.1); review Winthrop Square files re: same (.8). | 1.70 Hrs | $340.00 |
| 08/02/04 | ARA | Per MTM's call, search for ZAI films. | 0.60 Hrs | $54.00 |
| 08/03/04 | MTM | Review ZAI boxes at Winthrop Square re: request from Turkewitz for film (.7); email to Reed Smith counsel re: same (.1). | 0.80 Hrs | $160.00 |
| 08/03/04 | ARA | Per MTM's request, search for ZAI photo materials re: Turkewitz's request. | 0.90 Hrs | $81.00 |
| 08/16/04 | RAM | Read email from in-house counsel with questions re: amount of vermiculite mined and ZAI sold. Conferences with MTM where answers can be found (.2). Read emails from in-house counsel and MTM re: size of ZAI bags and quantity sold. Conference with MTM re: Turkewitz's request for old ZAI film (.1). | 0.30 Hrs | $69.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/16/04 | MTM | Receipt and review of email from in-house counsel with questions from consultant re: Libby output, ZAI bag weights and sales (.2); conference with RAM re: same (.1); respond to email re: same (.3); receipt and review of email from different in-house counsel re: this issue (.1); respond to same (.2). | 0.90 Hrs | $180.00 |
| 08/17/04 | RAM | Read emails re: ore shipment reports and amount of ZAI sold; conference with MTM re: same. | 0.10 Hrs | $23.00 |
| 08/17/04 | MTM | Receipt and review of email from in-house counsel re: Libby ore shipment binders (.2); review binders re: same (.7); respond to email from in-house counsel re: same (.2); meeting with copy company re: ore shipment binders (.1); receipt and review of email from in-house counsel and from consultant re: ore shipment records (.1); letter to consultant re: same (.2). Email to Reed Smith counsel to confirm no ZAI promotional films in Winthrop Square repository (.2) | 1.70 Hrs | $340.00 |
| 08/18/04 | RAM | Read ore shipment reports (.1); conference with MTM re: reporting information re: shipments to consultant (.1). | 0.20 Hrs | $46.00 |
| 08/18/04 | MTM | Telephone call to in-house counsel re: alternative sources for Libby production information (.1); review South Carolina ore shipment reports to confirm size of ore that was shipped from there during relevant years (.2); email to consultant re: same (.1). | 0.40 Hrs | $80.00 |
| 08/19/04 | RAM | Read emails to consultant re: Libby ore production. | 0.10 Hrs | $23.00 |
| 08/19/04 | MTM | Review chart re: Libby ore sales in 1981 (.1); email to consultant re: same (.1). | 0.20 Hrs | $40.00 |
| 08/20/04 | MTM | Receipt and review of email from Reed Smith counsel re: letter from Robert Turkewitz re: ZAI film (.1); review file re: same (.1); telephone call to ARA re: review of unscannable boxes at Winthrop Square re: same (.1); email to Reed Smith counsel re: same (.1). | 0.40 Hrs | $80.00 |
| 08/20/04 | ARA | Per telephone call from MTM, review unscannable box contents for Attic Insulation film re: R. Turkewitz. | 1.20 Hrs | $108.00 |
| 08/23/04 | MTM | Review all unscannable boxes at Winthrop Square re: request for ZAI film (.8); email to Reed Smith counsel re: same (.2); receipt and review of draft response to Turkewitz from Reed Smith counsel re: ZAI film (.1); email comments re: same (.2). | 1.30 Hrs | $260.00 |
| 08/23/04 | ARA | Review boxes of unscannable material for ZAI film with MTM re: Turkewitz's request. | 0.20 Hrs | $18.00 |

David B. Siegel

|  | | TOTAL LEGAL SERVICES | $1,902.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.70 Hrs | 230/hr | $161.00 |
| MATTHEW T. MURPHY | 7.40 Hrs | 200/hr | $1,480.00 |
| ANGELA R. ANDERSON | 2.90 Hrs | 90/hr | $261.00 |
| | 11.00 Hrs | | $1,902.00 |

| | TOTAL THIS BILL | $1,902.00 |

**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

October 7, 2004

Bill Number  73081
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2004

EXCESS POSTAGE $5.37

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/10/04 | MERRILL COMM - Copies of documents recently provided to O.M. Scott counsel which they claim they didn't receive during 6/4/04 production | 321.64 | |
| 08/10/04 | MERRILL COMM - Merrill Communications - copies of asbestos fiber purchase documents to send to in-house counsel on 7/30/04 | 82.65 | |
| | | | $404.29 |

PHOTOCOPYING

| | | |
|---|---|---|
| 08/03/04 | 26 copies @ .12 per copy | 3.12 |
| 08/05/04 | 6 copies @ .12 per copy. | 0.72 |
| 08/06/04 | 12 copies @ .12 per copy. | 1.44 |
| 08/12/04 | 16 copies at .12 per copy. | 1.92 |
| 08/13/04 | 5 copies at .12 per copy. | 0.60 |
| 08/17/04 | 97 copies at .12 per copy. | 11.64 |
| 08/18/04 | 1,217 copies at .12 per copy. | 146.04 |

David B. Siegel ·

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through August 31, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 08/19/04 | 625 copies at .12 per copy. | 75.00 |
| 08/20/04 | 390 copies at .12 per copy. | 46.80 |
| 08/23/04 | 286 copies at .12 per copy. | 34.32 |
| 08/24/04 | 653 copies at .12 per copy. | 78.36 |
| 08/25/04 | 15 copies at .12 per copy. | 1.80 |
| 08/26/04 | 27 copies at .12 per copy. | 3.24 |
| 08/27/04 | 1 copy at .12 per copy. | 0.12 |

$405.12

TELEPHONE

| | | | |
|---|---|---|---|
| 08/05/04 | 329 | 5083033329 | 1.10 |
| 08/10/04 | Facsimile. | 5613621583 | 1.10 |
| 08/18/04 | 329 | 2028795145 | 0.77 |
| 08/18/04 | 329 | 4105314355 | 0.44 |
| 08/24/04 | 329 | 5613621551 | 0.99 |
| 08/30/04 | 329 | 5613621551 | 0.66 |
| 08/31/04 | 329 | 2028795177 | 0.55 |

$5.61

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 08/02/04 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - July 2004 | 12,754.00 |

$12,754.00

MISCELLANEOUS

| | | |
|---|---|---|
| 08/11/04 | RECORDKEEPER ARCHIVE - monthly storage fee (7/04) | 395.10 |

$395.10

TOTAL DISBURSEMENTS     $13,969.49

David B. Siegel

**TOTAL THIS BILL**        $13,969.49

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2004

Bill Number  73082
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through August 31, 2004

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 08/09/04 | To Scotta McFarland from R. Murphy 7/13/04. | 12.75 | |
| | | | $12.75 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/13/04 | 148 copies at .12 per copy. | 17.76 | |
| | | | $17.76 |
| | TOTAL DISBURSEMENTS | | $30.51 |
| | TOTAL THIS BILL | | $30.51 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 15th day of October 2004

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Thirty-Fifth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period from August 1, 2004 through August 31, 2004

Karina Yee

Sworn to and subscribed before me this 15ᵗʰ day of October, 2004

Notary Public
My Commission Expires:  03-21-06

-2-

DOCS_DE:100447.31

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail: *pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: *rserrette@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: *jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: *david.heller@lw.com* and
*carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: *pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP