IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: December 6, 2004 at 4:00 p.m.
Hearing Date: March 21, 2005 at 12:00 p.m.

**SUPPLEMENTAL EXHIBIT A TO TENTH QUARTERLY INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 [RELATED DOCKET NO. 6926]**

Dated: November 17, 2004

The Blackstone Group, L.P.
Pamela D. Zilly
345 Park Avenue
New York, NY 10154
Telephone: (212) 583-5000
Facsimile: (212) 583-5707

Financial Advisor to Debtors and Debtors in Possession

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

November 15, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of September 1, 2004 through September 30, 2004:   $           175,000.00

Out-of-pocket expenses processed for the period through September 30, 2004:[1]

| | | |
|---|---:|---:|
| Airfare | $ 1,855.53 | |
| Ground Transportation | 1,646.20 | |
| Meals | 256.65 | |
| Research | 2,826.41 | |
| Communications | 452.23 | 7,037.02 |
| **Total Due** | | $  **182,037.02** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3701-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 3701-T

| | GL Detail Sep-04 | Total Expenses |
|---|---:|---:|
| Airfare | $ 1,855.53 | $ 1,855.53 |
| Ground Transportation - Car Services - Concord | 483.99 | 483.99 |
| Ground Transportation - Car Services - Elite | 91.71 | 91.71 |
| Ground Transportation - Local Travel | 414.00 | 414.00 |
| Ground Transportation - Out-Of-Town Travel | 335.00 | 335.00 |
| Ground Transportation - Railroad Travel | 321.50 | 321.50 |
| Meals | 256.65 | 256.65 |
| Internal Research | 1,126.27 | 1,126.27 |
| External Research - Multex | 79.37 | 79.37 |
| External Research - Disclosure | 815.23 | 815.23 |
| External Research - Dow Jones | 802.81 | 802.81 |
| External Research - P.A.C.E.R. | 2.73 | 2.73 |
| Communications - Telephone Conferencing | 452.23 | 452.23 |
| **Total Expenses** | $ 7,037.02 | $ 7,037.02 |

| | | |
|---|---:|---:|
| Airfare | $ | 1,855.53 |
| Ground Transportation | | 1,646.20 |
| Meals | | 256.65 |
| Research | | 2,826.41 |
| Communications | | 452.23 |
| **Total Expenses** | $ | 7,037.02 |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2004
Invoice No. 3701-T

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Blechman (one-way coach class flight to Baltimore, MD from White Plains, NY) | 07/22/04 | 397.10 | |
| Blechman (one-way coach class flight to Queens, NY from Washington, DC) | 07/22/04 | 139.10 | |
| Zilly (credit for unused airline ticket) | 07/22/04 | (137.60) | |
| Zilly (one-way coach class flight to Chicago, IL from Queens, NY) | 08/16/04 | 695.83 | |
| Zilly (one-way coach class flight to Queens, NY from Chicago, IL) | 08/17/04 | 761.10 | |
| Subtotal - Airfare | | | $ 1,855.53 |

### Car Services

**Concord**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Blechman (car to White Plains Airport in White Plains, NY from home) | 07/22/04 | 156.06 | |
| Blechman (car home from LaGuardia Airport in Queens, NY) | 07/22/04 | 163.71 | |
| Blechman (car home from White Plains Airport in White Plains, NY) | 08/24/04 | 164.22 | |
| Subtotal - Concord | | | 483.99 |

**Elite**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Blechman (credit for waiting time) | 06/01/04 | (6.00) | |
| de Almeida (car home from Blackstone) | 08/15/04 | 50.80 | |
| Publishing Services - Gitson (car home from Blackstone) | 08/12/04 | 53.91 | |
| Publishing Services - Gitson (credit for tolls) | 08/12/04 | (4.00) | |
| Zilly (credit for waiting time) | 06/01/04 | (3.00) | |
| Subtotal - Elite | | | 91.71 |
| Subtotal - Car Services | | | 575.70 |

### Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa (evening taxi home from Blackstone) | 08/14/04 | 9.00 | |
| Munfa (evening taxi home from Blackstone) | 08/15/04 | 8.00 | |
| Munfa (evening taxi home from Blackstone) | 08/16/04 | 9.00 | |
| Munfa (evening taxi home from Blackstone) | 08/19/04 | 9.00 | |
| Munfa (weekend taxi to Blackstone from home) | 08/22/04 | 9.00 | |
| Munfa (weekend taxi home from Blackstone) | 08/22/04 | 9.00 | |
| Munfa (evening taxi home from Blackstone) | 08/26/04 | 10.00 | |
| Munfa (evening taxi home from Blackstone) | 09/02/04 | 9.00 | |
| Munfa (evening taxi home from Blackstone) | 09/08/04 | 9.00 | |
| Munfa (evening taxi home from Blackstone) | 09/21/04 | 10.00 | |
| Munfa (evening taxi home from Blackstone) | 09/23/04 | 8.00 | |
| Munfa (evening taxi home from Blackstone) | 09/27/04 | 9.00 | |
| Munfa (evening taxi home from Blackstone) | 09/29/04 | 9.00 | |
| Munfa (weekend taxi home from Blackstone) | 10/03/04 | 8.00 | |
| O'Connell (evening taxi home from Blackstone) | 08/31/04 | 18.00 | |
| O'Connell (weekend taxi to Blackstone from home) | 09/04/04 | 18.00 | |
| O'Connell (weekend taxi home from Blackstone) | 09/04/04 | 18.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/08/04 | 18.00 | |
| O'Connell (taxi to Blackstone from home) | 09/09/04 | 18.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/09/04 | 19.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/15/04 | 19.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/16/04 | 19.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/20/04 | 20.00 | |
| O'Connell (taxi home from Blackstone) | 09/21/04 | 13.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/22/04 | 18.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/23/04 | 20.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/27/04 | 18.00 | |
| O'Connell (evening taxi home from Blackstone) | 09/28/04 | 19.00 | |
| Zilly (airport taxi to Blackstone from LaGuardia Airport in Queens, NY) | 08/17/04 | 34.00 | |
| Subtotal - Local Travel | | | 414.00 |

### Out-Of-Town Travel

| Description | Date | Amount |
|---|---|---|
| Blechman (taxi to client's offices in Columbia, MD from BWI Railroad Station) | 06/29/04 | 34.00 |
| Blechman (taxi to BWI Railroad Station from client's offices in Columbia, MD) | 06/29/04 | 34.00 |
| Blechman (taxi to client's offices in Columbia, MD from BWI Railroad Station) | 08/24/04 | 38.00 |
| Blechman (taxi to BWI Railroad Station from client's offices in Columbia, MD) | 08/24/04 | 40.00 |
| Blechman (airport taxi to client meeting in Washington, DC) | 08/25/04 | 18.00 |
| Blechman (airport taxi from client meeting in Washington, DC) | 08/25/04 | 18.00 |
| O'Connell (taxi to client's offices in Columbia, MD from BWI Railroad Station) | 09/13/04 | 35.00 |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2004
Invoice No. 3701-T

| | | | |
|---|---|---:|---:|
| O'Connell (taxi to BWI Railroad Station from client's offices in Columbia, MD) | 09/21/04 | 36.00 | |
| Zilly (taxi to client meeting from airport in Chicago, IL) | 08/16/04 | 41.00 | |
| Zilly (taxi to airport from client meeting in Chicago, IL) | 08/17/04 | 41.00 | |
| | Subtotal - Out-Of-Town Travel | | 335.00 |

**Railroad Travel**

| | | | |
|---|---|---:|---:|
| Blechman (round trip travel: New York, NY to Baltimore, MD to Stamford, CT) | 07/21/04 | 348.00 | |
| Munfa (one-way trip to Blackstone from home) | 08/16/04 | 5.25 | |
| Zilly (one-way trip to New York, NY from Baltimore, MD) | 07/19/04 | 106.00 | |
| Zilly (one-way trip to New York, NY from Stamford, CT) | 07/24/04 | 26.25 | |
| Zilly (credit for unused train ticket) | 08/06/04 | (164.00) | |
| | Subtotal - Railroad Travel | | 321.50 |

**Meals**

| | | | |
|---|---|---:|---:|
| Baird (working dinner meal @ Blackstone) | 08/10/04 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 07/27/04 | 19.84 | |
| Blechman (working dinner meal @ Blackstone) | 08/05/04 | 25.00 | |
| Blechman (meal while traveling) | 08/25/04 | 4.12 | |
| Blechman (meal while traveling) | 08/25/04 | 4.15 | |
| Blechman (meal while traveling) | 08/25/04 | 4.55 | |
| Munfa (working dinner meal @ Blackstone) | 08/15/04 | 25.00 | |
| O'Connell (working dinner meal @ Blackstone) | 08/09/04 | 25.00 | |
| O'Connell (working dinner meal @ Blackstone) | 08/15/04 | 25.00 | |
| O'Connell (working dinner meal @ Blackstone) | 08/31/04 | 7.06 | |
| O'Connell (working dinner meal @ Blackstone) | 09/02/04 | 7.06 | |
| O'Connell (working dinner meal @ Blackstone) | 09/09/04 | 6.46 | |
| O'Connell (working dinner meal @ Blackstone) | 09/21/04 | 25.00 | |
| O'Connell (working dinner meal @ Blackstone) | 09/23/04 | 7.06 | |
| Tollinche (working dinner meal @ Blackstone) | 06/21/04 | 25.00 | |
| Tollinche (working dinner meal @ Blackstone) | 06/28/04 | 21.35 | |
| | Subtotal - Meals | | 256.65 |

**Internal Research**

| | | | |
|---|---|---:|---:|
| Munfa | 08/16/04 - 08/31/04 | 612.17 | |
| Munfa | 09/01/04 - 09/15/04 | 514.10 | |
| | Subtotal - Internal Research | | 1,126.27 |

**External Research**

*Multex*

| | | | |
|---|---|---:|---:|
| Munfa | 08/16/04 - 08/31/04 | 9.51 | |
| Munfa | 09/01/04 - 09/15/04 | 69.86 | |
| | Subtotal - Multex | | 79.37 |

*Disclosure*

| | | | |
|---|---|---:|---:|
| Munfa | 08/16/04 - 08/31/04 | 288.71 | |
| Munfa | 09/01/04 - 09/15/04 | 526.52 | |
| | Subtotal - Disclosure | | 815.23 |

*Dow Jones*

| | | | |
|---|---|---:|---:|
| Munfa | 08/16/04 - 08/31/04 | 454.78 | |
| Munfa | 09/01/04 - 09/15/04 | 348.03 | |
| | Subtotal - Dow Jones | | 802.81 |

*P.A.C.E.R.*

| | | | |
|---|---|---:|---:|
| de Almeida | 04/28/04 | 2.73 | |
| | Subtotal - P.A.C.E.R. | | 2.73 |
| | Subtotal - External Research | | 1,700.14 |

**Communications**

*Telephone Conferencing*

| | | |
|---|---|---:|
| Blechman | 07/29/04 | 35.13 |
| Blechman | 07/30/04 | 28.86 |
| Blechman | 08/02/04 | 20.14 |
| Blechman | 08/02/04 | 25.83 |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2004
Invoice No. 3701-T

| | | | |
|---|---|---|---|
| Blechman | 08/05/04 | 108.05 | |
| Blechman | 08/12/04 | 20.69 | |
| Blechman | 08/12/04 | 27.51 | |
| Blechman | 08/17/04 | 13.87 | |
| Blechman | 08/18/04 | 16.56 | |
| Blechman | 08/18/04 | 36.24 | |
| Zilly | 08/27/04 | 119.35 | |
| Subtotal - Communications | | | 452.23 |
| Total Expenses | | $ | 7,037.02 |