IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------x | |
| In re | Chapter 11 |
| : | |
| W. R. GRACE & CO., et al., | Case No. 01-01139 (JFK) |
| : | Jointly Administered |
| Debtors. | |
| : | RE: D.I. 6930 |
| ------------------------------x | |
| : | |
| W. R. GRACE & CO., et al., | |
| : | |
| Plaintiffs, | |
| : | |
| -against- | |
| : | Adversary No. A-01-771 (JFK) |
| MARGARET CHAKARIAN, et al., | |
| And John Does 1-1000, | |
| : | |
| Defendants. | RE: D.I. 322 |
| ------------------------------x | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 15, 2004, copies of the **Motion of the Debtors and The Scotts Company For a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions** (D.I. 6930/322) were caused to be served via first-class mail, postage pre-paid, upon the entities identified on the attached service list, by the law firm of Vorys, Sater, Seymour and Pease LLP.

Dated: November 17, 2004

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (#0463)
Donna L. Culver (#2983)
Daniel B. Butz, Esquire (#4227)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

Robert J. Sidman (Ohio Bar #0017390)
Tiffany Strelow Cobb (Ohio Bar #0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215
Phone:  (614) 464-6400
Facsimile:  (614) 719-4663

Attorneys for Movant, The Scotts Company

437973v2

SERVICE LIST

| | |
|---|---|
| Christopher J. Hickey, Esq.<br>Brent Coon and Associates<br>1220 West 6th Street, Suite 303<br>Cleveland, Ohio 44113 | Fax No.  (216) 241-1873 |
| David Donadio<br>Brayton-Purcell<br>222 Rush Landing<br>Novato, California 94948 | Fax No. (415) 898-1247 |
| Dean Hanley<br>Paul, Hanley & Harley<br>1608 Fourth Street, Suite 300<br>Berkeley, California 94710 | Fax No. (510) 559-9970 |
| Jeff Kaiser<br>Levin, Simes & Kaiser<br>One Bush Street, 14th Floor<br>San Francisco, California 94104 | Fax No. (415) 981-1270 |
| Michael B. Serling, PC<br>280 North Old Woodward Avenue<br>Suite 406<br>Birmingham, MI 48009 | Fax No. (248) 647-9630 |

SERVICE LIST

John Simmons
Jeffrey Cooper
SimmonsCooper, L.L.C.
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

Fax No. (618) 259-2222

Randy L. Gori
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, Illinois 52025

Fax No. (618) 656-6230

W. Mark Lanier
The Lanier Law Firm
6810 FM 1960 W
Houston, Texas 77069

Fax No. (713) 659-2204

Andrew O'Brian
The O'Brien Law Firm
One Metropolitan Square
Suite 1500
St. Louis, MO 63102

Fax No. (314) 588-0634

Craig V. Depew
Sean P. Tracey
Gary M. DiMuzio
Clark, Depew & Tracey
440 Louisiana, Suite 1600
Houston, Texas 77002

Fax No. (713) 759-1217

SERVICE LIST

Justin H. Shrader
Ross Stomel
Matt McLeod
Che D. Williamson                                   Fax No. (281) 440-0124
16903 Red Oak Drive, Suite 220
Houston,. Texas 77090


Brent W. Coon
Michael T. Runyan
Brent Coon & Associates                             Fax No. (409) 833-4483
3550 Fannin
Beaumont, Texas 77701-2900


Brent W. Coon
Lou Thompson Black
Rola S. Hart, J. Mark Smith
Nicole Kennedy, Chris Foneville
J. Mark Smith                                       Fax No. (713) 227-2018
Brent Coon & Associates
917 Franklin, Suite 210
Houston, Texas 77002


W. Mark Lanier
Patrick N. Haines
Angela B. Greenberg
C. Taylor Campbell
Charles F. Herd, Jr.                                Fax No. (713) 659-2204
Aaron J. DeLuca
Lainer Law Firm
6810 FM 1960 West
Houston, Texas 77069-1448


Christopher Meisenkothen, Esq.
Early Ludwick & Sweeney LLC
700 State Street                                    Fax No. (203) 785-1671
P.O. Box 1866
New Haven, CT 06508