IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------x
In re                         :   Chapter 11
                              :
W. R. GRACE & CO., et al.,    :   Case No. 01-01139 (JFK)
                              :   Jointly Administered
            Debtors.          :
                              :   RE: D.I. 6930
------------------------------x
                              :
W. R. GRACE & CO., et al.,    :
                              :
            Plaintiffs,       :
                              :
      -against-               :
                              :   Adversary No. A-01-771 (JFK)
MARGARET CHAKARIAN, et al.,   :
And John Does 1-1000,         :
                              :
            Defendants.       :   RE: D.I. 322
------------------------------x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2004, copies of the **Motion of the Debtors and The Scotts Company For a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions** (D.I. 6930/322) were caused to be served via first-class mail, postage pre-paid, upon the entities identified on the attached service list, by the law firm of Vorys, Sater, Seymour and Pease LLP.

Dated: November 17, 2004

MORRIS, NICHOLS, ARSHT & TUNNELL

William H. Sudell, Jr. (#0463)
Donna L. Culver (#2983)
Daniel B. Butz, Esquire (#4227)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

Robert J. Sidman (Ohio Bar #0017390)
Tiffany Strelow Cobb (Ohio Bar #0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215
Phone:  (614) 464-6400
Facsimile:  (614) 719-4663

Attorneys for Movant, The Scotts Company

437973

## SERVICE LIST

**BY FIRST-CLASS MAIL**

Melissa K. Ferrell/Peter St elitz
Segal Mccambridge Singer & Mahoney
100 Congress, Suite 700
Austin, Texas 78701

Frank G. Hannon, II
Crain Caton & James, P.C.
1401 McKinney, #1700
Houston, Texas 77010-1079

W. Neil Ramblin
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

Todd Ogden/Kyle Steele
Forman Perry Watkins Krutz & Tardy
2001 Bryan Street, Suite 1300
Dallas, Texas 75201-3008

Sandra Wallace
Larson & King, LLP
1500 Landmark Towers
345 St. Peter Street
St. Paul, Minnesota 55102

James M. Harris
Harris Lively Duesler & Hatfield
550 Fannin, Suite 650
Beaumont, Texas 77704-0830

Stephen M. Loftin
Hicks Thomas & Lilienstern, LLP
700 Louisiana, Suite 2000
Houston, Texas 77002

Robert W. Wilkinson
Dogan & Wilkinson, PLC
734 Delmas Avenue
Pascagoula, Mississippi 39568

J. Michael Jordan/Daniel Ringold
Gardere Wynne Sewell, LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007

Douglas Chaves
Chaves, Gonzales & Hoblit
802 N. Carancahua, Suite 2000
Corpus Christi, Texas 78470

William Book
Tekell Book Matthews & Limmer, LLP
1221 McKinney, Suite 4300
Houston, Texas 77010

Mel Bailey
Bailey Crowe & Kugler
901 Main, Suite 4600
Dallas, Texas 75202

Timothy J. Hogan
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77058

Gail C. Jenkins/Timothy R. McDonough
Jenkins & Martin, LLP
2615 Calder, Suite 500
Beaumont, Texas 77702

Todd Wade
Brown McCarroll, LLP
111 Congress Avenue, Suite 1215
Austin, Texas 78701

Peter Moir
Quilling Selander Cummiskey & Lownds
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Larry Adams/Robert Adams
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056

Bretton C. Gerard
Gerard Singer & Levick, PC
16200 Addison Road, Suite 140
Addison, Texas 75001

Melody M. Wilkinson
Cooley Manion Jones
100 East 15th Street,
Suite 320
Fort Worth, Texas 76102

David Taylor
Thompson Coe Cousins & Irons LLP
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832

Dan Spain
Spain Hastings & Ward
909 Fannin, 39th Floor
Houston, Texas 77010

James M. Riley, Jr.
Coats Rose Yale Ryman & Lee
1001 Fannin, Suite 800
Houston, Texas 77002-6707

Robert E. Thackston
Hawkins, Parnell & Thackston
4514 Cole Avenue, Suite 550
Dallas, Texas 75205

Clay M. White
Sammons & Parker
218 North College
Tyler, Texas 75702

Michael L. Sanford
Strong Pipkin Bissell & Ledyard
1111 Bagby, Suite 2300
Houston, Texas 77002-2546

Jack Manning
Manning, Gosda & Arredondo
5847 San Felipe, Suite 1500
Houston, Texas 77057

L Hayes Fuller, III
Nathan, Howell, Smith & Lee, LLP
900 Washington, 7th Floor
P.O. Box 1470
Waco, Texas 76703-1470

| | | |
|---|---|---|
| Jay Old/Rett Holiday<br>Germer Bernsen & Gertz, LLP<br>P.O. Box 4915<br>Beaumont, Texas 77704 | John F. Unger/James Thompson<br>Royston Rayzor Vickery & Williams,LLP<br>1001 McKinney, Suite 1100<br>Houston, Texas 77002 | John F. Unger<br>Royston, Rayzor, Vickery & Williams<br>P.O. Box 804<br>Houston, Texas 77001-0804 |
| Jody H. Jamison/James A. Lowery ID<br>Jennifer G. Martin/Melinda Y. Balk<br>Godwin Gruber, PC<br>1201 Elm Street, Suite 1700<br>Dallas, Texas 75270 | Mike Crawford<br>Ramey & Flock<br>P. O. Box 629<br>Tyler, Texas 75710 | Andrew Meade<br>Hicks Thomas & Lilienstern, LLP<br>700 Louisiana, Suite 2000<br>Houston, Texas 77002 |
| Alton J. Hall<br>Epstein Becker Green Wickliff & Hall, P.C.<br>Wells Fargo Play<br>1000 Louisiana, Suite 5400<br>Houston, Texas 77002-5013 | Keith Foley<br>Mehaffy & Webber<br>2615 Calder Avenue<br>Beamont, Texas 77704 | Lisa A. Powell<br>Jackson Walker, LLP<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202 |
| Josephine R. Jamison<br>Bell Nunnally & martin, L.L.P.<br>1400 One McKinney Plaza<br>3232 McKinney Avenue<br>Dallas, Texas 75204-2429 | Hubert Oxford, III<br>Benckenstein & Oxford<br>3535 Calder Ave<br>Beaumont, TX 77704 | R. Mark Willingham<br>Beason Willingham<br>Niels Esperson Bldg.<br>808 Travis, Suite 1608<br>Houston, TX 77002 |
| AK Steel Corp.<br>McGinnis Lochridge & Kilgore<br>1221 McKinney, Suite 3200<br>Houston, TX 77010 | Brett Gerard<br>Gerard Singer & Levick<br>16200 Addison Rd., Suite 140<br>Addison, TX 75001 | Ross Asher<br>Roberts Markel Guerry<br>2500 City West Blvd., Ste 1350<br>Houston, TX 77042 |
| Russell Ramsey<br>Ramsey & Murray<br>800 Gessner, Suite 1100<br>Houston, TX 77024 | Jessica Stacy<br>Colley Manion Jones<br>100 East 15th Street, Suite 320<br>Ft. Worth, Texas 76102 | R. Lyn Stevens<br>Stevens, Baldo & Freeman<br>550 Fannin, Suite 400<br>Beaumont, Texas 77701 |
| David Reynard, Jr.<br>Jenkins & Martin<br>2615 Calder, Suite 500<br>Beaumont, Texas 77702 | Karen Maston<br>Connelly Baker Wotring<br>700 Louisiana, Suite 1850<br>Houston, Texas 77002 | Henry Drewinko<br>Kasowitz Benson<br>700 Louisiana, Suite 2200<br>Houston, TX 77002 |
| Kenneth Baker<br>Baker & Patterson<br>The Isis Theater Building<br>1004 Prairie, Suite 300<br>Houston, Texas 77002 | Michael Brem<br>Baker & Botts<br>910 Louisiana<br>Houston, TX 77002 | Lawrence E. Abbott<br>Abbott, Simses & Kuchler<br>400 Lafayette St., Suite 200<br>New Orleans, LA 70130 |
| Larry E. Cotton<br>Cotton Schmidt<br>420 Throckmorton St., Ste 500<br>Fort Worth, TX 76102 | Brian S. Clary<br>Brian S. Clary & Assoc.<br>402 Staitti<br>Humble, TX 77338 | Herbert A. Crouch<br>Crouch & Inabnett<br>1445 Ross Avenue, Suite 2300<br>Dallas, Texas 75202 |

Tynan Buthod
Andrews & Kurth
600 Travis, Suite 4200
Houston, TX 77002

Susan S. Usery
Kilpatrick & White
2777 Allen Parkway Suite 622
Houston, TX 77019

Edward C. Lewis
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010

Frank Bean
Bean & Bean, LLP
Two Memorial City Plaza
820 Gessner, Suite 1500
Houston, Texas 77024

Christina Klein
Hunton & Williams
1601 Bryan Street, 30th Floor
Dallas, TX 75201

Fred Raschke
Mills Shirley
2228 Mechanic St., Suite 400
Galveston, TX 77553

John A. Knepke
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

Robert T. Croyle
Womble, Costellesse & Howell
1814 Memorial Drive
Houston, Texas 77007

Richard A. Sheehy
Sheehy, Serpe & Ware, Pc
2500 Two Houston Center
909 Fannin Sheet
Houston, Texas 77010-1003

Joseph Pevsner
Thompson & Knight
333 Clay Street, Suite 3300
Houston, Texas 77002-4499

Alton J. Hall, Jr.
Epstein Becker Green Wickliff & Hall
1000 Louisiana, Suite 5400
Houston, TX 77002

Kent Adams
Adams & Coffey PC
Century Tower
550 Fannin, Suite 800
Beaumont, Texas 77701

John Hill/John Hall
Liddell, Sapp Zivley Hill & Laboon
3400 Chase Tower
Houston, Texas 77002

James Isbell
Brown Simms
Tenth Floor
1177 West Loop South
Houston, Texas 77027-9007

Jim Wetwiska
Akin Gump Strauss Hauer & Feld
1111 Louisiana, 44th Floor
Houston, TX 77002

James Riley, Jr.
Coats, Rose. Yale, Ryman & Lee.
3 Oreenway Plaza, Ste. 2000
Houston, Texas 77046

Frank G. Harman, III
Crain, Caton & James
3300 Two Houston Centex
909 Fannin, 33rd Floor
Houston, Texas 77010

Melody M. Wilkinson, Esq.
Cooley Manion Jones, L.L.P.
Water Gardens Place
100 East 15th Street, Suite 320
Fort Worth, Texas 76102

John Gilbert
Gilbert & Gilbert
P.O. Box 1819
222 North Velasco
Angleton, Texas 77516-1819

Christopher LeUnes
Law Office of Larriett Thomas
Tower Park North
10700 North Freeway, Ste 210
Houston, TX 77037

Douglas Dougherty
Ellis Carstarphen
1900 San Felipe Plaza
5847 San Felipe, Ste. 1900
Houston, TX 77057-3009

Stacy Yates
Coats Rose Yale Tyman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002

Stephen Rice
Hays McConn Rice & Pickering
1200 Smith Street
400 Two Allen Center
Houston, Texas 77002

Kenneth D. Rhodes
Dunn, Kacal, Adams, Pappas
One Riverway, Suite 1200
Houston, Texas 77056

Walter J. Crawford, Jr.
Crawford & Olesen,
P.O. Box 749
550 Fannin, Suite 1200
Beaumont, Texas 77704

Law Offices of James Stanton, LP
3811 Turtlecreek, Ste 770
Dallas, TX 75219

Wendy Davis
Haynes & Boone, LLP
3100 Nations Bank Plaza
901 Main Street
Dallas, Tx 75202

Bernardo Garza
Callier & Garza
4900 Woodway Dr., Suite 700
Houston, Texas 77056

Robert Wilkinson
Dogan & Wilkinson
P.O. Box 1618
Pascagoula, Mississippi 39568

Mr. C. Victor Haley
Fairchild, Price, Thomas & Haley
413 Shelbyville Street
P.O. Box 1719
Center, TX 75935-1719

Jason Katz
Whittenburg, Whittenburg Schacter & Harris
2300 Plaza of the Americas
600 North Pearl, LB 133
Dallas, Texas 75201

Steven Ray Thomas
Chambers Templeton Cashiola & Thomas, LLP
2090 Broadway
Beaumont, Texas 77701

Darrell L. Burger
Hartline, Dacus, Burger
6688 North Central Expressway
Suite 1000
Dallas, Texas 75206

Jeffrey D. Roberts
Athens Markel & Guerry
2500 W. City Blvd., Suite 1350
Houston, Texas 77042

Harry P. "Rap" Weitzel
Mayer, Brown, Rowe & Maw
700 Louisiana Street, Suite 3600
Houston, Texas 77002

Mr. Wayne Peveto
Peveto & Peveto
118 Border Street
Orange, Texas 77630

James A. Newsom
Munisteri Sprott Rigby Newsom
3323 Richmond Ave. Ste. A
Houston, Tx 77098

Mr. W. Neil Rambin
Sedwick, Detert, Moran, & Arnold
1717 Main Street, Ste. 5400
Dallas, Texas 75201