## EXHIBIT B

August Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #6560 under Case No. 01-01139.  Also available upon request from Kirkland & Ellis LLP or Pachulski, Stang, Ziehl, Young, Jones & Weinbtraub P.C.