## EXHIBIT C

September Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #6815 under Case No. 01-1139.  Also available upon request from Kirkland & Ellis LLP or Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.