**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF FTI POLICANO & MANZO**
**FOR THE THIRTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirteenth Interim Quarterly Fee Application of FTI Policano & Manzo (the "Application").

**BACKGROUND**

1. FTI Policano & Manzo ("FTIPM") was retained as financial advisers to the official committee of unsecured creditors. In the Application, FTIPM seeks approval of fees totaling $33,876.25 and costs totaling $1,703.45 for its services from February 4, 2004, through June 30, 2004.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on FTIP&M an initial report based on our review, and received a response from FTIP&M, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted that FTIP&M was replaced by Capstone Corporate Recovery, LLC as financial advisors to the Official Committee of Unsecured Creditors, <u>nunc pro tunc</u> to February 4, 2004, as ordered by the Court on June 8, 2004. In accordance with the same Court order, FTIP&M continues to be retained by the Committee in a limited advisory capacity.

4. We noted a lack of supporting detail for $1,437.01 in requested expense reimbursement for J. Schwartzman. The specific entries are provided below.

| | | | |
|---|---|---|---|
| Airfare/Train | J. Schwartzman | 2/17/2004 | $400.00 |
| Lodging | J. Schwartzman | 2/19/2004 | $833.77 |
| Meals | J. Schwartzman | 2/18/2004 | $203.24 |

We asked FTIP&M to provide additional information regarding these expenses. FTIP&M responded as follows:

> The expenses of timekeeper Schwartzman were incurred during a trip to the Debtors' offices in Boca Raton, Florida. The purpose of the trip was to meet with the Debtors' tax and financial managers and to discuss a major restructuring of the Debtors' foreign subsidiaries and the repatriation of cash to the United States.
>
> Mr. Schwartzman, an employee of FTI Consulting, Inc. is an experienced tax specialist and currently devotes a portion of this time to these cases, at the request of the Official Committee of Unsecured Creditors and its counsel.

> The transportation expense of $400 represents the cost of round-trip economy fare between Newark NJ and W. Palm Beach FL. Mr. Schwartzman's travel receipts indicate that the traveled first class for Newark NJ to Dallas TX on Sunday 2/15/2004, then from Dallas TX to West Palm Beach FL on Tuesday 2/17/04, and then back to Newark NJ on Thursday 2/19/04. The flights taken were billed as first class to FTI, however the cost of a round-trip economy fare was charged to these estates. Copies of the receipts are attached for review by the fee auditor.
>
> The room charges of $833.77 reflect charges for Mr. Schwartzman's 2 night stay at a business class hotel in Delray Beach, FL, near the Debtors' offices, as follows:
> * Room and taxes     $705.92
> * Telephone /internet   127.85
>    Total                  $833.77
>
> The meal charge of $203.24 represents the cost of an out-of-town dinner during the Florida trip for 2 persons, J. Schwartzman (FTI) and S. Cunningham (Capstone) at which matters presented during the tax meeting with the Debtors were discussed.

We appreciate the response. For lodging expenses, we recommend a ceiling of $250.00 per night except for New York and San Francisco. Thus we recommend a reduction of $205.92 in lodging expenses. For meal expenses, we recommend a ceiling of $50.00 per person for dinner. Thus we recommend a reduction of $103.24 in meal expenses. We recommend a total reduction in expenses of $309.16.

## CONCLUSION

5.    Thus we recommend approval of fees totaling $33,876.25 and costs totaling $1,394.29 ($1,703.45 minus $309.16) for FTIP&M's services from February 4, 2004, through June 30, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 18th day of November, 2004.

_____
      Warren H. Smith

**SERVICE LIST**

<u>Notice Parties</u>

**The Applicant**

Edwin N. Ordway, Jr.
FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NJ 07663

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801