# **<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 10, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1045693 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Neitzel, Charlotte | Partner | $ 350.00 | 22.3 | $ 7,805.00 |
| McCarthy, John | Partner | $ 325.00 | 0.4 | $ 130.00 |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 15.1 | $ 4,228.00 |
| | | | | |
| Total | | | 37.80 | 12,163.00 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 192.60 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reproduction | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ 1.50 |
| Other Meal Expense | $ - |
| Color Copies | $ - |
| **Total** | **$ 194.10** |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

Page 6
Invoice No.: 684108
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/04 | CLN | Conference with D. Kuchinsky re chronology of major Libby events (1.0); work on chronology for D. Kuchinsky (2.0). | 3.00 | $ 1,050.00 |
| 09/01/04 | KJC | Research re confidential business documents produced to EPA. | 0.30 | 84.00 |
| 09/02/04 | CLN | Review and revise chronology of major Libby events for D. Kuchinsky. | 5.50 | 1,925.00 |
| 09/03/04 | JDM | Telephone conference with Dale Cockrell re KDC issues. | 0.40 | 130.00 |
| 09/03/04 | KJC | Telephone conferences with client and email re KDC document request. | 0.70 | 196.00 |
| 09/08/04 | CLN | Review and revise outline for D. Kuchinsky re major Libby events. | 1.50 | 525.00 |
| 09/08/04 | KJC | Telephone conference with R. Emmett and EPA re CBI documents (0.80); research re CBI substantiation issues (2.40). | 3.20 | 896.00 |
| 09/09/04 | CLN | Draft outline re major Libby events (2.0); coordinate with KJCoggon (0.40); transmit same to D. Kuchinsky (0.10). | 2.50 | 875.00 |
| 09/09/04 | KJC | Review chart of boxes sent to EPA and forward to K. Land (0.50); email exchange with R. Emmett re CBI and production on history (0.70). | 1.20 | 336.00 |
| 09/10/04 | KJC | Email exchange with R. Emmett and W. Corcoran re CBI issues (0.50); draft email to K. Land re CBI substantiation (0.70); telephone conference with D. Kuchinsky re search for documents produced to EPA (0.30); research documents produced to EPA per D. Kuchinsky request (1.40). | 2.90 | 812.00 |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 684108 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/13/04 | KJC | Search for documents requested by D. Kuchinsky (2.90); telephone conference with D. Kuchinsky re same (.30); conferences with JLSherman re same (.20). | 3.40 | 952.00 |
| 09/14/04 | KJC | Email exchange with D. Kuchinsky re requested documents and follow up re same. | 0.40 | 112.00 |
| 09/15/04 | KJC | Prepare documents for R. Senftleben. | 0.40 | 112.00 |
| 09/21/04 | KJC | Draft letter to S. Moores at EPA re CBI substantiation (0.60); email exchange with R. Emmett re CBI issues (0.20). | 0.80 | 224.00 |
| 09/24/04 | CLN | Review and revise identifying documents for D. Kuchinsky re Whitehouse published paper in response to her email (2.00); review of Whitehouse documents to respond to D. Kuchinsky request (0.50). | 2.50 | 875.00 |
| 09/26/04 | CLN | Identify Whitehouse documents to send to D. Kuchinsky and Bert Price. | 3.80 | 1,330.00 |
| 09/27/04 | CLN | Locate documents re Whitehouse to send to Dr. Price and D. Kuchinsky. | 3.50 | 1,225.00 |
| 09/28/04 | KJC | Telephone conference with W. Corcoran et al. re reorganization cost estimates (0.40); telephone conference with R. Emmett re CBI letter to EPA and reorganization cost estimates (0.60); revise and send letter to S. Moores re CBI substantiation (0.30). | 1.30 | 364.00 |
| 09/29/04 | KJC | Telephone conference with W. Corcoran and M. Joy re Libby cleanup cost estimates. | 0.30 | 84.00 |
| 09/30/04 | KJC | Telephone conference with M. Joy re Libby cleanup cost estimate (0.20). | 0.20 | 56.00 |

**Total Fees Through September 30, 2004:** 37.80   $ 12,163.00

Holme Roberts & Owen LLP

October 20, 2004

| W.R. Grace | | Page | 8 |
|---|---|---|---|
| | | Invoice No.: | 684108 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00300 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| CLN | Charlotte L. Neitzel | Partner | $ 350.00 | 22.30 | $ 7,805.00 |
| JDM | John D. McCarthy | Partner | 325.00 | 0.40 | 130.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 15.10 | 4,228.00 |
| | | **Total Fees:** | | **37.80** | **$ 12,163.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---:|---|---:|
| 09/08/04 | 4 | Photocopy | $ 0.60 |
| 09/08/04 | 40 | Photocopy | 6.00 |
| 09/08/04 | 156 | Photocopy | 23.40 |
| 09/08/04 | 30 | Tab Stock | 1.50 |
| 09/28/04 | 68 | Photocopy | 10.20 |
| 09/28/04 | 1,016 | Photocopy | 152.40 |
| | | **Total Disbursements:** | **$ 194.10** |

### Disbursement Summary

| | | |
|---|---:|---:|
| Photocopy | $ | 192.60 |
| Tab Stock | | 1.50 |
| **Total Disbursements:** | **$** | **194.10** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 661254 | 03/15/04 | Bill | 6,411.60 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 300.00 | 2.3 | $ 690.00 |
| Haag, Susan | Paralegal | $ 125.00 | 9.5 | $ 1,187.50 |
| | | | | |
| Total | | | 11.80 | $ 1,877.50 |

### Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ 37.20 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 9.39 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 46.59** |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

Page 12
Invoice No.: 684108
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/04 | EKF | Review, revise and finalize June 2004 monthly fee application. | 0.20 | $ 60.00 |
| 09/01/04 | SH | Compile June 2004 monthly fee application. | 0.30 | 37.50 |
| 09/13/04 | EKF | Review Kirkland & Ellis letter to professionals. | 0.20 | 60.00 |
| 09/17/04 | EKF | Review and revise August invoices [pre-bills] (.8). | 0.80 | 240.00 |
| 09/24/04 | EKF | Review and finalize July 2004 monthly fee application (.30). | 0.30 | 90.00 |
| 09/24/04 | SH | Calculate 13th interim fee application charts (2.60); draft July monthly fee statement (2.10). | 4.70 | 587.50 |
| 09/27/04 | EKF | Review and revise 13th quarterly application (.80). | 0.80 | 240.00 |
| 09/27/04 | SH | Compile and file July fee statement (.40); draft 13th interim fee application, order and fee application summary (3.70). | 4.10 | 512.50 |
| 09/28/04 | SH | Compile 13th interim fee application (.40). | 0.40 | 50.00 |
| | | Total Fees Through September 30, 2004: | 11.80 | $ 1,877.50 |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 2.30 | $ 690.00 |
| SH | Susan Haag | Paralegal | 125.00 | 9.50 | 1,187.50 |
| | | Total Fees: | | 11.80 | $ 1,877.50 |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

Page 13
Invoice No.:   684108
Client  No.:   04339
Matter  No.:   00390

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/01/04 | 44 | Photocopy | $ 6.60 |
| 09/10/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-991-75005; DATE: 9/10/2004 - Courier, Acct. 0802-0410-8. 09-01; William Weller Wilmington, De | 9.39 |
| 09/24/04 | 45 | Photocopy | 6.75 |
| 09/27/04 | 42 | Photocopy | 6.30 |
| 09/27/04 | 1 | Photocopy | 0.15 |
| 09/28/04 | 116 | Photocopy | 17.40 |
| | | **Total Disbursements:** | **$ 46.59** |

**Disbursement Summary**

| | | |
|---|---|---|
| Photocopy | $ | 37.20 |
| Federal Express | | 9.39 |
| **Total Disbursements:** | **$** | **46.59** |

**Accounts Receivable Detail**

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 280.00 | 0.5 | $ 140.00 |
| | | | | |
| Total | | | 0.50 | $ 140.00 |

**Matter 00430 - New England States 104(e) Requests**

| Description | TOTAL |
|---|---|
| Parking | $     - |
| Photocopies | $     - |
| Facsimile | $     - |
| Long Distance Telephone | |
| Federal Express | $     - |
| Outside Courier | $     - |
| Lexis | $     - |
| Travel Expense | $     - |
| Meal Expenses | $     - |
| Other Expenses | $     - |
| Tab Stock | $     - |
| Velo Binding | $     - |
| **Total** | $     - |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

Page 16
Invoice No.: 684108
Client No.: 04339
Matter No.: 00420

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/27/04 | KJC | Review recent CERCLA opinion and forward to team. | 0.50 | $ 140.00 |
| | | **Total Fees Through September 30, 2004:** | **0.50** | **$ 140.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 0.50 | $ 140.00 |
| | | | **Total Fees:** | **0.50** | **$ 140.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | | *Outstanding Balance on Invoice 658429:* | $ 1,529.83 |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | | *Outstanding Balance on Invoice 661254:* | $ 606.53 |
| 664795 | 04/19/04 | Bill | 27,540.34 |