# EXHIBIT "A"

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of July 1, 2004 through September 30, 2004

Summary of Services Rendered by Project Category

| Category Code | Category Description | July-Sept 2004 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Proceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 8.5 | 378.8 | 387.3 | 0.0 | 387.3 |
| 11 | Fee Applications, Applicant | 30.4 | 605.9 | 636.3 | 249.0 | 885.3 |
| 14 | Hearings | 2.4 | 34.0 | 36.4 | 0.0 | 36.4 |
| 20 | Travel - Non-working | 20.0 | 136.6 | 156.6 | 0.0 | 156.6 |
| 24 | Other | 3.8 | 101.7 | 105.5 | 5058.2 | 5163.7 |
| 26 | Business Analysis (for financial advisors) | 44.6 | 830.1 | 874.7 | 0.0 | 874.7 |
| 27 | Corporate Finance (for financial advisors) | 157.1 | 1541.1 | 1698.2 | 0.0 | 1698.2 |
| 28 | Data Analysis (for financial advisors) | 13.2 | 494.0 | 507.2 | 0.0 | 507.2 |
|  | TOTAL | 280.0 | 4122.2 | 4402.2 | 5307.2 | 9709.4 |

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2004 through September 30, 2004**

## Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 2.5 |
| Gregory Boyer, Managing Director | 55.8 |
| Stephanie Jones, Associate | 95.6 |
| Vikram Bellapravalu, Analyst | 21.0 |
| Heather Mercier, Analyst | 42.5 |
| Jay Suh, Analyst | 62.6 |
| **TOTAL** | **280.0** |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of July 1, 2004 through September 30, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 07/01/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 07/01/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 07/01/04 | 27 | 0.6 | Conversations with SJ re: Project Caesar |
| WR Grace | S. Jones | 07/01/04 | 27 | 5.0 | Draft Project Caesar memorandum; research industry trends and Grace synergies |
| WR Grace | S. Jones | 07/01/04 | 27 | 2.1 | Research issues raised re: Project Caesar; conversations with GB re: same |
| WR Grace | S. Jones | 07/01/04 | 27 | 0.2 | Review e-mail from JS re: Project Ceasar sources of funding and deal structure |
| WR Grace | G. Boyer | 07/01/04 | 27 | 0.2 | Review e-mail from JS re: Project Ceasar sources of funding and deal structure |
| WR Grace | S. Jones | 07/02/04 | 27 | 1.0 | Conversations with GB and JS re: Project Caesar |
| WR Grace | G. Boyer | 07/02/04 | 27 | 1.0 | Conversations with SJ and JS re: Project Caesar |
| WR Grace | G. Boyer | 07/02/04 | 27 | 1.0 | Review and revise Project Caesar memo |
| WR Grace | S. Jones | 07/02/04 | 27 | 0.1 | Review e-mail from JS re: Project Ceasar sources of funding and deal structure |
| WR Grace | G. Boyer | 07/02/04 | 27 | 0.1 | Review e-mail from JS re: Project Ceasar sources of funding and deal structure |
| WR Grace | S. Jones | 07/02/04 | 27 | 4.8 | Revise Project Caesar memorandum |
| WR Grace | S. Jones | 07/09/04 | 27 | 0.2 | Distribute Project Ceasar memorandum |
| WR Grace | J. Suh | 07/12/04 | 27 | 5.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | V. Bellapravalu | 07/13/04 | 27 | 6.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | V. Bellapravalu | 07/14/04 | 27 | 5.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | J. Suh | 07/14/04 | 27 | 5.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 07/15/04 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 07/15/04 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 07/15/04 | 26 | 0.1 | Review e-mail from DB re: Grace pension motion |
| WR Grace | G. Boyer | 07/15/04 | 26 | 0.1 | Review e-mail from DB re: Grace pension motion |
| WR Grace | V. Bellapravalu | 07/15/04 | 27 | 4.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | J. Suh | 07/16/04 | 27 | 1.5 | Discussion with V. Bellapravalu regarding comparable trading analysis |
| WR Grace | J. Suh | 07/16/04 | 27 | 0.3 | Meeting with GB and SJ re: debt capacity analysis |
| WR Grace | S. Jones | 07/16/04 | 27 | 0.3 | Meeting with JSuh and GB re: debt capacity analysis |
| WR Grace | G. Boyer | 07/16/04 | 27 | 0.3 | Meeting with JSuh and SJ re: debt capacity analysis |
| WR Grace | V. Bellapravalu | 07/16/04 | 27 | 5.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | J. Suh | 07/16/04 | 27 | 4.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 07/21/04 | 26 | 0.6 | Conversations with GB and JS re: Grace Pension Motion |
| WR Grace | S. Jones | 07/21/04 | 26 | 1.3 | Draft memo re: Grace Pension motion |
| WR Grace | G. Boyer | 07/21/04 | 26 | 0.7 | Receive and e-mails re: Grace Pension Motion; conversations with JS and SJ re: same |
| WR Grace | G. Boyer | 07/21/04 | 26 | 0.5 | Receive and review SJ memo re: Grace Pension Motion |
| WR Grace | S. Jones | 07/21/04 | 26 | 1.2 | Review Grace pension motion and draft e-mail to GB re: summary of Grace pension motion |
| WR Grace | G. Boyer | 07/22/04 | 26 | 2.0 | Review pension motion and discuss same with JS |
| WR Grace | S. Jones | 07/22/04 | 26 | 0.3 | Draft e-mail to JS re: Grace pension motion |
| WR Grace | S. Jones | 07/29/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 07/29/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 07/30/04 | 7 | 0.2 | Review TT email re: certain case issues |
| WR Grace | G. Boyer | 07/30/04 | 14 | 0.4 | Review TT report re: 7/29 hearing |
| WR Grace | S. Jones | 08/03/04 | 26 | 1.0 | Receive and review Q2 Financial Briefing materials in preparation for Conference Call |
| WR Grace | G. Boyer | 08/03/04 | 26 | 1.0 | Receive and review quarterly briefing report from Grace in preparation for conference call |
| WR Grace | S. Jones | 08/05/04 | 26 | 1.8 | Analyze core performance for 6 months ended June 2004; forward data to GB |
| WR Grace | S. Jones | 08/05/04 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 08/05/04 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 08/05/04 | 26 | 0.8 | Conference call with Grace re: Q2 Financial Briefing |
| WR Grace | G. Boyer | 08/05/04 | 26 | 0.8 | Conference call with Grace re: Q2 Financial Briefing |
| WR Grace | G. Boyer | 08/05/04 | 26 | 0.4 | Review e-mail from SJ re: Grace core performance and growth rates |
| WR Grace | S. Jones | 08/09/04 | 27 | 1.0 | Receive and review informational materials from DB re: Project Roof acquisition and Project Elastic divestiture |
| WR Grace | S. Jones | 08/12/04 | 7 | 0.3 | Committee Conference Call |
| WR Grace | G. Boyer | 08/12/04 | 26 | 0.1 | Receive and review e-mails from SJ and SB re: Debtors' POR meeting |
| WR Grace | J. Suh | 08/16/04 | 26 | 0.6 | Meeting with GB and SJ re: valuation and debt capcity analysis |
| WR Grace | S. Jones | 08/16/04 | 26 | 0.6 | Meeting with JSuh and GB re: valuation and debt capcity analysis |
| WR Grace | G. Boyer | 08/16/04 | 26 | 0.6 | Meeting with JSuh and SJ re: valuation and debt capcity analysis |
| WR Grace | S. Jones | 08/16/04 | 27 | 0.1 | Receive and review e-mail from DB re: Scheduling call for Project Roof acquisition and Project Elastic divestiture |
| WR Grace | M. Gries | 08/17/04 | 26 | 0.5 | Conversations with GB re: meeting with Debtors to review POR |
| WR Grace | G. Boyer | 08/17/04 | 26 | 0.5 | Conversations with MG re: meeting with Debtors to review POR |
| WR Grace | G. Boyer | 08/17/04 | 26 | 0.1 | Correspondence with JS re: schedules for Debtors POR meeting |
| WR Grace | G. Boyer | 08/18/04 | 26 | 0.3 | Conversations with GB re: valuation analyses; review and revise presentation |
| WR Grace | J. Suh | 08/18/04 | 27 | 0.3 | Conversations with JSuh re: valuation analyses; review and revise presentation |
| WR Grace | S. Jones | 08/18/04 | 27 | 8.0 | Perform Debt Capacity Analysis |
| WR Grace | J. Suh | 08/18/04 | 27 | 7.0 | Perform Debt Capacity Analysis |
| WR Grace | H. Mercier | 08/18/04 | 27 | 5.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 08/19/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 08/19/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 08/19/04 | 27 | 4.0 | Perform Debt Capacity Analysis |
| WR Grace | J. Suh | 08/19/04 | 27 | 8.0 | Perform Debt Capacity Analysis |
| WR Grace | H. Mercier | 08/19/04 | 27 | 6.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of July 1, 2004 through September 30, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 08/20/04 | 26 | 0.7 | Correspondence with Grace re: financial information request |
| WR Grace | S. Jones | 08/20/04 | 27 | 6.0 | Draft Debt Capacity Analysis |
| WR Grace | J. Suh | 08/20/04 | 27 | 7.5 | Draft Debt Capacity Analysis |
| WR Grace | H. Mercier | 08/20/04 | 27 | 7.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | J. Suh | 08/23/04 | 27 | 12.0 | Draft Debt Capacity Analysis |
| WR Grace | S. Jones | 08/23/04 | 26 | 2.0 | Multiple discussions with JSuh and GB regarding valuation and debt capacity analysis |
| WR Grace | G. Boyer | 08/23/04 | 26 | 2.0 | Multiple discussions with JSuh and GB regarding valuation and debt capacity analysis |
| WR Grace | J. Suh | 08/23/04 | 26 | 2.0 | Multiple discussions with SJ and GB regarding valuation and debt capacity analysis |
| WR Grace | G. Boyer | 08/23/04 | 26 | 1.3 | Review and revise valuation and debt capacity analysis |
| WR Grace | H. Mercier | 08/23/04 | 27 | 7.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | H. Mercier | 08/23/04 | 27 | 7.5 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 08/23/04 | 26 | 7.5 | Worked on valuation and debt capacity analysis |
| WR Grace | S. Jones | 08/24/04 | 20 | 3.5 | Non-working travel from NYC to Washington, DC |
| WR Grace | G. Boyer | 08/24/04 | 27 | 1.0 | Review of valuation and debt capacity anlysis with MG |
| WR Grace | M. Gries | 08/24/04 | 27 | 1.0 | Review of valuation and debt capacity anlysis with GB |
| WR Grace | G. Boyer | 08/24/04 | 27 | 2.5 | Review of valuation and debt capacity anlysis |
| WR Grace | G. Boyer | 08/24/04 | 20 | 3.5 | Non-working travel from NYC to Washington, DC |
| WR Grace | H. Mercier | 08/24/04 | 27 | 9.0 | Valuation: Comparable company anlaysis and precedent transaction analyses |
| WR Grace | S. Jones | 08/24/04 | 26 | 4.8 | Worked on Debt Capacity analysis |
| WR Grace | J. Suh | 08/24/04 | 26 | 7.5 | Worked on Debt Capacity analysis |
| WR Grace | S. Jones | 08/25/04 | 28 | 4.0 | Attend meeting with Debtors, Debtors' Counsel, and Debtors' Financial Advisor to discuss POR |
| WR Grace | G. Boyer | 08/25/04 | 28 | 4.0 | Attend meeting with Debtors, Debtors' Counsel, and Debtors' Financial Advisor to discuss POR |
| WR Grace | S. Jones | 08/25/04 | 28 | 1.0 | Attend meeting with PD Committee before meeting with Debtors |
| WR Grace | G. Boyer | 08/25/04 | 28 | 1.0 | Attend meeting with PD Committee before meeting with Debtors |
| WR Grace | S. Jones | 08/25/04 | 20 | 3.5 | Non-working travel from Washington, DC to NYC |
| WR Grace | G. Boyer | 08/25/04 | 20 | 3.5 | Non-working travel from Washington, DC to NYC |
| WR Grace | S. Jones | 08/26/04 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 08/26/04 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 08/26/04 | 24 | 0.5 | Receive and review e-mail from DB re: KWELM motion |
| WR Grace | G. Boyer | 08/26/04 | 24 | 0.5 | Review KWELM motions |
| WR Grace | S. Jones | 08/27/04 | 27 | 0.2 | Receive and review e-mail from DB re: Project Roof acquisition and Project Elastic divestiture |
| WR Grace | S. Jones | 08/27/04 | 27 | 0.5 | Receive and review e-mails re: spike in Grace share price; call to GB re: same |
| WR Grace | G. Boyer | 08/27/04 | 28 | 0.5 | Prepare for meeting with Blackstone |
| WR Grace | G. Boyer | 08/27/04 | 28 | 0.2 | Call with JS re: meeting with Blackstone |
| WR Grace | G. Boyer | 08/27/04 | 28 | 0.5 | Review information from Blackstone meeting |
| WR Grace | G. Boyer | 08/27/04 | 28 | 1.0 | Meeting with Blackstone re: details of propopsed plan of reorganization |
| WR Grace | J. Suh | 08/27/04 | 28 | 1.0 | Meeting with Blackstone re: details of propopsed plan of reorganization |
| WR Grace | G. Boyer | 08/27/04 | 27 | 0.5 | Review e-mails re: Grace stock price |
| WR Grace | G. Boyer | 08/30/04 | 24 | 0.8 | Receive and review the response briefs summited by Debtors and PI Committee re: future claims representative |
| WR Grace | G. Boyer | 09/01/04 | 24 | 1.0 | Receive and review KWELMB and severance package motions |
| WR Grace | G. Boyer | 09/02/04 | 11 | 0.2 | Correspondence with JS re: fee auditor information request and 9/27 Ominbus Hearing |
| WR Grace | S. Jones | 09/02/04 | 11 | 0.3 | Receive and review e-mail from WHS re: Amending Auditor's Report for 12th Interim Fee Application |
| WR Grace | G. Boyer | 09/07/04 | 24 | 0.4 | Conversation with JH re: Blackstone meeting |
| WR Grace | S. Jones | 09/07/04 | 11 | 0.2 | Receive and review e-mail from TT re: required fee statement |
| WR Grace | G. Boyer | 09/07/04 | 11 | 0.7 | Receive and review request for "flat fee" statement |
| WR Grace | S. Jones | 09/08/04 | 11 | 0.4 | Conversations with GB re: required fee statement |
| WR Grace | G. Boyer | 09/08/04 | 24 | 0.2 | Conversation with Blackstone re: KWELMB motion |
| WR Grace | G. Boyer | 09/08/04 | 24 | 0.2 | Conversation with JS re: KWELMB motion |
| WR Grace | G. Boyer | 09/08/04 | 11 | 0.4 | Conversations with SJ re: required fee statement |
| WR Grace | S. Jones | 09/08/04 | 11 | 0.6 | Receive and review omnibus hearing transcript re: required fee statement |
| WR Grace | G. Boyer | 09/08/04 | 11 | 0.6 | Receive and review omnibus hearing transcript re: required fee statement |
| WR Grace | S. Jones | 09/12/04 | 11 | 6.0 | Review prior fee applications and analyze fee applications of all advisors in case; forward analysis to GB for review and comment |
| WR Grace | M. Gries | 09/13/04 | 11 | 0.5 | Conversation with GB re: CDG Fee Statement |
| WR Grace | G. Boyer | 09/13/04 | 11 | 0.5 | Conversation with MG re: CDG Fee Statement |
| WR Grace | G. Boyer | 09/13/04 | 24 | 0.2 | Receive and review correspondence from JS |
| WR Grace | S. Jones | 09/13/04 | 11 | 0.2 | Receive and review e-mail from SW re: court ordered fee statement |
| WR Grace | S. Jones | 09/15/04 | 11 | 6.0 | Review court transcript and begin drafting required fee statement |
| WR Grace | G. Boyer | 09/15/04 | 11 | 1.0 | Review other advisors retention agreements for fee statement |
| WR Grace | S. Jones | 09/16/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 09/16/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 09/16/04 | 11 | 4.0 | Draft required fee statement; research benchmarks and review prior fee applications |
| WR Grace | G. Boyer | 09/16/04 | 11 | 0.4 | Receive and review outline of fee statement from SJ |
| WR Grace | G. Boyer | 09/17/04 | 11 | 0.6 | Review draft fee statement and make comments |
| WR Grace | S. Jones | 09/19/04 | 11 | 1.0 | Revise Fee Statement to incorporate GB comments |
| WR Grace | G. Boyer | 09/20/04 | 11 | 0.2 | Correspondence with JS re: CDG Fee Statement |
| WR Grace | G. Boyer | 09/20/04 | 11 | 0.3 | Receive and review Blackstone fee statement |
| WR Grace | M. Gries | 09/20/04 | 11 | 0.5 | Review and comment on CDG Fee Statement |
| WR Grace | S. Jones | 09/20/04 | 11 | 0.5 | Review Blackstone's fee statement |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of July 1, 2004 through September 30, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 09/21/04 | 11 | 0.6 | Correspondence with JS re: CDG Fee Statement |
| WR Grace | G. Boyer | 09/21/04 | 11 | 0.5 | Review CDG Fee Statement |
| WR Grace | S. Jones | 09/21/04 | 11 | 0.2 | Forward Fee Statement to CDG Counsel for review; forward Fee Statement to JS for review |
| WR Grace | S. Jones | 09/22/04 | 11 | 0.8 | Conversations with JS and GB re: Fee Statement |
| WR Grace | G. Boyer | 09/22/04 | 11 | 0.8 | Conversations with JS and SJ re: Fee Statement |
| WR Grace | G. Boyer | 09/22/04 | 11 | 0.3 | Conversation with PZ re: the court ordered fee statement |
| WR Grace | S. Jones | 09/22/04 | 11 | 1.0 | Revise Fee Statement and forward to SW for filing |
| WR Grace | S. Jones | 09/22/04 | 11 | 0.5 | Revise Fee Statement to incorporate comments |
| WR Grace | S. Jones | 09/23/04 | 11 | 0.3 | Call with DB re: Fee Statement |
| WR Grace | S. Jones | 09/23/04 | 11 | 0.1 | Call with SW re: Fee Statement |
| WR Grace | S. Jones | 09/23/04 | 26 | 0.1 | Receive and review e-mail from DB re: non-asbestos claims estimates |
| WR Grace | G. Boyer | 09/23/04 | 26 | 0.1 | Review information from DB re: non-asbestos claims estimates |
| WR Grace | S. Jones | 09/24/04 | 11 | 0.2 | Revise Fee Statement and forward amended and revised version to SW for filing |
| WR Grace | G. Boyer | 09/27/04 | 14 | 2.0 | Attend omnibus hearing |
| WR Grace | G. Boyer | 09/27/04 | 20 | 6.0 | Non-working travel round-trip from NYC to Wilmington, DE |
| WR Grace | S. Jones | 09/27/04 | 26 | 0.2 | Receive and review asbestos claims schedule from DB |
| WR Grace | G. Boyer | 09/28/04 | 26 | 0.5 | Receive and review asbestos claims schedule from DB |
| WR Grace | S. Jones | 09/30/04 | 7 | 0.3 | Committee Conference Call |
| WR Grace | G. Boyer | 09/30/04 | 7 | 0.3 | Committee Conference Call |
| WR Grace | J. Suh | 09/30/04 | 27 | 0.4 | Conversation with GB re: valuation analysis |
| WR Grace | G. Boyer | 09/30/04 | 27 | 0.4 | Conversation with JSuh re: valuation analysis |

280.0 Total Hours

## LEGEND

| | |
|---|---|
| AG | Alberto Gutierrez, Environmental Expert--Geolex Inc. |
| BA | Bradley Aitken, Associate -- CDG |
| Bates | Charles Bates, President--Bates White & Ballentine, LLC (PD Asbestos Claims Expert) |
| BF | Brad Friedman, Partner -- Milberg |
| BJ | Ben Jones, Vice President -- CDG |
| Chemco | Chemicals Division of Grace remaining after sale of PackCo |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FL | Frank LaGrecca, former Managing Director--Houlihan Lokey |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| Goldin | Goldin & Associates (Seymour Preston), Sealed Air Financial Advisor |
| HG | Heather Grant, Analyst -- CDG |
| HL | Houlihan Lokey Howard & Zukin |
| JH | James Hass, PD Asbestos Expert |
| JL | Joseph Lash, Sr. Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| JY | Jeff Yanover, Analyst -- CDG |
| KC | Kevin Collins, Managing Director--Houlihan Lokey |
| KR | Kasey Rosado, Vice President --CDG |
| LC | Lisa Coggins, Associate -- Ferry & Joseph PA |
| LE | Lawrence Ellberger, former CEO--WR Grace |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| PackCo | Packaging Division of Grace sold to Sealed Air (Cryovac) |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RB | Ryan Brown, Analyst -- CDG |
| RF | Rachel Fleishman, Associate -- Milberg |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SA | Sealed Air Corp. |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SS | Scott Sturdivant, Analyst -- CDG |
| TH | Ted Hirschfield, Associate -- CDG |
| TT | Ted Taconelli, Partner -- Ferry & Joseph PA |
| WH | William Hickey, President/CEO--Sealed Air Corp/Cryovac |
| WR | Wilbur Ross, Chairman/CEO--WL Ross & Co. LLC |
| WHS | Warren Smith Associates, fee examiner |