# EXHIBIT "B"

11/11/2004

### WR Grace
### Expense Detail - Conway, Del Genio, Gries & Co., LLC
### For the Period of July 1, 2004 through September 30, 2004

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 8/24/2004 | 3.85 | 326.33 | 289.42 | | 1.00 | | 620.60 |
| G. Boyer | 8/25/2004 | | | 253.00 | | 1.00 | | 254.00 |
| G. Boyer | 9/27/2004 | | | 375.00 | | | | 375.00 |
| G. Boyer Total | | 3.85 | 326.33 | 917.42 | 0.00 | 2.00 | 0.00 | 1,249.60 |
| S. Jones | 8/24/2004 | | 326.33 | 268.00 | | | | 594.33 |
| S. Jones | 8/25/2004 | | | 258.00 | | | | 258.00 |
| S. Jones Total | | 0.00 | 326.33 | 526.00 | 0.00 | 0.00 | 0.00 | 852.33 |
| J. Suh | 8/17/2004 | 20.20 | | 47.00 | | | | 67.20 |
| J. Suh | 8/18/2004 | 17.93 | | 47.00 | | | | 64.93 |
| J. Suh | 8/23/2004 | 19.50 | | 47.00 | | | | 66.50 |
| J. Suh Total | | 57.63 | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 198.63 |
| Federal Express | 7/1/2004 | | | | | | 21.21 | 21.21 |
| Federal Express Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.21 | 21.21 |
| Skyline | 8/23/2004 | | | | | | 22.44 | 22.44 |
| Messenger Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.44 | 22.44 |
| Thomson Financial-M&A searches | 7/1/2004 | | | | | | 229.07 | 229.07 |
| Thomson Financial-Bankruptcy Doc #14 | 9/21/2004 | | | | | | 148.49 | 148.49 |
| Research Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 377.56 | 377.56 |
| Grand Total | | 61.48 | 652.66 | 1,584.42 | 0.00 | 2.00 | 421.21 | 2,721.77 |