UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP
FOR THE THIRTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Pricewaterhouse Coopers LLP for the Thirteenth Interim Period (the "Application").

BACKGROUND

1. PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession. In the Application, PwC seeks approval of fees totaling $316,627.89 and costs totaling $5,819.86 for its services from April 1, 2004, through June 30, 2004.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on PwC an initial report based on our review, and received a response from PwC, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted two instances totaling $700.00 for which it is unclear what, if any, work was done. The entries are provided below.

| | | | | |
|---|---|---|---|---|
| 06/10/04 | HS | 0.70 | 368.00 | purposes |
| 06/29/04 | NG | 0.90 | 332.00 | timing |

We asked PwC to explain in detail what work the entries describe. PwC responded as follows:

> a. HS – This was the result of an oversight. The entry description should have read: "Generate risk control matrix on Protiviti Portal for Chicago 51st Street – Darex Site, export to Excel and edit for printing purposes." As this time was already billed at 65% of regular hourly rates (for Sarbanes-Oxley time incurred), no further reduction is required.
>
> b. NG – This item related to time spent finalizing the May 2004 T&E filing. This entry was incorrectly classified and should have been included in fees incurred for the preparation of time. As noted in our application and previous inquiries, our fees for preparing time are billed at 45% of regular hourly rates. As this time was already billed at 45% of regular hourly rates, no further reduction is required.

We appreciate the response and offer no objection to these fees.

4. We noted four instances totaling $4,944.00 in which non-working travel time appears to have been billed at the full and normal rate. The entries are provided below.

| | | | | | |
|---|---|---|---|---|---|
| Hermann Schutte | 05/12/2004 | 0.3 | Travel to 65th Street plant to 51st Street plant | 526 | $ 158 |
| Hermann Schutte | 05/13/2004 | 5.0 | Travel from Chicago site visit: Hotel to Midway Airport to BWI Airport, | 526 | $2,630 |

|  |  |  | BWI Airport to Tysons Corner |  |  |
|---|---|---|---|---|---|
| Maureen Driscoll | 06/14/2004 | 2.4 | Travel time during business hours | 449 | $1,078 |
| Maureen Driscoll | 06/22/2004 | 2.4 | Travel time during business hours | 449 | $1,078 |

Rule 2016-2(d)(viii) states, "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." We asked PwC to explain why the billings in the cited entries should not be reduced by 50%. PwC responded as follows:

> We agree with your assessment that the billings in the cited entries were incorrectly charged, however they were charged at 65% as part of the Sarbanes-Oxley time incurred. As you state, it should be reduced to 50%. We agree to a reduction of expenses in the amount of $742, or 15% of the total of all expenses listed above.

We appreciate the response and concur with the proposed reduction. Thus we recommend a reduction of $742.00 in fees.

5. We noted a meal charge of $70.00 that may be excessive. The entry is provided below.

| Douglas Wright | 05/11/2004 | 70.00 | Lunch in Chicago for self and Hermann Schutte |
|---|---|---|---|

We suggest ceilings of $15 per person for breakfast, $25 per person for lunch and $50 per person for dinner. We asked PwC to explain why the cited entry should not be viewed as excessive. PwC responded as follows:

> We agree with your assessment that the $70.00 meal charge for lunch is excessive. We agree to a reduction of expenses in the amount of $20.00, in compliance with the $25 per person price ceiling for lunch.

We appreciate the response and thus recommend a reduction of $20.00 in expenses.

## CONCLUSION

6. Thus we recommend approval of fees totaling $315,885.89 ($316,627.89 minus $742.00) and costs totaling $5,799.86 ($5,819.86 minus $20.00) for PwC's services from April 1, 2004, through June 30, 2004.

> Respectfully submitted,
>
> **WARREN H. SMITH & ASSOCIATES, P.C.**
>
> By: _____
> Warren H. Smith
> Texas State Bar No. 18757050
>
> Republic Center
> 325 N. St. Paul, Suite 1275
> Dallas, Texas 75201
> 214-698-3868
> 214-722-0081 (fax)
> whsmith@whsmithlaw.com
>
> **FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 18th day of November, 2004.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

W. Larry Farmer
PricewaterhouseCoopers LLP
1751 Pinnacle Drive
McLean, VA 22102-3811

**Counsel for the Applicant**

OF COUNSEL
John C. Goodchild, III
Christine M. Lipski
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

Kathleen M. Miller
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801