IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| In re | Chapter 11 |
| : | |
| W. R. GRACE & CO., et al., | Case No. 01-01139 (JFK) |
| : | Jointly Administered |
| Debtors. | |
| : | RE: D.I. 6930 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| : | |
| W. R. GRACE & CO., et al., | |
| : | |
| Plaintiffs, | |
| : | |
| -against- | |
| : | Adversary No. A-01-771 (JFK) |
| MARGARET CHAKARIAN, et al., | |
| And John Does 1-1000, | : |
| Defendants. | : RE: D.I. 322 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

## NOTICE OF SUPPLEMENTAL SERVICE

PLEASE TAKE NOTICE that on November 17, 2004, copies of the **Motion of the Debtors and The Scotts Company For a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions** (D.I. 6930/322) were caused to be served via, "Lexis Nexis File and Serve" upon the parties in interest in the OH Cuyahoga County Court of Common Pleas, Case Name: Richards, Barbara etc vs Aqua, Case No. CV-04-518856 (Filing I.D. 4625758).

Dated: November 18, 2004

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                        */s/ Daniel B. Butz*
                                        William H. Sudell, Jr. (#0463)
                                        Donna L. Culver (#2983)
                                        Daniel B. Butz, Esquire (#4227)
                                        1201 North Market Street
                                        P. O. Box 1347
                                        Wilmington, DE 19899-1347
                                        Phone: (302) 658-9200
                                        Facsimile: (302) 658-3989

                                                    - and -

2

Robert J. Sidman (Ohio Bar #0017390)
Tiffany Strelow Cobb (Ohio Bar #0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43215
Phone:  (614) 464-6400
Facsimile:  (614) 719-4663

Attorneys for Movant, The Scotts Company

437973v3