## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 9, 2004 at 4:00 p.m.
Hearing date:  To be scheduled, only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Thirty-Second Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from October 1, 2004 through October 31, 2004,

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $26,153.50 and reimbursement for actual and necessary expenses in the amount of $228.76 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 9, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated: Wilmington, DE
       November 19, 2004

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:         wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
e-mail:         lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of*
*W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re:                                    Chapter 11

**W.R. Grace & Co., et al.**              Case No. 01-01139 (JKF)

                          Debtors.        Jointly Administered

> Objection Date:  December 9, 2004 at 4:00 p.m.
> Hearing Date:  To be scheduled, only if objections are timely filed and served

### THIRTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Name of Applicant                         **Duane Morris LLP**

Authorized to Provide
Professional Services to:                 **Official Committee of Unsecured Creditors**

Date of Retention:                        **April 17, 2001**

Period for which compensation and
reimbursement is sought                   **October 1, 2004 – October 31, 2004**

Amount of Compensation sought as          **$26,153.50**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought    **$228.76**
as actual, reasonable and necessary:

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 1.50 hours and the corresponding compensation requested is approximately $255.00[2]

This is the thirty-third monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-third Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

WLM\202779.1

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 - 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | | |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | | |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | | |

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
BANGOR
PRINCETON
WESTCHESTER

November 18, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1054301                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 15.80 | hrs. at | $495.00 | /hr. = | $7,821.00 |
| WS KATCHEN | PARTNER | 26.90 | hrs. at | $545.00 | /hr. = | $14,660.50 |
| JH LEMKIN | ASSOCIATE | 1.90 | hrs. at | $295.00 | /hr. = | $560.50 |
| DM SPEERS | PARALEGAL | 2.60 | hrs. at | $190.00 | /hr. = | $494.00 |
| DM SOSNOSKI | PARALEGAL | 3.30 | hrs. at | $145.00 | /hr. = | $478.50 |
| VL AKIN | PARALEGAL | 12.30 | hrs. at | $170.00 | /hr. = | $2,091.00 |
| V MARCHELLO | LEGAL ASSISTAN | 0.60 | hrs. at | $80.00 | /hr. = | $48.00 |
| | | | | | | $26,153.50 |

DISBURSEMENTS
DOCUMENT RETRIEVAL                                30.93
LEXIS LEGAL RESEARCH                               3.15
MEETING EXPENSE                                   57.94
OVERNIGHT MAIL                                     6.67
OVERTIME RELATED COSTS                             4.26
PRINTING & DUPLICATING                            41.10
TELECOPY                                          78.85
TELEPHONE                                          5.86
TOTAL DISBURSEMENTS                                       $228.76

BALANCE DUE THIS INVOICE                                $26,382.26


PREVIOUS BALANCE                                       $59,700.99

TOTAL BALANCE DUE                                     $86,083.25

Duane Morris
November 18, 2004
Page 2

File # K0248-00001                                     INVOICE # 1054301
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/15/2004 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO ASSUME AND ASSIGN LEASE OF REAL PROPERTY IN YORK, PENNSYLVANIA. | 0.10 | $49.50 |
| 10/22/2004 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S EMERGENCY MOTION SEEKING TO IMPOSE LIMITS UPON TRADING IN THE DEBTOR'S SECURITIES. | 0.50 | $247.50 |
| | | | Code Total | 0.60 | $297.00 |

Duane Morris
November 18, 2004
Page 3

File # K0248-00001                                                       INVOICE # 1054301
    W.R. GRACE & CO.

| 10/1/2004 004 | DM SPEERS | REVIEWING 10/1/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/4/2004 004 | DM SPEERS | REVIEWING 10/4/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $38.00 |
| 10/4/2004 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL. | 0.10 | $17.00 |
| 10/5/2004 004 | DM SPEERS | REVIEWING 10/5/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/6/2004 004 | DM SPEERS | REVIEWING 10/6/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $38.00 |
| 10/6/2004 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL. | 0.60 | $102.00 |
| 10/7/2004 004 | DM SPEERS | REVIEWING 10/7/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $38.00 |
| 10/7/2004 004 | DM SPEERS | REVIEWING 10/7/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING NET 2000 AND WALLACE & GALE OPINIONS TO WSKATCHEN. | 0.10 | $19.00 |
| 10/8/2004 004 | DM SPEERS | REVIEWING 10/8/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/12/2004 004 | DM SPEERS | REVIEWING 10/11/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/12/2004 004 | DM SPEERS | REVIEWING 10/12/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/13/2004 004 | DM SPEERS | REVIEWING 10/13/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/13/2004 004 | VL AKIN | UPDATE 2002 SERVICE LIST. | 0.20 | $34.00 |
| 10/13/2004 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL. | 0.30 | $51.00 |
| 10/14/2004 004 | DM SPEERS | REVIEWING 10/14/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/15/2004 004 | WS KATCHEN | REVIEW COURT'S OPINION (MONTANA - VERMICULITE CO.). | 0.40 | $218.00 |

DUANE MORRIS LLP

Duane Morris
November 18, 2004
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1054301

| Date | | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/18/2004 | 004 | DM SPEERS | REVIEWING 10/18/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $38.00 |
| 10/19/2004 | 004 | DM SPEERS | REVIEWING 10/19/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/19/2004 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION REGARDING HEARING ON DATE TO FILE. | 0.10 | $54.50 |
| 10/20/2004 | 004 | DM SPEERS | REVIEWING 10/20/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/20/2004 | 004 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL; REVIEW STROOCK MEMORANDUM; REVIEW CAPSTONE MEMORANDUM. | 1.20 | $654.00 |
| 10/22/2004 | 004 | DM SPEERS | REVIEWING 10/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $38.00 |
| 10/25/2004 | 004 | DM SPEERS | REVIEWING 10/25/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $38.00 |
| 10/26/2004 | 004 | DM SPEERS | REVIEWING 10/26/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/26/2004 | 004 | VL AKIN | CONFERENCES AND CORRESPONDENCE REGARDING ELECTRONIC FILING NOTIFICATIONS FOR LEAD COUNSEL TO THE COMMITTEE. | 1.00 | $170.00 |
| 10/27/2004 | 004 | DM SPEERS | REVIEWING 10/27/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $38.00 |
| 10/28/2004 | 004 | DM SPEERS | REVIEWING 10/28/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $19.00 |
| 10/29/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST. | 0.30 | $51.00 |
| | | | Code Total | 6.80 | $1,845.50 |

Duane Morris
November 18, 2004
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1054301

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/6/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: IRS SETTLEMENT. | 0.20 | $109.00 |
| 10/6/2004 | 005 | WS KATCHEN | REVIEW AND ANALYSIS OF DRAFT PLAN OF REORGANIZATION. | 1.10 | $599.50 |
| 10/6/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $54.50 |
| 10/6/2004 | 005 | WS KATCHEN | REVIEW HONEYWELL SETTLEMENT. | 0.20 | $109.00 |
| 10/6/2004 | 005 | WS KATCHEN | SCHEDULING COMMITTEE CONFERENCE CALL FOR OCTOBER 7, 2004. | 0.10 | $54.50 |
| 10/7/2004 | 005 | DM SOSNOSKI | REVIEW FILES FOR SETTLEMENT AGREEMENT & RELEASE, INCLUDING INDEMNIFICATION PROVISION AND EMAILING ARLENE KRIEGER REGARDING SAME, INCLUDING REVIEW OF SAME. | 2.00 | $290.00 |
| 10/7/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER. | 0.20 | $109.00 |
| 10/7/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO ON INSURANCE ISSUES. | 0.20 | $109.00 |
| 10/7/2004 | 005 | WS KATCHEN | WORK ON PLAN/SEALED AIR INDEMNITY ISSUE. | 1.40 | $763.00 |
| 10/7/2004 | 005 | WS KATCHEN | E-MAIL ARLENE KRIEGER. | 0.10 | $54.50 |
| 10/8/2004 | 005 | V MARCHELLO | PREPARE LETTER TO LEWIS KRUGER ENCLOSING A COPY OF MOTION RE: RULE 2019 FOR HIS INFORMATION PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 10/8/2004 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CALL ON PLAN. | 0.70 | $381.50 |
| 10/10/2004 | 005 | WS KATCHEN | WORK ON PLAN ANALYSIS AND PREPARE FOR SECOND COMMITTEE CONFERENCE CALL. | 1.60 | $872.00 |
| 10/10/2004 | 005 | WS KATCHEN | TIE IN THIRD CIRCUIT RES JUDICATA CONFIRMATION ANALYSIS FOR MEMO TO COMMITTEE. | 0.70 | $381.50 |
| 10/11/2004 | 005 | WS KATCHEN | E-MAIL MEMO TO LEWIS KRUGER. | 0.30 | $163.50 |
| 10/12/2004 | 005 | WS KATCHEN | TWO (2) E-MAILS TO STROOCK. | 0.40 | $218.00 |
| 10/13/2004 | 005 | WS KATCHEN | RESEARCH TO RECONCILE CONFLICTS. | 2.70 | $1,471.50 |
| 10/13/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH T. MAHER RE:  PLAN ISSUES. | 0.30 | $163.50 |
| 10/13/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: E-MAIL. | 0.20 | $109.00 |
| 10/13/2004 | 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.30 | $163.50 |
| 10/13/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $54.50 |
| 10/15/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $54.50 |
| 10/22/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S STATEMENT RE: SCOTT'S MOTION FOR INJUNCTION. | 0.20 | $109.00 |
| 10/22/2004 | 005 | WS KATCHEN | REVIEW STROOCK'S MEMO TO THE COMMITTEE. | 0.10 | $54.50 |

Duane Morris
November 18, 2004
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1054301

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/2004 | 005 | WS KATCHEN | REVIEW ELLIOT OBJECTION RE: §1121(D) MOTION. | 0.10 | $54.50 |
| 10/26/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO RESTRAIN TRANSFER OF EQUITY INTERESTS. | 0.40 | $218.00 |
| 10/26/2004 | 005 | WS KATCHEN | REVIEW STROOCK'S MEMO TO THE COMMITTEE. | 0.10 | $54.50 |
| 10/27/2004 | 005 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE RECENTLY FILED DOCUMENTS PURSUANT TO BILL KATCHEN'S REQUEST. | 0.30 | $24.00 |
| 10/29/2004 | 005 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE MOST RECENT PLEADINGS FILED PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 10/29/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL. | 0.10 | $54.50 |
| 10/29/2004 | 005 | WS KATCHEN | REVIEW SECOND COMMITTEE E-MAIL. | 0.10 | $54.50 |
| | | | Code Total | 14.60 | $6,924.50 |

File # K0248-00001                                              INVOICE #  1054301
   W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/6/2004 | 007 | MR LASTOWSKI | HEARING ON FILING OF 2019 STATEMENTS. | 0.60 | $297.00 |
| 10/15/2004 | 007 | MR LASTOWSKI | REVIEW MOTIONS AND JOINDERS RELATING TO FILING OF 2019 STATEMENTS. | 0.40 | $198.00 |
| 10/18/2004 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM GRACE WILSON (CREDITOR) RE: PLAN STATUS. | 0.20 | $99.00 |
| 10/20/2004 | 007 | MR LASTOWSKI | PREPARE 2019 STATEMENTS. | 1.60 | $792.00 |
| 10/20/2004 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 1.30 | $708.50 |
| 10/26/2004 | 007 | MR LASTOWSKI | RESPOND TO CREDITOR INQUIRY (STAN WEINGLASS). | 0.20 | $99.00 |
| | | | Code Total | 4.30 | $2,193.50 |

Duane Morris
November 18, 2004
Page 8

File # K0248-00001
     W.R. GRACE & CO.

INVOICE #  1054301

| 10/26/2004 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO RETAIN DELOITEE AND TOUCHE NUNC PRO TUNC. | 0.30 | $148.50 |
| | | | Code Total | 0.30 | $148.50 |

Duane Morris
November 18, 2004
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1054301

| | | | | |
|---|---|---|---|---|
| 10/7/2004 012 | VL AKIN | BILLING MATTERS FOR SEPTEMBER 2004 BILL. | 0.30 | $51.00 |
| 10/13/2004 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING AUGUST 2004 FEE INVOICE OF DUANE MORRIS. | 0.30 | $51.00 |
| 10/14/2004 012 | MR LASTOWSKI | EXECUTE CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS THIRTY FIRST MONTHLY FEE APPLICATION. | 0.10 | $49.50 |
| 10/14/2004 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES CERTIFICATION OF NO OBJECTION REGARDING AUGUST 2004 FEE APPLICATION OF DUANE MORRIS. | 0.20 | $34.00 |
| 10/15/2004 012 | VL AKIN | REVIEW SEPTEMBER BILLING STATEMENT. | 0.30 | $51.00 |
| 10/19/2004 012 | VL AKIN | BILLING MATTERS. | 0.20 | $34.00 |
| 10/20/2004 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 32ND MONTHLY FEE APPLICATION. | 0.20 | $99.00 |
| 10/20/2004 012 | VL AKIN | PREPARE FEE INVOICE OF SEPTEMBER 2004 FOR DUANE MORRIS. | 0.80 | $136.00 |
| 10/20/2004 012 | VL AKIN | FILE AND SERVE SEPTEMBER 2004 FEE APPLICATION OF DUANE MORRIS. | 0.60 | $102.00 |
| 10/20/2004 012 | VL AKIN | PREPARE QUARTERLY FEE CHART. | 0.50 | $85.00 |
| 10/21/2004 012 | VL AKIN | BILLING MATTERS REGARDING SEPTEMBER 2004 INVOICE. | 0.20 | $34.00 |
| 10/27/2004 012 | VL AKIN | PREPARE FOURTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS. | 2.50 | $425.00 |
| 10/29/2004 012 | VL AKIN | EDIT FOURTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS. | 0.50 | $85.00 |
| 10/29/2004 012 | VL AKIN | PREPARE FOURTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS. | 1.50 | $255.00 |
| | | Code Total | 8.20 | $1,491.50 |

Duane Morris
November 18, 2004
Page 10

File # K0248-00001                                                    INVOICE # 1054301
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/4/2004 | 013 | VL AKIN | FILE SEVENTH INTERIM FEE APPLICATION OF CAPSTONE CORPORATE RECOVERY. | 0.40 | $68.00 |
| 10/13/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR STROOCK AUGUST 2004 FEE INVOICE. | 0.30 | $51.00 |
| 10/14/2004 | 013 | MR LASTOWSKI | EXECUTE CERTIFICATE OF NO OBJECTION FOR STROOCK FORTY FIRST MONTHLY FEE APPLICATION. | 0.10 | $49.50 |
| 10/14/2004 | 013 | VL AKIN | FILE SEPTEMBER 2004 FEE APPLICATION OF STROOCK. | 0.30 | $51.00 |
| 10/14/2004 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE AUGUST 2004 FEE APPLICATION OF STROOCK. | 0.30 | $51.00 |
| 10/14/2004 | 013 | VL AKIN | FILE SEPTEMBER 2004 FEE APPLICATION OF STROOCK. | 0.30 | $51.00 |
| 10/26/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR SEVENTH INTERIM FEE APPLICATION OF CAPSTONE CORPORATE RECOVERY. | 0.30 | $51.00 |
| | | | Code Total | 2.00 | $372.50 |

Duane Morris
November 18, 2004
Page 11

File # K0248-00001

INVOICE #  1054301

    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|--|------------|-------------|-------|--------|
| 10/15/2004 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 10/13/04. | 0.30 | $148.50 |
| 10/25/2004 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING. | 1.20 | $594.00 |
| 10/25/2004 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING. | 1.10 | $544.50 |
| 10/27/2004 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 10/26/04 AND STATUS OF OUTSTANDING MATTERS | 0.60 | $297.00 |
| | | | Code Total | 3.20 | $1,584.00 |

Duane Morris
November 18, 2004
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1054301

| 10/29/2004 | 016 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: ADR PROCEDURES. | 0.50 | $247.50 |
|---|---|---|---|---|---|
| | | | Code Total | 0.50 | $247.50 |

Duane Morris
November 18, 2004
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1054301

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 10/7/2004 | 017 | V MARCHELLO | PREPARE LETTER TO JAN BAKER ENCLOSING A COPY OF THE DRAFT DEBTOR'S PLAN OF REORGANIZATION PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 10/7/2004 | 017 | WS KATCHEN | REVIEW PLAN PROVISIONS AND PREPARE FOR COMMITTEE CONFERENCE CALL. | 0.90 | $490.50 |
| 10/7/2004 | 017 | WS KATCHEN | WORK ON ANALYSIS OF DRAFT PLAN AND PREPARE FOR COMMITTEE CONFERENCE CALL. | 2.30 | $1,253.50 |
| 10/8/2004 | 017 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE RE: PLAN STRATEGY. | 0.70 | $381.50 |
| 10/11/2004 | 017 | WS KATCHEN | REVIEW BLACKLINED REVISED PLAN. | 0.80 | $436.00 |
| 10/12/2004 | 017 | WS KATCHEN | REVIEW BLACKLINED PLAN AND PREPARE FOR OCTOBER 13, 2004 COMMITTEE CONFERENCE CALL. | 1.70 | $926.50 |
| 10/13/2004 | 017 | JH LEMKIN | REVIEW CORAM HEALTH CASE AND CITED OPINIONS, CONFER WITH W. KATCHEN REGARDING THE SAME. | 0.70 | $206.50 |
| 10/13/2004 | 017 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL RE: PLAN ISSUES. | 1.30 | $708.50 |
| 10/14/2004 | 017 | JH LEMKIN | LEGAL RESEARCH RE: PLAN ISSUES FROM W. KATCHEN. | 0.50 | $147.50 |
| 10/14/2004 | 017 | WS KATCHEN | REVIEW SECOND REVISED PLAN AND DISCLOSURE STATEMENT. | 1.40 | $763.00 |
| 10/15/2004 | 017 | WS KATCHEN | ADDITIONAL REVIEW OF PLAN DOCUMENTS AND DISCLOSURE STATEMENT; AND PREPARE FOR COMMITTEE MEETING. | 1.30 | $708.50 |
| 10/15/2004 | 017 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE AND LEWIS KRUGER RE: PLAN NEGOTIATIONS. | 0.30 | $163.50 |
| 10/18/2004 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN SETTLEMENT. | 1.20 | $594.00 |
| 10/18/2004 | 017 | MR LASTOWSKI | TELEPHONE CALL TO A. KRIEGER RE: PLAN SETTLEMENT. | 0.10 | $49.50 |
| 10/18/2004 | 017 | MR LASTOWSKI | TELEPHONE FROM A. KRIEGER RE: PLAN SETTLEMENT. | 0.10 | $49.50 |
| 10/22/2004 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS. | 1.20 | $594.00 |
| 10/22/2004 | 017 | WS KATCHEN | REVIEW CAPSTONE'S ANALYSIS ON PLAN ISSUES. | 0.20 | $109.00 |
| 10/22/2004 | 017 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: PLAN STATUS AND ELLIOT ASSOC. OBJECTION ON §1121(D). | 0.10 | $54.50 |
| 10/25/2004 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS. | 0.60 | $297.00 |
| 10/26/2004 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS. | 0.40 | $198.00 |

Duane Morris
November 18, 2004
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1054301

| | | | | | |
|---|---|---|---|---|---|
| 10/26/2004 | 017 | MR LASTOWSKI | REVIEW JOINDERS TO DEBTOR'S MOTION TO EXTEND THE TIME TO FILE A PLAN OF REORGANIZATION. | 0.20 | $99.00 |
| 10/27/2004 | 017 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: PLAN ISSUES. | 0.30 | $163.50 |
| | | | Code Total | 16.40 | $8,401.50 |

Duane Morris
November 18, 2004
Page 15

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1054301

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/8/2004 | 018 | MR LASTOWSKI | REVIEW TOWN OF ACTION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY. | 0.80 | $396.00 |
| 10/13/2004 | 018 | WS KATCHEN | REVIEW MOTION FOR §362(D) RELIEF BY TOWN OF ACTION. | 0.20 | $109.00 |
| 10/15/2004 | 018 | MR LASTOWSKI | REVIEW SCOTTS COMPANY'S MOTION FOR TEMPORARY STAY OF CLAIMS. | 0.50 | $247.50 |
| 10/18/2004 | 018 | MR LASTOWSKI | REVIEW SLAUGHTER RELIEF FROM THE AUTOMATIC STAY. | 0.30 | $148.50 |
| 10/19/2004 | 018 | MR LASTOWSKI | REVIEW TOWN OF ACTION'S MOTION FOR RELIEF FROM STAY. | 0.20 | $99.00 |
| 10/22/2004 | 018 | MR LASTOWSKI | REVIEW ELLIOT INTERNATIONAL OBJECTION TO DEBTOR'S MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR DEBTOR TO FILE A PLAN. | 0.50 | $247.50 |
| 10/22/2004 | 018 | MR LASTOWSKI | REVIEW CHAKARIAN (VERMICULITE) OPINION. | 0.50 | $247.50 |
| 10/22/2004 | 018 | WS KATCHEN | REVIEW SCOTT'S MOTION FOR TEMPORARY STAY (GANDY ACTION). | 0.20 | $109.00 |
| 10/26/2004 | 018 | MR LASTOWSKI | LIBBY PLAINTIFF'S FILINGS RE: INJUNCTION AGAINST FURTHER LITIGATION. | 0.60 | $297.00 |
| 10/26/2004 | 018 | MR LASTOWSKI | DEBTORS RESPONSE IN SUPPORT OF SCOTT'S COMPANY'S MOTION FOR A TEMPORARY STAY OF THE GANDY ACTION. | 0.60 | $297.00 |
| 10/26/2004 | 018 | WS KATCHEN | REVIEW SCOTT'S MOTION FOR EXPEDITED HEARING. | 0.10 | $54.50 |
| | | | Code Total | 4.50 | $2,252.50 |

Duane Morris
November 18, 2004
Page 16

File # K0248-00001
    W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|------|--|--|-------------|-------|--------|
| 10/11/2004 | 025 | JH LEMKIN | LEGAL RESEARCH HULS AND RELATED CASES, SHEPARDIZE; CONFER WITH W. KATCHEN REGARDING THE SAME. | 0.70 | $206.50 |
| 10/20/2004 | 025 | DM SOSNOSKI | RETRIEVING DOCUMENTS PER W.KATCHEN'S REQUEST. | 0.50 | $72.50 |
| 10/25/2004 | 025 | DM SOSNOSKI | RETRIEVING PLEADINGS FROM DOCKET PER WSKATCHEN'S REQUEST. | 0.80 | $116.00 |
| | | | Code Total | 2.00 | $395.00 |

Duane Morris
November 18, 2004
Page 17

File # K0248-00001
    W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 63.40 | $26,153.50 |

Duane Morris
November 18, 2004
Page 18

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1054301

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 10/31/2004 | TELEPHONE | | 5.86 |
| | | Total: | $5.86 |
| 10/31/2004 | MEETING EXPENSE | | 57.94 |
| | | Total: | $57.94 |
| 9/30/2004 | ONLINE RECORD SEARCHES | | 3.15 |
| | | Total: | $3.15 |
| 10/20/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SEIGELESQUIRE AT WR GRACE SENIOR VICE PRESIDENT - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790311037581) | | 6.67 |
| | | Total: | $6.67 |
| 10/31/2004 | OVERTIME RELATED COSTS | | 4.26 |
| | | Total: | $4.26 |
| 10/31/2004 | TELECOPY | | 78.85 |
| | | Total: | $78.85 |
| 10/31/2004 | DOCUMENT RETRIEVAL | | 30.93 |
| | | Total: | $30.93 |
| 10/31/2004 | PRINTING & DUPLICATING | | 41.10 |
| | | Total: | $41.10 |
| | TOTAL DISBURSEMENTS | | $228.76 |