Exhibit A

Professional services rendered through: July 31, 2004 :

Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/01/04 | J.W. Johnson | Assemble documents for Mike Miller interview in Remedium issue (Remedium is a subsidiary whose stock sale is the subject of an IRS audit). | 2.00 |
| 07/06/04 | A.L. Bailey | Prepare for witness interviews at Grace office. | 3.50 |
| 07/06/04 | J.W. Johnson | Non-working travel to W.R. Grace. (1/2 time billed) | 1.20 |
| 07/06/04 | A.L. Bailey | Non-Working travel to W.R. Grace. (1/2 time billed) | 1.30 |
| 07/06/04 | J.W. Johnson | Prepare for witness interviews at Grace office. | 3.50 |
| 07/07/04 | A.L. Bailey | Prepare for, and participate in, witness prep and witness interview with IRS (Miller). | 4.50 |
| 07/07/04 | A.E. Moran | COLI: Review and document prior closing agreement materials. | 0.80 |
| 07/07/04 | A.L. Bailey | Non-working travel back to D.C. (1/2 time) | 1.70 |
| 07/07/04 | J.W. Johnson | Witness preparation and interviews. | 3.50 |
| 07/07/04 | J.W. Johnson | Non-working travel back to D.C. (1/2 time) | 1.80 |
| 07/20/04 | A.L. Bailey | Response to request for 10K disclosure on contingent liability issue. | 2.00 |

Matter 32

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/13/04 | A.E. Moran | Work on quarterly filing for January-March. | 1.50 |
| 07/19/04 | A.E. Moran | Finish and send out quarterly filing for January-March 2004. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 12.00 | 545.00 | 6,540.00 |
| J.W. Johnson | 12.00 | 525.00 | 6,300.00 |
| A.E. Moran | 4.30 | 435.00 | 1,870.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| Total | 28.30 | | 14,710.50 |

| | | |
|---|---|---|
| | Total Fees | $14,710.50 |

Disbursements:

| | | | |
|---|---|---|---|
| | Overnight Messenger | | 7.75 |
| | Duplicating | | 12.00 |
| | Long Distance Telephone | | 65.18 |
| 07/09/04 | Air Fare - J. WALKER JOHNSON Travel to Boca Raton, FL to witness preparation & interviews on 07/06-7/04 | | 284.70 |
| 07/09/04 | Hotel - J. WALKER JOHNSON Travel to Boca Raton, FL to witness preparation & interviews on 07/06-7/04 | | 185.90 |
| 07/09/04 | Parking - J. WALKER JOHNSON Travel to Boca Raton, FL to witness preparation & interviews on 07/06-7/04 | | 43.00 |
| 07/09/04 | Rental Car - J. WALKER JOHNSON Travel to Boca Raton, FL to witness preparation & interviews on 07/06-7/04 | | 89.66 |
| 07/09/04 | Meals While on Travel - J. WALKER JOHNSON Travel to Boca Raton, FL to witness preparation & interviews on 07/06-7/04 [$23.92 lunch for 2 on 7/07 and 10.08 dinner on 7/06 and $13.86 dinner on 7.07 ] | | 47.86 |
| 07/14/04 | Air Fare - ARTHUR L. BAILEY Travel to Ft. Lauderdale, FL for client meeting on 07/06-7/04 | | 256.70 |
| 07/14/04 | Hotel - ARTHUR L. BAILEY Travel to Ft. Lauderdale, FL for client meeting on 07/06-7/04 | | 185.90 |
| 07/14/04 | Parking - ARTHUR L. BAILEY Travel to Ft. Lauderdale, FL for client meeting on 07/06-7/04 | | 56.00 |
| 07/14/04 | Meals While on Travel - ARTHUR L. BAILEY Travel to Ft. Lauderdale, FL for client meeting on 07/06-7/04 [dinner, 7.07] | | 12.00 |

| | |
|---|---:|
| Deposition Transcripts - GRETCHEN L. SCHULTZ - - Court Reportig Services, IRS Interview, BocaRaton, FL for W. R. Grace on June 17 and July 7, 2004 - invoice 6775 dated 7/27 | 310.46 |
| **Total Disbursements** | **$1,557.11** |
| **Total This Statement** | **$19,477.61** |

```
                                                        STEPTOE &
JOHNSON LLP                                       RUN DATE: 11/17/2004
                                                            Detail Cost
Report                                            RUN TIME: 15:42:14
                                                             Proforma:
334808                                                        PAGE:   1
 012046.00001 TAX LITIGATION
   Cost            Timekeeper
   Code    Date    Number   Name              Quantity  Rate    Amount
 Ext.      Phone Number     Description
========= ======== ================================ ======== ====== ==========
====== ==================     ==================================================
AIRFARX   07/09/04 00101    Johnson, J. Walker        1.00 284.70    284.70
Air Fare - J. WALKER JOHNSON Travel to Boca

Raton, FL to witness preparation & interviews

on 07/06-7/04
AIRFARX   07/14/04 00074    Bailey, Arthur L.         1.00 256.70    256.70
Air Fare - ARTHUR L. BAILEY Travel to Ft.

Lauderdale, FL for client meeting on 07/06-7/04
AIRFARX            Total :                           541.40
DEPTRNX   08/05/04 00206    Moran, Anne E.            1.00 310.46    310.46
Deposition Transcripts - GRETCHEN L. SCHULTZ -

 -    Court Reportig Services, IRS Interview,

BocaRaton, FL for  W. R. Grace

July 7, 2004  -  invoice 6775 dated 7/27
DLFD      07/19/04 00206    Moran, Anne E.            1.00   7.75      7.75
  DLFD    07/19/04 00206    Moran, Anne E.            1.00              7.75
Federal Express from Anne E Moran

to Patricia Cuniff

on July 19, 2004.
DUPLDC    07/08/04 00101    Johnson, J. Walker        4.00   0.15      0.60
  DUPLDC  07/08/04 00101    Johnson, J. Walker        4.00   0.20      0.80
4 PHOTOCOPIES MADE BY 00101
DUPLDC    07/19/04 07592    Ward, Brenda A.          35.00   0.15      5.25
  DUPLDC  07/19/04 07592    Ward, Brenda A.          35.00   0.20      7.00
35 PHOTOCOPIES MADE BY 07592
DUPLDC             Total :                             5.85
HOTELX    07/09/04 00101    Johnson, J. Walker        1.00 222.49    222.49
Hotel - J. WALKER JOHNSON Travel to Boca Raton,

FL to witness preparation & interviews on

07/06-7/04
HOTELX    07/14/04 00074    Bailey, Arthur L.         1.00 236.12    236.12
Hotel - ARTHUR L. BAILEY Travel to Ft.
```

```
Lauderdale, FL for client meeting on 07/06-7/04
HOTELX              Total :                          458.61
LASR       07/18/04 00206       Moran, Anne E.        1.00    0.15         0.15
  LASR     07/18/04 00206       Moran, Anne E.        1.00    0.20         0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       07/19/04 00206       Moran, Anne E.       11.00    0.15         1.65
  LASR     07/19/04 00206       Moran, Anne E.       11.00    0.20         2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR       07/19/04 00206       Moran, Anne E.        1.00    0.15         0.15
  LASR     07/19/04 00206       Moran, Anne E.        1.00    0.20         0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       07/19/04 00206       Moran, Anne E.        1.00    0.15         0.15
  LASR     07/19/04 00206       Moran, Anne E.        1.00    0.20         0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       07/19/04 00206       Moran, Anne E.        1.00    0.15         0.15
```

```
                                                            STEPTOE &
JOHNSON LLP                                       RUN DATE: 11/17/2004
                                                          Detail Cost
Report                                            RUN TIME: 15:42:15
                                                            Proforma:
334808                                                      PAGE:   2
012046.00001 TAX LITIGATION
  Cost           Timekeeper
  Code    Date   Number   Name                 Quantity  Rate   Amount
Ext.      Phone Number    Description
=========  =======  =========================  ========  ======  ==========
======  ===================   =========================================
  LASR    07/19/04 00206    Moran, Anne E.       1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR      07/19/04 00206    Moran, Anne E.       1.00    0.15     0.15
  LASR    07/19/04 00206    Moran, Anne E.       1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR      07/19/04 00206    Moran, Anne E.       1.00    0.15     0.15
  LASR    07/19/04 00206    Moran, Anne E.       1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR      07/19/04 00206    Moran, Anne E.      11.00    0.15     1.65
  LASR    07/19/04 00206    Moran, Anne E.      11.00    0.20     2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR      07/19/04 00206    Moran, Anne E.       1.00    0.15     0.15
  LASR    07/19/04 00206    Moran, Anne E.       1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      07/19/04 00206    Moran, Anne E.       1.00    0.15     0.15
  LASR    07/19/04 00206    Moran, Anne E.       1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      07/19/04 00206    Moran, Anne E.       1.00    0.15     0.15
  LASR    07/19/04 00206    Moran, Anne E.       1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      07/19/04 00206    Moran, Anne E.       1.00    0.15     0.15
  LASR    07/19/04 00206    Moran, Anne E.       1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      07/19/04 00206    Moran, Anne E.       1.00    0.15     0.15
  LASR    07/19/04 00206    Moran, Anne E.       1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
```

```
LASR       07/19/04 00206    Moran, Anne E.              1.00   0.15       0.15
   LASR    07/19/04 00206    Moran, Anne E.              1.00   0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       07/19/04 00206    Moran, Anne E.              1.00   0.15       0.15
   LASR    07/19/04 00206    Moran, Anne E.              1.00   0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       07/19/04 Total :                              5.10
LASR       07/30/04 00206    Moran, Anne E.              1.00   0.15       0.15
   LASR    07/30/04 00206    Moran, Anne E.              1.00   0.20       0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       08/06/04 00206    Moran, Anne E.              1.00   0.15       0.15
   LASR    08/06/04 00206    Moran, Anne E.              1.00   0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       08/06/04 00206    Moran, Anne E.              1.00   0.15       0.15
   LASR    08/06/04 00206    Moran, Anne E.              1.00   0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       08/06/04 00206    Moran, Anne E.              1.00   0.15       0.15
   LASR    08/06/04 00206    Moran, Anne E.              1.00   0.20       0.20
PC/Network Printing
```

```
                                                              STEPTOE &
JOHNSON LLP                                              RUN DATE: 11/17/2004
                                                                Detail Cost
Report                                                   RUN TIME: 15:42:15
                                                                 Proforma:
334808                                                          PAGE:   3
 012046.00001 TAX LITIGATION
   Cost             Timekeeper
   Code      Date   Number   Name                    Quantity  Rate    Amount
 Ext.       Phone Number        Description
==========  ========  ==============================  ========  ======  ==========
======  ==================  ==============================================


PC LASER    1 Pages Ward, Brenda
LASR        08/06/04 00206     Moran, Anne E.            1.00    0.15      0.15
   LASR     08/06/04 00206     Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        08/06/04 00206     Moran, Anne E.            1.00    0.15      0.15
   LASR     08/06/04 00206     Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        08/06/04 Total :                             0.75
LASR                 Total :                             6.15
PARKX       07/09/04 00101     Johnson, J. Walker        1.00   43.00     43.00
Parking - J. WALKER JOHNSON Travel to Boca

Raton, FL to witness preparation & interviews

on 07/06-7/04
PARKX       07/14/04 00074     Bailey, Arthur L.         1.00   56.00     56.00
Parking - ARTHUR L. BAILEY Travel to Ft.

Lauderdale, FL for client meeting on 07/06-7/04
PARKX                Total :                            99.00
RNTCARX     07/09/04 00101     Johnson, J. Walker        1.00   89.66     89.66
Rental Car - J. WALKER JOHNSON Travel to Boca

Raton, FL to witness preparation & interviews

on 07/06-7/04
TELEDC      07/06/04 00206     Moran, Anne E.            1.00    2.08      2.08
   TELEDC   07/06/04 00206     Moran, Anne E.            1.00              2.08 X
DC Telephone TELEDC 5613621551 FROM EXT. 6225
TELEDC      08/03/04 00206     Moran, Anne E.            1.00    0.23      0.23
   TELEDC   08/03/04 00206     Moran, Anne E.            1.00              0.23 X
DC Telephone TELEDC 5613621300 FROM EXT. 6225

TELEDC               Total :                             2.31
TRAVMLX     07/09/04 00101     Johnson, J. Walker        1.00   23.92     23.92
Meals While on Travel - J. WALKER JOHNSON

Travel to Boca Raton, FL to witness preparation
```

```
& interviews on 07/06-7/04
TRAVMLX    07/14/04 00074     Bailey, Arthur L.           1.00   12.00        12.00
Meals While on Travel - ARTHUR L. BAILEY Travel

to Ft. Lauderdale, FL for client meeting on

07/06-7/04
TRAVMLX             Total :                                        35.92
Total : 012046.00001 TAX LITIGATION                             1,557.11


Report Total :                                                  1,557.11
```