Exhibit A

Professional services rendered through:  September 30,  2004 :

Matter 32

| 09/03/04 | A.E. Moran | Work on April-June bills. | 2.60 |
| 09/07/04 | A.E. Moran | Revise drafts of bills; review backup materials. | 1.30 |
| 09/07/04 | A.E. Moran | Respond to auditor questions. | 0.10 |

Matter 46

| 09/23/04 | A.L.Bailey | Review IRS Notice of Proposed Adjustment in Remedium issue (Remedium is a subsidiary whose stock sale is the subject of an IRS audit). | .50 |
| 09/23/04 | A.L. Bailey | Telephone call with client and co-counsel on Remedium strategy | 1.00 |
| 09/30/04 | M.L. Lerner | Telephone call w/ Grace re issues involved in litigating liability management issues | .80 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| A.L. Bailey | 1.50 | 545.00 | 817.50 |
| M.D. Lerner | .80 | 520.00 | 416.00 |
| A.E. Moran | 4.00 | 435.00 | 1,740.00 |
| Total | 6.30 | | 2,973.50 |

Total Fees        $2,973.50

Disbursements:

| Overnight Messenger | 7.82 |
| Duplicating - Matter 46 | 9.45 |
| Duplicating - Matter 32 | 31.95 |

Long Distance Telephone                                              32.42

                              Total Disbursements                $81.64

                              Total This Statement            $3,055.14

                                                              STEPTOE &
JOHNSON LLP                                          RUN DATE: 11/17/2004
                                                              Detail Cost
Report                                               RUN TIME: 14:35:26
                                                                Proforma:
337531                                                        PAGE:  1

012046.00001 TAX LITIGATION

| Cost Code Ext. | Date Phone Number | Timekeeper Number | Name Description | Quantity | Rate | Amount |
|------|------|------|------|------|------|------|
| DLFD | 09/07/04 | 00206 | Moran, Anne E. | 1.00 | 7.82 | 7.82 |
| DLFD | 09/07/04 | 00206 | Moran, Anne E. | 1.00 | | 7.82 |

Federal Express from Anne E. Moran

to Patricia Cuniff

on September 07, 2004.

| | | | | | | |
|------|------|------|------|------|------|------|
| DUPLDC | 09/07/04 | 07419 | Green, Sharon | 33.00 | 0.15 | 4.95 |
| DUPLDC | 09/07/04 | 07419 | Green, Sharon | 33.00 | 0.20 | 6.60 |

33 PHOTOCOPIES MADE BY 07419

| | | | | | | |
|------|------|------|------|------|------|------|
| DUPLDC | 09/17/04 | 08218 | McCoy, Bridget | 30.00 | 0.15 | 4.50 |
| DUPLDC | 09/17/04 | 08218 | McCoy, Bridget | 30.00 | 0.20 | 6.00 |

30 PHOTOCOPIES MADE BY 08218

| | | | | |
|------|------|------|------|------|
| DUPLDC | Total : | | 9.45 | |

| | | | | | | |
|------|------|------|------|------|------|------|
| LASR | 09/02/04 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 09/02/04 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|------|------|------|------|------|------|------|
| LASR | 09/03/04 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 09/03/04 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |

PC/Network Printing

PC LASER  6 Pages Moran, Anne

| | | | | | | |
|------|------|------|------|------|------|------|
| LASR | 09/03/04 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 09/03/04 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |

PC/Network Printing

PC LASER  6 Pages Moran, Anne

| | | | | | | |
|------|------|------|------|------|------|------|
| LASR | 09/03/04 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 |
| LASR | 09/03/04 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 |

PC/Network Printing

PC LASER  7 Pages Moran, Anne

| | | | | | | |
|------|------|------|------|------|------|------|
| LASR | 09/03/04 | 00206 | Moran, Anne E. | 12.00 | 0.15 | 1.80 |

```
   LASR    09/03/04 00206     Moran, Anne E.            12.00    0.20      2.40
PC/Network Printing

PC LASER  12 Pages Ward, Brenda
LASR       09/03/04 00206     Moran, Anne E.            13.00    0.15      1.95
   LASR    09/03/04 00206     Moran, Anne E.            13.00    0.20      2.60
PC/Network Printing

PC LASER  13 Pages Ward, Brenda
LASR       09/03/04 00206     Moran, Anne E.            10.00    0.15      1.50
   LASR    09/03/04 00206     Moran, Anne E.            10.00    0.20      2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR       09/03/04 00206     Moran, Anne E.            11.00    0.15      1.65
   LASR    09/03/04 00206     Moran, Anne E.            11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR       09/03/04 00206     Moran, Anne E.             5.00    0.15      0.75
   LASR    09/03/04 00206     Moran, Anne E.             5.00    0.20      1.00
PC/Network Printing

PC LASER  5 Pages Moran, Anne
LASR       09/03/04 00206     Moran, Anne E.            11.00    0.15      1.65
   LASR    09/03/04 00206     Moran, Anne E.            11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR       09/03/04 Total :                             12.15
```

```
                                                      STEPTOE &
JOHNSON LLP                             RUN DATE: 11/17/2004
                                                     Detail Cost
Report                                  RUN TIME: 14:35:26
                                                     Proforma:
337531                                               PAGE:  2


  012046.00001 TAX LITIGATION

    Cost               Timekeeper
    Code      Date     Number   Name                  Quantity  Rate    Amount
    Ext.    Phone Number        Description
  ==========  ========  =====================  ========  ======  ==========
  ======  ===================    =================================================
LASR       09/07/04 00206     Moran, Anne E.        10.00   0.15     1.50
   LASR    09/07/04 00206     Moran, Anne E.        10.00   0.20     2.00
PC/Network Printing

PC LASER   10 Pages Almazan, Brenda
LASR       09/07/04 00206     Moran, Anne E.         8.00   0.15     1.20
   LASR    09/07/04 00206     Moran, Anne E.         8.00   0.20     1.60
PC/Network Printing

PC LASER   8 Pages Almazan, Brenda
LASR       09/07/04 00206     Moran, Anne E.         1.00   0.15     0.15
   LASR    09/07/04 00206     Moran, Anne E.         1.00   0.20     0.20
PC/Network Printing

PC LASER   1 Pages Almazan, Brenda
LASR       09/07/04 00206     Moran, Anne E.        11.00   0.15     1.65
   LASR    09/07/04 00206     Moran, Anne E.        11.00   0.20     2.20
PC/Network Printing

PC LASER   11 Pages Hill, Patricia
LASR       09/07/04 00206     Moran, Anne E.        11.00   0.15     1.65
   LASR    09/07/04 00206     Moran, Anne E.        11.00   0.20     2.20
PC/Network Printing

PC LASER   11 Pages Hill, Patricia
LASR       09/07/04 00206     Moran, Anne E.         1.00   0.15     0.15
   LASR    09/07/04 00206     Moran, Anne E.         1.00   0.20     0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       09/07/04 00206     Moran, Anne E.        14.00   0.15     2.10
   LASR    09/07/04 00206     Moran, Anne E.        14.00   0.20     2.80
PC/Network Printing

PC LASER   14 Pages Hill, Patricia
LASR       09/07/04 00206     Moran, Anne E.         1.00   0.15     0.15
   LASR    09/07/04 00206     Moran, Anne E.         1.00   0.20     0.20
PC/Network Printing

PC LASER   1 Pages Hill, Patricia
```

```
LASR     09/07/04 00206    Moran, Anne E.              12.00    0.15      1.80
  LASR   09/07/04 00206    Moran, Anne E.              12.00    0.20      2.40
PC/Network Printing

PC LASER  12 Pages Hill, Patricia
LASR     09/07/04 00206    Moran, Anne E.              14.00    0.15      2.10
  LASR   09/07/04 00206    Moran, Anne E.              14.00    0.20      2.80
PC/Network Printing

PC LASER  14 Pages Hill, Patricia
LASR     09/07/04 00206    Moran, Anne E.               9.00    0.15      1.35
  LASR   09/07/04 00206    Moran, Anne E.               9.00    0.20      1.80
PC/Network Printing

PC LASER  9 Pages Hill, Patricia
LASR     09/07/04 00206    Moran, Anne E.               2.00    0.15      0.30
  LASR   09/07/04 00206    Moran, Anne E.               2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR     09/07/04 00206    Moran, Anne E.               1.00    0.15      0.15
  LASR   09/07/04 00206    Moran, Anne E.               1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     09/07/04 00206    Moran, Anne E.               8.00    0.15      1.20
  LASR   09/07/04 00206    Moran, Anne E.               8.00    0.20      1.60
PC/Network Printing

PC LASER  8 Pages Green, Sharon
LASR     09/07/04 00206    Moran, Anne E.               1.00    0.15      0.15
  LASR   09/07/04 00206    Moran, Anne E.               1.00    0.20      0.20
PC/Network Printing
```

```
                                                    STEPTOE &
JOHNSON LLP                                  RUN DATE: 11/17/2004
                                                    Detail Cost
Report                                       RUN TIME: 14:35:26
                                                    Proforma:
337531                                              PAGE:  3

  012046.00001 TAX LITIGATION

   Cost           Timekeeper
   Code     Date  Number   Name                 Quantity  Rate    Amount
   Ext.    Phone Number        Description
========== ======== ============================= ======== ====== ==========
====== ===================     ==================================================


PC LASER  1 Pages Hill, Patricia
LASR      09/07/04 00206    Moran, Anne E.        13.00    0.15     1.95
   LASR   09/07/04 00206    Moran, Anne E.        13.00    0.20     2.60
PC/Network Printing

PC LASER  13 Pages Green, Sharon
LASR      09/07/04 00206    Moran, Anne E.        11.00    0.15     1.65
   LASR   09/07/04 00206    Moran, Anne E.        11.00    0.20     2.20
PC/Network Printing

PC LASER  11 Pages Green, Sharon
LASR      09/07/04 00206    Moran, Anne E.         3.00    0.15     0.45
   LASR   09/07/04 00206    Moran, Anne E.         3.00    0.20     0.60
PC/Network Printing

PC LASER  3 Pages Stone, Barbara
LASR      09/07/04 Total :                        19.65

LASR              Total :                         31.95

TELEDC    09/30/04 00206    Moran, Anne E.         1.00   12.47    12.47
   TELEDC 09/30/04 00206    Moran, Anne E.         1.00             12.47 X
DC Telephone TELEDC 5613621300 FROM EXT. 8024

TELEDCX   09/23/04 07934    Nelson, Diane          1.00   19.95    19.95
Long Distance Telephone - WACHOVIA For Diane
Nelson;

Total : 012046.00001 TAX LITIGATION               81.64


Report Total :                                    81.64
```