UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF STEPTOE & JOHNSON, LLP
FOR THE THIRTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Steptoe & Johnson, LLP for the Thirteenth Interim Period.

BACKGROUND

1.   Steptoe & Johnson, LLP ("Steptoe") was retained as special tax counsel to the Debtors. In the Application, Steptoe seeks approval of fees totaling $43,107.50 and costs totaling $2,614.44 for its services from April 1, 2004, through June 30, 2004.

2.   In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Steptoe an initial report based on our review, and received a response from Steptoe, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted a hotel expense which may be excessive without greater explanation. The entry is provided below.

HOTELX      06/22/04      00101 Johnson, J. Walker      1.00      470.00      470.00
Hotel - J. WALKER JOHNSON Travel to Florida for IRS witness interviews on 6/15/04

We asked Steptoe to provide additional information regarding this expense. Steptoe responded as follows:

> Hotel rate is $149.00 plus $14.90 tax per night which totals $327.80. There were $142.20 in telephone charges in connection with the trip included in the hotel bill. These two charges total $470.00.

We appreciate the response and offer no objection to this expense entry.

4.      We noted two meal expense entries related to the same travel which require greater explanation. The entries are provided below.

TRAVMLX      06/22/04      00101 Johnson, J. Walker      1.00      87.48      87.48
Meals While on Travel - JW JOHNSON Travel to Fl. For IRS witness interviews on 6/15/04

TRAVMLX      06/22/04      00074  Bailey, Arthur L.      1.00      212.45      212.45
Meals While on Travel - A.L. Bailey Travel to Ft. Lauderdale, FL for client meetings on 06/15-17/04

We asked Steptoe to provide additional information regarding these expenses. Steptoe responded as follows:

> There was $32.62 in food charges on the hotel bill ($16.55 on 6/16 and $16.07 on 6/17), for breakfasts. There was a dinner charge of $42.86 at the Big City Tavern

for Walker on 6/16.  In addition, $12.00 in cash was spent on 6/17 for food.  Note that Walker's dinner on the 15th was covered in Art Bailey's expense sheet.

We appreciate the response and offer no objection to these expenses.

## CONCLUSION

5.    Thus we recommend approval of  fees totaling $43,107.50 and costs totaling $2,614.44 for Steptoe's services from April 1, 2004, through June 30, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 19th day of November, 2004.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Anne E. Moran
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Steptoe 13int 4-6.04.wpd