**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S AMENDED COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE THIRTEENTH INTERIM PERIOD**

This is the amended final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Thirteenth Interim Quarterly Period (collectively referred to hereafter as the "Applications").

**BACKGROUND**

1.  Bankruptcy Management Corporation (BMC) was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. In the Application, BMC seeks approval of fees totaling $198,219.50 and costs totaling $9,886.76[1] for its services from April 1, 2004, through June 30, 2004.

2.  Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Bilzin seeks approval of fees totaling $75,370.00 and costs totaling $3,375.24 for its services from April 1, 2004,

---

[1] BMC includes in this request $7,259.62 in expenses for its services from April 1, 2004 through June 30, 2004 and $2,627.14 in expenses that were inadvertently omitted from the 11th Interim Quarterly Application. (Related document 5609 filed on August 3, 2004.)

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg Amended FR re Applications With No Objections 13int 4-6.04.wpd

through June 30, 2004.

3. Campbell & Levine LLC ("Campbell") was retained as counsel to the official committee of asbestos personal injury claimants. In the Application, Campbell seeks approval of fees totaling $49,657.00 and costs totaling $2,608.86 for its services from April 1, 2004, through June 30, 2004.

4. Caplin & Drysdale, Chartered ("Caplin") was retained as national counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Caplin seeks approval of fees totaling $61,555.50 and costs totaling $1,181.06 for its services from April 1, 2004, through June 30, 2004.

5. Casner & Edwards, LLP ("Casner") was retained as special litigation counsel to the Debtors. In the Application, Casner & Edwards seeks approval of fees totaling $33,250.50 and expenses totaling $49,074.05 for its services from April 1, 2004, through June 30, 2004.

6. CIBC World Markets Corp. ("CIBC") was retained as financial advisor to David T. Austern, Future Claimants' Representative. In the Application, CIBC seeks approval of fees totaling $135,000.00 and costs totaling $391.00 for its services from June 4, 2004, through June 30, 2004.

7. David T. Austern ("Austern") was retained as representative to the Future Claimants. In the Application, Austern seeks approval of fees totaling $8,950.00 and costs totaling $28.00 for his services from May 24, 2004, through June 30, 2004.

8. Duane Morris LLP ("Duane Morris") was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Duane Morris seeks approval of fees totaling $77,218.00 and costs totaling $3,909.57 for its services from April 1, 2004, through June 30, 2004.

9. Ferry, Joseph & Pearce, P.A.("Ferry Joseph") was retained as counsel to the Official

Committee of Asbestos Property Damage Claimants. In the Application, Ferry Joseph seeks approval of fees totaling $21,139.00 and costs totaling $4,809.32 for its services from April 1, 2004, through June 30, 2004.

10. Goodwin Proctor ("Goodwin") was retained as counsel to State Street Bank and Trust Company, the investment manager and fiduciary of the Grace stock within the Grace savings and investment plan.. In the Application, Goodwin seeks approval of fees totaling $38,754.00 and costs totaling $732.15 for its services from April 1, 2004, through June 30, 2004.

11. Hamilton, Rabinovitz & Alschuler, Inc. ("HRA") was retained as consultants to the Official Committee of Asbestos Property Damage Claimants. In the Application, HRA seeks approval of fees totaling $11,640.00 and costs totaling $0.00 for its services from April 1, 2004, through June 30, 2004.

12. Holme Roberts & Owen, LLP ("HRO") was retained as special environmental counsel to the Debtors. In the Application, HRO seeks approval of fees totaling $35,685.00 and costs totaling $2,548.25 for its services from April 1, 2004, through June 30, 2004.

13. Klett Rooney Lieber & Schorling ("Klett Rooney") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, Klett Rooney seeks approval of fees totaling $56,050.00 and costs totaling $1,971.04 for its services from April 1, 2004, through June 30, 2004.

14. Kramer, Levin, Naftalis & Frankel, L.L.P. ("Kramer Levin") was retained as counsel to the official committee of equity holders. In the Application, Kramer Levin seeks approval of fees totaling $48,415.50 and costs totaling $1,840.66 for its services from April 1, 2004, through June 30, 2004.

15.     Legal Analysis Systems, Inc. ("LAS") was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. In the Application, LAS seeks approval of fees totaling $17,977.50 and costs totaling $0.00 for its services from April 1, 2004, through June 30, 2004.

16.     Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as special litigation and environmental counsel for the Debtors. In the Application, Nelson Mullins seeks approval of fees totaling $31,217.00 and costs totaling $461.65 for its services from April 1, 2004, through June 30, 2004.

17.     Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $68,840.50 and costs totaling $69,951.58 for its services from April 1, 2004, through June 30, 2004.

18.     Phillips, Goldman & Spence, P.A. ("PG&S") was retained as local counsel to David T. Austern, Future Claimants' Representative. In the Application, PG&S seeks approval of fees totaling $5,034.50 and costs totaling $0.00 for its services from May 24, 2004, through June 30, 2004.

19.     Pitney, Hardin, Kipp & Szuch, LLP ("Pitney Hardin"), was retained as special counsel to the Debtors. In the Application, Pitney Hardin seeks approval of fees totaling $629,101.50 and costs totaling $78,003.35 for its services from April 1, 2004, through June 30, 2004.

20.     Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability defense counsel to the Debtors. In the Application, Reed Smith seeks approval of fees totaling $86,273.00 and costs totaling $3,153.01 for its services from April 1, 2004, through June 30, 2004.

21. Stroock & Stroock & Lavan, LLP ("Stroock") was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Stroock seeks approval of fees totaling $353,629.50 and costs totaling $7,760.42 for its services from April 1, 2004, through June 30, 2004, as well as payment of fees and costs of $272,474.16 for Navigant Consulting ("Navigant"), an asbestos issues expert[2].

22. L. Tersigni Consulting P.C. ("Tersigni") was retained as accountant and financial advisor for the official committee of asbestos personal injury claimants. In the Application, Tersigni seeks approval of fees totaling $203,594.50 and costs totaling $1,151.62 for its services from April 1, 2004, through June 30, 2004.

23. Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtor. In the Application, Woodcock seeks approval of fees totaling $333,044.00 and costs totaling $37,738.99 for its services from April 1, 2004, through June 30, 2004.

24. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States

---

[2] Navigant was formerly Chambers Associates Inc. We do not review the fees and expenses of Navigant per Stroock's request.

District Court for the District of Delaware, and the Third Circuit Court of Appeals. After the filing of our original final report, we discovered an error that caused us to file this amended final report.

## DISCUSSION

25. We have no objections to, or issues with any of the Applications.

## CONCLUSION

26. Thus for the period of April 1, 2004, through June 30, 2004 we recommend approval of all fees and expenses for the following applicants:

- a. BMC - fees totaling fees totaling $198,219.50 and costs totaling $9,886.76.

- b. Bilzin - fees totaling $75,370.00 and costs totaling $3,375.24.

- c. Campbell - fees totaling $49,657.00 and costs totaling $2,608.86.

- d. Caplin - fees totaling $61,555.50 and costs totaling $1,181.06.

- e. Casner - fees totaling $33,250.50 and expenses totaling $49,074.05.

- f. CIBC - fees totaling $135,000.00 and costs totaling $391.00.

- g. David T. Austern - fees totaling $8,950.00 and costs totaling $28.00.

- h. Duane Morris - fees totaling $77,218.00 and costs totaling $3,909.57.

- i. Ferry Joseph - fees totaling $21,139.00 and costs totaling $4,809.32.

- j. Goodwin Proctor - fees totaling $38,754.00 and costs totaling $732.15.

- k. HRA - fees totaling $11,640.00 and costs totaling $0.00.

- l. HRO - fees totaling $35,685.00 and costs totaling $2,548.25.

- m. Klett Rooney - fees totaling $56,050.00 and costs totaling $1,971.04.

- n. Kramer Levin - fees totaling $48,415.50 and costs totaling $1,840.66.

- o. LAS - fees totaling $17,977.50 and costs totaling $0.00.

p.  Nelson Mullins - fees totaling $31,217.00 and costs totaling $461.65.

q.  Pachulski - fees totaling $68,840.50 and costs totaling $69,951.58.

r.  PG&S -  fees totaling $5,034.50 and costs totaling $0.00.

s.  Pitney Hardin - fees totaling $629,101.50 and costs totaling $78,003.35.

t.  Reed Smith - fees totaling $86,273.00 and costs totaling $3,153.01.

u.  Stroock -  fees totaling $353,629.50 and costs totaling $7,760.42 ; fees and costs of $272,474.16 for Navigant.

v.  Tersigni - fees totaling $203,594.50 and costs totaling $1,151.62.

w.  Woodcock - fees totaling $333,044.00 and costs totaling $37,738.99.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 22nd day of November, 2004.

 

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicants**

Sean A. Allen, President
BMC
6096 Upland Terrace South
Seattle, Washington 98118

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG DUNN BAENA PRICE
& AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

Elihu Inselbuck
Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022

Robert A. Murphy
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

Joseph J. Radecki, Jr.
CIBC World Markets Corp.
425 Lexington Avenue
New York, New York 10017

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph
Theodore J. Tacconelli
Rick S. Miller
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE.  19899

Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd., Suite 890
Los Angeles, California 90045

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esq.
Kramer, Levin, Naftalis & Frankel, L.L.P.
919 Third Avenue
New York, NY 10022

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Joseph Melchers, Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Anthony J. Marchetta, Esq.
Pitney, Hardin, Kipp & Szuch, LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Richard Keuler, Esq.
Reed Smith LLP
1201 Market Street, Ste. 1500
Wilmington, DE 19801

Douglas Cameron
Reed Smith LLP
P. O. Box 2009
Pittsburgh, PA 15230-2009

Loreto T. Tersigni
Dottie Jo Collins
L. Tersigni Consulting P.C.
1010 Summer Street, Suite 201
Stamford, CT 06905

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801