Janice R. Shadduck
105 - S. 10th St.
Clinton, IA.
52732

FILED
2004 NOV 18 PM 12:03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Sirs:

Notifing of change of address:

Formerly
1205 - 3rd Ave. N.
Clinton, IA.
52732

Currently:
Janice R. Shadduck
105 - S. 10th St.
Clinton, Iowa
52732

In re: WR Grace & Co., et al,
Chapter 11
Case no. 01-1139 (JKF)