IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S INTERIM
## SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

---

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

## INVOICE

October 31, 2004

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

Please identify your check with the following number:
Invoice No. W41001509
File No. 029016-0001

---

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $304,730.85 |
| For professional services rendered through October 31, 2004: | 42,798.50 |

Other Charges:

| | | |
|---|---:|---:|
| TELECOPYING | 21.25 | |
| PHOTOCOPYING | 36.38 | |
| TELEPHONE | 135.89 | |
| FEDERAL EXPRESS | 10.21 | |
| MEALS | 8.46 | |
| GROUND TRANSPORTATION | 52.90 | |
| OVERTIME | 360.00 | |
| PARKING | 16.00 | |
| MILEAGE | 300.00 | |
| WESTLAW | 870.47 | |
| PARKING - LOCAL | 8.00 | |
| | | 1,819.56 |

| | |
|---|---:|
| Total Current Charges | 44,618.06 |
| Total Balance Due | $349,348.91 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001509

NJ93849.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 10/01/04 | .40 | PHONE CALLS WITH L. MATTHEWS; REVIEWED REVISED ACO |
| MATTHEWS | 10/01/04 | 9.00 | PARTICIPATE IN ACO AND SETTLEMENT AGREEMENT NEGOTIATION; REVISE DRAFT ACO |
| MCGAHREN | 10/04/04 | 2.50 | REVIEWED CORRESPONDENCE; REVIEWED AND REVISED SETTLEMENT DOCUMENTS; REVIEWED FIGURES FROM WESTON; CONFERRED WITH L. MATTHEWS, D. BECKER; PHONE CALLS WITH L. DUFF AND M. OBRADOVIC; REVIEWED NJDEP NRD SETTLEMENT AGREEMENTS; REVIEWED DRAFT WESTON LETTER TO EPA; |
| BECKER | 10/04/04 | 3.20 | REVIEW REVITALIZATION SETTLEMENT AGREEMENT; RESEARCH AND REVIEW APPLICABLE CASE LAW AND MODEL LANGUAGE ON CONTRIBUTION PROTECTION, ANALYZE SAME IN LIGHT OF AVIALL CASE; DRAFT LANGUAGE FOR INCLUSION IN REVITALIZATION SETTLEMENT AGREEMENT TO AFFORD GRACE CONTRIBUTION PROTECTION AS RESULT OF SETTLEMENT; DISCUSS SAME WITH L. MATTHEWS |
| MATTHEWS | 10/04/04 | 4.20 | CALLS WITH J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE; PREPARE FOR MEETING WITH NJDEP; BEGIN TO REVIEW DRAFT RISK-BASED APPROVAL LETTER FROM USEPA; DRAFT CONTRIBUTION PROTECTION LANGUAGE; CALL WITH D. BECKER REGARDING SAME; CONDUCT RELATED RESEARCH |
| MCGAHREN | 10/05/04 | 1.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 10/05/04 | 7.40 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN CONFERENCE CALLS REGARDING ACE REQUIREMENTS; FOLLOW-UP REGARDING SAME; COMPLETE REVIEW AND MARK-UP OF EPA RISK-BASED APPROVAL |
| MATTHEWS | 10/06/04 | 9.00 | PARTICIPATE IN SETTLEMENT DOCUMENT NEGOTIATIONS WITH REPRESENTATIVES OF GRACE, HATCO, WESTON, ACE AND THE STATE OF NEW JERSEY |
| MCGAHREN | 10/07/04 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS; PHONE CALL WITH M. OBRADOVIC |
| BECKER | 10/07/04 | 1.20 | REVIEW CASES REGARDING DEFINITIONS OF "DAMAGES" IN CONTEXT OF NATURAL RESOURCE DAMAGES AND DISCUSS WITH D. MULVIHILL HOW SUCH DEFINITION MIGHT RELATE TO DISCHARGEABILITY IN BANKRUPTCY |
| MULVIHILL | 10/07/04 | 4.20 | RESEARCH REGARDING DISCHARGEABILITY OF NRD CLAIMS IN BANKRUPTCY |
| MATTHEWS | 10/07/04 | 3.20 | REVIEW INCOMING CORRESPONDENCE; CALL WITH J. MCGAHREN REGARDING STATUS; CALL WITH A. REITANO REGARDING SETTLEMENT; CALL WITH P. BUCENS REGARDING REMEDIAL ACTION WORK PLAN ADDENDUM; REVISE AND TRANSMIT REVITALIZATION SETTLEMENT AGREEMENT AND ADMINISTRATIVE CONSENT ORDER |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001509

NJ\93849.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 10/08/04 | 2.00 | CONFERENCE CALL WITH GRACE AND HATCO REPRESENTATIVES REGARDING NRD CLAIMS; PHONE CALL WITH M. OBRADOVIC; CONFERRED WITH L. MATTHEWS |
| MULVIHILL | 10/08/04 | 6.50 | RESEARCH REGARDING DISCHARGEABLE CLAIMS AND NRDS IN BANKRUPTCY |
| MULVIHILL | 10/10/04 | 2.00 | WESTLAW RESEARCH REGARDING NATURAL RESOURCE DAMAGES AND BANKRUPTCY |
| MCGAHREN | 10/11/04 | 1.00 | REVIEWED CORRESPONDENCE; PHONE CALLS WITH A. REITANO, M. OBRADOVIC; CONFERRED WITH L. M ATTHEWS |
| MULVIHILL | 10/11/04 | 7.70 | RESEARCH REGARDING NRDS AND BANKRUPTCY; DRAFT MEMORANDUM TO J. MCGAHREN AND D. BECKER |
| MATTHEWS | 10/11/04 | 3.40 | REVIEW INCOMING CORRESPONDENCE; REVISE ACO AND REVITALIZATION SETTLEMENT AGREEMENT; FOLLOW-UP REGARDING SETTLEMENT ISSUES; ATTEND TO FILE; REVIEW REVISED DRAFT REMEDIAL ACTION WORK PLAN ADDENDUM |
| MCGAHREN | 10/12/04 | 1.00 | PHONE CALL WITH M. DUGAN; REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS; PHONE CALL WITH M. OBRADOVIC |
| BECKER | 10/12/04 | 1.20 | REVIEW AND EDIT D. MULVIHILL MEMORANDUM ON DISCHARGEABILITY OF NATURAL RESOURCE DAMAGES CLAIMS IN BANKRUPTCY |
| MULVIHILL | 10/12/04 | 5.20 | RESEARCH REGARDING NRDS AND BANKRUPTCY; DRAFT MEMORANDUM TO J. MCGAHREN AND D. BECKER |
| MATTHEWS | 10/12/04 | 2.90 | REVIEW INCOMING CORRESPONDENCE; CALLS WITH J. MCGAHREN AND M. MILLER REGARDING STATUS; REVIEW COMMENTS ON INSURANCE POLICY; REVIEW REVISED LETTER TO EPA; CALL WITH M. MILLER AND A. REITANO REGARDING POLICY |
| MCGAHREN | 10/13/04 | 2.00 | PHONE CALL WITH M. DUGAN, M. OBRADOVIC; REVIEWED CORRESPONDENCE AND SETTLEMENT DOCUMENTS; CONFERRED WITH D. MULVIHILL REGARDING NRD CLAIMS IN BANKRUPTCY |
| BECKER | 10/13/04 | .50 | DISCUSS ISSUES REGARDING BANKRUPTCY AND NATURAL RESOURCE DAMAGES WITH D. MULVIHILL |
| MULVIHILL | 10/13/04 | 2.30 | FURTHER RESEARCH REGARDING BANKRUPTCY ISSUES; REVIEW AND REVISE MEMORANDUM; EMAILS TO R. WYMAN AND D. BACON REGARDING BANKRUPTCY ISSUES |
| MATTHEWS | 10/13/04 | .20 | REVIEW INCOMING CORRESPONDENCE |
| BACON | 10/14/04 | .70 | REVIEW D. MULVIHILL MEMORANDUM ON ENVIRONMENTAL CLAIMS; CORRESPONDENCE TO D. MULVIHILL REGARDING SAME |
| MCGAHREN | 10/14/04 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 10/14/04 | 2.00 | REVIEW INCOMING CORRESPONDENCE; REVIEW ACES PROPOSED CHANGES TO ACO AND REVITALIZATION SETTLEMENT AGREEMENT; REVIEW NRD LIMITS IN POLICY AND REMEDIATION AGREEMENT; ATTEND TO POLICY ISSUES; CALL WITH M. MILLER REGARDING STATUS |
| MCGAHREN | 10/15/04 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH D. MULVIHILL, L. MATTHEWS; REVIEWED NRD CLAIM MEMORANDUM; PHONE CALLS WITH L. DUFF, M. |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001509

3

NJ\93849.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MULVIHILL | 10/15/04 | 2.00 | OBRADOVIC CALL WITH D. BACON TO DISCUSS BANKRUPTCY ISSUES; REVISE MEMORANDUM TO J. MCGAHREN REGARDING BANKRUPTCY AND NRD CLAIMS |
| MCGAHREN | 10/18/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 10/18/04 | 1.20 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN CONFERENCE CALL REGARDING NATURAL RESOURCE DAMAGES ISSUES |
| MCGAHREN | 10/19/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 10/19/04 | 3.50 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN STATUS CONFERENCE CALL; REVIEW P. BROSS' COMMENTS ON SETTLEMENT DOCUMENTS |
| MCGAHREN | 10/20/04 | .40 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS; PHONE CALL WITH A. REITANO |
| MCGAHREN | 10/21/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 10/21/04 | 2.80 | EDIT ACO AND REVITALIZATION SETTLEMENT AGREEMENT; REVIEW INCOMING CORRESPONDENCE; IDENTIFY REMEDIATION AGREEMENT ISSUES |
| MCGAHREN | 10/22/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 10/25/04 | 2.00 | REVIEW INCOMING CORRESPONDENCE; REVISE ACO AND REVITALIZATION SETTLEMENT AGREEMENT; BEGIN REVISION OF REMEDIATION AGREEMENT; ATTEND TO FILE |
| MCGAHREN | 10/26/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 10/26/04 | 1.80 | REVIEW INCOMING CORRESPONDENCE; FINALIZE REVISIONS TO REMEDIATION AGREEMENT; E-MAIL TO A. REITANO REGARDING OUTSTANDING ISSUES |
| LEJAVA | 10/28/04 | .80 | RESEARCHED FILES FOR PHASE III REMEDIAL INVESTIGATION REPORT IN ANTICIPATION OF EPA REQUEST AND REVIEWED SAME; CONFERENCE WITH J. MCGAHREN REGARDING PHASE III REMEDIAL INVESTIGATION REPORT DRAWINGS |
| MCGAHREN | 10/29/04 | .30 | REVIEWED CORRESPONDENCE |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J D BACON | 01112 | .70 | 550.00 | 385.00 | PARTNER, SR. |
| J MCGAHREN | 02116 | 15.30 | 475.00 | 7,267.50 | PARTNER, JR. |
| D BECKER | 03661 | 6.10 | 345.00 | 2,104.50 | ASSOCIATE, SR. |
| JP LEJAVA | 03186 | .80 | 360.00 | 288.00 | ASSOCIATE, SR. |
| D F MULVIHILL | 03737 | 29.90 | 295.00 | 8,820.50 | ASSOCIATE, JR. |
| LD MATTHEWS | 02951 | 52.60 | 455.00 | 23,933.00 | CONTRACT ASSOC |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 10/01/04 | TELECOPYING | TELECOPYING 16099849315 , BROSS 029016-0001 BROSS | LD MATTHEWS | | 21.25 |
| | | ** TOTAL TELECOPYING | | | 21.25 |
| 10/04/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 1.53 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001509

4

NJ\93849.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| 10/04/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 4.96 |
| 10/05/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 13.39 |
| 10/05/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .96 |
| 10/07/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 10.31 |
| 10/11/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 11.82 |
| 10/13/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 2.47 |
| 10/13/04 | TELEPHONE | TELEPHONE 07181 MULVIHILL, DANIEL F | D F MULVIHILL | | .77 |
| 10/18/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 9.25 |
| 10/18/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 1.16 |
| 10/28/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 3.44 |
| | | ** TOTAL TELEPHONE | | | 60.06 |
| 09/21/04 | FEDERAL EXPRESS | PHYLLIS BROSS CAMDEN NJ 08102 792736128944 09/21/04 765432648 | J MCGAHREN | | 10.21 |
| | | ** TOTAL FEDERAL EXPRESS | | | 10.21 |
| 10/04/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--10/04/04 | D BECKER | | 480.74 |
| 10/08/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--10/08/04 | D F MULVIHILL | | 118.38 |
| 10/10/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--10/10/04 | D F MULVIHILL | | 100.35 |
| 10/11/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--10/11/04 | D F MULVIHILL | | 151.20 |
| 10/12/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--10/12/04 | D F MULVIHILL | | 19.80 |
| | | ** TOTAL WESTLAW (WEST PUBLISHIN | | | 870.47 |
| 09/27/04 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 72.68 |
| 10/20/04 | TELEPHONE | TELEPHONE -USAGE - LAURIE D MATTHEWS - 09/24/04 | LD MATTHEWS | LAURIE D MATTHEWS | 3.15 |
| | | ** TOTAL TELEPHONE | | | 75.83 |
| 10/14/04 | MEALS - OUT OF TOWN | MEALS - NJ- -LAURIE D MATTHEWS 10/01/04 | LD MATTHEWS | LAURIE D MATTHEWS | 8.46 |
| | | ** TOTAL MEALS - OUT OF TOWN | | | 8.46 |
| 10/14/04 | GROUND TRANSPORTATION - OUT OF TOWN | TOLLS -NJ- -LAURIE D MATTHEWS 09/24/04 | LD MATTHEWS | LAURIE D MATTHEWS | 9.90 |
| 10/14/04 | GROUND TRANSPORTATION - OUT OF TOWN | TOLLS -NJ-LAURIE D MATTHEWS 10/01/04 | LD MATTHEWS | LAURIE D MATTHEWS | 14.05 |
| 10/14/04 | GROUND TRANSPORTATION - OUT OF TOWN | TOLLS -NJ -LAURIE D MATTHEWS 10/06/04 | LD MATTHEWS | LAURIE D MATTHEWS | 14.60 |
| 10/14/04 | GROUND TRANSPORTATION - OUT OF TOWN | TOLLS -NJ -LAURIE D MATTHEWS 09/15/04 | LD MATTHEWS | LAURIE D MATTHEWS | 14.35 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001509

NJ\93849.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| | | ** TOTAL GROUND TRANSPORTATION - | | | 52.90 |
| 10/14/04 | PARKING - OUT OF TOWN | PARKING - NY- -LAURIE D MATTHEWS 09/24/04 | LD MATTHEWS | LAURIE D MATTHEWS | 8.00 |
| 10/14/04 | PARKING - OUT OF TOWN | PARKING -NJ -LAURIE D MATTHEWS 10/06/04 | LD MATTHEWS | LAURIE D MATTHEWS | 8.00 |
| | | ** TOTAL PARKING - OUT OF TOWN | | | 16.00 |
| 10/14/04 | MILEAGE - OUT OF TOWN | MILEAGE(200 MILES) -NJ -LAURIE D MATTHEWS 10/06/04 | LD MATTHEWS | LAURIE D MATTHEWS | 75.00 |
| 10/14/04 | MILEAGE - OUT OF TOWN | MILEAGE(200 MILES) -NJ -LAURIE D MATTHEWS 09/15/04 | LD MATTHEWS | LAURIE D MATTHEWS | 75.00 |
| 10/14/04 | MILEAGE - OUT OF TOWN | MILEAGE (200 MILES)- NJ - -LAURIE D MATTHEWS 10/01/04 | LD MATTHEWS | LAURIE D MATTHEWS | 75.00 |
| 10/14/04 | MILEAGE - OUT OF TOWN | MILEAGE (200 MILES)- NY -LAURIE D MATTHEWS 09/24/04 | LD MATTHEWS | LAURIE D MATTHEWS | 75.00 |
| | | ** TOTAL MILEAGE - OUT OF TOWN | | | 300.00 |
| 09/24/04 | PARKING - LOCAL | PARKING - LOCAL - - JOHN MCGAHREN/MEETING/ TRENTON, NJ, 9/24/04 | J MCGAHREN | JOHN MCGAHREN | 8.00 |
| | | ** TOTAL PARKING - LOCAL | | | 8.00 |
| 10/12/04 | PHOTOCOPYING | PHOTOCOPYING 03737 CT1010130408113 | D F MULVIHILL | | 29.75 |
| 10/19/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1010200440907 | JUDITH CHRISTOPHER | | 2.21 |
| 10/19/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1010200440909 | JUDITH CHRISTOPHER | | .17 |
| 10/25/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1010260461479 | JUDITH CHRISTOPHER | | 3.57 |
| 10/28/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1010290477437 | JUDITH CHRISTOPHER | | .51 |
| 10/28/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1010290477439 | JUDITH CHRISTOPHER | | .17 |
| | | ** TOTAL PHOTOCOPYING | | | 36.38 |
| 09/21/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - PREP PKGS | JUDITH CHRISTOPHER | | 60.00 |
| 09/27/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & PREP OF DOCS. | JUDITH CHRISTOPHER | | 30.00 |
| 09/28/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOCATE DOCS. | JUDITH CHRISTOPHER | | 60.00 |
| 09/29/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & PREP OF DOCS. | JUDITH CHRISTOPHER | | 30.00 |
| 10/04/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOCATE DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 10/08/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOCATE DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 10/11/04 | OVERTIME | OVERTIME/JUDITH | JUDITH CHRISTOPHER | | 60.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001509

6

NJ\93849.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
|      |      | CHRISTOPHER - EDIT COPY & LOCATE DOCS |  |  |  |
|      |      | ** TOTAL OVERTIME |  |  | 360.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001509

7

NJ\93849.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

October 31, 2004

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

Please identify your check with the following number:
Invoice No.  W41001510
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $20,458.20 |
| For professional services rendered through October 31, 2004: | 2,251.50 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 2.21 | |
| TELEPHONE | 3.82 | |
| | | 6.03 |

| | |
|---|---:|
| Total Current Charges | 2,257.53 |
| Total Balance Due | $22,715.73 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001510

NJ\93858.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| SAVAGE | 10/18/04 | .40 | CONFER WITH J. LEJAVA REGARDING PREPARATION OF SPECIAL COUNSEL FEE APPLICATIONS FOR JULY AND AUGUST 2004 |
| SAVAGE | 10/21/04 | .20 | TELECONFERENCE WITH J. LEJAVA REGARDING DEADLINE FOR SPECIAL COUNSEL FEE APPLICATION(S) |
| LEJAVA | 10/22/04 | 1.70 | TELEPHONE CALL WITH S. BOSSAY OF WARREN H. SMITH & ASSOCIATES REGARDING SPECIAL COUNSEL FEES; REVIEWED DRAFT FEE RECOMMENDATION REPORT; CONFERENCE WITH J. MCGAHREN REGARDING DRAFT FEE REPORT |
| SAVAGE | 10/22/04 | 2.70 | PREPARE SPECIAL COUNSEL FEE APPLICATION FOR JULY AND AUGUST 2004 |
| LEJAVA | 10/25/04 | .60 | FINALIZED AUGUST AND SEPTEMBER 2004 SPECIAL COUNSEL FEE APPLICATION AND FORWARDED SAME TO K. YEE OF PACHULSKI, STANG FOR FILING |
| LEJAVA | 10/29/04 | 1.80 | CONDUCTED RESEARCH REGARDING RECOVERABILITY OF FEES WITH RESPECT TO SPECIAL COUNSEL MATTERS |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| JP LEJAVA | 03186 | 4.10 | 360.00 | 1,476.00 | ASSOCIATE, SR. |
| S SAVAGE | 03640 | 3.30 | 235.00 | 775.50 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 10/22/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 2.67 |
| 10/25/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 1.15 |
| | | ** TOTAL TELEPHONE | | | 3.82 |
| 10/19/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1010200440911 | JUDITH CHRISTOPHER | | 1.36 |
| 10/22/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1010230456711 | JP LEJAVA | | .85 |
| | | ** TOTAL PHOTOCOPYING | | | 2.21 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001510

2

NJ\93858.1