

**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

November 15, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    2232

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/01/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3). | 0.30 |
| 09/01/2004 | WFH | Review recent correspondence, orders and submissions by parties and confer with Mr. Marraro re: status of case, including the Third Circuit's denial of Honeywell's stay motion (1.9). | 1.90 |
| 09/01/2004 | CHM | Conference with client and review issues on joint appendix for Honeywell meeting. (1.5) | 1.50 |
| 09/02/2004 | WFH | Review correspondence from parties related to RCRA fees-on-fees petition and confer with Mr. Marraro and staff members re: projects in connection with preparing same (1.1). | 1.10 |
| 09/02/2004 | CHM | Conference with Mr. Agnello re various issues (0.6). | 0.60 |
| 09/03/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3). | 0.30 |
| 09/03/2004 | CHM | Conference with client re settlement issues (0.7) | 0.70 |
| 09/07/2004 | NAB | Produce Documents requested by Ms. Flax and Mr. Marraro (2.2); prepare Daily Correspondence log and e-mail same to case attorneys (1.0). | 3.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/07/2004 | WFH | Review Honeywell's recent submissions to the Special Master re: groundwater contamination and other remediation issues at site (.3). | 0.30 |
| 09/07/2004 | CHM | Meeting at Arnold & Porter re Joint Appendix. (3.5) | 3.50 |
| 09/08/2004 | NAB | Produced Documents requested by Mr. Hughes (.4); prepare Daily Correspondence log and e-mail same to case attorneys (.4); review and analyze document to be integrated into existing case files (1.2). | 2.00 |
| 09/08/2004 | CHM | Analyze various documents for Special Master's meeting (1.5); conference with Mr. K. Brown re Asphalt paving. (0.8). | 2.30 |
| 09/09/2004 | NAB | Produce Documents Requested by Mr. Hughes (.6); prepare Daily Correspondence and e-mail same to case attorneys (.2); scan and e-mail requested documents to Ms. Morris (Secretary of Nagy) (.5). | 1.30 |
| 09/09/2004 | WFH | Conferences with Ms. Flax re joint appendix in connection with 3rd Circuit appeal (.3). | 0.30 |
| 09/09/2004 | CHM | Preparation for Special Master's meeting and prepare draft letters re same. (2.5) | 2.50 |
| 09/09/2004 | CHM | Phone conference with Mr. D. Siegel and others and Mr. Agnello re settlement issues. (0.3); conference with Dr. Brown and Mr. Logan re backfill and other issues (1.3); conference with Mr. Agnello re settlement issues (2.5); telephone conference re Mr. A. Nagy re settlement issues. (0.7). | 4.80 |
| 09/10/2004 | CHM | Conference with A&P re Joint Appendix issues (1.8); Review ICO letter re Joint Appendix (0.3). | 1.10 |
| 09/10/2004 | CHM | Travel to New Jersey to work on Special Master's issues. (1.8) (Note: Travel time billed at 50%; 10% here or 1.6; 40% at end of statement). | 1.60 |
| 09/10/2004 | CHM | Travel from New Jersey to Washington, D.C. (1.8) (Note: Travel time billed at 50%; 10% here or 1.6; 40% at end of statement) | 1.60 |
| 09/10/2004 | CHM | Research and prepare letter to Special Master on backfill (2.4); conference with Mr. Logan re same (0.6); review 100% scope issues (1.0). | 4.00 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/10/2004 | CHM | Conference calls with client re settlement (0.8); meeting with Mr. Agnello re settlement and indemnification issues (2.0). | 2.80 |
| 09/11/2004 | CHM | Review draft bankruptcy court filings from Mark Shelnitz (1.5); conference call with client (0.3). | 1.80 |
| 09/13/2004 | NAB | Review and analyze document to be integrated into existing case files (2.9). | 2.90 |
| 09/13/2004 | WFH | Review Honeywell's opposition to Grace's petition to submit annotated copy of the district court's decision (.2). | 0.20 |
| 09/13/2004 | CHM | Begin to outline settlement issues for agreement with Mr. Senftleben and Mr. Agnello (2.2); review draft agreement from A&P (2.0); begin to outline deficiencies (1.6); conference call with Mr. Siegel (0.5); conference call with Mr. Milch. (0.4). | 6.70 |
| 09/13/2004 | CHM | Travel to New Jersey. (1.8) (Note: Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 09/13/2004 | CHM | Work on issues for September 14th Special Master's meeting. (1.6) | 1.60 |
| 09/14/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.6). | 0.60 |
| 09/14/2004 | NAB | Review and analyze document to be integrated into existing case files (1.2). | 1.20 |
| 09/14/2004 | WFH | Review 3rd Circuit's order re submission of annotated opinion and correspondence re joint appendix (.3). | 0.30 |
| 09/14/2004 | CHM | Travel from New Jersey to Washington, D.C. (1.6) (Note: Travel time billed at 50%; 10% here or 1.4 and 40% at end of statement.) | 1.40 |
| 09/14/2004 | CHM | Conference with Mr. Sentfleben and Mr. Agnello re A&P settlement draft and prepare revisions to Settlement Agreement (9.5) | 9.50 |
| 09/14/2004 | CHM | Prepare letter to Special Master's re bill issues (1.5); attend Special Master's meeting (2.5). | 4.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/15/2004 | NAB | Compile Documents regarding Stay motion per Mr. Hughes' request (1.1); review bills for Oral Argument entries and compile amount spent (2.2); research case files for information re: CT&E settlement (1.6); prepare Daily Correspondence log and e-mail same to case attorneys (.7); produce bills per Mr. Marraro's request (1.9). | 7.50 |
| 09/15/2004 | WFH | Review recent correspondence and submissions to the Special Master in connection with Honeywell's remedial actions at the Site (.6). | 0.60 |
| 09/15/2004 | CHM | Conference with Mr. S. Siegel re settlement draft (0.3); conference with Mr. Agnello re same (0.5). | 0.80 |
| 09/16/2004 | NAB | Continue to review bills for Oral Argument entries and compile chart (1.1); prepare Daily Correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (1.2); research transcripts for Akos Nagy Testimony re: redevelopment per Mr. Marraro's request (4.6). | 7.50 |
| 09/16/2004 | WFH | Conferences with Mr. Marraro re settlement issues and preparation of brief in connection with Bankruptcy Court's review and approval of same (.4); draft and revise portion of Bankruptcy Court brief re history and status of district court proceedings (7.3); factual research in connection with same (.6). | 8.30 |
| 09/16/2004 | CHM | Travel to New Jersey for meeting re settlement issues. (1.8) (Note: Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 09/16/2004 | CHM | Review Honeywell Reply Brief (1.0); Conference with Mr. Agnello and prepare response settlement draft to Honeywell (7.0). | 8.00 |
| 09/17/2004 | WFH | Conferences with Mr. Marraro and staff re preparing RCRA fees-on-fees application (0.4); review Wallace King invoices going back to 6/3 and identify RCRA-related hours to be requested in new fee petition (2.4). | 2.80 |
| 09/17/2004 | CHM | Travel from New Jersey to Washington, D.C. (2.1) (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/17/2004 | CHM | Work on settlement agreement (6.5); various conference calls with clients re same (1.5); call with Dr. Brown re settlement (0.5); telephone conference with Pitney Hardin re settlement (0.8). | 9.30 |
| 09/19/2004 | CHM | Conference with Mr. Agnello and finish draft of Motion to Approve Settlement. (2.5) | 2.50 |
| 09/20/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2). | 0.20 |
| 09/20/2004 | NAB | Pack Grace/Allied files to be sent to Howrey (7.3). | 7.30 |
| 09/20/2004 | WFH | Conferences with Mr. Marraro re Honeywell settlement and case developments (.5). | 0.50 |
| 09/20/2004 | CHM | Work on Motion to Approve Settlement with various conference calls and redline drafts. (6.4) | 6.40 |
| 09/20/2004 | RMM | Gather C. V. of Kirk Brown for review by Mr. Marraro (.1). | 0.10 |
| 09/21/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.4). | 0.40 |
| 09/21/2004 | NAB | Pack Grace/Allied files to be sent to Howrey (5.9). | 5.90 |
| 09/21/2004 | WFH | Review joint appendix materials in connection with 3rd Circuit brief (.3). | 0.30 |
| 09/21/2004 | CHM | Meeting Mr. Nagy re settlement and various issues. (2.5) | 2.50 |
| 09/23/2004 | NAB | Pack Grace/Allied files to be sent to Howrey. | 7.50 |
| 09/23/2004 | CHM | Telephone conference with Mr. Nagy (0.5); telephone conference re ICO (0.5); review deferred Joint Appendix for issues (3.0). | 4.00 |
| 09/23/2004 | RMM | Discussion with Ms. Bynum re: transition of materials (.2). | 0.20 |
| 09/24/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2). | 0.20 |
| 09/24/2004 | NAB | Pack Grace/Allied files to be sent to Howrey and OCR Grace Bills (7.3). | 7.30 |

Case 01-01139-AMC    Doc 7016-1    Filed 11/23/04    Page 6 of 17

Page 6

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/24/2004 | WFH | Review correspondence from counsel for ICO re correcting appellate record in connection with Honeywell's stay motion (.3). | 0.30 |
| 09/24/2004 | CHM | Conference calls with Third Circuit re availability (0.5); prepare letter to Third Circuit re same. (0.5); review and edit Joint Motion on deferred Appendix. (0.5) | 1.50 |
| 09/27/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.5). | 0.50 |
| 09/27/2004 | NAB | Pack Grace/Allied files to be sent to Howrey (6.1). | 6.10 |
| 09/27/2004 | NAB | Pull cases requested by Mr. Hughes (.9). | 0.90 |
| 09/28/2004 | NAB | Pack Grace/Allied files to be sent to Howrey (7.5). | 7.50 |
| 09/28/2004 | CHM | Work on Joint Appendix issues (3.0); review supersedeous bond draft for fee Award. (0.5) | 3.50 |
| 09/29/2004 | NAB | Review Proof Brief and replace cites with Joint Appendix entries (7.2); prepare Daily Correspondence log and e-mail same to case attorneys (.3). | 7.50 |
| 09/29/2004 | CHM | Conference with client re settlement issues (0.5); conference with K. Millian re Motion to Strike (0.5) | 1.00 |
| 09/29/2004 | CHM | Review report on 100% design and conference with Dr. Brown. (1.0) | 1.00 |
| 09/30/2004 | NAB | Continue to review Proof Brief and replace cites with Joint Appendix entries (3.5); prepare Daily Correspondence log and e-mail same to case attorneys (.3). | 3.80 |
| 09/30/2004 | WFH | Review Honeywell's multi-volume 100% design report for the site (.8). | 0.80 |
| 09/30/2004 | WFH | Review ICO's supplemental RCRA fee application and correspondence re oral arguments and appeal of RCRA fee order (.5). | 0.50 |
| 09/30/2004 | CHM | Conference with Mr. Daneker re withdrawal clause (0.3); conference with Mr. Milch re various issues re settlement implementation (0.5); conference with Mr. Senftleben and Mr. Nagy re: creditor committee teleconference. (0.6). | 1.40 |

|  |  | **Amount** |
|---|---:|---:|
| Total fees | 199.30 | 62,941.50 |

Disbursements:

| | Amount |
|---|---:|
| C. Marraro - Dinner with Mr. Brown, Mr.Agnello, A. Nagy and R. Sebftleben in NJ on 6/21/04 (5 people) | 268.75 |
| C. Marraro - Dinner in NY with Mr. Agnello and Mr. Nagy on 7/7/04 (3 people) | 292.50 |
| C. Marraro - Dinner in NJ on 7/14/04 (1 person) | 27.55 |
| C. Marraro - Dinner in NJ with Mr. J. Agnello on 7/14/04 (2 people) | 25.20 |
| C. Marraro - Dinner in Maryland with R. Fabricant on 7/16/04 (2 people) | 187.40 |
| C. Marraro - Working meal in D.C. on 6/4/04 (1 person) | 21.00 |
| C. Marraro - Working dinner in DC with Mr. Hughes on 6/10/04 (2 people) | 44.97 |
| C. Marraro - Dinner in NJ with J. Agnello on 6/17/04 (2 people) | 57.70 |
| C. Marraro - Car Service from Airport to Hotel in NJ 6/17/04 | 91.48 |
| C. Marraro - R/T Coach Air Fare from Washington to Newark on 7/01/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare from DC to NJ on 7/7/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare from DC to NJ on 7/13/04 | 607.70 |
| C. Marraro - Coach Air Fare from NY to DC on 7/15/04 | 158.60 |
| C. Marraro - R/T Coach Air Fare from DC to NJ on 6/4/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare from DC to Newark on 6/17/04 | 607.70 |
| C. Marraro - Coach Air Fare from NY to DC on 06/19 | 241.60 |
| C. Marraro - Coach Air Fare from DC to NY on 6/20/04 | 95.10 |
| C. Marraro - R/T Coach Air Fare (1/2 cost only) from DC to Newark to Boston on 5/29/04 | 260.85 |
| C. Marraro - Coach Air Fare from DC to Newark to Boson (1/2 cost only) on 6/12/04 | 984.70 |
| C. Marraro - Hotel in 7/13/2004 | 298.48 |
| C. Marraro - Hotel in NY on 6/16-17/04 (1 night) | 276.75 |
| C. Marraro - Hotel in NJ on 6/21-23/04 (2 nights) | 554.70 |
| C. Marraro - Hotel in NJ on 7/15/04 (1 night) | 285.98 |
| C. Marraro - Hotel in NJ for Mr. K. Brown on 7/15/04 | 249.66 |
| C. Marraro - Auto Rental in Newark to Flushing, NY on 6/17-18/04 (2 days) | 127.39 |
| C. Marraro - Auto Rental in NY on 6/19-22/04 (3 days) | 311.79 |
| C. Marraro - Auto Rental in Newark on 7/01/04 (1 day) | 124.41 |
| C. Marraro - Auto Rental in Newark on 7/7-8/04 (2 days) | 113.11 |
| C. Marraro - Auto Rental in Newark on 7/13-14/04 (2 days) | 207.39 |
| C. Marraro - Auto Rental in Newark on 6/9/04 (1 day) | 112.13 |
| C. Marraro - Auto Rental in Newark to NY on 6/1404 (1 day) | 96.82 |
| C. Marraro - Parking at Airport on trip ending 6/18/04 | 30.00 |
| C. Marraro - Parking at Airport on trip ending 6/22/04 | 60.00 |

| | |
|---|---:|
| C. Marraro - Parking at Airport on trip ending 7/2/04 | 15.00 |
| C. Marraro - Parking at Airport on trip ending 7/7/04 | 25.00 |
| C. Marraro - Parking at Airport on trip ending 7/8/04 | 30.00 |
| C. Marraro - Parking at Airport on trip ending 7/14/04 | 30.00 |
| C. Marraro - Parking at Airport on trip ending 6/9/04 | 15.00 |
| C. Marraro - Amtrak R/T DC to Philadelphia on 7/6/04 | 155.00 |
| C. Marraro - Amtrak from Newark to DC on 7/14/04 | 223.00 |
| C. Marraro - Dinner in DC with Mr. Iossa on 7/27/04 (2 people) | 65.83 |
| C. Marraro - Lunch in NJ with J. Agnello and R. Senftleben on 7/28/04 (3 people) | 50.14 |
| C. Marraro - Dinner in NJ on 7/29/04 (1 person) | 32.45 |
| C. Marraro - Lunch in NJ with J. Agnello on 8/5/04 (2 people) | 34.60 |
| C. Marraro - Dinner in NJ with J. Agnello and R. Senftleben on 8/5/04 (3 people) | 122.31 |
| C. Marraro - Dinner in NJ with M. Flax, J. Agnello and R. Davies on 8/10/04 (4 people) | 248.97 |
| C. Marraro - Dinner in Baltimore, MD with A. Nagy on 8/16/04 (2 people) | 281.75 |
| C. Marraro - R/T Coach Air Fare DC to Newark on 8/10/04 | 607.69 |
| C. Marraro - R/T Coach Air Fare from Washington to Newark on 8/3/04 | 607.69 |
| C. Marraro - Coach Air Fare from NY to Washington on 8/13/04 | 241.60 |
| C. Marraro - Coach Air Fare from Newark to DC on 7/30/04 | 278.60 |
| Hotels Mr. Marraro 08/02/2004 | 17.01 |
| C. Marraro - Hotel in NJ on 8/5-7/04 (2 nights) | 530.60 |
| C. Marraro - Hotel in NJ on 7/29-30/04 (1 night) | 539.13 |
| C. Marraro - Hotel in NJ on 8/9-10/04 (1 night) | 264.39 |
| C. Marraro - Hotel in NJ on 8/10-11/04 (1 night) | 349.51 |
| C. Marraro - Hoteh in New York on 8/13-14/04 (1 night) | 278.59 |
| C. Marraro - Auto Rental in Newark on 8/4-6/04 (2 days) | 147.10 |
| C. Marraro - Auto Rental in Newark on 8/9-11/04 (3 days) | 218.25 |
| C. Marraro - Auto Rental in Newark to Flushing on 8/11-12/04 (2 days) | 105.08 |
| C. Marraro - Parking at Airport on trip ending 8/14/03 | 30.00 |
| C. Marraro - Parking at Airport on trip ending 8/6/04 | 45.00 |
| C. Marraro - Parking at Airport on trip ending 8/12/04 | 45.00 |
| Copying | 345.45 |
| Facsimile | 34.50 |
| Telephone | 986.02 |
| Online research | 1,814.58 |
| Delivery services/messengers | 47.58 |
| Postage | 4.99 |
| Federal Express | 52.10 |
| Total disbursements | $17,564.02 |

|  |  |
|---|---|
| Total Amount of This Bill | $80,505.52 |
| Less Deduction of 40% of Fees Per Agreement | $25,176.60 |
| Balance Due | $55,328.92 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 98.90 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 81.90 | $110.00 |
| Mitchell, Rebecca M. | Paralegal | 0.30 | $130.00 |
| Hughes, William F. | Counsel | 18.20 | $380.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

November 15, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#   2231

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|            |     |                                                                                                                                                           | **Hours** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 09/01/2004 | WFH | Review pertinent trial testimony and exhibits related to hazardous substances and arranger issues and work on proposed Findings of Fact re: same (7.4).   | 7.40      |
| 09/02/2004 | WFH | Review pertinent trial testimony and exhibits related to hazardous substances and arranger issues and work on proposed Findings of Fact re: same (7.8).   | 7.80      |
| 09/02/2004 | ACZ | Conference with Mr. Hughes re CERCLA standard of proof (0.6); research federal case law re same (4.1).                                                    | 4.70      |
| 09/03/2004 | WFH | Review pertinent trial testimony and exhibits related to hazardous substances and arranger issues and work on proposed Findings of Fact re: same (8.8).   | 8.80      |
| 09/03/2004 | CHM | Review record and work on Findings of Fact (Arranger). (9.5)                                                                                              | 9.50      |
| 09/04/2004 | CHM | Work on Findings of Fact and coordinating brief. (5.5)                                                                                                    | 5.50      |
| 09/06/2004 | CHM | Work on Findings of Fact and analysis of record (Arranger). (3.5)                                                                                         | 3.50      |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/07/2004 | WFH | Review pertinent trial testimony and exhibits related to hazardous substances and arrange issues and work on proposed Findings of Fact re: same (4.7); begin drafting post-trial brief (4.9). | 9.60 |
| 09/07/2004 | CHM | Review transcript re hazardous substances. (2.5) | 2.50 |
| 09/08/2004 | WFH | Work on proposed Findings of Fact re:: hazardous substances and arranger issues (2.8); work on post-trial brief on hazardous substances and arranger issues (6.8). | 9.60 |
| 09/08/2004 | CHM | Continue to review exhibits as to Arranger issues. (4.5). | 4.50 |
| 09/09/2004 | WFH | Review pertinent testimony and exhibits and revise proposed Findings of Fact (10.2). | 10.20 |
| 09/10/2004 | WFH | Work on post-trial brief and conduct legal/factual research in support of same (9.7). | 9.70 |
| 09/11/2004 | WFH | Finalize draft of hazardous substances section of trial brief and circulate to Messrs. Marraro and Hogan for comment (8.3). | 8.30 |
| 09/11/2004 | CHM | Work on findings Trial brief and telephone conference re same. (4.5) | 4.50 |
| 09/12/2004 | WFH | Conference calls with Messrs. Hogan and Marraro re post-trial filings and status of same (0.7); work on "arranger" section of post-trial brief and research in connection with same (5.8). | 6.50 |
| 09/12/2004 | CHM | Work on Trial brief re hazardous substances. (5.0) | 5.00 |
| 09/13/2004 | WFH | Prepare final draft of Grace's post-trial brief an circulate to Messrs. Hogan and Marraro for comment (9.4). | 9.40 |
| 09/13/2004 | CHM | Edit final draft of hazardous substances (1.5); conference with Mr. Hughes re same. (0.3) | 1.80 |
| 09/14/2004 | WFH | Revise and provide record citations for Grace's proposed Findings of Fact and confer with Messrs. Marraro and Hogan re same (9.8). | 9.80 |
| 09/14/2004 | CHM | Review and edit final draft of brief and Findings of Fact (3.5). | 3.50 |
| 09/15/2004 | WFH | Provide citations and assist Mr. Hogan in finalizing Grace's proposed Findings of Fact and Post-Trial Brief for filing with District Court (7.8). | 7.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/17/2004 | WFH | Review Zotos' multi-volume set of proposed findings of fact and prepare list of points to rebut on hazardous substances issue (4.6); review and analyze Zoto's post-trial brief and prepare list of reply issues (1.6). | 6.20 |
| 09/20/2004 | WFH | Conferences with Messrs. Marraro and Hogan re Grace's response to Zotos' post-trial submissions (0.6); review Zotos' multi-volume set of proposed findings of fact and prepare list of points to rebut on arranger issues (4.4); prepare detailed outline of Grace's reply brief on arranger issues and circulate to Mr. Hogan (3.7). | 8.70 |
| 09/21/2004 | NAB | Pull cases requested by Mr. Hughes (1.2). | 1.20 |
| 09/21/2004 | WFH | Prepare detailed outline of Grace's reply brief on hazardous substances issues and circulate to Mr. Hogan (1.9); revie CERCLA cases cited by Zotos and distinguish same in connection with brief (1.7); begin drafting Grace's reply brief (5.1). | 8.70 |
| 09/21/2004 | ACZ | Research CERCLA arranger liability case law for Mr. Hughes (2.2). | 2.20 |
| 09/21/2004 | FPP | Engage in research regarding liability for manufacturing of a product found at a waste site. (4.0) | 4.00 |
| 09/22/2004 | WFH | Draft and revise section of Grace's reply brief on hazardous substances issue (7.6); review Zotos' evidentiary brief and confer with Mr. Hogan re response to same (1.3). | 8.90 |
| 09/22/2004 | CHM | Analyze Zotos Finding of Facts and Conclusions of Law and memo (4.0); conference call with Mr. Hughes re same. (0.5) | 4.50 |
| 09/22/2004 | ACZ | Research re CERCLA arranger liability for Mr. Hughes (.9). | 0.90 |
| 09/23/2004 | WFH | Draft and revise section of Grace's reply brief on hazardous substances issues (9.2); conferences with Mr. Zacaroli re results of CERCLA research and review same (0.6). | 9.80 |
| 09/23/2004 | ACZ | Additional research re CERCLA arranger liability (1.5); conference with Mr. Hughes re same (0.4). | 1.90 |
| 09/23/2004 | FPP | Compose email to Mr. Hughes regarding research and analysis. (1.3) | 1.30 |
| 09/24/2004 | WFH | Work on Grace's reply post-trial brief (9.4). | 9.40 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/24/2004 | CHM | Work on outline of points for reply brief (2.0); review record on STL issues (1.2); Record Manager issues (2.0). | 5.20 |
| 09/24/2004 | ACZ | Additional research re CERCLA arranger liability (0.9); conference with Mr. Hughes re same (0.4). | 1.30 |
| 09/25/2004 | WFH | Draft and revise section of Grace's reply brief on "arranger" issue (6.3). | 6.30 |
| 09/26/2004 | WFH | Finalize section of Grace's reply brief on hazardous substances issues and circulate to Messrs. Hogan and Marraro for comment (5.6). | 5.60 |
| 09/27/2004 | WFH | Work on section of Grace's reply brief on "arranger" issue and factual/legal research in support of same (8.9); conferences with Messrs. Hogan and Marraro re same (.5). | 9.40 |
| 09/27/2004 | CHM | Review and edit Reply Brief on hazardous substances. (3.5) | 3.50 |
| 09/28/2004 | WFH | Finalize draft of Grace's reply brief to incorporate Messrs. Marraro's and Hogan's comments and revisions (8.2); review rebuttal to Zotos' proposed FOF prepared by Mr. Hogan and incorporate selected portions into Grace's reply brief. (1.4). | 9.60 |
| 09/28/2004 | CHM | Review and edit final draft of Reply Brief. (2.0) | 2.00 |
| 09/29/2004 | WFH | Factual research in connection with finalizing Grace's reply brief and conferences with Mr. Hogan re citations and other matters related to filing with the District Court (4.7). | 4.70 |
| 09/29/2004 | WFH | Review Mealeys and BNA updates and selected materials cited in same (.6). | 0.60 |
| 09/29/2004 | CHM | Review Zotos Reply Brief. (1.5) | 1.50 |

|  |  |  | **Amount** |
|---|---|---|---|
| | Total fees | 267.30 | 104,148.50 |

Disbursements:

| | Amount |
|---|---|
| W. Hughes - Dinner while working late on brief on 8/08/04 (1 person) | 26.79 |
| C. Marraro - Working dinner on 6/30/04 (1 person) | 15.87 |
| C. Marraro - Dinner with R. Emmett, K. Hogan, R. Brown, M. Low and B. Hughes at trial on 5/19/04 (6 people) | 239.50 |
| C. Marraro - Dinner with K. Brown, B. Hughes and B. Emmett on 5/24/04 at trial in NY (4 people) | 98.25 |

| | |
|---|---:|
| C. Marraro - Lunch with K. Hogan on 5/25/04 at trial in NY (2 people) | 48.00 |
| C. Marraro - Dinner with K. Hogan and B. Hughes on 5/25/04 at trial in NY (3 people) | 164.05 |
| C. Marraro - Dinner with Mr. Brown on 7/09/04 in Jersey City, NJ (2 people) | 40.61 |
| C. Marraro - Dinner with R. Hogan, M.E. Johns, R. Brown, M Low and B. Hughes in NY on 5/19/04 (6 people) | 350.80 |
| C. Marraro - Coach Air Fare from DC to Buffalo, NY on 5/24/04 for trial | 437.10 |
| C. Marraro - Coach Air Fare from Buffalo, NY to Washington, D.C. on 5/26 for trial | 327.60 |
| C. Marraro - R/T Coach Air Fare to and from Buffalo, NY for trial on 5/21/04 | 455.60 |
| C. Marraro - Hotel in Buffalo, NY for trial on 5/16-21/04 (5 nights) | 1,061.85 |
| C. Marraro - Hotel in Buffalo, NY for trial on 5/23-26/04 (3 nights) | 595.11 |
| C. Marraro - Auto Rental in Buffalo, NY for trial on 5/12-21/04 (10 days) | 532.27 |
| C. Marraro - Dinner with K. Brown in D.C. on 7/20/04 (2 people) | 83.07 |
| Copying | 412.11 |
| Facsimile | 12.75 |
| Telephone | 141.29 |
| Total disbursements | $5,042.62 |
| Total Amount of This Bill | $109,191.12 |
| Balance Due | $109,191.12 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Zacaroli, Alec C. | Associate | 11.00 | $250.00 |
| Marraro, Christopher H. | Partner | 57.00 | $475.00 |
| Pittman, F. Paul | Associate | 5.30 | $175.00 |
| Bynum, Natasha A. | Legal Clerk | 1.20 | $110.00 |
| Hughes, William F. | Counsel | 192.80 | $380.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

November 15, 2004

Akos Nagy
W. R. Grace & Company
7500 Grace Drive
Columbia, MD  21044

Invoice#    2230

For Professional Services Rendered in Connection with General Matters - Matter 11

Professional Services:

| Date | TK | Description | Hours |
|---|---|---|---|
| 09/21/2004 | CHM | Conference call with Mr. Nagy and Mr. Hatfield re WEJA issues. (0.5) | 0.50 |
| 09/30/2004 | CHM | Review WEJA briefs and meeting with Pitney Harden and Mr. Nagy. (4.5) | 4.50 |

|  |  | Amount |
|---|---|---|
| Total fees | 5.00 | 2,375.00 |
| Total Amount of This Bill |  | $2,375.00 |
| Balance Due |  | $2,375.00 |

### Timekeeper Summary

| Name |  | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 5.00 | $475.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

November 15, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#    2233

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

| Date | | Description | Hours |
|---|---|---|---:|
| 09/01/2004 | CHM | Meeting with Cytec in Boston (6.0). | 6.00 |
| 09/08/2004 | CHM | Conference with Mr. Steinberg re meeting follow-up. (0.5) | 0.50 |
| 09/16/2004 | CHM | Conference with Ms. Duff re various issues. (0.5) | 0.50 |
| 09/22/2004 | CHM | Review Ms. Duff letter to Mass. Counsel (0.2); conference with Mr. Obradovic re concern data. (0.3) | 0.50 |
| 09/29/2004 | CHM | Review letter to Mesevage. (0.5) | 0.50 |

| | | | | **Amount** |
|---|---|---|---:|---:|
| | Total fees | | 8.00 | 3,800.00 |

Disbursements:

| Description | Amount |
|---|---:|
| C. Marraro - Dinner in Maryland with M. Steinberg on 6/22/04 (2 people) | 57.57 |
| C. Marraro - Dinner in Massachusetts with M. O'Bradevic, M.E. Johns and L. Duff on 6/1/04 (4 people) | 224.70 |
| C. Marraro - Dinner in MA on 6/2/04 (1 person) | 27.84 |
| C. Marraro - Coach Air Fare Boston to Washington (1/2 cost) on 5/29/04 | 206.60 |
| C. Marraro - Coach Air Fare from DC to Newark to Boston (1/2 cost) on 5/28/04 Mr. Marraro | 260.85 |
| C. Marraro - Hotel in Massachusetts on 6/1-2/04 (1 night) | 158.63 |
| C. Marraro - Parking at Airport on trip ending 6/2/04 | 30.00 |

| | |
|---|---:|
| Total disbursements | $966.19 |
| Total Amount of This Bill | $4,766.19 |
| Balance Due | $4,766.19 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Marraro, Christopher H. | Partner | 8.00 | $475.00 |