

**Standard Services Company, Inc.**
formerly Standard Supply & Hardware Co., Inc.

Nov. 15, 2004



US Bankruptcy Court
824 Market Street, 3rd Floor
Wilimington, DE  19801

REF:   WR Grace & Co., et al, Debtors
       Case No. 01-1139 (JEK)

We are an unsecured creditor in the subject case. We recently received correspondence in the subject case that was mailed to our old address. Could you please make note that our company has moved from Harahan, LA.

Our <u>new</u> mailing and delivery address for Standard Services Company is as follows:

Standard Services Company, Inc.
14694 Airline Highway
Destrehan, LA  70047

Phone: 985-725-1989        Fax: 985-725-1957

Thank you very much for sending correspondence to our new address.

Sincerely,

Mac Hadden
President

Corporate Headquarters
14694 Airline Highway • Destrehan, LA  70047
Tel: 985-725-1989 • Fax: 985-725-1957 • www.standardservices.org