**Exhibit B**
August 2004 Fee Application

# ORIGINAL

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: 10/28/04 at 4:00 p.m. |

**SUMMARY COVER SHEET TO FORTY FIRST MONTHLY INTERIM APPLICATION
OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
<u>AUGUST 1, 2004 THROUGH AUGUST 31, 2004</u>**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2004 through August 31, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $86,452.96 for the period August 1, 2004 through, August 3, 2004 (80% of $108,066.20 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $9,384.00 for the period August 1, 2004 through August 31, 2004. |

This is a:        Monthly interim application.

6568
10-8-04

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

| | 6/30/03 | | | | |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 100% Paid | 100%Paid |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 100% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 100% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 100% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | 100% Paid | 100% Paid |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | 100% Paid | 100% Paid |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/29/04 | 3/1/04 through 3/31/04 | $113,279.40 | $15,064.65 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/27/04 | 4/1/04 through 4/30/04 | $104,865.80 | $8,902.70 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/11/04 | 5/1/04 through 5/31/04 | $167,326.80 | $28,642.23 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/13/04 | 6/1/04 through 6/30/04 | $97,163.70 | $29,968.45 | No Objections Served on Counsel | No Objections Served on Counsel |
| 9/22/04 | 7/1/04 through 7/31/04 | $100,843.00 | $122,550.38 | No Objections Served on | No Objections Served on |

| | | | | Counsel | Counsel |
|---|---|---|---|---|---|

As indicated above, this is the forty first application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $475 | 128.0 | $60,800.00 |
| William Hughes | Counsel | $380 | 171.5 | $65,170.00 |
| Michael J. Henderson | Associate | $180 | 1.2 | $216.00 |
| Alec C. Zacaroli | Associate | $250 | 22.3 | $5,575.00 |
| David M. Dorsen | Counsel | $350 | 35.2 | $12,320.00 |
| Michael L. Williams | Associate | $250 | 2.3 | $575.00 |
| Natasha A. Bynum | Legal Clerk | $110 | 63.3 | $6,963.00 |
| Mahmoude Moasser | Paralegal | $145 | 21.4 | $3,103.00 |
| Rebecca M. Mitchell | Paralegal | $130 | 0.60 | $78.00 |
| Rebecca M. Ross | Paralegal | $130 | 10.1 | $1,313.00 |

Total Fees                              $156,113.00
Less 40% Discount for Allied      $(48,046.80)

Balance Due                           $108,066.20

Total Hours                            455.90

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copying | $1,167.84 |
| Facsimile | $40.50 |
| Online Research | $6,449.05 |
| Telephone | $114.96 |
| Federal Express | $66.36 |
| Postage | $5.55 |
| Delivery Services/messengers | $139.03 |
| Overtime Transportation | $77.26 |
| Working Meals | $55.46 |
| Parking at airport and on trips | $20.00 |
| Taxis | $69.75 |
| Secretarial overtime | $920.24 |
| Amtrak | $258.00 |
| | |
| Total | $9,384.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 6th day of October 2004.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-



**Wallace King Marraro & Branson, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

October 06, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#   2147

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 08/02/2004 | CHM | Review and comment on Hogan evidentiary memo (1.5). | 1.50 |
| 08/12/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (7.6). | 7.60 |
| 08/16/2004 | WFH | Review and comment on draft evidentiary memo prepared by Mr. Hogan (0.8); follow-up research in connection with same (0.5); review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (7.4). | 8.70 |
| 08/16/2004 | CHM | Conference with Hogan re Findings of Fact. (1.0) | 1.00 |
| 08/17/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (8.8). | 8.80 |
| 08/18/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (8.2). | 8.20 |
| 08/19/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (5.3); work on proposed findings (2.5). | 7.80 |

Page 2

| Date | | Description | | Amount |
|------|------|-------------|------|--------|
| 08/20/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (2.6); work on proposed findings (4.8). | | 7.40 |
| 08/23/2004 | CHM | Travel to Buffalo New York (1.5). (Note: Travel time billed at 50%). | | 0.70 |
| 08/23/2004 | CHM | Work on Post-Trial Findings of Fact. (7.0) | | 7.00 |
| 08/24/2004 | CHM | Return to Washington, DC from Buffalo New York (1.5). (Note: Travel time billed at 50%.) | | 0.70 |
| 08/24/2004 | CHM | Work on Post-Trial Findings of Fact. (7.0) | | 7.00 |
| 08/25/2004 | CHM | Various conference calls re Third Circuit Stay denial. (1.8); Conference with client re same. (0.3). | | 2.10 |
| 08/31/2004 | WFH | Work on trial brief and proposed findings of fact (6.9). | | 6.90 |

Total fees                              75.40        **Amount**
                                                     30,552.00

Disbursements:

C. Marraro - Working lunch on 8/3/04 (1 person)          6.04
Telephone                                              67.10
Federal Express                                        16.34

Total disbursements                                  $89.48

Total Amount of This Bill                          $30,641.48

Balance Due                                        $30,641.48

### Timekeeper Summary

| Name | | Hours | Rate |
|------|------|-------|------|
| Marraro, Christopher H. | Partner | 20.00 | $475.00 |
| Hughes, William F. | Counsel | 55.40 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

Phone 202.204.1000
Fax 202.204.1001

October 06, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#   2148

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

<u>Professional Services:</u>

|  |  |  | <u>Hours</u> |
|---|---|---|---|
| 08/01/2004 | WFH | Review EPA risk assessment guidance documents obtained by Mr. Moasser and follow-up research re same in connection with RCRA argument (2.4); work on CERCLA and Spill Act sections of 3rd Cir. brief (5.9). | 8.30 |
| 08/02/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.5); review and analyze document to be integrated into existing case files (.6). | 1.10 |
| 08/02/2004 | DMD | Memo to Mr. Hughes on standard of review by Court of Appeals (.2). | 0.20 |
| 08/02/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (9.8). | 9.80 |
| 08/02/2004 | CHM | Prepare brief (5.0). | 5.00 |
| 08/02/2004 | MM | Telephone conference with Mr. Marraro re: review, revising and completing a complete cite check of pending brief to be filed (i.e., The District Court's Injunction as to this Unique Toxic Site is Authorized by RCRA at 7002 and is Supported by the Trial Record) (.2); preliminary review of stated brief received from Mr. Marraro via e-mail (.2); search Westlaw and Lexis re: missing cites and other miscellaneous missing information and revise stated brief accordingly (2.9). | 3.30 |

| 08/02/2004 | ACZ | Research re discretion on appointment of special master by district courts (3.3). | 3.30 |
|---|---|---|---|
| 08/03/2004 | NAB | Cite check principal brief (5.7); prepare daily correspondence log and e-mail same to case attorney (.4); review and analyze document to be integrated into existing case files (.7). | 6.80 |
| 08/03/2004 | DMD | Research re validity of injunction under NJ law (1.2); editing Marraro section of brief on injunction under RCRA (3.9). | 5.10 |
| 08/03/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (10.3). | 10.30 |
| 08/03/2004 | CHM | Prepare brief (8.5). | 8.50 |
| 08/03/2004 | MM | Continue to review and search Westlaw and Lexis for missing cites to be filed in pertaining pending brief (i.e., The District Court's Injunction as to this Unique Toxic Site is Authorized by RCRA at 7002 and is Supported by the Trial Record) and complete full cite check on stated brief (9.8); review and revise stated brief with current information and forward same to Mr. Marraro for review (1.1); forward hard copy of stated brief and complete cite check results to Mr. Marraro for review (.2); office conference with Mr. Marraro re: status of same (.2). | 11.30 |
| 08/03/2004 | ACZ | Additional research re appointment of special masters and CERCLA issues (1.2). | 1.20 |
| 08/04/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (5.2). | 5.80 |
| 08/04/2004 | DMD | Research on injunction under NJ law (1.6); drafting brief section on injunction under NJ law (.7); edit Marraro section of the brief on injunction under RCRA (2.1). | 4.40 |
| 08/04/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (10.8). | 10.80 |
| 08/04/2004 | CHM | Travel to New Jersey for meeting on 3rd Circuit brief (1.8).  (Note  Travel time billed at 50%; 10% or 1.6 here and 40% at end of statement). | 1.60 |
| 08/04/2004 | CHM | Prepare brief (7.5). | 7.50 |

| 08/04/2004 | ACZ | Research OSHA requirements applicable to construction workers (2.2); conference with Mr. Hughes re same (0.4). | 2.60 |
|---|---|---|---|
| 08/05/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (5.0). | 5.60 |
| 08/05/2004 | DMD | Conference with Mr. Hughes re statement of facts (.1); telephone conference with Mr. Marraro re statement of facts (.1); review District court Opinion, Honeywell brief, etc., re editing Statement of Facts in Grace brief (1.1). | 1.30 |
| 08/05/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (11.3). | 11.30 |
| 08/05/2004 | CHM | Prepare brief (8.5). | 8.50 |
| 08/05/2004 | ACZ | Research re clearly erroneous standard applicable to trial court findings of fact in CERCLA cases (3.1); conference with Mr. Hughes re same (0.5). | 3.60 |
| 08/06/2004 | DMD | Edit Statement of Facts in Grace brief in Third Circuit (6.5); research re drafting amicus brief (.4). | 6.90 |
| 08/06/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (8.8). | 8.80 |
| 08/06/2004 | CHM | Prepare brief (7.5). | 7.50 |
| 08/06/2004 | CHM | Travel from Newark New Jersey to Washington D.C. (1.8) (Note: Travel time billed at 50%; 10% or 1.6 here and 40% at end of statement.) | 1.60 |
| 08/06/2004 | ACZ | Research re CERCLA contribution, waiver issues and joint tort feasor liability (2.6); conference with Mr. Hughes re same (0.4). | 3.00 |
| 08/07/2004 | DMD | Edit Statement of Facts (.3). | 0.30 |
| 08/07/2004 | WFH | Revisions to CERCLA, Spill Act and common law sections and research in connection with same (4.8). | 4.80 |
| 08/08/2004 | DMD | Edit Statement of Facts and Argument section of brief on appeal (5.3); draft Statement of Issues (.5). | 5.80 |

| | | | |
|---|---|---|---|
| 08/08/2004 | WFH | Legal research, cite checking and other work on 3rd Cir. brief (6.3); conferences with Mr. Marraro and staff re same (1.3). | 7.60 |
| 08/09/2004 | NAB | Cite check principal brief and make appropriate corrections and changes (7.1); prepare daily correspondence log and e-mail same to case attorneys (.4). | 7.50 |
| 08/09/2004 | DMD | Edit brief on appeal (3.5); research re permissible involvement in amicus brief (.4). | 3.90 |
| 08/09/2004 | WFH | Work on 3rd Cir. brief and appendix and confer with Messrs. Agnello, Marraro and Dorsen re same (11.9). | 11.90 |
| 08/09/2004 | CHM | Travel to New Jersey for meeting (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 08/09/2004 | CHM | Work on brief (8.0). | 8.00 |
| 08/09/2004 | ACZ | Research re chromium sites in New Jersey and email to Mr. Marraro re same (2.4). | 2.40 |
| 08/09/2004 | RMR | Prepare legislative history addendum (4.4). | 4.40 |
| 08/09/2004 | MJH | Conference with Bill Hughes regarding research of an appellate court's standard of review of a lower court finding of strict liability and other issues pertaining to the finalizing of the brief (1.2). | 1.20 |
| 08/10/2004 | NAB | Cite check principal brief and make appropriate corrections and changes (6.6); prepare daily correspondence log and e-mail same to case attorneys (.3). | 6.90 |
| 08/10/2004 | DMD | Edit brief on appeal (2.8); research on drafting brief on standards of review (1.2). | 4.00 |
| 08/10/2004 | WFH | Work on 3rd Cir. brief and appendix and conferences with Messrs. Agnello, Marraro and Dorsen re same (12.3). | 12.30 |
| 08/10/2004 | CHM | Prepare brief (8.5). | 8.50 |

| | | | |
|---|---|---|---|
| 08/10/2004 | ACZ | Conference with NJDEP re chromium sites and update research re same for Mr. Marraro (1.1); work on Appendix and other materials for Third Circuit brief (4.0). | 5.10 |
| 08/10/2004 | MLW | Analysis of Third Circuit authority pertaining to standard of review, and multiple conference with C. Marraro, J. Agnello, and B. Hughes regarding strategy for completion of appellate brief (2.3). | 2.30 |
| 08/10/2004 | RMR | Legislative history addendum (4.6). | 4.60 |
| 08/11/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.2); review and analyze document to be integrated into existing case files (4.3). | 4.50 |
| 08/11/2004 | DMD | Research re involvement in amicus brief (.2). | 0.20 |
| 08/11/2004 | WFH | Work on finalizing 3rd Cir. brief and conferences with Mr. Marraro and staff re serving same (7.6); review and evaluate backlog of correspondence and parties' submittals in connection with appeal and site remediation (1.2) | 8.80 |
| 08/11/2004 | CHM | Travel from Newark New Jersey to Washington, D.C. (2.1)  (Note:  Travel time billed at 50%, 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 08/11/2004 | CHM | Prepare brief (8.5). | 8.50 |
| 08/11/2004 | MM | Continue to review, organize and cite check both Statement of Facts and Statement of Case to be filed on 8/11/04 in Philadelphia, PA (3.9); office conference with Mr. Hughes re: status of same (.3). | 4.20 |
| 08/11/2004 | ACZ | Conference with Messrs. Marraro and Hughes and Ms. Ross re appendix to brief and work on same (1.1). | 1.10 |
| 08/11/2004 | RMR | Legislative history addendum (1.1). | 1.10 |
| 08/12/2004 | NAB | Scan Proof Briefs (Grace/ECARG, Honeywell, etc.) and e-mail same to Mr. Senftleben, Mr. Marraro and Mr. Gordon (1.6); send information requested by Mr. Gordon (.2); prepare daily correspondence log and e-mail same to case attorneys (.4); review and analyze document to be integrated into existing case files (4.2). | 6.40 |

| 08/12/2004 | DMD | Research re involvement in amicus brief, including U. S. Supreme Court practice (.6); review proof brief for conversion to final brief (1.1). | 1.70 |
|---|---|---|---|
| 08/12/2004 | WFH | Review and evaluate ICO's appellate brief (8.8). | 8.80 |
| 08/12/2004 | CHM | Review final brief (2.1); prepare letter to M.G. Sprague re Joint Appendix (2.0); prepare letter to client re brief (0.2). | 4.30 |
| 08/13/2004 | NAB | Scan ICO's Proof Briefs and SSP's Amicus Brief and e-mail same to Mr. Gordon (.9); prepare daily correspondence log and e-mail same to case attorneys (.4); review and analyze document to be integrated into existing case files (3.9). | 5.20 |
| 08/13/2004 | DMD | Review proof brief for conversion to final brief (1.4). | 1.40 |
| 08/16/2004 | CHM | Review ICO brief (2.8); meeting with A. Nagy (2.5); conference with client (0.5). | 5.80 |
| 08/17/2004 | CHM | Meeting with T. Milch (3.0); conference with client (0.5); review Langan memo and comment (1.0). | 4.50 |
| 08/18/2004 | CHM | Travel to Newark New Jersey for Special Master meeting (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 08/20/2004 | CHM | Various conference calls re Amicus brief, PSE&G and other issues. (2.5) | 2.50 |
| 08/20/2004 | CHM | Travel from Newark New Jersey to Washington D.C. (1.8) (Note: Travel time billed at 50%, 10% or 1.6 here and 40% at end of statement.) | 1.60 |
| 08/24/2004 | RMM | Review case mail and email team re: same (0.6) | 0.60 |
| 08/26/2004 | CHM | Lengthy conference call with client (1.5); Conference with Mr. Agnello (0.5); review fee decision (1.5); prepare letter to client re various issues (0.8); conference with Mr. Milch (0.5). | 4.80 |
| 08/27/2004 | NAB | Produce documents requested by Mr. Marraro (1.2); prepare daily correspondence log and e-mail same to case attorneys (.5); review and analyze document to be integrated into existing case files (5.8). | 7.50 |

| 08/27/2004 | CHM | Lengthy conference call with client re Mr. Kreindler issues (2.5); prepare issues list (1.6); conference with Langan and Bowe re paving issues (1.0). | 5.10 |
| 08/31/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.7). | 0.70 |
| 08/31/2004 | WFH | Review and analyze courts' decisions on fee application and Honeywell stay motion and confer with team members re same (1.8). | 1.80 |

|  | | | **Amount** |
| Total fees | | 363.00 | 120,117.00 |

Disbursements:

| | |
|---|---|
| C. Marraro - Working lunch on 7/15/04 (1 person) | 10.95 |
| C. Marraro - Working lunch on 720/04 (1 person) | 10.95 |
| C. Marraro - Working lunch on 7/21/04 (1 person) | 5.60 |
| C. Marraro - Working lunch on 7/22/04 (1 person) | 6.03 |
| C. Marraro - Working lunch on 7/28/04 (1 person) | 6.04 |
| C. Marraro - Parking at airport on 7/23/04 | 20.00 |
| C. Marraro - Taxi to lunch with Akos Nagy on 7/27/04 | 18.00 |
| N. Bynum - Overtime transportation on 7/22/04 | 35.50 |
| C. Marraro - Taxi to Union Station for trip to NJ on 7/14/04 | 51.75 |
| M. Moasser - Amtrak ticket re filing brief in 3rd Cicuit on 7/02/04 | 258.00 |
| Copying | 856.05 |
| Outside printing | 26.44 |
| Facsimile | 40.50 |
| Telephone | 47.86 |
| Online research | 6,449.05 |
| Delivery services/messengers | 113.66 |
| Postage | 5.55 |
| C. Marraro - Working lunch 8/25/2004 | 9.85 |
| Overtime Transportation | 41.76 |
| Secretarial Overtime | 920.24 |
| Federal Express | 50.02 |

| | |
|---|---|
| Total disbursements | $8,983.80 |
| Total Amount of This Bill | $129,100.80 |
| Less Deduction of 40% of Fees Per Agreement | $48,046.80 |
| Balance Due | $81,054.00 |

## Timekeeper Summary

| Name | | Hours | Rate |
|------|------|------|------|
| Zacaroli, Alec C. | Associate | 22.30 | $250.00 |
| Marraro, Christopher H. | Partner | 99.20 | $475.00 |
| Dorsen, David M. | Counsel | 35.20 | $350.00 |
| Henderson, Michael J. | Associate | 1.20 | $180.00 |
| Williams, Michael L. | Associate | 2.30 | $250.00 |
| Moasser, Mahmoude | Paralegal | 18.80 | $145.00 |
| Bynum, Natasha A. | Legal Clerk | 58.00 | $110.00 |
| Mitchell, Rebecca M. | Paralegal | 0.60 | $130.00 |
| Ross, Rebecca M. | Paralegal | 10.10 | $130.00 |
| Hughes, William F. | Counsel | 115.30 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

October 06, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD  21044

Invoice#   2149

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|            |     |                                                                                                                                                                                                                                                                                             | **Hours** |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-----------|
| 08/02/2004 | CHM | Review Woodward-Curran draft presentation. (0.5)                                                                      | 0.50      |
| 08/04/2004 | CHM | Review email traffic. (0.3)                                                                                           | 0.30      |
| 08/30/2004 | MM  | Office conferences with Mr. Marraro re: producing several documents for meeting in Boston, MA on 8/31/04 (.3); search case files and prepare reference notebook as well as other miscellaneous correspondence (1.9); review and incorporate into files recent correspondence and revise index (.4). | 2.60      |

|                 |      | **Amount** |
|-----------------|------|------------|
| Total fees      | 3.40 | 757.00     |

Disbursements:

| Copying                       | 6.00    |
|-------------------------------|---------|
| Outside printing              | 279.35  |
| Delivery services/messengers  | 25.37   |
| Total disbursements           | $310.72 |

| Total Amount of This Bill | $1,067.72 |
|---------------------------|-----------|
| Balance Due               | $1,067.72 |

## Timekeeper Summary

| Name | | Hours | Rate |
|------|------|-------|------|
| Marraro, Christopher H. | Partner | 0.80 | $475.00 |
| Moasser, Mahmoude | Paralegal | 2.60 | $145.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

October 06, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    2150

For Professional Services Rendered in Connection with Remediation Matters

<u>Professional Services:</u>

|  |  |  | **Hours** |
|---|---|---|---|
| 08/02/2004 | WFH | Review back log of correspondence/submittals from the parties and Special Master in connection with site remediation (.8). | 0.80 |
| 08/03/2004 | NAB | Review and analyze documents to be integrated into existing case files (.7). | 0.70 |
| 08/04/2004 | NAB | Review and analyze documents to be integrated into existing case files (1.7). | 1.70 |
| 08/12/2004 | NAB | Review and analyze documents to be integrated into existing case files (.6). | 0.60 |
| 08/19/2004 | CHM | Attend Special Master meeting (8.0). | 8.00 |
| 08/30/2004 | NAB | Review and analyze documents to be integrated into existing case files (2.3). | 2.30 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 14.10 | 4,687.00 |
| Total Amount of This Bill |  | $4,687.00 |
| Balance Due |  | $4,687.00 |

## Timekeeper Summary

| Name | | Hours | Rate |
|------|------|-------|------|
| Marraro, Christopher H. | Partner | 8.00 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 5.30 | $110.00 |
| Hughes, William F. | Counsel | 0.80 | $380.00 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

      Karina Yee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 8th day of October 2004

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Forty-First Monthly Interim Application of Wallace King Marraro &
Branson PLLC for Compensation and for Reimbursement for Expenses for
August 1, 2004 through August 31, 2004**

_Karina Yee_
Karina Yee

Sworn to and subscribed before
me this 8th day of October, 2004

Notary Public
My Commission Expires: 7-31-05

MARLENE S. CHAPPE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 31, 2005

-2-

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail:** *syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail:** *meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail:** *ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail:** *mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail:** *currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

**File a Motion:**
01-01139-JKF W.R. GRACE & CO.    ORIGINAL

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Carickhoff, David W. entered on 10/8/2004 at 1:39 PM EDT and filed on 10/8/2004

**Case Name:**      W.R. GRACE & CO.
**Case Number:**      01-01139-JKF
**Document Number:** 6568

**Docket Text:**
Monthly Application for Compensation *and for Reimbursement of Expenses for August 2004 [Forty-First]* Filed by Wallace King Marraro & Branson. Objections due by 10/28/2004.. (Attachments: # (1) Fee Detail# (2) Affidavit of Service) (Carickhoff, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\PSZY1_DE\Data\EFileDocuments\W.R. Grace\10-8-04\DWC\Wallace\Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/8/2004] [FileNumber=3044277-0]
[1be144693b2ec6a307e7e54ba6dd799f4af8f3ea05fc4584146bd1fbbd156d16e26a
a9a85f6e3e5bd7ba442866694262da4419d98a126fe9d6734cf2eab79783]]
**Document description:** Fee Detail
**Original filename:**\\PSZY1_DE\Data\EFileDocuments\W.R. Grace\10-8-04\DWC\Wallace\Fee Detail.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/8/2004] [FileNumber=3044277-1]
[9978d908700533c5dd6d5e248c12e0f646d1afb4b97c0647df1b7077b9bda2148d23
494fdad0b23bac10173c3567dd544dfff57bea0ca7e3f427a74030caa8ce]]
**Document description:**Affidavit of Service
**Original filename:**\\PSZY1_DE\Data\EFileDocuments\W.R. Grace\10-8-04\DWC\Wallace\AOS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/8/2004] [FileNumber=3044277-2]
[10b2255fbecb39be0066b854a0f970819dc98561ce70c27fa43731d7319d4816db5f
c79e83442d25f1c237d1590f152362c14bcfbeed5af1a18a1f4386a2a5a3]]

## 01-01139-JKF Notice will be electronically mailed to:

Peter M. Acton    pacton@nutter.com,

James R. Adams    RBGROUP@rlf.com