**Exhibit C**
September 2004 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) | Objection Deadline: 12/13/04 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: Only if necessary |

**SUMMARY COVER SHEET TO FORTY SECOND MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2004 through September 30, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $118,470.72 for the period September 1, 2004 through, September 30, 2004 (80% of $148,088.40 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $23,572.83 for the period September 1, 2004 through September 30, 2004. |

This is a:      Monthly interim application.

7016
11-23-04

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 through | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through 6/30/03 | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 100% Paid | 100%Paid |
|---|---|---|---|---|---|
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 100% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 100% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 100% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | 100% Paid | 100% Paid |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | 100% Paid | 100% Paid |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/29/04 | 3/1/04 through 3/31/04 | $113,279.40 | $15,064.65 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/27/04 | 4/1/04 through 4/30/04 | $104,865.80 | $8,902.70 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/11/04 | 5/1/04 through 5/31/04 | $167,326.80 | $28,642.23 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/13/04 | 6/1/04 through 6/30/04 | $97,163.70 | $29,968.45 | No Objections Served on Counsel | No Objections Served on Counsel |
| 9/22/04 | 7/1/04 through 7/31/04 | $100,843.00 | $122,550.38 | No Objections Served on Counsel | No Objections Served on Counsel |
| 10/6/04 | 8/1/04 | $108,066.20 | $9,384.00 | No | No |

| | through 8/31/04 | | | Objections Served on Counsel | Objections Served on Counsel |
|---|---|---|---|---|---|

As indicated above, this is the forty second application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed prior relevant experience year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $475 | 168.9 | $80,227.50 |
| William Hughes | Counsel | $380 | 211.0 | $80,180.00 |
| F. Paul Pittman | Associate | $175 | 5.30 | $927.50 |
| Alec C. Zacaroli | Associate | $250 | 11.0 | $2,750.00 |
| Natasha A. Bynum | Legal Clerk | $110 | 83.1 | $9,141.00 |
| Rebecca M. Mitchell | Paralegal | $130 | 0.30 | $39.00 |

Total Fees                                    $173,265.00
Less 40% Discount for Allied      $(25,176.60)

Balance Due                              $148,088.40

Total Hours                               479.6

**EXPENSE SUMMARY**

| Expense Category | Total Expense |
|---|---|
| Copying | $757.56 |
| Facsimile | $47.25 |
| Online Research | $1,814.58 |
| Telephone | $1,127.31 |
| Federal Express | $52.10 |
| Postage | $4.99 |
| Delivery Services/messengers | $47.58 |
| Meals on trips and with clients | $3,029.54 |
| Working Meals | $108.63 |
| Parking at airport and on trips | $355.00 |
| Air Fares | $8,202.68 |
| Hotels | $5,460.39 |
| Amtrak | $378.00 |
| Auto Rentals | $2,095.74 |
| Car Service | $91.48 |
| Total | $23,572.83 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a member in good standing of the bars of the State of New Jersey and

District of Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by

the lawyers and other persons in the firm.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 19th day of November 2004.

_____
Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

November 15, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    2232

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|            |      |                                                                                                                                                        | **Hours** |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 09/01/2004 | NAB  | Prepare Daily Correspondence log and e-mail same to case attorneys (.3).                                                                                | 0.30      |
| 09/01/2004 | WFH  | Review recent correspondence, orders and submissions by parties and confer with Mr. Marraro re: status of case, including the Third Circuit's denial of Honeywell's stay motion (1.9). | 1.90      |
| 09/01/2004 | CHM  | Conference with client and review issues on joint appendix for Honeywell meeting. (1.5)                                                                 | 1.50      |
| 09/02/2004 | WFH  | Review correspondence from parties related to RCRA fees-on-fees petition and confer with Mr. Marraro and staff members re: projects in connection with preparing same (1.1). | 1.10      |
| 09/02/2004 | CHM  | Conference with Mr. Agnello re various issues (0.6).                                                                                                    | 0.60      |
| 09/03/2004 | NAB  | Prepare Daily Correspondence log and e-mail same to case attorneys (.3).                                                                                | 0.30      |
| 09/03/2004 | CHM  | Conference with client re settlement issues (0.7)                                                                                                       | 0.70      |
| 09/07/2004 | NAB  | Produce Documents requested by Ms. Flax and Mr. Marraro (2.2); prepare Daily Correspondence log and e-mail same to case attorneys (1.0).                | 3.20      |

| 09/07/2004 | WFH | Review Honeywell's recent submissions to the Special Master re: groundwater contamination and other remediation issues at site (.3). | 0.30 |
|---|---|---|---|
| 09/07/2004 | CHM | Meeting at Arnold & Porter re Joint Appendix. (3.5) | 3.50 |
| 09/08/2004 | NAB | Produced Documents requested by Mr. Hughes (.4); prepare Daily Correspondence log and e-mail same to case attorneys (.4); review and analyze document to be integrated into existing case files (1.2). | 2.00 |
| 09/08/2004 | CHM | Analyze various documents for Special Master's meeting (1.5); conference with Mr. K. Brown re Asphalt paving. (0.8). | 2.30 |
| 09/09/2004 | NAB | Produce Documents Requested by Mr. Hughes (.6); prepare Daily Correspondence and e-mail same to case attorneys (.2); scan and e-mail requested documents to Ms. Morris (Secretary of Nagy) (.5). | 1.30 |
| 09/09/2004 | WFH | Conferences with Ms. Flax re joint appendix in connection with 3rd Circuit appeal (.3). | 0.30 |
| 09/09/2004 | CHM | Preparation for Special Master's meeting and prepare draft letters re same. (2.5) | 2.50 |
| 09/09/2004 | CHM | Phone conference with Mr. D. Siegel and others and Mr. Agnello re settlement issues. (0.3); conference with Dr. Brown and Mr. Logan re backfill and other issues (1.3); conference with Mr. Agnello re settlement issues (2.5); telephone conference re Mr. A. Nagy re settlement issues. (0.7). | 4.80 |
| 09/10/2004 | CHM | Conference with A&P re Joint Appendix issues (1.8); Review ICO letter re Joint Appendix (0.3). | 1.10 |
| 09/10/2004 | CHM | Travel to New Jersey to work on Special Master's issues. (1.8)   (Note:  Travel time billed at 50%; 10% here or 1.6; 40% at end of statement). | 1.60 |
| 09/10/2004 | CHM | Travel from New Jersey to Washington, D.C. (1.8) (Note:  Travel time billed at 50%; 10% here or 1.6; 40% at end of statement) | 1.60 |
| 09/10/2004 | CHM | Research and prepare letter to Special Master on backfill (2.4); conference with Mr. Logan re same (0.6); review 100% scope issues (1.0). | 4.00 |

| | | | |
|---|---|---|---|
| 09/10/2004 | CHM | Conference calls with client re settlement (0.8); meeting with Mr. Agnello re settlement and indemnification issues (2.0). | 2.80 |
| 09/11/2004 | CHM | Review draft bankruptcy court filings from Mark Shelnitz (1.5); conference call with client (0.3). | 1.80 |
| 09/13/2004 | NAB | Review and analyze document to be integrated into existing case files (2.9). | 2.90 |
| 09/13/2004 | WFH | Review Honeywell's opposition to Grace's petition to submit annotated copy of the district court's decision (.2). | 0.20 |
| 09/13/2004 | CHM | Begin to outline settlement issues for agreement with Mr. Senftleben and Mr. Agnello (2.2); review draft agreement from A&P (2.0); begin to outline deficiencies (1.6); conference call with Mr. Siegel (0.5); conference call with Mr. Milch. (0.4). | 6.70 |
| 09/13/2004 | CHM | Travel to New Jersey. (1.8)  (Note:  Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 09/13/2004 | CHM | Work on issues for September 14th Special Master's meeting. (1.6) | 1.60 |
| 09/14/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.6). | 0.60 |
| 09/14/2004 | NAB | Review and analyze document to be integrated into existing case files (1.2). | 1.20 |
| 09/14/2004 | WFH | Review 3rd Circuit's order re submission of annotated opinion and correspondence re joint appendix (.3). | 0.30 |
| 09/14/2004 | CHM | Travel from New Jersey to Washington, D.C. (1.6) (Note:  Travel time billed at 50%; 10% here or 1.4 and 40% at end of statement.) | 1.40 |
| 09/14/2004 | CHM | Conference with Mr. Sentfleben and Mr. Agnello re A&P settlement draft and prepare revisions to Settlement Agreement (9.5) | 9.50 |
| 09/14/2004 | CHM | Prepare letter to Special Master's re bill issues (1.5); attend Special Master's meeting (2.5). | 4.00 |

Page  4

| 09/15/2004 | NAB | Compile Documents regarding Stay motion per Mr. Hughes' request (1.1); review bills for Oral Argument entries and compile amount spent (2.2); research case files for information re: CT&E settlement (1.6); prepare Daily Correspondence log and e-mail same to case attorneys (.7); produce bills per Mr. Marraro's request (1.9). | 7.50 |
|---|---|---|---|
| 09/15/2004 | WFH | Review recent correspondence and submissions to the Special Master in connection with Honeywell's remedial actions at the Site (.6). | 0.60 |
| 09/15/2004 | CHM | Conference with Mr. S. Siegel re settlement draft (0.3); conference with Mr. Agnello re same (0.5). | 0.80 |
| 09/16/2004 | NAB | Continue to review bills for Oral Argument entries and compile chart (1.1); prepare Daily Correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (1.2); research transcripts for Akos Nagy Testimony re: redevelopment per Mr. Marraro's request (4.6). | 7.50 |
| 09/16/2004 | WFH | Conferences with Mr. Marraro re settlement issues and preparation of brief in connection with Bankruptcy Court's review and approval of same (.4); draft and revise portion of Bankruptcy Court brief re history and status of district court proceedings (7.3); factual research in connection with same (.6). | 8.30 |
| 09/16/2004 | CHM | Travel to New Jersey for meeting re settlement issues. (1.8)  (Note:  Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 09/16/2004 | CHM | Review Honeywell Reply Brief (1.0); Conference with Mr. Agnello and prepare response settlement draft to Honeywell (7.0). | 8.00 |
| 09/17/2004 | WFH | Conferences with Mr. Marraro and staff re preparing RCRA fees-on-fees application (0.4); review Wallace King invoices going back to 6/3 and identify RCRA-related hours to be requested in new fee petition (2.4). | 2.80 |
| 09/17/2004 | CHM | Travel from New Jersey to Washington, D.C. (2.1) (Note:  Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |

| | | | |
|---|---|---|---|
| 09/17/2004 | CHM | Work on settlement agreement (6.5); various conference calls with clients re same (1.5); call with Dr. Brown re settlement (0.5); telephone conference with Pitney Hardin re settlement (0.8). | 9.30 |
| 09/19/2004 | CHM | Conference with Mr. Agnello and finish draft of Motion to Approve Settlement. (2.5) | 2.50 |
| 09/20/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2). | 0.20 |
| 09/20/2004 | NAB | Pack Grace/Allied files to be sent to Howrey (7.3). | 7.30 |
| 09/20/2004 | WFH | Conferences with Mr. Marraro re Honeywell settlement and case developments (.5). | 0.50 |
| 09/20/2004 | CHM | Work on Motion to Approve Settlement with various conference calls and redline drafts. (6.4) | 6.40 |
| 09/20/2004 | RMM | Gather C. V. of Kirk Brown for review by Mr. Marraro (.1). | 0.10 |
| 09/21/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.4). | 0.40 |
| 09/21/2004 | NAB | Pack Grace/Allied files to be sent to Howrey (5.9). | 5.90 |
| 09/21/2004 | WFH | Review joint appendix materials in connection with 3rd Circuit brief (.3). | 0.30 |
| 09/21/2004 | CHM | Meeting Mr. Nagy re settlement and various issues. (2.5) | 2.50 |
| 09/23/2004 | NAB | Pack Grace/Allied files to be sent to Howrey. | 7.50 |
| 09/23/2004 | CHM | Telephone conference with Mr. Nagy (0.5); telephone conference re ICO (0.5); review deferred Joint Appendix for issues (3.0). | 4.00 |
| 09/23/2004 | RMM | Discussion with Ms. Bynum re: transition of materials (.2). | 0.20 |
| 09/24/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2). | 0.20 |
| 09/24/2004 | NAB | Pack Grace/Allied files to be sent to Howrey and OCR Grace Bills (7.3). | 7.30 |

| 09/24/2004 | WFH | Review correspondence from counsel for ICO re correcting appellate record in connection with Honeywell's stay motion (.3). | 0.30 |
|---|---|---|---|
| 09/24/2004 | CHM | Conference calls with Third Circuit re availability (0.5); prepare letter to Third Circuit re same. (0.5); review and edit Joint Motion on deferred Appendix. (0.5) | 1.50 |
| 09/27/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.5). | 0.50 |
| 09/27/2004 | NAB | Pack Grace/Allied files to be sent to Howrey (6.1). | 6.10 |
| 09/27/2004 | NAB | Pull cases requested by Mr. Hughes (.9). | 0.90 |
| 09/28/2004 | NAB | Pack Grace/Allied files to be sent to Howrey (7.5). | 7.50 |
| 09/28/2004 | CHM | Work on Joint Appendix issues (3.0); review supersedeous bond draft for fee Award. (0.5) | 3.50 |
| 09/29/2004 | NAB | Review Proof Brief and replace cites with Joint Appendix entries (7.2); prepare Daily Correspondence log and e-mail same to case attorneys (.3). | 7.50 |
| 09/29/2004 | CHM | Conference with client re settlement issues (0.5); conference with K. Millian re Motion to Strike (0.5) | 1.00 |
| 09/29/2004 | CHM | Review report on 100% design and conference with Dr. Brown. (1.0) | 1.00 |
| 09/30/2004 | NAB | Continue to review Proof Brief and replace cites with Joint Appendix entries (3.5); prepare Daily Correspondence log and e-mail same to case attorneys (.3). | 3.80 |
| 09/30/2004 | WFH | Review Honeywell's multi-volume 100% design report for the site (.8). | 0.80 |
| 09/30/2004 | WFH | Review ICO's supplemental RCRA fee application and correspondence re oral arguments and appeal of RCRA fee order (.5). | 0.50 |
| 09/30/2004 | CHM | Conference with Mr. Daneker re withdrawal clause (0.3); conference with Mr. Milch re various issues re settlement implementation (0.5); conference with Mr. Senftleben and Mr. Nagy re: creditor committee teleconference. (0.6). | 1.40 |

| | | **Amount** |
|---|---|---|
| Total fees | 199.30 | 62,941.50 |

**Disbursements:**

| | |
|---|---|
| C. Marraro - Dinner with Mr. Brown, Mr.Agnello, A. Nagy and R. Sebftleben in NJ on 6/21/04 (5 people) | 268.75 |
| C. Marraro - Dinner in NY with Mr. Agnello and Mr. Nagy on 7/7/04 (3 people) | 292.50 |
| C. Marraro - Dinner in NJ on 7/14/04 (1 person) | 27.55 |
| C. Marraro - Dinner in NJ with Mr. J. Agnello on 7/14/04 (2 people) | 25.20 |
| C. Marraro - Dinner in Maryland with R. Fabricant on 7/16/04 (2 people) | 187.40 |
| C. Marraro - Working meal in D.C. on 6/4/04 (1 person) | 21.00 |
| C. Marraro - Working dinner in DC with Mr. Hughes on 6/10/04 (2 people) | 44.97 |
| C. Marraro - Dinner in NJ with J. Agnello on 6/17/04 (2 people) | 57.70 |
| C. Marraro - Car Service from Airport to Hotel in NJ 6/17/04 | 91.48 |
| C. Marraro - R/T Coach Air Fare from Washington to Newark on 7/01/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare from DC to NJ on 7/7/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare from DC to NJ on 7/13/04 | 607.70 |
| C. Marraro - Coach Air Fare from NY to DC on 7/15/04 | 158.60 |
| C. Marraro - R/T Coach Air Fare from DC to NJ on 6/4/04 | 607.70 |
| C. Marraro - R/T Coach Air Fare from DC to Newark on 6/17/04 | 607.70 |
| C. Marraro - Coach Air Fare from NY to DC on 06/19 | 241.60 |
| C. Marraro - Coach Air Fare from DC to NY on 6/20/04 | 95.10 |
| C. Marraro - R/T Coach Air Fare (1/2 cost only) from DC to Newark to Boston on 5/29/04 | 260.85 |
| C. Marraro - Coach Air Fare from DC to Newark to Boson (1/2 cost only) on 6/12/04 | 984.70 |
| C. Marraro - Hotel in 7/13/2004 | 298.48 |
| C. Marraro - Hotel in NY on 6/16-17/04 (1 night) | 276.75 |
| C. Marraro - Hotel in NJ on 6/21-23/04 (2 nights) | 554.70 |
| C. Marraro - Hotel in NJ on 7/15/04 (1 night) | 285.98 |
| C. Marraro - Hotel in NJ for Mr. K. Brown on 7/15/04 | 249.66 |
| C. Marraro - Auto Rental in Newark to Flushing, NY on 6/17-18/04 (2 days) | 127.39 |
| C. Marraro - Auto Rental in NY on 6/19-22/04 (3 days) | 311.79 |
| C. Marraro - Auto Rental in Newark on 7/01/04 (1 day) | 124.41 |
| C. Marraro - Auto Rental in Newark on 7/7-8/04 (2 days) | 113.11 |
| C. Marraro - Auto Rental in Newark on 7/13-14/04 (2 days) | 207.39 |
| C. Marraro - Auto Rental in Newark on 6/9/04 (1 day) | 112.13 |
| C. Marraro - Auto Rental in Newark to NY on 6/1404 (1 day) | 96.82 |
| C. Marraro - Parking at Airport on trip ending 6/18/04 | 30.00 |
| C. Marraro - Parking at Airport on trip ending 6/22/04 | 60.00 |

| | |
|---|---:|
| C. Marraro - Parking at Airport on trip ending 7/2/04 | 15.00 |
| C. Marraro - Parking at Airport on trip ending 7/7/04 | 25.00 |
| C. Marraro - Parking at Airport on trip ending 7/8/04 | 30.00 |
| C. Marraro - Parking at Airport on trip ending 7/14/04 | 30.00 |
| C. Marraro - Parking at Airport on trip ending 6/9/04 | 15.00 |
| C. Marraro - Amtrak R/T DC to Philadelphia on 7/6/04 | 155.00 |
| C. Marraro - Amtrak from Newark to DC on 7/14/04 | 223.00 |
| C. Marraro - Dinner in DC with Mr. Iossa on 7/27/04 (2 people) | 65.83 |
| C. Marraro - Lunch in NJ with J. Agnello and R. Senftleben on 7/28/04 (3 people) | 50.14 |
| C. Marraro - Dinner in NJ on 7/29/04 (1 person) | 32.45 |
| C. Marraro - Lunch in NJ with J. Agnello on 8/5/04 (2 people) | 34.60 |
| C. Marraro - Dinner in NJ with J. Agnello and R. Senftleben on 8/5/04 (3 people) | 122.31 |
| C. Marraro - Dinner in NJ with M. Flax, J. Agnello and R. Davies on 8/10/04 (4 people) | 248.97 |
| C. Marraro - Dinner in Baltimore, MD with A. Nagy on 8/16/04 (2 people) | 281.75 |
| C. Marraro - R/T Coach Air Fare DC to Newark on 8/10/04 | 607.69 |
| C. Marraro - R/T Coach Air Fare from Washington to Newark on 8/3/04 | 607.69 |
| C. Marraro - Coach Air Fare from NY to Washington on 8/13/04 | 241.60 |
| C. Marraro - Coach Air Fare from Newark to DC on 7/30/04 | 278.60 |
| Hotels Mr. Marraro 08/02/2004 | 17.01 |
| C. Marraro - Hotel in NJ on 8/5-7/04 (2 nights) | 530.60 |
| C. Marraro - Hotel in NJ on 7/29-30/04 (1 night) | 539.13 |
| C. Marraro - Hotel in NJ on 8/9-10/04 (1 night) | 264.39 |
| C. Marraro - Hotel in NJ on 8/10-11/04 (1 night) | 349.51 |
| C. Marraro - Hoteh in New York on 8/13-14/04 (1 night) | 278.59 |
| C. Marraro - Auto Rental in Newark on 8/4-6/04 (2 days) | 147.10 |
| C. Marraro - Auto Rental in Newark on 8/9-11/04 (3 days) | 218.25 |
| C. Marraro - Auto Rental in Newark to Flushing on 8/11-12/04 (2 days) | 105.08 |
| C. Marraro - Parking at Airport on trip ending 8/14/03 | 30.00 |
| C. Marraro - Parking at Airport on trip ending 8/6/04 | 45.00 |
| C. Marraro - Parking at Airport on trip ending 8/12/04 | 45.00 |
| Copying | 345.45 |
| Facsimile | 34.50 |
| Telephone | 986.02 |
| Online research | 1,814.58 |
| Delivery services/messengers | 47.58 |
| Postage | 4.99 |
| Federal Express | 52.10 |

| | |
|---|---:|
| Total disbursements | $17,564.02 |

Page 9

Total Amount of This Bill                                    $80,505.52

Less Deduction of 40% of Fees Per Agreement                 $25,176.60

Balance Due                                                 $55,328.92

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 98.90 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 81.90 | $110.00 |
| Mitchell, Rebecca M. | Paralegal | 0.30 | $130.00 |
| Hughes, William F. | Counsel | 18.20 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Phone 202.204.1000
Fax 202.204.1001

November 15, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD  21044

Invoice#    2231

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

| | | | Hours |
|---|---|---|---|
| 09/01/2004 | WFH | Review pertinent trial  testimony and exhibits related to hazardous substances and arranger issues and work on proposed Findings of Fact re: same (7.4). | 7.40 |
| 09/02/2004 | WFH | Review pertinent trial testimony and exhibits related to hazardous substances and arranger issues and work on proposed Findings of Fact re: same (7.8). | 7.80 |
| 09/02/2004 | ACZ | Conference with Mr. Hughes re CERCLA standard of proof (0.6); research federal case law re same (4.1). | 4.70 |
| 09/03/2004 | WFH | Review pertinent trial testimony and exhibits related to hazardous substances and arranger issues and work on proposed Findings of Fact re: same (8.8). | 8.80 |
| 09/03/2004 | CHM | Review record and work on Findings of Fact (Arranger). (9.5) | 9.50 |
| 09/04/2004 | CHM | Work on Findings of Fact and coordinating brief. (5.5) | 5.50 |
| 09/06/2004 | CHM | Work on Findings of Fact and analysis of record (Arranger). (3.5) | 3.50 |

Page 2

| 09/07/2004 | WFH | Review pertinent trial testimony and exhibits related to hazardous substances and arrange issues and work on proposed Findings of Fact re: same (4.7); begin drafting post-trial brief (4.9). | 9.60 |
|---|---|---|---|
| 09/07/2004 | CHM | Review transcript re hazardous substances. (2.5) | 2.50 |
| 09/08/2004 | WFH | Work on proposed Findings of Fact re:: hazardous substances and arranger issues (2.8); work on post-trial brief on hazardous substances and arranger issues (6.8). | 9.60 |
| 09/08/2004 | CHM | Continue to review exhibits as to Arranger issues. (4.5). | 4.50 |
| 09/09/2004 | WFH | Review pertinent testimony and exhibits and revise proposed Findings of Fact (10.2). | 10.20 |
| 09/10/2004 | WFH | Work on post-trial brief and conduct legal/factual research in support of same (9.7). | 9.70 |
| 09/11/2004 | WFH | Finalize draft of hazardous substances section of trial brief and circulate to Messrs. Marraro and Hogan for comment (8.3). | 8.30 |
| 09/11/2004 | CHM | Work on findings Trial brief and telephone conference re same. (4.5) | 4.50 |
| 09/12/2004 | WFH | Conference calls with Messrs. Hogan and Marraro re post-trial filings and status of same (0.7); work on "arranger" section of post-trial brief and research in connection with same (5.8). | 6.50 |
| 09/12/2004 | CHM | Work on Trial brief re hazardous substances. (5.0) | 5.00 |
| 09/13/2004 | WFH | Prepare final draft of Grace's post-trial brief an circulate to Messrs. Hogan and Marraro for comment (9.4). | 9.40 |
| 09/13/2004 | CHM | Edit final draft of hazardous substances (1.5); conference with Mr. Hughes re same. (0.3) | 1.80 |
| 09/14/2004 | WFH | Revise and provide record citations for Grace's proposed Findings of Fact and confer with Messrs. Marraro and Hogan re same (9.8). | 9.80 |
| 09/14/2004 | CHM | Review and edit final draft of brief and Findings of Fact (3.5). | 3.50 |
| 09/15/2004 | WFH | Provide citations and assist Mr. Hogan in finalizing Grace's proposed Findings of Fact and Post-Trial Brief for filing with District Court (7.8). | 7.80 |

| | | | |
|---|---|---|---|
| 09/17/2004 | WFH | Review Zotos' multi-volume set of proposed findings of fact and prepare list of points to rebut on hazardous substances issue (4.6); review and analyze Zoto's post-trial brief and prepare list of reply issues (1.6). | 6.20 |
| 09/20/2004 | WFH | Conferences with Messrs. Marraro and Hogan re Grace's response to Zotos' post-trial submissions (0.6); review Zotos' multi-volume set of proposed findings of fact and prepare list of points to rebut on arranger issues (4.4); prepare detailed outline of Grace's reply brief on arranger issues and circulate to Mr. Hogan (3.7). | 8.70 |
| 09/21/2004 | NAB | Pull cases requested by Mr. Hughes (1.2). | 1.20 |
| 09/21/2004 | WFH | Prepare detailed outline of Grace's reply brief on hazardous substances issues and circulate to Mr. Hogan (1.9); revie CERCLA cases cited by Zotos and distinguish same in connection with brief (1.7); begin drafting Grace's reply brief (5.1). | 8.70 |
| 09/21/2004 | ACZ | Research CERCLA arranger liability case law for Mr. Hughes (2.2). | 2.20 |
| 09/21/2004 | FPP | Engage in research regarding liability for manufacturing of a product found at a waste site. (4.0) | 4.00 |
| 09/22/2004 | WFH | Draft and revise section of Grace's reply brief on hazardous substances issue (7.6); review Zotos' evidentiary brief and confer with Mr. Hogan re response to same (1.3). | 8.90 |
| 09/22/2004 | CHM | Analyze Zotos Finding of Facts and Conclusions of Law and memo (4.0); conference call with Mr. Hughes re same. (0.5) | 4.50 |
| 09/22/2004 | ACZ | Research re CERCLA arranger liability for Mr. Hughes (.9). | 0.90 |
| 09/23/2004 | WFH | Draft and revise section of Grace's reply brief on hazardous substances issues (9.2); conferences with Mr. Zacaroli re results of CERCLA research and review same (0.6). | 9.80 |
| 09/23/2004 | ACZ | Additional research re CERCLA arranger liability (1.5); conference with Mr. Hughes re same (0.4). | 1.90 |
| 09/23/2004 | FPP | Compose email to Mr. Hughes regarding research and analysis. (1.3) | 1.30 |
| 09/24/2004 | WFH | Work on Grace's reply post-trial brief (9.4). | 9.40 |

Page 4

| 09/24/2004 | CHM | Work on outline of points for reply brief (2.0); review record on STL issues (1.2); Record Manager issues (2.0). | 5.20 |
|---|---|---|---|
| 09/24/2004 | ACZ | Additional research re CERCLA arranger liability (0.9); conference with Mr. Hughes re same (0.4). | 1.30 |
| 09/25/2004 | WFH | Draft and revise section of Grace's reply brief on "arranger" issue (6.3). | 6.30 |
| 09/26/2004 | WFH | Finalize section of Grace's reply brief on hazardous substances issues and circulate to Messrs. Hogan and Marraro for comment (5.6). | 5.60 |
| 09/27/2004 | WFH | Work on section of Grace's reply brief on "arranger" issue and factual/legal research in support of same (8.9); conferences with Messrs. Hogan and Marraro re same (.5). | 9.40 |
| 09/27/2004 | CHM | Review and edit Reply Brief on hazardous substances. (3.5) | 3.50 |
| 09/28/2004 | WFH | Finalize draft of Grace's reply brief to incorporate Messrs. Marraro's and Hogan's comments and revisions (8.2); review rebuttal to Zotos' proposed FOF prepared by Mr. Hogan and incorporate selected portions into Grace's reply brief. (1.4). | 9.60 |
| 09/28/2004 | CHM | Review and edit final draft of Reply Brief. (2.0) | 2.00 |
| 09/29/2004 | WFH | Factual research in connection with finalizing Grace's reply brief and conferences with Mr. Hogan re citations and other matters related to filing with the District Court (4.7). | 4.70 |
| 09/29/2004 | WFH | Review Mealeys and BNA updates and selected materials cited in same (.6). | 0.60 |
| 09/29/2004 | CHM | Review Zotos Reply Brief. (1.5) | 1.50 |

|  | Total fees | 267.30 | **Amount** 104,148.50 |
|---|---|---|---|

<u>Disbursements:</u>

| W. Hughes - Dinner while working late on brief on 8/08/04 (1 person) | 26.79 |
|---|---|
| C. Marraro - Working dinner on 6/30/04 (1 person) | 15.87 |
| C. Marraro - Dinner with R. Emmett, K. Hogan, R. Brown, M. Low and B. Hughes at trial on 5/19/04 (6 people) | 239.50 |
| C. Marraro - Dinner with K. Brown, B. Hughes and B. Emmett on 5/24/04 at trial in NY (4 people) | 98.25 |

| | |
|---|---:|
| C. Marraro - Lunch with K. Hogan on 5/25/04 at trial in NY (2 people) | 48.00 |
| C. Marraro - Dinner with K. Hogan and B. Hughes on 5/25/04 at trial in NY (3 people) | 164.05 |
| C. Marraro - Dinner with Mr. Brown on 7/09/04 in Jersey City, NJ (2 people) | 40.61 |
| C. Marraro - Dinner with R. Hogan, M.E. Johns, R. Brown, M Low and B. Hughes in NY on 5/19/04 (6 people) | 350.80 |
| C. Marraro - Coach Air Fare from DC to Buffalo, NY on 5/24/04 for trial | 437.10 |
| C. Marraro - Coach Air Fare from Buffalo, NY to Washington, D.C. on 5/26 for trial | 327.60 |
| C. Marraro - R/T Coach Air Fare to and from Buffalo, NY for trial on 5/21/04 | 455.60 |
| C. Marraro - Hotel in Buffalo, NY for trial on 5/16-21/04 (5 nights) | 1,061.85 |
| C. Marraro - Hotel in Buffalo, NY for trial on 5/23-26/04 (3 nights) | 595.11 |
| C. Marraro - Auto Rental in Buffalo, NY for trial on 5/12-21/04 (10 days) | 532.27 |
| C. Marraro - Dinner with K. Brown in D.C. on 7/20/04 (2 people) | 83.07 |
| Copying | 412.11 |
| Facsimile | 12.75 |
| Telephone | 141.29 |

| | |
|---|---:|
| Total disbursements | $5,042.62 |
| Total Amount of This Bill | $109,191.12 |
| Balance Due | $109,191.12 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Zacaroli, Alec C. | Associate | 11.00 | $250.00 |
| Marraro, Christopher H. | Partner | 57.00 | $475.00 |
| Pittman, F. Paul | Associate | 5.30 | $175.00 |
| Bynum, Natasha A. | Legal Clerk | 1.20 | $110.00 |
| Hughes, William F. | Counsel | 192.80 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

November 15, 2004

Akos Nagy
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    2230

For Professional Services Rendered in Connection with General Matters - Matter 11

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 09/21/2004 | CHM | Conference call with Mr. Nagy and Mr. Hatfield re WEJA issues. (0.5) | 0.50 |
| 09/30/2004 | CHM | Review WEJA briefs and meeting with Pitney Harden and Mr. Nagy. (4.5) | 4.50 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 5.00 | 2,375.00 |
| Total Amount of This Bill |  | $2,375.00 |
| Balance Due |  | $2,375.00 |

### Timekeeper Summary

| Name |  |  | Hours | Rate |
|---|---|---|---|---|
| Marraro, Christopher H. |  | Partner | 5.00 | $475.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

November 15, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#    2233

For Professional Services Rendered in Connection with Acton Matter – Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 09/01/2004 | CHM | Meeting with Cytec in Boston (6.0). | 6.00 |
| 09/08/2004 | CHM | Conference with Mr. Steinberg re meeting follow-up. (0.5) | 0.50 |
| 09/16/2004 | CHM | Conference with Ms. Duff re various issues. (0.5) | 0.50 |
| 09/22/2004 | CHM | Review Ms. Duff letter to Mass. Counsel (0.2); conference with Mr. Obradovic re concern data. (0.3) | 0.50 |
| 09/29/2004 | CHM | Review letter to Mesevage. (0.5) | 0.50 |

|  |  | | **Amount** |
|---|---|---|---|
| Total fees | | 8.00 | 3,800.00 |

Disbursements:

| | |
|---|---|
| C. Marraro - Dinner in Maryland with M. Steinberg on 6/22/04 (2 people) | 57.57 |
| C. Marraro - Dinner in Massachusetts with M. O'Bradevic, M.E. Johns and L. Duff on 6/1/04 (4 people) | 224.70 |
| C. Marraro - Dinner in MA on 6/2/04 (1 person) | 27.84 |
| C. Marraro - Coach Air Fare Boston to Washington (1/2 cost) on 5/29/04 | 206.60 |
| C. Marraro - Coach Air Fare from DC to Newark to Boston (1/2 cost) on 5/28/04 Mr. Marraro | 260.85 |
| C. Marraro - Hotel in Massachusetts on 6/1-2/04 (1 night) | 158.63 |
| C. Marraro - Parking at Airport on trip ending 6/2/04 | 30.00 |

Total disbursements                                        $966.19

Total Amount of This Bill                                $4,766.19

Balance Due                                              $4,766.19

### Timekeeper Summary

| Name | | Hours | Rate |
| --- | --- | --- | --- |
| Marraro, Christopher H. | Partner | 8.00 | $475.00 |

**File a Motion:**
01-01139-JKF W.R. GRACE & CO.

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Carickhoff, David W. entered on 11/23/2004 at 2:31 PM EST and filed on 11/23/2004

**Case Name:**      W.R. GRACE & CO.
**Case Number:**     01-01139-JKF
**Document Number:** 7016

**Docket Text:**
Monthly Application for Compensation *and for Reimbursement of Expenses for September 2004 [Forty-Second]* Filed by Wallace King Marraro & Branson. Objections due by 12/13/2004.. (Attachments: # (1) Fee Detail) (Carickhoff, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**W:\DE Bankrutpcy\W.R. Grace\11-23-04\DWC\Wallace King\Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/23/2004] [FileNumber=3197242-0
] [44729d9dda43d25400f0cbfbc888e6ae34ce5c0c360a6d0ebfc3aa437685e4675fb
b38673b01ebbbfecfc47afa93a9e151c4f647160ea10d18b300a8e0af58af]]
**Document description:** Fee Detail
**Original filename:**W:\DE Bankrutpcy\W.R. Grace\11-23-04\DWC\Wallace King\Fee Detail.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/23/2004] [FileNumber=3197242-1
] [9edeb5d7412de9ee2a13c9f80d139ed64e52d2ea0b87c3aaa3fdaa1c362da9e585e
40b100f8d29f66d87c9750048e7f686efla224c1529aae4c1a589154178db]]

**01-01139-JKF Notice will be electronically mailed to:**

Peter M. Acton     pacton@nutter.com,

David G. Aelvoet    davida@publicans.com,

Elio Battista     battista@blankrome.com

Neil Matthew Berger   neilberger@teamtogut.com,
gdiconza@teamtogut.com;msmith@teamtogut.com;dperson@teamtogut.com;jhartman@teamtogut.com;

Ian Connor Bifferato   bankruptcy@bbglaw.com