IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 6798)

On November 1, 2004, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from April 1, 2004 through June 30, 2004 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on November 22, 2004. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                            KLETT ROONEY LIEBER & SCHORLING
                                            A Professional Corporation

                                            By: /s/ Rhonda Thomas
                                                  Teresa K. D. Currier (No. 3080)
                                                  Rhonda L. Thomas (No. 4053)
                                                  The Brandywine Building
                                                  1000 West St. - Suite 1410
                                                  Wilmington, DE 19801

                                                         -and-

KRLS/Wilm 58403v1

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                        Philip Bentley, Esquire
                        Gary M. Becker, Esquire
                        919 Third Avenue
                        New York, NY 10022
                        (212) 715-9100
                        Counsel to the Official Committee of
                        Equity Holders

Dated: November 24, 2004         Co-Counsel to the Official Committee
                                           of Equity Holders

KRLS/Wilm 58403v1