## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al.,

          Debtors.

Chapter 11

Case No. 01-1139 (JKF)

Jointly Administered

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THIRTY-EIGHTH MONTHLY**
**APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO**
**THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2004**
**THROUGH SEPTEMBER 30, 2004 [RE: DOCKET NO. 6809]**

The undersigned hereby certifies that as of the date hereof, she has received no

formal answer, objection or any other responsive pleading to the Thirty-Eighth Monthly

Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP,

counsel to the Official Committee of Equity Holders, filed on November 2, 2004 [Docket

No.6809].  The undersigned further certifies that she has reviewed the Court's docket in this case

and no answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on

November 2, 2004.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Krls/Wilm 57817v1

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay Kramer Levin Naftalis & Frankel LLP $19,586.40 which represents 80% of

the fees ($24,483.00) and $836.33, which represents 100% of the expenses, for an

aggregate amount of $20,422.73, requested in the Application for the period September 1, 2004

through September 30, 2004, upon the filing of this Certification and without the need for entry

of a Court order approving the Application.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By:    /s/ Rhonda Thomas
       Teresa K. D. Currier (No. 3080)
       Rhonda L. Thomas (No. 4053)
       1000 West Street, Suite 1410
       Wilmington, DE  19801
       (302) 552-4200

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: November 24, 2004

WLM #58402 V1 - WR GRACE: CNO TO KRAMER'S 38TH FEE APP