## EXHIBIT B

# AFFIDAVIT

**STATE OF TEXAS** )
                              ) ss:
**CITY AND COUNTY OF DALLAS**)

I, BRIDGETTE TRYKOSKI, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States and published in the locations set forth on the attached Exhibit A to this Affidavit; that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): 11/22/04 ; advertiser: W. R. GRACE & CO. and that the foregoing statements are true and correct to the best of my knowledge.

*Bridgette Trykoski* (signature)

Sworn to before me this
22nd day of November, 2004.

*Kelly Walker* (signature)
Notary Public



(Notary seal: KELLY WALKER, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 12-02-2006)

EXHIBIT A

BEAUMONT, TEXAS

BOWLING GREEN, OHIO

CHARLOTTE, NORTH CAROLINA

CHICOPEE, MASSACHUSETTS

DALLAS, TEXAS

DENVER, COLORADO

DES MOINES, IOWA

HIGHLAND, ILLINOIS

LA GRANGE, GEORGIA

NAPERVILLE, ILLINOIS

ORLANDO, FLORIDA

PALO ALTO, CALIFORNIA

RIVERSIDE, CALIFORNIA

SEATTLE, WASHINGTON

SHARON, PENNSYLVANIA

SOUTH BRUNSWICK, NEW JERSEY

WHITE OAK, MARYLAND

## ◆ BANKRUPTCIES ◆

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                    ) Chapter 11
W.R. GRACE & CO., et al.,[1] ) Case No. 01-1139 (JKF)
   Debtors.               ) Jointly Administered

Objection Deadline: December 21, 2004 at 4:00 p.m.
Hearing Date: January 21, 2005 at 9:00 a.m. (Pittsburgh, PA)

NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT ACCOMPANYING DEBTORS' PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

On November 13, 2004, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the following documents with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"): (i) the Debtors' Plan of Reorganization (Docket No. 6895) (as may be amended or supplemented, the "Plan"); (ii) the Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (Docket No. 6896) (as may be amended or supplemented, the "Disclosure Statement"); and (iii) the Exhibit Book in Connection with Debtors' Disclosure Statement (Docket No. 6897) (as may be amended or supplemented, the "Exhibit Book").

Copies of the Plan, Disclosure Statement and Exhibit Book can be: (i) obtained from the Bankruptcy Court; (ii) downloaded from www.bmccorp.net; or, (iii) obtained, upon written request, from the undersigned counsel for the Debtors at the expense of the Debtors.

Objections and other responses to the Disclosure Statement, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on December 21, 2004.

Any objections or other responses to the Disclosure Statement must also be served so that they are received no later than December 21, 2004 at 4:00 p.m. Eastern Time, by: (i) co-counsel for the Debtors, Ryan B. Bennett, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 (fax 312-861-2200), and Laura Davis Jones; Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, NY 10038-4982 (fax 212-806-6006), and Michael R. Lastowski, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246 (fax 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 (fax 305-374-7593), and Michael B. Joseph, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899 (fax 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 (fax 212-644-6755), and Marla Eskin, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, DE 19801 (fax 302-426-9947); (v) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022 (fax 212-715-8000), and Teresa K.D. Currier, Klett Rooney Lieber & Schorling, 1000 West Street, Suite 1410, P.O. Box 1397, Wilmington, DE 19899-1397 (fax 302-552-4220); (vi) counsel to the Future Claimants' Representative, Richard H. Wyron, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 (fax 202-424-7643), and John C. Phillips, Jr., Phillips, Goldman & Spence, P.A.,

1200 North Broom Street, Wilmington, DE 19806 (fax 302-655-4210); and (vii) the Office of the United States Trustee, Attn: Frank J. Perch, 844 N. King Street, Wilmington, DE 19801 (fax 302-573-6497).

A hearing regarding approval of the adequacy of the Disclosure Statement will be held before the Honorable Judith K. Fitzgerald at the United States Bankruptcy Court for the Western District of Pennsylvania, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, on January 21, 2005 at 9:00 a.m. Eastern Time. This hearing may be continued upon request of the Debtors in open court without further notice or by noting the continuance on the agenda for the January 21, 2005 hearing.

OBJECTIONS OR RESPONSES NOT TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AT THE HEARING ON THE DISCLOSURE STATEMENT.

Dated: November 15, 2004

KIRKLAND & ELLIS LLP
Ryan Blaine Bennett
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## ◆ PUBLIC NOTICES ◆

### LEGAL NOTICE
### ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 18, United States Code (U.S.C.), Section 981, because the property was involved in a violation of Title 18, U.S.C., Section 1956 or 1957, or the seized property is traceable to property involved in such a violation. An owner or lienor may file a petition for remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22361. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence will be deemed filed when actually received by the DEA Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

THIRD NOTICE
LAST DATE TO FILE DECEMBER 22, 2004
PLACE SEIZED, SEIZED FROM, DATE SEIZED

CENTRAL DISTRICT OF CALIFORNIA
04-DEA-441691, 1997 Ford F-250, 1FTEX27L5VNC02744, Azusa, CA, Buenrostro-Ruiz, Ralph, 09/18/04

[The property listed above is NOT for sale. The DEA DOES NOT sell forfeited property and the DEA DOES NOT have information on property for sale.]

## ◆ PUBLIC NOTICES ◆

### Banamex

NOTICE TO CUSTOMERS AND CREDITORS OF BANCO NACIONAL DE MÉXICO, S.A., INTEGRANTE DEL GRUPO FINANCIERO BANAMEX

On or about November 22, 2004, Banco Nacional de México, S.A., Integrante del Grupo Financiero Banamex ("Banamex") will commence the voluntary liquidation of its New York agency, located at 767 Fifth Avenue, New York, New York, under the provisions of Section 605.11(c) of the New York State Banking Law. Upon completion thereof, all business related thereto shall be conducted from the bank's offices located in Mexico. All inquiries with respect to the liquidation and winding-up of the New York agency of Banamex should be directed to:

Mr. Charles E. Giuliani
General Manager
New York Agency
Banco Nacional de México, S.A., Integrante del Grupo Financiero Banamex
767 Fifth Avenue, Eighth Floor
New York, NY 10153
(212) 303-1469

on or before December 30, 2004.

