# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

## STIPULATION OF DEBTORS AND ZAI CLAIMANTS TO
## SUPPLEMENT ZAI SCIENCE TRIAL SUMMARY JUDGMENT RECORD

Debtors W. R. Grace & Co., et al. ("Debtors") and ZAI Claimants, by and through their respective counsel, hereby stipulate to supplement the summary judgment record as follows:

1. During the October 18, 2004 Science Trial hearing on motions for summary judgment, an issue was raised concerning supplementation of the record.

2. The Court instructed the parties to discuss the issue, determine whether the parties could agree to a supplementation of the record without requiring a ruling on the issue and to advise the Court by November 19, 2004 of the status.

3. Thereafter, counsel for Debtors and the ZAI Claimants consulted and have agreed to a limited supplementation of the record.

4. Debtors and ZAI Claimants stipulate that the summary judgment record before the Court in the Science Trial hearing will be supplemented with the following materials:

    a. Excerpts (on DVD) from ZAI Claimants' simulations;

    b. July 23, 2003 letter from James Freeman to James Restivo;

    c. October 15, 2004 letter from James Freeman to Robert Turkewitz;

      d.      Excerpts (on DVD) from W.R. Grace simulations;

      e.      May 20, 2003 e-mail from Roger Wilmoth, EPA, to multiple recipients; and,

      f.      Undated memorandum from Michael B. Cook, Director, Office of Superfund Remediation and Technology Innovation to Superfund National Policy Managers, Subject: Update on RJ Lee Asbestos Testing Laboratories.

5.      The above-referenced supplemental record materials were provided to the Court on November 19, 2004.

| | |
|---|---|
| RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC | REED SMITH LLP |
| Edward J. Westbrook, Esq.<br>Robert M. Turkewitz, Esq. | James J. Restivo, Jr.<br>Lawrence E. Flatley<br>Douglas E. Cameron<br>James W. Bentz |
| By  /s/ Edward J. Westbrook, Esq. | 435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone: 412.288.3131<br>Facsimile: 412.288.3063 |
| 174 East Bay Street<br>Charleston, SC 29401 | SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL FOR DEBTORS |
| LEAD SPECIAL COUNSEL FOR ZAI CLAIMANTS | |

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

Scotta E. McFarland
David W. Carickhoff, Jr.

By  David W. Carickhoff by SEM (4283)

919 Market Street
Suite 1600
Wilmington, DE 19801
Telephone: 302.652.4100
Facsimile: 302.652.4400