# The Blackstone Group®

November 23, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of October 1, 2004 through October 31, 2004: | | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (35,000.00) |

Out-of-pocket expenses processed for the period through October 31, 2004:[1]

| | | | | |
|---|---|---|---|---|
| Airfare | $ | (61.19) | | |
| Ground Transportation | | 1,879.24 | | |
| Meals | | 310.17 | | |
| Research | | 1,416.99 | | |
| Communications | | 90.06 | | 3,635.27 |
| **Total Due** | | | $ | 143,635.27 |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 6619-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

## W.R. GRACE
## Summary of Expenses
## Invoice No. 6619-T

|  | GL Detail Oct-04 | Total Expenses |
|---|---:|---:|
| Airfare | $ (61.19) | $ (61.19) |
| Ground Transportation - Car Service - Elite | 166.24 | 166.24 |
| Ground Transportation - Local Travel | 89.00 | 89.00 |
| Ground Transportation - Out-Of-Town Travel | 94.00 | 94.00 |
| Ground Transportation - Railroad Travel | 1,530.00 | 1,530.00 |
| Meals | 310.17 | 310.17 |
| Internal Research | 471.67 | 471.67 |
| External Research - Reuters knowledge | 292.28 | 292.28 |
| External Research - Thomson Research | 98.05 | 98.05 |
| External Research - Dow Jones | 109.63 | 109.63 |
| External Research - Factset | 433.88 | 433.88 |
| External Research - P.A.C.E.R. | 11.48 | 11.48 |
| Communications - Audio Conferencing | 70.23 | 70.23 |
| Communications - Audio Conferencing | 19.83 | 19.83 |
| **Total Expenses** | $ 3,635.27 | $ 3,635.27 |

|  |  |
|---|---:|
| Airfare | $ (61.19) |
| **Ground Transportation** | 1,879.24 |
| **Meals** | 310.17 |
| **Research** | 1,416.99 |
| **Communications** | 90.06 |
| **Total Expenses** | $ 3,635.27 |

W.R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2004
Invoice No. 6619-T

### Airfare

| | | | |
|---|---|---:|---:|
| Blechman (one-way coach class flight to White Plains, NY from Baltimore, MD) | 08/24/04 | 430.10 | |
| Blechman (one-way coach class flight to Washington, DC from Queens, NY) | 08/25/04 | 384.60 | |
| Blechman (one-way coach class flight to White Plains, NY from Washington, DC) | 08/25/04 | 139.10 | |
| Blechman (credit for unused airline ticket) | 08/27/04 | (1,014.99) | |
| Subtotal - Airfare | | | $ (61.19) |

### Ground Transportation
#### Car Services
#### Elite

| | | | |
|---|---|---:|---:|
| Zilly (car to Pennsylvania Railroad Station in New York, NY from home) | 05/07/04 | 28.54 | |
| Zilly (car to Stamford, CT from home) | 06/03/04 | 111.13 | |
| Zilly (car home from Blackstone) | 09/15/04 | 26.57 | |
| Subtotal - Car Service - Elite | | | 166.24 |

#### Local Travel

| | | | |
|---|---|---:|---:|
| Zilly (taxi to client's offices in Columbia, MD from BWI International Airport) | 10/20/04 | 44.00 | |
| Zilly (taxi to BWI International Airport from client's offfices in Columbia, MD) | 10/20/04 | 45.00 | |
| Subtotal - Local Travel | | | 89.00 |

#### Out-Of-Town Travel

| | | | |
|---|---|---:|---:|
| Blechman (taxi to client's offices in Columbia, MD from BWI Railroad Station) | 09/13/04 | 35.00 | |
| Blechman (taxi to hotel from train station in Philadelphia, PA) | 09/21/04 | 8.00 | |
| Blechman (taxi to BWI Railroad Station from client's offices in Columbia, MD) | 09/21/04 | 38.00 | |
| Blechman (taxi to train station from hotel in Philadelphia, PA) | 09/22/04 | 6.00 | |
| Blechman (Amtrak to 919 Market Street) | 09/27/04 | 7.00 | |
| Subtotal - Out-Of-Town Travel | | | 94.00 |

#### Railroad Travel

| | | | |
|---|---|---:|---:|
| Blechman (round trip travel: Stamford, CT to Baltimore, MD to New York, NY) | 08/23/04 | 326.00 | |
| Blechman (round trip travel to/from Baltimore, MD from/to New York, NY) | 09/10/04 | 452.00 | |
| O'Connell (round trip travel to/from Baltimore, MD from/to New York, NY) | 08/23/04 | 314.00 | |
| O'Connell (round trip travel to/from Baltimore, MD from/to New York, NY) | 09/10/04 | 438.00 | |
| Subtotal - Railroad Travel | | | 1,530.00 |
| Subtotal - Ground Transportation | | | 1,879.24 |

### Meals

| | | |
|---|---|---:|
| Blechman (meal while traveling) | 08/24/04 | 20.23 |
| Blechman (meal while traveling) | 08/24/04 | 5.33 |
| Blechman (working dinner meal @ Blackstone) | 08/26/04 | 23.37 |
| Blechman (working dinner meal @ Blackstone) | 09/08/04 | 21.24 |
| Blechman (meal while traveling) | 09/13/04 | 18.12 |
| Blechman (meal while traveling) | 09/22/04 | 5.73 |
| Blechman (meal while traveling) | 09/27/04 | 4.75 |
| Munfa (working dinner meal @ Blackstone) | 08/17/04 | 17.78 |
| Munfa (weekend working dinner meal @ Blackstone) | 08/22/04 | 9.41 |
| Munfa (working dinner meal @ Blackstone) | 08/25/04 | 20.60 |
| Munfa (working dinner meal @ Blackstone) | 09/02/04 | 23.65 |
| Munfa (working dinner meal @ Blackstone) | 09/10/04 | 25.00 |
| O'Connell (working dinner meal @ Blackstone) | 08/23/04 | 25.00 |
| O'Connell (working dinner meal @ Blackstone) | 09/16/04 | 15.96 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through October 31, 2004**
**Invoice No. 6619-T**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (working dinner meal @ Blackstone) | 09/28/04 | 25.00 | |
| Research - Drake (working dinner meal @ Blackstone) | 09/01/04 | 24.00 | |
| Shinder (working dinner meal @ Blackstone) | 08/25/04 | 25.00 | |
| **Subtotal - Meals** | | | 310.17 |
| **Internal Research** | | | |
| Munfa (business purpose: general research) | 10/02/04 | 89.07 | |
| Munfa (business purpose: general research) | 09/25/04 | 218.60 | |
| O'Connell (business purpose: general research) | 09/25/04 | 164.00 | |
| **Subtotal - Internal Research** | | | 471.67 |
| **External Research** | | | |
| **Reuters Knowledge** | | | |
| Munfa (buisness purpose: "WACC" analysis and general research) | 09/27/04 | 127.80 | |
| Munfa (business purpose: "Comps" research) | 10/11/04 | 15.04 | |
| Munfa (business purpose: "Yield" and general research) | 09/21/04 - 09/22/04 | 149.44 | |
| **Subtotal - Reuters Knowledge** | | | 292.28 |
| **Thomson Research** | | | |
| Munfa (business purpose: "10K" research) | 10/01/04 | 60.79 | |
| Munfa (business purpose: "10K" and "Comp" research) | 10/13/04 - 10/14/04 | 35.88 | |
| Munfa (business purpose: general research) | 09/21/04 | 1.38 | |
| **Subtotal - Thomson Research** | | | 98.05 |
| **Dow Jones** | | | |
| Munfa (business purpose: general research) | 10/01/04 | 75.86 | |
| Munfa (business purpose: "10K" research) | 10/13/04 | 33.77 | |
| **Subtotal - Dow Jones** | | | 109.63 |
| **Factset** | | | |
| Munfa (business purpose: SDC) | 10/01/04 | 78.33 | |
| O'Connell (business purpose: general research) | 09/25/04 | 355.55 | |
| **Subtotal - Factset** | | | 433.88 |
| **P.A.C.E.R.** | | | |
| de Almeida | 09/02/04 | 6.44 | |
| de Almeida | 09/03/04 | 2.38 | |
| de Almeida | 09/22/04 | 2.31 | |
| de Almeida | 09/22/04 | 0.35 | |
| **Subtotal - P.A.C.E.R.** | | | 11.48 |
| **Subtotal - External Research** | | | 945.32 |
| **Communications** | | | |
| **Telephone Conferencing** | | | |
| Blechman | 08/26/04 | 3.69 | |
| Blechman | 08/30/04 | 11.97 | |
| Blechman | 08/30/04 | 28.07 | |
| Blechman | 09/01/04 | 6.59 | |
| Blechman | 09/01/04 | 10.74 | |
| Blechman | 09/14/04 | 9.17 | |

W.R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2004
Invoice No. 6619-T

| | | | |
|---|---|---:|---:|
| | Subtotal - Telephone Conferencing | | 70.23 |
| **Federal Express** | | | |
| Otero | 09/23/04 | 19.83 | |
| | Subtotal - Federal Express | | 19.83 |
| | Subtotal - Communications | | 90.06 |
| | Total Expenses | $ | 3,635.27 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 149.8 |
| David Blechman | Vice President | 165.9 |
| James O'Connell | Associate | 90.6 |
| James Paul Munfa | Analyst | 33.0 |
| | | 439.3 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/26/04 | 1.5 | Business Analysis | Review latest monthly operating reports |
| Pamela Zilly | 10/27/04 | 1.0 | Business Analysis | Review correspondence and provide comments on repatriation process |
| | | 2.5 | | |

Case 01-01139-AMC    Doc 7034-1    Filed 11/24/04    Page 8 of 18

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2004 - OCTOBER 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/19/04 | 0.5 | Case Administration | Review Court filings |
| Pamela Zilly | 10/29/04 | 1.0 | Case Administration | Read Court filings |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/05/04 | 0.5 | Committee | Respond to CIBC due diligence requests |
| David Blechman | 10/06/04 | 2.0 | Committee | Revisions to valuation analysis |
| David Blechman | 10/07/04 | 1.5 | Committee | POR call with Grace management, counsel |
| Pamela Zilly | 10/15/04 | 0.5 | Committee | Call with S. Cunningham and C. Troyer re: status of filing |
| David Blechman | 10/18/04 | 1.0 | Committee | Calls with Capstone regarding POR |
| John O'Connell | 10/19/04 | 1.0 | Committee | Conference call with Capstone regarding new structure |
| David Blechman | 10/19/04 | 1.0 | Committee | Calls with Capstone, Siegel, Tarola re Capstone due diligence |
| Pamela Zilly | 10/20/04 | 1.0 | Committee | Call with D. Siegel, R. Tarola, Unsecured Creditors Committee's advisor |
| Pamela Zilly | 10/20/04 | 1.0 | Committee | Call with D. Siegel, R. Tarola, Equity Committee chairman |
| David Blechman | 10/20/04 | 0.5 | Committee | Prepare for call with Stroock |
| David Blechman | 10/20/04 | 1.0 | Committee | Call with Stroock and Capstone re: settlement proposal |
| Pamela Zilly | 10/21/04 | 3.0 | Committee | Meeting with Equity Committee Chair and legal counsel |
| John O'Connell | 10/27/04 | 1.0 | Committee | Conference call with CDG. |
| David Blechman | 10/27/04 | 0.8 | Committee | Calls with Siegel, Tarola regarding CDG information request |
| David Blechman | 10/27/04 | 1.0 | Committee | Call with CDG re: settlement proposal |
| Pamela Zilly | 10/28/04 | 0.5 | Committee | Call with G. Boyer re: settlement proposal |
| John O'Connell | 10/28/04 | 1.5 | Committee | Conference call with financial advisors fro ACC, PD, FCR |
| David Blechman | 10/28/04 | 0.8 | Committee | Prepare for call with ACC |
| David Blechman | 10/28/04 | 1.5 | Committee | Call with ACC, PD, FCR financial advisors re: settlement proposal |
| David Blechman | 10/28/04 | 0.5 | Committee | Call with Conway del Genio re: settlement proposal |
| | | 21.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/07/04 | 1.0 | Financing | Discuss w/ D. Blechman and review POR model re: 524(g) structure |
| | | 1.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2004 - OCTOBER 31, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/21/04 | 2.0 | Non-Working Travel Time | Travel to Columbia |
| Pamela Zilly | 10/21/04 | 2.0 | Non-Working Travel Time | Travel to New York |
| | | 4.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/04 | 1.0 | Other | Read memos re: proposed restrictions on stock and warrant trading |
| Pamela Zilly | 10/07/04 | 1.0 | Other | Read documents re: trading restrictions |
| Pamela Zilly | 10/07/04 | 1.5 | Other | Call with Grace management, counsel re: POR structure, documents |
| Pamela Zilly | 10/08/04 | 0.5 | Other | Review trading restrictions motion |
| David Blechman | 10/08/04 | 1.0 | Other | Prepare Board materials |
| Pamela Zilly | 10/11/04 | 2.5 | Other | Further revisions to Best Interests Test |
| David Blechman | 10/11/04 | 1.3 | Other | Participate in Board of Directors meeting (call-in) |
| Pamela Zilly | 10/12/04 | 1.0 | Other | Call on trading restriction motion |
| Pamela Zilly | 10/27/04 | 1.0 | Other | Discussion with E. Filon, Tarola, Shelnitz, Siegel re: trading restrictions |
| John-Paul Munfa | 10/27/04 | 3.0 | Other | Option market research |
| John-Paul Munfa | 10/28/04 | 3.0 | Other | Option market research |
| David Blechman | 10/28/04 | 1.5 | Other | Conference call with Shelnitz, Norris, Tarola, Maynes regarding trading restrictions |
| David Blechman | 10/28/04 | 1.0 | Other | Research exchange-traded options |
| Pamela Zilly | 10/29/04 | 2.0 | Other | Discussion with Tarola, Filon, Siegel with respect to trading restrictions |
| David Blechman | 10/29/04 | 0.5 | Other | Call with Filon regarding trading restrictions |
| David Blechman | 10/29/04 | 1.0 | Other | Calls with B. Tarola re same |
| | | 22.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/04 | 2.5 | Plan and Disclosure Statement | Read and provide markup of Disclosure Statement |
| Pamela Zilly | 10/01/04 | 1.0 | Plan and Disclosure Statement | Review revised POR model re: debt issuance and taxes |
| Pamela Zilly | 10/01/04 | 2.0 | Plan and Disclosure Statement | Prepare Best Interest Test analysis |
| Pamela Zilly | 10/01/04 | 1.0 | Plan and Disclosure Statement | Call with B. Spiegel, D. Blechman re: Best Interest Test |
| Pamela Zilly | 10/01/04 | 0.5 | Plan and Disclosure Statement | Read correspondence (T. Delbrugge, M. Shelnitz, J. Baer) re: accrued interest |
| John O'Connell | 10/01/04 | 4.0 | Plan and Disclosure Statement | Financial model capital structure sensitivity analysis |
| David Blechman | 10/01/04 | 4.0 | Plan and Disclosure Statement | Review and provide comments on plan documents |
| David Blechman | 10/01/04 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, B. Spiegel re: Plan documents and Best Interests Test |
| David Blechman | 10/01/04 | 1.0 | Plan and Disclosure Statement | Review management operating and POR model |
| John O'Connell | 10/02/04 | 3.5 | Plan and Disclosure Statement | Updating model for revised management projections |
| Pamela Zilly | 10/03/04 | 1.5 | Plan and Disclosure Statement | Review revised POR model and projections |
| Pamela Zilly | 10/03/04 | 3.0 | Plan and Disclosure Statement | Prepare class reconciliation re: Best Interest Test, latest POR model |
| John O'Connell | 10/03/04 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, D. Blechman re: valuation and POR model |
| John O'Connell | 10/03/04 | 3.5 | Plan and Disclosure Statement | Analysis of new management projections |
| Pamela Zilly | 10/04/04 | 0.5 | Plan and Disclosure Statement | Review revised POR model |
| Pamela Zilly | 10/04/04 | 1.5 | Plan and Disclosure Statement | Meeting with P. Norris re: POR issues |
| Pamela Zilly | 10/04/04 | 3.5 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell, P. Norris, R. Tarola re: revise projections, POR model, pro forma assumptions re claims |
| John O'Connell | 10/04/04 | 0.5 | Plan and Disclosure Statement | Call with D. Blechman, T. Delbrugge, J. Baer re: environmental claims |
| John O'Connell | 10/04/04 | 3.5 | Plan and Disclosure Statement | Financial model/claims meeting with P. Norris, B. Tarola, P. Zilly and D. Blechman |
| John O'Connell | 10/04/04 | 3.0 | Plan and Disclosure Statement | Structural revisions to financial model |
| David Blechman | 10/04/04 | 3.5 | Plan and Disclosure Statement | Meeting with P. Norris and B. Tarola regarding POR structure, projections, claims |
| David Blechman | 10/04/04 | 1.5 | Plan and Disclosure Statement | Revise POR model |
| David Blechman | 10/04/04 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, J. Baer, T. Delbrugge regarding environmental claims |
| David Blechman | 10/04/04 | 1.5 | Plan and Disclosure Statement | Meetings with J. O'Connell regarding model |
| David Blechman | 10/04/04 | 1.0 | Plan and Disclosure Statement | Read draft POR |
| Pamela Zilly | 10/05/04 | 1.5 | Plan and Disclosure Statement | Call with Grace management, counsel re: POR structure, documents review |
| Pamela Zilly | 10/05/04 | 0.5 | Plan and Disclosure Statement | Call with R. Tarola re: projections write-up |
| Pamela Zilly | 10/05/04 | 1.0 | Plan and Disclosure Statement | Read and provide comments on Plan of Reorganization |
| Pamela Zilly | 10/05/04 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: status of analyses |
| Pamela Zilly | 10/05/04 | 2.0 | Plan and Disclosure Statement | Read and provide comments on Disclosure Statement |
| John O'Connell | 10/05/04 | 2.5 | Plan and Disclosure Statement | Structural revisions to financial model |
| John O'Connell | 10/05/04 | 2.5 | Plan and Disclosure Statement | Revisions to minimum cash and debt analysis of financial model |
| John O'Connell | 10/05/04 | 4.0 | Plan and Disclosure Statement | Revisions to opening balance sheet and analysis of projections |
| John O'Connell | 10/05/04 | 1.0 | Plan and Disclosure Statement | Conference call with D. Blechman and B. Tarola regarding projections |
| David Blechman | 10/05/04 | 2.0 | Plan and Disclosure Statement | Review revised model |
| David Blechman | 10/05/04 | 1.5 | Plan and Disclosure Statement | POR call with Grace management, counsel |
| David Blechman | 10/05/04 | 0.5 | Plan and Disclosure Statement | Meeting with P. Norris re: plan structure |
| David Blechman | 10/05/04 | 5.0 | Plan and Disclosure Statement | Make revisions to POR model, calls with B. Tarola regarding same |
| David Blechman | 10/05/04 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly re: status of POR model |
| David Blechman | 10/05/04 | 2.5 | Plan and Disclosure Statement | Work on tax assumptions, claims, calls with management (Filon, Tarola, Delbrugge, Corcoran) regarding same |
| Pamela Zilly | 10/06/04 | 2.0 | Plan and Disclosure Statement | Review and provide comments on Best Interests Test |
| Pamela Zilly | 10/06/04 | 1.5 | Plan and Disclosure Statement | Review claim categories for Best Interests Test |
| Pamela Zilly | 10/06/04 | 1.5 | Plan and Disclosure Statement | Structure comparison of Chapter 7 liquidation and chapter 11 reorganization for Best Interest Test |
| John O'Connell | 10/06/04 | 1.5 | Plan and Disclosure Statement | Conference call with D. Blechman and B. Tarola regarding projections |
| John O'Connell | 10/06/04 | 1.0 | Plan and Disclosure Statement | Inserting dynamic options exercised and options proceeds calculations in the financial model |
| John O'Connell | 10/06/04 | 3.0 | Plan and Disclosure Statement | Revisions to presentation financial statements in model |
| David Blechman | 10/06/04 | 5.0 | Plan and Disclosure Statement | Work with B. Tarola on model, revise for payment and funding assumptions |
| David Blechman | 10/06/04 | 0.5 | Plan and Disclosure Statement | Respond to Tersigni due diligence requests |
| Pamela Zilly | 10/07/04 | 3.0 | Plan and Disclosure Statement | Read and provide comments on Plan documents |
| Pamela Zilly | 10/07/04 | 2.0 | Plan and Disclosure Statement | Call with R. Tarola, lender re: exit financing |
| Pamela Zilly | 10/07/04 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman re: Plan structure |
| John O'Connell | 10/07/04 | 5.5 | Plan and Disclosure Statement | Adjustments to financial model, including structural changes to cash flow |
| David Blechman | 10/07/04 | 0.8 | Plan and Disclosure Statement | Call with M. Berkin |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/07/04 | 2.5 | Plan and Disclosure Statement | Revisions to financial model, financial exhibit write-up, valuation |
| David Blechman | 10/07/04 | 5.0 | Plan and Disclosure Statement | Calls with Tarola, Delbrugge regarding projections; tax assumptions; revisions to POR model |
| David Blechman | 10/07/04 | 2.5 | Plan and Disclosure Statement | Various calls with B. Spiegel, D. Siegel, L. Sinanyan, M. Shelnitz re: POR structure |
| David Blechman | 10/07/04 | 1.0 | Plan and Disclosure Statement | Meeting with P. Zilly re: POR structure revisions |
| Pamela Zilly | 10/08/04 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman re: revised POR model and structure |
| Pamela Zilly | 10/08/04 | 1.5 | Plan and Disclosure Statement | Calls with T. Freedman, D. Siegel, B. Spiegel re: Plan structure |
| Pamela Zilly | 10/08/04 | 3.0 | Plan and Disclosure Statement | Read Plan documents |
| Pamela Zilly | 10/08/04 | 0.8 | Plan and Disclosure Statement | Review revised POR model |
| Pamela Zilly | 10/08/04 | 0.5 | Plan and Disclosure Statement | Respond to specific drafting questions from L. Sinanyan |
| David Blechman | 10/08/04 | 1.0 | Plan and Disclosure Statement | Meeting with P. Zilly regarding plan, valuation |
| David Blechman | 10/08/04 | 2.5 | Plan and Disclosure Statement | Check financial exhibits to Disclosure Statement |
| Pamela Zilly | 10/09/04 | 5.0 | Plan and Disclosure Statement | Prepare Best Interest Test write-up, review valuation analysis; review revised POR model and claims reconciliation |
| Pamela Zilly | 10/09/04 | 2.0 | Plan and Disclosure Statement | Read and provide comments on Plan documents |
| Pamela Zilly | 10/10/04 | 6.0 | Plan and Disclosure Statement | Rewrite reorganization value section for Disclosure Statement documents; prepare liquidation analysis |
| David Blechman | 10/10/04 | 4.0 | Plan and Disclosure Statement | Review Plan and Disclosure Statement documents, inc. exhibits |
| Pamela Zilly | 10/11/04 | 1.0 | Plan and Disclosure Statement | Call with Grace management, counsel re: POR filing |
| Pamela Zilly | 10/11/04 | 1.5 | Plan and Disclosure Statement | Attend (by phone) Board of Directors meeting |
| Pamela Zilly | 10/11/04 | 1.5 | Plan and Disclosure Statement | Further revisions to POR Model; treatment of claims |
| Pamela Zilly | 10/11/04 | 0.8 | Plan and Disclosure Statement | Meeting with D. Blechman re: status of financial exhibits |
| David Blechman | 10/11/04 | 1.5 | Plan and Disclosure Statement | Review/revise POR model |
| David Blechman | 10/11/04 | 1.0 | Plan and Disclosure Statement | POR review call with Grace management, Counsel |
| David Blechman | 10/11/04 | 0.8 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| David Blechman | 10/11/04 | 0.5 | Plan and Disclosure Statement | Revise press release |
| David Blechman | 10/11/04 | 3.5 | Plan and Disclosure Statement | Calls with Tarola, Filon regarding projections |
| David Blechman | 10/11/04 | 2.0 | Plan and Disclosure Statement | Revise projections |
| David Blechman | 10/11/04 | 2.0 | Plan and Disclosure Statement | Review plan documents |
| Pamela Zilly | 10/12/04 | 1.5 | Plan and Disclosure Statement | Call with Grace management, counsel re: POR structure, document |
| Pamela Zilly | 10/12/04 | 1.0 | Plan and Disclosure Statement | Review revised model |
| Pamela Zilly | 10/12/04 | 4.0 | Plan and Disclosure Statement | Revisions to reorganization value and best interests test write-up |
| Pamela Zilly | 10/12/04 | 0.5 | Plan and Disclosure Statement | Meetings with D. Blechman re: same |
| Pamela Zilly | 10/12/04 | 2.0 | Plan and Disclosure Statement | Review documents |
| David Blechman | 10/12/04 | 1.0 | Plan and Disclosure Statement | Provide comments on press release |
| David Blechman | 10/12/04 | 1.5 | Plan and Disclosure Statement | POR status call with Grace management, counsel |
| David Blechman | 10/12/04 | 2.0 | Plan and Disclosure Statement | Review liquidation analysis |
| David Blechman | 10/12/04 | 0.5 | Plan and Disclosure Statement | Call regarding trading motion |
| David Blechman | 10/12/04 | 4.0 | Plan and Disclosure Statement | Review/revise best interests test analysis, meetings with P. Zilly regarding same |
| Pamela Zilly | 10/13/04 | 2.5 | Plan and Disclosure Statement | Calls with D. Siegel, E. Filon, E. Leibenstein, P. Norris re: POR structure revisions |
| Pamela Zilly | 10/13/04 | 2.0 | Plan and Disclosure Statement | Review revisions to POR model and projections |
| Pamela Zilly | 10/13/04 | 2.5 | Plan and Disclosure Statement | Conference call to review documents (Tarola, Shelnitz, Spiegel, Siegel, Sinanyan, Norris) |
| Pamela Zilly | 10/13/04 | 2.5 | Plan and Disclosure Statement | Revisions to Best Interest Test, liquidation write-up, reorg value write-up, meeting with D. Blechman re: same |
| David Blechman | 10/13/04 | 3.0 | Plan and Disclosure Statement | Review/revise best interests test, meetings with P. Zilly regarding same |
| David Blechman | 10/13/04 | 3.0 | Plan and Disclosure Statement | Status calls with Siegel, Spiegel, Sinanyan, Tarola re: pro forma assumptions, projections |
| David Blechman | 10/13/04 | 1.5 | Plan and Disclosure Statement | Update to POR model |
| Pamela Zilly | 10/13/04 | 2.5 | Plan and Disclosure Statement | Call with Shelnitz, Siegel, Spiegel, Sinanyan, Tarola re: documents review |
| David Blechman | 10/13/04 | 4.0 | Plan and Disclosure Statement | Review plan and disclosure statement financial exhibits |
| Pamela Zilly | 10/14/04 | 2.0 | Plan and Disclosure Statement | Review documents |
| Pamela Zilly | 10/14/04 | 2.0 | Plan and Disclosure Statement | Document review call (Tarola, Norris, Siegel, Spiegel, Sinanyan) |
| Pamela Zilly | 10/14/04 | 2.0 | Plan and Disclosure Statement | Revisions to model and projections |
| Pamela Zilly | 10/14/04 | 6.0 | Plan and Disclosure Statement | Continued revisions to all documents and exhibits |
| Pamela Zilly | 10/14/04 | 0.5 | Plan and Disclosure Statement | Call with J Baer re: financial summary write-up |
| Pamela Zilly | 10/14/04 | 0.5 | Plan and Disclosure Statement | Call with M. Shelnitz re: financial summary write-up |
| Pamela Zilly | 10/14/04 | 1.5 | Plan and Disclosure Statement | Markup pages for Disclosure Statement changes |
| Pamela Zilly | 10/14/04 | 0.5 | Plan and Disclosure Statement | Review final version of financial summary write-up |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/14/04 | 0.5 | Plan and Disclosure Statement | Call with J. Baer - comments to Best Interests Analysis |
| Pamela Zilly | 10/14/04 | 0.5 | Plan and Disclosure Statement | Review final version of Best interests analysis |
| Pamela Zilly | 10/14/04 | 0.5 | Plan and Disclosure Statement | Provide comments to press release |
| David Blechman | 10/14/04 | 1.0 | Plan and Disclosure Statement | Review projections |
| David Blechman | 10/14/04 | 4.0 | Plan and Disclosure Statement | Revisions to POR model, financial exhibits, calls with Tarola |
| David Blechman | 10/14/04 | 1.0 | Plan and Disclosure Statement | Prepare estimates by class |
| David Blechman | 10/14/04 | 4.0 | Plan and Disclosure Statement | Finalize plan and disclosure documents |
| Pamela Zilly | 10/15/04 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola, D. Siegel, D. Blechman, J. O'Connell re: discussions with ACC, FCR |
| Pamela Zilly | 10/15/04 | 1.0 | Plan and Disclosure Statement | Various calls with D. Siegel re: Unsecured Creditors Committee |
| Pamela Zilly | 10/15/04 | 1.0 | Plan and Disclosure Statement | Review analysis of settlement proposal |
| John O'Connell | 10/15/04 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, D. Blechman, Siegel, Tarola re: ACC, FCR discussions |
| John O'Connell | 10/15/04 | 1.0 | Plan and Disclosure Statement | Meeting with P. Zilly, D. Blechman re: proposal |
| David Blechman | 10/15/04 | 5.0 | Plan and Disclosure Statement | Analyze settlement proposal |
| David Blechman | 10/15/04 | 2.0 | Plan and Disclosure Statement | Calls with management, P. Zilly regarding same |
| Pamela Zilly | 10/18/04 | 0.8 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell re: settlement proposal analysis |
| Pamela Zilly | 10/18/04 | 1.0 | Plan and Disclosure Statement | Review restructure alternatives for settlement proposal |
| Pamela Zilly | 10/18/04 | 1.0 | Plan and Disclosure Statement | Review restructure alternatives for settlement proposal |
| John O'Connell | 10/18/04 | 0.8 | Plan and Disclosure Statement | Meeting with P. Zilly, D. Blechman re: ACC, FCR, PD proposal |
| David Blechman | 10/18/04 | 4.0 | Plan and Disclosure Statement | Prepare analyses of settlement proposal, meetings with P. Zilly regarding same |
| Pamela Zilly | 10/19/04 | 0.5 | Plan and Disclosure Statement | Call with R. Tarola, D. Siegel: settlement proposal |
| Pamela Zilly | 10/19/04 | 0.5 | Plan and Disclosure Statement | Review analysis to be sent to Strook |
| Pamela Zilly | 10/19/04 | 1.0 | Plan and Disclosure Statement | Call with Norris, Tarola, Siegel re: proposal addendums |
| John O'Connell | 10/19/04 | 1.0 | Plan and Disclosure Statement | Conference call with B. Tarola and D. Siegel regarding new structure |
| John O'Connell | 10/19/04 | 1.5 | Plan and Disclosure Statement | Analysis of potential warrant issuance. |
| David Blechman | 10/19/04 | 4.0 | Plan and Disclosure Statement | Review/revise analyses of settlement proposal, meetings with P. Zilly regarding same |
| David Blechman | 10/19/04 | 0.8 | Plan and Disclosure Statement | Status meting with J. O'Connell |
| Pamela Zilly | 10/20/04 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola, D. Siegel: proposal addendums analysis |
| Pamela Zilly | 10/20/04 | 2.0 | Plan and Disclosure Statement | Review settlement restructure analysis |
| David Blechman | 10/20/04 | 2.5 | Plan and Disclosure Statement | Review POR analysis, calls with Tarola, Siegel regarding same |
| David Blechman | 10/20/04 | 1.0 | Plan and Disclosure Statement | Prepare indicative term sheet re: settlement proposal |
| Pamela Zilly | 10/21/04 | 1.0 | Plan and Disclosure Statement | Meeting with R. Tarola, D. Siegel, P. Norris, F. Festa |
| David Blechman | 10/21/04 | 0.5 | Plan and Disclosure Statement | Review press release |
| David Blechman | 10/21/04 | 0.8 | Plan and Disclosure Statement | Review POR financials |
| Pamela Zilly | 10/22/04 | 1.0 | Plan and Disclosure Statement | Call with Siegel, Tarola, Norris re: other company's developments, settlement proposal |
| Pamela Zilly | 10/22/04 | 1.0 | Plan and Disclosure Statement | Review warrant analysis |
| John O'Connell | 10/22/04 | 4.5 | Plan and Disclosure Statement | Updating POR model for September results. |
| David Blechman | 10/22/04 | 3.5 | Plan and Disclosure Statement | Call with Tarola regarding POR model and valuation; revisions to same |
| David Blechman | 10/22/04 | 0.8 | Plan and Disclosure Statement | Call with P. Zilly, D. Siegel re: settlement proposal |
| David Blechman | 10/23/04 | 2.5 | Plan and Disclosure Statement | Review projections reflecting proposed settlement |
| David Blechman | 10/23/04 | 0.8 | Plan and Disclosure Statement | Calls with J. O'Connell regarding same |
| Pamela Zilly | 10/24/04 | 6.0 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell, call with D. Siegel re: status |
| Pamela Zilly | 10/25/04 | 1.0 | Plan and Disclosure Statement | Review updated POR model |
| Pamela Zilly | 10/25/04 | 0.5 | Plan and Disclosure Statement | Read issues list |
| John O'Connell | 10/25/04 | 1.0 | Plan and Disclosure Statement | Call with Tarola re: model - Blechman, O'Connell |
| John O'Connell | 10/25/04 | 4.0 | Plan and Disclosure Statement | Call with P. Zilly, D. Blechman, B. Tarola regarding revised POR model |
| David Blechman | 10/25/04 | 1.8 | Plan and Disclosure Statement | Updating financial model for potential settlement terms. |
| David Blechman | 10/25/04 | 0.5 | Plan and Disclosure Statement | Calls with J. O'Connell and B. Tarola re projections |
| Pamela Zilly | 10/26/04 | 0.8 | Plan and Disclosure Statement | Follow up with J. O'Connell |
| Pamela Zilly | 10/26/04 | 2.0 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell, call with D. Siegel re: status |
| Pamela Zilly | 10/26/04 | 0.5 | Plan and Disclosure Statement | Review updated POR model |
| John O'Connell | 10/26/04 | 0.8 | Plan and Disclosure Statement | Conference call re status with P. Zilly, D. Blechman, D. Siegel |
| John O'Connell | 10/26/04 | 2.0 | Plan and Disclosure Statement | Updating financial model for potential settlement terms |
| John O'Connell | 10/26/04 | 1.0 | Plan and Disclosure Statement | Drafting term sheet and exhibit for potential settlement |
| David Blechman | 10/26/04 | 0.8 | Plan and Disclosure Statement | Status meeting with P. Zilly, call with D. Siegel |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/26/04 | 1.0 | Plan and Disclosure Statement | Send draft revised projections |
| David Blechman | 10/26/04 | 1.5 | Plan and Disclosure Statement | Prepare Note term sheet and table |
| Pamela Zilly | 10/27/04 | 1.5 | Plan and Disclosure Statement | Review updated POR model and revised claims reconciliation |
| Pamela Zilly | 10/27/04 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: status of settlement proposal |
| John O'Connell | 10/27/04 | 3.5 | Plan and Disclosure Statement | Updating financial model for potential settlement terms inc. discussions with D. Blechman |
| David Blechman | 10/27/04 | 2.0 | Plan and Disclosure Statement | Revise and distribute draft term sheet |
| David Blechman | 10/27/04 | 0.8 | Plan and Disclosure Statement | Calls with Tarola regarding model |
| David Blechman | 10/27/04 | 0.8 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding same |
| David Blechman | 10/27/04 | 0.5 | Plan and Disclosure Statement | Status meetings with P. Zilly |
| Pamela Zilly | 10/28/04 | 1.5 | Plan and Disclosure Statement | Call with PI, PD Committees' financial advisors re: settlement proposal |
| Pamela Zilly | 10/28/04 | 0.5 | Plan and Disclosure Statement | Call with B. Tarola re: follow-up |
| Pamela Zilly | 10/28/04 | 3.0 | Plan and Disclosure Statement | Meeting with E. Filon, call with R. Tarola, T. Maynes,M. Shelnitz, P. Norris re: settlement proposal, tax issues, trading restrictions |
| John O'Connell | 10/28/04 | 2.0 | Plan and Disclosure Statement | Updating financial model for potential settlement terms |
| David Blechman | 10/28/04 | 0.5 | Plan and Disclosure Statement | Follow up with B. Tarola |
| John-Paul Munfa | 10/29/04 | 2.0 | Plan and Disclosure Statement | Warrant valuation research |
| John O'Connell | 10/29/04 | 5.0 | Plan and Disclosure Statement | Updating financial model for potential settlement terms inc. meeting with D. Blechman |
| David Blechman | 10/29/04 | 3.5 | Plan and Disclosure Statement | Work on model with J. O'Connell |
| | | 330.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/04/04 | 0.8 | Tax Issues | Call with D. Blechman, E. Filon, T. Maynes, M. Shelnitz re: tax disclosure |
| David Blechman | 10/04/04 | 0.8 | Tax Issues | Call with P. Zilly, E. Filon, T. Maynes, M. Shelnitz re: tax questions |
| David Blechman | 10/04/04 | 1.0 | Tax Issues | Follow-up call with E. Filon regarding tax questions |
| Pamela Zilly | 10/05/04 | 0.5 | Tax Issues | Read tax disclosure language |
| Pamela Zilly | 10/05/04 | 1.3 | Tax Issues | Call with E. Filon, M. Shelnitz, T. Maynes, J. Baer re: NOL usage |
| David Blechman | 10/06/04 | 1.0 | Tax Issues | Call with E. Filon regarding tax |
| David Blechman | 10/12/04 | 0.5 | Tax Issues | Tax call with E. Filon |
| David Blechman | 10/20/04 | 0.8 | Tax Issues | Call with E. Filon regarding tax |
| David Blechman | 10/28/04 | 2.0 | Tax Issues | Meeting with E. Filon regarding tax issues and modeling |
| | | 8.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2004 - OCTOBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| John O'Connell | 10/01/04 | 2.5 | Valuation | Valuation analysis based on updated equity values and revised management projections |
| David Blechman | 10/01/04 | 4.0 | Valuation | Update valuation analysis |
| John O'Connell | 10/02/04 | 4.5 | Valuation | Valuation analysis based on updated equity values and revised management projections |
| Pamela Zilly | 10/03/04 | 2.0 | Valuation | Review valuation analysis |
| Pamela Zilly | 10/03/04 | 0.5 | Valuation | Call with D. Blechman, J. O'Connell re: valuation, POR model |
| John-Paul Munfa | 10/03/04 | 5.0 | Valuation | Prepare valuation presentation |
| David Blechman | 10/03/04 | 0.5 | Valuation | Call with P. Zilly, J. O'Connell re: valuation |
| John-Paul Munfa | 10/04/04 | 2.0 | Valuation | Prepare valuation presentation |
| John-Paul Munfa | 10/05/04 | 2.0 | Valuation | Prepare valuation presentation |
| John-Paul Munfa | 10/06/04 | 4.0 | Valuation | Prepare valuation presentation |
| John O'Connell | 10/06/04 | 3.5 | Valuation | Valuation analysis of business value, tax benefits and non-core liabilities |
| John-Paul Munfa | 10/07/04 | 2.0 | Valuation | Prepare valuation presentation |
| John O'Connell | 10/07/04 | 1.5 | Valuation | Write up of valuation narrative for disclosure statement |
| John O'Connell | 10/07/04 | 1.0 | Valuation | Valuation analysis based on recent multiples |
| Pamela Zilly | 10/08/04 | 1.5 | Valuation | Review valuation and other material for Board presentation |
| John-Paul Munfa | 10/12/04 | 2.5 | Valuation | Prepare valuation presentation |
| John-Paul Munfa | 10/13/04 | 2.0 | Valuation | Prepare M&A comparable analysis |
| John-Paul Munfa | 10/14/04 | 3.0 | Valuation | Prepare valuation presentation |
| John-Paul Munfa | 10/15/04 | 2.5 | Valuation | Prepare valuation presentation |
| | | 46.5 | | |