## Exhibit A

Form of Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER REFERRING JURISDICTION FOR CERTAIN MATTERS TO THE BANKRUPTCY COURT

Upon consideration of the Debtors' Motion Requesting the United States District Court for the District of Delaware to Refer Jurisdiction for Certain Matters to the Bankruptcy Court (the "Motion"); and it appearing that this District Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief and that the relief requested is in the best interest of the Debtors' estates and creditors;

IT IS HEREBY ORDERED THAT:

1. This District Court refers the Sealed Air Settlement Motion (Adv. Docket No. 597) and any related pleadings to Judge Judith K. Fitzgerald, Chief United States Bankruptcy Judge of the Western District of Pennsylvania, sitting by designation as Bankruptcy Judge in the Bankruptcy Court.

2. This District Court refers the "Debtors' Revised Motion as to All Asbestos Personal Injury Claims for Entry of Case Management order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and of the Notice Program" (Docket No. 1664) and all related-pleadings, including those listed below, to Judge Fitzgerald:

- Debtors' Consolidated Reply: Docket No. 1666
- Supplemental Exhibit: Docket No. 1713
- Responses (and related Documents): Docket Nos. 11, 586, 687, 595, 903, 671, 672, 674, 900, 902, 903, 904, 1033, 1106, 1308, 1388, 1504

3. This District Court reserves its right to withdraw reference with respect to some, or all, of each of the matters referenced in items 1 and 2 above.

4. The District Court shall retain jurisdiction of this Order, which is final.

SO ORDERED, this ____ day of _____, 2004.

_____
Honorable Ronald L. Buckwalter

2