# **Exhibit B**

*Order of the United States District Court for the District of Delaware, dated November 29, 2001*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br>Debtors. | Chapter 11 <br><br> Case Nos. 00-4471, 00-4469, 00-4470 |
| IN RE: W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 01-1139 through 01-1200 |
| IN RE: FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 01-10578, et al.[1] |
| USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 01-2094 through 01-2104 |
| OWENS CORNING, et al., <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 00-3837 through 00-3854 |

ORDER

At Wilmington this 29th day of November, 2001, pursuant to 28 U.S.C. § 292(b) and the order of the Honorable Edward R. Becker, Chief Judge of the United States Court of Appeals for the Third Circuit, designating the Honorable Alfred M. Wolin of the

---

[1] See attached list.

United States District Court for the District of New Jersey to hold court in the District of Delaware;

IT IS ORDERED that the above captioned cases shall be assigned to Judge Wolin. The transferring judge may retain jurisdiction over motions and other matters heard or otherwise pending.

IT IS FURTHER ORDERED that the following additional asbestos cases also shall be assigned to Judge Wolin:

| Case | Civil Action No. |
|---|---|
| Roberts v. A.C.& S. Inc. | 01-756 |
| Scott v. A.C.& S. Inc. | 01-757 |
| McMillan v. A.C.& S. Inc. | 01-758 |
| Bradley v. A.C.& S. Inc. | 01-759 |
| Brewster v. A.C.& S. Inc. | 01-760 |
| Empson v. A.C.& S. Inc. | 01-761 |
| Farrall v. A.C.& S. Inc. | 01-762 |
| Giesecke v. E.I. DuPont | 01-763 |
| Gilbert v. A.C.& S. Inc. | 01-764 |
| Ioannou v. Borg-Warner Corp. | 01-765 |
| Smith v. A.C.& S. Inc. | 01-766 |
| Mutter v. A.C.& S. Inc. | 01-767 |
| Hunt v. A.C.& S. Inc. | 01-771 |
| Cain v. A.C.& S. Inc. | 01-772 |
| Kubasko v. A.C.& S. Inc. | 01-773 |
| Huber v. E.I. DuPont | 01-774 |
| Wardell v. A.C.& S. Inc. | 01-775 |
| Miller v. A.C.& S. Inc. | 01-776 |
| Steltzer v. A.C.& S. Inc. | 01-777 |
| Carrow v. A.C.& S. Inc. | 01-778. |

_____
United States District Judge

IN RE: FEDERAL-MOGUL GLOBAL, INC.

## CASE NOS.

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-10724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |