## Exhibit D

*Order Transferring Certain Personal Injury Asbestos Claim Matters to the Honorable Alfred M. Wolin, D.N.J.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE

W.R. Grace & Co. *et al.*          Bankruptcy No.    01-01139-JKF

Chapter 11

### ORDER TRANSFERRING CERTAIN PERSONAL INJURY ASBESTOS CLAIM MATTERS TO THE HONORABLE ALFRED M. WOLIN, D. N.J.

AND NOW, this 15th day of March, 2002, it is ORDERED that "Debtors' Revised Motion As To All Asbestos Personal Injury Claims For Entry Of Case Management Order, Establishment Of A Bar Date, Approval Of The Proof Of Claim Forms And Of The Notice Program Filed by W.R. GRACE & CO.", Docket #1664, (Agenda Item #12, February 25, 2002) as well as all related pleadings (see Agenda Item #11, February 25, 2002) are hereby transferred to the Honorable Alfred M. Wolin. In addition to Docket #1664, the following Docket Numbers are also relevant:

| | |
|---|---|
| Debtors' Consolidated Reply | #1666 |
| Supplemental Exhibit | #1713 |
| Responses A through H | #11, 620, 621, 623, 900, 902, 904, 1033, 1106, 1504 |

It is **FURTHER ORDERED** that counsel for Debtor shall serve a copy of this order forthwith on all parties in interest and the U.S. Trustee.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge

cc:   David W. Carickhoff, Jr
      Pachulski Stang Ziehl Young & Jones
      919 N. Market St.
      16th Floor
      Wilmington, DE 19899-8705