## Exhibit F

Order Consolidating Adversary Proceedings

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al., | |
| Debtors. | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al., | Adv. No. 02-2210 [LEAD DOCKET] |
| Plaintiffs, | |
| v. | |
| SEALED AIR CORPORATION and CRYOVAC, INC., | |
| Defendants. | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al., | Adv. No. 02-2211 |
| Plaintiffs, | |
| v. | |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC., | ORDER: (1) CONSOLIDATING ADVERSARY PROCEEDINGS; (2) DESIGNATING 02-2210 AS LEAD DOCKET |
| Defendants. | |

This matter having been opened before the Court upon its own motion; and it appearing that consolidation of the above captioned adversary proceedings and related ministerial provisions will further the efficient litigation of these matters without affecting the substantive interests of any party; and good cause appearing

It is on this 28TH day of March, 2002

ORDERED that the above-captioned adversary proceedings are hereby consolidated for purposes of discovery and for trial, and it is further

ORDERED that the docket of the Clerk of the Bankruptcy Court in the adversary proceeding titled <u>Official Committee of Asbestos Personal Injury Claimants et alia v. Sealed Air Corp.</u>, Adversary Proceeding Number 02-2210 (the "02-2210 Proceeding") shall be the lead docket for the consolidated adversary proceedings, and it is further

ORDERED that the Clerk of the Court and any party filing papers in the consolidated adversary proceedings shall docket their papers in the 02-2210 Proceeding and on no other docket, pending further Order of the Court, and it is further

ORDERED that all papers filed in the consolidated proceedings shall have the caption set forth above, except that immediately below the caption the paper shall indicate which of the two consolidated proceedings that paper purports to affect or

2

that it purports to affect both of the two consolidated proceedings, and it is further

ORDERED that this Order is ministerial only and shall not affect any substantive issue in dispute in the consolidated adversary proceedings.

ALFRED M. WOLIN, U.S.D.J.