IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | In Proceedings for a |
| | § | |
| KAISER ALUMINUM CORP., et al. | § | Reorganization under Chapter 11 |
| | § | |
| Debtor. | § | Case No. 02-10429-JKF |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. 2019**

SCOTT W. WERT, hereby makes the following verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with the law firm of Foster & Sear, L.L.P. with offices at 524 E. Lamar Blvd., Suite 200, Arlington, Texas 76011. The law firm of Foster & Sear, L.L.P. has been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors in the above-referenced bankruptcy, (the "Creditors").

1. A blank, but unredacted, exemplar copy of an Employment Contract and Limited Power of Attorney authorizing Foster & Sear, L.L.P., to act on behalf of the Creditors is referenced herein as Exhibit "A", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

2. An Excel spreadsheet outlining the name and personal address of each Creditor, form of agreement empowering Foster & Sear, L.L.P. to act on behalf of each Creditor, amount of each Creditor's claim, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of Foster & Sear, L.L.P. is referenced herein as Exhibit "B", which has not been attached but

may be accessed by parties who obtain Court order authorizing access.

3. At time of employment, Foster & Sear, L.L.P. retained a contingency fee interest in each creditor's claim. The times when such interest was acquired in each claim depends upon the date each creditor signed his/her Employment Contract. Amounts paid to date varies per creditor and Foster & Sear, L.L.P. has not sold or disposed of any creditor's claims.

4. Foster & Sear, L.L.P. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

This Statement is filed solely to comply with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bank.P. 2019, which was entered on October 22, 2004. Exhibits "A" and "B", as defined in the Order, have not been scanned and are available from the Clerk upon motion to and order of the Court.

Dated: 11/12/04                                     FOSTER & SEAR, L.L.P.

*Scott W. Wert*

Scott W. Wert, Esq.
TX State Bar No. 00794835
Foster & Sear, L.L.P.
524 E. Lamar Blvd., Suite 200
Arlington, TX 76011
PH:   (817) 633-3355
FAX:  (817) 633-5507

## DECLARATION OF SCOTT W. WERT OF FOSTER & SEAR, L.L.P.

I, Scott W. Wert, lead counsel for Foster & Sear, L.L.P., hereby declare, under penalty of perjury, that the representations in the forgoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019, are true and correct to the best of my knowledge, information and belief.

Dated: 11/12/04

Foster & Sear, L.L.P.

*Scott W. Wert*

Scott W. Wert, Esq.

## CERTIFICATE OF SERVICE

I, Scott W. Wert, do hereby certify that on this ___12th___ day of November, 2004, I caused a true and correct copy of the foregoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019 to be served via first class U. S. Mail, postage prepaid on the parties designated on the attached service list.

_____
Scott W. Wert