```
                      REED SMITH LLP
                      PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630


W.R Grace & Co.                        Invoice Number      1213297
One Town Center Road                   Invoice Date        11/19/04
Boca Raton, FL    33486                Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Expenses                            182.43

                    TOTAL BALANCE DUE UPON RECEIPT          $182.43
                                                         ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R Grace & Co.                         Invoice Number      1213297
   One Town Center Road                    Invoice Date       11/19/04
   Boca Raton, FL   33486                  Client Number       172573
                                           Matter Number        60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone Expense                              0.20
     Courtlink                                     23.94
     Duplicating/Printing/Scanning                 93.75
     Postage Expense                                3.24
     Outside Duplicating                           61.30

                 CURRENT EXPENSES                                   182.43
                                                               --------------

                 TOTAL BALANCE DUE UPON RECEIPT                    $182.43
                                                               ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R Grace & Co.                         Invoice Number      1213297
One Town Center Road                    Invoice Date       11/19/04
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number         60026
```

===============================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/30/04 | PACER--Electronic docket service charges. | 23.94 |
| 10/05/04 | ATTY # 0718; 108 COPIES | 16.20 |
| 10/05/04 | ATTY # 0718; 108 COPIES | 16.20 |
| 10/06/04 | ATTY # 0718; 18 COPIES | 2.70 |
| 10/08/04 | ATTY # 0349: 44 COPIES | 6.60 |
| 10/11/04 | Postage Expense: ATTY # 0396 | .60 |
| 10/11/04 | Postage Expense: ATTY # 0396 | .60 |
| 10/11/04 | ATTY # 0396: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0710: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0349: 15 COPIES | 2.25 |
| 10/19/04 | 202-295-8437/WASHINGTON, DC/2 | .10 |
| 10/21/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/22/04 | ATTY # 0349: 46 COPIES | 6.90 |
| 10/25/04 | ATTY # 0559; 127 COPIES | 19.05 |
| 10/26/04 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 10/27/04 | ATTY # 0710: 1 COPIES | .15 |
| 10/28/04 | ATTY # 0718; 153 COPIES | 22.95 |

```
172573 W. R. Grace & Co.                          Invoice Number   1213297
 60026  Litigation and Litigation Consulting      Page    2
        November 19, 2004


 10/28/04   Postage Expense                                          2.04

 10/31/04   Outside Duplicating - - VENDOR:IKON OFFICE              61.30
            SOLUTIONS, INC. - COPYING FOR SERVICE OF CNO.

                         CURRENT EXPENSES                          182.43
                                                                ------------
                         TOTAL BALANCE DUE UPON RECEIPT           $182.43
                                                                ============
```

```
                      REED SMITH LLP
                      PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

W. R. Grace                                Invoice Number      1213298
5400 Broken Sound Blvd., N.W.              Invoice Date       11/19/04
Boca Raton, FL 33487                       Client Number       172573

==============================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Fees                                         0.00
    Expenses                                 2,527.77

                    TOTAL BALANCE DUE UPON RECEIPT        $2,527.77
                                                                        =============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W. R. Grace                              Invoice Number        1213298
   5400 Broken Sound Blvd., N.W.            Invoice Date          11/19/04
   Boca Raton, FL 33487                     Client Number          172573
                                            Matter Number           60028


================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone Expense                              7.05
     Duplicating/Printing/Scanning              1,077.90
     Postage Expense                                4.55
     Transcript Expense                         1,238.59
     Secretarial Overtime                          90.00
     Meal Expense                                  43.77
     General Expense                               13.91
     Westlaw                                       52.00

                 CURRENT EXPENSES                                    2,527.77
                                                                  --------------

              TOTAL BALANCE DUE UPON RECEIPT                        $2,527.77
                                                                  ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1213298
5400 Broken Sound Blvd., N.W.            Invoice Date        11/19/04
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028
```

==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 10/01/04 | ATTY # 0856; 60 COPIES | 9.00 |
| 10/01/04 | ATTY # 0349: 9 COPIES | 1.35 |
| 10/01/04 | ATTY # 0349: 9 COPIES | 1.35 |
| 10/04/04 | 561-362-1551/BOCA RATON, FL/26 | 1.25 |
| 10/04/04 | ATTY # 0349: 9 COPIES | 1.35 |
| 10/04/04 | ATTY # 0349: 9 COPIES | 1.35 |
| 10/04/04 | ATTY # 0349: 19 COPIES | 2.85 |
| 10/04/04 | ATTY # 0349: 18 COPIES | 2.70 |
| 10/05/04 | ATTY # 0396; 21 COPIES | 3.15 |
| 10/05/04 | ATTY # 0856; 147 COPIES | 22.05 |
| 10/05/04 | 410-531-4355/COLUMBIA, MD/13 | .60 |
| 10/05/04 | ATTY # 0701: 9 COPIES | 1.35 |
| 10/05/04 | ATTY # 0701: 2 COPIES | .30 |
| 10/05/04 | ATTY # 0349: 14 COPIES | 2.10 |
| 10/05/04 | ATTY # 0349: 34 COPIES | 5.10 |
| 10/06/04 | 302-652-4100/WILMINGTON, DE/4 | .20 |
| 10/06/04 | 843-727-6500/CHARLESTON, SC/14 | .70 |
| 10/06/04 | ATTY # 0349; 6 COPIES | .90 |

```
172573 W. R. Grace & Co.                              Invoice Number  1213298
60028  ZAI Science Trial                              Page    2
       November 19, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 10/06/04 | ATTY # 0349: 49 COPIES | 7.35 |
| 10/06/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/06/04 | ATTY # 0885: 3 COPIES | .45 |
| 10/06/04 | ATTY # 0885: 3 COPIES | .45 |
| 10/06/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/06/04 | ATTY # 0885: 3 COPIES | .45 |
| 10/06/04 | ATTY # 0885: 3 COPIES | .45 |
| 10/06/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/07/04 | ATTY # 0885; 270 COPIES | 40.50 |
| 10/07/04 | ATTY # 0856; 38 COPIES | 5.70 |
| 10/07/04 | ATTY # 0559; 690 COPIES | 103.50 |
| 10/07/04 | ATTY # 0396: 2 COPIES | .30 |
| 10/07/04 | ATTY # 0349: 25 COPIES | 3.75 |
| 10/07/04 | ATTY # 0349: 50 COPIES | 7.50 |
| 10/07/04 | ATTY # 0349: 54 COPIES | 8.10 |
| 10/07/04 | ATTY # 0349: 28 COPIES | 4.20 |
| 10/07/04 | ATTY # 0349: 29 COPIES | 4.35 |
| 10/07/04 | ATTY # 0396: 3 COPIES | .45 |
| 10/07/04 | ATTY # 0396: 3 COPIES | .45 |
| 10/07/04 | ATTY # 0396: 3 COPIES | .45 |
| 10/07/04 | ATTY # 0349: 6 COPIES | .90 |
| 10/07/04 | ATTY # 0885:3 COPIES | .45 |
| 10/07/04 | ATTY # 0885: 4 COPIES | .60 |
| 10/07/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/07/04 | Westlaw | 52.00 |
| 10/08/04 | ATTY # 0856; 43 COPIES | 6.45 |

```
172573  W. R. Grace & Co.                          Invoice Number  1213298
60028   ZAI Science Trial                          Page    3
        November 19, 2004
```

| Date | Description | Amount |
|---|---|---|
| 10/08/04 | ATTY # 0856: 1 COPIES | .15 |
| 10/08/04 | ATTY # 0856: 3 COPIES | .45 |
| 10/08/04 | ATTY # 0856: 2 COPIES | .30 |
| 10/08/04 | ATTY # 0856: 2 COPIES | .30 |
| 10/08/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/08/04 | Postage Expense | 4.55 |
| 10/11/04 | 410-531-4355/COLUMBIA, MD/15 | .75 |
| 10/11/04 | ATTY # 0559; 22 COPIES | 3.30 |
| 10/11/04 | ATTY # 0559; 23 COPIES | 3.45 |
| 10/11/04 | ATTY # 0559; 31 COPIES | 4.65 |
| 10/11/04 | ATTY # 0396; 37 COPIES | 5.55 |
| 10/11/04 | ATTY # 0559; 108 COPIES | 16.20 |
| 10/11/04 | Secretarial Overtime - revise outline, prepare 2 outlines, photocopies to assist in preparation for ZAI Science Trial. | 45.00 |
| 10/11/04 | ATTY # 0349: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0349: 29 COPIES | 4.35 |
| 10/11/04 | ATTY # 0349: 58 COPIES | 8.70 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0396: 2 COPIES | .30 |

```
172573  W. R. Grace & Co.                          Invoice Number   1213298
60028   ZAI Science Trial                          Page     4
        November 19, 2004


10/11/04      ATTY # 0396: 2 COPIES                                     .30

10/11/04      ATTY # 0396: 2 COPIES                                     .30

10/11/04      ATTY # 0396: 2 COPIES                                     .30

10/11/04      ATTY # 0396: 2 COPIES                                     .30

10/11/04      ATTY # 0559: 1 COPIES                                     .15

10/11/04      ATTY # 0559: 1 COPIES                                     .15

10/11/04      ATTY # 0559: 1 COPIES                                     .15

10/11/04      ATTY # 0559: 1 COPIES                                     .15

10/11/04      ATTY # 0559: 1 COPIES                                     .15

10/11/04      ATTY # 0559: 1 COPIES                                     .15

10/11/04      ATTY # 0885: 2 COPIES                                     .30

10/11/04      ATTY # 0885: 7 COPIES                                    1.05

10/11/04      ATTY # 0885: 7 COPIES                                    1.05

10/11/04      ATTY # 0885: 7 COPIES                                    1.05

10/11/04      ATTY # 0885: 7 COPIES                                    1.05

10/11/04      ATTY # 0559: 6 COPIES                                     .90

10/11/04      ATTY # 0559: 5 COPIES                                     .75

10/11/04      ATTY # 0559: 3 COPIES                                     .45

10/11/04      ATTY # 0559: 3 COPIES                                     .45

10/11/04      ATTY # 0559: 3 COPIES                                     .45

10/11/04      ATTY # 0559: 4 COPIES                                     .60

10/11/04      ATTY # 0559: 9 COPIES                                    1.35

10/11/04      ATTY # 0559: 2 COPIES                                     .30

10/11/04      ATTY # 0559: 1 COPIES                                     .15

10/11/04      ATTY # 0559: 2 COPIES                                     .30

10/11/04      ATTY # 0559: 1 COPIES                                     .15
```

```
172573  W. R. Grace & Co.                          Invoice Number   1213298
60028   ZAI Science Trial                          Page     5
        November 19, 2004


10/11/04    ATTY # 0396: 2 COPIES                                       .30

10/11/04    ATTY # 0396: 2 COPIES                                       .30

10/11/04    ATTY # 0396: 4 COPIES                                       .60

10/11/04    ATTY # 0349: 4 COPIES                                       .60

10/11/04    ATTY # 0349: 2 COPIES                                       .30

10/11/04    ATTY # 0349: 8 COPIES                                      1.20

10/12/04    ATTY # 0559; 42 COPIES                                     6.30

10/12/04    410-531-4355/COLUMBIA, MD/10                                .50

10/12/04    410-531-4355/COLUMBIA, MD/16                                .80

10/12/04    ATTY # 0349: 32 COPIES                                     4.80

10/12/04    ATTY # 0349: 62 COPIES                                     9.30

10/12/04    ATTY # 0856: 9 COPIES                                      1.35

10/12/04    ATTY # 0559: 1 COPIES                                       .15

10/12/04    ATTY # 0559: 5 COPIES                                       .75

10/12/04    ATTY # 0559: 6 COPIES                                       .90

10/12/04    ATTY # 0559: 7 COPIES                                      1.05

10/12/04    ATTY # 0559: 7 COPIES                                      1.05

10/12/04    ATTY # 0559: 1 COPIES                                       .15

10/12/04    ATTY # 0885: 3 COPIES                                       .45

10/12/04    ATTY # 0885: 3 COPIES                                       .45

10/12/04    ATTY # 0885: 6 COPIES                                       .90

10/12/04    ATTY # 0559: 4 COPIES                                       .60

10/12/04    ATTY # 0559: 6 COPIES                                       .90

10/12/04    ATTY # 0559: 6 COPIES                                       .90

10/12/04    ATTY # 0559: 3 COPIES                                       .45

10/12/04    ATTY # 0559: 3 COPIES                                       .45
```

```
172573  W. R. Grace & Co.                          Invoice Number  1213298
60028   ZAI Science Trial                          Page    6
        November 19, 2004
```

| Date | Description | Amount |
|---|---|---|
| 10/12/04 | ATTY # 0559: 3 COPIES | .45 |
| 10/12/04 | ATTY # 0559: 4 COPIES | .60 |
| 10/12/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0349: 12 COPIES | 1.80 |
| 10/12/04 | ATTY # 0349: 59 COPIES | 8.85 |
| 10/12/04 | ATTY # 0349: 80 COPIES | 12.00 |
| 10/12/04 | ATTY # 0349: 40 COPIES | 6.00 |
| 10/12/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0349: 31 COPIES | 4.65 |
| 10/13/04 | Secretarial Overtime-revise and type materials to assist in preparation for ZAI Science Trial. | 45.00 |
| 10/13/04 | ATTY # 0559; 24 COPIES | 3.60 |
| 10/13/04 | ATTY # 0885; 15 COPIES | 2.25 |
| 10/13/04 | ATTY # 0559; 26 COPIES | 3.90 |
| 10/13/04 | ATTY # 0396; 197 COPIES | 29.55 |
| 10/13/04 | ATTY # 0559; 19 COPIES | 2.85 |
| 10/13/04 | ATTY # 0885; 11 COPIES | 1.65 |
| 10/13/04 | ATTY # 0559: 17 COPIES | 2.55 |
| 10/13/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 10/13/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 10/13/04 | ATTY # 0559: 32 COPIES | 4.80 |
| 10/13/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 10/13/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 10/13/04 | ATTY # 0559: 16 COPIES | 2.40 |
| 10/13/04 | ATTY # 0885: 8 COPIES | 1.20 |
| 10/13/04 | ATTY # 0885: 9 COPIES | 1.35 |

```
172573  W. R. Grace & Co.                          Invoice Number   1213298
60028   ZAI Science Trial                          Page     7
        November 19, 2004


10/13/04     ATTY # 0885:  9 COPIES                                    1.35

10/13/04     ATTY # 0885: 10 COPIES                                    1.50

10/13/04     ATTY # 0885: 10 COPIES                                    1.50

10/13/04     ATTY # 0349: 47 COPIES                                    7.05

10/13/04     ATTY # 0349: 47 COPIES                                    7.05

10/13/04     ATTY # 0349:  1 COPIES                                     .15

10/13/04     ATTY # 0349: 47 COPIES                                    7.05

10/13/04     ATTY # 0349: 51 COPIES                                    7.65

10/13/04     ATTY # 0349: 51 COPIES                                    7.65

10/13/04     ATTY # 0349:  1 COPIES                                     .15

10/13/04     ATTY # 0349:  1 COPIES                                     .15

10/13/04     ATTY # 0349: 33 COPIES                                    4.95

10/13/04     ATTY # 0349: 33 COPIES                                    4.95

10/13/04     ATTY # 0349: 33 COPIES                                    4.95

10/13/04     ATTY # 0559:  3 COPIES                                     .45

10/13/04     ATTY # 0559:  2 COPIES                                     .30

10/13/04     ATTY # 0559:  2 COPIES                                     .30

10/13/04     ATTY # 0559:  2 COPIES                                     .30

10/13/04     ATTY # 0559:  1 COPIES                                     .15

10/14/04     312-861-2162/CHICAGO, IL/4                                 .20

10/14/04     ATTY # 0559; 88 COPIES                                   13.20

10/14/04     ATTY # 0856; 239 COPIES                                  35.85

10/14/04     ATTY # 0349; 285 COPIES                                  42.75

10/14/04     ATTY # 0559:  4 COPIES                                     .60

10/14/04     ATTY # 0559:  4 COPIES                                     .60

10/14/04     ATTY # 0559:  6 COPIES                                     .90
```

| | | |
|---|---|---|
| 172573  W. R. Grace & Co. | | Invoice Number   1213298 |
| 60028  ZAI Science Trial | | Page    8 |
| November 19, 2004 | | |

| | | |
|---|---|---|
| 10/14/04 | ATTY # 0559: 4 COPIES | .60 |
| 10/14/04 | ATTY # 0559: 4 COPIES | .60 |
| 10/14/04 | ATTY # 0559: 4 COPIES | .60 |
| 10/14/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 10/14/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/14/04 | ATTY # 0349: 116 COPIES | 17.40 |
| 10/14/04 | ATTY # 0349: 2 COPIES | .30 |
| 10/14/04 | ATTY # 0349: 115 COPIES | 17.25 |
| 10/15/04 | 410-531-4170/COLUMBIA, MD/11 | .55 |
| 10/15/04 | 561-482-2257/BOCA RATON, FL/10 | .50 |
| 10/15/04 | 561-866-6803/BOCA RATON, FL/10 | .45 |
| 10/15/04 | 843-727-6513/CHARLESTON, SC/4 | .15 |
| 10/15/04 | 843-727-6513/CHARLESTON, SC/8 | .40 |
| 10/15/04 | ATTY # 0856; 3 COPIES | .45 |
| 10/15/04 | ATTY # 0559; 158 COPIES | 23.70 |
| 10/15/04 | ATTY # 1985; 321 COPIES | 48.15 |
| 10/15/04 | ATTY # 0856; 472 COPIES | 70.80 |
| 10/15/04 | ATTY # 0856; 596 COPIES | 89.40 |
| 10/15/04 | ATTY # 0559; 10 COPIES | 1.50 |
| 10/15/04 | ATTY # 0559; 12 COPIES | 1.80 |
| 10/15/04 | ATTY # 0885; 38 COPIES | 5.70 |
| 10/15/04 | ATTY # 0559; 5 COPIES | .75 |
| 10/15/04 | ATTY # 0559; 74 COPIES | 11.10 |
| 10/15/04 | ATTY # 0559; 3 COPIES | .45 |
| 10/15/04 | ATTY # 0885; 237 COPIES | 35.55 |
| 10/15/04 | ATTY # 0559: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                           Invoice Number   1213298
60028  ZAI Science Trial                           Page    9
       November 19, 2004
```

| Date | Description | Amount |
|---|---|---|
| 10/15/04 | ATTY # 0885: 15 COPIES | 2.25 |
| 10/15/04 | ATTY # 0885: 4 COPIES | .60 |
| 10/15/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/15/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/15/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/15/04 | ATTY # 0349: 61 COPIES | 9.15 |
| 10/15/04 | ATTY # 0349: 61 COPIES | 9.15 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 5 COPIES | .75 |
| 10/15/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/15/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 3 COPIES | .45 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0349: 34 COPIES | 5.10 |
| 10/15/04 | ATTY # 0349: 2 COPIES | .30 |
| 10/16/04 | ATTY # 0885: 26 COPIES | 3.90 |
| 10/16/04 | ATTY # 0885: 11 COPIES | 1.65 |
| 10/17/04 | ATTY # 0885; 17 COPIES | 2.55 |
| 10/17/04 | ATTY # 0349: 130 COPIES | 19.50 |
| 10/17/04 | ATTY # 0559: 12 COPIES | 1.80 |

```
172573  W. R. Grace & Co.                              Invoice Number  1213298
 60028  ZAI Science Trial                              Page   10
        November 19, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 10/17/04 | ATTY # 0559: 5 COPIES | .75 |
| 10/18/04 | ATTY # 0856; 6 COPIES | .90 |
| 10/18/04 | ATTY # 0349: 66 COPIES | 9.90 |
| 10/18/04 | ATTY # 0885: 18 COPIES | 2.70 |
| 10/19/04 | ATTY # 1274; 24 COPIES | 3.60 |
| 10/19/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/19/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/19/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/20/04 | Meal Expense - - VENDOR:MONTE CELLO'S PIZZA--PIZZA FOR SIX PEOPLE (INCLUDING DEBTORS' IN HOUSE COUNSEL)FOR WORKING LUNCHEON IN PREPARATION FOR ZAI SCIENCE TRIAL. | 43.77 |
| 10/20/04 | ATTY # 0559; 52 COPIES | 7.80 |
| 10/21/04 | ATTY # 0559; 15 COPIES | 2.25 |
| 10/22/04 | General Expense - -COSTS OF 4 BINDERS TO BE USED FOR ZAI SCIENCE TRIAL. | 13.91 |
| 10/25/04 | ATTY # 0559; 350 COPIES | 52.50 |
| 10/25/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/26/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/29/04 | ATTY # 0559; 56 COPIES | 8.40 |
| 10/31/04 | Transcript Expense - - VENDOR:J&J COURT TRANSCRIBERS, INC. - TRANSCRIPT OF MOTION FOR SUMMARY JUDEMENT BEFORE THE HONORABLE JUDITH K. FITZGERALD, US BANKRUPTCY COURT JUDGE. | 1238.59 |

```
                          CURRENT EXPENSES                  2,527.77
                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $2,527.77
                                                          ============
```