REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 1213331 |
| One Town Center Road | Invoice Date | 11/19/04 |
| Boca Raton, FL  33486 | Client Number | 172573 |

=============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                              2,061.50
Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,061.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                           Invoice Number      1213331
One Town Center Road                      Invoice Date       11/19/04
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2004

   Date   Name                                                    Hours
 -------- -----------                                             -----


10/06/04 Muha          Docket research for information on    1.90
                       Grace/KWELMBS settlement agreement.

10/15/04 Muha          Docket research for motions to         .30
                       extend time for Debtor to file
                       plan of reorganization.

10/21/04 Cameron       Review expert depositions from        1.60
                       asbestos litigation against
                       third-party nondebtor (1.3);
                       e-mails regarding same (0.3).

10/22/04 Bentz         Review of agenda for omnibus           .40
                       hearing.

10/27/04 Cameron       Review of materials relating to        .80
                       Grace Plan and asbestos litigation
                       (0.6); e-mails regarding same
                       (0.2).

10/27/04 Lord          Update 2002 service list.              .30

10/31/04 Cameron       Review materials from R. Finke         .50
                       regarding Libby.

                                                            ------
                                          TOTAL HOURS        5.80

172573 W. R. Grace & Co.                          Invoice Number  1213331
60026  Litigation and Litigation Consulting       Page    2
       November 19, 2004

| TIME SUMMARY | Hours | | | Rate | | Value |
| --- | --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 2.90 | at | $ | 465.00 | = | 1,348.50 |
| James W Bentz | 0.40 | at | $ | 370.00 | = | 148.00 |
| Andrew J. Muha | 2.20 | at | $ | 235.00 | = | 517.00 |
| John B. Lord | 0.30 | at | $ | 160.00 | = | 48.00 |

                        CURRENT FEES                      2,061.50

                                                     ------------
            TOTAL BALANCE DUE UPON RECEIPT              $2,061.50
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1213332
5400 Broken Sound Blvd., N.W.                  Invoice Date       11/19/04
Boca Raton, FL 33487                           Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                        122,902.00
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $122,902.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                         Invoice Number      1213332
5400 Broken Sound Blvd., N.W.       Invoice Date       11/19/04
Boca Raton, FL 33487                Client Number        172573
                                    Matter Number         60028

=============================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2004

| Date | Name | | Hours |
|------|------|------|------|
| 10/01/04 | Atkinson | Assist J. Butcher with organizing pleadings binders for October 18 summary judgment hearing (0.7); locate transcript in other litigation for J. Restivo (0.2); documents for D. Cameron re: outline for preparation for October 18 hearing (1.3). | 2.20 |
| 10/01/04 | Bentz | Review materials to prepare for ZAI Science Trial summary judgment motions hearing. | 2.50 |
| 10/01/04 | Butcher | Revise agenda to correspond with binders submitted to the court in preparation for ZAI Science Trial oral argument. | 2.30 |
| 10/01/04 | Cameron | Review briefs filed in ZAI Science Trial and summary list of court filings. | 1.80 |
| 10/03/04 | Cameron | Review multiple briefs in preparation for ZAI Science Trial argument. | 2.00 |
| 10/04/04 | Atkinson | E-mail to Sara Schramm requesting deposition transcripts in other litigation, to aid in preparation for ZAI Science Trial argument. | .20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1213332
60028  ZAI Science Trial                        Page    2
       November 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/04/04 | Bentz | Review materials for preparation for ZAI Science Trial summary judgment motions hearing. | 1.20 |
| 10/04/04 | Cameron | Review briefs, appendices and summary of court filings to prepare for oral argument. | 2.50 |
| 10/04/04 | Flatley | E-mails to schedule meeting (.10); call with R. Senftleben and follow-up on call (.50); review J. Restivo memo re: science trial issues (.60). | 1.20 |
| 10/04/04 | Restivo | Preparation for ZAI Science Trial summary judgment argument. | 2.00 |
| 10/05/04 | Bentz | Prepare for (0.3) and attend parts of preparation meeting (1.9) for ZAI Science Trial hearing. | 2.20 |
| 10/05/04 | Butcher | Attend parts of Reed Smith/ZAI Science Trial team meeting (.60); meeting with J. Restivo re: preparation for argument (.40); revise hearing agenda (.30); review cases to aid in preparation for argument (.90). | 2.20 |
| 10/05/04 | Cameron | Prepare for (0.6)  and attend meeting with J. Restivo regarding oral argument preparation and strategy (1.8); review of briefs and appendix for oral argument (1.9); telephone call with R. Finke and e-mails regarding oral argument preparation (0.9). | 5.20 |
| 10/05/04 | Flatley | Review medical articles and commentary on them (.90); meetings with J. Restivo, D. Cameron and J. Bentz to discuss strategy for summary judgment hearing and short follow-up (1.60). | 2.50 |
| 10/05/04 | Restivo | Strategy meetings for preparation for hearing (2.4); calls to client re: same (1.0); preparation for argument (3.6). | 7.00 |

172573 W. R. Grace & Co.                          Invoice Number  1213332
60028   ZAI Science Trial                         Page    3
        November 19, 2004

| Date | Name | | Hours |
|------|------|--|-------|

| 10/06/04 | Bentz | Continue preparation for ZAI Science Trial summary judgment motions hearing. | 4.80 |
| 10/06/04 | Butcher | Draft memorandum re: summary of dust sample cases (2.60); gather materials in preparation for summary judgment argument (3.30). | 5.90 |
| 10/06/04 | Cameron | Review draft inserts from J. Bentz (0.9); meet with J. Restivo regarding science trial argument preparation (0.8); review legal research regarding same (1.9). | 3.60 |
| 10/06/04 | Flatley | Preparation of memo for J. Restivo on certain summary judgment argument issues. | 1.90 |
| 10/06/04 | Restivo | Prepare Science Trial hearing agenda for Court (1.5); telephone calls and emails with R. Turkewitz and E. Westbrook (.5); preparation for argument (1.0). | 3.00 |
| 10/07/04 | Atkinson | Work on locating documents for preparation for October 18 hearing. | .60 |
| 10/07/04 | Bentz | Preparation for ZAI Science Trial hearing, including review of case law regarding various issues relating to Consumer Protection Act claims. | 5.30 |
| 10/07/04 | Cameron | Review briefs and research regarding preparation for summary judgment argument (1.4); review J. Restivo summary regarding same (0.9). | 2.30 |
| 10/07/04 | Condo | Conference with J. Butcher in relation to materials for Science Trial summary judgment argument. | .30 |
| 10/07/04 | Flatley | Revise memo to J. Restivo re: certain summary judgment argument issues. | .80 |
| 10/07/04 | Restivo | Review binders of documents on the record for argument. | 5.80 |

172573  W. R. Grace & Co.                          Invoice Number  1213332
60028   ZAI Science Trial                          Page    4
        November 19, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 10/08/04 | Atkinson | Letter to counsel enclosing Henry Anderson deposition transcript. | .40 |
| 10/08/04 | Bentz | Review of Consumer Protection Act case law in preparation for ZAI Science Trial argument. | 2.30 |
| 10/08/04 | Flatley | Review briefs re: ATSDR issue. | .30 |
| 10/08/04 | Restivo | Continue review of binders of documents on the record for argument. | 2.50 |
| 10/09/04 | Cameron | Continue review of briefs and summary judgment record in preparation for oral argument. | 3.40 |
| 10/10/04 | Cameron | Prepare for ZAI Science Trial oral argument. | 2.80 |
| 10/11/04 | Atkinson | Pull materials from CFR/Federal Register for D. Cameron, in preparation for October 18 hearing. | .50 |
| 10/11/04 | Bentz | Preparation for ZAI Science Trial, including review of case law regarding contamination, epidemiological evidence and anecdotal evidence. | 7.90 |
| 10/11/04 | Butcher | Gather research and documents for argument on Motions for Summary Judgment. | 2.10 |
| 10/11/04 | Cameron | Meetings with J. Restivo regarding science trial oral argument preparation (0.9); multiple e-mails and telephone calls with R. Finke regarding same (1.1); prepare summaries of testimony, reports and argument for science trial argument preparation (7.8); review and comment on J. Restivo oral argument summary memo (0.8). | 10.60 |
| 10/11/04 | Flatley | Outlines for J. Restivo on various issues for summary judgment oral argument. | 2.50 |

```
172573  W. R. Grace & Co.                      Invoice Number  1213332
60028   ZAI Science Trial                       Page   5
        November 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/11/04 | Hagen | Obtain for J. Butcher the preamble to 1992 Final Rule on Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite and Intro to 29 CFR Parts 1910 and 1926 (OSHA report on exclusion of cleavage fragments from OSHA asbestos regulations). | 2.00 |
| 10/11/04 | Restivo | Continue review of binders of documents on the record for oral argument. | 4.70 |
| 10/12/04 | Atkinson | Review files for Crutcher and Lee hearing and deposition testimony in Barbanti case, and locate Statement On The Merits to assist in preparation for ZAI Science Trial (0.6); copies of Lee, Anderson expert files to D. Cameron (0.2); copy of case list and Celotex case to J Bentz to prepare for Science trial (0.3). | 1.10 |
| 10/12/04 | Bentz | Preparation for ZAI Science Trial, including preparation of memoranda in response to various arguments made by claimants. | 7.70 |
| 10/12/04 | Butcher | Meeting with K. Condo re: CSX case (.30); search for CSX case (.70); revise memorandum of summary of cases (.30). | 1.30 |
| 10/12/04 | Cameron | Multiple meetings and telephone calls with J. Restivo regarding science trial argument preparation (2.1); e-mails and telephone call with R. Finke regarding same (0.8); prepare and revise extensive legal and factual summaries on multiple issues for argument on Motion for Summary Judgment (5.9); review of record evidence for oral argument preparation (2.0). | 10.80 |
| 10/12/04 | Condo | Review file for materials on various epidemiological and scientific testing issues. | .30 |

```
172573 W. R. Grace & Co.                          Invoice Number  1213332
60028  ZAI Science Trial                          Page    6
       November 19, 2004
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/12/04 | Restivo | Telephone calls to client (1.1); continue argument preparation (6.3). | 7.40 |
| 10/13/04 | Atkinson | Prepare demonstrative vermiculite exhibit for hearing (1.4); copy of EPA 1985 Versar report to D. Cameron (0.2). | 1.60 |
| 10/13/04 | Bentz | Preparation for ZAI Science Trial, including review of case law regarding contamination and epidemiological evidence. | 4.80 |
| 10/13/04 | Butcher | Review draft outline for summary judgment argument. | .30 |
| 10/13/04 | Cameron | Review of record and continued preparation and revisions to several legal and factual summaries for oral argument preparation (4.8); review draft of argument outline and provide comments (1.4); e-mails and telephone calls with R. Finke regarding same (0.4); meet with J. Restivo regarding same (0.5); meet with L. Flatley regarding same (0.3). | 7.40 |
| 10/13/04 | Flatley | E-mails to J. Restivo re: information for argument (.20); reviewing and outlining issues for J. Restivo (.50); meet with J. Restivo re: argument issues (.20); e-mail re: argument issues outline (.40); meet with D. Cameron re: argument strategy (.40). | 1.70 |
| 10/13/04 | Restivo | Continue to review materials and prepare argument for ZAI Science Trial hearing. | 8.00 |
| 10/14/04 | Bentz | Preparation for presentation of ZAI Science Trial (1.1); attend major strategy meeting with R. Finke, J. Restivo, L. Flatley and D. Cameron in preparation for ZAI Science Trial (4.3). | 6.40 |

```
172573 W. R. Grace & Co.                          Invoice Number  1213332
60028  ZAI Science Trial                          Page    7
       November 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/14/04 | Cameron | Prepare and revise additional case law and factual outlines and summaries for oral argument (1.9); extensive review of record relating to same (2.8); prepare for and attend major strategy meetings with in-house counsel, J. Restivo, L. Flatley and J. Bentz regarding oral argument preparation (4.3); meet with J. Restivo and R. Finke regarding argument, scheduling and issues with the court (1.1). | 10.10 |
| 10/14/04 | Flatley | Attend part of meeting with R. Finke, J. Restivo, D. Cameron and J. Bentz re: strategy and preparation for summary judgment oral argument. | 2.50 |
| 10/14/04 | Restivo | Major strategy meeting with in-house and Reed Smith attorneys to prepare for hearing (4.3); continue preparation for oral argument (6.5); obtain emergency extension of time (1.2). | 12.00 |
| 10/15/04 | Atkinson | Assist and prepare bench binder for October 18 hearing (0.6); copy articles and other materials for W.R. Grace hearing preparation (0.8). | 1.40 |
| 10/15/04 | Bentz | Prepare argument on Claimants' motion for partial summary judgment on consumer protection act claims. | 4.30 |
| 10/15/04 | Cameron | Review draft outlines of oral argument and comment (1.4); continued preparation for oral argument on 10/18 (2.9); meet with J. Restivo regarding same (0.8); revisions to case law and record summaries (2.3); multiple telephone calls with counsel for claimants, Grace in-house counsel and J. Restivo (0.7). | 8.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1213332
60028  ZAI Science Trial                    Page    8
       November 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/15/04 | Flatley | Meet with D. Cameron re: hearing status (.20); meet with J. Restivo re: argument preparation (.20). | .40 |
| 10/15/04 | Restivo | Continue preparation for argument on summary judgment motions (5.6); calls with Westbrook, Siegel and Cameron (0.9). | 6.50 |
| 10/16/04 | Bentz | Continued work on argument for ZAI Science Trial motions for summary judgment. | 5.30 |
| 10/16/04 | Cameron | Review of Motion to Exclude Testimony of Rich Lee and revise summary of argument (2.1); various e-mails regarding argument (0.5). | 2.60 |
| 10/16/04 | Flatley | D. Cameron e-mail and e-mail to J. Restivo, et al. (.10); call with D. Cameron re: argument issues (.20). | .30 |
| 10/16/04 | Restivo | Continue preparation for ZAI Science Trial summary judgment argument. | 3.00 |
| 10/17/04 | Atkinson | Assist with notebooks, exhibit for October 18 hearing on summary judgment motions. | 1.40 |
| 10/17/04 | Bentz | Continued work on argument in ZAI Science Trial motions for summary judgment. | 1.80 |
| 10/17/04 | Butcher | Assist in preparation for oral argument. | 2.10 |
| 10/17/04 | Cameron | Prepare for and meet with J. Restivo regarding oral argument strategies (3.4); review and revise summary relating to R. J. Lee analysis (1.2); telephone call with Claimants' counsel and review supplemental claimant documents (1.9). | 6.50 |
| 10/17/04 | Restivo | Continue preparation for ZAI Science Trial summary judgment argument. | 4.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1213332
60028  ZAI Science Trial                    Page    9
       November 19, 2004
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/18/04 | Atkinson | Copies of documents, materials for October 18 ZAI Science Trial hearing. | .60 |
| 10/18/04 | Bentz | Prepare for (3.0) and participate in (8.2) ZAI Science Trial. | 11.20 |
| 10/18/04 | Cameron | Prepare for and attend ZAI Science Trial oral argument (8.2); meetings with in-house counsel from W. R. Grace and Reed Smith team regarding hearing (2.2). | 10.40 |
| 10/18/04 | Flatley | E-mails and review E. Westbook documents (.30); meet with D. Siegel, R. Finke, J. Restivo, et al. prior to hearing for summary judgment argument (.30); meet with team during lunch break (.40); follow up on hearing (.40). | 1.40 |
| 10/18/04 | Restivo | Prepare for and attend ZAI Science Trial argument (8.2);  meetings with in-house counsel and Reed Smith team re: hearing (1.8). | 10.00 |
| 10/19/04 | Bentz | Organizing ZAI Science Trial argument materials for future use. | 1.00 |
| 10/19/04 | Cameron | Organize materials for post-hearing submissions (0.9); meet with J. Restivo regarding same (0.4); review court submissions and exhibit books (1/4). | 2.70 |
| 10/19/04 | Restivo | Prepare post-hearing submissions to court. | 1.40 |
| 10/20/04 | Atkinson | Organize exhibits/materials from October 18th ZAI Science Trial hearing (0.3); e-mail to S. Schramm requesting additional transcripts from experts' depositions (0.5). | .80 |
| 10/20/04 | Cameron | Telephone call and e-mails regarding report on oral argument (0.3); review of supplemental exhibits for negotiations with claimants' counsel and e-mail with | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1213332
60028  ZAI Science Trial                          Page  10
       November 19, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| | | R. Finke regarding same (0.9). | |
| 10/21/04 | Atkinson | E-mails to D. Cameron attaching Dr. Ilgren and Dr. Lee deposition transcripts in other asbestos related litigation (0.2); paper copies of Lee, Ilgren depositions to D. Cameron, J. Butcher (0.2). | .40 |
| 10/21/04 | Butcher | Review depositions of Grace expert witnesses Ilgren and Lee for preparation of post-hearing submissions. | .30 |
| 10/25/04 | Cameron | Review transcript from hearing and e-mails regarding same. | .90 |
| 10/25/04 | Restivo | Review transcript of ZAI Argument (2.0); review new pleadings (.5). | 2.50 |
| 10/28/04 | Restivo | Receipt and review of new emails, correspondence and pleadings regarding the ZAI Science Trial. | .70 |

                                              ------
                                 TOTAL HOURS  290.40

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 81.00 | at $ | 495.00 | = | 40,095.00 |
| Lawrence E. Flatley | 15.50 | at $ | 470.00 | = | 7,285.00 |
| Douglas E. Cameron | 94.90 | at $ | 465.00 | = | 44,128.50 |
| James W Bentz | 68.70 | at $ | 370.00 | = | 25,419.00 |
| Kathy K. Condo | 0.60 | at $ | 405.00 | = | 243.00 |
| Jayme L. Butcher | 16.50 | at $ | 235.00 | = | 3,877.50 |
| Maureen L. Atkinson | 11.20 | at $ | 145.00 | = | 1,624.00 |
| Lori J. Hagen | 2.00 | at $ | 115.00 | = | 230.00 |

                 CURRENT FEES                  122,902.00


                                              ------------
           TOTAL BALANCE DUE UPON RECEIPT      $122,902.00
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1213299
5400 Broken Sound Blvd., N.W.            Invoice Date      11/19/04
Boca Raton, FL 33487                     Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

    Fees                          2,076.50
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,076.50
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1213299 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 11/19/04 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60029 |


===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 10/04/04 | Falini | Reviewed Reed Smith's Certificate of No Objection to 37th Monthly Interim Period Fee Application. | .20 |
| 10/04/04 | Lord | E-mail to A. Muha re: monthly fee application. | .10 |
| 10/04/04 | Muha | Final revisions to August 2004 fee application. | .50 |
| 10/05/04 | Falini | Review 38th Monthly Fee Application. | .20 |
| 10/05/04 | Lord | E-file and perfect service for RS CNO re: 37th monthly fee application (.5); draft correspondence to R. Finke re: same (.1); review, revise and prepare RS 38th monthly fee application for e-filing and service (1.0) | 1.60 |
| 10/08/04 | Muha | Review and revise September 2004 fee and expense reports for fee application. | .80 |
| 10/13/04 | Muha | Revisions to fee and expense details for September 2004 fee application. | .70 |

172573 W. R. Grace & Co.                           Invoice Number   1213299
60029  Fee Applications-Applicant                  Page   2
       November 19, 2004


     Date   Name                                                    Hours
     -------- -----------                                           -----


  10/20/04 Muha          Revisions to expense detail for             .60
                         September 2004 fee application,
                         including e-mails to billing
                         department re: same.

  10/22/04 Muha          Review billing issues with June             .30
                         and July fee applications.

  10/25/04 Lord          Respond to e-mail from A. Muha re:          .10
                         monthly fee application.

  10/25/04 Muha          Finalize September 2004 monthly           1.50
                         fee application (0.4); work on
                         14th quarterly fee application
                         (1.1).

  10/26/04 Lord          Review, revise and prepare RS 39th          .90
                         monthly fee application for
                         e-filing and service.

  10/26/04 Muha          Attention to issue re: June 2004           .10
                         fee application.

  10/27/04 Lord          Download and forward June CNO to            .30
                         Grace re: payment for same per D.
                         Cameron (.3).

  10/27/04 Muha          Review CNO for June monthly fee             .20
                         application and fax same to Grace.

  10/28/04 Falini        Reviewed Reed Smith' 39th Monthly           .30
                         Interim Fee Application (0.3).

  10/28/04 Lord          Review, revise and prepare                1.80
                         quarterly fee application for
                         e-filing and service (.8); revise
                         and e-file 39th monthly fee
                         application (.6); perfect
                         electronic and hard service for
                         same (.4).

  10/29/04 Lord          Research docket and draft CNO for           .40
                         38th monthly fee application.

                                                                   ------
                                               TOTAL HOURS          10.60

```
172573 W. R. Grace & Co.                    Invoice Number   1213299
60029  Fee Applications-Applicant           Page    3
       November 19, 2004


TIME SUMMARY                 Hours          Rate           Value
------------------------     --------------------------    -------
Andrew J. Muha               4.70  at  $  235.00  =    1,104.50
Janice E. Falini             0.70  at  $  200.00  =      140.00
John B. Lord                 5.20  at  $  160.00  =      832.00


                             CURRENT FEES                      2,076.50


                                                         ------------
                   TOTAL BALANCE DUE UPON RECEIPT            $2,076.50
                                                         =============
```