### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: December 19 @ 4:00 p.m.** |

### THIRTY-NINTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought: *October 1, 2004 through and including October 31, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$128,959.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: *$6,922.76*

This is a(n):   __x__ monthly        __   interim application

KL2:2363556.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | $87,266.50 $10,070.69 |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

- 2 -

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $18,704.00<br>$633.86 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | $70,445.00<br>$3,575.61 |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | $51,487.00<br>$1,619.93 |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | $27,447.00<br>$1,839.08 |
| September 25,2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | $7183.20<br>$436.47 |

- 3 -

KL2:2363556.1

| | | | |
|---|---|---|---|
| May 5, 2004 | February 1, 2004<br>February 29, 2004 | $8,888.00<br>$545.85 | $7,110.40<br>$545.85 |
| May 28, 2004 | March 1, 2004<br>March 31, 2004 | $13,807.50<br>$472.11 | $11,643.00<br>$472.11 |
| November 1, 2004 | January 1, 2004<br>March 31, 2004 | $48,415.50<br>$1,840.66 | pending |
| June 30, 2004 | April 1, 2004<br>April 30, 2004 | $14,373.50<br>$383.90 | $11,728.21<br>$383.90 |
| August 3, 2004 | May 1,2004<br>May 31, 2004 | $10,840.00<br>$1,279.24 | $8,672.00<br>$1,279.24 |
| August 23, 2004 | June 1, 2004<br>June 30, 2004 | $23,202.00<br>$172.12 | pending |
| October 1, 2004 | July 1, 2004<br>July 31, 2004 | $13,523.50<br>$33.62 | pending |
| October 29, 2004 | August 1, 2004<br>August 31, 2004 | $9,543.50<br>$125.25 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Dienstag, Abbe L. | 535.00 | 8.20 | $4,387.00 |
| Eckstein, Kenneth H. | 2.10 | 725.00 | $1,522.50 |
| Nadler, Ellen R. | 17.00 | 630.00 | $10,710.00 |
| Bentley, Philip | 565.00 | 68.00 | $ 38,420.00 |
| Mayer, Thomas Moers | 690.00 | 5.60 | $3,864.00 |
| Herzog, Barry | 525.00 | 3.90 | $2,047.50 |
| Horowitz, Gregory A. | 525.00 | 4.50 | $2,362.50 |
| Becker, Gary M. | 495.00 | 95.40 | $ 47,223.00 |
| Rigel, Blake | 425.00 | 14.20 | $6,035.00 |
| Klein, David | 425.00 | 1.50 | $ 637.50 |
| Seaton, Michael T. | 250.00 | 2.90 | $725.00 |
| Dimos, Bill | 250.00 | 15.00 | $3,750.00 |
| Koevary. Jonathan T. | 250.00 | 9.60 | $2,400.00 |
| Mangual, Kathleen | 195.00 | 25.00 | $ 4,875.00 |
| Total | | 272.90 | $128,959.00 |

- 4 -

- 5 -

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/04 through 10/31/04 | Total Fees for the Period 10/1/04 through 10/31/04 |
|---|---|---|
| Case Administration | 13.60 | $3,334.50 |
| Creditor Committee | 45.20 | $17,694.50 |
| Bankruptcy Motions | 2.50 | $9,807.00 |
| Reorganization Plan | 0.30 | $30,310.00 |
| Fee Applications, Applicant | 1.70 | $1,602.00 |
| Claim Analysis Objection | 67.70 | $33,341.50 |
| Hearings | 7.70 | $4,070.50 |
| Tax Issues | 20.50 | $8,545.00 |
| ZAI Science Trial | 15.70 | $6,811.50 |
| Travel/Non Working | 26.50 | $13,432.50 |
| **Total** | **272.90** | **$128,959.00** |

KL2:2363556.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 10/1/04 through 10/31/04 |
|---|---:|
| Velobindings | $37.50 |
| Tabs | $67.00 |
| Photocopying | $2,220.75 |
| Research Services | $35.00 |
| Document Prep. | $784.00 |
| Postage | $0.37 |
| Long-Distance Tel. | $1.34 |
| Westlaw On-Line Research | $171.69 |
| Lexis/Nexis On-Line Research | $195.38 |
| Messenger/Courier | $19.33 |
| Cab Fares | $66.00 |
| Meals/In House | $78.00 |
| Out-of-town Travel | $3,246.40 |
| **Total** | **$6,922.76** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: November 23, 2004

- 6 -

## CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.70 | 495.00 | 346.50 |
| KLEIN, DAVID | CRED | 1.50 | 425.00 | 637.50 |
| DIMOS, BILL | CRED | 2.50 | 250.00 | 625.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 8.90 | 195.00 | 1,735.50 |
| Subtotal | | 13.60 | $ | 3,344.50 |

## CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| DIENSTAG, ABBE L. | CORP | 5.20 | 535.00 | 2,782.00 |
| NADLER, ELLEN R. | LITI | 4.60 | 630.00 | 2,898.00 |
| BENTLEY, PHILIP | CRED | 3.20 | 565.00 | 1,808.00 |
| BECKER, GARY M. | CRED | 13.70 | 495.00 | 6,781.50 |
| DIMOS, BILL | CRED | 11.70 | 250.00 | 2,925.00 |
| KOEVARY, JONATHAN T | CRED | 2.00 | 250.00 | 500.00 |
| Subtotal | | 40.40 | $ | 17,694.50 |

## BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| DIENSTAG, ABBE L. | CORP | 3.00 | 535.00 | 1,605.00 |
| BENTLEY, PHILIP | CRED | 5.20 | 565.00 | 2,938.00 |
| HERZOG, BARRY | TAX | 0.50 | 525.00 | 262.50 |
| BECKER, GARY M. | CRED | 9.70 | 495.00 | 4,801.50 |
| DIMOS, BILL | CRED | 0.80 | 250.00 | 200.00 |
| Subtotal | | 19.20 | $ | 9,807.00 |

KL4:2112231.1

## REORGANIZATION PLAN

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 22.10 | 565.00 | 12,486.50 |
| MAYER, THOMAS MOERS | CRED | 5.60 | 690.00 | 3,864.00 |
| BECKER, GARY M. | CRED | 28.10 | 495.00 | 13,909.50 |
| KOEVARY, JONATHAN T | CRED | 0.20 | 250.00 | 50.00 |
| | Subtotal | 56.00 | $ | 30,310.00 |

## FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.70 | 495.00 | 841.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.90 | 195.00 | 760.50 |
| | Subtotal | 5.60 | $ | 1,602.00 |

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| ECKSTEIN, KENNETH H. | CRED | 2.10 | 725.00 | 1,522.50 |
| NADLER, ELLEN R. | LITI | 12.40 | 630.00 | 7,812.00 |
| BENTLEY, PHILIP | CRED | 29.30 | 565.00 | 16,554.50 |
| HOROWITZ, GREGORY A. | LITI | 4.50 | 525.00 | 2,362.50 |
| BECKER, GARY M. | CRED | 3.00 | 495.00 | 1,485.00 |
| KOEVARY, JONATHAN T | CRED | 7.40 | 250.00 | 1,850.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 9.00 | 195.00 | 1,755.00 |
| | Subtotal | 67.70 | $ | 33,341.50 |

## HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.70 | 565.00 | 2,090.50 |
| BECKER, GARY M. | CRED | 4.00 | 495.00 | 1,980.00 |
| | Subtotal | 7.70 | $ | 4,070.50 |

KL4:2112231.1

### TAX ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| HERZOG, BARRY | TAX | 3.40 | 525.00 | 1,785.00 |
| RIGEL, BLAKE | TAX | 14.20 | 425.00 | 6,035.00 |
| SEATON, MICHAEL T | TAX | 2.90 | 250.00 | 725.00 |
| | Subtotal | 20.50 | $ | 8,545.00 |

### ZAI SCIENCE TRIAL

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 12.50 | 495.00 | 6,187.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.20 | 195.00 | 624.00 |
| | Subtotal | 15.70 | $ | 6,811.50 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.50 | 282.50 | 2,542.50 |
| BECKER, GARY M. | CRED | 22.00 | 247.50 | 10,890.00 |
| | Subtotal | 26.50 | $ | 13,432.50 |
| | Total | 272.90 | $ | 128,959.00 |

KL4:2112231.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| DIENSTAG, ABBE L. | PARTNER | 8.20 | 535.00 | 4,387.00 |
| ECKSTEIN, KENNETH H. | PARTNER | 2.10 | 725.00 | 1,522.50 |
| NADLER, ELLEN R. | PARTNER | 17.00 | 630.00 | 10,710.00 |
| BENTLEY, PHILIP | PARTNER | 68.00 | 565.00 | 38,420.00 |
| MAYER, THOMAS MOERS | PARTNER | 5.60 | 690.00 | 3,864.00 |
| HERZOG, BARRY | PARTNER | 3.90 | 525.00 | 2,047.50 |
| HOROWITZ, GREGORY A. | PARTNER | 4.50 | 525.00 | 2,362.50 |
| BECKER, GARY M. | SPEC COUNS | 95.40 | 495.00 | 47,223.00 |
| RIGEL, BLAKE | ASSOCIATE | 14.20 | 425.00 | 6,035.00 |
| KLEIN, DAVID | ASSOCIATE | 1.50 | 425.00 | 637.50 |
| SEATON, MICHAEL T | ASSOCIATE | 2.90 | 250.00 | 725.00 |
| DIMOS, BILL | ASSOCIATE | 15.00 | 250.00 | 3,750.00 |
| KOEVARY, JONATHAN T | ASSOCIATE | 9.60 | 250.00 | 2,400.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 25.00 | 195.00 | 4,875.00 |
| | Total | 272.90 | | $128,959.00 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

| DISBURSEMENTS | AMOUNT |
|---|---|
| VELOBINDINGS | 37.50 |
| TABS | 67.00 |
| PHOTOCOPYING | 2,220.75 |
| RESEARCH SERVICES | 35.00 |
| DOCUMENT PREP. | 784.00 |
| POSTAGE | 0.37 |
| LONG-DISTANCE TEL. | 1.34 |
| WESTLAW ON - LINE RESEARCH | 171.69 |
| LEXIS / NEXIS ON -LINE RESEAR | 195.38 |
| MESSENGER/COURIER | 19.33 |
| CAB FARES | 66.00 |
| MEALS/IN-HOUSE | 78.00 |
| OUT-OF-TOWN TRAVEL | 3,246.40 |
| Subtotal | $6,922.76 |

KL4:2112231.1

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 1,184.40 |
| MANUSCRIPT SERVICE | 105.00 |
| MEALS/IN-HOUSE | 2.00 |
| Subtotal | $1,291.40 |

KL4:2112231.1

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 11/22/2004 11:57:08

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: 01/01/1901 | TO: 10/31/2004 | |
| UNBILLED DISB FROM: 01/01/1901 | TO: 10/31/2004 | |

GROSS BILLABLE AMOUNT:          128,959.00                          6,922.76
AMOUNT WRITTEN DOWN:
                   PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:          10/31/2004          10/31/2004
CLOSE MATTER/FINAL BILLING?  YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                  UNIDENTIFIED RECEIPTS:        0.00
                                            PAID FEE RETAINER:           0.00
         FEES:       186,872.50             PAID DISB RETAINER:          0.00
DISBURSEMENTS:         8,273.64             TOTAL AVAILABLE FUNDS:       0.00
FEE RETAINER:              0.00             TRUST BALANCE:
DISB RETAINER:             0.00
TOTAL OUTSTANDING:   210,748.32

                            BILLING HISTORY

DATE OF LAST BILL:     11/22/04     LAST PAYMENT DATE:        11/16/04
LAST BILL NUMBER:      400444  ACTUAL FEES BILLED TO DATE:   920,079.50
                         ON ACCOUNT FEES BILLED TO DATE:          0.00
                            TOTAL FEES BILLED TO DATE:      920,079.50
LAST BILL THRU DATE:   10/31/04     FEES WRITTEN OFF TO DATE:   582,277.68

                      UNAPPLIED CASH

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
                          -----------------------------------
(1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
(2) Late Time & Costs Posted (5) Business Development     (8) Premium
(3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding
                                                          (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132c: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:18

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 00326 | DIENSTAG, ABBE L. | PARTNER | 10/20/04 | 10/27/04 | 8.20 | 4,387.00 |
| 00336 | ECKSTEIN, KENNETH H. | PARTNER | 10/18/04 | 10/18/04 | 2.10 | 1,522.50 |
| 00720 | NADLER, ELLEN R. | PARTNER | 10/18/04 | 10/29/04 | 17.00 | 10,710.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 10/01/04 | 10/29/04 | 68.00 | 38,420.00 |
| 03976 | MAYER, THOMAS MOERS | PARTNER | 10/18/04 | 10/29/04 | 5.60 | 3,864.00 |
| 06366 | HERZOG, BARRY | PARTNER | 10/14/04 | 10/29/04 | 3.90 | 2,047.50 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 10/22/04 | 10/29/04 | 4.50 | 2,362.50 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 10/01/04 | 10/29/04 | 95.40 | 47,223.00 |
| 05327 | RIGEL, BLAKE | ASSOCIATE | 10/04/04 | 10/29/04 | 14.20 | 6,035.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 10/05/04 | 10/11/04 | 1.50 | 637.50 |
| 06207 | SEATON, MICHAEL T | ASSOCIATE | 10/08/04 | 10/11/04 | 2.90 | 725.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 10/01/04 | 10/26/04 | 15.00 | 3,750.00 |
| 06228 | KOEVARY, JONATHAN T | ASSOCIATE | 10/11/04 | 10/29/04 | 9.60 | 2,400.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 10/04/04 | 10/29/04 | 25.00 | 4,875.00 |
| | | Total: | | | 272.90 | 128,959.00 |

**BILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0816 | VELOBINDINGS | 10/18/04 | 10/22/04 | 37.50 |
| 0817 | TABS | 10/18/04 | 10/22/04 | 67.00 |
| 0820 | PHOTOCOPYING | 10/17/04 | 10/29/04 | 2,220.75 |
| 0841 | RESEARCH SERVICES | 10/19/04 | 10/20/04 | 35.00 |
| 0842 | DOCUMENT PREP. | 10/26/04 | 10/29/04 | 784.00 |
| 0880 | POSTAGE | 10/27/04 | 10/27/04 | 0.37 |
| 0885 | LONG-DISTANCE TEL. | 10/15/04 | 10/28/04 | 1.34 |
| 0917 | WESTLAW ON - LINE RESEARCH | 10/20/04 | 10/31/04 | 171.69 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 10/19/04 | 10/28/04 | 195.38 |
| 0930 | MESSENGER/COURIER | 10/06/04 | 10/29/04 | 19.33 |
| 0940 | CAB FARES | 10/04/04 | 10/28/04 | 66.00 |
| 0942 | MEALS/IN-HOUSE | 10/18/04 | 10/28/04 | 78.00 |
| 0950 | OUT-OF-TOWN TRAVEL | 09/27/04 | 10/27/04 | 3,246.40 |
| | Total | | | 6,922.76 |

Grand Total   135,881.76

alp_132c: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:18

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G   &   P A Y M E N T   H I S T O R Y

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/22/04 11:57:18)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA Fee & OA | Applied From OA Disbursement | Applied Total | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 143,986.00 | 16,201.41 | | | | 160,187.41 | | |
| YEAR 2002 | | | 326,261.32 | 22,724.32 | | | | 348,985.64 | | |
| 01/31/03 | 12/31/02 | 364671 | 11,853.50 | 816.82 | | | | 12,670.32 | 08/19/03 | |
| 02/20/03 | 01/31/03 | 365684 | 11,100.00 | 927.47 | | | | 12,027.47 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 13,313.00 | 240.08 | | | | 13,553.08 | 10/23/03 | |
| 04/29/03 | 03/31/03 | 369330 | 26,969.00 | 452.38 | | | | 27,421.38 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 | | | | 9,203.42 | 12/26/03 | |
| 06/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 | | | | 9,518.57 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 10,427.00 | 137.09 | | | | 10,564.09 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 9,272.50 | 32.30 | | | | 9,304.80 | 05/10/04 | |
| 09/30/03 | 08/31/03 | 376733 | 9,815.50 | 130.93 | | | | 9,946.43 | 05/10/04 | |
| 11/14/03 | 09/30/03 | 379590 | 14,930.00 | 227.75 | | | | 15,157.75 | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 13,134.00 | 174.04 | | | | 13,308.04 | 07/02/04 | |
| 12/31/03 | 11/30/03 | 381784 | 14,197.50 | 273.00 | | | | 14,470.50 | 07/02/04 | |
| 01/29/04 | 12/31/03 | 382765 | 17,595.00 | 1,599.14 | | | | 19,194.14 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 8,979.00 | 436.47 | | | | 9,415.47 | 10/18/04 | |
| 04/30/04 | 02/29/04 | 388529 | 8,888.00 | 545.85 | | | | 9,433.85 | 10/18/04 | |
| 05/27/04 | 04/30/04 | 390208 | 13,058.00 | 469.11 | | | | 13,527.11 | 10/18/04 | |
| 06/29/04 | 05/31/04 | 391727 | 14,373.50 | 389.30 | | | | .00 | | 14,762.80 |
| 07/31/04 | 06/30/04 | 392045 | 10,840.00 | 1,279.24 | | | | 9,951.24 | 10/18/04 | 2,168.00 |
| 08/23/04 | 06/30/04 | 394084 | 23,202.00 | 172.12 | | | | 18,733.72 | 11/16/04 | 4,640.40 |
| 09/29/04 | 07/31/04 | 396938 | 13,523.50 | 33.62 | | | | 10,852.02 | 11/16/04 | 2,705.10 |
| 10/28/04 | 08/31/04 | 398416 | 9,543.50 | 125.25 | | | | .00 | | 9,668.75 |
| 10/31/04 | 09/30/04 | 398942 | 24,483.00 | 836.33 | | | | .00 | | 25,319.33 |
| 11/22/04 | 10/31/04 | 4004444 | 128,959.00 | 6,922.76 | | | | .00 | | 135,881.76 |
| Total: | | | 895,723.82 | 56,848.77 | | | | 757,426.45 | | 195,146.14 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE        1

Matter No: 0567772-00001                          Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:    1877770
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                              PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:     10/01/2004              TO:    10/28/2004
        UNBILLED DISB FROM:     10/06/2004              TO:    10/29/2004

                                                    FEES                    COSTS

                                                 ------------            ------------

                                                    3,344.50                4,955.15

        GROSS BILLABLE AMOUNT:
        AMOUNT WRITTEN DOWN:
                      PREMIUM:
        ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:        10/28/2004                      10/29/2004
   CLOSE MATTER/FINAL BILLING?   YES    OR    NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

                                                                   ------------------------------------------------

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

-------------------------                              --------------

   DISBURSEMENTS:         9,852.50       UNIDENTIFIED RECEIPTS:        0.00
   FEE RETAINER:          5,129.21       PAID FEE RETAINER:            0.00
   DISB RETAINER:             0.00       PAID DISB RETAINER:           0.00
   TOTAL OUTSTANDING:    14,981.71       TOTAL AVAILABLE FUNDS:        0.00
                                         TRUST BALANCE:

                                         BILLING HISTORY

   DATE OF LAST BILL:        11/22/04         LAST PAYMENT DATE:          11/16/04
   LAST BILL NUMBER:           400444    ACTUAL FEES BILLED TO DATE:   221,521.00
                                         ON ACCOUNT FEES BILLED TO DATE:    0.00
                                         TOTAL FEES BILLED TO DATE:    221,521.00
   LAST BILL THRU DATE:      10/31/04    FEES WRITTEN OFF TO DATE:      79,053.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

   (1)  Exceeded Fixed Fee     (4)  Excessive Legal Time     (7)  Fixed Fee
   (2)  Late Time & Costs Posted  (5)  Business Development  (8)  Premium
   (3)  Pre-arranged Discount   (6)  Summer Associate        (9)  Rounding
                                                             (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____    FRC: _____   CRC: _____

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
Run Date & Time: 11/22/2004 11:57:04                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS   - 06975            Proforma Number:    1877770
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status      : ACTIVE

                B I L L E D   T I M E   S U M M A R Y  ------------------ Total -------    Billed -------------------
Emp Id Employee Name            Group        Oldest      Latest                            Hours     Amount

05292  BECKER, GARY M.          CRED        10/01/04    10/12/04                             0.70       346.50
05646  KLEIN, DAVID             CRED        10/05/04    10/11/04                             1.50       637.50
06208  DIMOS, BILL              CRED        10/19/04    10/26/04                             2.50       625.00
05208  MANGUAL, KATHLEEN        CRED        10/04/04    10/28/04                             8.90     1,735.50

          Total:                                                                           13.60     3,344.50

Sub-Total Hours  :     0.00 Partners     0.70 Counsels    4.00 Associates    8.90 Legal Assts    0.00 Others

                B I L L E D   C O S T S   S U M M A R Y ------------- Total Billed ---------------
Code  Description                            Oldest      Latest                            Total
                                              Entry       Entry                            Amount

0816  VELOBINDINGS                          10/18/04    10/22/04                            37.50
0817  TABS                                  10/18/04    10/22/04                            67.00
0820  PHOTOCOPYING                          10/17/04    10/29/04                         2,106.15
0841  RESEARCH SERVICES                     10/19/04    10/20/04                            35.00
0842  DOCUMENT PREP.                        10/26/04    10/29/04                           764.00
0880  POSTAGE                               10/27/04    10/27/04                             0.37
0885  LONG-DISTANCE TEL.                    10/28/04    10/28/04                             0.45
0921  LEXIS / NEXIS  ON -LINE RESEAR        10/19/04    10/28/04                           190.51
0930  MESSENGER/COURIER                     10/06/04    10/06/04                             9.77
0950  OUT-OF-TOWN TRAVEL                    10/19/04    10/25/04                         1,744.40

          Total                                                                         4,955.15

          Grand Total                                                                   8,299.65
                                                                                     =============

          B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/22/04 11:57:04)
                                    ---------- Billed --------    -- Applied --    ---- Collections ----    Balance
Bill Date Thru Date Bill#      Fee & OA    Disbursement    From OA       Total     Date                      Due

YEAR 2001
YEAR 2002
01/31/03 12/31/02  364671     71,036.50      8,160.18                   79,196.68
02/20/03 01/31/03  365684     63,892.50     13,613.26                   77,505.76
01/31/03 12/31/02  364671      6,081.00        733.32                    6,814.32   03/25/03
03/19/03 02/28/03  367178      2,264.50        904.37                    3,168.87   04/11/03
04/29/03 03/31/03  369330      1,726.50        175.30                    1,901.80   05/27/03
05/16/03 04/30/03  370445      4,200.00        435.90                    4,635.90   10/23/03
06/17/03 05/31/03  371897      4,021.00        627.57                    4,648.57   10/23/03
07/24/03 06/30/03  373811      3,418.50        105.57                    3,524.07   12/26/03
08/31/03 07/31/03  375389      2,578.50        135.30                    2,713.80   10/23/03
09/30/03 08/31/03  376733      3,533.50         13.06                    3,546.56   11/28/03
                               3,660.00         89.89                    3,749.89   12/08/03
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1877770
Bill Frequency: M

Status   : ACTIVE

BILLING & PAYMENT HISTORY (Reflects Payments As of 11/22/04 11:57:04)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 11/14/03 | 09/30/03 | 379590 | 3,721.50 | 225.75 | | 3,947.25 | 12/26/03 | |
| 11/30/03 | 10/31/03 | 380293 | 3,546.00 | 155.04 | | 3,701.04 | 02/27/04 | |
| 12/31/03 | 11/30/03 | 381784 | 3,986.00 | 48.00 | | 4,034.00 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 6,246.50 | 1,364.34 | | 7,610.84 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 4,124.00 | 436.47 | | 4,560.47 | 04/13/04 | |
| 04/30/04 | 02/29/04 | 388529 | 2,552.50 | 43.85 | | 2,596.35 | 06/29/04 | |
| 05/27/04 | 04/30/04 | 390208 | 2,589.00 | 114.15 | | 2,703.15 | 08/03/04 | |
| 06/29/04 | 05/31/04 | 391727 | 2,331.00 | 13.05 | | .00 | | 2,344.05 |
| 07/31/04 | 06/30/04 | 392045 | 3,114.00 | 87.30 | | 3,201.30 | 10/18/04 | |
| 08/23/04 | 06/30/04 | 394084 | 3,718.50 | 125.39 | | 3,843.89 | 11/16/04 | |
| 09/29/04 | 07/31/04 | 396938 | 2,463.00 | 19.50 | | 2,482.50 | 11/16/04 | |
| 10/28/04 | 08/31/04 | 398416 | 2,071.50 | 120.88 | | .00 | | 2,192.38 |
| 10/31/04 | 09/30/04 | 398942 | 2,105.50 | 40.13 | | .00 | | 2,145.63 |
| 11/22/04 | 10/31/04 | 400444 | 3,344.50 | 4,955.15 | | .00 | | 8,299.65 |
| Total: | | | 212,326.00 | 32,742.72 | | 230,087.01 | | 14,981.71 |