```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE      4
Run Date & Time: 11/22/2004 11:57:04                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS    - 06975          Proforma Number: 1877770
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status  : ACTIVE
```

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/01/04 | Review new documents received. | 0.40 | 198.00 | 5340033 | 135732 | 10/06/04 |
| MANGUAL, KATHLEEN | 10/04/04 | organization of files, update index, chron. correspondence (2.2) | 2.20 | 429.00 | 5383084 | | 11/02/04 |
| KLEIN, DAVID | 10/05/04 | review pleadings/filings, distr same as necessary. | 0.20 | 85.00 | 5346872 | | 10/12/04 |
| KLEIN, DAVID | 10/10/04 | review pleadings/filings, distr same as necessary; | 0.80 | 340.00 | 5346873 | | 10/12/04 |
| KLEIN, DAVID | 10/11/04 | review filings (0.2), transition and file organization (0.2), disc. w/ same w/ GMB (0.1). | 0.50 | 212.50 | 5346874 | | 10/12/04 |
| BECKER, GARY M. | 10/12/04 | Conf. with equity holder re status. | 0.30 | 148.50 | 5351244 | | 10/14/04 |
| DIMOS, BILL | 10/19/04 | Read through docs delivered from court, summarized and sent in an email to Gary Becker, then filed docs with Kathleen Mangual. | 1.40 | 350.00 | 5363713 | | 10/25/04 |
| MANGUAL, KATHLEEN | 10/20/04 | organization of files (3.0) | 3.00 | 585.00 | 5383091 | | 11/02/04 |
| DIMOS, BILL | 10/21/04 | Read over new docs served and emailed to Gary Becker. | 0.30 | 75.00 | 5363714 | | 10/25/04 |
| MANGUAL, KATHLEEN | 10/21/04 | organization of files, update index, chron. correspondence (1.6) | 1.60 | 312.00 | 5383086 | | 11/02/04 |
| DIMOS, BILL | 10/26/04 | Read through court docs; email summary re docs to Gary Becker | 0.80 | 200.00 | 5373956 | | 11/01/04 |
| MANGUAL, KATHLEEN | 10/28/04 | organization of documents per PB, distribution to internal group (.80); organization of files (1.3) | 2.10 | 409.50 | 5383089 | | 11/02/04 |

|  |  | Fee Total | 13.60 | 3,344.50 | | | |

### BILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| VELOBINDINGS | 0816 | | | | | | |
| Jesus Parra | | MANGUAL, K M | 10/18/04 | 7.50 | 6739926 | 135733 | 10/20/04 |
| Andrew Daisey | | MANGUAL, K M | 10/22/04 | 30.00 | 6751660 | 136212 | 10/29/04 |
| 0816 VELOBINDINGS Total : | | | | 37.50 | | | |
| TABS | 0817 | | | | | | |
| Jesus Parra | | MANGUAL, K M | 10/18/04 | 17.00 | | | |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     5
Run Date & Time: 11/22/2004 11:57:04                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                 Orig Prtnr : CRED. RGTS   - 06975                     Proforma Number:    1877770
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495                   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code           Employee          Date        Amount       Index#    Batch No   Batch Date

TABS                0817
  TABS
  Andrew Daisley           MANGUAL, K M      10/22/04     50.00       6751687   136214     10/29/04

                                         0817 TABS Total :             67.00

PHOTOCOPYING        0820
  PHOTOCOPYING
  MANGUAL KATHLEEN         MANGUAL, K M      10/17/04    171.90       6737418   135640     10/19/04
  MANGUAL KATHLEEN         MANGUAL, K M      10/17/04     67.05       6737419   135640     10/19/04
  MANGUAL KATHLEEN         MANGUAL, K M      10/18/04    901.35       6737420   135640     10/19/04
  MANGUAL KATHLEEN         MANGUAL, K M      10/18/04    593.40       6747683   136066     10/28/04
  MANGUAL KATHLEEN         BENTLEY, P        10/22/04      2.70       6742823   135872     10/25/04
  BENTLEY PHILIP           MANGUAL, K M.     10/22/04    305.10       6746044   135978     10/27/04
  MANGUAL KATHLEEN         MANGUAL, K M      10/28/04     10.50       6752422   136230     11/01/04
  MANGUAL KATHLEEN         MANGUAL, K M      10/28/04     15.30       6752423   136230     11/01/04
  MANGUAL KATHLEEN         MANGUAL, K M      10/29/04      9.00       6752424   136230     11/01/04
  MANGUAL KATHLEEN         MANGUAL, K M      10/29/04     29.40       6752425   136230     11/01/04
  MANGUAL KATHLEEN         MANGUAL, K M      10/29/04      0.45       6752426   136230     11/01/04

                                         0820 PHOTOCOPYING Total :   2,106.15

RESEARCH SERVICES   0841
  RESEARCH SERVICES
  10/19/2004               NG, E N           10/19/04     14.00       6751794   136226     11/01/04
  RESEARCH SERVICES
  10/20/2004               NG, E N           10/20/04     21.00       6751793   136226     11/01/04

                                         0841 RESEARCH SERVICES Total :   35.00

DOCUMENT PREP.      0842
  DOCUMENT PREP.
  10/26/2004               KOSCAL, T M       10/26/04     40.00       6752140   136226     11/01/04
  DOCUMENT PREP.
  10/26/2004               GRIFFIN, D G      10/26/04     96.00       6752141   136226     11/01/04
  DOCUMENT PREP.
  10/26/2004               CIULLA, R         10/26/04     40.00       6748580   136110     10/28/04
  DOCUMENT PREP.
  10/26/2004               CIULLA, R         10/26/04     12.00       6748577   136110     10/28/04
```

```
alp_132r: Billed Charges Analysis                                                                          PAGE      6
Run Date & Time: 11/22/2004 11:57:05

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1877770
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code              Employee             Date         Amount       Index#   Batch No   Batch Date
------------------            --------             ----         ------       ------   --------   ----------

POSTAGE                       0880
   POSTAGE
      Javon Frierson

10/26/2004  DOCUMENT PREP.                CIULLA, R          10/26/04        12.00   6748578    136110    10/28/04
10/26/2004  DOCUMENT PREP.                CIULLA, R          10/26/04        40.00   6748579    136110    10/28/04
10/26/2004  DOCUMENT PREP.                CIULLA, R          10/26/04        20.00   6748581    136110    10/28/04
10/26/2004  DOCUMENT PREP.                CIULLA, R          10/26/04        12.00   6748582    136110    10/28/04
10/26/2004  DOCUMENT PREP.                SHARPE, A S        10/26/04       100.00   6748583    136110    10/28/04
10/26/2004  DOCUMENT PREP.                SHARIFF, N S       10/26/04        12.00   6749334    136139    10/29/04
10/26/2004  DOCUMENT PREP.                HERMITT, G         10/29/04       200.00   6752142    136226    11/01/04
10/29/2004  DOCUMENT PREP.                FRANKLIN, D        10/29/04       180.00   6753198    136260    11/01/04
10/29/2004  DOCUMENT PREP.

                              0842 DOCUMENT PREP. Total :                   764.00

POSTAGE                       0880
   POSTAGE
                              MANGUAL, K M       10/27/04         0.37   6751512    136211    10/29/04

                              0880 POSTAGE Total :                           0.37

LONG-DISTANCE TEL.            0885
   LONG-DISTANCE TEL.
      2147467756              BENTLEY, P         10/28/04         0.45   6752868    136231    11/01/04

                              0885 LONG-DISTANCE TEL. Total :                0.45

LEXIS / NEXIS ON -L           0921
   LEXIS / NEXIS ON -L        NG, E N            10/19/04         9.32   6759285    136715    11/04/04
   LEXIS / NEXIS ON -L        CIULLA, R          10/20/04        49.01   6759286    136715    11/04/04
   LEXIS / NEXIS ON -L        BECKER, G M        10/20/04       132.18   6759287    136715    11/04/04
   LEXIS / NEXIS ON -L        HALVEY, J H

                              0921 LEXIS / NEXIS ON -L Total :             190.51

MESSENGER/COURIER             0930
   FEDERAL EXPRESS CORPORAT
   MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
   CORPORATION                MANGUAL, K M       10/06/04         9.77   6719680    121397    10/06/04

                              0930 MESSENGER/COURIER Total :                 9.77
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   7

Run Date & Time: 11/22/2004 11:57:05

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                             Orig Prtnr : CRED. RGTS   - 06975            Proforma Number: 1877770
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status : ACTIVE

    B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee           Date          Amount     Index#   Batch No  Batch Date
----------------                          --------           ----          ------     ------   --------  ----------
OUT-OF-TOWN TRAVEL                0950
CITICORP DINERS CLUB                      BECKER, G M        10/19/04     1,104.80   6751444   136205    10/29/04
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY HARTFD PITTS
CITICORP DINERS CLUB                      BECKER, G M        10/19/04       434.60   6751451   136205    10/29/04
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB PITTS NY
CITICORP DINERS CLUB                      BENTLEY, P         10/25/04       205.00   6775415   137324    11/18/04
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB WILM NY

                                                 0950 OUT-OF-TOWN TRAVEL Total :    1,744.40

                                                                  Costs Total :     4,955.15
```

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE     8
Run Date & Time: 11/22/2004 11:57:05                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1877770
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

          B I L L E D   T I M E   S U M M A R Y
Employee Name                   Hours        Amount           Bill       W/o / W/u        Transfer To      Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                  0.70         346.50
KLEIN, DAVID                     1.50         637.50
DIMOS, BILL                      2.50         625.00
MANGUAL, KATHLEEN                8.90       1,735.50
                Total:          13.60       3,344.50

          B I L L E D   C O S T S   S U M M A R Y
Code Description                          Amount              Bill       W/o / W/u        Transfer To      Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------
0816 VELOBINDINGS                          37.50
0817 TABS                                  67.00
0820 PHOTOCOPYING                       2,106.15
0841 RESEARCH SERVICES                     35.00
0842 DOCUMENT PREP.                       764.00
0880 POSTAGE                                0.37
0885 LONG-DISTANCE TEL.                     0.45
0921 LEXIS / NEXIS ON-LINE R              190.51
0930 MESSENGER/COURIER                      9.77
0950 OUT-OF-TOWN TRAVEL                 1,744.40

      Costs Total :                     4,955.15
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE      9
Run Date & Time: 11/22/2004 11:57:05                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1877771
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

Special Billing Instructions:

------------------------------------------------ PRE-BILLING SUMMARY REPORT ------------------------------------------------

    UNBILLED TIME FROM:   10/01/2004         TO:  10/29/2004
    UNBILLED DISB FROM:   09/27/2004         TO:  10/28/2004

                                FEES                                COSTS
                              ---------                           ---------
    GROSS BILLABLE AMOUNT:      17,694.50                           1,855.08
    AMOUNT WRITTEN DOWN:
                 PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:              10/29/2004                   10/28/2004
    CLOSE MATTER/FINAL BILLING?      YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:



--------------------------------------------- ACCOUNTS RECEIVABLE TOTALS ------------------- UNAPPLIED CASH -----------------

          FEES:              37,698.00           UNIDENTIFIED RECEIPTS:         0.00
   DISBURSEMENTS:             2,617.66           PAID FEE RETAINER:             0.00
   FEE RETAINER:                  0.00           PAID DISB RETAINER:            0.00
   DISB RETAINER:                 0.00           TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:            40,315.66          TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
DATE OF LAST BILL:        11/22/04           LAST PAYMENT DATE:            11/16/04
LAST BILL NUMBER:           400444           ACTUAL FEES BILLED TO DATE:  125,321.00
                                             ON ACCOUNT FEES BILLED TO DATE:   0.00
                                             TOTAL FEES BILLED TO DATE:   125,321.00
LAST BILL THRU DATE:     10/31/04            FEES WRITTEN OFF TO DATE:     21,567.50


FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding
                                                               (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    10
Run Date & Time: 11/22/2004 11:57:05                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                        Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:   1877771
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status        : ACTIVE

         B I L L E D    T I M E    S U M M A R Y                  ------------------------- Total Billed ---------------------------
Emp Id  Employee Name                 Group                       Oldest        Latest         Latest         Hours             Amount
                                                                  Entry         Entry                         
00326   DIENSTAG, ABBE L.             CORP                        10/20/04      10/28/04       10/27/04         5.20          2,782.00
00720   NADLER, ELLEN R.              LITI                        10/22/04      10/29/04       10/29/04         4.60          2,898.00
02495   BENTLEY, PHILIP               CRED                        10/01/04      10/20/04       10/27/04         3.20          1,808.00
05292   BECKER, GARY M.               CRED                        10/01/04      10/27/04       10/27/04        13.70          6,781.50
06208   DIMOS, BILL                   CRED                        10/18/04      10/28/04       10/12/04        11.70          2,925.00
06228   KOEVARY, JONATHAN T           CRED                        10/22/04      10/29/04       10/29/04         2.00            500.00

                                                                                                              ------          ---------
                                                 Total:                                                        40.40         17,694.50

Sub-Total Hours :    13.00 Partners    13.70 Counsels    13.70 Associates    0.00 Legal Assts    0.00 Others


         B I L L E D    C O S T S    S U M M A R Y                ------------------------- Total Billed ---------------------------
Code     Description                                              Oldest        Latest                          Total
                                                                  Entry         Entry                          Amount
0820     PHOTOCOPYING                                             10/19/04      10/28/04                                       114.60
0842     DOCUMENT PREP.                                           10/26/04      10/26/04                                        20.00
0917     WESTLAW ON - LINE RESEARCH                               10/20/04      10/20/04                                       110.48
0940     CAB FARES                                                10/04/04      10/28/04                                        66.00
0942     MEALS/IN-HOUSE                                           10/18/04      10/28/04                                        78.00
0950     OUT-OF-TOWN TRAVEL                                       09/27/04      10/21/04                                     1,466.00
                                                                                                                             ---------
                                                 Total                                                                       1,855.08

                                                                                                                            ==========
                                                 Grand Total                                                                19,549.58
                                                                                                                            ==========

         B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 11/22/04 11:57:05)
                                                            ------- Billed ---------   ---- Applied -----   --- Collections ----   Balance
Bill Date  Thru Date  Bill#     Fee & OA     Disbursement   From OA      Total         Date                                        Due

     YEAR 2001                 11,113.50     1,628.57                   12,742.07
     YEAR 2002                 34,996.50     2,032.99                   37,029.49
01/31/03 12/31/02 364671        1,341.00           .00                   1,341.00      03/25/03
03/19/03 02/28/03 367178        1,123.50         50.00                   1,173.50      05/27/03
04/29/03 03/31/03 369330        2,138.50          3.00                   2,141.50      10/23/03
05/16/03 04/30/03 370445          455.00         26.55                     481.55      10/23/03
06/17/03 05/31/03 371897             .00          2.00                       2.00      08/19/03
07/24/03 06/30/03 373811        2,292.50           .00                   2,292.50      10/23/03
08/31/03 07/31/03 375389        3,567.50           .00                   3,567.50      11/28/03
09/30/03 08/31/03 376733        1,137.50           .00                   1,137.50      12/08/03
11/14/03 09/30/03 379590        4,804.50          2.00                   4,806.50      12/26/03
11/30/03 10/31/03 380293        3,302.50         19.00                   3,321.50      02/27/04
12/31/03 11/30/03 381784        1,405.50         20.00                   1,425.50      02/27/04
01/29/04 12/31/03 382765        2,416.00         36.00                   2,452.00      02/27/04
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE    11
Run Date & Time: 11/22/2004 11:57:05

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:   1877771
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 11/22/04 11:57:05)
                                  -------- Billed --------    ------ Applied ------   ---- Collections ----    Balance
Bill Date Thru Date Bill#         Fee & OA      Disbursement   From OA       Total     Total      Date         Due
------------------------------------------------------------------------------------------------------------------------
02/25/04 01/31/04  384579         2,284.00           .00                                2,284.00  04/13/04
04/30/04 02/29/04  388529         1,717.50           .00                                1,717.50  06/29/04
05/27/04 04/30/04  390208         4,468.00         23.40                                4,491.40  08/03/04
06/29/04 05/31/04  391727         2,466.00          2.00                                                       2,468.00
07/31/04 06/30/04  392045         1,789.00           .00                                1,789.00  10/18/04
08/23/04 06/30/04  394084         5,567.00           .00                                5,567.00  11/16/04
09/29/04 07/31/04  396938         1,703.50         14.12                                1,717.62  11/16/04
10/28/04 08/31/04  398416         1,881.00           .00                                   .00                 1,881.00
10/31/04 09/30/04  398942        15,656.50        760.58                                   .00                16,417.08
11/22/04 10/31/04  400444        17,694.50      1,855.08                                   .00                19,549.58

Total:                          125,321.00      6,475.29                               91,480.63              40,315.66
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   12
Run Date & Time: 11/22/2004 11:57:05                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1877771
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status    : ACTIVE

     BILLED    TIME    DETAIL
Employee Name         Work Date   Description                                                             Hours    Amount     Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/01/04 | Review and revise Dimos memo re shareholder control rights (1.4); conf. with Dimos re revisions (0.5); conf. Bentley re memo (0.2) | 2.10 | 1,039.50 | 5340034 | 10/06/04 |
| DIMOS, BILL | 10/01/04 | Met with Gary Becker to go over my brief of shareholder control issues, then worked on editing the memo as per his directions. | 2.00 | 500.00 | 5340511 | 10/06/04 |
| BENTLEY, PHILIP | 10/01/04 | Review emails, and discs GB | 0.20 | 113.00 | 5363963 | 10/25/04 |
| DIMOS, BILL | 10/04/04 | Continued edits to memo on corporate shareholder rights in a bankruptcy context. | 1.90 | 475.00 | 5344901 | 10/11/04 |
| BECKER, GARY M. | 10/04/04 | Conf. with equity holder re FAIR act issues. | 0.40 | 198.00 | 5351243 | 10/14/04 |
| DIMOS, BILL | 10/05/04 | Edits to shareholder control issue memo for Gary Becker. | 3.20 | 800.00 | 5344900 | 10/11/04 |
| BENTLEY, PHILIP | 10/05/04 | Discs T. Weschler and voicemail | 0.10 | 56.50 | 5363964 | 10/25/04 |
| DIMOS, BILL | 10/06/04 | Finished edits to memo on shareholder control issues. | 3.00 | 750.00 | 5348899 | 10/11/04 |
| BENTLEY, PHILIP | 10/06/04 | Discs GB re case issues | 0.20 | 113.00 | 5363965 | 10/25/04 |
| BECKER, GARY M. | 10/07/04 | Conf. equity holder re case status (0.4). | 0.40 | 198.00 | 5351246 | 10/14/04 |
| BENTLEY, PHILIP | 10/07/04 | Discs TW, GB and review emails re P of R | 0.40 | 226.00 | 5363966 | 10/25/04 |
| BECKER, GARY M. | 10/08/04 | Conf. equity holder re case status (0.5). | 0.50 | 247.50 | 5351247 | 10/14/04 |
| BECKER, GARY M. | 10/11/04 | Conf. with equity holder re case issues. | 0.40 | 198.00 | 5351245 | 10/14/04 |
| DIMOS, BILL | 10/12/04 | Outlined the contents of documents received from the bankruptcy court in the matter of W. R. Grace & Co., in an email to Gary Becker, after having read through them and putting them in summary form. | 1.60 | 400.00 | 5353917 | 10/15/04 |
| BENTLEY, PHILIP | 10/13/04 | Discs GB | 0.10 | 56.50 | 5368538 | 10/28/04 |
| DIENSTAG, ABBE L. | 10/20/04 | Review 10-K, poison pill, charter and by-laws of WR Grace re shareholder and governance issues; c/w PB re same | 2.50 | 1,337.50 | 5366059 | 10/26/04 |
| DIENSTAG, ABBE L. | 10/21/04 | C/w PB re takeover defenses | 0.20 | 107.00 | 5366060 | 10/26/04 |
| NADLER, ELLEN R. | 10/22/04 | Conf. call w/the Equity Committee and follow up w/the chair and the internal team (2.5); emails re: potential experts (.30). | 2.80 | 1,764.00 | 5365354 | 10/25/04 |
| BECKER, GARY M. | 10/22/04 | Prepare for and participate in Equity Committee conference call (1.3); conf. individual equity holder re case status (0.5). | 1.80 | 891.00 | 5366820 | 10/26/04 |
| KOEVARY, JONATHAN T | 10/22/04 | Discuss matter with Gary Becker, Phil Bentley and Ellen Nadler. .6. Client conference call, .7. | 1.30 | 325.00 | 5367511 | 10/27/04 |
| DIENSTAG, ABBE L. | 10/25/04 | Shareholder Committee: Draft memo re restrictions on shareholders under WRG charter documents; review materials re same | 2.00 | 1,070.00 | 5367122 | 10/27/04 |

```
alp_132r: Billed Charges Analysis                                                                                                                   PAGE  13
Run Date & Time: 11/22/2004 11:57:05

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr  : CRED. RGTS  - 06975              Proforma Number:   1877771
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495           Bill Frequency:  M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE
```

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/26/04 | Work on corp governance issues and trade voicemails and emails re same | 0.90 | 508.50 | 5375466 | 11/01/04 |
| BENTLEY, PHILIP | 10/26/04 | Memo to committee re yesterday's hearing, and discs GB | 1.00 | 565.00 | 5375467 | 11/01/04 |
| BECKER, GARY M. | 10/26/04 | Prepare memo to committee re omnibus hearing (1.4); conf. Bentley re memo (0.3); revise and distribute memo to committee (0.7); conf. two different individual equity holders (0.5). | 2.90 | 1,435.50 | 5384415 | 11/02/04 |
| BENTLEY, PHILIP | 10/27/04 | Work on corp governance issues | 0.30 | 169.50 | 5375465 | 11/01/04 |
| DIENSTAG, ABBE L. | 10/27/04 | Revise and finalize memo | 0.50 | 267.50 | 5383785 | 11/02/04 |
| BECKER, GARY M. | 10/27/04 | Conf. Grace equity holder re case issues (0.5); conf. second equity holder re case issues (0.4). | 0.90 | 445.50 | 5384416 | 11/02/04 |
| BECKER, GARY M. | 10/28/04 | Conf. with two separate equity holders re various case issues. | 0.60 | 297.00 | 5384417 | 11/02/04 |
| NADLER, ELLEN R. | 10/29/04 | Teleconference with team and chair of Equity Comm. to discuss issues and strategies (1.80) | 1.80 | 1,134.00 | 5375286 | 11/01/04 |
| BECKER, GARY M. | 10/29/04 | Prepare for and conf. call with Committee chair re stock trading restrictions, plan of reorganization and other case issues (2.5); conf. with three separate equity holders re case issues, including trading halt and DOJ letters (1.2) | 3.70 | 1,831.50 | 5380178 | 11/01/04 |
| KOEVARY, JONATHAN T | 10/29/04 | Attend client conference call with Philip Bentley et al., .7 | 0.70 | 175.00 | 5383676 | 11/02/04 |

Fee Total          40.40        17,694.50

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 10/19/04 | 3.30 | 6738533 | 135694 | 10/20/04 |
| PHOTOCOPYING | BENTLEY, P | 10/20/04 | 12.75 | 6740130 | 135760 | 10/21/04 |
| PHOTOCOPYING | BENTLEY, P | 10/20/04 | 6.90 | 6740131 | 135760 | 10/21/04 |
| PHOTOCOPYING | BECKER, G M | 10/20/04 | 85.95 | 6746045 | 135978 | 10/27/04 |

Fee Total          40.40        17,694.50

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   14
Run Date & Time: 11/22/2004 11:57:05                     *PRIVILEGED AND CONFIDENTIAL*

                                                      Orig Prtnr : CRED. RGTS   - 06975            Proforma Number:  1877771
Matter No: 056772-00002                               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001                                                                         Status       : ACTIVE

                          B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| DOCUMENT PREP. | | | | | | |
| DOCUMENT PREP. 10/26/2004 | SHARIFF, N S | 10/26/04 | 20.00 | 6749335 | 136139 | 10/29/04 |
| 0842 DOCUMENT PREP. Total : | | | 20.00 | | | |
| WESTLAW ON - LINE RE | | | | | | |
| WESTLAW ON - LINE RE | DIMOS, B D | 10/20/04 | 110.48 | 6754573 | 136269 | 11/01/04 |
| 0917 WESTLAW ON - LINE RE Total : | | | 110.48 | | | |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 10/28/04 | 5.70 | 6749500 | 136140 | 10/29/04 |
| 0820 PHOTOCOPYING Total : | | | 114.60 | | | |
| CAB FARES | | | | | | |
| CAB FARES - MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/04/04 | 11.00 | 6727842 | 121950 | 10/11/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | BENTLEY, P | 10/18/04 | 11.00 | 6743522 | 135891 | 10/25/04 |
| CAB FARES - MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/19/04 | 11.00 | 6743524 | 135891 | 10/25/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | BENTLEY, P | 10/20/04 | 11.00 | 6743526 | 135891 | 10/25/04 |
| CAB FARES - MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/26/04 | 11.00 | 6762304 | 136810 | 11/08/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | BENTLEY, P | 10/28/04 | 11.00 | 6762306 | 136810 | 11/08/04 |
| 0940 CAB FARES Total : | | | 66.00 | | | |
| MEALS/IN-HOUSE | | | | | | |
| MEALS/IN-HOUSE - MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/18/04 | 13.00 | 6743521 | 135891 | 10/25/04 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER | BENTLEY, P | 10/19/04 | 10.00 | 6743523 | 135891 | 10/25/04 |
| MEALS/IN-HOUSE - MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/20/04 | 20.00 | 6743525 | 135891 | 10/25/04 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER | BENTLEY, P | 10/26/04 | 20.00 | 6762303 | 136810 | 11/08/04 |
| MEALS/IN-HOUSE - MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/28/04 | 15.00 | 6762305 | 136810 | 11/08/04 |
| 0942 MEALS/IN-HOUSE Total : | | | 78.00 | | | |

```
alp_132r: Billed Charges Analysis
Run Date & Time: 11/22/2004 11:57:05
                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*
                                                                                                                     PAGE      15

Matter No: 056772-00002                                 Orig Prtnr : CRED. RGTS  - 06975           Proforma Number: 1877771
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

    BILLED  COSTS  DETAIL
Description/Code             Employee              Date             Amount       Index#    Batch No    Batch Date
-------------------          ----------            ----             ------       ------    --------    ----------

OUT-OF-TOWN TRAVEL    0950

CITICORP DINERS CLUB                               09/27/04         212.00       6751433   136205     10/29/04
    OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY WILMINGTON
CITICORP DINERS CLUB         BECKER, G M          10/21/04         717.40       6751456   136205     10/29/04
    OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY BALTPHIL
CITICORP DINERS CLUB         BENTLEY, P          10/21/04         329.60       6751457   136205     10/29/04
    OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY BALT
CITICORP DINERS CLUB         BENTLEY, P          10/21/04         207.00       6775425   137324     11/18/04
    OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY BALT

                                                    0950 OUT-OF-TOWN TRAVEL Total :   1,466.00


                Costs Total :                                                       1,855.08
```

Note: BECKER, G M 09/27/04 212.00 row — employee shown as BECKER, G M.

```
alp_132r: Billed Charges Analysis                                                                                            PAGE   16
Run Date & Time: 11/22/2004 11:57:05

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1877771
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status       : ACTIVE

      B I L L E D   T I M E   S U M M A R Y
Employee Name                      Hours        Amount          Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
---------------------------------------------------------------------------------------------------------------------------------------
DIENSTAG, ABBE L.                   5.20      2,782.00
NADLER, ELLEN R.                    4.60      2,898.00
BENTLEY, PHILIP                     3.20      1,808.00
BECKER, GARY M.                    13.70      6,781.50
DIMOS, BILL                        11.70      2,925.00
KOEVARY, JONATHAN T                 2.00        500.00
      Total:                       40.40     17,694.50


      B I L L E D   C O S T S   S U M M A R Y
Code Description                                Amount          Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
---------------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                               114.60
0842 DOCUMENT PREP.                              20.00
0917 WESTLAW ON - LINE RESEARC                  110.48
0940 CAB FARES                                   66.00
0942 MEALS/IN-HOUSE                              78.00
0950 OUT-OF-TOWN TRAVEL                       1,466.00

        Costs Total :                         1,855.08
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 11/22/2004 11:57:05

                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   17
                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                         Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:    1877772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status     : ACTIVE

Special Billing Instructions:

                           PRE-BILLING SUMMARY REPORT

                       FEES                              COSTS
                       ----                              -----
UNBILLED TIME FROM: 10/04/2004     TO: 10/29/2004
UNBILLED DISB FROM: 10/28/2004     TO: 10/28/2004

GROSS BILLABLE AMOUNT:           9,807.00                      4.87
AMOUNT WRITTEN DOWN:
       PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
     THRU DATE:                 10/29/2004                 10/28/2004
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                          BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                    ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

            FEES:             14,070.00       UNIDENTIFIED RECEIPTS:      0.00
    DISBURSEMENTS:                 4.87       PAID FEE RETAINER:          0.00
    FEE RETAINER:                  0.00       PAID DISB RETAINER:         0.00
    DISB RETAINER:                 0.00       TOTAL AVAILABLE FUNDS:      0.00
    TOTAL OUTSTANDING:        14,074.87       TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
DATE OF LAST BILL:            11/22/04        LAST PAYMENT DATE:       11/16/04
LAST BILL NUMBER:             400444          ACTUAL FEES BILLED TO DATE:    42,316.00
                                              ON ACCOUNT FEES BILLED TO DATE:    0.00
                                              TOTAL FEES BILLED TO DATE:   42,316.00
LAST BILL THRU DATE:          10/31/04        FEES WRITTEN OFF TO DATE:      444.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted (5) Business Development     (8) Premium
   (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE   18
Run Date & Time: 11/22/2004 11:57:05                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                                  Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  1877772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                          Status     : ACTIVE

          B I L L E D   T I M E   S U M M A R Y  ---------------------------- Total --------------- Billed --------
Emp Id Employee Name            Group       Oldest      Latest      Total      Hours       Amount
------ ------------------       -----       ------      ------     -------     -----       ------
00326  DIENSTAG, ABBE L.         CORP      10/26/04    10/26/04                 3.00      1,605.00
02495  BENTLEY, PHILIP           CRED      10/24/04    10/29/04                 5.20      2,938.00
06366  HERZOG, BARRY             TAX       10/29/04    10/29/04                 0.50        262.50
05292  BECKER, GARY M.           CRED      10/04/04    10/29/04                 9.70      4,801.50
06208  DIMOS, BILL               CRED      10/11/04    10/11/04                 0.80        200.00

                  Total:                                                       19.20      9,807.00

Sub-Total Hours   :     8.70  Partners    9.70  Counsels    0.80  Associates    0.00  Legal Assts    0.00  Others

          B I L L E D   C O S T S   S U M M A R Y  ------------- Total Billed -------------
Code Description                              Oldest      Latest        Total
                                              Entry       Entry         Amount
                                              ------      ------        ------
0921  LEXIS / NEXIS ON-LINE RESEAR            10/28/04    10/28/04          4.87

                  Total:                                                    4.87

                  Grand Total                                           9,811.87
                                                                    ============

          B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/22/04 11:57:05)
                                     ------------- Billed -------------     Applied     ---- Collections ----
Bill Date  Thru Date   Bill#          Fee & OA    Disbursement    Total      From OA      Total      Date         Balance
                                                                                                                    Due
---------- ----------  ------         --------    ------------    -----      -------     -------     ----         -------
YEAR 2002
06/17/03   05/31/03    371897         1,450.00        198.00    1,648.00
08/31/03   07/31/03    375389         2,677.50           .00    2,677.50                2,677.50   12/26/03
09/30/03   08/31/03    376733           .00              .00
11/14/03   09/30/03    379590         2,138.50           .00    2,138.50                2,138.50   12/08/03
11/30/03   10/31/03    380293         2,444.00           .00    2,444.00                2,444.00   12/26/03
12/31/03   11/30/03    381784         4,425.00           .00    4,425.00                4,425.00   07/02/04
01/29/04   12/31/03    382765         4,533.50           .00    4,533.50                4,533.50   02/27/04
02/25/04   01/31/04    384579         3,544.50          1.80    3,546.30                3,546.30   02/27/04
04/30/04   02/29/04    388529           261.50           .00      261.50                  261.50   04/13/04
04/30/04   02/29/04    388529         2,233.00          4.50    2,237.50                2,237.50   06/29/04
05/27/04   04/30/04    390208         1,039.50          4.05    1,043.55                1,043.55   08/03/04
06/29/04   05/31/04    391727         2,827.50           .00    2,827.50                                         2,827.50
07/31/04   06/30/04    392045         1,667.50           .00    1,667.50                1,667.50   10/18/04
08/23/04   06/30/04    394084         1,138.50           .00    1,138.50                1,138.50   11/16/04
09/29/04   07/31/04    396938           693.00           .00      693.00                  693.00   11/16/04
10/28/04   08/31/04    398416           198.00           .00                                                       198.00
10/31/04   09/30/04    398942         1,237.50           .00                                                     1,237.50
11/22/04   10/31/04    400444         9,807.00          4.87                                                     9,811.87

                  Total:             42,316.00        213.22                           28,454.35                14,074.87
```

alp_132r: Billed Charges Analysis
Run Date & Time: 11/22/2004 11:57:05

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  19

Matter No: 056772-00005                                                    Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:   1877772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR. MOTIONS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/22/04 11:57:05)
                                 ------- Billed --------    --- Applied ---     --- Collections ---    Balance
Bill Date Thru Date Bill#         Fee & OA   Disbursement    From OA   Total          Date              Due
----------- --------- -----      ----------  ------------   -------  -------   --------------------   ---------

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    20
Run Date & Time: 11/22/2004 11:57:05                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                   Orig Prtnr  : CRED. RGTS     - 06975          Proforma Number:  1877772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency:   M
Matter Name : BANKR. MOTIONS                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

    BILLED   TIME   DETAIL
Employee Name     Work Date   Description                                                    Hours      Amount      Index#  Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/04/04 | Review pleadings and court orders, including order re 2019 motion. | 0.40 | 198.00 | 5351248 | 10/14/04 |
| DIMOS, BILL | 10/11/04 | Reviewed--Notice of Filing of Quarterly Fee Application & Notice of Motion for Relief from Automatic Stay and Related Determinations | 0.80 | 200.00 | 5353916 | 10/15/04 |
| BECKER, GARY M. | 10/24/04 | Review emergency motion to limit equity transfers and exchange emails with Bentley and Weschler re same. | 1.00 | 495.00 | 5366821 | 10/26/04 |
| BENTLEY, PHILIP | 10/24/04 | Review Debtors' emergency motion re stock trading, and trade voicemails and emails re same | 0.50 | 282.50 | 5368547 | 10/28/04 |
| BENTLEY, PHILIP | 10/25/04 | Review Debtors' stock trading motion, and discs TW, GB, BZ and JB re same | 0.90 | 508.50 | 5375474 | 11/01/04 |
| DIENSTAG, ABBE L. | 10/26/04 | Complete memo on stockholder rights and restrictions, including review of charter and pill documentation and relevant Delaware law provisions | 3.00 | 1,605.00 | 5383786 | 11/02/04 |
| BECKER, GARY M. | 10/26/04 | Conf. Bentley and Rigel re order limiting equity sales and tax issues associated with same. | 0.40 | 198.00 | 5384420 | 11/02/04 |
| BENTLEY, PHILIP | 10/27/04 | Discs TM, GB, TW and voicemail re response to stock trading motion, and work on same | 1.40 | 791.00 | 5375476 | 11/01/04 |
| BECKER, GARY M. | 10/27/04 | Conf. Bentley re equity restriction motion and research re same (1.0); conf. Bentley and Mayer re same (0.5). | 1.50 | 742.50 | 5384419 | 11/02/04 |
| BECKER, GARY M. | 10/28/04 | Research, prepare and revise memo re motion to restrict equity trading, including multiple conf. with Rigel, Bentley and Mayer re same (5.5); conf. Baer re trading restrictions (0.2) send memo to Weschler (0.1). | 5.80 | 2,871.00 | 5384418 | 11/02/04 |
| BENTLEY, PHILIP | 10/28/04 | Work on stock trading motion issues, and discs GB, and edit draft memo re same | 1.80 | 1,017.00 | 5375477 | 11/01/04 |
| BENTLEY, PHILIP | 10/29/04 | Conf call with TW, and confs ERN and GB, re Debtors' stock trading motion | 0.60 | 339.00 | 5375475 | 11/01/04 |
| BECKER, GARY M. | 10/29/04 | Conf. Rigel and Herzog re motion to impose stock trading restrictions (0.6); conf. and email with T. Maynes re potential meeting to discuss same (0.3) | 0.50 | 262.50 | 5380179 | 11/01/04 |
| HERZOG, BARRY | 10/29/04 | Further disc. and analysis re: 382 trading restrictions | | | 5383727 | 11/02/04 |

```
                                                                             Fee Total      19.20      9,807.00

                                                                             Fee Total      19.20      9,807.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   21
Run Date & Time: 11/22/2004 11:57:05

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1877772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

          B I L L E D    T I M E    D E T A I L
Employee Name                   Work Date            Description                    Hours      Amount    Index#    Batch No   Batch Date

          B I L L E D    C O S T S    D E T A I L
Description/Code                    Employee             Date                       Amount     Index#    Batch No   Batch Date

LEXIS / NEXIS ON -L                 0921
  LEXIS / NEXIS ON -L               BECKER, G M          10/28/04                    4.87      6759288   136715    11/04/04
  LEXIS / NEXIS ON -LINE RESEARCH

                                                      0921 LEXIS / NEXIS ON -L Total :  4.87


                               Costs Total :                                         4.87
```

```
alp_132r: Billed Charges Analysis                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    22
Run Date & Time: 11/22/2004 11:57:05                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                       Orig Prtnr : CRED. RGTS  - 06975               Proforma Number:      1877772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : BANKR. MOTIONS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

         B I L L E D   T I M E   S U M M A R Y                             Bill       W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
Employee Name                  Hours          Amount
DIENSTAG, ABBE L.               3.00        1,605.00
BENTLEY, PHILIP                 5.20        2,938.00
HERZOG, BARRY                   0.50          262.50
BECKER, GARY M.                 9.70        4,801.50
DIMOS, BILL                     0.80          200.00
       Total:                  19.20        9,807.00

       B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount                                     Bill       W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
0921 LEXIS / NEXIS ON -LINE R     4.87
       Costs Total :              4.87
```