```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                    PAGE    23
Run Date & Time: 11/22/2004 11:57:05                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:        1877773
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:  10/03/2004          TO:  10/29/2004
         UNBILLED DISB FROM:  10/15/2004          TO:  10/15/2004

                                      FEES                          COSTS

         GROSS BILLABLE AMOUNT:    30,310.00                       0.89
         AMOUNT WRITTEN DOWN:
              PREMIUM:
         ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                     10/15/2004
         CLOSE MATTER/FINAL BILLING?     YES    OR    NO
         EXPECTED DATE OF COLLECTION:           10/29/2004

         BILLING PARTNER APPROVAL:

              BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:

                                                          ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                       FEES:                                30,479.50          UNIDENTIFIED RECEIPTS:            0.00
              DISBURSEMENTS:                                      0.89          PAID FEE RETAINER:               0.00
              FEE RETAINER:                                       0.00          PAID DISB RETAINER:              0.00
              DISB RETAINER:                                      0.00          TOTAL AVAILABLE FUNDS:           0.00
              TOTAL OUTSTANDING:                            30,480.39          TRUST BALANCE:
                                                                               BILLING HISTORY

              DATE OF LAST BILL:      11/22/04            LAST PAYMENT DATE:            05/27/03
              LAST BILL NUMBER:        400444    ACTUAL FEES BILLED TO DATE:        30,637.00
                                                 ON ACCOUNT FEES BILLED TO DATE:          0.00
              LAST BILL THRU DATE:    10/31/04         TOTAL FEES BILLED TO DATE:     30,637.00
                                                        FEES WRITTEN OFF TO DATE:          0.00

                                                 Write Down/Up Reason Codes:

              FOR ACCTG USE ONLY:     (1)  Exceeded Fixed Fee        (4)  Excessive Legal Time     (7)  Fixed Fee
                                      (2)  Late Time & Costs Posted  (5)  Business Development      (8)  Premium
                                      (3)  Pre-arranged Discount     (6)  Summer Associate          (9)  Rounding       (10) Client Arrangement

              BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____          CRC: _____
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/22/2004 11:57:05

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1877773
Bill Frequency: M

Status       : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Amount |
|--------|---------------|-------|--------|--------|-------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 10/04/04 | 10/22/04 | 22.10 | 12,486.50 |
| 03976 | MAYER, THOMAS MOERS | CRED | 10/18/04 | 10/29/04 | 5.60 | 3,864.00 |
| 05292 | BECKER, GARY M. | CRED | 10/03/04 | 10/28/04 | 28.10 | 13,909.50 |
| 06228 | KOEVARY, JONATHAN T | CRED | 10/11/04 | 10/11/04 | 0.20 | 50.00 |

Total: 56.00   30,310.00

Sub-Total Hours :   27.70 Partners   28.10 Counsels   0.20 Associates   0.00 Legal Assts   0.00 Others

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0885 | LONG-DISTANCE TEL. | 10/15/04 | 10/15/04 | 0.89 |

Total   0.89

Grand Total   30,310.89

**B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/22/04 11:57:05)**

| Bill Date Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Collections | Date | Balance Due |
|---------------------|-------|----------|--------------|-----------------|-------------|------|-------------|
| 03/19/03 02/28/03 | 367178 | 157.50 | .00 | .00 | 157.50 | 05/27/03 | |
| 10/31/04 09/30/04 | 398942 | 169.50 | .00 | | .00 | | 169.50 |
| 11/22/04 10/31/04 | 400444 | 30,310.00 | .89 | | .00 | | 30,310.89 |

Total:   30,637.00   .89   157.50   30,480.39

alp_132r: Billed Charges Analysis
Run Date & Time: 11/22/2004 11:57:05

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

| | | | | | | |
|---|---|---|---|---|---|---|
| Matter No: 056772-00007 | | | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: | 1877773 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | | | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M | |
| Matter Name : REORGANIZATION PLAN | | | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | |
| Matter Opened : 07/27/2001 | | | | | Status : ACTIVE | |

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/03/04 | Review debtors proposed plan and prepare memo to equity committee summarizing same. | 2.10 | 1,039.50 | 5351251 | 10/14/04 |
| BECKER, GARY M. | 10/04/04 | Prepare for and conf. with Weschler and emails related to same (1.5); prepare and revise memo to equity committee re plan (1.3); conf. Bentley re plan issues (0.5); second conf. Weschler (0.3); call J. Baer re plan (0.1); conf. with B. Rigel re tax issues in plan (0.4). | 4.10 | 2,029.50 | 5351249 | 10/14/04 |
| BENTLEY, PHILIP | 10/04/04 | Review Debtors' draft plan, disc TW and GB and review and edit memo to committee re same (0.3); conf. Becker re plan status (0.3); call Weschler re plan issues in plan (0.3). | 3.00 | 1,695.00 | 5363962 | 10/25/04 |
| BECKER, GARY M. | 10/05/04 | Revise and send memo to Equity Committee re plan (1.0); conf. J. Baer re plan issues (0.4). | 1.40 | 693.00 | 5351250 | 10/14/04 |
| BECKER, GARY M. | 10/06/04 | Conf. Bentley re plan issues (0.1); email Weschler re plan issues (0.1). | 0.20 | 99.00 | 5351253 | 10/14/04 |
| BECKER, GARY M. | 10/07/04 | Review draft plan (1.0); conf. Bentley re changes (0.3); conf. Debtor re changes to plan (0.3); call Weschler re plan changes (0.4). | 2.00 | 990.00 | 5351252 | 10/14/04 |
| BENTLEY, PHILIP | 10/10/04 | Trade emails re Debtors' draft plan | 0.10 | 56.50 | 5363967 | 10/25/04 |
| KOEVARY, JONATHAN T | 10/10/04 | Research Federal Judgment Rate. | 0.20 | 50.00 | 5350194 | 10/13/04 |
| BECKER, GARY M. | 10/11/04 | Review draft plan (0.3) Conf. Koevary re post petition interest question (0.3); email Bentley re same (0.1); call Weschler re same (0.1). | 0.80 | 396.00 | 5351254 | 10/14/04 |
| BECKER, GARY M. | 10/13/04 | Review proposed POR and supporting documents | 1.60 | 792.00 | 5364435 | 10/26/04 |
| BECKER, GARY M. | 10/14/04 | Review trust agreement and disclosure statement (1.4); conf. Bentley re same (0.5); conf. Rigel re tax issues in plan (0.4); call Kirkland re tax issues in plan (0.2) | 2.50 | 1,237.50 | 5364434 | 10/26/04 |
| BENTLEY, PHILIP | 10/17/04 | Discs TW, and notes, re plan issues | 0.90 | 508.50 | 5368539 | 10/28/04 |
| MAYER, THOMAS MOERS | 10/18/04 | Conference with P. Bentley; briefing on plan negotiations company/Asbestosis plaintiffs, potential fight to unseat board, discuss Manville line of cases. | 0.40 | 276.00 | 5375694 | 11/01/04 |
| BECKER, GARY M. | 10/19/04 | Review plan proposal from Weschler and conf. Bentley re same. | 1.10 | 544.50 | 5366822 | 10/26/04 |
| MAYER, THOMAS MOERS | 10/19/04 | Review cases on shareholder meetings in bankruptcy | 0.50 | 345.00 | 5375694 | 11/01/04 |
| BECKER, GARY M. | 10/20/04 | Series of meetings with Bentley and Mayer and calls with Weschler re new proposal and potential committee response including reviews of plan of reorganization and disclosure statement. | 6.00 | 2,970.00 | 5366824 | 10/26/04 |

alp_l32r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:05

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    26

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1877773
Bill Frequency: M

Status    : ACTIVE

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/20/04 | Extensive discs TM, GB, TW, EN and AD re plan and related issues; prepare for tomorrow's meeting with Grace | 4.40 | 2,486.00 | 5368540 | 10/28/04 |
| MAYER, THOMAS MOERS | 10/20/04 | Call with King Street Capital, substantial equity holder (.3); further conferences Bentley, Becker re status of plan negotiations in advance of 10/21 meeting with management (.5). | 0.30 | 207.00 | 5375695 | 11/01/04 |
| BECKER, GARY M. | 10/21/04 | Prepare for and attend meeting with Grace management re proposed plan and associated pre and post meeting conferences with Bentley and Weschler, including work while traveling. | 6.00 | 2,970.00 | 5368823 | 10/26/04 |
| BENTLEY, PHILIP | 10/21/04 | Conf at Grace's headquarters re plan negotiations, and confs TW and GB re same; review OC expert reports and pleadings, and outline asbestos litigation and plan issues | 10.60 | 5,989.00 | 5368541 | 10/28/04 |
| BENTLEY, PHILIP | 10/22/04 | Committee call (0.7), and discs TW, EN, GAH, K. Pasquale, GB and BO'N, re plan/asbestos litigation issues | 3.10 | 1,751.50 | 5368542 | 10/28/04 |
| MAYER, THOMAS MOERS | 10/27/04 | Conference with P. Bentley, G. Becker re status of plan negotiations, motion to freeze stock trading (.7); review emails from T. Weschler re trading freeze, respond with article re same (.4); call B. Herzog re tax review (.3). | 1.40 | 966.00 | 5374325 | 11/01/04 |
| MAYER, THOMAS MOERS | 10/28/04 | Review materials on plan in preparation for Friday's conference call with T. Weschler. | 1.00 | 690.00 | 5374324 | 11/01/04 |
| BECKER, GARY M. | 10/28/04 | Conf. Baer re plan issues (0.3). | 0.30 | 148.50 | 5384422 | 11/02/04 |
| MAYER, THOMAS MOERS | 10/29/04 | Further review plan materials (.5); conference call with T. Weschler, W.R. Grace team (1.) re plan negotiations and trading freeze; further conferences G. Becker re setting up conference call with Debtors on trading freeze (.5). | 2.00 | 1,380.00 | 5374323 | 11/01/04 |

Fee Total | | | 56.00 | 30,310.00

Fee Total | | | 56.00 | 30,310.00

## BILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| LONG-DISTANCE TEL. 3128612485 | LONG-DISTANCE TEL. 0885 | RIGEL, B R | 10/15/04 | 0.30 | 6742096 | 135822 | 10/22/04 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    18777773
Bill Frequency: M

Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| 3128612485 | | | | | | |
| LONG-DISTANCE TEL. | RIGEL, B R | 10/15/04 | 0.59 | 6742097 | 135822 | 10/22/04 |
| 0885 LONG-DISTANCE TEL. Total : | | | 0.89 | | | |
| Costs Total : | | | 0.89 | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    28

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      1877773
Bill Frequency: M

Status    : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 22.10 | 12,486.50 | | | | | |
| MAYER, THOMAS MOERS | 5.60 | 3,864.00 | | | | | |
| BECKER, GARY M. | 28.10 | 13,909.50 | | | | | |
| KOEVARY, JONATHAN T | 0.20 | 50.00 | | | | | |
| Total: | 56.00 | 30,310.00 | | | | | |

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0885 | LONG-DISTANCE TEL. | 0.89 | | | | | |
| | Costs Total : | 0.89 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   29

Run Date & Time: 11/22/2004 11:57:06

Matter No: 056772-00008          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:          1877774
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------
                                    PRE-BILLING SUMMARY REPORT

                              FEES                                          COSTS

UNBILLED TIME FROM:    10/22/2004              TO:    10/29/2004
UNBILLED DISB FROM:    10/29/2004              TO:    10/29/2004

GROSS BILLABLE AMOUNT:                  1,602.00                                    9.56
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                              10/29/2004
CLOSE MATTER/FINAL BILLING?     YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495              10/29/2004              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------
ACCOUNTS RECEIVABLE TOTALS                UNIDENTIFIED RECEIPTS:          0.00                UNAPPLIED CASH
                                          PAID FEE RETAINER:             0.00
    FEES:                    3,133.50      PAID DISB RETAINER:            0.00
    DISBURSEMENTS:               9.56      TOTAL AVAILABLE FUNDS:         0.00
    FEE RETAINER:                0.00      TRUST BALANCE:
    DISB RETAINER:               0.00      BILLING HISTORY
    TOTAL OUTSTANDING:       3,143.06
                                          LAST PAYMENT DATE:          11/16/04
    DATE OF LAST BILL:       11/22/04      ACTUAL FEES BILLED TO DATE:        64,643.50
    LAST BILL NUMBER:         404444      ON ACCOUNT FEES BILLED TO DATE:        0.00
                                          TOTAL FEES BILLED TO DATE:        64,643.50
    LAST BILL THRU DATE:     10/31/04      FEES WRITTEN OFF TO DATE:         222.00

FOR ACCT'G USE ONLY:
    Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development         (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_112r: Billed Charges Analysis
Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   30

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:            1877774
Bill Frequency: M

Status   : ACTIVE

### BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 10/22/04 | 10/29/04 | 1.70 | 841.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 10/27/04 | 10/29/04 | 3.90 | 760.50 |
| | Total: | | | | 5.60 | 1,602.00 |

Sub-Total Hours :   0.00 Partners   1.70 Counsels   0.00 Associates   3.90 Legal Assts   0.00 Others

### BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0930 | MESSENGER/COURIER | 10/29/04 | 10/29/04 | 9.56 |
| | Total | | | 9.56 |

Grand Total   1,611.56

### BILLING & PAYMENT HISTORY (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Total | Applied From OA | Collections -- | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | | YEAR 2001 | | | | | |
| | | | | YEAR 2002 | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 10,165.00 | 191.48 | 10,356.48 | | | 03/25/03 | |
| 02/20/03 | 01/31/03 | 355684 | 33,105.00 | 183.14 | 33,288.14 | | | 04/11/03 | |
| 03/19/03 | 02/28/03 | 371178 | 805.50 | .00 | 805.50 | | | 03/25/03 | |
| | | | 838.00 | .00 | 838.00 | | | 04/11/03 | |
| | | | 2,266.00 | 12.08 | 2,278.08 | | | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 670.00 | 13.48 | 683.48 | | | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 851.00 | .00 | 851.00 | | | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,033.00 | .00 | 1,033.00 | | | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373781 | 708.50 | .00 | 708.50 | | | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375589 | 203.50 | .00 | 203.50 | | | 05/10/04 | |
| 09/30/03 | 08/31/03 | 376773 | 1,059.50 | 28.04 | 1,087.54 | | | 12/08/03 | |
| 10/31/03 | 09/30/03 | 379590 | 687.50 | .00 | 687.50 | | | 12/26/03 | |
| 11/14/03 | 10/31/03 | 380223 | 240.50 | .00 | 240.50 | | | 07/02/04 | |
| 11/30/03 | 11/30/03 | 381784 | 962.00 | .00 | 962.00 | | | 02/27/04 | |
| 12/31/03 | 11/30/03 | 382765 | 2,080.00 | .00 | 2,080.00 | | | 07/02/04 | |
| 01/29/04 | 12/31/03 | 384579 | 1,758.00 | .00 | 1,758.00 | | | 10/18/04 | |
| 02/25/04 | 01/31/04 | 385529 | 951.00 | .00 | 951.00 | | | 10/18/04 | |
| 03/30/04 | 02/29/04 | 390208 | 78.00 | .00 | 78.00 | | | 08/03/04 | |
| 04/30/04 | 03/31/04 | 392045 | 939.00 | .00 | 939.00 | | | 10/18/04 | |
| 05/27/04 | 04/30/04 | 394084 | 1,170.00 | .00 | 1,170.00 | | | 11/16/04 | |
| 07/31/04 | 06/30/04 | 396938 | 939.00 | .00 | 939.00 | | | 11/16/04 | |
| 08/23/04 | 07/31/04 | | .00 | .00 | .00 | | | | |
| 09/29/04 | 08/31/04 | | .00 | .00 | .00 | | | | |
| 10/28/04 | 08/31/04 | 398416 | 1,110.00 | .00 | 1,110.00 | | | | 1,110.00 |

alp_l32r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    31

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1877774
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

B I L L I N G   &   P A Y M E N T    H I S T O R Y   (Reflects Payments As of 11/22/04 11:57:06)

| | | ---- Billed ---- | | Applied | ---- Collections ---- | Balance |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Due |
|-----------|-----------|--------|----------|--------------|---------|-------|------|-----|
| 10/31/04 | 09/30/04 | 398942 | 421.50 | .00 | | .00 | | 421.50 |
| 11/22/04 | 10/31/04 | 400444 | 1,602.00 | 9.56 | | .00 | | 1,611.56 |
| | Total: | | 64,643.50 | 437.78 | | 61,938.22 | | 3,143.06 |

alp.132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    32

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1877774
Bill Frequency: M

Status        : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/22/04 | Review and revise fee application. | 0.40 | 198.00 | 5366825 | 10/26/04 |
| MANGUAL, KATHLEEN | 10/27/04 | disc/w GB re: interim; coordinate w/ accounting (.30) | 0.30 | 58.50 | 5383092 | 11/02/04 |
| BECKER, GARY M. | 10/27/04 | Email from fee auditor and conf. mangual re same (0.3) | 0.30 | 148.50 | 5384424 | 11/02/04 |
| MANGUAL, KATHLEEN | 10/28/04 | draft Aug monthly fee application (.90); review ledger and pacer (.40); draft cover ltr to local counsel and attend to service (.30) | 1.60 | 312.00 | 5383093 | 11/02/04 |
| BECKER, GARY M. | 10/28/04 | Review and execute fee application and conf. Mangual re same. | 0.40 | 198.00 | 5384423 | 11/02/04 |
| BECKER, GARY M. | 10/29/04 | Review September monthly fee application and conf. Mangual re same | 0.60 | 297.00 | 5380180 | 11/01/04 |
| MANGUAL, KATHLEEN | 10/29/04 | draft interim fee application (1.4); several email exchanges w/ local counsel (.30); email S. Bossay word format of interim (.10 ); pdf such to counsel (.20) | 2.00 | 390.00 | 5383094 | 11/02/04 |

Fee Total                         5.60        1,602.00

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No   Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER      0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | MANGUAL, K M | 10/29/04 | 9.56 | 6750563 | 136137   10/29/04 |

0930 MESSENGER/COURIER Total :            9.56

Costs Total :            9.56

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    33

Matter No: 056772-00008
Client Name : W.R. GRACE & CO.  EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          18777774
Bill Frequency: M

Status        : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.70 | 841.50 | | | | | | |
| MANGUAL, KATHLEEN | 3.90 | 760.50 | | | | | | |
| Total: | 5.60 | 1,602.00 | | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0930 MESSENGER/COURIER | 9.56 | | | | | | |
| Costs Total : | 9.56 | | | | | | |

alp_l13zr: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   34

Matter No: 056772-00009
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

------- PRE-BILLING SUMMARY REPORT -------

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | TO: | |
| UNBILLED DISB FROM: | TO: | |

UNIDENTIFIED RECEIPTS:
PAID FEE RETAINER:
PAID DISB RETAINER:
TOTAL AVAILABLE FUNDS:
TRUST BALANCE:

UNAPPLIED CASH

GROSS BILLABLE AMOUNT:               0.00                                                    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

----- ACCOUNTS RECEIVABLE TOTALS -----                    ----- BILLING HISTORY -----

| | FEES | |
|---|---|---|
| | 136.50 | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 136.50 | TOTAL AVAILABLE FUNDS: | 0.00 |

DATE OF LAST BILL:          11/22/04          LAST PAYMENT DATE:              09/13/02
LAST BILL NUMBER:           391727            ACTUAL FEES BILLED TO DATE:     5,569.00
                                              ON ACCOUNT FEES BILLED TO DATE:     0.00
LAST BILL THRU DATE:        05/31/04          TOTAL FEES BILLED TO DATE:      5,569.00
                                              FEES WRITTEN OFF TO DATE:         150.00

FOR ACCT'G USE ONLY:          Write Downs/Up Reason Codes:

     (1)  Exceeded Fixed Fee          (4)  Excessive Legal Time          (7)  Fixed Fee
     (2)  Late Time & Costs Posted    (5)  Business Development          (8)  Premium
     (3)  Pre-arranged Discount       (6)  Summer Associate             (9)  Rounding          (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____          Processed by: _____          FRC: _____          CRC: _____

alp.132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    35

Matter No: 056772-00009
Client Name : W.R. GRACE & CO.   EQUITY COMMITTEE
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

**B I L L I N G  &  P A Y M E N T   H I S T O R Y** (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date Thru Date Bill# | | Billed | | ---- Collections ---- | | |
|---|---|---|---|---|---|---|
| | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
| 06/29/04 05/31/04  391727 | | 120.78 | 5,553.28 | 5,553.28 | | |
| YEAR 2001 | 5,432.50 | 120.78 | 5,553.28 | | | |
| YEAR 2002 | .00 | .00 | .00 | | | |
| | 136.50 | .00 | .00 | | | 136.50 |
| Total: | 5,569.00 | 120.78 | 5,553.28 | | | 136.50 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   36

Run Date & Time: 11/22/2004 11:57:06

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:          18777775
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

|                        | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: 10/07/2004 | TO: 10/29/2004 | |
| UNBILLED DISB FROM: | TO: 10/29/2004 | |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 33,341.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:                BENTLEY PHILIP - 02495          10/29/2004

BILLING COMMENTS:                        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH
-----------------------------                                ----------------
FEES:                   42,927.90          UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:             136.24          PAID FEE RETAINER:              0.00
FEE RETAINER:                0.00          PAID DISB RETAINER:             0.00
DISB RETAINER:               0.00          TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:      43,064.14          TRUST BALANCE:
                                           BILLING HISTORY
                                           ---------------
DATE OF LAST BILL:      11/22/04           LAST PAYMENT DATE:            11/16/04
LAST BILL NUMBER:         400444           ACTUAL FEES BILLED TO DATE:   218,653.50
                                   ON ACCOUNT FEES BILLED TO DATE:        0.00
                                      TOTAL FEES BILLED TO DATE:        218,653.50
LAST BILL THRU DATE:    10/31/04        FEES WRITTEN OFF TO DATE:         4,417.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
                             (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
(1) Exceeded Fixed Fee       (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
(2) Late Time & Costs Posted (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding                (10) Client Arrangement
(3) Pre-arranged Discount

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

alp_131r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  37

Run Date & Time: 11/22/2004 11:57:06

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:              18777775
Bill Frequency: M

Status : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------------|--------|
| 00336 | ECKSTEIN, KENNETH H. | CRED | 10/18/04 | 10/18/04 | 2.10 | 1,522.50 |
| 00720 | NADLER, ELLEN R. | LITI | 10/18/04 | 10/29/04 | 12.40 | 7,812.00 |
| 02495 | BENTLEY, PHILIP | CRED | 10/15/04 | 10/29/04 | 29.30 | 16,554.50 |
| 07850 | HOROWITZ, GREGORY A. | LITI | 10/22/04 | 10/29/04 | 4.50 | 2,362.50 |
| 05292 | BECKER, GARY M. | CRED | 10/22/04 | 10/29/04 | 3.00 | 1,485.00 |
| 06228 | KOEVARY, JONATHAN T | CRED | 10/20/04 | 10/29/04 | 7.40 | 1,850.00 |
| 05208 | MANGUAL, KATHLEEN | CRED  PARAPROFESSIONALS | 10/07/04 | 10/07/04 | 9.00 | 1,755.00 |

Total:   67.70   33,341.50

Sub-Total Hours :   48.30 Partners   3.00 Counsels   7.40 Associates   9.00 Legal Assts   0.00 Others

Total:   67.70

## B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Total | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|-------------------|------|-------------|
| YEAR 2001 | | | 44,026.00 | 5,710.65 | | 49,736.65 | | | |
| | | | 78,495.50 | 6,097.88 | | 84,593.38 | | | |
| YEAR 2002 | | | | | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 1,025.00 | .00 | | 1,025.00 | 1,025.00 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 6,254.00 | 23.10 | | 6,277.10 | 6,277.10 | 02/23/03 | |
| 03/13/03 | 02/28/03 | 367178 | 6,230.00 | 2.70 | | 6,232.70 | 6,232.70 | 02/23/03 | |
| 04/23/03 | 03/31/03 | 369330 | 19,960.50 | .00 | | 19,960.50 | 19,960.50 | 02/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 2,181.50 | 14.00 | | 2,195.50 | 2,195.50 | 02/26/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,659.50 | .00 | | 1,659.50 | 1,659.50 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 2,845.50 | 1.79 | | 2,847.29 | 2,847.29 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 533.50 | 4.69 | | 538.19 | 538.19 | 05/10/04 | |
| 11/14/03 | 09/30/03 | 379590 | 1,627.50 | .00 | | 1,627.50 | 1,627.50 | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 210.00 | .00 | | 210.00 | 210.00 | 07/02/04 | |
| 01/29/04 | 12/11/03 | 382765 | 582.00 | .00 | | 582.00 | 582.00 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 56.50 | .00 | | 56.50 | 56.50 | 10/18/04 | |
| 04/30/04 | 02/29/04 | 388529 | 745.00 | .00 | | 745.00 | 745.00 | 10/18/04 | |
| 05/27/04 | 04/30/04 | 390208 | 2,282.00 | 48.51 | | 2,330.51 | 2,330.51 | 08/03/04 | |
| 06/29/04 | 05/31/04 | 391727 | 2,205.50 | 110.25 | | 2,315.75 | | | 2,315.75 |
| 07/31/04 | 06/30/04 | 392045 | .00 | 18.84 | | 18.84 | 18.84 | 10/18/04 | |
| 08/23/04 | 06/30/04 | 394084 | 11,360.50 | 22.83 | | 11,383.33 | 6,990.43 | 11/16/04 | 4,392.90 |
| 09/29/04 | 07/31/04 | 396938 | 417.00 | .00 | | 417.00 | 417.00 | 11/16/04 | |
| 10/28/04 | 08/31/04 | 398416 | .00 | 2,055.50 | 4.37 | 2,059.87 | | | 2,059.87 |
| 10/31/04 | 09/30/04 | 398942 | 932.50 | 21.62 | | 954.12 | | | 954.12 |
| 11/22/04 | 10/31/04 | 400444 | 33,341.50 | .00 | | 33,341.50 | | | 33,341.50 |

Total:   218,531.00   12,566.73      188,033.59      43,064.14

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/22/2004 11:57:06

PAGE  38

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

| | | | | | Orig Prtnr : CRED. RGTS - 06975 | | Proforma Number: 1877775 | |
| | | | | | Bill Prtnr : BENTLEY PHILIP - 02495 | | Bill Frequency: M | |
| | | | | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | | |

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | ACTIVE |
| MANGUAL, KATHLEEN | 10/07/04 | retrieval of xray related briefs/docs (.70) | 0.70 | 136.50 | 5383085 | 11/02/04 | |
| BENTLEY, PHILIP | 10/15/04 | Discs TW, MDB, KE, ERN, GAH and KM re asbestos issues, and work on same | 4.80 | 2,712.00 | 5368565 | 10/28/04 | |
| MANGUAL, KATHLEEN | 10/15/04 | retrieval of various expert reports; organize various pleadings; request 10K, disc/W PB re: project (1.2) | 1.20 | 234.00 | 5366693 | 10/28/04 | |
| NADLER, ELLEN R. | 10/18/04 | Email exchanges w/P. Bentley and G. Horowitz re: possible experts (1.00); review of report by potential expert (.50) | 1.50 | 945.00 | 5357857 | 10/19/04 | |
| BENTLEY, PHILIP | 10/18/04 | Review OC expert reports and x-ray motion; discs GAH, voicemail TW, AD and MDB, trade emails re asbestos and P or R issues | 3.80 | 2,147.00 | 5368544 | 10/28/04 | |
| MANGUAL, KATHLEEN | 10/18/04 | distribution of expert reports per PB (.60) | 0.60 | 117.00 | 5368694 | 10/28/04 | |
| ECKSTEIN, KENNETH H. | 10/18/04 | c/W P Bentley re issues, estimation strategy issues, case strategies (.8); review materials in case (1.3) | 2.10 | 1,522.50 | 5391026 | 11/09/04 | |
| NADLER, ELLEN R. | 10/19/04 | Emails and voicemails re: possible experts on estimation (.40) | 0.40 | 252.00 | 5358927 | 10/20/04 | |
| BENTLEY, PHILIP | 10/19/04 | Discs GH, TW, TM and K. Pasquale re plan negotiation and asbestos issues, review docs, and work on same | 5.90 | 3,333.50 | 5368543 | 10/28/04 | |
| NADLER, ELLEN R. | 10/20/04 | Telecon P Bentley re: developments, expert retention (.30); begin review of pertinent materials (1.50) | 1.80 | 1,134.00 | 5361043 | 10/21/04 | |
| KOEVARY, JONATHAN T | 10/20/04 | Begin research of state asbestos legislation. | 0.30 | 75.00 | 5361435 | 10/21/04 | |
| NADLER, ELLEN R. | 10/21/04 | Telecons w/potential experts for the asbestos estimation (1.20) and emails to PB, GH re: same (.50) | 1.70 | 1,071.00 | 5362609 | 10/22/04 | |
| KOEVARY, JONATHAN T | 10/21/04 | Research state based asbestos related tort reform legislation. | 5.00 | 1,250.00 | 5363021 | 10/22/04 | |
| BECKER, GARY M. | 10/22/04 | Directions to Koevary re expert retention. | 0.50 | 247.50 | 5368826 | 10/26/04 | |
| HOROWITZ, GREGORY A. | 10/22/04 | Committee conference call; with PB, ERN re asbestos experts (1.0) | 1.00 | 525.00 | 5369852 | 10/28/04 | |
| MANGUAL, KATHLEEN | 10/22/04 | preparation of expert reports; draft index (.80) | 0.80 | 156.00 | 5383087 | 11/02/04 | |
| BENTLEY, PHILIP | 10/24/04 | Review docs re asbestos issues | 1.00 | 565.00 | 5368546 | 10/28/04 | |
| BENTLEY, PHILIP | 10/25/04 | Review OC expert reports and other docs re asbestos litigation issues | 2.50 | 1,412.50 | 5375470 | 11/01/04 | |
| NADLER, ELLEN R. | 10/26/04 | Cont. call w/P. Bentley re: issues/strategies (2.00); continue review of docs. (.50) | 1.70 | 1,071.00 | 5367700 | 10/27/04 | |
| KOEVARY, JONATHAN T | 10/26/04 | Prepare expert application | 0.50 | 125.00 | 5369436 | 10/28/04 | |
| BENTLEY, PHILIP | 10/26/04 | Discs MDB, KE, ERN, and review docs, re asbestos issues | 1.60 | 904.00 | 5375468 | 11/01/04 | |

alp_132r: Billed Charges Analysis
Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   39

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:           18777775
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976  Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/26/04 | Review expert retention documents and conf. Koevary and Shea re same. | 0.60 | 297.00 | 5384421 | 11/02/04 |
| NADLER, ELLEN R. | 10/27/04 | Telecon Bentley re: issues and strategies and related email exchanges (1.00) | 1.00 | 630.00 | 5368997 | 10/28/04 |
| HOROWITZ, GREGORY A. | 10/27/04 | Tcs Philip Bentley, e-mails to/from same re asbestos experts (1.5). | 1.50 | 787.50 | 5369853 | 10/28/04 |
| BENTLEY, PHILIP | 10/27/04 | Discs ERN, GAH, TW, GB and trade emails re asbestos litigation issues and work on same | 2.90 | 1,638.50 | 5375471 | 11/01/04 |
| MANGUAL, KATHLEEN | 10/27/04 | organization of expert reports; draft index; (1.7); retrieval of various request for pleadings and dosc per GB, JL and PB (.90) | 2.60 | 507.00 | 5383088 | 11/02/04 |
| NADLER, ELLEN R. | 10/28/04 | Team meeting w/Phil Bentley, Greg Horowitz to map out asbestos estimate strategies and allied issues (2.00); begin review of certain pertinent reports (.80) | 2.80 | 1,764.00 | 5370628 | 10/29/04 |
| KOEVARY, JONATHAN T | 10/28/04 | Review informational brief, .3. Prepare expert applications, 3. | 0.60 | 150.00 | 5373462 | 10/31/04 |
| BENTLEY, PHILIP | 10/28/04 | Confs ERN, GAH and GB, re asbestos litigation issues, review docs, and work on same | 4.40 | 2,486.00 | 5375469 | 11/01/04 |
| BECKER, GARY M. | 10/28/04 | Meeting Bentley and Nadler re asbestos estimation witnesses. | 0.40 | 198.00 | 5364425 | 11/02/04 |
| BENTLEY, PHILIP | 10/29/04 | Conf call with TW, and confs ERN and GB, re asbestos litigation issues; review docs re same | 2.40 | 1,356.00 | 5375472 | 11/01/04 |
| BECKER, GARY M. | 10/29/04 | Conf. with potential expert witness re retention and associated conf. with Koevary and Caton re retention application | 1.50 | 742.50 | 5380181 | 11/01/04 |
| MANGUAL, KATHLEEN | 10/29/04 | Retrieval of equity committee by-laws (.20); research pacer for omnibus hearing dates and procedures (.80); draft cover letter to G. Bamberger organization of various pleading's and docs to send Bamberger (1.01); retrieval of various pleading's from docket per PB (.80); | 3.10 | 604.50 | 5383090 | 11/02/04 |
| HOROWITZ, GREGORY A. | 10/29/04 | Follow-up with Bentley and Becker and teleconference potential expert (1.30); review e-mail from P.B. re Libby mine (.20); | 2.00 | 1,050.00 | 5388983 | 11/05/04 |
| NADLER, ELLEN R. | 10/29/04 | Committee call re asbestos experts (2.0) retrieval of Indemnity docs per JK (.30) | 1.50 | 945.00 | 5410294 | 11/04/04 |
| KOEVARY, JONATHAN T | 10/29/04 | Draft expert applications, 1.0 | 1.00 | 250.00 | 5410295 | 11/04/04 |

Fee Total       67.70    33,341.50

Fee Total       67.70    33,341.50

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    40

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:     1877775
Bill Frequency: M

Status    : ACTIVE

| BILLED TIME SUMMARY | | | | | | | |
| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ECKSTEIN, KENNETH H. | 2.10 | 1,522.50 | | | | | |
| NADLER, ELLEN R. | 12.40 | 7,812.00 | | | | | |
| BENTLEY, PHILIP | 29.30 | 16,554.50 | | | | | |
| HOROWITZ, GREGORY A. | 4.50 | 2,362.50 | | | | | |
| BECKER, GARY M. | 3.00 | 1,485.00 | | | | | |
| KOEVARY, JONATHAN T | 7.40 | 1,850.00 | | | | | |
| MANGUAL, KATHLEEN | 9.00 | 1,755.00 | | | | | |
| Total: | 67.70 | 33,341.50 | | | | | |

alp_132i: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   41

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:        1877776
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976  Status        : ACTIVE

**Special Billing Instructions:**

**PRE-BILLING SUMMARY REPORT**

| | | FEES | COSTS |
|---|---|---|---|
| UNBILLED TIME FROM: | | | |
| UNBILLED DISB FROM: | 10/31/2004 | | 10/31/2004 |

| | | |
|---|---|---|
| TO: | | |
| TO: | 10/31/2004 | |

GROSS BILLABLE AMOUNT:                                    0.00           61.21
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?         YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:           BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNIDENTIFIED RECEIPTS: | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 247.50 | | |
| DISBURSEMENTS: | 61.21 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 308.71 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:          11/22/04         LAST PAYMENT DATE:             10/18/04
LAST BILL NUMBER:           400444 ACTUAL   FEES BILLED TO DATE:           76,233.00
                            ON ACCOUNT      FEES BILLED TO DATE:           76,233.00
                                            TOTAL FEES BILLED TO DATE:     76,233.00
LAST BILL THRU DATE:                        FEES WRITTEN OFF TO DATE:       1,600.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee         (4) Excessive Legal Time        (7) Fixed Fee           (10) Client Arrangement
(2) Late Time & Costs Posted   (5) Business Development         (8) Premium
(3) Pre-arranged Discount      (6) Summer Associate            (9) Rounding

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp.132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    42

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        18777776
Bill Frequency: M

Status        : ACTIVE

B I L L E D   C O S T S   S U M M A R Y --------------------

| Code | Description | ----- Oldest ----- | ----- Latest ----- | ---- Total Billed ---- | |
| | | Entry | Entry | Total | Amount |
| 0917 | WESTLAW ON - LINE RESEARCH | 10/31/04 | 10/31/04 | | 61.21 |
| | Total | | | | 61.21 |
| | Grand Total | | | | 61.21 |

| | | | | ========= |

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date Thru Date Bill# | --------- Billed --------- | | ---- Collections ---- | | |
| | Fee & OA | Disbursement | Applied | Total | Date | Balance Due |
| | | | From OA | | | |
| YEAR 2001 | | | | | | |
| YEAR 2002 | 2,212.50 | 389.75 | | 2,602.25 | | |
| 01/31/03 12/31/02 364671 | 66,342.00 | 550.91 | | 66,892.91 | | |
| 01/30/03 12/31/03 364671 | 2,601.00 | 83.50 | | 2,684.50 | 08/19/03 | |
| 02/20/03 01/31/03 365684 | 1,638.50 | .00 | | 1,638.50 | 10/23/03 | |
| 03/19/03 02/28/03 367178 | 672.00 | .00 | | 672.00 | 10/23/03 | |
| 05/16/03 04/30/03 370445 | 100.50 | 926.30 | | 1,026.80 | 12/26/03 | |
| 06/17/03 05/31/03 371897 | 167.50 | .00 | | 167.50 | 12/26/03 | |
| 12/31/03 11/30/03 381784 | 443.50 | .00 | | 443.50 | 02/27/04 | |
| 04/30/04 02/29/04 388529 | 1,186.50 | .00 | | 1,186.50 | 10/18/04 | |
| 05/27/04 04/30/04 390208 | 621.50 | .00 | | 621.50 | 08/03/04 | |
| 08/23/04 06/30/04 394084 | 247.50 | .00 | | .00 | | 247.50 |
| 11/22/04 10/31/04 400444 | .00 | 61.21 | | .00 | | 61.21 |
| Total: | 76,233.00 | 2,011.67 | | 77,935.96 | | 308.71 |