alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    43

Matter No: 056772-00013                           Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1877776
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03376
Matter Opened : 07/27/2001                                                               Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| WESTLAW ON - LINE RE | | | | | | |
| WESTLAW ON - LINE RE | | | | | | |
| 0917 | DIMOS, B D | 10/31/04 | 61.21 | 6754574 | 136269 | 11/01/04 |
| | 0917 WESTLAW ON - LINE RE Total : | | 61.21 | | | |

Costs Total :                                                          61.21

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    44

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1877776
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

B I L L E D     C O S T S     S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0917 | WESTLAW ON - LINE RESEARC | 61.21 | | | | | |
| | Costs Total : | 61.21 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    45

Matter No: 056772-00015        Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001        Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | TO: | |
| UNBILLED DISB FROM: | TO: | |

GROSS BILLABLE AMOUNT:            0.00                    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| ACCOUNTS RECEIVABLE TOTALS | | UNIDENTIFIED RECEIPTS: | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 1,962.60 | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID DISB RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL TRUST BALANCE: | |
| TOTAL OUTSTANDING: | 1,962.60 | | |

BILLING HISTORY
---------------

DATE OF LAST BILL:        11/22/04    LAST PAYMENT DATE:        11/16/04
LAST BILL NUMBER:        396938    ACTUAL FEES BILLED TO DATE:        7,703.00
                            ON ACCOUNT FEES BILLED TO DATE:        7,703.00
LAST BILL THRU DATE:        07/31/04    PAID FEE RETAINER:        0.00
                            TOTAL FEES BILLED TO DATE:        7,703.00
                            FEES WRITTEN OFF TO DATE:        0.00

FOR ACCT'G USE ONLY:        Write Down/Up Reason Codes:
                            ----------------------------
(1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee            (10) Client Arrangement
(2) Late Time & Costs Posted        (5) Business Development        (8) Premium
(3) Pre-arranged Discount            (6) Summer Associate            (9) Rounding

BILL NUMBER:_____        Processed by:_____        FRC:_____

DATE OF BILL:_____        CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   46

Matter No: 056772-00015                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                         Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date Thru Date Bill# | Billed | | Applied | Collections | | Balance |
|---|---|---|---|---|---|---|
| | Fee & OA | Disbursement | From OA | Total | Date | Due |
| 03/13/03 02/28/03  367178 | 1,137.50 | .00 | | 1,137.50 | 10/23/03 | |
| 09/29/04 07/31/04  396938 | 6,565.50 | .00 | | 4,602.90 | 11/16/04 | 1,962.60 |
| Total: | 7,703.00 | .00 | | 5,740.40 | | 1,962.60 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    47

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       18777777
Bill Frequency: M

Status       : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 10/25/2004 | |
| UNBILLED DISB FROM: | 10/27/2004 | |
| TO: | 10/25/2004 | |
| TO: | 10/27/2004 | |

GROSS BILLABLE AMOUNT:        4,070.50        36.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS        UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 12,499.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 50.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 12,549.00 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:    11/22/04    LAST PAYMENT DATE:    10/18/04
LAST BILL NUMBER:    400444    ACTUAL FEES BILLED TO DATE:    70,756.50
    ON ACCOUNT FEES BILLED TO DATE:    0.00
LAST BILL THRU DATE:    10/31/04    TOTAL FEES BILLED TO DATE:    70,756.50
    FEES WRITTEN OFF TO DATE:    5,087.68

FOR ACCT'G USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development    (8) Premium
(3) Pre-arranged Discount        (6) Summer Associate        (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    48

Run Date & Time: 11/22/2004 11:57:06

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 1877777
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP 02495      Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 03/06/2002                                                                         Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                                          --------- Total ---------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Billed Amount |
|--------|---------------|-------|--------|--------|--------------|---------------|
| 02495 | BENTLEY, PHILIP | CRED | 10/25/04 | 10/25/04 | 3.70 | 2,090.50 |
| 05292 | BECKER, GARY M. | CRED | 10/25/04 | 10/25/04 | 4.00 | 1,980.00 |
| | Total: | | | | 7.70 | 4,070.50 |

Sub-Total Hours :    3.70 Partners        4.00 Counsels        0.00 Associates        0.00 Legal Assts        0.00 Others

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0950 | OUT-OF-TOWN TRAVEL | 10/27/04 | 10/27/04 | 36.00 |
| | Total | | | 36.00 |

Grand Total                                                            4,106.50
                                                                    ===========

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------|------------------|-------------|
| YEAR 2002 | | | | | | | | |
| 02/20/03 | 01/31/03 | 365684 | 45,704.82 | 58.14 | | 45,762.96 | 10/23/03 | |
| 07/24/03 | 06/30/03 | 373811 | 105.00 | .00 | | 105.00 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 455.00 | .00 | | 455.00 | 05/10/04 | |
| 09/31/03 | 08/31/03 | 376733 | .00 | 12.00 | | 12.00 | 05/10/04 | |
| 10/31/03 | 09/30/03 | 379590 | 1,365.00 | 13.00 | | 1,378.00 | 05/10/04 | |
| 11/14/03 | 10/31/03 | 380293 | 940.00 | .00 | | 948.00 | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 940.00 | .00 | | 940.00 | 07/02/04 | |
| 12/31/03 | 11/30/03 | 381704 | 1,739.00 | .00 | | 1,739.00 | 07/02/04 | |
| 01/23/04 | 12/31/03 | 382765 | 2,021.00 | .00 | | 2,021.00 | 07/02/04 | |
| 05/27/04 | 04/30/04 | 390208 | 1,237.50 | .00 | | 1,237.50 | 07/18/04 | |
| 06/29/04 | 05/31/04 | 391227 | 3,785.50 | .00 | | | | 3,785.50 |
| 07/31/04 | 06/30/04 | 392045 | 1,845.50 | 127.40 | | | | 683.50 |
| 09/29/04 | 07/31/04 | 396938 | 742.50 | .00 | | | | 742.50 |
| 10/28/04 | 08/31/04 | 398416 | 1,485.00 | .00 | 1,289.90 | 10/18/04 | | 1,485.00 |
| 10/31/04 | 09/30/04 | 398942 | 1,732.50 | 14.00 | | .00 | | 1,746.50 |
| 11/22/04 | 10/31/04 | 400444 | 4,070.50 | 36.00 | | .00 | | 4,106.50 |
| | | Total: | 68,168.82 | 260.54 | | 55,880.36 | | 12,549.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    49

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:    18777777
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/25/04 | Prepare for and appear at omnibus hearing (4.0). | 4.00 | 1,980.00 | 5366827 | 10/26/04 |
| BENTLEY, PHILIP | 10/25/04 | Attend omnibus hearing, prepare for same, and discs TW, GB, BZ and voicemail re same. | 3.70 | 2,090.50 | 5375473 | 11/01/04 |

Fee Total                                      7.70        4,070.50

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL    0950 | | | | | | |
| MARIANNE FERGUSON, CASHI | BECKER, G M | 10/27/04 | 19.00 | 6748928 | 136098 | 10/28/04 |
| OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON, | | | | | | |
| CASHIER 10/21.10/25 | | | | | | |
| MARIANNE FERGUSON, CASHI | BECKER, G M | 10/27/04 | 17.00 | 6748954 | 136098 | 10/28/04 |
| OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON, | | | | | | |
| CASHIER | | | | | | |

0950 OUT-OF-TOWN TRAVEL Total :         36.00

Costs Total :         36.00

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    50

Master No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      18777777
Bill Frequency: M

Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 3.70 | 2,090.50 | | | | | | |
| BECKER, GARY M. | 4.00 | 1,980.00 | | | | | | |
| Total: | 7.70 | 4,070.50 | | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 36.00 | | | | | |
| | Costs Total : | 36.00 | | | | | |

```
alp_132r: Billed Charges Analysis                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE  51
Run Date & Time: 11/22/2004 11:57:06                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00022                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:      18777778
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TAX ISSUES                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                  Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                           PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:  10/04/2004                          TO:             10/29/2004
                    UNBILLED DISB FROM:                                      TO:

                                                     FEES                    COSTS

        GROSS BILLABLE AMOUNT:                       8,545.00                 0.00
        AMOUNT WRITTEN DOWN:
                     PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                   THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:            BENTLEY PHILIP - 02495          10/29/2004          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                          ACCOUNTS RECEIVABLE TOTALS                        UNIDENTIFIED RECEIPTS:        0.00
                                                                                            PAID FEE RETAINER:            0.00
              FEES:                         8,545.00                                        PAID DISB RETAINER:           0.00
     DISBURSEMENTS:                             0.00                                        TOTAL AVAILABLE FUNDS:        0.00
     FEE RETAINER:                             0.00                                         TRUST BALANCE:
     DISB RETAINER:                            0.00
TOTAL OUTSTANDING:                          8,545.00

                                                             BILLING HISTORY

              DATE OF LAST BILL:    11/22/04                        LAST PAYMENT DATE:
              LAST BILL NUMBER:     4004044              ACTUAL FEES BILLED TO DATE:          8,545.00
                                                       ON ACCOUNT FEES BILLED TO DATE:            0.00
         LAST BILL THRU DATE:       10/31/04              TOTAL FEES BILLED TO DATE:          8,545.00
                                                            FEES WRITTEN OFF TO DATE:            0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
                    (1) Exceeded Fixed Fee            (4) Excessive Legal Time      (7) Fixed Fee
                    (2) Late Time & Costs Posted      (5) Business Development      (8) Premium
                    (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____        FRC: _____   CRC: _____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    52

Matter No: 056772-00022
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TAX ISSUES
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1877778
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                              ----- Total Billed -----

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 06366 | HERZOG, BARRY | TAX | 10/14/04 | 10/28/04 | 3.40 | 1,785.00 |
| 05327 | RIGEL, BLAKE | TAX | 10/04/04 | 10/29/04 | 14.20 | 6,035.00 |
| 06207 | SEATON, MICHAEL T | TAX | 10/08/04 | 10/11/04 | 2.90 | 725.00 |
| | Total: | | | | 20.50 | 8,545.00 |

| Sub-Total Hours : | 3.40 Partners | 0.00 Counsels | 17.10 Associates | 0.00 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| | | | Billed | | Applied | --- Collections --- | | |
| 11/22/04 | 10/31/04 | 400444 | 8,545.00 | .00 | .00 | .00 | | 8,545.00 |
| | Total: | | 8,545.00 | .00 | .00 | .00 | | 8,545.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 53

| | | |
|---|---|---|
| Matter No: 056772-00022 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1877778 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : TAX ISSUES | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 09/06/2002 | | Status : ACTIVE |

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| RIGEL, BLAKE | 10/04/04 | Office conference with GB re plan tax issues. | 0.30 | 127.50 | 5360092 | 10/20/04 |
| RIGEL, BLAKE | 10/05/04 | Office conference with BH re plan tax issues. | 0.20 | 85.00 | 5360091 | 10/20/04 |
| RIGEL, BLAKE | 10/07/04 | Research regarding QSFs. | 1.20 | 510.00 | 5360094 | 10/20/04 |
| SEATON, MICHAEL T | 10/08/04 | Conference w/ BR re: qualified settlement funds. | 0.40 | 100.00 | 5345609 | 10/11/04 |
| RIGEL, BLAKE | 10/08/04 | Research regarding 382(l)(5) and QSFs. | 1.00 | 425.00 | 5360093 | 10/20/04 |
| SEATON, MICHAEL T | 10/11/04 | Research and conference w/ BR re: qualified settlement fund. | 2.50 | 625.00 | 5351422 | 10/14/04 |
| RIGEL, BLAKE | 10/11/04 | Office conference with BH & MS re plan tax issues. | 2.00 | 850.00 | 5361627 | 10/21/04 |
| HERZOG, BARRY | 10/14/04 | Research regarding 468B. | 0.70 | 367.50 | 5359457 | 10/20/04 |
| RIGEL, BLAKE | 10/14/04 | Office conference with BH & GB re plan tax issues. Research regarding QSFs. | 1.00 | 425.00 | 5361628 | 10/21/04 |
| RIGEL, BLAKE | 10/15/04 | Telephone call with Todd Maynes re plan tax issues. | 0.30 | 127.50 | 5361629 | 10/21/04 |
| RIGEL, BLAKE | 10/27/04 | Review of order. Research regarding 832. | 2.50 | 1,062.50 | 5370215 | 10/29/04 |
| HERZOG, BARRY | 10/27/04 | Office conference with BH. | 1.10 | 577.50 | 5373486 | 10/31/04 |
| HERZOG, BARRY | 10/28/04 | Disc. w/T. Mayer proposed trading restrictions; disc. same w/BR | 1.60 | 840.00 | 5373487 | 10/31/04 |
| RIGEL, BLAKE | 10/28/04 | Office conferences BH, GB (1.0); review 382 memo(1.0); research regarding "entities"(1.5); research regarding definition of ownership shifts. (1.5) | 5.00 | 2,125.00 | 5372372 | 10/29/04 |
| RIGEL, BLAKE | 10/29/04 | Diss. w/T. Mayer and BR re: proposed trading restrictions; rev and mark G. Becker memo re: same. Office conferences with BH and AO re plan tax issues. | 0.70 | 297.50 | 5373024 | 10/31/04 |
| **Fee Total** | | | **20.50** | **8,545.00** | | |
| **Fee Total** | | | **20.50** | **8,545.00** | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    54

Matter No: 056772-00022
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TAX ISSUES
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1877778
Bill Frequency: M

Status : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| HERZOG, BARRY | 3.40 | 1,785.00 | | | | | | |
| RIGEL, BLAKE | 14.20 | 6,035.00 | | | | | | |
| SEATON, MICHAEL T | 2.90 | 725.00 | | | | | | |
| Total: | 20.50 | 8,545.00 | | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    55

Run Date & Time: 11/22/2004 11:57:06

Matter No: 056772-00024                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    18777779
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                              Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM: 10/08/2004                    TO: 10/18/2004
            UNBILLED DISB FROM:                               TO:

                                                   FEES                  COSTS

            GROSS BILLABLE AMOUNT:                 6,811.50               0.00
            AMOUNT WRITTEN DOWN:
                       PREMIUM:
            ON ACCOUNT BILLED:
            DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                     THRU DATE:
            CLOSE MATTER/FINAL BILLING?    YES   OR   NO
            EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:

            BILLING COMMENTS:        BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                                                       ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

            FEES:                            6,811.50                   UNIDENTIFIED RECEIPTS:              0.00
            DISBURSEMENTS:                       0.00                   PAID FEE RETAINER:                  0.00
            FEE RETAINER:                        0.00                   PAID DISB RETAINER:                 0.00
            DISB RETAINER:                       0.00                   TOTAL AVAILABLE FUNDS:              0.00
            TOTAL OUTSTANDING:               6,811.50                   TRUST BALANCE:

                                                                       BILLING HISTORY

            DATE OF LAST BILL:       11/22/04                 LAST PAYMENT DATE:      11/16/04
            LAST BILL NUMBER:        400444    ACTUAL FEES BILLED TO DATE:            9,304.00
                                               ON ACCOUNT FEES BILLED TO DATE:           0.00
            LAST BILL THRU DATE:     10/31/04  TOTAL FEES BILLED TO DATE:            9,304.00
                                               FEES WRITTEN OFF TO DATE:            1,267.50

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time         (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development          (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate             (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    56
Run Date & Time: 11/22/2004 11:57:06                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:      1877779
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | ------ Total ------ | | ------ Billed ------ | |
| | | | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 10/08/04 | 10/18/04 | 12.50 | 6,187.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 10/12/04 | 10/12/04 | 3.20 | 624.00 |
| | Total: | | | | 15.70 | 6,811.50 |

Sub-Total Hours :    0.00 Partners    12.50 Counsels    0.00 Associates    3.20 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 07/24/03 | 06/30/03 | 373811 | 637.00 | .00 | | 637.00 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 1,432.50 | 4.55 | | 1,437.05 | 05/10/04 | |
| 12/31/03 | 11/30/03 | 381784 | 423.00 | .00 | | 423.00 | 07/02/04 | |
| 08/23/04 | 06/30/04 | 394084 | .00 | 23.90 | | 23.90 | 11/16/04 | |
| 10/28/04 | 08/31/04 | 398416 | .00 | .00 | | .00 | | |
| 11/22/04 | 10/31/04 | 400444 | .00 | .00 | | .00 | | 6,811.50 |
| | Total: | | 9,304.00 | 28.45 | | 2,520.95 | | 6,811.50 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    57

Matter No: 056772-00024                    Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:         1877779
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/08/04 | Review agenda re ZAI hearings and research re same (1.0). | 1.00 | 495.00 | 5351255 | 10/14/04 |
| MANGUAL, KATHLEEN | 10/12/04 | preparation of materials for 10/18 & 10/19 hearings; draft index and organize same (3.2) | 3.20 | 624.00 | 5368692 | 10/28/04 |
| BECKER, GARY M. | 10/14/04 | Prepare for ZAI science trial hearing | 1.50 | 742.50 | 5366436 | 10/26/04 |
| BECKER, GARY M. | 10/18/04 | Prepare for and attend hearing on ZAI summary judgment. | 10.00 | 4,950.00 | 5366828 | 10/26/04 |

Fee Total                                15.70        6,811.50

Fee Total                                15.70        6,811.50

alp_131r: Billed Charges Analysis                                                                                        PAGE    58

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     18777779
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 03/06/2002                                                                 Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                                 --------------- Total ---------------

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---------------|-------|--------|------|-----------|-------------|----------|---------------|--------|
| BECKER, GARY M. | 12.50 | 6,187.50 | | | | | | |
| MANGUAL, KATHLEEN | 3.20 | 624.00 | | | | | | |
| Total: | 15.70 | 6,811.50 | | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    59

| | |
|---|---|
| Matter No: 056772-00028 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : TRAVEL/NON-WORKING | Supv Prtnr : MAYER THOMAS MORRS - 03976 |
| Matter Opened : 10/04/2002 | |

Proforma Number:      1877780
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: 10/17/2004 | TO: | |
| UNBILLED DISB FROM: | TO: 10/25/2004 | |

|  |  |
|---|---|
| GROSS BILLABLE AMOUNT: | 13,432.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | |
| PREMIUM: | |
| ON ACCOUNT BILLED: | |
| DEDUCTED FROM PAID RETAINER: | |
| AMOUNT BILLED: | |
| THRU DATE: | |
| CLOSE MATTER/FINAL BILLING?   YES  OR  NO | |
| EXPECTED DATE OF COLLECTION:  10/25/2004 | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

BILLING HISTORY

| | |
|---|---|
| DATE OF LAST BILL: 11/22/04 | LAST PAYMENT DATE: 10/18/04 |
| LAST BILL NUMBER: 400444 | ACTUAL FEES BILLED TO DATE: 29,826.50 |
| ON ACCOUNT FEES BILLED TO DATE: 0.00 |
| LAST BILL THRU DATE: 10/31/04 | TOTAL FEES BILLED TO DATE: 29,826.50 |
| | FEES WRITTEN OFF TO DATE: 11,514.00 |

FEES:
DISBURSEMENTS:
FEE RETAINER:
DISB RETAINER:
TOTAL OUTSTANDING:

| | |
|---|---|
| 18,509.00 | UNIDENTIFIED RECEIPTS: 0.00 |
| 264.00 | PAID FEE RETAINER: 0.00 |
| 0.00 | PAID DISB RETAINER: 0.00 |
| 0.00 | TOTAL AVAILABLE FUNDS: 0.00 |
| 18,773.00 | TRUST BALANCE: |

ACCOUNTS RECEIVABLE TOTALS          UNAPPLIED CASH

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development        (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding
                                                               (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____          Processed by: _____          FRC: _____          CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    60

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975    Proforma Number: 1877780
Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | ----- Total ----- Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 10/21/04 | 10/25/04 | 4.50 | 2,542.50 |
| 05292 | BECKER, GARY M. | CRED | 10/17/04 | 10/25/04 | 22.00 | 10,890.00 |
| | Total: | | | | 26.50 | 13,432.50 |

Sub-Total Hours :    4.50 Partners    22.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

## BILLING & PAYMENT HISTORY (Reflects Payments As of 11/22/04 11:57:06)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | ---- Collections ---- | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **YEAR 2002** | | | | | | | | | |
| 06/17/03 | 05/31/03 | 371897 | 2,275.00 | .00 | | 2,275.00 | 2,275.00 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 455.00 | .00 | | 455.00 | 455.00 | 12/26/03 | |
| 09/30/03 | 08/31/03 | 376733 | 910.00 | .00 | | 910.00 | 910.00 | 10/12/04 | |
| 11/14/03 | 09/30/03 | 379590 | 455.00 | .00 | | 455.00 | 455.00 | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 705.00 | .00 | | 705.00 | 705.00 | 05/10/04 | |
| 12/31/03 | 11/30/03 | 381784 | 470.00 | .00 | | 470.00 | 470.00 | 07/02/04 | |
| 01/29/04 | 12/31/03 | 382765 | 705.00 | 205.00 | | 910.00 | 910.00 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 705.00 | 197.00 | | 902.00 | 902.00 | 07/02/04 | |
| 05/27/04 | 04/30/04 | 390208 | 495.00 | .00 | | 495.00 | 495.00 | 10/18/04 | |
| 06/29/04 | 05/31/04 | 391727 | 742.50 | 279.00 | | 1,021.50 | 1,021.50 | 10/18/04 | |
| 07/31/04 | 06/30/04 | 392045 | 621.50 | 264.00 | | 885.50 | .00 | 10/18/04 | 885.50 |
| 10/28/04 | 08/31/04 | 398416 | 1,485.00 | 1,045.70 | | | 1,045.70 | | 1,485.00 |
| 10/31/04 | 09/30/04 | 398942 | 742.50 | .00 | | 742.50 | .00 | | 742.50 |
| 11/22/04 | 10/31/04 | 400444 | 2,227.50 | .00 | | 2,227.50 | .00 | | 2,227.50 |
| | | | 13,432.50 | | | 13,432.50 | | | 13,432.50 |
| **Total:** | | | 26,426.50 | 1,990.70 | | 9,644.20 | | | 18,773.00 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    61

Run Date & Time: 11/22/2004 11:57:06

Matter No: 056772-00028                Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1877780
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002

                                                                               Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/17/04 | Travel to Pittsburgh for ZAI hearing (bill at ½ normal rate). | 5.50 | 2,722.50 | 5366830 | 10/26/04 |
| BECKER, GARY M. | 10/19/04 | Return from Pittsburgh hearing on ZAI - nonworking travel (bill at ½ normal rate). | 5.50 | 2,722.50 | 5366829 | 10/26/04 |
| BECKER, GARY M. | 10/21/04 | Non-working travel time associated with management meeting (bill at ½ normal rate) (9.0). | 9.00 | 4,455.00 | 5366831 | 10/26/04 |
| BENTLEY, PHILIP | 10/21/04 | Non-working travel to and from Maryland | 1.80 | 1,017.00 | 5368548 | 10/28/04 |
| BECKER, GARY M. | 10/25/04 | Non-working travel in connection with omnibus hearing (bill at ½ normal rate) (2.0). | 2.00 | 990.00 | 5366832 | 10/26/04 |
| BENTLEY, PHILIP | 10/25/04 | Non-working travel to and from Delaware | 2.70 | 1,525.50 | 5375478 | 11/01/04 |

                                              Fee Total          26.50      13,432.50

                                              Fee Total          26.50      13,432.50        13,432.50

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2004 11:57:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    62

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:        1877780
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status        : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 4.50 | 2,542.50 | | | | | | |
| BECKER, GARY M. | 22.00 | 10,890.00 | | | | | | |
| Total: | 26.50 | 13,432.50 | | | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 11/22/04 11:57:19
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
Work Thru : 10/31/04

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 13.60 | 3,344.50 | 4,955.15 | 8,299.65 | BENTLEY PHILIP - 02495 | M | B | |
| 00002 | CREDITOR COMMITTEE | 40.40 | 17,694.50 | 1,855.08 | 19,549.58 | BENTLEY PHILIP - 02495 | M | B | |
| 00005 | BANKR. MOTIONS | 19.20 | 9,807.00 | 4.87 | 9,811.87 | BENTLEY PHILIP - 02495 | M | B | |
| 00007 | REORGANIZATION PLAN | 56.00 | 30,310.00 | 0.89 | 30,310.89 | BENTLEY PHILIP - 02495 | M | B | |
| 00008 | FEE APPLICATIONS, APPLIC | 5.60 | 1,602.00 | 9.56 | 1,611.56 | BENTLEY PHILIP - 02495 | M | B | |
| 00009 | EMPLOYMENT APPLICATIONS, | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00012 | CLAIM ANALYSIS OBJECTION | 67.70 | 33,341.50 | 0.00 | 33,341.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 61.21 | 61.21 | BENTLEY PHILIP - 02495 | M | B | |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00019 | HEARINGS | 7.70 | 4,070.50 | 36.00 | 4,106.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00022 | TAX ISSUES | 20.50 | 8,545.00 | 0.00 | 8,545.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00024 | ZAI SCIENCE TRIAL | 15.70 | 6,811.50 | 0.00 | 6,811.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00028 | TRAVEL\NON-WORKING | 26.50 | 13,432.50 | 0.00 | 13,432.50 | BENTLEY PHILIP - 02495 | M | B | |
| | Client Total | 272.90 | 128,959.00 | 6,922.76 | 135,881.76 | | | | |

Client Total