## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 12/20/04** |
| | ) | **Hearing Date: Scheduled if Necessary** |

### NOTICE OF FILING OF
### FIFTH MONTHLY INTERIM APPLICATION OF PHILLIPS,
### GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
### THE PERIOD OF OCTOBER 1, 2004 TO OCTOBER 31, 2004

TO:    (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
        (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
        (5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
        (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
        in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **December 20, 2004.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.


_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Date:   November 29, 2004          Claimants' Representative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 12/20/04** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

### COVER SHEET
### FIFTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD OF OCTOBER 1, 2004 TO OCTOBER 31, 2004</u>

Name of Applicant:                              Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:                                         David T. Austern, Future Claimants' Representative
                                                       (the "FCR")

Date of Retention                             PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought:                                           October 1, 2004 through October 31, 2004

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:     $6,273.00

80% of Fees to be Paid:                       $5,018.40

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary:  $582.11

Total Fees @ 80% and Expenses:           $5,600.51

This is an:            __X__  interim        ____  monthly        ____  final application

The total time expended in preparation and filing of previous fee applications for Phillips, Goldman & Spence, P.A. during this time period was 9.4 hours and the corresponding fees are $1,574.00. The time spent for this matter will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees Requested | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10/27/04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Pending | N/A | $1,006.90 | N/A |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11/11/04 Dkt No. 6883 | $2,095.20 | $523.80 | $0.00 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11/11/04 Dkt No. 6884 | $2,488.00 | $622.00 | $0.00 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,134.00 | $419.64 | Filed 11/19/04 Dkt No. 6997 | 4,107.20 | $1,026.80 | $0.00 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.15.04 Dkt. No. | $10,863.00 | $1,722.87 | Pending | N/A | $2,187.6 | N/A |

## CURRENT COMPENSATION SUMMARY

### OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 13.40 | $4,690.00 |

| Celeste A. Hartman | Sr. Paralegal/6 years/20 years prior experience | 130.00 | 10.60[1] | 1,378.00 |
|---|---|---|---|---|
| Mary Frances Fitzpatrick | Paralegal/5 years | 110.00 | .50 | $55.00 |
| Tammy L. Patterson | Legal Assistant/N/A | 125.00 | 1.20 | $150.00 |
| Grand Total: | | | | $6,273.00 |
| Blended Rate: | | | | $244.09 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 7.7 | $2,695.00 |
| Fee/Employment Applications | 15.0 | $3,144.00 |
| Case Administration | 1.8 | $234.00 |
| Plan and Disclosure Statement | 1.2 | $200.00 |
| Total | 25.7 | $6,273.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | $3.42 |
| Postage | N/A | $134.53 |
| Overnight Courier | Federal Express | $57.46 |
| Legal Research | Westlaw | $103.50 |
| Photocopies (15¢ per page) | N/A | $274.20 |
| Parking fees for hearings | John C. Phillips, Jr. | $4.00 |
| Facsimile ($1 per page outgoing only) | N/A | $5.00 |
| Total | | $582.11 |

---

[1]This is the net hours after the application of a courtesy discount of .1 hours, creating a savings of $13.00.

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on preparation for negotiations with the Debtors, the Committees and other parties in interest.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:   November 29, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 12/20/04** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

### <u>VERIFICATION OF JOHN C. PHILLIPS, JR.</u>

State of Delaware     :

                                : ss

New Castle County    :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

      1.    I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

      2.    I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

      3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

 

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 29th DAY OF NOVEMBER, 2004.

Notary Public
My commission expires: _____

TAMMY A. PATTERSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 17, 2007

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## OCTOBER 1, 2004
## THROUGH OCTOBER 31, 2004

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 10, 2004

Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File  WRG-AUS/JCP
Invoice number  54310

Re:  W. R. Grace & Co.
      David T. Austern
Case No.:  01-01139 (RLB)

|  |  |
|---|---|
| 25.8 | $6,286.00 |
| 0.1 | $13.00 |

Courtesy Discount is .39%
of "gross" hours worked

| | | |
|---|---|---|
| Subtotal for FEES only: 10/31/04 | 25.7 | $6,273.00 |
| Subtotal for COSTS only: 10/31/04 | | $582.11 |
| CURRENT PERIOD FEES AND COSTS: 10/31/04 | | $6,855.11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Please remit duplicate copy with payment.  Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page  2

November 10, 2004

Swidler Berlin Shereff Friedman, LLP

File  WRG-AUS/JCP
Invoice number  54310

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 7.7 | 2,695.00 |
| FEE/EMPLOYMENT APPLICATIONS | 15.0 | 3,144.00 |
| CASE ADMINISTRATION | 1.8 | 234.00 |
| PLAN AND DISCLOSURE STATEMENT | 1.2 | 200.00 |
| Subtotal for FEES only: 10/31/04 | 25.7 | $6,273.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 13.40 | 13.40 | 4,690.00 | 0.00 | 0.00 |
| 130.00 | CAH | 10.70 | 10.60 | 1,378.00 | 0.10 | 13.00 |
| 125.00 | TAP | 1.20 | 1.20 | 150.00 | 0.00 | 0.00 |
| 110.00 | MFF | 0.50 | 0.50 | 55.00 | 0.00 | 0.00 |
| Totals | | 25.80 | 25.70 | 6,273.00 | 0.10 | 13.00 |

LEGALMASTER MIRC For Transactions
-Fees-

11/10/04   Page 6

| WRG-AUS | C1 Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 10/01/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | LA |
| WRG | LITIGATION | JCP | 10/04/04 | Review of miscellaneous pleadings; review of Trustee's Objection to Baron and Budd's 2019 Motion. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 10/05/04 | Review of miscellaneous pleadings; review of Agenda for 10/06/04 Hearing. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 10/06/04 | Review of miscellaneous pleadings; phone conference with Judge Fitzgerald and all counsel, re: 2019 Statements. | 2.00 | 700.00 | |
| WRG | LITIGATION | JCP | 10/07/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/08/04 | Review of miscellaneous pleadings; review of K&E affidavit re: SBSF retention; review of Agenda for 10/18 and 10/19/04 Hearings. | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 10/12/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/14/04 | Review of miscellaneous pleadings and Orders (3). | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/15/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/16/04 | Review of Debtors Motion to Shorten Time and Motion to Extend Time to File a Plan. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 10/18/04 | Review of Order granting Motion to Shorten Time to present Motion to Extend Time to File Plan; review of Agenda for 10/25/04 Hearing; review of miscellaneous pleadings. | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 10/19/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/19/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/20/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/22/04 | Review of Amended Agenda for 10/25/04 Hearing; e-mail to Roger Frankel, Rick Wyron and Matt Cheney (2x); review of Elliot International's Objection to Debtor's Motion to Extend time to File Plan; e-mail from Rick Wyron. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 10/23/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/25/04 | Review of file; court appearance re: Debtor's Motion to Extend Time To File a Plan; conference with Rick Wyron; review of miscellaneous pleadings; memorandum to file re: 2005 Hearing Dates. | 2.50 | 875.00 | |
| WRG | LITIGATION | JCP | 10/26/04 | Review of miscellaneous pleadings and Order | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/28/04 | Review of miscellaneous pleadings; review of Order Extending Time to File Plan. | 0.20 | 70.00 | |

WRG-AUS

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/10/04   Page 7

| C1 Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG   LITIGATION | JCP | 10/29/04 | Review of Personal Injury Committee's Opposition to Insurers' Motion to Strike Committee's Appeal Brief re: David Austern's appointment, review of miscellaneous pleadings. | 0.30 | 105.00 | Li |
| | | | | -------- | -------- | |
| | | | | 7.70 | 2,695.00 | |
| | | | | -------- | -------- | |
| | | | | 7.70 | 2,695.00 | |
| | | | | -------- | -------- | |
| | | | | 25.70 | 6,273.00 | |
| | | | | ========= | ========= | |

records printed.

MRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/10/04   Page 1

Sort Fields:
Grouping Code
Client Code
Actual Employee Code
Transaction Date

Range Fields:
Client Code
Invoice Number
Case Suffix
Transaction Date

(Paginate)

(Subtotals)

```
I   MRG   -   MRG
I   54310   -   54310
I   AUS   -   AUS
E   03/01/04   -   03/31/04
```

| Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/04/04 | Work on first Fee Application for Phillips, Goldman & Spence for June and service list for same. | 1.30 | 169.00 | fa |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/05/04 | Review of and revise first Phillips, Goldman & Spence fee application. | 0.30 | 39.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/06/04 | Draft Fee Application for Phillips, Goldman & Spence for July. | 0.80 | 104.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/06/04 | File and serve June and July Fee Applications. | 0.50 | 65.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/08/04 | Draft file and serve August fee application for Phillips, Goldman & Spence. | 1.10 | 143.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/20/04 | Review requirements for quarterly fee applications. | 0.20 | 26.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/20/04 | Draft September fee application. | 0.80 | 104.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/26/04 | Email to S. Bossey on quarterly fee applications. | 0.10 | 13.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/26/04 | Draft first quarterly and September fee applications for Phillips, Goldman & Spence. | 1.70 | 221.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/26/04 | Review of and revise 1st quarterly fee application. | 0.30 | 39.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/27/04 | Scan and file and serve Certificate of No Objection and 1st quarterly Fee Application. | 0.30 | 39.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | CAH | 10/28/04 | File and serve September fee application for Phillips, Goldman & Spence. | 0.40 | 52.00 | |
| | | | | | 7.80 | 1,014.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | JCP | 10/05/04 | Review of and revise 1st Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 105.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | JCP | 10/06/04 | Review of and execute 1st Monthly Fee Application; review of, revise, and execute 2nd Monthly Fee Application; conference with Celeste A. Hartman; review of e-mail from Celeste A. Hartman. | 0.50 | 175.00 | |
| FEE/EMPLOYMENT APPLICATIONS | | JCP | 10/08/04 | Review of, revise and execute 3rd Monthly Fee Application; conference with Celeste A. Hartman. | 0.40 | 140.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/10/04   Page 2

| C1 Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | JCP | 10/09/04 | Memorandum to paralegal re: filing Withdrawal of Phillips, Goldman & Spence proof of claim and John C. Phillips, Jr. Supplemental Declaration; review of and revise prebill for September. | 0.30 | 105.00 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 10/12/04 | Review of and execute Withdrawal of Proof of Claim; review of, revise and execute Supplemental Declaration; conference with paralegal. | 0.30 | 105.00 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 10/22/04 | Review of David Austern's, CIBC's and SBSF's 1st Quarterly Fee Applications; review of CIBC's 1st Monthly Fee Application; review of and execute Certificate of No Objection re: SBSF's 1st and 2nd Monthly Fee Applications; conference with paralegal. | 0.80 | 280.00 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 10/25/04 | Review of Corrected Certificate of No Objection re: SBSF's 2nd Monthly Fee Application; review of Frankel's 3rd Supplemental affidavit. | 0.20 | 70.00 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 10/26/04 | Review of, revise and execute Certificates of No Objection re: Phillips, Goldman & Spence 1st Monthly Fee Application; review of and execute Phillips, Goldman & Spence 1st Quarterly Fee Application; conference with Celeste A. Hartman. | 0.70 | 245.00 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 10/28/04 | Review of, revise and execute 4th Monthly Fee Application for Phillips, Goldman & Spence; conference with Celeste A. Hartman. | 0.40 | 140.00 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 10/29/04 | E-mail from Debbie Felder (4x) with enclosure; review of draft Application to Employee Tillinghast; Declaration of Michael Angelina and Retention Agreement; phone conference with Debbie Felder (2x); conference with paralegal (2x); review of and execute final version of Motion and Application; e-mail to paralegal; e-mail from Debbie Felder (4x); fax to Debbie Felder. | 1.60 | 560.00 | |
| FEE/EMPLOYMENT APPLICATIONS | MFF | 10/29/04 | File electronically Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Tillinghast as Actuarial Consultant. | 0.50 | 55.00 | |
| | | | | 0.50 | 55.00 | |
| FEE/EMPLOYMENT APPLICATIONS | TAP | 10/12/04 | E-File Notice of Withdrawal of Proof of Claim Number 664. | 0.10 | 12.50 | |
| FEE/EMPLOYMENT APPLICATIONS | TAP | 10/13/04 | E-File Supplemental Declaration of John C. Phillips, Jr. | 0.10 | 12.50 | |
| FEE/EMPLOYMENT APPLICATIONS | TAP | 10/22/04 | E-file four Certificates of No Objection. | 0.40 | 50.00 | |
| | | | | 5.50 | 1,925.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/10/04   Page 3

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | TAP | 10/22/04 | E-file four Notices of Filings re: fee applications. | 0.40 | 50.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | TAP | 10/25/04 | E-file Corrected Certificate of No Objection and Third Supplemental Declaration of Roger Frankel. | 0.20 | 25.00 | |
| | | | | 1.20 | 150.00 | |
| | | | | 15.00 | 3,144.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/10/04   Page 5

| Cl Code Grouping | Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 10/05/04 | Update docket and download pertinent documents. | 0.20 | 26.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 10/08/04 | Update and correct docket. | 0.30 | 39.00 | |
| WRG | CASE ADMINISTRATION | CAH | 10/18/04 | Review docket and download pertinent documents. | 0.20 | 26.00 | |
| WRG | CASE ADMINISTRATION | CAH | 10/19/04 | Teleconference with D. Felder and e-mail to R. Bello on the Swidler Pro Hac Vice Motion. | 0.30 | 39.00 | |
| WRG | CASE ADMINISTRATION | CAH | 10/20/04 | Update docket and download to system and download relevant pleadings; review same. | 0.50 | 65.00 | |
| WRG | CASE ADMINISTRATION | CAH | 10/21/04 | Review docket and obtain copies of pertinent pleadings. | 0.30 | 39.00 | |
| | | | | | ------- | ------- | |
| | | | | | 1.80 | 234.00 | |
| | | | | | ------- | ------- | |
| | | | | | 1.80 | 234.00 | |
| | | | | | ------- | ------- | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/10/04   Page 4

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | CAH | 10/20/04 | Teleconference with M. Cheney on filing statement in support of extension of time to file plan. | 0.10 | 13.00 | ps |
| PLAN AND DISCLOSURE STATEMENT | CAH | 10/20/04 | Teleconference with M. Cheney; download and format statement in support of Debtor's Motion and create service lists. | 0.60 | 78.00 | |
| PLAN AND DISCLOSURE STATEMENT | CAH | 10/20/04 | Scan, file and serve statement in support of Motion. | 0.30 | 39.00 | |
| | | | | 1.00 | 130.00 | |
| PLAN AND DISCLOSURE STATEMENT | JCP | 10/20/04 | E-mail from Matt Cheney with enclosure; review of and execute statement in support of Motion to Extend Time to File a Plan. | 0.20 | 70.00 | |
| | | | | 0.20 | 70.00 | |
| | | | | 1.20 | 200.00 | |

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## OCTOBER 1, 2004
## THROUGH OCTOBER 31, 2004

.

Phillips, Goldman & Spence, P.A.

Page  2

November 10, 2004

Swidler Berlin Shereff Friedman, LLP

File  WRG-AUS/JCP
Invoice number  54310

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 10/01/04 | Federal Express | 57.46 |
| 10/01/04 | Long distance phone charges | 3.42 |
| 10/01/04 | West Law Research | 103.50 |
| 10/06/04 | Postage | 134.53 |
| 10/17/04 | Photocopies | 274.20 |
| 10/29/04 | Check No.: 26369 - John C. Phillips, Jr. - parking. | 4.00 |
| 10/29/04 | Facsimile | 5.00 |

Subtotal for COSTS only: 10/31/04     $582.11

## CERTIFICATE OF SERVICE

   I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on November 29, 2004, I caused the *Notice, Cover Sheet to the Fifth Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period October 1, 2004 through October 31, 2004,* be served upon those persons as shown on the attached Service List in the manner set forth.

   Under penalty of perjury, I certify the foregoing to be true and correct.


     _____

     CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP