IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | CIVIL ACTION NO. 04-844 |
| Appellant, | : | |
| and | : | |
| ROYAL INDEMNITY COMPANY | : | CIVIL ACTION NO. 04-845 |
| Appellant, | : | |
| v. | : | |
| W.R. GRACE, et. al. | : | |
| Appellees, | : | |
| and | : | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | : | |
| Appellee. | : | |

## ORDER

AND NOW, this **22** day of November, 2004, upon consideration of Appellants Federal Insurance Company's and Royal Indemnity Company's Appeal of the Bankruptcy Court's Order Appointing David Austern as future claimants' representative, it is hereby **ORDERED** that Appellants' Appeal is **DENIED**.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.

FILED
NOV 24 2004
U.S. DISTRICT COURT
DISTRICT OF DELAWARE