# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN         November 5, 2004
ATTN: ED WESTBROOK, ESQ                               Invoice No.9816707
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464
```

For Legal Services Rendered in Connection With:

```
W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001
```

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/24/04 | W.D. Sullivan | 0.30 | Review agenda for hearing (.2); review motion to increase ZAI budget (.1) |
| 09/27/04 | W.D. Sullivan | 4.20 | Review motion to increase budget and revised agenda and phone call with co-counsel re: status (.9); review and revise fee tracking chart (.4); attend hearing, order entered granting increase in budget (2.2); follow-up on unpaid fees (.5); e-mail to co-counsel re: October 18 hearing preparation (.2) |
| 09/28/04 | W.D. Sullivan | 1.30 | Phone call with Darell Scott re: Grace Fees, chart (.2); Phone call with co-counsel (.2); review interim orders (.3); analyze payment methods (.3); e-mail to counsel for Grace re: request for payment of unpaid monthlies for Lukins & Annis (.3) |
| 09/29/04 | W.D. Sullivan | 0.30 | Phone call with Will Sparks re: handling of outstanding fee applications |
| 09/30/04 | W.D. Sullivan | 0.30 | E-mail from counsel for Grace re: processing of payments; follow-up with co-counsel |

```
ZAI PLAINTIFFS                                          November 5, 2004
W.R. GRACE                                              Invoice No. 9816707
Ref. No. 51677-000001                                   Page    2
```

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/05/04 | W.D. Sullivan | 0.30 | Review agenda for October 6 hearing; phone call with counsel for claimants re: status |
| 10/06/04 | M. Young | 4.90 | Final edit of L&A July Fee Application for review (.4); review file and docket, begin draft of Motion to Modify Orders, prepare chart and correspondence to co-counsel to obtain prior orders concerning prior quarters (4.5) |
| 10/07/04 | W.D. Sullivan | 0.20 | Review and approve RPWB July Fee Application |
| 10/07/04 | W.D. Sullivan | 0.30 | E-mail co-counsel re: preparation for hearing |
| 10/07/04 | W.D. Sullivan | 0.40 | Review and revise EART&M Quarterly Fee Application |
| 10/07/04 | M. Young | 3.50 | Complete first draft of Motion to Modify Orders, draft order and draft certificate of service |
| 10/08/04 | M. Young | 0.20 | Review order regarding parties needing to file Rule 2019 Statements, review file |
| 10/11/04 | W.D. Sullivan | 0.50 | E-mail co-counsel re: review of services provided to Debtors (.1); review and follow up (.4) |
| 10/11/04 | W.D. Sullivan | 0.20 | Review agenda for hearing on October 18th and 19th |
| 10/12/04 | W.D. Sullivan | 0.20 | E-mails with co-counsel re: courtroom facilities for argument |
| 10/12/04 | W.D. Sullivan | 0.50 | E-mails with co-counsel re: coordination of exhibit preparation |
| 10/13/04 | W.D. Sullivan | 0.80 | Coordination of exhibits and blow ups and monitors |
| 10/13/04 | M. Young | 0.80 | Review order and Draft rule 2019 statement |
| 10/14/04 | W.D. Sullivan | 0.30 | E-mails with co-counsel re: preparation of exhibits |
| 10/15/04 | T. P. Palmer | 0.60 | Arrange for exhibits to be prepared and delivered to BIPC (.4); conference with B. Sullivan regarding exhibits and courtroom matters (.2) |
| 10/15/04 | W.D. Sullivan | 0.30 | Phone calls with co-counsel re: exhibit preparation |

| | | | |
|---|---|---|---|
| ZAI PLAINTIFFS | | | November 5, 2004 |
| W.R. GRACE | | | Invoice No. 9816707 |
| Ref. No. 51677-000001 | | | Page    3 |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/15/04 | W.D Sullivan | 2.50 | Review documents relevant to hearing (.9); e-mails with co-counsel and multiple phone calls with Pittsburgh office and with co-counsel re: exhibits for hearing and court room facilities (1.4); phone call with Court Administrator re: same (.2) |
| 10/15/04 | W.D. Sullivan | 0.30 | Review motions to extend plan period and status of Plan |
| 10/15/04 | W.D. Sullivan | 0.30 | Phone call with co-counsel re: equipment and exhibit preparations for hearing |
| 10/15/04 | M. Young | 3.60 | Preparation of documents for hearing in Pittsburgh on Oct 19, 2004 |
| 10/17/04 | W.D. Sullivan | 7.50 | Meeting with co-counsel and preparation of exhibits and documents for use at ZAI science trial and review of argument materials |
| 10/18/04 | W.D. Sullivan | 10.00 | Meeting with co-counsel in preparation for hearing (1.5); attend hearing on ZAI Science trial motions (8.5) |
| 10/18/04 | M. Young | 3.80 | Continue with draft of Motion to Amend orders, gather necessary exhibits, make set of edits for review |
| 10/21/04 | W.D. Sullivan | 0.30 | Review agenda for October 25 hearing; email to co-counsel re: plan extension motion |
| 10/25/04 | W.D. Sullivan | 0.20 | Review RPWB August fee application and approve for filing |
| 10/25/04 | W.D. Sullivan | 0.30 | Review Lukins & Annis Quarterly Fee Application and approve for filing |
| 10/25/04 | W.D. Sullivan | 1.80 | Attend hearing on plan status, court approves delay for further negotiation |
| 10/25/04 | W.D. Sullivan | 0.70 | Review and revise motion regarding revision of interim fee orders |
| 10/25/04 | M. Young | 2.50 | Review file and gather exhibits for 13th quarterly fee application of L&A, final prep for review |

```
ZAI PLAINTIFFS                                         November 5, 2004
W.R. GRACE                                             Invoice No. 9816707
Ref. No. 51677-000001                                  Page    4
```

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/26/04 | W.D. Sullivan | 0.40 | Review miscellaneous bankruptcy pleadings re: asbestos matters |
| 10/26/04 | M. Young | 1.40 | Final edits to quarterly fee application, format for filing, file and serve regarding 2019 statement |
| 10/27/04 | W.D. Sullivan | 1.00 | Review orders, review fee tracking chart, revise motion to amend orders |
| 10/27/04 | W.D. Sullivan | 0.10 | Review amended order regarding filing of 2019 statements |
| 10/27/04 | M. Young | 1.20 | Complete edits to Motion to amend answer and draft notice |
| 10/27/04 | M. Young | 3.60 | Draft, format, finalize and serve CNOs re: April, May, June of Lukins & Annis (2.4); begin update of tracking; review file; update pleadings (1.2) |
| 10/28/04 | M. Young | 4.90 | Complete update of facility chart (1.2); research re: quarterly orders, identify errors with 10th QFA Order, re-edit Motion to Modify Orders (2.3); review hearing procedure - modify notice (.4) |
| 10/29/04 | M Young | 3.20 | Continue work with Motion to Modify orders, review fee auditor reports from relevant quarterly applications and revise motion accordingly |

```
                       Total Hours              70.00

                           Total Legal Services       $13,472.00
```

Disbursements

| Date | Description | Amount |
|---|---|---|
| 09/29/04 | Messenger/Delivery Service Parcels, Inc | 32.70 |
| 10/14/04 | Messenger/Delivery Service Parcels, inc | 10.50 |
| 10/25/04 | Photocopies M. Young | 9.80 |
| 10/26/04 | Photocopies W. Sullivan | 15.60 |
| 10/27/04 | Photocopies M. Young | 0.40 |
| 10/29/04 | Photocopies M. Young | 5.40 |

```
ZAI PLAINTIFFS                                      November 5, 2004
W.R. GRACE                                          Invoice No. 9816707
Ref. No. 51677-000001                               Page    5
```

|  |  |
|---|---:|
| Disbursements | $74.40 |
| Total Due this Invoice | $13,546.40 |