# EXHIBIT 2

## 2nd Omni 6 Continuation Order
## for WR Grace

Total number of parties: 3

Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 11355 | ASSIGNEE: LASON SYSTEMS INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 |
| 11355 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11355 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |

Subtotal for this group: 3