# EXHIBIT 2

# 4th Omni 5 Continuation Order
# for WR Grace

Total number of parties: 17
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 11356 | AKZO NOBEL POLYMER CHEMICALS LLC, 525 W VAN BUREN, CHICAGO, IL 60607 |
| 11356 | ARCHER JR, DAVID L, 706 W TEXAS, IOWA PARK, TX 76367 |
| 11356 | ARCHER, MICHELLE B, 706 W TEXAS, IOWA PARK, TX 76367 |
| 11356 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11356 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11356 | BUREAU OF CUSTOMS AND BORDER PROTECTION, 6026 LAKESIDE BLVD, PO BOX 68911, INDIANAPOLIS, IN 46268 |
| 11356 | CHL ADMINISTRATION INC, PO BOX 6029, PORTLAND, OR 97228 |
| 11356 | CITY OF CAMBRIDGE MASSACHUSETTS, C/O STEPHEN D ANDERSON ESQ, ANDERSON & KREIGER LLP, 43 THORNDIKE ST, CAMBRIDGE, MA 02141 |
| 11356 | DAP PRODUCTS INC DBA DAP INC, FINANCE DEPT, 2400 BOSTON ST #200, BALTIMORE, MD 21224 |
| 11356 | DILLINGHAM-MANSON JOINT VENTURE, MANSON CONSTRUCTION, ATTN PRESIDENT, 5209 E MARGINAL WAY S, SEATTLE, WA 98124 |
| 11356 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI, MICHAEL CROSSEN / DAVID C FIXLER, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110 |
| 11356 | NEW ENGLAND CONSTRUCTIN CO INC, DUFFY & SWEENEY LTD, ONE TURKS HEAD BLDG, STE 1200, PROVIDENCE, RI 02903 |
| 11356 | PEARSON SR, PETER P, PO BOX 26301, TUCSON, AZ 85726 |
| 11356 | PERINI CORPORATION, C/O JEFFREY R PORTER ESQUIRE, MINTZ LEVIN COHN FERRIS ET AL, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| 11356 | RE: WEATHERFORD INTERNATIONAL INC, ANDREWS & KURTH LLP, 450 LEXINGTON AVE 15TH FL, NEW YORK, NY 10017 |
| 11356 | ROCCO & ZWEIFACH, C/O SAMUEL BARKIN, HELLER EHRMAN WHITE & MCAULIFFE LLP, 120 W 45TH ST, NEW YORK, NY 10036 |
| 11356 | WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX 77027 |

Subtotal for this group: 17