**EXHIBIT 2**

# .5th Omni 4 Continuation Order
# for WR Grace

**Total number of parties: 4**

**Preferred Mode of Service: US Mail (1st Class)**

## Exhibit 2 - WR Grace Mailing

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 11357 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11357 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11357 | NSTAR GAS, 800 BOYLSTON ST, 17TH FLOOR, BOSTON, MA 02119 |
| 11357 | SPAULDING AND SLYE CONSTRUCTION LP, C/O BRUCE D LEVIN ESQ, BERNKOPF GOODMAN & BASEMAN LLP, 125 SUMMER STR, BOSTON, MA 02110 |

**Subtotal for this group: 4**

WR Grace