# EXHIBIT 2

**Stipulation & Order re: Exxon Mobil Claim No. 896 for WR Grace**

Total number of parties: 4
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 11359 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11359 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11359 | EXXONMOBIL CHEMICAL COMPANY, LAW DEPT BANKRUPTCY MATTERS, 13501 KATY FREEWAY, HOUSTON, TX 77079 |
| 11359 | RE: EXXONMOBIL CHEMICAL CO, GREENBERG TRAURIG LLP, S COUSINS, W CHIPMAN JR & D MELORO, THE BRANDYWINE BUILDING, 1000 WEST ST, STE 1540, WILMINGTON, DE 19801 |

Subtotal for this group: 4