IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. Grace & Co., et al<br><br>Debtor. | In Proceedings for a Reorganization under Chapter 11<br><br>Case No. 01-1139JKF |

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Paul D. Henderson, being first duly sworn, hereby deposes and state as follows:

1. I, Paul D. Henderson, am an attorney with the law firm of Dies, Dies and Henderson, 1009 W. Green Avenue, Orange, Texas 77630.

2. This Verified Statement is filed in accordance with Rule 2019 (a) of the Federal Rules of Bankruptcy Procedure. Exhibits have not been scanned but may be accessed by parties who obtain Court order authorizing access.

3. The law firm of Dies, Dies & Henderson has been retained as counsel for the claimants listed in the Exhibits (hereafter "Creditors").

4. The address of each Creditor is listed on Exhibit 1-A.

5. I certify under penalty of perjury that the law firm of Dies, Dies & Henderson has the following:

a. Power of attorney: a form of this power of attorney is attached hereto as Exhibit 1, and the list of Creditors for whom the law firm has this power of attorney executed by the Creditor is attached hereto as Exhibit 1-A which authorized the law firm to represent the Creditors on the Exhibits in this bankruptcy proceeding.

Dated: November 22, 2004

Respectfully Submitted,

/S/ Paul Henderson
PAUL D. HENDERSON
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, Texas 77630
(409) 883-4394 - Telephone
(409) 886-0644 - Telecopier
phenderson@paulhendersonlaw.com

{D0031685:1 }

COUNSEL FOR CREDITORS

{D0031685:1 }