# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 14, 2004 |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | July 1, 2004 through July 31, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 12,247.50 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: X monthly ___ interim ___ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $0 | No objection served on counsel | No objection served on counsel |

This is the Twenty-Third RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 4.8 | $3,120.00 |
| | | TOTALS | | | | |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 71.7 | $8,962.50 |
| Kim Garcia | Lit. Support | 10 | Litigation | $75 | 2.2 | $165.00 |
| | | TOTALS | | | 73.9 | $9,127.50 |

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 2.2 | $165.00 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 76.5 | $12,082.50 |
| TOTALS | 78.7 | $12,247.50 |

### 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No Expenses During the Time Period | |
| Total | $0 |

Dated: October 25, 2004

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
The Nemours Building
1007 N. Orange Street
Suite 1110
Wilmington, DE 19801

*Local Counsel for ZAI Claimants*

and

Edward J. Westbrook
RICHARDSON PATRICK WESTBROOK &
BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for ZAI Claimants*

## VERIFICATION

STATE OF SOUTH CAROLINA  )
                        )
COUNTY OF CHARLESTON    )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 21st day of September 2004.

_____
Kimberly Anderson-Garcia
Notary Public for South Carolina

My Commission Expires
February 4, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 14, 2004** |
| | | **Hearing Date: TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004</u>**

09/16/2004

# Time report

## 07/01/2004 - 07/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY |
|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | |

**Transaction:** L106

### Day: 07/12/2004

| 07/12/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | |
| 07/12/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.70 |
| ewestbrook | 0000 | | Review correspondence from Grace counsel regarding discovery, review memo from Lizzie Kerrison regarding Grace documents | | |

### Day: 07/13/2004

| 07/13/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.80 |
|---|---|---|---|---|---|
| ewestbrook | 0000 | | Work on ZAI planning | | |
| 07/13/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 |
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | |

### Day: 07/14/2004

| 07/14/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | |

### Day: 07/15/2004

| 07/15/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.20 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | |
| 07/15/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 |
| ewestbrook | 0000 | | Review ads showing family installation | | |

### Day: 07/16/2004

| 07/16/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.80 |
|---|---|---|---|---|---|
| ewestbrook | 0000 | | Review memo sent up by Lizzie Kerrison, review information on EPA activities regarding building demolition and asbestos testing | | |
| 07/16/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.20 |
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | |

09/16/2004

# Time report

## 07/01/2004 - 07/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Day:** | | 07/20/2004 | | | |
| 07/20/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputting general information (4.5); Conference with Rob Turkewitz and potential witness regarding ZA and updated pleadings (2.5) | $125.00 | 7.00 |
| **Day:** | | 07/26/2004 | | | |
| 07/26/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on ZAI matters | $650.00 | 0.40 |
| **Day:** | | 07/29/2004 | | | |
| 07/29/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review memos regarding vermiculite bag labeling, review materials regarding dust testing | $650.00 | 0.80 |
| **Transaction:** | **L117** | | | | |
| **Day:** | | 07/21/2004 | | | |
| 07/21/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L117<br>Reviewing ZAI database for sales information and inputting general information (5.5); Conversation with potential witness regarding information needed for the ZAI case (.5) | $125.00 | 6.00 |
| **Day:** | | 07/22/2004 | | | |
| 07/22/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L117<br>Reviewing ZAI database for invoices regarding specific location and project | $125.00 | 7.70 |
| **Day:** | | 07/27/2004 | | | |
| 07/27/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L117<br>Reviewing ZAI database for invoices regarding specific location and project (4.0); reviewing ZAI database for sales information and inputing general information | $125.00 | 7.00 |
| **Day:** | | 07/28/2004 | | | |
| 07/28/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L117<br>Reviewing ZAI database for sales information and inputting general information | $125.00 | 7.20 |

09/16/2004

# Time report

## 07/01/2004 - 07/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY |
|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | |

### Day: 07/29/2004

| 07/29/2004 | 200106 | Zonolite Science Trial | L117 | $125.00 | 7.00 |
|---|---|---|---|---|---|
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputting general information | | |

**Transaction:** L150

### Day: 07/21/2004

| 07/21/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.20 |
|---|---|---|---|---|---|
| kgarcia | 0000 | | Prepare 12th Quarter application and send to local counsel for filing | | |

| | | | **Grand Total:** | | $12, |
| | | | **Expense Grand Total:** | | |
| | | | **Time Grand Total:** | | $12, |
| | | | **Total Hours/Report:** | | |
| | | | **Count:** | | |