# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: November 15, 2004 |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | August 1, 2004 through August 31, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 13,955.00 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: X monthly    interim    final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60. | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/21/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | Pending | Pending |

This is the Twenty-Fourth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 8.9 | $5,785.00 |
| TOTALS | | | | | 8.9 | $5,785.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 64.7 | $8,087.50 |
| Kim Garcia | Lit. Support | 10 | Litigation | $75 | 1.1 | $82.50 |
| TOTALS | | | | | 65.8 | $8,170.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 1.1 | $82.50 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 73.6 | $13,872.50 |
| TOTALS | 74.7 | $13,955.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No Expenses During the Time Period | |
| Total | $0 |

Dated: October 25, 2004

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing to be served the *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from August 1, 2004 through August 31, 2004* upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: October 26, 2004

/s/ *William D. Sullivan*
William D. Sullivan

## VERIFICATION

STATE OF SOUTH CAROLINA )
                        )
COUNTY OF CHARLESTON    )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 23rd day of September 2004.

Kimberly Anderson-Garcia
Notary Public for South Carolina

My Commission Expires
February 4, 2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 15, 2004 |
| | | Hearing Date: TBD only if necessary |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

09/17/2004

# Time report

## 08/01/2004 - 08/31/2004

1

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | **L106** | | | |
| **Day:** | | 08/03/2004 | | | | |
| 08/03/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 7.00 | $875.00 |
| **Day:** | | 08/04/2004 | | | | |
| 08/04/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 7.00 | $875.00 |
| **Day:** | | 08/05/2004 | | | | |
| 08/05/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 7.00 | $875.00 |
| **Day:** | | 08/09/2004 | | | | |
| 08/09/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 6.00 | $750.00 |
| **Day:** | | 08/10/2004 | | | | |
| 08/10/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 6.20 | $775.00 |
| **Day:** | | 08/12/2004 | | | | |
| 08/12/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for and attend strategic meeting regarding ZAI with futures representative | $650.00 | 2.60 | $1,690.00 |
| **Day:** | | 08/16/2004 | | | | |
| 08/16/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 4.20 | $525.00 |
| **Day:** | | 08/17/2004 | | | | |

09/17/2004 02:29:53 PM Garcia, Kimberly A.

# Time report

## 08/01/2004 - 08/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 08/17/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputtting general information | | | |

| Day: | | 08/19/2004 | | | | |
|---|---|---|---|---|---|---|
| 08/19/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputtting general information | | | |

| Day: | | 08/23/2004 | | | | |
|---|---|---|---|---|---|---|
| 08/23/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputtting general information | | | |

| Day: | | 08/24/2004 | | | | |
|---|---|---|---|---|---|---|
| 08/24/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.00 | $3,900.00 |
| ewestbrook | 0000 | | Prepare for meetign in Washington with Grace regarding plan of reorganization | | | |

| Day: | | 08/26/2004 | | | | |
|---|---|---|---|---|---|---|
| 08/26/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| ewestbrook | 0000 | | Conversation with PD counsel regarding meeting with Grace, memos regarding ZAI matters | | | |
| 08/26/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.70 | $337.50 |
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputtting general information | | | |

| Day: | | 08/30/2004 | | | | |
|---|---|---|---|---|---|---|
| 08/30/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | 0000 | | Reviewing ZAI database for sales information and inputtting general information | | | |

| Transaction: | | L150 | | | | |
|---|---|---|---|---|---|---|
| Day: | | 08/09/2004 | | | | |
| 08/09/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.10 | $82.50 |
| kgarcia | 0000 | | Prepare April, May and June monthly applications and send to local counsel for filing and service | | | |

09/17/2004

3

# Time report

08/01/2004 - 08/31/2004

| Date | Client No. | Client Name | | Transaction Code | Rate | HRS/QTY | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Timekeeper | Matter No. | | | Description | | | |
| | | | | Grand Total: | | | $13,955.00 |
| | | | | Expense Grand Total: | | | $0.00 |
| | | | | Time Grand Total: | | | $13,955.00 |
| | | | | Total Hours/Report: | | | 74.70 |
| | | | | Count: | | | 15 |