# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

NOV 2 4 2004

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 12, 2004 |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

Name of Applicant: Richardson Patrick Westbrook & Brickman, LLC

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and
Reimbursement is sought: September 1, 2004 through September 30, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary: $ 31,334.00

Amount of Expenses Reimbursement: $ 374.29

This is a: X monthly _ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |

This is the Twenty-Fifth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 24.8 | $16,120.00 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 11.8 | $4,720.00 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | .1 | $24.00 |
| TOTALS | | | | | 36.7 | $20,864.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 76.2 | $9,525.00 |
| Gena Martin | Lit. Support | 8 | Litigation | $75 | 12.1 | $907.50 |
| Kim Garcia | Lit. Support | 10 | Litigation | $75 | .5 | $37.50 |
| TOTALS | | | | | 65.8 | $10,470.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | .5 | $37.50 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 125.0 | $31,296.50 |
| TOTALS | 125.0 | $31,334.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Airfare | $349.29 |
| Mileage | $18.75 |
| Parking | $6.25 |
| Total | $374.29 |

Dated: November 23, 2004                     BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 19th day of Nov., 2004.

Kimberly A. Garua
Notary Public for South Carolina

My Commission Expires
February 4, 2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 12, 2004** |
| | | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

#679085-v1

11/17/2004

1

# Time report

## 09/01/2004 - 09/30/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| **Transaction:** | | **L106** | | | | |

### Day: 09/02/2004

| 09/02/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.70 | $212.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales information and inputting general information | | | |

### Day: 09/07/2004

| 09/07/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.70 | $587.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales information and inputting general information | | | |

### Day: 09/08/2004

| 09/08/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales information and inputting general information | | | |

### Day: 09/09/2004

| 09/09/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Find documents on Grace internal 9/28/84 "Potentially damaging documents:, review testing RFTs documents on ZAI database; review Libby testing documents | | | |
| 09/09/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.50 | $2,925.00 |
| ewestbrook | 0000 | | Prepare for strategic meeting | | | |

### Day: 09/13/2004

| 09/13/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 6.00 | $3,900.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Travel to Charlotte for strategic meeting, attend strategis meeting, work on ZAI sales data in preparation of memo concerning same (worked during flight time); return and review notes during return for follow-up. | | | |
| 09/13/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.70 | $587.50 |
| lkerrison | 0000 | | Review ZAI database for sales information and inputting general information | | | |

### Day: 09/14/2004

| 09/14/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales inforamtion and inputting general information | | | |

# Time report

## 09/01/2004 - 09/30/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | 09/15/2004 | | | | |
| 09/15/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Darrell Scott regarding preparing for ZAI Science Trial and strategy matters (.1), work on ZAI sales and distribution figures and conversations regarding same (.7) | $650.00 | 0.80 | $520.00 |
| **Day:** | | 09/16/2004 | | | | |
| 09/16/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales information and inputting general information | $125.00 | 6.70 | $837.50 |
| 09/16/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received deposition of Dr. R.J. Lee and forwarded to Ed Westbrook (.2); received and reviewed email from Ed Westbrook regarding Lee deposition and forwarded to Lizzie Kerrison for summarization (.2) | $400.00 | 0.40 | $160.00 |
| **Day:** | | 09/20/2004 | | | | |
| 09/20/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales inforamtion and inputting general information | $125.00 | 4.20 | $525.00 |
| **Day:** | | 09/21/2004 | | | | |
| 09/21/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales infroamtion and inputting general information (3); Summarize Lee deposition regarding WTC dust and use of dust sampling (3) | $125.00 | 6.00 | $750.00 |
| 09/21/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed memorandum from Ed Westbrook regarding Science Hearing (.1); received from Lizzie Kerrison and reviewed Grace documents regarding ZAI (.5) | $400.00 | 0.60 | $240.00 |
| **Day:** | | 09/23/2004 | | | | |
| 09/23/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize Lee deposition regarding WTC dust and use of dust sampling | $125.00 | 6.70 | $837.50 |
| **Day:** | | 09/24/2004 | | | | |
| 09/24/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Gena Martin regarding work by potential witness (.4); memo to Gena Martin regarding ZAI investigations in Canada (.8). | $400.00 | 1.20 | $480.00 |

# Time report

## 09/01/2004 - 09/30/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/24/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepared information re: potential witness (.3) ; conference with Rob Turkewitz to discuss same (.4); Reviewed memo from Rob Turkewitz re: ZAI investigations in Canada (.1) | $75.00 | 0.80 | $60.00 |
| **Day:** | | **09/27/2004** | | | | |
| 09/27/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Discussion with Ed Westbrook regarding ZAI | $400.00 | 0.20 | $80.00 |
| 09/27/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize Lee deposition regarding WTC dust and use of dust sampling | $125.00 | 8.20 | $1,025.00 |
| 09/27/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Grace Counsel regarding Omnibus Hearing both before and after hearing (.3), discussions with government counsel regarding tremolite issues (.3), discussions with Rob Turkewitz regarding ZAI (.2), preparation for ZAI October 18-19 hearing (3.4) | $650.00 | 4.20 | $2,730.00 |
| **Day:** | | **09/28/2004** | | | | |
| 09/28/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on preparation for argument of numerous motions (3.4); conversation with Rob Turkewitz regarding preparation for arguments and tasks (1.2) | $650.00 | 4.60 | $2,990.00 |
| 09/28/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize Lee deposition regarding WTC dust and use of dust sampling | $125.00 | 6.70 | $837.50 |
| 09/28/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed memo from Rob Turkewitz re: ZAI statements by real estate and home inspection organizations in the U.S.; Conferences with Rob Turkewitz re: ZAI (.5) | $75.00 | 0.60 | $45.00 |
| 09/28/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversations regarding status of ZAI investigations and warnings in Canada (.8); received and reviewed documents regarding vermiculite by Canadian defense forces (1.5); memo to Gena Martin regarding ZAI statements by real estate and home inspection organizations in the U.S. (.3); conferences with Gena Martin regarding ZAI (.5); memo to Jay Ward regarding research projects on law/regulations on asbestos disclosure and real estate transactions (.5); emails to and from Ed Westbrook regarding same (.2); meeting with Ed Westbrook regarding argument preparation and tasks (1.2) | $400.00 | 5.00 | $2,000.00 |
| **Day:** | | **09/29/2004** | | | | |
| 09/29/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed email from Aaron Diaz regarding research regarding disclosure of asbestos in real estate transactions; called and left message for Aaron Diaz (.3) | $400.00 | 0.30 | $120.00 |

11/17/2004

4

# Time report

## 09/01/2004 - 09/30/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/29/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L106<br>Obtained research and documentation via internet of EPA, NIOSH, Health Canada, and ATSDR regarding vermiculite attic insulation; (2.0) preparation of chart setting forth regulations of these agencies regarding VAI (1.5) | $75.00 | 3.50 | $262.50 |

**Day:**   09/30/2004

| 09/30/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L106<br>research of canadian government regarding homes with ZAI (3,3) various telephone conversations with homeowners regarding vermiculate attic insulation and removal of same from homes; (2.2); gathered and prepared information from asbestos consultants re: ZAI, gave to Rob Turkewitz for review (.5); prepared memo to Rob Turkewitz re: real estate association alerts on vermiculite attic insulation (1.0); prepared email to Rob Turkewitz re: ZAI renovations in Canadian homes (.2) | $75.00 | 7.20 | $540.00 |
| 09/30/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Grace counsel regarding ZAI hearing arrangements (.1); conversation with Bobby Wood regarding ZAI Science Trial (.1); emails to various staff members regarding ZAI argument assignments (.5); review materials and work on argument presentation (4) | $650.00 | 4.70 | $3,055.00 |
| 09/30/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Finish summarizing Lee deposition regarding WTC dust and use of dust sampling for getting "dust samples good" excerpts | $125.00 | 6.70 | $837.50 |
| 09/30/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received from Lizzie Kerrison and reviewed memo regarding internet websites for research on vermiculite attic insulation (.2); received from Lizzie Kerrison and began reviewing summary of R.J. Lee deposition regarding his Deutsche Bank consulting work (1.5); received and reviewed memoranda to and from Ed Westbrook and Eric Maynard regarding Lee deposition (.2); received from Gena Martin and reviewed information from asbestos consultants regarding ZAI (.5); received from Gena Martin and reviewed memo regarding real estate association alerts on vermiculite attic insulation (.2); received from Ed Westbrook and reviewed memo regarding summary of remodeling figures for ZAI Science Trial (.2); reviewed email from Gena Martin regarding ZAI renovations in Canadian homes (.2); email to Ed Westbrook regarding exhibits for ZAI Science Trial (.2); received and reviewed email from Ed Westbrook regarding EPA's El Dorado testing on tremolite (.2); received email from Ed Westbrook regarding ZAI analysis done EPA done by MVA; and reviewed test results (.3); received and reviewed email from Ed Westbrook regarding consolidation of all warning statements regarding ZAI (.2); received and reviewed email from Ed Westbrook regarding ZAI-related illnesses in Manitoba (.1); email to Ed Westbrook regarding Lee deposition (.1) | $400.00 | 4.10 | $1,640.00 |
| 09/30/2004<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Ed Westbrook regarding ZAI Science trial | $240.00 | 0.10 | $24.00 |

**Transaction:**   L150

11/17/2004

5

# Time report

### 09/01/2004 - 09/30/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **09/07/2004** | | | | |
| 09/07/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Prepared 13th quarterly application to forward to local counsel for filing; review 12th quarter spreadsheets sent by Stephen Bossay to make sure RPWB numbers are correct | $75.00 | 0.50 | $37.50 |

|  |  |
|---|---:|
| **Grand Total:** | **$31,334.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$31,334.00** |
| **Total Hours/Report:** | **125.50** |
| **Count:** | **32** |

11/17/2004 09:55:20 AM Garcia, Kimberly A.

11/17/2004                                                                                                                                                1

# Expense report

### 09/01/2004 - 09/30/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Timekeeper | Matter No. | | Description | | | |

**Day:**  09/13/2004

| 09/13/2004 | 200106 | Zonolite Science Trial | E090 | $374.29 | 1.00 | $374.29 |
| --- | --- | --- | --- | --- | --- | --- |
| ewestbrook | 0000 | | EJW Travel to Charlotte, NC for strategic meeting. This charge includes: | | | |
| | | | Airfare: $349.29 | | | |
| | | | Mileage - $18.75 | | | |
| | | | Parking - $6.25 | | | |

|  |  |
| --- | --- |
| **Grand Total:** | **$374.29** |
| **Expense Grand Total:** | **$374.29** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **1** |