# EXHIBIT 2

# Notice of Hearing on Approval of Disclosure Statement for WR Grace

**Total number of parties: 11048**

**Preferred Mode of Service: US Mail (1st Class)**

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | 111 ELM STREET LLC, 111 ELM STREET SUITE 460, SAN DIEGO, CA 92101 | |
| 11305 | 19TH AND M STREET ASSOCIATES LLC, C/O BREGMAN BERBERT SCHWARTZ& GILDAY LLC, 7315 WISCONSIN AVE, STE 800 W, BETHESDA, MD 20814 | |
| 11305 | 354401 ALBERTA LTD C O REDCLIFF REALTY M, 600-234 DONALD STREET, WINNIPEG, MB R3C 1M8CANADA | *VIA Deutsche Post* |
| 11305 | 3801 N CAMPBELL AVE LLC, 3801 N CAMPBELL AVE # A, TUCSON, AZ 85719 | |
| 11305 | 3M CO - FKA MINNESOTA MINING AND MANUFACTURING CO, C/O ANN MARIE HANRAHAN ESQ, OFFICE OF THE GENERAL COUNSEL, 3M CENTER PO BOX 33428, SAINT PAUL, MN 55133-3428 | |
| 11305 | 3S SALES & SERVICE, INC, 9 HAYDEN DR., CINCINNATI, OH 45218 | |
| 11305 | 51ST STREET MANAGEMENT CORPORATION, 8203 S 58TH ST, FRANKLIN, WI 53132 | |
| 11305 | 7300 KIMBARK BLDG CORP, 3550 W 98TH ST, EVERGREEN PARK, IL 60805 | |
| 11305 | A & M PRINTING, 1258 QUARRY LANE #E, PLEASANTON, CA 94566-4756 | |
| 11305 | A B FILICKO INC, 8975-A YELLOW BRICK ROAD, BALTIMORE, MD 21237 | |
| 11305 | A C P A, 222 WEST LAS COLLINAS BLVD STE 641, IRVING, TX 75039-5423 | |
| 11305 | A D INSTRUMENTS INC, DIVISION OF ENDRESS & HAUSEN, ATTN: JOHN CHAMBERS, 2350 ENDRESS PL, GREENWOOD, IN 46143 | |
| 11305 | A E STALEY MFG CO, ATTN GARY L DURBIN, 2200 E ELDORADO ST, DECATUR, IL 62521 | |
| 11305 | A J SACKETT & SONS CO., 1701 S. HIGHLAND AVE., BALTIMORE, MD 21224 | |
| 11305 | A MACCHIONE BROTHERS INL, 27 E KENNEDY ST, HACKENSACK, NJ 07601 | |
| 11305 | A P A TRANSPORT, PO BOX 831, NORTH BERGEN, NJ 07047 | |
| 11305 | A P GREEN INDUSTRIES INC, 400 FAIRWAY DR, MOON TOWNSHIP, PA 15108 | |
| 11305 | A P GREEN SERVICES INC, 400 FAIRWAY DR, MOON TOWNSHIP, PA 15108 | |
| 11305 | A W CHESTERTON CO, 225 FALLON RD, STONEHAM, MA 02180 | |
| 11305 | A&A BOLT & SCREW INC., 1110 BATAVIA FARM RD., PO BOX 72120, BALTIMORE, MD 21237 | |
| 11305 | A&B DEBURRING CO., 525 CARR ST, CINCINNATI, OH 45203 | |
| 11305 | A&R PRINTERS, INC, PO BOX 429, BERWYN, IL 60402 | |
| 11305 | A.A. WILL MATERIALS CORPORATION, PO BOX 616, STOUGHTON, MA 02072 | |
| 11305 | A.D.C.TRUCK TERMINAL, 7799 TELEGRAPH ROAD, MONTEBELLO, CA 90640 | |
| 11305 | A.J. SEILER INC., 7350 SHEED RD., CINCINNATI, OH 45247 | |
| 11305 | A-1 LASER SUPPLY INC, 5643 W 63RD ST, CHICAGO, IL 60638 | |
| 11305 | A-1 METAL STRIPPING, 4321 KILMER, GOLDEN, CO 80401 | |
| 11305 | A-A LOCK & ALARM INC, PO BOX 909, MENLO PARK, CA 94026-0909 | |
| 11305 | AAA COOPER TRANSPORTATION, KINSEY RD, PO BOX 6827, DOTHAN, AL 36302 | |
| 11305 | AARON, FRED, 638 BUNCH AVE, GLEN BURNIE, MD 21060 | |
| 11305 | ABB - TBI BAILEY C/O RVS CONTROLS, 1288 VALLEY FORGE ROAD, STE. 61, PHOENIXVILLE, PA 19460 | |
| 11305 | ABB AUTOMATION INC, 125 E COUNTY LINE RD, WARMINSTER, PA 18974 | |
| 11305 | ABB AUTOMATION, PO BOX 7777-W1170, PHILADELPHIA, PA 19175 | |
| 11305 | ABBATECOLA, MICHAEL J, 419 34TH AVE, SAN FRANCISCO, CA 94121 | |
| 11305 | ABEL, MARK WILLIAM, 615 LOS OLIVOS, SANTA ROSA, CA 95404 | |
| 11305 | ABELE, ERIC V, C/O ERIC ABELE, 111 LEE ST, TEWKSBURY, MA 01876 | |
| 11305 | ABELLEIRA, ANGEL, 66 MUSKET DR, NASHUA, NH 03062 | |
| 11305 | ABELMAN, HERSHEL, 15155 KENNEDY RD, LOS GATOS, CA 95032 | |
| 11305 | ABERNATHY-THOMAS ENGINEERING CO., PO BOX 1493, KINGSPORT, TN 37662-1493 | |
| 11305 | ABEYTA, ZEREDEO, 5728 W ROYAL PALM RD, GLENDALE, AZ 85302 | |
| 11305 | ABLE OVERHEAD DOOR &, 6933 WEST 59TH ST, CHICAGO, IL 60638 | |
| 11305 | ABN AMRO BANK N.V., 335 MADISON AVE 16TH FL, NEW YORK, NY 10017 | |
| 11305 | ABN AMRO BANK N.V., 335 MADISON AVE., NEW YORK, NY 10017 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    ABNEY, STEPHEN F, PO BOX 672025, HOUSTON, TX 77267-2025

11305    ABRAMS, RONNIE, 1877 MUSKEGON DR, CINCINNATI, OH 45255

11305    AC CONTROLS COMPANY INC, PO BOX 691000, CHARLOTTE, NC 28227-7017

11305    ACADIA PARISH SCHOOL BOARD, 2402 NORTH PARKERSON AVENUE, CROWLEY, LA 70526

11305    ACC BUSINESS, PO BOX 5149, BUFFALO, NY 14270-5149

11305    ACCA - BALTIMORE CHAPTER, 8072 DONEGAL LANE, SPRINGFIELD, VA 22153

11305    ACCP & HR COMPLY, 100 EXECUTIVE WAY SUITE 110, PONTE VEDRA BEACH, FL 32082

11305    ACCUTEST LABORATORIES, 2235 ROUTE 130, DAYTON, NJ 08810

11305    ACE COFFEE BAR, INC, 30 W.626 HWY.20, ELGIN, IL 60120-7409

11305    ACE COFFEE BAR, INC, 30W626 RTE. 20, ELGIN, IL 60120-9526

11305    ACE EXTERMINATING CO., 1920 LOSANTIVILLE AVE., CINCINNATI, OH 45237

11305    ACE EXTERMINATING, PO BOX 691700, CINCINNATI, OH 45269-1700

11305    ACF INDUSTRIES INC, 620 N SECOND, SAINT CHARLES, MO 63301

11305    ACG/UNITED RENTALS, INC, PO BOX 3158, SOUTH BEND, IN 46619

11305    ACKLEY, MARIE M, 610 TREASURE AVE #29-C, LIBBY, MT 59923

11305    ACME CORRUGATED BOX CO INC, PO BOX 826139, PHILADELPHIA, PA 19182-6139

11305    ACME INDUSTRIAL PIPING, INC, PO BOX 72936, CHATTANOOGA, TN 37407

11305    ACR ENVIRONMENTAL SERVICES, 200F COMMERCE CIRCLE, YORKTOWN, VA 23693

11305    ACRISON, INC, 20 EMPIRE BLVD., MOONACHIE, NJ 07074

11305    ACTION AUTOMATION & CONTROLS, 10 LARSEN WAY, ATTLEBORO FALLS, MA 02763

11305    ACTION MOWERS & GROUNDS MAINTENANCE, PO BOX 1114, CYPRESS, TX 77410-1114

11305    ACTION PEST CONTROL, 1229 SWEENEY ST, OWENSBORO, KY 42303

11305    ACTIVE PROPANE CO INC, 4158 DIVISION ST, HILLSIDE, IL 60162-1898

11305    ACTUARIAL SCIENCES ASSOCIATES, 5200 TOWN CENTER CIRCLE SUITE 201, BOCA RATON, FL 33486

11305    ACUMETER, ACUMETER LABORATORIES INC, 1120 RED FOX RD, ARDEN HILLS, MN 55112

11305    ADAMS COUNTY TREASURER, PO BOX 869, BRIGHTON, CO 80601-0869

11305    ADAMS, ALFRED C, 204 LICK CREEK CIR, WATERLOO, SC 29384

11305    ADAMS, CHARLES T, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    ADAMS, EUNICE M, 704 WEST PARK AVENUE, CLAXTON, GA 30417

11305    ADAMS, JAMES L, 1004 SOUTH LAKE DRIVE, DUBLIN, GA 31027

11305    ADAMS, MAY P, 9115 CHATSWORTH CASCADES, BOCA RATON, FL 33434

11305    ADAMS, RONALD E, C/O RONALD ADAMS, 5547 HWY 142, PHILPOT, KY 42366

11305    ADAMS, RUSSELL F, 5105 STATE RT 142, PHILPOT, KY 42366

11305    ADAPTIVE CONTROLS, INC, 419 CENTURY PLAZA DR STE 200, HOUSTON, TX 77073

11305    ADC TRUCK TERMINAL, PO BOX 7661, NEWPORT BEACH, CA 92658

11305    ADDISON & ASSOCIATES, PO BOX 2756, ORLEANS, MA 02653

11305    ADECCO, PO BOX 371084, PITTSBURGH, PA 15250-7084

11305    ADKINS, KENNETH E, 12064 KY 1389, LEWISPORT, KY 42351

11305    ADKINS, KENNETH L, 9920 HILLYARD AVE, BATON ROUGE, LA 70809

11305    ADKINS, TROY M, 4714 DOE RUN, OWENSBORO, KY 42303

11305    ADMIRAL METALS, PO BOX 11545, BOSTON, MA 02211

11305    ADS CONSULTING CORPORATION, 11331 LAKE TREE CT, BOCA RATON, FL 33498

11305    ADT SECURITY SERVICES, PO BOX 371956, PITTSBURGH, PA 15250

11305    ADTECH SYSTEMS INC, 526 BOSTON POST RD, WAYLAND, MA 01778

11305    AD-TEK, PO BOX 848, BORING, OR 97009

11305    ADVANCED COMBUSTION SYSTEMS INC, 7840 STANDIFER GAP RD, CHATTANOOGA, TN 37421

11305    ADVANCED FILTRATION DIV OF DENTECH INC, C/O MARTIN BERNDT, DENTECH INC, PO BOX 339, BROWNSTOWN, PA 17508-0339

11305    ADVANCED IMAGING SOLUTIONS, PO BOX 745, SOUTH BEND, IN 46624

11305    ADVANCED INFORMATION RESEARCH, 11403 CRONRIDGE DR., STE 232, OWINGS MILLS, MD 21117

11305    ADVANCED RADIOLOGY, PO BOX 64580, BALTIMORE, MD 21264-4580

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   ADVANCED VACUUM CO INC, 1215 N BUSINESS PKWY, WESTMINSTER, MD 21157

11305   ADVANCED WASTE SERVICES INC, ATTN MARY ANN, 1126 S 70TH ST #N508B, WEST ALLIS, WI 53214

11305   ADVANCED WASTE SERVICES INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   ADVANTA BUSINESS SERVICES, ADVANTA BUSINESS SERVICES CORPORATION, ATTN: MARGUERITE K HALL, 1020 LAUREL OAK ROAD, VOORHEES, NJ 08043

11305   ADVANTAGE SALES & SERVICE, 4906 WALLBANK AVE, DOWNERS GROVE, IL 60515

11305   ADVENT SYSTEMS INC, C/O MIKE WALSDORF, 435 W FULLERTON AVE, ELMHURST, IL 60126

11305   ADVERTISER PRINTING CO INC, THE, PO BOX 490, LAURENS, SC 29360

11305   ADVERTISING PREMIUMS & INCENTIVES, 4471 NICOLE DR, LANHAM, MD 20706

11305   ADVOGADOS, DANIEL, AV REPUBLICA DO CHILE 230/6 FL, RIO DE JANEIRO, RJ 02003-1170BRAZIL          *VIA Deutsche Post*

11305   ADX FIRE PROTECTION, PO BOX 272, LITTLETON, CO 80160-0272

11305   AE DOOR SALES & SERVICE INC, 1260 W SHARON RD, CINCINATTI, OH 45240

11305   AEARO CO., PO BOX 18026B, SAINT LOUIS, MO 63160-8026

11305   AEC, INC, DEPT. N 59904, MILWAUKEE, WI 53259-0904

11305   AEROGLIDE CORPORATION, PO BOX 29505, RALEIGH, NC 27626

11305   AFA PROTECTIVE SYSTEMS INC, 155 MICHAEL DRIVE, SYOSSET, NY 11791

11305   AFFILIATED STEAM EQUIPMENT COMPANY, 12424 S LOMBARD LN, ALSIP, IL 60803

11305   AG &F INVESTMENTS LLC, 5500 W HOWARD, SKOKIE, IL 66077

11305   AG ONE LLC, C/O MARK W COY, BORING & COY PC, PO BOX 100, FOUNTAINTOWN, IN 46130

11305   AGA GAS INC, MEMBER OF THE LINDE GAS GROUP, PO BOX 94737, CLEVELAND, OH 44101-4737

11305   AGA GAS, INC, PO BOX 94706, CLEVELAND, OH 44101

11305   AGGREGATE INDUSTRIES, PO BOX 5-0070, WOBURN, MA 01815-0070

11305   AGILENT TECHNOLOGIES, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   AGL WELDING SUPPLY CO INC, PO BOX 1707, CLIFTON, NJ 07015-1707

11305   AGM ELECTRONICS INC, ATTN: JOHN VERMAES, PO BOX 2227, TUCSON, AZ 85751-2227

11305   AGRESTI, DAVID N, 8 INDIAN LN, FRANKLIN, MA 02038

11305   AGUILAR, MANUEL, 11163 OUTLAW WAY, MORENO VALLEY, CA 92557

11305   AHERN, A LAWRENCE, 4118 MANOR HOUSE DR, MARIETTA, GA 30062

11305   AHERN, STEPHEN H, 3379 WALNUT DR, ELLICOTT CITY, MD 21043

11305   AIDANT FIRE PROTECTION COMPANY, 15836 N 77TH ST, SCOTTSDALE, AZ 85260

11305   AIELLO, LAWRENCE AND PATRICI, 12 EASTMAN RD, ANDOVER, MA 01810-4029

11305   AII ACQUISITION CORP, C/O LAUREN S MCANDREWS, 1000 SIX PPG PL, PITTSBURGH, PA 15222

11305   AIKEN AUTO PARTS, 126 PENDLETON ST. S.W., AIKEN, SC 29801

11305   AIKEN ELECTRICAL WHOLESALERS, INC, PO BOX 2371, AIKEN, SC 29801

11305   AIKEN ELECTRONICS, 610 ALDRICH ST., NE, AIKEN, SC 29801

11305   AIR BARRIER ASSOCIATION OF AME, 1600 BOSTON-PROVIDENCE HWY, WALPOLE, MA 02081

11305   AIR CENTERS OF SOUTH CAROLINA, PO BOX 27132, GREENVILLE, SC 29616

11305   AIR FILTERS ENGINEERS, INC, 6736 BELT CIRCLE DRIVE, BEDFORD PARK, IL 60638

11305   AIR FILTERS INC, 2955 FREDERICK AVE STE A, BALTIMORE, MD 21223

11305   AIR LIQUIDE AMERICA CORP, PO BOX 95198, CHICAGO, IL 60694-5198

11305   AIR PREHEATER CO., PO BOX 100295, ATLANTA, GA 30384

11305   AIR PRODUCTS AND CHEMICALS INC, 7201 HAMILTON BLVD, ALLENTOWN, PA 18195-1501

11305   AIR PRODUCTS AND CHEMICALS INC, BANKRUPTCY DEPT, 7201 HAMILTON BLVD M/C A6313, ALLENTOWN, PA 19510

11305   AIR SUPPLY SYSTEMS, INC, 6431 SOUTH 108TH ST, FRANKLIN, WI 53132

11305   AIR TECHNOLOGIES, 666 PARSONS AVE, COLUMBUS, OH 43206

11305   AIRGAS - MID AMERICA, PO BOX 31173, TAMPA, FL 33631-3173

11305   AIRGAS NORTH CENTRAL, PO BOX 2395, WATERLOO, IA 50704

11305   AIRGAS SAFETY INC, PO BOX 1010, GERMANTOWN, WI 53022-8210

11305   AIRGAS, PO BOX 9249, MARIETTA, GA 30065-2249

11305   AIRGAS-GULF STATES REGION, 2210 SWISCO RD., SULPHUR, LA 70663

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    AIRGAS-GULF STATES REGION, PO BOX 190969, MOBILE, AL 36619

11305    AIRMATIC, INC, PO BOX 7777W-8465, PHILADELPHIA, PA 19175-8465

11305    AIRPORT TAXI MANAGEMENT LLC, PO BOX 46056, BALTIMORE WASHINGTON INTE, MD 21240

11305    AIRPORT TAXI MANAGEMENT LLC, PO BOX 46056, BALTIMORE, MD 21240

11305    AIRSTAR, PO BOX 957656, CHATTANOOGA, TN 37407

11305    AIRSTAR, PO BOX 957656, DULUTH, GA 30095-9528

11305    AKERMAN SENTERFITT & EDISON PA, 255 S ORANGE AVE, PO BOX 231, ORLANDO, FL 32802-0231

11305    AKERS, JOHN F, ONE STAMFORD PLAZA, 263 TRESSER BLVD 9TH FLOOR, STAMFORD, CT 06901

11305    AKERS, VIRGINIA W, 65 E ELLENDALE ST, BEL AIR, MD 21014

11305    AKERS, VIRGINIA W, C/O VIRGINIA AKERS, 65 E ELLENDALE ST, BEL AIR, MD 21014

11305    AKROCHEM CORPORATION, 255 FOUNTAIN ST, AKRON, OH 44304

11305    AKYUZ, MARY B, 29 WHITE OAK LN, SUDBURY, MA 01776

11305    AKZO NOBEL CATALYSTS BV, C/O AMY L BOSTIC, THOMPSON HINE LLP, 10 W BROAD ST, SUITE 700, COLUMBUS, OH 43215

11305    AKZO NOBEL FUNCTIONAL CHEMICALS LLC, ATTN: MARK FILIPPINI, 300 SOUTH RIVERSIDE PLAZA, 22ND FLOOR NORTH, CHICAGO, IL 60606-6697

11305    AKZO NOBEL SURFACE CHEMISTRY LLC, ATTN: MARK FILIPPINI, 300 SOUTH RIVERSIDE PLAZA, 22ND FLOOR NORTH, CHICAGO, IL 60606-6697

11305    AKZO NOBEL SURFACE CHEMISTRY LLC, C/O BOB WAREHAM, RT 6 & TABLER RD, PO BOX 310, MORRIS, IL 60450

11305    ALABAMA GAS CORP, ATTN: PHYLLIS ANDERSON, 605 RICHARD ARRINGTON JR BLVD N, BIRMINGHAM, AL 35203-2707

11305    ALABAMA POWER CO, PO BOX 12465, BIRMINGHAM, AL 35202-2465

11305    ALACRA, INC, 88 PINE ST 3RD FL, NEW YORK, NY 10005

11305    ALAMEDA COUNTY TAX COLLECTOR, ATTN: JOHN LAC, 1221 OAK STREET, OAKLAND, CA 94612

11305    ALAMO TRANSFORMER SUPPLY COMPANY, 10220 MYKAWA, HOUSTON, TX 77048

11305    ALAN DOBZINSKI, 5911 IVY LEAGUE DR., CATONSVILLE, MD 21228

11305    ALARM CONTROL CO, 2166 SOUTH 900 EAST, SALT LAKE CITY, UT 84106

11305    ALBANY CITY SCHOOL DISTRICT, ACADEMY PARK, ALBANY, NY 12207

11305    ALBERMARLE CORPORATION, C/O DONALD ROBERIE, 451 FLORIDA BLVD, BATON ROUGE, LA 70801

11305    ALBERT, JASON G, 22355 BOYACA AVE, BOCA RATON, FL 33433

11305    ALBIN, LENNY L, 20138 PINEHAVEN LN, SPRING, TX 77379

11305    ALBRIGHT JR, DUANE C, 270 CHERRY TREE SQ, FOREST HILL, MD 21050

11305    ALBURY, RICKY M, PO BOX AB20480, MARSH HARBOUR, ABACO, BAHAMAS    *VIA Deutsche Post*

11305    ALCHEMY-SOUTH LTD, 1345 OWENBY DR, MARIETTA, GA 30066

11305    ALCO CHEMICAL CORP., PO BOX 65998, CHARLOTTE, NC 28265-0998

11305    ALCOTT, LEVERETT C, 7150 GOLDENGATE, CINCINNATI, OH 45244

11305    ALDAG, KARL L, 1407 CHESTNUT ST, ATLANTIC, IA 50022

11305    ALDRICH, TAMARA BETH, 17725 S PLACITA COCINERA, SAHUARITA, AZ 85629

11305    ALDYKIEWICZ JR, ANTONIO J, 49 BARTLETT AVE, LEXINGTON, MA 02420

11305    ALESSI, ANTHONY, 14400 S KOLIN, MIDLOTHIAN, IL 60445

11305    ALEXANDER CHEMICAL CORP, 2525 CABOT DRIVE, LISLE, IL 60532

11305    ALEXANDER, BECKY A, 4825 MADRID DR, SULPHUR, LA 70665

11305    ALEXANDER, MARY KAY, 219 LAKE STREET WEST, NORWOOD YOUNG AMERICA, MN 55368

11305    ALEXANDER, RICHARD A, 2202 WOODLAND DR, OWENSBORO, KY 42301-8903

11305    ALEXANDER, TIMOTHY CHRISTOPH, 219 LAKE STREET WEST, NORWOOD, MN 55368

11305    ALFERT, JORGE, 343 ROYAL PALM WAY, BOCA RATON, FL 33432

11305    ALFORD, FRED, 4231 SOUTHCREST, DALLAS, TX 75229

11305    ALIOTO, LAWRENCE J, 3 PEQUOT RD, PEABODY, MA 01960

11305    ALL SAINTS SCHOOL, 9294 STONEWALL ROAD, MANASSAS, VA 20110

11305    ALL STAR GAS - AIKEN,

11305    ALL STATE PETROLEUM, PO BOX 662, AIKEN, SC 29802

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305　ALLAMAN, W L, 21045 QUILEUTE RD, APPLE VALLEY, CA 92308

11305　ALLBRITTEN, TIA K, 4628 S 3950 W, ROY, UT 84067

11305　ALLCOM, ATTN: DEBBIE GORDON, 139 NEWBURY ST, FRAMINGHAM, MA 01701

11305　ALLCOPY SUPPLY COMPANY, PO BOX 81148, ATLANTA, GA 30366-1148

11305　ALLEGHENY CENTER ASSOCIATES, ALLEGHENY CENTER ASSOCIATES, MALL MGMT, PITTSBURGH, PA 15212

11305　ALLEN & OVERY, ONE NEW CHANGE, LONDON, EC4M 9QQUNITED KINGDOM    *VIA Deutsche Post*

11305　ALLEN ADVERTISING INC, 6504 WEYMOUTH ROAD, BALTIMORE, MD 21212

11305　ALLEN CALDER, TRACY L, 2 PASHO RD, BILLERICA, MA 01821

11305　ALLEN JR, GEORGE H, 6181 SW 84 PL, OCALA, FL 34476

11305　ALLEN SR, JAMES ROBERT, 1109 LOUISIANA AVE, LIBBY, MT 59923

11305　ALLEN, ALJEWEL, 5019 GREENCREST DRIVE, DALLAS, TX 75241

11305　ALLEN, JEFFERY D, 2612 ROCKPORT LN #208, NAPERVILLE, IL 60564

11305　ALLEN, JEFFREY SCOTT, 1416 W MAIN, SHELBYVILLE, IL 62565

11305　ALLEN, JERRY M, 2810 BARNETTS CREEK RD, HARTFORD, KY 42347

11305　ALLEN, MARK B, RT 3 BOX 331, DUNLAP, TN 37327

11305　ALLEN, MARTHA C, 175 ANN DR, SPARTANBURG, SC 29303

11305　ALLEN, SARA J, 306 GARDENS DR #201, POMPANO BEACH, FL 33069

11305　ALLEN, SARAH F, 3033 SILVER BEACH RD, HARTFORD, KY 42347

11305　ALLEN, WILLIAM T, 3010 S HAMPTON RD, OWENSBORO, KY 42303

11305　ALLENBERG, ROSE MARY, 130 DIVISION ROAD, TROY, MT 59935

11305　ALLER, L BRYAN, 162 DOWNING DR, SEVERNA PARK, MD 21146

11305　ALLES OF THE CAROLINAS, PO BOX 651262, CHARLOTTE, NC 28265-1262

11305　ALLIANCE GPTECHCO-CALUMET,INC, 8252 VIRGINIA ST., MERRILLVILLE, IN 46410

11305　ALLIANCE GROUP TECHNOLOGIES CO, PO BOX 1015, HAMMOND, IN 46325

11305　ALLIED BUILDING PRODUCTS, 7100 212TH ST SW, EDMONDS, WA 96026

11305　ALLIED ELECTRONICS, INC, PO BOX 2325, FORT WORTH, TX 76113

11305　ALLIED VLVE DIV OF JAY INDUSTRIAL TECH G, C/O JAY INDUSTRIAL TECHNICAL GROUP INC, 555 N WAYNE AVE, CINCINNATI, OH 45215

11305　ALLIED-HASTINGS BARREL &, DRUM SERVICES INC, 915 WEST 37TH ST., CHICAGO, IL 60609

11305　ALLISON, PATRICK D, 5404 E LAKE CT, LAKE CHARLES, LA 70605

11305　ALLOY PRODUCTS CORP, ATTN: ROBERT ROSENKRANZ, CFO, PO BOX 529, WAUKESHA, WI 53187-0529

11305　ALL-REDI FOOD FLOUR & SALT, 99 CRESCENT AVE, CHELSEA, MA 02150

11305　ALLSOUTH ENVIRONMENTAL SERVICES INC, 179 WINDING WAY, JACKSON, GA 30233

11305　ALLSTATE LEASING LLC, 3575 HWY 13, EAGAN, MN 55122

11305　ALLTEL CORPORATION, PO BOX 2989, OMAHA, NE 68103-2989

11305　ALLYN, WILLIAM C, 900 POWDER HORN CT, WESTMINSTER, MD 21157

11305　ALMAR TELECOMMUNICATIONS, 1246 WEST CHESTER PIKE SUITE 310, WEST CHESTER, PA 19382

11305　ALNOR CO, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706

11305　ALONSO & CARUS IRON WORKS INC, PO BOX 566, CATANO, PR 00963PUERTO RICO

11305　ALPINE SPRING WATER COMPANY, PO BOX 311, LAURENS, SC 29360

11305　ALPINE VALLEY, 10341 JULIAN DR, CINCINNATI, OH 45215

11305　ALSFELD, GEORGE W, 3233 STONE EAGLE CT, ABINGDON, MD 21009

11305　ALSFELD, GEORGE W, 3233 STONE EAGLE CT, ATTN GEORGE W ALSFELD, ABINGDON, MD 21009

11305　ALSTOM POWER, AIR PREHEATER CO., PO BOX 100295, ATLANTA, GA 30384

11305　ALT, NORMAN C, 1070 BOSTON POST RD, RYE, NY 10580

11305　ALVAREZ, JOSE R, 337 GATEWATER CT APT 202, GLEN BURNIE, MD 21060

11305　ALVORD, BEN M, 4341 HALLMARK DR, DALLAS, TX 75229-2850

11305　AMA ANALYTICAL SERVICES, PO BOX 646, HANOVER, MD 21076

11305　AMB PROPERTY L.P., PO BOX 503104, SAINT LOUIS, MO 63150-3104

11305　AMBROSE, HELEN B, 33 ERSKINE CT, MAHWAH, NJ 07430

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    AMBROSE, MARTHA J, 7 SPRINGDALE DR, WILLIAMSTON, SC 29697

11305    AMBROSE, ROBERT, 2818 MICKEY LN, LAKE CHARLES, LA 70607

11305    AMBU INC, 611 N HAMMONDS FERRY RD, LINTHICUM, MD 21090-1356

11305    AMCO INDUSTRIES INC,

11305    AMEREN UE, PO BOX 66881, ST LOUIS, MO 63166-6881

11305    AMERHART, PO BOX 10097, GREEN BAY, WI 54307-0097

11305    AMERIBROM,INC SYNERGY FLUIDS DIV, 16800 IMPERIAL VALLEY DR, S,310, HOUSTON, TX 77060

11305    AMERICAL GRAPHIC SYSTEMS, PO BOX 4715, SAN DIMAS, CA 91773

11305    AMERICAN 1ST CU, C/O CORY W THOMPSON, BOX 446, HUNTSVILLE, UT 84317

11305    AMERICAN ANALYTICAL & TECHNICAL, 1700 W ALBANY, BROEN ARROW, OK 74012

11305    AMERICAN BRUSH COMPANY, 248 WYANDANCH AVE, WYANDANCH, NY 11798

11305    AMERICAN CHEMICAL SOCIETY, 1155 SIXTENNTH ST., NW, WASHINGTON, DC 20036

11305    AMERICAN CITADEL GUARD INC, PO BOX 66443, BATON ROUGE, LA 70896

11305    AMERICAN CONCRETE INSTITUTE,

11305    AMERICAN CUSTOM HYDRAULICS INC, 27 ROOSEVELT AVE, BELLEVILLE, NJ 07109

11305    AMERICAN DRILLING AND SAWING, PO BOX 40531, HOUSTON, TX 77240-0531

11305    AMERICAN ELECTROPLATING COMPANY, 41 BARTLETT ST, EVERETT, MA 02149

11305    AMERICAN ELEVATOR COMPANY, 214 HARVARD AVE, ALLSTON, MA 02134-4641

11305    AMERICAN EXPEDITING, 2215 ARCH ST., PHILADELPHIA, PA 19103

11305    AMERICAN FIBREX, ATTN: WILLIAM GESSLER, 1220 W MURPHY BLVD, JOPLIN, MO 64801

11305    AMERICAN GAS & CHEMICAL CO LTD, 220 PEGASUS AVE, NORTHVALE, NJ 07647

11305    AMERICAN HARDWARE CENTER, 2746 EVANS MILL ROAD, LITHONIA, GA 30058

11305    AMERICAN INDUSTRIAL CHEMICAL CORP, PO BOX 101390, ATLANTA, GA 30392-1390

11305    AMERICAN INDUSTRIAL CHEMICALS CORP., PO BOX 101390, ATLANTA, GA 30392-1390

11305    AMERICAN LEGION, 505 3RD AVENUE NORTH, FARGO, ND 58102

11305    AMERICAN LEWA INC, 132 HOPPING BROOK RD, HOLLISTON, MA 01746

11305    AMERICAN MARKETING ASSOCIATION, 250 S WACKER DR, CHICAGO, IL 60606-5819

11305    AMERICAN MARKING SYSTEMS, PO BOX 107, BALTIMORE, MD 21203

11305    AMERICAN MEDICAL ALERT CORP, 3265 LAWSON BLVD, OCEANSIDE, NY 11572

11305    AMERICAN PETROGRAPHIC SERVICES,INC, 550 CLEVELAND AVE NORTH, SAINT PAUL, MN 55114

11305    AMERICAN PREMIER UNDERWRITERS INC, 1 EAST 4TH STREET, CINCINNATI, OH 45202

11305    AMERICAN PRESS, PO BOX 2893, LAKE CHARLES, LA 70602

11305    AMERICAN RADIOLOGY ASSOICATES, PA, 10373A REISTERSTOWN ROAD, OWINGS MILLS, MD 21117

11305    AMERICAN REAL ESTATE LP, 100 S BEDFORD RD, ATTN FELICIA P BUEBEL ESQ, MOUNT KISCO, NY 10549

11305    AMERICAN RED CROSS AIKEN COUNTY CHAPTER, PO BOX 384, AIKEN, SC 29802

11305    AMERICAN RED CROSS CHATTANOOGA HAMILTON, CHATTANOOGA HAMILTON COUNTY CHAPTER, 801 MCCALLIE AVE, CHATTANOOGA, TN 37403

11305    AMERICAN RED CROSS, 6135 N BLACK CANYON HWY, PHOENIX, AZ 85015

11305    AMERICAN SCALE & EQUIPMENT CO INC, PO BOX 70189, BALTIMORE, MD 21237-6189

11305    AMERICAN SOCIETY FOR TESTING &, 100 BARR HARBOR DR, WEST CONSHOHOCKEN, PA 19428-2959

11305    AMERICAN TRANSPORTATION GROUP, AGENT FOR COMPANIA SUD-AMERICANA DE SAPORES, ATTN JESUS PAGAN, 99 WOOD AVE S 9TH FL, ISELIN, NJ 08830

11305    AMERICAN WATER SYSTEMS LLC, 115 POND ST, AVON, MA 02322

11305    AMERICOMM LABEL SYSTEMS, BOX 660, WILTON, NH 03086-0660

11305    AMERIGAS - CICERO, 3501 S CICERO AVE., CICERO, IL 60804-4534

11305    AMERIGAS - GARDENA 5402, PO BOX 79140, CITY OF INDUSTRY, CA 91716-9140

11305    AMERIGAS - KULPSVILLE, PO BOX 272, KULPSVILLE, PA 19443-0272

11305    AMERIGAS - MILWAUKEE, 632 SOUTH 84TH ST., MILWAUKEE, WI 53214-1438

11305    AMERIPOL SYNPOL CORPORATION, 1215 S MAIN, PORT NECHES, TX 77651

11305    AMERITECH CORP, BILL PAYMENT CENTER, SAGINAW, MI 48663-0003

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 11305 | AMERITECH CORPORATION, C/O BANKRUPTCY DEPT, 646 CHICAGO RD, CHICAGO HTS, IL 60411 | |
| 11305 | AMERSHAM BIOSCIENCES, 800 CENTENNIAL AVE, PISCATAWAY, NJ 08855-1327 | |
| 11305 | AMES, MICHAEL L, 2320 LAKE CREST DR, SPRINGFIELD, IL 62707 | |
| 11305 | AMETEK PROCESS & ANALYTICAL INST, PO BOX 8500-S3415, PHILADELPHIA, PA 19178 | |
| 11305 | A-M-F DISTRIBUTORS, PO BOX 398, MONTEBELLO, CA 90640 | |
| 11305 | AMF TRUCKING & WAREHOUSING, INC, 2 GERMAK DR, CARTERET, NJ 07008-1217 | |
| 11305 | AMICK, WALLACE I, 112 WORKS ST, OTIS, CO 80743 | |
| 11305 | AMICON, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 11305 | AMIGOS EIGHTH FIELD TRIP, 158 SPRING ST, CAMBRIDGE, MA 02141 | |
| 11305 | AMOCO OIL COMPANY, C/O PAM GREEN, BP, 28100 TORCH PKWY, WARRENVILLE, IL 60555 | |
| 11305 | AMR TRAINING GROUP INC DBA AMERICAN AIRL, AMERICAN AIRLINES TRAINING & CONF CTR, ACCOUNTS RECEIVABLE, 4501 HWY 360 MD 906, FORT WORTH, TX 76155 | |
| 11305 | AMSPAK, PO BOX 2225, HARTSVILLE, SC 29551 | |
| 11305 | AMUNDSEN, JAMES C, 1103 W NASSAU DR, PEORIA, IL 61615 | |
| 11305 | AMVET, 9431 WESTPORT ROAD, PMB 406, LOUISVILLE, KY 40241-2225 | |
| 11305 | AMWORTHY, RENA, 1235 NORMAN DR APT 8-D, EDEN, NC 27288 | |
| 11305 | ANALYTICAL SERVICES INC, 110 TECHNOLOGY PKWY, NORCROSS, GA 30092 | |
| 11305 | ANALYTICS CORPORATION, 8040 VILLA PARK DR STE 250, RICHMOND, VA 23228 | |
| 11305 | ANDERSEN, DENNIS D, PO BOX 1122, MADISON, NE 68748 | |
| 11305 | ANDERSON GENERAL INDUSTRIAL CONTRACTING, 1531 DESOTO RD, BALTIMORE, MD 21230 | |
| 11305 | ANDERSON SR, JASON R, 3211 ECHODALE AVE, BALTIMORE, MD 21214 | |
| 11305 | ANDERSON, ALICE DIANE, 519 EAST 4TH STREET, LIBBY, MT 59923 | |
| 11305 | ANDERSON, CLIFFORD L, 5414 S CHRISTIANA AVE, CHICAGO, IL 60632 | |
| 11305 | ANDERSON, DALE ERVIN, 3075 92ND AVE NE, BLAINE, MN 55449 | |
| 11305 | ANDERSON, DALE W, 1510 JUNEAU, GRAND PRAIRIE, TX 75050 | |
| 11305 | ANDERSON, DAVID, 168 DEER PARK LN, LAFAYETTE, TN 37083 | |
| 11305 | ANDERSON, GUY S, 6404 MELLOW WINE WAY, COLUMBIA, MD 21044 | |
| 11305 | ANDERSON, JANE M, 184 S CLEVELAND, BRADLEY, IL 60915 | |
| 11305 | ANDERSON, JOHN A, 4220 SCARLET SAGE CT, ELLICOTT CITY, MD 21042 | |
| 11305 | ANDERSON, JOSEPH MARK, 1501 JEFFERSON ST NE, MINNEAPOLIS, MN 55413 | |
| 11305 | ANDERSON, KELLY LYNN-ORTE, 1501 JEFFERSON ST NE, MINNEAPOLIS, MN 55413 | |
| 11305 | ANDERSON, LINDA A, 4220 SCARLET SAGE CT, ELLICOTT CITY, MD 21042 | |
| 11305 | ANDERSON, LUELLA GERTRUDE, 2423 5TH STREET NE, MINNEAPOLIS, MN 55418 | |
| 11305 | ANDERSON, ROBERT E, 1523 ADAMS ST NE #1, MINNEAPOLIS, MN 55413 | |
| 11305 | ANDERSON, SHEILA KAY, 6626 37TH AVENUE NORTH, MINNEAPOLIS, MN 55427 | |
| 11305 | ANDERSON, STEPHANIE, 28 HUTCHINSON ST, CAMBRIDGE, MA 02138 | |
| 11305 | ANDERSON, THOMAS V, 12539 MCGEE DR, WHITTIER, CA 90606 | |
| 11305 | ANDERSON, W R, 41 HARROGATE RD, HOCKLEY ESSEX, SS55HTUNITED KINGDOM | *VIA Deutsche Post* |
| 11305 | ANDERSON, WILLIAM B, 5 SHINLEAF DR, GREENVILLE, SC 29615-4406 | |
| 11305 | ANDRADE, JOSEPH, 38 LAWS BROOK RD, ACTON, MA 01720 | |
| 11305 | ANDREJAK, RONALD A, 745 SHORE DR, JOPPA, MD 21085 | |
| 11305 | ANDREWS JR, RICHARD C, 32 AVON DR, HUDSON, MA 01749-1104 | |
| 11305 | ANDREWS, ALYEX V, 5637 WHITBY RD, BALTIMORE, MD 21206 | |
| 11305 | ANDREWS, EDWARD RAY, 507 STANLEY AVENUE, CHARLOTTE, NC 28205 | |
| 11305 | ANDREYCAK, ALLAN G, C/O ALLAN ANDREYCAK, 2105 CYPRESS DR, BEL AIR, MD 21015 | |
| 11305 | ANDRITZ INC, 35 SHERMAN ST, MUNCY, PA 17756-1227 | |
| 11305 | ANGLE, JAMES R, 88 LOWELL RD, PEPPERELL, MA 01463 | |
| 11305 | ANN GREEN COMMUNICATIONS, INC, 300 D ST., SOUTH CHARLESTON, WV 25303-3106 | |
| 11305 | ANTAR, SHARON, 25 GRAND VIEW AVE, REVERE, MA 02151 | |
| 11305 | ANTEK INSTRUMENTS LP, 300 BAMMEL WESTFIELD RD, HOUSTON, TX 77090 | |
| 11305 | ANTHONY, LINDA L, 1058 7TH ST, GLEN BURNIE, MD 21060 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   ANTHONY, VICTOR J, 10133 HEATHER SOUND DRIVE, TAMPA, FL 33647

11305   ANTIBUS SCALES & SYSTEMS, 3600 W. MCGILL ST., #200, SOUTH BEND, IN 46628

11305   ANTIBUS SCALES & SYSTEMS, 4809 ILLINOIS RD., FORT WAYNE, IN 46804

11305   ANTONUCCI, SANDRA L, 652 E CENTER ST, ANAHEIM, CA 92805

11305   AOAO, ROYAL COURT, 920 WARD AVENUE, HONOLULU, HI 96814

11305   AON CONSULTING, ATTN: BILL GRUBBS, 1100 REYNOLDS BLVD, WINSTON SALEM, NC 27105

11305   AON CONSULTING/ASA, PO BOX 905494, CHARLOTTE, NC 28290-5494

11305   AOXY MANAGEMENT TRUST, 300 TICE BLVD, WOODCLIFF LAKE, NJ 07677

11305   AOXY MANAGEMENT TRUST, C/O ANTHONY S CANNATELLA ESQ, PAVIA & HARCOURT LLP, 600 MADISON AVE, NEW YORK, NY 10022

11305   APLICARE, INC, 50 E. INDUSTRIAL ROAD, BRANFORD, CT 06405-6507

11305   APOGEE CONSULTANTS, LTD, PO BOX 254, JARRETTSVILLE, MD 21084

11305   APPLEBROOK RLLP, ATTN: STEVE APPLEMAN, 153 DENARGO MARKET, DENVER, CO 80216

11305   APPLIED INDUSTRIAL TECH AMERICAN BEARING, PO BOX 6925, CLEVELAND, OH 44101

11305   APPLIED INDUSTRIAL TECHNOLOGIES GA LP, PO BOX 6925, CLEVELAND, OH 44101

11305   APPLIED INDUSTRIAL TECHNOLOGIES, PO BOX 6925, CLEVELAND, OH 44101

11305   APPLIED PROCESS TECHNOLOGY, INC, PO BOX 30167, CINCINNATI, OH 45262-0302

11305   APPLIED PROCESS TECHNOLOGY, INC, PO BOX 30167, GAHANNA, OH 43230

11305   APV, D&B RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305   AQUALON DIVISION, 1313 NORTH MARKET ST, WILMINGTON, DE 19894-0001

11305   AQUILA INC, PO BOX 11690, KANSAS CITY, MO 64138

11305   AQUINAS SCHOOL, 13750 MARYS WAY, WOODBRIDGE, VA 22191

11305   AR WILFLEY & SONS, INC, PO BOX 2330, DENVER, CO 80201

11305   ARAMATIC REFRESHMENT SERVICES INC, 595 SW 13TH TERR SUITE C, POMPANO BEACH, FL 33069

11305   ARBAUGH JR, CHARLES E, 28 DUNGARRIE RD, BALTIMORE, MD 21228

11305   ARBILL INDUSTRIES, INC, PO BOX 820542, PHILADELPHIA, PA 19182-0542

11305   ARBON EQUIPMENT, PO BOX 78196, MILWAUKEE, WI 53278-0196

11305   ARC PRODUCTS, INC, 8510 CHANCELLOR ROW, DALLAS, TX 75247

11305   ARCADIA PRESS, ONE BERT DR, WEST BRIDGEWATER, MA 02379

11305   ARCENEAUX, JAMES G, 2435 POPLAR ST, LAKE CHARLES, LA 70601

11305   ARCHER JR, DAVID L, 706 W TEXAS, IOWA PARK, TX 76367

11305   ARCHER, MICHELLE B, 706 W TEXAS, IOWA PARK, TX 76367

11305   ARCHITECTURAL DESIGN WORKS, 303 S. MAIN ST., STE 202, BEL AIR, MD 21014

11305   ARCIERO, STEVEN P, 10220 SCAGGSVILLE RD, LAUREL, MD 20723

11305   ARCIERO, STEVEN P, C/O STEVEN ARCIERO, 10220 SCAGGSVILLE RD, LAUREL, MD 20723

11305   ARCTIC DRY ICE, STE. B&C, 7504 CONNELLEY DR., HANOVER, MD 21076

11305   ARCTIC ENGINEERING CO INC, 8410 MINNESOTA ST, MERRILLVILLE, IN 46410

11305   ARCUS DATA SECURITY INC, PO BOX 911862, DALLAS, TX 75391-1862

11305   AREVALO, ALYSSA RUAZOL, 239 OAK MEADOW DRIVE, SIMPSONVILLE, SC 29681

11305   AREVALO, ARLEN RUAZOL, 239 OAK MEADOW DRIVE, SIMPSONVILLE, SC 29681

11305   AREVALO, BENEDICTO LAYUG, 239 OAK MEADOW DRIVE, SIMPSONVILLE, SC 29681

11305   AREVALO, BENEDICTO, C/O BENEDICTO L AREVALO, 239 OAK MEADOW DR, SIMPSONVILLE, SC 29681

11305   AREVALO, GREGORY RUAZOL, 239 OAK MEADOW DRIVE, SIMPSONVILLE, SC 29681

11305   AREVALO, KURT RUAZOL, 239 OAK MEADOW DRIVE, SIMPSONVILLE, SC 29681

11305   ARGYLE CENTRAL SCHOOL, 5023 STATE ROUTE 40, ARGYLE, NY 12804

11305   ARIEL DESIGN, C/O VERSATILE, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   ARIZONA BACKFLOW SPECIALIST, 2101 WEST MEADOW DR, PHOENIX, AZ 85023-2233

11305   ARIZONA CHEMICAL, 4049 WILLOW LAKE BLVD, MEMPHIS, TN 38118

11305   ARIZONA DEPT OF REVENUE, BANKRUPTCY & COLLECTION SECTION, ARIZONA ATTY GENERAL, 1275 W WASHINGTON, PHOENIX, AZ 85018

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 W MONROE, PHOENIX, AZ 85007

11305  ARLT, LLOYD, 173 CABINET HGTS RD, LIBBY, MT 59923

11305  ARMFIELD, HENRIETTA B, 300 FORK R, FOUNTAIN INN, SC 29644

11305  ARMS SR, KENNETH, 1223 FOWLER RD, WOODRUFF, SC 29388

11305  ARMSDEN, WILLIAM L, 3 BROOKBRIDGE RD, STONEHAM, MA 02180

11305  ARMSTRONG WORLD INDUSTRIES INC, 2500 COLUMBIA AVE, ATTN KENNETH L JACOBS ESQ, LANCASTER, PA 17522

11305  ARMSTRONG WORLD INDUSTRIES INC, ATTN KENNETH L JACOBS ESQ, 2500 COLUMBIA AVE, LANCASTER, PA 17522

11305  ARMSTRONG, DUANE R, 6601 W 32ND ST, LOVELAND, CO 80538

11305  ARMSTRONG, LEONARD E, 3018 MALLVIEW RD, BALTIMORE, MD 21230

11305  ARMSTRONG, THOMAS, 1232 W CROSS ST, BALTIMORE, MD 21230

11305  ARMSTRONG, VERA MAE D, 332 DRIFTWOOD DR, PIEDMONT, SC 29673

11305  ARNESON, MERWIN LEE, 8019 E SETTLEMENT AVE, WASILLA, AK 99654

11305  ARNETT, CHARLOTTE B, 3212 PLEASANT VALLEY RD, OWENSBORO, KY 42303

11305  ARNOLD PALMERS BAY HILL CLUB, 9000 BAY HILL BLVD, ORLANDO, FL 32819-4899

11305  ARNOLD, LONNIE R, C/O BETTIE S ARNOLD, 2007 AUGUSTA ST, SULPHUR, LA 70663

11305  ARNOLD, RODERICK W, 1947 HILLTOP RD, PASADENA, MD 21122

11305  ARQUETTE, SUZE E, 1224 VIOLETTE AVE, BALTIMORE, MD 21229

11305  ARRINGTON JR, WESLEY, 2627 MARBOURNE AVE, BALTIMORE, MD 21230

11305  ARTALE, BEVERLY J, 3826 SUN FLOWER CIR, MITCHELLVILLE, MD 20721

11305  ARTINIAN, DIKRAN, 1 WASHINGTON ST UNIT 301, SALEM, MA 01970

11305  ARUNDEL ELEVATOR CO, INC, 152 A BLADES LN., GLEN BURNIE, MD 21060

11305  ASBESTOS ANALYSIS & INFORMATION, PO BOX 837, FOUR OAKS, NC 27524

11305  ASBESTOS ANALYSIS AND INFORMAT, PO BOX 837, FOUR OAKS, NC 27524

11305  ASBESTOS SCHOOL LITIGATION, C/O JONATHAN D BERGER ESQ, BERGER & MONTAGUE PC, 1622 LOCUST ST, PHILADELPHIA, PA 19103

11305  ASBESTOS SCHOOL LITIGATION, C/O JONATHAN D BERGER ESQ, BERGER & MONTAGUE, 1622 LOCUST ST, PHILADELPHIA, PA 19103

11305  ASBILL, BILLY J, 7931 SHORT TAIL SPRINGS RD, OOLTEWAH, TN 37363

11305  ASBURY, HART M, 14528 S HILLS CT, CENTREVILLE, VA 20120

11305  ASCENDIX TECHNOLOGIES INC, C/O BARBARA A KENNEDY ESQ, ATTN SHANNON GRACEY RATLIFF & MILLER LLP, 500 N AKARD STE 2575, DALLAS, TX 75201

11305  ASFOUR ASSOCIATES DJ ASFOUR GENERAL PART, 2409 RUSH CREEK PL, VALLEJO, CA 94591

11305  ASH EQUIPMENT CO, ATTN: DENISE PETITTI, 155 OSWALT AVE, BATAVIA, IL 60510-9309

11305  ASHLAND INCORPORATED, PO BOX 2219, COLLECTION DEPT DS3, COLUMBUS, OH 43216

11305  ASHMORE, CHARLES B, 160 ROLLING GREEN CIR, GREENVILLE, SC 29615

11305  ASPEN PUBLISHERS INC, PO BOX 64054, BALTIMORE, MD 21264-4054

11305  ASSET REDEPLOYMENT SYSTEM, PO BOX 793, 1000 AT AMSTERDAM, 1000NETHERLANDS     **\*VIA Deutsche Post\***

11305  ASSIGNEE: A.G. PARROTT CO., PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305  ASSIGNEE: A-1 FIRE EQUIPMENT CO, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305  ASSIGNEE: ABACUS CORP., LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305  ASSIGNEE: ABACUS SECURITY SERVICES, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305  ASSIGNEE: ABBEY DRUM COMPANY, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305  ASSIGNEE: ABC SIGNS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305  ASSIGNEE: ACI-ALAMEDA COUNTY INDUSTRIES, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    ASSIGNEE: ACME CONTROL SERVICE INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: ADVANCED ENVIR RECYCLING CO,LLC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: AEP INDUSTRIES INC, SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264

11305    ASSIGNEE: AGILENT TECHNOLOGIES, SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264

11305    ASSIGNEE: AIR PRODUCTS AND CHEMICALS INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: AKZO NOBEL RESINS AND VEHICLES, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305    ASSIGNEE: ALFA AESAR, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305    ASSIGNEE: ALLEN LANDSCAPE CONST., TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: ALLIED HASTINGS BARREL & DRUM, FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001

11305    ASSIGNEE: ALL-SHRED, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: ALTERNATIVE PRODUCTIONS INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: AMERICAN HARDWARE CTR INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: AMERICAN MECHANICAL INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: AMERICAN OSMENT, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: AMERICAN PROCESS EQUIPMENT INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: AMERICAN WICK DRAIN CORP, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: AMERI-GLOBE PUBLISHING INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: ANDON SPECIALTIES INC., FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001

11305    ASSIGNEE: APACHE HOSE & BELTING CO INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: APEX SUPPLY CO, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: AQUATRAC INSTRUMENTS INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: ARAMARK, FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001

11305    ASSIGNEE: ARLINGTON BANNER & FLAG, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: ARLINGTON COMPUTER PRODUCTS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: ASTBURY ENVIRONMENTAL SERVICES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: ATLANTA CHEMICAL ASSOCIATION, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: ATLANTIC INDUSTRIAL SUPPLY COMPANY, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: ATLANTIC LIFT TRUCK, INC, FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001

11305    ASSIGNEE: AWC, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: BADGER ROOFING COMPANY, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305    ASSIGNEE: BALCONES RECYCLING INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: BANDWAGON INC., PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: BANJO CORPORTIONN, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: BARNES & THORNBURG, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: BEAL INDUSTRIAL PROD, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: BEES MANUFACTURING CORPORATION, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: BENNER COMPANY, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: BETTER BUILT STORAGE BUILDINGS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: BFS BUSINESS PRINTING INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: BILL WOLCOTT & ASSOC, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: BRADLEY & RILEY PC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: BRAY SALES TEXAS, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: BRENNTAG GREAT LAKES LLC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: BROWNING-FERRIS INDUSTRIES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: BUTLER RUBIN SALTARELLI & BOYD, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: C C WAGNER & CO, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305    ASSIGNEE: CABLEXPRESS TECHNOLOGIES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: CAPE ENVIRONMENTAL MANAGEMENT INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: CAPP/USA, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: CARRIER-OEHLER CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: CENTER FOR TOXICOLOGY AND ENVIRONMENTAL, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: CENTURY III INC, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305    ASSIGNEE: CHALMERS & KUBECK, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: CHEMICAL SPECIALTIES INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: CHEMSTRETCH, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: CIBA SPECIALTY CHEMICALS CORP, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305    ASSIGNEE: CINCINNATI ELECTRIC, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: CINCINNATI VALVE & FITTING CO, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: CITIWASTE INC, DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022

11305    ASSIGNEE: CLEAN AIR AMERICA, INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    ASSIGNEE: CLEMENT LUMBER CO INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: CLINTON-NEWBERRY NATURAL GAS AUTH, DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022

11305    ASSIGNEE: CMGI, INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: COLUMBIA PIPE & SUPPLY CO INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: COMMUNICATIONS & ELECTRONICS INC., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: COMMUNITY COLLEGE OF BALT. COUNTY, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: COMPLETE PUMP SERVICE CO, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: COMPRESSED AIR PRODUCTS INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: CONSTRUCTION TECHNOLOGY LABORATORIES, DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022

11305    ASSIGNEE: CONTAINER GRAPHICS CORPORATION, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: CORMETECH, INC, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305    ASSIGNEE: CORNERSTONE CONTROLS INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: COX HARDWARE & IND. SUPPLY, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: CRESCENT ELECTRIC SUPPLY CO., LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305    ASSIGNEE: CROSIBLE INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: CUSTOM METAL FABRICATORS INC, FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001

11305    ASSIGNEE: CUSTOM MOLDED PRODUCTS INC, SIERRA NEVADA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305    ASSIGNEE: DANIEL B. STEPHENS & ASSOCIATES, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305    ASSIGNEE: DANVILLE BOTTLED WATER SERVICE, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: DATA DOWNLINK CORP., PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: DATEX OHMEDA, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: DAVIS PETROLEUM, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: DETERMAN BROWNIE INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: DETROIT COIL COMPANY, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: DOMBROWSKI & HOLMES, FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001

11305    ASSIGNEE: DOUBLETREE GUEST SUITES, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: DOWLING & POPE ADVERTISING, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: DR CORDELL & ASSOCIATES, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: DRAISWERKE, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: DRUCK INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   ASSIGNEE: EAGLE MESSENGER & COURIER SERVICE, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: EASTECH CHEMICAL INC, SIERRA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305   ASSIGNEE: ECLIPSE, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: ECOLAKE ENTERPRISES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: ELECTRONIC LABEL TECHNOLOGY, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: ENDUSTRA FILTER, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: ENGER VAVRA, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: ESTATE OF GEO S SNYDER INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: ETHOX CHEMICALS,INC, SIERRA NEVADA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305   ASSIGNEE: EXCELL FEEDERS INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: FABER PUMP & EQUIPMENT, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: FH GASKINS CO, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: FILENET CORPORATION, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   ASSIGNEE: FISHER-KLOSTERMAN, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: FLEMMING ZULACK & WILLIAMSON LLP, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: FLORIDIN - ITC, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305   ASSIGNEE: FLORIDIN CORP, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305   ASSIGNEE: FORCE-FLO INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: FPF ENTERPRISES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: FRED WOODS PRODUCTION, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: FUNCTIONAL COATINGS,INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: GAC CHEMICAL CORP, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: GARDNER GIBSON COMPANY, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   ASSIGNEE: GAYLON DISTRIBUTING INC, SIERRA NEVADA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305   ASSIGNEE: GAYLON DISTRIBUTING, INC, SIERRA NEVADA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305   ASSIGNEE: GENERAL CHEMICAL CORPORATION, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: GEOMEGA INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: GLENDALE OFFICE SUPPLY INC., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: GRACO INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: GREATER BOSTON EXECUTIVE PROGRAM, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   ASSIGNEE: GREGORY ELECTRIC COMPANY INC, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   ASSIGNEE: GREIF INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: H W FIORI & SON INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: HANSEN ENGINEERING, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: HANSON PUBLICATIONS, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: HAZMATPAC INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: HAZ-TEC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: HIKES POINT PAINT & WALLPAPER, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: HORIZON TRUCK WASH, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: HOSTMANN-STEINBERG, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: HTS, SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264

11305   ASSIGNEE: HUNTINGTON FOAM, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: HYDRO THERMAL CORPORATION, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: ICAN INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: ILLING CO INC / HT ILLING CO, DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022

11305   ASSIGNEE: IMERYS, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: IMPERIAL DISTRIBUTING, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: INDELCO PLASTICS CORP, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: INDUSTRIAL PRODUCTS CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: INDUSTRIAL TOWEL SUPPLY, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: INLANDER BROTHERS, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: INSITE SERVICES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: INTERNATIONAL AIR FILTER INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: INTERNATIONAL EQUIPMENT CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: IPOWER DISTRIBUTION GROUP OF OHIO, SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264

11305   ASSIGNEE: J & J INDUSTRIAL SUPPLY INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: J R ENERGY INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: JANI KING OF BOSTON INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: JANI-KING OF ATLANTA, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: JANI-KING OF CALIFORNIA INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: JENNINGS STROUSS & SALMON PLC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    ASSIGNEE: JERSEY TANK FABRICATOR INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: JOHN KOPAC FLEET REPAIR INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: JOHNSTON BOILER CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: JUST FILES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: K C PROPANE, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: KALAHARI RESORT, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: KELLER TRUCK EQUIPMENT, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: KEY RECRUITERS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: KNIGHT PIESOLD AND CO, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305    ASSIGNEE: KOLS CONTAINERS,INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: KRAMIG CO, SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264

11305    ASSIGNEE: KROHNE AMERICA, INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: KW RASTALL OIL CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: LAKE CHARLES RECREATION DEPT., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: LAKESIDE MEDICAL CENTER, SIERRA NEVADA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305    ASSIGNEE: LANE POWELL SPEARS LUBERSKY LLP, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305    ASSIGNEE: LASERGRAPHICS INC., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: LASON SYSTEMS INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: LASSCO, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: LAURENS LUMBER CO INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: LOEFFLER, ALLEN & HAM, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: LOPAREX INC, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305    ASSIGNEE: LOS ANGELES HOSE & FITTINGS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: LOUISIANA RADIO COMMUNICATIONS INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: LOVICK, BENITA P, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: LUCE ASSOCIATES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: MARATHON ENGINEERING & ENVIRONMENTA, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: MARK DOWNS INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: MARYLAND MECHANICAL SYSTEMS, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: MARYLAND PORTABLE RESTROOMS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: MASS OFFICE AUTOMATION &, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   ASSIGNEE: MASTER FABRICATORS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: MAUND RICHARDS & ASSOC, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   ASSIGNEE: MAUND RICHARDS & ASSOCIATES, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   ASSIGNEE: MCLAREN MED MANAGEMENT INCH, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: MENARDI, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: MENASHA CORPORATION COLOMA PACKAGING, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: MIDDLESEX GASES & TECHNOLOGIES INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: MILLENNIUM INTERNATIONAL TECHNOLOGI, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: MILLTRONICS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: MOHAWK CONTRACTING CO, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: MURANE & BOSTWICK, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: MWB BUSINESS SYSTEMS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: NATIONAL LEGAL, OKC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: NETZSCH INCORPORATED, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: NILFISK OF AMERICA, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: NOL-TEC SYSTEMS INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: NON METALLIC RESOURCES INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: NORCAL WASTE SERVICES INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: NORFALCO LLC, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   ASSIGNEE: NORRIS WINNER INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: NUCKLEY COMPANIES, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   ASSIGNEE: OHIO FASTENERS & TOOL, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: OHIO VALLEY GASKET, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: OILQUIP, INC, FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001

11305   ASSIGNEE: OKI SYSTEMS LTD., LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   ASSIGNEE: OMAHA STEAKS OS SALES CO INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   ASSIGNEE: ONEIL, CANNON & HOLLMAN, SC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   ASSIGNEE: ONSET COMPUTER CORP., TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   ASSIGNEE: OPEN ARCHIVE SYSTEMS, INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   ASSIGNEE: ORR PROTECTION SYSTEMS, INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 11305 | ASSIGNEE: ORR SAFETY CORP., FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001 | |
| 11305 | ASSIGNEE: ORR SAFETY EQUIPMENT CO., FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001 | |
| 11305 | ASSIGNEE: ORR SAFETY, FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001 | |
| 11305 | ASSIGNEE: OVERHEAD DOOR CO OF ATLANTA, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: OWENSBORO HAULING, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: OXFORD UNIVERSITY PRESS, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: P & H AUTO-ELECTRIC, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: P&M LOCKSMITH SERVICE INC., PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: PAC 21, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: PARADIGM CONSULTANTS INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | |
| 11305 | ASSIGNEE: PERFECT PACK INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: PETAL PUSHER FLORIST, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: PETRO-CHEM EQUIPMENT CO., TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | |
| 11305 | ASSIGNEE: PIEDMONT NATIONAL CORPORATION, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818 | |
| 11305 | ASSIGNEE: PIONEER RUBBER & GASKET CO INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: PIPELINE ENERGY, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818 | |
| 11305 | ASSIGNEE: PRECISION WIRE PRODUCTS INC., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: PREFERRED UTILITIES MFG CORP, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: PREMIER SCALES & SYSTEMS, SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264 | |
| 11305 | ASSIGNEE: PRESSROOM,INCORPORATED, THE, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: PRIMEX PLASTICS CORP, DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022 | |
| 11305 | ASSIGNEE: PROCESS MEASUREMENT & CONTROL INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 | |
| 11305 | ASSIGNEE: PROCESS TECHNOLOGY, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: PSE&G, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: PSI URETHANES, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: PURA FLO, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: QUALITY PRINTING CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: QUEST DIAGNOSTICS INC., TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | |
| 11305 | ASSIGNEE: RAM MOTORS & CONTROLS, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: RESOURCE DEVELOPMENT INC., SIERRA NEVADA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 11305 | ASSIGNEE: RESPOND SYSTEMS, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | |
| 11305 | ASSIGNEE: RICHMOND SUPPLY CO., PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: RIVERSIDE GLASS & MIRROR, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: RIVERVIEW PACKAGING, INC, FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001 | |
| 11305 | ASSIGNEE: ROBERTS OXYGEN, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: RONAN ENGINEERING CO, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: RULES SERVICE COMPANY, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: SAFETY BRAKE SALES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: SAFWAY STEEL PRODUCTS, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818 | |
| 11305 | ASSIGNEE: SASOL NORTH AMERICA INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 | |
| 11305 | ASSIGNEE: SCHLOTZSKYS, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | |
| 11305 | ASSIGNEE: SEAL TEC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: SEAMONDS & CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: SEEGOTT, INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: SHERATON INTL ON BWI AIRPORT, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: SI GROUP LLC N K A SI GROUP LP, DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022 | |
| 11305 | ASSIGNEE: SIGMA BREAKTHROUGH TECHNOLOGIES INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 | |
| 11305 | ASSIGNEE: SIGN A RAMA, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | |
| 11305 | ASSIGNEE: SKYLINE DISPLAYS & GRAPHICS, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: SMART & BIGGAR, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: SMITH CONTAINER CORP, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818 | |
| 11305 | ASSIGNEE: SMITH METAL FAB INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: SOFIX CORPORATION, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: SOUTHERN COFFEE SERVICE, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: SPECIALTY FOUNDRY PRODUCTS INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: STAR R FOAM, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: STEEL INC/DBA TIMBERLINE PLASTICS, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: SWEET WATERS OF KY INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: SYNERGY SERVICE GROUP, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108 | |
| 11305 | ASSIGNEE: TECH-LAB INDUSTRIES, INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 | |
| 11305 | ASSIGNEE: TERRISS CONSOLIDATED INDUSTRIES INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    ASSIGNEE: THE BAILEY CO INC, SIERRA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305    ASSIGNEE: THE EDGEWATER-WAKEFIELD MEMORIAL, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: THE JET PULVERIZER CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: THE YOUNG INDUSTRIES, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: TN SAFETY & HEALTH COUNCIL, INC, TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305    ASSIGNEE: TOLCO CORPORATION, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: TRI-CHEM CORPORATION, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: TRUCK PARTS SPEC OF AUGUSTA, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: TYLER, W S, SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264

11305    ASSIGNEE: UNIQUE SALVAGE INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: VAN LOTT, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: W.A. WILDE CO., DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022

11305    ASSIGNEE: WALTER A WOOD SUPPLY, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: WALTON & LONSBURY INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: WAREHOUSE ASSOCIATES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: WEBSTERS ONLINE, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: WILNER-GREENE ASSOC., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: WILSON INDUSTRIAL SALES CO INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305    ASSIGNEE: WINDOWS ON THE BAY, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: WOOD ASSOCIATES, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: WOOLF,MCCLANE,BRIGHT,ALLEN &, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: WORKSAFE, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: WRIGHT BROTHERS, INC, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: YOUNG & BERTKE AIR SYSTEMS CO, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: ZEE SERVICE CO., DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: ZEP MANUFACTURING COMPANY, DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305    ASSIGNEE: ZHAGRUS ENVIRONMENTAL INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305    ASSIGNEE: ZYMARK CORPORATION, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305    ASSNA, SHARON, 6331 RAINPRINT ROW, COLUMBIA, MD 21045

11305    ASSOCIATED CAB CO INC, 504 CRAIN HWY SW, GLEN BURNIE, MD 21061

11305    ASSOCIATES COMMERCIAL CORP., PO BOX 410587, KANSAS CITY, MO 64141-0587

11305    ASSOCIATES FLEET SERVICES, PO BOX 841841, DALLAS, TX 75284-1841

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  ASSOCIATION OF THE WALL AND, 800 W BROAD ST #600, FALLS CHURCH, VA 22046

11305  ASSURANCE MAXI WAREHOUSES, 1977 ASSURANCE ROAD, COLUMBIA, SC 29210

11305  AST ACME COATINGS & LININGS, SECTION 790, LOUISVILLE, KY 40289

11305  ASTATECH INC, 8301 TORRESDALE AVE #19C, PHILADELPHIA, PA 19136

11305  ASTRO CONTAINER CO., PO 641187, CINCINNATI, OH 45264-1187

11305  AT&T EASYLINK SERVICES, CS DRAWER 100659, ATLANTA, GA 30384-0659

11305  ATANASSOVA, ALBINA N, 872 MASSACHUSETTS AVE #907, ATTN LABINA ATANASSOVA, CAMBRIDGE, MA 02139

11305  ATCHISON, JEFFERY R, PO BOX 13359, LAKE CHARLES, LA 70612

11305  ATHERTON, RUPERT P, 820 DIXIANA DR, OWENSBORO, KY 42303

11305  ATKINSON, MAUREEN G, 33 DAVID ST, STATEN ISLAND, NY 10308

11305  ATKINSONS CABINET SHOP, INC, 3150 E. 47TH ST, TUCSON, AZ 85713

11305  ATLANTA BELTING COMPANY, 560 EDGEWOOD AVE, ATLANTA, GA 30312

11305  ATLANTA GAS LIGHT COMPANY, PO BOX 4569, ATLANTA, GA 30302

11305  ATLANTIC CONTRACTING & SPECIALTIES LLC, 120 N LIME ST, LANCASTER, PA 17602

11305  ATLANTIC LIGHTING AND SUPPLY CO INC, 526 PLASTERS AVE NE, ATLANTA, GA 30324

11305  ATLANTIC SHEET METAL, INC, 1220 BACK RIVER NECK RD., ESSEX, MD 21221

11305  ATLANTIC SHOPPING CENTRES LTD, 2000 BARRINGTON STREET, HALIFAX, NS B3J3K1CANADA    *VIA Deutsche Post*

11305  ATLANTIC TRACY/MOTION INDUSTRIES, 44 THIRD AVE, SOMERVILLE, MA 02143

11305  ATLANTIC WASTE SYSTEMS 79, PO BOX 3797, PEABODY, MA 01961

11305  ATLAS, SIMON, 8314 MEADOWLARK LA, BETHESDA, MD 20817

11305  ATLAS, SIMON, 8314 MEADOWLARK LN, BETHESDA, MD 20817

11305  ATOFINA CHEMICALS INC, ATTN: KAREN P FLYNN ESQ, 2000 MARKET ST, PHILADELPHIA, PA 19103

11305  ATOMIZING SYSTEMS INC, ONE HOLLYWOOD AVE, HO-HO-KUS, NJ 07423

11305  ATRIUM PALACE CONDOMINIUM ASSOCIATION, C/O DENNIS A ESTIS ESQ, GREENBAUM ROWE SMITH RAVIN DAVIS & HIMMEL LLP, PO BOX 5600, WOODBRIDGE, NJ 07095

11305  ATTERTON, GLENN E, 12925 BIRCHWOOD PIKE, HARRISON, TN 37341

11305  ATWATER, ERNEST, 1-HARRINGTON AVE, ROXBURY, MA 01129

11305  AUBREY, AMY, 1924 WEISENBERGER MILL, MIDWAY, KY 40347

11305  AUCHTER INDUSTRIAL VAC SERVICE INC, 4801 S. WOOD AVE, LINDEN, NJ 07036

11305  AUDIOMETRICS INC, 3318 NORTH MARKET SUITE 2, SHREVEPORT, LA 71107

11305  AUGUSTA TOOL & SPECIALTY CO., PO BOX 6370, AUGUSTA, GA 30916

11305  AUGUSTON, ROBERT H, 146 KNOLLWOOD DR, CARLE PLACE, NY 11514

11305  AULT, RICHARD K, 7 E TIERRA BUENA, PHOENIX, AZ 85022

11305  AULTMAN TYNER, RUFFIN & YARBOROUGH, 315 HEMPHILL ST, HATTIESBURG, MS 39403

11305  AURORA INVESTMENTS, 5215 EDINA INDUSTRIAL BOULEVARD, SUITE 100, EDINA, MN 55439

11305  AUSTIN QUALITY FOODS INC, C/O ROBERT S WESTERMANN, HUNTON & WILLIAMS, 951 E BYRD ST RIVERFRONT PLZ E TOWER, RICHMOND, VA 23219

11305  AUSTIN SR, ROBERT L, 2803 ASHLAND AVE, BALTIMORE, MD 21205

11305  AUTERIO, MICHELLE A, 26 BRADLEE RD #13, MEDFORD, MA 02155

11305  AUTORIDAD DE ENERGIA ELECTRICA DE, PO BOX 363508, SAN JUAN, PR 00936-3508

11305  AVALON EAST SCHOOL BOARD, 215 WATER STREET, SUITE 601, ST JOHN S, NL A1C6C9CANADA    *VIA Deutsche Post*

11305  AVANTI RESTAURANT, 8801 WASHINGTON BLVD., JESSUP, MD 20794

11305  AVAYA FKA LUCENT TECHNOLOGIES, C/O D&B/RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305  AVAYA INC,

11305  AVAYA INC, PO BOX 10193, VAN NUYS, CA 91410-0193

11305  AVAYA INC, PO BOX 52602, PHOENIX, AZ 85072-2602

11305  AVAYA INC, PO BOX 5332, NEW YORK, NY 10087-5332

11305  AVERY DENNISON - IPD, PO BOX 95190, CHICAGO, IL 60694

11305  AVILA, JUANITA M, 15080 SEQUOIA ST #C, HESPERIA, CA 92345

11305  AWAN, AZHAR M, 289 DAVIS RD, BEDFORD, MA 01730

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    AYER, GARRY P, 700 MAPLE AVE, OWENSBORO, KY 42301

11305    AYERS, SEAN G, C/O SEAN AYERS, 3814 ELBADER RD, BALTIMORE, MD 21218-2024

11305    AZTEC RENTAL PARTNERS DBA AIR TOOL EXCHA, 6824 LONG DR, HOUSTON, TX 77087

11305    B & B REFRACTORIES INC, 12121 LOS NIETOS RD, SANTA FE SPRINGS, CA 90670

11305    B & C FAB INC, 6325 N ORANGE BLOSSOM TRL #126, ORLANDO, FL 32810

11305    B & N ENTERPRISES, PO BOX 12348, JACKSON, MS 39236-2348

11305    B&K ELECTRIC WHOLESALE, PO BOX 54507, LOS ANGELES, CA 90054-0507

11305    B&N&K RESTORATION CO INC, 223 RANDOLPH AVE, CLIFTON, NJ 07011

11305    BABA, JACK N, 146 ROCKYRIDGE RD, DILLSBURG, PA 17019

11305    BABBIDGE, SCOTT C, 20 TATE LN, WINDHAM, ME 04062

11305    BABCOCK & WILCOX CONSTRUCTION CO INC, C/O JAN M HAYDEN, HELLER DRAPER HAYDENPATRICK & HORN LLC, 650 POYDRAS ST, SUITE 2500, NEW ORLEANS, LA 70130

11305    BABLOUZIAN, LEON, 20 MANSFIELD ST, FRAMINGHAM, MA 01702

11305    BACHIOCCHI, CANDIDA, C/O STEPHEN C EMBRY ESQ, EMBRY & NEUSNER, 118 POQUONNOCK ROAD PO BOX 1409, GROTON, CT 06340

11305    BAEYCO CONSTRUCTION CO, 19273 CANYON DR, VILLA PARK, CA 92861

11305    BAILEY, EDWARD F, 781 KINGSTON DR, EDGEWOOD, KY 41017

11305    BAILEY, GEORGE E, PO BOX 1385, 38 BURROWS HILL RD, HEBRON, CT 06248

11305    BAILEY, HARRY R, 10966 WAYNE TRACE RD, SOMERVILLE, OH 45064

11305    BAILEY, RALPH H, 10851 W HARMONY LN, PEORIA, AZ 85373-8753

11305    BAILLARGEON, MARY KAY, 1127 5TH ST NE, MINNEAPOLIS, MN 55413

11305    BAILLIE, ROGER W, 662 CHESTNUT SPRINGS LN, GLEN BURNIE, MD 21060

11305    BAKER & BOTTS L.L.P., PO BOX 201626, HOUSTON, TX 77216-1626

11305    BAKER & MCKENZIE, ATTN: ANTHONY G STAMATO, 130 E RANDOLPH DR 35TH FLR, CHICAGO, IL 60601

11305    BAKER AND MCKENZIE, 1200 BRICKELL AVE 19TH FL, MIAMI, FL 33131

11305    BAKER PETROLITE INDUSTRIAL CHEMICALS, C/O CHRISTOPHER J RYAN, BAKER HUGHES INC, PO BOX 4740, HOUSTON, TX 77210-4740

11305    BAKER PROCESS, C/O CHRISTOPHER J RYAN, BAKER HUGHES INC, PO BOX 4740, HOUSTON, TX 77210-4740

11305    BAKER, DAVID L, 1215 TURNBERRY CT, PASADENA, MD 21122

11305    BAKER, DAVID M, 101 SHARON DR, PASADENA, MD 21122

11305    BAKER, DONNA L, 1215 TURNBERRY CT, PASADENA, MD 21122

11305    BAKER, DUSTY JOE, PO BOX 2051, YAKIMA, WA 98907

11305    BAKER, GARY S, 1011 BEAUMONT AVE, BALTIMORE, MD 21212

11305    BAKER, HERSHEL M, 1640 LAKE PARK CR, MORRISTOWN, TN 37814

11305    BAKER, KENT DOUGLAS, 1109 UTAH AVENUE, LIBBY, MT 59923

11305    BAKER, LAWRENCE, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632

11305    BAKER, PAIGE M, 3215 DOYCRON CT, BALTIMORE, MD 21207

11305    BAKER, RAYMOND LAYTON, 9830 FITZGERALD ROAD, JONESBORO, GA 30238

11305    BAKER, RICHARD, 8379 S BERMUDA RD, LAS VEGAS, NV 89123

11305    BAKER, WILLIAM AND ROSEMARY, 10 PARSONAGE LN, TOPSFIELD, MA 01983

11305    BALCOMBE, RITA, 304 SHADOW RIDGE CIR, SIMPSONVILLE, SC 29681

11305    BALDWIN, H FURLONG, C/O MERCANTILE BANKSHARES CORP, TWO HOPKINS PLAZA, STE 801, BALTIMORE, MD 21201

11305    BALDWIN, LILLIE M, 228 SHADOW BROOK DR, MOUNT HOLLY, NC 28120

11305    BALES JR, KENNETH, 2320 FOOTHILL RD, KALISPELL, MT 59901

11305    BALES, CAROL JEAN, 2320 FOOTHILL RD, KALISPELL, MT 59901

11305    BALIK, JOSEPH S, 619 E SUFFIELD DR, ARLINGTON HEIGHTS, IL 60004

11305    BALL, PHILIP S, 6410 COVE POINTE LN, HIXSON, TN 37343

11305    BALLANTRAE ASSOCIATES, 5215 EDINA INDUSTRIAL BLVD, SUITE 100, EDINA, MN 55439

11305    BALLARD JR, EDWIN G, 305 CLOVERHILL RD, PASADENA, MD 21122

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    BALLARD PRODUCTION, INC, 7940 EAST 27TH COURT, TULSA, OK 74129

11305    BALLEW, BOBBY O, 47 CLARIDGE CT, FOUNTAIN INN, SC 29644

11305    BALOGA, ALOYS JOSEPH, 10 HILLCREST DR, DALLAS, PA 18612

11305    BALTIMORE CITY, DIRECTOR OF FINANCE, 200 HOLLIDAY ST., BALTIMORE, MD 21202

11305    BALTIMORE GAS AND ELECTRIC COMPANY, PO BOX 1475, BALTIMORE, MD 21203

11305    BALTIMORE RUBBER & GASKET CO, INC, 9520 GERWIG LANE, COLUMBIA, MD 21046

11305    BALTIMORE RUBBER & GASKET CO, INC, PO BOX 2631, COLUMBIA, MD 21045-2631

11305    BALTIMORE TECHNICAL SALES, STE. 119, 6400 BALTIMORE NATIONAL PIKE, BALTIMORE, MD 21228

11305    BALZER, J L, 408 HORSE TRAIL CT, ALAMO, CA 94507

11305    BAMBRICK, DONALD R, 9 ROBERGE DR, AMHERST, NH 03031

11305    BAMFORD JR, RAYMOND L, 26 GUNNAR DR, MARLBOROUGH, MA 01752

11305    BAMFORD, RAYMOND L, C/O BROOKE E BAMFORD SURVIVING SPOUSE, 420 GREAT RD A-10, ACTON, MA 01720

11305    BANDYK, ALAN A, C/O ALAN BANDYK, 2109 LAKE MIOLA DR, PAOLA, KS 66071

11305    BANGERD, MICHAEL P, 859 FAIRFIELD AVE, WESTMINSTER, MD 21157

11305    BANK OF AMERICA, LETTER OF CREDIT DEPT IL1-231-17-0, 231 S LASALLE ST 17TH FLOOR, CHICAGO, IL 60697

11305    BANK OF AMERICA, STANDBY L/C DEPT, 231 S LASALLE ST, CHICAGO, IL 60697

11305    BANK OF NEW YORK, THE, 101 BARCLAY ST, FL 21W, NEW YORK, NY 10286

11305    BANK, LORRAINE M, 3316 W 45 AVE, GARY, IN 46408

11305    BANKERS TRUST COMPANY, MOSES & SINGER LLP, 1301 AVE OF THE AMERICAS, 40TH FL, NEW YORK, NY 10019

11305    BANKOFF, BARBARA A., DBA BANKOFF ASSOCIATES, 3733 YUMA ST, NW, WASHINGTON, DC 20016

11305    BANKS, LARA LEE, 5474 FITZ AVENUE, PORTAGE, IN 46368

11305    BANKS, TERENCE EDWARD, 153 TOWNSEND ST, PEPPERELL, MA 01463

11305    BANNING, WILLIAM R, 216 IRBY AVE, LAURENS, SC 29360

11305    BANNING, WILLIAM ROBERT, 216 IRBY AVENUE, LAURENS, SC 29360

11305    BANNISTER, GENE FRANCIS, 9635 EAST KANSAS CIRCLE, #51, DENVER, CO 80231

11305    BANOWETZ, DONNA MAE, 39184 111TH ST, SPRAGUEVILLE, IA 52074

11305    BANOWETZ, JAMES B EDWARD, 39184 111TH ST, SPRAGUEVILLE, IA 52074

11305    BANTA, DR CHARLES J, C/O GEOFFREY B SPENCER, 2005 WOODBROOK DR, DENTON, TX 76205

11305    BAPTISTE, ELVARADO R, 18153 181ST CIR S, BOCA RATON, FL 33498

11305    BARABESI, CLARA MARCEIL, 2921 N LINDER AVE, CHICAGO, IL 60641

11305    BARABESI, FRANCO, 2921 N LINDER AVE, CHICAGO, IL 60641

11305    BARABESI, NANCY LEE, 2921 N LINDER AVE, CHICAGO, IL 60641

11305    BARABESI, PAOLO, 2921 N LINDER AVE, CHICAGO, IL 60641

11305    BARASH, JACOB, 1387 GRAND CONCOURSE, NEW YORK CITY, NY 10452

11305    BARBANTI, MARCO, C/O DARRELL SCOTT, 717 W SPRAGUE AVE #1600, SPOKANE, WA 99201

11305    BARBER OPTICS INC, 8300 GUILFORD RD STE. E, COLUMBIA, MD 21046

11305    BARBER, JANE A, 100 SHEFFIELD RD, WALTHAM, MA 02451-2374

11305    BARBER, LEWIS R, 200 RIVERSIDE AVE, CHATTANOOGA, TN 37405

11305    BARBEY, PO BOX 2, READING, PA 19603-0002

11305    BARBOUR, NEVA J, 9197 ROLLING MEADOW RUN, PASADENA, MD 21122

11305    BARBREY, LILA B, 205 W TRADE ST, SIMPSONVILLE, SC 29681

11305    BARCIKOWSKI, MICHAEL J, 9522 HOLIDAY MANOR RD, NOTTINGHAM, MD 21236

11305    BARCLAY, PERCY, AVE STA CRUZ 949, DEPT 202, MI FLORES, LIMA18PERU    **\*VIA Deutsche Post\***

11305    BARDMAN, DENNIS R, 2894 GLADNOR RD, PASADENA, MD 21122

11305    BARECO PRODUCTS, PO BOX 10312, ROCK HILL, SC 29731

11305    BARGAR, IRVIN AND DOROTHY M, C/O DOROTHY M BARGAR, 7679 SOLLEY RD, GLEN BURNIE, MD 21060

11305    BARKER STEEL CO INC, 25 BIRCH ST STE 30 BLDG B, MILFORD, MA 01757

11305    BARKER, LAWRENCE, 1606 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    BARKO JR, WALLACE, 1916 THIRD STREET NE, MINNEAPOLIS, MN 55418

11305    BARLOW, CLARENCE, 2757 BRIAR RIDGE DR, CHARLOTTE, NC 28270

11305    BARLOWORLD HANDLING LP, PO BOX 402473, ATLANTA, GA 30384-2473

11305    BARNES JR, EARTLE C, 7612 BRIGHTSIDE AVE, BALTIMORE, MD 21237

11305    BARNES SR, ERNEST D, 70 RITCHIE HWY, PASADENA, MD 21122

11305    BARNES SR, ERNEST D, C/O ERNEST D BARNES, 70 RITCHIE HWY, PASADENA, MD 21122

11305    BARNES, CHARLES E, 1088 LOCUST DR, PASADENA, MD 21122

11305    BARNES, ERROL, 22 BETHOU JAMES PL, BALTIMORE, MD 21207

11305    BARNES, MAUREEN, HARRIS, 22479 MARTELLA AVE, BOCA RATON, FL 33433

11305    BARNETT, JERRY T, C/O JERRY BARNETT, 4775 S PAGOSA CIR, AURORA, CO 80015

11305    BARNETT, MARK C, 116 DRUID ST, GREENVILLE, SC 29609-4802

11305    BARNETT, MICHAEL T, 746 COX RD, INDEPENDENCE, KY 41051

11305    BARNHART JR, TEDDY R, 13705 HARCUM RD, PHOENIX, MD 21131

11305    BARNHART, JANE A, PMB 492 774 MAYS BL 10, INCLINE VILLAGE, NV 89451

11305    BARON, EUGENE, 24061 MAJESTIC, OAK PARK, MI 48237

11305    BARR, WILBERT, 5007 DENMORE AVE, BALTIMORE, MD 21215

11305    BARRENTINE, JAMES K, 1433 PALERMO DR, SULPHUR, LA 70663

11305    BARRERA, RAUL, 157 ARCHIMEDES CT, BALTIMORE, MD 21208

11305    BARRETT, DAVID W, 1718 LANSING RD, GLEN BURNIE, MD 21060

11305    BARRETT, JOHN T, 1118 W 174 ST, EAST HAZEL CREST, IL 60429

11305    BARRIE, GEORGE W, 175 LEWIS LANE, CRAIG, CO 81625

11305    BARRON SR, DANIEL M, 2119 REDTHORN RD, BALTIMORE, MD 21220

11305    BARROW, JOSEPH A, 810 IDAHO LN, OWENSBORO, KY 42301

11305    BARRY, SCOTT C, 3607 LOCUST CIR W, PROSPECT, KY 40059

11305    BARRY, THOMAS P, 23 FIELDSTONE DR, WESTFORD, MA 01886

11305    BARRY, TIMOTHY M, 2336 S THOMAS DR, TUCSON, AZ 85710

11305    BARTKE, GEORGE G, 9237 S HOMESTEAD, BRIDGEVIEW, IL 60455

11305    BARTLETT, KEITH R, 20 KATHLEEN CIR, ROWLEY, MA 01969

11305    BARTLEY, NILSA, 251 N E 43RD CT, OAKLAND PARK, FL 33334

11305    BARTZ, KIMBERLY K, C/O KIM BARTZ, 3820 BAKER RD, MINNETONKA, MN 55305

11305    BARWOOD, CHARLES E, 6415 E BLANCHE DR, SCOTTSDALE, AZ 85254

11305    BASF CORPORATION, P O BOX 75908, CHARLOTTE, NC 28275

11305    BASF, PO BOX 75908, CHARLOTTE, NC 28275

11305    BASHAM, DIXIE L, 352 GRANITE AVE, LIBBY, MT 59923

11305    BASHAM, DIXIE LEE, 352 GRANITE AVE, LIBBY, MT 59923

11305    BASIC FIRE PROTECTION, INC, 13825 INDIANA AVE., CHICAGO, IL 60827

11305    BASKERVILLE, JARVIS, 4013 HILTON RD, BALTIMORE, MD 21215

11305    BASKETTE III, ARTHUR J, 12300 S PUTNEY CT, LEESBURG, FL 34788

11305    BASS, KATHY A, 4679 HACKAMORE RD, SARASOTA, FL 34241

11305    BASSER-KAUFMAN, 335 CENTRAL AVE, LAWRENCE, NY 11559

11305    BASSETTE, ERIC V, 4022 VIOLET LN, MATTESON, IL 60443

11305    BASSHAM, ROBERT L, C/O ROBERT BASSHAM, 3615 FLORIDA RD, BALTIMORE, MD 21244

11305    BASSMAN, SHEILA S, 123 W 93RD ST APT 3F, NEW YORK, NY 10025

11305    BASTAS, ANNA M, 130 SHERRY LN, CHICAGO HEIGHTS, IL 60411

11305    BATES JR, PAUL, 4605 LOCKINGTON LN, CHATTANOOGA, TN 37416

11305    BATES, C B, 2117 PATTERSON PLANT RD, ENOREE, SC 29335

11305    BATES, CB, PATTERSON PLANT RD 2117, ENOREE, SC 29335

11305    BATES, MARCUS E, 515 CODY ST, SULPHUR, LA 70663

11305    BATES, MILLEDGE, 1427 REDD ST, AIKEN, SC 29801

11305    BATES, PEGGY ELAINE, 67 VERN CORA RD, LAURENS, SC 29360

11305    BATES, PEGGY, 67 VERN CORA RD, LAURENS, SC 29360

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   BATSON, DONALD R, 105 PATROL CLUB RD, GREENVILLE, SC 29609

11305   BATTELLE, 505 KING AVE, COLUMBUS, OH 43260

11305   BATTERY SHOP OF MARYLAND, PO BOX 828, FINKSBURG, MD 21048-0828

11305   BAUER, CATHERINE ONEATA, 15 PINEWOOD LANE, LIBBY, MT 59923

11305   BAUER, JAMES R, 501 SELLRUS CT, FALLSTON, MD 21047

11305   BAUER, LYNDA J, 110 BENNETTS BRIDGE RD, GREER, SC 29651

11305   BAUER, PATRICK C, 1616 DIXIE DR, WAUKESHA, WI 53189-7327

11305   BAUGHCOME, MARIE W, 205 WOODFIELD AVE, FOUNTAIN INN, SC 29644

11305   BAUGUESS, RICHARD ALLEN, 940 OLD HOLLOW RD #4, WINSTON SALEM, NC 27105

11305   BAVER, GEORGE JAMES, 203 EAST SPRUCE, LIBBY, MT 59923

11305   BAY AREA DRUM AD HOC PRP GROUP, C/O NICHOLAS W VAN AELSTYN ESQ, HELLER EHRMAN
         WHITE & MCAULIFFE LLP, 333 BUSH ST, SAN FRANCISCO, CA 94104-2878

11305   BAY AREA OIL CO, 485 INDUSTRIAL WAY, BENICIA, CA 94510

11305   BAYER CORPORATION, ATTN CREDIT DEPT, 100 BAYER RD, PITTSBURGH, PA 15205

11305   BAYHI, JOHN J, 6624 MERLE ST, METAIRIE, LA 70003

11305   BAYNE, DONALD L, 2551 E GEORGIA RD, SIMPSONVILLE, SC 29681

11305   BCL CAPITAL, ATTN CORPORATE ATTY, 115 WEST COLLEGE DR, MARSHALL, MN 56258

11305   BEACO ROAD SITE PRP GROUP, GREG ENGLISH, PO BOX 728, GREENVILLE, SC 29602

11305   BEAM, JAMES T, 1221 MCKINNEY #4550, HOUSTON, TX 77010

11305   BEAN, GAYLA A, 2324 WALKER RD, SULPHUR, LA 70665

11305   BEAN, GLENN R, 2324 WALKER RD, SULPHUR, LA 70665

11305   BEAR, RONALD M, C/O RONALD BEAR, 2240 N STATE RT 1, WATSEKA, IL 60970

11305   BEARING ENGINEERING CO, 5901 CHRISTIE AVE, EMERYVILLE, CA 94608

11305   BEARING HEADQUARTERS, DIV OF HEADCO IND, PO BOX 6267, BROADVIEW, IL 60155-6267

11305   BEARING HEADQUARTERS, PO BOX 6267, EAST CHICAGO, IN 46312

11305   BEARINGS AND DRIVES INC., PO BOX 116733, ATLANTA, GA 30368-6733

11305   BEASLEY, KERRY LYNN, 465 SHALOM DRIVE, LIBBY, MT 59923

11305   BEASLEY, MAXINE H, 2317 BEASLEY RD, SULPHUR, LA 70663-0667

11305   BEASLEY, YOLANDA, 2525 17TH ST, LAKE CHARLES, LA 70601

11305   BEBEE, CHERYL A, 24185 HWY 383, IOWA, LA 70647

11305   BEBER, ROBERT H, 7228 QUEENFERRY CIR, BOCA RATON, FL 33496

11305   BECHTEL, DIANE C, 8025 BEL HAVEN AVE, PASADENA, MD 21122

11305   BECHTEL, JAY E, 3113 SPARROWS POINT RD, BALTIMORE, MD 21219

11305   BECHTEL, NORMAN E, 8025 BEL-HAVEN AVE, PASADENA, MD 21122

11305   BECKEFELD, GARY, 14319 S RIDGEWAY, MIDLOTHIAN, IL 60445

11305   BECKER, WILLIAM R, 111 N 50TH ST, SEATTLE, WA 98103

11305   BECKERMAN, DAVID, 8 OLD SOUTH LN, ANDOVER, MA 01810-3927

11305   BECKNER, WILLIAM D, 1103 WOODLAWN AVE, PASADENA, MD 21122

11305   BEDNARCZYK, JOSEPH CHARLES, 22 JANELLE STREET, LEWISTON, ME 04240

11305   BEECH, SHIRLEY, 497 HANLEY DR, PINOLE, CA 94564

11305   BEEMAN, LISA, 6676 S KIT CARSON ST, LITTLETON, CO 80121

11305   BEHAN, JANE A, 161 WACHUSETT AVE, ARLINGTON, MA 02476-7240

11305   BEHAN, LAWRENCE R, 5 MALLARD RD, ACTON, MA 01720

11305   BEIRNE, DERVILLA, 44 ROSEMONT ST, DORCHESTER, MA 02122

11305   BEISE, DANIEL EWALD, 5903 CARLSON STREET, SHOREVIEW, MN 55126

11305   BELFERMAN, JOHN MICHAEL, 21600 BEALLSVILLE ROAD, BARNESVILLE, MD 20838

11305   BELKNAP DUFF, LYDIA, 244 W LANVALE ST, BALTIMORE, MD 21217

11305   BELL CANADA, 100 WYNFORD DRIVE, TORONTO, ON M3C 1K4 CANADA          **\*VIA Deutsche Post\***

11305   BELL, CHERYL G, 306 S JACKSON, SPRING HILL, KS 66083

11305   BELL, DENNIS E, PO BOX 1354, DEQUINCY, LA 70633

11305   BELL, FREDDIE C, 357 CIRCLE RD, GREER, SC 29651

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | BELL, LESLIE K, C/O LESLIE BELL, 13644 GEMINI ST, VICTORVILLE, CA 92392 | |
| 11305 | BELL, LESLIE, 13644 GEMINI ST, VICTORVILLE, CA 92392 | |
| 11305 | BELL, LYNN F, 211 PEARL ST, PO BOX 724, NESHANIC STA, NJ 08853 | |
| 11305 | BELL, ORA C., ATTN: ORA CHRISTINE BELL, 953 PINE GROVE RD, BLUEMONT, VA 20135 | |
| 11305 | BELL, VALENE A, 15 ROLLWIN RD, BALTIMORE, MD 21244 | |
| 11305 | BELLAMY, KAREN, 71 SAND RD, WESTWOOD, NJ 07675 | |
| 11305 | BELLARD, FREDRICK, C/O CLYDIE G BELLARD, 4510 COMMON ST APT 49, LAKE CHARLES, LA 70607 | |
| 11305 | BELLETETE, MARGARET E, 223A ELM ST, AMESBURY, MA 01913-3821 | |
| 11305 | BELLSOUTH CONSOLIDATED, BNKRPTCY CENTER, 301 W BAY ST, RM 12EE1 BST, JACKSONVILLE, FL 32202 | |
| 11305 | BELLSOUTH DIRECTORY SALES, 2200 RIVERCHASE CENTER, BIRMINGHAM, AL 35244 | |
| 11305 | BELLSOUTH PUBLIC COMMUNICATION, PO BOX 740509, ATLANTA, GA 30374-0509 | |
| 11305 | BELLSOUTH WIRELESS DATA, PO BOX 828435, PHILADELPHIA, PA 19182-8435 | |
| 11305 | BELLSOUTH, 12DD1 301 W BAY ST, JACKSONVILLE, FL 32202 | |
| 11305 | BELLSOUTH, PO BOX 740144, ATLANTA, GA 30374-0144 | |
| 11305 | BELOVA, IRINA, 2827 DOIDGE AVE, PINOLE, CA 94564 | |
| 11305 | BELSITO MD, DONALD V, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 | |
| 11305 | BELT, WALTER, 1404 ROGERS LA, SEVERN, MD 21144 | |
| 11305 | BELTZ, ALAN ALBERT, 28709 HILLVIEW, ROSEVILLE, MI 48066 | |
| 11305 | BELTZ, CAROL KIM, 28709 HILLVIEW, ROSEVILLE, MI 48066 | |
| 11305 | BELZONA CHESAPEAKE INC, 11611 SILVERMAPLE CT, HUNT VALLEY, MD 21030 | |
| 11305 | BEN SENN, 1694 HWY. 49, LAURENS, SC 29360 | |
| 11305 | BENCHMARK COMMUNICATIONS, INC, PO BOX 107, CAT SPRING, TX 78933 | |
| 11305 | BENDER, BARBARA JEAN, 10888 TRENTON LANE NORTH, MAPLE GROVE, MN 55369 | |
| 11305 | BENDER, MICHAEL, 2752 YARNALL RD, BALTIMORE, MD 21227 | |
| 11305 | BENDER, PATSY ANN, PO BOX 1622, BAY SPRINGS, MS 39422 | |
| 11305 | BENDIX, MICHAEL C, 1720 CATTAIL WOODS LN, WOODBINE, MD 21797 | |
| 11305 | BENEDICT, GEORGINA, 5275 HAMPTON LN, COLUMBUS, OH 43220 | |
| 11305 | BENEFIELD, AMBER, 251 CEDAR MEADOW RD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, BYRON F, 251 CEDAR MEADOW RD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, CHRISTINA M, 251 CEDAR MEADOW RD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, CHRISTOPHER SCOTT, 251 A CEDAR MEADOW RD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, DAVID LEVI, 251A CEDAR MEADOW ROAD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, DEREK LEVI, 251A CEDAR MEADOW ROAD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, DONALD CHARLES, 264 VICKS DRIVE, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, DONALD SCOTT, PO BOX 299 (RESIDEAT) 733 FRM TO MKT RD SP7, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, ELIZABETH MARIE, 251 A CEDAR MEADOW RD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, MICHEL D, 251 CEDAR MEADOW RD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, SCOTT DOW, 23 ALPINE ROAD, LIBBY, MT 59923 | |
| 11305 | BENEFIELD, SEAN A, 251 CEDAR MEADOW RD, LIBBY, MT 59923 | |
| 11305 | BENFORD, AUDREY M, 13856 RUSSELL ZEPP DR, CLARKSVILLE, MD 21029 | |
| 11305 | BENFORD, AUDREY, GEORGE J MARCUS, 100 MIDDLE ST - EAST TOWER, PORTLAND, ME 04101 | |
| 11305 | BENICH, KENNETH M, 7217 NEW JERSEY, HAMMOND, IN 46323-2806 | |
| 11305 | BENINCASA, VINCENT JAMES, 94 WOODSIDE ROAD, MEDFORD, MA 02155 | |
| 11305 | BENITEZ, ALEJANDRO, 314 N TRYON STREET, WOODSTOCK, IL 60098 | |
| 11305 | BENITEZ, ARIANNA I, 314 N TYRON STREET, WOODSTOCK, IL 60098 | |
| 11305 | BENITEZ, MIKAELA M, 314 N TRYON STREET, WOODSTOCK, IL 60098 | |
| 11305 | BENITEZ, TAMMY A, 314 N TRYON STREET, WOODSTOCK, IL 60098 | |
| 11305 | BENNER CO., 2141 DANA AVE., CINCINNATI, OH 45207 | |
| 11305 | BENNETT, FRANCIS T, 2 MONTROSE AVE, ARLINGTON, MA 02474-2919 | |
| 11305 | BENNETT, MARGIE R, C/O LINDA REESE, 78 CRESTMONT AVE, ASHEVILLE, NC 28806-4409 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   BENNETT, RUSSELL W, 3 HYACINTH DR, WESTFORD, MA 01886

11305   BENNETT, THELMA S, 1200 BYERS AVE E APT 203 B, OWENSBORO, KY 42303

11305   BENNETT, THELMA S, 1200 BYERS AVE E APT 203B, OWENSBORO, KY 42303

11305   BENOIT, LINDA KAY, 655 JONETTE AVE, BRADLEY, IL 60915

11305   BENOIT, MICHAEL STEVEN, 655 JONETTE AVE, BRADLEY, IL 60915

11305   BENOIT, TIMOTHY MICHAEL, 655 JONETTE AVE, BRADLEY, IL 60915

11305   BENSING, STEPHEN J, 370 MILLPORT DR, VALPARAISO, IN 46385

11305   BENTCO PALLET & CRATE LLC, PO BOX 750, EASTABOGA, AL 36260

11305   BENTLEY, RONALD D, 4705 FAIRHAVEN AVE, BALTIMORE, MD 21226

11305   BERG, BRUCE W, ESTATE OF BRUCE W BERG, C/O ANN B BERG, 4413 CANBERRA DR, WICHITA FALLS, TX 76308

11305   BERGANOS, PAULO, 2239 W CARMEN ST, CHICAGO, IL 60625

11305   BERGANTINO, PAULINE M, 20 LANSDOWNE RD, ARLINGTON, MA 02474-2112

11305   BERGER SINGERMAN, P.A., 350 E LAS OLAS BLVD STE 1000, FORT LAUDERDALE, FL 33301

11305   BERGGREEN, RAYMOND S, 5945 GRAND VIEW WAY, SUWANEE, GA 30024

11305   BERG-NELSON CO INC, 1633 WEST SEVENTEENTH ST, LONG BEACH, CA 90813

11305   BERKE, JERRY H, 49 WINDSOR AVE, ACTON, MA 01720

11305   BERKE, NEAL S, 39 CHARLEMONT CT, NORTH CHELMSFORD, MA 01863-2306

11305   BERMANS, 55 MASACHUSETTS AVE, LEXINGTON, MA 02173

11305   BERNARD, VIRGIE, 1122 SO ORANGE, LAFAYETTE, LA 70581

11305   BERNSTEIN SHUR SAWYER & NELSON, GREGORY A TSELIKIS ESQ, 100 MIDDLE ST, PO BOX 9729, PORTLAND, ME 04104-5029

11305   BERRUM, HOMER MATHEW, 306 W. CHINOOK, LIVINGSTON, MT 59047

11305   BERRUM, HOMER MATHEW, 306 WEST CHINOOK, LIVINGSTON, MT 59047

11305   BERRY & BERRY, C/O C RANDALL BUPP ESQ, PLASTIRAS & TERRIZZI, 24 PROFESSIONAL CENTER PKWY STE 150, SAN RAFAEL, CA 94903

11305   BERRY INCORPORATED, PO BOX 21416, INDIANAPOLIS, IN 46221

11305   BERRY JR, PAUL, 61 VINE ST, MIDDLEBORO, MA 02346

11305   BERRY, JAKE MICHAEL, 8341 W. WINNEMAC, NORRIDGE, IL 60706

11305   BERRY, MICHAEL R, 8341 W WINNEMAC, NORRIDGE, IL 60706

11305   BERRY, MILAN B, 15079 HY 221, PO BOX 393, ENOREE, SC 29335

11305   BERRY, MILAN BOBO, 15079 HIGWAY 221 P.O. BOX #393, ENOREE, SC 29335

11305   BERRY, PAMELA DOLORES, 8341 W WINNEMAC, NORRIDGE, IL 60706

11305   BERRY, RACHEL NOELLE, 8341 W. WINNEMAC, NORRIDGE, IL 60706

11305   BERRY, SUSAN HELEN, 164 YELLOWTAIL, LIBBY, MT 59923

11305   BERSAW, MARTIN, 78 HIGHVIEW DR, WEST PATERSON, NJ 07424

11305   BERT SMITH & ASSOCIATES, 412 41ST ST SOUTH, BIRMINGHAM, AL 35222

11305   BERTRAM, H THEODORE, 4721 WILLOW WOOD DR, RACINE, WI 53403

11305   BESCH, JUDITH ANN, 3907 62ND AVE NO, BROOKLYN CENTER, MN 55429

11305   BESSON, LAWRENCE G, 6535 SOUTHPOINT DR, DALLAS, TX 75248

11305   BEST WESTERN HOMSTEAD INN, 220 ALEWIFE BROOK PKWY, CAMBRIDGE, MA 02138

11305   BETE FOG NOZZLE INC, 50 GREENFIELD ST, GREENFIELD, MA 01302

11305   BETLEY, JACQUELINE G, 8847 CREEKWOOD LN, MAINEVILLE, OH 45039

11305   BETSY PRICE, PO BOX 961018, FORT WORTH, TX 76161-0018

11305   BETTACCHI, ROBERT J, 6 GARFIELD ST, LEXINGTON, MA 02421-4210

11305   BETTENCOURT, PAUL, PO BOX 4622, HOUSTON, TX 77210-4622

11305   BETTS SPRING COMPANY INC, PO BOX 2237, SAN LEANDRO, CA 94577

11305   BETZ DEARBORN INC, PO BOX 281729, ATLANTA, GA 30384-1729

11305   BETZ DEARBORN, 7796 COLLECTION CENTER, CHICAGO, IL 60693

11305   BETZ DEARBORN, HERCULES, PO BOX 846046, DALLAS, TX 75284-6046

11305   BETZDEARBORN DIVISION, PO BOX 281729, ATLANTA, GA 30384-1729

11305   BETZ-DEARBORN, PO BOX 281729, THE WOODLANDS, TX 77380

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | BEVAN KATRIB, BARBARA J, C/O BARBARA J KATRIB, 5380 E LAKE RD, ROMULUS, NY 14541 | |
| 11305 | BEVEL DESIGN, 1703 EAST JOPPA RD., BALTIMORE, MD 21234 | |
| 11305 | BEVERIDGE & DIAMOND PC, 1350 I ST NW STE 700, ATTN ACCOUNTING, WASHINGTON, DC 20005 | |
| 11305 | BEVILL, ROBERT F, PO BOX 2943, STEAMBOAT SPRINGS, CO 80477 | |
| 11305 | BEVILLE SR, FRANCIS LEE, 3710 BANKS ST, BRIGHTON, AL 35020 | |
| 11305 | BEZI, JOHN M, 14945 MT PALOMAR LN, FONTANA, CA 92336 | |
| 11305 | BFA CUSTOM PUBLICATIONS, 318 NEWMAN ROAD, SEBRING, FL 33876-6702 | |
| 11305 | BFI OF NORTH AMERICA, 5800 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 11305 | BHA GROUP INC-USE 53653, P.O. BOX 803363, KANSAS CITY, MO 64180-3363 | |
| 11305 | BHA GROUP, INC, PO BOX 803363, KANSAS CITY, MO 64180-3363 | |
| 11305 | BIANCHETTI BRACCO MINOSA SRL, VIA ROSSINI 8, MILAN, 20422ITALY | *VIA Deutsche Post* |
| 11305 | BIDDLE, PETER D, 21404 MASI CT, GROSSE ILE, MI 48138 | |
| 11305 | BIERLY, MICHAEL D, C/O MICHAEL BIERLY, 55 ARLENE DR, HANOVER, PA 17331 | |
| 11305 | BIG RIVER RUBBER & GASKET, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 | |
| 11305 | BIGLEY, MARK A, 146 MAYFAIR, ALISO VIEJO, CA 92656 | |
| 11305 | BILBO, TOMMY M, 720 KINGSLEY ST, LAKE CHARLES, LA 70601 | |
| 11305 | BILHEIMER JR, HOWARD L, 121 MIDLAND RD, GLEN BURNIE, MD 21060 | |
| 11305 | BILHEIMER JR, HOWARD L, C/O HOWARD BILHEIMER JR, 121 MIDLAND RD, GLEN BURNIE, MD 21060 | |
| 11305 | BILHEIMER, SHAWN, 553 SARAH AVE, LINTHICUM, MD 21090 | |
| 11305 | BILLINGTON, EARL J, 2641 WHITNEY DR NE, CEDAR RAPIDS, IA 52402 | |
| 11305 | BIO-MEDICAL APPLICATIONS OF INDIANA INC, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096 | |
| 11305 | BIO-MEDICAL APPLICATIONS OF MISSISSIPPI, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096 | |
| 11305 | BIO-MEDICAL APPLICATIONS OF OKLAHOMA INC, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096 | |
| 11305 | BIO-MEDICAL APPLICATIONS OF RHODE ISLAND, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096 | |
| 11305 | BIO-MEDICAL APPLICATIONS OF SOUTH CAROLINA INC, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096 | |
| 11305 | BIO-MEDICAL APPLICATIONS OF SOUTH CAROLINA, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096 | |
| 11305 | BIOSAN LABORATORIES, 1950 TOBSAL CT., WARREN, MI 48091 | |
| 11305 | BIRD MACHINE COMPANY, C/O CHRISTOPHER J RYAN, BAKER HUGHES INC, PO BOX 4740, HOUSTON, TX 77210-4740 | |
| 11305 | BIRENBAUM, JAMES J, 904 BEECH DR, PLYMOUTH, WI 53073 | |
| 11305 | BIRKHOLZ, JOAN M, C/O JOAN BIRKHOLZ, 4385 CURRY LN, WINDSOR, WI 53598 | |
| 11305 | BIRO OKTROI ROOSSENO, PO BOX 4585, JAKARTA, 10001INDONESIA | *VIA Deutsche Post* |
| 11305 | BISCHOF & KLEIN GMBH & CO. KG, 13807 VILLAGE MILLE DRIVE, STE. 105, MIDLOTHIAN, VA 23113 | |
| 11305 | BISHOP DENNIS J O CONNELL HS, 6600 LITTLE FALLS ROAD, ARLINGTON, VA 22213 | |
| 11305 | BISHOP IRETON HS, 201 CAMBRIDGE ROAD, ALEXANDRIA, VA 22314 | |
| 11305 | BISHOP, KAREN, P.O. BOX 430, MANCHESTER, WA 98353 | |
| 11305 | BISHOP, KENNETH W, 215 THOMPSON ST, TAYLORS, SC 29687 | |
| 11305 | BITTERMAN, ALAN GROVER, 451 E OASIS DR, IVINS, UT 84738 | |
| 11305 | BITTERMAN, CHARLOTTE L, 451 E OASIS DR, IVINS, UT 84738 | |
| 11305 | BKG COMPANY INC, 2990 CLYMER AVE, TELFORD, PA 18969 | |
| 11305 | BLACHOWICZ, ALLAN E, 8 BALTISTAN CT, BALTIMORE, MD 21237 | |
| 11305 | BLACK, JOAN G, 101 CARRIAGE LN, SIMPSONVILLE, SC 29681-5632 | |
| 11305 | BLACKMAN PLUMBING SUPPLY, PO BOX 9400, UNIONDALE, NY 11555-9400 | |
| 11305 | BLACKMON, KENNETH OTIS, 2647 CLYDE STOGNER DRIVE, LANCASTER, SC 29720 | |
| 11305 | BLACKSTONE, ROSE A, 1945 MOUNT CARMEL RD, GRAY COURT, SC 29645 | |
| 11305 | BLACKWELL, LUNDA A, 4551 LANIER AVE, BALTIMORE, MD 21215 | |
| 11305 | BLACKWOOD III, HARRY P, 831 CLEVELAND ST APT #180, GREENVILLE, SC 29601 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   BLACKWOOD, GEORGE W, 10231 WOODHAVEN RIDGE RD, PARKER, CO 80134

11305   BLACKWOOD, HARRY PERCIVAL, 831 CLEVELAND ST APT 180, GREENVILLE, SC 29601

11305   BLAIR, MICHAEL K, 15932 NEW AVE, LEMONT, IL 60439

11305   BLAIR, TONY L, 702 S ELM, WEATHERFORD, TX 76086

11305   BLAKE & PENDLETON, INC, PO BOX 101187, ATLANTA, GA 30392-1187

11305   BLAKE, JERRY L, 20 LOMBARDY DR, BALTIMORE, MD 21222

11305   BLALOCK, SUSAN, 742 TESON, HAZELWOOD, MO 63042

11305   BLANC, RICHARD, 5B S COMMONS, LINCOLN, MA 01773

11305   BLANCHARD MACHINERY CO, 3151 CHARLESTON HWY, 7517, COLUMBIA, SC 29202

11305   BLAND, LAWRENCE WARD, 13 CROSSOVER RD, LIBBY, MT 59923

11305   BLAND, VIRGINIA LEE, 13 CROSSOVER RD, LIBBY, MT 59923

11305   BLANKENSHIP, ROBYN D, 292 BELL RD SE, CLEVELAND, TN 37323

11305   BLANKSTEIN ENTERPRISES INC., 2120 W CLYBOURN STREET, MILWAUKEE, WI 53233

11305   BLASTECH INC, 9624 CINTL COL RD, CINCINNATI, OH 45241

11305   BLAY, CHRISTINE, 3 CROCKET DR, CHELMSFORD, MA 01824

11305   BLAY, GERALD L, 3 CROCKET DR, CHELMSFORD, MA 01824

11305   BLAYLOCK, RONNIE LYNN, 115 STANFIELD DR, STANLEY, NC 28164

11305   BLAZE, MATTHEW S, 390 GREAT RD #10A, ACTON, MA 01720

11305   BLAZEK SR, JAMES J, 105 SUNNYDALE WAY, REISTERSTOWN, MD 21136-6121

11305   BLAZEK, MATTHEW J, 2514 CEDARHURST DR, REISTERSTOWN, MD 21136

11305   BLESSING, MICHELE, 3156 PETE SEAY, SULPHUR, LA 70665

11305   BLINCO, THOMAS JERRY, 151 FRAZEY RD, LIBBY, MT 59923

11305   BLOCH, RICHARD I, 4335 CATHEDRAL AVE NW, WASHINGTON, DC 20016

11305   BLONTZ, KIM D, 966 REGINA DR, BALTIMORE, MD 21227

11305   BLOOMER, PATRICIA D, 6433 WOODLAND FOREST DR, ELKRIDGE, MD 21075

11305   BLOUIN, WENDY T, 16800 SPRING RANCH RD, LIVINGSTON, LA 70754

11305   BLUE BEACON INTERNATIONAL INC, 500 GRAVES BLVD, PO BOX 856, SALINA, KS 67402-0856

11305   BLUE BOOK BUILDING AND, THE, PO BOX 500, JEFFERSON VALLEY, NY 10535-0500

11305   BLUE CRYSTAL WATER, 1710 N GOLDENROD RD, ORLANDO, FL 32807-8402

11305   BLUE SR, DALE M, 2844 EDGECOMBE CIR S, BALTIMORE, MD 21215

11305   BLYTHE, LEONARD, 3790 S ALEX LICKING PK, ALEXANDRIA, KY 41001

11305   BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245

11305   BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245

11305   BMW CONSTRUCTORS INC, ATTN KEVIN KOHART, 1740 W MICHIGAN ST, INDIANAPOLIS, IN 46222

11305   BNA BOOKS, PO BOX 7814, EDISON, NJ 08818-7814

11305   BNC FORUM LP TEXAS LIMITED PARTNERSHIP, RICHARD GELBART SR VP 2775 VIA DE LA, DEL MAR, CA 92014

11305   BOARD OF COMMISSIONERS OF THE COUNTY OF, 2293 N MAIN ST, CROWN POINT, IN 46307

11305   BOARD OF COMMISSIONERS OF THE COUNTY OF, 2293 N. MAIN ST, CROWN POINT, IN 46307

11305   BOARD OF CTY COMMISSIONERS OF JOHNSON CT, JOHNSON COUNTY ADMIN BLDG, 111 S CHERRY ST #3200, OLATHE, KS 66061-3441

11305   BOARD OF EQUALIZATION, FUEL TAXES DIVISION, SACRAMENTO, CA 94279-6151

11305   BOARD OF PUBLIC UTILITIES, 540 MINNESOTA AVENUE, KANSAS CITY, KS 66101

11305   BOARDMAN, ARNOLD E, 335 DAVIDSON DR 12 CAPT WK, LACONIA, NH 03246

11305   BOARDMAN, CLAIRE S, 335 DAVIDSON DR 12 CAPT WK, LACONIA, NH 03246

11305   BOARDNER, CLDIE L, 1306 DAKOTA AVE, LIBBY, MT 59923

11305   BOARDNER, STACEY L, 1306 DAKOTA AVE, LIBBY, MT 59923

11305   BOB COFFIA, 2301 BROOKHAVEN DRIVE, EDMOND, OK 73034

11305   BOBOLTS, DUDLEY L, 9580 RICHMOND CIR, BOCA RATON, FL 33434

11305   BOC GASES, 100 CORPORATE DR, LEBANON, NJ 08822

11305   BOCA EVALUATION SERVICES INC, 4051 WEST FLOSSMOOR RD, COUNTRY CLUB HILLS, IL 60478-5795

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  BOCKEL, D R, 15029 HOOPER RD, HOUSTON, TX 77047

11305  BOEHMANN, GARY W, 2263 REID RD, OWENSBORO, KY 42303

11305  BOER, F PETER, 47 COUNTRY RD S, VILLAGE OF GOLF, FL 33436

11305  BOGDANOR, JAMES M, 6417 WARM SUNSHINE PATH, CLARKSVILLE, MD 21029

11305  BOLANDER, WILLIAM H, 7621 BEAVER RD, GLEN BURNIE, MD 21060

11305  BOLDUC, J P, C/O GEORGE J MARCUS, MARCUS CLEGG & MISTRETTA PA, 100 MIDDLE ST - EAST TOWER, PORTLAND, ME 04101

11305  BOLES, RUTH, C/O ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305  BOLLIG, JEFFREY J, 7939 S NEENAH, BURBANK, IL 60459

11305  BOLLINGER ROOFING COMPANY INC, 1501 RIDGELY ST, BALTIMORE, MD 21230

11305  BOLLOCK JR, GEORGE M, 2408 ENGLE RD, FALLSTON, MD 21047

11305  BONA, FREDERICK E, 17 DEVON RD, BOONTON, NJ 07005

11305  BONACUM, BRUCE RAYMOND, 524 BICYCLE PATH, PORT JEFFERSON ST, NY 11776

11305  BONAR INDUSTRIES INC., DEPT. AT 49954, ATLANTA, GA 31192-9954

11305  BOND SUPPLY INC., 1500 NW 15TH AVE., POMPANO BEACH, FL 33069

11305  BOND, CAMILLA S, 903 SEARLESS ESTATE DR, SAINT JOHNS, MI 48879

11305  BONDS, JOHN, 12077 KILBRIDE DR, CINCINNATI, OH 45251

11305  BONE, JERRY D, 723 CARTERSVILLE HWY, DALLAS, GA 30132

11305  BONILLA, JORGE A, 3601 GREENWAY APT 307, BALTIMORE, MD 21218

11305  BONVILLIAN, MARCIE, 200 KELLY LN, SULPHUR, LA 70665

11305  BOOKER, ROBERT G, 3457 VARGAS CIR 1A, BALTIMORE, MD 21244

11305  BOOTH, MARJORIE N, 6929 SAVANNAH ESTATES DR, HARRISON, TN 37341

11305  BOOTH, THOMAS J, 7 NORTH PKWY, ELKTON, MD 21921

11305  BOOTHMAN, BARRY ALLEN, PO BOX 78, LIBBY, MT 59923

11305  BORCHERS, RICKY THOMAS, 4513 EASTON LANE, PETERSBURG, KY 41080

11305  BORDEN REMINGTON CORP, C/O THOMAS M QUINN III ATTORNEY AT LAW, 280 NEW BOSTON RD, FALL RIVER, MA 02720

11305  BORDWELL, DANA LYNN, 2617 N WALL, SPOKANE, WA 99205

11305  BOREL, LISA P, 3664 A MILLER RD, LAKE CHARLES, LA 70605

11305  BOREM, TIMOTHY D, 8210 SPYGLASS CIR, ORLAND PARK, IL 60462

11305  BORREL, TIMOTHY M, 147 ARTHUR VINCENT RD, SULPHUR, LA 70665

11305  BOSTON CUSTOMS BROKERS AND FREIGHT, PO BOX 473, EAST BOSTON, MA 02128

11305  BOSTON, J B, 26610 HIGHWAY 221, ENOREE, SC 29335

11305  BOSTON, J B, 26610 HWY 221 N, ENOREE, SC 29335

11305  BOTCHERBY, MAUREEN, 853 SALEM LN, LAKE WORTH, FL 33467

11305  BOTTS JR, ANGUS B, 1905 SHELDON RD, GREENSBORO, NC 27405

11305  BOUCHARD, ERNEST S, 5349 BROADWATER LN, CLARKSVILLE, MD 21029

11305  BOUCHER, CRAIG, 90 ELLERY ST APT #32, CAMBRIDGE, MA 02138

11305  BOUDEFFA, YOUCEF, 109 BANCROFT AVE, READING, MA 01867

11305  BOUGHTON, VAN T, 5124 FELLOWSHIP RD, BASKING RIDGE, NJ 07920

11305  BOULWARE, DERRICK, 4309 PLAINFIELD AVE, BALTIMORE, MD 21206

11305  BOURQUE, MONICA, PO BOX 1775, PORT BARRE, LA 70577

11305  BOURQUE, TRENTON K, 3117 SH FOREST DR, LAKE CHARLES, LA 70611

11305  BOURQUIN, MARTIN W, 8916 GREY MOUNTAIN DR, OOLTEWAH, TN 37363

11305  BOVE, DANIELE T, C/O DANIELE BOVE, 24 CHEMIN DES SARMENTS, VESENAZ, 000001222SWITZERLAND    *VIA Deutsche Post*

11305  BOWEN, TERRY, 1905 MORRISON AVE, PUEBLO, CO 81005

11305  BOWEN, WARREN A, 514-E CYPRESS ST #3, COVINA, CA 91723-1303

11305  BOWENS, GREGORY, PO BOX 520, SPRINGFIELD, SC 29146

11305  BOWERMANS MARINA, 11045 BOWERMAN RD, WHITE MARSH, MD 21162

11305  BOWERS, GEORGE E, 339 CHISELED STONE RD, SYKESVILLE, MD 21784

11305  BOWERS, MARIAN C, 231 TED BRUCE RD, RAGLEY, LA 70657

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    BOWERS, RONNIE L, 1729 WHITE ACRES DR, SULPHUR, LA 70663

11305    BOWIE, ANTHONY J, 200 GIBBONS AVE, BALTIMORE, MD 21225

11305    BOWIE, ANTHONY J, C/O ANTHONY BOWIE, 200 GIBBONS AVE, BALTIMORE, MD 21225

11305    BOWKER, KATHERINE MARY, 1704 NORTH GLENN COURT, SPOKANE, WA 99206

11305    BOWKER, ROSE MARY, 1704 NORTH GLENN COURT, SPOKANE, WA 99206

11305    BOWMAN DISTRIBUTION BARNES GROUP INC, THE GALLERIA & TOWER AT ERIEVIEW, 1301 E 9TH ST #700, CLEVELAND, OH 41114-1824

11305    BOWMAN, MICHAEL T, 3631 LIBERTY HTS AVE, BALTIMORE, MD 21215

11305    BOWSER, MURIEL E, 1119 WILL-O-BROOK DR, PASADENA, MD 21122

11305    BOYD JR, R D, C/O R W BOYD JR, 3593 OAKVALE RD, DECATUR, GA 30034

11305    BOYD, ELLIS J, 39 W HARDING, ORANGE, TX 77630

11305    BOYD, JOHNNIE E, 609 CROMWELL WHYE LA, MONKTON, MD 21111

11305    BOYER, TIMOTHY A, 7120 MACBETH WAY, ELDERSBURG, MD 21784

11305    BOYKE, DEBRA A, 1112 GATEWAY PASS, VERONA, WI 53593

11305    BOYKE, MARK W, 1112 GATEWAY PASS, VERONA, WI 53593

11305    BP CHEMICALS INC., ATTN: CREDIT DEPT, MAIL CODE 600-2021B, 150 W WARRENVILLE RD, NAPERVILLE, IL 60563-8460

11305    BP ENERGY COMPANY, PO BOX 198900, ATLANTA, GA 30384-8900

11305    BP EXPLORATION & OIL INC DBA BP PRODUCTS NA INC, ATTN: R E SCHRAG, TOLEDO REFINERY, PO BOX 696, TOLEDO, OH 43697-0696

11305    BP PRODUCTS NORTH AMERICA INC, 4850 E 49TH, CLEVELAND, OH 44125

11305    BPI BY PRODUCT INDUSTRIES INC, C/O EULER AMERICAN CREDIT INDEMNITY, AGENT OF BPI BY PRODUCT INDUST INC, 100 E PRATT ST 5TH FLR, BALTIMORE, MD 21202

11305    BRAATEN, DAWN LYNN, PO BOX 124, LAUREL, MT 59044

11305    BRADLEY SUPPLY CO, PO BOX 29096, CHICAGO, IL 60629

11305    BRADLEY, SHIRLEY M, 1015 E 9TH ST APT 302, ROANOKE RAPIDS, NC 27870

11305    BRADLEY, VANESSA Y, 454 JOHNSON RD, CENTRAL, SC 29630

11305    BRADY, FREDERICK D, 7754 MONARCH CT, DELRAY BEACH, FL 33446

11305    BRAGDON, ROBERT W, 233 HIGH HEAD RD, HARPSWELL, ME 04079

11305    BRAGG, ROBERT W, 46 BREWSTER RD, WEST BRIDGEWATER, MA 02379

11305    BRAIDICH, RUTH N, 290 BERKELEY DR, SEVERNA PARK, MD 21146

11305    BRAITHWAITE, DOROTHY E, 10820 SHORES RD, CHANCE, MD 21821

11305    BRALEY, EUGENE ALFRED, 651 QUARTZ ROAD, LIBBY, MT 59923

11305    BRAMLETT, JAMES E, 111 CHAPMAN DR, FOUNTAIN INN, SC 29644

11305    BRANCH, SUE, 1226 WASHINGTON ST NE, MINNEAPOLIS, MN 55413

11305    BRANNAN, MICHAEL G, 10602 HITE CREEK RD, LOUISVILLE, KY 40241

11305    BRANSON, OTIS, 5219 W RACE ST, CHICAGO, IL 60644

11305    BRANT, DAVID P, 223 S BROWN, SPOKANE, WA 99207

11305    BRANTL, KATHRYN A, 14460 MASON LN, ORLAND PARK, IL 60462

11305    BRASHIER, FRED H, 744 FAIRVIEW RD, SIMPSONVILLE, SC 29680

11305    BRASWELL, RICHARD E, 3233 WESTELLE, MEMPHIS, TN 38128

11305    BRAUDE, MONIQUE C, 462 SEVERNSIDE DR, SEVERNA PARK, MD 21146-2216

11305    BRAULT, ERNEST A, 186 OAKLIEGH LN, BUMPASS, VA 23024

11305    BRAXTON, JOSEPH J, 1135 PINELAND TER, AIKEN, SC 29801

11305    BREARD GARDNER, C/O LISA TURNER, LOBMAN CARNAHAN BATT ANGELLE & NADER, 400 POYDRAS ST STE 2300, NEW ORLEANS, LA 70130

11305    BREAUX JR, CLIFTON J, 4236 WEAVER RD, LAKE CHARLES, LA 70605

11305    BREAUX, LARRY A, 4805 E QUAIL HOLLOW, LAKE CHARLES, LA 70605

11305    BREDEHOEFT, DONALD A, PO BOX 7243, LAKE CHARLES, LA 70606

11305    BREEN, THOMAS E, 118 LILY LAKE ROAD, MC HENRY, IL 60050

11305    BREITSTEIN, DIANE, 12 WHEATON AVE, FISHKILL, NY 12524-1109

11305    BRENNAN, FRANCIS J, 26 HOLMEHILL LN, ROSELAND, NJ 07068

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305　BRENNAN, RONALD J, PO BOX 3286, SPRING, TX 77383

11305　BRENNTAG NORTHEAST INC, PO BOX 13788, READING, PA 19612

11305　BRENNTAG SOUTHEAST HCI-WORTH CHEMICAL, PO BOX 20725, GREENSBORO, NC 27420

11305　BRESETTE, THORA JUDITH, 2098 FARM TO MARKET ROAD, LIBBY, MT 59923

11305　BREWER, DOLORES K, 4812 MACALPINE CT, ELLICOTT CITY, MD 21042

11305　BREWER, FRED B, 59 GATTIS RD, FORT OGLETHORPE, GA 30742

11305　BREWER, MICHAEL G, 328 JOE TIKE, RINGGOLD, GA 30736

11305　BREWSTER III, DAVID T, 9 CARVER ST, BEVERLY, MA 01915

11305　BREZNY, RASTO, 8525 2ND AVE, SILVER SPRING, MD 20910

11305　BRIA, MICHAEL P, 943 S JACKSON ST, GREEN BAY, WI 54301

11305　BRICE, DONALD S, 6528 CLEAR DROP CT #303, GLEN BURNIE, MD 21060

11305　BRICKEY, KEVIN RAY, 5510 W CONESTOGA, SPOKANE, WA 99208

11305　BRICKEY, TYLER JAY, 4311 SW KIRK, PENDLETON, OR 97801

11305　BRIDGE SCIENTIFIC, 6075 BABYLON CREST, COLUMBIA, MD 21045-3804

11305　BRIDGEMAN, BRENDA M, 4133 YEWELLS LANDING E, OWENSBORO, KY 42303

11305　BRIDGES, BRIAN E, 2240 SALUDA LN, ACWORTH, GA 30101

11305　BRIDGES, CLIFFORD E, 210 FERN ST, NEW ELLENTON, SC 29809

11305　BRIDGES, SECTION, 9433 S HALSTED ST, CHICAGO, IL 60620

11305　BRIDGES, SHANDAR J, 15143 S WOODLAWN, DALTON, IL 60419

11305　BRIERLY,LOMBARD & CO INC, BOX 15051, WORCESTER, MA 01610-0051

11305　BRIGANDI, STEPHEN W, 1 HILLSVIEW ST, CANTON, MA 02021

11305　BRIGGS EQUIPMENT, LOCK BOX 841272, DALLAS, TX 75284-1272

11305　BRIGGS, JAMES F, 131 MILLER ST, LAURENS, SC 29360

11305　BRIGGS, JAMES FRANKLIN, 131 MILLER ST, LAURENS, SC 29360

11305　BRIGGS, JAMES K, 237 N RUTH WALKER RD, WATERLOO, SC 29384

11305　BRIGHT, TAYLOR W, 1720 EARHART RD, BALTIMORE, MD 21221

11305　BRINKMAN, EMORY, 1803 W. KNOX, SPOKANE, WA 99205

11305　BRINKMAN, RAYMOND ALLEN, 1803 W. KNOX, SPOKANE, WA 99205

11305　BRINKMANN INSTRUMENTS INC, PO BOX 13275, NEWARK, NJ 07101-3275

11305　BRISKI INDUSTRIAL SUPPLY CO, 5919 ARCHER AVE, CHICAGO, IL 60638-2802

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, BAKERVIEW APTS, 1040 HOWIE AVENUE,　　**\*VIA Deutsche Post\***
　　　　COQUITLAM, BC V3J1T7CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, BERKELEY MANOR, 2150 PANDORA STREET,　　**\*VIA Deutsche Post\***
　　　　VANCOUVER, BC V5L 1N5CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, BRAEMAR GARDENS, 1000 BRUNETTE AVENUE,　　**\*VIA Deutsche Post\***
　　　　COQUITLAM, BC V3K1E3CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, BRAEMAR GARDENS, 985 ADAIR AVENUE,　　**\*VIA Deutsche Post\***
　　　　COQUITLAM, BC V3K 3V3CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, BRAEMAR GARDENS, 995 ADAIR AVENUE,　　**\*VIA Deutsche Post\***
　　　　COQUITLAM, BC V3K 3V3CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, CHERYL MANOR, 210 2ND ST E, NORTH　　**\*VIA Deutsche Post\***
　　　　VANCOUVER, BC V7L 1C5CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, DAYLIN MANOR, 515 9TH STREET, NEW　　**\*VIA Deutsche Post\***
　　　　WESTMINSTER, BC V3M 3W6CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, GARY MANOR, 2225 8TH AVE W, VANCOUVER, BC　　**\*VIA Deutsche Post\***
　　　　V6K 2A6CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, HAMPTON APTS, 540 ROCHESTER AVENUE,　　**\*VIA Deutsche Post\***
　　　　COQUITLAM, BC V3K2V1CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, KINGSLEY MANOR, 2121 FRANKLIN STREET,　　**\*VIA Deutsche Post\***
　　　　VANCOUVER, BC V5L 1R7CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, REGENCY COURT, 10520 132ND STREET, SURREY,　　**\*VIA Deutsche Post\***
　　　　BC V3T3V6CANADA

11305　BRISTOL INVESTMENTS LTD & BARAFIELD REAL, REGENCY SQUARE, 13325 105TH AVENUE,　　**\*VIA Deutsche Post\***
　　　　SURREY, BC V3T 1Z2CANADA

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | BRISTOL INVESTMENTS LTD & BARAFIELD REAL, SHELLEY COURT, 230 2ND ST E, NORTH VANCOUVER, BC V7L 1C5CANADA | *VIA Deutsche Post* |
| 11305 | BRISTOL INVESTMENTS LTD & BARAFIELD REAL, SILVER MANOR, 6420 SILVER AVENUE, BURNABY, BC V5H2Y5CANADA | *VIA Deutsche Post* |
| 11305 | BRISTOL INVESTMENTS LTD & BARAFIELD REAL, VILLA MONACO, 33263 BOURQUIN CRES E, ABBOTSFORD, BC V2S 1Y3CANADA | *VIA Deutsche Post* |
| 11305 | BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY, SW1 3700 WILLINGDON AVENUE, BURNABY, BC V5G3H2CANADA | *VIA Deutsche Post* |
| 11305 | BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY, SW14 3700 WILLINGDON AVENUE, BURNABY, BC V5G3H2CANADA | *VIA Deutsche Post* |
| 11305 | BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY, SW3 3700 WILLINGDON AVENUE, BURNABY, BC V5G3H2CANADA | *VIA Deutsche Post* |
| 11305 | BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY, SW5 3700 WILLINGDON AVENUE, BURNABY, BC V5G3H2CANADA | *VIA Deutsche Post* |
| 11305 | BRITSCH, GERALD H, 10229 S CANTON, TULSA, OK 74137 | |
| 11305 | BRITTON, JAMES D, 1724 COLEMAN BRIDGE RD, WAGENER, SC 29164 | |
| 11305 | BRITTON, KENNETH R, 402 N ALMOND DR, SIMPSONVILLE, SC 29681 | |
| 11305 | BROBJORG, JOHN NELS, 5769 BELTLINE ROAD #603, DALLAS, TX 75254 | |
| 11305 | BROBJORG, JOSEPH NEIL, 16620 73RD AVENUE NORTH, MAPLE GROVE, MN 55311 | |
| 11305 | BROCK & COMPANY INC, 77 GREAT VALLEY PKWY, MALVERN, PA 19355 | |
| 11305 | BROCKEL, ROBERT I, 240 BESANCON RD, CABOT, AR 72023 | |
| 11305 | BROCKTON BOSTON CUTTING DIE, 865 ISLINGTON ST., PORTSMOUTH, NH 03081 | |
| 11305 | BRODERICK, JAMES, 204 MERRIMACK MEADOW LN, TEWKSBURY, MA 01876 | |
| 11305 | BROGDON, MORRIS, 5448 LYNVIEW AVE, BALTIMORE, MD 21215 | |
| 11305 | BROOKFIELD ENGINEERING, 11 COMMERCE BLVD, MIDDLEBORO, MA 02346 | |
| 11305 | BROOKS II, CHARLES L, 4695 CASANN AVE, MEMPHIS, TN 38128 | |
| 11305 | BROOKS, JOYCE B, 123 WOODRIDGE CR, GREENVILLE, SC 29607 | |
| 11305 | BROOKS, LINDA F, 344 WILLIE D RD, JEFFERSON CITY, TN 37760 | |
| 11305 | BROOKS, MICHAEL EUGENE, 1274 HANNAH DR, ELKO, NV 89801 | |
| 11305 | BROOKS, THELMA, 7026 S CLAREMONT, CHICAGO, IL 60636 | |
| 11305 | BROOKS, WILLIAM I, 8519 STEEPLEBUSH PL, MECHANICSVILLE, VA 23116 | |
| 11305 | BROOKS, WILLIAM V, PO BOX 904, MAULDIN, SC 29662 | |
| 11305 | BROTHER MARTIN HIGH SCHOOL, 4401 ELYSIAN FIELDS AVENUE, NEW ORLEANS, LA 70122 | |
| 11305 | BROUGHTON, DENISE L, 25 GOODNOW AVE, ASHLAND, MA 01721 | |
| 11305 | BROUGHTON, RICHARD A, 25 GOODNOW AVE, ASHLAND, MA 01721 | |
| 11305 | BROUSSARD, CARL L, 1812 ANGELA, SULPHUR, LA 70663 | |
| 11305 | BROUSSARD, KEVIN D, 375 LONGVILLE RD, LONGVILLE, LA 70652 | |
| 11305 | BROWARD COUNTY DEP OF FINANCE, REVENUE COLLECTION DIVISION, GOVERNMENTAL CENTER ANNEX, 115 S ANDREWS AVE, FT LAUDERDALE, FL 33301 | |
| 11305 | BROWARD MACHINERY & SUPPLY CO, PO BOX 1086, POMPANO BEACH, FL 33061 | |
| 11305 | BROWN CHEMICAL CO INC, PO BOX 10414, NEWARK, NJ 07193-0414 | |
| 11305 | BROWN, DAVID A, 7314 TANYA DR, HARRISON, TN 37341 | |
| 11305 | BROWN, ERMALINE REGISTER, 532 ROSE MARIE AVE, VIRGINIA BEACH, VA 23462 | |
| 11305 | BROWN, HERMAN, 4718 MONTEREY DR, WINTER HAVEN, FL 33880-1511 | |
| 11305 | BROWN, JAMES H, C/O ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | BROWN, JAMES LEE, 1322 8TH ST NW, WASHINGTON, DC 20001 | |
| 11305 | BROWN, JOHN CALLISON, 56 STRATMANOR DRIVE, BOWMANVILLE, ON L1C4L3CANADA | *VIA Deutsche Post* |
| 11305 | BROWN, JOSEPH, C/O ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | BROWN, LOUIS, 4030 W FLORIST AVE, MILWAUKEE, WI 53209 | |
| 11305 | BROWN, MICHAEL E, 815 SUNNYFIELD LN, BALTIMORE, MD 21225 | |
| 11305 | BROWN, PATRICK MICHAEL, 211 ALLEN DR, EXTON, PA 19341 | |
| 11305 | BROWN, RENDELL, 101 WATERBURY CT, SIMPSONVILLE, SC 29680 | |
| 11305 | BROWN, RONALD W, 103 YUKON DR, GREENVILLE, SC 29605 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   BROWN, THOMAS L, 604 EASTWOOD DR, OWENSBORO, KY 42303

11305   BROWN, TIMOTHY LEE, 300 GRANITE AVENUE, LIBBY, MT 59923

11305   BROWN, WILLIAM O, 1394 N 400 E, CENTERVILLE, UT 84014

11305   BROWN, WILLIAM P, 7731 JONES RD, PASADENA, MD 21122

11305   BROWN, WILLIE W, 432 SPEEDWAY DR, FOUNTAIN INN, SC 29644

11305   BROWN, WILLIE, 1706 FRANCIS, HOUSTON, TX 77004

11305   BROWNING FERRIS IND, ATTN ROBERT H DAVIS, 5757A OATES RD, HOUSTON, TX 77078

11305   BROWNING, JESSE JAMES, 1581 BROWNING RD, ENOREE, SC 29335

11305   BROWNING, JESSIE, 1581 BROWNING RD, ENOREE, SC 29335

11305   BROWNING, SARAH A, 1570 BROWNING RD, ENOREE, SC 29335

11305   BROWNING, SARAH ANNETTE, 1570 BROWNING ROAD, ENOREE, SC 29335

11305   BROWNING-FERRIS INDUSTRIES, BALTIMORE DISTRICT #358, FEIN 41-1696636, PO BOX 830135, BALTIMORE, MD 21283-0135

11305   BROWNING-FERRIS INDUSTRIES, BALTIMORE DISTRICT #358, FEIN 41-1696636, PO BOX 9001462, LOUISVILLE, KY 40290-1462

11305   BROWNING-FERRIS INDUSTRIES, BFI OF TN., INC., PO BOX 9001228, LOUISVILLE, KY 40290-1228

11305   BROWNING-FERRIS INDUSTRIES, PO BOX 9001487, LOUISVILLE, KY 40290-1487

11305   BRUCE BROS DREDGING INC, PO BOX 599, EVADALE, TX 77615

11305   BRUGGY, JAMES J, 101 SHORTCROSS RD, LINTHICUM, MD 21090

11305   BRUMBAUGH INDUSTRIES INC, 2000 INDUSTRIAL HWY, EDDYSTONE, PA 19022

11305   BRUNSON JR, ROBERT, 4040 W COLDSPRING LN, BALTIMORE, MD 21215

11305   BRUSHMILLER, EDWIN W, 1360 RIVERSIDE AVE E, BALTIMORE, MD 21221

11305   BRUTON AKADICK, RICHARD LANE, 681 QUAIL DRIVE, LOS ANGELES, CA 90065-4007

11305   BRYAN CAVE LLP, ATTN THOMAS C WALSH ESQ, ONE METROPOLITAN SQUARE, 211 N BROADWAY #3600, ST LOUIS, MO 63102

11305   BRYAN CAVE, 211 N BROADWAY, STE 3600, SAINT LOUIS, MO 63150-3089

11305   BRYANT, WILLIAM R, C/O ROXIE VIATOR, 2728 WESTEN AVE, ORANGE, TX 77630

11305   BSCES STRUCTURAL GROUP, 50 MILK ST, BOSTON, MA 02109

11305   BT& R LANDSCAPING,INC, PO BOX 4187, EAST ORANGE, NJ 07019

11305   BUCENS, PAUL G, 33 HARVARD RD, LITTLETON, MA 01460

11305   BUCKEYE PUMPS INC, 1251 HARDING WAY E, GALION, OH 44833

11305   BUCKLEW, DAVID M, 3526 POINT CLEAR DR, MISSOURI CITY, TX 77459

11305   BUCKWORTH, DENNIS ALLEN, 2542 WARREN AVE N, SEATTLE, WA 98109

11305   BUFORD, HAROLD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   BUFORD, LEE B, 126 NATHANIEL LN, HACKBERRY, LA 70645

11305   BUILDING & CONSTRUCTION, LABORERS LOCAL 310, 3250 EUCLID AVE, CLEVELAND, OH 44115

11305   BUILDING LABORERS UNION LOCAL 310, 3250 EUCLID AVENUE, CLEVELAND, OH 44115

11305   BUILDING TECHNOLOGY ENGINEERS, INC, PO BOX 5951, BOSTON, MA 02206-5951

11305   BULK LIFT INTERNATIONAL INCORPORATED, ATTN: ERIN KELLY, 1013 TAMARAC DR, CARPENTERSVILLE, IL 60110

11305   BULK PROCESS EQUIPMENT, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   BULK TRANSIT CORPORATION, 7177 INDUSTRIAL PKWY, PLAIN CITY, OH 43064

11305   BULKA, ROBERT J, C/O ROBERT BULKA, 9 HUTCHINSON RD, MERRIMACK, NH 03054

11305   BULL, CHRISTOPHER, 5525 CHARLES ST, BETHESDA, MD 20814

11305   BULLARD, ROBERT H, 3656 BROADLEAF CT, GLENWOOD, MD 21738

11305   BULLOCK, NELLE S, 529 PALM BEACH RD, STUART, FL 34994

11305   BULMAN, LLOYD, 2999 3RD ST, MARION, IA 52302

11305   BUMPASS, FRANK A, 320 TUNNEL BLVD, CHATTANOOGA, TN 37411

11305   BUNAG, JORGE L, 2 ANDREW PL, EAST BRUNSWICK, NJ 08816

11305   BUNCH, CLAYTON R, 3677 MARCANTEL RD, VINTON, LA 70668

11305   BUNCH, LAWRENCE W, 22 CARRIAGE HILL DR, ERLANGER, KY 41018

11305   BUNCH, OLAN, 3665 MARCANTEL RD, VINTON, LA 70668

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305  BUNCH, WILLIAM D, 103 EDGEWATER RD, SEVERNA PARK, MD 21146

11305  BUNDROCK, DANIEL ARTHUR, 1421 UTAH AVENUE, LIBBY, MT 59923

11305  BUNIN, JUNE B, 6662 BOCA DEL MAR DR #213, BOCA RATON, FL 33433

11305  BUNN, DORA G, C/O JOHN J PODLESKI ESQ, 341 S MAIN, PO BOX 411, CARTHAGE, MO 64836

11305  BURCH, CHARLES K, 26383 HWY 221, ENOREE, SC 29335

11305  BURCH, CHARLES KENNETH, 730 ROCKY RIDGE ROAD, ENOREE, SC 29335

11305  BURCHARD, OSCAR, 230 LAKE TRAIL CT, DOUBLE OAK, TX 75077

11305  BURCHARD, OSCAR, 230 LAKE TRL CT, DOUBLE OAK, TX 75077

11305  BURCIAGA, MIGUEL A, 397 WALLACE WAY, ROMEOVILLE, IL 60446

11305  BUREAU OF CUSTOMS AND BORDER PROTECTION, 6026 LAKESIDE BLVD, PO BOX 68911, INDIANAPOLIS, IN 46268

11305  BUREAU OF NATIONAL AFFAIRS, P.O. BOX 64543, BALTIMORE, MD 21264-4543

11305  BURGESS, ROBERT I, C/O ROBERT BURGESS, 3708 DUVALL AVE, BALTIMORE, MD 21216

11305  BURGESS, THOMAS D, 230 VARNER RD, WOODRUFF, SC 29388

11305  BURGESS, THOMAS DEAN, 230 VARNER ROAD, WOODRUFF, SC 29388

11305  BURK, DARREN W, 4404 BRONZE WING CT, BALTIMORE, MD 21236

11305  BURKE, KEVIN J, 1621 INNER CIRCLE DR, CREST HILL, IL 60435

11305  BURKETT, STEVEN K, 8108 EDWILL AVE, ROSEDALE, MD 21237

11305  BURKHARDT, JEANNETTE ELAINE, 35 OAK AVE N, ANNANDALE, MN 55302

11305  BURKHART, MARK A, 3852 CREEK CT, MARTINEZ, GA 30907

11305  BURKNESS, DONALD CLIFORD, 3935 WHITEMARSH LANE, EDGEWATER, MD 21037

11305  BURKNESS, MARGARET LOUISE, 3935 WHITEMARSH LANE, EDGEWATER, MD 21037

11305  BURKS, WILLIE B, 141 JENKINS DR, SAVANNAH, GA 31405

11305  BURNHAM, JENNIFER J, 8784 MANAHAN DR, ELLICOTT CITY, MD 21043

11305  BURNS ENGINEERING INC., 10201 BREN ROAD EAST, MINNETONKA, MN 55343

11305  BURNS SEPTIC, T/A BURNS TANK & LINE CLEANING, PO BOX 537, REISTERSTOWN, MD 21136

11305  BURNS, WINIFRED M, PLAZA EAST - APT 1-I, 5 SCHENCK AVE, GREAT NECK, NY 11021

11305  BURRELL, FRANK A, 2140 W WILLOW AVE, PHOENIX, AZ 85029

11305  BURRELLES INFORMATION SERVICES, 75 E NORTHFIELD RD, LIVINGSTON, NJ 07039

11305  BURRES, CHARLES M, 5101 STOCKTON BLVD 85, SACRAMENTO, CA 95820

11305  BURROUGHS JR, JOHN B, C/O JOHN BURROUGHS, 2 SAINT ANDREWS EARTH, SEVERNA PARK, MD 21146

11305  BURROUGHS, HEPLER, BROOM, MACDONALD, HEB, 103 W VANDALIA STE 300, PO BOX 510, EDWARDSVILLE, IL 62025

11305  BURROUGHS, ROBERT SALDONA, FOUNTAIN 3800, ATMORE, AL 36503

11305  BURTON, CHARLES S, 1200 GLENEAGLE RD, BALTIMORE, MD 21239-2235

11305  BURTON, DONNA, 18014 FARRELL RD, JOLIET, IL 60432

11305  BUSANOVICH, GEDDIE J, 249 REA ST, NORTH ANDOVER, MA 01845

11305  BUSBY, DANIEL CARLTON, 2098 FARM TO MARKET RD, LIBBY, MT 59923

11305  BUSCH, RALPH, 5317 N. DRURY ROAD, OTIS ORCHARDS, WA 99027

11305  BUSCH, RALPH, C/O DARRELL SCOTT, 717 W SPRAGUE AVE STE 1600, SPOKANE, WA 99201

11305  BUSH, JAMES E, 378 GARRETTS DR, DOUGLASVILLE, GA 30134

11305  BUSINESS & LEGAL REPORTS INC., 141 MILL ROCK ROAD EAST, OLD SAYBROOK, CT 06475-4212

11305  BUSINESS & LEGAL REPORTS, 141 MILL ROCK ROAD EAST, OLD SAYBROOK, CT 06475

11305  BUSINESS EQUIPMENT DEPOT, 600 RESEARCH DR, WILMINGTON, MA 01887

11305  BUSINESS SERVICE CENTER OF, 10900 N.E. 8TH ST. SUITE 900, BELLEVUE, WA 98004

11305  BUSINESS WORLD INC, 188 FOOTHILL ROAD, BRIDGEWATER, NJ 08807

11305  BUTLER JR, DELBERT L, 5750 LYLE CIR, HIXSON, TN 37343

11305  BUTLER, JAMES M, 781 CRANDON BLVD APT 1703, KEY BISCAYNE, FL 33149

11305  BUTLER, JAMES M, C/O J M BUTLER, 781 CRANDON BLVD APT 1703, KEY BISCAYNE, FL 33149

11305  BUTLER, JAMES M, C/O J MURFREE BUTLER, 781 CRANDON BLVD APT 1703, KEY BISCAYNE, FL 33149

11305  BUTLER, JERRY G, 9041 BOLLING HTS LN, MACEO, KY 42355

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | BUTLER, WILLIE, 8046 S FRANCISCO, CHICAGO, IL 60652 | |
| 11305 | BUTT, WILLIAM JAMES, 3515 MORLEY TRL NW, CALGARY, AB T2M4H5CANADA | *VIA Deutsche Post* |
| 11305 | BW HOVERMILL CO INC, 6615 TRIBUTARY ST STE I, BALTIMORE, MD 21224 | |
| 11305 | BWF AMERICA, INC, 7453 EMPIRE DR. #340, FLORENCE, KY 41042 | |
| 11305 | BYARS, DEBORAH D, 217 DAVENTON RD, PELZER, SC 29669 | |
| 11305 | BYERS, SUSAN E, 3875 LONGVIEW DR, ATLANTA, GA 30341-1873 | |
| 11305 | BYERS, SUSAN ELAINE, 3875 LONGVIEW DRIVE, ATLANTA, GA 30341 | |
| 11305 | BYK-GARDNER, USA, PO BOX 798009, SAINT LOUIS, MO 63179-8000 | |
| 11305 | BYLENGA, PETER D, 1023 THOUSAND OAKS BLVD, GREENVILLE, SC 29607 | |
| 11305 | BYRNE, LEONARD R, 19 DARIEN WAY, GREENVILLE, SC 29615 | |
| 11305 | BYUN, JUNG H, 17254 HARDY RD, MOUNT AIRY, MD 21771 | |
| 11305 | C & H DISTRIBUTORS INC., PO BOX 88031, MILWAUKEE, WI 53288-0031 | |
| 11305 | C W BRABENDER INSTRUMENTS INC, PO BOX 2127, SOUTH HACKENSACK, NJ 07606 | |
| 11305 | C&L AQUA PROFESSIONALS, 3334 CARBIDE DRIVE, SULPHUR, LA 70665-8663 | |
| 11305 | C.J. MAINTENANCE, 5525 TWIN KNOLLS RD., STE. 323, COLUMBIA, MD 21045 | |
| 11305 | C.N.E., PO BOX 65014, PHILADELPHIA, PA 19155 | |
| 11305 | C.S. TRUCK & TRAILER REPAIR SVCS, 6575 MARSHALL BLVD., LITHONIA, GA 30058 | |
| 11305 | C.W. ASSOCIATES, PO BOX 34099, BETHESDA, MD 20827 | |
| 11305 | CABIRAC, RENE E, 9601 MISTY MOUNTAIN RD, CHATTANOOGA, TN 37421 | |
| 11305 | CABRAL, STEPHEN, 19 OAK ST, WAKEFIELD, MA 01880 | |
| 11305 | CACCIOLA, JOSEPH C, 200 MYSTIC VALLEY PKWY, WINCHESTER, MA 01890 | |
| 11305 | CADDO PARISH SCHOOL BOARD, 1961 MIDWAY, SHREVEPORT, LA 71130 | |
| 11305 | CADE SR, MAURICE, 9318 S KENWOOD AVE, CHICAGO, IL 60619 | |
| 11305 | CADILLAC PLASTIC GROUP INC., PO BOX 100662, PASADENA, CA 91189-0662 | |
| 11305 | CAFARELLE JR, RALPH M, 103 DREW AVE, BROCKTON, MA 02302 | |
| 11305 | CAHALANE, J P, 51 HILL RD APT 704, BELMONT, MA 02478-4311 | |
| 11305 | CAHILL GORDON & REINDEL, EIGHTY PINE ST., NEW YORK, NY 10005 | |
| 11305 | CAHILL, RALPH P, 1068 CINNABAR CT, SANTA MARIA, CA 93455 | |
| 11305 | CAIN, DONALD L, 19902 MIKES WAY, PARKTON, MD 21120 | |
| 11305 | CAIN, JAMES W, 11707 MEADOW FALLS, TOMBALL, TX 77375 | |
| 11305 | CAIN, KAREN, 113 E CHERRY HILL RD, REISTERSTOWN, MD 21136 | |
| 11305 | CAIN, KENNETH A, 6319 JACK HINTON RD, PHILPOT, KY 42366 | |
| 11305 | CAIN, KENNETH A, C/O KENNETH A CAIN, 6319 JACK HINTON RD, PHILPOT, KY 42366 | |
| 11305 | CAIRNS, DAVID D, C/O DAVID CAIRNS, 135 MINA ST, ROANOKE RAPIDS, NC 27870 | |
| 11305 | CAISON, BETH M, 205 FAIRFIELD DR, ELLENWOOD, GA 30294 | |
| 11305 | CALABRO, NATALE, 86 BEECH ST, BELMONT, MA 02478 | |
| 11305 | CALALLEN MINOR EMERGENCY CENTE, 11559 LEOPARD ST., CORPUS CHRISTI, TX 78410 | |
| 11305 | CALCASIEU EMERGENCY RESPONSE T, PO BOX 3287, LAKE CHARLES, LA 70602-3287 | |
| 11305 | CALCASIEU MECHANICAL CONTRACTORS INC, PO BOX 7728, LAKE CHARLES, LA 70606 | |
| 11305 | CALCASIEU PARISH POLICE JURY, PO DRAWER 3287, LAKE CHARLES, LA 70602-3287 | |
| 11305 | CALCASIEU PARISH SCHOOL BOARD, 1721 KIRKMAN STREET, LAKE CHARLES, LA 70601 | |
| 11305 | CALCASIEU PARISH SCHOOL BOARD, 1724 KIRKMAN STREET, LAKE CHARLES, LA 70601 | |
| 11305 | CALCASIEU PARISH SCHOOL BOARD, 1724 KIRKMAN, LAKE CHARLES, LA 70601 | |
| 11305 | CALCASIEU PARISH SHERIFFS OFFICE, PO BOX 1787, LAKE CHARLES, LA 70602-1787 | |
| 11305 | CALCASIEU RENTALS, INC, 233 HWY 397, LAKE CHARLES, LA 70615 | |
| 11305 | CALDON, ROBERT J, 1449 NOTTINGHAM DR SE, AIKEN, SC 29801 | |
| 11305 | CALDWELL, JEFFERY, PO BOX 2345, AIKEN, SC 29802 | |
| 11305 | CALGARY BOARD OF EDUCATION, 6304 LARKSPUR WAY SW, CALGARY, AB T3E 5P7CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, ACADIA ELEMENTARY 9603-5TH STREET SE, CALGARY, AB T2J1K4CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, AE CROSS 3445 37TH STREET SW, CALGARY, AB T3E3C2CANADA | *VIA Deutsche Post* |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | CALGARY BOARD OF EDUCATION, ALEX FERGUSON-1704 26TH STREET SW, CALGARY, AB T3C1K5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, ALTADORE ELEMENTARY 4506 16TH STREET SW, CALGARY, AB T2T4H9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, BALMORAL JUNIOR HIGH 220 16TH AVENUE NW, CALGARY, AB T2M0H4CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, BANFF TRAIL-3232 COCHRANE ROAD NW, CALGARY, AB T2M4J3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, BEL AIRE ELEMENTARY 1011 BEVERLY BLVD SW, CALGARY, AB T2V2C4CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, BELFAST ELEMENTARY 1229 17A STREET NE, CALGARY, AB T2E4V4CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, BRANTON JUNIOR HIGH 2103 20TH STREET NW, CALGARY, AB T2M3WCANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, BRIAR HILL ELEMENTARY 1233 21ST STREET NW, CALGARY, AB T2N2L8CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, BRIDGELAND ELEMENTAY 414 11A STREET NE, CALGARY, AB T2E4P3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, CAMBRIAN HEIGHTS ELEM. 640 NORTHMOUNT DR. NW, CALGARY, AB T2K3J5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, CAPITAL HILL ELEMENTARY 2210 18TH STREET NW, CALGARY, AB T2M3T4CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, CHINOOK PARK ELEMENTARY 1312-75TH AVE SW, CALGARY, AB T2V0S6CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, CLINTON FORD 5003 20TH STREET SW, CALGARY, AB T2T5A5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, COLLINWOOD ELEM. 3826 COLLINGWOOD DRIVE NW, CALGARY, AB T2K3H6CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, COLONEL IRVINE JR.HIGH 412-NORTHLAND DR.NW, CALGARY, AB T2K3H6CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, COLONEL MACLEOD SCHOOL 1610 6TH STREET NE, CALGARY, AB T2E3Y9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, COLONEL SANDERS ELEM. 226 NORTHMOUNT DRIVE NW, CALGARY, AB T2K3G5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, CRESCENT HEIGHTS HIGH 1019 1ST STREET SW, CALGARY, AB T2M2S2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, DR OAKLEY SCHOOL 3904 20TH STREET SW, CALGARY, AB T2G4Z9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, ELBOYA ELEMENTARY SCHOOL 4804 6TH STREET SW, CALGARY, AB T2S2N3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, ERNST MANNING HIGH SCHOOL 3600-16TH AVE SW, CALGARY, AB T3C1A5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, EUGENE COSTE ELEMENTARY 10 HILLGROVE CRES SW, CALGARY, AB T2V3K7CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, F.E OSBORNE JUNIOR HIGH 5315 VARSITY DRIVE NW, CALGARY, AB T3A1A7CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, FAIRVIEW SCHOOL 7840 FAIRMOUNT DRIVE SE, CALGARY, AB T2H0Y1CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, FOREST LAWN HIGH SCHOOL 1304 44TH STREET SE, CALGARY, AB T2A1M8CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, GEORGE P. VANIER 509-32 AVENUE NE, CALGARY, AB T2E2H3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, GLAMORGAN ELEMENTARY 50 GRAFTON DRIVE SW, CALGARY, AB T3E4W3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, GLENBROOK ELEMENTARY 4725 33RD AVENUE SW, CALGARY, AB T3E3V1CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, GLENDALE ELEMENTARY 2415 KELWOOD DRIVE SW, CALGARY, AB T3E3Z8CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 11305 | CALGARY BOARD OF EDUCATION, GLENMEADOWS ELEMENTARY 4931 GROVE HILL RD SW, CALGARY, AB T3E4G4CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, GREENVIEW ELEMENTARY 211 MCKNIGHT BLVD NE, CALGARY, AB T2E5S7CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, HAYSBORO ELEMENTARY 1123 87TH AVENUE SW, CALGARY, AB T2V0W2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, HENRY WISE WOOD HIGH 910-75TH AVE SW, CALGARY, AB T2V0S6CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, HUNTINGTON HILLS ELEMENTARY 820 64 AVENUE NW, CALGARY, AB T2K0M5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, JAMES FOWLER HIGH 4004-4TH ST. NW, CALGARY, AB T2K1A1CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, KILLARNEY ELEMENTARY 3008 33RD STREET SW, CALGARY, AB T3E2T8CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, KING EDWARD ELEMENTARY 1720-30TH AVE SW, CALGARY, AB T2T1P5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, KINGSLAND ELEMENTARY 7430 5TH STREET SW, CALGARY, AB T2V1B1CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, KNOB HILL ELEMENTARY 2036 20TH AVENUE SW, CALGARY, AB T2T0M2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, LANGEVIN ELEMENTARY-107 6A STREET NE, CALGARY, AB T2E0B7CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, LORD BEAVERBROOK HIGH-9019 FAIRMOUNT DRIVE SE, CALGARY, AB T2J0Z4CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, LORD SHAUGHNESSY HIGH-2336 53RD AVENUE SW, CALGARY, AB T3E1L2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, MELVILLE SCOTT JUNIOR HIGH-1726 33RD STREET S, CALGARY, AB T3C1P4CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, MILTON WILLIAM SCHOOL-92 MALIBOU ROAD SW, CALGARY, AB T2V1X3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, MOUNT ROYAL JUNIOR HIGH-2234 14TH STREET SW, CALGARY, AB T2T3T3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, NICLE JUNIOR HIGH-2500 LAKE BONAVISTA DR SE, CALGARY, AB T2J2Y6CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, NORTH HAVEN-4922 NORTH HAVEN DRIVE NW, CALGARY, AB T2K2K2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, OGDEN ELEMENTARY SCHOOL-1919 76TH AVENUE SW, CALGARY, AB T2C0G8CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, PARKDALE ELEMENTARY-728 32ND STREET NW, CALGARY, AB T2N2V9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, QUEEN ELIZABETH HIGH-512 18TH STREET NW, CALGARY, AB T2N2G5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, RIDEAU PARK ELEMENTARY-829 RIDEAU RD SW, CALGARY, AB T2S0S2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, ROSEDALE JUNIOR HIGH-905 13TH AVENUE NW, CALGARY, AB T2M0G3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, ROSEMOUNT ELEMENTARY-19 ROSEVALE DRIVE NW, CALGARY, AB T2K1N6CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, ROSSCARROCK ELEMENTARY-1406 4TH STREET SW, CALGARY, AB T3C1W7CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, RT ALDERMAN-725 MAPLETON DRIVE SE, CALGARY, AB T2J1S1CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, SENATOR PATRICK BURNS-2155 CHILCOTIN ROAD NW, CALGARY, AB T2L0X2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, SIR JAMES LOUGHEED ELEMENTARY-3519 36 AVE SW, CALGARY, AB T3E1C2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, SIR JOHN A MACDONALD-6600 4TH STREET NW, CALGARY, AB T2K1C2CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | CALGARY BOARD OF EDUCATION, SIR WILFRED LAURIER-819 32ND STREET SE, CALGARY, AB T2A0Y9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, SIR WINSTON CHURCHILL-5220 NORTHLAND DRIVE NW, CALGARY, AB T2L2L6CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, SOUTHWOOD ELEMENTARY-898 SYLVESTER CRES SW, CALGARY, AB T2W0R7CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, SUNALTA ELEMENTARY-536 SONORA AVENUE SW, CALGARY, AB T3C2J9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, SUNNYSIDE COMMUNITY-211 7TH STREET NW, CALGARY, AB T2N1S2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, THOMAS B RILEY-3915-69TH STREET NW, CALGARY, AB T3B2J9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, THORNCLIFFE ELEMENTARY-5646 THORNTON RD NW, CALGARY, AB T2K3B9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, VARSITY ACRES-4255 40TH STREET NW, CALGARY, AB T3A0H7CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, VINCENT MASSEY JUNION HIGH-939 45TH ST SW, CALGARY, AB T3C2B9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, VISCOUNT BENNETT-2519 RICHMOND ROAD SW, CALGARY, AB T3E4M2CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, WESTERN CANADA HIGH-641 17TH AVENUE SW, CALGARY, AB T2S0B5CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, WESTGATE ELEMENTARY-150 WESTMINSTER DRIVE SW, CALGARY, AB T3C2T3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, WILDWOOD ELEMENTARY-120 45TH STREET SW, CALGARY, AB T3C2B3CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, WILLIAM ABERHART-3009 MORLEY TRAIL NW, CALGARY, AB T2M4G9CANADA | *VIA Deutsche Post* |
| 11305 | CALGARY BOARD OF EDUCATION, WOODMAN JUNIOR HIGH-8706 ELBOW DRIVE SW, CALGARY, AB T2V1L2CANADA | *VIA Deutsche Post* |
| 11305 | CALGON CARBON CORP, BOX 360795, PITTSBURGH, PA 15251-6795 | |
| 11305 | CALIFORNIA ELECTRIC COMPANY, PO BOX 8065, OAKLAND, CA 94662 | |
| 11305 | CALIFORNIA GLASS COMPANY, FILE 11872 PO BOX 60000, SAN FRANCISCO, CA 94160-1872 | |
| 11305 | CALIFORNIA PRECAST CONCRETE PIPE, ATTN: ROBERT F SPIEKERMAN, 707 BRISTOL AVE, STOCKTON, CA 95204 | |
| 11305 | CALIFORNIA WATER SERVICE CO., PO BOX 940001, SAN JOSE, CA 95194-0001 | |
| 11305 | CALIGOR, P.O. BOX 2880, GREENVILLE, SC 29602-2880 | |
| 11305 | CALIVAS INC., TRUCK WASH & POLISHING, 1714 S BLUFF ROAD, MONTEBELLO, CA 90640-6606 | |
| 11305 | CALLAHAN COMPANY, PO BOX 5737, BOSTON, MA 02206 | |
| 11305 | CALLAHAN, JUDITH, 178 DEPOT ST, SOUTH EASTON, MA 02375 | |
| 11305 | CALLBECK, GERALD A, 38 BAYBERRY ST, PEPPERELL, MA 01463 | |
| 11305 | CALLENDER, VICTOR R, 50 MIDROCKS DR, NORWALK, CT 06851 | |
| 11305 | CALOTTA, CHARLES J, 8 POTTER LN, SUFFERN, NY 10901 | |
| 11305 | CAL-REGION SUPPLY INC, 475 E 151ST ST, EAST CHICAGO, IN 46312 | |
| 11305 | CALUMET BRASS FOUNDRY INC, 14610 S LAKESIDE AVE, DOLTON, IL 60419 | |
| 11305 | CALUMET ELECTRIC SUPPLY CORP, 456 E CHICAGO AVE, EAST CHICAGO, IN 46312 | |
| 11305 | CALUMET TESTING SERVICES INC, PO BOX 1510, HIGHLAND, IN 46322 | |
| 11305 | CALVERT, ADELINE B, 327 WOODLAWN DR RD2, BETHLEHEM, PA 18020 | |
| 11305 | CAM INTERESTS INC, C/O HARRY G FENDRICH PRESIDENT, 12414 COBBLESTONE DR, HOUSTON, TX 77024 | |
| 11305 | CAMACHO, GENARO, 1724 CONTINENTAL DRIVE, FORT WORTH, TX 76106 | |
| 11305 | CAMBRE, RONALD C, NEWMONT MINING CORP, 1700 LINCOLN ST, DENVER, CO 80203 | |
| 11305 | CAMBRIDGE ELECTRIC LIGHT CO DBA NSTAR ELECTRIC, 800 BOYLSTON ST, 17TH FLOOR, BOSTON, MA 02119 | |
| 11305 | CAMBRIDGE LUMBER & SUPPLY CO INC, 135 HARVEY ST, CAMBRIDGE, MA 02140 | |
| 11305 | CAMBRIDGE LUMBER & SUPPLY INC., 135 HARVEY ST, CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   CAMCAL COMPANY INC, 1128 4TH AVE N, KENT, WA 98032

11305   CAMEO CONTROLS CO, 1245 E FOREST AVE, DES PLAINES, IL 60018

11305   CAMERON ASHLEY BLDG. PRODUCTS, PO BOX 1287, LAKEVILLE, MA 02347

11305   CAMERON COMMUNICATIONS CORP, PO BOX 167, SULPHUR, LA 70664-0167

11305   CAMERON COMMUNICATIONS CORP., PO BOX 167, SULPHUR, LA 70664

11305   CAMMOCKS INC, 2223 LANDERHAVEN CT, CLEVELAND, OH 44124

11305   CAMOZZI PNEUMATICS, INC, PO BOX 869312, PLANO, TX 75086-9312

11305   CAMP DRESSER & MCKEE INC, PO BOX 4021, BOSTON, MA 02211

11305   CAMPBELL PETROGRAPHIC SERVICES INC, 4001 BERG RD, DODGEVILLEQ, WI 53533

11305   CAMPBELL, BRIAN F, 1447 KEONE CIR, WILLIAMSTON, SC 29697

11305   CAMPBELL, CHARLES A, 745 FERNWOOD DR, WILLIAMSTOWN, KY 41097

11305   CAMPBELL, DONALD M, 346 RAVEN RD, MONTICELLO, GA 31064

11305   CAMPBELL, JIM, 5320 O REILLY LN, STONE MOUNTAIN, GA 30088

11305   CAMPBELL, MCCRANIE PC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   CAMPBELL, NANCY M, PO BOX 222, BEDFORD PARK, IL 60499-0222

11305   CAMPBELL, ROBERT, 8821 WINANDS RD, RANDALLSTOWN, MD 21133

11305   CAMPBELL, VIVIAN, E13344 SUEKAY DR, MERRIMAC, WI 53561

11305   CAMPBELL-GRACE SCC, NANCY M, C/O NANCY M CAMPBELL, PO BOX 222, BEDFORD PARK, IL 60499-0222

11305   CAMPEAU, THOMAS FRANCIS, 11544 W CTY RD 612, FREDERIC, MI 49733

11305   CAMPEON ROOFING & WATERPROOFING INC, 3750 ROUNDBOTTOM RD, CINCINNATI, OH 45244

11305   CAMPISI, LINDA M, 12 TIDD CIR, LEXINGTON, MA 02420

11305   CAMPO, BARBARA A, 11 SUE ANN DR, DRACUT, MA 01826

11305   CANADIAN IMPERIAL BANK OF COMMERCE, PO BOX 80, 215 WATER STREET, ST JOHN S, NL A1C6C9CANADA   ***VIA Deutsche Post***

11305   CANETE, MARTA C, 43 STAFFORDSHIRE LN, CONCORD, MA 01742

11305   CANNON, ALLA, 7 JOSEPH RD, FRAMINGHAM, MA 01701

11305   CANNON, KENNETH J, 1336 RIVERA DR, CHAPPELLS, SC 29037

11305   CANNON, NELLIE L, 1336 RIVERA DR, CHAPPELLS, SC 29037

11305   CANNON, ROBERT W, 1410 PHILIP ST, NEW ORLEANS, LA 70130

11305   CANTERBURY, GREGORY S, 8353 GARTELMAN FARM DR, MILLERSVILLE, MD 21108

11305   CANTRELL, PEGGY M, 2549 HARRIS BRIDGE RD, WOODRUFF, SC 29388

11305   CAPITAL ONE, ATTN: PAM M SCHARNHORST, PO BOX 85015, RICHMOND, VA 23285-5015

11305   CAPLAN BROS, INC, 700 W. HAMBERG ST., BALTIMORE, MD 21230

11305   CAPOOR, ASHA, 71 BIG SPRING RD, CALIFON, NJ 07830

11305   CAPSHAW, WYLIE B, 316 ROOSEVELT DRIVE, GRAND COULEE, WA 99133

11305   CARABIN, JIM T, P.O. BOX 77, NOXIN, MT 59853

11305   CARANO, FRANK R, 4427 W 141 PL, CRESTWOOD, IL 60445

11305   CARAVELLO SR, ANTHONY, 2346 S RONKE LN, NEW BERLIN, WI 53151

11305   CARBIDE SPECIALTIES CO, PO BOX 541389, WALTHAM, MA 02454

11305   CARDAROPOLI, JOHN CHARLES, 45 HARTLEY STREET, SPRINGFIELD, MA 01104

11305   CARDAW SUPPLIES INC., 300 N. FINDLAY ST., DAYTON, OH 45403

11305   CARDINAL BUILDING MAINTENANCE INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   CARDINAL LABORATORIES, INC, 622 BUTTERMILK PIKE, COVINGTON, KY 41017

11305   CARDWELL CONNER, PC, ATTN: PHILLIP L CONNER, 219-A E WASHINGTON ST, GREENVILLE, SC 29601

11305   CARDWELL, RONALD D, 1023 THERKEL RD, ROUNDHILL, KY 42275

11305   CARELLA BYRNE BAIN GILFILLAN, CECCHI STEWART & OLSTEIN, 6 BECKER FARM ROAD, ROSELAND, NJ 07068

11305   CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029

11305   CAREY LIMOUSINE OF BALTIMORE, 2100 HUNTINGDON AVE, BALTIMORE, MD 21211

11305   CAREY, GREGORY C, 7543 FLAMEWOOD DR, CLARKSVILLE, MD 21029

11305   CARGILL INC. - SALT DIVISION, SALT DIVISION, PO BOX 751992, CHARLOTTE, NC 28275-1992

11305   CARISON, RICHARD, 1100 EAST HAYDEN AVE, HAYDEN, ID 83835

11305   CARKNER, PHILIP M, 306 LAKESIDE CT, SOUTHLAKE, TX 76092

11305   CARL E LEVI CITY TREASURER, 102 CITY HALL, CHATTANOOGA, TN 37402-4284

11305   CARL ERIC JOHNSON INC, 2171 TUCKER INDUSTRIAL RD, TUCKER, GA 30084

11305   CARL POE CO, INC, 5401 WASHINGTON AVE., HOUSTON, TX 77007

11305   CARL, RICHARD H, 2528 PRESTON WOOD DR, PLANO, TX 75093-8891

11305   CARL, RICHARD H, 2528 PRESTONWOOD DR, PLANO, TX 75093-8891

11305   CARLETON UNIVERSITY, 1125 COLONEL BY DRIVE, OTTAWA, ON K1S5B6CANADA     *VIA Deutsche Post*

11305   CARLISLE, HELEN G, 300 NEELY FERRY RD, SIMPSONVILLE, SC 29680

11305   CARLISLE, REXIE L, 6161 LITTLE HICKORY RD, PHILPOT, KY 42366

11305   CARLON, JUNE H, 10 IROQUOIS RD, ARLINGTON, MA 02476

11305   CARLQUIST, RUDY A, C/O RUDY CARLQUIST, 311 RIO HONDO, SULPHUR, LA 70663

11305   CARLSON, JOHN AUGUST, 714 140TH LANE NW, ANDOVER, MN 55304

11305   CARLSON, MICHAEL HAROLD, 11044 URBANK COURT NE, BLAINE, MN 55449

11305   CARLSON, PEGGY SUE, 714 140TH LANE NW, ANDOVER, MN 55304

11305   CARLSON, RUSSELL H, PO BOX 1750, GREEN VALLEY, AZ 85622

11305   CARLSON, STEVEN EDWARD, 3857 260TH AVE SE, ISSAQUAH, WA 98029

11305   CARLTON DEVELOPMENT CORP, 95 25 QUEENS BLVD SUITE, REGO PARK, NY 11374

11305   CARLYSLE ENGINEERING INC, PO BOX 129, 132 BROOKSIDE AVE, BOSTON, MA 02130

11305   CARMICHAEL, JEFFREY D, 8343 BROOKWOOD RD, MILLERSVILLE, MD 21108

11305   CARMICHAEL, JEFFREY D, C/O JEFFREY CARMICHAEL, 8343 BROOKWOOD RD, MILLERSVILLE, MD 21108

11305   CARMIN, STEPHEN J, 6302 BIRCHDALE CT, CINCINNATI, OH 45230

11305   CARNAHAN, STEPHEN H, 1418 CURRIE DR, SULPHUR, LA 70665

11305   CARNEVALETTI, EDWARD J, 168 E 31ST PL #C, TULSA, OK 74105-1639

11305   CARO, JEFFREY I, 17121 NE 11 CT, NORTH MIAMI BEACH, FL 33162

11305   CAROL, GRAHAM A, 823 F MEADOWLAND DRIVE, NAPLES COLLIER, FL 34108

11305   CAROLINA BELTING CO, 3205 RUTHERFORD RD, TAYLORS, SC 29687-2129

11305   CAROLINA HANDLING, 1955 MONTREAL RD, TUCKER, GA 30084-5218

11305   CAROLINAS CONCRETE MASONRY ASSOCIATION, C/O PAUL LAVENE PRESIDENT, 1 CENTERVIEW DR STE 112, GREENSBORO, NC 27407

11305   CAROLINAS READY MIXED CONCRETE ASSOCIATION, CRMCA, 1805 J N PEASE PL, CHARLOTTE, NC 28262

11305   CAROUGE, WAYNE D, 125 OTHORIDGE RD, LUTHERVILLE, MD 21093

11305   CARPENTER CO, 5016 MONUMENT AVE, RICHMOND, VA 23261

11305   CARPENTER JR, HARRY J, 7467 HWY 101 N, WOODRUFF, SC 29388

11305   CARPENTER, HARRY JOHN, 7467 HWY 101 N, WOODRUFF, SC 29388

11305   CARPENTER, MICHAEL P, 13 ROBERT RD, ACTON, MA 01720

11305   CARPENTER, NATHAN K, 2248 VARDON LN, FLOSSMOOR, IL 60422

11305   CARR, EVELYN MARIE, 1681 HIGHWAY 2 SOUTH, LIBBY, MT 59923

11305   CARR, MATTIE FEARS, PO BOX 4162, OPELIKA, AL 36803

11305   CARR, WILLIAM R, 7809 RIPPLEVIEW LN, PASADENA, MD 21122

11305   CARRIER VIBRATING EQUIPMENT, INC, SECTION #423, LOUISVILLE, KY 40289

11305   CARRIG, KEITH, 5238 W 64TH PL, CHICAGO, IL 60638

11305   CARROLL INDEPENDENT FUEL CO., 2700 LOCH RAVEN RD., BALTIMORE, MD 21218-4700

11305   CARROLL, PAULA M, 6 ICHABOD LN, BILLERICA, MA 01821

11305   CARROLL, SUZANNE K, 513 HUGHES DR, IRVING, TX 75062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   CARROLLTON-FARMERS BRANCH IND SCHOOL DIS, C/O SHERREL K KNIGHTON, LAW OFFICES OF ROBERT E LUNA PC, 4411 N CENTRAL EXPRESSWAY, DALLAS, TX 75205

11305   CARRY-ALL COMPANY, PO BOX 541472, LAKE WORTH, FL 33454-1472

11305   CARSON, ALAN L, 2827 FOREST GLEN DR, BALDWIN, MD 21013

11305   CARSON, DAVID W, 46 WAGNERS LN, BALTIMORE, MD 21221

11305   CART, HENRY H, 3505 FOREST DR, LAKE CHARLES, LA 70605

11305   CARTER CHAMBERS LLC, 6800 S CHOCTAW DR, BATON ROUGE, LA 70806-1363

11305   CARTER, IRIS, 9 BRUCETOWN CT, CATONSVILLE, MD 21228

11305   CARTER, JOHN D, 9903 BLADE CT, FREDERICKSBURG, VA 22408

11305   CARTER, MARTIN D, 6531 STOCKTON RD, FAIRFIELD, OH 45014

11305   CARTER, RICKY, 1121 HEARTHSTONE DR,

11305   CARTER, WILLIAM F, 5810 BELLE GROVE RD, BALTIMORE, MD 21225

11305   CARTER, WILLIE J, 9 BRUCETOWN CRT, CATONSVILLE, MD 21228

11305   CARTHAGE INDEPENDENT SCHOOL DISTRICT, C/O ANDREW DYLAN WOOD, RAY WOOD FINE & BONILLA LLP, PO BOX 165001, AUSTIN, TX 78716

11305   CARTWRIGHT, ERNEST WAYNE, 4703 HIGHWAY 89 S, MONARCH, MT 59463

11305   CARTWRIGHT, JERRY D, PO BOX 953, JASPER, TN 37347

11305   CARUCCIO, FRANK, OSBORNE & VISCONTI, 20 EASTBROOK RD STE 304, DEDHAM, MA 02026

11305   CARUSO PT PA, MICHAEL, 118 ROSEWOOD AVE NO 2, CATONSVILLE, MD 21228

11305   CARVALHO, MARILYN A, 709 BELMONT ST, BELMONT, MA 02478

11305   CARVER INC, PO BOX 7849, GARDEN CITY, GA 31418

11305   CASE, GAREY E, 31 CHESTNUT ST, SAUGUS, MA 01906

11305   CASE, MARVIN B, 4902 STURBRIDGE PL, OWENSBORO, KY 42303

11305   CASE, MARVIN D, C/O DUANE CASE, 3518 ROUNDTABLE LOOP, OWENSBORO, KY 42303

11305   CASERTA, VINCENT, 3199 RAWLINS AVE, BRONX, NY 10465

11305   CASEY, JOHN E, 20650 BAYBROOKE CT, BOCA RATON, FL 33498

11305   CASEY, W VERNER, 17223 KING JAMES WAY # 101, GAITHERSBURG, MD 20877-2253

11305   CASMALIA RESOURCES SITE STEERING COMM, C/O MATT LESNICK ESQ, BINGHAM MCCUTCHEN LLP, 355 S GRAND AVE, SUITE 4400, LOS ANGELES, CA 90071

11305   CASNER & EDWARDS, 303 CONGRESS ST, BOSTON, MA 02110

11305   CASNER & EDWARDS,LLP, 303 CONGRESS ST, BOSTON, MA 02210-1013

11305   CASON, RICHARD ANTHONY, 12 EVELYN CT 2, NEW JERSEY, NJ 07040

11305   CASTEEL, ROGER L, 1901 HILLCREST DR, ATLANTIC, IA 50022

11305   CASTELEIN, EDWARD L, 3327 ELLIS RD NW, CEDAR RAPIDS, IA 52405-1010

11305   CASTILLO, RICHARD W, 112 DIVERN ST, ATTN RICHARD CASTILLO, TANEYTOWN, MD 21787

11305   CASTLETON, KATIE NICOLE, 601 W HASCHKE AVE, LIBBY, MT 59923

11305   CASTLETON, KEVIN JAMES, 601 W HASCHTE AVE, LIBBY, MT 59923

11305   CASTLETON, LERAH CHARMAINE, 601 HASCHE AVE, LIBBY, MT 59923

11305   CASTRO, LENA, 1 LANGDON RD, WINDHAM, NH 03087

11305   CASTROL HEAVY DUTY LUBRICANTS, PO BOX 64715, BALTIMORE, MD 21264-4715

11305   CASWELL, CURRY, PO BOX 276, VINTON, LA 70668

11305   CATCHING FLUID POWER INC, 881 REMINGTON BLVD, BOLINGBROOK, IL 60440

11305   CATERPILLAR FINANCIAL SERVICES CORP, LEGAL DEPT, 2120 WEST END AVE, NASHVILLE, TN 37203

11305   CATHOLIC DIOCESE OF LITTLE ROCK, 2500 N TYLER, LITTLE ROCK, AR 72202

11305   CAUDILL, GARY J, 19 SWEETBRIAR, FLORENCE, KY 41042

11305   CAULFIELD, EDWARD W, 4975 WASHINGTON ST UNIT 311, WEST ROXBURY, MA 02132

11305   CAUWELS, SCOTT, 1915 SIXTH STREET NE, MINNEAPOLIS, MN 55418

11305   CAVALLARO, ROSARIO, 19 PERRY RIDGE CT, BALTIMORE, MD 21237

11305   CAVANAUGH, RAYMOND N, 635 E 92ND AVE, MERRILLVILLE, IN 46410

11305   CAVEY, ALAN D, 5541 MINERAL HILL RD, SYKESVILLE, MD 21784

11305   CAYENTA, 21800 OXNARD ST, WOODLAND HILLS, CA 91367

11305   CB RICHARDS ELLIS A/AF UNION R, PO BOX 1431, MEMPHIS, TN 38101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    CB-KRAMER SALES & SVC INC, 265 EISENHOWER LN S, LOMBARD, IL 60148

11305    CBS BROADCASTING INC. DBA KDKA-TV, ONE GATEWAY CENTER, PITTSBURGH, PA 15222

11305    CC INDUSTRIAL SUPPLY CO, INC, 211 WEST HARRIS AVE, PASADENA, TX 77506

11305    CC PARTNERS, 7500 GRACE DR, COLUMBIA, MD 21044

11305    CCH CORSEARCH, 233 SPRING ST, NEW YORK, NY 10013

11305    CCH INCORPORATED, PO BOX 4307, CAROL STREAM, IL 60197-4307

11305    CCHP, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305    CD&L NEW ENGLAND DIVISION, PO BOX 18282, NEWARK, NJ 07191

11305    CDI CORPORATION, TEN PENN CENTER 12TH FL, 18TH & MARKET, PHILADELPHIA, PA 19103

11305    CDW COMPUTER CENTER INC, C/O D&B RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305    CDW COMPUTER CENTERS INC, C/0 D&B RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305    CEASAR SR, HERBERT, 924 N JAKE ST, LAKE CHARLES, LA 70601

11305    CED-CREDIT, CED CREDIT DEPT, PO BOX 1510, CARY, NC 27512-1510

11305    CED-LOUISVILLE CREDIT OFFICE, PO BOX 3225, LOUISVILLE, KY 40201-3225

11305    CELANESE LTD, 1601 W LBJ FREEWAY, ATT MARK CERICOLA, DALLAS, TX 75234

11305    CELOTEX CORPORATION, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

11305    CEMEX INC, 13228 N CENTRAL AVE, TAMPA, FL 33612

11305    CEMEX, 430 N VINEYARD AVE #500, ONTARIO, CA 91764-4463

11305    CENDANT MOBILITY SERVICES CORPORATION, ATTN WAYNE RIGIE, 40 APPLE RIDGE RD, DANBURY, CT 06810

11305    CENTER ENTERPRISES INC DBA CENTRAL ELECT, PO BOX 7567, HOUSTON, TX 77270-7567

11305    CENTER FOR APPLIED CATALYSIS, SETON HALL UNIVERSITY, SOUTH ORANGE, NJ 07079-2694

11305    CENTER FOR CREATIVE LEADERSHIP, PO BOX 26300, GREENSBORO, NC 27438-6300

11305    CENTINEO, JOSEPH S, 739 SPOTTERS CT, HAMPSTEAD, MD 21074

11305    CENTRAL CHEMICAL SITE PARTICIPATION GROUP, C/O RORY D WHELEHAN ESQUIRE, WOMBLE CARLYLE SANDRIDGE & RICE PLLC, PO BOX 10208, GREENVILLE, SC 29603

11305    CENTRAL ELECTRIC CO, PO BOX 7567, HOUSTON, TX 77270

11305    CENTRAL FIBER CORPORATION, 4814 FIBER LANE, WELLSVILLE, KS 66092

11305    CENTRAL FREIGHT LINES INC, PO BOX 2638, WACO, TX 76702-2638

11305    CENTRAL PUGET SOUND REGIONAL TRANSIT AUT, C/O DESMOND BROWN GENERAL COUNSEL, 401 S JACKSON ST, SEATTLE, WA 98104

11305    CENTRAL RENT-A-CRANE, INC, PO BOX 2159, HAMMOND, IN 46323

11305    CENTRAL TRANSPORT INTL INC, 12225 STEPHENS RD, WARREN, MI 48089

11305    CENTRE ANALYTICAL LABORATORIES INC, 3048 RESEARCH DR., STATE COLLEGE, PA 16801

11305    CENTRE MGR MARCOUX INC, 1885 CHEMIN DE LA CANARDIERE, QUEBEC, QC G1J2E5CANADA          *VIA Deutsche Post*

11305    CENTURY INDEMNITY COMPANY ET AL, C/O LEONARD P GOLDBERGER ESQ, WHITE AND WILLIAMS LLP, 1800 ONE LIBERTY PL, PHILADELPHIA, PA 19103-7395

11305    CENTURY INDEMNITY COMPANY ET AL, C/O LEONARD P GOLDBERGER ESQ, WHITE AND WILLIAMS, 1800 ONE LIBERTY PL, PHILADELPHIA, PA 19103-7395

11305    CEPICAN, GRACE M, 1275 MILL SHYRE WAY, LAWRENCEVILLE, GA 30043

11305    CEPICAN, GRACE MAE, 1275 MILL SHYRE WAY, LAWRENCEVILLE, GA 30043

11305    CERIDIAN EMPLOYER SERVICES, PO BOX 10989, NEWARK, NJ 07193-0989

11305    CERNY, SAM J, 501 ELM, DALLAS, TX 75202

11305    CERNY, SAMUEL J, 2530 NW GRAND BLVD, OKLAHOMA CITY, OK 73116

11305    CERTALIC, SHARON YVONNE, PO BOX 401, BELGRADE, MT 59714

11305    CERTIFIED DIVISION OF NCH CORPORATION, C/O SUSAN RICHEY, 2727 CHEMSEARCH BLVD, IRVING, TX 75062

11305    CETRULO & CAPONE LLP, 2 SEAPORT LN 10TH FLR, BOSTON, MA 02210

11305    CETRULO & CAPONE, 53 STATE ST, BOSTON, MA 02109

11305    CEVIS, PAUL E, 2304 EDMONDSON AVE, BALTIMORE, MD 21223-1114

11305    CHAKARIAN, LOUIS MURAD, 58 BELLEVUE RD, ANDOVER, MA 01810

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   CHAMBERS, ANTHONY L, 9889 HARMONY LN, LAUREL, MD 20723

11305   CHAMBERS, VICTOR M, 544 OLD CHATTANOOGA VALLEY RD, FLINTSTONE, GA 30725

11305   CHAMPAGNE, WALTER J, 4537 E MEADOW LN, LAKE CHARLES, LA 70605

11305   CHAMPINE, FREDDIE, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   CHAMPION SALES & RENTALS INC, PO BOX 297284, HOUSTON, TX 77297-0284

11305   CHAN, CONNIE Y, 728 PACIFIC AVE STE 308, SAN FRANCISCO, CA 94133

11305   CHAN, DEREK W, C/O DEREK CHAN, 4349 MISSION HILLS, CHINO HILLS, CA 91709

11305   CHAN, PAULINE C, 25 WINDSOR LN, NORTH ANDOVER, MA 01845

11305   CHANCE, DANIEL J, 2730 W 7525 S, WEST JORDAN, UT 84084

11305   CHANCELLOR MANOR, 5215 EDINA INDUSTRIAL BLVD, SUITE 100, EDINA, MN 55439

11305   CHANDLER, BARBARA R, 243 THOMPSON RD, FOUNTAIN INN, SC 29644

11305   CHANEY, MARIE L, 3780 DUNN FERRY RD, LAKE CHARLES, LA 70611

11305   CHAPMAN, CAROL A, 5350 RIVERMILL LN, LAKE WORTH, FL 33463

11305   CHAPMAN, CHARLES, 8346 S LUELLA, CHICAGO, IL 60617

11305   CHAPMAN, DAVID M, 10327 PINE RIDGE DR, ELLICOTT CITY, MD 21042

11305   CHAPMAN, ELBERT RENE, 1834 CLIFFSIDE DRIVE, PFAFFTOWN, NC 27040

11305   CHAPMAN, MCLUCLLINE S, 104 COLLINWOOD LANE, TAYLORS, SC 29687

11305   CHAPPELL, MARJORIE MAE, 1016 ST CHARLES BOX 281, FORT BENTON, MT 59442

11305   CHARGORS, JOSEPH L., 7 W HARDING, ORANGE, TX 77630

11305   CHARLES D JONES CO, PO BOX 17846, DENVER, CO 80217-0846

11305   CHARLES, DARRELL L, 905 MILL ST, LAKE CHARLES, LA 70601

11305   CHARLESWORTH, PATRICIA A, 3625 N GERRARD AVE, INDIANAPOLIS, IN 46224-1450

11305   CHARLOTTE TRANSIT CENTER INC, C/O AMY P WILLIAMS ESQ, KENNEDY COVINGTON LOBDELL &
        HICKMAN LLP, BANK OF AMERICA CORP CTR STE 4200, 100 NORTH TYRON ST, CHARLOTTE, NC
        28202-4006

11305   CHARTS INC, PO BOX 110, 12977 ARROYO ST, SAN FERNANDO, CA 91341

11305   CHASE MANHATTAN BANK, ATTN: L/C SUPPORT AREA, LETTER OF CREDIT DEPT, 4 CHASE
        METROTECH CENTER 8TH FLR, BROOKLYN, NY 11245

11305   CHASE MANHATTAN BANK, LETTER OF CREDIT DEPT, 4 CHASE METROTECH CNTR 8TH FLR,
        BROOKLYN, NY 11245

11305   CHASE MANHATTAN BANK, THE, 270 PARK AVE, NEW YORK, NY 10017

11305   CHASE, ADAM STEPHEN, 1427 ADAMS STREET NE, MINNEAPOLIS, MN 55413

11305   CHASE, RANDY, 116 DAUPHIN WAY, CHATTANOOGA, TN 37411

11305   CHASON SERV ENGINEERS, INC, 1947 GREENSPRING DR., TIMONIUM, MD 21093-4165

11305   CHATTANOOGA GAS COMPANY, PO BOX 11227, CHATTANOOGA, TN 37401-2227

11305   CHAVANA, ERVIN J, 2382 SEAHURST CT, LEAGUE CITY, TX 77573

11305   CHAVEZ, JOSE M, 4352 S WASHTENAW AVE, CHICAGO, IL 60632

11305   CHAVEZ, MARGARITA, 3608 W 56TH ST, CHICAGO, IL 60629

11305   CHAVOUS, AL S, 119 ANSEL DR, AIKEN, SC 29803

11305   CHEEKS, RICKY L, 210 CLEMSON ST, LAURENS, SC 29360

11305   CHEEKS, RICKY LEE, 210 CLEMSON STREET, LAURENS, SC 29360

11305   CHELDIN, TED M, PO BOX 6694, WOODLAND HILLS, CA 91365

11305   CHELETTE, RONALD D, 2711 SCARLETT, LAKE CHARLES, LA 70611

11305   CHELSTROM, LISA MARY, 12042 WEST RIVER ROAD, CHAMPLIN, MN 55316

11305   CHEMAX PERFORMANCE CHEMICALS, POST OFFICE BOX 642257, PITTSBURGH, PA 15264-2257

11305   CHEMCENTRAL, PO BOX 99139, CHICAGO, IL 60693-9139

11305   CHEMCENTRAL/CHICAGO, PO BOX 91764, CHICAGO, IL 60693-1764

11305   CHEMETALL FOOTE CORP, ATTN: SUE C HARTWYK, 348 HOLIDAY INN DR, KINGS MOUNTAIN, NC
        28086

11305   CHEMGLASS INC., 3861 N. MILL RD., VINELAND, NJ 08360

11305   CHEMICAL ABSTRACTS SERVICE, DOCUMENTS, 2540 OLENTANGY RIVER ROAD, COLUMBUS, OH
        43202

11305   CHEMICAL ABSTRACTS SERVICE, PO BOX 82228, COLUMBUS, OH 43202-0228

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    CHEMICAL DISTRIBUTION INC, 240 FOSTER AVE, BENSENVILLE, IL 60106

11305    CHEMICAL INDUSTRY INSTITUTE OF TOXICOLOGY, CIIT CENTERS FOR HEALTH RESEARCH, 6 DAVIS DR, RESEARCH TRIANGLE PARK, NC 27709

11305    CHEMICAL WASTE MANAGEMENT INC, C/O JACQUOLYN E MILLS, WASTE MANAGEMENT INC, 1001 FANNIN STE 4000, HOUSTON, TX 77002

11305    CHEMLIME CORPORATION, 32 COMMERCE DR. CN1148, CRANFORD, NJ 07016

11305    CHEMRON CORPORATION, PO BOX 2299, PASO ROBLES, CA 93447

11305    CHEM-TAINER IND INC, 361 NEPTUNE AVE, WEST BABYLON, NY 11704

11305    CHEMTREAT INC, PO BOX 60473, CHARLOTTE, NC 28260-0473

11305    CHENEY, DAVID LOUIS, 7205 62ND AVE N, NEWHOPE, MN 55428

11305    CHENG, FUHUA, 7172 WINTER ROSE PATH, COLUMBIA, MD 21045

11305    CHENG, WU CHENG, 10308 PADDINGTON CT, ELLICOTT CITY, MD 21042

11305    CHENIER, PAUL J, 640 MILLS ST, HINSDALE, IL 60521

11305    CHERCO SYSTEMS, 1638 RYAN ST, LAKE CHARLES, LA 70601

11305    CHERY, MARIE D, 54 MIDDLEBURY ST, STAMFORD, CT 06902

11305    CHESAPEAKE INDUSTRIAL LEASING CO INC, ATTN: LEROY HERMAN, 9512 HARFORD RD, BALTIMORE, MD 21234

11305    CHESAPEAKE OPTICAL CO, PO BOX 272, MILLERSVILLE, MD 21108

11305    CHESSIE SALES GROUP INC, 5626 SOUTHWESTERN BLVD, BALTIMORE, MD 21227

11305    CHETAN, M S, 24 CALDWELL DR, WESTFORD, MA 01886

11305    CHEUNG, JOSEPHINE, 27 BISHOPS FOREST DR, WALTHAM, MA 02452

11305    CHEVALIER, MARK THOMAS, 747 QUINCY ST NE, MINNEAPOLIS, MN 55413

11305    CHEVRON PHILLIPS, LP, PO BOX 3766, HOUSTON, TX 77253-3766

11305    CHEVRON TEXACO SERVICES CO, PO BOX 9034, ROOM 34320D, CONCORD, CA 94524-1934

11305    CHEW, CLAUDE W, 2105 BARRON DR, OWENSBORO, KY 42301

11305    CHI, CHANG W, 5125 WATCHWOOD PATH, COLUMBIA, MD 21044

11305    CHIARAMONTE, KAREN G, 6414 S OAK PARK AVE, CHICAGO, IL 60638

11305    CHICAGO DEPT. OF REVENUE, LOCK BOX 93180, CHICAGO, IL 60673-3180

11305    CHICAGO ELEVATOR COMPANY, 3260 WEST GRAND AVE, CHICAGO, IL 60651

11305    CHICAGO TITLE INSURANCE CO, 590 YGNACIO VALLEY ROAD, WALNUT CREEK, CA 94596

11305    CHICAGO-WILCOX MANUFACTURING CO, 16928 STATE STREET, P O BOX 126, SOUTH HOLLAND, IL 60473

11305    CHIN, DAVID, 50 MAIN ST #23, CHARLESTOWN, MA 02129

11305    CHIN, DON S, 10357 BRECONSHIRE RD, ELLICOTT CITY, MD 21042

11305    CHIN, JANE W, 73 PARK ST, WILMINGTON, MA 01887

11305    CHINA PATENT AGENT HK LTD, 22/F GREAT EAGLE CENTRE, 23 HARBOUR RD, WANCHAI, HONG KONG    **\*VIA Deutsche Post\***

11305    CHIODO, DIANA LYNN, 2005 ARGONNE DR NE, COLUMBIA HEIGHTS, MN 55421

11305    CHIVERS, MORGAN ADELL, 99 OAKRIDGE COURT, DANVILLE, CA 94506

11305    CHL ADMINISTRATION INC, PO BOX 6029, PORTLAND, OR 97228

11305    CHODAVARAPU, SURYA K, 105 VERSAILLES CIR APT D, TOWSON, MD 21204

11305    CHOICE, DONALD GERARD, 56 WATSON ST, LAURENS, SC 29360

11305    CHOICE, DONALD, 56 WATSON ST, LAURENS, SC 29360

11305    CHOW, I PENG, 13499 VILLADEST DR, HIGHLAND, MD 20777

11305    CHP ASSOCIATES INC, 1415 ROUTE 70 EAST SUITE 500, CHERRY HILL, NJ 08034

11305    CHRILLESEN, JAN, 16 IMPERIAL CRESCENT, LAKESIDE GRANGE, WEYBRIDGE SURREY, KT139ZEUNITED KINGDOM    **\*VIA Deutsche Post\***

11305    CHRISTENSEN, DWIGHT, 681 SUMMER STREET NE, MINNEAPOLIS, MN 55413

11305    CHRISTIANSEN, DAVID JOSEPH, 1033 AARON COURT, MISSOULA, MT 59804

11305    CHROMA COPY, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    CHROMATE INDUSTRIAL CORP, 100 DA VINCI DR, BOHEMIA, NY 11716

11305    CHROMO, PAUL M, 6516 CORKLEY RD, BALTIMORE, MD 21237

11305    CHU, JIA NI, 210 MEDFORD RD, WILMINGTON, DE 19803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   CHURCH OF ST JOSEPH, 1154 SEMINOLE AVENUE, WEST ST PAUL, MN 55118

11305   CHURCH OF ST LEO THE GREAT, 2055 BOHLAND AVENUE, SAINT PAUL, MN 55116

11305   CHURCHILL JR, KEN, 2848 N 76 ST, MILWAUKEE, WI 53222

11305   CIAMPA, GREGORY N, 279 TAYLOR RD, PORTSMOUTH, RI 02871

11305   CIAMPOLILLO, DULIO, 38 FULTON ST, MALDEN, MA 02148

11305   CICALA, GUS A, 885 HUNTERS CREEK DR, WEST MELBOURNE, FL 32904-2159

11305   CICCONE, JOSEPH P, 538 LOWELL RD, GROTON, MA 01450

11305   CIFELLI, ALBERT S, 15 HUTCHINSON ST, LOWELL, MA 01851

11305   CIMAFRANCA II, RAMON AGUILAR, CAUSEWAY DR, TAGBILARAN, 6300PHILIPPINES      *VIA Deutsche Post*

11305   CIMBRELO, SARA, 1051 PITCHERS WAY, HYANNIS, MA 02601-2224

11305   CIMCOR, INC, 8252 VIRGINIA ST., STE. C, MERRILLVILLE, IN 46410

11305   CIMMINO, CONCETTA, 106 AVE P-APT 5G, BROOKLYN, NY 11204-6206

11305   CINCINNATI BELL TELEPHONE COMPANY, 201 E FOURTH ST, CINCINNATI, OH 45202

11305   CINCINNATI BELL TELEPHONE, PO BOX 145553, CINCINNATI, OH 45250-5553

11305   CINCINNATI BELTING & TRANSMISSION CO, PO BOX 14639, CINCINNATI, OH 45250-0639

11305   CINCINNATI GASKET PKG& MFG, INC, 40 ILLINOIS AVE., CINCINNATI, OH 45215

11305   CINCINNATI STATE COLLEGE, 3520 CENTRAL PKWY., CINCINNATI, OH 45223-2690

11305   CINCINNATI STATE TECHNICAL, 3520 CENTRAL PKWY, CINCINNATI, OH 45223-2690

11305   CINCINNATI TRANSMISSION, 6311 WIEHE RD., CINCINNATI, OH 45237

11305   CINCOTTA, ROBERT J, 15 VESPER ST, WALTHAM, MA 02451

11305   CINTAS #542, PO BOX 1472, LAKE CHARLES, LA 70602

11305   CINTAS, 5570 RIDGE RD., CINCINNATI, OH 45213

11305   CINTRON SCALE INC., PO BOX 569, POCA, WV 25159

11305   CINTRON SCALE, INC, 26 WHITNEY DR., MILFORD, OH 45150

11305   CIOCCA, JOSEPH A, 1235 FOAL CIR, WARRINGTON, PA 18976

11305   CIRCLE BAR RANCH INC, 738 ASHLEY RD, PO BOX 696, CRAIG, CO 81626

11305   CIRIGNANO, PAUL C, 74 BICKFORD RD, BRAINTREE, MA 02184

11305   CIRONE SR, ALBERT J, 3 MCKINLEY ST, ADAMS, MA 01220

11305   CISCO SYSTEMS, 170 WEST TASMAN DR, SAN JOSE, CA 95134-1705

11305   CISEWSKI, CAROLINE, 1332 - 1334 MADISON STREET, MINNEAPOLIS, MN 55413

11305   CIT COMMUNICATION FINANCE CORPORATION, BANKRUPTCY DEPT, 650 CIT DR, LIVINGSTON, NJ 07039

11305   CITGO PETROLEUM CORPORATION, PO BOX 659590, SAN ANTONIO, TX 78265-9590

11305   CITI CORP DEL LEASE INC, 450 MAMARONECK AVE, HARRISON, NY 10528

11305   CITIBANK N.A., NORTH AMERICAN TRADE FINANCE, BLDG F 1ST FL, 3800 CITIBANK CENTER, TAMPA, FL 33610

11305   CITIBANK NA INC, ATTN TREVOR S HOUSTON CFA, INSTITUTIONAL RECOVERY MANAGEMENT, 388 GREENWICH ST, 21ST FL, NEW YORK, NY 10013

11305   CITICAPITAL COMMERCIAL CORP., PO BOX 7247-0371, PHILADELPHIA, MO 19170-0371

11305   CITICORP VENDOR FINANCE INC, PO BOX 8500-6075, PHILADELPHIA, PA 19178-6075

11305   CITRON, SANDRA E, 10127 WINTERBROOK LN, JESSUP, MD 20794

11305   CITY AND COUNTY OF DENVER / TREASURY, MCNICHOLS CIVIC CENTER BLDG, ATTN LEOLA HARRIS, 144 W COLFAX AVE RM 384, DENVER, CO 80202-5391

11305   CITY CLUB OF LAKE CHARLES, ONE LAKESHORE DR., STE.1700, LAKE CHARLES, LA 70629-2100

11305   CITY OF AMARILLO TEXAS, P.O. BOX 1971, AMARILLO, TX 79105

11305   CITY OF ATLANTA WATER DEPT., PO BOX 740560, ATLANTA, GA 30374-0560

11305   CITY OF BARNESVILLE, PO BOX 550, BARNESVILLE, MN 56514

11305   CITY OF BARTLETT-TAX DEPT., PO BOX 341148, BARTLETT, TN 38184-1148

11305   CITY OF CAMBRIDGE MASSACHUSETTS, 795 MASSACHUSETTS AVENUE, CAMBRIDGE, MA 02139

11305   CITY OF CAMBRIDGE MASSACHUSETTS, C/O STEPHEN D ANDERSON ESQ, ANDERSON & KREIGER LLP, 43 THORNDIKE ST, CAMBRIDGE, MA 02141

11305   CITY OF CAMBRIDGE, 831 MASS AVE, CAMBRIDGE, MA 02139

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | CITY OF CAMBRIDGE, CITY HALL - LAW DEPT, 795 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139 | |
| 11305 | CITY OF CAMBRIDGE, FINANCE DEPARTMENT, P.O. BOX 390434, CAMBRIDGE, MA 02139-0434 | |
| 11305 | CITY OF CAMBRIDGE, PO BOX 390434, | |
| 11305 | CITY OF CARROLLTON, C/O ELIZABETH WELLER, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 2323 BRYAN ST 1720 UNIVISION CTR, DALLAS, TX 75201-2644 | |
| 11305 | CITY OF CARROLLTON, PO BOX 115120, CARROLLTON, TX 75011-5120 | |
| 11305 | CITY OF CHATTANOOGA, 101 E 11TH ST #102, CHATTANOOGA, TN 37402 | |
| 11305 | CITY OF CHICAGO-DEPT. OF WATER, PO BOX 6330, CHICAGO, IL 60680-6330 | |
| 11305 | CITY OF DALLAS, P O BOX 660242, DALLAS, TX 75266-0242 | |
| 11305 | CITY OF EASTHAMPTON, 43 MAIN STREET, EASTHAMPTON, MA 01027 | |
| 11305 | CITY OF EDMONTON, CENTURY PLACE-9803 102A AVENUE, EDMONTON, AB T5J3A3CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, CHANCERY HALL #3 SIR WINSTON CHURCHILL SQUARE, EDMONTON, AB T5J2C3CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, CLARKE STADIUM, 11000 STADIUM ROAD, EDMONTON, AB T5H 4E2CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, DAVIES TRANSIT-5710 86 STREET, EDMONTON, AB T6E2X3CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, ERD #12 FIRE STATION, 9020 156 ST NW, EDMONTON, AB T5R 5X7CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, ERD #13 FIRE STATION, 4035 119 STREET, EDMONTON, AB T6J 1X5CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, ERD AMBULANCE STATION, 10527 142 ST NW, EDMONTON, AB T5N 2P5CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, IDLYLWYLDE HEALTH CLINIC-8310 88 AVENUE, EDMONTON, AB T6C1L1CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, JP ARENA, 9200 163 STREET, EDMONTON, AB T5R 0A7CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EDMONTON, PRINCE OF WALES ARMOURY, 10440 108 AVE NW, EDMONTON, AB T5H 3Z9CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF EL PASO, C/O DAVID G AELVOET, LINEBARGER HEARD GOGGAN ET AL, 711 NAVARRO STE 300, SAN ANTONIO, TX 78205 | |
| 11305 | CITY OF EUGENE OREGON, 777 PEARL STREET, EUGENE, OR 97401 | |
| 11305 | CITY OF HILLSBORO, PO BOX 19, HILLSBORO, MO 63050 | |
| 11305 | CITY OF HOUSTON TEXAS, JOHN HELMS - FOURTH FL. - 900 BAGBY ST., HOUSTON, TX 77002 | |
| 11305 | CITY OF HOUSTON TEXAS, JOHN HELMS - FOURTH FL. 900 BAGBY ST, HOUSTON, TX 77002 | |
| 11305 | CITY OF HOUSTON, ATTN DEBRA GUERRERO, 4200 LEELAND, HOUSTON, TX 77023 | |
| 11305 | CITY OF LOS ANGELES, OFFICE OF THE CITY CLERK/TAX AND, PERMIT DIVISION, PO BOX 54770, LOS ANGELES, CA 90054-0770 | |
| 11305 | CITY OF MILWAUKEE, 841 NORTH BROADWAY ROOM 406, MILWAUKEE, WI 53202-3687 | |
| 11305 | CITY OF MILWAUKEE, CITY TREASURER #1353, 200 E WELLS ST - ROOM 103, MILWAUKEE, WI 53202 | |
| 11305 | CITY OF NEWARK DIV OF WATER, 920 BROAD ST., ROOM 117, NEWARK, NJ 07102 | |
| 11305 | CITY OF OLATHE, PO BOX 768, 100 W. SANTA FE, OLATHE, KS 66051-0768 | |
| 11305 | CITY OF PHILADELPHIA, C/O MORTON R BRANZBURG ESQ, KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP, 260 S BROAD ST, PHILADELPHIA, PA 19102 | |
| 11305 | CITY OF PHILADELPHIA, CITY HALL, CITY OF PHILADELPHIA, PA 19102 | |
| 11305 | CITY OF PHILADELPHIA, CITY HALL, PHILADELPHIA, PA 19102 | |
| 11305 | CITY OF PHOENIX ARIZONA, ATTN: HARRIETTE SIMPSON, WATER SERVICES DEPARTMENT, 305 W WASHINGTON ST, PHOENIX, AZ 85003 | |
| 11305 | CITY OF PHOENIX, 251 WEST WASHINGTON STREET 8TH FLOOR, PHOENIX, AZ 85003 | |
| 11305 | CITY OF POMPANO BEACH, PO BOX 908, POMPANO BEACH, FL 33061 | |
| 11305 | CITY OF PRESQUE ISLE, 12 SECOND ST, PRESQUE ISLE, ME 04769 | |
| 11305 | CITY OF PRESQUE ISLE, ATTN: SHARON L. WILLETTE, TAX COLLECTOR, 12 SECOND ST, PRESQUE ISLE, ME 04769 | |
| 11305 | CITY OF RICHMOND, MINORU ARENA 7551 MINORU GATE, RICHMOND, BC V6Y1R8CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF RICHMOND, OLD CITY HALL 6911 NO. 3 ROAD, RICHMOND, BC V6Y2C1CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF SAN ANTONIO PUBLIC SERVICE, PO BOX 1771, 145 NAVARRO, SAN ANTONIO, TX 78296 | |
| 11305 | CITY OF SAN LEANDRO, CIVIC CENTER-835 EAST 14TH ST, SAN LEANDRO, CA 94577-3782 | |
| 11305 | CITY OF SANTA ANA FINANCE DEPT, PO BOX 1988 M - 13, 20 CIVIC CENTER PLAZA, SANTA ANA, CA 92702 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | CITY OF TUCSON, 255 WEST ALAMEDA, TUCSON, AZ 85701 | |
| 11305 | CITY OF VANCOUVER, CAMBIE YARD 301 WEST 1ST AVENUE, VANCOUVER, BC V5Y1A6CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, CENTRAL LIBRARY 750 BURRARD STREET, VANCOUVER, BC V6Z2V6CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, CITY ANALYST/POLICE MUSEUM 238-240 E.CORDOVA, VANCOUVER, BC V6A1L3CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, CITY HALL 453 WEST 12TH AVENUE, VANCOUVER, BC V5Y1V4CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, COMMERCIAL BUILDING 1420 HOWE STREET, VANCOUVER, BC V6Z1R8CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, COMMERCIAL BUILDING 1830-1836 WEST 5TH AVENUE, VANCOUVER, BC V6J3H7CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, CONTINENTAL HOTEL, 1390 GRANVILLE STREET, VANCOUVER, BC V0R 2H0CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, FORMER FLETCHER LUMBER 1615 MAIN STREET, VANCOUVER, BC V6A2W6CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, FRASER ACADEMY 2294 WEST 10TH AVENUE, VANCOUVER, BC V6K2H8CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, KERRISDALE LIBRARY 2112 WEST 42ND AVENUE, VANCOUVER, BC V6M2B6CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, MARITIME MUSEUM 1905 OGDEN AVENUE, VANCOUVER, BC V6J1A3CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, PARKADE, 700 GEORGIA STREET, VANCOUVER, BC CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, PLANETARIUM,MUSEUM & ACHIVES 1100 CHESTNUT ST, VANCOUVER, BC V6J3J9CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, PUBLIC SAFETY BUILDING 312-324 MAIN STREET, VANCOUVER, BC V6A2T2CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF VANCOUVER, QE AND PLAYHOUSE THEATRES, 649-695 CAMBIE ST, VANCOUVER, BC V6B 2P1CANADA | *VIA Deutsche Post* |
| 11305 | CITY OF WOBURN, P.O. BOX 227, WOBURN, MA 01801-0227 | |
| 11305 | CITY STAMP & SIGN CO, 3725 HWY 27 SOUTH, SULPHUR, LA 70665 | |
| 11305 | CITY TREASURER, NEW CASTLE, PA 16101-2220 | |
| 11305 | CLABAULT, ROBERT A, 3091 SE DOUBLETON DR, STUART, FL 34997 | |
| 11305 | CLAREMONT FLOCK CORP, PO BOX 15439, WORCESTER, MA 01615-0439 | |
| 11305 | CLARK COUNTY TREASURER, C/O ATTORNEY FRANK BALLARD, 425 EAST 7TH ST, JEFFERSONVILLE, IN 47130 | |
| 11305 | CLARK JR, BOBBY D, 1885 MT LEBANON RD, PAULINE, SC 29374 | |
| 11305 | CLARK JR, BOBBY DALE, 1885 MT. LEBANON RD., PAULINE, SC 29374 | |
| 11305 | CLARK JR, JAMES H, 4633 BARRINGTON PL, OWENSBORO, KY 42301 | |
| 11305 | CLARK JR, WILLIAM A, 1022 STARBOARD DR, EDGEWOOD, MD 21040 | |
| 11305 | CLARK PATTERSON ASSOCIATES, | |
| 11305 | CLARK, ELLEN S, 110 GREEN ST, READING, MA 01867 | |
| 11305 | CLARK, GERALD R, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | CLARK, JACK M, 103 HOLCOMBE RD, SIMPSONVILLE, SC 29680 | |
| 11305 | CLARK, JAMES R, 10893 LAKE FOREST DR, CONROE, TX 77384 | |
| 11305 | CLARK, KERRY R, 39 VALLEY BREEZE DR, RINGGOLD, GA 30736 | |
| 11305 | CLARK, MARCIA S, 1810 LEGION, LAKE CHARLES, LA 70601 | |
| 11305 | CLARK, MAYNARD, 1599 ADDINGTON LN, WALESKA, GA 30183 | |
| 11305 | CLARK, MICHAEL W, PO BOX 177, AIRWAY HEIGHTS, WA 99001 | |
| 11305 | CLARK, PAMELA K, 1533 E 26TH ST, OWENSBORO, KY 42303 | |
| 11305 | CLARK, ROLAND, 9771 TIGER LILY PATH-2A, LAUREL, MD 20723 | |
| 11305 | CLARKE REYNOLDS ELECTRIC CO, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 | |
| 11305 | CLARKE, GEORGE D, 39 WILLIAM ST E, ARNPRIOR, ON K7S1J7CANADA | *VIA Deutsche Post* |
| 11305 | CLARKE, MONIKA E, 412 SEMINOLE AVE, BALTIMORE, MD 21228 | |
| 11305 | CLARKE, REV WINSTON, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 | |
| 11305 | CLARKSON UNIVERSITY, BOX 5620, POTSDAM, NY 13699-5620 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   CLARY, DOROTHY, 2012 ASBURY PL, OWENSBORO, KY 42303

11305   CLAWSON CONTAINER CO, DRAWER 641615 P.O. BOX 64000, DETROIT, MI 48264-1615

11305   CLAWSON, CAREY ROBBIN, 2812 NORTH FRANCIS, COEUR D ALENE, ID 83815

11305   CLAY, BERNARD, 1712 HEATHFIELD RD, BALTIMORE, MD 21239

11305   CLAYTON, ALVIN H, 3307 WILSONTOWN RD, LAURENS, SC 29360

11305   CLAYTON, CURTIS, 1745 IVY STREET, DENVER, CO 80220

11305   CLC LUBRICANTS, PO BOX 764, 100 S OLD KIRK RD, GENEVA, IL 60134

11305   CLEAN HARBORS ENVIRONMENTAL SERVICES INC, PO BOX 859048, 1501 WASHINGTON ST, BRAINTREE, MA 02185-0058

11305   CLEARFIELD CITY CORPORATION, 55 S STATE, CLEARFIELD, UT 84015

11305   CLEARY SR, RICHARD E, 105 EDITH STONE DR, ABINGDON, MD 21009-1171

11305   CLEARY, TERRI DUCKWORTH, 16436 NORTH 1ST DRIVE, PHOENIX, AZ 85023

11305   CLEMENT, JAMES C, 12514 TENNESSEE CIR, FORT SMITH, AR 72916

11305   CLEMENT, WENDI, 7017 SALLIER RD, SULPHUR, LA 70665

11305   CLEMONS, JEREMY LOUIS, 4191 HIGHWAY 2 WEST, LIBBY, MT 59923

11305   CLEMONS, JOHN D, 2268 FARM TO MARKET ROAD, LIBBY, MT 59923

11305   CLEMONS, MAGGIE, 2268 FTM RD, LIBBY, MT 59923

11305   CLEMTEX INC, PO BOX 15214, HOUSTON, TX 77220-5214

11305   CLERK OF COURT, 945 N TEMPLE AVE, STARKE, FL 32091

11305   CLEVELAND WOOD PROD. CO., PO BOX 2544, CLEVELAND, TN 37320

11305   CLEVENGER, GARY, 2212 E HWY 25-70, DANDRIDGE, TN 37725

11305   CLEVENGER, JOHN S, 17 BELLCLARE CIR, SPARKS, MD 21152

11305   CLIMAX MOLYBDENUM CO., 1370 WASHINGTON PIKE, BRIDGEVILLE, PA 15017-2839

11305   CLINICAL SUPPLY CO., 5639 UNION CENTRE DR., WEST CHESTER, OH 45069

11305   CLINTON, F LEANNA, 2428 CHETWOOD CIR APT 301, TIMONIUM, MD 21093-2587

11305   CLOONEY, DAVID S, 1511 DIANE DR, SULPHUR, LA 70663

11305   CLOUD, TROY E, 5560 SW 69TH PL, MIAMI, FL 33155

11305   CLOUGH, ROBERT ELMER, 618 DAKOTA AVE, LIBBY, MT 59923

11305   CLUBB, JANICE W, 101 TAYLOR RD, STANLEY, NC 28164

11305   CNA COMPANIES, C/O JONATHAN W YOUNG ESQ, T KELLAN GRANT ESQ, WILDMAN HARROLD ALLEN & DIXON, 225 W WACKER DR STE 3000, CHICAGO, IL 60606-1229

11305   CNA COMPANIES, C/O JONATHAN W YOUNG ESQ, T KELLAN GRANT ESQ, WILDMAN HARROLD ALLEN & DIXON, 225 W WACKER DR STE 3000, CHICAGO, IL 60606-1229

11305   CNA COMPANIES, C/O JONATHAN W YOUNG ESQ,, T KELLAN GRANT ESQ, WILDMAN HARROLD ALLEN & DIXON, 225 W WACKER DR, SUITE 3000, CHICAGO, IL 60606-1229

11305   CNA COMPANIES, C/OJONATHAN W YOUNG ESQ, T KELLAN GRANT ESQ, WILDMAN HARROLD ALLEN & DIXON, 225 W WACKER DR STE 3000, CHICAGO, IL 60606-1229

11305   COALGRACE II, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   COALGRACE, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   COASTAL TRAINING TECHNOLOGIES, PO BOX 846078, DALLAS, TX 75284-6078

11305   COBB, ANNIE J, 22447 LATONIA LN, RICHTON PARK, IL 60471

11305   COBERLEY, DONALD E, 2960 BOW LINE PLACE, LONGMONT, CO 80503

11305   COCA COLA ENTERPRISES INC, 308 NORTH ST. ANDREWS STREET, DOTHAN, AL 36301

11305   COCA COLA ENTERPRISES INC, BISSONNET FACILITY 2800 BISSONNET, HOUSTON, TX 77005

11305   COCA COLA ENTERPRISES INC, GOODLAND SALES CENTER 719 WEST HIGHWAY 24, GOODLAND, KS 80918

11305   COCA COLA ENTERPRISES INC, LAKEWOOD BUILDING 11445 SOUTH LAKEWOOD BLVD, DOWNEY, CA 90241

11305   COCA COLA ENTERPRISES INC, MAIN BUILDING 305 STONER AVENUE, SHREVEPORT, LA 71101

11305   COCA COLA ENTERPRISES INC, MAIN WAREHOUSE 1402 INDUSTRIAL BOULEVARD, LAREDO, TX 78041

11305   COCA COLA ENTERPRISES INC, MIDLAND COOLER 303 TEXAS AVENUE, MIDLAND, TX 79701

11305   COCA COLA ENTERPRISES INC, NILES DIVISION OFFICE 7400 NORTH OAK PARK AVE, NILES, IL 60714

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    COCA COLA ENTERPRISES INC, NORTH TEXAS HDQ 6011 LEMMON AVENUE, DALLAS, TX 75209

11305    COCA COLA ENTERPRISES INC, SALES CENTER 120 EAST JONES STREET, SANTA MARIA, CA 93454

11305    COCA COLA ENTERPRISES INC, SALES CENTER 3140 OIHANA STREET, KAUAI, HI 96766

11305    COCA COLA ENTERPRISES INC, SALES CENTER 415 WEST PIKES PEAK AVENUE, COLORADO SPRINGS, CO 80918

11305    COCA COLA ENTERPRISES INC, SALES CENTER 68 600 PEREZ ROAD, CATHEDRAL CITY, CA 92234

11305    COCA COLA ENTERPRISES INC, SALES CENTER 701 SOUTH LINCOLN, AMARILLO, TX 79101

11305    COCACOLA ENTERPRISES INC, SALES CENTER 650 BABCOCK AVENUE, UKIAH, CA 95482

11305    COCHRANE COMPRESSOR COMPANY, PO BOX 1458, MELROSE PARK, IL 60161-1458

11305    COCO, LINDA M, 16667 S WINDSOR LN, LOCKPORT, IL 60441

11305    CODY, GAYLA ROSE, 14013 MAPLE HOLLOW LANE, MINT HILL, NC 28227

11305    COELHO, ROBERT A, 14004 GREENCROFT LN, COCKEYSVILLE, MD 21030

11305    COELHO, SHIRLEY J, 14004 GREENCROFT LN, COCKEYSVILLE, MD 21030

11305    COFFEE DISTRIBUTING CORP., PO BOX 766, GARDEN CITY PARK, NY 11040-0604

11305    COFFEEBREAK SERVICES, 1940 LOSANTIVILLE RD, CINCINATTI, OH 45237

11305    COGNIS CORPORATION, 5051 ESTECREEK DR, CINCINNATI, OH 45232

11305    COHAN, MICHAEL B, 17 OLD CONANT RD, LINCOLN, MA 01773

11305    COHENNO, CAROL A, 94 ROCKLAND ST, STOUGHTON, MA 02072

11305    COHENNO, JOHN J, 94 ROCKLAND ST, STOUGHTON, MA 02072

11305    COIN, BRANDON M, 60 STRAIN LN, GREENVILLE, KY 42345

11305    COIN, DAVID L, 60 STRAIN LN, GREENVILLE, KY 42345

11305    COKER, LARRY J, 872 COOLEY BRIDGE RD, PELZER, SC 29669

11305    COLBY, JOHN S, 107 MORELAND GREEN DR, WORCESTER, MA 01609

11305    COLE PARMER INSTRUMENT COMPANY, 625 E BUNKER COURT, VERNON HILLS, IL 60061

11305    COLE, EDDY J, 2223 SNOWSHOE ROAD, LIBBY, MT 59923

11305    COLE, MILLICENT W, 6655 LUDINGTON #131, HOUSTON, TX 77035

11305    COLE, ROGER W, 221 HICKORY PT RD, PASADENA, MD 21122-5955

11305    COLE, VIRGAL R, 209 MOUNTAIN RD, PASADENA, MD 21122

11305    COLEBURN JR, FRANCIS A, 222 PINEWOOD RD, BALTIMORE, MD 21222

11305    COLEGROVE, PETER L, 11 WILLIAMS DR, ANNAPOLIS, MD 21401

11305    COLEMAN HOUSING AUTHORITY, 605 WEST SECOND STREET, COLEMAN, TX 76834

11305    COLEMAN, CATHERINE M, 14308-A CANALVIEW DR, DELRAY BEACH, FL 33484

11305    COLEMAN, CLARENCE W, 1300 S VRAIN STREET, DENVER, CO 80219

11305    COLEMAN, DIETRICH DAVID, 332 YELLOWTAIL RD, LIBBY, MT 59923

11305    COLEMAN, JOHN M, 7479 FALLING LEAF CI, FLUSHING, MI 48433

11305    COLEMANS PUMPING SERVICE, C/O JAMES COLEMAN, 190 STURKIE RD, WAGENER, SC 29164

11305    COLESCO INC, 6060 INTERSTATE CIR, CINCINNATI, OH 45242

11305    COLLAT INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210

11305    COLLATERAL AGENCY INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210

11305    COLLECTOR OF REVENUE, PO BOX 100, HILLSBORO, MO 63050

11305    COLLIER, CARLETTA MAE, 860 W CALLE RANUNEULO, TUCSON, AZ 85704

11305    COLLINS, CHESTER J, 3001 LARK LN, LAKE CHARLES, LA 70607

11305    COLLINS, DAVID M, 1516 DIANE DR, SULPHUR, LA 70663

11305    COLLINS, DEBRA L, 2 SOUTHERLY CT #508, TOWSON, MD 21286

11305    COLLINS, DEBRA L, 2 SOUTHERLY CT, # 508, TOWSON, MD 21286

11305    COLLINS, DONALD GREGORY, 5122 THRAILKILL SOUTH ROAD, FORT LAWN, SC 29714

11305    COLLINS, RICHARD W, 7733 COVE RIDGE DR, HIXSON, TN 37343

11305    COLLINS, ROBERT E, 19 AMES ST, MEDFORD, MA 02155

11305    COLLINS, WILLIAM W, 937 BLACKGATE E, PROSPERITY, SC 29127

11305    COLLVINS JR, JAMES HOBART, 6353 JASMINE WAY, ENGLEWOOD, CO 80111

11305    COLOM, WILBUR, 200 6TH STREET NORTH SUITE 102, COLUMBUS, MS 39703