**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   COLOMBIA PIPE & SUPPLY CO, 135 S LASALLE ST DEPT 1209, CHICAGO, IL 60674-1209

11305   COLONIAL VILLAGE, 5215 EDINA INDUSTRIAL BLVD, SUITE 100, EDINA, MN 55439

11305   COLORITE POLYMERS, C/O TEKNI-PLEX INC, 201 INDUSTRIAL PKWY, SOMERVILLE, NJ 08876

11305   COLUMBIA COUNTY, PO BOX 498, EVANS, GA 30809

11305   COLUMBIA GAS OF OHIO INC, 200 CIVIC CENTER DR 8TH FL, COLUMBUS, OH 43215

11305   COLUMBIA PROPANE, 1901 PLEASANT ST, DE KALB, IL 60115

11305   COLUMBIA UNIVERSITY LIBRARIES, 535 W 114TH ST, NEW YORK, NY 10027

11305   COLUMBUS, MARK P, 3113 NW 114TH AVE, CORAL SPRINGS, FL 33065

11305   COMBINED SALES CO, 4419 S TRIPP, CHICAGO, IL 60632

11305   COMBS, BYRON G, 5 CALLAWASSIE CT, SIMPSONVILLE, SC 29681

11305   COMBS, BYRON GILBERT, 5 CALLAWASSIE COURT, SIMPSONVILLE, SC 29681

11305   COMBS, GARY L, 75 BOND ST, WESTMINSTER, MD 21157

11305   COMDATA NETWORK INC., 5301 MARYLAND WAY, BRENTWOOD, TN 37027

11305   COMEAU, ROBERT J, 144 MOODY ST, WALTHAM, MA 02453

11305   COMEAU, ROBERT J, WALTHAM STUDIOS BLDG 4, 144 MOODY ST, WALTHAM, MA 02453

11305   COMEAUX JR, DONALD L, 1336 MITCHELL, LAKE CHARLES, LA 70607

11305   COMED, ATTN BANKRUPTCY SEC SYSTEM, 2100 SWIFT ROAD, OAKBROOK, IL 60523

11305   COMED, PO BOX 784, CHICAGO, IL 60690-0784

11305   COMER, MICHAEL CLARENCE, 495 BEAR ROAD, MADISON, NC 27025

11305   COMM AIR MECHANICAL SERVICES, 1266 14TH ST, OAKLAND, CA 94607

11305   COMMERCIAL ENGINE SERVICE, 8205 CALIENTE RD, OAK HILLS, CA 92345-0954

11305   COMMERCIAL METALS CO., PO BOX 6187, CHATTANOOGA, TN 37401-6187

11305   COMMERCIAL PRINTING & GRAPHICS INC, 1413 BOSLEY ROAD, OWENSBORO, KY 42301

11305   COMMISSIONER OF PUBLIC WORKS, PO BOX 568, CHARLESTON, SC 29402-0568

11305   COMMISSIONERS OF PUBLIC WORKS, PO BOX B, CHARLESTON, SC 29402

11305   COMMON WEALTH OF MASSACHUSETTS, ATTN: VICTOR SAVICKAS, BOX 9484, BOSTON, MA 02205-9484

11305   COMMONWEALTH ALUMINIUM CONCAST INC, C/O RICHARD L FERRELL ESQ, TAFT STETTINIUS & HOLLISTER LLP, 425 WALNUT ST STE 1800, CINCINNATI, OH 45202

11305   COMMONWEALTH OF MASSACHUSETTS DEPARTMEN, C/O ANNE CHAN, BOX 9484, BOSTON, MA 02205-9484

11305   COMMONWEALTH OF MASSACHUSETTS DEPT OF REV, ANNE CHAN TAX EXAMINER, BOX 9484, BOSTON, MA 02205-9484

11305   COMMONWEALTH TANK INC, 84 NEW SALEM ST, WAKEFIELD, MA 01880

11305   COMM-TRONICS, INC, 120 ROESLER RD., GLEN BURNIE, MD 21060

11305   COMMUNISPOND INC., 300 PARK AVE, NEW YORK, NY 10022

11305   COMP-AIR & EQUIPMENT INC., PO BOX 6312, CHARLOTTE, NC 28207-0001

11305   COMPAQ, PO BOX 402529, ATLANTA, GA 30384-2529

11305   COMPASS GROUP EUREST DIVISION, D/B/A EUREST, 2400 YORKMONT RD, CHARLOTTE, NC 28217

11305   COMPOSITECH, PO BOX 2673, PEARLAND, TX 77588-2673

11305   COMPRESSOR MAINTENANCE CO, INC, 2667 OLD TANEYTOWN RD., WESTMINSTER, MD 21158

11305   COMPRO PAINTING & DECORATING SERVICES IN, 10 S 160 RAMM DR UNIT C, NAPERVILLE, IL 60564

11305   COMPUCOM SYSTEMS INC, 7171 FOREST LN, DALLAS, TX 75231

11305   COMPUMACHINE, 645 MAIN ST, WILMINGTON, MA 01887

11305   COMPUSERVE INCORPORATED, DEPT L-742, COLUMBUS, OH 43268-0742

11305   COMPUTER ASSOC INTERNATIONAL INC, PO BOX 360355, PITTSBURGH, PA 15251-6355

11305   COMPUTER PATENT ANNUITIES, 225 REINEKERS LANE, ALEXANDRIA, VA 22314

11305   COMPUTER TASK GROUP INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   CONCENTRA MEDICAL CENTERS, PO BOX 9005, ADDISON, TX 75001

11305   CONCORD SERVICES, INC, 6650 S. OAK PARK AVE., BEDFORD PARK, IL 60638-4812

11305   CONCRETE AND AGGREGATES, 11940 BRICKSOME AVE #B, BATON ROUGE, LA 70816

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    CONCRETE PROMOTION COUNCIL OF SW OH, 7176 LAKOTA RIDGE DR, LIBERTY TOWNSHIP, OH 45011

11305    CONCRETE SEALANTS INC, DEPT 0289, COLUMBUS, OH 43265-0289

11305    CONDOR TECHNOLOGY SOLUTIONS, PO BOX 931782, ATLANTA, GA 31193-1782

11305    CONE, JIMMY GREY, 323 FRIENDLY LANE, WILMINGTON, NC 28409

11305    CONECTIV POWER DELIVERY, PO BOX 4875, TRENTON, NJ 08650

11305    CONECTIV POWER DELIVERY, REVENUE MANAGEMENT, 5 COLLINS DRIVE #2076, CARNEYS POINT, NJ 08069

11305    CONFEDERACION DE PENSIONADOS DE COLOMBIA, C/O ERNESTO FORERO VARGAS,    *VIA Deutsche Post*
TRASVERSAL 6 NO 27-10 PISO 6, BOGOTA, COLOMBIA

11305    CONGLETON, RUTH A, 195 HICKORY POINT RD, PASADENA, MD 21122

11305    CONGREGATION OF ST DOMINIC CATHOLIC CHUR, 775 HARRISON AVE, NEW ORLEANS, LA 70124-3155

11305    CONGREGATION OF ST LOUISE DE MARILLAC CH, 6800 PATRICIA, ARABI, LA 70032

11305    CONGREGATION ST FRANCIS ASSISI CHURCH, 631 STATE ST., NEW ORLEANS, LA 70118

11305    CONGREGATION ST FRANCIS XAVIER CABRINI C, 5500 PARIS AVE., NEW ORLEANS, LA 70122

11305    CONGREGATION ST FRANCIS XAVIER CHURCH, 448 METAIRIE RD., METAIRIE, LA 70005

11305    CONGREGATION ST JOAN ARC CHURCH LAPLACE, 529 W. 5TH ST., LA PLACE, LA 70068

11305    CONGREGATION ST JOAN OF ARC CATHOLIC CHU, 8321 BURTHE ST., NEW ORLEANS, LA 70118

11305    CONGREGATION ST MARY MAGDALEN CATHOLIC C, 6425 WEST METAIRIE AVE., METAIRIE, LA 70003

11305    CONGREGATION ST PHILIP NERI CATHOLIC CHU, 6500 KAWANEE AVENUE, METAIRIE, LA 70003

11305    CONGREGATION ST PIUS X ROMAN CATHOLIC CH, 6666 SPANISH FORT BLVD, NEW ORLEANS, LA 70124

11305    CONGREGATION ST RAYMOND ROMAN CATHOLIC C, 3738 PARIS AVE., NEW ORLEANS, LA 70122

11305    CONGREGATION ST RITA ROMAN CATHOLIC CHUR, 2729 LOWERLINE ST, NEW ORLEANS, LA 70125

11305    CONKLIN - GRACE SBM, DUNCAN W, C/O DUNCAN W CONKLIN, 1346 E DUNSLOW LN, LOCKPORT, IL 60441

11305    CONKLIN, DUNCAN W, 1346 DUNSLOW LN, LOCKPORT, IL 60441

11305    CONKLIN, JAMES, 455 SUNNEHANNA DR BOX 120, SCORATEE, SC 29575

11305    CONKLIN, TERRANCE J, 25 CHESTNUT AVE, PATCHOGUE, NY 11772

11305    CONLIN, RICHARD A, 464 SARATOGA DR, AURORA, IL 60504

11305    CONLON, BARRY J, 126 CHARLTON ST, ARLINGTON, MA 02476-7167

11305    CONNACHER, TIMOTHY LEE, 4923 N WALNUT, SPOKANE, WA 99205

11305    CONNECTED RESOURCES, PO BOX 630690, BALTIMORE, MD 21263-0690

11305    CONNECTED RESOURCES, PO BOX 79435, BALTIMORE, MD 21279-0435

11305    CONNECTIVITY INC., 8E INDUSTRIAL WAY SUITE 8, SALEM, NH 03079

11305    CONNELL FOLEY LLP, C/O STEPHEN V FALANGA ESQ, 85 LIVINGSTON AVE, ROSELAND, NJ 07068

11305    CONNELLY, EDWARD F, 12 OCEANWOOD DR, SCARBOROUGH, ME 04074

11305    CONNER, DAVID E, 213 WINSTON RD, PASADENA, MD 21122

11305    CONNER, DEAN, 1815 LAWTON DR, SULPHUR, LA 70665

11305    CONNER, RICHARD J, 1309 HAMPTON BLVD, READING, PA 19604-1919

11305    CONNERNEY, JEANNE M, 14A SACRAMENTO ST, CAMBRIDGE, MA 02138

11305    CONNERTY, KELLEY A, 4 GILMAN RD, BILLERICA, MA 01862

11305    CONNOLLY, EILEEN V, 503 HARBOR LN, HICKORY CREEK, TX 76210

11305    CONNOR III, HARRY E, 4544 GREENCOVE CIR, SPARROWS POINT, MD 21219

11305    CONNORS & CORCORAN LLP, 45 EXCHANGE ST STE 250, ROCHESTER, NY 14614

11305    CONNORS, MICHAEL P, 204 N BRENT DR, RINGGOLD, GA 30736

11305    CONRAD, GREGORY, 108 W 19TH ST, OWENSBORO, KY 42303

11305    CONSEILLERS IMMOBILIERS GWL INC, 2001 UNIVERSITY STREET, MONTREAL, QC H3A2A6CANADA    *VIA Deutsche Post*

11305    CONSOLIDATED DOORS INC, 11709 W DIXON ST, MILWAUKEE, WI 53214

11305    CONSOLIDATED MACHINE, PO BOX 462, PASADENA, MD 21122

11305    CONSOLIDATED PLASTICS CO INC, 8181 DARROW RD., TWINSBURG, OH 44087

11305    CONSTANCE, ALGEA J, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   CONSTANCE, ROBERT J, 1376 HALVERSON RD, SULPHUR, LA 70665

11305   CONSTANTINE & PARTNERS, 477 MADISON AVE, NEW YORK, NY 10022

11305   CONSTANTINO, ANN, 35 PARK AVE APT 4 S, SUFFERN, NY 10901

11305   CONSULTING PSYCHOLOGISTS PRESS, PO BOX 49156, SAN JOSE, CA 95161-9156

11305   CONSUMERS ENERGY, LANSING, MI 48937-0001

11305   CONTINENTAL CASUALTY CO TRANSPORTATION INSURANCE C, C/O ELIZABETH DECRISTOFARO ESQ, FORD MARRIN ESPOSITO WITMEYER & GLESER, WALL STREET PLAZA 23RD FLOOR, NEW YORK, NY 10005

11305   CONTINENTAL CEMENT COMPANY, PO BOX 60650, SAINT LOUIS, MO 63160-0650

11305   CONTINENTAL DISC CORPORATION, 3160 W HEARTLAND DR, LIBERTY, MO 60468

11305   CONTINENTAL FLORIDA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431

11305   CONTINENTAL GEORGIA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431

11305   CONTINENTAL SEATTLE PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF ADAMS & GRAHAM LLP, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF ANDREW & KURTH MAYOR DAY CALDWELL & KE, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF ASCO PNEUMATIC CONTROLS, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF AT&T CORPORATION, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF AT&T, 411 W PUTNAM AVE STE 225, ATTN ALPA JIMENEZ, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF AT&T, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF BERENFIELD CONTAINERS, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF CAPERS CLEVELAND DESIGN INC, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF COCHRANE COMPRESSOR CO, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF DOWIE LTD D/B/A SDI, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF ENTERGY GULF STATES INC, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF FIDELITY & DEPOSIT OF MARYLAND, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF GENERAL ELECTRIC CO, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF GENERAL STEEL DRUM CORP, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF HERCULES INC, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF INDUSTRIAL SERVICE PRODUCTS CO, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF JOHNSON TOMLIN & JOHNSON, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF LA CHEMICALS LTD, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF POREX MED PROD GRP DBA KIPP GROUP, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF REICHHOLD CHEMICALS, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830

11305   CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830

11305   CONTROL EQUIPMENT SALES INC, 600A KIRK RD, MARIETTA, GA 30060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    CONTROL PLUS, INC, 257 NW AVE., STE. 100, ELMHURST, IL 60126

11305    CONTROLCO INC, 30903 VIKING PKWY, WESTLAKE, OH 44145

11305    CONVEYING TECHNIQUES INC, 10818 SHELDON RD, HOUSTON, TX 77044

11305    CONWAY TRANSPORTATION SERVICES INC, PO BOX 642080, PITTSBURGH, PA 15264-2080

11305    CONWAY, GERALDINE M, 46 WALDO RD, ARLINGTON, MA 02474

11305    COOK COUNTY TREASURER, LAW DEPT, 118 N CLARK ST ROOM 212, CHICAGO, IL 60602

11305    COOK COUNTY, ILLINOIS, RICHARD J. DALEY CENTER, 50 W. WASHINGTON, CHICAGO, IL 60602

11305    COOK JR, LEE V, C/O LEE COOK JR, 7820 LINTHICUM RD, PASADENA, MD 21122

11305    COOK JR, ROBERT W, 113 RALPH RD, GLEN BURNIE, MD 21060

11305    COOK SR, LEE V, 408 5TH AVE, BALTIMORE, MD 21225

11305    COOK, CHARLES M, 4007 OLD COLUMBIA PIKE, ELLICOTT CITY, MD 21043

11305    COOK, NANCY G, 1614 CHESTNUT LN, SEVERN, MD 21144

11305    COOKSEY, RICHARD, C/O STEPHEN C EMBRY ESQ, EMBRY & NEUSNER, 118 POQUONNOCK ROAD
PO BOX 1409, GROTON, CT 06340

11305    COOMES, JAMIE L, 1443 GOBLER FORD RD, LEWISPORT, KY 42351

11305    COOMES, TERRY, 4409 S LARCH AVE, SIOUX FALLS, SD 57106

11305    COONTZ, LISA M, 711 S CROCKER ST, SULPHUR, LA 70663

11305    COOPER SCHRIVER, ALLISON, C/O ALLISON SCHRIVER-COOPER, 109 WALKER RD, CAMPOBELLO,
SC 29322

11305    COOPER TURBOCOMPRESSOR INC, 3101 BROADWAY, BUFFALO, NY 14227

11305    COOPER, GAIL A, 8 LINDA LN, SEVERNA PARK, MD 21146

11305    COOPER, GRACE B, 201 JONES AVE, SIMPSONVILLE, SC 29681

11305    COOPER, JOHN W, 2249 SILVER CREEK RD, MILL SPRING, NC 28756

11305    COOPERHEAT-MQS INC, 5858 WESTHEIMER STE 625, HOUSTON, TX 77057

11305    COOTS HENKE & WHEELER PC, ATTN CATHEY JACKSON, 255 EAST CARMEL DRIVE, CARMEL, IN
46032-2689

11305    COPELAND, RICHARD A, 3018 DUNLEER RD, BALTIMORE, MD 21222

11305    COPPER, JAMES E, 142 PARK RD, PASADENA, MD 21122

11305    COPTECH,INC, 106 CUMMINGS PARK, WOBURN, MA 01801

11305    COPY CONCEPTS INC, C/O THOMAS V ASKOUNIS ESQ, ASKOUNIS & BORST P.C., 303 E WACKER DR
STE 1000, CHICAGO, IL 60601

11305    COQUILLETTE, ROBERT M, 1010 WALTHAM ST #353, LEXINGTON, MA 02421

11305    CORBELL, KATHERINE KAY, 306 EDUCATION WAY 6, LIBBY, MT 59923

11305    CORBETT, BRIAN LLOYD, 659 E SIXTH STREET, COLVILLE, WA 99114

11305    CORBETT, GENE TUNNEY, 503 NORTH EDEN DR, CAYCE, SC 29033

11305    CORBETT, VIRGINIA V, 6636 WASHINGTON BLVD BOX 98, ELKRIDGE, MD 21075

11305    CORCERAN, WILLIAM M, 1627 JOHN ROSS LN, CROWNSVILLE, MD 21032

11305    CORCORAN, JOSEPH E, 6211 W NORTHWEST HWY, UNIT 2604, DALLAS, TX 75225

11305    CORDOVA, COLLEEN W, 24304 CLEMATIS DR, LAYTONSVILLE, MD 20882

11305    CORKS, ROBERT E, 6905 S ROCKWELL ST, CHICAGO, IL 60629

11305    CORMIER, LARRY R, 690 CONCORD DR, LAKE CHARLES, LA 70611

11305    CORPORATE EQUIPMENT CO., 607 REDNA TERRACE, NO 100, CINCINNATI, OH 45215

11305    CORPORATE EXPRESS, 7150 EXCHEQUER DR, BATON ROUGE, LA 70809

11305    CORPORATE EXPRESS, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    CORPORATION SCIENTIFIQUE CLAISSE, 350 FRANQUET ST #45, SAINTE-FOY, QC G1P4P3CANADA    **\*VIA Deutsche Post\***

11305    CORPUS CHRISTI GASKET & FASTNER INC, C/O GARY, THOMASSON, HALL & MARKS, PC, ATTN:
TIMOTHY P DOWLING, PO BOX 2888, CORPUS CHRISTI, TX 78403-2888

11305    CORPUS CHRISTI SCHOOL, 3301 GLEN CARLYN ROAD, FALLS CHURCH, VA 22041

11305    CORREA, LORENZO C, 2529 W ELDER AVE, SANTA ANA, CA 92704

11305    CORREA, RALPH M, 1949 S MANSCHESTER AVE, ANAHEIM, CA 92802

11305    CORREIA, NATALIE M, 26 MOORE ST, SOMERVILLE, MA 02144

11305    CORRIDON, JOHN J, 45 SHAWSHEEN RD #26, BEDFORD, MA 01730

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |

11305    CORROSION FLUID PRODUCTS CORP, 24450 INDOPLEX CIRCLE, FARMINGTON HILLS, MI 48332

11305    CORSEARCH, 233 SPRING ST, 6TH FL, NEW YORK, NY 10013

11305    CORTELCO, PO BOX 70260, SAN JUAN, PR 00936PUERTO RICO

11305    COSTA TOXICOLOGIST, ATTN: MAX COSTA, 208 FIRST ST UNIT 3, HOBOKEN, NJ 07030

11305    COSTA, ALICE H, 5257 W KIMBALL PL, OAK LAWN, IL 60453

11305    COSTA, SHEILA T, 66 VICTORIA ST, SOMERVILLE, MA 02144

11305    COSTANZO, W KENNETH, 112 MEILLAND DR, GREER, SC 29650

11305    COSTELLO, BARBARA, 417 DEVONSHIRE DR, FRANKLIN LAKES, NJ 07417

11305    COSTELLO, ROBERT A, 30 DANIELS ST APT 209, MALDEN, MA 02148

11305    COSTELLO, SHARON ANN, 12523 3RD AVENUE N.E., SEATTLE, WA 98125

11305    COSTLOW, DEAN HAROLD, 610 DAKOTA PO BOX 523, LIBBY, MT 59923

11305    COTE, PAUL G, 14 SOUTH RD, EXETER, NH 03833

11305    COTNER, ROBERT EUGENE, DICK CONNERS COR CEN, PO BOX 220, HOMINY, OK 74035

11305    COUGHLIN, SANDY, 125 ALBERT CT, TRACY, CA 95376

11305    COULSON, LAWRENCE M, 704 ELIZABETH CT, ABERDEEN, MD 21001

11305    COUNTY OF FRESNO CALIFORNIA, 2281 TALARE STREET THIRD FLOOR, FRESNO, CA 93721

11305    COUNTY OF FRESNO CALIFORNIA, 2281 TULARE STREET THIRD FLOOR, FRESNO, CA 93721

11305    COUNTY OF ORANGE, INDIVIDUALLY AND ON, 1009 GREEN AVENUE, ORANGE, TX 77630

11305    COUNTY OF SONOMA, 2680 VENTURA AVENUE, SANTA ROSA, CA 95403

11305    COUNTY OF SPOTSYLVANIA, LARRY K PRITCHETT, PO BOX 65, SPOTSYLVANIA, VA 22553

11305    COURVILLE, CODY C, 3127 BROUSSARD RD, SULPHUR, LA 70663

11305    COURVILLE, LAWRENCE D, 3277 NIBLETTS BLUFF RD, VINTON, LA 70668

11305    COUSTE, JENNIFER D, 713 ROYAL ST, LAKE CHARLES, LA 70607

11305    COUTURIER, MARYSUSAN, 52 ANGELICA DR, FRAMINGHAM, MA 01701

11305    COVINGTON, GREGORY L, 3726 BIRCHMERE CT, OWINGS MILLS, MD 21117

11305    COWLES & THOMPSON PC, C/O GLENDA ROBINSON, 901 MAIN ST SUITE 4000, DALLAS, TX 75202

11305    COX HARDWARE & LUMBER, PO BOX 9466, HOUSTON, TX 77261

11305    COX, BRUCE L, 3351 LONDON PIKE, PHILPOT, KY 42366

11305    COX, DURWARD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    COX, GREGORY DARRELL, 854 LERAY STREET, WATERTOWN, NY 13601

11305    COX, JIMMIE, PO BOX 247, BELTON, SC 29627

11305    COX, KERSTIN, 854 LERAY STREET, WATERTOWN, NY 13601

11305    COX, LANE C, 1108 TEXAS ST, SULPHUR, LA 70663

11305    COX, STEVEN M, 1124 TOWNE LAKE HILLS E, WOODSTOCK, GA 30189

11305    COX, SYDNEY SARAH, 854 LERAY STREET, WATERTOWN, NY 13601

11305    COX, THOMAS G, 503 CLEMSON ST, LAURENS, SC 29360

11305    COX, THOMAS GLENN, 503 CLEMSON ST, LAURENS, SC 29360

11305    COYNE TEXTILE SERVICES, PO BOX 3518 DEPT C, SYRACUSE, NY 13220-3518

11305    CPA2BIZ.COM, PO BOX 2205, JERSEY CITY, NJ 07303-2205

11305    CPI PACKAGING INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE
         BROOK, NJ 07663

11305    CPI-LOUISIANA INC, ATTN LORY JOHNSON, PO BOX 1710, PEARLAND, TX 77588-1710

11305    CRABBE, JEFFREY J, 11612 SWEET BASIL CT, AUSTIN, TX 78726

11305    CRADDOCK, RICKY A, 2 N LONGWOOD LN, ALEXANDRIA, KY 41001

11305    CRADY JEWETT & MCCULLEY, C/O ROSS SPENCE, CRADY JEWETT AND MCULLEY LLP, 2727 ALLEN
         PKWY STE 1700, HOUSTON, TX 77019-2125

11305    CRADY, JEWETT & MCCULLEY,LLP, 2727 ALLEN PKWY, SUITE 1700, HOUSTON, TX 77019-2125

11305    CRAFT, BENJAMIN W, 1228 B S FEDERAL, CHICAGO, IL 60605

11305    CRAFT, PEGGY L, 2912 DAVIESS ST, OWENSBORO, KY 42303

11305    CRAIG, JAMES, 2101 5TH STREET NE, MINNEAPOLIS, MN 55418

11305    CRANE & CO INC, 30 SOUTH ST, DALTON, MA 01226

11305    CRANE AMERICA SERVICES, 7862 COLLECTION CENTER DRIVE, CHICAGO, IL 60693

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   CRANE PRO SERVICES INC,

11305   CRANE PRO SERVICES, 9879 CRESECENT PARK DR., WEST CHESTER, OH 45069

11305   CRANE PUMPS & SYSTEMS, PO BOX 740485, ATLANTA, GA 30374

11305   CRANE, DONALD A, PO BOX 775051, STEAMBOAT SPRINGS, CO 80477-5051

11305   CRANE, JOHN, 200 QUALITY AVE, NEW ALBANY, IN 47150

11305   CRARY, DIANA, 23929 WHITFIELD PL, VALENCIA, CA 91354-2601

11305   CRAVEN JR, GEORGE E, 1424 S HANOVER ST, BALTIMORE, MD 21230

11305   CRAVEN, HENRY E, 917 IDLEWILDE LN, LAKE CHARLES, LA 70605

11305   CRAVER, JOHN THOMAS, 1408 NEVADA, LIBBY, MT 59923

11305   CRAWFORD SR, FLOYD RAYMOND, 56 FAIRVIEW DR, ASHVILLE, AL 35953

11305   CRAWFORD, DORA K, 108 WOODS RD, QUEENSTOWN, MD 21658

11305   CRAWFORD, FRED SCOTT, 312 DOGWOOD LANE, BELMONT, NC 28012

11305   CRAWFORD, KENNETH B, 109 SNIPE LN, EASLEY, SC 29642-9128

11305   CRAWFORD, PO BOX 71399, SAN JUAN, PR 00936-8499

11305   CRAYTON, ANTHONY, 108 BOOKOUT LOOP, POWDER SPRINGS, GA 30127

11305   CREATIVE FOOD N FUN COMPANY, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   CREEL, L D, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   CREEL, MAXIE L, 307 N 7TH ST, OAKDALE, LA 71463-2528

11305   CREIGHTON, CATHERINE J, 1270 RIVERSIDE AVE, BALTIMORE, MD 21230

11305   CREIGHTON, JOHN, 2620 OFFUTT RD, WOODSTOCK, MD 21163

11305   CREMIN, TIMOTHY M, 3140 ST JAMES DR, BOCA RATON, FL 33434

11305   CRENSHAW CORPORATION, 1700 COMMERCE RD, PO BOX 24217, RICHMOND, VA 23224-0217

11305   CRESPO, SALVADOR, 36 HILLSIDE TER, MERRIMACK, NH 03054

11305   CREST USD 479, BOX 68, KINCAID, KS 66039

11305   CRESTWOOD CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374

11305   CREWS ERJAVEC, CAROL LYNN, 2213 MADISON ST NE, MINNEAPOLIS, MN 55418

11305   CREWS ERJAVEC, JOE F, 2213 MADISON ST NE, MINNEAPOLIS, MN 55418

11305   CREWS ERJAVEC, MAIA AVALON, 2213 MADISON ST NE, MINNEAPOLIS, MN 55418

11305   CREWS, EVELYN, 2932 W FULTON, CHICAGO, IL 60612

11305   CRILL, LORETTA EUNICE, 533 S HUDSON AVE #7, PASADENA, CA 91101

11305   CRITCHFIELD, JEFFERY, 677 213TH ST, PASADENA, MD 21122

11305   CROCE, DAVID F, 17 SPRUCE AVE, TYNGSBORO, MA 01879

11305   CROCHET, GERALDINE, CO ROXIE VIAATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   CROCHET, JOHN E, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   CROCKER, BOBBY D, PO BOX 84, ENOREE, SC 29335

11305   CROCKER, BOBBY DEAN, PO BOX 84, ENOREE, SC 29335

11305   CROCKER, DONNA JEAN, 707 N COLLINS STREET, PLANT CITY, FL 33563

11305   CROMPTON & KNOWLES COLORS INC, PO BOX 8500(S-9595), PHILADELPHIA, PA 19178-9595

11305   CROMPTON SALES COMPANY INC, C/O MARY O NEIL, BENSON RD, MIDDLEBURY, CT 06749

11305   CRONIN, DANIEL G, 14562 ST GEORGES HILL DR, ORLANDO, FL 32828

11305   CRONIN, ROBERT P, 1 OAK LN, OSTERVILLE, MA 02655

11305   CRONIS, PHILLIP J, E42 SCOTTY HOLLOW DR, NORTH CHELMSFORD, MA 01863

11305   CROOKE, MICHAEL K, 510 GROGAN RD, WOODRUFF, SC 29388-8877

11305   CROSBY, ANNIE, 624 ECHO CAVE LN, CHARLOTTE, NC 28217

11305   CROSBY, DENNIS W, 627 FRED LUTZ RD, WESTLAKE, LA 70669

11305   CROSIBLE INC, 87 WEST CAYUGA ST, PO BOX 271, MORAVIA, NY 13118

11305   CROSS COUNTRY INC, ATTN RICHARD IVES TREASURER, PO BOX 5028, BOCA RATON, FL 33431-0828

11305   CROSS TELECOM CORPORATION, 12211 WOOD LAKE DR, BURNSVILLE, MN 55337

11305   CROSS, CHARLES A, 906 KIMBERWICKE, MCLEAN, VA 22102

11305   CROSSMAN, JODY M, 8562 NW 47TH ST, CORAL SPRINGS, FL 33067

11305   CROWE, JAMES R, 267 TROGDEN LN, CALHOUN, KY 42327

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    CROWE, KENNETH EUGENE, 125 NELSON ROAD, WOODRUFF, SC 29388

11305    CROWN PROFESSIONAL LLC, 3662 KATELLA AVE, LOS ALAMITOS, CA 90720

11305    CROWN SERVICES, 15 PINE ST EXT, NASHUA, NH 03060

11305    CROWSON, JOHN, 61 LAWRENCE AVE, FOUNTAIN INN, SC 29644

11305    CRUMBLIN, KATHERINE M, 800 FERN DR, BOCA RATON, FL 33432

11305    CRUMP, LINDA L, 306 SEVERN RD, CROWNSVILLE, MD 21032

11305    CRUNK, CHARLES D, 424 CRAKER LN, WAUCHULA, FL 33873

11305    CRUZ, MARK S, 14136 167TH, LOCKPORT, IL 60441

11305    CRUZAN, ROBERT IRVIN, 1520 MINNESOTA AVE, LIBBY, MT 59923

11305    CRX GROUP INC, PO BOX 687, SEVERNA PARK, MD 21146

11305    CRYER, STEVEN K, 4095 MASON ST, SULPHUR, LA 70665

11305    CRYOVAC CHILE HOLDINGS LLC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305    CRYOVAC FAR EAST HOLDINGS LLC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305    CRYOVAC INC & CERTAIN AFFILIATES LISTED ON ANNEX A, C/O SEALED AIR CORPORATION, ATTN: H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305    CRYOVAC INTERNATIONAL HOLDINGS INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305    CRYOVAC LEASING CORPORATION, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305    CRYOVAC POLAND HOLDINGS INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305    CRYSTAL SPRINGS WATER CO, PO BOX 4100, CAROL STREAM, IL 60197-4100

11305    CRYSTAL SPRINGS WATER CO., PO BOX 3229, LANCASTER, PA 17601

11305    CRYSTAL SPRINGS WATER CO., PO BOX 3229, LANCASTER, PA 17604-3229

11305    CRYSTAL SPRINGS WATER COMPANY, PO BOX 2590, CLACKAMAS, OR 97015-2590

11305    CSI FLORIDA SOUTHWEST, 1930 PARK MEADOWS DR, FORT MYERS, FL 33907

11305    CSI, 9311 SE 36TH STE 110, MERCER ISLAND, WA 98040

11305    CSRA FIRE EXTINGUISHER, 312 PARK AVE, MARTINEZ, GA 30907

11305    CSX TRANSPORTATION, ATTN: RUTH C SALTER, BELLSOUTH TOWER J-220, 301 W BAY ST 21ST FL, JACKSONVILLE, FL 32202

11305    CTL DISTRIBUTION INC, J W TAYLOR ESQ, PO DRAWER 67, AUBURNDALE, FL 33823

11305    CTL ENGINEERING INC, THE CONTINENTAL CASUALTY CO, ATTN DAVID J MILLER, PO BOX 905, MONMOUTH JUNCTION, NJ 08852-0905

11305    CUDMORE, JULIE M, 8075 TWIN LAKE DR, BOCA RATON, FL 33496

11305    CULLIGAN INDUSTRIAL, CWC FLUIDS, INC., 33156 TREASURY CENTER, CHICAGO, IL 60694-3100

11305    CULLIGAN OF THE PIEDMONT, PO BOX 2820, GREENVILLE, SC 29602-2820

11305    CULLIGAN WATER CONDITIONING, 2180 SOUTH CONGRESS AVE, WEST PALM BEACH, FL 33406

11305    CULLIGAN WATER CONDITIONING, PO BOX 669, BELLFLOWER, CA 90707

11305    CULVER, WILLIAM V, 1300 W BOSTON #41, SEATTLE, WA 98119

11305    CUMBERLAND ENGINEERING CORP, ATTN JOSEPH CORDEIRO, 100 RODDY AVE, SOUTH ATTLEBORO, MA 02703

11305    CUMMING, DONALD L, 631 STOW RD, BOXBOROUGH, MA 01719-2101

11305    CUMMINGS & LOCKWOOD LLC, C/O CHARLES J FILARDI JR ESQ, 700 STATE ST, PO BOX 1960, NEW HAVEN, CT 06509-1960

11305    CUMMINGS PROPERTIES LLC, C/O SUSAN F BRAND ESQ, 200 W CUMMINGS PARK, WOBURN, MA 01801

11305    CUMMINGS, BRENDA FAYE, 1802 ROBINSON RD #256, GRAND PRAIRIE, TX 75051

11305    CUMMINGS, SHARON V, 118 W POPLAR, LIBBY, MT 59923

11305    CUMMINGS, TERRY, 5206 STATE RD, BURBANK, IL 60459

11305    CUMMINS WAGNER CO, INC, 10901 PUMP HOUSE RD., ANNAPOLIS JUNCTION, MD 20701

11305    CUNNINGHAM, FRANK L, 27 CLAYMORE RD, #02-02 THE CLAYMORE, 000229544SINGAPORE    *VIA Deutsche Post*

11305    CUNNINGHAM, JOHN P, 210 COFFEE ST, NEW ELLENTON, SC 29809

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    CUNNINGHAM, VERNON DALE, 515 WISCONSIN AVENUE, LIBBY, MT 59923

11305    CUNNINGHAM, VICTORIA M., PO BOX 100, NORTH TURNER, ME 04266

11305    CUPITO, JOSEPH V, 5973 WERK RD, CINCINNATI, OH 45248

11305    CURRAN, RICHARD P, 23197 BENTLEY PL, BOCA RATON, FL 33433

11305    CURRERI, CYNTHIA J, 36 CROSBY ST, ARLINGTON, MA 02474

11305    CURRERI, DAVID J, 15 DONOVANS WAY, MIDDLETON, MA 01949

11305    CURRIE, LESLIE D, 338 CAROLYN DR, CHICKAMAUGA, GA 30707

11305    CURTIN, D JOHN, 1285 WINDING BRANCH CIR, DUNWOODY, GA 30338

11305    CURTIS ENGLISH CONSTRUCTION, INC, 3757 WAGENER RD., AIKEN, SC 29801

11305    CURTIS, GEORGE L, 2626 AIRPORT RD, BETHEL, OH 45106

11305    CUSETO JR, ROBERT, 11 SOMOSET AVE, QUINCY, MA 02169

11305    CUSHMAN, LISA, 127 QUAIL CREEK RD, SALTILLO, MS 38866

11305    CUSICK JR, JAMES B, 3033 TARPON RD, RIVA, MD 21140

11305    CUSIMANO, JACK P, 8210 AQUILA ST APT 225, PORT RICHEY, FL 34668

11305    CUSTER, DANIEL CARTER, 810 CRESTA RD, COLORADO SPRINGS, CO 80906

11305    CUSTO CHEM, INC, 503 S. DUKE ST., PO BOX 926, LAFAYETTE, GA 30728

11305    CUSTOM BLEND COFFEE SERVICE, 8042 NORTH DR, HIGHLAND, IN 46322

11305    CUSTOM EQUIPMENT DESIGN, PO BOX 4807, MONROE, LA 71211

11305    CUTHILL, GORDON CODY, P.O. BOX 250, STANDARD, AB T0J3G0CANADA        *VIA Deutsche Post*

11305    CVL TECHNICAL SALES, INC, 9600-113 PULASKI PARK DR., BALTIMORE, MD 21220

11305    CXPRESS INC, 5436 JEFFERSON DAVIS HWY, RICHMOND, VA 23234

11305    CYPRESS FAIRBANKS ISD, C/O JOHN P DILLMAN, LINEBARGER HEARD GOGGAN BLAIR GRAHAM PENA AND SAMP, PO BOX 3064, HOUSTON, TX 77253-3064

11305    CYR, GERALD E, 2738 DAISY AVE, BALTIMORE, MD 21227

11305    CYRK, 1400 PROVIDENCE HWY, NORWOOD, MA 02062-5015

11305    CYRO INDUSTRIES, 100 ENTERPRISE DR, ROCKAWAY, NJ 07856

11305    CZUBA, RICHARD S, 933 S PROSPECT, ELMHURST, IL 60126-5007

11305    D F KING & CO INC, 77 WATER ST -20TH FL, NEW YORK, NY 10005

11305    D L FORD, 209 SW 9TH CIRCLE, DELRAY BEACH, FL 33444

11305    D L PETERSON TRUST, 307 INTERNATIONAL CIR, HUNT VALLEY, MD 21030

11305    D&F DISTRIBUTORS INC, 1144 INDY CT, EVANSVILLE, IN 47725

11305    DABBERT, JAMES G, 602 S 6TH AVE, STERLING, CO 80751

11305    DAIGLE, ADDISON A, 408 NAVARRE ST, SULPHUR, LA 70663

11305    DAIGLE, IRA P, 2869 MATHEWS AVE, FORT LUPTON, CO 80621

11305    DAIR, BENITA, 1819 IRVING ST NW, WASHINGTON, DC 20010

11305    DALE, JOHN M, 1440 LANGFORD RD, GWYNN OAK, MD 21207

11305    DALELIO, GINO, 45 FALKIRK CRES, MAPLE, ON L6A2E3CANADA        *VIA Deutsche Post*

11305    DALESSANDRO, DIANE, 2629 CLOVERMERE RD, OCEANSIDE, NY 11572-1304

11305    DALLAS COUNTY, C/O ELIZABETH WELLER, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2323 BRYAN ST, SUITE 1600, DALLAS, TX 75201

11305    DALTON, JOHN, 658 E BROADWAY, BOSTON, MA 02127

11305    DALTON, MAUREEN S, 39 DRUMMER BOY WAY, LEXINGTON, MA 02420-1222

11305    DALY COMMUNICATIONS, BOX 8812, RED BANK, NJ 07701

11305    DANG, TRUC T, 19012 STALEYBRIDGE RD, GERMANTOWN, MD 20874

11305    DANIELEWICZ, ANNETTE M, 5316 S NORDICA, CHICAGO, IL 60638

11305    DANIELS SR, JOSEPH E, 26285 LEGION HEIGHTS DR, DENTON, MD 21629

11305    DANIELS, JULIUS R, 2113 NW 60TH CIR, BOCA RATON, FL 33486

11305    DANIELS, TERRENCE D, 259 YELLOW MOUNTAIN RD, GREENWOOD, VA 22943

11305    DANKA FINANCIAL SERVICES, PO BOX 642444, PITTSBURGH, PA 15264-2444

11305    DANKA FINANCIAL SYSTEMS, C/O THOMAS V ASKOUNIS ESQ, ASKOUNIS & BORST P.C., 303 E WACKER DR STE 1000, CHICAGO, IL 60601

11305    DANKA OFFICE IMAGING COMPANY, PO BOX 23607, TAMPA, FL 33623-3607

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    DANKA OFFICE IMAGING, PO BOX 23607, ATLANTA, GA 30374-0989

11305    DANKA, PO BOX 641980, PITTSBURGH, PA 15264-1980

11305    DANN PECAR NEWMAN & KLEIMAN, ATTN: JON B ABELS, 2300 ONE AMERICAN SQUARE, BOX 82008, INDIANAPOLIS, IN 46282

11305    DANNEKER, JEFFREY A, 67 CHESTER RD, BOXBOROUGH, MA 01719

11305    DANNEKER, JOHN A AND JOY W, C/O JOHN A DANNEKER, PO BOX 889, 22 PARADISE ISLAND, RINDGE, NH 03461-0889

11305    DANNEKER, JOHN A AND JOY W, C/O JOHN A DANNEKER, PO BOX 889, 27 PARADISE ISLAND, RINDGE, NH 03461

11305    DANNEKER, JOHN A AND JOY W, C/O JOHN A DANNEKER, PO BOX 889, 27 PARADISE ISLAND, RINDGE, NH 03461-0889

11305    DANNEKER, JOHN A, PO BOX 889, 27 PARADISE ISLAND, RINDGE, NH 03461-0889

11305    DANSDILL, RICHARD J, 735 HIGH PT DR, LAKE SAINT LOUIS, MO 63367

11305    DAP PRODUCTS INC DBA DAP INC, FINANCE DEPT, 2400 BOSTON ST #200, BALTIMORE, MD 21224

11305    DAPKIEWICZ, STEPHEN, 8 RICHARDSON RD, STONEHAM, MA 02180

11305    DARAMIC INC, ATTN JERRY GARFINKLE ESQUIRE, 4838 JENKINS AVE, NORTH CHARLESTON, SC 29405

11305    DARBY, CHARLES L, 206 DALE WOOD DR, SIMPSONVILLE, SC 29681

11305    DARKS, TYRONE P, ID #239667, PO BOX 97, MCALESTER, OK 74502

11305    DARKS, TYRONE PETER, #239667 PO BOX 97, MCALESTER, OK 74502

11305    DARKS, TYRONE PETER, #239667 TYRONE PETER DARKS, PO BOX 97, MCALESTER, OK 74502

11305    DAROVEC, JOHN, 2874 S ZURICH COURT, DENVER, CO 80236

11305    DARTEK COMPUTER SUPPLY, 175 AMBASSADOR DR, NAPERVILLE, IL 60540

11305    DATA DESIGN SERVICES, INC, 319 EXTON COMMONS, EXTON, PA 19341

11305    DATA DESTRUCTION, PO BOX 540, WINDHAM, NH 03087-0540

11305    DATACOM MARKETING, 1 CHESTNUT ST SUITE 91, NASHUA, NH 03060

11305    DATASTREAM SYSTEMS INC., 50 DATASTREAM PLAZA, GREENVILLE, SC 29605

11305    DATATECH COMMUNICATIONS, 178 WEST SERVICE ROAD, CHAMPLAIN, NY 12919

11305    DATA-TEL PUBLICATIONS, INC, 105 ROBIN HOOD DRIVE, SUITE 2, SWANTON, VT 05488

11305    DATAVISION-PROLOGIX, PO BOX 8500-6895, PHILADELPHIA, PA 19178-6895

11305    DAUGEBEAUX, EDISON, C/O EDISON DAUGEREAUX, 720 E PLAQUEMINE ST, CHURCH POINT, LA 70525

11305    DAUPHIN & RODGERS, 119 N. ROBINSON SUITE 650, OKLAHOMA CITY, OK 73102

11305    DAUSTAR, BRAD, 508 20TH AVENUE NE, MINNEAPOLIS, MN 55418

11305    DAVENPORT, ROBERT J, 3518 TULSA RD, BALTIMORE, MD 21207

11305    DAVEY, STEVEN W, 2705 WEDGE CT, ELLICOTT CITY, MD 21042

11305    DAVID ASHTON AND ASSOCIATES LL, 16 WEST HAMILTON ST, BALTIMORE, MD 21201

11305    DAVID CHILDS - TAX COLLECTOR, P.O. BOX 620088, DALLAS, TX 75262-0088

11305    DAVID L YUNICH DECEASED, ATTN: ESTATE OF DAVID L YUNICH, 111 CHURCH ST, WHITE PLAINS, NY 10601

11305    DAVID, VICTOR A, C/O VICTOR DAVID, 8414 KENTON CT, COLUMBIA, MD 21046

11305    DAVIDSON, JAMES, 683 ACM ROAD SOUTH, LIBBY, MT 59923

11305    DAVIDSON, KAREN LINDA, 5772 GARDEN GROVE BLVD #220, WESTMINSTER, CA 92683

11305    DAVIES SUPPLY COMPANY, 6601 WEST GRAND AVE, CHICAGO, IL 60707-2298

11305    DAVIES, WENDY, 14 E 96TH ST #5, NEW YORK, NY 10128

11305    DAVIESS COUNTY KENTUCKY, ATTN: ROBERT M KIRTLEY, DAVIESS COUNTY ATTORNEY, PO BOX 158, OWENSBORO, KY 42302

11305    DAVIS, BRICKLEY, 5706 LARCH ST, LAKE CHARLES, LA 70605

11305    DAVIS, CLARA W, 1641 EAST 1140 NORTH, LOGAN, UT 84341

11305    DAVIS, D BOYD, C/O D B DAVIS, 10714 MEADOW STABLE LN, UNION, KY 41091

11305    DAVIS, DANA M, 2902 ALDER POINT DR, ROSEVILLE, CA 95661

11305    DAVIS, DR JOHN ROBERT, 815 CHILDS STREET, CORINTH, MS 38834

11305    DAVIS, ELLEN MAE, PO BOX 907, MEDICAL LAKE, WA 99022-0907

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   DAVIS, FLOYD K, 9 UPSHUR AVE, ANNAPOLIS, MD 21403

11305   DAVIS, GRAHAM & STUBBS, SUITE 4700, 370 SEVENTEENTH ST, DENVER, CO 80201-0185

11305   DAVIS, HAROLD F, 4 BROOKING CT #201, TIMONIUM, MD 21093

11305   DAVIS, JAMES F, 7915 HWY 92, ENOREE, SC 29335

11305   DAVIS, JAMES FRANKLIN, 7915 HWY 92, ENOREE, SC 29335

11305   DAVIS, JOYCE, PO BOX 742, GARYSBURG, NC 27831

11305   DAVIS, KEVIN L, 1234 SILVERTHORNE RD, BALTIMORE, MD 21239

11305   DAVIS, LEASIL V, 1608 LIFESTYLE LN, OKLAHOMA CITY, OK 73127

11305   DAVIS, SAMUEL W, 3208 FOREST LODGE CT, GLEN ALLEN, VA 23060

11305   DAWN SCIENTIFIC, 164 EMMET ST., NEWARK, NJ 07114-2790

11305   DAY, DENNIS DALE, 280 RUSTIC ROAD, LIBBY, MT 59923

11305   DAY, JOSEPH P, 2530 NEEDLES CT, OWENSBORO, KY 42301

11305   DAY, LINDA JEAN, 280 RUSTIC ROAD, LIBBY, MT 59923

11305   DAY, MICHAEL DENNIS, 280 RUSTIC ROAD, LIBBY, MT 59923

11305   DAY, STEPHEN A, 25115 BROUGHTON LN, SPRING, TX 77373

11305   DAYTON FREIGHT LINES INC, PO BOX 340, VANDAILA, OH 45377-0340

11305   DAYTON WATER SYSTEMS, 1288 MCCOOK AVE., DAYTON, OH 45404-1099

11305   DAYTON, JONATHAN R, 421 NANCY AVE, LINTHICUM, MD 21090

11305   DC MOTOR & CONTROLS,INC, PO BOX 189, ROEBUCK, SC 29376

11305   DC SCIENTIFIC GLASS, PO BOX 1099, PASADENA, MD 21123

11305   DE CICCO, MICHAEL P, 8303 HARRIET LN, SEVERN, MD 21144

11305   DE LAGE LANDEN FINANCIAL TOKAI FINANCIAL, C/O DAVID J COOK ESQ SBC 060859, COOK PERKISS AND LEW PLC, 333 PINE ST 3RD FL, SAN FRANCISCO, CA 94104

11305   DE MAXIMIS INC, 301 GALLAHER VIEW RD, KNOXVILLE, TN 37919

11305   DEAD ON ARRIVAL PEST CONTROL SERV, 31 SUNSET COURT, TRAVELERS REST, SC 29690

11305   DEADY, JOANNE, 19 SEVERN RIVER RD, SEVERNA PARK, MD 21146

11305   DEAL, BETTY H, 463 CAROLINA DR, SPARTANBURG, SC 29306-4542

11305   DEAN JR, HOWARD LESLIE, RD 6 BOX 63, NEW CASTLE, PA 16101

11305   DEAN, CLAUD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   DEAN, JAMES L, 11403 SEQUOIA LN, BELTSVILLE, MD 20705

11305   DEAN, JAMES LEE, 11403 SEQUOIA LN, BELTSVILLE, MD 20705

11305   DEAN, LARRY GEORGE, RD1 BOX 1516, NEW CASTLE, PA 16105

11305   DEAN, MARY, 429 N 9TH ST #B, OLEAN, NY 14760

11305   DEARMAN, GINGER B, 147 SUNDAY DR, CHELSEA, AL 35043

11305   DEBARDELEBEN & ASSOCIATES INC, POST OFFICE BOX 530723, BIRMINGHAM, AL 35253

11305   DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIRCLE SOUTH, STE 310, SAN DIEGO, CA 92108

11305   DEBT ACQUISITION CO OF AMERICA V LLC, TRANSFEREE TO BAY INSULATION OF ILLINOIS, 1565 HOTEL CIRCLE SOUTH #310, SAN DIEGO, CA 92108

11305   DEBT ACQUISITION CO OF AMERICA V LLC, TRANSFEREE TO MP ENVIRONMENTAL SVCS INC, 1565 HOTEL CIRCLE SOUTH #310, SAN DIEGO, CA 92108

11305   DEBT ACQUISITION CO OF AMERICA V, LLC, TRASNFEREE TO HOSOKAWA MICRON POWDER SYST, 1565 HOTEL CIRCLE SOUTH #310, SAN DIEGO, CA 92108

11305   DEBT ACQUISITION COMPANY OF AMERICA VLLC, TRASFEREE TO INSTA-BULK INC, 1565 HOTEL CIRCLE SOUTH #310, SAN DIEGO, CA 92108

11305   DECA VIBRATOR, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   DECHART PRICE & RHOADS, 1717 ARCH ST, PHILADELPHIA, PA 19103-2793

11305   DECHERT PRICE & RHOADS, 477 MADISON AVE, NEW YORK, NY 10022

11305   DECICCO, MICHAEL P, C/O MICHAEL DECICCO, 8303 HARRIET LN, SEVERN, MD 21144

11305   DECKER JR, CHARLES F, W780 PUTTERS CIR, EAST TROY, WI 53120

11305   DECKER, RICHARD A, 6527 MONTANA AVE, HAMMOND, IN 46323

11305   DEDRICK, CRAIG, 2520 E LOYOLA DR, TEMPE, AZ 85282

11305   DEDRICK, KATHERINE M, 505 GRANITE AVE, LIBBY, MT 59923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    DEDRICK, LAICE R, 505 GRANITE AVE, LIBBY, MT 59923

11305    DEE, TONI L, 3700 MYKONES CT, BOCA RATON, FL 33487

11305    DEERING, RICHARD ADAM, 3822 3RD STREET NORTHEAST, COLUMBIA HEIGHTS, MN 55421

11305    DEFOREST ENTERPRISES INC, 6421 CONGRESS AVE #121, BOCA RATON, FL 33487

11305    DEGEORGE, MARK T, 11 MYRTLE ST, NORWOOD, MA 02062

11305    DEGRAFF, RICHARD A, 2647 BRUNSWICK CT, LISLE, IL 60532-3211

11305    DEHN, BERNARD L, 152 BARBARA RD, SEVERNA PARK, MD 21146

11305    DEITZ, PHILIP S, 2935 RIDGE RD, WINDSOR MILL, MD 21244

11305    DEKALB COUNTY GEORGIA, PO BOX 100004, DECATUR, GA 30031-7004

11305    DEKALB COUNTY GEORGIA, TREASURY & ACCOUNTING DIVISION, ATTN: CLAUDETTE GLAUDE, PO BOX 1088, DECATUR, GA 30031

11305    DEKKER, ROBERT, 16 RUSSELL ST, ARLINGTON, MA 02474

11305    DEL MAR ANALYTICAL, 2852 ALTON AVE., IRVINE, CA 92606

11305    DEL TACO INC, C/O RICHARD W ESTERKIN, MORGAN LEWIS & BOCKIUS LLP, 300 S GRAND AVE STE 2200, LOS ANGELES, CA 90071-3132

11305    DEL TACO RESTAURANTS, INC, 3901 ROSEWELL ROAD, SUITE 337, ROSWELL, GA 30062

11305    DELANEY, JOHN M, 1207 OBISPO AVE #207, LONG BEACH, CA 90804

11305    DELBRUGGE, TIMOTHY M, 3975 WHISPERING MEADOW DR, RANDALLSTOWN, MD 21133

11305    DELL DIRECT SALES CORP., DEPT. CH14012, AUSTIN, TX 78759-7299

11305    DELL FINANCIAL SERVICES INC, ATTN: CHARLES M SIMPSON, 14050 SUMMIT DRIVE, BLDG A SUITE 101, AUSTIN, TX 78728

11305    DELL MARKETING L.P., C/O DELL USA L.P., DEPT. CH 14012, PALATINE, IL 60055-4012

11305    DELL RECEIVABLES, LP, C/O MS SABRINA STREUSSAND, HUGHES & LUCE, LLP, 111 CONGRESS AVE STE 900, AUSTIN, TX 78701-4043

11305    DELLA, STEWART, 7978 CATHERINE AVE, PASADENA, MD 21122

11305    DELONG, ROBERT J, 13500 LA CRESTA DR, PIEDMONT, OK 73099

11305    DELTA AMERICAN CORPORATION - CULLIGAN, 7102 GREENWELL SPRINGS RD, BATON ROUGE, LA 70805

11305    DELTA CHEMICAL CORPORATION, 2601 CANNERY AVE, BALTIMORE, MD 21226-1595

11305    DELTA CONTROL, INC, PO BOX 13612, DAYTON, OH 45413

11305    DELTA PLASTICS, 6844 LA CUMBRE, ORANGE, CA 92869

11305    DELTA PLUMBING INC, KATHRYN A HELLER, C/O DRIEBE & DRIEBE, PO BOX 975, JONESBORO, GA 30237

11305    DELTA-P CORP. T/A CONTECH, DELTA-P CORP., PO BOX 920, GLEN BURNIE, MD 21060

11305    DEMENT, JOHN M, 629 MIDDLETON AVE, CARY, NC 27513

11305    DEMMA, DEBORAH K, 12543 MARTINGALE, LOCKPORT, IL 60441

11305    DEMPSEY, SEAN E, 50 ALLENDALE DR, RYE, NY 10580-2449

11305    DEMPSTER III, WILLIAM A, 18 CHAUTAUQUA AVE, NASHUA, NH 03064

11305    DENEGA, KATHERINE A, 214 PROSPECT PL APT 4-B, BROOKLYN, NY 11238

11305    DENEGA, KATHERINE A, 214 PROSPECT PL, BROOKLYN, NY 11238-3816

11305    DENEGA, KATHERINE A, C/O KATHERINE A DENEGA, 214 PROSPECT PL APT 4-B, BROOKLYN, NY 11238

11305    DENISSEN, MARIE F, 13150 DEANMAR DR, HIGHLAND, MD 20777

11305    DENNIS & CINDY ATKINSON, 80 SHARPTOWN RD., SWEDESBORO, NJ 08085

11305    DENNIS, CHRISTOPHER B, 729 E ANAPAMU ST UNIT B, SANTA BARBARA, CA 93103

11305    DENNIS, DONALD L, 546 PASTURE BROOK RD, SEVERN, MD 21144

11305    DENTON, DEAN, 2602 EDGEMERE AVE, BALTIMORE, MD 21219

11305    DENVER INSTRUMENT CO, 6542 FIG ST, ARVADA, CO 80004

11305    DEPARTAMENTO DE HACIENDA, PO BOX 1040, SAN JUAN, PR 00922PUERTO RICO

11305    DEPARTMENT OF REVENUE STATE OF MISSOURI, BOX 475, JEFFERSON CITY, MO 65105

11305    DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVIC, ROOM 1150, 31 HOPKINS PLAZA, BALTIMORE, MD 21201

11305    DEPARTMENT OF THE TREASURY INTERNAL, 31 HOPKINS PLAZA, ROOM 1150, BALTIMORE, MD 21201

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305 DEPARTMENT OF THE TREASURY-INTERNAL REVE, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD 21201

11305 DEPARTMENT OF TREASURY INTERNAL REVENUE, 31 HOPKINS PLAZA, ROOM 1120, BALTIMORE, MD 21201

11305 DEPAUW, MARK, 1338 JEFFERSON STREET NE, MINNEAPOLIS, MN 55418

11305 DEPT 56-1485550003, PO BOX 9020, DES MOINES, IA 50368-9020

11305 DEPT 82 - 0005742283, PO BOX 9020, DES MOINES, IA 50368-9020

11305 DEPT OF ASSESSMENTS AND,

11305 DEPT OF BUILDING AND SAFETY, 2319 DORRIS PLACE, LOS ANGELES, CA 90031-1083

11305 DEPT OF BUILDING AND SAFETY, 400 CITY HALL, LOS ANGELES, CA 90012-4869

11305 DEPT OF THE TREASURY - INTERNAL REVENUE, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD 21201

11305 DEPT OF THE TREASURY INTERNAL REVENUE, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD 21201

11305 DEPT OF THE TREASURY -INTERNAL REVENUE, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD 21201

11305 DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD 21201

11305 DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA, BALTIMORE, MD 21201

11305 DEPT OF THE TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201

11305 DEPT OF THE TREASURY-INTRNAL REVENUE, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD 21201

11305 DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201

11305 DER MUGRDITCHIAN, MARK, 75 DOVER DR, WHITINSVILLE, MA 01588

11305 DERDERIAN, PATRICIA A, 10 WAGON WHEEL DR, BEDFORD, MA 01730

11305 DEROSA LANDFILL MANAGEMENT, INC, 19 FORTUNE ROAD, WOBURN, MA 01801

11305 DEROUEN, DOROTHY M, 1402 LOURDES DR, SULPHUR, LA 70663

11305 DEROUEN, STEVEN C, 20161 CARL HOPPE RD, IOWA, LA 70647

11305 DERWENT NORTH AMERICA, 1725 DUKE ST, SUITE 250, ALEXANDRIA, VA 22314

11305 DESANDO, MICHAEL C, 490 OLD COUNTRY RD, WELLINGTON, FL 33414-4808

11305 DESOTO COUNTY TAX COLLECTOR, DESOTO COUNTY COURTHOUSE, 365 LOSHER STREET ROOM 110, HERNANDO, MS 38632

11305 DESPATCH INDUSTRIES, PO BOX 1320, MINNEAPOLIS, MN 55440

11305 DESSELLE-MAGGARD CORP, PO BOX 86630, BATON ROUGE, LA 70879-6630

11305 DESSYLAS, ANN A, 70-20 108 ST APT 8P, FOREST HILLS, NY 11375

11305 DEUTSCHE BANK/BANKERS TRUST COMPANY, FOUR ALBANY ST, NEW YORK, NY 10006

11305 DEVEAU, DAVID E, 5 MARSHVIEW TERR, REVERE, MA 02152

11305 DEVELOPMENTAL ENTERPRISES CORP, 333 EAST AIRY ST, NORRISTOWN, PA 19401-5043

11305 DEVILLE, VERONICA A, 2509 SMITH RD, LAKE CHARLES, LA 70607

11305 DEVINE, MARGARET A, 166-16 24 RD, WHITESTONE, NY 11357

11305 DEVOE, JOANNE M, 5016 HEATHERHILL LN APT 1, BOCA RATON, FL 33486

11305 DEVOE, JOANNE M, 5016 HEATHERHILL LN APT, BOCA RATON, FL 33486

11305 DEVRIES, JAY A, 860 W 20TH ST, UPLAND, CA 91784

11305 DEYOUNG, ANNE SIMS, 4111 W GEORGIA RD, PELZER, SC 29669

11305 DEZURIK, PO BOX 277882, ATLANTA, GA 30384-7882

11305 DIAGRAPH CORPORATION, 135 S LASALLE DEPT 1158, CHICAGO, IL 60674-1158

11305 DIAGRAPH CORPORATION, 135 S. LASALLE, DEPT 1158, CHICAGO, IL 60674-1158

11305 DIALOG CORPORATION, 2440 W. ELCAMINO REAL, SUITE 110, MOUNTAIN VIEW, CA 94040-1400

11305 DIALOG CORPORATION, PO BOX 532002, ATLANTA, GA 30353-2002

11305 DIAMOND, JOYCE M, 5091 K SPLENDIDO CT, BOYNTON BEACH, FL 33437

11305 DIANE S WILKINS, PO BOX 163, UNION, SC 29379

11305 DICK KEARSLEY SERVICE CTR INC, 520 S STATE ST, CLEARFIELD, UT 84015

11305 DICKENS, CALVIN B, 23 MONTAUK COURTS, PARKVILLE, MD 21234

11305 DICKENS, CALVIN B, 23 MONTAUK CT S, PARKVILLE, MD 21234

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  DICKENS, CALVIN B, 23 MONTAUK CT, PARKVILLE, MD 21234

11305  DICKENS, MARK B, 312 RAVEN RD, GREENVILLE, SC 29615

11305  DICKINSON WRIGHT PLLC, C/O MICHAEL C HAMMER ESQ, 500 WOODWARD AVE #4000, DETROIT, MI 48226

11305  DICKINSON WRIGHT PLLC, MICHAEL C HAMMER ESQ, 500 WOODWARD AVE #4000, DETROIT, MI 48226

11305  DICKSON SHERRILL, PATRICIA D, 70 4TH ST, CONCORD, NC 28027

11305  DICKSON, BARBARA L, 42 ELMHURST RD, ARLINGTON, MA 02474-6612

11305  DICKSTEIN, SHAPIRO & MORIN, 2101 L ST NW, WASHINGTON, DC 20037-1526

11305  DICTRONICS INC, 110 GOULD ST, PO BOX 920403, NEEDHAM, MA 02494

11305  DIETER, CAROLYN A, 593 ALOHA DR, LAKE HAVASU CITY, AZ 86406

11305  DIETZ, CHRISTOPHER, 5500 EDMONDSON AVE, BALTIMORE, MD 21229

11305  DIETZ, JOHN K, 8434 S KILPATRICK, CHICAGO, IL 60652

11305  DIETZ, SUSAN, 9 S 216 KEARNEY RD, DOWNERS GROVE, IL 60516

11305  DIFRANZA, PAUL A, 34 R WALTON ST, WAKEFIELD, MA 01880

11305  DIFRANZA, PAUL A, 34R WALTON ST, WAKEFIELD, MA 01880

11305  DIGENNARO, FRANCIS J, 101-B S BELLE GROVE RD, CATONSVILLE, MD 21228

11305  DIGIACOMO, FRANK, 2765 WINDHAM CT, DELRAY BEACH, FL 33445

11305  DIGIALLONARDO, LEWIS, 9811 XAVIER COURT, WESTMINSTER, CO 80031

11305  DIGIOVANNI, PETER, 92 CHERRY ST, MALDEN, MA 02148

11305  DIGITAL VIDEO EQUIPMENT COMPANY, 6210 NORTH ANDREWS AVE., FT. LAUDERDALE, FL 33309

11305  DIHMES, MARIE, 808 S EATON ST, BALTIMORE, MD 21224

11305  DILLARD II, JOHN, 4916 CRAWFORD DR, THE COLONY, TX 75055

11305  DILLES, HARRY L, 1661 LEVEL GREEN RD, BERKSHIRE, NY 13736

11305  DILLINGHAM-MANSON JOINT VENTURE, MANSON CONSTRUCTION, ATTN PRESIDENT, 5209 E MARGINAL WAY S, SEATTLE, WA 98124

11305  DILLON, BRANDON R, 7641 S. YAKIMA AVENUE, TACOMA, WA 98408

11305  DILLON, JERRI L, 7641 S. YAKIMA AVENUE, TACOMA, WA 98408

11305  DILLON, NICHOLAS S, 7641 S. YAKIMA AVENUE, TACOMA, WA 98408

11305  DILLON, SHAWN T, 7641 S. YAKIMA AVENUE, TACOMA, WA 98408

11305  DILLON, SHAWN, C/O DARRELL W SCOTT, 710 W SPRAGUE AVE STE 1600, SPOKANE, WA 99201

11305  DILLS, GARY CLYDE, 840 UNION SCHOOL RD, MC BEE, SC 29101

11305  DINUZZO, SANDRA, 15 GREEN ST, DANVERS, MA 01923

11305  DION CHEMICAL CORPORATION, 3724 N GRAYHAWK LOOP, LECANTO, FL 34461-8469

11305  DIONEX CORPORATION, PO BOX 3603, SUNNYVALE, CA 94088

11305  DIRECTIONAL PUBLISHING, 2616 COMMERCE BLVD, BIRMINGHAM, AL 35210-1212

11305  DIRECTOR OF FINANCE, PO BOX 64502, BALTIMORE, MD 21202

11305  DIRECTV, PO BOX 100746, PASADENA, CA 91189-0746

11305  DISCOUNT PROPANE, 546 S SHELL ROAD, DEBARY, FL 32713

11305  DISHONG, GAY E, C/O WINNIE R DISHONG, 816 CRAFT ST, LAKE CHARLES, LA 70601

11305  DISTASIO, LAURA M, 51 NEWLAND RD, ARLINGTON, MA 02474

11305  DIVINE, INC, 1301 N. ELSTON AVE, CHICAGO, IL 60622

11305  DIXON, DAVID, 5429 PEMBROKE AVE, BALTIMORE, MD 21206

11305  DIZON, BRIAN DEXTER G, 8827 N 67TH LN, PEORIA, AZ 85345

11305  DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022

11305  DOCKMAN, WILLIAM C, 1517 JEFFERS RD, TOWSON, MD 21204

11305  DODRILL, DONNA R, 116 WITTON DALE LN, PASADENA, MD 21122

11305  DODRILL, GARY L, 7906 PEPPERBOX LN, PASADENA, MD 21122

11305  DOETZL, FRANK, 8462 METTEE DR, LENEXA, KS 66219-2073

11305  DOFELMIRE, CYNTHIA MARIE, 4435 CHAMPION HAUL ROAD, LIBBY, MT 59923

11305  DOFELMIRE, MARY ELIZABETH, 4435 CHAMPION HAUL ROAD, LIBBY, MT 59923

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | DOHLER, VINCE, 7822 OVERHILL RD, GLEN BURNIE, MD 21060 | |
| 11305 | DOIRON, MARK A, 708 W HALE, LAKE CHARLES, LA 70601-8320 | |
| 11305 | DOLANSKY, RONALD, 4917 S LOCKWOOD, CHICAGO, IL 60638 | |
| 11305 | DOLCE, GREGORY M, 428 HOWARD MANOR DR, GLEN BURNIE, MD 21060 | |
| 11305 | DOLHERT, LEONARD, 13324 ELLIOTT DR, CLARKSVILLE, MD 21029 | |
| 11305 | DOMBROSKI, THOMAS F, 1209 CAMPBELL, DETROIT, MI 48209 | |
| 11305 | DOMBROWSKI, LEONARD J, 11812 N MAGOUN DR, SAINT JOHN, IN 46373 | |
| 11305 | DOMINE, ED, 4511 POND CIR, PLAINFIELD, IL 60544-7538 | |
| 11305 | DOMINIK, DENCH B, 51-24 REEDER ST, ELMHURST, NY 11373 | |
| 11305 | DOMINION VIRGINIA POWER, PO BOX 26543, RICHMOND, VA 23290-0001 | |
| 11305 | DOMKE, KENNETH J, 16202 S HOMAN, MARKHAM, IL 60426 | |
| 11305 | DOMNERN SOMGIAT & BOONMA LAW OFFICE LIMI, 719 SI PHYA RD, BANGKOK, 10500THAILAND | *VIA Deutsche Post* |
| 11305 | DON JOHNS INC., 1312 WEST LAKE ST, CHICAGO, IL 60607-1590 | |
| 11305 | DON WAN FLORIST INC, 5644 WEST 63RD ST, CHICAGO, IL 60638 | |
| 11305 | DONAHUE, JOHN P, #100 BUNKER HILL RD, PO BOX 177, REVERE, PA 18953 | |
| 11305 | DONCASTER, FRANCIS R, 27 JOSEPHINE AVE, SOMERVILLE, MA 02144 | |
| 11305 | DONDERO, ANTHONY J, 415 ST IVES DR, SEVERNA PARK, MD 21146 | |
| 11305 | DONNELLY & DUNCAN INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 | |
| 11305 | DONOHUE, SABO, VARLEY & ARMSTRONG, 18 COMPUTER DRIVE EAST, ALBANY, NY 12212-5056 | |
| 11305 | DONOVAN JR, JEFFREY R, 2801 POULIOT PL, WILMINGTON, MA 01887 | |
| 11305 | DONS DIESEL SERVICE INC, PO BOX 2438, HILLSBORO, MO 63050 | |
| 11305 | DORE, BRENNA L, 610 W CLAUDE, LAKE CHARLES, LA 70605 | |
| 11305 | DORE, STEVEN, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | DOREGO, MARGARET T, 11323 LONG HILL CT, SPRING HILL, FL 34609-9135 | |
| 11305 | DORN SPRINKLER CO, 4120 DUMONT ST, CINCINNATI, OH 45226-1604 | |
| 11305 | DORN, CRAIG A, 30 MOUNTAIN RIDGE, COVINGTON, GA 30016 | |
| 11305 | DORNBURG, PAUL E, 1307 SAINT ANN ST, OWENSBORO, KY 42303 | |
| 11305 | DORNEKER, ROBERT JOSEPH, 1312 MARENGO AVE, FOREST PARK, IL 60130 | |
| 11305 | DORR, ANDREW, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | DORRINGTON, WILLIAM A, 403 MINERAL AVENUE, LIBBY, MT 59923 | |
| 11305 | DORSEY & WHITNEY LLP, PO BOX 1680, MINNEAPOLIS, MN 55480-1680 | |
| 11305 | DORSEY JR, JAMES T, C/O JAMES DORSEY, 17458 ORANGE ST, HESPERIA, CA 92345 | |
| 11305 | DOT RAIL SERVICE OF INDIANA INC, PO BOX 361, LA SALLE, IL 61301 | |
| 11305 | DOTY, MARGUERITE F, 40 SHERMAN ST, CAMBRIDGE, MA 02138 | |
| 11305 | DOUBEK, GARY DEAN, PO BOX 222, LIBBY, MT 59923 | |
| 11305 | DOUBEK, JOEL ANTHONY, 276 VICKS LN, LIBBY, MT 59923 | |
| 11305 | DOUBEK, MARY B, 131 WOODLAND ROAD, LIBBY, MT 59923 | |
| 11305 | DOUBEK, SANDRA LYNN, BOX 222, LIBBY, MT 59923 | |
| 11305 | DOUCET, L J, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | DOUCETTE, MARSHA B, 8 SOUTH ST, WILMINGTON, MA 01887 | |
| 11305 | DOUET, KIM, 329 GAUTHIER ST, SAINT MARTINVILLE, LA 70582 | |
| 11305 | DOUGAL, DONALD R, APARTADO 2039-4050, ALAJUELA, COSTA RICA | *VIA Deutsche Post* |
| 11305 | DOUGAL, INGRID C, APARTADO 2039-4050, ALAJUELA, COSTA RICA | *VIA Deutsche Post* |
| 11305 | DOUGAL, ROBERT AND INGRID, APARTADO 2039-4050, ALAJUELA, COSTA RICA | *VIA Deutsche Post* |
| 11305 | DOUGAN, TIMOTHY J, 421 EDGEWATER RD, PASADENA, MD 21122 | |
| 11305 | DOUGLAS COUNTY TREASURER, PO BOX 1208, 100 THIRD ST SUITE 120, CASTLE ROCK, CO 80104 | |
| 11305 | DOUGLAS ELECTRIC COMPANY, 759 GROVE, WYANDOTTE, MI 48192 | |
| 11305 | DOUGLAS TECHNICAL SERVICES, 9 EASTERN LN, NEW MILFORD, CT 06776 | |
| 11305 | DOVE DATA PRODUCTS INC., PO BOX 6106, FLORENCE, SC 29502 | |
| 11305 | DOW CHEMICAL COMPANY, THE, ATTN: KIM F. TYSON, 400 W SAM HOUSTON PKWY S, HOUSTON, TX 77042-1299 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    DOW CORNING CORPORATION, ATTN: KATHALEEN M SMITH, PO BOX 994, MAIL # CO 1242, MIDLAND, MI 48686-0994

11305    DOW CORNING CORPORATION, C/O MS KATHALEEN M SMITH, PO BOX 994 MAIL # CO 1242, MIDLAND, MI 48686-0994

11305    DOWDEN, JANET M, 7391 OLSEN RD, SULPHUR, LA 70665

11305    DOWELL, JANE E, 8217 WATER LILY WAY, LAUREL, MD 20724

11305    DOWJONES & CO, ATTN FACTIVA CREDIT MANAGER, PO BOX 300, PRINCETON, NJ 08543

11305    DOWLING, JOSEPH K, 1007 134TH ST E, BRADENTON, FL 34212

11305    DOWNEY, BRENDAN, 30 SUMMIT AVE - UNIT 1, ATTN BRENDAN DOWNEY, BROOKLINE, MA 02446

11305    DOYLE, CYNTHIA J, 127 MADISON AVE, ARLINGTON, MA 02474-2525

11305    DOYLE, JAMES A, 8842 EATONWICK FAIRWAY, CORDOVA, TN 38016

11305    DOYLE, JEFFREY, 26 DIVISION ST, MALDEN, MA 02148

11305    DOYLE, ROBERT B, 15 BEAVER BROOK RD, BURLINGTON, MA 01803-1203

11305    DOYLE, ROSEMARY, 26 DIVISION ST, MALDEN, MA 02148

11305    DRAGO SUPPLY COMPANY INC, PO BOX 1647, PORT ARTHUR, TX 77641-1647

11305    DRAKE HAMMOND & ASSOCIATES, 9457 S UNIVERSITY STE 178, HIGHLANDS RANCH, CO 80126

11305    DRAKE, FREDRICK MARSHALL, 158 FOREST AVENUE, LIBBY, MT 59923

11305    DRAKE, HEIDI MARIA, 158 FOREST AVENUE, LIBBY, MT 59923

11305    DRAKE, WILLIAM HOWARD, 709 MCCASKILL AVE, MAXTON, NC 28364

11305    DRATLER, ROBERT L, 5960 S LAND PARK DR, SACRAMENTO, CA 95822

11305    DREW CHEMICAL, PO BOX 371709M, PITTSBURGH, PA 15251

11305    DREW ELECTRIC CO. INC., 18 COPELAND ST, QUINCY, MA 02169

11305    DREXELBROOK ENGINEERING CO., 205 KEITH VALLEY ROAD, HORSHAM, PA 19044

11305    DREYCO MECHANICAL SERVICES INC, 10250 LA PORTE FREEWAY, HOUSTON, TX 77017

11305    DRISCOLL, KURT ALLEN, 4539 175TH AVE NW, ANDOVER, MN 55304

11305    DRISCOLL, MARY E, 7 PARK ST, LEXINGTON, MA 02421

11305    DRISCOLL, RITA MARGARET, 4539 175TH AVE NW, ANDOVER, MN 55304

11305    DRS GEHLERT, CARTER & FISHER, PA, 4710 PENNINGTON AVE., BALTIMORE, MD 21226-1444

11305    DRUMMING, DAVID, 1114 ABBEVILLE AVE NW, AIKEN, SC 29801

11305    DUARTE, CATHERINE J, 127 SCITUATE ST, ARLINGTON, MA 02476

11305    DUARTE, MARY R, 127 SCITUATE ST, ARLINGTON, MA 02476

11305    DUBE, BARBARA A, 10604 PINEADA CIR, BOYNTON BEACH, FL 33436

11305    DUBLER, DOUGLAS JAMES, 1486 HIWAY 2 SOUTH PO BOX 1268, LIBBY, MT 59923

11305    DUBONY, BURTON S, 14931 KIMBERLEY, HOUSTON, TX 77079

11305    DUCKWORTH, CLARENCE B, 448 EVANS ST, HEFLIN, AL 36264

11305    DUCKWORTH, CLARENCE BRADLEY, 448 EVANS STREET, HEFLIN, AL 36264

11305    DUCKWORTH, VICTORIA ANN, 4104 NW 21ST DRIVE, GAINESVILLE, FL 32605

11305    DUDA, RONNIE R, 6100 SEFTON AVE, BALTIMORE, MD 21214-1843

11305    DUDLEY, HUBERT T, 10 PRANCING RD, CHELMSFORD, MA 01824

11305    DUDLEY, JOHN A, 5 RUM ROW CT, SALEM, SC 29676-4114

11305    DUECKER, HEYMAN C, 3612 WATERFORD, RICHMOND, IN 47374

11305    DUFFER, WILLIAM H, 1721 S POST OAK RD, SULPHUR, LA 70663

11305    DUFFY, EDWARD W, 3338 HIGHLANDS BRIDGE RD, SARASOTA, FL 34235

11305    DUFFY, KATHLEEN M, 66 WELTON DR, PLYMOUTH, MA 02360

11305    DUFFY, KEVIN C, 904 BRENTWOOD WAY, SIMPSONVILLE, SC 29680

11305    DUFRESNE, STEVEN W, 15830 WILSON PARRISH RD, UMATILLA, FL 32784

11305    DUFRESNE, STEVEN WILDFRID, 15830 WILSON PARRISH ROAD, UMATILLA, FL 32784

11305    DUGAN, ALFRED F, BOX 299, MADISON, CT 06443

11305    DUGAS, BRENDA L, 538 LORI LN, SULPHUR, LA 70665

11305    DUGGAN, JOHN C, 2871 N OCEAN BLVD APT V563, BOCA RATON, FL 33431

11305    DUGGAN, ROBERT L, 4221 BAIRD ST, SARASOTA, FL 34232

11305    DUHON, CORY J, C/O CORY DUHON, 2523 JAYSON ST, SULPHUR, LA 70663

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   DUHON, LESTER, 1419 ERIKA DR, IOWA, LA 70647

11305   DUKE ENERGY CORPORATION, PO BOX 1244, CHARLOTTE, NC 28201-1244

11305   DUKE, SAMUEL C, 537 N JAY, GRIFFITH, IN 46319

11305   DUKES, AUSTIN, 3716 N MCINTOSH RD, DOVER, FL 33527

11305   DUN & BRADSTREET, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305   DUN & BRADSTREET, PO BOX 75542, CHICAGO, IL 60675-5542

11305   DUNBAR ARMORED, INC, 7675 CANTON CENTER DR., PO BOX 333, BALTIMORE, MD 21203-0333

11305   DUNBAR, KERON D, 494 CROFT MILL RD, AIKEN, SC 29801

11305   DUNCAN JR, JOHN, 4178 CROSS KEYS HWY, UNION, SC 29379

11305   DUNCAN JR, WILLIAM A, 28 HAMPTON RD, N LINTHICUM, MD 21090

11305   DUNCAN, COLITA H, 5955 HWY 1389, OWENSBORO, KY 42303

11305   DUNCAN, DONNA, 5317 N. DRURY ROAD, OTIS ORCHARDS, WA 99027

11305   DUNCAN, LARRY K, 3506 OAK KNOLL DR, CHATTANOOGA, TN 37415

11305   DUNCAN, MARIE R, 1953 HOBBITON RD, BATON ROUGE, LA 70810

11305   DUNCAN, MAURICE, 1412 S CHICAGO ST, JOLIET, IL 60436-2911

11305   DUNEVANT, DAVID F, 7321 HOLABIRD AVE, BALTIMORE, MD 21222

11305   DUNHAM, SHARON L, 3419 PINE DR, SULPHUR, LA 70663

11305   DUNLAP INC, PO BOX 26014, GREENVILLE, SC 29616

11305   DUNN, DEBORAH A, 5310 WOODBINE RD, WOODBINE, MD 21797

11305   DUNN, MICHAEL P, 8116 NW 128 PL, OKLAHOMA CITY, OK 73142

11305   DUNNE-BUCKNER, BARBARA ELLEN, 39985 1/2 OLD HWY 80, BOULEVARD, CA 91905

11305   DUNNOCK, PERCY M, 6507 HOPETON AVE, BALTIMORE, MD 21215

11305   DUPONT DOW ELASTOMERS LLC, ATTN ERIN FERVCK, 300 BELLEVUE PKWY #300, WILMINGTON, DE 19809

11305   DUPUIS, ROLAND, 1841 NW 2ND AVE, POMPANO BEACH, FL 33060

11305   DUQUETTE, DONALD J, 30 CLIFTON ST APT 2, CAMBRIDGE, MA 02140

11305   DUQUETTE, MARIE T, 30 CLIFTON ST APT 2, CAMBRIDGE, MA 02140

11305   DURALECTRA INC, 61 NORTH AVE, NATICK, MA 01760

11305   DURAVALVE INC, 2331 EASTERN AVE, ATTN DOMENIC IPPOLITO, ELK GROVE VILLAGE, IL 60007

11305   DURBIN, LYNNE M, 307 W WIND RD, BALTIMORE, MD 21204

11305   DURHAM, JAYCEE L, 4713 W 5TH ST RD, OWENSBORO, KY 42301

11305   DURKAN, CIARA MARY, 404 ROYALTON ROAD, SILVER SPRING, MD 20901

11305   DURKIN, DEBORAH ANNE, 1163 HAGUE AVENUE, SAINT PAUL, MN 55104

11305   DURR MARKETING ASSOCIATES INC, PO BOX 17600, PITTSBURGH, PA 15235

11305   DURRETT SHEPPARD STEEL CO INC, 6800 E BALTIMORE ST, BALTIMORE, MD 21224

11305   DUTTON, MERRITT EUGENE, BOX 1244, LIBBY, MT 59923

11305   DUTTON, STEPHEN, 10 GLADE AVE, BALTIMORE, MD 21236

11305   DUTTON, WALTER R, 17348 OLD FREDERICK RD, MOUNT AIRY, MD 21771

11305   DWYER INSTRUMENTS, INC, PO BOX 338, MICHIGAN CITY, IN 46361

11305   DWYER INSTRUMENTS, INC, PO BOX 373, MICHIGAN CITY, IN 46360

11305   DYE SPECIALTIES INC, PO BOX 4130, JERSEY CITY, NJ 07304

11305   DYER, STEPHEN M, 1122 NEPTUNE PL, ANNAPOLIS, MD 21401

11305   DYNALECTRIC COMPANY, PO BOX 747, 300 WALNUT ST, OWENSBORO, KY 42302

11305   DYNAMIC CONTROL SYSTEMS LTD, 1320 STONY BROOK ROAD STE 208, STONY BROOK, NY 11790

11305   DYNAMIC PUMP & PROCESS NKA ANDERSON PUMP & P, C/O ANDERSON PUMP & PROCESS, PO BOX 523, BROOKFIELD, WI 53008-0523

11305   DYNAMIC PUMP & PROCESS NOW ANDERSON PUMP, C/O ANDERSON PUMP & PROCESS, PO BOX 523, BROOKFIELD, WI 53008-0523

11305   DZIOBA, KENNETH L, POB 260, 2212 QUEEN ANNE AVE N, SEATTLE, WA 98109

11305   E J BROOKS CO, PO BOX 15018, NEWARK, NJ 07107

11305   E J GAISSER INC, 49 LIBERTY PLACE, STAMFORD, CT 06902

11305   E J VARHOLY & SONS INC, PO BOX 430, GLEN BURNIE, MD 21060-0430

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    E PRIME, INC, DEPT. 265, DENVER, CO 80291-0265

11305    E ROOM TECHNOLOGY INC., 725 CONCORD AVE, CAMBRIDGE, MA 02138

11305    E T HORN COMPANY, 16141 HERON AVE, LA MIRADA, CA 90638

11305    E. CHICAGO SANITARY DISTRICT, PO BOX 423, EAST CHICAGO, IN 46312

11305    EA ENGINEERING, SCIENCE & TECHNOLOGIES, INC., PO BOX 630921, BALTIMORE, MD 21263-0921

11305    EAGLE CONSULTING, 6683 COLDSTREAM DRIVE WEST, NEW MARKET, MD 81774

11305    EAGLE ELECTRIC MACHINERY, PO BOX 1053, SULPHUR, LA 70664

11305    EAGLE ELECTRIC, PO BOX 870, LYNN, MA 01903-1070

11305    EAGLE ENGINEERING CORP., 8869 CITATION RD., BALTIMORE, MD 21221

11305    EAGLE ENVIRONMENTAL CO, 3653 WOODHEAD DR, NORTHBROOK, IL 60062-1816

11305    EAGLE EXTERMINATING CO, PO BOX 1575, MOUNT DORA, FL 32756

11305    EAGLE RESTORATION & CONTRACTING INC, 23 SEA VIEW AVE, WINTHROP, MA 02152

11305    EAGLE-CORDELL CONCRETE PRODUCTS, PO BOX 846233, DALLAS, TX 75284-6233

11305    EAGLES PEAK, BOX 195, FOUNTAINVILLE, PA 18923

11305    EAGLESON, RUPERT H, 1030 14TH ST, LAKE CHARLES, LA 70601

11305    EASLEY, MS GERTRUDE E, 6320 LANSDALE CIR, TAMPA, FL 33616

11305    EASON JR, WALTER E, HEARTLANDS W-110, 3004 NORTH RIDGE RD, ELLICOTT CITY, MD 21043

11305    EASON, RICHARD K, 1817 BENEDICT RD, WESTMINSTER, MD 21157

11305    EAST BATON ROUGE PARISH SCHOOL BOARD, 1050 SOUTH FOSTER DRIVE, BATON ROUGE, LA 70806

11305    EAST, EARL J, 201 GLADEAU LANDRY RD, SULPHUR, LA 70665

11305    EASTERN BEARINGS INC, PO BOX 647, WALTHAM, MA 02254-0647

11305    EASTERN CONTROLS INC, PO BOX 8000, DEPT. 730, BUFFALO, NY 14267

11305    EASTERN LIFT TRUCK CO INC, PO BOX 307, MAPLE SHADE, NJ 08052

11305    EASTERN MICROFILM CORPORATION, 1212 CONESTOGA CT, MOUNT AIRY, MD 21771

11305    EASTERN REHABILITATION NETWORK, PO BOX 32055, HARTFORD, CT 06150-2055

11305    EASTMAN, PAUL BURRELL, 7278 WEST SUNSET MOUNTAIN DRIVE, TUCSON, AZ 85743

11305    EASTRIDGE, CAROL S, PO BOX 403837, HESPERIA, CA 92340

11305    EATON, LANNY J, 7 STONER DR, VALPARAISO, IN 46385

11305    EBELHAR, TERRENCE C, 5600 HWY 56, OWENSBORO, KY 42301

11305    EBERLINE SERVICES, PO BOX 846001, BOSTON, MA 02284-6001

11305    EBERLINE, PO BOX 2108, SANTA FE, NM 87504-2108

11305    EBERSOLE, DONALD R, 7616 HWY 1133, SULPHUR, LA 70665

11305    EBKENS, BERNARD E, 1400 BELT ST, BALTIMORE, MD 21230

11305    EBMUD, PAYMENT CENTER, OAKLAND, CA 94649-0001

11305    EBSCO SUBSCRIPTION SERVICES, 1163 SHREWSBURY AVE., STE. E, SHREWSBURY, NJ 07702-4321

11305    EBSCO, 1163 SHREWSBURY AVE, SHREWSBURY, NJ 07702-4321

11305    ECCLES, BONNIE JOYCE, 214 N SIXTH, CHENEY, WA 99004

11305    ECKART III, JAMES A, 1746 INDIAN CT, HAMPSTEAD, MD 21074

11305    ECKHARDT, RICHARD J, 1003 TERRACE CT, HAMPSTEAD, MD 21074

11305    ECLIPSE COMBUSTION TEC, 2699 LEE ROAD, SUITE 512, WINTER PARK, FL 32789

11305    ECLIPSE VIDEO SERVICES INC., 95 HARVEY ST, CAMBRIDGE, MA 02140

11305    ECOLAB, INC, PO BOX 905327, 905327, CHARLOTTE, NC 28290-5327

11305    ECOLAB, PO BOX 6007, GRAND FORKS, ND 58206-6007

11305    ECOM AMERICA LTD, 1628 OAKBROOK DR, GAINESVILLE, GA 30507

11305    EDDIE, DARRELL R, 1434 S SANDSTONE ST, GILBERT, AZ 85296

11305    EDGE, JOHN D, 9950 ST LAWRENCE SPUR, PHILPOT, KY 42366

11305    EDINGTON, JACQUELINE L, 7713 BEECH AVE, HAMMOND, IN 46324

11305    EDLEN ELECTRICAL EXHIBITION, 11483 ROCKET BLVD, ORLANDO, FL 32824

11305    EDMONDS, MARVIN F, 201 TOAL RD, ENOREE, SC 29335

11305    EDMONDS, MARVIN FLOYD, 201 TOAL ROAD, ENOREE, SC 29335

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | EDMONTON PUBLIC SCHOOLS, ADMINISTRATION BUILDING 10010 107A AVENUE, EDMONTON, AB T5J1J2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, ALLENDALE - 6415 106 STREET, EDMONTON, AB T6H2V5CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, ARGYLL SCHOOL - 8540 69 AVENUE, EDMONTON, AB T6E0R6CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, AVALON SCHOOL - 5425 114 STREET, EDMONTON, AB T6H3M1CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, AVONMORE SCHOOL 7340 78TH STREET, EDMONTON, AB T6C2N1CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, BELGRAVIA SCHOOL 11605 74TH AVENUE, EDMONTON, AB T6G0G1CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, BELLEVUE SCHOOL 11515 71 STREET, EDMONTON, AB T5B1W1CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, BENNETT CENTER 9703 94TH STREET, EDMONTON, AB T5B1W1CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, BONNIE DOON SCHOOL 8205 90TH AVENUE, EDMONTON, AB T6C1N8CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, BRITANNIA SCHOOL 16018 104TH AVENUE, EDMONTON, AB T5P0S3CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, CRESTWOOD SCHOOL 9735 144TH STREET, EDMONTON, AB T5N2T3CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, DELTON SCHOOL 12126 89TH STREET, EDMONTON, AB T5B3W4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, DELWOOD SCHOOL 7315 DELWOOD ROAD, EDMONTON, AB T5C3A9CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, DONNAN SCHOOL 7803 87TH STREET, EDMONTON, AB T6C3G6CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, DS MACKENZIE 4020 106TH STREET, EDMONTON, AB T6J1A6CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, EASTGLEN SCHOOL 11430 68TH STREET, EDMONTON, AB T5B1P1CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, ELLERSLIE SCHOOL 521 66 STREET, EDMONTON, AB T5B2S9CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, FOREST HEIGHTS SCHOOL 10304 81 STREET, EDMONTON, AB T6A3X4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, GARNEAU SCHOOL 10925 87 AVENUE, EDMONTON, AB T6G0X4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, GLENORA SCHOOL 13520 102 AVENUE, EDMONTON, AB T5N0N7CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, HA GARY SCHOOL 12140 103 STREET, EDMONTON, AB T5G2J9CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, HARDISTY SCHOOL, EDMONTON, AB T6A2M3CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, HARRY AINLAY SCHOOL 4350 111 STREET, EDMONTON, AB T6J1E8CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, HIGHLANDS SCHOOL 11509 62 STREET, EDMONTON, AB T6W4C2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, JA FIFE SCHOOL 15004 76 STREET, EDMONTON, AB T6C1C2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, JASPER PLACE SCHOOL 8950 163 STREET, EDMONTON, AB T5R2P2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, KING EDWARD SCHOOL 8530 101 STREET, EDMONTON, AB T6E3Z5CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, LAUDERDALE SCHOOL 10610 129 AVENUE, EDMONTON, AB T5E4V6CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, LONDONDERRY SCHOOL 7104 144 AVENUE, EDMONTON, AB T5C2R4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, LY CAIRNS SCHOOL 10510 45 AVENUE, EDMONTON, AB T6H0A1CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, MCKERNAN SCHOOL 11330 76 AVENEUE, EDMONTON, AB T6G0K1CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | EDMONTON PUBLIC SCHOOLS, MCNALLY SCHOOL 8440 105 AVENUE, EDMONTON, AB T6A1B6CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, MCQUEEN SCHOOL 14425 MCQUEEN ROAD, EDMONTON, AB T5N3L3CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, ME LAZERTE SCHOOL 6804 144 AVENUE, EDMONTON, AB T5C3C7CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, MILL CREEK SCHOOL 9750 74 AVENUE, EDMONTON, AB T6E1E8CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, MONTROSE SCHOOL 11931 62 STREET, EDMONTON, AB T5W4C7CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, MOUNT PLEASANT SCHOOL 10541 60A AVENUE, EDMONTON, AB T6H1K4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, MOUNT ROYAL SCHOOL 11303 55 STREET, EDMONTON, AB T5W3P6CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, NEWTON SCHOOL 5523 122 AVENUE, EDMONTON, AB T5W1S3CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, NORTH EDMONTON SCHOOL 6920 128 AVENUE, EDMONTON, AB T5C1S7CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, PARKALLEN SCHOOL 6703 112 STREET, EDMONTON, AB T6H3J9CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, PARKVIEW SCHOOL 14313 92 STREET, EDMONTON, AB T5R3B3CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, PRINCE CHARLES SCHOOL 12323 127 STREET, EDMONTON, AB T5L0Z9CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, PRINCE RUPERT SCHOOL 11515 113 AVENUE, EDMONTON, AB T5G0J3CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, PRINCETON SCHOOL 7720 130 AVENUE, EDMONTON, AB T5C1Y2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, QUEEN ALEXANDRA SCHOOL 7730 106 STREET, EDMONTON, AB T6G0X4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, QUEEN ELIZABETH SCHOOL 9425 132 AVENUE, EDMONTON, AB T5E0Y4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, RITCHIE SCHOOL 9750 74 AVENUE, EDMONTON, AB T6J1T4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, ROSS SHEPPARD SCHOOL 13546 111 AVENUE, EDMONTON, AB T5M2P2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, RUTHERFORD SCHOOL 8620 91 STREET, EDMONTON, AB T6C3N2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, SHERBROOKE SCHOOL 12245 131 STREET, EDMONTON, AB T5L1M8CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, SPRUCE AVENUE SCHOOL 11424 102 STREET, EDMONTON, AB T5G2E7CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, STEELE HEIGHTS SCHOOL 14607 59 STREET, EDMONTON, AB T5A1Y3CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, STRATHCONA SCHOOL 10450 72 AVENUE, EDMONTON, AB T6E0Z6CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, STRATHEARN SCHOOL 8728 93 AVENUE, EDMONTON, AB T6C1T8CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, VICTORIA SCHOOL 10210 108 AVENUE, EDMONTON, AB T5H1A8CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, WELLINGTON SCHOOL 13160 127 STREET, EDMONTON, AB T5L1B2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, WESTLAWN SCHOOL 9250 165 STREET, EDMONTON, AB T5L1B2CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, WESTMINISTER SCHOOL 13712 104 AVENUE, EDMONTON, AB T5N0W4CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, WESTROOK SCHOOL 11915-40 AVENUE, EDMONTON, AB T6J0S1CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, WINTERBURN SCHOOL 9527 WINTERBURN ROAD, EDMONTON, AB T0E2N0CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | EDMONTON PUBLIC SCHOOLS, WOODCROFT SCHOOL 13750 WOODCROFT AVENUE, EDMONTON, AB T5T5X9CANADA | *VIA Deutsche Post* |
| 11305 | EDMONTON PUBLIC SCHOOLS, WP WAGNER SCHOOL 6310 WAGNER ROAD, EDMONTON, AB T6E4N5CANADA | *VIA Deutsche Post* |
| 11305 | EDOUARD, KAREN S, PO BOX 6123, DELRAY BEACH, FL 33482-6123 | |
| 11305 | EDWARD T WOODRUFF INC, 31283 SATINLEAF RUN, BROOKSVILLE, FL 34602 | |
| 11305 | EDWARDS HIGH VACUUM, INC, PO BOX 22272, ROCHESTER, NY 14763 | |
| 11305 | EDWARDS TECHNICAL SALES CO INC, 4335 STEVE REYNOLDS BLVD, NORCROSS, GA 30093 | |
| 11305 | EDWARDS, AARON C, 1221 MCKINNEY #4550, HOUSTON, TX 77010 | |
| 11305 | EDWARDS, ALLISON T, 913 TRESSLER LN, SULPHUR, LA 70663 | |
| 11305 | EDWARDS, DRUCILLA E, 115 CLIFTON ST APT 8, CAMBRIDGE, MA 02140 | |
| 11305 | EDWARDS, DRUCILLA E, C/O DRUCILLA EDWARDS, 115 CLIFTON ST APT 8, CAMBRIDGE, MA 02140 | |
| 11305 | EDWARDS, JAMES C, 34 STONEWAY PL, BALTIMORE, MD 21236 | |
| 11305 | EDWARDS, JAMES, 2967 CLAREMONT STREET, DENVER, CO 80207 | |
| 11305 | EDWARDS, KATHRYN B, C/O KATHRYN EDWARDS, 609 VALLEY LN, TOWSON, MD 21286-7313 | |
| 11305 | EDWARDS, ROSE A, 37 CIMARON CIR, PELZER, SC 29669 | |
| 11305 | EDWARDS, SHERI ALICE, 5014 HIGHWAY 2 SOUTH SPACE #1, LIBBY, MT 59923 | |
| 11305 | EGGERT, GILBERT HERMAN, 6408 N. ELMHURST, SPOKANE, WA 99208 | |
| 11305 | EGGERT, KEVIN WAYNE, 719 SUNRISE STREET, RATHDRUM, ID 83858 | |
| 11305 | EGGLESTON, DONNA JO, 892 LIBBY CRK RD, LIBBY, MT 59923 | |
| 11305 | EGGLESTON, EDWARD GENE, 892 LIBBY CRK RD, LIBBY, MT 59923 | |
| 11305 | EGLAR, PHIL, 16619 LEE AVE, ORLAND PARK, IL 60467 | |
| 11305 | EGLAR, WILLIAM J, 8621 W 170TH ST, ORLAND PARK, IL 60462 | |
| 11305 | EHRENFRIED, EDWIN D, 311 PINEWOOD RD, BALTIMORE, MD 21222-2230 | |
| 11305 | EHS TECHNOLOGY GROUP LLC, PO BOX 3040, MIAMISBURG, OH 45343-3040 | |
| 11305 | EI DU PONT DE NEMOURS AND COMPANY, 1007 MARKET ST, ATTN: SUSAN F HERR, WILMINGTON, DE 19898 | |
| 11305 | EICHHORN, EMIL, 206 LYNNCREST CT, LUTHERVILLE, MD 21093 | |
| 11305 | EINSTMAN, ROBERT V, 5990 TEMPLE RD, NASHVILLE, TN 37221 | |
| 11305 | EISENHAUER, ERIC R, 17 BEREWEEKE RD, WINCHESTER HAMPSHIRE, S0226AJUNITED KINGDOM | *VIA Deutsche Post* |
| 11305 | EL PASO COUNTY TEXAS, 500 E SAN ANTONIO AVENUE, EL PASO, TX 79901 | |
| 11305 | EL PASO GREAT BASIN TRUCKS, 12253 GATEWAY WEST, EL PASO, TX 79936 | |
| 11305 | EL PASO TIRE CENTER, 6656 GATEWAY EAST, EL PASO, TX 79915 | |
| 11305 | ELDER PIPE & SUPPLY CO INC, PO BOX 1302, OWENSBORO, KY 42302 | |
| 11305 | ELDER, JACQUELINE A, 244 HARRISONVILLE RD, MULLICA HILL, NJ 08062 | |
| 11305 | ELDEX LABORATORIES INC, 30 EXECUTIVE COURT, NAPA, CA 94558 | |
| 11305 | ELDORADO HOTEL, PO BOX 3399, RENO, NV 89505 | |
| 11305 | ELECTRIC COMPANY, 2740 CALUMET AVE, HAMMOND, IN 46320 | |
| 11305 | ELECTRIC CONTROL & SUPPLY CO., PO BOX 3415, COLUMBIA, SC 29230 | |
| 11305 | ELECTRIC FORK TRUCK SERVICE, 3421 VIVIAN, HOUSTON, TX 77093 | |
| 11305 | ELECTRIC POWER BOARD OF CHATTANOOGA, PO BOX 182255, CHATTANOOGA, TN 37422-7255 | |
| 11305 | ELECTRIC WHOLESALE CO., PO BOX 1534, SALISBURY, NC 28145-1534 | |
| 11305 | ELECTRICONNECTION, 5746 VENICE BL, LOS ANGELES, CA 90019-5016 | |
| 11305 | ELECTRONIC CONNECTOR CORP, PO BOX 93578, CHICAGO, IL 60673-3578 | |
| 11305 | ELECTRONIC SYSTEMS & SERVICES CO, 1699 ANNIE ST, DALY CITY, CA 94015 | |
| 11305 | ELEKTRO-PHYSIK USA, INC, 770 WEST ALGONQUIN ROAD, | |
| 11305 | ELG AS DEFINED IN THE ATTACHED SUMMARY O, C/O SANDER L ESSERMAN, 2323 BRYAN ST STE 2200, DALLAS, TX 75201 | |
| 11305 | ELG AS DEFINED IN THE ATTACHED SUMMARY O, SANDER L ESSERMAN, 2323 BRYAN ST STE 2200, DALLAS, TX 75201 | |
| 11305 | ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O BERNARD SCHULTE, 5 OSPREY CT, OCEAN RIDGE, FL 33435 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KAISER & MITCHELL LLP, 10 E 53RD ST, NEW YORK, NY 10022

11305  ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KAISER & MITCHELL, 10 E 53RD ST, NEW YORK, NY 10022

11305  ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KIASER & MITCHELL LLP, 10 E 53RD ST, NEW YORK, NY 10022

11305  ELITE LANDSCAPING N LAWN CARE, 4255 KELLOG AVE., CINCINNATI, OH 45226

11305  ELLBERGER, LARRY, 23 FAWN DR, LIVINGSTON, NJ 07039

11305  ELLENDER, STEVEN, 4101 THOMPSON RD, SULPHUR, LA 70665-7938

11305  ELLER, MICHAEL A, 9078 WALTHAM WOODS RD, BALTIMORE, MD 21234

11305  ELLETSON, ARLENE HELEN, 500 TAYLOR RD, LIBBY, MT 59923

11305  ELLETSON, RODNEY LOYD, 51985 SOUTH CHERRY ST APT 214, DENVER, CO 80222

11305  ELLETSON, RODNEY, 500 TAYLOR ROAD, LIBBY, MT 59923

11305  ELLICE, H W, 4925 HARNEW RD S, OAK LAWN, IL 60453

11305  ELLICE, H WAYNE, 4925 HARNEW RD SO, OAK LAWN, IL 60453

11305  ELLIOTT, JAMIE, 23 CIRCLE DR, FLORENCE, KY 41042-2403

11305  ELLIOTT, JAY AND DOROTHY, 816 OAKLAND DRIVE, DEKALB, IL 60115

11305  ELLIOTT, JOHN, 315 MADISON ST, SULPHUR, LA 70663

11305  ELLIOTT, RONNIE W, 11632 BIRCHWOOD PIKE, HARRISON, TN 37341

11305  ELLIS, BRENT, 6903 SADDLEBOW CT, CLINTON, MD 20735

11305  ELLIS, MARTHA H, 104 S PLINEY CIR, SIMPSONVILLE, SC 29681

11305  ELLIS, PAINTER, RATTERREE & BART, P.O. BOX 9946, SAVANNAH, GA 31412

11305  ELLIS, TOMMY N, 505 KAY RD, WOODSTOCK, GA 30188

11305  ELLWOOD, JAMES G, 38 REGOLA DR, IRWIN, PA 15642

11305  ELMLINGER, GERALD E, 23228 HAWLEY DR, LAWRENCEBURG, IN 47025

11305  ELMS, JEFFREY, 9800 S BELL, CHICAGO, IL 60643

11305  ELSEROAD, KATHY V, 212 MOUNTAIN RD, LINTHICUM, MD 21090

11305  ELSNER, ROLF F, 2459 EMILY ANN LN, LAKE CHARLES, LA 70605

11305  ELSWICK, JAMES R, 156 ROCKY RUN RD, FREDERICKSBURG, VA 22406

11305  ELWELL, MARGY A, 5074 VAIL DR, ACWORTH, GA 30101

11305  EMBASSY SUITES, 670 VERDAE BLVD., GREENVILLE, SC 29607

11305  EMED CO, PO BOX 369, BUFFALO, NY 14240

11305  EMERALD SERVICES INC, 9010 E MARGINAL WAY S #200, SEATTLE, WA 98108-4005

11305  EMERGENCY DRUG TESTING INC, 2708 2ND AVE STE A, LAKE CHARLES, LA 70601

11305  EMLER, CAROL A, 1877 LEWIS RD, MOUNT HOREB, WI 53572

11305  EMPIRE BLENDED PRODUCTS INC, 250 HICKORY LN, BAYVILLE, NJ 08721

11305  EMROSE DATA INC, C/O JULIE KREBBS, PO BOX 16089, CLEVELAND, OH 44116-0089

11305  ENAMORADO, OSCAR J, PO BOX 1288, AIKEN, SC 29802

11305  ENBERG, KEVIN SCOTT, 1966 JERROLD AVE, ARDEN HILLS, MN 55112

11305  ENBERG, PAUL HARVEY, 11208 7TH ST NE, BLAINE, MN 55434

11305  ENCOMPASS ET MIDWEST, BOX 627, APPLETON, WI 54912-0627

11305  ENDISPUTE, INC, 73 TREMONT ST, BOSTON, MA 02108

11305  ENDRESS & HAUSER INC, PO BOX 246, GREENWOOD, IN 46142

11305  ENEREMADU, STANLEY, 7 KINWALL PL 2B, BALTIMORE, MD 21236

11305  ENGELHARD CORPORATION, ATTN STEPHEN MCINTYRE, 101 WOOD AVE 4TH FLR CREDIT, ISELIN, NJ 08830

11305  ENGELMANN, ALFRED, 301 WILMINGTON RD, GREENVILLE, SC 29615-1347

11305  ENGINEERED PIPING PRODUCTS, INC, PO BOX 517, PASADENA, MD 21123-0517

11305  ENGLEWOOD ELECTRIC, 3939 S. KARLOV AVE, CHICAGO, IL 60632

11305  ENGLEWOOD ELECTRICAL SUPPLY, 3550 179TH ST. UNIT 4, HAMMOND, IN 46323

11305  ENGLEWOOD ELECTRICAL SUPPLY, PO BOX 91426, CHICAGO, IL 60693

11305  ENGLEWOOD, PO BOX 1067, CHARLOTTE, NC 28201-1067

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | ENGLISH AND AMERICAN INSURANCE CO LTD, C/O SCHEME ADMINISTRATORS KPMG, PO BOX 730, 20 FARRINGDON RD, LONDON, EC4A4PPUNITED KINGDOM | *VIA Deutsche Post* |
| 11305 | ENRIQUEZ, ALISSA A, 17432 JESSICA LN, CHINO HILLS, CA 91709 | |
| 11305 | ENRON ENERGY SERVICES INC, C/O RITA A BAHNER, ENRON LITIGATION UNIT, PO BOX 4335, HOUSTON, TX 77210-4335 | |
| 11305 | ENSAFE INC, 5730 SUMMER TREES DRIVE, MEMPHIS, TN 38134 | |
| 11305 | ENSCO, INC, PO BOX 751563, CHARLOTTE, NC 28275-1563 | |
| 11305 | ENSIGN THE FLORIST, 1300 S CREST RD, ROSSVILLE, GA 30741 | |
| 11305 | ENSIGN, BEATRICE K, 7502 NW 41 ST, ATTN BEATRICE K ENSIGN, CORAL SPRINGS, FL 33065 | |
| 11305 | ENSIGN, BEATRICE K, 7502 NW 41 ST, CORAL SPRINGS, FL 33065 | |
| 11305 | ENSR CORPORATION, 2 TECHNOLOGY DR, WESTFORD, MA 01886 | |
| 11305 | ENTEK IRD-USE 311325, | |
| 11305 | ENTERGY GULF STATES INC, MAIL UNIT L-ENT-11E, PO BOX 52917, NEW ORLEANS, LA 70152-2917 | |
| 11305 | ENTERGY, PO BOX 61825, NEW ORLEANS, LA 70161-1825 | |
| 11305 | ENTRIX, INC, PO BOX 300025, DALLAS, TX 75303-0025 | |
| 11305 | ENVIROCARE OF UTAH INC, 605 N 5600 WEST, SALT LAKE CITY, UT 84116 | |
| 11305 | ENVIRONMENTAL LIABILITY MGMT INC, 218 WALL ST RESEARCH PARK, PRINCETON, NJ 08540-1512 | |
| 11305 | ENVIRONMENTAL PRODUCTS & SERVI, PO BOX 24398, ROCHESTER, NY 14624 | |
| 11305 | ENVIRONMENTAL TESTING & MANAGEMENT, INC, PO BOX 896, MAULDIN, SC 29662 | |
| 11305 | EPEC REALTY INC SUPPLEMENTAL CLAIM, MICHAEL MCGINNIS SR. COUNSEL 1001 LOUISIANA, HOUSTON, TX 77002 | |
| 11305 | EPEC REALTY INC, MICHAEL MCGINNIS SR. COUNSEL 1001 LOUISIANA, HOUSTON, TX 77002 | |
| 11305 | EPIC SYSTEMS, 14140 CHASE ROAD, REED, KY 42451-9723 | |
| 11305 | EPIPHANY SCHOOL, 114 EAST EDMONDSON STREET, CULPEPER, VA 22701 | |
| 11305 | EPPS, GLENDA F, PO BOX 403, WELDON, NC 27890 | |
| 11305 | EPSTEIN, ARTHUR C, 362 SHARPNERS POND RD, NORTH ANDOVER, MA 01845 | |
| 11305 | EQUINOX PROPERTIES, 5215 EDINA INDUSTRIAL BLVD, SUITE 100, EDINA, MN 55439 | |
| 11305 | EQUIPMENT & METER SERVICES INC, 1400 E ELIZABETH AVE, LINDEN, NJ 07036 | |
| 11305 | EQUIPMENT SALES CO., PO BOX 951412, DALLAS, TX 75395-1412 | |
| 11305 | ERBE, PETREA M, 1521 MONARD AVE, SEVERN, MD 21144 | |
| 11305 | ERGON REFINING INC, C/O J KEVIN WATSON ESQ, PO BOX 23546, JACKSON, MS 39225-3546 | |
| 11305 | ERHART JR, CHARLES H, 149 E 73D ST, NEW YORK, NY 10021 | |
| 11305 | ERHART JR, CHARLES H, 149 E 73RD ST, NEW YORK, NY 10021 | |
| 11305 | ERICKSON, GAIL, 138 COLUMBIA HEIGHTS, BROOKLYN, NY 11201 | |
| 11305 | ERICKSON, GAIL, 138 COLUMBIA HGTS, BROOKLYN, NY 11201 | |
| 11305 | ERICKSON, GAIL, 138 COLUMBIA HTS, BROOKLYN, NY 11201 | |
| 11305 | ERICKSON, RODNEY A, 280 DOLPHIN LANE, LIBBY, MT 59923 | |
| 11305 | ERICKSON, SHARON L, 1734 SW 8TH DR - LOT 187, POMPANO BEACH, FL 33060-8923 | |
| 11305 | ERIEZ MANUFACTURING CO., PO BOX 641890, PITTSBURGH, PA 15264-1890 | |
| 11305 | ERISA INDUSTRY COMMITTEE, 1400 L ST NW SUITE 350, WASHINGTON, DC 20005-3509 | |
| 11305 | ERNEST SR, MICHAEL V, 2014 ROCKWELL AVE, CATONSVILLE, MD 21228-4218 | |
| 11305 | ERNST & YOUNG, LLP, BOX 5980, 5980, NEW YORK, NY 10087-5980 | |
| 11305 | ERNST, DONNA M, 5421 VAN BUREN RD, DELRAY BEACH, FL 33484 | |
| 11305 | ERRA, BARRY, 17544 NW 63 CT, MIAMI, FL 33015 | |
| 11305 | ERRICHETTI, JOHN, C/O STEPHEN C EMBRY ESQ, EMBRY & NEUSNER, 118 POQUONNOCK ROAD PO BOX 1409, GROTON, CT 06340 | |
| 11305 | ERVIN LEASING COMPANY, PO BOX 1689, ANN ARBOR, MI 48106-1689 | |
| 11305 | ERWIN, RICHARD LEE, 153 DARWIN RD, GAFFNEY, SC 29340 | |
| 11305 | ESSCO CALIBRATION LABORATORY, DIV OF WALSH ENGINEERING SVCS INC, 14 ALPHA RD, CHELMSFORD, MA 01824 | |
| 11305 | ESSENTIAL SEALING PRODUCTS INC, 326 MELTON RD, BURNS HARBOR, IN 46304 | |
| 11305 | ESSINGER SULLIVAN INC, 36 GLEN AVE, NEWTON, MA 02459 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305    ESTATE OF GUSSIE FONTENOT, C/O LUCY FONTENOT, RUSSEL L COOK JR, 1221 LAMAR ST, HOUSTON, TX 77010-3038

11305    ESTATE OF JEFFREY CHWALA, ATTORNEY DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI 54702-0222

11305    ESTATE OF JOHN F SPELLMAN UPON DEATH, C/O JOHN F SPELLMAN, 4938 AUGUSTA AVE, OLDSMAR, FL 34677

11305    ESTATE OF RICHARD R LYONS, ZERO KENISTON RD, LYNNFIELD, MA 01940

11305    ESTATE OF ROSARIO RAPISARDI, C/O JAMES RAPISARDI, 2251 TOWNSHIP LINE RD, LOGAN TWP, NJ 08085

11305    ESTATE OF WILLIAM E BOHLANDER, 1273 AHAMONT RD, GREENVILLE, SC 29609

11305    ESTES JR, DAVID C, 725 FM 1959 #305, HOUSTON, TX 77034

11305    ESTES, MAE N, 536 WENTWORTH ST, MAULDIN, SC 29662

11305    ESTES, THOMAS R, 605 N MAPLE ST, SIMPSONVILLE, SC 29681

11305    ESTEVEZ, ROBERT F, 439 GABLE LN, LINDEN, NJ 07036

11305    ET TECHNOLOGIES INC, 6030 WEST CALIFORNIA AVE, SALT LAKE CITY, UT 84104

11305    ETHYL CORPORATION, C/O ANDREE M CULLENS/DAVID M BIENVENU JR, TAYLOR PROTER BROOKS AND PHILLIPS, BANK ONE CENTRE 8TH FLR, 451 FLORIDA ST, BATON ROUGE, LA 70801

11305    ETONIA, DAVID, 4051 FANUEL ST #1, SAN DIEGO, CA 92109

11305    EUBANKS, RICHARD T, 217 HOWLANDVILLE RD, WARRENVILLE, SC 29851

11305    EULER HERMES ACI, 800 RED BROOK BLVD, OWINGS MILLS, MD 21117

11305    EURECAT US INC, 13100 BAY PARK ROAD, PASADENA, TX 77507

11305    EURGLUNES, GEORGIA R, 120 FELLSVIEW TR #121, STONEHAM, MA 02180

11305    EURO QUEST, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    EUROCONTROL, RUE DE LA FUSEE 96, B-1130, BRUSSELS, BELGIUM      *VIA Deutsche Post*

11305    EUSTIS, ALBERT A, 1571 MONARCH CLUB DR, PALM CITY, FL 34990

11305    EUSTIS, ALBERT A, 1571 SW MONARCH CLUB DR, PALM CITY, FL 34990

11305    EVAL COMPANY OF AMERICA, 1001 WARRENVILLE RD SUITE 201, LISLE, IL 60532-1301

11305    EVANS INDUSTRIES, INC, PO BOX 972121, DALLAS, TX 75397-2121

11305    EVANS, CHERYL J, 12007 CHERRY PT, DAYTON, TX 77535

11305    EVANS, CHRISTOPHER RYAN, 3320 PLEASANT GROVE ROAD, SPRINGVILLE, TN 38256

11305    EVANS, JAMES E, 9963 HWY 764, WHITESVILLE, KY 42378

11305    EVANS, MICHAEL, 4148 HENHAWK CT, ELLICOTT CITY, MD 21042

11305    EVANS, RONNIE M, 1712 JOHNSON ST, BALTIMORE, MD 21230

11305    EVANSVILLE TRUCK CENTER, 8516 BAUMGART ROAD, EVANSVILLE, IN 47711

11305    EVCO HOUSE OF HOSE, 2375 SOUTH 300 WEST, SALT LAKE CITY, UT 84115

11305    EVELAND, PEGGY JANE, 1702 NORTH GLENN COURT, SPOKANE, WA 99206

11305    EVEREADY WELDING SERVICE INC, 18111 S HARLEM AVE, TINLEY PARK, IL 60477

11305    EVEREST, WILLIAM J, 217 PARKRIDGE DR, CLAYTON, NC 27520

11305    EVERETT, PAMELA, 11320 JEFF AVE, LAKEVIEW TERR, CA 91342

11305    EVERGREEN ENTERPRISES, PO BOX 1523, WHITTIER, CA 90609

11305    EWING CONTRACTING, PO BOX 177, STERRETT, AL 35147

11305    EXCALIBUR, 110 EAST CROWTHER AVE, PLACENTIA, CA 92670

11305    EXECUTIVE AIRPORT SERVICE, 42 CODY ST, MANCHESTER, NH 03109

11305    EXELON ENERGY INC, 21425 NETWORK PL, CHICAGO, IL 60673-1214

11305    EXELON ENERGY, 21425 NETWORK PL, CHICAGO, IL 60673-1214

11305    EXHIBIT GROUP GILTSPUR, 112 TECHNOLOGY DR, PITTSBURGH, PA 15275

11305    EXHIBIT SURVEYS INC, R K SWANDBY, 7 HENDRICKSON AVE, RED BANK, NJ 07701

11305    EXHIBITGROUP / GILTSPUR, 7187 COLLECTION CENTER DR, CHICAGO, IL 60693

11305    EXHIBITGROUP GILTSPUR, 275 BODWELL ST, AVON, MA 02322-1139

11305    EXOPACK, LLC, 4643 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693

11305    EXPANETS FINANCIAL SERVICES, 300 N CORPORATE DR #100, MILWAUKEE, WI 53223

11305    EXTRUDER TECHNOLOGIES, PO BOX 510, LAWRENCE, PA 15055

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   EXXON CHEMICAL AMERICAS, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241

11305   EXXON, PO BOX 4559, CAROL STREAM, IL 60197

11305   EXXONMOBIL CHEMICAL COMPANY, LAW DEPT BANKRUPTCY MATTERS, 13501 KATY FREEWAY, HOUSTON, TX 77079

11305   EZZOLO, BARBARA C, PO BOX 1731, DARIEN, CT 06820-1731

11305   F H AYER MFG, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   F W DODGE CO, 7625 COLLECTION CENTER DR, CHICAGO, IL 60693-0076

11305   F.N. SHEPPARD, 1261 JAMIKE DR., PO BOX 18520, ERLANGER, KY 41018

11305   FABAC, MARTIN F, 1403 WALDEN CT, CROFTON, MD 21114

11305   FABACHER, JOHN R, 305 HOUSTON DR, WESTLAKE, LA 70669

11305   FABENCO INC., 2012 KARBACH, HOUSTON, TX 77092

11305   FABRICATED FILTERS INC, PO BOX 23072, 5630 POWELL ST, HARAHAN, LA 70123

11305   FACILITY SERVICES, 518 FOREST HILLS DR, ANNAPOLIS, MD 21403

11305   FACTORY CLEANING EQUIPMENT, INC, 103 N.11TH AVE., STE 6-A, SAINT CHARLES, IL 60174

11305   FAHEY, FRANK P, 34 MAIN ST, MILTON, VT 05468

11305   FAIR ENGINEERING SALES, INC, PO BOX 8739, MANDEVILLE, LA 70448

11305   FAIR HARBOR CAPITAL, LLC, 875 AVE OF THE AMERICAS, STE 2305, NEW YORK, NY 10001

11305   FAIR, DONALD F, 3420 W CROWN POINTE BLVD #202, NAPLES, FL 34112

11305   FAIRMAIL LEASEHOLD INC, 1800 SHEPPARD AVE E, STE330 P.O BOX 330, WILLOWDALE, ON M2J5A7CANADA     **\*VIA Deutsche Post\***

11305   FAIRMONT SUPPLY COMPANY, 401 TECHNOLOGY DR, CANONSBURG, PA 15317

11305   FAISON, JOHN H, 6436 MIAMI AVE, GLEN BURNIE, MD 21061

11305   FALCONER III, JAMES A, 147 FRONT ST #4, MARBLEHEAD, MA 01945

11305   FALCONITE EQUIPMENT INC, PO BOX 60858, SAINT LOUIS, MO 63160-0858

11305   FAMILIES IN CRISIS INC WILLIAM K HALL, 1305 E RANICER, KILLEEN, TX 76541

11305   FAN, PAK KIN, 4632 DAPPLE CT, ELLICOTT CITY, MD 21043

11305   FANELLI, ROBERT M, 9124 CENTRAL PARK, EVERGREEN PARK, IL 60805

11305   FANTON III, GEORGE R, 4017 BAKER LN, NOTTINGHAM, MD 21236

11305   FANTOZZI, CANDI JO, 2776 GRASSLAND DRIVE, MISSOULA, MT 59808

11305   FANTOZZI, MARCIA JO, 1426 NEVADA AVE, LIBBY, MT 59923

11305   FANTOZZI, TONY ALBERT, 1426 NEVADA AVE, LIBBY, MT 59923

11305   FARGO HOUSING AND REDEVELOPMENT AUTHORIT, PO BOX 430 325 BROADWAY, FARGO, ND 58108

11305   FARIAS / FARIAS, 8406 EL GATO RD, LAREDO, TX 78045

11305   FARINA JR, FRANK J, 106 LEDGEWOOD WAY, GREENVILLE, SC 29609

11305   FARINA JR, FRANK W, 106 LEDGEWOOD WAY, GREENVILLE, SC 29609

11305   FARMER, DENISE L, 9134 COVERED BRIDGE RD, PARKVILLE, MD 21234

11305   FARMER, JESSIE C, 2185 MONTROSE DR, EAST POINT, GA 30344

11305   FARNEY, JAMES W, 9915 PINE TREE RD, WOODSBORO, MD 21798

11305   FARNSWORTH, SUSAN E, 2858 EVERGREEN WAY, ELLICOTT CITY, MD 21042

11305   FARRELL, EDWARD L, 350 E 79TH ST, NEW YORK, NY 10021

11305   FARRELL, RICHARD T, 3 GAUTHIER DR, MERRIMACK, NH 03054

11305   FARROW, JAMES B, PO BOX 1424, FOUNTAIN INN, SC 29644

11305   FARROW, MARTHA A, PO BOX 1424, FOUNTAIN INN, SC 29644

11305   FARWEST FREIGHT SYSTEMS, 4504 E VALLEY HWY, SUMNER, WA 98390

11305   FARYNA, BASIL, 23 FALLOWFIELD RD, ETOBICOKE, ON M9W2W3CANADA     **\*VIA Deutsche Post\***

11305   FASO, JOHN C, 12311 N PUTNEY CT, LEESBURG, FL 34788

11305   FASTEL INC, 34 THESDA ST, ARLINGTON, MA 02474

11305   FASTENERS & METAL PRODUCTS CORPORAT, 30 THAYER ROAD, WALTHAM, MA 02453-7095

11305   FATBRAIN, INC, 1308 ORLEANS DRIVE, SUNNYVALE, CA 94089

11305   FATBRAIN.COM,

11305   FATBRAIN.COM, 2550 WALSH AVE, SANTA CLARA, CA 95051

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    FAULK, JOHN W, 2473 MARY DR, SULPHUR, LA 70665

11305    FAUNTLEROY, BERNICE, 6160 BROOKWOOD RD, NORCROSS, GA 30092

11305    FAVALORA JR, ANTHONY, 235 LONGVIEW DR, DESTREHAN, LA 70047

11305    FAVORITO, O M, 61 BROOK TRAIL RD, CONCORD, MA 01742

11305    FAWCETT, CAROLYN DAWN, BOX 306 1021 EAST ROAD, STANDARD, AB T0J3G0CANADA          *VIA Deutsche Post*

11305    FAWCETT, CURTIS GEORGE, BOX 306 1021 EAST ROAD, STANDARD, AB T0J3G0CANADA          *VIA Deutsche Post*

11305    FAWCETT, ROBERT ALAN, PO BOX 234, FORESTBURG, AB T0B1N0CANADA          *VIA Deutsche Post*

11305    FAXNET, DEPT 250, DENVER, CO 80271-0250

11305    FAYETTE CTY PUBLIC SCHOOLS-TAX OFFICE, TAX COLLECTION OFFICE, 701 E MAIN ST, LEXINGTON, KY 40502-1699

11305    FEATHER, JAMIE W, C/O JAMIE FEATHER, 177 SOUTHWOOD RD, PASADENA, MD 21122

11305    FEBUS, ANGEL L, 1240 WISCONSIN AVE, BERWYN, IL 60402-1061

11305    FEDERATED DEPARTMENT STORES INC, 170 O´FARRELL STREET, SAN FRANCISCO, CA 94102

11305    FEDERATED DEPARTMENT STORES INC, C/O CARL R GOLDBERG, 170 OFARRELL ST, SAN FRANCISCO, CA 94102

11305    FEDEX FREIGHT (FKA AMERICAN FREIGHTWAYS, DELIVERY CODE 2259, PO BOX 840, HARRISON, AR 72602-0840

11305    FEEHLEY JR, WILLIAM A, C/O WILLIAM FEEHLEY, PO BOX 336, 12105 STOMEY BATTER RD, KINGSVILLE, MD 21087

11305    FEELEY, NORMA M, 149 WOODSWAY, PASADENA, MD 21122

11305    FEERY, JOHN E, 863 SUN DISK PL, BOYNTON BEACH, FL 33436

11305    FEHRE, CARL, 62 CLIFFWOOD RD, CHESTER, NJ 07930

11305    FEHRS, DANIELI RAY, 34 LOYS LN, PLAINS, MT 59859

11305    FELDWICK, RAYMOND, C/O JARRETT L HALE ESQ, 101 E KENNEDY BLVD, ST 1100, TAMPA, FL 33602

11305    FELLENBERG, RUBEN ALBERT, 224 FOREST AVE, LIBBY, MT 59923

11305    FELLER, SCARLET D, 403 CHURCH AVE, VERONA, WI 53593

11305    FELMAN, INA S, 1312 SE 13TH AVE, DEERFIELD BEACH, FL 33441

11305    FELTHAM JR, EDWARD, 3700 GRAVE RUN RD, HAMPSTEAD, MD 21074-2401

11305    FENDRICH, HARRY G, 12414 COBBLESTONE DR, HOUSTON, TX 77024

11305    FENNELL JR, JOHN F, 12815 S KENNETH, ALSIP, IL 60803

11305    FENTON RIGGING CO, PO BOX 23128, CINCINNATI, OH 45223

11305    FENWAL SAFETY SYSTEMS, PO BOX 101305, ATLANTA, GA 30392-1305

11305    FERGUSON ENTERPRISES INC, C/O NICHOLAS VAN AELSTYN ESQ, HELLER EHRMAN WHITE & MCAULIFFE LLP, 333 BUSH ST 30TH FLR, SAN FRANCISCO, CA 94104

11305    FERGUSON ENTERPRISES INC., 4001 E. MONUMENT ST., PO BOX 4139, BALTIMORE, MD 21205

11305    FERGUSON ENTERPRISES, INC, PO BOX 751497, CHARLOTTE, NC 28275

11305    FERGUSON ENTERPRISES, INC, PO BOX 928, BALTIMORE, MD 21203-0928

11305    FERGUSON, ADA MAY, 134 GARDEN RD, LIBBY, MT 59923

11305    FERGUSON, DAVID W, 4256 JACKS CREEK RD, MONROE, GA 30655

11305    FERRE, ANTONIO R, 3115 S OCEAN BLVD #1102, HIGHLAND BEACH, FL 33487

11305    FERRELL, LINDA, PO BOX 43, LA CYGNE, KS 66040

11305    FERRELLGAS, 3111 NW GRAND AVE., PHOENIX, AZ 85017

11305    FERRELLGAS, PO BOX 838, LA SALLE, IL 61301-3113

11305    FERRERE JR, ROGER A, 163 THEODORE DR, CORAM, NY 11727

11305    FERRETERIA GIUSTI INC, BOX 381, TOA BAJA, PR 00951-0381

11305    FERRO CORPORATION, PO BOX 5381, CLEVELAND, OH 44193

11305    FESTIVE AFFAIRS CATERING, 7391 WASHINGTON BLVD., SUITE 103, ELKRIDGE, MD 21075

11305    FIALA, JAMES D, 433 VILLAGE CREEK DR, LITH, IL 60156

11305    FIALA, JAMES I, 300 SAMOSET LN, SCHAUMBURG, IL 60193

11305    FIALA, JAMES I, 300 SAMUSET LN, SCHAUMBURG, IL 60193

11305    FIATO, JOAN, 14 SAINT MARY RD, BURLINGTON, MA 01803

11305    FIBERLOCK TECHNOLOGIES INC, 150 DASCOMB RD, ANDOVER, MA 01810

WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   FIDELITY LEASING INC, 1255 WRIGHTS LANE, WEST CHESTER, PA 19380

11305   FIDELITY ROOF COMPANY, 1075-40TH ST, OAKLAND, CA 94608

11305   FIEBIGER, DAVID & GAIL, 1316 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413

11305   FIELD TECHNOLOGIES, 942 MAPLE AVE, DOWNERS GROVE, IL 60515

11305   FIERKE, RANDALL, 200 SUNRISE AVE, HINSDALE, IL 60527

11305   FIERS, ALAN D, 2065 LOST DAUPHIN RD, DE PERE, WI 54115

11305   FIGGE, ROSALYN E, 2747 B AVE NE, CEDAR RAPIDS, IA 52402

11305   FIGUEROA, RICHARD M, 3902 LINTON WAY, PORTAGE, IN 46368

11305   FIKE, MARK L, C/O MARK FIKE, 716 CHAMBERS CIR, BEL AIR, MD 21014

11305   FIKE, MARK L, C/O MARK FIKE, 716 CHAMBERS CR, BEL AIR, MD 21014

11305   FILON, ELYSE N, C/O ELYSE FILON, 15841 DOUBLE EAGLE TRL, DELRAY BEACH, FL 33446

11305   FILPRO CORPORATION, PO BOX 374, WEST POINT, PA 19486-0374

11305   FILTER BELTS,INC - FABRICATED FILT, FABRICATED FILTERS, PO BOX 23072, HARAHAN, LA 70183-3072

11305   FILTER SPECIALISTS INC., PO BOX 72397, CHICAGO, IL 60678-2397

11305   FINCHER FIRE PROTECTION INC, C/O JOHN R FRAWLEY JR, ATTORNEY AT LAW, PO BOX 101493, IRONDALE, AL 35210

11305   FINCHER FIRE PROTECTION INC, C/O JOHN R FRAWLEY JR, PO BOX 101493, IRONDALE, AL 35210

11305   FINEBERG, JORDAN, 825 19TH AVE NE, MINNEAPOLIS, MN 55418

11305   FINELLO, ROCCO, C/O STEPHEN C EMBRY ESQ, EMBRY & NEUSNER, 118 POQUONNOCK ROAD PO BOX 1409, GROTON, CT 06340

11305   FINGER, JOAN A, 720 S SAPODILLA AVE #301, WEST PALM BEACH, FL 33401

11305   FINGLES METALWORKS INC, 2256 REISTERSTOWN RD, BALTIMORE, MD 21217

11305   FINK & CARNEY, 39 WEST 37TH ST SIXTH FL, NEW YORK, NY 10018

11305   FINK, ROBERT C, C/O ROBERT FINK, 335 LIGHT STREET AVE, PASADENA, MD 21122

11305   FINKE, CAROL M, 3240 EQUESTRIAN DR, BOCA RATON, FL 33434

11305   FINKE, RICHARD C, 3240 EQUESTRIAN DR, BOCA RATON, FL 33434

11305   FINKELSTEIN, VICKI B, 2116 WILTONWOOD RD, STEVENSON, MD 21153

11305   FINLAY, THOMAS E, 6084 ADCOCK LN, HANOVER, MD 21076

11305   FINLEY, CATHERINE E, PO BOX 592, FOUNTAIN INN, SC 29644

11305   FINN, PATRICIA A, 1111 WELDON AVE, BALTIMORE, MD 21211

11305   FINNERTY, BARBARA, 6901 SHORE RD APT 1A, BROOKLYN, NY 11209

11305   FINNERTY, EVELYN L, 10009 RUSHING RD APT 23, EL PASO, TX 79924

11305   FINNIE, ELIZABETH A, 9 RYDER ST #15, ARLINGTON, MA 02476

11305   FIORELLA, ALISON P, 1712 ST MARYS AVE, OWENSBORO, KY 42301

11305   FIRE PROTECTION COMPANY, 5959 WEST 115TH ST, ALSIP, IL 60803

11305   FIRE SAFE OF GEORGIA, 3823 HILLCREST DR SE, SMYRNA, GA 30080

11305   FIRE SAFETY SALES & SERVICE, INC, 130 N RYAN AVE, LAKE CHARLES, LA 70601

11305   FIRE SCIENCE & TECHNOLOGY INC, 9000 300TH PL SE, ISSAQUAH, WA 98027

11305   FIRELINE CORPORATION, 4506 HOLLINS FERRY RD, BALTIMORE, MD 21227-4671

11305   FIREMANS FUND INSURANCE COMPANY, ATTN THELMA THOMPSON CORP CREDIT SM1, 777 SAN MARIN DR, NOVATO, CA 94998-1000

11305   FIRESTOP CONTRACTORS INTERNATIONAL, ASSOCIATION, 1257 GOLF CIRCLE, WHEATON, IL 60187

11305   FIRKINS, ELVEN L, 1713 GRANT AVE, COLORADO SPRINGS, CO 80909

11305   FIRST ACCESS FLOOR CLEANING SYSTEMS, PO BOX 4240, CAROL STREAM, IL 60197-4240

11305   FIRST CHEMICAL TEXAS LP, PO BOX 1607, BAYTOWN, TX 77520

11305   FIRST LAW OFFICES OF KOREA, 275 YANGJAE-DONG, SEOCHO-KU SEOUL, 275KOREA      **\*VIA Deutsche Post\***

11305   FIRST PRESBYTERIAN CHURCH, PO BOX 425, DAWSON, MN 56232

11305   FIRST UNION COMMERCIAL CORP., 1339 CHESTNUT STR. PA1317, PHILADELPHIA, PA 19107

11305   FIRST UNITED METHODIST CHURCH OF DELAND, 115 EAST HOWRY AVENUE, DELAND, FL 32720

11305   FIRST UNITED METHODIST CHURCH, C/O P. JAMES TAURINSKAS, PO BOX 605, SOUTH SAINT PAUL, MN 55075

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  FISCHER, LAURENCE C, 7307 BERKSHIRE RD, BALTIMORE, MD 21224

11305  FISHEL, HARRY, 907 HIGHLAND PARK DR, AIKEN, SC 29801

11305  FISHER RUSHMER WERRENRATH KEINER, 20 N. ORANGE AVE, #1500, ORLANDO, FL 32801

11305  FISHER SCIENTIFIC INC., ATTN: JEAN SABO, 2000 PARK LANE DR, PITTSBURGH, PA 15275-1126

11305  FISHER SCIENTIFIC, ATTN: GARY R BARNES, 2000 PARK LANE DRIVE, PITTSBURGH, PA 15275

11305  FISHER, MICHAEL WILLIAM, 160 LIN MAR DRIVE, STANLEY, NC 28164

11305  FISHER-ROSEMOUNT SERVICE & SUPPORT, 12001 TECHNOLOGY DR, EDEN PRAIRIE, MN 55344

11305  FISHMAN CORPORATION, 192 SOUTH ST, HOPKINTON, MA 01748-9937

11305  FITZGERALD, DONNA, 51 KENILWORTH RD, ARLINGTON, MA 02476

11305  FITZGERALD, GLENN W, 13110 MCGILL RD, SODDY DAISY, TN 37379

11305  FITZGERALD, MERIAL RAE, 1016 ST CHARLES ST PO BOX 331, FORT BENTON, MT 59442

11305  FLA DEPT OF ENVIRONMENTAL PROT, JONATHAN H ALDEN ESQUIRE, 3900 COMMONWEALTH BLVD MS 35, TALLAHASSEE, FL 32399-3000

11305  FLADELAND, LANNIE L, 8321 E SHADY LN, EVANSVILLE, WY 82636

11305  FLAHERTY, HELEN M, 41 MATAWANAKEE TRL, LITTLETON, MA 01460

11305  FLANAGAN, JOHN R, 9 OAKWOOD DR, WAYNE, NJ 07470

11305  FLAVORCHEM CORP ORCHIDIA DIV, 1525 BROOK DR, DOWNERS GROVE, IL 60515

11305  FLEET CAPITAL LEASING, LEASE ADMIN CENTER, PO BOX 7023, TROY, MI 48007-7023

11305  FLEET ENVIRONMENTAL SERVICES LLC, 59 LONGWATER DR, NORWELL, MA 02061

11305  FLEET EQUIPTMENT CENTER INC., 555 EAST SOUTH FRONTAGE ROAD, BEDFORD PARK, IL 60440

11305  FLEMINGTON INSTRUMENT, PO BOX 298, RINGOES, NJ 08551

11305  FLERRY SR, WILLIAM THEODORE, 2372 LIMA STREET, AURORA, CO 80010

11305  FLESHER, CAROL LYNN, 1460 EAST FIFTH STREET EXTENSION, LIBBY, MT 59923

11305  FLESHER, RICHARD M, PO BOX 1062, LIBBY, MT 59923

11305  FLETCHER, GERALDINE M, 377 THOMAS STREET, LIBBY, MT 59923

11305  FLETCHER, LEO E, 270 AUBREY DR, QUAKERTOWN, PA 18951

11305  FLETCHER, ROBERT R, 3711 PECAN RDG, MISSOURI CITY, TX 77459

11305  FLEXCON PACKAGING SYSTEMS, P.O BOX 95386, NEW ORLEANS, LA 70195

11305  FLICK, WILLIAM C, 1 WRISLEY CT, ESSEX JUNCTION, VT 05452

11305  FLINT INK, 4600 ARROWHEAD DR, ANN ARBOR, MI 48105

11305  FLODYNE INC., 1000 MUIRFIELD DR., HANOVER PARK, IL 60103

11305  FLOOD TESTING LABORATORIES INC, 1945 EAST 87TH ST, CHICAOG, IL 60617

11305  FLORES, HELEN, 74 N E VILLAGE RD, CONCORD, NH 03301

11305  FLORES, RUDY, 3306 N TERRY, FORT WORTH, TX 76106

11305  FLORESVILLE I.S.D., ANNA D. GONSALVES TAX COLLECTOR, 2 LIBRARY LANE, FLORESVILLE, TX 78114-2239

11305  FLORESVILLE ISD, C/O DAVID G AELVOET, LINEBARGER HEARD GOGGAN BLAIR GRAHAM PENA & SAMPSO, 711 NAVARRO STE 300, SAN ANTONIO, TX 78205

11305  FLORIAN, DENNIS W, 4400 FORGE RD, PERRY HALL, MD 21128

11305  FLORIDA INDEPENDENT CONCRETE, AND ASSOC. PRODS. INC., 318 NEWMAN ROAD, SEBRING, FL 33876-6702

11305  FLORIDA POWER CORPORATION, PO BOX 33199, SAINT PETERSBURG, FL 33733-8199

11305  FLORIDIN, 5700 CLEVELAND ST STE 420, VIRGINIA BEACH, VA 23462

11305  FLOW CONTROLS INC, 7844 BELAIR RD., BALTIMORE, MD 21236

11305  FLOW TECH SUPPLY INC., PO BOX 1388, ORANGE, TX 77631-1388

11305  FLOW THRU METALS INC, 201 COMMERCE DR, MOORESTOWN, NJ 08057

11305  FLOWER, GERALD ALLEN, 1918 SIXTH STREET NE, MINNEAPOLIS, MN 55418

11305  FLOWERS BY CHRIS INC, 1019 CATHEDRAL ST, BALTIMORE, MD 21201

11305  FLOWERS N THINGS, 31 N.E. 1ST AVE, POMPANO BEACH, FL 33060

11305  FLOWSERVE CORP, 14823 S MC KINLEY AVE, POSEN, IL 60469

11305  FLUID COMPONENTS INTL, PO BOX 51020, LOS ANGELES, CA 90051-5320

11305  FLUID FILTRATION MANUFACTURING CORP, 508 73RD ST, NORTH BERGEN, NJ 07047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    FLUID FLOW OF TENNESSEE, INC, PO BOX 751278, CHARLOTTE, NC 28275

11305    FLUID TECHNOLOGY, INC, SIERRA CAPITAL, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305    FLYNN SCALE SERVICES, 16404 SOUTH HAWTHORNE BLVD., LAWNDALE, CA 90260

11305    FLYNN, DANIEL J, 6603 RHODE ISLAND TRL, CRYSTAL LAKE, IL 60012

11305    FLYNN, JOHN M, 331 CHESTNUT ST, ASHLAND, MA 01721

11305    FMC WYOMING CORP, 1735 MARKET ST, PHILADELPHIA, PA 19103

11305    FMC WYOMING CORPORATION, ATTN SUSAN C WAGNER, 1735 MARKET ST, PHILADELPHIA, PA 19103

11305    FOAM ZONE INC, 945 E CALIFORNIA ST, ONTARIO, CA 91761

11305    FOLEY HOAG LLP FKA FOLEY HOAG & ELIOT LL, C/O VINCENT J CANZONERI ESQ, 155 SEAPORT BLVD, BOSTON, MA 02210

11305    FOLLETTE, RICHARD D, 600 PETIT BERDOT, KENNER, LA 70065

11305    FONE, SUZANNE K, PO BOX 719, DENMARK, ME 04022

11305    FONTAINE, HARRY, 35 HIGHLAND AVE, WOODRIDGE, NY 12789

11305    FONTENOT, JAMES K, 2410 NORBEN DR, LAKE CHARLES, LA 70601

11305    FONTENOT, ROXANE, 7013 SHADOW LN, LAKE CHARLES, LA 70605

11305    FONTENOT, TERRY T, 2408 CASSIE LN, LAKE CHARLES, LA 70605

11305    FONVILLE, SANDRA E, 301 DOVE HAVEN DR, SIMPSONVILLE, SC 29681

11305    FORD, ROBERT G, 897 IVY MANOR CT, HIXSON, TN 37343

11305    FORERO, DAVID J, 7813 KAVANAGH RD, BALTIMORE, MD 21222

11305    FORERO, LUIS E, 33 WILSON AVE, MALDEN, MA 02148

11305    FORGACH, JOHN P, 960 FELL ST, UNIT 608, BALTIMORE, MD 21231

11305    FORLAND, JEAN, 1515 FOURTH STREET NE, MINNEAPOLIS, MN 55413

11305    FORREST OIL CO, PO BOX 327, TRAVELERS REST, SC 29690

11305    FORSAITH JR, RALPH M, C/O RALPH FORSAITH, PO BOX 176, PUTNEY, VT 05346

11305    FORSAITH JR, RALPH M, PO BOX 176, PUTNEY, VT 05346

11305    FORT ANN CENTRAL SCHOOL, CATHERINE ST, FORT ANN, NY 12827

11305    FORTE, SALLY E, 100 WOODS AVE, GLEN BURNIE, MD 21061

11305    FORTENBERRY, BRIDGETTE, 1414 34TH ST SE, WASHINGTON, DC 20020-2304

11305    FORTI, CORINNE A, 1246 CALLE YUCCA, THOUSAND OAKS, CA 91360

11305    FOSKETT, JAMES EDWARD, 8022 VAN VLEET RD, GAINES, MI 48436

11305    FOSS, ALDEN L, 10 BRIARWOOD, FARGO, ND 58072

11305    FOSS, DAVID A, C/O DAVID FOSS, 9697 BAGLY DR #2, ROSCOE, IL 61073

11305    FOSS, PATRICIA, 636 22ND AVENUE NE, MINNEAPOLIS, MN 55413

11305    FOSTER SWIFT COLLINS & SMITH, 313 S WASHINGTON SQUARE, LANSING, MI 48933

11305    FOSTER, JACK D, 615 N MAPLE ST, SIMPSONVILLE, SC 29681

11305    FOSTER, TERRY R, 433 S FOSTER RD, SINGER, LA 70660

11305    FOUST & FAMILYJR, JOHN LAVERN, 7815 STINES HILL RD, CASHMERE, WA 98815

11305    FOWLER, THOMAS R, 306 OVERLOOK DR, KERRVILLE, TX 78028

11305    FOX, DR MARYE ANN, NORTH CAROLINA STATE UNIV, OFFICE OF THE CHANCELLOR, 20 WATAUGA CLUB DR, BOX 7001/A HOLLADAY HALL, RALEIGH, NC 27695-7001

11305    FOXBORO COMPANY, PO BOX 360015, PITTSBURGH, PA 15251-6015

11305    FPL, GENERAL MAIL FACILITY, MIAMI, FL 33188-0001

11305    FRANCHI, DENISE P, 54 MORGAN RD, BILLERICA, MA 01821

11305    FRANCIOSI, MARK A, 41 THERESA AVE, LEOMINSTER, MA 01453

11305    FRANCIS, FRANCIS P, 9441 WANDERING WAY, COLUMBIA, MD 21045

11305    FRANK MAURER CO INC, PO BOX 367, CONCORD, MA 01742-0367

11305    FRANK PARSONS PAPER CO INC, ATTN: NANCY LOWENTHAL, 2270 BEAVER RD, LANDOVER, MD 20785

11305    FRANK W WINNE & SON, INC, PO BOX 15269, WILMINGTON, DE 19850-5269

11305    FRANK, CATHERINE S, 8775 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437

11305    FRANK, VICKIE B, PO BOX 712, DURANT, OK 74702

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    FRANKEL, KENNETH, 1074 WILDWOOD RD, ORADELL, NJ 07649

11305    FRANKLEN EQUIPMENT INC, 2324 E WASHINGTON ST, PO BOX 700, NEW LENOX, IL 60451

11305    FRANKLIN COVEY, PO BOX 25127, SALT LAKE CITY, UT 84125-0127

11305    FRANKLIN, ADAM J, 8107 S MERRIMAC AVE, BURBANK, IL 60459

11305    FRANKLIN, LEE W, 8107 S MERRIMAC, BURBANK, IL 60459

11305    FRANKLIN, WILLIE J, 1811 LANGSTON RD, CLINTON, SC 29325

11305    FRASCA, M W, 14183 N BUCKINGHAM DR, ORO VALLEY, AZ 85737

11305    FRASER HEALTH AUTHORITY, BURNABY HOSPITAL-3935 KINCAID STREET, BURNABY, BC    *VIA Deutsche Post*
V5G2X6CANADA

11305    FRASER HEALTH AUTHORITY, FELLBURN CARE CENTRE-6050 E. HASTINGS ST, BURNABY, BC    *VIA Deutsche Post*
V5B1R6CANADA

11305    FRASER HEALTH AUTHORITY, MSA HOSPITAL-2179 MCCALLUM ROAD, ABBOTSFORD, BC    *VIA Deutsche Post*
V2S3M1CANADA

11305    FRASER HEALTH AUTHORITY, RIDGE MEADOWS HSP PO BOX 5000,1166 LAITY ST, MAPLE RIDGE,    *VIA Deutsche Post*
BC V2X7G5CANADA

11305    FRASER HEALTH AUTHORITY, ROYAL COLUMBIA HOSPITAL 330 E. COLUMBIA ST., NEW    *VIA Deutsche Post*
WESTMINSTER, BC V3L3W7CANADA

11305    FRASER HEALTH AUTHORITY, SHERBROOKE CENTRE-330 E.COLUMBIA STREET, NEW    *VIA Deutsche Post*
WESTMINSTER, BC V3L3W7CANADA

11305    FRASER HEALTH AUTHORITY, SURREY HOSPITAL-13750 96TH AVENUE, SURREY, BC V3V1Z2CANADA    *VIA Deutsche Post*

11305    FRASER, BARBARA VICTORIA, 17C ISLAND VIEW DRIVE PO BOX 1695, BANCROFT, ON K0L    *VIA Deutsche Post*
1C0CANADA

11305    FRASER, HOWARD ALEXANDER, 17C ISLAND VIEW DRIVE PO BOX 1695, BANCROFT, ON K0L    *VIA Deutsche Post*
1C0CANADA

11305    FRASER, KRISTA ALANA, 17C ISLAND VIEW DRIVE PO BOX 1695, BANCROFT, ON K0L 1C0CANADA    *VIA Deutsche Post*

11305    FRASER, MARK HOWARD, 17C ISLAND VIEW DRIVE PO BOX 1695, BANCROFT, ON K0L 1C0CANADA    *VIA Deutsche Post*

11305    FRASSRAND, DONNA M, 1161 PEPPERWOOD TRL, NORCROSS, GA 30093

11305    FRATERNAL ORDER OF POLICE LODGE #16, PO BOX 872, OWENSBORO, KY 42302

11305    FRAYDUN ENTERPRISES/BMS MGMT, 4265 SAN FELIPE, SUITE 750, HOUSTON, TX 77027

11305    FRAYNE, PATRICIA J, 7724 S HARLEM APT 1-D, BRIDGEVIEW, IL 60455

11305    FRAYNE, PATRICIA J, 7724 W HARLEM AVE APT 1-D, BRIDGEVIEW, IL 60455

11305    FRED C JOHNSON CO, INC, MARYLAND DOOR, 7057 KIT KAT RD., ELKRIDGE, MD 21075

11305    FRED H. WILLIAMS COMPANY, PO BOX 1047, HIRAM, GA 30141-1047

11305    FREDERICK, RICHARD T, 7995 ALENE LN, LAKE CHARLES, LA 70605

11305    FREDRICK BROTHERS CORPORATION, C/O FEINGOLD & LEVY, ATTN JAY K LEVY, 10 S LASALLE ST #
900, CHICAGO, IL 60603

11305    FREEBORN, E MARY, 9 SOUTHGAIT CLOSE, ST ANDREWS, KY169QHUNITED KINGDOM    *VIA Deutsche Post*

11305    FREEBURY, DANNY JAMES, 1302 AIRTH AVENUE, LIBBY, MT 59923

11305    FREED, DONALD RAY, 410 N ST CLAIR ST, MARTINSVILLE, IN 46151

11305    FREEDMAN, MICHAEL, 5266 FAIRWAY WOODS DR #4011, DELRAY BEACH, FL 33484

11305    FREEDOM SERVICES, INC, 1406 SHOEMAKER ROAD, BALTIMORE, MD 21209

11305    FREEDOM SERVICES,INC, 1406 SHOEMAKER ROAD, BALTIMORE, MD 21209

11305    FREE-FLOW PACKAGING INTL DBA FP INTL, 1090 MILLS WAY, REDWOOD CITY, CA 94063

11305    FREEH, GLENN M, PO BOX 401, SPRINGTOWN, PA 18081

11305    FREELAND HOIST & CRANE INC, 1600 S CATON AVE, BALTIMORE, MD 21227

11305    FREEMAN, BRIAN L, 24830 BROADMORE AVE, HAYWARD, CA 94544

11305    FREEMAN, BRUCE L, 215 CRESTVIEW DR, GREENVILLE, SC 29609

11305    FREEMAN, SHAWN C, 1012 PHILLIP DR, GLEN BURNIE, MD 21061

11305    FREEPORT CENTER ASSOCIATED, PO BOX 160466, CLEARFIELD, UT 84016-0466

11305    FREEPORT CENTER ASSOCIATES, PO BOX 160466, CLEARFIELD, UT 84016

11305    FREIBERGER JR, JOHN G, 4722 TRADE WINDS DR S, GULFPORT, FL 33711

11305    FRENCH CONSTRUCTION SERVICES INC, 1210 N MACON ST, BALTIMORE, MD 21205

11305    FRESENIUS MEDICAL CARE HOLDINGS INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL &
EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    FRESENIUS USA INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096

11305    FREY, STEVE W, 524 QUARTZ RD, LIBBY, MT 59923

11305    FRIAL, CONSTANTINO C, 2135 SPRING LAKE DR, MARTINEZ, CA 94553

11305    FRIAL, VICTORIA M, 2135 SPRING LAKE DR, MARTINEZ, CA 94553

11305    FRICK, JAMES W, 720 S COLLIER BLVD UNIT #306, MARCO ISLAND, FL 34145

11305    FRIDDLE SR, W HAROLD, 3 PARKHURST AVE, GREENVILLE, SC 29609-1804

11305    FRIEND SR, LEO C, 498 WESLEY COLEMAN RD, LONGVILLE, LA 70652

11305    FRIIS, NILS, 3432 N OCEAN BLVD, GULF STREAM, FL 33483

11305    FRISK, MICHAEL D, 10126 RODONA DR, COLUMBIA, MD 21044

11305    FRITSCHE, LAWRENCE R, 5300 GREENHILL AVE, BALTIMORE, MD 21206

11305    FRIZZELL, MARGARET H, 1534 SHADYSIDE RD, BALTIMORE, MD 21218

11305    FROEHLING & ROBERTSON INC, PO BOX 26032, RICHMOND, VA 23261

11305    FRONTLINE DATA SOLUTIONS, INC, 122 WEST WAY, STE 401A, LAKE JACKSON, TX 77566

11305    FRUGE, DANIEL R, 2413 BRICKTON RD, WILMINGTON, DE 19803

11305    FSD - FILTRATION & SEPARATION DYNAMICS, FSD - AQUA CARE SYSTEMS, INC, 9542 HARDPAN ROAD, ANGOLA, NY 14006

11305    FTF CRAWLSPACE SPECIALISTS INC, 564 DANBURY RD, ATTN ANTHONY BUONAIUTO, NEW MILFORD, CT 06776

11305    FUCHS LUBRICANTS CO, 17050 LATRHOP AVE, HARVEY, IL 60426

11305    FUKUNAGA, MATAYOSHI, HERSHEY &, 841 BISHOP ST SUITE 1200, HONOLULU, HI 96813

11305    FULLER BULK HANDLING CORP, 2040 AVE C, BETHLEHEM, PA 18017-2188

11305    FULLER, STEVEN, 1212 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413

11305    FULMER, GLENN E, 11505 CROWS NEST RD, CLARKSVILLE, MD 21029

11305    FULMER, STEVE H, 1709 TURTLE RIDGE WAY, RALEIGH, NC 27614

11305    FULMERS TOP SHOP INC, 664-A YORK ST NE, AIKEN, SC 29801

11305    FULTON COUNTY TAX COMMISSIONER, 141 PRYOR ST SW ROOM 1113, ATTN: LINDA ADKINSON, BANKRUPTCY, ATLANTA, GA 30303

11305    FULTON COUNTY WATER & SEWER REVENUE, FUND, INDUSTRIAL MONITORING UNIT, 1030 MARIETTA HWY., ROSWELL, GA 30075

11305    FULTON COUNTY WATER & SEWER, 141 PRYOR ST , STE 7001, ATLANTA, GA 30303

11305    FURLOTTE, PAUL V, 620 MASTERS WAY, PALM BEACH GARDNS, FL 33418

11305    FURMANEK, MARYANN, 1680 YORK AVE APT #3C, NEW YORK, NY 10128

11305    FURMANITE INC, PO BOX 201511, HOUSTON, TX 77216-1511

11305    FURNITURE WAREHOUSE LIQUIDATORS, 144 HIDDEN CREEK LN, RINGGOLD, GA 30736-8257

11305    FURROW SR, RICHARD G, 6388 LOUDON AVE, ELKRIDGE, MD 21075

11305    FUS INC, C/O WILLIAM W ERHART ESQ, 300 DELAWARE AVE STE 1130, PO BOX 234, WILMINGTON, DE 19899

11305    FUSANI, TERESA A, 343 CANTON ST, DEPEW, NY 14043

11305    FUSCO, CHRISTOPHER J, 18 YOUNGS RD, WESTWOOD, MA 02090-3003

11305    FUSELIER, DARYL W, 7797 MCCIMDY, LAKE CHARLES, LA 70607

11305    FUSELIER, DARYL, 7797 MCCIMDY, LAKE CHARLES, LA 70607

11305    FYLER, STEPHEN J, 5 FAIRWAY DR APT 19, DERRY, NH 03038-8126

11305    G C LIMITED PARTNERS I, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305    G C MANAGEMENT, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305    G NEIL COMPANIES, PO BOX 451179, SUNRISE, FL 33345-1179

11305    G.C.I., PO BOX 3749, BATON ROUGE, LA 70821

11305    GADO, JAMES E, 2 SIMON HAPGOOD LN, CONCORD, MA 01742

11305    GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102

11305    GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102

11305    GAFF, JAMES L, 2631 MCDONALD TER, MOUNT DORA, FL 32757

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   GAFFKE, JOHN N, 21 HOLBROOK DR, NASHUA, NH 03062-2137

11305   GAGNIER, MICHAEL L, 25561 PACIFIC CREST DR, MISSION VIEJO, CA 92692-5050

11305   GAGNON, LUCILLE C, 145 SIXTH AVE, LOWELL, MA 01854

11305   GAIE, FRANCINE M, 2537 ASCOT PL, SUAMICO, WI 54173

11305   GAINES, MILDRED, RR 2 BOX 66, GRAPELAND, TX 75844-9514

11305   GALACE, N R, 6701 W 63RD ST, CHICAGO, IL 60638

11305   GALLAGHER, ELIZABETH A, 1020 NEWFIELD AVE, STAMFORD, CT 06905

11305   GALLAGHER, LARRY, 1417 FIFTH STREET NE, MINNEAPOLIS, MN 55413

11305   GALLAGHER, LORRAINE L, 18035 CLEARBROOK CIR, BOCA RATON, FL 33498

11305   GALLAGHER, LORRAINE M, 108 WARREN ST, ARLINGTON, MA 02474-5240

11305   GALLET DREYER & BERKEY LLP, C/O DAVID L BERKEY ESQ, GALLET DREYER & BERKEY LLP, 845 THIRD AVENUE, NEW YORK, NY 10022

11305   GALLIMORE, BOYD, 4018 KNOLLWOOD DRIVE, ARCHDALE, NC 27263

11305   GALLION, WILLIAM R, 1107 STROMKO DR, FALLSTON, MD 21047

11305   GALLO, JEFFREY LEE, 1709 US HWY 2 S, LIBBY, MT 59923

11305   GALLOWAY, WILLIAM, 14062 S HEMINGWAY CIR, PLAINFIELD, IL 60544

11305   GALSON LABORATORIES, ACCOUNTING DEPT, 6601 KIRKVILLE RD BOX 369, EAST SYRACUSE, NY 13057-0369

11305   GALVIN, EILEEN M, 11336 LITTLE BEAR WAY, BOCA RATON, FL 33428

11305   GAMMA HOLDING NV, C/O MEINT VENINGA, HOOGEINDSESTRAAT 47, AL HELMOND, 000005705NETHERLANDS         **\*VIA Deutsche Post\***

11305   GANAHL, ANDREW B, 4051 CROWN RANCH RD, CORONA, CA 92881-4714

11305   GANDY, WAYMON, 1504 G TERRANCE, FORT PIERCE, FL 34950

11305   GANNON, JAMES P, 817 LINCOLN DR, BROOKHAVEN, PA 19015

11305   GANTT, ANTHONY RONALD, 2902 TROY PLACE, DISTRICT HEIGHTS, MD 20747

11305   GANTT, GEORGE W, 2207 BELLOW RD, VINTON, LA 70668

11305   GAPI - GRACE ASIA PACIFIC INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GARBACZ, GERALD G, 339 DERBYSHIRE LN, RIVA, MD 21140

11305   GARBER JR, BENJAMIN A, 165 PETTICOAT LN, LAKE CHARLES, LA 70605

11305   GARCIA, HOWARD, 14533 AGAVE WAY, ADELANTO, CA 92301

11305   GARCIA, JORGE A, 8015 W TURNEY AVE, PHOENIX, AZ 85033

11305   GARCIA, JOSE F, 5116 W 22ND PL, CICERO, IL 60804-2921

11305   GARCIA, JOSEPH, 12702 GLORIA ST, GARDEN GROVE, CA 92843

11305   GARCIA, NANCY K, 14586 PENDLETON ST, HESPERIA, CA 92345

11305   GARCIA, RUBY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   GARDINER, WILLIAM D, C/O W D GARDINER, 236 CRESTWOOD ST, LAKE CHARLES, LA 70605-6668

11305   GARDNER, JOSEPH C, 742 ARTESIA AVE, LADY LAKE, FL 32162

11305   GARDNER, LYNNE S, REMEDIAN GROUP INC, 6401 POPLAR AVE STE 301, MEMPHIS, TN 38119

11305   GARDNER, PAUL J, 4950 RELLEUM AVE, CINCINNATI, OH 45238

11305   GARLINGTON LOHN & ROBINSON, 199 WEST PINE, MISSOULA, MT 59807-7909

11305   GARNER, CHARLES E, PO BOX 162, SEQUATCHIE, TN 37374

11305   GARNER, PATRICIA HELEN, 827 18 1/2 AVE NE, MINNEAPOLIS, MN 55418

11305   GARRETSON JR, RICHARD C, 4 SMITH FARM RD, STRATHAM, NH 03885

11305   GARRINGER, KATHLEEN, 2930 AUSTIN BLUFFS STE 202, COLORADO SPRINGS, CO 80918

11305   GARRISON, CHARLENE M, 12 1 2 GARRISON RD PO BOX 424, TROY, MT 59935

11305   GARRISON, CHARLENE MINNETTE, 12 1/2 GARRISON RD PO BOX 424, TROY, MT 59935

11305   GARRISON, LARRY G, 390 OAK RUN, CLARKSVILLE, VA 23927

11305   GARRITY, STEPHEN C, C/O STEPHEN GARRITY, 19 WESTLAND AVE, CHELMSFORD, MA 01824

11305   GARST, JAMES R, C/O JAMES GARST, 223 ARDEN RD, BALTIMORE, MD 21225

11305   GARTNER, ELLIS M, C/O DR ELLIS M GARTNER, 42 RUE J-M BERNARD MONTCHAT, LYON, 69003FRANCE         **\*VIA Deutsche Post\***

11305   GARVEY, DONALD F, 12154 SHADYTREE LN S, ARLINGTON, TN 38002

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | GARY FILTRATION, PO BOX 1825, LAKE CHARLES, LA 70602 | |
| 11305 | GASCOYNE LABORATORIES INC, 2101 VAN DEMAN ST, BALTIMORE, MD 21224 | |
| 11305 | GASQUE, MARY L, 1010 SMOKE TREE RD, PIKESVILLE, MD 21208 | |
| 11305 | GASTON, GRADY F, 220 SALUDA VIEW DR, EASLEY, SC 29640 | |
| 11305 | GATES, JERRY W, 8911 GARRISON RD, GENTRYVILLE, IN 47537 | |
| 11305 | GATEWAY INVESTORS INC, 5215 EDINA INDUSTRIAL BLVD, SUITE 100, EDINA, MN 55439 | |
| 11305 | GATTE, ROBERT R, STORA GARDA 43, GOTEBORG, 41270SWEDEN | *VIA Deutsche Post* |
| 11305 | GAUCHER ASSOCIATES INC, PO BOX 30995, WALNUT CREEK, CA 94598 | |
| 11305 | GAUDETTE, ROGER R, 8 WATERVIEW CIR, LITCHFIELD, NH 03052 | |
| 11305 | GAUERKE, GERALD ALVIN, PO BOX 12, TURPIN, OK 73950 | |
| 11305 | GAULT, JAMES R, 132 WATSON RD, FOUNTAIN INN, SC 29644 | |
| 11305 | GAULT, JENNIE ELIZABETH, 702 N MAIN ST, FOUNTAIN INN, SC 29644 | |
| 11305 | GAUSE, STANLEY R, 2890 NW 29TH AVE, BOCA RATON, FL 33434 | |
| 11305 | GAY, DAVID M, 7179 MOORLAND DR, CLARKSVILLE, MD 21029 | |
| 11305 | GC ZARNAS & CO, INC, 850 JENNINGS ST., BETHLEHEM, PA 18017 | |
| 11305 | GE CAPITAL CORPORATION, C/O THOMAS V ASKOUNIS ESQ, ASKOUNIS & BORST P.C., 303 E WACKER DR STE 1000, CHICAGO, IL 60601 | |
| 11305 | GE CAPITAL CORPORATION, C/O THOMAS V ASKOUNIS, ASKOUNIS & BORST P.C., 303 E WACKER DR STE 1000, CHICAGO, IL 60601 | |
| 11305 | GE CAPITAL MODULAR SPACE, 426 W LANCASTER AVE, DEON, PA 19333-1510 | |
| 11305 | GE CAPITAL MODULAR SPACE, PO BOX 641595, PITTSBURGH, PA 15264-1595 | |
| 11305 | GE CAPITAL, PO BOX 642111, PITTSBURGH, PA 15264-2111 | |
| 11305 | GE CAPITAL, PO BOX 740423, ATLANTA, GA 30374-0423 | |
| 11305 | GEAR, JOHN T, 36 CLEAR POND DR, WALPOLE, MA 02081 | |
| 11305 | GEARY, TERRY L, 2224 OLD HWY 171, LAKE CHARLES, LA 70615 | |
| 11305 | GEC DIVESTMENT CORPORATION LTD., 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 11305 | GEC MANAGEMENT CORPORATION, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 11305 | GEE, MICHAEL D, 7 MEADOW DR, LITTLETON, MA 01460 | |
| 11305 | GEER, MARY K, 141 CONIFER ROAD, LIBBY, MT 59923 | |
| 11305 | GEHLERT CARTER & FISHER PA, 4710 PENNINGTON AVE, BALTIMORE, MD 21226 | |
| 11305 | GEHRKE JR, PAUL SIDNEY, 1032 LOUISIANA AVE, LIBBY, MT 59923 | |
| 11305 | GEHRKE, SHARON KAY, 1032 LOUISIANA AVE, LIBBY, MT 59923 | |
| 11305 | GEIGER PUMP & EQUIPMENT, 8924 YELLOW BRICK RD., BALTIMORE, MD 21237 | |
| 11305 | GEISLER, WILLIAM L, 602 LUTHER ST, BROOKLYN PARK, MD 21225 | |
| 11305 | GEMINI SOUND PRODUCTS CORP., 2 GERMAK DR, CARTERET, NJ 07008-1217 | |
| 11305 | GEMMILL, WAYNE C, 18 STILLWAY CT, COCKEYSVILLE, MD 21030 | |
| 11305 | GENERAL CONTAINER CORP, PO BOX 6140, SOMERSET, NJ 08875-6140 | |
| 11305 | GENERAL ELECTRIC CAPITAL BUSINESS ASSET, C/O CONRAD K CHIU ESQ, PITNEY HARDIN KIPP & SZUCH LLP, 685 THIRD AVE, NEW YORK, NY 10017 | |
| 11305 | GENERAL ELECTRIC CAPITAL CORPORATION, C/O CONRAD K CHIU ESQ, PITNEY HARDIN KIPP & SZUCH LLP, 685 THIRD AVE, NEW YORK, NY 10017 | |
| 11305 | GENERAL ELECTRIC CAPITAL CORPORATION, C/O RONALD S BEACHER, PITNEY HARDIN KIPP & SZUCH LLP, 711 THIRD AVE, NEW YORK, NY 10017-4014 | |
| 11305 | GENERAL LATEX AND CHEMICAL CORP, PO BOX 709, DALTON, GA 30722-0709 | |
| 11305 | GENERAL MACHINERY COMPANY, INC, PO BOX 830811, DRAWER 910, BIRMINGHAM, AL 35283-0811 | |
| 11305 | GENERAL MOTORS ACCEPTANCE CORPORATION, PO BOX 5055, TROY, MI 48007-5055 | |
| 11305 | GENERAL SURFACTANTS INC, C/O HERBERT SANDERS, GENERAL SURFACTANTS INC, 600 WAUKEGAN RD STE 16, GLENVIEW, IL 60025 | |
| 11305 | GENTILLE, PAUL JOSEPH, 11 KENWOOD STREET, WARWICK, RI 02889 | |
| 11305 | GENTRY, MARTHA A, 2211 VININGS N LN, SMYRNA, GA 30080 | |
| 11305 | GENUITY SOLUTIONS INC, PO BOX 101765, ATLANTA, GA 30392-1765 | |
| 11305 | GEO SPECIALTY CHEMICALS, INC, PO BOX 198005, ATLANTA, GA 30384 | |
| 11305 | GEOANALYSIS INC, 3110 SO WADSWORTH BLVD STE 108, DENVER, CO 80227 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305    GEORGE C DOUB P C & ASSOC, 12 W MADISON ST, BALTIMORE, MD 21201-5231

11305    GEORGE E BOOTH COMPANY INC, 8202 W 10TH ST, INDIANAPOLIS, IN 46214

11305    GEORGE MANN & CO INC, 700 GALLERIA PKWY SE STE 350, ATLANTA, GA 30339-5932

11305    GEORGE RUHL & SON, INC, PO BOX 250, HANOVER, MD 21076

11305    GEORGE S COYNE CHEMICAL COMPANY, 3015 STATE RD, CROYDON, PA 19021-6997

11305    GEORGE S EDWARDS CO, INC, PO BOX 201715, HOUSTON, TX 77216-1715

11305    GEORGE, PAMELA G, TWO W 120TH ST APT #2A, NEW YORK, NY 10027

11305    GEORGELIS, JOANNE, 19 COLEMAN RD, ARLINGTON, MA 02476

11305    GEORGIA DEPT OF REVENUE, DEPT OF REVENUE, PO BOX 38143, ATLANTA, GA 30334

11305    GEORGIA PACIFIC CORPORATION, ATTN CREDIT MANAGER, 133 PEACHTREE ST NE 30303, PO BOX 105605, ATLANTA, GA 30348-5605

11305    GEORGIA POWER, 96 ANNEX, ATLANTA, GA 30396-0001

11305    GEORGIA PUMP INC, 6289 BANKHEAD HWY BLDG 16, AUSTELL, GA 30168

11305    GEORGIS CATERING INC, 6339 S CENTRAL AVE, CHICAGO, IL 60638

11305    GEOTEST ENGINEERING INC, 5600 BINTLIFF DRIVE, HOUSTON, TX 77036

11305    GEOTRANS INC, 46050 MANEKIN PLZ STE, STERLING, VA 20165

11305    GERLING KONZERN ALLGEMEINE VERSICHERUNGS AG, C/O JURGEN MULLER, GERLING KONZERN,     *VIA Deutsche Post*
         ALLGEMEINE VERSICHERUNGS AG, GEREONSHOF, 50597GERMANY

11305    GERLING KONZERN ALLGEMEINE VERSICHERUNGS AG, C/O JURGEN MULLER, GIS LIABILITY CLAIMS     *VIA Deutsche Post*
         MANAGEMENT, VON-WERTH-STRABE 4-14, COLOGNE, 50597GERMANY

11305    GERMAN AMERICAN REAL ESTATE CORP, C/O JOHN W HATHAWAY, 701 5TH AVE STE 3401, SEATTLE, WA 98104

11305    GERTZ, JULIE ANN, 2912 DAKOTA AVE SO, ST LOUIS PARK, MN 55416

11305    GFA SALES AND SERVICE, 2450 BROOKS COURT SOUTH, SMYRNA, GA 30082

11305    GFS CHEMICALS INC, PO BOX 245, POWELL, OH 43065

11305    GHENT, BRYAN W, 611 REMINGTON RD, FALLSTON, MD 21047

11305    GIAMMONA, ANN M, 9618 LIABLE RD, HIGHLAND, IN 46322

11305    GIAMPAOLO, THOMAS S, 1521 CUSTOMS RD, BALTIMORE, MD 21237

11305    GIARDINELLI, MICHAEL, 54 BEECHWOOD DR, ROBBINSVILLE, NJ 08691

11305    GIBBS, DAVID A, 74 HOMESTEAD ST, WABAN, MA 02468

11305    GIBBS, JOSEPH H, 7124 MARIANA CT, BOCA RATON, FL 33433

11305    GIBBS, KATHERINE G, 1302 HOLLIBEN RD, SEVERNA PARK, MD 21146

11305    GIBIAN, THOMAS G, PO BOX 219, SANDY SPRING, MD 20860

11305    GIBSON JR, ERVIN, 3401 GWYNNSFALLS PKWY, BALTIMORE, MD 21216

11305    GIBSON, MARLENE SUE, POST OFFICE BOX 11971, CHARLOTTE, NC 28220

11305    GIBSON, MICHAEL, 703 PRYOR COVE RD, JASPER, TN 37347

11305    GIDDINGS & LEWIS LLC FKA BASIC ELECTRONICS INC, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241

11305    GIESTA, PAUL A, 31 LODGEN CT UNIT 1A, MALDEN, MA 02148

11305    GILBERT, FRANCINE K, 517 WYNGATE RD, TIMONIUM, MD 21093

11305    GILBERT, GERALD D, C/O GERALD GILBERT, 4742 EDGAR RD, SULPHUR, LA 70665

11305    GILES CONSTRUCTION CO, INC, 2600 BROUSSARD ROAD, SULPHUR, LA 70663

11305    GILES III, HARVE B, 126 CTY RD 973, FLAT ROCK, AL 35966

11305    GILL, GLADYS ELIZABETH, 924 ZEB HELMS ROAD, MONROE, NC 28112

11305    GILLEN, GEORGE B, 7040 W PALMETTO PK RD, #4-124, BOCA RATON, FL 33433

11305    GILLIS, DARLENE R, 9 BALDWIN RD, BILLERICA, MA 01821

11305    GILMORE III, JOHN E, 4413 SARVER ST, LAKE CHARLES, LA 70605

11305    GILMORE, JOSEPH R, 46469 ARBORETUM CIR, PLYMOUTH, MI 48170

11305    GILMORE, LOIS S, 46469 ARBORETUM CIR, PLYMOUTH, MI 48170

11305    GILSON MEDICAL ELECTRONIC, PO BOX 620027, MIDDLETON, WI 53562

11305    GILWORTH, ERIC G, 5712 HWY 234, CENTRAL POINT, OR 97502

11305    GINN, GLADYS, PO BOX 442, PIEDMONT, SC 29673

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   GINN, LON W, PO BOX 442, PIEDMONT, SC 29673

11305   GINNATY, JOSEPH M, 815 MINNESOTA AVE, LIBBY, MT 59923

11305   GINNATY, SHANNAN L, 815 MINNESOTA AVE, LIBBY, MT 59923

11305   GINO, DOMONICK SILVIO, 39985 1/2 OLD HWY 80, BOULEVARD, CA 91905

11305   GINO, KIRAH ROSE, 9249 CARLTON OAKS DR #55, SANTEE, CA 92071

11305   GIPSON, LARRY J, 7828 WOODSIDE TER #102, GLEN BURNIE, MD 21061

11305   GISCHEL MACHINE CO INC, PO BOX 3480, BALTIMORE, MD 21226

11305   GISSLEN, ANDERS PETER, 420 WELLESLEY AVE, CINCINNATI, OH 45224

11305   GISSLEN, ANN-MARIE YVONNE, 420 WELLESLEY AVE, CINCINNATI, OH 45224

11305   GISSLEN, JAN MICHAEL, 420 WELLESLEY AVE, CINCINNATI, OH 45224

11305   GISSLEN, MR JAN MAGNUS, 420 WELLESLEY AVE, CINCINNATI, OH 45224

11305   GISSLEN, THOMAS MAGNUS, 420 WELLESLEY AVE, CINCINNATI, OH 45224

11305   GIW INDUSTRIES INC, 5000 WRIGHTSBORO RD, GROVETOWN, GA 30813

11305   GLADYSZ, KRYSTYNA E, 106 SANDHILL RD, BALTIMORE, MD 21221

11305   GLAS-COL, PO BOX 2128, TERRE HAUTE, IN 47802

11305   GLASER, ROBERT D, 1452 PATHFINDER AVE, WESTLAKE VILLAGE, CA 91362

11305   GLASS DESIGN INC, 8805 W. 100TH ST SO, SAPULPA, OK 74067

11305   GLEMZA, RIMANTAS, 2100 CHANTILLA RD, BALTIMORE, MD 21228

11305   GLEN BURNIE SIGNWORKS, 131 ROESLER RD., GLEN BURNIE, MD 21060

11305   GLEN W MORGAN OF REAUD MORGAN & QUINN INC, C/O KEAVIN D MCDONALD, WILSHIRE SCOTT & DYER PC, 1221 MCKINNEY STE 3000, HOUSTON, TX 77010

11305   GLENDALE PACKAGE STORE, 1093 LEXINGTON ST, WALTHAM, MA 02452

11305   GLENN INDUSTRIES, PO BOX 367, SPRING HOUSE, PA 19477

11305   GLI INTERNATIONAL, HACH CO KENT ROBERTS, PO BOX 389, ATTN KENT ROBERTS, LOVELAND, CO 80539-0389

11305   GLISCI, RONALD A, 53 LAURA DR, MONSEY, NY 10952

11305   GLOBAL COMPUTER SUPPLIES, 175 AMBASSADOR DR, NAPERVILLE, IL 60540

11305   GLOBAL CROSSING CONFERENCING, DEPT 518, DENVER, CO 80291-0518

11305   GLOBAL ENVIRONMENTAL SOLUTIONS INC, 2121 NEWMARKET PKWY, STE 140, MARIETTA, GA 30067

11305   GLOBAL EQUIPMENT, 120B SATELLITE BLVD, SAWANEE, GA 30024

11305   GLOBAL HEALTH SCIENCES CREDITOR TRUST, C/O DAVID F HEROY ESQ, BELL BOYD & LLOYD LLC, 70 W MADISON ST, STE 3300, CHICAGO, IL 60602-4207

11305   GLOBAL STONE CHEMSTONE CORPORATION, ST, PO BOX 71, 1696 ORANDA RD, STRASBURG, VA 22657

11305   GLOBAL TRADE COMPLIANCE LLC, 1908 COVEY COURT, IRVING, TX 75060-6744

11305   GLOUCESTER NEW COMMUNITIES CO, INC, VILLAGE DRIVE, SWEDESBORO, NJ 08085

11305   GLOWNIAK, STANLEY B, PO BOX 51134, SPARKS, NV 89434

11305   GLOYD, ROBERT ANTHONY, 2721 CONNIE DR., SACRAMENTO, CA 95815

11305   GMF CONTRACTORS EQUIPMENT, 8846 W 47TH ST, BROOKFIELD, IL 60513

11305   GN HOLDINGS, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GNM, INC, 5500 CHEMICAL RD., BALTIMORE, MD 21226

11305   GNR ENGINEERING SERVICES, 1312 CARRIAGE RUN WEST, CONROE, TX 77384

11305   GODDARD, RONALD M, 316 W LEGION BLVD, OWENSBORO, KY 42303

11305   GODFREY, MARGARET L, 203 MARY HANNA RD, WOODRUFF, SC 29388

11305   GODFREY, MARGARET LAWRENCE, 203 MARY HANNA RD, WOODRUFF, SC 29388

11305   GODIN, DAVID A, 14807 S LAWNDALE, MIDLOTHIAN, IL 60445

11305   GODIN, DAVID A, C/O DAVID GODIN, 14807 S LAWNDALE AVE, MIDLOTHIAN, IL 60445

11305   GOEBEL, ALBA, 798 HARTSDALE RD, WHITE PLAINS, NY 10607

11305   GOEPPINGER, ALAN, 8831 KENNETH TERR, SKOKIE, IL 60076-1818

11305   GOERING, ARNOLD M, 1101 MCADOO AVE, BALTIMORE, MD 21207

11305   GOERING, ROBERT A, TREASURER OF HAMILTON COUNTY, 138 E COURT ST, CINCINNATI, OH 45202

11305   GOERS, GARY FRANK, 8106 KENSINGTON LANE, HARRISBURG, NC 28075

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | GOFF, RODNEY S, 1202 CENTER ST, VINTON, LA 70668 | |
| 11305 | GOGOL, EDWARD J, 9099 CAVATINA PL, BOYNTON BEACH, FL 33437 | |
| 11305 | GOGOL, MARGARET M, 9099 CAVATINA PL, BOYNTON BEACH, FL 33437 | |
| 11305 | GOINS UNDERKOFLER CRAWFORD & LANGDON, ATTN: JOHN J SHEEDY, 4800 RENAISSANCE TOWER, 1201 ELM ST, DALLAS, TX 75270 | |
| 11305 | GOKE, ROBBIE W, 3200 WESTWOOD RD #93, WESTLAKE, LA 70669 | |
| 11305 | GOLD CUP COFFEE SERVICE, PO BOX 669, ANNAPOLIS JUNCTION, MD 20701 | |
| 11305 | GOLDADE, LYNN A, W11281 BILKEY RD, LODI, WI 53555 | |
| 11305 | GOLDEN JR, MACK E, 2325 13TH ST, LAKE CHARLES, LA 70601 | |
| 11305 | GOLDEN, CLIFTON, 7516 RACE RD, HANOVER, MD 21076 | |
| 11305 | GOLDIN, BARRY A, 4300 NW 28TH AVE, BOCA RATON, FL 33434 | |
| 11305 | GOLDMAN PROMOTIONS, 10515 LIBERTY AVE, PO BOX 21573, SAINT LOUIS, MO 63132 | |
| 11305 | GOLDMANS TRUE VALUE, 2615 COLUMBIA HWY N, AIKEN, SC 29805 | |
| 11305 | GOLDSMITH, GAIL N, 804 AVON DR, TAYLORS, SC 29687 | |
| 11305 | GOMES, PAUL R, 126 OAKLAND ST, MALDEN, MA 02148 | |
| 11305 | GOMPF, HAROLD, 18840 MERIDAN AVE N., SHORELINE, WA 98133 | |
| 11305 | GONDEK, JOSEPH H, 95 PARK DR #4, BOSTON, MA 02215 | |
| 11305 | GONZALES, JESSE J, 13523 GUNDERSON AVE, DOWNEY, CA 90242 | |
| 11305 | GONZALEZ, VICTOR, 668 MAXEY RD, HOUSTON, TX 77013 | |
| 11305 | GONZALO GONZALEZ & ASSOC. INC, PO BOX 11850 SUITE 140, SAN JUAN, PR 00922-1850 | |
| 11305 | GOOD, ANDREW S, 303 WELDIN RD, WILMINGTON, DE 19803 | |
| 11305 | GOOD, CONNIE M, 3291 CRATER RD, WOOSTER, OH 44691 | |
| 11305 | GOODALL RUBBER CO., PO BOX 73577, CHICAGO, IL 60673-7577 | |
| 11305 | GOODING RUBBER COMPANY, 10321 WERCH DR STE 200, WOODRIDGE, IL 60517 | |
| 11305 | GOODMAN BROS STEEL DRUM CO INC, 18 DIVISION PLACE, BROOKLYN, NY 11222 | |
| 11305 | GOODMAN, DR ERNEST M, AVENUE DU LEMAN 14, LAUSANNE, 000001005SWITZERLAND | *VIA Deutsche Post* |
| 11305 | GOODMAN, DR ERNEST M, AVENUE DU LEMAN 14, LAUSANNE, 1005SWITZERLAND | *VIA Deutsche Post* |
| 11305 | GOODMAN, MASSEY B, CO ROXIE VIATOR, 2728 WESTER AVE, ORANGE, TX 77630 | |
| 11305 | GOODMAN, ROBERT B, 80-47 188TH ST, JAMAICA, NY 11423 | |
| 11305 | GOODNOUGH, R J, C/O JACK GOODNOUGH, PO BOX 274, SIMPSONVILLE, SC 29681 | |
| 11305 | GOODWIN PROCTER LLP, KEN FELTER P.C., EXCHANGE PLACE, BOSTON, MA 02109 | |
| 11305 | GOODYEAR CHEMICAL, 1117 PERIMETER CENTER WEST, SUITE E400, ALTANTA, GA 30338-5417, P.O. BOX 100605, ATLANTA, GA 30384-0605 | |
| 11305 | GOODYEAR TIRE & RUBBER CO, PO BOX 100605, REFERENCE #1550, ATLANTA, GA 30384-0605 | |
| 11305 | GOODYEAR TIRE & RUBBER COMPANY, REFERENCE #1550, PO BOX 100605, ATLANTA, GA 30384-7810 | |
| 11305 | GORDON & REES LLP, EMBARCADERO WEST, 275 BATTERY ST #2000, SAN FRANCISCO, CA 94111 | |
| 11305 | GORDON ALTMAN WEITZEN SHAVLOV & WEIN LLP, C/O SAM BARKIN, HELLER EHRMAN WHITE & MCAULIFFE, 120 W 45TH ST, NEW YORK, NY 10036 | |
| 11305 | GORE, PHYLLIS A, 954 KLEE MILL RD, WESTMINSTER, MD 21157 | |
| 11305 | GORMAN JR, FRANK C, 400 MARGARET AVE, BALTIMORE, MD 21221 | |
| 11305 | GORMAN, ALBAN J, 31 HOLGATE CRES, BOWMANVILLE, ON L1C3R6CANADA | *VIA Deutsche Post* |
| 11305 | GORMAN, BOBBY, 1550 OAKDALE RD, CANTON, GA 30114 | |
| 11305 | GORSUCH, JOHN R, 6218 OAK HILL DR, SYKESVILLE, MD 21784 | |
| 11305 | GORTH, MICHAEL J, 7667 CEDAR DR, PASADENA, MD 21122 | |
| 11305 | GOSS, JIMMIE L, 2201 NW 2ND AVE, POMPANO, FL 33069 | |
| 11305 | GOSSE, AMY L, 1411 ERIN LN, WAUKESHA, WI 53188 | |
| 11305 | GOSSETT ELECTRICAL SERVICES, 232 GOSSETT DRIVE, BLOUNTSVILLE, AL 35031 | |
| 11305 | GOSSETT, JAMES F, 109 DUMBARTON AVE, SIMPSONVILLE, SC 29681 | |
| 11305 | GOSSIN, MARIAN L, 8608 WATER FALL DR, LAUREL, MD 20723 | |
| 11305 | GOUGH ECON,INCDEPT N-0012, PO BOX 530103, ATLANTA, GA 30353-0103 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   GOULSTON & STORRS PC, C/O DOUGLAS B ROSNER ESQ, 400 ATLANTIC AVE, BOSTON, MA 02110-3333

11305   GOUVEIA, JOHN P, 1748 GOLDEN LAKE CT, CHESTERFIELD, MO 63017

11305   GOUVEIA, JOHN, 1748 GOLDEN LAKE CT, CHESTERFIELD, MO 63017

11305   GOVERNDALE, BEN, MT VIEW, WY

11305   GOVERNMENT OF THE DISTRICT OF COLUMBIA, OFFICE OF TAX & REVENUE, COLLECTION DIV SPECIAL INVESTIGATION UNIT, 941 NORTH CAPITOL ST NE, WASHINGTON, DC 20002

11305   GOVERNMENT OF THE DISTRICT OF COLUMBIA, OFFICE OF TAX AND REVENUE, 941 NORTH CAPITOL ST NE 5TH FL, WASHINGTON, DC 20002

11305   GOVERT JR, MAURICE J, 8206 AUSTIN AVE, SCHERERVILLE, IN 46375

11305   GOYTISOLO, JORGE A, 600 GRAPETREE DR APT 3DS, KEY BISCAYNE, FL 33149

11305   GOYTISOLO, JORGE A, 600 GRAPETREE DR APT 3DS, MIAMI, FL 33149

11305   GOYTISOLO, JORGE A, 600 GRAPETREE DR-APT 3DS, KEY BISCAYNE, FL 33149

11305   GPM, INC, PO BOX 26850, MACON, GA 31221-6850

11305   GRACE A-B II INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE A-B INC., BERGA ALLE, SE-254 52, HELSINGBORG, SWEDEN     *VIA Deutsche Post*

11305   GRACE ASIA PACIFIC, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE CANADA, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE CONTAINER, SA DE CV (MEXICO), 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE CULINARY SYSTEMS, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE DAREX GMBH, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE DRILLING COMPANY, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE ENERGY CORPORATION, 501 ELM ST, SUITE 410, DALLAS, TX 75202-3333

11305   GRACE EUROPE, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE H-G II INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE H-G INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE HOTEL SERVICES CORPORATION, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE III, JOSEPH P, C/O J P GRACE III, 12523 RENOIR LN, DALLAS, TX 75230

11305   GRACE INTERNATIONAL HOLDINGS, INC, 501 ELM ST, SUITE 395, DALLAS, TX 75202

11305   GRACE MANAGEMENT SERVICES, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE OFFSHORE COMPANY, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE PAR CORPORATION, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE PETROLEUM LIBYA INCORPORATED, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE TARPON INVESTORS, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACE, LLOYD F, 611 HAYWARD MILL RD, CONCORD, MA 01742-4610

11305   GRACE, MARGARET F, C/O BRESLOW & WALKER LLP, ATTN JOEL M WALKER, 767 THIRD AVE, NEW YORK, NY 10017

11305   GRACE, MARGARET F, C/O BRESLOW & WALKER LLP, ATTN: JOEL M WALKER, 767 THIRD AVE, NEW YORK, NY 10017

11305   GRACE, PATRICK P, C/O BRESLOW & WALKER LLP, ATTN: JOEL M WALKER, 767 THIRD AVE, NEW YORK, NY 10017

11305   GRACOAL II, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRACOAL, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   GRADDY, KENNETH, 9239 CHRISTO CT, OWINGS MILLS, MD 21117

11305   GRAF, CARL N, 115 FIELD POINT CIR, GREENWICH, CT 06830

11305   GRAFCOR PACKAGING INC, 121 LOOMIS ST, ROCKFORD, IL 61101

11305   GRAFCOR PAKAGING INC, 121 LOOMIS ST, ROCKFORD, IL 61101

11305   GRAFF, GERALD J, 708 STONEGATE PASS, COLGATE, WI 53017

11305   GRAHAM SMOLKER, ALICE, SMOKER & GRAHAM, 4720 LINCOLN BLVD #280, MARINA DE REY, CA 90292

11305   GRAHAM, JOEL T, 1659 GILBERT DR, EVANSDALE, IA 50707

11305   GRAHAM, MARY ADA, 5331 HWY 2 SO., LIBBY, MT 59923

11305   GRAHAM, VICTOR L, 1920 NW 1ST AVE, POMPANO BEACH, FL 33060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   GRAINGER CARIBE INC, DEPT 737 - 846569499, PALATINE, IL 60038-0001

11305   GRAINGER, JOYCE A, 14 DUDLEY RD, BILLERICA, MA 01821

11305   GRAMMER, CYNTHIA R, 9407 N POINT RD, FORT HOWARD, MD 21052

11305   GRANADA TERRACE CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374

11305   GRANBERRY SUPPLY CORPORATION, PO BOX 90550, PHOENIX, AZ 85066-0550

11305   GRANGER, ALVIN T, 136 1ST ST, PO BOX 516, STARKS, LA 70661

11305   GRANGER, HAL L, 3363 NIBLETTS BLUFF RD, VINTON, LA 70668

11305   GRANGER, JACK R, PO BOX 671, VINTON, LA 70668

11305   GRANGER, LARRY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   GRANITEVILLE FOUNDRY CO, PO BOX 767, WESTFORD, MA 01886

11305   GRANT, IRELAND, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   GRAPHIC CONTROLS, PO BOX 1271, BUFFALO, NY 14240

11305   GRASSELLI FENCE CO., 3144 JEFFERSON AVE SW, BIRMINGHAM, AL 35221

11305   GRAU, JAMES, C/O RICHARD L FERRELL ESQ, 425 WALNUT ST STE 1800, CINCINNATI, OH 45202

11305   GRAVATT, JAMES J, 27096 POINT RD, PRINCESS ANNE, MD 21853

11305   GRAVATT, SUE E, 27096 POINT RD, PRINCESS ANNE, MD 21853

11305   GRAY, DIANE G, 26 NEW MEXICO RD, TEWKSBURY, MA 01876

11305   GRAY, JEREMY P, 4227 GOV WENTWORTH HWY, WOLFEBORO, NH 03894

11305   GRAY, JESSE W, 2802 CHEYENNE AVE, PUEBLO, CO 81003

11305   GRAY, KEVIN L, 57951 CASTRO ST, PLAQUEMINE, LA 70764

11305   GRAY, KEVIN L, 57951 CASTRO ST, PLAQUEMINE, LA 70764-4305

11305   GRAYBAR ELECTRIC CO INC, 1375 W 47TH AVE, DENVER, CO 80211

11305   GRAYBAR ELECTRIC CO, INC, PO BOX 145483-ANNEX STATION, CINCINNATI, OH 45250

11305   GRAYBAR ELECTRIC COMPANY, CALLER BOX 7300, GLENDALE HEIGHTS, IL 60139

11305   GRAYBAR ELECTRIC INC, 3701 E MONUMENT ST, BALTIMORE, MD 21205

11305   GRAZIANO, FRANK, 5936 HARFORD AVE, BALTIMORE, MD 21207

11305   GREAT WEST LIFE INSURACE BUILDING, GREAT WEST LIFE INSURANCE BUILDING, WINNIPEG, MB   **\*VIA Deutsche Post\***
        R3C1B9CANADA

11305   GREAT WEST LIFE, 199 BAY STREET, TORONTO, ON M5L1E2CANADA   **\*VIA Deutsche Post\***

11305   GREATER CINCINNATI WATER WORKS, ATTN ANGEL TAYLOR BANKRUPTCY DESK, 4747 SPRING
        GROVE AVE, CINCINNATI, OH 45232-1986

11305   GREELEY GAS COMPANY, C/O JEFF PERRYMAN, ATMOS ENERGY CORPORATION, PO BOX 15488,
        AMARILLO, TX 79105-5488

11305   GREEN READY MIX OF MISSOURI, 23400 W 82ND ST, SHAWNEE MISSION, KS 66227-9909

11305   GREEN RIVER FIREFIGHTERS ASSOCIATIO, PO BOX 700, CALHOUN, KY 42327

11305   GREEN, DRUSCILLA, 2800 GEN MITCHELL, LAKE CHARLES, LA 70615

11305   GREEN, JAMES E, 1641 CYPRESS PT DR, CORAL SPRINGS, FL 33071

11305   GREEN, JOANNE L, C/O JOANNE GREEN, 2004 CHURCHVILLE RD, BEL AIR, MD 21015

11305   GREEN, WAYNE T, 8766 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437

11305   GREEN, WILLIAM E, B&J TRUCK & EQUIPMENT, 601 W PATAPSCO AVE, BALTIMORE, MD 21225

11305   GREENBERG, GLUSKER, FIELDS, CLAMAN, & MACHTINGER, 1900 AVE OF STARS, #2000, LOS
        ANGELES, CA 90067

11305   GREENE, KENNETH E, 623 TOWNSEND RD, MASON, NH 03048-4806

11305   GREENE, KENNETH M, 104 GRANDVIEW CIR, TRAVELERS REST, SC 29690

11305   GREENE, MICHAEL DALE, PO BOX 337, LATTIMORE, NC 28089

11305   GREENE, PAMELA, 153 EDINBORO ST, NEWTONVILLE, MA 02460

11305   GREENE, PHILIP & CAROL, 5 WARD DR, NEW ROCHELLE, NY 10804

11305   GREENE, PHILIP, 5 WARD DR, NEW ROCHELLE, NY 10804

11305   GREENEBAUM DOLL & MCDONALD PLL, SECTION 469, LOUISVILLE, KY 40289

11305   GREENS BODY SHOP, PO BOX 385, LAURENS, SC 29360

11305   GREENVILLE COUNTY TAX COLLECTOR, 301 UNIVERSITY RDG STE 700, GREENVILLE, SC 29601

11305   GREENVILLE RUBBER & GASKET INC, PO BOX 4469, GREENVILLE, SC 29608

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    GREERS FERRY GLASS, PO BOX 161, QUITMAN, AR 72131

11305    GREG D ANDREWS, ASSESSOR/COLLECTOR, PO BOX 1077, COLUMBUS, MS 39703

11305    GREGGS, LARRY A, 715 DEEP RIDGE RD, BEL AIR, MD 21014

11305    GREGNOIR, BARBARA A, C/O BARBARA GREGNOIR, 533 NW 70 WAY, MARGATE, FL 33063

11305    GREGOREK, MARK T, 3 QUAIL RIDGE CT, BALTIMORE, MD 21234

11305    GREGORY, ADGER LEROY, 859 POOLE RD, CLINTON, SC 29325

11305    GREMILLION, PETER B, 263 PEA RIDGE RD, NEW HILL, NC 27562

11305    GRIBBINS INSULATION CO INC, 1433 E VIRGINIA ST, EVANSVILLE, IN 47711

11305    GRIBBLE, LARRY W, 3104 L ST NE, AUBURN, WA 98002

11305    GRIBBLE, LARRY W, 3104 L ST NE, AUBURN, WA 98002-2305

11305    GRIBENS, JOEL, 6839 FIJI CIR, BOYNTON BEACH, FL 33437

11305    GRIDER, DALE E, 68 MONHEGON AVE, OAKLAND, NJ 07436

11305    GRIESINGER, ERIC F, 502 SPRING GUIDE CT, BEL AIR, MD 21015

11305    GRIEVE, FRANCIS J, 21 MARTIN HTS, RAYMOND, ME 04071

11305    GRIFFITH, DONN O, 506 W 2ND ST, LIBBY, MT 59923

11305    GRIGGS, GORDON, 618 W LAGRANGE, LAKE CHARLES, LA 70605

11305    GRIMALDI, JOHN A, 1462 CENTER ST, LUDLOW, MA 01056

11305    GRIMALDI, PATRICIA, 345 E 56TH ST APT 4G, NEW YORK, NY 10022

11305    GRIMM, DONALD E, 5953 CLUB OAKS DR, DALLAS, TX 75248

11305    GRIMM, PATRICK THOMAS, 654 18TH AVENUE NE, MINNEAPOLIS, MN 55418

11305    GRINDCO INC., 84 TURNPIKE ROAD, CHELMSFORD, MA 01824

11305    GRINNELL CORPORATION, PO BOX 360461, PITTSBURGH, PA 15251-6461

11305    GRINNELL FIRE PROTECTION, 2100 CORPORATE DRIVE, ADDISON, IL 60101

11305    GRIPP, TERRY L, 3591 ALLISON STREET, WHEAT RIDGE, CO 80033

11305    GRITIS, NICHOLAS WILLIAM, 40 HASLEMERE RD, TORONTO, ON M4N1X5CANADA            **\*VIA Deutsche Post\***

11305    GRIZZLE JR, WILLIAM C, 6333 WASHINGTON ST, CHICAGO RIDGE, IL 60415

11305    GROAT, DOROTHY S, 31-40 43RD ST, ASTORIA, NY 11103

11305    GROH, THOMAS WILLIAM, 3117 E. NORA, SPOKANE, WA 99207

11305    GROOMS, MARY CLARKE, 2132 NW 3RD PLACE, GAINESVILLE, FL 32603

11305    GROOMS, WILLARD, 405 NAVARRE ST, SULPHUR, LA 70663

11305    GROQUIP, GROTH EQUIPMENT CORP., PO BOX 117, GEISMAR, LA 70734-0117

11305    GROSPITZ, DAVID SIMON, 14680 TULANE ST, BROOKFIELD, WI 53005

11305    GROSPITZ, HERBERT RALPH, 14680 TULANE ST, BROOKFIELD, WI 53005

11305    GROSPITZ, JUDITH MARY, 14680 TULANE ST, BROOKFIELD, WI 53005

11305    GROSS, EDWARD, 5508 HARDISON RD, CHARLOTTE, NC 28226

11305    GROVE, RICHARD, 5711 LONE CEDAR DR, KINGWOOD, TX 77345

11305    GROVER, MARY T, 233 FLORENCE AVE, ARLINGTON, MA 02476

11305    GROVHAC INC, 4310 NORTH 126TH ST, BROOKFIELD, WI 53005

11305    GRUNERT KILLIAN, JULIA M, 398 FRAVOR RD, MEXICO, NY 13114

11305    GRUNERT KILLIAN, JULIA MARY, 398 FRAVOR RD, MEXICO, NY 13114

11305    GRUNERT, CHARLES L, P.O. BOX 595 WATERTOWN N.Y. 13601 OR 5 LIBERTY ST, ADAMS, NY 13605

11305    GRYGAR, MICHAEL JOSEPH, 1556 HE AMANDA LANE, LEES SUMMIT, MO 64086

11305    GRYGAR, RICHARD FRANK, 15830 FENWAY AVE N, HUGO, MN 55038

11305    GST CORPORATION, 8295 TOURNAMENT DR #150, MEMPHIS, TN 38125

11305    GTE OPERATIONS SUPPORT INC, C/O CRAIG A SLATER ESQ, HARTER SECREST & EMERY LLP, 12
         FOUNTAIN PLAZA STE 400, BUFFALO, NY 14202-2293

11305    GTS DURATEK, PO BOX 8538-712, PHILADELPHIA, PA 19171-0712

11305    GUANCI, GEORGE M, 30 EAST ST, SUDBURY, MA 01776

11305    GUANICA-CARIBE LAND DEVMENT CORP, 7500 GRACE DR, COLUMBIA, MD 21044

11305    GUARANTEED SUBPOENA SERVICE, I, PO BOX 2248, UNION, NJ 07083

11305    GUARINO, FRANK, 11 WILSON ST, MEDFORD, MA 02155-1313

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    GUBBIN, JULIE ANN, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305    GUBBIN, JULIE, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305    GUBBIN, WESLEY FRANCIS, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305    GUDZ, GEORGE B, 261 ROCKRIDGE RD, PRESCOTT, AZ 86305-5066

11305    GUENTHER, WOLFGANG A, CHEMIN DE FANTAISIE 3 C, PULLY, 000001009SWITZERLAND          *VIA Deutsche Post*

11305    GUENTHER, WOLFGANG A, CHEMIN DE FANTAISIE 3C, PULLY, 000001009SWITZERLAND           *VIA Deutsche Post*

11305    GUERNDT JR, ROBERT L, 2106 MARSH RD, BALTIMORE, MD 21221

11305    GUERRERO, FELIDE, 2655 S RALEIGH, DENVER, CO 80219

11305    GUERRERO, NOE MARTINEZ, 3000 W. YALE AVE APT 313, DENVER, CO 80219

11305    GUEVARA, BEN, 2109 FLECHER ST, HOUSTON, TX 77009

11305    GUGLIETTA, GLENN W, C/O GLENN GUGLIETTA, 13316 FOLLY QUARTER RD, ELLICOTT CITY, MD 21042

11305    GUIDRY, CLARENCE, 2301 17TH ST, LAKE CHARLES, LA 70601

11305    GUIDRY, JAMES R, 730 URBAN ST, SULPHUR, LA 70663

11305    GUIJARRO, ROBERT E, 29 SYCAMORE DR, HAZLET, NJ 07730

11305    GUILLORY, NOLTON A, 713 RIEGAL ST, LAKE CHARLES, LA 70607-4935

11305    GUINEN, JAMES R, C/O JAMES GUINEN, N 22 W 24144-B CLOISTER CIR, PEWAUKEE, WI 53072

11305    GUINN, RICHARD, 723 SUGAR PINE CT, GREER, SC 29651

11305    GULBRANDSEN COMPANIES, PO BOX 651705, CHARLOTTE, PA 28265-1705

11305    GULF COAST SCALES, INC, PO BOX 17077, LAKE CHARLES, LA 70616

11305    GULF COAST SEAL, INC, PO BOX 1440, HOUSTON, TX 77251-1440

11305    GULF PACIFIC AMERICA INC, MAR-GULF MANAGEMENT INC, 7083 HOLLYWOOD BLVD #600, HOLLYWOOD, CA 90028

11305    GULF PACIFIC AMERICA INC, MAR-GULF MANAGEMENT INC, 7083 HOLLYWOOD BLVD #650, HOLLYWOOD, CA 90028

11305    GULF STATES ENGINEERING CO INC, ATTN: ACCOUNTS REC, PO BOX 26156, NEW ORLEANS, LA 70186

11305    GUMINA, JOSEPH J, 21250 W WINGROW CT, NEW BERLIN, WI 53146

11305    GUNTER, DAVID W, 320 CYPRESS ST, SULPHUR, LA 70663

11305    GUNTER, RITA J, 3503K KINGSLEY CT, PASADENA, MD 21122

11305    GURRY JR, JAMES E AND MARY, C/O MARY GURRY, 421 E CLEMENT ST, BALTIMORE, MD 21230

11305    GURRY JR, JAMES EDWARD, 421 EAST CLEMENT ST, BALTIMORE, MD 21230

11305    GURSKY, DAVID E, 45 SMOKEWOOD DR, ELGIN, SC 29045-9562

11305    GUTAI, BARBARA A, 1 VANDEVERE LN, COLUMBUS, NJ 08022

11305    GUZZO, DANA F, 9930 EASTLAKE DR, FAIRFAX, VA 22032

11305    G-W MANUFACTURING COMPANY INC, PO BOX 2838, RANCHO CUCAMONGA, CA 91729

11305    GYDOSH, JOSEPH, 406 TIMBERBRIDGE LN, PO BOX 189, MOUNT GRETNA, PA 17064

11305    GYORI, IRENE T, 866 SEBRING AVE, BOUND BROOK, NJ 08805

11305    GZA GEOENVIRONMENTAL INC, ONE EDGEWATER DR, NORWOOD, MA 02062

11305    H & D AUTO PARTS, 111 HIGHLAND ST, MOUNT DORA, FL 32757

11305    H B FULLER CO, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241

11305    H H HOLMES TESTING LABS INC, LAW OFFICES OF MH COHON, PO BOX 636, MORTON GROVE, IL 60053

11305    H L BLAIR & ASSOCIATES INC, 104 N MAIN ST, PO BOX 625, FOUNTAIN INN, SC 29644

11305    H M ROYAL INC, PO BOX 28, TRENTON, NJ 08601-0028

11305    H T TREADWAY INC, 3625 ROSER RD, GLEN ROCK, PA 17327

11305    H2O ENVIRONMENTAL, PO BOX 371134, LAS VEGAS, NV 89137

11305    HAAS, STEVEN J, 40 JEROLD ST, PLAINVIEW, NY 11803-3737

11305    HABECK, ORVILLE JEROME, 72 AVE C, LIBBY, MT 59923

11305    HABIB JR, E THOMAS, 12420 BENSON BRANCH RD, ELLICOTT CITY, MD 21042-1306

11305    HACH COMPANY, 2207 COLLECTIONS CENTER DR., CHICAGO, IL 60693

11305    HACH COMPANY, 2207 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305 HACKENSAC RIVERKEEPER INC, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632

11305 HACKENSACK RIVERKEEPER INC, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632

11305 HADDAD, MARJORIE, 25 JOHNSON RD, ARLINGTON, MA 02474

11305 HADDOCK, TERRY W, PO BOX 267, CLINTON, SC 29325

11305 HADDOCK, TERRY WILLIAM, 504 N BROAD STREET, CLINTON, SC 29325

11305 HAGER, GARY R, 6609 RUMFIRE CT, GLEN BURNIE, MD 21060

11305 HAGGARD, FRED L, 4 N GARDEN CT, GREENVILLE, SC 29615

11305 HAHN LOESER & PARKS LLP, 3300 BP TOWER 200 PUBLIC SQUARE, ATTN ROBERY J FOGERTY ESQ MICHAEL P SHUSTER ESQ, CLEVELAND, OH 44114-2301

11305 HAIN JR, JOHN H, 10487 PETERSBORO RD, WOODSTOCK, MD 21163

11305 HAINES JR, RALPH H, 127 REDBUD RD, EDGEWOOD, MD 21040-3525

11305 HAIR, ROGER D, 777 THREE WOOD LN, WOODRUFF, SC 29388

11305 HALE & DORR, PO BOX 4550, BOSTON, MA 02212-4550

11305 HALE, LARRY D, 6960 LIBERTY FAIRFIELD RD, HAMILTON, OH 45011

11305 HALE, MATTHEW, 19321 PARK ROW #1422, HOUSTON, TX 77084

11305 HALE, MILLARD R, 5513 WALTHER AVE, BALTIMORE, MD 21206

11305 HALEY & ALDRICH INC, 465 MEDFORD ST SUITE 2200, BOSTON, MA 02129-1400

11305 HALEY, JIMMY W, 1164 HALEY RD, DEQUINCY, LA 70633-4724

11305 HALEY, JOHN T, 25733 ROYAL RD, ROYAL OAK, MD 21662

11305 HALL CHEMICAL COMPANY, THE, 28960 LAKELAND BLVD, WICKLIFFE, OH 44092

11305 HALL JR, ROBERT, PO BOX 127, CROSS ANCHOR, SC 29331

11305 HALL METAL CORP, 921 NW 3RD AVE, POMPANO BEACH, FL 33060

11305 HALL, GREGORY SCOTT, 1201 1/2 DAKOTA AVE, LIBBY, MT 59923

11305 HALL, NANCY A, 105 REAVIS RD, HANOVER, MD 21076

11305 HALL, SAUL, 111120 HWY 56, ENOREE, SC 29335

11305 HALL, SAUL, 11120 HWY 56, ENOREE, SC 29335

11305 HALL, STEPHEN A, 105 REAVIS RD, HANOVER, MD 21076

11305 HALL, STEPHEN, 105 REAVIS RD, HANOVER, MD 21076

11305 HALL, WILLIAM JOHN, 5835 SHADEWATER DRIVE, CUMMING, GA 30041

11305 HALLWOOD MANAGEMENT COMPANY, 617 INDUSTRY DRIVE, TUKWILA, WA 98188

11305 HAM SR, DANNY, 108 TIMBER LN, FLORENCE, MS 39073

11305 HAM, ALMA C, 404 W DIXIE ST, PLANT CITY, FL 33563

11305 HAMDAR, JAMAL N, C/O JAMAL HAMDAR, 7712 W 157TH ST, ORLAND PARK, IL 60462

11305 HAMILTON COUNTY DELINQUENT TAX OFFICE, DELINQUENT TAX OFFICE, 107 COURTHOUSE, CHATTANOOGA, TN 37402

11305 HAMILTON COUNTY TREASURER, C/O ROBERT A GOERING, 138 E COURT ST RM 409, CINCINNATI, OH 45202

11305 HAMILTON DISTRICT SCHOOL BOARD, 100 MAIN ST W, HAMILTON, ON L8N3L1CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 100 MAIN STREET WEST, HAMILTON, ON L8N3L1CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 105 HIGH STREET, HAMILTON, ON L8T3Z4CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 1150 MAIN STREET WEST, HAMILTON, ON L8S1C2CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 1284 MAIN STREET EAST, HAMILTON, ON L8K1B2CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 130 YORK BLVD, HAMILTON, ON L8R1Y5CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 139 PARKDALE AVENUE NORTH, HAMILTON, ON L8H5X3CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 145 MAGNOLIA DRIVE, HAMILTON, ON L9C5P4CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 145 RAINBOW DRIVE, HAMILTON, ON L8K4G1CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 222 ROBINSON STREET, HAMILTON, ON L8P1ZPCANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 25 HIGH STREET, HAMILTON, ON L8T3Z4CANADA    *VIA Deutsche Post*

11305 HAMILTON DISTRICT SCHOOL BOARD, 25 HUMMINGBIRD LANE, HAMILTON, ON L9A4B1CANADA    *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 30 LAURIER AVENUE, HAMILTON, ON L9C3R9CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 306 WOODWORTH DRIVE, ANCASTER, ON L9G2N1CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 310 GOVERNOR S ROAD, DUNDAS, ON L9H5P8CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 374 JERSEYVILLE ROAD WEST, HAMILTON, ON L9G2K8CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 50 SECOND DRIVE, HAMILTON, ON L8K3W7CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 60 ROLSTON DRIVE, HAMILTON, ON L9C3X7CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 6025 WHITE CHURCH AND NEBO ROAD, MOUNT HOPE, ON L0R1W0CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 625 HARVEST ROAD, GREENSVILLE, ON L9H5K8CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 70 BOBOLINK ROAD, HAMILTON, ON L9A2P5CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 700 MAIN STREET WEST, HAMILTON, ON L8S1A5CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 75 PALMER ROAD, HAMILTON, ON L8T3G1CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON DISTRICT SCHOOL BOARD, 9149 AIRPORT ROAD, MOUNT HOPE, ON L0R1W0CANADA | *VIA Deutsche Post* |
| 11305 | HAMILTON TERMINALS INC, 10641 TECHWOODS CIRCLE #201, CINCINNATI, OH 45242 | |
| 11305 | HAMILTON, BROOK, SMITH, & REYNOLDS, TWO MILITIA DRIVE, LEXINGTON, MA 02173-4799 | |
| 11305 | HAMILTON, EDWARD W, 8102 DUNDALK AVE, BALTIMORE, MD 21222 | |
| 11305 | HAMILTON, WILLIAM D, 963 REID RD, OWENSBORO, KY 42303 | |
| 11305 | HAMM, HERMAN W, 285 REEVES RD, DRY RIDGE, KY 41035 | |
| 11305 | HAMMOND PEST CONTROL, INC, 664 STATE ST., HAMMOND, IN 46320 | |
| 11305 | HAMMOND, ADIE E, 6115 BELLEZA LN, BOCA RATON, FL 33433 | |
| 11305 | HAMPSHIRE CHEMICAL CORP, C/O ANNE MARIE P KELLEY ESQ, DILWORTH PAXSON LLP, LIBERTYVIEW - STE 700, PO BOX 2570, CHERRY HILL, NJ 08034 | |
| 11305 | HAMPSHIRE CHEMICAL CORP, C/O DILWORTH PAXSON LLP, ANNE MARIE P KELLEY ESQ, LIBERTYVIEW-STE 700, 457 HADDONFIELD RDPO BOX 2570, CHERRY HILL, NJ 08034 | |
| 11305 | HANAFIN, JOSEPH W, 44 KELLEHER ST, MARLBOROUGH, MA 01752 | |
| 11305 | HANCOCK, CAROLYN S, C/O CAROLYN HANCOCK, 3848 RIVERSIDE DR, OWENSBORO, KY 42303 | |
| 11305 | HANCOCK, MICHAEL L, 428 PATTY RD, RINGGOLD, GA 30736 | |
| 11305 | HANDEX OF NEW ENGLAND INC, ATTN: WILLIAM E TABOR, 30941 SUNEAGLE DR, MOUNT DORA, FL 32757 | |
| 11305 | HANDEX OF NEW JERSEY INC, C/O WILLIAM E TABOR, HANDEX OF NEW JERSEY INC, 30941 SUNEAGLE DR, MOUNT DORA, FL 32757 | |
| 11305 | HANDFORD, JAMES HENRY, 1225 4TH AVE E, KALISPELL, MT 59901 | |
| 11305 | HANDY CHEMICAL USA LTD, 120 INDUSTRIAL BLVD, CANDIAC, QC J5R1J2CANADA | *VIA Deutsche Post* |
| 11305 | HANEBRINK, THEORITA, 706 SUNNY SHORE LN, ANDERSON, SC 29621 | |
| 11305 | HANK, WILLIAM M, 70 WALNUT ST, READING, MA 01867 | |
| 11305 | HANKIN MANAGEMENT COMPANY, PO BOX 26767, ELKINS PARK, PA 19027 | |
| 11305 | HANKINS, JAMES G, 1524 TRASK LN, SULPHUR, LA 70665 | |
| 11305 | HANLON, CHERYL L, 51 SHERWOOD RD, READING, MA 01867 | |
| 11305 | HANLON, PAUL W, 51 SHERWOOD RD, READING, MA 01867 | |
| 11305 | HANNAGAN, PHYLLIS, 4833 FOX HUNT TR, BOCA RATON, FL 33487 | |
| 11305 | HANOVER SQUARE CORPORATION, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 11305 | HANSEN, EVA A, 1543 WELLINGTON RD, NORTH MERRICK, NY 11566 | |
| 11305 | HANSEN, J R, 17305 QUEEN ANN LN, TINLEY PARK, IL 60477 | |
| 11305 | HANSEN, PATRICIA, 4801 N LAKEWOOD DR, SAINT JOSEPH, MO 64506 | |
| 11305 | HANSEN, ROBERT JOSEPH, 416 WEST 4TH ST, LIBBY, MT 59923 | |
| 11305 | HANSEN, SALLY A, 416 W 4TH STREET, LIBBY, MT 59923 | |
| 11305 | HANSEN-LEFF, ALICE M, 230 N WALNUT ST, MASSAPEQUA, NY 11758 | |
| 11305 | HANSFORD, GERALD M, 6187 BALSAM STREET, ARVADA, CO 80004 | |
| 11305 | HANSON, JEANNE, 211 17TH AVE NE, MINNEAPOLIS, MN 55413 | |
| 11305 | HANSON, PATRICIA A, 10825 BIRCH ST, RENO, NV 89506 | |
| 11305 | HAPOLI, EMANUEL F, 11 NEW HALL RD, LYNNFIELD, MA 01940 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    HARBISON-WALKER REFRACTORIES CO, PO BOX 640945, PITTSBURGH, PA 15264-0945

11305    HARBISON-WALKER REFRACTORIES COMPANY, 400 FAIRWAY DR, MOON TOWNSHIP, PA 15108

11305    HARBOR HOSPITAL CENTER, PO BOX 630778, BALTIMORE, MD 21263-0778

11305    HARBOR TOOL SUPPLY CO INC, 20 SOUTHWEST PARK, WESTWOOD, MA 02090-1500

11305    HARBORLITE CORPORATION, C/O MARC E FLEISCHMAN ESQ, 130 CASTILIAN DR, SANTA BARBARA, CA 93117

11305    HARCAST COMPANY INC, 651 EAST NINTH ST, CHESTER, PA 19013

11305    HARCOURT BRACE & COMPANY, 6277 SEA HARBOR DRIVE, ORLANDO, FL 32887

11305    HARDEN, JACK D, C/O JACK HARDEN, 57 TANGLEWOOD RD, NEWNAN, GA 30263

11305    HARDESTY, DAVID L, 5500 CHEMICAL RD, BALTIMORE, MD 21226-1698

11305    HARDIN, W S, C/O J A HARDIN, 2701 REGENEY OAKS BLVD, CLEARWATER, FL 33759

11305    HARDING, ALLAN RICHARD, 2 IAN CR., ROTHESAY, NB E2E5P9CANADA          *VIA Deutsche Post*

11305    HARDING, MARY L, 448 W MEADOW RD, LOWELL, MA 01854

11305    HARDING, ROBERT H, 5685 PHELPS LUCK DR, COLUMBIA, MD 21044

11305    HARDY CONSULTING INC, 2000 S OCEAN BLVD #10-G, BOCA RATON, FL 33432

11305    HARDY INSTRUMENTS, 3860 CALLE FORTUNADA, SAN DIEGO, CA 92123-1825

11305    HARDY, MARTIN D, 114 PROVIDENCE LN, WELSH, LA 70591

11305    HARGROVE, MELVIN L, 1932 GREENGAGE RD, BALTIMORE, MD 21244

11305    HARKINS JR, FRANCIS J, 1400 WORCESTER RD #7422, FRAMINGHAM, MA 01702

11305    HARKINS, MARY M, 214 VIRGINIA FARM LN, CARLISLE, MA 01741

11305    HARLEYS AUTO PARTS, INC, 310 HAMPTON AVE. N.E., AIKEN, SC 29801

11305    HARLINGEN HOUSING AUTHORITY, 1221 EAST POLK, HARLINGEN, TX 78550

11305    HARMS & ASSOCIATES, 7317 W. 154TH ST., ORLAND PARK, IL 60462

11305    HARMS AND ASSOCIATES INC, 3N967 BABSON LANE, SAINT CHARLES, IL 60175

11305    HARMS, ELEANOR C, C/O ELEANOR HARMS, 6410 21ST AVE W #348, BRADENTON, FL 34209

11305    HARNEY, EDWARD M, 450 N ATLANTA AVE, NORTH MASSAPEQUA, NY 11758

11305    HARPER, ARTHUR I, 7531 TELLER STREET, ARVADA, CO 80003

11305    HARRELSON, EDITH A, 2807 HARRIS BRIDGE RD, WOODRUFF, SC 29388

11305    HARRINGTON TOOLS INC, 4316 ALGER ST, 5440 SAN FERNANDO RD W, LOS ANGELES, CA 90039

11305    HARRIS AUTOMATION SERVICES INC, C/O DIANE B HARRIS, PO BOX 890472, HOUSTON, TX 77289

11305    HARRIS COUNTY / CITY OF HOUSTON, C/O JOHN P DILLMAN, LINEBARGER HEARD GOGGAN BLAIR ET AL, PO BOX 3064, HOUSTON, TX 77253-3064

11305    HARRIS SR, GEORGE T, 1390 RIVER RD W, GREEN COVE SPRING, FL 32043

11305    HARRIS TURANO & MAZZA, 941 CHATHAM LN STE 201, COLUMBUS, OH 43221

11305    HARRIS, BARBARA A, 101 ALLEN ST, WIOTA, IA 50274-1001

11305    HARRIS, BETTY F, 7458 CHASE AVE, HESPERIA, CA 92345

11305    HARRIS, BETTY, 260 RIVERVIEW DR, SAINT ROSE, LA 70087

11305    HARRIS, DAVID L, 908 KING HENRY LN, SAINT CHARLES, IL 60174

11305    HARRIS, DIANE B, 16338 LAURELFIELD DR, HOUSTON, TX 77059

11305    HARRIS, GARALD A, 101 ALLEN ST, WIOTA, IA 50274-1001

11305    HARRIS, GUY R, 11 RIDGEMOOR RD, BALTIMORE, MD 21221

11305    HARRIS, HARVEY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    HARRIS, LINDA A, 382 ALBERT LN, MACON, GA 31204

11305    HARRIS, MELINDA, 9 S TREMONT RD, BALTIMORE, MD 21229

11305    HARRIS, MICHAEL L, 485 LOWER RIDGE RD, LOUDON, NH 03307

11305    HARRIS, MICHAEL S, 15 TIMBER LN, EVERGREEN, CO 80439

11305    HARRIS, MICHAEL, PO BOX 483, GILMANTON, NH 03237

11305    HARRIS, PHD, MICHAEL T, 2611 HAWKSHEAD CT., SILVER SPRING, MD 20904

11305    HARRIS, RUTH T, 7525 NW 61ST TER #202, PARKLAND, FL 33067

11305    HARRIS, SUSAN E, 22479 MARTELLA AVE, BOCA RATON, FL 33433

11305    HARRIS, SUSIE V, 406 MULBERRY ST, WELDON, NC 27890

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  HARRIS, TOBI CHRISTINE, 1530 CALIFORNIA STREET NE, MINNEAPOLIS, MN 55413

11305  HARRIS, VELNOR, 15701 LOWER TREES POINT LN, CHARLES CITY, VA 23030

11305  HARRIS, WILLIAM L, 4801 HAYDEN BRIDGE RD, OWENSBORO, KY 42301

11305  HARRIS, WILLIAM P, THE FURTH FIRM, 201 SANSOME ST STE 1000, SAN FRANCISCO, CA 94104

11305  HARRISON, BEVERLY J, 903 WENWOOD CIR, GREENVILLE, SC 29607

11305  HARRISON, MARY C, 20 MYRICK DR, FALMOUTH, MA 02540

11305  HARRISON, RODGER P, 25 SAINT ANDREWS RD, SEVERNA PARK, MD 21146

11305  HARRY W GAFFNEY & CO., PO BOX 1066, WILLOW GROVE, PA 19090

11305  HART, KATHERINE E, 6814 FORT SMALLWOOD RD, BALTIMORE, MD 21226

11305  HART, MARLAN JAY, 5692 LEROY PARKWAY, WEST, TX 76691

11305  HART, SUSAN M, C/O SUSAN HART, 106 HIBBERT ST, ARLINGTON, MA 02476

11305  HARTMAN, DAVID C, 1238 PRODEHL DR, LOCKPORT, IL 60441

11305  HARTMAN, JACQUELYN A, PO BOX 33280, RENO, NV 89533

11305  HARTMAN, MARK R, 17 LATIA CT, MIDDLE RIVER, MD 21220

11305  HARTMAN, WILLIAM J, PO BOX 33280, RENO, NV 89533

11305  HARVEY JR, EDWARD T, 1820 EDGEWOOD LN, CHARLOTTESVILLE, VA 22903

11305  HARVEY JR, WILLIAM G, 133 COUNTRY LN, PITTSBORO, NC 27312

11305  HARVEY SALT CO., 1325 MOHRS LN., BALTIMORE, MD 21220

11305  HARVEY, JERRY D, 2008 FULHAM CT, HOUSTON, TX 77063

11305  HARVEY, KEN J, 22798 GLENDON DR, MORENO VALLEY, CA 92557

11305  HARVEY, PATRICK ALLEN, 9323 BENZON DR, PLEASANTON, CA 94588

11305  HARVILLE, CATHY L, 1678 PREAKNESS DR, GAMBRILLS, MD 21054

11305  HARWICK CHEMICAL CORPORATION, PO BOX 1801, AKRON, OH 44309

11305  HARY GRAU & SONS INC, C/O RICHARD L FERRELL ESQ, TAFT STETTINIUS & HOLLISTER LLP, 425 WALNUT ST STE 1800, CINCINNATI, OH 45202

11305  HASH, LEWIS J, 11 ROCK LEDGE RD, SPRUCE PINE, NC 28777

11305  HASKINS, JUDITH L, 600 W 194TH ST, STILWELL, KS 66085

11305  HASSINK, DANIEL, C/O DONALD GRIMM, 5953 CLUB OAKS DR, DALLAS, TX 75248

11305  HASTEN, LINDA N, 33430 BOWIE ST, WHITE CASTLE, LA 70788

11305  HASTIE, JAMES A, 44 RUSSELL ST, CAMBRIDGE, MA 02140

11305  HASTIK & ASSOCIATES, INC, PO BOX 266657, HOUSTON, TX 77207

11305  HATCH, RAND, 1404 SOUTH LAKESIDE ROAD, LIBERTY LAKE, WA 99019

11305  HATCH, SUSAN, 1404 SOUTH LAKESIDE ROAD, LIBERTY LAKE, WA 99019

11305  HATCO CORP, PO BOX 641827, PITTSBURGH, PA 15264-1827

11305  HATCO CORPORATION, ATTN DAVID J MASON, 1020 KING GEORGE POST RD, FORDS, NJ 08863

11305  HATEM, K E, C/O KATHRYN HATEM, 14 WOODBROOK DR, RIDGE, NY 11961

11305  HATEM, KATHRYN E, 14 WOOD BROOK DR, RIDGE, NY 11961

11305  HATT, CLARENCE A, 408 MARLEY STATION RD, GLEN BURNIE, MD 21060

11305  HAUCK MFG CO, PO BOX 90, LEBANON, PA 17042

11305  HAWES, CARL, 7123 SR 1389, OWENSBORO, KY 42303

11305  HAWK, LEONARD DENNIS, 128 BUCHANAN STREET SW, RONAN, MT 59864

11305  HAWKINS, BRYANT A, 2512 17TH ST, LAKE CHARLES, LA 70601-8050

11305  HAWKINS, CLAUDIA M, 8914 ROSE LN, RAYTOWN, MO 64133

11305  HAWKINS, JAMES, 3618 KING POINT RD, RANDALLSTOWN, MD 21133

11305  HAWKINS, MARY ANN, RT2 BOX 154, KIRBYVILLE, TX 75956

11305  HAWKINS, SANDRA K, 4321 BLAIRSFERRY RD NE, CEDAR RAPIDS, IA 52411

11305  HAYDEN, DANIEL, 202 1ST AVE, BALTIMORE, MD 21060

11305  HAYDEN, JOHN B, 25 W CRESCENT AVE, WOODLAWN, KY 41071

11305  HAYDEN, MATTHEW D, 23418 W WASSON RD, ELMWOOD, IL 61529

11305  HAYDEN, RONALD E, 20 TONI TER, FORT THOMAS, KY 41075-2331

11305  HAYES MECHANICAL INC, 2160 N ASHLAND AVE, CHICAGO, IL 60614

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    HAYES, C D, 408 HIGH VALLEY BLVD, GREENVILLE, SC 29605

11305    HAYES, DENNIS M, N 7380 HWY 44, PARDEEVILLE, WI 53954

11305    HAYES, DIRK R, 16005 APPLEWOOD LN #104, ORLAND HILLS, IL 60477

11305    HAYES, JODY W, 3925 N OAK LN, SULPHUR, LA 70665

11305    HAYNES INTL, INC, PO BOX 716020, CINCINNATI, OH 45271-6020

11305    HAYNES SR, MARION G, 7651 N BISHOP DR, CHATTANOOGA, TN 37416

11305    HAYNES SR, MICHAEL STEPHEN, 7120 RIVER DRIVE RD, SPARROWS POINT, MD 21219

11305    HAYNES, CHRISTOPHER G, 921 12TH ST, PASADENA, MD 21122

11305    HAYNES, JOHN E, 1664 GREYSTONE LN, LOGANVILLE, GA 30052

11305    HAYNES, MICHAEL D, 1515 GREEN POND RD, SODDY DAISY, TN 37379

11305    HAYNES, MICHAEL S, 7120 RIVERDRIVE RD, SPARROWS POINT, MD 21219

11305    HAYNES, TIMOTHY A, 681 WILLOW BEND LN, BESSEMER, AL 35023

11305    HAYNES, TIMOTHY ALAN, 681 WILLOW BEND LANE, BESSEMER, AL 35023

11305    HAYS, JACK FLOYD, 1044 ST MARY DRIVE, CHATAWA, MS 39632

11305    HAYS, KENNETH CHARLES, 1508 KANIKSU AVE, LIBBY, MT 59923

11305    HAYWARD INDUSTRIAL C/O PARGREE, 1224 CAPITOL DR, ADDISON, IL 60101

11305    HAYWARD, MICHELLE, 358 WOBURN ST, LEXINGTON, MA 02420

11305    HCI TRANSPORTATION TECHNOLOGIES INC, 7801 WEST 47TH ST, PO BOX 1507, MCCOOK, IL 60525-
1507

11305    HEAD JR, JACK, 9601 SPUR 591, AMARILLO, TX 79107

11305    HEADLY, DARCY, 7200 DOMINION DR, FT WASHINGTON, MD 20745

11305    HEALTH CARE CORPORATION OF ST.JOHN`S, 154 LEMARCHANT ROAD, ST JOHN S, NL    *VIA Deutsche Post*
A1B5B8CANADA

11305    HEALTH CARE CORPORATION OF ST.JOHN`S, 154 LEMARCHANT ROAD, ST JOHN S, NL    *VIA Deutsche Post*
A1C5B8CANADA

11305    HEALTHCOMP EVALUATION SERVICES, PO BOX 402125, ATLANTA, GA 30384-2125

11305    HEALY, CHARLES D, 9 DAVID AVE, BINGHAMTON, NY 13901

11305    HEALY, LILLIAN M, 18 PUTNAM AVE, JERICHO, NY 11753

11305    HEAPS, RYAN S, 21 OFFSPRING CT, PERRY HALL, MD 21128

11305    HEARTHSIDE RESIDENTIAL CORP, C/O ALLAN H ICKOWITZ ESQ, NOSSAMAN GUTHNER KNOX &
ELLIOTT LLP, 445 S FIGUEROA ST, 31ST FLR, LOS ANGELES, CA 90071

11305    HEBERT, JANIS A, 108 HOUSTON DR, WESTLAKE, LA 70669

11305    HEBERT, ROBERT G, 15 SPEAKER ST, NORTH DARTMOUTH, MA 02747

11305    HEBERT, STEPHEN, 3116 AVE B, NEDERLAND, TX 77627

11305    HEBISEN, DIANE, 5331 NW 29TH ST, MARGATE, FL 33063

11305    HEBRA, SERGIO, 23 HUNT ST APT D, NASHUA, NH 03060

11305    HECK, RICHARD H, 7 APPALOOSA LN, SOUTH HAMILTON, MA 01982

11305    HEDAHL, KEITH, 94 RAINBOW LANE, LIBBY, MT 59923

11305    HEDENBERG, DWIGHT, 259 EGG HARBOR RD, SEWELL, NJ 08080

11305    HEFFERN, DONALD R, 1607 ROLLING RD, BEL AIR, MD 21014

11305    HEGEDUS, L LOUIS, 1104 BEECH RD, ROSEMONT, PA 19010

11305    HEIDLER ROOFING SERVICE INC, 1345 SPAHN AVE, YORK, PA 17403

11305    HEIDLER ROOFING SERVICES INC, 1345 SPAHN AVE, YORK, PA 17403

11305    HEIGHTS FLORAL SHOP INC, 401 WEST 20TH, HOUSTON, TX 77008

11305    HEIMLICH LANDSCAPING & CONSTRUCTION, 65 BURLINGTON ST, WOBURN, MA 01801

11305    HEINO, GRANT EDWARD, 4315 HARBOR LANE NORTH, PLYMOUTH, MN 55447

11305    HEINRICH GORDON BATCHELDER, 500 EAST BROWARD BLVD., FORT LAUDERDALE, FL 33394-3092

11305    HEINRICH GORDON HARGROVE WEIHE &,

11305    HEINZEN, RICHARD J, S 6908 FREEDOM RD, NORTH FREEDOM, WI 53951

11305    HEITKAMP, CHERYL ANDERSON, 8148 SAVANNA VALLEY WAY, VICTORIA, MN 55386

11305    HELGERT, ALVERTA, 211 LAWRENCE STREET, SOUTH BOUND BROOK, NJ 08880

11305    HELGERT, ALVERTA, C/O HAL PITKOW ESQ, 102 POND VIEW DR, WASHINGTON CROSSI, PA 18977

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    HELLER EHRMAN WHITE & MCAULIFFE LLP, C/O SAMUEL BARKIN, 120 W 45TH ST, NEW YORK, NY 10036

11305    HELLER JR, DAVID B, 1456 W LAMPLIGHTER LN, NORTH WALES, PA 19454

11305    HELLER, LORAINE, 102 CARRIAGE LA, LOGAN TWP, NJ 08085

11305    HELMS, BRENDA S, 307 W EMERALD, IOWA PARK, TX 76367

11305    HELTSEY, GEORGE B AND PHYLLIS, C/O GEORGE B HELTSLEY, 6676 BOSTON LAFFOON RD, PHILPOT, KY 42366

11305    HELTSLEY, GEORGE B AND PHYLLIS, C/O GEORGE B HELTSLEY, 6676 BOSTON LAFFOON RD, PHILPOT, KY 42366

11305    HEMENWAY, BRAD S, 59330 SEXTON AVE, PLAQUEMINE, LA 70764

11305    HEMINGWAY JR, GEORGE W, 2602 LARCHMONT DR, BALTIMORE, MD 21207

11305    HEMPHILL, ADLEY W, PO BOX 1957, 115 PALMETTO RD, PINEHURST, NC 28370

11305    HEMPHILL, ANTHONY L, 2905 MALLVIEW RD, BALTIMORE, MD 21230

11305    HEMSHELL, DAVID H, 5890 TEN ESTATES DR, WOODBINE, MD 21797

11305    HEMPHILL, REBECCA C, 24 MAYFLOWER, SULPHUR, LA 70663

11305    HENDERSON, JAMES D, C/O HAL PITKOW ESQ, 102 POND VIEW DR, WASHINGTON CROSSI, PA 18977

11305    HENDERSON, JAMES DONALD, 391 TRENTON BOULEVARD, SEA GIRT, NJ 08750

11305    HENDERSON, JANICE M, 3823 GENESSEE ST, KANSAS CITY, MO 64111

11305    HENDERSON, MIKE, 4507 GREENLEAF DR, WICHITA FALLS, TX 76309

11305    HENDERSON, WILLIAM G, 36 CARROLL RD RT #14, PASADENA, MD 21122

11305    HENDLEY, CARL M, 6795 FOSTER RD, PHILPOT, KY 42366

11305    HENKE, FRED R, C/O RUBY A HENKE, 318 ASHLAND ST, LAKE CHARLES, LA 70605

11305    HENKEL SURFACE TECHNOLOGIES, 32100 STEPHENSON HWY, MADISON HEIGHTS, MI 48071

11305    HENKEL, CRAIG WALLACE, 600 W CENTRAL, MISSOULA, MT 59801

11305    HENNE, DOUGLAS BRIAN, 917 SIMPSON AVENUE, WINNIPEG, MB R2K 1S5CANADA        **\*VIA Deutsche Post\***

11305    HENNE, RICHARD CHARLES, Q761 RD 16, NAPOLEON, OH 43545

11305    HENNEL WINSELMANN, KAREN, 4236 N OCEAN DR, HOLLYWOOD, FL 33019

11305    HENNINGSON, JOHN J, 1 WINTER ST, NORTHBOROUGH, MA 01532

11305    HENRE, GERALD W, 359 PEEPERS CORNERS RD, SILEX, MO 63377

11305    HENRY F TEICHMANN INC, 3009 WASHINGTON RD, MC MURRAY, PA 15317

11305    HENRY, DORIS M, 208 HOWARD DR, SIMPSONVILLE, SC 29681

11305    HENRY, WAYNE L, 2337 N 2ND ST, HARRISBURG, PA 17110

11305    HENRY, WILLIAM A, 208 HOWARD DR, SIMPSONVILLE, SC 29681

11305    HENSEN, TOM C, 6602 DOWNING ST, CORPUS CHRISTI, TX 78414

11305    HENSHELL & BUCCELLATO CONSULTING ARCHITECTS, PAUL BUCCELLATO AIA, 2 HARDING RD STE 2, RED BANK, NJ 07701

11305    HENSON, JESSICA, 10250 VERBENA LN, APPLE VALLEY, CA 92308

11305    HEPACO INC, 2711 BURCH DR, CHARLOTTE, NC 28269

11305    HEPACO INCORPORATED, PO BOX 26308, CHARLOTTE, NC 28221-6308

11305    HEPTING, GENEVA D, 175 TEAL DR, PASADENA, MD 21122

11305    HERCULES INCORPORATED, 1313 N MARKET ST, WILMINGTON, DE 19894-0001

11305    HERCULES, BETZ DEARBORN, PO BOX 846046, DALLAS, TX 75284-6046

11305    HERITAGE ENVIRONMENTAL SERVICES LLC, 7901 W MORRIS ST, ATTN RETA V LONG, INDIANAPOLIS, IN 46231

11305    HERITAGE HOLDINGS, 2480 NE 23 ST, POMPANO BEACH, FL 33062

11305    HERITAGE INSULATIONS, INC, PO BOX 7054, HACKETTSTOWN, NJ 07840

11305    HERKVLOE CHEMICAL, 4636 SOMERTON ROAD, TREVOSE, PA 19047-6783

11305    HERLIHY, ROBERT E, 4 SAN MARCO CT, PALM COAST, FL 32137

11305    HERMAN G. PROTZE, 1 MILL ST, SHERBORN, MA 01770

11305    HERMANSON, ANNE M, 803 LEWIS ST, DE PERE, WI 54115

11305    HERNANDEZ, DALE A, 2289 W DAVE DUGAS RD, SULPHUR, LA 70663

11305    HERNANDEZ, HUBERT, 405 HUNT, HOUSTON, TX 77003

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305 HERNANDEZ, PEDRO, PO BOX 8267, PONCE, PR 00732-8267

11305 HERNDON, LINDAL C, 1231 GEORGIA ST, SULPHUR, LA 70663

11305 HERNON, JAMES P, 6772 PALMETTO CIR S APT 203, BOCA RATON, FL 33433

11305 HERNON, JAMES P, 6772 PALMETTO CIR S, APT 203, BOCA RATON, FL 33433

11305 HERNON, JAMES P, 6772 PALMETTO CIR S, BOCA RATON, FL 33433

11305 HERRERA, JOSE E, 3337 N CHATAM RD APT J, ELLICOTT CITY, MD 21042

11305 HERRICK, DANIEL C, 14-1 WINTHROP ST, WALTHAM, MA 02453

11305 HERRING, GERALD JEROME, PO BOX 52582, SHREVEPORT, LA 71135

11305 HERRING, JEFFERSON D, 5818 RAINBOW SPRINGS DR, CHATTANOOGA, TN 37416

11305 HERRING, MARTHA WEBB, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632

11305 HERRON VALUE, 103 ENTERPRISE DR, ROYERSFORD, PA 19468

11305 HERSHMAN, DANIEL A, 501 QUADRANT RD, NORTH PALM BEACH, FL 33408-4335

11305 HERT SR, WALTER D, 224 OAK HILL SCHOOL RD, DALLAS, GA 30132

11305 HERTZ EQUIPMENT RENTAL CORP, PO BOX 26360, OKLAHOMA CITY, OK 73126-0360

11305 HERTZ FURNITURE SYSTEMS INC, 95 MCKEE DR, MAHWAH, NY 07430

11305 HESSION, JOHN J, 10 MATHIEU DR, WESTBOROUGH, MA 01581

11305 HEUFELDER, SYLVIA, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305 HEUSER, ROBERT L, 59 MILBURN CIR, PASADENA, MD 21122

11305 HEWITT ASSOCIATES LLC, PO BOX 95135, CHICAGO, IL 60694-5135

11305 HEWITT, JUSTIN K, 1305 S MONROE #11, OGDEN, UT 84404

11305 HEWITT, SHIRLEY H, 6818 HOLABIRD AVE, BALTIMORE, MD 21222

11305 HEWLETT PACKARD COMPANY, ATTN: ETHAN JOHNSON, 20 PERIMETER SUMIT BLVD MS 505, ATLANTA, GA 30319

11305 HEYA, LORRAINE TOSHIE, 1255 NUUANU AVENUE E - 1811, HONOLULU, HI 96817

11305 HEYWARD, VOYTE D, PO BOX 1278, WAGENER, SC 29164

11305 HFI, 44 OLD STATE ROAD, #19, NEW MILFORD, CT 06776

11305 HICKEY, 9601 RIVER ST, SCHILLER PARK, IL 60176

11305 HICKORY RIDGE LANDFILL, PO BOX 9001481, LOUISVILLE, KY 40290-1481

11305 HICKS JR, STEVEN D, 1313 CHURCH ST, BALTIMORE, MD 21226

11305 HICKS, JACKIE LEE, 18181 SE ARISTA DR, MILWAULKIE, OR 97267

11305 HICKS, MARGARET C, 1718 E 26TH ST, OWENSBORO, KY 42303

11305 HIDALGO COUNTY, C/O LORI ROBERTSON, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 1949 S IH 35 PO BOX 17428, AUSTIN, TX 78760-7428

11305 HIGBIE SR, JON MARQUIS, PO BOX 3022 / 101 E RIVERSIDE AVENUE, TROY, MT 59935

11305 HIGDON TYPEWRITER & SUPPLY, 2205 MARYLAND AVE., BALTIMORE, MD 21218

11305 HIGGS, STEVEN A, 5735 MINERAL AVE, HALETHORPE, MD 21227

11305 HIGH, ANGELA MAZE, PO BOX 1101, GASTON, NC 27832

11305 HIGHLANDER, NORMAN E, C/O NORMAN HIGHLANDER, 7829 ST CLAIRY LN, BALTIMORE, MD 21222

11305 HIGHT JR, ROBERT A, 345 LAKE FOREST DR, SPARTANBURG, SC 29307

11305 HIGHT, ELIZABETH, 15 DEARBORN ST, MEDFORD, MA 02155

11305 HIGHTOWER, DANNY L, 168 BURTON CREEKSIDE RD, WATERLOO, SC 29384

11305 HIGHTOWER, DANNY LYNN, 168 BURTON CREEKSIDE ROAD, WATERLOO, SC 29384

11305 HIGHWOODS REALTY LIMITED PARTNERSHIP, ATTN CHRIS ANN BROTHERTON, 4944 PKWY PLAZA BLVD #250, CHARLOTTE, NC 28217

11305 HILDEBRANDT, DARRELL E, C/O DARRELL HILDEBRANDT, 805 LIDA PL, BEL AIR, MD 21014

11305 HILGER, BUD, 8245 S SAYRE, BURBANK, IL 60459

11305 HILKER, CHRISTINE E, 1111 ALEXANDRIA DR, SAN DIEGO, CA 92107

11305 HILL BROTHERS CHEMICAL CO, 1675 N MAIN ST, ORANGE, CA 92867

11305 HILL JR, FRED L, 112 W RIDGEWAY RD, HONEA PATH, SC 29654

11305 HILL MANUFACTURING COMPANY, 1500 JONESBORO RD SW, ATLANTA, GA 30315

11305 HILL, CHRIS A, 961 S HWY 11 LOT #10, SOCIAL CIRCLE, GA 30025

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   HILL, DEBBIE, 8029 STILLWELL RD, CINCINNATI, OH 45237

11305   HILL, FRED, 106 BOYD AVE, SIMPSONVILLE, SC 29681

11305   HILL, KENNETH R, 3760 N 28TH ST, MILWAUKEE, WI 53216

11305   HILL, RHONDA K, 112 W RIDGEWAY RD, HONEA PATH, SC 29654

11305   HILLIARD JR, KENNETH P, C/O KEN HILLIARD, 8280 BODKIN AVE, PASADENA, MD 21122

11305   HILLIARD, KENNETH P, 8395 CAROL DR, PASADENA, MD 21122

11305   HILLIER, ELIZABETH, 39 CLARK RD, AJAX, ON L1S3B8CANADA                    *VIA Deutsche Post*

11305   HILLYARD, PO BOX 846087, DALLAS, TX 75284-6087

11305   HILSKY, RUSSELL, 113 CHERRYTREE LN, MIDDLETOWN, NJ 07748

11305   HILTON, DENNIS M, 4 HARVEST LN, NASHUA, NH 03063

11305   HINCKLEY SPRING WATER CO, PO BOX 1888, BEDFORD PARK, IL 60499-1888

11305   HINDON CORPORATION, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   HINDS CO TAX COLLECTOR, C/O NCTC, PO BOX 1727, JACKSON, MS 39215

11305   HINES, JAMES, 8402 GREENE LN, BALTIMORE, MD 21244

11305   HINES, JAMES, 8402 GREENS LN, BALTIMORE, MD 21244

11305   HINES, JERRY J, 1421 4TH ST, LAKE ARTHUR, LA 70549

11305   HINES, JERRY LEE, 1102 EASTVIEW, RIVERTON, WY 82501

11305   HINES, MICHAEL DEAN, 1102 EASTVIEW DRIVE, RIVERTON, WY 82501

11305   HINES, STEVEN DALE, 215 PARKCREST WAY, RIVERTON, WY 82501

11305   HINKLE HENSLEY SHANOR & MARTIN LLP, PO BOX 2068, SANTA FE, NM 87504-2068

11305   HINKLE ROOFING PRODUCTS INC, PO BOX 110098, BIRMINGHAM, AL 35211-0098

11305   HINKLE, JOHN R, 5733 S MOBILE, CHICAGO, IL 60638-1429

11305   HINKLY SPRINGS, PO BOX 1888, BEDFORD PARK, IL 60499

11305   HINOGOSA JR, ARNOLDO, PO BOX 3021, ALICE, TX 78332

11305   HINZ, JAMES D, 440 WASHINGTON ST, GLENVIEW, IL 60025

11305   HIPPS, BOBBY C, 431 BRYSON FORD RD, GRAY COURT, SC 29645

11305   HIRSCH, JOHN, PO BOX 157, CRESTMONT #5, EAGLES MERE, PA 17731

11305   HIRSCHLER FLEISCHER PC, JOHN C IVINS JR ESQUIRE, PO BOX 500, RICHMOND, VA 23218-0500

11305   HISPANOS UNIDOS DEL SUR, 3852 W 71ST ST, CHICAGO, IL 60629

11305   HI-TECH FIBERS, A DIV. OF MARTIN COLOR-FI,INC., DEPT. 3257 PO BOX 2153, BIRMINGHAM, AL 35287

11305   HITT & HILLER, 510 SW THIRD AVE SUITE 309, PORTLAND, OR 97204

11305   HIXSON UTILITY DISTRICT, PO BOX 98, HIXSON, TN 37343-0098

11305   HK SYSTEMS INC, C/O D L GRAFF, 2855 S JAMES DR, MILWAUKEE, WI 53201-1512

11305   HMR, 59 TEMPLE PL SUITE 704, BOSTON, MA 02111-1346

11305   HO, JEFFREY DOUGLAS, 1431 LAKEVIEW AVE, MINNEAPOLIS, MN 55416

11305   HOBBS, GERALD E, PO BOX 293, DUNLAP, TN 37327

11305   HOBBS, JEFF, 1013 SCOTTS DALE LN, JOLIET, IL 60432

11305   HOBBS, THOMAS A, 6021 MONROE AVE, ELDERSBURG, MD 21784

11305   HOBBS, WILLIAM B, 7205 WILLOWDALE AVE, BALTIMORE, MD 21206

11305   HOBGOOD ELECT & MACHINERY CO, INC, PO BOX 3073, COLUMBIA, SC 29230

11305   HOCKENBERRY, JAMES L, 23 RANDALL RD, PRINCETON, NJ 08540

11305   HODGES, CUSTER, PO BOX 158, DEQUINCY, LA 70633

11305   HODGSON, CHARLES E, 705 MALIBU DR, SILVER SPRING, MD 20901

11305   HOEHN JR, FREDERICK J, 4310 BRITTANY DR, ELLICOTT CITY, MD 21043

11305   HOELZER, CARL J, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   HOFELDT, ROBERT H, 1 ORCHID DR, LITTLETON, MA 01460-1875

11305   HOFFMAN CANVAS PRODUCTS INC, ATTN CARLA R MANDLEY, PO BOX 16173, BALTIMORE, MD 21218

11305   HOFFMAN CUSTOM SIEVES INC, RR 1 BOX 45, TURBOTVILLE, PA 17772

11305   HOFFMAN, GORDON H, 1019 JAMIESON RD, LUTHERVILLE, MD 21093

11305   HOFFNAGLE, JOHN F, 130 CARVEL BEACH RD, BALTIMORE, MD 21226-1947

11305   HOGUE, H D, 31 DANIEL DR, FRANKLIN PARK, NJ 08823

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   HOHMANN, LARRY W, 1368 21 AVE SW, CEDAR RAPIDS, IA 52404

11305   HOHMANN, LARRY W, 1368 21ST AVE SW, CEDAR RAPIDS, IA 52404

11305   HOLDAWAY, PHILLIP K, 924 JUNIPER ST, SUN PRAIRIE, WI 53590

11305   HOLLAND & KNIGHT, PO BOX 32092, LAKELAND, FL 33802-2092

11305   HOLLAND, RICHARD W, 205 COUNTRY TRL, WOODSTOCK, GA 30188

11305   HOLLAND, WINDELL J, 3031 DUCKER HILL RD, SIGNAL MOUNTAIN, TN 37377

11305   HOLLENBERGER, GENE F, 9801 N THORNAPPLE LN, MEQUON, WI 53092

11305   HOLLENKAMP, RAYMOND L, 680 SAN PEDRO DR, LADY LAKE, FL 32159

11305   HOLLEY, WINFIELD, 3631 EDMONDSON AV, BALTIMORE, MD 21229

11305   HOLLIDAY, JACK E, 335 TONEY CREEK RD, BELTON, SC 29627

11305   HOLLINGS, ALICE MARIE, 147 SPINK STREET, WOOSTER, OH 44691

11305   HOLMAN PRINTING, PO BOX 365, LAURENS, SC 29360

11305   HOLME ROBERTS & OWEN LLP, C/O ELIZABETH K FLAAGAN, 1700 LINCOLN ST STE 4100, DENVER, CO 80203

11305   HOLME,ROBERTS & OWEN LLP, SUITE 4100, 1700 LINCOLN ST, DENVER, CO 80203-4541

11305   HOLMES, DAPHNE, 1716 N MICHAEL SQ, LAKE CHARLES, LA 70611

11305   HOLMES, DAVID W, C/O JUETTA M HOLMES, 1131 BROWN VALLEY & RED HILL RD, UTICA, KY 42376

11305   HOLMES, DAVID W, C/O JUETTA M HOLMES, 1131 BROWNS VALLEY & RED HILL RD, UTICA, KY 42376

11305   HOLMES, LONNIE, 9416 BURNSIDE, CHICAGO, IL 60619

11305   HOLOX LTD, PO BOX 6100, NORCROSS, GA 30091

11305   HOLT, ROBERT S, 39 BROOKLINE ST, NEEDHAM, MA 02492

11305   HOLTER, SUSAN JEAN, 124 POWERLINE WAY, LIBBY, MT 59923

11305   HOLY CROSS SCHOOL F K A MONTFORT ACADEMY, 700 SUNKEN ROAD, FREDERICKSBURG, VA 22401

11305   HOLY MARTYRS SCHOOL, 915 S WAKEFIELD STREET, ARLINGTON, VA 22204

11305   HOLY SPIRIT SCHOOL, 8800 BRADDOCK ROAD, ANNANDALE, VA 22003

11305   HOME DEPOT CRC, THE, PO BOX 9915 DEPT 24, MACON, GA 31297-9915

11305   HOME DEPOT/GECF, PO BOX 9903, MACON, GA 31297-9903

11305   HOME SAVING TERMITE CONTROL INC, C/O PRINDLE DECKER & AMARO, 310 GOLDEN SHORE 4TH FL, LONG BEACH, CA 90802

11305   HOMETOWN NEWS INC, DBA THE WOODRUFF NEWS, PO BOX 5211, SPARTANBURG, SC 29304-5211

11305   HONEYWELL HOME AND BUILDING CONTROL, P.O. BOX 92091, CHICAGO, IL 60675-2091

11305   HONEYWELL INC(USE 53126), P.O. BOX 92103, CHICAGO, IL 60675-2103

11305   HONEYWELL INC, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241

11305   HONEYWELL INC, PO BOX 92103, CHICAGO, IL 60675-2103

11305   HONEYWELL, INC, 6935 GOLDEN RING RD, BALTIMORE, MD 21237-3033

11305   HONEYWELL, INC, INDUSTRIAL AUTOMATION & CONTROL, SUITE 510, 9200 CALUMET AVE., MUNSTER, IN 46321

11305   HONKOMP, CLAY A, 517 LEXINGTON AVE, NEWPORT, KY 41071

11305   HOOPER, DENNIS R, 1979E 1630 N RD, WATSEKA, IL 60970

11305   HOOPER, KENNETH B, 2 DAVID WAY, LITTLETON, MA 01460

11305   HOOPES, JOAN R, C/O MRS JOAN R HOOPES, 14215 86TH AVE N, SEMINOLE, FL 33776

11305   HOOPES, ROBERT J, 4 CHAPEL HILL DR, NASHUA, NH 03063

11305   HOOSIER OVERDOORS, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   HOOVER MATERIALS HANDLING GROUP INC, PO BOX 100567, ATLANTA, GA 30384-0567

11305   HOOVER MATERIALS HANDLING, PO BOX 100567, ATLANTA, GA 30384-0567

11305   HOOVER, ROBERT E, 6942 AUTUMN LAKE TRL, HIXSON, TN 37343

11305   HOOVER, SHERYL A, C/O SHERYL HOOVER, 123 N MEADOW DR, GLEN BURNIE, MD 21120

11305   HOPKINS SR, KENNETH L, 8880 FT SMALLWOOD RD, PASADENA, MD 21122

11305   HOPKINS, DAVID LAWRENCE, 10405 SW DENNEY RD 30, BEAVERTON, OR 97008

11305   HOPKINS, LARRY C, 5218 E 25TH AVE, SPOKANE, WA 99223

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   HOPPE, ALBERT L, 501 SHANNON DR, GREENVILLE, SC 29615

11305   HOPPE, VIVIAN B, 501 SHANNON DR, GREENVILLE, SC 29615

11305   HORIBA INSTRUMENTS, INC, 17671 ARMSTRONG AVE, IRVINE, CA 92614

11305   HORIZON PACKAGING, INC, 6224 RINGGOLD ROAD, CHATTANOOGA, TN 37412

11305   HORMIGONERA MAYAGUEZANA,

11305   HORN, CHRISTIAN F, PO BOX 7123, CARMEL, CA 93921

11305   HORNE, TERRY M, 103 THOMASON VIEW RD, FOUNTAIN INN, SC 29644

11305   HORNER, TOM, 210 TIMBERWAKE DR, BRONSTON, KY 42518

11305   HORTENSTINE, JOEL C, 5164 WALDEN MILL DR, NORCROSS, GA 30092

11305   HORTON, JAMES EDWARD, 1159 STEEL BRIDGE ROAD, MOORESBORO, NC 28114

11305   HORWOOD, MARCUS & BERK, CHARTERED, 180 NORTH LASALLE ST #3700, CHICAGO, IL 60601

11305   HOTCHKIES, BARRY, 7 WOOD CT, OAKLAND, CA 94611

11305   HOTFOIL, INC, 3A MARLEN DRIVE, ROBBINSVILLE, NJ 08691

11305   HOUNSRELL, THOMAS, 357 W LOSEY RD, ALEXANDRIA, KY 41001

11305   HOUSE OF BALANCE INC, 6340 HOWARD LN, ELKRIDGE, MD 21075

11305   HOUSE OF PIZZA, 7008 INDIANAPOLIS BLVD., HAMMOND, IN 46324

11305   HOUSE, CHERYL KAY, 995 EDGEWATER AVENUE, SHOREVIEW, MN 55126

11305   HOUSE, HOBART LEE, 8774 QUARTO AVE, LITTLETON, CO 80128

11305   HOUSTON INDEPENDENT SCHOOL DISTRICT, TAX OFFICE, PO BOX 4668, HOUSTON, TX 77210-4668

11305   HOUSTON ISD TAX OFFICE, PO BOX 4668, HOUSTON, TX 77210-4668

11305   HOUSTON ISD, C/O JOHN P DILLMAN, LINEBARGER HEARD GOGGAN BLAIR ET AL, PO BOX 3064, HOUSTON, TX 77253-3064

11305   HOUSTON PROCESS SYSTEMS INC, 11950 E HARDY, HOUSTON, TX 77039

11305   HOUTCHEN, DAVID L, 155 VICTORIA DR, HAINES CITY, FL 33844

11305   HOUTCHEN, JAMES W, 2637 W MIDDLEGROUND DR, OWENSBORO, KY 42301-4111

11305   HOWARD COUNTY MARYLAND, C/O BARBARA M COOK/KATHERINE L TAYLOR, HOWARD COUNTY OFFICE OF LAW, 3430 COURTHOUSE DRIVE, ELLICOTT CITY, MD 21043

11305   HOWARD COUNTY, C/O BARBARA M COOK/KATHERINE L TAYLOR, HOWARD COUNTY OFFICE OF LAW, 3430 COURTHOUSE DRIVE, ELLICOTT CITY, MD 21043

11305   HOWARD JR, WILLIAM E, 6509 EIDERDOWN CT, GLEN BURNIE, MD 21060

11305   HOWARD, JAMES JUNIOR, 156 GLENN DRIVE, MOUNT HOLLY, NC 28120

11305   HOWARD, JERRY L, 970-SHIELD SHINKLE RD, WILLIAMSTOWN, KY 41097

11305   HOWARD, THOMAS M, 502 TOLAR RD, TRAVELERS REST, SC 29690

11305   HOWARD, WILLIAM J, 3851 BOWLDS CT, OWENSBORO, KY 42301

11305   HOWARD, WILLIAM L, 812 E PARRISH AVE, APT #A, OWENSBORO, KY 42303

11305   HOWE, DOUGLAS, 12050 RT 144, PHILPOT, KY 42366

11305   HOWELL INDUSTRIES, INC, 1650 SWISCO RD., SULPHUR, LA 70665

11305   HOWELL TRACTOR & EQUIPMENT CO, 480 BLAINE ST, GARY, IN 46406

11305   HOWELL, MARLENE E, 103 BODAN RD, MILLERSVILLE, MD 21108

11305   HOWELL, WILLIAM M, 103 BODAN RD, MILLERSVILLE, MD 21108

11305   HOWLEY, JANET L, 4 WESTGATE DR APT #207, WOBURN, MA 01801

11305   HOYLE MORRIS & KERR, 1650 MARKET ST, PHILADELPHIA, PA 19103

11305   H-P LASER PRODUCTS, THE EMERSON CENTER 320, 2814 SPRING ROAD, ATLANTA, GA 30339

11305   HR DIRECT, PO BOX 6213, CAROL STREAM, IL 60197-6213

11305   HR ONE INC, PO BOX 452859, SUNRISE, FL 33345-2859

11305   HU, RUIZHONG, 10410 POPKINS CT, WOODSTOCK, MD 21163

11305   HUA XING ZHOU & LI G. YANG, DBA CHINA BUFFET, 1515 ALTA VISTA DRIVE, COLUMBUS, GA 39107

11305   HUANG, EDMUND T, 1400 PERRY LOOP #5, YAKIMA, WA 98902

11305   HUBBARD, MIRIAM N, 2701 REGENCY OAKS BLVD, APT A408, CLEARWATER, FL 33759

11305   HUBER ENGINEERED MATERIALS, PO BOX 71486, CHICAGO, IL 60694

11305   HUBER, FREDERIC R, 8 RIVERGATE RD, MERRIMACK, NH 03054

11305   HUBER, STEPHEN A, 165 SETTLEMYRE RD, OREGONIA, OH 45054

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   HUDAK, MICHAEL R, 2046 AUTUMN LEAVES CIR, GREEN BAY, WI 54313

11305   HUDAKS ASBESTOS REMOVAL, INC, PO BOX 72430, BALTIMORE, MD 21237

11305   HUDAKS INSULATION, INC, PO BOX 72430, BALTIMORE, MD 21237

11305   HUDDLESTON & CO. INC., 1221 MCKINNEY SUITE 3700, HOUSTON, TX 77010

11305   HUDDLESTON JR, ALLEN C, 10401 WOODSBORO RD, WOODSBORO, MD 21798-7801

11305   HUDDLESTON, LOWELL A, 1010 TURNEY AVE, LAUREL, MD 20707-3838

11305   HUDDLESTON, STANLEY R, 225 CANNON BALL WAY, ODENTON, MD 21113

11305   HUDSON BAY COMPANY, 450 PORTAGE AVENUE, WINNIPEG, MB R3C0E7CANADA      *VIA Deutsche Post*

11305   HUDSON EXTRUSIONS INC, PO BOX 255, HUDSON, OH 44236-0255

11305   HUDSON MFG. & MACHINE SHOP INC., PO BOX 21665, OWENSBORO, KY 42304-1665

11305   HUDSON S BAY COMPANY ZELLERS, 1735 WEST ARTHUR STREET, THUNDERBAY, ON      *VIA Deutsche Post*
P7E5S2CANADA

11305   HUDSON, RUBY GRAVES, 2109 LOWELL BETHESDA RD, GASTONIA, NC 28056

11305   HUDSON, RUSSELL HUGH, 8250 FARM TO MARKET RD, LIBBY, MT 59923

11305   HUDSON, SYLVESTER D, 254 PERTCH RD, SEVERNA PARK, MD 21146

11305   HUDSON`S BAY COMPANY, 100 ANDERSON ROAD SOUTH EAST, CALGARY, AB T2J3V1CANADA      *VIA Deutsche Post*

11305   HUDSON`S BAY COMPANY, 100 BAYSHORE DRIVE UNIT 10- ZELLERS STORE 17, OTTAWA, ON      *VIA Deutsche Post*
K2B8C1CANADA

11305   HUDSON`S BAY COMPANY, 100 BAYSHORE DRIVE, OTTAWA, ON K2B8C1CANADA      *VIA Deutsche Post*

11305   HUDSON`S BAY COMPANY, 32900 SOUTH FRASER WAY, ABOTSFORD, BC V2C5A1CANADA      *VIA Deutsche Post*

11305   HUDSON`S BAY COMPANY, 3625 SHAGANAPPI TRAIL NORTH WEST, CALGARY, AB T3A0E6CANADA      *VIA Deutsche Post*

11305   HUEMMER, ANN, 6 CROFTSTONE CT, MAULDIN, SC 29662

11305   HUEY, WAYNE L, 2023 E 31 ST, BALTIMORE, MD 21218

11305   HUEY, WAYNE, 2023 E 31 ST, BALTIMORE, MD 21218

11305   HUFFMAN LABORATORIES INC, 4630 INDIANA ST, GOLDEN, CO 80403

11305   HUGHES ASSOCIATES INC, 3610 COMMERCE DR #817, BALTIMORE, MD 21227

11305   HUGHES III, TERRY D, 8610 MALAGA DR APT 1-C, INDIANAPOLIS, IN 46250

11305   HUGHES SUPPLY INC, C/O LUIS D HERNANDEZ LEGAL DEPARTMEN, 20 N ORANGE AVE, STE 200,
ORLANDO, FL 32801

11305   HUGHES SUPPLY INC, PO BOX 105837, ATLANTA, GA 30348-5837

11305   HUGHES, DOUGLAS J, 31 GARFIELD ST, CAMBRIDGE, MA 02138

11305   HUGHES, HASKELL, 174 LIONBROOK DR, GRAY COURT, SC 29645

11305   HUGHES, JAY W, 3150 NW 60TH ST, BOCA RATON, FL 33496

11305   HUGHES, KIMBERLY R, 2319 WALNUT GROVE RD, ROEBUCK, SC 29376

11305   HUGHES, PATRICIA MICHELE, 2212 HOWARD ST NE, MINNEAPOLIS, MN 55418

11305   HUGHES, PATRICIA MICHELE, 2212 HOWARD STREET NE, MINNEAPOLIS, MN 55418

11305   HUGHES, STEPHEN R, 2319 WALNUT GROVE RD, ROEBUCK, SC 29376

11305   HUGHES, STEPHEN RAY, 2319 WALNUT GROVE ROAD, ROEBUCK, SC 29376

11305   HUGONIOT, DONALD M, 1038 ARBORWOOD PL, BALTIMORE, MD 21226

11305   HULA, EDWARD JOSEPH, 830 FIRST AVENUE EAST PO BOX 512, COLUMBIA FALLS, MT 59912

11305   HULIN, ALVIN C, 101 CORDOBA CIR, ROYAL PALM BEACH, FL 33411

11305   HULIN, JOSH, 710 N 8TH ST, LANTANA, FL 33462

11305   HUMBLETON INDUSTRIAL SALES INC, 49 DUNCAN CIRCLE, HIRAM, GA 30141

11305   HUMMEL, ALBERT A, 11409 FAIROAK DR, SILVER SPRING, MD 20902

11305   HUMPLEY, JAMES J, 1624 ATHENS AVE, PENSACOLA, FL 32507

11305   HUNEYCUTT, LARRY EUGENE, 2906 NORTH CANNON BLVD, KANNAPOLIS, NC 28083

11305   HUNSINGER, DONALD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   HUNT SR, CURTIS D, 3413 WASHINGTON AVE, BALTIMORE, MD 21244

11305   HUNT, ALICE M, 2328 ASBURY SQ NE, ATLANTA, GA 30346

11305   HUNT, ALICE M, C/O ALICE HUNT, 2328 ASBURY SQ NE, ATLANTA, GA 30346

11305   HUNT, CAROLYN, 2325 KEENE DR, SULPHUR, LA 70663

11305   HUNT, CARRIE A, 181 CLAY BAKER RD, CLEVELAND, TN 37311

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  HUNT, DAVID A, 2902 SYCAMORE TREE CT, KINGWOOD, TX 77345

11305  HUNT, JAMES L, 2800 SW 37TH TER, CAPE CORAL, FL 33914

11305  HUNT, LAWRENCE J, 170 RIVERVIEW TRL, SYKESVILLE, MD 21784

11305  HUNT, SHELTON R, 106 ROBERTA AVE, JENNINGS, LA 70546

11305  HUNT, THOMAS J, 922 PHILADELPHIA ST, COVINGTON, KY 41011

11305  HUNTER ENVIRONMENTAL SCIENCES LLC, PO BOX 443, PETERBOROUGH, NH 03458

11305  HUNTER, JAN, C/O MARK C GOLDENBERG, HOPKINS GOLDENBERG, PC, 2132 PONTOON RD, GRANITE CITY, IL 62040

11305  HUNTER, MARTIN, 5321 DUNTEACHIN DR, ELLICOTT CITY, MD 21043

11305  HUNTON & WILLIAMS, C/O BENJAMIN C ACKERLY ESQ, RIVERFRONT PLAZA EAST TOWER, 951 EAST BYRD ST, RICHMOND, VA 23219-4074

11305  HUNTSMAN CORPORATION, PO BOX 65888, CHARLOTTE, NC 28265

11305  HURLBERT, KIRK D, 12313 RICHARD, PALOS HEIGHTS, IL 60463

11305  HURM, NORMA J, 3168 KENTUCKY 142, PHILPOT, KY 42366

11305  HURMAN, JOHN C, 7900 ELIZABETH RD, PASADENA, MD 21122

11305  HURST, MICHAEL W, 280 WOOD RIVER LN, TALLADEGA, AL 35160

11305  HURST, MICHAEL WILLIAM, 280 WOOD RIVER LN., TALLADEGA, AL 35160

11305  HURST, RALPH H, 550 COOTS LK RD, ROCKMART, GA 30153

11305  HURTUK, ROBERT J, 5319 S MEADE, CHICAGO, IL 60638

11305  HUTCHENS, WOODROW GARRISON, 154 COLUMBIA MEADOWS DRIVE, COLUMBIA FALLS, MT 59912

11305  HUTTIG, 421 CREBLE ROAD, SELKIRK, NY 12158

11305  HVC CORP., PO BOX 630179, CINCINNATI, OH 45246

11305  HVC, INC, PO BOX 630179, CINCINNATI, OH 45263-0179

11305  HVIDSTEN, GEORGE A, 33 HALL RD, CHATHAM, NJ 07928

11305  HYATT CORPORATION ETC, 200 W. MADISON, CHICAGO, IL 60606

11305  HYATT EQUITIES, HYATT REGENCY-655 BURRARD STREET, VANCOUVER, BC V6C2R7CANADA   **\*VIA Deutsche Post\***

11305  HYATT HOTELS CORPORATION ETC, 200 W. MADISON,

11305  HYATT HOTELS CORPORATION ETC, 200 W. MADISON, CHICAGO, IL 60606

11305  HYATT, DAVID L, 12205 NORTH PERRY #326, BROOMFIELD, CO 80020

11305  HYATT, LARRY A, 8977 N 700 W, FOUNTAINTOWN, IN 46130

11305  HYATT, LARRY A, C/O LARRY HYATT, 8977 N 700 W, FOUNTAINTOWN, IN 46130

11305  HYDE, JAMES R, 8202 BURNLEY RD, TOWSON, MD 21204

11305  HYDRITE CHEMICAL CO., DRAWER 9048, 300 N. PATRICK BLVD. (53045), BROOKFIELD, WI 53008-9048

11305  HYGRADE PRECISION TECHNOLOGIES, 329 COOKE ST, PLAINVILLE, CT 06062

11305  HYLAND, MICHAEL A, 24360 E RIVER RD #27, GROSSE ILE, MI 48138

11305  IBM CORPORATION, ATTN: BH SHIDELER, 2707 BUTTERFIELD ROAD, OAKBROOK, IL 60523

11305  ICBO EVALUATION SERVICE INC, 5360 WORKMAN MILL ROAD, WHITTIER, CA 90601-2298

11305  ICEMAKERS, INC, 909 CREEKSIDE ROAD, CHATTANOOGA, TN 37406

11305  ICI AMERICAS INC & INDOPCO, C/O W STEVEN BRYANT, LOCKE LIDDELL & SAPP LLP, 600 TRAVIS ST STE 2600, HOUSTON, TX 77002-3095

11305  ICI AMERICAS INC, C/O W STEPHEN BRYANT, LOCKE LIDDELL & SAPP LLP, 600 TRAVIS ST STE 2600, HOUSTON, TX 77002-3095

11305  ICI AMERICAS INC, C/O W STEVE BRYANT, LOCKE LIDDELL & SAPP LLP, 600 TRAVIS ST STE 2600, HOUSTON, TX 77002-3095

11305  ICI AMERICAS INC, C/O W STEVEN BRYANT, LOCKE LIDDELL & SAPP LLP, 600 TRAVIS ST STE 2600, HOUSTON, TX 77002-3095

11305  ICI EXPLOSIVES USA INC., 14 LISA ROAD, SINKING SPRING, PA 19608

11305  ICN DOSIMETRY SERVICE, 3300 HYLAND AVE, COSTA MESA, CA 92626

11305  IDDINS, LAWRENCE A, 4719 GRIMWOOD CT, GRANITE BAY, CA 95746

11305  IDS BLAST FINISHING, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305  IDS SCHEER, INC, 1205 WESTLAKES DR.STE 270, BERWYN, PA 19312

11305  IESCO, INC, 5235 B, W. 65TH ST., BEDFORD PARK, IL 60638

11305  IFCO INDUSTRIAL CONT SYSTEMS, 4336 HANSEN SW, GRAND RAPIDS, MI 49548

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    IFCO INDUSTRIAL CONTAINER SYSTEMS,

11305    IFCO INDUSTRIAL CONTAINER SYSTEMS, FORMERLY IFCO, 38125 EAGLE WAY, CHICAGO, IL 60678-1381

11305    IGOE, MARK, 2621 N 73RD CT, ELMWOOD PARK, IL 60707

11305    IKON DOCUMENT SERVICES, DEPT #210865, MIAMI, FL 33121-0865

11305    IKON OFFICE SOLUTION MID ATLANTIC, C/O IOS CAPITAL, BANKRUPTCY ADM, PO BOX 13708, MACON, GA 31208-3708

11305    IKON OFFICE SOLUTIONS CENTRAL DISTRICT, C/O IOS CAPITAL, BANKRUPTCY ADMIN, PO BOX 13708, MACON, GA 31208-3708

11305    IKON OFFICE SOLUTIONS, FLORIDA DISTRICT, P.O. BOX 532521, ATLANTA, GA 30353-2521

11305    IKON OFFICE SOLUTIONS, PO BOX 905923, CHARLOTTE, NC 28290-5923

11305    ILIOFF, DOUGLAS M, 1087 BUCKHORN RD, SYKESVILLE, MD 21784

11305    ILLINOIS BLOWER INC, 750 INDUSTRIAL DRIVE, CARY, IL 60013

11305    ILLINOIS CEMENT CO., PO BOX 442, LA SALLE, IL 61301

11305    ILLINOIS DEPT OF REVENUE, STATE OF ILLINOIS CENTER, BANKRUPTCY BULK SALES PROBATE DIV, 100 W RANDOLPH LEVEL 7-425, CHICAGO, IL 60601

11305    ILLINOIS PROCESS EQUIPMENT INC, PO BOX 390, LISLE, IL 60532

11305    IMAGE INK PUBLIC RELATIONS, 2 BEARS DEN WAY, COLUMBIA, CT 06237

11305    IMAGEMAX, 3000 DESOTO ST, MONROE, LA 71201

11305    IMES ENGINEERING INC, 11843 MARKET PLACE AVE STE A, BATON ROUGE, LA 70816

11305    IMHOF, JOHN S, 200 CROSSVINE WAY, SIMPSONVILLE, SC 29680

11305    IMPERIAL COFFEE & FOOD SERVICE INC, PO BOX 20317, ATLANTA, GA 30325

11305    IMPERIAL OIL LTD, SARNIA ADMINISTRATION,

11305    IMPERIAL TECHNICAL SERVICES, 13647 SOUTHWEST HWY, ORLAND PARK, IL 60462

11305    IMS GROUP, INC, PO BOX 31391, CHARLOTTE, NC 28231-1391

11305    INACOM CORP, C/O ELAINE AGEE, INACOM CORP, 13010 MORRIS RD 6TH FL, ALPHARETTA, GA 30004

11305    INCHARDI, NINA, 34 MOUNTAIN ST, PLAINFIELD, MA 01070

11305    INDEPENDENT PACKAGING INC, 780 WASHINGTON ST, QUINCY POINT, MA 02169-7333

11305    INDEST, THOMAS M, 12336 WARWICK AVE, BATON ROUGE, LA 70815

11305    INDGE, DONALD S, 52 FARNHAM ST, BELMONT, MA 02478

11305    INDIANA DEPARTMENT OF REVENUE, 100 N SENATE AVE, BANKRUPTCY SECTION ROOM N-203, INDIANAPOLIS, IN 46204

11305    INDIANA DEPARTMENT OF REVENUE, COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION, 100 N SENATE AVE, INDIANAPOLIS, IN 46204-2253

11305    INDUSTRIAL AIR CENTERS INC, PO BOX 9147, LOUISVILLE, KY 40209

11305    INDUSTRIAL COMPONENTS CORP, 1101 HORIZON DR, ATCHISON, KS 66002

11305    INDUSTRIAL COMPONENTS INC, 99 E CENTRE ST, NUTLEY, NJ 07110

11305    INDUSTRIAL CONSTRUCTION INC, 2929 S 18TH AVE SUITE D, BROADVIEW, IL 60155-4757

11305    INDUSTRIAL HEAT TREATING INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    INDUSTRIAL HOSE & HYDRAULICS, INC., 2450 N. POWERLINE ROAD, POMPANO BEACH, FL 33069

11305    INDUSTRIAL INSTRUMENT SERVICE, CORPORATION, 5643 WEST 63RD PLACE, CHICAGO, IL 60638

11305    INDUSTRIAL MAGNETICS, INC, PO BOX 80, BOYNE CITY, MI 48712-0080

11305    INDUSTRIAL METER & EQUIPMENT CO INC, 1118 N MAIN STE 2I, PEARLAND, TX 77581-2200

11305    INDUSTRIAL RUBBER & SAFETY PROD., ATTN MARK M LAUER, TWO WEST SECOND ST, TULSA, OK 74103

11305    INDUSTRIAL SCALES & SYSTEMS, INC, 4295 CROMWELL RD., SUITE 615, CHATTANOOGA, TN 37421

11305    INDUSTRIAL TECTONICS INC, 7222 W HURON RIVER DR, DEXTER, MI 48130

11305    INDUSTRIAL VALVE & AUTOMATION CO, 231 SOUTH FRONTAGE ROAD UNIT 5, HINSDALE, IL 60521

11305    INDUSTRO EQUIPMENT & SUPPLY CO., 1701 CHICKAMAUGA LOOP, PO BOX 8414, CHATTANOOGA, TN 37411-0414

11305    INFORMATION EXPRESS, 3221 PORTER DRIVE, PALO ALTO, CA 94304

11305    INFOTRIEVE INC, 10850 WILSHIRE BLVD 8TH FL, LOS ANGELES, CA 90024

11305    INGERSOLL RAND, 888 INDUSTRIAL DR, ELMHURST, IL 60126

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   INGERSOLL-RAND FLUID PRODUCTS, ONE ARO CENTER, BRYAN, OH 43506

11305   INGRAM, BENJAMIN MASON, 3516 FLORENCE BLVD, FLORENCE, AL 35634

11305   INGRAM, LOUIS E, 2321 ASCOTT PL, CORDOVA, TN 38016

11305   INITIAL SECURITY, ATTN SHERRY YOUNGMAN, 3355 CHERRY RDG STE 200, SAN ANTONIO, TX 78230

11305   INK SPECIALTIES CO INC, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241

11305   INKJET INC, 11111 INKJET WAY, WILLIS, TX 77378

11305   INN AT HARVARD, THE, 1201 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

11305   INORGANIC VENTURES, INC, 195 LEHIGH AVE., SUITE 4, LAKEWOOD, NJ 08701

11305   INSIGHT, PO BOX 78825, PHOENIX, AZ 85062-8825

11305   INSTALLATION DESIGN & SERVICES INC, PO BOX 296, CONYERS, GA 30012

11305   INSTRUMENT ASSOCIATES INC, C/O THE CONTINENTAL INSURANCE COMPANY, ATTN: JANICE PORRETTA, PO BOX 905, MONMOUTH JUNCTION, NJ 08852-0905

11305   INSTRUMENTS SA, INC (JOBIN, NATIONAL WESTMINSTER BANK, PO BOX 11669, NEWARK, NJ 07101-4669

11305   INTEGRATED PROCESS SOLUTIONS, 1200 N. HARGER ST., STE. 419, OAK BROOK, IL 60523

11305   INTERCON CARTAGE, PO BOX 24, BEDFORD PARK, IL 60499-0024

11305   INTERFAITH COMMUNITY ORGANIZATION, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632

11305   INTERNAL REVENUE SERVICE, 31 HOPKINS PLAZA RM 1150, BALTIMORE, MD 21201

11305   INTERNATIONAL BUSINESS DIRECTO, 10200 NW 25TH ST SUITE A-115, MIAMI, FL 33172

11305   INTERNATIONAL CONCRESS ON POLYMERS, PO BOX 158, HARWOOD, MD 20776

11305   INTERNATIONAL FIBER CO, 50 BRIDGE ST, NORTH TONAWANDA, NY 14120

11305   INTERNATIONAL MAINTENANCE CO LLC, C/O KIRK A PATRICK III, PO BOX 3656, BATON ROUGE, LA 70821

11305   INTERNATIONAL PAPER CO, C/O BANK ONE-DEPT. 905251, 806 TYVOLA ROAD, SUITE 108, CHARLOTTE, NC 28217

11305   INTERNATIONAL PROTECTIVE COATINGS CORP, PO BOX 4128, MIDDLETOWN, NJ 07748

11305   INTERNET LABS INC, 82 BETHANY RD SUITE 8, HAZLET, NJ 07730

11305   INTERTEK TESTING SERVICES NA INC, PO BOX 70571, CHICAGO, IL 60673-0571

11305   INTEX PLASTICS CORP, C/O CHRISTOPHER MADDUX, JAMES W O`MARA, PHELPS DUNBAR LLP, PO BOX 23066, JACKSON, MS 39225-3066

11305   INTL. BUSINESS DIRECTORIES, 10200 NW 25TH ST., STE.A-113, MIAMI, FL 33172

11305   INTRANSCO INC, PO BOX 239, LYNNFIELD, MA 01940

11305   INVESTMENT CASTING(USE 315511), 8150 N. CENTRAL EXPWY.-SUITE M1008, DALLAS, TX 75206-1602

11305   INVINCIBLE AIRFLOW SYSTEMS, PO BOX 502389, SAINT LOUIS, MO 63150-2389

11305   IOS CAPITAL, BANKRUPTCY ADMIN, PO BOX 13708, MACON, GA 31208-3708

11305   IOS CAPITAL, PO BOX 740540, ATLANTA, GA 30374-0540

11305   IOS CAPITAL-IKON, PO BOX 650016, DALLAS, TX 75265-0016

11305   IOVINO, ANTHONY JOSEPH, 5501 SNOWSHOE MINE RD, LIBBY, MT 59923

11305   IOVINO, JANE, 5501 SNOWSHOE MINE RD, LIBBY, MT 59923

11305   IOVINO, JOSEPH LOUIS, 5501 SNOWSHOE MINE RD, LIBBY, MT 59923

11305   IOVINO, NICHOLAS C, 7639 VIENNA LN, PORT RICHEY, FL 34668

11305   I-PAK/INDEPENDENT PACKAGING INC, PO BOX 845568, BOSTON, MA 02284-5568

11305   IPL PRODUCTS LTD, 10 FORBES ROAD, NORTHBORO, MA 01532

11305   IPSCO INC, ERW MILL BLDG, 6735 75TH STREET, EDMONTON, AB T6E 0T3 CANADA        **\*VIA Deutsche Post\***

11305   IPSCO INC, ROLLING MILL BLDG-PO BOX 1670, REGINA, SK S4P3V7 CANADA        **\*VIA Deutsche Post\***

11305   IRBY, ALVIN, 262 LANDFORD RD, ENOREE, SC 29335

11305   IRON AGE CORP., PO BOX 1449, PITTSBURGH, PA 15230-1449

11305   IRON AGE CORPORATION, PO BOX 1449, PITTSBURGH, PA 15230-1449

11305   IRON MOUNTAIN INC, C/O D&B/RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305   IRON MOUNTAIN INC, D&B/RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  IRON MOUNTAIN RECORDS MANAGEMENT, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305  IRON MOUNTAIN, PO BOX 65017, CHARLOTTE, NC 28265-0017

11305  IRON MOUNTAIN/SAFESITE INC, PO BOX 60709, LOS ANGELES, CA 90060-0709

11305  IRONPEDDLERS PARTS DIV INC., 3504 ROCKY RIVER ROAD N, MONROE, NC 28110

11305  IRVIN, ROBERT A, 197 LAKE SOMERSET DR, MARIETTA, GA 30064

11305  IRVINE, BRUCE CHAMBERLI, 3563 CANYON WAY, SALT LAKE CITY, UT 84106

11305  IRVING SHAFFER AS TRUSTEE OF THE, C/O VICTOR BASS ESQ, BURNS & LEVINSON LLP, 125 SUMMER ST, BOSTON, MA 02110

11305  IRVING SHAFFER AS TRUSTEE SHAFFER REALTY NOMINEE, TRUST & OF THE BIM INVESTMENT, C/O VICTOR BASS ESQ, BURNS & LEVINSON LLP, 125 SUMMER ST, BOSTON, MA 02110

11305  ISBM-PENN STATE UNIVERSITY, 402 BUSINESS ADMINISTATION BLDG, UNIVERSITY PARK, PA 16802-3004

11305  ISCO INC, ATTN: VICKI BENNE, 4700 SUPERIOR ST, LINCOLN, NE 68504

11305  ISP TECHNOLOGIES INC, 1361 ALPS RD BLDG 8 3RD FL, ATTN DOUGLAS WATHNE, WAYNE, NJ 07470

11305  ISTRE, FRED B, 410 FRED ISTRE RD, SULPHUR, LA 70665

11305  ITS / CALEB BRETT, C/O SUSAN HINDS-BRENNER, PO BOX 460709, HOUSTON, TX 77056-8709

11305  ITS OAK RIDGE, PO BOX 6018, OAK RIDGE, TN 37830

11305  ITT INDUSTRIES, SHARED SERVICES, 2881 E BAYARD ST, SENECA FALLS, NY 13148

11305  IUPUI SCHOOL OF DENTISTRY ORAL HEALTH RE, 415 LANSING ST, INDIANAPOLIS, IN 46202

11305  IVES EQUIPMENT CORP, 601 CROTON RD, KING OF PRUSSIA, PA 19406

11305  IVEY, ALMA T, 7309 MCCORMACK DR, HIXSON, TN 37343

11305  IVINS, TAMMY KAY, 1708 SNOWSHOE ROAD, LIBBY, MT 59923

11305  IZQUIERDO, EDWARD T, 8104 SILVER FOX CIR, GLEN BURNIE, MD 21061

11305  J & A SALES INC, 1312 ENTERPRISE DR UNIT F, ROMEOVILLE, IL 60446

11305  J & B TIRE SERVICE, PO BOX 8672, DEERFIELD BEACH, FL 33443

11305  J & R WATERBLASTING SERVICE LLC, 3210 DAVIESS ST, OWENSBORO, KY 42303

11305  J B INDUSTRIES INC, C/O ALEX L DIXON, 304 CHURCH ST, PO BOX 1027, LAGRANGE, GA 30241

11305  J F DURAN, 16 HIGHLAND ST, WOBURN, MA 01801

11305  J HARVARD CO, 3418 E MARDAN DR, LONG GROVE, IL 60047

11305  J J KELLER & ASSOCIATES INC, PO BOX 548, NEENAH, WI 54957

11305  J L ROGERS & CALLCOTT ENGINEER, PO BOX 5655, GREENVILLE, SC 29606

11305  J&J MANUFACTURING CO, PO BOX 6295, BEAUMONT, TX 77725

11305  J&L FASTENERS, 6944 PARRISH AVE., HAMMOND, IN 46323

11305  J.C. SUMMERS & ASSOCIATES, 1750 HUBER ROAD, CHARLESTON, WV 25314-2220

11305  JA HARDIN BENEFICIARY OF DEC CREDITOR, 2701 REGENCY OAKS BLVD APT 206, CLEARWATER, FL 33759

11305  JA HARDIN BENEFICIARY OF DEC CREDITOR, C/O J A HARDIN, 2701 REGENCY OAKS BLVD APT 206, CLEARWATER, FL 33759

11305  JABLONSKI, JOYCE, 218 WASHINGTON ST, NORTHVALE, NJ 07647

11305  JABLONSKI, NEAL T, 4265 S 90TH ST, GREENFIELD, WI 53228

11305  JACHIMOWICZ, FELEK, 36 CYPRESS ST, BROOKLINE, MA 02445

11305  JACKO EQUIPMENT CORP, PO BOX 482, KEARNY, NJ 07032

11305  JACKSON JR, JOHN R, 8312 STREAMWOOD DR, BALTIMORE, MD 21208

11305  JACKSON, BETTY J, 6034 M CORBELLO RD, LAKE CHARLES, LA 70615

11305  JACKSON, BILLY W, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305  JACKSON, CHIQUITA, 5813 WAYCROSS RD, BALTIMORE, MD 21206

11305  JACKSON, JOHN B, 1844 SEVENHILLS DR, CINCINNATI, OH 45240

11305  JACKSON, TERRY L, 214 HONEYSUCKLE TR, SALLEY, SC 29137

11305  JACKSON, WILLADEAN, 5632 E US HWY 150, HARDINSBURG, IN 47125

11305  JACOBBERGER MICALLEY & ASSOCIATES LLC, 2720 MAPLEWOOD DR, MAPLEWOOD, MN 55109

11305  JACOBS, CARLOS D, POB 14796, LONG BEACH, CA 90853

11305  JACOBSON, JAY, 121 HIGHLAND RD, SCARSDALE, NY 10583

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   JACOBY, RICHARD W, 4840 VRANA LN, RACINE, WI 53405

11305   JAEGER, RICHARD J, W9095 SAWMILL RD, BLANCHARDVILLE, WI 53516

11305   JAENKE, PAUL ALEX, 12771 DEODAR AVE, DESERT HOT SPRINGS, CA 92240

11305   JAENKE, PAUL, 12771 DEODAR AVE, DESERT HOT SPRING, CA 92240

11305   JAETZOLD, CALVIN J, 1524 LINDA LN, SULPHUR, LA 70665

11305   JAGNEAUX SR, LAWRENCE A, 7530 CHOUPIQUE RD, SULPHUR, LA 70665

11305   JAHANT, CHARLES T, 1620 BLUE FOREST DR, PROSPER, TX 75078

11305   JAMES T WARRING SONS INC, ATTN: VINCENT WARRING, 4545 S STREET, CAPITOL HEIGHTS, MD 20743

11305   JAMES, DAVID EUGENE, 287 WARDS RD, LIBBY, MT 59923

11305   JAMES, DAVID, 1325 WILLOWSPRING RD, BALTIMORE, MD 21228

11305   JAMES, JANET, 17251 S 65 #B, TINLEY PARK, IL 60477

11305   JAMES, JOY A, 4468 CHARLESWOOD AVE, MEMPHIS, TN 38117

11305   JAMES, MICHAEL R, 1342 PHILS DR, CHATTANOOGA, TN 37416

11305   JAMES, PATRICIA LEE, 107 W 28TH AVENUE, SPOKANE, WA 99203

11305   JAMES, STEVEN, 14609 PRENDA ST, VICTORVILLE, CA 92394

11305   JAMESON, CRAIG E, 305 MIDDLE RD, BREUTWOOD, NH 03833

11305   JAMIESON CONDOMINIUM, 13536 124 A AVE, EDMONTON, AB T5L3B5CANADA       *VIA Deutsche Post*

11305   JAMIESON CONDOMINIUM, 13536 124A AVE, EDMONTON, AB T5L3B5CANADA       *VIA Deutsche Post*

11305   JAMISON, MAX GLENN, 5028 MANDY LANE, MOUNT HOLLY, NC 28120

11305   JANI-KING OF ILLINOIS INC, ATTN DANIEL J MOORE, 16885 DALLAS PKWY, ADDISON, TX 75001

11305   JANISZEWSKI, MARGARET K, 181 OLD FARM CIR, AMHERST, NY 14221

11305   JANOWSKI, LAWRENCE F, 1208 64TH ST, BALTIMORE, MD 21237

11305   JANTZ, SHARON LOUISE, 7077 US HWY 2 SOUTH, LIBBY, MT 59923

11305   JANTZ, TINA LEE, HCR 60 BOX 136, BONNERS FERRY, ID 83805

11305   JANUS, DAVID M, C/O DAVID JANUS, 2400 PLAINFIELD DR, FALLSTON, MD 21047

11305   JARBOE, RONALD A, 3737 FREDERICA ST, OWENSBORO, KY 42301-6975

11305   JARDINE, LESLIE A, 3A WILLOW AVE, SALEM, MA 01970

11305   JAROS, RICHARD C, 119 SNELL DR, MOON TWP, PA 15108

11305   JAROSZ, JEROME FRANK, 12173 UNDERCLIFF ST NW, COON RAPIDS, MN 55433

11305   JARRARD, STEVEN P, 2909 RUTH AVE, BALTIMORE, MD 21219

11305   JARVIS, TONYA L, 22681 BELLA RITA CIR, BOCA RATON, FL 33433

11305   JAUN, AMANDA G, 505 GRANITE ST, LIBBY, MT 59923

11305   JAVAN & WALTER, INC, SUITE 100, 465 MARYLAND DRIVE, FORT WASHINGTON, PA 19034

11305   JAVIER D. ALCORTA,

11305   JAY BHAGHAVAN INC, 209 S BROADWAY AVENUE, URBANA, IL 61801

11305   JAY INDUSTRIAL TEC GROUP INC, 555 N WAYNE AVE, CINCINNATI, OH 45215

11305   JAYGO INCORPORATED, 675 RAHWAY AVE, UNION, NJ 07083

11305   JAYNES JR, LOWELL CHARLES, 29843 FUGAR WAY, KLAMATH FALLS, OR 97601

11305   JC EHRLICH CO INC, PO BOX 13848, 500 SPRINGRIDGE DR, READING, PA 19610

11305   JD CONSULTING INC, 404 CAMP CRAFT ROAD, AUSTIN, TX 78746

11305   JEFFERS, BERNARD H, 6902 KNOLLCREST DR, HARRISON, TN 37341

11305   JEFFERSON ASSOCIATES LTD, 4809 COLE AVE STE 170, DALLAS, TX 75205

11305   JEFFERSON COUNTY ALABAMA SEWER, 716 RICH ARRINGTON BLVD NDG., BIRMINGHAM, AL 35203-0123

11305   JEFFERSON COUNTY TAX COLLECTOR, ATTN: JACK WILLIAMS, 716 RICHARD ARRINGTON JR BLVD N, ROOM 160 COURTHOUSE, BIRMINGHAM, AL 35203

11305   JEFFERSON COUNTY TAX COLLECTOR, ATTN: JACK WILLIAMS, 716 RICHARD ARRINGTON JR BLVD N, ROOM 160 COURTHOUSE, BRIMINGHAM, AL 35203

11305   JEFFERSON DAVIS PARISH SCHOOL BOARD, 203 EAST PLAQUEMINE, JENNINGS, LA 70546

11305   JEFFERSON PARISH SCHOOL BOARD, 501 MANHATTAN BOULEVARD, HARVEY, LA 70058

11305   JEFFERSON, RONALD WAYNE, 3105 ARROWWOOD LN, TALLAHASSEE, FL 32305

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    JEGHERS JR, ROLAND, 1204 MATHEW ST, SULPHUR, LA 70663

11305    JEKNAVORIAN, ARA A, 4 PERCHERON RD, CHELMSFORD, MA 01824

11305    JENKINS JR, DONALD H, 43 DORBA CT, SEVERNA PARK, MD 21146

11305    JENKINS, GEORGE P, 485 RIDGEWOOD AVE, GLEN RIDGE, NJ 07028

11305    JENKINS, ROBERT F, 10 KATHLEEN DR, WAKEFIELD, MA 01880

11305    JENKINS, TERRY L, 2553 CARRIAGE CREEK, AUGUSTA, GA 30909

11305    JENNINGS STROUSS & SALMON PLC, ATTN PAT FLOOD, THE COLLIER CTR, 201 E WASHINGTON ST
         FL 11, PHOENIX, AZ 85004-2385

11305    JENNINGS, JAMES H, 523 ALTER AVE, BALTIMORE, MD 21208

11305    JENNINGS, MILDRED B, 101 S PLINEY CIR, SIMPSONVILLE, SC 29681

11305    JENNINGS, ROBERT F, 108 PASSONS RD, RED BANK, TN 37415

11305    JENQUIN, KENNETH N, C/O MEGTEC SYSTEMS, 830 PROSPER RD PO BOX 5030, DE PERE, WI 54115-
         5030

11305    JENSEN, CORDELL O, 7092 MONTICELLO DR, VILLA RICA, GA 30180

11305    JENSEN, GARY E, 2524 HILLBROOKE PKWY, OWENSBORO, KY 42303

11305    JEREMY GREEN PHOTOGRAPHY, 1720 LANCASTER ST, BALTIMORE, MD 21231

11305    JERRY GOLDBERG ENTERPRISES INC, R55 WASHINGTON ST, NORWELL, MA 02061

11305    JERZY SUPPLY, PO BOX 15294, HOUSTON, TX 77220-5294

11305    JESCHKE, TIMOTHY STEPHEN, 35724 N WILSON RD, INGLESIDE, IL 60041

11305    JET BLAST INCORPORATED, 6800 FORT SMALLWOOD RD, BALTIMORE, MD 21226

11305    JETER, JOANNE, 538 BURRAH ST, WOODRUFF, SC 29388

11305    JETER, JOANNE, 538 DURRAH ST, WOODRUFF, SC 29388

11305    JETER, MELVIN, 61 COMMUNITY CENTER RD, ENOREE, SC 29335

11305    JETER, MELVIN, 61 COMMUNITY CENTER RD, ENOREE, SC 29335

11305    JETT SR, JOSEPH HENRY, HOUSE 14,31815 HIGHWAY 104, PORT GAMBLE, WA 98364

11305    JETTER, LAWRENCE E, 910 CYPRESS STATION #1115, HOUSTON, TX 77090

11305    JEW, H ANTHONY & VIOLET W, 1331 N CALIFORNIA BLVD 5TH FL, PO BOX 8177, WALNUT CREEK, CA
         94596

11305    JIM DANDY FAST FOODS INC, 3301 PLAZA DEL PAZ, LAS VEGAS, NV 89102

11305    JINKS SR, EDWARD W, 12109 WINCANTON DR, CINCINNATI, OH 45231

11305    JINKS, FREDERICK E, 2309 LYSLE LN, NORWOOD, OH 45212

11305    JL BROWNE & ASSOCIATES, INC, PO BOX 265, KILN, MS 39556-0265

11305    JM CANTY, INC, PO BOX 711518, CINCINNATI, OH 45271-1518

11305    JM FOSTER INC, JAMES A LEE PRESIDENT, 9200 GREENWOOD AVE, MUNSTER, IN 46321

11305    JOAQUIN, CARMITA, 2917 S OCEAN BLVD #503, HIGHLAND BEACH, FL 33487

11305    JOBE & COMPANY INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    JOBIN YVON INC, 3880 PARK AVE, EDISON, NJ 08820-3012

11305    JOBTRAK, 1964 WESTWOOD BLVD. 3RD FL, LOS ANGELES, CA 90025

11305    JOE L. SHACKELFORD, TAX ASSESSOR - TAX COLLECTOR, 102-C N MAIN ST., RIPLEY, MS 38663

11305    JOHN APPLEWHITE INC., PO BOX 180251, RICHLAND, MS 39218

11305    JOHN CRANE INC, 5145 W. CARDINAL DR., BEAUMONT, TX 77705

11305    JOHN CRANE INC, PO BOX 91502, CHICAGO, IL 60693-1502

11305    JOHN CRANE INC, PO BOX 91502, CHICAGO, IL 60693-1502

11305    JOHN F STARMAN CO / DBA C&M SCALE, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA
         92614

11305    JOHN H CARTER CO INC, C/O LISA TANET, LOBMAN CARNAHAN BATT ANGELLE & NADER, 400
         POYDRAS ST STE 2300, NEW ORLEANS, LA 70130

11305    JOHN J MORONEY & CO, ATTN JACK CALMEYN PRES, 6817 S HARLEM AVE, BEDFORD PARK, IL 60638

11305    JOHNS, MARYELLEN C, 209 CHICKERING RD, NORTH ANDOVER, MA 01845

11305    JOHNS, ROBERT G, 203 TERRACE CIR, SIMPSONVILLE, SC 29681-2134

11305    JOHNSON & TOWERS INC, 500 WILSON POINT RD, BALTIMORE, MD 21220

11305    JOHNSON CONTROLS INC, CONTROLS GROUP HEADQUARTERS LEGAL DEPARTMENT, 507 E
         MICHIGAN ST, MILWAUKEE, WI 53202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    JOHNSON JR, BURRELL, PO BOX 4500 MICHAEL UNIT, TENNESSEE COLONY, TX 75886

11305    JOHNSON JR, ROBERT JOSEPH, 143 - 102ND LANE, BLAINE, MN 55434

11305    JOHNSON MATTHEY INC, DEPT CH10797, PALATINE, IL 60055-0797

11305    JOHNSON, ALLEN R, 4201 TWIN PINE DR NE, CEDAR RAPIDS, IA 52402

11305    JOHNSON, ANTEN C, 314 N TRYON STREET, WOODSTOCK, IL 60098

11305    JOHNSON, CAROL, 6 STONE AVE, WINCHESTER, MA 01890

11305    JOHNSON, CHRISTOPHER JOHN, PO BOX 4521, HONOLULU, HI 96812

11305    JOHNSON, DALE M, 2255 E SHAW AVE, APT B, FRESNO, CA 93710

11305    JOHNSON, DEVYN G, 314 N TRYON STREET, WOODSTOCK, IL 60098

11305    JOHNSON, ERNEST RAY, 136 N TWIN LAKES RD, COCOA, FL 32926

11305    JOHNSON, FRED T, 1731 MANOR LN, PLANO, TX 75093

11305    JOHNSON, HAILLEY, 1427 3 MI DRIVE, KALISPELL, MT 59901

11305    JOHNSON, HENRY M, 1847 E 29TH ST, BALTIMORE, MD 21218

11305    JOHNSON, HOWARD J, 3908 SOUTHERN AVE, BALTIMORE, MD 21206

11305    JOHNSON, JOHNNY H, 2226 KOKO LN, BALTIMORE, MD 21216

11305    JOHNSON, JOHNNY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    JOHNSON, JOSEPH M, 6 KINGBROOK CT, LINTHICUM, MD 21090

11305    JOHNSON, JULIE I, 1427 3 MI DRIVE, KALISPELL, MT 59901

11305    JOHNSON, KAREN JANICE, 3530 2 1/2 ST NE, MINNEAPOLIS, MN 55418

11305    JOHNSON, KAREN JANICE, 3530 21/2 ST NE, MINNEAPOLIS, MN 55418

11305    JOHNSON, KEITH, 2314 QUINCY STREET NE, MINNEAPOLIS, MN 55413

11305    JOHNSON, KIM D, PO BOX 364, GREENACRES, WA 99016

11305    JOHNSON, MARIHELEN, 7945 RIVER ROCK WAY, BALTIMORE, MD 21226

11305    JOHNSON, NANCY M, 1431 S CHATEAU CIR, LAKE CHARLES, LA 70605

11305    JOHNSON, NOBLE, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD 21202

11305    JOHNSON, ROBERT N, 7945 RIVER ROCK WAY, BALTIMORE, MD 21226

11305    JOHNSON, SALLY P, 1427 3 MI DRIVE, KALISPELL, MT 59901

11305    JOHNSON, STEVEN L, 1250 BREWSTER ST, HALETHORPE, MD 21227

11305    JOHNSON, STEVEN R, 185 AIRFIELD RD, LIBBY, MT 59923

11305    JOHNSON, SUSAN MARIE, 241 RESERVE RD, LIBBY, MT 59923

11305    JOHNSON, TERRA FAUN, 2168 SW 218TH PL, ALOHA, OR 97006

11305    JOHNSON, THEODORE TRENT, 241 RESERVE ROAD, LIBBY, MT 59923

11305    JOHNSON, VICTORIA L, 412 E 120TH ST, NEW YORK, NY 10035

11305    JOHNSON, WILFRED CLARENCE, PO BOX 422, LIBBY, MT 59923

11305    JOHNSON, WILLIAM T, 220 E SHALLOWSTONE RD, GREER, SC 29650

11305    JOHNSON, WIRT L, 4645 HARCOURT RD, BALTIMORE, MD 21214

11305    JOHNSONS BROTHERS INC, 5498 WALLINGFORD RD, FLEMINGSBURG, KY 41041

11305    JOHNSONS OFFICE FURNITURE INC., PO BOX 669, LONDONDERRY, NH 03053

11305    JOHNSTON, JAMES S, 605 NOLBERRY DR, GLEN BURNIE, MD 21061

11305    JOHNSTON, STEVEN D, 23400 145TH AVE, WELCH, MN 55089

11305    JOINT ACTIVITY FUND, 525 THIRD ST, ITHACA, NY 14850

11305    JOLIET VALVE COMPANIES, PO BOX 400, MINOOKA, IL 60447-0400

11305    JOLIET VALVE COMPANIES-ST, PO BOX 400, MINOOKA, IL 60447-0400

11305    JONES JR, DONALD R, 113 N CAROLINA AVE, PASADENA, MD 21122

11305    JONES JR, DOUGLAS L, 3032 CLARKSON DR, ABINGDON, MD 21009

11305    JONES JR, FRANK, 4810 CORDELIA AV, BALTIMORE, MD 21215

11305    JONES SR, TIMOTHY W, 3141 RIDGE RD, LAKE CHARLES, LA 70607

11305    JONES WALKER, 201 ST CHARLES AVE, ATTN ANDREW BRUNS, NEW ORLEANS, LA 70170

11305    JONES, ANGELA B, 7681 SWALLOW RD, ELDERSBURG, MD 21784

11305    JONES, ANNIE S, 9 VESTA DR, GREENVILLE, SC 29611

11305    JONES, CASPER K, 215 JACKSON DR, PIEDMONT, SC 29673-9421

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   JONES, CHERYL D, 7503 BELMAR CT, BELTSVILLE, MD 20705

11305   JONES, DARRYL, 2115 DEBORAH DR SW, CEDAR RAPIDS, IA 52404

11305   JONES, EMMA B, 509 EASTVIEW TER #9, ABINGDON, MD 21009

11305   JONES, ERNEST B, 501 S COLLINS AVE, BALTIMORE, MD 21229

11305   JONES, FREDDIE, PO BOX 271, WINDSOR, SC 29856

11305   JONES, JAMES ROGER, PO BOX 1515, KINGS MOUNTAIN, NC 28086-1515

11305   JONES, JOHNNY E, 10 PANACEA CT, PIKESVILLE, MD 21208

11305   JONES, JOSEPH A, 74 MASS AVE, ARLINGTON, MA 02474

11305   JONES, KATHLEEN M, 145 WALTHAM ST APT 7, MAYNARD, MA 01754

11305   JONES, LORETTA VERNA, 1314 LOUISIANA AVENUE, LIBBY, MT 59923

11305   JONES, M A, 58 TANOAK DR, LONDON, ON N6G5A1CANADA          *VIA Deutsche Post*

11305   JONES, MARGARET, 146 FOREST LAKE DR, SIMPSONVILLE, SC 29681

11305   JONES, RODNEY EARNEST, 844 EAST LAFAYETTE STREET, SALISBURY, NC 28144

11305   JONES, SEBERT F, 145 WALTHAM ST - APT 7, MAYNARD, MA 01754

11305   JONES, TINA M, 113 N CAROLINA AVE, PASADENA, MD 21122

11305   JONES-QUARTEY, THEODOSIA, 6062 CAMELBACK LN, COLUMBIA, MD 21045

11305   JONES-SNYDER, DANA M, 641 OPEL RD, GLEN BURNIE, MD 21060

11305   JONK, TRISTA, 1813 JACKSON STREET NE, MINNEAPOLIS, MN 55418

11305   JORDAN JR, PAUL A, 1419 E GEORGIA RD, SIMPSONVILLE, SC 29681

11305   JORDAN, ALFRED F, 936 PLACID CT, ARNOLD, MD 21012

11305   JORDAN, DALE A, 1626 BRANDI LN, HIXSON, TN 37343

11305   JORDAN, RAYMOND L, 1475 GORDON DR, GLEN BURNIE, MD 21061

11305   JOSBERG JR, MORRIS, 2810 GUINN ST, LAKE CHARLES, LA 70601

11305   JOYNER, SIMEON D, 3 SPRING HEATH CT, BALTIMORE, MD 21244

11305   JP MORGAN CHASE BANK FKA THE CHASE MANHA, C/O THOMAS F MAHER MANAGING DIRECTOR, 270 PARK AVE, NEW YORK, NY 10017

11305   JP MORGAN CHASE BANK, 4 CHASE METROTECH CENTER, 8TH FL, BROOKLYN, NY 11245

11305   JP MORGAN CHASE BANK, BOX 5886 GPO, NEW YORK, NY 10087-5886

11305   JPM LOCKSMITHING, 3 SOUTH RITTERS LANE, OWINGS MILLS, MD 21117-3332

11305   JPMORGAN CHASE BANK, 270 PARK AVE, ATTN THOMAS F MAHER, NEW YORK, NY 10017

11305   JPMORGAN CHASE BANK, LETTER OF CREDIT DEPARTMENT, 10420 HIGHLAND MANOR DRIVE, 4TH FL, TAMPA, FL 33610

11305   JPMORGAN CHASE BANK, THOMAS F MAHER, 270 PARK AVE, NEW YORK, NY 10017

11305   JUD CORPORATION, 3742-A COOK BLVD, CHESAPEAKE, VA 23323

11305   JUDKINS, JACK DEAN, 2537 BULL LAKE ROAD, TROY, MT 59935

11305   JUHASZ, JOHN, 3 POND RD, WILTON, CT 06897

11305   JUKNAUORIAN, RICHARD, 21 HAYES AVE, LOWELL, MA 01854

11305   JULIA COOK ADMINISTRATRIX OF EST NATHAN, C/O DONALD W STEWART P C, PO BOX 2274, ANNISTON, AL 36202

11305   JUNG ENTERPRISES INC T/A COLUMBIA BALANCE SERVICE, COLUMBIA BALANCE SERVICE, PO BOX 624, BOWIE, MD 20718

11305   JUNGBUNZLAUER, INC, PO BOX 5844, BOSTON, MA 02206-5844

11305   JURD, BRETT, 6916 CATWING CT, COLUMBIA, MD 21045

11305   K&K ENTERPRISE INC DBA K&K WATER, PO BOX 954, JENNINGS, LA 70546

11305   KACZMARSKI, JOHN, 789 LINDSEY LN, BOLINGBROOK, IL 60440

11305   KADISH, JACQUELINE M, 5501 NW SECOND AVE NO 111, BOCA RATON, FL 33487-3852

11305   KAENZIG JR, JOSEPH G, 32 CASTLEBRIDGE LN, HILTON HEAD ISLAN, SC 29928

11305   KAENZIG JR, JOSEPH G, C/O JOSEPH G KAEUZIG JR, 32 CASTLEBRIDGE LN, HILTON HEAD ISLAN, SC 29928

11305   KAEUZIG JR, JOSEPH G, 32 CASTLEBRIDGE LN, HILTON HEAD ISLAN, SC 29928

11305   KAISER, LAWRENCE, 267 RIDGE TRAIL DR, CHESTERFIELD, MO 63017

11305   KALAFA, VICTOR, 3126 NW 60TH ST, BOCA RATON, FL 33496

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305 KALINE, DEBORAH C, 157 W MEADOW RD, BALTIMORE, MD 21225

11305 KALLIO, OLVA T, 29 CONANT ST, ACTON, MA 01720

11305 KALOGEROPOULOS, NIKOS, 31 JACOBS RD, RANDOLPH, MA 02368

11305 KALOUSEK PREVOST, SUSANNE B, 13 ST AUGUSTINE DR, GREENVILLE, SC 29615-3232

11305 KALTHOF, MARK R, 1333 LOCUST AVE, BEL AIR, MD 21014

11305 KAMAN INDUSTRIAL TECHNOLOGIES, PO BOX 30672, HARTFORD, CT 06150-0349

11305 KAMINSKI, JERI E, 6428 W 94TH ST, OAK LAWN, IL 60453

11305 KAMMERER, BRUCE A, C/O BRUCE KAMMERER, 10910 S OCTAVIA, WORTH, IL 60482

11305 KAMSKY, LEONARD, 150 E 69 ST, NEW YORK, NY 10021

11305 KANE, TIMOTHY, C/O STUART F COHEN, ESQ, CONROY SIMBERG GANON, 2400 HOLLYWOOD BLVD 2ND FL, HOLLYWOOD, FL 33021

11305 KANSAS CITY PETERBILT, 8915 WOODEND, KANSAS CITY, KS 66111

11305 KANUCHOK, ANTHONY, 5404 GERLAND AVE, BALTIMORE, MD 21206

11305 KAPASI GLASS MART INC, 136 SOUTH FOREST ST, SPARTANBURG, SC 29306

11305 KAPFHAMMER, DAVID L, 1216 OAKTON TRL, EVANS, GA 30809

11305 KAPFHAMMER, DAVID LEE, 1216 OAKTON TRAIL, EVANS, GA 30809

11305 KAPUZIG JR, JOSEPH G, 32 CASTLEBRIDGE LN, HILTON HEAD ISLAN, SC 29928

11305 KARAVAS, STEVEN M, 7499 OLD BATTLE GROVE RD, BALTIMORE, MD 21222

11305 KARAVAS, STEVEN, 7499 OLD BATTLE GROVE RD, BALTIMORE, MD 21222

11305 KAREEM, UMAR, 3642 W 80TH PL, CHICAGO, IL 60652

11305 KARINSHAK, STEPHEN E, 4460 DOWNING PL WAY, MOUNT PLEASANT, SC 29466-8068

11305 KARINSHAK, STEPHEN E, 4460 DOWNING PLACE WAY, MOUNT PLEASANT, SC 29466-8068

11305 KARK-TV INC AND MORRIS MULTIMEDIA INC, 1401 W. CAPITOL AVE - SUITE 104, LITTLE ROCK, AR 72201

11305 KARSKI SECURITY ALARM SYSTEMS, 3212 GREENTREE CIRCLE, NEW CASTLE, PA 16105

11305 KASON CORPORATION, 6771 EAST WILLOW ST., MILLBURN, NJ 07041-1416

11305 KASSA, ANNETTE P, 494 ERIN GARTH, SEVERNA PARK, MD 21146

11305 KASSA, PAUL A, 494 ERIN GARTH, SEVERNA PARK, MD 21146

11305 KASSER, BARBARA S, 991 NW 9TH ST, BOCA RATON, FL 33486

11305 KATAFIASZ, KENNETH P, 1099 WOODLAWN AVE, PASADENA, MD 21122

11305 KATTEN MUCHIN ZAVIS ROSENMAN FKA ROSENMA, C/O JEFF J FRIEDMAN ESQ, 575 MADISON AVE, NEW YORK, NY 10022

11305 KATZ, ALLEN R, 9158 PELICAN AVE, FOUNTAIN VALLEY, CA 92708

11305 KATZ, S S, 15 ELROD DR, WEST NYACK, NY 10994

11305 KAUFFELD, JAMES E, 2222 WOODLAND DR, OWENSBORO, KY 42301

11305 KAUFMAN, BARBARA J, 14748 S SACRAMENTO, POSEN, IL 60469-1418

11305 KAUFMAN, STUART C, 1679 ARMISTICE WAY, MARRIOTTSVILLE, MD 21104

11305 KAUFMAN, VLADIMIR, 208 FULLER ST #5, BROOKLINE, MA 02446

11305 KAVANAGH, MICHAEL H, 9815 HICKORYHURST DR, BALTIMORE, MD 21236

11305 KAY, TOMMY S, 409 E BUTLER RD, MAULDIN, SC 29662

11305 KAYE SCHOLER FIERMAN HAYS &, HANDLER LLP, 901 FIFTEENTH ST NW SUITE 1100, WASHINGTON, DC 20005-2327

11305 KAYE, ROCHELLE L, 7855 STANWAY PL W, BOCA RATON, FL 33487

11305 KAYE, ROCHELLE, 7855 STANWAY PL W, BOCA RATON, FL 33487

11305 KAYE, SCHOLER, FIERMAN, HAYS &, 425 PARK AVE, NEW YORK, NY 10022-3598

11305 KEE, BARBARA, 2363 CORNWALLIS RD, GARYSBURG, NC 27831

11305 KEEFE, DEBRA A, 1827 POPLAR RIDGE RD, PASADENA, MD 21122

11305 KEEFFE, PAUL M, 10 JILL CIR, NORTH READING, MA 01864

11305 KEEHN, THERESA L, 2804 CRICKET CIR, EDISON, NJ 08820

11305 KEEL, LARRY DEAN, 2107 WEST STATE AVE, PHOENIX, AZ 85021

11305 KEENE, JON H, 242 BRIGANTINE CIR, NORWELL, MA 02061

11305 KEIGLEY JR, WILLIAM R, 908-1ST ST, MENDOTA, IL 61342

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   KEITH, HOLLIS, 7038 WEST 74TH AVE, ARVADA, CO 80003

11305   KEITH, HOLLY, 10847 ALMOND ST, ADELANTO, CA 92301

11305   KELCH, JOY L, 806 ANGEL VALLEY CT, EDGEWOOD, MD 21040

11305   KELCH, JOY L, 806 ANGEL VALLEY CT, EDGEWOOD, MD 21040-2159

11305   KELLER & HECKMAN,

11305   KELLER HEARTT CO INC, 4411 SOUTH TRIPP AVE, CHICAGO, IL 60632-4320

11305   KELLETT, JAY S, 98 BEACON ST, READING, MA 01867

11305   KELLETT, KIM D, PO BOX 56, INDIAN TRAIL, NC 28079

11305   KELLEY, DOROTHY F, PO BOX 16835, GREENVILLE, SC 29606-2835

11305   KELLEY, DOUGLAS, 3819 US HIGHWAY 2 SOUTH, LIBBY, MT 59923

11305   KELLEY, ETHEL C, 80 UPLAND RD, WINTHROP, MA 02152

11305   KELLMAN, GENET, 4339 MARY RIDGE DR, RANDALLSTOWN, MD 21133

11305   KELLOGG, EDYTHE, ATTN: GLENN GUENARD, ESQ, LASKIN & GUENARD, 1810 S ST, SACRAMENTO, CA 95814

11305   KELLY SERVICES INC, 999 W BIG BEAVER RD, TROY, MI 48084

11305   KELLY, DORIS K, 12123 DONELSON RD, ARLINGTON, TN 38002

11305   KELLY, ELSIE, 7020 108TH ST #14G, FLUSHING, NY 11375

11305   KELLY, JAMES F, 2374 GRAND AVE, BELLMORE, NY 11710-3308

11305   KELLY, JOHN E, 1014 CHESTNUT STREET, COLLINGDALE, PA 19023

11305   KELLY, JOSEPH, 418 INDIANHEAD ROAD, LIBBY, MT 59923

11305   KELLY, JOSHUA JOHNATHAN, 294 ROBERTS RD N, NEWPORT, NC 28570

11305   KELLY, LAWRENCE DOUGLAS, 1304 WASHINGTON AVE, LIBBY, MT 59923

11305   KELLY, LOIS EVELYN, 2201 STINSON BOULEVARD NORTHEAST, MINNEAPOLIS, MN 55418

11305   KELLY, MARY M, 7941 W TIFFANY CT, PALOS HILLS, IL 60465

11305   KELLY, MAXINE, 418 INDIANHEAD ROAD, LIBBY, MT 59923

11305   KELLY, MILDRED A, C/O HAL PITKOW ESQ, 102 POND VIEW DR, WASHINGTON CROSSI, PA 18977

11305   KELLY, MILDRED ANN, 1014 CHESTNUT STREET, COLLINGDALE, PA 19023

11305   KELLY, ROBERT E, 26019 CONSIDINE CT, PUNTA GORDA, FL 33983

11305   KELLY, THERESA, 91-14 VANDERVEER ST, QUEENS VILLAGE, NY 11428

11305   KELLY, WILLIAM F, C/O WILLIAM KELLY, 717 DAYSPRING DR, ODENTON, MD 21113

11305   KELLYS CHEMICAL SUPPLY, 135 N E 1ST AVE, POMPANO BEACH, FL 33060

11305   KEMPKE, KATHLEEN A, C/O JAMES R GREGORY JR, 2210 GREENE WAY, PO BOX 20067, LOUISVILLE, KY 40250-0067

11305   KEMPSKE, SANDRA, 4 HELM CT, TOWSON, MD 21286

11305   KENDALL HARDWARE, PO BOX 315, CLARKSVILLE, MD 21029-0315

11305   KENNAMETAL INC, C/O NORMAN C GILKEY ESQ, BABST CALLAND CLEMENTS & ZOMNIR PC, TWO GATEWAY CENTER 8TH FLOOR, PITTSBURGH, PA 15222

11305   KENNAMETAL INC, PO BOX 360249M, PITTSBURGH, PA 15250

11305   KENNECOTT COLORADO COAL COMPANY, C/O JAMES R BELCHER PC, HOLLAND & HART LLP, 2515 WARRAN AVE, SUITE 450, CHEYENNE, WY 82001

11305   KENNECOTT COLORADO COAL COMPANY, C/O JAMES R BELCHER PC, HOLLAND & HART LLP[, 2515 WARREN AVE, SUITE 450, CHEYENNE, WY 82001

11305   KENNEDY, JAMES R, RT 1 DOLLY POND RD BOX 262A, BIRCHWOOD, TN 37308

11305   KENNEDY, JAMES R, RT 1 DOLLY POND ROAD BOX 262A, BIRCHWOOD, TN 37308

11305   KENNEDY, JERRY L, 4409 MURRAY HILLS DR, CHATTANOOGA, TN 37416

11305   KENNEDY, MARK W, 5 LUCAYA CIR, WILMINGTON, MA 01887

11305   KENNETH & JACQUELINE KUDRICK, 245 CENTER SQUARE RD, SWEDESBORO, NJ 08085

11305   KENNETH H. DOWELL, 4415 WINDSONG WAY, OKLAHOMA CITY, OK 73120

11305   KENNETH TECHNOLOGY, 9 BACORN RD, FLEMINGTON, NJ 08822

11305   KENNY, BRIAN E, 13 HUDSON RD E, IRVINGTON, NY 10533

11305   KENT HOLDING LLC, C/O JOHN D DEMMY ESQ, STEVENS & LEE PC, 300 DELAWARE AVE, 8TH FLR STE 800, WILMINGTON, DE 19801

11305   KENT, TAMARAH, 3530 W HARTON ST, PHILADELPHIA, PA 19146

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    KENTERA, CHRISTINA L, 3847 E BROCKBANK DR, SALT LAKE CITY, UT 84124

11305    KENTUCKY STATE TREASURER, 183 CAPITOL ANNEX, FRANKFORT, KY 40601

11305    KENTUCKY STATE TREASURER, REVENUE CABINET, FRANKFORT, KY 40619

11305    KENTUCKY UTILITIES COMPANY, ONE QUALITY ST, LEXINGTON, KY 40507

11305    KENVIRONS INC, 452 VERSAILLES ROAD, FRANKFORT, KY 40601

11305    KERNAN, JAMES W, 241 BLAKENEY RD, CATONSVILLE, MD 21228-3522

11305    KERNELLS, WILSON, 130 CAROLINA WAY, FOUNTAIN INN, SC 29644

11305    KERR, EDWARD B, 1308 EVANGELINE, DEARBORN HEIGHTS, MI 48127

11305    KERR, STEVEN C, 8042 HAMPTON STATION CT, CHESTERFIELD, VA 23832

11305    KERRINS, WILLIAM W, 994 COTTONWOOD LN, LARKSPUR, CO 80118

11305    KERR-MCGEE PIGMENTS SAVANNAH INC, ATTN MYRON K CUNNINGHAM ESQ, 123 ROBERT S KERR, OKLAHOMA CITY, OK 73102

11305    KERWOOD, JOHN, 1580 DORSET DR, MOUNT DORA, FL 32757

11305    KESLIN, MICHAEL R, 2150 BAY POINTE DR, HIXSON, TN 37343

11305    KESOT, JOHN F, 16506 SPANGLER RD, PLAINFIELD, IL 60544

11305    KESSEL, MICHELE JEAN, PO BOX 1055, TROY, MT 59935

11305    KEVORKIAN, GEORGE H, 11 BRENTWOOD RD, SUDBURY, MA 01776-2001

11305    KEY INTERNATIONAL INC, 480 RT 9, ENGLISHTOWN, NJ 07726

11305    KEY SERVICE CORP, MC OH-01-49-0342, 4900 TIEDEMAN ROAD, BROOKLYN, OH 44144-2302

11305    KEYS, WILLIE, PO BOX 772, FOXWORTH, MS 39483

11305    KEYSER, PAUL F, C/O PAUL KEYSER, 41 PROSPECT ST, WEST NEWBURY, MA 01985

11305    KEYSPAN ENERGY DELIVERY, PO BOX 4300, WOBURN, MA 01888-4300

11305    KEYSTONE ANALINE CORPORATION, 2501 W. FULTON ST. CHICAGO 60612, PO BOX 75871, CHICAGO, IL 60675-5871

11305    KEYSTONE ELECTRIC CO, INC, 2807 ANNAPOLIS ROAD, BALTIMORE, MD 21230

11305    KEYSTONE, 10232 W. PALMER, NORTHLAKE, IL 60164

11305    KHAN, RAYMOND R, 5615 BRAMBLE, CINCINNATI, OH 45227

11305    KIBBE, JAMES D, 301 DRURY LN, MAULDIN, SC 29662

11305    KIBODEAUX, PAUL E, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    KIL-BAR ELECTRIC COMPANY, 1910 SOUTH CARBOY RD, MOUNT PROSPECT, IL 60056

11305    KILBREATH, CHERYL KAY, 4655 POGONIP DRIVE, WINNEMUCCA, NV 89445

11305    KILKELLY, BARBARA J, 11 DAVEY LN, WAKEFIELD, MA 01880

11305    KILLEEN, MAUREEN, C/O HOWARD TIMSON WHITE & O`NEILL PC, 89 ACCESS RD STE 29, NORWOOD, MA 02062

11305    KILLIAN JR, CHARLES B, 79 ST GEORGE ST, DUXBURY, MA 02332

11305    KILTON, JAMES M, 200 EVENING WAY, MAULDIN, SC 29662

11305    KIMMEL AUTOMOTIVE INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    KIMPLAND, PATRICIA M, 49 BOWDOIN ST, DORCHESTER, MA 02124

11305    KIMS RADIATOR & MFG CO INC, 2615 LENA ST, SULPHUR, LA 70665-7439

11305    KINCH, WILLIAM M, 8 HAWTHORNE AVE, FALMOUTH, MA 02540

11305    KINCHEN, PATRICIA, 18002 IMBER FOREST LN, HUMBLE, TX 77346

11305    KINDSVATER, JOHN H, 18527 DAMON DR, HESPERIA, AZ 92345

11305    KINDT, LAWRENCE, 181 BRASS EAGLE DR, SYKESVILLE, MD 21784

11305    KINETIC DESIGN, 5160 W 125TH PLACE, ALSIP, IL 60803

11305    KING CLEXTON & FEOLA LLC, ATTN: GARY M CLEXTON ESQ, 1670 YORK ST, DENVER, CO 80206

11305    KING SALES GAUGE CORPORATION, 4919 BUTTERFIELD RD, HILLSIDE, IL 60162

11305    KING SR, HAROLD D, 242 MALLARD DR, PASADENA, MD 21122

11305    KING, BARBARA, 9909 E. GARLAND, SPOKANE, WA 99206

11305    KING, BONNIE, 9909 E. GARLAND, SPOKANE, WA 99206

11305    KING, BRENDA, 9909 E. GARLAND, SPOKANE, WA 99206

11305    KING, BRENDON, 9909 E. GARLAND, SPOKANE, WA 99206

11305    KING, E BRAD, 113 THORNBLADE BLVD, GREER, SC 29650

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   KING, KENNETH K, 205 PINEWOOD DR, WOODRUFF, SC 29388

11305   KING, PAUL, 937 BECKER ST, HAMMOND, IN 46320

11305   KING, RICHARD, 4127 W MARKET ST, LOUISVILLE, KY 40212

11305   KINGSTON & HODNETT, 268 HIGHLAND ST, MILTON, MA 02186

11305   KINKOS, 10400 LITTLE PATUXENT PKWY, COLUMBIA, MD 21044

11305   KINLAN, PATRICK, 3106 EGER PL, BRONX, NY 10465

11305   KINSEL, EDWARD A, 602 WEST AVE, CARTERSVILLE, GA 30120

11305   KINSLER, MELVIN, 45 WESTERN WINDS CIR, BALTIMORE, MD 21244

11305   KIPNIS, STUART N, C/O STUART KIPNIS, 40 BANK SPRING CT, OWINGS MILLS, MD 21117

11305   KIRBY, JOSEPH E, 391 HATTON RD, DOTHAN, AL 36301-4921

11305   KIRCHGESSNER, M P, 924 WEATHERBEE RD, TOWSON, MD 21286

11305   KIRCHNER JR, GEORGE J, C/O GEORGE KIRCHNER, 2109 HAMPTON CT, FALLSTON, MD 21047

11305   KIRKLAND & ELLIS, 200 EAST RANDOLPH DRIVE, CHICAGO, IL 60601

11305   KIRKMAN, DONNA S, 4902 STURBRIDGE PL, OWENSBORO, KY 42303

11305   KIRKNER, DOUGLAS L, 2224 N PEWTER DR, MACUNGIE, PA 18062

11305   KIRKWOOD COMPANY, INC, PO BOX 7021, METAIRIE, LA 70010-7021

11305   KIRKWOOD, MICHAEL, 513 FIRST STREET, RAWLINS, WY 82301

11305   KIRKWOOD, RANDALL WAYNE, 1420 SOUTH LOCUST, CASPER, WY 82601

11305   KISKIS, DAVID, 405 LITTLE MARVEL CT, PASADENA, MD 21122

11305   KITTL, SAMANTHA, ATTORNEY DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI 54702-0222

11305   KITTL, SAMANTHA, DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI 54702-0222

11305   KITZ, HELEN, 16 SOUTH BURGEE DRIVE, LITTLE EGG HARBOR, NJ 08087

11305   KITZ, HELEN, C/O HAL PITKOW ESQ, 102 POND VIEW DR, WASHINGTON CROSSI, PA 18977

11305   KITZINGER COOPERAGE CORPORATION, 2529 E NORWICH AVE, SAINT FRANCIS, WI 53235

11305   K-JON, PO BOX 19013, LAKE CHARLES, LA 70616-9013

11305   KLASMEIER, NANCY R, 1500 CHARLES AVE, GLEN BURNIE, MD 21061

11305   KLEBE, MARVIN P,

11305   KLEBE, MARVIN P, 1739 S HANOVER ST, BALTIMORE, MD 21230

11305   KLEHFOTH, JAY G, PO BOX 126, CENTERVILLE, IN 47330

11305   KLEIN, DARRYL P, 10252 WETHERBURN RD, ELLICOTT CITY, MD 21042

11305   KLEIN, VICTOR S, 5385 BROADWATER LN, CLARKSVILLE, MD 21029-1119

11305   KLEMKOWSKI, JEFFREY P, 8081 FOREST GLEN DR, PASADENA, MD 21122

11305   KLEMMENSEN, LISA ANN, BOX 155, STANDARD, AB T0J3G0CANADA                    *VIA Deutsche Post*

11305   KLICK, BELINDA KAY, PO BOX 94 195 WEST FOX, SIMMS, MT 59477

11305   KLIMKIEWICZ, RICHARD G, 14359 MAPLE LN, MIDLOTHIAN, IL 60445

11305   KLINE, DENNIS A, 6505 HOME WATER WAY #301, GLEN BURNIE, MD 21060

11305   KLINGMAN, ROBERT RAY, 4539 DRY CREEK RD, NAPA, CA 94558

11305   KLOBUCAR, ANTHONY, 107 KINSALE AVE, VALPARAISO, IN 46385

11305   KMAC SERVICES, 2631 SHUTTLESWORTH DRIVE, BIRMINGHAM, AL 35234

11305   KNAPP, STEVEN A, 3110 ARLINGTON AVE, EVANSVILLE, IN 47712

11305   KNAUSS, DONALD LEE, PO BOX 1443, LIBBY, MT 59923

11305   KNEZIC, LEO, 1656 W OLIVE AVENUE, CHICAGO, IL 60660

11305   KNIGHT, JAMES PAUL, 1470 FRANCIS ST, ELLWOOD CITY, PA 16117

11305   KNIGHT, JOANN MARIE, 1455 TREECE AVE, ELLWOOD CITY, PA 16117

11305   KNIGHT, JOSEPH S, 771 N GRANTLEY ST, BALTIMORE, MD 21229

11305   KNIGHT, MATTHEW PAUL, 1455 FRANCIS ST, ELLWOOD CITY, PA 16117

11305   KNIGHT, RICHARD E, 12414 WHITE OAK DR, CROWN POINT, IN 46307

11305   KNIGHT, SAMUEL M, 511 THORNHILL DR, SPARTANBURG, SC 29301-6426

11305   KNIGHTJR, EDWARD LEE, 605 MAPLE LN RALEIGH, RALEIGH, NC 27603

11305   KNIPP, JOHN W, 6222 GLEN EAGLES CT, SPRING HILL, FL 34606

11305   KNOEPKE, JON CARY, 23 W END RD #82, LIVINGSTON, MT 59047

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    KNOEPKE, LILA MARIE, 23 W END RD #82, LIVINGSTON, MT 59047

11305    KNOTT, FRANCIS D, 8223 JOE HAYNES RD, WHITESVILLE, KY 42378

11305    KNOTTS, YVONNE, 1921 MERRITT BLVD, BALTIMORE, MD 21222

11305    KNOUS, DARIA J, 6955 CHANTEL CT, SAN JOSE, CA 95129

11305    KNOWLTON, NICOLINA M, 3021 WESTBURY LN, SOUDERTON, PA 18964

11305    KNOX COUNTY TRUSTEE, PO BOX 70, KNOXVILLE, TN 37901

11305    KNUDSEN, DOROTHY M, 22352 MARTELLA AVE, BOCA RATON, FL 33433

11305    KNUDSEN, JOHN R, 22352 MARTELLA AVE, BOCA RATON, FL 33433

11305    KNUTSEN, JANET F, C/O JANET KNUTSEN, CRANES MILL-APT 194, 459 PASSAIC AVE, WEST
         CALDWELL, NJ 07006

11305    KNUTSON, SHEENA D, 7641 S. YAKIMA AVENUE, TACOMA, WA 98408

11305    KOCH JR, FREDERICK J, 656 209TH ST, PASADENA, MD 21122

11305    KOCH-GLITSCH INC - NKA KOCH-GLITSCH LP, ATTN: GAIL KELLER, 4111 E 37TH ST N T1F2, WICHITA,
         KS 67220

11305    KODRA PROFESSIONAL CORPORATION, P O BOX 626, OSPREY, FL 34229

11305    KOEHRING, GARY LEE, 2 S 296 ELM CT, KANEVILLE, IL 60144

11305    KOEHRING, JANET MARY, 2 S 296 ELM CT, KANEVILLE, IL 60144

11305    KOHNKEN, DONALD H, 1799 SABAL PALM DR, BOCA RATON, FL 33432

11305    KOKKINOS, CHRIS AND SHERYL, C/O MARK W ROBERTS ESQ, MCROBERTS & ROBERTS LLP, 101
         MERRIMAC ST, BOSTON, MA 02114

11305    KOLAKOWSKI, JAMES A, 2805 CARDINAL DR, ROLLING MEADOWS, IL 60008-1411

11305    KOLAR, ROBERT J, 2518 MCCOMAS AVE, BALTIMORE, MD 21222

11305    KOLBY, SUSAN M, 1642 DEER VALLEY RD, CROWN POINT, IN 46307-9313

11305    KONAR STEENBERG, CHRISTINE CARYL, 2404 34TH AVENUE SOUTH, MINNEAPOLIS, MN 55406

11305    KONAR STEENBERG, GABRIEL MEHMET, 2404 34TH AVENUE SOUTH, MINNEAPOLIS, MN 55406

11305    KONAR STEENBERG, MEHMET KEMAL, 2404 34TH AVENUE SOUTH, MINNEAPOLIS, MN 55406

11305    KONECRANES INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    KONICA BUSINESS TECHNOLOGIES, LEASE ADMINISTRATION CENTER, PO BOX 371992,
         PITTSBURGH, PA 15250-7992

11305    KONICA BUSINESS TECHNOLOGIES, TRACY HYSLER, 500 DAY HILL RD, WINDSOR, CT 06095

11305    KONIECZNY, DANUTA M, 4113 W 57 PL, CHICAGO, IL 60629

11305    KOON, ROBERT W, 135 MONTEREY AVE, NORTH AUGUSTA, SC 29841

11305    KOONCE JR, RICHARD G, 1441 RUE DES CHENE, WESTLAKE, LA 70669

11305    KOONTZ, DAVID M, 1216 GEORGE ST, AIKEN, SC 29801

11305    KOONTZ, SHERRY L, 16174 MERIDA LN, DELRAY BEACH, FL 33484

11305    KOPACIEWICZ, MARTHA, 32 ARCHALAUS PL, WEST NEWBURY, MA 01985

11305    KOPACIEWICZ, WILLIAM, 32 ARCHALAUS PL, WEST NEWBURY, MA 01985

11305    KORBAS, DEBRA A, 9837 S WASHINGTON, OAK LAWN, IL 60453

11305    KORENBERG, PAUL E, 231 JUDY FARM RD, CARLISLE, MA 01741

11305    KORZENOWSKI, KEVIN JOHN, 810 N 8TH AVE, DULUTH, MN 55805

11305    KOSKI, EINO AND AILI, C/O DARRELL W SCOTT, LUKINS & ANNIS, 717 W SPRAGUE AVE SUITE 1600,
         SPOKANE, WA 99201

11305    KOSKI, EINO ARTHUR, P.O. BOX 148, 120 SUNSET DRIVE, NEGAUNEE, MI 49866

11305    KOSTOLNI, JEFFREY M, 3122 DEER CREEK DR, ABINGDON, MD 21009

11305    KOURI, MARTIN, 1138 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413

11305    KOURI, NAMIE, 1138 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413

11305    KOURI, THOMAS, 2000 FOURTH STREET NE, MINNEAPOLIS, MN 55418

11305    KOVACSI, IMRE E, C/O I E KOVACSI, 1006 OLD ELKRIDGE LNDG RD, LINTHICUM, MD 21090-1001

11305    KOVARCIK, DONALD P, C/O ROSEMARIE AND DONALD KOVARCIK, 9126 BRIARCHIP ST, LAUREL, MD
         20708

11305    KOVARCIK, DONALD P, C/O ROSEMARIE KOVARCIK, 9126 BRIARCHIP ST, LAUREL, MD 20708

11305    KOVENSKY, WAYNE, 1407 ADAMS STREET NE, MINNEAPOLIS, MN 55413

11305    KOWALSKI, EDITH ANN, PO BOX 290, LIBBY, MT 59923

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   KOWALSKI, EDITH GERTRUDE, 821 LOUISANA AVE, LIBBY, MT 59923

11305   KOWALSKI, EDWARD JOSEPH, 344 WHITE CHURCH ROAD, BROOKTONDALE, NY 14817

11305   KOWALSKI, VERNON J, 401 PRINDLE CT, BEL AIR, MD 21015

11305   KOZAROVICH, JOHN S, 104 NIGHTINGALE DR, ALISO VIEJO, CA 92656

11305   KOZAS INC, PO BOX 810, PEARLAND, TX 77588

11305   KOZYCKI, MICHAEL T, 3 BETHEL LN, HARWOOD, MD 20776

11305   KRAFTE, JILL H, 8830 STONEBROOK LN, COLUMBIA, MD 21046

11305   KRAKER, CHRISTINE C, 117 S BALCH ST, AKRON, OH 44302

11305   KRAKORA, HERBERT J, 10 E 26TH ST, PO BOX 729, BARNEGAT LIGHT, NJ 08006

11305   KRAMER, JANINE LOUISE, 25189 WILSON RD, HENRYETTA, OK 74437

11305   KRAMER, NATHAN, 84-21 BEVERLY RD, KEW GARDENS, NY 11415

11305   KRANZ, LINDA S, C/O LINDA KRANZ, 15318 SHAMROCK LN, WOODSTOCK, IL 60098

11305   KRASEL, KRZYSZTOF, 1237 CALDWELL CT N, BELCAMP, MD 21017

11305   KRASKY, JAMES ANTHONY, 1501 ADAMS ST NE, MINNEAPOLIS, MN 55413

11305   KRAWCZEL, SONYA, 18418 BISHOPSTONE CT, MONTGOMERY VILLAG, MD 20886

11305   KRAY, EUGENE A, 109 VINITA WAY, LOUDON, TN 37774-2980

11305   KREBS, ARTHUR T, 276 ROCK SPRINGS DR, SPARTANBURG, SC 29301

11305   KREHER, RICHARD A, 7134 W BERWYN, CHICAGO, IL 60656

11305   KRESGE, KRISTI MICHELLE, 1900 TOWNSEND AVE, HELENA, MT 59601

11305   KREUSLER, DEBBIE L, PO BOX 632, HIRAM, OH 44234

11305   KRINSKY, PETER R, 7331-101 COHO DR, HUNTINGTON BEACH, CA 92648

11305   KRISHNAIAH, GAUTHAM, 9152 WINDFLOWER DR, ELLICOTT CITY, MD 21042

11305   KRISHNAIAM, GAUTHAM, 9152 WINDFLOWER DR, ELLICOTT CITY, MD 21042

11305   KRISHNAMOORTHY, M S, 12130B LITTLE PATUXENT PKWY, COLUMBIA, MD 21044

11305   KROENING, KIMBERLY A, 438 PARADISE RD, ABERDEEN, MD 21001

11305   KROGER, EDWARD G, 122 BOBBIT RD, DEQUINCY, LA 70633

11305   KRONOS INC, PO BOX 845748, BOSTON, MA 02284-5748

11305   KRUG, FRANCIS R, 6004 OAKLAND MILLS RD, SYKESVILLE, MD 21784

11305   KRULL, MICHAEL, 3108 LAUREL VIEW DR, ABINGDON, MD 21009

11305   KRUPA, ARTHUR, 5703 S CASS #106, WESTMONT, IL 60559

11305   KRUPKIN, NATALIA, 7907 STARBURST DR, PIKESVILLE, MD 21208

11305   KUAPIL, CELIA JANE, 182 FARM TO MARKET, LIBBY, MT 59923

11305   KUBALL, DANIEL H, 5115 E VILLA RITE DR, SCOTTSDALE, AZ 85254

11305   KUCHER, JAMES LEE, 2301 91ST CRESCENT, BROOKLYN PARK, MN 55443

11305   KUCHINSKY, DORI A, 654 SPRINGVALE RD, GREAT FALLS, VA 22066

11305   KUCHINSKY, DORI A, C/O DORI KUCHINSKY, 654 SPRINGVALE RD, GREAT FALLS, VA 22066

11305   KUCHNER, MARLENE, 7068 JARVIS RD, SARASOTA, FL 34241

11305   KUEHNE, FAYE A, 119 LINKSIDE DR, TAYLORS, SC 29687

11305   KUEHNE, FAYE, 119 LINKSIDE DR, TAYLORS, SC 29687-6611

11305   KUELBS, LEO, 33 SOUTH SIXTH STREET, SUITE 4100, MINNEAPOLIS, MN 55402

11305   KUFFEL, MICHAEL G, 20330 W YORKTOWN CT, BROOKFIELD, WI 53045

11305   KUHA, ELLA, 2106 4TH STREET NE, MINNEAPOLIS, MN 55418

11305   KUHN, ANDRE, 16 CHEMIN DES COTES DE BOCHAT, LA CONVERSION, 000001093SWITZERLAND        *VIA Deutsche Post*

11305   KUHN, IDA R, 801 S BOVIDIN ST, BALTIMORE, MD 21224

11305   KUJAWA, GREGORY MARK, 350 SHALOM DR, LIBBY, MT 59923

11305   KUJAWA, MICHAEL A, 4532 FITCH AVE, BALTIMORE, MD 21236

11305   KULBERG, RALPH A, 2401 N OCEAN BLVD, APT 7N, BOCA RATON, FL 33431

11305   KUMAR, RANJIT, 6412 TARA PL, CLARKSVILLE, MD 21029

11305   KUN, MICHAEL A, 13261 SNOWBERRY LN, SAINT JOHN, IN 46373-9138

11305   KUO, LAWRENCE L, 43 LEXINGTON DR, ACTON, MA 01720

11305   KUPER, LYLE D, C/O LYLE KUPER, 408 LODGEWOOD TRL, GREER, SC 29651

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  KUPER, LYLE DEAN, 408 LODGEWOOD TRAIL, GREER, SC 29651

11305  KUSTOM PALLET CO., PO BOX 3058, RANCHO CUCAMONGA, CA 91729

11305  KUTA, THOMAS MICHAEL, 3801 139TH LANE NW, ANDOVER, MN 55304

11305  KUTNER, DAVID H, 17645 DRAYTON HALL WAY, SAN DIEGO, CA 92128

11305  KUZMA, VAUGHN T, 215 E HARBISON RD, PITTSBURGH, PA 15205

11305  KVAPIL, CELIA JANE, 182 FARM TO MARKET ROAD, LIBBY, MT 59923

11305  KWALS INC, 121 E MAIN ST, LANSDALE, PA 19446

11305  KWAS, DANIEL PAUL, 191 CENTER STREET, LACKAWANNA, NY 14218

11305  KWAS, DANIEL, C/O DARRELL W SCOTT, LUKINS & ANNIS, 717 W SPRAGUE AVE SUITE 1600, SPOKANE, WA 99201

11305  KWIATKOWSKI, RICHARD B, 49 ALMA AVE, BELMONT, MA 02478

11305  L B REALTY, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305  L W D INC, PO BOX 327, CALVERT CITY, KY 42029

11305  L&L MECHANICAL CONSTRUCTION &, DESIGN CO., 26B OAK ST., EAST RUTHERFORD, NJ 07073

11305  L&L OIL & GAS SERVICES LLC DBA ASCO FUEL, PO BOX 6984, METAIRIE, LA 70009-6984

11305  L.H. CRANSTON & SONS INC, PO BOX 4418, TIMONIUM, MD 21094-4418

11305  L.H. CRANSTON, 1965 GREENSPRING DR., PO BOX 4418, TIMONIUM, MD 21093

11305  LA MARTIN COMPANY INC, 14400 HENN, DEARBORN, MI 48126

11305  LA SHOTO, GLADYS, 2 MARCHANT RD, WINCHESTER, MA 01890

11305  LA TEX RUBBER & SPECIALTIES, PO BOX 3050, LAKE CHARLES, LA 70602

11305  LAB SAFETY SUPPLY, 401 S WRIGHT RD, JANESVILLE, WI 53546

11305  LAB SUPPORT, FILE #54318, LOS ANGELES, CA 90074-4318

11305  LABATT BREWING COMPANY LIMITED, 435 RIDOUT STREET, LONDON, ON N6A2P6CANADA    *VIA Deutsche Post*

11305  LABATT BREWING COMPANY LIMITED, 451 RIDOUT STREET, LONDON, ON N6A2P6CANADA    *VIA Deutsche Post*

11305  LABELMASTER, AN AMERICAN LABELMARK COMPANY, PO BOX 46402, CHICAGO, IL 60646-0402

11305  LABELMASTER, PO BOX 46402, CHICAGO, IL 60646-0402

11305  LABORATORY CORP OF AMERICA HOLDINGS, PO BOX 65891, CHARLOTTE, NC 28265-0891

11305  LABORATORY NOTEBOOK COMPANY INC, PO BOX 188, HOLYOKE, MA 01041-0188

11305  LABS, DONALD E, 314 S ONTARIO ST, DE PERE, WI 54115

11305  LABVANTAGE SOLUTIONS INC, C/O MATTHEW A PORTER ESQ, DECHERT LLP, 200 CLARENDON ST 27TH FLOOR, BOSTON, MA 02116

11305  LACKEY, ELMER CHARLES, 720 HAZEL VALLEY DR, HAZELWOOD, MO 63042

11305  LADD, GLENN B, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305  LADD, JOHN W, 359 TATE RD, SEWANEE, TN 37375

11305  LADD, LEIGHTON ENRIGHT, 4153 TOLEDO AVENUE S, ST LOUIS PARK, MN 55416

11305  LADD, SHIRLEY OR PAUL, 623 LENOX ST, PONTIAC, MI 48340

11305  LADERA, CHRIS DAUZ, 12239 78TH AVE. SOUTH, SEATTLE, WA 98178

11305  LAERDAL MEDICAL CORPORATION, ATTN: PAT GOODWIN, 167 MYERS CORNERS RD, WAPPINGERS FALLS, NY 12590

11305  LAFARGE, FORMERLY BLUE CIRCLE CEMENT, P.O. BOX 102733, ATLANTA, GA 30368-0733

11305  LAFAYETTE PARISH SCHOOL BOARD, 113 CHAPLIN DRIVE, LAFAYETTE, LA 70508

11305  LAFFERTY, BURNS, 195 HAYWARD MILL RD, CONCORD, MA 01742

11305  LAFLEUR, BETTY, 1083 PARK RD, LAKE CHARLES, LA 70611

11305  LAFLEUR, MICHAEL E, C/O MIKE LAFLEUR, 324 HEATHER ST, LAKE CHARLES, LA 70605

11305  LAFOURCHE PARISH SCHOOL BOARD, 805 EAST 7TH STREET, THIBODAUX, LA 70301

11305  LAIN, JOEL D, 1723 MAYFAIR ST, DE PERE, WI 54115

11305  LAINE, NORMAN R, 15013 WESTBURY RD, ROCKVILLE, MD 20853

11305  LAIRD, SAMUEL E, 224 BENT OAK WAY, SPARTANBURG, SC 29301-1201

11305  LAKE CHARLES RUBBER & GASKET, PO BOX 3205, LAKE CHARLES, LA 70602

11305  LALMOND, JOHN T, PO BOX 32094, BALTIMORE, MD 21282-2094

11305  LAMA, GILDA C, 142 SHOREWAY, OAKDALE, NY 11769

11305  LAMAN, KENNETH C, 1980 STACY DRIVE, DENVER, CO 80221

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    LAMARCHE, RICHARD N, 171 FREEDOM ST, NORTH FORT MYERS, FL 33917

11305    LAMARTINA, DANIEL M, 6428 WILBEN RD, LINTHICUM, MD 21090

11305    LAMBERT, STEPHANIE A, 480 WORTHINGTON RD, MILLERSVILLE, MD 21108

11305    LAMBERTH, CHARLES T, 209 MISTY VIEW CT, PASADENA, MD 21122

11305    LAMBERTS COFFEE SVC INC, PO BOX 181252, MEMPHIS, TN 38181-1252

11305    LAMERE, KIM MARIE, 6199 HEATHER PLACE, FRIDLEY, MN 55432

11305    LAMM, KATHY K, 8791 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437-2456

11305    LAMM, ROBERT B, 11 TINKER BLUFF CT, EAST SETAUKET, NY 11733

11305    LAMPTON, RICHARD D, 2493-Q 75 LANE, CEDAREDGE, CO 81413

11305    LANCASTER LABORATORIES, INC,

11305    LANCASTER, ERNEST, 1815 ARBUTUS AVE, BALTIMORE, MD 21227

11305    LANCASTER, RONALD J, PO BOX 204, CROSS ANCHOR, SC 29331

11305    LANCASTER, RONALD JOE, PO BOX 204 CROSS ANCHOR SC 29331 8 PERRY ST, ENOREE, SC 29335

11305    LANDAUER INC, C/O D&B/RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305    LANDER, CHARLES L, PO BOX 53524, BELLEVUE, WA 98015

11305    LANDON KENNEDY, MICHELE JEAN, 1405 300TH STREET WAY, CANNON FALLS, MN 55009

11305    LANDON, DELAYNE DWIGHT, 1310 WASHINGTON STREET N E, MINNEAPOLIS, MN 55413

11305    LANDRY, ANDY G, 2705 E 12TH ST, LAKE CHARLES, LA 70615

11305    LANDRY, DANIEL R, 2455 SANTA ROSA RD, LAKE CHARLES, LA 70611

11305    LANDRY, JOHN, 20276 SPOONBILL CT, ROGERS, MN 55374

11305    LANDY, REGINALD O, 1169 CHATFIELD ST, AIKEN, SC 29801

11305    LANE, BENJAMIN E, 67 PINEWOOD LN, LIBBY, MT 59923

11305    LANE, JOYCE A, 701 HARVEST RUN DR #103, ODENTON, MD 21113

11305    LANEDALE CO OPERATIVE APARTMENTS LIMITED, 8 STROUD ROAD APT 8, HAMILTON, ON    *VIA Deutsche Post*
         L8S1Z6CANADA

11305    LANG, DAVID W, 608 BRON DERW DR, WALES, WI 53183

11305    LANGAN ENGINEERING & ENVIRONMENTAL SERV, C/O FOSTER AND MAZZIE, 10 FURLER ST, PO
         BOX 209, TOTOWA, NJ 07512

11305    LANGAN, ALFRED L, 6444-C 19TH STREET WEST, FIRCREST, WA 98466

11305    LANGAN, ALFRED LAWRENCE, 6444-C 19TH ST W, FIRCREST, WA 98466

11305    LANGAN, LAURENCE V, 6200 LLANFAIR DR, COLUMBIA, MD 21044

11305    LANGLEY, HIRAM J, 400 PARK PL #11-A, DEQUINCY, LA 70633

11305    LANGLOTZ, TIMOTHY M, 8512 BRANDAU CT, TINLEY PARK, IL 60477

11305    LANGSTON, LINDA M, 1618 JONESVILLE RD, SIMPSONVILLE, SC 29681

11305    LANHAM, BARBARA A, 2600 GRIFFITH AVE, OWENSBORO, KY 42301

11305    LANIER ENGR SALES, INC, 4703 RITCHIE HWY., BALTIMORE, MD 21225

11305    LANIER LITIGATION SERVICES INC, ATTN SCOTT LEXVOLD, 950 BLUE GENTIAN RD, EAGAN, MN
         55121

11305    LANIER PLUMBING INC, 2201 MOSS ST, LAKE CHARLES, LA 70601

11305    LANIER WORLDWIDE INC, 2300 PARKLAKE DR NE, ATLANTA, GA 30345

11305    LANNAN & SCHLAMP CLINIC, 622 CYPRESS ST, SULPHUR, LA 70663

11305    LANTECH, INC, 11000 BLUEGRASS PKWY, LOUISVILLE, KY 40299

11305    LANZA, ARLENE, 34 R WALTON ST, WAKEFIELD, MA 01880

11305    LAPERRIERE, FRANCIS C, 47 ELSMERE AVE, SOUTH PORTLAND, ME 04106-4935

11305    LAPOINTE SR, WILLIAM J, 1701 W KRAUSE, WESTLAKE, LA 70669

11305    LAPOINTE, BETTY R, 1701 W KRAUSE, WESTLAKE, LA 70669

11305    LARK PORTABLE BLDGS INC, ATTN KEN YOUNG, 6461 BLANDING BLVD, JACKSONVILLE, FL 32244

11305    LARKIN, EUGENE LEROY, 6572 E KETTLEMAN LN, LODI, CA 95240

11305    LARKIN, JOHN A, 1552 READING BLVD, WYOMISSING, PA 19610

11305    LARRY T WEISS CO, INC, 7011 TROY HILL DRIVE, ELKRIDGE, MD 21075-7036

11305    LARSEN, JEREMY M, C/O JEREMY LARSEN, 2221 210TH ST, MOUNT AYR, IA 50854

11305    LARSEN, LYNN D, 10829 W 9TH ST, HEWITT, WI 54441-9047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   LARSON, LAURIE S, 202 N EAU CLAIRE AVE #207, MADISON, WI 53705

11305   LARSON, RICHARD H, 172 IVORY STREET, FREWSBURG, NY 14738

11305   LARSON, RICHARD, 1705 E 73RD AVE, MERRILLVILLE, IN 46410

11305   LASALLE PARISH SCHOOL BOARD, 3012 NORTH 1ST STREET, JENA, LA 71342

11305   LASCULA, ANGELO P, 6 LONGKNOLL WAY, KINGSVILLE, MD 21087

11305   LASER LINE INC, 700-D NURSERY RD, LINTHICUM, MD 21090

11305   LASERTECH SYSTEMS INC, N29 W22188 KATHRYN CT, WAUKESHA, WI 53186

11305   LASSITER, ELTON, 510 BRIDGEVIEW, BALTIMORE, MD 21225

11305   LATHAM & WATKINS, PO BOX 7247-8181, PHILADELPHIA, PA 19170-8181

11305   LATIMER, CAROL M, 34 ORIENT AVE, MELROSE, MA 02176

11305   LATOZA, DENNIS, 4915 W 85TH ST, BURBANK, IL 60459

11305   LAUGHLIN, EDWARD B, 9011 STONEY MOUNTAIN DR, CHATTANOOGA, TN 37421

11305   LAURENS COUNTY ASSESSOR, PO BOX 727, LAURENS, SC 29360

11305   LAURENS COUNTY TREASURER, ATTN: CYNTHIA M BURKE, PO BOX 1049, LAURENS, SC 29360

11305   LAURENS ELECTRIC COOP, PO BOX 967, LAURENS, SC 29360

11305   LAURETTI, MARY B, 11 PITCHER AVE, MEDFORD, MA 02155

11305   LAVEN, DONALD J, 8667 SE ANTIGUA WAY, JUPITER, FL 33458

11305   LAVENDER, BRENDA JANE, 1741 JAMESTOWN ROAD, MORGANTON, NC 28655

11305   LAVERGNE, JULIE C, 321 SYRIA RD, LAKE CHARLES, LA 70607

11305   LAW OFFICE OF JOHN C MUELLER, 5146 DOUGLAS FIR RD 206, CALABASAS, CA 91302-1439

11305   LAW OFFICES OF BRET S BABCOCK, C/O BRET S BABCOCK, COMMERCE BANK BLDG, 416 MAIN ST STE 411, PEORIA, IL 61602

11305   LAW OFFICES OF WILLIAM FRANK, 1076 WEST FOURTH ST - SUITE 100, WINSTON SALEM, NC 27101

11305   LAWLOR, THOMAS M, 1201 SW 19 AVE, BOCA RATON, FL 33486

11305   LAWNICKE, PATRICIA M, 4605 W SPENCER LN, ALSIP, IL 60803-2766

11305   LAWRENCE LAMAR RICE WEST MELBOURNE, 49 PARKHILL BOULEVARD, WEST MELBOURNE, FL 32904

11305   LAWS, PAUL, 986 OAKMONT CT, UNION, KY 41091

11305   LAWSON ELECTRIC CO INC, PO BOX 4244, CHATTANOOGA, TN 37405

11305   LAWSON LUNDELL LAWSON & MCINTOSH, 1600 CATHEDRAL PLACE, 925 WEST GEORGIA ST, VANCOUVER BRITISH COLUMBIA, BC V6C 3L2CANADA     **\*VIA Deutsche Post\***

11305   LAWSON, ASHMORE, 5608 CROSS KEYS HIGHWAY, ENOREE, SC 29335

11305   LAWSON, ASHMORE, 5608 CROSS KEYS HWY, ENOREE, SC 29335

11305   LAWSON, CHARLES R, 396 MILAM RD, CLINTON, SC 29325

11305   LAWSON, DONNIE R, 24296 HWY 221 N, ENOREE, SC 29335

11305   LAWSON, DONNIE RAY, 24596 HWY 221 N., ENOREE, SC 29335

11305   LAWSON, LINDA GAIL, 24596 HWY 221 N, ENOREE, SC 29335

11305   LAWSON, LINDA R, 24596 HWY 221 N, ENOREE, SC 29335

11305   LAWTON, DAVID W, 9218 KELLY RD NE, CARNATION, WA 98014

11305   LAYNE, CHARLES W, 3611 WHITEHEAD AVE, EAST RIDGE, TN 37412

11305   LAYNE, LEON, 6312 MORNING GLORY DR, HARRISON, TN 37341

11305   LAZZARA, JOSEPH, 19 HUME RD, BEDFORD, MA 01730

11305   LB MECHANICAL, INC, PO BOX 1213, ABINGDON, MD 21009

11305   LE BEL, GILBERT JOSEPH, 35 GARDNER ST, MANCHESTER, CT 06040

11305   LE CLAIRE, DAWN MARIE, 3018 ROBIN HOOD DRIVE, LA CROSSE, WI 54601

11305   LEACH, ROBERT L, 121 REBEL RD, GRASONVILLE, MD 21638-1142

11305   LEACH, WILLIAM D, 5342 S 2100 W, ROY, UT 84067

11305   LEAKE, SAMUEL V, 7798 TICK NECK RD, PASADENA, MD 21122

11305   LEAL, LUIS, 261 LIBERTY ST, LOWELL, MA 01851

11305   LEAL, NORMAN, 1485 NAPLES WAY, LIVERMORE, CA 94550

11305   LEAMON, NORMAN C, 1267 DERBY DR, COHUTTA, GA 30710

11305   LEAPER JR, LEON, 12160 FLOWING WATER TRL, CLARKSVILLE, MD 21029

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   LEARDI, NORMA, 7990 NADMAR AVE, BOCA RATON, FL 33434

11305   LEASE JR, KENNETH R, 1734-B FOUNTAIN ROCK WAY, EDGEWOOD, MD 21040-2020

11305   LEASE MIDWEST, 1528 N CORRINGTON, KANSAS CITY, MO 64120

11305   LEASE PLAN USA, PO BOX 930927, ATLANTA, GA 31193-0927

11305   LEATHERMAN, RONALD DALE, 3624 HILLVIEW DRIVE, CONOVER, NC 28613

11305   LEATHERWOOD, KATHY BRADLEY, 1517-2 LONGBRANCH RD, GROVER, NC 28073

11305   LEAVENWORTH COUNTY KANSAS, C/O KEYTA D KELLY, LEAVENWORTH COUNTY COURTHOUSE, 300 WALNUT, LEAVENWORTH, KS 66048

11305   LEAVENWORTH COUNTY TREASURER,

11305   LEBAL, JEAN DOLORES, 1420 SOUTH MOHAWK DRIVE, SCHAUMBURG, IL 60193

11305   LEBELLE, MARK, 19 OBRIEN AVE, TANEYTOWN, MD 21787

11305   LEBLANC, CONNIE S, 1816 12TH, LAKE CHARLES, LA 70601

11305   LEBLEU, GARY L, PO BOX 6, FENTON, LA 70640-0006

11305   LECCESE, ANITA M, 30 HUTCHINSON ST, CAMBRIDGE, MA 02138

11305   LECHLER INC, DEPT 77-3276, CHICAGO, IL 60678-3276

11305   LECHLER, INC, DEPT. 77-3276, CHICAGO, IL 60678-3276

11305   LECKRONE, DEAN BRADFORD, 1108 LOUISIANA AVE, LIBBY, MT 59923

11305   LECLAIRE, DIANE MARIE, 1132 ADAMS ST NE, MINNEAPOLIS, MN 55413

11305   LECO CORP., 3000 LAKEVIEW AVE., SAINT JOSEPH, MI 49085

11305   LECO CORPORATION, 3000 LAKEVIEW AVE., SAINT JOSEPH, MI 49085

11305   LEDBETTER, JERRE W, 5719 W 128TH ST, APT 4, CRESTWOOD, IL 60445

11305   LEDOUX, MARK A, 2220 BON VIE DR, SULPHUR, LA 70665

11305   LEDOUX, MARK AND DOROTHY, C/O DOROTHY LEDOUX, 1302 MARIA DR, SULPHUR, LA 70663-5619

11305   LEE JR, RICHARD P, 8 ROWE ST, STONEHAM, MA 02180

11305   LEE JR, WILLIAM D, 187 MARSHALL BRIDGE DR, GREENVILLE, SC 29605

11305   LEE, BARBARA A, 3000 PHILLIPS RD, GREENVILLE, NC 27834

11305   LEE, CAROLE A, 2 UNIVERSITY RD, ARLINGTON, MA 02474

11305   LEE, CEDRIC F, 2324 WRIGHT AVE, OWENSBORO, KY 42301

11305   LEE, EDWARD B, 6106 LOWERGATE DR, WAXHAW, NC 28173

11305   LEE, ELIZABETH M, 713 MICHIGAN AVE, LIBBY, MT 59923

11305   LEE, JAMES A, 10 KILSYTH RD, UNIT # 1, BROOKLINE, MA 02445

11305   LEE, JAMES R, 7446 S CORN CRIB LOOP, DOUGLASVILLE, GA 30134

11305   LEE, JOHN J, 888 OLD POST RD, WALPOLE, MA 02081

11305   LEE, RONALD, 8 ROWE ST, STONEHAM, MA 02180

11305   LEE, RUSSELL H, 8 ROWE ST, STONEHAM, MA 02180

11305   LEE, SHERRIAN CRIS, 8761 LA SALLE #B, CYPRESS, CA 90630

11305   LEE, SOURI S, 10 KILSYTH RD UNIT #1, BROOKLINE, MA 02445

11305   LEE, WALKER HOWARD, 2235 HOLLYBERRY LANE, CHESAPEAKE, VA 23325

11305   LEES PHD CIH, PETER SJ, 4415 UNDERWOOD RD, BALTIMORE, MD 21218

11305   LEES, TIMOTHY, 1518 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305   LEGAL, CASIMER C, 17900 GULF BLVD 17B, REDINGTON BEACH, FL 33708

11305   LEGOR, JOAN F, 85 ROBINHOOD RD, STONEHAM, MA 02180

11305   LEGRAND, NORMAN R, 5604 S NATOMA,

11305   LEHIGH PORTLAND CEMENT CO., PO BOX 931552, ATLANTA, GA 31193-1152

11305   LEHNERT, ARNOLD, 420 INDIANHEAD ROAD, LIBBY, MT 59923

11305   LEHNERT, CHRISTIAN STACY, 332 YELLOWTAIL RD, LIBBY, MT 59923

11305   LEHNERT, DARIN A, 2627 N ELDORADO, BOISE, ID 83704

11305   LEHNERT, JEFFREY ALAN, 332 YELLOWTAIL RD, LIBBY, MT 59923

11305   LEHNERT, KIRSTEN MARIA, 332 YELLOWTAIL RD, LIBBY, MT 59923

11305   LEHNERT, MICHAEL MONTGOMERY, 332 YELLOWTAIL RD, LIBBY, MT 59923

11305   LEHNERT, SHIRLEY, 420 INDIANHEAD ROAD, LIBBY, MT 59923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   LEHNERT, STACY VAUGHN, 332 YELLOWTAIL RD, LIBBY, MT 59923

11305   LEHR, ANNE, 90 1135TH AVE APT 5J, JACKSON HEIGHTS, NY 11372

11305   LEITER FKA CARR, CONNIE K, 31 BELLE AVE, ASHLAND, OH 44805

11305   LEMASTER, EDGAR STERLING, 03828032 FEDERAL MEDICAL CENTER BOX 14500, LEXINGTON, KY 40512

11305   LEMELLE, FREDERICK J, 2939 SEVENTH ST, LAKE CHARLES, LA 70615

11305   LEMONS, BETTY, 7807 HIAWATHA, BAYTOWN, TX 77521

11305   LEMPEREUR, FRED G, 5 AVE EMILE DESCHANEL, PARIS, 75007FRANCE        **\*VIA Deutsche Post\***

11305   LENAPE FORGE INC, 1334 LENAPE ROAD, WEST CHESTER, PA 19382

11305   LENE, BETTY SUE, 653 19TH AVE NE, MINNEAPOLIS, MN 55418

11305   LENE, LEROY OLE, 653 19TH AVE NE, MINNEAPOLIS, MN 55418

11305   LENHART, JOHN P, PO BOX 63, LE BLANC, LA 70651

11305   LENZ, CARRIE GILMORE, 47248 BEECHCREST CT, PLYMOUTH, MI 48170

11305   LEON, CRAIG K, 167 POPE RD, ACTON, MA 01720

11305   LEONARD, CALVIN L, 911 FOLEY AVE, IOWA PARK, TX 76367

11305   LEONE, ANTHONY MICHAEL, 2610 NESBITT CROSSING WAY, DULUTH, GA 30096

11305   LEONE, MARIO JOSEPH, 166-35 9TH AVE APT 7A, WHITESTONE, NY 11357

11305   LEREW, JOHN, 0044 HIGH MEADOW DR, DILLON, CO 80435

11305   LERSTAD, EDWARD R, 4911 NW 105 DR, CORAL SPRINGS, FL 33076

11305   LESAVAGE, KIMBERLY A, 604 QUIET OAKS LN, MONKTON, MD 21111

11305   LESEMANN, MARKUS, 3925 CANTERBURY RD, BALTIMORE, MD 21218

11305   LESMAN INSTRUMENT CO, 215 WRIGHTWOOD AVE, ELMHURST, IL 60126

11305   LESSARD ENVIRONMENTAL INC, CORPORATE HEADQUARTERS, 46R PRINCE ST, DANVERS, MA 01923

11305   LETELL, RONALD, 1437 BEECH ST, WESTLAKE, LA 70669

11305   LETHBRIDGE, ALLEN J, 2808 E NORTH ST #20, GREENVILLE, SC 29615

11305   LETTERMANS BLUEPRINT & SUPPLY CO, ATTN: MATT DEBOSIER, 4726 GOVERNMENT ST, BATON ROUGE, LA 70806

11305   LEUBNER, CARL B, 3001 TRAVIS ST, WESTLAKE, LA 70669

11305   LEVERETTE, J B, 101 BIRCH CT, SIMPSONVILLE, SC 29681

11305   LEVINE, STEVEN, 5022 QUEBEC ST, COLLEGE PARK, MD 20740

11305   LEVINGSTON ENGINEERS, PO BOX 1865, LAKE CHARLES, LA 70602

11305   LEWEY, KENNETH L, 8739 WOODSTREAM DR, FRISCO, TX 75034

11305   LEWIS DISPOSAL SERVICE, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   LEWIS, BRIAN, 52 WASHBURN AVE, CAMBRIDGE, MA 02140

11305   LEWIS, CHERYL A, 1308 1/2 15TH ST APT 1, LAKE CHARLES, LA 70601

11305   LEWIS, CLETIS O, 201 CATLETT ST, ROSSVILLE, GA 30741

11305   LEWIS, CORDELL, 4429 JORDAN OAKS WAY, RALEIGH, NC 27604

11305   LEWIS, HARMAN G, PO BOX 2516, 6 GREEN LN, NEW LONDON, NH 03257

11305   LEWIS, LESTER E, 2319 CHATEAUGAY LOOP, OWENSBORO, KY 42301

11305   LEWIS, LORIN H, 10282 W FOUNTAIN AVE APT #1304, MILWAUKEE, WI 53224

11305   LEWIS, RICHARD E, 1235 EVESHAM AVE, BALTIMORE, MD 21239

11305   LEWTER, EDITH, 121 SOUTHGATE DR, ROANOKE RAPIDS, NC 27870

11305   LEXIS-NEXIS, PO BOX 7247-7090, PHILADELPHIA, PA 19170-7090

11305   LEXMARK INTL, INC, PO BOX 740423, ATLANTA, GA 30374-0423

11305   LEYDIC, GEORGE D, C/O LILLIAN W LEYDIC, 4203 FLEET LANDING BLVD, ATLANTIC BEACH, FL 32233

11305   LEZNIC, LEONID, 6044 CHARLES EDWARD, COLUMBIA, MD 21045

11305   LI, HSI YAO, 6408 GALWAY DR, CLARKSVILLE, MD 21029

11305   LIBANATI, CRISTIAN, 417 WINDSOR STR, SILVER SPRING, MD 20910

11305   LIBBY, MICHELLE A, 2 DUCK POND RD #130, BEVERLY, MA 01915

11305   LIBY, MICHELLE J, 9526 RED APPLE LN, COLUMBIA, MD 21046

11305   LIFETIME FLOORS INC., 9541 BUSINESS CENTER DR STE B, RANCHO CUCAMONGA, CA 91730

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   LIGHT, RONALD K, 19106 SE CORAL REEF LN, JUPITER, FL 33458

11305   LIGHTNIN, PO BOX 277886, ATLANTA, GA 30384-7886

11305   LIGNOTECH USA INC, 100 GRAND AVE, ROTHSCHILD, WI 54474

11305   LIGONS, MICHAEL J,

11305   LIGONS, MICHAEL, 1701 BAYSIDE BEACH RD, PASADENA, MD 21122

11305   LINATEX INC, 1550 AIRPORT RD, GALLATIN, TN 37066

11305   LINC MECHANICAL SVCS INC DBA PERFORMANCE, 1005 ALDERMAN DR STE 107, ALPHARETTA, GA 30005

11305   LINCOLN COUNTY TREASURER, 512 CALIFORNIA AVE, LIBBY, MN 59923

11305   LINDA N HASTEN INC, 33430 BOWIE ST, WHITE CASTLE, LA 70788

11305   LINDHOLM, EDWARD M, C/O KENNETH G GILMAN ESQ, GILMAN & PASTOR LLP, ONE BOSTON PL 28TH FL, BOSTON, MA 02108

11305   LINDSAY, DUANE EDWARD, 412 PARMENTER AVENUE, LIBBY, MT 59923

11305   LINDSEY, LINDA, 2243 KALE CT, DACULA, GA 30019

11305   LINDSTROM, LORRAINE L, 8 SHIRLEY ST, PEPPERELL, MA 01463

11305   LINJEN PROMOTIONS INC, 15519 HARBOR TOWN DR, ORLAND PARK, IL 60462

11305   LINKAGE INC, ONE FORBES RD, LEXINGTON, MA 02421

11305   LINSCOMB, ROBERT, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   LINTHICUM, EDGAR L, 1891 ALLENBY RD, GERMANTOWN, TN 38139

11305   LINTON HALL SCHOOL, 9535 LINTON HALL ROAD, BRISTOW, VA 20136

11305   LINTON, CLARENCE A, 4501 NW 9TH AVE, POMPANO BEACH, FL 33064-1602

11305   LIPPY, ELEANOR H, 19497 DIAMOND RD, LEBANON, MO 65536

11305   LIQUID HANDLING SYSTEMS INC, 1441 VILLAGE WAY, SANTA ANA, CA 92705

11305   LISHMAN, BRUCE ALAN, 203 DECATUR ST, DOYLESTOWN, PA 18901

11305   LITCHFIELD, RONALD E, 144 GAMBRILLS RD, SEVERN, MD 21144

11305   LITIGATION MANAGEMENT, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305   LITTLE, DWIGHT WESLEY, 1894 HWY 73, IRON STATION, NC 28080

11305   LITTLEFORD DAY INC., 1022 SOLUTIONS CENTER, CHICAGO, IL 60677

11305   LITTLEFORD DAY, 7451 EMPIRE DR., FLORENCE, KY 41022

11305   LITTLEJOHN, RANDALL MARCELLUS, 816 BUCK SHOALS RD, GAFFNEY, SC 29341

11305   LITURI, SANDRA L, 4 VINCENT RD, CHELMSFORD, MA 01824

11305   LIVINGSTON SELF STORAGE, 2370 WALNUT ROAD, LIVINGSTON, CA 95334

11305   LOAIZA, TERESA, 2800 OHIO AVE APT C, SOUTH GATE, CA 90280

11305   LOBB, JOE B, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   LOBER, LARRY D, 8713 W 98TH ST, PALOS HILLS, IL 60465

11305   LOCKE, ROBERT H, C/O DAVID C CASEY, 150 FEDERAL ST, BOSTON, MA 02110

11305   LOCKHART, STEVEN, 1325 N PARKSIDE, CHICAGO, IL 60651

11305   LOCKRIDGE GRINDAL NAUEN PLLP, C/O J MICHAEL SCHWARTZ, 100 WASHINGTON AVE S STE 2200, MINNEAPOLIS, MN 55401

11305   LOCKTOSH, MICHAEL EUGENE, 10601 LANCASTER HWY, WAXHAW, NC 28173

11305   LOFFREDO, LOUISE, 104 KRISPIN LN, EAST SETAUKET, NY 11733-1017

11305   LOFLIN, LARRY GLENN, 5 HILLCREST DRIVE, GREAT FALLS, SC 29055

11305   LOFTIN EQUIPMENT CO, PO BOX 6590, PHOENIX, AZ 85005

11305   LOGICAL NETWORKS INC, 1750 S TELEGRAPH RD, SUITE 300, BLOOMFIELD HILLS, MI 48302

11305   LONG, NANCYE J, 1929 HIXSON PIKE, CHATTANOOGA, TN 37405

11305   LONG, TERRY O, 903 CHASE CT, BEL AIR, MD 21014

11305   LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818

11305   LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019

11305   LONGLEY, BRIAN CLAYTON, 2214 HILLSIDE AVENUE, SAINT PAUL, MN 55108

11305   LONGLEY, CAITLIN MAY, 2214 HILLSIDE AVENUE, SAINT PAUL, MN 55108

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   LONGLEY, ELEANOR PARKER, 2214 HILLSIDE AVE, SAINT PAUL, MN 55108

11305   LONGLEY, HANNAH GREEN, 2214 HILLSIDE AVE, SAINT PAUL, MN 55108

11305   LONGLEY, NANCY PARKER, 2214 HILLSIDE AVE, SAINT PAUL, MN 55108

11305   LONGO, JOSEPH, 33 ALMOND TREE LN, WARWICK, NY 10990

11305   LONIDIER, ROBERT, 217 BARBARA HILL DR, RAGLEY, LA 70657

11305   LONZA INC, 17-17 RTE 208, FAIR LAWN, NJ 07410

11305   LOOPER, HENRY T, 100 HUNT ST, TRAVELERS REST, SC 29690

11305   LOPEZ TIRE SERVICE,INC, 3804 NAVIGATION, HOUSTON, TX 77003

11305   LOPIDARIO JR, RENATO S, 405 BUTLER RD, REISTERSTOWN, MD 21136

11305   LOPINTO, MICHAEL G, 573 MIAMI CREST DR, LOVELAND, OH 45140

11305   LORENTZEN, CARL W, 11 BARKSDALE CT, HILTON HEAD ISLAN, SC 29926

11305   LORENZ, RICHARD F, 7889 SAVAGE-GUILFORD RD, JESSUP, MD 20794

11305   LORING-BOONE, SYLVIA B, PO BOX 750241, HOUSTON, TX 77257-0241

11305   LORING-BOONE, SYLVIA B, PO BOX 750241, HOUSTON, TX 77275-0241

11305   LORTON, KYLE D, 13424 GREEN HILL CT, HIGHLAND, MD 20777

11305   LOS ANGELES CHEMICAL COMPANY, PO BOX 1987, SOUTH GATE, CA 90280

11305   LOS ANGELES COUNTY FIRE DEPT, 1320 N EASTRN AVE # 225, LOS ANGELES, CA 90063

11305   LOS ANGELES COUNTY METROPOLITAN TRANSPOR, ONE GATEWAY PLZ, LOS ANGELES, CA 90012

11305   LOS ANGELES COUNTY TAX COLLECTOR, PO BOX 54018, ATTN CAROLYNE HEAROD, LOS ANGELES, CA 90054-0018

11305   LOS ANGELES COUNTY TAX COLLECTOR, PO BOX 54088, LOS ANGELES, CA 90054-0088

11305   LOS ANGELES UNIFIED SCHOOL DISTRICT, C/O ROMAN M SILBERFELD / BERNICE CONN, ROBINS KAPLAN MILLER & CIRESI LLP, 2049 CENTURY PARK E #3700, LOS ANGELES, CA 90067

11305   LOS ANGELES UNIFIED SCHOOL DISTRICT, C/O ROMAN M SILBERFELD, BERNICE CONN, ROBINS KAPLAN MILLER & CIRESI LLP, 2049 CENTURY PARK E #3700, LOS ANGELES, CA 90067

11305   LOUDON, DONALD E, 25 APPLE DR, SPRING LAKE, NJ 07762

11305   LOUIS M ZIGMAN LAW CORPORATION, 473 S HOLT AVE, LOS ANGELES, CA 90048

11305   LOUISIANA DEPARTMENT OF ENVIRONMENTAL QU, C/O ALLISON ROVIRA, OFFICE OF THE SECRETARY LEGAL AFFAIRS DIVISION, PO BOX 82282, BATON ROUGE, LA 70884-2282

11305   LOUISIANA DEPARTMENT OF ENVIRONMENTAL QU, C/O APRIL SNELLGROVE ATTORNEY SUPER, OFFICE OF THE SECRETARY LEGAL AFFAIRS DIVISION, PO BOX 4302, BATON ROUGE, LA 70821-4302

11305   LOUISIANA DEPT OF REVENUE AND,

11305   LOUISIANA DEPT OF REVENUE, PO BOX 66658, BATON ROUGE, LA 70896

11305   LOVE SR., JOHN A., ATTN: JOHN A LOVE SR, 426 SE 17TH TERRACE A-3, DEERFIELD BEACH, FL 33441

11305   LOVELACE, WILLIAM P, 10315 S GRANITE AVE, TULSA, OK 74137-6071

11305   LOWERY, CLERFA, 5111 HWY 27 S, SULPHUR, LA 70665

11305   LOWRY, JANET, PO BOX 727, OGUNQUIT, ME 03907

11305   LUBECON SYSTEMS, INC, PO BOX 824, WHITE CLOUD, MI 49349-0824

11305   LUBINSKI, RICHARD JOHN, 14047 YANCY STREET N. E., HAM LAKE, MN 55304

11305   LUBRIZOL CORPORATION, PO BOX 73293, CHICAGO, IL 60673-7293

11305   LUBRIZOL CORPORATION, THE, PO BOX 13401, NEWARK, NJ 07188-0401

11305   LUCAS, MARTIN R, 5024 COUNTRY CLUB DR, WILSON, NC 27896

11305   LUCAS, STANLEY B, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   LUCE, JOAN, 604 DAKOTA, LIBBY, MT 59923

11305   LUCKETT, THOMAS E, 811 FLORENCE CT, OWENSBORO, KY 42303-6423

11305   LUDWICK, ROBERT M, 1689 COUNTRY EST RD, INMAN, SC 29349

11305   LUDWICK, ROBERT M, 1689 COUNTRY ESTATES RD, INMAN, SC 29349

11305   LUECKING, CHRISTOPHER G, 1504 IDLEWILDE AVE, CATONSVILLE, MD 21228

11305   LUECKING, SHARON L, C/O SHARON LUECKING, 1504 IDLEWILDE AVE, CATONSVILLE, MD 21228

11305   LUGO, JESUS FELIPE, 150 BUCK OWEN RD, SENICA, SC 29678

11305   LUKER, JAMES R, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   LUMMUS SUPPLY CO, 1554 BOLTON RD N W, ATLANTA, GA 30331

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   LUNDY, PIERRE P, 75 MALDEN ST, EVERETT, MA 02149

11305   LUSSIER, ROGER J, 4018 JAY EM CIR, ELLICOTT CITY, MD 21042

11305   LUTZ JR, GILBERT J, 4102 MIDDLEBURY CT, PASADENA, MD 21122

11305   LUTZ, LEO A, 9 ELMWOOD TERR, SOMERVILLE, MA 02144

11305   LUZENAC AMERICA INC, PO BOX 911915, DALLAS, TX 75391-1915

11305   LYALL, THOMAS L, 22 HARTFORD ST, MEDFIELD, MA 02052

11305   LYDA, ROY D, PO BOX 104, CROSS ANCHOR, SC 29331

11305   LYDA, ROY DALE, PO BOX 104, CROSS ANCHOR, SC 29331

11305   LYGHT, DARRYL LEE, PO BOX 1269, LIBBY, MT 59923

11305   LYMAN, JOANNE MARIE, 820 RACQUET LN, BOULDER, CO 80303

11305   LYNCH, WILLIAM, 755 RIVER FORK RD, WATERLOO, SC 29384

11305   LYNWOOD MACHINE & ENGINEERING, PO BOX 88264 DEPT A, CHICAGO, IL 60680

11305   LYONS, DEIDRE C, ZERO KENISTON RD, LYNNFIELD, MA 01940

11305   LYONS, JOHN J, 571 BURROUGHS RD, BOXBOROUGH, MA 01719

11305   LYONS, SUSAN J, 5364 OLDSTONE CT, COLUMBIA, MD 21045

11305   LYONS, THOMAS H, 519 SYLVIEW DR, PASADENA, MD 21122

11305   M & M CONTROLS A DIVISION OF AIRECO INC, 9 E W AYLESBURY RD, TIMONIUM, MD 21093

11305   M C SCHROEDER CO INC, 8810 BELHAVEN BLVD, CHARLOTTE, NC 28214

11305   M DAVIS & SONS INC, 200 HADCO RD, WILMINGTON, DE 19804-1000

11305   M F CACHAT COMPANY, THE, PO BOX 71235, CLEVELAND, OH 44191

11305   M P HUNTER & SONS INC, 19448 HWY 221 N, LAURENS, SC 29360

11305   M&I ELECTRIC, 1315 RUTH ST, SULPHUR, LA 70663

11305   M&M INDUSTRIES, INC, 316 CORPORATE PLACE, CHATTANOOGA, TN 37419

11305   M.A. INDUSTRIES, LOCK BOX #101283, ATLANTA, GA 30391

11305   MABREY, HARRY, 2881 COLONIAL RDG, CINCINNATI, OH 45212

11305   MAC EQUIPMENT, INC, PO BOX 930510, KANSAS CITY, MO 64193

11305   MAC FADDEN, KENNETH O, 7650 WATERVIEW LN, CHESTERTOWN, MD 21620

11305   MACAPA, 8 NORTH MAIN ST, ATTLEBORO, MA 02703

11305   MACCREADY, ELIZABETH, 12523 3RD AVENUE N.E., SEATTLE, WA 98125

11305   MACCREADY, EMILY, 12523 3RD AVENUE N.E., SEATTLE, WA 98125

11305   MACCREADY, PAUL E, 12523 3RD AVENUE N.E., SEATTLE, WA 98125

11305   MACCULLOCH, CLIFFORD J, 59 GLENDALE ST, MAYNARD, MA 01754

11305   MACCULLOCH, CLIFFORD, 59 GLENDALE ST, MAYNARD, MA 01754

11305   MACDONALD & EVANS INC, 1 REX DR, BRAINTREE, MA 02184

11305   MACDONALD, ALISTAIR, 51 CRIST MILL RD, LITTLETON, MA 01460

11305   MACDONALD, ANN E, 8689 S ALPEN CIR, SALT LAKE CITY, UT 84121

11305   MACDONALD, NORBERT, 7733 W 91ST, HICKORY HILLS, IL 60457

11305   MACDONALD, THOMAS, 9171 GREENCASTLE, ORLAND PARK, IL 60462

11305   MACEDON HOMES INC, C/O RONALD G HULL ESQ, UNDERBERG & KESSLER LLP, 1800 CHASE SQ, ROCHESTER, NY 14604

11305   MACERICH FRESNO LIMITED PARTNERSHIP, 401 WILSHIRE BLVD, SUITE 700, SANTA MONICA, CA 90401

11305   MACERICH FRESNO LIMITED PARTNERSHIP, ATTN: A GHAFARI, 401 WILSHIRE BLVD, SUITE 700, SANTA MONICA, CA 90401

11305   MACGREGOR AUTOMATION CONTROLS CORP, DEPT. 77-6606, CHICAGO, IL 60678-6606

11305   MACHADO ANDERSEN, TRUDIE, C/O TRUDIE MACHADO, 22317 CYNTHIA CT, HAYWARD, CA 94541

11305   MACISAAC, JOHN STEPHEN, 105 DOVEDALE DRIVE UNIT 5, WHITBY, ON L1N1Z7CANADA     *VIA Deutsche Post*

11305   MACK PUMP AND EQUIPMENT CO, INC, 12005 SPAULDING SCHOOL DR., PLAINFIELD, IL 60544

11305   MACK, HAROLD L, PRESIDENT,NEVADO THEATRE, PO BOX 1066, NEVADA CITY, CA 93959

11305   MACK, JAMES M, 13628 S DOONAREE CIR, HOMER GLEN, IL 60441

11305   MACK, JAMES, 13628 S DOONAREE CIR, HOMER GLEN, IL 60441

11305   MACK, JEFFREY H, 3605 SPALDING CHASE DR, NORCROSS, GA 30092

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  MACKLIN, MICHAEL B, 9 PIERCE AVE, WESTFORD, MA 01886

11305  MACLELLAN COMPANY, 121 FELTON ST, WALTHAM, MA 02453

11305  MACTEC ENGINEERING AND CONSULTING INC FK, C/O KEITH C GROEN, 1105 SANCTUARY PKWY STE 300, ALPHARETTA, GA 30004

11305  MACTEC ENGINEERING AND CONSULTING OF GEO, C/O KEITH C GROEN, 1105 SANCTUARY PKWY STE 300, ALPHARETTA, GA 30004

11305  MADCY, ROBERT L, PO BOX 867, MEDINA, OH 44258

11305  MADDEN SALES COMPANY, 8920 MONTGOMERY ROAD, CINCINNATI, OH 45236

11305  MADDEN, DONALD P, 1105 GULF LN, SULPHUR, LA 70663

11305  MADDEN, MARY J, 33 HALL RD, CHATHAM, NJ 07928

11305  MADEJ, JAMES R, 181 CHELSEA RD, PASADENA, MD 21122

11305  MADISON COMPLEX INC, 1720 N.E. MADISON STREET, MINNEAPOLIS, MN 55413

11305  MADORE, ROBERT, 35 KNOLLWOOD CIR, CONTOOCOOK, NH 03229

11305  MAGAFAS, ELIZABETH, 720 ELDORADO LN, DELRAY BEACH, FL 33444

11305  MAGAZINE OF MASONRY, THE, 426 S.WESTGATE ST., ADDISON, IL 60101-4546

11305  MAGGIO, DENISE A, 13441 AVENUE K, CHICAGO, IL 60633

11305  MAGGIO, ROBERT A, 6032 WINTER GRAIN PATH, CLARKSVILLE, MD 21029

11305  MAGIC MESSENGER INC, 14709 ARTESIA BLVD, LA MIRADA, CA 90638

11305  MAGIC WAND, 1100 EAST COLTON AVE, NORTH LAS VEGAS, NV 89030

11305  MAGID GLOVE & SAFETY MFG CO LLC, 2060 N KOLMAR AVE, CHICAGO, IL 60639

11305  MAGNER, DAVID J, 2 TALBOT RD, CANTON, MA 02021

11305  MAGNESIUM ELEKTRON INC, PO BOX 8500-2480, PHILADELPHIA, PA 19178-2480

11305  MAGNOLIA TRUCK WASH, PO BOX 537, RIDGELAND, MS 39158-0537

11305  MAGUIRE, ARTHUR T, 127 RYE RIDGE RD, HARRISON, NY 10528

11305  MAHAFFEY, BETTY A, 110 SUNRISE AVE, SIMPSONVILLE, SC 29681

11305  MAHER PLUMBING INC, 6418 OGDEN AVE, BERWYN, IL 60402

11305  MAIL BOXES ETC, 849 E STANLEY BLVD, LIVERMORE, CA 94550

11305  MAILHOIT, CHRISTINE A, 157 MONTROSE AVE, WAKEFIELD, MA 01880

11305  MAILWELL CO, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241

11305  MAIMONE, PATTY A, 94 ROBBINS RD, ARLINGTON, MA 02476

11305  MAJELLA, GERALD, 3807 N GLEBE ROAD, ARLINGTON, VA 22207

11305  MAJOR, EVERETT O, 4777 S TAFT ST, MORRISON, CO 80465

11305  MAJORS SCIENTIFIC BOOKS, INC, PO BOX 841294, DALLAS, TX 75381-9074

11305  MALACREA, RAYMOND M, 841 PORTSWOOD CIR, SAN JOSE, CA 95120

11305  MALICK, GILL M, C/O GILL MALICK, 11750 BALLINARY CT, ORLAND PARK, IL 60467

11305  MALKOWICZ, HELEN S, 36 PIERPONT PL, STATEN ISLAND, NY 10314-5955

11305  MALONE, DWAYNE E, 145 HWY 49, LAURENS, SC 29360

11305  MALONE, DWAYNE EDDIE, 145 HWY 49, LAURENS, SC 29360

11305  MALONE, JAMES J, C/O JAMES MALONE, 3 HIGHLAND AVE, STONEHAM, MA 02180

11305  MALONE, MICHAEL, 18 PARK PL, SOMERVILLE, MA 02143

11305  MALONEY, PATRICIA A, 71 PORTER RD, CAMBRIDGE, MA 02140

11305  MALVERN INSTRUMENT, INC, 10 SOUTHVILLE RD., SOUTHBOROUGH, MA 01772

11305  MAMAZZO, KENNETH, 73 PHILLIPS AVE, SOUTH HACKENSACK, NJ 07606

11305  MANCHESTER INC, ATTN: DONALD LAYE, ONE INDEPENDENT DR, JACKSONVILLE, FL 32202

11305  MANCUSO, MIKE DONALD, 7561 CENTRAL AVE NE, FRIDLEY, MN 55432

11305  MANGUM, BELINDA, DONALD W STEWART PC, PO BOX 2274, ANNISTON, AL 36202

11305  MANLEY, DEMPSEY E, 6415 PLEASANT VALLEY RD, PHILPOT, KY 42366

11305  MANLEY, DEMPSEY, 6415 PLEASANT VALLEY RD, PHILPOT, KY 42366

11305  MANLEY, SYBLE R, 111 HEATHERLY DR, GREENVILLE, SC 29611

11305  MANLY, BOBBIE J, 9 GREENBRIAR LN, WOODRUFF, SC 29388-8956

11305  MANN, ALLAN HAROLD, 9338 TEWSBURY BEND, MAPLE GROVE, MN 55311

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 11305 | MANN, TERRY L, 3816 GENTLE SPRINGS DR, ARLINGTON, TX 76001 | |
| 11305 | MANNARINO, MARIA, 3328 PERRY AVE, BRONX, NY 10467 | |
| 11305 | MANNING SELVAGE & LEE, PO BOX 77000, DETROIT, MI 48277-0204 | |
| 11305 | MANNING, GREGORY P, 18 MORTON ST, NEEDHAM, MA 02494 | |
| 11305 | MANNION, WILLIAM L, 2953 ROSE CROWN CIR, PASADENA, MD 21122 | |
| 11305 | MANPOWER INTERNATIONAL INC, 5301 N IRONWOOD RD, PO BOX 2053, MILWAUKEE, WI 53201 | |
| 11305 | MANSKY, EDWARD F, 704 N FAIRBROOK DR, WAUNAKEE, WI 53597 | |
| 11305 | MANTECH ENVIRONMENTAL TECHNOLOGY, | |
| 11305 | MANUEL, DAVID W, 1902 DEEPWOOD DR, LAKE CHARLES, LA 70605 | |
| 11305 | MANUEL, EDWARD, PO BOX 2471, EATON PARK, FL 33840 | |
| 11305 | MANUEL, RODERICK, 19930 RISING STAR, HUMBLE, TX 77338 | |
| 11305 | MAPES, DONALD R, 5117 W WALTANN LN, GLENDALE, AZ 85306 | |
| 11305 | MAPLETOFT, LEE, 4 JOSEPH REED LN, ACTON, MA 01720-2916 | |
| 11305 | MARBLEHEAD LIME, INC, PO BOX 99131, CHICAGO, IL 60693-9131 | |
| 11305 | MARCANTONI, JOHN D, 1930 WILSON PT RD, BALTIMORE, MD 21220 | |
| 11305 | MARCASCIANO JR, PHILIP J, 6 WILDE RD, WELLESLEY, MA 02481 | |
| 11305 | MARCEL DEKKER INC, PO BOX 5005, MONTICELLO, NY 12701 | |
| 11305 | MARCONI DATA SYSTEMS INC, PO BOX 93170, CHICAGO, IL 60673-3170 | |
| 11305 | MARCOR REMEDIATION, PO BOX 630039, BALTIMORE, MD 21263 | |
| 11305 | MARCRAFT CORP., 2915 TOBEY DR., INDIANAPOLIS, IN 46219-1490 | |
| 11305 | MARICOPA COUNTY ARIZONA, 222 NORTH CENTRAL SUITE 1110, PHOENIX, AZ 85004 | |
| 11305 | MARICOPA COUNTY ARIZONA, 222 NORTH CENTRAL, SUITE 1110, PHOENIX, AZ 85004 | |
| 11305 | MARICOPA COUNTY TREASURER, P.O. BOX 78574, PHOENIX, AZ 85062-8574 | |
| 11305 | MARIE, DUGAS ROSE, 137 MAGUIRE, NOUVELLE, QC G0C2E0CANADA | *VIA Deutsche Post* |
| 11305 | MARIER, RICHARD E, 3150 HARMONT HILL RD, PLACERVILLE, CA 95667 | |
| 11305 | MARINDUS COMPANY, INC, PO BOX 663, ENGLEWOOD, NJ 07631 | |
| 11305 | MARINELLO, ANN, 132 DONGAN HILLS AVE, STATEN ISLAND, NY 10305 | |
| 11305 | MARION COUNTY TREASURER, ATTN HEATHER TOLIN, 200 E WASHINGTON ST STE 1060, INDIANAPOLIS, IN 46204 | |
| 11305 | MARK PACK INC, PO BOX 5264, ROCKFORD, IL 61125-0264 | |
| 11305 | MARKS, JOAN, 917 W 2ND, STROUD, OK 74079 | |
| 11305 | MARLL JR, FREDERICK W, 7793 POPLAR GROVE RD, SEVERN, MD 21144 | |
| 11305 | MARRIAM, ROBERT R, 15 BUSINESS 7 S, ABBEVILLE, MS 38601 | |
| 11305 | MARRS, KENNETH H, 6821 N CRESTLINE, SPOKANE, WA 99217 | |
| 11305 | MARSCHKE SHANNON, SHARON K, 9060 S EOOW LOT #13, FAIRMOUNT, IN 46928 | |
| 11305 | MARSH USA INC, PO BOX #281915, ATLANTA, GA 30384 | |
| 11305 | MARSH, ALINE S, 12955 GORHAM ST, MORENO VALLEY, CA 92553-5679 | |
| 11305 | MARSH, BENJAMIN T, 1525 DENNY DR, AMELIA, OH 45102 | |
| 11305 | MARSHALL, FRANCES M, 74 VARNUM ST, ARLINGTON, MA 02474 | |
| 11305 | MARSHALL, JACK K, 3838 E KEMPER RD, SHARONVILLE, OH 45241 | |
| 11305 | MARSHALL, LEDA C, 6413 FAIRMEAD LN, COLUMBIA, MD 21045 | |
| 11305 | MARSHALL, ROBERT R, 6 CHURCHILL RD, NORFOLK, MA 02056 | |
| 11305 | MARSHALLS OF MA INC, 770 COCHITUATE RD, ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT, FRAMINGHAM, MA 01701 | |
| 11305 | MARSH-MCBIRNEY, INC, PO BOX 17445, BALTIMORE, MD 21203 | |
| 11305 | MARSIGLIA, JOHN A, 5146 WESTLAND BLVD, BALTIMORE, MD 21227 | |
| 11305 | MARSTON TECHNICAL SERVICE, INC, 2964 P.G. GRAVES DRIVE, CINCINNATI, OH 45241-3155 | |
| 11305 | MARSULEX, 2250 EAST 130TH ST, CHICAGO, IL 60633 | |
| 11305 | MARSULEX, INC, PO BOX 77000 DEPT. 771288, DETROIT, MI 48277-1288 | |
| 11305 | MARTELL, JOANN G, 22 MARISSA CT, BALTIMORE, MD 21236 | |
| 11305 | MARTEN BROWN INC, 1191 2ND AVE STE 2200, SEATTLE, WA 98101 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    MARTHAS STOKES, 21 SOUTH MAIN ST, TRAVELERS REST, SC 29690

11305    MARTHELLY, MARIE S, 13791 ONEIDA DR STE B3, DELRAY BEACH, FL 33446

11305    MARTIN ADMINISTRATRIX, SHEILA, ESTATE OF JESSIE J WILLIAMSON, 1221 MCKINNEY #4550, HOUSTON, TX 77010

11305    MARTIN JR, JIMMY H, 4414 NORFEN RD, BALTIMORE, MD 21227

11305    MARTIN MARIETTA AGGREGATES, PO BOX 75328, CHARLOTTE, NC 28275

11305    MARTIN, BILLY L, 8878 E CARROLL RD, WINSTON, GA 30187

11305    MARTIN, BRIAN R, 2 VALLEY RIDGE CT, TIMONIUM, MD 21093

11305    MARTIN, GILBERT, 555 SPUR LOOP PO BOX 815, TROY, MT 59935

11305    MARTIN, J C, LANDWOOD RDGE APTS, APT 5 200 MCALISTER RD, GREENVILLE, SC 29607

11305    MARTIN, J E, PO BOX 146, CROSS ANCHOR, SC 29331

11305    MARTIN, J RICHARD, 889 S PRECINCT ST, PO BOX 606, EAST TAUNTON, MA 02718

11305    MARTIN, JOSEPH, 26383 HWY 22 NORTH, ENOREE, SC 29335

11305    MARTIN, JOSEPH, PO BOX 4, ENOREE, SC 29335

11305    MARTIN, JOSEPHINE E, 13 BENT WATER CIR, BOYNTON BEACH, FL 33426

11305    MARTIN, PAUL J, 14400 HENN, DEARBORN, MI 48126

11305    MARTIN, PAUL T, 4474 MERLIN CIR, DOUGLASVILLE, GA 30134

11305    MARTIN, PHILIP, 1610 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305    MARTIN, SHARON, 1134 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413

11305    MARTINEK, BARBARA SELF, 288 BUCKS POINT RD, LAURENS, SC 29360

11305    MARTINO, MARILYN B, 20 ALLEN AVE, WESTFIELD, MA 01085

11305    MARTORANO, THOMAS, 308 BUCKNELL AVENUE, TURNERSVILLE, NJ 08012

11305    MARTY, JEFFERY T, 1728 NE 27TH AVE, PORTLAND, OR 97212

11305    MARVINS BUILDING MATERIALS, 6345 SOUTH CHALKVILLE ROAD, TRUSSVILLE, AL 35173

11305    MARYJANE AYERS RYERSON, 6357 MONROE ST, SYLVANIA, OH 43560

11305    MARYLAND CASUALTY COMPANY, ECKERT SEAMANS CHERIN & MELLOTT LLC, C/O KAREN L TURNER ESQ, 1515 MARKET ST 9TH FL, PHILADELPHIA, PA 19102

11305    MARYLAND CHEM CO, INC, RUSSELL & BAYARD ST., BALTIMORE, MD 21230

11305    MARYLAND CHEMICAL CO, INC, 1551 RUSSELL ST, BALTIMORE, MD 21230-2090

11305    MARYLAND DIVING SERVICE INC, ATTN: CHARLES WARREN, 1903 GWYNN OAK AVE, BALTIMORE, MD 21207-5257

11305    MARYLAND LOCKSMITH, 6 AQUAHART RD., GLEN BURNIE, MD 21061

11305    MASELLI, JAMES M, 6413 AMHERST AVE, COLUMBIA, MD 21046-1060

11305    MASELLI, SANDRA D, 6413 AMHERST AVE, COLUMBIA, MD 21046-1060

11305    MASON CONTRACTORS ASSOCIATION, 1910 S.HIGHLAND AVE.STE.101, LOMBARD, IL 60148

11305    MASON, NILES R, 31 ANDERSON RIDGE RD, CATONSVILLE, MD 21228

11305    MASON, WALTER E, C/O ALLAN M MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT 59901

11305    MASONRY ASSOCIATION OF GEORGIA, PO BOX 800103, SUGAR HILL, GA 30518

11305    MASONRY INSTITUTE OF MICHIGAN, INC, 12870 FARMINGTON RD., STE A, LIVONIA, MI 48150

11305    MASSACHUSETTS BAY TRANSPORTATION AUTHORI, 10 PARK PLAZA, BOSTON, MA 02116

11305    MASSACHUSETTS BAY TRANSPORTATION AUTHORI, MICHAEL CROSSEN / DAVID C FIXLER, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110

11305    MASSACHUSETTS DEPARTMENT OF ENVIRONMENTA, C/O CAROL IANCU AAG, MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL, 200 PORTLAND ST 3RD FL, BOSTON, MA 02114

11305    MASSACHUSETTS DEPARTMENT OF REVENUE, C/O ANNE CHAN, BOX 55484, BOSTON, MA 02205-5484

11305    MASSACHUSETTS DEPT OF ENVIRONMENTAL PROT, C/O CAROL IANCU AAG, MA OFFICE OF THE ATTORNEY GENERAL, 200 PORTLAND ST 3RD FLR, BOSTON, MA 02114

11305    MASSEY, DAVID, 70 SHOALS RD, ENOREE, SC 29335

11305    MASSEY, JOHN C, 105 PRIORESS PL, PEIDMOUNT, SC 29673

11305    MASSEY, YANCY, 621 BROKEN CHIMNEY RD, INMAN, SC 29349

11305    MASSMANN, CALVIN B, 1016 JONES PKWY, BRENTWOOD, TN 37027

11305    MASTER PUMPS & EQUIP, PO BOX 1778, GRAPEVINE, TX 76009

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    MASTERMANS, PO BOX 411, AUBURN, MA 01501-0411

11305    MASTERS, MYLO LEROY, 2281 SOUTH JOLIET WAY, AURORA, CO 80014

11305    MASTIN, PAUL D, PO BOX 121, PERRY PARK, KY 40363-0121

11305    MASTIN, SANDRA R, PO BOX 121, PERRY PARK, KY 40363-0121

11305    MATA, PEDRO F, 297 GREENS FARMS RD, GREEN FARMS, CT 06838

11305    MATA, PEDRO F, 297 GREENS FARMS RD, GREENS FARMS, CT 06838

11305    MATERIAL HANDLING SERVICES, INC, BOX 4582, AURORA, IL 60507-4582

11305    MATHESON TRI-GAS INC, PO BOX 624, PARSIPPANY, NJ 07054-0624

11305    MATHEWS JR, CHARLES R, 14 HORATIO ST APT #11-H, NEW YORK, NY 10014

11305    MATHEWS JR, CHARLES R, 14 HORATIO ST APT #11-H, NEW YORK, NY 10014-1660

11305    MATHEWS, HAROLD, 3248 ROCKY LN, SULPHUR, LA 70665

11305    MATHEWS, LESLIE A, 17249 N 7TH ST APT 2077, PHOENIX, AZ 85022

11305    MATHEWS, ROGER D, 907 BETSY PACK DR, JASPER, TN 37347

11305    MATHIS, KENNETH L, 4822 SIMPSON AVE, CINCINNATI, OH 45227

11305    MATHIS, WILLIAM D, 150 NAUTILUS ST, AIKEN, SC 29805

11305    MATOS, JOSE A, 19104 ABBEY MANOR DR, BROOKEVILLE, MD 20833-3283

11305    MATRO PACKAGING, INC, PO BOX 84, WESTERN SPRINGS, IL 60558

11305    MATSON, BROOKE ASHLEY, 294 ROBERTS RD, NEWPORT, NC 28570

11305    MATSON, DAVID CARL, 294 ROBERTS ROAD, NEWPORT, NC 28570

11305    MATSON, JEFFREY DANIEL, 294 ROBERTS RD, NEWPORT, NC 28570

11305    MATSON, MINDY, 6178 DOWNS RIDGE CT, ELKRIDGE, MD 21075

11305    MATSON, TINA LOUISE, 294 ROBERTS RD, NEWPORT, NC 28570

11305    MATT J MCDONALD CO INC, 3 ANCHOR WAY, BOSTON, MA 02210

11305    MATT J. MACDONALD CO., 3 ANCHOR WAY, BOSTON, MA 02210

11305    MATTA, WAYNE RAMON, 22722 244TH AVE SE, MAPLE VALLEY, WA 98038

11305    MATTHEW BENDER & CO INC, PO BOX 7247-0178, PHILADELPHIA, PA 19170-0178

11305    MATTHEWS ELECTIC SUPPLY CO, C/O SIROTE & PERMUTT PC, ATTN COLLECTION DEPT, PO BOX 55727, BIRMINGHAM, AL 35255-5727

11305    MATTHEWS ELECTRIC SUPPLY CO., PO BOX 11407, BIRMINGHAM, AL 35246-0501

11305    MATTHEWS, DORIS, C/O DARRELL W SCOTT, 717 W SPRAGUE AVE STE 1600, SPOKANE, WA 99201

11305    MATTHEWS, ROMONA, 110 SCEPTER CIR, LAFAYETTE, LA 70506

11305    MATTSON, DONNA L, 3364 E OAK CREEK DR, OAK CREEK, WI 53154

11305    MATUSZKIEWICZ, VIOLA F AND BRIAN, C/O VIOLA F MATUSZKIEWICZ, PO BOX 2132, MINNEOLA, FL 34755

11305    MATZ MACHINE COMPANY CO, 1951 NW 21 ST ST, POMPANO BEACH, FL 33069

11305    MAULDIN, MICHAEL L, 12229 ROBERTA LYNNE DR, EL PASO, TX 79936

11305    MAULE, MICHAEL, 874 BROMPTON CIR, BOLINGBROOK, IL 60440-1485

11305    MAURER, NATALIE, 1 LYMAN ST, WESTBOROUGH, MA 01581

11305    MAURICE III, EUGENE J, 165 CHERRYDELL RD, CATONSVILLE, MD 21228

11305    MAVRIS, CATHY A, 8122 ORCHARD POINT RD, PASADENA, MD 21122

11305    MAVROVOUNIOTIS, GRETCHEN, 14 SUNRIVER, IRVINE, CA 92614

11305    MAY JR, TIMOTHY C, 3210 LYNCH RD, BALTIMORE, MD 21219

11305    MAY, GEORGE, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    MAYER ELECTRIC SUPPLY CO INC, PO BOX 1328, BIRMINGHAM, AL 35201

11305    MAYERS ELECTRIC CO, INC, 4004 ERIE COURT, CINCINNATI, OH 45227

11305    MAYES, ROGER L, 14 GINGHAM CT, MAULDIN, SC 29662

11305    MAYFIELD JR, ROBERT W, 13410 LADDS COVE, SOUTH PITTSBURG, TN 37380

11305    MAYFIELD, BRENDA, 1727 STANDISH PL, OWENSBORO, KY 42301

11305    MAYLINE GROUP, CREDIT DEPT, 619 N COMMERCE ST, SHEBOYGAN, WI 53081

11305    MAYO, HUGH, 14630 ST CLOUD DR, HOUSTON, TX 77062

11305    MAYS CHEMICAL CO, INC, PO BOX 66187, INDIANAPOLIS, IN 46266

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   MAZER BROS. AUTO PARTS & EQUIPMENT CO, C/O ROBERT H SCHAPIRO ESQ, 6 S CALVERT ST, BALTIMORE, MD 21202

11305   MAZUR, SCOTT DANIEL, 218 BOUNTY DR. NE., POPLAR GROVE, IL 61065

11305   MAZZIOTTA, MICHAEL R, 107 PARK RD, CHELMSFORD, MA 01824

11305   MC ABEE, AUBREY S, 422 OAKVIEW FARMS RD, WOODRUFF, SC 29388

11305   MC JUNKIN CORPORATION, PO BOX 640300, PITTSBURGH, PA 15264-0300

11305   MC MAHAN, MYRTICE L, 241 COOPER BRIDGE RD, WOODRUFF, SC 29388

11305   MC MASTER UNIVERSITY, 1280 MAIN STREET WEST, HAMILTON, ON L8S4M3CANADA          *VIA Deutsche Post*

11305   MCALLISTER, SANDRA CAROL, 3518 HIGHWAY 2 SOUTH PO BOX 1313, LIBBY, MT 59923

11305   MCARTHUR, NANCY R, RT 1 BOX 82, WALLACE, WV 26448

11305   MCBRIDE ELECTRIC, PO BOX 924208, HOUSTON, TX 77292

11305   MCBRIDE, MARY B, 508 STOKES RD, SIMPSONVILLE, SC 29681

11305   MCBRIDE, PATRICK SEAMUS, 6064 S KRAMERIA ST, ENGLEWOOD, CO 80111

11305   MCBRIDE, RORY FIONN, 6064 S KRAMERIA ST, ENGLEWOOD, CO 80111

11305   MCBRIDE, SUSAN JO, 6064 S KRAMERIA ST, ENGLEWOOD, CO 80111

11305   MCCABE, DENNIS, 8777 AIRPORT RD, MIDDLETON, WI 53562

11305   MCCABE, LAWRENCE J, 61 DAVIS RD, BELMONT, MA 02478-1907

11305   MCCADDEN, LUCILLE RICKS, 100 AVE. B, SPRING HOPE, NC 27882

11305   MCCADDEN, LUCILLE RICKS, PO BOX 1378 - 100 AVE. B, SPRING HOPE, NC 27882

11305   MCCAFFREY JR, WILLIAM J, 2525 OCEAN BLVD APT G-4, CORONA DEL MAR, CA 92625

11305   MCCALL, JAME V, 262 MT ESTATES RD, PICKENS, SC 29671

11305   MCCALL, SARA, 127 SUNRISE DR, MAULDIN, SC 29662

11305   MCCALL, WINNIE B, C/O MRS DORSEY E MCCALL, 1111 TEXAS ST, SULPHUR, LA 70663

11305   MCCANTS, JOHN WESTLEY, 207 ELLINGTON STREET, CANTONMENT, FL 32533

11305   MCCANTS, JOHNNIE MAE, 207 ELLINGTON STREET, CANTONMENT, FL 32533

11305   MCCARTHY, ROBERT E, 2613 CLARET DR, FALLSTON, MD 21047

11305   MCCARTHY, WILLIAM, 112 SOUTH ST, ANNAPOLIS, MD 21401

11305   MCCHRISTIAN, SARAH LOU, 8674 W 7 MI RD, NORTHVILLE, MI 48167

11305   MCCLAIN, DARIN D, 4718 E WINFIELD LN, MEAD, WA 99021

11305   MCCLANAHAN, LESLIE J, 4368 WIND SONG CT, TRUSSVILLE, AL 35173

11305   MCCLANAHAN, LESLIE JAY, 4368 WIND SONG COURT, TRUSSVILLE, AL 35173

11305   MCCLELLAN JR, CLARENCE O, 7876 AMERICANA CIR APT 203, GLEN BURNIE, MD 21060

11305   MCCLURE, DOROTHY P, 1308 BERNADETTE DR, SULPHUR, LA 70663

11305   MCCLURE, RODNEY D, 316 E LOWELL, KANSAS CITY, MO 64119

11305   MCCOLE, MICHAEL FRANCIS, 10745 RT 18, ALBION, PA 16475

11305   MCCONNELL DRUM SERVICE, PO BOX 47415, DORAVILLE, GA 30362

11305   MCCONNELL VALDES, C/O RAFAEL PEREZ-BACHS ESQ, PO BOX 364225, SAN JUAN, PR 00936-4225

11305   MCCORD, JUDSON P, 824 5TH ST, LAKE CHARLES, LA 70601

11305   MCCORD, WILLIAM F, 426 KNOLLWOOD RD, RIDGEWOOD, NJ 07450

11305   MCCOWN, RYAN N, 243 RICHARD ST, LAKE CHARLES, LA 70601

11305   MCCOY SHEET METAL WORKS INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   MCCOY, GUY, 1955 SAN PABLO AVENUE, OAKLAND, CA 94612

11305   MCCRARY, NATHAN D, C/O NATHAN MCCRARY, 727 SNOWDON LN, GLEN BURNIE, MD 21061

11305   MCCRARY, PATRICIA E, C/O PATRICIA MCCRARY, 727 SNOWDON LN, GLEN BURNIE, MD 21061

11305   MCCULLY, VERNON DEAN, 450 FARM TO MARKET RAOD, LIBBY, MT 59923

11305   MCCUTCHEN, SEYMOUR R, 8814 FLAGSTONE DR, RANDALLSTOWN, MD 21133

11305   MCDANIEL, CHARLES, 5602 GERLAND AVE, BALTIMORE, MD 21206

11305   MCDANIEL, GLENN J, 306 COMANCHE ST, SULPHUR, LA 70663

11305   MCDANIEL, WILLIAM CLIFFORD, 22204 COLLINGTON DRIVE, BOCA RATON, FL 33428

11305   MCDANIELS, MILTON MARLIN, 1221 CENTRAL W, SPOKANE, WA 99205

11305   MCDERMOTT WILL & EMERY, C/O SUSAN M COOKE PC, 28 STATE ST, BOSTON, MA 02109

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   MCDEVITT, SCOTT THOMAS, 260 SANDY CIRCLE, SPRINGVILLE, TN 38256

11305   MCDONALD, RUFUS, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   MCDORMAN, LARRY T, 11 SANDSTONE CT, BALTIMORE, MD 21236

11305   MCDORMAN, SUSAN, 11 SANDSTONE CT, BALTIMORE, MD 21236

11305   MCDOWELL, LORI T, 8223 LAKESHORE VILLA, HUMBLE, TX 77346

11305   MCENANEY, ARTHUR F, 41 VELMAC RD PO BOX 177, WEST KILL, NY 12492

11305   MCFADDEN, CAROL, 671 CILLEY RD, MANCHESTER, NH 03103

11305   MCFADDEN, FRED ANDREW, 2662 HEMINGWAY CIR, JACKSON, MS 39209

11305   MCFADDEN, HARRY E, 508 CROFT MILL RD, AIKEN, SC 29801

11305   MCFARLAND, JOHN A, 10135 FROST WAY, ELLICOTT CITY, MD 21042

11305   MCFRANK WILLIAMS ADV, 520 8TH AVE, NEW YORK, NY 10018

11305   MCGAHEE, CHARLES W, 102 BUD LN, AIKEN, SC 29805

11305   MCGANN, JAMES E, 101 DEER RUN DR, COLCHESTER, CT 06415

11305   MCGEE, JACK E, 53 THOMPSON ST, MAYNARD, MA 01754

11305   MCGEE, PATRICIA CAROL, 1919 122ND AVENUE NORTHWEST, COON RAPIDS, MN 55448

11305   MCGEHEE, PATRICK W, 2526 TROJAN DR, GREEN BAY, WI 54304

11305   MCGOWAN, LYNN MARY, 2910 TAYLOR STREET NORTHEAST, MINNEAPOLIS, MN 55418

11305   MCGOWAN, WILLIAM B, 7808 GROVEMONT DR, MCLEAN, VA 22102

11305   MCGRANE, FREDERICK J, 1675 VALIRIE LN, NEW BRIGHTON, MN 55112

11305   MCGRATH, MARY R, 25 LAWRENCE LN, ARLINGTON, MA 02474

11305   MCGRATH, RITA A, 9729 HARRECATER CIR, PERRY HALL, MD 21128

11305   MCGRATH, RITA A, 9729 HARVESTER CIR, PERRY HALL, MD 21128

11305   MCGRAW, PAMELA E, 476 GRANADA DR, SPARTANBURG, SC 29303

11305   MCGUFFEE, FORD E, 1013 ABERDEEN DR, LAKE CHARLES, LA 70605

11305   MCGUIRE ASSOCIATES, ATTN HUGH A MCGUIRE JR, 547 SUMMIT AVE, JERSEY CITY, NJ 07306

11305   MCGUIRE WOODS BATTLE & BATTLE, SUITE 900, TYSONS CORNER, MCLEAN, VA 22101

11305   MCGUIRE, CURTIS L, 1485 EDINBORO DR, JONESBORO, GA 30236

11305   MCGUIRE, DANIEL J, 3756 OLD WEST FALLS RD, MOUNT AIRY, MD 21771

11305   MCGUIRE, JAMES P, 9 KIMBERLY WAY, HARWICH, MA 02645

11305   MCGUIRE, MICHAEL W, 269 COLGATE AVE, BALTIMORE, MD 21222

11305   MCI INTERNATIONAL, PO BOX 42925, PHILADELPHIA, PA 19101-2925

11305   MCI WORLDCOM AND ITS AFFILIATES, ATTN: BRIAN H BENJET ESQ, 1133 19TH ST NW, WASHINGTON, DC 20036

11305   MCI WORLDCOM, PO BOX 96023, CHARLOTTE, NC 28296-0023

11305   MCINTOSH, MARC D, 11024 N. FORKER, SPOKANE, WA 99217

11305   MCJUNKIN CORPORATION, ATTN: MICHELE THOMPSON, PO BOX 513, CHARLESTON, WV 25322

11305   MCKAY, JAMES P, 6047 S KOLIN AVE, CHICAGO, IL 60629

11305   MCKEE, HOWARD L, C/O HOWARD MCKEE, 1612 ARKANSAS ST, LAKE CHARLES, LA 70607

11305   MCKEEHNIE, BRETT, 16 SPRING ST, LEXINGTON, MA 02421

11305   MCKENNA & MCCORMICK, C/O JAMES J MCKENNA ESQ, 128 DORRANCE ST STE 330, PROVIDENCE, RI 02903-2814

11305   MCKENZIE EQUIPMENT, INC, PO BOX 34427, HOUSTON, TX 77234-4427

11305   MCKENZIE PEST CONTROL INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   MCKENZIE, BRUCE C, C/O BRUCE MCKENZIE, 8923 REINHART WAY, LOUISVILLE, KY 40220

11305   MCKESSON WATER PRODUCTS, PO BOX 7126, PASADENA, CA 91109-7126

11305   MCKINNEY STRINGER & WEBSTER, PC, CORPORATE TOWER, 101 NORTH ROBINSON, SUITE 1300, OKLAHOMA CITY, OK 73102

11305   MCKOWN, JEFFREY W, 8460 ROBERTS RD, ELLICOTT CITY, MD 21043

11305   MCLANAHAN CORPORATION, A DIVISION OF MCLANAHAN CORPORATION, PO BOX 229, 200 WALL ST, HOLLIDAYSBURG, PA 16648

11305   MCLANE GRAF RAULERSON MIDDLETON PA, ATTN: GREGORY H SMITH ESQ, 15 NORTH MAIN ST, CONCORD, NH 03301-4945

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   MCLAUGHLIN, CYNTHIA T, 399 SW 14TH PL, BOCA RATON, FL 33432

11305   MCLAUGHLIN, PATRICK J, 399 SW 14TH PL, BOCA RATON, FL 33432

11305   MCLEAN, DONALD B, 814 N COLFAX ST, GRIFFITH, IN 46319

11305   MCLEOD, JOSEPH, 5364 SMOOTH MEADOW WAY, COLUMBIA, MD 21044

11305   MCMAHON, PAUL, 102 PHYLLIS DR, OLD TAPPAN, NJ 07675

11305   MCMAHOW, JEFFREY D, 2020 S 80TH ST, WEST ALLIS, WI 53219

11305   MCMASTER CARR SUPPLY CO, 600 COUNTY LINE RD, ELMHURST, IL 60126

11305   MCMASTER CARR SUPPLY CO, PO BOX 317, DAYTON, NJ 08810

11305   MCMASTER-CARR SUPPLY, PO BOX 740100, ATLANTA, GA 30374-0100

11305   MCMILLIN, JOHN P, 1501 GUILFORD LN, OKLAHOMA CITY, OK 73120

11305   MCMILLION, GEORGE A, 1617 CEDDOX ST, BALTIMORE, MD 21226

11305   MCMORROW, MATTHEW, 8339 NORWOOD DR, MILLERSVILLE, MD 21108

11305   MCMURCHIE, JAMES AND DORIS, C/O HARVEY N JONES ESQ, SIEBEN POLK LA VERDIERE JONES & HAWN PA, 999 WESTVIEW DR, HASTINGS, MN 55033

11305   MCNABNEY, CHARLES DEAN, 5411 SHERRYLEE LN, SPRING, TX 77373

11305   MCNAIR, GEORGE, 116 CONCOURSE E, BRIGHTWATERS, NY 11718

11305   MCNALLY, PAUL P, 699 CLEARVIEW AVE, HAMPSTEAD, MD 21074

11305   MCNAMARA, SEAN, 811 E WHEEL RD, BEL AIR, MD 21015

11305   MCNICHOL, JOHN P, JOHN P MCNICHOL, 115 FERNDALE AVE, GLEN BURNIE, MD 21061

11305   MCNICHOL, JOHN P, JOHN P MINICHOL, 115 FERNDALE AVE, GLEN BURNIE, MD 21061

11305   MCNICHOLS COMPANY, ATTN: DWIGHT GLISSON, PO BOX 30300, TAMPA, FL 33630-3300

11305   MCPARLAND, TODD M, 8220 E SHARON DR, SCOTTSDALE, AZ 85260

11305   MCPHERSON, KIRK J, 2208 ORY RD, LAKE CHARLES, LA 70601

11305   MCQUADE, LAWRENCE C, 125 E 72 ST, NEW YORK, NY 10021

11305   MCQUADE, LAWRENCE C, 125 E 72ND ST, NEW YORK, NY 10021

11305   MCQUAY INTERNATIONAL, 1056 SOLUTIONS CENTER, CHICAGO, IL 60677-1000

11305   MCSPADDEN REAL ESTATE SERVICES INC, 517 UNION AVE STE 238, KNOXVILLE, TN 37902

11305   MCWALTER, MICHAEL, 10005 KOMENSKY, OAK LAWN, IL 60453

11305   MD. INDUSTRIAL GROUP, 233 E. REDWOOD ST., 5TH FLR., BALTIMORE, MD 21202

11305   MDEQ, PO BOX 20325, JACKSON, MS 39289

11305   MEAD SPECIALTY PAPER DIV., ATTN: SARAH DALEY, 9080 SPRINGBORO PIKE, MIAMISBURG, OH 45342

11305   MEANY ELECTRICAL ENGINEERING, 17401 S. LAFLIN, EAST HAZEL CREST, IL 60429-1845

11305   MEARS, MARIAN B, 9811 LANGS RD APT J, BALTIMORE, MD 21220

11305   MEARS, MARIAN B, 9811 LONG RD APT 5, BALTIMORE, MD 21220

11305   MEAUX, WILLIAM E, 602 LOCKWOOD CT, LAKE CHARLES, LA 70605

11305   MEDIC-PATCHES & MORE, 1993 SAMPSON ST., WESTLAKE, LA 70669

11305   MEDLER, ROBERT J, 2010 DESMOND COVE, GERMANTOWN, TN 38139

11305   MEETING CONCEPTS INC, 111 FORREST AVE, NARBERTH, PA 19072

11305   MEGTEC SYSTEMS INC, C/O REBECCA H SIMONI ESQ, VON BRIESEN & ROPER SC, 411 E WISCONSIN AVE STE 700, MILWAUKEE, WI 53202

11305   MEHTA, RAGINI, 5 DEER CROSS CT, REISTERSTOWN, MD 21136

11305   MEIER, GEORGE J, 8252 ACOMA WAY, DENVER, CO 80221

11305   MEISEL, STEPHEN L, 914 BERGEN CT, BEL AIR, MD 21014

11305   MEISTER, CHARLES, C/O CHARLES J MEISTER, 1717 E BIRCH ST EE 104, BREA, CA 92821

11305   MEJIA, ANTONIO, 2430 S OLIVE ST, SANTA ANA, CA 92707

11305   MEJIA, BENJAMIN, 1322 S KING, SANTA ANA, CA 92704

11305   MELBY, KURT, 1512 NORTHWESTERN, IOLA, KS 66749

11305   MELENDEZ, MARGARITA, BO CORAZON MALAGUETA #735, GUAYAMA, PR 00784PUERTO RICO

11305   MELENDEZ, MARIA ELENA, BO CORAZON #706 BZN 13 CALLE MALAGUETA, GUAYAMA, PR 00784

11305   MELENEY EQUIPMENT INC., 10545 GUILFORD RD., UNIT 102, JESSUP, MD 20794

11305   MELEY ENGINEERING CORP., HC 1 BOX 10, COOKSBURG, PA 16217-9704

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  MELIKIAN, VAHIK, #2 HUNTER DR, DERRY, NH 03038

11305  MELILLO, CARMEN J, 23 SAMPSON ST, OYSTER BAY, NY 11771

11305  MELISSA PUELICHER TRUST, ATTN: HENRY E FULDNER, GODFREY & KAHN SC, 780 N WATER ST, MILWAUKEE, WI 53202

11305  MELLIENE, SCOTT A, 6518 WATERFORD PL, OWENSBORO, KY 42303

11305  MELLO, AVENA, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305  MELLO, JAMES E, 13 LEE ST, SOMERVILLE, MA 02145-3710

11305  MELLO, MARY E, 3 ORCHARD DR, EAST WALPOLE, MA 02032

11305  MELLO, THOMAS M, 3 ORCHARD DR, EAST WALPOLE, MA 02032

11305  MELLON INVESTOR SERVICES LLC, ACCOUNTING DEPT, PO BOX 360857, PITTSBURGH, PA 15251-6857

11305  MELLY, ELLEN M, 15 CHIPPING HILL, PLYMOUTH, MA 02360

11305  MELODY, BARBARA J, 976 CORAL CT, CASTLE ROCK, CO 80104

11305  MELODY, PHILIP S, 976 CORAL CT, CASTLE ROCK, CO 80104

11305  MEMORIAL EQUITIES, 14510 MEMORIAL DR., HOUSTON, TX 77079

11305  MEMPHIS ZOOLOGICAL SOCIETY, 2000 PRENTISS PLACE, MEMPHIS, TN 38112

11305  MENANDS UNION FREE SCHOOL DISTRICT, WARDS LN, MENANDS, NY 12204

11305  MENARD ELECTRONICS OF SW LA, INC, PO BOX 3740, LAKE CHARLES, LA 70602-3740

11305  MENDOZA, LOUIE, 11836 HEWES ST, ORANGE, CA 92869

11305  MENSCHING, RICHARD W, 7924 W TIFFANY CT, PALOS HILLS, IL 60465

11305  MENSCHING, RICHARD, 7924 W TIFFANY CT, PALOS HILLS, IL 60465

11305  MENZ, KURT DENNIS, 11264 LIMING VAN THOMPSON RD, HAMERSVILLE, OH 45130

11305  MERCER, RONALD J, 898 BOYDS MILL POND RD, LAURENS, SC 29360

11305  MERCER, RONALD JAY, 898 BOYDS MILL POND ROAD, LAURENS, SC 29360

11305  MERG DELIVERY, 1133 REGINA DR., BALTIMORE, MD 21227

11305  MERNICK, GRACE J, 231 MASS AVE #401, ARLINGTON, MA 02474

11305  MERRITT, MR SHIRLEY LINDSEY, PO BOX 388 HWY 66 N, KING, NC 27021

11305  MERTZ JR, STANLEY A, 605 SHERRY DR, SYKESVILLE, MD 21784

11305  MESICH, JANICE E, N87W6893 EVERGREEN CT, CEDARBURG, WI 53012-1173

11305  MESSER, ANN S, 301 THOMPSON RD, WOODRUFF, SC 29388

11305  MESSER, ANN S, C/O ANN MESSER, 301 THOMPSON RD, WOODRUFF, SC 29388

11305  MESSINA, LORRAINE, 23 REGIS RD, ARLINGTON, MA 02474

11305  MET ELECTRICAL TESTING CO INC, 3700 COMMERCE DR, STE 901, BALTIMORE, MD 21227

11305  METAL ROOF ADVISORY GROUP LTD, 8655 TABLE BUTTE RD, COLORADO SPRINGS, CO 80908

11305  METALCOAT INC. OF FLORIDA, POST OFFICE BOX 857, MULBERRY, FL 33860-0857

11305  METCALF, JEANNE, 39482 N 10TH ST, DESERT HILLS, AZ 85086

11305  METCALFE, ROBERT G, 12829 PROBST RD, AURORA, IN 47001

11305  METCO ENVIRONMENTAL, PO BOX 99741, CHICAGO, IL 60690

11305  METER EQUIPMENT REPAIR CO., BOX 87, SALIDA, CA 95368

11305  METER MAINTENANCE & CONTROLS INC, 671 S COOLEY DRIVE #117, COLTON, CA 92324

11305  METER MAINTENANCE & CONTROLS INC, 671 SOUTH COOLEY DR #117, COLTON, CA 92324

11305  METHODIST HOSPITAL, MARIAN C GRICE, 1265 UNION AVE, MEMPHIS, TN 38104

11305  METRO DISTRICTS HIGHLANDS RANCH, 62 WEST PLAZA DR., HIGHLANDS RANCH, CO 80129

11305  METROMONT MATERIALS, PO BOX 5656, ASHEVILLE, NC 28813

11305  METTEE, ELIZABETH W, 12 THE STRAND, SPARKS, MD 21152

11305  METTLER TOLEDO FLORIDA INC, 6402 BADGER DR, TAMPA, FL 33610

11305  METTLER TOLEDO INC., L-857, COLUMBUS, OH 43260

11305  METTLER TOLEDO, INC, L-857, COLUMBUS, OH 43260

11305  METTLER-TOLEDO INC.(USE 311498), L-857, COLUMBUS, OH 43260

11305  MEYER MACHINE CO, PO BOX 5460, SAN ANTONIO, TX 78201

11305  MEYER, JAMES I, 1604 ASHBURY PL, EAGAN, MN 55122

11305  MEYERS, CONSTANCE A, 1524 JACKSON ST, BALTIMORE, MD 21230

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    MEYERS, THOMAS WILLIAM, 813 IMPERIAL, DENTON COUNTY, TX 76205

11305    MG INDUSTRIES, PO BOX 8500-S-4385, PHILADELPHIA, PA 19178-4385

11305    MICHEL, SANDY K, 5230 NE 33 AVE, FORT LAUDERDALE, FL 33308

11305    MICHELIN NORTH AMERICA INC, ATTN: WANDA LINK / CREDIT, PO BOX 19001, GREENVILLE, SC 29602-9001

11305    MICHELMAN INC, 9080 SHELL ROAD, CINCINNATI, OH 45236-1299

11305    MICHOS, DEMETRIUS, 13649 HIGHLAND RD, CLARKSVILLE, MD 21029

11305    MICKLE, WENDY A, 7970 SWEETWATER DR, DOUGLASVILLE, GA 30135

11305    MICRO CENTER, 727 MEMORIAL DR., CAMBRIDGE, MA 02139

11305    MICRO MOTION INC, 7070 WINCHESTER CIR, BOULDER, CO 80301

11305    MICRO WAREHOUSE, 1720 OAK ST, LAKEWOOD, NJ 08701

11305    MICROMEDIA, 575 UNIVERSITY AVE, NORWOOD, MA 02062

11305    MICROMERITICS, PO BOX 101108, ATLANTA, GA 30392

11305    MID ATLANTIC LABEL INC, 105 INDUSTRY LN, PO BOX 363, FOREST HILL, MD 21050

11305    MID-AMERICA DYNAMICS INC, 4513 LINCOLN AVE STE 200, LISLE, IL 60532

11305    MID-AMERICA PALLET COMPANY, C/O BRUNSWICK KEEFE & JACKSON LLC, 2428 W VERMONT ST, BLUE ISLAND, IL 60406

11305    MID-ATLANTIC INDUSTRIAL, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    MID-ATLANTIC PALLET CO INC, 1925 THOMAS RUN CIR, BEL AIR, MD 21015-8300

11305    MID-ATLANTIC REPS, LTD, 2145 PRIEST BRIDGE DR, SUITE 11, CROFTON, MD 21114-2477

11305    MIDDLESEX WATER COMPANY, PO BOX 6071, ELIZABETH, NJ 07207-6071

11305    MIDDLETON, FLORENCE, 377 HARVEY PL, PLAINFIELD, NJ 07062

11305    MIDGLEY, CHARLES A, 27 WHITAKER LN, GROTON, MA 01450

11305    MIDKIFF, DENNIS R, 643 WRIGHTS LANDING RD, OWENSBORO, KY 42303

11305    MID-STATES ENGINEERING &, SALES, INC., 5001 CHASE AVE., DOWNERS GROVE, IL 60515-4013

11305    MIDWAY AUTO SUPPLY, 702 NORTH HARPER, LAURENS, SC 29360

11305    MIDWAY MATERIAL HANDLING, 6230 S. CENTRAL, CHICAGO, IL 60638

11305    MIDWEST CONSULTING, 280 ELLIS-SMEATHERS ROAD, OWENSBORO, KY 42302

11305    MIDWEST SUBURBAN PUBLISHING IN, 6901 WEST 159TH ST, TINLEY PARK, IL 60477

11305    MIDWEST SUBURBAN PUBLISHING, 6901 W 159TH ST, TINLEY PARK, IL 60477

11305    MIDWEST SUBURBAN PUBLISHING, PO BOX 757, TINLEY PARK, IL 60477

11305    MIDWESTERN INDUSTRIES INC, PO BOX 810, MASSILLON, OH 44648-0810

11305    MIEDONA, COLLEEN, 26134 PLUMTREE LN, MONEE, IL 60449

11305    MIEDONA, TROY, 26134 PLUMTREE LN, MONEE, IL 60449

11305    MIELE, INC, 9 INDEPENDENCE WAY, PRINCETON, NJ 08540-6621

11305    MIHALOVICH, LEROY K, P.O. BOX 48, NORTHPORT, WA 99157

11305    MIHEVC, RICHARD D, 921 MONROE ST, EVANSTON, IL 60202

11305    MIKROPUL, PO BOX 402295, ATLANTA, GA 30384-2295

11305    MILBAUER JR, JEFFREY MACE, 215 E SOUTH STREET, DWIGHT, IL 60420

11305    MILBAUER, AMBER LYNN, 215 E SOUTH STREET, DWIGHT, IL 60420

11305    MILBAUER, JESSICA NICOLE, 215 E SOUTH STREET, DWIGHT, IL 60420

11305    MILBAUER, MELISSA ANN, 215 E SOUTH STREET, DWIGHT, IL 60420

11305    MILBAUER, TAMMY LYNN, 215 E SOUTH STREET, DWIGHT, IL 60420

11305    MILBURN, CHARLES W, 5344 FIRST AVE, BALTIMORE, MD 21215

11305    MILES FARM CENTER #1, 1911 OLD CALHOUN RD, OWENSBORO, KY 42301

11305    MILES, JAMES IRVIN, 1803 EASTFIELD ROAD (P.O.BOX 6505), HARRISBURG, PA 17112

11305    MILICI, PAUL G, 317 WALNUT TRACE DR, CORDOVA, TN 38018

11305    MILLAN JR, OTHELLO E, 1310 W 1ST ST, OWENSBORO, KY 42301

11305    MILLARD COUNTY ASSESSOR, 50 S MAIN, FILLMORE, UT 84631

11305    MILLENNIUM PETROCHEMICALS INC., PO BOX 641990, PITTSBURGH, PA 15264-1990

11305    MILLER & CHITTY CO INC, PO BOX 256, KENILWORTH, NJ 07033-0256

11305    MILLER, BILL E, 9100 HERRING HILL RD, MILLINGTON, TN 38053

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    MILLER, CARROLL E, 8023 BELLHAVEN AVE, PASADENA, MD 21122

11305    MILLER, CRAIG L, 7964 W RIVERSIDE DR, PASADENA, MD 21122

11305    MILLER, DIANA K, C/O DIANA MILLER, 5050 ORVILLE AVE, BALTIMORE, MD 21205

11305    MILLER, DUANE, 9255 QUITMAN STREET, WESTMINSTER, CO 80031

11305    MILLER, GARY A, 7502 PROGRESS, AMARILLO, TX 79119

11305    MILLER, JAMES G, 2820 DANA CT, ELLICOTT CITY, MD 21042

11305    MILLER, JAMES ROBERT, 1210 ADAMS STREET NE, MINNEAPOLIS, MN 55413

11305    MILLER, JANET A, 4775 ROLLING MEADOWS DR, MEMPHIS, TN 38128

11305    MILLER, JOHN H, 17805 KELLEY RD, PECATONICA, IL 61063

11305    MILLER, PAUL, 19878 DAVE WOOD RD, MONTROSE, CO 81401

11305    MILLER, PETER, 22 E 88 ST APT 10F, NEW YORK, NY 10128-0502

11305    MILLER, PETER, APT 10F, 22 E 88 ST, NEW YORK, NY 10128

11305    MILLER, PETER, APT 10F, 22 E 88 ST, NEW YORK, NY 10128-0502

11305    MILLER, ROBERT E, 7313 SPRINGFIELD AVE, SYKESVILLE, MD 21784

11305    MILLER, ROBERT P, 1063 REDFIELD TER, DUNWOODY, GA 30338

11305    MILLER, STEVEN K, 16 MARINERS WALK WAY, MIDDLE RIVER, MD 21220

11305    MILLER-NELSON RESEARCH, HARRIS CT BLDG C-6, ATTN G O NELSON, MONTEREY, CA 93940

11305    MILLIAN, KENNETH Y, 3527 WINFIELD LN NW, WASHINGTON, DC 20007

11305    MILLIKEN, PAUL L, 23 EPPING ST, ARLINGTON, MA 02474

11305    MILLIKEN, ROGER, 627 OTIS BLVD, SPARTANBURG, SC 29302

11305    MILLIPORE CORP., 80 ASBUY RD., BEDFORD, MA 01730

11305    MILLS, KELLY A, 407 CHAMBER LN, MOORE, SC 29369

11305    MILLS, KELLY ANTOINE, 407 CHAMBER LANE, MOORE, SC 29369

11305    MILLS, RALPH AND MASAKO K, C/O RALPH OR MASAKO K MILLS, 10234 EPPING LN, DALLAS, TX 75229

11305    MILLS, RALPH R AND MASAKO K, C/O RALPH R OR MASAKO K MILLS, 10234 EPPING LN, DALLAS, TX 75229

11305    MILLS, STEVEN E, 666 MILFORD CT, ABINGDON, MD 21009

11305    MILLTRONICS, INC, 4459 COLLECTIONS CENTER DR, ELMHURST, IL 60126

11305    MILTON, ROGER B, 12 E WHIRLWIND CT, BALTIMORE, MD 21244

11305    MILWAUKEE ELECTRIC TOOL CO INC, 13135 W LISBON RD, BROOKFIELD, WI 53005

11305    MINE SAFETY & HEALTH ADMINISTR, PO BOX 360250M, PITTSBURGH, PA 15251-6250

11305    MINNESOTA POLLUTION CONTROL AGENCY, REMEDIATION SECTION 520 LAFAYETTE RD N, SAINT PAUL, MN 55155

11305    MINNICK, JOHN M, 9905 D BERLINER PL, BALTIMORE, MD 21220

11305    MINNICK, JOHN, 9905 D BERLINER PL, BALTIMORE, MD 21220

11305    MINNICK, JOHN, C/O JOHN M MINNICK, 9905 D BERLINER PL, BALTIMORE, MD 21220

11305    MINOLTA CORPORATION, PO BOX 101663, ATLANTA, GA 30392

11305    MINUTEMAN CONTROLS CO INCA P A TRANSPORT, PO BOX 1559, WAKEFIELD, MA 01880

11305    MIRAMONTES, ANITA E, 5707 MIAMI STREET, EL PASO, TX 79924

11305    MIRANDA, ANTONIO, 1205 S MARINE ST, SANTA ANA, CA 92704

11305    MIRANDA, DAVID, 1701 CHESTNUT APT B, SANTA ANA, CA 92703

11305    MIRANDA, ENRIQUE J, 464 VIA HERMOSA, WEST PALM BEACH, FL 33415

11305    MIRANDA, FELIX, 1841 NW 36 AVE, MIAMI, FL 33125

11305    MIRANDA, LUIS, 2534 N PACIFIC AVE, SANTA ANA, CA 92706

11305    MIRANDOLA, CASMEN, 338 RIDGEWOOD DR, BLOOMINGDALE, IL 60193

11305    MIRE, MICHAEL R, 2931 DEAN DAY RD, SULPHUR, LA 70663

11305    MIRENSKY, ALISA R, 11056 SCOTTS LANDING RD, LAUREL, MD 20723

11305    MISKOWIEK, MICHAEL, 1432 FIFTH STREET NE #3, MINNEAPOLIS, MN 55413

11305    MISNIAKIEWCZ,PAWEL, 21 ORCHARD STREET, CHICOPEE, MA 01012

11305    MISSILE INN INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084

11305    MISSISSIPPI LIME CO, PO BOX 17436, SAINT LOUIS, MO 63178-7436

11305    MISSISSIPPI VALLEY GAS CO, BOX 3377, JACKSON, MS 39207

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    MISSOURI ANALYTICAL LABORATORIES IN, 1820 DELMAR BLVD., SAINT LOUIS, MO 63103

11305    MISSOURI DEPT OF NATURAL RESOURCES, C/O CHRISTIE A KINCANNON AAG, MISSOURI ATTORNEY GENERALS OFFICE, PO BOX 899, JEFFERSON CITY, MO 65102

11305    MISTRETTA, DOROTHY, 10 MORAY CT, BALTIMORE, MD 21236-1034

11305    MITCHELL DISTRIBUTING COMPANY, R D MAYHEW DIR OF CREDIT, PO BOX 32156, CHARLOTTE, NC 28232

11305    MITCHELL JR, DOYNE A, 1213 E TENNESSEE ST, FAIRFIELD, CA 94533-5461

11305    MITCHELL JR, DOYNE AUSTIN, 2345 25TH ST, SAN FRANCISCO, CA 94107-3232

11305    MITCHELL, JERRY W, 141 AUSTIN RD, HACKBERRY, LA 70645

11305    MITCHELL, NICOLE ABIGAIL, 3457 CORNING STREET, PORT CHARLOTTE, FL 33980

11305    MITCHELL, PATSY R, 171 MUSTANG ST, SULPHUR, LA 70663

11305    MITCHELL, PAUL R, 4001 NINA DR, OWENSBORO, KY 42301

11305    MITCHELL, RALPH EDWARD, 3457 CORNING STREET, PORT CHARLOTTE, FL 33980

11305    MITCHELL, SANITA HARSEWACK, 3457 CORNING STREET, PORT CHARLOTTE, FL 33980

11305    MITCHS WELDING & HITCHES, 802 KINGSBURY ST, MAUMEE, OH 43537

11305    MITRANO, ELAINE M, 27 HICKORY AVE, MEDFORD, MA 02155

11305    MIZURAK, MARY C, 1605 COVINGTON ST, BALTIMORE, MD 21230

11305    MJ&P LLC, 14400 HENN, DEARBORN, MI 48126

11305    MN POLLUTION CONTROL AGENCY, 520 LAFAYETTE ROAD NORTH, SAINT PAUL, MN 55155-4194

11305    MO NATURAL GAS CO, 111 S WASHINGTON ST, FARMINGTON, MO 63640

11305    MOBIL, PO BOX 4575, CAROL STREAM, IL 60197-4575

11305    MOBILCOMM INC, 1211 W SHARON RD, CINCINNATI, OH 45240

11305    MOBILE MINI,INC, PO BOX 79149, PHOENIX, AZ 85062-9149

11305    MOBILE STORAGE GROUP INC, 7590 N GLENOAKS BLVD, BURBANK, CA 91504

11305    MOBLEY, ERICA MICHELL, 317 WEST CHESTNUT, COWETA, OK 74429

11305    MOBLEY, MABLE T, PO 113 120 DRURY LN, MAULDIN, SC 29662

11305    MODAGRAFICS INC, 135 S LASALLE DEPT 1876, CHICAGO, IL 60674-1876

11305    MODERN LITHO - PRINT CO, 6009 STERTZER RD, JEFFERSON CITY, MO 65101

11305    MODERN PROCESS EQUIPMENT INC, 3125 S KOLIN AVE, CHICAGO, IL 60623

11305    MODERN SUPPLY CO INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    MODERN TRADE COMMUNICATIONS, 7450 N. SKOKIE BLVD., SKOKIE, IL 60077

11305    MODERN WELDING COMPANY OF OWENSBORO, PO BOX 1450, OWENSBORO, KY 42302

11305    MODZELESKI, VINCENT E, 1618 JAMES DR, CARLSBAD, CA 92008

11305    MOE, RICK L, 1053 N 14TH, COEUR D ALENE, ID 83814

11305    MOE, RON JAY, 285 PARMENTER CREEK ROAD, LIBBY, MT 59923

11305    MOE-DAY, KELLI LYNN, 280 RUSTIC ROAD, LIBBY, MT 59923

11305    MOELLER, ERIC M, PO BOX 687, 17 RANNOCH WAY, INVERNESS, CA 94937

11305    MOGAN, ERIC, 157 LASH DR, DEBARY, FL 32713

11305    MOGAN, WILLIAM P, LAKEFIELD HOUSE, 103 HUDSON MILL RD, LINCOLN, DE 19960

11305    MOLEX COMPANY INC, PO BOX 1151, ATHENS, AL 35612

11305    MOLICK JR, ROY J, 316 CLAIBORNE RD, PASADENA, MD 21122

11305    MOLINA, JOHNNIE, ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    MOLYCHEM LLC, PO BOX 5063, ROCKFORD, IL 61125-0063

11305    MONCRIEF, MARILYN R, 5800 LUMBERDALE #18, HOUSTON, TX 77092

11305    MONITOR LABS INC, 76 INVERNESS DR E, ENGLEWOOD, CO 80112

11305    MONITOR TECHNOLOGIES LLC, C/O CATHIE BONINE, PO BOX 8048, ELBURN, IL 60119

11305    MONK JR, SAMUEL C, 129 MALIBU RD, MOORESVILLE, NC 28117

11305    MONROE STREET, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305    MONROE, DWANE P, 308 PARMENTER AVE, LIBBY, MT 59923

11305    MONROE, WILLIAM L, 1030 OCEAN TER, DELRAY BEACH, FL 33483

11305    MONT ASTER, LLC, 14901 NORTH SCOTTSDALE ROAD STE 305, SCOTTSDALE, AZ 85254

11305    MONTAGUE INDUSTRIAL, INC, PO BOX 530111, ATLANTA, GA 30353-0111

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    MONTALVO CORPORATION, 50 HUTCHERSON DR, GORHAM, ME 04038

11305    MONTANA SILVER & GOLD INC, 957 WARLAND CREEK ROAD C/O DAVE ORR, LIBBY, MT 59923

11305    MONTANARO, MARIA E, 188 LINCOLN AVE, PORTSMOUTH, NH 03801

11305    MONTANARO, ROBERT, 30 BRITTANY LN, CARMEL, NY 10512

11305    MONTEIRO, ERNESTO A, 21 UNION ST, BROCKTON, MA 02301

11305    MONTEITH, OLIVER E, 734 DARTHMOUTH LN, DEER PARK, TX 77536

11305    MONTGOMERY WATSON, PO BOX 51141, LOS ANGELES, CA 90051-5441

11305    MONTIE, TODD, 5966 DUHON RD, SULPHUR, LA 70663

11305    MONUMENT ENVIRONMENTAL LLC, PO BOX 514, MONUMENT, CO 80132

11305    MOOBERRY, GERALD C, PO BOX 894, OKAHUMPKA, FL 34762

11305    MOODY PRICE, INC, PO BOX 54274, NEW ORLEANS, LA 70154-4274

11305    MOORE JR, RONALD D, 900 EDGERLY RD, GLEN BURNIE, MD 21060

11305    MOORE NORTH AMERICA, 250 SOUTH WACKER DR., CHICAGO, IL 60606

11305    MOORE PEST CONTROL SERVICE INC, 3995 SOUTH MARIPOSA ST, ENGLEWOOD, CO 80110

11305    MOORE SR, JERRY, 600 CEDAR RIDGE LN, RICHTON PARK, IL 60471

11305    MOORE, BETTY SUE, 5871 FAITH ROAD, SALISBURY, NC 28146

11305    MOORE, DAVID R, 464 LONG ISLAND RD, SOUTH PITTSBURG, TN 37380

11305    MOORE, ERNEST E, 115 W PIER ST, OXFORD, MD 21654

11305    MOORE, EVERETTE MCKINLEY, 170 MOORE LANE, THOMASVILLE, NC 27360

11305    MOORE, JACK W, 5902 ST JAMES AVE, EAST RIDGE, TN 37412

11305    MOORE, JASON, 2607 OLD MILL RD, MAINEVILLE, OH 45039

11305    MOORE, KATHRYN A, 893 SILVERSMITH CIR, LAKE MARY, FL 32746

11305    MOORE, PHILLIP SHAWN, 680 A ADAMS ROAD, BENSON, NC 27504

11305    MOORE, RICHARD AND DOROTHY, C/O RICHARD L MOORE, 3 LANTERN LN, CUMBERLAND FORESI, ME 04110

11305    MOORE, RICHARD L, 3 LANTERN LN, CUMBERLAND FORESI, ME 04110

11305    MOORE, STEPHANIE YVONNE, 1707 CRYSTAL LAKE CIR, MACON, GA 31206

11305    MOORE, SUSAN LAMB, 3 THOREAU ROAD, ACTON, MA 01720

11305    MORAN JR, ALEX, 51 LAKEVIEW ST, RIVER EDGE, NJ 07661

11305    MORAN SR, ALEX R, 24 CONCORD STREET, JERSEY CITY, NJ 07306

11305    MORAN, CRYSTAL, 24 CONCORD STREET, JERSEY CITY, NJ 07306

11305    MORAN, D RANDAL, 8345 JUMPERS HOLE RD, MILLERSVILLE, MD 21108

11305    MORAN, FRANCISCA, 24 CONCORD STREET, JERSEY CITY, NJ 07306

11305    MORAN, JOHN P, 1176 GREAT OAK CT, CROWNSVILLE, MD 21032

11305    MOREAU, EDWIN WALLACE, 400 QUARTZ RD, LIBBY, MT 59923

11305    MOREAUX, JAMES, 7602 JEFFERSON ISLAND RD, NEW IBERIA, LA 70560

11305    MORELAND, DONALD M, 1112 ELSIE ST, VINTON, LA 70668

11305    MORENO, CAMILDA, 5555 HOLLY VIEW DR APT # 603, HOUSTON, TX 77091

11305    MORERA, OLGA S, 32-45 88 ST APT B210, EAST ELMHURST, NY 11369-2149

11305    MORERA, OLGA S, 32-45 88 ST APT B210, JACKSON HTS, NY 11369

11305    MORGAN, JAMES P, 5622 OLD RANCH RD, PARK CITY, UT 84098

11305    MORGAN, KATHLEEN M, 16 WOLLASTON AVE, ARLINGTON, MA 02476

11305    MORGAN, MICHAEL, 8 JUDY ST, BILLERICA, MA 01821

11305    MORGAN, MONA COX, 7260 GREEN MEADOW COURT, DENVER, NC 28037

11305    MORGAN, STEPHEN M, 4510 NE 1ST TER, POMPANO BEACH, FL 33064

11305    MORGAN, VIRGINIA, 6537 ELGIN LN, BETHESDA, MD 20817

11305    MORGUARD INVESTMENTS LIMITED, 201-32900 SOUTH FRASER WAY, ABBOTSFORD, BC V2S5A1CANADA          *VIA Deutsche Post*

11305    MORGUARD INVESTMENTS LIMITED, 25 PEEL CENTRE DRIVE, BRAMPTON, ON L6T3R5CANADA          *VIA Deutsche Post*

11305    MORGUARD INVESTMENTS LIMITED, 3447-3651 DOUGLAS ST & 3436-3494 SAANICH ROAD, VICTORIA, BC V8Z3L6CANADA          *VIA Deutsche Post*

11305    MORGUARD INVESTMENTS LIMITED, 350 SPARKS STREET, OTTAWA, ON K1A7S8CANADA          *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | MORGUARD INVESTMENTS LIMITED, 444 ST MARY AVENUE, WINNIPEG, MB R3C3T1CANADA | *VIA Deutsche Post* |
| 11305 | MORGUARD INVESTMENTS LIMITED, 55 CITY CENTRE DRIVE, MISSISSAUGA, ON L5B1M3CANADA | *VIA Deutsche Post* |
| 11305 | MORGUARD REAL ESTATE INVESMENT TRUST, 11150 JASPER AVENUE, EDMONTON, AB T5K0L2CANADA | *VIA Deutsche Post* |
| 11305 | MORGUARD REAL ESTATE INVESTMENT TRUST, 409 GRANVILLE STREET - UNITED KINGDOM BUILDIN, VANCOUVER, BC V6C1T2CANADA | *VIA Deutsche Post* |
| 11305 | MORIN, PETER RENE, 1599 BASELINE ROAD, CLARENCE ROCKLAND, ON K4K1K7CANADA | *VIA Deutsche Post* |
| 11305 | MORINE, KAREN S, 795 W DAVE DUGAS RD, SULPHUR, LA 70665 | |
| 11305 | MORO, MARY JO, 29 ROBINSON RD, WOBURN, MA 01801 | |
| 11305 | MORRELL, 340 WINDY POINT DR., GLENDALE HEIGHTS, IL 60139 | |
| 11305 | MORRIS & RITCHIE ASSOCIATES INC, 3445-A BOX HILL CORPORATE CENTER DR, ABINGDON, MD 21009 | |
| 11305 | MORRIS, DARRYL, PO BOX 652, OWENSBORO, KY 42302 | |
| 11305 | MORRIS, EUGENE WYMAN, 461 3 MILE RD, WALTERBORO, SC 29488 | |
| 11305 | MORRIS, LAURIE, 289 DOGWOOD LN, CLARKSBORO, NJ 08020 | |
| 11305 | MORRIS, MCKINLEY HENRY, 1424 W ARABIAN AVENUE, COLBERT, WA 99005 | |
| 11305 | MORRIS, RICHARD LEE, | |
| 11305 | MORRIS, SANDRA K, 9007 LIPTONSHIRE DR, DALLAS, TX 75238 | |
| 11305 | MORRIS, WAYNE, C/O GARY E YARDUMIAN, PRINDLE DECKER & AMARRO, 310 GOLDEN SHORE 4TH FLR, LONG BEACH, CA 90802 | |
| 11305 | MORRISON SR, JAMES H, 16825 LAKEVIEW AVE, UMATILLA, FL 32784 | |
| 11305 | MORRISON, JOSEPH E, 18 HIGH PLAIN RD, ANDOVER, MA 01810 | |
| 11305 | MORRISON, TERRI LYNN, 2655 SUNDANCE DRIVE, EAST HELENA, MT 59635 | |
| 11305 | MORRISSEY, GENE RAYMOND, 11150 NE OREGON STREET, PORTLAND, OR 97220 | |
| 11305 | MORROW, THOMAS E, 13014 BIRCHWOOD PIKE, HARRISON, TN 37341 | |
| 11305 | MORSE LEIER, PATRICIA MARGARET, 14246 STATE HWY 70, PINE CITY, MN 55063 | |
| 11305 | MORSE, BRADFORD, 2 STOCKWELL LN, SOUTHBOROUGH, MA 01722 | |
| 11305 | MORSE, KATHLEEN F, 73 AVOLA ST, ARLINGTON, MA 02476 | |
| 11305 | MORSE, PAUL A, 5941 TORRINGTON CT, CINCINNATI, OH 45248 | |
| 11305 | MORTENSEN, LEE CHARLES, 221 FAITH WAY, EVANSVILLE, IN 47712 | |
| 11305 | MORTIMORE, MARGIE, 12518 S PRINCETON AVE, CHICAGO, IL 60628 | |
| 11305 | MORTON INTERNATIONAL INC, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241 | |
| 11305 | MORTON, PAULA W, C/O PAULA MORTON, 1665 BRENTWOOD XING SE, CONYERS, GA 30013-6301 | |
| 11305 | MOSLEY, KERMIT J, 10 GOODRICH RD, ANNAPOLIS, MD 21401 | |
| 11305 | MOSTELLA, JAMES R, 110 CHAPMAN RD, FOUNTAIN INN, SC 29644 | |
| 11305 | MOTION INDUSTRIES INC, PO BOX 98412, CHICAGO, IL 60693-8412 | |
| 11305 | MOTION INDUSTRIES INC., 2377 S 1900 W, OGDEN, UT 84401-3286 | |
| 11305 | MOTION INDUSTRIES, 44 3RD AVE, SOMERVILLE, MA 02143 | |
| 11305 | MOTION INDUSTRIES, 5444 EAST AVE, COUNTRYSIDE, IL 60525 | |
| 11305 | MOTION INDUSTRIES, INC, 8415-250 KELSO DR., BALTIMORE, MD 21221 | |
| 11305 | MOTION INDUSTRIES, INC, PO BOX 1477, BIRMINGHAM, AL 35201-1477 | |
| 11305 | MOTION INDUSTRIES, PO BOX 98412, CHICAGO, IL 60693 | |
| 11305 | MOTT CORPORATION, PO BOX 30600, HARTFORD, CT 06150 | |
| 11305 | MOTT, RAYMOND W, 470 LEAF CT, SEVERNA PARK, MD 21146 | |
| 11305 | MOULDER, JERRY L, 944 PENNINGTON RD, FOUNTAIN INN, SC 29644 | |
| 11305 | MOUNT CARMEL ACADEMY OF NEW ORLEANS LA, 7027 MILNE BLVD, NEW ORLEANS, LA 70124 | |
| 11305 | MOUTON, CHARLES A, 705 LANDRY ST, SULPHUR, LA 70663 | |
| 11305 | MOUTON, MILLARD, PO BOX 461, VINTON, LA 70668 | |
| 11305 | MOVABLE WOOD BUILDINGS CO, 11804 HEMPSTEAD HWY, HOUSTON, TX 77092 | |
| 11305 | MRE PRP GROUP, ATTN: JOHN J LITTLE ESQ, LITTLE PEDERSON & FRANKHAUSER, 901 MAIN ST, SUITE 4100, DALLAS, TX 75202 | |
| 11305 | MROZ GRACE SBM, GENEVIEVE C, 5925 S MAYFIELD AVE, CHICAGO, IL 60638 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305 MROZ, GENEVIEVE C, 5925 S MAYFIELD AVE, CHICAGO, IL 60638

11305 MROZEK JR, VALENTINE S, 341 BUTTERNUT CT, MILLERSVILLE, MD 21108

11305 MSC INDUSTRIAL SUPPLY CO, 75 MAXESS ROAD, MELVILLE, NY 11747

11305 MSC INDUSTRIAL SUPPLY, 75 MAXESS RD, MELVILLE, NY 11747

11305 MU, NING, 19948 CARLISLE RD, APPLE VALLEY, CA 92307

11305 MUELLER, BRIAN L, 119 W EDGEVALE RD, BALTIMORE, MD 21225-2634

11305 MUELLER, DAVID J, 55 GORMAN LN APT C, CINCINNATI, OH 45215

11305 MUELLER, PAUL J, 17 CROSS WIND, PLYMOUTH, MA 02360

11305 MUGANU, JUAN, 33731 9TH ST, UNION CITY, CA 94587

11305 MULCAHY, CHARLES, 12 PARKLAND AVE #6, LYNN, MA 01904-2248

11305 MULHALL, JACQUELINE, 6811 NW 8TH CT, MARGATE, FL 33063

11305 MULLEN, DOTTIE L, 8304 TYNDSWALL PL, PASADENA, MD 21122

11305 MULLEN, JEFFREY D, 8304 TYNDSWALL PL, PASADENA, MD 21122

11305 MULLEN, MARGARET V, 100 BUSTEED DR, MIDLAND PARK, NJ 07430

11305 MULLIGAN, JANE M, 30 BOXWOOD RD, YONKERS, NY 10710

11305 MULLIGAN, JUDITH A, 5719 S OAK PARK AVE, CHICAGO, IL 60638-3229

11305 MUNICIPAL REVENUE COLLECTION CENTER, C/O PRICE WATERHOUSE COOPERS, BANKO POPULAR CENTER SUITE 1101, HATO REY, PR 00918PUERTO RICO

11305 MUNOZ, GLORIA, C/O ANTHONY S PETRU ESQ, HILDEBRAND MCLEOD AND NELSON INC, 350 FRANK H OGAWA PLAZA 4TH FLR, OAKLAND, CA 94612-2006

11305 MUNRO, DEBRA MAE, 407 SHALOM DRIVE (PONDEROSA HEIGHTS), LIBBY, MT 59923

11305 MUNRO, DORIS LYNNE, 901 ACM ROAD, LIBBY, MT 59923

11305 MUNRO, JESSICA NOEL, 901 ACM RD, LIBBY, MT 59923

11305 MUNRO, KERRY ANN, 407 SHALOM DRIVE (PONDEROSA HEIGHTS), LIBBY, MT 59923

11305 MUNRO, MATTHEW ALLEN, 407 SHALOM DRIVE (PONDEROSA HEIGHTS), LIBBY, MT 59923

11305 MUNRO, MICHAEL ALAN, 901 ACM RD, LIBBY, MT 59923

11305 MUNRO, MOLLY ANN, 901 ACM RD, LIBBY, MT 59923

11305 MUNRO, NORMA TERESA, 2180 HWY 2 SOUTH, LIBBY, MT 59923

11305 MUNRO, RAYMOND CRAIG, 407 SHALOM DRIVE (PONDEROSA HEIGHTS), LIBBY, MT 59923

11305 MUNSCHE, JAMES R, 8160 MIZNER LN, BOCA RATON, FL 33433

11305 MUNSEL, DONALD, 390 AUTUMN ROAD, LIBBY, MT 59923

11305 MUNSEL, ROSEMARIE, 390 AUTUMN ROAD, LIBBY, MT 59923

11305 MUNYAN, DARCY LAVONA, 300 BRYSON DRIVE, LAURENS, SC 29360

11305 MUNYAN, JERI LYNN, 300 BRYSON DRIVE, LAURENS, SC 29360

11305 MUNYAN, STEVEN DREW, 109 HILLDALE AVE, LAURENS, SC 29360

11305 MUNYAN, STEVEN R, 300 BRYSON DR, LAURENS, SC 29360

11305 MUNYAN, STEVEN RALPH, 300 BRYSON DRIVE, LAURENS, SC 29360

11305 MURAKAMI, ROBERT, PO BOX 815, VICTORVILLE, CA 92392

11305 MURAWSKI, CAROL M, 8800 S HARLEM AVE 2388-F, BRIDGEVIEW, IL 60455-1021

11305 MURFF, TERRILL N, 19147 CENTER AV, HOMEWOOD, IL 60430

11305 MURNIN, KEVIN, 161 LIBERTY ST, BRAINTREE, MA 02184

11305 MUROFF, CAROL S, 16804 AVILA BLVD, TAMPA, FL 33613

11305 MURPHY, DONALD J, 6140 E. HAYDEN LAKE RD., HAYDEN, ID 83835

11305 MURPHY, GEORGE E, 2306 SECRETARIAT DR, OWENSBORO, KY 42301-4177

11305 MURPHY, JIMMY A, 1337 CLOVERDALE DR, HIXSON, TN 37343

11305 MURPHY, JOHN J, 5500 PRESTON RD STE 210, DALLAS, TX 75205

11305 MURPHY, MARILYN C, 10085 E CHARTER OAK RD, SCOTTSDALE, AZ 85260

11305 MURPHY, MARION V, 200 BEDFORD RD APT 16-C, WOBURN, MA 01801

11305 MURPHY, MAXINE E, 6140 E HAYDEN LAKE RD., HAYDEN, ID 83835

11305 MURPHY, PATRICK E, 2139 BRACKENBURY LN, CORDOVA, TN 38016

11305 MURPHY, ROBERT L, 4505 MCINTIRE XING, OWENSBORO, KY 42301

11305 MURPHY, SHANNON JAY, 14026 277TH PLACE NE, DUVALL, WA 98019

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    MURRAY PRINTING & OFFICE SUPPLIES INC, 3399 N HAWTHORNE ST, CHATTANOOGA, TN 37406

11305    MURRAY, ELLA M, 1390 BERNARD DR, MANNING, SC 29102-7897

11305    MURRAY, MICHAEL J, 201 ACTON RD, CHELMSFORD, MA 01824

11305    MURRAY, ROBERT W, 3823 CARROLLTON RD, UPPERCO, MD 21155

11305    MURRAY, ROBERT W, C/O ROBERT MURRAY, 3823 CARROLLTON RD, UPPERCO, MD 21155

11305    MURRAY, THOMAS E, 16 HORSESHOE RD, CHELMSFORD, MA 01824

11305    MURTAUGH, DANIEL M, 296 SW 29TH AVE, DELRAY BEACH, FL 33445

11305    MURZYN JR, STANLEY JOSEPH, 2036-D 135TH STREET, MILLTOWN, WI 54858

11305    MW HOTT, INC, PO BOX 62020, CINCINNATI, OH 45262

11305    MYERS ASSOCIATES, 32 TENNEY LANE, SCARBOROUGH, ME 04074-7510

11305    MYERS ENGINEERING INC, ATTN: GLORIA STATES, 8376 SALT LAKE AVE, BELL, CA 90201

11305    MYERS FORKLIFT, 3044 SOUTH KILSON DRIVE, SANTA ANA, CA 92707-4294

11305    MYERS, APRIL E, 11 POWDERVIEW CT, NOTTINGHAM, MD 21044

11305    MYERS, BENETTA LOUISE, 5347 CLYDE PARK AVE SW, WYOMING, MI 49509

11305    MYERS, C DOUGLAS, 220 HOLIDAY LANE, FORT THOMAS, KY 41075

11305    MYERS, CLIFTON A, 7981 HARRIET TUBMAN LN, COLUMBIA, MD 21044

11305    MYERS, DAVID F, 20 LEXINGTON DR, ACTON, MA 01720

11305    MYERS, GENEVA, 2106 TURN BERRY WAY, WOODSTOCK, MD 21163

11305    MYERS, ROY CLARENCE, 5347 CLYDE PARK AVE SW, WYOMING, MI 49509

11305    MYERS, SCOTT D, 2821 MICHIGAN AVE, BALTIMORE, MD 21227

11305    MYERS, VICTOR G, 221 N GROVE AVE #2N, OAK PARK, IL 60304

11305    MYRON MFG CORP, PO BOX 27988, NEWARK, NJ 07101-7988

11305    N E BAYSTATE PRESS, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    N Y HILLSIDE INC, 16547 ACADEMIA DR, ENCINO, CA 91436

11305    N&J 1 LP, 984 MONUMENT ST STE 110, PACIFIC PALISADES, CA 90272

11305    NAGEL, DANIEL RUSSELL, 410 JOSEPH DRIVE, BEAVER FALLS, PA 15010

11305    NAGY, AKOS L, 4813 ELLICOTT WOODS LN, ELLICOTT CITY, MD 21043

11305    NAI COLLINS SHARP KOELLA INC, 900 S GAY ST #1904, KNOXVILLE, TN 37902

11305    NAISER, RONALD J, 15415 GETTYSBURG DR, TOMBALL, TX 77375

11305    NAJJAR, EDWARD G, 30 GARLAND RD, LINCOLN, MA 01773

11305    NAKASHIGE, DAVID, 4111 ROOSEVELT ST, HOLLYWOOD, FL 33021

11305    NAMAZI, NAZANIN, 29726 FELTON DR, LAGUNA NIGUEL, CA 92677

11305    NAMUR, CLARA I, 9399-B BOCA GARDENS CIR S, BOCA RATON, FL 33496

11305    NANCE JR, RICHARD LEE, PO BOX 864, CLINTON, SC 29325

11305    NANCE SR, RICHARD LEE, 1106 CHESTNUT ST. EXT., LAURENS, SC 29360

11305    NANCE, ANDREW D, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    NANCE, RICHARD L, 1106 CHESTNUT ST EXT, LAURENS, SC 29360

11305    NANCE, ROBERT L, 1106 CHESTNUT ST EXT, LAURENS, SC 29360

11305    NANCY BATES, 8 RICHARDSON ROAD, STONEHAM, MA 02180

11305    NAPA, PO BOX 102127, ATLANTA, GA 30368-2127

11305    NAPARSTEK, MARTIN, 2907 MCGINAGALL CT, ABINGDON, MD 21009

11305    NAPOLI, EMANUEL F, 11 NEWHALL RD, LYNNFIELD, MA 01940

11305    NARDUCCI, MARILYN J, 2430 NW 89 DR, CORAL SPRINGS, FL 33065

11305    NASH ENGINEERING CO., PO BOX 40000 DEPT 0095, HARTFORD, CT 06151-0095

11305    NASH, DWIGHT, 126 BEAU CHEMIN, LAKE CHARLES, LA 70607

11305    NASH-ELMO INDUSTRIES, FKA THE NASH ENGINEERING CO., ATTN: D SANFORD, 9 TREFOIL DRIVE, BRUMBULL, CT 06611

11305    NATCHITOCHES PARISH SCHOOL BOARD, 210 ROYAL STREET, NATCHITOCHES, LA 71457

11305    NATHAN KIMMEL INC., 1213 SO SANTA FE AVE, LOS ANGELES, CA 90021

11305    NATIONAL ALUMINUM CORPORATION, C/O ROBERT H STONE, 6422 RIVERVIEW LN, DALLAS, TX 75248

11305    NATIONAL ANALYSTS RESEARCH AND, PO BOX 7780-4348, PHILADELPHIA, PA 19182-4348

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | NATIONAL BUSINESS INFORMATION, 6226 4TH ST, CHESAPEAKE BEACH, MD 20732 | |
| 11305 | NATIONAL CEMENT CREDIT ASSOCIA, PO BOX 40120, CLEVELAND, OH 44140 | |
| 11305 | NATIONAL CONCRETE MASONRY ASSO, 2302 HORSE PEN ROAD, HERNDON, VA 20171-3499 | |
| 11305 | NATIONAL GYPSUM COMPANY, | |
| 11305 | NATIONAL GYPSUM COMPANY, 2001 REXFORD RD, CHARLOTTE, NC 28211 | |
| 11305 | NATIONAL HOSE & ACCESSORY DISTRIBUTORS CORP, C/O WILLIAM R ZWEIFEL, PC, ONE GREENWAY PLAZA STE 100, HOUSTON, TX 77046-0102 | |
| 11305 | NATIONAL MEDICAL CARE INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096 | |
| 11305 | NATIONAL PETROLEUM COUNCIL, 1625 K ST NW SUITE 600, WASHINGTON, DC 20006-1656 | |
| 11305 | NATIONAL PROPERTY TAX MANAGEMENT, PO BOX 42165, HOUSTON, TX 77242 | |
| 11305 | NATIONAL RAILROAD PASSENGER CORPORATION, 60 MASSACHUSETTS AVENUE NE, WASHINGTON, DC 20002 | |
| 11305 | NATIONAL RESEARCH COUNCIL CANADA, FINANCE AND INFORMATION MANAGEMENT, SERVICES, 1200 MONTREAL ROAD, OTTAWA, ON K1A 0R6CANADA | *VIA Deutsche Post* |
| 11305 | NATIONAL SOFT DRINK ASSOCIATIO, 1101 SIXTEENTH ST NW, WASHINGTON, DC 20036 | |
| 11305 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, C/O AIG LAW DEPT - BANKRUPTCY, MICHELE A LEVITT ESQ, 70 PINE ST, 31ST FLR, NEW YORK, NY 10270 | |
| 11305 | NATIONAL UNION FIRE INSURANCE COMPANY OF, C/O MICHAEL S DAVIS ESQ, ZEICHNER ELLMAN & KRAUSE LLP, 575 LEXINGTON AVE, NEW YORK, NY 10022 | |
| 11305 | NATLSCO, PO BOX 99539, CHICAGO, IL 60693 | |
| 11305 | NATURAL RES & ENV PROT CABINET, COMMONWEALTH OF KY, OFFICE OF LEGAL SERVICES, FIFTH FLR, CAPITAL PLAZA TOWER, FRANKFORT, KY 40601 | |
| 11305 | NAVARRO, ANTONIO, 151 CRANDON BLVD #600, KEY BISCAYNE, FL 33149 | |
| 11305 | NAVAS, MARGARITA, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 | |
| 11305 | NAVAS, MARGARITA, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 | |
| 11305 | NAYLOR PUBLICATIONS INC, 5931 NW 1ST PL, GAINESVILLE, FL 32607 | |
| 11305 | NCO FINANCIAL SYSTEMS INC, PO BOX 13692, PHIALDEPLHIA, PA 19101 | |
| 11305 | NCR CORP., PO BOX 740162, CINCINNATI, OH 45274-0162 | |
| 11305 | NCS PEARSON,INC, 21866 NETWORK PLACE, CHICAGO, IL 60673-1218 | |
| 11305 | NEAL & HARWELL, PLC, 150 FOURTH AVE , NORTH, NASHVILLE, TN 37219-2498 | |
| 11305 | NEAL JR, WALLACE E, 11016 GLEN WILDING LN, BLOOMINGTON, MN 55431 | |
| 11305 | NEAL, BONNIE L, 5664 E 130TH WAY, THORNTON, CO 80602 | |
| 11305 | NEAL, DARRELL G, 2207 HIDDEN CREEK DR, KINGWOOD, TX 77339 | |
| 11305 | NEAL, GARY CARL, 320 BRYANT ROAD, SPARTANBURG, SC 29303 | |
| 11305 | NEARY, BRIAN J, 2011 BIRCH RD, BALTIMORE, MD 21221 | |
| 11305 | NEEL, KEVIN C, 3413 COURT WAY, DUNDALK, MD 21222 | |
| 11305 | NEEVES, CYNTHIA S, 11 HIDDEN HARBOUR DR, GULF STREAM, FL 33483 | |
| 11305 | NEEVES, JAMES P, 11 HIDDEN HARBOUR DR, GULF STREAM, FL 33483 | |
| 11305 | NEGAS, GEORGE, 38 HUNTER ST, STATEN ISLAND, NY 10304-3210 | |
| 11305 | NEIGHOFF, KENNETH D, 305 GREENWOOD RD, LINTHICUM, MD 21090 | |
| 11305 | NEILS, JOHN JAMES, 15788 W HOLLISTER HILLS, HAUSER, ID 83854 | |
| 11305 | NEL-KAN CONTAINER, DIV. PRIME PACKAGING GROUP, P.O. BOX 6755, JERSEY CITY, NJ 07306-0755 | |
| 11305 | NELL, DONALD, 4026 FOREST AVE, BROOKFIELD, IL 60513 | |
| 11305 | NELLES, DENNIS J, 4353 NICHOLAS AVE, BALTIMORE, MD 21206 | |
| 11305 | NELSON III, DENNIS JOHN, PO BOX 149 ATTICA CORR FACILITY, ATTICA, NY 14011 | |
| 11305 | NELSON JR, WILBERT P, 11626 REED CIR, RIDGELY, MD 21660 | |
| 11305 | NELSON MULLINS RILEY & SCARBOR, PO DRAWER 11009, COLUMBIA, SC 29211-1009 | |
| 11305 | NELSON SR, STEVEN W, 7513 N POINT RD, BALTIMORE, MD 21219 | |
| 11305 | NELSON, BARBARA SUE, 1021 MAIN PO BOX 1116, LIBBY, MT 59923 | |
| 11305 | NELSON, BARRY C, 91 TIRA CT, ELDERSBURG, MD 21784 | |
| 11305 | NELSON, BRAD A, 2020 N 6200 W, OGDEN, UT 84404 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   NELSON, BRIAN L, 3358 PUTNAM ST, WEST LAFAYETTE, IN 47906

11305   NELSON, CONNIE J, C/O CONNIE NELSON, 7519 S QUINCY AVE, OAK CREEK, WI 53154

11305   NELSON, CRAIG H, 5750 W 950 N, OGDEN, UT 84404

11305   NELSON, ELIZABETH A, 1868 W MISSISSIPPI APT C, DENVER, CO 80223

11305   NELSON, GALE DARNELL, 924 HARRIET AVE, AURORA, IL 60505

11305   NELSON, GERALDINE LOUISE, 3441 FARM TO MARKET ROAD PO BOX 1429, LIBBY, MT 59923

11305   NELSON, INELL, 9241 HARRIET AVE, AURORA, IL 60505

11305   NELSON, NAOMI, 29 ROBINHOOD RD, WINCHESTER, MA 01890-3462

11305   NELSON, PETE O, 506 INDIANHEAD ROAD, LIBBY, MT 59923

11305   NELSON, SANDRA KAY, 506 INDIANHEAD ROAD, LIBBY, MT 59923

11305   NELSON, TERRY J, 924 HARRIET AVE, AURORA, IL 60505

11305   NELSON,MULLINS RILEY & SCARBOROUGH, LLP, PO BOX 11070, COLUMBIA, SC 29211

11305   NELSON,MULLINS RILEY & SCARBOROUGH, PO DRAWER 11009, COLUMBIA, SC 29211

11305   NEMETH, MARK T, 2612 TRALEE DR, GASTONIA, NC 28056

11305   NESCI, BRUNO C, 8737 S 52ND AVE, OAK LAWN, IL 60453

11305   NESTOR, GEORGE W, 58 SMITH ST, CHELMSFORD, MA 01824

11305   NETZER, PHILIP E, W7684 HARVEST DR, GREENVILLE, WI 54942-8642

11305   NEUBERT, BRUCE C, 253 LOWER MAGOTHY BEACH RD, SEVERNA PARK, MD 21146

11305   NEUBERT, ROBERT J, C/O ROBERT E NEUBERT, 2028 BELL RD, HAMILTON, OH 45013

11305   NEU-ION, INC, 7200 RUTHERFORD RD., STE. 100, BALTIMORE, MD 21224

11305   NEUMAYR, EDITH A, 2690 CORAL LANDINGS BLVD APT 627, PALM HARBOR, FL 34684

11305   NEUTOCRETE PRODUCTS INC, ATTN ANTHONY BONAIUTO, (AKA) NEUTOCRETE-FTF
        CRAWLSPACE, 89 EASTERN STEEL RD, MILFORD, CT 06460-2861

11305   NEUTOCRETE SYSTEMS INC, ATTN ANTHONY BONAIUTO, 564 DANBURY RD, NEW MILFORD, CT
        06776

11305   NEUTRON INDUSTRIES, PO BOX 74189, CLEVELAND, OH 44194-0268

11305   NEW ENGLAND CONCRETE MASONRY, PO BOX 448, MANCHAUG, MA 01526-0448

11305   NEW ENGLAND CONSTRUCTIN CO INC, DUFFY & SWEENEY LTD, ONE TURKS HEAD BLDG, STE
        1200, PROVIDENCE, RI 02903

11305   NEW ENGLAND INDUSTRIAL TRUCK INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA
        92614

11305   NEW ENGLAND INDUSTRIAL TRUCK, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA
        92614

11305   NEW ENGLAND LABORATORY CASEWORK CO INC, 3 ARROW DR, WOBURN, MA 01801

11305   NEW ENGLAND RESINS & PIGMENTS, PO BOX 9381, BOSTON, MA 02209-9381

11305   NEW ENGLAND RUBBER INC., 55 COMMERCIAL CIRCLE, DEDHAM, MA 02026

11305   NEW EZZY-GRO INC DBA GOLDEN EAGLE PRODUC, 218 TOLEDO ST, CAREY, OH 43316

11305   NEW PIG CORPORATION, ONE PORK AVE, TIPTON, PA 16684

11305   NEW WAY PALLETS, 21661 WEST GOOD HOPE RD., LANNON, WI 53046

11305   NEW YORK BLOWER CO., PO BOX 93465, CHICAGO, IL 60673-3465

11305   NEW YORK CONSTRUCTION MATERIALS, 8 CENTURY HILL DR, LATHAM, NY 12110

11305   NEW YORK STATE DEPARTMENT OF TAXATION, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY
        12205-0300

11305   NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY,
        NY 12205-0300

11305   NEW YORK STOCK EXCHANGE INC, 20 BROAD ST 8TH FL, ATTN CONTROLLERS DEPT, NEW YORK,
        NY 10005

11305   NEWARK ELECTRONICS, 4801 N RAVENSWOOD AVE, CHICAGO, IL 60640

11305   NEWARK ELECTRONICS, 4801 NORTH RAVENSWOOD AVE, CHICAGO, IL 60640

11305   NEWARK ELECTRONICS, PO BOX 94151, PALATINE, IL 60094-4151

11305   NEWMAN, RICHARD D, 11652 HWY 60 E, SPOTTSVILLE, KY 42458

11305   NEWMAN, TODD, 944 VUELTA DEL SUR, SANTA FE, NM 87507

11305   NEWMAN, WAYNE, 194 IRENE AVE, PASADENA, MD 21122

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   NEWTEX INDUSTRIES INC, 8050 VICTOR-MENDON ROAD, VICTOR, NY 14564

11305   NEXTIRA (WILLIAMS COMMUNICATIONS), 19111 DALLAS PKWY #100, DALLAS, TX 75287

11305   NGUYEN, KEITH N, 5523 N GALVEZ ST, NEW ORLEANS, LA 70117

11305   NGUYEN, RENO, 16950 JAMINE ST #239, VICTORVILLE, CA 92392

11305   NICHOLSON, AARON N, 2278 STANDING SP RD, GREENVILLE, SC 29605

11305   NICKELL, LOUIS G, 24 SIERRA DR, HOT SPRINGS VILLAGE, AR 71909

11305   NICKERSON, BARBARA W, 15810 SAN ANTONIO CT, FORT MYERS, FL 33908-2445

11305   NICOR GAS, PO BOX 632, AURORA, IL 60507-0632

11305   NICSON AUTOMOTIVE INC, 5117 EAST WASHINGTON BLVD, LOS ANGELES, CA 90040

11305   NIELDS,LEMACK & DINGMAN, 176 E MAIN ST SUITE 8, WESTBORO, MA 01581

11305   NIELSON, RICHARD ALLEN, 390 YELLOWTAIL, LIBBY, MT 59923

11305   NIEWALD WALDECK & BROWN PC, C/O STEPHEN S BROWN, 120 W 12TH ST STE 1300, KANSAS CITY, MO 64105

11305   NIGHTLINGER, GERALD THOMAS, 1177 EAST BEAMISH ROAD, MIDLAND, MI 48642

11305   NIGRO, KENNETH, 215 POWHATTAN CT, DANVILLE, CA 94526

11305   NIM-COR, INC, PO BOX 31272, HARTFORD, CT 06150-1272

11305   NIRO INC, C/O JOEL L PERRELL JR ESQ, MILES & STOCKBRIDGE PC, 10 LIGHT ST, BALTIMORE, MD 21202

11305   NITSCHKE, DAVID WAYNE, 200 MONTGOMERY DR, LIBBY, MT 59923

11305   NITSCHKE, LESTER LEROY, 1516 CABINET AVE, LIBBY, MT 59923

11305   NIX, NILES E, 986 ROCKY RIDGE RD, ENOREE, SC 29335

11305   NIX, NILES EUGENE, 986 ROCKY RIDGE ROAD, ENOREE, SC 29335

11305   NIX, THERESA A, 105 CAVALIER DR #5, GREENVILLE, SC 29607

11305   NIXON, 11860 OLD BALTIMORE PIKE, BELTSVILLE, MD 20705

11305   NIXON, 2925 NORTHEAST BLVD, WILMINGTON, DE 19802

11305   NIXON, 2925 NORTHEAST BLVD., WILMINGTON, DE 19802

11305   NJDEP, PO BOX 417, TRENTON, NJ 08625-0417

11305   NL INDUSTRIES INC, C/O JOHN N FIORELLA ESQUIRE, ARCHER & GREINER PC, PO BOX 3000, HADDONFIELD, NJ 08033-0968

11305   NL INDUSTRIES INC, C/O JOHN V FIORELLA ESQUIRE, ARCHER & GREINER PC, PO BOX 3000, HADDONFIELD, NJ 08033-0968

11305   NM READY MIX CONCRETE &, PO BOX 35128, ALBUQUERQUE, NM 87176

11305   NMC HOMECARE INC, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL 60606-5096

11305   NMHG FINANCIAL SERVICES, PO BOX 642385, PITTSBURGH, PA 15264-2385

11305   NOBLE, ADAM ELSWORTH, 421 W OLIVE #3, BOZEMAN, MT 59715

11305   NOBLE, MICHAEL CALVIN, 6797 FARM TO MARKET ROAD, LIBBY, MT 59923

11305   NOLAN, SHAWN AMY, 4405 NE MASON, PORTLAND, OR 97218

11305   NOLDS OFFICE PRODUCTS, 7647 W. 63RD ST, SUMMIT, IL 60501

11305   NOLLETT, DAVID J, 2801 POULIOT PL, WILMINGTON, MA 01887

11305   NOL-TEC SYSTEMS INC, C/O MARK R PRIVRATSKY ESQ, LINDQUIST & VENNUM PLLC, 80 S 8TH ST STE 4200, MINNEAPOLIS, MN 55402

11305   NONO JR, JOHN B, 30 STONE FENCE LN, STAMFORD, CT 06903

11305   NORCHEM CONCRETE PRODUCTS INC., PO BOX 19169, NEWARK, NJ 07195-0169

11305   NORDIEGO CAPITAL LTD, 738 W WASHINGTON AVE STE B, ESCONDIDO, CA 92025

11305   NORDSTROM, ROBERT, 690 LOWRY AVENUE NE, MINNEAPOLIS, MN 55418

11305   NORFOLK SOUTHERN CORP., PO BOX 945503, ATLANTA, GA 30394-5503

11305   NORFOLK SOUTHERN RAILWAY COMPANY, C/O WILLIAM H JOHNSON, THREE COMMERCIAL PLACE, NORFOLK, VA 23510-9242

11305   NORM S RESTAURANTS, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706

11305   NORMAN EQUIPMENT COMPANY, PO BOX 1349, BRIDGEVIEW, IL 60455

11305   NORRIS, PAUL J, 12649 GOLDEN OAK DR, ELLICOTT CITY, MD 21042

11305   NORSTONE INC, PO BOX 3, WYNCOTE, PA 19095-0003

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   NORTH AMERICAN MFG COMPANY, 4455 E 71ST ST, CLEVELAND, OH 44105

11305   NORTH AMERICAN REFRACTORIES COMPANY, 400 FAIRWAY DR, MOON TOWNSHIP, PA 15108

11305   NORTH AMERICAN TRAILER SALES LTD, 7649 CONCORD BLVD, INVER GROVE HEIGHTS, MN 55076

11305   NORTH CAROLINA DEPT OF REVENUE, ATTN: ANGELA C FOUNTAIN, OFFICE SERVICES DIVISION, PO BOX 1168, RALEIGH, NC 27602-1168

11305   NORTH EAST FLEET SERVICES, PO BOX 375, COLUMBUS, NJ 08022

11305   NORTH METAL & CHEMICAL CO, PO BOX 1904, YORK, PA 17405-1904

11305   NORTH STATE ENVIRONMENTAL, PO BOX 5624, SOUTH SAN FRANCISCO, CA 94083-5624

11305   NORTH STRONG SCIENTIFIC, 15 AVE A ALPHA INDUSTRIAL PARK, PHILLIPSBURG, NJ 08865

11305   NORTHEAST CONCRETE PRODUCTS ASSOC, PO BOX 4123, CHELMSFORD, MA 01824

11305   NORTHERN INDIANA PUBLIC SERVICE COMPANY, REVENUE ASSURANCE & RECOVERY, 801 E 86TH AVE, MERRILLVILLE, IN 46410

11305   NORTHERN SAFETY CO, 232 INDUSTRIAL PARK DR, FRANKFORT, NY 13340

11305   NORTHERN STATES POWER COMPANY, PO BOX 9477, MINNEAPOLIS, MN 55484-9477

11305   NORTHERN TOOL & EQUIP CO, PO BOX 1219, BURNSVILLE, MN 55337

11305   NORTHWOODCARE INCORPORATED, 2615 NORTHWOOD TERRACE, HALIFAX, NS B3K3S5CANADA    *VIA Deutsche Post*

11305   NORTON WELDING SUPPLY, INC, 2906 DEANS BRIDGE RD., AUGUSTA, GA 30906

11305   NORTON, BARBARA, 2541 NW 53RD AVE RD, OCALA, FL 34482

11305   NOTARANGELO, DR VINCENT M, 3001 S. HANOVER ST., #G-11, BALTIMORE, MD 21225

11305   NOTRE DAME ACADEMY, 35321 NOTRE DAME LANE, MIDDLEBURG, VA 20117

11305   NOVACOPY INC, 5520 SHELBY OAKS DR, MEMPHIS, TN 38002

11305   NOVAK SITE RD/RA PRP GROUP, C/O RICHARD G PLACEY ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS LLP, 300 DELAWARE AVE, SUITE 750, WILMINGTON, DE 19801

11305   NOVASPECT INC., 1776 COMMERCE DRIVE, ELK GROVE VILLAGE, IL 60007

11305   NOVIGEN SCIENCES, INC, 1730 RHODE ISLAND AVE - NW, STE.110, WASHINGTON, DC 20036

11305   NOWAK, DANIEL WALTER, 8521 SOUTH NATOMA AVE, BURBANK, IL 60459

11305   NOWAK, DAVID ROBERT, 8521 SOUTH NATOMA, BURBANK, IL 60459

11305   NOWAK, JANET MARION, 8521 S NATOMA AVENUE, BURBANK, IL 60459

11305   NOWAK, ROBERT, 8521 SOUTH NATOMA AVENUE, BURBANK, IL 60459

11305   NOWLIN FENCE CO, PO BOX 59, BELLFLOWER, CA 90707

11305   NOWLIN, DELMAR E, C/O DELMAR NOWLIN, 959 MORGAN RD, WEST HARRISON, IN 47060

11305   NOZEMACK, RICHARD, C/O JARRETT L HALE, 101 E KENNEDY BLVD STE 1100, TAMPA, FL 33602

11305   NRMCA, PO BOX 79433, BALTIMORE, MD 21279-0433

11305   NSF INTERNATIONAL, 789 N DIXBORO RD, ANN ARBOR, MI 48105

11305   NSTAR ELECTRIC, PO BOX 997030, BOSTON, MA 02297-0030

11305   NSTAR GAS, 800 BOYLSTON ST, 17TH FLOOR, BOSTON, MA 02119

11305   NTC ELECTRONICS, INC, DEPT. 77-3088, CHICAGO, IL 60678-3088

11305   NTFC CAPITAL CORPORATION, PO BOX 740428, ATLANTA, GA 30374-0428

11305   NTFC CAPITAL CORPORATION, THOMAS V ASKOUNIS ESQ, C/O ASKOUNIS & BORST P.C., 303 E WACKER DR STE 1000, CHICAGO, IL 60601

11305   NUNEZ, JOSE, #776443, AMARILLO, TX 79107-9606

11305   NUNEZ, JOSE, 9601 SPUR 591, AMARILLO, TX 79107-9606

11305   NUNN, RONALD W, 5529 BUCKNELL RD, BALTIMORE, MD 21206

11305   NUSSBAUM, WAYNE L, 3248 GROVELAND WAY, ANTELOPE, CA 95843

11305   NUWAY FILTERS & INDUSTRIAL, 3013 GRIFFITH ST, CHARLOTTE, NC 28203

11305   NY STATE DEPT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300

11305   NYC DEPT OF FINANCE, BANKRUPTCY & ASSIGNMENT UNIT, 345 ADAMS ST 10TH FL, BROOKLYN, NY 11201

11305   NYSEG, PO BOX 5550, ITHACA, NY 14852-5550

11305   O CONNELL, BRIAN E, 93 GREENWOOD AVE, WAKEFIELD, MA 01880

11305   O DWYER, PATRICK MICHAEL, #9 ROSS DR, FORT SASKACHEWAN, AB T8L2M8CANADA    *VIA Deutsche Post*

11305   O&Y ENTERPRISE, 112 KENT STREET - PLACE DE VILLE TOWER C, OTTAWA, ON K1A2B3CANADA    *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   O.C. TANNER RECOGNITION CO., 1930 S. STATE ST., SALT LAKE CITY, UT 84115-2383

11305   O`CONNOR, FRANCES M, C/O PAUL G AMICUCCI, WALSH & AMICUCCI, 2900 WESTCHESTER AVE, PURCHASE, NY 10577

11305   OAK GROVE LLC, 5215 EDINA INDUSTRIAL BLVD, SUITE 100, EDINA, MN 55439

11305   OAKLAND PALLETS, 2500 GRANT AVE, SAN LORENZO, CA 94580

11305   OAKSMITH, CLAUDIA, 526 HANNA RD, BEL AIR, MD 21014

11305   OBEE, RICHARD C, 1600 SANDPIPER, EDMOND, OK 73034

11305   OBRADOVIC, M MITCH, 1167 MORGANSHIRE DR, COLLIERVILLE, TN 38017

11305   OBRIEN & GERE ENGINEERS INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   OBRIEN & GERE INC OF NORTH AMERICA, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   OBRIEN, KELLY LEE, 512 WISCONSIN AVENUE, LIBBY, MT 59923

11305   OBRIEN, RHONDA RENEE, 512 WISCONSIN AVENUE, LIBBY, MT 59923

11305   OBRYAN, JOSEPH D, 7100 HWY 144, PHILPOT, KY 42366

11305   OBRYAN, JOSEPH E, 910 WALNUT PARK DR, OWENSBORO, KY 42301

11305   OBRYAN, RONALD N, 2029 WIMBLEDON CT, OWENSBORO, KY 42301

11305   OCASIO, RUTH, APARTADO 766, YABUCOA, PR 00767PUERTO RICO

11305   OCCENA, BOBBY INFANTE, 806 WINWOOD DRIVE, WINDSOR, NC 27983

11305   OCCIDENTAL CHEMICAL CORPORATION, 5005 LBJ FRWY, PO BOX 809050, DALLAS, TX 75380

11305   OCCIDENTAL PERMIAN LTD FKA ALTURA ENERGY LTD, C/O JOHN W HAVINS, 1001 MCKINNEY, SUITE 500, HOUSTON, TX 77002

11305   OCCNET/THE CHRIST HOSPITAL, PO BOX 691229, CINCINNATI, OH 45269-1229

11305   OCCU SYSTEMS CONCENTRA, PO BOX 740933, DALLAS, TX 75374

11305   OCCUPATIONAL HEALTH & SAFETY, PO BOX 594, MOUNT MORRIS, IL 61054

11305   OCE-USA, INC, PO BOX 92601, CHICAGO, IL 60675-2601

11305   OCHOA INDUSTRIAL SALES CORP., PO BOX 363968, SAN JUAN, PR 00936-6968

11305   OCONNELL, DANIEL F, 138 DOWNING DR, SEVERNA PARK, MD 21146-1006

11305   OCONNELL, JOHN J, 574 NORTH RD, SUDBURY, MA 01776

11305   OCONNOR, BENEDICT WILLIAM, 10210 S LEAVITT, CHICAGO, IL 60643

11305   OCONNOR, DEIRDRE G, 30 SEAGRAVE RD, CAMBRIDGE, MA 02140

11305   OCONNOR, JULIE ANN, 10210 S LEAVITT, CHICAGO, IL 60643

11305   OCONNOR, RAYMOND K, 1816 DUNMERE RD, BALTIMORE, MD 21222

11305   ODELL, MICHAEL E, 726 DORSET RD, ALLENTOWN, PA 18104

11305   ODESKY, MARVIN J, 14214 DAY FARM, GLENELG, MD 21737

11305   ODORITE, 1111 MARYLAND AVE., BALTIMORE, MD 21201

11305   ODUM, MATTHEW S, 2010 ARRAS DR, EAST CARONDELET, IL 62240

11305   ODUM, PAUL BENNETT, 1744 NEELY AVE, EAST POINT, GA 30344

11305   OEC FLUID HANDLING INC, PO BOX 2807, SPARTANBURG, SC 29304

11305   OERTEL HOFFMAN FERNANDEZ & COLE PA, PO BOX 1110, TALLAHASSEE, FL 32302-1110

11305   OESCH, CLIFFORD MASON, 23624 NORTH 57TH DRIVE, GLENDALE, AZ 85310

11305   OFFICE DEPOT CREDIT PLANT, PO BOX 9020 DEPT. 56-4201113049, DES MOINES, IA 50368-9020

11305   OFFICE DEPOT INC, ROBBIE SMITH ACCS, 2200 OLD GERMANTOWN RD, DELRAY BEACH, FL 33445

11305   OFFICE DEPOT, PO BOX 198030, ATLANTA, GA 30384-8030

11305   OFFICE DEPOT, PO BOX 198030, LOS ANGELES, CA 90074-1901

11305   OFFICE TEAM, DIV OF ROBERT HALF INTERNATIONAL, ATTN MICHELE CABRAL, 5720 STONERIDGE DR STE 3, PLEASANTON, CA 94588-2700

11305   O-G CAB CO, INC, PO BOX 616, LYONS, IL 60534

11305   OGLESBY LAWN SERVICE, 8470 EPPERSON MILL, MILLINGTON, TN 38053

11305   OGLETREE DEAKINS NASH SMOAK & STEWART PC, PO BOX 2757, GREENVILLE, SC 29602

11305   OHIO BUREAU OF WORKERS COMP, LAW SECTION BANKRUPTCY UNIT, PO BOX 15398, COLUMBUS, OH 43215-0398

11305   OHIO BUREAU OF WORKERS COMPENSATION, 30 W SPRING ST, PO BOX 15567, COLUMBUS, OH 43215-0567

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    OII STEERING COMM MEMBER COMPANIES & USEPA, C/O ALLAN H ICKOWITZ ESQ, NOSSAMAN GUNTHER KNOX & ELLIOTT LLP, 445 S FIGUEROA ST 31ST FL, LOS ANGELES, CA 90071

11305    OII STEERING COMM MEMBER COMPANIES & USEPA, C/O ALLAN H ICKOWITZ ESQ, NOSSAMAN GUTHNER KNOX & ELLIOTT LLP, 445 S FIGUEROA ST 31ST FL, LOS ANGELES, CA 90071

11305    OILIND SAFETY, 5002 S 40TH ST SUITE A, PHOENIX, AZ 85040

11305    OLD DOMINION FREIGHT LINE INC, PO BOX 2006, 1730 WESTCHESTER DR, HIGH POINT, NC 27261-2006

11305    OLDCASTLE APG NORTHEAST INC, D/B/A FOSTER-SOUTHERN, 46 SPRING ST, HOLBROOK, MA 02343

11305    OLDHAM, KEVIN D, 1349 QUEEN ANNES DR, CHESTER, MD 21619

11305    OLDON LIMITED PARTNERSHIP, 214 MAPLE STREET, HOLYOKE, MA 01040

11305    OLEARY, DAVID M, 31-5 ROYAL CREST DR, NORTH ANDOVER, MA 01845

11305    OLESEN, JOHN A, 5423 BEAVER LODGE DR, KINGWOOD, TX 77345

11305    OLEUM INDUSTRIAL INC, GARDEN HILLS PLAZA, PMB 420,1353 RD 19, GUAYNABO, PR 00966-2700

11305    OLIN BROTHERS, 7094 PERRY CENTER WARSAW RD, PERRY, NY 14530

11305    OLIN CORPORATION, PO BOX 945629, ATLANTA, GA 30394-5629

11305    OLIVE, DAVID W, 405 PRIMROSE CT, EASLEY, SC 29642

11305    OLIVER PRODUCTS COMPANY, 445 6TH ST NW, GRAND RAPIDS, MI 49504

11305    OLLIE MEYER INC, 2803 SHALLOWFORD RD NE, ATLANTA, GA 30341

11305    OLLILA, SUSAN A, 1050 5TH AVE #6B, NEW YORK, NY 10028

11305    OLLILA, SUSAN A, 1050 FIFTH AVE #6B, NEW YORK, NY 10028

11305    OLSEN, CHARLES W, C/O CHARLES OLSEN, 489 SO KENILWORTH AVE, ELMHURST, IL 60126

11305    OLSON TECHNOLOGIES INC, MOSSER VALVE DIVISION, 160 WALNUT ST, ALLENTOWN, PA 18102

11305    OLSON, GUY LEWIS, PO BOX 1318, LIVINGSTON, MT 59047

11305    OLSON, RANDOLPH M, 1866 RUTHVEN AVE NW, GRAND RAPIDS, MI 49544

11305    OLSON, TINA MARIE, 2537 BRIGHTON ST NE, MINNEAPOLIS, MN 55418

11305    OLYMPIA MANAGEMENT, ATTN: STERLING WESTHROP, 3899 PARK AVE., MEMPHIS, TN 38111

11305    OLYMPUS 555 PROPERTIES LLC, 25 09 31 AVENUE, ASTORIA, NY 11106

11305    OMEGA POINT LABORATORIES INC, 16015 SHADY FALLS ROAD, ELMENDORF, TX 78112

11305    OMG AMERICAS INC, 811 SHARON DR, WESTLAKE, OH 44145

11305    OMNI SUPPLY INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305    OMOND MEMORIAL UNITED CHURCH, 319 MCKENZIE AVENUE, NORTH BAY, ON P1B7E3CANADA    *VIA Deutsche Post*

11305    OMTOOL, LTD, PO BOX 3570, BOSTON, MA 02241-3570

11305    ONDEO NALCO COMPANY, LARRY E GROGAN, ONDEO NALCO CENTER, NAPERVILLE, IL 60563-1198

11305    ONEAL, ALBERT E, 2803 VIRGINIA AVE, AIKEN, SC 29801

11305    ONEAL, GLENN SCOTT, 1110378 HC02 BOX 995, BEEVILLE, TX 78102

11305    ONEIL STORAGE, 2061 S RITCHEY ST, SANTA ANA, CA 92705

11305    ONEILL & BORGES, 250 MUNOZ RIVERA AVE, SAN JUAN, PR 00918-1808PUERTO RICO

11305    ONESOURCE DISTRIBUTION INC, PO BOX 910309, SAN DIEGO, CA 92191

11305    OP TECH ENVIRONMENTAL SERVICES INC, 6392 DEERE RD, SYRACUSE, NY 13206

11305    ORANGE COUNTY TAX COLLECTOR, PO BOX 2551, ORLANDO, FL 32802

11305    ORANGE COUNTY TREASURER TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702

11305    ORANGE COUNTY TREASURER-TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702

11305    ORANGE GROVE ISD, C/O LORI ROBERTSON, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 1949 S IH 35 PO BOX 17428, AUSTIN, TX 78760-7428

11305    ORCHANIAN, RAFFY, 109 MYRTLE ST APT #7, WALTHAM, MA 02453

11305    ORCHARD SUPPLY HARDWARE, PO BOX 49016, SAN JOSE, CA 95161-9016

11305    ORDAK, FRANCIS L, 808 220TH ST, PASADENA, MD 21122

11305    OREAR, ANGELIA S, 114 PENARTH RD, SPARTANBURG, SC 29301

11305    OREILLY, KEVIN T, 5272 POST RD, BRONX, NY 10471

11305    ORELL, DENNIS D, 973 ST ANDREWS CIR, GENEVA, IL 60134

11305    OREM JR, ROWLAND L, C/O ROWLAND L OREM, 8605 STONE CREEK CT, DOUGLASVILLE, GA 30135-1667

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   ORKIN EXTERMINATING, 2485 TECHNOLOGY DR, HAYWARD, CA 94545-4866

11305   ORLANDO UTILITIES COMMISSION, 500 SOUTH ORANGE AVE, ORLANDO, FL 32801

11305   OROHO, STEVEN V, 17 EDSALL RD, FRANKLIN, NJ 07416

11305   OROURKE, CLARE, 2771 NW 26 ST, BOCA RATON, FL 33434

11305   ORR PROFESSIONAL SERVICES, PO BOX 631671, CINCINNATI, OH 45263-1671

11305   ORR, DAVE EDWARD, 957 WARLAND CREEK ROAD, LIBBY, MT 59923

11305   ORR, HOWARD KING, 320 SHALOM DRIVE, LIBBY, MT 59923

11305   ORTIZ, MARIA LUISA, P O BOX 809 OROCOUIS, OROCOUIS, PR 00720PUERTO RICO

11305   OSHEA REYNOLDS & CUMMINGS, 237 MAIN ST, MAIN-SENECA BLDG STE 500, BUFFALO, NY 14203

11305   OSTLER, JERRY A, 632 W 2025 N, CENTERVILLE, UT 84014

11305   OSTLUND, CHYLEEN, 1412 MONROE STREET NE, MINNEAPOLIS, MN 55413

11305   OSTROWSKI, WILFORD THOMAS, 926 SUNSET ROAD, COLORADO SPRINGS, CO 80909

11305   OSULLIVAN, CATHERINE M, PO BOX 24127, GREENVILLE, SC 29616

11305   OTEN, FLORDELUZ, RR 1 LAKE AGMAR, WHITE HAVEN, PA 18661

11305   OTT, JAMES F, 4615 SW FREEWAY STE 625, HOUSTON, TX 77027

11305   OTTERBEIN COLLEGE, ONE OTTERBEIN COLLEGE, WESTERVILLE, OH 43081

11305   OTTO, RONALD T, 1232 WINDSOR AVE, RICHMOND, VA 23227

11305   OTTOBRE, RICHARD CARL, 720 JUNE LEE STREET, ELLWOOD CITY, PA 16117

11305   OU, CHIA CHIH, 12 STIMSON AVE, LEXINGTON, MA 02421

11305   OUR LADY OF GOOD COUNSEL SCHOOL, 8601 WOLFTRAP ROAD, VIENNA, VA 22182

11305   OUR LADY QUEEN OF PEACE, 2700 S 19TH STREET, ARLINGTON, VA 22204

11305   OVERBY, LORETTA LOU, 156A YOUNG RD BOX 545, RANDLE, WA 98377

11305   OVERDALE CORP, C/O L C MERTZ, 6147 W 65 ST, CHICAGO, IL 60638

11305   OVERHEAD DOOR CO., 858 CRESCENTVILLE RD., CINCINNATI, OH 45246

11305   OVERHEAD DOOR COMPANY OF BALTIMORE INC, ATTN: DOUGLAS KITTLE, 3501 CENTURY AVE, BALTIMORE, MD 21227

11305   OVERMYER SR, KENNETH L, 480 ORANGE ST, DEQUINCY, LA 70633

11305   OVERSTREET, TOMMY E, 1015 N SLOAN ST, CLINTON, SC 29325

11305   OVERTON, JOHNNY M, 4340 S 300 E, KNOX, IN 46534

11305   OWENS CORNING, ONE OWENS CORNING PKWY, TOLEDO, OH 43659

11305   OWENS MARKETING DESIGN, 5 HUNTFIELD COURT, OWINGS MILLS, MD 21117

11305   OWENS SR, JOHN W, 7006 DELAND AVE, FORT PIERCE, FL 34951

11305   OWENS, MARK G, 500 PALMER DR, KALISPELL, MT 59901

11305   OWENS-ILLINOIS INC, C/O DAVID L GRAY ESQ, BUNDA STUTZ & DEWITT, ONE SEAGATE STE 650, TOLEDO, OH 43604

11305   OXFORD GLOBAL RESOURCES INC, 100 CUMMINGS CTR STE 206-L, BEVERLY, MA 01915-6104

11305   OXFORD PROPERTIES GROUP, 2000-10025-102A AVENUE, EDMONTON, AB T5J2Z2CANADA          **\*VIA Deutsche Post\***

11305   P C PROMOTIONS/ ASI/288693, 3123 S JAMESTOWN AVE, TULSA, OK 74135

11305   P M & S INC., DBA PERSONAL MOVERS, 7 REPUBLIC ROAD, NORTH BILLERICA, MA 01862-2503

11305   P&S ASSOCIATES, 14400 HENN, DEARBORN, MI 48126

11305   PA DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA 17128-0946

11305   PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA 17128-0946

11305   PAC SR, ROBERT L, 8408 S MELVINA, BURBANK, IL 60459

11305   PACE, CAROL P, 4965 LEE FARM CT, ELLICOTT CITY, MD 21043

11305   PACHECO, SOLOMON, 9595 NORTH PECOS STREET #449, DENVER, CO 80260

11305   PACIFIC BELL, BANKRUPTCY DEPARTMENT, PO BOX 981268, WEST SACRAMENTO, CA 95798

11305   PACIFIC FREEHOLDS, 1 EMBARCADERO CENTER, SUITE 3900, SAN FRANCISCO, CA 94111

11305   PACIFIC GAS AND ELECTRIC COMPANY, PO BOX 8329, STOCKTON, CA 95208

11305   PACIFIC NATIONAL CO, 2108 DILLARD WAY, ANTIOCH, CA 94509

11305   PACKAGING CONSULTANTS INC, PO BOX 11131, CHARLOTTE, NC 28220

11305   PACKAGING SPECIALTIES INC, 300 LAKE RD, MEDINA, OH 44256

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   PACKATEERS INC, PO BOX 547, DOWNINGTOWN, PA 19380

11305   PACKER, DOREEN MARGARET, 7705 TYLER ST NE, SPRING LAKE PARK, MN 55432

11305   PACKETT, JOHN E, C/O JOHN PACKETT, 11818 CASHSMITH RD, KEYMAR, MD 21757

11305   PACLEASE OF CENTRAL MARYLAND, 1801 SOUTH CLINTON ST, BALTIMORE, MD 21224

11305   PADGETT-THOMPSON, PO BOX 4725, BUFFALO, NY 14240-4725

11305   PADILLA LANDSCAPE MAINTENANCE, PO BOX 174, SAN LORENZO, CA 94580

11305   PAGANUCCI, MARILYN, DASCHBACH COOPER HOTCHKISS & C, ATTN THOMAS C CSATARI ESQ, PO BOX 191, LEBANON, NH 03766

11305   PAGGEN, MARVIN V, 1320 LAURA ST, SULPHUR, LA 70663

11305   PAKIRTZIS, ZAHARIAS, 7201 36TH AVENUE N APT 118, CRYSTAL, MN 55427

11305   PALAZZO III, RAPHEAL JAMIE, FAC 17-131-U, SAN DIEGO, CA 92085

11305   PALAZZO, RAPHEAL J, C/O DONOVAN CORRECTIONAL FAC, FAC 17-131-U, 480 ALTA RD, SAN DIEGO, CA 92119

11305   PALERMO, JANICE, 8419 S KEAN AVE, HICKORY HILLS, IL 60457

11305   PALEY ROTHMAN ET AL, ATTN: ALAN E EISLER ESQ, 4800 HAMPDEN LANE 7TH FLOOR, BETHESDA, MD 20814

11305   PALL TRINCOR CORP, PO BOX 75312, CHARLOTTE, NC 28275

11305   PALLET KING INC, 1800 NW 22ND ST, POMPANO BEACH, FL 33069

11305   PALLET REMOVAL & REPAIR SERVICE, 1334 ELBERT TAYLOR RD, PELION, SC 29123

11305   PALLETONE OF NORTH CAROLINA INC FORMERL, 2340 IKE BROOKS RD, SILER CITY, NC 27344

11305   PALM COMMODITIES INTERNATIONAL, 1289 BRIDGESTONE PKWY, LA VERGNE, TN 37086

11305   PALMER, CHRISTOPHER A, 48 PARKER RD, PO BOX 23, ENOREE, SC 29335

11305   PALMER, CHRISTOPHER ANDREW, 48 PARKER ROAD PO BOX 23, ENOREE, SC 29335

11305   PALMER, DAVID R, 2950 HWY 92, ENOREE, SC 29335

11305   PALMER, DAVID RANDALL, HWY 92 ENOREE 2950, ENOREE, SC 29335

11305   PALMER, JOHN L, 1701 MT WASHINGTON CT APT G, BALTIMORE, MD 21209

11305   PALMER, NIGEL I, 64 NANEPASHEMET ST, MARBLEHEAD, MA 01945

11305   PALMER, NOREEN, 5554 ISAAC RD, CANAL WINCHESTER, OH 43110

11305   PALMETTO PALLET CO,INC, PO BOX 666, NEWBERRY, SC 29108

11305   PALOMBA, CAROL A, 85 LAKE ST, ARLINGTON, MA 02174

11305   PALOMBA, JOSEPH C, 9 FOSTER RD, LEXINGTON, MA 02421

11305   PAMETICKY, SCOTT, 4702 MONTCLAIR DR NW, CEDAR RAPIDS, IA 52405

11305   PANEL SPECIALTIES INC, 1720 MADISON ST NE, MINNEAPOLIS, MN 55413

11305   PANETTA, MARITZA, 75 ORCHARD ST, ELMWOOD PARK, NJ 07407

11305   PANTANO, ELAINE A, 74A ROPER ST, LOWELL, MA 01852

11305   PAOLONI, JOSEPH PATRICK, 41 LANE GATE RD, WAPPINGERS FALLS, NY 12590

11305   PAOLONI, LISA THERESA, 41 LANE GATE RD, WAPPINGERS FALLS, NY 12590

11305   PAPER CO INC, 325 EMMETT AVE, PO BOX 51866, BOWLING GREEN, KY 42101-6866

11305   PAPPAS, PETER D, 13526 S 88TH AVE, ORLAND PARK, IL 60462

11305   PAR SERVICES INC, 6325 CONSTITUTION DR, FORT WAYNE, IN 46804

11305   PARADYNE CREDIT CORP., PO BOX 2826, LARGO, FL 33779-2826

11305   PARADYNE, PO BOX 930224, ATLANTA, GA 31193-0224

11305   PARAMOUNT PACKING & RUBBER, INC, 4012 BELLE GROVE RD., BALTIMORE, MD 21225

11305   PARDUN, ASHLEY EDWINNA, 827 OAKLAND STREET, CHENEY, WA 99004

11305   PARDUN, HEIKE MARIA, 827 OAKLAND STREET, CHENEY, WA 99004

11305   PARDUN, KIRSTEN ELIZABETH, 827 OAKLAND STREET, CHENEY, WA 99004

11305   PARDUN, LEWIS ALEXANDER, 827 OAKLAND STREET, CHENEY, WA 99004

11305   PARDUN, THOMAS JERRALD, 827 OAKLAND STREET, CHENEY, WA 99004

11305   PARETI, GUINES ROXANNE, 2117 ARDLEY ROAD, NORTH PALM BEACH, FL 33408

11305   PARKER HANNIFIN CORPORATION, 6035 PARKLAND BLVD, CLEVELAND, OH 44124

11305   PARKER, FREDERICK J, 2409 GRAYSTONE LN, FREDERICK, MD 21702

11305   PARKER, LERAH LORENE, 472 RIVERVIEW DRIVE, LIBBY, MT 59923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    PARKER, LINDA L, 6494 WELCH ST, ARVADA, CO 80004

11305    PARKER, MELVIN GEORGE, 472 RIVERVIEW DRIVE, LIBBY, MT 59923

11305    PARKER, PERRY M, 2155 BALTIMORE BLVD, FINKSBURG, MD 21048

11305    PARKER, RICHARD H, 1118 SHOREWOOD COURT, COEUR D ALENA, ID 83815

11305    PARKINSON, LARRY T, 4 EVERGREEN CIR, NORWOOD, MA 02062

11305    PARKS, BRUCE E, 13 AUSTIN LN, BYFIELD, MA 01922

11305    PARKS, GLORIA ANN, P.O. BOX 430, MANCHESTER, WA 98353

11305    PARKS, PAUL A, 350 BRYANT RD APT D-16, SPARTANBURG, SC 29303

11305    PARKS, ROBERT G, P.O. BOX 430, MANCHESTER, WA 98353

11305    PARLIN, DARLENE, 28 ELIOT ST, BILLERICA, MA 01821

11305    PARNELL, CHRISTOPHER T, 3303 OLD CAMP LONG RD, AIKEN, SC 29801

11305    PARRIS, JANIE, 217 S MAIN ST, DUNCAN, SC 29334

11305    PARRISH, PATRICIA LYNN, 60 SYLVESTER PL, BREMMERTON, WA 98312

11305    PARRISH, TREVER LEE, 60 A SLYVESTER PL, BREMERTON, WA 98312

11305    PARTS EXPRESS, 1366 DOOLITTLE DR, SAN LEANDRO, CA 94577

11305    PASLEY, NANCY L, 36 BARROW ST, NEW YORK, NY 10014

11305    PATCH, GARY, 33 SOUTH SIXTH STREET SUITE 4100, MINNEAPOLIS, MN 55402

11305    PATRICK ENGINEERING,

11305    PATRICK, GREGG A, 301 GLYNDON MEWS CT, REISTERSTOWN, MD 21136

11305    PATRICK, KENNETH R, 729 CHEROKEE TRL, ROSSVILLE, GA 30741

11305    PATROSE, BABU, 1958 AMESBURY CT, WALNUT CREEK, CA 94596

11305    PATTEN JR, JAMES W, 596 RILEY CT APT A, JOPPA, MD 21085

11305    PATTERSON III, MARVIN H, 312 MILAM RD, CLINTON, SC 29325

11305    PATTERSON LORENTZEN ETAL, 505 FIFTH AVE # 729, DES MOINES, IA 50309-2390

11305    PATTERSON TRUCK REPAIR INC, 806 16TH ST, MENDOTA, IL 61342

11305    PATTERSON, JAY A, PO BOX 7544, BALTIMORE, MD 21207

11305    PATTERSON, MARK J, 4 EQUESTRIAN DR, NORTH READING, MA 01864

11305    PATTERSON, PAUL, 2135 BROWNS GAP TPKE, CHARLOTTESVILLE, VA 22901

11305    PATTON BOGGS LLP, 2550 M ST NW, WASHINGTON, DC 20037-1350

11305    PATTON SNOW, MORRIS, 103 GATEWOOD AVE, SIMPSONVILLE, SC 29681

11305    PATTON, LETONYA P, 1409 ROPER MTN RD APT 223, GREENVILLE, SC 29615

11305    PAUL MCGOVERN COMPANY, 195 ESMEYER DRIVE, SAN RAFAEL, CA 94903-3771

11305    PAUL REILLY CO., 7085 COLLECTION CENTER DR., CHICAGO, IL 60693

11305    PAUL VI HIGH SCHOOL, 10675 LEE HIGHWAY, FAIRFAX, VA 22030

11305    PAUL, JAMES EDWARD, 520 DEUEL, FORT MORGAN, CO 80701

11305    PAUL, LLOYD EDWARD, P.O. BOX 412, AUGUSTA, MT 59410

11305    PAUL, ROBERT N, 13 TAFT AVE, MAYNARD, MA 01754

11305    PAULAHA, CRAIG, 3550 S HARLAN ST 7-166, DENVER, CO 80235

11305    PAULETTE, ANTHONY JOSEPH, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903

11305    PAULETTE, MARCELLA M, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903-7909

11305    PAULETTE, MARCELLA MAE, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903

11305    PAULETTE, MARK ALAN, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903

11305    PAULSON, JOHN JAMES, 915 5TH AVE SW, PINE CITY, MN 55063

11305    PAVAO, ROSE M, 8 BEVERLY AVE, WILMINGTON, MA 01887

11305    PAVLIDIS, ARTHUR S, 124 PEELE RD, NASHUA, NH 03062-2579

11305    PAVLIK, RICHARD L, 1909 GIGI LN, DARIEN, IL 60561

11305    PAYNE, CARL A, 3025 KY 554, OWENSBORO, KY 42301

11305    PAYNE, FRANCIS A, 5858 KY 1389, OWENSBORO, KY 42303

11305    PAYNE, GERALD A, 3537 SHUT OUT CT, OWENSBORO, KY 42303

11305    PAYNE, JANICE SAWYER, 2784 LA CUESTA DRIVE, LOS ANGELES, CA 90046

11305    PAYTON, ROBERT, 16917 ROLLING ROCK DR, TAMPA, FL 33618

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   PBCC, PO BOX 856460, LOUISVILLE, KY 40285-6460

11305   PC CONNECTION INC, 730 MILFORD RD, MERRIMACK, NH 03054

11305   PCA ENGINEERING INC., 430 MONTCLAIR AVE, POMPTON LAKES, NJ 07442

11305   PCI SERVICE CO., 7909 PHILADELPHIA RD., BALTIMORE, MD 21237-2694

11305   PCS IN A PINCH, 338 CLUBHOUSE RD, HUNT VALLEY, MD 21031

11305   PCS IN A PINCH, 338 CLUBHOUSE ROAD, HUNT VALLEY, MD 21031

11305   PCS SALES (USA), INC, PO BOX 71029, CHICAGO, IL 60694-1029

11305   PDQ PRINTING SERVICE, INC, 1914 CLARK AVE., CLEVELAND, OH 44109

11305   PEABODY PRESS INC., 1023 S. CURLEY ST., BALTIMORE, MD 21224

11305   PEACE PRODUCTS CO, 143 PENNSYLVANIA AVE, MALVERN, PA 19355

11305   PEACH STATE INSTRUMENTS, 869 PICKENS INDUSTRIAL DR SUITE 1, MARIETTA, GA 30062

11305   PEACOCK, JAMES D, 3350 ADKINS LN, CHATTANOOGA, TN 37419

11305   PEAK TECHNOLOGIES, INC, PO BOX 651588, CHARLOTTE, NC 28265-1588

11305   PEARCE, DAVID L, 158 LAKESHORE DR, PASADENA, MD 21122

11305   PEARLMAN, BURT S, 2100 EL DORADO WAY, CARROLLTON, TX 75006

11305   PEARSON SR, PETER P, PO BOX 26301, TUCSON, AZ 85726

11305   PEARSON SR, PETER PAUL, PO BOX 26301, TUCSON, AZ 85726

11305   PEARSON, RAYMOND T, 3922 EDMONDSON AVE, BALTIMORE, MD 21229

11305   PEASLEE BOLAND, SHERRY E, 1015 TREETOP TRAIL DR, MANCHESTER, MO 63021

11305   PEAVY JR, LOUIS E, 1408 WAVERLY ST, LAKE CHARLES, LA 70605

11305   PEDERS JR, THORVALD S, 8608 WATER FALL DR, LAUREL, MD 20723

11305   PEDUTO, KATHLEEN A, 44 ALCOTT ST, ACTON, MA 01720

11305   PEED JR, ROBERT R, C/O ROBERT PEED JR, 6701 FOXCATCHER CT, ELKRIDGE, MD 21075

11305   PEELING, CHARLES M, 2605 OLD FORT SCHOOLHOUSE RD, HAMPSTEAD, MD 21074

11305   PELETT, WALTER D, 823 SE 3RD AVE, PORTLAND, OR 97214

11305   PELUF, TERRENCE MICHAEL, 1419 UNIVERSITY AVE NE, MINNEAPOLIS, MN 55413

11305   PEMBER, BRIAN K, 257 GLEN CT, PASADENA, MD 21122

11305   PENN POWER, PO BOX 3686, AKRON, OH 44309-3686

11305   PENN-AIR & HYDRAULICS CORP, PO BOX 132, YORK, PA 17405

11305   PENNIMAN & BROWNE INC, 6252 FALLS RD PO BOX 65309, BALTIMORE, MD 21209

11305   PENNINGTON, JENNI R, 103 HUMMINGBIRD LN, LAURENS, SC 29360

11305   PENNINGTON, JENNI RAE, 103 HUMMINGBIRD LANE, LAURENS, SC 29360

11305   PENNINGTON, N L, 6470 COTTONTAIL TRL, BURLINGTON, KY 41005

11305   PENNONI ASSOCIATES INC, ATTN PETER J COOTE ESQUIRE, ONE DREXEL PLAZA 3001 MARKET ST, PHILADELPHIA, PA 19104-2897

11305   PENNSYLVANIA HAZARDOUS MATERIAL, PO BOX 68571, HARRISBURG, PA 17106-8571

11305   PENNSYLVANIA STEEL CO INC, 1717 WOODHAVEN DR, BENSALEM, PA 19020

11305   PENNWELL PUBLISHING COMPANY, PO BOX 94881, TULSA, OK 74194

11305   PENNYS CONCRETE INC, 23400 W 82ND ST, SHAWNEE MISSION, KS 66227-2705

11305   PENSION BENEFIT GUARANTY CORPORATION, BRAD Q ROGERS ESQ, OFFICE OF THE GENERAL COUNSEL, 1200 K ST NW STE 340, WASHINGTON, DC 20005-4026

11305   PENSION BENEFIT GUARANTY CORPORATION, C/O BRAD Q ROGERS ESQ, OFFICE OF THE GENERAL COUNSEL, 1200 K ST NW STE 340, WASHINGTON, DC 20005-4026

11305   PENSKE TRUCK LEASING CO LP, PO BOX 1297, BREA, CA 92822-1297

11305   PENSKE TRUCK LEASING CO, PO BOX 301, READING, PA 19603-0301

11305   PENTECOST, ELAINE, 6988 HWY 1 N, BOYCE, LA 71409

11305   PEOPLES GAS LIGHT & COKE CO N SHORE GAS, 130 E RANDOLPH DR, CHICAGO, IL 60601

11305   PEPE, RONALD N, 34 FAIRMOUNT WAY, QUINCY, MA 02169

11305   PEPPER, HOWARD WILLIAM, 906 W BALSAM ST, LIBBY, MT 59923

11305   PEPPER, LINDA LEE, 906 W BALSAM ST, LIBBY, MT 59923

11305   PERCY JR, PAUL F, 21548 W EMPRESS LN, PLAINFIELD, IL 60544

11305   PERCZYNSKI, DAVID S, 1240 W 131ST CT, LEMONT, IL 60439

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    PERDUE, RICHARD R, 302 SASSAFRAS DR, TAYLORS, SC 29687

11305    PEREGOY, THOMAS E, 3332 CHOPTANK AVE, BALTIMORE, MD 21220

11305    PEREGRINE E-MARKETS GROUP, PO BOX 198145, ATLANTA, GA 30384-8145

11305    PEREIRA, CARMO J, 1912 MIDDLEBRIDGE DR, SILVER SPRING, MD 20906

11305    PERELSON WEINER LLP, RONALD WEINER, ONE DAG HAMMARSKJOLD PLZ, 42ND FLR, NEW YORK, NY 10017

11305    PEREZ, ROMEO P, 3309 N GARDEN LN, AVONDALE, AZ 85323

11305    PEREZ, VALERIE, 1330 NW 13 ST #19, BOCA RATON, FL 33486

11305    PERFORMANCE PACKAGING, 406 MASSAPOAG ROAD, LINCOLNTON, NC 28092

11305    PERINI CORPORATION, 73 MT WAYTE AVENUE, FRAMINGHAM, MA 01701

11305    PERINI CORPORATION, C/O JEFFREY R PORTER ESQUIRE, MINTZ LEVIN COHN FERRIS ET AL, ONE FINANCIAL CENTER, BOSTON, MA 02111

11305    PERKIN ELMER CORPORATION, PO BOX 95230, CHICAGO, IL 60690

11305    PERKIN ELMER INSTRUMENTS LLC, PO BOX 101668, ATLANTA, GA 30392-1668

11305    PERKINS COIE LLP, ATTN: JOHN S KAPLAN, 1201 3RD AVE 48TH FLOOR, SEATTLE, WA 98101-3099

11305    PERKINS COIE LLP, JOHN S KAPLAN, 1201 THIRD AVE 48TH FL, SEATTLE, WA 98101-3099

11305    PERKINS PRODUCTS, 7025 W. 66TH PLACE, BEDFORD PARK, IL 60638-4703

11305    PERKINS, 305 MYLES STANDISH BLVD, TAUNTON, MA 02780-0229

11305    PERKINS, CHARLES W, 181 CHALK BED RD, GRANITEVILLE, SC 29829

11305    PERKINS, JACKSON JUNIOR, 4449 FOUR MILE LOOP BOX 15, GREENSBORO, NC 27405

11305    PERKS WELDING CO INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305    PERNANKIL, GANESH, 4994 DORSEY HALL DR UNIT A1, ELLICOTT CITY, MD 21042

11305    PERREAULT, LINDA JANE, 922 21ST STREET, ZION, IL 60099

11305    PERRIEN, KELVIN ARTHUR, 730 N BROADWAY, TURLOCK, CA 95380

11305    PERRIEN, TOBIAS NOEL, 4007 S MORGAN RD, TURLOCK, CA 95380

11305    PERRIEN, VICKI LEE, 730 N BROADWAY, TURLOCK, CA 95380

11305    PERRIER, ROBERT L, 19 CHANDOGA DR, NEWTON, NJ 07860

11305    PERRY SCALE COMPANY INC, PO BOX 1474, HOUSTON, TX 77251

11305    PERRY, ERA, 7673 HARLOW DR APT K, GLEN BURNIE, MD 21061

11305    PERRY, FRANCIS N, 1215 DUKELAND ST, BALTIMORE, MD 21216

11305    PERRY, GORDON L, 278 LIONS WATCH DR, PASADENA, MD 21122

11305    PERRY, GUSTAV M, 409 RHODE ISLAND AVE, CHERRY HILL, NJ 08002

11305    PERRY, JERRY L, 1404 JUDY ST, VINTON, LA 70668

11305    PERRY, NORMAN D, 1203 DELAWARE PL, BALTIMORE, MD 21228

11305    PERRY, RANDALL, 1110 MCHENRY DR, GLEN BURNIE, MD 21061

11305    PERRY, STEVEN M, 8 JERSEY ST, PEPPERELL, MA 01463

11305    PERSONNEL MANAGEMENT ASSOCIATION, 9722 S CICERO AVE, OAK LAWN, IL 60453

11305    PETER PAUL OFFICE EQUIP, INC, 711 CARR ST., CINCINNATI, OH 45203

11305    PETERS SMITH & CO, C/O CHARLES C TRASCHER III, PO BOX 2055, MONROE, LA 71207

11305    PETERS, BRANDEN B, 119 6TH AVE N, WAITE PARK, MN 56387

11305    PETERS, JEFFREY L, 1470 WOODSTOCK RD, WOODSTOCK, MD 21163

11305    PETERS, LURA B, 2088 COON CLUB RD, WESTMINSTER, MD 21157

11305    PETERS, MICHAEL A, 2088 COON CLUB RD, WESTMINSTER, MD 21157

11305    PETERS, ROBERT R, 2000 FREMONT AVE, SAINT PAUL, MN 55119

11305    PETERSEN, TONNI BECKETT, C/O KAREN WICKERSHAM 5455 PROSPECT DRIVE, MISSOULA, MT 59808

11305    PETERSON LUMBER CO INC, PO BOX 214, TRAVELERS REST, SC 29690

11305    PETERSON, KAREN S, 5079 E VINTAGE DR UNIT B, HERNANDO, FL 34442

11305    PETITTO, ERIN ASHLY, 3410 N HARDING, CHICAGO, IL 60618

11305    PETITTO, JOHN MANUEL, 3410 N HARDING, CHICAGO, IL 60618

11305    PETITTO, SUSAN DIANE, 3410 N HARDING, CHICAGO, IL 60618

11305    PETR, CATHLEEN R, 6269 FAIRBOURNE CT, HANOVER, MD 21076

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   PETR, STANLEY N, 6969 FAIRBOURNE CT, HANOVER, MD 21076

11305   PETRASEK, EMIL J, 3 FOX DEN, HOLLIS, NH 03060-6220

11305   PETRASEK, PATRICIA, 3 FOX DEN RD, HOLLIS, NH 03049-6220

11305   PETRO LINK INTERNATIONAL LLC, 26838 I-45 N #226, SPRING, TX 77386

11305   PETROLEUM SERVICE CORPORATION, PO BOX 3517, BATON ROUGE, LA 70821

11305   PETTI, NATALIE C, 6 CHESTER AVE, ANNAPOLIS, MD 21403

11305   PETTI, THOMAS F, 6 CHESTER AVE, ANNAPOLIS, MD 21403

11305   PETTY, JESSE, 504 E 191ST PL, GLENWOOD, IL 60425

11305   PEUSCH, PATRICK R, 2403 BRUNSWICK RD, BALTIMORE, MD 21227

11305   PEZZULLO, THOMAS H, 2505 CANTERBURY CIR, VIERA, FL 32955-6528

11305   PHARIS, MILTON T, 105 CAROLINE ST, DEQUINCY, LA 70633

11305   PHILADELPHIA MIXERS, 1221 EAST MAIN ST, PALMYRA, PA 17078

11305   PHILADELPHIA STEEL DRUM CO INC, 8 WOODSIDE DR, RICHBORO, PA 18954

11305   PHILIP A LUTIN / CONSULTING ENGINEER, ATTN: PHILIP A LUTIN, PO BOX 21780, CHATTANOOGA, TN 37424

11305   PHILIP SERVICES CORP, PO BOX 200907, HOUSTON, TX 77216-0907

11305   PHILIP TRANSPORTATION & REMEDI, PO BOX 3069-DEPT 6, HOUSTON, TX 77253-3069

11305   PHILIPPS, MICHAEL F, 5 DAVID HENRY GARDNER LN, SOUTHBOROUGH, MA 01772

11305   PHILIPS ANALYTICAL INC, 12 MICHIGAN DR, NATICK, MA 01760

11305   PHILLIPS 66 COMPANY, PO BOX 75201, CHARLOTTE, NC 28275

11305   PHILLIPS HALL, EMMA J, 2027 W 4TH ST, OWENSBORO, KY 42301

11305   PHILLIPS LYTLE HITCHCOCK BLAINE & HUBER, ATTN WILLIAM J BROWN ESQ, 3400 HSBC CTR, BUFFALO, NY 14203

11305   PHILLIPS ORMONDE & FITZPATRICK, 367 COLLINS ST, MELBOURNE, 03000AUSTRALIA     *VIA Deutsche Post*

11305   PHILLIPS, ALAN R, 14224 GREENCROFT LN, COCKEYSVILLE, MD 21030-1112

11305   PHILLIPS, DORIS R, 37-14 PARSONS BLVD APT 4F, FLUSHING, NY 11354

11305   PHILLIPS, FRANK C, 125 N MARAUDER, SULPHUR, LA 70663-6718

11305   PHILLIPS, JOHN E, 102 WOODS RD, PELZER, SC 29669

11305   PHILLIPS, PARKER ORBERSON & MOORE &, 716 WEST MAIN ST, SUITE 300, LOUISVILLE, KY 40202

11305   PHOENIX FENCE, PO BOX 21183, PHOENIX, AZ 85036-1183

11305   PHOTOTEK, 4430 NELSON RD., LAKE CHARLES, LA 70605

11305   PIANDES, ANNE, 2501 S OCEAN BLVD #304, BOCA RATON, FL 33432

11305   PICHE, LOUIS, 164 BLVD JUTRAS EST, VICTORIAVILLE, QC G6P4M1CANADA     *VIA Deutsche Post*

11305   PICHNIC, JOHN R, 2783 MILLER DR, SULPHUR, LA 70665

11305   PICK UP PLUS, 2424 LAS POSITAS RD, LIVERMORE, CA 94551

11305   PICKENS, JOHN T, 8499 GREENVILLE AVE #105, DALLAS, TX 75231-2411

11305   PICKERING, CHARLES ALLEN, 620 TERRACE VIEW ROAD, LIBBY, MT 59923

11305   PICKERING, TERESA JANE, 620 TERRACE VIEW ROAD, LIBBY, MT 59923

11305   PICKETT, JAMES H, 4234 HIGHWAY 108 W, SULPHUR, LA 70665

11305   PICKETT, JAMES H, 4234 HWY 108 W, SULPHUR, LA 70665

11305   PICKETT, LINDA S, 28089 W 85TH TERR, DE SOTO, KS 66018

11305   PIECEWICZ, LAURA A, 29 MARKHAM CR, AYER, MA 01432

11305   PIEHLER, MARIAN, 403 WHITE AVE, NORTHVALE, NJ 07647-1523

11305   PIERCE, ALDEN C, PO BOX 129, RENSSELAERVILLE, NY 12147

11305   PIERCE, GERALD FREDRICK, 27840 LAMAR AVE, CHISAGO CITY, MN 55013

11305   PIERCE, JACKIE L, 462 DEE GILLAND RD, SINGER, LA 70660-3020

11305   PIERCE, NICHOLAS, 13534 CANTRY CIR, TOMBALL, TX 77375

11305   PIERGROSSI, MICHAEL N, 15221 BUCKS RUN DR, WOODBINE, MD 21797

11305   PIERRE, CARLINE, 7746 SO LUELLA AVE, CHICAGO, IL 60649

11305   PIERSON, HARRY E, 9 WOODEDGE RD, PLANDOME, NY 11030

11305   PIGGOTT, TERRELL, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305    PIKESVILLE LUMBER CO., 7104 LIBERTY RD., BALTIMORE, MD 21207-4518

11305    PIKOWSKI, LEONARD F, 365 E RICHMOND, WESTMONT, IL 60559

11305    PILGREEN, SIDNEY E, 80 LEGION HUT RD, PARIS, AR 72855

11305    PILOT CHEMICAL COMPANY, DEPT. N 7473, LOS ANGELES, CA 90084-7473

11305    PINKERTON SECURITY SERVICES, PO BOX 2111, CAROL STREAM, IL 60132-2111

11305    PIPER MARBURY RUDNICK & WOLFE LLP, 6225 SMITH AVE, BALTIMORE, MD 21209-3600

11305    PIPESTONE CONCRETE, WILLIS VAN ROEKEL, RT #1 BOX 205, PIPESTONE, MN 56164

11305    PIPING SUPPLY CO INC, PO BOX 5099, CHATTANOOGA, TN 37406

11305    PIRES, MARK A, 5 HATHAWAY AVE, PEABODY, MA 01960

11305    PISANO, JOSEPH V, 29 S FURNESS ST, REVERE, MA 02151

11305    PISCITELLO-LOUDON, RITA S, 25 APPLE DR, SPRING LAKE, NJ 07762

11305    PITNEY BOWES CREDIT CORPORATION, RECOVERY SERVICES 3RD FL, 27 WATERVIEW DR, SHELTON, CT 06484-5151

11305    PITNEY BOWES INC,

11305    PITNEY BOWES, INC, PO BOX 85390, LOUISVILLE, KY 40285-6390

11305    PITNEY BOWES, PO BOX 856460, LOUISVILLE, KY 40285-6460

11305    PITNEY HARDIN KIPP & SZUCH LLP, ATTN: SCOTT A ZUBER, ESQ, PO BOX 1945, MORRISTOWN, NJ 07962-1945

11305    PITRE, HURIST, 2406 2ND AVE, LAKE CHARLES, LA 70601

11305    PITTINGER, RON, 8212 FOREST GLEN DR, PASADENA, MD 21122

11305    PITTMAN, WINIFORD R, PO BOX 1065, OAKDALE, LA 71463

11305    PITTSBURGH CORNING CORPORATION, ATTN ROSALIE J BELL ESQ, 800 PRESQUE ISLE DR, PITTSBURGH, PA 15239

11305    PITTSBURGH SCHOOL DISTRICT, FACILITIES DIVISION 1305 MURIEL STREET, PITTSBURGH, PA 15203

11305    PLANINSEK, BARBARA, 62 BELKNAP RD, FRAMINGHAM, MA 01701

11305    PLANK, MARK S, 19844 S FARMINGTON LN, FRANKFORT, IL 60423

11305    PLASMINE TECHNOLOGY INC, PO BOX 30209, PENSACOLA, FL 32503-1209

11305    PLASTECH SERVICES, INC, 3903 A WASHINGTON BLVD., BALTIMORE, MD 21227

11305    PLASTEK WERKS, INC, PO BOX 5906, GAINESVILLE, GA 30504

11305    PLASTIC SALES & MFG CO INC, 3124 GILLHAM PLZ, KANSAS CITY, MO 64109

11305    PLATINUM CAPITAL INVESTMENTS INC, 1608 MIDWEST CLUB PKWY, OAK BROOK, IL 60523

11305    PLATT ELECTRIC SUPPLY, PO BOX 2858, PORTLAND, OR 97208-2858

11305    PLAUCHE SMITH & NIESET APLC, C/O CHRISTOPHER P IEYOUB, PO DRAWER 1705, LAKE CHARLES, LA 70602-1705

11305    PLAXALL INC, 5-46 46TH AVENUE, LONG ISLAND CITY, NY 11101

11305    PLECHA, STANISLAW, 10518 VISTA RD, COLUMBIA, MD 21044

11305    PLICHTA, BERNADETTE A, 2302 STOCKTON RD, JOPPA, MD 21085

11305    PLUMLEE, KARL W, 16510 MUNI RD, APPLE VALLEY, CA 92307

11305    PLUNKETT, MARTIN E, 286 GOODSPRINGS RD, AIKEN, SC 29801

11305    PLYLER, HAROLD E, 5817 WEDDINGTON MONROE RD, MATTHEWS, NC 28104

11305    PMA INC., 123 HAMILTON ST, BOSTON, MA 02125

11305    POCKRANDT, MILO E, 3717 S EUCLID, BERWYN, IL 60402

11305    POE, CARL T, 1940 MAXWELL AVE, BALTIMORE, MD 21222

11305    POLAR SERVICE CENTER, 120 CEDAR SPRING RD, SPARTANBURG, SC 29302

11305    POLAR SERVICE CENTER, 7600 E SAM HOUSTON PKWY N, HOUSTON, TX 77049

11305    POLAR TRAILER SALES & LEASING, 1617 BROENING HWY, BALTIMORE, MD 21224-6002

11305    POLESNE, LINDA A, 9818 FOX HILL RD, PERRY HALL, MD 21128

11305    POLIN, JAMES DARYL, 8000 NEW ENGLAND DR, N CHARLESTON, SC 29418

11305    POLING, GREGORY E, 4284 BUCKSKIN LAKE DR, ELLICOTT CITY, MD 21042

11305    POLITO, ANGELO, 317 ALEWIFE BROOK PKY, SOMERVILLE, MA 02144-1150

11305    POLLOCK CO, 1711 CENTRAL AVE, AUGUSTA, GA 30904

11305    POLTORICK, ALICE M, 63 GRANT AVE, WATERTOWN, MA 02472