**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   POLY PACKAGING SYSTEMS INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305   POLYPRIDE INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305   POMMET, JAMES A, 35 BONNER AVE, MEDFORD, MA 02155

11305   POND ANDROSS, KENNITA M, C/O KENNITA ANDROSS, 6802 XANA WAY, CARLSBAD, CA 92009

11305   POOLE, DEBRA A, 114 NE 16TH CT, DELRAY BEACH, FL 33444

11305   POPHAM, KAREN A, C/O KAREN POPHAM, 7825 LAKEVIEW DR, BLACK FOREST, CO 80908

11305   PORCARO, SHEILA M, 31 DALY RD, MEDFORD, MA 02155

11305   POROCEL CORP., 10300 ARCH ST. PIKE, LITTLE ROCK, AR 72206

11305   POROCHONSKI, JEAN N, 750 SE 6TH AVE #220, DEERFIELD BEACH, FL 33441

11305   PORRAS, DANNY E, 23411 SUMMER FIELD APT 21-K, ALISO VIEJO, CA 92656

11305   PORT AGGREGATES INC, 1 LAKESHORE DR STE 1200, LAKE CHARLES, LA 70629

11305   PORT OF SEATTLE, 17600 PACIFIC HIGHWAY, SEATAC, WA 98188

11305   PORT OF SEATTLE, 17600 PACIFIC HIGHWAY, SEATTLE, WA 98188

11305   PORT OF SLIDELL LLC, PO BOX 24597, NEW ORLEANS, LA 70184

11305   PORT PRINTING, 931 HODGES ST, LAKE CHARLES, LA 70601

11305   PORT, JOHN, 936 S W 38TH CT, BOYNTON BEACH, FL 33435

11305   PORTER CAPITAL CORP, 809-K BARKWOOD COURT, LINTHICUM, MD 21090

11305   PORTER PIPE & SUPPLY CO, 303 S ROHLWING RD, ADDISON, IL 60101

11305   PORTER, BRETT E, 8165 ANACONDA RD, OAK HILLS, CA 92345

11305   PORTER, KENNY E, 38488 S CANYON SHADOWS DR, SADDLEBROOK, AZ 85739-1059

11305   PORTER, STAN, 409 WALNUT ST, CINCINNATI, OH 45216

11305   PORTER, STANLEY T, C/O STAN PORTER, 409 WALNUT ST,

11305   PORTER, WILLIAM B, 1021 MIRROR LAKE LN, CORDOVA, TN 38018

11305   PORTERS SUPPPLY CO, INC, 1100 WHISTLER AVE., PO BOX 4451, BALTIMORE, MD 21223-4510

11305   PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830

11305   PORTIE, AMORA N, 103 GARDEN ST, SULPHUR, LA 70663

11305   PORTINAUSE, FRANK D, 1419 SISTRUNK RD, LAKE CHARLES, LA 70611

11305   PORTINAUSE, FRANK, 1419 SISTRUNK RD, LAKE CHARLES, LA 70611

11305   PORTMAN EQUIPMENT CO., 4331 ROSSPLAIN ROAD, CINCINNATI, OH 45236

11305   POSEY, ERVIN, 888 WINDSOR RD, WINDSOR, SC 29856

11305   POSEY, WILLIE L, 220 TRIPLE CROWN RUN, SAN MARCOS, TX 78666

11305   POSINSKI, MICHAEL F, 602 WESTBURY RD, FALLSTON, MD 21047

11305   POSNER, JEFFREY M, 8730 NW 54TH ST, CORAL SPRINGS, FL 33067

11305   POSS, JAMES M, 235 W HULETT LN, CARROLLTON, GA 30116

11305   POSTON, RICHARD L, 94 SUFFOLK DR, AIKEN, SC 29803

11305   POTASH CORP, C/O DAVID W WIRT ESQ, WINSTON & STRAWN, 35 W WACKER DR, CHICAGO, IL 60601

11305   POTTER, RIAL S, C/O RIAL POTTER, 2792 ROCKWOOD HTS, GREEN BAY, WI 54313

11305   POTTS, WILLIAM J, 2211 IRON LEIGE CT, OWENSBORO, KY 42301

11305   POULLARD, ALBERT R, 2340 23RD ST, LAKE CHARLES, LA 70601

11305   POUND, GRANT ALFRED, 206 HELENA FLATS ROAD, KALISPELL, MT 59901

11305   POUREMAD, REZA, 24 ROYAL ST, WALTHAM, MA 02452

11305   POWE, DAVID, PO BOX 313, TROUT, LA 71371

11305   POWELL, BARBARA ANN, 100 7 KENWALL VILLAGE, SHELBY, NC 28152

11305   POWELL, CHARLES R, 1209 TALLEY RD, CHATTANOOGA, TN 37411

11305   POWELL, JOSEPH W, 1605 HARPERS FERRY RD, COLLEGE STATION, TX 77845

11305   POWELL, STEPHEN D, 3816 DEERFOOT RD, CHATTANOOGA, TN 37406

11305   POWER ASSOCIATES, KEYSTONE BUSINESS CENTER, 2014-D FORD RD, BRISTOL, PA 19007

11305   POWER JR, GEORGE J, 107 CHESTER ST BOX 163, NORTH FALMOUTH, MA 02556

11305   POWER PUMPS INC, 2820 SEABOARD LANE, LONG BEACH, CA 90805-3752

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   POWERLIFT CORPORATION, 8314 E SLAUSON AVE, PICO RIVERA, CA 90660

11305   POWERS, JACK E, 203 RAINWOOD DR, SIMPSONVILLE, SC 29681

11305   POWERS, PAUL G, MOBILE VILLAGE LOT 27, WEST BRANCH, IA 52358

11305   POWERS, RONALD J, 1466 SUTTER LOOP S, OWENSBORO, KY 42303

11305   POWERS, RONALD J, C/O RONALD POWERS, 1466 SUTTER LOOP S, OWENSBORO, KY 42303

11305   POWERTEX INC, ONE LINCOLN BLVD, ROUSES OINT, NY 12979

11305   POWLING, DOUGLAS J,

11305   POYNER & SPRUILL, 100 NORTH TRYON ST SUITE 4000, CHARLOTTE, NC 28202-4010

11305   PPG INDUSTRIES INC, ATTN THOMAS L BUTERA ESQ, ONE PPG PL, PITTSBURGH, PA 15222

11305   PPL UTILITIES, 2 NORTH 9TH ST, ALLENTOWN, PA 18101-1175

11305   PR NEWSWIRE INC, G PO BOX 5897, NEW YORK, NY 10087-5897

11305   PRACTICAL APPLICATIONS, ACCOUNTS RECEIVABLE, 319 A ST (REAR), BOSTON, MA 02210

11305   PRATT, WILLIAM B, 17 PROSPECT ST, MAYNARD, MA 01754

11305   PRAXAIR INC, ATTN JOE CAMPANA CREDIT MANAGER, PO BOX 1986, DANBURY, CT 06813-1986

11305   PRAXAIR/GAS TECH, DEPT CH10660, PALATINE, IL 60055-0660

11305   PRAXIAR/GAS TECH, DEPT. CH10660, PALATINE, IL 60055-0660

11305   PREBIL, JOHN & MARGERY, C/O ALLAN M MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT 59901

11305   PREBIL, JOHN & MARGERY, C/O JON L HEBERLING, MCGARVEY, HEBERLINE, SULLIVAN, 745 SOUTH MAIN, KALISPELL, MT 59901

11305   PRECISE CORPORATE PRINTING INC, 75 FRONT ST, BROOKLYN, NY 11201

11305   PRECISION PRINTS, 2901 MAPLEWOOD DR., SULPHUR, LA 70663

11305   PREDICT DIV OF REID ASSET MANAGEMENT CO, PO BOX 931898, CLEVELAND, OH 44193-3046

11305   PREFERRED FIRE PROTECTION, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   PRESCOTT, LEE R, 12 MOULTON DR, EAST HAMPSTEAD, NH 03826

11305   PRESS, PHILIP J, 9489 BATTLER CT, COLUMBIA, MD 21045

11305   PRESSLER, ROSARIO, 4500 KENILWORTH,

11305   PREVATT, LARRY W, 5017 WRIGHT AVE, BALTIMORE, MD 21205

11305   PREVITE, MARY J, 40 GLEN RD, HOPKINTON, MA 01748

11305   PREVOST, ROBERT P, 13 ST AUGUSTINE DR, GREENVILLE, SC 29615

11305   PREVOST, ROBERT P, 13 ST AUGUSTINE DR, GREENVILLE, SC 29615-3232

11305   PRICE ASSOCIATES, INC, PO BOX 342, WHITE PLAINS, NY 10605

11305   PRICE, JUDITH M, 224 W NICKLAUS AVE, KALISPELL, MT 59901

11305   PRICE, PAUL, C/O ALLAN M MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT 59901

11305   PRICE, PAUL, C/O JON L HEBERLING, MCGARVEY, HEBERLING, SULLIVAN, 745 SOUTH MAIN, KALISPELL, MT 59901

11305   PRIEST JR, ALBERT, 3406 CHRISTOPHER CT, BALTIMORE, MD 21244

11305   PRIGOT, JONATHAN M, 44 HIGH ST, CANTON, MA 02021-3609

11305   PRILLAMAN, PO BOX 751411, CHARLOTTE, NC 28275

11305   PRIMARK TOOL GROUP, 33319 TREASURY CENTER, CHICAGO, IL 60694-3300

11305   PRIMET CORP, 1450 E AMERICAN LN STE 1220, SCHAUMBURG, IL 60173

11305   PRINCE GEORGES COUNTY MARYLAND, C/O MEYERS RODBELL & ROSENBAUM P.A., 6801 KENILWORTH AVE STE 400, RIVERDALE, MD 20737

11305   PRINCE, EUGENE M, 10520 E PANTERA AVE, MESA, AZ 85212

11305   PRINCETON BOOTH CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374

11305   PRINCETON PLAZA CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374

11305   PRINT MART, 4724 WEST 103RD ST., OAK LAWN, IL 60453

11305   PRITCHETT, WILLIAM, 1558 KNOLL CIRCLE DR, SANTA BARBARA, CA 93103

11305   PRITT, RALPH D, 737 EMPIRE AVE, VENTURA, CA 93003

11305   PROCESS HEATING CORPORATION, 547 HARTFORD TURNPIKE, SHREWSBURY, MA 01545

11305   PROCESS SEAL AND PACKAGING INC, PO BOX 48, CLARENDON HILLS, IL 60514

11305   PROCONEX, PO BOX 13700-1259, PHILADELPHIA, PA 19191-1259

11305   PRO-COPY LEASING, PO BOX 691355, CINCINNATI, OH 45269-1355

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | PROCTO INC, 420 W. ROWLAND STREET, COVINA, CA 91723 | |
| 11305 | PROCUT INC, 10 GLENMORE DR, GREENVILLE, SC 29609 | |
| 11305 | PROFESSIONAL SERVICE, PO BOX 71168, CHICAGO, IL 60694-1168 | |
| 11305 | PROFLAME, 1155 N 15TH ST, SAN JOSE, CA 95112 | |
| 11305 | PROFOUND, PO BOX 751193, CHARLOTTE, NC 28275-1193 | |
| 11305 | PROGRESSIVE MACHINING INC, 200 KERNS AVE, GREENVILLE, SC 29609 | |
| 11305 | PROGRESSIVE SERVICE DIE CO., PO BOX 790051, SAINT LOUIS, MO 63179 | |
| 11305 | PROJECT MANAGEMENT CONSULTANTS, INC, PO BOX 15314, CHATTANOOGA, TN 37415 | |
| 11305 | PROKOS, FRANK, C/O F PROKOS, 9 PINEGROVE AVE, BILLERICA, MA 01821 | |
| 11305 | PRO-LIFT HANDLING & STORAGE EQUIP CO, 3731 BLACKBERRY LN, ELLICOTT CITY, MD 21042-1251 | |
| 11305 | PROPST, SHAROLYN L, 224 HICKORY PT RD, PASADENA, MD 21122 | |
| 11305 | PROQUIP INC, 418 SHAWMUT AVE, LA GRANGE, IL 60525 | |
| 11305 | PROSSER, JANICE L, 9114 COVE POINT RD, BALTIMORE, MD 21219 | |
| 11305 | PROTZE, CHRISTOPHER E, 125 SCITUATE RD, MASHPEE, MA 02649-2260 | |
| 11305 | PROVEN PRODUCTS AND SERVICES INC, PO BOX 2704, HUNTINGTON BEACH, CA 92647 | |
| 11305 | PROVIA SOFTWARE INC, 5460 CORPORATE GROVE BLVD SE, GRAND RAPIDS, MI 49512-5500 | |
| 11305 | PROVIDENCE ENVIRONMENTAL INC, PO BOX 290397, COLUMBIA, SC 29229-0007 | |
| 11305 | PROVIDENCE HEALTH CARE, HOLLY FAMILY HOSPITAL 7801 ARGYLE STREET, VANCOUVER, BC V5P3L6CANADA | *VIA Deutsche Post* |
| 11305 | PROVIDENCE HEALTH CARE, MT ST JOSEPH 3080 PRINCE EDWARD STREET, VANCOUVER, BC V5T3N4CANADA | *VIA Deutsche Post* |
| 11305 | PROVIDENCE HEALTH CARE, ST PAUL`S HOSPITAL 1081 BURRARD STREET, VANCOUVER, BC V6Z1Y6CANADA | *VIA Deutsche Post* |
| 11305 | PROVIDENCE HEALTH CARE, ST VINCENT`S HOSPITAL 749 WEST 33RD AVENUE, VANCOUVER, BC V5Z2K4CANADA | *VIA Deutsche Post* |
| 11305 | PROVIDENCE HEALTH CARE, YOUVILLE RESIDENCE 4950 HEATHER STREET, VANCOUVER, BC V5Z3L9CANADA | *VIA Deutsche Post* |
| 11305 | PRYOR, JAMES N, 3253 DANMARK DR, WEST FRIENDSHIP, MD 21794 | |
| 11305 | PSE&G, P.O. BOX 14105, NEW BRUNSWICK, NJ 08906-4105 | |
| 11305 | PUBLIC SERVICE COMPANY OF COLORADO, 1225 17TH ST, DENVER, CO 80202-4204 | |
| 11305 | PUBLIC SERVICE ELECTRIC AND GAS COMPANY, ATTENTION JON GORDON, 20 COMMERCE DR 4TH FLR, CRANFORD, NJ 07016 | |
| 11305 | PUCKETT, DONALD C, 7008 BURGUNDY DR, LAKE CHARLES, LA 70605 | |
| 11305 | PUERTO RICO TELEPHONE, PO BOX 71401, SAN JUAN, PR 00936-8501 | |
| 11305 | PUERTO RICO TRACTION TIRES, PO BOX 11919, SAN JUAN, PR 00922-1919 | |
| 11305 | PUFFER, MICHAEL ANDREW, 160 CROSSWAY AVE, LIBBY, MT 59923 | |
| 11305 | PUGH, BRYAN T, 29 W 260 WAGNER RD, NAPERVILLE, IL 60564 | |
| 11305 | PULLEN, ROBIN L, 6 BECKS LANDING, OWENSBORO, KY 42303 | |
| 11305 | PULLEN, ROBIN L, 6 BECKS LNDG, OWENSBORO, KY 42303 | |
| 11305 | PULLINGER, BERNARD, 100 WASHINGTON COMMONS DR APT 342, EVANS, GA 30809 | |
| 11305 | PULSAFEEDER INC, PO BOX 96053, CHICAGO, IL 60693-6053 | |
| 11305 | PULVA CORPORATION, PO BOX 427, SAXONBURG, PA 16056-0427 | |
| 11305 | PUMP PROS, INC, PO BOX 640904, CINCINNATI, OH 45246 | |
| 11305 | PUMP PROS, PO BOX 640904, CINCINNATI, OH 45264-0904 | |
| 11305 | PUMP SPECIALTIES INC, 9428 W 47TH ST, BROOKFIELD, IL 60513 | |
| 11305 | PUMPING SYSTEMS INC, 1100 VIJAY DR, ATLANTA, GA 30341 | |
| 11305 | PUMPS & PROCESS EQUIPMENT INC, 1234 REMINGTON RD, SCHAUMBURG, IL 60173 | |
| 11305 | PUMPTEK, 421 BREADEN DR, STE 14, MONROE, OH 45050-1575 | |
| 11305 | PUNKO, BARBARA R, 2404 LOYAL LN, BEL AIR, MD 21015 | |
| 11305 | PURCHASE POWER, PO BOX 856042, LOUISVILLE, KY 40285-6042 | |
| 11305 | PURNELL, SCOTT K, 3216 GINGER BREAD CT, ELLICOTT CITY, MD 21042 | |
| 11305 | PURSER, DAVID CONWAY, 11711 RED HILL CT, GOLD RIVER, CA 95670 | |
| 11305 | PURSER, DONALD, ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   PUSTY, THOMAS, 2739 BRECKENRIDGE LN, NAPERVILLE, IL 60565-5303

11305   PUTMAN, GARY L, 3812 RAINTREE DR, OWENSBORO, KY 42301

11305   PUTMAN, ROSEMARIE M, 7062 LEE RD, LODI, WI 53555

11305   PUZON, JAIME Y, 6261 HIDDEN CLEARING, COLUMBIA, MD 21045

11305   PYNE, EBEN W, 134 WILLETS ROAD, BOX 195, OLD WESTBURY, NY 11568

11305   QI SERVICES INC, PO BOX 694, MULLICA HILL, NJ 08062

11305   QUAKER CITY CHEMICALS, 7360 MILNOR ST, PHILADELPHIA, PA 19136

11305   QUALITY AIR INC, C/O MARTIN WELZANT, 6309 FT SMALLWOOD RD, BALTIMORE, MD 21226

11305   QUALITY CHEMICAL ENTERPRISES INC, 216 CREEKSTONE RIDGE, WOODSTOCK, GA 30188

11305   QUALITY PARTS AND SERVICE, 211 FLEMING ST, LAURENS, SC 29360

11305   QUALITY PLUMBING SUPPLY INC, PO BOX 597, AIKEN, SC 29802-0597

11305   QUALITY TRANSPORTATION SERVICE, PO BOX 6457, ASHLAND, VA 23005

11305   QUEBODEAUX, WILFRED, 1028 FLORENE DR, BREAUX BRIDGE, LA 70517

11305   QUEST DIAGNOSTICS, ONE MALCOLM AVE., TETERBORO, NJ 07608-1070

11305   QUESTAR GAS COMPANY, 1140 WEST 200 SOUTH, PO BOX 3194, SALT LAKE CITY, UT 84110-3194

11305   QUESTAR GAS, PO BOX 45841, SALT LAKE CITY, UT 84139-0001

11305   QUESTEL.ORBIT INC, 8000 WESTPARK DRIVE, MCLEAN, VA 22102

11305   QUESTEL/ORBIT, 8000 WEST PARK DR, MCLEAN, VA 22101

11305   QUILL CORPORATION, PO BOX 94081, PALATINE, IL 60094-4080

11305   QUINN, FLOYD EARL, 204 GLENDALE AVE, LAURENS, SC 29360

11305   QUIRK, RICHARD A, 229 FULTON ST, MEDFORD, MA 02155

11305   QUORUM/LANIER, PO BOX D-1560, MINNEAPOLIS, MN 55480-1560

11305   QWEST, ATTN: CASHIER, DENVER, CO 80244-0001

11305   QWEST, PO BOX 29060, PHOENIX, AZ 85038-9060

11305   QWEST, SALT LAKE CITY, UT 84135-0001

11305   R & B MECHANICAL COMPANY, INC, 120 RIVERSIDE DRIVE, CARTERSVILLE, GA 30120

11305   R A MUELLER INC, 11270 CORNELL PARK DR, CINCINATTI, OH 45242

11305   R A ROSS AND ASSOCIATES, 2231 AMPERE DRIVE, LOUISVILLE, KY 40299

11305   R I DIVISION OF TAXES, ONE CAPITOL HILL, PROVIDENCE, RI 02908

11305   R M ARMSTRONG & SON INC, PO BOX 56, HUNTLEY, IL 60142

11305   R S HUGHES COMPANY INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   R T VANDERBILT COMPANY INC, 30 WINFIELD ST, NORWALK, CT 06855

11305   R&M EQUIPMENT CO., 319 COMMERCE COURT, POTTSTOWN, PA 19464

11305   R.R. ISLA VERDE HOTEL & RESORT INC., P.O. BOX 221, BROOKLYN, NY 11208-0221

11305   R.V. GILDERSLEEVE, PO BOX 66203, BATON ROUGE, LA 70896

11305   RAABE, BETTY JOANN, 10935 34TH AVE N, MINNEAPOLIS, MN 55441

11305   RABA-KISTNER CONSULTANTS INC, 12821 W GOLDEN LN, SAN ANTONIO, TX 78249

11305   RACCA, SELENA R, 302 W WAYSIDE DR, WESTLAKE, LA 70669

11305   RADEKA, VALERIE J, 8643 W 73RD PL, JUSTICE, IL 60458

11305   RADIATION SERVICE, PO BOX 1450, LAUREL, MD 20725-1526

11305   RADICK, GREGORY JOSEPH, 4125 N E 64TH AVE, PORTLAND, OR 97218

11305   RADICK, JOSEPH MICHAEL, 2527 MCKINLEY STREET N E, MINNEAPOLIS, MN 55418

11305   RADLOWSKI, CECELIA A, 401 HERRICK RD, RIVERSIDE, IL 60546

11305   RAFFAELE, MARY L, 1 SEAL HARBOR RD #915, WINTHROP, MA 02152

11305   RAFFAELE, MARY L, 1 SEAL HARBOR ROAD #915, WINTHROP, MA 02152

11305   RAGAN, MICHAEL D, 95 NARTOFF RD, HOLLIS, NH 03049

11305   RAGNONE, MARY, 42 VAN WINKLE AVE, HAWTHORNE, NJ 07506

11305   RAHWAN, STEPHEN, 12 ANNA WAY, NORTON, MA 02766

11305   RAIN S, EARL L, 10 LINWOOD ST #5, MALDEN, MA 02148

11305   RAJAGOPALAN, KUPPUSWAMY, 10247 FAIRWAY DR, ELLICOTT CITY, MD 21042

11305   RAKSIS, JOSEPH W, 4123 WESTBROOK DR, ANN ARBOR, MI 48108

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | RALEY, ANTHONY, 2321 W PATAPSCO AVE, BALTIMORE, MD 21230 | |
| 11305 | RALPH, JANICE, 107 SUMMERWOODS DR, MAULDIN, SC 29662 | |
| 11305 | RALPH, JUDY P, 613 W HIGHLAND AVE, OWENSBORO, KY 42303 | |
| 11305 | RAMADA INN, 7272 GAGE AVE, CITY OF COMMERCE, CA 90040 | |
| 11305 | RAMBOLDT JR, DONALD VICTOR, 101 N 6TH ST, GOODHUE, MN 55027 | |
| 11305 | RAMCO USA INC, PO BOX 99, WOODSTOCK, GA 30188 | |
| 11305 | RAMEL, FRANCES LYLIA, 417 DOME MOUNTAIN AVE, LIBBY, MT 59923 | |
| 11305 | RAMEY, DONALD B, 7536 WOODLAND BAY DR, HARRISON, TN 37341 | |
| 11305 | RAMSAUER, PAUL, 965 BEACON LN, VERO BEACH, FL 32963 | |
| 11305 | RAMSEY CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | |
| 11305 | RANDALL REED FORD, 19000 EASTEX FREEWAY, HUMBLE, TX 77338 | |
| 11305 | RANDELL, BRIAN R, 14 SUNCREST AVE, WILMINGTON, MA 01887 | |
| 11305 | RANDOLPH, ROBERT O, 3311 WOODLANE DR, PHILPOT, KY 42366 | |
| 11305 | RANDSTAD NORTH AMERICA, ATTN: KERRI GOBER, 2015 SOUTHPARK PLACE, ATLANTA, GA 30339 | |
| 11305 | RANEY, NORMAN T, 400 W 18TH ST, LITTLE ROCK, AR 72206 | |
| 11305 | RANGANATHAN, ANANDAKUMAR, 57 WOLLASTON AVE #2, ARLINGTON, MA 02476 | |
| 11305 | RANGEL JR, REYMUND R, 11215 SAGEKING, HOUSTON, TX 77089 | |
| 11305 | RANOCCHIA, GREGORY A, PO BOX 3882, ANAHEIM, CA 92803-3882 | |
| 11305 | RANTALA, GARY JAMES, PO BOX 519 1244 IDAHO AVE, LIBBY, MT 59923 | |
| 11305 | RAPIDEX DELIVERY SERVICE, APARTADO 3137, BAYAMON, PR 00960-3137 | |
| 11305 | RASCON SR, JUAN LUIS, 105 S ABNER ST, CARLSBAD, NM 88220 | |
| 11305 | RASINSKI, ROBERT J, 5506 SEFTON AVE, BALTIMORE, MD 21214 | |
| 11305 | RASMUSSEN EQUIPMENT CO., 3333 WEST 2100 SOUTH, SALT LAKE CITY, UT 84119-1197 | |
| 11305 | RASMUSSEN, DAVID JAMES, 1109 EAST ROAD, STANDARD, AB T0J3G0CANADA | *VIA Deutsche Post* |
| 11305 | RASMUSSEN, KAI MICHAEL, 1109 EAST ROAD, STANDARD, AB T0J3G0CANADA | *VIA Deutsche Post* |
| 11305 | RASMUSSEN, MICHAEL STANLEY, 1109 EAST ROAD, STANDARD, AB T0J3G0CANADA | *VIA Deutsche Post* |
| 11305 | RASMUSSEN, TRACI LYNN, 1109 EAST ROAD, STANDARD, AB T0J3G0CANADA | *VIA Deutsche Post* |
| 11305 | RASTOM, CHRISTINA M, C/O CHRISTINA RASTOM, 25033 OAKS BLVD, LAND O LAKES, FL 34639-5544 | |
| 11305 | RATCLIFFE JR, DONALD E, 200 MARGARET AVE, BALTIMORE, MD 21221 | |
| 11305 | RATCLIFFE, MERIAM C, 1641 E 220TH ST, CARSON, CA 90745 | |
| 11305 | RAUSCH, KIMBERLY H, 370 EDGEWATER RD, PASADENA, MD 21122 | |
| 11305 | RAY, AUTUMN JEAN, 102 STRAND #3, GALVESTON, TX 77550 | |
| 11305 | RAY, CAROL S, 3879 MISSION HILLS DRIVE EAST, LIBBY, MT 59923 | |
| 11305 | RAY, CHRISTIAN TRAVIS, 3879 MISSION HILLS DRIVE EAST, JACKSONVILLE, FL 32225 | |
| 11305 | RAY, FRIEDA F, 1658 YELVINGTON-KNOTT RD, MACEO, KY 42355 | |
| 11305 | RAY, FRIEDA F, 1658 YELVINGTON-KNOTTSVILLE RD, MACEO, KY 42355 | |
| 11305 | RAY, MICHAEL D, 3879 MISSION HILLS DRIVE EAST, JACKSONVILLE, FL 32225 | |
| 11305 | RAY, VIOLA E, 1133 WASHINGTON ST, GLOUCESTER, MA 01930-1034 | |
| 11305 | RAYBURN, DAVID A, 520 LAKE PARK DR, ADDISON, IL 60101 | |
| 11305 | RAYBURN, GARY K, 210 PIER AVE, NAPERVILLE, IL 60565 | |
| 11305 | RAYMARK OFFICE SUPPLY, 900 N. CHURCH RD., ELMHURST, IL 60126 | |
| 11305 | RAYMOND JR, LEON, 2908 HILLCREST DR, LAKE CHARLES, LA 70615 | |
| 11305 | RE MICHEL CO, INC, PO BOX 2318, BALTIMORE, MD 21203 | |
| 11305 | RE: 1 PENN PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924 | |
| 11305 | RE: 10 HANOVER SQUARE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924 | |
| 11305 | RE: 100 WALL STREET BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924 | |
| 11305 | RE: 104 CORPORATE PARK DRIVE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: 110 PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 111 ELM STREET LLC, BLAIN, CLINTON L, CLINTON L BLAIN ATTORNEY AT LAW, 111 ELM ST STE 45, SAN DIEGO, CA 00009-2101

11305   RE: 1133 AVENUE OF AMERICAS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1150 LOMBARD STREET APARTMENTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 130 JOHN STREET BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1900 AVE OF THE STARS OFFICE BLDG., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1901 AVE OF THE STARS NKA DOUGLAS EMMETT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1ST NATIONAL BANK BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1ST NATIONAL BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1ST NATIONAL BANK OF FRANKLIN COUNTY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1ST NATIONAL BANK TOWER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1ST NATIONAL BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1ST NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 1ST NATIONAL BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 2 NEW YORK PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 201 N. FRONT STREET BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 211 MAIN STREET BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 22 CORTLAND STREET BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 245 PARK AVENUE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 280 PARK AVENUE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 3 HANOVER PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 310 W 43RD STREET BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 330 MADISON AVENUE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 333 ONONDAGA STREET BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 350 PARK AVENUE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 354401 ALBERTA LTD C O REDCLIFF REALTY M, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 3570 WEST LAKE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 437 MADISON AVENUE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 4TH & BERRY CHINA BASIN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 55 WATER STREET, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: 60 BOARD STREET BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 600 3RD AVENUE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: 880 THIRD AVENUE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: A M F HEADQUARTERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: A&S BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: A&S DEPARTMENT STORE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AAA DISTRIBUTING OFFICE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ABBEVILLE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ABC ENTERTAINMENT CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ACADIA PARISH SCHOOL BOARD, MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820

11305   RE: ACME QUALITY PAINT COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ACTORS FUND HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AHMANSON CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AIKEN BUILDERS SUPPLY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AIR TERMINAL ADDITION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AKRON CASCADE TOWERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AKRON CITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ALASKA PSYCHIATRIC HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ALBANY AVE LIBRARY NKA HARTFORD CT PUB L, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ALBANY MUNICIPAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ALDEREGATE METHODIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ALEXANDER S DEPARTMENT STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ALL SAINTS SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ALLEGHENY GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ALLSTATE INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ALTA BATES HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AMERICAN CAN CO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AMERICAN DENTAL ASSOCIATION BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AMERICAN LEGION, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BLV, PO BOX 1792, MOUNT PLEASANT, SC 29465

11305   RE: AMERICAN MEDICAL ASSOCIATION BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: AMERICAN NATIONAL BANK & TRUST CO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: AMERICAN PREMIER UNDERWRITERS INC, STONELAKE JR, BENJAMIN G, BLANK ROME LLP, ONE LOGAN SQUARE, CINCINNATI, OH 00004-5202

11305  RE: AMERICAN RIVER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: AMERICAN UNITED LIFE BLDG. -ADDITION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ANAHEIM CONVENTION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ANDERSON MEMORIAL HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ANDERSON MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ANDERSON, ALICE DIANE, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: ANDERSON, STEWART F, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ANDREW JERGENS COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: APARTMENTS FOR THE ELDERLY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: APT BUILDING COMPLEX, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: AQUINAS SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305  RE: ARDMOUR ARDWICK INDUSTRIAL CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARIZONA DEPT OF REVENUE, ARIZONA DEPT OF REVENUE, BCE SECTION, 1275 W WASHINGTON, PHOENIX, AZ 85007

11305  RE: ARKANSAS BAPTIST MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARKANSAS CITY HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARLINGTON HEIGHTS RACETRACK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARLINGTON HOSPITAL ADDITION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARLINGTON HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARLINGTON HOTEL JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARMSTRONG COUNTY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARNOLD & DOBSON SUPPLY COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARTS BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARTS DEPARTMENT OF ECONNOMICS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ARTS POLISH LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ASHLAND CHEMICAL COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: AT&T BUILDING - COUNTRY CLUB TOWERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ATHESIAN CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: ATLANTA WEST HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: ATLANTIC SHOPPING CENTRES LTD, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AUDY HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AUGUSTANA LUTHERAN HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AURORA INVESTMENTS, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

11305   RE: AVALON EAST SCHOOL BOARD, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: AVERY LUMBER COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BALLANTRAE ASSOCIATES, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

11305   RE: BALLARD-RICE PRESTRESS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAMBERGERS - LIVINGSTON MALL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAMBERGERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BANK OF AMERICA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BANK OF ASHEVILLE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BANK OF CALIFORNIA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BANK OF OKLAHOMA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BANK OF TOKYO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BANKERS LIFE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAPTIST HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAPTIST HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAPTIST MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BARKER, LAWRENCE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: BARKO JR, WALLACE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: BARNHART, JANE A, JONES, NATHAN E, NATHAN E JONES, 665 WRELTON DR, LA JOLLA, CA 00009-2037

11305   RE: BATESVILLE SECURITY BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAVER, GEORGE JAMES, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: BAY AREA RAPID TRANSIT ADM BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAY VIEW SAVINGS & LOAN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAYSHORE COMMUNITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BAYSHORE HOSPTIAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BEAR VALLEY SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BEATTY HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: BEECH NUT COMPANY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELK DEPARTMENT STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELL CANADA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELL TELEPHONE ADDITION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELL TELEPHONE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELL TELEPHONE COMPANY OF PENNSYLVANIA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELL TELEPHONE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELLEVUE FURNITURE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELMONT TELEPHONE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BELTZ, ALAN ALBERT, LUKINS & ANNIS PS, 1600 WASHINGTON TRUST FINANCIAL, SPOKANE, WA 99201-0466

11305   RE: BELTZ, CAROL KIM, LUKINS & ANNIS PS, 1600 WASHINGTON TRUST FINANCIAL, SPOKANE, WA 99201-0466

11305   RE: BENDER HYGIENIC LABORATORY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BENEFIT TRUST, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BENJAMIN PARKWAY BRANCH GREENSBORO LIBRA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BEREA INDUSTRIAL PARK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BERGDORF BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BERMUSSER COMPANY CEDAR OF LEBANON HOSPI, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BETHESADA HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BEVERLY WILSHIRE BLDG NKA REGENT BEV WIL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BIG STONE GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BIRKS BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BISHOP DENNIS J O CONNELL HS, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: BISHOP IRETON HS, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: BISHOP MOUNTAIN HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BLUE CROSS BLUE SHIELD BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BLUE CROSS BLUE SHIELD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BLUE CROSS BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: BNC FORUM LP TEXAS LIMITED PARTNERSHIP, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: BOARD OF COMMISSIONERS OF THE COUNTY OF, JOHN S DULL, 2293 N MAIN ST, CROWN POINT, IN 00004-6307

11305   RE: BOARD OF PUBLIC UTILITIES, STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 00006-6217

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: BONITZ INSULATING COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BOWERY SAVINGS BANK BUILDING 327, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BOWERY SAVINGS BANK BUILDING 6, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BOWERY SAVINGS BANK BUILDING 9, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BRADY BOARDMAN CONNECTOR, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BRALEY, EUGENE ALFRED, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: BRANCH, SUE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: BRIDGETON HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BRISTOL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BRISTOL INVESTMENTS LTD & BARAFIELD REAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BRITTAIN HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BRITTS STORE - MIRACLE MALL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BRONFAM BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BROOKDALE SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BROOKSHIRE MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BROTHER MARTIN HIGH SCHOOL, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305  RE: BROWN, TIMOTHY LEE, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: BRUTON AKADICK, RICHARD LANE, HOLMES, JOHN L, JOHN L HOLMES ATTORNY AT LAW, 18039 CRENSHAW BLVD, TORRANCE, CA 00009-0504

11305  RE: BUETOWS OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BUFFALO MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BUILDERS WHOLESALE INC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BUILDING LABORERS UNION LOCAL 310, STOPER JR, RICHARD L, ROTATORI BENDER GRAGEL STOPER & ALEXANDER CO LPA, CLEVELAND, OH 44114-1498

11305  RE: BULLOCH MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BUNDROCK, DANIEL ARTHUR, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: BURNSIDE HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: BYARS MACHINE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: C.B. ASKINS CONSTRUCTION COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: C.L. CANNON & SONS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: C.L. DUFFIE PAINTING INC., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305　RE: CABRINI HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CADDO PARISH SCHOOL BOARD, SUTHERLAND, FRED H, BEARD & SUTHERLAND, 400 TRAVIS ST STE 1103, SHREVEPORT, LA 71101-5564

11305　RE: CAGLE OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CALCASIEU PARISH SCHOOL BOARD, MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820

11305　RE: CALDOR DEPARTMENT STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CALGARY BOARD OF EDUCATION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CALIFORNIA MART LLC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CALVARY BAPTIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CAMELOT CLUB, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CAMERON OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CANADIAN IMPERIAL BANK OF COMMERCE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CANCER MEMORIAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CANDLER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CAPITAL STREET APARTMENT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CAPTAIN COOK HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CARILION ROANOKE MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CARLETON UNIVERSITY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CARNEGIE MUSEUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CAROL, GRAHAM A, HERBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 00005-9901

11305　RE: CAROLINA COUNTRY CLUB, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CAROLINA DRYWALL INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CAROLINA MOTOR INN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CAROTEX INDUSTRIAL SUPPLY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CARR, EVELYN MARIE, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AV N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305　RE: CARR, MATTIE FEARS, DOUGLAS, JAMES B, MCNEAL & DOUGLAS LLC, 1685 E UNIVERSITY DR, STE A, AUBURN, AL 00003-6830

11305　RE: CARSON PIELE SCOTT STORE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CARTER COUNTY HOSPITAL - ADDITION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CASCADES CRAB HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CASCADES INN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: CATERPILLAR TRACTOR CO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: CATHOLIC DIOCESE OF LITTLE ROCK, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305   RE: CATHOLIC DIOCESE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CATHOLIC HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CAUSEWAY BUILDING #2, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CAUSEWAY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CAUWELS, SCOTT, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: CAYUGA CO. OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CBS BROADCASTING INC. DBA KDKA-TV, KELLEY, LINDA D, VIACOM INC, 11 STANWIX ST, PITTSBURGH, PA 00001-5222

11305   RE: CENTENNIAL GARDENS FKA CIVIC CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CENTERCREST HOME-NURSING FACILITIES ADDI, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CENTRAL CONCRETE & PLASTER COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CENTRAL PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CENTRAL ROOFING & SUPPLY COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CENTRAL WAREHOUSE COMPANY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CENTURY CENTER BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CENTURY CITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHANCELLOR DAY HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHANCELLOR MANOR, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

11305   RE: CHAPIN LUMBER COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHARITY SCHOOL OF NURSING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHARLES MEREDITH HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHARLESTON AREA MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHARLESTON NATIONAL BANK PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHARLOTTE PUBLIC LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHASE, ADAM STEPHEN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: CHATEAU LEMOYNE HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHERRY HILL PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHICAGO HISTORICAL SOCIETY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHILDREN S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHILDREN`S HOSPITAL OF PITTSBURGH OF UPM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: CHILDREN'S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHILDRENS HOME OF PITTSBURGH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHILTON PUB. HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CHP ASSOCIATES INC, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305   RE: CHRISTENSEN, DWIGHT, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: CHRISTIANSEN, DAVID JOSEPH, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: CHURCH OF ST JOSEPH, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305   RE: CHURCH OF ST LEO THE GREAT, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305   RE: CISEWSKI, CAROLINE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: CITIBANK NA INC, SOSNICK ESQ, FREDRIC, SHEARMAN & STERLING, 599 LEXINGTON AVE, NEW YORK, NY 10022

11305   RE: CITIZEN'S NATIONAL BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITIZENS GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITY AUDITORIUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITY COMPLEX, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITY LINE TOWERS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITY NATIONAL BANK NKA KEY BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITY NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITY OF AMARILLO TEXAS, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CITY OF BARNESVILLE, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305   RE: CITY OF CAMBRIDGE MASSACHUSETTS, ANDERSON, STEPHEN D, ANDERSON & KREIGER LLP, 43 THORNDIKE STREET, CAMBRIDGE, MA 00000-2141

11305   RE: CITY OF EDMONTON, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITY OF EUGENE OREGON, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CITY OF HOUSTON TEXAS, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CITY OF PHILADELPHIA, ONEILL, PATRICK, LAW DEPARTMENT CITY OF PHILADELPHIA, ONE PARKWAY 1, PHILADELPHIA, PA 00001-9102

11305   RE: CITY OF PHOENIX, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CITY OF RICHMOND, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CITY OF TUCSON, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CITY OF VANCOUVER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CIVIC CENTER AUDITORIUM, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CIVIC CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CIVIC CTR BRD CHAMBERS BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    RE: CLARA MAASS MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CLEMONS, JOHN D, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: CNA BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COACH LAMP APARTMENTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COBBLE HILL NURSING HOME FNA CONGRESS NU, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COCA COLA ENTERPRISES INC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COCACOLA ENTERPRISES INC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COLE, EDDY J, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: COLEMAN HOUSING AUTHORITY, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305    RE: COLLOSEUM MOTOR INN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COLOM, WILBUR, CADE, GREGORY, ENVIRONMENTAL ATTORNEYS GROUP LLC, HOMEWOOD EXECUT, HOMEWOOD, AL 00003-5209

11305    RE: COLONIAL VILLAGE, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

11305    RE: COLORADO NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COLORADO STATE BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COLTON CIVIC CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COLUMBIA MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COLUMBIA MOTOR INN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COLUMBIA PLASTERING COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COMMERCE STATE BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COMMUNITY CENTER CONGREGATION BETH ISRAE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COMMUNITY CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COMPUTER OFFICE BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: COMSAT LABORATORIES & PENTHOUSES, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CONCORD HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CONCORD HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CONGREGATION B NAI JEHOSHUA BETH ELOHIM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CONGREGATION OF ST DOMINIC CATHOLIC CHUR, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305    RE: CONGREGATION OF ST LOUISE DE MARILLAC CH, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305    RE: CONGREGATION ST FRANCIS ASSISI CHURCH, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305    RE: CONGREGATION ST FRANCIS XAVIER CABRINI C, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: CONGREGATION ST FRANCIS XAVIER CHURCH, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CONGREGATION ST JOAN ARC CHURCH LAPLACE, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CONGREGATION ST JOAN OF ARC CATHOLIC CHU, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CONGREGATION ST MARY MAGDALEN CATHOLIC C, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CONGREGATION ST PHILIP NERI CATHOLIC CHU, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CONGREGATION ST PIUS X ROMAN CATHOLIC CH, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CONGREGATION ST RAYMOND ROMAN CATHOLIC C, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CONGREGATION ST RITA ROMAN CATHOLIC CHUR, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: CONNECTICUT HISTORICAL SOCIETY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CONSEILLERS IMMOBILIERS GWL INC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CONSUMERS POWER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CONTINENTAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CONTINENTAL TELEPHONE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CONTRA COSTA TIMES, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CONVENTION CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CONVENTION HALL CITY OF SHREVEPORT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CONVENTION HALL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: COOK COUNTY, ILLINOIS, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: COOPER THEATER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CORNELL ARMS APARTMENT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CORPORATE PLACE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CORPUS CHRISTI SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: CORRY MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: COSMAT CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: COTTAGES JR VILLAGE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: COUNTY OF FRESNO CALIFORNIA, CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 00009-4104

11305   RE: COUNTY OF ORANGE, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: COUNTY OF SONOMA, ADAMS, WILLIAM L, COUNTY OF SONOMA, OFFICE OF COUNTY COUNSEL, 575 AD, SANTA ROSA, CA 00009-5403

11305   RE: COVIL INSULATION COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: CRAIG, JAMES, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    RE: CRIPPLED CHILDREN'S HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CROCKER PLAZA COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CROCKER-CITIZENS PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CROMER & SULLIVAN CONSTRUCTION COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CROWN PROFESSIONAL LLC, FIFE, PHILLIP K, PHILLIP K FIFE, 3662 KATELLA AVE STE 117, LOS ALAMITOS, CA 90720-3174

11305    RE: CSAA BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CUBA MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CULTURAL BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: CUYAHOGA FALLS GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: D.H. HOLMES COMPANY LTD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: D.L.P.S.T. OFFICE CON. BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DALE SPICER HOSPITAL JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DART DRUG, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DAUGHTER OF ST. PAUL BOOK STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DAUSTAR, BRAD, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305    RE: DAVIDSON, JAMES, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: DAVIS HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DAVIS, DR JOHN ROBERT, ODOM JR, WILLIAM W, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 00003-8834

11305    RE: DAWSON HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DAY SQUARE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DAYCARE CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DEACONESS HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DEACONESS HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DEGRAFF MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DEL MONTE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DENVER SQUARE ANACONDA BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DEPAUW, MARK, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305    RE: DES MOINES SAVINGS & LOAN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DESERT REGIONAL MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: DETROIT NORTHERN INSURANCE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: DEVELOPMENT CENTER FOR MENTALLY RETARDED, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DIAMOND SHAMROCK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DOCTOR´S BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DODGE COUNTY HOSPITAL JOB, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DOLESE BROTHERS MAIN OFFICE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DOUGLAS HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DRAKE, HEIDI MARIA, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: DRAYMORE MANUFACTURING CO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DUANE ARNOLD ENERGY CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DUFF MEDICAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DUFFIE PAINT COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DUGGAN HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DUKE POWER CO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DULETH ARENA AND AUDITORIUM, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: DUTCHESS COUNTY YMCA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: E H COON COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: E.I. DUPONT BLDG-DUPONT DE NEMOURS & COM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EALING SCHOOL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EARL K. LONG CHARITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EAST ASIAN STUDIES BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EAST BATON ROUGE PARISH SCHOOL BOARD, SILLS, KENNETH F, HAMMONDS & SILLS, QUAD ONE STE C, 1111 S FOSTER DR, BATON ROUGE, LA 00007-0806

11305   RE: EASTERN PARKWAY LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EASTMAN KODAK BUILDING #211, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EASTMAN KODAK BUILDING #213, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EASTMAN KODAK BUILDING #317, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EASTMAN KODAK BUILDING #69, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EASTMAN KODAK BUILDING #82, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EASTMAN KODAK BUILDING #9, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EASTSIDE FINANCIAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EBENEZER BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: EDEN MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EDEN PARK HHC FNA EDEN PARK NURSING HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EDEN PARK NURSING HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EDMONTON PUBLIC SCHOOLS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EDWARDS, AARON C, LAW OFFICES OF LARY H PARKER, 1514 18TH STREET, SUITE 1000, SANATA MONICA, CA 90404

11305   RE: EL CAMINO HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EL PASO COUNTY TEXAS, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: ELIZABETH GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ELKS COUNTRY CLUB, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ELKTON HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ELLETSON, RODNEY, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: ELLIOTT HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ELM PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EMBARCADERO BART, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EMBARCADERO CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EMPLOYER S MUTUAL JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EMPLOYERS MUTUAL INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ENGLISH AND AMERICAN INSURANCE CO LTD, CLIFFORD CHANCE US LLP, ATTN SCOTT TALMADGE ESQ, 200 PARK AVE, NEW YORK, NY 10166-0153

11305   RE: ENGLISH DEPARTMENT BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ENRON ENERGY SERVICES INC, ENRON ENERGY SERVICES, ATTN GENERAL COUNSEL 4HC7.325, 4 HOUSTON CENTER, 1221 LAMAR ST STE 1600, HOUSTON, TX 77010

11305   RE: EPEC REALTY INC SUPPLEMENTAL CLAIM, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: EPEC REALTY INC, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: EPIPHANY SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: EPISCOPAL CHURCH CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EPISCOPAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EQUINOX PROPERTIES, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

11305   RE: EQUITABLE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: EQUITABLE LIFE INSURANCE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ERICKSON, RODNEY A, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: ESSO BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: EUGENE MINI HALL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: EXECUTIVE CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: EXECUTIVE HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: EXECUTIVE PLAZA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: EXXON RESEARCH & ENGINEERING -BLDG. FP 1, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: EXXON RESEARCH & ENGINEERING-TOWER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: F F THOMPSON CONTINUING CARE CENTER INC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FACULTY CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FACULTY OF EDUCATION BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FAIRMAIL LEASEHOLD INC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FAIRVIEW HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FAIRVIEW PARK HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FAIRVIEW SHOPPING MALL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FARGO HOUSING AND REDEVELOPMENT AUTHORIT, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC 29464

11305  RE: FARM BUREAU INSURANCE BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FAR-MAR COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FARRELL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FEDELITY NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FEDERATED DEPARTMENT STORES INC, GOLDBERG, CARL R, FEDERATED LEGAL DEPARTMENT, 170 O´FARRELL ST, SAN FRANCISCO, CA 00009-4102

11305  RE: FENESTRA INC DOOR PRODUCTS DIV, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FERRIER BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIDELITY BANK & TRUST CO., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIEBIGER, DAVID & GAIL, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: FINEBERG, JORDAN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: FIRST BAPTIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST CHRISTIAN CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST CITIZENS BANK TRUST COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST FEDERAL SAVINGS LOAN BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST MEMPHIS PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST NATIONAL BANK - NKA AMSOUTH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: FIRST NATIONAL BANK BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST NATIONAL BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST NATIONAL BANK JOB, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST NATIONAL BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST UNION BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FIRST UNITED METHODIST CHURCH, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305  RE: FIRST UNITED METHODIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FISHERMAN`S WHARF PARKING GARAGE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FLAT TOP NATIONAL BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FLATBUSH FEDERAL SAVINGS & LOAN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FLETCHER, GERALDINE M, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: FOLGER BUILDING #2, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FOLLOW-UP SERVICES BUILDING 6, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FORD CITY BANK ADDITION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FORD MANHATTAN BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FOREST GREEN MANAGEMENT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FORLAND, JEAN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: FORT SMITH CONVENTION CTR & CIVIC AUDITO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FOSS, ALDEN L, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305  RE: FOSS, PATRICIA, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: FOUNDERS PAVILION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FOUNDERS PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FOUNTAIN HILL NURSING HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FOUR EMBARCADERO CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FOX CHAPEL COUNTRY CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FOXRIDGE OFFICE BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FRANCISCAN SISTERS-OUR LADY OF PERPETUAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FRANK DAWSON ADAMS HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FRANK ULMER LUMBER COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305  RE: FRANKLIN COUNTY TRUST BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FRASER HEALTH AUTHORITY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FREEBURY, DANNY JAMES, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: FREINDSHIP MANOR, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FRESNO BEE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FRIENDLY HOMES, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FROELICH W C FROELICH INC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: FULLER, STEVEN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: FULTON COUNTY HEALTH CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GA FARM BUREAU BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GAFFER DEPT STORE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GALLAGHER, LARRY, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: GANT SHIRT COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GARDEN STATE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GARDNER HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GARFIELD WESTON POOL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GARRISON, CHARLENE M, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: GATEWAY BUILDING #2, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GATEWAY INVESTORS INC, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

11305  RE: GATEWAY MALL SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GATEWAY PLAZA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GEAUGA COMMUNITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GEER, MARY K, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: GENERAL ELECTRIC COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GENERAL ELECTRIC PLANT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GENERAL MOTORS BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GENERAL MOTORS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GENERAL TELEPHONE & ELECTRIC DATA CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GENESIS HEALTHCARE MERCY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GETTY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: GILA COUNTY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GIMBELS DEPARTMENT STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GLEN OAK COUNTRY CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GLIDDEN COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GOOD SAMARITAN HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GRACE LUTHERAN CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GRACELAND HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GRANT VILLAGE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GRANZIANO BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GREAT PLAINS INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GREAT WEST LIFE INSURACE BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GREAT WEST LIFE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GREATER BALTIMORE MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GREEN CROSS HOSP NKA CUYAHOGA FALLS GEN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GREENVILLE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GUARANTEE MUTUAL LIFE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: GUBBIN, JULIE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: GULF ATLANTIC PROPERTIES INC BAYVIEW TOW, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: H. CARR COMPANY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HALE, MATTHEW, LAW OFFICES OF LARY H PARKER, 1514 18TH STREET, SUITE 1000, SANATA MONICA, CA 90404

11305  RE: HAMILTON DISTRICT SCHOOL BOARD, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HAMPTON PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HANSEN, SALLY A, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: HARFORD MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HARLINGEN HOUSING AUTHORITY, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305  RE: HARPER TRUST, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HARRAH'S RESORT HOTEL COMPLEX, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HARRIS TRUST BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HARRIS, TOBI CHRISTINE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: HARRY C LEVY GARDERS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305  RE: HARTFORD HOSPITAL MAIN BLDG & WINGS A E, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HARTFORD INSURANCE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HARTFORD NATIONAL BANK CORPORATE SERVICE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HARVARD PUBLIC HEALTH HARV VANGUARD MED, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HASTINS NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HAVERHILL YMCA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HEALTH CARE CORPORATION OF ST.JOHN`S, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HEALTH CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HEDAHL, KEITH, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: HEMPSTEAD BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HENRY CLAY BRICK HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HILLSIDE SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HILTON HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HINTZ ROAD PARTNERSHIP, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOLIDAY INN, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOLLINGSWORTH, JR, TIM E, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOLLY SUGAR BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOLMES DEPARTMENT STORE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOLY CROSS HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOLY CROSS SCHOOL F K A MONTFORT ACADEMY, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305  RE: HOLY FAMILY VILLA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOLY MARTYRS SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305  RE: HOLY SPIRIT SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305  RE: HOME FOR THE AGED, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOME INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOMESTEAD HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOMESTEAD LAUNDRY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOMOT HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOSPITAL CORP. OF AMERICA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: HOSPITAL IN CARROLL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HOUSE FOR THE ELDERLY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HOUSING FOR ELDERLY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HOWARD JOHNSON`S, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HOWLAND HOOK TERMINAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HUDSON BAY COMPANY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HUDSON S BAY COMPANY ZELLERS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HUDSON`S BAY COMPANY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HUGESSEN HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HUGHES, PATRICIA MICHELE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: HUNT FOODS OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HUNTINGTON BEACH MEDICAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HUNTS POINT INDUSTRIAL PARK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HYATT CORPORATION ETC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HYATT EQUITIES, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: HYATT HOTELS CORPORATION ETC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: I B M, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: I C I OF AMERICA BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IBM BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IBM OFFICE BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ILLINOIS MASONIC HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ILLINOIS UNION BLDG ILLINOIS UNION BOOKS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IMMACULATE CONCEPTION B.V.M. CATHOLIC CH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IMMANUEL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IMPERIAL OFFICE BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IMPERIAL OIL LTD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: INDEPENDENCE SANITARIUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: INDIANA BELL TELEPHONE ADDITION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: INDIANA NATIONAL BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: INGERSOL RAND CO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: INGRAHAM HOSPITAL LANSING HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: INSTITUTE OF AIR & SPACE LAW BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: INTERNATIONAL HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: INVESTMENT TOWER JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IPSCO INC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IVERSON TOWERS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: IVERSON TOWERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: J B THOMAS HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: J.E. GRAMBLING BUILDING SUPPLY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: J.T. ROBERTSON - SOUTHERN COATING & CHEM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JACKSON STORAGE WAREHOUSE JACKSON MOVING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JAMES ADMINISTRATION BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JAMESTOWN MALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JAMESTOWN MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JAY BHAGHAVAN INC, BECKETT, CHAD S, BECKETT & WEBBER PC, 508 S BROADWAY, URBANA, IL 00006-1801

11305   RE: JEFFERSON ASSOCIATES LTD, BURFORD JR, SAM P, THOMPSON & KNIGHT LLP, 1700 PACIFIC AVE STE 3300, DALLAS, TX 75201-4693

11305   RE: JEFFERSON DAVIS PARISH SCHOOL BOARD, MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820

11305   RE: JEFFERSON GOLF CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JEFFERSON PARISH SCHOOL BOARD, GRANT, JACK A, GRANT & BARROW, 238 HUEY P LONG AVE, GRETNA, LA 00007-0054

11305   RE: JENNY EDMUNDSON HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JENSEN SALSRER LAE ADDITION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JEWISH CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JEWISH STUDIES BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JOB, MORAN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JOHN F K HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JOHN F KENNEDY CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JOHN HANCOCK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JOHN HANCOCK CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JOHN HANCOCK INSURANCE COMPANY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: JOHN HANCOCK TOWERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    RE: JOHN J. RILEY & SONS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: JOHN MUIR HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: JOHNSON, KEITH, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305    RE: JONES, LORETTA VERNA, HERBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 00005-9901

11305    RE: JONK, TRISTA, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305    RE: JORDAN HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: JOSEPH MAGNIN STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: JUDKINS, JACK DEAN, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: KAISER HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KAISER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KARK-TV INC AND MORRIS MULTIMEDIA INC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KAUFMAN S DEPARTMENT STORE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KELLER MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KELLEY, DOUGLAS, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: KELLOGG CITIZENS BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KELLY, JOSEPH, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: KELLY, LAWRENCE DOUGLAS, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: KEY FOOD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KEYSTONE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KINGS DAUGHTER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KINGS DAVID HOTEL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KINGS MOUNTAIN HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KIRN MEMORIAL LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KLEINE DEPARTMENT STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KLEINHANS MUSIC HALL MANAGEMENT INC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KODRA PROFESSIONAL CORPORATION, BOWMAN, D G, BOWMAN GEORGE SCHEB TOALE ROBINSON, 2750 RINGLING, SARASOTA, FL 00003-4237

11305    RE: KONG CHOW BENEVOLENT BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: KOSKI, EINO AND AILI, CABRASER, ELIZABETH J, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305    RE: KOSKI, EINO AND AILI, LOW-BEER, JOHN, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305    RE: KOSKI, EINO AND AILI, MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN, KALISPELL, MT 59904

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: KOSKI, EINO AND AILI, SOBOL, THOMAS M, HAGENS BERMAN LLP, 225 FRANKLIN ST 26TH FL, BOSTON, MA 02110

11305  RE: KOSKI, EINO AND AILI, TURKEWITZ, ROBERT M, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464

11305  RE: KOSKI, EINO AND AILI, VINCENT, FABRICE N, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305  RE: KOSKI, EINO AND AILI, WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464

11305  RE: KOURI, MARTIN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: KOURI, NAMIE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: KOURI, THOMAS, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: KOVENSKY, WAYNE, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: KUELBS, LEO, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: KUHA, ELLA, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: KVAPIL, CELIA JANE, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: KWAS, DANIEL, CABRASER, ELIZABETH J, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305  RE: KWAS, DANIEL, LOW-BEER, JOHN, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305  RE: KWAS, DANIEL, MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN, KALISPELL, MT 59904

11305  RE: KWAS, DANIEL, SOBOL, THOMAS M, HAGENS BERMAN LLP, 225 FRANKLIN ST 26TH FL, BOSTON, MA 02110

11305  RE: KWAS, DANIEL, TURKEWITZ, ROBERT M, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464

11305  RE: KWAS, DANIEL, VINCENT, FABRICE N, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305  RE: KWAS, DANIEL, WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464

11305  RE: L&ET CO. INC., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: L. ROY OWEN PLASTERING COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: LA MARTIN COMPANY INC, BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 00004-8084

11305  RE: LABATT BREWING COMPANY LIMITED, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: LABORER S 310 UNION OFFICE BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: LACKAWANNO COUNTY HIGH RISE FOR THE ELDE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: LACROSSE LUTHERAN HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: LADY OF GOOD HOPE CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: LADY OF LOURDES, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: LAFAYETTE MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: LAFAYETTE PARISH SCHOOL BOARD, MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820

11305  RE: LAFOURCHE PARISH SCHOOL BOARD, GRANT, JACK A, GRANT & BARROW, 238 HUEY P LONG AVE, GRETNA, LA 00007-0054

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: LAKE ISLE COUNTRY CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LAKE REGION HEALTHCARE CORPORATION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LAKESIDE MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LAMB YOUNG JONES OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LANDMARK HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LANDRY, JOHN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: LANGLEY PROFESSIONAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LARGO PROPERTIES, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LASALLE HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LASALLE KOCH DEPARTMENT STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LASALLE PARISH SCHOOL BOARD, MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820

11305   RE: LEACOCK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LECKRONE, DEAN BRADFORD, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: LEES, TIMOTHY, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: LEHIGH TILE/MARBLE WAREHOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LEHNERT, ARNOLD, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: LEONARD`S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LEVER BROTHERS COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LIBERTY MUTUAL INSURANCE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LIBERTY NATIONAL LIFE BUILDING COMPLEX, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LIBERTY SUPERMARKET, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LIMA MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LINCOLN BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LINCOLN INCOME LIFE INS. CO. - OFFICE TO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LINCOLN LANES BOWLING ALLEY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LINDA HALL LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LINDSAY, DUANE EDWARD, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: LINTON HALL SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: LITTLE SISTERS OF THE POOR, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LOCAL NO 274 GENERAL OFFICE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: LOCKHEED MARTIN BUILDING 400, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LONDON LIFE INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LONG DISTANCE SWITCHING CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LONG ISLAND JEWISH HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LONG ISLAND TRUST COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LONG ISLAND TRUST, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LONG TERM NURSING FACILITY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LOS ANGELES CONV CTR FKA CONV CTR BLDG, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LOS ANGELES COUNTY METROPOLITAN TRANSPOR, STAMM, RONALD W, OFFICE OF COUNTY COUNSEL, ONE GATEWAY PL, LOS ANGELES, CA 00009-0012

11305   RE: LOS ANGELES COUNTY MUSEUM OF FINE ARTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LOUIS GALIE CENTRAL NATURAL BANK JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LOUISIANA NATIONAL BANK BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: LUTHERAN SOUTH HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: M T BANKS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MACDONALD ENGINEERING BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MACDONALD HARRINGTON, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MACDONALD-STEWART LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MACERICH FRESNO LIMITED PARTNERSHIP, PILLSBURY WINTHROP LLP, ATTN P BROSNAHAN, PO BOX 7880, SAN FRANCISCO, CA 94120

11305   RE: MACEY DEPARTMENT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MACEY´S INDIAN SPRINGS SHOPPING CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MACK TRUCK OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MACK, HAROLD L, MCPROUD, CLARENCE, SPILLER MCPROUD, 505 COYOTE ST, NEVADA CITY, CA 00009-5959

11305   RE: MADISON COMPLEX INC, BURKE, PATRICIA A, RIDER BENNETT EGAN & ARUNDEL, 333 S SEVENTH ST, ST, MINNEAPOLIS, MN 00005-5402

11305   RE: MAINTENANCE SHOPS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MAJELLA, GERALD, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: MAJOR LEAGHE SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MANDALAY APARTMENTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MANOR OAK #2, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MANUFACTURER HANOVER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARGARET PARDEE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: MARICOPA COUNTY ARIZONA, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: MARIN GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARINE MIDLAND BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARINE MIDLAND OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARINE RESEARCH BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARQUETTE NATIONAL BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARRIOTT HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARTHA WASHINGTON HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARTIN PAINT & SUPPLY COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARTIN TOWERS BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARTIN, PAUL J, BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 00004-8084

11305   RE: MARTIN, PHILIP, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: MARTIN, SHARON, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: MARTLET HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARY BLACK HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARY WASHINGTON HOSPITAL SELF CARE UNIT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MARYLAND CASUALTY CO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MASA ELECTRONICS RESEARCH, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MASONIC BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MASSACHUSETTS BAY TRANSPORTATION AUTHORI, FIXLER, DAVID C, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110-3319

11305   RE: MAUT BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MAY DEPARTMENT STORE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MAY`S HELP HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MC MASTER UNIVERSITY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MCALLISTER, SANDRA CAROL, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: MCCONNEL ENGINEERING BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MCCONNEL HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MCCONNEL WINTER STADIUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MCCORMICK PLACE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MCCRORY SUMMWALT CONSTRUCTION COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: MCCULLY, VERNON DEAN, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: MCDONNEL DOUGLAS CORPORATE HEADQUARTERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MCGRAW-HILL PUBLISHING COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MCINTYRE CO., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MCINTYRE MEDICAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MCKENZIE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MCLAREN HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MCLEISTER & GOLDMAN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MCLENNAN LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MCSPADDEN REAL ESTATE SERVICES INC, LOGUE, GREGORY C, WOOLFE MCCLANE BRIGHT ALLEN & CARPENTER PLLC, PO BOX 900, KNOXVILLE, TN 37901

11305  RE: MEADVILLE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDI CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDICAL APTS BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDICAL CENTER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDICAL DENTAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDICAL OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDICAL PARK HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDICAL RESEARCH CTR NKA CA INST OF MED, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDI-CENTER BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDICINE ETHICS & LAW BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEDINA GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEMORIAL HOSPITAL ADDITION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEMORIAL UNITED METHODIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MEMPHIS AIRPORT TERMINAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MENTAL HEALTH CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCEDES BENZ, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCEDES BENZ, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCHANDISE MART PLAZA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: MERCHANT S BANK MIDTOWN BRANCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCHANT S MIDTOWN BANK DIV OF VALLEY NA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCHANT S MIDTOWN BANK DIV VALLEY NAT B, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCHANT`S NATIONAL BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCHANTS NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERCY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERIDIAN BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MERITCARE SOUTH UNIVERSITY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: METAL LITHO INTERNATIONAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: METCALF PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: METHODIST CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: METHODIST CHURCH FIRST UNITED METHODIST, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: METHODIST HOSPITAL ADDITION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: METHODIST HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: METHODIST TOWER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MGM GRAND HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MIAMI CONVENTION CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MICHIGAN CANCER CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MID CONTINENT BLDG, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MIDICENTERS OF AMERICA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MIDLAND HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MILE HIGH MEDICAL ARTS BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MINNESOTA CHURCH CENTER FNA MINNESOTA PR, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MINNESOTA POLLUTION CONTROL AGENCY, WILLIAMS, ALAN C, MINNESOTA ATTORNEY GENERAL OFFICE, STE 900 NCL TOW, SAINT PAUL, MN 00005-5101

11305  RE: MISKOWIEK, MICHAEL, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: MISNIAKIEWCZ,PAWEL, SAIA, FRANK R, FRANK R SAIA, JD, 106 STATE ST, SPRINGFIELD, MA 00000-1103

11305  RE: MJ&P LLC, BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 00004-8084

11305  RE: MOLECULAR DIELECTRIC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: MOLSON HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305    RE: MOLSON STADIUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MONTANA SILVER & GOLD INC, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: MONTEFOIRE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MONTGOMERY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MONTGOMERY MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MONTGOMERY WARD BYRNWICK SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MONTGOMERY WARD RANDHURST SHOPPING CENTE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MONUMENTAL OFFICE BLDG VENETIAN MON COMP, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MORGUARD INVESTMENTS LIMITED, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MORGUARD REAL ESTATE INVESMENT TRUST, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MORGUARD REAL ESTATE INVESTMENT TRUST, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNDSVILLE HOUSING AUTHORITY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT CARMEL ACADEMY OF NEW ORLEANS LA, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305    RE: MOUNT SAINT MARY S NURSES HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #1, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #10, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #11, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #12, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #13, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #14, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #15, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #16, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #17, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #18, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #19, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #2, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #20, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #21, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #22, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: MOUNT SINAI HOSPITAL #23, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: MOUNT SINAI HOSPITAL #24, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #25, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #26, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #27, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #28, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #29, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #3, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #30, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #31, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #32, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #33, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #34, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #35, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #36, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #37, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #38, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #39, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #4, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #40, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #5, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #6, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #7, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #8, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNT SINAI HOSPITAL #9, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNTAIN BELL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNTAIN CITY HOSPITAL ADDITION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MOUNTAIN STATES TELEPHONE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MT SINAI HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MT. CARMEL MERCY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MT. DIABLO HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: MUNSEL, DONALD, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00009-9403

11305   RE: MUSKOGEE REGIONAL MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: MYERS, C DOUGLAS, MEIER, KURT J, TRANTER & MEIER, 33 N FORT THOMAS AVE, FORT THOMAS, KY 00004-1075

11305   RE: MYRTLE BEACH LUMBER COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NASSAU COLISEUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NATATORIUM Y M C A, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NATCHITOCHES PARISH SCHOOL BOARD, SILLS, KENNETH F, HAMMONDS & SILLS, QUAD ONE STE C, 1111 S FOSTER DR, BATON ROUGE, LA 00007-0806

11305   RE: NATIONAL BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NATIONAL BANK OF COMMERCE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NATIONAL CITY BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NATIONAL DISTILLERS CHEMICAL COMPANY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NATIONAL NEWARK & ESSEX BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NATIONAL RAILROAD PASSENGER CORPORATION, ROBERTS, JARED I, AMTRAK LAW DEPARTMENT, 60 MASSACHUSETTS AVE NE, WASHINGTON, DC 00002-0002

11305   RE: NATURAL DISTILLERS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NAUGATUCK VALLEY MALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NCNB BUILDING JOB J 5028, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NCR DISTRIBUTION CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEBRASKA SAVINGS & LOAN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NELSON, BARBARA SUE, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: NELSON, GERALDINE LOUISE, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: NELSON, PETE O, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: NEW BRITAIN GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEW BRITAIN HERALD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEW ENGLAND MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEW GREASE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEW HANOVER MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEW MELLREY BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEW MUNICIPAL BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEW YONKERS PUBLIC LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEW YORK TELEPHONE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: NEW YORK TELEPHONE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEWMARK & COMPANY FNA 489 ASSOCIATES BUI, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NEWSPAPER BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NINE STORY OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NISSLEY BOTTLED GAS COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NOB HILL APARTMENTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NOBLE, MICHAEL CALVIN, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: NOLAN, SHAWN AMY, SCOTT, DARREL W, LUKINS & ANNIS PS, 1600 WASHINGTON TRUST FINANCIAL, SPOKANE, WA 09920-1046

11305   RE: NORDSTROM, ROBERT, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: NORFOLK CIRCUIT COURT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORFOLK CITY HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORFOLK PUBLIC HEALTH BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTH ARKANSAS REGIONAL MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTH COUNTY OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTH HAMPTON NURSING HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTH HILLS PASSAVANT HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTH PACIFIC PLAZA BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTHEAST UTILITIES-CONN. LIGHT & POWER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTHSHORE COUNTRY CLUB CLUBHOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTHWEST COMMUNITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTHWESTERN BANK BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTHWESTERN DISTRICT HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTHWESTERN NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTHWESTERN POWER EQUIPMENT COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NORTHWOODCARE INCORPORATED, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: NOTRE DAME ACADEMY, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: NUGENT IMPORT MOTORS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: O&Y ENTERPRISE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: O`HARA APARTMENT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OAK GROVE LLC, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: OAK RIDGE TEXTILES, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OAKWOOD HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OBECO BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OBERLIN AIR TRAFFIC CONTROL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OCCUPATIONAL HEALTH & SAFETY DEPARTMENT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OFFICE FAC FOR BROAD ST ASSOC C O F MARC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OFFICE SERVICE CTR UNITED FUEL GAS CO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OFFICE TOWER BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OHIO BELL TELEPHONE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OHIO VALLEY GENERAL HOSPITAL- NEW ADM BL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OHIO VALLEY GENERAL HOSPITAL- NEW ED BLD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OII STEERING COMM MEMBER COMPANIES & USEPA, US ENVIRONMENTAL PROTECTION ACGENY, C/O HARRISON KARR ESQ, 75 HAWTHORNE ST, SAN FRANCISCO, CA 91405

11305   RE: OLD PURCHASING WAREHOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OLDON LIMITED PARTNERSHIP, MULHERN, TIMOTHY P, SHATZ SCHWARTZ AND FENTIN PC, 1441 MAIN ST, SPRINGFIELD, MA 00000-1103

11305   RE: OLIAN NURSING HOME, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OLYMPUS 555 PROPERTIES LLC, ROSEN, AVRUM J, AVRUM J ROSEN, 38 NEW ST, HUNTINGTON, NY 00001-1743

11305   RE: OMAHA CITY AUDITORIUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ONE ALLEGHENY CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ONE EMBARCADERO CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ONE SHELL SQUARE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ONEIDA CO. OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OREGON AUTO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ORR, HOWARD KING, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: OSTLUND, CHYLEEN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: OTTO MASS CHEMISTRY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OUR LADY OF GOOD COUNSEL SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: OUR LADY OF LOURDES CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: OUR LADY QUEEN OF PEACE, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: OXFORD PROPERTIES GROUP, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   RE: P&S ASSOCIATES, BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 00004-8084

11305   RE: PACIFIC FREEHOLDS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PACIFIC GAS & ELECTRIC BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PACIFIC HEIGHTS APARTMENTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PAKIRTZIS, ZAHARIAS, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: PALOS HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PARK CENTER MOTEL SHERATON, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PARK RIDGE NURSING HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PARKER, MELVIN GEORGE, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: PARKER, RICHARD H, HERBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 00005-9901

11305   RE: PARKWAY CONDOMINIUMS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PATCH, GARY, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: PAUL VI HIGH SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: PAUL, NORMAN, RUYLE, NANCY L, PHELPS KASTEN RUYLE BURNS & SIMS PC, 19871 TIMBERE, CARLINVILLE, IL 00006-2626

11305   RE: PAVILLION CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PEE DEE BUILDERS SUPPLY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PENN MUTUAL LIFE INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PEOPLE S NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PEOPLES PLAZA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PERFORMING ARTS CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PERINI CORPORATION, PORTER, JEFFREY R, MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC, ONE, BOSTON, MA 00000-2111

11305   RE: PERMANENT SAVINGS & LOAN BLDG., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PETERSON HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PHELPS APARTMENTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PHILADELPHIA ELECTRIC COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PIEDMONT TRUST BANK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PIERRE LACLEDE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PILGRIM CONGREGATIONAL CHURCH UCC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PILOT LIFE INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: PITTSBURGH NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305　RE: PLANTERS BANK & TRUST, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PLAUCHE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PLAZA BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PORT OF SEATTLE, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305　RE: PORTLAND AIRPORT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: POTOMAC PLAZA APT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: POWER HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PRATT WHITNEY JOB, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PRESBYTERIAN CHURCH OF JAMESBURG, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PRESBYTERIAN CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PRESBYTERIAN HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PRESBYTERIAN VILLAGE CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PRESIDENTIAL PLAZA APARTMENTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PRESIDENTIAL TOWERS CONDO FKA AMERICANA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PROVIDENCE HEALTH CARE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PROVIDENCE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PROVIDENT LIFE ACCIDENT INSURANCE COMPAN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PSYCHIATRY DEPARTMENT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PUBLIC LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PUBLIC SAFETY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PULP & PAPER RESEARCH CENTRE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: PURVIS HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: QUANTAS OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: QUONSET HUT ANDERSON COMPLEX, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: R H GARVEY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: R MACEY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: R&G PAINT COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: R.H. MACY DEPARTMENT STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: R.I. TRUST NATIONAL BANK BLDG., SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305　RE: R.U. WILSON BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: RABINOVITCH HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RADIOLOGY BUILDING MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RALEIGH SAVINGS & LOAN, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RAMADA DEVELOPMENT COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RAMADA INN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RARITAN RIVER CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REDPATH HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REDPATH LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REDPATH MUSEUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REGENCY 2, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REGENCY SOUTHLAKE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REGENTS OF THE UNIVERSITY OF CALIFORNIA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REGIONAL MED CTR FKA SPARKS MEM. HOSPITA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REHABILITATION & DIAGNOSTIC CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RENEWAL SHOPPING MALL BLDG 2 BURLINGTON, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RENEWAL SHOPPING MALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: REZAI, MAHTAB, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: RHODE ISLAND HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RICHLAND COUNTY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RIEWOLDT, JOHN HOWARD, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: RINGLING MUSEUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RIVERGATE MALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RIVERSIDE PRESBYTERIAN CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RIVERSIDE REGIONAL MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROANOKE CIVIC CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROBBINS TOWERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROBINSON AUDITORIUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROCHESTER MEMORIAL ART GALLERY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROCHESTER NURSING HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROCKROSE A.K.A. 127 JOHN STREET REALTY L, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: ROGERSVILLE HOSPITAL LEARNING RESOURCE C, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROMAN CATHLOLIV CHURCH ARCHDIOCESE NEW O, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: ROPER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROSEDALE UNITED CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROSENSTOCK HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROTUNDA A AIRPORT TERMINAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ROY MCMILLAN PR OF ESTATE OF ROBERT MCMI, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305   RE: ROYAL INDEMNITY COMPANY, LEDWIN ESQ, MARK G, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, 3 GANNETT DR, WHITE PLAINS, NY 10604-3407

11305   RE: ROYAL VICTORIA COLLEGE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RUBURY APARTMENTS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RUDEN BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RUDEN JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RUDEN MANAGEMENT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RUSSIAN HILL TWIN TOWER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RUSSINIK, JOHN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: RUTLEDGE TOWER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: RYERSON UNIVERSITY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SABINE RIVER AUTHORITY OF TEXAS, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: SACRED HEART HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SACRED HEART SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: SACTO CONV. CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SAFEWAY STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SAGINAW CIVIC CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SAINT CLARES HOSPITAL BOONTON CAMPUS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SAINT LOUIS COUNTY GOVERNMENT, REDINGTON, PATRICIA, SAINT LOUIS COUNTY COUNSELOR OFFICE, 41 S CENTRAL, SAINT LOUIS, MO 00006-3105

11305   RE: SAINT THOMAS MORE CATHEDRAL SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: SALEM HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SALINAS VALLEY MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SALVATION ARMY CHAPEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: SAN ANTONIO OFFICE BUILDING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SAN DIEGO GAS & ELECTRIC CO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SAN JOAQUIN GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SAN LEANDRO MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SANTA ROSA HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SANTA TERESA HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SANTA TERESA MEDICAL OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SASKATCHEWAN POWER CORPORATION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SASKATCHEWAN PROPERTY MANAGEMENT CORPORA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SAUDER LYGRISSE G M C BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCHACK, GAIL, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: SCHAEFER, WILLIAM, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: SCHOBER S RESTAURANT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCHOOL DISTRICT 43 COQUITLAM, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCHOOL DISTRICT 68 NANAIMO LADYSMITH, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCHOOL OF ENVIRONMENT BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCHUYLER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCOPE BUILDING JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCOTT AND WHITE MEMORIAL HOSPITAL AND, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: SCOTT COUNTY FAMILY Y, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCOTT PAPER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCOTT TOWER HOUSING COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCOTTISH RIGHTS CAD. TEMPLE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SCOTTSDALE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SEAGRAM BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SEARS & GRANT BUILDING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SEARS & REBUCK WESTLAND SHOPPING CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SEARS ROEBUCK GATEWAY SHOPPING CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SEARS ROEBUCK MORRISTOWN MALL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SEARS ROEBUCK, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: SECURITY BENEFIT LIFE INSURANCE CO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SECURITY NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SECURITY PACIFIC BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SECURITY PACIFIC BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SECURTY NATIONAL BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SELLERS, CARLA, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: SEMPRA ENERGY, OLANMENDI SMITH, RAUL, OFFICE OF THE GENERAL COUNSEL SEMPRA ENERGY, 101 A, SAN DIEGO, CA 00009-2101

11305  RE: SENECA BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SENIOR CITIZENS BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SEQUOIA HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SERNA, DICE VICTORIA, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305  RE: SEVERANCE MEDICAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SEVERANCE OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SEYMOUR, JEAN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: SHADYSIDE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHAKER HEIGHTS POLICE STATION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHALER AREA SCHOOL DISTRICT, SOLOMON, BRETT A, TUCKER ARENSBERG PC, 1500 ONE PPG PL, PITTSBURGH, PA 00001-5223

11305  RE: SHAMOKIN HIGH RISE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHELBY COUNTY HEALTH CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHELL CANADA INC, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHELL CANADA PRODUCTS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHELTER BRAINARD OFFICE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHENANDOAH BAPTIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHENANGO HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHERATON HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHERATON NORTH MOTOR INN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHERIDAN COLLEGE C WING, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHERIDAN COLLEGE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHERMAN BUILDING TWIN TOWERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: SHERWIN WILLIAMS PAINT STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: SILVER SANDS HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SIMMONS BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SIMMONS FIRST NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SIOUX VALLEY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SIR ARTHUR CURRIE GYMNASIUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SISTERS OF MERCY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SIX HUNDRED BUILDING LTD SUPPLEMENTAL CL, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: SIX HUNDRED BUILDING LTD, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: SKRAMSLAD, LESLER, MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S M, KALISPELL, MT 59904-5399

11305   RE: SMITH PLASTERING COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SMITH, JOHN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: SOLOW, SHELDON H, WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037, MOUNT PLEASANT, SC 00002-9464

11305   RE: SOMERVILLE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUCEK, ALBERT JON, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: SOUTH CAROLINA NATIONAL BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTH PARK SHOPPING CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHERN LIFE INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHERN NEW ENGLAND TELEPHONE & TELEGRA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHERN NEW ENGLAND TELEPHONE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHERN ONTARIO PROPERTIES, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHERN PACIFIC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHERN WESLEYAN UNIVERSITY ETAL, WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037, MOUNT PLEASANT, SC 00002-9464

11305   RE: SOUTHHAMPTON HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHWESTERN BELL TELEPHONE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHWESTERN BELL-FKA BELL TELEPHONE BLD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SOUTHWICK SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SPANISH PAVILLION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SPAULDING BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SPEIDEL, TIMOTHY JON, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: SPENCER, BARBARA A, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: SPRINGFIELD NEWS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST AGNES SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST AMBROSE CHURCH, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST ANN SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST BERNADETTES SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST CHARLES BORROMEO CHURCH, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST CHARLES HOSPITAL & REHABILITATION CEN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST COLETTA, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST FRANCIS HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST FRANCIS OF ASSISI SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST GABRIEL SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST JAMES SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST JOES HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST JOHN BOSCO SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST JOHN EVANGELIST SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST JOHN S NURSING HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST JOHN SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST JOHN`S EVANGELICAL LUTHERAN CHURCH, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: ST JOSEPH PARISH, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST JOSEPH SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST JOSEPH`S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST LEO SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST LOUIS SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST LUKE ELEMENTARY, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST LUKE S METHODIST HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST MARKS CATHOLIC CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST MARTIN PARISH SCHOOL BOARD, MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820

11305   RE: ST MARY S ACADEMY OF THE HOLY FAMILY, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: ST MARY S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST MARY S JR HIGH SCHOOL F K A ST MARY S, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: ST MARY SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST MICHAEL SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST PAUL S CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST PAUL UNITED CHURCH OF CHRIST, ENYART, WILLIAM L, ENYART & PEEBLES, 12 S SECOND ST, BELLEVILLE, IL 00006-2220

11305   RE: ST PHILIP SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST RITA SCHOOL, ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 00002-0036

11305   RE: ST THERESA S CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST THOMAS EPISCOPAL CHURCH INC, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST THOMAS HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST VINCENT S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. ANTHONY`S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. CANICE`S CATHOLIC CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. FRANCIS HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. JOHN`S HOME FOR THE AGED, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. JOSEPH HILL INFIRMARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. JOSEPH HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. JOSEPH`S HOSPITAL N.K.A. GENESIS MED, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. JOSEPH`S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. JOSEPH`S INTERCOMMUNITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. LUKE`S HOSPITAL, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. LUKE`S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. MARY`S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. MARY`S MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. PAUL S LUTHERAN CHURCH, FELLOWSHIP H, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. RITA`S PARISH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. THOMAS EPISCOPAL CHURCH INC., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. VINCENT`S HOSPITAL - ADDITION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ST. VINCENT`S HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STADIUM IN STORM LAKE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STAGECOACH APARTMENTS LLC, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: STANDARD OIL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STATE OF ARIZONA, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF ARKANSAS, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF CALIFORNIA DEPT OF GENERAL SERV, ASPERGER, ROBERT E, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE, SACRAMENTO, CA 00009-5814

11305   RE: STATE OF DELAWARE DIVISION OF FACILITIES, DROWOS, STUART B, STATE OF DELAWARE DEPT OF JUSTICE ATTORNEY GENERAL, WILMINGTON, DE 00001-9801

11305   RE: STATE OF KANSAS, CARROLL, DANIEL J, DIVISION OF FACILITIES MGMT, 900 SW JACKSON RM 653, TOPEKA, KS 66612-2210

11305   RE: STATE OF OKLAHOMA - DEPARTMENT MENTAL HE, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF OKLAHOMA - DEPARTMENT OF HEALTH, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF OKLAHOMA - OKLAHOMA HISTORICAL, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF OKLAHOMA DEPARTMENT MENTAL HEAL, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF OKLAHOMA DEPARTMENT OF CORRECTI, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF OKLAHOMA DEPARTMENT OF TOURISM, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF OREGON - BOARD OF HIGHER EDUCAT, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF OREGON BOARD OF HIGHER EDUCATIO, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF OREGON HEALTH & SCIENCE UNIVERS, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305   RE: STATE OF WASHINGTON, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305   RE: STELLA-MARG BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STERNS DEPARTMENT STORE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STEWART BIOLOGY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STEWART PLACE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STOCKTON CITY LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STRATHCONA ANATOMY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: STRATHCONA MUSIC BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SUNBURY HI-RISE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SUNSET BOWL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SUPERIOR SQUARE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SUPPLEE MEMORIAL CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SUTTER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SUTTER PLACE OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: SUTTON PLAZA, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305 RE: SYDLOSKI, DELORES, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305 RE: SZYKULSKI, CLEMENS, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305 RE: TAFT, ELIZABETH, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305 RE: TARZANA MEDICAL CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: TATERBORO OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: TCONGREGATION OF IMMACULATE CONCEPTION C, DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 00007-7630

11305 RE: TECHNICAL HIGH SCHOOL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: TELEPHONE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: TELUS COMMUNICATIONS, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: TEMPLE ADATH YESRAN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: TEMPLE ISRAEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: TEMPLE SINAI, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: TENNESSE DEPARTMENT OF FINANCE ADMINISTR, CLEMENTS JR, MARVIN E, OFFICE OF THE ATTORNEY GENERAL & REPORTER, BANKRUP, NASHVILLE, TN 00003-7202

11305 RE: TENNISON, KATHLEEN ANN, MCGARVEY, ALLAN M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 SOU, KALISPELL, MT 59904-5399

11305 RE: TERESA OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: THE 800 BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: THE BURLINGTON NORTHERN AMD SANTAFE RAIL, LEE, PETER, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY, 2500 LOU MENK DR, FORT WORTH, TX 00007-6131

11305 RE: THE BURLINGTON NORTHERN AND SANTA FE RAI, LEE, PETER, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY, 2500 LOU MENK DR, FORT WORTH, TX 00007-6131

11305 RE: THE BURLINGTON NORTHERN SANTA FE RAILWAY, LEE, PETER, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY, 2500 LOU MENK DR, FORT WORTH, TX 00007-6131

11305 RE: THE CALIFORNIA STATE UNIVERSITY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: THE CALIFORNIA STATE UNIVERSITY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: THE CHURCH OF ST HELENA OF MINNEAPOLIS, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305 RE: THE CHURCH OF ST LUKE, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305 RE: THE CHURCH OF THE MOST HOLY REDEEMER, COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 00002-9465

11305 RE: THE CLEVELAND MUSEUM OF ART, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: THE EQUITABLE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: THE FRANKLIN LIFE INSURANCE CO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: THE GREATER FORT WAYNE CHAMBER OF COMMER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305 RE: THE HOME INSURANCE COMPANY, GREY, ESQ, JOSEPH, STEVENS & LEE, 300 DELAWARE AVE # 800, WILMINGTON, DE 19801

11305 RE: THE HOMESTEAD COTTEGES, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   RE: THE HOMESTEAD SPA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAIN PLACE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAXWELL CONVENTION CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO ALMEDA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO ANNAPOLIS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO BARTON CREEK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO BEL AIR, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO BELMONT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO BOSTON DT 2, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO BOSTON DT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO BURLINGTON, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO CHESTERFIELD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO CHESTNUT HIL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO CLACKAMAS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO CLOVERLEAF, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO COLLIN CREEK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO COLUMBIA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO CORONADO, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO CROSSROADS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO EUGENE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO FAIR OAKS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO FR COLLINS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO GLENBROOK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO GLENDALE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO GREENSPOINT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO GREENWOOD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO HIGHLAND MAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO HOUSTON DT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO HULEN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO INGRAM PARK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    RE: THE MAY DEPARTMENT STORE CO IRVING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO LAKE FOREST, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO LANDMARK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO LORAIN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO MERIDEN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO MERRILLVILLE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO METRO CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO MID RIVERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO MONTCLAIR, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO MONTGOMERY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO NATICK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO NEW YORK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO NORTH SHORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO NORTHLAND, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO NORTHWEST, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO NYA WH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO PEORIA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO PORTLAND DT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO SILVER SPRIN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO SOUTH COUNTY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO SOUTH SHORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO SOUTHTOWN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO SPRINGFIELD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO ST LOUIS DT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO ST LOUIS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO TOWSON, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO TYSONS CORNE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO WARWICK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO WILSHIRE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: THE MAY DEPARTMENT STORE CO WOODFIELD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: THE MAY DEPARTMENT STORE CO WORCESTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPARTMENT STORE CO. - LLOYD CEN, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO BATTLEFIELD MALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO CHESTERFIELD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO CRESTWOOD, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO MILITARY CIRCLE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO ST CLAIR SQUARE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO UNIVERSITY PARK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO VIRGINIA BEACH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO WASHINGTON SQUARE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE MAY DEPT STORE CO WEST COUNTY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE PRINCETON CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE PRUDENTIAL INSURANCE COMPANY OF AMER, GILSON, ROBERT J, RIKER DANZIG SCHERER HYLAND & P, ONE SPEEDWELL AVE, MORRISTOWN, NJ 00000-7962

11305   RE: THE PRUDENTIAL INSURANCE COMPANY, GILSON, ROBERT J, RIKER DANZIG SCHERER HYLAND & P, ONE SPEEDWELL AVE, MORRISTOWN, NJ 00000-7962

11305   RE: THE RECORD, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE REGENT WALL STREET HOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE TOLEDO EDISON COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THE WESTERLY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THIRD PRESBYTERIAN CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THOMAS J. LIPTON TEA PLANT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THOMSON HOUSE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THORNAPPLE MANOR F N A BARRY COUNTY MEDI, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: THREE EMBARCADERO CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TIME EQUITIES INC, SCHWARTZMAN, DANIEL A, DANIEL A SWARTZMAN, 55 5TH AVE 15TH FLOOR, NEW YORK, NY 00001-0003

11305   RE: TITUSVILLE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TOLEDO EDISON, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TONAWANDA POLICE JOB, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TONKO REALTY ADVISORS LTD, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TOPANGA PLAZA SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TORONOT DISTRICT SCHOOL BOARD, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: TORONTO DISTRICT SCHOOL BOARD, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TORRANCE MEDICAL BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TORRENCE STATE HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TOWER APARTMENT BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TOWER PROPERTIES F.K.A. COMMERCE TOWERS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TOWER PROPERTIES, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRANSAMERICA FKA OCCIDENTAL LIFE INS COM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRANSAMERICA LIFE INS CO. FKA NAT. OLD L, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRANSAMERICA LIFE INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRANSAMERICA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TREFFERT, BRIAN, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: TRENTON CITY HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRENTY ATHLETIC CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRI CITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRINITY BAPTIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRINITY METHODIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRUMBALL COUNTY MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TRUMBULL MEMORIAL HOSPITAL, CRICK, STEVEN E, HUMPHREY FARRINGTON & MCCLAIN, 123 WEST KANSAS, INDEPENDENCE, MO 00006-4051

11305   RE: TULSA CIVIC CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TWO ALLEGHENY CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TWO EMBARCADERO CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: TYCO HEALTHCARE GROUP LP, BAYLOR, PETER N, NUTTER MCCLENNEN & FISH LLP, 155 SEAPORT BLVD WORL, BOSTON, MA 02210-2604

11305   RE: U.M.K.C. HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: U.S. NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: UIHLEIN MERCY CENTER - SISTERS OF MERCY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K, STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 00006-6217

11305   RE: UNION BANK & TRUST, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: UNION BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: UNION BANK JOB NKA NATIONS BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: UNION CENTRAL LIFE INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  RE: UNION HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNION MUTUAL LIFE INSURANCE COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNIONTOWN NEWSPAPER BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNITED BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNITED CALIFORNIA BANK BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNITED STATES GYPSUM COMPANY, GREEN, BRADY L, MORGAN LEWIS & BOCKIUS, 1701 MARKET ST, PHILADELPHIA, PA 19103-2921

11305  RE: UNITED WAY BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNITY HOUSE-ADMINISTRATION BLDG., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNIVERSITY CENTRE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNIVERSITY INN MOTEL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNIVERSITY OF GUELPH, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNIVERSITY OF SASKATCHEWAN, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNIVERSITY OF TORONTO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: UNIVERSITY OF WESTERN ONTARIO, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VALLCO PARK OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VALLEY NATIONAL BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VAN RYSULK, PAUL, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: VAN SMITH BUILDING MATERIAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VANCOUVER BOARD OF PARKS AND RECREATION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VANCOUVER COASTAL HEALTH AUTHORITY, STOCKENSTROM, HANNELIE, CLARK WILSON BARRISTERS & SOLICITORS, 800-885 W GE, VANCOUVER, BC V6C3H1CANADA    *VIA Deutsche Post*

11305  RE: VANDERWOOD, RANDY, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305  RE: VERIZON COMMUNICATIONS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VERMILLION LIBRARY JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VIACOM INC, KELLEY, LINDA D, VIACOM INC, 11 STANWIX ST, PITTSBURGH, PA 00001-5222

11305  RE: VICKSBURG MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VILLA ST CHARLES, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: VILLAGE FAIR SHOPPING CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: W G N, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: W. PA MOTOR CLUB JOB-HEADQUARTERS BLDG., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305  RE: W.F. HINCHEY CONT., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    RE: WACHOVIA BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WACHOVIA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WAGNER, JOHN FRANCIS, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: WAGNER, MICHAEL CHARLES, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: WALKER, LONA DIANE, MCGARVEY, ALLAN M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 SOU, KALISPELL, MT 59904-5399

11305    RE: WARREN GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WASHINGTON COUNTY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WASHINGTON COURTE CONDOMINIUM ASSOCIATIO, OCONNOR, PATRICIA A, LEVENFELD PEARLSTEIN, 2 N LASALLE 13TH FL, CHICAGO, IL 00006-0602

11305    RE: WASHINGTON GAS & LIGHT, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WASHINGTON HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WASHINGTON TRUST BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WAUKEGAN LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WAYNESBORO HOSPITAL ADDITION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WEATHERFORD INTERNATIONAL INC, ANDREWS & KURTH LLP, 450 LEXINGTON AVE 15TH FL, NEW YORK, NY 10017

11305    RE: WEBBER HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WEGMAN STORE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WELCH, DENNIS ALBERT, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: WELCH, ROBERT JAMES, LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2, GREAT FALLS, MT 00005-9403

11305    RE: WELLINGTON NURSING HOME, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WELLS FARGO BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WELLS FARGO BUILDING FKA 550 CALIFORNIA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WELLS FARGO BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WELLS FARGO OFFICE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WENTZVILLE FIRE PROTECTION DISTRICT, WASHBURN, RODNEY L, HAZELWOOD & WEBER LLC, 200 N THIRD ST, SAINT CHARLES, MO 00006-3301

11305    RE: WESLEY HOSPITAL ADDITION, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WEST FARM BUREAU LIFE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WEST JERSEY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WESTERN UNION CENTRALIZED BUREAU #3, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WESTIN HARBOUR CASTLE KESSINGER HUNTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305    RE: WESTMORELAND HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   RE: WESTPORT OFFICE BLDG, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WHITE MOTORS, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WHITE PIGMENT CORP., STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WHITE PLAINS CITY LIBRARY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WICHITA MUNICIPAL AIRPORT, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WIEBOLDTS STORE, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WILDLIFE BUILDING-NEAR VPA COLISEUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WILKINSON, JAY S, SCOTT, DARREL W, LUKINS & ANNIS PS, 1600 WASHINGTON TRUST FINANCIAL, SPOKANE, WA 09920-1046

11305   RE: WILLIAM OSLER HEALTH CENTRE, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WILLIAMS CENTER, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WILLIAMSBURG COMMUNITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WILLIS-KNIGHT HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WILSON HALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WILSON MEMORIAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WOLVERINE BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WOMEN S CLUB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WOOD COUNTY BANK, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WOODCOCK PLASTERING COMPANY, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WOODMAN TOWER BUILDING, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WOODMERE APARTMENTS LLC, MOLONEY, LAWRENCE A, GRAY PLANT MOOTY, 3400 CITY CENTER, 33 SOUTH SIXTH, MINNEAPOLIS, MN 55402-3796

11305   RE: WOOLCO DEPARTMENT STORE-WOODHAVEN MALL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WORCESTER CENTER, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WORDEN, GLADWIN, CABRASER, ELIZABETH J, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305   RE: WORDEN, GLADWIN, LOW-BEER, JOHN, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305   RE: WORDEN, GLADWIN, MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN, KALISPELL, MT 59904

11305   RE: WORDEN, GLADWIN, SOBOL, THOMAS M, HAGENS BERMAN LLP, 225 FRANKLIN ST 26TH FL, BOSTON, MA 02110

11305   RE: WORDEN, GLADWIN, TURKEWITZ, ROBERT M, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464

11305   RE: WORDEN, GLADWIN, VINCENT, FABRICE N, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111

11305   RE: WORDEN, GLADWIN, WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464

11305   RE: WORLD AIRWAYS AIRCRAFT MAINTENANCE FACIL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RE: WORLEY, WILLIAM, BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST, MINNEAPOLIS, MN 00005-5402

11305   RE: WYANDOTTE GENERAL HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: WYTHE COUNTY COMMUNITY HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: Y M C A AUDITORIUM, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: Y.M.C.A, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: Y.W.C.A, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: YANKTON HIGH SCHOOL HISTORIC DIST, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: YMCA, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: YORK HOSPITAL, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: YORK UNIVERSITY, SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: YORKMINSTER BAPTIST CHURCH, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: YWCA OF THE HARTFORD REGION, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   RE: ZOO JOB, STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AV E, PO BOX 685, HAMPTON, SC 00002-9924

11305   READY MACHINE PRODUCTS CO INC, 1353 W 59TH ST, CHICAGO, IL 60636

11305   REALTY, DONNA JEAN, 707 N COLLINS STREET, PLANT CITY, FL 33563

11305   REAMS III, WILLIAM ALBERT, 1666 GARNET AVE, SAN DIEGO, CA 92109

11305   REB, DEPT. 77-2545, CHICAGO, IL 60678-2545

11305   REBOTTINI, RICHARD L, 6219 WELLESLEY AVE, PITTSBURGH, PA 15206

11305   REBOVICH, JOSEPH W, 4 WASHINGTON SQ VILLAGE APT 11M, NEW YORK, NY 10012

11305   RECKIN, LENORA SPENCER, 556 FLORENCE RD, LIBBY, MT 59923

11305   RECORDKEEPER ARCHIVE, 57 LITTLEFIELD ST, AVON, MA 02322

11305   RED CAP MAINTENANCE INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   RED TOP EXEC SEDAN, PO BOX 1448, ARLINGTON, VA 22210-0748

11305   RED VALVE CO, INC, PO BOX 548, CARNEGIE, PA 15106-0548

11305   REDBURN, RONALD R, 3220 W MESCAL ST, PHOENIX, AZ 85029

11305   REDDI SERVICES, REDDI ROOTR, 4011 BONNER INDUSTRIAL DRIVE, SHAWNEE MISSION, KS 66226

11305   REDDIN & REDDIN, BOX 63, NEENAH, WI 54957-0063

11305   REDMOND, ANTHONY E, 7609 BLUFF POINT LN, ELKRIDGE, MD 21075

11305   REED SMITH SHAW & MCCLAY, MELLON SQUARE, 435 SIXTH AVE, PITTSBURGH, PA 15219-1886

11305   REEDER, RICKIE, 1999 HWY 252, LAURENS, SC 29360

11305   REEFE, JOSEPH PATRICK, 2631 SOUTH LOWELL BOULEVARD, DENVER, CO 80219

11305   REESE, GERALD, 5439 LINEBORO RD E, MANCHESTER, MD 21102

11305   REESE, PATSY A, 237 FELTON ST, SAN FRANCISCO, CA 94134

11305   REESE, TIMOTHY J, 11175 OAKDALE RD, BOYNTON BEACH, FL 33437

11305   REEVES, EARL, ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   REFLECTIX INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305   REGAN, JOSEPH C, 9 OLD SHEPARD ST, CANTON, MA 02021

11305   REGENT SECURITY SERVICES INC, PO BOX 12034, AUGUSTA, GA 30914-2034

11305   REGENTS OF THE UNIVERSITY OF CALIFORNIA, 1111 FRANKLIN STREET, OAKLAND, CA 94607

11305   REGIONAL INCOME TAX AGENCY, ATTN LEGAL DEPT, PO BOX 470537, BROADVIEW HEIGHTS, OH 44147

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    REGIONAL SUPPLY CENTER INC, 421 AMAPOLA AVE, TORRANCE, CA 90501

11305    REID, KATHLEEN A, 2718 SAMS CREEK RD, NEW WINDSOR, MD 21776

11305    REID, WILLIAM R, 263 W BRANCH CIR, NORTH EAST, MD 21901

11305    REIHL, BETTY L, 8428 GENEVA RD, PASADENA, MD 21122

11305    REILLY, MARY, 73 LODENGREEN DR, EAST FALMOUTH, MA 02536-9998

11305    REINHARDT JR, MARVIN G, 139 W MEADOW RD, BALTIMORE, MD 21225

11305    REITANO, ELVIRA, 2328 E 28TH ST, BROOKLYN, NY 11229

11305    REITH-ROZELLE, JUDITH K, ROUTE 3 6063 HWY T, SPRING GREEN, WI 53588

11305    REKSHYNSKYJ, EDITH H, 9867 B BOCA GARDENS TRL, BOCA RATON, FL 33496

11305    REKSHYNSKYJ, EDITH H, 9867B BOCA GARDENS TRL, BOCA RATON, FL 33496

11305    REKSHYNSKYJ, EDITH H, 9867B BOCA GARDES TRL, BOCA RATON, FL 33496

11305    RELIANCE FIRE PROTECTION INC., 9512 PULASKI HWY., BALTIMORE, MD 21220

11305    RELIANT ENERGY HL&P, PO BOX 1700, HOUSTON, TX 77001

11305    RELIANT ENERGY RETAIL INC, PO BOX 2089, HOUSTON, TX 77252-2089

11305    RELIANT ENERGY, HL&P, P.O. BOX 4932, HOUSTON, TX 77210-4932

11305    RELLER, KELLY MARIE, 13403 GENEVA WAY, APPLE VALLEY, MN 55124

11305    REMEDIUM GROUP, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305    REMFRY & SAGAR, 8,NANGAL RAYA BUSINESS CENTRE, NEW DELHI, 110046INDIA          *VIA Deutsche Post*

11305    REMMES, RICHARD G AND ANN T, C/O RICHARD G REMMES, 115 WOOLFORD RD, WRENTHAM, MA 02093-1434

11305    RENTAL SERVICE CORP.,

11305    RENTAL SERVICE CORPORATION, PO BOX 840514, DALLAS, TX 75284

11305    RENTERIA, JULIO, 6763 OLD WATERLOO RD, ELKRIDGE, MD 21075

11305    RENTROP, DAVID, 2006 PLANTATION DR, LAKE CHARLES, LA 70605

11305    REPPOND, JESSIE, CO ROXIE VIATOR, 2728 WESTERN, ORANGE, TX 77630

11305    REPUBLIC INDUSTRIES, SECTION #266, LOUISVILLE, KY 40289

11305    REPUBLIC SERVICES OF NJ INC, PO BOX 9001765, LOUISVILLE, KY 40290-1765

11305    RESERVE ACCOUNT, PO BOX 952856, ST LOUIS, MO 63195-2856

11305    RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT, 4934 W FALLEN LEAF LN, GLENDALE, AZ 85310

11305    RESIN SYSTEMS INC, 1586 SWISCO RD, SUPLHUR, LA 70665

11305    RETURN LOGISTICS, FORMERLY RETURN LOGISTICS, DEPT 77-8996, CHICAGO, IL 60678-8996

11305    REUSING, JOHN E, 207 ARMSTRONG LN, PASADENA, MD 21122-4143

11305    REUTER, ROBERT L, 911 HILL ST, CHEROKEE, IA 51012

11305    REUTERS NEWMEDIA INC, PO BOX 7777-W501854, PHILADELPHIA, PA 19175-1854

11305    REVERE ELECTRIC SUPPLY CO., 135 S LASALLE DEPT 3866, CHICAGO, IL 60674-3866

11305    REVOIR, WALTER, 7346 W 110TH PL, WORTH, IL 60482

11305    REXAM RELEASE INC, 4201 CONGRESS ST STE 340, CHARLOTTE, NC 28209

11305    REXEL/BRANCH, PO BOX 73056, BALTIMORE, MD 21273-3056

11305    REXEL/SOUGHLAND ELECTRICAL SUPPLIES, PO BOX 1628, OWENSBORO, KY 42302-1628

11305    REYES, JOSE P, 2146 W HIGHLAND AVE, CHICAGO, IL 60659

11305    REYES, MANUEL, 4 JUNIPER AVE, WARWICK, RI 02886

11305    REYMANN, STEPHEN E, 5 STUART MILLS PL, CATONSVILLE, MD 21228

11305    REYNOLDS ENGINEERING & EQUIP INC,

11305    REYNOLDS, LEE H, 2634 OTTO RD, CHARLOTTE, MI 48813

11305    REYNOLDS, VINCENT P, 2818 EPWORTH LN, OWENSBORO, KY 42303

11305    REZAI, MAHTAB, 1539 4TH STREET NE, MINNEAPOLIS, MN 55413

11305    RHAMES-LOVIE, LINDA, 576 E QUART ST, SPARKS, NV 89431

11305    RHINERSON, JOSEPH P, 1041 WRIGHT LANDING RD, OWENSBORO, KY 42303

11305    RHINERSON, JOSEPH P, 1041 WRIGHTS LANDING RD, OWENSBORO, KY 42303

11305    RHOADS, RICHARD A, 1860 FAIRPORT DR, GRAYSLAKE, IL 60030

11305    RHODIA INC, 259 PROSPECT PLAINS RD, CRANBURY, NJ 08512

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RHODIA, INC, PO BOX 75196, CHARLOTTE, NC 28275

11305   RHR INTERNATIONAL COMPANY, 220 GERRY DR, WOOD DALE, IL 60191-1147

11305   RIA GROUP, PO BOX 6159, CAROL STREAM, IL 60197-6159

11305   RICARD, JANICE V, 2079 VIRGINIA ST, BATON ROUGE, LA 70802

11305   RICCI, FRANCIS A, 28 REED RD, PEABODY, MA 01960

11305   RICE SR, CLEVELAND A, 2421 EDMONDSON AVE, BALTIMORE, MD 21223

11305   RICE, AARON, 301 EASTERN AVE UNIT A, ELSMERE, KY 41018

11305   RICE, ALLEN J, 119 BRANTLEY ST, DEQUINCY, LA 70633

11305   RICE, DARYL L, 117 GREEN RIDGE DR, MOORE, SC 29369

11305   RICE, DONALD P, 207 PARHAM RD, ENOREE, SC 29335

11305   RICE, DONALD PAUL, 207 PARHAM ROAD, ENOREE, SC 29335

11305   RICE, PAUL M, 4629 COLHERNE RD, BALTIMORE, MD 21229

11305   RICH, CHARLIE MURPHY, 121 DEVINE STREET, STANLEY, NC 28164

11305   RICHARD R LYONS ESTATE OF, ZERO KENISTON RD, LYNNFIELD, MA 01940

11305   RICHARD, ALLAN, PO BOX 783, BELFIELD, ND 58622

11305   RICHARD, EDWARD L, 261 FRAZAR ST, LAKE CHARLES, LA 70605

11305   RICHARD, HILTON L, 532 N LEBANON, SULPHUR, LA 70663

11305   RICHARD, LEROY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   RICHARDS PACKAGING INC, C/O MILDRED NOLAN, PO BOX 11249, PORTLAND, OR 97211

11305   RICHARDS, CHARLES D, 505 AIKEN, WOODRUFF, SC 29388

11305   RICHARDS, CHARLES DANIEL, 505 AIKEN RD, WOODRUFF, SC 29388

11305   RICHARDSON SR, RODY L, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   RICHARDSON, DICK S, 3808 MAPLEWOOD DR, SULPHUR, LA 70663

11305   RICHARDSON, ISAIAH W, 3747 REISTERSTOWN RD, BALTIMORE, MD 21215

11305   RICHARDSON, MICHAEL S, 275 WILLOW ST, MANSFIELD, MA 02048

11305   RICHARDSON, PHILLIP B, 501 NAVAJO DR, LAKE CHARLES, LA 70611

11305   RICHARDSON, VICTOR RAYMOND, 4635 KENMONT DR, CHARLOTTE, NC 28269

11305   RICHEY, JEWEL M, 212 S PLINEY CIR, SIMPSONVILLE, SC 29681

11305   RICHEY, STEVEN DAVID, 6789 SAPPHIRE ST, DUBLIN, CA 94568

11305   RICHLAND COUNTY, POST OFFICE BOX 11947, COLUMBIA, SC 29211

11305   RICHMOND COUNTY TAX COMMISSIONER, 530 GREENE ST RM 117, AUGUSTA, GA 30911

11305   RICHTER PRECISION,INC, 1021 COMMERCIAL AVE, EAST PETERSBURG, PA 17520

11305   RICHTER, JOAN M, 128 TRUCKHOUSE RD, SEVERNA PARK, MD 21146

11305   RICKET, WILLIAM N, C/O WILLIAM J RICKET, 218 BALDWIN CIR, MAULDIN, SC 29662

11305   RIDDLE SR, RONALD L, 205 IVY DR, SIMPSONVILLE, SC 29680

11305   RIDDLE, RONALD L, 205 IVY DR, SIMPSONVILLE, SC 29680

11305   RIDDLESPERGER, ANTHONY G, 15 GROVENOR CT, DALLAS, TX 75225

11305   RIDGE, ROBERT H, 3529 GLEN OAK DR, JARRETTSVILLE, MD 21084

11305   RIEDER, KLAUS ALEXANDER, 20 LOVETT ST APT #6, BEVERLY, MA 01915-5159

11305   RIEL, DIANE, 35 RIO VISTA ST, BILLERICA, MA 01862

11305   RIES JR, JEROME, 29365 SKIPTON-CORDOVA RD, CORDOVA, MD 21625

11305   RIEWOLDT, JOHN HOWARD, 10553 HIGHWAY 37, LIBBY, MT 59923

11305   RIGELTON JR, MACK,

11305   RIGELTON REV, D M, PO BOX 5742, NEW ORLEANS, LA 70157-0432

11305   RIGGIN, THOMAS E, 800 NOLCREST RD, GLEN BURNIE, MD 21061

11305   RIGGIO, DOROTHY, 147 ROSETREE LN, EXTON, PA 19341

11305   RIGHTMYER, JOSEPH A, 12643 GOLDEN OAK DR, ELLICOTT CITY, MD 21042

11305   RIGNEY, JOHN M, 194 S COUNTRY RD, PO BOX 2022, REMSENBURG, NY 11960

11305   RILEY III, JAMES R, C/O BOB RILEY, 128 W BARRE ST, BALTIMORE, MD 21201

11305   RILEY, KENNETH R, 4220 W GLENROSA AVE, PHOENIX, AZ 85019

11305   RILEY, KEVIN L, 730 HIGH PLAIN DR, BEL AIR, MD 21014

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   RILEY, MICHAEL C, 416 ROYAL OAK DR, ALEXANDRIA, KY 41001

11305   RILEY, ROBERT, 3 LAKE DR, LITTLETON, MA 01460

11305   RIMMER, JACK, 123 LAKESHORE DR APT 2043, NORTH PALM BEACH, FL 33408

11305   RINALDO, PETER M, 428 SAVAGE FARM DR, ITHACA, NY 14850

11305   RINARD, TOM, 1415 POND RIDGE DR, PASADENA, MD 21122

11305   RINGHEISER JR, PAUL FRANCIS, RR #4 BOX 4283, UPPER MIDDLE CRK RD, KUNKLETOWN, PA 18058

11305   RINGLAND, GLORIA E, 34 LOOMIS ST, CAMBRIDGE, MA 02138-1003

11305   RISCH, THOMAS A, 843 WOOD AVE, KIRKWOOD, MO 63122

11305   RISDAL, EDDIE CHARLES, PO BOX 316 ISP 802094, FORT MADISON, IA 52627

11305   RITTER, RONALD E, 55 LAGUNA RD, PALMYRA, VA 22963

11305   RITTER, RONALD E, C/O R E RITTER, 55 LAGUNA RD, PALMYRA, VA 22963

11305   RITUCCI, STEVEN, 19 METACOMET ST, WALPOLE, MA 02081

11305   RITZEL, WILLIAM C, 1951 PLEASANTVILLE RD, FOREST HILL, MD 21050

11305   RIVAS, MARIA L, PO BOX 658, LA BLANCA, TX 78558

11305   RIVENBARK, JEAN M, 8405 FAZIO DR, WILMINGTON, NC 28411

11305   RIVER CITY TOWING SERVICES, PO BOX 1300, DENHAM SPRINGS, LA 70727

11305   RIVER DRIVE CONSTRUCTION, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374

11305   RIVERA, AUDREY B, 46 BOW ST, MEDFORD, MA 02155

11305   RIVERA, GREGORY NASH, 1125 WEST 11TH STREET, PUEBLO, CO 81003

11305   RIVERSIDE TOOL & DIE, 11 FOX ROAD, WALTHAM, MA 02451

11305   RJ HAMMOND CO INC, PO BOX 465, STOCKBRIDGE, GA 30281

11305   RJ LEE GROUP INC., PO BOX 400265, PITTSBURGH, PA 15268-0300

11305   RJ LEE GROUP, INC, 350 HOCHBERG ROAD, MONROEVILLE, PA 15146

11305   RJMS CORP DBA TOYOTA MATERIAL HANDLING N, 31010 SAN ANTONIO ST, HAYWARD, CA 94544

11305   RKS PLASTICS INC, 100 JERSEY AVE, NEW BRUNSWICK, NJ 08903-0836

11305   RMQ & ELG, C/O KEAVIN D MCDONALD, WILSHIRE SCOTT & DYER PC, 1221 MCKINNEY STE 3000, HOUSTON, TX 77010

11305   RMQ AS DEFINED IN THE ATTACHED SUMMARY O, SANDER L ESSERMAN, 2323 BRYAN ST STE 2200, DALLAS, TX 75201

11305   RMT, INC, ATTN: PETER M GENNRICH, LEE KILKELLY ETAL, PO BOX 2189, MADISON, WI 53701-2189

11305   ROADWAY EXPRESS INC, 1077 GORGE BLVD, PO BOX 3563, AKRON, OH 44309-3552

11305   ROBBINS, EDITH, 17096 CASTLEBAY CT, BOCA RATON, FL 33496

11305   ROBBINS, KENNETH B, 715 WASHINGTON ST, ABINGTON, MA 02351

11305   ROBBINS, LARRY V, 3851 ASPEN DR, EVANSVILLE, IN 47711

11305   ROBERIE, TERRY, 2613 LITER DR, ELLICOTT CITY, MD 21042

11305   ROBERSON, ARLANDIS, 1649 DOGWOOD DR, CHATTANOOGA, TN 37406

11305   ROBERSON, JAMES CALVIN, 1627 THIRD ST W, BRADENTON, FL 34205

11305   ROBERT COTNER 93780, C/O ROBERT COTNER, DICK CONNERS COR CEN, PO BOX 220, HOMINY, OK 74035

11305   ROBERT SHAUN HUGHEY DBA TECHNIQUE LAWN M, 630 PARTON LN, RINGGOLD, GA 30736

11305   ROBERTS OXYGEN CO, INC, PO BOX 5507, ROCKVILLE, MD 20855

11305   ROBERTS, DONALD VERNON, 15350 WEST 77TH DRIVE, ARVADA, CO 80007

11305   ROBERTS, EARL V, 2526 DARTMOUTH DR, OWENSBORO, KY 42301

11305   ROBERTS, EDDIE D, BOX 200 OLD FRIAR RD, AIKEN, SC 29801

11305   ROBERTS, FRED G, 1241 HIGH STREET, RAWLINS, WY 82301

11305   ROBERTS, JILL B, 6805 TUMBLEWEED TRL, BRADENTON, FL 34202

11305   ROBERTS, LAWRENCE R, 44 WINDSOR AVE, ACTON, MA 01720

11305   ROBERTS, PAUL GARY, 427 KOOTENAI DR, LIBBY, MT 59923

11305   ROBERTS, STEPHEN O, 105 BROOK DR, BURLINGTON, VT 05401

11305   ROBERTSON JR, EDDIE C, 415 OAK GROVE RD, LINTHICUM, MD 21090-2843

11305   ROBERTSON, BRUCE, 184 MIDLAND AVE, KEARNY, NJ 07032

11305   ROBERTSON, CARTER B, 304 HEDGEROW DR, GREENVILLE, SC 29607

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   ROBERTSON, CHAD, 20040 FM 1485 #139, NEW CANEY, TX 77357

11305   ROBERTSON, KAREN E, 1200 CARSON DR, SEMINOLE, OK 74868-2225

11305   ROBERTSON, THOMA D, 50 BROADWAY, ROCKPORT, MA 01966

11305   ROBERTSON, WILLIE R, 277 BURDETTE RD, GRAY COURT, SC 29645

11305   ROBERTSON-CECO CORPORATION, GREGG R HAGUE ESQ, SPERLING & SLATER, 55 W MONROE, CHICAGO, IL 60603

11305   ROBICHAUX MIZE & WADSACH LLC, 901 LAKESHORE DRIVE SUITE 900, LAKE CHARLES, LA 70601-5270

11305   ROBIN, DANIEL J, 4545 43RD AVE S, MINNEAPOLIS, MN 55406

11305   ROBINSON COMPANY OF GREENVILLE, 1225 SOUTH CHURCH, GREENVILLE, SC 29605

11305   ROBINSON SR, ROBERT J, 8125 GLEN ARBOR DR, BALTIMORE, MD 21237

11305   ROBINSON, CHARLES D, 115 MAYWOOD DR, SIMPSONVILLE, SC 29680

11305   ROBINSON, GEORGE, RABBIT RUN RD, ENOREE, SC 29335

11305   ROBINSON, GEORGE, RABBIT RUN ROAD, ENOREE, SC 29335

11305   ROBINSON, LANA GAYLE, 4358 WIND SONG CT, TRUSSVILLE, AL 35173

11305   ROBINSON, LARRY, 104 HOST & MILLER PL, PIEDMONT, SC 29673

11305   ROBINSON, RICHARD KEITH, 4358 WIND SONG CT, TRUSSVILLE, AL 35173

11305   ROBINSON, RONALD L, 216 NW 15TH PL, POMPANO BEACH, FL 33060

11305   ROBINSON, WILLIE J, 4405 HWY 14, LAURENS, SC 29360

11305   ROBINSON, WILLIE JAMES, 4405 HWY 14, LAURENS, SC 29360

11305   ROBLESO, DANIEL, 10206 SAGE CANYON DR, HOUSTON, TX 77089

11305   ROBNET, INC, PO BOX 24193, BALTIMORE, MD 21227

11305   ROCCO & ZWEIFACH, C/O SAMUEL BARKIN, HELLER EHRMAN WHITE & MCAULIFFE LLP, 120 W 45TH ST, NEW YORK, NY 10036

11305   ROCHBERT, MORDECHAI, 33 FREEMONT ST, LEXINGTON, MA 02421

11305   ROCHE, MICHAEL S, 4971 MEADOW BROOK RD, BIRMINGHAM, AL 35242

11305   ROCHE, RICHARD J, 147 NEW ESTATE RD, LITTLETON, MA 01460

11305   ROCHELEAU, KRISTINA, 20 BEAUDRY ST, LOWELL, MA 01850

11305   ROCKWELL AUTOMATION RELIANCE ELECTRIC, ATTN GEORGE PALISIN, 24703 EUCLID AVE, CLEVELAND, OH 44117

11305   ROCTEST, PO BOX 3568, CHAMPLAIN, NY 12919-3568

11305   RODEN, PO BOX 440417, NASHVILLE, TN 37244-0417

11305   RODGERS, ELI, 1711 WINDERMERE WAY, TAMPA, FL 33619

11305   RODGERS, JOHN P, 2 HIGH ST, MAYNARD, MA 01754

11305   RODRIGUEZ WELDING & CONSTRUCTION, 62 STREE #AU-7, BAYAMON, PR 00957

11305   RODRIGUEZ, A A, 6701 W 63RD ST, CHICAGO, IL 60638

11305   RODRIGUEZ, CARMEN J, 230 COLUMBIA AVE APT B, CLIFFSIDE PARK, NJ 07010

11305   RODRIGUEZ, VALENTE, 1226 W SANTA CLARA AVE, SANTA ANA, CA 92706

11305   RODRIGUEZ, YESSINIA, 93-1/2 MT PLEASANT AVE 1ST FL, NEWARK, NJ 07104

11305   RODRIQUEZ, RAQUEL J, 12590 HIGH DESERT RD, VICTORVILLE, CA 92392

11305   RODRIQUEZ, RAQUEL, 12590 HIGH DESERT RD, VICTORVILLE, CA 92392

11305   ROE, RICHARD D, 898 BRUNSWICK LN, AIKEN, SC 29803

11305   ROEBUCK & ASSOCIATES INC, 1103 SWANN AVE, TAMPA, FL 33606

11305   ROEDER, GENEVIEVE, 3141 23RD ST APT 6J, ASTORIA, NY 11106-4023

11305   ROGERS INDUSTRIAL EQUIPMENT INC, PO BOX 158, OAKWOOD, GA 30566

11305   ROGERS, ARLENE A, 11 CORNELL PLACE, NEW ROCHELLE, NY 10804

11305   ROGERS, CHARLES MAXWELL, 2032 ROBERT H KIRK RD, LANCASTER, SC 29720

11305   ROGERS, RANDY L, RT 1 BOX 242AA, WORTHAM, TX 76693

11305   ROGERS, ROBERT E, 175 ROCKING HAM RD, DUNCAN, SC 29334

11305   ROGERS, SALLY B, 190 DEWEY RD, GREER, SC 29651

11305   ROHLEBER, JOSEPH P, 536 FORESTVIEW RD, LINTHICUM HEIGHTS, MD 21090

11305   ROHM & HAAS COMPANY, 100 INDEPENDENCE MALL W 2ND FL, PHILADELPHIA, PA 19106

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    ROLLED ALLOYS INC., DEPT. 33901, PO BOX 67000, DETROIT, MI 48267-0339

11305    ROLLINS, ROBERT EDWARD, 660 EAST ARGONNE DRIVE, SAINT LOUIS, MO 63122

11305    ROLLINS, WILLIE, 1203 ASHLAND AVE, BALTIMORE, MD 21202

11305    ROMAN CATHLOLIV CHURCH ARCHDIOCESE NEW O, 7887 WALMSLEY AVENUE, NEW ORLEANS, LA 70125

11305    ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR, 7887 WALMSLEY AVE, NEW ORLEANS, LA 70125

11305    ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR, 7887 WALMSLEY AVE., NEW ORLEANS, LA 70125

11305    ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR, 7887 WALMSLEY AVENUE, NEW ORLEANS, LA 70125

11305    ROMANO, CHARLOTTE, 128 OAKLAND ST, MALDEN, MA 02148

11305    ROMINGER, JAMES M, 5510 FAWN RIDGE RD, CHATTANOOGA, TN 37416

11305    RONAN ENGINEERING COMPANY, PO BOX 1275, WOODLAND HILLS, CA 91365

11305    RONCO INDUSTRIAL SUPPLY, 700 FRONTIER WAY, BENSENVILLE, IL 60106

11305    RONS MOBILE TRUCK AND AUTO REPAIR, 1201 MARKEETA SPUR ROAD, MOODY, AL 35004

11305    ROOKS, MARLON A, 203 E CEDAR HILL LN, BROOKLYN, MD 21225

11305    ROOT SR, MICHAEL E, 29399 SKIPTON CORDOVA RD, CORDOVA, MD 21625

11305    ROSADO AUTO SALES INC., DBA ROSADO PROPANE SALES & SVC, P.O. BOX 10851, POMPANO BEACH, FL 33061

11305    ROSAMARE SR, LEROY, 2612 E GEN WAINWRIGHT, LAKE CHARLES, LA 70615-8126

11305    ROSAMORE SR, LEROY J, 2612 E GEN WAIN WRIGHT, LAKE CHARLES, LA 70615-8126

11305    ROSAS, FRANCISCO C, 2227 S SHELTON ST, SANTA ANA, CA 92707

11305    ROSE, JOHN, PO BOX 952222, LAKE MARY, FL 32795-2222

11305    ROSE, LLOYD X, 1264 CUMBERLAND AVE, SAN LEANDRO, CA 94579

11305    ROSE, MARTHA L, 84 PAYSON RD, BELMONT, MA 02478-2719

11305    ROSE, SUZIE M, 12114 BLUE FLAG WAY, COLUMBIA, MD 21044

11305    ROSEMOUNT INC, 12001 TECHNOLOGY DR, EDEN PRAIRIE, MN 55344

11305    ROSENBERG, ARNOLD M, C/O ARNOLD ROSENBERG, 11836 GOYA DR, POTOMAC, MD 20854

11305    ROSENBERG, ARNOLD, 11836 GOYA DR, POTOMAC, MD 20854

11305    ROSENBERG, DUANE LEONARD, 638 SULLIVAN LANE NORTHEAST, COLUMBIA HEIGHTS, MN 55421

11305    ROSENBERG, MICHAEL J, 4209 RED BANDANA WAY, ELLICOTT CITY, MD 21042

11305    ROSENGREN, ROSEMARY MONETA, 7220 YORK AVENUE S. #411, EDINA, MN 55435

11305    ROSENKRANS, JUDITH M, 899 AUBURN DR, BILOXI, MS 39532

11305    ROSIN EYECARE, INDUSTRIAL SAFETY DIVISION, 6233 WEST CERMAK ROAD, BERWYN, IL 60402

11305    ROSS, ALBERT J, 236 BOLIVAR AVE, BALTIMORE, MD 21225

11305    ROSS, CHARLES D, 7684 PINKDOGWOOD TRL, DENVER, NC 28037-8666

11305    ROSS, JOHN E, 5 CONN ST, WOBURN, MA 01801

11305    ROSTANZO, LORRAINE V, 8 BRIDGEWOOD AVE, TAYLORS, SC 29687

11305    ROTANIUM PRODUCTS COMPANY, PO BOX 74075, CLEVELAND, OH 44194-0002

11305    ROTELLO, ROBERT, 342 HOLLY DR, WYCKOFF, NJ 07481

11305    ROTEX INC, 1230 KNOWLTON ST, CINCINNATI, OH 45223

11305    ROTH, DAVID P, 3731 TEXOMA DR, LAKE HAVASU CITY, AZ 86404

11305    ROTH, MICHAEL F, 942 PEPPERWOOD DR, DANVILLE, CA 94506

11305    ROTH, TOM, 3553 BROOKHILL ST, GLENDALE, CA 91214

11305    ROTO ROOTER SERVICE & DRAIN SERVICE, PO BOX 80323, 80323, CHATTANOOGA, TN 37414-0323

11305    ROTO ROOTER SEWER SER., 2125 MONTANA AVE., CINCINNATI, OH 45211

11305    ROTOLO, CATHERINE J, 1344 STONEGATE CT, CROZET, VA 22932

11305    ROTO-ROOTER SERVICES CO., PO BOX 640802, CINCINNATI, OH 45264-0802

11305    ROUGEAU, ANTHONY, C/O MADELINE ROUGEAU, 304 JEANNINE ST, LAKE CHARLES, LA 70605

11305    ROUSH, TRACY ERIN, C/O KAREN WICKERSHAM 5455 PROSPECT DR, MISSOULA, MT 59808

11305    ROUSSEAU, BART G, 2 FAIRWAY DR # 142, DERRY, NH 03038

WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   ROUTH, LARRY A, C/O LARRY ROUTH, 116 YAWMETER DR, BALTIMORE, MD 21220

11305   ROWAN SR, KENNETH R, C/O KENNETH R ROWAN, 2612 W 8TH ST, OWENSBORO, KY 42301

11305   ROWAN, KENNETH, 2612 W 8TH ST, OWENSBORO, KY 42301

11305   ROWDEN, O`LENE RAE, 12112 EAST ALKI AVE, SPOKANE, WA 99206

11305   ROWE, DAVID D, 1602 W MAIN ST, SANDPOINT, ID 83864

11305   ROWE, EFFIRUM, 30 S GERMANTOWN RD #43, CHATTANOOGA, TN 37411

11305   ROWE, RICHARD C, C/O STEPHEN R TETRO, 233 S WACKER DR STE 5800, CHICAGO, IL 60606

11305   ROWE, RICHARD C, PO BOX 27184, MEMPHIS, TN 38127

11305   ROWE, ROGER V, 3402 SE FAIRWAY W, STUART, FL 34997

11305   ROWTON, EDDY R, 4202 TOWNES FOREST, FRIENDSWOOD, TX 77546

11305   ROY MCMILLAN PR OF ESTATE OF ROBERT MCMI, 1580 EAST FIFTH STREET, LIBBY, MT 59923

11305   ROYAL INDEMNITY COMPANY, C/O CARL J PERNICONE ESQ, WILSON ELSER MOSKOWITZ ET AL, 150 E 42ND ST, NEW YORK, NY 10017-5639

11305   ROYAL LABEL CO, ALSEN-MAPES INDUSTRIAL PARK, 50 PARK ST, BOSTON, MA 02122-2696

11305   ROYS KWIK KORNER, INC, 1002 CRAIN HWY., S.W., GLEN BURNIE, MD 21061

11305   ROZSITS, THOMAS L, 8427 TARTAN FIELDS DR, DUBLIN, OH 43017

11305   RPA PROCESS TECHNOLOGIES, 9151 SHAVER RD, PORTAGE, MI 49024-6798

11305   RS HUGHES CO INC, PO BOX 21810, PHOENIX, AZ 85036

11305   RSO INC., PO BOX 1526, LAUREL, MD 20725-1526

11305   RT VANDERBILT CO INC, DEPT 2133, NORTH SUBURBAN, IL 60132-2133

11305   RTD CHEMICALS CORP, 1500 ROUTE 517, HACKETTSTOWN, NJ 07840-2709

11305   RTD CHEMICALS CORPORATION, 1500 ROUTE 517 SUITE 305, HACKETTSTOWN, NJ 07840-2709

11305   RTIS - REEDFAX, PO BOX 7247-7518, PHILADELPHIA, PA 19170

11305   RUBBER MILLERS INC, 709 S CATON AVE, BALTIMORE, MD 21229

11305   RUCKER, CHRYSTAL LEVERN, 104 MISTY LN, BELTON, SC 29627

11305   RUCKER, GARRETT LEE, 104 MISTY LN, BELTON, SC 29627

11305   RUDESILL, JOHN A, 10824 HILLTOP LN, COLUMBIA, MD 21044

11305   RUMPKE, 10795 HUGHES RD, CINCINNATI, OH 45251

11305   RUNGE, DENNIS L, 1619 116 AVENUE, MILAN, IL 61264

11305   RURAL NATURAL GAS CO, PO BOX 18186, FAIRFIELD, OH 45018

11305   RURAL NATURAL GAS CO., PO BOX 614, MILFORD, OH 45150

11305   RUSHTON, RONALD A, 4500 BARWYN CT, PLANO, TX 75093

11305   RUSS, CLARKE, 2229 WINDWARD SHORE DRIVE, VIRGINIA BEACH, VA 23451

11305   RUSS, HOWELL, 4902 FIELDWOOD COURT, FAIRFAX, VA 22030

11305   RUSS, JOHN CLARKE, PO BOX 1049, ROCKPORT, ME 04856

11305   RUSS, RINDA LOU, 2229 WINDWARD SHORE DRIVE, VIRGINIA BEACH, VA 23451

11305   RUSS, ROBERT SAYERS, 10 SOUTHWIND CIRCLE, CENTERVILLE, MA 02632

11305   RUSSELL, DAVID R, 929 QUAKER HILL LN, LIBERTYVILLE, IL 60048

11305   RUSSELL, DOROTHY W, 200 COBBTOWN RD, DOVER, NC 28526

11305   RUSSELL-STANLEY MIDWEST, INC, PO BOX 19481, NEWARK, NJ 07195-0481

11305   RUSSELL-STANLEY, PO BOX 19481, NEWARK, NJ 07195-0481

11305   RUSSINIK, JOHN, 429 20TH AVENUE NE, MINNEAPOLIS, MN 55418

11305   RUSSO, JACQUELINE M, 2221 81ST ST, BROOKLYN, NY 11214

11305   RUTSMAN, THOMAS W, 3827 THOMAS AVE S, MINNEAPOLIS, MN 55410-1233

11305   RVL EQUIPMENT INC, 1565 WEST 34TH PLACE, HIALEAH, FL 33012

11305   RYAN, EMORY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   RYAN, FRANK L, 4617 HALLMARK DR, DALLAS, TX 75229

11305   RYAN, PATRICIA F, 156 PARK AVE, YONKERS, NY 10703

11305   RYDER SHARED SERVICES CENTER, M/S2868, 6000 WINDWARD PKWY, ALPHARETTA, GA 30005

11305   RYDER SHARED SERVICES CENTER, MS2868, 6000 WINDWARD PKWY, ALPHARETTA, GA 30005

11305   RYERSON TULL INC, PO BOX 4725, NORCROSS, GA 30091

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   RYERSON UNIVERSITY, 40, 50, 60 GOULD STREETS HOWARD KERR HALL, TORONTO, ON   *VIA Deutsche Post*
M5B2K3CANADA

11305   S & A ENGINE SALES & SERVICE, 1513 OLYMPIC BLVD., MONTEBELLO, CA 90640-5092

11305   S&H ERECTORS, INC, 8427 HIXSON PIKE, HIXSON, TN 37343

11305   S.W.I.C. LTD, PO BOX 970817, DALLAS, TX 75397

11305   SABINE RIVER AUTHORITY OF TEXAS, PO BOX 579, ORANGE, TX 77630

11305   SABOURIN, JOSEPH C, 34 FRANKLIN PL, GREAT NECK, NY 11023

11305   SACK, WILLIAM R, 13441 AVENUE K, CHICAGO, IL 60633

11305   SACRED HEART SCHOOL, 1713 AMHERST STREET, WINCHESTER, VA 22601

11305   SAFECO INC, DEPT 888102, KNOXVILLE, TN 37995-8102

11305   SAFETY HARBOR RESORT & SPA, 105 NORTH BAYSHORE DRIVE, SAFETY HARBOR, FL 34695

11305   SAFETY HOUSE LLC, 2010 ENTERPRISE BLVD, LAKE CHARLES, LA 70601

11305   SAFETY KLEEN CORPORATION, PO BOX 11393, COLUMBIA, SC 29211

11305   SAFEWAY STORE, CHERRY CREEK SHOPPING CEN,

11305   SAF-T-GARD INTERNATIONAL INC, 205 HUEHL RD, NORTHBROOK, IL 60062

11305   SAGEN, KENNETH DUANE, PO BOX 176 / 46 EVANS RD, LIBBY, MT 59923

11305   SAGEN, NANCY ANN, 46 EVANS RD, LIBBY, MT 59923

11305   SAINT LOUIS COUNTY GOVERNMENT, 41 SO CENTRAL, CLAYTON, MO 63105

11305   SAINT THOMAS MORE CATHEDRAL SCHOOL, 105 NORTH THOMAS STREET, ARLINGTON, VA 22203

11305   SAINT-GOBAIN NORPRO CORPORATION, 3840 FISHCREEK RD, STOW, OH 44224

11305   SALEM CENTRAL SCHOOL DISTRICT, 41 EAST BROADWAY, SALEM, NY 12865

11305   SALES GROWTH DYNAMICS LLC, 3545 ELLICOTT MILLS DR, ELLICOTT CITY, MD 21043

11305   SALIBE, GEORGE J, 40 RANDOLPH ST, SOUTH WEYMOUTH, MA 02190

11305   SALISBURY, BRANDON LW, 1194 PINE CREST ROAD, MOSCOW, ID 83843

11305   SALISBURY, CHLOE NOEL, 1194 PINE CREST ROAD, MOSCOW, ID 83843

11305   SALISBURY, KURT D, 1194 PINE CREST ROAD, MOSCOW, ID 83843

11305   SALISBURY, KURT, C/O DARRELL W SCOTT, 717 W SPRAGUE AVE STE 1600, SPOKANE, WA 99201

11305   SALISBURY, LISA A, 1194 PINE CREST ROAD, MOSCOW, ID 83843

11305   SALISBURY, WHITNEY A, 1194 PINE CREST ROAD, MOSCOW, ID 83843

11305   SALMON, JUDITH A, 6885 OKLA-LAFFOON RD, WHITESVILLE, KY 42378

11305   SALT RIVER PROJECT, ATTN: REVENUE RECOVERY-PAB166-BARB, PO BOX 52025, PHOENIX, AZ
85072-2025

11305   SALTER, KEITH A, 409 ROYER LP, SULPHUR, LA 70663

11305   SAMONTE, LAEL EDWARD, 99-902 MOANALUA RD, AIEA, HI 96701

11305   SAMPCO INC., PO BOX 32724, HARTFORD, CT 06150-2724

11305   SAMS CLUB DIRECT, PO BOX 9904, MACON, GA 31297-9904

11305   SAMS CLUB GECF, PO BOX 105983 DEPT 49, ATLANTA, GA 30348-5983

11305   SAMS CLUB, PO BOX 9904, ATLANTA, GA 30348-5983

11305   SAMS, DAVID A, 153 MARGUERITE AVE, MILL VALLEY, CA 94941

11305   SAMSON HYDROCARBONS COMPANY, LOCKE LIDDELL & SAPP LLP, C/O PETER A FRANKLIN III, 2200
ROSS AVE, SUITE 2200, DALLAS, TX 75201

11305   SAMUELS, ROBERT W, 1901 BAY RD APT 301, VERO BEACH, FL 32963

11305   SAN DIEGO SPACE AND SCIENCE FOUNDATION, PO BOX 33303, SAN DIEGO, CA 92163

11305   SAN-A-CARE INC, ATTN: BRIAN O'BOYLE, PO BOX 4250, WAUKESHA, WI 53187

11305   SANBORN HEAD & ASSOCIATES INC, ATTN CHARLES HEAD, 6 GARVINS FALLS RD, CONCORD, NH
03301

11305   SANCHEZ, JASON, 163 W DIVISION ST #313, CHICAGO, IL 60610

11305   SANCHEZ, MOISES G, 480 SEVERNSIDE DR, SEVERNA PARK, MD 21146

11305   SANDBERG, PAUL, 44 CROSS ST, BEVERLY, MA 01915

11305   SANDERS ROOFING CO INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   SANDERS, LYNN C, 2450 LECONTE AVE, BERKELEY, CA 94709-1249

11305   SANDERS, RAYMOND L, 393 SKOMAC AVE, WYCKOFF, NJ 07481-2141

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | SANDERS, SHARON KAY, 1494 S CROWN AVE, WESTLAND, MI 48186 | |
| 11305 | SANDERS, SIMON B, 2321 FORD AVE, OWENSBORO, KY 42301 | |
| 11305 | SANDLY, WENDY LEE, 318 THURSTON STREET, CLARKS SUMMIT, PA 18411 | |
| 11305 | SANG, JAMES PATRICK, 2212 HOWARD ST. NE, MINNEAPOLIS, MN 55418 | |
| 11305 | SANGRIA, DANILO D, 23705 WOODFIELD RD, GAITHERSBURG, MD 20882 | |
| 11305 | SANI-KAN INC/SANDCASTLE OF MA, PO BOX 7251, CUMBERLAND, RI 02864 | |
| 11305 | SANKALE, FREDRICK, 130 WASHINGTON AVE APT 1, CHELSEA, MA 02150 | |
| 11305 | SANLAR INC C/O POLYMER MOLDING INC, C/O POLYMER MOLDING INC, 1655 W 20TH ST, ERIE, PA 16501 | |
| 11305 | SANLAR INC C/O POLYMER MOLDING INC, C/O POLYMER MOLDING NC, 1655 W 20TH ST, ERIE, PA 16502 | |
| 11305 | SANTA ANA, ARTURO REYES, 716 N WILCOX AVENUE, LOS ANGELES, CA 90038 | |
| 11305 | SAPORITA, RONALD, 81 PARK AVE, WILLISTON PARK, NY 11596 | |
| 11305 | SAPP, HENRY T, 1419 4TH AVE W, WILLISTON, ND 58801 | |
| 11305 | SAPP, MARVIN E, 2186 TAMARACK RD, OWENSBORO, KY 42301-5872 | |
| 11305 | SARGENT ELECTRIC CO., PO BOX 460, EAST CHICAGO, IN 46312 | |
| 11305 | SARIKAS, VALORI B, 266 BECKWITH ST, GAITHERSBURG, MD 20878 | |
| 11305 | SARNOFF INFORMATION TECHNOLOGI, 46 CORPORATE PARK SUITE 100, IRVINE, CA 92606 | |
| 11305 | SASKATCHEWAN POWER CORPORATION, SASK POWER CORPORATION 2025 VICTORIA AVENUE, REGINA, SK S4P0S1CANADA | *VIA Deutsche Post* |
| 11305 | SASKATCHEWAN PROPERTY MANAGEMENT CORPORA, LEGISLATIVE BLDG 2901 ALBERT STREET, REGINA, SK S4P3V7CANADA | *VIA Deutsche Post* |
| 11305 | SASKATCHEWAN PROPERTY MANAGEMENT CORPORA, ROYAL SASKATCHEWAN MUSEUM 2445 ALBERT STREET, REGINA, SK S4P3V7CANADA | *VIA Deutsche Post* |
| 11305 | SATER, JEFFERY L, 149 CARROLL RD, GLEN BURNIE, MD 21060 | |
| 11305 | SATER, JEFFERY LEE, 149 CARROLL RD, GLEN BURNIE, MD 21060 | |
| 11305 | SATER, ROBERT EUGENE, 201 11TH STREET, BESSEMER, PA 16102 | |
| 11305 | SATERNUS, HENRY, 5009 S KOSTNER AVE, CHICAGO, IL 60632 | |
| 11305 | SATHER, LYNN, 802 E. OLYMPIC, SPOKANE, WA 99207 | |
| 11305 | SATHER, MARVIN, 802 E. OLYMPIC, SPOKANE, WA 99207 | |
| 11305 | SAUL EWING REMICK & SAUL LLP, 1500 MARKET ST 38TH FL, PHILADELPHIA, PA 19102-2186 | |
| 11305 | SAURO, RAYMOND J, 2781 WYNFIELD RD, WEST FRIENDSHIP, MD 21794 | |
| 11305 | SAUTER, GEORGE, 7084 SADDLE DR, ELDERSBURG, MD 21784-5964 | |
| 11305 | SAUTER, KIMBERLY A, 5134 S ROLLING RD, BALTIMORE, MD 21227 | |
| 11305 | SAVAGE, DOROTHY ELAINE, 246 TAYLOR ROAD #5, LIBBY, MT 59923 | |
| 11305 | SAVOIT, JOHN M, 1421 GRACE AVE, VINTON, LA 70668 | |
| 11305 | SAWICKI, WARREN, 204 TAMSWORTH LN, MADISON, MS 39110 | |
| 11305 | SAWYER, CYRIL W, 2501 SHERMAN AVENUE, APT. 402, COEUR D ALENE, ID 83814 | |
| 11305 | SBC DATACOMM, 21454 NETWORK PLACE, CHICAGO, IL 60673 | |
| 11305 | SC DEPT OF HEALTH & ENV CONTROL, C/O E KATHERINE WELLS, 2600 BULL ST, COLUMBIA, SC 29201 | |
| 11305 | SC HYDRAULIC ENGINEERING CORP, 1130 COLUMBIA ST, BREA, CA 92821 | |
| 11305 | SCAGG, CAROLYN M, 6501 PUMPKIN SEED CIR #223, BOCA RATON, FL 33433 | |
| 11305 | SCALE SYSTEMS, INC, PO BOX 116733, ATLANTA, GA 30368-6733 | |
| 11305 | SCALE SYSTEMS, PO BOX 116733, ATLANTA, GA 30368-6733 | |
| 11305 | SCALES, RICHARD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | SCARBONOUGH, RICKEY P, 288 COLUMBIA PURVIS RD, COLUMBIA, MS 39429 | |
| 11305 | SCARBORO, MICHAEL, PO BOX 1916, AIKEN, SC 29801 | |
| 11305 | SCARBOROUGH, WALTER R, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | SCARGILL, MRS KATHLEEN C, 19 SPRAGUE DR, VALLEY STREAM, NY 11580 | |
| 11305 | SCHACK, GAIL, 1210 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 | |
| 11305 | SCHAEFER, GLENN E, 70 GAYLAND RD, ATTN GLENN SCHAEFER, NEEDHAM, MA 02492 | |
| 11305 | SCHAEFER, WILLIAM, 1435 ADAMS STREET NE, MINNEAPOLIS, MN 55413 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | SCHAEFFER III, HOWARD J, 2724 HENDERSON BAYOU PL, LAKE CHARLES, LA 70605 | |
| 11305 | SCHAFF, STEPHANIE B, 67 CAMBRIDGE AVE, GARDEN CITY, NY 11530 | |
| 11305 | SCHARTUNG JR, JOHN A, 7730 HWY 81, OWENSBORO, KY 42301 | |
| 11305 | SCHARTUNG JR, JOHN A, 7730 STATE HWY 81, OWENSBORO, KY 42301 | |
| 11305 | SCHAUGHENCY, EDWIN C, 1304 BOXGROVE CT, PASADENA, MD 21122 | |
| 11305 | SCHAUGHENCY, EILEEN S, 1304 BOXGROVE CT, PASADENA, MD 21122 | |
| 11305 | SCHAUGHENCY, HEATHER L, 1304 BOXGROVE CT, PASADENA, MD 21122 | |
| 11305 | SCHAUGHENCY, PAUL M, 1304 BOXGROVE CT, PASADENA, MD 21122 | |
| 11305 | SCHAUSS, CHARLOTTE, 158 HIGHWOOD DR, LIBBY, MT 59923 | |
| 11305 | SCHELL, THOMAS M, 62 ROBINSON AVE, BRAINTREE, MA 02184 | |
| 11305 | SCHELLENBACH, EDWARD J, 2028 GARDNER RD, HAMILTON, OH 45013 | |
| 11305 | SCHENCK ACCURATE INC, 746 E MILWAUKEE ST, WHITEWATER, WI 53190 | |
| 11305 | SCHERER, SANDRA ANN, 2157 128TH LANE NW, COON RAPIDS, MN 55448 | |
| 11305 | SCHEYE, KLAUS C, 72 PONDFIELD RD W, BRONXVILLE, NY 10708 | |
| 11305 | SCHEYE, KLAUS G, 72 PONDFIELD RD W #16, BRONXVILLE, NY 10708 | |
| 11305 | SCHILLER, ROSANN K, 2815 GUILFORD AVE, BALTIMORE, MD 21218 | |
| 11305 | SCHIMANSKI, ROBERT G, 1014 E CLUB COURT, SPOKANE, WA 99203 | |
| 11305 | SCHISSLER, CHRISTOPHER W, 2165 TIMOTHY DR, WESTMINSTER, MD 21157 | |
| 11305 | SCHLEIGER, ROBERT J, 4335 BUTTE ROAD, LOVELAND, CO 80537 | |
| 11305 | SCHLISSLER, RUSSELL L, 623 BOX ELDER DR, EDGEWOOD, MD 21040 | |
| 11305 | SCHLISSLER, RUSSELL L, C/O RUSSELL SCHLISSLER, 623 BOX ELDER DR, EDGEWOOD, MD 21040 | |
| 11305 | SCHLUMBERGER MALCO, PO BOX 64438, BALTIMORE, MD 21264-4438 | |
| 11305 | SCHMEES, MARK, 6675 MIDNIGHT SUN DR, MAINEVILLE, OH 45039 | |
| 11305 | SCHMELIG, ROBERT M, 5102 W 156TH ST, OVERLAND PARK, KS 66224 | |
| 11305 | SCHMID, VERENA, TERRASSENSTRASSE 23, SAFNERN, CH2553SWITZERLAND | *VIA Deutsche Post* |
| 11305 | SCHMIDT, ALLEN, 11331 LAKE TREE CT, BOCA RATON, FL 33498 | |
| 11305 | SCHMIDT, CARL J, 709 E SHORE RD, PASADENA, MD 21122 | |
| 11305 | SCHMIDT, PAUL A, 3838 N SAM HOUSTON PKWY STE 230, HOUSTON, TX 77032 | |
| 11305 | SCHMIDT, STEVE, 1613 OAKVIEW DR, SILVER SPRING, MD 20903 | |
| 11305 | SCHNEIDER, ALFRED M, 7 CARLEEN CT, SUMMIT, NJ 07901 | |
| 11305 | SCHNEIDER, BENJAMIN W, 307 HAMMONDS FERRY RD, BALTIMORE, MD 21225 | |
| 11305 | SCHNEIDER, DENNIS CLIFFORD, 3102 S REBECCA, SPOKANE, WA 99223 | |
| 11305 | SCHNEIDER, GREGORY A, 210 AUDREY AVE, BALTIMORE, MD 21225 | |
| 11305 | SCHNEIDER, JOHN W, PO BOX 1207, LIBBY, MT 59923 | |
| 11305 | SCHNYER, RICHARD E, 285 OLD GREENFIELD RD, PETERBOROUGH, NH 03458 | |
| 11305 | SCHOENE, DAVID L, 813 BENJAMIN RD, BEL AIR, MD 21014 | |
| 11305 | SCHOFF, RENEE A, C/O PAUL J SCHOFF ESQ, 1611 POND RD STE 300, ALLENTOWN, PA 18104 | |
| 11305 | SCHOFIELD, SHARRON, 72 WINDSOR ST, ARLINGTON, MA 02474 | |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, CEDAR DRIVE ELEMENTARY, 3150 CEDAR DR, PORT COQUITLAM, BC V3B 3C3CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, CENTENNIAL SECONDARY SCHOOL, 570 POIRIER ST, COQUITLAM, BC V3J 6A8CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, COMO LAKE MIDDLE SCH, 1121 KING ALBERT AVE, COQUITLAM, BC V3J 1X8CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, GLEN ELEMENTARY, 3064 GLEN DR, COQUITLAM, BC V3B 2P9CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, IRVINE ELEMENTARY, 3862 WELLINGTON ST, PORT COQUITLAM, BC V3B 3Z4CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, LINCOLN ELEMENTARY, 1019 FERNWOOD AVE, PORT COQUITLAM, BC V3B 5A8CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, MAPLE CREEK MIDDLE, 3700 HASTINGS ST, PORT COQUITLAM, BC V3B 5K7CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, MINNEKHADA MIDDLE, 1390 LAURIER AVE, PORT COQUITLAM, BC V3B 2B8CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, MONTGOMERY MIDDLE, 1900 EDGEWOOD AVE, COQUITLAM, BC V3K 2Y1CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, MOODY ELEMENTARY, 2717 ST JOHNS ST, PORT MOODY, BC V3H 2B8CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, MOUNTAIN VIEW ELEMENTARY, 740 SMITH AVE, COQUITLAM, BC V3J 4E7CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, PITT RIVER MIDDLE, 2070 TYNER ST, PORT COQUITLAM, BC V3C 2Z1CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, PORT MOODY SECONDARY, 300 ALBERT ST, PORT MOODY, BC V3H 2M5CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, TERRY FOX FEA, 3550 WELLINGTON ST, PORT COQUITLAM, BC V3B 3Y5CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 43 COQUITLAM, VISCOUNT ELEMENTARY SCHOOL, 3280 FLINT ST, PORT COQUITLAM, BC V3B 4J2CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, BAYVIEW ELEMENTARY, 140 VIEW STREET, NANAIMO, BC V9R 4N6CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, CHASE RIVER ELEMENTARY, 1503 CRANBERRY AVENUE, NANAIMO, BC V9R 6R7CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, CILAIRE ELEMENTARY SCHOOL, 25 CILAIRE DRIVE, NANAIMO, BC V9S 3C9CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, JOHN BARSBY SECONDARY, 550 SEVENTH ST, NANAIMO, BC V9R 3Z2CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, LADYSMITH SECONDARY SCHOOL, 710 SIXTH STREET, LADYSMITH, BC V9G 1K7CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, N. CEDAR INTER. SCHOOL 2215 GOULD ROAD RR #4, NANAIMO, NC V9R5X9CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, NANAIMO SENIOR SECONDARY, 355 WAKESIAH AVENUE, NANAIMO, BC V9R 3K5CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, PRINCESS ANNE ELEMENTARY, 1951 ESTEVAN RD, NANAIMO, BC V9S 3Y9CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, RUTHERFORD ELEMENTARY, 5840 HAMMOND BAY ROAD, NANAIMO, BC V9T 5M6CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, SEAVIEW ELEMENTARY, 7000 SCHOOL ROAD, LANTZVILLE, BC V0R 2H0CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, WOODBANK ELEMENTARY, RR#4 MORLAND ROAD, NANAIMO, BC V9X 1K6CANADA | *VIA Deutsche Post* |
| 11305 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH, WOODLANDS SECONDARY, 1270 STRATHMORE STREET, NANAIMO, BC V9S 2L9CANADA | *VIA Deutsche Post* |
| 11305 | SCHRADER, ROBERT T, PO BOX 737, BARNSTABLE, MA 02630 | |
| 11305 | SCHRECKER SUPPLY CO., PO BOX 1913, OWENSBORO, KY 42302 | |
| 11305 | SCHREMPP, SHARON THERESA, 2347 MCKINLEY ST N E, MINNEAPOLIS, MN 55418 | |
| 11305 | SCHROADER, CHESTER L, 6655 FOSTER RD, PHILPOT, KY 42366 | |
| 11305 | SCHROEDER, ANNE GILMORE, 986 HICKORY ST, PERRYSBURG, OH 43551 | |
| 11305 | SCHULER, DAVID J, 6548 BONNIE BRAE DR, ELDERSBURG, MD 21784 | |
| 11305 | SCHULKE, EARL, 13803 US HWY 2 S, LIBBY, MT 59923-9516 | |
| 11305 | SCHULT, CHRISTOPHER J, 6375 ROWANBERRY DR, ELKRIDGE, MD 21075 | |
| 11305 | SCHULTE, BERND A, 5 OSPREY CT, OCEAN RIDGE, FL 33435 | |
| 11305 | SCHULZ, LAWRENCE E, 152 JANE CT, CLARENDON HILLS, IL 60514 | |
| 11305 | SCHUMACHER, DIANE L, 9516 BENT CREEK LN, VIENNA, VA 22182 | |
| 11305 | SCHUMAKER, STEVEN J, 12 RUNNING SPRINGS CT, GREER, SC 29650 | |
| 11305 | SCHUNCK JR, DONALD G, C/O DONALD SCHUNCK JR, 8123 CORNWALL RD, BALTIMORE, MD 21222 | |
| 11305 | SCHUNCK JR, DONALD, 8123 CORNWALL RD, BALTIMORE, MD 21222 | |
| 11305 | SCHUTZ CONTAINER CORPORATION, PO BOX 30211, HARTFORD, CT 06150 | |
| 11305 | SCHWAB, ROGER FRANCIS, 8 WILMOR DR, EAST WINDSOR, NJ 08520 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305  SCHWEITZER BROTHERS CO., 2715 COLERAIN AVE., CINCINNATI, OH 45225

11305  SCHWENDT, AXEL P, 18 WHITE OAK RD, LANDENBERG, PA 19350

11305  SCHWOEFFERMANN, CUFFY, MARY ELIZABETH, 745 SE MILLER STREET, PORTLAND, OR 97202

11305  SCIENTIFIC CONTROL LABS INC, 3158 S KOLIN AVE, CHICAGO, IL 60623

11305  SCIMECA, ANTHONY SALVATORE, 15925 E EAGLE ROCK DR, FOUNTAIN HILLS, AZ 85268

11305  SCOFIELD, MICHAEL, 1750 6TH AVENUE, GREELEY, CO 80631

11305  SCOGGINS, DANIEL ROBERT, 1908 JACKSON ST. NE, MINNEAPOLIS, MN 55418

11305  SCOTT AND WHITE MEMORIAL HOSPITAL AND, 2401 SOUTH 31ST, TEMPLE, TX 76408

11305  SCOTT JR, JOHN K, 7536 SNAPPER LN, LAKE CHARLES, LA 70605

11305  SCOTT SPECIALTY GASES, ATTN LOIS HAYES, 6141 EASTON RD, PLUMSTEADVILLE, PA 18949

11305  SCOTT, LARRY J, 1095 DICUS MILL RD, MILLERSVILLE, MD 21108

11305  SCOTT, MICHAEL A, 8225 N PORT RD, MILLERSVILLE, MD 21108

11305  SCOTT, PAUL J, 304 MARIE AVE, GLEN BURNIE, MD 21060-6516

11305  SCOTT, SHAWN, 6701 SANDS POINT DR UNIT #4, HOUSTON, TX 77074

11305  SCOVEL, CONNARD J, 132 SUMMIT CT, NICEVILLE, FL 32578

11305  SCRIVEN, RACHEL H, 7135 NATURES RD, COLUMBIA, MD 21046

11305  SCRUGGS, JAMES HAL, 110 ROCKFORD ROAD, SHELBY, NC 28152

11305  SCULLAWL, LEORA, 21028 WIGWAM RD, APPLE VALLEY, CA 92307

11305  SEA WAY SYSTEMS, INC, WAREHOUSE #4, 690 BARRACKS ST, PENSACOLA, FL 32501

11305  SEALED AIR CORPORATION US, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305  SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305  SEALED AIR CORPORATION, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305  SEALED AIR LLC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305  SEALED AIR NEVADA HOLDINGS LIMITED, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305  SEALED AIR TRUCKING INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305  SEARCY, THOMAS A, 704 MATTHEWS AVE, BALTIMORE, MD 21225

11305  SEARS ROEBUCK AND CO, ATLANTA COMMERCIAL CREDIT CENTRAL 8406, PO BOX 450627, ATLANTA, GA 31145-9800

11305  SEARS, 75 REMITTANCE DR, STE. 1674, CHICAGO, IL 60675-1674

11305  SEBESTYEN, CHARLES L, 379 SINGLETARY LN, FRAMINGHAM, MA 01702

11305  SECRETARIO DE HACIENDA, SAN JUAN, PR 00936PUERTO RICO

11305  SECRETARY OF THE COMMONWEALTH, ONE ASHBURTON PLACE, BOSTON, MA 02108

11305  SEDERDAHL, RAYMOND FLOYD, PO BOX 569, LAKESIDE, MT 59922

11305  SEDERDAHL, ROXANNE VERONICA, 4520 CALLE ESPERANZA, FORT MOHAVE, AZ 86426

11305  SEEGRAVES, WALLACE M, 3625 COACHMAN DR, SULPHUR, LA 70665-7936

11305  SEELAUS INSTRUMENT CO INC, 4050 EXECUTIVE PARK DR #400, CINCINNATI, OH 45241

11305  SEELEY, WILLIAM, 76 LONGWOOD DR, SICKLERVILLE, NJ 08081

11305  SEESE, MARK A, 2914 EBBWOOD DR, ELLICOTT CITY, MD 21042

11305  SEET, CAN ING, 131 CHURCH RD APT # 15-B, NORTH WALES, PA 19454

11305  SEIBOLTS, RAYMOND W, 3913 N. WILLOW ROAD, SPOKANE, WA 99206

11305  SEIMETZ, GEORGE J, 10700 SO KEDZIE AVE, CHICAGO, IL 60655

11305  SEIN, MARIA T, 104 FREMONT ST, ARLINGTON, MA 02474

11305  SELAS FLUID PROCESSING CORP, 5 SENTRY PKWY E #204, BLUE BELL, PA 19422

11305  SELECT INDUSTRIES INC, 520 EXECUTIVE DRIVE, WILLOWBROOK, IL 60521

11305  SELENOW, RICHARD V, 12 GAINES RD, SHARON, MA 02067

11305  SELF, ROBERT W, 2629 COUNTRY CLUB RD, LAKE CHARLES, LA 70605

11305  SELIG CHEMICAL INDUSTRIES INC, PO BOX 43106, ATLANTA, GA 30378

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   SELLERS PROCESS EQUIPMENT CO, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   SELLERS, CARLA, 1732 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413

11305   SELLERS, DONALD,

11305   SELUCKY, GEORGE K, 6248 W 92ND ST, OAKLAWN, IL 60453

11305   SELZER, RAYMOND, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   SEMPRA ENERGY, SAN DIEGO GAS&ELECTRIC, E, 101 ASH STREET, SUITE 1200, SAN DIEGO, CA 92101

11305   SENECA MEADOWS INC, C/O RONALD G HULL ESQ, UNDERBERG & KESSLER LLP, 1800 CHASE SQ, ROCHESTER, NY 14604

11305   SENEY, REBECCA M, C/O REBECCA M JOHNSON, 4201 TWIN PINE DR NE, CEDAR RAPIDS, IA 52402

11305   SENFTLEBEN, RICHARD A, 4001 N OCEAN BLVD APT NO 1406, BOCA RATON, FL 33431

11305   SENGER, JAMES, 1245 WESTMONT AVE, ROSLYN, PA 19001

11305   SENIOR PRODUCTS A DIV POLYDISC INC, PO BOX 342, CROWN POINT, IN 46308

11305   SEQUA CORPORATION, C/O REBECCA H SIMONI ESQ, VON BRIESEN & ROPER SC, 411 E WISCONSIN AVE STE 700, MILWAUKEE, WI 53202

11305   SERAFIN, FRANK, 31 LIVINGSTON DR, PEABODY, MA 01960-3446

11305   SERNA, DICE VICTORIA, 265 WARDS ROAD, LIBBY, MT 59923

11305   SERRANO, ARMAN, 2309 W FOSTER AVE, CHICAGO, IL 60625

11305   SERRANO, LUIS RODRIGUEZ, C/O WOODS & WOODS LLP, PO BOX 193600, SAN JUAN, PR 00919-3600

11305   SERRANO, ROBERTO F, 2136 N NARPGANSETT AVE, CHICAGO, IL 60639

11305   SERVICE FILTRATION CORPORATION, 2900 MACARTHUR BLVD, NORTHBROOK, IL 60062-2005

11305   SERVICE GLASS & DOOR CO, INC, 401 17TH ST., LAKE CHARLES, LA 70601

11305   SERVICE TIRE TRUCK CENTERS INC, 2255 AVE A, BETHLEHEM, PA 18017

11305   SESTRICK, MICHAEL R, 7838 ROCKBURN DR, ELLICOTT CITY, MD 21043

11305   SETA, CARMEN P, 21 GAHL TER, CINCINNATI, OH 45215

11305   SETH, JYOTI, 22 ELYSIAN DR, ANDOVER, MA 01810

11305   SETH, JYOTI, 22 ELYSIAN DRIVE, ANDOVER, MA 01810

11305   SETON NAME PLATE CO., PO BOX 95904, CHICAGO, IL 60694-5904

11305   SETTLE JR, THOMAS B, 5 WILLOW BROOK CT, RANDALLSTOWN, MD 21133

11305   SETTLE, LISA C, 5 WILLOW BROOK CT, RANDALLSTOWN, MD 21133

11305   SETTLEMYRE, PAUL W, 7632 QUAIL HILL RD, CHARLOTTE, NC 28210

11305   SEVENSON ENVIRONMENTAL SERVICES INC, ATT WILLIAM J MCDERMOTT, 2749 LOCKPORT RD, NIAGARA FALLS, NY 14305

11305   SEVERN TRENT LABORATORIES INC, ATTN: MARSHA HEMMERICH, 4101 SHUFFEL DR NW, NORTH CANTON, OH 44720

11305   SEXTON, ALVIN V, 111 STOKES CT, SIMPSONVILLE, SC 29681

11305   SEYFARTH SHAW, 55 E MONROE ST STE 4200, CHICAGO, IL 60603

11305   SEYFARTH SHAW, 55 EAST MONROE ST, CHICAGO, IL 60603-5803

11305   SEYMOUR, JEAN, 1812 5 STREET NE, MINNEAPOLIS, MN 55418

11305   SFI OF DELAWARE LLC, 225 W OLNEY RD, NORFOLK, VA 23510

11305   SGS YARSLEY, 217/221 LONDON ROAD, SURREY, CAMBERLEY, GU153EYUNITED KINGDOM          *VIA Deutsche Post*

11305   SHADWICK, GARY, 10244 MAIN ST BOX 163, WHITESVILLE, KY 42378

11305   SHALER AREA SCHOOL DISTRICT, 1800 MOUNT ROYAL BOULEVARD, GLENSHAW, PA 15116

11305   SHANKLIN CORPORATION, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ 07663

11305   SHANTHARAM, SHUBHA, 9800 OLD WILLOW WAY, ELLICOTT CITY, MD 21042

11305   SHAPERY DEVELOPERS GAS ELECTRIC PROPERTY, 1133 COLUMBIA STREET SUITE 105, SAN DIEGO, CA 92101

11305   SHAPIRO, LAWRENCE S, 18 GANDER LN, MANSFIELD, MA 02048

11305   SHARPE, RICHARD, 450 EGRET CIR #9510, DELRAY BEACH, FL 33444

11305   SHARPS, G V, 21 NEW SOUTH DR, AMHERST, NH 03031

11305   SHARTZER, JAMIE GUEVARA, 24172 ZORRO CT, HAYWARD, CA 94541

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | SHATLOCK, MICHAEL, PO BOX 7, GREENOCK, PA 15047 | |
| 11305 | SHAW TRUCKING INC, PO BOX 212499, ROYAL PALM BEACH, FL 33421-2499 | |
| 11305 | SHAW, DONNA M, 273 CAMBRIDGE RD #303, WOBURN, MA 01801 | |
| 11305 | SHAW, KIMBERLY, 1708 ROYAL OAKS DR, DUARTE, CA 91010 | |
| 11305 | SHAW, MELISSA K, 4703 NW 22 ST, COCONUT CREEK, FL 33063 | |
| 11305 | SHAWMUT ADVERTISING INC DBA SHAWMUT PRIN, DBA SHAWMUT PRINTING, 135 LIBRARY ST, CHELSEA, MA 02150 | |
| 11305 | SHAWVER, LESLIE S, 11104 ZARING CT, CINCINNATI, OH 45241-6607 | |
| 11305 | SHEA, BONNIE J, 28002 VIA MORENO, LAGUNA NIGUEL, CA 92677 | |
| 11305 | SHEA, THOMAS, 32 LAMPREY RD, KENSINGTON, NH 03833 | |
| 11305 | SHEAHEN, MICHAEL E, 22280 LITTLE POND RD, KILDEER, IL 60047 | |
| 11305 | SHEDD, LEONARD E, 129 SWINTON DR, GREENVILLE, SC 29607 | |
| 11305 | SHEEHAN, WILLIAM, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 | |
| 11305 | SHEEHY, FRANCES C, 254-03 75 AVE, GLEN OAKS, NY 11004 | |
| 11305 | SHELBY COUNTY TRUSTEE, PO BOX 2754, MEMPHIS, TN 38101-2754 | |
| 11305 | SHELESTAK, GERALD, 3430 206 PL SW, LYNNWOOD, WA 98036 | |
| 11305 | SHELL CANADA INC, 3415 LAKESHORE ROAD WEST - OAKVILE RESEARCH, OAKVILLE, ON L6J5C7CANADA | *VIA Deutsche Post* |
| 11305 | SHELL CANADA PRODUCTS, SHELLBURN LABORATORY BLD 201 KENSINGTON AVE, BURNABY, BC V5B4B2CANADA | *VIA Deutsche Post* |
| 11305 | SHELL CANADA PRODUCTS, SHELLBURN MAINT BLDG 201 KENSINGTON AVE, BURNABY, BC V5B4B2CANADA | *VIA Deutsche Post* |
| 11305 | SHELL CANADA PRODUCTS, SHELLBURN MAINTENANCE BUILDING 201 KENSINGTON, BURNABY, BC V5B4B2CANADA | *VIA Deutsche Post* |
| 11305 | SHELL CANADA PRODUCTS, SHELLBURN TERMINAL OFF BLDG 201 KENSINGTON AV, BURNABY, BC V5B4B2CANADA | *VIA Deutsche Post* |
| 11305 | SHELL CHEMICAL CO, PO BOX 951029, DALLAS, TX 75395-1029 | |
| 11305 | SHELL CHEMICAL COMPANY, PO BOX 371258M, PITTSBURGH, PA 15251-0000 | |
| 11305 | SHELL CHEMICAL LP, ATTN: CREDIT MANAGER ROOM 1584 C, ONE SHELL PLAZA, 910 LOUISIANA ST, HOUSTON, TX 77002 | |
| 11305 | SHELL CHEMICAL, PO BOX 371258M, PITTSBURGH, PA 15251 | |
| 11305 | SHELL ELASTOMERS/ KRATON POLYMERS, PO BOX 371514, PITTSBURGH, PA 15251-7514 | |
| 11305 | SHELNITZ, MARK, 7233 WOLVERTON CT, CLARKSVILLE, MD 21029 | |
| 11305 | SHELY, GRADY, 3620 EVANSTON AVE, | |
| 11305 | SHEN, DING F, 239 CAPTAIN EAMES CIR, ASHLAND, MA 01721 | |
| 11305 | SHEPHARD, CAROLE, 8948C TOWN & COUNTRY BLVD, ELLICOTT CITY, MD 21043 | |
| 11305 | SHEPHERD, MICHAEL L, 5711 BROOK ST, OWENSBORO, KY 42301 | |
| 11305 | SHER, JOSEPH H, 4711 LA VILLA MARINA #C, MARINA DEL REY, CA 90292 | |
| 11305 | SHERATON COLUMBIA HOTEL, LOCATED ON THE LAKE, 10207 WINCOPIN CIRCLE, COLUMBIA, MD 21044 | |
| 11305 | SHERATON NASHUA HOTEL, 11 TARA BLVD, NASHUA, NH 03062 | |
| 11305 | SHERBERT, JOHNNY, 3777 HARRIS BRIDGE RD, WOODRUFF, SC 29388 | |
| 11305 | SHERBERT, OREN, 8065 HIGHWAY 56, ENOREE, SC 29335 | |
| 11305 | SHERBERT, OREN, 8065 HWY 56, ATTN OREN SHERBERT, ENOREE, SC 29335 | |
| 11305 | SHERBERT, OREN, ATT OREN SHERBERT, 8065 HWY 56, ENOREE, SC 29335 | |
| 11305 | SHERBERT, RAY A, 1708 SJ WORKMAN HWY, WOODRUFF, SC 29388 | |
| 11305 | SHERBERT, RAY ALFRED, 1708 S. I. WORKMAN HIGHWAY, WOODRUFF, SC 29388 | |
| 11305 | SHERIDAN COLLEGE C WING, 1430 TRAFALGAR ROAD, OAKVILLE, ON L6H2L1CANADA | *VIA Deutsche Post* |
| 11305 | SHERIDAN COLLEGE, 1430 TRAFALGAR ROAD, OAKVILLE, ON L6H2L1CANADA | *VIA Deutsche Post* |
| 11305 | SHERIFF OF JEFFERSON COUNTY, 112 E.WASHINGTON ST., CHARLES TOWN, WV 25414-0009 | |
| 11305 | SHERMAN, RALPH R, 303 S GERMANTOWN RD APT #A, CHATTANOOGA, TN 37411 | |
| 11305 | SHERMAN, WILLIAM B, 320 ALABAMA RD, TOWSON, MD 21204 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   SHERROD JR, PERCY L, 4403 PARKTON ST, BALTIMORE, MD 21229

11305   SHERWIN ALUMINA COMPANY, PO BOX 9911, CORPUS CHRISTI, TX 78469

11305   SHERWIN WILLIAMS CO, 576 SILVER BLUFF RD, AIKEN, SC 29803

11305   SHERWIN, MARTIN B, 17344 NORTHWAY CIR, BOCA RATON, FL 33496

11305   SHERWIN-WILLIAMS, 6650 SANTA BARBARA RD., ELKRIDGE, MD 21075-5841

11305   SHETRONE JR, RICHARD E, 14007 OLD HANOVER RD, REISTERSTOWN, MD 21136-4207

11305   SHI, J STEPHEN, 2970 CLAIRMONT ROAD, ATLANTA, GA 30329

11305   SHIELDS RUBBER CO, PO BOX 895, ATTN RAY KONESKY, PITTSBURGH, PA 15230

11305   SHIFLETT, DAVID E, 323 RIVERVIEW RD, BALTIMORE, MD 21227

11305   SHIFLETT, TIMOTHY W, 959 E MACPHAIL RD, BEL AIR, MD 21015

11305   SHIH, KENGYU, 6408 GALWAY DR, CLARKSVILLE, MD 21029

11305   SHIMIZU, PAUL H, 4315 MANORWOOD DR, GLEN ARM, MD 21057-9126

11305   SHIPMAN, JEFFERY D, 215 AMBASSADOR DR, NORTH AUGUSTA, SC 29841

11305   SHMORHUN, MARK A, 25 CURTIS ST #2, SOMERVILLE, MA 02144

11305   SHOE STOP,INC, 4650 FREDERICA ST, OWENSBORO, KY 42301

11305   SHOEMAKER JR, LEONARD KYLE, PO BOX 385, LIBBY, MT 59923

11305   SHOOK & FLETCHER ASBESTOS SETTLEMENT TRUST, ATTN: JOEL W RUDERMAN ESQ, SWIDLER BERLIN SHEREFF FRIEDMAN LLP, 3000 K ST NW, SUITE 300, WASHINGTON, DC 20007-5116

11305   SHORT, JORDAN ASHLEY, N 5027 A STREET, SPOKANE, WA 99205

11305   SHORT, JOYCE E, 4883 S JOHNSON ST, LITTLETON, CO 80123

11305   SHORT, MICOLE LYNN, N 5027 A STREET, SPOKANE, WA 99205

11305   SHORT, RILEE LYNN, N 5027 A STREET, SPOKANE, WA 99205

11305   SHPIZT, INNA, 7 CONANT RD #68, WINCHESTER, MA 01890

11305   SHRADER, HENRY E, 209 OVERBROOK DR, ROSSVILLE, GA 30741

11305   SHROLL, EDWARD C, C/O E C SHROLL, 459 ARNOLD ST, SULPHUR, LA 70665-8019

11305   SHUTT, MICHAEL B, 5696 LANE RD, OWENSBORO, KY 42303

11305   SIAMIS, MARK A, C/O MARK SIAMIS, 504 52ND PL, WESTERN SPRINGS, IL 60558

11305   SICALCO, LTD, 907 N. ELM ST , SUITE 100, HINSDALE, IL 60521

11305   SIDDENS, ROBERT L, 102 LEDGEWOOD WAY, GREENVILLE, SC 29609

11305   SIDLEY & AUSTIN, BANK ONE PLAZA, 10 SOUTH DEARBORN ST, CHICAGO, IL 60603

11305   SIDNEY DIAMOND ASSOCIATES, 819 ESSEX ST, WEST LAFAYETTE, IN 47906

11305   SIEBEL SYSTEMS INC, C/O ROBERT L EISENBACH III, ONE MARITIME PLAZA 20TH FL, SAN FRANCISCO, CA 94111-3580

11305   SIEFER AMERICA INC, PO BOX 357, CORDOVA, TN 38088

11305   SIEFKE, TRUDY GAIL, 3496 US HWY 2 SOUTH, LIBBY, MT 59923

11305   SIEGEL, DAVID B, 11150 HOMEWOOD RD, ELLICOTT CITY, MD 21042

11305   SIEMENS DEMATIC CORP FKA RAPISTAN SYSTEM, 507 PLYMOUTH AVE, GRAND RAPIDS, MI 49505

11305   SIEMENS ENTERPRISE NETWORKS,LLC, PO BOX 99076, CHICAGO, IL 60693-9076

11305   SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264

11305   SIERRA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305   SIERRA NEVADA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614

11305   SIERRA SPRINGS - (DV), PO BOX 40584, HOUSTON, TX 77240-0584

11305   SIGMA-ALDRICH INC, ATTN: TONI TURNER, 3050 SPRUCE ST, ST LOUIS, MO 63103

11305   SIGNAL FINANCE, 9050 RELIABLE PKWY, CHICAGO, IL 60686-0090

11305   SIGNAL LANDMARK, C/O ALLAN H ICKOWITZ ESQ, NOSSAMAN GUTHNER KNOX & ELLIOTT LLP, 445 S FIGUEROA ST, 31ST FLR, LOS ANGELES, CA 90071

11305   SIGNORETTI & ASSOCIATES, INC, PO BOX 70966, MARIETTA, GA 30007

11305   SILAS, CARL D, 398 LEGION RD, WARRENVILLE, SC 29851

11305   SILVER & BARYTE NORTH AMERICA, 2100 LINE ST, BRUNSWICK, GA 31520

11305   SILVER, WILLIE J, 3528 LUCILLE AVE, BALTIMORE, MD 21215

11305   SILVER, WILLIE, C/O WILLIE J SILVER, 3528 LUCILLE AVE, BALTIMORE, MD 21215

11305   SILVERSON MACHINES INC, PO BOX 589, EAST LONGMEADOW, MA 01028

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   SILVERTHORN, GAIL A, PO BOX 2, HIGGINS LAKE, MI 48627

11305   SIMCO CONTROLS, INC, PO BOX 632338, CINCINNATI, OH 45263-2338

11305   SIMEONIDIS, ANASTASIOS, 3 WOBURN ST, MEDFORD, MA 02155

11305   SIMES, WILLIAM H, 1421 BREIDING RD, AKRON, OH 44310

11305   SIMMONS, CRAIG ALLEN, 3705 MIRACLE TREE WAY, PLANT CITY, FL 33565

11305   SIMMONS, DAROLD RAYMOND, 4158 LADO DR, ZEPHYRHILLS, FL 33543

11305   SIMMONS, JACOB DAROLD, 4158 LADO DR, ZEPHYRHILLS, FL 33543

11305   SIMMONS, JESSICA ANN, 4158 LADO DR, ZEPHYRHILLS, FL 33543

11305   SIMMONS, JUDITH A, 269 FELLSWAY E, MALDEN, MA 02148

11305   SIMMONS, LOIS BRIDGES, 4158 LADO DR, ZEPHYRHILLS, FL 33543

11305   SIMMONS, STANLEY LEON, 33510 BRISK DRIVE, ZEPHYRHILLS, FL 33543

11305   SIMMONS, TIMMY G, PO BOX 122, ENOREE, SC 29335

11305   SIMMONS, TIMMY GENE, PO BOX 122 ENOREE HWY 92 2001 HUGHS ST, ENOREE, SC 29335

11305   SIMMONS, WILLIAM CARL, 2470 HWY 557, CLOVER, SC 29710

11305   SIMON, DONNA N, 11702-B GRANT RD PMB 115, CYPRESS, TX 77429

11305   SIMONE ENGINEERING, PO BOX 68-9973, MILWAUKEE, WI 53268-9973

11305   SIMPLEX TIME RECORDER CO., DEPT. CH 10320, PALATINE, IL 60055-0320

11305   SIMPSON GUMPERTZ & HEGER, INC, 41 SEYON ST, BLDG 1 STE 500, WALTHAM, MA 02453

11305   SIMPSON JR, OSCO NMN, 421 FIREBALL CT, PUNTA GORDA, FL 33950

11305   SIMPSON, BRET T, 12 SANDY HILL DR, BRIDGEWATER, MA 02324

11305   SIMPSON, JOSEPH D, 1414 CENTER ST, OWENSBORO, KY 42303

11305   SIMS, CASSANDRA MARY, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305   SIMS, CURTIS S, 571 CTY RD 163, HENAGAR, AL 35978

11305   SIMS, DIDIER SERGE, 7746 SO LUELLA AVE, CHICAGO, IL 60649

11305   SIMS, ELLIOTT LESTER, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305   SIMS, IRA VERNARD, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305   SIMS, LARRY M, 1115 MAPLE LEAF CT, OWENSBORO, KY 42301

11305   SIMS, ROSA LEE, 112 PARKER ST, NATCHEZ, MS 39120

11305   SIMS, SPENCER NORMAN, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413

11305   SINCLAIR INTERNATIONAL, 85 BLVD, QUEENSBURY, NY 12804

11305   SINGER, JACK L, 306 BUNKER DR, SCHERERVILLE, IN 46375

11305   SINGH, DAWN MARIE, 2316 MONROE ST NE, MINNEAPOLIS, MN 55418

11305   SINGLETARY, LOREN B, 6234 SUGAR HILL, HOUSTON, TX 77057

11305   SINGLETON, ADEAN L, 44 WALDEN ST, CAMBRIDGE, MA 02140

11305   SINICKI, RAYMOND E, 18 BRITTANY WAY, NASHUA, NH 03063

11305   SIPEL, LINDA M, 21 OAKLEDGE ST, ARLINGTON, MA 02474

11305   SIRKIN ASSOCIATES, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   SISEMORE, JAMES R, 3601 THRUSHWOOD DR, CHATTANOOGA, TN 37415

11305   SISK, JAMES E, 11235 CATHARPIN RD, SPOTSYLVANIA, VA 22553

11305   SISTO, CHRISTINE M, 23 OSBORNE AVE, LAKE RON KON KOMA, NY 11779

11305   SITEK, ROBERT, 2852 NATHANIEL WAY, BALTIMORE, MD 21219

11305   SITES, MARY E, PO BOX 240, ATKINSON, NH 03811

11305   SIX HUNDRED BUILDING LTD SUPPLEMENTAL CL, 600 LEOPARD STREET STE 924, CORPUS CHRISTI, TX 78473

11305   SIX HUNDRED BUILDING LTD, 600 LEOPARD STREET STE 924, CORPUS CHRISTI, TX 78473

11305   SIX HUNDRED BUILDING, 600 LEOPARD STREET STE 924, CORPUS CHRISTI, TX 78473

11305   SKARIE, RONALD ALAN, 7623 W RYAN RD, FRANKLIN, WI 53132

11305   SKIDMORE, MICHAEL E, 7 BERKSHINE WAY, SIMSBURY, CT 06070

11305   SKIFF, WILLIAM D, 10141 EATON STREET, BROOMFIELD, CO 80020

11305   SKINNER ENGINE COMPANY, PO BOX 642288, PITTSBURGH, PA 15264-2288

11305   SKIPPER III, JOSEPH E, C/O JOSEPH E SKIPPER, 7736 SPENCER RD, GLEN BURNIE, MD 21060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   SKIRKA, JAMES G, 425 MARYLAND AV, CATONSVILLE, MD 21228

11305   SKIRKA, WILLIAM A, 2852 TENNESSEE AVE, BALTIMORE, MD 21227

11305   SKORD, JENNIFER L, 133 COUNTRY LN, PITTSBORO, NC 27312

11305   SKRAMSLAD, LESLER, 3647 S HWY 2, LIBBY, MT 59923

11305   SKRAMSTAD, BRADY DUANE, 644 5TH STREET NORTH, HAVRE, MT 59501

11305   SLAUGHTER, DARRYL R, 2925 HAMELN DR, SAINT CHARLES, MO 63301

11305   SLAUGHTER, DAVID, C/O ERIN M ALLEY, BAGGETT MCCALL ET AL, PO DRAWER 7820, LAKE
          CHARLES, LA 70606-7820

11305   SLAWSON, DENNIS MICHAEL, 302 W MAIN ST, SYKESVILLE, PA 15865

11305   SLAYTON, RONALD J, 1015 ERWIN DR, JOPPA, MD 21085

11305   SLOAN, DIANE L, 9 TWOLOCH PL, CHARLESTON, SC 29414

11305   SLOGGINS, LINDA KAYE, 1908 JACKSON ST. NE, MINNEAPOLIS, MN 55418

11305   SLOTWINSKI, EDWARD J, 10136 FROST WAY, ELLICOTT CITY, MD 21042

11305   SLOWIKOWSKI, JOSEPH M, 8252 MINTON CT, MILLERSVILLE, MD 21108

11305   SLUDER, GRAHAM C, 1539 N WOODBURY RD, SENECA, SC 29672

11305   SLUSSER, STANLEY J, 400 NORTHAMPTON CT, NAPERVILLE, IL 60565

11305   SMALLEY, NEPHI, 2512 TYLER AVE, OGDEN, UT 84401

11305   SMEATON III, JAMES O, 621 MCDANIEL AVE, GREENVILLE, SC 29605

11305   SMIGELSKY, FRANK E, 97 SUNBURST CIR, EAST AMHERST, NY 14051

11305   SMITH GAMBRELL & RUSSELL, 1230 PEACHTREE ST, NE, ATLANTA, GA 30309-3592

11305   SMITH JR, IVANHOE, 1325 KENT AVE, CATONSVILLE, MD 21207-4832

11305   SMITH MANAGEMENT GROUP, 1405 MERCER RD, LEXINGTON, KY 40511

11305   SMITH POWER TRANSMISSION CO, 5401 W 65TH ST, BEDFORD PARK, IL 60638

11305   SMITH SR, RONALD L, 217 SOMERSET ST, TOLEDO, OH 43609

11305   SMITH, AARON L, 60 SARATOGA WAY, COVINGTON, GA 30016

11305   SMITH, ALFRED E, 4 MIDDLEBURY CT, STREAMWOOD, IL 60107

11305   SMITH, BEVERLY L, 308 CUMBERLAND DR, HUNTSVILLE, AL 35803

11305   SMITH, BEVERLY M, C/O BEVERLY SMITH, 404 WEMBERLY LN, SIMPSONVILLE, SC 29681

11305   SMITH, BILLY G, 544 OLD CHATTANOOGA VALLEY RD, FLINTSTONE, GA 30725

11305   SMITH, BILLY M, 404 WEMBERLY LN, SIMPSONVILLE, SC 29681

11305   SMITH, BRIAN J, 1570 SAN LEANDRO LN, SANTA BARBARA, CA 93108

11305   SMITH, DAVID B, 9 HUTCHINSON LN, NORTH QUINCY, MA 02171

11305   SMITH, DONALD W, 1906 16TH ST, LAKE CHARLES, LA 70601

11305   SMITH, DOUGLAS L, 5489 MYSTIC CT, COLUMBIA, MD 21044

11305   SMITH, GARY R, 1403 DEAN ST, SULPHUR, LA 70663

11305   SMITH, GLENDA K, 9145 WESTMINISTER CIR DR, CHATTANOOGA, TN 37416

11305   SMITH, HORACE, 48 ASHLEY RD, WATERLOO, SC 29384

11305   SMITH, JAMES A, 2412 HWY 1554, OWENSBORO, KY 42301

11305   SMITH, JAMES R, 8916 WOODSTONE DR, RALEIGH, NC 27615

11305   SMITH, JERRY T, 500 WALL BLVD, BLDG 12 APT 138, GRETNA, LA 70056

11305   SMITH, JOHN R, 15813 NEELY FERRY RD, WATERLOO, SC 29384

11305   SMITH, JOHN ROBERT, 15813 MEELY FERRY RD, WATERLOO, SC 29384

11305   SMITH, JOHN, 33 SOUTH SIXTH STREET, SUITE 4100, MINNEAPOLIS, MN 55402

11305   SMITH, JONNIE D, 4314 JEFFERSON AVE, SYKESVILLE, MD 21784

11305   SMITH, JOSEPH A, 722 SOUTH LYONS, LAKE CHARLES, LA 70601

11305   SMITH, KATHRYN M, 5489 MYSTIC CT, COLUMBIA, MD 21044

11305   SMITH, KENNETH D, 1711 MILTON MANOR DR, EL CAJON, CA 92021

11305   SMITH, LARRY E, 3080 BALLESTERAS CT, MOUNT AIRY, MD 21771

11305   SMITH, LARRY GROSS, 306 GROSS GIN DRIVE, FOREST CITY, NC 28043

11305   SMITH, MARK B, 443 ROGERS AVE, GLEN BURNIE, MD 21060

11305   SMITH, MAY J, 420 CLINTON AVE APT 5B, BROOKLYN, NY 11238

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   SMITH, MICHAEL W, 3917 N POINT BLVD, BALTIMORE, MD 21222

11305   SMITH, PATRICK MICHAEL, 9000 N E M LK SPACE NO 158, PORTLAND, OR 97211

11305   SMITH, PAUL E, 6228 COCO DR, ALEXANDRIA, LA 71303

11305   SMITH, PERRY W, 3235 TUCKER SCHOOLHOUSE RD, HANSON, KY 42413

11305   SMITH, PHILIP A, 803 E 6TH APT 600, NEWPORT, KY 41071

11305   SMITH, ROBERT S, 203 RIVER WALK BLVD, SIMPSONVILLE, SC 29681-4755

11305   SMITH, ROY H, 3855 LOCUST HILL DR, OWENSBORO, KY 42303

11305   SMITH, ROY LAWRENCE, 28198 US HIGHWAY 80 WEST, PORTAL, GA 30450

11305   SMITH, STEVEN M, 5112 CONCORD AVE, PORTAGE, IN 46368

11305   SMITH, SUSETTE, 69 WALKER ST, CAMBRIDGE, MA 02138

11305   SMITH, TERENCE T, 4 NEW ST, NORTH READING, MA 01864

11305   SMITH, TERRY LEE, 220 MEADOW LAKE DRIVE, COLUMBIA FALLS, MT 59912

11305   SMITH, VIRGINIA C, 3101 SWEETBAY DR, EDGEWOOD, MD 21040

11305   SMITH, WAYNE T, 117 CHURCH ST, WINCHESTER, MA 01890

11305   SMITH, WILLIAM F, 185 JEFFERSON DR, PALMYRA, VA 22963

11305   SMITH, WILLIAM H, 5039 CHALGROVE AVE, BALTIMORE, MD 21215

11305   SMITH-CHAMBERS, DONNA, PO BOX 814, GARYSBURG, NC 27831

11305   SMOLA, JANICE E, 18 WHITE ST, ARLINGTON, MA 02474

11305   SMOLARCZYK, STANLEY, 7718 170 PL, TINLEY PARK, IL 60477

11305   SMOLEN, THOMAS, 2016 HAMPTON SHORES DR, SENECA, SC 29672

11305   SMOLKER, GARY S, 4720 LINCOLN BLVD #280, MARINA DEL REY, CA 90292

11305   SMOOT CO, 1250 SEMINARY, KANSAS CITY, KS 66103

11305   SMOOT, NANCY B, 3012 OAK FOREST DR, BALTIMORE, MD 21234

11305   SMR ENGINEERING & ENVIRONMENTAL SERVICES, PO DRAWER 761, CENTRAL CITY, KY 42330

11305   SNAP ON INDUSTRIAL, ATTN: BECKY LOY, 3011 EAST RT 176, CRYSTAL LAKE, IL 60014

11305   SNEEGAS, RANDALL C, 1024 HARTLAND DR, LAWRENCE, KS 66049

11305   SNIDER ELECTRIC CO. C/O HIBERNIA NB, PO BOX 3597, BATON ROUGE, LA 70821-3597

11305   SNOW, GUY M, 211 MAYFIELD RD, SIMPSONVILLE, SC 29681

11305   SNOW, WILLIAM Z, 1032 JONESVILLE RD, SIMPSONVILLE, SC 29681-4506

11305   SNYDER, ORVILLE E, 1360 MORTON LN, LEWISPORT, KY 42351

11305   SNYDER-CROWN, PO BOX 951188, CLEVELAND, OH 44193

11305   SNYDERSR, ROBERT JOSEPH, 21 CORNFLOWER LN, LEVITTOWN, PA 19055

11305   SOARES, JOHN, 141 ELWELL ST, MALDEN, MA 02148

11305   SOBEL, DEBORAH L, 2666 GAYNOR NW, WALKER, MI 49544

11305   SOCIETY OF WOMEN ENGINEERS, 1963 UNIVERSITY, LISLE, IL 60532

11305   SOELLNER, LAWRENCE G, 7945 WYNBROOK RD, BALTIMORE, MD 21224

11305   SOELLNER, LINDA C, 7945 WYNBROOK RD, BALTIMORE, MD 21224

11305   SOFTWARE SPECTRUM INC, ATTN RANDY TEMPLE, 2140 MERRITT DR, GARLAND, TX 75041

11305   SOILEAU, JOHN A, PO BOX 874, 312 PINE ST, ELTON, LA 70532

11305   SOKOL, WILLIAM D, 1615 BARRINGTON HILLS LN, KATY, TX 77450

11305   SOLAR BEAR INC SBI ENGINEERS, 325 CHEROKEE BLVD, CHATTANOOGA, TN 37405

11305   SOLARES & CO INC, PO BOX 9558, BAYAMON PR, PR 00960-8041

11305   SOLID GOLD DISTRIBUTING CO INC, C/O RICHARD M RUGER ESQ, LIM RUGER & KIM LLP, 1055 W
         7TH ST STE 2800, LOS ANGELES, CA 90017

11305   SOLIDUS INTEGRATION, 26 WAYTE RD, BEDFORD, MA 01730-1630

11305   SOLLA, VIRGINIA A, 6 MARYLAND DR, TYNGSBORO, MA 01879

11305   SOLORIO, DANIEL, 18434 VINE ST, HESPERIA, CA 92345

11305   SOLORZANO, DILIA E, 100 LA SALLE ST #3C, NEW YORK, NY 10027-4726

11305   SOLOW, SHELDON H, 9 WEST 57TH STREET, NEW YORK, NY 10019

11305   SOLTEX, PO BOX 4493, HOUSTON, TX 77210

11305   SOLVENTS & CHEMICALS INC., PO BOX 4160, HOUSTON, TX 77210-4160

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | SOMERS, PAUL C, 10 OAK AVE, WAKEFIELD, MA 01880 | |
| 11305 | SOMERS, PAUL C, 10 OAK AVE, WAKEFIELD, MA 01881 | |
| 11305 | SOMERS, PAUL C, 10 OAK AVE, WAKEFIELD, MA 01883 | |
| 11305 | SOMERVILLE, WILLIAM J, 3670 GOLF VIEW DR, WILLIAMSTON, MI 48895 | |
| 11305 | SOMMERFELT, OLE, BJARNE SKAUS VEI 2, HOSLE, N1347NORWAY | *VIA Deutsche Post* |
| 11305 | SONBERG, TORY G, 7 BRIGHT STAR CT, BALTIMORE, MD 21206-2269 | |
| 11305 | SONNIER, DOROTHY T, 1409 MARIA DR, SULPHUR, LA 70663 | |
| 11305 | SONOCO PRODUCTS COMPANY, PO BOX 281728, ATLANTA, GA 30384-1728 | |
| 11305 | SONOCO PRODUCTS COMPANY, PO BOX 91628, CHICAGO, IL 60693 | |
| 11305 | SONOCO PRODUCTS, C/O WILLIAM H SHORT JR ESQ, HAYNSWORTH SINKLER BOYD PA, PO BOX 11889, COLUMBIA, SC 29201 | |
| 11305 | SOONER CONTAINER INC., PO BOX 690894, TULSA, OK 74169-0894 | |
| 11305 | SORENSEN, LAWRENCE J, 1319 E DUNSLOW LN, LOCKPORT, IL 60441 | |
| 11305 | SORENSEN, LAWRENCE, 8520 S MEADE AVE, BURBANK, IL 60459 | |
| 11305 | SORENSEN, LILLI A, 8926 DORAL LN, ORLAND PARK, IL 60462 | |
| 11305 | SORRENTINO, ROBERT, 16 ALDEN CIR, READING, MA 01867 | |
| 11305 | SOUCEK, ALBERT JON, 1715 FIFTH STREET NE, MINNEAPOLIS, MN 55413 | |
| 11305 | SOUKAL FLORAL CO INC, 6118 ARCHER AVE, CHICAGO, IL 60638-2740 | |
| 11305 | SOUKAL FLORAL CO,INC & GREENHOUSE, 6118 ARCHER AVE., CHICAGO, IL 60638-2740 | |
| 11305 | SOULE, MELVIN D, 2812 EAGLESMERE CT, ELLICOTT CITY, MD 21042 | |
| 11305 | SOURDOUGH EXPRESS, 1832 TAFT HWY, SIGNAL MOUNTAIN, TN 37377 | |
| 11305 | SOUTH CAROLINA DEPT OF, MC PROPERTY TAX, COLUMBIA, SC 29214-0139 | |
| 11305 | SOUTH CAROLINA ELECTRIC & GAS COMPANY SCPC, C/O SCANA SERVICES, 1426 MAIN ST MC 130, COLUMBIA, SC 29218 | |
| 11305 | SOUTH CAROLINA ELECTRIC & GAS COMPANY, C/O L V SCHIESSER, SCANA SERVICES, 1426 MAIN ST MAIL CODE 130, COLUMBIA, SC 29218 | |
| 11305 | SOUTH EASTERN MACHINING INC, 502 STEGALL RD, ATTN RON BIRCH, PELZER, SC 29669 | |
| 11305 | SOUTH JERSEY GAS CO, PO BOX 6000, FOLSOM, NJ 08037-6000 | |
| 11305 | SOUTHARD, BOBBY R, 3505 OAKLANE DR, PO BOX 132, PHILPOT, KY 42366 | |
| 11305 | SOUTHARD, BOBBY R, 3505 OAKLANE RD, PO BOX 132, PHILPOT, KY 42366 | |
| 11305 | SOUTHCORP PACKAGING USA, ATTN DYSART HOLCOMB, 100 GALLERIA PKWY #900, ATLANTA, GA 30339 | |
| 11305 | SOUTHEAST ARCHITECTURAL SERVICES, 20472-C CHARTWELL CTR. DR., CORNELIUS, NC 28031 | |
| 11305 | SOUTHEASTERN STEEL CO., PO BOX 989, FLORENCE, SC 29503-0989 | |
| 11305 | SOUTHERN BAG CORPORATION, 25 WOODGREEN PLACE, MADISON, MS 39110 | |
| 11305 | SOUTHERN BRACING SYSTEMS INC, PO BOX 761, ARMUCHEE, GA 30105 | |
| 11305 | SOUTHERN CALIFORNIA GAS COMPANY, CREDIT & REVENUE COLLECTIONS, THE GAS COMPANY, PO BOX 30337, LOS ANGELES, CA 90030-0337 | |
| 11305 | SOUTHERN CLAY PRODUCTS INC, 1212 CHURCH ST, GONZALES, TX 78629 | |
| 11305 | SOUTHERN CONCRETE EQUIPMENT INC, PO BOX 70, DACULA, GA 30019 | |
| 11305 | SOUTHERN MARKING SYSTEMS, PO BOX 2025, GREENVILLE, SC 29602 | |
| 11305 | SOUTHERN MECHANICAL CONTRACTORS, 4320 LAWNDALE, LYONS, IL 60534 | |
| 11305 | SOUTHERN ONTARIO PROPERTIES, 1243 ISLINGTON AVENUE, TORONTO, ON M8X1Y9CANADA | *VIA Deutsche Post* |
| 11305 | SOUTHERN PEST CONTROL, 3300 CRESCENT BLVD., WEST COLLINGSWOOD, NJ 08107 | |
| 11305 | SOUTHERN PETROLEUM EQUIPMENT CO INC, PO BOX 1366, OWENSBORO, KY 42302-1366 | |
| 11305 | SOUTHERN RESERVE ROOFING CO, 2360 MELLON COURT, DECATUR, GA 30035 | |
| 11305 | SOUTHERN STATES COOP, PO BOX 26234, RICHMOND, VA 23260 | |
| 11305 | SOUTHERN VINTAGE STRUCTURES INC, PO BOX 16, CUMMING, GA 30028 | |
| 11305 | SOUTHERN WESLEYAN UNIVERSITY ETAL, 907 WESLEYAN DRIVE, CENTRAL, SC 29630 | |
| 11305 | SOUTHERN X-RAY LLC, PO BOX 2656, GREER, SC 29652 | |
| 11305 | SOUTHLINE EQUIP. CO., PO BOX 8867, HOUSTON, TX 77249-8867 | |
| 11305 | SOUTHLINE EQUIPMENT CO LP, C/O DAVID W STEWART, BOX 8867, HOUSTON, TX 77249 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   SOUTHTOWN PAINT & WALLPAPER CO, 3401 W 95TH ST, EVERGREEN PARK, IL 60805

11305   SOUTHWEST FOREST PRODUCTS, DEPT 0743, LOS ANGELES, CA 90084-0743

11305   SOUTHWEST LA. CONSTRUCTION, 5215 ESSEN LN., STE. 6, BATON ROUGE, LA 70809

11305   SOUTHWEST MOBILE STORAGE INC, 3215 SOUTH 7TH ST SUITE 6, PHOENIX, AZ 85040

11305   SOUTHWEST SOLVENTS & CHEMICALS, PO BOX 200804, HOUSTON, TX 77216

11305   SOUTHWEST SPECIAL TESTING, 10826 S NORWALK BLVD, SANTA FE SPRINGS, CA 90670

11305   SOUTHWEST TOWN MECHANICAL SERVICES, DIV. OF REF. CORP., 10450 W. 163RD PLACE, ORLAND PARK, IL 60467-5445

11305   SOUTHWESTERN BELL TELEPHONE COMPANY, BANKRUPTCY DEPARTMENT, PO BOX 769, ARLINGTON, TX 76004

11305   SOUTHWESTERN BELL YELLOW PAGES, PO BOX 630052, DALLAS, TX 75263-0052

11305   SOUTHWESTERN BELL, P.O. BOX 3025, HOUSTON, TX 77097-0043

11305   SOUTHWESTERN BELL, PO BOX 630047, DALLAS, TX 75263-0047

11305   SOUZA, THOMAS E, 2 HEATH RD, SOUTH EASTON, MA 02375

11305   SOVLIOTIS JR, MICHAEL T, 39 PONDEROSA AVE, METHUEN, MA 01844

11305   SPACE MAKER SYSTEMS OF MD, INC, 3310 CHILDS ST., BALTIMORE, MD 21226

11305   SPADAFORA, ALLENE, PO BOX 335 80 W 200 S, GREEN RIVER, UT 84525

11305   SPALT, ERIC, 1709 AMYCLAIS DR, BEL AIR, MD 21015

11305   SPANGLER, RANDY L, 3728 CLIFFWOOD CT, ALEXANDRIA, KY 41001

11305   SPARKLE CLEAN, PO BOX 1355, SORRENTO, FL 32776

11305   SPARKLETTS, PO BOX 7126, PASADENA, CA 91109-7126

11305   SPARKS JR, JOHN I, 1722 CORDOVA DR, MESQUITE, TX 75150

11305   SPARKS, WILLIAM J, C/O WILLIAM SPARKS, 1370 CLARK ST, MERRICK, NY 11566

11305   SPARTANBURG COUNTY TAX COLLECTOR, ATTN JEAN R JAMESON, PO BOX 3060, SPARTANBURG, SC 29304

11305   SPARTANBURG COUNTY TAX COLLECTOR, ATTN: JEAN R JAMESON, PO BOX 3060, SPARTANBURG, SC 29304

11305   SPARWASSEN II, GEORGE M, 7516 BRIGHTSIDE AVE, BALTIMORE, MD 21237

11305   SPAULDING & SLYE LLC, ATTN LAUREN MURPHY, 55 HAYDEN AVE, LEXINGTON, MA 02421

11305   SPAULDING AND SLYE CONSTRUCTION LP, C/O BRUCE D LEVIN ESQ, BERNKOPF GOODMAN & BASEMAN LLP, 125 SUMMER STR, BOSTON, MA 02110

11305   SPEC-FAB / ZORN PACKAGING, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   SPECIALIZED INDUSTRIAL MAINT., SIM, INC., 39394-A BABIN RD., GONZALES, LA 70737

11305   SPECIALTY CHEMICAL CO LLC, 2018 KING EDWARD AVE, CLEVELAND, TN 37311

11305   SPECIALTY CLEANING LLC, 2260 A ROCKY RIDGE RD, BIRMINGHAM, AL 35216

11305   SPECIALTY MINERALS INC, 405 LEXINGTON AVE 20TH FL, NEW YORK, NY 10174

11305   SPECK JR, RAYMOND W, 3515 SHADY RUN RD, MELBOURNE, FL 32934

11305   SPEEDWAY SUPERAMERICA LLC,

11305   SPEEDWAY SUPERAMERICA LLC, CREDIT CARD CTR, PO BOX 1590, SPRINGFIELD, OH 45501-1590

11305   SPEIDEL, TIMOTHY JON, 1724 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413

11305   SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 00002-9924

11305   SPELLMAN, JOHN F, 4938 AUGUSTA AVE, OLDSMAR, FL 34677

11305   SPENCER FANE BRITT & BROWNE LLP, 1000 WALNUT STE 1400, ATTN LISA A EPPS ESQ, KANSAS CITY, MO 64106

11305   SPENCER, BARBARA A, 2498 HIGHWAY 2 SOUTH, LIBBY, MT 59923

11305   SPENCER, BARBARA ANN, 500 JAY EFFAR ROAD, LIBBY, MT 59923

11305   SPENCER, ODESSA, PO BOX 14831, SAGINAW, MI 48601

11305   SPENCER, OSCAR RAYMOND, 1806 S GREEN RIVER RD, COWPENS, SC 29330

11305   SPENCER, SHELLY, C/O ALLAN M MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT 59901

11305   SPENCER, STANLEY, 4832 MEADOWLARK DR, OWENSBORO, KY 42301

11305   SPENCER, STEVEN, 608 EAST THIRD STREET, WINONA, MN 55987

11305   SPHERION CORPORATION, PO BOX 905514, CHARLOTTE, NC 28290-5514

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   SPIELMANN, DAGMAR E, 411 OLD ROANOKE RD, LA GRANGE, GA 30240

11305   SPILLMAN, ROBERT W, C/O ROBERT SPILLMAN, 20 PEARL RD, BOXFORD, MA 01921

11305   SPINGLER, CLIFFORD M, 1233 NW 199TH PL, SHORELINE, WA 98177

11305   SPIRITWEAR GRAPHICS INC, 1395 K NORTH COBB PKWY, MARIETTA, GA 30062-2460

11305   SPONAUGLE, RONALD J, 301 OREGON RD, STEVENSVILLE, MD 21666

11305   SPRAGUE AIR CONTROLS, 65 SHARP ST, HINGHAM, MA 02043

11305   SPRANDEL ENTERPRISES, INC D/B, 6467 GANO ROAD, WEST CHESTER, OH 45071-1873

11305   SPRAYING SYSTEMS C/O ALAMAKA, PO BOX 1184, CHADDS FORD, PA 19317

11305   SPRAYING SYSTEMS CO, PO BOX 95564, CHICAGO, IL 60694-5564

11305   SPRING CREEK PROCESS DEV, INC, 2749 CHULIO RD. S.E., ROME, GA 30161

11305   SPRINGER, PATRICIA J, PO BOX 99, CLEVELAND, SC 29635

11305   SPRINKLE, MOLLIE K, 1705 NORTHVIEW DR, HAMPSTEAD, MD 21074

11305   SPRINT, PO BOX 30723, TAMPA, FL 33630-3723

11305   SPRINTOUT, 22 ALMEIDA AVE, EAST PROVIDENCE, RI 02914

11305   SPROUSE, JAMES L, 26654 HWY 221 N, ENOREE, SC 29335

11305   SPROUSE, JAMES LEROY, 26654 HWY 221 N, ENOREE, SC 29335

11305   SQUARE D COMPANY, ATTN: MICHAEL A WISNIEWSKI, 1415 S ROSELLE ROAD, PALATINE, IL 60067

11305   SQUIRE, ERIC F, 6401 SUMMIT DR, OWENSBORO, KY 42303

11305   SREDL, ROBERT J, 13000 S HILLS DR, RENO, NV 89511

11305   SRNECZ, JEAN M, 9 MOLASSES HILL RD, LEBANON, NJ 08833

11305   ST AGNES SCHOOL, 2024 NORTH RANDOLPH STREET, ARLINGTON, VA 22207

11305   ST AMBROSE CHURCH, 3827 WOODBURN ROAD, ANNANDALE, VA 22003

11305   ST ANN SCHOOL, 980 N FREDERICK STREET, ARLINGTON, VA 22205

11305   ST BERNADETTES SCHOOL, 7602 OLD KEENE MILL ROAD, SPRINGFIELD, VA 22152

11305   ST CHARLES BORROMEO CHURCH, 3299 NORTH FAIRFAX DRIVE, ARLINGTON, VA 22201

11305   ST CLAIR, MERLON P, 201 W MEADOW RD, LOWELL, MA 01854

11305   ST COLETTA, 3130 LEE HIGHWAY, ARLINGTON, VA 22201

11305   ST FRANCIS OF ASSISI SCHOOL, 18825 FULLER HEIGHTS ROAD, TRIANGLE, VA 22172

11305   ST GABRIEL SCHOOL, 4319 SANO STREET, ALEXANDRIA, VA 22312

11305   ST JAMES SCHOOL, WEST BROAD & SPRING STREET, FALLS CHURCH, VA 22046

11305   ST JOHN BOSCO SCHOOL, 315 N MAIN STREET, WOODSTOCK, VA 22664

11305   ST JOHN EVANGELIST SCHOOL, 111 KING STREET, WARRENTON, VA 20186

11305   ST JOHN SCHOOL, 6422 LINWAY TERRACE, MC LEAN, VA 22101

11305   ST JOHN`S EVANGELICAL LUTHERAN CHURCH, 610 BROADWAY STREET NE, MINNEAPOLIS, MN
        55413

11305   ST JOSEPH PARISH, 750 PEACHTREE STREET, HERNDON, VA 20170

11305   ST JOSEPH SCHOOL, 750 PEACHTREE STREET, HERNDON, VA 20170

11305   ST LEO SCHOOL, 3704 OLD LEE HIGHWAY, FAIRFAX, VA 22030

11305   ST LOUIS SCHOOL, 2907 POPKINS LANE, ALEXANDRIA, VA 22306

11305   ST LUCIE COUNTY TAX COLLECTOR, C/O BOB DAVIS CPA CGFO CFC, ST LUCIE COUNTY TAX
        COLLECTOR, PO BOX 308, FORT PIERCE, FL 34954-0308

11305   ST LUKE ELEMENTARY, 7005 GEORGETOWN PIKE, MC LEAN, VA 22101

11305   ST MARTIN PARISH SCHOOL BOARD, 305 WASHINGTON STREET, SAINT MARTINVILLE, LA 70582

11305   ST MARY S ACADEMY OF THE HOLY FAMILY, 6905 CHEF MENTEUR HWY., NEW ORLEANS, LA 70126

11305   ST MARY S JR HIGH SCHOOL F K A ST MARY S, 310 SOUTH ROYAL STREET, ALEXANDRIA, VA 22314

11305   ST MARY SCHOOL, 400 GREEN STREET, ALEXANDRIA, VA 22314

11305   ST MICHAEL SCHOOL, 7401 ST MICHAELS LANE, ANNANDALE, VA 22003

11305   ST PAUL UNITED CHURCH OF CHRIST, 115 W B ST, BELLEVILLE, IL 62220

11305   ST PHILIP SCHOOL, 7500 SAINT PHILIPS COURT, FALLS CHURCH, VA 22042

11305   ST RITA SCHOOL, 3801 RUSSELL ROAD, ALEXANDRIA, VA 22305

11305   STAFFORD NUT & BOLT, PO BOX 2565, AUGUSTA, GA 30903-2565

11305   STAGECOACH APARTMENTS LLC, 5215 EDINA INDUSTRIAL BLVD, SUITE 100, EDINA, MN 55439

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   STALLINGS & CO, PO BOX 10, CHICAGO HEIGHTS, IL 60412

11305   STAMATELAKY, GARY, 15 BEAVER POND CIR, BALTIMORE, MD 21234

11305   STAMATELAKY, ROSALINDA R, 1530 E BELVEDERE AVE, BALTIMORE, MD 21239

11305   STAND FAST PACKAGING PRODUCTS INC, POST OFFICE BOX 1546, BENSENVILLE, IL 60106-1546

11305   STANDARD & POORS DRI, 24 HARTWELL AVE., LEXINGTON, MA 02173-3154

11305   STANDARD & POORS, PO BOX 80-2542, CHICAGO, IL 60680-2542

11305   STANDARD ALLOYS, PO BOX 969, PORT ARTHUR, TX 77640

11305   STANDARD CHAIN COMPANY, C/O MARK W ROBERTS ESQ, 101 MERRIMAC ST, BOSTON, MA 02114

11305   STANDARD LABORATORIES INC, SUITE 100, 147 ELEVENTH AVE, SOUTH CHARLESTON, WV 25303

11305   STANDARD REGISTER COMPANY, LILLIAN COMBS, 600 ALBANY ST, DAYTON, OH 45408

11305   STANDARD SERVICES COMPANY INC, 6124 JEFFERSON HWY, HARAHAN, LA 70123

11305   STANDARD SUPPLY CO, INC, 401 W ST PETER, NEW IBERIA, LA 70562-2950

11305   STANKIEWICZ, JOHN, PO BOX 130, TYNGSBORO, MA 01879

11305   STANKIWICZ, JOHN B, 7325 CONLEY ST, BALTIMORE, MD 21224

11305   STANLEY ELEVATOR COMPANY INC, PO BOX 843, NASHUA, NH 03061

11305   STANLEY JR, CHARLES E, C/O CHARLES STANLEY, 18226 W MEANDER, GRAYSLAKE, IL 60030

11305   STANLEY, EARL H, 615 MAIN AVE, LIBBY, MT 59923

11305   STANLEY, EARL HOWARD, 615 MAIN AVE, LIBBY, MT 59923

11305   STANLEY, LYNN R, 838 SECOND AVE E, KALISPELL, MT 59901

11305   STANLEY, LYNN R, 838 SECOND AVE EAST, KALISPELL, MT 59901

11305   STANLEY, ROBERT W, 614 CALIFORNIA AVE, LIBBY, MT 59923

11305   STANNARD, REGINA M, 17815 BRIAR PATCH TRL, BOCA RATON, FL 33487

11305   STANSBURY, CHRISTOPHER W, C/O CHRISTOPHER STANSBURY, 1635 BROWNS RD, BALTIMORE, MD 21221

11305   STANSFIELD, ROBERT J, 469 LYMAN LAKE RD, LYMAN, SC 29365

11305   STAPEL, CRAIG STEVEN, 908 E PKWY AVE, OSHKOSH, WI 54901

11305   STAPF TEL-COM SERVICES, 3609 FOLLY QUARTER RD., ELLICOTT CITY, MD 21042

11305   STAPLES BUSINESS ADVANTAGE, PO BOX 30851 DEPT BOS, HARTFORD, CT 06150-0851

11305   STAR HOLDINGS DBA DER-KEL CHEMICALS, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   STARCK, H C, 21801 TUNGSTEN RD, ATT KATHLEEN BOLIVAR, CLEVELAND, OH 44117

11305   STARNES & ATCHISON, 100 BROOKWOOD PL 7TH FLR, BIRMINGHAM, AL 35259-8512

11305   STARR, KARL J, 17667 PHEASANT DR, TINLEY PARK, IL 60477

11305   STARR, LYNN M, 17667 PHEASANT DR, TINLEY PARK, IL 60477

11305   STARRETT, SHERRI D, 214 SUNSET DR, GLEN BURNIE, MD 21060

11305   STARSMEARE, GEORGE W, 812 MONACO DR, PUNTA GORDA, FL 33950-8019

11305   STASILA, GAYLE R, 8512 BRANDAU CT, TINLEY PARK, IL 60477

11305   STATE OF ARIZONA, 100 NORTH 15TH AVENUE, 4TH FLOOR, PHOENIX, AZ 85007

11305   STATE OF ARKANSAS, 323 CENTER STREET, SUITE 200, LITTLE ROCK, AR 72201

11305   STATE OF ARKANSAS, 323 CENTER STREET, SUITE 200, LITTLE ROCK, AR 72203

11305   STATE OF CALIFORNIA DEPT OF GENERAL SERV, 707 THIRD ST, WEST SACRAMENTO, CA 95605

11305   STATE OF CALIFORNIA DEPT OF GENERAL SERV, 707 THIRD STREET 6TH FLOOR, WEST SACRAMENTO, CA 95605

11305   STATE OF CALIFORNIA DEPT OF GENERAL SERV, 707 THIRD STREET, 6TH FLOOR, WEST SACRAMENTO, CA 95605

11305   STATE OF CONNECTICUT - DEPT. PUBLIC WORK, GERALD GLASSMAN - 165 CAPITOL AVE. RM 275, HARTFORD, CT 06106

11305   STATE OF DELAWARE DIVISION OF FACILITIES, 540 S DUPONT HWY SUITE 1, DOVER, DE 19901

11305   STATE OF DELAWARE DIVISION OF FACILITIES, 540 SOUTH DUPONT HIGHWAY SUITE 1, DOVER, DE 19901

11305   STATE OF DELAWARE DIVISION OF REVENUE, ATTN: RANDY R WELLER MS #25, 820 N FRENCH ST 8TH FL, WILMINGTON, DE 19801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   STATE OF FLORIDA DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 6668, TALLAHASSEE, FL 32314-6668

11305   STATE OF INDIANA, DEPT OF REVENUE, INDIANA GOVERNMENT CTR N, 100 N SENATE AVE ROOM N203, INDIANAPOLIS, IN 46204-2253

11305   STATE OF KANSAS, 900 SW JACKSON ROOM 653, TOPEKA, KS 66612

11305   STATE OF MARYLAND CENTRAL COLLECTION UNI, C/O MICHAEL S FRIEDMAN, OFFICE OF THE ATTY GEN OF MD - DBM, 300 W PRESTON ST RM 407, BALTIMORE, MD 21201

11305   STATE OF MICHIGAN DEPT OF TREASURY REVENUE DIVISIO, ATTN: STEVEN B FLANCHER, FIRST FLOOR TREASURY BLDG, LANSING, MI 48922

11305   STATE OF MONTANA DEPT OF ENVIRONMENTAL Q, ATTORNEY GENERAL, BANKRUPTCY UNIT, PO BOX 201440, HELENA, MT 59620-1440

11305   STATE OF MONTANA RISK MANAGEMENT & TORT DEFENS DIV, C/O ATTORNEY GENERAL, BANKRUPTCY UNIT, PO BOX 201440, HELENA, MT 59620-1440

11305   STATE OF MT DEPT OF PUBLIC HEALTH & HUMAN SVCS, C/O ATTORNEY GENERAL, BANKRUPTCY UNIT, PO BOX 201440, HELENA, MT 59620-1440

11305   STATE OF NEW JERSEY DEPARTMENT OF TREASU, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245

11305   STATE OF NEW JERSEY DEPT OF TREASURY, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245

11305   STATE OF NEW JERSEY, DIV OF EMPLOYER ACCTS, PO BOX 077, TRENTON, NJ 08625-0077

11305   STATE OF NEW MEXICO TAXATION & REVENUE, TAXATION & REVENUE DEPT, PO BOX 22690, SANTA FE, NM 87502-2690

11305   STATE OF OHIO ACTING ON BEHALF OF THE VA, C/O JENNIFER L PRATT, 140 E TOWN ST, COLUMBUS, OH 43215

11305   STATE OF OHIO ENVIRONMENTAL PROTECTION A, C/O TIMOTHY J KERN ASST ATTY GEN, ENVIRONMENTAL ENFORCEMENT SECTION, 30 E BROAD ST 25TH FL, COLUMBUS, OH 43215-3428

11305   STATE OF OKLAHOMA - DEPARTMENT MENTAL HE, 2300 NORTH LINCOLN BLVD. STE 112, OKLAHOMA CITY, OK 73105

11305   STATE OF OKLAHOMA - DEPARTMENT OF HEALTH, 2300 NORTH LINCOLN BLVD STE 112, OKLAHOMA CITY, OK 73105

11305   STATE OF OKLAHOMA - OKLAHOMA HISTORICAL, 2300 NORTH LINCOLN BLVD. STE 112, OKLAHOMA CITY, OK 73105

11305   STATE OF OKLAHOMA DEPARTMENT MENTAL HEAL, 2300 NORTH LINCOLN BLVD STE 112, OKLAHOMA CITY, OK 73105

11305   STATE OF OKLAHOMA DEPARTMENT MENTAL HEAL, 2300 NORTH LINCOLN BLVD. STE 112, OKLAHOMA CITY, OK 73105

11305   STATE OF OKLAHOMA DEPARTMENT OF CORRECTI, 2300 NORTH LINCOLN BLVD STE 112, OKLAHOMA CITY, OK 73105

11305   STATE OF OKLAHOMA DEPARTMENT OF CORRECTI, 2300 NORTH LINCOLN BLVD. STE 112, OKLAHOMA CITY, OK 73105

11305   STATE OF OKLAHOMA DEPARTMENT OF TOURISM, 2300 NORTH LINCOLN BLVD. STE 112, OKLAHOMA CITY, OK 73105

11305   STATE OF OREGON - BOARD OF HIGHER EDUCAT, P.O. BOX 3175 - 1431 JOHNSON LANE, EUGENE, OR 97403

11305   STATE OF OREGON BOARD OF HIGHER EDUCATIO, MATT GRAVES ONE UNIVERSITY BLVD, LA GRANDE, OR 97850

11305   STATE OF OREGON BOARD OF HIGHER EDUCATIO, P O BOX 3175 1431 JOHNSON LANE, EUGENE, OR 97403

11305   STATE OF OREGON BOARD OF HIGHER EDUCATIO, P. O. BOX 3175 - 1431 JOHNSON LANE, EUGENE, OR 97403

11305   STATE OF OREGON BOARD OF HIGHER EDUCATIO, P.O. BOX 3175 - 1431 JOHNSON LANE, EUGENE, OR 97403

11305   STATE OF OREGON BOARD OF HIGHER EDUCATIO, PO BOX 3175 1431 JOHNSON LANE, EUGENE, OR 97403

11305   STATE OF OREGON BOARD OF HIGHER EDUCATIO, PO BOX 3175, EUGENE, OR 97403

11305   STATE OF OREGON HEALTH & SCIENCE UNIVERS, 3181 S.W. SAM JACKSON PARK ROAD, PORTLAND, OR 97239

11305   STATE OF TENNESSEE, 401 CHURCH ST 4FL L&C ANNEX, NASHVILLE, TN 37243-1538

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305 STATE OF WASHINGTON, ATTORNEY GENERAL , HIGHWAYS LICENSE BLDG, FL.7, OLYMPIA, WA 98504

11305 STATE OF WASHINGTON, ATTORNEY GENERAL, HIGHWAY LICENSE BLDG, FL. 7, OLYMPIA, WA 98504

11305 STATE OF WASHINGTON, ATTORNEY GENERAL, HIGHWAYS LICENSE BLDG, FL. 7, OLYMPIA, WA 98504

11305 STATE OF WASHINGTON, ATTORNEY GENERAL, HIGHWAYS LICENSE BLDG, FL.7, OLYMPIA, WA 98504

11305 STAVES, JOSEPH L, 1709 CORKY LN, LAKE CHARLES, LA 70605

11305 STEEL CITIES STEELS, 395 MELTON RD., BURNS HARBOR, IN 46304

11305 STEEL FAB, 17403 LEE HWY, ABINGDON, VA 24210

11305 STEELE JR, CHARLES E, 8009 HIGHVIEW DR, WONDER LAKE, IL 60097-9366

11305 STEELE, BILLY JACK, PO BOX 771456, STEAMBOAT SPRINGS, CO 80477

11305 STEELER INC, 10023 MLK JR WAY S, SEATTLE, WA 98178

11305 STEEVES JR, RICHARD H, 60 MOHAWK DR, ACTON, MA 01720

11305 STEFFENS, RUSSELL, PO BOX 840802, HOUSTON, TX 77284

11305 STEIN, STUART M, 3811 SOUTHERN CROSS DR, BALTIMORE, MD 21207

11305 STEINBERG, RITA, 10 CLOVERWOOD RD, WHITE PLAINS, NY 10605

11305 STEINER ELECTRIC COMPANY, PO BOX 77-3260, CHICAGO, IL 60678-3260

11305 STEINER, DAVID H, 298 LIBERTY SQ RD, BOXBOROUGH, MA 01719

11305 STEINHARDT, ROBERT J, 87 BAR HARBOR RD, PASADENA, MD 21122

11305 STEPHENS JR, WILLIAM B, 1617 W GEORGIA RD, WOODRUFF, SC 29388

11305 STEPHENS JR, WILLIAM BRUCE, 1617 WEST GEORGIA ROAD, WOODRUFF, SC 29388

11305 STEPHENS, ROY I, 410 MOXLEY LN, HAWESVILLE, KY 42348

11305 STEPHENSON, HOWARD LEE, 420 WHISPERING PINE LANE, SALEM, SC 29676

11305 STERI TECHNOLOGIES, 857 LINCOLN AVE., BOHEMIA, NY 11716

11305 STERICYCLE, INC, PO BOX 9001590, LOUISVILLE, KY 40290-1590

11305 STEVEN J WOLFE IRREVOCABLE TRUST, 1604 VISTA DEL MAR ST., LOS ANGELES, CA 90028

11305 STEVENS SR, ALVIN, 1501 MITCHELL ST, LAKE CHARLES, LA 70607-1941

11305 STEVENS STEWART, MELINDA, PO BOX 367, ROSELAND, LA 70456

11305 STEVENS, BERNADETTE F, 1501 MITCHELL ST, LAKE CHARLES, LA 70607-1941

11305 STEVENS, CHARLES K, 574 RIDGE AVE, MABLETON, GA 30126

11305 STEVENS, VANESSA, 7920F ELVATON CT, GLEN BURNIE, MD 21061

11305 STEVENS, WYATT, 25 HOWARD ST, NEWBURYPORT, MA 01950

11305 STEVENSON & CO., 1300 CARROLL ST., BALTIMORE, MD 21230

11305 STEVENSON, PENELOPE A, 949 SAN MARCO RD, MARCO ISLAND, FL 34145-4501

11305 STEWART JR, FRANK, 3313 RIPPLE RD, WINDSOR MILL, MD 21244

11305 STEWART OXYGEN SERVICE OF CINCINNAT, 11 EAST SUNNYBROOK DR, CINCINNATI, OH 45237-2103

11305 STEWART, DARYL I, 973 W MINNEHAHA AVE, CLERMONT, FL 34711

11305 STEWART, FANETTE L, 621 EAST 40TH AVE, SPOKANE, WA 99203

11305 STEWART, FANETTE LLOYS, 621 EAST 40TH AVE., SPOKANE, WA 99203

11305 STEWART, GARY, 7169 HENRY STREET, FORT LUPTON, CO 80621

11305 STICKNEY, KAREN MARIE, 282 WAPITI DRIVE, LIBBY, MT 59923

11305 STIEF, BEATE, 5917 GENTLE CALL, CLARKSVILLE, MD 21029

11305 STIEF, JOACHIM, 5917 GENTLE CALL, CLARKSVILLE, MD 21029

11305 STIER, JAMES G, 9 HATHAWAY LN, VERONA, NJ 07044

11305 STILE, VALERIE, 442-G RIVER RD, NUTLEY, NJ 07110

11305 STILLBROOK ENVIRONMENTAL TESTI, LABORATORY INC, 305 CRAWFORD ST, FAIRFIELD, AL 35064

11305 STINE, CRAIG, 1615 STEVENSON ST, VINTON, LA 70668

11305 STINNETT, CHARLES E, PO BOX 144, LEWISPORT, KY 42351-0144

11305 STINNETT, PAUL A, 4618 STRICKLAND DR, OWENSBORO, KY 42301

11305 STINNETT, VICKIE L, 4618 STRICKLAND DR, OWENSBORO, KY 42301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   STINSON, JERRY ALAN, 901 22ND AVE, MINNEAPOLIS, MN 55418

11305   STIVERSON, DUANE R, 802 S COMANCHE LN, WAUKESHA, WI 53188

11305   STN INTERNATIONAL, CHEMICAL ABSTRACTS SERVICE, PO BOX 82228, COLUMBUS, OH 43202-0228

11305   STN-COLUMBUS, PO BOX 82228, COLUMBUS, OH 43202-0228

11305   STOCKLEY III, HENRY W, 405 THORNHILL DR, SPARTANBURG, SC 29301

11305   STOCKMAN-BAER, HELENE M, 76 S WYETTA RD, MEDFORD, NJ 08055

11305   STOFFEL SEALS CORPORATION, PO BOX 825, 400 HIGH AVE, NYACK, NY 10960-0825

11305   STOKES, DON, 1226 E GEORGIA RD, SIMPSONVILLE, SC 29681

11305   STOKES, EARLINE W, 1226 E GEORGIA RD, SIMPSONVILLE, SC 29681

11305   STOKES, GARY M, 1928 FALLSTON VALLEY DR, FALLSTON, MD 21047

11305   STOKES, JOE C, 106 BRAMLETT RD, GREER, SC 29651

11305   STOKES, ROBERT A, 108 GEMINI CT, WATERLOO, SC 29384-4255

11305   STOLER, MARK, 133 PEACHTREE DR, ORANGE, CT 06477

11305   STONE CONTAINER CORPORATION, ATTN: CREDIT DEPT, PO BO 2276, ALTON, IL 62002

11305   STONE JR, STEPHEN F, 180 RUMFORD AVE APT 6, MANSFIELD, MA 02048

11305   STONE PIGMAN WALTHER WITTMANN &, 546 CARONDELET ST, NEW ORLEANS, LA 70130-3588

11305   STONE, RAYMOND T, 710 HWY 14, SIMPSONVILLE, SC 29681-1927

11305   STOREY, EDWARD E, 1221 MCKINNEY #4550, HOUSTON, TX 77010

11305   STORY JR, LAWRENCE T, 118 WILLOW ST, ACTON, MA 01720-2730

11305   STOUT, RAY R, 726 SPRING ST, EUREKA, MT 59917

11305   STOVALL, WALTER S, C/O WALTER STOVALL, 410 FAIRVIEW DR, GREENVILLE, SC 29609-6641

11305   STOWE, ALVIN HUGH, 1811 MECHANICSVILLE ROAD, ROCK CREEK, OH 44084

11305   STOWERS RENTAL & SUPPLY CO., 4066 S. ACCESS ROAD, CHATTANOOGA, TN 37406

11305   STRASBURGER & PRICE, 901 MAIN ST, DALLAS, TX 75250

11305   STRASBURGER & SIEGEL, PKWY CENTER, 7249 NATIONAL DR., HANOVER, MD 21076

11305   STRATAFLO PRODUCTS, PO BOX 8009, FORT WAYNE, IN 46898-8009

11305   STRATFORD PRESS, 12008 SOUTH CENTRAL AVE, ALSIP, IL 60803

11305   STRAWLEY, PHILOMENA M, 7749 SANDSTONE CT, ELLICOTT CITY, MD 21043

11305   STREAMIND, INC, 454 E. HYERDALE DR., GOSHEN, CT 06756

11305   STREEB, JUSTIN E, C/O JUSTIN STREEB, 8521 SUMMIT RD, PASADENA, MD 21122

11305   STREETER, JIMMY W, 215 CHERRY HILL RD, STREET, MD 21154

11305   STRESAU LABORATORY INC, N8265 MEDLEY RD, SPOONER, WI 54801

11305   STRINGER, ALAN R, 2489 MOSS LN, OAK HARBOR, WA 98277

11305   STRINGER, JUANITA T, 7737 EDGEWOOD AVE, PASADENA, MD 21122

11305   STROFF, SYLVESTER H OR ALICE, 20 ELIZABETH CT, SECAUCUS, NJ 07094-3841

11305   STROHMAN, NILE R, 3420 KILBURN CIR #312, RICHMOND, VA 23233

11305   STROHSCHEIN, KEITH ORVILLE, 552 CAPISTRANO DRIVE, KALISPELL, MT 59901

11305   STROHSCHEIN, MARION GAIL, 552 CAPISTRANO DRIVE, KALISPELL, MT 59901

11305   STROMGREN, PETER L, 33 MONUMENT AVE, OLD BENNINGTON, VT 05201

11305   STROPOLI, REGINA C, 294 BARD AVE #1, STATEN ISLAND, NY 10310

11305   STROUD, DARREL, 5150 HWY 56 W, OWENSBORO, KY 42301

11305   STRUEBING, KENT, 1704 DOVER DR, WAUNAKEE, WI 53597-1865

11305   STUARD, PAULA H, 4933 RULLMAN RD, SHADY SIDE, MD 20764

11305   STUART, DIANA L, 107 PARK RD, CHELMSFORD, MA 01824

11305   STUART, HENRY V, 3817 PIKESWOOD DR, RANDALLSTOWN, MD 21133

11305   STUBBLEFIELD II, THOMAS WADE, 1723 EAGLE DRIVE, HIXSON, TN 37343

11305   STUBBLEFIELD, AMY FAITH, 1723 EAGLE DRIVE, HIXSON, TN 37343

11305   STUBBLEFIELD, LINDA GAYLE, 1723 EAGLE DRIVE, HIXSON, TN 37343

11305   STUBBLEFIELD, MARK TRENTON, 1723 EAGLE, HIXSON, TN 37343

11305   STUBBLEFIELD, MATHEW RYAN, 1723 EAGLE DRIVE, HIXSON, TN 37343

11305   STUBBLEFIELD, THOMAS W, 1723 EAGLE DR, HIXSON, TN 37343

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   STUBBLEFIELD, THOMAS WADE, 1723 EAGLE DRIVE, HIXSON, TN 37343

11305   STULL, CLAUDE F, 2505 CORNSTALK DR, FINKSBURG, MD 21048

11305   STULTZ, ERIC H, 3975 BLYTHE FERRY RD, DAYTON, TN 37321

11305   STUR-DEE METAL PRODUCTS INC, 830 W 35TH ST, CHICAGO, IL 60609

11305   STURGILL, DANNY W, 1250 S 48TH ST, BALTIMORE, MD 21222

11305   STURGIS, WILLIAM B, 209 WILMINGTON RD, GREENVILLE, SC 29615

11305   STURGIS, WILLIAM B, MARTHA E STURGIS, 209 WILMINGTON RD, GREENVILLE, SC 29615

11305   STURM INC, PO BOX 277, BARBOURSIVILLE, WV 25504

11305   STUTT, JEAN E, 559 N 94TH, MILWAUKEE, WI 53226

11305   STYLES, GERALD L, 1100 TWO MILE CR RD, ENOREE, SC 29335

11305   STYLES, GERALD LEON, 1100 TWO MILE CREEK ROAD, ENOREE, SC 29335

11305   SUAZO, CHARLES GILBERT, 2618 SOUTH DECATUR STREET, DENVER, CO 80219

11305   SUBRAMANIAN, DURGA V, 7 HASKELL ST, LEXINGTON, MA 02420

11305   SUBURBAN PROPANE LP, 240 ROUTE 10 WEST, WHIPPANY, NJ 07981

11305   SUCHANEK, JOE R, 124 BILL DOYLE RD, MERRYVILLE, LA 70653

11305   SUCHOW, SANFORD M, 60 FIRST AVE APT 16D, NEW YORK, NY 10009

11305   SUFFECOOL, L AMANDA, 9003 NEWTON FALLS RD, WAYLAND, OH 44285

11305   SUFI, WASEEM, 2060 MONTEREY DR, LIVERMORE, CA 94550

11305   SUFNAROWSKI, JOHN, C/O KENNETH G GILMAN ESQ, GILMAN AND PASTOR, LLP, ONE BOSTON PL 28TH FL, BOSTON, MA 02108

11305   SUKENIK, RICHARD N, PO BOX 33207, PALM BEACH GARDENS, FL 33420-3207

11305   SULLIVAN DIAGLE, LAJUANDA, 5525 PRIDE PT HUDSON RD, SLAUGHTER, LA 70777

11305   SULLIVAN, BARBARA J, 39 FAIRMONT ST, ARLINGTON, MA 02474

11305   SULLIVAN, BONNIE F, PO BOX 2412, DILLON, CO 80435

11305   SULLIVAN, DORIS C, 213 QUAIL RUN CIR, FOUNTAIN INN, SC 29644

11305   SULLIVAN, EDWARD, 38 MELROSE AVE, CATONSVILLE, MD 21228

11305   SULLIVAN, JERRY D, 740 OLD YORK HWY N, DUNLAP, TN 37327

11305   SULLIVAN, MARK, 84 WEST AVE APT A1, NORWALK, CT 06854

11305   SULLIVAN, MARTHA L, 198 VALLEY HILL RD, ENOREE, SC 29335

11305   SULLIVAN, MARYANNE I, 135 PLEASANT ST A15, ARLINGTON, MA 02476

11305   SULLIVAN, MICHAEL A, 213 QUAIL RUN CIR, FOUNTAIN INN, SC 29644

11305   SULLIVAN, ROBERT E, 198 VALLEY HILL RD, ENOREE, SC 29335

11305   SUMMERS, STANLEY PORTER, 406 EAST MUMFORD DRIVE, URBANA, IL 61801

11305   SUMMERSON, BARBARA M, C/O BARBARA SUMMERSON, 9878 OLD ANNAPOLIS RD, ELLICOTT CITY, MD 21042

11305   SUMMIT TANK & EQUIPMENT CO INC, PO BOX 9, SUMMIT, IL 60501

11305   SUN REFINING & MARKETING CO., PO BOX 8500 K-170, PHILADELPHIA, PA 19178

11305   SUN WEST CONTAINER CO., 1070 E. MILLST., TUCSON, AZ 85719

11305   SUN WEST METALS, INC, 1150 N. LEMON ST., ANAHEIM, CA 92801

11305   SUN, XIUDONG, 17 PURCELL RD, ARLINGTON, MA 02474

11305   SUNBELT RENTALS, INC, PO BOX 579, NEWINGTON, VA 22122-0579

11305   SUNBELT RENTALS,INC, 611 TEMPLETON AVE., STE 107, CHARLOTTE, NC 28203

11305   SUNELL, JENNIFER LYNN, 3577 US HIGHWAY 2 SOUTH, LIBBY, MT 59923

11305   SUNOCO INC, PO BOX 8500, K-170, PHILADELPHIA, PA 19178

11305   SUNSOURCE, PO BOX 200794, DALLAS, TX 75230-0794

11305   SUPERIOR METAL PRODUCTS INC, PO BOX 65, 8124 N CORA ST, LOUVIERS, CO 80131-0065

11305   SUPERIOR RUBBER CO, 134 E MCMICKEN AVE, CINCINNATI, OH 45202-6521

11305   SUPERIOR SPECIAL SERVICES INC, PO BOX 1323, FOND DU LAC, WI 54936-1323

11305   SUPERIOR SUPPLY & STEEL, PO BOX 2087, LAKE CHARLES, LA 70602-2087

11305   SUR, RICHARD R, 513 HAYWARD MILL RD, CONCORD, MA 01742

11305   SURBAUGH, MADELYN, 246 BRANDON RD, BALTIMORE, MD 21212

11305   SURE-PACK CORP., 700 EVELYN VE #B, LINTHICUM, MD 21090-1306

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   SUROWIEC, JOZEF, 8035 NIGHTWIND CT, ELKRIDGE, MD 21075

11305   SUR-SEAL GASKET & PACKING INC., PO BOX 11010, CINCINNATI, OH 45211

11305   SUTAK, GEORGE PETE, PO BOX 504, AGUILAR, CO 81020

11305   SUTHERLAND, JIMMY D, 15 W RANDALL ST, BALTIMORE, MD 21230

11305   SUTOVICH, KEVIN J, 3991 TERRACE DR, HAMPSTEAD, MD 21074

11305   SUTTLE, JOHN D, 2718 PETE SEAY RD, SULPHUR, LA 70663

11305   SUTTON DESIGNS INC, 145 ASHAROKEN AVE, NORTHPORT, NY 11768-1166

11305   SVEDALA INDUSTRIES, PUMPS AND PROCESS DIVISION, PO BOX 2325, CAROL STREAM, IL 60132-2325

11305   SWAIN, EARL E, 4300 SARVER ST, LAKE CHARLES, LA 70605

11305   SWAIN, WILLIAM F, 4922 MARATHON DR, MADISON, WI 53705

11305   SWANSTON, ROBERT D, 1 PARKVIEW CT, SAINT PETERS, MO 63376

11305   SWART, JOHN D, 2525 WINEBERRY CT, HUNTINGTOWN, MD 20639

11305   SWARTHOUT, DONALD G, 420 JANET ST, TAHLEQUAH, OK 74464

11305   SWAYAMBUNATHAN, SUGANTHI, 5023 SOUTHERN STAR TER, COLUMBIA, MD 21044-1291

11305   SWBYPS, PO BOX 630052, DALLAS, TX 75263-0052

11305   SWEARINGEN, BRIAN W, 2125 RUFFS MILL RD, BEL AIR, MD 21015

11305   SWECO, C/O GREENROSE PROCESS EQUIPMENT, PO BOX 905667, CHARLOTTE, NC 28290-5667

11305   SWECO, INC, PO BOX 905667, CHARLOTTE, NC 28290-5667

11305   SWEENY, MATTIE L, 3211 FORK SHOAL RD, SIMPSONVILLE, SC 29680

11305   SWEETENER PRODUCTS COMPANY, 2050 E 38TH ST, PO BOX 58426, VERNON, CA 90058

11305   SWEETON, PERCY H, 1716 LORETTO AVE, SULPHUR, LA 70663

11305   SWENSON DEDRICK, JENAN LYNN, 505 GRANITE AVE, LIBBY, MT 59923

11305   SWIFT, BRODERICK J, 1712 NW 185 TER, MIAMI, FL 33056

11305   SWINDLER, JAMES F, PO BOX 1007, MOORELAND, OK 73852

11305   SWINK, MICHAEL J, 2989 S PINE TREE RD, ONEIDA, WI 54155

11305   SWISHER INTL, 6640 FAIRVIEW RD STE 200, CHARLOTTE, NC 28210

11305   SWOBODA, SHARON, 7209 VIOLET CT, ELDERSBURG, MD 21784

11305   SYDLOSKI, DELORES, 1431 4 STREET NE, MINNEAPOLIS, MN 55413

11305   SYKES, GEORGE C, 288 PLEASANT ST, CANTON, MA 00201-2205

11305   SYNERFAC TECHNICAL STAFFING, 2 READS WAY STE 209, NEW CASTLE, DE 19720

11305   SYSCO, 200 W STORY ROAD, OCOEE, FL 34761

11305   SYSTEM SOURCE LEARNING CENTER, PO BOX 631972, BALTIMORE, MD 21263-1972

11305   SZATHMARY, ALBERTA A, 68 WHEATLAND ST, SOMERVILLE, MA 02145

11305   SZYKULSKI, CLEMENS, 2407 JEFFERSON STREET NE, MINNEAPOLIS, MN 55418

11305   T R MOORE & ASSOCIATES INC, 830 MCCALLIE AVE, CHATTANOOGA, TN 37403

11305   T.H.E.M. OF NEW JERSEY, 5 E STOW RD, STE A, MARLTON, NJ 08053-3145

11305   TAB CHEMICALS INC., LOCK BOX 790282, SAINT LOUIS, MO 63179-0282

11305   TABACZYNSKI, STEVE, 1965 HANS DR, UBLY, MI 48475

11305   TACKETT CONTRACTORS, 1900 NICODEMUS RD, WESTMINSTER, MD 21157

11305   TAFT STETTINIUS & HOLLISTER,

11305   TAFT, ELIZABETH, 1718 JEFFERSON STREET NE, MINNEAPOLIS, MN 55418

11305   TALAGA, THOMAS T, 1401 W COSSITT AVE, LA GRANGE, IL 60525

11305   TALANIAN, KRISTIN, 9 FOSTER RD, LEXINGTON, MA 02421

11305   TALANIAN, MONA M, 780 WALTHAM ST, LEXINGTON, MA 02421

11305   TALIAFERRO JR, GEORGE V, 2605 COX NECK RD, CHESTER, MD 21619

11305   TAMARKIN, FRANCES, 426 HAWTHORNE AVE, STATEN ISLAND, NY 10314

11305   TAMIM, AMAL, 10 LANCASTER ST APT #28, CAMBRIDGE, MA 02140

11305   TAMMARO, JAMES, 707 E REYNOLDS ST, NEW CASTLE, PA 16101-4750

11305   TAN, GRACIANO, 3595 NEW HAVEN RD, PASADENA, CA 91107

11305   TANNENBERGER, NICHOLAS W, 464 SHAWMUT AVE UNIT 1, BOSTON, MA 02118

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    TAPE RENTAL LIBRARY INC, PO BOX 107, COVESVILLE, VA 22931

11305    TARBELL, CHARLES A, 2444 N CONSTANCE LN, LAKE CHARLES, LA 70605-2340

11305    TARGET INDUSTRIES, PO BOX 810, FLANDERS, NJ 07836

11305    TAROLA, ROBERT M, 8550 LEISURE HILL DR, BALTIMORE, MD 21208

11305    TARRANT COUNTY, C/O ELIZABETH WELLER, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 2323 BRYAN ST 1720 UNIVISION CTR, DALLAS, TX 75201-2644

11305    TASSIN, FORREST P, 6126 HARNESS RD, BATON ROUGE, LA 70817

11305    TATE, RONALD, 7 CALGARY CT, RANDALLSTOWN, MD 21133

11305    TATE, STANLEY EBEN, 1858 WHISPERING PINES RD, LINCOLNTON, NC 28092

11305    TAUB, KARL D, C/O KARL TAUB, 106 HIBBERT ST, ARLINGTON, MA 02476

11305    TAULBEE, DONALD S, 10612 FOIX AVE, NORWALK, CA 90650

11305    TAVARES, LUIS M, 249 PLEASANT ST, REHOBOTH, MA 02769

11305    TAVIK SR, WILLIAM C, 5640 UTRECHT RD, BALTIMORE, MD 21206-2903

11305    TAWNEY, ROBERT JOSEPH, 8790 LAMAR DRIVE, ARVADA, CO 80003

11305    TAX ASSESSOR COLLECTOR, JEAN WHITESIDE, RM 211 COURTHOUSE, CARTHAGE, TX 75633

11305    TAX COLLECTOR,

11305    TAYLOR, DUANE, BARTON & GILMAN LLP, ATTN: JAMES J DUANE III, 111 DEVONSHIRE ST, BOSTON, MA 02109

11305    TAYLOR, DUDLEY E, 13020 MANOR RD, GLEN ARM, MD 21057

11305    TAYLOR, EDDIE WAYNE, 10715 CRANBROOK, HOUSTON, TX 77047

11305    TAYLOR, EDDIE, 10715 CRANBROOK RD, HOUSTON, TX 77042

11305    TAYLOR, EDDIE, 10715 CRANBROOK, HOUSTON, TX 77042

11305    TAYLOR, FORREST N, 4005 WHITTIER DR, OWENSBORO, KY 42303

11305    TAYLOR, JAMES EDWARD, 2517 COTTAGE HILL DR, ORANGE, CA 92867

11305    TAYLOR, JEAN A, 7 WOODMOOR DR, SILVER SPRING, MD 20901

11305    TAYLOR, JOSEPH RONALD, 696 MINERAL HILL LANE, HENDERSON, NV 89015

11305    TAYLOR, MARK S, 332 W ARUNDEL RD, BALTIMORE, MD 21225

11305    TAYLOR, MICHAEL P, PO BOX 3434, BALTIMORE, MD 21225

11305    TAYLOR, PAMELA J, 8060 SWEETWATER DR, DOUGLASVILLE, GA 30135

11305    TAYLOR, REBECCA J, 21503 W 62ND ST, SHAWNEE, KS 66218

11305    TAYLOR, ROBERT T, 1408 POINT O WOODS CT, ARNOLD, MD 21012

11305    TAYLOR, STEPHEN, 17949 BRENT DR, DALLAS, TX 75287

11305    TAYLOR, TERRY A, 2353 FORD AVE, OWENSBORO, KY 42301

11305    TBW INDUSTRIES INC, PO BOX 336, FURLONG, PA 18925

11305    TCI AMERICA, 9211 N HARBORGATE ST, ATTN ACCOUNTS RECEIVABLE, PORTLAND, OR 97203

11305    TCONGREGATION OF IMMACULATE CONCEPTION C, 4401 SEVENTH ST, MARRERO, LA 70092

11305    TDS, F608 SPACE PARK SOUTH, HASHVILLE, TN 37211

11305    TDY HOLDINGS LLC, C/O ERIC T MOSER ESQ, KIRKPATRICK & LOCKHART LLP, HENRY W OLIVER BLDG, 535 SMITHFIELD ST, PITTSBURGH, PA 15222-2312

11305    TEAGUE, JAMES M, 23 MEDWAY BRANCH, NORFOLK, MA 02356

11305    TEASLEY, TIMOTHY W, 6275 PLEASANT VALLEY RD, PHILPOT, KY 42366

11305    TECHNICAL LAB., 515 CHEROKEE BLVD., CHATTANOOGA, TN 37405

11305    TECHNICAL LABORATORIES INC, 515 CHEROKEE BLVD, CHATTANOOGA, TN 37405

11305    TECNO CRETE INC, BOX 6516 SANTA ROSA UNIT, BAYAMON, PR 00960PUERTO RICO

11305    TECO PEOPLES GAS, PO BOX 2562, TAMPA, FL 33601-2562

11305    TED LEVINE DRUM COMPANY, PO BOX 3246, SOUTH EL MONTE, CA 91733-0246

11305    TEEHAN, ANN M, 9 PETER TUFTS RD, ARLINGTON, MA 02474

11305    TEEL, WELDON, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    TELAGE, BYRON, 16 LAREDO CIR, NASHUA, NH 03062

11305    TELUS COMMUNICATIONS, GRANDE PRAIRIE TOLL BLDG-10103 99 AVE., GRANDE PRAIRIE, AB T8V0S1CANADA    **\*VIA Deutsche Post\***

11305    TELUS COMMUNICATIONS, LEN WERRY BLDG - 622 1ST SW, CALGARY, AB T2P1M6CANADA    **\*VIA Deutsche Post\***

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | TELUS COMMUNICATIONS, TELUS PLAZA SOUTH TOWER-10020 100 ST. NW, EDMONTON, AB T5J0N5CANADA | *VIA Deutsche Post* |
| 11305 | TELUS COMMUNICATIONS, WILLIAM FARREL BLDG - 768 SEYMOUR ST, VANCOUVER, BC V6B3K9CANADA | *VIA Deutsche Post* |
| 11305 | TEMPESTA, BRUNO G, 25 DUSTIN STREET, BRIGHTON, MA 02135 | |
| 11305 | TEMPLE BETH AM, 4660 SHERIDAN DR, WILLIAMSVILLE, NY 14221 | |
| 11305 | TENDICK, EDWIN W, 1328 HWY 417, MOORE, SC 29369 | |
| 11305 | TENNANT SALES AND SERVICE COMPANY, 701 N LILAC DR, MINNEAPOLIS, MN 55422 | |
| 11305 | TENNESSE DEPARTMENT OF FINANCE ADMINISTR, 312 8TH AVENUE NORTH WILLIAM SNODGRASS BLDG 22ND F, NASHVILLE, TN 37243 | |
| 11305 | TENNESSEE DEPT OF REVENUE, ATTN: WILBUR E HOOKS, 4TH FL, ANDREW JACKSON STATE OFFICE BLDG, NASHVILLE, TN 37242 | |
| 11305 | TENNESSEE DEPT OF REVENUE, ATTN: WILBUR E HOOKS, TAX ENFORCEMENT DIVISION, 4TH FL ANDREW JACKSON BLDG, NASHVILLE, TN 37242 | |
| 11305 | TENNESSEE DEPT OF REVENUE, C/O ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN 37202-0207 | |
| 11305 | TENNESSEE PARALEGAL ASSOC, PO BOX 305, KNOXVILLE, TN 37901-0305 | |
| 11305 | TENNESSEE SR, ED L, 5610 DUOTO, HOUSTON, TX 77091 | |
| 11305 | TENNISON, KATHLEEN ANN, 2830 JUNEAU DRIVE, MISSOULA, MT 59804 | |
| 11305 | TERMINIX INTERNATIONAL, 7625 HAMILTON PARK DR., CHATTANOOGA, TN 37421 | |
| 11305 | TERMINIX INTERNATIONAL, PO BOX 94716, BIRMINGHAM, AL 35220-4716 | |
| 11305 | TERRACE PROPERTIES LIMITED PARTNERSHIP, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 | |
| 11305 | TERRACON, PO BOX 931277, KANSAS CITY, MO 64193-1277 | |
| 11305 | TERRELL, WILLIS H, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 | |
| 11305 | TERRIER, TODD T, 44 INTERVALE ST, NASHUA, NH 03064 | |
| 11305 | TERRILL, JOE R, 1727 S SAVANNAH CT, VISALIA, CA 93277 | |
| 11305 | TERRY, TRESSIE B, 1912 HOVEY PL, GARY, IN 46406 | |
| 11305 | TEST LAB INC, PO BOX 15732, TAMPA, FL 33684 | |
| 11305 | TESTING ENGINEERS INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 | |
| 11305 | TETLOW, STEVEN KENNETH, 5419 UPLAND BROOK LN, SPRING, TX 77379 | |
| 11305 | TETRA TECHNOLOGIES INC, ATTN: CINDY BOLDT, 25025 I45 NORTH STE 600, THE WOODLANDS, TX 77380 | |
| 11305 | TEWS, KENNETH B, 7007 N WISCOMB STREET, SPOKANE, WA 99208 | |
| 11305 | TEXACO, PO BOX 9010, DES MOINES, IA 50368-9010 | |
| 11305 | TEXAS BRINE CO LLC, PO BOX 840994, DALLAS, TX 75284-0994 | |
| 11305 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL, BANKRUPTCY & COLLECTIONS, PO BOX 12548, AUSTIN, TX 78711-2548 | |
| 11305 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX 78711-2548 | |
| 11305 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIVISION-BANKRUPTCY SECTION, PO BOX 12548, AUSTIN, TX 78711-2548 | |
| 11305 | TEXAS COMPTROLLER OF PUBLIC ACCTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX 78711-2548 | |
| 11305 | TEXAS NATURAL RESOURCE CONSERVATION COMMISSION, MC 132, C/O DENISE ESPINOSA, PO BOX 13087, AUSTIN, TX 78711-3087 | |
| 11305 | TEXTILE CHEMICAL, 4501 E. FAYETTE ST., BALTIMORE, MD 21224 | |
| 11305 | THACKSTON, ALVIN H, 745 ADAMS MILL RD, SIMPSONVILLE, SC 29681 | |
| 11305 | THE ALPHA -LIBERTY CO, PO BOX 276, WEST CHESTER, OH 45071 | |
| 11305 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022 | |
| 11305 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029 | |
| 11305 | THE ASSOCIATES, 8001 RIDGEPOINT, IRVING, TX 75063 | |
| 11305 | THE BABCOCK & WILCOX COMPANY, C/O JAN M HAYDEN, HELLER DRAPER HAYDENPATRICK & HORN LLC, 650 POYDRAS ST, SUITE 2500, NEW ORLEANS, LA 70130 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 11305 | THE BALTIMORE SUN COMPANY, ATTN: MARVINA J DAIL, 501 N CALVERT ST, BALTIMORE, MD 21278 |
| 11305 | THE BOLLES CO, INC, PO BOX 22425, CHATTANOOGA, TN 37422 |
| 11305 | THE BURLINGTON NORTHERN & SANTA FE RAILW, 920 SE QUINCY, ATTN FINANCIAL SERVICES, TOPEKA, KS 66612 |
| 11305 | THE BURLINGTON NORTHERN AMD SANTAFE RAIL, C/O EMR INC. WAKARUSA DRIVE SUITE A, LAWRENCE, KS 66049 |
| 11305 | THE BURLINGTON NORTHERN AND SANTA FE RAI, C/O EMR 1310 WAKARUSA DRIVE SUITE A, LAWRENCE, KS 66049 |
| 11305 | THE BURLINGTON NORTHERN AND SANTA FE RAI, C/O EMR INC 1310 WAKARUSA DRIVE SUITE A, LAWRENCE, KS 66049 |
| 11305 | THE BURLINGTON NORTHERN SANTA FE RAILWAY, C/O EMR 1310 WAKARUSA DRIVE SUITE A, LAWRENCE, KS 66049 |
| 11305 | THE C P HALL COMPANY, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 11305 | THE CALIFORNIA STATE UNIVERSITY, 401 GOLDEN SHORE, LONG BEACH, CA 90802 |
| 11305 | THE CARY COMPANY, PO BOX 403, ADDISON, IL 60101 |
| 11305 | THE CHASE MANHATTAN BANK, PO BOX 5747 G.PO, NEW YORK, NY 10087-5747 |
| 11305 | THE CHURCH OF ST HELENA OF MINNEAPOLIS, C/O REV. RICHARD VILLANO, 3204 E. 43RD STREET, MINNEAPOLIS, MN 55406 |
| 11305 | THE CHURCH OF ST LUKE, 1079 SUMMIT AVENUE, SAINT PAUL, MN 55105 |
| 11305 | THE CHURCH OF THE MOST HOLY REDEEMER, 206 VINE AVENUE WEST, MONTGOMERY, MN 56069 |
| 11305 | THE CINCINNATI GAS & ELECTRIC CO, A SUBSIDIARY OF CINERGY CORP, 3300 CENTRAL PKWY 2ND FL, CINCINNATI, OH 45225 |
| 11305 | THE CLINTON CHRONICLE, PO BOX 180, CLINTON, SC 29325 |
| 11305 | THE CODE CONSORTIUM INC, C/O RICK THORNBERRY, THE CODE CONSORTIUM INC, 2724 ELKS WAY, NAPA, CA 94558 |
| 11305 | THE COMMONWEALTH OF MASSACHUSETTS, ATTN: VICTOR SAVICKAS, BOX 9484, BOSTON, MA 02205-9484 |
| 11305 | THE COMMONWEALTH OF MASSACHUSETTS, C/O ANNE CHAN, LITIGATION BUREAU BANKRUPTCY UNIT, BOX 9564, BOSTON, MA 02114-9564 |
| 11305 | THE COMMONWEALTH OF MASSACHUSETTS, C/O ANNE CHAN, TAX EXAMINER, BOX 55484, BOSTON, MA 02205-5484 |
| 11305 | THE COMMUNITY COLLEGE OF BALTIMORE CTY, BETH WOODLAND-HARGROVE GENERAL COUNSEL, 800 S ROLLING RD, BALTIMORE, MD 21228 |
| 11305 | THE DIALOG CORPORATION, PO BOX 532002, ATLANTA, GA 30353-2002 |
| 11305 | THE DIALOG CORPORATION, PO BOX 532002, ATLANTA, PA 30353-2002 |
| 11305 | THE DOW CHEMICAL COMPANY, C/O ANN MARIE P KELLEY ESQ, DILWORTH PAXSON LLP, LIBERTYVIEW - STE 700, PO BOX 2570, CHERRY HILL, NJ 08034 |
| 11305 | THE GENERAL ELECTRIC COMPANY, C/O WILLIAM M FELTOVIC, THE GENERAL ELECTRIC CO, 41 WOODFORD AVE, PLAINVILLE, CT 06062 |
| 11305 | THE HERTZ CORPORATION, PO BOX 25485, OKLAHOMA CITY, OK 73125 |
| 11305 | THE HOME INSURANCE COMPANY, C/O MARCH COLEMAN ESQ, STEPTOE & JOHNSON LLP, 1330 CONNECTICUT AVE NW, WASHINGTON, DC 20036 |
| 11305 | THE HOPE GROUP CORP, 70 BEARFOOT RD, NORTHBOROUGH, MA 01532 |
| 11305 | THE INTERNATIONAL BROTHERHOOD OF BOILERM, C/O DENNIS F JANES, SEGAL STEWART CUTLER LINDSAY JANES & BERRY PPLC, 1400-B WATERFRONT PLZ 325 W MAIN ST, LOUISVILLE, KY 40202 |
| 11305 | THE INTERNATIONAL BROTHERHOOD OF BOILERMAKERS ETAL, C/O DENNIS F JANES, SEGAL STEWARD CUTLER LINDSAY JANES & BERRY PLLC, 1400-B WATERFRONT PLZ, 325 W MAIN ST, LOUISVILLE, KY 40202 |
| 11305 | THE INTERNATIONAL BROTHERHOOD OF BOILERMAKERS ETAL, C/O DENNIS F JANES, SEGAL STEWART CUTLER LINDSAY JANES & BERRY PLLC, 1400-B WATERFRONT PLZ, 325 W MAIN ST, LOUISVILLE, KY 40202 |
| 11305 | THE KINGS CONTRIVANCE, 10150 SHAKER DR., COLUMBIA, MD 21046 |
| 11305 | THE LAW OFFICE OF JILL H KRAFTE, C/O JILL H KRAFTE ESQ, 8630-M GUILFORD RD #297, COLUMBIA, MD 21046 |
| 11305 | THE LAW OFFICES OF WILLIAM F MAREADY, 1076 W 4TH ST STE 100, WINSTON SALEM, NC 27101 |
| 11305 | THE LIMO INC, 11901 30TH COURT NORTH, SAINT PETERSBURG, FL 33716 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   THE MCGRAW-HILL COMPANIES INC, ATTN: CATHY GADDIS, 148 PRINCETON-HIGHTSTOWN RD, HIGHTSTOWN, NJ 08520

11305   THE OLD LINE LIFE INSURANCE, C/O ROBERT E PIERCE, 2437 S LOTUS AVE, FRESNO, CA 93706

11305   THE PERFECT IMAGE, 76 LAKE ST, MIDDLETON, MA 01949

11305   THE PERKIN-ELMER CO.,

11305   THE PORT AUTHORITY OF NEW YORK AND NEW J, C/O VALERIE F MAUCERI ESQ, 225 PARK AVE S 13TH FLOOR, NEW YORK, NY 10003

11305   THE PRUDENTIAL INSURANCE COMPANY OF AMER, 751 BROAD STREET, 21ST FLOOR, NEWARK, NJ 07102

11305   THE PRUDENTIAL INSURANCE COMPANY, 751 BROAD STREET 21ST FLOOR, NEWARK, NJ 07102

11305   THE Q PANEL CO, PO BOX 75548, CLEVELAND, OH 44101-4755

11305   THE RECORD, 225 FAIRWAY ROAD SOUTH, KITCHENER, N2G4E5UNITED KINGDOM     *VIA Deutsche Post*

11305   THE SEABOARD GROUP II, ATTN: HOLMES P HARDEN, PO DRAWER 19764, RALEIGH, NC 27619

11305   THE SHEPHERD CHEMICAL COMPANY, 4900 BEECH ST, NORWOOD, OH 45212

11305   THE SHERWIN WILLIAMS COMPANY, ATTN: JOHN M YARO, 101 PROSPECT AVE NW, CLEVELAND, OH 44115

11305   THE SPENCER TURBINE COMPANY, THE SPENCER TURBINE COMPANY, ATTN: KATHLEEN BURNS, 600 DAY HILL ROAD, WINDSOR, CT 06095

11305   THE ST PAUL COMPANIES INC, C/O GEORGE J BACHRACH ESQ, WHITEFORD TAYLOR & PRESTON LLP, 7 ST PAUL ST, BALTIMORE, MD 21202-1626

11305   THE ST PAUL COMPANIES INC, C/O GEORGE J BACHRACH ESQ, WHITEFORD TAYLOR & PRESTON, 7 ST PAUL ST, BALTIMORE, MD 21202-1626

11305   THE ST PAUL COMPANIES INC, C/O GEORGE J BACHRACH ESQ, WHITFOR TAYLOR & PRESTON, 7 ST PAUL ST, BALTIMORE, MD 21202-1626

11305   THE STANDARD REGISTER COMPANY, 600 ALBANY ST, DAYTON, OH 45408

11305   THE STAVER GROUP INC, 1271 E SECOND ST, FRANKLIN, OH 45005

11305   THE TRAVELERS INDEMNITY CO & AFFILIATES, ATTN: ELIZABETH K FLYNN, ONE TOWER SQUARE 5MN, HARTFORD, CT 06183

11305   THEODOULOU, BESSIE, 137 WEBSTER ST, ARLINGTON, MA 02474

11305   THEONNES, LOIS GLORIA, PO BOX 46, LIBBY, MT 59923

11305   THERMAL PRODUCTS CO INC, PO BOX 920296, NORCROSS, GA 30010-0296

11305   THERMAL SCIENTIFIC, INC, PO BOX 314, ODESSA, TX 79760

11305   THERMASTER MECHANICAL, PO BOX 3022, GLEN ELLYN, IL 60138

11305   THERMO COUSTICS LIMITED, 2750 HIGHWAY #11 NORTH, NORTH BAY, ON P1B8G3CANADA     *VIA Deutsche Post*

11305   THERMO OPTEK CORP DBA THERMO ELEMENTAL, 27 FORGE PKWY, FRANKLIN, MA 02038

11305   THERMO SPECTRONIC, 820 LINDEN AVE, ATT HEIDI HERINGTON, ROCHESTER, NY 14625

11305   THIEL, PHILIP, 2 BARGATE CT, BALTIMORE, MD 21212

11305   THOM, EDLU J, 6912 KONRAD CT, FRIENDSHIP, MD 20758

11305   THOM, TERESA ANN, 576 REESE CT #21, LIBBY, MT 59923

11305   THOMA INC, 1247 N CHURCH ST UNIT 5, MOORESTOWN, NJ 08057

11305   THOMAS EQUIPMENT, 2415 GARDNER RD, BROADVIEW, IL 60155

11305   THOMAS GOLDKAMP CO., 186 SOUTH MAIN, PO BOX 368, AMBLER, PA 19002

11305   THOMAS JR, KOSIT, 1011 ELIZABETH, WESTLAKE, LA 70669

11305   THOMAS PIPE AND SUPPLY CO, PO BOX 20007, PHOENIX, AZ 85036-0007

11305   THOMAS PUBLISHING CO, 5 PENN PLAZA, NEW YORK, NY 10001

11305   THOMAS SR, DARREL D, 5580 MANSFIELD ROAD #9, GARDEN CITY, KS 67846

11305   THOMAS WILLCOX CO INC, 15 N BACTON HILL RD, FRAZER, PA 19355

11305   THOMAS, BARBARA A, 1419 DEAN ST, SULPHUR, LA 70663

11305   THOMAS, BARBARA G, PO BOX 118, NEWALLA, OK 74857

11305   THOMAS, CHARLES F, 2210 SOUTHORN RD, BALTIMORE, MD 21220

11305   THOMAS, DAVID R, 1419 DEAN ST, SULPHUR, LA 70663

11305   THOMAS, DONALD F, 3481 KNIGHTON CHAPEL RD, FOUNTAIN INN, SC 29644

11305   THOMAS, JENNIFER L, 648 AIROSO RD SE, PALM BAY, FL 32909

11305   THOMAS, JOHN M, 1221 MCKINNEY #4550, HOUSTON, TX 77010

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    THOMAS, JOSEPH R, 2232 REID RD, OWENSBORO, KY 42303

11305    THOMAS, JOSEPH R, C/O JOSEPH THOMAS, 2232 REID RD, OWENSBORO, KY 42303

11305    THOMAS, MARCIA JO, 1386 E PEACOCK ST, MERIDIAN, ID 83642

11305    THOMAS, MICHAEL B, 8374 ALBACORE DR, PASADENA, MD 21122

11305    THOMAS, SHELIA, 14 CLOVERWOOD CT UNIT 302, BALTIMORE, MD 21221

11305    THOMASON, HELEN R, 113 PUTMAN ST, SIMPSONVILLE, SC 29681

11305    THOMPSON & KNIGHT, PO BOX 840017, DALLAS, TX 75284-0017

11305    THOMPSON EQUIPMENT CO INC, PO BOX 4189, NEW ORLEANS, LA 70178-4189

11305    THOMPSON FILTRATION PRODUCTS, INC, PO BOX 711, WASHINGTON, NC 27889

11305    THOMPSON, BILLY D, 1322 MEADOW LN, SULPHUR, LA 70663

11305    THOMPSON, DALE, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    THOMPSON, GENE CHARLES, 1524 MONROE ST NE, MINNEAPOLIS, MN 55413

11305    THOMPSON, JAMES C, 17 DORY CIRCLE, GOLDEN, CO 80403

11305    THOMPSON, JOHNNIE W, 1614 HWY 418, PELZER, SC 29669

11305    THOMPSON, LOLLIE A, 253 DOGWOOD DR, ANACOCO, LA 71403

11305    THOMPSON, PAUL E, 1304 E SHERRY DR, ROSSVILLE, GA 30741

11305    THOMPSON, ROY E, 7912 BILL REED RD, CHATTANOOGA, TN 37421

11305    THOMPSON, RUFUS, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305    THOMPSON, SAM, PO BOX 136, TWIN BRIDGES, MT 59754

11305    THOMPSON, SHAWNA FAITH, 1524 MONROE ST NE, MINNEAPOLIS, MN 55413

11305    THOMPSON, SLOAN NADENE, 1529 36TH AVE NE, HAVRE, MT 59501

11305    THOMPSON, VINCENT, 73 N 11TH ST, NEWARK, NJ 07107

11305    THOMS, FREDERICK J, 29 M C COBA ST APT 20, REVERE, MA 02151

11305    THOMSEN, BETTE A, 6820 SW 130TH AVE, BEAVERTON, OR 97008

11305    THOMSEN, TODD RAY, 6589 SW 123RD AVE, BEAVERTON, OR 97008

11305    THOMSEN, TRISHA ANN, 4200 SW 107TH AVE 2902, BEAVERTON, OR 97005

11305    THOMSON, EVA A, 259 REMPS RD (PO BOX 1343), LIBBY, MT 59923

11305    THOMSON, EVA A, PO BOX 1343, LIBBY, MT 59923

11305    THORNBLOOM, LEOLA A, 433 PARKLAND DR SE, CEDAR RAPIDS, IA 52403

11305    THORNTON, JOHN L, 32 WHITTIER RD, PAWTUCKET, RI 02861

11305    THORSRUD CANE & PAULICH INC PS, 1325 FOURTH AVE #1300, SEATTLE, WA 98101

11305    THRASHER, ANTHONY L, 206 MEADOWS AVE, GREENVILLE, SC 29605

11305    THRASHER, VIRGINIA L, 3460 PHEASANT CT, DECATUR, GA 30034

11305    THRONE, BRUCE, 3819 BAYONNE AVE, BALTIMORE, MD 21206

11305    THURMAN, ROSEMARIE ELIZABETH, 1803 W KNOX, SPOKANE, WA 99205

11305    THYSSEN DOVER ELEVATOR, PO BOX 340049, BOSTON, MA 02241-0049

11305    THYSSEN GENERAL ELEVATOR, PO BOX 7247-7662, BALTIMORE, MD 21203

11305    TIDEWATER SCALE SALES & SVC,INC, PO BOX 9032, BALTIMORE, MD 21222-0732

11305    TIERNEY, JOHN E, 9 GRASMERE LN, NASHUA, NH 03063

11305    TIERNEY, TERRY L, 218 PATRICIA LN, WRIGHTSTOWN, WI 54180

11305    TILLEY, JAMES A, 712 RAVENWOOD DR, GREENCASTLE, IN 46135

11305    TILLMAN, ALFRED, 202 BROOKHAVEN, CINCINNATI, OH 45215

11305    TIMBERLINE PLASTICS, 6255 DEXTER ST, COMMERCE CITY, CO 80022

11305    TIMBER-TECH COMPANY, 1055 WHITE MOUNTAIN HWY, MILTON, NH 03851-4443

11305    TIME EQUITIES INC, 55 FIFTH AVENUE 15TH FLOOR, NEW YORK, NY 10003

11305    TIMEBRIDGE TECHNOLOGIES, PO BOX 631713, BALTIMORE, MD 21263-1713

11305    TIMMINS JR, JESSE S, 605 CARL AVE, GLEN BURNIE, MD 21060

11305    TIMMONS JR, JOE M, 2596 FRIENDSHIP CHURCH RD, GRAY COURT, SC 29645

11305    TIMMONS JR, JOE MARION, 2596 FRIENDSHIP CHURCH ROAD, GRAY COURT, SC 29645

11305    TIMMONS, EVA D, 11 PHILLIPS AVE, GREENVILLE, SC 29609

11305    TIMMONS, JESSE R, 15 MILL CREEK RD, TRAVELERS REST, SC 29690

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   TIMMONS, JESSE RONALD, 15 MILLCREEK ROAD, TRAVELERS REST, SC 29690

11305   TIMMONS, RITA VENESA, 2596 FRIENDSHIP CHURCH ROAD, GRAY COURT, SC 29645

11305   TIMSON, JOHN, 14 CASTLEBRIDGE CT, HILTON HEAD ISLAN, SC 29928

11305   TINLEY PARK BOBCATS, PO BOX 488, TINLEY PARK, IL 60477

11305   TIPOLD, H, 1147 PLANTERS RD, LAWRENCEVILLE, VA 23868

11305   TIPOLD, HENRY, 1147 PLANTERS RD, LAWRENCEVILLE, VA 23868

11305   TIPTON, THOMAS R, 1608 W 3RD ST, OWENSBORO, KY 42301

11305   TIRONE, IRENE, 2458 LEIGHTON ST, FORT LEE, NJ 07024

11305   TISCHLER/KOCUREK, 107 S MAYS ST, ROUND ROCK, TX 78664

11305   TISEI, VIRGINIA, 48 CHURCH ST, WEST ROXBURY, MA 02132

11305   TLAPA, FRANK, 14425 KOMAR AVE, MIDLOTHIAN, IL 60445

11305   TLD DE PUERTO RICO, PO BOX 71314, SAN JUAN, PR 00936-8414

11305   TN AMERICAN WATER CO, LIZ BLACK, 5130 PARKWAY PLAZA BLVD, CHARLOTTE, NC 28217-1964

11305   TN DEPT OF ENVIR & CONSERV, C/O TN ATTY GENERAL, BANKRUPTCY & COLLECTION DIV, PO BOX 20207, NASHVILLE, TN 37202-0207

11305   TN DEPT OF ENVIR & CONSERV, C/O TN ATTY GENERAL, BANKRUPTCY & COLLECTIONS DIV, PO BOX 20207, NASHVILLE, TN 37202-0207

11305   TN DEPT OF ENVIRONMENT AND CONSERVATION -SUPERFUND, C/O TN ATTY GENERAL, BANKRUPTCY DIV, PO BOX 20207, NASHVILLE, TN 37202-0207

11305   TOBEY, BRUCE A, 21 ALPRILLA FARM RD, HOPKINTON, MA 01748

11305   TOBOLSKI, BEVERLY, 5153 S MENARD AVE, CHICAGO, IL 60638

11305   TOBOROWSKI, GERALD J, 3069 VILLAGE GREEN DR, AURORA, IL 60504

11305   TODD DISTRIBUTORS INC, PO BOX 468, LAURENS, SC 29360-0468

11305   TOEPFER, RICK J, 680 STONEWOOD RD, EAGAN, MN 55123

11305   TOLEDO EDISON, PO BOX 3639, AKRON, OH 44309-3639

11305   TOLLERSON, KENNETH E, 9255 GULLATT RD, PALMETTO, GA 30268

11305   TOLLEY, WILLIAM R, 1298 LOTTIE FOWLER RD, PRINCE FREDERICK, MD 20678

11305   TOLSON SR, DAVID A, 9180 DOUBLE HILLS RD, DENTON, MD 21629

11305   TOM CROWLEY ASSOCIATES INC, 30 TURNPIKE ST, WEST BRIDGEWATER, MA 02379

11305   TOMLIN, DARYL E, C/O DARYL TOMLIN, 5114 N 57TH ST, MILWAUKEE, WI 53218

11305   TONARELLI, RONALD W, C/O DOROTHY S TONARELLI, 4315 CORTEZ RD, BALTIMORE, MD 21225

11305   TONER, ETHEL M, 324 PARK AVE, ARLINGTON, MA 02476

11305   TONG, PEGGY LYNN, 58 PIONEER RD, NAPLES, ID 83847

11305   TONKO REALTY ADVISORS LTD, 72 TELUS PLAZA 10025 JASPER AVENUE, EDMONTON, AB    *VIA Deutsche Post*
T5J2B8CANADA

11305   TONY STONES IMAGES, D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094

11305   TOOHEY, DOROTHY T, 19 CHEROKEE RD, ARLINGTON, MA 02474-1946

11305   TOOL SHED,INC, THE, 901 POINSETT HWY, GREENVILLE, SC 29609

11305   TOOVEY, VALERIE A, 6562 BOCA DEL MAR DR #727, BOCA RATON, FL 33433

11305   TOP DRIVER INC, 140 SYLVAN AVE, ENGLEWOOD, NJ 07632

11305   TOPAZ ENGINEERING SUPPLY INC, 35 POND PARK ROAD, HINGHAM, MA 02043

11305   TORMEY, HARRY H, 2103 RIVERSIDE DR, LEAGUE CITY, TX 77573

11305   TORONOT DISTRICT SCHOOL BOARD, 401 ALLIANCE AVENUE, TORONTO, ON M6N2J1CANADA    *VIA Deutsche Post*

11305   TORONTO DISTRICT SCHOOL BOARD, 401 ALLIANCE AVENUE, TORONTO, ON M6N2J1CANADA    *VIA Deutsche Post*

11305   TORONTO DISTRICT SCHOOL BOARD, 50 HADRIAN DRIVE, TORONTO, ON M9W1V4CANADA    *VIA Deutsche Post*

11305   TORRENCE JR, FREDDIE, C/O FREDDIE TORRENCE, 5141 STAFFORD RD, BALTIMORE, MD 21229

11305   TORRENCE, FREDDIE, 5141 STAFFORD RD, BALTIMORE, MD 21229

11305   TORRES, JOSE, PO BOX 209, GUANICA, PR 00653

11305   TOSHIBA BUSINESS SOLUTIONS, 600 RESEARCH DR, WILMINGTON, MA 01887

11305   TOSI, LINDA A, 2044 W 4 ST, BROOKLYN, NY 11223

11305   TOTAL FIRE & SAFETY, 6808 HOBSON VALLEY DR, WOODRIDGE, IL 60517

11305   TOTAL IMAGING SYSTEMS, PO BOX 250, REDAN, GA 30074

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   TOTAL SAFETY/HAZCO, 11111 HWY 225, LA PORTE, TX 77571

11305   TOTTY, KENNETH J, 25 DYSON DR, SALEM, NH 03079

11305   TOWERS PERRIN, 1500 MARKET ST, CENTRE SQUARE E 20TH FL, PHILADELPHIA, PA 19102

11305   TOWN OF ACTON MASSACHUSETTS, C/O THOMAS O BEAN ESQ, 155 SEAPORT BLVD WORLD TRADE CENTER W, BOSTON, MA 02210

11305   TOWN OF ACTON MASSACHUSETTS, C/O THOMAS O BEAN ESQ, NUTTER MCCLENNEN & FISH LLP, 155 SEAPORT BLVD WORLD TRADE CENTER W, BOSTON, MA 02210

11305   TOWN OF ALFRED (ME), PO BOX 850, ALFRED, ME 04002

11305   TOWN OF CORNELIUS, PO BOX 399, CORNELIUS, NC 28031

11305   TOWN OF WINSHAM, COLLECTOR OF REVENUE, PO BOX 195, WILLIAMANTIC, CT 06226-0195

11305   TOWNES SR, LAWRENCE K, 823 WILDWOOD PKWY, BALTIMORE, MD 21229

11305   TOWNSHIP OF NORTH BERGEN, COLLECTOR OF TAXES, 4233 KENNEDY BLVD., NORTH BERGEN, NJ 07047

11305   TOWSON MEDICAL EQUIPMENT CO INC, C/O ALL MEDICAL, 8713 HARFORD RD, BALTIMORE, MD 21234

11305   TOYOTA MOTOR CREDIT CORP, 19001 S WESTERN AVE, PO BOX 2958 M/S FN 21, TORRANCE, CA 90509-2958

11305   TOYOTA MOTOR CREDIT CORP, 19001 SOUTH WESTERN AVE, PO BOX 2958, TORRANCE, CA 90509-2958

11305   TRAC-WORK INC,

11305   TRACY CONST., 8416 S. OKETO AVE., BRIDGEVIEW, IL 60455

11305   TRACY, RENEE LYNNE, 2909 W 2100 N, CLINTON, UT 84015

11305   TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487

11305   TRAHAN, DALE C, 5365 WINNER CIRCLE LN, VINTON, LA 70668

11305   TRAHAN, FLOYD YVONNE, C/O FLOYD L TRAHAN, 205 LELAND ST, SULPHUR, LA 70663-6627

11305   TRAHAN, JAMES H, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   TRAHAN, MARK G, 125 SUPERIOR RD, HACKBERRY, LA 70645

11305   TRAHAN, MARK V, 921 SPANISH MISSION TRL, LAKE CHARLES, LA 70605

11305   TRAHAN, TINA M, 1609 E LINCOLN RD, LAKE CHARLES, LA 70607

11305   TRAINQUE, DAVID, 168 LINCOLN ST, FITCHBURG, MA 01420

11305   TRAMCO PUMP CO, 1500 W ADAMS ST, CHICAGO, IL 60607

11305   TRAN, TUAN V, 51 IRVING ST, EVERETT, MA 02149

11305   TRANS CLEAN, 45 MAYFAIR PLACE, STRATFORD, CT 06615-6710

11305   TRANSCAT, C/O COMMERCIAL COLLECTION CORP OF NY, PO BOX 740, BUFFALO, NY 14217

11305   TRANS-COASTAL INDUSTRIES INC, PO BOX 88280, ATLANTA, GA 30356

11305   TRANSCON MARKETING CORP., 4215-4225 EASTERN AVE., BALTIMORE, MD 21224

11305   TRANSPORT INTERNATIONAL POOL INC, 75 REMITTANCE DR SUITE 1333, CHICAGO, IL 60675-1333

11305   TRAPP, JAYNE T, W268 HWY 59, ALBANY, WI 53502

11305   TRAVELERS CASUALTY AND SURETY COMPANY, ATTN: MICHAEL J EISELE ESQ, ENVIRONMENTAL LITIGATION GROUP, ONE TOWER SQ, HARTFORD, CT 06183

11305   TRAVELERS CASUALTY AND SURETY COMPANY, C/O MICHAEL J EISELE ESQ, ENVIRONMENTAL LITIGATION GROUP, ONE TOWER SQ, HARTFORD, CT 06183

11305   TRAVIS JR, DAVID W, 20302 NY 22, PETERSBURG, NY 12138

11305   TRAVIS SR, DAVID W, 473 FORD RD, OLD CHATHAM, NY 12136

11305   TREADCO, INC, 3007 NORTH 31ST AVE, PHOENIX, AZ 85017

11305   TREEN BOX & PALLET CORP, ATTN CHARLES E HICKS, PO BOX 368, BENSALEM, PA 19020

11305   TREFFERT, BRIAN, 33 SOUTH SIXTH STREET SUITE 4100, MINNEAPOLIS, MN 55402

11305   TREISCH, ETHEL L, PO BOX 355, SYKESVILLE, MD 21784

11305   TREL FLETCHNER, AQUATIC DREAMS AQUARIUMS, C/O GRACE DAVISON-N FEELEY, 5500 CHEMICAL RD., BALTIMORE, MD 21226

11305   TREMBLAY, CHARLES N, 4 BIGGAR AVE, WILMINGTON, MA 01887

11305   TREMBLAY, THOMAS, C/O STEPHEN C EMBRY ESQ, EMBRY & NEUSNER, 118 POQUONNOCK ROAD PO BOX 1409, GROTON, CT 06340

11305   TRENDSET, PO BOX 1109, MAULDIN, SC 29662-1109

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   TRENTLY, JENNIFER, 115 BENFIELD RD, SEVERNA PARK, MD 21146

11305   TREVINO, JESUS, PO BOX 3572, MCALLEN, TX 78501

11305   TRI COUNTY PETROLEUM, PO BOX 108, DEFIANCE, PA 16633-0108

11305   TRIBBLE, RODDRIQUEZ L, 401 KINGFISHER DR, SIMPSONVILLE, SC 29680

11305   TRIBBLE, RODDRIQUEZ LA`DELLE, 401 KINGFISHER DR, SIMPSONVILLE, SC 29680

11305   TRICO NON FERROUS METAL CO, 2309 WYANDOTTE RD, WILLOW GROVE, PA 19090

11305   TRI-COUNTY WATER, PO BOX 311, LAURENS, SC 29360

11305   TRIGGIANI, LEONARD V, 419 LE PROVENCE CIR, NAPERVILLE, IL 60540

11305   TRILLA STEEL DRUM CORPORATION, PO BOX 75239, CHICAGO, IL 60675

11305   TRIMPIN, ANDY W, 780 MARSTON CT, MILLERSVILLE, MD 21108

11305   TRIPLE S DYNAMICS, INC, PO BOX 151027, DALLAS, TX 75315-1027

11305   TRISTATE ELECTRICAL & ELECTRONICS SUPPLY, PO BOX 469, HAGERSTOWN, MD 21741-0469

11305   TRI-STATE FIRE & SAFETY EQUIPMENT, 1701 TRIPLETT ST, OWENSBORO, KY 42303

11305   TRI-STATE HYDRAULICS INC, PO BOX 5067, CHATTANOOGA, TN 37406

11305   TRI-STATE TECHNICAL SALES CORP, P.O. BOX 6009, SOUTHEASTERN, PA 19398-6009

11305   TRI-STATE TECHNICAL SALES CORP., 3601 COMMERCE DR., BLDG. 109, BALTIMORE, MD 21227

11305   TRI-STATE TECHNICAL SALES, PO BOX 13700, PHILADELPHIA, PA 19191-1095

11305   TROSCLAIR, GERALDINE, PO BOX 693, WESTLAKE, LA 70669

11305   TROUTH AIR CONDITIONING & SHEE, 1212 WHITAKER ST., SULPHUR, LA 70663

11305   TROY CHEMICAL, DEPT. AT 40021, ATLANTA, GA 31192-0021

11305   TRUCK SERVICES, PO BOX 2836, AIKEN, SC 29802

11305   TRUIETT, WALTER, PO BOX 12793, BALTIMORE, MD 21217

11305   TRUSTEES OF THE UNIVERSITY OF PENN,

11305   TSF COMPANY INC, 2930 S ST. PHILLIPS RD, EVANSVILLE, IN 47712

11305   TSI INC, 500 CARDIGAN RD, ATTN TAMMI OLESEN, SHOREVIEW, MN 55126

11305   TSI SOLUTIONS, 2220 CENTRE PARK COURT, STONE MOUNTAIN, GA 30087

11305   TUCCI, DANIEL P, FIVE E 22ND ST # 17C, NEW YORK, NY 10010

11305   TUCKER, BOBBY G, 1925 FAWN DR, OWENSBORO, KY 42303

11305   TUCKER, JOHN D, 1871 WOODRIDGE COVE, GERMANTOWN, TN 38138

11305   TUCKER, PATRICIA T, 219 WARFIELD RD, GLEN BURNIE, MD 21060

11305   TUCKER, PATRICIA T, C/O PATRICIA TUCKER, 219 WARFIELD RD, GLEN BURNIE, MD 21060

11305   TUCKER, RAYMOND C, 308 PARSONAGE ROAD, GRAY COURT, SC 29645

11305   TULCO, INC, PO BOX 1053, SULPHUR, LA 70664

11305   TURBEVILLE, PAMELA J, 1340 N STATE PKWY 1 S, CHICAGO, IL 60610

11305   TURBEVILLE, PAMELA J, 1340 N STATE PKWY 1S, CHICAGO, IL 60610

11305   TURF DYNAMICS, ATTN: DON HOLDAWAY, 4450 S CHEROKEE ST, ENGLEWOOD, CO 80110

11305   TURNER COMPANY LLC, C/O KIRK A PATRICK III, PO BOX 3656, BATON ROUGE, LA 70821

11305   TURNER INDUSTRIAL SERVICES, C/O KIRK A PATRICK III, PO BOX 3656, BATON ROUGE, LA 70821

11305   TURNER INDUSTRIAL TECHNICAL CORP, C/O KIRK A PATRICK III, PO BOX 3656, BATON ROUGE, LA 70821

11305   TURNER SR, JACK C, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   TURNER, ALLEN, 9629 HICKORY HURST DR, BALTIMORE, MD 21236

11305   TURNER, BETTY, 76950 DEWEY DR, GROSSE TETE, LA 70740

11305   TURNER, BOBBY R, 404 WESTON ST, FOUNTAIN INN, SC 29644

11305   TURNER, JAMES E, 5307 CHRYSLER AVE, BALTIMORE, MD 21207

11305   TURNER, KERI, 8086 WATERLILY AVE, NAMPA, ID 83687

11305   TURNER, MICHAEL R, 11102 GETTYSBURG DR, ALTA LOMA, CA 91737

11305   TURNER, ROBERT P, 79020 CARMEL CIR, LA QUINTA, CA 92253

11305   TURNER, VERNON, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   TURNERS STEEL PRODUCTS INC, PO BOX 101524, BIRMINGHAM, AL 35210

11305   TUSCARORA INCORPORATED, PO BOX 360893, PITTSBURGH, PA 15251-6893

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   TUZIKS 95H BAKERY, 4955 W 95TH ST, OAK LAWN, IL 60453

11305   TWEHOUS, VIRGIL O, 1006 PAUL ST, SAINT PAUL, NE 68873

11305   TWOOMEY, DONNA SUE, 24W440 BURLINGTON ROAD, NAPERVILLE, IL 60563

11305   TXU ELECTRIC COMPANY, C/O LOIS J DURAN, PO BOX 650393, DALLAS, TX 75265

11305   TXU ELECTRIC, PO BOX 100001, DALLAS, TX 75310-0001

11305   TXU ELECTRIC, PO BOX 100001, DALLAS, TX 75310-0001

11305   TXU GAS COMPANY, C/O LOIS J DURAN, PO BOX 650393, DALLAS, TX 75265

11305   TYCO HEALTHCARE GROUP LP, 15 HAMPSHIRE S, MANSFIELD, MA 02048

11305   TYCO HEALTHCARE GROUP LP, 15 HAMPSHIRE ST, MANSFIELD, MA 02048

11305   TYCO HEALTHCARE GROUP LP, ATTN LAWRENCE T WEISS ESQ, 15 HAMPSHIRE ST, MANSFIELD, MA 02048

11305   TYCO VALVES, DEPT CH 10071, PALATINE, IL 60055-0071

11305   TYLER, ANITA L, 1312 ACORN RIDGE CT, EDGEWOOD, MD 21040

11305   TYLER, RUBY S, 1117 MARIA DR, SULPHUR, LA 70663

11305   TYRAN, JOHN S, 22424 MARTIN RD, SAINT CLAIR SHORE, MI 48081-2583

11305   TYSL, THOMAS J, 19 PANORAMA TRL, TROPHY CLUB, TX 76262

11305   U S EQUIPMENT CO. INC., PO BOX 15325, LOS ANGELES, CA 90015

11305   U S LIQUIDS OF GEORGIA, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305   U S OFFICE PRODUCTS, PO BOX 30008, NASHVILLE, TN 37241-0008

11305   U.S. CAN COMPANY, FILE #99450, PO BOX 99450, CHICAGO, IL 60693-9450

11305   U.S. OFFICE & INDUSTRIAL SUPPLY, PO BOX 10540, CANOGA PARK, CA 91309

11305   U.S. OFFICE PRODUCTS, 2604 SISSON ST, BALTIMORE, MD 21211

11305   UCAR GRAPH-TECH, PO BOX 2745, COLLECTION CTR DR, CHICAGO, IL 60693-2745

11305   UDVARI, EMERY J, 3814 S BAHAMA ST, AURORA, CO 80013-3611

11305   UELANDI, JOAN L, 89 RUTLAND RD, GLEN ROCK, NJ 07452

11305   UFAC, PO BOX 89402, CLEVELAND, OH 44101-6402

11305   UHRIN, DENISE M, 505 NEWBERRY CT, JOPPA, MD 21085

11305   ULEN, ANGELA M, HOOPER MEMORIAL HOME INC, 3532 WALNUT ST, HARRISBURG, PA 17109

11305   ULIANO, JOSEPH, 7 TRUDY TER, CANTON, MA 02021

11305   ULINE, 2200 S LAKESIDE DR, WAUKEGAN, IL 60085

11305   ULINE, 2200 S. LAKESIDE DR-ACCCOUNTS REC., WAUKEGAN, IL 60085

11305   UMALI, JENNIFER L, 91 BRAND ST, ARLINGTON, MA 02474

11305   UNDERWOOD AIR SYSTEMS INC, ATTN: DONNA COLE, PO BOX 44261, ATLANTA, GA 30336

11305   UNDERWRITERS LABORATORIES, INC, PO BOX 75330, CHICAGO, IL 60675-5330

11305   UNI INC JAMES EDWARD IDOINE PRESIDENT, 904 S HERMOSILLO, PAYSON, AZ 85541

11305   UNICCO SERVICE COMPANY, INC, PO BOX 3935, BOSTON, MA 02241-3935

11305   UNIDEX GROUP INC, 797 GLENN AVE, WHEELING, IL 60090

11305   UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K, 701 NORTH 7TH STREET STE 532, KANSAS CITY, KS 66101

11305   UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K, 701 NORTH 7TH STREET SUITE 532, KANSAS CITY, KS 66101

11305   UNIFIRST CORP, 68 JONSPIN RD, WILMINGTON, MA 01887

11305   UNIFIRST CORPORATION, MICHAEL J PAPPONE PC, GOODWIN PROCTER LLP, EXCHANGE PLACE, BOSTON, MA 02109

11305   UNION CARBIDE CORPORATION, C/O ANNE MARIE P KELLEY ESQ, DILWORTH PAXSON LLP, LIBERTYVIEW - STE 700, PO BOX 2570, CHERRY HILL, NJ 08034

11305   UNION PROCESS, P O BOX 75753, CLEVELAND, OH 44101-4755

11305   UNIROYAL CHEMICAL CO., PO BOX 7247-8429, PHILADELPHIA, PA 19170-8429

11305   UNIROYAL INC, C/O MICHAEL R LASTOWSKI ESQ, RALPH N SIANNI ESQ, DUANE MORRIS LLP, 1100 N MARKET ST STE 1200, WILMINGTON, DE 19801

11305   UNISOURCE - MID-ATLANTIC LOCKBOX, MID-ATLANTIC LOCKBOX, PO BOX 360100, PITTSBURGH, PA 15251-6100

11305   UNISOURCE MAINT SUPPLY SYSTEMS, FILE 55390, LOS ANGELES, CA 90074-5390

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | UNISOURCE WORLDWIDE INC, NORTHEAST LOCKBOX, PO BOX 360051, PITTSBURGH, PA 15250-6051 | |
| 11305 | UNISOURCE WORLDWIDE, 7568 COLLECTION CENTER DR, CHICAGO, IL 60693 | |
| 11305 | UNISOURCE, 4151 WOODCOCK DRIVE, JACKSONVILLE, FL 32207 | |
| 11305 | UNISTRUT NORTHERN, DEPT CH 10230, PALATINE, IL 60055-0230 | |
| 11305 | UNITED AIR SPECIALISTS INC, SOUTHERN CALIFORNIA, 1121 NO KRAEMER PLAZA, ANAHEIM, CA 92806-1923 | |
| 11305 | UNITED DAIRY MACHINERY CORP., PO BOX 257, BUFFALO, NY 14224 | |
| 11305 | UNITED DISTILLERS MANUFACTURING INC, C/O W PATRICK STALLARD, STITES & HARBISON, 400 W MARKET ST STE 1800, LOUISVILLE, KY 40202 | |
| 11305 | UNITED ELECTRIC SUPPLY CO, INC, PO BOX 8500-6340, PHILADELPHIA, PA 19178-6340 | |
| 11305 | UNITED ENERGY PRODUCTS INC, 2138 PRIEST BRIDGE CT STE 1, CROFTON, MD 21114 | |
| 11305 | UNITED FENCE COMPANY, 722 WEST 49TH ST, CHICAGO, IL 60609 | |
| 11305 | UNITED LIFT TRUCK, 1100 S 25TH AVE, BELLWOOD, IL 60104 | |
| 11305 | UNITED MEDICAL TECHNOLOGIES, 9002 RED BRANCH ROAD, COLUMBIA, MD 21045 | |
| 11305 | UNITED RENTALS (NORTH AMERICA) INC, 5025 40TH AVE, HUDSONVILLE, MI 49426 | |
| 11305 | UNITED RENTALS, 5 TERRI LANE, SUITE 1, BURLINGTON, NJ 08016 | |
| 11305 | UNITED RENTALS, ATTN BARBARA GARCIA, 525 JULIE RIVERS DR #200, SUGAR LAND, TX 77478 | |
| 11305 | UNITED STATES CONTAINER CORPORATION, ATTN: MARY FREEMAN, 4950 S SANTA FE AVE, VERNON, CA 90058 | |
| 11305 | UNITED STATES DOD, C/O MARK BARTA, DFAS-CO/G, PO BOX 182317, COLUMBUS, OH 43218 | |
| 11305 | UNITED STATES GYPSUM CO, 125 S FRANKLIN ST, CHICAGO, IL 60606 | |
| 11305 | UNITED STATES GYPSUM COMPANY, 125 S FRANKLIN STREET, CHICAGO, IL 60606 | |
| 11305 | UNITED STATES OF AMERICA, C/O JAMES D FREEMAN ESQ, ENV ENFORCEMENT SECTION, 999 18TH ST STE 945 NORTH TOWER, DENVER, CO 80202-2449 | |
| 11305 | UNITED STATES PLASTIC CORP., 1390 NUEBRECHT ROAD, LIMA, OH 45801-3196 | |
| 11305 | UNITED STEELWORKERS OF AMERICA AFL-CIO CLC, FIVE GATEWAY CENTER ROOM 807, ATTN: DAVID R JURY, PITTSBURGH, PA 15222 | |
| 11305 | UNITED WATER NEW JERSEY, PO BOX 139, NEWARK, NJ 07101-0139 | |
| 11305 | UNITED WAY OF THE OHIO VALLEY, 403 PARK PLAZA DR, OWENSBORO, KY 42301 | |
| 11305 | UNIV OF MARYLAND, BALTIMORE COUNTY, 1000 HILLTOP CIRCLE, RM. 302A, BALTIMORE, MD 21250-5394 | |
| 11305 | UNIVAR USA INC F/K/A VOPAK USA INC, ATTN: ALISA JERAULD, PO BOX 34325, SEATTLE, WA 98124-1325 | |
| 11305 | UNIVERSAL/NIMROD, PO BOX 30499, HARTFORD, CT 06150-0499 | |
| 11305 | UNIVERSITY OF DELAWARE-CCST, NEWARK, DE 19716 | |
| 11305 | UNIVERSITY OF GUELPH, 488 GORDON STREET, GUELPH, ON N1G2W1CANADA | *VIA Deutsche Post* |
| 11305 | UNIVERSITY OF SASKATCHEWAN, ARTS BUILDING 9 CAMPUS DR., SASKATOON, SK S7N5A5CANADA | *VIA Deutsche Post* |
| 11305 | UNIVERSITY OF SASKATCHEWAN, HEALTH SCIENCE 107 WIGGINS ROAD, SASKATOON, SK S7N5E5CANADA | *VIA Deutsche Post* |
| 11305 | UNIVERSITY OF SASKATCHEWAN, LUTHERAN THEOLOGICAL SEM 114 SEMINARY CRES, SASKATOON, SK S7N0X3CANADA | *VIA Deutsche Post* |
| 11305 | UNIVERSITY OF SASKATCHEWAN, PHYSICS BUILDING 116 SCIENCE PLACE, SASKATOON, SK S7N5E2CANADA | *VIA Deutsche Post* |
| 11305 | UNIVERSITY OF TORONTO, 215 HURON STREET, TORONTO, ON M5S1A1CANADA | *VIA Deutsche Post* |
| 11305 | UNIVERSITY OF WESTERN ONTARIO, 31151 RICHMOND STREET, LONDON, ON N6A4B8CANADA | *VIA Deutsche Post* |
| 11305 | URANIS, RICHARD BRUCE, 8927 BEECH DALY, TAYLOR, MI 48180 | |
| 11305 | URBAN, MARY H, 220 HIGH COUNTRY DR, PINEVILLE, LA 71360 | |
| 11305 | URGO, CARMEL A, 35 DORCHESTER DR, BASKING RIDGE, NJ 07920 | |
| 11305 | URS CORP/DAMES & MOORE, PO BOX 121028, SALT LAKE CITY, UT 84107 | |
| 11305 | URS CORPORATION SUCCESSOR TO RADIAN INTL, ATTN: MICHAEL A STEUER ESQ, 130 ROBIN HILL RD, SANTA BARBARA, CA 93117 | |
| 11305 | URS CORPORATION, DEPT 1028, PO BOX 121028, DALLAS, TX 75312-1028 | |
| 11305 | URS DAMES & MOORE, FILE # 52627, LOS ANGELES, CA 90074-2627 | |
| 11305 | URS GREINER WOODWARD CLYDE, PO BOX 39000, SAN FRANCISCO, CA 94139-5964 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305　URS/BRW, FILE 54967, LOS ANGELES, CA 90074-4967

11305　URSO, ANNA, 5254 S MEADE AVE, CHICAGO, IL 60638-1429

11305　US DEPT OF COMMERCE BUREAU OF INDUSTRY & SECURITY, 14TH ST & CONSTITUTION AVE NW RM 3839, ATTN: CHRISTINE LEE, WASHINGTON, DC 20230

11305　US FILTER CORP, 10 TECHNOLOGY DRIVE, LOWELL, MA 01851

11305　US INTERNATIONAL SERVICES LTD, 113 KRESSON-GIBBSBORO RD, VOORHEES, NJ 08043

11305　US SILICA CO OF ILLINOIS, 701 BOYCE MEMORIAL DR., OTTAWA, IL 61350

11305　US SILICA, PO BOX 360038, PITTSBURGH, PA 15250-6038

11305　USALCO, (FORMERLY US ALUMINATE), 9411 PHILADELPHIA RD STE H, BALTIMORE, MD 21237

11305　USP, 12601 TWINBROOK PKWY, ROCKVILLE, MD 20852

11305　USREFRESH-ATLANTA/COFFEE BUTLER, 2000 COBB INTERNATIONAL BLVD, KENNESAW, GA 30152

11305　USSERY, WALTER N, 7005 OLD CHAPEL DR, BOWIE, MD 20715

11305　USTA, NIZAM, 40 SKILTON LN, BURLINGTON, MA 01803

11305　USX ENGINEERS AND CONSULTANTS INC, 4000 TECHNICAL DR, ATTN GARY R STADELMAN, MONROEVILLE, PA 15146

11305　UTAH POWER LIGHT, PO BOX 25308, SALT LAKE CITY, UT 84125-0308

11305　UTAH POWER, 1033 N.E. 6TH AVE, PORTLAND, OR 97256-0001

11305　UTASI, MICHAEL G, 16 LYON LN, FRANKLIN PARK, NJ 08823

11305　UTILITY COST MANAGEMENT CONSULTANTS, 200 S ORCHARD DR SUITE #1, NORTH SALT LAKE, UT 84054

11305　UTILITY SPECIALIST, INC, 113 EAST COLLEGE ST., SIMPSONVILLE, SC 29681

11305　UTTENREITHER, DON F, 202 ASHWOOD RD, BALTIMORE, MD 21222

11305　UUNET TECHNOLOGIES, DEPT - L-390, COLUMBUS, OH 43260

11305　V & H EXCAVATING CO INC, 402 NORBEH DR, HEBRON, IN 46341-8501

11305　VACCARINO, JOSEPH E, 1097 SACRAMENTO CT, SYKESVILLE, MD 21784

11305　VAIDYA, BHASKER L, 2412 FLEETWOOD AVE, BALTIMORE, MD 21214

11305　VALENCIA, LENORE D, 2463 DESERT OAK DR, PALMDALE, CA 93550

11305　VALENITE INC, 1464 SOLUTIONS CENTER, CHICAGO, IL 60677-1004

11305　VALENTINE, JON M, 403 EVERGREEN RD, SEVERNA PARK, MD 21146

11305　VALERON STRENGTH FILMS, 9505 BAMBOO RD, HOUSTON, TX 77041

11305　VALLAR, ANTHONY, 1432 KENSIGTON DR APT 202, HAGERSTOWN, MD 21742

11305　VALLETTE, RICHARD S, 117 W LEE, SULPHUR, LA 70663

11305　VALLETTE, SHANON, 117 W LEE, SULPHUR, LA 70663

11305　VALLETTE, STEPHEN K, 453 BURTON SHIPYARD RD, SULPHUR, LA 70665

11305　VALLEY MACHINE WORKS, 701 WEST JACKSON ST, PHOENIX, AZ 85007-3189

11305　VALLIER, MAGGIE, 3038 GEN MARSHALL DR, LAKE CHARLES, LA 70615

11305　VALU-LODGE OF NEW PORT RICHEY INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084

11305　VALVAX CORPORATION, PO BOX 640917, CINCINNATI, OH 45264-0917

11305　VAN DELFT-HAYTEMA, ANKIE, RONALD D WILSON, PO BOX 1976, 5 BROAD ST, SUMTER, SC 29151-1976

11305　VAN FLEET, GREGORY J, 10 BRETON RD, UPTON, MA 01568

11305　VAN GORDER, BRUCE ROBERT, 1370 N HOLLY, CANBY, OR 97013

11305　VAN LONDON COMPANY, INC, 6103 GLENMONT DR., HOUSTON, TX 77081

11305　VAN NOTE, LESTER DALE, 2014 E. 1ST AVENUE, SPOKANE, WA 99202

11305　VAN OVER, JAMES L, 2303 BALLANTRAE DR, COLLEYVILLE, TX 76034

11305　VAN PATTEN, FRED, C/O STEPHEN C EMBRY ESQ, EMBRY & NEUSNER, 118 POQUONNOCK ROAD PO BOX 1409, GROTON, CT 06340

11305　VAN REMOORTERE, FRANCOIS P, 8213 BURNING TREE RD, BETHESDA, MD 20817

11305　VAN RYSULK, PAUL, 1927 UNIVERSITY AVENUE NE, MINNEAPOLIS, MN 55418

11305　VANADOU, JAMES G,

11305　VANBUSSUM, DEBORAH A, 3836 SPRINGMEADOW DR, OWENSBORO, KY 42303

11305　VANBUSSUM, DEBORAH A, C/O DEBORAH VANBUSSUM, 3836 SPRINGMEADOW DR, OWENSBORO, KY 42303

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 11305 | VANCE, GRACE S, MAHONEY COHEN & CO, 1065 AVE OF THE AMERICAS - 12TH FL, NEW YORK, NY 10018 | |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, BC PAVILION @ HASTINGS PARK 3475 E. HASTINGS, VANCOUVER, BC V5K2A5CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, DOUGLAS PARK CC 801 WEST 22ND AVENUE, VANCOUVER, BC V5Z1Z8CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, HASTINGS CC 3096 EAST HASTINGS STREET, VANCOUVER, BC V5K2A3CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, KERRISDALE CC 5851 WEST BOULEVARD, VANCOUVER, BC V6M3W9CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, KILLARNEY CC 6260 KILLARNEY STREET, VANCOUVER, BC V5S2X7CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, MARPOLE OAK CC 990 WEST 59TH AVENUE, VANCOUVER, BC V6P1X9CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, MT PLEASANT CC 3161 ONTARIO STREET, VANCOUVER, BC V5T2Z1CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, RENFREW CC 2929 EAST 22ND AVENUE, VANCOUVER, BC V5M2Y3CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, RILEY PARK POOL & CC 50 EAST 30TH AVENUE, VANCOUVER, BC V5V2T9CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, RUPERT PARK PITCH & PUTT EAST 1ST AVENUE, VANCOUVER, BC V5M1C1CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, STANLEY PARK PAVILION REST. PIPE LINE ROAD, VANCOUVER, BC V6A4C8CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, SUNSET CC 404 EAST 51ST AVENUE, VANCOUVER, BC V5X1C7CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, TROUT LAKE CC 3350 VICTORIA DRIVE, VANCOUVER, BC V5N4M4CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER BOARD OF PARKS AND RECREATION, WEST END CC 870 DENMAN STREET, VANCOUVER, BC V6G2L8CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER COASTAL HEALTH AUTHORITY, LIONS GATE HOSPITAL 231 EAST 15TH ST., NORTH VANCOUVER, BC V7L2L7CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER COASTAL HEALTH AUTHORITY, POWELL RIVER GENERAL HSP 5871 ARBUTUS AVE, POWELL RIVER, BC V8A4S3CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER COASTAL HEALTH AUTHORITY, UBC DETWILLER PAVILION 2255 WESBROOK MALL, VANCOUVER, BC V6T2A1CANADA | *VIA Deutsche Post* |
| 11305 | VANCOUVER COASTAL HEALTH AUTHORITY, VANCOUVER GENERAL HOSPITAL 855 W. 12TH AVE., VANCOUVER, BC V5Z1M9CANADA | *VIA Deutsche Post* |
| 11305 | VANDEN HEUVEL, WARREN D, 1020 ALDRIN ST, DE PERE, WI 54115 | |
| 11305 | VANDER HEY III, GEORGE, 444 LOUISIANA AVE, SULPHUR, LA 70663 | |
| 11305 | VANDER PLOEG, W G, 203 WEATHERBY DR, GREENVILLE, SC 29615 | |
| 11305 | VANDERBURGH COUNTY TREASURER, PO BOX 77, EVANSVILLE, IN 47701-0077 | |
| 11305 | VANDERSLICE, THOMAS A, PO BOX 2072, 280 GRAND ISLAND DR, OSTERVILLE, MA 02655 | |
| 11305 | VANDERWOOD, RANDY, 1337 ADAMS STREET NE, MINNEAPOLIS, MN 55413 | |
| 11305 | VANDIVER, ARVIN, BOX 71, CALHOUN, KY 42327 | |
| 11305 | VANGA, SRINIVASA R, 3159-201 PINE ORCHARD LN, ELLICOTT CITY, MD 21042 | |
| 11305 | VANREMOORTERE, FRANCOIS P, 8213 BURNING TREE RD, BETHESDA, MD 20817 | |
| 11305 | VANS INDUSTRIAL, 231 CONDIT ST, HAMMOND, IN 46320 | |
| 11305 | VANTON PUMP & EQUIPMENT, 201 SWEETLAND AVE, HILLSIDE, NJ 07205-1793 | |
| 11305 | VARN, LEAMON Q, 1777 PIQUET CT, MIDDLEBURG, FL 32068 | |
| 11305 | VASQUEZ, BALDEMAR, 21965 SR 119, GOSHEN, IN 46526 | |
| 11305 | VAUGHAN, ROBERT T, 46 SPEAR ST, MELROSE, MA 02176 | |
| 11305 | VAUGHN, BETTIE G, 2313 PIN OAK DR, OWENSBORO, KY 42303 | |
| 11305 | VAUGHN, DAVID R, 102 CHANTEMAR CT, SIMPSONVILLE, SC 29681 | |
| 11305 | VAUGHN, DIANE M, 50 KNOWLES RD, WATERTOWN, MA 02472 | |
| 11305 | VAUGHN, DONALD C, C/O DONALD VAUGHN, 6741 WOODLEY RD, BALTIMORE, MD 21222 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305  VEATOR JR, LAURENCE R, 8 COVE WAY, GLOUCESTER, MA 01930

11305  VEGA, ORLANDO, 3101 S FAIRVIEW ST #121, SANTA ANA, CA 92704

11305  VEGA, RODOLFO, 334 E ADAMS, SANTA ANA, CA 92707

11305  VELOCITY EXPRESS, PO BOX 71245, CHICAGO, IL 60694-1245

11305  VENABLE BAETJER & HOWARD LLP, PO BOX 630798, BALTIMORE, MD 21263-0798

11305  VENABLE BAETJER AND HOWARD, 2 HOPKINS PLAZ, BALTIMORE, MD 21201-2978

11305  VENISSAT, CHARLES O, 431 LOUISIANA AVE, SULPHUR, LA 70663

11305  VENTURA, DANIEL S, 28 OLD PINE ISLAND RD, NEWBURY, MA 01951

11305  VENTURE PACKING & DISTRUBUTION CO, 6930-A SAN TOMAS RD., ELKRIDGE, MD 21075-6215

11305  VERGOPOULOS, VASILEIOS, 10514 DORCHESTER WAY, WOODSTOCK, MD 21163

11305  VERHELST, CONRAD L, 1704 CRIMSON CT, DE PERE, WI 54115

11305  VERIZON CALIFORNIA, PO BOX 30001, INGLEWOOD, CA 90313-0001

11305  VERIZON NORTH, C/O AFNI VERIZON, 404 BROCK DRIVE, BLOOMINGTON, IL 61701

11305  VERIZON SOUTHWEST, PO BOX 920041, DALLAS, TX 75392-0041

11305  VERIZON, 185 FRANKLIN ST RM 903, BOSTON, MA 02110

11305  VERIZON, ATTN: LAURA MURRAY, PO BOX 588, FAIR LAWN, NJ 07410

11305  VERIZON, BOX 8585, PHILADELPHIA, PA 19173-0001

11305  VERIZON, P.O. BOX 4833, TRENTON, NJ 08650-4833

11305  VERIZON, PO BOX 15150, WORCESTER, MA 01615-0150

11305  VERIZON, PO BOX 17577, BALTIMORE, MD 21297-0513

11305  VERIZON, PO BOX 28007, LEHIGH VALLEY, PA 18002-8007

11305  VERIZON, PO BOX 3025, BALTIMORE, MD 21297-0513

11305  VERIZON, PO BOX 4833, TRENTON, NJ 08650-4833

11305  VERIZON, PO BOX 646, BALTIMORE, MD 21265-0646

11305  VERIZON, PO BOX 646, WILMINGTON, DE 19896-0001

11305  VERMILLON, ROSE, 3817 S CALIFORNIA AVE, CHICAGO, IL 60632

11305  VERMONT SMITH, VALERIE, 127 MACFARLANE DR, DELRAY BEACH, FL 33483

11305  VERNON, JAMES R, 2808 RAMBLING PATH, ANDERSON, SC 29621

11305  VERRETTE, PATRICK G, 6832 CALDER ST, LAKE CHARLES, LA 70605

11305  VERTEX INC, 1041 OLD CASSATT RD, BERWYN, PA 19312-1151

11305  VERTREES, PATRICIA G, 6964 LUTHER TAYLOR RD, PHILPOT, KY 42366

11305  VERTUCCI, CHRISTINE L, 3825 CHELSE CT, JOLIET, IL 60431

11305  VIACOM INC, 11 STANWIX STREET, PITTSBURGH, PA 15222

11305  VIATEL SERVICES INC, PO BOX 9201, UNIONDALE, NY 11555-9201

11305  VIC SYSTEMS INTERNATIONAL INC, PO BOX 9354, SHAWNEE MISSION, KS 66201

11305  VI-CHEM INC, 7210 NW 77TH ST, MEDLEY, FL 33166

11305  VICK, JESSE J, 128 DALES WAY DR, PASADENA, MD 21122

11305  VICTORIA, RUSSELL A, 6500 W 102ND PL, CHICAGO RIDGE, IL 60415

11305  VIDEO MONITORING SERVICES OF AMERICA LP, 330 W 42ND ST, NEW YORK, NY 10036

11305  VIERA, RICHARD WILLIAM, 9552 WEST WESLEY DRIVE, DENVER, CO 80227

11305  VIGNA, GUS, 5765 WHITE AVE., BALTIMORE, MD 21206

11305  VIKING OFFICE PRODUCTS, PO BOX 30488, LOS ANGELES, CA 90030-0488

11305  VIKING TECHNOLOGIES INC, ATTN: RONALD E NEWQUIST PRES, 13004 TILDEN AVE N, CHAMPLIN, MN 55316-1122

11305  VILJOEN, DEBRA, 135 GATEWOOD DR, AIKEN, SC 29801

11305  VILLA ROSA, 5786 S. ARCHER, CHICAGO, IL 60638

11305  VILLAGE OF BEDFORD PARK, PO BOX 128, BEDFORD PARK, IL 60501-0128

11305  VILLANUEVA, MODESTA G, 2463 DESERT OAK DR, PALMDALE, CA 93550

11305  VINCENT TULLINO AND PHILOMENA TULLINO, C/O LARKIN AXELROD TRACHTE & TETENBAUM LLP, 34 ROUTE 17K, NEWBURGH, NY 12250

11305  VINCENT, JOAN, 22022 CIMARRON PKWY APT 1027, KATY, TX 77450

11305  VINCENT, MELVIN J, 771 W DAVE DUGAS RD, SULPHUR, LA 70665

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305  VINIKOOR, ABRAM L, 5236 38TH AVE NE, SEATTLE, WA 98105

11305  VINSON & ELKINS LLP, ATTN: LYDIA PROTOPAPAS, 2300 FIRST CITY TOWER, 1001 FANNIN, HOUSTON, TX 77002-6760

11305  VIRGINIA DEPT OF MENT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1797, RICHMOND, VA 23218

11305  VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1787, RICHMOND, VA 23218

11305  VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1797, RICHMOND, VA 23218

11305  VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET PO BOX 1797, RICHMOND, VA 23218

11305  VISSER, ANDREW G, C/O ANDREW VISSER, 5 OAK RIDGE DR, CHARLTON, MA 01507

11305  VISTA VERDE LANDSCAPING, PO BOX 582, TUSTIN, CA 92781-0582

11305  VITALE, ANTHONY P, 8 MASSASOIT RD, NASHUA, NH 03063

11305  VJESTICA, MICHAEL, 9759 IVY LN, MUNSTER, IN 46321

11305  VO, KYSON, 100 STOW ST, WALTHAM, MA 02453

11305  VOGEL, ANNETTE KATHRINE, 4941 ST CROIX TRL, NORTH BRANCH, MN 55056

11305  VOLKMAN, KENNETH H, 275 IRIS DR, PASADENA, MD 21122

11305  VOLKMAN, KENNETH, 275 IRIS DR, PASADENA, MD 21122

11305  VOLOVSEK, ANTON F, RT 2 BOX 200 # 42, KAMIAH, ID 83536

11305  VON WAHLDE, ROBERT C, 1644 SANBORN DR, CINCINNATI, OH 45215

11305  VS VIRKLER & SON,INC, 7701 WEST ST., LOWVILLE, NY 13367

11305  V-SPAN INC, 1100 FIRST AVE STE 400, ATTN CONTROLLER, KING OF PRUSSIA, PA 19406

11305  VULCAN MATERIALS CO., PO BOX 101364, ATLANTA, GA 30392

11305  VULCAN PERFORMANCE CHEMICALS, PO BOX 945518, ATLANTA, GA 30394-5518

11305  VWR SCIENTIFIC PRODUCTS CORP, .PO BOX 640169, PITTSBURGH, PA 15264-0169

11305  VWR SCIENTIFIC PRODUCTS, PO BOX 626, BRIDGEPORT, NJ 08014

11305  VWR SCIENTIFIC, DIVISION OF VWR CORP., PO BOX 640169, PITTSBURGH, PA 15264-0169

11305  VWR SCIENTIFIC, PO BOX 640169, PITTSBURGH, PA 15264-0169

11305  W K MERRIMAN INC, 7038 RIVER RD, PITTSBURGH, PA 15225

11305  W S TYLER, PO BOX 632504, CINCINNATI, OH 45263-2504

11305  W S TYLER, SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614

11305  W. J. MALONEY PLUMBING CO. INC, 9119 NORTH 7TH ST. STE.103, PHOENIX, AZ 85020

11305  W. R. GRACE & CO., 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305  W. R. GRACE & CO.-CONN., 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305  W. R. GRACE (PHILIPPINES) INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044

11305  W. R. GRACE CAPITAL CORPORATION, 7500 GRACE DR, COLUMBIA, MD 21044

11305  W. R. GRACE LAND CORPORATION, 7500 GRACE DR, COLUMBIA, MD 21044

11305  W. R. GRACE N.V. (ANTILLES), 7500 GRACE DR, COLUMBIA, MD 21044

11305  W.R. GRACE S.A.S. (FRANCE), 7500 GRACE DR, COLUMBIA, MD 21044

11305  WACHEL, DOLLY J, 1107 N COUNTRY CLUB, SHORE ACRES, TX 77571

11305  WACHOVIA BANK NATIONAL ASSOCIATION, C/O TODD C MEYERS ESQ, KILPATRICK STOCKTON LLP, 1100 PEACHTREE ST STE 2800, ATLANTA, GA 30309

11305  WADDELL, JESSE M, 7101 GRASSHOPPER RD, BIRCHWOOD, TN 37308

11305  WADDLE, WILBER E, 8716 GLENAIRE DR, CHATTANOOGA, TN 37416

11305  WADE, JOHN, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305  WADSWORTH, ARTHUR L, 3037 WESTMINSTER ST, MANCHESTER, MD 21102-1812

11305  WAELZ, WINFRIED, 3037 KNIGHT RD, WATERLOO, NY 13165

11305  WAGER, WILLIAM G, 23601 EAST 26TH AVE, AURORA, CO 80019

11305  WAGGONER, RONALD P, 4546 NE 97TH AVE, PORTLAND, OR 97220

11305  WAGGONER, RONALD PAUL, 4546 NE 97TH AVE, PORTLAND, OR 97220

11305  WAGNER, BRUCE E, 356 LOWELL RD, GROTON, MA 01450

11305  WAGNER, ELIZABETH SZATHMARY, 35459 RONDA COURT, FREMONT, CA 94536

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    WAGNER, GUNTHER, 35459 RONDA COURT, FREMONT, CA 94536

11305    WAGNER, JOHN FRANCIS, 28000 YAAK RIVER ROAD PO BOX 153, LIBBY, MT 59923

11305    WAGNER, JUDY MARILYN, 101 WAGNER LANE, KALISPELL, MT 59901

11305    WAGNER, KRISTEN D, 16790 AE MULLINIX RD, WOODBINE, MD 21797

11305    WAGNER, MICHAEL CHARLES, 3696 SECOND STREET EXTENSION WEST, LIBBY, MT 59923

11305    WAGNER, PAUL MICHAEL, 35459 RONDA COURT, FREMONT, CA 94536

11305    WAGNER, ROBERT ROY, 101 WAGNER LANE, KALISPELL, MT 59901

11305    WAGNER-SMITH PUMPS AND SYSTEMS, PO BOX 672, DAYTON, OH 45401

11305    WALBRUN, LAWRENCE J, 1012 CARDINAL CIR, HUDSON, WI 54016

11305    WALDREP, FRANKLIN HUBERT, 2410 HIGHWAY 92, ENOREE, SC 29335

11305    WALDREP, HUBERT, 2410 HWY 92, ENOREE, SC 29335

11305    WALDROUP, LINDA P, 105 FLANNERY CT, FT INN, SC 29644

11305    WALK, HAYDEL & ASSOCIATES, INC, 600 CARONDELET ST., NEW ORLEANS, LA 70130

11305    WALKER, IRA O, 1707 HOLLIS RD, WESTLAKE, LA 70669

11305    WALKER, JANEELLEN, 393 HAMILTON ST #R1, COSTA MESA, CA 92627

11305    WALKER, LARRY D, 3525 MONROE ST, BELLWOOD, IL 60104

11305    WALKER, LARRY D, WR GRACE CONTAINER, 3525 MONROE ST, BELLWOOD, IL 60104

11305    WALKER, LONA DIANE, 1037 CALIFORNIA AVENUE, LIBBY, MT 59923

11305    WALKER, SCOTT A, 26 ASHLEY ST, PEPPERELL, MA 01463

11305    WALKER, STEPHEN R, 9 IRVING ST, ARLINGTON, MA 02476

11305    WALL, VICKIE D, 6673 DASHER CT, COLUMBIA, MD 21045

11305    WALLACE COMPUTER SERVICES, INC, PO BOX 905046, CHARLOTTE, NC 28290-5046

11305    WALLACE KING MARRARO & BRANSON PLLC, C/O CHRISTOPHER H MARRARO, 1050 THOMAS JEFFERSON ST NW STE 500, WASHINGTON, DC 20007

11305    WALLACE KING MARRARO & BRANSON, 1050 THOMAS JEFFERSON ST NW, WASHINGTON, DC 20007

11305    WALLACE, MICHAEL D, 14002 BURNTWOODS RD, GLENELG, MD 21737

11305    WALLACE, THOMAS J, 7675 MAYWOOD DR, PLEASANTON, CA 94588

11305    WALLACE, TRACY L, 14002 BURNTWOODS RD, GLENELG, MD 21737

11305    WALLACE-REILLY, CLAY, 2598 FAUST RD, GILBERTSVILLE, PA 19525

11305    WALLER LANSDEN DORTCH & DAVIS, PO BOX 198966, NASHVILLE, TN 37219-8966

11305    WALLOCH, CRAIG T, 22 NORWICH CIR, MEDFORD, MA 02155

11305    WALLS, BENJAMIN FRANKLIN, 6 W 27TH AVENUE, SPOKANE, WA 99203

11305    WALLS, RICKY, 3333 MAJESTIC PRINCE DR, OWENSBORO, KY 42303

11305    WALLYS RESTAURANT, 6521 RINGGOLD RD., EAST RIDGE, TN 37412

11305    WALNUT INDUSTRIES INC, 1356 ADAMS RD, BENSALEM, PA 19020

11305    WALSH JR, FRANCIS J, 40 BIGELOW DR, SUDBURY, MA 01776

11305    WALSH JR, MARTIN PATRICK, 4719 CLIFTON AVE, SAINT LOUIS, MO 63109

11305    WALSH JR, PATRICK J, 874 MAGNOLIA CT, MARCO ISLAND, FL 34145

11305    WALSH, KATHLEEN, 237 PELL MEADOW DR, FAIRFIELD, CT 06824

11305    WALSH, ROBERT C, PO BOX 459, QUECHEE, VT 05059

11305    WALSH, ROBERT J, 23 POSSUM CIR, NORWALK, CT 06854

11305    WALSH, STEPHEN B, C/O JOHN A COCHRANE ESQ, COCHRANE & BRESNAHAN, PA, 24 E 4TH ST, ST PAUL, MN 55101

11305    WALSH, THERESA C, 55 KNOLLS CRES, BRONX, NY 10463

11305    WALTER G COALE INC, PO BOX 39, CHURCHVILLE, MD 21028

11305    WALTER SEELEY, 145 FRIES MILL ROAD, BRIDGEPORT, NJ 08014

11305    WALTER WURDACK, INC, 4977 FYLER AVE, SAINT LOUIS, MO 63139

11305    WALTERS, JOHNNIE J, 100 SILVER PINE CT, GREER, SC 29650

11305    WALTERS, KARIN D, 4693 SHASTA CT, PLEASANTON, CA 94566

11305    WALTZ-DETTMER SUPPLY, 836 DEPOT ST, CINCINNATI, OH 45204

11305    WANDEL, LINDA A, 725 FANNIE DORSEY RD, SYKESVILLE, MD 21784

11305    WANGENHEIM JR, LEROY F, 10724 ETZLER MILL RD, WOODSBORO, MD 21798

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    WANNER, ROSE M, PO BOX 570, DICKINSON, ND 58602-0570

11305    WARBURTON, JAMES B, 5016 MANCHESTER CT, GRANITE BAY, CA 95746

11305    WARD ELECTRICAL INC, PO BOX 4936, GREENVILLE, SC 29608

11305    WARD, CAROL E, 6590 POND APPLE RD, BOCA RATON, FL 33433

11305    WARD, CAROL E, 6590 PONDAPPLE RD, BOCA RATON, FL 33433

11305    WARD, DONALD R, 2010 HILL BRIDGE RD, OWENSBORO, KY 42303

11305    WARD, MARY LOU, 1159 FISH HATCHERY ROAD, LIBBY, MT 59923

11305    WARD, RODNEY A, 502 MOUNTAIN RD, FALLSTON, MD 21047

11305    WARD, STEVE T, C/O STEVE WARD, 7910 WALLACE RD, BALTIMORE, MD 21222-2609

11305    WARD, TOMMY W, 177 HANNON RD, MARIETTA, SC 29661

11305    WARDLAW, LANNY L, 110 EPPS RD, BELTON, SC 29627

11305    WARE, JASON, 10822 PLAINFIELD, HOUSTON, TX 77031

11305    WARFIELD, LORETTA, 6605 ALTER ST, BALTIMORE, MD 21207

11305    WARING, MARJORIE R, 2035 VENTNOR-H, DEERFIELD BEACH, FL 33442

11305    WARMUTH, MICHAEL LEE, KFC HCO1 STAINBACK HWY, HILO, HI 96720

11305    WARNER, HARLEIGH NICOLE, 148 WEST PIPE CR RD, LIBBY, MT 59923

11305    WARNER, JEROME LEE, 148 WEST PIPE CREEK RD, LIBBY, MT 59923

11305    WARNER, JOHN J, 47 WALKER RD, MANCHESTER, MA 01944

11305    WARNER, KAREN SUE, 148 WEST PIPE CR. RD, LIBBY, MT 59923

11305    WARNER, SCOTT ALLEN, 730 STONE STREET, KALISPELL, MT 59901

11305    WARNER, SHAWN NICHOLAS, 148 WEST PIPE CR. RD., LIBBY, MT 59923

11305    WARREN ELECTRIC GROUP, 2929 MCKINNEY, HOUSTON, TX 77003

11305    WARREN JR, JACK, 7339 SO WASHTENAW, CHICAGO, IL 60629

11305    WARREN RUPP INC, PO BOX 1568, MANSFIELD, OH 44901-1156

11305    WARREN, CHRISTOPHER DODGE, 2424 S. PARK DR., SPOKANE, WA 99203

11305    WARREN, DONNERELL, 3421 4TH ST WEST, BIRMINGHAM, AL 35207

11305    WARREN, MARCIE HECHLER, 2424 S. PARK DR., SPOKANE, WA 99203

11305    WARREN, THEODORE R, ONE LIFEWAY PLAZA, NASHVILLE, TN 37234

11305    WARREN, TIMOTHY WAYNE, 4860 1 2 VIRGINIA AVE, OROVILLE, CA 95966

11305    WARRINGTON, BONNIE, 8004 WOODHOLME CIR, PASADENA, MD 21122

11305    WARTHEN, JOHN L, 306 CHALFONTE DR, BALTIMORE, MD 21228

11305    WASHBURN JR, MIFFLIN W, 1423 TENNESSEE ST, LAKE CHARLES, LA 70607

11305    WASHINGTON COURTE CONDOMINIUM ASSOCIATIO, 9500 WASHINGTON BUILDING 1, NILES, IL 60648

11305    WASHINGTON DEPT OF REVENUE, PO BOX 47450, OLYMPIA, WA 98504-7450

11305    WASHINGTON GAS, CUSTOMER CREDIT DEPT, 1100 H ST NW 2ND FL, WASHINGTON, DC 20080

11305    WASHINGTON, ALMETA L, 2914 BELMONT AVE, BALTIMORE, MD 21216

11305    WASHINGTON, BARBARA A, 718 N ARLINGTON AVE, BALTIMORE, MD 21217

11305    WASHINGTON, JEFFERY T, 155 COUNTRY LIVING RD, AIKEN, SC 29801

11305    WASKIEWICZ, CHARLES J, 12605 IVY MILL RD, REISTERSTOWN, MD 21136

11305    WASTE MANAGEMENT OF CENTRAL MS, PO BOX 9001315, LOUISVILLE, KY 40290-1315

11305    WASTE MANAGEMENT OF COLORADO, 40000 WCR 25, AULT, CO 80610

11305    WASTE MANAGEMENT OF HOUSTON, ATTENTION COLLECTION, 1901 AFTON, HOUSTON, TX 77055

11305    WASTE MANAGEMENT OF HOUSTON, COLLECTION, 1901 AFTON, HOUSTON, TX 77055

11305    WASTE MANAGEMENT OF ILLINOIS INC, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241

11305    WASTE MANAGEMENT OF INDIANA -, NORTHWEST, PO BOX 9001194, LOUISVILLE, KY 40290-1194

11305    WASTE MANAGEMENT OF INDIANA NW, 2000 DOMBEY RD, PORTAGE, IN 46368-1441

11305    WASTE MANAGEMENT OF INDIANA, P.O. BOX 9001054, LOUISVILLE, KY 40290-1054

11305    WASTE MANAGEMENT OF ORANGE COUNTY, PO BOX 78251, PHOENIX, AZ 85062-8251

11305    WASTE MANAGEMENT OF UTAH,INC, PO BOX 78251, PHOENIX, AZ 85062-8251

11305    WASTE MANAGEMENT PASADENA, PO BOX 78251, PHOENIX, AZ 85062-8251

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   WASTE MANAGEMENT, 1580 E ELWOOD, PHOENIX, AZ 85040

11305   WASTE MANAGEMENT, PO BOX 830003, BALTIMORE, MD 21283-0003

11305   WASTE MANAGEMENT, PO BOX 840606, DALLAS, TX 75284-0606

11305   WASTE MANAGEMENT-MCKITTRICK SITE, PO BOX 471, KETTLEMAN CITY, CA 93239

11305   WATER WORKS 9, WARD 4, PO BOX 10, SULPHUR, LA 70664-0010

11305   WATERMARK TECHNOLOGIES, 762 ROUTE 15 SOUTH, JEFFERSON SQ, LAKE HOPATCONG, NJ 07849

11305   WATJUS ELECTRIC INC, 231 AYER ROAD UNIT 8, HARVARD, MA 01451

11305   WATKINS, BRIAN R, C/O B R WATKINS, 614 BUELL AVE, JOLIET, IL 60435

11305   WATKINS, QUINTON E, 1102 28TH ST SE, CLEVELAND, TN 37311

11305   WATSON LAND COMPANY, 22010 S WILMINGTON AVE STE 400, ATTN GENERAL COUNSEL, CARSON, CA 90745

11305   WATSON, JAMES R, 50 OPEN GATE CT, BALTIMORE, MD 21236

11305   WATSON, JOHN J, 2361 IOLA ST, AURORA, CO 80010

11305   WATSON, WALTER, 2031 EAGLE ST, BALTIMORE, MD 21223

11305   WATT, DONALD A, 119 EASTVIEW CIR, SIMPSONVILLE, SC 29681

11305   WATTS, EDWARD D, 6203 GROVELAND RD, LINTHICUM, MD 21090

11305   WATTS, JOHN J, 716 CROSBY RD, BALTIMORE, MD 21228

11305   WAUGH, RONALD D, BADAJOZ 122, LAS CONDES, 00676-1817CHILE                    **\*VIA Deutsche Post\***

11305   WAYNE INDUSTRIAL EQUIPMENT, PO BOX 762, WILMINGTON, MA 01887

11305   WEAR, CHARLES C, 34 OLD STURBRIDGE RD, ARNOLD, MD 21012

11305   WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX 77027

11305   WEAVER JR, HARRY M, 11111 OLD CARRIAGE RD, GLEN ARM, MD 21057

11305   WEAVER, WAYNE L, 520 HICKORY LN, MUNSTER, IN 46321

11305   WEBB, MARGARET, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632

11305   WEBB, MARGARET, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN, 1121 12TH ST NW, WASHINGTON, DC 20005-4632

11305   WEBB, MICHAEL WILLIAM, PO BOX 1061, 384 SPENCER RD EXT, LIBBY, MT 59923

11305   WEBER JR, GEORGE N, 3108 PEVERLY RUN RD, ABINGDON, MD 21009

11305   WEBER, BARBARA, 300 WINSTON DR #2821, CLIFFSIDE PARK, NJ 07010

11305   WEBER, GARY H, 2589 N KATHWOOD CR, CINCINNATI, OH 45236

11305   WEBER, JENNIFER E, 10902A SUMMIT AVE, WOODSTOCK, MD 21163-1209

11305   WEBER, MARY M, 2827 WEBER RD, SULPHUR, LA 70665-8514

11305   WEBER, SHARON L, C/O SHARON WEBER, 5920 W TONOPAH DR, GLENDALE, AZ 85308

11305   WEBRE, MICHAEL J, 14 PINEWOOD DR, SULPHUR, LA 70663

11305   WEBSTER, DELILA MAE, 1069 PINE MEADOW DR, GARDENDALE, AL 35071

11305   WEDDING, JOHN R, 965 NEW CUT RD, WHITESVILLE, KY 42378

11305   WEDDING, JOSEPH L, 18 WADE LOOP, REYNOLDS STATION, KY 42368

11305   WEDDING, MICHAEL L, 2127 WRIGHTS LANDING RD, OWENSBORO, KY 42303

11305   WEDMAN, ROBERT L, 208 JIMMY HELLAMS RD, LAURENS, SC 29360

11305   WEEKS WILLIAMS DEVORE INC, PO BOX 987, 1014 INDUSTRIAL DRIVE, MATTHEWS, NC 28106

11305   WEESE, WILLIAM J, 812 220TH ST, PASADENA, MD 21122

11305   WEIBE, EDWARD W, 7776 WOODLAWN AVE, PASADENA, MD 21122

11305   WEIGELE, JEFFREY L, 2922 CHESTNUT HILL DR, ELLICOTT CITY, MD 21043

11305   WEIL, GOTSHAL & MANGES, ATTN: TREASURER, 767 FIFTH AVE, NEW YORK, NY 10153-0119

11305   WEIL, THOMAS G, 19 ROWLEY RD, TOPSFIELD, MA 01983

11305   WEILL, HANS, 755 HEARTHSTONE DR, BASALT, CO 81621

11305   WEIMMER, MARILYN J, 7166 GREEN ABBEY WAY, SPRING HILL, FL 34606

11305   WEINBERG, ALAN S, 115 BROOKE ANN CT, TAYLORS, SC 29687

11305   WEINER, REBA, 113-14 72 ROAD 6C, FOREST HILLS, NY 11375

11305   WEINREB, HAROLD G, 112 BRITE AVE, SCARSDALE, NY 10583-1402

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   WEIR SLURRY GROUP INC, PO BOX 7610, MADISON, WI 53707-7610

11305   WEIS, MARK ALAN, 1620 S ELWOOD APT U-18, TULSA, OK 74119

11305   WEISKIRCH, BETTY, 9219 LATROBE AVE, SKOKIE, IL 60077-1131

11305   WEISS INSTRUMENT INC, 300 MT LEBANON BLVD STE 2202, PITTSBURGH, PA 15234-1508

11305   WELCH JR, GEORGE A, 352 ISLE OF SKY CIR, ORLANDO, FL 32828

11305   WELCH, CHARLES RICHARD, 1695 HWY 2 S, LIBBY, MT 59923

11305   WELCH, DENNIS ALBERT, 172 ST REGIS ROAD PO BOX 396, TROY, MT 59935

11305   WELCH, RANDALL L, 14208 CAVELLE CT, ORLANDO, FL 32828

11305   WELCH, ROBERT JAMES, 155 ST REGIS HAUL RD, TROY, MT 59935

11305   WELDING SERVICES INC, ATTN: DOUGLAS R THOMPSON, 1872-C INDEPENDENCE SQUARE, DUNWOODY, GA 30338

11305   WELD-RITE SERVICE INC, ATTN: JOEL A STEIN, 6 W HUBBARD ST 8TH FL, CHICAGO, IL 60610

11305   WELL SAFE INC, 100 PETROLEUM DR STE 200, LAFAYETTE, LA 70508

11305   WELLIVER, GERALD, 4236 MICHIGAN AVE, GRAND ISLAND, NE 68803

11305   WELLS FARGO FINANCIAL LEASING, 604 LOCUST ST 14TH FL, DES MOINES, IA 50309

11305   WELLS FARGO FINANCIAL LEASING, INC, PO BOX 98789, LAS VEGAS, NV 89193-8789

11305   WELLS MANUFACTURING CO, C/O MORGAN LEWIS & BOCKIUS LLP, ATTN: GARY P GENGEL, 502 CARNEGIE CTR, PRINCETON, NJ 08540-6241

11305   WELLS, ANTHONY, C/O MELODY WELLS, 6245 SANDPIPER CT, ELKRIDGE, MD 21075

11305   WELLS, WILLIAM L, C/O WILLIAM WELLS, 5155 W 85TH ST, BURBANK, IL 60459

11305   WELSH, EDYTHE, 399 CHESTNUT ST, NEEDHAM, MA 02492

11305   WELSH, WILLIAM A, 13271 STYER CT, HIGHLAND, MD 20777

11305   WENDLING, WEBSTER L, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   WENDORF, WAYNE DOUGLAS, 285 1/2 VINE ST, ST CATHARINES, ON L2M4T4CANADA     *VIA Deutsche Post*

11305   WENTZVILLE FIRE PROTECTION DISTRICT, 209 WEST PEARCE BLVD, WENTZVILLE, MO 63385

11305   WERNEK, SCOTT, 5018 AVOCA AVE, ELLICOTT CITY, MD 21043

11305   WERT, ERIC L, 10 DUNMORE RD, CATONSVILLE, MD 21228

11305   WESCO DISTRIBUTION INC, C/O JULIE QUAGLIANO ESQ, 3243 P ST NW, WASHINGTON, DC 20007

11305   WESCONN CO INC, C/O WILLIAM W ERHART ESQ, 300 DELAWARE AVE STE 1130, PO BOX 234, WILMINGTON, DE 19899

11305   WESLEY, GEORGE M, 3816 PINCH HWY, POTTERVILLE, MI 48876

11305   WEST GROUP, JOHN K ROSSMAN, HELLMUTH & JOHNSON, 10400 VIKING DRIVE, STE 560, EDEN PRAIRIE, MN 55344

11305   WEST GROUP, THOMAS J LALLIER, FOLEY & MANSFIELD PLLP, 1108 NICOLLET MALL #200, MINNEAPOLIS, MN 55403

11305   WEST YORK PARTNERSHIP, DELCO CENTRE, P. O. BOX 1283, MECHANICSBURG, PA 17055

11305   WEST, BENJAMIN J, 8 JOSEPH ST, MEDFORD, MA 02155

11305   WEST, DOUGLAS, 1125 KENWOOD ST, HAMMOND, IN 46320-2725

11305   WEST, VIVIAN P, C/O CRYOVAC, PO BOX 464, DUNCAN, SC 29334-0464

11305   WESTAR COMPANY, PO BOX 55347, HOUSTON, TX 77255-5347

11305   WESTAR ENERGY, ATT: BANKRUPTCY TEAM, PO BOX 208, WICHITA, KS 67201-0208

11305   WESTBROOK, RONALD, 1521 HICKORY VALLEY RD #124, CHATTANOOGA, TN 37421

11305   WESTBY, BRIAN ALBERT, 9000 NE MLK BLVD SP 158, PORTLAND, OR 97211

11305   WESTERN FIRE DEPT SUPPLY, 601 E 45TH AVE, DENVER, CO 80216

11305   WESTERN PETERBILT (TACOMA), 3443 20TH ST EAST, FIFE, WA 98424

11305   WESTERN PROCESS COMPUTERS INC, 2033 W NORTH LANDE #14, PHOENIX, AZ 85021-1900

11305   WESTERN PROCESSING TRUST FUND, C/O BRETT PRODZINSKI, WESTERN PROCESSING PRP GROUP, PO BOX 3707MAIL STOP 6Y-94, SEATTLE, WA 98124-2207

11305   WESTERN STATES OIL CO, PO BOX 1307, SAN JOSE, CA 95109-1307

11305   WESTFALL, PHILIP A, 6858 SHEARWATER DR, SAN JOSE, CA 95120-2121

11305   WESTIN HARBOUR CASTLE KESSINGER HUNTER, 1 HARBOUR SQUARE, TORONTO, ON M5J1A6CANADA     *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    WESTLAKE CA&O CORPORATION, JACKIE DICKINSON, 2801 POST OAK BLVD #600, HOUSTON, TX 77056

11305    WESTMORELAND, T L, 126 HART RD, WOODRUFF, SC 29388

11305    WESTON BENSHOOF ROCHEFORT, 444 SOUTH FLOWER ST FORTY-THIRD FL, LOS ANGELES, CA 90071

11305    WESTSIDE BUILDING MATERIAL CORP, ATTN: JOE BOWERBANK, PO BOX 711, ANAHEIM, CA 92815

11305    WEYERHAEUSER, PO BOX 640160, PITTSBURGH, PA 15264-0160

11305    WH COOKE & CO INC, PO BOX 263, FINKSBURG, MD 21048

11305    WHALEN, JOHN P, PO BOX 373, BRIDGER, MT 59014-0373

11305    WHC REALTY CORP, C/O MICHAEL S SCHREIBER ESQ, ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK PC, 1345 AVE OF THE AMERICAS 31ST FL, NEW YORK, NY 10105

11305    WHEELER SR, DONALD, 4636 MOUNTAIN RD, PASADENA, MD 21122

11305    WHEELER, RONALD S, 3313 CROYDON RD, BALTIMORE, MD 21207

11305    WHEELES, JERRY W, PO BOX 9937, COLUMBIA, SC 29209

11305    WHELPLEY, HARRY W, 10816 HADDONSTONE PL, MEQUON, WI 53092

11305    WHICHARD, JUDSON E, 5048 DRYWELL CT, COLUMBIA, MD 21045

11305    WHIDDON, CONNIE A, 509 E ELIZABETH, SULPHUR, LA 70663

11305    WHITAKER, CHARLES E, 1081 PEEPLES ST SW, ATLANTA, GA 30310

11305    WHITE & CASE, 1155 AVE OF THE AMERICAS, NEW YORK, NY 10036-2787

11305    WHITE AND WILLIAMS LLP, ATTN RICHARD A CURTIS ESQ, 1800 ONE LIBERTY PL, PHILADELPHIA, PA 19103-7395

11305    WHITE CAP INDUSTRIES, 297 S VASCO RD, LIVERMORE, CA 94551

11305    WHITE CIRCLE, PO BOX 840, MONTGOMERYVILLE, PA 18936-0840

11305    WHITE II, DANIEL J, 4551 BROOKLYN DR, SULPHUR, LA 70665

11305    WHITE JR, MICHAEL J, 5 MILLPAINT LN APT #2-D, OWINGS MILLS, MD 21117

11305    WHITE, ANDREW P, 27 WESTVIEW DR, MANSFIELD, MA 02048

11305    WHITE, DENISE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

11305    WHITE, JAMES DAVID, 8037 SARGENT RIDGE, INDIANAPOLIS, IN 46256

11305    WHITE, JERRY W, 5215 S MCDONALD RD, MCDONALD, TN 37353

11305    WHITE, JOHN D, 3655 SEAFORD CT, PASADENA, MD 21122

11305    WHITE, LORAN, 8127 LAKELAND DR, GRANITE BAY, CA 95746

11305    WHITE, ROBERT E, 2891 DEARBORN, ROCHESTER HILLS, MI 48309

11305    WHITE, ROSEZELL M, 22 ALTACREST DR, GREENVILLE, SC 29605

11305    WHITE, STEPHEN F, 2313 CATON CORNER, PLAINFIELD, IL 60544

11305    WHITE, WILLIAM M, 307 GROS RD, SULPHUR, LA 70665

11305    WHITEMAN, JESSE L, 225 HATHAWAY AVE, EVANSTON, WY 82930-5027

11305    WHITING, EUGENE J, 7075 BARNACLE RD, SULPHUR, LA 70665

11305    WHITMIRE SR, ROBERT J, 327 CHENOWETH DR, SIMPSONVILLE, SC 29681

11305    WHITNEY SR, DAVID J, 19221 E. BUCKEY AVENUE SPACE 3, OTIS ORCHARDS, WA 99027

11305    WHITNEY, ROBERT, 780 SOUTH OTIS STREET, LAKEWOOD, CO 80226

11305    WHITSELL, DAN W, 3105 WANDERING LN, OWENSBORO, KY 42301

11305    WHITSON, EDWIN P, 311 QUELQUESHUE, SULPHUR, LA 70663-6329

11305    WHITTAKER CLARK & DANIELS INC, PO BOX 18466, NEWARK, NJ 07191

11305    WHITTIER, JANICE, 9 OSBORNE RD, ARLINGTON, MA 02474

11305    WHITTIER, SCOTT B, 6615 ISLE OF SKYE DR, HIGHLAND, MD 20777

11305    WHITTINGHILL, SHARON C, 954 EASTWOOD DR, OWENSBORO, KY 42303

11305    WIANKE, DAVID H, 9302 SEA BAY CT, BALTIMORE, MD 21219

11305    WICKERSHAM, JOHN W, 5455 PROSPECT DR, MISSOULA, MT 59808

11305    WICKERSHAM, KAREN KAYE, 5455 PROSPECT DR, MISSOULA, MT 59808

11305    WICKERSHAM, KAREN KAYE, 5455 PROSPECT DRIVE, MISSOULA, MT 59808

11305    WIDDIFIELD, JANNA LENEE, 6800 E TENNESSEE #632, DENVER, CO 80224

11305    WIDENER, PAUL L, PO BOX 487, BATH, SC 29816

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   WIELICZKO, THOMAS B, 103 WARFIELD RD, CHERRY HILL, NJ 08034

11305   WIEMEYER III, GEORGE F, 4824 S LAWLER AVE, CHICAGO, IL 60638-2141

11305   WIERCINSKI, ROBERT A, 29 BROOKS RD, LINCOLN, MA 01773

11305   WIERSBE, DEAN E, 7112 MCLAUGHLIN AVE, HAMMOND, IN 46324

11305   WIESER, STEPHEN L, 419 KENSINGTON CT, PALATINE, IL 60067

11305   WIGGINTON, MIKE, 3323 KNOTT RD, OWENSBORO, KY 42301

11305   WIGHTMAN, DAVID L, 39 ARNOLD RD, HINGHAM, MA 02043

11305   WILBURN, DARCIE LEIGH, 1460 EAST FIFTH STREET EXTENSION, LIBBY, MT 59923

11305   WILCO WOOD WORKS INC, PO BOX 286, 15 E MAIN ST, IRWINTON, GA 31042

11305   WILCOX, ELBERT, 1265 SOUTH VINE, DENVER, CO 80210

11305   WILCOX, LAWRENCE R, 1750 MELBOURNE RD, BALTIMORE, MD 21222

11305   WILDEMUTH, CRAIG R, 8977 GREEN MEADOWS LN, LITTLETON, CO 80126-2674

11305   WILDER, ERIC R, 4713 LUERSSEN AVE, BALTIMORE, MD 21206

11305   WILDER, ERIC, 4713 LUERSSEN AVE, BALTIMORE, MD 21206

11305   WILDER, ROBERT E, 14722 SANDY CRK, HOUSTON, TX 77070

11305   WILES, EDWIN O, 7097 OLD MILLSTONE DR, MECHANICSVILLE, VA 23111

11305   WILFER, TRACIE G, 4501 W PRIEN LAKE RD, LAKE CHARLES, LA 70605

11305   WILHIDE, JEFFREY A, 1967 POLARIS RD, FINKSBURG, MD 21048

11305   WILKERSON, CAROL A, 4005 PINE LAKE CT, OWENSBORO, KY 42303

11305   WILKIE, ROBERT R, 305 RIVERSIDE TRL, ROANOKE RAPIDS, NC 27870

11305   WILKINS, HERMAN L, 124 ZENNA DR, RT 1 BOX 68, MATHIS, TX 78368-3408

11305   WILKINS, JAMES, ALLEESTRASSE 6, STADTLOHN, GERMANY                    *VIA Deutsche Post*

11305   WILKINS, LEON S, 434 ROBIN HOOD DR, DOUGLASVILLE, GA 30134

11305   WILKINSON, JAY S, 425 N 19TH AVENUE, LEMOORE, CA 93245

11305   WILKINSON, JAY STEVEN, 425 N 19TH AVENUE, LEMOORE, CA 93245

11305   WILKINSON, SAMUEL M, 1205 WEST ST, VINTON, LA 70668

11305   WILKINSON, STEVEN EDWARD, 8818 SOUTH SENECA, HAYSVILLE, KS 61217

11305   WILLAMETTE INDUSTRIES NKA WEYERHAEUSER, C/O KURTIS B REEG, LERITZ PLUNKETT & BRUNING, ONE CITY CENTRE STE 2001, SAINT LOUIS, MO 63101

11305   WILLETT, LOIS J, 4232 MAGNOLIA BEACH RD, PANAMA CITY, FL 32408

11305   WILLIAM C BAKER ET AL, C/O RICHARD SPECTER / DAVID F BROWN, CORBETT & STEELMAN, 18200 VON KARMAN AVE, SUITE 200, IRVINE, CA 92612

11305   WILLIAM M MERCER INC, PO BOX 13793, NEWARK, NJ 07188-0793

11305   WILLIAM OSLER HEALTH CENTRE, 101 HUMBER COLLEGE BOULEVARD, ETOBICOKE, ON M9V1R8CANADA                    *VIA Deutsche Post*

11305   WILLIAM R. BECKER FOR IRONWOOD SOFTWARE, 111 N 50TH ST, SEATTLE, WA 98103

11305   WILLIAMS COMMUNICATIONS SOLUTIONS, ATTN: VICKI PLETCHER, ONE TECHNOLOGY CENTER, TX9-218 B/K, TULSA, OK 74103

11305   WILLIAMS INDUSTRIES INC, C/O STEVE J EISENSTEIN ESQ, LUM DANZIS DRASCO & POSITAN LLC, 103 EISENHOWER PKWY, ROSELAND, NJ 07068

11305   WILLIAMS JR, JEFF, 4440 LOST PINE DR, TALLAHASSEE, FL 32305

11305   WILLIAMS SCOTSMAN INC, 8211 TOWN CENTER DRIVE, BALTIMORE, MD 21236

11305   WILLIAMS SR, MCKINLEY J, 3919 BREN BROOK DR, RANDALLSTOWN, MD 21133

11305   WILLIAMS SR, MCKINLEY J, 3919 BRENBROOK DR, RANDALLSTOWN, MD 21133

11305   WILLIAMS, ALONZO KEITH, 1333 LEONARD AVE #5, MODESTO, CA 95350

11305   WILLIAMS, ANTHONY LEONARD, 1130 F ST #44, LOS BANOS, CA 93635

11305   WILLIAMS, CYNTHIA CELESTINA, 1105 VINTNER LANE, MODESTO, CA 95358

11305   WILLIAMS, DANIEL P, 2532 SAGAMORE CIR, AURORA, IL 60504-5664

11305   WILLIAMS, DAVID B, 1202 QUEENSWAY CT, BEL AIR, MD 21014-6828

11305   WILLIAMS, DUANE JAMES, 1103 UTAH AVE, LIBBY, MT 59923

11305   WILLIAMS, ERIN MEAGHAN, 696 MINERAL HILL LANE, HENDERSON, NV 89015

11305   WILLIAMS, FREDERICK E, 1511 WISTERIA LN, SULPHUR, LA 70663

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   WILLIAMS, GEORGIA D, 517-S TRAILWOOD, SULPHUR, LA 70663

11305   WILLIAMS, GWENDOLYN COOPER, 1825 JENNINGS STREET, CHARLOTTE, NC 28216

11305   WILLIAMS, HARRY, 5099 W MONROE, CHICAGO, IL 60644

11305   WILLIAMS, HESTER OLINDA, 1130 F ST #44, LOS BANOS, CA 93635

11305   WILLIAMS, JAMES D, 218 WANDA RD, PASADENA, MD 21122

11305   WILLIAMS, JAMES, 3105 N GEN WAINWRIGHT, LAKE CHARLES, LA 70601

11305   WILLIAMS, JEFFREY J, 1601 HEMPSTEAD CT, JOPPA, MD 21085

11305   WILLIAMS, JODY, 3461 ASHBOURNE PL, ROWLAND HEIGHTS, CA 91748

11305   WILLIAMS, KATHLEEN R, 5204 EBERSOLE AVE, CINCINNATI, OH 45227

11305   WILLIAMS, LISA E, 3408 ABBIE PL, BALTIMORE, MD 21244

11305   WILLIAMS, PEGGY HOWARD, 1103 UTAH AVE, LIBBY, MT 59923

11305   WILLIAMS, PERANICA C, 3804 SEMINOLE, DETROIT, MI 04824

11305   WILLIAMS, RALPH D, 28989 SE HWY 42, UMATILLA, FL 32784

11305   WILLIAMS, RICHARD S, 118 COLONIAL RIDGE DR, BOXBOROUGH, MA 01719

11305   WILLIAMS, SHAWN P, 6060 LAUREL WREATH WAY, COLUMBIA, MD 21044

11305   WILLIAMS, THOMAS E, 6936 9TH AVE N, SAINT PETERSBURG, FL 33710

11305   WILLIAMSON, TRAVA DAWN, 13 CROSSOVER RD, LIBBY, MT 59923

11305   WILLIN III, JOHN M, 1100 METFIELD RD, TOWSON, MD 21286-1642

11305   WILLIS, ALAN D, 12323 RICHARD ST, PALOS HEIGHTS, IL 60463

11305   WILLIS, CLAY HENRY, 906 CHEYENNE MEADOWS, KATY, TX 77450

11305   WILLIS, DONALD B, 304 OLD PLYMOUTH RD, SAGAMORE BEACH, MA 02532

11305   WILLIS, DONALD B, 304 OLD PLYMOUTH RD, SAGAMORE BEACH, MA 02562

11305   WILLIS, KENNETH D, 1175 SOUTH DEPEW STREET, LAKEWOOD, CO 80226

11305   WILLIS, LARRY E, 6428 N TALMAN AVE, CHICAGO, IL 60645

11305   WILLNER, BRIAN L, 8427 MIRAMAR RD, PASADENA, MD 21122

11305   WILLOW TREE APTS, 1802 ROBINSON RD, GRAND PRAIRIE, TX 75051-3895

11305   WILMER, JAMES B, 1629 RALWORTH RD, BALTIMORE, MD 21218

11305   WILSON CONTRACTOR INC, 7498 HWY 184E, DONALDS, SC 29638

11305   WILSON COUNTY, 711 NAVARRO #300, SAN ANTONIO, TX 78205

11305   WILSON JR, CHARLES W, 7012 PARK HEIGHTS AVE, A-6, BALTIMORE, MD 21215

11305   WILSON MOVING & STORAGE CO, INC, PO BOX 466, BUFFALO, NY 14223-0466

11305   WILSON PRICE, JOAN M, C/O JOAN M WILSON, 8622 SHERINGTON RD, BALTIMORE, MD 21236

11305   WILSON WELDING SERVICE INC, 2939 SNAPFINGER ROAD, DECATUR, GA 30034

11305   WILSON, CHARLES A, 185 N STREAM DR, AIKEN, SC 29805

11305   WILSON, CHARLES E, 2320 KATHERINE ST, LAKE CHARLES, LA 70601

11305   WILSON, DONNA J, 5 ELIOT RD, LEXINGTON, MA 02124

11305   WILSON, FRANK P, 8622 SHERINGTON RD, BALTIMORE, MD 21236

11305   WILSON, GREGORY L, 938 OLD JORDAN RD, AIKEN, SC 29805

11305   WILSON, MICHAEL, 33 AMHERST DR, DERRY, NH 03038

11305   WILSON, ROBERT M, 2342 N 62ND ST, WAUWATOSA, WI 53213

11305   WILSON, SAMMIE, 936 OLD JORDAN RD, AIKEN, SC 29801

11305   WILSON, SCOTT TIMOTHY, 1012 TIMBERLAND CRES, OSHAWA, ON L1K2K7CANADA          *VIA Deutsche Post*

11305   WINDSOR, WILLIAM C, 4104 SPRING HILL DR, LAWRENCE, KS 66049

11305   WINFORD JR, JOHNNY F, 112 FOOT HILL TRL, GRAY COURT, SC 29645

11305   WINFORD JR, JOHNNY FITZGERALD, 112 FOOT HILL TR, GRAY COURT, SC 29645

11305   WINFORD SR, JOHNNIE, 329 CHURCH ST, LAURENS, SC 29360

11305   WINGFOOT COMMERCIAL TIRE, 2518 DEANS BRIDGE RD, AUGUSTA, GA 30906

11305   WINKEL, THOMAS E, 37 COLONIAL DR, WESTFORD, MA 01886

11305   WINKEL, THOMAS EDWARD, 37 COLONIAL DR, WESTFORD, MA 01886

11305   WINKLEY, PATRICIA M, 1221 LISA LN, SCHERERVILLE, IN 46375-1004

11305   WINOGRAD, IRA CHARLES, 435 KENNEDY ST, JUNEAU, AK 99801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305   WINSTEAD, THOMAS L, 410 W LEGION BLVD, OWENSBORO, KY 42303

11305   WINSTELL CONTROLS, INC, 1423 QUEEN CITY AVE, CINCINNATI, OH 45214

11305   WINSTON, BARBARA A, 52 RUSTIC ST, NEWTON, MA 02458

11305   WINTERS, JOSEPH E, 1931 ORCHID ST, LAKE CHARLES, LA 70601

11305   WINTERS, MARK A, 408 GRALAN RD, CATONSVILLE, MD 21228

11305   WINYALL, MILTON E, 6402 BEECHWOOD DR, COLUMBIA, MD 21046-1011

11305   WISCHHUSEN, FRED, 39 PEACOCK FARM RD, LEXINGTON, MA 02421

11305   WISCONSIN DEPT OF REVENUE, 2135 RIMROCK RD, MADISON, WI 53713

11305   WISCONSIN ELECTRIC POWER, PO BOX 2089, MILWAUKEE, WI 53201-2089

11305   WISCONSIN ELECTRIC WISCONSIN GAS, ATTN: ELAINE, 231 W MICHIGAN ST RM 187, MILWAUKEE,
        WI 53290

11305   WISCONSIN GAS CO., PO BOX 70474, MILWAUKEE, WI 53270-0474

11305   WISE, BERNARD L, 474 GOOD SPRING RD, AIKEN, SC 29801

11305   WISE, RANDY M, 10008 GREEN ST, CHICAGO, IL 60643

11305   WITHAM SALES & SERVICES, INC, 6435 HOWARD ST., HAMMOND, IN 46320

11305   WITHERSPOON, JOHNNY, 8925 MAYFLOWER RD, BALTIMORE, MD 21237

11305   WITLEKIND, WILLIAM R, 2001 SHORE RD, BALTIMORE, MD 21222

11305   WITTEKIND, WILLIAM R, 2001 SHORE RD, BALTIMORE, MD 21222

11305   WITTENBERG, WILLIAM R, 6110 PANORAMA DR NE, TACOMA, WA 98422

11305   WITTSCHEN III, CHARLES W, 4269 DEERWOOD LN, EVANS, GA 30809

11305   WITZIG, KEVIN, 2424 TALAVERA DR, SAN RAMON, CA 94583

11305   WM BARR & CO INC, ATTN: SHARON FRANKLIN, PO BOX 2121, MEMPHIS, TN 38159

11305   WM W MEYER & SONS INC, 8261 ELMWOOD AVE, SKOKIE, IL 60077

11305   WOELPER, SANDRA E, 222 HUNTERS RUN TER, BEL AIR, MD 21015

11305   WOFFORD, JANICE S, 309 QUAIL RUN CIR, FOUNTAIN INN, SC 29644

11305   WOFFORD, WINTHROP W, 8327 TOWNSHIP DR, OWINGS MILLS, MD 21117

11305   WOJDYLA, MARK L, 2653 STONEBRIDGE CT, PLAINFIELD, IL 60544

11305   WOJOYLA, MARK L, 2653 STONEBRIDGE CT, PLAINFIELD, IL 60544

11305   WOLBERT, BETTY H, 3726 VALLEY RD, ELLICOTT CITY, MD 21042

11305   WOLBERT, JAMES D, 55 SHARPTOWN RD, SWEDESBORO, NJ 08085

11305   WOLBERT, JOHN D, 79 SHARPTOWN RD, SWEDESBORO, NJ 08085

11305   WOLCOTT WATER SYSTEMS, INC, 2007 WOLCOTT DR., COLUMBIA, MO 65202

11305   WOLFE JR, RAYMOND WADE, 6835 WW LANE, LIBERTY, NC 27298

11305   WOLFE SR, JOSEPH E, 4484 WINDSOR OAKS CIR, MARIETTA, GA 30066

11305   WOLFE, STEVEN J, 1604 VISTA DEL MAR ST., LOS ANGELES, CA 90028

11305   WOLTER, JACK W, 73043 MONTERRA CIR N, PALM DESERT, CA 92260

11305   WOLTER, MARY CELESTE, 2055 LONGVIEW DR, NEW BRIGHTON, MN 55112

11305   WONG, SILAS, 19514 TEXAS LAUREL TRL, KINGWOOD, TX 77346

11305   WOOD SR, JAMES ALBERT, 2645 OLD PLANTATION DR S.W., CONCORD, NC 28027

11305   WOOD, CONSTANCE MARIE, 80 MAHONEY RD, LIBBY, MT 59923

11305   WOOD, DAVID E, PO BOX 712, AIKEN, SC 29802

11305   WOOD, ELWOOD S, 40 SPENCER BROOK RD, CONCORD, MA 01742

11305   WOOD, GEORGE R, 109 STEEPLE CHASE CT, SIMPSONVILLE, SC 29681

11305   WOODARD & CURRAN INC, 41 HUTCHINS DR, ATTN R DUFF COLLINS, PORTLAND, ME 04102

11305   WOODARD & CURRAN INC, R DUFF COLLINS, 41 HUTCHINS DR, PORTLAND, ME 04102

11305   WOODARD SR, JAMES EDWARD, 510 S CRISMON RD, MESA, AZ 85208

11305   WOODBURY PLACE APARTMENTS LTD, 3942 PLEASURE HILL, SAN ANTONIO, TX 78229

11305   WOODCOCK, EDWIN C, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   WOODCOCK, HELEN, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   WOODCOCK, MARGIE, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630

11305   WOODEN JR, HOWARD C, TIMOTHY J DRISCOLL ESQ, 14435 CHERRY LN CT STE 402, LAUREL, MD
        20707

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

11305   WOODMAN PARTNERS, 3085 WOODMAN DRIVE SUITE 100, DAYTON, OH 45420

11305   WOODMERE APARTMENTS LLC, 5215 EDINA INDUSTRIAL BLVD, SUITE 100, EDINA, MN 55439

11305   WOODRUFF, CHARLES B, 2225 HORSESHOE FALLS RD, ENOREE, SC 29335

11305   WOODRUFF, CHARLES BELTON, 2225 HORSESHOE FALLS RD, ENOREE, SC 29335

11305   WOODRUFF, FRANK A, 2876 CONSTELLATION WAY, FINKSBURG, MD 21048

11305   WOODRUFF, ROSA M, 2876 CONSTELLATION WAY, FINKSBURG, MD 21048

11305   WOODS HOLE GROUP INC, THE, 81 TECHNOLOGY PARK DR, EAST FALMOUTH, MA 02536

11305   WOODS, CHESTER WILLIAM, 3949 SCOTT AVE NORTH, ROBBINSDALE, MN 55422

11305   WOODS, DOROTHY M, C/O DOROTHY M WOODS JOHNSON, 736 CARDINAL ST, WIDEFIELD, CO 80911

11305   WOODS, GERALD B, 205 ASTER DR, SIMPSONVILLE, SC 29681

11305   WOODS, ROBERT W, 586 W32291 ELIAS CT, MUKWONAGO, WI 53149

11305   WOODS, THOMAS E, 306 ALLISON ST, STEVENSON, AL 35772

11305   WOODWARD, JAMES L, 3851 RED OAK CT, MARTINEZ, GA 30907

11305   WOODWISE INC, JAMES SNYDER, 942 VALLEY BROOK RD, BOOTHWYN, PA 19061-1419

11305   WOOMER, SHIRLEY A, 909 CHESTNUT MANOR CT, BALTIMORE, MD 21226

11305   WORDEN, GLADWIN ROY, 404 ROYALTON ROAD, SILVER SPRING, MD 20901

11305   WORDEN, GLADWIN, C/O DARRELL W SCOTT, LUKINS & ANNIS, 717 W SPRAGUE AVE SUITE 1600, SPOKANE, WA 99201

11305   WORDNET INC, 282 CENTRAL ST, ACTON, MA 01720-2255

11305   WORKING CONCEPTS INC, 10490 LITTLE PATUXENT PKWY STE 600, COLUMBIA, MD 21044

11305   WORLD DATA PUBLISHERS,

11305   WORLD WIDE FILTRATION INC., PO BOX 1186, BAYTOWN, TX 77522-1186

11305   WORLDCOM-FORMERLY UUNET, PAYMENT PROCESSING CENTER, PO BOX 85080, RICHMOND, VA 23285-4100

11305   WORLDWIDE METRICS, INC, 67 VERONICA AVE., SOMERSET, NJ 08873

11305   WORLDWIDE RECLAMATION INC, 2183 BUCKINGHAM RD., SUITE 266, RICHARDSON, TX 75081

11305   WORLEY, WILLIAM, 1720 SIXTH STREET NE, MINNEAPOLIS, MN 55413

11305   WORMSBECHER, RICHARD F, 13521 ORION DR, DAYTON, MD 21036

11305   WORSDALE, RAYMOND E, 8459 NW 3RD ST, CORAL SPRINGS, FL 33071

11305   WORTH, WILLIAM H, 4338 EAGLE CT, GURNEE, IL 60031

11305   WORTHAM, JOSEPH S, C/O J S WORTHAM, 2607 TANGLEWOOD DR, SARASOTA, FL 34239

11305   WORTHAM, JOSEPH SIDNEY, 2607 TANGLEWOOD DR, SARASOTA, FL 34239

11305   WORTHAM, MARTHA LOUISE, 2607 TANGLEWOOD DR, SARASOTA, FL 34239

11305   WORTHINGTON PUMP ENGINEERING, 625 DISTRICT DR, ITASCA, IL 60143

11305   WR GRACE & CO, 4220 W GLENROSA AVE, PHOENIX, AZ 85019

11305   WRAY, ALAN C, 247 WENDOVER RD, PASADENA, MD 21122

11305   WRENN, PATRICK W, 700 FAIRVIEW CH RD, FOUNTAIN INN, SC 29644

11305   WRIGHT, ALFRED R, PO BOX 346, ENOREE, SC 29335

11305   WRIGHT, ALFRED ROSS, 1150 LONG BRANCH RD, ENOREE, SC 29335

11305   WRIGHT, ARTHUR R, 170 ICE HOUSE RD, ENOREE, SC 29335

11305   WRIGHT, ARTHUR R, 3436 LINCOLN RD, GRAY COURT, SC 29645

11305   WRIGHT, ARTHUR RICHARD, 3436 LINCOLN RD, GRAY COURT, SC 29645

11305   WRIGHT, ARTHUR RUDOLPH, 170 ICE HOUSE RD, ENOREE, SC 29335

11305   WRIGHT, CHESTER W, 12182 EAST 2ND DRIVE, AURORA, CO 80011

11305   WRIGHT, FABIAN A, 2103 HOWARD MILL RD, NORTH AUGUSTA, SC 29841

11305   WRIGHT, JIM, 215 ROCK LEDGE DR, GLENWOOD SPRINGS, CO 81601

11305   WRIGHT, KEITH A, 6500 MONTGOMERY RD APT #3, CINCINNATI, OH 45213

11305   WRIGHT, LARRY, 11253 LOCKPORT CT, FOREST PARK, OH 45240

11305   WRIGHT, NORMAN L, 348 TULIP OAK CT, LINTHICUM, MD 21090

11305   WROE PALLET, PO BOX 415, HAWESVILLE, KY 42348

11305   WRONIESKI, BLANCHE M, 154 BLACKBIRD DR, MONROE TWP, NJ 08831-5520

11305   WULF, LYLE GEORGE, 2334 SOUTH ALMA, SAN PEDRO, CA 90731

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305　WUNDERLICH, G IONE, C/O IONE WUNDERLICH, 4014 IROQUOIS DR, WESTMINSTER, MD 21157

11305　WURMBRAND, ESTHER, 24918 GENESEE TRAIL RD, GOLDEN, CO 80401

11305　WW GRAINGER INC, 7300 N MELVINA, NILES, IL 60714

11305　WYANT SR, CARL MARK, 2675 CORY COVE DR, YORK, SC 29745

11305　WYBIERALLA, GEORGE A, 16 PARA RD, BELMONT, MA 02478

11305　WYDRA, WALTER W, 723 N WALNUT ST, ITASCA, IL 60143

11305　XCEL ENERGY, 1518 CHESTNUT AVE N, MINNEAPOLIS, MN 55403

11305　XCEL ENERGY, PO BOX 92002, AMARILLO, TX 79120-6002

11305　XEROX CAPITAL SERVICES LLC, ATTN: CATHY FLOWERS, 800 CARILLON PKWY, ST PETERSBURG, FL 33716

11305　XEROX CORPORATION, ATTN: CATHY FLOWERS, LEGAL DEPT MS 1 2, 800 CARILLON PKWY, ST PETERSBURG, FL 33716

11305　XEROX CORPORATION, LEGAL DEPT MS 1-2, ATTN: CATHY FLOWERS, 800 CARILLON PKWY, ST PETERSBURG, FL 33716

11305　XPECT FIRST AID, 6808 HOBSON VALLEY DR., WOODRIDGE, IL 60517

11305　XPECT, 2724 S CONSTITUTION, WEST VALLEY, UT 84119

11305　XPEDX (RESOURCE NET INTERNATIONAL), PO BOX 905577, CHARLOTTE, NC 28290-5577

11305　XPEDX, 541 REPUBLIC CIRCLE, BIRMINGHAM, AL 35214

11305　XPEDX, ATTN KAY DAVIS, 1427 MARVIN GRIFFIN RD, AUGUSTA, GA 30906

11305　XPEDX, PO BOX 91694, CHICAGO, IL 60693

11305　XTEK INC, 11451 READING RD, CINCINNATI, OH 45241-2283

11305　XTRA LEASE INC, 1801 PARK 270 DR STE 400, SAINT LOUIS, MO 63146

11305　XYTEL CORPORATION, 1001 CAMBRIDGE DR, ELK GROVE VILLAGE, IL 60007

11305　YABUT, MARIA C, 1263 STEPHANIE DR, CORONA, CA 92882

11305　YALE INC, 9649 GIRARD AVE SOUTH, MINNEAPOLIS, MN 55431

11305　YALE, JAMES R, 1609 PLEASANTVILLE DR, GLEN BURNIE, MD 21061

11305　YALURIS, GEORGE, 6702 SURREY LN, CLARKSVILLE, MD 21029

11305　YANCEY, MARY LINDA H, 97 HARRISON LN, COMMERCE, GA 30529

11305　YANG, JOHN H, 1803 CHESTNUT HILL LN, RICHARDSON, TX 75082

11305　YANG, JULIE C, 4025 VILLA VISTA, PALO ALTO, CA 94306

11305　YANKO, DENNIS C, 5983 ROYAL COUNTRY DR, ST LOUIS, MO 63129

11305　YARRINGTON, RUSSELL P, 7613 CHASE ST, MERRILLVILLE, IN 46410

11305　YATES, WILBUR A, E 519 SHENANDOAH DRIVE, SPOKANE, WA 99208

11305　YAUN, STEVEN J, 2717 GREGORY ST, MADISON, WI 53711

11305　YEAGER, WILLIAM E, 155 RIVIERA DR, PASADENA, MD 21122

11305　YEARGAN, MARSHALL G, 250 WESTLEY RD, WHITWELL, TN 37397

11305　YEARGAN, MAX C, RT 1 BOX 499E, DUNLAP, TN 37327

11305　YELLING, BRIAN, C/O BRIAN M YELLING, 2685 ARCHWOOD PL, CUYAHOGA FALLS, OH 44221

11305　YELLOW CAB ASSOC, 640 BOSTON AVE, MEDFORD, MA 02155

11305　YEOMANS, JOHN E, 1808 OAK POINT DR, MIDDLEBORO, MA 02346

11305　YGLESIAS SR, ANTHONY D, C/O ANTHONY YGLESIAS, 2641 E JACARANDA, ORANGE, CA 92867

11305　YICK REALTY INVESTMENT, 1340 GRANT AVE #1, SAN FRANCISCO, CA 94133

11305　YOKOGAWA CORPORATION OF AMERICA, C/O MIMI SMITH, 2 DART ROAD, NEWNAN, GA 30265

11305　YORK INTERNATIONAL CORPORATION, PO BOX 640064, PITTSBURGH, PA 15264-0064

11305　YORK UNIVERSITY, 4700 KEELE STREET, TORONTO, ON M3J 1P3CANADA　　**\*VIA Deutsche Post\***

11305　YORK, JOHNNIE D, 802 SYCAMORE ST, BURKBURNETT, TX 76354

11305　YORKE, JUDITH, YORKE ENGINEERING, 31726 RANCHO VIEJO RD STE 108, SAN JUAN CAPISTRANO, CA 92675

11305　YORKTOWN PRECISION EONIC, 1850 OLIVER AVE, INDIANAPOLIS, IN 46221-1165

11305　YOUNG, BRUCE E, 713 HUNTINGTON WAY, BEL AIR, MD 21015

11305　YOUNG, GEORGE W, 7500 GRACE DR, COLUMBIA, MD 21044

11305　YOUNG, LARRY C, HC 71 BOX 123, GRAYSVILLE, TN 37338

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

11305    YOUNG, ROBERT S, 107 HIGH LAWN AVE, EASLEY, SC 29642

11305    YOUNG, ROBERT S, 107 HIGHLAWN AVE, EASLEY, SC 29642

11305    YOUNG, RONALD J, 654 B ST, PASADENA, MD 21122

11305    YOUNG, STEVEN L, 1503 GALENA RD, BALTIMORE, MD 21221

11305    YOUNG, THOMAS E, 150 FEDERAL ANN LN, WESTMINSTER, MD 21157

11305    YOUNGBAR JR, WILLIAM L AND SARA J, C/O WILLIAM YOUNGBAR, 7820 TELEGRAPH RD, SEVERN, MD 21144

11305    YOUNGBAR JR, WILLIAM L, C/O WILLIAM L YOUNGBAR, 7820 TELEGRAPH RD, SEVERN, MD 21144

11305    YOUNGBAR, WILLIAM L AND SARA J, C/O WILLIAM YOUNGBAR, 7820 TELEGRAPH RD, SEVERN, MD 21144

11305    YOUTSEY, MARGARET, RT 1 BOX 230, MANCHESTER, KY 40962

11305    YUHAS, KENNETH J, 440 BENNETT CERF DR, WESTMINSTER, MD 21157

11305    ZACCHEO, ANNE, 40 NANCY RD, CONCORD, MA 01742

11305    ZACK, DEBRA M, 104 N MASON RD, BROOKLINE, NH 03033

11305    ZAIQ TECHNOLOGIES, INC, 78 DRAGON COURT, WOBURN, MA 01801

11305    ZAKRZEWSKI, WALTER J, 15 HIGHLAND WAY, BURLINGTON, MA 01803

11305    ZALLAS, JOHN MICHAEL, 130 ESTHER ST, MICHIGAN CITY, IN 46360

11305    ZAMBRANA, JULIO, 9306 BRAEBURN GLEN, HOUSTON, TX 77074

11305    ZANGHI, PHILIP A, 10 MARY JANE RD, FRANKLIN, MA 02038

11305    ZANNINOS CATERING, 7770 GOUGH ST., BALTIMORE, MD 21224

11305    ZAPP, OTTO, 719 N 20TH, ORD, NE 68862

11305    ZAREMBSKI, PAUL, 1435 W BELLE PLAINE AVE, CHICAGO, IL 60613

11305    ZAREMBY, FREDRICK H, 6914 FINAMORE CIR, LAKE WORTH, FL 33467

11305    ZARNICK, KIMBERLY JEAN, 2308 W. DARREL ROAD, PHOENIX, AZ 85042

11305    ZARTLER, RICHARD A, 2013 DUBLIN RD, PLANO, TX 75094

11305    ZARUBA, MARY L, 3712 9TH ST, BALTIMORE, MD 21225

11305    ZEE MEDICAL INC, PO BOX 1210 - S.C. #134, INDIAN TRAIL, SC 28079

11305    ZEE MEDICAL SERVICE CO., 2845 S. WORKMAN MILL ROAD, WHITTIER, CA 90601

11305    ZEE MEDICAL SERVICES, PO BOX 35, SOUTH HOUSTON, TX 77587

11305    ZEHENDER, MICHAEL W, 1455 TALLEVAST RD, STE L1565, SARASOTA, FL 34243

11305    ZENIECKI, PAULA M, 5517 N 69TH ST, MILWAUKEE, WI 53218

11305    ZEP MANUFACTURING CO, PO BOX 530737, ATLANTA, GA 30353-0737

11305    ZEP MANUFACTURING CO., PO BOX 382012, PITTSBURGH, PA 15250-8012

11305    ZERHUSEN, HENRY P, 5055 DRYWELL CT, COLUMBIA, MD 21045

11305    ZHAO, XINJIN, 1731 CATTAIL MEADOWS DR, WOODBINE, MD 21791

11305    ZIEBARTH, MICHAEL S, 12071 LITTLE PATUXEAT PKY, COLUMBIA, MD 21044

11305    ZIMMERMAN, HAROLD F, 3708 BRENTFORD RD, RANDALLSTOWN, MD 21133

11305    ZIMMERMAN, RELINDE K, 7390 HICKORY LOG CIR, COLUMBIA, MD 21045

11305    ZIONS, SHARON L, 23840 C R 44A, EUSTIS, FL 32736

11305    ZIPPERER, ALLEN W, N22 W26684 SHOOTING STAR RD, PEWAUKEE, WI 53072

11305    ZOGLMAN, EUGENE B, 1611 PLEASANT VALLEY RD, OWENSBORO, KY 42301

11305    ZOGLMAN, EUGENE B, 1611 PLEASANT VALLEY RD, OWENSBORO, KY 42303

11305    ZOOK, LINDA MARIE, 6800 KERR DAM RD, POLSON, MT 59860

11305    ZUK, STANLEY R, 19 BRACKETT AVE, STONEHAM, MA 02180

11305    ZUKAS III, GEORGE W, C/O PATRICIA A ZUKAS, 10611 ST PAUL AVE, WOODSTOCK, MD 21163

11305    ZUNIGA, RICHARD A, 54 AVE ALPHONSE XIII, BRUSSELS, B1180BELGIUM          *VIA Deutsche Post*

**Subtotal for this group:  11048**

WR Grace