## EXHIBIT A

**Case Administration (19.60 Hours; $ 7,490.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.70 | $720 | 4,824.00 |
| Ronald E. Reinsel | .40 | $540 | 216.00 |
| Rita C. Tobin | .60 | $415 | 249.00 |
| Robert C. Spohn | 5.50 | $200 | 1,100.00 |
| Andrew D. Katznelson | 4.50 | $175 | 787.50 |
| David B. Smith | 1.90 | $165 | 313.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/04 | DBS | 165.00 | 0.30 | Review and compile incoming pleadings and correspondence for case files. |
| 10/05/04 | PVL | 720.00 | 0.10 | Review 12 miscellaneous orders. |
| 10/05/04 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 10/05/04 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/05/04 (.2). |
| 10/06/04 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/06/04 (.3). |
| 10/06/04 | RER | 540.00 | 0.40 | Review hearing memo re 2019 rulings and follow-up. |
| 10/07/04 | PVL | 720.00 | 0.10 | Review Hurford e-mail and reply. |
| 10/07/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/7/04 (.1). |
| 10/08/04 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/08/04 (.3). |
| 10/11/04 | PVL | 720.00 | 0.60 | Teleconference Wyron, Sakalo and Hurford re KWELM order (.5); review e-mail and reply (.1). |

{D0031563:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/12/04 | PVL | 720.00 | 0.50 | Review 4 miscellaneous filings (.1); review Acton lift stay motion (.1); review e-mail (.1); teleconference Baer, Sakalo and Hurford (.2). |
| 10/12/04 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/12/04 (.6); search files for specific documents requested by attorney (.3). |
| 10/12/04 | ADK | 175.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 10/13/04 | PVL | 720.00 | 0.30 | Review 6 miscellaneous filings (.1); teleconference Hurford (.1); review Peterson memo (.1). |
| 10/13/04 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/13/04 (.5). |
| 10/13/04 | ADK | 175.00 | 0.50 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 10/14/04 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/14/04 (.3). |
| 10/15/04 | PVL | 720.00 | 0.20 | Teleconference Sullivan (.1); review agenda (.1). |
| 10/15/04 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 10/15/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/15/04 (.1). |
| 10/17/04 | PVL | 720.00 | 0.10 | Review opinion re MVC injunction. |
| 10/18/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/18/04 (.1). |
| 10/18/04 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 10/19/04 | PVL | 720.00 | 0.30 | Review e-mail and reply (.1); review Eskin e-mail and reply (.1); review 8 miscellaneous filings (.1). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/19/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/19/04 (.1). |
| 10/19/04 | ADK | 175.00 | 0.50 | Researched payment schedule for past payments received. |
| 10/20/04 | PVL | 720.00 | 0.10 | Review Fed. Ins. motion to strike ACC brief. |
| 10/20/04 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/20/04 (.5). |
| 10/21/04 | PVL | 720.00 | 0.30 | Review 2 miscellaneous filings (.1); review stock transfer motion (.2). |
| 10/21/04 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/21/04 (.5). |
| 10/22/04 | PVL | 720.00 | 0.10 | Review Grace reply re Gandy. |
| 10/22/04 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/22/04 (.2). |
| 10/22/04 | ADK | 175.00 | 0.50 | Prepared all relevant materials for upcoming Committee conference call. |
| 10/25/04 | PVL | 720.00 | 2.40 | Attend omni hearing (1.6); confer Baena and Sakalo (.3); confer counsel for Wachovia (.2); teleconferences EI (.2); review 14 miscellaneous filings (.1). |
| 10/25/04 | RCT | 415.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 10/26/04 | PVL | 720.00 | 0.50 | Review 6 miscellaneous filings (.1); confer JPC re response to motion to clerk (.4). |
| 10/26/04 | RCS | 200.00 | 0.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/26/04 (.6); retrieve documents requested by attorney (.2). |
| 10/27/04 | PVL | 720.00 | 0.50 | Confer JWD (.1); review draft opposition to motion to strike ACC appeal (.2); memo to JPC (.1); teleconference EI (.1). |

{D0031563:1 }

| 10/27/04 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/27/04 (.2); search docket and retrieve specific documents requested by attorney. |
|---|---|---|---|---|
| 10/27/04 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 10/28/04 | PVL | 720.00 | 0.20 | Review Gerard op. (.1); review ACC resp. re motion to strike appeal (.1). |
| 10/28/04 | DBS | 165.00 | 1.10 | Prepare exhibits to opposition brief for filing with the court. |
| 10/29/04 | PVL | 720.00 | 0.30 | Review e-mail (.2); review grand jury correspondence and press release (.1). |
| 10/29/04 | ADK | 175.00 | 0.50 | Reviewed and edited minutes from Committee conference call for EI. |
| 10/29/04 | DBS | 165.00 | 0.50 | Prepare exhibits to opposition brief for filing with the court. |
| 10/31/04 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |

**Total Task Code .04        19.60**


**Claim Analysis Objection & Resolution (Asbestos) (3.10 Hours; $ 899.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| John P. Cunningham | 3.10 | $290 | 899.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/04 | JPC | 290.00 | 1.00 | Review developments in asbestos litigation. |
| 10/04/04 | JPC | 290.00 | 0.80 | Review developments in asbestos litigation. |
| 10/05/04 | JPC | 290.00 | 0.50 | Review developments in asbestos litigation. |

{D0031563:1 }

| 10/06/04 | JPC | 290.00 | 0.40 | Review developments in asbestos litigation. |
|---|---|---|---|---|
| 10/07/04 | JPC | 290.00 | 0.40 | Review developments in asbestos litigation. |

**Total Task Code .05    3.10**

**Committee, Creditors', Noteholders' or Equity Holders' (.20 Hours; $ 159.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $795 | 159.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/23/04 | EI | 795.00 | 0.20 | Work to prepare for call (.2). |

**Total Task Code .07    .20**

**Fee Applications, Applicant (3.50 Hours; $ 1,092.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $415 | 830.00 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/05/04 | RCT | 415.00 | 0.10 | Review fee app schedule for October. |
| 10/13/04 | RCT | 415.00 | 0.50 | Review prebills. |
| 10/14/04 | RCT | 415.00 | 0.50 | Review exhibits to monthly fee apps. |
| 10/18/04 | RCT | 415.00 | 0.20 | Address fee issue. |
| 10/21/04 | ADK | 175.00 | 1.00 | Worked on fee application. |

{D0031563:1 }

| 10/22/04 | RCT | 415.00 | 0.50 | Review final of monthly fee app. |
| 10/22/04 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 10/29/04 | RCT | 415.00 | 0.20 | Review fee app schedule for November. |

**Total Task Code .12        3.50**


**Litigation and Litigation Consulting (36.50 Hours; $ 12,176.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $795 | 1,033.50 |
| Walter B. Slocombe | .20 | $590 | 118.00 |
| Albert G. Lauber | .40 | $580 | 232.00 |
| Nathan D. Finch | 4.10 | $475 | 1,947.50 |
| John P. Cunningham | 30.50 | $290 | 8,845.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/04 | NDF | 475.00 | 0.20 | Review recent docket entries (.2). |
| 10/06/04 | NDF | 475.00 | 0.60 | Prepare materials re various valuation issues (.6). |
| 10/07/04 | NDF | 475.00 | 0.40 | Analysis of voting issue (.4). |
| 10/15/04 | EI | 795.00 | 0.30 | T/c Rice re: his notes and motions. |
| 10/18/04 | AGL | 580.00 | 0.20 | Review pending orders and motions. |
| 10/18/04 | EI | 795.00 | 1.00 | Work on Rice memo and draft memo (1.0). |
| 10/19/04 | JPC | 290.00 | 1.60 | Rvw Insurers' motion to strike pleading re: FCR appeal (1.1); corresp w/local counsel, NDF, and PVNL re: same (0.5). |
| 10/20/04 | NDF | 475.00 | 0.20 | Review emails re extension of time (.2). |

{D0031563:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/21/04 | JPC | 290.00 | 1.90 | Begin drafting response to Insurers' motion to strike pleading re: FCR appeal (0.5); conduct research for same (1.4) |
| 10/22/04 | AGL | 580.00 | 0.20 | Review pending orders and motions. |
| 10/22/04 | JPC | 290.00 | 4.80 | Continue drafting response to Insurers' motion to strike pleading regarding FCR appeal (0.9); continue research for same (3.6); corresp with local counsel regarding filing and service of same (0.3). |
| 10/25/04 | JPC | 290.00 | 5.20 | Continue drafting response to Insurers' motion to strike pleading re: FCR appeal (2.1); continue research for same (2.9); corresp w/local counsel re: exhibits for same (0.2). |
| 10/26/04 | JPC | 290.00 | 4.80 | Continue drafting response to Insurers' motion to strike pleading re: FCR appeal (2.2); continue research for same (2.6). |
| 10/27/04 | JPC | 290.00 | 5.00 | Continue drafting response to Insurers' motion to strike pleading regarding FCR appeal (3.9); continue research for same (1.1). |
| 10/28/04 | WBS | 590.00 | 0.20 | Rev 3d Cir. order. |
| 10/28/04 | JPC | 290.00 | 4.40 | Edit response to insurers' motion to strike pleading re: FCR appeal (1.3); finish rs for same (2.1); corresp. w/ local counsel re: filing and service of same (.8); conf. w/ DBS re: exhibits for response (.2). |
| 10/28/04 | NDF | 475.00 | 0.70 | T/c Cohen re insurance issue (.3); read opinion re bankruptcy injunction (.2); memo EI, PVNL re insurance issue (.2). |
| 10/29/04 | JPC | 290.00 | 2.80 | Finalize response to Insurers' motion to strike pleading re: FCR appeal (1.1); corresp. w/ local counsel re: filing and service of same (1.3); conf. w/ DBS re: same (.4). |
| 10/29/04 | NDF | 475.00 | 2.00 | Work on memo to committee re insurance issues (1.5); review target letter and subpoenas from DOJ to Grace (.5). |

**Total Task Code .16        36.50**

{D0031563:1 }

**Plan & Disclosure Statement (4.00 Hours; $ 2,931.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.60 | $795 | 2,067.00 |
| Peter Van N. Lockwood | .50 | $720 | 360.00 |
| Julie W. Davis | .90 | $560 | 504.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/12/04 | EI | 795.00 | 0.20 | T/c Budd re: negotiations. |
| 10/14/04 | EI | 795.00 | 0.20 | T/c Rice re: discussions. |
| 10/15/04 | PVL | 720.00 | 0.10 | Teleconference EI. |
| 10/19/04 | PVL | 720.00 | 0.40 | Review Rice memo (.1); teleconference Cohn (.2); teleconference EI (.1). |
| 10/22/04 | EI | 795.00 | 0.70 | Memo to Committee and conference call set up (.7). |
| 10/25/04 | JWD | 560.00 | 0.50 | Review 2019 order (.2); telephone conference with P. Milch (.3) |
| 10/25/04 | EI | 795.00 | 1.50 | Conference call re: status. |
| 10/27/04 | JWD | 560.00 | 0.40 | Revise, edit memo re 2019 order, draft cover memo re same |

**Total Task Code .17      4.00**

**Tax Issues (1.50 Hours; $ 517.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Neal M. Kochman | 1.50 | $345 | 517.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0031563:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/22/04 | NMK | 345.00 | 1.50 | Review debtor's emergency motion to preserve NOLs |

**Total Task Code .19**      **1.50**


**Travel – Non Working (1.70 Hours; $ 612.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $360 | 612.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/25/04 | PVL | 360.00 | 1.70 | Travel to/from Wilmington (1/3 time). |

**Total Task Code .21**      **1.70**


**Valuation (.70 Hours; $ 556.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $795 | 556.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/19/04 | EI | 795.00 | 0.50 | Further work on numbers (.3); t/c Larry Tersigni re: same (.2). |
| 10/21/04 | EI | 795.00 | 0.20 | Numbers memo. |

**Total Task Code .22**      **.70**

{D0031563:1 }

**Fee Auditor Matters (.10 Hours; $ 41.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .10 | $415 | $41.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/19/04 | RCT | 415.00 | 0.10 | Review fee auditor correspondence re: fee issue. |

**Total Task Code .32**      **.10**

{D0031563:1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 286.72 |
| Database Research | 680.76 |
| Long Distance-Equitrac In-House | 2.15 |
| NYO Long Distance Telephone | 1.86 |
| Telecopier/Equitrac | 13.20 |
| Xeroxing | 56.55 |
| **Total for Report** | **$ 1,041.24** |

{D0031563:1 }