**EXHIBIT B**

**Case Administration (19.6 Hours; $ 7,490.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        19.6**

**Claim Analysis Objection & Resolution (Asbestos) (3.1 Hours; $ 899.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        3.1**

**Committee, Creditors', Noteholders' or Equity Holders' (.2 Hours; $ 159.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07          .2**

**Fee Applications, Applicant (3.5 Hours; $ 1,092.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        3.5**

**Litigation and Litigation Consulting (36.5 Hours; $ 12,176.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        36.5**

**Plan & Disclosure Statement (4.0 Hours; $ 2,931.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        4.0**


**Tax Issues (1.5 Hours; $ 517.50)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19        1.5**


**Travel Non-Working (1.7 Hours; $ 612.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        1.7**


**Valuation (.7 Hours; $ 556.50)**

Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

**Total Task Code .22        .7**


**Fee Auditor Matters (.1 Hours; $ 41.50)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        .1**