## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 286.72 |
| Database Research | 680.76 |
| Long Distance-Equitrac In-House | 2.15 |
| NYO Long Distance Telephone | 1.86 |
| Telecopier/Equitrac | 13.20 |
| Xeroxing | 56.55 |
| **Total for Report** | **$ 1,041.24** |

{D0031565:1 }