```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                         Page:   1
Matter      000                   Disbursements                                                                    11/23/2004
                                                                                                              Print Date/Time:
                                                                                                                   11/23/2004
                                                                                                                   11:49:35AM
Attn:                                                                                                             Invoice #

                                              PREBILL / CONTROL REPORT
                                                    Trans Date Range:  1/1/1950  to: 10/31/2004
Matter      000
Disbursements
Bill Cycle:      Monthly          Style:       i1         Start:    4/16/2001
                                                           Last Billed : 10/24/2004                      13,655
```

Trust Amount Available

Total Expenses Billed To Date    $244,291.24

```
                                                        Billing Empl:         0120     Elihu  Inselbuch
                                                        Responsible Empl:     0120     Elihu  Inselbuch
                                                        Alternate Empl:       0120     Elihu  Inselbuch
                                                        Originating Empl:     0120     Elihu  Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard Bailor | 0.00 | 268.00 | 0.00 | 268.00 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 18.72 | 0.00 | 18.72 |
| 0234 | RET | Rita E Tower | 0.00 | 0.60 | 0.00 | 0.60 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 21.60 | 0.00 | 21.60 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 732.32 | 0.00 | 732.32 |
|  |  |  | **0.00** | **1,041.24** | **0.00** | **1,041.24** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G ---------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G ---------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1704965 | Photocopy | E | 10/01/2004 | 0238 | SLG | 0.00 |  | $1.95 | 0.00 |  | $1.95 | 1.95 |
| 1706241 | Photocopy | E | 10/04/2004 | 0238 | SLG | 0.00 |  | $2.70 | 0.00 |  | $2.70 | 4.65 |
| 1706254 | Photocopy | E | 10/04/2004 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 5.25 |
| 1706273 | Photocopy | E | 10/04/2004 | 0999 | C&D | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 5.55 |
| 1706537 | Federal Express to Lisa Busch from EI on 9/17 | E | 10/05/2004 | 0120 | EI | 0.00 |  | $11.45 | 0.00 |  | $11.45 | 17.00 |
| 1707816 | Photocopy | E | 10/07/2004 | 0999 | C&D | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 17.90 |
| 1708211 | Federal Express to Kris McLean from BSB on 9/20 | E | 10/08/2004 | 0001 | BSB | 0.00 |  | $268.00 | 0.00 |  | $268.00 | 285.90 |
| 1708701 | Photocopy | E | 10/08/2004 | 0238 | SLG | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 286.50 |
| 1709219 | Photocopy | E | 10/12/2004 | 0238 | SLG | 0.00 |  | $3.90 | 0.00 |  | $3.90 | 290.40 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | 11/23/2004 | |

Print Date/Time:
11/23/2004
11:49:35AM

Attn:                                                                                                                                                                                       Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1709615 | Equitrac - Long Distance to 2145239157 | | E | 10/13/2004 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 290.50 |
| 1709666 | Equitrac - Long Distance to 3024261900 | | E | 10/13/2004 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 290.59 |
| 1709692 | Equitrac - Long Distance to 2145236265 | | E | 10/13/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 290.64 |
| 1709796 | Fax Transmission to 12145239157 | | E | 10/13/2004 | 0234 | RET | 0.00 | $0.60 | 0.00 | $0.60 | 291.24 |
| 1709883 | Photocopy | | E | 10/15/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 291.99 |
| 1711667 | Equitrac - Long Distance to 7324312027 | | E | 10/15/2004 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 292.27 |
| 1711890 | Photocopy | | E | 10/15/2004 | 0238 | SLG | 0.00 | $3.75 | 0.00 | $3.75 | 296.02 |
| 1711911 | Photocopy | | E | 10/15/2004 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 297.07 |
| 1712462 | Photocopy | | E | 10/18/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 297.97 |
| 1712517 | Photocopy | | E | 10/18/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 298.87 |
| 1712534 | Photocopy | | E | 10/18/2004 | 0238 | SLG | 0.00 | $3.90 | 0.00 | $3.90 | 302.77 |
| 1712706 | Equitrac - Long Distance to 3024260166 | | E | 10/19/2004 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 303.01 |
| 1712743 | Equitrac - Long Distance to 6179512505 | | E | 10/19/2004 | 0999 | C&D | 0.00 | $1.26 | 0.00 | $1.26 | 304.27 |
| 1712938 | Photocopy | | E | 10/19/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 305.02 |
| 1712982 | Photocopy | | E | 10/19/2004 | 0238 | SLG | 0.00 | $3.60 | 0.00 | $3.60 | 308.62 |
| 1713248 | Federal Express to Katie Hemming from EI on 9/28 | | E | 10/20/2004 | 0120 | EI | 0.00 | $7.27 | 0.00 | $7.27 | 315.89 |
| 1713284 | Equitrac - Long Distance to 8432169159 | | E | 10/20/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 315.94 |
| 1713863 | Photocopy | | E | 10/21/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 317.74 |
| 1713962 | Photocopy | | E | 10/21/2004 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 323.14 |
| 1714237 | Fax Transmission to 12145239159 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 323.74 |
| 1714238 | Fax Transmission to 12145239157 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 323.89 |
| 1714239 | Fax Transmission to 12145239158 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 324.49 |
| 1714240 | Fax Transmission to 12145239157 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 324.94 |
| 1714241 | Fax Transmission to 12145991171 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 325.54 |
| 1714242 | Fax Transmission to 12148248100 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 326.74 |
| 1714244 | Fax Transmission to 17136501400 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 327.34 |
| 1714245 | Fax Transmission to 13125516759 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 327.94 |
| 1714246 | Fax Transmission to 18432169290 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 328.54 |
| 1714247 | Fax Transmission to 13026565875 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 329.14 |
| 1714248 | Fax Transmission to 14067527124 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 329.74 |
| 1714249 | Fax Transmission to 15108354913 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 330.34 |
| 1714251 | Fax Transmission to 12165750799 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 330.94 |
| 1714252 | Fax Transmission to 13053796222 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 331.54 |
| 1714253 | Fax Transmission to 14124718308 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 332.14 |
| 1714254 | Fax Transmission to 12123440994 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 332.74 |
| 1714255 | Fax Transmission to 16179510679 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 333.34 |
| 1714258 | Fax Transmission to 13024269947 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 333.94 |
| 1714259 | Fax Transmission to 14122615066 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 334.54 |
| 1714260 | Fax Transmission to 18432169450 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 335.14 |
| 1714261 | Fax Transmission to 18032597305 | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 335.74 |
| 1714280 | Photocopy | | E | 10/22/2004 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 336.94 |
| 1714286 | Photocopy | | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 337.84 |
| 1714363 | Photocopy | | E | 10/22/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 339.19 |
| 1714393 | Photocopy | | E | 10/22/2004 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 341.29 |
| 1714396 | Photocopy | | E | 10/22/2004 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 344.89 |
| 1714543 | NYO Long Distance Telephone- 9/1-9/30 | | E | 10/25/2004 | 0999 | C&D | 0.00 | $1.86 | 0.00 | $1.86 | 346.75 |
| 1715057 | Photocopy | | E | 10/25/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 348.10 |
| 1715065 | Photocopy | | E | 10/25/2004 | 0999 | C&D | 0.00 | $8.10 | 0.00 | $8.10 | 356.20 |
| 1715646 | Photocopy | | E | 10/26/2004 | 0238 | SLG | 0.00 | $0.30 | 0.00 | $0.30 | 356.50 |
| 1716714 | Photocopy | | E | 10/27/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 356.80 |
| 1717858 | Photocopy | | E | 10/28/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 357.55 |
| 1717890 | Photocopy | | E | 10/28/2004 | 0999 | C&D | 0.00 | $2.85 | 0.00 | $2.85 | 360.40 |
| 1718732 | Equitrac - Long Distance to 3024261900 | | E | 10/29/2004 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 360.48 |
| 1720481 | Database Research by JPC on 10/26 & 28 | | E | 10/31/2004 | 0999 | C&D | 0.00 | $622.44 | 0.00 | $622.44 | 982.92 |
| 1720482 | Database Research by SRB on 10/27 | | E | 10/31/2004 | 0999 | C&D | 0.00 | $58.32 | 0.00 | $58.32 | 1,041.24 |
| **Total Expenses** | | | | | | | 0.00 | $1,041.24 | 0.00 | $1,041.24 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 1,041.24 | 1,041.24 |
| Matter Total | 0.00 | 1,041.24 | 0.00 | 1,041.24 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter     000                     Disbursements                                                                         11/23/2004
                                                                                                                       Print Date/Time:
                                                                                                                         11/23/2004
                                                                                                                         11:49:35AM
Attn:                                                                                                                     Invoice #


                Prebill Total Fees


                Prebill Total Expenses                                                              $1,041.24                $1,041.24


                Prebill Total                                                         0.00         $1,041.24        0.00    $1,041.24
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,040.00 | 8,608.00 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,746.88 | 12,746.88 |
|  |  | 1,376,326.97 | 249,593.81 |