## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                           Chapter 11

W.R. GRACE & CO., *et al.*,                      Case No. 01-1139 (JKF)

                    Debtors.                     (Jointly Administered)

_____

**Objection Deadline: December 21, 2004 at 4:00 p.m.**

## THIRTY-SIXTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Name of Applicant:                               Klett Rooney Lieber & Schorling,
                                                 a Professional Corporation

Authorized to Provide
Professional Services to:                        The Official Committee of Equity Holders

Date of Retention:                               October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:                     October 1, 2004 through October 31, 2004

Amount of fees to be approved
as actual, reasonable and necessary:             $20,982.00

Amount of expenses sought as
actual, reasonable and necessary:                $144.74

This is a(n): ___ interim          ___ final application.          _x_ monthly application.

The total time expended for the preparation of this application will be included in the next
interim fee application.

KRLSWLM: 58375v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

| | | | | |
|---|---|---|---|---|
| 8/31/04 | 7/1/04 through | $20,746.50/ | $16,597.20/ | 6436 |
| 6292 | 7/31/04 | $1,010.62 | $1,010.62 | 9/21/04 |
| 9/28/04 | 8/1/04 through | $20,512.00/ | $16,409.60/ | 6780 |
| 6485 | 8/31/04 | $1,821.42 | $1,821.42 | 10/28/04 |
| 10/28/04 | 9/1/04 through | $20,634.50/ | $16,076.60/ | 7001 |
| 6779 | 9/30/04 | $1,231.46 | $1,231.46 | 11/19/04 |

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $465 | 32.2 | $14,973.00 |
| Rhonda L. Thomas | $220 | 15.2 | $3,344.00 |
| Raelena Y. Taylor | $130 | 20.5 | $2,665.00 |
| **TOTAL** | | **67.9** | **$20,982.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

| Project category | Total Hours | Total Fees |
|------------------|-------------|------------|
| Asset Disposition | 8.7 | $3,604.50 |
| Business Operations | 1.1 | $389.00 |
| Case Administration | 13.2 | $3,048.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 5.2 | $2,369.00 |
| Employee Benefits/Pension | 0.9 | $418.50 |
| Employment Applications, Others | 1.7 | $643.50 |
| Fee Applications, Applicant | 7.0 | $1,009.00 |
| Fee Applications, Others | 10.8 | $1,800.00 |
| Litigation and Litigation Consulting | 7.8 | $3,088.00 |
| Hearings | 3.7 | $1,622.50 |
| Plan and Disclosure Statement | 4.0 | $1,370.00 |
| Relief From Stay Proceedings | 3.8 | $1,620.00 |
| **TOTAL** | **67.9** | **$20,982.00** |

KRLSWLM: 58375v1

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $89.10 |
| Federal Express | $40.34 |
| Messenger Services | $15.00 |
| Telephone | $0.30 |
| **TOTAL** | **$144.74** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**


By:   /s/ Rhonda Thomas
          Teresa K. D. Currier (No. 3080)
          Rhonda L. Thomas (No. 4053)
          1000 West Street, Suite 1410
          Wilmington, DE 19801
          (302) 552-4200

          Co-Counsel to the Official Committee of
          Equity Holders

Dated: November 30, 2004

KRLSWLM: 58375v1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 18, 2004
MATTER : W9600-000
INVOICE : 183390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  EXPENSES

DESCRIPTION OF EXPENSE ADVANCES
- - - - - - - - - - - - - - - - - - - - - - - - -

AMOUNT
- - - - - -

| Date | Description | Amount |
|------|-------------|-------:|
| 09/27/04 | REPRODUCTION OF DOCUMENTS | 23.85 |
| 09/28/04 | REPRODUCTION OF DOCUMENTS | 19.35 |
| 09/28/04 | TELEPHONE 7688 | 0.30 |
| 09/29/04 | REPRODUCTION OF DOCUMENTS | 8.85 |
| 10/01/04 | REPRODUCTION OF DOCUMENTS | 25.65 |
| 10/12/04 | FEDERAL EXPRESS - FEDEX - # 7-661-47652 | 28.61 |
| 10/12/04 | FEDERAL EXPRESS - FEDEX - # 7-660-90675 | 11.73 |
| 10/13/04 | MESSENGER SERVICES - PARCELS, INC. - # 25184 | 7.50 |
| 10/19/04 | REPRODUCTION OF DOCUMENTS | 11.40 |
| 10/21/04 | MESSENGER SERVICES - PARCELS, INC. - # 25461 | 7.50 |

TOTAL EXPENSE ADVANCES :          144.74

TOTAL DUE  :          144.74

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER : W9600-002
INVOICE : 183391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/05/04 | TC | REVIEWED ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT WITH KWELMBS COMPANIES | .40 |
| 10/05/04 | TC | REVIEWED ORDER APPROVING SETTLEMENT WITH DEBTORS AND AKZO AND AUTHORIZING PAYMENT OF SETTLEMENT AMOUNT | .30 |
| 10/08/04 | TC | REVIEWED DEBTORS' MOTION TO ASSUME AND ASSIGN A LEASE LOCATED IN YORK PA | .60 |
| 10/08/04 | TC | REVIEWED ORDER ON ALLOWANCE OF ADMINISTRATIVE CLAIM OF M&I FIRST NATIONAL LEASING | .40 |
| 10/13/04 | RLT | REVIEWED MOTION TO ASSUME/REJECT DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN A LEASE AND SUBLEASE FOR CERTAIN REAL PROPERTY IN YORK, PA FILED BY W.R. GRACE & CO. | .40 |
| 10/13/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO ACQUIRE CERTAIN ASSETS FROM FLEXIA CORPORATION. | .30 |
| 10/13/04 | RLT | REVIEWED ORDER APPROVING A SETTLEMENT AGREEMENT WITH HONEYWELL INTERNATIONAL, INC. | .30 |
| 10/13/04 | RLT | REVIEWED ORDER EXTENDING TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY | .20 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :     NOVEMBER 18, 2004
                                           MATTER :   W9600-002
                                           INVOICE :  183391


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

    RE:  ASSET DISPOSITION


| Date | | Description | Hours |
|------|-----|-------------|-------|
| 10/13/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A SETTLEMENT AGREEMENT WITH THE INTERNAL REVENUE SERVICE IN CONNECTION WITH INTEREST DEDUCTIONS CLAIMED WITH RESPECT TO CORPORATE OWENED LIFE INSURANCE. | .20 |
| 10/14/04 | TC | REVIEWED ORDER EXTENDING TIME TO ASSUME OR REJECT LEASES | .40 |
| 10/14/04 | TC | REVIEWED ORDER AUTHORIZING SETTLEMENT WITH IRS | .50 |
| 10/14/04 | TC | REVIEWED ORDER AUTHORIZING ACQUISITION OF ASSETS FROM FLEXIA | .50 |
| 10/14/04 | TC | REVIEWED ORDER AUTHORIZING SETTLEMENT WITH HONEYWELL | .50 |
| 10/20/04 | TC | REVIEWED MOTION TO STOP TRANSFERS OF EQUITY SECURITIES | .80 |
| 10/20/04 | TC | REVIEWED DEBTORS' EMERGENCY MOTION FOR RELIEF FROM ORDER LIMITING TRANSFER OF EQUITY SECURITIES | .50 |
| 10/20/04 | TC | REVIEWED DEBTORS' THIRTEENTH REPORT OF SETTLEMENTS | .50 |
| 10/20/04 | TC | REVIEWED THIRTEENTH QUARTERLY REPORT OF ASSET SALES | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     NOVEMBER 18, 2004
MATTER : W9600-002
INVOICE :  183391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  ASSET DISPOSITION

| | | | |
|---|---|---|---|
| 10/21/04 RLT | REVIEWED STATUS REPORT DEBTORS' THIRTEENTH QUARTERLY REPORT OF SETTLEMENTS FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 IN ACCORDANCE WITH THAT CERTAIN AMENDED ORDER AUTHORIZING AND APPROVING AN OMNIBUS PROCEDURE FOR SETTLING CERTAIN CLAIMS AND CAUSES OF ACTION BROUGHT BY OR AGAINST THE DEBTORS IN A JUDICIAL, ADMINISTRATIVE,ARBITRAL OR OTHER ACTION OR PROCEEDING | | .40 |
| 10/23/04 TC | REVIEWED NOTICE OF SETTLEMENT BETWEEN DEBTORS AND COUDERT BROTHERS | | .50 |
| 10/25/04 TC | REVIEWED ORDER ON SETTLEMENT NOTICE WITH MISSOURI DEPARTMENT OF NATURAL RESOURCES | | .20 |
| 10/27/04 TC | REVIEWED ORDER APPROVING SETTLEMENT WITH HONEYWELL | | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.80 | 396.00 |
| T CURRIER | 465.00 | 6.90 | 3208.50 |
| TOTALS | | 8.70 | 3604.50 |

TOTAL FEES :          3,604.50

TOTAL DUE  :          3,604.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     NOVEMBER 18, 2004
MATTER : W9600-003
INVOICE :  183392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/06/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD AUGUST 2004 | .50 |
| 10/27/04 | TC | REVIEWED REVISED ORDER LIMITING TRANSFERS OF EQUITY SECURITIES | .30 |
| 10/27/04 | TC | REVIEWED ORDER LIMITING CERTAIN TRANSFERS OF EQUITY SECURITIES | .30 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER | 465.00 | .60 | 279.00 |
| TOTALS | | 1.10 | 389.00 |

TOTAL FEES :       389.00

TOTAL DUE  :       389.00

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-004
INVOICE :  183393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/04 | RTT | REVIEW E-FILING NOTIFICATIONS | .20 |
| 10/01/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/04/04 | RTT | REVIEW E-FILING NOTIFICATIONS | .20 |
| 10/04/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA NOTICE RE 10/6/04 HEARING | .30 |
| 10/04/04 | TC | REVIEWED OBJECTION OF FEDERAL INSURANCE COMPANY TO BARON BUDD PLEADINGS | .40 |
| 10/05/04 | RLT | REVIEWED AGENDA FOR HEARING ON OCTOBER 6TH. | .40 |
| 10/05/04 | RTT | REVIEW E-FILING NOTIFICATIONS | .20 |
| 10/05/04 | TC | REVIEWED AGENDA LETTER FOR HEARING 10.6 | .50 |
| 10/06/04 | RTT | REVIEW E-FILING NOTIFICATIONS | .20 |
| 10/07/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 2.00 |
| 10/07/04 | TC | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING 10/18 | .40 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     NOVEMBER 18, 2004
                                              MATTER :   W9600-004
                                              INVOICE :  183393


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

    RE:  CASE ADMINISTRATION


| Date | Init | Description | Hours |
|---|---|---|---|
| 10/08/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA NOTICE RE 10/19/04 HEARING | .30 |
| 10/12/04 | RTT | REVIEW SEVERAL NOTIFICATION OF E-FILING RE NOTICE OF TRANSFERS | .40 |
| 10/13/04 | RLT | REVIEWED STATEMENT OF PROFESSIONALS' COMPENSATION FROM APRIL 2, 2001 THROUGH SEPTEMBER 30, 2004 | .30 |
| 10/13/04 | RTT | REVIEW E-FILING NOTIFICATIONS OF PLEADINGS FILED | .40 |
| 10/14/04 | RTT | REVIEW SEVERAL E-FILING NOTIFICATIONS OF PLEADINGS FILED | .30 |
| 10/15/04 | RTT | REVIEW E-FILING NOTIFICATIONS | .10 |
| 10/15/04 | TC | REVIEWED DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS | .40 |
| 10/15/04 | TC | REVIEWED MEMORANDUM OPINION ON DEBTORS' MOTION TO EXPAND PRELIMINARY INJUNCTION ON VERMICULITE | .40 |
| 10/18/04 | RLT | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY W.R. GRACE & CO. | .40 |
| 10/19/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 10/21/04 | RLT | REVIEWED AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY W.R. GRACE & CO. HEARING SCHEDULED FOR 10/25/2004 AT 12:00 PM | .30 |
| 10/22/04 | RTT | REVIEW NOTIFICATION OF E-FILINGS | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-004
INVOICE : 183393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 10/25/04 TC | REVIEWED HEARING AGENDA FOR HEARING TODAY | .30 |
| 10/25/04 TC | COORDINATED ATTENDANCE AT HEARING WITH PBENTLEY AND GBECKER | .20 |
| 10/26/04 TC | COMMUNICATIONS WITH PHIL BENTLEY RE HEARING AND SPECIAL COMMITTEE CALL FRIDAY | .40 |
| 10/26/04 TC | REVIEWED MATERIALS SENT TO COMMITTEE RE STATUS OF CASE AND PLAN | .60 |
| 10/28/04 RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.80 |
| 10/28/04 RTT | TELEPHONE CONFERENCE WITH RLT RE FILINGS | .10 |

## T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| R L THOMAS | 220.00 | 1.40 | 308.00 |
| R T TAYLOR | 130.00 | 8.20 | 1066.00 |
| T CURRIER | 465.00 | 3.60 | 1674.00 |
| TOTALS | | 13.20 | 3048.00 |

TOTAL FEES :                    3,048.00

TOTAL DUE  :                    3,048.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 18, 2004
MATTER :   W9600-006
INVOICE :   183394

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 10/04/04 | TC | REVIEWED ORDER GRANTING RELIEF SOUGHT IN 6TH OMNIBUS CLAIMS MOTION | .40 |
| 10/04/04 | TC | REVIEWED ORDER GRANTING RELIEF IN 5TH OMNIBUS CLAIMS MOTION | .40 |
| 10/04/04 | TC | REVIEWED CONTINUATION ORDER GRANTING RELIEF IN FOURTH CLAIMS ORDER | .30 |
| 10/04/04 | TC | REVIEWED FOURTH CONTINUATION ORDER ON THIRD OMNIBUS CLAIMS MOTION | .30 |
| 10/04/04 | TC | REVIEWED SIXTH ORDER ON CLAIMS OBJECTIONS | .40 |
| 10/14/04 | TC | REVIEWED ROCCO RESPONSE TO SUBSTANTIVE CLAIM OBJECTION | .40 |
| 10/18/04 | RLT | REVIEWED RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY ROCCO & ZWEIFACH | .20 |
| 10/25/04 | TC | REVIEWED ORDER DENYING MOTION OF INTERCAT FOR PERMISSION TO FILE A LATE PROOF OF CLAIM | .40 |
| 10/27/04 | TC | REVIEWED THIRD ORDER (SUBSTANTIVE) ON FIRST OMNIBUS CLAIMS OBJECTIONS | .30 |
| 10/27/04 | TC | REVIEWED 6TH CONTINUATION ORDER ON OMNIBUS CLAIMS MOTION | .30 |
| 10/27/04 | TC | REVIEWED FOURTH CONTINUATION ORDER RE FOURTH OMNIBUS CLAIMS MOTION | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER : W9600-006
INVOICE : 183394

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|------|---|-------------|-------|
| 10/27/04 | TC | REVIEWED NOTIFICATION PROCEDURES FOR HOLDERS OF EQUITY SECURITIES | .60 |
| 10/29/04 | TC | REVIEWED UNITED STATES' OBJECTIONS TO DEBTORS' OBJECTIONS TO CLAIMS OF MASSACHUSETTS DEPARTMENT OF REVENUE | .50 |
| 10/29/04 | TC | REVIEWED DEBTORS' OBJECTIONS TO CLAIMS OF MASSACHUSETTS DEPARTMENT OF REVENUE | .50 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| R L THOMAS | 220.00 | .20 | 44.00 |
| T CURRIER | 465.00 | 5.00 | 2325.00 |
| TOTALS | | 5.20 | 2369.00 |

TOTAL FEES :            2,369.00

TOTAL DUE  :            2,369.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     NOVEMBER 18, 2004
MATTER :   W9600-008
INVOICE :  183395

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/04/04 | TC | REVIEWED ORDER ALLOWING CONTRIBUTIONS TO DEFINED BENEFIT PLAN | .30 |
| 10/04/04 | TC | REVIEWED ORDER AUTHORIZING DEFINED BENEFIT CONTRIBUTIONS | .30 |
| 10/05/04 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO OFFER ENHANCED SEVERANCE TO CERTAIN NEWLY-HIRED EXECUTIVES | .30 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| T CURRIER | 465.00 | .90 | 418.50 |
| TOTALS | | .90 | 418.50 |

TOTAL FEES :        418.50

TOTAL DUE  :        418.50

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :   NOVEMBER 18, 2004
                                             MATTER : W9600-010
                                             INVOICE : 183396
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/05/04 | TC | REVIEWED ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF DELOITTE | .30 |
| 10/07/04 | RLT | REVIEWED AFFIDAVIT OF JANET S. BAER OF KIRKLAND & ELLIS LLP IN CONNECTION WITH THE APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO THE FCR | .30 |
| 10/13/04 | RLT | REVIEWED AFFIDAVIT - SUPPLEMENTAL DECLARATION OF JOHN C. PHILLIPS, JR. UNDER FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF PHILLIPS, GOLDMAN & SPENCE, P.A., AS DELAWARE BANKRUPTCY CO-COUNSEL TO DAVID T. AUSTERN AS FUTURE CLAIMANTS' REPRESENTATIVE | .30 |
| 10/25/04 | TC | REVIEWED MOTION OF DEBTORS' APPLICATION FOR AN ORDER APPROVING NUNC PRO TUNC RETENTION OF DELOITTE | .80 |

```
                     T I M E   S U M M A R Y
                     -----------------------

                      RATE      HOURS          TOTALS
                      ----      -----          ------

R L THOMAS           220.00      .60           132.00
T CURRIER            465.00     1.10           511.50
              TOTALS           1.70           643.50
```

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-010
INVOICE : 183396

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:   EMPLOYMENT APPLICATIONS, OTHERS

                    TOTAL FEES :                        643.50

                    TOTAL DUE  :                        643.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-011
INVOICE :  183397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/08/04 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF OCTOBER 2004 | 1.00 |
| 10/19/04 | RLT | REVIEWED AND EDITED KRLS' PREBILLS | .80 |
| 10/19/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS THIRTY-FOURTH MONTHLY FEE APPLICATION(.6); REVIEW DOCKET FOR OBJECTIONS TO SAME(.1) | .70 |
| 10/20/04 | RLT | REVIEWED AND COMMENTED ON KRLS CNO FOR 34TH MONTHLY FEE APPLICATION | .30 |
| 10/21/04 | RTT | EMAIL TO RLT RE STATUS OF CNOS TO KRLS FEE APPLICATIONS | .10 |
| 10/22/04 | RTT | REVIEW/EDIT AND COMPARE FINAL BILLS FOR SEPTEMBER 2004 | .60 |
| 10/25/04 | RTT | CONTINUE TO REVIEW/EDIT FINAL BILLS FOR SEPTEMBER 2004 | .30 |
| 10/26/04 | RTT | DRAFT KRLS THIRTY-FIFTH MONTHLY FEE APPLICATION FOR SEPTEMBER 2004 | 1.60 |
| 10/27/04 | RTT | DISTRIBUTE KRLS THIRTY-FIFTH FEE APPLICATION TO RLT | .10 |
| 10/28/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS THIRTY-FOURTH MONTHLY FEE APP | .60 |
| 10/28/04 | RTT | E-FILE AND SERVE KRLS THIRTY-FIFTH MONTHLY FEE APPLICATION | .80 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 18, 2004
                                              MATTER : W9600-011
                                              INVOICE : 183397


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

    RE:  FEE APPLICATIONS, APPLICANT

10/28/04 RTT    CALENDAR OBJECTION DEADLINE RE KRLS                    .10
                THIRTY-FIFTH MONTHLY FEE APPLICATION
```

```
                   T I M E   S U M M A R Y
                   -----------------------

                          RATE    HOURS          TOTALS
                          ----    -----          ------

   R L THOMAS            220.00    1.10          242.00
   R T TAYLOR            130.00    5.90          767.00
                TOTALS            7.00          1009.00


                TOTAL FEES :                  1,009.00


                TOTAL DUE  :                  1,009.00
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 18, 2004
                                              MATTER :  W9600-012
                                              INVOICE : 183398

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/01/04 | RLT | REVIEWED CNO FOR KRAMER LEVIN 36TH MONTHLY FEE APPLICATION | .20 |
| 10/01/04 | RTT | E-FILE AND SERVE KRAMER LEVIN'S THIRTY-SIXTH MONTHLY FEE APP(1.0); CONVERT TO WORD FORMAT FOR FEE AUDITOR(.3); PREPARE AFFIDAVIT OF SERVICE RE SAME(.2); CALENDAR OBJECTION DEADLINE RE SAME(.1) | 1.60 |
| 10/04/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-SIXTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY OFFICIAL COMMITTEE OF EQUITY HOLDERS | .10 |
| 10/05/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION SEVENTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |
| 10/05/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY CAMPBELL & LEVINE, LLC. | .10 |
| 10/05/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY L. TERSIGNI CONSULTING, P.C.. | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     NOVEMBER 18, 2004
                                              MATTER :   W9600-012
                                              INVOICE :  183398


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

     RE:   FEE APPLICATIONS, OTHERS


| 10/05/04 RLT | REVIEWED APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 2004 SIXTEENTH FILED BY DELOITTE & TOUCHE LLP. | .10 |
| 10/05/04 RLT | REVIEWED APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 2004 FIFTEENTH FILED BY DELOITTE & TOUCHE LLP. | .10 |
| 10/05/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |
| 10/05/04 RLT | REVIEWED APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JUNE 2004 SEVENTEENTH FILED BY DELOITTE & TOUCHE LLP | .10 |
| 10/06/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION -- THIRTEENTH INTERIM QUARTERLY VERIFIED APPLICATION OF HOLME ROBERTS & OWEN, LLP, FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 10/06/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |
| 10/06/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 2004 THIRTEENTH FILED BY PROTIVITI INC | .10 |
| 10/06/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FIRST MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE; FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 24, 2004 THROUGH JUNE 30, 2004 | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 18, 2004
MATTER : W9600-012
INVOICE : 183398

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 10/06/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SECOND MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 10/06/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 (THIRTEENTH FILED BY KIRKLAND & ELLIS | .10 |
| 10/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 2004 FORTY-FIRST FILED BY WALLACE KING MARRARO & BRANSON | .10 |
| 10/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRD MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |
| 10/13/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 THIRTY-FIRST FILED BY CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | .10 |
| 10/13/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY FERRY, JOSEPH & PEARCE, P.A | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-012
INVOICE : 183398


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  FEE APPLICATIONS, OTHERS


10/13/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                SEPTEMBER 2004 FILED BY WARREN H. SMITH &
                ASSOCIATES, P.C.

10/13/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST
                2004 FILED BY KIRKLAND & ELLIS.

10/14/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                FOR SERVICES RENDERED AND REIMBURSEMENT OF
                EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
                OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
                PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER
                30, 2004 FILED BY BILZIN SUMBERG BAENA PRICE &
                AXELROD LLP

10/14/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST
                2004 FORTY-FIRST FILED BY PITNEY HARDIN LLP.

10/14/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST
                2004 FORTY-FIRST FILED BY PACHULSKI, STANG,
                ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10/14/04 RLT    REVIEWED APPLICATION FOR COMPENSATION               .10
                FORTY-SECOND MONTHLY FEE APPLICATION OF STROOCK
                STROOCK & LAVAN LLP FOR INTERIM COMPENSATION
                AND REIMBURSEMENT OF EXPENSES FOR THE SERVICES
                RENDERED DURING THE PERIOD OF SEPTEMBER 1, 2004
                THROUGH SEPTEMBER 30, 2004

10/18/04 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST
                2004 THRITY-FIFTH FILED BY CASNER & EDWARDS
                LLP.


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-012
INVOICE : 183398

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 10/18/04 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-THIRD MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2004 FILED BY PRICEWATERHOUSECOOPERS LLP | .10 |
| 10/21/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-SECOND MONTHLY APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 | .10 |
| 10/21/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FOURTEENTH FILED BY CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | .20 |
| 10/21/04 RLT | REVIEWED STATUS REPORT DEBTORS' THIRTEENTH QUARTERLY REPORT OF ASSET SALES FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 IN ACCORDANCE WITH THAT CERTAIN ORDER ESTABLISHING PROCEDURES FOR THE SALE OR ABANDONMENT OF DE MINIMIS ASSETS FILED BY W.R. GRACE & CO. | .40 |
| 10/21/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 FILED BY NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. | .10 |
| 10/21/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 2004 FILED BY WOODCOCK WASHBURN LLP: | .10 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 18, 2004
                                              MATTER :  W9600-012
                                              INVOICE :  183398


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

    RE:   FEE APPLICATIONS, OTHERS


| Date | | Description | Hours |
|------|---|-------------|-------|
| 10/21/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-SIXTH FEE APP | .60 |
| 10/21/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S THIRTY-SIXTH MONTHLY FEE APPLICATION | .10 |
| 10/22/04 | RLT | REVIEWED ORDER GRANTING MOTION FOR LEAVE TO HAVE EMERGENCY MOTION FOR INTERIM ORDER LIMITING CERTAIN TRANSFERS OF EQUITY INTERESTS HEARD DURING THE DEBTORS' OCTOBER 25, 2004 | .40 |
| 10/22/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION - NOTICE OF FILING OF FIRST QUARTERLY INTERIM FEE APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 24, 2004 THROUGH JUNE 30, 2004 FILED BY DAVID AUSTERN. | .20 |
| 10/28/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVINS THIRTY-SIXTH FEE APP | .60 |
| 10/28/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRLS THIRTY FIFTH FEE APP, CERTIFICATE OF NO OBJECTION TO KRAMER AND KRLS FEE APPLICATIONS | .60 |
| 10/28/04 | RTT | COMMUNICATION WITH K.MANGUAL AT KRAMER LEVIN RE FEE APPLICATIONS | .20 |
| 10/29/04 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S THIRTY SEVENTH FEE APPLICATION | .20 |
| 10/29/04 | RTT | DRAFT NOTICE OF KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR APRIL 1, 2004 THROUGH JUNE 30, 2004 | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-012
INVOICE :  183398

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 10/29/04 RTT | COMMUNICATION WITH K.MANGUAL RE KRAMER'S QUARTERLY FEE APPLICATION | .20 |
| 10/29/04 RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-FIFTH FEE APPLICATION | .60 |
| 10/29/04 RTT | COMMUNICATION WITH K.MANGUAL RE CERTIFICATES OF NO OBJECTION TO KRAMER'S FEE APPLICATIONS | .20 |
| 10/29/04 RTT | E-FILE AND SERVE KRAMER LEVIN'S THIRTY-SEVENTH MONTHLY FEE APPLICATION FOR AUGUST 2004 | .80 |
| 10/29/04 RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S THIRTY-SEVENTH MONTHLY FEE APPLICATION | .10 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 4.40 | 968.00 |
| R T TAYLOR | 130.00 | 6.40 | 832.00 |
| TOTALS | | 10.80 | 1800.00 |

TOTAL FEES :                          1,800.00

TOTAL DUE  :                          1,800.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 18, 2004
                                            MATTER :  W9600-014
                                            INVOICE : 183399


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

     RE:  HEARINGS


 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----   ----   -------------------------------                     -----

10/04/04 TC    REVIEWED AND CALENDARED NOTICE OF SPECIAL             .40
               HEARING TO ADDRESS MOTION TO REQUIRE FILINGS
               UNDER RULE 2019

10/04/04 TC    REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED        .40
               FOR HEARING 10/6

10/04/04 TC    REVIEWED NOTICE OF AGENDA FOR HEARING 10/6            .50

10/07/04 RLT   REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED        .40
               FOR HEARING ON OCTOBER 18, 2004 AT 9:00 A.M.
               AND OCTOBER 19, 2004 AT 9:00 A.M.

10/07/04 TC    REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED        .60
               FOR HEARING 10/18 AND 10/19

10/14/04 TC    REVIEWED AGENDA NOTICE FOR HEARING 10/25              .40

10/15/04 TC    REVIEWED AGENDA FOR HEARING 10/25                     .50

10/23/04 TC    REVIEWED AGENDA FOR HEARING 10/27                     .50
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                        RATE      HOURS          TOTALS
                        ----      -----          ------

   R L THOMAS          220.00      .40            88.00
   T CURRIER           465.00     3.30          1534.50
                 TOTALS           3.70          1622.50
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-014
INVOICE : 183399

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  HEARINGS

TOTAL FEES :            1,622.50

TOTAL DUE  :            1,622.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     NOVEMBER 18, 2004
MATTER :  W9600-015
INVOICE :  183400

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 10/04/04 | RLT | REVIEWED STATEMENT OF THE UNITED STATES TRUSTEE REGARDING MOTIONS OF BARON & BUDD & SILBER PEARLMAN PURSUANT TO BANKRUPTCY RULE 9023 TO ALTER OR AMEND (A) AMENDATORY ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, AND (2) ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, OR ALTERNATIVELY, FOR NEW TRIAL | .20 |
| 10/04/04 | TC | REVIEWED BARON BUDD JOINDER IN STATEMENTS REGARDING FILINGS UNDER RULE 2019 | .30 |
| 10/04/04 | TC | REVIEWED USTRUSTEE STATEMENT RE SAME | .20 |
| 10/04/04 | TC | REVIEWED ORDER FURTHER EXTENDING REMOVAL PERIOD | .20 |
| 10/05/04 | RLT | REVIEWED RESPONSE TO - OPPOSITION OF FEDERAL INSURANCE COMPANY TO MOTION OF BARON & BUDD AND SILBER PEARLMAN TO ALTER OR AMEND AMENDATORY ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, OR, ALTERNATIVELY, FOR NEW TRIAL | .40 |
| 10/05/04 | RLT | REVIEWED RESPONSE TO (JOINDER OF CAMPBELL, CHERRY, HARRISON, DAVIS & DOVE PC IN THE MOTION OF BARON & BUDD AND SILBER PEARLMAN PURSUANT TO BANKRUPTCY RULE 9023, TO ALTER OR AMEND ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P 2019, OR ALTERNATIVELY, FOR NEW TRIAL) | .40 |
| 10/05/04 | TC | REVIEWED REMOVAL ORDER | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-015
INVOICE : 183400

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 10/05/04 TC | REVIEWED AMENDED RESPONSE OF DONALD AND JUDITH WEBBER TO THE MOTION OF SCOTTS COMPANY FOR TEMPORARY STAY OF RAND ACTION | .40 |
| 10/06/04 TC | REVIEWED MOTION OF SCOTTS COMPANY TO FILE A REPLY, AND ATTACHED REPLY | .70 |
| 10/15/04 TC | REVIEWED MOTION OF SCOTTS COMPANY FOR TEMPORARY STAY OF CLAIMS ASSERTED AGAINST SCOTTS COMPANY IN THE GANDY ACTION | .80 |
| 10/15/04 TC | REVIEWED ORDER GRANTING MOTION TO EXPAND PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST MONTANA VERMICULITE | .40 |
| 10/21/04 RLT | REVIEWED MOTION TO APPROVE /DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER PURSUANT TO SECTIONS 105(A), 362(A)(3) AND 541 OF THE BANKRUPTCY CODE (A) LIMITING CERTAIN TRANSFERS OF EQUITY SECURITIES OF THE DEBTORS AND (B) APPROVING RELATED NOTICE PROCEDURES FILED BY W.R. GRACE & CO. | .50 |
| 10/21/04 RLT | REVIEWED MOTION FOR LEAVE /DEBTORS' MOTION FOR LEAVE FROM THIS COURT'S NOVEMBER 25, 2003 SCHEDULING ORDER TO HAVE THE DEBTORS' EMERGENCY MOTION FOR AN INTERIM ORDER LIMITING CERTAIN TRANSFERS OF EQUITY INTERESTS HEARD DURING THE DEBTORS' OCTOBER 25, 2004 | .40 |
| 10/22/04 RLT | REVIEWED AFFIDAVIT (SUPPLEMENTAL) OF SCOTT L. BAENA FILED BY OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | .30 |
| 10/24/04 TC | REVIEWED AFFIDAVIT OF JON HEBERLING ON LIBBY CLAIMANTS' MATTERS | 1.10 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 18, 2004
MATTER :  W9600-015
INVOICE : 183400


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING


| | | |
|---|---|---|
| 10/24/04 TC | REVIEWED LIBBY CLAIMANTS' MOTION TO EXTEND DEADLINE | .40 |
| 10/24/04 TC | REVIEWED LIBBY CLAIMANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO EXPAND THE PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST MONTANA VERMICULITE | .50 |
| 10/25/04 TC | REVIEWED ORDER REQUIRING THE FILING OF RULE 2019 STATEMENTS | .30 |


## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.20 | 484.00 |
| T CURRIER | 465.00 | 5.60 | 2604.00 |
| TOTALS | | 7.80 | 3088.00 |


TOTAL FEES :                    3,088.00


TOTAL DUE  :                    3,088.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 18, 2004
                                            MATTER :  W9600-016
                                            INVOICE : 183401
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/14/04 | RLT | REVIEWED MOTION FOR LEAVE DEBTORS' MOTION FOR LEAVE FROM THIS COURT'S NOVEMBER 25, 2003 SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD OF DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE A CHAPTER 11 PLAN FILED BY W.R. GRACE & CO. | .40 |
| 10/14/04 | RLT | REVIEWED MOTION TO EXTEND TIME DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE A CHAPTER 11 PLAN FILED BY W.R. GRACE & CO. | .40 |
| 10/15/04 | TC | REVIEWED MOTION TO EXTEND TIME TO FILE A PLAN OF REORGANIZATION | .60 |
| 10/18/04 | RLT | REVIEWED ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD OF DEBTORS' MOTION FOR ENTRY OF ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE A CHAPTER 11 PLAN | .20 |
| 10/20/04 | TC | REVIEWED FUTURE CLAIMANTS' REPRESENTATIVE'S STATEMENT IN SUPPORT OF EXCLUSIVITY | .40 |
| 10/20/04 | TC | REVIEWED ELLIOT OBJECTION TO MOTION TO EXTEND EXCLUSIVITY TO FILE A PLAN | .50 |
| 10/21/04 | RLT | REVIEWED OBJECTION TO /OBJECTION OF ELLIOTT INTERNATIONAL, L.P. TO DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE A CHAPTER 11 PLAN | .40 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    NOVEMBER 18, 2004
                                                MATTER :  W9600-016
                                                INVOICE : 183401


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

    RE:  PLAN AND DISCLOSURE STATEMENT


10/21/04 RLT    REVIEWED STATEMENT FUTURE CLAIMANTS'                    .30
                REPRESENTATIVE'S STATEMENT IN SUPPORT OF
                DEBTORS' MOTION TO EXTEND TIME WITHIN WHICH THE
                DEBTORS MUST FILE A CHAPTER 11 PLAN

10/21/04 RLT    REVIEWED JOINDER OF OFFICIAL COMMITTEE OF              .30
                ASBESTOS PROPERTY DAMAGE CLAIMANTS TO MOTION TO
                EXTEND TIME WITHIN WHICH THE DEBTORS MUST FILE
                A CHAPTER 11 PLAN

10/23/04 TC     REVIEWED ASBESTOS PROPERTY DAMAGE COMMITTEE'S          .30
                JOINDER ON MOTION TO EXTEND EXCLUSIVITY

10/27/04 TC     REVIEWED ORDER EXTENDING EXCLUSIVITY                   .20


                    T I M E   S U M M A R Y
                    -----------------------

                            RATE      HOURS           TOTALS
                            ----      -----           ------

    R L THOMAS              220.00    2.00            440.00
    T CURRIER               465.00    2.00            930.00
                    TOTALS            4.00           1370.00


                    TOTAL FEES :                           1,370.00


                    TOTAL DUE  :                           1,370.00


**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    NOVEMBER 18, 2004
                                             MATTER :  W9600-017
                                             INVOICE : 183402


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

     RE:  RELIEF FROM STAY PROCEEDINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/06/04 | RLT | REVIEWED STIPULATION REGARDING RELIEF FROM THE AUTOMATIC STAY TO PERMIT LITIGATION OF PERSONAL INJURY CLAIM WITHIN THE MONETARY LIMITS OF THE POLICY BETWEEN ANTHONY H.N. SCHNELLING, CHAPTER 11 TRUSTEE FOR EPIC CAPITAL CORPORATION, ET AL. AND MCCULLOUGH & MCKENTY, P.A. (GERALD J. HAGER, ESQUIRE), ATTORNEY FOR CLAIMANTS. | .10 |
| 10/06/04 | RLT | REVIEWED MOTION FOR RELIEF FROM STAY TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS. FILED BY TOWN OF ACTON, MASSACHUSETTS. | .10 |
| 10/06/04 | TC | REVIEWED MOTION FOR RELIEF FROM STAY FILED BY TOWN OF ACTON MASSACHUSETTS | .60 |
| 10/14/04 | TC | REVIEWED SUPPLEMENTAL MOTION FOR RELIEF FROM STAY FILED BY DAVID SLAUGHTER | .60 |
| 10/18/04 | RLT | REVIEWED AMENDED MOTION FOR RELIEF FROM STAY SUPPLEMENTAL MOTION (RELATED DOCUMENT(S) 6301) FILED BY DAVID G. SLAUGHTER | .40 |
| 10/18/04 | TC | REVIEWED SUPPLEMENTAL MOTION OF DAVID SLAUGHTER FOR RELIEF FROM STAY AND RELATED PLEADINGS | 1.30 |
| 10/29/04 | TC | REVIEWED DEBTORS' RESPONSE TO TOWN OF ACTON'S MOTION FOR RELIEF FROM STAY | .70 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 18, 2004
                                              MATTER :  W9600-017
                                              INVOICE : 183402


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/04    T C

    RE:  RELIEF FROM STAY PROCEEDINGS
```

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .60 | 132.00 |
| T CURRIER | 465.00 | 3.20 | 1488.00 |
| TOTALS | | 3.80 | 1620.00 |

```
              TOTAL FEES :              1,620.00


              TOTAL DUE  :              1,620.00
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**