# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 11, 2004
Invoice 652486  Page 1

| | |
|---|---|
| Our Matter # | 02399/06003 |
| WR Grace # | 063-KL-721490-01-501270 |
| Name of Matter: | Beaco Road Site |

For Services Through 10/29/04

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/05/04 | Update file materials for Attorney Melchers.<br>K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |
| 10/11/04 | Review memo from Mr. English regarding Steering Committee agenda for conference call.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 10/15/04 | Conference with Attorney Carlisle regarding research needed on alleged objections to claim.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/15/04 | Update file materials for Attorney Melchers.<br>K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |
| 10/20/04 | Prepare memo to Attorney Carlisle regarding objections to claim and forward memo from Mr. English.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/20/04 | Confer with Mr. Emmett regarding claims status (0.1); confer with Ms. Schulman regarding claims status (0.1).<br>R.T. CARLISLE | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/21/04 | Review memo from Attorney Carlisle regarding research on alleged objections to claim and prepare response to same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/22/04 | Review memo regarding issues and information addressed in Steering Committee conference call and memo from Attorney Carlisle in response to my earlier memo.<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/22/04 | Draft electronic mail memorandum regarding information covered in yesterday's telephone call of Technical Committee meeting.<br>R.T. CARLISLE | 0.30 hrs. | 250.00/hr | $75.00 |

Fees for Legal Services ..................................................................................    $388.00

BILLING SUMMARY

· W. R. Grace & Co.

November 11, 2004
Invoice 652486  Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.00 | 250.00 | 250.00 |
| R.T. CARLISLE | 0.50 | 250.00 | 125.00 |
| K. LUCAS | 0.20 | 65.00 | 13.00 |
| TOTAL | 1.70 | $228.24 | $388.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/15/2004 | Telephone 1-410-531-4751 | 0.20 |
|---|---|---|
| 10/18/2004 | Telephone 1-410-531-4795 | 0.50 |
| 10/20/2004 | Telephone 1-410-531-4751 | 0.50 |
| 10/20/2004 | Telephone 1-312-861-2441 | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$1.30**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.30 |
| TOTAL | $1.30 |

**Net current billing for this invoice** ...................................................................................... **$389.30**

**GRAND TOTAL**............................................................................................................................ **$389.30**

W. R. Grace & Co.

November 11, 2004
Invoice 652486  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 10/29/04

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $388.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.30 |
| **Net current billing for this invoice** ................................................................... | **$389.30** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 11, 2004
Invoice 652487 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 10/29/04 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

10/07/04    Review Mr. Malouf's report (0.4); confer with Mr. Malouf regarding test results (0.3); call to Mr. Fishel regarding same (0.3); transmit results to Messrs. Fishel and Emmett (0.2).

| | | | |
|---|---|---|---|
| R.T. CARLISLE | 1.20 hrs. | 250.00/hr | $300.00 |

Fees for Legal Services ........................................................................................... **$300.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.20 | 250.00 | 300.00 |
| TOTAL | 1.20 | $250.00 | $300.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/07/2004 | Telephone 1-410-531-4751 | 0.10 |
| 10/07/2004 | Telephone 1-803-648-9575 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred** ..................................... | | **$0.20** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.20 |
| TOTAL | $0.20 |

Net current billing for this invoice ......................................................................... **$300.20**

GRAND TOTAL............................................................................................................ **$300.20**

.W. R. Grace & Co.

November 11, 2004
Invoice 652487  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 10/29/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $300.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.20 |
| **Net current billing for this invoice** ................................................. | **$300.20** |

Terms of Payment:  Balance due within thirty days of invoice date

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 11, 2004
Invoice 652488 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 10/29/04 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/26/04 | Review and evaluate EPA Proposed Plan for Li Tungsten Operable Unit #4, annotations on same.<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 10/27/04 | Review notes on communications with EPA and EPA Proposed Plan for Li Tungsten Operable Unit #4 and prepare memo to Ms. Duff regarding same and proposed plan (0.3), review response (0.1).<br>J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |

Fees for Legal Services ...................................................................................................... **$400.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.60 | 250.00 | 400.00 |
| TOTAL | 1.60 | $250.00 | $400.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/12/2004 | Telephone 1-410-531-4751 | 0.20 |

Total Charges for Other Services Provided/Expenses Incurred ...................................... **$0.20**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.20 |
| TOTAL | $0.20 |

Net current billing for this invoice ................................................................................. **$400.20**

W. R. Grace & Co.

**GRAND TOTAL**................................................................................................................ **$400.20**

W. R. Grace & Co.

November 11, 2004
Invoice 652488  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 10/29/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $400.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.20 |
| **Net current billing for this invoice** ............................................................... | **$400.20** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                              November 11, 2004
ATTN: Lydia Duff, Esq.                                    Invoice 652489  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06032                    For Services Through 10/29/04
WR Grace #          063-KL-721490-01-0501221
Name of Matter:     Charleston

10/12/04    Review RMT responsive submittal to DHEC with maps and additional sampling.
            N.J. SMITH                        0.50 hrs.    275.00/hr          $137.50

10/25/04    Review report and email regarding delineation of wetlands and coordination with DHEC on
            excavation (0.2); contact Mr. Hanley regarding volume, delineation and DHEC issues (0.3).
            N.J. SMITH                        0.50 hrs.    275.00/hr          $137.50

**Fees for Legal Services** ........................................................................................   **$275.00**

## BILLING SUMMARY

|              | Hours | Rate/Hr  | Dollars  |
|--------------|-------|----------|----------|
| N.J. SMITH   | 1.00  | 275.00   | 275.00   |
| TOTAL        | 1.00  | $275.00  | $275.00  |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

10/04/2004    Photocopies s10 page(s)                                          0.50
**Total Charges for Other Services Provided/Expenses Incurred** ....................................  **$0.50**

## DISBURSEMENT SUMMARY

| Description  | Dollars |
|--------------|---------|
| Photocopies  | 0.50    |
| TOTAL        | $0.50   |

Net current billing for this invoice ..................................................................   $275.50

GRAND TOTAL..............................................................................................   <u>$275.50</u>

W. R. Grace & Co.

November 11, 2004
Invoice 652489  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 10/29/04

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $275.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.50 |
| **Net current billing for this invoice** ................................................................ | **$275.50** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 15, 2004
Invoice 652490  Page 1

Our Matter #            02399/06091            For Services Through 10/29/04
Name of Matter:        Fee Applications

| Date | Description | Hrs | Rate | Amount |
|------|-------------|-----|------|--------|
| 10/15/04 | Review memo from Attorney Burn regarding updated Fee Application chart and recent filings (0.1); review Order approving the 12th Quarterly Fee Application (Jan-March) and CONO for July 2004 Fee Application (0.2). J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/15/04 | Respond to inquiry regarding payment for groundwater testing and bankruptcy procedures (0.2); update filing chart and review PACER for status of August 2004 Interim Fee Application (0.2); research PACER for update on 12th Quarterly Fee Application (0.2); update chart (0.1); research PACER for CONO as to July 2004 Interim Fee Application (0.1); update chart (0.1); draft memo to Attorney Melchers regarding status of same (0.1). B.J. BURN | 1.00 hrs. | 190.00/hr | $190.00 |
| 10/19/04 | Edit September 2004 Interim Fee Application (0.3); follow up with co-counsel with question on OCP expense for environmental testing issue (0.1); follow up with co-counsel on August 2004 CONO (0.1). B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |
| 10/19/04 | Review bills and draft September 2004 Fee Application. A.R. PRICE | 2.90 hrs. | 100.00/hr | $290.00 |
| 10/20/04 | Follow up with local counsel on issue regarding payment of bill for groundwater testing. B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 10/21/04 | Follow up on status of August 2004 CONO (0.1); update tracking chart to reflect new status (0.1); follow up with Attorney Melchers on CONO and with paralegal to update Fee Application for September 2004 (0.1). B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 10/21/04 | Begin drafting 14th Quarterly Interim Fee Application. A.R. PRICE | 1.50 hrs. | 100.00/hr | $150.00 |
| 10/22/04 | Review memos from Attorney Burn regarding August 2004 CONO and September 2004 Fee Application filing. J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 10/22/04 | Finish drafting 14th Quarterly Interim Fee Application and finalize for attorney review. | | | |

W. R. Grace & Co.

November 15, 2004
Invoice 652490  Page 2

|  |  |  |  |  |
|---|---|---|---|---|
| | A.R. PRICE | 2.30 hrs. | 100.00/hr | $230.00 |

10/25/04  Edit and revise 14th Quarterly Fee Application.
B.J. BURN                    0.50 hrs.    190.00/hr         $95.00

10/25/04  Edit and finalize 14th Quarterly Interim Fee Application.
A.R. PRICE                   0.50 hrs.    100.00/hr         $50.00

Fees for Legal Services ..........................................................................................    **$1,295.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 0.40 | 250.00 | 100.00 |
| B.J. BURN | 2.50 | 190.00 | 475.00 |
| A.R. PRICE | 7.20 | 100.00 | 720.00 |
| TOTAL | 10.10 | 128.22 | 1,295.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/20/2004 | Photocopies 27 Page(s) | 1.35 |
| 10/21/2004 | Federal Express charge | 9.95 |
| 10/21/2004 | Photocopies 44 Page(s) | 2.20 |
| 10/25/2004 | Photocopies 100 Page(s) | 5.00 |
| 10/26/2004 | Federal Express charge | 9.95 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................... | | **$28.45** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 8.55 |
| Fed Ex | 19.90 |
| TOTAL | $28.45 |

Net current billing for this invoice ..............................................................................    $1,323.45

GRAND TOTAL..............................................................................................................    **$1,323.45**

W. R. Grace & Co.

November 15, 2004
Invoice 652490  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 10/29/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $1,295.00 |
| Charges for Other Services Provided/Expenses Incurred | $28.45 |
| Net current billing for this invoice ................................................................. | $1,323.45 |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                           November 15, 2004
ATTN: Robert A. Emmett, Esq.                         Invoice 649608  Page 1
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06092                For Services Through 10/29/04
Name of Matter:          Laurens County Property

| | | | | | |
|---|---|---|---|---|---|
| 10/12/04 | Review aspects of property transaction with Attorney Carlisle. | | | | |
| | B.F. HAWKINS, JR. | | 0.30 hrs. | 280.00/hr | $84.00 |
| 10/12/04 | Confer with Attorney Hawkins regarding deed restriction for Greenville property (0.3); review documents faxed by client (0.2); telephone conference to discuss details regarding transaction (0.9) | | | | |
| | R.T. CARLISLE | | 1.40 hrs. | 250.00/hr | $350.00 |
| 10/15/04 | Organize and update file for Attorney Carlisle's review. | | | | |
| | K. LUCAS | | 0.10 hrs. | 65.00/hr | $6.50 |
| 10/18/04 | Confer with Ms. Finkelstein regarding restrictive covenant issues (0.3); review and suggest revisions to draft amendment to purchase and sale agreement (0.6). | | | | |
| | R.T. CARLISLE | | 0.90 hrs. | 250.00/hr | $225.00 |
| 10/19/04 | Confer with Ms. Finkelstein regarding status (0.1); confer with Mr. Emmett regarding same (0.1); review documents forwarded by Mr. Emmett (0.7). | | | | |
| | R.T. CARLISLE | | 0.90 hrs. | 250.00/hr | $225.00 |

**Fees for Legal Services** ...................................................................................... **$890.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.30 | 280.00 | 84.00 |
| R.T. CARLISLE | 3.20 | 250.00 | 800.00 |
| K. LUCAS | 0.10 | 65.00 | 6.50 |
| TOTAL | 3.60 | 247.36 | 890.50 |

**Net current billing for this invoice** ................................................................. **$890.50**

**GRAND TOTAL**.................................................................................................... **$890.50**

W. R. Grace & Co.

November 15, 2004
Invoice 649608  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 10/29/04

Our Matter # 02399/06092
Laurens County Property

| | |
|---|---|
| Fees for Professional Services | $890.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................. **$890.50**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
7500 Grace Drive
Columbia, MD 21044

November 16, 2004
Invoice 652893  Page 1

Our Matter #          02399/09007                    For Services Through 06/30/04
Name of Matter:       Alchem Chemical Co.

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/27/04 | Review and discuss bankruptcy counsel approval issue with Attorneys Cauthen and Hawkins (0.5); e-mail correspondence regarding same (0.2); review draft purchase offer (0.3).<br>J.N. PLOWMAN | 1.00 hrs. | 315.00/hr | $315.00 |
| 06/02/04 | Review client documents and e-mail correspondence.<br>J.E. HOLMES | 2.00 hrs. | 250.00/hr | $500.00 |
| 06/09/04 | Draft and revise purchase agreement for sale of Darex plant to Alchem Chemical Co.<br>J.N. PLOWMAN | 2.50 hrs. | 315.00/hr | $787.50 |
| 06/10/04 | Draft e-mail sending purchase agreement to Ms. Finkelstein for review (1.0); revise and re-send draft purchase agreement to Ms. Finkelstein for review (1.5).<br>J.N. PLOWMAN | 2.50 hrs. | 315.00/hr | $787.50 |
| 06/11/04 | E-mail correspondence with Ms. Finkelstein.<br>J.N. PLOWMAN | 0.10 hrs. | 315.00/hr | $31.50 |
| 06/14/04 | Review Ms. Finkelstein's comments and revise purchase agreement (0.5); e-mail to Ms. Finkelstein sending purchase agreement (0.3); draft e-mail to Grace personnel regarding personal property issues (0.8); review e-mails regarding personal property (0.4).<br>J.N. PLOWMAN | 2.00 hrs. | 315.00/hr | $630.00 |
| 06/16/04 | Draft and revise e-mail sending purchase agreement to purchaser (0.3); review and revise same and revise purchase agreement for sending (0.7).<br>J.N. PLOWMAN | 1.00 hrs. | 315.00/hr | $315.00 |
| 06/21/04 | Telephone conference with Mr. Bill McKenzie as counsel for buyer (0.3); follow up regarding status of personal property and bankruptcy order (0.2).<br>J.N. PLOWMAN | 0.50 hrs. | 315.00/hr | $157.50 |
| 06/23/04 | E-mail correspondence with Grace personnel regarding personal property issues.<br>J.N. PLOWMAN | 0.30 hrs. | 315.00/hr | $94.50 |
| 06/24/04 | Review and transmit bankruptcy court order to Mr. McKenzie.<br>J.N. PLOWMAN | 0.30 hrs. | 315.00/hr | $94.50 |
| 06/25/04 | Communications and review regarding personal property and other contract issues.<br>J.N. PLOWMAN | 1.00 hrs. | 315.00/hr | $315.00 |

W. R. Grace & Co.

November 16, 2004
Invoice 652893 Page 2

**Fees for Legal Services** ..................................................................................................... **$4,028.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.N. PLOWMAN | 11.20 | 315.00 | 3,528.00 |
| J.E. HOLMES | 2.00 | 250.00 | 500.00 |
| TOTAL | 13.20 | 305.15 | 4,028.00 |

06/23/2004      Telephone 1-410-531-4601     0.20

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$0.20**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.20 |
| TOTAL | $0.20 |

**Net current billing for this invoice** .................................................................................. **$4,028.20**

**GRAND TOTAL**.................................................................................................................... **$4,028.20**

W. R. Grace & Co.

November 16, 2004
Invoice 652893  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 06/30/04

Our Matter # 02399/09007
Alchem Chemical Co.

| | |
|---|---|
| Fees for Professional Services | $4,028.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.20 |
| **Net current billing for this invoice** ............................................................. | **$4,028.20** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                             November 16, 2004
ATTN: Robert A. Emmett, Esq.                         Invoice 652894  Page 1
7500 Grace Drive
Columbia, MD  21044

Our Matter #               02399/09007                    For Services Through 07/31/04
Name of Matter:        Alchem Chemical Co.

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/04 | Review and discuss contract issues with client (0.5); follow up with Mr. McKenzie for buyer (0.5).<br>J.N. PLOWMAN | 1.00 hrs. | 315.00/hr | $315.00 |
| 07/06/04 | Review contract changes and title file.<br>J.N. PLOWMAN | 1.00 hrs. | 315.00/hr | $315.00 |
| 07/07/04 | Redraft purchase agreement and send to Mr. McKenzie (1.0); follow up regarding title matters (1.0); review title file from W.R. Grace (1.0).<br>J.N. PLOWMAN | 3.00 hrs. | 315.00/hr | $945.00 |
| 07/08/04 | Telephone conference with Ms. Vicki Finkelstein and with Mr. McKenzie regarding various matters (0.7); finalize contract and contract language (0.8).<br>J.N. PLOWMAN | 1.50 hrs. | 315.00/hr | $472.50 |
| 07/09/04 | Telephone conference with Mr. McKenzie and follow up regarding purchase contract execution.<br>J.N. PLOWMAN | 1.00 hrs. | 315.00/hr | $315.00 |
| 07/20/04 | Conference call with Mr. O'Connell, Ms. Johns and Attorney Hawkins regarding Fulton Industrial Park Alchem site, Atlanta, Georgia, recent discovery of solvent in former vapor extraction well, current transaction status, background of site, closure under EPA UST program and current use of facility, reporting requirements and plan for conference call with Mactec (0.6); review scanned report and no further action letter, outline issues (0.3); begin review of Phase I report and part of appendix (0.4) (Attorney Hawkins included at Mr. McConnell's request).<br>N.J. SMITH | 1.30 hrs. | 275.00/hr | $357.50 |
| 07/20/04 | Discussion with Mr. O'Connell concerning environmental question potentially impacting property transaction and review same with Attorney Smith (Attorney Hawkins included at Mr McConnell's request).<br>B.F. HAWKINS, JR. | 0.40 hrs. | 280.00/hr | $112.00 |
| 07/20/04 | Confer with Attorneys Hawkins and Smith regarding environmental matters (0.1); detailed voice mail message to Attorney Plowman regarding need to review relevant documents (0.1); confer with Attorney Smith regarding status (0.1) (Attorney Carlisle brought in to assist in file review and initial evaluation).<br>R.T. CARLISLE | 0.30 hrs. | 250.00/hr | $75.00 |

W. R. Grace & Co.

November 16, 2004
Invoice 652894  Page 2

07/21/04   Continue review of scanned materials to prepare for call with client and Mactec (0.3); review
           code for reporting citation (0.2); conference call with Grace team and Mactec (1.9).
           N.J. SMITH                          2.40 hrs.   275.00/hr            $660.00

07/21/04   Review version of purchase and sale agreement and identify relevant provisions (0.3);
           electronic mail memorandum to Attorney Smith regarding same (0.1).
           R.T. CARLISLE                       0.40 hrs.   250.00/hr            $100.00

07/22/04   Message from Ms. Johns regarding consultant (0.1); collect information and discuss
           recommended consultants with Ms. Johns (0.2).
           N.J. SMITH                          0.30 hrs.   275.00/hr             $82.50

07/22/04   Confer with Attorney Smith regarding contract status and recommendations for consultants
           (0.2); confer with Attorney Melchers regarding same (0.2); follow up discussion with Attorney
           Smith regarding additional alternative recommendation (0.2) (Attorney Carlisle brought in to
           assist in file review and initial evaluation).
           R.T. CARLISLE                       0.60 hrs.   250.00/hr            $150.00

07/23/04   Review information on site, various messages from Ms. Johns, and provide summary to
           Attorney Carlisle for follow up on chosen consultant.
           N.J. SMITH                          0.30 hrs.   275.00/hr             $82.50

07/23/04   Review information on status of environmental issues
           R.T. CARLISLE                       0.10 hrs.   250.00/hr             $25.00

07/26/04   Review contract terms (0.6); telephone conference with Ms. Finkelstein, Mr. Nagy and
           Attorney Plowman regarding contract and environmental issues (0.6) (Attorney Plowman
           death with Real Estate issues, Attorney Smith with environmental issues, both needed to
           coordinate environmental response with transaction).
           N.J. SMITH                          1.20 hrs.   275.00/hr            $330.00

07/26/04   Prepare for and participate in conference call with Attorney Smith, Ms. Finkelstein and Mr.
           Nagy regarding environmental issues at Darex site (0.6); follow up with Mr. McKenzie
           regarding same (0.6) (Attorney Plowman death with Real Estate issues, Attorney Smith with
           environmental issues, both needed to coordinate environmental response with transaction).
           J.N. PLOWMAN                        1.20 hrs.   315.00/hr            $378.00

07/29/04   Message from Ms. Johns, contact same, discuss finding product in one recovery well, set up
           call with RMT (0.1); second call regarding whole team call next week to coordinate all
           environmental issues and sale issues (0.1).
           N.J. SMITH                          0.20 hrs.   275.00/hr             $55.00

07/30/04   Telephone conference with Attorney Plowman regarding schedule for call, confirm buyer
           agreed to disclosure change without formal amendment pending more comprehensive plan
           (0.4); review notes and prepare for call (0.3); conference call with Grace and RMT on plans
           for testing, reporting and issues affecting same, preparation for call next week on
           environmental and real estate issues (0.4).
           N.J. SMITH                          1.10 hrs.   275.00/hr            $302.50


**Fees for Legal Services** ................................................................................................   **$5,072.50**

W. R. Grace & Co.

November 16, 2004
Invoice 652894  Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.40 | 280.00 | 112.00 |
| J.N. PLOWMAN | 8.70 | 315.00 | 2,740.50 |
| N.J. SMITH | 6.80 | 275.00 | 1,870.00 |
| R.T. CARLISLE | 1.40 | 250.00 | 350.00 |
| TOTAL | 17.30 | 293.21 | 5,072.50 |

| 07/01/2004 | Photocopies 186 Page(s) | 9.30 |
| 07/07/2004 | Photocopies 24 Page(s) | 1.20 |
| 07/21/2004 | Telephone 1-805-240-9653 | 6.35 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$16.85**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 10.50 |
| Telephone | 6.35 |
| TOTAL | $16.85 |

**Net current billing for this invoice** .................................................................................... **$5,089.35**

**GRAND TOTAL**............................................................................................................ **$5,089.35**

W. R. Grace & Co.

November 16, 2004
Invoice 652894  Page 4

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 07/31/04

Our Matter # 02399/09007
Alchem Chemical Co.

| | |
|---|---|
| Fees for Professional Services | $5,072.50 |
| Charges for Other Services Provided/Expenses Incurred | $16.85 |
| **Net current billing for this invoice** ................................................................. | **$5,089.35** |

| |
|---|
| Terms of Payment:  **Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                 November 15, 2004
ATTN: Robert A. Emmett, Esq.                          Invoice 652895  Page  1
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/09007                      For Services Through 08/31/04
Name of Matter:        Alchem Chemical Co.

| | | | | |
|---|---|---|---|---|
| 08/01/04 | Review approval regulations for Georgia hazardous waste program, RCRA approval by EPA. | | | |
| | N.J. SMITH | 0.30 hrs. | 275.00/hr | $82.50 |
| 08/02/04 | Review EPA notice letter from Mr. Schlecht (0.1); telephone conversation with Mr. Schlecht regarding extent of investigation (0.3). | | | |
| | N.J. SMITH | 0.40 hrs. | 275.00/hr | $110.00 |
| 08/03/04 | Review regulations, reporting form, EPD guidance (0.8); research case notes, additional material in Brownfields program (0.5); review materials from pre-closure from Ms. Johns (0.8). | | | |
| | N.J. SMITH | 2.10 hrs. | 275.00/hr | $577.50 |
| 08/04/04 | Conference call with Grace, RMT, Attorney Plowman regarding lab results, disclosure letter, sales issues, full range of interrelationships of sales and environmental issues, plans for disclosure, investigation of product source, and reliance and other sales issues. | | | |
| | N.J. SMITH | 1.40 hrs. | 275.00/hr | $385.00 |
| 08/05/04 | Telephone conference with Mr. Schlecht regarding EPD notification issues, contacts at EPA and EPD, discuss approach to disclosure, reference to state law generically, and additional information required, also review information needed for form disclosure if required (0.6); various messages with Mr. Schlecht and Ms. Johns regarding call schedule, details for contact with agencies (0.3); continue research in regulations and statute to provide disclosure form guidance to RMT, review listed chemicals, form on thresholds, alternative methods (2.6); contact EPD staff, discuss basic or generic issues for disclosure (0.3). | | | |
| | N.J. SMITH | 3.80 hrs. | 275.00/hr | $1,045.00 |
| 08/06/04 | Telephone conference with EPD regarding disclosure, threshold and EPA coordination (0.4); follow up with Mr. Schlecht regarding letter for disclosure (0.5); revise letter and outline tasks, items to discuss with Ms. Johns (0.3); conference call with Ms. Johns and Mr. Schlecht regarding letter and disclosure issues for state and EPA, discuss contacts with both, review potential differences with EPD, discuss practical investigation plan, possible information in engineering on building, and related issues (1.3); review final version of disclosure letter and attachments (0.4). | | | |
| | N.J. SMITH | 2.90 hrs. | 275.00/hr | $797.50 |

W. R. Grace & Co.

November 15, 2004
Invoice 652895 Page 2

08/09/04    Provide Mr. Schlecht and Ms. Johns with comments on disclosure package (0.1); review
statute and regulations for effective dates (0.4).
N.J. SMITH                              0.50 hrs.    275.00/hr              $137.50

08/09/04    E-mail correspondence with Mr. Akos Nagy and Mr. Bill McKenzie regarding status of due
diligence time periods and deadlines.
J.N. PLOWMAN                            1.00 hrs.    315.00/hr              $315.00

08/10/04    E-mail correspondence with Mr. McKenzie regarding critical contract dates.
J.N. PLOWMAN                            0.30 hrs.    315.00/hr               $94.50

08/12/04    Call from Ms. Johns regarding evaluation of existing reports and data on tank farm, concern
over lack of clean closure evidence, extent of investigation proposed to include tank farm
area as potential source, and discuss disclosure issue for records of prior remedial activities
and testing (0.3); follow up with Attorney Plowman regarding disclosure issue (0.1).
N.J. SMITH                              0.40 hrs.    275.00/hr              $110.00

08/16/04    Review draft scope of work for investigation of Hexane source and extent, note comments to
discuss (0.6); review prior work reports and correspondence on remedial activities in early
1990's to compare investigation plan (0.5).
N.J. SMITH                              1.10 hrs.    275.00/hr              $302.50

08/17/04    Touch base with Mr. Schlecht regarding technical question on plan of investigation (0.4);
conference call with Grace and Mr. Schlecht regarding plan details, schedule, real estate
issue coordination (1.0).
N.J. SMITH                              1.40 hrs.    275.00/hr              $385.00

08/17/04    Conference call and follow up call regarding environmental and contract issues.
J.N. PLOWMAN                            2.00 hrs.    315.00/hr              $630.00

08/18/04    Review and send e-mail to Mr. McKenzie regarding environmental status.
J.N. PLOWMAN                            1.00 hrs.    315.00/hr              $315.00

08/31/04    E-mail correspondence regarding Bankruptcy Notice deadlines.
J.N. PLOWMAN                            0.30 hrs.    315.00/hr               $94.50

**Fees for Legal Services** ...................................................................................    **$5,381.50**

### BILLING SUMMARY

|                 | Hours | Rate/Hr | Dollars  |
|-----------------|-------|---------|----------|
| J.N. PLOWMAN    | 4.60  | 315.00  | 1,449.00 |
| N.J. SMITH      | 14.30 | 275.00  | 3,932.50 |
| TOTAL           | 18.90 | 284.74  | 5,381.50 |

| 08/04/2004 | Telephone 1-805-240-9653 | 4.15 |
| 08/04/2004 | Telephone 1-805-240-9653 | 4.30 |
| 08/06/2004 | Telephone 1-617-498-2668 | 3.70 |
| 08/17/2004 | Telephone 1-805-240-9653 | 3.35 |
| 08/17/2004 | Telephone 1-805-240-9653 | 4.30 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................    **$19.80**

W. R. Grace & Co.

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 19.80 |
| TOTAL | $19.80 |

Net current billing for this invoice ..................................................................................... $5,401.30

GRAND TOTAL.................................................................................................................. **$5,401.30**

W. R. Grace & Co.

November 15, 2004
Invoice 652895  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I I OO9
COLUMBIA, SOUTH CAROLINA  2921 I
TELEPHONE (8O3) 799-2OOO

For Services Through 08/31/04

Our Matter # 02399/09007
Alchem Chemical Co.

| | |
|---|---|
| Fees for Professional Services | $5,381.50 |
| Charges for Other Services Provided/Expenses Incurred | $19.80 |

Net current billing for this invoice ................................................................    $5,401.30

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                      November 15, 2004
ATTN: Robert A. Emmett, Esq.                     Invoice 652897  Page  1
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/09007              For Services Through 09/30/04
Name of Matter:          Alchem Chemical Co.

| | | | | |
|---|---|---|---|---|
| 09/02/04 | Review message from Ms. Johns regarding status of site, EPA and EPD and well data. | | | |
| | N.J. SMITH | 0.20 hrs. | 275.00/hr | $55.00 |
| 09/20/04 | Review various messages and draft report from RMT on product and remedial alternatives, note delineation issues, cost issues and analyze potential transaction concerns. | | | |
| | N.J. SMITH | 0.70 hrs. | 275.00/hr | $192.50 |
| 09/21/04 | Conference call with Ms. Johns and Mr. Schlecht regarding draft report on remedial investigation, transaction issues and timing with EPA approval, groundwater issue and costs. | | | |
| | N.J. SMITH | 1.10 hrs. | 275.00/hr | $302.50 |
| 09/22/04 | Conference call with Remedium staff, Grace and RMT regarding status of remedial options, timing and transaction issues. | | | |
| | N.J. SMITH | 1.50 hrs. | 275.00/hr | $412.50 |
| 09/22/04 | Prepare for and attend conference call regarding environmental situation (1.8); draft letter to Bill McKenzie regarding status and e-mail correspondence with client regarding same (1.2). | | | |
| | J.N. PLOWMAN | 3.00 hrs. | 315.00/hr | $945.00 |

**Fees for Legal Services** ............................................................................... **$1,907.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.N. PLOWMAN | 3.00 | 315.00 | 945.00 |
| N.J. SMITH | 3.50 | 275.00 | 962.50 |
| TOTAL | 6.50 | 293.46 | 1,907.50 |

| | | |
|---|---|---|
| 09/22/2004 | Telephone 1-805-240-9653 | 4.25 |
| 09/22/2004 | Telephone 1-805-240-9653 | 4.50 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$8.75**

### DISBURSEMENT SUMMARY

W. R. Grace & Co.

November 15, 2004
Invoice 652897  Page 2

| Description | Dollars |
|---|---|
| Telephone | 8.75 |
| TOTAL | $8.75 |

Net current billing for this invoice .......................................................................................... $1,916.25

GRAND TOTAL............................................................................................................ **$1,916.25**

W. R. Grace & Co.

November 15, 2004
Invoice 652897  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/09007
Alchem Chemical Co.

| | |
|---|---|
| Fees for Professional Services | $1,907.50 |
| Charges for Other Services Provided/Expenses Incurred | $8.75 |
| Net current billing for this invoice ................................................................ | **$1,916.25** |

---

Terms of Payment:  **Balance due within thirty days of invoice date**

---

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          November 15, 2004
ATTN: Robert A. Emmett, Esq.                       Invoice 652898  Page  1
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/09007                    For Services Through 10/31/04
Name of Matter:         Alchem Chemical Co.

| 10/01/04 | Complete review of draft document, message from Ms. Johns (0.8); mark up comments and contact Mr. Schlecht regarding same, provide detailed comments (0.4); begin summary of comments for Ms. Johns (0.5). | | | |
|---|---|---|---|---|
| | N.J. SMITH | 1.70 hrs. | 275.00/hr | $467.50 |
| 10/05/04 | Review final draft of proposed documents and correspondence to EPA from RMT. | | | |
| | N.J. SMITH | 0.60 hrs. | 275.00/hr | $165.00 |

**Fees for Legal Services** ............................................................................................ **$632.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.30 | 275.00 | 632.50 |
| TOTAL | 2.30 | 275.00 | 632.50 |

Net current billing for this invoice .......................................................................... $632.50

GRAND TOTAL............................................................................................................ **$632.50**

W. R. Grace & Co.

November 15, 2004
Invoice 652898  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 10/31/04

Our Matter # 02399/09007
Alchem Chemical Co.

| | |
|---|---|
| Fees for Professional Services | $632.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** .............................................................. | **$632.50** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC