IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | In Proceedings for a Reorganization under |
| W.R. Grace & Co. | Chapter 11 |
| Debtors | Case No. 01-1139-JKF |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019**

CHRIS PARKS, being first duly sworn, hereby deposes and states as follows:

1      I, Chris Parks, am an attorney with the law firm of Chris Parks & Associates, Plaza Square, 2nd Floor, Port Arthur, Texas 77642.

2.      This Verified Statement is filed in accordance with Rule 2019 (a) of the Federal Rules of Bankruptcy Procedure and the Revised Order Requiring Filing of Statements pursuant to Fed.R.Bankr.P.2019 entered by Judge Judith K. Fitzgerald on October 22, 2004.

3.      I certify under penalty of perjury that the law firm of Chris Parks & Associates has been retained as counsel or co-counsel for each of the claimants listed on Exhibit "A" (hereafter "Creditors")

4.      A blank, unredacted, exemplar copy of the form of agreement whereby Chris Parks & Associates is empowered to act on behalf of the Creditors is attached hereto as Exhibit "B."

5.      Pursuant to Judge Fitzgerald's Revised Order, these Exhibits are not being filed electronically and will not be scanned into the docket, but instead, will be available upon motion to and order of the Court.

6.      With reference to the time of the employment of Chris Parks & Associates:

   (a)      Chris Parks & Associates has a contingency fee interest in the claim;

   (b)      Chris Parks & Associates acquired this interest on February  5, 2004;

(c) This is a contingent contract and payment is dependent solely on recovery;

(d) At this time, there has been no sale or disposition of this interest by Chris Parks & Associates.

Respectfully submitted,

CHRIS PARKS & ASSOCIATES
1 Plaza Square, 2nd Floor
Port Arthur, TX 77642
409/985-5000 - telephone
409/985-2833 - fax

BY _____
Chris Parks
Texas Bar No. 15518460
ATTORNEY FOR CREDITORS

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing document was electronically filed with the Court on the ___2___ day of ___December___, 2004 via the Court's Electronic Case Filing System in accordance with the Federal Rules of Bankruptcy Procedure and the local rules. I further certify that a copy of this Statement which includes exhibits has been served on the Debtor and the United States Trustee in accordance with the Orders of this Court.

_____
Chris Parks