**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF DELAWARE**

| In Re | Bankruptcy No. |
|---|---|
| **Owens Corning** | 00-3838-JKF |
| **W.R. Grace & Co.** | 01-1139-JKF |
| **USG Corporation** | 01-2094-JKF |
| **United States Mineral Products Company** | 01-2471-JKF |
| **Kaiser Aluminum Corporation** | 02-10429-JKF |
| **The Flintkote Company** | 04-11300-JKF |
| **Flintkote Mines Limited** | 04-12440 |
| Debtor(s) | Chapter 11 |

### RULE 2019 STATEMENT OF CONTRADA & ASSOCIATES

Contrada & Associates hereby makes the following statements pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

Verified Statement pursuant to Fed.R.Bankr.P. 2019 filed by Contrada & Associates. Exhibits have not been scanned but may be accessed by parties who obtain Court Order authorizing access.

Contrada & Associates represents:

| Creditor | Address |
|---|---|
| Merton Bell | 508 West Canal Street<br>Box 267<br>Antwerp, Ohio   45813 |

3.   The nature and amount of the creditor's claim is:

| Creditor | Claim | Amount |
|---|---|---|
| Merton Bell | Asbestosis/Pleural Disease (III) | $11,750.00 |

The creditor listed has retained Contrada & Associates to represent the creditor in their efforts to recover damages for asbestos-related conditions caused by products manufactured, sold, and/or distributed by Owens Corning.

Contrada & Associates does not own, nor has it ever owned, any claim against or interest in Owens Corning.

I, Charles V. Contrada, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

CONTRADA & ASSOCIATES

Dated: 11·30·04

By: _____
Charles V. Contrada
Attorney for Creditor
6641 Sylvania Avenue, Suite 8
Sylvania, Ohio 43560-3921
PH:    (419) 841-4400
FAX:   (419) 841-4463
E-MAIL: charlie@contrada.net

2