IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                )
                                      )
                                      )    **Chapter 11**
W.R. GRACE & CO., <u>et al.</u>       )    **Case No. 01-01139 (JKF)**
                                      )    **(Jointly Administered)**
            **Debtors.**              )    Objection Deadline: November 24, 2004
                                      )

## <u>CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 6828<br>(NO ORDER REQUIRED)</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Fourth Monthly Fee Application (the

"Application") of Swidler Berlin Shereff Friedman, LLP ("SBSF") Bankruptcy Counsel to David

T. Austern for the period from August 1, 2004 through August 31, 2004 (the "Period"), filed

with the Court on November 4, 2004, and entered on the Court's docket as Docket No. 6828.

The undersigned further certifies that he has caused the Court's docket in this case to be

reviewed and no answer, objection or other responsive pleading to the Application appears

thereon. Pursuant to the Application, objections to the Application were to be filed no later than

November 24, 2004.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and

Official Committee Members signed April 17, 2002, amending the Court's Administrative Order

Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals, entered May 3, 2001 ("the Amended Administrative Order") dated March 17,

2003. the Debtors are authorized to pay SBSF $74,481.80 (80% of $93,102.25) and expenses in

the amount of $4,429.85, for a total of $78,911.65, requested in the Application for the Period,

upon the filing of this Certification and without the need for entry of a Court order approving the

Application.

                              SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

                         By:_____
                              Roger Frankel, *admitted pro hac vice*
                              Richard H. Wyron, *admitted pro hac vice*
                              3000 K Street, NW, Suite 300
                              Washington, DC 20007
                              (202) 424-7500
                              Counsel to David T. Austern,
                              As Future Claimants' Representative


Dated: December 1, 2004

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on December ⅃, 2004, I caused a copy of the *Certification of No Objection Regarding Docket No. 6828* to be served upon those persons listed in the attached Service List.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

*Regular Mail*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Regular Mail*
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP


*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP