IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 1 |
| W. R. Grace & Co. | Case No. 01- 39-JKF |
| Debtor | |

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

GEORGE R. COVERT, being first duly sworn, hereby deposes and states as follows:

1.  I am an attorney licensed in the State of Louisiana, having an address of 9035 Bluebonnet Boulevard, Suite 2, Baton Rouge, Louisiana, 70810

2.  This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 (the "Revised Order").

3.  The law firm of George R. Covert, Attorney has been retained as counsel for individual Creditors in the above-referenced bankruptcy. The list indicating each Creditor's name and address is attached hereto.

4.  The order signed certifies that each creditor named on the attached list has executed a Contract and/or Power-of-Attorney authorizing George R. Covert to

represent the Creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o George R. Covert, Attorney, 9035 Bluebonnet Boulevard, Suite 2, Baton Rouge, Louisiana, 70810.

6. The Creditors hold claims in varying amounts for monetary damages due to personal injury claims. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Office of George R. Covert, Attorney does not hold any claims against or interest in the Debtor.

8. The Law Office of George R. Covert, Attorney will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
GEORGE R. COVERT

SWORN TO AND SUBSCRIBED before me, this 1st day of December, 2004

_____
NOTARY PUBLIC

Bartley P. Bourgeois LBR #26606
Notary Public

MY COMMISSION EXPIRES: @ death