**EXHIBIT "C"**

## Protiviti Inc.
## W. R. Grace & Co. Expense Summary
## Period Covered: August 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Level: | N/A | $ 14,614.07 |
| Lodging | N/A | $ 4,746.85 |
| Sundry | N/A | $ 201.90 |
| Business Meals | N/A | $ 1,982.07 |
| **Total** | | **$ 21,544.89** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: August 2004

| Expense Detail | Expense Category |
|---|---|

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Aug-04 | 36 miles to Curtis Bay plant (in excess of normal daily commute) | $ 13.50 | $13.50 | | | | $ 13.50 |
| 17-Aug-04 | 32 miles to Curtis Bay plant (in excess of normal daily commute) | $ 12.00 | $12.00 | | | | $ 12.00 |
| 18-Aug-04 | 36 miles to Curtis Bay plant (in excess of normal daily commute) | $ 13.50 | $13.50 | | | | $ 13.50 |
| 19-Aug-04 | 36 miles to Curtis Bay plant (in excess of normal daily commute) | $ 13.50 | $13.50 | | | | $ 13.50 |
| 20-Aug-04 | 36 miles to Curtis Bay plant (in excess of normal daily commute) | $ 13.50 | $13.50 | | | | $ 13.50 |
| | Totals | $ 66.00 | $ 66.00 | $ - | $ - | $ - | $ 66.00 |

**Name:** Cary Haggard
**Level:** Senior Manager, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 17-Jul-04 | Taxi - from home to JFK following testing visit to Grace | $ 50.00 | $ 50.00 | | | | $ 50.00 |
| 17-Jul-04 | Breakfast alone at JFK airport café | $ 4.80 | | | | $ 4.80 | $ 4.80 |
| 17-Jul-04 | Dinner at Clyde's Italian alone | $ 18.00 | | | | $ 18.00 | $ 18.00 |
| 18-Jul-04 | Taxi - BWI Airport to Columbia Hotel for myself | $ 35.00 | $ 35.00 | | | | $ 35.00 |
| 18-Jul-04 | Taxi - BWI Airport to Columbia Hotel for Jeff Reeves (separate cab at another time) | $ 50.00 | $ 50.00 | | | | $ 50.00 |
| 18-Jul-04 | Breakfast alone at Columbia hotel | $ 4.40 | | | | $ 4.40 | $ 4.40 |
| 18-Jul-04 | Dinner at Clyde's Italian alone | $ 18.00 | | | | $ 18.00 | $ 18.00 |
| 19-Jul-04 | Lodging for 3 nights at the Sheraton Columbia | $ 500.80 | | $ 500.80 | | | $ 500.80 |
| 19-Jul-04 | Lodging for two nights for Jeff Reeves at the Sheraton Columbia | $ 340.51 | | $ 340.51 | | | $ 340.51 |
| 19-Jul-04 | Taxi - Sheraton Columbia Hotel to WR Grace - Cary & Jeff Reeves | $ 20.00 | $ 20.00 | | | | $ 20.00 |
| 19-Jul-04 | Taxi - WR Grace to Sheraton Columbia Hotel - Cary & Jeff Reeves | $ 20.00 | $ 20.00 | | | | $ 20.00 |
| 19-Jul-04 | Dinner at Clyde's Italian - Cary & Jeff Reeves | $ 50.00 | | | | $ 50.00 | $ 50.00 |
| 20-Jul-04 | Taxi - Sheraton Columbia Hotel to WR Grace - Cary & Jeff Reeves | $ 18.00 | $ 18.00 | | | | $ 18.00 |
| 20-Jul-04 | Taxi - WR Grace to BWI Airport | $ 38.00 | $ 38.00 | | | | $ 38.00 |
| 20-Jul-04 | Taxi - WR Grace to BWI Airport - Jeff Reeves traveling separately to complete testing procedures | $ 39.00 | $ 39.00 | | | | $ 39.00 |
| 20-Jul-04 | Breakfast at hotel - Cary & Jeff Reeves | $ 11.00 | | | | $ 11.00 | $ 11.00 |
| | Totals | $ 1,217.51 | $ 270.00 | $ 841.31 | $ - | $ 106.20 | $ 1,217.51 |

**Name:** Christine Saxon
**Level:** Senior Manager, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 10-Aug-04 | 310 miles (in excess of normal daily commute) | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 10-Aug-04 | Tolls incurred during car travel from Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 10-Aug-04 | Lodging - Marriott Courtyard (2 nights) | $ 349.80 | | $ 349.80 | | | $ 349.80 |
| 10-Aug-04 | Dinner at hotel alone | $ 20.69 | | | | $ 20.69 | $ 20.69 |
| 11-Aug-04 | Dinner at hotel alone | $ 17.69 | | | | $ 17.69 | $ 17.69 |
| 17-Aug-04 | 310 miles (in excess of normal daily commute) | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 17-Aug-04 | Tolls incurred during car travel from Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 18-Aug-04 | 310 miles (in excess of normal daily commute) | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 18-Aug-04 | Tolls incurred during car travel from Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 30-Aug-04 | 310 miles (in excess of normal daily commute) | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 30-Aug-04 | Tolls incurred during car travel from Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| | Totals | $ 909.18 | $ 521.00 | $ 349.80 | $ - | $ 38.38 | $ 909.18 |

**Name:** Matthew Petito
**Level:** Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 6-Aug-04 | Lunch at Michael's Restaurant in Columbia MD for myself and Kevin Strickler | $ 29.68 | | | | $ 29.68 | $ 29.68 |
| 16-Aug-04 | Airfare from BWI airport in Baltimore to Houston (round trip) for Sarbanes review of WR Grace plant in Houston. Airfare for Matt Petito. | $ 353.70 | $ 353.70 | | | | $ 353.70 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: August 2004

| Expense Detail | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| 16-Aug-04 | Airfare from BWI airport in Baltimore to Houston (round trip) for Sarbanes review of WR Grace plant in Houston. Airfare for Michael Carroll. | $ 353.70 | $ 353.70 | | | | $ 353.70 |
| 16-Aug-04 | Airfare from BWI airport in Baltimore to Chicago (round trip) for Sarbanes review of WR Grace plant in Chicago. | $ 217.70 | $ 217.70 | | | | $ 217.70 |
| 16-Aug-04 | Taxi from home in Glen Burnie to BWI airport for flight to Houston for Sarbanes review | $ 18.00 | $ 18.00 | | | | $ 18.00 |
| 16-Aug-04 | Lunch by myself at Subway in Houston | $ 5.94 | | | | $ 5.94 | $ 5.94 |
| 16-Aug-04 | Dinner for Matt Petito and Michael Carroll at Mia Bella in Houston | $ 84.84 | | | | $ 84.84 | $ 84.84 |
| 17-Aug-04 | Lunch by myself at Lenix Barbeque in Houston | $ 6.22 | | | | $ 6.22 | $ 6.22 |
| 17-Aug-04 | Dinner for Matt Petito and Michael Carroll at Benihana in Houston | $ 56.54 | | | | $ 56.54 | $ 56.54 |
| 18-Aug-04 | Lunch by myself at Lenix Barbeque in Houston | $ 5.79 | | | | $ 5.79 | $ 5.79 |
| 18-Aug-04 | Dinner for Matt Petito and Michael Carroll at Hugo's Restaurant in Houston | $ 85.35 | | | | $ 85.35 | $ 85.35 |
| 19-Aug-04 | Lunch by myself at Lenix Barbeque in Houston | $ 5.20 | | | | $ 5.20 | $ 5.20 |
| 19-Aug-04 | Dinner for Matt Petito and Michael Carroll at Café Red Onion in Houston | $ 52.34 | | | | $ 52.34 | $ 52.34 |
| 19-Aug-04 | Gasoline for rental car upon return for 5 days | $ 10.95 | $ 10.95 | | | | $ 10.95 |
| 20-Aug-04 | Lodging at Holiday Inn Express in Houston for 4 nights for audit of Houston Grace plant | $ 369.72 | | $ 369.72 | | | $ 369.72 |
| 20-Aug-04 | Rental car in Houston for 5 days | $ 336.16 | $ 336.16 | | | | $ 336.16 |
| 20-Aug-04 | Dinner in the Houston airport at Wendy's for myself | $ 4.95 | | | | $ 4.95 | $ 4.95 |
| 20-Aug-04 | Taxi from BWI airport in Baltimore to home in Glen Burnie returning from Houston TX | $ 18.00 | $ 18.00 | | | | $ 18.00 |
| 22-Aug-04 | Taxi from home in Glen Burnie to BWI airport for flight to Chicago for Sarbanes review | $ 14.60 | $ 14.60 | | | | $ 14.60 |
| 22-Aug-04 | Breakfast at BWI Deli at airport for myself | $ 10.26 | | | | $ 10.26 | $ 10.26 |
| 22-Aug-04 | Parking in Chicago for dinner at Smith & Wollensky for Internal Audit staff | $ 19.50 | | | $ 19.50 | | $ 19.50 |
| 22-Aug-04 | Dinner at Smith & Wollensky in Chicago for myself and Internal Audit staff | $ 247.90 | | | | $ 247.90 | $ 247.90 |
| 23-Aug-04 | Lunch at TGIFridays in Chicago for Matt Petito, Kevin Strickler, Michael Carroll, Wasseem Sidhom and Chris Cincotta | $ 74.65 | | | | $ 74.65 | $ 74.65 |
| 23-Aug-04 | Parking in Chicago for dinner at Mama Luigi's for Matt Petito, Kevin Strickler, Victor Leo, Wasseem Sidhom, Chris Cincotta and Michael Carroll | $ 14.00 | | | $ 14.00 | | $ 14.00 |
| 24-Aug-04 | Lunch for Matt Petito, Kevin Strickler, Michael Carroll, Wasseem Sidhom, Victor Leo and Chris Cincotta at Home Run Inn in Chicago | $ 73.93 | | | | $ 73.93 | $ 73.93 |
| 24-Aug-04 | Dinner for myself at Wrigley Park in Chicago | $ 11.00 | | | | $ 11.00 | $ 11.00 |
| 25-Aug-04 | Breakfast for myself at the Marriott Hotel in Chicago | $ 13.00 | | | | $ 13.00 | $ 13.00 |
| 25-Aug-04 | Lunch for Matt Petito, Kevin Strickler, Michael Carroll, Mahmoud Bah, Wasseem Sidhom, Victor Leo and Chris Cincotta at Dempsey's Grill in Chicago | $ 120.27 | | | | $ 120.27 | $ 120.27 |
| 25-Aug-04 | Parking in Chicago for dinner at Dick's Last Resort for Matt Petito, Kevin Strickler, Wassem Sidhom, Chris Cincotta and Mahmoud Bah | $ 12.00 | | | $ 12.00 | | $ 12.00 |
| 26-Aug-04 | Breakfast for myself at the Marriott Hotel in Chicago | $ 12.80 | | | | $ 12.80 | $ 12.80 |
| 26-Aug-04 | Lunch for Matt Petito at White Castle in Chicago | $ 5.41 | | | | $ 5.41 | $ 5.41 |
| 26-Aug-04 | Dinner at Saiko Restaurant in Chicago with Production Plant Manager, Matt Petito, Kevin Strickler, Michael Carroll, Wasseem Sidhom, Victor Leo, Chris Cincotta and Mahmoud Bah per request of client | $ 440.32 | | | | $ 440.32 | $ 440.32 |
| 27-Aug-04 | Lodging at Chicago Midway Marriott for 5 nights to audit Chicago 51st manufacturing plant | $ 693.20 | | $ 693.20 | | | $ 693.20 |
| 27-Aug-04 | Lunch at Harry Carey's Restaurant at Chicago airport for myself, Kevin Strickler and Michael Carroll | $ 100.71 | | | | $ 100.71 | $ 100.71 |
| 27-Aug-04 | Rental Car in Chicago for 6 days | $ 399.23 | $ 399.23 | | | | $ 399.23 |
| 27-Aug-04 | Gasoline for rental car upon return for 6 days | $ 19.25 | $ 19.25 | | | | $ 19.25 |
| 27-Aug-04 | Taxi from BWI airport to home in Glen Burnie upon return from Chicago trip | $ 18.00 | $ 18.00 | | | | $ 18.00 |
| | Totals | $ 4,314.81 | $ 1,759.29 | $ 1,062.92 | $ 45.50 | $ 1,447.10 | $ 4,314.81 |

Name:  Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 10-Aug-04 | Southwest Airlines flight BWI to Chicago and back for site visit 8/22 to 8/27 flt#1829 | $ 217.00 | $ 217.00 | | | | $ 217.00 |
| 22-Aug-04 | Breakfast at BWI Airport for myself | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 24-Aug-04 | Dinner at TGIF Fridays, Chicago for myself | $ 15.00 | | | | $ 15.00 | $ 15.00 |
| 25-Aug-04 | Breakfast at Duncan Donuts, Chicago for myself | $ 5.00 | | | | $ 5.00 | $ 5.00 |
| 26-Aug-04 | Breakfast at Duncan Donuts, Chicago for myself | $ 5.00 | | | | $ 5.00 | $ 5.00 |
| 27-Aug-04 | Breakfast at BWI Airport for myself | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 27-Aug-04 | Parking at BWI Airport for 5 days | $ 48.00 | | | $ 48.00 | | $ 48.00 |
| 27-Aug-04 | Breakfast at Marriot Courtyard hotel, Chicago for myself | $ 11.00 | | | | $ 11.00 | $ 11.00 |
| 27-Aug-04 | Hertz Rental Car for Chicago Site visit 8/22 to 8/27 | $ 387.00 | $ 387.00 | | | | $ 387.00 |
| 27-Aug-04 | Lodging at Marriot Courtyard, Chicago 8/22 to 8/27 | $ 692.00 | | $ 692.00 | | | $ 692.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: August 2004

| Expense Detail | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| 27-Aug-04 | Snack at Marriot Courtyard, Chicago for myself | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 30-Aug-04 | American Airlines flight to Paris for site visit 9/11 to 9/18 ticket #1090006783 | $ 4,733.00 | $ 4,733.00 | | | | $ 4,733.00 |
| | Totals | $ 6,127.00 | $ 5,337.00 | $ 692.00 | $ 48.00 | $ 50.00 | $ 6,127.00 |

Name: Celeste Loredo
Level: Senior Consultant, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 12-Aug-04 | Tolls - between New York and Cambridge, MA for testing | $ 6.75 | $ 6.75 | | | | $ 6.75 |
| 12-Aug-04 | Lunch - Grace cafeteria, for myself only | $ 2.55 | | | | $ 2.55 | $ 2.55 |
| 12-Aug-04 | Dinner - McDonalds, for myself only | $ 2.59 | | | | $ 2.59 | $ 2.59 |
| 13-Aug-04 | Hotel - Best Western, includes charges for 1 night (8/12) | $ 113.52 | | $ 113.52 | | | $ 113.52 |
| 13-Aug-04 | Tolls - between Cambridge, MA and New York | $ 4.00 | $ 4.00 | | | | $ 4.00 |
| 13-Aug-04 | Gas for rental car | $ 27.00 | $ 27.00 | | | | $ 27.00 |
| 14-Aug-04 | Budget car rental - includes charges for 3 days (8/12 - 8/14) and tax | $ 152.08 | $ 152.08 | | | | $ 152.08 |
| 16-Aug-04 | Tolls - between NYC and Columbia, MD | $ 13.20 | $ 13.20 | | | | $ 13.20 |
| 16-Aug-04 | Breakfast - Grace cafeteria, for myself only | $ 1.84 | | | | $ 1.84 | $ 1.84 |
| 16-Aug-04 | Lunch - Grace cafeteria, for myself only | $ 4.46 | | | | $ 4.46 | $ 4.46 |
| 16-Aug-04 | Dinner - Julian's Restaurant, for myself only | $ 23.88 | | | | $ 23.88 | $ 23.88 |
| 17-Aug-04 | Breakfast - Grace cafeteria, for myself only | $ 1.84 | | | | $ 1.84 | $ 1.84 |
| 17-Aug-04 | Lunch - Grace cafeteria, for myself only | $ 4.46 | | | | $ 4.46 | $ 4.46 |
| 17-Aug-04 | Dinner - Taco Bell, for myself only | $ 4.93 | | | | $ 4.93 | $ 4.93 |
| 18-Aug-04 | Lunch - Grace cafeteria, for myself only | $ 5.51 | | | | $ 5.51 | $ 5.51 |
| 18-Aug-04 | Tolls - between Columbia, MD and NYC | $ 21.20 | $ 21.20 | | | | $ 21.20 |
| 18-Aug-04 | Hotel - Holiday Inn, includes charges for two nights (8/16 and 8/17) | $ 227.86 | | $ 227.86 | | | $ 227.86 |
| 18-Aug-04 | Car rental - Budget, includes charges for 4 days (8/15 to 8/18) and taxes | $ 227.25 | $ 227.25 | | | | $ 227.25 |
| 26-Aug-04 | Parking at hotel for myself | $ 7.50 | | | $ 7.50 | | $ 7.50 |
| 26-Aug-04 | Tolls - between NYC and Columbia, MD | $ 13.20 | $ 13.20 | | | | $ 13.20 |
| 26-Aug-04 | Lunch - Grace cafeteria, for myself only | $ 3.92 | | | | $ 3.92 | $ 3.92 |
| 26-Aug-04 | Dinner - Grace cafeteria, for myself only | $ 5.35 | | | | $ 5.35 | $ 5.35 |
| 27-Aug-04 | Lunch - Grace cafeteria, for myself only | $ 3.92 | | | | $ 3.92 | $ 3.92 |
| 27-Aug-04 | Hotel - Holiday Inn, includes charges for one night (8/26) | $ 113.93 | | $ 113.93 | | | $ 113.93 |
| 27-Aug-04 | Tolls - between Columbia, MD and NYC | $ 21.20 | $ 21.20 | | | | $ 21.20 |
| 30-Aug-04 | Tolls - between NYC and Columbia, MD | $ 13.20 | $ 13.20 | | | | $ 13.20 |
| 30-Aug-04 | Lunch - Grace cafeteria, for myself only | $ 4.46 | | | | $ 4.46 | $ 4.46 |
| 31-Aug-04 | Lunch - Grace cafeteria, for myself only | $ 4.46 | | | | $ 4.46 | $ 4.46 |
| 31-Aug-04 | Hotel - Holiday Inn, includes charges for one night (8/30) | $ 113.93 | | $ 113.93 | | | $ 113.93 |
| 31-Aug-04 | Dinner - Nathan's, for myself only | $ 6.57 | | | | $ 6.57 | $ 6.57 |
| 31-Aug-04 | Tolls - between Columbia, MD and Long Island | $ 19.25 | $ 19.25 | | | | $ 19.25 |
| | Totals | $ 1,175.81 | $ 518.33 | $ 569.24 | $ 7.50 | $ 80.74 | $ 1,175.81 |

Name: Robert Purvis
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 2-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 3-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 4-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 5-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 6-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 10-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 11-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 12-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 12-Aug-04 | 42 miles (miles in excess of normal commute) | $ 15.75 | $ 15.75 | | | | $ 15.75 |
| 13-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 16-Aug-04 | 76 miles (miles in excess of normal commute) | $ 28.50 | $ 28.50 | | | | $ 28.50 |
| 17-Aug-04 | 76 miles (miles in excess of normal commute) | $ 28.50 | $ 28.50 | | | | $ 28.50 |
| 18-Aug-04 | 76 miles (miles in excess of normal commute) | $ 28.50 | $ 28.50 | | | | $ 28.50 |
| 19-Aug-04 | 76 miles (miles in excess of normal commute) | $ 28.50 | $ 28.50 | | | | $ 28.50 |
| 20-Aug-04 | 76 miles (miles in excess of normal commute) | $ 28.50 | $ 28.50 | | | | $ 28.50 |
| 23-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 24-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 25-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 26-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 27-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 27-Aug-04 | Airfare related to Worms plant visit - Washington DC to Frankfurt Germany on 9/17 | $ 3,458.20 | $ 3,458.20 | | | | $ 3,458.20 |
| 30-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| 31-Aug-04 | 82 miles (miles in excess of normal commute) | $ 30.75 | $ 30.75 | | | | $ 30.75 |
| | Totals | $ 4,108.45 | $ 4,108.45 | $ - | $ - | $ - | $ 4,108.45 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: August 2004

| Expense Detail | Expense Category |
|---|---|

Name: John Martin
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 2-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 3-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 4-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 5-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 6-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 9-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 10-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 11-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 12-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 13-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 16-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 17-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 18-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 19-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 20-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 22-Aug-04 | Airport dropoff mileage (80 miles in excess of normal daily commute) | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 22-Aug-04 | Airfare-Southwest Airlines-Baltimore to Houston | $ 276.80 | $ 276.80 | | | | $ 276.80 |
| 24-Aug-04 | Dinner at Mazens Restaurant in Lake Charles, LA with Ryan Heaps, Shaun Landers, Loren van Loan, and myself | $ 147.42 | | | | $ 147.42 | $ 147.42 |
| 27-Aug-04 | Lodging at Fairfield Inn, Lake Charles, LA for 5 nights | $ 307.30 | | $ 307.30 | | | $ 307.30 |
| 27-Aug-04 | Dinner at Houston Airport, self | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 27-Aug-04 | Airport pickup BWI (80 miles in excess of normal daily commute) | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 30-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 31-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| | Totals | $ 1,054.52 | $ 591.80 | $ 307.30 | $ - | $ 155.42 | $ 1,054.52 |

Name: Michael Carroll
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 26-Jul-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 26-Jul-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 27-Jul-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 27-Jul-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 28-Jul-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 28-Jul-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 29-Jul-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 29-Jul-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 30-Jul-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 30-Jul-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 2-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 2-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 3-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 3-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 4-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 4-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 5-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 5-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 6-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 6-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 9-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 9-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 10-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 10-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 11-Aug-04 | 102 miles (in excess of normal daily commute) | $ 38.25 | $ 38.25 | | | | $ 38.25 |
| 11-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 12-Aug-04 | 106 miles (in excess of normal daily commute) | $ 39.75 | $ 39.75 | | | | $ 39.75 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: August 2004

| | Expense Detail | Amount | Expense Category | | | | Totals |
|---|---|---|---|---|---|---|---|
| | | | Transportation | Lodging | Sundry | Business Meals/Entertainment | |
| 12-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 13-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 13-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 16-Aug-04 | Transportation to BWI airport - taxi from home in Centreville, VA to BWI to travel with team | $ 130.00 | $ 130.00 | | | | $ 130.00 |
| 16-Aug-04 | Site Visit - Houston GCP Plant (Crites St.): Lunch at Lenix BBQ for myself | $ 8.93 | | | | $ 8.93 | $ 8.93 |
| 17-Aug-04 | Site Visit - Houston GCP Plant (Crites St.): Lunch at Lenix BBQ for myself | $ 7.58 | | | | $ 7.58 | $ 7.58 |
| 18-Aug-04 | Site Visit - Houston GCP Plant (Crites St.): Lunch at Lenix BBQ for myself | $ 6.22 | | | | $ 6.22 | $ 6.22 |
| 19-Aug-04 | Site Visit - Houston GCP Plant (Crites St.): Lunch at Lenix BBQ for myself | $ 6.22 | | | | $ 6.22 | $ 6.22 |
| 20-Aug-04 | Site Visit - Houston GCP Plant (Crites St.): Hotel - Holiday Inn Express Downtown for 4 nights 8/16 to 8/19. Check out on 8/20 | $ 369.72 | | $ 369.72 | | | $ 369.72 |
| 20-Aug-04 | Site Visit - Houston GCP Plant (Crites St.): Dinner alone at McDonalds | $ 6.75 | | | | $ 6.75 | $ 6.75 |
| 20-Aug-04 | Transportation from BWI airport - taxi from BWI to Home, Centreville, VA | $ 140.00 | $ 140.00 | | | | $ 140.00 |
| 22-Aug-04 | Transportation to DCA airport - taxi from home, Centreville, VA to DCA | $ 81.00 | $ 81.00 | | | | $ 81.00 |
| 22-Aug-04 | Site Visit - Chicago GCP Plant (51st St): Breakfast alone at hotel | $ 5.75 | | | | $ 5.75 | $ 5.75 |
| 22-Aug-04 | Site Visit - Chicago GCP Plant (51st St): Lunch alone at Peking Restaurant | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 24-Aug-04 | Site Visit - Chicago GCP Plant (51st St): Dinner alone at hotel | $ 7.50 | | | | $ 7.50 | $ 7.50 |
| 25-Aug-04 | Site Visit - Chicago GCP Plant (51st St): Dinner alone at hotel | $ 19.43 | | | | $ 19.43 | $ 19.43 |
| 26-Aug-04 | Site Visit - Chicago GCP Plant (51st St): Lunch alone at Peking Restaurant | $ 16.85 | | | | $ 16.85 | $ 16.85 |
| 27-Aug-04 | Site Visit - Chicago GCP Plant (51st St): Hotel: Marriott Courtyard Midway for 5 nights from 8/22 to 8/26 check out on 8/27 | $ 554.56 | | $ 554.56 | | | $ 554.56 |
| 27-Aug-04 | Site Visit - Chicago GCP Plant (51st St): Dinner alone at hotel | $ 5.00 | | | | $ 5.00 | $ 5.00 |
| 27-Aug-04 | Transportation fro DCA airport - taxi from DCA to Home, Centreville, VA | $ 81.00 | $ 81.00 | | | | $ 81.00 |
| 30-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 30-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| 31-Aug-04 | 97 miles (in excess of normal daily commute) | $ 36.38 | $ 36.38 | | | | $ 36.38 |
| 31-Aug-04 | Tolls for trip to client site (in excess of normal daily commute) $1.00 each direction times 2 | $ 2.00 | $ 2.00 | | | | $ 2.00 |
| | Totals | $ 2,118.21 | $ 1,089.70 | $ 924.28 | $ - | $ 104.23 | $ 2,118.21 |

Name: Lawrence Rosen
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 3-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 4-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 5-Aug-04 | 50 miles (in excess of normal daily commute) | $ 18.75 | $ 18.75 | | | | $ 18.75 |
| 5-Aug-04 | Passport application for international travel | $ 100.90 | | | $ 100.90 | | $ 100.90 |
| 6-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 9-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 10-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 11-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 12-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 13-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 16-Aug-04 | 42 miles (in excess of normal daily commute) | $ 15.75 | $ 15.75 | | | | $ 15.75 |
| 17-Aug-04 | 42 miles (in excess of normal daily commute) | $ 15.75 | $ 15.75 | | | | $ 15.75 |
| 18-Aug-04 | 42 miles (in excess of normal daily commute) | $ 15.75 | $ 15.75 | | | | $ 15.75 |
| 19-Aug-04 | 42 miles (in excess of normal daily commute) | $ 15.75 | $ 15.75 | | | | $ 15.75 |
| 20-Aug-04 | 42 miles (in excess of normal daily commute) | $ 15.75 | $ 15.75 | | | | $ 15.75 |
| 23-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 24-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 25-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 26-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 27-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 30-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| 31-Aug-04 | 40 miles (in excess of normal daily commute) | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| | Totals | $ 423.40 | $ 322.50 | $ - | $ 100.90 | $ - | $ 423.40 |

Name: Joshua Drumwright
Level: Consultant

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: August 2004

| Expense Detail | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 31-Aug-04 | 80 miles (in excess of normal daily commute) | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| | Totals | $ 30.00 | $ 30.00 | $ - | $ - | $ - | $ 30.00 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 21,544.89 | $ 14,614.07 | $4,746.85 | $ 201.90 | $ 1,982.07 | $ 21,544.89 |