**EXHIBIT "D"**

Protiviti Inc.
W. R. Grace & Co. Software Licensing Costs
Period Covered: August 2004

| Software | Purpose | Type of License | Total Expenses |
|---|---|---|---:|
| Level: | Automated testing of SAP system application controls | One-time fee | $ 8,000.00 |
| **Total** | | | **$ 8,000.00** |