# Exhibit A

| Debtor: | Settling Parties: | Description of Settlement |
|---|---|---|
| W. R. Grace & Co. – Conn. ("Grace") | Cianbro Corporation ("Cianbro") | On June 1, 2004, a Grace employee at Grace's Curtis Bay, Maryland facility was unloading 93% sulfuric acid from a railcar of when a hose (owned and operated by Grace) running from the railcar to Grace's storage tank developed a leak. The hose was under air pressure to facilitate the transfer of the acid from the railcar to the storage tank, and as a result, the sulfuric acid sprayed from the leaking hose into the surrounding area. Because of the danger posed by the leak, emergency personnel could not easily move into a position to stop the leak, so the acid continued to spray for approximately three hours until the Baltimore City Fire Department was able to cut the air line applying air pressure to the hose.<br><br>No one was hurt as a result of the incident, but certain equipment was damaged after being sprayed by acid for three hours. Cianbro, a contractor, was at the time working on a project at the Curtis Bay facility and had three pieces of equipment in the vicinity of the acid spill. (Cianbro was in no way responsible for the damage to the hose or for the acid spill generally.) All three pieces of equipment (a fork lift and two scissors lifts) were substantially damaged. According to experts retained by both Cianbro and Grace, repairing the equipment would not make economic sense, both because the cost of repair would likely exceed the market value of the equipment and because even repaired equipment might still present unacceptable safety risks.<br><br>The parties have agreed that Grace will be obligated to pay $137,600 to Cianbro as a full settlement of this matter. This sum represents the fair market value of the three pieces of equipment at the time they were damaged ($130,000), plus the rental costs of obtaining replacement equipment for one month ($7,600). As part of the settlement, Grace will take title to the damaged equipment, and Grace will then be free to resell it. (This aspect of the settlement arose because Grace and Cianbro had substantial differences in their valuations of the salvage value of the damaged equipment, and Grace had received actual offers to purchase the damaged equipment that were higher than Cianbro's valuation of salvage value.)<br><br>The settlement is considered fair and reasonable because (i) Grace does not dispute that it was responsible for the acid spill and Cianbro was not; (ii) if Grace |

| Debtor: | Settling Parties: | Description of Settlement |
|---|---|---|
| | | required Cianbro to sue to recover damages, Cianbro would very likely prevail in the lawsuit and likely recover damages approximating the $137,600 agreed by the parties or more, Grace would incur substantial costs defending the case, and Grace would jeopardize its business relationship with Cianbro, a contractor who has served Grace well for a number of years. |

6