IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 2nd day of December, 2004 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-2-

**Claim Settlement Notice**

_Karina Yee_
Karina Yee

Sworn to and subscribed before
me this 2nd day of December, 2004

_Helen T. Walsh_
Notary Public
My Commission Expires: 02/11/06

| RECIPIENT(S) | FAX NO. |
|---|---|
| **(Counsel to Debtors)**<br>Hamid R. Rafatjoo, Esq. | 310-201-0760 |
| **(Counsel to Debtors)**<br>James H.M. Sprayregen, Esq.<br>David Bernick, Esq.<br>Janet Baer, Esq.<br>James Kapp, III, Esq.<br>Sam Blatnick, Esq. | 312-861-2200 |
| **(Debtors)**<br>David B. Siegel | 410-531-4545 |
| **(US Trustee)**<br>Frank J. Perch, Esq. | 302-573-6497 |
| **(Counsel to DIP Lender)**<br>J. Douglas Bacon, Esq. | 312-993-9767 |
| **(Counsel to DIP Lender)**<br>Steven M. Yoder, Esq. | 302-658-6395 |
| **(Counsel to Chase Manhattan Bank)**<br>Mark D. Collins, Esq.<br>Deborah E. Spivack, Esq. | 302-658-6548 |
| **(Counsel to Official Committee of Unsecured Creditors)**<br>William S. Katchen, Esq. | 973-424-2001 |
| **(Counsel to Official Committee of Unsecured Creditors)**<br>Lewis Kruger, Esq.<br>Arlene Krieger, Esq. | 212-806-6006 |
| **(Counsel to Official Committee of Unsecured Creditors)**<br>Michael R. Lastowski, Esq. | 302-657-4901 |
| **(Counsel to Official Committee of Equity Security Holders)**<br>Philip Bentley, Esq.<br>Gary Becker, Esq. | 212-715-8000 |
| **(Counsel to Official Committee of Equity Security Holders)**<br>Teresa Currier, Esq. | 302-552-4295 |
| **(Counsel to Official Committee of Asbestos Personal Injury Claimants)**<br>Elihu Inselbuch, Esq.<br>Rita Tobin, Esq. | 212-644-6755 |
| **(Counsel to Official Committee of Asbestos Personal Injury Claimants)**<br>Peter Van N. Lockwood, Esq.<br>Julie W. Davis, Esq.<br>Trevor W. Swett, III, Esq.<br>Nathan D. Finch, Esq.<br>Max C. Heerman, Esq.<br>Albert G. Lauber, Esq. | 202-429-3301 |

2

| | |
|---|---|
| **(Counsel to Official Committee of Asbestos Personal Injury Claimants)**<br>Mark T. Hurford, Esq.<br>Marla R. Eskin, Esq.<br>Matthew G. Zaleski, III, Esq. | 302-426-9947 |
| **(Counsel to Official Committee of Asbestos Property Damage Claimants)**<br>Scott L. Baena, Esq. | 305-374-7593 |
| **(Counsel to Official Committee of Asbestos Property Damage Claimants)**<br>Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq. | 302-575-1714 |
| **(Counsel to David T. Austern as Future Claimants' Representative)**<br>Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Matthew W. Cheney, Esq. | 202-424-7643 |
| **(Counsel to David T. Austern as Future Claimants' Representative)**<br>John C. Phillips, Jr., Esq. | 302-655-4210 |