## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: December 23, 2004 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### SIXTH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Sixth Monthly Application of Swidler Berlin

Shereff Friedman, LLP for Compensation for Services Rendered and Reimbursement of

Expenses as counsel to the FCR for the time period October 1, 2004 through October 31, 2004

seeking payment of fees in the amount of $87,179.80 (80% of $108,974.75) and expenses in the

amount of $8,520.60 (the "Application") for a total of $95,700.40.

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **December 23, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

2

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC 20007
    (202) 424-7500
    Co-Counsel to David T. Austern, Future Claimants
    Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: December 3, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: December 23, 2004 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO SIXTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

| | |
|---|---|
| Name of Applicant: | Swidler Berlin Shereff Friedman, LLP ("SBSF") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | SBSF Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | October 1, 2004 through October 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $108,974.75 |
| 80% of fees to be paid: | $ 87,179.80[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 8,520.60 |
| Total Fees @ 80% and 100% Expenses: | $ 95,700.40 |

This is an:   _____ interim   __X__ monthly   _____ final application.

_____

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 18.60 hours and the corresponding fees are $4,196.50 and $76.75 expenses for SBSF's fee applications and 10.00 hours and $2,178.00 in fees and $34.30 in expenses for the FCR and/or his other professional's fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is SBSF's sixth interim fee application for the period October 1-31, 2004; SBSF filed its fifth interim fee application for the period September 1-30, 2004 on November 16, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses for a total of $129,718.24; SBSF filed its fourth interim fee application for the period August 1-31, 2004 on November 4, 2004 in the amount of  $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses for a total of $42,629.66; SBSF filed its third interim fee application for the period July 1-31, 2004 on November 4, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses for a total of $78,911.65; SBSF's second interim fee application for the period June 1-30, 2004 was filed on September 29, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02 for a total of $104,239.2.  SBSF's first interim fee application for the period May 1-31, 2004, was filed on September 29, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60.

## COMPENSATION SUMMARY

### OCTOBER 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 23.70 | $14,338.50 |
| Peri Mahaley | Partner, 11 years in position; 25 years relevant experience; 1979, Insurance Litigation | $500.00 | 1.00 | $500.00 |
| Glenn S. Miller | Partner, 2 years in position; 12 years relevant experience; 1992, Tax | $435.00 | .70 | $304.50 |
| Mark J. Plumer | Partner, 10 years in position; 17 years relevant experience; 1987, Insurance Litigation | $520.00 | 12.00 | $6,240.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 34.40 | $17,034.00 |
| Shara L. Boonshaft | Associate, 2 years in position; 2 years relevant experience; 2002, Insurance Litigation | $205.00 | 1.20 | $246.00 |

2

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 22.90 | $7,099.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 87.50 | $17,937.50 |
| Mara A. Glaser | Associate, 6 years in position; 6 years relevant experience; 1998, Corporate | $310.00 | 2.30 | $713.00 |
| Scott J. Levitt | Associate, 9 years in position; 9 years relevant experience; 1995, Insurance Litigation | $355.00 | 74.90 | $26,589.50 |
| Rachael M. Barainca | File Clerk | $55.00 | 9.20 | $506.00 |
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 27.00 | $4,725.00 |
| Deborah A. Rogers | Consultant | $180.00 | 32.60 | $5,868.00 |
| Michael A. Scarpato | Senior Consultant | $195.00 | 40.50 | $6,873.75 |
| Total | | | 369.90 | $108,974.75 |
| Blended Rate: $294.60 | | | | |

## COMPENSATION BY PROJECT CATEGORY

### OCTOBER 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 22.60 | $5,041.00 |
| Due Diligence | 2.90 | $1,076.00 |
| Compensation of Professionals-Swidler | 18.60 | $4,196.50 |
| Compensation of Professionals-Other | 10.00 | $2,178.00 |
| Litigation | 22.30 | $7,818.00 |
| Insurance Matters | 171.80 | $54,515.50 |
| Plan and Disclosure Statement | 88.10 | $26,933.00 |
| Retention of Professionals-Swidler | 5.00 | $1,243.50 |
| Retention of Professionals-Other | 15.60 | $4,337.00 |
| Travel Time (Non-Working)[2] | 12.50 | $1,533.75 |
| FCR Retention Appeals | .50 | $102.50 |
| TOTAL | 369.90 | $108,974.75 |

---

2 In accordance with the Local Rules of this Court, SBSF bills at a 50% reduced rate for non-working travel time.

3

**EXPENSE SUMMARY**

**OCTOBER 2004**

| Expense Category | Total |
|---|---:|
| Photocopying/Printing | $2,169.95 |
| Telephone/Facsimile | $38.93 |
| Postage/Federal Express/Courier Fees | $874.29 |
| Computerized Legal Research | $3,169.56 |
| Secretarial Services | $152.25 |
| Pacer | $557.34 |
| Travel | $1,558.28 |
| **TOTAL** | **$8,520.60** |

Respectfully submitted,

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____

    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC  20007
    (202) 424-7500
    Counsel to David T. Austern,
    As Future Claimants' Representative

Dated: December 3, 2004

4

**EXHIBIT A**
**SWIDLER BERLIN SHEREFF FRIEDMAN, LLP'S**
**INVOICES FOR THE TME PERIOD**
**OCTOBER 1-31, 2004**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277254

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/01/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders | 0.50 |
| 10/01/04 | Matthew W. Cheney | Review pleadings and calendar. | 0.50 |
| 10/01/04 | Matthew W. Cheney | Conferences with D. Felder re recent pleadings. | 0.60 |
| 10/01/04 | Matthew W. Cheney | Telephone conference with J. Brownstein re recent pleadings. | 0.10 |
| 10/01/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/04/04 | Matthew W. Cheney | Review pleadings. | 0.70 |
| 10/04/04 | Matthew W. Cheney | Conference with D. Felder re summary of pleadings. | 0.40 |
| 10/04/04 | Matthew W. Cheney | Review agenda for hearing. | 0.10 |
| 10/04/04 | Matthew W. Cheney | Telephone conference with J. Brownstein re recent motions. | 0.20 |
| 10/04/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 2

CLIENT:  25369
MATTER: .0001
INVOICE: 277254

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/05/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.30 |
| 10/05/04 | Matthew W. Cheney | Conference with R. Wyron re recent motions and hearing. | 0.10 |
| 10/05/04 | Matthew W. Cheney | Conferences with D. Felder re summary of motion. | 0.30 |
| 10/05/04 | Matthew W. Cheney | Review and revise summary of motions. | 0.40 |
| 10/05/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 10/06/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 10/06/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 10/06/04 | Roger L. Frankel | Review memo re pending motions. | 0.30 |
| 10/07/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.30 |
| 10/07/04 | Matthew W. Cheney | Review pleadings. | 0.30 |
| 10/07/04 | Matthew W. Cheney | Conference with D. Felder re research re debtor's proposal. | 0.40 |
| 10/07/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/08/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 10/08/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.70 |
| 10/08/04 | Roger L. Frankel | Telephone conversations with D. Austern, R. Wyron re meeting of principals. | 0.30 |
| 10/11/04 | Roger L. Frankel | Telephone conversation with client re meeting of principals. | 0.20 |
| 10/11/04 | Debra L. Felder | Review docket & update calendar of hearings and deadlines. | 0.10 |
| 10/12/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 10/12/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 10/12/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 3

CLIENT:  25369
MATTER:  .0001
INVOICE: 277254

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/13/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 10/14/04 | Matthew W. Cheney | Conference with D. Felder re agenda for hearing. | 0.10 |
| 10/14/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 10/14/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 10/15/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 10/15/04 | Matthew W. Cheney | Review pleadings. | 0.30 |
| 10/17/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/18/04 | Matthew W. Cheney | Review pleadings and agenda for hearing. | 0.30 |
| 10/18/04 | Matthew W. Cheney | Review correspondence from R. Wyron and D. Felder re Honeywell settlement. | 0.20 |
| 10/18/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 10/18/04 | Roger L. Frankel | Review miscellaneous pleadings. | 0.40 |
| 10/18/04 | Roger L. Frankel | Review miscellaneous pleadings. | 0.30 |
| 10/19/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 10/19/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 10/19/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.3); telephone conference with C. Hartman regarding status of pro hac vice motions (.1). | 0.40 |
| 10/20/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/20/04 | Matthew W. Cheney | Draft correspondence to J. Phillips enclosing pleading. | 0.10 |
| 10/20/04 | Matthew W. Cheney | Review pleading. | 0.10 |
| 10/20/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 10/21/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 4

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/21/04 | Matthew W. Cheney | Review summary of recent motions. | 0.10 |
| 10/21/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 10/21/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 10/25/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 10/26/04 | Matthew W. Cheney | Review pleadings and hearing agenda. | 0.10 |
| 10/26/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.60 |
| 10/26/04 | Roger L. Frankel | Review issues from hearing with R. Wyron. | 0.30 |
| 10/26/04 | Roger L. Frankel | Telephone conversation with S. Baena re case issues, status. | 0.50 |
| 10/26/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.70 |
| 10/27/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 10/27/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/27/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 10/27/04 | Roger L. Frankel | Review 8-K, Interim Order limiting equity trading. | 0.40 |
| 10/28/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 10/28/04 | Matthew W. Cheney | Review list of open issues. | 0.10 |
| 10/28/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 10/29/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 2.70 | $1,633.50 |
| Matthew W. Cheney | $310.00 | 6.80 | $2,108.00 |
| Debra L. Felder | $205.00 | 3.70 | $758.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 5

CLIENT: 25369
MATTER: .0001
INVOICE: 277254

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra O. Fullem | $175.00 | 0.20 | $35.00 |
| Rachael M. Barainca | $55.00 | 9.20 | $506.00 |
| **TOTAL HOURS & FEES** | | **22.60** | **$5,041.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 248.70 |
| Telephone | 11.65 |
| Postage | 229.33 |
| Westlaw Legal Research | 141.85 |
| DC Secretarial/Staff Overtime | 56.25 |
| Delivery Service | 42.30 |
| Federal Express | 42.07 |
| Ground Transportation | 115.00 |
| Publications/Subscriptions | 504.28 |
| Telephone | 20.75 |
| **TOTAL OTHER CHARGES** | **$1,412.18** |

**CURRENT INVOICE DUE**................................................................**$6,453.18**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277254

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES ........................................................................... $5,041.00

TOTAL OTHER CHARGES ................................................... $1,412.18

**TOTAL AMOUNT DUE** .................................................. **$6,453.18**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277255

CLIENT/CASE: 25369.0004

RE:  Due Diligence

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/04/04 | Mara A. Glaser | Draft limited confidentiality agreement. | 2.30 |
| 10/22/04 | Roger L. Frankel | Review 10-Q report. | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.60 | $363.00 |
| Mara A. Glaser | $310.00 | 2.30 | $713.00 |
| **TOTAL HOURS & FEES** | | **2.90** | **$1,076.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Telephone | 0.15 |
| **TOTAL OTHER CHARGES** | **$0.15** |

CURRENT INVOICE DUE.................................................................$1,076.15

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277255

OUR REFERENCE: 25369.0004

## INVOICE SUMMARY

TOTAL FEES...................................................................................$1,076.00

TOTAL OTHER CHARGES.............................................................$0.15

**TOTAL AMOUNT DUE** ..................................................................**$1,076.15**

### REMITTANCE INFORMATION:

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277261

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/05/04 | Debra O. Fullem | Prepare summary of July and August invoices (1.0); begin preparation of July and August monthly fee applications (2.5). | 3.50 |
| 10/14/04 | Debra O. Fullem | Prepare July and August invoice summaries (.5); update compensation summary chart (.2); prepare fee applications for July and August (1.0). | 1.70 |
| 10/18/04 | Roger L. Frankel | Review, edit third and fourth monthly interim applications. | 0.70 |
| 10/19/04 | Debra O. Fullem | Telephone call from Steven Bossay at Warren H. Smith's office, fee auditor in the case, regarding review of monthly filings and quarterly fee applications for FCR; inform R. Wyron regarding same; prepare e-mail to D. Austern and CIBC regarding filings. | 0.40 |
| 10/21/04 | Richard H. Wyron | Review first draft of Third Supplemental 2014 declaration and provide comments. | 0.40 |
| 10/21/04 | Debra O. Fullem | Prepare quarterly fee application for May and June time period. | 2.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 2

CLIENT:  25369
MATTER:  .0011
INVOICE: 277261

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/21/04 | Debra O. Fullem | Telephone call from S. Bossay at fee auditor's office regarding interim report; review e-mail from S. Bossay including interim report; inform R. Wyron regarding same and provide copies to R. Wyron and R. Frankel. | 0.80 |
| 10/21/04 | Debra O. Fullem | Coordinate with local counsel regarding fee application filings in the case. | 0.20 |
| 10/22/04 | Debra O. Fullem | Telephone call from Steve Bossay at fee auditor's office (.1); inform R. Wyron re interim report (.1); review interim report of fee auditor (.2); provide copies to and discuss with R. Wyron and R. Frankel (.2). | 0.60 |
| 10/22/04 | Debra O. Fullem | Prepare Certificates of No Objection on May and June monthly fee applications. | 0.40 |
| 10/22/04 | Debra O. Fullem | Prepare final of quarterly fee application for May and June and coordinate filing and serving of same. | 1.00 |
| 10/22/04 | Roger L. Frankel | Review, sign interim fee applications for Swidler. | 0.30 |
| 10/22/04 | Richard H. Wyron | Review final fee application. | 0.20 |
| 10/25/04 | Debra O. Fullem | Prepare corrected CNO on June monthly fee application and coordinate filing and serving. | 0.30 |
| 10/25/04 | Debra O. Fullem | Telephone call to Steve Bossay at the fee auditor's office regarding interim report; discuss reduction in travel time and certain additional details for expenses; coordinate sending the quarterly fee application. | 0.80 |
| 10/25/04 | Debra O. Fullem | Review cases cited in fee auditor's interim report, obtain copies, and provide to D. Felder. | 0.40 |
| 10/26/04 | Debra O. Fullem | Conference with R. Wyron regarding my conversations with Steve Bossay at fee auditor's office and the interim report. | 0.20 |
| 10/26/04 | Debra O. Fullem | Conferences with D. Felder regarding interim report from fee auditor and proposed response thereto. | 0.50 |
| 10/26/04 | Debra L. Felder | Research regarding compensation issues (1.5); draft response to fee auditor (1.0). | 2.50 |
| 10/28/04 | Debra L. Felder | Review letter to fee auditor. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 3

CLIENT:  25369
MATTER: .0011
INVOICE: 277261

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/28/04 | Debra O. Fullem | Review proposed response letter to Steve Bossay at the fee auditor's office and discuss with and provide comments to R. Wyron. | 0.40 |
| 10/28/04 | Richard H. Wyron | Review final response to report and fee auditors' report. | 0.30 |
| 10/29/04 | Roger L. Frankel | Review exchange of correspondence, fee auditor report re SBSF fee application. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.30 | $786.50 |
| Richard H. Wyron | $510.00 | 0.90 | $459.00 |
| Debra L. Felder | $205.00 | 2.70 | $553.50 |
| Debra O. Fullem | $175.00 | 13.70 | $2,397.50 |
| TOTAL HOURS & FEES | | 18.60 | $4,196.50 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 31.35 |
| Postage | 0.83 |
| Federal Express | 44.57 |
| TOTAL OTHER CHARGES | $76.75 |

CURRENT INVOICE DUE..................................................................$4,273.25

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church. VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277261

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES.................................................................................$4,196.50

TOTAL OTHER CHARGES................................................................$76.75

**TOTAL AMOUNT DUE** ...............................................................**$4,273.25**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277262

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/05/04 | Debra O. Fullem | Conference with D. Felder regarding sample of fee application to Tillinghast firm (.2); research docket for other financial firm's fee applications (.5); review Blackstone and Tersigni filings and discuss same with M. Cheney and R. Wyron (.5). | 1.20 |
| 10/05/04 | Debra O. Fullem | Conference with M. Cheney regarding sample of fee application to CIBC. | 0.20 |
| 10/05/04 | Debra O. Fullem | Research Blackstone and Tersigni fee applications filed in W.R. Grace case; prepare e-mail to M. Cheney regarding differences in the filings and issues regarding same; discuss with M. Cheney samples to be provided to CIBC. | 1.00 |
| 10/05/04 | Matthew W. Cheney | Conference with D. Fullem re applications for CIBC and Tillinghast. | 0.30 |
| 10/12/04 | Matthew W. Cheney | Telephone conference with J. Brownstein re fee application. | 0.10 |
| 10/12/04 | Matthew W. Cheney | Conference with R. Wyron and D. Fullem re fee applications for CIBC. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 2

CLIENT:  25369
MATTER:  .0012
INVOICE: 277262

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/12/04 | Debra O. Fullem | Conference with M. Cheney regarding review of fee applications prepared by Tersigni and Blackstone; prepare e-mail to R. Wyron regarding sample to be sent to CIBC. | 0.40 |
| 10/15/04 | Debra O. Fullem | Conference with D. Felder regarding sample fee application to Tillinghast firm; prepare e-mail to Pat Brooks at Tillinghast and forward fee application. | 0.30 |
| 10/19/04 | Debra O. Fullem | Prepare July and August fee application filings. | 2.50 |
| 10/20/04 | Matthew W. Cheney | Draft correspondence to R. Chatterjee re fee application. | 0.10 |
| 10/21/04 | Matthew W. Cheney | Review CIBC's fee applications. | 0.40 |
| 10/21/04 | Debra O. Fullem | Review e-mails from R. Chatterjee at CIBC regarding monthly and quarterly filings in Grace; review drafts sent by R. Chatterjee; conference with M. Cheney re same. | 0.80 |
| 10/21/04 | Richard H. Wyron | Review D. Austern's fee application. | 0.20 |
| 10/22/04 | Roger L. Frankel | Review interim fee applications for D. Austern, CIBC. | 0.40 |
| 10/22/04 | Debra O. Fullem | Prepare Certificates of No Objection to D. Austern's May and June monthly fee applications. | 0.40 |
| 10/22/04 | Debra O. Fullem | Prepare final of quarterly fee application for May and June for D. Austern and coordinate filing and serving of same. | 0.50 |
| 10/22/04 | Debra O. Fullem | Prepare final of third quarterly for CIBC May and June fee statements and coordinate filing and serving of same. | 0.50 |
| 10/25/04 | Debra O. Fullem | Telephone call with Steve Bossay at fee auditor's office regarding CIBC's monthly and quarterly fee applications. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.40 | $242.00 |
| Richard H. Wyron | $510.00 | 0.20 | $102.00 |
| Matthew W. Cheney | $310.00 | 1.40 | $434.00 |
| Debra O. Fullem | $175.00 | 8.00 | $1,400.00 |
| **TOTAL HOURS & FEES** | | **10.00** | **$2,178.00** |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 3

| OTHER CHARGES | AMOUNT |
|---|---|
| Federal Express | 34.30 |
| **TOTAL OTHER CHARGES** | **$34.30** |

**CURRENT INVOICE DUE**......................................................................$2,212.30

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277262

OUR REFERENCE: 25369.0012

## INVOICE  SUMMARY

TOTAL FEES............................................................................................$2,178.00

TOTAL OTHER CHARGES ...........................................................................$34.30

**TOTAL AMOUNT DUE** ........................................................................**$2,212.30**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington. DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277257

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/01/04 | Debra L. Felder | Telephone conference with M. Cheney and J. Brownstein regarding recent motions and settlement agreements. | 0.30 |
| 10/04/04 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines (1.0); review pleadings regarding October 25th hearing (1.5); draft e-mail summary regarding same (1.1). | 3.60 |
| 10/05/04 | Debra L. Felder | Revise summary of motions scheduled for October 25th hearing (.7); conference with G. Miller regarding settlement with IRS (.2); research regarding plan issues (5.9). | 6.80 |
| 10/05/04 | Richard H. Wyron | Review status of recent motions filed by the Debtors (.8); review COLI tax issue with G. Miller (.3). | 1.10 |
| 10/05/04 | Glenn S. Miller | Conference with D. Felder; review court filing regarding COLI issue. | 0.70 |
| 10/06/04 | Richard H. Wyron | Prepare memorandum to D. Austern regarding matters set for 10/25 hearing | 1.20 |
| 10/06/04 | Debra L. Felder | Review Scotts adversary (.2); update calendar of hearings and deadlines (.3). | 0.50 |
| 10/11/04 | Richard H. Wyron | Review new motions filed for 10/25 hearing. | 0.40 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 2

CLIENT: 25369
MATTER: .0007
INVOICE: 277257

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/18/04 | Richard H. Wyron | Review pleadings for 10/25 hearing. | 0.80 |
| 10/19/04 | Richard H. Wyron | Review update on ZAI trial (.4); review matters set for 10/25 (.2). | 0.60 |
| 10/19/04 | Debra L. Felder | Telephone conference with D. Cameron regarding update on ZAI science trial. | 0.20 |
| 10/20/04 | Debra L. Felder | Review motion to assume and assign lease in York, PA (.3); draft e-mail summary to R. Frankel, R. Wyron and M. Cheney regarding same (.2). | 0.50 |
| 10/21/04 | Roger L. Frankel | Review objection to extension filed by Elliott; notes re same. | 0.30 |
| 10/22/04 | Roger L. Frankel | Review with R. Wyron issues re hearing on Monday - requested plan extension, NOL motion; notes re same. | 0.40 |
| 10/23/04 | Roger L. Frankel | Review various pleadings re preservation of NOLs filed by Grace. | 0.60 |
| 10/24/04 | Richard H. Wyron | Prepare for 10/25 hearing, including review of supports and objections to plan extension motion (.8) and equity trading limitations motion (.6). | 1.40 |
| 10/25/04 | Richard H. Wyron | Review pleadings on injunction against equity trading for 10/25 hearing (.6); review other matters set for 10/25 hearing (.4). | 1.00 |
| 10/25/04 | Roger L. Frankel | Telephone conversation with R. Wyron re hearing. | 0.30 |
| 10/27/04 | Matthew W. Cheney | Review pleadings re Scotts adversary. | 0.60 |
| 10/28/04 | Roger L. Frankel | Telephone conversation with D. Siegel re pending investigation. | 0.30 |
| 10/29/04 | Roger L. Frankel | Prepare notes re Siegel telephone conversation; telephone conversation with D. Austern re pending investigation. | 0.30 |
| 10/29/04 | Roger L. Frankel | Telephone conversation with D. Austern, review e-mails, press release re target letters. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 2.60 | $1,573.00 |
| Glenn S. Miller | $435.00 | 0.70 | $304.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 3

CLIENT:  25369
MATTER: .0007
INVOICE: 277257

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $510.00 | 6.50 | $3,315.00 |
| Matthew W. Cheney | $310.00 | 0.60 | $186.00 |
| Debra L. Felder | $205.00 | 11.90 | $2,439.50 |
| **TOTAL HOURS & FEES** | | **22.30** | **$7,818.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 8.25 |
| **TOTAL OTHER CHARGES** | **$8.25** |

**CURRENT INVOICE DUE**....................................................................**$7,826.25**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277257

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES...................................................................................$7,818.00

TOTAL OTHER CHARGES.......................................................$8.25

**TOTAL AMOUNT DUE** ...............................................................**$7,826.25**

REMITTANCE INFORMATION:

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:          Citibank, F.S.B.
Account Title:          Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:          254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277256

CLIENT/CASE: 25369.0006

RE:  Insurance Matters

### FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 10/01/04 | Shara L. Boonshaft | Edit memo summarizing Grace asbestos coverage cases (.3); perform electronic research re ▬▬▬▬▬ ▬▬▬▬▬▬▬ theory (.9). | 1.20 |
| 10/01/04 | Mark J. Plumer | Review and revise insurance analysis presentation for D. Austern, including review of key background documents. | 2.50 |
| 10/01/04 | Scott J. Levitt | Revise Power Point presentation for Mr. Austern re insurance issues (1.3); revise memorandum re coverage actions (.2); review coverage charts (.3). | 1.80 |
| 10/01/04 | Richard H. Wyron | Call with J. Sakalo re KWELM order and hearing (.3); review dockets and order on KWELM (.2). | 0.50 |
| 10/01/04 | Deborah A. Rogers | Review coverage charts for accuracy of policy and carrier information and correct as necessary (2.0). | 2.00 |
| 10/02/04 | Deborah A. Rogers | Review and test formatting of coverage charts (3.2); QC data and identify parent relationships in order to create new chart (2.1) finalize additional data that will be included in binder for client meeting (.4). | 5.70 |

SMIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:  25369
11/19/04                                            MATTER:  .0006
Page 2                                              INVOICE: 277256

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/03/04 | Deborah A. Rogers | Review PowerPoint presentation prepared by M. Plumer (.2); create coverage charts sorted by parent/company relationships (6.3) finalize coverage charts and prepare for printing (1.4). | 7.90 |
| 10/03/04 | Debra L. Felder | Conference with M. Cheney regarding KWELMBS settlement proceeds (.2); review pleadings for October 25th hearing (.5). | 0.70 |
| 10/03/04 | Mark J. Plumer | Review and revise insurance analysis for October 4 presentation to D. Austern (2.5). | 2.50 |
| 10/03/04 | Matthew W. Cheney | Conference with D. Felder re Scotts adversary and intervention. | 0.10 |
| 10/03/04 | Matthew W. Cheney | Conference with D. Felder re KWELMS settlement and summary of recent pleadings. | 0.30 |
| 10/04/04 | Mark J. Plumer | Prepare for meeting with D. Austern re insurance issues (.5); office conference with D. Austern and R. Frankel re insurance issues and going forward strategy (1.5); follow-up with S. Levitt and D. Rogers re same (.5). | 2.50 |
| 10/04/04 | Michael A. Scarpato | Confer with Ms. Rogers re options for showing on coverage charts the settlements with now insolvent London Companies, e.g., KWELM. | 0.20 |
| 10/04/04 | Scott J. Levitt | Prepare materials for meeting with D. Austern (1.3); office conference with Messrs. Plumer, Frankel and Austern and Ms. Rogers re insurance update (1.7); review letters from insurers that have withheld settlement agreements (1.3); telephone conferences with counsel for insurers that have withheld settlement agreements (.7); legal research re multiple policyholders competing for aggregate products limits (1.5). | 6.50 |
| 10/04/04 | Roger L. Frankel | Review power point in preparation for meeting with FCR. | 0.60 |
| 10/04/04 | Roger L. Frankel | Confer with D. Austern, M. Plumer and S. Levitt re insurance update, next steps. | 1.20 |
| 10/04/04 | Deborah A. Rogers | Print coverage charts and insert in binders (3.5): attend meeting with Messrs. Austern, Plumer, Frankel and Levitt (.4); intake review of previously missing primary policies supplied by WR Grace (.5). | 4.40 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 3

CLIENT: 25369
MATTER: .0006
INVOICE: 277256

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/05/04 | Deborah A. Rogers | Make formatting changes in coverage charts (.2); print multiple copies of each chart (1.1); create small binders with tabs and insert charts (1.5); meet with M. Plumer and S. Levitt and deliver binders including one for D. Austern (.3); review ████████ policies to determine whether Vendors coverage is included; report findings to S. Levitt. (2.5). | 5.60 |
| 10/05/04 | Scott J. Levitt | Legal research re multiple policyholders competing for aggregate product limits (2.1); legal research re vendors coverage and exclusions (1.5); draft memorandum re same (3.0); telephone conference with Mr. Hughes re Scotts litigation (.2); review ████████ policies to determine vendors coverage (.5). | 7.30 |
| 10/05/04 | Matthew W. Cheney | Research re disposition of insurance proceeds. | 2.30 |
| 10/05/04 | Matthew W. Cheney | Conference with R. Wyron re KWELMBS settlement. | 0.10 |
| 10/05/04 | Matthew W. Cheney | Conference with S. Levitt re KWELMBS policies. | 0.10 |
| 10/06/04 | Scott J. Levitt | Legal research re vendors' coverage (2.4); draft memorandum re same (2.0); office conference with M. Plumer and D. Rogers re case status (.3); review motion to approve KWELM settlement (.5); draft letter to D. Austern re coverage chart binder (.1); review sample London coverage (.4); review draft e-mail to M. Cheney re same (.2). | 5.90 |
| 10/06/04 | Michael A. Scarpato | Confer with D. Rogers re prior organization of the policy files. | 0.10 |
| 10/06/04 | Mark J. Plumer | Office conference with S. Levitt and D. Rogers re status of to-do list items re insurance analysis (.6); follow-up with Jay Hughes and S. Levitt re allocation evaluation (.2). | 0.80 |
| 10/06/04 | Deborah A. Rogers | Review ██████ policies above ████ primary to determine whether they "follow form" (2.5); meeting with M. Plumer and S. Levitt (1.0). | 3.50 |
| 10/06/04 | Richard H. Wyron | Work on KMS argument issues and review e-mails regarding coverages. | 0.40 |
| 10/07/04 | Matthew W. Cheney | Research re disposition of insurance proceeds. | 0.90 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  
11/19/04  
Page 4

CLIENT:  25369  
MATTER:  .0006  
INVOICE: 277256

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/08/04 | Matthew W. Cheney | Research re insurance proceeds as property of estate. | 0.60 |
| 10/08/04 | Richard H. Wyron | E-mails regarding KWELM issues. | 0.30 |
| 10/08/04 | Mark J. Plumer | Review memorandum re Scotts claim for vendor coverage (.7); follow-up with S. Levitt re same (.2). | 0.90 |
| 10/11/04 | Debra L. Felder | Telephone conference with R. Wyron and M. Cheney regarding Scotts adversary. | 0.10 |
| 10/11/04 | Richard H. Wyron | Conference call regarding KMS proceeds and follow-up. | 1.20 |
| 10/11/04 | Matthew W. Cheney | Conference with R. Wyron re KWELMBS proceeds. | 0.20 |
| 10/11/04 | Matthew W. Cheney | Conference with R. Wyron re Scotts adversary. | 0.10 |
| 10/11/04 | Roger L. Frankel | Review S. Levitt memo re Scotts vendor coverage claim. | 0.70 |
| 10/12/04 | Michael A. Scarpato | Confer with S. Levitt re meeting with Mr. Zaremby to learn more about Grace's insurance allocation model. | 0.30 |
| 10/12/04 | Scott J. Levitt | Communicate by e-mail with insurers that have withheld settlement agreements (.2); draft memorandum re KWELM settlement and non-asbestos claims (2.1); communicate by e-mail with Mr. Posner re allocation modeling (.1). | 2.40 |
| 10/12/04 | Richard H. Wyron | Review KWELM issues. | 0.40 |
| 10/13/04 | Matthew W. Cheney | Review memo from S. Levitt re Scotts adversary. | 0.40 |
| 10/13/04 | Scott J. Levitt | Prepare for telephone conference with Grace re allocation methodology (.5). | 0.50 |
| 10/13/04 | Michael A. Scarpato | Review Grace's Asbestos Insurance Allocation Summary. | 0.90 |
| 10/14/04 | Michael A. Scarpato | Prepare for and participate in conference call with S. Levitt, Messrs. Posner and Zaremby re planning for 10/26/04 meeting to study Grace's allocation model (1.0); make travel arrangements for same (0.2). | 1.20 |
| 10/14/04 | Scott J. Levitt | Telephone conference with Messrs. Scarpato, Posner and Zaremby re allocation modeling and trip to Grace's office; prepare for same (.6); draft e-mail to M. Plumer re same (.2); review, analyze and summarize Maryland Casualty and London Market settlement agreements (3.2). | 4.00 |
| 10/14/04 | Richard H. Wyron | Review e-mails regarding allocation issues. | 0.30 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 5

CLIENT:  25369
MATTER: .0006
INVOICE: 277256

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/15/04 | Scott J. Levitt | Revise memorandum re KWELM settlement proceeds (2.3); revise memorandum re Grace's settlements with insurers (1.3); draft e-mail to ▓▓▓▓▓ re ▓▓ settlement agreements (.2). | 3.80 |
| 10/18/04 | Mark J. Plumer | Review mail of week of October 11; review e-mail from S. Levitt re case status and office conference re same. | 0.20 |
| 10/18/04 | Roger L. Frankel | Review proposal for E&O policy and form policy. | 0.60 |
| 10/18/04 | Scott J. Levitt | Revise memorandum re KWELM settlement proceeds (1.3); review, analyze and summarize ▓▓▓▓▓ and ▓▓▓▓▓ settlement agreements (1.6); review ▓▓▓▓ primary policies recently provided by Grace (.7); revise memorandum re Scotts litigation and vendors coverage (.5). | 4.10 |
| 10/18/04 | Michael A. Scarpato | Correspond with Mr. Zaremby re travel arrangements for 10/26/04 allocation meeting. | 0.20 |
| 10/19/04 | Scott J. Levitt | Review allocation model's summary (1.4); draft e-mail to Grace re ▓▓▓▓ settlement agreement (.1). | 1.50 |
| 10/19/04 | Richard H. Wyron | Review Scotts' claim and potential intervention issues. | 0.70 |
| 10/19/04 | Richard H. Wyron | Review e-mails regarding KMS issue and deferral of hearing, and respond. | 0.30 |
| 10/20/04 | Richard H. Wyron | Review e-mail regarding Scotts' litigation and procedural matters (.7); review memo on KWELM proceeds (.6). | 1.30 |
| 10/20/04 | Scott J. Levitt | Revise memorandum re KWELM settlements (.5); review results of ▓▓ allocation provided by Grace (.6); legal research re intervention (1.4); draft e-mail to R. Wyron re same (.2). | 2.70 |
| 10/20/04 | Michael A. Scarpato | Review summary of prior settlement agreements prepared by S. Levitt. | 0.40 |
| 10/21/04 | Michael A. Scarpato | Print and review preliminary allocation results received from Mr. Zaremby (.6); correspond with S. Levitt re same (.2); finalize meeting arrangements with Mr. Zaremby (.1). | 0.90 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 6

CLIENT:  25369
MATTER:  .0006
INVOICE: 277256

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/21/04 | Scott J. Levitt | Review and analyze spreadsheet of allocation to insurers provided by Grace (1.3); communicate by e-mail with Mr. Zaremby re same (.3); revise memorandum re coverage for Scotts claim (.8); communicate by e-mail with D. Rogers re same (.3). | 2.70 |
| 10/21/04 | Roger L. Frankel | Review Levitt memo re KWELM proceeds. | 0.40 |
| 10/21/04 | Mark J. Plumer | Review e-mails re W.R. Grace allocations to $4 billion level. | 0.40 |
| 10/21/04 | Deborah A. Rogers | Identify whether umbrella policies follow form to underlying, and whether excess policies follow form to umbrella or primary; discuss same with S. Levitt. | 3.50 |
| 10/22/04 | Richard H. Wyron | Meet with M. Plumer and S. Levitt regarding insurance issues and follow-up (1.1); review materials (.9). | 2.00 |
| 10/22/04 | Mark J. Plumer | Prepare for office conference with Messrs. Levitt and Scarpato re allocation (.2); attend office conference with Messrs Levitt and Scarpato re allocation to $4 billion level (.4); office conference with Messrs. Frankel and Wyron re insurance strategy, including allocation and other requirements in anticipation of negotiation plan of reorganization (.8). | 1.40 |
| 10/22/04 | Roger L. Frankel | Confer with Messrs. Plumer, Levitt and Wyron re insurance strategy. | 0.70 |
| 10/22/04 | Scott J. Levitt | Office conference with Messrs. Plumer and Scarpato re Grace's allocation results (.5); review same (.8); office conference with Messrs. Plumer, Scarpato, Frankel and Wyron re various issues related to case strategy including evaluation of ZAI claims (.8); communicate by e-mail re Fireman's Fund settlement agreement (.2); telephone conference with ██████████ re ████ settlement agreements (.2). | 2.50 |
| 10/22/04 | Michael A. Scarpato | Compile documents and charts to bring to the 10/26/04 allocation meeting (.6); discuss agenda for same with M. Plumer, et al. (1.2); review coverage charts and summary policy tables with D. Rogers (.6). | 2.40 |

David Austern, FCR (for W.R. Grace & Co,)  
11/19/04  
Page 7

CLIENT:  25369  
MATTER:  .0006  
INVOICE: 277256

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/25/04 | Michael A. Scarpato | Compile and review additional materials to take to the 10/26/04 meeting with Mr. Zaremby re Grace's allocation analysis (1.0); review differences between Grace's sample $4B allocation analysis and their previous valuation of the remaining insurance asset (.4); compare internal calculation of remaining policy limits with Grace's insurance receivable, along with Ms. Rogers (.6); draft questions to ask of Mr. Zaremby and Mr. Posner re Grace's allocation model (2.8). | 4.80 |
| 10/25/04 | Debra L. Felder | Review docket regarding Scotts adversary (.1); review docket regarding ZAI science trial (.3). | 0.40 |
| 10/25/04 | Mark J. Plumer | Preliminary review of status memorandum prepared by S. Levitt. | 0.20 |
| 10/25/04 | Scott J. Levitt | Review and analyze pleadings re ZAI science trial (4.1); begin to summarize same (1.5); draft e-mail to M. Plumer re proposed future projects (.3); communicate by e-mail with Ms. Scarpato re trip to Grace's office (.2); review allocation results (.2). | 6.30 |
| 10/26/04 | Scott J. Levitt | Revise and analyze pleadings re ZAI science trial (2.9); summarize same (2.0); review and analyze proposed E&O policy (1.3); draft e-mail to M. Plumer re same (.5). | 6.70 |
| 10/26/04 | Michael A. Scarpato | Interview Mr. Zaremby, Mr. Posner, and Mr. Port re Grace's allocation model. | 7.70 |
| 10/26/04 | Matthew W. Cheney | Conference with R. Wyron re Scotts adversary and other pleadings. | 0.30 |
| 10/26/04 | Roger L. Frankel | Review with R. Wyron issues re E&O insurance; review proposal. | 0.40 |
| 10/26/04 | Richard H. Wyron | E-mails regarding KWELM proceeds. | 0.30 |
| 10/26/04 | Richard H. Wyron | Review E&O proposal prepared for D. Austern (.8); confer with R. Frankel (.3). | 1.10 |
| 10/27/04 | Matthew W. Cheney | Conference with S. Levitt re intervention and pleadings. | 0.10 |

David Austern, FCR (for W.R. Grace & Co,)       CLIENT: 25369
11/19/04       MATTER: .0006
Page 8       INVOICE: 277256

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/27/04 | Michael A. Scarpato | Debrief with Ms. Rogers re 10/26/04 meeting with Mr. Zaremby (.2); begin draft memo re allocation meeting (.7); confer with Mr. Zaremby and Mr. Port re more detailed explanation of insurance receivable calculation used in the 2003 annual report (.2). | 1.10 |
| 10/27/04 | Scott J. Levitt | Draft motion to intervene in Scotts litigation (3.2); legal research in connection with same (2.3); review and analyze previously filed pleadings on behalf of Future Claimants Representative in connection with same (.2). | 5.70 |
| 10/28/04 | Scott J. Levitt | Draft motion to intervene in Scotts litigation (4.0); legal research in connection with same (1.1); review e-mail from P. Mahaley re proposed E&O policy (.1). | 5.20 |
| 10/28/04 | Michael A. Scarpato | Finish draft memo re 10/26/04 allocation meeting and compile attachments to same. | 6.80 |
| 10/28/04 | Peri N. Mahaley | Review specimen errors and omissions insurance policy; draft communication to Messrs. Plumer and Levitt summarizing concerns about the policy form. | 1.00 |
| 10/29/04 | Michael A. Scarpato | Proof and revise memo re 10/26/04 allocation meeting (2.3); review same with S. Levitt (.3); summarize results of 10/26/04 meeting for M. Plumer (.2); provide additional explanation to S. Levitt for settlement credit in valuing the remaining insurance asset (.2). | 3.00 |
| 10/29/04 | Scott J. Levitt | Review, analyze and edit memorandum re Grace's allocation modeling prepared by Mr. Scarpato (1.3); office conference with Mr. Scarpato re same (.3); draft answer to Scotts complaint (3.5); review and respond to P. Mahaley's e-mail re E&O policy (.2). | 5.30 |
| 10/29/04 | Mark J. Plumer | Review and revise motion to intervene in Scotts insurance coverage action filed in bankruptcy proceeding. | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 4.60 | $2,783.00 |
| Peri N. Mahaley | $500.00 | 1.00 | $500.00 |
| Mark J. Plumer | $520.00 | 12.00 | $6,240.00 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 9

CLIENT:  25369
MATTER: .0006
INVOICE: 277256

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $510.00 | 8.80 | $4,488.00 |
| Shara L. Boonshaft | $205.00 | 1.20 | $246.00 |
| Matthew W. Cheney | $310.00 | 5.50 | $1,705.00 |
| Debra L. Felder | $205.00 | 1.20 | $246.00 |
| Scott J. Levitt | $355.00 | 74.90 | $26,589.50 |
| Deborah A. Rogers | $180.00 | 32.60 | $5,868.00 |
| Michael A. Scarpato | $195.00 | 30.00 | $5,850.00 |
| **TOTAL HOURS & FEES** | | **171.80** | **$54,515.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 25.05 |
| Telephone | 5.10 |
| Westlaw Legal Research | 41.09 |
| Lexis Legal Research | 386.95 |
| DC Secretarial/Staff Overtime | 90.00 |
| Printing | 59.40 |
| Federal Express | 9.91 |
| Parking | 14.00 |
| Travel | 246.70 |
| Travel Tips | 4.00 |
| Travel/Airfare | 113.00 |
| Travel/Lodging | 108.90 |
| Travel/Meal Expenses | 28.66 |
| Travel/Parking | 7.00 |
| Travel/Rental | 115.96 |
| Travel/Taxis | 70.55 |
| Travel/Tolls | 28.50 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 10

CLIENT:  25369
MATTER: .0006
INVOICE: 277256

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $1,354.77 |

CURRENT INVOICE DUE.................................................................$55,870.27

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277256

OUR REFERENCE: 25369.0006

## INVOICE SUMMARY

TOTAL FEES.........................................................................$54,515.50

TOTAL OTHER CHARGES................................................$1,354.77

**TOTAL AMOUNT DUE** ..................................................**$55,870.27**

REMITTANCE INFORMATION:

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

<table>
<tr><td>

WASHINGTON, DC OFFICE<br>
THE WASHINGTON HARBOUR<br>
3000 K STREET, NW, SUITE 300<br>
WASHINGTON, D.C. 20007-5116<br>
TELEPHONE (202)424-7500<br>
FACSIMILE (202) 424-7647

</td><td>

NEW YORK OFFICE<br>
THE CHRYSLER BUILDING<br>
405 LEXINGTON AVENUE<br>
NEW YORK, NY 10174<br>
TELEPHONE (212) 973-0111<br>
FACSIMILE (212) 891-9598

</td></tr>
</table>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277258

CLIENT/CASE: 25369.0008

RE:  Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/01/04 | Matthew W. Cheney | Conferences with M. Gryzlov re research re debtor's proposal. | 0.30 |
| 10/01/04 | Debra L. Felder | Research regarding plan issues. | 4.50 |
| 10/02/04 | Debra L. Felder | Review memorandum from M. Gryzlov. | 0.70 |
| 10/02/04 | Matthew W. Cheney | Conference with M. Grylov re research. | 0.60 |
| 10/02/04 | Matthew W. Cheney | Research re debtor's proposal. | 0.50 |
| 10/02/04 | Matthew W. Cheney | Conference with D. Felder re memo re research. | 0.20 |
| 10/03/04 | Matthew W. Cheney | Research re debtor's proposal. | 0.30 |
| 10/03/04 | Matthew W. Cheney | Conference with D. Felder re memo and research. | 0.40 |
| 10/03/04 | Debra L. Felder | Research regarding plan issues (5.4); conference with M. Cheney regarding same (.4). | 5.80 |
| 10/04/04 | Matthew W. Cheney | Conference with D. Felder re research and memo. | 0.20 |
| 10/05/04 | Matthew W. Cheney | Conference with D. Felder re research. | 0.50 |
| 10/06/04 | Matthew W. Cheney | Conferences with D. Felder re: research re: debtor's proposal. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 2

CLIENT:  25369
MATTER: .0008
INVOICE: 277258

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/06/04 | Matthew W. Cheney | Conference with R. Wyron re: status of memo. | 0.10 |
| 10/06/04 | Matthew W. Cheney | Research re disposition of insurance proceeds. | 0.50 |
| 10/06/04 | Debra L. Felder | Research regarding plan issues (9.00). | 9.00 |
| 10/07/04 | Debra L. Felder | Research regarding Delaware trust law and section 524(g). | 4.50 |
| 10/08/04 | Debra L. Felder | Draft memorandum regarding plan issues (9.4); conference with M. Cheney regarding same (.1). | 9.50 |
| 10/08/04 | Matthew W. Cheney | Conferences with D. Felder re research. | 0.40 |
| 10/11/04 | Roger L. Frankel | Confer with R. Wyron re meeting with D. Austern, plan issues; notes re same. | 0.40 |
| 10/11/04 | Debra L. Felder | Review case law regarding interest. | 3.00 |
| 10/11/04 | Matthew W. Cheney | Conferences with D. Felder re research and memo re debtor's proposal. | 0.30 |
| 10/12/04 | Debra L. Felder | Draft memorandum regarding plan issues. | 5.50 |
| 10/12/04 | Roger L. Frankel | Prepare notes, memo in preparation for Austern meeting, meeting of principals. | 1.30 |
| 10/12/04 | Roger L. Frankel | Confer with D. Austern in preparation for meeting with PI Comm, PD and ZAI claimants. | 0.50 |
| 10/12/04 | Matthew W. Cheney | Conference with D. Felder re memo re: issues. | 0.10 |
| 10/12/04 | Matthew W. Cheney | Conference with M. Gryzlov re research re proposal. | 0.10 |
| 10/13/04 | Matthew W. Cheney | Conference with D. Felder re status of research. | 0.10 |
| 10/13/04 | Debra L. Felder | Draft memorandum regarding Section 524(g), trustees, treatment of future claimants and interest. | 10.00 |
| 10/14/04 | Debra L. Felder | Research regarding interest and estimation. | 1.50 |
| 10/15/04 | Richard H. Wyron | Review motion to extend time to file a plan. | 0.70 |
| 10/15/04 | Matthew W. Cheney | Conference with D. Felder re debtor's motion to extend date to file plan. | 0.10 |
| 10/15/04 | Roger L. Frankel | Review B&W confirmation opinion. | 0.60 |
| 10/16/04 | Roger L. Frankel | Telephone conversation with D. Austern re meeting of principals, open economic issues; notes re same. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 3

CLIENT:  25369
MATTER: .0008
INVOICE: 277258

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/17/04 | Roger L. Frankel | Review B&W confirmation opinion. | 0.30 |
| 10/18/04 | Matthew W. Cheney | Conference with M Gryzlov re research re debtor's proposal. | 0.20 |
| 10/18/04 | Richard H. Wyron | Review and comment on Term Sheet, and follow-up. | 0.30 |
| 10/19/04 | Matthew W. Cheney | Conference with R. Wyron re motion extending time to file plan. | 0.10 |
| 10/19/04 | Matthew W. Cheney | Conference with M. Gryzlov re research. | 0.30 |
| 10/19/04 | Roger L. Frankel | Telephone conversation with D. Austern in preparation for conference call re plan issues; notes. | 0.50 |
| 10/20/04 | Roger L. Frankel | Review, modify support pleading for extension. | 0.30 |
| 10/20/04 | Roger L. Frankel | Conference call re plan issues; notes re same. | 0.50 |
| 10/20/04 | Matthew W. Cheney | Draft statement in support of debtor's motion to extend time to file plan. | 1.20 |
| 10/20/04 | Matthew W. Cheney | Conferences with R. Wyron re pleading. | 0.20 |
| 10/20/04 | Matthew W. Cheney | Conference with C. Hartman re filing pleading. | 0.10 |
| 10/20/04 | Richard H. Wyron | Review and provide comments on FCR's statement in support of extension of time to file a plan (.6); calls to R. Frankel, D. Austern and M. Cheney re filing (.5). | 1.10 |
| 10/21/04 | Richard H. Wyron | Review objection to extension of time filed by Elliott and outline issues. | 1.20 |
| 10/22/04 | Richard H. Wyron | Review term sheet and issues (.6); confer with R. Frankel and follow-up (.4). | 1.00 |
| 10/22/04 | Roger L. Frankel | Review term sheet re proposed plan of reorganization - allocation of assets. | 0.60 |
| 10/22/04 | Roger L. Frankel | Review term sheet re proposed warrants; exchange of e-mails re secondary issues. | 0.50 |
| 10/24/04 | Richard H. Wyron | Review information on possible plan terms and outline issues (.8); review press release on Third Quarter (.3); prepare and organize outline on open items (.9). | 2.00 |

David Austern, FCR (for W.R. Grace & Co,)  
11/19/04  
Page 4

CLIENT:  25369  
MATTER: .0008  
INVOICE: 277258

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/25/04 | Richard H. Wyron | Prepare for hearing regarding extension of time to file plan (.3); attend hearing regarding same (1.3); call to R. Frankel and D. Austern re hearing results (.4); confer with Equity Committee counsel and others regarding hearing and follow-up (.4). | 2.40 |
| 10/25/04 | Matthew W. Cheney | Conference with M. Gryzlov re research. | 0.30 |
| 10/25/04 | Debra L. Felder | Research regarding plan issues. | 2.00 |
| 10/25/04 | Debra O. Fullem | Review e-mail from R. Wyron regarding SEC research on parties disclosing that they own more than 5% of Grace's securities (.1); research, review and print recent Schedule 13 filings (.8); prepare e-mail summarizing names of holders, number of shares, and percentage in their class (.3). | 1.20 |
| 10/26/04 | Roger L. Frankel | Telephone conversation with D. Austern re hearing, plan discussions. | 0.30 |
| 10/26/04 | Roger L. Frankel | Confer with R. Wyron re settlement and plan issues, open issues re PD claims. | 0.40 |
| 10/26/04 | Roger L. Frankel | Review possible issues re plan of reorganization; notes re same. | 0.60 |
| 10/26/04 | Roger L. Frankel | Telephone conversation with D. Austern re plan issues, stock warrants; update R. Wyron. | 0.50 |
| 10/26/04 | Matthew W. Cheney | Conference with M. Gryzlov re research re debtor's proposal. | 0.20 |
| 10/26/04 | Matthew W. Cheney | Conference with R. Wyron re status of negotiations. | 0.10 |
| 10/27/04 | Roger L. Frankel | Telephone conversation with J. Radecki in preparation for conference call re plan issues; review warrants term sheet. | 0.60 |
| 10/28/04 | Roger L. Frankel | Review plan issues in preparation for conference calls. | 0.70 |
| 10/28/04 | Roger L. Frankel | Telephone conference with CIBC, D. Austern, R. Wyron re plan issues. | 0.60 |
| 10/28/04 | Roger L. Frankel | Telephone conference re Grace with Messrs. Rice, Tersigni, Zilly and Radecki re plan financial issues; notes re same. | 0.80 |
| 10/28/04 | Roger L. Frankel | Telephone conference with D. Austern re PD issues. | 0.30 |

David Austern, FCR (for W.R. Grace & Co,)  
11/19/04  
Page 5

CLIENT:  25369  
MATTER: .0008  
INVOICE: 277258

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/28/04 | Roger L. Frankel | Telephone conference with J. Radecki re structure of consideration in plan; notes re same. | 0.40 |
| 10/28/04 | Richard H. Wyron | Meet with D. Austern and follow-up on Plan issues (.6); participate in conference call on plan issues, and outline follow-up (1.7); call with CIBC (.4). | 2.70 |
| 10/29/04 | Richard H. Wyron | Review e-mails and press release regarding Montana investigation. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 11.20 | $6,776.00 |
| Richard H. Wyron | $510.00 | 11.80 | $6,018.00 |
| Matthew W. Cheney | $310.00 | 7.90 | $2,449.00 |
| Debra L. Felder | $205.00 | 56.00 | $11,480.00 |
| Debra O. Fullem | $175.00 | 1.20 | $210.00 |
| **TOTAL HOURS & FEES** | | **88.10** | **$26,933.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Westlaw Legal Research | 1,140.18 |
| Lexis Legal Research | 1,459.49 |
| Publications/Subscriptions | 16.66 |
| Travel/Airfare | 526.07 |
| Travel/Lodging | 283.42 |
| Travel/Meal Expenses | 11.19 |
| Travel/Telephone | 0.33 |
| **TOTAL OTHER CHARGES** | **$3,437.34** |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 6

CLIENT:   25369
MATTER: .0008
INVOICE: 277258

**TOTAL AMOUNT DUE**..................................................................**$85,791.80**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277258

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES.............................................................$26,933.00

TOTAL OTHER CHARGES .......................................$3,437.34

**TOTAL AMOUNT DUE** ..........................................**$30,370.34**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# Swidler Berlin Shereff Friedman, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277259

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/21/04 | Debra O. Fullem | Review responses and information relating to conflict lists (.4); conference with R. Wyron regarding status and proposed supplemental declaration (.2); prepare draft of third supplemental declaration of R. Frankel (.8). | 1.40 |
| 10/22/04 | Debra O. Fullem | Review emails from attorneys responding to questions on conflict reports; update R. Wyron regarding same for third supplemental declaration of R. Frankel. | 0.50 |
| 10/22/04 | Debra O. Fullem | Conference with R. Wyron regarding status of conflict list and review various responses and information related thereto (.5); prepare revisions to third supplemental declaration of R. Frankel (.9); provide to R. Wyron for review and comment (.1). | 1.50 |
| 10/22/04 | Richard H. Wyron | Review and revise Third Supplemental Declaration of Roger Frankel under Rule 2014 (.7); confer with D. Fullem re: same (.4). | 1.10 |
| 10/25/04 | Debra O. Fullem | Print final of third supplemental declaration and provide to R. Frankel for signature; coordinate filing and serving of same. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 2

CLIENT:  25369
MATTER: .0009
INVOICE: 277259

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $510.00 | 1.10 | $561.00 |
| Debra O. Fullem | $175.00 | 3.90 | $682.50 |
| **TOTAL HOURS & FEES** | | **5.00** | **$1,243.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Publications/Subscriptions | 24.78 |
| **TOTAL OTHER CHARGES** | **$24.78** |

**CURRENT INVOICE DUE**.................................................................**$1,268.28**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04

OUR REFERENCE: 25369.0009

INVOICE NUMBER: 277259

## INVOICE SUMMARY

TOTAL FEES................................................................$1,243.50

TOTAL OTHER CHARGES..............................................$24.78

**TOTAL AMOUNT DUE** ...............................................**$1,268.28**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277260

CLIENT/CASE: 25369.0010

RE:  Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/03/04 | Matthew W. Cheney | Review correspondence from R. Wyron re status of Tillinghast. | 0.10 |
| 10/04/04 | Matthew W. Cheney | Review correspondence from M. Angelina re Tillinghast. | 0.10 |
| 10/05/04 | Matthew W. Cheney | Conference with D. Felder re application for Tillinghast. | 0.10 |
| 10/18/04 | Debra L. Felder | Review Tillinghast application (.7); conference with R. Wyron regarding same (.4). | 1.10 |
| 10/18/04 | Richard H. Wyron | Review Tillinghast engagement letter revisions. | 0.40 |
| 10/19/04 | Richard H. Wyron | Review Tillinghast draft pleadings. | 0.40 |
| 10/19/04 | Debra L. Felder | E-mail correspondence with P. Brooks regarding Tillinghast application. | 0.20 |
| 10/20/04 | Debra L. Felder | Review Tillinghast application, declaration and engagement letter and revise same (1.8); tele-conference with P. Brooks regarding same (.3); e-mail correspondence with P. Brooks and M. Angelina regarding same (.3); conference with M. Cheney regarding same (.3); review pleadings regarding estimation procedures (1.4). | 4.10 |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 2

CLIENT:  25369
MATTER: .0010
INVOICE: 277260

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/20/04 | Matthew W. Cheney | Conference with D. Felder re Tillinghast application. | 0.30 |
| 10/24/04 | Matthew W. Cheney | Review and respond to correspondence from D. Felder re Tillinghast. | 0.10 |
| 10/25/04 | Debra L. Felder | Telephone conference with P. Brooks regarding Tillinghast application and declaration. | 0.10 |
| 10/26/04 | Debra L. Felder | Revise Tillinghast application, declaration and engagement letter. | 1.00 |
| 10/27/04 | Roger L. Frankel | Review D. Austern engagement order in connection with possible insurance. | 0.30 |
| 10/27/04 | Richard H. Wyron | Review Tillinghast pleadings and engagement letter, with P. Brooks' revisions. | 1.10 |
| 10/28/04 | Richard H. Wyron | Work out final language in Tillinghast application and provide comments. | 0.80 |
| 10/28/04 | Debra L. Felder | Telephone conference with R. Wyron regarding Tillinghast application (.1); finalize same (1.5). | 1.60 |
| 10/29/04 | Debra L. Felder | Telephone conference with M. Angelina regarding Tillinghast declaration (.2); revise and finalize same for filing and service (3.0); telephone conferences with D. Austern and J. Phillips regarding same (.2). | 3.40 |
| 10/29/04 | Richard H. Wyron | Review Tillinghast final engagement letter and application, and e-mails regarding same. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.30 | $181.50 |
| Richard H. Wyron | $510.00 | 3.10 | $1,581.00 |
| Matthew W. Cheney | $310.00 | 0.70 | $217.00 |
| Debra L. Felder | $205.00 | 11.50 | $2,357.50 |
| **TOTAL HOURS & FEES** | | **15.60** | **$4,337.00** |

David Austern, FCR (for W.R. Grace & Co,)
11/19/04
Page 3

CLIENT:  25369
MATTER: .0010
INVOICE: 277260

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 1,778.40 |
| Telephone | 0.45 |
| Postage | 356.81 |
| Secretarial Services | 6.00 |
| Printing | 18.80 |
| Publications/Subscriptions | 6.51 |
| **TOTAL OTHER CHARGES** | **$2,166.97** |

**CURRENT INVOICE DUE**................................................................$6,503.97

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277260

OUR REFERENCE: 25369.0010


## INVOICE SUMMARY

TOTAL FEES...............................................................................$4,337.00

TOTAL OTHER CHARGES.................................................$2,166.97

**TOTAL AMOUNT DUE** ....................................................**$6,503.97**


*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277263

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/25/04 | Richard H. Wyron | Non-working travel to and from hearing in Wilmington. | 2.00 |
| 10/25/04 | Michael A. Scarpato | Non-working travel to Boca Raton, FL for 10/26/04 meeting with Mr. Zaremby re Grace's allocation analysis. | 4.20 |
| 10/26/04 | Michael A. Scarpato | Non-working travel, returning from Boca Raton, FL. | 6.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $255.00 | 2.00 | $510.00 |
| Michael A. Scarpato | $97.50 | 10.50 | $1,023.75 |
| **TOTAL HOURS & FEES** | | **12.50** | **$1,533.75** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE......................................................................$1,533.75

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277263

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES.................................................................................$1,533.75

TOTAL OTHER CHARGES.............................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$1,533.75**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277264

CLIENT/CASE: 25369.0015

RE: FCR Retention Appeals

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/02/04 | Debra L. Felder | Review pleadings. | 0.30 |
| 10/19/04 | Debra L. Felder | Telephone conference with J. Cunningham regarding status of Insurers' motion to strike. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $205.00 | 0.50 | $102.50 |
| **TOTAL HOURS & FEES** | | **0.50** | **$102.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Publications/Subscriptions | 5.11 |
| **TOTAL OTHER CHARGES** | **$5.11** |

CURRENT INVOICE DUE................................................................$107.61

PREVIOUS BALANCE  (Breakdown attached if applicable)................................................$23,213.62

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/19/04
INVOICE NUMBER: 277264

OUR REFERENCE: 25369.0015

## INVOICE SUMMARY

TOTAL FEES.................................................................................$102.50

TOTAL OTHER CHARGES.............................................................$5.11

**TOTAL AMOUNT DUE** ...............................................................**$107.61**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington. DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:         Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of SBSF as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS     DAY OF DECEMBER, 2004

Notary Public

My commission expires October 31, 2007

Katherine Ann Swall
Notary Public in and for
The District of Columbia

5

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on December 3, 2004, I caused the *Notice, Cover Sheet to Sixth Monthly Interim Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period October 1, 2004 through October 31, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


**E-mail: david.heller@lw.com and carol.hennessey@lw.com**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


**E-mail: pbentley@kramerlevin.com**
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP