**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone:  203-252-2564
Facsimile: 203-252-2562

**November 25, 2004**

**Invoice No. 13004**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period October 1, 2004 through October 31, 2004 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 13.00 | $6,500.00 |
| James Sinclair - Managing Director | 55.90 | $26,552.50 |
| Michael Berkin  - Managing Director | 24.80 | $11,780.00 |
| Peter Rubsam - Director | 27.00 | $9,855.00 |
| Aaron Prills - Manager | 26.90 | $7,397.50 |
| Cheryl Wright - Manager | 57.80 | $15,895.00 |
| Dottie-Jo Collins - Manager | 10.30 | $2,832.50 |

| Expenses   (see Schedule C) | |
|---|---|
| Research, Telephone, Xerox | $112.52 |
| **T O T A L** | $80,925.02 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
               by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

November 25, 2004

**Invoice No. 13004**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:   October 1-31, 2004

| Name | Position | Schedule | Rate (2004) | Hours | Amount |
|---|---|---|---:|---:|---:|
| Loreto T. Tersigni | President | Schedule A | $500 | 13.00 | $6,500.00 |
| James Sinclair | Managing Director | Schedule A | $475 | 55.90 | $26,552.50 |
| Michael Berkin | Managing Director | Schedule A | $475 | 24.80 | $11,780.00 |
| Peter Rubsam | Director | Schedule A | $365 | 27.00 | $9,855.00 |
| Aaron Prills | Manager | Schedule A | $275 | 26.90 | $7,397.50 |
| Cheryl Wright | Manager | Schedule A | $275 | 57.80 | $15,895.00 |
| Dottie-Jo Collins | Manager | Schedule A | $275 | 10.30 | $2,832.50 |
| **Total Professional Services- Schedule A:** | | | | 215.70 | $80,812.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $112.52 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $80,925.02 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
             by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: October 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 10/12/04 | LT | Preparation of updated distributable value analysis per ACC counsel request | 07 | 1.50 | $500.00 | $750.00 |
| 10/19/04 | LT | Review and analyze press release, and related financial statements, for the 3rd Quarter 2004 | 26 | 1.00 | $500.00 | $500.00 |
| 10/20/04 | LT | Review Elliot Int'l objection to debtors motion to extend time for filing POR | 16 | 0.50 | $500.00 | $250.00 |
| 10/20/04 | LT | Review FCR statement in support of motion to extend exclusive period | 26 | 0.50 | $500.00 | $250.00 |
| 10/27/04 | LT | Review recovery analysis, and related support information, in preparation for conference call with financial advisors on 10-28-04 | 16 | 1.80 | $500.00 | $900.00 |
| 10/28/04 | LT | Conference call with debtor and financial advisors regarding structure of settlement proposal | 16 | 1.50 | $500.00 | $750.00 |
| 10/28/04 | LT | Identify and evaluate methods for calculating value of securities to be issued in connection with settlement proposal | 16 | 4.00 | $500.00 | $2,000.00 |
| 10/28/04 | LT | Follow-up conference call with Blackstone and other advisors to discuss valuation issues | 21 | 1.30 | $500.00 | $650.00 |
| 10/28/04 | LT | Review memorandum from ACC counsel regarding revised 2019 orders | 07 | 0.10 | $500.00 | $50.00 |
| 10/29/04 | LT | Review engagement status | 26 | 0.30 | $500.00 | $150.00 |
| 10/29/04 | LT | Review monthly fee application for September 2004, including timekeeper daily entries | 11 | 0.50 | $500.00 | $250.00 |
| | | **Sub-Total** | | **13.00** | | **$6,500.00** |
| **James Sinclair - Managing Director** | | | | | | |
| 10/4/04 | JS | Review with Rubsam and Wright market multiple, DCF and NOL valuations for valuation for POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/4/04 | JS | Review Wright's revised market multiple valuation runs for valuation for POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/4/04 | JS | Review, revise Wright's market multiple valuation runs for valuation for POR. | 16 | 0.90 | $475.00 | $427.50 |
| 10/5/04 | JS | Commence draft of Discounted Cash Flow Valuation section of Valuation Report to ACC for POR. | 07 | 3.00 | $475.00 | $1,425.00 |
| 10/5/04 | JS | Further review of market multiple valuation runs for valuation for POR. | 16 | 0.80 | $475.00 | $380.00 |
| 10/5/04 | JS | Review Rubsam's revised equity cost of capital, WACC and dcf valuation runs for valuation for POR. | 16 | 1.30 | $475.00 | $617.50 |
| 10/6/04 | JS | Review Project Roof Motion to acquire for possible objection to US Bankruptcy Court, Delaware, at request of counsel. | 26 | 1.00 | $475.00 | $475.00 |
| 10/7/04 | JS | Review tax memorandum re NOL from Company, discuss with Rubsam, for valuation and POR. | 16 | 0.70 | $475.00 | $332.50 |
| 10/12/04 | JS | Discuss with Tersigni revisions to Distributable Value and Liabilities Memorandum to counsel for POR. | 16 | 0.30 | $475.00 | $142.50 |
| 10/12/04 | JS | Review new NOL valuation with Rubsam for valuation and POR at request of counsel. | 16 | 0.80 | $475.00 | $380.00 |
| 10/12/04 | JS | Review and update Distributable Value and Liabilities Memorandum to counsel at counsel's request for POR. | 16 | 2.00 | $475.00 | $950.00 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: October 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/13/04 | JS | Discuss valuation runs with Rubsam for new valuation for recovery and POR. | 16 | 0.30 | $475.00 | $142.50 |
| 10/13/04 | JS | Review NOL, dcf and market multiple valuation runs for new valuation for recovery and POR. | 16 | 1.30 | $475.00 | $617.50 |
| 10/13/04 | JS | Review revised Recovery Analysis of Prills for revised intercompany receivables and corporate structure at request of counsel for recovery and POR. | 16 | 2.00 | $475.00 | $950.00 |
| 10/13/04 | JS | Review, revise Distributable Value and Liabilities Memorandum to counsel for recovery and POR at request of counsel. | 16 | 0.70 | $475.00 | $332.50 |
| 10/13/04 | JS | Prepare revisions to Distributable Value and Liabilities Memorandum, and related exhibits, to counsel for recovery and POR. | 16 | 1.40 | $475.00 | $665.00 |
| 10/15/04 | JS | Discuss with Tersigni and Berkin LTC's revised memorandum to ACC and counsel of Grace Distributable Value and Liabilities, status of negotiations for settlement and POR. | 07 | 0.80 | $475.00 | $380.00 |
| 10/15/04 | JS | Review Grace's Motion for Extension of Time to File POR for possible objection to Motion to court. | 16 | 0.80 | $475.00 | $380.00 |
| 10/18/04 | JS | Review Distributable Value and Liabilities Memorandum to ACC and counsel for revisions for settlement and POR. | 07 | 0.90 | $475.00 | $427.50 |
| 10/18/04 | JS | Review ZAI and Libby Claimants Status Reports for recovery analysis for settlement and POR. | 16 | 1.40 | $475.00 | $665.00 |
| 10/19/04 | JS | Review back-up materials for Distributable Value and Liabilities Memorandum to ACC and counsel for settlement and POR at request of counsel. | 16 | 1.80 | $475.00 | $855.00 |
| 10/19/04 | JS | Review settlement proposal with Tersigni for settlement and POR at request of counsel. | 16 | 1.00 | $475.00 | $475.00 |
| 10/21/04 | JS | Discuss with Rubsam dcf runs and projections for valuation for POR. | 16 | 0.50 | $475.00 | $237.50 |
| 10/21/04 | JS | Discuss with Tersigni Terms Sheet from ACC counsel for consensual POR, objection filed by Elliot, for settlement and POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/21/04 | JS | Review LTC valuation and back-up materials for consensual POR. | 16 | 1.80 | $475.00 | $855.00 |
| 10/21/04 | JS | Review Motion for Extension and Statement in Support of Motion of Futures Rep. for consensual POR. | 16 | 0.90 | $475.00 | $427.50 |
| 10/21/04 | JS | Review Objection to Motion for Extension filed by Elliott re consensual POR. | 16 | 1.40 | $475.00 | $665.00 |
| 10/21/04 | JS | Review Terms Sheet from ACC counsel for consensual POR. | 16 | 2.20 | $475.00 | $1,045.00 |
| 10/27/04 | JS | Discuss with Prills alternative claims recovery analysis, have him do runs for conference call with ACC and Company on10/28. | 16 | 0.50 | $475.00 | $237.50 |
| 10/27/04 | JS | Discuss with Tersigni conference call with ACC and Company on 10/28/04 for settlement and POR. | 07 | 0.60 | $475.00 | $285.00 |
| 10/27/04 | JS | Outline alternative claims recovery scenarios for conference call on 10/28 with Company and ACC for settlement and POR. | 16 | 2.00 | $475.00 | $950.00 |
| 10/27/04 | JS | Review, revise alternative claims recovery analyses, have Prills run revisions for conference call on 10/28 with ACC and Company. | 16 | 0.80 | $475.00 | $380.00 |
| 10/28/04 | JS | Conference call with ACC and Company re settlement and POR. | 07 | 2.00 | $475.00 | $950.00 |
| 10/28/04 | JS | Conference call with advisers re settlement and POR. | 16 | 0.40 | $475.00 | $190.00 |
| 10/28/04 | JS | Conference call with advisers to review alternative proposals for settlement and POR. | 16 | 0.50 | $475.00 | $237.50 |
| 10/28/04 | JS | Conference call with Company and advisers re alternative proposals for settlement and POR. | 16 | 1.30 | $475.00 | $617.50 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: October 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/28/04 | JS | Discuss with Tersigni alternative proposal for settlement and POR. | 16 | 0.50 | $475.00 | $237.50 |
| 10/28/04 | JS | Discuss with Tersigni preparation for conference call with ACC and Company for settlement and POR. | 16 | 0.80 | $475.00 | $380.00 |
| 10/28/04 | JS | Discuss with Tersigni revisions to alternative proposals for settlement and POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/28/04 | JS | Draft alternative proposal, and related exhibits, for settlement and POR . | 16 | 2.50 | $475.00 | $1,187.50 |
| 10/28/04 | JS | Review alternative proposal with Tersigni for settlement and POR. | 16 | 0.30 | $475.00 | $142.50 |
| 10/28/04 | JS | Revise alternative proposal for conference call with Company and advisers for settlement and POR. | 16 | 1.80 | $475.00 | $855.00 |
| 10/28/04 | JS | Revise alternative proposals for conference call with advisers on 10/29/04 for settlement and POR. | 16 | 0.80 | $475.00 | $380.00 |
| 10/29/04 | JS | Conference call with CIBC to discuss alternative proposals for settlement and POR. | 16 | 0.70 | $475.00 | $332.50 |
| 10/29/04 | JS | Develop the value of the several warrant alternatives using Black-Scholes pricing methodology for settlement and POR. | 16 | 1.80 | $475.00 | $855.00 |
| 10/29/04 | JS | Discuss with Prills the allocation of values to the claimants of the alternative proposals, have him graph same for settlement and POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/29/04 | JS | Discuss with Tersigni and Berkin the agenda for conference call with advisers on 10/29 for settlement and POR. | 16 | 0.80 | $475.00 | $380.00 |
| 10/29/04 | JS | Outline the allocation of value to the various classes of claimants of the alternative proposals for settlement and POR, have him draft schedules. | 16 | 2.50 | $475.00 | $1,187.50 |
| 10/29/04 | JS | Revise alternative proposals per conversation with CIBC for settlement and POR. | 16 | 2.30 | $475.00 | $1,092.50 |
| | | **Sub-Total** | | 55.90 | | $26,552.50 |

### Michael Berkin - Managing Director

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/1/04 | MB | Review motion authorizing Flexia acquisition at request of ACC counsel | 07 | 1.40 | $475.00 | $665.00 |
| 10/1/04 | MB | Analyze Flexia motion for recommendation to ACC counsel at their request | 07 | 1.50 | $475.00 | $712.50 |
| 10/1/04 | MB | Develop issue list in response to Flexia motion for debtor consideration | 01 | 1.00 | $475.00 | $475.00 |
| 10/1/04 | MB | Prepare analysis for recommendation to Flexia acquisition motion | 01 | 2.30 | $475.00 | $1,092.50 |
| 10/5/04 | MB | Review 10/1/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 10/5/04 | MB | Review motion authorizing approval of settlement of Honeywell agreement at request of ACC counsel | 07 | 1.50 | $475.00 | $712.50 |
| 10/5/04 | MB | Review Honeywell settlement agreement in connection with assessment of motion | 26 | 1.40 | $475.00 | $665.00 |
| 10/5/04 | MB | Develop issues for debtor response pertaining to Honeywell settlement agreement | 26 | 1.20 | $475.00 | $570.00 |
| 10/5/04 | MB | Discuss outstanding motions with ACC counsel fto assess status of each | 07 | 1.00 | $475.00 | $475.00 |
| 10/7/04 | MB | Review Honeywell settlement and related issues in preparation for conference call with debtor | 26 | 0.90 | $475.00 | $427.50 |

# W.R. Grace     Schedule A

## Services Rendered during the Period:  October 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/7/04 | MB | Participate in conference call with debtor to discuss Honeywell settlement | 26 | 0.30 | $475.00 | $142.50 |
| 10/7/04 | MB | Finalize analysis on merits of entering into Honeywell settlement based upon information received in conference call | 26 | 1.00 | $475.00 | $475.00 |
| 10/11/04 | MB | Review 10/8/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 10/18/04 | MB | Review 10/15/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 10/22/04 | MB | Review motion and related order to limit equity transfers at request of ACC counsel | 07 | 1.80 | $475.00 | $855.00 |
| 10/22/04 | MB | Review E. Filon affidavit in support of motion to limit equity transfers | 16 | 0.50 | $475.00 | $237.50 |
| 10/22/04 | MB | Analyze motion to limit equity transfers | 16 | 1.40 | $475.00 | $665.00 |
| 10/27/04 | MB | Review 10/22/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 10/28/04 | MB | Review recovery model for accuracy in preparation for conference call with debtor | 16 | 1.30 | $475.00 | $617.50 |
| 10/28/04 | MB | Review Grace third quarter press release and accompanying financial statements in connection with monitoring continuing operations | 26 | 1.70 | $475.00 | $807.50 |
| 10/29/04 | MB | Participate in internal meeting to discuss term sheet alternatives | 16 | 1.60 | $475.00 | $760.00 |
| 10/29/04 | MB | Develop pricing model for warrants related to term sheet discussions | 16 | 1.80 | $475.00 | $855.00 |
| | | **Sub-Total** | | 24.80 | | $11,780.00 |

**Peter Rubsam - Director**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/1/04 | PR | Review and analyze Eastman Chemical 2Q 10q regarding information on industry, product line growth, estimates and comparison to prior year for updated valuation | 21 | 1.80 | $365.00 | $657.00 |
| 10/1/04 | PR | Review and analyze Int'l Flavors & Fragrances 2Q 10q for segment analysis, comparison to prior year, business growth and industry review for valuation | 21 | 1.80 | $365.00 | $657.00 |
| 10/1/04 | PR | Analyze and review Sigma Aldrich 2Q 10q for business growth, comparison to prior year, segment details and profitability and industry growth for valuation | 21 | 1.80 | $365.00 | $657.00 |
| 10/1/04 | PR | Analyze and review DuPont 2Q 10q for segment details and profitability, business growth, comparison to prior year and full year estimates and industry growth for valuation | 21 | 1.80 | $365.00 | $657.00 |
| 10/1/04 | PR | Update and review WACC calculation based on updated risk free rate and specific company premium for updated valuation | 21 | 1.20 | $365.00 | $438.00 |
| 10/1/04 | PR | Update and review NOL estimate based on changes to old NOL and revised sources of income for NOL valuation | 21 | 1.50 | $365.00 | $547.50 |
| 10/1/04 | PR | Update and review claims estimates and coverage percentage for NOL valuation | 21 | 0.90 | $365.00 | $328.50 |
| 10/4/04 | PR | Update and review calculation of unlevered beta based on updated leverage ratios of comparable companies for WACC of WR Grace | 21 | 1.20 | $365.00 | $438.00 |
| 10/4/04 | PR | Update and review DCF valuation range based on updated WACC and betas information for updated valuation | 21 | 1.50 | $365.00 | $547.50 |
| 10/12/04 | PR | Update and review iterative process of NOL calculation based on updated estimates of taxable income for WR Grace | 21 | 1.50 | $365.00 | $547.50 |
| 10/12/04 | PR | Update and review NOL calculation regarding updated estimated tax rates for WR Grace | 21 | 1.50 | $365.00 | $547.50 |

# W.R. Grace
### Schedule A

### Services Rendered during the Period:  October 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/13/04 | PR | Review and analyze updated WR Grace distributable value memo to counsel for valuation | 21 | 0.60 | $365.00 | $219.00 |
| 10/14/04 | PR | Review and analyze CSFB October equity research on CSFB chemical conference regarding specialty chemical growth, raw material costs, and pricing for comparable company review | 21 | 1.20 | $365.00 | $438.00 |
| 10/14/04 | PR | Review and analyze CSFB October equity research on CSFB chemical conference regarding specialty chemical profitability, acquisitions, geographical volume and comparable company review | 21 | 1.50 | $365.00 | $547.50 |
| 10/22/04 | PR | Review and analyze WR Grace October 8k earnings announcement, segment analysis, comparison to prior year and forecast for 2004 for comparable company analysis | 21 | 1.80 | $365.00 | $657.00 |
| 10/27/04 | PR | industry analysis, segment review and full year estimate for comparable company analysis | 21 | 1.80 | $365.00 | $657.00 |
| 10/28/04 | PR | Review and analyze S&P analyst report on WR Grace regarding financial review, business review, industry analysis and comparable companies | 21 | 1.80 | $365.00 | $657.00 |
| 10/29/04 | PR | Review and analyze Great Lakes October 8k earnings announcement, segment analysis, comparison to prior year and forecast for 2004 for comparable company analysis | 21 | 1.80 | $365.00 | $657.00 |
| | | **Sub-Total** | | **27.00** | | **$9,855.00** |

**Aaron Prills - Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/13/04 | AP | Prepared summary of Grace's current assets and liabilities as of June 30, 2004 in order to provide counsel with an overview of the value at the company available for the claimants. | 26 | 1.20 | $275.00 | $330.00 |
| 10/15/04 | AP | Prepared the financial exhibits to provide detail to the Grace August 2004 month operating report review in order to analyze the monthly performance of the firm and to compare balances against prior months. | 26 | 2.30 | $275.00 | $632.50 |
| 10/15/04 | AP | Reviewed the Grace management notes associated with the monthly operating report to analyze company's comments regarding performance as part of the preparation of the monthly operating report review. | 28 | 2.30 | $275.00 | $632.50 |
| 10/19/04 | AP | Prepared the introduction section of the Grace August 2004 monthly operating report review to discuss the summary points from the operating performance during the month and any material changes in the company. | 26 | 1.60 | $275.00 | $440.00 |
| 10/19/04 | AP | Prepared the balance sheet section of the Grace August 2004 monthly operating report review to detail the changes in key balances. | 26 | 0.80 | $275.00 | $220.00 |
| 10/19/04 | AP | Prepared the statement of operations section of the Grace August 2004 monthly operating report review to detail the business performance during the month. | 26 | 0.80 | $275.00 | $220.00 |
| 10/19/04 | AP | Prepared the cash flow section of the Grace August 2004 monthly operating report review to detail the change in cash during the month and the main sources and uses of cash. | 26 | 0.80 | $275.00 | $220.00 |
| 10/21/04 | AP | Prepared final updates to the Grace August 2004 monthly operating report review to detail the material results and changes within the company during the month and the impact on the overall year. | 26 | 2.00 | $275.00 | $550.00 |
| 10/27/04 | AP | Prepared Grace claims recovery model to analyze the recoveries associated with a low-end insurance settlement to analyze the differentials in recoveries amongst the claimant groups. | 16 | 2.30 | $275.00 | $632.50 |
| 10/27/04 | AP | Prepared Grace claims recovery model to analyze the recoveries associated with a high-end insurance settlement to analyze the differentials in recoveries amongst the claimant groups. | 16 | 2.30 | $275.00 | $632.50 |

# W.R. Grace                                                            Schedule A

### Services Rendered during the Period: October 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/28/04 | AP | Prepared additional Grace model to analyze the recoveries amongst the claimant groups when the unsecured creditor recoveries vary amongst the claimants. | 16 | 2.20 | $275.00 | $605.00 |
| 10/28/04 | AP | Participated in conference call regarding the Grace claims recovery process to analyze the potential agreements that might exist to create additional value for claimants and how these agreements would factor into the Grace claims recovery model. | 16 | 2.30 | $275.00 | $632.50 |
| 10/28/04 | AP | Reviewed the Grace warrant proposal to analyze the specifics of both the claims recovery process and the proposed warrant to review the impact on the Grace plan of reorganization. | 16 | 1.20 | $275.00 | $330.00 |
| 10/28/04 | AP | Reviewed the liabilities associated with the Grace claims recovery model to verify the sources of the claims information and analyze the change in recoveries if the high-end of the liability range is used. | 16 | 0.70 | $275.00 | $192.50 |
| 10/29/04 | AP | Prepared Grace asbestos trust and old equity additional value received from an increase in stock price analysis to analyze the value that each group might receive from stock appreciation. | 26 | 2.20 | $275.00 | $605.00 |
| 10/29/04 | AP | Participated in preparation of the Grace warrant pricing model to begin to analyze the value of the warrants and how the value could change based on varying volatility assumptions. | 26 | 1.90 | $275.00 | $522.50 |
| | | **Sub-Total** | | 26.90 | | $7,397.50 |

**Cheryl Wright - Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/4/04 | CW | Update WR Grace market multiples valuation to valuation date of September 30, 2004 and update comparable companies share prices to new valuation date | 21 | 0.30 | $275.00 | $82.50 |
| 10/13/04 | CW | Review and analyze Albemarle's 2003 10K for valuation purposes to prepare in-depth company profile | 21 | 3.40 | $275.00 | $935.00 |
| 10/14/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in Albemarle's financial summary and research historic stock prices and shares outstanding | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in Albemarle's financial summary | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Calculate Albemarle's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Prepare schedule of Albemarle's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Prepare schedule of Albemarle's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Prepare schedule of Albemarle's quarterly (LTM) financial statements for the 4 quarters of fiscal 2002, excluding non-recurring charges for use in valuation | 21 | 2.30 | $275.00 | $632.50 |
| 10/14/04 | CW | Prepare schedule of Albemarle's financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Calculate equity value for the fiscal year end for the last 10 quarters on an annual basis to include in Albemarle's financial summary | 21 | 1.70 | $275.00 | $467.50 |
| 10/15/04 | CW | Calculate enterprise value for the fiscal year end for the last 10 annualized quarters to include in Albemarle's financial summary | 21 | 0.90 | $275.00 | $247.50 |
| 10/15/04 | CW | Calculate Albemarle's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: October 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/15/04 | CW | Prepare strategy analysis for Albemarle using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 3.40 | $275.00 | $935.00 |
| 10/15/04 | CW | Update Albemarle's competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 1.70 | $275.00 | $467.50 |
| 10/15/04 | CW | Review and analyze Multex Fundamentals research report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/15/04 | CW | Review and analyze Lehman Brothers research report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/15/04 | CW | Review and analyze First Call Earnings Valuation Report research report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/15/04 | CW | Review and analyze S&P stock report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/15/04 | CW | Review and analyze Merrill Lynch research report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/18/04 | CW | Review and edit Albemarle strategy analysis document | 21 | 0.60 | $275.00 | $165.00 |
| 10/18/04 | CW | Review and analyze S&P corporate profile on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/18/04 | CW | Review and edit Albemarle strategy analysis document | 21 | 1.70 | $275.00 | $467.50 |
| 10/18/04 | CW | Calculate Cytec Industries' EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |
| 10/18/04 | CW | Prepare strategy analysis for Albemarle using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 3.40 | $275.00 | $935.00 |
| 10/18/04 | CW | Update Cytec Industries' competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 1.70 | $275.00 | $467.50 |
| 10/22/04 | CW | Review and analyze Rohm & Hans's 2003 10K for valuation purposes to prepare in-depth company profile | 21 | 3.40 | $275.00 | $935.00 |
| 10/22/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in Rohm & Haas's financial summary and research historic stock prices and shares outstanding | 21 | 1.20 | $275.00 | $330.00 |
| 10/22/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in Rohm & Haas's financial summary | 21 | 1.20 | $275.00 | $330.00 |
| 10/22/04 | CW | Calculate Rohm & Haas's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $275.00 | $330.00 |
| 10/22/04 | CW | Prepare schedule of Rohm & Haas's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.20 | $275.00 | $330.00 |
| 10/25/04 | CW | Prepare schedule of Rohm & Haas's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.20 | $275.00 | $330.00 |
| 10/25/04 | CW | Prepare schedule of Rohm & Haas's quarterly (LTM) financial statements for the 4 quarters of fiscal 2002, excluding non-recurring charges for use in valuation | 21 | 2.20 | $275.00 | $605.00 |
| 10/25/04 | CW | Prepare schedule of Rohm & Haas's financial information for the previous 10 quarters on a full-year basis, including sales, operating income, depreciation and amortization and select balance sheet items | 21 | 1.80 | $275.00 | $495.00 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: October 1-31, 2004

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/25/04 | CW | Calculate equity value for the fiscal year end for the last 10 quarters on an annual basis to include in Rohm & Haas's financial summary | 21 | 1.80 | $275.00 | $495.00 |
| 10/25/04 | CW | Calculate enterprise value for the fiscal year end for the last 10 annualized quarters to include in Rohm & Haas's financial summary | 21 | 0.90 | $275.00 | $247.50 |
| 10/25/04 | CW | Calculate Rohm & Haas's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 10 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |
| 10/29/04 | CW | Review and analyze Rohm & Haas' 10Q for the quarter ended September 30, 2004 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 10/29/04 | CW | Update Rohm & Haas' historical financial statements for LTM 09/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| | | **Sub-Total** | | 57.80 | | $15,895.00 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/29/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 6.00 | $275.00 | $1,650.00 |
| 10/30/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 2.00 | $275.00 | $550.00 |
| 10/30/04 | DC | Assignment of Monthly Task Codes | 11 | 2.30 | $275.00 | $632.50 |
| | | **Sub-Total** | | 10.30 | | $2,832.50 |
| | | **TOTAL Schedule A** | | 215.70 | | $80,812.50 |

# W.R. Grace                                            Schedule B

### Services Rendered during the Period:  October 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/1/04 | MB | Develop issue list in response to Flexia motion for debtor consideration | 01 | 1.00 | $475.00 | $475.00 |
| 10/1/04 | MB | Prepare analysis for recommendation to Flexia acquisition motion | 01 | 2.30 | $475.00 | $1,092.50 |
| | | **TOTAL  Category 01:  Asset Analysis and Recovery** | | 3.30 | | $1,567.50 |
| 10/1/04 | MB | Review motion authorizing Flexia acquisition at request of ACC counsel | 07 | 1.40 | $475.00 | $665.00 |
| 10/1/04 | MB | Analyze Flexia motion for recommendation to ACC counsel at their request | 07 | 1.50 | $475.00 | $712.50 |
| 10/5/04 | JS | Commence draft of Discounted Cash Flow Valuation section of Valuation Report to ACC for POR. | 07 | 3.00 | $475.00 | $1,425.00 |
| 10/5/04 | MB | Review motion authorizing approval of settlement of Honeywell agreement at request of ACC counsel | 07 | 1.50 | $475.00 | $712.50 |
| 10/5/04 | MB | Discuss outstanding motions with ACC counsel fto assess status of each | 07 | 1.00 | $475.00 | $475.00 |
| 10/12/04 | LT | Preparation of updated distributable value analysis per ACC counsel request | 07 | 1.50 | $500.00 | $750.00 |
| 10/15/04 | JS | Discuss with Tersigni and Berkin LTC's revised memorandum to ACC and counsel of Grace Distributable Value and Liabilities, status of negotiations for settlement and POR. | 07 | 0.80 | $475.00 | $380.00 |
| 10/18/04 | JS | Review Distributable Value and Liabilities Memorandum to ACC and counsel for revisions for settlement and POR. | 07 | 0.90 | $475.00 | $427.50 |
| 10/22/04 | MB | Review motion and related order to limit equity transfers at request of ACC counsel | 07 | 1.80 | $475.00 | $855.00 |
| 10/27/04 | JS | Discuss with Tersigni conference call with ACC and Company on 10/28/04 for settlement and POR. | 07 | 0.60 | $475.00 | $285.00 |
| 10/28/04 | LT | Review memorandum from ACC counsel regarding revised 2019 orders | 07 | 0.10 | $500.00 | $50.00 |
| 10/28/04 | JS | Conference call with ACC and Company re settlement and POR. | 07 | 2.00 | $475.00 | $950.00 |
| | | **TOTAL  Category 07: Committee, Creditors', Noteholders** | | 16.10 | | $7,687.50 |
| 10/29/04 | LT | Review monthly fee application for September 2004, including timekeeper daily entries | 11 | 0.50 | $500.00 | $250.00 |
| 10/29/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 6.00 | $275.00 | $1,650.00 |
| 10/30/04 | DC | Compilation and consolidation of monthly services rendered | 11 | 2.00 | $275.00 | $550.00 |
| 10/30/04 | DC | Assignment of Monthly Task Codes | 11 | 2.30 | $275.00 | $632.50 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | 10.80 | | $3,082.50 |
| 10/4/04 | JS | Review with Rubsam and Wright market multiple,DCF and NOL valuations for valuation for POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/4/04 | JS | Review Wright's revised market multiple valuation runs for valuation for POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/4/04 | JS | Review, revise Wright's market multiple valuation runs for valuation for POR. | 16 | 0.90 | $475.00 | $427.50 |
| 10/5/04 | JS | Further review of market multiple valuation runs for valuation for POR. | 16 | 0.80 | $475.00 | $380.00 |
| 10/5/04 | JS | Review Rubsam's revised equity cost of capital, WACC and dcf valuation runs for valuation for POR. | 16 | 1.30 | $475.00 | $617.50 |
| 10/7/04 | JS | Review tax memorandum re NOL from Company, discuss with Rubsam, for valuation and POR. | 16 | 0.70 | $475.00 | $332.50 |
| 10/12/04 | JS | Discuss with Tersigni revisions to Distributable Value and Liabilities Memorandum to counsel for POR. | 16 | 0.30 | $475.00 | $142.50 |
| 10/12/04 | JS | Review new NOL valuation with Rubsam for valuation and POR at request of counsel. | 16 | 0.80 | $475.00 | $380.00 |
| 10/12/04 | JS | Review and update Distributable Value and Liabilities Memorandum to counsel at counsel's request for POR. | 16 | 2.00 | $475.00 | $950.00 |
| 10/13/04 | JS | Discuss valuation runs with Rubsam for new valuation for recovery and POR. | 16 | 0.30 | $475.00 | $142.50 |
| 10/13/04 | JS | Review NOL, dcf and market multiple valuation runs for new valuation for recovery and POR. | 16 | 1.30 | $475.00 | $617.50 |
| 10/13/04 | JS | Review revised Recovery Analysis of Prills for revised intercompany receivables and corporate structure at request of counsel for recovery and POR. | 16 | 2.00 | $475.00 | $950.00 |

# W.R. Grace                                          Schedule B

### Services Rendered during the Period: October 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/13/04 | JS | Review, revise Distributable Value and Liabilities Memorandum to counsel for recovery and POR at request of counsel. | 16 | 0.70 | $475.00 | $332.50 |
| 10/13/04 | JS | Prepare revisions to Distributable Value and Liabilities Memorandum, and related exhibits, to counse for recovery and POR. | 16 | 1.40 | $475.00 | $665.00 |
| 10/15/04 | JS | Review Grace's Motion for Extension of Time to File POR for possible objection to Motion to court. | 16 | 0.80 | $475.00 | $380.00 |
| 10/18/04 | JS | Review ZAI and Libby Claimants Status Reports for recovery analysis for settlement and POR. | 16 | 1.40 | $475.00 | $665.00 |
| 10/19/04 | JS | Review back-up materials for Distributable Value and Liabilities Memorandum to ACC and counsel for settlement and POR at request of counsel. | 16 | 1.80 | $475.00 | $855.00 |
| 10/19/04 | JS | Review settlement proposal with Tersigni for settlement and POR at request of counsel. | 16 | 1.00 | $475.00 | $475.00 |
| 10/20/04 | LT | Review Elliot Int'l objection to debtors motion to extend time for filing POR | 16 | 0.50 | $500.00 | $250.00 |
| 10/21/04 | JS | Discuss with Rubsam dcf runs and projections for valuation for POR. | 16 | 0.50 | $475.00 | $237.50 |
| 10/21/04 | JS | Discuss with Tersigni Terms Sheet from ACC counsel for consensual POR, objection filed by Elliot, for settlement and POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/21/04 | JS | Review LTC valuation and back-up materials for consensual POR. | 16 | 1.80 | $475.00 | $855.00 |
| 10/21/04 | JS | Review Motion for Extension and Statement in Support of Motion of Futures Rep. for consensual POR. | 16 | 0.90 | $475.00 | $427.50 |
| 10/21/04 | JS | Review Objection to Motion for Extension filed by Elliott re consensual POR. | 16 | 1.40 | $475.00 | $665.00 |
| 10/21/04 | JS | Review Terms Sheet from ACC counsel for consensual POR. | 16 | 2.20 | $475.00 | $1,045.00 |
| 10/22/04 | MB | Review E. Filon affidavit in support of motion to limit equity transfers | 16 | 0.50 | $475.00 | $237.50 |
| 10/22/04 | MB | Analyze motion to limit equity transfers | 16 | 1.40 | $475.00 | $665.00 |
| 10/27/04 | LT | Review recovery analysis, and related support information, in preparation for conference call with financial advisors on 10-28-04 | 16 | 1.80 | $500.00 | $900.00 |
| 10/27/04 | JS | Discuss with Prills alternative claims recovery analysis, have him do runs for conference call with ACC and Company on10/28. | 16 | 0.50 | $475.00 | $237.50 |
| 10/27/04 | JS | Outline alternative claims recovery scenarios for conference call on 10/28 with Company and ACC for settlement and POR. | 16 | 2.00 | $475.00 | $950.00 |
| 10/27/04 | JS | Review, revise alternative claims recovery analyses, have Prills run revisions for conference call on 10/28 with ACC and Company. | 16 | 0.80 | $475.00 | $380.00 |
| 10/27/04 | AP | Prepared Grace claims recovery model to analyze the recoveries associated with a low-end insurance settlement to analyze the differentials in recoveries amongst the claimant groups. | 16 | 2.30 | $275.00 | $632.50 |
| 10/27/04 | AP | Prepared Grace claims recovery model to analyze the recoveries associated with a high-end insurance settlement to analyze the differentials in recoveries amongst the claimant groups. | 16 | 2.30 | $275.00 | $632.50 |
| 10/28/04 | LT | Conference call with debtor and financial advisors regarding structure of settlement proposal | 16 | 1.50 | $500.00 | $750.00 |
| 10/28/04 | LT | Identify and evaluate methods for calculating value of securities to be issued in connection with settlement proposal | 16 | 4.00 | $500.00 | $2,000.00 |
| 10/28/04 | JS | Conference call with advisers re settlement and POR. | 16 | 0.40 | $475.00 | $190.00 |
| 10/28/04 | JS | Conference call with advisers to review alternative proposals for settlement and POR. | 16 | 0.50 | $475.00 | $237.50 |
| 10/28/04 | JS | Conference call with Company and advisers re alternative proposals for settlement and POR. | 16 | 1.30 | $475.00 | $617.50 |
| 10/28/04 | JS | Discuss with Tersigni alternative proposal for settlement and POR. | 16 | 0.50 | $475.00 | $237.50 |
| 10/28/04 | JS | Discuss with Tersigni preparation for conference call with ACC and Company for settlement and POR. | 16 | 0.80 | $475.00 | $380.00 |
| 10/28/04 | JS | Discuss with Tersigni revisions to alternative proposals for settlement and POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/28/04 | JS | Draft alternative proposal, and related exhibits, for settlement and POR . | 16 | 2.50 | $475.00 | $1,187.50 |

# W.R. Grace                                                                  Schedule B

### Services Rendered during the Period:  October 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/28/04 | JS | Review alternative proposal with Tersigni for settlement and POR. | 16 | 0.30 | $475.00 | $142.50 |
| 10/28/04 | JS | Revise alternative proposal for conference call with Company and advisers for settlement and POR. | 16 | 1.80 | $475.00 | $855.00 |
| 10/28/04 | JS | Revise alternative proposals for conference call with advisers on 10/29/04 for settlement and POR. | 16 | 0.80 | $475.00 | $380.00 |
| 10/28/04 | MB | Review recovery model for accuracy in preparation for conference call with debtor | 16 | 1.30 | $475.00 | $617.50 |
| 10/28/04 | AP | Prepared additional Grace model to analyze the recoveries amongst the claimant groups when the unsecured creditor recoveries vary amongst the claimants. | 16 | 2.20 | $275.00 | $605.00 |
| 10/28/04 | AP | Participated in conference call regarding the Grace claims recovery process to analyze the potential agreements that might exist to create additional value for claimants and how these agreements would factor into the Grace claims recovery model. | 16 | 2.30 | $275.00 | $632.50 |
| 10/28/04 | AP | Reviewed the Grace warrant proposal to analyze the specifics of both the claims recovery process and the proposed warrant to review the impact on the Grace plan of reorganization. | 16 | 1.20 | $275.00 | $330.00 |
| 10/28/04 | AP | Reviewed the liabilities associated with the Grace claims recovery model to verify the sources of the claims information and analyze the change in recoveries if the high-end of the liability range is used. | 16 | 0.70 | $275.00 | $192.50 |
| 10/29/04 | JS | Conference call with CIBC to discuss alternative proposals for settlement and POR. | 16 | 0.70 | $475.00 | $332.50 |
| 10/29/04 | JS | Develop the value of the several warrant alternatives using Black-Scholes pricing methodology for settlement and POR. | 16 | 1.80 | $475.00 | $855.00 |
| 10/29/04 | JS | Discuss with Prills the allocation of values to the claimants of the alternative proposals, have him graph same for settlement and POR. | 16 | 0.60 | $475.00 | $285.00 |
| 10/29/04 | JS | Discuss with Tersigni and Berkin the agenda for conference call with advisers on 10/29 for settlement and POR. | 16 | 0.80 | $475.00 | $380.00 |
| 10/29/04 | JS | Outline the allocation of value to the various classes of claimants of the alternative proposals for settlement and POR, have him draft schedules. | 16 | 2.50 | $475.00 | $1,187.50 |
| 10/29/04 | JS | Revise alternative proposals per conversation with CIBC for settlement and POR. | 16 | 2.30 | $475.00 | $1,092.50 |
| 10/29/04 | MB | Participate in internal meeting to discuss term sheet alternatives | 16 | 1.60 | $475.00 | $760.00 |
| 10/29/04 | MB | Develop pricing model for warrants related to term sheet discussions | 16 | 1.80 | $475.00 | $855.00 |
| | | **TOTAL  Category 16: Plan of Reorganization** | | 73.00 | | $32,670.00 |
| 10/1/04 | PR | Review and analyze Eastman Chemical 2Q 10q regarding information on industry, product line growth, estimates and comparison to prior year for updated valuation | 21 | 1.80 | $365.00 | $657.00 |
| 10/1/04 | PR | Review and analyze Int'l Flavors & Fragrances 2Q 10q for segment analysis, comparison to prior year, business growth and industry review for valuation | 21 | 1.80 | $365.00 | $657.00 |
| 10/1/04 | PR | Analyze and review Sigma Aldrich 2Q 10q for business growth, comparison to prior year, segment details and profitability and industry growth for valuation | 21 | 1.80 | $365.00 | $657.00 |
| 10/1/04 | PR | Analyze and review DuPont 2Q 10q for segment details and profitability, business growth, comparison to prior year and full year estimates and industry growth for valuation | 21 | 1.80 | $365.00 | $657.00 |
| 10/1/04 | PR | Update and review WACC calculation based on updated risk free rate and specific company premium for updated valuation | 21 | 1.20 | $365.00 | $438.00 |
| 10/1/04 | PR | Update and review NOL estimate based on changes to old NOL and revised sources of income for NOL valuation | 21 | 1.50 | $365.00 | $547.50 |
| 10/1/04 | PR | Update and review claims estimates and coverage percentage for NOL valuation | 21 | 0.90 | $365.00 | $328.50 |
| 10/4/04 | PR | Update and review calculation of unlevered beta based on updated leverage ratios of comparable companies for WACC of WR Grace | 21 | 1.20 | $365.00 | $438.00 |
| 10/4/04 | PR | Update and review DCF valuation range based on updated WACC and betas information for updated valuation | 21 | 1.50 | $365.00 | $547.50 |

# W.R. Grace                                                                Schedule B

### Services Rendered during the Period: October 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/4/04 | CW | Update WR Grace market multiples valuation to valuation date of September 30, 2004 and update comparable companies share prices to new valuation date | 21 | 0.30 | $275.00 | $82.50 |
| 10/12/04 | PR | Update and review iterative process of NOL calculation based on updated estimates of taxable income for WR Grace | 21 | 1.50 | $365.00 | $547.50 |
| 10/12/04 | PR | Update and review NOL calculation regarding updated estimated tax rates for WR Grace | 21 | 1.50 | $365.00 | $547.50 |
| 10/13/04 | PR | Review and analyze updated WR Grace distributable value memo to counsel for valuation | 21 | 0.60 | $365.00 | $219.00 |
| 10/13/04 | CW | Review and analyze Albemarle's 2003 10K for valuation purposes to prepare in-depth company profile | 21 | 3.40 | $275.00 | $935.00 |
| 10/14/04 | PR | Review and analyze CSFB October equity research on CSFB chemical conference regarding specialty chemical growth, raw material costs, and pricing for comparable company review | 21 | 1.20 | $365.00 | $438.00 |
| 10/14/04 | PR | Review and analyze CSFB October equity research on CSFB chemical conference regarding specialty chemical profitability, acquisitions, geographical volume and comparable company review | 21 | 1.50 | $365.00 | $547.50 |
| 10/14/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in Albemarle's financial summary and research historic stock prices and shares outstanding | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in Albemarle's financial summary | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Calculate Albemarle's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Prepare schedule of Albemarle's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Prepare schedule of Albemarle's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Prepare schedule of Albemarle's quarterly (LTM) financial statements for the 4 quarters of fiscal 2002, excluding non-recurring charges for use in valuation | 21 | 2.30 | $275.00 | $632.50 |
| 10/14/04 | CW | Prepare schedule of Albemarle's financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $275.00 | $330.00 |
| 10/14/04 | CW | Calculate equity value for the fiscal year end for the last 10 quarters on an annual basis to include in Albemarle's financial summary | 21 | 1.70 | $275.00 | $467.50 |
| 10/15/04 | CW | Calculate enterprise value for the fiscal year end for the last 10 annualized quarters to include in Albemarle's financial summary | 21 | 0.90 | $275.00 | $247.50 |
| 10/15/04 | CW | Calculate Albemarle's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |
| 10/15/04 | CW | Prepare strategy analysis for Albemarle using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 3.40 | $275.00 | $935.00 |
| 10/15/04 | CW | Update Albemarle's competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 1.70 | $275.00 | $467.50 |
| 10/15/04 | CW | Review and analyze Multex Fundamentals research report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/15/04 | CW | Review and analyze Lehman Brothers research report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/15/04 | CW | Review and analyze First Call Earnings Valuation Report research report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/15/04 | CW | Review and analyze S&P stock report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/15/04 | CW | Review and analyze Merrill Lynch research report on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/18/04 | CW | Review and edit Albemarle strategy analysis document | 21 | 0.60 | $275.00 | $165.00 |
| 10/18/04 | CW | Review and analyze S&P corporate profile on Albemarle for company profile | 21 | 0.60 | $275.00 | $165.00 |
| 10/18/04 | CW | Review and edit Albemarle strategy analysis document | 21 | 1.70 | $275.00 | $467.50 |
| 10/18/04 | CW | Calculate Cytec Industries' EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period: October 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/18/04 | CW | Prepare strategy analysis for Albemarle using Porter's 5 forces methodology, including competitive rivalry, supplier power, customer power, threat of new entrants and threat of substitute products | 21 | 3.40 | $275.00 | $935.00 |
| 10/18/04 | CW | Update Cytec Industries' competitor profile to include information from 2003 10K and include sections on strategy, environmental liabilities, commitments and contingencies, acquisitions and employees | 21 | 1.70 | $275.00 | $467.50 |
| 10/22/04 | PR | Review and analyze WR Grace October 8k earnings announcement, segment analysis, comparison to prior year and forecast for 2004 for comparable company analysis | 21 | 1.80 | $365.00 | $657.00 |
| 10/22/04 | CW | Review and analyze Rohm & Hans's 2003 10K for valuation purposes to prepare in-depth company profile | 21 | 3.40 | $275.00 | $935.00 |
| 10/22/04 | CW | Calculate equity value for the fiscal year end for the last five years to include in Rohm & Haas's financial summary and research historic stock prices and shares outstanding | 21 | 1.20 | $275.00 | $330.00 |
| 10/22/04 | CW | Calculate enterprise value for the fiscal year end for the last five years to include in Rohm & Haas's financial summary | 21 | 1.20 | $275.00 | $330.00 |
| 10/22/04 | CW | Calculate Rohm & Haas's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $275.00 | $330.00 |
| 10/22/04 | CW | Prepare schedule of Rohm & Haas's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.20 | $275.00 | $330.00 |
| 10/25/04 | CW | Prepare schedule of Rohm & Haas's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.20 | $275.00 | $330.00 |
| 10/25/04 | CW | Prepare schedule of Rohm & Haas's quarterly (LTM) financial statements for the 4 quarters of fiscal 2002, excluding non-recurring charges for use in valuation | 21 | 2.20 | $275.00 | $605.00 |
| 10/25/04 | CW | Prepare schedule of Rohm & Haas's financial information for the previous 10 quarters on a full-year basis, including sales, operating income, depreciation and amortization and select balance sheet items | 21 | 1.80 | $275.00 | $495.00 |
| 10/25/04 | CW | Calculate equity value for the fiscal year end for the last 10 quarters on an annual basis to include in Rohm & Haas's financial summary | 21 | 1.80 | $275.00 | $495.00 |
| 10/25/04 | CW | Calculate enterprise value for the fiscal year end for the last 10 annualized quarters to include in Rohm & Haas's financial summary | 21 | 0.90 | $275.00 | $247.50 |
| 10/25/04 | CW | Calculate Rohm & Haas's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 10 quarters on a full year basis | 21 | 2.30 | $275.00 | $632.50 |
| 10/27/04 | PR | Analyze and review Rohm & Haas October 2004 8k 3Q and comparison to prior year, industry analysis, segment review and full year estimate for comparable company analysis | 21 | 1.80 | $365.00 | $657.00 |
| 10/28/04 | LT | Follow-up conference call with Blackstone and other advisors to discuss valuation issues | 21 | 1.30 | $500.00 | $650.00 |
| 10/28/04 | PR | Review and analyze S&P analyst report on WR Grace regarding financial review, business review, industry analysis and comparable companies | 21 | 1.80 | $365.00 | $657.00 |
| 10/29/04 | PR | Review and analyze Great Lakes October 8k earnings announcement, segment analysis, comparison to prior year and forecast for 2004 for comparable company analysis | 21 | 1.80 | $365.00 | $657.00 |
| 10/29/04 | CW | Review and analyze Rohm & Haas' 10Q for the quarter ended September 30, 2004 for valuation purposes | 21 | 2.30 | $275.00 | $632.50 |
| 10/29/04 | CW | Update Rohm & Haas' historical financial statements for LTM 09/30/04 for valuation purposes | 21 | 0.60 | $275.00 | $165.00 |
| | | **TOTAL Category 21: Valuation** | | 86.10 | | $26,400.00 |
| 10/5/04 | MB | Review 10/1/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 10/5/04 | MB | Review Honeywell settlement agreement in connection with assessment of motion | 26 | 1.40 | $475.00 | $665.00 |
| 10/5/04 | MB | Develop issues for debtor response pertaining to Honeywell settlement agreement | 26 | 1.20 | $475.00 | $570.00 |
| 10/6/04 | JS | Review Project Roof Motion to acquire for possible objection to US Bankruptcy Court, Delaware, at request of counsel. | 26 | 1.00 | $475.00 | $475.00 |
| 10/7/04 | MB | Review Honeywell settlement and related issues in preparation for conference call with debtor | 26 | 0.90 | $475.00 | $427.50 |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period:  October 1-31, 2004

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10/7/04 | MB | Participate in conference call with debtor to discuss Honeywell settlement | 26 | 0.30 | $475.00 | $142.50 |
| 10/7/04 | MB | Finalize analysis on merits of entering into Honeywell settlement based upon information received in conference call | 26 | 1.00 | $475.00 | $475.00 |
| 10/11/04 | MB | Review 10/8/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 10/13/04 | AP | Prepared summary of Grace's current assets and liabilities as of June 30, 2004 in order to provide counsel with an overview of the value at the company available for the claimants. | 26 | 1.20 | $275.00 | $330.00 |
| 10/15/04 | AP | Prepared the financial exhibits to provide detail to the Grace August 2004 month operating report review in order to analyze the monthly performance of the firm and to compare balances against prior months. | 26 | 2.30 | $275.00 | $632.50 |
| 10/18/04 | MB | Review 10/15/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 10/19/04 | LT | Review and analyze press release, and related financial statements, for the 3rd Quarter 2004 | 26 | 1.00 | $500.00 | $500.00 |
| 10/19/04 | AP | Prepared the introduction section of the Grace August 2004 monthly operating report review to discuss the summary points from the operating performance during the month and any material changes in the company. | 26 | 1.60 | $275.00 | $440.00 |
| 10/19/04 | AP | Prepared the balance sheet section of the Grace August 2004 monthly operating report review to detail the changes in key balances. | 26 | 0.80 | $275.00 | $220.00 |
| 10/19/04 | AP | Prepared the statement of operations section of the Grace August 2004 monthly operating report review to detail the business performance during the month. | 26 | 0.80 | $275.00 | $220.00 |
| 10/19/04 | AP | Prepared the cash flow section of the Grace August 2004 monthly operating report review to detail the change in cash during the month and the main sources and uses of cash. | 26 | 0.80 | $275.00 | $220.00 |
| 10/20/04 | LT | Review FCR statement in support of motion to extend exclusive period | 26 | 0.50 | $500.00 | $250.00 |
| 10/21/04 | AP | Prepared final updates to the Grace August 2004 monthly operating report review to detail the material results and changes within the company during the month and the impact on the overall year. | 26 | 2.00 | $275.00 | $550.00 |
| 10/27/04 | MB | Review 10/22/04 Calendar of Critical Events | 26 | 0.30 | $475.00 | $142.50 |
| 10/28/04 | MB | Review Grace third quarter press release and accompanying financial statements in connection with monitoring continuing operations | 26 | 1.70 | $475.00 | $807.50 |
| 10/29/04 | LT | Review engagement status | 26 | 0.30 | $500.00 | $150.00 |
| 10/29/04 | AP | Prepared Grace asbestos trust and old equity additional value received from an increase in stock price analysis to analyze the value that each group might receive from stock appreciation. | 26 | 2.20 | $275.00 | $605.00 |
| 10/29/04 | AP | Participated in preparation of the Grace warrant pricing model to begin to analyze the value of the warrants and how the value could change based on varying volatility assumptions. | 26 | 1.90 | $275.00 | $522.50 |
| | | **TOTAL  Category 26:  Business Analysis** | | **24.10** | | **$8,772.50** |
| 10/15/04 | AP | Reviewed the Grace management notes associated with the monthly operating report to analyze company's comments regarding performance as part of the preparation of the monthly operating report review. | 28 | 2.30 | $275.00 | $632.50 |
| | | **TOTAL  Category  28:  Data Analysis** | | **2.30** | | **$632.50** |
| | | **TOTAL Schedule B:** | | **215.70** | | **$80,812.50** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Research via PACER | $28.00 |
| Telephone | $50.92 |
| Xerox  ( 336 @ $0.10 per page) | $33.60 |
| **Total Expenses incurred from October 1-31, 2004** | $112.52 |