**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 6850 |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 6850**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for October 1, 2004 through October 31, 2004 filed on November 8, 2004. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than November 29, 2004. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

December 6, 2004                                    **WARREN H. SMITH & ASSOCIATES, P.C.**

                                                    By: _____
                                                        Warren H. Smith
                                                        State Bar No. 18757050

                                                    325 N. St. Paul Street, Suite 1275
                                                    Republic Center
                                                    Dallas, Texas 75201
                                                    (214) 698-3868
                                                    (214) 722-0081 (FAX)
                                                    **FEE AUDITOR**

WRGraceCNO10.04.rtf