

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 02, 2004

Akos Nagy
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    2287

For Professional Services Rendered in Connection with General Matters - Matter 11

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 10/19/2004 | CHM | Analyze oil companies appeal statement. (2.0). | 2.00 |

|  |  | | **Amount** |
|---|---|---|---|
| | Total fees | 2.00 | 950.00 |
| | Total Amount of This Bill | | $950.00 |
| | Balance Due | | $950.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 2.00 | $475.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 02, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD  21044

Invoice#    2288

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|            |     |                                                                                                                              | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|
| 10/04/2004 | WFH | Review trial record and complete outline of rebuttal points (re Zotos' reply brief) for use in connection with oral argument (8.4); conference with Mr. Hogan re same (.2). | 8.60 |
| 10/06/2004 | CHM | Review Zotos reply and research issues on exhibits cited (4.5). | 4.50 |
| 10/08/2004 | CHM | Prepare Motion to Strike Joint Appendix (3.5); conference with client re same (0.5). | 4.00 |
| 10/08/2004 | CHM | Review Zotos Exhibits in Findings of Fact (3.5). | 3.50 |
| 10/15/2004 | CHM | Review billing issues with SI as per conference with client (1.0). | 1.00 |
| 10/22/2004 | CHM | Telephone conference with SI group re invoices (.8). | 0.80 |
| 10/25/2004 | CHM | Outline parties position on substances and review trial transcript on opposing points (2.6). | 2.60 |
| 10/26/2004 | CHM | Review trial exhibits on opposing points on hazardous substance issues. (3.0) | 3.00 |

|            |       | **Amount** |
|------------|-------|------------|
| Total fees | 28.00 | **12,483.00** |

Disbursements:

| | | |
|---|---|---:|
| Online research | | 1,100.75 |
| Delivery services/messengers | | 82.80 |
| Total disbursements | | $1,183.55 |
| Total Amount of This Bill | | $13,666.55 |
| Balance Due | | $13,666.55 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 19.40 | $475.00 |
| Hughes, William F. | Counsel | 8.60 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 02, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    2289

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 10/01/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2); review and analyze document to be integrated into existing case files (5.4). | 5.60 |
| 10/01/2004 | CHM | Meeting with Mr. A. Nagy (2.5); conference with Mr. Daneker re Site 157 issues (1.0). | 3.50 |
| 10/01/2004 | CHM | Work on final brief (4.5); conference with Carella Byrne re same (0.5). | 5.00 |
| 10/04/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.9); review and analyze document to be integrated into existing case files (5.1); produce documents requested by Mr. Hughes (1.5). | 7.50 |
| 10/04/2004 | WFH | Review Honeywell correspondence re Third Circuit oral argument and "finality" of district court's 8/26 fee order (0.5); review Honeywell's motion to supplement record on stay motion (0.3); conference with Mr. Marraro re settlement (0.3). | 1.10 |

| 10/05/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.7); review and analyze document to be integrated into existing case files (1.0); produce all correspondence related to the Joint Appendix per Mr. Hughes' request (1.1); create list of all filings re: the Joint Appendix and e-mail same to Mr. Hughes (1.0). | 3.80 |
|---|---|---|---|
| 10/05/2004 | WFH | Review plaintiff's supplemental fee application and letter to the 3rd Circuit re Grace settlement (0.5); conference with Mr. Marraro re extraneous documents submitted by Honeywell in joint appendix and preparation of motion to strike same (0.4); review pertinent appendix materials in connection with motion to strike (1.2); research in connection with strike motion (2.4); work on motion to strike (4.9). | 9.40 |
| 10/05/2004 | CHM | Review final briefs of all parties (5.2); conference with client re same (0.5); prepare letter to Honeywell re site 157 (0.8). | 6.50 |
| 10/06/2004 | NAB | Review Honeywell's Brief and Reply Brief for David Field Opening Statement citation (JA1000-1016) (1.0); produce documents requested by Mr. Marraro and Mr. Hughes (2.1); review and analyze document to be integrated into existing case files (1.9). | 5.00 |
| 10/06/2004 | WFH | Conferences with Ms. Flax and Mr. Marraro re motion to strike and work on same (8.8). | 8.80 |
| 10/06/2004 | CHM | Conference with client re brief and motion (0.5). | 0.50 |
| 10/06/2004 | ACZ | Legal research re motions related to Joint Appendix (3.7); conferences with Messrs. Marraro and Hughes re same (.9). | 4.60 |
| 10/07/2004 | NAB | Prepare exhibits for Motion to Strike (.3); prepare daily correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (3.5); produce documents requested by Mr. Hughes (.8). | 5.20 |
| 10/07/2004 | WFH | Conference with Mr. Marraro re motion to strike and work on same (8.7); review recent correspondence and submittals to Special Master re site remediation (.6). | 9.30 |

| 10/07/2004 | CHM | Review draft language in revised Order re Honeywell Corporation (0.6); conference with Honeywell and J. Baer re same (0.8). | 1.40 |
|---|---|---|---|
| 10/08/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3). | 0.30 |
| 10/08/2004 | WFH | Revise motion to strike to incorporate Mr. Marraro's and Ms. Flax's comments and confer with CM re same (4.3); review the parties' corrected appellate briefs (1.2); review correspondence from plaintiff re finality of district court's order awarding RCRA fees and conduct research on same (0.5); evaluate Honeywell's latest progress report to the Special Master re the site remediation (0.3). | 6.30 |
| 10/11/2004 | WFH | Conference with Ms. Millian re her concurrence on the joint motion to strike (0.2); finalize motion and coordinate filing and service of same (7.6); research regarding site remediation issue (0.5); review correspondence from parties re supersedeas bond for appeal of RCRA fee order (0.3). | 8.60 |
| 10/11/2004 | CHM | Final review and edit Motion to Strike (0.8); conference with ICO re same (0.5). | 1.30 |
| 10/12/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.5); prepare exhibits for Motions to Strike (.6). | 1.10 |
| 10/13/2004 | CHM | Review Special Master correspondence, privacy issues in preparation for October 22nd meeting (2.5); conference call with client re same (0.5). | 3.00 |
| 10/14/2004 | CHM | Conference with client re Order and other issues (1.0); conference with Milch re same (0.5); prepare letter to Milch re settlement issues and McGovern authorization (2.0). | 3.50 |
| 10/15/2004 | CHM | Prepare authorization (0.8); conference with Daneker re clearing up issues (1.0); conference with Agnello re various matters (0.6). | 2.40 |
| 10/18/2004 | CHM | Conference with Agnello re various real property issues in transfer (1.5); conference with client re same (0.5). | 2.00 |

| 10/20/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.4). | 0.40 |
| 10/20/2004 | CHM | Travel from Washington DC to Newark New Jersey (1.8). (Note: Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 10/20/2004 | CHM | All day meeting in New Jersey re Closing and Settlement (9.0). | 9.00 |
| 10/20/2004 | CHM | Travel from Newark New Jersey to Washington DC (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 10/21/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.2). | 0.20 |
| 10/21/2004 | CHM | Review final transfer of documents (2.0). | 2.00 |
| 10/22/2004 | CHM | Conference with A&P re dismissal documents (0.8); conference with A. Nagy (0.4). | 1.20 |
| 10/25/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.2). | 0.20 |
| 10/26/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.2); review and analyze document to be integrated into existing case files (1.0). | 1.20 |
| 10/28/2004 | CHM | Prepare letter to 3rd Circuit and prepare motion to dismiss case (4.0). | 4.00 |
| 10/29/2004 | CHM | Comment and finalize documents to Court and several conference calls to Honeywell counsel re same. (1.0). | 1.00 |

|  |  |  | **Amount** |
|---|---|---|---|
| Total fees | | 128.30 | 44,642.50 |

Disbursements:

| Copying | 359.85 |
|---|---|
| Facsimile | 42.00 |
| Telephone | 85.32 |
| Delivery services/messengers | 31.72 |
| Postage | 4.20 |
| Federal Express | 20.62 |
| Total disbursements | $543.71 |

Page 5

| | | |
|---|---|---|
| Total Amount of This Bill | | $45,186.21 |
| Less Deduction of 40% of Fees Per Agreement | | $17,857.00 |
| Balance Due | | $27,329.21 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 4.60 | $250.00 |
| Marraro, Christopher H. | Partner | 49.70 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 30.50 | $110.00 |
| Hughes, William F. | Counsel | 43.50 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 02, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD  21044

Invoice#    2290

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|            |     |                                                                          | **Hours** |
|------------|-----|--------------------------------------------------------------------------|-----------|
| 10/01/2004 | CHM | Conference with Ms. Duff. (0.5).                                         | 0.50      |
| 10/01/2004 | CHM | Conference call with team re various property issues. (1.1).            | 1.10      |
| 10/14/2004 | CHM | Review documents on employees knowledge/procedure withheld documents. (2.5). | 2.50 |
| 10/15/2004 | CHM | Conference with A. Nagy re Willowbend (0.8),                            | 0.80      |
| 10/22/2004 | CHM | Review various emails re next step (.5).                               | 0.50      |
| 10/27/2004 | CHM | Conference with Willowbend re meeting and issues. (1.2)                 | 1.20      |
| 10/28/2004 | CHM | Review EPA document re land use at Acton from A. Nagy (0.8).           | 0.80      |

|                          |      | **Amount** |
|--------------------------|------|------------|
| Total fees               | 7.40 | 3,515.00   |
| Total Amount of This Bill |     | $3,515.00  |
| Balance Due              |      | $3,515.00  |

## Timekeeper Summary

| Name | | Hours | Rate |
|------|------|-------|------|
| Marraro, Christopher H. | Partner | 7.40 | $475.00 |