# EXHIBIT A

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|------|------|------|------|
| | | | July | August | September | |
| Neitzel, Charlotte | Partner | $ 350.00 | 0.3 | 0 | 22.3 | $ 7,910.00 |
| McCarthy, John | Partner | $325.00 | 0 | 0 | 0.4 | $ 130.00 |
| Tracy, Brent | Associate | $240.00 | 0 | 4.6 | 0 | $ 1,104.00 |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 0 | 18.3 | 15.1 | $ 9,352.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 0 | 47.5 | 0 | $ 5,937.50 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 3.4 | 0 | 0 | $ 425.00 |
| | | | | | | |
| TOTAL | | | 3.7 | 70.4 | 37.8 | $ 24,858.50 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | July | | August | | September | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Parking | $ | - | $ | - | $ | - | $ | - |
| Photocopies | $ | - | $ | 22.50 | $ | 192.60 | $ | 215.10 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | 0.30 | $ | - | $ | - | $ | 0.30 |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | 34.49 | $ | - | $ | 34.49 |
| Overtime | $ | - | $ | - | $ | - | $ | - |
| Other Expenses | $ | 203.36 | $ | - | $ | - | $ | 203.36 |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | 31.68 | $ | 67.19 | $ | - | $ | 98.87 |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Velo Binding | $ | - | $ | - | $ | - | $ | - |
| Color Copies | $ | - | $ | - | $ | - | $ | - |
| Outside Reproduction | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | - | $ | - | $ | - |
| Tab Stock | $ | - | $ | - | $ | 1.50 | $ | 1.50 |
| | | | | | | | $ | - |
| **TOTAL** | **$** | **235.34** | **$** | **124.18** | **$** | **194.10** | **$** | **553.62** |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 674800 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 07/21/04 | CLN | Conference with NKTognetti re J. Hughes' request for ATSDR documents. | 0.30 | $ | 105.00 |
| 07/21/04 | NKT | Search for and prepare various ATSDR reports and studies as requested by client. | 3.40 | | 425.00 |
| | | **Total Fees Through July 31, 2004:** | **3.70** | **$** | **530.00** |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 350.00 | 0.30 | $ | 105.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 3.40 | | 425.00 |
| | | **Total Fees:** | | **3.70** | **$** | **530.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004  -  Courier, Acct. 0802-0410-8. 06-16; Richard Finke Boca Raton, Fl | $ | 10.87 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004  -  Courier, Acct. 0802-0410-8. 06-16; Robert Marriam Memphis, Tn | | 9.94 |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 674800 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004 - Courier, Acct. 0802-0410-8. 06-16; William Corcoran Columbia, Md | 10.87 |
| 06/30/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: N102094; DATE: 6/30/2004 - Document Storage | 203.36 |
| 07/21/04 | | Long Distance Telephone: 6174983826, 3 Mins., TranTime:13:49 | 0.30 |

**Total Disbursements:**   $   **235.34**

## Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 0.30 |
| Federal Express | | 31.68 |
| Other Expense | | 203.36 |
| **Total Disbursements:** | **$** | **235.34** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 07/12/04 | Write Off | -1,095.20 |
| | *Outstanding Balance on Invoice 612649:* | | *$     0.00* |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 07/12/04 | Write Off | -309,771.81 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 679369 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/04 | KJC | Telephone conference with W. Corcoran re search for documents to respond to subpoena (0.30); investigate options for responding to subpoena including search for specific documents and conferences with document team (1.00). | 1.30 | $ 364.00 |
| 08/04/04 | MCL | Conference with KJCoggon re subpoena (.30); begin researching databases re same (1.00). | 1.30 | 162.50 |
| 08/05/04 | KJC | Conference with BATracy and MCLatuda re option to respond to subpoena (2.80); research re options to respond to subpoena (1.40). | 4.20 | 1,176.00 |
| 08/05/04 | BAT | Conference with KJCoggon and MCLatuda re locating documents to respond to subpoena. | 2.80 | 672.00 |
| 08/05/04 | MCL | Conference with KJCoggon and BATracy re strategy for document review re subpoena (1.50); research databases for responsive documents re same (6.00). | 7.50 | 937.50 |
| 08/06/04 | KJC | Research re options to respond to subpoena. | 1.70 | 476.00 |
| 08/06/04 | MCL | Research databases for potentially responsive documents re subpoena and draft chart re same (6.80). | 6.80 | 850.00 |
| 08/09/04 | KJC | Telephone conference with W. Corcoran, L. Urgenson, et al. re options for responding to subpoena (1.30); research re same (1.90). | 3.20 | 896.00 |
| 08/09/04 | BAT | Telephone conference with Grace inside and outside counsel re subpoena (1.30); research re EHS and microfilm databases (.30). | 1.60 | 384.00 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 679369 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/09/04 | MCL | Telephone conference with KJCoggon, BATracy, representatives of WR Grace,  Casner & Edwards, and Kirkland & Ellis re search for documents responsive to subpoena (1.30); research database re same (5.80). | 7.10 | 887.50 |
| 08/10/04 | KJC | Draft and revise memo re subpoena response options. | 1.80 | 504.00 |
| 08/10/04 | BAT | Review and respond to e-mail re database review for subpoena. | 0.20 | 48.00 |
| 08/10/04 | MCL | Research databases for documents potentially responsive to subpoena. | 7.00 | 875.00 |
| 08/11/04 | KJC | Review and revise memo to L. Urgenson re subpoena response (2.40); telephone conferences with MCLatuda re same (0.70); email team re subpoena response options (0.40). | 3.50 | 980.00 |
| 08/11/04 | MCL | Research databases for documents potentially responsive to subpoena (3.10); begin drafting spreadsheet documents that will require review for responding to subpoena (1.90). | 5.00 | 625.00 |
| 08/12/04 | KJC | Email exchange with M. Murphy re subpoena response. | 0.30 | 84.00 |
| 08/12/04 | MCL | Research databases for documents potentially responsive to subpoena (5.50); edit spreadsheet of documents that will require review for responding to subpoena (.60). | 6.10 | 762.50 |
| 08/13/04 | MCL | Research databases for documents potentially responsive to subpoena (5.30); edit spreadsheet of documents that will require review for responding to subpoena (1.0); compile and review printouts from databases for KJCoggon (.40). | 6.70 | 837.50 |
| 08/16/04 | KJC | Review list of documents identified by M. Murphy re subpoena response. | 0.60 | 168.00 |
| 08/17/04 | KJC | Review list of documents identified by M. Murphy re subpoena response. | 0.30 | 84.00 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 679369 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/26/04 | KJC | Review email from M. Murphy re status of efforts to respond to subpoena (0.30); telephone conference with R. Finke re technical challenge to EPA sampling and analysis (0.30); follow up re telephone conference with R. Finke re technical challenges to EPA sampling and analysis (0.30). | 0.90 | 252.00 |
| 08/31/04 | KJC | Review and revise letter to AUSA re response to subpoena. | 0.50 | 140.00 |

**Total Fees Through August 31, 2004:**    **70.40**   **$   12,165.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 18.30 | $   5,124.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 4.60 | 1,104.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 47.50 | 5,937.50 |

**Total Fees:**    **70.40**   **$   12,165.50**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-942-34619; DATE: 8/2/2004 - Courier, Acct. 0802-0410-8. 07-21; Jay Hughes Cambridge, Ma | $   67.19 |
| 08/05/04 | | Other Meal Expense: VENDOR: Karla Allen; INVOICE#: 081304; DATE: 8/13/2004 - 8/5/04; Lunch for meeting re response to subpoena (three people, $11.49 per person). | 34.49 |
| 08/06/04 | 150 | Photocopy | 22.50 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 679369 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| | | **Total Disbursements:** | **$    124.18** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 22.50 |
| Federal Express | | 67.19 |
| Other Meal Expense | | 34.49 |
| **Total Disbursements:** | **$** | **124.18** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | *Outstanding Balance on Invoice 661254:* | | *$    1,473.71* |
| 664795 | 04/19/04 | Bill | 13,580.57 |
| | *Outstanding Balance on Invoice 664795:* | | *$   13,580.57* |
| 667181 | 05/17/04 | Bill | 568.45 |
| | *Outstanding Balance on Invoice 667181:* | | *$    568.45* |
| 669970 | 06/14/04 | Bill | 203.36 |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 684108 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/04 | CLN | Conference with D. Kuchinsky re chronology of major Libby events (1.0); work on chronology for D. Kuchinsky (2.0). | 3.00 | $ 1,050.00 |
| 09/01/04 | KJC | Research re confidential business documents produced to EPA. | 0.30 | 84.00 |
| 09/02/04 | CLN | Review and revise chronology of major Libby events for D. Kuchinsky. | 5.50 | 1,925.00 |
| 09/03/04 | JDM | Telephone conference with Dale Cockrell re KDC issues. | 0.40 | 130.00 |
| 09/03/04 | KJC | Telephone conferences with client and email re KDC document request. | 0.70 | 196.00 |
| 09/08/04 | CLN | Review and revise outline for D. Kuchinsky re major Libby events. | 1.50 | 525.00 |
| 09/08/04 | KJC | Telephone conference with R. Emmett and EPA re CBI documents (0.80); research re CBI substantiation issues (2.40). | 3.20 | 896.00 |
| 09/09/04 | CLN | Draft outline re major Libby events (2.0); coordinate with KJCoggon (0.40); transmit same to D. Kuchinsky (0.10). | 2.50 | 875.00 |
| 09/09/04 | KJC | Review chart of boxes sent to EPA and forward to K. Land (0.50); email exchange with R. Emmett re CBI and production on history (0.70). | 1.20 | 336.00 |
| 09/10/04 | KJC | Email exchange with R. Emmett and W. Corcoran re CBI issues (0.50); draft email to K. Land re CBI substantiation (0.70); telephone conference with D. Kuchinsky re search for documents produced to EPA (0.30); research documents produced to EPA per D. Kuchinsky request (1.40). | 2.90 | 812.00 |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 684108 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/13/04 | KJC | Search for documents requested by D. Kuchinsky (2.90); telephone conference with D. Kuchinsky re same (.30); conferences with JLSherman re same (.20). | 3.40 | 952.00 |
| 09/14/04 | KJC | Email exchange with D. Kuchinsky re requested documents and follow up re same. | 0.40 | 112.00 |
| 09/15/04 | KJC | Prepare documents for R. Senftleben. | 0.40 | 112.00 |
| 09/21/04 | KJC | Draft letter to S. Moores at EPA re CBI substantiation (0.60); email exchange with R. Emmett re CBI issues (0.20). | 0.80 | 224.00 |
| 09/24/04 | CLN | Review and revise identifying documents for D. Kuchinsky re Whitehouse published paper in response to her email (2.00); review of Whitehouse documents to respond to D. Kuchinsky request (0.50). | 2.50 | 875.00 |
| 09/26/04 | CLN | Identify Whitehouse documents to send to D. Kuchinsky and Bert Price. | 3.80 | 1,330.00 |
| 09/27/04 | CLN | Locate documents re Whitehouse to send to Dr. Price and D. Kuchinsky. | 3.50 | 1,225.00 |
| 09/28/04 | KJC | Telephone conference with W. Corcoran et al. re reorganization cost estimates (0.40); telephone conference with R. Emmett re CBI letter to EPA and reorganization cost estimates (0.60); revise and send letter to S. Moores re CBI substantiation (0.30). | 1.30 | 364.00 |
| 09/29/04 | KJC | Telephone conference with W. Corcoran and M. Joy re Libby cleanup cost estimates. | 0.30 | 84.00 |
| 09/30/04 | KJC | Telephone conference with M. Joy re Libby cleanup cost estimate (0.20). | 0.20 | 56.00 |

**Total Fees Through September 30, 2004:**    37.80    $  12,163.00

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 684108 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 350.00 | 22.30 | $ | 7,805.00 |
| JDM | John D. McCarthy | Partner | 325.00 | 0.40 | | 130.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 15.10 | | 4,228.00 |
| | | **Total Fees:** | | **37.80** | **$** | **12,163.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/08/04 | 4 | Photocopy | $ | 0.60 |
| 09/08/04 | 40 | Photocopy | | 6.00 |
| 09/08/04 | 156 | Photocopy | | 23.40 |
| 09/08/04 | 30 | Tab Stock | | 1.50 |
| 09/28/04 | 68 | Photocopy | | 10.20 |
| 09/28/04 | 1,016 | Photocopy | | 152.40 |
| | | **Total Disbursements:** | **$** | **194.10** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 192.60 |
| Tab Stock | | 1.50 |
| **Total Disbursements:** | **$** | **194.10** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|---|---|---|---|---|---|---|
| | | | July | August | September | Total Comp. |
| Flaagan, Elizabeth | Partner | $ 300.00 | 1.1 | 0.7 | 2.3 | $ 1,230.00 |
| Haag, Susan | Paralegal | $ 125.00 | 2.4 | 2 | 9.5 | $ 1,737.50 |
| | | | | | | |
| TOTAL | | | 3.5 | 2.7 | 11.8 | $ 2,967.50 |

**Bankruptcy Matters - 00390**

| Description | July | August | September | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $ 4.50 | $ - | $ 37.20 | $ 41.70 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 10.87 | $ 8.36 | $ 9.39 | $ 28.62 |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ 84.68 | $ 1,150.16 | $ - | $ 1,234.84 |
| Postage | $ - | $ - | $ - | $ - |
| | | | | |
| **TOTAL** | **$ 100.05** | **$ 1,158.52** | **$ 46.59** | **$ 1,305.16** |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 674800 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 07/06/04 | SH | Review Fee Auditor's report on 12th interim fee application (.20); locate receipts for EKFlaagan re response to Fee Auditor's report (.50). | 0.70 | $ | 87.50 |
| 07/07/04 | EKF | Review fee auditor's initial report on 12th interim period and review underlying invoices re same. | 0.30 | | 90.00 |
| 07/08/04 | EKF | E-mails to and from fee auditor re initial report on 12th interim fee application (.30); review and revise June invoices (.50). | 0.80 | | 240.00 |
| 07/12/04 | SH | Create May fee application charts. | 0.40 | | 50.00 |
| 07/19/04 | SH | Finalize May monthly fee application. | 0.80 | | 100.00 |
| 07/21/04 | SH | Compile and file May fee application. | 0.50 | | 62.50 |
| | | **Total Fees Through July 31, 2004:** | **3.50** | **$** | **630.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.10 | $ | 330.00 |
| SH | Susan Haag | Paralegal | 125.00 | 2.40 | | 300.00 |
| | | **Total Fees:** | | **3.50** | **$** | **630.00** |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 674800 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/23/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 265447; DATE: 6/23/2004 - Professional Services through 05/31/04 in W.R. Grace case | $ | 84.68 |
| 07/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-894-01598; DATE: 7/2/2004 - Courier, Acct. 0802-0410-8. 06-28; William Weller Wilmington, De | | 10.87 |
| 07/21/04 | 30 | Photocopy | | 4.50 |
| | | **Total Disbursements:** | $ | **100.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 84.68 |
| Photocopy | | 4.50 |
| Federal Express | | 10.87 |
| **Total Disbursements:** | **$** | **100.05** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 612649 | 10/30/02 | Bill | | 6,832.32 |
| | 07/12/04 | Write Off | | -1,333.50 |
| | | *Outstanding Balance on Invoice 612649:* | *$* | *0.00* |
| 621058 | 01/31/03 | Bill | | 3,749.68 |
| | 07/12/04 | Write Off | | -7.29 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 679369 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/10/04 | EKF | Review and revise July 2004 invoices [pre-bills] (.70). | 0.70 | $ 210.00 |
| 08/26/04 | SH | Draft 12th interim category spreadsheet for fee auditor. | 0.80 | 100.00 |
| 08/30/04 | SH | Calculate June 2004 monthly fee application. | 1.20 | 150.00 |
| | | **Total Fees Through August 31, 2004:** | **2.70** | **$ 460.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 0.70 | $ 210.00 |
| SH | Susan Haag | Paralegal | 125.00 | 2.00 | 250.00 |
| | | **Total Fees:** | | **2.70** | **$ 460.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/26/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 266691; DATE: 7/26/2004 - Legal Fees & Costs in connection w/WRGrace bankruptcy case | $ 674.59 |
| 08/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-942-34619; DATE: 8/2/2004 - Courier, Acct. 0802-0410-8. 07-21; William Weller Wilmington, De | 8.36 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 679369 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/20/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 267512; DATE: 8/20/2004; Professional Services through 7/31/04 | 475.57 |

| | |
|---|---|
| **Total Disbursements:** | **$   1,158.52** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,150.16 |
| Federal Express | | 8.36 |
| **Total Disbursements:** | **$** | **1,158.52** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 656750 | 01/27/04 | Bill | 1,328.82 |
| | 09/08/04 | Write Off | -0.84 |
| | *Outstanding Balance on Invoice 656750:* | | *$      0.00* |
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | *Outstanding Balance on Invoice 658429:* | | *$    109.30* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 684108 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/04 | EKF | Review, revise and finalize June 2004 monthly fee application. | 0.20 | $ 60.00 |
| 09/01/04 | SH | Compile June 2004 monthly fee application. | 0.30 | 37.50 |
| 09/13/04 | EKF | Review Kirkland & Ellis letter to professionals. | 0.20 | 60.00 |
| 09/17/04 | EKF | Review and revise August invoices [pre-bills] (.8). | 0.80 | 240.00 |
| 09/24/04 | EKF | Review and finalize July 2004 monthly fee application (.30). | 0.30 | 90.00 |
| 09/24/04 | SH | Calculate 13th interim fee application charts (2.60); draft July monthly fee statement (2.10). | 4.70 | 587.50 |
| 09/27/04 | EKF | Review and revise 13th quarterly application (.80). | 0.80 | 240.00 |
| 09/27/04 | SH | Compile and file July fee statement (.40); draft 13th interim fee application, order and fee application summary (3.70). | 4.10 | 512.50 |
| 09/28/04 | SH | Compile 13th interim fee application (.40). | 0.40 | 50.00 |
| | | **Total Fees Through September 30, 2004:** | **11.80** | **$ 1,877.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 2.30 | $ 690.00 |
| SH | Susan Haag | Paralegal | 125.00 | 9.50 | 1,187.50 |
| | | **Total Fees:** | | **11.80** | **$ 1,877.50** |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 684108 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/01/04 | 44 | Photocopy | $ | 6.60 |
| 09/10/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-991-75005; DATE: 9/10/2004 - Courier, Acct. 0802-0410-8. 09-01; William Weller Wilmington, De | | 9.39 |
| 09/24/04 | 45 | Photocopy | | 6.75 |
| 09/27/04 | 42 | Photocopy | | 6.30 |
| 09/27/04 | 1 | Photocopy | | 0.15 |
| 09/28/04 | 116 | Photocopy | | 17.40 |
| | | **Total Disbursements:** | $ | **46.59** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 37.20 |
| Federal Express | | 9.39 |
| **Total Disbursements:** | **$** | **46.59** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $ | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |

**Ninth Circuit Appeal - 00420**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | July | August | September | |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 17.6 | 2.3 | 0.5 | $ 5,712.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 12.1 | 0 | | $ 1,512.50 |
| | | | | | | |
| TOTAL | | | 29.7 | 2.3 | 0.5 | $ 7,224.50 |

## Ninth Circuit Appeal - 00420

| Description | July | August | September | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $           - | $           - | $           - | $           - |
| Photocopies | $    17.10 | $      0.60 | $           - | $    17.70 |
| Facsimilies | $           - | $           - | $           - | $           - |
| Long Distance Telephone | $    34.40 | $           - | $           - | $    34.40 |
| Outside Courier | $           - | $           - | $           - | $           - |
| Federal Express | $    90.37 | $      9.39 | $           - | $    99.76 |
| Service of Process | $           - | $           - | $           - | $           - |
| Lexis | $           - | $      1.55 | $           - | $      1.55 |
| Meal Expenses | $           - | $           - | $           - | $           - |
| Travel Expense | $           - | $           - | $           - | $           - |
| Color Copies | $      2.60 | $           - | $           - | $      2.60 |
| Other Expenses | $           - | $           - | $           - | $           - |
| Westlaw | $           - | $           - | $           - | $           - |
| | | | | |
| TOTAL | $  144.47 | $    11.54 | $           - | $  156.01 |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 674800 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/07/04 | KJC | Telephone conference with J. O'Quinn re status of motion for extension of time and briefing issues. | 0.30 | $ 84.00 |
| 07/08/04 | KJC | Telephone conferences with R. Finke re government brief and Grace Reply (0.40); email exchange with appellate team re timing to discuss Reply Brief (0.30); review U.S. brief and forward relevant materials to R. Finke for discussion (0.80). | 1.50 | 420.00 |
| 07/08/04 | NKT | Review U.S. Reply Brief and procure various portions of Excerpts of Record and Supplement Excerpts of Record per KJCoggon request. | 3.20 | 400.00 |
| 07/13/04 | KJC | Review and forward comments re Reply Brief to J. O'Quinn. | 0.30 | 84.00 |
| 07/14/04 | KJC | Review and forward comments re Reply Brief to J. O'Quinn. | 0.20 | 56.00 |
| 07/19/04 | KJC | Email exchange with appellate team re timing for Reply Brief work. | 0.40 | 112.00 |
| 07/20/04 | KJC | Review draft Reply Brief and other materials in preparation for call with appellate team (2.80); telephone conference with R. Finke re Reply Brief (0.70). | 3.50 | 980.00 |
| 07/21/04 | KJC | Prepare for and participate in conference call with appellate team re Reply Brief. | 2.50 | 700.00 |
| 07/22/04 | KJC | Telephone conference with R. Finke and data experts re EPA opposition brief and possible response in Reply (1.00); follow up re options for responding to data issues in Reply Brief (1.20); telephone conference with J. O'Quinn re facts stated in Reply Brief (0.20). | 2.40 | 672.00 |
| 07/22/04 | NKT | Review and begin cite checking draft Appellants' Reply Brief per KJCoggon request. | 4.90 | 612.50 |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 674800 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/23/04 | KJC | Conference with NKTognetti re cite checking questions in Reply Brief. | 0.60 | 168.00 |
| 07/23/04 | NKT | Continue to cite check Appellants' Reply Brief per KJCoggon request. | 4.00 | 500.00 |
| 07/25/04 | KJC | Review draft Reply Brief. | 1.40 | 392.00 |
| 07/26/04 | KJC | Review revised draft Reply Brief (1.50); telephone conference with J. O'Quinn re cite check results (0.30). | 1.80 | 504.00 |
| 07/27/04 | KJC | Review amicus suggestions re Reply Brief (0.40); telephone conference with C. Landau re final issues to consider in Reply Brief (0.20); telephone conference with R. Finke re Reply Brief (0.30); review Neville case re Reply Brief (0.60); draft email re oral argument rules (0.50). | 2.00 | 560.00 |
| 07/30/04 | KJC | Review new information re Libby appeal (0.50); telephone conference with W. Corcoran re same (0.20). | 0.70 | 196.00 |

**Total Fees Through July 31, 2004:**    **29.70**   **$**    **6,440.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 17.60 | $ 4,928.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 12.10 | 1,512.50 |

**Total Fees:**    **29.70**   **$**    **6,440.50**

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 674800 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/23/04 | | Long Distance Telephone: 7037298543, 16 Mins., TranTime:14:35 | $ 1.60 |
| 06/23/04 | | Long Distance Telephone: 3038660408, 82 Mins., TranTime:08:58 | 8.20 |
| 06/23/04 | | Long Distance Telephone: 4105314203, 76 Mins., TranTime:08:59 | 7.60 |
| 06/23/04 | | Long Distance Telephone: 2026380452, 81 Mins., TranTime:09:00 | 8.10 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004  -  Courier, Acct. 0802-0410-8. 06-17; Robert Emmett Columbia, Md | 20.67 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004  -  Courier, Acct. 0802-0410-8. 06-17; David Siegel Columbia, Md | 10.87 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004  -  Courier, Acct. 0802-0410-8. 06-17; William Corcoran Columbia, Md | 10.87 |
| 06/25/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-847-45345; DATE: 6/25/2004  -  Courier, Acct. 0802-0410-8. 06-18; Kelly Richardson San Diego, Ca | 18.60 |
| 07/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-894-01598; DATE: 7/2/2004  -  Courier, Acct. 0802-0410-8. 06-17; Alan Stringer Libby, Mt | 10.94 |
| 07/07/04 | | Long Distance Telephone: 2028795213, 18 Mins., TranTime:11:44 | 1.80 |
| 07/08/04 | 4 | Color Photocopy | 2.60 |
| 07/08/04 | | Long Distance Telephone: 5613621533, 15 Mins., TranTime:09:25 | 1.50 |
| 07/08/04 | 82 | Photocopy | 12.30 |
| 07/08/04 | 32 | Photocopy | 4.80 |
| 07/09/04 | | Long Distance Telephone: 5613621533, 16 Mins., TranTime:14:39 | 1.50 |
| 07/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-895-14292; DATE: 7/16/2004  -  Courier, Acct. 0802-0410-8. 07-08; Richard Finke Boca Raton, Fl | 9.44 |

Holme Roberts & Owen LLP

August 12, 2004

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 674800 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-895-14292; DATE: 7/16/2004  -  Courier, Acct. 0802-0410-8. 07-08; Dr. Rich Lee Monroeville, Pa | 8.98 |
| 07/20/04 | | Long Distance Telephone: 4105314355, 2 Mins., TranTime:09:00 | 0.10 |
| 07/20/04 | | Long Distance Telephone: 4105314355, 9 Mins., TranTime:11:27 | 0.90 |
| 07/26/04 | | Long Distance Telephone: 2028795213, 19 Mins., TranTime:09:14 | 1.90 |
| 07/27/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:15:04 | 0.10 |
| 07/27/04 | | Long Distance Telephone: 2028795087, 11 Mins., TranTime:15:05 | 1.10 |

| | | | |
|---|---|---|---|
| | **Total Disbursements:** | $ | **144.47** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 17.10 |
| Long Distance Telephone | | 34.40 |
| Federal Express | | 90.37 |
| Color Photocopy | | 2.60 |
| **Total Disbursements:** | **$** | **144.47** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | 07/12/04 | Write Off | -305.98 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

|  |  |
|---|---|
| Page | 13 |
| Invoice No.: | 679369 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 08/03/04 | KJC | Telephone conference with W. Corcoran and R. Finke re supplemental authorities (0.30); research federal rules and email team re supplemental authorities (0.40); draft affidavit re Libby website (0.80). | 1.50 | $ | 420.00 |
| 08/04/04 | KJC | Email exchange with appellate team re new Libby website. | 0.40 | | 112.00 |
| 08/25/04 | KJC | Review EPA response to new web site information. | 0.40 | | 112.00 |
| | | **Total Fees Through August 31, 2004:** | **2.30** | **$** | **644.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 2.30 | $ | 644.00 |
| | | **Total Fees:** | | **2.30** | **$** | **644.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 07/27/04 | 1 | Lexis | $ | 1.55 |
| 08/04/04 | 4 | Photocopy | | 0.60 |

Holme Roberts & Owen LLP

September 24, 2004

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 679369 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/13/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-943-45384; DATE: 8/13/2004  -  Courier, Acct. 0802-0410-8. 08-04; Chris Landau Washington, DC | 9.39 |

**Total Disbursements:**          $      **11.54**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 0.60 |
| Federal Express | | 9.39 |
| Lexis | | 1.55 |
| **Total Disbursements:** | **$** | **11.54** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 656750 | 01/27/04 | Bill | 7,350.45 |
| | 09/08/04 | Write Off | -10.94 |
| | *Outstanding Balance on Invoice 656750:* | | *$      0.00* |
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | *Outstanding Balance on Invoice 658429:* | | *$  10,191.15* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |

Holme Roberts & Owen LLP

October 20, 2004

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 684108 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/27/04 | KJC | Review recent CERCLA opinion and forward to team. | 0.50 | $ | 140.00 |
| | | **Total Fees Through September 30, 2004:** | **0.50** | **$** | **140.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 0.50 | $ | 140.00 |
| | | **Total Fees:** | | **0.50** | **$** | **140.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 43,437.00 |
| | 05/24/04 | Cash Receipt | | -33,245.85 |
| | 10/19/04 | Cash Receipt | | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *1,529.83* |
| 661254 | 03/15/04 | Bill | | 19,191.03 |
| | 05/24/04 | Cash Receipt | | -15,127.27 |
| | 10/19/04 | Cash Receipt | | -3,457.23 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *606.53* |
| 664795 | 04/19/04 | Bill | | 27,540.34 |