# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Charlotte Neitzel | Partner | Environmental | $350.00 | 22.6 | $7,910.00 |
| John McCarthy | Partner | Environmental | $325.00 | 0.4 | $130.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $300.00 | 4.1 | $1,230.00 |
| Brent Tracy | Associate | Environmental | $240.00 | 4.6 | $1,104.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $280.00 | 53.8 | $15,064.00 |
| Natalie Tognetti | Paralegal | Environmental | $125.00 | 15.5 | $1,937.50 |
| Susan Haag | Paralegal | Bankruptcy | $125.00 | 13.9 | $1,737.50 |
| Carla Latuda | Paralegal | Environmental | $125.00 | 47.5 | $5,937.50 |
| **TOTAL** | | | | 162.4 | **$35,050.50** |