# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $0.00 |
| Photocopies | $274.50 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $34.70 |
| Outside Courier | $0.00 |
| Travel Expense | $0.00 |
| Lexis | $1.55 |
| Meal Expenses | $34.49 |
| Tab Stock | $1.50 |
| Other Expenses | $203.36 |
| Velo Binding | $0.00 |
| Federal Express | $227.25 |
| Color Copies | $2.60 |
| Witness Fee | $0.00 |
| Professional Billable Services | $1,234.84 |
| Supplies | $0.00 |
| Research Services | $0.00 |
| **TOTALS** | **$2,014.79** |