**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| ) | **Case No. 01-01139** |
| **W.R. GRACE & CO.,** *et al.,* ) | |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |
| ) | |
| ) | |

**WITHDRAWAL OF APPEARANCE AND REMOVAL**
**FOR RECEIPT OF NOTICES**

Margery N. Reed, Esquire, hereby withdraws her appearance and requests the removal for receipt of any future notices, pleadings, and other papers which are filed in the above-captioned matter.

Dated: December 7, 2004   /s/ Margery N. Reed
Wilmington, Delaware      Margery N. Reed, Esquire
                          Duane Morris LLP
                          One Liberty Place
                          Philadelphia, PA 19103-7396
                          Telephone:   (215) 979-1000
                          Facsimile:   (215) 979-1020
                          E-mail:      mreed@duanemorris.com

PH1\1319621.1