## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 01-01139** |
| **W.R. GRACE & CO.,** *et al.,* | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

    I, Wendy M. Simkulak, certify that I am not less than 18 years of age, and that service of a copy of the **Withdrawal of Appearance and Removal for Receipt of Notices** was made on December 7, 2004, by first class mail, postage prepaid to the parties on the attached service list.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 7, 2004
       Wilmington, Delaware        /s/ Wendy M. Simkulak
                                    Wendy M. Simkulak, Esquire
                                      DUANE MORRIS LLP
                                      One Liberty Place
                                      Philadelphia, PA 19103-7396
                                      Telephone:    (215) 979-1000
                                      Facsimile:    (215) 979-1020
                                      E-mail:    wmsimkulak@duanemorris.com

**SERVICE LIST**

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

Frank J. Perch III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801