**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| W. R. Grace & Co. et al.[1]; ) | | Case No. 01-01139 (JKF) |
| ) | | Jointly Administered |
| Debtors. ) | | |
| | | **Objection Deadline:** December 28, 2004 at 4:00 p.m.<br>**Hearing date:** To be scheduled only if objections<br>are timely filed and served. |

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Corporate Recovery, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors (the "Advisors") of the above captioned debtor and debtors in

possession in the above-captioned chapter 11 cases, filed and served the Ninth Interim

Application of Capstone Corporate Recovery, LLC, Financial Advisors to the Official

Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

SSL-DOCS1 1521996v1

and Reimbursement of Expenses Incurred for the period from October 1, 2004 through October 31, 2004, seeking compensation in the amount of $46,074.00, reimbursement for actual and actual and necessary expenses in the amount of $229.77.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 28, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201, Attn: Stephen L. Bossay.

Dated: December 8, 2004
       Wilmington, DE

                                **RESPECTFULLY SUBMITTED,**

                              /s/ Michael R. Lastowski
                Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                DUANE MORRIS LLP
                1100 North Market Street, Suite 1200
                Wilmington, DE 19801
                Telephone:   (302) 657-4900
                Facsimile:    (302) 657-4901
                E-mail:       mlastowski@duanemorris.com

                William S. Katchen, Esquire (Admitted in NJ Only)
                DUANE MORRIS LLP
                One Riverfront Plaza
                Newark, New Jersey 07102
                Telephone:   (973) 424-2000
                Facsimile:    (973) 424-2001
                E-mail:       wskatchen@duanemorris.com

                                and

                Lewis Kruger, Esquire
                STROOCK & STROOCK & LAVAN LLP
                180 Maiden Lane
                New York, New York 10038-4982
                Telephone:   (212) 806-5400
                Facsimile:    (212) 806-6006
                E-mail:       lkruger@Stroock.com

                Co-Counsel for the Official Committee of
                Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x
In re:                                      Chapter 11

W.R. GRACE & Co., et al.,                   Case No. 01-01139 (JKF)
                                            (Jointly Administered)

        Debtors

**NINTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004)**

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | October 1, 2004 through October 31, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $57,592.50) | $46,074.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $229.77 |

This is an: __X__ interim _____ final application

This is the Ninth Interim Application filed by Capstone Corporate Recovery, LLC. ("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano & Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for monthly and quarterly fee application preparation activities (for both Capstone and FTI) is approximately 6.70 hours and corresponding compensation requested is approximately $1,126.50. Disclosure for the current period is as follows:

NINTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

NINTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |

NINTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004)</u>

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Professional
## For the Period 10/01/04 through 10/31/04

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| E. Ordway | Member | $495 | 25.30 | $12,523.50 |
| S. Cunningham | Member | $475 | 41.00 | $19,475.00 |
| C. Troyer | Consultant | $375 | 46.00 | $17,250.00 |
| J. Vizzini | Consultant | $335 | 18.50 | $6,197.50 |
| L. Hamilton | Consultant | $335 | 2.40 | $804.00 |
| M. Desalvio | Research | $150 | 1.50 | $225.00 |
| M. Hakoun | Research | $150 | 5.30 | $795.00 |
| N. Backer | Paraprofessional | $75 | 4.30 | $322.50 |
| For the Period 10/01/04 through 10/31/04 | | | 144.30 | $57,592.50 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 10/01/04 through 10/31/04

| Task Code | Task Description | Hours | Fees |
| --- | --- | --- | --- |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including the POR, market trading activity, and other case issues. | 12.10 | $5,337.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the September fee application and the quarterly fee application. Applicant also corresponded with the fee auditor and FTI regarding the fee audit. | 6.70 | $1,126.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q3 2004 financial results information. | 4.60 | $1,095.00 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding recovery scenarios, the Honeywell settlement, COLI and NOL impacts, as well as various other issues. | 36.80 | $14,414.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' POR proposal and related documents. | 77.70 | $32,665.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls with the Debtors and their advisors regarding the POR and related issues. | 2.50 | $1,087.50 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed information regarding the ZAI hearing and Zonolite updates. | 3.50 | $1,668.50 |
| 35. Litigation | During the Fee Application period, the Applicant read documents related to a grand jury investigation. | 0.40 | $198.00 |
| For the Period 10/01/04 through 10/31/04 | | 144.30 | $57,592.50 |

Capstone Corporate Recovery, LLC
Invoice for the Ninth Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Corporate Recovery, LLC
Detailed Time Description by Task Code
For the Period 10/01/04 through 10/31/04

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **04. Creditor Committee Matters** | | | |
| 10/4/2004 | E. Ordway | 0.20 | Spoke to Committee member regarding market trading activity. |
| 10/8/2004 | E. Ordway | 1.10 | Prepared for conference call with Committee by reviewing notes from POR review, recent operating results, and our valuation data. |
| 10/8/2004 | E. Ordway | 0.70 | Participated in Committee call to discuss POR. |
| 10/8/2004 | C. Troyer | 0.50 | Participated in a conference call with the Committee to discuss the POR and other current issues. |
| 10/13/2004 | E. Ordway | 0.90 | Participated in conference call with Committee to discuss POR and other current issues. |
| 10/13/2004 | C. Troyer | 0.90 | Participated in conference call with Committee to discuss POR and other current issues. |
| 10/20/2004 | E. Ordway | 1.00 | Participated in conference call to discuss POR proposal with Committee. |
| 10/20/2004 | E. Ordway | 0.50 | Call with Creditor to discuss status of POR negotiations. |
| 10/20/2004 | C. Troyer | 2.10 | Prepared for conference call with Committee by reviewing notes from POR review, recent operating results, and our valuation data. |
| 10/20/2004 | C. Troyer | 1.00 | Participated in Committee conference call. |
| 10/21/2004 | E. Ordway | 0.60 | Participated in POR discussion with counsel and Debtors. |
| 10/21/2004 | S. Cunningham | 1.40 | Participated in conference call with counsel to review analyses of plan proposals. |
| 10/27/2004 | C. Troyer | 0.70 | Participated in a conference call with the Committee. |
| 10/27/2004 | E. Ordway | 0.30 | Participated in call with a Committee member to discuss our POR comparative analysis. |
| 10/29/2004 | E. Ordway | 0.20 | Responded to call from creditor regarding grand jury matter. |
| Subtotal | | 12.10 | |
| **07. Fee Applications & Invoices** | | | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/6/2004 | N. Backer | 0.40 | Prepared September fee application. |
| 10/14/2004 | L. Hamilton | 0.30 | Prepared response to fee auditor regarding 13th interim period fee audit. |
| 10/14/2004 | L. Hamilton | 0.60 | Prepared September fee application. |
| 10/18/2004 | N. Backer | 1.30 | Prepared Third Quarterly Fee Application. |
| 10/20/2004 | L. Hamilton | 0.70 | Prepared response to fee auditor regarding 13th interim period. |
| 10/21/2004 | N. Backer | 0.50 | Prepared September fee application. |
| 10/22/2004 | L. Hamilton | 0.40 | Corresponded with FTI concerning the 13th interim period fee audit. |
| 10/22/2004 | N. Backer | 0.60 | Prepared Third Quarterly fee application. |
| 10/22/2004 | L. Hamilton | 0.40 | Prepared response to fee auditor concerning the 13th interim period. |
| 10/26/2004 | N. Backer | 0.90 | Prepared Third Quarterly Fee Application. |
| 10/29/2004 | N. Backer | 0.60 | Prepared quarterly fee application. |
| Subtotal | | 6.70 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/20/2004 | M. Hakoun | 1.60 | Prepared analysis and distribution of Debtors' 3Q04 financial results. |
| 10/22/2004 | M. Hakoun | 1.20 | Read and analyzed 3Q04 earnings data. |
| 10/27/2004 | C. Troyer | 1.80 | Read and analyzed the Debtors' 3rd quarter press release. |
| Subtotal | | 4.60 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2004 | C. Troyer | 3.20 | Analyzed proposed Honeywell settlement. |
| 10/1/2004 | S. Cunningham | 1.50 | Prepared analysis of unsecured recovery (i.e. interest). |
| 10/5/2004 | E. Ordway | 0.30 | Read counsels' memo regarding recent motions regarding leases and claims matters. |
| 10/6/2004 | E. Ordway | 0.50 | Updated valuation analysis to reflect COLI settlement. |
| 10/6/2004 | E. Ordway | 0.60 | Read and analyzed counsels' memo regarding COLI settlement. |
| 10/6/2004 | S. Cunningham | 1.30 | Read and analyzed Honeywell agreement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/7/2004 | E. Ordway | 0.60 | Read and analyzed Honeywell settlement documents. |
| 10/7/2004 | S. Cunningham | 2.10 | Prepared hypothetical recovery analysis with and without interest. |
| 10/18/2004 | C. Troyer | 8.10 | Drafted a discussion document pertaining to restructuring scenarios. |
| 10/18/2004 | E. Ordway | 2.10 | Prepared model to analyze debt capacity under various assumptions. |
| 10/19/2004 | S. Cunningham | 1.50 | Prepared and reviewed analysis of different exit scenarios. |
| 10/19/2004 | C. Troyer | 6.50 | Drafted a discussion document analyzing different restructuring scenarios. |
| 10/20/2004 | C. Troyer | 3.00 | Updated the restructuring scenario discussion document to reflect the status of the asbestos settlement agreement. |
| 10/26/2004 | M. Hakoun | 0.80 | Analyzed Debtors' recent 8k filing regarding NOL carryforward. |
| 10/27/2004 | M. Desalvio | 1.50 | Researched the Federal Judgment Rate. |
| 10/27/2004 | C. Troyer | 3.20 | Prepared information regarding federal judgment interest rate and prepared an accrued interest scenario analysis. |
| Subtotal | | 36.80 | |

### 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/4/2004 | E. Ordway | 2.30 | Read and analyzed proposed POR and summarized items for further investigation. |
| 10/4/2004 | S. Cunningham | 3.00 | Read and analyzed POR draft. |
| 10/5/2004 | E. Ordway | 1.80 | Continued to read and analyze proposed POR and summarize comments thereon. |
| 10/5/2004 | S. Cunningham | 3.40 | Read and analyzed POR proposal to identify issues. |
| 10/7/2004 | E. Ordway | 1.30 | Continued to analyze POR. |
| 10/11/2004 | S. Cunningham | 2.50 | Read and analyzed changes to Plan disclosure statement. |
| 10/11/2004 | E. Ordway | 2.00 | Read and analyzed updated/revised POR documents, reflecting certain comments from committees. |
| 10/11/2004 | E. Ordway | 0.40 | Read Owens Corning opinion regarding substantive consolidation. |
| 10/11/2004 | C. Troyer | 3.30 | Read and analyzed draft of POR. |
| 10/12/2004 | S. Cunningham | 2.60 | Read and analyzed revised draft of POR. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/13/2004 | E. Ordway | 1.20 | Read updated plan glossary and other POR documentation. |
| 10/13/2004 | S. Cunningham | 2.90 | Prepared issues list and information request regarding draft POR. |
| 10/14/2004 | E. Ordway | 1.30 | Read and analyzed Asbestos Trust Agreement and disclosures statement drafts. |
| 10/15/2004 | J. Vizzini | 7.00 | Read and analyzed POR, Disclosure Statement and Asbestos Trust Agreement |
| 10/15/2004 | E. Ordway | 0.20 | Read counsel's update memo on POR filing status. |
| 10/15/2004 | M. Hakoun | 1.30 | Read and analyzed information regarding decision not to file plan including analysis of creditor committee commentary. |
| 10/15/2004 | E. Ordway | 1.50 | Continued to analyze AsbestosTrust Agreement and disclosure statement. |
| 10/18/2004 | J. Vizzini | 7.50 | Analyzed POR and Disclosure Statement and prepared summary of issues. |
| 10/19/2004 | J. Vizzini | 4.00 | Analyzed POR and Disclosure Statement and prepared summary of issues. |
| 10/20/2004 | E. Ordway | 1.80 | Prepared POR proposal comparative analysis. |
| 10/20/2004 | S. Cunningham | 2.60 | Read and analyzed proposed plan structure regarding Asbestos issues. |
| 10/21/2004 | E. Ordway | 0.90 | Analyzed chart prepared by Debtors to illustrate current state of negotiations with creditors. |
| 10/21/2004 | E. Ordway | 0.30 | Read Elliott International objection to exclusivity extension. |
| 10/26/2004 | M. Hakoun | 0.40 | Read and analyzed court approved POR extension and distributed information to case team members. |
| 10/28/2004 | C. Troyer | 5.20 | Analyzed the Debtors' draft financial projections included as an exhibit to the POR. |
| 10/28/2004 | S. Cunningham | 3.50 | Read and analyzed disclosure draft, exhibit book, best interest analysis and POR drafts. |
| 10/29/2004 | C. Troyer | 5.50 | Read and analyzed best interest analysis included as an exhibit to the draft POR. |
| 10/29/2004 | S. Cunningham | 8.00 | Read and analyzed POR draft, disclosure and best interest analysis. |
| Subtotal | | 77.70 | |

### 26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/15/2004 | C. Troyer | 0.50 | Discussed delay in filing POR with the Debtors' financial advisors. |
| 10/15/2004 | S. Cunningham | 1.50 | Discussed POR delay with Debtors' advisors and Committee chair. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/20/2004 | C. Troyer | 0.50 | Discussed the proposed asbestos settlement with the Debtors. |
| Subtotal | | 2.50 | |
| **28. Special Case Issues** | | | |
| 10/20/2004 | E. Ordway | 0.30 | Read counsel's memo regarding ZAI court hearing. |
| 10/21/2004 | S. Cunningham | 1.70 | Read and analyzed asbestos proposal. |
| 10/21/2004 | S. Cunningham | 1.50 | Read and analyzed Stroock update regarding Zonalite. |
| Subtotal | | 3.50 | |
| **35. Litigation** | | | |
| 10/29/2004 | E. Ordway | 0.40 | Read document regarding grand jury investigation. |
| Subtotal | | 0.40 | |
| **Total Hours** | | **144.30** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 10/1/04 through 10/31/04

| Date | Professional | Detail | Amount |
|---|---|---|---:|
| **Copies** | | | |
| 10/31/2004 | Capstone Expenses | October photocopies - 342 @ .15 ea | $51.30 |
| Subtotal - Copies | | | $51.30 |
| **Scans** | | | |
| 10/31/2004 | Capstone Expenses | October Scans - 42 @ 1.00 ea | $42.00 |
| Subtotal - Scans | | | $42.00 |
| **Telehone** | | | |
| 10/31/2004 | Capstone Expenses | October Phone Charges | $136.47 |
| Subtotal - Telehone | | | $136.47 |
| **For the Period 10/1/04 through 10/31/04** | | | **$229.77** |

Capstone Corporate Recovery, LLC                                         Page 1 of 1
Invoice for the Ninth Fee Application