

**NEUTOCRETE**®

*The Foundation For A Healthy Home*

89 Eastern Steel Road
Milford, CT 06460

**The CURE for Crawlspace Health Hazards**

Sealed   Safe   Secure

FILED
2004 DEC -7 AM 11: 16
DISTRICT OF DELAWARE

02 December, 2004

United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Dear United States Bankruptcy Court,

**Subject:**

All of our correspondence regarding W.R. Grace & Co., et al., Chapter 11 Case No. 01-1139 (JFK) is

Being sent to 564 Danbury Road and returned then sent to the present address. We need all correspondence

To be sent to 89 Eastern Steel Road Milford, CT 06460.

Thank you,

[signature]

Neutocrete Systems, Inc.

FB