

**Polibrasil**
*Soluções em Polipropileno*

Polibrasil Resinas S.A.
Avenida Dr. Chucri Zaidan, 80 – 10º andar
CEP: 04583-110 – São Paulo – SP – Brasil
fone: 55 11 3345 5949
fax: 55 11 3345 5942

São Paulo, december 01st 2004.

Clerk's Office for the United States Bankruptcy Court
824 Market Street, 3rd Floor,
Wilmington, Delaware
Zip: 19801
USA

FILED 2004 DEC -8 AM 9:27
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

**Re: Notification – W. R. Grace & Co.**

Dear Sirs,

Pursuant to the Notification above mentioned, dated of october 27, 2004, we would like to inform you the following:

We maintain a commercial relation-ship with the company W. R. Grace & Co, which is our regular supplier of chemical products needed to our production of propylene. Therefore we make payments to them regularly..

According to the Brazilian Laws any demand arising from abroad must be submitted to the Brazilian Judiciary approval, thus the demand contained in such Notification shall not be fullfiled, and then we do not have any legal resources to block the payments.

Being that we will be proceeding with the payments of the imports already negotiated within the terms agreed.

Please contact us in case you need further clarification,

Best regards

Polibrasil Resinas S/A
Legal Department
Maria Claudia de Lucca
Assessoria Jurídica

**basell**          Uma empresa Basell/Suzano          **SUZANO**