**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 30, 2004

In Reference To:       Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10526

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 11/1/2004 | SLB | complete draft of 13th Interim final report - FTIPM (3.6) ; complete review of app. and draft of 13th Interim initial report - Deloitte (5.1) | 8.70 | 1,131.00 |
| 11/2/2004 | JAW | detailed review of PwC August, 2004, monthly invoice (2.3); draft summary of same (0.3) | 2.60 | 351.00 |
|  | SLB | complete drafts of 13th Interim final reports - Wallace King (4.7) ; Conway (4.1) | 8.80 | 1,144.00 |
| 11/3/2004 | JBA | Update database with Kramer 9.04 e-detail | 0.10 | 4.00 |
|  | SLB | complete draft of 13th Interim final report - Steptoe (3.5) ; begin draft of 13th Interim final report - Applications with no objections (3.3) ; complete draft of 13th Interim final report - L&W (2.0) | 8.80 | 1,144.00 |
|  | JBA | draft e-mail to S. Halchi @ Deloitte attaching 13th Interim IR | 0.10 | 4.00 |
| 11/4/2004 | PGS | Preparation of October 2004 Monthly Invoice of WHS | 0.70 | 56.00 |
|  | JBA | Update database with Swidler 7.04 and 8.04 pdf e-detail, and Tersigni 9.04 e-detail | 0.10 | 4.00 |
|  | CO | Update database with 09.04 Monthly Invoice of Reed (.10); 04.01.04 through 06.30.04 Interim Fee Application of Steptoe (.10); 07.01.04 through 09.30.04 Interim Fee Application of Nelson (.10); 08.04 Monthly | 0.60 | 24.00 |

W.R. Grace & Co.           Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | Invoice of Kramer (.10); 09.04 Monthly Invoice of Hamilton (.10); 09.04 Monthly Invoice of Campbell (.10) | | |
| 11/4/2004 | SLB | complete drafts of 13th Interim final reports - Deloitte (4.6) ; Stroock (2.3) ; BMC (1.8) | 8.70 | 1,131.00 |
| 11/5/2004 | CO | Update database with 07.04 and 08.04 Monthly Invoice of Swidler (.10); 09.04 Monthly Invoice of Kirkland (.10) | 0.20 | 8.00 |
| | SLB | complete draft of 13th Interim final report - Protiviti (6.8) ; update Grace flow chart (.7) | 7.50 | 975.00 |
| 11/8/2004 | PGS | Electronic filing with court of October 2004 Monthly Invoice of WHS | 0.10 | 8.00 |
| 11/9/2004 | WHS | detailed review of CBBG 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Conway 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of FTI 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Elzufon 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Deloitte 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Latham 13th Int FR | 0.10 | 27.50 |
| 11/10/2004 | SLB | draft revisions to 13th Interim final reports Protiviti, Lukins, RPWB, Blackstone (3.7) | 3.70 | 481.00 |
| | JBA | Electronic filing with court of 13th Interim Final Reports re: Capstone (.2), CBBG (.1), and Deloitte (.1) | 0.40 | 16.00 |
| | CO | Update database with 10.04 Monthly Invoice of Carella (.10); 09.04 Monthly Invoice of Woodcock (.10); 09.04 Monthly Invoice of Tersigni (.10); 04.01.04 through 06.30.04 Interim Fee Application of Deloitte (.10) | 0.40 | 16.00 |

W.R. Grace & Co.         Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/10/2004 | JBA | Update database with Stroock 14th Interim app/e-detail | 0.10 | 4.00 |
| | WHS | detailed review of Capstone 13th Int FR | 0.10 | 27.50 |
| 11/11/2004 | JBA | Update database with Casner 6.04, 7.04, and 8.04 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Conway 13th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Ferry Joseph 9.04 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Capstone 9.04 e-detail | 0.10 | 4.00 |
| | WHS | detailed review of Protiviti 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Lukins 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Richardson 13th Int Fr | 0.10 | 27.50 |
| 11/12/2004 | PGS | Preparation of 14th Interim Fee Application of WHS | 2.40 | 192.00 |
| | CO | Update database with 07.01.04 through 09.30.04 Interim Fee Application of Stroock (.10); 08.04 Monthly Invoice of Holme (.10); 09.04 Monthly Invoice of Capstone (.10); 04.04 and 06.04 Monthly Invoice and 04.01.04 through 06.30.04 Interim Fee Application of BMC (.10) | 0.40 | 16.00 |
| 11/15/2004 | SLB | complete draft of 13th Interim final report - K&E (5.6) ; begin Project Category Spreadsheet prep. (2.9) | 8.50 | 1,105.00 |
| | WHS | detailed review of FR re 13th Blackstone | 0.10 | 27.50 |
| | PGS | Electronic filing with court of 14th Interim Fee Application of WHS | 0.10 | 8.00 |

W.R. Grace & Co.  Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/2004 | JAW | draft summary of Wallace King July, 2004, monthly invoice (1.7) | 1.70 | 229.50 |
| | CO | Update database with 07.01.04 through 09.30.04 Interim Fee Application of Carella (.10); 04.01.04 through 06.30.04 Interim Fee Application of Kramer (.10); 07.01.04 through 09.30.04 Interim Fee Application of Capstone (.10); 09.04 Monthly Invoice of Klett (.10); 09.04 Monthly Invoice of Philips (.10) | 0.50 | 20.00 |
| | JBA | Update database with Swidler 9.04 pdf e-detail, and Phillips Goldman 14th Interim app/e-detail | 0.10 | 4.00 |
| 11/17/2004 | JBA | Electronic filing with court of 13th Interim Final Reports re: Blackstone (.2), Conaway (.1), and Elzufon (.1) | 0.40 | 16.00 |
| 11/18/2004 | WHS | detailed review of Wallace 13th int FR | 0.10 | 27.50 |
| | JBA | Electronic filing with court of 13th Interim Final Reports re: FTI (.1), K&E (.1), Latham (.1), Lukins (.2), Protivit (.1), Richardson (.1), PWC (.1), Swidler (.2) | 1.00 | 40.00 |
| | WHS | detailed review of Omnibus 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Steptoe 13th Int FR | 0.10 | 27.50 |
| 11/19/2004 | JAW | detailed review of Capstone July, 2004, monthly invoice (1.1); draft summary of same (0.3) | 1.40 | 189.00 |
| | JAW | detailed review of Capstone September, 2004, monthly invoice (0.7); draft summary of same (0.1) | 0.80 | 108.00 |
| | JAW | detailed review of CBBGCS July, 2004, monthly invoice (1.2); draft summary of same (1.0) | 2.20 | 297.00 |
| | JAW | detailed review of CBBGCS September, 2004, monthly invoice (1.3) | 1.30 | 175.50 |
| | CO | Update database with 09.04 Monthly Invoice of Holme (.10) | 0.10 | 4.00 |

| W.R. Grace & Co. | | | Page | 5 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 11/19/2004 JBA | Electronic filing with court of 13th Interim Final Reports re: Omnibus (.1), Steptoe (.1), and Wallace King (.1) | | 0.30 | 12.00 |
| 11/20/2004 JAW | draft summary of CBBGCS September, 2004, monthly invoice (0.9) | | 0.90 | 121.50 |
| 11/21/2004 JAW | detailed review of Tersibni September, 2004, monthly invoice (1.8); draft summary of same (0.1) | | 1.90 | 256.50 |
| 11/22/2004 JBA | Update database with Blackstone 14th Interim app/e-detail | | 0.10 | 4.00 |
| JBA | Update database with Duane Morris 10.04 pdf e-detail | | 0.10 | 4.00 |
| JBA | Update database with Conway 14th Interim app/e-detail | | 0.10 | 4.00 |
| JBA | Update database with PWC 9.04 e-detail, and PWC 14th Interim app/e-detail | | 0.10 | 4.00 |
| JBA | Update database with 14th Interim app/e-detail for Capstone, CIBC and Austern | | 0.10 | 4.00 |
| JBA | Electronic filing with court of Amended Final Report re: Omnibus (No Objecrions) 13th Interim | | 0.20 | 8.00 |
| JBA | Update database with Duane Morris 14th Interim app/e-detail | | 0.10 | 4.00 |
| JBA | Update database with 14th Interim app/e-detail for: Caplin, Campbell, Tersigni, and LAS | | 0.10 | 4.00 |
| 11/23/2004 CO | Update database with 10.04 Monthly Invoice of Duane Morris (.10); 07.01.04 through 09.30.04 Interim Fee Application and 09.04 Monthly Invoice of Swidler (.20); 07.04, 09.04, and 08.04 Monthly Invoices and 07.01.04 throgh 09.30.04 Interim Fee Application of Austern (.20); 07.04 Monthly Invoice and 07.01.04 through 09.30.04 Interim Fee Application of CIBC (.20); 08.04 Monthly Invoice of Proviti (.10) | | 0.80 | 32.00 |
| JAW | detailed review of BMC Group April 1, 2004 - June 30, 2004, interim fee application (3.3) | | 3.30 | 445.50 |

W.R. Grace & Co.       Page 6

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/24/2004 | CO | Update database with 07.01.04 through 09.30.04 Interim Fee Application of Duane Morris (.10); 09.04 Monthly Invoice of Pitney (.10); 08.01.04 through 09.30.04 Interim Fee Application of Goodwin (.10); 09.04 Monthly Invoice of Casner (.10); 07.01.04 through 09.30.04 Interim Fee Application of Reed (.10); 04.01.04 through 06.30.04 Interim Fee Application of Conway (.10); 07.01.04 through 09.30.04 Interim Fee Application of Blackstone (.10) | 0.70 | 28.00 |
| | JAW | detailed review of Woodcock September, 2004, monthly invoice (2.0); draft summary of same (0.1) | 2.10 | 283.50 |
| | JBA | Update database with Klett 14th Interim app/e-detail | 0.10 | 4.00 |
| 11/26/2004 | JAW | detailed review of Stroock July 1, 2004 - September 30, 2004, interim fee application (3.7); draft summary of same (1.1) | 4.80 | 648.00 |
| 11/29/2004 | JBA | Update database with Reed Smith 14th Int app/e-detail | 0.10 | 4.00 |
| | CO | Update database with 10.04 Monthly Invoice of Latham (.10); 09.04 Monthly Invoice of Wallace (.10); 09.04 Monthly Invoice and 07.01.04 through 09.30.04 Interim Fee Application of Pricewaterhouse (.10) | 0.30 | 12.00 |
| 11/30/2004 | DTW | Brief conference with S. Bossay regarding copy charges and telephone call with B. Ruhlander regarding same (.3). | 0.30 | 43.50 |

**For professional services rendered**      **90.80 $11,232.50**

Additional Charges :

| | Price | |
|---|---|---|
| Pacer charges for the quarter - 07/01/04 - 09/30/04 | 70.70 | 70.70 |

**Total costs**      **$70.70**

**Total amount of this bill**      **$11,303.20**

W.R. Grace & Co.                                                                                                    Page     7

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney Orent | 4.00 | 40.00 | $160.00 |
| Doreen T Williams | 0.30 | 145.00 | $43.50 |
| James A Wehrmann | 23.00 | 135.00 | $3,105.00 |
| Jeff B. Allgood | 4.10 | 40.00 | $164.00 |
| Priscilla G Stidham | 3.30 | 80.00 | $264.00 |
| Stephen L. Bossay | 54.70 | 130.00 | $7,111.00 |
| Warren H Smith | 1.40 | 275.00 | $385.00 |