UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139<br><br>(Jointly Administered) |

## WITHDRAWAL OF APPEARANCE AND REMOVAL
## FOR RECEIPT OF NOTICES

Margery N. Reed, Esquire, hereby withdraws her appearance and requests the removal for receipt of any future notices, pleadings, and other papers which are filed in the above-captioned matter.

Dated: December 7, 2004
Wilmington, Delaware

/s/ Margery N. Reed
Margery N. Reed, Esquire
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396
Telephone:   (215) 979-1000
Facsimile:   (215) 979-1020
E-mail:   mreed@duanemorris.com

FILED 2004 DEC -9 AM 10:58 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

PH1\1319621.1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 01-01139 |
| W.R. GRACE & CO., *et al.*, | ) ) (Jointly Administered) |
| Debtors. | ) ) ) ) |

### CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, certify that I am not less than 18 years of age, and that service of a copy of the **Withdrawal of Appearance and Removal for Receipt of Notices** was made on December 7, 2004, by first class mail, postage prepaid to the parties on the attached service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 7, 2004
Wilmington, Delaware

/s/ Wendy M. Simkulak
Wendy M. Simkulak, Esquire
DUANE MORRIS LLP
One Liberty Place
Philadelphia, PA 19103-7396
Telephone:   (215) 979-1000
Facsimile:    (215) 979-1020
E-mail:         wmsimkulak@duanemorris.com

PH1\1322088.1

## SERVICE LIST

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

Frank J. Perch III, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

FILED 2004 DEC -9 AM 10: 58 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE