# Exhibit A

| Category | Bankruptcy Management Corporation | | Bilzin Sumberg | |
|---|---|---|---|---|
| | 13th Quarter | Cumulative thru 13th Quarter | 13th Quarter | Cumulative thru 13th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 4,527.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 24,560.50 |
| 04 - Case Administration | 45,837.50 | 610,780.00 | 2,987.00 | 501,799.15 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 15,974.50 | 177,932.50 | 35,713.00 | 50,821.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 65,918.50 | 640,724.50 | 1,679.00 | 948.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 290.00 | 136,802.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 7,388.00 | 24,882.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 5,044.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 220.00 | 41,020.50 |
| 11 - Fee Applications, Applicant | 27,651.00 | 140,370.50 | 255.00 | 75,457.70 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 3,095.00 | 47,816.80 |
| 13 - Financing | 0.00 | 0.00 | 1,943.00 | 9,402.50 |
| 14 - Hearings | 0.00 | 0.00 | 3,610.00 | 58,810.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 2,929.00 | 803,778.00 |
| 16 - Plan and Disclosure Statement | 42.00 | 42.00 | 5,454.00 | 46,664.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 4,793.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 29,928.75 | 1,653.00 | 80,076.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 33,447.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 369.45 |
| 24 - Other | 0.00 | 0.00 | 8,374.00 | 22,672.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 42,796.00 | 329,676.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | 110.00 | 220.00 |
| PROJECT CATEGORY - TOTAL FEES | 198,219.50 | 1,929,454.25 | 75,590.00 | 1,973,325.15 |
| PROJECT CATEGORY - TOTAL EXPENSES | 9,886.76 | 101,521.64 | 3,375.24 | 683,099.44 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 208,106.26 | 2,030,975.89 | 78,965.24 | 2,656,424.59 |
| FEE APPLICATION - TOTAL FEES | 198,219.50 | 1,929,454.25 | 75,370.00 | 1,972,783.15 |
| FEE APPLICATION - TOTAL EXPENSES | 9,886.76 | 101,521.64 | 3,375.24 | 683,099.44 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 208,106.26 | 2,030,975.89 | 78,745.24 | 2,655,882.59 |

| Category | Blackstone Group [3] 13th Quarter | Blackstone Group [3] Cumulative thru 13th Quarter | Campbell & Levine 13th Quarter | Campbell & Levine Cumulative thru 13th Quarter | Caplin & Drysdale 13th Quarter | Caplin & Drysdale Cumulative thru 13th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 18,088.00 | 0.00 | 109.50 |
| 02 - Asset Disposition | 0.00 | 12,095.55 | 140.50 | 6,986.50 | 0.00 | 1,250.00 |
| 03 - Business Operations | 0.00 | 0.00 | 994.50 | 4,193.00 | 68.50 | 5,607.00 |
| 04 - Case Administration | 8,520.14 | 205,237.91 | 881.50 | 44,266.50 | 17,974.50 | 384,095.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 822.50 | 28,702.00 | 3,555.50 | 353,097.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 63,625.25 | 42,491.27 | 2,801.00 | 9,823.50 | 479.50 | 2,723.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 52,162.90 | 435,677.38 | 19,183.00 | 158,684.00 | 2,760.00 | 41,907.50 |
| 08 - Employee Benefits/Pension | 0.00 | 421,698.02 | 141.50 | 18,581.50 | 0.00 | 4,525.50 |
| 09 - Employment Applications, Applicant | 4,290.72 | 12,283.14 | 0.00 | 5,409.50 | 0.00 | 8,214.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 58.00 | 9,444.00 | 137.00 | 15,385.50 |
| 11 - Fee Applications, Applicant | 0.00 | 60,030.69 | 1,754.00 | 37,345.00 | 3,070.00 | 68,015.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 3,573.00 | 66,005.50 | 491.00 | 39,618.50 |
| 13 - Financing | 1,225.92 | 97,490.92 | 0.00 | 1,042.00 | 0.00 | 62.50 |
| 14 - Hearings | 919.44 | 36,252.34 | 2,578.50 | 42,019.75 | 416.00 | 33,408.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 4,253.50 | 54,236.50 | 26,212.50 | 427,543.00 |
| 16 - Plan and Disclosure Statement | 157,285.54 | 0.00 | 2,902.50 | 14,430.50 | 5,381.50 | 32,482.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 6,009.50 | 10,447.00 | 0.00 | 193.50 |
| 18 - Tax Issues | 17,162.88 | 120,559.43 | 0.00 | 2,882.50 | 0.00 | 19,831.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,733.50 |
| 20 - Travel - Non-working | 16,000.19 | 145,726.79 | 543.50 | 2,370.50 | 822.00 | 57,977.25 |
| 21 - Valuation | 53,634.00 | 1,005,103.46 | 0.00 | 692.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 307.00 | 15,119.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 100,280.26 | 44,691.78 | 2,713.00 | 2,713.00 | 187.50 | 187.50 |
| 25 - Accounting/Auditing | 0.00 | 5,136.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 49,892.76 | 1,320,670.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 229,020.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | | 0.00 | 0.00 | 170.00 |
| PROJECT CATEGORY - TOTAL FEES | 525,000.00 | 4,719,167.19 | 49,657.00 | 553,482.25 | 61,555.50 | 1,505,136.75 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,833.02 | 89,686.70 | 2,608.86 | 82,972.94 | 1,181.06 | 238,984.26 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES [1] | 527,833.02 | 4,808,853.89 | 52,265.86 | 636,455.19 | 62,736.56 | 1,744,121.01 |
| FEE APPLICATION - TOTAL FEES | 525,000.00 | 4,719,167.19 | 49,657.00 | 554,740.25 | 61,555.50 | 1,511,835.75 |
| FEE APPLICATION - TOTAL EXPENSES | 2,833.02 | 89,686.70 | 2,608.86 | 78,872.53 | 1,181.06 | 238,984.26 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES [2] | 527,833.02 | 4,808,853.89 | 52,265.86 | 633,612.78 | 62,736.56 | 1,750,820.01 |

| Category | Capstone Corp. Recovery 13th Quarter | Capstone Corp. Recovery Cumulative thru 13th Quarter | Carella Byrne 13th Quarter | Carella Byrne Cumulative thru 13th Quarter | Casner & Edwards 13th Quarter | Casner & Edwards Cumulative thru 13th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 55,521.00 | 55,521.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 112.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 13,828.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 6,166.75 | 1,706.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employee Benefits/Pension | 427.50 | 8,168.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 2,812.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,812.50 | 42,845.50 | 8,775.00 | 76,046.00 | 1,672.00 | 43,357.00 |
| 12 - Fee Applications, Others | 30,940.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 207,669.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 85,908.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 292,607.00 | 1,647,332.00 | 29,968.50 | 1,874,796.50 |
| 16 - Plan and Disclosure Statement | 201.00 | 7,613.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 14,119.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 81.00 | 225.00 | 14,411.25 | 0.00 | 0.00 |
| 21 - Valuation | 4,794.00 | 45,151.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 1,610.00 | 161,233.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 3.36 | 8,876.58 |
| 24 - Other | 14,139.00 | 32,661.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 201,060.50 | 432,439.00 | 301,607.00 | 1,737,789.25 | 33,253.86 | 2,079,387.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,275.11 | 8,026.18 | 11,541.85 | 78,049.20 | 49,074.05 | 491,503.85 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 203,335.61 | 440,465.18 | 313,148.85 | 1,815,838.45 | 82,327.91 | 2,570,890.85 |
| FEE APPLICATION - TOTAL FEES | 201,060.50 | 432,358.00 | 301,607.00 | 1,714,201.76 | 33,250.50 | 2,079,387.00 |
| FEE APPLICATION - TOTAL EXPENSES | 2275.11 | 8,026.18 | 11,541.85 | 77,683.89 | 49,074.05 | 491,503.85 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 203,335.61 | 440,384.18 | 313,148.85 | 1,791,885.65 | 82,324.55 | 2,570,890.85 |

| Category | Committee: Asbestos Property Damage | | Conway Del Genio [3] | |
|---|---|---|---|---|
| | 13th Quarter | Cumulative thru 13th Quarter | 13th Quarter | Cumulative thru 13th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.0 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.0 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.0 | 31.70 |
| 04 - Case Administration | 0.00 | 0.00 | 0.0 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.0 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.0 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 345.90 | 9.7 | 378.80 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.0 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.0 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.0 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 518.50 | 30.3 | 609.40 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.0 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.0 | 0.00 |
| 14 - Hearings | 0.00 | 27.90 | 0.0 | 34.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.0 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.0 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.0 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.0 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.0 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 115.10 | 0.0 | 136.60 |
| 21 - Valuation | 0.00 | 0.00 | 0.0 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.0 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.0 | 0.00 |
| 24 - Other | 0.00 | 88.00 | 2.0 | 103.10 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.0 | 0.00 |
| 26 - Business Analysis | 0.00 | 763.70 | 12.2 | 805.90 |
| 27 - Corporate Finance | 0.00 | 1,263.60 | 123.3 | 1,543.60 |
| 28 - Data Analysis | 0.00 | 494.00 | 0.0 | 494.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 0.00 | 3,616.70 | 150,000.00 | 3,048,217.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 0.00 | 31,268.47 | 222.33 | 33,989.90 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES [1] | 0.00 | 34,885.17 | 150,222.33 | 3,082,206.90 |
| FEE APPLICATION - TOTAL FEES | 0.00 | 1,998,216.87 | 150,000.00 | 3,048,217.00 |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 31,268.47 | 222.33 | 33,989.90 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES [2] | 0.00 | 2,029,485.34 | 150,222.33 | 3,082,206.90 |

| Category | David T. Austern | | Deloitte & Touche | | Duane Morris | |
|---|---|---|---|---|---|---|
| | 13th Quarter | Cumulative thru 13th Quarter | 13th Quarter | Cumulative thru 13th Quarter | 13th Quarter | Cumulative thru 13th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 2,343.50 | 2,426.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 49.50 | 1,213.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 891.00 | 8,961.00 |
| 04 - Case Administration | 3,204.50 | 3,204.50 | 0.00 | 0.00 | 2,761.50 | 84,918.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 41,982.00 | 167,802.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 | 4,810.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 10,612.50 | 44,217.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,238.50 |
| 09 - Employment Applications, Applicant | 20,768.50 | 20,768.50 | 0.00 | 0.00 | 1,949.50 | 15,500.50 |
| 10 - Employment Applications, Others | 11,320.00 | 11,320.00 | 0.00 | 0.00 | 3,710.50 | 24,870.50 |
| 11 - Fee Applications, Applicant | 123.50 | 123.50 | 17,245.00 | 41,003.00 | 2,992.50 | 38,678.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 1,091.50 | 40,870.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 198.00 | 5,811.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 4,302.00 | 50,012.00 |
| 15 - Litigation and Litigation Consulting | 6,874.00 | 6,874.00 | 0.00 | 0.00 | 354.00 | 102,871.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 940.50 | 1,927.80 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 2,079.00 | 5,676.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 243,676.00 | 461,835.00 | 0.00 | 582.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| 20 - Travel - Non-working | 605.00 | 605.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 636.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 77,785.50 | 77,785.50 | 1,172.00 | 183,199.70 | 268.00 | 4,959.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 73,068.00 | 453,011.50 | 0.00 | 578.50 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,949.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 594.00 | 594.00 |
| PROJECT CATEGORY - TOTAL FEES | 120,681.00 | 120,681.00 | 335,161.00 | 1,139,099.20 | 77,218.50 | 614,198.30 |
| PROJECT CATEGORY - TOTAL EXPENSES | 15,846.02 | 15,846.02 | 1,760.00 | 23,571.00 | 3,909.57 | 49,269.31 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 136,527.02 | 136,527.02 | 336,921.00 | 1,162,670.20 | 81,128.07 | 663,467.61 |
| FEE APPLICATION - TOTAL FEES | 120,681.00 | 120,681.00 | 335,161.00 | 1,139,050.00 | 77,218.00 | 615,241.90 |
| FEE APPLICATION - TOTAL EXPENSES | 15,846.02 | 15,846.02 | 1,760.00 | 23,571.00 | 3,909.57 | 49,269.31 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 136,527.02 | 136,527.02 | 336,921.00 | 1,162,621.00 | 81,127.57 | 664,511.21 |

| Category | Elzufon Austin 13th Quarter | Elzufon Austin Cumulative thru 13th Quarter | Ferry & Joseph 13th Quarter | Ferry & Joseph Cumulative thru 13th Quarter | FTI Policano & Manzo 13th Quarter | FTI Policano & Manzo Cumulative thru 13th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 6,115.00 | 68,778.75 | 0.00 | 18,392.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 45.00 | 1,145.00 | 0.00 | 128,658.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 2,396.00 | 27,249.50 | 1,562.50 | 134,389.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 163,775.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 4,691.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 2,591.00 | 31,498.50 | 37.50 | 201,035.50 |
| 12 - Fee Applications, Others | 2,815.50 | 23,271.00 | 2,610.00 | 25,398.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 765.00 | 15,707.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 6,347.00 | 70,575.75 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 3,652.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 1,875.00 | 29,438.50 | 0.00 | 3,930.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 5,116.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750,279.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115,545.50 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 32,276.25 | 842,737.75 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 4,690.50 | 52,709.50 | 21,139.00 | 253,466.00 | 33,876.25 | 2,354,812.75 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,066.84 | 21,267.03 | 4,809.32 | 79,131.32 | 1,703.45 | 51,215.48 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 6,757.34 | 73,976.53 | 25,948.32 | 332,597.32 | 35,579.70 | 2,406,028.23 |
| FEE APPLICATION - TOTAL FEES | 4,690.50 | 52,719.50 | 21,139.00 | 253,646.00 | 33,876.25 | 2,354,812.75 |
| FEE APPLICATION - TOTAL EXPENSES | 2,066.84 | 21,267.03 | 4,809.32 | 79,131.32 | 1,703.45 | 52,963.78 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 6,757.34 | 73,986.53 | 25,948.32 | 332,777.32 | 35,579.70 | 2,407,776.53 |

| Category | Goodwin Procter 13th Quarter | Goodwin Procter Cumulative thru 13th Quarter | Hamilton Rabinowitz 13th Quarter | Hamilton Rabinowitz Cumulative thru 13th Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 81,127.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 10,380.00 | 104,360.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 1,260.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 0.00 | 1,785.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 2,390.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 38,754.00 | 222,259.50 | 0.00 | 187.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 38,754.00 | 222,259.50 | 11,640.00 | 189,850.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 732.15 | 14,642.41 | 0.00 | 11,776.19 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 39,486.15 | 236,901.91 | 11,640.00 | 201,626.19 |
| FEE APPLICATION - TOTAL FEES | 38,754.00 | 222,259.50 | 11,640.00 | 190,150.00 |
| FEE APPLICATION - TOTAL EXPENSES | 732.15 | 14,642.41 | 0.00 | 11,776.19 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 39,486.15 | 236,901.91 | 11,640.00 | 201,926.19 |

| Category | Holme Roberts 13th Quarter | Holme Roberts Cumulative thru 13th Quarter | Kirkland & Ellis 13th Quarter | Kirkland & Ellis Cumulative thru 13th Quarter | Klett Rooney 13th Quarter | Klett Rooney Cumulative thru 13th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 215,009.50 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 3,766.50 | 198,189.50 | 1,524.00 | 8,388.50 |
| 03 - Business Operations | 0.00 | 0.00 | 10,506.50 | 120,265.50 | 1,103.50 | 9,807.50 |
| 04 - Case Administration | 0.00 | 0.00 | 107,014.50 | 1,632,317.50 | 13,243.50 | 62,244.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 15,318.50 | 986,922.50 | 748.00 | 4,605.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 195,929.50 | 594,143.00 | 12,132.00 | 25,451.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 157,756.50 | 1,162.50 | 7,236.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 1,362.50 | 291,339.50 | 227.50 | 4,576.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 117.00 | 44.00 | 3,400.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 20,034.50 | 383,556.00 | 3,218.00 | 10,564.50 |
| 11 - Fee Applications, Applicant | 3,682.00 | 87,401.03 | 9,538.00 | 370,614.00 | 4,395.50 | 42,931.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 44,296.00 | 9,108.00 | 44,621.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 171,493.00 | 0.00 | 942.00 |
| 14 - Hearings | 0.00 | 0.00 | 15,529.50 | 544,029.50 | 947.00 | 20,210.50 |
| 15 - Litigation and Litigation Consulting | 32,003.00 | 7,993,971.07 | 215,223.00 | 4,899,771.00 | 6,660.50 | 44,372.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 256,631.00 | 390,164.50 | 555.50 | 6,093.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 7,468.50 | 305,925.00 | 980.50 | 5,271.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 15,960.00 | 158,837.00 | 0.00 | 154.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 38,854.00 | 499,633.00 | 0.00 | 89.00 |
| 20 - Travel - Non-working | 0.00 | 144,327.50 | 11,563.50 | 258,077.50 | 0.00 | 1,070.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 2,310.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 79,124.50 | 0.00 | 10,177.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 151,243.50 | 0.00 | 1,035.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 35,685.00 | 8,225,699.60 | 924,700.00 | 12,455,135.00 | 56,050.00 | 313,241.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,548.25 | 790,048.12 | 35,634.14 | 806,263.29 | 1,971.04 | 24,571.68 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 38,233.25 | 9,015,747.72 | 960,334.14 | 13,261,398.29 | 58,021.04 | 337,813.18 |
| FEE APPLICATION - TOTAL FEES | 35,685.00 | 8,229,793.25 | 924,700.00 | 12,455,135.00 | 56,050.00 | 321,434.00 |
| FEE APPLICATION - TOTAL EXPENSES | 2,548.25 | 793,093.74 | 35,634.14 | 806,263.19 | 1,971.00 | 26,183.77 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 38,233.25 | 9,022,886.99 | 960,334.14 | 13,261,398.19 | 58,021.00 | 347,617.77 |

| Category | Kramer Levin 13th Quarter | Kramer Levin Cumulative thru 13th Quarter | Latham & Watkins 13th Quarter | Latham & Watkins Cumulative thru 13th Quarter | Legal Analysis Systems 13th Quarter | Legal Analysis Systems Cumulative thru 13th Quarter | Lukins & Annis 13th Quarter | Lukins & Annis Cumulative thru 13th Quarter |
|---|---|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,975.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 9,163.50 | 212,987.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 13,566.00 | 175,220.50 | 0.00 | 0.00 | 3,812.50 | 89,265.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 7,756.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 9,822.00 | 88,385.50 | 0.00 | 0.00 | 1,072.50 | 22,135.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 2,059.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 136.50 | 5,569.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,109.00 | 60,571.00 | 0.00 | 0.00 | 0.00 | 4,061.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 179.00 | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| 14 - Hearings | 5,631.00 | 55,926.00 | 0.00 | 0.00 | 0.00 | 131,210.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 75,973.00 | 0.00 | 0.00 | 0.00 | 286,384.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 1,295.00 | 0.00 | 0.00 | 2,947.50 | 68,930.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,106.50 | 11,224.00 | 0.00 | 0.00 | 0.00 | 19,540.00 | 0.00 | 8,996.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 2,492.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3,631.00 | 473,029.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,883.91 |
| 24 - Other | 5,633.50 | 29,820.50 | 211,719.00 | 211,719.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 10,145.00 | 227,295.50 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 247.50 | 2,499.00 | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 48,415.50 | 734,303.00 | 211,719.00 | 211,719.00 | 17,977.50 | 849,171.00 | 3,631.00 | 482,025.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,840.66 | 53,463.50 | 6,927.50 | 6,927.50 | 0.00 | 28,429.40 | 145.75 | 40,019.52 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 50,256.16 | 787,766.50 | 218,646.50 | 218,646.50 | 17,977.50 | 877,600.40 | 3,776.75 | 522,044.52 |
| FEE APPLICATION - TOTAL FEES | 48,415.00 | 740,170.00 | 211,719.00 | 211,719.00 | 17,977.50 | 860,401.00 | 3,631.00 | 482,025.00 |
| FEE APPLICATION - TOTAL EXPENSES | 1,840.66 | 53,460.50 | 6,927.50 | 6,927.50 | 0.00 | 29,058.66 | 145.75 | 40,020.22 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 50,255.66 | 793,630.50 | 218,646.50 | 218,646.50 | 17,977.50 | 889,459.66 | 3,776.75 | 522,045.22 |

| Category | Nelson Mullins* 13th Quarter | Nelson Mullins* Cumulative thru 13th Quarter | Pachulski Stang 13th Quarter | Pachulski Stang Cumulative thru 13th Quarter | Pitney Hardin 13th Quarter | Pitney Hardin Cumulative thru 13th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 264.00 | 4,782.00 | 0.00 | 3,888.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 1,148.00 | 13,693.50 | 0.00 | 13,881.00 |
| 03 - Business Operations | 0.00 | 0.00 | 128.00 | 18,876.00 | 0.00 | 88,741.00 |
| 04 - Case Administration | 0.00 | 0.00 | 15,933.50 | 194,135.00 | 111,232.00 | 432,018.60 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 6,265.50 | 0.00 | 6,449.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 10,333.50 | 31,444.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 27,443.50 | 0.00 | 1,830.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 112.00 | 9,709.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 98.50 | 0.00 | 882.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 38,244.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 8,424.00 | 106,152.50 | 5,648.50 | 111,625.50 | 3,655.00 | 70,814.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 12,852.50 | 144,418.25 | 0.00 | 1,179.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 6,908.50 | 0.00 | 201.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 169,586.00 | 0.00 | 72,325.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 15,926.50 | 162,728.50 | 511,772.50 | 1,691,212.60 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 446.00 | 6,212.00 | 0.00 | 41,393.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 1,945.00 | 24,963.50 | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 553.50 | 0.00 | 4,247.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 1,819.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 241.40 | 0.00 | 4,567.75 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 96.00 | 22,214.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 420.00 | 0.00 | 0.00 |
| 24 - Other | 22,793.00 | 564,328.50 | 119.00 | 21,405.00 | 2,442.00 | 11,432.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 31,217.00 | 670,722.40 | 64,952.50 | 1,021,693.50 | 629,101.50 | 2,440,680.20 |
| PROJECT CATEGORY - TOTAL EXPENSES | 461.65 | 9,835.91 | 69,951.58 | 896,464.29 | 78,003.35 | 301,356.84 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 31,678.65 | 680,558.31 | 134,904.08 | 1,918,157.79 | 707,104.85 | 2,742,037.04 |
| FEE APPLICATION - TOTAL FEES | 31,217.00 | 670,481.00 | 68,840.50 | 1,029,504.50 | 629,101.50 | 2,447,220.20 |
| FEE APPLICATION - TOTAL EXPENSES | 461.65 | 10,077.31 | 69,951.58 | 895,624.29 | 78,003.35 | 301,356.84 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 31,678.65 | 680,558.31 | 138,792.08 | 1,925,128.79 | 707,104.85 | 2,748,577.04 |

| Category | PricewaterhouseCoopers LLP[3] | | Protiviti | | Reed Smith | |
|---|---|---|---|---|---|---|
| | 13th Quarter | Cumulative thru 13th Quarter | 13th Quarter | Cumulative thru 13th Quarter | 13th Quarter | Cumulative thru 13th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 430.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,419.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,890.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 9,949.01 | 42,286.10 | 9,900.00 | 31,217.50 | 6,948.50 | 97,065.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 550.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 7,796.50 | 49,865.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 60,496.50 | 2,097,935.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,999.75 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 11,031.50 | 1,871,050.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 702.36 | 193,782.54 |
| 24 - Other | 0.00 | 0.00 | 814,125.00 | 1,705,345.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 306,678.88 | 2,725,055.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 316,627.89 | 2,767,341.22 | 824,025.00 | 1,737,112.50 | 86,273.00 | 4,206,655.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 5,819.86 | 75,933.30 | 114,439.40 | 180,016.39 | 3,153.01 | 579,547.90 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 322,447.75 | 2,843,274.52 | 938,464.40 | 1,917,128.89 | 89,426.01 | 4,786,203.15 |
| FEE APPLICATION - TOTAL FEES | 316,627.89 | 2,761,884.63 | 824,025.00 | 1,737,112.00 | 86,273.00 | 4,202,618.25 |
| FEE APPLICATION - TOTAL EXPENSES | 5,819.86 | 85,370.40 | 114,439.40 | 187,190.52 | 3,153.01 | 635,721.66 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 322,447.75 | 2,847,255.03 | 938,464.40 | 1,924,302.52 | 89,426.01 | 4,838,339.91 |

| Category | Richardson Patrick 13th Quarter | Richardson Patrick Cumulative thru 13th Quarter | Warren Smith & Assoc., P.C. 13th Quarter | Warren Smith & Assoc., P.C. Cumulative thru 13th Quarter | Steptoe & Johnson 13th Quarter | Steptoe & Johnson Cumulative thru 13th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 9,605.00 | 704.00 | 4,557.50 | 2,827.50 | 63,432.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 36,642.00 | 671,998.50 |
| 20 - Travel - Non-working | 0.00 | 15,299.75 | 0.00 | 0.00 | 3,638.00 | 23,063.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 29,557.50 | 2,073,367.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 284,614.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 48,516.00 | 686,863.52 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 29,557.50 | 2,098,272.25 | 49,220.00 | 691,421.02 | 43,107.50 | 758,494.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 0.00 | 648,467.74 | 1,550.40 | 11,959.61 | 2,614.44 | 40,001.01 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 29,557.50 | 2,746,739.99 | 50,770.40 | 703,380.63 | 45,721.94 | 798,495.01 |
| FEE APPLICATION - TOTAL FEES | 29,557.50 | 2,098,272.25 | 49,220.00 | 691,421.02 | 43,107.50 | 761,167.00 |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 648,467.74 | 1,550.40 | 11,959.61 | 2,614.44 | 40,001.01 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 29,557.50 | 2,746,739.99 | 50,770.40 | 703,380.63 | 45,721.94 | 801,168.01 |

| Category | Stroock & Stroock6 13th Quarter | Stroock & Stroock6 Cumulative thru 13th Quarter | Swidler Berlin 13th Quarter | Swidler Berlin Cumulative thru 13th Quarter | L. Tersigni 13th Quarter | L. Tersigni Cumulative thru 13th Quarter | Wachtell Lipton 13th Quarter | Wachtell Lipton Cumulative thru 13th Quarter |
|---|---|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 50,557.00 | 94,857.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 20,554.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 2,292.50 | 99,807.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 59,716.00 | 432,165.00 | 3,204.50 | 3,204.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 28,745.00 | 479,184.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 8,532.50 | 41,106.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 21,745.00 | 520,093.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 162,874.50 | 0.00 | 0.00 | 3,610.00 | 77,266.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 20,768.50 | 20,768.50 | 0.00 | 0.00 | 0.00 | 1,120.00 |
| 10 - Employment Applications, Others | 4,267.50 | 98,927.00 | 11,320.00 | 11,320.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 17,934.00 | 242,195.00 | 123.50 | 123.50 | 7,650.00 | 48,092.75 | 0.00 | 3,006.25 |
| 12 - Fee Applications, Others | 865.50 | 30,208.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 8,157.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 6,725.00 | 170,919.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 1,845.00 | 426,501.50 | 6,874.00 | 6,874.00 | 0.00 | 374,409.25 | 0.00 | 129,940.50 |
| 16 - Plan and Disclosure Statement | 147,309.50 | 156,108.00 | 0.00 | 0.00 | 0.00 | 7,837.50 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 52.50 | 11,742.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 3,042.50 | 314,775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,579.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 33,957.50 | 605.00 | 605.00 | 3,467.50 | 29,742.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 73,144.50 | 561,173.25 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 12,237.50 | 77,785.50 | 77,785.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,316.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 87,497.50 | 371,819.25 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 19,310.00 | 124,722.75 | | |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 0.00 | 0.00 | | | | |
| PROJECT CATEGORY - TOTAL FEES | 353,629.50 | 3,356,371.02 | 120,681.00 | 120,681.00 | 203,594.50 | 1,727,946.00 | 0.00 | 188,646.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 280,234.58 | 536,887.95 | 15,846.02 | 15,846.02 | 1,151.62 | 19,096.93 | 0.00 | 1,515.75 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES | 633,864.08 | 3,893,258.97 | 136,527.02 | 136,527.02 | 204,746.12 | 1,747,042.93 | 0.00 | 190,162.00 |
| FEE APPLICATION - TOTAL FEES | 353,629.50 | 3,351,337.27 | 120,681.00 | 120,681.00 | 203,594.50 | 1,730,961.00 | 0.00 | 188,646.25 |
| FEE APPLICATION - TOTAL EXPENSES | 280,234.58 | 870,393.42 | 15,846.02 | 15,846.02 | 1,151.62 | 19,123.93 | 0.00 | 26,683.05 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES | 633,864.08 | 4,221,730.69 | 136,527.02 | 136,527.02 | 204,746.12 | 1,750,084.93 | 0.00 | 215,329.30 |

| Category | Wallace King7 | | Woodcock Washburn | | TOTAL 13th Quarter | TOTAL Cumulative thru |
| --- | --- | --- | --- | --- | --- | --- |
| | 13th Quarter | Cumulative thru 13th Quarter | 13th Quarter | Cumulative thru 13th Quarter | | 13th Quarter/(10),(11),(12),(13),(14) |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | $ 53,164.50 | $ 294,861.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | $ 6,628.50 | $ 250,104.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | $ 18,971.50 | $ 283,304.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | $ 435,966.00 | $ 4,388,006.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | $ 127,508.50 | $ 2,356,411.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | $ 296,515.50 | $ 1,326,356.50 |
| 07 - Committee, Creditors', Notehholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | $ 86,619.00 | $ 999,349.75 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | $ 5,453.50 | $ 599,953.50 |
| 09 - Employee Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | $ 2,350.00 | $ 50,689.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | $ 31,680.50 | $ 532,044.50 |
| 11 - Fee Applications, Applicant | 0.00 | 27,764.50 | 1,610.00 | 10,380.50 | $ 136,713.01 | $ 1,854,513.83 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | $ 35,350.00 | $ 480,749.55 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | $ 198.00 | $ 196,391.50 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | $ 48,300.50 | $ 1,249,834.75 |
| 15 - Litigation and Litigation Consulting | 447,750.50 | 5,533,926.60 | 323,991.00 | 863,473.75 | $ 1,978,340.00 | $ 24,050,899.42 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | $ 422,610.00 | $ 764,905.80 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | $ 18,535.00 | $ 357,877.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | $ 19,002.50 | $ 244,710.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | $ 75,496.00 | $ 1,182,368.00 |
| 20 - Travel - Non-working | 10,526.00 | 56,445.50 | 7,443.00 | 24,380.50 | $ 41,988.00 | $ 763,172.65 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | $ 73,144.50 | $ 564,175.25 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | $ 48,108.00 | $ 2,731,450.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | $ 705.72 | $ 239,449.33 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | $ 42,800.00 | $ 810,264.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | $ 355,194.88 | $ 3,415,813.14 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | $ 87,497.50 | $ 1,125,047.25 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | $ - | $ 115,545.50 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | $ 104,527.25 | $ 1,524,432.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 458,276.50 | 5,618,136.60 | 333,044.00 | 898,234.75 | $ 5,228,507.50 | $ 60,283,866.58 |
| PROJECT CATEGORY - TOTAL EXPENSES | 67,513.38 | 1,003,237.05 | 37,738.99 | 123,107.92 | $ 683,545.05 | $ 6,161,830.19 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 525,789.88 | 6,621,373.65 | 370,782.99 | 1,021,342.67 | $ 5,912,052.55 | $ 66,445,696.77 |
| FEE APPLICATION - TOTAL FEES | 458,276.50 | 5,053,471.70 | 333,044.00 | 898,234.75 | $ 5,232,171.14 | $ 64,509,137.67 |
| FEE APPLICATION - TOTAL EXPENSES | 67,513.38 | 1,003,397.68 | 37,738.99 | 129,432.97 | $ 683,545.01 | $ 6,193,415.57 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 525,789.88 | 6,056,869.38 | 370,782.99 | 1,027,667.72 | $ 5,915,716.15 | $ 70,702,553.24 |

[1] Amounts represent the total fees and expenses by Project Category reported to us. Due to some Project Category discrepancies Project Category totals do not always match fee application totals.

[2] Amounts represent the total fees and expenses requested as set forth in the fee application.

[3] Category amounts are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[4] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[5] Amounts for PricewaterhouseCoopers reflect a 55% reduction in standard fees billed with regard to general audit work performed. PricewaterhouseCoopers bills 65% of its standard fees for those activities related to the federally required portion of the audit under the Sarbanes Oxley Act.

[6] Expense totals for Stroock include fees and costs of Navigant Consulting

[7] Fee application amounts for Wallace King reflect a 40% reduction for time spent with regard to the Honeywell litigation.