**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Deadline: December 8, 2004 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 6985

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Fourteenth Monthly Application of Conway, Del

Genio, Gries & Co., LLC (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage

Claimants for the Period of July 1, 2004 through September 30, 2004 (the "Application"). The

undersigned further certifies that he caused the review of the Court's docket in this case and no

answer, objection or other responsive pleading to the Application appears thereon. Pursuant to

the Notice of Application, objections to the Application were to be filed and served no later than

December 8, 2004.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay Conway, Del Genio, Gries & Co., LLC $120,000.00 which represents 80%

of the fees ($150,000.00) and $2,721.77, which represents 100% of the expenses requested in the

[continued to next page]

Application for the period July 1, 2004 through September 30, 2004, upon the filing of this

certification and without the need for entry of a Court order approving the Application.


Date: December 10, 2004                    BILZIN, SUMBERG, BAENA, PRICE
                                           & AXELROD, LLP
                                           Scott L. Baena, Esquire
                                           Jay M. Sakalo, Esquire
                                           Allyn S. Danziesen, Esquire
                                           2500 Wachovia Financial Center
                                           200 South Biscayne Boulevard
                                           Miami, FL 33131-2336
                                           (305) 374-7580

                                           -and-

                                           FERRY, JOSEPH & PEARCE, P.A.

                                           /s/ Theodore J. Tacconelli
                                           Michael B. Joseph (No. 392)
                                           Theodore J. Tacconelli (No. 2678)
                                           824 Market Street, Suite 904
                                           P.O. Box 1351
                                           Wilmington, DE. 19899
                                           (302) 575-1555

                                           *Co-Counsel to the Official Committee of Asbestos
                                           Property Damage Claimants*