IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 30, 2004 at 4:00 p.m.<br>Hearing Date: Only if Objections are timely filed. |

## SUMMARY OF THE FORTY-SECOND MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Name of Applicant: Ferry, Joseph & Pearce, P.A.

Authorized to provide
professional services to: Official Committee of Asbestos Property Damage Claimants

Date of retention: April 18, 2001

Period for which compensation and
reimbursement is sought: October 1, 2004 through October 31, 2004

Amount of compensation sought
as actual reasonable and necessary: $5,974.00

Amount of expense reimbursement
sought as actual reasonable and
necessary: $30.21

This is a: __X__ monthly _____ interim _____ final application

**Prior Monthly Applications:**

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed/<br>Docket No. | Period<br>Covered | Fees | Expenses | Fees | Expenses |
| 7/10/01<br>#577 | 4/18/01-<br>4/30/01 | $1,476.00 | $26.00 | $1,173.60 (80% of $1,476.00) | $26.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/10/01 #578 | 5/1/01- 5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 (80% of $6,276.50) | $2,708.31 |
| 7/30/01 #768 | 6/1/01- 6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 (80% of $11,251.00) | $1,643.75 |
| 09/05/01 #879 | 7/1/01- 07/31/01 | $11,833.00 | $2,538.98 | $9,466.40 (80% of $11,833.00) | $2,538.98 |
| 10/01/01 #979 | 08/01/01- 08/31/01 | $6,068.00 | $1,391.31 | $4,854.40 (80% of $6,068.00) | $1,391.31 |
| 10/30/01 #1039 | 09/01/01- 09/30/01 | $6,048.00 | $2,258.87 | $4,838.40 (80% of $6,048.00) | $2,258.87 |
| 01/02/02 #1436 | 10/01/01- 11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 (80% of $16,325.00) | $4,495.30 |
| 01/21/02 #1533 | 12/01/01- 12/31/01 | $4,689.00 | $885.80 | $3,751.20 (80% of $4,689.00) | $885.80 |
| 03/07/02 #1773 | 01/01/02- 01/31/02 | $6,980.00 | $1,280.38 | $5,584.00 (80% of $6,980.00) | $1,280.38 |
| 05/01/02 #2000 | 02/01/02- 02/28/02 | $6,306.00 | $2,071.17 | $5,044.80 (80% of $6,306.00) | $2,071.17 |
| 05/01/02 #2001 | 03/01/02- 03/31/02 | $9,438.00 | $6,070.08 | $7,550.40 (80% of $9,438.00) | $6,070.08 |
| 06/28/02 #2295 | 04/01/02- 04/30/02 | $8,470.50 | $5,198.73 | $6,776.40 (80% of $8,470.50) | $5,198.73 |
| 07/03/02 #2326 | 05/01/02- 05/31/02 | $11,446.00 | $1,098.56 | $9,156.80 (80% of $11,446.00) | $1,098.56 |
| 09/12/02 #2678 | 06/01/02- 06/30/02 | $6,196.50 | $4,697.48 | $4,957.20 (80% of $6,196.50) | $4,697.48 |
| 10/09/02 #2792 | 07/01/02- 07/31/02 | $4,837.50 | $1,939.53 | $3,870.00 (80% of $4,837.50) | $1,939.53 |
| 11/04/02 #2923 | 08/01/02- 08/31/02 | $5,697.00 | $1,229.39 | $4,557.60 (80% of $5,697.00) | $1,229.39 |
| 11/27/02 #3078 | 09/01/02- 09/30/02 | $10,017.00 | $4,957.00 | $8,013.60 (80% of $10,017.00 ) | $4,957.00 |
| 1/10/03 #3229 | 10/01/02- 10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 (80% of $5,531.00) | $1,235.50 |
| 1/14/03 #3243 | 11/01/02- 11/30/02 | $6,033.00 | $929.00 | $4,826.40 (80% of $6,033.00) | $929.00 |
| 2/10/03 #3361 | 12/01/02- 12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 (80% of $1,927.00) | $1,348.26 |
| 3/14/03 #3513 | 01/01/03 - 01/31/03 | $3,704.00 | $897.83 | $2,963.20 (80% of $3,704.00) | $897.83 |

| | | | | | |
|---|---|---|---|---|---|
| 4/9/03 #3644 | 02/01/03-02/28/03 | $3,347.00 | $213.57 | $2,677.60 (80% of $3,347.00) | $213.57 |
| 5/14/03 #3786 | 03/01/03-03/31/03 | $4,519.00 | $1,599.16 | $3,615.20 (80% of $4,519.00) | $1,599.16 |
| 5/28/03 #3832 | 04/01/03 - 04/30/03 | $4,786.00 | $2,747.92 | $3,828.80 (80% of $4,786.00) | $2,747.92 |
| 8/5/03 #4149 | 05/01/03-05/31/03 | $3,809.00 | $558.74 | $3,047.20 (80% of $3,809.00) | $558.74 |
| 8/5/03 #4150 | 06/01/03-06/30/03 | $3,665.00 | $1,172.19 | 2,932.00 (80% of $3,665.00) | $1,172.19 |
| 9/18/03 #4446 | 07/01/03-07/31/03 | $4,556.00 | $3,859.58 | $3,644.80 (80% of $4,556.00) | $3,859.58 |
| 10/3/03 #4528 | 8/01/03-8/31/03 | $6,485.00 | $714.28 | $5,188.00 (80% of $6,485.00) | $714.28 |
| 12/8/03 #4793 | 9/01/03-9/30/03 | $4,445.00 | $761.99 | $3,556.00 (80% of $4,445.00) | $761.99 |
| 12/22/03 #4849 | 10/1/03-10/31/03 | $7,215.00 | $811.81 | $5,772.00 (80% of $7,215.00) | $811.81 |
| 1/15/04 #4934 | 11/1/03-11/30/03 | $5,551.00 | $1,218.41 | $4,440.80 (80% of $5,551.00) | $1,218.41 |
| 2/4/04 #5055 | 12/1/03-12/31/03 | $7,317.00 | $4,517.78 | $5,853.60 (80% of $7,317.00) | $4,517.78 |
| 3/2/04 #5209 | 1/1/04-1/31/04 | $15,038.00 | $5,239.99 | $12,030.40 (80% of $15,038.00) | $5,239.99 |
| 3/24/04 #5339 | 2/1/04-2/29/04 | $5,030.00 | $1,006.06 | $4,024.00 (80% of $15,038.00) | $1,006.06 |
| 4/30/04 #5513 | 3/1/04-3/31/04 | $6,195.00 | $999.29 | $4,956.00 (80% of $6,195.00) | $999.29 |
| 5/12/04 #5558 | 4/1/04-4/30/04 | $4,533.50 | $1,106.67 | $3,626.80 (80% of $4,533.50) | $1,106.67 |
| 6/24 /04 #5882 | 5/1/04-5/31/04 | $7,579.50 | $1,074.62 | $6,063.60 (80% of $7,579.50) | $1,074.62 |
| 8/3/04 #6113 | 6/1/04-6/30/04 | $9,026.00 | $2,628.03 | $7,220.80 (80% of $9,026.00) | $2,628.03 |
| 8/18/04 #6205 | 7/1/04-7/31/04 | $8,736.00 | $1,256.09 | $6,988.80 (80% of $8,736.00) | $1,256.09 |
| 10/12/04 #6596 | 8/1/04-8/31/04 | $5,926.50 | $322.61 | N/A | N/A |
| 11/11/04 #6885 | 9/1/04-9/30/04 | $7,021.00 | $916.09 | N/A | N/A |

| 12/10/04 #TBD | 10/1/04- 10/31/04 | $5,974.00 | $30.21 | N/A | N/A |