# FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: 302.575.1714   Fax: 302.575.1714

WR Grace PD Committee

October 1, 2004 – October 31, 2004

Invoice No.    14439

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| B14 | Case Administration - | 7.00 | 1,557.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.40 | 980.00 |
| B18 | Fee Applications, Others - | 6.90 | 808.50 |
| B25 | Fee Applications, Applicant - | 3.90 | 543.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 202.50 |
| B32 | Litigation and Litigation Consulting - | 0.70 | 135.00 |
| B33 | ZAI Science Trial | 0.20 | 45.00 |
| B36 | Plan and Disclosure Statement - | 1.50 | 307.50 |
| B37 | Hearings - | 5.20 | 1,170.00 |
| B40 | Employment Applications, Others - | 0.60 | 135.00 |
| B41 | Relief from Stay Litigation - | 0.40 | 90.00 |
| | **Total** | **31.70** | **$5,974.00** |
| | **Grand Total** | **31.70** | **$5,974.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------|------|------|------|
| Lisa L. Coggins | 150.00 | 0.30 | 45.00 |
| Rick S. Miller | 215.00 | 1.40 | 301.00 |
| Steven G. Weiler | 150.00 | 1.10 | 165.00 |
| Theodore J. Tacconelli | 225.00 | 21.20 | 4,770.00 |
| Legal Assistant - AD | 90.00 | 7.70 | 693.00 |
| **Total** | | **31.70** | **$5,974.00** |

## DISBURSEMENT SUMMARY

| | |
|------|------|
| Expense - | 30.21 |
| **Total Disbursements** | **$30.21** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-13-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review order re: second continuation order for 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review order re: third continuation order re: fourth omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review order re: fourth continuation order re: third omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review order granting release for 6th omnibus objection to claims | 0.10 | TJT |
| Oct-17-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review response by Rocco and Zweifach to 5th omnibus objection to claims with attachments | 0.20 | TJT |
| Oct-27-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review response my MA EPA to claim objection | 0.30 | TJT |
| Oct-02-04 | *Case Administration* - review monthly operating report July, 2004 | 0.10 | TJT |
| | *Case Administration* - review debtors' motion to enter into settlement agreement with IRS | 0.20 | TJT |
| | *Case Administration* - review debtors' motion to acquire Flexia Synthetic Roof Business | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to approve settlement with Honeywell International with attachment | 0.30 | TJT |
| | *Case Administration* - review debtors' motion to extend time to assume or reject expired real property leases | 0.10 | TJT |
| | *Case Administration* - review pleading re: statement by US Trustee re: B & Budd motion/2019 order | 0.10 | TJT |
| | *Case Administration* -  prepare e-mail to J Sakalo re: statement by US Trustee re: B & Budd motion/2019 order | 0.00 | TJT |
| Oct-03-04 | *Case Administration* - review email from J Sakalo re: Judge Fitzgerald's notes re: response to B & B motion/2019 order | 0.10 | TJT |
| | *Case Administration* - review Judge Fitzgerald's notes re: response to B & B motion/2019order | 0.20 | TJT |
| | *Case Administration* - review amendatory order re: 2019 statement | 0.10 | TJT |
| | *Case Administration* - prepare memorandum to L Coggins re: response to B & B/2019 order | 0.20 | TJT |
| Oct-05-04 | *Case Administration* - review pleading re: joinder of Campbell Cherry et al in B & Budd motion/2019 order | 0.10 | TJT |
| | *Case Administration* - review opposition of Federal Insurance Co. to B & Budd motion/2019 order | 0.10 | TJT |
| Oct-07-04 | *Case Administration* - review pleading re: joinder of Brayton Purcell in Baron & Budd motion re: 2019 order | 0.10 | TJT |
| | *Case Administration* - review email from J Sakalo re: 2019 order | 0.10 | TJT |
| | *Case Administration* - confer with R Miller and M. Joseph re: committee matters | 0.30 | TJT |
| Oct-10-04 | *Case Administration* - review letter from B Conaway to Judge Fitzgerald re: resolution of Scott Co.'s motion to stay Rand action | 0.10 | TJT |
| Oct-11-04 | *Case Administration* - review monthly operating report for August, 2004 | 0.10 | TJT |
| Oct-13-04 | *Case Administration* - review miscellaneous orders (x2) | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - review Town of Action, MA motion for relief from stay | 0.20 | TJT |
| | *Case Administration* - review pleading re: affidavit of Janet Baer re: potential conflict with future's rep. counsel and K&E | 0.10 | TJT |
| | *Case Administration* - review summary of K&E quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: entry of appearance of Ancel Abadiz and forward to paralegal | 0.10 | TJT |
| Oct-18-04 | *Case Administration* - review pleading re: stipulation of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - review memorandum opinion re: debtors motion to expand PI re: Montana Vermiculite Co. | 0.30 | TJT |
| | *Case Administration* - review pleading re: debtors motion to assume and assign lease and sublease in York, PA | 0.10 | TJT |
| Oct-19-04 | *Case Administration* - review pleading re: Scott Co's motion to expand PI to include Gandy action | 0.30 | TJT |
| | *Case Administration* - review pleading re: Scott's motion to shorten time re: motion to expand PI to include Gandy action | 0.10 | TJT |
| | *Case Administration* - review pleading re: supplemental declaration of J Phillips re: Phillips Goldman & Spence retention app | 0.10 | TJT |
| | *Case Administration* - review pleading re: notice of withdrawal of proof of claim filed by Phillips Goldman & Spence | 0.10 | TJT |
| | *Case Administration* - review pleading re: Protiviti's June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Duane Morris July, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Wallace King May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Wallace King June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Blackstone Group Jan-June, 2004 fee app | 0.20 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Carella Byrne July, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Pintey Harding July, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Capstone Group April-June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Capstone Group July, 2004 fee app | 0.10 | TJT |
| Oct-21-04 | *Case Administration* - review order denying Scott Co.'s motion to shorten notice for motion for expedited hearing re: Gandy action | 0.10 | TJT |
| | *Case Administration* - review pleading re: objection by Elliot International LLP to debtors motion to extend time to file plan | 0.10 | TJT |
| Oct-22-04 | *Case Administration* - confer with TJT re: Committee issues | 0.30 | RSM |
| Oct-24-04 | *Case Administration* - review pleading re: debtors' emergency motion for entry of an interim order limiting certain transfers of equities securities | 0.20 | TJT |
| | *Case Administration* - review pleading re: Libby claimants' motion for reconsideration | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - review pleading re: debtors' response in support of Scott Co.'s motion of Gandy Action | 0.10 | TJT |
|  | *Case Administration* - review pleading re: Libby claimants' motion to extend deadline | 0.10 | TJT |
|  | *Case Administration* - review pleading re: affidavit of Jon Haberling in support of Libby claimants' motion to extend deadline | 0.20 | TJT |
| Oct-25-04 | *Case Administration* - confer with TJT re: hearing | 0.10 | RSM |
|  | *Case Administration* -  draft letter to J Sakalo enclosing supplemental affidavit of S Banea | 0.10 | AD |
| Oct-28-04 | *Case Administration* - review pleading re: verified statement of Skadden Arps | 0.10 | TJT |
| Oct-30-04 | *Case Administration* - review pleading re: debtors' 13th quarterly report of settlements | 0.10 | TJT |
|  | *Case Administration* - review pleading re: debtors' 13th quarterly asset sales report | 0.10 | TJT |
|  | *Case Administration* - review pleading re: debtors' motion to retain Deloitte Tax LLP | 0.10 | TJT |
| Oct-05-04 | *Committee, Creditors', Noteholders' or* -review email from S Baena re: committee teleconference | 0.10 | TJT |
| Oct-06-04 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.40 | RSM |
|  | *Committee, Creditors', Noteholders' or* - teleconference with committee | 0.40 | TJT |
| Oct-07-04 | *Committee, Creditors', Noteholders' or* -confer with T. Tacconelli and M. Joseph re: Plan negotiation matters and effects on PD Committee | 0.60 | RSM |
|  | *Committee, Creditors', Noteholders' or* -review email from S Baena re: committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review document re: committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review email from E Cabrazer re: committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review email from D Scott re: committee matters | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review email from D Speights re: committee matters | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* -teleconference with A Danzeisen re: committee matters | 0.30 | TJT |
| Oct-10-04 | *Committee, Creditors', Noteholders' or* -review documents re: committee matters | 0.20 | TJT |
| Oct-12-04 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review document re: committee matters | 0.10 | TJT |
| Oct-14-04 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review transcript of 9/30/04 hearing | 0.60 | TJT |
|  | *Committee, Creditors', Noteholders' or* - review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Oct-21-04 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: | 0.10 | TJT |

|  | teleconference with committee |  |  |
|---|---|---|---|
| Oct-22-04 | *Committee, Creditors', Noteholders' or* -review email from S Baena re: committee matters | 0.20 | TJT |
| Oct-28-04 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: teleconference with committtee | 0.40 | TJT |
| Oct-01-04 | *Fee Applications, Others* - review HRA August, 2004 fee app prior to filing | 0.10 | TJT |
|  | *Fee Applications, Others* - prepare documents for filing re: HRA August, 2004 fee app (.1) and e-file and serve fee app (.4) | 0.50 | AD |
| Oct-04-04 | *Fee Applications, Others* - review Certificate of No Objection re: HRA July, 2004 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg July, 2004 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - draft Certificate of No Objection re: HRA July, 2004 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
|  | *Fee Applications, Others* - prepare documents for filing re: HRA July, 2004 Certificate of No Objection (.1) and e-file and serve same (.3) | 0.40 | AD |
|  | *Fee Applications, Others* - draft Certificate of No Objection re: Bilzin July, 2004 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
|  | *Fee Applications, Others* - prepare documents for filing re: Bilzin July, 2004 Certificate of No Objection (.1) and e-file and serve same (.3) | 0.40 | AD |
| Oct-12-04 | *Fee Applications, Others* - Teleconference with S. Bossay at W.H. Smith re: CDG's response to fee auditors report (.1); teleconference with S. Jones re: same (.1) | 0.20 | SGW |
| Oct-13-04 | *Fee Applications, Others* - review email from L Flores re: Bilzin Sumberg Sept., 2004 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - review email from L Flores attaching Bilzin's 9/04 fee app | 0.10 | AD |
|  | *Fee Applications, Others* - review documents re: Bilzin 9/04 fee app and prepare email to L Flores re: resend invoice | 0.20 | AD |
|  | *Fee Applications, Others* - draft Certificate of Service re: Bilzin 9/04 fee app | 0.10 | AD |
| Oct-14-04 | *Fee Applications, Others* - review Bilzin Sumberg Sept., 2004 fee app prior to filing | 0.10 | TJT |
|  | *Fee Applications, Others* -  trade emails with L Flores re: Bilzin's 9/04 invoice (x3) | 0.30 | AD |
|  | *Fee Applications, Others* - trade emails with L Flores re: Bilzin 9/04 invoice (x2) | 0.20 | AD |
|  | *Fee Applications, Others* - finalize Bilzin 9/04 fee app (.1) prepare for filing (.1) and e-file and serve same (.4) | 0.60 | AD |
| Oct-18-04 | *Fee Applications, Others* - draft Certificate of No Objection re: Bilzin 8/04 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| Oct-19-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg August, 2004 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - review docket re: Certificate of No Objection re: Bilzin 8/04 fee app (.1) prepare Certificate of No Objection for filing re: same (.1) e-file and serve Certificate of No Objection re: same (.3) | 0.50 | AD |
| Oct-21-04 | *Fee Applications, Others* - draft Certificate of No Objection re: HRA August, 2004 fee app (.2) draft Certificate of Service re: same (.1) | 0.30 | AD |

| | | | |
|---|---|---|---|
| Oct-22-04 | *Fee Applications, Others* - review Certificate of No Objection re: HRA August, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - draft Certificate of Service re: supplemental affidavit of S Baena | 0.10 | AD |
| Oct-27-04 | *Fee Applications, Others* - review Ferry, Joseph & Pearce's Sept., 2004 pre-bill | 0.40 | TJT |
| Oct-28-04 | *Fee Applications, Others* - review email from L Flores re:HRA 9/04 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores and review and revise documents re: HRA 9/04 fee app | 0.20 | AD |
| | *Fee Applications, Others* - draft Certificate of Service re: HRA 9/04 fee app | 0.10 | AD |
| Oct-29-04 | *Fee Applications, Others* - review HRA Sept., 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - prepare documents for filing (.1) e-file and serve HRA 9/04 fee app (.4) | 0.50 | AD |
| Oct-21-04 | *Employment Applications, Others* - review email from J Sakalo re: supplemental affidavit of S Baena | 0.10 | TJT |
| Oct-22-04 | *Employment Applications, Others* -review supplemental affidavit of Scott Baena | 0.10 | TJT |
| | *Employment Applications, Others* - confer with S Weiler re: filing of service of supplemental affidavit of Scott Baena (x3) | 0.30 | TJT |
| Oct-26-04 | *Employment Applications, Others* - review corresp re: letter from J Sakalo re: original signature for supplemental affidavit of S Baena | 0.10 | TJT |
| Oct-01-04 | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: response to B & Budd 2019 motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - confer with L Coggins re: response to B & Budd 2019 motion | 0.00 | TJT |
| Oct-03-04 | *Litigation and Litigation Consulting* - review email from J Sakalo re: Kwelmbs Co. settlement order | 0.10 | TJT |
| Oct-04-04 | *Litigation and Litigation Consulting* - E-mail from T. Tacconelli re: response to Baron & Budd motion | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to J. Sakalo re: response to Baron & Budd motion status | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from J. Sakalo re: response to Baron & Budd motion status | 0.10 | LLC |
| Oct-13-04 | *Litigation and Litigation Consulting* - review memorandum and order concerning substantive consolidation in OC case | 0.20 | TJT |
| Oct-01-04 | *Hearings* - review notice of special hearing re: 2019 motion/order | 0.10 | TJT |
| Oct-04-04 | *Hearings* - review email from M Flynn re: notice of continued hearing on Scott's motion for stay of Rand action | 0.10 | TJT |
| | *Hearings* - review notice of continued hearing re: Scott's motion for stay of Rand action | 0.10 | TJT |
| Oct-05-04 | *Hearings* - review notice of agenda for 10/6/04 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to J Sakalo re: 10/6/04 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to A Danzeisen re: continued hearing on Scott's Co. motion to stay Rand action | 0.10 | TJT |
| Oct-06-04 | *Hearings* - attend bankruptcy court re: hearing on Baron & Budd re: motion to modify 2019 order | 1.70 | TJT |
| Oct-07-04 | *Hearings* - trade emails with A Danzeisen re: 10/8/04 hearing | 0.10 | TJT |
| | *Hearings* - teleconference with A Danzeisen re: 10/8/04 hearing coverage | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Hearings* - review notice of agenda for argument on 10/18/04 and 10/19/04. | 0.10 | TJT |
| Oct-08-04 | *Hearings* - review notice of cancellation of hearing re: Scott Co.'s motion | 0.10 | TJT |
| | *Hearings* - prepare email to A Danseizen re: 10/8/04 hearing | 0.10 | TJT |
| Oct-15-04 | *Hearings* - review 10/6/04 hearing transcript re: revised 2019 order | 0.50 | TJT |
| Oct-22-04 | *Hearings* - review amended agenda for 10/25/04 hearing | 0.10 | TJT |
| Oct-24-04 | *Hearings* -prepare for 10/25/04 hearing | 0.20 | TJT |
| Oct-25-04 | *Hearings* - attend bankruptcy court | 1.40 | TJT |
| Oct-29-04 | *Hearings* - review email from J Sakalo re: hearing dates for 2005 and calendar dates | 0.20 | TJT |
| Oct-06-04 | *Plan and Disclosure Statement* - review email from A Danzeisen re: order granting substantive consolidation in Owens Corning | 0.10 | TJT |
| Oct-12-04 | *Plan and Disclosure Statement* - review email from D Speights re: meeting with debtors on 10/7/04 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from M Dies re: meeting with debtors on 10/14/04 | 0.10 | TJT |
| Oct-15-04 | *Plan and Disclosure Statement* - review email from A Danzeisen re: debtors' motion to extend time to file plan | 0.10 | TJT |
| Oct-16-04 | *Plan and Disclosure Statement* - review order granting motion to shorten time re: debtors' application to extend time to file chapter 11 plan | 0.10 | TJT |
| Oct-21-04 | *Plan and Disclosure Statement* - review email from J Sakalo re: Elliot International objection to extend time to file plan | 0.10 | TJT |
| Oct-22-04 | *Plan and Disclosure Statement* - Revise, scan and file Joinder re: Debtor's motion to extend time within which to file Ch. 11 Plan (.3); Prepare Certificate of Service re: same (.1) | 0.40 | SGW |
| | *Plan and Disclosure Statement* - review email from J Sakalo re: joinder of PD committee in debtors' motion to extend time to file plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review joinder in debtors' motion to extend time to file plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - confer with S Weiler re: filing and service of joinder in debtors' motion to extend time to file plan | 0.20 | TJT |
| Oct-29-04 | *Plan and Disclosure Statement* - review email from S Baena re: plan negotiations | 0.10 | TJT |
| Oct-19-04 | *Relief from Stay Litigation* - review pleading re: supplemental motion of D Slaughter for relief from stay with attachments | 0.30 | TJT |
| Oct-24-04 | *Relief from Stay Litigation* - review pleading re: amended notice of motion re: Town of Acton motion for relief from stay | 0.10 | TJT |
| Oct-02-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's August, 2004 pre-bill | 0.40 | TJT |
| Oct-05-04 | *Fee Applications, Applicant* - confer with billing re: August credit re: Law Transcription Service | 0.10 | AD |
| Oct-11-04 | *Fee Applications, Applicant* - review revised Ferry, Joseph & Pearce's August, 2004 pre-bill | 0.30 | TJT |
| | *Fee Applications, Applicant* - make edits to Ferry, Joseph & Pearce's Aug. 2004 time detail for filing | 0.20 | AD |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's August, 2004 invoice as exhibit to fee app | 0.20 | AD |
| | *Fee Applications, Applicant* - draft notice with notice parties (.2) draft fee app (.3) and draft Certificate of Service (.1) re: Ferry, Joseph & Pearce's | 0.60 | AD |

|  | August, 2004 fee app | | |
| Oct-12-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's August, 2004 fee app prior to filing | 0.10 | TJT |
|  | *Fee Applications, Applicant* - prepare August, 2004 fee app for filing (.1) e-file and serve Ferry, Joseph & Pearce's August, 2004 fee app (.4) | 0.50 | AD |
| Oct-13-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's Sep., 2004 pre-bill | 0.40 | TJT |
| Oct-22-04 | *Fee Applications, Applicant* - Prepare special 2002 list; scan and file supplemental affidavit of Scott L. Baena with all committee members with cost service list | 0.50 | SGW |
| Oct-28-04 | *Fee Applications, Applicant* - make requested revisions to Ferry, Joseph & Pearce's 9/04 bill | 0.20 | AD |
|  | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's pre-bill | 0.10 | AD |
|  | *Fee Applications, Applicant* - draft Certificate of No Objection re: Ferry, Joseph & Pearce's 8/04 fee app (.2) draft Certificate of Service re: same (.1) | 0.30 | AD |
| Oct-15-04 | *ZAI Science Trial* - trade emails with J Sakalo re: ZAI summary judgment motion hearing (x2) | 0.20 | TJT |
|  | *Totals* | *31.70* | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Oct-01-04 | *Expense* - copying cost | 4.95 |
| | *Expense* - postage | 1.66 |
| Oct-12-04 | *Expense* - copying cost | 7.65 |
| | *Expense* - postage | 2.12 |
| Oct-14-04 | *Expense* - copying cost | 11.25 |
| | *Expense* - postage | 2.58 |

| | |
|---|---:|
| *Totals* | *$30.21* |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$6,004.21** |

| | |
|---|---:|
| **Balance Due Now** | |
| | **$6,004.21** |