IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                    :   Chapter 11
                                         :
W. R. GRACE & CO., et al.,               :   Case No. 01-01139 (JKF)
                                         :   Jointly Administered
                    Debtors.             :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
W. R. GRACE & CO., et al.,               :
                                         :
                    Plaintiffs,          :
                                         :
    -against-                            :
                                         :   Adversary No. A-01-771 (JKF)
MARGARET CHAKARIAN, et al.,              :
And John Does 1-1000,                    :   Re: Docket Nos. 322, 333, 334, 335 &
                                         :       336
                    Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MOTION OF THE SCOTTS COMPANY FOR AN ORDER GRANTING
AUTHORITY PURSUANT TO DELAWARE LOCAL BANKRUPTCY RULE
9006-1(d), TO FILE SUPPLEMENTAL REPLY PAPERS**

The Scotts Company ("Scotts"), by and through its undersigned counsel, respectfully represents as follows:

1. On November 15, 2004, Scotts and the above-captioned debtors and debtors in possession (the "Debtors") filed the Joint Motion Of The Debtors And Scotts For A Temporary Stay To Enjoin The Prosecution Of All Claims Against Scotts In The State Actions (D.I. 322) (the "Motion").

2. On December 3, 2004, the following responses to the Motion were filed: (i) Opposition Of Certain Plaintiffs Represented By SimmonsCooper LLC To The Motion Of The Debtors And The Scotts Company For A Temporary Stay To Enjoin Prosecution Of All Claims Against Scotts In The State Actions (D.I. 333); (ii) Response

Of The Lanier Firm Plaintiffs To The Motion Of Debtors And The Scotts Company For A Temporary Stay To Enjoin The Prosecution Of All Claims Against Scotts In The State Actions (D.I. 334); (iii) Objection Of The Official Committee Of Asbestos Personal Injury Claimants To The Motion Of The Debtors And The Scotts Company For A Temporary Stay To Enjoin The Prosecution Of All Claims Against Scotts In The State Actions (D.I. 335); and (iv) Objection Of Donald And Judith Webber And Other Clients Represented By Clark Depew & Tracy To The Motion Of The Debtors And The Scotts Company For A Temporary Stay To Enjoin Prosecution Of All Claims Against Scotts In The State Actions (D.I. 336) (collectively, the "Responses").

3. Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") provides that no reply papers shall be filed unless ordered by the Court.

4. As set forth more fully in the proposed Reply Of The Scotts Company In Support Of Motion Of The Debtors And The Scotts Company For A Temporary Stay To Enjoin The Prosecution Of All Claims Against Scotts In The State Actions (the "Reply", attached hereto), Scotts submits that good cause exists to grant the filing of a Reply.

5. The Reply affords Scotts an opportunity to be heard on issues raised in the Responses. Accordingly, the Reply will permit this Court to have a better appreciation and understanding of the issues being placed before it in the Motion.

WHEREFORE, Scotts respectfully requests permission to file the Reply pursuant to Local Rule 9006-1(d).

Dated: December 10, 2004

MORRIS, NICHOLS, ARSHT & TUNNELL

*[signature]*

William H. Sudell, Jr. (#0463)
Daniel B. Butz (#4227)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

and

Robert J. Sidman (Ohio Bar #0017390)
Tiffany Strelow Cobb (Ohio Bar #0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Phone: (614) 464-6400
Facsimile: (614) 719-4663

Attorneys for Movant, The Scotts Company

441292