IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                              :   Chapter 11
                                   :
W. R. GRACE & CO., et al.,         :   Case No. 01-01139 (JKF)
                                   :   Jointly Administered
            Debtors.               :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :
W. R. GRACE & CO., et al.,         :
                                   :
            Plaintiffs,            :
                                   :
      -against-                    :
                                   :   Adversary No. A-01-771 (JKF)
MARGARET CHAKARIAN, et al.,        :
And John Does 1-1000,              :   Re: Docket Nos. 322, 333, 334, 335 &
                                       336
            Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER GRANTING THE MOTION OF THE SCOTTS COMPANY FOR AN ORDER GRANTING AUTHORITY PURSUANT TO DELAWARE LOCAL BANKRUPTCY RULE 9006-1(d), TO FILE SUPPLEMENTAL REPLY PAPERS**

Upon consideration of The Scotts Company's ("Scotts") Motion for an Order Granting Authority Pursuant to Delaware Local Bankruptcy Rule 9006-1(d), to File Supplemental Reply Papers (the "Motion"); and it appearing that there is good and sufficient cause to approve the Motion; and after due deliberation thereon;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2.  Scotts may file the Reply Of The Scotts Company In Support Of Motion Of The Debtors And The Scotts Company For A Temporary Stay To Enjoin The Prosecution Of All Claims Against Scotts In The State Actions.

Dated: _____, 2004

_____
UNITED STATES BANKRUPTCY JUDGE