IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR OMNIBUS HEARING ON DECEMBER 20, 2004 AT 12:00 P.M.

**The hearing will take place at the United States Bankruptcy Court for the Western District of Pennsylvania, 5490 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.**

UNCONTESTED MATTERS

1.    Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors *Nunc Pro Tunc* to August 22, 2004 [Filed: 10/22/04] (Docket No. 6708).

   **Related Documents:**

   (a)    **Certification of No Objection Regarding Docket No. 6708 [Filed: 12/6/04] (Docket No. 7100).**

   Response Deadline: December 3, 2004 at 4:00 p.m.

   Responses Received: None as of the date of this agenda.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Status:  **A Certificate of No Objection has been filed.**

2.      Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Tillinghast as Actuarial Consultant [Filed: 10/29/04] (Docket No. 6795).

   **Related Documents:**

   (a)    **Certification of No Objection Regarding Docket No. 6795 [Filed: 12/7/04] (Docket No. 7105).**

   Response Deadline: December 3, 2004 at 4:00 p.m.

   Responses Received: None as of the date of this agenda.

   Status:  **A Certificate of No Objection has been filed.**

3.      Application of the Official Committee of Equity Security Holders for an Order, Nunc Pro Tunc to October 24, 2004, Approving and Authorizing the Retention and Employment of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 11/5/04] (Docket No. 6846).

   Response Deadline: December 3, 2004 at 4:00 p.m.

   Responses Received:

   (a)    **Objection of the Official Committee of Asbestos Personal Injury Claimants to the Application of the Official Committee of Equity Security Holders for an Order, Nunc Pro Tunc, to October 29, 2004, Approving and Authorizing the Retention and Employment of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 12/3/04] (Docket No. 7088)**

   (b)    **Joinder of the Official Committee of Asbestos Property Damage Claimants to the Objection By the Official Committee of Asbestos Personal Injury Claimants to the Application of the Official Committee of Equity Security Holders for an Order, Nunc Pro Tunc, to October 29, 2004, Approving and Authorizing the Retention and Employment of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 12/3/04] (Docket No. 7090).**

   Status:  This matter will go forward.

4.      Motion of ZAI Claimants to Modify Orders with Regards to Certain Quarterly Fee Applications [Filed: 11/4/04] (Docket No. 6824).

91100-001\DOCS_DE:103057.4

Related Documents:

(a)     Exhibits to Motion [Filed: 11/9/04] (Docket No. 6861).

Response Deadline: December 3, 2004 at 4:00 p.m.

Responses Received: None as of the date of this agenda.

Status:  This matter will go forward.


5.     Debtors' Motion for Entry of an Order Authorizing the Appointment of Raymond G.
       Thieme, Jr. as the Mediator for the Debtors' ADR Program [Filed: 11/15/04]
       (Docket No. 6933).

       **Related Documents:**

       (a)     **Certification of No Objection Regarding Docket No. 6933 [Filed: 12/6/04]
               (Docket No. 7101).**

       Response Deadline: December 3, 2004 at 4:00 p.m.

       Responses Received: None as of the date of this agenda.

       Status:  **A Certificate of No Objection has been filed.**


CONTESTED MATTERS

6.     Debtors' Motion for an Order Approving the Privileged and Confidential Settlement
       Agreement and Release with the KWELMBS Companies [Filed: 8/23/04]
       (Docket No. 6244).

       Related Documents:

       (a)     [Signed] Order Approving the Privileged and Confidential Settlement Agreement
               and Release with the KWELMBS Companies [Filed: 9/27/04] (Docket No. 6477).

       Response Deadline: September 10, 2004 at 4:00 p.m. (extended until September 14, 2004
       for the Official Committee of Unsecured Creditors).

       Responses Received:

       (a)     Limited Objection of the Future Claimants' Representative to Motion of W. R.
               Grace & Co. to Approve Settlement Agreement and Release with the KWELMBS
               Companies [Filed: 9/10/04] (Docket No. 6368)

       (b)     Limited Objection of the Official Committee of Asbestos Personal Injury
               Claimants to the Debtors' Motion for an Order Approving the Privileged and

Confidential Settlement Agreement and Release with the KWELMBS Companies [Filed: 9/10/04] (Docket No. 6369)

(c)·    Limited Objection of the Official Committee of Asbestos Property Damage Claimants to the Debtors' Motion to Approve Privileged and Confidential Settlement Agreement and Release with the KWELMBS Companies [Filed: 9/14/04] (Docket No. 6395).

Status:  The underlying settlement has been approved by the Court.  This matter will go forward only as it relates to the use of proceeds of the settlement.


## CLAIMS OBJECTIONS

7.    Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5525).

Response Deadline: June 4, 2004 at 4:00 p.m.

Responses Received: There are no unresolved responses going forward.

Status:  This matter will go forward with respect to any claims where the relief sought is unopposed.  However, where a claimant has filed a response, such matter will be continued to January 24, 2005 at 12:00 p.m.


8.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5527).

Response Deadline: June 4, 2004 at 4:00 p.m.

Responses Received:

(a)    New England Construction Company, Inc.'s Response to Debtors' Fifth Omnibus Claim Objection [Filed: 6/4/04] (Docket No. 5716).

Related Pleadings:

(a)    Debtors' Motion for Leave to File Debtors' Reply to Response filed by New England Construction Company, Inc. to the Fifth Omnibus Objection to Claims [Filed: 12/3/04] (Docket No. 7089).

        i.    Debtors' Reply to Response filed by New England Construction Company, Inc. to the Fifth Omnibus Objection to Claims [Filed: 12/3/04] (Docket No. 7089).

Status:  This matter will go forward as it relates to the claim of New England Construction Company, Inc. only.  All other unresolved objections where a claimant has filed a response will be continued to January 24, 2005 at 12:00 p.m.

4

9.    Debtors' Sixth Omnibus Objection to Claims (Substantive) [Filed: 7/26/04] (Docket No. 6027).

Response Deadline: August 25, 2004 at 4:00 p.m.

Responses Received: There are no unresolved responses going forward.

Status:  This matter will go forward with respect to any claims where the relief sought is unopposed.  However, where a claimant has filed a response, such matter will be continued to January 24, 2005 at 12:00 p.m.


10.    Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 8/27/04] (Docket No. 6271).

Response Deadline: October 8, 2004 at 4:00 p.m.  Extended to October 26, 2004.

Responses Received:

(a)    Massachusetts Department of Environmental Protection's Opposition to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6744)

(b)    United States' Objections to Debtors' Objection to Certain Claims Filed By the Massachusetts Department Of Environmental Protection [Filed: 10/26/04] (Docket No. 6748).

Status:  **A status conference on this matter will go forward.**


ADVERSARY MATTERS

11.    Complaint for Declaratory and Other Relief [Filed: 9/2/04] (Docket No. 1)
*The Scotts Company v. American Employers et al. and W. R. Grace & Co., et al.*
*[Adv. Pro. No. 04-55083].*

Related Documents:

(a)    Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 10/4/04] (Docket No. 6)

(b)    [Signed] Stipulation to Extend Time to Respond for Defendant, Maryland Casualty Company [Filed: 10/4/04] (Docket No. 5).

Response Deadline: November 3, 2004.  Extended to 30-days after Court rules on Item No. 14 below.

Responses Received: None as of the date of this agenda.

Status:  **This matter is continued to the January 24, 2005 omnibus hearing.**


12.    Libby Claimants' Limited Motion Pursuant to Bankruptcy Rule 9023(e) for Reconsideration of Order Granting Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company [Filed: 10/21/04] (Docket No. 311) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771].*

Related Documents:

(a)    [Signed] Order Granting Motion to Expand Preliminary Injunction to Include Actions Against Montana Vermiculite Company [Filed: 10/12/04] (Docket No. 299)

(b)    Memorandum Opinion regarding Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company [Filed: 10/12/04] (Docket No. 298)

(c)    Certification of Counsel [Filed: 11/19/04] (Docket No. 329).

Response Deadline: December 13, 2004 at 4:00 p.m.

Responses Received:

(a)    Statement of Debtors Requesting Clarification of the Libby Plaintiffs' Limited Motion Pursuant to Bankruptcy Rule 9023(e) for Reconsideration of Order Granting Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company [Filed: 11/3/04] (Docket No. 317).

Status:  This matter will go forward.


13.    Motion of the Debtors and The Scotts Company for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 11/15/04] (Docket No. 322) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771].*

Response Deadline: December 3, 2004 at 4:00 p.m.

Responses Received:

(a)    ~~Opposition of Certain Plaintiffs Represented By SimmonsCooper LLC to the Motion of the Debtors and The Scotts Company for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 12/3/04] (Docket No. 332)~~ **[Document Entered in Error, see Docket No. 341 filed on 12/8/04].**

(b)    Response to the Lanier Firm Plaintiffs to the Motion of Debtors and The Scotts Company for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 12/3/04] (Docket No. 333)

(c)    Response to the Lanier Firm Plaintiffs to the Motion of Debtors and The Scotts Company for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 12/3/04] (Docket No. 334)

(d)    Objection of the Official Committee of Asbestos Personal Injury Claimants to the Motion of Debtors and The Scotts Company for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 12/3/04] (Docket No. 335)

(e)    Objection of Donald & Judith Webber and Other Clients Represented By Clark DePew & Tracey to the Motion of the Debtors and The Scotts Company for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 12/3/04] (Docket No. 336).

**Replies Received:**

(a)    Motion of The Scotts Company for an Order Granting Authority Pursuant to Delaware Local Bankruptcy Rule 9006-1(d), to File Supplemental Reply Papers [Filed: 12/10/04} (Docket No. 341)

    (i)    Reply of The Scotts Company in Support of Motion of the Debtors and The Scotts Company for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 12/10/04] (Docket No. 341)

(b)    Debtors' Motion for Leave to File Debtors' Reply in Support of the Motion of the Debtors and The Scotts Company for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 12/10/04] (Docket No. 342)

    (i)    Debtors' Reply in Support of the Debtors' and The Scotts Company's Joint-Motion for a Temporary Stay to Enjoin the Prosecution of All Claims Against Scotts in the State Actions [Filed: 12/10/04] (Docket No. 342).

Status: This matter will go forward.

14.    Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771].*

Response Deadline: December 15, 2004 at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this agenda.

<u>Status:</u>  **This matter is continued to the January 24, 2005 omnibus hearing.**

<u>FEE APPLICATIONS</u>

15.   Thirteenth Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2004 through June 30, 2004.

<u>Related Documents:</u>

(a)   Certification of Counsel Regarding Thirteenth Quarter Project Category Summary for the Thirteenth Interim Fee Period and Certain Prior Amounts [Filed: **12/10/04**] (Docket No. **7137**)

(b)   Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirteenth Period and Certain Prior Amounts [Filed: **12/10/04**] (Docket No. **7138**).

<u>Responses Received:</u> None.

<u>Status:</u>  This matter will go forward.

*[Remainder of Page Left Intentionally Blank]*

91100-001\DOCS_DE:103057.4

OTHER MATTERS

16.     The Debtors will provide status regarding Debtors' Chapter 11 Plan, Disclosure
        Statement and related documents set for hearing on January 21, 2005 and
        January 24, 2005.


Dated: December 13, 2004                KIRKLAND & ELLIS LLP
                                        James H.M. Sprayregen, P.C.
                                        Janet S. Baer
                                        James W. Kapp, III
                                        Samuel L. Blatnick
                                        200 East Randolph Drive
                                        Chicago, IL  60601
                                        Telephone: (312) 861-2000
                                        Facsimile: (312) 861-2200

                                        -and-

                                        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                        & WEINTRAUB P.C.

                                        Laura Davis Jones (Bar No. 2436)
                                        David W. Carickhoff, Jr. (Bar No. 3715)
                                        919 North Market Street, 16th Floor
                                        P.O. Box 8705
                                        Wilmington, DE  19899-8705 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400

                                        Co-Counsel for Debtors and Debtors in Possession

9