IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: Jan. 3, 2005 at 4:00p.m.** |
| | | **Hearing Date :   TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                        December 10, 2004
5400 BROKEN SOUND BLVD., N.W.               Invoice No.  25969
BOCA RATON, FL  33487                       Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   11/30/04

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


11/01/04 JMA Receipt and review email from M. Sprague          .10     37.50
             regarding joint filings

11/01/04 JMA Receipt and review District Court Joint Motion     .20     75.00
             to Dismiss

11/01/04 JMA Receipt and review Final Declaration of D.         .30    112.50
             Field in support of Joint Motion

11/01/04 JMA Receipt and review proposed order of dismissal     .20     75.00
             - final

11/01/04 JMA Appeal - receipt and review Joint Notice of        .20     75.00
             Settlement to 3rd Circuit - Final

11/01/04 LSM Telephone call title company                       .30     48.00

11/02/04 JMA Phone - CHM regarding release of escrow            .20     75.00

11/02/04 JMA Phone - CHM regarding Honeywell as RP for SIte     .30    112.50
             157

11/02/04 JMA Receipt and review letter for Title Co.            .20     75.00
             regarding release of escrow

11/02/04 JMA Phone - R. Senftleben regarding escrow funds       .20     75.00
             and Site 157

11/02/04 JMA Phone - A. Nagy office                             .10     37.50

11/02/04 JMA Phone - A. Nagy regarding escrow monies            .20     75.00

11/02/04 JMA Letter to L. Heller regarding escrow monies        .40    150.00

11/03/04 JMA Receipt and review notice of electronic filing     .10     37.50
             regarding Joint Motion to Dismiss

11/03/04 JMA RCRA Fee Appeal - Receipt and review notice of     .10     37.50
             electronic filing regarding supersedeas bond

11/03/04 JMA Receipt and review supersedeas bond executed       .10     37.50
             and filed by clerk

```
W.R. GRACE & COMPANY                                    December 10, 2004
Client No.            734680                    Page      2
INVOICE NO.           25969
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/03/04 | JMA | Receipt and review notice of electronic filing regarding Special Master Fee Application | .10 | 37.50 |
| 11/03/04 | JMA | Receipt and review email from T. Pasuit regarding Special Master meeting (11/15/04) | .10 | 37.50 |
| 11/03/04 | JMA | Receipt and review executed Joint Notice of Settlement | .10 | 37.50 |
| 11/03/04 | JMA | Receipt and review Honeywell Statement of Issues remaining after ECARG/Grace settlement | .30 | 112.50 |
| 11/03/04 | JMA | Receipt and review letter for CHM to Clerk withdrawing appeal | .20 | 75.00 |
| 11/03/04 | JMA | Receipt and review letter from J. Stewart to Clerk with Supersedeas Bond | .10 | 37.50 |
| 11/03/04 | JMA | Receipt and review executed Supersedeas Bond | .20 | 75.00 |
| 11/03/04 | JMA | Bankruptcy notice | .10 | 37.50 |
| 11/03/04 | JMA | Receipt and review letter from L. Thomas to Special Master re: IRM | .10 | 37.50 |
| 11/03/04 | JMA | Receipt and review ICO expert comments regarding IRM and paving site | .30 | 112.50 |
| 11/03/04 | JMA | Receipt and review letter from M. Sprague to Clerk with Joint Notice of Settlement | .10 | 37.50 |
| 11/03/04 | JMA | Special Master Fee Application (17th) | .30 | 112.50 |
| 11/03/04 | JMA | Proposed Order - Special Master Fee Application | .10 | 37.50 |
| 11/03/04 | JMA | Letter to Judge Cavanaugh regarding Special Master Fee Application | .20 | 75.00 |
| 11/03/04 | JMA | Receipt and review NEF regarding Special Master Fee Application | .10 | 37.50 |
| 11/03/04 | JMA | Receipt and review Special Master motion for fees (17th application) | .20 | 75.00 |
| 11/03/04 | JMA | Receipt and review letter for K. Millian to Special Master | .10 | 37.50 |
| 11/03/04 | JMA | Receipt and review ICO revised schedule for Groundwater and Sediment Investigation | .20 | 75.00 |

```
W.R. GRACE & COMPANY                              December 10, 2004
Client No.              734680             Page      3
INVOICE NO.             25969
```

| | | | |
|---|---|---|---|
| 11/03/04 JMA | Receipt and review letter from D. Field to Clerk with Joint Motion to Dismiss | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review Declaration of Field regarding Joint Motion to Dismiss | .20 | 75.00 |
| 11/03/04 JMA | Receipt and review proposed order of dismissal | .20 | 75.00 |
| 11/05/04 JMA | Phone - CHM regarding ICO position of Joint Application in District Court | .30 | 112.50 |
| 11/05/04 JMA | Phone - CHM regarding status of Site 157 turnover to Honeywell | .20 | 75.00 |
| 11/09/04 JMA | Phone - D. Field's office re: proposed Order of Dismissal | .10 | 37.50 |
| 11/09/04 JMA | Receipt and review email from H. Hale with Special Master comments to Honeywell 100% Design Report | .50 | 187.50 |
| 11/09/04 JMA | Receipt and review email from H. Hale with Special Master comments to River Discharge IRM | .40 | 150.00 |
| 11/10/04 JMA | Conference with CHM re: Honeywell assuming responsibility for Site 157 | 1.70 | 637.50 |
| 11/10/04 JMA | Conference with CHM re: Settlement Agreement limitations on participating in motion to dismiss | 1.60 | 600.00 |
| 11/10/04 JMA | Conference with CHM re: ICO position re: dismissal of Honeywell and Grace claims | 1.80 | 675.00 |
| 11/11/04 JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 11/11/04 JMA | Receipt and review Honeywell opposition to ICO fees on fees petition | .40 | 150.00 |
| 11/11/04 JMA | Receipt and review notice of electronic filing - Honeywell opposition | .10 | 37.50 |
| 11/11/04 JMA | Appeal - receipt and review Order granting Grace withdrawal | .20 | 75.00 |
| 11/11/04 JMA | Appeal - letter to A. Nagy and R. Senftleben | .20 | 75.00 |
| 11/11/04 JMA | Receipt and review letter from D. Field to Judge Cavanaugh | .20 | 75.00 |

```
W.R. GRACE & COMPANY                                        December 10, 2004
Client No.                734680                    Page      4
INVOICE NO.               25969
```

| | | | | |
|---|---|---|---|---|
| 11/11/04 | JMA | Receipt and review revised Order re: joint dismissal | .20 | 75.00 |
| 11/11/04 | JMA | Receipt and review email from H. Hall re: 100% Design Report | .20 | 75.00 |
| 11/19/04 | JMA | Phone - CHM re: Joint Motion to Dismiss | .30 | 112.50 |
| 11/24/04 | JMA | Receipt and review email from T. Pasuit re: Second Restated Stipulated Order - RAWP | .20 | 75.00 |
| 11/24/04 | JMA | Receipt and review Special Master's draft of Second Restated Order | .20 | 75.00 |
| 11/24/04 | JMA | Receipt and review letter from L. Walsh to Judge Cavanaugh re: Fee Application Hearing | .20 | 75.00 |
| 11/24/04 | JMA | Receipt and review letter from K. Millian to Judge Cavanaugh re: 8/26/04 Order | .20 | 75.00 |
| 11/24/04 | JMA | Receipt and review ICO response to Honeywell's Statement of Issues remaining on appeal | .50 | 187.50 |
| 11/24/04 | JMA | Receipt and review email from T. Pasuit with final draft of Second Restated Order re: RAWP | .20 | 75.00 |
| 11/24/04 | JMA | Receipt and review ICO comments to draft Second Amended Order re: RAWP | .20 | 75.00 |
| 11/24/04 | JMA | Receipt and review letter from L. Thomas to Clerk | .10 | 37.50 |
| 11/24/04 | JMA | Receipt and review ICO opposition to Honeywell and Grace Joint Motion | .30 | 112.50 |
| 11/24/04 | JMA | Receipt and review ICO proposed Order denying joint motion | .20 | 75.00 |
| 11/24/04 | JMA | Appeal - receipt and review Third Circuit Order denying ICO sur-reply re: HOneywell motion to stay | .20 | 75.00 |
| 11/29/04 | JMA | Letter to R. Senftleben and A. Nagy re: ICO opposition to Honeywell and Grace Joint Motion to Dismiss | .20 | 75.00 |
| 11/29/04 | JMA | Phone - CHM re: ICO opposition to Honeywell and Grace Joint Motion | .30 | 112.50 |
| 11/30/04 | JMA | Appeal - receipt and review notice of oral argument from Third Circuit | .20 | 75.00 |

```
W.R. GRACE & COMPANY                              December 10, 2004
Client No.              734680              Page      5
INVOICE NO.             25969
```

11/30/04 JMA Appeal - letter to A. Nagy and R. Senftleben      .20      75.00
             re: oral argument

## Fee Applications, Applicant

11/02/04 MEF PACER search regarding status of CNO for 31st     .20      50.00
             monthly fee application

11/04/04 MEF Fee Application - review October fee detail      1.20     300.00

11/04/04 MEF Fee Application - PACER search - CNO for 31st      .20      50.00
             monthly fee application

11/04/04 MEF Fee Application - review CNO for 31st monthly      .20      50.00
             fee application

11/06/04 MEF Fee Application - review revised fee detail        .30      75.00

11/06/04 MEF Fee Application - prepare 32nd Monthly Fee        1.20     300.00
             Application

11/06/04 MEF Fee Application - letter to P. Cuniff regarding    .20      50.00
             32nd fee application

11/08/04 JMA Review and execute Carella, Byrne 32nd Monthly     .40     150.00
             Fee Application

11/24/04 JMA Receipt and review Fee Auditor's Final Report      .30     112.50
             for 13th Interim Period

11/29/04 MEF Fee Application - receipt and review Fee           .30      75.00
             Auditor Final Report regarding 13th Quarterly
             Application

                                                          -------------
Total Fees:                                                   8,085.50

```
W.R. GRACE & COMPANY                        December 10, 2004
Client No.              734680              Page       7
INVOICE NO.             25969
```

SUMMARY OF FEES:

```
    *------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*    RATE   HOURS              FEES
    J M AGNELLO                      375.00   18.90          7087.50
    M E FLAX                         250.00    3.80           950.00
    Laura S Munzer                   160.00     .30            48.00
                          TOTALS              23.00          8085.50
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                              December 10, 2004
Client No.              734680                    Page      6
INVOICE NO.             25969
```

          Disbursements


Costs Advanced

11/29/04 Costs Advanced                                (55.00)

                                        SUBTOTAL:      (55.00)

11/30/04 Faxes                                         51.00
11/30/04 Telephone                                     40.26
11/30/04 Additional Staff Time                         74.86
11/30/04 Computer Searches                             13.45
11/30/04 Federal Express                               98.50
11/30/04 Messenger - In House                          50.00
                                                    -------------
Total Costs                                               273.07
                                                    -------------
Total Due this Matter                                   8,358.57
=============