IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:<br>  KAISER ALUMINUM CORP., et al.<br><br>  Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§ | In the Proceedings for a<br>Reorganization under<br><br>Chapter 11<br><br>Case No. 02-10429-JKF<br>Jointly Administered |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. 2019**

SCOTT W. WERT, hereby makes the following verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with the law firm of McCurdy & McCurdy, L.L.P. with offices at 524 E. Lamar Blvd., Suite 250, Arlington, Texas 76011. The law firm of McCurdy & McCurdy, L.L.P. has been retained as counsel for numerous silicosis personal injury and/or wrongful death creditors in the above-referenced bankruptcy, (the "Creditors").

1. A blank, but unredacted, exemplar copy of an Employment Agreement and Power of Attorney authorizing McCurdy & McCurdy, L.L.P., to act on behalf of the Texas Creditors is referenced herein as Exhibit "A". A blank, but unredacted, exemplar copy of an Employment Agreement and Power of Attorney authorizing McCurdy & McCurdy, L.L.P. to act on behalf of the California Creditors is referenced herein as Exhibit "B". Neither are attached, but may be accessed by parties who obtain Court order authorizing access.

2. An Excel spreadsheet outlining the name and personal address of each Creditor, form of agreement empowering McCurdy & McCurdy, L.L.P. to act on behalf of each Creditor, amount of each Creditor's claim, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of McCurdy & McCurdy, L.L.P. is referenced herein as Exhibit "C", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

3. At time of employment, McCurdy & McCurdy, L.L.P. retained a contingency fee interest in each creditor's claim. The times when such interest was acquired in each claim depends upon the date each creditor signed his/her Employment Agreement. Amounts paid to date varies per creditor and McCurdy & McCurdy, L.L.P. has not sold or disposed of any creditor's claims.

4. McCurdy & McCurdy, L.L.P. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

This Statement is filed solely to comply with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bank.P. 2019, which was entered on October 22, 2004. Exhibits "A", "B" and "C", as defined in the Order, have not been scanned and are available from the Clerk upon motion to and order of the Court.

Dated: 12-9-04

MCCURDY & MCCURDY, L.L.P.

*Scott W. Wert*
Scott W. Wert, Esq.
TX State Bar No. 00794835
McCurdy & McCurdy, L.L.P.
524 E. Lamar Blvd., Suite 250
Arlington, TX 76011
PH:   (817) 649-8600
FAX: (817) 649-5008

## DECLARATION OF SCOTT W. WERT OF MCCURDY & MCCURDY, L.L.P.

I, Scott W. Wert, lead counsel for McCurdy & McCurdy, L.L.P., hereby declare, under penalty of perjury, that the representations in the forgoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019, are true and correct to the best of my knowledge, information and belief.

Dated: 12-9-04

McCurdy & McCurdy, L.L.P.

*Scott W. Wert*
Scott W. Wert, Esq.

## CERTIFICATE OF SERVICE

I, Scott W. Wert, do hereby certify that on this ___9th___ day of December, 2004, I caused a true and correct copy of the foregoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019 to be served via first class U. S. Mail, postage prepaid on the parties designated on the attached service list.

_____
Scott W. Wert