IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

_____x

IN RE

W.R. Grace & Co., *et al.*,

Debtor.

In Proceedings for a
Reorganization under
Chapter 11

Case No. 01-1139 (JKF)

_____x

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019
FILED BY MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC**

GARY W. KENDALL, being first duly sworn, hereby deposes and states as follows:

I am an attorney with the firm of Michie Hamlett Lowry Rasmussen & Tweel PLLC, 500 Court Square, Suite 300, Charlottesville, Virginia 22902.

2.      This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004, (the "Revised Order").

3.      The law firm of Michie Hamlett Lowry Rasmussen & Tweel PLLC has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4.      Each creditor named on the attached list has executed a Power of Attorney Agreement authorizing Michie Hamlett Lowry Rasmussen & Tweel PLLC to represent the creditor in bankruptcy proceedings.

5.    The address of each Creditor is provided as set forth in the exhibit list.

6.    Michie Hamlett Lowry Rasmussen & Tweel PLLC does not hold any claims against or interest in the Debtor.

7.    Michie Hamlett Lowry Rasmussen & Tweel PLLC will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

8.    Exhibits have not been scanned but may be accessed by parties who obtain Court order authorizing access.

DATED: December _8th_ 2004          MICHIE HAMLETT LOWRY
                                    RASMUSSEN & TWEEL PLLC


                                    By: _____
                                        Gary W. Kendall

Sworn to before me this _8th_ day of
December, 2004 in the
City of Charlottesville, Virginia.

_Kelly G. Donato_
Kelly G. Donato
Notary Public

My commission expires: November 30, 2008