Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

ZAI Plaintiffs                                      10/31/2004
Richardson Patrick Westbrook           Client No: 220305-11221M
174 East Bay Street              Statement No:     210931
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

      Fees

| Date | Description | Rate | Fee |
|---|---|---|---|
| 08/10/04 | MY Prepare April, May, June 2004 fee application of RPWB for Delaware filing | 75.00 | 2.80 |
| 08/12/04 | WDS Review and approve RPWB's April, May and June Fee Applications; e-mail to co-counsel re: potential revision. | 220.00 | 0.50 |
| 08/16/04 | MY Make changes to April, May and June fee applications in preparation for filing | 75.00 | 0.90 |
| | WDS Review report on RPWB Quarterly Application for 12th Interim period. | 220.00 | 0.10 |
| 08/17/04 | MY Format, file and serve April, May, June fee application of RPWB (.7); review docket draft CNO re: RPWB March Fee Application (.7); draft, format, finalize and serve CNO re: March fee application of RPWB (.7) | 75.00 | 2.10 |

1

| Date | Description | Rate | Hours |
|---|---|---|---|
| 08/19/04 | WDS Review and approve monthly fee applications for April, May and June. | 220.00 | 0.50 |
| | MY Draft/edit April, May, June Fee applications of EART&M (3.6); format, finalize and serve all 3 applications (1.8) | 75.00 | 5.40 |
| 08/24/04 | WDS E-mail Status Report for co-counsel on Judge Fitzgerald's rulings. | 220.00 | 0.40 |
| 08/27/04 | MY Review docket re: fee application status and status of CNO's or all filers, begin drafting CNO's | 75.00 | 1.40 |
| 08/30/04 | MY Draft, format, finalize and serve CNO's for January, February, March 2004 of EART&M | 75.00 | 2.70 |
| 08/31/04 | MY Review docket re: applications of L&H, draft CNO, re: Oct, Nov, Dec Fee applications | 75.00 | 1.60 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 1.5 | $220.00 | $ 330.00 |
| Michael Young | Paralegal | 16.9 | 75.00 | $1,267.50 |

Advances
08/17/04 Courier fee Tristate Courier & Carriage     5.00
08/17/04 Courier fee Tristate Courier & Carriage     6.50
08/30/04 Courier fee Tristate Courier & Carriage     5.00

Total Advances         $16.50
Total Current Work     $1,597.50

Balance Due            $1,614.00
                       =========

2