**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JFK)<br>(Jointly Administered)<br><br>**Objection Deadline: January 13, 2005**<br>**Hearing Date: TBD if necessary** |

**SUMMARY OF APPLICATION OF ELZUFON AUSTIN REARDON**
**TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL**
**TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE**
**PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

Name of Applicant:                                      Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                              Zonolite Attic Insulation Claimants

Date of retention:                                       August 22, 2002

Period for which compensation              September 1, 2004 through
and reimbursement is sought:                September 30, 2004

Amount of compensation sought
as actual reasonable and necessary:     $ 2,158.50

Amount of expense reimbursement        $ 2,230.53
sought as actual reasonable and
necessary:

This is a:        X   Monthly _____Interim          _____Final Application


Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Approved | Approved |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Approved | Approved |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Approved | Approved |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 11/25/03 | 10/1/03 through 10/31/04 | $ 1,457.00 | $ 1,918.31 | Pending | Pending |
| 12/23/03 | 11/1/03 through 11/30/03 | $2,750.00 | $1,281.11 | Pending | Pending |
| 2/18/04 | 12/1/03 through 12/31/03 | $1,766.50 | $143.76 | Pending | Pending |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Pending | Pending |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Pending | Pending |
| 5/20/04 | 3/1/2004 through 3/31/2004 | $ 1,281.50 | $139.20 | Pending | Pending |

| | | | | | |
|---|---|---|---|---|---|
| 8/19/2004 | 4/1/2004 through 4/30/04 | $821.00 | $0.00 | Pending | Pending |
| 8/19/2004 | 5/1/2004 through 5/31/04 | $1,510.50 | $906.09 | Pending | Pending |
| 8/19/2004 | 6/1/04 through 6/30/04 | $2,359.00 | $1,160.75 | Pending | Pending |
| 12/13/04 | 7/1/04 through 7/31/04 | $1,343.50 | $1,953.52 | Pending | Pending |
| 12/13/04 | 8/1/04 through 8/30/04 | $1,597.50 | $16.50 | Pending | Pending |

As indicated above, this is the twenty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 14 | Bankruptcy | $220.00 | .3 | $66.00 |
| TOTALS | | | | | .3 | $66.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 27.9 | $2,092.50 |
| TOTALS | | | | | 27.9 | $2,092.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 28.2 Hours | $2,158.50 |
| 22-ZAI Science Trial | Hours | $ |
| TOTALS | 28.2 Hours | $2,158.50 |

**EXPENSES**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $91.50 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $2,139.03 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $2,230.53 |

Dated: Wilmington, Delaware
      December 14, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ Charles J. Brown, III*
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>        Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 13, 2005**<br>**Hearing Date: TBD if necessary** |

**FEE DETAIL OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC 29401

10/31/2004
Client No: 220305-11221M
Statement No:    210931

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

    Fees

| Date | Description | Rate | Hour |
|---|---|---|---|
| 09/01/04 | MY Format file and serve CNO's re Lukins and Annis October, November, December Fee Applications | 75.00 | 1.40 |
| 09/02/04 | MY Draft, format, finalize and serve certificates of no objections re: January and February Fee Applications of L&A | 75.00 | 1.20 |
| 09/03/04 | WDS Review fee auditors report on 12th interim fee application | 220.00 | 0.20 |
| 09/07/04 | MY Review file and docket re applications of RPWB from April to June of 2004, review for objections, update file | 75.00 | 0.60 |
| 09/08/04 | MY Review file and draft CNO's re April, May, June Fee Apps of RPWB (1.2), Format file and serve all | | |

1

|  |  |  |
|---|---|---|
| CNO's (.7), review file re prior orders re budget (.2) | 75.00 | 2.10 |

09/09/04
   MY Review for information re: telephonic appearance    75.00   0.20
   MY Gather exhibits and make edits to 13th quarterly fee application of RPWD and prepare for filing/review (1.8); draft notice (.3)    75.00   2.10

09/10/04
   MY Format, file and serve 13th Quarterly Fee Application (1.2), format and file notice of service (.3)    75.00   1.50

09/13/04
   WDS Review letter from Grace re: payment to financial advisors.    220.00   0.10

   MY Draft memorandum re: service list    75.00   0.30

09/14/04
   MY Review file, begin draft of EARTM Quarterly Fee Application    75.00   1.10

09/15/04
   MY Complete draft of 8th Quarterly Fee Application (2.8), draft notice of service (.3)    75.00   3.10

09/20/04
   MY Prepare April, May, and June Fee App of Lukins and Annis for filing, format, file and serve each (2.7), Revise quarterly of EARTM (.8)    75.00   3.50

09/21/04
   MY Review file and docket re 9/20 to ensure proper service and filing, Format and file quarterly of EARTM and Format and file notice of quarterly    75.00   2.50

2

09/22/04
    MY  Review case information re: 9/27
        hearing (.2)                               75.00   0.20

09/23/04
    MY  Preparation for 9/27/04 hearing
        (.2), review docket re objections
        to Fee apps of EARTM, draft CNO's
        for April and May 2004 Fee apps
        (1.1)                                   75.00   1.30

09/24/04
    MY  Draft CNO re June Fee App, format
        file and serve (1), Format file
        and serve CNO's re April and May
        Fee Apps (.8), review agenda
        regarding 9/27/04 hearing (.3),
        prepare July 2004 for filing RPWB
        (.8), review documents related to
        budget (.3)                        75.00   3.20

09/27/04
    MY  Update tracking chart of fee
        applications of EARTM, L&A, and
        RPWB in preparations for 9/27/04
        hearing                               75.00   3.10

09/28/04
    MY  Review file and contact info,
        obtain order re Increase in
        Budget                                 75.00   0.50
                                                  --------  --------
    For Current Services Rendered     $2,158.50  28.2

Recapitulation
Timekeeper                      Title         Hours    Rate        Total
Sullivan, William D.         Partner      .3    $220.00    $   66.00
Michael Young               Paralegal   27.9     75.00    $2,092.50

Advances
09/01/04 Courier fee Tristate Courier & Carriage           5.00
09/02/04 Courier fee Tristate Courier & Carriage           5.00
09/08/04 Courier fee Tristate Courier & Carriage           5.00
09/10/04 Courier fee Tristate Courier & Carriage           5.00
09/10/04 Out sourcing of services. Reliable Copy Service,
    Inc.                                                  942.84

09/20/04 Courier fee Tristate Courier & Carriage    71.50
09/21/04 Out sourcing of services. Reliable Copy Service,
    Inc.    948.05
09/29/04 Out sourcing of services. Reliable Copy Service,
    Inc.    248.14
                                                        -----------------

Total Advances    $2,230.53
Total Current Work    $2,158.50

Balance Due    $4,389.03

Reliable Copy Service, Inc.- Delaware

# INVOICE

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|---|---|
| 9/10/2004 | 13911 |

| BILL TO | SHIP TO |
|---|---|
| Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801<br>Attn: Mike Young | Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801 |

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|---|---|---|---|---|---|
|  | Net 30 | JC | Delivery | 220305-11221 | WR Grace |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Straight Copying | 4,935 | 0.10 | 493.50T |
| U.S. Postage | 206 | 1.29 | 265.74T |
| Postage-International | 1 | 1.60 | 1.60T |
| Hand Deliveries | 28 | 6.50 | 182.00T |
| Sales Tax (in-state Sales-exempt); |  | 0.00 | 0.00 |

Thank you for your business.

**Total** $942.84

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

Reliable Copy Service, Inc.- Delaware

# INVOICE

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|---|---|
| 9/21/2004 | 14006 |

| BILL TO | SHIP TO |
|---|---|
| Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801<br>Attn: Mike Young | Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801 |

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|---|---|---|---|---|---|
|  | Net 30 | JC | Delivery | 220305-11221 | WR Grace |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Straight Copying | 4,935 | 0.10 | 493.50T |
| U.S. Postage | 205 | 1.29 | 264.45T |
| Postage-Canadian | 1 | 1.60 | 1.60T |
| Hand Deliveries | 29 | 6.50 | 188.50T |
| Sales Tax (in-state Sales-exempt); |  | 0.00 | 0.00 |

Thank you for your business.

**Total**     $948.05

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

# INVOICE

Reliable Copy Service, Inc.- Delaware

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|---|---|
| 9/29/2004 | 14071 |

**BILL TO**
Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801
Attn: Laura

**SHIP TO**
Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|---|---|---|---|---|---|
|  | Net 30 | JC | Delivery | 220305-11221 | CJB |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Light Litigation | 1,451 | 0.14 | 203.14T |
| GBC Bind | 20 | 2.25 | 45.00T |
| Sales Tax (in-state Sales-exempt); |  | 0.00 | 0.00 |

Thank you for your business.

**Total** $248.14

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

# CERTIFICATE OF SERVICE

I, CHARLES J. BROWN, III, hereby certify that on December 14, 2004, service of the foregoing

- **Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of September 1, 2004 through September 30, 2004**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
December 14, 2004

*/s/ Charles J. Brown, III*
CHARLES J. BROWN, III

**SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202