# Exhibit A

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AAA COOPER TRANSPORTATION<br>KINSEY RD<br>PO BOX 6827<br>DOTHAN AL 36302 | 01-01140<br>W.R. GRACE & CO.-CONN. | 49 | $485.06 | (U) | POST PETITION FRIEGHT BILL WAS PAID 4/26/01, CHECK #5576 |
| 2 | ADC TRUCK TERMINAL<br>PO BOX 7661<br>NEWPORT BEACH CA 92658 | 01-01139<br>W.R. GRACE & CO. | 2044 | $193.00 | (U) | ALL INVOICES ATTACHED TO SCHEDULE WERE FOR POST PETITION INVOICES THAT CLEARED VIA AMER BILL ON 3/1/02. |
| 3 | ADVOGADOS, DANIEL<br>AV REPULBICA DO CHILE 230/6 FL<br>RIO DE JANEIRO RJ 02003-1170<br>BRAZIL | 01-01140<br>W.R. GRACE & CO.-CONN. | 1577 | $6,336.90 | (U) | 9448-02/9433-02/9427-01/9459-01/9413-02 PAID 7/18/02 CHECK #39501–2G5175/76 PAID 7/30/02-CHECK #40412 |
| 4 | AIR PRODUCTS AND CHEMICALS INC<br>BANKRUPTCY DEPT<br>7201 HAMILTON BLVD M/C A6313<br>ALLENTOWN PA 19510 | 01-01139<br>W.R. GRACE & CO. | 15446 | $9,392.29 | (A) | INVOICES ARE POST PETITION AND ALL HAVE BEEN PAID. |
| 5 | AMERICAN ANALYTICAL & TECHNICAL<br>1700 W ALBANY<br>BROEN ARROW OK 74012 | 01-01139<br>W.R. GRACE & CO. | 1267 | $3,941.16 | (U) | ALL CLAIMED INVOICES WERE POST PETITION AND ALL HAVE BEEN PAID. |
| 6 | AMR TRAINING GROUP INC DBA AMERICAN AIRL<br>AMERICAN AIRLINES TRAINING & CONF CTR<br>ACCOUNTS RECEIVABLE<br>4501 HWY 360 MD 906<br>FORT WORTH TX 76155 | 01-01139<br>W.R. GRACE & CO. | 2099 | $63,356.33 | (U) | POST PETITION INVOICES WERE PAID 11/5/03, CHECK #3999971. |
| 7 | BIANCHETTI BRACCO MINOSA SRL<br>VIA ROSSINI 8<br>MILAN 20422<br>ITALY | 01-01140<br>W.R. GRACE & CO.-CONN. | 2211 | $741.39 | (U) | CLAIMED INVOICE WAS PAID BY TREASURY 6/2003 IN EURO$748.87. ORIGINAL PAYMENT WAS MADE PRE-PETITION (11/2/00) BUT RETURNED TO BANK ON 2/28/01. |
| 8 | BULK TRANSIT CORPORATION<br>7177 INDUSTRIAL PKWY<br>PLAIN CITY OH 43064 | 01-01139<br>W.R. GRACE & CO. | 1323 | $954.00 | (U) | INVOICES WERE FOR FREIGHT THAT IS EXEMPT FROM BANKRUPCY HOLDING AND THEREFORE PAID 4/6/01 WITH CHECK #4222. |
| 9 | CDI CORPORATION<br>TEN PENN CENTER 12TH FL<br>18TH & MARKET<br>PHILADELPHIA PA 19103 | 01-01139<br>W.R. GRACE & CO. | 113 | $10,192.40 | (U) | INVOICES PAID POST-PETITION. CHECK # 6482 5/17/01 FOR 4418228/229 AND CHECK #12569 FOR 04414480 8/7/01. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 10 | CENTRAL TRANSPORT INTL INC<br>12225 STEPHENS RD<br>WARREN MI 48089 | 01-01139<br>W.R. GRACE & CO. | 720 | $680.99 | (U) | FREIGHT BILL EXEMPT FROM BANKRUPCY HOLD WAS PAID ON 3/7/03, CHECK # 756619 (BY CASS). |
| 11 | CITY OF PRESQUE ISLE<br>12 SECOND ST<br>PRESQUE ISLE ME 04769 | 01-01139<br>W.R. GRACE & CO. | 2032 | $73.14 | (S) | POST PETITION INVOICE WAS PAID 7/17/02, CHECK #351269. |
| 12 | CORPORATION SCIENTIFIQUE CLAISSE<br>350 FRANQUET ST #45<br>SAINTE-FOY QC G1P4P3<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 7246 | $17,438.13 | (U) | ALL CLAIMED INVOICES ARE FOR 2003. INVOICE 3657 AND 3658 WERE PAID ON 2/27/03, CHECK #55183. INVOICE 3710 WAS PAID ON 5/13/03, CHECK # 59299. |
| 13 | CTL DISTRIBUTION INC<br>J W TAYLOR ESQ<br>PO DRAWER 67<br>AUBURNDALE FL 33823 | 01-01139<br>W.R. GRACE & CO. | 13497 | $6,441.43 | (U) | ALL FREIGHT RELATED INVOICES AND ALL PAID BY CASS, OUTSIDE FREIGHT PAYMENT PROCESSING COMPANY. |
| 14 | D F KING & CO INC<br>77 WATER ST -20TH FL<br>NEW YORK NY 10005 | 01-01139<br>W.R. GRACE & CO. | 1058 | $5,760.06 | (U) | INVOICES PAID 7/30/02; CHECK #352708; CANCELLED CHECK OBTAINED 8/5/03. |
| 15 | DICK KEARSLEY SERVICE CTR INC<br>520 S STATE ST<br>CLEARFIELD UT 84015 | 01-01139<br>W.R. GRACE & CO. | 1043 | $164.31 | (U) | POST PETITION INVOICE WAS PAID IN FULL ON 7/10/02 WITH CHECK #350122. |
| 16 | EMERGENCY DRUG TESTING INC<br>2708 2ND AVE STE A<br>LAKE CHARLES LA 70601 | 01-01139<br>W.R. GRACE & CO. | 1022 | $150.00 | (U) | POST PETITION INVOICE WAS PAID 7/11/02 WITH CHECK #38931. |
| 17 | FINCHER FIRE PROTECTION INC<br>C/O JOHN R FRAWLEY JR<br>ATTORNEY AT LAW<br>PO BOX 101493<br>IRONDALE AL 35210 | 01-01139<br>W.R. GRACE & CO. | 46 | $540.00 | (U) | POST PETITION INVOICE WAS PAID 6/6/01, CHECK #306838. |
| 18 | HALL CHEMICAL COMPANY, THE<br>28960 LAKELAND BLVD<br>WICKLIFFE OH 44092 | 01-01139<br>W.R. GRACE & CO. | 909 | $96,841.39 | (U) | CHECK #12532 8/3/01-PAID $96,841.39 |
| 19 | HAMILTON COUNTY DELINQUENT TAX OFFICE<br>DELINQUENT TAX OFFICE<br>107 COURTHOUSE<br>CHATTANOOGA TN 37402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 667 | $82,440.66 | (S) | INVOICE WAS PAID 12/6/01, CHECK #22641. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
                                                                                                                    (P) - Priority            (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 20 | HANDY CHEMICAL USA LTD<br>120 INDUSTRIAL BLVD<br>CANDIAC QC J5R1J2<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 1801 | $53,057.61 | (U) | ALL INVOICES WERE PAID 6/7/01 VIA EDI, DOCUMENT #2000029969. |
| 21 | IRON MOUNTAIN INC<br>D&B/RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 2002 | $45.00 | (U) | POST PETITION INVOICE WAS PAID 6/26/02, CHECK#349007. |
| 22 | JOHN J MORONEY & CO<br>ATTN JACK CALMEYN PRES<br>6817 S HARLEM AVE<br>BEDFORD PARK IL 60638 | 01-01139<br>W.R. GRACE & CO. | 1544 | $2,448.96 | (U) | CLAIM REPRESENTS ALL POST PETITION INVOICES THAT WERE PAID DURING JULY AND AUGUST OF 2002. |
| 23 | LETTERMANS BLUEPRINT & SUPPLY CO<br>ATTN: MATT DEBOSIER<br>4726 GOVERNMENT ST<br>BATON ROUGE LA 70806 | 01-01139<br>W.R. GRACE & CO. | 918 | $1,140.73 | (U) | CLAIM FOR POST PETITION INVOICES DATED IN APRIL AND MAY 2002. PAYMENT OF $1,140.73 WAS MADE 6/25/03, CHECK#37758. |
| 24 | LOS ANGELES COUNTY FIRE DEPT<br>1320 N EASTRN AVE # 225<br>LOS ANGELES CA 90063 | 01-01139<br>W.R. GRACE & CO. | 1233 | $578.25 | (U) | PRE-PETITON INVOICE PAID 7/31/02, CHECK #352917. |
| 25 | MANPOWER INTERNATIONAL INC<br>5301 N IRONWOOD RD<br>PO BOX 2053<br>MILWAUKEE WI 53201 | 01-01139<br>W.R. GRACE & CO. | 111 | $10,198.74 | (U) | ALL INVOICES HAVE BEEN PAID. |
| 26 | MARCEL DEKKER INC<br>PO BOX 5005<br>MONTICELLO NY 12701 | 01-01139<br>W.R. GRACE & CO. | 1611 | $468.75 | (U) | PAID 11/6/03, CHECK #67192 |
| 27 | MICHELMAN INC<br>9080 SHELL ROAD<br>CINCINNATI OH 45236-1299 | 01-01139<br>W.R. GRACE & CO. | 173 | $396.28 | (U) | POST PETITION INVOICE WAS PAID 7/13/01, EDI DOCUMENT #200013953. |
| 28 | MIDWEST SUBURBAN PUBLISHING<br>6901 W 159TH ST<br>TINLEY PARK IL 60477 | 01-01139<br>W.R. GRACE & CO. | 914 | $469.45 | (U) | POST PETITION INVOICE WAS PAID 8/15/01, CHECK #314177. |
| 29 | NAYLOR PUBLICATIONS INC<br>5931 NW 1ST PL<br>GAINESVILLE FL 32607 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1604 | $1,087.05 | (U) | POST PETITION INVOICES WERE PAID 1/14/04. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                                (P) - Priority        (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

|    | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|----|---|---|---|---|---|---|
| 30 | NEW ENGLAND INDUSTRIAL TRUCK<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 632 | $25,104.17 | (U) | PAYMENT MADE TO VENDOR FOR $25,104.17 ON 4/23/01, CHECK #302498. |
| 31 | NEW YORK STOCK EXCHANGE INC<br>20 BROAD ST 8TH FL<br>ATTN CONTROLLERS DEPT<br>NEW YORK NY 10005 | 01-01140<br>W.R. GRACE & CO.-CONN. | 79 | $65,436.00 | (U) | PAID 2/21/02 CK # 332966 |
| 32 | OMG AMERICAS INC<br>811 SHARON DR<br>WESTLAKE OH 44145 | 01-01139<br>W.R. GRACE & CO. | 2323 | $305,415.66 | (U) | ALL INVOICES HAVE BEEN PAID EDI ON 12/19/02, DOCUMENT #2000039814. |
| 33 | PORT AGGREGATES INC<br>1 LAKESHORE DR STE 1200<br>LAKE CHARLES LA 70629 | 01-01139<br>W.R. GRACE & CO. | 1385 | $2,833.72 | (P) | INVOICES 81364 & 81548 PAID 7/18/02 DEPOSIT #2000022304; INVOICE 81694 PAID 7/25/02 DEPOSIT #2000023203. |
| 34 | RIVER CITY TOWING SERVICES<br>PO BOX 1300<br>DENHAM SPRINGS LA 70727 | 01-01139<br>W.R. GRACE & CO. | 34 | $33,008.11 | (P) | INVOICE PAID 5/9/01 DEPOSIT #2000008060. |
| 35 | SCIENTIFIC CONTROL LABS INC<br>3158 S KOLIN AVE<br>CHICAGO IL 60623 | 01-01139<br>W.R. GRACE & CO. | 1349 | $320.00 | (U) | POST PETITION INVOICE PAID 1/27/04 VIA EDI #2000002545. |
| 36 | SHELBY COUNTY TRUSTEE<br>PO BOX 2754<br>MEMPHIS TN 38101-2754 | 01-01139<br>W.R. GRACE & CO. | 2050 | $2,955.26 | (S) | ALL INVOICES HAVE BEEN PAID: 9/24/02 CK #44495, 9/27/04 CK#4242. |
| 37 | TBW INDUSTRIES INC<br>PO BOX 336<br>FURLONG PA 18925 | 01-01139<br>W.R. GRACE & CO. | 891 | $1,686.14 | (U) | POST PETITION INVOICE WAS PAID 7/31/02, CHECK # 352873. |
| 38 | TECHNICAL LABORATORIES INC<br>515 CHEROKEE BLVD<br>CHATTANOOGA TN 37405 | 01-01139<br>W.R. GRACE & CO. | 1683 | $46.00 | (U) | POST PETITION INVOICE PAID ON 6/14/01-CHECK #8707. |
| 39 | TEXAS COMPTROLLER OF PUBLIC ACCTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIV BANKRUPTCY SECT<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01140<br>W.R. GRACE & CO.-CONN. | 310 | $16,324.10 | (A) | SALES TAX AND PENALTIES HAVE BEEN PAID. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 40 | TOM CROWLEY ASSOCIATES INC<br>30 TURNPIKE ST<br>WEST BRIDGEWATER MA 02379 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13704 | $1,052.14 | (U) | CLAIMED INVOICE WAS POST PETITION AND PAID 4/4/02 VIA EDI. |
| 41 | TOWERS PERRIN<br>1500 MARKET ST<br>CENTRE SQUARE E 20TH FL<br>PHILADELPHIA PA 19102 | 01-01139<br>W.R. GRACE & CO. | 1312 | $4,265.00 | (U) | POST PETITION INVOICE WAS PAID VIA EDI #2000042019 ON 8/26/02. |
| 42 | UNITED RENTALS<br>ATTN BARBARA GARCIA<br>525 JULIE RIVERS DR #200<br>SUGAR LAND TX 77478 | 01-01139<br>W.R. GRACE & CO. | 13759 | $11,444.95 | (U) | INVOICES ARE POST PETITION INVOICES AND ALL HAVE BEEN PAID. |

| | | |
|---|---|---|
| totals: | $85,469.06 | (S) |
| | $25,716.39 | (A) |
| | $35,841.83 | (P) |
| | $698,877.43 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.