IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co.,, et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Hal Pitkow, Esquire, being first duly sworn, hereby deposes and states as follows:

1.  I am an attorney with offices at 138 N. State Street, Newtown, Pennsylvania.

2.  This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3.  Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Hal Pitkow, Esquire, with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4.  Each of these Creditors has employed Hal Pitkow, Esquire, under an employment contract. A blank but unredacted exemplar of Hal Pitkow, Esquire's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by Hal Pitkow, Esquire, one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2,

-2-

etc.  For each Asbestos Creditor represented by Hal Pitkow, Esquire, and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 14, 2004                                      Respectfully submitted,

                                                          /S/ Hal Pitkow
                                                            Hal Pitkow, Esquire
                                                            138 N. State Street
                                                           Newtown, PA  18940
                                                           215.860-2900