**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., | § | |
| Debtor. | § | Case No. 01-1139-JKF |

**VERIFIED STATEMENT OF DIES & HILE, L.L.P.**
**PURSUANT TO FED. R. BANKR. P. 2019**

Pursuant to Fed. R. Bankr. P. 2019, the law firm of Dies & Hile, LLP ("Dies & Hile") files this verified statement of multiple representation and states as follows:

1. Dies & Hile represents the STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF CONNECTICUT; STATE OF OKLAHOMA; STATE OF OREGON; OREGON HEALTH & SCIENCE UNIVERSITY; COUNTY OF MARICOPA, ARIZONA; COUNTY OF COOK, ILLINOIS; COUNTY OF EL PASO, TEXAS; COUNTY OF ORANGE, TEXAS[1]; CITY OF PHOENIX, ARIZONA; CITY OF TUCSON, ARIZONA; CITY OF EUGENE, OREGON; CITY OF AMARILLO, TEXAS; CITY OF HOUSTON, TEXAS; COLEMAN HOUSING AUTHORITY; HARLINGEN HOUSING AUTHORITY; SABINE RIVER AUTHORITY; MERCANTILE BUILDING ASSOCIATES, LP; EL PASO CORPORATION; SIX HUNDRED BUILDING, LTD.; and SCOTT & WHITE MEMORIAL HOSPITAL[2], (collectively referred to as "Claimants") who have asbestos property damage claims against W.R. Grace & Co. and all of its related debtors in the above-captioned and numbered action ("Debtor").

---

[1] The County of Orange is the class representative in Cause No. D-890803-C, styled, *The County of Orange, et al., Individually, and on Behalf of the State of Texas and Other Similarly Situated Political Subdivisions v. National Gypsum Company, et al.*, pending in the 260th Judicial District Court of Orange County, Texas. This action was certified as a class action by order dated January 27, 1993. Debtor was joined as a named defendant in this action on February 7, 2001. A class Proof of Claim was filed by The County of Orange as Debtor is one of the named defendants in this action. Individual claims were also filed for members of the class whose buildings contain or contained Debtor's asbestos-containing materials.

[2] Dies & Hile was authorized by Scott & White Memorial Hospital to file a Proof of Claim in this action. Subsequent to the filing of the Proof of Claim, Scott & White Memorial Hospital informed Dies & Hile that it no longer desired to pursue its claim against Debtor.

2. Claimants own, operate, or use buildings which contain or contained asbestos-containing materials ("ACM") which Debtor designed, manufactured, distributed, marketed and placed in the stream of commerce.  The ACM was defective in that it is friable, as the binder or matrix breaks down and deteriorates over time thereby releasing invisible asbestos fibers into the air, contaminating and damaging the buildings, and exposing building occupants to health risks.  Claimants seek to recover damages, including the cost to repair, replace, abate or remove the ACM and the cost of administrative compliance and other indirect expenses.  Claimants' claims are unliquidated and were acquired more than one year prior to the Debtor's filing of its Petition in Bankruptcy.

3. CD-ROMs are being filed with the United States Bankruptcy Clerk as required by the Court in its Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, dated October 22, 2004. Included in the CD-ROMs are the following:  a) an Excel spreadsheet containing the information required by the Court in its Revised Order marked as Exhibit "A"; and b) an exemplar copy, or a copy of each agreement or instrument that empowers Dies & Hile to act on behalf of Claimants marked and consecutively numbered as Exhibit "B-1 – B-21."

4. Claimants have conveyed to Dies & Hile a contingent fee interest in their claims against Debtor.  These interests were acquired at the time Dies & Hile was retained by Claimants.  The interest owned and the date such interests were acquired is setforth in the agreements executed by Claimants and marked as Exhibits "B-1 – B-21." Dies & Hile has not received any payment for its interest in such claims and has not sold or disposed of any claims or interests in such claims.

DATED:   December 15, 2004.

        DIES & HILE, L.L.P.
        1009 W. Green Avenue
        Orange, Texas 77630
        Phone:  (409) 883-4394
        Facsimile:  (409) 883-4814


By:   /s/ Martin W. Dies
      Martin W. Dies
      TBA # 05853800

ATTORNEYS FOR CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., | § | |
| Debtor. | § | Case No. 01-1139-JKF |

### **VERIFICATION**

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF ORANGE | § |

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the County and State aforesaid, the named Martin W. Dies who, having been duly sworn before me, states on oath that the matters set forth in the Verified Statement of Dies & Hile, L.L.P. pursuant to Fed. R. Bankr. P. 2019 are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED BEFORE ME this 15th day of December, 2004.

    /s/ Dale Rice
NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires:  10-30-2005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., | § | |
| Debtor. | § | Case No. 01-1139-JKF |

**CERTIFICATE OF SERVICE**

I, Martin W. Dies, hereby certify that on December 15, 2004, I served a copy of the Verified Statement of Dies & Hile, L.L.P. Pursuant to Fed. R. Bankr. P. 2019 which includes all exhibits provided to the Clerk on CD, upon Debtor and the United States Trustee. A Notice of Filing of the Verified Statement was also served on all parties on the Official Service List.

/s/ Martin W. Dies
Martin W. Dies