IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter   11

W.R. Grace & Co., et al.                        Case No.  01-1139-JKF

      Debtors

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

    Timothy J. Hogan, being first duly sworn, hereby deposes and states as follows:

    1. I am an attorney with the Law Offices of Peter T. Nicholl, 36 South Charles Street, Suite 1700, Baltimore, Maryland, 21201.

    2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

    3. The Law Offices of Peter T. Nicholl has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto.

    4. The order signed certifies that each creditor named on the attached list has executed a retainer agreement authorizing the Law Offices of Peter T. Nicholl to represent the creditor in bankruptcy proceedings.

...

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to asbestos-related personal injury. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of Peter T. Nicholl does not hold any claims against or interest in the Debtor.

8. The Law Offices of Peter T. Nicholl will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Sworn to before me this 7th day of December, 2004.

_____
Notary Public



M. BROOKE TARRAN
*NOTARY PUBLIC*
BALTIMORE COUNTY, MD
My Commission Expires
September 2, 2007