IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | | |
| | § | In Proceedings for a |
| | § | |
| | § | Reorganization under Chapter 11 |
| | § | |
| **W.R. GRACE & CO., ET AL,** | § | Case No. 01-01139-JKF |
| | § | |
| **Debtor,** | § | |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. 2019**

ERIC BOGDAN, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with The Bogdan Law Firm, with offices at 8866 Gulf Freeway, Suite 515, Houston, Texas 77017.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 25, 2004 (the "Revised Order").

3. The Bogdan Law Firm has been retained as counsel for individual creditors in the above-referenced bankruptcy.

4. The order signed certifies that each creditor named on the attached list has executed a Contract Power of Attorney authorizing The Bogdan Law Firm to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to injuries sustained from exposure to debtor's asbestos containing products. Pursuant to

the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Bogdan Law Firm does not hold any claims against or interest in the Debtor.

8. The Bogdan Law Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
Eric Bogdan

Sworn to before me this 13th day of December 2004.

LYDIA D MOORE
My Commission Expires
November 25, 2007

_____
Notary Public, State of Texas

2