# EXHIBIT 2

# Notice of Materially Insufficient Supporting Information for WR Grace

Total number of parties: 31

Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 11601 | ASPERGER, ROBERT E, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE 1101, SACRAMENTO, CA 95814 |
| 11601 | BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST STE 4100, MINNEAPOLIS, MN 55402 |
| 11601 | CADE, GREGORY A, ENVIRONMENTAL ATTORNEYS GROUP LLC, 1900 28TH AVE S STE 107, HOMEWOOD, AL 35209 |
| 11601 | CARROLL, DANIEL J, DIVISION OF FACILITIES MGMT, 900 SW JACKSON RM 653, TOPEKA, KS 66612-2210 |
| 11601 | CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213 |
| 11601 | CLEMENTS JR, MARVIN E, TENNESSEE ATTORNEY GENERALS OFFICE, PO BOX 20207, NASHVILLE, TN 37202 |
| 11601 | COTTINGHAM JR, EDWARD B, NESS MOTLEY PA, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 29465-1792 |
| 11601 | DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 77630 |
| 11601 | DROWOS, STUART B, STATE OF DELAWARE DEPT OF JUSTICE ATTY GEN, 820 N FRENCH ST 6TH FL, WILMINGTON, DE 19801 |
| 11601 | FIFE, PHILLIP K, PHILLIP K FIFE, 3662 KATELLA AVE STE 117, LOS ALAMITOS, CA 90720-3174 |
| 11601 | GOLDBERG, CARL R, FEDERATED LEGAL DEPARTMENT, 170 O'FARRELL ST, SAN FRANCISCO, CA 94102-2202 |
| 11601 | GRANT, JACK A, GRANT & BARROW, 238 HUEY P LONG AVE, GRETNA, LA 70053-5816 |
| 11601 | HERBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 59901-5341 |
| 11601 | ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 20036 |
| 11601 | KELLEY, LINDA D, VIACOM INC, 11 STANWIX ST, PITTSBURGH, PA 15222 |
| 11601 | LEE, PETER, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY, 2500 LOU MENK DR, FORT WORTH, TX 76131-2828 |
| 11601 | LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT 59403-0002 |
| 11601 | MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820 |
| 11601 | MCGARVEY, ALLAN M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN ST, KALISPELL, MT 59901 |
| 11601 | OCONNOR, PATRICIA A, LEVENFELD PEARLSTEIN, 2 N LASALLE 13TH FL, CHICAGO, IL 60602 |
| 11601 | ODOM JR, WILLIAM W, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 38834 |
| 11601 | OLANMENDI SMITH, RAUL, OFFICE OF THE GENERAL COUNSEL SEMPRA ENERGY, 101 ASH ST STE 1200, SAN DIEGO, CA 92101 |
| 11601 | ONEILL, PATRICK, LAW DEPARTMENT CITY OF PHILADELPHIA, ONE PARKWAY 1515 ARCH ST, PHILADELPHIA, PA 19102-1512 |
| 11601 | SAIA, FRANK R, FRANK R SAIA, JD, 106 STATE ST, SPRINGFIELD, MA 01103-2034 |
| 11601 | SCHWARTZMAN, DANIEL A, DANIEL A SCHWARTZMAN, 55 5TH AVE 15TH FLOOR, NEW YORK, NY 10003-4301 |
| 11601 | SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 29924 |
| 11601 | STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 29924 |
| 11601 | STOCKENSTROM, HANNELIE, CLARK WILSON BARRISTERS & SOLICITORS, 800-885 W GEORGIA ST, VANCOUVER, BC V6C3H1 CANADA |
| 11601 | STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217-3046 |
| 11601 | SUTHERLAND, FRED H, BEARD & SUTHERLAND, 400 TRAVIS ST STE 1103, SHREVEPORT, LA 71101-5564 |
| 11601 | WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD, BLDG A, MOUNT PLEASANT, SC 29464 |

Subtotal for this group: 31

WR Grace