IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: January 6, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# THIRTY-SEVENTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/339900

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number 75452
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through October 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/01/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 10/01/04 | MTM | Telephone call from in-house counsel re: potentially responsive privileged documents re: Montana grand jury (.2); review all prior subpoenas re: same (.6). | 0.80 Hrs | $160.00 |
| 10/05/04 | RAM | Telephone call from in-house counsel inquiring about former Libby employee; conference with MTM re: same and determine what he did at Libby (.1). Check for any deposition transcript; no. Telephone call to in-house counsel re: what we know about employee (.1). Emails from/to in-house counsel re: same (.1). | 0.30 Hrs | $69.00 |
| 10/05/04 | MTM | Letter to Kirkland & Ellis counsel re: privileged documents. | 1.20 Hrs | $240.00 |
| 10/06/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). Telephone call to in-house counsel re: Libby employee; leave message. Read letter to Kirkland & Ellis attorney re: privileged documents (.1). | 0.40 Hrs | $92.00 |
| 10/06/04 | MTM | Revise letter to Kirkland & Ellis counsel re: privileged documents in connection with Montana subpoena. | 0.30 Hrs | $60.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/08/04 | RAM | Telephone conference with in-house counsel re: former Libby employee(.1); messages to ARA and DBM to look for documents re: same (.1); conference with MTM re: same (.1). | 0.30 Hrs | $69.00 |
| 10/13/04 | MTM | Return privileged original documents to Winthrop Square. | 0.70 Hrs | $140.00 |
| 10/14/04 | RAM | Telephone call from in-house counsel inquiring about former Libby employee; conferences with DBM and MTM re: same (.1). Review documents re: same and telephone call to in-house counsel re: same (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.30 Hrs | $69.00 |
| 10/14/04 | DBM | Search for documents re: former Libby employee. | 0.70 Hrs | $147.00 |
| 10/15/04 | RAM | Telephone conference with in-house counsel re: former Libby employee; telephone call to/from in-house counsel re: same (.1). Read selected documents filed in bankruptcy court (.5). | 0.60 Hrs | $138.00 |
| 10/18/04 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $92.00 |
| 10/20/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 10/21/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 10/21/04 | MTM | Telephone call from in-house counsel re: Libby personnel file (.1); review inventory re: same (.1); obtain files at Winthrop Square (.4); letter to in-house counsel re: same (.1). | 0.70 Hrs | $140.00 |
| 10/22/04 | RAM | Telephone call from/to and with in-house counsel re: defending his deposition in case of asbestos plaintiff suing Louis Robles; discuss facts. | 0.20 Hrs | $46.00 |
| 10/26/04 | MTM | Return Libby personnel file to Winthrop Square. | 0.40 Hrs | $80.00 |
| 10/27/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 10/27/04 | MTM | Receipt and review of email from in-house counsel re: Libby personnel file and review inventories re: same. | 0.10 Hrs | $20.00 |
| 10/28/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 10/28/04 | MTM | Obtain personnel file for in-house counsel at Winthrop Square (.5); letter to in-house counsel re: same (.1). | 0.60 Hrs | $120.00 |
| 10/29/04 | RAM | Telephone conference with in-house counsel re: facts relevant to his deposition. | 0.40 Hrs | $92.00 |

David B. Siegel

|  |  |  | TOTAL LEGAL SERVICES | $1,889.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.40 Hrs | 230/hr | $782.00 |
| DONNA B. MACKENNA | 0.70 Hrs | 210/hr | $147.00 |
| MATTHEW T. MURPHY | 4.80 Hrs | 200/hr | $960.00 |
| | 8.90 Hrs | | $1,889.00 |

|  |  | TOTAL THIS BILL | $1,889.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number 75453
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through October 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/05/04 | RAM | Telephone conference with in-house counsel re: August fee application. | 0.10 Hrs | $23.00 |
| 10/06/04 | RAM | Telephone conference with in-house counsel re: August fee application (.1); revise fee application per telephone conference (.8); telephone conference with second in-house counsel re: August fee application (.1). | 1.00 Hrs | $230.00 |
| 10/14/04 | RAM | Finalize August fee application and send it to Delaware counsel for filing. | 0.10 Hrs | $23.00 |
| 10/29/04 | RAM | Work on September fee application. | 0.90 Hrs | $207.00 |
| | | TOTAL LEGAL SERVICES | | $483.00 |

## LEGAL SERVICES SUMMARY

| ROBERT A. MURPHY | 2.10 Hrs | 230/hr | $483.00 |
|---|---|---|---|
| | 2.10 Hrs | | $483.00 |

Page 1

David B. Siegel

|                | |
|---|---:|
| TOTAL THIS BILL | $483.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number 75454
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## LEGAL SERVICES

Through October 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/12/04 | MTM | Receipt and review of email from Reed Smith paralegal re: vermiculite sample for Science Trial hearing (.1); review vermiculite sample inventories re: same (.2); telephone call to Reed Smith paralegal re: same (.1); email to Reed Smith paralegal and in-house counsel at Grace re: same (.1). | 0.50 Hrs | $100.00 |
| 10/13/04 | RAM | Read emails re: locating a sample of vermiculite for Reed Smith attorney for hearing; conference with MTM re: same. | 0.10 Hrs | $23.00 |
| 10/25/04 | RAM | Read email from in-house counsel re: any knowledge of Micafil; conferences with MTM re: same (.2). Have search made for documents and review results of search (.8). Read resource binders for any reference to Micafil (1.4). Telephone call to in-house counsel re: results (.1). | 2.50 Hrs | $575.00 |
| 10/25/04 | DBM | Search for mica fill documents. | 0.90 Hrs | $189.00 |
| 10/25/04 | MTM | Receipt and review of emails from in-house counsel and RAM re: Mica Fill (.1); review document re: same (.2). | 0.30 Hrs | $60.00 |
| 10/26/04 | RAM | Telephone conference with in-house counsel and conferences with MTM re: Micafil (.3). Telephone call to second in-house counsel and leave message re: what information we have (.1). | 0.40 Hrs | $92.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/26/04 | MTM | Review advertising materials and documents re: Mica Fill (1.0); conference with RAM re: same (.2). | 1.20 Hrs | $240.00 |
| 10/27/04 | RAM | Conference with MTM re: whether a particular document re: ZAI is privileged; read emails re: same. | 0.20 Hrs | $46.00 |
| 10/27/04 | MTM | Receipt and review of email from in-house counsel re: ZAI document (.2); respond to email re: same (.2); receipt and review of document at issue in prior email (.2); review file re: same (.4); telephone call to Holme Roberts paralegal re: additional information on this document (.3); telephone call from Holme Roberts paralegal with details on document (.2); email to in-house counsel re: same (.3); receipt and review of email from two in-house counsels re: document (.2); telephone call to Holme Roberts paralegal re: same (.3); email to in-house counsel re: document (.1). | 2.40 Hrs | $480.00 |
| | | TOTAL LEGAL SERVICES | | $1,805.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.20 Hrs | 230/hr | $736.00 |
| DONNA B. MACKENNA | 0.90 Hrs | 210/hr | $189.00 |
| MATTHEW T. MURPHY | 4.40 Hrs | 200/hr | $880.00 |
| | 8.50 Hrs | | $1,805.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $1,805.00 |

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number 75455
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2004

EXCESS POSTAGE                                                                                        $8.06

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/31/04 | To in-house counsel from MTM - 8/20/04. | 29.53 |
| 10/31/04 | To in-house counsel from RAM - 8/20/04 | 17.31 |
| 10/31/04 | To Kirkland & Ellis attorney from MTM - 9/3/04. | 62.61 |
| 10/31/04 | To Kirkland & Ellis attorney from MTM - 8/20/04. | 27.53 |
| 10/31/04 | To Kirkland & Ellis attorney from RAM - 8/20/04 | 22.64 |
| 10/31/04 | To Kirkland & Ellis attorney from MTM - 9/3/04. | 62.61 |
| 10/31/04 | To Vice President, ARPC from MTM - 8/18/04. | 25.09 |

$247.32

PHOTOCOPYING

| | | |
|---|---|---|
| 10/21/04 | 22 copies .12 per copy | 2.64 |
| 10/28/04 | 24 copies @ .12 per copy | 2.88 |

$5.52

TELEPHONE

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2004

### TELEPHONE

| Date | | Number | | Amount |
|---|---|---|---|---|
| 10/01/04 | 329 | 5613621551 | | 0.66 |
| 10/27/04 | 329 | 3038660478 | | 0.44 |
| | | | | **$1.10** |

### RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/01/04 | BOSTON CAPITAL INSTI -rent and utilities for document repository at One Winthrop Square - September 2004 | 12,599.69 | |
| 10/30/04 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - October 2004 | 12,171.12 | |
| | | | **$24,770.81** |

### MISCELLANEOUS

| | | | |
|---|---|---|---|
| 10/01/04 | RECORDKEEPER ARCHIVE - pickup 8 boxes for storage on 08/05/04 | 27.00 | |
| | | | **$27.00** |
| | | **TOTAL DISBURSEMENTS** | **$25,059.81** |
| | | **TOTAL THIS BILL** | **$25,059.81** |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number 75456
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through October 31, 2004

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/31/04 | To Scotta McFarland from RAM - 8/16/04. | 18.20 |
| | | $18.20 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/06/04 | 169 copies at .12 per copy | 20.28 |
| 10/14/04 | 34 copies at .12 per copy | 4.08 |
| 10/14/04 | 89 copies .12 per copy | 10.68 |
| | | $35.04 |

TELEPHONE

| | | | |
|---|---|---|---|
| 10/11/04 | 357 | 4105314545 | 3.30 |
| 10/11/04 | 357 | 5613621583 | 2.20 |
| | | | $5.50 |

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $58.74 |
| TOTAL THIS BILL | $58.74 |