IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO, ET AL.** | ) | |
| | ) | Case No. 01-1139-JFK |
| Debtors | ) | |
| | ) | |

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

JACKEY W. SOUTH, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of LUNDY & DAVIS, LLP, 501 Broad Street, Lake Charles, LA 70601.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of LUNDY & DAVIS, LLP has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a Limited Power of Attorney authorizing LUNDY & DAVIS, LLP to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to their

exposure to asbestos products. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of LUNDY & DAVIS, LLP does not hold any claims against or interest in the Debtor.

8. The Law Offices of LUNDY & DAVIS, LLP will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

*[signature]*

JACKEY W. SOUTH

Sworn to before me this 14th day of December, 2004.

*Robin N LeBlanc*
Notary Public