IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| W.R. Grace & Co., et al., : | Case No. 01-1139--JKF |
| : | |
| Debtors. : | Judge: Judith K. Fitzgerald |
| : | |

**VERIFIED STATEMENT IN CONNECTION
WITH THE REPRESENTATION OF CREDITORS AS REQUIRED
BY FEDERAL RULE OF BANKRUPTCY 2019**

Charles M. Love, IV, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with The Masters Law Firm lc f/k/a Masters & Taylor, L.C., 181 Summers Street, Charleston, West Virginia 25301.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. Attached hereto are two (2) compact disks labeled "Set 1" and "Set 2", as required by the Order entered October 22, 2004, which contain the following Exhibits:

   a. A blank exemplar of the Power of Attorney that empowers The Masters Law Firm lc f/k/a Masters & Taylor, L.C. to act on behalf of our clients in this case;

   b. An Excel spreadsheet listing The Masters Law Firm lc f/k/a Masters & Taylor, L.C.'s clients' names; their personal addresses or, if deceased, the addresses of their representatives; a reserved column for submitting their social security numbers at a later date and time; the identification of the exemplar executed by our clients and the dates thereof; the amounts of all liquidated claims; the dates of acquisition of our clients' claims if acquired within one (1) year prior to the debtor's filing of bankruptcy; and the type of disease giving rise to claim; and

    c.    A blank exemplar of the Contingent Fee Contract executed by all clients represented by The Masters Law Firm lc f/k/a Masters & Taylor, L.C. in the asbestos litigation.

    4.    The Masters Law Firm lc will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/13/04

Respectfully Submitted:

Charles M. Love, IV, Esquire
West Virginia Bar No. 7477
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
(304) 342-3106

State of West Virginia
County of Kanawha

Taken, subscribed and sworn to before me this 13th day of December, 2004.

My commission expires: March 4, 2008



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
REBECCA A. METHENEY
754 STRINGTOWN ROAD
SPENCER, WV 25276
My Commission Expires March 4, 2008

Rebecca A. Metheney
NOTARY PUBLIC