IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                                    Chapter

W.R. GRACE & CO.                                              Case No. 01-1139-JFK

Debtors

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF
CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Mark H. Iola, being first duly sworn, hereby deposes and states as follows:

am an attorney with the law firm of Stanley, Mandel & Iola, P., (f/k/a Ungerman & Iola, f/k/a/ Ungerman, Connor & Little), 1323 E. 71st Street, #315, Tulsa, OK 74136.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of Stanley, Mandel & Iola, L. L. P. (f/k/a Ungerman & Iola f/k/a Ungerman, Connor & Little) has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a contract authorizing Stanley, Mandel & Iola, L. L. P., (f/k/a Ungerman & Iola f/k/a Ungerman, Connor & Little) to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Stanley, Mandel & Iola, P. 1323 E. 71st Street, #315, Tulsa, OK 74136.

6. As of this statement, Stanley, Mandel & Iola, L. L. P., (f/k/a Ungerman & Iola f/k/a Ungerman, Connor & Little) represents a number of Creditors who hold claims in varying amounts

for monetary damages due to personal injuries suffered by claimants from asbestos or asbestos-containing products mined, manufactured, marketed, distributed, sold, installed, and/or produced by the above referenced debtors and debtors-in-possession (collectively, the "Debtors" Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court

7. The law firm of Stanley, Mandel & Iola, L. L. P., (f/k/a Ungerman & Iola f/k/a Ungerman, Connor & Little) does not hold any claims against or interest in the Debtor

8. The law firm of Stanley, Mandel & Iola, L. L. P., (f/k/a Ungerman & Iola f/k/a Ungerman, Connor & Little) will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Mark H. Iola
Stanley, Mandel & Iola, L. L. P.
(f/k/a Ungerman & Iola f/k/a Ungerman, Connor & Little)
1323 E. 71st Street, #315
Tulsa, OK 74136

Sworn to before me this 10th day of December, 2004.

_____
Notary Public



TERI SWEET
MY COMMISSION EXPIRES
May 5, 2007