

By-Request For Acceptance of Material, (Office of The-Clerk)

FILED 2004 DEC 14 AM 10:25
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

12-01-04,

Office of The Bankruptcy-Clerk,
U.S. Bankruptcy-Court, For The
District of Delaware/Sixth-Floor
824 Market Street
Wilmington, Delaware (19801)

Ref.,: W.R. Grace & Co., (et-al)/Ch..II.,/Ca.No., 01-01139.(JKF)

Subj..: Burrell Johnson, JR., (FBI-No., 217333-J8)
Criminal-Justice Information/Clarksburg, West Virginia
U.S. War-Veteran/College Correctional-Student,
Mailing Return-Address, P. O. Box-4500/Michael-Unit
Tennessee-Colony, Texas (75886), I Would Like To Ask
The Hon., Clerk & The Hon., Judge, Ms. Judith K. Fitzgerald
for (Acceptance of offer), The-Enclosed (Christmas-Card)

Dear Hon., Clerk:
Hello, I am writing In-Regards To Appreciation for the
Assistance & Consideration Received - In Ca., 01-01139(JKF)

P.1. (Next-Page)

By-Request For Assistance And Consideration;
(Office of The-Clerk)

FILED
2004 DEC 14 AM 10:25
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

09-05-04

Office of The Bankruptcy-Clerk,
U.S. Bankruptcy Court, For the
District of Delaware/Sixth-Floor,
824 Market Street
Wilmington, Delaware (19801)

Ref..; W.R. Grace &Co. (et-al)/Ch.-11./Case-No. 01-01139 (JKF);

Subj...;
U.S. War-Veteran/College Correctional-Student,
Burrell Johnson Jr., No. 00241395-9, (U.S. Pauper)
Mailing Return-Address, P.O. Box 4500/Michael-Unit,
Tennessee-Colony, TX, (75886). I Would Like To Ask The Court-
Clerk And The-Hon., Ms. Judith K. Fitzgerald, For Permission
And Consideration For Any Future-Development In the Above Civil
Action, Pertinent-Information Deemed Necessary for Plaintiff.

Dear Clerk;
Hello, Any Assistance And Consideration Taken In This Matter,
Will-Be Deeply-Appreciated.

P.-1.
(Copy of original)

U.S. Perjury-Form,

I, Burrell Johnson, Jr., I. D. C. O. I. No. 00241395-P (U.S. Paper) Further Hereby Declare Under Penalty of Perjury Pursuant To Title 18 3 28, U.S.C., Sec.,(s) 287, 1001 3 1746, Provides A Penalty of Not More-Than ($) 10,000 Fine or Not More-Than 3-Years Imprisonment or Both, Under U.S. Code And Texas Rev., Civil Practice And Rem.. Code-Sec.,(s), 132.001, 2, §3, That The Statements And Questions Made In This (Request/Acknowledgment) Are True And Correctly-Made By The Above (U.S. War-Veteran). This 1st Day of Dec., 04, To The Best of My Knowledge, Belief, And Recollection.

Respectfully - Submitted,

By, U.S. Veteran,

Burrell Johnson, Jr., /CC/B.J.