IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Bankruptcy No. |
| Owens Corning, | 00-3837-JKF |
| W. R. Grace & Co. | 01-1139-JKF |
| USG Corporation | 01-2094-JKF |
| The Flintkote Company | 04-11300-JKF |
| Flintkote Mines Limited | 01-12440 |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P RULE 2019**

JEFFERY T. GAUGHAN, being first duly sworn, hereby deposes and states as follows:

1. I, Jeffery T. Gaughan, am an attorney with the law firm of Baggett, McCall, Burgess, Watson, & Gaughan, 3006 Country Club Road, Lake Charles, Louisiana 70605.

2. This Verified Statement is filed in accordance with Rule 2019 (a) of the Federal Rules of Bankruptcy Procedure.

3. The law firm of Baggett, McCall, Burgess, Waston, & Gaughan has been retained as counsel for the claimants listed the Exhibits (hereinafter "Crediors").

4. The address of each Creditor is listed on the Exhibits along with the Creditor's address.

5. I certify under penalty of perjury that the law firm of Baggett, McCall, Burgess, Watson, & Gaughan has the following:

    1. A blank, but unredacted, exemplar or an actual copy, of each form of agreement or instrument, if any, whereby such entity is empowered to act on behalf of creditors or equity security holders in this case;

    2. An Execl spreadsheet in electronic format in substantially the form attached hereto as Exhibit A containing the following data;

    a. name of each creditor or equity security holder represented by the entity filing the 2019 Statement;

    b. the personal address of each such creditor or equity security holder;

reserved space for the social security number or other identifier as may be required by a further order of the Court;

    d. identification of the form of exemplar referenced in item #1 above executed by the creditor or equity security holder, and the date such agreement was executed;

    e. the amount of the claim of any creditor if liquidated, and for unliquidated claims, an indication that such claims are unliquidated;

    f. the date of acquisition of the creditor's claim unless such claim was acquired beyond one year prior to the filing of the Debtor's petition for relief;

    g. for personal injury claimants, the type of disease giving rise to the claim; and for all other claimants, the nature of the claim or interest; and

    h. a recital of the pertinent facts and circumstances in connection with the employment of the entity or indenture trustee, and, in the case of a committee, the name or names of the entity or entities at whose instance directly or indirectly the employment was arranged or the committee as organized or agreed to act;

3. With reference to the time of employment of the entity, the organization or formation of the committee, or the appearance in the case of any indenture trustee, a statement of

    a. the amounts of claims or interests owned by the entity, the committee members or the indenture trustee;

    b. the times when acquired;

    c. the amounts paid therefore, and

    d. any sales or other disposition thereof.

Dated: Dec 9 2004

Respectfully Submitted,

_____

WILLIAM B. BAGGETT, SR.
BAGGETT, MCCALL, BURGESS,
WATSON & GAUGHAN
JEFFERY T. GAUGHAN
3006 COUNTRY CLUB ROAD
LAKE CHARLES, LA 70605
TELEPHONE: (337) 478–8888
FAX: (337) 478-8946