IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 7027)

On November 24, 2004, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Fourteenth Quarterly Fee Application of Klett Rooney Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2004 through September 30, 2004 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 15, 2004. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Klett Rooney respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                                              KLETT ROONEY LIEBER & SCHORLING
                                                              A Professional Corporation

                                                              By: /s/ Rhonda Thomas
                                                                  Teresa K. D. Currier (No. 3080)
                                                                  Rhonda L. Thomas (No. 4053)
                                                                  The Brandywine Building
                                                                  1000 West St. - Suite 1410
                                                                  Wilmington, DE 19801

                                                                            -and-

KRLS/Wilm 58748v1

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 Philip Bentley, Esquire
                                                 Robert T. Schmidt, Esquire
                                                 919 Third Avenue
                                                 New York, NY 10022
                                                 (212) 715-9100
                                                 Counsel to the Official Committee of
                                                 Equity Holders

Dated: December 16, 2004          Co-Counsel to the Official Committee
                                                 of Equity Holders

KRLS/Wilm 58748v1