IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace &Co., et al.

Debtor

Chapter 11

Case No. 01-1139-JKF

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Scott C. Taylor, being first duly sworn, hereby deposes and states as follows:

1  I am an attorney with Scott C. Taylor, P.A., P.O. Box 1729, Pascagoula, MS, 39568-1729.

2  This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004(the "Revised Order").

3  The law firm of Scott C. Taylor, P.A. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4.  The order signed certifies that each creditor named on the attached list has executed a Power of Attorney authorizing Scott C. Taylor to represent the creditor in bankruptcy proceedings.

5.  The address of each Creditor for purposes hereof is c/o Scott C. Taylor, P.O. Box 1729, Pascagoula, MS 39568-1729.

6.  The Creditors hold claims in varying amounts for monetary damages due to

asbestos related diseases. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of Scott C. Taylor, P.A. does not hold any claims against or interest in the Debtor.

8. The Law Offices of Scott C. Taylor, P.A. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
Scott C. Taylor

Sworn to before me this 14th day of December, 2004.

_____
Notary Public

**SHEILA G. WARD**
**NOTARY PUBLIC**
My Commission Expires:
August 5, 2007
Mississippi Statewide