IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: W. R. Grace & Co.,            Chapter 11

    Debtors                            Case No. 01-1139-JKF

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Steven Kazan, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Kazan, McClain, Abrams, Fernandez, Lyons & Farrise, 171 Twelfth Street, 3rd Floor, Oakland, California 94607.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of Kazan, McClain, Abrams, Fernandez, Lyons & Farrise has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The undersigned certifies that each creditor named on the attached list has executed an Agreement or Retainer authorizing Kazan, McClain, Abrams, Fernandez, Lyons & Farrise to represent the creditor in bankruptcy proceedings.

5. The address for each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to asbestos-related personal injury claims. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. Kazan, McClain, Abrams, Fernandez, Lyons & Farrise does not hold any claims against or interest in the Debtor.

8. Kazan, McClain, Abrams, Fernandez, Lyons & Farrise will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on December 15, 2004, at Oakland, California.

_____
Steven Kazan