# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Jointly Administered<br>Case No. 01-1139 (JKF) |

## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 STATEMENT
## REPRESENTATION BY PEIRCE, RAIMOND & COULTER, P.C.

I, Robert N. Peirce, Jr., a representative of Peirce, Raimond & Coulter, P.C., declare as follows:

1. I am a shareholder with the law firm of Peirce, Raimond & Coulter, P.C. (hereinafter the "Firm"). I am a member in good standing of the bar of the State of Pennsylvania.

2. I am involved in the Firm's representation of personal injury claimants and based upon that representation and the review of business records of the Firm, I have personal knowledge of the facts set forth herein. I make this statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and pursuant to the terms of Judge Fitzgerald's October 22, 2004 Order of Court.

3. The Firm, a professional corporation, is organized under the laws of the State of Pennsylvania, with its principal offices for the practice of law located at 707 Grant Street, 2500 Gulf Tower, Pittsburgh, PA 15219.

4. As of the date of this Statement, the Firm represents a number of personal injury claimants (the "Claimants" or individually, a "Claimant") who have been injured by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the above-referenced debtors and debtors-in-possession (the "Debtors") and others, and thus hold claims against, *inter alia*, the Debtors. Attached as Exhibit "A" is a list of the Claimants represented by the Firm.

5. Each of these Claimants has employed the Firm under an employment contract with the Firm or with referring counsel. In the vast majority of instances these contracts include a power of attorney/fee agreement, and in those instances where that is not the case, nearly all Claimants have executed a separate power of attorney. In all cases, however, the Firm is authorized by law to act on the Claimant's behalf. For reference, and pursuant to Judge Fitzgerald's Order, a blank, but unredacted, exemplar of each form of agreement or instrument, whereby Peirce Raimond & Coulter, P.C. is empowered to act on behalf of each claimant is attached hereto as Exhibits "SW-Exhibit 1 through RR-Exhibit 9".

6. The address for each Claimant represented by the Firm is found on Exhibit A hereto.

7. As previously set forth in paragraph 4 above, the nature of the claim held by each Claimant is a personal injury tort claim for damages caused by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the Debtors and others.

8. Each Claimant is represented by the Firm under a fee agreement as referenced in paragraph 4 above. The Firm holds each such instrument.

9. The filing of the Firm's Statement does not waive any rights including (i) the Claimants' rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Claimants' rights to trial by jury in any proceeding and any trial on their claims; (iii) the Claimants' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention to the extent not previously directed; (iv) the Claimants' rights in not submitting themselves to the jurisdiction of the Bankruptcy Court; or (v) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Claimants are or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments the Firm's Claimants expressly reserve.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___14th___ day of ___December___, 2004, at Pittsburgh, Pennsylvania.

_____
Robert N. Peirce, Jr., Esq.

PEIRCE, RAIMOND & COULTER, P.C.
707 Grant Street, 2500 Gulf Tower
Pittsburgh, PA 15219
Tel. (412) 281-7229
Fax (412) 281-4229
Attorneys for Asbestos Claimants