# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: January 10, 2005 |
| | : | Hearing Date: TBD |

## FEE DETAIL FOR PITNEY HARDIN LLP'S
## FORTY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD
## FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 09/29/04 4 | Discussion and follow up regarding Honeywell issue. A. Marchetta | 0.2 | 95.00 |
| 09/29/04 4 | File review regarding motions. B. Lawrence | 0.9 | 99.00 |
| 09/30/04 15 | Meet with A. Nagy concerning case status. R. Rose | 0.5 | 197.50 |
| 09/30/04 4 | File review regarding motions and exhibits. B. Lawrence | 1.8 | 198.00 |
| 10/01/04 15 | Review file for certain trial court certifications for appeal. J. Mandel | 0.4 | 98.00 |
| 10/01/04 15 | Telephone conference with W. Hatfield regarding trial court certifications. J. Mandel | 0.1 | 24.50 |
| 10/01/04 15 | Preparation of correspondence to A. Nagy regarding Affidavit of Service of Notice of Filing. J. Borg | 0.2 | 54.00 |
| 10/01/04 7 | Obtain, review and arrange for filing of Notice of Filing of Order in Supreme Court, NY County for J. Borg. S. Wattenberg | 0.1 | 13.50 |
| 10/06/04 15 | Attend to draft of mediation statement to Judge Antell. W. Hatfield | 3.2 | 960.00 |
| 10/06/04 15 | Review correspondence from W. Hatfield. J. Mandel | 0.1 | 24.50 |
| 10/06/04 15 | Review file materials regarding Civil Appeals Settlement Program and submissions for same. J. Mandel | 0.7 | 171.50 |
| 10/06/04 15 | Conference with W. Hatfield regarding settlement. J. Mandel | 0.2 | 49.00 |

2

| 10/06/04 | Prepare introductory paragraphs for CASP submission to Judge Antell. | | |
| 15 | J. Mandel | 0.4 | 98.00 |

| 10/07/04 | Continue draft of Grace's pre argument conference position paper. | | |
| 15 | W. Hatfield | 3.0 | 900.00 |

| 10/07/04 | Letter to J. Antell on pre argument conference. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |

| 10/07/04 | File review regarding motions. | | |
| 4 | B. Lawrence | 0.8 | 88.00 |

| 10/08/04 | Continue drafting of position statement for pre-argument conference. | | |
| 15 | W. Hatfield | 2.8 | 840.00 |

| 10/08/04 | Review and revise Grace letter to Appellate Division for pre-argument conference. | | |
| 4 | R. Rose | 1.3 | 513.50 |

| 10/08/04 | Review file for additional facts pertinent to appeal and settlement of same. | | |
| 15 | J. Mandel | 0.9 | 220.50 |

| 10/08/04 | Revise settlement position paper. | | |
| 15 | J. Mandel | 0.3 | 73.50 |

| 10/08/04 | Conference with W. Hatfield on same and on strategy before Judge Antell. | | |
| 15 | J. Mandel | 0.3 | 73.50 |

| 10/08/04 | Review settlement position paper for content and form. | | |
| 15 | J. Mandel | 1.0 | 245.00 |

| 10/11/04 | Address position statement and strategy. | | |
| 15 | W. Hatfield | 2.5 | 750.00 |

| 10/12/04 | Memos to client on position papers and conference issues. | | |
| 15 | W. Hatfield | 0.5 | 150.00 |

| 10/12/04 | Review Richards/Sunrich/GE 440 position paper. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |

| 10/12/04 | Review, research and edit position paper to Judge Antell and finalize per R. Rose comments. | | |
| 15 | W. Hatfield | 3.5 | 1,050.00 |

| 10/12/04 | Review Shell motion and substitution of counsel. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |

| | | | |
|---|---|---|---|
| 10/12/04 | Review and revise draft letter to Appellate Division for pre-argument conference. | | |
| 4 | R. Rose | 1.3 | 513.50 |
| 10/12/04 | Conferences with W. Hatfield regarding oil company pro hac motion and strategy. | | |
| 15 | J. Mandel | 0.3 | 73.50 |
| 10/12/04 | Review final CASP letter submission. | | |
| 15 | J. Mandel | 0.2 | 49.00 |
| 10/13/04 | Review Sunoco position paper. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |
| 10/13/04 | Prepare for CASP conference. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| 10/13/04 | Calls with client on CASP conference on appeal and strategy for same; forward position papers to clients. | | |
| 15 | W. Hatfield | 1.1 | 330.00 |
| 10/13/04 | Review Shell and Sunoco position papers for pre-argument conference. | | |
| 4 | R. Rose | 0.9 | 355.50 |
| 10/14/04 | Address AEIC position paper and forward to clients. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |
| 10/14/04 | Review position papers from Weja/Richards/GE440 and Atlantic Employers Insurance. | | |
| 4 | R. Rose | 1.3 | 513.50 |
| 10/15/04 | Address appeal issues. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |
| 10/15/04 | File review regarding trial exhibits. | | |
| 4 | B. Lawrence | 1.6 | 176.00 |
| 10/18/04 | Prepare for and attend pre-argument conference. | | |
| 15 | W. Hatfield | 5.5 | 1,650.00 |
| 10/18/04 | Memo to A. Marchetta on conference and appeal briefing issues. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |
| 10/18/04 | Call with A. Nagy and R. Sentfleben on pre-argument conference and strategy. | | |

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.4 | 120.00 |

10/18/04     Review settlement position with B. Hatfield in preparation for pre-argument conference and discuss results of conference with B. Hatfield.

| | | | |
|---|---|---|---|
| 4 | R. Rose | 0.8 | 316.00 |

10/18/04     Review and forward cemetery files regarding trial exhibits.

| | | | |
|---|---|---|---|
| 4 | B. Lawrence | 0.4 | 44.00 |

10/19/04     Address case strategy on appeal.

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.4 | 120.00 |

10/19/04     Letter to client on Shell motion.

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.2 | 60.00 |

10/19/04     Discuss execution on Tiech properties with B. Hatfield.

| | | | |
|---|---|---|---|
| 4 | R. Rose | 0.2 | 79.00 |

10/19/04     Review draft appellate brief regarding incorporation of issues revealed during settlement discussions.

| | | | |
|---|---|---|---|
| 15 | J. Mandel | 0.4 | 98.00 |

10/19/04     Review memoranda of W. Hatfield regarding CASP.

| | | | |
|---|---|---|---|
| 15 | J. Mandel | 0.1 | 24.50 |

10/22/04     Address remedial issues and call with A. Nagy on matter.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 120.00 |

10/22/04     Address appeal issues and enforcement of judgment.

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.7 | 210.00 |

10/22/04     Review and analysis of correspondence from W. Hatfield regarding Judgment enforcement and preparation of correspondence to W. Hatfield regarding same.

| | | | |
|---|---|---|---|
| 15 | J. Borg | 0.2 | 54.00 |

10/25/04     Call with C. Miller, GE 440/Richards/Sunrich counsel on appeal.

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.3 | 90.00 |

10/25/04     Memo to client on contacts with Richards defendants on settlement.

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.2 | 60.00 |

10/25/04     Address site issues on Jersey City and cleanup.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 90.00 |

10/25/04     Address issues on execution on judgment against Tiech.

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.3 | 90.00 |
| 10/25/04 | Call with K. Balderston of Shell on appeal and potential for settlement. | | |
| 15 | W. Hatfield | 0.6 | 180.00 |
| 10/25/04 | Memo to client on Shell contacts and appeal issues. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |
| 10/25/04 | Review memos concerning individual settlement discussions and discuss sheriff's sale of Teich property and supplementary proceedings deposition with B. Hatfield. | | |
| 4 | R. Rose | 0.3 | 118.50 |
| 10/25/04 | Conference with W. Hatfield regarding settlement discussions. | | |
| 15 | J. Mandel | 0.2 | 49.00 |
| 10/25/04 | Research for case law to support propositions set forth in appellate brief. | | |
| 15 | J. Mandel | 1.0 | 245.00 |
| 10/25/04 | Numerous telephone conferences with W. Hatfield regarding execution against real property in Suffolk. | | |
| 15 | J. Borg | 0.3 | 81.00 |
| 10/26/04 | Address sub pro deposition. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |
| 10/27/04 | Review and analysis of file regarding preparation of real property execution package. | | |
| 15 | J. Borg | 0.4 | 108.00 |
| 10/27/04 | Preparation of Affidavit of J. Borg and correspondence to Suffolk Sheriff regarding real property execution. | | |
| 15 | J. Borg | 0.6 | 162.00 |
| 10/28/04 | Call with Judge Antell on appeal and memo on same. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |
| 10/28/04 | Address sub pro deposition issues. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| 10/28/04 | Numerous telephone conferences with S. Farber regarding legal description of property. | | |
| 15 | J. Borg | 0.3 | 81.00 |
| 10/28/04 | Review file for materials for summary judgment argument on appeal. | | |
| 15 | J. Mandel | 1.0 | 245.00 |

| 10/28/04 | Review correspondence from W. Hatfield providing case update. | | |
| 15 | J. Mandel | 0.1 | 24.50 |

| 10/29/04 | Call with J. Favate on Insurance Motion and case issues. | | |
| 15 | W. Hatfield | 0.7 | 210.00 |

| 10/29/04 | Discuss settlement status with B. Hatfield. | | |
| 4 | R. Rose | 0.2 | 79.00 |

| 10/29/04 | Revise and f Finalize Real Property Execution Package for Suffolk County Sheriff. | | |
| 15 | J. Borg | 0.6 | 162.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 30.40 | 300.00 | 9,120.00 |
| A. Marchetta | 0.20 | 475.00 | 95.00 |
| R. Rose | 6.80 | 395.00 | 2,686.00 |
| J. Borg | 2.60 | 270.00 | 702.00 |
| J. Mandel | 7.70 | 245.00 | 1,886.50 |
| B. Lawrence | 5.50 | 110.00 | 605.00 |
| S. Wattenberg | 0.10 | 135.00 | 13.50 |
| TOTALS | 53.30 | | 15,108.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 6.8 | 395.00 | 2,686.00 |
| A. Marchetta | 4 | 0.2 | 475.00 | 95.00 |
| W. Hatfield | 4 | 0.7 | 300.00 | 210.00 |
| | 15 | 29.7 | 300.00 | 8910.00 |
| J. Borg | 15 | 2.6 | 270.00 | 702.00 |
| J. Mandel | 15 | 7.7 | 245.00 | 1,886.50 |
| B. Lawrence | 4 | 5.5 | 110.00 | 605.00 |
| S. Wattenberg | 24 | 0.1 | 135.00 | 13.50 |
| TOTAL | | 53.3 | | 15,108.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 10/07/04 | Review and revise PH's August, 2004 Fee Application. | | |
| 11 | S. Zuber | 0.3 | 105.00 |

| 10/07/04 | Drafted fee application for August 2004. | | |
| 11 | K. Jasket | 2.2 | 440.00 |

| 10/13/04 | Revised August 2004 fee application and attention to forwarding same to S. McFarland for filing and service. | | |
| 11 | K. Jasket | 1.2 | 240.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| S. Zuber | | 0.30 | 350.00 | 105.00 |
| K. Jasket | | 3.40 | 200.00 | 680.00 |
| | TOTALS | 3.70 | | 785.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.3 | 350.00 | 105.00 |
| K. Jasket | 11 | 3.4 | 200.00 | 680.00 |
| TOTAL | | 3.7 | | 785.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090506 Coudert Brothers

| 09/27/04 | Draft correspondence to V. Finkelstein regarding follow up on settlement of claim. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |

| 10/06/04 | Draft correspondence to R. DePalma, counsel for Coudert regarding consummation of settlement and lack of objection to proposed settlement by bankruptcy proposal. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

| 10/18/04 | Draft correspondence to R. DePalma regarding status of execution of Releases. | | |

| | | | | |
|---|---|---|---|---|
| 15 | B. Benjamin | | 0.1 | 36.00 |

| | | | | |
|---|---|---|---|---|
| 10/21/04 | Draft correspondence to R. DePalma, counsel for Coudert, following up regarding status of settlement. | | | |
| 15 | B. Benjamin | | 0.1 | 36.00 |

| | | | | |
|---|---|---|---|---|
| 10/28/04 | Telephone conference with R. DePalma regarding finalizing settlement agreement. | | | |
| 15 | B. Benjamin | | 0.1 | 36.00 |

| | | | | |
|---|---|---|---|---|
| 10/28/04 | Draft correspondence to R. DePalma and V. Finkelstein regarding finalizing settlement agreement. | | | |
| 15 | B. Benjamin | | 0.1 | 36.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| B. Benjamin | 0.70 | 360.00 | 252.00 |
| TOTALS | 0.70 | | 252.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| B. Benjamin | 15 | 0.7 | 360.00 | 252.00 |
| TOTAL | | 0.7 | | 252.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| | | | | |
|---|---|---|---|---|
| 09/14/04 | Telephone conversation with D. Posner regarding Intercat's failure to execute Warrant. | | | |
| 4 | S. Zuber | | 0.2 | 70.00 |

| | | | | |
|---|---|---|---|---|
| 10/01/04 | Call with D. Posner regarding Intercat's execution of Warrant and prepare memo to file regarding status. | | | |
| 4 | S. Zuber | | 0.2 | 70.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|

| S. Zuber | | 0.40 | 350.00 | 140.00 |
| | TOTALS | 0.40 | | 140.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 4 | 0.4 | 350.00 | 140.00 |
| TOTAL | | 0.4 | | 140.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 09/16/04 | Address case issues. | | |
| 4 | W. Hatfield | 0.2 | 60.00 |

| 10/20/04 | Memo to client on Woolwich issues. | | |
| 4 | W. Hatfield | 0.2 | 60.00 |

### Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.40 | 300.00 | 120.00 |
| TOTALS | 0.40 | | 120.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 0.4 | 300.00 | 120.00 |
| TOTAL | | 0.4 | | 120.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 10/01/04 | Monitored SDNY website for issuance of new orders. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 10/04/04 | Draft letter to CNA explaining Grace's changes to settlement agreement. | | |
| 15 | M. Waller | 0.4 | 138.00 |

| 10/04/04 | Finalize revisions to settlement agreement, incorporating changes by J. Posner and J. McFarland and preparation of redlined version of same for transmittal to CNA counsel. | | |
| 15 | M. Waller | 2.2 | 759.00 |

| 10/04/04 | Review e-mail from J. Hughes approving revised version of settlement agreement. | | |
| 15 | M. Waller | 0.1 | 34.50 |

| 10/05/04 | Review draft settlement agreement to CNA. | | |
| 4 | A. Marchetta | 0.5 | 237.50 |

| 10/05/04 | Finalize letter to CNA counsel explaining Grace revisions to Settlement Agreement, preparing revised version of agreement and redlined version. | | |
| 15 | M. Waller | 1.2 | 414.00 |

| 10/05/04 | Draft e-mail memorandum forwarding cover letter, revised settlement agreement, and redlined version of same. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 10/05/04 | Draft e-mail memorandum to J. Hughes, J. Posner and F. Zaremby distributing cover letter, revised settlement agreement and redlined version of same. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 10/05/04 | Work with M. Waller regarding revisions to Settlement Agreement and letter summarizing same. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |

| 10/08/04 | Follow up with CNA counsel regarding receipt of revised agreement and cover letter. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 10/08/04 | Monitored SDNY website for issuance of new orders. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 10/13/04 | Follow up regarding settlement agreement and terms and review revisions. | | |
| 4 | A. Marchetta | 0.3 | 142.50 |

| 10/13/04 | Confer with A. Marchetta regarding status of settlement agreement. | | |
| 15 | M. Waller | 0.1 | 34.50 |

| 10/13/04 | Drafting letter to CNA counsel regarding settlement agreement. | | |

| 15 | M. Waller | 0.4 | 138.00 |

10/13/04
Update the case file, pleading board and indexing database.
4  D. Florence                                                    0.6      63.00

10/13/04
Monitored SDNY website for issuance of new orders.
4  S. Parker                                                      0.2      23.00

10/14/04
Follow up voice mail message to CNA counsel regarding revisions to
settlement agreement and deadline to complete settlement.
15  M. Waller                                                     0.1      34.50

10/15/04
Follow up regarding  DeCristafaro response and settlement issues.
4  A. Marchetta                                                   0.3     142.50

10/18/04
Review voice mail and e-mail messages from E. DeCristofaro regarding
extension of time to consummate settlement and letter to Kaplan regarding
same.
15  M. Waller                                                     0.2      69.00

10/18/04
Review past letters and orders and drafting letter to Judge Kaplan
requesting additional 30-day extension of deadline to finalize settlement.
15  M. Waller                                                     1.1     379.50

10/18/04
Conducted database searches and reviewed file documents as requested by
M. Waller regarding confirmation of date of CNA's most recent submission
of proposed settlement agreement regarding preparation of submission to
Judge Kaplan requesting extension of time.
4  S. Parker                                                      0.2      23.00

10/19/04
Receive telephone call from Bill Harstadt regarding submission to Judge
Kaplan requesting extension of time to complete settlement.
15  M. Waller                                                     0.1      34.50

10/22/04
Monitored SDNY website for issuance of new orders and updated M.
Waller regarding status of same.
4  S. Parker                                                      0.3      34.50

10/25/04
Review and respond to memo from A. Marchetta regarding status.
15  M. Waller                                                     0.3     103.50

10/25/04
Follow up with S. Parker regarding search for entry of memo-endorsed
letter granting additional time to complete the settlement.
15  M. Waller                                                     0.3     103.50

10/25/04
Follow up with CNA counsel regarding status of settlement agreement.

| 15 | M. Waller | 0.1 | 34.50 |

| 10/26/04 | Follow up with S. Parker regarding search of website for order by Judge Kaplan extending deadline to complete settlement. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 10/26/04 | Conference call to Court regarding Order by Judge Kaplan extending deadline to complete settlement and follow up with S. Parker regarding same. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 10/26/04 | Telephone call with CNA counsel regarding status of settlement agreement and payment by end of year and draft e-mail to A. Marchetta regarding same. | | |
| 15 | M. Waller | 0.4 | 138.00 |

| 10/26/04 | Worked with M. Waller regarding status of joint submission to Judge Kaplan requesting an extension of time to consummate settlement. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 10/27/04 | Prepare letter to Deputy Clerk to Judge Kaplan regarding request for extension of period to complete settlement and failure to receive notice of disposition of same. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 10/27/04 | Worked with M. Waller regarding status of joint submission to Judge Kaplan requesting an extension of time to consummate settlement | | |
| 4 | S. Parker | 0.3 | 34.50 |

| 10/28/04 | Confer with S. Parker regarding letter to Court and search of database for Order granting extension of period to complete settlement and follow up with same. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 10/28/04 | Finalize letter to Deputy Clerk to Judge Kaplan regarding request for extension of period to complete settlement. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 10/28/04 | Receive telephone call from E. DeCristofaro regarding issues with current version of settlement agreement. | | |
| 15 | M. Waller | 0.4 | 138.00 |

| 10/28/04 | Telephone call to Deputy Clerk to Judge Kaplan regarding failure to receive notice of disposition of request for extension of time to complete settlement. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 10/28/04 | Worked with M. Waller regarding status of joint submission to Judge Kaplan requesting an extension of time to consummate settlement. | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 34.50 |

| 10/29/04 | Telephone call to CNA counsel responding to question regarding asbestos settlements. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 69.00 |

| 10/29/04 | Conference call with J. Posner and follow up with same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 138.00 |

| 10/29/04 | Draft memorandum to J. Posner summarizing call with CNA counsel. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 69.00 |

| 10/29/04 | Follow up regarding CNA comments to agreement. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 95.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 1.30 | 475.00 | 617.50 |
| M. Waller | | 10.30 | 345.00 | 3,553.50 |
| B. Moffitt | | 0.30 | 290.00 | 87.00 |
| D. Florence | | 0.60 | 105.00 | 63.00 |
| S. Parker | | 1.90 | 115.00 | 218.50 |
| | TOTALS | 14.40 | | 4,539.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.3 | 475.00 | 617.50 |
| M. Waller | 15 | 10.3 | 345.00 | 3,553.50 |
| B. Moffitt | 15 | 0.3 | 290.00 | 87.00 |
| D. Florence | 4 | 0.6 | 105.00 | 63.00 |
| S. Parker | 4 | 1.9 | 115.00 | 218.50 |
| TOTAL | | 14.4 | | 4,539.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 10/05/04 | Review and analysis of Tahari's Brief in Support of its Appeal. |
|---|---|

| 15 | B. Benjamin | 0.6 | 216.00 |

**10/05/04** Draft correspondence to V. Finkelstein regarding Tahari's Brief in Support of its Appeal.

| 15 | B. Benjamin | 0.2 | 72.00 |

**10/20/04** Review and analysis of Tahari Brief on Appeal regarding statements to contradict and preparation for drafting Brief in Opposition.

| 15 | B. Benjamin | 1.4 | 504.00 |

**10/21/04** Legal research and analysis regarding oral promises as agreements for binding real property leases.

| 15 | B. Benjamin | 0.8 | 288.00 |

**10/22/04** Follow up regarding briefing on appeal.

| 4 | A. Marchetta | 0.2 | 95.00 |

**10/25/04** Continue review of Tahari brief regarding preparation for submission of brief in response.

| 15 | B. Benjamin | 0.7 | 252.00 |

**10/26/04** Draft correspondence to C. Boubol regarding execution of Stipulation consenting to submission of Supplemental Record on Appeal.

| 15 | B. Benjamin | 0.2 | 72.00 |

**10/26/04** Review and analysis of Stipulation consenting to Submission of Supplemental documents to Record on Appeal.

| 15 | B. Benjamin | 0.1 | 36.00 |

**10/26/04** Review and analysis of Documents Supplementing Record on Appeal.

| 15 | B. Benjamin | 0.3 | 108.00 |

**10/28/04** Research regarding case law for adhering to contract term barring oral modification.

| 15 | B. Benjamin | 0.7 | 252.00 |

**10/28/04** Draft and revise Appeal Brief in opposition to Tahari Appeal of Ejectment Order.

| 15 | B. Benjamin | 4.2 | 1,512.00 |

**10/29/04** Follow up regarding brief.

| 4 | A. Marchetta | 0.2 | 95.00 |

**10/29/04** Draft and revise Appellate Brief.

| 15 | B. Benjamin | 3.4 | 1,224.00 |

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 04/30/04 | Paid Investigative Consultants for service #10501 S#5948[2] | 1611.25 |
| 09/09/04 | Pd Aetna Central Judicial Services; JOB; Ck# 267214[3] | 11.00 |
| 09/30/04 | PD MEAL EXPENSE; WSH[4] | 15.90 |
| 09/30/04 | PD MEAL EXPENSE; WSH[5] | 3.60 |
| 10/07/04 | PD UPS TO SPRINGFIELD NJ; WSH; INV# 81207414 | 7.74 |
| 10/12/04 | PD UPS TO SPRINGFIELD, NJ; WSH; INV # 81207424 | 7.74 |
| 10/18/04 | PD UPS TO COLUMBIA MD; WSH; CK# 267000 | 10.78 |
| 10/18/04 | PD UPS TO BOCA RATON FL; WSH; CK# 267000 | 17.81 |
| 10/18/04 | PD UPS TO MEMPHIS TN; WSH; CK# 267000 | 16.41 |
| | Duplicating | 111.58 |
| | Superior Court Charge[6] | 10.75 |
| | Matter Total Engagement Cost | 1,824.56 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 10/13/04 | PD UPS TO WILMINGTON, DE; KMJ; INV # 81207424 | 7.74 |
| | Duplicating | 15.96 |
| | Matter Total Engagement Cost | 23.70 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 10/28/04 | DOCUMENT ACCESS FACILITY--OCTOBER 2004 | 2864.00 |
| | Duplicating | 7.84 |
| | Matter Total Engagement Cost | 2,871.84 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 10/09/04 | Pd UPS to Columbia MD; BG; Ck# 266513 | 6.30 |

---

[2] *See* Investigative Consultants International Invoice #23177 dated 4/30/2004 attached hereto as Exhibit 1.

[3] *See* Aetna Central Judicial Services Invoice #: 27 attached hereto as Exhibit 2.

[4] *See* email from Janet Clayter to MAIL-CATERING dated September 29, 2004 attached hereto as Exhibit 3.

[5] *See* Pitney, Hardin, Kipp & Szuch Client Service Charge – Soda Bill dated 9/30/04 attached hereto as Exhibit 4.

[6] *See* Finance Unit Statement of Account for the Month of September 2004, Account Number 80500 attached hereto as Exhibit 5.

| 10/09/04 | Pd UPS to Columbia MD;  BG;  Ck# 266513 | 6.30 |
| 10/09/04 | Pd UPS Adjustment; BG;  Ck# 266513 | 1.20 |
| | Duplicating | 33.04 |
| | Matter Total Engagement Cost | 46.84 |

# EXHIBIT 1

# Invoice

**Investigative Consultants International**
**231 North Avenue, Suite 302**
**Westfield, NJ 07090**

| DATE | INVOICE # |
|------|-----------|
| 4/30/2004 | 23177 |

**BILL TO**

Pitney, Hardin, Kipp & Szuch
200 Campus Drive
Florham Park, New Jersey 07932
Attn: Anthony J. Marchetta

**CASE TITLE**

Wallace D. Teich
Client Matter #082910.065656

PAID.....................
APPROVED.....................
VENDOR NO. *11325*
CHECK NO. *266233*
CHARGE..... *10501*

| OUR CASE # | TERMS |
|------------|-------|
| 2086-04 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|---------|-------------|----------|------|--------|
| 3/30/2004 | Investigation | SJB conducts case research as requested. | 0.5 | 95.00 | 47.50 |
| 3/30/2004 | Confidential | Confidential financial research as requested. | 1 | 1,100.00 | 1,100.00 |
| 3/30/2004 | Investigation | Background research as requested. | 1 | 250.00 | 250.00 |
| 4/22/2004 | Investigation | SJB conducts additional background research and reports to client. | 1.5 | 95.00 | 142.50 |
| | Legend | MWB, Michael W. Boyle; SJB, Stephen J. Biss; JH, Joseph Higgins, TT, Thomas Tykowski, EC, Edward Corrales, SR, Stanley Rusniak, AC, Andrew Clark, RH, Robert Higgins, RB, Robert Bennett, BC, Bruce Clark; CE, Christopher Easton, JC, John Cavaliere, DY, David Yingling. | | | 0.00 |
| | Questions | In the event you should have any questions regarding our invoice, please contact our offices at (908) 518-9185. | | 0.00 | 0.00 |
| 4/9/2004 | Investigation | SJB conducts case research. | 0.75 | 95.00 | 71.25 |

FEDERAL TAX ID # 22-3416362

**Total** $1,611.25

OIC → PAY (WH)    10/4/04

*082910. 065656*

# EXHIBIT 2

1236688A01121504

INVOICE #: 27   TO: PITNEY,HARDIN,KIPP & SZUCH ESQ.,

AETNA CENTRAL JUDICIAL SERVICES

| DATE | RECORD NUMBER | CLIENT FILE # | CAPTION | | RECIPIENT | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|
| 08/06/2004 | 1PHKS156560 | 516068-09535 | TEKTRON | v P & M | PICK UP COPY OF DECISION/SUPREME BRONX | B | 0.00 | 45.00 |
| 08/17/2004 | 1PHKS145428 | | WESTRAND GARDEN STATE | v EZAT | SUBMIT JUDGMENT/SUPREME NEW YORK | E | 0.00 | 10.00 |
| 08/20/2004 | 1PHKS145425 | | WESTLAND GARDEN STAK | v EZAT | OBTAIN COPY OF ENTERED JUDGMENT-SUP NEW YORK | B | 0.00 | 45.00 |
| 08/24/2004 | 1PHKS145497 | | GENERAL ELECTRIC | v STRADFORD | SUBMIT OSC/SUPREME RICHMOND | EG | 0.00 | 25.00 |
| 08/26/2004 | 1PHKS145428 | | MAXINE SMITH | v MBNA | FILE ANSWER/CIVIL QUEENS | AD | 0.00 | 5.50 |
| 08/30/2004 | 1PHKS137632 | | USA | v MARIA SHAW | OBTAIN COPY OF INDICATION/USDC SDNY | BD | 4.50 | 19.50 |
| 09/07/2004 | 1PHKS145429 | | KENNETH TERRANO | v KENNETH FINE | FILE WITH APP DIV. 2ND DEPT | AG | 0.00 | 15.00 |
| 09/09/2004 | 1PHKS151856 | | NJR ENERGY SVC CO. | v ECORP MARKETING | FILE SUMMONS | BG | 0.00 | 35.00 |
| 09/09/2004 | 1PHKS145432 | | W.R. GRACE & CO. | v WEJA, INC | ENTER FOEIGN JUDGMENT/SUPREME NEW YORK | BD | 1.00 | 110.00 |
| 09/10/2004 | 1PHKS145422 | | GENERAL ELECTRIC | v STRADFORD | FILE OTSC/SUPREME SUFFOLK | BG | 0.00 | 50.00 |
| 09/10/2004 | 1PHKS145431 | | BOC GROUI | v CORNING ASAHI | FILE DISCONTINUANCE/SUPREME NEW YORK | A | 0.00 | 5.00 |
| 09/13/2004 | 1PHKS151865 | | ROBERT WERTS | v A.O SMITH WATER PRODUCTS | OBTAIN ENTERED COPY OF STIP/SUPREME NEW YORK | DD | 1.00 | 16.00 |
| 09/13/2004 | 1PHKS151878 | | ATLANTIC GAS LIGHT | v PUBLIC UTILITY MGMT | OBTAIN ENTERED CERTIFICATE OF DEFAULT | B | 0.00 | 30.00 |
| 09/14/2004 | 1PHKS145440 | | PITNEY HARDIN | v NISSO | FILE AFFIDAVIT/SUPREME NEW YORK | A | 0.00 | 5.00 |
| 09/17/2004 | 1PHKS137622 | - | - | v - | SEE ATTACHED-SUPREME NEW YORK | AD | 1.00 | 6.00 |

*** Total ***

7.50   323.00

# EXHIBIT 3

**Vento, Jessica**

| | |
|---|---|
| **From:** | Clayter, Janet |
| **Sent:** | Wednesday, September 29, 2004 9:30 AM |
| **To:** | MAIL-CATERING |
| **Subject:** | PHKS-#1056304-v1-PH_Menu_Order_Form.DOC |

```
PH Menu Order Form
(Address email to: Mail-Catering )
Date of function:  9/30/04
Day of the week: Thursday
Time of function: 1:00 p.m.
Client/Matter #: 0829104 05656
Conference room: 3A
Number of people: 4
Requested By: Hatfield
Secretary name: Clayter

Extension: 7601

Meal type (Please specify Breakfast, Lunch, Dinner or Other):

Food Request: Other:  Coffee/Water/Soda/Cookies

Special Instructions: ?????

Business Purpose: ?????

People attending: Mr. Nagy, Mr. Marraro, Hatfield, Rose

(For 10 or more visitors)
Open Elevators(s)/Front Door at  ?????  am / till ?????  pm
If a sign is required, what should it say? ?????


        (Address email to:Mail-Catering)
DO NOT FILL IN (General Services use only):

Food Bill:    15.00

Tax:           .90

Subtotal:     15.90

20%            3.18

Total Bill:   19.08
```

# EXHIBIT 4

Pitney, Hardin, Kipp & Szuch

## Client Service Charge — Soda Bill

Date of Function ___9/30/04___

Day of Week ___Thursday___

Requested By ___B. Hatfield___

Number of People ___4___

Time ___1:00___

Conference Room ___3A___

$3.60

Menu ___Soda___

Special Instructions ___

Business Purpose ___

People Attending: ___

Client/Matter Nos. ___2910.65656___

Soda Bill ___4 x .75 = 3.00___

Tax ___

Sub Total ___

20% ___0.60 =___

Total Bill ___3.60___

Secretary ___

Extension ___

# EXHIBIT 5

1236688A01121504

STATEMENT OF ACCOUNT FOR THE MONTH OF    SEPTEMBER  2004

```
NAME:  PITNEY HARDIN KIPP & SZUCH              ACCOUNT NUMBER:   80500
ATTN:                                          PHONE NUMBER:  973-966-6300
       PARK AV AT MORRIS CO
       P.O. BOX 1945
       MORRISTOWN              NJ    07962-0000
```

```
CASE TITLE                                    SOURCE      TRANSACTION TYPE*
DOCKET NUMBER       REFERENCE #  RECEIPT SEQ # BATCH       CHECK NUMBER
                                              FILE DATE   VENUE
DOCUMENT TYPE                                 PROCESS DATE         TRANS AMT
COMMENTS
----------------------------------------------------------------------------
                                              ********************************
                                              *BEGINNING BALANCE:  +$   822.03*
                                              ********************************

                                              MANUAL ENTRY  DEP
                                              0409638       26503
                                              09/01/2004
                                              09/01/2004          +$ 5000.00
CK DATED 8/31/04

GARCIA VS KOZLOV SEATON ROMANI                MANUAL ENTRY  CHG
A   5504 00                                   0409779
                                              08/11/2004
COPIES                                        09/16/2004          -$   13.50
COPY OF OPINION

                                              MANUAL ENTRY  DEP
                                              0409710       265259
                                              09/10/2004
                                              09/10/2004          +$ 2000.00
CK DATED 09/09/04

W.R. GRACE & CO ET AL VS WEJA INC ET AL       MANUAL ENTRY  CHG
L   7908 95  082910. 065656                   0409840
                                              09/22/2004    JERSEY ST
COPIES                                        09/22/2004          -$   10.75
EXEMPLIFED COPY FINAL ORDER OR JUDGMENT

GARCIA VS KOZLOV SEATON ROMAN                 MANUAL ENTRY  CRC
A   5504 04                                   0409881
                                              09/28/2004    APPELLATE
SEE COMMENTS BELOW                            09/28/2004          +$   13.50
COPY OPINION CHARGE IN ERROR
                         PAGE:  0001  CONT...
```