UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE _____X

In re:

W.R. GRACE & CO., et al._____X
                    Debtors

In Proceeding for a
Reorganization Under
Chapter 11

Case No. 01-01139

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(E) (1)

Transferor:    Sampco, Inc.
               651 W. Washington Blvd.
               Chicago, IL 60661

*Your scheduled amount of $15,121.66 against the Debtors has been transferred to:*

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Ms. Alpa Jimenez

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

      United States Bankruptcy Court
      District of Delaware
      Attn: The U.S. Bankruptcy Clerk
      824 Market Street, 5th Floor
      Wilmington, DE 19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
      Refer to INTERNAL CONTROL No. _____ in your objection.
      If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

                              _____
                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

SAMPCO INC., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September __, 2004, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $15,121.66, against W.R. Grace & Co., (the "Debtor"), case no. 01-01140 in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ____ day of September 2004.

(Assignor)
SAMPCO INC.

By: _____

Name: _____

Title: _____

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____

Name: Janice M Stanton

Title: Member

(Assignor)
WITNESS:

By: _____

Name: Doug Samuels

Title: Controller

OFFICIAL SEAL
DOUGLAS F. SAMUELS
Notary Public — State of Illinois
My Commission Expires April 26, 2007