UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE                          X

In re:                                                                    In Proceeding for a
                                                                          Reorganization Under
W.R. GRACE & CO., et al.                      X                           Chapter 11
                        Debtors
                                                                          Case No. 01-01139

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(E) (1)

Transferor:   Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, P.A.
              20 N. Orange Avenue
              Suite 1500
              Orlando, FL 32801
              Attn: Russel Dickson, Jr.

*Your scheduled amount of $20,000.32 against the Debtors has been transferred to:*

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn: Ms. Alpa Jimenez

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    District of Delaware
    Attn: The U.S. Bankruptcy Clerk
    824 Market Street, 5th Floor
    Wilmington, DE 19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

---

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

FISHER, RUSHMER, WERRENRATH, DICKSON, TALLEY & DUNLAP, P.A. a Florida corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated November __, 2004, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $20,000.32, against W.R. Grace & Co., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 01-01139 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ____ day of _____ 2004.

(Assignor)
FISHER, RUSHMER, WERRENRATH,
DICKSON, TALLEY & DUNLAP, P.A.

By: _____
Name: Russell K. Dickson, Jr.
Title: _____

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: Janice M. Stanton
Title: Member

(Assignor)
WITNESS:

By: _____

Name: _____

Title: _____