UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al* : ) | Case No. 01-1139 JKF |
| ) | |
| Debtor ) | |
| ) | |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Karen Kronenberg, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of Nix, Patterson, & Roach, L.L.P., at 205 Linda Drive, Daingerfield, Texas, 75638.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of Nix, Patterson, & Roach, L.L.P. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a Contract and Power of Attorney authorizing Nix, Patterson, & Roach, L.L.P. to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Nix, Patterson, & Roach, L.L.P., 205 Linda Drive, Daingerfield, Texas 75638.

6. The Creditors hold claims in varying amounts for monetary damages due to personal injury. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits that have not been scanned, but are available upon motion and order of the Court.

7. The Law Offices of Nix Patterson, & Roach, L.L.P. does not hold any claims against or interest in the Debtor.

8. The Law Offices of Nix Patterson, & Roach, L.L.P. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
Karen Kronenberg
Nix, Patterson, & Roach, L.L.P.

Sworn to before me this 15th day of December, 2004.

_____
Notary Public



VANESSA CAMPBELL
Notary Public State of Texas
Commission Expires
AUGUST 2, 2008

CERTIFICATE OF SERVICE

I, Karen Kronenberg, do hereby certify that on this ___15th___ day of December, 2004, I caused a true and correct copy of the foregoing Notice of Filing Verified Statement in Connection with the Representation Of Creditors as Required by Federal Rule Of Bankruptcy 2019 to be served via first class U. S. Mail, postage prepaid, on the parties designated on the attached service list.

_____
Karen Kronenberg
Nix, Patterson, & Roach, L.L.P.