**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ] | |
| | ] | In Proceedings for a Reorganization |
| W.R. Grace & Co., *et al.*, | ] | under Chapter 11 |
| | ] | |
| Debtor. | ] | Case No. 01-1139-JKF |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
## OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Linda George of Laudig George Rutherford & Sipes, being first duly sworn, hereby

deposes and states as follows:

1. I am an attorney with the firm of Laudig George Rutherford & Sipes, 156 East

Market Street, Suite 600, Indianapolis, Indiana, 46204.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules

of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of

Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004, (the "Revised Order").

3. The law firm of Laudig George Rutherford & Sipes has been retained as counsel for

individual creditors in the above-referenced bankruptcy. The list of each of these creditors

names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a

"General Power of Attorney" authorizing Linda George of Laudig George Rutherford & Sipes,

as attorney in fact, to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Linda George, Laudig George

Rutherford & Sipes, 156 East Market Street, Suite 600, Indianapolis, Indiana, 46204.

6. The Creditors hold claims in varying amounts for monetary damages due to the

injuries sustained by the Creditors which involved in inhalation, ingestion, and/or other exposure to asbestos fibers attributable to products sold, installed, distributed, removed, and/or otherwise placed into commerce by the Debtor and/or its subsidiaries or assigns. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

6.   The Law Offices of Laudig George Rutherford & Sipes does not hold any claims against or interest in the Debtor.

7.   The Law Offices of Laudig George Rutherford & Sipes will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: December 15, 2004

Linda George

Sworn to before me this the 15th day of December, 2004.

Notary Public
Bonnie L. Sipes

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ] |
| | ] In Proceedings for a Reorganization |
| W.R. Grace & Co., *et al.*, | ] under Chapter 11 |
| | ] |
| Debtor. | ] Case No. 01-1139-JKF |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
## OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Linda George of Laudig George Rutherford & Sipes, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the firm of Laudig George Rutherford & Sipes, 156 East Market Street, Suite 600, Indianapolis, Indiana, 46204.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004, (the "Revised Order").

3. The law firm of Laudig George Rutherford & Sipes has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a "General Power of Attorney" authorizing Linda George of Laudig George Rutherford & Sipes, as attorney in fact, to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Linda George, Laudig George Rutherford & Sipes, 156 East Market Street, Suite 600, Indianapolis, Indiana, 46204.

6. The Creditors hold claims in varying amounts for monetary damages due to the

injuries sustained by the Creditors which involved in inhalation, ingestion, and/or other exposure to asbestos fibers attributable to products sold, installed, distributed, removed, and/or otherwise placed into commerce by the Debtor and/or its subsidiaries or assigns. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

6.  The Law Offices of Laudig George Rutherford & Sipes does not hold any claims against or interest in the Debtor.

7.  The Law Offices of Laudig George Rutherford & Sipes will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: December 15, 2004

Linda George

Sworn to before me this the 15th day of December, 2004.

Notary Public

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ] |
| | ] In Proceedings for a Reorganization |
| W.R. Grace & Co., *et al.*, | ] under Chapter 11 |
| | ] |
| Debtor. | ] Case No. 01-1139-JKF |

## NOTICE OF PROOF OF SERVICE OF STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

In compliance with this Court's Order, Linda George of Laudig George Rutherford &
Sipes, hereby tenders Notice of Service of the Statement in Connection with the Representation
of Creditors as Required by F.RB.P. Rule 2019 upon the attached official service list for the
above captioned action. Service was preformed *via* First Class United States Mail, postage
prepaid.

Dated: December 16, 2004        Linda George, Indiana Attorney No. 15744-49

Linda George
W. Russell Sipes
**LAUDIG GEORGE RUTHERFORD & SIPES**
156 East Market Street, Suite 600
Indianapolis, Indiana 46204
Telephone: (317) 637-6071
Facsimile: (317) 85-6505

**W.R. GRACE & CO.
SERVICE LIST**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price &
Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

{D0002247-1 }