## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. Grace & Co., et al. | § | |
| Debtor. | § | Case No. 01-1139-JKF |

### VERIFIED STATEMENT OF JOSEPH DONALD CARONA, JR. PURSUANT TO FED. R. BANKR. P. 2019

Pursuant to Fed. R. Bankr. P. 2019 and the Court's Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (hereinafter referred to as the "Order"), Joseph Donald Carona, Jr. ("Attorney") files this verified statement of multiple representation and states as follows:

1. Attorney represents multiple asbestos personal injury claimants, the identities of whom are set forth in Exhibit "A" referenced below (collectively referred to as "Claimants"), who have asbestos personal injury claims against W.R. Grace & Co., and its related companies in the above-captioned and numbered proceeding (hereinafter referred to collectively as the "Debtor").

2. Compact Discs ("CDs") are being submitted to the United States Bankruptcy Clerk as required by the Order. Included in the CDs are the following: a) an Excel spreadsheet, marked as Exhibit "A", which contains the information required by the Court's Order; and b) a blank, but unredacted exemplar of the agreements of representation of each of the Claimants, marked and consecutively numbered as Exhibits "B-1" and "B-2."

3. Claimants have conveyed to Attorney a contingent fee interest in their claims against Debtor. This interest was acquired at the time that Attorney was retained by Claimants. The interest owned, and the date such interests were acquired, are set forth in the contingent fee agreements executed by Claimants. Attorney has not received any payment for his interest in such claims, and has not sold or disposed of any claims or interests in such claims.

DATED:   December 17, 2004.

JOSEPH DONALD CARONA, JR.
1009 W. Green Avenue
Orange, Texas 77630
Phone:  (409) 883-4394
Facsimile:  (409) 883-4814

By:____/s/ Joseph Donald Carona, Jr.____
         Joseph Donald Carona, Jr.
         TBA # 03832600

ATTORNEY FOR CLAIMANTS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re | § | Chapter 11 |
| | § | |
| W.R. Grace & Co., et al. | § | Case No. 01-1139-JKF |
| Debtor | § | |

## **VERIFICATION**

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF ORANGE | § |

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the County and State aforesaid, the named Joseph Donald Carona, Jr. who, having been duly sworn before me, states on oath that the matters set forth in the Verified Statement of Joseph Donald Carona, Jr. pursuant to Fed. R. Bankr. P. 2019 are true and correct to the best of his knowledge and belief.

Sworn to and subscribed before me this 17th day of December, 2004.

                                                /s/ Nancy A. Sorrels_____
                                                NOTARY PUBLIC
                                                STATE OF TEXAS

My Commission Expires: 11-12-2005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re | § | Chapter 11 |
| | § | |
| W.R. Grace & Co., et al. | § | |
| Debtor. | § | Case No. 01-1139-JKF |

**CERTIFICATE OF SERVICE**

I, Joseph Donald Carona, Jr., hereby certify that on December 17, 2004, I served a copy of the Verified Statement of Joseph Donald Carona, Jr. pursuant to Fed. R. Bankr. P. 2019, which includes all exhibits provided to the Clerk on CD, upon Debtor and the United States Trustee. A Notice of Filing of the Verified Statement was also served on all parties on the Official Service List.

/s/ Joseph Donald Carona, Jr.
Joseph Donald Carona, Jr.