# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | Case Nos. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

## VERIFIED STATEMENT PURSUANT TO
## FED. R. BANKR. P. 2019 OF
## <u>BERGER & MONTAGUE, P.C.</u>

In compliance with, and to the extent required by Fed. R. Bankr. P. 2019 and the Revised Order Requiring Filing of Statement Pursuant to Fed. R. Bankr. P. 2019 (Docket No. 6715, the "Rule 2019 Order"), in connection with Berger & Montague's representation in the above-captioned chapter 11 cases (collectively, the "Bankruptcy Cases") of certain creditors and parties in interest (collectively, the "Creditors") of the debtors and debtors in possession (the "Debtors") in the Bankruptcy Case, I, Jonathan D. Berger, hereby verify that:

1. I am, and at all material times have been, an attorney in the law firm of Berger & Montague, P.C. ("Berger & Montague"). My Pennsylvania attorney I.D. number is 44323.

2. Berger & Montague currently represents the Asbestos School Litigation Settlement Class (U.S.D.C., E.D. Pa., Master File No. 83-0268) with respect to a claim for outstanding product coupons or rebates from the Debtors as part of a prior settlement with the Debtors.

3. Attached as Exhibit A are the responses to the Court's Rule 2019 Order.

4.    Pursuant to the Court's Rule 2019 Order, the referenced exhibits were submitted to the Clerk of Court, Debtor's counsel, and the U.S. Trustee, on Compact Disk ("CD") and are not herewith electronically filed.

This Verification is executed under and pursuant to 18 Pa. C. S. A. § 4904, relating to unsworn falsification before authorities.

Executed this 17 day of December, 2004.

Jonathan D. Berger
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-4667

388968_01.wpd