IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., <u>et al.</u>, <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br><br> Jointly Administered |

## **<u>VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019</u>**

The law firms of Riker, Danzig, Scherer, Hyland & Perretti LLP and Jaspan Schlesinger Hoffman LLP (collectively, "Counsel") hereby file this Verified Statement Pursuant to Fed. R. Bankr. P. 2019:

1. Counsel have been retained in this matter to represent The Prudential Insurance Company of America and two of its subsidiaries, PIC Realty Corporation and 745 Property Investments.

2. In response to the Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 entered in these cases on October 22, 2004, Counsel have submitted the information required in compact disc form as exhibits hereto.

**[This Space Intentionally Left Blank]**

Dated:   December 17, 2004
         Wilmington, Delaware

/s/ Frederick B. Rosner
Frederick B. Rosner, Esq.
JASPAN SCHLESINGER HOFFMAN LLP
913 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 351-8000

-and-

Robert J. Gilson, Esq.
Joseph L. Schwartz, Esq.
RIKER, DANZIG, SCHERER, HYLAND &
   PERRTTI LLP
Headquarters Plaza
One Speedwell Avenue
P.O. Box 1981
Morristown  NJ  07962
(973) 538-0800

Co-Counsel for the Claimants

3478845.2

## **VERIFICATION**

Frederick Rosner, Esq., of full age, hereby verifies and states as follows:

1. I am a member of the law firm of Jaspan Schlesinger Hoffman LLP which firm serves as co-counsel to The Prudential Insurance Company of America and its subsidiaries, PIC Realty Corporation and 745 Property Investments in the Debtors' cases.

2. I have reviewed the (i) foregoing Verified Statement Pursuant to Fed. R. Bankr. P. 2019 and (ii) the attached exhibits, and I verify under penalty of perjury that the information contained therein is true and correct.

Dated: December 17, 2004

By: *Frederick B. Rosner*
Frederick B. Rosner, Esq.

3478845.2

## VERIFICATION

Joseph L. Schwartz, Esq., of full age, hereby verifies and states as follows:

1. I am a member of the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, which firm serves as co-counsel to The Prudential Insurance Company of America and its subsidiaries, PIC Realty Corporation and 745 Property Investments in the Debtors' cases.

2. I have reviewed the (i) foregoing Verified Statement Pursuant to Fed. R. Bankr. P. 2019 and (ii) the attached exhibits, and I verify under penalty of perjury that the information contained therein is true and correct.

Dated: December 16, 2004

By: _____
Joseph L. Schwartz, Esq.

3478845.2