# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                        December 9, 2004
ATTN: Lydia Duff, Esq.                            Invoice 654592 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06030                   For Services Through 11/30/04
WR Grace #            032-KL-721400-00-5250472
Name of Matter:       Aiken-Title V Permit App. Iss

| | | | | |
|---|---|---|---|---|
| 11/23/04 | Provide material for Attorney Carlisle. | | | |
| | K. LUCAS | 0.50 hrs. | 65.00/hr | $32.50 |

**Fees for Legal Services**................................................................................................. **$32.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. LUCAS | 0.50 | 65.00 | 32.50 |
| TOTAL | 0.50 | $65.00 | $32.50 |

**Net current billing for this invoice** ................................................................................. **$32.50**

**GRAND TOTAL**................................................................................................................. **$32.50**

W. R. Grace & Co.

December 9, 2004
Invoice 654592  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $32.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$32.50** |

Terms of Payment:  Balance due within thirty days of invoice date

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                            December 9, 2004
ATTN: Lydia Duff, Esq.                                   Invoice 654593  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06031                For Services Through 11/30/04
Cost Center #           800148
WR Grace #              001-KL-721490-01-501560
Name of Matter:         Li Tungsten

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 11/10/04 | Several calls regarding negotiations (0.5); prepare for and telephone conference with EPA contact regarding negotiations and status of matter and notes on same (0.5), review notes and prepare memo to Ms. Duff (0.2).<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/11/04 | Review memo from Ms. Duff and respond to same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/15/04 | Review notice regarding comment period on radionuclide contamination proposed plan, review memo regarding extension (0.1); analyze impact of negotiations on consent decree and issues to address (1.1).<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/16/04 | Review consent decree provisions and confer with Attorney Burn regarding bankruptcy issues on same (0.7); prepare for negotiation call (0.4) reply to memo from Ms. Duff regarding status of same (0.1).<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/22/04 | Evaluate and annotate draft consent order (1.4); review records of discussions on negotiations and prepare message to EPA (0.3); telephone message to Ms. Duff (0.1); telephone conference with her regarding draft order and negotiations status (0.2).<br>J.M. MELCHERS | 2.00 hrs. | 250.00/hr | $500.00 |
| 11/23/04 | Provide materials for Attorney Melchers.<br>K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |
| 11/29/04 | Follow-up regarding negotiations and telephone conference with Ms. Duff regarding same (0.2); prepare memo regarding status (0.1).<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/30/04 | Telephone conference with EPA office staff.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |

**Fees for Legal Services**............................................................................................    **$1,569.50**

W. R. Grace & Co.

December 9, 2004
Invoice 654593  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 6.20 | 250.00 | 1,550.00 |
| K. LUCAS | 0.30 | 65.00 | 19.50 |
| TOTAL | 6.50 | $241.46 | $1,569.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/10/2004 | Telephone 1-212-637-3165 | 0.15 |
| 11/22/2004 | Telephone 1-410-531-4210 | 0.05 |
| 11/24/2004 | VENDOR: Ikon Office Solutions; INVOICE#: L07129809; DATE: 11/24/2004 | 27.20 |
| 11/29/2004 | Telephone 1-410-531-4210 | 0.15 |
| 11/30/2004 | Telephone 1-212-637-3165 | 0.05 |
| **Total Charges for Other Services Provided/Expenses Incurred**................................... | | **$27.60** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 27.20 |
| Telephone | 0.40 |
| TOTAL | $27.60 |

**Net current billing for this invoice** ...................................................................................   **$1,597.10**

**GRAND TOTAL**...........................................................................................................................   **$1,597.10**

W. R. Grace & Co.

December 9, 2004
Invoice 654593  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $1,569.50 |
| Charges for Other Services Provided/Expenses Incurred | $27.60 |
| **Net current billing for this invoice** .................................................................. | **$1,597.10** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          December 6, 2004
ATTN: Lydia Duff, Esq.                           Invoice 654594 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06091                    For Services Through 11/30/04
Name of Matter:         Fee Applications

| | | | | |
|---|---|---|---|---|
| 11/03/04 | Research issue regarding orders approving payments in 2002 upon question raised by client. | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 11/11/04 | Review October 2004 Fee Application attachments for privilege issues and telephone conference with Attorney Smith regarding information on same. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 11/16/04 | Review bills and begin drafting October 2004 Interim Fee Application. | | | |
| | A.R. PRICE | 1.80 hrs. | 100.00/hr | $180.00 |
| 11/17/04 | Review memos from Attorney Burn regarding Alchem entries for October 2004 Interim Fee Application, respond to same and prepare memo to Attorney Smith. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/17/04 | Review bills from May through October in the Alchem matter to ensure they conform with bankruptcy court requirements (0.3); update to Attorneys Hawkins, Melchers, and Plowman on same (0.1). | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 11/18/04 | Review memo from Attorney Burn regarding restrictions on invoice charges and review October 2004 Interim Fee Application attachments for compliance (0.2); review memo regarding compliance issues (0.1). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/23/04 | Review Fee Auditor's final report for the 13th Interim Period and review and respond to memo regarding same. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/23/04 | Review additional new bill invoices and incorporate into draft of October 2004 Interim Fee Application. | | | |
| | A.R. PRICE | 3.90 hrs. | 100.00/hr | $390.00 |
| 11/23/04 | Update file with incoming materials for Attorney Melchers. | | | |
| | K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |

W. R. Grace & Co.

December 6, 2004
Invoice 654594  Page 2

| | | | | |
|---|---|---|---|---|
| 11/24/04 | Edit and revise October 2004 Interim Fee Application (0.5); review PACER for Fee Auditor's report for 13th Quarterly Fee Application (0.2); review PACER for CONO for September 2004 Interim Fee Application (0.2); update tracking chart and forward CONO to Attorney Melchers for client (0.2). | | | |
| | B.J. BURN | 1.10 hrs. | 190.00/hr | $209.00 |

| | | | | |
|---|---|---|---|---|
| 11/29/04 | Review and edit draft Fee Application documents for October, 2004 (0.5), review memo from Attorney Burn regarding September 2004 Interim Fee Application CONO and confer with her regarding real estate counsel designation and order and follow-up for October 2004 Interim Fee Application (0.2); review Amended Fee Auditor's Final Report for 13th Interim Period and telephone call regarding same (0.2). | | | |
| | J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |

| | | | | |
|---|---|---|---|---|
| 11/29/04 | Review amended fee auditor's report for the 13th period for any changes to treatment of NMRS' fee applications. | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |

| | | | | |
|---|---|---|---|---|
| 11/30/04 | Follow up on revised Verification and status of October 2004 Interim Fee Application. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |

**Fees for Legal Services**..................................................................................................  **$1,594.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 2.40 | 250.00 | 600.00 |
| B.J. BURN | 2.20 | 190.00 | 418.00 |
| A.R. PRICE | 5.70 | 100.00 | 570.00 |
| K. LUCAS | 0.10 | 65.00 | 6.50 |
| TOTAL | 10.40 | 153.32 | 1,594.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/16/2004 | Photocopies 30 Page(s) | 1.50 |
| 11/17/2004 | Photocopies 34 Page(s) | 1.70 |
| 11/29/2004 | Photocopies 39 Page(s) | 1.95 |
| **Total Charges for Other Services Provided/Expenses Incurred**..................................... | | **$5.15** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 5.15 |
| TOTAL | $5.15 |

**Net current billing for this invoice** ..................................................................................  **$1,599.65**

**GRAND TOTAL**.................................................................................................................  **$1,599.65**

W. R. Grace & Co.

December 6, 2004
Invoice 654594  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/06091
Fee Applications

---

| | |
|---|---|
| Fees for Professional Services | $1,594.50 |
| Charges for Other Services Provided/Expenses Incurred | $5.15 |
| **Net current billing for this invoice** ................................................................ | **$1,599.65** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          December 9, 2004
ATTN: Robert A. Emmett, Esq.                      Invoice 655866 Page 1
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06092                    For Services Through 11/30/04
Name of Matter:      Laurens County Property

| | | | | |
|---|---|---|---|---|
| 11/04/04 | Draft restrictive covenants. | | | |
| | R.T. CARLISLE | 0.40 hrs. | 250.00/hr | $100.00 |
| 11/08/04 | Confer with Attorney Fant regarding his suggested revisions to draft restrictive covenant (0.2); electronic mail memorandum to client regarding draft declaration and need for related documents (0.2). | | | |
| | R.T. CARLISLE | 0.40 hrs. | 250.00/hr | $100.00 |
| 11/23/04 | Provide materials for Attorney Carlisle. | | | |
| | K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |

**Fees for Legal Services**....................................................................................   **$206.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.80 | 250.00 | 200.00 |
| K. LUCAS | 0.10 | 65.00 | 6.50 |
| TOTAL | 0.90 | 229.44 | 206.50 |

**Net current billing for this invoice** ................................................................   **$206.50**

**GRAND TOTAL**.............................................................................................   **$206.50**

W. R. Grace & Co.

December 9, 2004
Invoice 655866  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/06092
Laurens County Property

| | |
|---|---|
| Fees for Professional Services | $206.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................ **$206.50**

---

**Terms of Payment:  Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          December 9, 2004
ATTN: Robert A. Emmett, Esq.                     Invoice 655001  Page  1
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/09007                   For Services Through 11/30/04
Name of Matter:          Alchem Chemical Co.

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/15/04 | Review draft correspondence and attachments to Mr. Emmett regarding Mr. Plowman's work on site purchase agreement (0.2), confer with Attorney Hawkins regarding work and telephone conference with Attorney Smith regarding same (0.2). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 11/16/04 | Message from Ms. Johns regarding EPA letter and coordinating call with Mr. Schlecht (0.2); message to same with schedule (0.1). | | | |
| | N.J. SMITH | 0.30 hrs. | 275.00/hr | $82.50 |
| 11/17/04 | Review CAP and recent amended CAP, prepare for conference call with Ms. Johns and Mr. Schlecht (0.3); conference call with same to discuss scope of response to EPA letter addressing CAP (1.0). | | | |
| | N.J. SMITH | 1.30 hrs. | 275.00/hr | $357.50 |
| 11/17/04 | Review sales contract and file correspondence to respond to buyer counsel. | | | |
| | J.E. HOLMES | 2.00 hrs. | 250.00/hr | $500.00 |
| 11/22/04 | Review information from real estate section on purchaser questions and request for schedule (0.2); forward report to Ms. Johns (0.1); review comments from Ms. Johns on RMT expanded plan for response to EPA comment letter (0.3); telephone conference with Ms. Johns regarding coordination for meeting on purchaser interest and scope of response to EPA (0.3). | | | |
| | N.J. SMITH | 0.90 hrs. | 275.00/hr | $247.50 |
| 11/24/04 | Review message from Ms. Johns regarding EPA and schedule for call (0.1); review deed restrictions for example for call (0.3); telephone conference with Ms. Kellam and Mr. Mundy of EPD regarding deed notices and forms for non-listed sites (0.7). | | | |
| | N.J. SMITH | 1.10 hrs. | 275.00/hr | $302.50 |
| 11/30/04 | Review client documents and title commitment with exception documents. | | | |
| | J.E. HOLMES | 4.00 hrs. | 250.00/hr | $1,000.00 |

**Fees for Legal Services**.......................................................................................... **$2,590.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|

W. R. Grace & Co.

December 9, 2004
Invoice 655001  Page 2

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 0.40 | 250.00 | 100.00 |
| N.J. SMITH | 3.60 | 275.00 | 990.00 |
| J.E. HOLMES | 6.00 | 250.00 | 1,500.00 |
| TOTAL | 10.00 | 259.00 | 2,590.00 |

**Net current billing for this invoice** ..................................................................................... **$2,590.00**

**GRAND TOTAL**.............................................................................................................. **$2,590.00**

W. R. Grace & Co.

December 9, 2004
Invoice 655001  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/09007
Alchem Chemical Co.

| | |
|---|---|
| Fees for Professional Services | $2,590.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................. **$2,590.00**

---

**Terms of Payment:  Balance due within thirty days of invoice date**

---

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC