IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004**

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/01/2004 | GHL | Work on Grace's comments on Intercat's technical tutorial; | 0.50 |
| 10/01/2004 | FTC | Met with potential expert witness. | 5.50 |
| 10/01/2004 | KMW | Preparation for meeting w/prior art expert; meeting w/DRB, expert and meeting in our files with expert. | 6.00 |
| 10/01/2004 | KMW | Preparation of comments to Intercat's tutorial and filing of the same; | 3.50 |
| 10/01/2004 | KMW | Preparation for Marathon Ashland Refinery Depositions. | 0.50 |
| 10/01/2004 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 4.50 |
| 10/01/2004 | DRB | Meeting with potential validity expert | 3.00 |
| 10/01/2004 | DRB | Advice to Grace concerning new multi-loaders equipment | 1.00 |
| 10/01/2004 | DRB | Preparation of Grace's objections to Intercat's technical tutorial | 2.90 |
| 10/01/2004 | DRB | Preparation for upcoming depositions of 3rd-party refiners. | 0.60 |
| 10/01/2004 | CEZ | Took deposition of CHS refinery. | 7.40 |
| 10/02/2004 | CEZ | Travel from CHS deposition; billed 6 hours half time | 3.00 |
| 10/02/2004 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 1.00 |
| 10/03/2004 | SW | Review and analyze documents in preparation of witness file for R. Lippert | 2.00 |
| 10/04/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert; Review and organization of documents for preparation of Marathon Detroit Refinery deposition. | 6.50 |
| 10/04/2004 | DRB | Telephone conference with liability expert regarding Markman hearing | 0.70 |
| 10/04/2004 | DRB | Preparation of Markman presentation | 1.00 |
| 10/04/2004 | DRB | Preparation of summary of refinery depositions | 2.00 |
| 10/04/2004 | DRB | Preparation of documents for production; analysis of recently discovered documents supplied by Grace | 2.50 |
| 10/04/2004 | DRB | Analysis of Intercat's opposition to Grace's technical tutorial | 0.50 |
| 10/04/2004 | KMW | Review of Grace's documents for document production. | 5.90 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/04/2004 | KMW | Preparation for Marathon Ashland Refinery depositions and serving subpoenas in support thereof. | 0.80 |
| 10/04/2004 | FTC | Document review. | 2.80 |
| 10/04/2004 | LL | Assisted in the preparation of ECF e-mails to be put into document software program; searched for various documents to send via e-mail; took part in a conference call with Uniscribe Copy Service for production documents; searched for documents regarding Montana Detroit witness file | 2.00 |
| 10/04/2004 | CEZ | Reviewed damages-related documents produced by Intercat. | 4.10 |
| 10/04/2004 | CEZ | Reviewed documents for production. | 1.00 |
| 10/04/2004 | EJS | Printed out cases and placed in binder. Began review. | 0.50 |
| 10/05/2004 | EJS | Prepared case analysis. | 3.40 |
| 10/05/2004 | CEZ | Meeting to prepare claim construction hearing. | 1.00 |
| 10/05/2004 | CEZ | Reviewed Intercat's comments on the Grace Tutorial. | 1.00 |
| 10/05/2004 | LL | Attended to and assisted in the preparation of binders of refinery depositions for damages expert; prepared witness file for Marathon Detroit Refinery; prepared production files of new documents; reviewed documents for production | 4.00 |
| 10/05/2004 | KMW | Analysis of Grace's documents for production. | 0.60 |
| 10/05/2004 | KMW | Analysis of document requests and responding to Intercat's inquiries. | 0.50 |
| 10/05/2004 | DRB | Preparation of Markman claim construction presentation | 6.00 |
| 10/05/2004 | DRB | Preparation of documents for refinery deposition | 1.00 |
| 10/05/2004 | DRB | Analysis of Intercat's technical tutorial objections | 0.80 |
| 10/05/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert; Review and organization of documents for preparation of Marathon Detroit Refinery deposition. | 8.00 |
| 10/06/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert | 5.00 |
| 10/06/2004 | DRB | Preparation of Markman presentation | 3.00 |
| 10/06/2004 | DRB | Preparation for Marathon Oil deposition | 5.00 |
| 10/06/2004 | DRB | Travel to Marathon deposition in Findlay, Ohio (4 hours billed half time) | 2.00 |
| 10/06/2004 | KMW | Analysis of Plaintiff's comments to Defendants' Tutorial. | 0.50 |
| 10/06/2004 | FTC | Review of document for production. | 1.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/06/2004 | LL | Attended to and assisted in the preparation of binders to send to our damages expert; updated witness file for Marathon Detroit Refinery; reviewed documents for production; updated production logs; prepared new production files | 4.50 |
| 10/06/2004 | CEZ | Developed claim construction presentation slides. | 5.50 |
| 10/07/2004 | LL | Attended to and assisted in the preparation of binders to send to Teitman; updated production logs and indexed new documents; prepared new production files | 2.00 |
| 10/07/2004 | KMW | Analysis of plaintiff's pending document requests and conference w/AFJ regarding the same. | 0.50 |
| 10/07/2004 | KMW | Analysis of Grace's documents for document production. | 0.70 |
| 10/07/2004 | KMW | Preparation of Power Point for Markman Hearing. | 0.90 |
| 10/07/2004 | DRB | Preparation for and taking/defending deposition of Marathon Oil | 7.50 |
| 10/07/2004 | DRB | Travel from Marathon Oil deposition to Philadelphia (5.6 hours, billed half time). | 2.80 |
| 10/07/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert | 3.00 |
| 10/08/2004 | DRB | Preparation of Markman presentation | 5.50 |
| 10/08/2004 | DRB | Legal research regarding claim construction case law | 1.50 |
| 10/08/2004 | KMW | Review of Grace's documents and production thereof. | 0.50 |
| 10/08/2004 | KMW | Analysis of 236 patent in support of Markman hearing. | 0.70 |
| 10/08/2004 | FTC | Review of documents for production. | 1.00 |
| 10/08/2004 | LL | Attended to and assisted in the preparation of the Lippert witness file; reviewed new documents for production and sent to Arnold; prepared documents to send to Whittier | 4.00 |
| 10/08/2004 | CEZ | Teleconference with T. Wimbiscus regarding extant depositions. | 0.70 |
| 10/08/2004 | CEZ | Prepared slides for claim construction hearing. | 3.30 |
| 10/08/2004 | CEZ | Reviewed damages documents produced by Intercat. | 2.10 |
| 10/10/2004 | PSP | Markman presentation graphics | 1.00 |
| 10/11/2004 | CEZ | Meeting with team regarding claim construction hearing; prepared visual aid materials for claim construction hearing. | 4.20 |
| 10/11/2004 | CEZ | Reviewed financial documents produced by Intercat. | 2.60 |
| 10/11/2004 | CEZ | Teleconference with damage consultant regarding Intercat document production. | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/11/2004 | CEZ | Prepared memorandum regarding outstanding deposition discovery. | 0.50 |
| 10/11/2004 | LL | Attended to and assisted in the preparation of a witness file for Marathon Ashland Refinery | 1.50 |
| 10/11/2004 | GHL | Meeting with members of trial team to work on graphics for markman hearing and strategy for presentation of claim construction position; | 1.50 |
| 10/11/2004 | FTC | Reviewed prior art references in preparation for telecon with potential expert witness; held telecon and discussed said references. | 1.60 |
| 10/11/2004 | FTC | Review of documents for production. | 3.50 |
| 10/11/2004 | DRB | Preparation of Markman hearing presentation | 5.50 |
| 10/11/2004 | DRB | Team meeting to develop strategy for Markman hearing | 1.20 |
| 10/11/2004 | DRB | Summary of MAP Detroit deposition notes | 0.80 |
| 10/12/2004 | DRB | Preparation of Markman hearing preparation | 7.00 |
| 10/12/2004 | KMW | Analysis of documents in preparation for MAP -Texas City deposition. | 0.20 |
| 10/12/2004 | KMW | Analysis of 236 patent in support of Markman Hearing. | 1.50 |
| 10/12/2004 | KMW | Analysis of Intercat documents. | 0.70 |
| 10/12/2004 | FTC | Reviewed and considered the significance of Intercat documents relating to additive retention. | 0.90 |
| 10/12/2004 | FTC | Review of documents for production. | 2.60 |
| 10/12/2004 | LL | Attended to and assisted in the preparation of a witness file for Marathon Ashland Refinery; prepared documents to federal express to Scott Whittier | 2.50 |
| 10/12/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert; Review and organization of documents for preparation of Marathon-Ashland Refinery deposition. | 7.00 |
| 10/12/2004 | CEZ | Reviewed claim construction briefing in preparation for claim construction hearing. | 4.20 |
| 10/13/2004 | CEZ | Preparation for MAP deposition. | 7.60 |
| 10/13/2004 | LL | Attended to and assisted in the preparation of a witness file for Marathon Ashland Refinery and Lippert; scanned in various documents to send to team and downloaded into a zip file for client. | 5.00 |
| 10/13/2004 | FTC | Reviewed deposition of John Haley. | 2.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/13/2004 | FTC | Held telecon with expert witness (Paul Solt); reviewed prior art references in preparation for said telecon. | 1.00 |
| 10/13/2004 | GHL | Work on presentation for Markman hearing; | 0.80 |
| 10/13/2004 | KMW | Analysis of Intercat documents in support of Lippert deposition. | 2.00 |
| 10/13/2004 | KMW | Analysis of discovery requests and Grace documents in response to inquiries by Intercat and in support of preparation of responses to document requests nos. 11 & 12. | 2.50 |
| 10/13/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert; Review and organization of documents for preparation of Marathon-Ashland Refinery deposition. | 7.50 |
| 10/13/2004 | DRB | Preparation of Markman presentation | 7.10 |
| 10/13/2004 | DRB | Coordination of deposition schedules and discovery document production | 0.90 |
| 10/14/2004 | DRB | Preparation of Markman presentation slides. | 7.00 |
| 10/14/2004 | DRB | Advice to AWC and ClemTex regarding responding to subpoenas - help produce documents | 1.00 |
| 10/14/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert | 6.00 |
| 10/14/2004 | KMW | Analysis of documents in preparation of Lippert deposition. | 0.70 |
| 10/14/2004 | KMW | Analysis of Grace documents in support of loaders/prior art analysis. | 2.00 |
| 10/14/2004 | KMW | Analysis of financial documents; teleconference w/financial expert regarding the same; coordination of documents to financial expert. | 2.00 |
| 10/14/2004 | KMW | Analysis of Grace documents for production; analysis of discovery requests and preparation of strategy for proceeding. | 1.20 |
| 10/14/2004 | FTC | Analyzed deposition testimony of John Haley. | 1.10 |
| 10/14/2004 | LL | Attended to and assisted in the preparation of a witness file for Lippert; performed a document search for Bailey; prepared documents for financial experts at Parente; prepared documents for Ziegler regarding various agreement; scanned in various documents to send to team and downloaded into a zip file for client. | 5.00 |
| 10/14/2004 | CEZ | Preparation for MAP deposition; participated in deposition. | 6.50 |
| 10/14/2004 | CEZ | Travel from MAD deposition, 4 hours billed half time. | 2.00 |
| 10/14/2004 | PSP | Markman presentation graphics | 1.20 |
| 10/15/2004 | PSP | Markman presentation to litigation management software. | 0.70 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/15/2004 | CEZ | Met with P. Perdue to discuss claim construction presentation; prepared graphics for meeting. | 4.40 |
| 10/15/2004 | LL | Attended to and assisted in the preparation of documents for financial experts at Parente; prepared witness file for Lippert; scanned in various documents for Bailey | 2.00 |
| 10/15/2004 | FTC | Analyzed and drafted written summary of the deposition of John Haley. | 2.70 |
| 10/15/2004 | KMW | Analysis of Grace's documents for production. | 2.50 |
| 10/15/2004 | KMW | Analysis of 236 patent and preparation of slides for Markman hearing. | 2.20 |
| 10/15/2004 | KMW | Preparation of responses to document request nos. 11 & 12. | 1.30 |
| 10/15/2004 | KMW | Analysis of documents in support of Lippert deposition and strategy for the same. | 0.60 |
| 10/15/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert | 7.00 |
| 10/15/2004 | DRB | Preparation of Markman hearing presentation | 6.20 |
| 10/15/2004 | DRB | Coordination of third party discovery | 0.60 |
| 10/15/2004 | DRB | Advice to third party to produce relevant documents quickly and prepare for deposition (obtain information). | 0.70 |
| 10/15/2004 | DRB | Preparation of documents for production | 0.50 |
| 10/16/2004 | LL | Attended to and assisted in the preparation of documents regarding a three page list of documents needed by Ziegler which included trial agreements, lease agreements, etc. | 5.00 |
| 10/18/2004 | LL | Attended to and assisted in the preparation of witness files; prepared documents for damages expert at Parente and files to Whitney; updated production logs; scanned in documents for team and downloaded files to zip for client; prepared new files of production documents | 4.00 |
| 10/18/2004 | FTC | Reviewed manuals relating to Clemtex loaders. | 0.60 |
| 10/18/2004 | FTC | Review of status of discovery responses and loader documents to be produced. | 1.50 |
| 10/18/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert; Review and organization of Grace and Intercat documents per K. Whitney's request | 7.00 |
| 10/18/2004 | KMW | Telephonic conference w/client regarding fact-finding for loaders. | 0.50 |
| 10/18/2004 | KMW | Analysis of Grace documents for production. | 3.00 |

| 10/18/2004 | KMW | Analysis of Intercat's 11th and 12th discovery requests and preparation of responses thereto. | 2.20 |
| 10/18/2004 | CEZ | Teleconference with M. Privratsky to discuss outstanding discovery. | 0.70 |
| 10/18/2004 | CEZ | Review of references in prior art. | 1.00 |
| 10/18/2004 | DRB | Preparation of Markman presentation | 6.80 |
| 10/18/2004 | DRB | Coordination with third parties for responding to subpoenas | 0.80 |
| 10/18/2004 | DRB | Coordination of Grace depositions | 0.40 |
| 10/19/2004 | DRB | Preparation of responses to discovery requests | 0.70 |
| 10/19/2004 | DRB | Coordination of deposition scheduling. | 0.70 |
| 10/19/2004 | DRB | Preparation of Markman hearing presentation and telephone conference with Court regarding same | 6.30 |
| 10/19/2004 | CEZ | Telephone discussion Clemtex representatives regarding loaders. | 1.00 |
| 10/19/2004 | KMW | Fact-finding related to loaders; telephonic conference w/loader manufacturers. | 3.00 |
| 10/19/2004 | KMW | Analysis of Intercat's document production and identification of deficiencies. | 0.50 |
| 10/19/2004 | KMW | Preparation of responses to document requests. | 1.00 |
| 10/19/2004 | KMW | Analysis of 236 patent and preparation of presentation for Markman hearing. | 1.00 |
| 10/19/2004 | CEZ | Finalized review of Intercat financial documents; drafted letter to Intercat regarding production deficiencies. | 5.40 |
| 10/19/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert | 5.00 |
| 10/19/2004 | FTC | Reviewed and summarized Martin Evans deposition testimony of Aug. 26 and 27, 2004. | 5.20 |
| 10/19/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio; prepared documents for damages expert at Parente; document search through Intercat production for various letters | 5.00 |
| 10/19/2004 | GHL | Review of operation analysis of multiloader and consideration of infringement issues pertaining to same; | 1.50 |
| 10/20/2004 | GHL | Fee Application, Applicant -- Preparation of fee petition for August 2004 | 0.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/20/2004 | LL | Attended to and assisted in the preparation of witness files for Wynnewood Refinery, Petti, Parva, Tang, Jordan, Davey and Maggio; document review for production to Arnold; prepared documents for damages expert at Parente; scanned in various documents for team and downloaded into zip files for client | 7.00 |
| 10/20/2004 | FTC | Telecon with Nel-Tec counsel to discuss prior art. | 0.10 |
| 10/20/2004 | FTC | Reviewed, summarized, and cataloged loader documents. | 2.50 |
| 10/20/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert | 7.00 |
| 10/20/2004 | KMW | Preparation and submission of response to Intercat's document request #11. | 0.60 |
| 10/20/2004 | KMW | Analysis of Clemtex loaders, fact-finding regarding the same. | 2.00 |
| 10/20/2004 | KMW | Analysis of Grace documents for production. | 3.00 |
| 10/20/2004 | KMW | Status and strategy meeting w/DRB & CEZ. | 1.00 |
| 10/20/2004 | KMW | Preparation of background and analysis of 236 patent for Markman hearing. | 0.50 |
| 10/20/2004 | CEZ | Confer with Intercat counsel regarding document production; preparation for same. | 1.40 |
| 10/20/2004 | CEZ | Reviewed briefing and exhibits on claim construction. | 2.10 |
| 10/20/2004 | DRB | Preparation of Markman hearing materials | 5.60 |
| 10/20/2004 | DRB | Telephone conference with Nol-Tec's counsel, coordination of trial events discovery and pre-trial events. | 0.70 |
| 10/20/2004 | DRB | Preparation for Rule 30(b)(6) depositions | 0.70 |
| 10/20/2004 | PSP | Markman presentation graphics | 4.00 |
| 10/21/2004 | PSP | Markman presentation graphics | 7.00 |
| 10/21/2004 | DRB | Preparation of Markman presentation | 5.90 |
| 10/21/2004 | DRB | Coordination of Rule 30(b)(6) deposition and other deposition schedules and preparation of materials | 1.00 |
| 10/21/2004 | CEZ | Reviewed briefing and exhibits on claim construction. | 1.20 |
| 10/21/2004 | CEZ | Met with P. Perdue to discuss claim construction presentation. | 0.80 |
| 10/21/2004 | KMW | Analysis of Grace documents for production. | 2.00 |
| 10/21/2004 | KMW | Strategy meeting w/GHL, DRB, & CEZ regarding Markman. | 2.00 |
| 10/21/2004 | KMW | Discovery strategy conference. | 1.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/21/2004 | KMW | Preparation of slides and analysis of 236 patent in support of Markman hearing. | 2.00 |
| 10/21/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert | 7.00 |
| 10/21/2004 | FTC | Reviewed, summarized, and cataloged loader documents. | 2.60 |
| 10/21/2004 | FTC | Held telecon with expert witness regarding prior art; | 0.40 |
| 10/21/2004 | FTC | Reviewed reference materials relating to controllers for batch loaders. | 0.30 |
| 10/21/2004 | LL | Attended to and assisted in the preparation of witness files for Wynnewood Refinery, Petti, Parva, Tang, Jordan, Davey and Maggio; document review for production to Arnold; prepared documents for damages expert at Parente | 7.50 |
| 10/21/2004 | GHL | Meeting with members of team and work on graphics, PowerPoint presentation, strategy and outline for scheduled Markman hearing; | 2.50 |
| 10/22/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio; review for production to Arnold | 4.50 |
| 10/22/2004 | FTC | Prepared for and held telecon with J. Grell of Rice Lake Weighing systems; drafted summary of said telecon. | 1.80 |
| 10/22/2004 | SW | Chronological organization of flagged documents in preparation of witness file for R. Lippert | 7.00 |
| 10/22/2004 | KMW | Analysis of documents in preparation for Lippert deposition. | 0.80 |
| 10/22/2004 | KMW | Preparation of slides in support of Markman hearing. | 2.50 |
| 10/22/2004 | KMW | Analysis of prior art and fact-finding in support of invalidity. | 3.30 |
| 10/22/2004 | DRB | Preparation of Markman hearing presentation | 6.00 |
| 10/22/2004 | DRB | Coordination of third party discovery | 0.80 |
| 10/22/2004 | DRB | Letter to Judge Kyle concerning Markman hearing | 0.60 |
| 10/22/2004 | PSP | Markman presentation graphics | 4.50 |
| 10/23/2004 | PSP | Markman presentation graphics | 3.00 |
| 10/23/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio | 4.00 |
| 10/23/2004 | GHL | Fee Application, Applicant -- preparation of invoice and fee petition for September 2004 | 1.00 |
| 10/24/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio | 2.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/24/2004 | PSP | Markman presentation graphics | 4.70 |
| 10/25/2004 | PSP | Markman presentation graphics | 7.00 |
| 10/25/2004 | CEZ | Reviewed materials in preparation for AWC and Clemtex depositions. | 3.40 |
| 10/25/2004 | LL | Attended to and assisted in the preparation of witness files for Clemtex, Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions | 4.50 |
| 10/25/2004 | FTC | Document review. | 2.30 |
| 10/25/2004 | FTC | Reviewed and considered Plaintiff's prior art statement. | 0.90 |
| 10/25/2004 | KMW | Analysis of prior art and fact-finding of the same. | 3.30 |
| 10/25/2004 | KMW | Analysis of Grace documents in support of financial 30(b)(6) deposition by Intercat. | 3.00 |
| 10/25/2004 | SW | Review and analyze Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 3.50 |
| 10/25/2004 | DRB | Preparation of Markman presentation | 6.00 |
| 10/25/2004 | DRB | Coordination with Court and Intercat regarding Markman hearing schedule | 0.50 |
| 10/26/2004 | DRB | Preparation of Markman hearing presentation | 3.50 |
| 10/26/2004 | DRB | Strategy for discovery - deposition scheduling and written discovery responses | 1.00 |
| 10/26/2004 | DRB | Coordination of third party refinery discovery | 0.50 |
| 10/26/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio.; Review and organization of documents for preparation of various Refinery deps. | 6.50 |
| 10/26/2004 | FTC | Reviewed and considered Plaintiff's prior art statement. | 0.90 |
| 10/26/2004 | KMW | Discovery strategy, preparation of supplemental interrogatory responses. | 1.50 |
| 10/26/2004 | KMW | Strategy meeting for Markman hearing w/GHL, DRB, CEZ. | 2.00 |
| 10/26/2004 | KMW | Analysis of 236 patent and prosecution history in preparation of slides in support of Markman hearing. | 1.20 |
| 10/26/2004 | KMW | Analysis of prior art in support of invalidity position. | 0.50 |
| 10/26/2004 | KMW | Review of Grace documents for document production. | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/26/2004 | LL | Attended to and assisted in the preparation of witness files for Clemtex, AWC, Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions; updated the Wynnewood witness file; produced new CLemtex documents to fax and over night to Arnold; prepared documents for Perdue to use for Markman | 5.50 |
| 10/26/2004 | GHL | Work on graphics and argument for Markman hearing | 2.50 |
| 10/26/2004 | CEZ | Reviewed materials in preparation for AWC and Clemtex depositions. | 7.40 |
| 10/26/2004 | PSP | Markman presentation graphics | 6.50 |
| 10/27/2004 | PSP | Markman presentation graphics | 8.00 |
| 10/27/2004 | CEZ | Reviewed materials in preparation for AWC and Clemtex depositions; met with B. Bennet in preparation for Clemtex deposition. | 8.00 |
| 10/27/2004 | GHL | Preparation for scheduled Markman hearing, review of parties' claim construction briefs, development of graphics for presentation at hearing, development of outline for presentation; | 4.00 |
| 10/27/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions; document review for financials; prepared deposition files; updated logs of new production; prepared files for our new production | 6.00 |
| 10/27/2004 | KMW | Preparation of slides in support of Markman hearing. | 1.10 |
| 10/27/2004 | KMW | Preparation of responses to 12th set of document requests and updated interrogatories, submission of the same. | 0.90 |
| 10/27/2004 | KMW | Meeting with Grace's 30(b)(6) deponent to prepare for his deposition. | 2.50 |
| 10/27/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 7.00 |
| 10/27/2004 | DRB | Preparation of Markman hearing presentation | 3.50 |
| 10/27/2004 | DRB | Analysis of Regis Lippert documents | 1.50 |
| 10/27/2004 | DRB | Develop strategy for third party refinery depositions | 0.50 |
| 10/27/2004 | DRB | Preparation for defending Rule 30(b)(6) regarding financials - telephone conference with Alfred Jordan | 1.80 |
| 10/28/2004 | DRB | Preparation of Markman presentation | 5.90 |
| 10/28/2004 | DRB | Assistance and coordination of 3rd-party refinery discovery; | 0.80 |
| 10/28/2004 | DRB | Review Witness files for Grace employees | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/28/2004 | KMW | Preparation of slides in support of Markman hearing. | 0.50 |
| 10/28/2004 | KMW | Fact-finding in support of AWC & Clemtex deposition. | 0.50 |
| 10/28/2004 | FTC | Reviewed Plaintiff's prior art statement, and prior art references described; analyzed Plaintiff's characterization of the prior art references. | 3.70 |
| 10/28/2004 | FTC | Reviewed deposition testimony of Dana Leach. | 1.60 |
| 10/28/2004 | FTC | Prepared visual aids for Markman hearing. | 1.20 |
| 10/28/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions; prepared deposition binders | 3.00 |
| 10/28/2004 | GHL | Work on argument for Markman presentation and associated graphics; review of transcript of deposition of Intercat inventor and expert witness Bartholic in preparation for neccessity of possible cross-examination at Markman hearing. | 6.50 |
| 10/28/2004 | CEZ | Reviewed materials in preparation for AWC and Clemtex depositions; participated in AWC and Clemtex depositions. | 7.00 |
| 10/28/2004 | CEZ | Travel from Houston (Clemtex deposition) 4 hours billed at half. | 2.00 |
| 10/28/2004 | PSP | Markman presentation graphics | 10.00 |
| 10/28/2004 | EJS | Legal research on inventor as expert. Reported results/findings. | 2.70 |
| 10/29/2004 | PSP | Markman presentation graphics | 11.50 |
| 10/29/2004 | CEZ | Prepared slides and reviewed animation and slides for use during claim construction hearing; met with D. Bailey and G. Levin to review slides and discuss hearing. | 6.60 |
| 10/29/2004 | GHL | Work on graphics and PowerPoint presentation for scheduled Markman hearing; | 2.00 |
| 10/29/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions | 1.50 |
| 10/29/2004 | KMW | Preparation of slides in support of Markman hearing. | 1.50 |
| 10/29/2004 | DRB | Preparation of Markman hearing presentation | 1.50 |
| 10/29/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 7.00 |
| 10/30/2004 | DRB | Markman preparation | 2.90 |
| 10/30/2004 | DRB | Deposition preparation for Grace and Intercat depositions in November ; document preparation for the deposition. | 1.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/30/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions | 5.00 |
| 10/30/2004 | GHL | Work on graphics and PowerPoint presentation and argument outline for scheduled Markman hearing; | 2.00 |
| 10/30/2004 | PSP | Markman presentation graphics | 5.50 |
| 10/31/2004 | PSP | Markman presentation graphics | 8.00 |

SERVICES                                        $   169,846.00

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 25.60 | hours at $ | 460.00 | |
| DRB | DAVID R. BAILEY | 156.70 | hours at $ | 380.00 | |
| CEZ | CHAD E. ZIEGLER | 109.40 | hours at $ | 290.00 | |
| FTC | FRANK T. CARROLL | 52.40 | hours at $ | 270.00 | |
| KMW | KAREN MILLANE WHITNEY | 92.20 | hours at $ | 210.00 | |
| LL | LARRY LABELLA | 97.00 | hours at $ | 130.00 | |
| PSP | PAUL S. PERDUE | 82.60 | hours at $ | 110.00 | |
| EJS | ERIC J. SCHAAL | 6.60 | hours at $ | 195.00 | |
| SW | SUZANNE WALLACE | 114.50 | hours at $ | 90.00 | |

**DISBURSEMENTS:**

| | |
|---|---|
| PATENT COPIES | 33.00 |
| ASSOCIATE SERVICES | 2,202.50 |
| FACSIMILE | 72.50 |
| WITNESS/EXPERT FEES | 40,699.80 |
| COURT REPORTERS | 7,165.99 |
| POSTAGE & DELIVERY | 507.34 |
| PHOTOCOPYING | 13,219.85 |
| COMPUTER SEARCH | 336.63 |
| TRAVEL & EXPENSES | 5,360.37 |

DISBURSEMENT TOTAL                      $    69,597.98

SERVICE TOTAL                                $   169,846.00

**INVOICE TOTAL**                              $   239,443.98

**9/30-10/02/04 Travel and Expense: Vendor Chad Ziegler**
      **Transportation:**    Purpose of trip: Refinery deposition in Billings, MT
      **9/30/04**      USAir flight 587
                    Philadelphia, PA to Denver, CO
                    USAir flight 7109
                    Denver, CO to Billings, MT
      **10/02/04**    USAir Flight 7111
                    Billings, MT to Denver, CO
                    US Air flight 6268

| | | |
|---|---|---:|
| | Denver, CO to Philadelphia, PA | $ 894.39 |
| **Lodging** | Springhill Suites (9/21/04-9/22/04) | $ 421.05 |
| **Car Rental** | Enterprise Rent-A-Car | $ 59.93 |
| Parking: | | $ 51.00 |
| **Meals:** | | $ 40.08 |
| | TOTAL EXPENSE: | $1,494.99 |

**10/06-10/07/04**     **Travel and Expense: Vendor David Bailey**
    **Transportation:** Purpose of trip: Marathon deposition in Findlay, OH
    **10/06/04**    USAir flight 3098
                Philadelphia, PA to Columbus, OH
    **10/07/04**    USAir Flight 2273
                Columbus, OH to Philadelphia, PA    $ 914.98
    **Lodging**    $ 85.69
    **Car Rental**    $ 117.30
    Parking:    $ 70.00
    **Meals:**    $ 76.71
    **Miles:**    50 miles @ .325    $ 16.25

                          TOTAL EXPENSE:    $1,280.93

**10/13-10/14/04**     **Travel and Expense: Vendor Chad Ziegler**
    **Transportation:**     Purpose of trip: Refinery deposition in Findlay, OH
    **10/13/04**     USAir flight 2622
        Philadelphia, PA to Detroit, MI
    **10/14/04**     USAir Flight 3032
        Detroit, MI to Philadelphia, PA    $ 987.40
    **Lodging**    $ 118.82
    **Car Rental**    $ 209.92
    **Parking:**    $ 52.00
    **Tips:**    $ 19.02

    TOTAL EXPENSE:  $1,387.16

| | | |
|---|---|---|
| **10/26-10/28/04** | **Travel and Expense: Vendor Chad Ziegler** | |
| **Transportation:** | Purpose of trip: Refinery deposition in Houston, TX | |
| 10/26/04 | Continental flight 1864 | |
| | Philadelphia, PA to Houston, TX | |
| 10/28/04 | Continental Flight 1776 | |
| | Houston, TX to Philadelphia, PA | $ 583.20 |
| **Lodging** | | $ 326.11 |
| **Car Rental** | | $ 197.36 |
| **Parking:** | | $ 69.00 |
| **Meals:** | | $ 21.62 |
| | TOTAL EXPENSE: | $1,197.29 |