**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | |
| | ) | **Related to D.I. No. #6824** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 6824

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion (the "Motion") of Richardson Patrick Westbrook & Brickman, LLP, Lukins and Annis, P.C. and Elzufon Austin Reardon Tarlov & Mondell, P.A., (collectively the "Movants") to Amend Orders with Regards to Certain Quarterly Fee Applications (the "Motion"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections were to be filed no later than December 3, 2004.

It is hereby respectfully requested that the attached Order regarding the Motion be entered at the Court's earliest convenience.

Dated: December 17, 2004

                                            Edward J. Westbrook
                                            RICHARDSON PATRICK WESTBROOK & BRICKMAN
                                            174 East Bay Street
                                            Charleston, SC 29401
                                            Telephone: (843) 727-6513
                                            FAX: (843) 727-6688

                                            Lead Counsel for ZAI Claimants

                                            and

Darrell W. Scott, Esq..
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323

Additional Special Counsel for ZAI Claimants

and

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500
Fax: (302) 428-3996

Delaware Counsel to the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | **Related to D.I. #6824** |

**ORDER REGARDING MOTION TO AMEND ORDERS WITH REGARDS TO
CERTAIN QUARTERLY FEE APPLICATIONS**

Upon considering the Motion (the "Motion") of Richardson Patrick Westbrook & Brickman, LLP, Lukins and Annis, P.C., and Elzufon Austin Reardon Tarlov & Mondell, P.A. (collectively the "Movants") to Amend Orders with Regards to Certain Quarterly Fee Applications, the Court finds as follows:

The Motion is hereby GRANTED.

The Orders in connection with the Certain Quarterly Fee Applications shall be modified and the Movants shall be awarded Fees and Expenses as follows:

| Movant | Certain Quarterly Fee Applications | Fees Requested | Expenses Requested |
|---|---|---|---|
| RPWB | 10th Quarter, July 1, 2003 through September 30, 2003 | $314,476.75 | $72,160.55 |
| RPWB | 11th, Quarter, October 1, 2003 through December 31, 2003 | $50,460.00 | $17,216.00 |
| RPWB | 12th Quarter, January 1, 2004 through March 30, 2004 | $60,060.00 | $4,551.24 |
| **RPWB Total** | | **$424,996.75** | **$93,927.79** |
| L&A | 10th Quarter, July 1, 2003 through September 30, 2003 | $122,675.00 | $11,917.57 |
| L&A | 11th, Quarter, October 1, 2003 through December 31, 2003 | $17,860.00 | $641.90 |
| L&A | 12th Quarter, January 1, 2004 through March 30, 2004 | $39.00 | $1,107.72 |
| **L&A Total** | | **$140,574.00** | **$13,667.19** |
| EARTM | 10th Quarter, July 1, 2003 through September 30, 2003 | $10,919.00 | $2,387.21 |
| EARTM | 11th, Quarter, October 1, 2003 through December 31, 2003 | $5,973.50 | $3,343.18 |
| EARTM | 12th Quarter, January 1, 2004 through March 30, 2004 | $4,345.50 | $0.0 |
| **EARTM Total** | | **$21,238.00** | **$5,730.39** |
| | **Total ZAI CLAIMANTS:** | **$586,808.75** | **$113,325.37** |

The Debtors shall pay the foregoing amounts to each respective firm less any prior amounts previously paid in accordance with the Administrative Order set forth in this case.

Dated: _____ ___, 2004           _____
                                          The Honorable Judith K. Fitzgerald
                                          United Sates Bankruptcy Judge

## **CERTIFICATE OF SERVICE**

     I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Certificate of No Objection Regarding Docket No. 6824* to be served the upon those parties identified on the attached service list via e-mail and facsimile.

     I certify the foregoing to be true and correct under the penalty of perjury

Dated: December 17, 2004　　　　　　　　　　　　　*/s/ William D. Sullivan*
　　　　　　　　　　　　　　　　　　　　　　　　William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Mark Hurford
Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

#683436-v1;PHL1_GENERAL