## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: January 6, 2004 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Thirty-Fourth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from November 1, 2004 through November 30, 2004,

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc., G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $33,416.50 and reimbursement for actual and necessary expenses in the amount of $9,327.54 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 6, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated: Wilmington, DE
        December 17, 2004

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:         wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
e-mail:         lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

**W.R. Grace & Co., et al.**                    Case No. 01-01139 (JKF)

                  Debtors.       Jointly Administered

**Objection Date:  January 6, 2005 at 4:00 p.m.**
**Hearing Date:  To be scheduled, only if objections are**
**timely filed and served**

## THIRTY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 6, 2004 THROUGH NOVEMBER 30, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **November 1, 2004 – November 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$33,416.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$9,327.54** |

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 1.50 hours and the corresponding compensation requested is approximately $255.00[2]

This is the thirty-third monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-fourth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application ) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1.378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | | |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON. DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

December 10, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001          Invoice# 1058914                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 30.10 hrs. at | $495.00 /hr. = | $14,899.50 | |
| WS KATCHEN | PARTNER | 18.30 hrs. at | $545.00 /hr. = | $9,973.50 | |
| MF HAHN | ASSOCIATE | 22.10 hrs. at | $265.00 /hr. = | $5,856.50 | |
| DM SPEERS | PARALEGAL | 3.70 hrs. at | $190.00 /hr. = | $703.00 | |
| VL AKIN | PARALEGAL | 10.40 hrs. at | $170.00 /hr. = | $1,768.00 | |
| V MARCHELLO | LEGAL ASSISTAN | 2.70 hrs. at | $80.00 /hr. = | $216.00 | |
| | | | | | $33,416.50 |

DISBURSEMENTS

| | |
|---|---|
| AMTRAK | 99.00 |
| DEPOSITION TRANSCRIPT | 251.00 |
| DOCUMENT E-FILING | 42.05 |
| DOCUMENT RETRIEVAL | 126.62 |
| LEXIS LEGAL RESEARCH | 25.10 |
| MEETING EXPENSE | 244.58 |
| MESSENGER SERVICE | 194.50 |
| OVERNIGHT MAIL | 35.78 |
| OVERTIME RELATED COSTS | 8.58 |
| PRINTING & DUPLICATING | 3684.10 |
| TAXI FARES | 104.23 |
| TELECOPY | 68.40 |
| TELEPHONE | 22.64 |
| TRAVEL - LOCAL | 72.63 |
| WESTLAW LEGAL RESEARCH | 4348.33 |

TOTAL DISBURSEMENTS                                                        $9,327.54


BALANCE DUE THIS INVOICE                                                   $42,744.04

DUANE MORRIS LLP

Duane Morris
December 10, 2004
Page 2

| | |
|---|---|
| PREVIOUS BALANCE | $86,083.25 |
| TOTAL BALANCE DUE | $128,827.29 |

Duane Morris
December 10, 2004
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1058914

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/4/2004 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORTS | 1.00 | $495.00 |
| 11/22/2004 | 003 | WS KATCHEN | REVIEW PRESS RELEASE ON CEO. | 0.10 | $54.50 |
| 11/30/2004 | 003 | WS KATCHEN | REVIEW GRACE 8K FILED ON NOVEMBER 26, 2004. | 0.10 | $54.50 |
| | | | Code Total | 1.20 | $604.00 |

Duane Morris
December 10, 2004
Page 4

File # K0248-00001                                        INVOICE #  1058914
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/28/2004 | 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 11/1/2004 | 004 | DM SPEERS | REVIEWING 10/29/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 11/1/2004 | 004 | DM SPEERS | REVIEWING 111/1/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/2/2004 | 004 | V MARCHELLO | RETRIEVE FROM WESTLAW 2004 WL 2376508 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 11/3/2004 | 004 | DM SPEERS | REVIEWING 11/2/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/3/2004 | 004 | DM SPEERS | REVIEWING 11/3/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 11/3/2004 | 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 11/4/2004 | 004 | DM SPEERS | REVIEWING 11/4/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |
| 11/4/2004 | 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 11/5/2004 | 004 | DM SPEERS | REVIEWING 11/5/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/5/2004 | 004 | V MARCHELLO | RESEARCH WESTLAW AND RETRIEVE 2004 WL 2453941 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 11/5/2004 | 004 | WS KATCHEN | REVIEW PRESS RELEASE RE: EMPLOYMENT SUIT. | 0.10 | $54.50 |
| 11/8/2004 | 004 | DM SPEERS | REVIEWING 11/8/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |
| 11/8/2004 | 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE FROM PACER THE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.50 | $40.00 |
| 11/8/2004 | 004 | VL AKIN | CALENDAR UPCOMING HEARING DEADLINES | 0.30 | $51.00 |

File # K0248-00001                                                    INVOICE # 1058914
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/9/2004 | 004 | DM SPEERS | REVIEWING 11/9/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/10/2004 | 004 | DM SPEERS | REVIEWING 11/10/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 11/10/2004 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.20 | $34.00 |
| 11/11/2004 | 004 | DM SPEERS | REVIEWING 11/11/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 11/11/2004 | 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.40 | $32.00 |
| 11/11/2004 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.50 | $85.00 |
| 11/12/2004 | 004 | DM SPEERS | REVIEWING 11/12/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/15/2004 | 004 | DM SPEERS | REVIEWING 11/15/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 11/15/2004 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.30 | $51.00 |
| 11/15/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $34.00 |
| 11/15/2004 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR CASE MANAGEMENT ORDER. | 0.30 | $163.50 |
| 11/16/2004 | 004 | DM SPEERS | REVIEWING 11/16/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |
| 11/16/2004 | 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE FROM PACER THE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 1.00 | $80.00 |
| 11/17/2004 | 004 | DM SPEERS | REVIEWING 11/17/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |
| 11/18/2004 | 004 | DM SPEERS | REVIEWING 11/18/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/19/2004 | 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.20 | $16.00 |

Duane Morris
December 10, 2004
Page 6

File # K0248-00001                                           INVOICE # 1058914
        W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 11/22/2004 004 | DM SPEERS | REVIEWING 11/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/23/2004 004 | DM SPEERS | REVIEWING 11/23/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 11/24/2004 004 | DM SPEERS | REVIEWING 11/24/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 11/24/2004 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 11/29/2004 004 | DM SPEERS | REVIEWING 11/29/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/30/2004 004 | DM SPEERS | REVIEWING 11/30/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 11/30/2004 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.20 | $34.00 |
| | | Code Total | 8.50 | $1,426.00 |

Duane Morris
December 10, 2004
Page 7

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1058914

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/1/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S CERTIFICATION RE: SCOTT'S. | 0.10 | $54.50 |
| 11/3/2004 | 005 | WS KATCHEN | ASBESTOS ARTICLE (WEITZ). | 0.20 | $109.00 |
| 11/3/2004 | 005 | WS KATCHEN | RESEARCH ISSUE RE: COMMITTEE CONFERENCE CALL ON NOVEMBER 3, 2004. | 1.30 | $708.50 |
| 11/5/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE'S MEMO RE: §382. | 0.10 | $54.50 |
| 11/10/2004 | 005 | MR LASTOWSKI | REVIEW ORDER ESTABLISHING AN ALTERNATIVE DISPUTE RESOLUTION PROGRAM AND TO PERMIT THE DEBTORS TO LIQUIDATE CERTAIN PREPETITION CLAIMS | 1.20 | $594.00 |
| 11/11/2004 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL. | 0.80 | $436.00 |
| 11/12/2004 | 005 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS AND WARRANTS. | 0.20 | $109.00 |
| 11/12/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $109.00 |
| 11/12/2004 | 005 | WS KATCHEN | REVIEW AFFIDAVIT OF TOM LEWIS (LIBBY COUNSEL FOR CLAIMANTS). | 0.20 | $109.00 |
| 11/12/2004 | 005 | WS KATCHEN | REVIEW P.D. COMMITTEE OBJECTIONS RE: INDEMNITY FOR LIBBY MATTERS. | 0.10 | $54.50 |
| 11/15/2004 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF | 1.40 | $693.00 |
| 11/15/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION ON ESTIMATION ASBESTOS CLAIMS. | 0.30 | $163.50 |
| 11/16/2004 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE RETENTION OF RAYMOND G. THIEME, JR. AS THE MEDIATOR FOR THE DEBTOR'S ADR PROGRAM | 0.30 | $148.50 |
| 11/16/2004 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER ESTABLISHING PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS FOLLOWING PLAN CONFIRMATION | 1.40 | $693.00 |
| 11/16/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH MIKE LASTOWSKI. | 0.10 | $54.50 |
| 11/17/2004 | 005 | WS KATCHEN | REVIEW CONFIDENTIAL COMMITTEE VALUATION MEMO. | 0.20 | $109.00 |
| 11/18/2004 | 005 | MR LASTOWSKI | ANALYSIS OF STATUS OF CLAIMS OBJECTIONS AND ORDERS | 2.20 | $1,089.00 |
| 11/30/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S §1121(D) MOTION. | 0.10 | $54.50 |
| 11/30/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR REFERENCE OF JURISDICTION BY BANKRUPTCY COURT. | 0.10 | $54.50 |
| | | | Code Total | 10.50 | $5,397.50 |

Duane Morris
December 10, 2004
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1058914

| | | | | |
|---|---|---|---|---|
| 11/2/2004 006 | MF HAHN | RESEARCH ENVIRONMENTAL CLAIMS ISSUES | 4.00 | $1,060.00 |
| 11/4/2004 006 | MF HAHN | RESEARCH ENVIRONMENTAL CLAIMS ISSUES REGARDING PENALTIES AND FINES | 4.00 | $1,060.00 |
| 11/5/2004 006 | MF HAHN | RESEARCH ENVIRONMENTAL CLAIMS AND GOVERNMENTAL CLAIMS FOR PENALTIES AND FINES | 5.50 | $1,457.50 |
| 11/16/2004 006 | MF HAHN | RESEARCH INTEREST RATE ISSUES AND CLAIMS ALLOWANCE | 2.00 | $530.00 |
| 11/16/2004 006 | MF HAHN | RESEARCH ALLOWANCE OF INTEREST CLAIMS | 1.00 | $265.00 |
| 11/17/2004 006 | MF HAHN | RESEARCH CLAIMS AND INTEREST ISSUES | 2.30 | $609.50 |
| 11/22/2004 006 | MF HAHN | RESEARCH REGARDING ALLOWANCE OF DEFAULT RATE INTEREST | 0.80 | $212.00 |
| 11/23/2004 006 | MF HAHN | RESEARCH REGARDING ALLOWANCE OF DEFAULT RATE INTEREST AND 726(A)(5) | 1.50 | $397.50 |
| | | Code Total | 21.10 | $5,591.50 |

Duane Morris
December 10, 2004
Page 9

File # K0248-00001                                    INVOICE # 1058914
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 11/5/2004 007 | WS KATCHEN | CONFERENCE WITH MICHAEL HAHN RE: RESEARCH ISSUE FOR COMMITTEE MEETING. | 0.70 | $381.50 |
| 11/6/2004 007 | WS KATCHEN | CONFERENCE WITH LEWIS KRUGER RE: COMMITTEE ISSUES | 0 40 | $218.00 |
| 11/15/2004 007 | WS KATCHEN | PREPARE MATERIALS TO RESPOND TO ISSUE RAISED BY COMMITTEE MEMBER. | 0.30 | $163.50 |
| 11/16/2004 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: COMMITTEE MEETING. | 0.20 | $109.00 |
| | | Code Total | 1.60 | $872.00 |

Duane Morris
December 10, 2004
Page 10

File # K0248-00001                                    INVOICE #  1058914
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/2/2004 | 010 | MR LASTOWSKI | REVIEW DAVID AUSTERN'S APPLICATION TO RETAIN TILLINGHAST AS ACTUARIAL CONSULTANT | 0.60 | $297.00 |
| 11/5/2004 | 010 | WS KATCHEN | REVIEW FUTURE'S MOTION TO EMPLOY TILLINGHART. | 0.30 | $163.50 |
| 11/8/2004 | 010 | MR LASTOWSKI | REVIEW APPLICATION OF COUNSEL TO THE ASBESTOS PROPERTY DAMAGE COMMITTEE TO ADVANCE CAUSE ON CALENDAR AND FOR ENTRY OF ORDER APPROVING FEE APPLICATIONS AND ALLOWING THE PAYMENT OF HOLDBACKS FOR SERVICES RENDERED | 0.40 | $198.00 |
| | | | Code Total | 1.30 | $658.50 |

Duane Morris
December 10, 2004
Page 11

File # K0248-00001                                          INVOICE # 1058914
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/8/2004 | 012 | VL AKIN | BILLING MATTERS REGARDING OCTOBER 2004 MONTHLY BILL. CONFERENCES WITH J. PALO REGARDING SAME. | 1.50 | $255.00 |
| 11/9/2004 | 012 | VL AKIN | BILLING MATTERS REGARDING OCTOBER 2004 BILLING STATEMENT. | 1.00 | $170.00 |
| 11/9/2004 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR SEPTEMBER 2004 FEE APPLICATION OF DUANE MORRIS | 0.30 | $51.00 |
| 11/10/2004 | 012 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S OPPOSITION TO THE DEBTOR'S MOTION TO ADVANCE CERTAIN FEES AND COSTS TO CERTAIN OFFICERS AND DIRECTORS | 0.60 | $297.00 |
| 11/10/2004 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE SEPTEMBER 2004 FEE APPLICATION OF DUANE MORRIS | 0.30 | $51.00 |
| 11/15/2004 | 012 | VL AKIN | FILE AND SERVE 14TH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | 0.80 | $136.00 |
| 11/16/2004 | 012 | VL AKIN | BILLING MATTERS REGARDING OCTOBER BILL | 0.20 | $34.00 |
| 11/17/2004 | 012 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS | 0.30 | $148.50 |
| 11/17/2004 | 012 | VL AKIN | REVIEW AND EDIT OCTOBER 2004 BILL | 0.40 | $68.00 |
| 11/18/2004 | 012 | VL AKIN | BILLING MATTERS | 0.40 | $68.00 |
| 11/18/2004 | 012 | VL AKIN | PREPARE THIRTY-THIRD FEE APPLICATION OF DUANE MORRIS | 1.00 | $170.00 |
| 11/18/2004 | 012 | VL AKIN | PREPARE QUARTERLY FEE CHART | 0.40 | $68.00 |
| 11/19/2004 | 012 | VL AKIN | FILE AND SERVE OCTOBER 2004 FEE APPLICATION OF DUANE MORRIS | 0.60 | $102.00 |
| | | | Code Total | 7.80 | $1,618.50 |

Duane Morris
December 10, 2004
Page 12

File # K0248-00001                                      INVOICE #  1058914
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/4/2004 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE FORTY-SECOND FEE APPLICATION OF STROOCK | 0.20 | $34.00 |
| 11/10/2004 | 013 | VL AKIN | FILE & FORWARD TO INTERESTED PARTIES THE FOURTEENTH QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN | 0.80 | $136.00 |
| 11/10/2004 | 013 | VL AKIN | FILE CAPSTONE 8TH INTERIM FEE APPLICATION OF CAPSTONE CORPORATE RECOVERY | 0.30 | $51.00 |
| 11/11/2004 | 013 | MR LASTOWSKI | REVIEW DEBTORS' SUBMISSION IN SUPPORT OF THEIR MOTION TO ADVANCE CERTAIN FEES AND COSTS TO CERTAIN OFFICERS AND DIRECTORS | 0.60 | $297.00 |
| 11/14/2004 | 013 | MR LASTOWSKI | REVIEW MOTION TO MODIFIY ORDERS WITH REGARD TO CERTAIN QUARTERLY FEE APPLICATIONS | 0.40 | $198.00 |
| 11/15/2004 | 013 | VL AKIN | FILE THIRD QUARTERLY FEE APPLICATION OF CAPSTONE CORPORATE RECOVERY | 0.50 | $85.00 |
| | | | Code Total | 2.80 | $801.00 |

Duane Morris
December 10, 2004
Page 13

File # K0248-00001                                    INVOICE #  1058914
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 11/10/2004 015 | MR LASTOWSKI | REVIEW AMENDED NOTICE OF NOVEMBER OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 0.80 | $396.00 |
| 11/12/2004 015 | MR LASTOWSKI | TELEPHONE CALL TO DAVID CARICKHOOFF RE: 11/15/04 HEARING | 0.10 | $49.50 |
| 11/12/2004 015 | MR LASTOWSKI | TELEPHONE CALL FROM LEWIS KRUGER RE: 11/15/04 HEARING | 0.10 | $49.50 |
| 11/12/2004 015 | MR LASTOWSKI | TELEPHONE CALL FROM ARLENE KRIEGER RE: 11/15/04 HEARING | 0.10 | $49.50 |
| 11/15/2004 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 2.30 | $1,138.50 |
| 11/15/2004 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 2.30 | $1,138.50 |
| 11/22/2004 015 | MR LASTOWSKI | REVIEW ORDER ESTABLISHING PROCEDURE FOR THE TRADING OF CERTAIN EQUITY SECURITIES | 0.30 | $148.50 |
| | | Code Total | 6.00 | $2,970.00 |

File # K0248-00001                                           INVOICE #  1058914
    W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/3/2004 | 016 | WS KATCHEN | ATTENTION TO ORDER EXTENDING DATE TO ANSWER COMPLAINT. | 0.10 | $54.50 |
| | | | Code Total | 0.10 | $54.50 |

Duane Morris
December 10, 2004
Page 15

File # K0248-00001                                    INVOICE # 1058914
    W.R. GRACE & CO.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/1/2004 017 | WS KATCHEN | TELEPHONE CONFERENCE WITH T. MAHER RE: PLAN ISSUE. | 0.20 | $109.00 |
| 11/2/2004 017 | WS KATCHEN | REVIEW PLAN DOCUMENTS AND PREPARE FOR COMMITTEE CONFERENCE CALL. | 1.70 | $926.50 |
| 11/3/2004 017 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE RE: PLAN ISSUES. | 0.60 | $327.00 |
| 11/5/2004 017 | MR LASTOWSKI | REVIEW SEVENTH MOTION TO EXTEND EXCLUSIVITY AND PRIOR ORDERS | 0.50 | $247.50 |
| 11/5/2004 017 | WS KATCHEN | ANALYSIS OF PLAN DISTRIBUTION PROJECTIONS AND PREPARE FOR CONFERENCE WITH COMMITTEE . | 0.80 | $436.00 |
| 11/6/2004 017 | WS KATCHEN | REVIEW CITATION ON PLAN ISSUE. | 0.30 | $163.50 |
| 11/8/2004 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 0.70 | $346.50 |
| 11/12/2004 017 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER RE: STATUS OF PLAN AND NEGOTIATIONS. | 0.20 | $109.00 |
| 11/12/2004 017 | WS KATCHEN | REVIEW TOWN OF ACTON'S MOTION FOR LEAVE TO FILE REPLY. | 0.10 | $54.50 |
| 11/12/2004 017 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE RE: STATUS OF PLAN REVISIONS AND NEGOTIATIONS. | 0.50 | $272.50 |
| 11/14/2004 017 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER APPROVING PLAN SOLICITATION PROCEDURES | 0.80 | $396.00 |
| 11/14/2004 017 | MR LASTOWSKI | REVIEW THE DEBTOR'S PLAN, DISCLOSURE STATEMENT AND RELATED EXHIBITS | 3.50 | $1,732.50 |
| 11/14/2004 017 | WS KATCHEN | REVIEW PLAN DOCUMENTS. | 0.70 | $381.50 |
| 11/15/2004 017 | MF HAHN | REVIEW DEBTOR'S CLAIMS ESTIMATION MOTION AND CONFIRMATION PROCEDURES | 1.00 | $265.00 |
| 11/15/2004 017 | WS KATCHEN | REVIEW REVISED DISCLOSURE STATEMENT. | 1.60 | $872.00 |
| 11/15/2004 017 | WS KATCHEN | CONFERENCE WITH MICHAEL HAHN RE: RESEARCH ISSUE ON PLAN IMPAIRMENT. | 0.30 | $163.50 |
| 11/15/2004 017 | WS KATCHEN | REVIEW DEBTOR'S MOTION ON SOLICITATION (CONFIRMATION PROCEDURES MOTION). | 0.20 | $109.00 |
| 11/16/2004 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 0.40 | $198.00 |
| 11/16/2004 017 | WS KATCHEN | ANALYSIS OF FILED PLAN DOCUMENTS AND FINANCIAL INFORMATION. | 1.70 | $926.50 |
| 11/16/2004 017 | WS KATCHEN | REVIEW CLAIMS ESTIMATION PROCEDURES FOR PLAN. | 0.70 | $381.50 |
| 11/17/2004 017 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: PLAN ISSUES | 0.10 | $49.50 |

Duane Morris
December 10, 2004
Page 16

File # K0248-00001                                    INVOICE #  1058914
        W.R. GRACE & CO.

| 11/17/2004 017 | MR LASTOWSKI | ANALYSIS OF CASES ADDRESSING THE ISSUE OF APPLICABLE INTEREST RATE IN THE CONTEXT OF UNIMPAIRED UNSECURED CREDITORS | 2.80 | $1,386.00 |
|---|---|---|---|---|
| 11/22/2004 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 0.70 | $346.50 |
| 11/22/2004 017 | WS KATCHEN | ATTENTION TO DISCLOSURE STATEMENT AND FILING DOCUMENTS. | 0.70 | $381.50 |
| 11/23/2004 017 | WS KATCHEN | WORK ON PLAN DOCUMENTS ANALYSIS. | 0.90 | $490.50 |
| | | Code Total | 21.70 | $11,071.50 |

File # K0248-00001                                              INVOICE # 1058914
          W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|------|------|------|------|------|------|
| 11/1/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE IN OPPOSITION TO THE TOWN OF ACTION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS | 0.80 | $396.00 |
| 11/1/2004 | 018 | MR LASTOWSKI | REVIEW FILINGS IN SUPPORT OF THE MOTION OF THE SCOTTS COMPANY FOR TEMPORARY STAY OF THE CLAIMS ASSERTED AGAINST SCOTTS IN THE GANDY ACTION SET FOR TRIAL NOVEMBER 1, 2003 | 1.30 | $643.50 |
| 11/8/2004 | 018 | MR LASTOWSKI | REVIEW TOWN OF ACTIONS MOTION FOR LEAVE TO FILE REPLY TO DEBTOR'S RESPONSE IN OPPOSITION TO THE TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS | 0.50 | $247.50 |
| 11/8/2004 | 018 | MR LASTOWSKI | REVIEW AFFIDAVITS FILED IN RESPONSE TO COURT'S REQUEST FOR THE FILING OF AFFIDAVITS TO ESTABLISH THE STANDING OF CERTAIN LIBBY CLAIMANTS TO OPPOSE THE DEBTOR'S MOTION TO EXPAND THE PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST MONTANA VERMICULITE COMPANY DATED JULY 21, 2003 | 0.90 | $445.50 |
| 11/14/2004 | 018 | MR LASTOWSKI | REVIEW NOTICE OF WITHDRAWAL AS MOOT THE MOTION OF THE SCOTTS COMPANY FOR TEMPORARY STAY OF THE CLAIMS ASSERTED AGAINST SCOTTS IN THE GANDY ACTION SET FOR TRIAL NOVEMBER 1, 2004 | 0.20 | $99.00 |
| 11/16/2004 | 018 | MR LASTOWSKI | REVIEW MOTION OF THE DEBTORS AND THE SCOTTS COMPANY FOR A TEMPORARY STAY TO ENJOIN THE PROSECUTION OF ALL CLAIMS AGAINST SCOTTS IN THE STATE ACTIONS | 0 50 | $247.50 |
| | | | Code Total | 4.20 | $2,079.00 |

Duane Morris
December 10, 2004
Page 18

File # K0248-00001                                        INVOICE #  1058914
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 11/16/2004 027 | WS KATCHEN | REVIEW CAPSTONE FINANCIAL REPORT. | 0.50 | $272.50 |
| | | Code Total | 0.50 | $272.50 |

Duane Morris
December 10, 2004
Page 19

File # K0248-00001                                              INVOICE #  1058914
    W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 87 30 | $33,416.50 |

File # K0248-00001                                          INVOICE #  1058914
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 8/31/2004 | TELEPHONE | | 19.16 |
| 9/30/2004 | TELEPHONE | | 3.48 |
| | | Total: | $22.64 |
| | | | |
| 8/31/2004 | TRAVEL - LOCAL | | 28.00 |
| 11/30/2004 | TRAVEL - LOCAL | | 44.63 |
| | | Total: | $72.63 |
| | | | |
| 9/30/2004 | MEETING EXPENSE | | 126.80 |
| 11/30/2004 | MEETING EXPENSE | | 117.78 |
| | | Total: | $244.58 |
| | | | |
| 8/30/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| 8/30/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 12.00 |
| 8/30/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 9.60 |
| | | Total: | $25.10 |
| | | | |
| 7/30/2004 | OVERNIGHT MAIL (K0248 ) PACKAGE SENT TO WARREN H SMITH AT REPUBLIC CENTER - DALLAS, TX FROM GINGER AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #846737377032) | | 10.13 |
| 7/30/2004 | OVERNIGHT MAIL (K0248 ) PACKAGE SENT TO DAVID B SIEGEL AT SENIOR VICE PRESIDENT - COLUMBIA, MD FROM GINGER AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #846737377021) | | 7.80 |
| 8/25/2004 | OVERNIGHT MAIL PACKAGE SENT TO WARREN H SMITHESQUIRE AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790252267944) | | 10.09 |
| 8/25/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790252251522) | | 7.76 |
| | | Total: | $35.78 |
| | | | |
| 6/22/2004 | DEPOSITION TRANSCRIPT | | 251.00 |
| | | Total: | $251.00 |
| | | | |
| 11/2/2004 | WESTLAW LEGAL RESEARCH KATCHEN,WILLIAM | | 160.79 |
| 11/2/2004 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 825.39 |
| 11/3/2004 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 495.42 |
| 11/4/2004 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 790.39 |
| 11/5/2004 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 780.94 |

File # K0248-00001                                                    INVOICE #  1058914
    W.R. GRACE & CO.

| Date | Description | | Amount |
|---|---|---|---|
| 11/17/2004 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 202.12 |
| 11/19/2004 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 100.92 |
| 11/22/2004 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 992.36 |
| | | Total: | $4,348.33 |
| 3/31/2004 | BOSTON COACH*2004-03-31*KATCHEN/WILLIAM | | 104.23 |
| | | Total: | $104.23 |
| 8/31/2004 | MESSENGER SERVICE | | 194.50 |
| | | Total: | $194.50 |
| 11/30/2004 | OVERTIME RELATED COSTS | | 8.58 |
| | | Total: | $8.58 |
| 6/10/2004 | TRAINFARE/AMTRAK/CLIENTMTG/WSK | | 99.00 |
| | | Total: | $99.00 |
| 4/30/2004 | TELECOPY | | 68.40 |
| | | Total: | $68.40 |
| 4/30/2004 | DOCUMENT RETRIEVAL | | 12.63 |
| 8/31/2004 | DOCUMENT RETRIEVAL | | 15.75 |
| 9/30/2004 | DOCUMENT RETRIEVAL | | 67.88 |
| 11/30/2004 | DOCUMENT RETRIEVAL | | 30.36 |
| | | Total: | $126.62 |
| 9/30/2004 | DOCUMENT E-FILING | | 42.05 |
| | | Total: | $42.05 |
| 5/31/2004 | PRINTING & DUPLICATING | | 1,345.49 |
| 7/31/2004 | PRINTING & DUPLICATING | | 1,807.75 |
| 8/31/2004 | PRINTING & DUPLICATING | | 259.05 |
| 9/30/2004 | PRINTING & DUPLICATING | | 250.51 |
| 11/30/2004 | PRINTING & DUPLICATING | | 21.30 |
| | | Total: | $3,684.10 |
| | TOTAL DISBURSEMENTS | | $9,327.54 |