IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

J William Lewis, being first duly sworn, hereby deposes and states as follows:

1.  I am an attorney with Environmental Litigation Group, P.C. ("ELG") with offices at 3529 Seventh Avenue South, Birmingham, Alabama 35222.

2.  This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3.  Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by ELG with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4.  Each of these Creditors has employed ELG under an employment contract with ELG and executed a power of attorney authorizing representation of creditors. A blank but unredacted exemplar of each of ELG's standard forms of agreement and the power of attorney authorizing representation of creditors are attached hereto as Exhibits B-1 through B-8. The

-2-

exemplar of the standard form of power of attorney used by ELG is labeled B-8. For each Asbestos Creditor represented by ELG and listed on Exhibit A, the date such client executed such power of attorney is indicated on Exhibit A.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 16th, 2004

Respectfully submitted,

*[signature]*
J. William Lewis
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 205-328-9200
Facsimile: 205-328-9206

    SWORN TO AND SUBSCRIBED before me, the undersigned authority, by J. William Lewis on this the 16th day of December, 2004.

*[signature]*
NOTARY PUBLIC
My Commission Expires: 1-7-07