Shein Law Center, Ltd.
By:  Benjamin P. Shein
121 S. Broad St., 21st floor
Philadelphia, PA  19107
Phone:  (215) 735-6677

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. GRACE & CO. | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 01-1139-JKF |
| | : | |
| | : | |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019**

BENJAMIN P. SHEIN, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Shein Law Center licensed to practice in the Commonwealth of Pennsylvania.

2. Shein Law Center, Ltd. maintains offices at 121 S. Broad St., 21st floor, Philadelphia, PA.

3. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

4. Shein Law Center, Ltd. has been retained as counsel or co-counsel for the claimants (hereinafter "Creditor") listed in the Exhibit B. An exemplar

        Power of Attorney for Bankruptcy Cases is supplied on the accompanying compact discs (Exhibit A).

5.       The Creditors hold claims in varying amounts for monetary damages due to personal injury incurred when the Debtor manufactured, sold, distributed and/or specified the use of asbestos containing products.

6.       I certify under penalty of perjury the Shein Law Center, Ltd. has a bankruptcy specific Power of Attorney executed by each Creditor listed in Exhibit. B.

7.       Shein Law Center, Ltd. does not hold any claims against or interest in the Debtor.

8.       Shein Law Center, Ltd. will file an amended and supplemental statement setting forth any material changes in facts contained in this Verirfied Statement, should any changes occur.

                                    Respectfully Submitted.

                                    Benjamin P. Shein
                                    Attorney for Creditors

Date: <u>December 19, 2004</u>