IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) (Jointly Administered) |
| Debtors. | Related Docket Nos. 6244, 6368, 6369, 6395, 6477 |
| | Hearing Date: December 20, 2004 at 12pm |

**WITHDRAWAL OF LIMITED OBJECTION OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO MOTION OF W.R. GRACE & CO. TO APPROVE SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES**

David T. Austern, the legal representative for future asbestos claimants (the "Future Claimants' Representative") respectfully withdraws the Limited Objection of the Future Claimants' Representative to Motion of W.R. Grace & Co. to Approve Settlement Agreement and Release with the KWELMBS Companies filed as docket number 6368 on September 10, 2004.

Dated: December 20, 2004

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (facsimile)

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
(202) 424-7500
(202) 424-7643 (facsimile)

Counsel for David T. Austern,
Future Claimants Representative

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. | ) (Jointly Administered) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, DEBRA L. FELDER, do hereby certify that I am over the age of 18, and that on December 17, 2004, I caused the Withdrawal of Limited Objection of the Future Claimants' Representative To Motion Of W.R. Grace & Co. To Approve Settlement Agreement And Release With The KWELMBS Companies to be served by first class mail, postage prepaid, upon those persons listed below.

Under penalty of perjury, I certify the foregoing to be true and correct.

James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
Kirkland & Ellis LLP
220 East Randolph Drive
Chicago, IL 60601
Facsimile: 312-861-2200
*Attorney for Debtors*

Laura Davis Jones
David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Facsimile: 302-652-4400
*Attorney For Debtors*

Lewis Kruger
Stroock & Stroock & Lavan
1800 Maiden Lane
New York, NY 10038-4982
Facsimile: 212-806-6006
*Attorney for the Official Committee of Unsecured Creditors*

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Facsimile: 302-657-4901
*Attorney for the Official Committee of Unsecured Creditors*

Scott L. Baena
Jay M. Sakalo
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Facsimile: 305-374-7593
*Attorney for the Official Committee of Property Damage Claimants*

Michael B. Joseph
Ferry & Joseph P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Facsimile: 302-575-1714
*Attorney for Official Committee of Property Damage Claimants*

Elihu Iselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Facsimile: 212-644-6755
*Attorney for Official Committee of Personal Injury Claimants*

Marla Eskin
Mark Hurford
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
Facsimile: 302-426-9947
*Attorney for Official Committee of Personal Injury Claimants*

Peter Van N. Lockwood
Caplin & Drysdale
One Thomas Circle, NW
Washington, DC 20005
*Attorney for Official Committee of Personal Injury Claimants*

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Facsimile: 312-993-9767
*Attorney for DIP Lenders*

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Facsimile: 302 658-6395
*Attorney for DIP Lenders*

Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Facsimile: 212-715-8000
*Attorney for Official Committee of Equity Holders*

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
Facsimile: 302-552-4295
*Counsel to Official Committee of Equity Holders*

Frank J. Perch
Assistant U.S. Trustee
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
Facsimile: 302-573-6497

Dated: December 17, 2004

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

Debra L. Felder

Debra L. Felder, Esquire