# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. Grace & Co., et al. | Case No.: 01-1139 (JKF) <br> (Jointly Administered) |
| Debtors. |  |

## VERIFIED STATEMENT OF MULTIPLE REPRESENTATION
## PURSUANT TO FED. R. BANKR. P. 2019

The law firm of Speights & Runyan files this verified statement of multiple representation and states as follows:

This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and pursuant to the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. 2019 dated October 22, 2004. Speights & Runyan reserves all objections.

2. CD-ROMs are being filed with the United States Bankruptcy Clerk as required by the Court in its Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, dated October 22, 2004. Included in the CD-ROMs are the following: (a) an Excel spreadsheet containing the information required by the Court in its Revised Order marked as Exhibit "A"; and (b) an exemplar copy, or a copy of each agreement or instrument that empowers Speights & Runyan to act on behalf of Claimants marked as Exhibit "B.

3. Speights & Runyan does not own any claims or interests against the Debtors.

Respectfully submitted

Daniel A. Speights
SPEIGHTS & RUNYAN
200 Jackson Avenue
Post Office Box 685
Hampton, South Carolina  29924

December 20, 2004

SWORN TO BEFORE ME this
20th day of December, 2004.

Notary Public for South Carolina
My Commission Expires: June 6, 2005

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  ) | Chapter 1 |
|  ) |  |
| W.R. Grace & Co., et al.,  ) | Case No.: 01-1139 (JKF) |
|  ) | (Jointly Administered) |
| Debtors.  ) |  |
|  ) |  |

### CERTIFICATE OF SERVICE

I, Daniel A. Speights, hereby certify that on December 20, 2004, I served a copy of the Verified Statement of Speights & Runyan, pursuant to Fed. R. Bankr. P. 2109 which includes all exhibits provided to the Clerk on CD, upon Debtor and the United States Trustee. A Notice of Filing of the Verified Statement was also served on all parties on the Official Service List.

_____
Daniel A. Speights