# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No.  01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Doc. No. 7208 |

## NOTICE OF DOCUMENT ENTERED IN ERROR

Please take notice that docket entry number 7208, the Rule 2019 Statement of Nossaman, Guthner, Knox & Elliott, was entered in error.  Docket text required by the Court's Revised Order Requiring the Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (Docket No. 6715) was not included.


Dated:  December 20, 2004
        Wilmington, Delaware

BUCHANAN INGERSOLL PC

/s/  William D. Sullivan
William D. Sullivan (No. 2820)
1007 N. Orange St., Suite 1110
Wilmington, Delaware 19801
Phone: (302) 428-5500
Fax: (302) 428-3996