IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | In Proceedings for a |
| W.R. GRACE & CO., et al : | Reorganization under |
| . : | Chapter 11 |
| : | |
| Debtors. : | Case No. 01-1139-JKF |
| : | Jointly Administered |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS
PURSUANT TO FED. R. BANKR. PRO. 2019
BY THE GIBSON LAW FIRM, P.L.L.C.**

CHARLES E. GIBSON III hereby makes the following verified statement, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney and managing partner of the Gibson Law Firm, PLLC, a professional limited liability company organized and existing under the laws of the State of Mississippi, with offices at 447 Northpark Drive, Ridgeland, Mississippi, 39157; (601) 957-6010 (Telephone); (601) 957-6065 (Facsimile); charles@cegibsonlawfirm.com (Email). Charles E. Gibson III and the Gibson Law Firm, PLLC have been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors in the above-referenced bankruptcy, (the "Creditors").

1. A blank, but unredacted, exemplar copy of an Agreement for Legal Services employing Charles E. Gibson III and a Special Power of Attorney authorizing Charles E. Gibson III, Gigi Gibson, Edward Gibson and the Gibson Law Firm, PLLC, to act on behalf of the Creditors are referenced herein as Exhibit A-1 and A-2, which as not been attached but may be accessed by parties who obtain Court order authorizing access.

2. An Excel spreadsheet outlining the name and personal address of each Creditor, the form of agreement empowering Charles E. Gibson III, Gigi Gibson, Edward Gibson and the Gibson Law Firm, PLLC to act of behalf of each Creditor, amount of each Creditor's claim, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of Charles E. Gibson III, Gigi Gibson, Edward Gibson and the Gibson Law Firm, PLLC is referenced herein as Exhibit B, which has not been attached by may be accessed by parties who obtain Court order authorizing access.

3. At the time of employment Charles E. Gibson III, Gigi Gibson, Edward Gibson and the Gibson Law Firm, PLLC retained a contingency fee interest in each Creditor's claim. The times when such interest was acquired in each claim depends upon the date each Creditor signed his/her Agreement for Legal Services. Amounts paid to date varies per Creditor and Charles E. Gibson III, Gigi Gibson, Edward Gibson and the Gibson Law Firm, PLLC has not sold or disposed of any Creditor's claims.

4. Charles E. Gibson III, Gigi Gibson, Edward Gibson and the Gibson Law Firm, PLLC will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

This statement is filed pursuant to Rule 2019 of the Federal Rules of Bankrupcy Procedure and complies with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed. R.Bank.P. 2019, which was entered on October 22, 2004. Exhibits

A-1, A-2 and B, as defined in the Order, have not been scanned and are available from the Clerk upon motion to and Order of the Court.

    Dated: December 19, 2004.

                                                                 Respectfully Submitted,

                                                                  THE GIBSON LAW FIRM, PLLC

                                              BY: /s/ Charles E. Gibson III
                                                      CHARLES E. GIBSON III
                                                      Mississippi Bar No. 4821
                                                      THE GIBSON LAW FIRM
                                                      447 Northpark Drive (39157)
                                                      P. O. Box 6005
                                                      Ridgeland, MS 39158-6005
                                                      T: (601) 957-6010
                                                      F: (601) 957-6065

DECLARATION
OF CHARLES E. GIBSON III OF
THE GIBSON LAW FIRM, PLLC

    I, Charles E. Gibson III, managing partner for the Gibson Law Firm, PLLC, hereby declare under penalty of perjury, that the representations in the forgoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019, are true and correct to the best of my knowledge, information and belief.

                                                               /s/ Charles E. Gibson III
                                                               Charles E. Gibson III

    SWORN TO AND SUBSCRIBED before me this the 19th day of December, 2004.

                                                               __Cherry M. Pittinger_____
                                                               NOTARY PUBLIC

My Commission Expires:

_____

## **CERTIFICATE OF SERVICE**

I, Charles E. Gibson III, hereby certify that on this ____ day of December, 2004, a true and correct of the foregoing pleading was served on the parties listed on the official service list by first class mail, postage prepaid.

/s/ Charles E. Gibson III
Charles E. Gibson III