**Attachment B To Fee Application**
**Summary of PwC's Fees By Professional**
**October 2004**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended October 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 32.1 | $ 25,744.20 |
| Douglas Parker | Audit Senior Manager | 10+ | 615 | 0.6 | $ 369.00 |
| Robert Eydt | SEC Review Partner | 20+ | 1310 | 1.0 | $ 1,310.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 28.0 | $ 17,220.00 |
| Tom Kalinosky | Audit Specialist | 20+ | 782 | 2.5 | $ 1,955.00 |
| William Choi | Audit Manager | 6 | 526 | 60.4 | $ 31,770.40 |
| Sandra David | Audit Manager | 7 | 526 | 17.2 | $ 9,047.20 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 1.0 | $ 369.00 |
| Ryan Grady | Audit Senior Associate | 3 | 369 | 89.9 | $ 33,173.10 |
| Aimee Stickley | Audit Senior Associate | 3 | 332 | 12.4 | $ 4,116.80 |
| Pamela Reinhardt | Audit Senior Associate | 2 | 332 | 90.7 | $ 30,112.40 |
| Maria J. Afuang | Audit Senior Associate | 4 | 332 | 17.0 | $ 5,644.00 |
| Su Chao | Audit Associate | 5+ | 292 | 84.0 | $ 24,528.00 |
| Michael McDonnell | Audit Associate | 2 | 251 | 86.0 | $ 21,586.00 |
| Bianca Rodriguez | Audit Associate | 1 | 213 | 82.6 | $ 17,593.80 |
| Nicholas Stromann | Audit Associate | 1 | 251 | 84.3 | $ 21,159.30 |
| Lauren Misler | Audit Associate | <1 | 213 | 115.5 | $ 24,601.50 |
| Erica Margolius | Erica Margolius | <1 | 213 | 101.3 | $ 21,576.90 |
| | | TOTAL | | 906.5 | $ 291,876.60 |

| | |
|---|---|
| Total at Standard Rate | $ 291,876.60 |
| 55% Accrual Rate Adjustmest | $ (160,532.13) |
| Total at 45% Accrual Rate | $ 131,344.47 |
| Total Hours | 906.5 |

{MCM8442.DOC}

**Professional Profiles**
**WR Grace Time Tracking - Sarbanes**
**For the Month Ended October 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| John Newstead | Audit Senior Manager | 10+ | 689 | 71.7 | $ 49,401.30 |
| Tom Kalinosky | Audit Specialist/Director | 10+ | 782 | 1.5 | $ 1,173.00 |
| Mauren Driscoll | Audit Manager | 5 | 548 | 21.6 | $ 11,836.80 |
| Herman Schutte | Audit Manager | 4 | 526 | 120.4 | $ 63,330.40 |
| Michael Sadowski | Advisory Senior Associate | 3+ | 440 | 4.5 | $ 1,980.00 |
| Maged Zeidan | Audit Senior Associate | 5+ | 369 | 137.5 | $ 50,737.50 |
| Martin Pretorius | SPA Senior Associate | 5 | 449 | 45.5 | $ 20,429.50 |
| Hazim Ahmad | Audit Senior Associate | 4 | 369 | 32.0 | $ 11,808.00 |
| Douglas Wright | Audit Associate | 1 | 251 | 25.5 | $ 6,400.50 |
| Kevin Sacco | SPA Associate | >1 | 241 | 79.4 | |
| Joseph Daniel Meenan | Audit Associate | 1 | 301 | 116.5 | $ 35,066.50 |
| | TOTAL | | | 656.1 | $ 252,163.50 |

| | |
|---|---|
| Total at Standard Rate | $ 252,163.50 |
| 35% Accrual Rate Adjustmest | $ (88,257.23) |
| Total at 65% Accrual Rate | $ 163,906.28 |
| Total Hours | 656.1 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | |
|---|---|
| Total Cost of Time Tracking | $ 9,917.40 |
| Less 55% rate reduction | $ (5,454.57) |
| Total Cost of Tracking Time Billed to Grace | $ 4,462.83 |
| Total Hours Spent Tracking Time | 30.0 |

{MCM8442.DOC}

**Summary of PwC's Fees By Project Category:**
**October 2004**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 30.0 | $4,462.83 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,562.6 | $295,250.75 |
| 26-Business Analysis | | |

{MCM8442.DOC}

| | | |
|---|---|---|
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,592.6** | **$299,713.58** |

## Expense Summary
## October 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$14,960.79** |
| **Lodging** | **N/A** | **$2,416.60** |
| **Sundry** | **N/A** | **$21.00** |
| **Business Meals** | **N/A** | **$530.89** |
| **TOTAL:** | | **$17,929.28** |

{MCM8442.DOC}