**EXHIBIT B**

| | Date | Title | Expenses | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended October 31, 2004**

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| Lauren Misler | 10/27/04 | Audit Associate | $ 330.00 | Two nights stay in Cincinnati Ohio related to Inventory of Cincinnati Plant |
| | 10/27/04 | Audit Associate | $ 47.74 | Dinner for L. Misler and N. Stromann while on travel |
| | 10/27/04 | Audit Associate | $ 104.81 | Rental Car for 10/27 - 10/29 while in Cincinnati for Grace Inventory |
| | 10/27/04 | Audit Associate | $ 642.35 | Roundtrip Airfare from DC to Cincinnati for Inventory |
| | 10/29/04 | Audit Associate | $ 15.00 | Taxi charge from airport to home for Cincinnati inventory trip |
| | 10/4/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/5/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/6/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/7/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/8/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/11/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/12/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/13/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/14/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/15/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/18/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/19/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/20/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/21/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/22/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/25/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 10/26/04 | Audit Associate | $ 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | | | **$ 1,554.28** | |
| Hermann Schutte | 10/5/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 10/12/04 | Audit Manager | $ 3,893.70 | Airfare Dulles to Frankfurt, Germany to Dulles |
| | 10/15/04 | Audit Manager | $ 9.75 | Mileage in excess of normal commute Dulles Airport (30-4 miles * $0.375/mile) |
| | 10/15/04 | Audit Manager | $ 36.00 | Public Parking at Dulles Airport |
| | 10/15/04 | Audit Manager | $ 31.00 | Cost for Visa to Germany |
| | 10/15/04 | Audit Manager | $ 146.97 | Hotel Accommodation - Prinz Carl Hotel, Worms |
| | 10/21/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 10/27/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | | | **$ 4,198.42** | |
| Nicholas Stromann | 10/18/2004 | Audit Associate | $ 7.50 | Mileage to Columbia Grace site in excess of normal commute (48 miles - 28 miles) * $.375/mile |
| | 10/19/2004 | Audit Associate | $ 7.50 | Mileage to Columbia Grace site in excess of normal commute (48 miles - 28 miles) * $.375/mile |
| | 10/19/2004 | Audit Associate | $ 50.09 | Overtime Dinner for self, B. Bishop, W. Choi, R. Grady, L. Misler |
| | 10/20/2004 | Audit Associate | $ 7.50 | Mileage to Columbia Grace site in excess of normal commute (48 miles - 28 miles) * $.375/mile |
| | 10/20/2004 | Audit Associate | $ 17.06 | Overtime lunch for self, W. Choi |
| | 10/21/2004 | Audit Associate | $ 7.50 | Mileage to Columbia Grace site in excess of normal commute (48 miles - 28 miles) * $.375/mile |
| | 10/22/2004 | Audit Associate | $ 744.85 | Airfare from DC to Cincinnati to Chattanooga |
| | 10/22/2004 | Audit Associate | $ 209.10 | Airfare from Chattanooga to DC |
| | 10/25/2004 | Audit Associate | $ 7.50 | Mileage to Columbia Grace site in excess of normal commute (48 miles - 28 miles) * $.375/mile |
| | 10/26/2004 | Audit Associate | $ 7.50 | Mileage to Columbia Grace site in excess of normal commute (48 miles - 28 miles) * $.375/mile |
| | 10/27/2004 | Audit Associate | $ 7.50 | Mileage to Columbia Grace site in excess of normal commute (48 miles - 28 miles) * $.375/mile |
| | 10/28/2004 | Audit Associate | $ 27.00 | Breakfast at Hotel for self, L. Misler in Cincinnati while travelling for inventories |
| | 10/28/2004 | Audit Associate | $ 50.00 | Out of town dinner for self, L. Misler in Cincinnati while travelling for inventories |
| | 10/29/2004 | Audit Associate | $ 28.00 | Breakfast at Hotel for self, L. Misler in Cincinnati while travelling for inventories |
| | 10/30/2004 | Audit Associate | $ 282.00 | 2 night hotel stay (10/27-10/28) in Cincinnati for Inventories |
| | 10/30/2004 | Audit Associate | $ 50.00 | Out of town dinner for self, E. Margolius in Chattanooga while travelling for inventories |
| | 10/31/2004 | Audit Associate | $ 22.00 | Out of town lunch for self, E. Margolius in Chattanooga while travelling for inventories |
| | 10/31/2004 | Audit Associate | $ 159.05 | Rental Car in Chattanooga (10/29-10/31) |
| | 10/31/2004 | Audit Associate | $ 10.00 | Breakfast at hotel in Chattanooga while travelling for inventories |
| | 10/31/2004 | Audit Associate | $ 75.00 | Parking for 5 days at Reagan National Airport in DC (10/27-10/31) @ $15/day |
| | 10/31/2004 | Audit Associate | $ 348.85 | 2 Night Stay (10/29-10/30), dinner on 10/29, breakfast and lunch on 10/30, and parking at hotel in Chattanooga while travelling for inventories |
| | 10/31/2004 | Audit Associate | $ 21.00 | Roundtrip mileage to the Reagan National Airport (56 miles * $0.375/mile) |
| | | | **$ 2,146.50** | |
| Pamela Reinhardt | 10/7/04 | Audit Senior Associate | $ 15.00 | Excess mileage to the client site (40 miles * .375 = 15) |
| | 10/8/04 | Audit Senior Associate | $ 15.00 | Excess mileage to the client site (40 miles * .375 = 15) |
| | 10/12/04 | Audit Senior Associate | $ 15.00 | Excess mileage to the client site (40 miles * .375 = 15) |
| | 10/13/04 | Audit Senior Associate | $ 15.00 | Excess mileage to the client site (40 miles * .375 = 15) |
| | 10/14/04 | Audit Senior Associate | $ 15.00 | Excess mileage to the client site (40 miles * .375 = 15) |
| | 10/15/04 | Audit Senior Associate | $ 15.00 | Excess mileage to the client site (40 miles * .375 = 15) |
| | 10/18/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (40 miles * .375 = 15) |
| | 10/19/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 10/20/2004 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 10/21/2004 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 10/22/2004 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 10/25/2004 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 10/26/2004 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 10/27/2004 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 10/28/2004 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | | | **$ 171.00** | |
| Michael McDonnell | 10/19/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |
| | 10/20/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |
| | 10/21/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |
| | 10/22/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |
| | 10/25/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |
| | 10/26/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |
| | 10/27/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |
| | 10/28/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |
| | 10/29/04 | Audit Associate | $ 2.00 | Tolls Mass Pike |

| Date | Title | Expenses | Description |
|---|---|---|---|
| | | $ 18.00 | |

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| **Maureen Driscoll** | 10/15/04 | Audit Manager | $ 29.32 | Out of town lunch |
| | 10/15/04 | Audit Manager | $ 108.38 | Rental car from DCA (airport) to Grace to Philadelphia |
| | 10/14/04 | Audit Manager | $ 17.43 | Out of town dinner |
| | 10/15/04 | Audit Manager | $ 147.40 | Courtyard hotel Columbia MD |
| | 10/15/04 | Audit Manager | $ 12.75 | Parking in Philadelphia airport (1/4 days total) |
| | 10/15/04 | Audit Manager | $ 8.00 | Tolls, Columbia - Philadelphia |
| | | | $ 323.28 | |
| **Erica Margolius** | 10/8/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/12/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/13/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/14/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/15/2004 | Audit Associate | $ 15.32 | Mileage in excess of normal commute (70.25-29.4 miles * $.375/mile) to go to Elkridge Warehouse for physical inventory observation |
| | 10/18/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/19/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/19/2004 | Audit Associate | $ 21.00 | Postage for Accounts Receivable Confirmations |
| | 10/20/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/21/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/22/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/25/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/26/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/27/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/28/2004 | Audit Associate | $ 11.55 | Mileage in excess of normal commute (60.2-29.4 miles * $.375/mile) |
| | 10/30/2004 | Audit Associate | $ 295.80 | Roundtrip airfare to Chattanooga, TN for inventory observation (Leave October 30 and return on October 31) |
| | 10/30/2004 | Audit Associate | $ 122.06 | One night hotel stay in Chattanooga, TN for inventory observation |
| | 10/31/2004 | Audit Associate | $ 30.00 | Airport Parking (two days) |
| | | | $ 634.33 | |
| **Maria J. Afuang** | 10/25/04 | Audit Senior Associate | $ 18.75 | Mileage |
| | 10/26/04 | Audit Senior Associate | $ 18.75 | Mileage |
| | 10/28/04 | Audit Senior Associate | $ 18.75 | Mileage |
| | | | $ 56.25 | |
| **Kevin Sacco** | 10/12/2004 | Audit Associate | $93.76 | Tolls |
| | 10/12/2004 | Audit Associate | $7.00 | Tolls |
| | 10/13/2004 | Audit Associate | $9.00 | Tolls |
| | 10/13/2004 | Audit Associate | $3.73 | Meal (Breakfast) |
| | 10/13/2004 | Audit Associate | $5.53 | Meal (Lunch) |
| | 10/14/2004 | Audit Associate | $3.44 | Meal (breakfast) |
| | 10/14/2004 | Audit Associate | $4.83 | Meal (Lunch) |
| | 10/14/2004 | Audit Associate | $7.35 | Meal (Dinner) |
| | 10/14/2004 | Audit Associate | $3.17 | Meal (Breakfast) |
| | 10/14/2004 | Audit Associate | $5.13 | Meal (Lunch) |
| | 10/14/2004 | Audit Associate | $12.58 | Meal (Dinner) |
| | 10/14/2004 | Audit Associate | $413.50 | Lodging - Sheraton Hotel |
| | | | $569.02 | |
| **Maged Zeidan** | 9/10/04 | Audit Senior Associate | $ 323.20 | Airfare from Baltimore to Lake Charles |
| | 12/10/04 | Audit Senior Associate | $ 375.56 | Airfare from Lake Charles to Baltimore |
| | 12/10/04 | Audit Senior Associate | $ 139.82 | Car rental at Lake Charles |
| | 12/10/04 | Audit Senior Associate | $ 245.86 | Hotel at Lake Charles |
| | 9/10/04 | Audit Senior Associate | $ 29.99 | Dinner |
| | 10/10/04 | Audit Senior Associate | $ 27.90 | Dinner |
| | 11/10/04 | Audit Senior Associate | $ 29.13 | Dinner |
| | 12/10/04 | Audit Senior Associate | $ 24.32 | Lunch |
| | 12/10/04 | Audit Senior Associate | $ 18.00 | Actual feul for the rented car |
| | | | $ 1,213.78 | |
| **Hazim Ahmad** | 10/21/2004 | Audit Senior Associate | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 10/25/2004 | Audit Senior Associate | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 10/26/2004 | Audit Senior Associate | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | | | $ 81.00 | |
| **Sandra David** | 10/29/2004 | Audit Manager | $ 5.00 | Parking to pick up binders |
| | | | $ 5.00 | |
| **Bianca Rodriguez** | 10/12/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/18/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/19/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/20/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/21/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/22/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/25/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/26/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/27/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/28/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |
| | 10/29/04 | Audit Associate | $ 7.50 | Mileage reimbursement for roundtrip commuting (28 miles) minus normal commute (8 miles) = 20 miles * .375 |

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| | 10/13/04 | Audit Associate | $ | 15.00 | Parking at office to pick up three boxes that include prior year workpapers, and deskfiles |
| | | | **$ 97.50** | | |
| **John Newstead** | 10/12/04 | Audit Senior Manager | $ | 5,784.60 | Airfare Chicago to Frankfurt, Germany to Dulles |
| | 10/15/04 | Audit Senior Manager | $ | 85.90 | Taxi Dulles to home |
| | 10/15/04 | Audit Senior Manager | $ | 165.34 | Hotel Accommodation - Prinz Carl Hotel, Worms |
| | | | **$ 6,035.84** | | |
| **Ryan Grady** | 10/12/04 | Audit Senior Associate | $ | 6.00 | Travel to client from home - mileage outside of normal (29 miles less 13 base * $0.375) |
| | 10/12/04 | Audit Senior Associate | $ | 6.00 | Travel from client to home - mileage outside of normal (29 miles less 13 base * $0.375) |
| | 10/13/04 | Audit Senior Associate | $ | 6.00 | Travel to client from home - mileage outside of normal (29 miles less 13 base * $0.375) |
| | 10/13/04 | Audit Senior Associate | $ | 6.00 | Travel from client to home - mileage outside of normal (29 miles less 13 base * $0.375) |
| | 10/14/04 | Audit Senior Associate | $ | 6.00 | Travel to client from home - mileage outside of normal (29 miles less 13 base * $0.375) |
| | 10/14/04 | Audit Senior Associate | $ | 6.00 | Travel from client to home - mileage outside of normal (29 miles less 13 base * $0.375) |
| | 10/15/04 | Audit Senior Associate | $ | 6.00 | Travel to client from home - mileage outside of normal (29 miles less 13 base * $0.375) |
| | 10/15/04 | Audit Senior Associate | $ | 6.00 | Travel from client to home - mileage outside of normal (29 miles less 13 base * $0.375) |
| | | | **$ 48.00** | | |
| **William Choi** | 10/11/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 10/12/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 10/14/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 10/18/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 10/22/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 10/31/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | | | **$ 166.50** | | |
| **Joseph Meenan** | 10/1/04 | Audit Associate | | 9.00 | Tolls - Conshohocken, PA to Columbia, MD |
| | 10/1/04 | | | 3.70 | Breakfast - Columbia, MD |
| | 10/1/04 | | | 5.45 | Lunch - Columbia, MD |
| | 10/1/04 | | | 16.00 | Dinner - Columbia, MD |
| | 10/1/04 | | | 526.93 | Hotel - (9/27-10/1) |
| | 10/1/04 | | | 49.50 | Mileage from Columbia, MD to Conshohocken, PA (132*.375) |
| | | | **$ 610.58** | | |
| | | **Total expenses for month** | **$ 17,929.28** | | |