GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
(618) 656-5150
By:  Randy L. Gori, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al., ) | Case no. 01-1139-JKF |
| ) | |
| ) | Verified Statement Under |
| ) | Bankruptcy Rule 2019 |
| Debtors. ) | |
| ) | |

**VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2019**

I, Randy L. Gori, declare as follows:

1. I am an attorney with the law firm of GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C. I am a member in good standing of the bar of the State of Illinois. My bar number is #6257394.

2. I have personal knowledge of the fact set forth herein. I make this Verified Statement ("Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. The law firm of GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C., is organized under the law of the State of Illinois, with its offices for the practice of law located at 2227 South State Route 157, Edwardsville, IL 62025.

4. As of the date of this Statement, GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C., represents personal injury Claimants (the "Claimants" or individually, a "Claimant") who have claims in varying amounts for monetary damages due to personal injuries incurred with the Debtor manufactured, sold, distributed and/or specified the use of asbestos or asbestos-containing products. As Ordered, on CD's is a list of these Claimants represented by

GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C. See CD.

5. The address for each of these Claimants is included on CD. ( Which is the address of the Claimants Legal Representatives).

6. Each of the Claimants' claims was brought at least one year prior to the filing of the Debtors' petition(s).

7. Each Claimant has retained the law firm of GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C. The law firm of GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C. has oral agreements with various law firms regarding fee sharing agreements. Attorneys' fees are paid by the claimant on a contingency fee basis plus expenses.

8. For each claimant on the CD, there is a Power of Attorney signed by the claimant related to the voting in the W.R. Grace & Co., et al. bankruptcy. An example of the Power of Attorney is attached on the CD's, as well, per the Court Order.

9. GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C. does not own any claims against or interest in the debtors.

10. GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C. will file any amended or supplemental statements setting forth any material changes in the facts contained in this Verified Statement should any such changes occur.

Respectfully submitted this 16 day of December, 2004.

GOLDENBERG, MILLER, HELLER
& ANTOGNOLI, P.C.

By: _____
Randy L. Gori, #6257394
Attorneys for Plaintiffs
2227 South State Route 157
Post Office Box 959
Edwardsville, IL 62025
Phone: (618) 656-5150