IN THE UNITED STATES BANKRUPTCY COURT FILED

FOR THE DISTRICT OF DELAWARE

2004 DEC 17  PM 3: 49

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | (Jointly-Administered) |
|  | ) |  |

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF WITHDRAWAL OF OBJECTION

PLEASE TAKE NOTICE that on September 14, 2004, the Official Committee of Asbestos

Property Damage Claimants (the "PD Committee"), by and through its undersigned counsel filed the

Limited Objection of the Official Committee of Asbestos Property Damage Claimants to the Debtors'

Motion to Approve Privileged and Confidential Settlement Agreement and Release with the Kwelmbs

Companies (the "Limited Objection") [Docket No. 6395].

PLEASE TAKE FURTHER NOTICE that the PD Committee hereby withdraws the Limited

Objection.

Dated: December 17, 2004                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Theodore J. Tacconelli, Esq. (No.2678)
Rick S. Miller, Esq.  (No. 3418)
Lisa L. Coggins, Esq. (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for the Official Committee
of Asbestos Property Damage Claimants

-and-

Scott L. Baena, Esq. (admitted pro hac vice)
Jay M. Sakalo, Esq. (admitted pro hac vice)
Bilzin, Sumberg, Dunn, Baena, Price
& Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants