J. David Butler
**Richardson, Patrick, Westbrook & Brickman, LLC**
1730 Jackson Street
P.O. Box 1368
Barnwell, SC 29812
(803) 541-7850
(803) 541-9625 (fax)
*Attorneys for Certain Asbestos Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | In Proceedings for a |
| | ) | Reorganization under |
| W.R. GRACE & CO., et al, | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-1139-JKF |
| Debtor. | ) | |

## VERIFIED STATEMENT PURSUANT TO FED.R.BANKR. P. 2019 FILED BY RICHARDSON, PATRICK WESTBROOK & BRICKMAN, LLC.  EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS.

Pursuant to Judge Judith K. Fitzgerald's Order entered on October 22, 2004, I, J. David

Butler, a representative of Richardson, Patrick, Westbrook and Brickman (hereinafter "RPWB")

of 1730 Jackson Street, Barnwell, South Carolina, 29812, state as follows pursuant to

Bankruptcy Rule 2019:

I am involved in RPWB's representation of asbestos personal injury/wrongful death

claimants (hereinafter "PI Claimants").  RPWB additionally represents certain claimants with

property damage claims against the debtor(s) (hereinafter "PD Claimants").  Based upon my

representation and a review of business records of the Firm, I have personal knowledge of the

facts set forth herein. I make this statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

As of the date of this Statement, RPWB represents a number of PI Claimants who have been injured by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the above-referenced debtors and debtors-in-possession (hereinafter "Debtors") and others, and thus hold claims against the Debtors. Exhibit A is a current list of the PI Claimants represented by RPWB holding such claims and containing pertinent information regarding each PI Claimant. The nature of the claim held by each PI Claimant is a personal injury tort claim for damages caused by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the Debtors and others. Each PI Claimant has employed RPWB under an employment contract with RPWB or with referring counsel.

RPWB further represents various PD Claimants with property damage claims against the Debtors, including W.R. Grace & Co. (hereinafter "W.R. Grace"). Exhibit B is a current list of the PD Claimants represented by RPWB holding such claims and containing pertinent information regarding each PD Claimant. The nature of the claims held by each PD Claimant is as follows:

**Central Wesleyan:** Judicially approved settlement reached in year 2000 for $25 Million cash and $25 Million in product rebates, redeemable over ten years.

**Solow:** $25,800,590.57 Judgment and Order with accruing post-judgment interest entered against Grace on January 17, 2001.

**Barbanti:** Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product for homes in the State of Washington. (Unliquidated Claim)

**McMurchie:**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product for homes in the State of Minnesota.  (Unliquidated Claim)

**Price:**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product in homes nation-wide. (Unliquidated Claim)

**Dorrington:**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product in homes nation-wide. (Unliquidated Claim)

**Tennison:**      Damages associated with asbestos contamination/property damage to residents of Libby, Montana caused by Grace's Libby operations. (Unliquidated Claim)

**Fawcett:**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product for homes in Canada. (Unliquidated Claim)

**Worden:**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product for homes in the State of Maryland. (Unliquidated Claim)

**Kwas:**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product for homes in the State of New York. (Unliquidated Claim)

**Koski:**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product for homes in the State of Michigan. (Unliquidated Claim)

**Salisbury:**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Attic Insulation product for homes in the State of Idaho. (Unliquidated Claim)

**Wilkinson**      Damages associated with asbestos contamination/property damage caused by Grace's Zonolite Zonolite Masonry Fill products for homes. (Unliquidated Claim)

(1) Richardson, Patrick, Westbrook & Brickman hereby certifies that it has an executed

Power of Authority to Vote giving full power of substitution to vote on any Plan of

Reorganization of the Debtor and to practice any act not constituting the practice of law in all matters arising in the case of each PI Claimant identified on Exhibit A.   A blank copy of the Power of Authority to Vote document is attached hereto as Exhibit C.

Additionally, RPWB either in the past or currently represents the following creditor parties as PD Claimants (identified further in Exhibit B) in the W.R. Grace & Co., et al., bankruptcy.

| Client | Main Contact |
|---|---|
| CENTRAL WESLEYAN COLLEGE, on behalf of itself and all others similarly situated vs. W.R. GRACE & CO., et al.<br>U.S. Dist. Ct. of South Carolina, Charleston Division, Case No.:2:87-1860-8 | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |
| **Client** | **Main Contact** |
| SHELDON H. SOLOW and SOLOW DEVELOPMENT CORPORATION vs. W.R. GRACE & COMPANY-CONN.<br>Supreme Court of the State of New York, County of New York, Index No. 2453/88 | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |
| MARCO BARBANTI and RALPH BUSCH, Individually and on behalf of a class of all others similarly situated vs. W.R. GRACE & COMPANY-CONN, ET AL.<br>Superior Court, State of Washington, Spokane County, Case No.: 00-2-01756-6 | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |
| JAMES AND DORIS MCMURCHIE, individually and on behalf of a class of all others similarly situated vs. W.R. Grace & Co.-Conn., et al.<br>District Court, Fourth Judicial District, State of MN, County of Hennepin, Court File No.: 00-015072 | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |
| PAUL PRICE, JOHN PREBIL, and | Edward J. Westbrook, Esquire |

| | |
|---|---|
| MARGERY PREBILI, on behalf of themselves and all others similarly situated vs. W.R. GRACE & CO., ET AL., U.S. Dist. Ct. of Montana, Missoula Division, Case No.: CV 00-71-M-DWM Transferred to U.S. Dist. Ct., Dist. of Massachusetts (MDL Docket No. 1376) | Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Bldg. A Mount Pleasant, SC 29464 (843) 727-6500 (843) 727-6688 (fax) |
| ANDY DORRINGTON, on behalf of himself and all others similarly situated; MARVIN SATHER, on behalf of himself and all others similarly situated vs. W.R. GRACE & COMPANY, ET AL. Montana First Judicial Dist. Ct. Case No.: ADV-2000-078 | Edward J. Westbrook, Esquire Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Bldg. A Mount Pleasant, SC 29464 (843) 727-6500 (843) 727-6688 (fax) |
| **Client** | **Main Contact** |
| KATHLEEN A. TENNISON and L. DIANE WALKER, on behalf of themselves and all others similarly situated vs. W.R.GRACE & COMPANY, ET AL. U.S. Dist. Ct., Dist. of Montana, Missoula Division, Case No.: CV-00-035-M-DWM | Edward J. Westbrook, Esquire Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Bldg. A Mount Pleasant, SC 29464 (843) 727-6500 (843) 727-6688 (fax) |
| Canadian Class Proof of Claim Through Class Representative Carolyn Fawcett | Edward J. Westbrook, Esquire Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Bldg. A Mount Pleasant, SC 29464 (843) 727-6500 (843) 727-6688 (fax) |

| | |
|---|---|
| Maryland Class Proof of Claim Through Class Representative Gladwin Worden | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |
| New York Class Proof of Claim Through Class Representative Daniel Kwas | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |
| Michigan Proof of Claim Through Class Representatives Eino and Eili Koski | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |

| Idaho Class Proof of Claim Through Class Representatives Kurt & Lisa Salisbury | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |
|---|---|
| Zonolite Masonry Fill Class Proof of Claim Through Class Representative Jay Wilkinson | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |
| Client | Main Contact |
| CENTRAL WESLEYAN COLLEGE, on behalf of itself and all others similarly situated vs. W.R. GRACE & CO., et al.<br>U.S. Dist. Ct. of South Carolina, Charleston Division, Case No.:2:87-1860-8 | Edward J. Westbrook, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464<br>(843) 727-6500<br>(843) 727-6688 (fax) |

RPWB's representation of PD Claimants is based upon the appointment by the appropriate court of RPWB or RPWB attorneys as Class Counsel.  Documents evidencing such representation are attached hereto as Exhibit D.

(2)  Exhibit A submitted to the Clerk is a current list of the PI Claimants represented by RPWB in this matter holding personal injury claims and containing pertinent information regarding each PI Claimant pursuant to Judge Fitzgerald's Order.

Exhibit B submitted to the Clerk is a current list of the PD Claimants represented by RPWB in this matter holding property damage claims and containing pertinent information regarding each PD Claimant pursuant to Judge Fitzgerald's Order.

(3)  RPWB does not presently own, nor has it previously owned, any claims or interests against the Debtors.

Further, exhibits to this Verified Statement have not been scanned but may be accessed by parties who obtain Court order authorizing access.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that I

have read the foregoing statement and that it is true and correct to the best of my knowledge,

information and belief.

Executed this 17th day of December, 2004, at Barnwell, South Carolina.

J. David Butler
**Richardson, Patrick, Westbrook & Brickman, LLC**
1730 Jackson Street
P.O. Box 1368
Barnwell, SC 29812
(803) 541-7850
(803) 541-9625 (fax)