UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>DEBTORS. | ) <br> ) CHAPTER 11 <br> ) <br> ) BANKRUPTCY NO. 01-01139 (JJF) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

## VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY DARRELL W. SCOTT

Darrell W. Scott, as attorney for certain creditors of W.R. Grace & Co., et al., the above named debtors, makes the following statement pursuant to Bankruptcy Rule 2019.

1. I am an attorney with the law firm of The Scott Law Group, P.S. and formerly with the law firm of Lukins & Annis, P.S. I am attorney for certain creditors who have claims against debtors ("Grace creditors"). A blank unredacted exemplar of each form of agreement or instrument authorizing me to act on behalf of each Grace creditor is submitted on CD, on file with the Clerk.

2. An Excel spreadsheet containing the name, address, reserved social security number space, identification of the form of exemplar, amount of claim or indication if unliquidated, date of acquisition of each Grace creditor's claim, type of disease if personal injury

claimant, and recital of pertinent facts and circumstances in connection with the employment of the claimant is likewise submitted on CD, on file with the Clerk.

3. I do not own, nor have I ever owned, any claim whatever against the debtors in this case, nor do I hold any equity securities of the debtors.

DATED this 17th day of December, 2004.

By: _____
DARRELL W. SCOTT
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
(509) 455-3966
(509) 455-3906 (FAX)

Attorney for Grace Creditors

I, Darrell W. Scott, certify under penalty of perjury that the foregoing statement is true and correct.

EXECUTED on this 17th day of December, 2004.

By: _____
DARRELL W. SCOTT