## EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

1. Case Administration – 5.7 hours ($2,460.00)

During the Application Period, the Applicant expended time participating in weekly conference calls with the Property Damage Committee to address issues within the Applicant's areas of expertise.

2. Asbestos: Claims Analysis & Evaluation – 17.7 hours ($8,850.00)

During the Application Period, the Applicant attended meetings with PD Committee and counsel. In preparation for the meetings, Applicant reviewed Grace property damage data base and analyzed the 10K report. In addition, the Applicant did an analysis of CDG estimate of Grace Enterprise value and estimate of creditor.

839843