# EXHIBIT "C"

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040818

August 18, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co. et al. For the month of July 2004.

**FEES**

Paul J. Silvern
1.6 hours @ $ 400 per hour                **$ 640.00**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                        NEW YORK

Summary of billed hours for service rendered in
connection
with the Property Damage Claimants (W. R. Grace).
For the month of July 2004 .

|  | Paul J. Silvern |  |
|---|---|---|
| 07/01/2004 |  |  |
| 07/02/2004 |  |  |
| 07/03/2004 |  |  |
| 07/04/2004 |  |  |
| 07/05/2004 |  |  |
| 07/06/2004 |  |  |
| 07/07/2004 |  |  |
| 07/08/2004 |  |  |
| 07/09/2004 |  |  |
| 07/10/2004 |  |  |
| 07/11/2004 |  |  |
| 07/12/2004 |  |  |
| 07/13/2004 |  |  |
| 07/14/2004 |  |  |
| 07/15/2004 | 0.40 |  |
| 07/16/2004 |  |  |
| 07/17/2004 |  |  |
| 07/18/2004 |  |  |
| 07/19/2004 |  |  |
| 07/20/2004 |  |  |
| 07/21/2004 |  |  |
| 07/22/2004 | 0.30 |  |
| 07/23/2004 |  |  |
| 07/24/2004 |  |  |
| 07/25/2004 |  |  |
| 07/26/2004 |  |  |
| 07/27/2004 |  |  |
| 07/28/2004 |  |  |
| 07/29/2004 | 0.70 |  |
| 07/30/2004 | 0.20 |  |
| 07/31/2004 |  | Total Hours |
| Hours | 1.60 | 1.60 |
| Rate | $400 | Total Fees |
|  | $640.00 | $640.00 |

JULY 2004, TIME LOG OF PAUL J. SILVERN (PJS);

DATE       TIME   TASK

                  Case Administration

07/15/04   0.3    Participate in Property Damage (PD)Committee
                  call re: case status.

           0.1    Voice mail message for Francine F. Rabinovitz re:
                  PD Committee call.

7/11/04    0.3    Review and edit monthly invoices.

7/29/04    0.5    Participate in PD Committee call re: case status.

           0.1    Voice mail message for Francine F. Rabinovitz re:
                  PD Committee call.

           0.1    Voice mail message for James E. Hass (JEH) re:
                  PD Committee call.

7/30/04    0.2    Review e-mail memo re: hearing on Kensington
                  motions in Owens-Corning asbestos litigation.

SUBTOTAL   1.6    Case Administration

TOTAL      1.6

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20040915

September 15, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co. et al. For the month of August
2004.

### FEES

Francine F. Rabinovitz
0.8 hours @ $ 500 per hour           $      400.00

James E. Hass
17.7 hours @ $ 500 per hour                8,850.00

Paul J. Silvern
2.3 hours @ $ 400 per hour                   920.00

TOTAL FEES:                          $ 10,170.00

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                        NEW YORK

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of August 2004 .

| | Francine F. Rabinovitz | James E. Hass | Paul J. Silvern | |
|---|---|---|---|---|
| 08/01/2004 | | | | |
| 08/02/2004 | | | | |
| 08/03/2004 | | | | |
| 08/04/2004 | | | | |
| 08/05/2004 | | | | |
| 08/06/2004 | | | | |
| 08/07/2004 | | | | |
| 08/08/2004 | | | | |
| 08/09/2004 | | | | |
| 08/10/2004 | | 2.20 | | |
| 08/11/2004 | | | | |
| 08/12/2004 | | | 0.90 | |
| 08/13/2004 | | | | |
| 08/14/2004 | | | | |
| 08/15/2004 | | | | |
| 08/16/2004 | | | | |
| 08/17/2004 | | | | |
| 08/18/2004 | | | | |
| 08/19/2004 | | | 0.40 | |
| 08/20/2004 | | | | |
| 08/21/2004 | | | | |
| 08/22/2004 | | | | |
| 08/23/2004 | | 4.60 | | |
| 08/24/2004 | | 2.50 | | |
| 08/25/2004 | | 5.50 | | |
| 08/26/2004 | | 2.90 | | |
| 08/27/2004 | | | | |
| 08/28/2004 | | | | |
| 08/29/2004 | | | | |
| 08/30/2004 | 0.80 | | 1.00 | |
| 08/31/2004 | | | | Total Hours |
| Hours | 0.80 | 17.70 | 2.30 | 20.80 |
| Rate | $500 | $500 | $400 | Total Fees |
| | $400.00 | $8,850.00 | $920.00 | $10,170.00 |

AUGUST, 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR);

DATE       TIME   TASK

                  Case Administration

08/30/04   0.8    Review mediation slides.

TOTAL:     0.8    Case Administration

| | | |
|---|---|---|
| 08/23/04 | 4.6 | Review of Grace Property Damage (PD) data base and |

| | | |
|---|---|---|
| 08/24/04 | 2.5 | Dinner meeting with Jay M. Sakalo, Scott L. Baena and Greg Boyer. |
| 08/25/04 | 1.5 | Breakfast meeting with Scott L. Baena, Jay M. Sakalo, Greg Boyer, D. Speights and Martin Dies prior to briefing from Grace attorneys. |
| | 4.0 | Briefing by David Bernick of K&E on proposed Grace plan of reorganization. |
| 08/26/04 | 2.9 | Analyze Grace 10K prior to meeting with Blackstone group. |
| TOTAL: | 17.7 | Claims Analysis and Valuations |

and estimate of creditor, in anticipation of Grace
proposed Plan of Reorganization meeting.
Case 01-01139-AMC    Doc 7231-4    Filed 12/20/04    Page 9 of 13

AUGUST 2004, TIME LOG OF JAMES E. HASS (JEH);

DATE        TIME    TASK

                    Claims Analysis and Valuations

08/10/04    2.2    Analysis of CDG estimate of Grace Enterprise value

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20041015

October 15, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co. et al. For the month of September,
2004.

**FEES**

James E. Hass
1.0 hours @ $ 500 per hour                    $ 500.00

Summary of billed hours for service
rendered in connection
with the Property Damage Claimants (W. R.
Grace).
For the month of September,  2004 .

| | James E. Hass | |
|---|---|---|
| 09/01/2004 | | |
| 09/02/2004 | | |
| 09/03/2004 | | |
| 09/04/2004 | | |
| 09/05/2004 | | |
| 09/06/2004 | | |
| 09/07/2004 | | |
| 09/08/2004 | | |
| 09/09/2004 | | |
| 09/10/2004 | | |
| 09/11/2004 | | |
| 09/12/2004 | | |
| 09/13/2004 | | |
| 09/14/2004 | | |
| 09/15/2004 | | |
| 09/16/2004 | 0.50 | |
| 09/17/2004 | | |
| 09/18/2004 | | |
| 09/19/2004 | | |
| 09/20/2004 | | |
| 09/21/2004 | | |
| 09/22/2004 | | |
| 09/23/2004 | | |
| 09/24/2004 | | |
| 09/25/2004 | | |
| 09/26/2004 | | |
| 09/27/2004 | | |
| 09/28/2004 | | |
| 09/30/2004 | | |
| 09/30/2004 | 0.50 | Total Hours |
| Hours | 1.00 | 1.00 |
| Rate | $500 | Total Fees |
| | $500.00 | $500.00 |

SEPTEMBER, 2004 TIME LOG OF JAMES E. HASS (JEH);

DATE        TIME    TASK

                    Case Administration

09/16/04    0.5     Weekly conference call.

9/30/04     0.5     Weekly conference call.

Sub-Total:  1.0     Case Administration

TOTAL:      1.0