IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:   W.R. GRACE & CO, ET AL. | In Proceedings for a Reorganization under Chapter 11 |
| | Case No.   01-01139-JKF |
| Debtors. _____ ) | |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Andrew A. O'Brien, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the O'Brien Law Firm, P.C., 21 North Broadway Street, Suite 1500, St. Louis, MO 63102.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The O'Brien Law Firm, P.C. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a Power of Attorney authorizing O'Brien Law Firm, P.C. to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Andrew A. O'Brien, O'Brien Law Firm, 211 North Broadway Street, Suite 1500, St. Louis, MO 63102.

6. The Creditors hold claims in varying amounts for monetary damages due to asbestos personal injury claims and asbestos-related wrongful death claims. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The O'Brien Law Firm, P.C. does not hold any claims against or interest in the Debtor.

8. The O'Brien Law Firm, P.C. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
Andrew A. O'Brien

Sworn to before me this 15th day of December, 2004.

_____
Notary Public

```
" NOTARY SEAL "
Tracie D. Girth, Notary Public
St. Louis City, State of Missouri
My Commission Expires 3/24/2007
```