## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO. et al., ) | Case No: 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER GRANTING
## ADMISSION PRO HAC VICE

Thomas G. Macauley, a member of the Bar of this Court, pursuant to District Court Local Rule 83.5, hereby moves the admission pro hac vice of Mary K. Warren and Brenda D. DiLuigi to represent Certain Underwriters at Lloyd's, London and Certain London Market Companies in these chapter 11 cases.

Mary K. Warren is admitted, practicing and in good standing in the Bar of the State of New York and the United States District Court for the Eastern District of New York.

Brenda D. DiLuigi is admitted, practicing and in good standing in the Bar of the State of New York and the United States District Court for the Eastern District of New York.

Dated: Wilmington, Delaware
December 13, 2004

Thomas G. Macauley (ID No. 3411)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

The undersigned Admittees certify that they are eligible for admission pro hac vice to this Court, are admitted to practice and in good standing in the jurisdictions set forth above, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in connection with these chapter 11 cases, and have acquired or have access to a copy of the Local Rules of this Court and are generally familiar with such Rules.

*/s/ Mary K. Warren*

Mary K. Warren
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105
(212) 424 9000

*/s/ Brenda D. DiLuigi*

Brenda D. DiLuigi
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105
(212) 424 9000

Motion granted.

Dated: December 14, 2004

*/s/ Judith K. Fitzgerald* reb

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge