IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

IN RE:

W.R. Grace & Co., et al.,

Debtor.

x

)

,

x

In Proceedings for a
Reorganization under
Chapter 11

Case No. 01-1139-JKF

## VERIFIED STATEMENT OF SIEBEN, POLK, LaVERDIERE & DUSICH, P.A. IN CONNECTION WITH THE REPRESENATION OF CREDITORS AS REQUIRED BY FEDERAL RULE OF BANKRUPTCY 2019

Richard A. LaVerdiere, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Law Firm of Sieben, Polk, LaVerdiere & Dusich, P.A., 999 Westview Drive, Hastings, Minnesota 55033.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and this Court's Order of October 22, 2004.

3. Attached electronically as ordered by the Court is Exhibit A, which is a blank copy of the Power of Attorney form, executed by each creditor referenced on Exhibit B which empowers the Law Firm to act on their behalf in this case.

4. Attached electronically as ordered by the Court is Exhibit B, which is an Excel spreadsheet, prepared by the Law Firm summarizing the claimants' data as ordered by the Court.

5. The Law Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur, as ordered by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

Respectfully Submitted:

_____
Richard A. LaVerdiere
Sieben, Polk, LaVerdiere & Dusich, P.A
999 Westview Drive
Hastings, MN 55033
Phone: (651) 437-3148

2