08/22/02 14:47 ☎12198362955 KEITH WOLAK ☒002/005

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Re: Docket No. 2111 |
| Debtors. | ) | (Jointly Administered) |

## STIPULATION AND AGREED ORDER RESOLVING THE MOTION OF BMW CONSTRUCTORS, INC.

THIS STIPULATION AND AGREED ORDER is before the Bankruptcy Court on the stipulation and agreement of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and BMW Constructors, Inc. ("BMW"), as evidenced and indicated by the signatures hereto; and the Bankruptcy Court being advised that this Stipulation and Agreed Order has been submitted in resolution of that certain Motion of BMW for Entry of an Order under Section 362 of the Bankruptcy Code Granting Relief from the Automatic Stay (the "Motion"); and the Bankruptcy Court being further advised of the following:

A. On April 2, 2001, the Debtors filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and are continuing in

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the management of their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code; and

B.  On or about May 29, 2001, BMW filed a Notice of Intention to Hold Mechanic's Lien with respect to three (3) unpaid invoices, numbers 55539, 56691 and 56977, in an aggregate amount of $90,022.17 for work performed on the Debtors' East Chicago, Indiana plant (the "Property"); and

C.  On or about May 28, 2002, BMW filed the Motion requesting that the Court grant relief from stay so that BMW could maintain and enforce its mechanic's lien as described in the Motion (the "Mechanic's Lien") and to allow BMW to foreclose on the Debtors' interest in the Property;

NOW, THEREFORE, IT APPEARING THAT SUFFICIENT CAUSE EXISTS FOR GRANTING THE RELIEF REQUESTED HEREIN AND THAT THE RELIEF REQUESTED HEREIN IS IN THE BEST INTERESTS OF THE DEBTORS' ESTATES AND CREDITORS, IT IS HEREBY ORDERED AS FOLLOWS:

1.  The foregoing recitals are hereby fully incorporated into and made an express part of this Stipulation and Agreed Order.

2.  Notwithstanding the continued effect of the automatic stay, as of the date of entry of this Stipulation and Agreed Order, BMW shall be allowed a secured claim in the amount of $90,022.17, subject only to BMW filing a proof of claim in such amount.

3.  Notwithstanding the allowance of the secured claim, and notwithstanding any right BMW may be granted under applicable law to enforce the Mechanic's Lien, during the pendency of the Debtors' chapter 11 cases BMW shall not be permitted to foreclose on the Property on the basis of the Mechanic's Lien.

4. BMW's secured claim shall be treated in the same manner as other similarly situated secured creditors under a confirmed plan of reorganization for the Debtors.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Stipulation and Agreed Order.

6. This Stipulation and Agreed Order may be executed in any number of counterparts by the parties on different counterpart signature pages, all of which taken together shall constitute one and the same agreement. Any of the parties hereto may execute this Stipulation and Agreed Order by signing any such counterpart and each of such counterparts shall for all purposes be deemed to be an original.

08/22/02   14:48   ☎12198362955         KEITH WOLAK                         ☒005/005

Dated: Wilmington, Delaware
     8/26, 2002

*[signature]*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

W. R. GRACE & CO.-CONN.

*[signature]*
By: David W. Carickhoff, Jr.

Its: Attorney
Dated: August 26, 2002

BMW CONSTRUCTORS, INC.

*[signature]*
By: Jim Davis
Its: Secretary

Dated: August 22, 2002

-4-

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | | GRACE NON-ASBESTOS PROOF OF CLAIM FORM |
|---|---|---|
| Name of Debtor:[1] W. R. Grace & Co. - Conn | Case Number 01-01139 | |

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

| Name of Creditor (The person or other entity to whom the Debtor owes money or property): BMW Constructors, Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and address where notices should be sent: BMW Constructors, Inc. 1740 W. Michigan St., Indianapolis, IN 46222 Attn: Kevin Kohart | | |
| Account or other number by which creditor identifies Debtor: W. R. Grace | Check here ☐ replaces <br> if this claim ☒ amends a previously filed claim, dated N 1380-07-15-2002 | |

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
W. R. Grace & Co. - Conn

1. Basis for Claim
   ☐ Goods sold
   ☒ Services performed
   ☐ Environmental liability
   ☐ Money loaned
   ☐ Non-asbestos personal injury/wrongful death
   ☐ Taxes
   ☐ Other_____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS #:_____
   Unpaid compensation for services performed
   from ~~12/31/2000~~ to ~~03/31/2001~~ (date)

2. Date debt was incurred: 01/01/01 - 03/31/01
3. If court judgment, date obtained:
4. Total Amount of Claim at Time Case Filed: $ 90,022.17 plus interest

   If all or part of your claim is secured or entitled to priority, also complete Item 5 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Classification of Claim. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

   ☒ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff.)
   Brief Description of Collateral:
   ☒ Real Estate    ☐ Other (Describe briefly)
   ____
   Amount of arrearage and other charges at time case filed included in secured claim above, if any: $____
   Attach evidence of perfection of security interest.    See Attached
   ☐ UNSECURED NONPRIORITY CLAIM
   A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

   ☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.
   ☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.    This Space is for Court Use Only

7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Acknowledgement: Upon receipt and processing of this Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self addressed envelope and copy of this proof of claim form.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any). |
|---|---|
| 3-10-03 | [signature] Kevin Kohart, General Counsel for BMW Constructor |

See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and "other names" used by the Debtors.

10/03/02  09:56  ☎12198362955      KEITH WOLAK                    ☒003/006

Received 10/02/2002 11:12AM in 01:56 on line [0] for ADMINISTRATOR * Pg 2/5
Oct 02 02 11:29a                                                          p.3

09/22/02  14:47  ☎12198362955      KEITH WOLAK                    ☒002/005

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Re: Docket No. 2111 |
| Debtors. | ) | (Jointly Administered) |

## STIPULATION AND AGREED ORDER RESOLVING THE MOTION OF BMW CONSTRUCTORS, INC.

THIS STIPULATION AND AGREED ORDER is before the Bankruptcy Court on the stipulation and agreement of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and BMW Constructors, Inc. ("BMW"), as evidenced and indicated by the signatures hereto; and the Bankruptcy Court being advised that this Stipulation and Agreed Order has been submitted in resolution of that certain Motion of BMW for Entry of an Order under Section 362 of the Bankruptcy Code Granting Relief from the Automatic Stay (the "Motion"); and the Bankruptcy Court being further advised of the following:

A.  On April 2, 2001, the Debtors filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and are continuing in

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.) Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.) Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

10/03/02   09:57   ☎12198362955           KEITH WOLAK                    ☒004/006

Oct 02 02 11:29a    Received 10/02/2002 11:17AM in 01:56 on line [0] for ADMINISTRATOR * Pg 4/6                                p.4

08/22/02   14:47   ☎12198362955           KEITH WOLAK                    ☒003/005

the management of their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code; and

B.  On or about May 29, 2001, BMW filed a Notice of Intention to Hold Mechanic's Lien with respect to three (3) unpaid invoices, numbers 55539, 55691 and 56977, in an aggregate amount of $90,022.17 for work performed on the Debtors' East Chicago, Indiana plant (the "Property"); and

C.  On or about May 28, 2002, BMW filed the Motion requesting that the Court grant relief from stay so that BMW could maintain and enforce its mechanic's lien as described in the Motion (the "Mechanic's Lien") and to allow BMW to foreclose on the Debtors' interest in the Property;

NOW, THEREFORE, IT APPEARING THAT SUFFICIENT CAUSE EXISTS FOR GRANTING THE RELIEF REQUESTED HEREIN AND THAT THE RELIEF REQUESTED HEREIN IS IN THE BEST INTERESTS OF THE DEBTORS' ESTATES AND CREDITORS, IT IS HEREBY ORDERED AS FOLLOWS:

1.  The foregoing recitals are hereby fully incorporated into and made an express part of this Stipulation and Agreed Order;

2.  Notwithstanding the continued effect of the automatic stay, as of the date of entry of this Stipulation and Agreed Order, BMW shall be allowed a secured claim in the amount of $90,022.17, subject only to BMW filing a proof of claim in such amount.

3.  Notwithstanding the allowance of the secured claim, and notwithstanding any right BMW may be granted under applicable law to enforce the Mechanic's Lien, during the pendency of the Debtors' chapter 11 cases BMW shall not be permitted to foreclose on the Property on the basis of the Mechanic's Lien.

-2-

10/03/02  09:57  ☎12198362955        KEITH WOLAK                    ⌐005/006

Received 10/13/2002 11:12AM in 01:55 on line [0] for ADMINISTRATOR * Pg 5/6
Oct 02 02 11:29a                                                                    p.5

05/22/02  14:43  ☎12198392955        KEITH WOLAK                    ⌐004/005

4.  BMW's secured claim shall be treated in the same manner as other similarly situated secured creditors under a confirmed plan of reorganization for the Debtors.

5.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Stipulation and Agreed Order.

6.  This Stipulation and Agreed Order may be executed in any number of counterparts by the parties on different counterpart signature pages, all of which taken together shall constitute one and the same agreement. Any of the parties hereto may execute this Stipulation and Agreed Order by signing any such counterpart and each of such counterparts shall for all purposes be deemed to be an original.

-3-

10/03/02   09:57   ☎12198362955        KEITH WOLAK                              ☒006/006

Received 10/02/2002 11:12AM in 01:06 on line [1] for ADMINISTRATOR * Pg 6/6
Oct 02 02 11:29a                                                                  p.6

---

08/22/02   14:45   ☎12198382855        KEITH WOLAK                              ☒005/005

Dated: Wilmington, Delaware
_____8/26_____, 2002

_____(signature)_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

W. R. GRACE & CO.-CONN.

_____(signature)_____
By: David W. Carickhoff, Jr.

Its Attorney
Dated: August 26, 2002

BMW CONSTRUCTORS, INC.

_____(signature)_____
By: Jim Davis
Its: Secretary

Dated: August 22, 2002

-4-