# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**IN RE:**
**W. R. GRACE & CO., ET AL**                    BANKRUPTCY NO. 01-01139-JKF
**DEBTOR(S)**                                                    CHAPTER 11

## VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 OF JOHN M. DEAKLE, ESQ., ASBESTOS PROCESSING, LLC.

COMES NOW John M. Deakle, Esq. (Asbestos Processing, LLC, 500 Central Avenue, Laurel, Mississippi 39440), one of the attorneys for claimants with asbestos personal injury claims, and hereby serves this Verified Statement Pursuant to Fed.R.Bankr.P. 2019 upon the U.S. Bankruptcy Court Clerk for the District of Delaware; Frank J. Perch III, Office of the United States Trustee; and other Counsel listed on Exhibit "A".

JOHN M. DEAKLE, certifies as follows:

1. I am an attorney at law, and counsel for Asbestos Processing, LLC.

2. I am admitted to practice before the State Courts of Mississippi, and have been retained as counsel for various creditors ("asbestos claimants") of W. R. Grace & Co. and/or its predecessors, subsidiaries and other related entitites.

3. The address of each creditor or asbestos claimant, solely for the purposes herein, is c/o John M. Deakle, Esq., Asbestos Processing, LLC, 500 Central Avenue, Laurel, Mississippi 39440.

4. The creditors hold various claims in varying amounts. Pursuant to Order of the Court, all of the relevant information identifying the Creditors ("asbestos claimants") and the exhibits containing the information required to be filed, are being submitted on compact disk ("CD") to the Clerk of the Court who will make this information available to authorized parties.

5. John M. Deakle, Esq., Asbestos Processing, LLC does not hold any claims against or interest in the Debtors.

6. Should any material changes in the facts contained in this Verified Statement and/or its exhibits occur, John M. Deakle, Esq., Asbestos Processing, LLC, shall file supplemental statements setting forth such material changes.

DATED: 12-13-04

ASBESTOS PROCESSING, LLC.

By: John M. Deakle, Esq.
500 Central Avenue
Laurel, MS 39440
601-649-4679

SWORN TO BEFORE ME THIS 13th DAY OF December, 2004.

NOTARY PUBLIC

COMMISSION EXPIRES: NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Apr 2, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of Verified Statement Pursuant to Fed.R.Bankr.P. 2019 was this day forwarded, via Campbell & Levine to the U.S. Bankruptcy Court Clerk for the District of Delaware; Frank J. Perch III, Office of the United States Trustee:

and mailed postage prepaid to other Counsel on Exhibit "A" this the 15 day of December, 2004.

COUNSEL

**W.R. GRACE & CO.
SERVICE LIST**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801