**ERIC B. ABRAMSON (P60949)**
**(Appearing Pro Hac Vice)**
280 N. Old Woodward Avenue
Suite 406
Birmingham, MI 48009
(248) 647-6966

Counsel for Claimants Represented by
**MICHAEL B. SERLING, P.C.**

_____

In re:

W.R. GRACE & CO, et al

    Debtors

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Proceedings for a Reorganization
Under Chapter 11

Case No. 01 1139 JKF

**VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019
FILED BY MICHAEL B. SERLING, P.C.  EXHIBITS HAVE NOT BEEN
SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN
<u>COURT ORDER AUTHORIZING ACCESS.</u>**

ERIC ABRAMSON, being first duly sworn, hereby deposes and states as follows:

1.      That I am an attorney duly licensed to practice law in the State of

Michigan.

2.      That I am an attorney with the law firm of Michael B. Serling, P.C., with

offices at 280 N. Old Woodward Avenue, Suite 406, Birmingham, Michigan 48009.

3.      This Verified Statement is filed in accordance with Rule 2019 of the

Federal Rules of Bankruptcy Procedure.

4.      The law firm of Michael B. Serling, P.C. has been retained as counsel for

numerous asbestos creditors, hereinafter referred to as ("Creditors").  The names,

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
————
(248) 647-6966

addresses, diagnosis, retainer date and amount of claim for each Creditor is outlined on

Exhibit II attached hereto.

     5.     The Creditors hold claims in varying amounts for monetary damages due

to personal injury incurred when the Debtor installed, used and/or worked with asbestos

or asbestos-containing products.

     6.     I certify under penalty of perjury that Michael B. Serling, P.C. has a

signed Representative Agreement and Power of Attorney by each Creditor named on

Exhibit II.

     7.     Attached hereto as Exhibit 1 is a blank copy of Michael B. Serling, P.C.'s

Power of Attorney for each Creditor named on Exhibit II.

     8.     Attached hereto as Exhibit III is a blank copy of Michael B. Serling,

P.C.'s Representative Agreement for each Creditor named on Exhibit II.

     9.     Michael B. Serling, P.C. does not hold any claims against or interest in the

Debtor.

     10.     Michael B. Serling, P.C. will file an amended and supplemental statement

setting forth any material changes in the facts contained in this Verified Statement should

any changes occur.

ERIC B. ABRAMSON (P60949)
Michael B. Serling, P.C.
Attorney for Asbestos Claimants
280 N. Old Woodward Avenue, Suite 406
Birmingham, MI 48009
(248) 647-6966   FAX (248) 649-9630

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI 48009
———
(248) 647-6966

Dated: December 15, 2004

**ERIC B. ABRAMSON (P60949)**
**(Appearing Pro Hac Vice)**
280 N. Old Woodward Avenue
Suite 406
Birmingham, MI 48009
(248) 647-6966

Counsel for Claimants Represented by
**MICHAEL B. SERLING, P.C.**

_____

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE |
| W.R. GRACE & CO, et al | In Proceedings for a Reorganization Under Chapter 11 |
|     Debtors | Case No. 01 1139 JKF |

_____

## PROOF OF SERVICE

    Eric B. Abramson, first being duly sworn, deposes and says that he is currently employed at the office of Michael B. Serling, P.C., and on the 16th day of December, 2004, he served a copy of Plaintiffs' 2019 Statement along with Exhibits 1, 2 and 3, by placing same in sealed, properly addressed envelopes and mailing same via Federal Express Overnight Delivery to the U.S. Trustee for the Debtor named above, the Debtor named above and its counsel to the addresses listed in the attached Master Service List for the above named Debtor, as required by the Court Order in the above-captioned matter.

_____
Eric B. Abramson

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 N. OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MI  48009
————
(248) 647-6966