IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
W.R. Grace & Co.,                                   :        01-1139 (JKF)
                                                    :
                    Debtors.                        :        (Jointly Administered)
---------------------------------------------------------x

**VERIFIED STATEMENT OF MONZACK AND MONACO, P.A. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SETTING FORTH REPRESENTATION OF PARTIES IN INTEREST**

Monzack and Monaco, P.A. ("M&M") in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), files this statement in connection with M&M's representation of six parties in-interest in the above-captioned case of the debtor and debtors-in-possession (the "Debtor"), and respectfully states the following:

1. M&M represents the following six individual clients (the "Clients") in the above-captioned bankruptcy case:

    a. City of Cambridge;

    b. Dillingham-Manson Joint Venture;

    c. GE Capital;

    d. Marshalls of MA, Inc

    e. State of Montana; and

    f. Keri Evans, et al.

2. As required by the terms of the Amendatory Order, the information required to be disclosed herein by Rule 2019, has been submitted to the Clerk of the Court on a compact disc.

Document #: 37907

The undersigned certifies that the information contained herein and contained on the compact disc supplied to the Court is true and correct to the best of his knowledge.

Dated: December 20, 2004

MONZACK AND MONACO, P.A.

*[signature]*

Francis A. Monaco, Jr. (#2078)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801