IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED
BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

ROBERT E. SHUTTLESWORTH, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Williams Bailey Law Firm, L.L.P. ("Williams Bailey") with offices at 8441 Gulf Freeway, Ste. 600, Houston, Texas 77017.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Williams Bailey with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has employed Williams Bailey under an employment contract with Williams Bailey. A blank but unredacted exemplar of Williams Bailey's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by Williams Bailey one exemplar of each such agreement

or instrument is included in Exhibit B, and labeled B-1, B-2, etc, if needed. For each Asbestos Creditor represented by Williams Bailey and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 17th, 2004

Respectfully submitted,

ROBERT E. SHUTTLESWORTH
Texas Bar No. 24033184
Southern District of Texas Bar No. 29957
8441 Gulf Freeway, Ste. 600
Houston, TX   77017-5001
Telephone:   (713) 230-2200
Facsimile:   (713) 643-6226


**State of Texas**    §
                      §
**County of Harris**  §

On this the 17th day of December, 2004, before me, the undersigned officer, personally appeared ROBERT E. SHUTTLESWORTH, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public
THERESA O'SULLIVAN
Notary's name printed

(Seal)

THERESA M. O'SULLIVAN
Notary Public, State of Texas
My Commission Expires
February 06, 2008

Commission expires: 2/6/08