# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY BUCHANAN INGERSOLL PC

Pursuant to Rule 2019 of the *Federal Rules of Bankruptcy Procedure*, and the Court's Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 ("Order"), Buchanan Ingersoll PC makes the following disclosure ("2019 Statement") as counsel for multiple parties in interest:

1. I, William D. Sullivan, an attorney at law and a shareholder in the firm of Buchanan Ingersoll PC ("BIPC"), am a member in good standing admitted to practice in the State of Delaware and the United States District Court for the District of Delaware, and make this verified statement, pursuant to the Order, on behalf of BIPC.

2. BIPC either in the past or currently represents the following creditor parties in the W.R. Grace & Co., et al., bankruptcy (hereinafter "W.R. Grace"):

| Zonolite Attic Insulation Claimants | c/o Edward J. Westbrook, Esquire<br>RICHARDSON PATRICK WESTBROOK & BRICKMAN<br>174 East Bay Street<br>Charleston, SC 29401<br>Telephone: (843) 727-6513<br>FAX: (843) 727-6688 |
|---|---|

1

| Hearthside Residential Corporation and Signal Landmark, its affiliate | c/o Allan H. Ickowitz, Esquire<br>Nossaman, Nuthner, Knox & Elliot, LLP<br>445 S. Figueroa St., 31st Floor<br>Los Angeles, CA 90071 |
|---|---|
| Oldcastle APG Northeast, Inc., d/b/a Foster-Southeastern | c/o Charles Callahan, Esquire<br>Connerton, Wood & Callahan<br>150 Federal Street, 12th Floor<br>Boston, MA 02110 |
| Gamma Holding NV | c/o Mr. Johannes Gerardus Marie van Ooijen<br>Hoogeindsestraat 47<br>5705 AL Helmond<br>The Netherlands<br>Telephone: +31 492 570933 |

3. The following exhibits are not attached and have not been electronically filed, but have been submitted to the Clerk of the Court on compact disk and may be accessed by parties who obtain Court order authorizing access.

(a) An actual but blank Notice of Appearance and Request for Service of Notices and other Documents confirming that BIPC is entitled to act on behalf of the creditors identified above;

(b) An actual but blank Retention Letter used to confirm the retention of BIPC by each of the parties identified above, which letters have been signed by the parties identified above or their outside counsel;

(c) An excel spreadsheet in electronic format containing the required data, including but not limited to: (a) the name and address of each Creditor, (b) a reserved column and (c) the form of agreement empowering BIPC to act of behalf of each Creditor, except that the identification of each claimant who is a member of the group of ZAI Claimants is set forth on the 2019 Statement and exhibits filed by Richardson Patrick Westbrook & Brickman, lead

Counsel to the ZAI Claimants (D.I. 7228). The foregoing spreadsheet is referred to as Exhibit "B".

4. BIPC is being reimbursed by the Debtors' estate with respect to its representation of the Zonolite Attic Insulation Claimants ("ZAI Claimants"), as Delaware counsel to the ZAI Claimants. BIPC is being compensated on an hourly basis by each of the other creditors identified above.

5. BIPC does not presently own, nor has it previously owned, any claims or interests against the Debtors.

6. Contemporaneous with the filing of the 2019 Statement, BIPC has served a Notice of Filing upon all parties on the Official Service List, as required by the Order.

7. A verification of the above representations and the exhibits is attached hereto and incorporated herein by reference.

Dated: December 20, 2004
Wilmington, Delaware

BUCHANAN INGERSOLL PC
William D. Sullivan (No. 2820)
1007 N. Orange St., Suite 1110
Wilmington, Delaware 19801
Phone: (302) 428-5500
Fax: (302) 428-3996

### VERIFICATION

I, William D. Sullivan, declare under penalty of perjury that I have read the foregoing statement and the exhibits thereto and that it is true and correct to the best of my knowledge, information and belief.

*[signature]*
William D. Sullivan