## CERTIFICATE OF SERVICE

       I, Daniel B. Butz, certify that on December 20, 2004, I caused copies of the **LIMITED OBJECTION OF FRESENIUS MEDICAL CARE HOLDINGS, INC. AND NATIONAL MEDIAL CARE, INC. TO DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE** to be to be served in the manner indicated upon the individuals identified on the attached service list.

Date:  December 20, 2004  
       Wilmington, Delaware

                                               */s/ Daniel B. Butz*  
                                               Daniel B. Butz, Esquire (#4227)

442791