# SERVICE LIST

<u>**HAND-DELIVERD**</u>

Francis J. Murphy, Esq.
Murphy Spadaro & Landon
824 N. Market Street
Wilmington, DE  19801

William D. Sullivan, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange St., 11th Flr.
Wilmington, DE  19801

Megan N. Harper, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE  19801

James S. Yoder, Esq.
White and Williams
814 Market Street, Ste. 902
Wilmington, DE  19801

Francis A. Monaco, Jr., Esq.
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE  19801

Bernard George Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street, Ste. 1300
Wilmington, DE  19801

Kevin Gross, Esq.
Rosenthal, Monhait,
  Gross & Goddess, P.A.
919 Market Street, Ste. 1401
Mellon Bank Center
Wilmington, DE  19899-1070

Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE  19801

Sherry Ruggiero Fallon, Esq.
Tybout, Redfearn & Pell
300 Delaware Avenue, Ste. 1100
Wilmington, DE  19801

Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue
Suite 800
Wilmington, DE  19801

Todd C. Schiltz, Esq.
Wolf, Block, Schorr and
  Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market St., Ste. 1001
Wilmington, DE  19801

Mark Jeffrey Phillips, Esq.
Jeffrey C. Wisler, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE  19801

Vito I. DiMaio
Parcels, Inc.
10th & King Streets
Wilmington, DE  19801

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

Kathleen Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE  19801

David E. Wilks, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street
11th Floor
Wilmington, DE  19801

William E. Chipman, Jr., Esq.
Scott D. Cousins, Esq.
Greenberg Traurig, LLP
1000 West Street
Suite 1540
Wilmington, DE  19801

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey,
  Branzburg & Ellers LLP
919 Market Street, Ste. 1000
Wilmington, DE  19801

Century Indemnity Company
Curtis J. Crowther, Esq.
White and Williams LLP
824 N. Market Street, Ste. 902
Wilmington, DE  19801

Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Elio Battista, Jr., Esquire
Blank Rome LLP
1201 N. Market Street, Ste. 800
Wilmington, DE  19801-4226

DebtorsLaura Davis Jones, Esquire
Pachulski, Stang, Ziehl,
   Young, Jones & Weintraub
919 N. Market Street, 16th Flr.
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

John D. Demmy, Esquire
Stevens & Lee
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

First Union Leasing
Thomas G. Whalen, Esq.
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

Mary M. Maloney-Huss, Esq.
Wolf, Block, Schorr and
Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE  19801

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
1201 N. Orange Street
Suite 1001
Wilmington, DE  19801

L.A. Unified School District
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street
Suite 1800
Wilmington, DE  19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE  19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

Official Committee of Equity Holders
Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorlinig
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE  19801

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street
#301
Wilmington, DE  19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
Wilmington, DE  19801

Official Comm. of Unsecured Creditors
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801

Wachovia Bank National Association
Thomas D. Walsh, Esq.
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899


**VIA FIRST CLASS MAIL**

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll,
Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Denise A. Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Fl.
Philadelphia, PA  19017-3603

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Blvd.,Suite 400
Arlington, VA  22209

Securities & Exchange Commission
Atlanta Regional Office Branch/
Reorganization
3475 Lenox Road, N.E., Ste. 1000
Atlanta, GA  30326-1232

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Nicholas J. LePore, III, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Suite 3600
Philadelphia, PA  19103

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Ralph R. Mabey, Esq.
Penord W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT  84101

Sander L. Esserman
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Dallas, TX  75201-2689

Scotta Edelen McFarland, Esq.
Pachulski Stang Ziehl
  Young and Jones, P.C.
10100 Santa Monica Blvd., 11th Flr.
Los Angeles, CA  90067

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

David S. Heller, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Cathy Flowers
Xerox Capital Services, LLC
800 Carillon Parkway
St. Petersburg, FL  33716-9876

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 13th Fl.
Los Angeles, CA  90071

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

Patrick L. Hughes, Esquire
12202 Midland Walk
Suite 4300
Austin, TX  78727

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110-2624

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Cynthia C. Hemme, Esq.
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

Charles E. Gibson, III
Attorney at Law
620 North Street
Suite 100
Jackson, MI  39202

Julien A. Hecht, Esq.
DAP Products, Inc.
2400 Boston Street, Suite 200
Baltimore, MD  21224

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

Jan M. Hayden
Heller, Draper, Hayden,
  Patrick & Horn, LLC
650 Poydras Street, Ste. 2500
New Orleans, LA  70130-6103

John W. Havins, Esq.
Burt Barr Havins & O'Dea, LLP
1001 McKinney, Suite 500
Houston, TX  77002

Bart Hartman
Treasurer - Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway
Room 162
San Diego, CA  92101

Gina Baker Hantel, Esq.
Attorney General's Office
Bankruptcy Division
State of Tennessee
425 5th Ave North, Fl. 2
Nashville, TN  37243

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TK  77630

David K. Foust, Esq.
3030 W. Grand Boulevard
10th Floor - Suite 200
Detroit, MI  48202

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

Joseph D. Farrell, Esq.
Edward H. Tillinghast, III, Esq.
Coudert Brothers
1114 Avenue of the Americas
New York, NY  10036

David Aelvoet, Esq.
Linebarger Goggan Blair Graham
  Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

Steven J. Kherkher, Esq.
Williams Bailey Law Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX  77017

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA  30303

Steven B. Flancher, Esq.
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansin, MI  48992

Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Alisa Minsch
Contrarian Capital Management, LLC
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan,
   Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Shelby A. Jordan, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Boulevard
Suite 900
Corpus Christi, TX  78471

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL  33316-1186

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palto Alto, CA  94304-1125

M. Diane Jasinski, Esq.
Michael D. Hess
Corporation Counsel of the
City of New York
100 Church Street, Rm 6-127
New York, NY  10007

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Anne Marie P. Kelley, Esq.
Dilworth Paxson, LLP
LibertyView - Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Michelle T. Sutter
State Library of Ohio
Revenue Recovery
101 E. Town Street, 2nd Fl.
Columbus, OH  43215

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

Gary L. Barnhart
Missouri Dept. of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105-0475

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, TX  78520

Deborah L. Thorne, Esq.
FabelHaber LLC
55 East Monroe Street, 40th Fl.
Chicago, IL  60603

Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue
5th Floor
Dallas, TX  75204

Dorine Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

Lawrence H. Sverdrup, P.C.
503 California Avenue
Libby, MT  59923

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

Arthur Stein, Esq.
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Ave., Ste. 225
Greenwich, CT  06830

Christopher L. Beard, Esq.
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

Gary and Alice Smolker
4720 Lincoln Boulevard
Suite 280
Marina del Rey, CA  90292-6977

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Jonathan D. Berger, Esq.
Russell Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19013-6365

James A. Sylvester, Esqurie
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Pamela Zilly
The Blackstone Group
345 Park Avenue
New York, NY  10154

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Blvd, MS 35
Tallahassee, FL  32399-3000

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

Debt Acquisition Co of America V LLC
2120 W. Washington Street
San Diego, CA  92110-2052

Credit Manager
Belz Enterprises
100 Peabody Place
Suite 1400
Memphis, TN  38103

Anton Volovsek
Rt 2 - Box 200 #42
Kamiah, ID  83536-9229

Internal Reenue Service
Attn:  Insolvency
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL  60606-1229

W.J. Winterstein, Jr., Esquire
Eleven Penn Center
29th Floor
1835 Market Street
Philadelphia, PA  19103

Ted Weschler
Peninsula Capital Advisors, LLC
404B East Main Street
Second Floor
Charlottesville, VA  22902

Thomas V. Askounis, Esq.
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

E. Katherine Wells, Esq.
SC Dept. of Health and
  Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

Paul M. Baisier, Esq.
Seyfarth Shaw
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH  43015

Judith Greenspan, Esq.
The Amalgamated Industries and
  Service Workers Benefit Fund
730 Broadway, 10th Floor
New York, NY  10003-9511

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Craig A. Slater, Esq.
Harter, Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY  14202

Robert Cimino, Esq.
Suffolk County Attorney
Attn: Diane Leonardo Beckmann
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

John Preefer, Esq.
John Preefer
60 East 42nd Street, Suite 1201
New York, NY  10165

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Michael H. Pinkerson, Esq.
James M. Garner, Esq.
Sher Garner Cahill Richter Klein
  McAlister & Hilbert, LLC
909 Poydras Street, Suite 2800
New Orleans, LA  70112

Michael A. Berman, Esq.
Securities & Exchange Commission
450 Fifth Street, N.W.
Mail Stop 6-6
Washington, DC  20549

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Sr.
Assistant County Solicitor
Howard County Office of Law
George Howard Building
3450 Courthouse Drive
Ellicott City, MD  21043

Margery N. Reed, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

Mr. Gerard G. Pecht
Fulbright & Jaworski LLP
1301 McKinney
Suite 5100
Houston, TX  77010-3095

Brian Parker
36 South Charles Street
Suite 2200
Baltimore, MD  21201

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

Maggie De La Rosa
Provost & Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX  77701

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

John M. Klamann
Klamann & Hubbard
7101 College Blvd.
Suite 120
Overland Park, KS  66210

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Fl.
Memphis, TN  38103

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

Maurie Shalome
Longacre Master Fund Ltd.
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

Charles E. Boulbol, Esquire
26 Broadway
17th Floor
New York, NY  10004

Steven R. Bourne, Esq.
Nutter, McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA  02210-2604

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thrteenth Street, N.W.
Washington, DC  20004-1109

Davis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building, Suite 400
6801 Kenilworth Avenue
Riverdale, MD  20737-1385

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Washington, DC  20005-4026

Julie Bubnack
DACA V, LLC
2120 W. Washington Street
San Diego, CA  92110

Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
P.O. Box 8705
Dallas, TX  75219

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465

Scott Barker, Credit Manager
Phelps Dodge Corp.
One North Central Avenue
Phoenix, AZ  85004

Christopher R. Momjian
Senior Deputy Attonrey General
ID No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Fl.
Philadelphia, PA  19107-3603

Aldine Independent School District
Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, LLP
Parcippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

Julie A. Ardoin, Esq.
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA  70112

Anderson Memorial Hospital
Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924

Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Four Penn Center, Suite 900
Philadelphia, PA  19103

Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

Asbestos Claimants
Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Lori Gruver Robertson, Esq.
Linebarger Goggan Blair Graham
  Pena & Sampson, LLP
1949 South I.H. 35
Austin, TX  78741

C. Randall Bupp, Esq.
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Safael, CA  94903

Burlington Northern/Santa Fe Railway
Theresa L. Wasser, Esq.
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

Century Indemnity Company
Leonard P. Goldberger, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX  75201

Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

Charlotte Transit Center, Inc.Amy
Pritchard-Williams, Esq.
Margaret R. Westbrook, Esq.
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Fl.
214 N. Tryon Street
Charlotte, NC  28202

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

S. Jay Novatney
Cital Investment Group, L.L.C.
131 South Dearborn Street, 36th Fl.
Chicago, IL  60603

Clients of Robles law firm
Thomas Tew, Esq./Jeffrey Tew, Esq.
Tew Cardenas Rebak Kellogg Lehman
DeMaria Tague Raymond & Levin, LLP
201 South Biscayne Blvd, Ste 2600
Miami, FL  33131

Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Ave
Ithaca, NY  14853-2601

Elizabeth Weller
Linebarger Goggan Blair Graham
  Pena & Sampson, LLP
2323 Bryan Street
Suite 1720
Dallas, TX  75201-2691

County of San Diego
Martha E. Romero
Law Offices of Martha E. Romero
  and Associates
7743 South Painter Ave, Suite E
Whittier, CA  90602

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

Ryan B. Bennett, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

DebtorsJames H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

Alan H. Katz, Esq.
Entergy Services, Inc.
693 Loyola Avenue
Suite 2600
New Orleans, LA  70113

Paul M. Matheny, Esquire
Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD  21214

Donna J. Petrone, Esquire
Exxon Mobil Chemical Company
Law Department/Bankruptcy
13501 Katy Freeway
Room W1-562
Houston, TX  77079-1398

Federal Insurance Company
Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Jeffrey Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Fl.
San Francisco, CA  94105

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Matthew W. Cheney, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC  20007

Future Claimants' Representative
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 3rd Avenue
New York, NY  1017-4024

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

Huntsman Corporation
Randall A. Rios, Esq.
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Ste. 4600
Houston, TX  77002

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman, LLP
300 Garden City Plaza
Suite 1001
Garden City, NY  11530

Edward L. Jacobs, Esq.
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

Keri Evans et al. (Plaintiff)
ERISA Lit, CA No. 04-11380
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Matthew A. Porter, Esq.
Bernard J. Bonn III, Esq.
Dechert Price & Rhoads
200 Clarendon St., 27th Flr
Boston, MA  02116-5021

Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Blng, Ste 1000
Two Union Square
Chattanooga, TN  37402-2552

Libby ClaimantsDaniel C. Cohn, Esq.
Christopher Candon, Esq.
Cohn & Whitesell LLP
101 Arch Street
Boston, MA  02110

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
  McGarvey PC
745 South Main Street
Kalispel, MT  59901

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles, CA  90067

Marco BarbantiDarrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Fin. Cntr
717 West Sprague Avenue
Spokane, WA  99201-0466

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

National Union Fire Insurance
   Company of Pittsburgh, PA
Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

William H. Johnson, Esquire
Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA  23510-9242

Noel C. Burnham, Esq.
Richard G. Placey, Esq.
Montgomery McCracken Waler & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

Asbestos Claimants
Scott Wert, Esq.
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX  76011

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
27th Floor
New York, NY  10022

Off Comm. of Property Damage Claimants
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste. 2500
Miami, FL  33131

William S. Katchen, Esquire
Duane, Morris & Heckscher, LLP
1 Riverfront Plaza
2nd Floor
Newark, NJ  07102

Lewis T. Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Off'l Comm/Asbestos Bodily Injury
ClaimantsPeter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle NW
Washington, DC  20005

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann &
   Bernstein, LLP
Embarcadero Center West, 30th Flr.
275 Battery Street
San Francisco, CA  94111

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street
26th Floor
Boston, MA  02110

Potash Corp.David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Sheree L. Kelly, Esq.
William E. Frese, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

Carl Pernicone, Esq.
Wilson Elser Moskowitz Edelman
   Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

SAP America, Inc.
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher &
  Flom LLP
Four Times Square
New York, NY  10036

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

Snack, Inc.
Vahe Melkonian
Newco Management Company, LLC
6320 Canaga Avenue
Suite 91367
Woodland Hills, CA  91367

Thomas J. Matz, Esquire
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY  10166

Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street
Suite 1300
Boston, MA  02110

Spaulding & Slye Construction LP
Peter B. McGlynn, Esquire
Bernkopf Goodman LLP
125 Summer Street
Suite 1300
Boston, MA  02110

James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
NY State Dept of Tax and Finance
340 E. Main Street
Rochester, NY  14604

Daniel M. Glosband
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Dow Chemical/Hampshire Chemical/
Union Carbide Corp.
Anne Marie P. Kelley, Esq.
Dilworth Paxson LLP
Liberty View - Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210

Toyota Motor Credit
Robert T. Aulgur, Jr., Esq.
P.O. Box 617
Odessa, DE  19730

Lynn K. Neuner, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Jerel L. Ellington, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Baker/Jaques/Miller/Fisher/
Ormsbee/Rea/The Fisher Trust
Richard B. Spector, Esq.
Mark M. Monachino, Esq.
Corbett & Steelman
18200 Von Karman Ave, Suite 200
Irvine, CA  92612-1086

Todd Meyer, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

Peter S. Goodman, Esq.
Andrews & Kurth, LLP
450 Lexington Avenue
15th Floor
New York, NY  10017

Wells Fargo Bank, Minnesota, N.A.
Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA  92626-7122

Julien A. Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

Michael S. Sandberg, Esq.
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

Westcor
Don C. Fletcher, Esq.
The Cavanagh Firm, P.A.
1850 North Central Ave, Ste. 2400
Phoenix, AZ  85004

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Ste. 800
Chicago, IL  60610

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Margaret A. Holland
Deputy Attorney General
NJ Attorney General's Office
Division of Law
P.O. Box 106
Trenton, NJ  08625

Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

Rachel Jeanne Lehr
Deputy Attorney General
NJ Attorney General's Office
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

Kay D. Brock, Esq.
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Crossroads Industrial Park, Inc. and
Weedsport Associates, LLC
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

Charles C. Trascher III, Esq.
Snellings, Breard, Sartor,
   Inabnett & Trascher, LLP
P.O. Box 2055
Monroe, LA  71207

Paul G. Sumers, Esq.
TN Attorney General's Office
Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

Texas Comptroller of Public Accounts
Mark Browning, Esq.
Office of the Attorney General
Bankruptcy & Collections Div.
Attn: Sherri K. Simpson
P.O. Box 12548
Austin, TX  78711-2548

Derrick Tay, Esquire
Ogilvy-Renault
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario  M5J2Z4
CANADA

442805