**Exhibit C**

Affidavit of Kathy Kinsella

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### Affidavit of Katherine Kinsella

I, Katherine Kinsella, being first duly sworn, on oath, state as follows:

1. I am an adult and competent to submit this affidavit. I make this affidavit based on my own personal knowledge and belief.

2. I am the President of Kinsella/Novak Ltd, ("Kinsella") a nationally recognized advertising and communications firm specializing in the design, preparation and implementation of legal notification programs in class action and bankruptcy cases. I have developed and consulted on some of the largest and most complex national notification programs in the country including media-based notification programs in cases involving consumer fraud, asbestos, breast implants, tobacco, infant formula, polybutylene plumbing, home siding products, antitrust, securities, and Holocaust restitution claims.

3. On July 19, 2001, the Court entered an Order authorizing the employment and retention of Kinsella as Notice Consultants for the Debtors. Since that time, I have drafted and submitted various materials to the Debtors and the Court with respect to the *Debtors' July 27, 2001 Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program* and corresponding Reply dated November 9, 2001. Among the materials I submitted to the Court in connection with these matters was (i) an Affidavit dated October 29, 2001 in support of the Debtors' Reply, which I prepared for the Debtors and (ii) an Affidavit dated February 11, 2002 in support of the *Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case*

*Management Order, Establishment of a Bar Date, Approval of Proof of the Claim Forms and of the Notice Program.*

4. I submit this affidavit in support of the *Debtors' Supplement to their Estimation Motion and Request for Related Relief* (the "ZAI Supplement"). This affidavit addresses the merits of the notice program to reach ZAI Claimants set forth in the ZAI Bar Date Notice Program, which is attached as Exhibit C to the ZAI Supplement.

5. The ZAI Bar Date Notice Program outlines procedures to provide fair and adequate notice, consistent with due process requirements, to holders and potential holders of Zonolite Attic Insulation Claims ("ZAI Claimants") in the United States, its territories, its commonwealths, and Canada.

6. The ZAI Bar Date Notice Program is consistent with notice programs Kinsella designed and implemented in other asbestos bankruptcies and class actions, as well as consumer class actions, all of which have met with court approval. It is my opinion that the ZAI Bar Date Notice Program provides adequate and thorough notice to all claimants while significantly reducing the cost of notice to the Debtors.

7. The ZAI Bar Date Notice Program, both in terms of the media selected and the creative execution of the notice itself, accomplishes the objective of providing adequate and effective notice to all ZAI Claimants.

## The ZAI Bar Date Notice Program

8. Although notice through direct mail to claimants for whom names and addresses are available in this matter is possible, a large percentage of claimants are not readily identifiable, requiring a media-based notice program to reach them. Media-based notice programs designed by Kinsella and directed to unidentified claimants: (1) identify the demographics of claimants and establish a target audience or audiences; (2) outline the methodology for selecting the media and other plan elements and how they relate to product usage or exposure, or the claims at hand, and (3) provide results that quantify for the court the percentage of the target audience(s) reached and the frequency of

opportunity to see the media notice. This approach to designing media-based notice programs has been repeatedly validated and approved by courts.

9.  For purposes of developing profiles of the demographics and media habits of ZAI Claimants, Kinsella analyzed syndicated data available from the 2004 Doublebase Survey[1] from MediaMark Research, Inc. ("MRI"). MRI is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media including broadcast, magazines, newspapers, and outdoor advertising. MRI provides a single-source measurement of major media, products, services, and in-depth consumer demographic and lifestyle/psychographic characteristics.

10.  The demographic target measured by MRI selected for ZAI Claimants is "Homeowners." 76.6% of this demographic group are also adults who are 35 years of age or older ("Adults 35+").

11.  The Debtors' proposed publication consists of a separate notice plan for the United States and Canada. Each plan targets Adults 35+, because the vast majority of homeowners are Adults 35+. The United States' plan calls for multiple notices: (i) in three national consumer magazines, (ii) in two newspaper supplements, and (iii) on network and cable television. In addition, a press release would be distributed nationally and sent to seven "do-it-yourself" publications requesting coverage in their magazines. Information would also be provided on Grace's web site. The Canadian plan uses (i) four consumer magazines (three of which are published in English and one of which is published in French), (ii) two national newspapers, (iii) 35 local daily-newspapers in the 10 provinces, (iv) one to two weeks of television, and (iv) a national press release. The

---

[1] MRI produces an annual Doublebase, a study of 50,000+ adults consisting of two full years of data. The MediaMark sample consists of 26,000+ respondents. Fieldwork is done in two waves per year, each lasting six months and consisting of 13,000 interviews. At the end of the interview, the fieldworker presents a self-administered questionnaire that measures approximately 500 product/service categories, 6,000 brands, and various lifestyle activities. Resulting data is weighted to reflect the probabilities of selection inherent in the sample design and then balanced so that major study demographics match the most recent independent estimates.

publication notice provided by the ZAI Bar Date Notice Program is outlined in <u>Exhibit 1</u> hereto.

12. With respect to the notices themselves, the print and television advertising, attached to the ZAI Bar Date Notice Program, clearly and adequately provide the notice message to all claimants with a single creative execution in each type of media. The notices target and address the claimants, calling their attention to the importance of the notice. The content of the print notices contains simple language. The television spot has clear visuals assisting the claimant to self-identify as an individual who may need to file a claim. Both print and television executions describe ZAI, including visuals of Zonolite.

13. The estimated cost for the ZAI Bar Date Notice Program if it were executed in 1st quarter, 2005 is $3,859,457.

December 20, 2004

*Katherine Kinsella*
Katherine Kinsella

Signed and Sworn before me this 20th day of December, 2004.

*Debra L. Vaughan*
Notary Public:

Debra L. Vaughan
Notary Public District of Columbia
My Commission Expires April 14, 2008