**Exhibit B**

Form of Proposed Order

LDR/132754.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Hearing Date: January 24, 2005, 12:00 P.M. E.T.
Objection Deadline: January 7, 2005

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ARENT FOX PLLC AS A PROFESSIONAL EMPLOYED BY THE ESTATES OF THE DEBTORS

Upon the application (the "Application") of the above-captioned Debtors seeking the entry of an order under sections 327(e) and 330 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2014 and 2016, authorizing and approving the retention of Arent Fox PLLC ("Arent Fox") as a professional engaged by the Debtors' estates; and upon the Affidavit of Carol Flowe of Arent Fox submitted in support of the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Application; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and it appearing that this is core matter under 28 U.S.C. § 157; and it appearing that Arent Fox does not represent any interest adverse to the Debtors or their estates with respect to the matters for which Arent Fox is to be employed; and it appearing that the Application meets all requirements for retention set forth in the Bankruptcy Code; and it appearing that the terms and conditions of Arent Fox's employment as further described in the Application are reasonable; and adequate notice having been given of the Application; and good and sufficient cause existing to grant the Application;

NOW, THEREFORE, IT IS HEREBY ORDER THAT:

1. The Application is granted.

2. Pursuant to section 327(e) of the Bankruptcy Code, the retention and employment of Arent Fox as legal counsel for the Debtors for the purposes set forth in the Application is hereby approved, nunc pro tunc to the date on which Arent Fox began representing the Defendants[2] in the ERISA Actions.

3. Arent Fox shall be compensated for its fees and costs, under section 330 of the Bankruptcy Code, in amounts consistent with its engagement agreement with the Debtors and the Insurers, as applicable. Until the deductible is satisfied and the Insurer begins paying for the fees and expenses incurred in the ERISA Actions, Arent Fox will be compensated in accordance with the procedures established in the *Order Pursuant to 11 U.S.C. §§1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course*

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Application.

*of the Debtors' Business*, entered May 3, 2001 (the "OCP Order"). To the extent that payments by the Debtors to Arent Fox exceed the limits of the OCP Order, Arent Fox will submit interim fee applications pursuant to the terms of the Amended Interim Compensation Order, entered April 17, 2002.

4. The allowed fees and expenses of Arent Fox shall be an administrative expense of the Debtors' estates.

5. This Order shall become effectively immediately upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.

Wilmington, Delaware

Dated: _____, 2005          _____
                                        UNITED STATES BANKRUPTCY JUDGE

3