## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |
| | ) | **Objection Deadline: 1/7/05 @ 4:00 p.m.** |
| | ) | **Hearing Date: 1/24/05 @ 12:00 p.m.** |

## NOTICE OF MOTION

TO:   All Parties on the 2002 Service List

The Official Committee of Asbestos Property Damage Claimants has filed **The Official Committee Of Asbestos Property Damage Claimants' Motion To Strike The Debtors' Notice Of Intent To Object To Claims On The Basis Of Materially Insufficient Supporting Information and Opportunity To Supplement Claims ("Motion")**.

You are required to file a response to the attached Motion on or before **January 7, 2005, at 4:00 p.m.**

At the same time, you must also serve a copy of any response upon the undersigned counsel.

HEARING ON THE MOTION WILL BE HELD ON **January 24, 2005, at 12:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 20, 2004                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for the Official Committee
of Asbestos Property Damage Claimants

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danzeisen, Esquire
Bilzin, Sumberg, Baena, Price
& Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants