IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139<br>(Jointly Administered)<br><br>re: DN 6795<br>12/20/04 Agenda Item 2 |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF TILLINGHAST AS ACTUARIAL CONSULTANT TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon the application (the "Application") of David T. Austern, the Court-appointed legal representative for future asbestos claimants (the "Future Claimants' Representative") in the above-captioned chapter 11 cases of W.R. Grace & Co. and its affiliates (collectively, the "Debtors"), seeking entry of an Order under sections 328(a) and 1103(a) of the Bankruptcy Code authorizing the Future Claimants' Representative to employ and retain the Tillinghast business of Towers, Perrin, Forster & Crosby, Inc., trading as Towers Perrin, ("Tillinghast") as his actuarial consultant; and the Court having reviewed the Application and the accompanying Declaration of Michael E. Angelina (the "Angelina Declaration"), a Principal of Tillinghast; and the Court being satisfied from the Angelina Declaration that Tillinghast neither holds nor represents any interests adverse to the Future Claimants' Representative on the matters upon which Tillinghast is to be engaged; and it appearing that the relief requested is in the best interests of the Future Claimants' Representative and the Debtors' estates, their creditors and other parties-in-interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no other or further notice need be given and upon the record herein; and it

further appearing that the terms and conditions of Tillinghast's employment as further described in the Application and the Angelina Declaration are reasonable and necessary; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application be, and it hereby is, approved;

2. Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and the May 24, 2004 Order appointing David T. Austern as the Future Claimants' Representative [Docket No. 5645], the Future Claimants' Representative be, and he hereby is, authorized to employ and retain Tillinghast as his actuarial consultant effective as of October 29, 2004, upon the terms, and to perform the services, set forth in the Application and the Angelina Declaration, so long as David T. Austern serves as the legal representative for individuals who may assert asbestos-related claims and/or demands in the future against the Debtors;

3. Tillinghast shall be compensated in accordance with the terms of the Engagement Agreement and section 328(a) of the Bankruptcy Code, subject to the procedures set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Court, and by Orders of this Court, including the Amended Administrative Compensation Order, entered in these cases; and

4. The fees and expenses of Tillinghast allowed by the Court shall be an administrative expense of the Debtors' estates.

Dated: December 20, 2004

*Judith K. Fitzgerald* /reb

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge