## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ] | In Proceedings for a Reorganization |
| W.R. Grace & Co., *et al.*, | ] | under Chapter 11 |
| | ] | |
| Debtor. | ] | Case No. 01-1139-JKF |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Linda George of Laudig George Rutherford & Sipes, being first duly sworn, hereby deposes and states as follows:

1  I am an attorney with the firm of Laudig George Rutherford & Sipes, 156 East Market Street, Suite 600, Indianapolis, Indiana, 46204.

2.  his Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004, (the "Revised Order").

The law firm of Laudig George Rutherford & Sipes has been retained as counsel for individual creditors in the above-referenced bankruptcy  The list of each of these creditors names and addresses is attached hereto.

4.  he order signed certifies that each creditor named on the attached list has executed a 'General Power of Attorney" authorizing  inda George of  audig George Rutherford & Sipes, as attorney in fact, to represent the creditor in bankruptcy proceedings.

he address of each Creditor for purposes hereof is c/o  inda George, Laudig George Rutherford & Sipes, 156 East Market Street, Suite 600, Indianapolis, Indiana, 46204

6.  he Creditors hold claims in varying amounts for monetary damages due to the

injuries sustained by the Creditors which involved in inhalation, ingestion, and/or other exposure to asbestos fibers attributable to products sold, installed, distributed, removed, and/or otherwise placed into commerce by the Debtor and/or its subsidiaries or assigns. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

6. The Law Offices of Laudig George Rutherford & Sipes does not hold any claims against or interest in the Debtor.

7 The Law Offices of Laudig George Rutherford & Sipes will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: December 15, 2004

_____
Linda George

Sworn to before me this the 15th day of December, 2004.

_____
Notary Public
Bonnie L. Sipe