IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:   W.R. GRACE & CO.                                   Chapter 11

                                                                                                Case No. 01-1139 JKF

Debtors

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

I, David A. Jagolinzer, being first duly sworn, hereby deposes and states as follows:

1.     I am an attorney with the law firm of FERRARO & ASSOCIATES, P.A., 4000 Ponce de Leon Boulevard, Suite 700, Miami, Florida 33134.

2.     This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3.     The law firm of FERRARO & ASSOCIATES, P.A. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4.     The undersigned certifies that each creditor named on the attached list has executed an employment contract with FERRARO & ASSOCIATES, P.A. authorizing FERRARO & ASSOCIATES, P.A. to represent the creditor in bankruptcy proceedings. The undersigned further certifies that many of the creditors named on the attached list have also executed bankruptcy specific proxies authorizing FERRARO & ASSOCIATES, P.A. to represent the creditors in these bankruptcy proceedings. FERRARO & ASSOCIATES, P.A. is in the process of obtaining executed bankruptcy specific proxies authorizing FERRARO & ASSOCIATES, P.A. from each of the creditors.

WRG 201900263001

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to personal injuries and/or wrongful death as a result of the creditor's exposure to asbestos-containing products. Each creditor either contacted the law firm of FERRARO & ASSOCIATES, P.A. directly for representation or was referred by a third party such as another plaintiff's lawyer or law firm. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of FERRARO & ASSOCIATES, P.A. does not hold any claims against or interest in the Debtor.

8. The Law Offices of FERRARO & ASSOCIATES, P.A. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

FERRARO & ASSOCIATES, P.A.

By: _____
David A. Jagolinzer, Esq.
Florida Bar No. 181153
4000 Ponce de Leon Blvd., Suite 700
Miami, Florida 33146
Tel. (305) 375-0111
Fax: (305) 379-6222

WRG 201900263002

## VERIFICATION

I, David A. Jagolinzer, an attorney at the law firm of Ferraro & Associates, P.A., declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge information and belief.

David A. Jagolinzer (Florida Bar No. 181153)
FERRARO & ASSOCIATES, P.A.
4000 Ponce de Leon Blvd, Suite 700
Miami, Florida 33146
Tel. (305) 375-0111
Fax (305) 379-6222

TERRY L. GRAY
MY COMMISSION # DD 178766
EXPIRES: January 20, 2007
Bonded Thru Notary Public Underwriters

STATE OF FLORIDA         )
                         ) ss.
COUNTY OF MIAMI-DADE     )

SWORN TO AND SUBSCRIBED TO in my presence, this 20th day of December 2004.

Sworn to before me this 20th day
of December, 2004.

_____
Notary Public

WRG 201900263003

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure Concerning Multiple Representation of Creditors, with attachments, was sent to counsel for Debtor, and the Office of the U.S. Trustee, via overnight mail, postage prepaid, on the 20th day of December 2004.

_____
David A. Jagolinzer

WRG 201900263004

**W.R. GRACE & CO.
SERVICE LIST**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

{00002247:1 }

WRG 201900263005