IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § | |
| | § | In Proceedings for a |
| W.R. GRACE & CO., ET AL, | § | |
| | § | Reorganization under Chapter 11 |
| | § | |
| | § | Case No. 01–01139–JKF |
| | § | |
| | § | |
| Debtor, | § | |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. 2019**

LAWRENCE MADEKSHO, hereby makes the following verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with The Madeksho Law Firm, P.L.L.C. with offices at 8866 Gulf Freeway, Suite 440, Houston, Texas 77017. The Madeksho Law Firm, P.L.L.C., f/k/a The Law Offices of Lawrence Madeksho (the "Law Firm") has been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors (the "Creditors") in the above-referenced bankruptcy.

1. A blank, but unredacted exemplar copy of an Employment Contract and Limited Power of Attorney authorizing the Law Firm to act on behalf of the Creditors is referenced herein, which has not been attached but may be accessed by parties who obtain Court order authorizing access.

2. An Excel spreadsheet outlining the name and personal address of each Creditor, form of agreement empowering the Law Firm to act on behalf of each Creditor, amount of each Creditor's claim, date of acquisition, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of the Law Firm is

1

referenced herein as Exhibit "A", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

3. At time of employment, the Law Firm retained a contingency fee interest in each Creditor's claim. The times when such interest was acquired in each claim depends upon the date each creditor signed his/her Employment Contract. Amounts paid vary per Creditor and the Law Firm has not sold or disposed of any Creditor's claims.

4. The Law Firm files this Verified Statement of The Madeksho Law Firm, P.L.L.C. pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, dated October 31, 2003 (Dkt. #2220), and is filed solely to comply with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bank.P. 2019, which was entered on October 22, 2004. Exhibits "A" and "B", as defined in the Order, have not been scanned and are available from the Clerk upon motion to and order of the Court.

Dated: 12/16/04

THE MADEKSHO LAW FIRM, P.L.L.C.

_____
Lawrence Madeksho
TX State Bar No. 12797500
The Madeksho Law Firm, P.L.L.C.
8866 Gulf Freeway, Suite 440
Houston, TX 77017
PH:   (713) 910-8000
FAX:  (713) 910-0250

## DECLARATION OF LAWRENCE MADEKSHO OF
## THE MADEKSHO LAW FIRM, P.L.L.C.

I, Lawrence Madeksho, lead counsel for The Madeksho Law Firm, P.L.L.C., hereby declare, under penalty of perjury, that the representations in the foregoing Amended Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019, are true and correct to the best of my knowledge, information and belief.

Dated: 12/16/04

THE MADEKSHO LAW FIRM, P.L.L.C.

_____
Lawrence Madeksho

3

## CERTIFICATE OF SERVICE

I, Lawrence Madeksho, do hereby certify that on this 16th day of December, 2004, I caused a true and correct copy of the foregoing Amended Verified Statement in Connnection with the Representation of Creditors as Required by F.R.B.P. 2019 to be served via first class U.S. Mail, postage prepaid on the parties designated on the attached service list.

_____
LAWRENCE MADEKSHO

**W.R. GRACE & CO.**
**SERVICE LIST**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801