WELLBORN ✶ HOUSTON, L.L.P.
Paul L. Sadler - State Bar No. 17512400
300 West Main - P. O. Box 1109
Henderson, TX 75653-1109
903/657-8544 - telephone
903/657-7227 - facsimile

Attorney for Claimants

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ] | Chapter 11 |
| ] |  |
| W. R. GRACE & CO., et al, ]<br>            Debtors. ] | Case No. 01-1139-JKF |
| ] |  |
| ] |  |
| ] | BANKRUPTCY RULE 2019 |
| ] | STATEMENT OF WELLBORN |
| ] | HOUSTON, L.L.P. |
| ] |  |
| ] |  |

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:**

In accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Wellborn Houston, L.L.P., counsel for Claimants states the following:

1.  Wellborn Houston, L.L.P., has been employed to represent the Claimants, listed on "Exhibit 2", in the captioned Chapter 11 case of W. R. Grace & Co., et al.

2.  Wellborn Houston, L.L.P., has been retained by each of the Claimants to represent their interests in connection with W. R. Grace & Co., et al, Chapter 11 case. Actual forms of Power of Attorney are attached hereto as "Exhibit 1".

Respectfully submitted,

**WELLBORN ✯ HOUSTON, L.L.P.**
300 West Main
P.O. Box 1109
Henderson, Texas 75653-1109
903/657-8544
903/657-7227 (Fax)

By:_____/s/_____
         Paul L. Sadler
         Texas Bar No. 17512400

**ATTORNEY FOR THE PLAINTIFFS**


### **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the statement has been furnished to all parties in interest on this 20th day of December, 2004.

_____/s/_____
         Paul L. Sadler

# EXHIBIT 1

# EXHIBIT 2