IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　)
　　　　　　　　　　　　) SS
NEW CASTLE COUNTY　　)

　　　　Julie L. Fielder, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for Colonial Energy, Inc. in the above-referenced cases, and on the 21st day of December, 2004, she caused a copy of the following documents:

**TOWN OF ACTON'S OBJECTION TO THE ADEQUACY
OF THE DEBTORS' DISCLOSURE STATEMENT**

to be served upon the following parties in the manner indicated and the remaining parties on the attached list via U.S. First Class mail, postage paid:

*Via Hand Delivery*
(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
Scotta McFarland, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 North Market Street, 16th Floor
Wilmington, DE 19801

*Via Federal Express*
(Counsel to Debtors and Debtors in Possession)
Ryan B. Bennett, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Via Hand Delivery*
(United States Trustee)
Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Via Federal Express*
(Future Claimants' Representative)
Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

470.001-6236

*Via Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esq.
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Via Federal Express*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

*Via Federal Express*
(Counsel to Equity Committee)
Thomas M. Mayes, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

*Via Hand Delivery*
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

*Via Hand Delivery*
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Via Federal Express*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Via Federal Express*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
    & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*Via Hand Delivery*
Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Via Hand Delivery*
Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

_____
Julie L. Fielder

SWORN TO AND SUBSCRIBED before me this 21st day of December, 2004.

_____
Notary Public
My Commission Expires: _____

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

470.001-6236