IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | Re: Docket Nos. 6896 & 6900 |
| ) | Objection Deadline: December 21, 2004 at 4:00 p.m. |
| | Hearing Date: January 21, 2005 at 9:00 a.m. |

## STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO (1)THE DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE AND (2) DEBTORS' MOTION FOR THE ENTRY OF AN ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND SCHEDULE

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of W. R. Grace & Co. and all of its affiliated debtors herein (the "Debtors") by and through its undersigned counsel, hereby submits this Statement with respect to the Debtors' (1) Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code dated and filed with the Court on November 13, 2004 (collectively with all exhibits, the "Disclosure Statement") in connection with the Debtors' Plan of Reorganization also dated November 13, 2004 (the "Plan"), and (2) Motion For the Entry of An Order Approving Solicitation and Confirmation Procedures and Schedule (the "Solicitation Procedures"), and respectively states as follows:

### STATEMENT OF POSITION

1. The Creditors' Committee and the Debtors have engaged in discussions over (i) the terms of the Plan, including, but not limited to, the treatment provided for Class 9, General Unsecured Claims, (ii) the adequacy of the information in the Disclosure Statement, and (ii) the proposed Solicitation Procedures. (Collectively, the Plan, the Disclosure Statement and

WLM\203694.1

-2-

the Solicitation Procedures are hereinafter referred to as the "Plan Related Documents"). As of the date hereof, some open issues remain between the Creditors' Committee and the Debtors. The Creditors' Committee fully expects that further revisions will be made to the Plan Related Documents to appropriately address all of the open points. As stated in the record of the Court hearing held on December 20, 2004, the Creditors' Committee has determined (subject to the expected resolution of the open points) to be a co-proponent of the Plan. Accordingly, the Creditors' Committee is not filing other pleadings responsive to the Plan Related Documents at this time. In the unlikely event, however, that the Creditors' Committee is unable to resolve its open points with the Debtors, the Creditors' Committee reserves its rights to file any and all additional appropriate pleadings, including, but not limited to, objections with respect to the Plan Related Documents.

WHEREFORE, for the reasons set forth above, the Creditors' Committee (i) respectfully files this Statement at the present time, (ii) respectfully preserves its rights to file any and all additional appropriate responsive pleadings with respect to the Plan Related Documents, including objections thereto if circumstances change, and (iii) respectfully requests that the Court grant such other and further relief as the Court deems just and proper.

Dated: December 21, 2004
      Wilmington, Delaware

Respectfully submitted:

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile:  (212) 806-6006

and

**DUANE MORRIS LLP**

_____
Michael R. Lastowski, Esquire (DE I.D. No. 3892)
William S. Katchen, Esquire
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
Facsimile:  (302) 657-4901

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co. et al.