IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
In re:                           :   Chapter 11
                                 :
W.R. Grace & Co.,                :   01-1139 (JKF)
                                 :
            Debtors.             :   (Jointly Administered)
---------------------------------x

## SUPPLEMENTAL VERIFIED STATEMENT OF MONZACK AND MONACO, P.A. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SETTING FORTH REPRESENTATION OF PARTIES IN INTEREST [DOCKET NO. 7241]

Monzack and Monaco, P.A. ("M&M") in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), files this statement in connection with M&M's representation of six parties in-interest in the above-captioned case of the debtor and debtors-in-possession (the "Debtor"), and respectfully states the following:

1. M&M represents the following six individual clients (the "Clients") in the above-captioned bankruptcy case:

    a. City of Cambridge;

    b. Dillingham-Manson Joint Venture;

    c. GE Capital;

    d. Marshalls of MA, Inc

    e. State of Montana; and

    f. Keri Evans, et al.

Document #: 37907

2. As required by the terms of the Amendatory Order, the information required to be disclosed herein by Rule 2019, has been submitted to the Clerk of the Court on a compact disc.

3. This Supplemental Verified Statement Pursuant to Fed.R.Bankr.P. 2019 of Monzack and Monaco, PA is being filed to change the format of the attached exhibits from Word format to an Exel Spreedsheet format pursuant to the Order entered by this Court on October 25, 2004.

The undersigned certifies that the information contained herein and contained on the compact disc supplied to the Court is true and correct to the best of his knowledge.

Dated: December 21, 2004

MONZACK AND MONACO, P.A.

Francis A. Monaco, Jr. (#2078)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Document #: 37907