WELLBORN ✶ HOUSTON, L.L.P.
Paul L. Sadler - State Bar No. 17512400
300 West Main - P. O. Box 1109
Henderson, TX 75653-1109
903/657-8544 - telephone
903/657-7227 - facsimile

Attorney for Claimants

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ ] | | |
| | ] | |
| IN RE: | ] | Chapter 11 |
| | ] | |
| W. R. GRACE & CO., et al, | ] | Case No. 01-1139-JKF |
| Debtors. | ] | |
| | ] | |
| | ] | |
| | ] | BANKRUPTCY RULE 2019 |
| | ] | STATEMENT OF WELLBORN |
| _____ | ] | HOUSTON, L.L.P. |
| | ] | |
| _____ ] | | |

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN**

**INTEREST:**

In accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure,

Wellborn Houston, L.L.P., counsel for Claimants states the following:

1.      Wellborn Houston, L.L.P., has been employed to represent the Claimants,

listed on "Exhibit 2", in the captioned Chapter 11 case of W. R. Grace & Co., et al.

2.      Wellborn Houston, L.L.P., has been retained by each of the Claimants to

represent their interests in connection with W. R. Grace & Co., et al, Chapter 11 case.

Actual forms of Power of Attorney are attached hereto as "Exhibit 1".

Respectfully submitted,

**WELLBORN ⋆ HOUSTON, L.L.P.**
300 West Main
P.O. Box 1109
Henderson, Texas 75653-1109
903/657-8544
903/657-7227 (Fax)

By:_____/s/_____
       Paul L. Sadler
       Texas Bar No. 17512400

**ATTORNEY FOR THE PLAINTIFFS**


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the statement has been furnished to all parties in interest on this 20th day of December, 2004.

_____/s/_____
       Paul L. Sadler

2

# EXHIBIT 1

# EXHIBIT 2