IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. Grace & Co., | : | 01-1139 (JKF) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF FILING SUPPLEMENTAL VERIFIED STATEMENT OF MONZACK AND MONACO, P.A. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SETTING FORTH REPRESENTATION OF PARTIES IN INTEREST [DOCKET NO. 7241]**

Pursuant to the above entitled Court's Order dated October 25, 2004, please take notice that Monzack and Monaco, P.A. has filed its Supplemental Verified Statement Pursuant to Fed.R.Bankr. P. 2019 with the Court on December 21, 2004.

Dated: December 21, 2004                MONZACK AND MONACO, P.A.

/s/Francis A. Monco, Jr.
Francis A. Monaco, Jr. (#2078)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Document #: 39378