IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W.R. Grace & Co., *et al.*, ) | In Proceedings for a |
| ) | Reorganization under |
| Debtor. ) | Chapter 11 |
| ) | |
| | Case No. 01-1139-JKF |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS
PURSUANT TO FED. R. BANKR. PRO. 2019
BY THE ENVIRONMENTAL ATTORNEYS GROUP, P.C.**

MARTIN K. BERKS hereby makes the following verified statement, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney and managing partner of the Environmental Attorneys Group, P.C., a professional corporation organized and existing under the laws of the State of Alabama, with offices at 2145 14th Avenue South, Birmingham, Alabama, 35205; (205) 326-1000 (Telephone); (205) 326-1007 (Facsimile); mberks@eaglawyers.com (Email). Martin K. Berks and the Environmental Attorneys Group, have been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors in the above-referenced bankruptcy, (the "Creditors").

    1.    A blank, but unredacted, exemplar copy of an Agreement for Legal Services employing Martin K. Berks and the Environmental Attorneys Group and a Special Power of Attorney authorizing Martin K. Berks and the Environmental Attorneys Group, to act on behalf of the Creditors are referenced herein as Exhibit A-1 through A-6, which has not been attached but may be accessed by parties who obtain Court order authorizing access.

    2. An Excel spreadsheet outlining the name and personal address of each Creditor, the form of agreement empowering Martin K. Berks and the

Environmental Attorneys Group to act of behalf of each Creditor, amount of each Creditor's claim, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of Martin K. Berks and the Environmental Attorneys Group is referenced herein as Exhibit B, which has not been attached but may be accessed by parties who obtain Court order authorizing access.

3. At the time of employment Martin K. Berks and the Environmental Attorneys Group retained a contingency fee interest in each Creditor's claim. The times when such interest was acquired in each claim depends upon the date each Creditor signed his/her Agreement for Legal Services. Amounts paid to date varies per Creditor and Martin K. Berks and the Environmental Attorneys Group has not sold or disposed of any Creditor's claims.

4. Martin K. Berks and the Environmental Attorneys Group will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

This statement is filed pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and complies with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed. R.Bank.P. 2019, which was entered on October 22, 2004. Exhibits A-1, A-2, A-3, A-4, A-5, A-6 and B, as defined in the Order, have not been scanned and are available from the Clerk upon motion to and Order of the Court.

Dated: December 20, 2004.

Respectfully Submitted,

/s/ Martin K. Berks

Martin K. Berks
The Environmental Attorneys Group

2145 14th Avenue South, Suite 100
P.O. Box 381403 (35238)
Birmingham, Alabama 35205
T: (205) 326-1000
F: (205) 326-1007

## DECLARATION
## OF MARTIN K. BERKS OF
## THE ENVIRONMENTAL ATTORNEYS GROUP, P.C.

    I, Martin K. Berks, shareholder in the Environmental Attorneys Group, hereby declares under penalty of perjury, that the representations in the forgoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019, are true and correct to the best of my knowledge, information and belief.

                                                     Martin K. Berks

    SWORN TO AND SUBSCRIBED before me this the 20th day of December, 2004.

                                                     NOTARY PUBLIC

My Commission Expires: 4/9/2006

## CERTIFICATE OF SERVICE

I, Martin K. Berks, hereby certify that on this 20th day of December, 2004, a true and correct Notice of Filing of Verified Statement was served on the parties listed on the official service list by first class mail, postage prepaid.

Martin K. Berks