# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 11 |
| W.R. GRACE & CO., et al., | : | |
| | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that SERGIO I. SCUTERI, ESQUIRE, of the firm of Farr, Burke, Gambacorta & Wright, P.C., hereby enters his appearance as counsel for creditor, *Citicorp Del-Lease, Inc. d/b/a Citicorp Dealer Finance* ("Citicorp"), in the above proceeding and, pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> SERGIO I. SCUTERI, ESQUIRE
> 211 Benigno Boulevard, Suite 201
> Bellmawr, NJ  08031
> Telephone No. (856) 931-1030
> Telecopier No. (856) 931-3940

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect any way any rights or interests of any creditor or party in interest in this case, including Citicorp with respect to: (a) the debtor: (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Citicorp.

PLEASE TAKE FURTHER NOTICE that Citicorp intends that neither this Entry of Appearance nor any later appearance, pleading, paper, claim, or suit shall waive (1) the right of Citicorp to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of Citicorp to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of Citicorp to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Citicorp is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

FARR, BURKE, GAMBACORTA & WRIGHT
A Professional Corporation

Dated: December 21, 2004    By:    */s/ Sergio I. Scuteri*
SERGIO I. SCUTERI, ESQUIRE
Attorneys for Citicorp Del-Lease, Inc. d/b/a
Citicorp Dealer Finance

CERTIFICATE OF SERVICE

I, Sergio I. Scuteri, Esquire, hereby certify that on the 22nd day of December 2004, I caused one copy of the foregoing Entry of Appearance, Request for Service of Papers, and Reservation of Rights to be served upon the following via first class mail:

> David W. Carickhoff, Jr., Esquire
> Laura Davis Jones, Esquire
> Paula Ann Galbraith, Esquire
> Pachulski, Stang, Ziehl, Young, Jones
> 919 N. Market St., 16th Floor
> Wilmington, DE 19899
>
> Michael R. Lastowski, Esquire
> Duane Morris LLP
> 1100 North Market Street, Suite 1200
> Wilmington, DE 19801-1246
>
> Richard Allen Keuler, Jr., Esquire
> Reed Smith LLP
> 1201 Market Street, Suite 1500
> Wilmington, DE 19801
>
> Rosalie L. Spelman, Esquire
> Janssen Keenan & Ciardi P.C.
> 901 Market Street, Suite 460
> Wilmington, DE 19801
>
> William E. Chipman Jr., Esquire
> Greenberg Traurig, LLP
> 1000 West Street, Suite 1540
> Wilmington, DE 19801
>
> Frank J. Perch III, Esquire
> Office of the U.S. Trustee
> 844 King Street, Suite 2207
> Lock Box 35
> Wilmington, DE 19801

*/s/ Sergio I. Scuteri*
SERGIO I. SCUTERI, ESQUIRE