IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Ryan A. Foster, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Ryan A. Foster and Associates, PLLC ("Ryan A. Foster & Associates") with offices at 440 Louisiana Suite 2100, Houston, Texas 77002.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Ryan A. Foster and Associates with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has employed Ryan A. Foster and Associates under an employment contract with Ryan A. Foster and Associates. A blank but unredacted exemplar of Ryan A. Foster and Associates' standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form

-1-

of agreement or instrument is used by Ryan A. Foster and Associates one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos Creditor represented by Ryan A. Foster and Associates and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 20th, 2004

Respectfully submitted,

Ryan A. Foster
Ryan A. Foster and Associates, PLLC
440 Louisiana Suite 2100
Houston, Texas 77002
Phone   (713) 236-2900
Fax     (713) 236-0566

State of Texas

County of Harris

On this the 20th day of December, 2004, before me, the undersigned officer, personally appeared Ryan Foster, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

(SEAL)

Nicole Martines Rhodes
Notary Public

Nicole Martines Rhodes
Notary's name printed

Commission expires July 11, 2006