## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. Grace and Co., et. al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| | : | Case No. 01-1139 (JKF) |
| | : | |
| _____ | : | Relates to Doc. No. 7271 |

### CERTIFICATE OF SERVICE

The undersigned hereby CERTIFIES

That on the 21st day of December 2004, a true and correct copy of the *Verified Statement Pursuant to Fed.R.Bankr.P. 2019 Filed By Ryan A. Foster and Associates, PLLC,* together with exhibits recorded in compact disk format, was served via hand delivery upon the following parties pursuant to the October 22, 2004 Order of court:

| US Bankruptcy Court | Frank J. Perch III | David W. Carickhoff, Jr |
|---|---|---|
| District of Delaware | Office of the U.S. Trustee | Pachulski Ziehl Stang Ziehl Young Jones |
| c/o Bankruptcy Clerk | 844 King Street, Suite 2207 | 919 N. Market St. |
| 824 Market Street, 3rd Floor | Lock Box 35 | 16th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 | Wilmington, DE 19899 |

That on the 21st day of December, 2004, a true and correct copy of the within *Notice Of Filing Of Rule 2019 Statement Of Representation By Ryan A. Foster and Associates, PLLC,* was served upon the Official Service List, attached herewith, via regular U.S. Mail, postage pre-paid, at their respective addresses (unless noted otherwise, or otherwise served via electronic mail):

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,


*/s/Daniel K. Hogan*
Daniel K. Hogan (DE #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: 302-656-7540
Facsimile: 302-656-7599