# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization |
| | ) | Under Chapter 11 |
| | ) | |
| **W.R. GRACE and CO., ET AL** | ) | |
| | ) | **Case No. 01-1139-JKF** |
| | ) | |
| | ) | |
| Debtors | ) | |
| _____ | ) | |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANK.P. 2019

John A. Dalimonte, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of Karon & Dalimonte, 85 Devonshire Street, Suite 1000, Boston, MA 02109.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004.

3. The law firm of Karon & Dalimonte has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of creditors names and addresses is contained in compact discs submitted herewith.

4. The order signed certifies that each creditor named on the attached list has executed a contract/fee agreement authorizing Karon & Dalimonte to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Karon & Dalimonte, 85 Devonshire Street, Suite 1000, Boston, MA 02109.

6. The Creditors hold claims in varying amounts for monetary damages due to bodily injuries caused by the negligence and/or breach of warranty(ies) of the Debtor(s). Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but are available upon motion and order of the Court.

7. The law firm of Karon & Dalimonte does not hold any claims against or interest in the Debtor(s).

8. The law firm of Karon & Dalimonte will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

\_\_signature on original \_\_\_\_\_
John A. Dalimonte
Karon & Dalimonte
85 Devonshire Street, Suite 1000
Boston, MA 02109

Sworn to before me this\_\_\_\_day of December, 2004

\_\_signature on original_____
Notary Public