IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

VERIFIED STATEMENT PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
CONCERNING MULTIPLE REPRESENTATION OF CREDITORS

WHITE and WILLIAMS LLP ("White and Williams"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), files this statement in connection with their representation of four creditors in the above-captioned cases of the debtors and debtors-in-possession (the "Debtors"), and respectfully state as follows:

1.  Names and Addresses of Creditors Represented by White and Williams

White and Williams represent four creditors of the Debtors in the above-captioned Chapter 11 cases:

A.  Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company; Pacific Employers Insurance Company; Century Indemnity Company of Hartford, Connecticut (through Cravens, Dargan & Company Pacific Coast), and Central National Insurance Company of Omaha (through its managing general agent, Cravens Dargan & Co., P.C.) (collectively "Century Indemnity") are located at:

Two Liberty Place
1600 Chestnut Street
Philadelphia, PA 19103

2. <u>The Nature and Amount of the Claims of the Parties in Interest and Times of Acquisition Thereof</u>

Each of the creditors' claims arise out of insurance policies and/or related agreements between Debtors and Century Indemnity.

(a) The claims of Century Indemnity in this Chapter 11 case, arose primarily out of the issuance of insurance policies and/or related agreements to the Debtors and the Debtors' obligations in connection with those policies and agreements. Century Indemnity's claim(s) remains unliquidated at this time.

3. <u>Pertinent Facts and Circumstance in Connection with the Employment White and Williams</u>

Century Indemnity approached White and Williams requesting representation related to these bankruptcy cases.

4. <u>Claims or Interests Owned by White and Williams</u>

White and Williams does not presently own, nor has it previously owned, any claims or interests against the Debtors.

Respectfully submitted, this 21st day of December, 2004.

WHITE AND WILLIAMS LLP

By: _____
LINDA M. CARMICHAEL, #3570
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4502
(302) 467-4552
and
LEONARD P. GOLDBERGER
(Member of the PA Bar)
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7000

DOCS_DE 103567v1