Verification—White and Williams LLP

I, Linda M. Carmichael, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Linda M. Carmichael (#3570)<br>
WHITE AND WILLIAMS LLP<br>
824 N. Market Street, Suite 902<br>
P.O. Box 709<br>
Wilmington, DE 19801-0709<br>
(302) 467-4502

SWORN TO AND SUBSCRIBED before me this 21st day of December, 2004.

NOTARY PUBLIC
MARC S. CASARINO, ATTORNEY-AT-LAW
Admitted by Supreme Court of Delaware to practice law and authorized to perform notarial acts pursuant to 29 Del. C. Sec. 4323 (a) (3)