| Name | Street Address | City | State | Zip Code | Reserved | Form of agreement/ instrument empowering entity to act on behalf of creditors or equity security holders | Amount of claim of creditor if liquidated (claim is presumed to be unliquidated if blank) | Date of acquisition of creditor's claim if acquired within 1 year prior to date of filing of bankruptcy 10/5/00 | For personal injury claimants, type of disease and for all other claimants, the nature of the claim or interest | Pertinent facts & circumstances regarding employment of counsel or indenture trustee, and, in the case of a committee, the name or names of the entity at whose instance directly or indirectly the employment was arranged or the committee was organized or agreed to act (referenced additional exhibits if necessary) |
|---|---|---|---|---|---|---|---|---|---|---|
| Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America, as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company) | c/o Resolute Management, Inc., Two Liberty Place, 1601 Chestnut Street, TL 15A | Philadelphia | PA | 19192 | | White and Williams renders legal services to the Century claimants for fees on an hourly basis | | N/A | N/A | White and Williams represents Century, Pacific and Central National as creditors in the bankruptcy proceeding, and in related insurance coverage |

DOCS_DE 103566v1

| | | | | | | | matters. |
|---|---|---|---|---|---|---|---|
| Pacific Employers Insurance Company. | As above | As above | As above | As above | | As above | As above |
| Central National Insurance Company of Omaha | As above | As above | As above | As above | | As above | As above |