IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Linda M. Carmichael, hereby certify that I am not less that 18 years of age and that I caused to be served on this 21st day of December 2004 the *Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 filed by White and Williams LLP* upon all parties on the attached service list in the matter indicated:

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 21, 2004

Linda M. Carmichael