IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) (Jointly Administered) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

**VERIFIED STATEMENT OF ZEICHNER ELLMAN & KRAUSE, LLP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and in accordance with the Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (the "Order"), the law firm of Zeichner Ellman & Krause, LLP ("ZEK") gives notice of representing more than one creditor in the above-captioned bankruptcy cases, and hereby represents as follows:

1. In these bankruptcy cases, ZEK represents the entities (collectively, the "Clients") listed in and on Exhibit A attached hereto.

2. In accordance with the terms of the Order, the attached spreadsheet contains and reflects the following information:

- The name of each creditor represented by ZEK;

- The address of each creditor represented by ZEK;

- The amount of the claim of each creditor (with reference to such creditor's proof of claim on file); and

- A brief description of the pertinent facts and circumstances in connection with ZEK's employment by each creditor represented by ZEK in these cases.

3.  Each of the Clients has: (a) consented to such representation; and (b) requested that ZEK represent them in these cases. ZEK is authorized to act on behalf of the Clients as their legal representative, and not through any other instrument.

4.  ZEK has no claims against or interests in the Debtors.

5.  A verification of the above representations is attached hereto and incorporated herein by reference.

ZEICHNER ELLMAN & KRAUSE LLP

_____
Michael S. Davis, Esq.
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 233-0400
Facsimile: (212) 753-0396

Co-Counsel for National Union Fire Insurance
Company of Pittsburgh, Pa., *et al.*

Dated: December 20, 2004

151417.1

2

## VERIFICATION

I, Michael S. Davis, a partner of ZEK, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

_____
Michael S. Davis

SWORN TO AND SUBSCRIBED before me this 20 day of December, 2004.

NOTARY PUBLIC
_____

151417.1

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4732100
Qualified in Nassau County
Commission Expires June 30, 20 06

3