# EXHIBIT A

## RULE 2019 SPREADSHEET FILED BY ZEICHNER ELLMAN & KRAUSE, LLP ("ZEK")

| NAME OF CORPORATION | STREET ADDRESS | CITY | STATE | ZIP CODE | RESERVED | FORM OF AGREEMENT/INSTRUMENT EMPOWERING ENTITY TO ACT ON BEHALF OF CREDITORS OR EQUITY SECURITY HOLDERS | AMOUNT OF CLAIM OF CREDITOR IF LIQUIDATED (CLAIM IS PRESUMED TO BE UNLIQUIDATED IF BLANK) | DATE OF ACQUISITION OF CREDITOR'S CLAIM IF ACQUIRED WITHIN 1 YEAR PRIOR TO DATE OF FILING OF BANKRUPTCY 10/5/00 | FOR PERSONAL INJURY CLAIMANTS, TYPE OF DISEASE AND FOR ALL OTHER CLAIMANTS, THE NATURE OF THE CLAIM OR INTEREST | PERTINENT FACTS & CIRCUMSTANCES REGARDING EMPLOYMENT OF COUNSEL OR INDENTURE TRUSTEE, AND, IN THE CASE OF A COMMITTEE, THE NAME OR NAMES OF THE ENTITY AT WHOSE INSTANCE DIRECTLY OR INDIRECTLY THE EMPLOYMENT WAS ARRANGED OR THE COMMITTEE WAS ORGANIZED OR AGREED TO ACT (REFERENCE ADDITIONAL EXHIBITS IF NECESSARY) |
|---|---|---|---|---|---|---|---|---|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | ZEK retained for this matter and previously retained in other matters. |
| The Insurance Co. of the State of Pennsylvania | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| American Home Assurance Company | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| Amer. Int'l Specialty Lines Ins Co. | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| Landmark Insurance Co. | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| Lexington Insurance Company | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| Commerce and Industry Insurance Co. | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| American Home Assurance Company - Canada | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| AIU-North America, Inc. | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| American International Marine Agency | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| Granite State Insurance Company | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| Markepac AIU Insurance Company | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| New Hampshire Insurance Co. | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | See POC on file | N/A | N/A | Same. |
| Birmingham Insurance Co. | 70 Pine St. Attn: M. Levitt | NY | NY | 10270 | | None | | N/A | N/A | Same. |