IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**VERIFIED STATEMENT OF ASHBY & GEDDES, P.A.**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and in accordance with the Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (the "Order"), the law firm of Ashby & Geddes, P.A. ("Ashby & Geddes") gives notice of representing more than one creditor in the above-captioned bankruptcy cases, and hereby represents as follows:

1. In these bankruptcy cases, Ashby & Geddes represents the entities (collectively, the "Clients") listed in and on Exhibit A attached hereto.

2. In accordance with the terms of the Order, the attached spreadsheet contains and reflects the following information:

- The name of each creditor represented by Ashby & Geddes;

- The address of each creditor represented by Ashby & Geddes;

- The amount of the claim of each creditor (with reference to such creditor's proof of claim on file); and

- A brief description of the pertinent facts and circumstances in connection with Ashby & Geddes' employment by each creditor represented by Ashby & Geddes in these cases.

3. Each of the Clients has: (a) consented to such representation; and (b) requested that Ashby & Geddes represent them in these cases. Ashby & Geddes is authorized to act on behalf of the Clients as their legal representative, and not through any other instrument.

4. Ashby & Geddes has no claims against or interests in the Debtors.

5. A verification of the above representations is attached hereto and incorporated herein by reference.

          ASHBY & GEDDES, P.A.

          /s/ William P. Bowden

          William P. Bowden (I.D. #2553)
          Ricardo Palacio (I.D. #3765)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, DE 19899-1150
          Telephone: (302) 654-1888
          Facsimile: (302) 654-2067

          Co-Counsel for National Union Fire Insurance
          Company of Pittsburgh, Pa., *et al.*

Dated: December 21, 2004

151461.1

## VERIFICATION

I, William P. Bowden, a member of Ashby & Geddes, P.A., declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

_____
William P. Bowden (#2553)

SWORN TO AND SUBSCRIBED before me this 21st day of December, 2004.

NOTARY PUBLIC

_____

151461.1