## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>Hearing Date: January 21, 2005 @ 9:00 a.m.<br>Objection Deadline: December 21, 2004 at 4:00 p.m. |

### CERTIFICATION OF SERVICE

      I, Ira M. Levee, of full age, verify that on December 21, 2004, I caused to be served by facsimile and First Class Mail a copy of Keri Evans' Objection To The Adequacy Of The Disclosure Statement For Debtors' Plan Of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code, on the parties listed in the Service List attached hereto.

      I certify under penalty of perjury that the forgoing statements are true.

Dated: December 21, 2004                       By: /s/ Ira M. Levee
                                                                    Ira M. Levee

## SERVICE LIST

Ryan B. Bennett, Esq.
**Kirkland & Ellis**
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (Telephone)
(312) 861-2200 (Facsimile)

*Co-Counsel for the Debtors*

Lewis Kruger, Esq.
**Stroock & Stroock & Lavan**
180 Maiden Lane
New York, NY 10038-4982
(212) 806-6006 (Facsimile)

*Counsel to the Official Committee of Unsecured Creditors*

Scott L. Baena, Esq.
**Bilzin, Sumberg, Dunn, Baena, Price & Axelrod**
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
(305) 374-7593 (Facsimile)

*Counsel to the Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esq.
**Caplin & Drysdale**
399 Park Avenue, 36th Floor
New York, NY 10022
(212) 644-6755 (Facsimile)

*Counsel to the Official Committee of Personal Injury Claimants*

Laura Davis Jones, Esq.
**Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.**
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
(302) 652-4100 (Telephone)
(302) 652-4400 (Facsimile)

*Co-Counsel for the Debtors*

Michael R. Lastowski, Esq.
**Duane, Morris & Heckscher, LLP**
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
(302) 657-4901 (Facsimile)

*Counsel to the Official Committee of Unsecured Creditors*

Michael B. Joseph, Esq.
**Ferry & Joseph, P.A.**
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1714 (Facsimile)

*Counsel to the Official Committee of Property Damage Claimants*

Marla Eskin, Esq.
**Campbell & Levine, LLC**
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-9947 (Facsimile)

*Counsel to the Official Committee of Personal Injury Claimants*

Thomas M. Mayer, Esq.
**Kramer Levin Naftalis & Frankel LLP**
919 Third Avenue
New York, NY 10022
(212) 715-8000 (Facsimile)

*Counsel to the Official Committee of Equity Holders*

Teresa K.D. Currier, Esq.
**Kleet Rooney Lieber & Schorling**
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
(302) 552-4220 (Facsimile)

*Counsel to the Official Committee of Equity Holders*

Richard H. Wyron, Esq.
**Swidler Berlin Shereff Friedman, LLP**
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7643 (Facsimile)

*Counsel to the Future Claimants' Representative*

John C. Phillips, Jr., Esq.
**Phillips, Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4210 (Facsimile)

*Counsel to the Future Claimants' Representative*

Office of the United States Trustee
Attn: Frank J. Perch, Esq.
844 N. King Street
Wilmington, DE 19801
(302) 573-6497 (Facsimile)

*Office of the United States Trustee*