# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## VERIFIED STATEMENT OF JASPAN SCHLESINGER HOFFMAN LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS. |
| COUNTY OF NEW CASTLE | ) |

Laurie Schenker-Polleck, being duly sworn, deposes and says:

1. I am a member of the law firm of Jaspan Schlesinger Hoffman LLP ("JSH") and hereby submit this Verified Statement on behalf of JSH.

2. This Verified Statement is filed in accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 (the "Revised Order").

3. This Verified Statement gives notice that JSH is representing more than one creditor and/or party-in-interest in the above-captioned bankruptcy cases.

4. JSH is serving as local counsel to various property damage claimants.

5. In response to the Revised Order requiring filing of statements pursuant to Fed. R. Bankr. P. 2019 entered in these cases on October 22, 2004, JSH has submitted the information requiring the various insurance creditors on compact disc form as exhibits hereto.

#11069.1

2

      6.    JSH was retained by primary counsel Motley Rice LLC as local counsel for the property damage claimants. Motley Rice LLC offices are located at 28 Bridgeside Boulevard, Mt. Pleasant, South Carolina 29465.

Dated: December 21, 2004
Wilmington, Delaware

                **JASPAN SCHLESINGER HOFFMAN LLP**

            By:    /s/ Laurie Schenker-Polleck
                    Laurie Schenker-Polleck (#4300)
                    913 North Market Street, 12th Floor
                    Wilmington, DE 19801
                    Telephone: (302) 351-8000
                    Facsimile: (302) 351-8010

## **VERIFICATION**

Laurie Schenker Polleck, Esquire, of full age, hereby verifies and states as follows:

1. I am a member of the law firm of Jaspan Schlesinger Hoffman which firm serves as local counsel to various property damage claimants.

2. I have reviewed the (i) foregoing Verified Statement Pursuant to Fed. R. Bankr. P. 2019 and (ii) the attached exhibits, and I verify under penalty of perjury that the information contained therein is true and correct.


Dated: December 21, 2004              By:    /s/ Laurie Schenker Polleck