IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-1139-JKF |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
<u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019</u>**

Erik B. Walker, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Hissey, Kientz & Herron, P.L.L.C., ("HKH") with offices at 16800 Imperial Valley Drive, Suite 130, Houston, Texas 77060.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Hissey, Kientz & Herron, P.L.L.C. with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has employed Hissey, Kientz & Herron, P.L.L.C. under an employment contract with Hissey, Kientz & Herron, P.L.L.C. A blank but unredacted exemplar of Hissey, Kientz & Herron, P.L.L.C.'s standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such

standard form of agreement or instrument is used by Hissey, Kientz & Herron, P.L.L.C. one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos Creditor represented by Hissey, Kientz & Herron, P.L.L.C., and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 20, 2004

Respectfully submitted,

Erik B. Walker, SBN 00792104
Hissey, Kientz & Herron, P.L.L.C.
16800 Imperial Valley Drive, Suite 130
Houston, Texas  77060
713 224-7670
713 224-7671 (Fax)

State of ___Texas___

County of ___Harris___

On this the 20 day of December, 2004, before me, the undersigned officer, personally appeared Erik B. Walker, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Ann Erickson
Notary Public

(SEAL) 
ANN ERICKSON
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUG. 31, 2008

Ann Erickson
Notary's name printed

Commission expires: 8-31-08