IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019**

Daniel C. Cohn, on behalf of Cohn & Whitesell LLP ("CW"), and Adam G. Landis, on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for the claimants injured by exposure to tremolite asbestos from the Debtors' operations in and near Libby, Montana identified in the exhibits referred to in paragraph 5 below (the "Libby Claimants"), make the following statement:

1. This Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715] (the "2019 Order").

2. CW and LRC are counsel for the Libby Claimants in the above-captioned cases.

3. CW was engaged as co-counsel by the Libby Claimants' personal injury counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C. ("MHSM") of Kalispell, Montana, and Lewis, Slovak & Kovacich, P.C. ("LSK") of Great Falls, Montana (collectively, "Montana Counsel"), to provide services related to the Debtors' cases on behalf of all of their respective clients having claims against the Debtors. In turn, CW engaged LRC to serve as Delaware counsel. CW and LRC will also represent any future clients of Montana Counsel who hold personal injury claims against the Debtors.

4. LRC also acts as Delaware counsel to the Town of Acton, Massachusetts (the "Town"). The Town is a creditor in these Chapter 11 cases, seeking a determination that its claims against the Debtors, which are related to a sewer project, arose post-petition and are not subject to the automatic stay. In the alternative, the Town seeks relief from the automatic stay to pursue its claims against the Debtors. The Libby Claimants and the Town are hereinafter collectively referred to as the "Clients."

5. LRC has fully advised the Clients with respect to this concurrent representation. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

6. CW and LRC do not possess any claims against or interests in the Debtors.

7. In accordance with the provisions of the 2019 Order, separate exhibits for the MHSM and LSK firms, containing the information required by the 2019 Order, have been submitted to the Clerk of this Court but have not been electronically filed.

Dated: December 21, 2004

LANDIS RATH & COBB LLP

_/s/ Kerri Mumford_
Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

-and-

Daniel C. Cohn
COHN & WHITESELL LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

Counsel to the Libby Claimants

## **VERIFICATION**

Daniel C. Cohn, a partner of CW, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to CW, Daniel C. Cohn verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____                    _____
Daniel C. Cohn                                                              Adam G. Landis
Dated: December 20, 2004                                          Dated: December __, 2004

877p\2019 statement4

## **VERIFICATION**

Daniel C. Cohn, a partner of CW, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to CW, Daniel C. Cohn verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____
Daniel C. Cohn
Dated: December __, 2004

_____
Adam G. Landis
Dated: December 21, 2004