**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  October 2004**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 0.5 | $ 150.00 |
| Bruneau, Lynn | Managing Director, IT | 33 | $ 360.00 | 1.0 | $ 360.00 |
| Blanchard, Victor | Associate Director | 17 | $ 295.00 | 77.5 | $ 22,862.50 |
| Haggard, Cary | Senior Manager, IT | 10 | $ 240.00 | 7.0 | $ 1,680.00 |
| Saxon, Christine | Senior Manager, IT | 8 | $ 240.00 | 98.0 | $ 23,520.00 |
| Petito, Matthew | Manager | 6 | $ 240.00 | 121.5 | $ 29,160.00 |
| Strickler, Kevin | Senior Consultant | 5 | $ 188.00 | 115.5 | $ 21,714.00 |
| Purvis, Robert | Senior Consultant | 33 | $ 175.00 | 81.0 | $ 14,175.00 |
| Martin, John | Senior Consultant | 29 | $ 175.00 | 140.0 | $ 24,500.00 |
| Carroll, Michael | Senior Consultant | 27 | $ 175.00 | 150.3 | $ 26,308.31 |
| Rosen, Lawrence | Senior Consultant | 39 | $ 175.00 | 116.5 | $ 20,387.50 |
| Drumwright, Joshua | Consultant, IT | 1 | $ 160.00 | 162.2 | $ 25,952.00 |
| Englemann, Erika | Senior Consultant, IT | 3 | $ 188.00 | 25.0 | $ 4,700.00 |
| Muller, Kathryn | Senior Consultant | 10 | $ 175.00 | 4.3 | $ 743.75 |
| Bivens, Faith | Administrative Asst. | 5 | $ 23.66 | 16.0 | $ 378.56 |
| Echarte, Sherrie | Administrative Asst. | 5 | $ 23.66 | 32.0 | $ 757.12 |
| | | | Totals | 1,100.3 | $ 216,213.06 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**    Marie Hendrixson
**Level:**    Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 15-Oct-04 | Discuss with Brian Kenny the entity level questionnaire and overall project status | $  300.00 | 0.5 | $       150.00 |
| | **Totals** | | **0.5** | **$       150.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**   Lynn Bruneau
**Level:**   Managing Director, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 29-Oct-04 | Discussion with Christine Saxon regarding overall project status and remediation | $   360.00 | 1.0 | $      360.00 |
| | **Totals** | | **1.0** | **$      360.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2004**
**(Billed in October 2004)**

**Name:**   Victor Blanchard
**Level:**   Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Sep-04 | Conference call with Marie Hendrixson to discuss overall project and areas of concern for Grace; discussed results with project team and Internal Audit | $ 295.00 | 3.5 | $ 1,032.50 |
| 2-Sep-04 | Reviewed Curtis Bay testing and drafted review notes for Kevin Strickler | $ 295.00 | 4.0 | $ 1,180.00 |
| 6-Sep-04 | Finalized review of Curtis Bay and cleared review notes; made modifications to the portal | $ 295.00 | 8.0 | $ 2,360.00 |
| 10-Sep-04 | Finalized review of Curtis Bay and cleared review notes; made modifications to the portal | $ 295.00 | 2.0 | $ 590.00 |
| 13-Sep-04 | Review Environmental workpapers after revisions done in Houston | $ 295.00 | 8.0 | $ 2,360.00 |
| 14-Sep-04 | Review testing documentation for Treasury to date | $ 295.00 | 7.0 | $ 2,065.00 |
| 15-Sep-04 | Meet with Christine Saxon regarding staffing issues, schedule for completing testing, status of documenting information in Portal, overview of status | $ 295.00 | 2.0 | $ 590.00 |
| 16-Sep-04 | Reviewed risk control matrices in the portal for IT testing and discussed findings with Christine Saxon and Lynn Bruneau | $ 295.00 | 6.0 | $ 1,770.00 |
| 17-Sep-04 | Discussed project scope and estimated to complete with project team and Internal Audit | $ 295.00 | 2.0 | $ 590.00 |
| 20-Sep-04 | Reviewed Treasury testing completed and drafted review notes for Kevin Strickler and Matt Petito | $ 295.00 | 8.0 | $ 2,360.00 |
| 23-Sep-04 | Made modifications to process flowcharts, risk control matrices and discussed open Treasury issues with project team | $ 295.00 | 7.0 | $ 2,065.00 |
| 27-Sep-04 | Finalized review of Environment testing; discussed approach with Kevin Strickler and Matt Petito | $ 295.00 | 8.0 | $ 2,360.00 |
| 28-Sep-04 | Reviewed risk control matrix reports for IT testing; ensured testing complete; discussed open issues with Christine Saxon; determined future testing approach | $ 295.00 | 6.0 | $ 1,770.00 |
| 29-Sep-04 | Discussed project scope and estimated to complete with Marie Hendrixson and communicated results of meeting to project team and Internal Audit | $ 295.00 | 4.0 | $ 1,180.00 |
| 30-Sep-04 | Discussed project scope and estimated to complete with project team and Internal Audit | $ 295.00 | 2.0 | $ 590.00 |
| | **Totals** | | **77.5** | **$ 22,862.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**   Cary Haggard
**Level:**   Senior Manager, Information Technology

| Date | Detailed Task / Activity | Bill Rate | | Hours | Fees | |
|---|---|---|---|---|---|---|
| 4-Oct-04 | Reviewed and analyzed additional requests for SAP work | $ | 240 | 1.0 | $ | 240.00 |
| 8-Oct-04 | Provided direction to Erika Engelmann as to what testing should be completed and what was completed in the past. Scheduled Erika's time, then adjusted the schedule to reflect WRG request for engagement date change. | $ | 240 | 2.0 | $ | 480.00 |
| 11-Oct-04 | Reviewed and analyzed additional requests for information, compared prior tests for utilization and sent email to WRG to request information. | $ | 240 | 2.0 | $ | 480.00 |
| 18-Oct-04 | Discussed current status of project with IT team | $ | 240 | 1.0 | $ | 240.00 |
| 26-Oct-04 | Discussed current status of project with IT team | $ | 240 | 1.0 | $ | 240.00 |
| | **Totals** | | | **7.0** | **$** | **1,680.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

Name:    Christine Saxon
Level:    Senior Manager, Information Technology

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 5-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Backup & Recovery into the Portal | $ 240.00 | 5.5 | $ 1,320.00 |
| 5-Oct-04 | Prep for IT SOA Weekly Status Call (complete IT Internal Audit Matrix, complete PwC Matrix, Deviations Matrix, Agenda) | $ 240.00 | 1.0 | $ 240.00 |
| 5-Oct-04 | IT SOA Weekly Status Call with Barb Summerson | $ 240.00 | 1.0 | $ 240.00 |
| 5-Oct-04 | Review deviations with Ed Slotwinski and Greg Covington | $ 240.00 | 0.5 | $ 120.00 |
| 6-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Backup & Recovery into the Portal - FINAL / COMPLETED | $ 240.00 | 3.5 | $ 840.00 |
| 6-Oct-04 | Review testing with Josh Drumwright, review work papers, exceptions. | $ 240.00 | 1.5 | $ 360.00 |
| 6-Oct-04 | Load scanned work papers for Data Center & Operations into the Portal | $ 240.00 | 2.5 | $ 600.00 |
| 6-Oct-04 | Return client calls and client emails (various control owners) | $ 240.00 | 0.5 | $ 120.00 |
| 11-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Data Center & Operations into the Portal - FINAL / COMPLETED | $ 240.00 | 10.0 | $ 2,400.00 |
| 12-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin OS into the Portal | $ 240.00 | 6.0 | $ 1,440.00 |
| 12-Oct-04 | Prep for IT SOA Weekly Status Call (complete IT Internal Audit Matrix, complete PwC Matrix, Deviations Matrix, Agenda) | $ 240.00 | 1.0 | $ 240.00 |
| 12-Oct-04 | IT SOA Weekly Status Call with Barb Summerson | $ 240.00 | 1.0 | $ 240.00 |
| 12-Oct-04 | Review testing with Josh Drumwright, review work papers, exceptions. | $ 240.00 | 2.0 | $ 480.00 |
| 13-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin OS into the Portal - FINAL / COMPLETED | $ 240.00 | 7.0 | $ 1,680.00 |
| 13-Oct-04 | Review testing with Josh Drumwright, review work papers, exceptions. | $ 240.00 | 2.0 | $ 480.00 |
| 13-Oct-04 | Meeting with Marty Krist for testing (SOAR / Ceridian) | $ 240.00 | 0.5 | $ 120.00 |
| 13-Oct-04 | Return client calls and client emails (various control owners) | $ 240.00 | 0.5 | $ 120.00 |
| 14-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin DB into the Portal. | $ 240.00 | 2.0 | $ 480.00 |
| 18-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin DB into the Portal - FINAL / COMPLETED | $ 240.00 | 10.0 | $ 2,400.00 |
| 19-Oct-04 | Prep for IT SOA Weekly Status Call (complete IT Internal Audit Matrix, complete PwC Matrix, Deviations Matrix, Agenda) | $ 240.00 | 1.0 | $ 240.00 |
| 19-Oct-04 | IT SOA Weekly Status Call with Barb Summerson | $ 240.00 | 1.0 | $ 240.00 |
| 20-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin LAN into the Portal - FINAL / COMPLETED | $ 240.00 | 10.0 | $ 2,400.00 |
| 27-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin WAN into the Portal - FINAL / COMPLETED | $ 240.00 | 10.0 | $ 2,400.00 |
| 28-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Change Management SAP into the Portal. | $ 240.00 | 10.0 | $ 2,400.00 |
| 29-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Change Management SAP into the Portal - FINAL / COMPLETED | $ 240.00 | 2.0 | $ 480.00 |
| 29-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Change Management Ceridian into the Portal. | $ 240.00 | 3.0 | $ 720.00 |
| 29-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin Ceridian into the Portal. | $ 240.00 | 3.0 | $ 720.00 |
| | **Totals** | | 98.0 | $ 23,520.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Oct-04 | Go over Worms remediation points with Thomas Hirsch and Hans Wienz | $ 188.00 | 0.5 | $     94.00 |
| 1-Oct-04 | Review documentation in Portal | $ 188.00 | 1.0 | $    188.00 |
| 1-Oct-04 | Develop Worms Financial Reporting process description | $ 188.00 | 1.5 | $    282.00 |
| 4-Oct-04 | Develop Worms Financial Reporting testplan | $ 188.00 | 2.0 | $    376.00 |
| 4-Oct-04 | Develop Worms Treasury testplan | $ 188.00 | 1.0 | $    188.00 |
| 4-Oct-04 | Develop Epemon Financial Reporting testplan | $ 188.00 | 1.0 | $    188.00 |
| 4-Oct-04 | Upload Epemon documents to Portal | $ 188.00 | 2.0 | $    376.00 |
| 5-Oct-04 | Finalize Epemon testing and related issues in the Portal | $ 188.00 | 2.0 | $    376.00 |
| 5-Oct-04 | Update Epemon Payroll Process Description | $ 188.00 | 0.5 | $     94.00 |
| 5-Oct-04 | Meet with Greg Demory regarding Epemon open items | $ 188.00 | 0.5 | $     94.00 |
| 5-Oct-04 | Scan Epemon and Worms documents and upload them into the Portal | $ 188.00 | 2.0 | $    376.00 |
| 5-Oct-04 | Review and upload Epemon Payroll documentation | $ 188.00 | 3.0 | $    564.00 |
| 6-Oct-04 | Answer review notes for Chicago 65th Street | $ 188.00 | 7.0 | $  1,316.00 |
| 6-Oct-04 | Answer review notes for Curtis Bay | $ 188.00 | 1.0 | $    188.00 |
| 7-Oct-04 | Answer review notes for Curtis Bay | $ 188.00 | 5.0 | $    940.00 |
| 7-Oct-04 | Answer review notes for Cambridge | $ 188.00 | 3.0 | $    564.00 |
| 8-Oct-04 | Update testing dates in Chicago (all sites), Cambridge, Curtis Bay, and Houston site documentation. | $ 188.00 | 6.0 | $  1,128.00 |
| 8-Oct-04 | Plan for future work/ site visits | $ 188.00 | 1.0 | $    188.00 |
| 12-Oct-04 | Discuss remediation approach with Ryan Heaps | $ 188.00 | 0.5 | $     94.00 |
| 12-Oct-04 | Discuss Curtis Bay Centralized work with Mahmoud Bah | $ 188.00 | 0.5 | $     94.00 |
| 12-Oct-04 | Answer review notes for Curtis Bay Centralized | $ 188.00 | 6.0 | $  1,128.00 |
| 13-Oct-04 | Answer review notes for Cambridge | $ 188.00 | 2.0 | $    376.00 |
| 13-Oct-04 | Discuss pension issue with Matthew Petito and John Martin | $ 188.00 | 0.5 | $     94.00 |
| 13-Oct-04 | Answer review notes for Curtis Bay Centralized | $ 188.00 | 5.5 | $  1,034.00 |
| 19-Oct-04 | Answer review notes for Curtis Bay Poly | $ 188.00 | 2.5 | $    470.00 |
| 19-Oct-04 | Change and upload flow chart for Epemon | $ 188.00 | 0.5 | $     94.00 |
| 19-Oct-04 | Meet with Mike Carroll regarding Epemon | $ 188.00 | 1.0 | $    188.00 |
| 19-Oct-04 | Resolve Grace-related IT Issues | $ 188.00 | 1.5 | $    282.00 |
| 20-Oct-04 | Answer review notes for Curtis Bay FCC | $ 188.00 | 1.0 | $    188.00 |
| 20-Oct-04 | Answer review notes for Chicago 65th Street | $ 188.00 | 1.0 | $    188.00 |
| 20-Oct-04 | Plan travel for Worms and Chicago site visits | $ 188.00 | 1.0 | $    188.00 |
| 20-Oct-04 | Follow up on open items for Curtis Bay Centralized | $ 188.00 | 4.0 | $    752.00 |
| 21-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 2.0 | $    376.00 |
| 21-Oct-04 | Prepare Worms PBC list | $ 188.00 | 6.0 | $  1,128.00 |
| 22-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 1.0 | $    188.00 |
| 22-Oct-04 | Prepare Chicago 65th PBC list | $ 188.00 | 3.0 | $    564.00 |
| 22-Oct-04 | Follow up on open item for Epemon | $ 188.00 | 0.5 | $     94.00 |
| 22-Oct-04 | Review Worms PBC list | $ 188.00 | 2.0 | $    376.00 |
| 22-Oct-04 | Prepare Chicago 65th Virsa Report | $ 188.00 | 0.5 | $     94.00 |
| 25-Oct-04 | Determine cube location and set up computer and files per request of Barb Summerson | $ 188.00 | 1.0 | $    188.00 |
| 25-Oct-04 | Prepare Curtis Bay Virsa Report | $ 188.00 | 5.0 | $    940.00 |
| 25-Oct-04 | Update Curtis Bay documents in Portal based on review notes | $ 188.00 | 1.0 | $    188.00 |
| 25-Oct-04 | Prepare Chicago Credit Memo selection | $ 188.00 | 1.0 | $    188.00 |
| 26-Oct-04 | Prepare Curtis Bay Virsa Report | $ 188.00 | 0.5 | $     94.00 |
| 26-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 0.5 | $     94.00 |
| 26-Oct-04 | Prepare Chicago 65th Virsa Report | $ 188.00 | 0.5 | $     94.00 |
| 26-Oct-04 | Prepare Chicago 51st Virsa Report | $ 188.00 | 4.0 | $    752.00 |
| 26-Oct-04 | Discuss Chicago 51st planning with Ryan Heaps, Mahmoud Bah, Shaun Landers, and Loren VanLoan | $ 188.00 | 1.0 | $    188.00 |
| 26-Oct-04 | Review evaluation with Matthew Petito | $ 188.00 | 1.0 | $    188.00 |
| 27-Oct-04 | Prepare Chicago 51st Virsa Report | $ 188.00 | 2.0 | $    376.00 |
| 27-Oct-04 | Finalize Curtis Bay PBC list | $ 188.00 | 2.5 | $    470.00 |
| 27-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 1.0 | $    188.00 |
| 27-Oct-04 | Generate and review Portal RCM reports for inquiry controls | $ 188.00 | 1.5 | $    282.00 |
| 28-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 0.5 | $     94.00 |
| 28-Oct-04 | Review inquiry and observation controls and correct them in the Portal | $ 188.00 | 5.0 | $    940.00 |
| 28-Oct-04 | Discuss client billing issues with Matthew Petito | $ 188.00 | 1.0 | $    188.00 |
| 28-Oct-04 | Review mergers and acquisitions (M&A) RCM | $ 188.00 | 1.0 | $    188.00 |
| 28-Oct-04 | Review and resolve Chicago 51st Street VIRSA items | $ 188.00 | 0.5 | $     94.00 |
| 29-Oct-04 | Review M&A RCM | $ 188.00 | 1.0 | $    188.00 |
| 29-Oct-04 | Test Davison Corporate Inv. and LIFO analyses | $ 188.00 | 1.5 | $    282.00 |
| | **Totals** | | 115.5 | $21,714.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

Name: Robert Purvis
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-04 | Worms Inventory Management flowchart revisions | $ 175.00 | 1.5 | $ 262.50 |
| 1-Oct-04 | Worms Inventory Management portal update | $ 175.00 | 0.5 | $ 87.50 |
| 1-Oct-04 | Worms Capital Assets remediation meeting | $ 175.00 | 1.0 | $ 175.00 |
| 1-Oct-04 | Worms Inventory Management review results of final testing for BOM Maintenance and update portal to reflect changed control evaluations. | $ 175.00 | 1.0 | $ 175.00 |
| 11-Oct-04 | Environmental (Internal Reporting) revise process flows and related risks and controls | $ 175.00 | 3.0 | $ 525.00 |
| 11-Oct-04 | Environmental (Internal Reporting) update portal with revised flows and changes to Risk Control Matrix | $ 175.00 | 2.0 | $ 350.00 |
| 11-Oct-04 | Worms Fixed Assets make changes to test workpapers and RCMatrix as result of review notes from S Landers. | $ 175.00 | 1.5 | $ 262.50 |
| 11-Oct-04 | Worms Inventory Management prepare documents for scanning to portal | $ 175.00 | 2.0 | $ 350.00 |
| 12-Oct-04 | Environmental (Regulatory) revise process flows and related risks and controls | $ 175.00 | 2.0 | $ 350.00 |
| 12-Oct-04 | Environmental (Regulatory) update portal with revised flows and changes to Risk Control Matrix | $ 175.00 | 1.0 | $ 175.00 |
| 12-Oct-04 | Worms Fixed Assets make changes to test workpapers and RCMatrix as result of review notes from S Landers. | $ 175.00 | 1.5 | $ 262.50 |
| 12-Oct-04 | Worms Inventory Management scan documents and upload to portal, update portal evaluations | $ 175.00 | 4.0 | $ 700.00 |
| 13-Oct-04 | Environmental (Financial) update RCMatrix in portal, prepare list of documents to request from client | $ 175.00 | 2.0 | $ 350.00 |
| 13-Oct-04 | Treasury make changes to test workpapers and RC Matrix as result of review notes from S Landers | $ 175.00 | 2.5 | $ 437.50 |
| 13-Oct-04 | Environmental prepare PBC document, discuss approach with Matt Petito | $ 175.00 | 1.5 | $ 262.50 |
| 14-Oct-04 | Environmental complete PBC requirements document, discuss with Matt Petito | $ 175.00 | 3.0 | $ 525.00 |
| 14-Oct-04 | Environmental complete revisions to flows and RCMatrix | $ 175.00 | 3.0 | $ 525.00 |
| 14-Oct-04 | Environmental discuss testing requirements with Bill Corcoran | $ 175.00 | 1.0 | $ 175.00 |
| 14-Oct-04 | Environmental discuss with John Martin impact of testing done at GL Close and Financial Reporting. | $ 175.00 | 1.0 | $ 175.00 |
| 15-Oct-04 | Curtis Bay Silicas clear Loren VanLoan's review notes | $ 175.00 | 3.0 | $ 525.00 |
| 15-Oct-04 | Treasury clear Shaun Landers' review notes | $ 175.00 | 3.0 | $ 525.00 |
| 18-Oct-04 | Curtis Bay Silicas clear Loren VanLoan's review notes | $ 175.00 | 5.0 | $ 875.00 |
| 18-Oct-04 | Treasury clear Shaun Landers' review notes | $ 175.00 | 3.0 | $ 525.00 |
| 19-Oct-04 | Treasury clear Shaun Landers' review notes | $ 175.00 | 4.0 | $ 700.00 |
| 19-Oct-04 | Curtis Bay Silicas clear Loren VanLoan's review notes | $ 175.00 | 3.5 | $ 612.50 |
| 19-Oct-04 | Regional Sales combine flow charts (Loren VanLoan) | $ 175.00 | 1.0 | $ 175.00 |
| 20-Oct-04 | Curtis Bay Silicas clear Loren VanLoan's review notes | $ 175.00 | 1.0 | $ 175.00 |
| 20-Oct-04 | Regional Sales combine flow charts (Loren VanLoan) | $ 175.00 | 5.5 | $ 962.50 |
| 20-Oct-04 | Regional Sales update flows with risks and controls (LVL) | $ 175.00 | 1.5 | $ 262.50 |
| 21-Oct-04 | Regional Sales update flows with risks and controls (LVL) | $ 175.00 | 1.5 | $ 262.50 |
| 21-Oct-04 | Regional Sales import and update RCMatrix (Loren VL) | $ 175.00 | 6.0 | $ 1,050.00 |
| 21-Oct-04 | Regional Sales obtain price change information from Livermore, Pompano, and Houston sales coordinators | $ 175.00 | 1.0 | $ 175.00 |
| 22-Oct-04 | Performed environment testing and documented results in the portal | $ 175.00 | 2.5 | $ 437.50 |
| 22-Oct-04 | Discussed and reviewed environment test results with the process owners and Matt Petito | $ 175.00 | 2.0 | $ 350.00 |
| 22-Oct-04 | Reviewed process flowcharts for environment and made appropriate modifications | $ 175.00 | 2.5 | $ 437.50 |
| | **Totals** | | 81.0 | $ 14,175.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

Name: John Marin
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-04 | Warme Accounts Payable Corrective Action Database (CADE) review | $ 175.00 | 1.0 | $ 175.00 |
| 1-Oct-04 | Warme Accounts Payable Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 1-Oct-04 | Warme Accounts Payable Remediation comments-Hrsc | $ 175.00 | 1.0 | $ 175.00 |
| 1-Oct-04 | Warme processing AP Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 4-Oct-04 | Warme Accounts Payable SAP - Segregation of Duties (SOD) issues | $ 175.00 | 2.0 | $ 350.00 |
| 4-Oct-04 | Warme Recording AP Process documentation | $ 175.00 | 2.0 | $ 350.00 |
| 4-Oct-04 | Warme Accounts Payable SAP - auth access testing | $ 175.00 | 2.0 | $ 350.00 |
| 4-Oct-04 | Warme Accounts Payable Portal-revision | $ 175.00 | 1.0 | $ 175.00 |
| 4-Oct-04 | Warme Accounts Payable CADE review | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Warme Recording AP Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Warme processing AP Process documentation | $ 175.00 | 1.5 | $ 262.50 |
| 5-Oct-04 | Warme exp report processing Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Warme Accounts Payable Portal-document upload | $ 175.00 | 2.0 | $ 350.00 |
| 6-Oct-04 | Corporate Fin Rptg Process discussion - iv | $ 175.00 | 1.0 | $ 175.00 |
| 6-Oct-04 | Corporate Fin Rptg SAP - SOD issues | $ 175.00 | 1.0 | $ 175.00 |
| 6-Oct-04 | Corporate Fin Rptg Portal-RCM review | $ 175.00 | 0.5 | $ 87.50 |
| 6-Oct-04 | Corporate GI Close Sample testing-Account analysis | $ 175.00 | 2.0 | $ 350.00 |
| 6-Oct-04 | Corporate GI Close Process documentation-Account analysis | $ 175.00 | 1.0 | $ 175.00 |
| 6-Oct-04 | Columbia - Davison GI Close Sample testing-Account analysis | $ 175.00 | 3.0 | $ 525.00 |
| 6-Oct-04 | Columbia - Davison GI Close Process documentation-Account analysis | $ 175.00 | 2.0 | $ 350.00 |
| 7-Oct-04 | Warme Recording AP Portal-revision | $ 175.00 | 2.0 | $ 350.00 |
| 7-Oct-04 | Warme processing AP Portal-revision | $ 175.00 | 2.0 | $ 350.00 |
| 7-Oct-04 | Warme Accounts Payable SAP - auth access testing | $ 175.00 | 1.5 | $ 262.50 |
| 7-Oct-04 | Singapore General Remediation comments-PWC responses | $ 175.00 | 2.5 | $ 437.50 |
| 8-Oct-04 | Corporate GI Close Remediation comments-prep-Account analysis | $ 175.00 | 1.0 | $ 175.00 |
| 8-Oct-04 | Columbia - Davison GI Close Remediation comments-prep Account analysis | $ 175.00 | 1.5 | $ 262.50 |
| 8-Oct-04 | Corporate Pensions Process discussion - owner | $ 175.00 | 1.0 | $ 175.00 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-Account analysis | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-journal entry | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-intercompany eliminations | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-GL to SOAR | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-SOAR to F2 | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-F/S disclosures | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Sample testing-minute | $ 175.00 | 1.5 | $ 262.50 |
| 12-Oct-04 | Corporate Pensions Process discussion - owner | $ 175.00 | 2.5 | $ 437.50 |
| 12-Oct-04 | Corporate Pensions Process discussion - Internal Audit (IA) | $ 175.00 | 2.0 | $ 350.00 |
| 12-Oct-04 | Corporate GI Close Testplan revisio | $ 175.00 | 1.5 | $ 262.50 |
| 12-Oct-04 | Corporate GI Close Sample selectio | $ 175.00 | 2.5 | $ 437.50 |
| 13-Oct-04 | Col - Davison GI Close Testplan revision-Account analysi | $ 175.00 | 1.0 | $ 175.00 |
| 13-Oct-04 | Col - Davison GI Close Population analysis-Account analysis | $ 175.00 | 2.5 | $ 437.50 |
| 13-Oct-04 | Col - Davison GI Close Sample selection-Account analysi | $ 175.00 | 2.0 | $ 350.00 |
| 13-Oct-04 | Col - Davison GI Close Process discussion - IA-Account analysis | $ 175.00 | 2.0 | $ 350.00 |
| 13-Oct-04 | Col - Davison GI Close PBC schedule prep-Account analysis | $ 175.00 | 0.5 | $ 87.50 |
| 14-Oct-04 | Corporate Fin Rptg Testplan revision-minute | $ 175.00 | 1.0 | $ 175.00 |
| 14-Oct-04 | Corporate Fin Rptg Population analysis-minute | $ 175.00 | 0.5 | $ 87.50 |
| 14-Oct-04 | Corporate Fin Rptg Sample selection-minute | $ 175.00 | 0.5 | $ 87.50 |
| 14-Oct-04 | Corporate Fin Rptg Sample evaluation-minute | $ 175.00 | 1.5 | $ 262.50 |
| 14-Oct-04 | Corporate Fin Rptg Test Document prep-minute | $ 175.00 | 1.0 | $ 175.00 |
| 14-Oct-04 | Corporate SOAR PBC schedule prep | $ 175.00 | 0.5 | $ 87.50 |
| 14-Oct-04 | Corporate GI Close PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 14-Oct-04 | Corporate Fin Rptg PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 15-Oct-04 | Corporate Pensions Process discussion - owner | $ 175.00 | 0.5 | $ 87.50 |
| 15-Oct-04 | Corporate Pensions Process discussion - iv | $ 175.00 | 2.0 | $ 350.00 |
| 15-Oct-04 | Corporate Pensions Process documentatio | $ 175.00 | 2.5 | $ 437.50 |
| 15-Oct-04 | Corporate Pensions Flowchart revision | $ 175.00 | 1.5 | $ 262.50 |
| 15-Oct-04 | Col - Davison GI Close SAP SOD identificatio | $ 175.00 | 1.0 | $ 175.00 |
| 18-Oct-04 | Corporate Pensions Process documentatio | $ 175.00 | 2.0 | $ 350.00 |
| 18-Oct-04 | Davison GI Close SAP authorization test | $ 175.00 | 0.5 | $ 87.50 |
| 18-Oct-04 | Davison GI Close SAP SOD identificatio | $ 175.00 | 2.0 | $ 350.00 |
| 18-Oct-04 | Corporate GI Close SAP authorization test | $ 175.00 | 0.5 | $ 87.50 |
| 18-Oct-04 | Corporate GI Close SAP SOD identificatio | $ 175.00 | 1.5 | $ 262.50 |
| 18-Oct-04 | Davison GI Close PBC schedule prep-Account analysi | $ 175.00 | 0.5 | $ 87.50 |
| 18-Oct-04 | Corporate GI Close PBC schedule prep-Account analysi | $ 175.00 | 1.0 | $ 175.00 |
| 19-Oct-04 | Corporate GI Close Sample selection-Account analysi | $ 175.00 | 2.5 | $ 437.50 |
| 19-Oct-04 | Davison GI Close Sample selection-Account analysi | $ 175.00 | 2.5 | $ 437.50 |
| 19-Oct-04 | Cambridge GI Close Population analysis-Account analysi | $ 175.00 | 1.5 | $ 262.50 |
| 19-Oct-04 | Cambridge GI Close Sample selection-Account analysi | $ 175.00 | 1.5 | $ 262.50 |
| 20-Oct-04 | Corporate Pensions Process documentatio | $ 175.00 | 4.0 | $ 700.00 |
| 20-Oct-04 | Corporate Pensions Process discussion - iv | $ 175.00 | 1.0 | $ 175.00 |
| 20-Oct-04 | Corporate Pensions Process discussion - owner | $ 175.00 | 0.5 | $ 87.50 |
| 20-Oct-04 | Curtis Bay General Remediation meetin | $ 175.00 | 1.5 | $ 262.50 |
| 20-Oct-04 | Cambridge General Remediation meetin | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Cambridge GI Close PBC schedule prep-Account analysi | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Davison GI Close PBC schedule prep-Account analysi | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Davison GI Close PBC schedule prep-P&L review | $ 175.00 | 0.5 | $ 87.50 |
| 21-Oct-04 | Corporate GI Close PBC schedule prep-Account analysi | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corporate GI Close PBC schedule prep-checklist/confirm letters | $ 175.00 | 0.5 | $ 87.50 |
| 21-Oct-04 | Corporate SOAR PBC schedule prep-currency intercello | $ 175.00 | 0.5 | $ 87.50 |
| 21-Oct-04 | Corporate SOAR PBC schedule prep-GL to SOAR | $ 175.00 | 0.5 | $ 87.50 |
| 21-Oct-04 | Corporate Fin Rptg PBC schedule prep-F/S disclosure | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corporate Fin Rptg PBC schedule prep-checklist/confirm letter | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corporate Fin Rptg PBC schedule prep-minute | $ 175.00 | 1.0 | $ 175.00 |
| 22-Oct-04 | Davison GI Close Sample testing-Account analysi | $ 175.00 | 2.0 | $ 350.00 |
| 22-Oct-04 | Corporate GI Close Sample testing-minute | $ 175.00 | 0.5 | $ 87.50 |
| 22-Oct-04 | Corporate GI Close Process discussion - owners-Account analysis | $ 175.00 | 1.5 | $ 262.50 |
| 22-Oct-04 | Davison GI Close Process discussion - owners-Account analysis | $ 175.00 | 1.0 | $ 175.00 |
| 22-Oct-04 | Davison GI Close Sample testing-Account analysi | $ 175.00 | 2.0 | $ 350.00 |
| 22-Oct-04 | Davison General SAP - SOD issues | $ 175.00 | 1.0 | $ 175.00 |
| 25-Oct-04 | Corporate GI Close Sample testing-Account analysi | $ 175.00 | 8.0 | $ 1,400.00 |
| 26-Oct-04 | Davison GI Close Sample testing-Account analysi | $ 175.00 | 8.0 | $ 1,400.00 |
| 29-Oct-04 | Cambridge General Portal-RCM review | $ 175.00 | 2.0 | $ 350.00 |
| 29-Oct-04 | Cambridge General SAP SOD identificatio | $ 175.00 | 2.0 | $ 350.00 |
| 29-Oct-04 | Cambridge Accounts Payable SAP authorization test | $ 175.00 | 1.0 | $ 175.00 |
| 29-Oct-04 | Cambridge Fixed Assets SAP authorization test | $ 175.00 | 1.0 | $ 175.00 |
| 29-Oct-04 | Corporate GI Close Process documentatio | $ 175.00 | 1.0 | $ 175.00 |
| 29-Oct-04 | Davison GI Close Process documentatio | $ 175.00 | 1.0 | $ 175.00 |
| | Totals | | 140.0 | $ 24,500.00 |

ProfViti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

Name: Michael Carrol
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-04 | In Worms, Germany: update portal for Epernon capital asset management - additions, disposals/sales (RCM, Documentation) | $ 175 | 2.0 | $ 350.00 |
| 1-Oct-04 | In Worms, Germany: Worms task list finalize, filing, copying | $ 175 | 1.0 | $ 175.00 |
| 1-Oct-04 | In Worms, Germany: Closing/status meeting with procurement | $ 175 | 0.5 | $ 87.50 |
| 1-Oct-04 | In Worms, Germany: Closing/status meeting with rebates - FOC, Silica | $ 175 | 0.5 | $ 87.50 |
| 4-Oct-04 | Mtg with G Demory regarding open points for Epernon | $ 175 | 0.6 | $ 102.08 |
| 4-Oct-04 | Draft memo for G Demory on tasks needed to properly update Portal for Epernon | $ 175 | 1.0 | $ 175.00 |
| 4-Oct-04 | Reviewed Epernon materials in Portal to determine status: editing needed, conclusion not consistant with data, missing documents, missing fields, language not consistent with content | $ 175 | 7.5 | $ 1,312.50 |
| 5-Oct-04 | Mtgs with G Demory to discuss testing in Epernon | $ 175 | 0.8 | $ 145.83 |
| 5-Oct-04 | Mtg with M Petito to discuss Chicago open points | $ 175 | 0.5 | $ 87.50 |
| 5-Oct-04 | Epernon: review and edit control language to equal Control List | $ 175 | 4.5 | $ 787.50 |
| 5-Oct-04 | Talcon with A Urso, Chicago on Payroll process flow - changes, edits | $ 175 | 1.5 | $ 262.50 |
| 5-Oct-04 | Epernon: review specialized inventory accounting testsheet, edit | $ 175 | 1.5 | $ 262.50 |
| 6-Oct-04 | Epernon: review bills of materials testsheet, edit | $ 175 | 1.5 | $ 306.25 |
| 6-Oct-04 | Epernon: review bills of materials access testsheet, edit | $ 175 | 1.5 | $ 262.50 |
| 6-Oct-04 | Talcon with A Urso, Chicago on Payroll process flow edits and payroll sample | $ 175 | 1.5 | $ 262.50 |
| 6-Oct-04 | Worms: review, edits to Procurement test plan | $ 175 | 1.0 | $ 175.00 |
| 6-Oct-04 | Mtgs with S Landers on Worms issues | $ 175 | 0.5 | $ 87.50 |
| 6-Oct-04 | Mtgs with G Demory on Epernon issues | $ 175 | 1.0 | $ 175.00 |
| 6-Oct-04 | Epernon: review reconciling shipments testsheet, edit, consolidate phase I results | $ 175 | 1.5 | $ 262.50 |
| 7-Oct-04 | Epernon review other inventory management testsheets, edits | $ 175 | 4.0 | $ 700.00 |
| 7-Oct-04 | Epernon review phase I testsheet goods receipt, edits | $ 175 | 1.5 | $ 262.50 |
| 7-Oct-04 | Epernon review and edit IM test plan | $ 175 | 1.0 | $ 175.00 |
| 7-Oct-04 | Epernon: review and edit IM process description | $ 175 | 1.0 | $ 262.50 |
| 7-Oct-04 | Mtgs with G Demory, S Landers, M Bah, L VanLoan, M Petito regarding project status | $ 175 | 1.5 | $ 262.50 |
| 8-Oct-04 | Epernon: AP review materials in Portal | $ 175 | 3.0 | $ 525.00 |
| 8-Oct-04 | Review Epernon risk control matrix in portal for accuracy | $ 175 | 3.0 | $ 525.00 |
| 8-Oct-04 | Worms: file transfer pay request of internal Audit | $ 175 | 0.4 | $ 70.00 |
| 8-Oct-04 | Epernon: Testing of credit and collections | $ 175 | 2.5 | $ 437.50 |
| 8-Oct-04 | Epernon: payroll testing with Anna Urso | $ 175 | 0.6 | $ 105.00 |
| 11-Oct-04 | Epernon: credit and collections (C&C): review, edits, upload to portal | $ 175 | 9.5 | $ 1,662.50 |
| 11-Oct-04 | Mtgs with G Demory, S Landers, M Bah, L VanLoan, M Petito regarding project status | $ 175 | 1.0 | $ 175.00 |
| 11-Oct-04 | Chicago: payroll - review test plan and upload to Portal | $ 175 | 0.8 | $ 155.00 |
| 11-Oct-04 | Worms - procurement follow-up status of SOD data | $ 175 | 0.2 | $ 35.00 |
| 11-Oct-04 | Epernon: C&C process description - review, edit, upload to Portal | $ 175 | 0.7 | $ 122.50 |
| 11-Oct-04 | Epernon: C&C test plan - review, edit | $ 175 | 1.5 | $ 262.50 |
| 12-Oct-04 | Epernon: C&C uploads to portal | $ 175 | 2.6 | $ 462.08 |
| 12-Oct-04 | Worms - procurement PH2-A testsheet updated for new VRSA data, uploaded | $ 175 | 0.8 | $ 140.00 |
| 12-Oct-04 | Mtgs with G Demory, S Landers, L VanLoan, M Petito, K Sinkular regarding upcoming testing and related approach | $ 175 | 1.0 | $ 175.00 |
| 12-Oct-04 | Worms - follow-ups on customer rebates FOC, Silica | $ 175 | 0.7 | $ 122.50 |
| 12-Oct-04 | Epernon: scanning and upload to the portal | $ 175 | 2.0 | $ 350.00 |
| 12-Oct-04 | Epernon: review payroll data in Portal, edit testsheets, upload | $ 175 | 2.0 | $ 350.00 |
| 12-Oct-04 | Develop follow-up list for Greg Demory | $ 175 | 0.5 | $ 87.50 |
| 13-Oct-04 | Epernon: scanning exceptions: inventory, AP | $ 175 | 0.6 | $ 107.92 |
| 13-Oct-04 | Epernon: edit, upload testsheets - A/P, Inventory | $ 175 | 1.0 | $ 175.00 |
| 13-Oct-04 | Epernon: reviewing files to identify originals to return to site | $ 175 | 1.0 | $ 175.00 |
| 13-Oct-04 | Epernon: reviewing portal for consistency, completeness | $ 175 | 3.3 | $ 577.50 |
| 13-Oct-04 | Epernon review, edit, discuss with G Demory, upload - testing sheets for accounts payable | $ 175 | 3.0 | $ 550.00 |
| 13-Oct-04 | Mtgs with G Demory, S Landers to discuss project status | $ 175 | 1.0 | $ 175.00 |
| 14-Oct-04 | Finalize Epernon testing and discuss with Greg Demory | $ 175 | 9.1 | $ 1,599.58 |
| 14-Oct-04 | Epernon review, edit, discuss with G Demory, upload - testing sheet AP2-C | $ 175 | 1.0 | $ 175.00 |
| 15-Oct-04 | Epernon - Review SO data in portal | $ 175 | 9.2 | $ 1,604.17 |
| 15-Oct-04 | Epernon review, edit, discuss with G Demory, upload - testing sheets for sales order processing | $ 175 | 3.0 | $ 525.00 |
| 15-Oct-04 | Scan SO exception documents, uploads | $ 175 | 1.0 | $ 175.00 |
| 18-Oct-04 | Epernon - General Ledger Close (GLC) portal review | $ 175 | 1.5 | $ 262.50 |
| 18-Oct-04 | Epernon - GLC portal review | $ 175 | 6.3 | $ 1,093.75 |
| 18-Oct-04 | Issues with GLC1-B, review, edit, discuss with G Demory | $ 175 | 1.0 | $ 175.00 |
| 18-Oct-04 | Issues with GLC1-C, review, edit, discuss with G Demory | $ 175 | 1.0 | $ 175.00 |
| 18-Oct-04 | Issues with TAX1-A: review, identify issues discuss with G Demory | $ 175 | 1.0 | $ 175.00 |
| 18-Oct-04 | Epernon - DLC portal review | $ 175 | 2.8 | $ 490.83 |
| 18-Oct-04 | Mtg with K Sinkler re: financial reporting issues | $ 175 | 1.0 | $ 175.00 |
| 18-Oct-04 | Mailing edits to financial reporting items, uploading to Portal (PRIR3-A, TAX 1-C, etc.) | $ 175 | 2.0 | $ 350.00 |
| 18-Oct-04 | Mtg with M Petito on next phase of Houston testing | $ 175 | 0.5 | $ 87.50 |
| 18-Oct-04 | Mtg with L Van Loon on next phase of Houston testing | $ 175 | 0.3 | $ 52.50 |
| 18-Oct-04 | Telcons with Houston (Simon) on next phase of Houston testing and follow-ups | $ 175 | 1.0 | $ 175.00 |
| 18-Oct-04 | Mtgs with G Demory on Epernon financial reporting issues, follow-ups | $ 175 | 0.5 | $ 87.50 |
| 18-Oct-04 | Update Houston followup spreadsheet for data from Portal, Corrective Actions | $ 175 | 0.5 | $ 87.50 |
| 19-Oct-04 | Discuss open issues for Houston with David Simkins | $ 175 | 0.4 | $ 70.00 |
| 20-Oct-04 | Corrective actions to RMC - Chicago - review, develop database | $ 175 | 3.3 | $ 577.50 |
| 20-Oct-04 | RMC to corrective actions - Chicago - review, develop database | $ 175 | 3.0 | $ 525.00 |
| 20-Oct-04 | Open item list for Houston and discuss with Matt Petito | $ 175 | 1.0 | $ 175.00 |
| 20-Oct-04 | Houston - Simkins - talcon, email for followup for procurement testing | $ 175 | 0.7 | $ 122.50 |
| 20-Oct-04 | Houston - Simon - talcon, email for inventory testing | $ 175 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corrective actions to risk control matrix | $ 175 | 2.4 | $ 425.83 |
| 21-Oct-04 | Select Houston Production sample - M551 | $ 175 | 2.0 | $ 350.00 |
| 21-Oct-04 | Houston PBC listing and related testing with David Simkins | $ 175 | 2.0 | $ 350.00 |
| 21-Oct-04 | review M551 items for goods receipts and production | $ 175 | 0.9 | $ 157.50 |
| 21-Oct-04 | Chicago PBC - Demir testing and discuss with Matt Petito | $ 175 | 1.5 | $ 262.50 |
| 22-Oct-04 | Chicago PBC - SOC testing and discuss with Matt Petito | $ 175 | 4.0 | $ 700.00 |
| 22-Oct-04 | Finalize and transfer to G Demory Epernon files | $ 175 | 1.0 | $ 175.00 |
| 22-Oct-04 | Finalize and transfer to M Petito Houston files | $ 175 | 1.0 | $ 175.00 |
| 22-Oct-04 | Finalize and transfer to G. Worms files per request of Internal Audit | $ 175 | 1.0 | $ 175.00 |
| 22-Oct-04 | Finalize and transfer to M Petito Chicago files | $ 175 | 1.0 | $ 175.00 |
| | Totals | | 150.3 | $ 26,306.31 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:** Lawrence Rosen
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | | Hours | Fees | |
|------|--------------------------|-----------|--|-------|------|--|
| 1-Oct-04 | Curtis Bay, Polyolefin-Clear review points | $ | 175 | 1.0 | $ | 175.00 |
| 1-Oct-04 | Bankruptcy-Documented test work and results in the portal | $ | 175 | 2.0 | $ | 350.00 |
| 1-Oct-04 | Treasury-Documented test work, cleared open points | $ | 175 | 1.0 | $ | 175.00 |
| 4-Oct-04 | Curtis Bay, Polyolefin-Clear review points | $ | 175 | 0.5 | $ | 87.50 |
| 4-Oct-04 | Financial Reporting and Disclosure-Planned and documented test work | $ | 175 | 1.5 | $ | 262.50 |
| 4-Oct-04 | Treasury-Documented test work, cleared open points | $ | 175 | 6.0 | $ | 1,050.00 |
| 5-Oct-04 | Curtis Bay, Polyolefin-Clear review points | $ | 175 | 2.0 | $ | 350.00 |
| 5-Oct-04 | Income Tax-Reviewed workpaper and planned testwork | $ | 175 | 2.5 | $ | 437.50 |
| 5-Oct-04 | Financial Reporting and Disclosure-Planned and documented test work | $ | 175 | 2.5 | $ | 437.50 |
| 5-Oct-04 | Treasury-Documented test work, cleared open points | $ | 175 | 1.5 | $ | 262.50 |
| 6-Oct-04 | Income Tax-Reviewed workpaper and planned testwork | $ | 175 | 8.5 | $ | 1,487.50 |
| 7-Oct-04 | Income Tax-Reviewed workpaper and planned testwork | $ | 175 | 6.50 | $ | 1,137.50 |
| 7-Oct-04 | Bankruptcy-Documented test work and results in the portal | $ | 175 | 1.50 | $ | 262.50 |
| 8-Oct-04 | Curtis Bay, Polyolefin-Backed up documents | $ | 175 | 0.50 | $ | 87.50 |
| 8-Oct-04 | Income Tax-Planned testwork and discussed with Matt Petito | $ | 175 | 2.50 | $ | 437.50 |
| 8-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ | 175 | 4.00 | $ | 700.00 |
| 11-Oct-04 | Income Tax-Documented test work and results in the portal | $ | 175 | 5.50 | $ | 962.50 |
| 11-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ | 175 | 3.00 | $ | 525.00 |
| 12-Oct-04 | Income Tax-Documented test work and results in the portal | $ | 175 | 1.50 | $ | 262.50 |
| 12-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ | 175 | 7.00 | $ | 1,225.00 |
| 13-Oct-04 | Income Tax-Documented test work, cleared open points | $ | 175 | 3.50 | $ | 612.50 |
| 13-Oct-04 | Bankruptcy-Documented test work, cleared open points | $ | 175 | 4.50 | $ | 787.50 |
| 13-Oct-04 | Curtis Bay, Polyolefin-cleared open points | $ | 175 | 0.50 | $ | 87.50 |
| 14-Oct-04 | Income Tax-Documented test work and results in the portal | $ | 175 | 4.00 | $ | 700.00 |
| 14-Oct-04 | Bankruptcy-Documented test work and results in the portal | $ | 175 | 4.00 | $ | 700.00 |
| 15-Oct-04 | Income Tax-Documented test work, cleared open points | $ | 175 | 2.50 | $ | 437.50 |
| 15-Oct-04 | Bankruptcy-Documented test work, cleared open points | $ | 175 | 1.00 | $ | 175.00 |
| 15-Oct-04 | Treasury-Cleared open points with Shaun Landers | $ | 175 | 0.50 | $ | 87.50 |
| 18-Oct-04 | Treasury-Documented test work, cleared open points | $ | 175 | 8.50 | $ | 1,487.50 |
| 18-Oct-04 | Income Tax-Documented test work and results in the portal | $ | 175 | 0.50 | $ | 87.50 |
| 19-Oct-04 | Treasury-Documented -down loaded documents, cleared open points | $ | 175 | 1.50 | $ | 262.50 |
| 19-Oct-04 | Income Tax-Documented test work and results in the portal | $ | 175 | 3.00 | $ | 525.00 |
| 19-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ | 175 | 1.50 | $ | 262.50 |
| 20-Oct-04 | Income Tax-Documented test work and results in the portal | $ | 175 | 4.50 | $ | 787.50 |
| 20-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ | 175 | 3.50 | $ | 612.50 |
| 21-Oct-04 | Income Tax-Documented test work and results in the portal | $ | 175 | 4.00 | $ | 700.00 |
| 21-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ | 175 | 4.00 | $ | 700.00 |
| 22-Oct-04 | Income Tax-Documented test work, cleared open points | $ | 175 | 4.00 | $ | 700.00 |
| | **Totals** | | | **116.50** | **$ 20,387.50** | |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**     Erika Englemann
**Level:**     Senior Consultant, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 21-Oct-04 | Phone meeting to discuss scope and objectives for week of Oct 25 2004 for SAP manual testing of controls. | $ 188.00 | 1 | $   188.00 |
| 22-Oct-04 | Create plan for testing.  Use existing plan and expand on tests for execution. | $ 188.00 | 2 | $   376.00 |
| 25-Oct-04 | Begin testing.  Meet with head of IT Audit, Barb Summerson, work through test plan.  Execute preliminary manual tests.  Contact appropriate personnel regarding test questions requiring more detail. | $ 188.00 | 8 | $ 1,504.00 |
| 26-Oct-04 | Continue to work through test plan with head of IT Audit.  Document findings.  Conference call with Cary Haggard of Protiviti to discuss test questions.  Search SAP environment and website for background information. | $ 188.00 | 6 | $ 1,128.00 |
| 27-Oct-04 | Upload SAP testing documentation into portal.  Document test results and gaps in testing. | $ 188.00 | 8 | $ 1,504.00 |
| | **Totals** | | **25.0** | **$ 4,700.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**   Kathryn Muller
**Level:**   Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-04 | Flowchart review - BOMs and Routings; validated flowcharts with process owners | $ 175.00 | 0.8 | $ 131.25 |
| 1-Oct-04 | Sample testing SAP rights with Management (HD Reichert) - BOM and Routings | $ 175.00 | 0.8 | $ 131.25 |
| 1-Oct-04 | Portal-document uploads and revisions for inventory management | $ 175.00 | 0.8 | $ 131.25 |
| 1-Oct-04 | Process documentation and selection of documents; finalized testing for inventory management | $ 175.00 | 2.0 | $ 350.00 |
| | **Totals** | | **4.3** | **$ 743.75** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**  Faith Bivens
**Level:**  Administrative Assistant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 18-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $  23.66 | 8.0 | $  189.28 |
| 19-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $  23.66 | 8.0 | $  189.28 |
| | **Totals** | | **16.0** | **$  378.56** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**    Sherrie Echarte
**Level:**    Administrative Assistant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 20-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| 21-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| 22-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| 25-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| | **Totals** | | **32.0** | **$   757.12** |

**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered:  October 2004**

**Name:**    Matthew Petito
**Level:**    Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 18-Oct-04 | Prepare monthly invoice and fee application for August 2004, in accordance with bankruptcy policy.  Submitted to Marie Hendrixson for review. | $ 240.00 | 5 | $ 1,200.00 |
| 19-Oct-04 | Prepare monthly invoice and fee application for September 2004, in accordance with bankruptcy policy. | $ 240.00 | 5 | $ 1,200.00 |
| 20-Oct-04 | Prepare monthly invoice and fee application for September 2004, in accordance with bankruptcy policy. | $ 240.00 | 2 | $ 480.00 |
| | **Totals** | | **12.0** | **$ 2,880.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: October 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 12,852.05 |
| Lodging | N/A | $ 4,912.54 |
| Sundry | N/A | $ 166.25 |
| Business Meals | N/A | $ 265.80 |
| **Total** | | **$ 18,196.64** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2004

| Expense Detail | | | | Expense Category | | | | |

Name: Christine Saxon
Level: Senior Manager, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 5-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 165 miles | $ 61.13 | $ 61.13 | | | | $ 61.13 |
| 5-Oct-04 | Tolls (from Phila to Columbia) | $ 7.00 | $ 7.00 | | | | $ 7.00 |
| 6-Oct-04 | Lodging - Hilton Columbia (1 night) for myself | $ 215.89 | | $ 215.89 | | | $ 215.89 |
| 6-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 165 miles | $ 61.13 | $ 61.13 | | | | $ 61.13 |
| 6-Oct-04 | Tolls (from Columbia to Phila) | $ 7.00 | $ 7.00 | | | | $ 7.00 |
| 7-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 165 miles | $ 61.13 | $ 61.13 | | | | $ 61.13 |
| 7-Oct-04 | Tolls (from Columbia to Phila) | $ 7.00 | $ 7.00 | | | | $ 7.00 |
| 10-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 165 miles | $ 61.13 | $ 61.13 | | | | $ 61.13 |
| 10-Oct-04 | Tolls (from Phila to Columbia) | $ 7.00 | $ 7.00 | | | | $ 7.00 |
| 10-Oct-04 | Lodging - Hilton Columbia (3 nights) for myself | $ 538.19 | | $ 538.19 | | | $ 538.19 |
| 11-Oct-04 | Lunch (C. Saxon only) at WR Grace cafeteria in Columbia | $ 5.21 | | | | $ 5.21 | $ 5.21 |
| 12-Oct-04 | Lunch (C. Saxon only) at WR Grace cafeteria in Columbia | $ 8.23 | | | | $ 8.23 | $ 8.23 |
| 13-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 320 miles | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 13-Oct-04 | Tolls (from Columbia to Phila) | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 13-Oct-04 | Lunch (C. Saxon only) at WR Grace cafeteria in Columbia | $ 6.43 | | | | $ 6.43 | $ 6.43 |
| 18-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 320 miles | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 18-Oct-04 | Tolls (from Columbia to Phila) | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 20-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 320 miles | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 20-Oct-04 | Tolls (from Phila to Columbia) | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 26-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 165 miles | $ 61.13 | $ 61.13 | | | | $ 61.13 |
| 26-Oct-04 | Tolls (from Phila to Columbia) | $ 7.00 | $ 7.00 | | | | $ 7.00 |
| 26-Oct-04 | Lodging - Hilton Garden Inn BWI (1 night) for myself | $ 247.42 | | $ 247.42 | | | $ 247.42 |
| 27-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 165 miles | $ 61.13 | $ 61.13 | | | | $ 61.13 |
| 27-Oct-04 | Tolls (from Columbia to Phila) | $ 7.00 | $ 7.00 | | | | $ 7.00 |
| 28-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 320 miles | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 28-Oct-04 | Tolls (from Phila to Columbia) | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 29-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 320 miles | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 29-Oct-04 | Tolls (from Columbia to Phila) | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| | Totals | $ 2,081.40 | $ 1,060.03 | $ 1,001.50 | $ - | $ 19.87 | $ 2,081.40 |

ProtiViti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2004

Name: Matthew Petito
Level: Manager

| | Expense Detail | | | | Expense Category | | |
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 19-Oct-04 | Roundtrip airfare from Baltimore to Frankfurt Germany at the request of the client, for Sarbanes plant review in Worms Germany | $ 4,917.00 | $ 4,917.00 | | | | $ 4,917.00 |
| 25-Oct-04 | Roundtrip airfare from Baltimore to Boston at the request of the client, for Sarbanes plant review in Cambridge Mass. | $ 239.60 | $ 239.60 | | | | $ 239.60 |
| | Totals | $ 5,156.60 | $ 5,156.60 | $ - | $ - | $ - | $ 5,156.60 |

Name: Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 26-Sep-04 | Dinner at Hyatt - Mainz, Germany for myself | $ 34.00 | | | | $ 34.00 | $ 34.00 |
| 27-Sep-04 | Laundry at Hyatt - Mainz, Germany | $ 72.00 | | | $ 72.00 | | $ 72.00 |
| 29-Sep-04 | Telephone at Hyatt - Mainz, Germany | $ 2.00 | | | $ 2.00 | | $ 2.00 |
| 1-Oct-04 | Hotel Hyatt, - Mainz, Germany 5 nights 9/26 to 9/30 for site visit | $ 814.00 | | $ 814.00 | | | $ 814.00 |
| 20-Oct-04 | SW Flight BWI to Chicago and back for site visit, 10/31 returning 11/5, ticket #R3BKWH | $ 255.00 | $ 255.00 | | | | $ 255.00 |
| 20-Oct-04 | American Airlines flight to Worms, Germany and back for site visit 11/13 to 11/19 ticket #098609973 | $ 4,917.00 | $ 4,917.00 | | | | $ 4,917.00 |
| | Totals | $ 6,094.00 | $ 5,172.00 | $ 814.00 | $ 74.00 | $ 34.00 | $ 6,094.00 |

Name: Robert Purvis
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Oct-04 | Breakfast alone at Hyatt Hotel, Mainz | $ 24.72 | | | | $ 24.72 | $ 24.72 |
| 1-Oct-04 | Lodging 5 nights at Hyatt Regency Mainz | $ 812.98 | | $ 812.98 | | | $ 812.98 |
| 1-Oct-04 | Laundry at Hyatt Regency Mainz for 5 nights | $ 53.25 | | | $ 53.25 | | $ 53.25 |
| 1-Oct-04 | Lunch alone at Frankfurt airport | $ 17.75 | | | | $ 17.75 | $ 17.75 |
| 8-Oct-04 | Shuttle Dulles airport - Upper Marlboro | $ 115.00 | $ 115.00 | | | | $ 115.00 |
| | Totals | $ 1,023.70 | $ 115.00 | $ 812.98 | $ 53.25 | $ 42.47 | $ 1,023.70 |

Name: John Martin
Level: Senior Consultant

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2004

**Expense Detail**

| | | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 1-Oct-04 | Breakfast-Worms Germany-Hyatt-self | $ 10.09 | | | | $ 10.09 | $ 10.09 |
| 1-Oct-04 | Lunch-Frankfurt Airport-self | $ 8.50 | | | | $ 8.50 | $ 8.50 |
| 1-Oct-04 | Hyatt Hotel-Worms Germany-room charges-5 nights | $ 808.95 | $ 808.95 | | | | $ 808.95 |
| 1-Oct-04 | Home to airport roundtrip pickup-Worms Germany trip | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| | **Totals** | $ 842.54 | $ 823.95 | $ - | $ - | $ 18.59 | $ 842.54 |

Name: Michael Carroll
Level: Senior Consultant

| | | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 1-Oct-04 | Worms, Germany site visit - Breakfast - Hyatt Regency, Mainz - Alone (19.56 @1:2615) | $ 24.60 | | | | $ 24.60 | $ 24.60 |
| 1-Oct-04 | Worms, Germany site visits - Hotel - Hyatt Regency, Mainz - 5 nights 9/26 to 9/30, c/o 10/1 - (128.25€*5*1.2615) | $ 808.94 | | $ 808.94 | | | $ 808.94 |
| 1-Oct-04 | Worms, Germany site visit - Dinner - American Airlines Lounge - Alone | $ 8.77 | | | | $ 8.77 | $ 8.77 |
| 1-Oct-04 | Transportation from IAD airport - Taxi Service (IAD to Home, Centreville, VA) | $ 79.00 | $ 79.00 | | | | $ 79.00 |
| | **Totals** | $ 921.31 | $ 79.00 | $ 808.94 | $ - | $ 33.37 | $ 921.31 |

Name: Joshua Drumwright
Level: Consultant

| | | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 1-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 4-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 5-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 6-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 7-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 8-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 11-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 12-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2004

| Expense Detail | | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|
| Date | | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 13-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 14-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 15-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| Totals | | $ 330.00 | $ 330.00 | $ - | $ - | $ - | $ 330.00 |

Name: Erika Englemann
Level: Senior Consultant, IT

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 25-Oct-04 | Breakfast - Cleveland Hopkins Airport Burger King - alone | $11.75 | | | | $ 11.75 | $ 11.75 |
| 25-Oct-04 | Lunch - Grace Cafeteria In Columbia MD - for myself | $3.50 | | | | $ 3.50 | $ 3.50 |
| 25-Oct-04 | Dinner - Room Service Sheraton Columbia - alone | $20.00 | | | | $ 20.00 | $ 20.00 |
| 26-Oct-04 | Breakfast - Room Service Sheraton Columbia - alone | $13.00 | | | | $ 13.00 | $ 13.00 |
| 26-Oct-04 | Lunch - Grace Cafeteria In Columbia MD - for myself | $10.00 | | | | $ 10.00 | $ 10.00 |
| 26-Oct-04 | Dinner - Room Service Sheraton Columbia - alone | $24.00 | | | | $ 24.00 | $ 24.00 |
| 27-Oct-04 | Breakfast - Room Service Sheraton Columbia - alone | $15.25 | | | | $ 15.25 | $ 15.25 |
| 27-Oct-04 | Lunch with Barb Summerson, Kevin Strickler and Greg Demory at Michael's Restaurant in Columbia MD | $20.00 | | | | $ 20.00 | $ 20.00 |
| 27-Oct-04 | Hotel - Sheraton Columbia - 2 nights for myself | $426.25 | | $ 426.25 | | | $ 426.25 |
| 25-Oct-04 | Taxi from BWI airport to Grace Columbia office | $40.00 | $ 40.00 | | | | $ 40.00 |
| 27-Oct-04 | Taxi to BWI airport from Grace Columbia office | $43.00 | $ 43.00 | | | | $ 43.00 |
| 27-Oct-04 | Parking - Cleveland Hopkins Airport | $39.00 | | | $ 39.00 | | $ 39.00 |
| Totals | | $ 665.75 | $ 83.00 | $ 426.25 | $ 39.00 | $ 117.50 | $ 665.75 |

Name: Kathryn Muller
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Oct-04 | Hotel Hyatt Regency, Mainz/Germany - 5 nights for myself | $ 922.83 | | $ 922.83 | | | $ 922.83 |
| 2-Oct-04 | Hotel Etap Accor Hotel, Munich/Germany - 1 night and one breakfast for one person | $ 126.04 | | $ 126.04 | | | $ 126.04 |
| 3-Oct-04 | Shuttle bus Roissy bus Aeroport Charles de Gaulle, France to Paris Opera, France for myself | $ 9.99 | $ 9.99 | | | | $ 9.99 |
| 3-Oct-04 | Train Paris to Rouen / France | $ 22.48 | $ 22.48 | | | | $ 22.48 |
| Totals | | $ 1,081.34 | $ 32.47 | $ 1,048.87 | $ - | $ - | $ 1,081.34 |

| | | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|

**Protiviti Inc.**
**W. R. Grace & Co. Expense Tracking**
**Period Covered: October 2004**

| Expense Detail | | Expense Category | | | | |
|---|---|---|---|---|---|---|
| Grand Totals | $ 18,196.64 | $ 12,852.05 | $ 4,912.54 | $ 166.25 | $ 265.80 | $ 18,196.64 |

**EXHIBIT "D"**

**Protiviti Inc.**
**W. R. Grace & Co. Software Licensing Costs**
**Period Covered:  October 2004**

| Agreement | Purpose | Type of License | Total Expenses |
|---|---|---|---|
| Sarbox Portal Maintenance Agreement | Extension of Sarbox Portal maintenance and technical support; approved by Brian Kenny | One-time fee | $        10,000.00 |
| **Total** | | | **$        10,000.00** |