IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139-JKF |
| ) |  |
| Debtors. ) |  |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Insurance Company) under Section 1109(b) of the Bankruptcy Code and, pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that the Clerk of this Court enter the following names and addresses on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

| | |
|---|---|
| Brian L. Kasprzak<br>Marks, O'Neill, O'Brien<br>and Courtney, P.C.<br>913 North Market Street<br>Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-6538<br>Facsimile: (302) 658-6537 | Mark D. Plevin<br>Leslie A. Epley<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116 |

{DE034437.1}

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

Dated:  December 21, 2004        /s/ Brian L. Kasprzak
Brian L. Kasprzak (No. 3846)
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 658-6538
Facsimile:   (302) 658-6537

Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Attorneys for Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Insurance Company)

{DE034437.1}