IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Co., et al., ) | |
| ) | Case No. 01-1139 (JKF) |
| Debtor. ) | |
| ) | Re: Docket No. 6715 |

**VERIFIED STATEMENT CONCERNING REPRESENTATION OF
MULTIPLE CREDITORS PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2019(a)**

Pursuant to the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 [Docket No. 6715] (the "2019 Order"), Smith Katzenstein & Furlow LLP ("SKF") hereby submits this verified statement (the "Verified Statement") concerning its representation of multiple creditors in the above-referenced proceeding and in support thereof respectfully states as follows:

In accordance with the terms of the 2019 Order, attached hereto as Exhibit A[1] is a spreadsheet containing the name and address of each of the creditors represented by SKF, the amount of the creditors' claims (if liquidated), the date of the acquisition of the creditors' claims (if acquired within one year prior to the filing of the petition), the nature of the claim or interest or type of disease and all pertinent facts and circumstances regarding SKF's employment by each creditor.

SKF reserves the right to supplement or amend the statements made in this Verified Statement.

---

[1] In accordance with the terms of the 2019 Order, Exhibit A has not been electronically filed with the Verified Statement but has instead been forwarded to the Clerk of the Court, counsel to the above-captioned debtor and the Office of the United States Trustee.

ERW0004.WPD
RMQI 02044

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 21, 2004
Wilmington, Delaware

SMITH KATZENSTEIN & FURLOW LLP

_____
Etta R. Wolfe (DE ID No. 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
erw@skfdelaware.com

Attorneys for entities referenced on Exhibit A

SWORN TO AND SUBSCRIBED before me this 21st day of December 2004.

_____
Notary Public
(SEAL)

YAPRAK SOYSAL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 1, 2008

2