## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this **21st** day of **December 2004,** a copy of the foregoing *Verified Statement in Connection with the Representation of Creditors as Required by Federal Rule of Bankruptcy Procedure 2019* was served by first class mail on the attached 2002 list.

                                              /s/ Etta R. Wolfe
                                              Etta R. Wolfe (ID 4164)