**CERTIFICATE OF SERVICE**

I, Ricardo Palacio, hereby certify that, on December 21, 2004, I caused a true and correct copy of the **Limited Objection of Certain AIG Insurance Companies to Disclosure Statement for Debtors' Plan of Reorganization** to be served in accordance with the Notice of Hearing on Approval of Disclosure Statement Accompanying Debtors' Plan of Reorganization [Docket No. 6924].

Ricardo Palacio (#3765)