IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 6898, 6899, 7282** |

**JOINDER IN CERTAIN INSURERS' LIMITED OBJECTION TO
DEBTORS' MOTION FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION
OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF AND TO DEBTORS'
MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING
PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS
<u>FOLLOWING PLAN CONFIRMATION</u>**

Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd., by and through their undersigned counsel, hereby join the *Certain Insurers' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation* [Docket No. 7282].

Dated: December 21, 2004                    CONNOLLY BOVE LODGE & HUTZ LLP

<u>**/s/ Jeffrey C. Wisler**</u>
Jeffrey C. Wisler, Esquire (#2795)
Marc J. Phillips, Esquire (#4445)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

#370783