# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of December, 2004, I caused a copy of the **Joinder in Certain Insurers' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and to Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young Jones
    & Weintraub
919 North Market Street, 16th Floor
Wilmington, DE 19801

Frank J. Perch, Esq.
United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Janet S. Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Richard H. Wyron, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Bennett L. Spiegel, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

        **/s/ Jeffrey C. Wisler**
        Jeffrey C. Wisler

#372966