IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
IN RE:                                                         :     Chapter 11
                                                               :
W.R. GRACE & CO., et al.,                                      :     Case No. 01-1139 (JKF)
                                                               :
          Debtors.                                         :
---------------------------------------------------------------x     **Related Docket No. 7283**

### CERTIFICATE OF SERVICE

      I, Laurie Schenker-Polleck, hereby certify that on this 21st day of December 2004, I caused to have delivered one copy of the *Verified Statement of Jaspan Schlesinger Hoffman LLP Pursuant to Fed. R. Bank. P. 2019* to the parties listed below via U.S. Postal Service.

| | |
|---|---|
| David Carichoff, Esquire | Frank Perch, Esquire |
| Pachulski Stang Ziehl Jones | Office of the United States Trustee |
| 919 Market Street, 16th Floor | 844 King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

**JASPAN SCHLESINGER HOFFMAN LLP**

By:    /s/ Laurie Schenker-Polleck
          Laurie Schenker-Polleck (#4300)
          913 Market Street, 12th Floor
          Wilmington, DE 19801
          Telephone: (302) 351-8000
          Facsimile: (302) 351-8010