## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| W.R. Grace & Co., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Scott J. Freedman, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Dilworth Paxson, LLP ("Dilworth") with offices at Liberty View – Suite 700, 457 Haddonfield Road, Cherry Hill, NJ 08002.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 25, 2004 (the "Rule 2019 Order").

3. Exhibit A hereto consists of a document that provides the information required by the Rule 2019 Order with respect to each creditor represented by Dilworth. Exhibit A has not been served with this statement, or scanned and filed electronically, but has been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

142818_1

I declare under Penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 21, 2004

Respectfully submitted

Scott J. Freedman, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002
Telephone: (856) 663-8877
Facsimile: (856) 663-8855

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by Scott J. Freedman on this 21st day of December 2004.

NOTARY PUBLIC
My Commission Expires:

SUZANNE M. MURPHY
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/21/2004

142818_1