IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: W. R. GRACE & CO. Et Al                    Case 01-1139-JKF

Reorganization under Chapter 11
Debtor in Possession

**NOTICE OF WITHDRAWAL OF PERTINENT DOCUMENTS**

COMES NOW H. Douglas Nichol, Esquire, of Gillenwater, Nichol & Associates, and hereby gives notice that the documents listed below in the captioned cause are hereby withdrawn having been filed in error:

1. Rule 2019 Notice of Filing Rule 2019 Statement A through; and

Rule 2019 Statement S through Z filed by H. Douglas Nichol, Esquire, document numbers 7299, 7300, and 7301.

RESPECTFULLY SUBMITTED this ____ day of January, 2005.

By: _____
H. DOUGLAS NICHOL
Gillenwater, Nichol & Associates
6401 Baum Drive
Knoxville, TN 37919
Phone: (865) 588-7465
Facsimile: (865) 588-2883

CERTIFICATE OF SERVICE
I hereby certify that a copy of the foregoing Notice of Filing has been served via regular U.S. Mail with sufficient postage thereon to each of the following:

Laura Davis Jones and David Carickoff Pachulski, Stang, Ziehl, Young & Jones 919 N Market Street 16th Floor Wilmington, DE 19899-8705
David B. Siegel, Senior VP & General Counsel WR Grace & Company 7500 Grace Drive Columbia, MD 21044
Lewis Kruger, Esquire Stroock & Stroock & Lavan LLP 180 Maiden Lane, NY NY 10038-4982
Michael B. Joseph, Esquire Ferry, Joseph & Pearce 824 Market Street #905, Wilmington, DE 19899

Phillip Bentley, Esquire, Kramer, Levin, Naftalis & Frankel LLP 919 Third Avenue, NY, NY 10022

J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower #5800, Chicago, IL 60606

Michael R. Lastowski, Esquire Duane Morris, LLP 1100 N Market Street #1200 P.O. Box 195 Wilmington, DE 19801

Elihu Inselbuch, Esquire, Caplin & Drysdale Chartered 399 Park Avenue 27th Floor, NY, NY 10022

Peter Van N. Lockwood, Esquire Caplin & Drysdale, Chartered 1 Thomas Circle NW Washington, DC 200005

Teresa K. D. Currier, Esquire, Klett Rooney Liever & Schorling The Brandywine Building 1000 West Street #1410, Wilmington, DE 19801

James H. M. Sprayregan, Equire Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601

Steven M. Yoder, Esquire The Bayard Firm 222 Delaware Avenue #900, Wilmington, DE 19899

Scott L. Baena, Esquire Bilzin Sumberg Dunn Bacna Price & Axelrod 2500 First Union Fin. Center, 200 South Biscayne Blvd, Miami, FL 33131-2336

Warren H. Smith, Esquire Warren H. Smith & Associates PC Republic Center 325 N St. Paul Suite 1275, Dallax TX 75201

Frank J. Perch, III, Esquire Office of the United States Trustee, 844 King Street Room 2311, Wilmington, DE 19801

_____
H. Douglas Nichol, Esquire