**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | |
| ) | Case No. 01-01139-JKF |
| Debtors. ) | |
| ) | |

**MOTION & ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to D.Del. LR 83.5 and the attached certifications, the undersigned counsel hereby moves the admission *pro hac vice* of Mark D. Plevin and Leslie A. Epley to represent Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Insurance Company) in the above-captioned matter.

    Respectfully submitted,
    MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

    /s/ Brian L. Kasprzak
    Brian L. Kasprzak, Esquire (No. 3846)
    913 North Market Street, #800
    Wilmington, DE 19801
    (302) 658-6538

    *Attorneys for Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Insurance Company)*

Dated: December 21, 2004

DE010765.1