**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED: Counsel's motion for admissions *pro hac vice* is granted.

Dated: _____                    _____
                                                 United States Bankruptcy Judge

DE015078.1