IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | In Proceedings for a |
| W.R. GRACE & CO., et al | § | Reorganization under |
| | § | Chapter 11 |
| | § | |
| DEBTORS. | § | Case No. 01-1139-JKF |

**VERIFIED STATEMENT
PURSUANT TO BANKRUPTCY RULE 2019
<u>OF LINEBARGER GOGGAN BLAIR & SAMPSON, LLP</u>**

Linebarger Goggan Blair & Sampson, LLP ("LGBS") represents the parties in interest identified below, and pursuant to Federal Rule of Bankruptcy Procedure 2019, LGBS makes the following representations:

1. The law firm of Linebarger Goggan Blair & Sampson, LLP serves as counsel on behalf of certain governmental and other public entities (collectively, the "Linebarger Claimants") located in the State of Texas in connection with the Chapter 11 case W. R. Grace & Co., et al, and its affiliated debtor entities. LGBS filed claims and notices of appearance on behalf of the Linebarger Claimants as part of its regular representation of these entities pursuant to the terms of the contract of employment entered into with respect to each entity under the laws of the State of Texas.

2. The Linebarger Claimants hold secured *ad valorem* property tax claims against the Debtors in the approximate aggregate amount of $15,000. These claims are owed directly to each of the Linebarger Claimants for taxes incurred by the Debtors in the ordinary course of business; none of these claims has been purchased or sold at any time.

3. The Linebarger Claimants and address for each of the Linebarger Claimants is as follows:

    City of Carrollton, 500 Elm St Records Bldg, Dallas, TX 75202;

    Cypress – Fairbanks ISD, 10494 Jones Rd Rm 106, Houston, TX 77065-4208;

    Dallas County, 500 Elm St Records Bldg, Dallas, TX 75202;

    City of El Paso, #2 Civic Ctr Plaza Rm 123, El Paso, TX 79901;

    Floresville ISD, 2 Library Ln, Floresville, TX 78114-2239;

      Harris County, 1001 Preston, Houston, TX 77002;

      Hidalgo County, 100 E Cano, Edinburg, TX 78539;

      City of Houston, 1001 Preston, Houston, TX 77002;

      Houston ISD, 3233 Weslayan Suite A-100, Houston, TX 77027-5721;

      Orange Grove ISD, 500 E Main, Alice, TX 78333;

      Tarrant County, 100 E Weatherford St #105, Fort Worth, TX 76196-0103;

      Victoria County, 205 N Bridge St Ste 101, Victoria, TX 77901;

      Wilson County, 2 Library Ln, Floresville, TX 78114-2239.

4.     LGBS does not own any claims against or interests in W. R. Grace & Co., et al or its affiliated debtor entities.

Dated:     December 21, 2004

                                        /s/ *David G. Aelvoet*
                                        David G. Aelvoet
                                        State Bar No. 00786959
                                        Linebarger Goggan Blair & Sampson, LLP
                                        711 Navarro, Suite 300
                                        San Antonio, TX 78205
                                        (210) 225-4422 - *Voice*
                                        (210) 226-4308 – *Fax*

## DECLARATION
## OF DAVID G. AELVOET OF
## LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

I, David G. Aelvoet, partner for Linebarger Goggan Blair & Sampson, LLP, hereby declare under penalty of perjury, that the representations in the foregoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019, are true and correct to the best of my knowledge, information and belief.

_____
David G. Aelvoet

**SWORN TO AND SUBSCRIBED** before me this the 21st day of December 2004.

_____
Notary Public

My Commission Expires:

3-31-2005



SARA M. GARZA
MY COMMISSION EXPIRES
MARCH 31, 2005

## CERTIFICATE OF SERVICE

I, David G. Aelvoet, hereby certify that on this 21st day of December 2004, a true and correct copy of the foregoing pleading was served electronically or mailed to the parties listed on the official service list.

/s/ *David G. Aelvoet*
David G. Aelvoet