IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. Grace and Co., et. al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| | : | Case No. 01-1139 (JKF) |

**NOTICE OF FILING OF RULE 2019 STATEMENT OF REPRESENTATION BY
THORNTON & NAUMES, LLP
<u>(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)</u>**

    TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

    Thornton & Naumes, LLP, in compliance with the October 22, 2004 Order of Court, has filed its Statement pursuant to Fed.R.Bankr.P. 2019.

    Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

| | |
|---|---|
| Dated: December 21, 2004 | /s/Daniel K. Hogan |
| | Daniel K. Hogan (DE #2814) |
| | THE HOGAN FIRM |
| | 1311 Delaware Avenue |
| | Wilmington, DE 19806 |
| | Telephone: 302-656-7540 |
| | Facsimile: 302-656-7599 |
| | |
| | *and* |
| | |
| | **STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation** |
| | Sander L. Esserman (TX Bar No. 06671500) |
| | 2323 Bryan Street, Suite 2200 |
| | Dallas, Texas 75201 |
| | Telephone : (214) 969-4900 |
| | Facsimile: (214) 969-4999 |