IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Case No. 01-1139-JKF |
| | § | |
| WR GRACE & COMPANY | § | |
| | § | |
| Debtors. | § | |

## VERIFIED STATEMENT

Pursuant to Fed. R. Bankr.P.2019(a), I declare under penalty of perjury as an officer of the court that the attached Exhibit A is a true and correct listing of the asbestos-related creditors represented by Heard, Robins, Cloud, Lubel & Greenwood.

In further compliance with the Order, attached as Exhibit B is a representative example of the executed written agreement between Heard, Robins, Cloud, Lubel & Greenwood and the creditors listed on Exhibit A.

Respectfully Submitted,

HEARD, ROBINS, CLOUD, LUBEL & GREENWOOD, L.L.P.

By: _____
Ian P. Cloud
TBA No. 00783843
One Allen Center
500 Dallas, Suite 3100
Houston, Texas 77002
(713) 650-1200
(713) 650-1400 facsimile

ATTORNEYS FOR PLAINTIFF(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel by certified mail, return receipt requested, facsimile, or by hand delivery, on this the _____ day of _____, 2004.

_____
Ian P. Cloud

## EXHIBIT A

### Affidavit of Ian P. Cloud

I declare under penalty of perjury as an officer of the court that the foregoing is a true and correct listing of the asbestos-related creditors represented by Heard, Robins, Cloud, Lubel & Greenwood. I further declare under penalty of perjury as an officer of the court that Heard, Robins, Cloud, Lubel & Greenwood has the authority to vote for each claimant on the attached list.

Executed on this 20th day of December, 2004.

Ian P. Cloud

STATE OF TEXAS         §
COUNTY OF HARRIS    §

BEFORE ME, the undersigned authority, on this day personally appeared **Ian P. Cloud**, Individually known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 20th day of December, 2004, to certify which witness my hand and official seal of office.

Astria Rachal

NOTARY PUBLIC in and for the State of Texas

[NOTARY SEAL]

My Commission Expires: 01/12/2008



ASTRIA RACHAL
MY COMMISSION EXPIRES
JANUARY 12, 2008