IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Damon Chargois, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Shrader & Williamson, LLP with offices at 16903 Red Oak, Suite 220, Houston, Texas.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Shrader & Williamson, LLP with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has employed Shrader & Williamson, LLP under an employment contract with Shrader & Williamson, LLP. A blank but unredacted exemplar of Shrader & Williamson, LLP's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form

-2-

representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by Shrader & Williamson, LLP one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos Creditor represented by Shrader & Williamson, LLP and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 20, 2004                             Respectfully submitted,

                                                     SHRADER & WILLIAMSON, LLP

                                                     By_____
                                                     Damon Chargois, SBN 00790451
                                                     16903 Red Oak, Suite 220
                                                     Houston, TX 77090
                                                     281 444-0604
                                                     281 440-0124 (Fax)
                                                     Attorneys for Creditors

-1-

# VERIFICATION

STATE OF TEXAS

COUNTY OF HARRIS

    On this day DAMON CHARGOIS, appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the Verified Statement in Connection with the Representation of Creditors as Required by Federal Rule of Bankruptcy Procedure 2019, and that the facts stated in it are within his personal knowledge and are true and correct.

*Damon Chargois*

    SWORN TO AND SUBSCRIBED before me by DAMON CHARGOIS on this 20th day of December, 2004.

Notary Public