**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JJF) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | **Objection Deadline: December 21, 2004** |
| Debtors. | ) | **Re: D.I. No.: 6899** |

**[*UNREDACTED*] OBJECTION OF THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS TO DEBTORS' MOTION FOR
ENTRY OF AN ORDER SEEKING THE ESTIMATION OF
ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF**

# DOCUMENT TO BE KEPT UNDER SEAL

Dated:  December 21, 2004

**CAMPBELL & LEVINE, LLC**

*/s/Mark T. Hurford*
Marla R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone:     (302) 426-1900
Telefax:          (302) 426-9947

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
399 Park Avenue, 36th Floor
New York, NY 10022
Telephone:     (212) 319-7125

Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone:     (202) 862-5088

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*