# CERTIFICATE OF SERVICE

I, Derek C. Abbott, Esquire, hereby certify I am not less than 18 years of age and that service of the foregoing **Statement of Morris, Nichols, Arsht & Tunnell In Response To The Court's Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 Dated October 22, 2004** was caused to be made on December 21, 2004, in the manner indicated upon the entities identified below.

Dated: December 21, 2004
      Wilmington, Delaware

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
**VIA HAND DELIVERY**

David W. Carickhoff, Jr
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899
**VIA HAND DELIVERY**

W.R.Grace 443090