IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  W.R. Grace & Co., et al.                              Chapter 11
                                                              Case No. 01-1139-JKF

Debtors

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

G. Patterson Keahey, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney, sole practitioner, #1 Independence Plaza, Suite 612, Birmingham, AL 35209.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 (the "Revised Order").

3. I have been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto.

4. The undersigned certifies that each creditor named on the attached list has executed a power of attorney authorizing me to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to exposure to asbestos-containing products manufactured and/or distributed by W. R. Grace & Co., et al. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The undersigned does not hold any claims or interest in Debtor.

8.  The undersigned will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
G. Patterson Keahey

Sworn to before me this 20th day of December, 2004.

_____
Notary Public

4-7-07