Margaret Holman Jensen
Zamler, Mellen & Shiffman, P.C.
23077 Greenfield, Suite 557
Southfield, MI 48075
(248) 557-1155
(248) 552-8575 (fax)
*Attorneys for Certain Asbestos Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | § | **In Proceedings for a** |
| | § | **Reorganization under Chapter 11** |
| | § | |
| **W.R. GRACE, et al** | § | **Jointly Administered at** |
| | § | **Case No. 01-1139-JKF** |
| **Debtors.** | § | |

### VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY ZAMLER, MELLEN & SHIFFMAN, P.C. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS

Pursuant to Judge Judith K. Fitzgerald's Order entered on October 22, 2004, I, Margaret Holman Jensen, a representative of Zamler, Mellen & Shiffman of 23077 Greenfield, Southfield, MI 48075, state as follows pursuant to Bankruptcy Rule 2019:

I am involved in Zamler, Mellen, & Shiffman's representation of asbestos personal injury claimants and based upon that representation and the review of business records of the Firm, I have personal knowledge of the facts set forth herein. I make this statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

(a) As of the date of this Statement, Zamler, Mellen & Shiffman represents a number of personal injury claimants (Claimants) who have been injured by asbestos or asbestos-

containing products manufactured, marketed, sold, installed, or produced by the above-referenced debtors and debtors-in-possession (Debtors) and others, and thus hold claims against the Debtors. Exhibit 2 submitted to the Clerk is a current list of the Claimants represented by Zamler, Mellen & Shiffman holding such claims and containing pertinent information regarding each Claimant. The nature of the claim held by each Claimant is a personal injury tort claim for damages caused by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed or produced by the Debtors and others. Each Claimant has employed Zamler, Mellen & Shiffman under a retainer agreement with the Firm.

(b) Zamler, Mellen & Shiffman hereby certifies that it has an executed Power of Authority to Vote giving full power of substitution to vote on any Plan of Reorganization and to practice any act not constituting the practice of law in all matters arising in the case of each Claimant identified on Exhibit 2.

(c) A blank copy of the Power of Authority to Vote document is attached hereto as Exhibit 1. A blank copy of the retainer agreement is attached hereto as Exhibit 3.

(d) Zamler, Mellen & Shiffman, does not hold any claims against or interest in the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Margaret Holman Jensen
Zamler, Mellen & Shiffman, P.C.    12-14-04
23077 Greenfield, Suite 557
Southfield, MI 48075
(248) 557-1155
(248) 552-8575 (fax)