Faxed Counsel continued
1-202-424-7643
1-302-655-4210
1-302-573-6497

Estate of Rosario Rapisardi
C/o James P. Rapisardi - Executor
2251 Township Line Rd
Logan Twp. N.J. 08085
Work # 856-467-2904

1-302-652-4400
1-201-2200
1-212-806-6006
1-302-657-4901
1-305-374-7593
1-302-575-1714
1-212-715-8000
1-302-552-4220

Pachulski, Stang, Ziehl, Young, Jones, + Weintraub P.C.
919 North Market Str., 16th Floor, P.O. Box 8705
Wilmington Delaware, 19899-8705 (Courier 19801)
ATTEN: Laura Davis Jones, and David W. Carickhoff J.R.
RE: W.R. Grace + Co., ET AL - Case # 01-1139 (J.K.F.)

Faxed objection to plan to various counsel for Debtor - W.R. Grace + Co.

RE: Objection to Debtor's Filed Plan only, as it pertains to Unsecured Creditor - Estate of Rosario Rapisardi.

To All Counsel,

I am filing an objection to the plan, which was sent to the Estate on short notice and to try to quickly review and comment on. My Objection is two fold: # One, the Estate is not interested in any parent stock option as a form of payment on this claim. And # Two, as the Debtor's Counsel and the Bankruptcy Court is aware of, this claim arose from an Environmental and Financial Impact to our Farming Business, either by directly or indirect Debtor's association with various entities that were either Contracted, or Employed by Debtors to Construct a roadway abutting our family farm Lands. These assessments were made as per N.J. D.E.P. personnel and are still in Litigation to date.

So as a result of this continued impact, this original claim will need to be amended to include all costs, such as restoration, remediation, legal, engineering, surveying, legal, fencing off and deed restricting all activities on this section of Farm forever. This additional financial impact assessment will have to be calculated by an appraiser, and the Estate does not have a clue on all these additional costs. I am requesting permission from Bankruptcy Court to either allow us to amend the claim amount, or to set aside an escrow account by the appointed Trustee for this task.

C.C. The Honorable Judith K. Fitzgerald
and Faxed to All Counsel on short notice

Sincerely,
James P. Rapisardi - Executor
Pro-Sea