## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on December 22, 2004 upon:

Ryan B. Bennett, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
(Via Facsimile and US Regular Mail)

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, PC
919 North Market Street, Suite 1600
Wilmington, DE 19801
(Via Hand Delivery)

Official Committee of Unsecured Creditors
Lewis, Kruger, Stroock & Stroock & Lavin
180 Maiden Lane
New York, NY 10038-4982
(Via Facsimile and US Regular Mail)

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(Via Hand Delivery)

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
(Via Facsimile and US Regular Mail)

Michael B. Joseph, Esq.
Ferry & Joseph, PA
824 Market Street, Suite 904
Wilmington, DE 19801
(Via Hand Delivery)

Document #: 39365

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
(Via Facsimile and US Regular Mail)

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Via Hand Delivery)

Thomas M. Mayer, Esq.
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
(Via Facsimile and US Regular Mail)

Theresa K.D. Currier, Esq.
Klett, Rooney, Liber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
(Via Hand Delivery)

Richard H. Wryon, Esq.
Swidler, Berlin, Shereff & Friedman, LLP
3000 K. Street, NW, Suite 300
Washington, DC 20007
(Via Facsimile and US Regular Mail)

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806
(Via Hand Delivery)

Document #: 39365

Frank J. Perch, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
(Via Hand Delivery)

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 22, 2004

                                      Kristie L. Dalton

Document #: 39365