**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 22nd day of December, 2004, I caused a copy of the

**Objection to Disclosure Statement [D.I. 6896]** to be served upon the following parties-in-interest in the

manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Teresa K.D. Currier, Esq.<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young Jones<br>   & Weintraub<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19801 |
| Frank J. Perch, Esq.<br>United States Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 | Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 |
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19801 | Marla Eskin, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 |

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Thomas M. Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 | Ryan B. Bennett, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Scott L. Baena, Esq.<br>Bilzin, Sumberg, Dunn, Baena,<br>   Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | Richard H. Wyron, Esq.<br>Swidler Berlin Shereff Friedman, LLP<br>3000 K Street, NW, Suite 300<br>Washington, DC 20007 |
| John C. Phillips, Esq.<br>Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | |

                      **/s/ Jeffrey C. Wisler**
                          Jeffrey C. Wisler

#372259