## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| W.R. Grace & Co., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |

## NOTICE OF FILING VERIFIED STATEMENT OF DILWORTH PAXSON LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SETTING FORTH REPRESENTATION OF PARTIES IN INTEREST

Pursuant to Court's Order dated October 25, 2004, please take notice that Dilworth Paxson LLP has filed its Verified Statement Pursuant to Fed.R.Bankr.P. 2019 with the Court on December 21, 2004.

Dated: December 22, 2004          DILWORTH PAXSON LLP

/s/ Scott J. Freedman
Scott Freedman, Esquire
Dilworth Paxson LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
Telephone: (856) 663-8877
Facsimile: (856) 663-8855

142810_1