**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings for a Reorganization |
| | ) | under Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtor(s). | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE**
**REPRESENTATION OF CREDITORS AS REQUIRED BY**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

George C. Greatrex, Jr., being first duly sworn, hereby deposes and states as follows:

1.     I am an attorney with Shivers, Spielberg, Gosnay & Greatrex, LLC ("SSG&G") with offices at 1415 Route 70, East, Suite 210, Cherry Hill, New Jersey 08034.

2.     This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Revised Order of this Court dated October 22, 2004 ("Revised Rule 2019 Order").  Exhibits have not been served with this statement, nor scanned and filed electronically, but have been filed on compact disc and may be released to any party who obtains leave of this Court pursuant to the Revised Rule 2019 Order.

3.     Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by SSG&G with Claims against the Debtor(s).  For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4.     Each of these Creditors has employed SSG&G under a signed employment contract with SSG&G in the nature of a "Power of Attorney and Contingent Fee Agreement." Blank but redacted exemplars of SSG&G's standard forms of agreement or instruments authorizing representation of creditors are attached hereto collectively as Exhibit B.

5.      The Creditors hold claims in varying unliquidated amounts for monetary damages due to the injuries sustained by the Creditors which involved inhalation, ingestion, and/or other exposure to asbestos fibers attributable to products sold, installed, distributed, removed, and/or otherwise placed into commerce by the Debtor and/or its subsidiaries or assigns.  Pursuant to the Revised Rule 2019 Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but are available upon motion and order of the Court.

6.      SSG&G does not hold any claims against or interest in the Debtor.

7.      SSG&G will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**/S/ George C. Greatrex, Jr.**
George C. Greatrex, Jr.
SHIVERS, SPIELBERG, GOSNAY & GREATREX, L.L.C.
1415 Route 70, East
Suite 210
Cherry Hill, NJ  08034
Phone (856) 616-8080
Attorneys for Creditors

Dated:  December 21, 2004

Sworn to before me this the 21st day of December, 2004.

_____
Notary Public