IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above cases, and on the 22nd day of December, 2004, she caused a copy of the following:

**LIBBY CLAIMANTS' OBJECTION TO DISCLOSURE STATEMENT, ESTIMATION MOTION, CASE MANAGEMENT MOTION AND RELATED PLEADINGS**

to be served upon the parties identified on the attached list via facsimile and in the manner as indicated.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 22nd day of December, 2004.

_____
Notary Public

Kerri K. Mumford
Attorney at Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
29 Del C §4323(a)(3)

393.001-6259.DOC

**HAND DELIVER**
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub
919 North Market Street, Suite 1600
Wilmington, DE 19801

**FIRST CLASS MAIL**
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  6061

**FIRST CLASS MAIL**
Bennett L. Spiegel, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

**FIRST CLASS MAIL**
Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038

**HAND DELIVER**
Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

**FIRST CLASS MAIL**
Scott L. Beana, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

**HAND DELIVER**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE  19899

**FIRST CLASS MAIL**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY  10022

**FIRST CLASS MAIL**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

**HAND DELIVER**
Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

**HAND DELIVER**
Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**FIRST CLASS MAIL**
Richard H. Wyron, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

**HAND DELIVER**
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**HAND DELIVER**
Frank J. Perch, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801