CHRISTOPHER E. GRELL (No. 88498)
RICHARD F. RESCHO (No. 108086)
LAW OFFICES OF
CHRISTOPHER E. GRELL
The Broadlake Plaza
360 22ND Street, Suite 320
Oakland, CA 94612
Telephone: (510) 832-2980

Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Owens Corning | Bankruptcy No: 03-3837-JKF |
| W.R. Grace & Co. | Bankruptcy No: 01-1139-JKF |
| USG Corporation | Bankruptcy No: 01-2094 JKF |
| United States Mineral Products Company | Bankruptcy No: 01-2471-JKF |
| Kaiser Aluminum Company | Bankruptcy No: 02-10429-JKF |
| The Flintkote Company | Bankruptcy No: 04-11300-JKF |
| Flintkote Mines Limited | Bankruptcy No: 04-12440-JKF |
| Debtor(s) | Chapter 11 |

## VERIFIED STATEMENT OF ATTORNEY CHRISTOPHER E. GRELL
## UNDER BANKRUPTCY RULE 2019

1. This verified statement is filed by Christopher E. Grell, attorney for various claimants with asbestos injury and/or death claims against the bankruptcy defendants noted above. Exhibits referenced have not been scanned but maybe accessed by parties who obtain court order authorizing access.

-1-

2. I am the principal attorney of the Law Offices of Christopher E. Grell. I am a member in good standing of the bar of the State of California and in the United States District Court, Northern District of California. I am also admitted *pro hac vice* in the United States District Courts in New York and New Jersey. My bar number is #88498.

3. I have personal knowledge of the facts set forth herein. I make this Verified Statement ("Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

4. The law firm of Christopher E. Grell is located at 360 22nd Street, Suite 320, Oakland, California. The telephone number is 510-832-2980. The fax number is 510-832-2980. My e-mail address is grell140@yahoo.com.

5. As of the date of this Statement, Christopher E. Grell, of the Law Offices of Christopher E. Grell, represents personal injury claimants and wrongful death heirs of claimants, all of whom are referred to as Claimants in this Statement. Each of the Claimants have claims in varying amounts for monetary damages due to the personal injuries and/or the wrongful death incurred as a result of the asbestos victim's exposure to asbestos from the Bankrupt Asbestos Debtors asbestos products that were used at places where the asbestos victim worked. Pursuant to this Court's Order Requiring Filing of Fed.R. Bankr.P 2019 Statements, attached is a true and correct copy of table of contents for Exhibit A and B listing the Claimants represented by Christopher E. Grell and his office as well as additional information.

6. In addition, as ordered, a master index plus Exhibit A and Exhibit B are submitted on two sets of CDs along with this statement to the Clerk for filing. As noted above, Exhibits have not been scanned and are available upon motion to and order of the court. In addition, due to problems involving e-filing, per instructions from the Court, an additional CD is submitted for filing instead of electronic filing, since it is impossible for the Law Offices of Christopher E. Grell to e-file any information before the Dec. 21, 2004 deadline.

7. Each of the Claimants' claims was brought at least one year prior to the filing of the Debtors' petition(s).

8. Each Claimant has retained the Law Offices of Christopher E. Grell.

-2-

9. I declare that the Law Offices of Christopher E. Grell has not entered into any type of co-counsel, consultant or fee-sharing relationships or arrangements whatsoever, in connection with this bankruptcy case or claims against any of the Debtors.

10. Christopher E. Grell does not, to his knowledge, own any personal claims against or interest in the debtors.

11. Christopher E. Grell and his office will file amended or supplemental statements setting forth any material changes in the facts contained in this Verified Statement should any such changes occur. For example, additional information pertaining to the claim value will be provided once all current information is obtained.

I declare that the facts contained in this verified statement are true and correct.

Executed and verified this 15 day of December 2004, at Oakland, California.

LAW OFFICES OF CHRISTOPHER E. GRELL

By _____
Christopher E. Grell
Attorneys for Claimants

-3-