IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** 1/11 ____, 2005, |
| | at 4:00 p.m. (prevailing eastern time) |

### FEE DETAIL FOR LATHAM & WATKINS LLP'S INTERIM
### SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION
### FOR THE PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

November 30, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No.  W41001656
File No.  029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---|
| Balance due on prior billing | $349,348.91 |
| For professional services rendered through November 30, 2004: | 29,017.00 |

Other Charges:

| | |
|---|---|
| PHOTOCOPYING | 6.12 |
| TELEPHONE | 43.93 |
| FEDERAL EXPRESS | 11.69 |
| GROUND TRANSPORTATION | 15.05 |
| OVERTIME | 285.00 |
| PARKING | 20.00 |
| MILEAGE | 97.50 |
| CALLING CARD | 3.26 |
| COLOR COPYING/PRINTING | 324.00 |

806.55

| | |
|---|---|
| Total Current Charges | 29,823.55 |
| Total Balance Due | $379,172.46 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001656
NJ\95544.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 11/01/04 | .20 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 11/01/04 | 1.70 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE; CALL WITH A. REITANO REGARDING OUTSTANDING ISSUES |
| MCGAHREN | 11/03/04 | .70 | PHONE CALL WITH T. REITANO; REVIEWED CORRESPONDENCE; PHONE CALL WITH M. OBRADOVIC |
| MCGAHREN | 11/04/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 11/04/04 | .70 | CALL WITH M. OBRADOVIC REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP REGARDING OUTSTANDING ISSUES |
| MCGAHREN | 11/08/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 11/08/04 | 4.50 | REVIEW INCOMING CORRESPONDENCE; CALL WITH L. DUFF AND A. REITANO REGARDING STATUS; REVIEW ACE PROPOSED POLICY CHANGES; REVIEW REVISED RAWP; ATTEND TO BANKRUPTCY COURT MOTION ISSUE; PARTICIPATE IN STATUS CONFERENCE CALL |
| MATTHEWS | 11/09/04 | 4.50 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN CONFERENCE CALL REGARDING SETTLEMENT DOCUMENTS AND INSURANCE POLICY; REVISE SAME |
| MCGAHREN | 11/10/04 | .30 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 11/10/04 | 1.50 | REVIEW INCOMING CORRESPONDENCE; CALLS WITH M. MILLER REGARDING POLICY ISSUES; CONTINUE TO REVISE SETTLEMENT DOCUMENTS; CALL WITH L. DUFF REGARDING STATUS |
| MCGAHREN | 11/11/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 11/11/04 | 2.30 | REVIEW INCOMING CORRESPONDENCE; CALL WITH L. DUFF REGARDING STATUS; REVISE AND TRANSMIT ACO, REVITALIZATION SETTLEMENT AGREEMENT AND POLICY; REVIEW DRAFT SELF-GUARANTEE APPLICATION |
| MCGAHREN | 11/12/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 11/15/04 | 2.20 | REVIEW INCOMING CORRESPONDENCE; CALL TO L. DUFF REGARDING STATUS; REVISE SETTLEMENT DOCUMENTS |
| MCGAHREN | 11/16/04 | .50 | REVIEWED REVISED AGREEMENTS; REVIEWED CORRESPONDENCE |
| MATTHEWS | 11/16/04 | 2.20 | REVIEW INCOMING CORRESPONDENCE; CALL WITH P. BROSS REGARDING STATUS; SUMMARIZE SAME IN E-MAIL; REVISE REMEDIATION AGREEMENT |
| MCGAHREN | 11/17/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 11/17/04 | 2.10 | REVIEW INCOMING CORRESPONDENCE; CALLS WITH J. MCGAHREN AND M. MILLER REGARDING STATUS; REVISE AND TRANSMIT SETTLEMENT DOCUMENTS |
| MCGAHREN | 11/18/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 11/18/04 | 5.20 | REVIEW INCOMING CORRESPONDENCE; PREPARE FOR NEGOTIATION MEETING; DRAFT MOTION FOR BANKRUPTCY COURT APPROVAL |
| MATTHEWS | 11/19/04 | 11.00 | PARTICIPATE IN POLICY NEGOTIATION MEETING |
| MCGAHREN | 11/22/04 | .30 | REVIEW CORRESPONDENCE |
| MATTHEWS | 11/22/04 | 3.50 | REVIEW INCOMING CORRESPONDENCE; CALL WITH P. BROSS REGARDING STATUS; ADVISE GROUP |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001656

2

NJ\95544.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | REGARDING SAME; CONTINUE TO DRAFT MOTION FOR BANKRUPTCY COURT APPROVAL |
| GOLDENBERG | 11/23/04 | .30 | REVIEW CORRESPONDENCE WITH S. GALLAGHER AND R. THOMPSON REGARDING SETTLEMENT MOTION |
| MATTHEWS | 11/23/04 | 4.00 | REVIEW INCOMING CORRESPONDENCE; CONTINUE TO DRAFT MOTION |
| MCGAHREN | 11/24/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MATTHEWS | 11/24/04 | 1.30 | REVIEW INCOMING CORRESPONDENCE; REVIEW REVISED SETTLEMENT DOCUMENTS; PARTICIPATE IN STATUS CONFERENCE CALL |
| MCGAHREN | 11/29/04 | 1.50 | REVIEW BANKRUPTCY MOTION; CONFER WITH L. MATTHEWS; REVIEWED CORRESPONDENCE; RESEARCH REGARDING NRD CLAIMS |
| GOLDENBERG | 11/29/04 | 2.10 | REVIEW PLEADINGS AND SETTLEMENT AGREEMENTS; REVISE SAME |
| MULVIHILL | 11/29/04 | .60 | WESTLAW AND INTERNET SEARCHES REGARDING STATUS OF NJDEP'S RARITAN RIVER INITIATIVE |
| MATTHEWS | 11/29/04 | .80 | CALL WITH J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE; ATTEND TO MOTION |
| MCGAHREN | 11/30/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFER WITH L .MATTHEWS; CONFERENCE CALL WITH GRACE HATCO AND WESTON REPRESENTATIVES; REVIEW BANKRUPTCY MOTION |
| GOLDENBERG | 11/30/04 | .70 | REVISE SETTLEMENT MOTIONS; EMAILS TO L. MATTHEWS; REVISE CASE LAW REGARDING EXECUTORY CONTRACT |
| MATTHEWS | 11/30/04 | 5.50 | REVIEW INCOMING CORRESPONDENCE; REVIEW REVISED SETTLEMENT DOCUMENTS; PARTICIPATE IN STATUS CONFERENCE CALL; CONTINUE TO DRAFT BANKRUPTCY COURT MOTION |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 7.50 | 475.00 | 3,562.50 | PARTNER, JR. |
| A GOLDENBERG | 03673 | 3.10 | 375.00 | 1,162.50 | ASSOCIATE, JR. |
| D F MULVIHILL | 03737 | .60 | 295.00 | 177.00 | ASSOCIATE, JR. |
| LD MATTHEWS | 02951 | 53.00 | 455.00 | 24,115.00 | CONTRACT ASSOC |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 10/07/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| 11/01/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 2.29 |
| 11/04/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .39 |
| 11/08/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 1.54 |
| 11/22/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 3.85 |
| 11/29/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 4.58 |
| | | ** TOTAL TELEPHONE | | | 13.04 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001656

3

NJ\95544.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 10/28/04 | FEDERAL EXPRESS | Mr. Mitch Obradovic MEMPHIS TN 38119 792765927784 10/28/04 783446026 | J MCGAHREN | | 11.69 |
| | | ** TOTAL FEDERAL EXPRESS | | | 11.69 |
| 06/04/04 | TELEPHONE | TELEPHONE - -JOHN MCGAHREN /VERIZON TELEPHONE CALLS(04/14/04-05/13/04) | J MCGAHREN | JOHN MCGAHREN | 18.45 |
| 10/08/04 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 7.94 |
| 10/27/04 | TELEPHONE | TELEPHONE - -JOHN MCGAHREN /AT&T WIRELESS TELEPHONE CALLS | J MCGAHREN | JOHN MCGAHREN | 4.50 |
| | | ** TOTAL TELEPHONE | | | 30.89 |
| 11/19/04 | GROUND TRANSPORTATION - OUT OF TOWN | GROUND TRANSPORTATION/ TOLLS -LAURIE D MATTHEW PA-11/19/04 | LD MATTHEWS | LAURIE D MATTHEWS | 15.05 |
| | | ** TOTAL GROUND TRANSPORTATION - | | | 15.05 |
| 11/19/04 | PARKING - OUT OF TOWN | PARKING -/-LAURIE D MATTHEWS / PA-11/19/04 | LD MATTHEWS | LAURIE D MATTHEWS | 20.00 |
| | | ** TOTAL PARKING - OUT OF TOWN | | | 20.00 |
| 11/19/04 | MILEAGE - OUT OF TOWN | MILEAGE -(260 MILES) - - LAURIE D MATTHEWS / PA-11/19/04 | LD MATTHEWS | LAURIE D MATTHEWS | 97.50 |
| | | ** TOTAL MILEAGE - OUT OF TOWN | | | 97.50 |
| 09/13/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1009170409847 | JUDITH CHRISTOPHER | | 3.40 |
| 11/01/04 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0611040493981 | LD MATTHEWS | | .68 |
| 11/02/04 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0611040493983 | LD MATTHEWS | | .51 |
| 11/08/04 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0611090408593 | LD MATTHEWS | | .17 |
| 11/22/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1011240468903 | JUDITH CHRISTOPHER | | 1.36 |
| | | ** TOTAL PHOTOCOPYING | | | 6.12 |
| 10/18/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 10/27/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 11/02/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOCATE DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 11/09/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOCATE DOCS | JUDITH CHRISTOPHER | | 45.00 |
| 11/11/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT | JUDITH CHRISTOPHER | | 60.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001656

4

NJ\95544.1

| DATE | TYPE | DESCRIPTION COPY & LOCATE DOCS | ATTY | VENDOR | AMOUNT |
|------|------|------|------|--------|--------|
| | | ** TOTAL OVERTIME | | | 285.00 |
| 08/21/04 | CALLING CARD | CALLING CARD - AUGUST 2004 | J MCGAHREN | | .61 |
| 09/01/04 | CALLING CARD | CALLING CARD - SEPTEMBER 2004 | J MCGAHREN | | 2.65 |
| | | ** TOTAL CALLING CARD | | | 3.26 |
| 11/02/04 | COLOR COPYING/PRINTING | COLOR COPYING/PRINTING 02951 CT0611040493989 | LD MATTHEWS | | 134.00 |
| 11/02/04 | COLOR COPYING/PRINTING | COLOR COPYING/PRINTING 02951 CT0611040493985 | LD MATTHEWS | | 175.00 |
| 11/02/04 | COLOR COPYING/PRINTING | COLOR COPYING/PRINTING 02951 CT0611040493987 | LD MATTHEWS | | 15.00 |
| | | ** TOTAL COLOR COPYING/PRINTING | | | 324.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001656

5

NJ\95544.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINSLLP

Tax Identification No: 95-2018373

**INVOICE**

November 30, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W41001657
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $22,715.73 |
| For professional services rendered through November 30, 2004: | 2,896.50 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 2.38 | |
| TELEPHONE | 3.05 | |
| WESTLAW | 697.93 | |
| | | 703.36 |

| | |
|---|---:|
| Total Current Charges | 3,599.86 |
| Total Balance Due | $26,315.59 |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEJAVA | 11/02/04 | 3.20 | REVIEWED FEE AUDITOR'S INITIAL REPORT CONCERNING LATHAM SPECIAL COUNSEL FEES; CONDUCTED RESEARCH REGARDING RECOVERABILITY OF CONFLICT SEARCH FEES; PREPARED RESPONSE TO FEE AUDITOR'S REPORT |
| LEJAVA | 11/03/04 | 1.30 | CONFERENCE WITH J. MCGAHREN REGARDING DRAFT RESPONSE TO FEE AUDITOR'S LETTER AND UPCOMING BANKRUPTCY COURT HEARING REGARDING FEES; REVISED LETTER PER COMMENTS OF J. MCGAHREN AND FORWARDED SAME TO S. BOSSAY, FEE AUDITOR AT WARRAN H. SMITH & ASSOCIATES |
| SAVAGE | 11/05/04 | .30 | REVIEW BILLS IN PREPARATION FOR DRAFTING SPECIAL COUNSEL FEE APPLICATION FOR OCTOBER |
| SAVAGE | 11/08/04 | .70 | PREPARE SPECIAL COUNSEL FEE APPLICATION FOR OCTOBER |
| SAVAGE | 11/09/04 | 2.90 | PREPARE SPECIAL COUNSEL FEE APPLICATION FOR OCTOBER |
| LEJAVA | 11/10/04 | .20 | TELEPHONE CALL WITH S. BOSSAY, FEE AUDITOR, REGARDING RESPONSE TO DRAFT REPORT |
| LEJAVA | 11/23/04 | .80 | FINALIZED AND FILED OCTOBER 2004 FEE APPLICATION |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| JP LEJAVA | 03186 | 5.50 | 360.00 | 1,980.00 | ASSOCIATE, SR. |
| S SAVAGE | 03640 | 3.90 | 235.00 | 916.50 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 11/10/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 3.05 |
| | | ** TOTAL TELEPHONE | | | 3.05 |
| 11/02/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--11/02/04 | JP LEJAVA | | 697.93 |
| | | ** TOTAL WESTLAW (WEST PUBLISHIN | | | 697.93 |
| 11/23/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1011240468905 | JP LEJAVA | | 2.38 |
| | | ** TOTAL PHOTOCOPYING | | | 2.38 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001657

NJ\95547.1