**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under |
| | ) | Chapter 11 |
| **W.R. GRACE & CO.,** | ) | |
| **ET AL.** | ) | |
| | ) | Case No. 01-2471 JKF |
| Debtors. | ) | And all related actions |
| _____ | ) | |

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

John E. Sutter, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with The Sutter Law Firm located at 1598 Kanawha Blvd. East, Charleston, WV 25311.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The Sutter Law Firm have been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is contained in Exhibit "A" (CDs) which has not been scanned, but which is available upon motion and order of the Court.

4. The verification of this Statement certifies that each creditor named on the attached list has executed a Power of Attorney authorizing The Sutter Law Firm to represent the creditor in bankruptcy proceedings. Exemplars of these documents are Exhibit "B1" (Contract) and Exhibit "B2" (Settlement Authorization), which have not been scanned, but which are available upon motion and order of the Court.

5. The address of each Creditor for purposes hereof is c/o The Sutter Law Firm, 1598 Kanawha Blvd. East, Charleston, WV 25311.

6. The Creditors hold unliquidated damage claims due to personal injuries arising from asbestos exposure. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature of their claim is contained in Exhibit "A" which has not been scanned, but which is available upon motion and order of the Court.

7. Neither The Sutter Law Firm hold any claims against or interest in the Debtor.

8. The Sutter Law Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
John E. Sutter, Esq.

Sworn to before me this 21st day of December, 2004.

_____
Notary Public



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LANE A. PAINTER
118 HERITAGE DRIVE
ST. ALBANS, WV 25177
My commission expires April 2, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 and the exhibits thereto have been served, pursuant to the Revised Order, on the Debtor's Counsel and the U.S. Bankruptcy Trustee via United States First Class Mail, postage prepaid, this ___21st___ day of December 2004.

By: _____
John E. Sutter, Esq.