IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  W.R. GRACE & CO., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December, 2004, the **UNITED STATES' OBJECTIONS TO DEBTORS' DISCLOSURE STATEMENT (DOCKET NUMBER 6896)** was filed with the Court electronically and served upon the following in the manner indicated:

**Via U.S. Mail, postage prepaid**

Ryan B. Bennett
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601


Laura Davis Jones
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705


                                                        /s/ Corrine A. Christen
                                                        Corrine A. Christen, CP
                                                        Paralegal Specialist
                                                        U.S. Department of Justice/ENRD/EES