IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et. al.,

Debtors.

Chapter 11

Case No. 01-1139

## ORDER

AND NOW, this 22 day of December, 2004, it is **ORDERED** that all objections and responses to the Debtors' Motion Requesting the United States District Court for the District of Delaware to Refer Jurisdiction for Certain Matters to the Bankruptcy Court (the "Referral Motion") shall be filed by January 5, 2005.

IT IS FURTHER **ORDERED** that the Debtors shall file their Reply to any objection or response by January 12, 2005.

IT IS FURTHER **ORDERED** that a **HEARING** be held on the Referral Motion on Tuesday, January 18, 2005 at 10:00 a.m. in Courtroom 14A of the U.S. Courthouse at 601 Market Street, Philadelphia, PA.

IT IS FURTHER **ORDERED** that the parties shall send my Chambers a copy of all subsequent filings pertaining to the Referral Motion.

BY THE COURT:

RONALD L. BUCKWALTER, J.