# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 11 |
| W.R. GRACE & CO., et al., | : | |
| | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, Lora Bell, do hereby certify that I did on the 23rd day of December, 2004, cause to be mailed to the persons or parties identified on the attached list, by first class mail unless otherwise specified, true copies of the following document:

MOTION OF CITICORP DEL-LEASE, INC. FOR ORDER COMPELLING
DEBTOR TO ASSUME OR REJECT EQUIPMENT LEASES AND
COMPELLING PERFORMANCE THEREUNDER

Dated: December 23, 2004         */s/ Lora Bell*
                                 LORA BELL

1