# W. R. GRACE
# SERVICE LIST

David B. Siegel, Sr. VP & General Counsel
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Laura Davis Jones, Esquire
Scott McFarland, Esquire
Pachulski Stang Ziehl Young Jones
PO Box 8705
Wilmington, DE 19899-8705

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
PO Box 25130
Wilmington, DE 19899

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, #301
Wilmington, DE 19801-3549

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, PA
PO Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Frank J. Perch, Esquire
Office of the US Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, De 19801

Warren H. Smith, Esquire
Warren H. Smith & Associates
Republic Center
325 North Saint Paul Street
Dallas, Texas 75201

Theresa K. D. Currier, Esquire
Jeffrey R. Waxman, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19899-1397

James H. M. Spraygreen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Strook, Strook & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

William S. Katchen, Esquire
Duane Morris & Heckscher, LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

Nancy Worth Davis, Esquire
Motley Rice, LLC
PO Box 1792
Mount Pleasant, SC 29465

Bennett L. Spiegel
Lori Sinanyan
Kirkland & Ellis
777 South Figueroa Street, 37th Floor
Los Angeles, CA 90017

David Rosenbloom, Esquire
McDermott Will & Emery
227 W. Monroe Street, Suite 4400
Chicago, IL 60606

Jan Baker
Shmuel Vasser
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Mary A. Coventry
Sealed Air Corporation
PARK 80 East
Saddlebrook, NJ 07663

Roger Frankel
Swidler Berlin Shereff Friedman, LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007

David T. Austern
8260 Willow Oaks Corp. Drive
PO Box 10415
Fairfax, VA 22031