**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 11 |
| W.R. GRACE & CO., et al., | : | |
| | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | Hearing Date: 2/28/04 @ 12:00 p.m. |
| | | Objection Deadline: 2/11/05 @ 4:00 p.m. |

**NOTICE OF CITICORP DEL-LEASE, INC.'S APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**
**PURSUANT TO 11 U.S.C. §365(d)(10) and §503(b)**

TO:   See Attached Service List

PLEASE TAKE NOTICE that movant, Citicorp Del-Lease, Inc. d/b/a Citicorp Dealer Finance, has filed a application which seeks the following relief: *the entry of an Order allowing and directing payment of administrative claim*.

A HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 28, 2005 at NOON

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d) to the attached Motion by the date set forth above. At the same time, you must also serve a copy of the response upon movant's attorneys:

> John R. Weaver, Jr., Esquire
> Farr, Burke, Gambacorta & Wright, PC
> P.O. Box 510
> Wilmington, DE  19899

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

1

the purpose of stipulating to relevant facts such as value of the property and the extent and validity of any security interest.

Dated: Wilmington, Delaware
December 23, 2004

                                    FARR, BURKE, GAMBACORTA & WRIGHT
                                    A Professional Corporation

By:    */s/ John R. Weaver, Jr.*
        JOHN R. WEAVER, JR. (No. 911)
        831 North Tatnall Street, Suite 200
        P.O. Box 510
        Wilmington, Delaware 19899
        Telephone (302) 428-1077
        Telecopier (856) 931-3940
        Attorneys for Citicorp Del-Lease, Inc. d/b/a
        Citicorp Dealer Finance