**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 11 |
| W.R. GRACE & CO., et al., | : | |
| | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | **Hearing Date: 2/28/04 @ 12:00 p.m.** |
| | | **Objection Deadline: 2/11/05 @ 4:00 p.m.** |

**ORDER ALLOWING ADMINISTRATIVE CLAIM OF**
**CITICORP DEL-LEASE, INC. AND DIRECTING PAYMENT OF**
**CLAIM PURSUANT TO 11 U.S.C. §365(d)(10) and §503(b)**

Upon the application of Citicorp Del-Lease, Inc. d/b/a Citicorp Dealer Finance ("Citicorp") for an Order allowing its administrative claim and payment thereof in connection with the lease of various material handling equipment; due notice of the motion having been given to all parties in interest; the Court having reviewed the considered the moving papers, the responsive pleadings and the argument of counsel; and for cause shown, it is

ORDERED that the motion is hereby granted; and it is further

ORDERED that Citicorp's administrative claim in the amount of $55,282.23 is hereby allowed pursuant to §503(b) and §365(d)(10) and given priority pursuant to §507; and it is further

ORDERED that the Debtor shall pay to Citicorp the sum of $55,282.23 (plus $2,452.34 per month for January 15, 2005 and February 15, 2005) within ten (10) days of the entry of this Order.

Dated: Wilmington, Delaware
February ___, 2005

_____
HONORABLE JUDITH K. FITZGERALD
United States Bankruptcy Judge