# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 11 |
| W.R. GRACE & CO., et al., | : | |
| | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, Lora Bell, do hereby certify that I did on the 23rd day of December, 2004, cause to be mailed to the persons or parties identified on the attached list, by first class mail unless otherwise specified, true copies of the following document:

MOTION OF CITICORP DEL-LEASE, INC. FOR ORDER ALLOWING
AND DIRECTING PAYMENT OF ADMINITSRATIVE CLAIM
PURSUANT TO 11 U.S.C §365(d)(10) AND §503(b)

Dated: December 23, 2004           */s/ Lora Bell*
                                   LORA BELL

1