IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

ADMINISTRATIVE ORDER WITH RESPECT TO
2019 STATEMENTS AND/OR EXHIBITS SUBMITTED IN CERTAIN
ASBESTOS CASES THAT DO NOT COMPLY WITH
THE ORDER, AS AMENDED, GOVERNING THE FILING THEREOF

AND NOW, this **23rd** day of **December, 2004**, it is **ORDERED** that the Clerk of the Bankruptcy Court is hereby directed not to docket any 2019 statements and/or exhibits that are submitted for filing that do not comply with the terms of the order, as amended, requiring the filing of statements pursuant to Fed.R.Bankr.P. 2019.

It is **FURTHER ORDERED** that upon receipt of noncomplying 2019 statements and/or exhibits, the Clerk shall docket and serve a notice in the form attached hereto as Exhibit A. The Notice shall state:

(1) the name and address of the attorney and/or law firm, and telephone number if available, that attempted the filing;

(2) that the statements and/or exhibits shall not be docketed and that unless the filer makes arrangements within two (2) weeks from the date of the Notice to retrieve same from the Clerk, the statements and exhibits will be destroyed; and

(3) that the filer shall have two (2) weeks from the date the Clerk issues the Notice to file 2019 statements and exhibits that comply with the order governing the filing of 2019s, as amended.

*Judith K. Fitzgerald*
rmab

Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

**IN RE**

                                          Bankruptcy No.

    Debtor(s)

**TO:** _____
           Name

       _____
           Address

       _____

## NOTICE OF 2019 STATEMENTS/EXHIBITS SUBMITTED IN
## CERTAIN ASBESTOS CASES THAT DO NOT COMPLY WITH
## THE ORDER, AS AMENDED, GOVERNING THE FILING THEREOF

      The 2019 statements and/or exhibits that you submitted to the Clerk do not comply with the order, as amended, governing the filing thereof. Because they do not comply, they **HAVE NOT BEEN DOCKETED** and will be destroyed unless within two (2) weeks of the date of this Notice you make arrangements to retrieve them from the Clerk.

      **You are further notified that you must file**, within two (2) weeks of the date of this notice, 2019 statements and exhibits that comply with the 2019 order, as amended.

DATE: _____      _____
                                            Deputy Clerk

## EXHIBIT B

| | | | |
|---|---|---|---|
| W. R. Grace & Co., *et al.* | 01-1139 | DN 6715 | signed 10/22/04 |
| Owens Corning *et al.* | 00-3837 | DN 13091 | signed 10/22/04 |
| Armstrong World Industries, Inc. | 00-4471 | DN 7468 | signed 10/22/04 |
| USG Corporation | 01-2094 | DN 6852 | signed 10/22/04 |
| United States Mineral Products Company | 01-2471 | DN 2155 | signed 10/22/04 |
| Kaiser Aluminum Corp. | 02-10429 thru 02-10443 | DN 5255 | signed 10/25/04 |
| Kaiser Center, Inc. | 02-10819 | DN 16 | signed 10/25/04 |
| Alpart Jamaica Inc. | 03-10144 | DN 15 | signed 10/25/04 |
| KAE Trading, Inc. | 03-10145 | DN 12 | signed 10/25/04 |
| Kaiser Aluminum & Chemical Canada Investment, LTD. | 03-10146 | DN 12 | signed 10/25/04 |
| Kaiser Aluminum & Chemical of Canada, LTD | 03-10147 | DN 14 | signed 10/25/04 |
| Kaiser Bauxite Co. | 03-10148 | DN 14 | signed 10/25/04 |
| Kaiser Center Properties | 03-10149 | DN 14 | signed 10/25/04 |
| Kaiser Export Company | 03-10150 | DN 12 | signed 10/25/04 |
| Kaiser Jamaica Corp. | 03-10151 | DN 14 | signed 10/25/04 |
| Texada Mines Ltd. | 03-10152 | DN 12 | signed 10/25/04 |
| The Flintkote Company | 04-11300 | DN 337 | signed 10/22/04 |
| Flintkote Mines Limited Jointly administered with 04-11300 | 04-12440 | DN 12 | signed 10/22/04 |