IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
RAELENA Y. TAYLOR, PARALEGAL

STATE OF DELAWARE:
                        SS:
NEW CASTLE COUNTY:

    I Raelena Y. Taylor, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on December 23, 2004. I certify further that I caused the service of the:

**CERTIFICATION OF COUNSEL RE: DOCKET NO. 6846**

was made on the following parties on the attached list via U.S. First Class Mail and Hand Delivery on Wilmington, Dealaware.

                                      _____
                                             Raelena Y. Taylor

    SWORN AND SUBSCRIBED before me this 23rd day of December, 2004.

                                             _____
                                             NOTARY

MELISSA N. FLORES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 13, 2006

W.R. GRACE
2002

Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006
**(Asbestos Claimants)**

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA 30303

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street - Suite 700
Atlanta, GA 30309

Brian L. Hansen, Esquire
Frank W. DeBorder, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
**(Daleen Technologies, Inc.)**

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
**(Georgia Department of Revenue)**

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**(The Texas Comptroller of Public Accounts)**

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**(Comptroller of Public Accounts of the State of Texas)**

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760
**(Ben Bolt-Palito-Blanco ISD, Brownsville ISD, Cameron County, Hildalgo County, Orange Grove, Orange Grove ISD, Premont ISD)**

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214


DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224


Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595


Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928


Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896


Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701


Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA  02109
**(CMGI)**

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
**(Zonolite Attic Litigation Plaintiffs)**

Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn & Whitesell LLP
101 Arch Street
Boston, MA  02110
**(Libby Mine Claimants)**

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA  02110-2604


Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624


Matthew A. Porter, Esquire
Dechert LLP
200 Clarendon Street
27th Floor
Boston, MA  02116-5021
**(LaVantage Solutions)**

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520


Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202


Craig A. Slater, Esquire
Harter, Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY  14202-2293


Judy D. Thompson, Esquire
Poyner & Spruill LLP
One Wachovia Center
301 South College Street, Suite 2300
Charlotte, NC 28202


Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901


Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street- *Second Floor
Charlottesville, VA  22902


Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552
**(Lawson Electric Co.)**

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034


David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601
**(Potash Corp.)**

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
**(Debtor)**

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive - Suite 1000
Chicago, IL  60601


Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603
**(Union Tank Car Company)**

S. Jay Novatney, Esquire
Citadel Investment Group, L.L.C.
131 South Dearborn Street, 36th Floor
Chicago, IL  60606
**(Citadel Investment Group, LLC)**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606
**(DIP Lender)**

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, IL 60610
**(Zonolite Attic Litigation Plaintiffs)**

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
**(W. R. Grace & Co.)**

E. Katherine Wells, Esquire
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Timothy P. Dowling, Esquire
Gary, Thomasson, Hall & Marks P.C.
210 S. Carancahua
Corpus Christi, TX 78401
**(Corpus Christi Gasket & Fastener, Inc.)**

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
**(Wells Fargo Bank Minnesota, National Association)**

Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX 75201-2689

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691
**(County Of Dallas)**

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204
**(Asbestos Claimants)**

Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
**(Carrollton-Farmers Branch Independent School District)**

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202
**(U.S. Environmental Protection Agency)**

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
**(West Group)**

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

David W. Baddley, Esquire
Greenberg Traurig, P.A.
515 East Las Olas Boulevard - Suite 1500
Fort Lauderdale, FL 33301
**(Mars Music)**

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070
**(James Grau, Anna Grau and Harry Grau & Sons, Inc.)**

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
**(Anderson Memorial Hospital)**

Robert Cimino, Esquire
Attn: Diane Leonardo Beckmann
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813
**(William B. Dunbar)**

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002
**(Enron Corp., et al.)**

Havins & Associates P.C.
1001 McKinney Street
Suite 500
Houston, TX 77002
**(Occidental Permian, Ltd.)**

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
**(Huntsman Corporation)**

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
**(Kaneb Pipe Line Operating Partnership LP and Support Terminal Services, Inc.)**

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017


Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032
**(Aldine Independent School District)**

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398


John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064


Marsha A. Penn
P.O. Box 3725
Houston, TX 77253-3725


Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086
**(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher, S.R. Ormsbee, M. Rea and the Fisher Trust)**

Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601
**(Cornell University)**

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202


Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475
**(Missouri Department of Revenue)**

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901


Anton Volovsek
Rt 2 – Box 200 #42
Kamiah, ID 83536-9229


Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901
**(City of Knoxville)**

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067


Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442


Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
**(Hearthside Residential Corp.)**

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708


James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736


Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103


Susan Breymaier
Attorney
U.S. Postal Service
Legal Department
225 N. Humphreys Blvd.
Memphis, TN 38166-0170
**(U.S. Postal Service)**

Scott L. Baena, Esquirez
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
**(Official Committee of Property Damage Claimants)**

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674
**(Dow Chemical Company, Hampshire Chemical Corporation and Union Carbide Corporation)**

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
P.O. Box 2055
Monroe, LA 71207
**(Peters, Smith & Company)**

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
**(Asbestos Claimants)**

Joseph F. Rich
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465


Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

**(Tennessee Department of Environment and Conservation - Superfund)**

Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243
**(Commissioner of Revenue)**

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099
**("Unofficial Committee")**

Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers Benefit Fund
730 Broadway - Tenth Floor
New York, NY 10003-9511
**(Amalgamated Industries and Service Workers Benefit Fund)**

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street - Fourth Floor
New York, NY 10006

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
**(Travelers Casualty and Surety Company)**

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY 10019-5639
**(Royal Insurance)**

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas - 40th Floor
New York, NY 10019-6076

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829
**(Certain Underwriters at Lloyd's London)**

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
**(Official Committee of Personal Injury Claimants)**

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
**(The Baupost Group LLC)**

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022
**(National Union Fire Insurance Co. of Pittsburgh, PA)**

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852
**(Equity Committee)**

Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
**(Wells Fargo Bank Minnesota, National Association)**

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
**(Sealed Air Corporation)**

Coudert Brothers
Attn: Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**(Official Committee of Unsecured Creditors)**

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Pamela Zilly/Richard Shinder
David Blechman/Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
**(Snack, Inc.)**

Investec
Re: PMG Capital Corp.
ATTN: D. Rapparot
1 Battery Park Plaza
New York, NY 10004

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024
**(General Electric Capital Corporation)**

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101
**(Public Service Electric and Gas Company)**

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102-5497
**(Official Committee of Unsecured Creditors)**

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730
**(Toyota Motor Credit)**

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125


Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950


Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900, Four Penn Center
Philadelphia, PA 19103
**(AON Consulting, Inc.)**

Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103
**(Louis S. Robles, Esquire and Robles Law Center, P.A.)**

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103
**(PPG Industries, Inc.)**

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365


Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
**(Century Indemnity Company)**

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396


Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
**(Attorney General of PA)**
**(Commonwealth of PA, Dept. of Revenue)**

Denise A. Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603


Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
**(Novak Landfill RD/RA Group)**

Jacob C. Cohn, Esq.
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103
**("Federal Insurance Company")**

Scott Barker, Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing Corporation)
One North Central Avenue
Phoenix, AZ 85004

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue - Suite 2400
Phoenix, AZ 85004
**(Westcor)**

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222
**(The Burlington Northern and Santa Fe Railway Company)**

James E. Wimberly, Esquire
McPherson, Monk, Hughes, Bradley & Wimberly, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604
**(State of New York, Dept. of Taxation and Finance)**

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

Jeffrey Kaufman, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105


Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
**(Zonolite Attic Litigation Plaintiffs)**

Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza - Suite 1325
San Francisco, CA 94111


C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway - Suite 150
San Rafael, CA 94903
**(Berry & Berry)**

Kimberly W. Osenbaugh, Esq.
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
**(Attorneys for KEG Restaurants U.S., Inc.)**

Afshin Miraly, Esquire
Assistant City Solicitor
B.B.O. No. 648063
Law Department - City Hall
93 Highland Avenue
Somerville, MA 02143

Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466
**(Marco Barbanti)**

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127
**(State of Minnesota)**

Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876


Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000


Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario Canada M5H 3T4
**(Canadian Counsel to Debtor)**

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030


Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Margaret A. Holland
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625


General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055


James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C. 20004-1109


Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026


Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549


Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC 20007
**(WESCO Distribution, Inc.)**

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036


James Sottile, Esquire
Baach Robinson & Lewis PLLC
One Thomas Circle, NW
Suite 200
Washington, DC 20005
**("London Market Insurers")**

Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166
**(Crossroads Industrial Park, Inc. and Weedsport Associates, LLC)**

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
**(SAP America, Inc.)**

Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602
**(County of San Diego)**

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street - 8th Floor
Wilmington, DE 19801
**(The Delaware Division of Revenue)**

Rachel B. Mersky, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**(Union Tank Car Company)**

John D. Demmy, Esquire
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801
**(First Union Leasing)**

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
**(Libby Mine Claimants)**

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
**(Entergy Services, Inc.)**

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**(Wachovia Bank, N.A.)**

Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street - Suite 1001
Wilmington, DE 19801
**(Ingersoll-Rand Fluid Products)**

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
**(United States Trustee)**

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE 19801
**(Ingersoll-Rand Fluid Products)**

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801
**(Asbestos Claimants)**

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801
**(Copy Service)**

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
**(Century Indemnity Company)**

District Director
IRS
31 Hopkins Plaza, Room 1150
Wilmington, DE 19801-1246
**(Official Committee of Unsecured Creditors)**

Megan N. Harper, Esquire
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Baltimore, MD 21201

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
**(Royal Insurance)**

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
**(Zonolite Attic Litigation Plaintiffs)**

David E. Wilks, Esq.
Buchanan Ingersoll PC
The Nemours Bldg
1007 N. Orange Street, Suite 1110
Wilmington, DE 19899

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
**(The Chase Manhattan Bank)**

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
**(Travelers Casualty and Surety Company)**

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
**(DIP Lender)**

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
**(Property Damage Claimants)**

Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street - Suite 1600
Wilmington, DE 19899-0636

Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spadaro & Landon
824 N. Market Street/P.O. Box 8989
Wilmington, DE 19899-1709
**(Potash Corp.)**

John V. Fiorella, Esqurie
Archer & Greiner, P.C.
1300 North Market Street, Suite 700
Wilmington, DE 19899-8989

Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market St., Suite 1000
Wilmington, DE 19801
**(NL Industries, Inc.)**

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19801
**("Unofficial Committee")**

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, DE 19899-8705
**(Debtors)**

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Wilmington, Delaware 19899
**(L.A. Unified School District)**

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodbridge, NJ 07095
**(Asbestos Claimants)**

Scott H. Crawford
1600 Bank One Centre
North Tower, 450 Laurel Street
Woodland Hills, CA 91367
**(Snack, Inc.)**

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P. O. Box 1792

Baton Rouge, LA 70801-3656

Daniel M. Glosband, P.C.
Exchange Place
53 State Street
Mt. Pleasant, SC 29465


Roger Hammond
Kforce Inc.
1001 East Palm Avenue
Boston, MA 02109


Eugene Paul Sullivan
29-B Plaza Delas Flores
Tampa, FL 33605


Frederick P. Furth
Michael P. Lehmann
Christopher L. Lebsock
The Furth Firm LLP
225 Bush Street, 15th Floor
Freehold, NJ 07728


Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
San Francisco, CA  94104


Peter B. McGlynn, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
**(Spaulding &Slye)**

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Boston, Massachusetts 02110
**(Spaulding &Slye)**

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Washington, DC 20007
**(David T. Austern-Future Claimants' Representative)**


Euler Hermes ACI
800 Red Brook Boulevard
Wilmington, DE 19806


Amy Pritchard Williams
Kennedy Covington Lobdell & Hickman LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Owings Mills, MD 21117


Primex Plastics Corp
1235 North Street
Charlotte, NC 28202
**(CTCI)**


Richmond, IN 47374