## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

IN RE:                         )

                               )

W. R. GRACE & CO., ET AL,       )      CHAPTER 11

                               )

          DEBTORS       )      Case No:  01-01139 (JJF)

                               )

                               )      (Jointly Administered)

### VERIFIED STATEMENT OF WERB & SULLIVAN PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Brian A. Sullivan, as a partner at the firm of Werb & Sullivan, hereby discloses as follows:

1.    I, Brian A. Sullivan, am an attorney with the law firm of Werb & Sullivan located at 300 Delaware Avenue, 13th Floor, P.O. Box 25046, Wilmington, Delaware 19801.  On behalf of Werb & Sullivan I hereby provide this verified statement (the "Verified Statement"), as required by Rule 2019 of the Federal Rules of Bankruptcy Procedure, in connection with Werb & Sullivan's representation of certain parties-in-interest in these cases or proceedings related to these cases.

2.    Werb & Sullivan represents (a) Peters, Smith & Company and (b) Cary G. Youpee, D. Dwight Youpee, Josi Youpee, Marvin, Youpee, Jr., Marvin K. Youpee, Sr., William Youpee, III, Iris Youpee, and Brittany Youpee (the Youpee Claimants) (collectively, the "Represented Parties"). The list of each of these parties-in-interest names and addresses is included on the compact disk ("CD") submitted to the Clerk herewith.  The Exhibits have not been scanned, but may be accessed by parties who obtain Court order authorizing access.

3.    The Represented Parties each approached Werb & Sullivan requesting representation at different times following the commencement of these bankruptcy cases.  To the best of my knowledge and belief, Werb & Sullivan held no claim against or interest in any of the Debtors.

4.      Werb & Sullivan will file an amended and supplemental statement setting forth any changes in the facts contained in this Verified Statement, should any such material changes occur.

5.      I certify that this Verified Statement is true and accurate, to the best of my knowledge and belief, and is based upon appropriate reliance on Werb & Sullivan members and personnel.

**WERB & SULLIVAN**

/s/ Brian A. Sullivan
Brian A. Sullivan (DE #2098)
Amy D. Brown (DE #4077)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail bsullivan@werbsullivan.com

Dated:  December 23, 2004