## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served upon those listed on the attached service list in the manner indicated on the 23rd day of December 2004.

            <u>/s/Brian A. Sullivan</u>
            Brian A. Sullivan