W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

*Hand Delivery*
(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine
Chase Manhattan Centre
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Swidler, Berlin, Shereff, Freidman, LLP
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
3000 K Street, NW, Suite 300
Washington, DC  20007

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
~~W. R. Grace Core Group Service List~~
~~Case No. 01-1139 (JKF)~~
~~Document Number: 27348~~
~~07 – Hand Delivery~~
~~11 – First Class Mail~~

91100.001

---

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
~~(Counsel to Debtors and Debtors in Possession)~~
~~Laura Davis Jones, Esquire~~
~~David Carickhoff, Esquire~~
~~Pachulski, Stang, Ziehl, Young & Jones~~
~~919 North Market Street, 16th Floor~~
~~P.O. Box 8705~~
~~Wilmington, DE 19899-8705~~

91100.001

---

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

91100.001

---

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

91100.001

---

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
Hand Delivery
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

91100.001

---

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
Hand Delivery
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
Hand Delivery
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine
Chase Manhattan Centre
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
Hand Delivery
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
Hand Delivery
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
Hand Delivery
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
Hand Delivery
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

*TO*
First Class Mail
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
First Class Mail
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
First Class Mail
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
First Class Mail
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
First Class Mail
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
First Class Mail
(Equity Committee Counsel)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
First Class Mail
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
First Class Mail
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
First Class Mail
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Swidler, Berlin, Shereff, Freidman, LLP
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
3000 K Street, NW, Suite 300
Washington, DC  20007

91100.001

27348
**Pachulski, Stang, Ziehl, Young Jones & Weintraub**
A PROFESSIONAL CORPORATION
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100

*TO*
*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

91100.001