# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

December 16, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  87002

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2004

Atty - SLB
Client No. 74817/15537

RE:      01- Case Administration

| | | | | |
|---|---|---|---|---|
| 10/01/04 | ASD | 0.20 | 58.00 | Review motion for order extending time to assume lease (.2). |
| 10/01/04 | ASD | 0.70 | 203.00 | Review Motion for Settlement Agreement with Honeywell (.7). |
| 10/01/04 | ASD | 0.60 | 174.00 | Review six orders from Court (.6). |
| 10/01/04 | JMS | 1.10 | 319.00 | Telephone conference with J. Baer regarding 2019 issues (.2); telephone conference with R. Wyron regarding KWELMBS issue (.3); review U.S. trustee response to 2019 issues (.3); email to committee thereon (.3) |
| 10/01/04 | AJ | 0.20 | 22.00 | Printout of docket for A. Danzeisen & J. Sakalo |
| 10/02/04 | JMS | 0.50 | 145.00 | Emails regarding 2019 issues |
| 10/04/04 | JMS | 1.80 | 522.00 | Review 2019 responses in all cases (1/2 time with USG) (1.2); emails from and to E. Westbrook regarding Grace property damage claims and research thereon (.6) |
| 10/04/04 | AJ | 0.30 | 33.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.1) |
| 10/05/04 | ASD | 0.40 | 116.00 | Review statement from U.S. Trustee on Baron and Budd 2019 motion (.2); review joinder of Baron motion from Bray for Prince Parcel (.1); review joinder of Campbell Cherry, et al. to Baron Motion (.1). |
| 10/05/04 | ASD | 0.40 | 116.00 | Review 7 Court Orders (.4). |
| 10/05/04 | ASD | 0.10 | 29.00 | Review email regarding October 6th hearing (.1). |
| 10/05/04 | ASD | 0.50 | 145.00 | Review proposed estimation document (.5). |
| 10/05/04 | JMS | 1.30 | 377.00 | Email to Committee regarding 2019 hearing (.2); multiple emails with E. Westbrook and responses thereto (.8); telephone conference with M. Hurford regarding KWELMBS issue (.3) |
| 10/05/04 | AJ | 1.30 | 143.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.2) Prepare and index X-Ray Motion Exhibits per request of J. Sakalo (.9) |
| 10/06/04 | ASD | 0.50 | 145.00 | Review order on substantive consolidation (.2); forward to Committee members (.1); review email responses regarding same (.2). |
| 10/06/04 | ASD | 0.60 | 174.00 | Pull 2001 and order in Congoleum case (.2); email Committee co-chair (.1); pull previous 2019 orders and review same (.3). |
| 10/06/04 | AJ | 0.20 | 22.00 | Printout of docket for A. Danzeisen & J. Sakalo |
| 10/07/04 | ASD | 0.30 | 87.00 | Review email regarding 2019 issues and requirements (.3). |
| 10/07/04 | ASD | 0.30 | 87.00 | Telephone conference with Ted Tacconelli regarding Scotts hearing and prepare for same (.3). |
| 10/07/04 | JMS | 1.40 | 406.00 | Review motion to approve COLI settlement agreement and related issues |
| 10/07/04 | AJ | 0.20 | 22.00 | Printout of docket for A. Danzeisen & J. Sakalo |
| 10/08/04 | ASD | 0.10 | 29.00 | Review notice of cancellation of hearing (.1). |
| 10/08/04 | JMS | 1.70 | 493.00 | Two emails to D. Scott regarding committee minutes (.4); research dates of appointment at request of co-chair (.6); email to co-chair thereon (.3); emails with M. Hurford and R. Wyron regarding KWELMBS settlement money (.4) |
| 10/08/04 | WV | 0.20 | 22.00 | Pull docket, research case information re: retention dates. |
| 10/08/04 | AJ | 0.20 | 22.00 | Printout of docket for A. Danzeisen & J. Sakalo |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 10/11/04 | JMS | 1.70 | 493.00 | Review hearing agenda for ZAI Science trial (.3); email to S. Baena thereon (.2); conference with S. Baena thereon (.3); telephone conference with R. Wyron, M. Hurford, P. Lockwood regarding KWELMBS (.5); review open issues thereon (.4) |
|---|---|---|---|---|
| 10/11/04 | AJ | 0.40 | 44.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.2) |
| 10/12/04 | ASD | 0.40 | 116.00 | Review email regarding negotiations (.2); review summary of meeting of debtors (.2). |
| 10/12/04 | SLB | 1.00 | 550.00 | Review motion to approve COLI settlement (.9); review insurer's motion to strike ACC brief (.1). |
| 10/12/04 | AJ | 0.30 | 33.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.1) |
| 10/13/04 | JMS | 0.80 | 232.00 | Telephone conference with D. Speights, M. Dies, S. Baena regarding pending issues, plan (.3); email from and to D. Speights regarding ZAI Science trial (.2); review email from D. Ziegler regarding 2019 order (.3) |
| 10/13/04 | AJ | 0.50 | 55.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.3) |
| 10/14/04 | ASD | 0.30 | 87.00 | Review second amended complaint filed by Pope plaintiff (.3). |
| 10/14/04 | AJ | 0.20 | 22.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) |
| 10/15/04 | WV | 1.50 | 165.00 | Prepare hearing binder. |
| 10/15/04 | AJ | 0.90 | 99.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.7) |
| 10/18/04 | ASD | 1.10 | 319.00 | Review of dockets in asbestos cases (.3); review various pleadings filed on 2019 issues and appeal (.7); email Jay Sakalo regarding 2019 appeal by Baron and Budd (.1). |
| 10/18/04 | ASD | 3.60 | 1,044.00 | Review pleadings and expert reports filed in OC regarding estimation (3.6) [split with USG]. |
| 10/18/04 | AJ | 2.90 | 319.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.4) Creation of Asbestos Estimation Expert Report Binder per request of A. Danzeisen (2.3) |
| 10/19/04 | ASD | 1.00 | 290.00 | Review of article on plueral registry (.2); research regarding status of asbestos legislation (.8). |
| 10/19/04 | ASD | 0.40 | 116.00 | Review motion of Scott Company for Stay (.4). |
| 10/19/04 | JMS | 0.30 | 87.00 | Emails with J. Baer, P. Lockwood regarding status of KWELMBS issues |
| 10/19/04 | AJ | 0.40 | 44.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.2) |
| 10/20/04 | ASD | 0.20 | 58.00 | Review Order expanding stay to Montana Vermiculite Company. |
| 10/20/04 | AJ | 0.70 | 77.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.5) |
| 10/21/04 | ASD | 0.30 | 87.00 | Review recent article unrelated to jurisdiction. |
| 10/21/04 | ASD | 0.70 | 203.00 | Prepare supplemental affidavit for Scott Baena. |
| 10/21/04 | SLB | 0.40 | 220.00 | Review report on ZAI science hearing and email to J. Sakalo regarding same (.4). |
| 10/21/04 | JMS | 1.10 | 319.00 | Review Elliot objection and equity securities motion |
| 10/21/04 | AJ | 1.50 | 165.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.2) Prepare hearing notebook per request of J. Sakalo (1.1) |
| 10/22/04 | ASD | 0.30 | 87.00 | Review dockets in asbestos bankrupcties (.3). |
| 10/22/04 | ASD | 0.60 | 174.00 | Review motion and exhibits by Libby Claimants for reconsideration of order on Montana Vermiculite Company (.6). |
| 10/22/04 | ASD | 0.40 | 116.00 | Review motion for interim order limiting certain transfers (.4). |
| 10/22/04 | JMS | 1.40 | 406.00 | Review email traffic regarding developments in other bankruptcies (.7); emails regarding 2019 order (.7). |
| 10/22/04 | AJ | 1.10 | 121.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.4) Prepare hearing notebook per request of J. Sakalo (.5) |
| 10/23/04 | JMS | 1.40 | 406.00 | Research regarding TDPs and email to J. Hass and S. Baena thereon |
| 10/25/04 | ASD | 0.50 | 145.00 | Review motion for leave (.2); review motion to employ Deloitte Tax LLP (.3). |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

| 10/26/04 | ASD | 0.50 | 145.00 | Review asbestos dockets (.3); review 2019 Orders (.2). |
|---|---|---|---|---|
| 10/26/04 | ASD | 0.30 | 87.00 | Review three Orders entered by Court (.3). |
| 10/26/04 | JMS | 1.30 | 377.00 | Review 2019 order (.3); telephone conference to J. Schwartz thereon (.2); review stock issues (.8) |
| 10/27/04 | ASD | 0.30 | 87.00 | Check dockets and review pleadings (.3). |
| 10/27/04 | WV | 0.30 | 33.00 | Pull docket and retrieve documents. |
| 10/29/04 | ASD | 0.10 | 29.00 | Review Omnibus dates. |
| 10/29/04 | ASD | 0.20 | 58.00 | Review email regarding ZAI issues. |
| 10/29/04 | JMS | 0.60 | 174.00 | Email to Committee regarding omnibus hearings (.2); email from S. Baena regarding company information (.2); email regarding grand jury subpoena (.2) |
| 10/29/04 | WV | 1.80 | 198.00 | Review Transcript of hearing on Pittsburgh Corning, pull motions and briefs from docket. |

**PROFESSIONAL SERVICES**                                                                 $11,798.00

## COSTS ADVANCED

| 08/23/04 | Fares, Mileage, ParkingVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 60531; DATE: 11/4/2004  -  Limousine service | 44.90 |
|---|---|---|
| 09/01/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807452354; DATE: 9/30/2004  -  Westlaw Charges | 32.35 |
| 09/16/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4091966250; DATE: 9/19/2004  -  Acct.#BILZIN01 | 101.01 |
| 09/17/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4091966250; DATE: 9/19/2004  -  Acct.#BILZIN01 | 24.81 |
| 09/17/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807452354; DATE: 9/30/2004  -  Westlaw Charges | 34.96 |
| 09/27/04 | AirfareTravel Agent fee - NEw York -VENDOR: SCOTT L. BAENA; INVOICE#: SLB-09/21/04; DATE: 9/21/2004  -  Client | 17.50 |
| 09/27/04 | AirfareAgency fee - cancelled airfare to Philadelphia - VENDOR: Continental Travel; INVOICE#: 320694; DATE: 9/24/2004  -  Clients | 17.50 |
| 09/30/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 765702986;  DATE: 10/4/2004 | 8.68 |
| 09/30/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4100368595; DATE: 10/3/2004  -  Acct.#BILZIN01 | 32.80 |
| 09/30/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/04-09/30/04; DATE: 9/30/2004  -  Pacer Charges | 333.27 |
| 09/30/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/04-09/30/04; DATE: 9/30/2004  -  Pacer Charges | 4.06 |
| 09/30/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/04-09/30/04; DATE: 9/30/2004  -  Pacer Charges | 85.19 |
| 09/30/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/04-09/30/04; DATE: 9/30/2004  -  Pacer Charges | 6.16 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 09/30/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807452354; DATE: 9/30/2004 - Westlaw Charges | 103.82 |
| 10/01/04 | Photocopies  25.0000pgs @ 0.15/pg | 3.75 |
| 10/01/04 | Long Distance Telephone(312) 861-2000 | 6.93 |
| 10/01/04 | Long Distance Telephone(312) 861-2162 | 6.93 |
| 10/01/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 765724707;  DATE: 10/6/2004 | 8.96 |
| 10/04/04 | Photocopies  27.0000pgs @ 0.15/pg | 4.05 |
| 10/04/04 | Long Distance Telephone(409) 883-4394 | 19.80 |
| 10/04/04 | Long Distance Telephone(843) 524-5708 | 19.80 |
| 10/04/04 | Long Distance Telephone(312) 927-6420 | 1.98 |
| 10/05/04 | Photocopies  545.0000pgs @ 0.15/pg | 81.75 |
| 10/05/04 | Long Distance Telephone(415) 956-1000 | 1.98 |
| 10/05/04 | Long Distance Telephone(302) 426-9910 | 11.88 |
| 10/05/04 | Long Distance Telephone(843) 524-5708 | 7.92 |
| 10/05/04 | AirfareTravel to Pittsburgh/Chicago - VENDOR: Continental Travel; INVOICE#: 321305; DATE: 10/1/2004 - Client | 730.65 |
| 10/06/04 | Photocopies  25.0000pgs @ 0.15/pg | 3.75 |
| 10/06/04 | Photocopies  895.0000pgs @ 0.15/pg | 134.25 |
| 10/06/04 | Long Distance Telephone(803) 943-6047 | 3.96 |
| 10/06/04 | AirfareTravel to NC - VENDOR: Continental Travel; INVOICE#: 321480; DATE: 10/6/2004 - Client | 367.60 |
| 10/06/04 | Fares, Mileage, ParkingVENDOR: JAY M. SAKALO; INVOICE#: JMS-10/06/04; DATE: 10/6/2004 - Client | 19.50 |
| 10/06/04 | MealsVENDOR: JAY M. SAKALO; INVOICE#: JMS-10/06/04; DATE: 10/6/2004 - Client | 8.99 |
| 10/06/04 | LodgingTravel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/06/04; DATE: 10/6/2004 - Client | 169.52 |
| 10/06/04 | Fares, Mileage, ParkingVENDOR: JAY M. SAKALO; INVOICE#: JMS-10/06/04; DATE: 10/6/2004 - Client | 21.63 |
| 10/06/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4101068822; DATE: 10/10/2004 - Acct.#BILZIN01 | 14.69 |
| 10/07/04 | Photocopies  246.0000pgs @ 0.15/pg | 36.90 |
| 10/07/04 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 10/07/04 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 10/07/04 | Long Distance Telephone(202) 841-8555 | 3.96 |
| 10/07/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 10/07/04 | Long Distance Telephone(302) 575-1555 | 28.71 |
| 10/07/04 | AirfareTravel to Washington, DC - VENDOR: Continental Travel; INVOICE#: 321555; DATE: 10/7/2004 - Client | 1,479.20 |
| 10/07/04 | MealsTravel to Washington, DC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/08/04; DATE: 10/8/2004 - Client - 15537 | 142.45 |
| 10/08/04 | AirfareTravel to Washington, DC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/08/04; DATE: 10/8/2004 - Client - 15537 | 1,479.20 |
| 10/08/04 | Fares, Mileage, ParkingTravel to Washington, DC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/08/04; DATE: 10/8/2004 - Client - 15537 | 22.50 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 10/08/04 | LodgingTravel to Washington, DC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/08/04; DATE: 10/8/2004 - Client - 15537 | 372.13 |
| 10/08/04 | MealsTravel to Washington, DC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/08/04; DATE: 10/8/2004 - Client - 15537 | 77.54 |
| 10/08/04 | Long Distance Telephone-Outside ServicesTravel to NYC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/08/04; DATE: 10/8/2004 - Client - 15537 | 4.00 |
| 10/08/04 | Fares, Mileage, ParkingTravel to Airport - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/08/04; DATE: 10/8/2004 - Client - 15537 | 43.25 |
| 10/08/04 | LodgingTravel to Washington, D.C. - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/08/04; DATE: 10/8/2004 - Client - 15537 | 372.13 |
| 10/11/04 | Photocopies 246.0000pgs @ 0.15/pg | 36.90 |
| 10/12/04 | Long Distance Telephone(803) 943-4444 | 5.94 |
| 10/12/04 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 10/12/04 | Long Distance Telephone(803) 943-6047 | 4.95 |
| 10/12/04 | Long Distance Telephone(409) 883-4394 | 3.96 |
| 10/12/04 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 10/12/04 | Long Distance Telephone(409) 779-0523 | 2.97 |
| 10/12/04 | Long Distance Telephone(843) 524-5708 | 6.93 |
| 10/12/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807637333; DATE: 10/31/2004 - Westlaw Charges | 8.55 |
| 10/13/04 | Photocopies 41.0000pgs @ 0.15/pg | 6.15 |
| 10/13/04 | Long Distance Telephone(409) 883-4394 | 36.63 |
| 10/13/04 | Long Distance Telephone(803) 943-4444 | 35.64 |
| 10/13/04 | Long Distance Telephone(202) 841-8555 | 10.89 |
| 10/13/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 780138001; DATE: 10/19/2004 | 12.46 |
| 10/14/04 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |
| 10/14/04 | Long Distance Telephone(202) 986-0050 | 33.66 |
| 10/15/04 | Photocopies 423.0000pgs @ 0.15/pg | 63.45 |
| 10/15/04 | Photocopies 21.0000pgs @ 0.15/pg | 3.15 |
| 10/15/04 | Photocopies 256.0000pgs @ 0.15/pg | 38.40 |
| 10/15/04 | Photocopies 265.0000pgs @ 0.15/pg | 39.75 |
| 10/15/04 | Long Distance Telephone(803) 943-6047 | 19.80 |
| 10/15/04 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 10/15/04 | Long Distance Telephone(212) 813-1703 | 1.98 |
| 10/15/04 | AirfareTravel to Pittsburgh - VENDOR: Continental Travel; INVOICE#: 322191; DATE: 10/15/2004 - Client - 15537 | 746.10 |
| 10/18/04 | Photocopies 37.0000pgs @ 0.15/pg | 5.55 |
| 10/18/04 | AirfareTravel Pittsburgh/Miami - VENDOR: Continental Travel; INVOICE#: 322344; DATE: 10/18/2004 - Client 15537 | 744.60 |
| 10/18/04 | AirfareTravel Pittsburgh/Miami (canceled ticket will be refunded by Agency) - VENDOR: Continental Travel; INVOICE#: 321944; DATE: 10/12/2004 - Client - 15537 | 715.20 |
| 10/19/04 | Photocopies 101.0000pgs @ 0.15/pg | 15.15 |
| 10/20/04 | Photocopies 10.0000pgs @ 0.15/pg | 1.50 |
| 10/21/04 | Photocopies 25.0000pgs @ 0.15/pg | 3.75 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 10/21/04 | Long Distance Telephone(843) 597-4422 | 9.90 |
| 10/21/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4102469536; DATE: 10/24/2004 - Acct.#BILZIN01 | 51.08 |
| 10/22/04 | Photocopies  26.0000pgs @ 0.15/pg | 3.90 |
| 10/22/04 | Photocopies  54.0000pgs @ 0.15/pg | 8.10 |
| 10/22/04 | Photocopies  11.0000pgs @ 0.15/pg | 1.65 |
| 10/22/04 | Long Distance Telephone(409) 883-4394 | 1.98 |
| 10/23/04 | Searches-Title/Name/CorporateLivedgar - VENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: IN000172238; DATE: 10/31/2004 - Acct.#RUBINFL | 20.00 |
| 10/24/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807637333; DATE: 10/31/2004 - Westlaw Charges | 119.00 |
| 10/25/04 | AirfareTravel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 322545; DATE: 10/21/2004 - Clients | 438.10 |
| 10/25/04 | AirfareTravel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/25/04; DATE: 10/25/2004 - Clients | 438.10 |
| 10/25/04 | MealsTravel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/25/04; DATE: 10/25/2004 - Clients | 38.50 |
| 10/25/04 | ParkingMiami International Airport - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/25/04; DATE: 10/25/2004 - Client | 12.50 |
| 10/25/04 | Fares, Mileage, ParkingMiami International Airport - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/25/04; DATE: 10/25/2004 - Client | 6.00 |
| 10/26/04 | Photocopies  28.0000pgs @ 0.15/pg | 4.20 |
| 10/26/04 | Photocopies  140.0000pgs @ 0.15/pg | 21.00 |
| 10/26/04 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 10/26/04 | Long Distance Telephone(202) 862-5065 | 34.65 |
| 10/26/04 | Long Distance Telephone(973) 451-8506 | 0.99 |
| 10/26/04 | Long Distance Telephone(973) 538-0800 | 1.98 |
| 10/27/04 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 10/27/04 | Long Distance Telephone(803) 943-4444 | 8.91 |
| 10/28/04 | Long Distance Telephone(409) 883-4394 | 1.98 |
| 10/28/04 | Long Distance Telephone(803) 943-4444 | 3.96 |
| 10/28/04 | Long Distance Telephone(212) 813-1703 | 0.99 |
| 10/28/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4103169785; DATE: 10/31/2004 - Acct.#BILZIN01 | 22.22 |
| 10/29/04 | Photocopies  49.0000pgs @ 0.15/pg | 7.35 |

**TOTAL COSTS ADVANCED**                                                                    $10,432.37

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 1.40 | $550.00 | $770.00 |
| Danzeisen, Allyn S | 15.90 | $290.00 | $4,611.00 |
| Sakalo, Jay M | 16.40 | $290.00 | $4,756.00 |
| Van Dijk, Wendy | 3.80 | $110.00 | $418.00 |
| Josephs, Adam | 11.30 | $110.00 | $1,243.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| *TOTAL* | *48.80* | *$11,798.00* |
|---------|---------|--------------|

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $7,173.75 |
| Photocopies | $524.55 |
| Fares, Mileage, Parking | $157.78 |
| Telecopies | $4.00 |
| Federal Express | $30.10 |
| Long Distance Telephone | $350.46 |
| Long Distance Telephone-Outside Services | $250.61 |
| Lodging | $913.78 |
| Meals | $267.48 |
| Pacer - Online Services | $428.68 |
| Parking | $12.50 |
| Searches-Title/Name/Corporate | $20.00 |
| Westlaw-Online Legal Research | $298.68 |
| TOTAL | $10,432.37 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$22,230.37**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| | | Atty - SLB |
| RE: | 02 - Debtors' Business Operations | Client No. 74817/15538 |

| | | | | |
|---|---|---|---|---|
| 10/12/04 | JMS | 0.60 | 174.00 | Telephone conference with J. Baer, P. Lockwood regarding KWELMBS issues (.3); email to G. Boyer regarding corporate tax/cash issues (.3) |
| 10/29/04 | SLB | 0.30 | 165.00 | Email to PD committee reporting on grand jury investigation (.3). |

**PROFESSIONAL SERVICES**                                                   $339.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | $550.00 | $165.00 |
| Sakalo, Jay M | 0.60 | $290.00 | $174.00 |
| *TOTAL* | *0.90* | | *$339.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $339.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
|  | RE:    03 - Creditors Committee |  |  | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/04 | SLB | 0.20 | 110.00 | Email to D. Speights regarding committee materials circulation (.2). |
| 10/04/04 | SLB | 0.50 | 275.00 | Telephone conference with D. Speights and M. Dies regarding committee meeting and meeting with debtors (.5). |
| 10/05/04 | ASD | 0.30 | 87.00 | Review email regarding special Committee meeting and review response to same (.3). |
| 10/05/04 | SLB | 0.90 | 495.00 | Emails from and to D. Speights and negotiation subcommittee regarding meeting (.7); email to subcommittee regarding special meeting (.2). |
| 10/05/04 | JMS | 0.60 | 174.00 | Emails to and from D. Speights regarding meeting of subcommittee (.3); telephone conference with D. Speights, S. Baena thereon (.3) |
| 10/06/04 | ASD | 1.70 | 493.00 | Review of minutes from 9/30 Committee meeting (.3); attend Grace meeting (.5); prepare minutes of meeting (.5); review emails from Committee members regarding meeting (.4). |
| 10/06/04 | SLB | 1.90 | 1,045.00 | Committee meeting (.8); preparation of minutes and circulate same for comment (.8); email from and to D. Speights (.2); email from E. Cabraser (.1). |
| 10/06/04 | JMS | 2.20 | 638.00 | Draft minutes of subcommittee meeting (.8); email to S. Baena thereon (.2); committee call (.5); review emails regarding meeting of committee and subcommittee (.7) |
| 10/07/04 | ASD | 0.50 | 145.00 | Review various email correspondence regarding Committee issues (.5). |
| 10/07/04 | SLB | 0.40 | 220.00 | Email from D. Scott and interoffice conferences with J. Sakalo regarding response thereto (.3); email from D. Speights regarding meeting (.1). |
| 10/07/04 | JMS | 4.10 | 1,189.00 | Revise minutes of committee meeting on 9/16 and 9/17 (2.4); emails between committee members regarding meetings (1.7) |
| 10/08/04 | ASD | 0.40 | 116.00 | Review email regarding Committee meeting and attached summaries (.4). |
| 10/08/04 | JMS | 0.70 | 203.00 | Draft minutes of meeting of subcommittee and email thereon to S. Baena |
| 10/11/04 | JMS | 0.30 | 87.00 | Email from and to D. Speights regarding minutes of subcommittee meeting |
| 10/12/04 | SLB | 0.30 | 165.00 | Email and telephone call from D. Speights regarding bylaws, etc. (.3). |
| 10/13/04 | SLB | 0.50 | 275.00 | Conference call with M. Dies and D. Speights regarding various issues (.5). |
| 10/15/04 | ASD | 0.40 | 116.00 | Review of Scott's Motion to Stay and attached exhibits (.4). |
| 10/15/04 | ASD | 0.20 | 58.00 | Email Committee regarding motion to extend time to file plan (.2). |
| 10/21/04 | ASD | 1.10 | 319.00 | Prepare for and attend Committee call. |
| 10/21/04 | ASD | 2.90 | 841.00 | Commence research of questions poised by Committee member. |
| 10/21/04 | SLB | 0.50 | 275.00 | Committee meeting (.5). |
| 10/21/04 | JMS | 1.40 | 406.00 | Prepare for and hold Committee call |
| 10/22/04 | ASD | 7.80 | 2,262.00 | Continue research regarding Committee issues. |
| 10/24/04 | ASD | 7.50 | 2,175.00 | Continue work on Committee issues. |
| 10/25/04 | ASD | 7.80 | 2,262.00 | Continue research regarding Committee issues (7.8). |
| 10/26/04 | ASD | 8.80 | 2,552.00 | Continue research on Committee issues (4.7); begin draft of memo on Committee issues (3.6); interoffice conference with |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | Scott Baena regarding Committee issues (.5). |
| 10/26/04 | ASD | 0.30 | 87.00 | Review email from Committee member regarding 2019 Order (.1); respond to same (.2). |
| 10/26/04 | JMS | 0.20 | 58.00 | Conference with A.Danzeisen regarding memo to Dr. Scott |
| 10/27/04 | ASD | 5.20 | 1,508.00 | Continue research on Committee (2.1); continue draft of memo on Committee issues (3.1). |
| 10/28/04 | ASD | 4.60 | 1,334.00 | Continue draft memo on Committee issues (4.4); interoffice conference with Scott Baena regarding Committee issue (.2). |
| 10/28/04 | SLB | 2.90 | 1,595.00 | Prepare for committee meeting (.4); committee meeting (.4); revise memorandum of law to committee (1.8); emails from and to D. Speights regarding fees (.3). |
| 10/28/04 | JMS | 1.00 | 290.00 | Committee call (.5); review memo to Committee (.5) |
| 10/29/04 | ASD | 0.60 | 174.00 | Review various 2019 statements (.6). |
| 10/29/04 | ASD | 1.40 | 406.00 | Meeting with Scott Baena and Jay Sakalo regarding Committee issues and responses to inquiries. |
| 10/29/04 | ASD | 0.10 | 29.00 | Review email to Committee regarding Committee issues. |
| 10/29/04 | SLB | 1.70 | 935.00 | Revise response to D. Scott and conference with A. Danzeisen and J. Sakalo regarding same (1.5); email to D. Speights and M. Dies regarding same (.2). |
| 10/29/04 | JMS | 1.40 | 406.00 | Meeting with S. Baena and A. Danzeisen regarding memo to committee |

**PROFESSIONAL SERVICES**                                            $23,805.00

## COSTS ADVANCED

| | | |
|---|---|---|
| 10/06/04 | Long Distance Telephone(415) 956-1000 | 1.98 |
| 10/06/04 | Long Distance Telephone(509) 455-9555 | 1.98 |
| 10/28/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807637333; DATE: 10/31/2004 - Westlaw Charges | 22.37 |
| 10/28/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807637333; DATE: 10/31/2004 - Westlaw Charges | 179.30 |

**TOTAL COSTS ADVANCED**                                            $205.63

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 9.80 | $550.00 | $5,390.00 |
| Danzeisen, Allyn S | 51.60 | $290.00 | $14,964.00 |
| Sakalo, Jay M | 11.90 | $290.00 | $3,451.00 |
| *TOTAL* | *73.30* | | *$23,805.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $3.96 |
| Westlaw-Online Legal Research | $201.67 |
| TOTAL | $205.63 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER          $24,010.63

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | | Atty - SLB |
|---|---|---|---|---|---|

RE:    07 - Applicant's Fee Application

Client No. 74817/15543

| 10/05/04 | LMF | 1.20 | 144.00 | Attention to review and edits to September prebill (1.2). |
|---|---|---|---|---|
| 10/11/04 | LMF | 1.10 | 132.00 | Attend to final edits to September bill and prepare notice and summary for same (1.1). |
| 10/12/04 | ASD | 0.40 | 116.00 | Revise fee application (.4). |
| 10/28/04 | LMF | 0.90 | 108.00 | Work with accounting in compiling copies of all fraudulent transfer invoices and email to J. Sakalo (.9). |
| 10/28/04 | LMF | 0.80 | 96.00 | Compile statements and prepare for Bilzin's quarterly application (.8). |

**PROFESSIONAL SERVICES**                                                      $596.00

**COSTS ADVANCED**

| 09/30/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/04-09/30/04; DATE: 9/30/2004  -  Pacer Charges | 11.97 |
|---|---|---|

**TOTAL COSTS ADVANCED**                                                      $11.97

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.40 | $290.00 | $116.00 |
| Flores, Luisa M | 4.00 | $120.00 | $480.00 |
| *TOTAL* | *4.40* | | *$596.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Pacer - Online Services | $11.97 |
|---|---|
| TOTAL | $11.97 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$607.97**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    08 - Hearings

Client No. 74817/15544

| | | | | |
|---|---|---|---|---|
| 10/06/04 | SLB | 0.80 | 440.00 | Telephonic appearance at 2019 motion hearing [time split with USG] (.8). |
| 10/06/04 | JMS | 2.00 | 580.00 | Prepare for and attend Rule 2019 hearing (1/2 time with USG) (1.8); telephone conference with S. Baena regarding results (.2) |
| 10/19/04 | SLB | 0.20 | 110.00 | Review agenda for 10/25 hearing (.2). |
| 10/25/04 | JMS | 2.60 | 754.00 | Attend omnibus hearing (1.6); prepare en route (1.0) |

**PROFESSIONAL SERVICES**                                                                  $1,884.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.00 | $550.00 | $550.00 |
| Sakalo, Jay M | 4.60 | $290.00 | $1,334.00 |
| *TOTAL* | *5.60* | | *$1,884.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            $1,884.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | | Client No. 74817/15545 |

| 10/05/04 | JMS | 1.30 | 377.00 | Review Owens Corning brief regarding x-rays (1/2 time with USG) |
|---|---|---|---|---|
| 10/12/04 | ASD | 0.40 | 116.00 | Review of analysis of claims (.4). |
| 10/14/04 | SLB | 0.60 | 330.00 | Telephone conference with J. Hass and J. Sakalo regarding empirical analysis of asbestos claims (.6). |
| 10/21/04 | JMS | 0.30 | 87.00 | Telephone conference with J. Hass regarding claims database |
| 10/27/04 | JMS | 0.60 | 174.00 | Telephone conference with D. Speights regarding property damage claims date (.4); email to W. VanDijk thereon (.2) |
| 10/28/04 | JMS | 2.00 | 580.00 | Multiple emails with D. Speights regarding property damage claims (.7); conferences with W. VanDijk thereon and review of spreadsheets (1.3) |
| 10/28/04 | WV | 2.70 | 297.00 | Edit claims register. |

PROFESSIONAL SERVICES                                                      $1,961.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | $550.00 | $330.00 |
| Danzeisen, Allyn S | 0.40 | $290.00 | $116.00 |
| Sakalo, Jay M | 4.20 | $290.00 | $1,218.00 |
| Van Dijk, Wendy | 2.70 | $110.00 | $297.00 |
| *TOTAL* | *7.90* | | *$1,961.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                $1,961.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
| --- | --- | --- | --- | --- |
| RE: | 10 - Travel |  |  | Client No. 74817/15546 |

| 10/05/04 | JMS | 2.00 | 580.00 | Non-working travel to Pittsburgh (1/2 time with USG) |
| --- | --- | --- | --- | --- |
| 10/06/04 | JMS | 2.50 | 725.00 | Non-working travel to Miami |
| 10/07/04 | SLB | 4.00 | 2,200.00 | Travel to Washington, DC for meeting with debtor (4.0). |
| 10/07/04 | JMS | 1.00 | 290.00 | Non-working travel to D.C. |
| 10/08/04 | SLB | 4.00 | 2,200.00 | Return to Miami (4.0). |
| 10/08/04 | JMS | 2.30 | 667.00 | Non-working travel - return to Miami |
| 10/17/04 | JMS | 4.40 | 1,276.00 | (Non-Working) Flight to Pittsburgh |
| 10/19/04 | JMS | 4.80 | 1,392.00 | Return to Miami |
| 10/25/04 | SLB | 4.00 | 2,200.00 | Non-working travel to and from Wilmington [split with USG] (4.0). |
| 10/25/04 | JMS | 3.30 | 957.00 | Non-working travel to Philly (1.3); non-working travel from Philly (2.0) |

**PROFESSIONAL SERVICES** $12,487.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Baena, Scott L | 12.00 | $550.00 | $6,600.00 |
| Sakalo, Jay M | 20.30 | $290.00 | $5,887.00 |
| *TOTAL* | *32.30* |  | *$12,487.00* |

**Less 50% Discount on Travel** -$6,243.50

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $6,243.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 18 - Plan & Disclosure Statement |  |  | Client No. 74817/15554 |

| | | | | |
|---|---|---|---|---|
| 10/01/04 | SLB | 0.40 | 220.00 | Telephone call from J. Baer (.2); email to committee (.2). |
| 10/01/04 | JMS | 0.60 | 174.00 | Telephone conference with S. Baena, J. Baer regarding Plan (.3); email to subcommittee thereon (.3) |
| 10/03/04 | SLB | 0.80 | 440.00 | Email exchange with D. Speights, M. Dies and E. Cabraser regarding meeting with debtor and with D. Bernick regarding same (.8). |
| 10/03/04 | JMS | 0.30 | 87.00 | Emails with S. Baena regarding meeting with Debtors, Plan issues |
| 10/04/04 | SLB | 0.20 | 110.00 | Email to D. Bernick regarding meeting (.2). |
| 10/06/04 | SLB | 0.70 | 385.00 | Email to committee regarding DC meeting with debtors (.2); email to J. Sakalo regarding DC meeting preparation (.3); telephone call from D. Speights (.2). |
| 10/07/04 | SLB | 2.90 | 1,595.00 | Conference with D. Speights in preparation for 10/8 meeting with debtor (2.0); review materials provided by debtor regarding PD claims (.9). |
| 10/07/04 | JMS | 2.10 | 609.00 | Meet with committee members and S. Baena regarding Plan |
| 10/08/04 | SLB | 4.50 | 2,475.00 | Conference with subcommittee members regarding plan negotiations with debtor (1.5); meeting with debtor (3.0). |
| 10/08/04 | JMS | 4.00 | 1,160.00 | Meeting with Debtors and subcommittee |
| 10/12/04 | SLB | 0.60 | 330.00 | Review ZAI materials furnished by debtor (.4); email to A. Danzeisen regarding preparation of motion to file in district court on Sealed Air settlement (.2). |
| 10/13/04 | SLB | 0.80 | 440.00 | Review plan date and email to D. Speights and M. Dies regarding same (.8). |
| 10/14/04 | JMS | 0.60 | 174.00 | Telephone conference with J. Hass, S. Baena regarding empirical claims data |
| 10/15/04 | ASD | 0.70 | 203.00 | Review motion to extend filing of plan (.2); telephone conference with Scott Baena, Dan Speights and Martin Dies regarding negotiations (.5). |
| 10/15/04 | SLB | 3.30 | 1,815.00 | Email from and to M. Dies regarding plan negotiations (.2); two telephone conferences with M. Dies and D. Speights regarding negotiations, status and future action (1.5); preparation of memo to committee regarding related issues (.8); telephone call from D. Speights regarding same (.2); letter to ZAI special counsel (.3); interoffice conference with J. Sakalo regarding action plan (.2); telephone call from M. Dies regarding same (.3). |
| 10/15/04 | JMS | 1.40 | 406.00 | Review emails regarding progress with Debtors on Plan issues (.8) work on email to Committee with S. Baena (.6) |
| 10/16/04 | SLB | 0.60 | 330.00 | Email exchange with E. Westbrook, D. Speights, J. Sakalo and M. Dies regarding ZAI trial, plan negotiations, etc. (.6). |
| 10/17/04 | SLB | 0.40 | 220.00 | Email exchange with D. Speights and J. Sakalo regarding ZAI trial and plan negotiations (.4). |
| 10/20/04 | ASD | 0.10 | 29.00 | Review Futures motion to Rep's joinder of motion to extend time (.1). |
| 10/21/04 | ASD | 0.30 | 87.00 | Review of objection of Elliot International to Motion to Extend (.3). |
| 10/21/04 | SLB | 1.30 | 715.00 | Email to R. Frankel regarding meeting (.1); telephone call from D. Speights regarding negotiations, etc. (.5); email to ZAI counsel (.3); email from and to D. Scott regarding same (.2); review opposition of Elliott International (.2). |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 10/21/04 | JMS | 1.10 | 319.00 | Telephone conference with D. Speights, S. Baena regarding negotiations (.5) review multiple emails regarding status of negotiations (.6) |
|---|---|---|---|---|
| 10/22/04 | SLB | 0.10 | 55.00 | Review FCR response to plan delay motions (.1). |
| 10/22/04 | JMS | 1.10 | 319.00 | Draft joinder to motion to extend time to file plan and email to T. Tacconelli thereon (.4); review agenda and notebooks (.7) |
| 10/25/04 | SLB | 2.00 | 1,100.00 | Court appearance regarding various motions (2.0). |
| 10/26/04 | SLB | 0.50 | 275.00 | Telephone call from R. Frankel regarding status of plan discussions (.5). |
| 10/26/04 | JMS | 0.50 | 145.00 | Telephone conference with D. Speights regarding financial advisor meeting and email to G. Boyer thereon |
| 10/27/04 | JMS | 4.60 | 1,334.00 | Multiple telephone conferences with G. Boyer regarding plan discussions and financial issues (1.2); conference with S. Baena thereon (.2); telephone conference with M. Dies, S. Baena regarding conference with Debtors (.4); review transcripts from other asbestos cases regarding Trust issues (.9); review Crane pre-pack (1/2 time with USG) (1.9) |
| 10/28/04 | SLB | 0.50 | 275.00 | Interoffice conference with J. Sakalo regarding plan meeting of financial advisors (.2); telephone call from D. Siegel regarding grand jury investigation (.3). |
| 10/28/04 | JMS | 1.70 | 493.00 | Telephone conference with G. Boyer regarding financial advisors call (.4); second telephone call with G. Boyer thereon (.5); conference with S. Baena regarding update (.4); second call with G. Boyer regarding financial advisors call (.4) |
| 10/28/04 | JMS | 2.20 | 638.00 | Research regarding 524(g) voting issues (1.4); outline of memo regarding Crane (.8) |
| 10/29/04 | JMS | 1.80 | 522.00 | Telephone conference with J. Hass regarding analysis of claims (.4); conference with S. Baena thereon (.2); telephone conference with J. Hass regarding meeting (.2); research data issues and email to J. Hass thereon (.7); telephone conference with G. Boyer regarding financial advisor issues (.3) |

**PROFESSIONAL SERVICES**                                          $17,479.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 19.60 | $550.00 | $10,780.00 |
| Danzeisen, Allyn S | 1.10 | $290.00 | $319.00 |
| Sakalo, Jay M | 22.00 | $290.00 | $6,380.00 |
| *TOTAL* | *42.70* | | *$17,479.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $17,479.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 30 - Fee Application of Others |  |  | Client No. 74817/17781 |

| 10/01/04 | ASD | 0.20 | 58.00 | Review two fee applications (.2). |
|---|---|---|---|---|
| 10/05/04 | ASD | 0.30 | 87.00 | Review fee applications. |
| 10/12/04 | ASD | 0.40 | 116.00 | Review fee auditor's final report (.1); review Debtors fee application (.3). |
| 10/12/04 | JMS | 0.40 | 116.00 | Review and revise CDG response to fee auditor and email to G. Boyer thereon |
| 10/26/04 | LMF | 0.80 | 96.00 | Prepare notice and summary of Hamilton Rabinovitz's September fees and submit to local counsel for filing and serving (.8). |
| 10/27/04 | LMF | 1.40 | 168.00 | Review expense report received from Lukins & Annis regarding PD Committee expenses (.5); prepare notice for filing with court for reimbursement of expenses (.9). |

**PROFESSIONAL SERVICES**                                   $641.00

**COSTS ADVANCED**

| 10/25/04 | Long Distance Telephone(772) 287-4444 | 0.75 |
|---|---|---|

**TOTAL COSTS ADVANCED**                                   $0.75

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.90 | $290.00 | $261.00 |
| Sakalo, Jay M | 0.40 | $290.00 | $116.00 |
| Flores, Luisa M | 2.20 | $120.00 | $264.00 |
| *TOTAL* | *3.50* |  | *$641.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Long Distance Telephone | $0.75 |
|---|---|
| TOTAL | $0.75 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        **$641.75**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | | Atty - SLB |
|---|---|---|---|---|---|
| RE: | 31 - Retention of Others | | | | Client No. 74817/17782 |

| | | | | |
|---|---|---|---|---|
| 10/21/04 | JMS | 0.30 | 87.00 | Review and revise supplemental affidavit |

| | | |
|---|---|---|
| **PROFESSIONAL SERVICES** | | $87.00 |

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $290.00 | $87.00 |
| *TOTAL* | *0.30* | | *$87.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**  **$87.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 38 - ZAI Science Trial | | | Client No. 74817/17905 |

| | | | | |
|---|---|---|---|---|
| 10/12/04 | JMS | 2.40 | 696.00 | Begin review of science trial briefs |
| 10/14/04 | JMS | 1.80 | 522.00 | Multiple emails with K. Camarda regarding document requests |
| 10/15/04 | ASD | 0.30 | 87.00 | Review email regarding ZAI litigation (.2); review email response (.1). |
| 10/15/04 | JMS | 0.50 | 145.00 | Review agenda for hearing and conference with W. Van Dijk regarding papers for hearing |
| 10/18/04 | ASD | 0.20 | 58.00 | Review emails regarding science trial. |
| 10/18/04 | JMS | 9.90 | 2,871.00 | Attend ZAI trial (9.0); telephone conference with S. Baena regarding results (.5); email exchange with D. Speights regarding same (.4) |
| 10/19/04 | JMS | 1.50 | 435.00 | Begin draft of memo regarding science trial |
| 10/20/04 | JMS | 3.50 | 1,015.00 | Telephone conference with S. Baena regarding hearing (.4); draft memo to file (3.1) |
| 10/29/04 | JMS | 0.40 | 116.00 | Email from T. Sobol regarding ZAI issues |

**PROFESSIONAL SERVICES** $5,945.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.50 | $290.00 | $145.00 |
| Sakalo, Jay M | 20.00 | $290.00 | $5,800.00 |
| *TOTAL* | *20.50* | | *$5,945.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $5,945.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: | 39 - ZAI Science Trial Expenses | Client No. 74817/17906 |

**PROFESSIONAL SERVICES**                                                                                    $0.00

### COSTS ADVANCED

| 10/19/04 | LodgingTravel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/19/04; DATE: 10/19/2004 - Client - 17906 | 362.93 |
|---|---|---|
| 10/19/04 | Fares, Mileage, ParkingTaxi fares - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/19/04; DATE: 10/19/2004 - Client - 17906 | 132.00 |
| 10/19/04 | MealsTravel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/19/04; DATE: 10/19/2004 - Client - 17906 | 29.09 |

**TOTAL COSTS ADVANCED**                                                                                   $524.02

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| *TOTAL* | *0* |  | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Fares, Mileage, Parking | $132.00 |
|---|---|
| Lodging | $362.93 |
| Meals | $29.09 |
| TOTAL | $524.02 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                          $524.02

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 70.80 | $20,532.00 |
| Baena, Scott L | 44.70 | $24,585.00 |
| Flores, Luisa M | 6.20 | $744.00 |
| Sakalo, Jay M | 100.70 | $29,203.00 |
| Van Dijk, Wendy | 6.50 | $715.00 |
| Josephs, Adam | 11.30 | $1,243.00 |
| Less 50% Discount on Travel | | -$6,243.50 |
| TOTAL PROFESSIONAL FEES THIS PERIOD | | $70,778.50 |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $7,173.75 |
| Photocopies | $524.55 |
| Fares, Mileage, Parking | $289.78 |
| Telecopies | $4.00 |
| Federal Express | $30.10 |
| Long Distance Telephone | $355.17 |
| Long Distance Telephone-Outside Services | $250.61 |
| Lodging | $1,276.71 |
| Meals | $296.57 |
| Pacer - Online Services | $440.65 |
| Parking | $12.50 |
| Searches-Title/Name/Corporate | $20.00 |
| Westlaw-Online Legal Research | $500.35 |

| | |
|---|---|
| TOTAL COSTS ADVANCED THIS PERIOD | $11,174.74 |
| TOTAL AMOUNT DUE THIS PERIOD | $81,953.24 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

---

## *CLIENT SUMMARY*

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 10/31/04** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | $11,798.00 | $10,432.37 | $22,230.37 |
| 02 - Debtors' Business Operations/15538 | $339.00 | $0.00 | $339.00 |
| 03 - Creditors Committee/15539 | $23,805.00 | $205.63 | $24,010.63 |
| 07 - Applicant's Fee Application/15543 | $596.00 | $11.97 | $607.97 |
| 08 - Hearings/15544 | $1,884.00 | $0.00 | $1,884.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $1,961.00 | $0.00 | $1,961.00 |
| 10 - Travel/15546 | $6,243.50 | $0.00 | $6,243.50 |
| 18 - Plan & Disclosure Statement/15554 | $17,479.00 | $0.00 | $17,479.00 |
| 30 - Fee Application of Others/17781 | $641.00 | $0.75 | $641.75 |
| 31 - Retention of Others/17782 | $87.00 | $0.00 | $87.00 |
| 38 - ZAI Science Trial/17905 | $5,945.00 | $0.00 | $5,945.00 |
| 39 - ZAI Science Trial Expenses/17906 | $0.00 | $524.02 | $524.02 |
| *Client Total* | *$70,778.50* | *$11,174.74* | *$81,953.24* |