# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| **W.R. GRACE & CO, ET AL.** | | |
| | | Case No. 01-1139- JKF |
| Debtors. | | And all related actions |

### VERIFIED STATEMENT IN CONNECTION WITH THE
### REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Steven B. Gould, being first duly sworn, hereby deposes and states as follows:

I am an attorney with the law firm of Brown & Gould, LLP, located at 7700 Old Georgetown Road, Suite 500, Bethesda, Maryland 20814.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of Brown & Gould, LLP has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a Power of Attorney authorizing Brown & Gould, LLP to represent the creditor in bankruptcy proceedings.

'he address of each creditor for purposes hereof is c/o Brown & Gould, LLP, 7700 Old Georgetown Road, Suite 500, Bethesda, Maryland 20814.

6. 'he creditors hold claims in varying amounts for monetary damages due to personal injuries arising from asbestos exposure. Pursuant to the Revised Order, all of the

relevant information identifying the creditors and the nature and amount of their claim is contained in exhibits which have not been scanned but are available upon motion and order of the Court.

7	The Law Offices of Brown & Gould, LLP does not hold any claims against or interest in the Debtor.

8	The Law Offices of Brown & Gould, LLP will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
Steven B. Gould

Sworn to before me this 20th day
of December 2004.

_____
Notary Public

My Commission Expires:   ANDREA MAERTENS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 13, 2007

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | In Proceedings for a Reorganization under Chapter 11 |
| **W.R. GRACE & CO, ET AL.** | Case No. 01-1139- JKF |
| Debtors. | And all related actions |

NOTICE OF FILING OF VERIFIED STATEMENT
PURSUANT TO FED.R.BANKR.P. 2019

Pursuant to the above-entitled Court's order dated October 22, 2004, please TAKE NOTICE that BROWN & GOULD, LLP has filed its Fed.R.Bankr.P. 2019 statement with the Court identifying claimants represented by this office.

DATED: December 20, 2004

BROWN & GOULD, LLP

_____
Daniel A. Brown
Steven B. Gould
7700 Old Georgetown Road, Ste. 500
Bethesda, MD 20814
(301) 718-4548
(301) 718-8037 (fax)
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of BROWN & GOULD, LLP's Notice of Filing of 2019 Statement has been served on all parties on the official service list in this matter. Due to the voluminous nature of the service list, this office has not attached a copy of the list hereto, however, will make copies available to any party upon request. Said service was completed by first class mail, postage prepaid, this 20th day of December 2004.

_____
Steven B. Gould