IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. GRACE & CO., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| | : | Case No. 01-1139 (JKF) |

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Anthony Malley being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Brent Coon & Associates with offices at 3550 Fannin Street, Beaumont, TX 77701.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Brent Coon and Associates has been retained as counsel or co-counsel for the Asbestos Creditors on the attached Excel Spreadsheet labeled Exhibit A. For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has provided Brent Coon & Associates or co-counsel a limited power of attorney and proxy to represent them in bankruptcy matters. A blank but unredacted exemplar of the limited power of attorney and proxy authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of instrument is

-2-

used by Brent Coon & Associates or co-counsel, one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc.

Dated: December 22, 2004

*Anthony Malley*
Brent W. Coon
Texas State Bar No. 04769750
Anthony Malley
Texas State Bar No. 24041382
Brent Coon & Associates
3550 Fannin Street
Beaumont, TX 77001
(409) 835-2666
(409) 833-4483 (facsimile)

State of Texas           :
                         :
County of Jefferson      :

On this the 22 day of December, 2004, before me, the undersigned officer, personally appeared Anthony Malley, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

(SEAL) 

*Diane Findley*
Notary Public

Diane Findley
Notary's name printed

Commission expires: 03-09-2006