4934 West Fallen Leaf Lane
Glendale Az. 85310-3005
December 17, 2004

United States
Bankruptcy Court for the
District of Delaware
824 Market Street
Wilmington, Delaware 19801

Honorable Judith K. Fitzgerald

Re: Chapter 11
Case No. 01-1139 (JKF)
Jointly administered

We are objecting to a dismissal of our claim.

We have painstakingly filed all documents that was requested of us to file our damage that occured from asbestos in our building in Sun City, Arizona therefore we request that we remain in the class action claim and trust that the court will decide in favor of the Claimants to receive a fair share of any settlement. Thank you.

Very truly yours,
Minnie Hassan

cc: files.