IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

J. Robert Nelson, Esq., of the law firm of Van Cott, Bagley, Cornwall & McCarthy, hereby enters an appearance on behalf of The Van Cott, Bagley, Cornwall & McCarthy 401(K) Profit Sharing Plan, a claimant in the above-referenced case, and hereby requests that copies of all notices required to be sent to creditors or any other party-in-interest be sent to the following, and that the following be added to the court's official mailing matrix:

    J. Robert Nelson
    VAN COTT, BAGLEY, CORNWALL & McCARTHY
    50 South Main Street, #1600
    P.O. Box 45340
    Salt Lake City, Utah  84145

DATED this 16th day of December, 2004.

    VAN COTT, BAGLEY, CORNWALL
    & McCARTHY

    _____
    J. Robert Nelson (Utah Bar No. 4519,
    California Bar No. 51235)
    50 South Main Street, Suite 1600
    P.O. Box 45340
    Salt Lake City, Utah  84145
    Attorneys for Claimant

635:302631v1

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December, 2004 served the foregoing ENTRY OF APPEARANCE AND REQUEST FOR NOTICE upon the following, by depositing copies thereof in the United States mails, postage prepaid, addressed as follows:

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Kirkland & Ellis LLP
777 South Figueroa Street, 37th Floor
Los Angeles, CA 90017

Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Pachulski, Stang, Siehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Attn: Laura Davis Jones / David W. Carickhoff, Jr.
Wilmington, Delaware 19899-8705 (Courier 19801)

_____
Jorie Winger

635:302631v1