**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2004,  I caused one copy of the foregoing document

to be served upon the persons listed below in the manner indicated:

**VIA FIRST CLASS MAIL  and**
**FASCIMILE**

Paula Ann Galbraith
Laura Davis Jones
Pachulski, Stang, Ziehl, Young, Jones, &
Weintraub
919 North Market Street
16th Floor
Wilmington, DE 19899

By: /s/ Brian A. Sullivan
Brian A. Sullivan