IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: W.R. Grace                                Chapter

                                                 Case No.01-1139 (MFW) through
Debtors                                          01-1200 (MFW)

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Arthur Luxenberg, being first duly sworn, hereby deposes and states as follows:

I am an attorney with Weitz & Luxenberg, 180 Maiden Lane, New York 10038, address.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated, October 22, 2004 (the "Revised Order").

3. The law firm of Weitz & Luxenberg has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a Power of Attorney or other document authorizing Weitz & Luxenberg to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o 180 Maiden Lane, New York, NY 10038.

6. The Creditors hold claims in varying amounts for monetary damages due to

asbestos related disease. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court

7. The Law Offices of Weitz & Luxenberg does not hold any claims against or interest in the Debtor.

8. The Law Offices of Weitz & Luxenberg will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Arthur Luxenberg, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Fl.
New York, NY 10038

Sworn to before me this 15TH day of DECEMBER, 2004.

_____
Notary Public

RITA ANN KEGLEY
COMMISSIONER OF DEEDS
CITY OF NEW YORK - NO. 2-10733
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 1, 2006

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038